**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED,<br>a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual,<br>KONSTANTIN BOLOTIN, an individual,<br>SUN SOCIAL MEDIA, INC., a corporation,<br>individually and d/b/a PLAYVID.COM,<br>FEEDVID.COM, PLAYVIDS.COM and<br>PEEKVIDS.COM; PLAYVID.COM;<br>FEEDVID.COM; PLAYVIDS.COM;<br>PEEKVIDS.COM; and<br>John Does 1-20,<br><br>Defendants. | **Case No.**<br>**1:15-cv-22134-UU** |

**DECLARATION OF KONSTANTIN BOLOTIN**
**IN SUPPORT OF REPLY IN SUPPORT OF**
**MOTIONS FOR SUMMARY JUDGMENT**

I, Konstantin Bolotin, do declare and state as follows:

1. I am a Director of Defendant Sun Social Media, Inc. ("SSM") and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other SSM personnel, and my review of SSM's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. Contrary to Mr. Tucker's statements in a declaration (D.E. 121), I am not a Director of Operations for Webzilla. I have not worked for Webzilla in any capacity since January of 2013.

3. My reasons for moving to the United States had nothing to do with Webzilla (I immigrated for personal reasons). I was introduced to Webzilla only after I moved to the United States.

4. My reasons for moving to the United States had nothing to do with Mr. Constantin Luchian. I met Mr. Luchian only after I moved to the United States.

5. The only person that has control over SSM is me.

6. Mr. Luchian has no ownership interest in SSM. Mr. Luchian has no control over SSM.

**<u>The Files Were Not Uploaded By SSM</u>**

7. Mr. Tucker's contentions in his declaration that eleven of Plaintiff's videos in suit were uploaded from SSM's internal or local IP addresses (which he suggests means SSM uploaded the videos) is wrong. He has no understanding of SSM's architecture and infrastructure.

8. Why the logs show that those videos were uploaded from an IP address starting with 0.0 is complicated (which I am sure is the reason Mr. Tucker brought it up, in a hope that it would confuse the Court and the jury), but I will try to explain as best I can.

9. SSM's IP address logs can have incorrect or misleading IP addresses because users may take steps to alter their shown IP address.

10. Up until very recently, SSM determined an upload's IP address by using the "X-Forwarded-For" record, a widely used method for determining IP addresses. The X-Forwarded-

For record is located in the packet of information that is sent with a request to a website (for example, a request to upload a file) and usually lists the user's IP address. However, some users are able to ask their web browser to replace their actual IP address in the X-Forwarded-For record with whatever they like – which may be an IP address that starts with 0.0. Other users may, for various reasons (such as a requirement by a user's internet provider), use a proxy service, which may also create an unusual X-Forwarded-For record.

11. In any case, SSM does not even use the network architecture referenced by Mr. Tucker. SSM's servers are not on a private or local network – they are each connected directly to a networking switch, which is provided by SSM's webhosting company, that connects the servers directly to the world-wide web.

12. The IP addresses for SSM's servers range from 199.101.134.2 to 199.101.134.62.

13. SSM does not have any private or local IP addresses. This includes any local address that may start with 0.0. **To make it clear, SSM does not use any machines with IP addresses that start with 0.0.**

14. And even if SSM did have a local network (which it does not), Mr. Tucker still does not understand the technology. The best and most common practices for configuring local IPs is to use the following IP addresses for private networks: 10.0.0.0 – 10.255.255.255; 172.16.0.0 – 172.31.255.255; 192.168.0.0 – 192.168.255.255. *See* https://en.wikipedia.org/wiki/Private_network. So even if SSM did utilize a local network (which it doesn't), the 0.0 addresses would not indicate that they were uploaded from the local network.

15. In addition to the foregoing, which makes it clear that Mr. Tucker either does not know what he is talking about or is engaging in bad faith in his explanation, for each of the

videos referenced by Mr. Tucker as having been uploaded from an IP address starting with 0.0, SSM provided other information about those users which makes it clear that the video in question was not uploaded by SSM.

16.     Attached hereto as Exhibit 1 is a copy of the documents that Mr. Tucker relied upon that were provided by SSM, documents Bates Stamped SSM10001 through SSM10010. For each user, SSM kept track of that user's email address and that user's IP address when they signed up for an account on SSM's websites.  None of those users have email addresses associated with SSM and all of them have IP addresses not starting with 0.0 when they created their accounts.[1]

17.     As just one example, SSM users "Kanarius" uploaded the file titled "Victoria Blaze Thomas Lee Book of Love" (Exhibit 1, page 3).  The IP address logged by SSM for the upload was 0.0.11.201.  However, SSM also logged the email address rebolationsurf@ig.com.br for that user account and the IP address of 179.222.150.243 when that user created an account. My investigation shows that ig.com.br is the website for a Brazilian internet service provider and that the 179.222.150.243 traces to a location in Salvador, Brazil.

18.     SSM has no servers in Brazil.  SSM has no personnel is Brazil.  SSM simply did not upload that file or any other file-in-suit in this case, and Mr. Tucker's attempts to argue otherwise are simply a last ditch effort to confuse and mislead.

**Termination of Repeat Infringers**

19.     Mr. Tucker also provides false information regarding SSM's repeat infringer software and policy which he knows, or should know, is misleading.

---

[1] However, it is not impossible that for the same reasons explained above that there may be an unusual upload IP address, a user may have an unusual sign-up address.  This does not seem to be the case though with any of the users at issue here.

20. First, Mr. Tucker attaches documents to his declaration which Plaintiff was explicitly told contained an error. Specifically, the documents Bates stamped SSM50001 through SSM50627 contained information regarding all of SSM's users who were ever terminated in accordance with SSM's repeat infringer policy. Those documents were served on Plaintiff on November 12, 2015. However, those documents contained an error in that one of the fields was improperly labeled.

21. The field which states "Date of discipline" should have actually read "Date of third notice." Therefore, the dates listed in those documents do not reference the date that the user was actually terminated (which SSM does not keep track of), but instead the date on which SSM processed the third notification under its repeat infringer policy that would lead to that user's termination.

22. SSM made this error clear to Plaintiff when it served corrected documents Bates stamped SSM50628 through SSM51571 on November 17, 2015. In the email to Plaintiff providing these new documents, SSM's counsel explained as follows:

> And with regards to the new documents being produced in response to Request #5: Please note that upon review after the first set of documents were produced, my client determined that the dates in those documents marked as "Date of Discipline" were not actually the date of discipline, but were actually the date of the third notice [processing][2] for that user. The newly produced documents contain the same substantive information, but simply rename the mistakenly labeled field from "Date of Discipline" to "Date of third notice."

23. For completeness, those updated and correct documents are attached hereto as <u>Exhibit 2</u>. The updated documents are substantially the same as the documents attached by Mr. Tucker, but only change the title of one of the fields from "Date of discipline" to "Date of third notice."

---

[2] Counsel mistakenly indicated that the date in that field was the date the third notice was "received" – but it in fact the date that the third notice was processed.

24. As will be further explained below, except in cases where there are unintentional database errors in SSM's system, the date that the third notice is processed is always the date that the user is terminated.

25. Second, Mr. Tucker relies on incorrect information for the upload dates of the videos. The dates listed directly on the websites under each of the videos is not the date that the video was uploaded by the user, it is simply the date that the video was made available on the website after being converted to the proper format and processed. This conversion and processing can take days, and in some cases can even take up to two months, depending on SSM's back-end systems and databases and how busy they are.

26. The actual upload dates for each of the videos referenced by Mr. Tucker were also included in the documents produced to Plaintiff in Exhibit 1 hereto, which Mr. Tucker clearly referenced in creation of his declaration.

27. Attached hereto as Exhibit 3 is a table I put together of each instance complained of by Plaintiff in Mr. Tucker's declaration, setting forth the actual date of the upload as compared to Mr. Tucker's contended date of the upload.

28. For example, in paragraph 39 of his declaration, Mr. Tucker states that user amanito uploaded a video on April 17, 2014 and that "this member was purported to have been terminated on April 17, 2014." There are at least two seemingly purposeful misstatements here: (1) Document SSM10004 clearly states that the complained-of video was uploaded on April 15, 2014, two days before the date of discipline; and (2) Even if Mr. Tucker was right that the user was terminated on April 17, 2014, if the video was uploaded on the same date of the termination, that doesn't mean that the video was uploaded after termination – it just means that the user uploaded a video earlier in the day before he was terminated.

29.     This is not the only type of misinformation in Mr. Tucker's declaration.  As another example, Mr. Tucker claims that user good_day was "terminated" on September 21, 2013 (paragraph 44), but the document evidence clearly shows that the date of the third notice for that user was July 25, 2014 (SSM51066-51068).

30.     For one user, even with all his other misunderstandings and misinformation, Mr. Tucker even acknowledged that the date of "termination" was after his purported "date of upload."  See paragraph 33.

31.     It is obvious to me that Mr. Tucker was trying to mislead and mis-inform and was just not paying attention to anything on top of that.

32.     When the proper upload date is taken into account, in 21 of the 35 instances referenced by Mr. Tucker, the user did not upload the videos after the date of the third notice.

33.     In the remaining instances, there were regrettably five users who were terminated within a week after their third notice was processed, and three users who were terminated within six weeks or so after receipt of their third notice.

34.     The late terminations were as a result of an unintentional error in SSM's database. Specifically, when SSM's repeat infringer policy software tried to access the user database to terminate the user, the database would "deadlock" and no changes would be made to the database.  Deadlocks are relatively common in databases and are required in order to maintain the integrity of the database.  Unfortunately, early versions of SSM's backend software did not notify the personnel processing the notice of the deadlock so that the personnel could attempt the termination again.

35.     In 2015, SSM updated its software to implement "exception handling" which would notify the personnel that there was a deadlock and that the termination process will have to be repeated.

36.     Up until the exception handling was introduced, SSM would periodically run a script to check for instances in which users were not immediately terminated because of a deadlock, to make sure that all users that should be terminated were actually terminated.

37.     Out of the well over 1,000 users that SSM has terminated in accordance with its repeat infringer policy, these users are among just a handful of users who were mistakenly not immediately terminated after the third notice because of a small glitch in SSM's repeat infringer policy software.  This software has otherwise worked perfectly for over 1,000 other repeat infringers and the thousands of other DMCA notices that SSM has received.

38.     SSM's software back-end is a giant custom-built infrastructure with many working parts.  SSM has always worked to the best of its ability to properly implement ever piece of its software given the time and resources available, but its software can never be perfect.

**Nate Glass**

39.     Mr. Nate Glass's declaration is replete with unsupported and false allegations.  In paragraphs 11 through 15 of his declaration, he claims that he sent DMCA notices to SSM, but that SSM was "difficult or inconsistent" with its responses or that SSM ignored them.  This is simply false.

40.     Like every other DMCA notice that SSM has ever received, SSM has promptly responded to and processed every notice it has ever received from Mr. Glass, regardless of how they were sent (whether directly to SSM or to SSM's hosting provider) or who he sent them on behalf of.

41. Unlike Mr. Glass, SSM can provide documentary evidence that SSM has logged and processed every DMCA notice that it received from Mr. Glass on behalf of any of his clients. Attached hereto as Exhibit 4 are results from SSM's databases with information about every notice SSM received from Mr. Glass since the middle of 2015,[3] the date of the notice, the date the notice was processed, and the number of links for each notice. Each notice was processed within days of receipt.

42. Mr. Glass has ***never*** attempted to communicate with SSM about his supposed difficulties in having content removed from SSM's websites. The first I ever heard that he had any issues was when I read his declaration.

[3] SSM began logging takedown notices in this manner in June of 2015 for Playvids.com and August of 2015 for Peekvids.com, after it updated its internal systems.

Signed under the pains and penalties of perjury this 10th day of March, 2016.

Konstantin Bolotin,
Personally and on behalf of
Sun Social Media, Inc.

# Exhibit 1

1 Video URL: https://www.feedvid.com/watch/3mPqoCL29WO
1.a. Date and time the video was uploaded: 2015-02-12 23:01:30
1.b. Specific web site to which the video was uploaded: www.feedvid.com
1.c. IP address from which the video was uploaded: 80.27.176.86
1.e.(1) Uploader's user name: realboy1
1.e.(2) Uploader's email address: qerbolikjoosome@hotmail.com
1.e.(3) Uploader's IP address: 80.27.176.86
1.e.(4) Uploader's Profile: https://www.feedvid.com/member/realboy1
1.f. Video Title in DB: Lola Taylor SexArt com
1.g. Video Description in DB: NULL
1.h. Tags in DB: com,lola,sexart,taylor

1 Video URL: https://www.feedvid.com/watch/wle6rwfPdhJ
1.a. Date and time the video was uploaded: 2015-02-12 23:01:57
1.b. Specific web site to which the video was uploaded: www.feedvid.com
1.c. IP address from which the video was uploaded: 80.27.176.86
1.e.(1) Uploader's user name: realboy1
1.e.(2) Uploader's email address: qerbolikjoosome@hotmail.com
1.e.(3) Uploader's IP address: 80.27.176.86
1.e.(4) Uploader's Profile: https://www.feedvid.com/member/realboy1
1.f. Video Title in DB: Victoria Sweet Morning
1.g. Video Description in DB: NULL
1.h. Tags in DB: morning,sweet,victoria

1 Video URL: https://www.peekvids.com/watch?v=EBJYQZOT-Lm
1.a. Date and time the video was uploaded: 2015-02-12 21:17:30
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 54.173.89.33
1.e.(1) Uploader's user name: frodo154
1.e.(2) Uploader's email address: bigfootfro90@yahoo.com
1.e.(3) Uploader's IP address: 54.173.89.33
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=frodo154
1.f. Video Title in DB: Sex Art Valentina Nappi La Dolce Vita
1.g. Video Description in DB: N/A
1.h. Tags in DB: art,la,nappi,sex,valentina,dolce,vita

1 Video URL: https://www.peekvids.com/watch?v=sBAcmatntmq
1.a. Date and time the video was uploaded: 2014-12-14 17:49:20
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 95.139.21.43
1.e.(1) Uploader's user name: izabella
1.e.(2) Uploader's email address: volkzshyti@gmx.de
1.e.(3) Uploader's IP address: 95.139.21.43
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=izabella
1.f. Video Title in DB: Lola Taylor SexArt com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,all,com,hd,lola,sex,sexart,taylor

1 Video URL: https://www.peekvids.com/watch?v=pgwY3aGYzpX
1.a. Date and time the video was uploaded: 2014-12-06 17:23:47
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 83.221.195.74
1.e.(1) Uploader's user name: boomroom
1.e.(2) Uploader's email address: urimanson1980@hotmail.com
1.e.(3) Uploader's IP address: 83.221.195.74
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=boomroom
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: c,carla,com,cox,de,fun,gabi,grace,june,last,night,pinky,sexart,snow,argan,castello,emylia,sullivan,terry,xi

1 Video URL: https://www.peekvids.com/watch?v=8dz0Vx56Ay6
1.a. Date and time the video was uploaded: 2014-12-06 17:23:27
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 83.221.195.74
1.e.(1) Uploader's user name: boomroom
1.e.(2) Uploader's email address: urimanson1980@hotmail.com
1.e.(3) Uploader's IP address: 83.221.195.74
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=boomroom
1.f. Video Title in DB: Carla Cox 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,carla,cox

1 Video URL: https://www.peekvids.com/watch?v=f02HxoNNYIW
1.a. Date and time the video was uploaded: 2015-02-16 07:55:12
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 54.173.89.33
1.e.(1) Uploader's user name: frodo154
1.e.(2) Uploader's email address: bigfootfro90@yahoo.com
1.e.(3) Uploader's IP address: 54.173.89.33
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=frodo154
1.f. Video Title in DB: Free Porn by SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: by,free,porn,sexart

1 Video URL: https://www.peekvids.com/watch?v=E98QhLqNJXc
1.a. Date and time the video was uploaded: 2014-12-15 20:54:39
1.b. Specific web site to which the video was uploaded: www.peekvids.com
1.c. IP address from which the video was uploaded: 67.193.216.20
1.e.(1) Uploader's user name: kingstone
1.e.(2) Uploader's email address: asweboo1l@hotmail.com
1.e.(3) Uploader's IP address: 67.193.216.20
1.e.(4) Uploader's Profile: https://www.peekvids.com/user?act=feed&user=kingstone
1.f. Video Title in DB: Alexis Brill Amarna Miller SexArt com Met Art com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,alexis,all,amarna,art,brill,com,hd,met,miller,sex,sexart

1 Video URL: http://www.playvid.com/watch/4hfFIQ73lw3
1.a. Date and time the video was uploaded: 2013-12-02 23:35:40
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.33.4
1.e.(1) Uploader's user name: magunz
1.e.(2) Uploader's email address: donmagunier@yahoo.com
1.e.(3) Uploader's IP address: 78.21.4.97
1.e.(4) Uploader's Profile: http://www.playvid.com/member/magunz+
1.f. Video Title in DB: Met Art Anna AJ Oriente
1.g. Video Description in DB: N/A
1.h. Tags in DB: aj,anna,art,met,oriente

1 Video URL: http://www.playvid.com/watch/LfSNZEwTHML
1.a. Date and time the video was uploaded: 2014-05-19 17:03:30
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Luna Whitney Conroy SexArt com HD 720 lesbi
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,com,conroy,hd,lesbi,luna,sexart,whitney

1 Video URL: http://www.playvid.com/watch/JB4Tp9G9TA5
1.a. Date and time the video was uploaded: 2014-06-27 19:08:01
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 92.104.2.1
1.e.(1) Uploader's user name: kokol
1.e.(2) Uploader's email address: marymann@yahoo.com
1.e.(3) Uploader's IP address: 92.104.2.1
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kokol
1.f. Video Title in DB: Luna Whitney Conroy SexArt com HD 720 lesbi
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,com,conroy,hd,lesbi,luna,sexart,whitney

1 Video URL: http://www.playvid.com/watch/zBRxc3zHsNJ
1.a. Date and time the video was uploaded: 2014-05-13 11:00:55
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 94.64.120.33
1.e.(1) Uploader's user name: parade
1.e.(2) Uploader's email address: asusmarket@mail.com
1.e.(3) Uploader's IP address: 94.64.120.33
1.e.(4) Uploader's Profile: http://www.playvid.com/member/parade
1.f. Video Title in DB: SexArt Lily Love At The Movies
1.g. Video Description in DB: N/A
1.h. Tags in DB: at,lily,love,movies,sexart

1 Video URL: http://www.playvid.com/watch/TaSWqOaO0Pw
1.a. Date and time the video was uploaded: 2014-02-20 05:13:39
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 83.97.215.85
1.e.(1) Uploader's user name: kratos300
1.e.(2) Uploader's email address: cantelixxx@gmail.com
1.e.(3) Uploader's IP address: 83.97.215.85
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kratos300
1.f. Video Title in DB: At The Movies Jasmine W Lily Love Malena Morgan 1080
1.g. Video Description in DB: N/A
1.h. Tags in DB: metart

1 Video URL: http://www.playvid.com/watch/g7ihsgUTVyX
1.a. Date and time the video was uploaded: 2013-06-26 01:58:31
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kakadu
1.f. Video Title in DB: Dido and Frida Be My Slave SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,be,dido,frida,my,sexart,slave

1 Video URL: http://www.playvid.com/watch/E8wWFJAvmxd
1.a. Date and time the video was uploaded: 2014-05-12 22:26:35
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 82.51.83.70
1.e.(1) Uploader's user name: casablanca07
1.e.(2) Uploader's email address: ernestosioko@yahoo.com
1.e.(3) Uploader's IP address: 82.51.83.70
1.e.(4) Uploader's Profile: http://www.playvid.com/member/casablanca07
1.f. Video Title in DB: SexArt Frida Lola E Be My Slave
1.g. Video Description in DB: N/A
1.h. Tags in DB: be,e,frida,lola,my,sexart,slave

1 Video URL: http://www.playvid.com/watch/rg1mS3IbFDf
1.a. Date and time the video was uploaded: 2014-04-05 09:59:22
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 91.200.99.93
1.e.(1) Uploader's user name: vizavi
1.e.(2) Uploader's email address: ernestofalko@mail.com
1.e.(3) Uploader's IP address: 91.200.99.93
1.e.(4) Uploader's Profile: http://www.playvid.com/member/vizavi
1.f. Video Title in DB: MetArt Frida Lola E Be My Slave
1.g. Video Description in DB: N/A
1.h. Tags in DB: be,e,frida,lola,metart,my,slave

1 Video URL: http://www.playvid.com/watch/yttkFdcOyIP
1.a. Date and time the video was uploaded: 2014-04-07 08:40:11
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 79.101.168.111
1.e.(1) Uploader's user name: horvat
1.e.(2) Uploader's email address: aziminalex@gmail.com
1.e.(3) Uploader's IP address: 79.101.168.111
1.e.(4) Uploader's Profile: http://www.playvid.com/member/horvat
1.f. Video Title in DB: MetArt Frida Lola E Be My Slave
1.g. Video Description in DB: N/A
1.h. Tags in DB: be,e,frida,lola,metart,my,slave

1 Video URL: http://www.playvid.com/watch/-XUczyUSK0d
1.a. Date and time the video was uploaded: 2013-11-03 12:32:33
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.11.201
1.e.(1) Uploader's user name: Kanarius
1.e.(2) Uploader's email address: rebolationsurf@ig.com.br
1.e.(3) Uploader's IP address: 179.222.150.243
1.e.(4) Uploader's Profile: http://www.playvid.com/member/Kanarius
1.f. Video Title in DB: Victoria Blaze Thomas Lee Book of Love
1.g. Video Description in DB: Victoria Blaze Thomas Lee Book of Love SexArt
1.h. Tags in DB: blaze,book,lee,love,of,sexart,thomas,victoria

1 Video URL: http://www.playvid.com/watch/GK2T5kx6MDy
1.a. Date and time the video was uploaded: 2013-07-03 01:59:59
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kakadu
1.f. Video Title in DB: SexArt Dani Jensen Concierge
1.g. Video Description in DB: N/A
1.h. Tags in DB: dani,jensen,sexart,concierge

1 Video URL: http://www.playvid.com/watch/H7q5c5W4NuW
1.a. Date and time the video was uploaded: 2014-03-07 21:37:48
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 93.86.182.253
1.e.(1) Uploader's user name: whitebill
1.e.(2) Uploader's email address: allywhille@mail.com
1.e.(3) Uploader's IP address: 93.86.182.253
1.e.(4) Uploader's Profile: http://www.playvid.com/member/whitebill
1.f. Video Title in DB: Sex Art Dani Jensen Concierge
1.g. Video Description in DB: N/A
1.h. Tags in DB: art,dani,jensen,sex,concierge

1 Video URL: http://www.playvid.com/watch/i0xYBmuJiwc
1.a. Date and time the video was uploaded: 2013-09-26 19:44:39
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.5.6
1.e.(1) Uploader's user name: angriness
1.e.(2) Uploader's email address: angriness@gmail.com
1.e.(3) Uploader's IP address: 76.178.147.97
1.e.(4) Uploader's Profile: http://www.playvid.com/member/angriness
1.f. Video Title in DB: Cybersex Sandra Luberec and Marcus Dupree SexArt 14 08 2013
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720p,sandra,sexart,cybersex,luberec,marcus dupree

1 Video URL: http://www.playvid.com/watch/Gt2gj-9EttM
1.a. Date and time the video was uploaded: 2013-09-02 22:33:26
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 62.83.95.72
1.e.(1) Uploader's user name: minibikini
1.e.(2) Uploader's email address: arnoldquas@yahoo.com
1.e.(3) Uploader's IP address: 62.83.95.72
1.e.(4) Uploader's Profile: http://www.playvid.com/member/minibikini
1.f. Video Title in DB: SexArt Bella Anne Desire
1.g. Video Description in DB: N/A
1.h. Tags in DB: anne,bella,desire,sexart

1 Video URL: http://www.playvid.com/watch/Wt7G50XHulS
1.a. Date and time the video was uploaded: 2013-08-02 20:57:01
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 109.104.200.52
1.e.(1) Uploader's user name: secret
1.e.(2) Uploader's email address: bamboogoo@gmail.com
1.e.(3) Uploader's IP address: 109.104.200.52

1.e.(4) Uploader's Profile: http://www.playvid.com/member/secret
1.f. Video Title in DB: SexArt Draw Me Mia Manarote
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: http://www.playvid.com/watch/v4EQRXdmENS
1.a. Date and time the video was uploaded: 2013-09-17 01:01:55
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 85.230.92.252
1.e.(1) Uploader's user name: barabass
1.e.(2) Uploader's email address: diegoadver@gmail.com
1.e.(3) Uploader's IP address: 85.230.92.252
1.e.(4) Uploader's Profile: http://www.playvid.com/member/barabass
1.f. Video Title in DB: SexArt Mia Manarote Draw Me
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: http://www.playvid.com/watch/4_9X1IytndS
1.a. Date and time the video was uploaded: 2014-04-28 12:40:53
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 95.91.130.36
1.e.(1) Uploader's user name: pinkmann
1.e.(2) Uploader's email address: elegantjohny@yahoo.de
1.e.(3) Uploader's IP address: 95.91.130.36
1.e.(4) Uploader's Profile: http://www.playvid.com/member/pinkmann
1.f. Video Title in DB: SexArt Draw Me Mia Manarote
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: http://www.playvid.com/watch/Td-duKpbHva
1.a. Date and time the video was uploaded: 2014-05-19 17:03:29
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Eveline Neill SexArt com HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,com,eveline,hd,neill,sexart

1 Video URL: http://www.playvid.com/watch/lScLvm4yyzY
1.a. Date and time the video was uploaded: 2014-01-01 15:14:35
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 91.89.219.71
1.e.(1) Uploader's user name: dikitiki
1.e.(2) Uploader's email address: augusthiliozo@hotmail.com
1.e.(3) Uploader's IP address: 91.89.219.71
1.e.(4) Uploader's Profile: http://www.playvid.com/member/dikitiki
1.f. Video Title in DB: Eveline Neill Sex Art
1.g. Video Description in DB: N/A
1.h. Tags in DB: art,eveline,neill,sex

1 Video URL: http://www.playvid.com/watch/DaaFFs1bE3a
1.a. Date and time the video was uploaded: 2014-04-24 13:07:28
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 118.165.107.25
1.e.(1) Uploader's user name: Taipei
1.e.(2) Uploader's email address: alanikaho@hotmail.com
1.e.(3) Uploader's IP address: 118.165.107.25
1.e.(4) Uploader's Profile: http://www.playvid.com/member/Taipei
1.f. Video Title in DB: Eveline Neill Marcel Lee Finish Me
1.g. Video Description in DB: N/A
1.h. Tags in DB: eveline,finish,lee,me,neill,marcel

1 Video URL: http://www.playvid.com/watch/g9vuIPunyiE
1.a. Date and time the video was uploaded: 2013-07-07 06:28:36
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kakadu
1.f. Video Title in DB: SEXART My First
1.g. Video Description in DB: N/A
1.h. Tags in DB: first,my,sexart

1 Video URL: http://www.playvid.com/watch/TKZ42SVOeTX
1.a. Date and time the video was uploaded: 2014-08-18 09:29:05
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 128.69.233.163
1.e.(1) Uploader's user name: vertuha
1.e.(2) Uploader's email address: vladimirhohlov@rambler.ru
1.e.(3) Uploader's IP address: 128.69.233.163
1.e.(4) Uploader's Profile: http://www.playvid.com/member/vertuha
1.f. Video Title in DB: Cindy Starfall 4
1.g. Video Description in DB: N/A
1.h. Tags in DB: cindy,starfall

1 Video URL: http://www.playvid.com/watch/OidBcPl0l4r
1.a. Date and time the video was uploaded: 2014-04-10 22:27:03
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 178.78.152.81
1.e.(1) Uploader's user name: zaymideneg
1.e.(2) Uploader's email address: alexashot@rambler.ru
1.e.(3) Uploader's IP address: 178.78.152.81
1.e.(4) Uploader's Profile: http://www.playvid.com/member/zaymideneg
1.f. Video Title in DB: SexArt Brandy A Lorena B Hielo Caliente 2013 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2013,b,brandy,caliente,hd,lorena,sexart,hielo

1 Video URL: http://www.playvid.com/watch/o9JpOCDUVO7
1.a. Date and time the video was uploaded: 2014-05-20 06:31:45
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Brandy A and Lorena B SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,b,brandy,lorena,sexart

1 Video URL: http://www.playvid.com/watch/px7nfEIheZA
1.a. Date and time the video was uploaded: 2013-09-24 00:07:15
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 85.230.92.252
1.e.(1) Uploader's user name: barabass
1.e.(2) Uploader's email address: diegoadver@gmail.com
1.e.(3) Uploader's IP address: 85.230.92.252
1.e.(4) Uploader's Profile: http://www.playvid.com/member/barabass
1.f. Video Title in DB: SexArt Vanessa Cage Hollywood Royale Detective exposed his unfaithful wife she sdela all that my husband or anything about it di
1.g. Video Description in DB: N/A
1.h. Tags in DB: about,all,anything,cage,did,exposed,his,hollywood,husband,it,my,not,or,sexart,she,that,vanessa,wife,detective,recognize,royale,sdela,unfaithful

1 Video URL: http://www.playvid.com/watch/F-UyjFozl0u
1.a. Date and time the video was uploaded: 2013-02-23 14:55:39
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 217.208.216.61
1.e.(1) Uploader's user name: smoooke
1.e.(2) Uploader's email address: ralfrinngtii@yahoo.com
1.e.(3) Uploader's IP address: 217.208.216.61
1.e.(4) Uploader's Profile: http://www.playvid.com/member/smoooke
1.f. Video Title in DB: Royale Vanessa Cage Van Wyld
1.g. Video Description in DB: N/A
1.h. Tags in DB: cage,van,vanessa,royale,wyld

1 Video URL: http://www.playvid.com/watch/7xq2e8j8_s9
1.a. Date and time the video was uploaded: 2014-04-15 22:54:08
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 88.16.251.207
1.e.(1) Uploader's user name: amanito
1.e.(2) Uploader's email address: dickniego@gmail.com
1.e.(3) Uploader's IP address: 88.16.251.207
1.e.(4) Uploader's Profile: http://www.playvid.com/member/amanito
1.f. Video Title in DB: X Art Vanessa Cage Hollywood Royale
1.g. Video Description in DB: N/A
1.h. Tags in DB: art,cage,hollywood,vanessa,x,royale

1 Video URL: http://www.playvid.com/watch/RIuYxh_LdLC
1.a. Date and time the video was uploaded: 2014-04-28 21:45:58
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 94.134.184.83
1.e.(1) Uploader's user name: texbit
1.e.(2) Uploader's email address: ramilhubb@gmail.com
1.e.(3) Uploader's IP address: 94.134.184.83
1.e.(4) Uploader's Profile: http://www.playvid.com/member/texbit
1.f. Video Title in DB: SexArt com Met Art com Cayenne Klein Il Lungo Addio 2014 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2014,art,cayenne,com,hd,il,klein,met,sexart,addio,lungo

1 Video URL: http://www.playvid.com/watch/DckI8UmdvoI
1.a. Date and time the video was uploaded: 2014-05-19 17:04:21
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com
1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: http://www.playvid.com/member/chokzo
1.f. Video Title in DB: Ashley Woods Matt Ice SexArt HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,ashley,hd,ice,matt,sexart,woods

1 Video URL: http://www.playvid.com/watch/MNdS53pJbWq
1.a. Date and time the video was uploaded: 2014-07-05 18:25:18

1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 217.162.55.13
1.e.(1) Uploader's user name: good_day
1.e.(2) Uploader's email address: thomasmaul@yahoo.com
1.e.(3) Uploader's IP address: 217.162.55.13
1.e.(4) Uploader's Profile: http://www.playvid.com/member/good_day
1.f. Video Title in DB: Ashley Woods Matt Ice SexArt HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,ashley,hd,ice,matt,sexart,woods

1 Video URL: http://www.playvid.com/watch/k8dSYHTadav
1.a. Date and time the video was uploaded: 2014-02-02 00:31:35
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 5.62.0.132
1.e.(1) Uploader's user name: ahmaddi
1.e.(2) Uploader's email address: nelsonmilko@yahoo.co.uk
1.e.(3) Uploader's IP address: 5.62.0.132
1.e.(4) Uploader's Profile: http://www.playvid.com/member/ahmaddi
1.f. Video Title in DB: Ashley Woods Matt Ice Sex Art HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,art,ashley,hd,ice,matt,sex,woods

1 Video URL: http://www.playvid.com/watch/MXt5KXvieF8
1.a. Date and time the video was uploaded: 2013-07-26 13:40:28
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 62.163.92.61
1.e.(1) Uploader's user name: all-in
1.e.(2) Uploader's email address: seroccosem@gmail.com
1.e.(3) Uploader's IP address: 62.163.92.61
1.e.(4) Uploader's Profile: http://www.playvid.com/member/all-in
1.f. Video Title in DB: Le Cafe Riley Reid William Corazon
1.g. Video Description in DB: N/A
1.h. Tags in DB: cafe,le,reid,riley,corazon,william

1 Video URL: http://www.playvid.com/watch/0Q5cz4_fgpL
1.a. Date and time the video was uploaded: 2014-05-16 13:04:00
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Sapphira A SexArt com HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,com,hd,sexart,sapphira

1 Video URL: http://www.playvid.com/watch/XbzAwreVAUg
1.a. Date and time the video was uploaded: 2014-06-27 19:08:03
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 92.104.2.1
1.e.(1) Uploader's user name: kokol
1.e.(2) Uploader's email address: marymann@yahoo.com
1.e.(3) Uploader's IP address: 92.104.2.1
1.e.(4) Uploader's Profile: http://www.playvid.com/member/kokol
1.f. Video Title in DB: Sapphira A SexArt com HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,com,hd,sexart,sapphira

1 Video URL: http://www.playvid.com/watch/Dnh5yuZfIat
1.a. Date and time the video was uploaded: 2014-08-21 18:36:50
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 217.162.55.13
1.e.(1) Uploader's user name: good_day
1.e.(2) Uploader's email address: thomasmaul@yahoo.com
1.e.(3) Uploader's IP address: 217.162.55.13
1.e.(4) Uploader's Profile: http://www.playvid.com/member/good_day
1.f. Video Title in DB: Victoria Blaze SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: blaze,sexart,victoria

1 Video URL: http://www.playvid.com/watch/ISfIb9y7mg7
1.a. Date and time the video was uploaded: 2014-04-24 13:07:30
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 118.165.107.25
1.e.(1) Uploader's user name: Taipei
1.e.(2) Uploader's email address: alanikaho@hotmail.com
1.e.(3) Uploader's IP address: 118.165.107.25
1.e.(4) Uploader's Profile: http://www.playvid.com/member/Taipei
1.f. Video Title in DB: Victoria Blaze Matt Ice Love Beats
1.g. Video Description in DB: N/A
1.h. Tags in DB: blaze,ice,love,matt,victoria,beats

1 Video URL: http://www.playvid.com/watch/eHe6347hTen
1.a. Date and time the video was uploaded: 2013-10-23 07:07:23
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.33.4
1.e.(1) Uploader's user name: analsexx
1.e.(2) Uploader's email address: armindobrunno@yahoo.com
1.e.(3) Uploader's IP address: 89.177.8.55
1.e.(4) Uploader's Profile: http://www.playvid.com/member/analsexx
1.f. Video Title in DB: Amirah Adara Our Time
1.g. Video Description in DB: N/A
1.h. Tags in DB: adara,amirah,our,time

1 Video URL: http://www.playvid.com/watch/7bmcoBYarHC
1.a. Date and time the video was uploaded: 2014-07-06 15:46:48
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 176.127.172.179
1.e.(1) Uploader's user name: strig
1.e.(2) Uploader's email address: fillmorisi@gmail.com
1.e.(3) Uploader's IP address: 176.127.172.179
1.e.(4) Uploader's Profile: http://www.playvid.com/member/strig
1.f. Video Title in DB: Amirah Adara Our Time
1.g. Video Description in DB: N/A
1.h. Tags in DB: adara,amirah,our,time

1 Video URL: http://www.playvid.com/watch/yR-ffYjwO5F
1.a. Date and time the video was uploaded: 2014-05-26 14:19:16
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: http://www.playvid.com/member/aurelia
1.f. Video Title in DB: Connie Carter SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: carter,connie,sexart

1 Video URL: http://www.playvid.com/watch/ys6v6JsUPwU
1.a. Date and time the video was uploaded: 2013-07-24 17:55:30
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 95.25.78.79
1.e.(1) Uploader's user name: rondo
1.e.(2) Uploader's email address: xiblouren@yahoo.com
1.e.(3) Uploader's IP address: 95.25.78.79
1.e.(4) Uploader's Profile: http://www.playvid.com/member/rondo
1.f. Video Title in DB: SexArt Malena Morgan Elle Alexandra Secret Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,love,malena,morgan,secret,sexart

1 Video URL: http://www.playvid.com/watch/iEj0THoclTo
1.a. Date and time the video was uploaded: 2013-09-10 09:44:35
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 46.109.182.25
1.e.(1) Uploader's user name: michy77
1.e.(2) Uploader's email address: alfredmikle@hotmail.com
1.e.(3) Uploader's IP address: 46.109.182.25
1.e.(4) Uploader's Profile: http://www.playvid.com/member/michy77
1.f. Video Title in DB: SexArt Malena Morgan Elle Alexandra Secret Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,love,malena,morgan,secret,sexart

1 Video URL: http://www.playvid.com/watch/N0dk5mdmzch
1.a. Date and time the video was uploaded: 2014-05-05 12:00:52
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 186.23.32.132
1.e.(1) Uploader's user name: pacoluch
1.e.(2) Uploader's email address: pabloneilis@gmail.com
1.e.(3) Uploader's IP address: 186.23.32.132
1.e.(4) Uploader's Profile: http://www.playvid.com/member/pacoluch
1.f. Video Title in DB: SEXART Secret Love 2
1.g. Video Description in DB: N/A
1.h. Tags in DB: love,secret,sexart

1 Video URL: http://www.playvid.com/watch/5mGSKxpwqrZ
1.a. Date and time the video was uploaded: 2014-05-05 12:00:52
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 186.23.32.132
1.e.(1) Uploader's user name: pacoluch
1.e.(2) Uploader's email address: pabloneilis@gmail.com
1.e.(3) Uploader's IP address: 186.23.32.132
1.e.(4) Uploader's Profile: http://www.playvid.com/member/pacoluch
1.f. Video Title in DB: SEXART Secret Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: love,secret,sexart

1 Video URL: http://www.playvid.com/watch/zyFowLKIn8o
1.a. Date and time the video was uploaded: 2014-04-30 06:58:05
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 109.66.125.142
1.e.(1) Uploader's user name: rawin
1.e.(2) Uploader's email address: markengels@gmail.com
1.e.(3) Uploader's IP address: 109.66.125.142
1.e.(4) Uploader's Profile: http://www.playvid.com/member/rawin
1.f. Video Title in DB: SexArt Senora and Jorge Silvie Deluxe Matt Ice

1.g. Video Description in DB: N/A
1.h. Tags in DB: and,deluxe,ice,matt,sexart,silvie,jorge,senora

1 Video URL: http://www.playvid.com/watch/pRLacuTsx7y
1.a. Date and time the video was uploaded: 2014-05-20 06:31:47
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Mima A and Victoria Blaze SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,blaze,sexart,victoria,mima

1 Video URL: http://www.playvid.com/watch/wGhC7wInXw5
1.a. Date and time the video was uploaded: 2013-12-30 20:22:22
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 178.125.79.131
1.e.(1) Uploader's user name: whitehead
1.e.(2) Uploader's email address: timvanpatrich@gmail.com
1.e.(3) Uploader's IP address: 178.125.79.131
1.e.(4) Uploader's Profile: http://www.playvid.com/member/whitehead
1.f. Video Title in DB: Mima A and Victoria Blaze Sex Art
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,art,blaze,sex,victoria,mima

1 Video URL: http://www.playvid.com/watch/GfoWO-xTZt3
1.a. Date and time the video was uploaded: 2014-04-22 21:43:20
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 58.3.180.159
1.e.(1) Uploader's user name: oharo
1.e.(2) Uploader's email address: tokmanko@yahoo.com
1.e.(3) Uploader's IP address: 58.3.180.159
1.e.(4) Uploader's Profile: http://www.playvid.com/member/oharo
1.f. Video Title in DB: Two couples Mina and Victoria Blaze
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,blaze,couples,mina,two,victoria

1 Video URL: http://www.playvid.com/watch/8zhUksT3ZHu
1.a. Date and time the video was uploaded: 2013-07-26 21:57:39
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.5.186
1.e.(1) Uploader's user name: lincoln
1.e.(2) Uploader's email address: loraxweeto@yahoo.com
1.e.(3) Uploader's IP address: 2.193.250.167
1.e.(4) Uploader's Profile: http://www.playvid.com/member/lincoln
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: argan,c,carla,castello,com,cox,de,emylia,fun,gabi,grace,june,last,night,pinky,sexart,snow,sullivan,terry,xi

1 Video URL: http://www.playvid.com/watch/Xy_IqczYn5y
1.a. Date and time the video was uploaded: 2014-04-05 20:48:03
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: http://www.playvid.com/member/aurelia
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: argan,c,carla,castello,com,cox,de,emylia,fun,gabi,grace,june,last,night,pinky,sexart,snow,sullivan,terry,xi

1 Video URL: http://www.playvid.com/watch/0taOxejlYOd
1.a. Date and time the video was uploaded: 2014-12-07 08:58:33
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 188.24.214.112
1.e.(1) Uploader's user name: boomroom
1.e.(2) Uploader's email address: urimanson1980@hotmail.com
1.e.(3) Uploader's IP address: 188.24.214.112
1.e.(4) Uploader's Profile: http://www.playvid.com/member/boomroom
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: argan,c,carla,castello,com,cox,de,emylia,fun,gabi,grace,june,last,night,pinky,sexart,snow,sullivan,terry,xi

1 Video URL: http://www.playvid.com/watch/nJJnBd2EJ5U
1.a. Date and time the video was uploaded: 2013-07-17 12:50:43
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.8.42
1.e.(1) Uploader's user name: xxup
1.e.(2) Uploader's email address: naznozi@gmail.com
1.e.(3) Uploader's IP address: 124.168.64.115
1.e.(4) Uploader's Profile: http://www.playvid.com/member/xxup
1.f. Video Title in DB: Samantha Bentley SexArt Spanglish
1.g. Video Description in DB: N/A
1.h. Tags in DB: bentley,samantha,sexart,spanglish

1 Video URL: http://www.playvid.com/watch/Olxgg0Z0S0I
1.a. Date and time the video was uploaded: 2013-05-20 23:44:26
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 79.31.125.73
1.e.(1) Uploader's user name: ferrariFF
1.e.(2) Uploader's email address: zaknoklopa@yahoo.com
1.e.(3) Uploader's IP address: 79.31.125.73
1.e.(4) Uploader's Profile: http://www.playvid.com/member/ferrariFF
1.f. Video Title in DB: Connie Carter Tantra Imaginations SexArt 2012 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2012,carter,connie,hd,sexart,imaginations,tantra

1 Video URL: http://www.playvid.com/watch/lsbFogKclkD
1.a. Date and time the video was uploaded: 2013-12-10 13:56:07
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.4.141
1.e.(1) Uploader's user name: weluvporn12
1.e.(2) Uploader's email address: ques4567@yahoo.com
1.e.(3) Uploader's IP address: 69.115.103.71
1.e.(4) Uploader's Profile: http://www.playvid.com/member/weluvporn12
1.f. Video Title in DB: PornLeech lily love
1.g. Video Description in DB: N/A
1.h. Tags in DB: lily,love,pornleech

1 Video URL: http://www.playvid.com/watch/TXg_pPTuXq8
1.a. Date and time the video was uploaded: 2014-03-31 12:02:49
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 178.149.133.130
1.e.(1) Uploader's user name: pankrat
1.e.(2) Uploader's email address: keiaohuunero@gmail.com
1.e.(3) Uploader's IP address: 178.149.133.130
1.e.(4) Uploader's Profile: http://www.playvid.com/member/pankrat
1.f. Video Title in DB: X Art The Game Part 8 Winner Takes All
1.g. Video Description in DB: N/A
1.h. Tags in DB: all,art,game,part,takes,x,winner

1 Video URL: http://www.playvid.com/watch/I8B7d6pZ8_P
1.a. Date and time the video was uploaded: 2014-06-21 16:12:39
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 81.217.14.67
1.e.(1) Uploader's user name: zalango
1.e.(2) Uploader's email address: alpalmer@gmx.de
1.e.(3) Uploader's IP address: 81.217.14.67
1.e.(4) Uploader's Profile: http://www.playvid.com/member/zalango
1.f. Video Title in DB: X Art The Game Part 8 Winner Takes All
1.g. Video Description in DB: N/A
1.h. Tags in DB: all,art,game,part,takes,x,winner

1 Video URL: http://www.playvid.com/watch/LOj245sj8Pk
1.a. Date and time the video was uploaded: 2014-05-16 19:34:19
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com
1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: http://www.playvid.com/member/chokzo
1.f. Video Title in DB: Lindsey Olsen Luna Whitney Conroy SexArt com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,all,com,conroy,hd,lindsey,luna,olsen,sex,sexart,whitney

1 Video URL: http://www.playvid.com/watch/H0lu23XSBxA
1.a. Date and time the video was uploaded: 2013-09-17 01:01:53
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 85.230.92.252
1.e.(1) Uploader's user name: barabass
1.e.(2) Uploader's email address: diegoadver@gmail.com
1.e.(3) Uploader's IP address: 85.230.92.252
1.e.(4) Uploader's Profile: http://www.playvid.com/member/barabass
1.f. Video Title in DB: SexArt Dillon Harper
1.g. Video Description in DB: N/A
1.h. Tags in DB: dillon,harper,sexart

1 Video URL: http://www.playvid.com/watch/P7DNLh5yBzN
1.a. Date and time the video was uploaded: 2014-04-28 21:45:13
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 168.70.89.30
1.e.(1) Uploader's user name: hokochoko
1.e.(2) Uploader's email address: elaythoms@yahoo.com
1.e.(3) Uploader's IP address: 168.70.89.30
1.e.(4) Uploader's Profile: http://www.playvid.com/member/hokochoko
1.f. Video Title in DB: SexArt Dillon Harper
1.g. Video Description in DB: N/A
1.h. Tags in DB: dillon,harper,sexart

1 Video URL: http://www.playvid.com/watch/MUHATU0l38u
1.a. Date and time the video was uploaded: 2014-02-22 07:52:46
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 58.188.178.113

1.e.(1) Uploader's user name: mavachi
1.e.(2) Uploader's email address: adamsoonik@hotmail.com
1.e.(3) Uploader's IP address: 58.188.178.113
1.e.(4) Uploader's Profile: http://www.playvid.com/member/mavachi
1.f. Video Title in DB: Alexis Brill Luna Whitney Conroy SexArt HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,alexis,all,brill,conroy,hd,luna,sex,sexart,whitney

1 Video URL: http://www.playvid.com/watch/NfFi_roUe1v
1.a. Date and time the video was uploaded: 2014-06-26 12:13:12
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 141.135.111.233
1.e.(1) Uploader's user name: silvestor
1.e.(2) Uploader's email address: tommymoor@mail.com
1.e.(3) Uploader's IP address: 141.135.111.233
1.e.(4) Uploader's Profile: http://www.playvid.com/member/silvestor
1.f. Video Title in DB: Alexis Brill Luna Whitney Conroy SexArt com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,alexis,all,brill,com,conroy,hd,luna,sex,sexart,whitney

1 Video URL: http://www.playvid.com/watch/K9mZKZdHwCs
1.a. Date and time the video was uploaded: 2013-07-25 20:30:59
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 62.163.92.61
1.e.(1) Uploader's user name: all-in
1.e.(2) Uploader's email address: seroccosem@gmail.com
1.e.(3) Uploader's IP address: 62.163.92.61
1.e.(4) Uploader's Profile: http://www.playvid.com/member/all-in
1.f. Video Title in DB: SexArt Gina Devine Tone Of Love April 27 2013
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2013,27,april,devine,gina,love,of,sexart,tone

1 Video URL: http://www.playvid.com/watch/akd9tliWbua
1.a. Date and time the video was uploaded: 2013-08-29 15:40:10
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 94.226.224.47
1.e.(1) Uploader's user name: Dr.cox
1.e.(2) Uploader's email address: emmanuilvite@yahoo.com
1.e.(3) Uploader's IP address: 94.226.224.47
1.e.(4) Uploader's Profile: http://www.playvid.com/member/Dr.cox
1.f. Video Title in DB: SexArt Gina Devine Tone Of Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: devine,gina,love,of,sexart,tone

1 Video URL: http://www.playvid.com/watch/HyoDdggNWT2
1.a. Date and time the video was uploaded: 2014-04-25 11:58:07
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 95.91.130.36
1.e.(1) Uploader's user name: pinkmann
1.e.(2) Uploader's email address: elegantjohny@yahoo.de
1.e.(3) Uploader's IP address: 95.91.130.36
1.e.(4) Uploader's Profile: http://www.playvid.com/member/pinkmann
1.f. Video Title in DB: Dido True Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: dido,love,true

1 Video URL: http://www.playvid.com/watch/aSPucxgoiBE
1.a. Date and time the video was uploaded: 2013-07-24 22:21:58
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 95.25.78.79
1.e.(1) Uploader's user name: rondo
1.e.(2) Uploader's email address: xiblouren@yahoo.com
1.e.(3) Uploader's IP address: 95.25.78.79
1.e.(4) Uploader's Profile: http://www.playvid.com/member/rondo
1.f. Video Title in DB: Under The Elle Tree Elle Alexandra Malena Morgan
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,malena,morgan,under,tree

1 Video URL: http://www.playvid.com/watch/qDGQJRzRppK
1.a. Date and time the video was uploaded: 2013-07-24 17:52:31
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 95.25.78.79
1.e.(1) Uploader's user name: rondo
1.e.(2) Uploader's email address: xiblouren@yahoo.com
1.e.(3) Uploader's IP address: 95.25.78.79
1.e.(4) Uploader's Profile: http://www.playvid.com/member/rondo
1.f. Video Title in DB: Elle Alexandra and Malena Morgan Under The Tree
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,and,elle,malena,morgan,under,tree

1 Video URL: http://www.playvid.com/watch/TiEJNLyG-4O
1.a. Date and time the video was uploaded: 2013-11-05 01:03:29
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 0.0.15.215
1.e.(1) Uploader's user name: weluvporn12
1.e.(2) Uploader's email address: ques4567@yahoo.com
1.e.(3) Uploader's IP address: 69.115.103.71
1.e.(4) Uploader's Profile: http://www.playvid.com/member/weluvporn12
1.f. Video Title in DB: sexartcapriandersonupperwestside
1.g. Video Description in DB: N/A
1.h. Tags in DB: sexartcapriandersonupperwestside

1 Video URL: http://www.playvid.com/watch/6vKzEmkeo0O
1.a. Date and time the video was uploaded: 2014-05-16 13:03:58
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: http://www.playvid.com/member/tashka
1.f. Video Title in DB: Adrianne Simpson SexArt com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,all,com,hd,sex,sexart,simpson,adrianne

1 Video URL: http://www.playvid.com/watch/HVJCWWwVJDl
1.a. Date and time the video was uploaded: 2014-05-26 14:19:17
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: http://www.playvid.com/member/aurelia
1.f. Video Title in DB: Victoria Daniels SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: daniels,sexart,victoria

1 Video URL: http://www.playvid.com/watch/k_i8oHtmOsn
1.a. Date and time the video was uploaded: 2014-05-05 12:01:07
1.b. Specific web site to which the video was uploaded: www.playvid.com
1.c. IP address from which the video was uploaded: 178.123.218.168
1.e.(1) Uploader's user name: lidno
1.e.(2) Uploader's email address: sashaalex@yahoo.com
1.e.(3) Uploader's IP address: 178.123.218.168
1.e.(4) Uploader's Profile: http://www.playvid.com/member/lidno
1.f. Video Title in DB: Lia Lor Yes
1.g. Video Description in DB: N/A
1.h. Tags in DB: lia,lor,yes

1 Video URL: https://www.playvids.com/v/zBRxc3zHsNJ
1.a. Date and time the video was uploaded: 2014-05-13 11:00:55
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 94.64.120.33
1.e.(1) Uploader's user name: parade
1.e.(2) Uploader's email address: asusmarket@mail.com
1.e.(3) Uploader's IP address: 94.64.120.33
1.e.(4) Uploader's Profile: https://www.playvids.com/u/parade
1.f. Video Title in DB: SexArt Lily Love At The Movies
1.g. Video Description in DB: N/A
1.h. Tags in DB: at,lily,love,movies,sexart

1 Video URL: https://www.playvids.com/v/g7ihsgUTVyX
1.a. Date and time the video was uploaded: 2013-06-26 01:58:31
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: https://www.playvids.com/u/kakadu
1.f. Video Title in DB: Dido and Frida Be My Slave SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,be,dido,frida,my,sexart,slave

1 Video URL: https://www.playvids.com/v/R-AcQVxEChf
1.a. Date and time the video was uploaded: 2013-07-03 15:01:25
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: https://www.playvids.com/u/kakadu
1.f. Video Title in DB: SexArt Cellist Rilee Marks Ð¿Ð¾Ñ€Ð½Ð¾
1.g. Video Description in DB: N/A
1.h. Tags in DB: marks,rilee,sexart,Ð¿Ð¾Ñ€Ð½Ð¾,cellist

1 Video URL: https://www.playvids.com/v/GK2T5kx6MDy
1.a. Date and time the video was uploaded: 2013-07-03 01:59:59
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: https://www.playvids.com/u/kakadu
1.f. Video Title in DB: SexArt Dani Jensen Concierge
1.g. Video Description in DB: N/A
1.h. Tags in DB: dani,jensen,sexart,concierge

1 Video URL: https://www.playvids.com/v/i0xYBmuJiwc
1.a. Date and time the video was uploaded: 2013-09-26 19:44:39
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 0.0.5.6
1.e.(1) Uploader's user name: angriness
1.e.(2) Uploader's email address: angriness@gmail.com
1.e.(3) Uploader's IP address: 76.178.147.97
1.e.(4) Uploader's Profile: https://www.playvids.com/u/angriness
1.f. Video Title in DB: Cybersex Sandra Luberec and Marcus Dupree SexArt 14 08 2013
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720p,sandra,sexart,cybersex,luberec,marcus dupree

1 Video URL: https://www.playvids.com/v/Gt2gj-9EttM
1.a. Date and time the video was uploaded: 2013-09-02 22:33:26
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 62.83.95.72
1.e.(1) Uploader's user name: minibikini
1.e.(2) Uploader's email address: arnoldquas@yahoo.com
1.e.(3) Uploader's IP address: 62.83.95.72
1.e.(4) Uploader's Profile: https://www.playvids.com/u/minibikini
1.f. Video Title in DB: SexArt Bella Anne Desire
1.g. Video Description in DB: N/A
1.h. Tags in DB: anne,bella,desire,sexart

1 Video URL: https://www.playvids.com/v/Wt7G50XHulS
1.a. Date and time the video was uploaded: 2013-08-02 20:57:01
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 109.104.200.52
1.e.(1) Uploader's user name: secret
1.e.(2) Uploader's email address: bamboogoo@gmail.com
1.e.(3) Uploader's IP address: 109.104.200.52
1.e.(4) Uploader's Profile: https://www.playvids.com/u/secret
1.f. Video Title in DB: SexArt Draw Me Mia Manarote
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: https://www.playvids.com/v/v4EQRXdmENS
1.a. Date and time the video was uploaded: 2013-09-17 01:01:55
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.230.92.252
1.e.(1) Uploader's user name: barabass
1.e.(2) Uploader's email address: diegoadver@gmail.com
1.e.(3) Uploader's IP address: 85.230.92.252
1.e.(4) Uploader's Profile: https://www.playvids.com/u/barabass
1.f. Video Title in DB: SexArt Mia Manarote Draw Me
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: https://www.playvids.com/v/4_9X1IytndS
1.a. Date and time the video was uploaded: 2014-04-28 12:40:53
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 95.91.130.36
1.e.(1) Uploader's user name: pinkmann
1.e.(2) Uploader's email address: elegantjohny@yahoo.de
1.e.(3) Uploader's IP address: 95.91.130.36
1.e.(4) Uploader's Profile: https://www.playvids.com/u/pinkmann
1.f. Video Title in DB: SexArt Draw Me Mia Manarote
1.g. Video Description in DB: N/A
1.h. Tags in DB: manarote,me,mia,sexart,draw

1 Video URL: https://www.playvids.com/v/DaaFFs1bE3a
1.a. Date and time the video was uploaded: 2014-04-24 13:07:28
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 118.165.107.25
1.e.(1) Uploader's user name: Taipei
1.e.(2) Uploader's email address: alanikaho@hotmail.com
1.e.(3) Uploader's IP address: 118.165.107.25
1.e.(4) Uploader's Profile: https://www.playvids.com/u/Taipei
1.f. Video Title in DB: Eveline Neill Marcel Lee Finish Me
1.g. Video Description in DB: N/A
1.h. Tags in DB: eveline,finish,lee,me,neill,marcel

1 Video URL: https://www.playvids.com/v/6PPiC0qcoOa
1.a. Date and time the video was uploaded: 2013-08-02 06:30:14
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 109.193.188.89
1.e.(1) Uploader's user name: twix
1.e.(2) Uploader's email address: vladislavstern@yahoo.de
1.e.(3) Uploader's IP address: 109.193.188.89
1.e.(4) Uploader's Profile: https://www.playvids.com/u/twix
1.f. Video Title in DB: Cindy Starfall Gypsy Fortune
1.g. Video Description in DB: N/A
1.h. Tags in DB: cindy,starfall,fortune,gypsy

1 Video URL: https://www.playvids.com/v/ywoFDVbxsWz
1.a. Date and time the video was uploaded: 2013-08-05 12:22:32
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 151.42.226.106
1.e.(1) Uploader's user name: cannabis
1.e.(2) Uploader's email address: tomcruze@hotmail.com
1.e.(3) Uploader's IP address: 151.42.226.106
1.e.(4) Uploader's Profile: https://www.playvids.com/u/cannabis
1.f. Video Title in DB: Cindy Starfall Gypsy Fortune
1.g. Video Description in DB: N/A
1.h. Tags in DB: cindy,starfall,fortune,gypsy

1 Video URL: https://www.playvids.com/v/OidBcPl0l4r
1.a. Date and time the video was uploaded: 2014-04-10 22:27:03
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 178.78.152.81
1.e.(1) Uploader's user name: zaymideneg
1.e.(2) Uploader's email address: alexashot@rambler.ru
1.e.(3) Uploader's IP address: 178.78.152.81
1.e.(4) Uploader's Profile: https://www.playvids.com/u/zaymideneg
1.f. Video Title in DB: SexArt Brandy A Lorena B Hielo Caliente 2013 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2013,b,brandy,caliente,hd,lorena,sexart,hielo

1 Video URL: https://www.playvids.com/v/px7nfEIheZA
1.a. Date and time the video was uploaded: 2013-09-24 00:07:15
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.230.92.252
1.e.(1) Uploader's user name: barabass
1.e.(2) Uploader's email address: diegoadver@gmail.com
1.e.(3) Uploader's IP address: 85.230.92.252
1.e.(4) Uploader's Profile: https://www.playvids.com/u/barabass
1.f. Video Title in DB: SexArt Vanessa Cage Hollywood Royale Detective exposed his unfaithful wife she sdela all that my husband or anything about it di
1.g. Video Description in DB: N/A
1.h. Tags in DB: about,all,anything,cage,did,exposed,his,hollywood,husband,it,my,not,or,sexart,she,that,vanessa,wife,detective,recognize,royale,sdela,unfaithful

1 Video URL: https://www.playvids.com/v/RIuYxh_LdLC
1.a. Date and time the video was uploaded: 2014-04-28 21:45:58
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 94.134.184.83
1.e.(1) Uploader's user name: texbit
1.e.(2) Uploader's email address: ramilhubb@gmail.com
1.e.(3) Uploader's IP address: 94.134.184.83
1.e.(4) Uploader's Profile: https://www.playvids.com/u/texbit
1.f. Video Title in DB: SexArt com Met Art com Cayenne Klein Il Lungo Addio 2014 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2014,art,cayenne,com,hd,il,klein,met,sexart,addio,lungo

1 Video URL: https://www.playvids.com/v/DckI8UmdvoI
1.a. Date and time the video was uploaded: 2014-05-19 17:04:21
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com
1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: https://www.playvids.com/u/chokzo
1.f. Video Title in DB: Ashley Woods Matt Ice SexArt HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,ashley,hd,ice,matt,sexart,woods

1 Video URL: https://www.playvids.com/v/DckI8UmdvoI
1.a. Date and time the video was uploaded: 2014-05-19 17:04:21
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com
1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: https://www.playvids.com/u/chokzo
1.f. Video Title in DB: Ashley Woods Matt Ice SexArt HD 720
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,ashley,hd,ice,matt,sexart,woods

1 Video URL: https://www.playvids.com/v/azOWBYeCWTV
1.a. Date and time the video was uploaded: 2013-06-27 20:26:26
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 99.243.27.215
1.e.(1) Uploader's user name: kakadu
1.e.(2) Uploader's email address: haroldfolov@mail.com
1.e.(3) Uploader's IP address: 99.243.27.215
1.e.(4) Uploader's Profile: https://www.playvids.com/u/kakadu
1.f. Video Title in DB: SexArt Lazy Sunday Rilee Marks 1080
1.g. Video Description in DB: N/A
1.h. Tags in DB: 1080,lazy,marks,rilee,sexart,sunday

1 Video URL: https://www.playvids.com/v/3NoHbyVZ0nc
1.a. Date and time the video was uploaded: 2014-05-17 20:42:01
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com

1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: https://www.playvids.com/u/chokzo
1.f. Video Title in DB: Amirah Abada SexArt com HD 720 all sex
1.g. Video Description in DB: N/A
1.h. Tags in DB: 720,all,amirah,com,hd,sex,sexart,abada

1 Video URL: https://www.playvids.com/v/yR-ffYjwO5F
1.a. Date and time the video was uploaded: 2014-05-26 14:19:16
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: https://www.playvids.com/u/aurelia
1.f. Video Title in DB: Connie Carter SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: carter,connie,sexart

1 Video URL: https://www.playvids.com/v/ys6v6JsUPwU
1.a. Date and time the video was uploaded: 2013-07-24 17:55:30
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 95.25.78.79
1.e.(1) Uploader's user name: rondo
1.e.(2) Uploader's email address: xiblouren@yahoo.com
1.e.(3) Uploader's IP address: 95.25.78.79
1.e.(4) Uploader's Profile: https://www.playvids.com/u/rondo
1.f. Video Title in DB: SexArt Malena Morgan Elle Alexandra Secret Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,love,malena,morgan,secret,sexart

1 Video URL: https://www.playvids.com/v/iEj0THoclTo
1.a. Date and time the video was uploaded: 2013-09-10 09:44:35
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 46.109.182.25
1.e.(1) Uploader's user name: michy77
1.e.(2) Uploader's email address: alfredmikle@hotmail.com
1.e.(3) Uploader's IP address: 46.109.182.25
1.e.(4) Uploader's Profile: https://www.playvids.com/u/michy77
1.f. Video Title in DB: SexArt Malena Morgan Elle Alexandra Secret Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,love,malena,morgan,secret,sexart

1 Video URL: https://www.playvids.com/v/zyFowLKIn8o
1.a. Date and time the video was uploaded: 2014-04-30 06:58:05
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 109.66.125.142
1.e.(1) Uploader's user name: rawin
1.e.(2) Uploader's email address: markengels@gmail.com
1.e.(3) Uploader's IP address: 109.66.125.142
1.e.(4) Uploader's Profile: https://www.playvids.com/u/rawin
1.f. Video Title in DB: SexArt Senora and Jorge Silvie Deluxe Matt Ice
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,deluxe,ice,matt,sexart,silvie,jorge,senora

1 Video URL: https://www.playvids.com/v/4yoxQxw8izY
1.a. Date and time the video was uploaded: 2013-07-24 17:55:50
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 95.25.78.79
1.e.(1) Uploader's user name: rondo
1.e.(2) Uploader's email address: xiblouren@yahoo.com
1.e.(3) Uploader's IP address: 95.25.78.79
1.e.(4) Uploader's Profile: https://www.playvids.com/u/rondo
1.f. Video Title in DB: SexArt Elle Alexandra Malena Morgan
1.g. Video Description in DB: N/A
1.h. Tags in DB: alexandra,elle,malena,morgan,sexart

1 Video URL: https://www.playvids.com/v/pRLacuTsx7y
1.a. Date and time the video was uploaded: 2014-05-20 06:31:47
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 89.146.125.63
1.e.(1) Uploader's user name: tashka
1.e.(2) Uploader's email address: ashanmamed@yahoo.com
1.e.(3) Uploader's IP address: 89.146.125.63
1.e.(4) Uploader's Profile: https://www.playvids.com/u/tashka
1.f. Video Title in DB: Mima A and Victoria Blaze SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: and,blaze,sexart,victoria,mima

1 Video URL: https://www.playvids.com/v/Xy_IqczYn5y
1.a. Date and time the video was uploaded: 2014-04-05 20:48:03
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: https://www.playvids.com/u/aurelia
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: argan,c,carla,castello,com,cox,de,emylia,fun,gabi,grace,june,last,night,pinky,sexart,snow,sullivan,terry,xi

1 Video URL: https://www.playvids.com/v/BxXwHXvUysa
1.a. Date and time the video was uploaded: 2014-05-15 21:18:12
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 85.27.101.132
1.e.(1) Uploader's user name: chokzo
1.e.(2) Uploader's email address: ivlindoono@gmail.com
1.e.(3) Uploader's IP address: 85.27.101.132
1.e.(4) Uploader's Profile: https://www.playvids.com/u/chokzo
1.f. Video Title in DB: Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
1.g. Video Description in DB: N/A
1.h. Tags in DB: argan,c,carla,castello,com,cox,de,emylia,fun,gabi,grace,june,last,night,pinky,sexart,snow,sullivan,terry,xi

1 Video URL: https://www.playvids.com/v/nJJnBd2EJ5U
1.a. Date and time the video was uploaded: 2013-07-17 12:50:43
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 0.0.8.42
1.e.(1) Uploader's user name: xxup
1.e.(2) Uploader's email address: naznozi@gmail.com
1.e.(3) Uploader's IP address: 124.168.64.115
1.e.(4) Uploader's Profile: https://www.playvids.com/u/xxup
1.f. Video Title in DB: Samantha Bentley SexArt Spanglish
1.g. Video Description in DB: N/A
1.h. Tags in DB: bentley,samantha,sexart,spanglish

1 Video URL: https://www.playvids.com/v/Olxgg0Z0S0I
1.a. Date and time the video was uploaded: 2013-05-20 23:44:26
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 79.31.125.73
1.e.(1) Uploader's user name: ferrariFF
1.e.(2) Uploader's email address: zaknoklopa@yahoo.com
1.e.(3) Uploader's IP address: 79.31.125.73
1.e.(4) Uploader's Profile: https://www.playvids.com/u/ferrariFF
1.f. Video Title in DB: Connie Carter Tantra Imaginations SexArt 2012 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2012,carter,connie,hd,sexart,imaginations,tantra

1 Video URL: https://www.playvids.com/v/sHSmjyas3bn
1.a. Date and time the video was uploaded: 2013-08-28 12:19:00
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 0.0.5.186
1.e.(1) Uploader's user name: beatless
1.e.(2) Uploader's email address: retnooyoh@yahoo.com
1.e.(3) Uploader's IP address: 178.239.237.81
1.e.(4) Uploader's Profile: https://www.playvids.com/u/beatless
1.f. Video Title in DB: Connie Carter Tantra Imaginations SexArt 2012 HD
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2012,carter,connie,hd,sexart,imaginations,tantra

1 Video URL: https://www.playvids.com/v/K9mZKZdHwCs
1.a. Date and time the video was uploaded: 2013-07-25 20:30:59
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 62.163.92.61
1.e.(1) Uploader's user name: all-in
1.e.(2) Uploader's email address: seroccosem@gmail.com
1.e.(3) Uploader's IP address: 62.163.92.61
1.e.(4) Uploader's Profile: https://www.playvids.com/u/all-in
1.f. Video Title in DB: SexArt Gina Devine Tone Of Love April 27 2013
1.g. Video Description in DB: N/A
1.h. Tags in DB: 2013,27,april,devine,gina,love,of,sexart,tone

1 Video URL: https://www.playvids.com/v/akd9tliWbua
1.a. Date and time the video was uploaded: 2013-08-29 15:40:10
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 94.226.224.47
1.e.(1) Uploader's user name: Dr.cox
1.e.(2) Uploader's email address: emmanuilvite@yahoo.com
1.e.(3) Uploader's IP address: 94.226.224.47
1.e.(4) Uploader's Profile: https://www.playvids.com/u/Dr.cox
1.f. Video Title in DB: SexArt Gina Devine Tone Of Love
1.g. Video Description in DB: N/A
1.h. Tags in DB: devine,gina,love,of,sexart,tone

1 Video URL: https://www.playvids.com/v/8dfH9e2OBND
1.a. Date and time the video was uploaded: 2014-04-26 19:59:11
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 95.91.130.36
1.e.(1) Uploader's user name: pinkmann
1.e.(2) Uploader's email address: elegantjohny@yahoo.de
1.e.(3) Uploader's IP address: 95.91.130.36
1.e.(4) Uploader's Profile: https://www.playvids.com/u/pinkmann
1.f. Video Title in DB: SexArt Turning Point Denisa Heaven
1.g. Video Description in DB: N/A
1.h. Tags in DB: denisa,heaven,point,sexart,turning

1 Video URL: https://www.playvids.com/v/TiEJNLyG-4O

1.a. Date and time the video was uploaded: 2013-11-05 01:03:29
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 0.0.15.215
1.e.(1) Uploader's user name: weluvporn12
1.e.(2) Uploader's email address: ques4567@yahoo.com
1.e.(3) Uploader's IP address: 69.115.103.71
1.e.(4) Uploader's Profile: https://www.playvids.com/u/weluvporn12
1.f. Video Title in DB: sexartcapriandersonupperwestside
1.g. Video Description in DB: N/A
1.h. Tags in DB: sexartcapriandersonupperwestside

1 Video URL: https://www.playvids.com/v/HVJCWWwVJDl
1.a. Date and time the video was uploaded: 2014-05-26 14:19:17
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 122.60.3.86
1.e.(1) Uploader's user name: aurelia
1.e.(2) Uploader's email address: nicknikolsen124@yahoo.com
1.e.(3) Uploader's IP address: 122.60.3.86
1.e.(4) Uploader's Profile: https://www.playvids.com/u/aurelia
1.f. Video Title in DB: Victoria Daniels SexArt
1.g. Video Description in DB: N/A
1.h. Tags in DB: daniels,sexart,victoria

1 Video URL: https://www.playvids.com/v/hQC9o0nsghr
1.a. Date and time the video was uploaded: 2013-09-17 01:06:20
1.b. Specific web site to which the video was uploaded: www.playvids.com
1.c. IP address from which the video was uploaded: 89.156.116.86
1.e.(1) Uploader's user name: kolt900
1.e.(2) Uploader's email address: admiralhich@yahoo.com
1.e.(3) Uploader's IP address: 89.156.116.86
1.e.(4) Uploader's Profile: https://www.playvids.com/u/kolt900
1.f. Video Title in DB: SexArt Casey Calvert White Room
1.g. Video Description in DB: N/A
1.h. Tags in DB: calvert,casey,room,sexart,white

# Exhibit 2

5.a. Uploader's user name: dollaro
5.b. Uploader's email address: elfistoonewww@yahoo.com
5.d. Uploader's profile: https://www.feedvid.com/member/dollaro
5.e. List of videos posted by uploader: https://www.feedvid.com/watch/euXemcKB4qB, https://www.feedvid.com/watch/FYcINEqVKp2,
https://www.feedvid.com/watch/AEmSeOPsrRv, https://www.feedvid.com/watch/eOZ1B-yi_pQ, https://www.feedvid.com/watch/R9SWUuWlARu,
https://www.feedvid.com/watch/GPiNMkn7pgX, https://www.feedvid.com/watch/Or5ESdRdbDs, https://www.feedvid.com/watch/uhZDz3HlcgR,
https://www.feedvid.com/watch/C40-Hv6olrK, https://www.feedvid.com/watch/qTgUcKbha1v, https://www.feedvid.com/watch/3mqTXQOHO54,
https://www.feedvid.com/watch/eYexdb84X8l, https://www.feedvid.com/watch/pXoGXVjUM2f, https://www.feedvid.com/watch/r1a2tJk1iO5,
https://www.feedvid.com/watch/7vu_TtV_VkN, https://www.feedvid.com/watch/8iRm54t2cAX, https://www.feedvid.com/watch/wbD0vFjeGkG,
https://www.feedvid.com/watch/6u72fAEne6B, https://www.feedvid.com/watch/Y4iRna2b9pH, https://www.feedvid.com/watch/Xl9dWEGFWM7,
https://www.feedvid.com/watch/nfEmRoqo6nz, https://www.feedvid.com/watch/glxzd0enjFh, https://www.feedvid.com/watch/TUkVh6F1CXw,
https://www.feedvid.com/watch/SxNL0F22j2Q, https://www.feedvid.com/watch/x3K7symHMON, https://www.feedvid.com/watch/vQtpT1k1wgk,
https://www.feedvid.com/watch/A_DtQdBj9sx, https://www.feedvid.com/watch/3K-D4UVX8F0, https://www.feedvid.com/watch/GtoWor14TfW,
https://www.feedvid.com/watch/7js6N_w_nPo, https://www.feedvid.com/watch/NbdKhhJ2BKO, https://www.feedvid.com/watch/k01HM_lk-i0,
https://www.feedvid.com/watch/8GYPoUwfCNk, https://www.feedvid.com/watch/jqB-xgZcCNH, https://www.feedvid.com/watch/azpis0_t7C7,
https://www.feedvid.com/watch/kZox1L0obKe, https://www.feedvid.com/watch/R6RpLSEU4Dh, https://www.feedvid.com/watch/Cmv3MqKkOcp,
https://www.feedvid.com/watch/Q8R4duwqdGU, https://www.feedvid.com/watch/nAXb-2OwpIL, https://www.feedvid.com/watch/vxSU08QK_La,
https://www.feedvid.com/watch/ExzFxDBsQli, https://www.feedvid.com/watch/Ba5LWf9-ZkS, https://www.feedvid.com/watch/yUaVEmzkCJQ,
https://www.feedvid.com/watch/cmyAW8AcmaC, https://www.feedvid.com/watch/nxLdfF9OYvX, https://www.feedvid.com/watch/E-v6c0eVT54,
https://www.feedvid.com/watch/YdLTRKAlGNE, https://www.feedvid.com/watch/gOGORFE575S, https://www.feedvid.com/watch/ea-wDiNIind,
https://www.feedvid.com/watch/LkrMJzKZfhX, https://www.feedvid.com/watch/GbCRpy7vmns, https://www.feedvid.com/watch/2l7zJFGz_yh,
https://www.feedvid.com/watch/eGpH04tJWsE, https://www.feedvid.com/watch/C093SEdUKXV, https://www.feedvid.com/watch/bXg6yWkob4k,
https://www.feedvid.com/watch/oEdXg8RImvE, https://www.feedvid.com/watch/YDWToS5S60C, https://www.feedvid.com/watch/nsAxhIacdOX,
https://www.feedvid.com/watch/Av4Hu8_h3z2, https://www.feedvid.com/watch/UdcKk_S_dco, https://www.feedvid.com/watch/6fF5XroXaST,
https://www.feedvid.com/watch/niCsON0m48w, https://www.feedvid.com/watch/ooYPSaUNDfL, https://www.feedvid.com/watch/kaRuR5vH6sU,
https://www.feedvid.com/watch/SJpMHCkyZQt, https://www.feedvid.com/watch/95InZVO8jFT, https://www.feedvid.com/watch/PL0kTgEbZZd,
https://www.feedvid.com/watch/2O_Yi0p5lsI, https://www.feedvid.com/watch/s1NeBTXwREh, https://www.feedvid.com/watch/CSSACR_L8eA,
https://www.feedvid.com/watch/Fs-j71ASb7n, https://www.feedvid.com/watch/SxRcbVDkTWI, https://www.feedvid.com/watch/8K96eZDP9ye,
https://www.feedvid.com/watch/UNzJLgIqMcb, https://www.feedvid.com/watch/bcTqsLO7-kw, https://www.feedvid.com/watch/jSATJ1snjSx,
https://www.feedvid.com/watch/mLqyLzpmgIZ, https://www.feedvid.com/watch/aNkOkjGCWCK, https://www.feedvid.com/watch/HlWkwjYMU95,
https://www.feedvid.com/watch/acEf1a_gjYh, https://www.feedvid.com/watch/dUlb3boB7XK, https://www.feedvid.com/watch/qkGzEOvS9xv,
https://www.feedvid.com/watch/yYgmgHgCIbz, https://www.feedvid.com/watch/xOrrSMN8QhQ, https://www.feedvid.com/watch/PzbbPKPUght,
https://www.feedvid.com/watch/rejCDh5qMpG, https://www.feedvid.com/watch/aFH_MDO6JTd, https://www.feedvid.com/watch/a_GBizw3YXZ,
https://www.feedvid.com/watch/xted7IL9-Jd, https://www.feedvid.com/watch/kKDJb51Sf_h, https://www.feedvid.com/watch/9pOenN4xwsO,
https://www.feedvid.com/watch/OYNyNKdlIPl, https://www.feedvid.com/watch/Wc-FUXzT_Iz, https://www.feedvid.com/watch/o4FB59jCnYY,
https://www.feedvid.com/watch/uMJQzGNlsAb, https://www.feedvid.com/watch/0r_RvUzoOA0, https://www.feedvid.com/watch/aKrUJMBUP3F,
https://www.feedvid.com/watch/TIGyLmoA49b, https://www.feedvid.com/watch/zQdvCuHiOAV, https://www.feedvid.com/watch/2C-RTkMck5L,
https://www.feedvid.com/watch/9m1yloFIhyf, https://www.feedvid.com/watch/gfhzj_GPCjr, https://www.feedvid.com/watch/UGd9Tw1CAKp,
https://www.feedvid.com/watch/aQTtnDLTftk, https://www.feedvid.com/watch/Vj7-kZkEPMp, https://www.feedvid.com/watch/C6iQqOxOofM,
https://www.feedvid.com/watch/lMKmPO0DRQC, https://www.feedvid.com/watch/Sn8q01kGNQD, https://www.feedvid.com/watch/dDYyzWFrkxH,
https://www.feedvid.com/watch/MgF3svQBsdg, https://www.feedvid.com/watch/jgEarEVxPSu, https://www.feedvid.com/watch/rVGh8zdtH_G,
https://www.feedvid.com/watch/SAR-OF4m8Qc, https://www.feedvid.com/watch/ra_fRsH5h8s, https://www.feedvid.com/watch/tGSNrj7Prhl,
https://www.feedvid.com/watch/xj3M9Mp5WUN, https://www.feedvid.com/watch/jXgqpidcmCD, https://www.feedvid.com/watch/2WoTFEWsBrE,
https://www.feedvid.com/watch/CvyzJO0NcKa, https://www.feedvid.com/watch/WJ2Db9vH5oB, https://www.feedvid.com/watch/KJQlFVNp0Ln,
https://www.feedvid.com/watch/laEobnRm6BT, https://www.feedvid.com/watch/lBLbTZkAmIh, https://www.feedvid.com/watch/rjCkfYjfXPz,
https://www.feedvid.com/watch/UwJPzr0vX0G, https://www.feedvid.com/watch/t_1lJsXPJ1l, https://www.feedvid.com/watch/YWzXNvsH12K,
https://www.feedvid.com/watch/7-zmjRHsHXj, https://www.feedvid.com/watch/4Imr7_srMWZ, https://www.feedvid.com/watch/fJMpwm9thtE,
https://www.feedvid.com/watch/X77o2S19R3a, https://www.feedvid.com/watch/irP7zFgSOb7, https://www.feedvid.com/watch/v5453cNBUWY,
https://www.feedvid.com/watch/dUaayiSgHat, https://www.feedvid.com/watch/DNk3SmfRfr3, https://www.feedvid.com/watch/e7fqdR8yzxl,
https://www.feedvid.com/watch/ixhSeluRv2r, https://www.feedvid.com/watch/AMrnCbZxGLn, https://www.feedvid.com/watch/NMINMfR6RYw,
https://www.feedvid.com/watch/cyqLzkAgpzn, https://www.feedvid.com/watch/Bjf-JGP7q49, https://www.feedvid.com/watch/bYg1330K3Qe,
https://www.feedvid.com/watch/EiSJvuCTQUx, https://www.feedvid.com/watch/NAP0Se12Hzl, https://www.feedvid.com/watch/mpMbHQUZz8t,
https://www.feedvid.com/watch/J248aFyEMWg, https://www.feedvid.com/watch/M-ywOp3YnuW, https://www.feedvid.com/watch/E3TVn1xxTXx,
https://www.feedvid.com/watch/xh8TPewd22Z, https://www.feedvid.com/watch/hi6O40jE0bS, https://www.feedvid.com/watch/je2zVXU840D,
https://www.feedvid.com/watch/cOEcs3brD2F, https://www.feedvid.com/watch/L0kvl-YMKc5, https://www.feedvid.com/watch/VmJ94OItX7u,
https://www.feedvid.com/watch/2x43IScbwOr, https://www.feedvid.com/watch/H1CqlkBj2wE, https://www.feedvid.com/watch/puGWLQiiUsc,
https://www.feedvid.com/watch/QaT-vyAOBHP, https://www.feedvid.com/watch/9KAcoaLwt3v, https://www.feedvid.com/watch/ERjJ-RIH71z,
https://www.feedvid.com/watch/LlIGtEZ-QdV, https://www.feedvid.com/watch/wVXxueFYvJX, https://www.feedvid.com/watch/DIZmrw6I3Vn,
https://www.feedvid.com/watch/vo21uIrDXSL, https://www.feedvid.com/watch/gedyFu4h0Im, https://www.feedvid.com/watch/lelJRpa6E3I,
https://www.feedvid.com/watch/IDGjMIMAiTo, https://www.feedvid.com/watch/XoAFA6ocjcL, https://www.feedvid.com/watch/QK_PYFLCVWW,
https://www.feedvid.com/watch/qHewunBg22q, https://www.feedvid.com/watch/WATLJIiqdFp, https://www.feedvid.com/watch/jyHw7P1CmUk,
https://www.feedvid.com/watch/WZJXOUu6G_C, https://www.feedvid.com/watch/Nm0rIgZy8zx, https://www.feedvid.com/watch/2U3EZiib_BK,
https://www.feedvid.com/watch/aRt2mwEpTXi, https://www.feedvid.com/watch/BJmN95oMFpp, https://www.feedvid.com/watch/Wh65Bz9n7fb,
https://www.feedvid.com/watch/nzz7cA5dnfP, https://www.feedvid.com/watch/dHpQ99AXrEr, https://www.feedvid.com/watch/vm5mIDunPm6,
https://www.feedvid.com/watch/fPFYTRgza9P, https://www.feedvid.com/watch/alCd2yCqWOI, https://www.feedvid.com/watch/xWgxkRE6yWb,
https://www.feedvid.com/watch/UqbjM1yuqwR, https://www.feedvid.com/watch/3wDzbTnfkLO, https://www.feedvid.com/watch/xeCEu2SLpAQ,
https://www.feedvid.com/watch/yc9Q79lID9S, https://www.feedvid.com/watch/Qbn3GrAFuU9, https://www.feedvid.com/watch/zKJADsacsOq,
https://www.feedvid.com/watch/y3y6rKImDpx, https://www.feedvid.com/watch/DPJHlnq_Mms, https://www.feedvid.com/watch/wkuExFttNR4,
https://www.feedvid.com/watch/tWS8-JVm4IE, https://www.feedvid.com/watch/vnoVm2ctKcK, https://www.feedvid.com/watch/rSYSPtLjS0N,
https://www.feedvid.com/watch/bUkgeo97ero, https://www.feedvid.com/watch/8ORVwNOlgVI, https://www.feedvid.com/watch/PorTjAqpB9M,
https://www.feedvid.com/watch/TE4XWWZbnPH, https://www.feedvid.com/watch/qQzmamMEmF8, https://www.feedvid.com/watch/6qy4Zh92uUm,
https://www.feedvid.com/watch/aksxZKa3mnw, https://www.feedvid.com/watch/tLmXq3p6dCA, https://www.feedvid.com/watch/Tq9ony02K3N,
https://www.feedvid.com/watch/LEXdU9okgeF, https://www.feedvid.com/watch/N3CKS3wlTI0, https://www.feedvid.com/watch/YYJwEPZj4FZ,
https://www.feedvid.com/watch/bHq0pq5DzKw, https://www.feedvid.com/watch/HUqUwhEUXUc, https://www.feedvid.com/watch/OCXFNJobK9q,
https://www.feedvid.com/watch/wrvcuhkcyYX, https://www.feedvid.com/watch/KZ1kgQB0aTB, https://www.feedvid.com/watch/85S4xfb9rIl,
https://www.feedvid.com/watch/MhQDCnV6-BF, https://www.feedvid.com/watch/zN4f35-wWKK, https://www.feedvid.com/watch/zesKh58tSiL,
https://www.feedvid.com/watch/8ZgGzHPhWX4, https://www.feedvid.com/watch/VozZm0SucEd, https://www.feedvid.com/watch/qKhUjjAyC3O,
https://www.feedvid.com/watch/MeW5hqkNosh, https://www.feedvid.com/watch/X4-BviQH9t8, https://www.feedvid.com/watch/L-wh_ZDjv6x,
https://www.feedvid.com/watch/9UTypkVZRPE, https://www.feedvid.com/watch/DuV_JPMj7xE, https://www.feedvid.com/watch/7bVQZ4ckv6O,
https://www.feedvid.com/watch/eRMUJ0xNMnQ, https://www.feedvid.com/watch/94p9glciI0S, https://www.feedvid.com/watch/U3tlWxz2cSD,
https://www.feedvid.com/watch/T7Gbj3TORxI, https://www.feedvid.com/watch/7h_qI0FJaZK, https://www.feedvid.com/watch/5fYmjVf1NU7,
https://www.feedvid.com/watch/GDOy2fPMTn9, https://www.feedvid.com/watch/OhiEMctBiDh, https://www.feedvid.com/watch/kUnkwmTtUpY,
https://www.feedvid.com/watch/vfuzx8RKaAa, https://www.feedvid.com/watch/hfWQaz0jSlH, https://www.feedvid.com/watch/RYDGRFDfT-Q,
https://www.feedvid.com/watch/fCM-PJgZ8-3, https://www.feedvid.com/watch/jXWwPt23peu, https://www.feedvid.com/watch/qYGuy95BltL,
https://www.feedvid.com/watch/LRhBvdFmrCc, https://www.feedvid.com/watch/bNl9RDm2PEP, https://www.feedvid.com/watch/ua92gfHMoLn,
https://www.feedvid.com/watch/GCDX3AAzgTi, https://www.feedvid.com/watch/px-dymS8HIb, https://www.feedvid.com/watch/em_Fd4A0-GI,
https://www.feedvid.com/watch/XLWlz29TQQL, https://www.feedvid.com/watch/oAWjDnLI2jL, https://www.feedvid.com/watch/cDAh_boO3gM,
https://www.feedvid.com/watch/YYjjGxAn_13, https://www.feedvid.com/watch/su2Kir4okvl, https://www.feedvid.com/watch/8FLImD5ykBo,
https://www.feedvid.com/watch/oJvUzhIy5W6, https://www.feedvid.com/watch/q1WvnuM3p9S, https://www.feedvid.com/watch/vXrVSXl4jQ0,
https://www.feedvid.com/watch/GtCP5mUdsi7, https://www.feedvid.com/watch/7irvc1m-1E4, https://www.feedvid.com/watch/Z0OLipx7DZX,
https://www.feedvid.com/watch/HAW_oXRRwt7, https://www.feedvid.com/watch/uSHJBBI291C, https://www.feedvid.com/watch/otNpPyZqYsA,
https://www.feedvid.com/watch/GHRPBO9hWLA, https://www.feedvid.com/watch/oCTdJoDe3KY, https://www.feedvid.com/watch/ovaTzq4cA0a,
https://www.feedvid.com/watch/99txAlchYuU, https://www.feedvid.com/watch/QyE6QMM1_Pm, https://www.feedvid.com/watch/v23vrnD8UBo,
https://www.feedvid.com/watch/MY_9SxZkORV, https://www.feedvid.com/watch/aR66SJKrX65, https://www.feedvid.com/watch/au20UiMVkpf,
https://www.feedvid.com/watch/sGsok0MnpGT, https://www.feedvid.com/watch/ls9934YkIiQ, https://www.feedvid.com/watch/nOXyKjMCpPI,

https://www.feedvid.com/watch/KlUmYN2yXTe, https://www.feedvid.com/watch/AZCBjqhVhHF, https://www.feedvid.com/watch/ReCeDshkXtq, https://www.feedvid.com/watch/xQonr8kUxUh, https://www.feedvid.com/watch/aHw1u9gGSLi, https://www.feedvid.com/watch/Z7KqEFI9MzJ, https://www.feedvid.com/watch/Ti945Em623J, https://www.feedvid.com/watch/aFKsOnEQErO, https://www.feedvid.com/watch/Yj_q2oo8uUP, https://www.feedvid.com/watch/A20596mTviD, https://www.feedvid.com/watch/aeBopXA9fim, https://www.feedvid.com/watch/pqCSsWY_TtV, https://www.feedvid.com/watch/H5bUCuZbXnr, https://www.feedvid.com/watch/2gpLSFh1v7c, https://www.feedvid.com/watch/4mRp5p7tB-G, https://www.feedvid.com/watch/2hBXJNelpry, https://www.feedvid.com/watch/cKJoAnTgYhZ, https://www.feedvid.com/watch/K73c_Z0m5Pf, https://www.feedvid.com/watch/0i8JnRQeX1p, https://www.feedvid.com/watch/BRZd5zsJ7mS, https://www.feedvid.com/watch/Sqe_MtEw0ui, https://www.feedvid.com/watch/AqLqqg0Pi46, https://www.feedvid.com/watch/PmbmJCAHrt8, https://www.feedvid.com/watch/6nqM34xFRuI, https://www.feedvid.com/watch/guP69v47lEd, https://www.feedvid.com/watch/2ZpFqo2E5qC, https://www.feedvid.com/watch/Pm-6JEpL09b, https://www.feedvid.com/watch/PgBrPNUJa59, https://www.feedvid.com/watch/021j7rZ2TLb, https://www.feedvid.com/watch/OJI33jVhgDz, https://www.feedvid.com/watch/GFaobsAxSwp, https://www.feedvid.com/watch/M8YMyKWWdVE, https://www.feedvid.com/watch/HPRCZWhOAMb, https://www.feedvid.com/watch/nvwOlZ5hbkF, https://www.feedvid.com/watch/fZhbemMmTo5, https://www.feedvid.com/watch/sO3eNEwt7AV, https://www.feedvid.com/watch/kebGLp_gHPB, https://www.feedvid.com/watch/aSy7Jfhu7JT, https://www.feedvid.com/watch/k-OvEGrcho8, https://www.feedvid.com/watch/hobye6kxaSH, https://www.feedvid.com/watch/IHwWA8DO8hQ, https://www.feedvid.com/watch/Azsi-lvRo2B, https://www.feedvid.com/watch/YEf4HM-EVek, https://www.feedvid.com/watch/ctqiUuASy62, https://www.feedvid.com/watch/tjfuhyUimgg, https://www.feedvid.com/watch/t_SR7Z6ovkr, https://www.feedvid.com/watch/vgunr_IfDpk, https://www.feedvid.com/watch/geebPqlN0D6, https://www.feedvid.com/watch/x-Cos0nk8Jf, https://www.feedvid.com/watch/Ga4qkqTdbvO, https://www.feedvid.com/watch/s1lkRVW9uar, https://www.feedvid.com/watch/9TjQTyji62J, https://www.feedvid.com/watch/66gU9u-6Abt, https://www.feedvid.com/watch/56oYnbnkNa7, https://www.feedvid.com/watch/z1z4N9FpROF, https://www.feedvid.com/watch/LzbuB8fzXbP, https://www.feedvid.com/watch/hIsq6S_SBwW, https://www.feedvid.com/watch/6r0wPj866JK, https://www.feedvid.com/watch/JpGJkKRGz2k, https://www.feedvid.com/watch/erBAe-wEsYH, https://www.feedvid.com/watch/Jx2e8og7a-o, https://www.feedvid.com/watch/2HLv_isnFVt, https://www.feedvid.com/watch/nZZPy20Wt-Z, https://www.feedvid.com/watch/4chG5zrS1NU, https://www.feedvid.com/watch/Gu4fmd7FPkz, https://www.feedvid.com/watch/VJdtigWXVWU, https://www.feedvid.com/watch/z95CMPK-gsn, https://www.feedvid.com/watch/vx-7s98Noud, https://www.feedvid.com/watch/uCtcSMT5Vpm, https://www.feedvid.com/watch/08kZCu7ZWTe, https://www.feedvid.com/watch/ON_A_VwHSZo, https://www.feedvid.com/watch/nm_kJSzaWS8, https://www.feedvid.com/watch/T2atOOtmNUC, https://www.feedvid.com/watch/miXGqRs-ZVn, https://www.feedvid.com/watch/CvXH6ox5YZP, https://www.feedvid.com/watch/cS4CtzOYyHq, https://www.feedvid.com/watch/MwZLxbOq2tf, https://www.feedvid.com/watch/4TDtgDbKyZj, https://www.feedvid.com/watch/s2OM-NkocrF, https://www.feedvid.com/watch/D9osn8mxFN8, https://www.feedvid.com/watch/2a6iqxSgq3u, https://www.feedvid.com/watch/fBNDjwoEOC3, https://www.feedvid.com/watch/SN2BOu20Hlm, https://www.feedvid.com/watch/dtfT7VI5JOI, https://www.feedvid.com/watch/OA5eGHp5IFn, https://www.feedvid.com/watch/tPhlFAT9-WY, https://www.feedvid.com/watch/4hFYY6U8WO7, https://www.feedvid.com/watch/7r-aKY1RbM9, https://www.feedvid.com/watch/0GysRykYzhw, https://www.feedvid.com/watch/i9XOEP_BnVc, https://www.feedvid.com/watch/z-AasZXMeKt, https://www.feedvid.com/watch/dj9anfhtEI8, https://www.feedvid.com/watch/xd5_QzT2VPA, https://www.feedvid.com/watch/lZzG6yz0RUZ

5.f. Date of third notice: 2015-06-29

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mers221

5.b. Uploader's email address: bavariaclub221@mail.com

5.d. Uploader's profile: https://www.feedvid.com/member/mers221

5.e. List of videos posted by uploader: https://www.feedvid.com/watch/hAAil91_bbB, https://www.feedvid.com/watch/haUk0zUT8YT, https://www.feedvid.com/watch/MTSV449ImTs, https://www.feedvid.com/watch/vN8vKUd5hKd, https://www.feedvid.com/watch/nWDsJJ92JX9, https://www.feedvid.com/watch/ZiFNIGCYf7y, https://www.feedvid.com/watch/dG6K3uEWjfL, https://www.feedvid.com/watch/BZPzdVwa7nh, https://www.feedvid.com/watch/Z9RLdGKk_KD, https://www.feedvid.com/watch/2ho2gNJ3z8S, https://www.feedvid.com/watch/MRimKbOP_7w, https://www.feedvid.com/watch/FgKfGh4a1Jt, https://www.feedvid.com/watch/E2ke-JD9UrI, https://www.feedvid.com/watch/LUrNff3RC_o, https://www.feedvid.com/watch/dAYfsp71ijJ, https://www.feedvid.com/watch/vP9j4QtduyV, https://www.feedvid.com/watch/9N-is39A1mT, https://www.feedvid.com/watch/QVdYkc0MOwt, https://www.feedvid.com/watch/9NMZ5qCavfV, https://www.feedvid.com/watch/zko6m6N-apU, https://www.feedvid.com/watch/MusbUjbCSHY, https://www.feedvid.com/watch/nbquYytPsqI, https://www.feedvid.com/watch/tOCvbmHddd6, https://www.feedvid.com/watch/W3lpF2yz_73, https://www.feedvid.com/watch/TJ6c4VICDUU, https://www.feedvid.com/watch/7n1u5r1tXNN, https://www.feedvid.com/watch/CLNka_TRpeN, https://www.feedvid.com/watch/c-W38I7sXn4, https://www.feedvid.com/watch/hSXWU-Ss5H4, https://www.feedvid.com/watch/kdKksZh3I5I, https://www.feedvid.com/watch/bIvUvBQjNIv, https://www.feedvid.com/watch/SViW975qO9w, https://www.feedvid.com/watch/w3IbjPZhl7v, https://www.feedvid.com/watch/25ck9edSsZW, https://www.feedvid.com/watch/n5nwg9Rj15B, https://www.feedvid.com/watch/wUbQX581fUy, https://www.feedvid.com/watch/JzV3xdqgEUb, https://www.feedvid.com/watch/kYedspkOaaB, https://www.feedvid.com/watch/wDM8AMZNp_v, https://www.feedvid.com/watch/hYBDGJjtiu4, https://www.feedvid.com/watch/6h2ydiAgiOu, https://www.feedvid.com/watch/K4XsxDpaLST, https://www.feedvid.com/watch/CwsfxC9zg1z, https://www.feedvid.com/watch/UFLG9-wSIJL, https://www.feedvid.com/watch/eBLrnXTEvDg, https://www.feedvid.com/watch/ew061NAOtED, https://www.feedvid.com/watch/IRcNmwCS7qu, https://www.feedvid.com/watch/Xy_TsnpQgR3, https://www.feedvid.com/watch/w5jkPXpOqOp, https://www.feedvid.com/watch/0yOzLwSg1ja, https://www.feedvid.com/watch/BRoScPiJEHj, https://www.feedvid.com/watch/NPt88AVujEI, https://www.feedvid.com/watch/KKIJjAvgaDW, https://www.feedvid.com/watch/Njuqe502tLg, https://www.feedvid.com/watch/uzr5TU_i4e8, https://www.feedvid.com/watch/gIhgq-cATdm, https://www.feedvid.com/watch/Xt8WOBwUyQY, https://www.feedvid.com/watch/eOZcKlJaMd0, https://www.feedvid.com/watch/Se9DwHXl525, https://www.feedvid.com/watch/KEPvRaEFiH2, https://www.feedvid.com/watch/hIM-MiYdeXF, https://www.feedvid.com/watch/l1_j_20s6jO, https://www.feedvid.com/watch/R4kbItpV0mq, https://www.feedvid.com/watch/yLJnY1vKHbI, https://www.feedvid.com/watch/FoeWik7PdVp, https://www.feedvid.com/watch/vbWRmR1uG9U, https://www.feedvid.com/watch/TF5JaurjPxt, https://www.feedvid.com/watch/KRMB-g5QQEz, https://www.feedvid.com/watch/yCDm0W1hbAG, https://www.feedvid.com/watch/oDZAD_wBxpM, https://www.feedvid.com/watch/naSGad_XOiO, https://www.feedvid.com/watch/H83K0Nhqf1b, https://www.feedvid.com/watch/cYl7uffiyF6, https://www.feedvid.com/watch/vXkotdZb6w7, https://www.feedvid.com/watch/cLu_FLMC9jr, https://www.feedvid.com/watch/8HLH3vt6_4w, https://www.feedvid.com/watch/FD9CZDs98r4, https://www.feedvid.com/watch/p6lA4qDKIrw, https://www.feedvid.com/watch/HmQE1rnNkl2, https://www.feedvid.com/watch/BxQrrh-XJNf, https://www.feedvid.com/watch/MLHOl4QOnp2, https://www.feedvid.com/watch/pfXU0YkiKkl, https://www.feedvid.com/watch/ysISiHG6m4T, https://www.feedvid.com/watch/BJ1WfK9KWPI, https://www.feedvid.com/watch/6LgzgIsJdqx, https://www.feedvid.com/watch/chIQxGbD2Ac, https://www.feedvid.com/watch/CP34V-GfmX2, https://www.feedvid.com/watch/ddAEF3DqidN, https://www.feedvid.com/watch/XqI01oKJSib, https://www.feedvid.com/watch/Lh97bd8b-no, https://www.feedvid.com/watch/G1sny10bCe3, https://www.feedvid.com/watch/kj-p0AiGq-L, https://www.feedvid.com/watch/naASw4Zhbpb, https://www.feedvid.com/watch/mf5IqQT2Z2q, https://www.feedvid.com/watch/jJmUiEyebz3, https://www.feedvid.com/watch/2WZ2gOBGpX7, https://www.feedvid.com/watch/ZxpoaOZwv6m, https://www.feedvid.com/watch/z6qKyo_udrP, https://www.feedvid.com/watch/XxT92rrL0GF, https://www.feedvid.com/watch/apm2Xr-oUDf, https://www.feedvid.com/watch/LGiD0UKvcQ8, https://www.feedvid.com/watch/SnnCmwvrvJs, https://www.feedvid.com/watch/m3X3739pVNf, https://www.feedvid.com/watch/fbMZf0nkO8g, https://www.feedvid.com/watch/s98Nms7u12Q, https://www.feedvid.com/watch/iSdNlmidovR, https://www.feedvid.com/watch/SCtXu_AXq0G, https://www.feedvid.com/watch/b-FfWa6NyTm, https://www.feedvid.com/watch/NmjA35OGanD, https://www.feedvid.com/watch/6W4dfpbZ4Vh, https://www.feedvid.com/watch/8isOYqkNVuX, https://www.feedvid.com/watch/NaLpowJSrE4, https://www.feedvid.com/watch/fon-53DtkJ4, https://www.feedvid.com/watch/6OsS-HgchUU, https://www.feedvid.com/watch/NIEAkMet-jA, https://www.feedvid.com/watch/FlwgZGgXoXa, https://www.feedvid.com/watch/7wDMM3-s2tA, https://www.feedvid.com/watch/j14mF4uXWWV, https://www.feedvid.com/watch/zAChtM8k_AR, https://www.feedvid.com/watch/Uy8TruZW0fH, https://www.feedvid.com/watch/fqydAQfArpY, https://www.feedvid.com/watch/sDuswSFuBJR, https://www.feedvid.com/watch/ck0GQm02tbG, https://www.feedvid.com/watch/D_wuulhH5XD, https://www.feedvid.com/watch/X1Vfh3f4BS8, https://www.feedvid.com/watch/4FjTb2CAV-n, https://www.feedvid.com/watch/GdR0Ly8h43t, https://www.feedvid.com/watch/VdPb7iJSoyz, https://www.feedvid.com/watch/MlIC_SKJ3WL, https://www.feedvid.com/watch/xCMer6abHge, https://www.feedvid.com/watch/rFFRMc9kfoH, https://www.feedvid.com/watch/3b16J5ijUia, https://www.feedvid.com/watch/EFZxBO7l1MR, https://www.feedvid.com/watch/eXT8p_fsNfW, https://www.feedvid.com/watch/IpQNmSNz730, https://www.feedvid.com/watch/d-dOJWXLaDy, https://www.feedvid.com/watch/hYwbUQwGq4g, https://www.feedvid.com/watch/z8hECIlh0Wg, https://www.feedvid.com/watch/CiDBcC90Y_e, https://www.feedvid.com/watch/j7-64l1JH5s, https://www.feedvid.com/watch/aVAvHDckc8t, https://www.feedvid.com/watch/E7HZH2HdOKk, https://www.feedvid.com/watch/GHMV2U7Wr2B, https://www.feedvid.com/watch/FqMc0fZX5Tt, https://www.feedvid.com/watch/TvBUf_NFhWv, https://www.feedvid.com/watch/IEpNgBZpEcJ, https://www.feedvid.com/watch/IqdowhLtny3, https://www.feedvid.com/watch/AXcrDcw89Tv, https://www.feedvid.com/watch/9e83yYlTNWL, https://www.feedvid.com/watch/dVydQ-Cyn1i, https://www.feedvid.com/watch/flz2M3jnaRr, https://www.feedvid.com/watch/Sqi_pGVmVNe, https://www.feedvid.com/watch/fgU8CsDD2Vj, https://www.feedvid.com/watch/kayZHzbaXvG, https://www.feedvid.com/watch/uEweZk39oQI, https://www.feedvid.com/watch/F_0XyfbKnHQ, https://www.feedvid.com/watch/JYN2rG9hJgr, https://www.feedvid.com/watch/8cGRccXejGZ, https://www.feedvid.com/watch/aKQ5CinNSh9, https://www.feedvid.com/watch/86KYXPo2eqJ, https://www.feedvid.com/watch/KVpyWI03xSs, https://www.feedvid.com/watch/2PDt-set8GU, https://www.feedvid.com/watch/dk91_r9xNjs, https://www.feedvid.com/watch/S6-TuTYOHyW, https://www.feedvid.com/watch/ZIHeACkixkb, https://www.feedvid.com/watch/mcMsM1AVUPj, https://www.feedvid.com/watch/bKcLsS56Ltn, https://www.feedvid.com/watch/X22uHcixwj3, https://www.feedvid.com/watch/NObvTt2xj5D, https://www.feedvid.com/watch/oHG221fAXTH,

https://www.feedvid.com/watch/RI9j9Sjldzx, https://www.feedvid.com/watch/8H0ssBO9BTK, https://www.feedvid.com/watch/iLYDQuGR-eM, https://www.feedvid.com/watch/kSicCVin5dB, https://www.feedvid.com/watch/t0Vv2qB6x_a, https://www.feedvid.com/watch/S-i4fwBENXM, https://www.feedvid.com/watch/AYph0zRvisp, https://www.feedvid.com/watch/c7k1R1ZTWOe, https://www.feedvid.com/watch/9cATVkyo_Fx, https://www.feedvid.com/watch/s14SXVJq1gm, https://www.feedvid.com/watch/FylsxqB-wFK, https://www.feedvid.com/watch/5610njj17vV, https://www.feedvid.com/watch/Eqc1Msn3ASs, https://www.feedvid.com/watch/5L_RBTMl_CM, https://www.feedvid.com/watch/cik1QbwTQ63, https://www.feedvid.com/watch/y9aU0ABJxI5, https://www.feedvid.com/watch/nANFg1a6lP8, https://www.feedvid.com/watch/JQiZyM5Me_W, https://www.feedvid.com/watch/P9ytDu93xi7, https://www.feedvid.com/watch/7j6md8gYE0L, https://www.feedvid.com/watch/V5115RTcWnI, https://www.feedvid.com/watch/HMKmWhdfphD, https://www.feedvid.com/watch/P0zGTgund-Y, https://www.feedvid.com/watch/BgiQEb1Qhej, https://www.feedvid.com/watch/F3Na6mnd21D, https://www.feedvid.com/watch/6PDniVPYk9t, https://www.feedvid.com/watch/dSsB5iJIytq, https://www.feedvid.com/watch/YBeS7v7PYs2, https://www.feedvid.com/watch/X2E4wTM9Iih, https://www.feedvid.com/watch/m-Fz6eJHwIx, https://www.feedvid.com/watch/3UyHvZrWYau, https://www.feedvid.com/watch/ucm3VlOwexc, https://www.feedvid.com/watch/oNHzFFNjdOM, https://www.feedvid.com/watch/f5_O-qiZxqx, https://www.feedvid.com/watch/Ksjjy4bYnOW, https://www.feedvid.com/watch/bH8ZMfuBBwX, https://www.feedvid.com/watch/srp0bQIqE-k, https://www.feedvid.com/watch/K1gOO3zGLgq, https://www.feedvid.com/watch/RX68O-mnHpi, https://www.feedvid.com/watch/hn_bLHPsw07, https://www.feedvid.com/watch/mjL1R_OxEGE, https://www.feedvid.com/watch/K5JW6K8O4-m, https://www.feedvid.com/watch/JYXKZbbzdni, https://www.feedvid.com/watch/LrFmKTB4hOX, https://www.feedvid.com/watch/EFm42wXBvyD, https://www.feedvid.com/watch/Mn5YgyfTM-j, https://www.feedvid.com/watch/qRuTvOzeTqM, https://www.feedvid.com/watch/76P9uX--HQr, https://www.feedvid.com/watch/3ChHm9V2Pr5, https://www.feedvid.com/watch/bu7jNmznu4Z, https://www.feedvid.com/watch/L3NRbbxqRpU, https://www.feedvid.com/watch/h6zOswpp7Pf, https://www.feedvid.com/watch/fHkvArFQR5C, https://www.feedvid.com/watch/eWz9DlSbBHh, https://www.feedvid.com/watch/4omMBTwMnnU, https://www.feedvid.com/watch/53dyAoFp-MF, https://www.feedvid.com/watch/EAsrZxJxmIi, https://www.feedvid.com/watch/YFQmVgmfLYv, https://www.feedvid.com/watch/mDge3ZxLynv, https://www.feedvid.com/watch/MJJelNxAVbj, https://www.feedvid.com/watch/wkzGX1ocjXH, https://www.feedvid.com/watch/oH_nR_P50QR, https://www.feedvid.com/watch/EbOpAn6VqKj, https://www.feedvid.com/watch/j7M678UZCyT, https://www.feedvid.com/watch/n43du_cMYmq, https://www.feedvid.com/watch/5xsIfAxTpAu, https://www.feedvid.com/watch/W4CPzqhIumA, https://www.feedvid.com/watch/FFJoL4CP3qX, https://www.feedvid.com/watch/VCdaOH3UQEg, https://www.feedvid.com/watch/g3pX_u7T5RH, https://www.feedvid.com/watch/BJOpOZW-7bR, https://www.feedvid.com/watch/JTpTD5FN2ZW, https://www.feedvid.com/watch/Ecuj1Ncsrhl, https://www.feedvid.com/watch/Oj_THpFFmuW, https://www.feedvid.com/watch/sUsBbeBposg, https://www.feedvid.com/watch/OUgYW-S6B9g, https://www.feedvid.com/watch/WSj3dmoaWeM, https://www.feedvid.com/watch/kQquU48tDfX, https://www.feedvid.com/watch/vj8cfjrOGwH, https://www.feedvid.com/watch/4D8drtuQHDq, https://www.feedvid.com/watch/tFogcw5Q4qK, https://www.feedvid.com/watch/e8ijpVT8Kk9, https://www.feedvid.com/watch/yadMkCVpEsh, https://www.feedvid.com/watch/hA3aIG0Q_oX, https://www.feedvid.com/watch/CNncApe0sr7, https://www.feedvid.com/watch/AVY2ekvzNqa, https://www.feedvid.com/watch/x78_7gykiKC, https://www.feedvid.com/watch/E8tbx_WrBAO, https://www.feedvid.com/watch/bRNDynXng8j, https://www.feedvid.com/watch/VtX7F1u4l06, https://www.feedvid.com/watch/xR5DtcuVabB, https://www.feedvid.com/watch/wkm-KrT05WD, https://www.feedvid.com/watch/kj_MVdIR8mn, https://www.feedvid.com/watch/HOJVLtMpKHB, https://www.feedvid.com/watch/Kz--Mt4CQku, https://www.feedvid.com/watch/pb44q_yWWUG, https://www.feedvid.com/watch/dHxunMf3j0F, https://www.feedvid.com/watch/A3kubr45cH4, https://www.feedvid.com/watch/H65jvNG81UR, https://www.feedvid.com/watch/XXH7AjTL-x2, https://www.feedvid.com/watch/FoWB8ztodPs, https://www.feedvid.com/watch/DqBcNNLWp3b, https://www.feedvid.com/watch/d07jabVYyco, https://www.feedvid.com/watch/EeMTBXH8DRB, https://www.feedvid.com/watch/hbG8SovYiPI, https://www.feedvid.com/watch/RQT8T3Tqf7a, https://www.feedvid.com/watch/gGpT3PD5Z1Z, https://www.feedvid.com/watch/S0IvaQRrKVh, https://www.feedvid.com/watch/nkPl5DNrmcw, https://www.feedvid.com/watch/eWV-OR40WzQ, https://www.feedvid.com/watch/lbAGo1MzA6R, https://www.feedvid.com/watch/8QxnfTQJlhN, https://www.feedvid.com/watch/pbf_QUUnV6f, https://www.feedvid.com/watch/X-o1TUAcMyz, https://www.feedvid.com/watch/yOHtueSE6Ul, https://www.feedvid.com/watch/VMOCeUsP3XI, https://www.feedvid.com/watch/tt8oZKeMxz4, https://www.feedvid.com/watch/70As_q5aJlh, https://www.feedvid.com/watch/PMd-yrtDoxB, https://www.feedvid.com/watch/4jFqTmNNx-9, https://www.feedvid.com/watch/Vhu-ABRCDqw, https://www.feedvid.com/watch/6rHs6_UNvVl, https://www.feedvid.com/watch/H4BC0U56Itw, https://www.feedvid.com/watch/H1NO-4rGp1Q, https://www.feedvid.com/watch/CRAgF8Hmi-x, https://www.feedvid.com/watch/7aY-1MCmVz7, https://www.feedvid.com/watch/xvDwf9XzzQN, https://www.feedvid.com/watch/MiItL9c7kSw, https://www.feedvid.com/watch/yQjglpsmZnS, https://www.feedvid.com/watch/Ynwr2arj-vX, https://www.feedvid.com/watch/C_lB6lOObfk, https://www.feedvid.com/watch/3kbH4pcdCyu, https://www.feedvid.com/watch/PHzEw-fZdNP, https://www.feedvid.com/watch/yT9E8Q042nO, https://www.feedvid.com/watch/HvKySvcMCWO, https://www.feedvid.com/watch/uBOP_CYD2Dr, https://www.feedvid.com/watch/snhVcLgN4lT, https://www.feedvid.com/watch/4z4sGjwa5Aa, https://www.feedvid.com/watch/Gb0u3dfpaLc, https://www.feedvid.com/watch/KGGvUdfRZGd, https://www.feedvid.com/watch/CrDSaASxSQm, https://www.feedvid.com/watch/dBdpp9xqh4B, https://www.feedvid.com/watch/uaWq2-WBvcF, https://www.feedvid.com/watch/BvJZPFnB4vE, https://www.feedvid.com/watch/VoN9e2pD3YG, https://www.feedvid.com/watch/UgGZNUESAwM, https://www.feedvid.com/watch/wewv1eMEmQQ, https://www.feedvid.com/watch/AUwirXe4WCg, https://www.feedvid.com/watch/GCadYXEVogQ, https://www.feedvid.com/watch/90_r4kfmzKS, https://www.feedvid.com/watch/T-1448_iP9W, https://www.feedvid.com/watch/JQHdzLoHRnG, https://www.feedvid.com/watch/wnOEuh77juC, https://www.feedvid.com/watch/F_LQm99mNYg, https://www.feedvid.com/watch/B9U6n5JF16A, https://www.feedvid.com/watch/ZqTc3IFZNKs, https://www.feedvid.com/watch/aEV_HRiodHB, https://www.feedvid.com/watch/RVS078giWt0, https://www.feedvid.com/watch/x62m0TZKCy7, https://www.feedvid.com/watch/R4fkwb1RPCM, https://www.feedvid.com/watch/LqkQuMcPkvS, https://www.feedvid.com/watch/BAZHo3j5FVb, https://www.feedvid.com/watch/Miss9lik1yL, https://www.feedvid.com/watch/BhajCdW5ZAt, https://www.feedvid.com/watch/glT5PJx7X0N, https://www.feedvid.com/watch/dILZhrhL37O, https://www.feedvid.com/watch/4XLmsVJtO_s, https://www.feedvid.com/watch/yTkrXqGY2Jg, https://www.feedvid.com/watch/69q-l3cgMP2, https://www.feedvid.com/watch/pMfUjFUn0je, https://www.feedvid.com/watch/nzVDetNY9RN, https://www.feedvid.com/watch/SmZAWrZxQBV, https://www.feedvid.com/watch/zQkaPNV_9I6, https://www.feedvid.com/watch/6BLcrjlQ0q3, https://www.feedvid.com/watch/gblA4ybB6dx, https://www.feedvid.com/watch/OJAGbypJFu8, https://www.feedvid.com/watch/wObMtpwY-3R, https://www.feedvid.com/watch/dZ7_pB6p1aa, https://www.feedvid.com/watch/DhPcvOUeJCl, https://www.feedvid.com/watch/5GF1v1KiFr9, https://www.feedvid.com/watch/OrdUeZxg0Ei, https://www.feedvid.com/watch/8e95fqRLQ5t, https://www.feedvid.com/watch/hvHZRuM2pE2, https://www.feedvid.com/watch/hrdVrakz05x, https://www.feedvid.com/watch/4D4FXrvE_8x, https://www.feedvid.com/watch/XKMIaVhOM-W, https://www.feedvid.com/watch/lGcUVpVclp3, https://www.feedvid.com/watch/8WEmkiivqeJ, https://www.feedvid.com/watch/IP6M4zVQxes, https://www.feedvid.com/watch/V2y48uaNhEY, https://www.feedvid.com/watch/ffuZrVrVjjN, https://www.feedvid.com/watch/2ZvYKH0GgsL, https://www.feedvid.com/watch/PaKpQLCo0Tn, https://www.feedvid.com/watch/SecCHbm6yJJ, https://www.feedvid.com/watch/QroTxW6oOR8, https://www.feedvid.com/watch/ZOhb1Pse5i5, https://www.feedvid.com/watch/vllNrV290-H, https://www.feedvid.com/watch/frhWOO1b8U3, https://www.feedvid.com/watch/RHVbxs5gexa, https://www.feedvid.com/watch/A6CHKhOhQMP, https://www.feedvid.com/watch/j0tP18cG7uK, https://www.feedvid.com/watch/4XzaJ1Y3onF, https://www.feedvid.com/watch/BeNOPWUjVYR, https://www.feedvid.com/watch/c2jF68ALnFg, https://www.feedvid.com/watch/qQKybKXScaG, https://www.feedvid.com/watch/qcb83RBvvHS, https://www.feedvid.com/watch/bN-iRfMYvLN, https://www.feedvid.com/watch/EjavoAc94eL, https://www.feedvid.com/watch/GRucFreEzOS, https://www.feedvid.com/watch/jwl0klINTKa, https://www.feedvid.com/watch/2Q4C-fy-9R7

5.f. Date of third notice: 2015-06-12

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: realboy1

5.b. Uploader's email address: qerbolikjoosome@hotmail.com

5.d. Uploader's profile: https://www.feedvid.com/member/realboy1

5.e. List of videos posted by uploader: https://www.feedvid.com/watch/LHSlIH07cXR, https://www.feedvid.com/watch/wGpp6lmKXtn, https://www.feedvid.com/watch/OBFf3b803Al, https://www.feedvid.com/watch/33xoC5vUQ0z, https://www.feedvid.com/watch/US8vHL0xpFT, https://www.feedvid.com/watch/eZtGlnTQ1nS, https://www.feedvid.com/watch/MRfahcCXFuF, https://www.feedvid.com/watch/SUPJVp9VMLz, https://www.feedvid.com/watch/q6j3ViH8p3N, https://www.feedvid.com/watch/fiWaqxTDISK, https://www.feedvid.com/watch/kb_2YXHT3z2, https://www.feedvid.com/watch/ed9-5ZDPZJb, https://www.feedvid.com/watch/MSHxev1SSwq, https://www.feedvid.com/watch/SVI0KXzZCOm, https://www.feedvid.com/watch/2_qcGyVM-lc, https://www.feedvid.com/watch/WIt8iVlYuB7, https://www.feedvid.com/watch/JvlULsESZ-b, https://www.feedvid.com/watch/gHW1LmtJBZX, https://www.feedvid.com/watch/GLBJZZp9FrW, https://www.feedvid.com/watch/5VRPgzXz3HP, https://www.feedvid.com/watch/ZexVIJPzBoG, https://www.feedvid.com/watch/V4sKzApIhkr, https://www.feedvid.com/watch/KsARQrbc5t3, https://www.feedvid.com/watch/A8TeklVPDz8, https://www.feedvid.com/watch/R43QnLvrt5g, https://www.feedvid.com/watch/HvTqQ2WlDCQ, https://www.feedvid.com/watch/Kew5WE_nFq4, https://www.feedvid.com/watch/wcFR06HXGyn, https://www.feedvid.com/watch/yq7Ror8lpDb, https://www.feedvid.com/watch/uhPhv8RiHCo, https://www.feedvid.com/watch/vjVD-ezbkJK, https://www.feedvid.com/watch/CSV5Ss_wHiR, https://www.feedvid.com/watch/8T8W51lLxJU, https://www.feedvid.com/watch/34NkrV7LuWs, https://www.feedvid.com/watch/KBEpX9mvCPN, https://www.feedvid.com/watch/zbepvn3A4DJ, https://www.feedvid.com/watch/TCzFLlurQC0, https://www.feedvid.com/watch/qcSj_wwEQxB, https://www.feedvid.com/watch/oDLBl2xZn0Q, https://www.feedvid.com/watch/Rp_jPGB9EKt, https://www.feedvid.com/watch/Qv3cDtp2beD, https://www.feedvid.com/watch/ULgRICKEOcG, https://www.feedvid.com/watch/F5_noHrf-KR, https://www.feedvid.com/watch/zp6ae4cx5iE, https://www.feedvid.com/watch/eXiOXcNaguX, https://www.feedvid.com/watch/A2_Q7xAnUoM, https://www.feedvid.com/watch/umCl5cmlOE8, https://www.feedvid.com/watch/mec80gSugXH, https://www.feedvid.com/watch/3Isek67fBwN, https://www.feedvid.com/watch/eh6y94ujglv, https://www.feedvid.com/watch/UPaoobbv8Dn, https://www.feedvid.com/watch/Uo8uapIKdy9, https://www.feedvid.com/watch/0qXreMi2qLb,

https://www.feedvid.com/watch/VIcIdAIEKQs, https://www.feedvid.com/watch/6UQQzF3h3tC, https://www.feedvid.com/watch/zBeZ7Sh1xui,
https://www.feedvid.com/watch/dRcYsNnzjpa, https://www.feedvid.com/watch/3csxR8rfZJ0, https://www.feedvid.com/watch/KT3uskY-_Xa,
https://www.feedvid.com/watch/RvDGXm0Gfb3, https://www.feedvid.com/watch/5KtU84ge5kX, https://www.feedvid.com/watch/eBhT0I8xTFT,
https://www.feedvid.com/watch/CXR6Z_YxnmC, https://www.feedvid.com/watch/wQQdJ3xUovQ, https://www.feedvid.com/watch/DsoFvhZouUl,
https://www.feedvid.com/watch/shLs8oKf4ug, https://www.feedvid.com/watch/2xEQw92ioBx, https://www.feedvid.com/watch/RLYGod7OmBB,
https://www.feedvid.com/watch/IzHY4XSBDXo, https://www.feedvid.com/watch/LmFhLUPWZB5, https://www.feedvid.com/watch/dyi1WI6Dugr,
https://www.feedvid.com/watch/Gl-rvXKYwMH, https://www.feedvid.com/watch/uajwlS9K9Gs, https://www.feedvid.com/watch/H_orNuCYrwi,
https://www.feedvid.com/watch/4bEw_r7pSI7, https://www.feedvid.com/watch/8EdwKIaFYOT, https://www.feedvid.com/watch/sLLdGkxrEy5,
https://www.feedvid.com/watch/jVANu_nzE1p, https://www.feedvid.com/watch/tfMPwqfnC2N, https://www.feedvid.com/watch/aJ8DS2skhtU,
https://www.feedvid.com/watch/t0PdsO-canb, https://www.feedvid.com/watch/XbK2fdDfP84, https://www.feedvid.com/watch/BQh6skDb18w,
https://www.feedvid.com/watch/MiNIrhqcW6r, https://www.feedvid.com/watch/483viUT88HM, https://www.feedvid.com/watch/uGb6oK_651T,
https://www.feedvid.com/watch/03l0Hg2OaBs, https://www.feedvid.com/watch/zpQebUsBRUd, https://www.feedvid.com/watch/4UxzSA1xjin,
https://www.feedvid.com/watch/qGX0OHwvQ7P, https://www.feedvid.com/watch/4dirTX4u-wB, https://www.feedvid.com/watch/eNEEnGKC2OX,
https://www.feedvid.com/watch/3mPqoCL29WO, https://www.feedvid.com/watch/VjxDiKWKFFc, https://www.feedvid.com/watch/BgWRcfRrNqu,
https://www.feedvid.com/watch/Z_WBaqv4kP9, https://www.feedvid.com/watch/u27ajwmrrdD, https://www.feedvid.com/watch/xBI9tWAUIVB,
https://www.feedvid.com/watch/OiSL1ZBniKM, https://www.feedvid.com/watch/xbVU_yQEaFG, https://www.feedvid.com/watch/dF2maYB4BZg,
https://www.feedvid.com/watch/UXIB5W5Pa-2, https://www.feedvid.com/watch/wkqVXJvYsXf, https://www.feedvid.com/watch/spxlaHOQesI,
https://www.feedvid.com/watch/8vAuNtZ-Tcb, https://www.feedvid.com/watch/M0-znZ12ath, https://www.feedvid.com/watch/bKGdaSmvIee,
https://www.feedvid.com/watch/RaxKvQVhQU4, https://www.feedvid.com/watch/c1T_hZYQQ3S, https://www.feedvid.com/watch/yY2t8QeWEq0,
https://www.feedvid.com/watch/D9EF2Xih-14, https://www.feedvid.com/watch/oKxVuMfbGkZ, https://www.feedvid.com/watch/BrfOVEV-hn7,
https://www.feedvid.com/watch/zGxfK698Omq, https://www.feedvid.com/watch/n7gIPsddGNW, https://www.feedvid.com/watch/Dc-J-qBpLWw,
https://www.feedvid.com/watch/KdPgrwaSSoX, https://www.feedvid.com/watch/KvMZWdrO3WM, https://www.feedvid.com/watch/o6p9J-X_6sS,
https://www.feedvid.com/watch/tJsfheCTN6c, https://www.feedvid.com/watch/U7YRygXQGox, https://www.feedvid.com/watch/yHg51GOFfIK,
https://www.feedvid.com/watch/t35Qa2fc3EJ, https://www.feedvid.com/watch/DN5hxuo0VnM, https://www.feedvid.com/watch/I0mvI1eDvwO,
https://www.feedvid.com/watch/szy8LceZ9nv, https://www.feedvid.com/watch/Ud7vO_2Zwhq, https://www.feedvid.com/watch/JRana_AzCpN,
https://www.feedvid.com/watch/6Q9gpvkXnL9, https://www.feedvid.com/watch/e_Twj1P6owV, https://www.feedvid.com/watch/vb8y35WGc42,
https://www.feedvid.com/watch/69V6Gth6hwq, https://www.feedvid.com/watch/e2PA-yh7uPI, https://www.feedvid.com/watch/QRAh_UO2GdT,
https://www.feedvid.com/watch/b3UAcTIMd2I, https://www.feedvid.com/watch/2KHSwWtluVD, https://www.feedvid.com/watch/Zk4LDuqmxsB,
https://www.feedvid.com/watch/Ixo9ePYBY7O, https://www.feedvid.com/watch/wEmP-h0fRfS, https://www.feedvid.com/watch/LjdxZX1ObgY,
https://www.feedvid.com/watch/zlg7C_HNMJw, https://www.feedvid.com/watch/GT8pE0JElaG, https://www.feedvid.com/watch/oOZVQ3uj2WI,
https://www.feedvid.com/watch/Q04_CjtCzOX, https://www.feedvid.com/watch/w1Wa0YrSbPt, https://www.feedvid.com/watch/cNnwxOe6xH4,
https://www.feedvid.com/watch/WhYekr1Kvt3, https://www.feedvid.com/watch/UmL12g4JcRv, https://www.feedvid.com/watch/JuQ_-j_ERAy,
https://www.feedvid.com/watch/g0ce_ASqqA3, https://www.feedvid.com/watch/KfXL63ChTrY, https://www.feedvid.com/watch/dGVcWrE2oW7,
https://www.feedvid.com/watch/LV8MD_NjpRw, https://www.feedvid.com/watch/CrkL-WIfDJz, https://www.feedvid.com/watch/0noBfVuMdNB,
https://www.feedvid.com/watch/xTfBTYOcuSh, https://www.feedvid.com/watch/Ys4-dADQRSz, https://www.feedvid.com/watch/uXGtwgbHunj,
https://www.feedvid.com/watch/cgFOSz_cdLW, https://www.feedvid.com/watch/ZvQZ-UJD-AE, https://www.feedvid.com/watch/mqp8K2bMwmB,
https://www.feedvid.com/watch/U2ZpLYxZVxA, https://www.feedvid.com/watch/RQ9OO6r0mMf, https://www.feedvid.com/watch/gtY6RhaV6f6,
https://www.feedvid.com/watch/OyvISC7vucq, https://www.feedvid.com/watch/qSCHiSh5eI7, https://www.feedvid.com/watch/bW_1fa4c53k,
https://www.feedvid.com/watch/lGKNMabK6PP, https://www.feedvid.com/watch/WWeh0gMq_r5, https://www.feedvid.com/watch/3JL_LDClY1u,
https://www.feedvid.com/watch/PCNey22n4WY, https://www.feedvid.com/watch/vP8yNVDv-vF, https://www.feedvid.com/watch/wle6rwfPdhJ,
https://www.feedvid.com/watch/KTlfSuChenM, https://www.feedvid.com/watch/ogUIlK7mzTV, https://www.feedvid.com/watch/wXqzQjnepXs,
https://www.feedvid.com/watch/6NdwVcfx4Lz, https://www.feedvid.com/watch/RC852QI8WSk, https://www.feedvid.com/watch/kmO_i_nJ6P9,
https://www.feedvid.com/watch/wsm_BSL5vua, https://www.feedvid.com/watch/yeFU03avTNi, https://www.feedvid.com/watch/owQp4rLHJys,
https://www.feedvid.com/watch/xp_-YvQuc1t, https://www.feedvid.com/watch/C-CmPuHZkrw, https://www.feedvid.com/watch/JfulQB4NyrW,
https://www.feedvid.com/watch/4eF7UZRskz4, https://www.feedvid.com/watch/qPc9kfaqqJg, https://www.feedvid.com/watch/Hkh0aRktKtM,
https://www.feedvid.com/watch/hfvEulumO3V, https://www.feedvid.com/watch/X57Y4fXxXlV, https://www.feedvid.com/watch/RJyipOyPHLe,
https://www.feedvid.com/watch/GVxqbmtgFLN, https://www.feedvid.com/watch/iRTU9PAjE7F, https://www.feedvid.com/watch/AhUgFYyCUF6,
https://www.feedvid.com/watch/YYGMuMd4aoh, https://www.feedvid.com/watch/6q15YtfHlAo, https://www.feedvid.com/watch/AcVEF4kF37I,
https://www.feedvid.com/watch/0KMnPeUVoEr, https://www.feedvid.com/watch/LxI2_Tn2B9Q, https://www.feedvid.com/watch/RsdjpdcHg8h,
https://www.feedvid.com/watch/8XLOvRfBds7, https://www.feedvid.com/watch/3UIFaa9tAbY, https://www.feedvid.com/watch/HXc2o9Mx9go,
https://www.feedvid.com/watch/BMZSytyvm63, https://www.feedvid.com/watch/PNG-XVqteUp, https://www.feedvid.com/watch/dUKWI3jVRdZ,
https://www.feedvid.com/watch/06UkyD4XNNX, https://www.feedvid.com/watch/DwkYZirZWwD, https://www.feedvid.com/watch/UNui22KMrKp,
https://www.feedvid.com/watch/qf4ThcXcor7, https://www.feedvid.com/watch/McrxVhDb3sW, https://www.feedvid.com/watch/BfDlSIsiytf,
https://www.feedvid.com/watch/hXSMSb6X916, https://www.feedvid.com/watch/6Mp_P4vufAx, https://www.feedvid.com/watch/hdztr9IRaGi,
https://www.feedvid.com/watch/vQWHA-wZJ8y, https://www.feedvid.com/watch/3m3p8rWD0bA, https://www.feedvid.com/watch/hGtm8XJe9V4,
https://www.feedvid.com/watch/8m3mUvDCJ8o, https://www.feedvid.com/watch/Xy7QPJg0X6T, https://www.feedvid.com/watch/Fy_KJfN5CgR,
https://www.feedvid.com/watch/XoZwB6hu_II, https://www.feedvid.com/watch/eihLtXX5zHh, https://www.feedvid.com/watch/FE-TUeoRb-l,
https://www.feedvid.com/watch/DiJFwD6c00B, https://www.feedvid.com/watch/mfeH05M9VFA, https://www.feedvid.com/watch/ASk0KaqwmFO,
https://www.feedvid.com/watch/D8vbWit5CMK, https://www.feedvid.com/watch/YOyEK3KV7t9, https://www.feedvid.com/watch/WRGSNYqUOKU,
https://www.feedvid.com/watch/5zDNJSSDOUn, https://www.feedvid.com/watch/mQDW9mK0foQ, https://www.feedvid.com/watch/EbEYxY0LNCe,
https://www.feedvid.com/watch/dIQ6bIZt70v, https://www.feedvid.com/watch/hU8z1HrXlFl, https://www.feedvid.com/watch/oxXx3172Uor,
https://www.feedvid.com/watch/3aVEP4xh7Eg, https://www.feedvid.com/watch/d1sXQ_-LrS2, https://www.feedvid.com/watch/iPosIoZL8La,
https://www.feedvid.com/watch/EQhrXmPnSSA, https://www.feedvid.com/watch/QqorVW947Ai, https://www.feedvid.com/watch/Nnif8dOv8vH,
https://www.feedvid.com/watch/KFFJJV-dsUH, https://www.feedvid.com/watch/yNuk5HHj0VM, https://www.feedvid.com/watch/XB4RUnhX2ox,
https://www.feedvid.com/watch/GKMq50egtzo, https://www.feedvid.com/watch/VLL8dOCmr8B, https://www.feedvid.com/watch/Z6FubWQRWc5,
https://www.feedvid.com/watch/rWGroIbcogv, https://www.feedvid.com/watch/PDpJeEh590v, https://www.feedvid.com/watch/c4W2WyhCwLw,
https://www.feedvid.com/watch/fxCCc4oJXY8, https://www.feedvid.com/watch/clbyPOrcZ3L, https://www.feedvid.com/watch/Xd9yv_2KltU,
https://www.feedvid.com/watch/H7tjENpdPqv, https://www.feedvid.com/watch/nTnULGSOyBR, https://www.feedvid.com/watch/9MrUXuBlJpS,
https://www.feedvid.com/watch/fdy-aIn3i2Z, https://www.feedvid.com/watch/LnK9Yo5CqJt, https://www.feedvid.com/watch/RkhIXQbA1tw,
https://www.feedvid.com/watch/E_N_4d3oo1v

5.f. Date of third notice: 2015-06-16

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: abba90
5.b. Uploader's email address: melallugatopyop@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=abba90
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4GQDnF2oe_j, https://www.peekvids.com/watch?v=4fKyfBDx3NQ,
https://www.peekvids.com/watch?v=X4ceHnDgW2k, https://www.peekvids.com/watch?v=icKZbSNW3sV, https://www.peekvids.com/watch?v=sSXqKGtbwGd,
https://www.peekvids.com/watch?v=2GLZjR66F79, https://www.peekvids.com/watch?v=NJsy-XKuh_L, https://www.peekvids.com/watch?v=Ui4wZDhYXXg,
https://www.peekvids.com/watch?v=9Y72xmjRudj, https://www.peekvids.com/watch?v=u0i8ThqogCO, https://www.peekvids.com/watch?v=4VqOkdvxs1t,
https://www.peekvids.com/watch?v=bITaSEIaFv2, https://www.peekvids.com/watch?v=mLUxL6qdqUJ, https://www.peekvids.com/watch?v=hZ9tF9wtPRA,
https://www.peekvids.com/watch?v=QUIlDWJFLnx, https://www.peekvids.com/watch?v=NjSXTUiTuY8, https://www.peekvids.com/watch?v=W4eKFftlf6E,
https://www.peekvids.com/watch?v=FTw6NCbooS8, https://www.peekvids.com/watch?v=C7AfwrVGs9B, https://www.peekvids.com/watch?v=e5pHGaH_P5U,
https://www.peekvids.com/watch?v=KROcqxSav_c, https://www.peekvids.com/watch?v=RB9u53t2cuZ, https://www.peekvids.com/watch?v=xpliqPNeS0r,
https://www.peekvids.com/watch?v=SvdK-LPZexA, https://www.peekvids.com/watch?v=Ubibz8DG-U7, https://www.peekvids.com/watch?v=u4sMG3FAEHo,
https://www.peekvids.com/watch?v=Z0hpy4e-sJu, https://www.peekvids.com/watch?v=422zXOYHWpI, https://www.peekvids.com/watch?v=cU9eyzRC21j,
https://www.peekvids.com/watch?v=J9mraOWUx7D, https://www.peekvids.com/watch?v=VV-kJvFpE5J, https://www.peekvids.com/watch?v=dWpnvYsccT2,
https://www.peekvids.com/watch?v=tjD8P5sWcJr, https://www.peekvids.com/watch?v=KQzjC1Ip5m6, https://www.peekvids.com/watch?v=6ap6M0WHXJL,
https://www.peekvids.com/watch?v=HZay5KedYiu, https://www.peekvids.com/watch?v=t3kPajievX4, https://www.peekvids.com/watch?v=QUyjBnC_Gsg,
https://www.peekvids.com/watch?v=A_VMtFCg-cC, https://www.peekvids.com/watch?v=zAkxe3bF6dX, https://www.peekvids.com/watch?v=L2KD1lCZXnB,
https://www.peekvids.com/watch?v=mcl56XpdKJh, https://www.peekvids.com/watch?v=bi9bqIhSQnE, https://www.peekvids.com/watch?v=vBxqq5akC0S,
https://www.peekvids.com/watch?v=MjPETkp7OoQ, https://www.peekvids.com/watch?v=y-vMT2NDSYY, https://www.peekvids.com/watch?v=Qb44cfcclsU,
https://www.peekvids.com/watch?v=adbZ54e9MDj, https://www.peekvids.com/watch?v=mWGV1m1EPzh, https://www.peekvids.com/watch?v=s5OsmEqglL8,
https://www.peekvids.com/watch?v=zIHchIke3os, https://www.peekvids.com/watch?v=IaJTOchhoVh, https://www.peekvids.com/watch?v=LlVTZsCBNTc,
https://www.peekvids.com/watch?v=3J1bHDIAXpS, https://www.peekvids.com/watch?v=53-StVNsNc6, https://www.peekvids.com/watch?v=iPz9Pph-gfR,
https://www.peekvids.com/watch?v=TKo2fg4o1tI, https://www.peekvids.com/watch?v=KxLRdMAMxds, https://www.peekvids.com/watch?v=P-ImFcJe9qb,
https://www.peekvids.com/watch?v=33S2Eg2iNya, https://www.peekvids.com/watch?v=v7G3fOCq6du, https://www.peekvids.com/watch?v=7_U28JhQkqd,
https://www.peekvids.com/watch?v=WUfTa0grh2i, https://www.peekvids.com/watch?v=IeXS0EG3HSj, https://www.peekvids.com/watch?v=uTb54TpmF0y,
https://www.peekvids.com/watch?v=39miHMiUvny, https://www.peekvids.com/watch?v=tYyubl66Ypm, https://www.peekvids.com/watch?v=wR9NyqQfS-m,
https://www.peekvids.com/watch?v=SQcJKSg3zNt, https://www.peekvids.com/watch?v=gTG5r8l7-Cz, https://www.peekvids.com/watch?v=WiqbYB5RPgE,
https://www.peekvids.com/watch?v=O3_KPtV5C9I, https://www.peekvids.com/watch?v=wnEFXYtYxOg, https://www.peekvids.com/watch?v=QEjmnR1piLU,
https://www.peekvids.com/watch?v=Y0SVXP904TP, https://www.peekvids.com/watch?v=CtlJqWhzo4X, https://www.peekvids.com/watch?v=FHfZHKUFUPC,
https://www.peekvids.com/watch?v=GCKsSYL5aY9, https://www.peekvids.com/watch?v=tBr696pmvVF, https://www.peekvids.com/watch?v=5OPPU-UFa63,
https://www.peekvids.com/watch?v=rUHu06sKp_c, https://www.peekvids.com/watch?v=9F34TF_kcwv, https://www.peekvids.com/watch?v=p3qhf6mjmiA,
https://www.peekvids.com/watch?v=BInDlhjsQDy, https://www.peekvids.com/watch?v=dYUF9RxZiqZ, https://www.peekvids.com/watch?v=ZnBOAHIArJI,
https://www.peekvids.com/watch?v=bYZ3Z7tU1Eg, https://www.peekvids.com/watch?v=3eJpvkvknlA, https://www.peekvids.com/watch?v=TezQT0kRoiA,
https://www.peekvids.com/watch?v=Wmh2sMPUAZj, https://www.peekvids.com/watch?v=RcSO-qjwsiU, https://www.peekvids.com/watch?v=IOjZEXADsSb,
https://www.peekvids.com/watch?v=zaIYdZWfX0A, https://www.peekvids.com/watch?v=c5DN9YYKLxj, https://www.peekvids.com/watch?v=ZROpiv_MuvJ,
https://www.peekvids.com/watch?v=mXKQ4Pd-RRN, https://www.peekvids.com/watch?v=fl5lZgbQ3Zj, https://www.peekvids.com/watch?v=hwlBYR-VWSz,
https://www.peekvids.com/watch?v=OGZQcUna7nU, https://www.peekvids.com/watch?v=xR3cjgoOdhH, https://www.peekvids.com/watch?v=jRx27okGlZX,
https://www.peekvids.com/watch?v=95YGU-4yuHw, https://www.peekvids.com/watch?v=MJkRILD8r98, https://www.peekvids.com/watch?v=c6wYD8xtdVJ,
https://www.peekvids.com/watch?v=kv9mulRoQhh, https://www.peekvids.com/watch?v=APMum_kZ3EG, https://www.peekvids.com/watch?v=Jvk8uckL-pu,
https://www.peekvids.com/watch?v=00niKuoRiun, https://www.peekvids.com/watch?v=XRnbNxYGSAk, https://www.peekvids.com/watch?v=8TCjB56FnSe,
https://www.peekvids.com/watch?v=W8WBrPV6FFv, https://www.peekvids.com/watch?v=JZZIfFBtQAr, https://www.peekvids.com/watch?v=MnZg-Muv1Jk,
https://www.peekvids.com/watch?v=ihCDK69uhAE, https://www.peekvids.com/watch?v=6mA9RDJCMOZ, https://www.peekvids.com/watch?v=lDXgWbC77xQ,
https://www.peekvids.com/watch?v=alQXRJM2CO5, https://www.peekvids.com/watch?v=4c9MId8FlpJ, https://www.peekvids.com/watch?v=eTuuUm_9gF9,
https://www.peekvids.com/watch?v=orcjRjR1UyG, https://www.peekvids.com/watch?v=d4bIIfpCEdM, https://www.peekvids.com/watch?v=KPlBGAJw7wu,
https://www.peekvids.com/watch?v=QG9MN6a0VQd, https://www.peekvids.com/watch?v=RzdVQQWwfFF, https://www.peekvids.com/watch?v=CizdB7nAJFS,
https://www.peekvids.com/watch?v=H4x0MzTvRTf, https://www.peekvids.com/watch?v=qYokAg0QAab, https://www.peekvids.com/watch?v=lMcMNfWSHuC,
https://www.peekvids.com/watch?v=3esh6hkj1-f, https://www.peekvids.com/watch?v=isuh9EEicRV, https://www.peekvids.com/watch?v=OE-Pz5NShS5,
https://www.peekvids.com/watch?v=ZC_Gxc0YMNW, https://www.peekvids.com/watch?v=c1wxJzlA7Yp, https://www.peekvids.com/watch?v=Wp26nVpt8z0,
https://www.peekvids.com/watch?v=XKxO5fAtJcx, https://www.peekvids.com/watch?v=rku59Xq5G9y, https://www.peekvids.com/watch?v=sPuOoSK_lvK,
https://www.peekvids.com/watch?v=aPFBr-79bhW, https://www.peekvids.com/watch?v=5MgSuDQGmtz, https://www.peekvids.com/watch?v=LtiPVaqxJMt,
https://www.peekvids.com/watch?v=SV08INMgtsP, https://www.peekvids.com/watch?v=ztPY0vz7k6K, https://www.peekvids.com/watch?v=fGwQkAtZxYA,
https://www.peekvids.com/watch?v=xktrxAgUBHI, https://www.peekvids.com/watch?v=e2wwyLXZSfi, https://www.peekvids.com/watch?v=ygozKX_dUvw,
https://www.peekvids.com/watch?v=3UqTwDPNaHv, https://www.peekvids.com/watch?v=iI4NydMBFo6, https://www.peekvids.com/watch?v=hZg1xcMA2Wb,
https://www.peekvids.com/watch?v=MDF56yA6gu8, https://www.peekvids.com/watch?v=4JOhvLHn6Jn, https://www.peekvids.com/watch?v=98q5oEh65Bd,
https://www.peekvids.com/watch?v=cg2fS-RzSUw, https://www.peekvids.com/watch?v=YCYiyjMIrTD, https://www.peekvids.com/watch?v=3HHGKUljhC0,
https://www.peekvids.com/watch?v=aQ_r6XIm3RQ, https://www.peekvids.com/watch?v=pOsPRsAbfRx, https://www.peekvids.com/watch?v=4Hx6nze8rF9,
https://www.peekvids.com/watch?v=KPQvjP5sic0, https://www.peekvids.com/watch?v=O8ee0vpw71t, https://www.peekvids.com/watch?v=VP51MhxqDrr,
https://www.peekvids.com/watch?v=UxHQmuhz3ww, https://www.peekvids.com/watch?v=bwkJ0BgDPlT, https://www.peekvids.com/watch?v=AAQXiB9T6kC,
https://www.peekvids.com/watch?v=Ebf4385L9P5, https://www.peekvids.com/watch?v=vUmmjtlIr2s, https://www.peekvids.com/watch?v=k4mGeTxxllw,
https://www.peekvids.com/watch?v=bZIl0O6Yheh, https://www.peekvids.com/watch?v=5wxx_1EXTsP, https://www.peekvids.com/watch?v=Trc0CfpRZtB,
https://www.peekvids.com/watch?v=RBP0yZz-HJ8, https://www.peekvids.com/watch?v=kt27_tiS6gs, https://www.peekvids.com/watch?v=gl9JvjaX1Dr,
https://www.peekvids.com/watch?v=4zTRn7DdxM5, https://www.peekvids.com/watch?v=s7N6ftUPYuk, https://www.peekvids.com/watch?v=MD0gvxuXkOW,
https://www.peekvids.com/watch?v=DLsgqv0vxwY, https://www.peekvids.com/watch?v=mUPKT9arvNU, https://www.peekvids.com/watch?v=ZZ0uj3xRFqY,
https://www.peekvids.com/watch?v=fCp5eoZUM-H, https://www.peekvids.com/watch?v=yi16xGNC8lk, https://www.peekvids.com/watch?v=ly1b_8cB-K8,
https://www.peekvids.com/watch?v=HMpY9PiJf9x, https://www.peekvids.com/watch?v=26B-Kz1fxWH, https://www.peekvids.com/watch?v=9hHisSliWTF,
https://www.peekvids.com/watch?v=qancwFMlcB0, https://www.peekvids.com/watch?v=YiqQMLW7IOw, https://www.peekvids.com/watch?v=adZ5petv4s0,
https://www.peekvids.com/watch?v=qVpiL0VxsN7, https://www.peekvids.com/watch?v=ksgaI1v11iX, https://www.peekvids.com/watch?v=nIntHypJZnB,
https://www.peekvids.com/watch?v=0PRxPzpXMge, https://www.peekvids.com/watch?v=ZoDC_ZBAK3H, https://www.peekvids.com/watch?v=lFXzBLaOIyL,
https://www.peekvids.com/watch?v=IM4Q6qlrjqw, https://www.peekvids.com/watch?v=gE10Z4s8Quj, https://www.peekvids.com/watch?v=d1LQULDEAEi,
https://www.peekvids.com/watch?v=N-vlYCs5ug5, https://www.peekvids.com/watch?v=GRbdVRS6ONR, https://www.peekvids.com/watch?v=VCjr-hJtlJv,
https://www.peekvids.com/watch?v=kKfTym9Jw47, https://www.peekvids.com/watch?v=qK4sVjhPlrS, https://www.peekvids.com/watch?v=nyRuvXTR2Zm,
https://www.peekvids.com/watch?v=932lOamuqKf, https://www.peekvids.com/watch?v=XKDEBIaajW3, https://www.peekvids.com/watch?v=ZUCvUPU6aGa,
https://www.peekvids.com/watch?v=DBoLj7Vfb1V, https://www.peekvids.com/watch?v=2qcO2zxK0Ra, https://www.peekvids.com/watch?v=jdfludP3KCH,
https://www.peekvids.com/watch?v=ySPGd96mYml, https://www.peekvids.com/watch?v=I76sgYrCUFE, https://www.peekvids.com/watch?v=C7uhvwGXIPZ,
https://www.peekvids.com/watch?v=0POU3eTZnuh, https://www.peekvids.com/watch?v=X8tpIuClMCw, https://www.peekvids.com/watch?v=4tOB4qy72xb,
https://www.peekvids.com/watch?v=geV171ijheC, https://www.peekvids.com/watch?v=eDNfypBGlJK, https://www.peekvids.com/watch?v=JLhFTTqNGlc,
https://www.peekvids.com/watch?v=J6_DPDag0Xs, https://www.peekvids.com/watch?v=a1nxtXlxWLI, https://www.peekvids.com/watch?v=kgyGqDjL-IS,
https://www.peekvids.com/watch?v=e7oGMnJ5TKq, https://www.peekvids.com/watch?v=KlUrvdkWuva, https://www.peekvids.com/watch?v=ZiqOiUmeqex,
https://www.peekvids.com/watch?v=N8obsdvjxmQ, https://www.peekvids.com/watch?v=ueJvzO-AsjI, https://www.peekvids.com/watch?v=kLAU9ezTQ98,
https://www.peekvids.com/watch?v=gw7WYEZVmOV, https://www.peekvids.com/watch?v=68ppRwr4rPt, https://www.peekvids.com/watch?v=Lhv6TFT93DA,
https://www.peekvids.com/watch?v=nloIpvVmYtB, https://www.peekvids.com/watch?v=a302WT0T6Ii, https://www.peekvids.com/watch?v=7DL30frQrmx,
https://www.peekvids.com/watch?v=SlTtsk8UdMK, https://www.peekvids.com/watch?v=9-GO8JESVRR, https://www.peekvids.com/watch?v=xvopjM4NESh,
https://www.peekvids.com/watch?v=IBrJmIhqVaZ, https://www.peekvids.com/watch?v=dCFoUsV4UAu, https://www.peekvids.com/watch?v=xpMWupeDVji,
https://www.peekvids.com/watch?v=0xcc704vg4b, https://www.peekvids.com/watch?v=mVTHigeClnz, https://www.peekvids.com/watch?v=R7Wz-GbLf_8,
https://www.peekvids.com/watch?v=M_d6SnX6QVA, https://www.peekvids.com/watch?v=IttHpJi0CNT, https://www.peekvids.com/watch?v=kzuOkkGrV1r,
https://www.peekvids.com/watch?v=AkQtShZGHBt, https://www.peekvids.com/watch?v=8Z6IpJZsMzN, https://www.peekvids.com/watch?v=PlZ3NxYKB4a,
https://www.peekvids.com/watch?v=IB8n3LHJqgC, https://www.peekvids.com/watch?v=rOSL-RLM06G, https://www.peekvids.com/watch?v=ediTw4YYRAM,
https://www.peekvids.com/watch?v=q-E51SWPMk0, https://www.peekvids.com/watch?v=MZXUJJHqdZ2, https://www.peekvids.com/watch?v=T0Q2snrshFj,
https://www.peekvids.com/watch?v=xe5f3Um9pFA, https://www.peekvids.com/watch?v=oDveOzef_Uv, https://www.peekvids.com/watch?v=FloLBJA-wvU,
https://www.peekvids.com/watch?v=HQvkZrwrmUa, https://www.peekvids.com/watch?v=Dwxwhh8m3yh, https://www.peekvids.com/watch?v=R9t6APwzrJD,
https://www.peekvids.com/watch?v=TeQDYM5O-Hl, https://www.peekvids.com/watch?v=pOrBcRVBjgP, https://www.peekvids.com/watch?v=UvVNU1QSTJv,
https://www.peekvids.com/watch?v=EbIv6rfLouC, https://www.peekvids.com/watch?v=AZSY48jc-lx, https://www.peekvids.com/watch?v=BgkZlBDPzDV,
https://www.peekvids.com/watch?v=20PhubUk6rI, https://www.peekvids.com/watch?v=NvCQZxBUHUq, https://www.peekvids.com/watch?v=AnNQBI8GtN6,
https://www.peekvids.com/watch?v=LM43R9jPrLB, https://www.peekvids.com/watch?v=gFPOBg1bTUZ, https://www.peekvids.com/watch?v=NsQz-Tx_UmL,
https://www.peekvids.com/watch?v=sX8uo8INboC, https://www.peekvids.com/watch?v=Dp6pgMmGibn, https://www.peekvids.com/watch?v=8SgrhAjo0j8,
https://www.peekvids.com/watch?v=WLDQN-W9C17, https://www.peekvids.com/watch?v=pVzf2gcXGhf, https://www.peekvids.com/watch?v=5ve3SasO6IM,
https://www.peekvids.com/watch?v=svjh0QBPaFb, https://www.peekvids.com/watch?v=5AZ6Ln_v30p, https://www.peekvids.com/watch?v=GnmCuMYa2ty,
https://www.peekvids.com/watch?v=6lcOGiQjIzu, https://www.peekvids.com/watch?v=l5fgLmvVkrm, https://www.peekvids.com/watch?v=o4BEyRNkjEH,
https://www.peekvids.com/watch?v=a42yRakQoQd, https://www.peekvids.com/watch?v=VLIrB14NXNA, https://www.peekvids.com/watch?v=w73dD-qO3Jz,
https://www.peekvids.com/watch?v=sb7UfuW82dB, https://www.peekvids.com/watch?v=QTNqjnHbR1S, https://www.peekvids.com/watch?v=j_sFewZq-wp,
https://www.peekvids.com/watch?v=dSDaKWGKDCB, https://www.peekvids.com/watch?v=8gU1hrgDgGr, https://www.peekvids.com/watch?v=KnLrAO2L-vk,
https://www.peekvids.com/watch?v=Eom05vkujwW, https://www.peekvids.com/watch?v=qA8DJ89_ksw, https://www.peekvids.com/watch?v=q0_k4jfyS0z,
https://www.peekvids.com/watch?v=blYMYvQBi7n, https://www.peekvids.com/watch?v=u61zhVuyU0F, https://www.peekvids.com/watch?v=ioFovx4nCx6,
https://www.peekvids.com/watch?v=eEpYVHeGs6d, https://www.peekvids.com/watch?v=7qZRIfmO_mY, https://www.peekvids.com/watch?v=sPYXaoYlElV,
https://www.peekvids.com/watch?v=35yUmeyoDSY, https://www.peekvids.com/watch?v=7u-Ig3pmw-2, https://www.peekvids.com/watch?v=h2sOBR9uFPo,
https://www.peekvids.com/watch?v=oB2mTU1i3rg, https://www.peekvids.com/watch?v=g2Eirip1C1s, https://www.peekvids.com/watch?v=M5bJNdP8AG2,
https://www.peekvids.com/watch?v=bL6Q8sHKI7x, https://www.peekvids.com/watch?v=39ei3T9z57h, https://www.peekvids.com/watch?v=agBwfqITDu0,
https://www.peekvids.com/watch?v=gtKexfRnob0, https://www.peekvids.com/watch?v=cg-KVPntShD, https://www.peekvids.com/watch?v=kaKldJ9yHU2,
https://www.peekvids.com/watch?v=NVO5yCeSAP2, https://www.peekvids.com/watch?v=SThCQsUNqeP, https://www.peekvids.com/watch?v=xRsbMS2aU9B,
https://www.peekvids.com/watch?v=H99e93kLAzu, https://www.peekvids.com/watch?v=NK5iM0PVYcR, https://www.peekvids.com/watch?v=KFJ1iJP3_Yn,
https://www.peekvids.com/watch?v=R1IT8jGkBWn, https://www.peekvids.com/watch?v=aQP23v_DP2U, https://www.peekvids.com/watch?v=uAr6sDrDHXO,
https://www.peekvids.com/watch?v=7KZZeZDP3Bp, https://www.peekvids.com/watch?v=PWjXK55Xh9H, https://www.peekvids.com/watch?v=dFtVhPscwLM,
https://www.peekvids.com/watch?v=DbPsSxqDlD6, https://www.peekvids.com/watch?v=2f4j3Dvc2za, https://www.peekvids.com/watch?v=FnkdjkEBAuB,
https://www.peekvids.com/watch?v=pmQUBPCU654, https://www.peekvids.com/watch?v=ZxwxWjvSZEe, https://www.peekvids.com/watch?v=WIONtL0fGu7,
https://www.peekvids.com/watch?v=oytoOx4lHsi, https://www.peekvids.com/watch?v=GxbAVVY4pFn, https://www.peekvids.com/watch?v=joFaArXmvOP,
https://www.peekvids.com/watch?v=Iw_PICiaVkQ, https://www.peekvids.com/watch?v=dWyV7RWzKjc, https://www.peekvids.com/watch?v=W114Ita6A_8,
https://www.peekvids.com/watch?v=ss1U0BgDhit, https://www.peekvids.com/watch?v=YVcgsaPmgpm, https://www.peekvids.com/watch?v=X83tYmplnbI,
https://www.peekvids.com/watch?v=XWbEjFVDeo0, https://www.peekvids.com/watch?v=aE_3R28dRf5, https://www.peekvids.com/watch?v=wTeFooU2wag,
https://www.peekvids.com/watch?v=58ymN3N28Ir, https://www.peekvids.com/watch?v=HS5w51JUWcM, https://www.peekvids.com/watch?v=v0SeQrtOL1d,
https://www.peekvids.com/watch?v=fAiT5T1FMg2, https://www.peekvids.com/watch?v=GdzijrVH9qf, https://www.peekvids.com/watch?v=Ktyeq9eCx14,
https://www.peekvids.com/watch?v=P3m6ZJWlvVd, https://www.peekvids.com/watch?v=FOQZJlU7U3t, https://www.peekvids.com/watch?v=4-MiWehojpH,
https://www.peekvids.com/watch?v=5vVaXXcOEwN, https://www.peekvids.com/watch?v=O1C9aJ2G45t, https://www.peekvids.com/watch?v=pFbNQIhsdi4,
https://www.peekvids.com/watch?v=eEOKXT1pZEZ, https://www.peekvids.com/watch?v=7VHaCS-rbuw, https://www.peekvids.com/watch?v=0TKssFcFM0I,
https://www.peekvids.com/watch?v=3L15uHiO_Qa, https://www.peekvids.com/watch?v=2HhOMGjmPeO, https://www.peekvids.com/watch?v=gS7W9SFxlcq,
https://www.peekvids.com/watch?v=RNEEv4nuL45, https://www.peekvids.com/watch?v=BnHvX1dEYFV, https://www.peekvids.com/watch?v=T1Vak65zMir,
https://www.peekvids.com/watch?v=bGd-gpNFlHs, https://www.peekvids.com/watch?v=yUiqHJBANZd, https://www.peekvids.com/watch?v=AxTr6D5Fosa,
https://www.peekvids.com/watch?v=Cm1kAqcsCM4, https://www.peekvids.com/watch?v=kiBELcyUkeK, https://www.peekvids.com/watch?v=MWsc8ESkzxY,
https://www.peekvids.com/watch?v=I-N6UNuXmEw, https://www.peekvids.com/watch?v=aOMxddJBMrj, https://www.peekvids.com/watch?v=JeyqTupmSNm,
https://www.peekvids.com/watch?v=xgw_NJDLgWG, https://www.peekvids.com/watch?v=LjblKwWcjmM, https://www.peekvids.com/watch?v=p_YAs9oAkQE,
https://www.peekvids.com/watch?v=CVdj6DAhleu, https://www.peekvids.com/watch?v=weaWOr8wvRQ, https://www.peekvids.com/watch?v=u3vR9dvG5Gl,
https://www.peekvids.com/watch?v=jmZlpuKIiya, https://www.peekvids.com/watch?v=Pi8l5qIJjZV, https://www.peekvids.com/watch?v=ai_UAmPao1Y,
https://www.peekvids.com/watch?v=IJkDZPRAiJe, https://www.peekvids.com/watch?v=yCCp8ipsFdZ, https://www.peekvids.com/watch?v=3WWxj7-tj_7,
https://www.peekvids.com/watch?v=jLm5PYe82qv, https://www.peekvids.com/watch?v=owr2qlCNzet, https://www.peekvids.com/watch?v=xhYKGSn8a7K,
https://www.peekvids.com/watch?v=5ZKXcPvjBQP, https://www.peekvids.com/watch?v=W-su00ci5UI, https://www.peekvids.com/watch?v=hOaybA2nqSK,
https://www.peekvids.com/watch?v=QH2v5fai-9q, https://www.peekvids.com/watch?v=RyWc8Ly80kR
5.f. Date of third notice: 2015-06-18

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: achayaya
5.b. Uploader's email address: frontopooly@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=achayaya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=KnWXKv7oOQ7, https://www.peekvids.com/watch?v=PmT3KwS6ByG,
https://www.peekvids.com/watch?v=s72EYmzyKXf, https://www.peekvids.com/watch?v=NpapmQLL64T, https://www.peekvids.com/watch?v=wefNu1k883k,
https://www.peekvids.com/watch?v=3B9JJ5NNPMi, https://www.peekvids.com/watch?v=PH_T08R8upl, https://www.peekvids.com/watch?v=Z2eIctOUHPG,
https://www.peekvids.com/watch?v=AorgLl2XzBU, https://www.peekvids.com/watch?v=7bCP4MMyOo5, https://www.peekvids.com/watch?v=o9p4ToEs8Rv,
https://www.peekvids.com/watch?v=8AsW4mcRXK0, https://www.peekvids.com/watch?v=hU-3tdqZ90d, https://www.peekvids.com/watch?v=HarwyFVztWg,
https://www.peekvids.com/watch?v=xd_Xj7gYOhX, https://www.peekvids.com/watch?v=VG0NgIsQfqv, https://www.peekvids.com/watch?v=QIxv2BwQcfW,
https://www.peekvids.com/watch?v=MnHQK6dyJPL, https://www.peekvids.com/watch?v=LObfAL935V7, https://www.peekvids.com/watch?v=PtzAFmLMfQN,
https://www.peekvids.com/watch?v=lGrSZKKtjDm, https://www.peekvids.com/watch?v=37H5wBgDI8b, https://www.peekvids.com/watch?v=2RX8PeoT8hP,
https://www.peekvids.com/watch?v=VVLdY_Hohnx, https://www.peekvids.com/watch?v=zfMnwQNpK1y, https://www.peekvids.com/watch?v=0CjRUFCD6NY,
https://www.peekvids.com/watch?v=ciQvrQXf9PH, https://www.peekvids.com/watch?v=FWNxVlynlwZ, https://www.peekvids.com/watch?v=VQ08kv0biJa,
https://www.peekvids.com/watch?v=izldX3u4-iw, https://www.peekvids.com/watch?v=SQmGtZn6dps, https://www.peekvids.com/watch?v=2u8UzKiPzZK,
https://www.peekvids.com/watch?v=CXdgVFncqPI, https://www.peekvids.com/watch?v=oDMI3Qx_F2w, https://www.peekvids.com/watch?v=9K9Ak3TyViy,
https://www.peekvids.com/watch?v=kL1yq_q4dPo, https://www.peekvids.com/watch?v=K986pg0zjuN, https://www.peekvids.com/watch?v=DChQFiv1QH7,
https://www.peekvids.com/watch?v=OmnupC2By6Z, https://www.peekvids.com/watch?v=8y5XDYYLLqV, https://www.peekvids.com/watch?v=XTcLUWUeIGs,
https://www.peekvids.com/watch?v=FeAKADfg8Vc, https://www.peekvids.com/watch?v=IFJVY6YFmu0, https://www.peekvids.com/watch?v=Do_IbioEnVf,
https://www.peekvids.com/watch?v=U8mKF05lbpy, https://www.peekvids.com/watch?v=zubfHWaySJR, https://www.peekvids.com/watch?v=sHqa_hXkbz4,
https://www.peekvids.com/watch?v=npYOPmvNqDx, https://www.peekvids.com/watch?v=VCkyionxTT7, https://www.peekvids.com/watch?v=KSfszYANrfN,
https://www.peekvids.com/watch?v=kUVJjoq6jKi, https://www.peekvids.com/watch?v=rwwoJuXa65I, https://www.peekvids.com/watch?v=so58sKBCi60,
https://www.peekvids.com/watch?v=I9eYzqRBVOI, https://www.peekvids.com/watch?v=pbyHQzZdqFM, https://www.peekvids.com/watch?v=iw61m5KBOgL,
https://www.peekvids.com/watch?v=mgA61G6clb4, https://www.peekvids.com/watch?v=ciVkvp0N0FU, https://www.peekvids.com/watch?v=cNFPEJYiFSY,
https://www.peekvids.com/watch?v=DBwGW_GfHGS, https://www.peekvids.com/watch?v=wUa4tkhmPXc, https://www.peekvids.com/watch?v=sAmOp47n4of,
https://www.peekvids.com/watch?v=8XzzmCb7DhM, https://www.peekvids.com/watch?v=44RWkVCspnD, https://www.peekvids.com/watch?v=eJjtitAmlhy,
https://www.peekvids.com/watch?v=adPCH5qFlxw, https://www.peekvids.com/watch?v=wr09VquD5ZS, https://www.peekvids.com/watch?v=IDwYuLO_ZZt,
https://www.peekvids.com/watch?v=qr-DEXikAkA, https://www.peekvids.com/watch?v=NLPeCh2jD2U, https://www.peekvids.com/watch?v=Snb9rQqtpy0,
https://www.peekvids.com/watch?v=VEIxOTDrLAP, https://www.peekvids.com/watch?v=Lktn_hJFQef, https://www.peekvids.com/watch?v=ZBsYp8uDeLo,
https://www.peekvids.com/watch?v=MrmvqY8j2Wd, https://www.peekvids.com/watch?v=jN7yiwMeaCV, https://www.peekvids.com/watch?v=nIRWomYzoPq,
https://www.peekvids.com/watch?v=d5ki7dAxQdj, https://www.peekvids.com/watch?v=wykabfI6Vry, https://www.peekvids.com/watch?v=nRjo48xCSWm,
https://www.peekvids.com/watch?v=u3iAeMBsNhL, https://www.peekvids.com/watch?v=BsyzWLbr8bO, https://www.peekvids.com/watch?v=qvilkwwMiOb,
https://www.peekvids.com/watch?v=HW-m0SJBq-n, https://www.peekvids.com/watch?v=noLTPe2Kj_p, https://www.peekvids.com/watch?v=DyqFQsvpQiu,
https://www.peekvids.com/watch?v=3AWFww21ha3, https://www.peekvids.com/watch?v=pTpXs5OI6AT, https://www.peekvids.com/watch?v=AU8RTgnx-So,
https://www.peekvids.com/watch?v=4PML2xpF883, https://www.peekvids.com/watch?v=z2ZBwUwthYv, https://www.peekvids.com/watch?v=4LQkaFGIWI4,
https://www.peekvids.com/watch?v=SxqGNrWvg84, https://www.peekvids.com/watch?v=Q2vbMT53Xqz, https://www.peekvids.com/watch?v=8FGF-fvxp2s,
https://www.peekvids.com/watch?v=5ZE4F4dNetA, https://www.peekvids.com/watch?v=rLz4uV2tLXn, https://www.peekvids.com/watch?v=whFOzgGjAhH,
https://www.peekvids.com/watch?v=v0oIVSEYm0d, https://www.peekvids.com/watch?v=vi_HWnC8-EZ, https://www.peekvids.com/watch?v=qWUj8znkr93,
https://www.peekvids.com/watch?v=mLP1EY6nZ4U, https://www.peekvids.com/watch?v=hwl4sYyLPyE, https://www.peekvids.com/watch?v=OHBoOGwWWeg,
https://www.peekvids.com/watch?v=RIbYU7wQoPX, https://www.peekvids.com/watch?v=wqotgSe2j68, https://www.peekvids.com/watch?v=iYHkg2ZCXSr,
https://www.peekvids.com/watch?v=02dJw22D0J7, https://www.peekvids.com/watch?v=pk-MIT2749o, https://www.peekvids.com/watch?v=lzg_D10MwNO,
https://www.peekvids.com/watch?v=bZBaLUz810U, https://www.peekvids.com/watch?v=bXexg-s16P4, https://www.peekvids.com/watch?v=dUU0XJcfnrB,
https://www.peekvids.com/watch?v=Frz9AK5CXzu, https://www.peekvids.com/watch?v=DNn39r4aPRb, https://www.peekvids.com/watch?v=tUGMvptN8cv,
https://www.peekvids.com/watch?v=G2AR_YYzvQt, https://www.peekvids.com/watch?v=p0bSUmOzTrX, https://www.peekvids.com/watch?v=8DS21Qhgi7R,
https://www.peekvids.com/watch?v=Qi8o6GyntWf, https://www.peekvids.com/watch?v=8KvZ-7MRnaF, https://www.peekvids.com/watch?v=IX4R_ggXH3J,
https://www.peekvids.com/watch?v=UsTci3BCN3z, https://www.peekvids.com/watch?v=Qe1Nw6tei-V, https://www.peekvids.com/watch?v=gB9ARuHeZme,
https://www.peekvids.com/watch?v=mYi1ujy0n2I, https://www.peekvids.com/watch?v=lvmDH0Zj5i8, https://www.peekvids.com/watch?v=LT8AIygPRtn,
https://www.peekvids.com/watch?v=89O9o4omZ7z, https://www.peekvids.com/watch?v=DvIT5uZ6xBj, https://www.peekvids.com/watch?v=bm-hncm4kJo,
https://www.peekvids.com/watch?v=BhTGCN6Srst, https://www.peekvids.com/watch?v=sEzMs3XLHAs, https://www.peekvids.com/watch?v=g7fE8Dkc-05,
https://www.peekvids.com/watch?v=QvrjBW9mhLR, https://www.peekvids.com/watch?v=Pf74hOYNq6N, https://www.peekvids.com/watch?v=nn8kC8QxlXB,
https://www.peekvids.com/watch?v=q14WvHEmaLx, https://www.peekvids.com/watch?v=vLLVt3ICNMc, https://www.peekvids.com/watch?v=rt67JGmXDTK,
https://www.peekvids.com/watch?v=HqomiYwCZe4, https://www.peekvids.com/watch?v=zB1te_A9z-H, https://www.peekvids.com/watch?v=cDhFY8U7gdp,
https://www.peekvids.com/watch?v=21eS_bff4uU, https://www.peekvids.com/watch?v=JjCtwLyU246, https://www.peekvids.com/watch?v=e6aaO2RBdiO,
https://www.peekvids.com/watch?v=lGD5d7snZfU, https://www.peekvids.com/watch?v=gVPBprP1_AK, https://www.peekvids.com/watch?v=q6tEkzVsRPi,
https://www.peekvids.com/watch?v=nm7SjrndXUW, https://www.peekvids.com/watch?v=cI4z6OgAv9Y, https://www.peekvids.com/watch?v=s129dxg5H8D,
https://www.peekvids.com/watch?v=o7stDPVAbMC, https://www.peekvids.com/watch?v=9IE9PFFOsF8, https://www.peekvids.com/watch?v=OtbC-JdaGeC,
https://www.peekvids.com/watch?v=PnJXmMJH9E0, https://www.peekvids.com/watch?v=Oi1WOqVQ_hy, https://www.peekvids.com/watch?v=UkBudch9XGj,
https://www.peekvids.com/watch?v=KDO4kfpFqHu, https://www.peekvids.com/watch?v=IkndOcP4GBP, https://www.peekvids.com/watch?v=JmLS01y2z3w,
https://www.peekvids.com/watch?v=mDiUDCbau9b, https://www.peekvids.com/watch?v=kdJCs5MHQRK, https://www.peekvids.com/watch?v=UsfVD6AKuV3,
https://www.peekvids.com/watch?v=HNaWu7rbOvH, https://www.peekvids.com/watch?v=S2MiHmHu0Ir, https://www.peekvids.com/watch?v=h80eChZD0Sg,
https://www.peekvids.com/watch?v=O0BrZ4TAZqY, https://www.peekvids.com/watch?v=gt9_R8P8PPc, https://www.peekvids.com/watch?v=wwmhndVfXX8,
https://www.peekvids.com/watch?v=SfjWgvcjeI6, https://www.peekvids.com/watch?v=2upm7-jIPFF, https://www.peekvids.com/watch?v=g5Zxqm9KKnT,
https://www.peekvids.com/watch?v=UsKFv5C25ve, https://www.peekvids.com/watch?v=R27Bk5OiNgO, https://www.peekvids.com/watch?v=tHKmGeqi6oO,
https://www.peekvids.com/watch?v=dNpt5fiXpvz, https://www.peekvids.com/watch?v=vDEp-Uwq2Nz, https://www.peekvids.com/watch?v=hlcvZ43BqmO,
https://www.peekvids.com/watch?v=Dne5yCjSJoP, https://www.peekvids.com/watch?v=7jtfbSiTuZG, https://www.peekvids.com/watch?v=RNk_UqMnW08,
https://www.peekvids.com/watch?v=O-WeI3AvAgF, https://www.peekvids.com/watch?v=JUccrMOMnsn, https://www.peekvids.com/watch?v=aXw3IgAPJKc,
https://www.peekvids.com/watch?v=E14WreMY5Ta, https://www.peekvids.com/watch?v=qq9JEInVp-o, https://www.peekvids.com/watch?v=As3is4QKDub,
https://www.peekvids.com/watch?v=7GA1Y9STAAb, https://www.peekvids.com/watch?v=ZTqqhP9H55A, https://www.peekvids.com/watch?v=kkt5Zu5CVCA,
https://www.peekvids.com/watch?v=IcdSrF3f7NY, https://www.peekvids.com/watch?v=QTPygiHl9PT, https://www.peekvids.com/watch?v=3DZZGQXgt-U,
https://www.peekvids.com/watch?v=cexOZom9eAl, https://www.peekvids.com/watch?v=ehZSP8Cb5Mc, https://www.peekvids.com/watch?v=dl5DoeYClby,
https://www.peekvids.com/watch?v=2X8jcVH9tDE, https://www.peekvids.com/watch?v=9JErlq--Du9, https://www.peekvids.com/watch?v=IavUKLe3Blj,
https://www.peekvids.com/watch?v=9ORATqDPWGc, https://www.peekvids.com/watch?v=RMLBB6hlYRX, https://www.peekvids.com/watch?v=pY0jfZOyIA2,
https://www.peekvids.com/watch?v=l-XDo3zTPSI
5.f. Date of third notice: 2015-08-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: afirsttime
5.b. Uploader's email address: fillgoodmorry@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=afirsttime
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=urq5VUxarEb, https://www.peekvids.com/watch?v=pn_dU_TdMVL,
https://www.peekvids.com/watch?v=UsFpXmWIg0W, https://www.peekvids.com/watch?v=wDiTBK5z2_8, https://www.peekvids.com/watch?v=FO7tZxfeAg2,
https://www.peekvids.com/watch?v=FD7igkwqYnh, https://www.peekvids.com/watch?v=LYowiDNUM7C, https://www.peekvids.com/watch?v=30PbrROzl7Q,
https://www.peekvids.com/watch?v=OgHJ2ScAOWH, https://www.peekvids.com/watch?v=Wy3ZQEOItuD, https://www.peekvids.com/watch?v=txOLibZUF0k,
https://www.peekvids.com/watch?v=k2acWf4j-A0, https://www.peekvids.com/watch?v=VlzEjVM5s-0, https://www.peekvids.com/watch?v=jKsqaWLddtA,
https://www.peekvids.com/watch?v=B9JXQv6OgsY, https://www.peekvids.com/watch?v=MHc73o5b_gq, https://www.peekvids.com/watch?v=THVIFFTmHw0,
https://www.peekvids.com/watch?v=UacjEdPILZk, https://www.peekvids.com/watch?v=yAj8im_6jwU, https://www.peekvids.com/watch?v=L1WOyYm6ymL,
https://www.peekvids.com/watch?v=WUqG7Muo67Z, https://www.peekvids.com/watch?v=Qz8VQDCntW4, https://www.peekvids.com/watch?v=THtqMiSm2Yd,
https://www.peekvids.com/watch?v=a-lqHCzRMTr, https://www.peekvids.com/watch?v=91wDVPu9e1X, https://www.peekvids.com/watch?v=gkhmDZbvDy9,
https://www.peekvids.com/watch?v=TRr0H4gpDX5, https://www.peekvids.com/watch?v=p22AHXKuPs8, https://www.peekvids.com/watch?v=e00POIKcos2,
https://www.peekvids.com/watch?v=qv2Z9mdb-TF, https://www.peekvids.com/watch?v=n9vpaQXfOTP, https://www.peekvids.com/watch?v=vfDJ5umLj7Q,
https://www.peekvids.com/watch?v=i3dsIQTe4tR, https://www.peekvids.com/watch?v=pVrTy99v_-y, https://www.peekvids.com/watch?v=lt-uI9wqj-q,
https://www.peekvids.com/watch?v=d-kCsPUcmW0, https://www.peekvids.com/watch?v=R8xY-e7gS5e, https://www.peekvids.com/watch?v=JQ1mA2_q1bw,
https://www.peekvids.com/watch?v=o9_xmHb4CuT, https://www.peekvids.com/watch?v=uxzLAOQcaep, https://www.peekvids.com/watch?v=7Lybz8_J9iO,
https://www.peekvids.com/watch?v=l5pavumSMV3, https://www.peekvids.com/watch?v=6IO-zK-yTEv, https://www.peekvids.com/watch?v=h2_jk5xpVtf,
https://www.peekvids.com/watch?v=49PMq0soMru, https://www.peekvids.com/watch?v=Ctdoe6pqqDr, https://www.peekvids.com/watch?v=950K3HvPpne,
https://www.peekvids.com/watch?v=MrS0Z47CWZZ, https://www.peekvids.com/watch?v=q_csRThBKnG, https://www.peekvids.com/watch?v=ebLJmykpB0D,
https://www.peekvids.com/watch?v=9dSHI_z3H7w, https://www.peekvids.com/watch?v=dPKtBLJexrM, https://www.peekvids.com/watch?v=4iu3J-12BTL,
https://www.peekvids.com/watch?v=RH-ETqeBqjc, https://www.peekvids.com/watch?v=P8yaSCpO_lE, https://www.peekvids.com/watch?v=SVn_q3oJOQK,
https://www.peekvids.com/watch?v=cWFgrXp1ZXw, https://www.peekvids.com/watch?v=A2xwv7qukKe, https://www.peekvids.com/watch?v=T9uoai00BIX,
https://www.peekvids.com/watch?v=PCDmhjcyuN9, https://www.peekvids.com/watch?v=APfchUTUX_c, https://www.peekvids.com/watch?v=ftSoONDiAG6,
https://www.peekvids.com/watch?v=UfnSbMt6gN4, https://www.peekvids.com/watch?v=l359W3rejty, https://www.peekvids.com/watch?v=X4Al5RtMWpi,
https://www.peekvids.com/watch?v=odIQpL7XRyb, https://www.peekvids.com/watch?v=iitwohtGKMy, https://www.peekvids.com/watch?v=jbaVDY2h8HU,
https://www.peekvids.com/watch?v=uh2vNrNU2xC, https://www.peekvids.com/watch?v=tMHhrKfjgWJ, https://www.peekvids.com/watch?v=foUgKye0_O6,
https://www.peekvids.com/watch?v=wj0tmzgrKXL, https://www.peekvids.com/watch?v=jfpFIlGLmv5, https://www.peekvids.com/watch?v=SZoVZtijy6q,
https://www.peekvids.com/watch?v=NPvaxttnnnG, https://www.peekvids.com/watch?v=mS2c4F9MGee, https://www.peekvids.com/watch?v=BiNSW9ngV25,
https://www.peekvids.com/watch?v=xgs8s44-81B, https://www.peekvids.com/watch?v=bh8q1HB-Ot8, https://www.peekvids.com/watch?v=g29opB1jd4j,
https://www.peekvids.com/watch?v=YCfOyshvErM, https://www.peekvids.com/watch?v=M27IqvuvqiR, https://www.peekvids.com/watch?v=EVsXYWE7dFG,
https://www.peekvids.com/watch?v=6tGRMTvcaJm, https://www.peekvids.com/watch?v=wpDpUSXnr6e, https://www.peekvids.com/watch?v=AOVpMr_tVqA,
https://www.peekvids.com/watch?v=niuasHW2Krf, https://www.peekvids.com/watch?v=E-uuTArYtzA, https://www.peekvids.com/watch?v=2TBrsKuEvJf,
https://www.peekvids.com/watch?v=mRmOPPtb5_i, https://www.peekvids.com/watch?v=GzHZZ7sDEP0, https://www.peekvids.com/watch?v=emVg0ZLDuxg,
https://www.peekvids.com/watch?v=BCgoiXdAlVa, https://www.peekvids.com/watch?v=Mx9wxuPiB9p, https://www.peekvids.com/watch?v=jA2mFDiEIhJ,
https://www.peekvids.com/watch?v=xNn8ZT_UGai, https://www.peekvids.com/watch?v=oGHsBE_nzBc, https://www.peekvids.com/watch?v=A8H_5EEWRVH,
https://www.peekvids.com/watch?v=gf6M63noTsa, https://www.peekvids.com/watch?v=ncvGOSQlu6l, https://www.peekvids.com/watch?v=trBiGapE6T4,
https://www.peekvids.com/watch?v=44kxE2iB-OA, https://www.peekvids.com/watch?v=w-jtp7p1NLy, https://www.peekvids.com/watch?v=GrxXWhgMXcj,
https://www.peekvids.com/watch?v=EDjBRVogg68, https://www.peekvids.com/watch?v=WZgNwabUsxT, https://www.peekvids.com/watch?v=8s1U575taFE,
https://www.peekvids.com/watch?v=QBbiJhj6vnA, https://www.peekvids.com/watch?v=wuDwn5IdsWE, https://www.peekvids.com/watch?v=8Z07SfcGVrY,
https://www.peekvids.com/watch?v=pcADOdzAqlk, https://www.peekvids.com/watch?v=Mh_ghHfaAFy, https://www.peekvids.com/watch?v=dqPbMaj7NgD,
https://www.peekvids.com/watch?v=yOPhJwkG_Nb, https://www.peekvids.com/watch?v=ccNCRX8X68I, https://www.peekvids.com/watch?v=6_foNhp0azl,
https://www.peekvids.com/watch?v=FOx9zX_OJoV, https://www.peekvids.com/watch?v=qBCcgLUPiiA, https://www.peekvids.com/watch?v=EpSu8GWV4BR,
https://www.peekvids.com/watch?v=eGbSWpTtM1l, https://www.peekvids.com/watch?v=9gfxY7B7ai2, https://www.peekvids.com/watch?v=dlqySyQv1_M,
https://www.peekvids.com/watch?v=8bCY7xBy57Z, https://www.peekvids.com/watch?v=QPXLYT2K-pF, https://www.peekvids.com/watch?v=x8THpw6Kx1l,
https://www.peekvids.com/watch?v=b59tjSRjdGV, https://www.peekvids.com/watch?v=8Y2Di_NbjxZ, https://www.peekvids.com/watch?v=yuiEtayhqNW,
https://www.peekvids.com/watch?v=EkTpgfyKtrk, https://www.peekvids.com/watch?v=eeQUZCoG7NP, https://www.peekvids.com/watch?v=xSctJGbO6r4,
https://www.peekvids.com/watch?v=A6OeKEbIytf, https://www.peekvids.com/watch?v=NfW_6-EtJyR, https://www.peekvids.com/watch?v=rigucjauRRi,
https://www.peekvids.com/watch?v=ZWBCv10uadL, https://www.peekvids.com/watch?v=uYwXNSYu8hs, https://www.peekvids.com/watch?v=GQv0k1srbwA,
https://www.peekvids.com/watch?v=JL-PUyLGuQV, https://www.peekvids.com/watch?v=Nuw32joDqAU, https://www.peekvids.com/watch?v=nmITzoXNKhz,
https://www.peekvids.com/watch?v=a8WF_U8V8fF, https://www.peekvids.com/watch?v=UQ5fg2aCGlc, https://www.peekvids.com/watch?v=78zm1DEXx5L,
https://www.peekvids.com/watch?v=q2BgoaVJm1k, https://www.peekvids.com/watch?v=SLdq0xArBf6, https://www.peekvids.com/watch?v=SW9B59NzJMQ,
https://www.peekvids.com/watch?v=Hhta7qzRy1h, https://www.peekvids.com/watch?v=6XsZm76b9vm, https://www.peekvids.com/watch?v=rnR-knxuzuD,
https://www.peekvids.com/watch?v=OiozFw1brOE, https://www.peekvids.com/watch?v=gHxxLh2s76m, https://www.peekvids.com/watch?v=uqkd0tWfgqJ,
https://www.peekvids.com/watch?v=FHyYcpVfmjO, https://www.peekvids.com/watch?v=jzllZdr86nG, https://www.peekvids.com/watch?v=yR4ssAWqvuR,
https://www.peekvids.com/watch?v=JAAjeUMB5Iu, https://www.peekvids.com/watch?v=QmHLZ8FKXVc, https://www.peekvids.com/watch?v=X-InsnqVmGZ,
https://www.peekvids.com/watch?v=Y9KGbYeaWoK, https://www.peekvids.com/watch?v=hFaSeEkNzWf, https://www.peekvids.com/watch?v=qqiveDvwGNs,
https://www.peekvids.com/watch?v=Yjk4tlSWanB, https://www.peekvids.com/watch?v=Lo89N5w4BaS, https://www.peekvids.com/watch?v=4zSMrhMmbT2,
https://www.peekvids.com/watch?v=xL8oTATGWPX, https://www.peekvids.com/watch?v=Po_1xkPqDqU, https://www.peekvids.com/watch?v=2EUqC0MCTt2,

https://www.peekvids.com/watch?v=04tFfggsxun, https://www.peekvids.com/watch?v=U-Pqb4dt92n, https://www.peekvids.com/watch?v=JpjXqV5g5qM,
https://www.peekvids.com/watch?v=dtCJGmAM7cm, https://www.peekvids.com/watch?v=OASGnCW8OLY, https://www.peekvids.com/watch?v=KxHnHuDMCIH,
https://www.peekvids.com/watch?v=UsiXVCx-mIf, https://www.peekvids.com/watch?v=qC_pCxzcpr6, https://www.peekvids.com/watch?v=eH8TJtNlodt,
https://www.peekvids.com/watch?v=sj7OrNo1xjr, https://www.peekvids.com/watch?v=CA3XhYtfZHP, https://www.peekvids.com/watch?v=ZH2pzzgGtqa,
https://www.peekvids.com/watch?v=OLtblwgrWap, https://www.peekvids.com/watch?v=ZpzYxGZeiYi, https://www.peekvids.com/watch?v=z7GR8KfU3ug,
https://www.peekvids.com/watch?v=LXsyd3uZo4r, https://www.peekvids.com/watch?v=WAohMZYWeF7, https://www.peekvids.com/watch?v=tXjOMrJ7-mQ,
https://www.peekvids.com/watch?v=cgCHRl01y2T, https://www.peekvids.com/watch?v=0itWJTbbUvq, https://www.peekvids.com/watch?v=WjbOihGPJDK,
https://www.peekvids.com/watch?v=tYw7w5VCBQq, https://www.peekvids.com/watch?v=NW9LZAWqLWd, https://www.peekvids.com/watch?v=U_jxj0iqESs,
https://www.peekvids.com/watch?v=qhNINv_O0hg, https://www.peekvids.com/watch?v=k8-UQoUskDt, https://www.peekvids.com/watch?v=MiR2FQ7rKgg,
https://www.peekvids.com/watch?v=hiBrzfssz6T, https://www.peekvids.com/watch?v=7i5dVcRCX-R, https://www.peekvids.com/watch?v=ib-deAdMcvh,
https://www.peekvids.com/watch?v=AdM57qRUw8I, https://www.peekvids.com/watch?v=7ypzfAHCnDu, https://www.peekvids.com/watch?v=7ANowjMZPsG,
https://www.peekvids.com/watch?v=rcSexrOu5_t, https://www.peekvids.com/watch?v=Z0KV9aiXF8t, https://www.peekvids.com/watch?v=zlWqKuVhg-S,
https://www.peekvids.com/watch?v=LXs543a4Hj2, https://www.peekvids.com/watch?v=wa-0lKH1t8s, https://www.peekvids.com/watch?v=E-FKMfUzHEK,
https://www.peekvids.com/watch?v=7aFbx1-TFll, https://www.peekvids.com/watch?v=z6zomo67Ta2, https://www.peekvids.com/watch?v=OK49uNVfuWb,
https://www.peekvids.com/watch?v=A5sFKEv7JLN, https://www.peekvids.com/watch?v=qxfiTn0i0D3, https://www.peekvids.com/watch?v=IWMfUMGelVb,
https://www.peekvids.com/watch?v=ZmCZ6CEEJVr, https://www.peekvids.com/watch?v=74CK8w-QBhz, https://www.peekvids.com/watch?v=QqaDJMSeSV6,
https://www.peekvids.com/watch?v=gwcRQpPPF_p, https://www.peekvids.com/watch?v=e_QDpC1AWL0, https://www.peekvids.com/watch?v=WHg547Oa7pD,
https://www.peekvids.com/watch?v=PHNlTgrtRA5, https://www.peekvids.com/watch?v=ZbTvtQFDxbK, https://www.peekvids.com/watch?v=VM43U5sE2Qy,
https://www.peekvids.com/watch?v=Ip7gXhNF0FS, https://www.peekvids.com/watch?v=hoCYQA8kjLH, https://www.peekvids.com/watch?v=Luu9zWMJ4US,
https://www.peekvids.com/watch?v=s7OOUOryF6f, https://www.peekvids.com/watch?v=CiiGwCig336, https://www.peekvids.com/watch?v=zQUt8eD_AI9,
https://www.peekvids.com/watch?v=J7oMiD3OHQ3, https://www.peekvids.com/watch?v=t23PEZDWN1c, https://www.peekvids.com/watch?v=Xc1bcsq-D6V,
https://www.peekvids.com/watch?v=SW674dA2ieI, https://www.peekvids.com/watch?v=R4QiQciMq3D, https://www.peekvids.com/watch?v=fT-iI0D3HeU,
https://www.peekvids.com/watch?v=XA7c_YY7bIi, https://www.peekvids.com/watch?v=P_9v2chUjQJ, https://www.peekvids.com/watch?v=tJSa9UaYOr2,
https://www.peekvids.com/watch?v=D_3yryY1h3N, https://www.peekvids.com/watch?v=8a5_T2YXmNi, https://www.peekvids.com/watch?v=UhzyEB-cLep,
https://www.peekvids.com/watch?v=irTN1Us6tUD, https://www.peekvids.com/watch?v=sBjiOoPqUrr, https://www.peekvids.com/watch?v=OiI1a9YgmSc,
https://www.peekvids.com/watch?v=Mk-3eKDHmic, https://www.peekvids.com/watch?v=bn4h3A2pr4k, https://www.peekvids.com/watch?v=JUZLHb81cxo,
https://www.peekvids.com/watch?v=ohr6TtMdFDj, https://www.peekvids.com/watch?v=foGfN879oBv, https://www.peekvids.com/watch?v=qnK4YsPPTzA,
https://www.peekvids.com/watch?v=IdE1xm3jA0O, https://www.peekvids.com/watch?v=L38mW-Xa-Fy, https://www.peekvids.com/watch?v=ojJFz2hyWR3,
https://www.peekvids.com/watch?v=7iYZ7CD8DoP, https://www.peekvids.com/watch?v=R75DbFrBnYm, https://www.peekvids.com/watch?v=tQWVor-ONUu,
https://www.peekvids.com/watch?v=uuhtV5MNv8X, https://www.peekvids.com/watch?v=y9YjPPajqiO, https://www.peekvids.com/watch?v=4F1dTN7enGf,
https://www.peekvids.com/watch?v=GASPdd42YFx, https://www.peekvids.com/watch?v=R9PqRcMoSgT, https://www.peekvids.com/watch?v=AuV000DQ5BZ,
https://www.peekvids.com/watch?v=xDmhTp121fc, https://www.peekvids.com/watch?v=GllGm2Vdu5E, https://www.peekvids.com/watch?v=mO6R5WFK0mG,
https://www.peekvids.com/watch?v=CJBtv76OlEJ, https://www.peekvids.com/watch?v=VdDTtLXyg-g, https://www.peekvids.com/watch?v=i-F2u2DsxKY,
https://www.peekvids.com/watch?v=WxdL5pc18_Z, https://www.peekvids.com/watch?v=Vr8kjhWi23d, https://www.peekvids.com/watch?v=NSIIQamVDao,
https://www.peekvids.com/watch?v=MFdXWgn3Cb6, https://www.peekvids.com/watch?v=3AwXKhetUbU, https://www.peekvids.com/watch?v=OL-j2Lop5ML,
https://www.peekvids.com/watch?v=ar-eL8DZVHn, https://www.peekvids.com/watch?v=hE_u_0h9VZ9, https://www.peekvids.com/watch?v=xA4RWNOx4r3,
https://www.peekvids.com/watch?v=3Uw84iDyJqt, https://www.peekvids.com/watch?v=L7qgr9Jr3BV, https://www.peekvids.com/watch?v=S1_CdJLNHb4,
https://www.peekvids.com/watch?v=sKdeP5kYHM0, https://www.peekvids.com/watch?v=kUTCCzE2cBo, https://www.peekvids.com/watch?v=huKpZWnj9Wa,
https://www.peekvids.com/watch?v=TbX-WkueG7h, https://www.peekvids.com/watch?v=Uy4jaiOqzyc, https://www.peekvids.com/watch?v=dSoJRZjVEvT,
https://www.peekvids.com/watch?v=srvEBTKjDRR, https://www.peekvids.com/watch?v=pzLlvf1XFZ6, https://www.peekvids.com/watch?v=hr6I7Hdjxhs,
https://www.peekvids.com/watch?v=40Q2q_Bnsmx, https://www.peekvids.com/watch?v=7iZQyjfu6tB, https://www.peekvids.com/watch?v=WUwWewdGhUL,
https://www.peekvids.com/watch?v=XWI33yfow43, https://www.peekvids.com/watch?v=iMSMmsXIWFU, https://www.peekvids.com/watch?v=yOM70FcbIIw,
https://www.peekvids.com/watch?v=I800122CfHE, https://www.peekvids.com/watch?v=RejgY-VYrYb, https://www.peekvids.com/watch?v=pOZdM6rOomx,
https://www.peekvids.com/watch?v=dqeu_WOxmo6, https://www.peekvids.com/watch?v=m7LV9jBSife, https://www.peekvids.com/watch?v=SctvZ6X5aGm,
https://www.peekvids.com/watch?v=dxvtywdXG6U, https://www.peekvids.com/watch?v=l_MBliOk1H2, https://www.peekvids.com/watch?v=b105XlFGkKk,
https://www.peekvids.com/watch?v=CjP7US8QQ-h, https://www.peekvids.com/watch?v=SX3D6aJkARu, https://www.peekvids.com/watch?v=w6r-9CCIle2,
https://www.peekvids.com/watch?v=iSybnzepBnA, https://www.peekvids.com/watch?v=UToOjad7aTE, https://www.peekvids.com/watch?v=eqJoPHar_Va,
https://www.peekvids.com/watch?v=HEmF4SNuqGX, https://www.peekvids.com/watch?v=LIWEBMQM4-g, https://www.peekvids.com/watch?v=OgnsG-XP8qd,
https://www.peekvids.com/watch?v=eBkP3D2cr_P, https://www.peekvids.com/watch?v=MbuA2YiN6Bl, https://www.peekvids.com/watch?v=fY8LP5fvtbR,
https://www.peekvids.com/watch?v=6ra61lU_CgM, https://www.peekvids.com/watch?v=4_KcP4EMFpI, https://www.peekvids.com/watch?v=wDZamo3f1u4,
https://www.peekvids.com/watch?v=pYR7K5Ldbsd, https://www.peekvids.com/watch?v=jyjPCLDx3Rc, https://www.peekvids.com/watch?v=CMGJf3v-vK2,
https://www.peekvids.com/watch?v=OdJPkHm9CMW
5.f. Date of third notice: 2015-11-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Aleksand3r
5.b. Uploader's email address: xlexx21@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Aleksand3r
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=FwNYvXVfDlf, https://www.peekvids.com/watch?v=OhEbc4opYzk,
https://www.peekvids.com/watch?v=RRQbRWG7l37, https://www.peekvids.com/watch?v=rakWcwntg8O, https://www.peekvids.com/watch?v=c55tDkvCWQs,
https://www.peekvids.com/watch?v=g0pkX-Coh6i, https://www.peekvids.com/watch?v=N1UM5USE8zx, https://www.peekvids.com/watch?v=RBPNsLJuSYw,
https://www.peekvids.com/watch?v=H7Ue77m6VFy, https://www.peekvids.com/watch?v=7320whfkMJf, https://www.peekvids.com/watch?v=BIv8JfTBNyX,
https://www.peekvids.com/watch?v=ojXUBSW2q8i, https://www.peekvids.com/watch?v=aTKdnP8lqvH, https://www.peekvids.com/watch?v=lfj6xp1GEW3
5.f. Date of third notice: 2015-10-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alexvtoroy
5.b. Uploader's email address: nikkizootti199@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=alexvtoroy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=lEvbqJLAFWa, https://www.peekvids.com/watch?v=CE2-Tg-7DTv,
https://www.peekvids.com/watch?v=ZkI_D0izhZL, https://www.peekvids.com/watch?v=aLawMiloH5c, https://www.peekvids.com/watch?v=z2X8oCyAEFK,
https://www.peekvids.com/watch?v=c8vo6AbuYOA, https://www.peekvids.com/watch?v=gl6EpAD4-g5, https://www.peekvids.com/watch?v=A15Ew0QIU1Z,
https://www.peekvids.com/watch?v=cCt88TuOjNH, https://www.peekvids.com/watch?v=khgkAWhIoVP, https://www.peekvids.com/watch?v=s7duLbQf_2Z,
https://www.peekvids.com/watch?v=co67zuBgJtJ, https://www.peekvids.com/watch?v=4z3Im0XSAJk, https://www.peekvids.com/watch?v=9yiYn2cyN20,
https://www.peekvids.com/watch?v=d88iHLbfM-5, https://www.peekvids.com/watch?v=TvtVCeHo8rs, https://www.peekvids.com/watch?v=2TRB8Hi4gUA,
https://www.peekvids.com/watch?v=urxSU3JAdJq, https://www.peekvids.com/watch?v=idcKeJVRV-D, https://www.peekvids.com/watch?v=RsQnGaZteUA,
https://www.peekvids.com/watch?v=48ppgIlMMBJ, https://www.peekvids.com/watch?v=tcOwOvcZmi6, https://www.peekvids.com/watch?v=Z0ZBCUmXahY,
https://www.peekvids.com/watch?v=bbD6uXXowq6, https://www.peekvids.com/watch?v=6zjPtLlD0BG, https://www.peekvids.com/watch?v=kMXg6qeWE3x,
https://www.peekvids.com/watch?v=5-A8uoFSUVm, https://www.peekvids.com/watch?v=NYST3yjeoAD, https://www.peekvids.com/watch?v=VhrBCaFZKwn,
https://www.peekvids.com/watch?v=ypEnajkPGK8, https://www.peekvids.com/watch?v=aBTgC-ldv7s, https://www.peekvids.com/watch?v=kc7Tix4c16O,
https://www.peekvids.com/watch?v=eb1MNKCt4Tv, https://www.peekvids.com/watch?v=hahMJjEAvrm, https://www.peekvids.com/watch?v=fU9i22tSl9r,
https://www.peekvids.com/watch?v=Y5iyAJLJH8S, https://www.peekvids.com/watch?v=D2VXjQAV2op, https://www.peekvids.com/watch?v=LPwYkAtKEWB,
https://www.peekvids.com/watch?v=VBauGsFzAc2, https://www.peekvids.com/watch?v=or5b4bXsTzb, https://www.peekvids.com/watch?v=bWwLAGKgwYe,
https://www.peekvids.com/watch?v=Y59gJYCc2vF, https://www.peekvids.com/watch?v=S7Dm3ZK4HWk, https://www.peekvids.com/watch?v=5FJ2k-sa3yT,
https://www.peekvids.com/watch?v=Lq5JWOSjf3g, https://www.peekvids.com/watch?v=Tieozn_RXNg, https://www.peekvids.com/watch?v=KZ_KP9cm71X,
https://www.peekvids.com/watch?v=wxPQXrlvAde, https://www.peekvids.com/watch?v=aqh0zgEvbgL, https://www.peekvids.com/watch?v=jCcxFttT_eO,
https://www.peekvids.com/watch?v=6ZvORaPqWWC, https://www.peekvids.com/watch?v=EOYJwlXAZX8, https://www.peekvids.com/watch?v=DCHopt5mjQQ,
https://www.peekvids.com/watch?v=g9RozX_UO3p, https://www.peekvids.com/watch?v=ep7_cl-ncOE, https://www.peekvids.com/watch?v=hLfQWpbLUqT,
https://www.peekvids.com/watch?v=nUUc51seP1j, https://www.peekvids.com/watch?v=N78IS9Ajl4p, https://www.peekvids.com/watch?v=bDz4QbqNwGz,
https://www.peekvids.com/watch?v=Gc_xm8fyRaB, https://www.peekvids.com/watch?v=5BiQhQ6WFSo, https://www.peekvids.com/watch?v=WibvC4nz74B,
https://www.peekvids.com/watch?v=ffVBqLAOpvA, https://www.peekvids.com/watch?v=NoLw5daIugm, https://www.peekvids.com/watch?v=43E45707Y5D,
https://www.peekvids.com/watch?v=hQcTWU3_0xa, https://www.peekvids.com/watch?v=5058TmJe7lc, https://www.peekvids.com/watch?v=GNnFvPLxrIW,
https://www.peekvids.com/watch?v=NPt6T1dReez, https://www.peekvids.com/watch?v=GpuPb9RQeMn, https://www.peekvids.com/watch?v=mTPJAMHfqMH,
https://www.peekvids.com/watch?v=nFzQQ0gEKcr, https://www.peekvids.com/watch?v=VLT1ksWzxED, https://www.peekvids.com/watch?v=iYMc3jJlbeI,
https://www.peekvids.com/watch?v=0DoOAo9xeta, https://www.peekvids.com/watch?v=PGX0lxCyJ3J, https://www.peekvids.com/watch?v=SHMTbZR8RzJ,
https://www.peekvids.com/watch?v=PvaE-_NaYBB, https://www.peekvids.com/watch?v=HfuHksvRpKx, https://www.peekvids.com/watch?v=zgYAQSsMc8o,
https://www.peekvids.com/watch?v=nMqi1QSUqKW, https://www.peekvids.com/watch?v=tGB3Gy4lirS, https://www.peekvids.com/watch?v=FlD7UsqwIaA,
https://www.peekvids.com/watch?v=abI-SicrtaU, https://www.peekvids.com/watch?v=rVg-10GP06p, https://www.peekvids.com/watch?v=feVMJqf_s0z,
https://www.peekvids.com/watch?v=GoXnAHCYhzR, https://www.peekvids.com/watch?v=ViNJ2Q3AMGa, https://www.peekvids.com/watch?v=Hg1w-D-jEsu,
https://www.peekvids.com/watch?v=N9JkNQ99jjr, https://www.peekvids.com/watch?v=wautyVUiZpy, https://www.peekvids.com/watch?v=aPCU-59Z8E9,
https://www.peekvids.com/watch?v=JBYrVxHeSp7, https://www.peekvids.com/watch?v=kc6x3MFl5t6, https://www.peekvids.com/watch?v=9UiaVOiZuW4,
https://www.peekvids.com/watch?v=xV_to_42vcO, https://www.peekvids.com/watch?v=gfwydL5ioin, https://www.peekvids.com/watch?v=YYJeB1aFXTm,
https://www.peekvids.com/watch?v=tG8vTqtpmAR, https://www.peekvids.com/watch?v=n79Zn4k14Tu, https://www.peekvids.com/watch?v=uJ-C5qpW_i8,
https://www.peekvids.com/watch?v=2M6DaO7meWs, https://www.peekvids.com/watch?v=lnWK1oeqH83, https://www.peekvids.com/watch?v=Ex9cVpZbcUe,
https://www.peekvids.com/watch?v=YLSvU1vSLRw, https://www.peekvids.com/watch?v=entP-pWZCi0, https://www.peekvids.com/watch?v=UIaB2gvkI9z,
https://www.peekvids.com/watch?v=nkzItUbfnad, https://www.peekvids.com/watch?v=ABSR6WeJdCf, https://www.peekvids.com/watch?v=ph2oV8y8u6C,
https://www.peekvids.com/watch?v=KBcdLGI6y1n, https://www.peekvids.com/watch?v=jZbh8eCJoQA, https://www.peekvids.com/watch?v=gSXbsSAIHNG,
https://www.peekvids.com/watch?v=5a8aG1I8gSE, https://www.peekvids.com/watch?v=6rGuBvf3_4C, https://www.peekvids.com/watch?v=DP3ykeeKNod,
https://www.peekvids.com/watch?v=QjEdbGelxHo, https://www.peekvids.com/watch?v=VTDld99n0gy, https://www.peekvids.com/watch?v=z3lCgI4SETO,
https://www.peekvids.com/watch?v=iVKhq4Z5ulD, https://www.peekvids.com/watch?v=BwTLWOSlGzn, https://www.peekvids.com/watch?v=zviv19fGtd4
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: allnightsex
5.b. Uploader's email address: elsarnorton1987@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=allnightsex
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=hdsn0okb8Rd, https://www.peekvids.com/watch?v=-RVAxjDmPzE,
https://www.peekvids.com/watch?v=f5VT9E5RdTI, https://www.peekvids.com/watch?v=9VqOBsz9r9h, https://www.peekvids.com/watch?v=XHni4AC3BLK,
https://www.peekvids.com/watch?v=bFCmU7KXQ0V, https://www.peekvids.com/watch?v=KkvWbx34Civ, https://www.peekvids.com/watch?v=ZSEojr0l5AK,
https://www.peekvids.com/watch?v=Y63wKu-KzxM, https://www.peekvids.com/watch?v=SAupMGZEXD4, https://www.peekvids.com/watch?v=gjUXWumceez,
https://www.peekvids.com/watch?v=VcV2KT2nwZ6, https://www.peekvids.com/watch?v=9lSCQjZIo3v, https://www.peekvids.com/watch?v=DiD2roalV70,
https://www.peekvids.com/watch?v=CgVyytT8PbU, https://www.peekvids.com/watch?v=erhG7BUgaUR, https://www.peekvids.com/watch?v=8d6rNr7qPgK,
https://www.peekvids.com/watch?v=lewz--eJfu3, https://www.peekvids.com/watch?v=QuutxsIIsc9, https://www.peekvids.com/watch?v=tr9O25AVHfH,
https://www.peekvids.com/watch?v=YHGY9-JhZN-, https://www.peekvids.com/watch?v=A-bl4rlHqUZ, https://www.peekvids.com/watch?v=sG0geZAeEdn,
https://www.peekvids.com/watch?v=JxkAjSfUkvw, https://www.peekvids.com/watch?v=cDIaeeJjLo0, https://www.peekvids.com/watch?v=Z-r3Pu3SAzm,
https://www.peekvids.com/watch?v=xiyPc-m474A, https://www.peekvids.com/watch?v=wGCZfdCHIpb, https://www.peekvids.com/watch?v=ayERR3cco3K,
https://www.peekvids.com/watch?v=-zKU2sz36Gh, https://www.peekvids.com/watch?v=YzRf3d2Dt4l, https://www.peekvids.com/watch?v=Rz2U-OYg-IE,
https://www.peekvids.com/watch?v=8hp3GPw7RwY, https://www.peekvids.com/watch?v=5o46NapbtXu, https://www.peekvids.com/watch?v=aRTp9myzcsj,
https://www.peekvids.com/watch?v=cCVhIn5IyLI, https://www.peekvids.com/watch?v=Q584euuICnL, https://www.peekvids.com/watch?v=0zLoiJkOl8A,
https://www.peekvids.com/watch?v=00W7K7r7nUz, https://www.peekvids.com/watch?v=3DvZtBnO2G6, https://www.peekvids.com/watch?v=7GbEGuysTKO,
https://www.peekvids.com/watch?v=bOs9sg3CGAW, https://www.peekvids.com/watch?v=s3QeBAjmlha, https://www.peekvids.com/watch?v=SwXwA3QDdpS,
https://www.peekvids.com/watch?v=D6YCSwS22wO, https://www.peekvids.com/watch?v=3OoeY-6DQEQ, https://www.peekvids.com/watch?v=mRBZ2Bouky3,
https://www.peekvids.com/watch?v=g4WAq9jgf7i, https://www.peekvids.com/watch?v=JBbJB4E38lA, https://www.peekvids.com/watch?v=qetumjN4dLj,
https://www.peekvids.com/watch?v=yWS0UZdWQeT, https://www.peekvids.com/watch?v=DWpim2sUnQV, https://www.peekvids.com/watch?v=tX3XrKbgSnX,
https://www.peekvids.com/watch?v=ukZWCyhv6Gx, https://www.peekvids.com/watch?v=JEsafKxSWBT, https://www.peekvids.com/watch?v=b2HeWJ6GtNY,
https://www.peekvids.com/watch?v=DgzaUtuudG8, https://www.peekvids.com/watch?v=f-6RZwPzwEL, https://www.peekvids.com/watch?v=fYHL2t4vJbe,

https://www.peekvids.com/watch?v=jbqtE5FOSEr, https://www.peekvids.com/watch?v=2khmQdIIn2D, https://www.peekvids.com/watch?v=0wnFqE3sxr9,
https://www.peekvids.com/watch?v=QgyVTxuLmJj, https://www.peekvids.com/watch?v=o2x8ron4snj, https://www.peekvids.com/watch?v=4hsL3y-vmtW,
https://www.peekvids.com/watch?v=YNrZYTFhCrD, https://www.peekvids.com/watch?v=BR2niLWT3GF, https://www.peekvids.com/watch?v=KAagftw0we8,
https://www.peekvids.com/watch?v=8lEaWfyf-sT, https://www.peekvids.com/watch?v=gfLl54WJZr4, https://www.peekvids.com/watch?v=mMzQVcJLTur,
https://www.peekvids.com/watch?v=LVD5iIbKnoL, https://www.peekvids.com/watch?v=U8U9n5absVI, https://www.peekvids.com/watch?v=hBJABfiOcTx,
https://www.peekvids.com/watch?v=gjCdJc9ut7A, https://www.peekvids.com/watch?v=-7N-SZJx4iG, https://www.peekvids.com/watch?v=wwOirOoEbTX,
https://www.peekvids.com/watch?v=gS4kLFNNKgh, https://www.peekvids.com/watch?v=Vn5yY5QuhZG, https://www.peekvids.com/watch?v=7XeVHryHqhs,
https://www.peekvids.com/watch?v=xEJsTEUVRWk, https://www.peekvids.com/watch?v=Gqdw26edGyM, https://www.peekvids.com/watch?v=ex6XOLTH56Z,
https://www.peekvids.com/watch?v=ZYzx3FBshWv, https://www.peekvids.com/watch?v=qI2rhbJzIaU, https://www.peekvids.com/watch?v=TbINIaZpn4D,
https://www.peekvids.com/watch?v=JmNwPQHrfhI, https://www.peekvids.com/watch?v=lEsrN8twuHf, https://www.peekvids.com/watch?v=tCGByKLW54m,
https://www.peekvids.com/watch?v=Ea3bvk5YhNp, https://www.peekvids.com/watch?v=zw4H5ze7-4B, https://www.peekvids.com/watch?v=f9H6H5YPBqH,
https://www.peekvids.com/watch?v=TJZnBK8q00y, https://www.peekvids.com/watch?v=0w2fkxBgbbd, https://www.peekvids.com/watch?v=xM67GGJgr6D,
https://www.peekvids.com/watch?v=iR4dbX7jKZE, https://www.peekvids.com/watch?v=cm6BZt5nKMI, https://www.peekvids.com/watch?v=vJDpFsKfXrf,
https://www.peekvids.com/watch?v=MSK5ybTt9kQ, https://www.peekvids.com/watch?v=OgZAuc9NXd-, https://www.peekvids.com/watch?v=wnW82RJLEio,
https://www.peekvids.com/watch?v=2EXBh-JUWBQ, https://www.peekvids.com/watch?v=Tfpyu8ibjdf, https://www.peekvids.com/watch?v=X9O6IFJ2Rks,
https://www.peekvids.com/watch?v=aALaK5ROOJk, https://www.peekvids.com/watch?v=X7BUBFYbWCu, https://www.peekvids.com/watch?v=wkHQRsfyqQc,
https://www.peekvids.com/watch?v=6kRk-tPufM3, https://www.peekvids.com/watch?v=qEkvwSeIjHA, https://www.peekvids.com/watch?v=rNol0AvvnyW,
https://www.peekvids.com/watch?v=Of9-552deLE, https://www.peekvids.com/watch?v=nE2OUz0DZUU, https://www.peekvids.com/watch?v=WS9ZlNJHTbb,
https://www.peekvids.com/watch?v=P7Ey5L703Vv, https://www.peekvids.com/watch?v=DiMvCIoK9tI, https://www.peekvids.com/watch?v=Zcb9VNxe59r,
https://www.peekvids.com/watch?v=Fmfmxy7NyRf, https://www.peekvids.com/watch?v=qV2sUeJaoca, https://www.peekvids.com/watch?v=-DefoIRQof8,
https://www.peekvids.com/watch?v=cAonT9cMl5S, https://www.peekvids.com/watch?v=zSwvQ5hHRSs, https://www.peekvids.com/watch?v=siD2raruOTx,
https://www.peekvids.com/watch?v=xlb6DhcbjCt, https://www.peekvids.com/watch?v=h4m0qIxbqZ8, https://www.peekvids.com/watch?v=RXIXT2iyrvP,
https://www.peekvids.com/watch?v=H63RA8gsPSi, https://www.peekvids.com/watch?v=Y3xS8f78E5i, https://www.peekvids.com/watch?v=cNhgbIiU5vN,
https://www.peekvids.com/watch?v=llW9EftEqNB, https://www.peekvids.com/watch?v=T5wNJ-ld-3T, https://www.peekvids.com/watch?v=uXkZCOdcL60,
https://www.peekvids.com/watch?v=m0nDPkLquXL, https://www.peekvids.com/watch?v=QWPZoxupQzx, https://www.peekvids.com/watch?v=PBt7aqMmQN6,
https://www.peekvids.com/watch?v=vDBjHxwdl5V, https://www.peekvids.com/watch?v=tHIXO5LUkwd, https://www.peekvids.com/watch?v=I-c99i4lHzE,
https://www.peekvids.com/watch?v=aFH-AVORtwd, https://www.peekvids.com/watch?v=7ikX9JjFvMA, https://www.peekvids.com/watch?v=v7rYPiGluTt,
https://www.peekvids.com/watch?v=Cz6nlm0boD-, https://www.peekvids.com/watch?v=INTUGUKvDEx, https://www.peekvids.com/watch?v=VIqnVLtXIkX,
https://www.peekvids.com/watch?v=iW63GuDgygB, https://www.peekvids.com/watch?v=c6kqsMUIeYt, https://www.peekvids.com/watch?v=ohaRPRUvqYZ,
https://www.peekvids.com/watch?v=QNy5eGmXLE9, https://www.peekvids.com/watch?v=AvIDSMrx7Pz, https://www.peekvids.com/watch?v=9ytQz-kTsBk,
https://www.peekvids.com/watch?v=5bh-9RcFYO0, https://www.peekvids.com/watch?v=dEZzk6WuU4e, https://www.peekvids.com/watch?v=W9-HG4CZPnC,
https://www.peekvids.com/watch?v=VpJgQ5HTCBT, https://www.peekvids.com/watch?v=PR9KrjFF8Yv, https://www.peekvids.com/watch?v=DVFFb2U29uN,
https://www.peekvids.com/watch?v=BHYNYRZR23H, https://www.peekvids.com/watch?v=fp7OjDbFkGf, https://www.peekvids.com/watch?v=bS2YTYoqcyk,
https://www.peekvids.com/watch?v=p3EMz78gSkx, https://www.peekvids.com/watch?v=RWAeFQtgT2J, https://www.peekvids.com/watch?v=zlk7bhFHQJ4,
https://www.peekvids.com/watch?v=2zenb3CrVEw, https://www.peekvids.com/watch?v=sw7yGiWgFXJ, https://www.peekvids.com/watch?v=ejERCXUcQCC,
https://www.peekvids.com/watch?v=ICIcetumfb9, https://www.peekvids.com/watch?v=7BXpd2q9jLu, https://www.peekvids.com/watch?v=x48KG8uquSd,
https://www.peekvids.com/watch?v=TDDgFbKNWRM, https://www.peekvids.com/watch?v=FRIii0vZhHn, https://www.peekvids.com/watch?v=M4DHWyBNYMi,
https://www.peekvids.com/watch?v=gfSOr4QRjiO, https://www.peekvids.com/watch?v=shIHNt4hcBa, https://www.peekvids.com/watch?v=NySSz3zrsQH,
https://www.peekvids.com/watch?v=2rRnMo3ivUY, https://www.peekvids.com/watch?v=xNA5Ewszsdz, https://www.peekvids.com/watch?v=RFEUZViEWnp,
https://www.peekvids.com/watch?v=bvqHD6i5s54, https://www.peekvids.com/watch?v=GAbVRQUlZto, https://www.peekvids.com/watch?v=tcyvQgH2y-3,
https://www.peekvids.com/watch?v=RrCBZcIW3AQ, https://www.peekvids.com/watch?v=H9LjGfVOXum, https://www.peekvids.com/watch?v=SABK8QjgYPs,
https://www.peekvids.com/watch?v=CPcoWXflleO, https://www.peekvids.com/watch?v=K9T0r2QwgKG, https://www.peekvids.com/watch?v=U-N-nslYVg2,
https://www.peekvids.com/watch?v=s335jNrlk6U, https://www.peekvids.com/watch?v=PF5yrbOJgGc, https://www.peekvids.com/watch?v=IqaJAbwRJck,
https://www.peekvids.com/watch?v=PiCIeCAjmf4, https://www.peekvids.com/watch?v=g8DwaikwSwL, https://www.peekvids.com/watch?v=QYwyTVAhvi-,
https://www.peekvids.com/watch?v=VC3XuoCbDLu, https://www.peekvids.com/watch?v=aUWCN0rydJQ, https://www.peekvids.com/watch?v=kE-0aLSnI0Z,
https://www.peekvids.com/watch?v=jPItWuEqO6-, https://www.peekvids.com/watch?v=pmlpZFTPGwz, https://www.peekvids.com/watch?v=2-0G2hcJCkn,
https://www.peekvids.com/watch?v=AysXF3fii65, https://www.peekvids.com/watch?v=gTaTuYAoUwR, https://www.peekvids.com/watch?v=IuD6R3PFukm,
https://www.peekvids.com/watch?v=i5vgZ-iMW0m, https://www.peekvids.com/watch?v=PlOCp-seHSN, https://www.peekvids.com/watch?v=WsPCk423qhp,
https://www.peekvids.com/watch?v=YgHUtDyvLCU, https://www.peekvids.com/watch?v=JNHIAxdc6-o, https://www.peekvids.com/watch?v=qO92w5HiuZ3,
https://www.peekvids.com/watch?v=MibzuypaITH, https://www.peekvids.com/watch?v=rKR4EllmtVs, https://www.peekvids.com/watch?v=5htkMat7dXC,
https://www.peekvids.com/watch?v=xbs2oIiapzr, https://www.peekvids.com/watch?v=0XdP58kztSK, https://www.peekvids.com/watch?v=pZlCMZkaS3l,
https://www.peekvids.com/watch?v=mycnvfsKSCD, https://www.peekvids.com/watch?v=VPZfNusXJdz, https://www.peekvids.com/watch?v=m7cPU9lrGDR,
https://www.peekvids.com/watch?v=fBxBkZbOs-2, https://www.peekvids.com/watch?v=TzptEyLjNjU, https://www.peekvids.com/watch?v=bvkTj8f7AJF,
https://www.peekvids.com/watch?v=rt-r2lo9kxb, https://www.peekvids.com/watch?v=-RtIkEWqaUK, https://www.peekvids.com/watch?v=CixbXKunIDv,
https://www.peekvids.com/watch?v=4qNmTEs4z4Z, https://www.peekvids.com/watch?v=GWkHaehlzHM, https://www.peekvids.com/watch?v=jZnnWHxfxDi,
https://www.peekvids.com/watch?v=Rz5-xrFnQRV, https://www.peekvids.com/watch?v=vk3B88ndJe9, https://www.peekvids.com/watch?v=PxFqkPTvT4f,
https://www.peekvids.com/watch?v=EwBjOv88Nc0, https://www.peekvids.com/watch?v=mXzUgnCxcpC, https://www.peekvids.com/watch?v=cbpzU9dL0pR,
https://www.peekvids.com/watch?v=Bc20050CrzT, https://www.peekvids.com/watch?v=fYfh9WYAxlK, https://www.peekvids.com/watch?v=oe0624c7eRJ,
https://www.peekvids.com/watch?v=JHLojq9ySO8, https://www.peekvids.com/watch?v=M0C8ZvSST25, https://www.peekvids.com/watch?v=uDaAlUHdL7l,
https://www.peekvids.com/watch?v=B8ly33urw08, https://www.peekvids.com/watch?v=jioSUmEUYPj, https://www.peekvids.com/watch?v=wJAwAscG34h,
https://www.peekvids.com/watch?v=EFIV0gr6IqN
5.f. Date of third notice: 2015-05-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alwayssummer
5.b. Uploader's email address: teenmonkeylol@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=alwayssummer
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=KqKgaw2UqvN, https://www.peekvids.com/watch?v=tIGsc4a-Pwv,
https://www.peekvids.com/watch?v=i4e09S7rviT, https://www.peekvids.com/watch?v=rHclT1EPOkK, https://www.peekvids.com/watch?v=6r1MuHbM0v9,
https://www.peekvids.com/watch?v=xY63mJdKtEF, https://www.peekvids.com/watch?v=dvo2fsiHnyq, https://www.peekvids.com/watch?v=xZlIfleESYT,
https://www.peekvids.com/watch?v=NU8NooSmzas, https://www.peekvids.com/watch?v=n9gNk9nlPG4, https://www.peekvids.com/watch?v=V7kK2PhNVmh,
https://www.peekvids.com/watch?v=X6KkxoTHb4y, https://www.peekvids.com/watch?v=LgtImc1eDMM, https://www.peekvids.com/watch?v=moeIglv5gDB,
https://www.peekvids.com/watch?v=gcat3kT8y9i, https://www.peekvids.com/watch?v=Yz_mbdYZMlh, https://www.peekvids.com/watch?v=mfYYYcEC_Wa,
https://www.peekvids.com/watch?v=WoGgpwMVEvI, https://www.peekvids.com/watch?v=KDa6un3t0Cb, https://www.peekvids.com/watch?v=83ZBq4Q-Krz,
https://www.peekvids.com/watch?v=4g6RzeD4ugA, https://www.peekvids.com/watch?v=vQRM4ljLW_X, https://www.peekvids.com/watch?v=cWXIBvNfah5,
https://www.peekvids.com/watch?v=sVTvGq02RMp, https://www.peekvids.com/watch?v=tkxcbgaMTUd, https://www.peekvids.com/watch?v=uPw_qASWNWL,
https://www.peekvids.com/watch?v=kchUkuZ7goD, https://www.peekvids.com/watch?v=M0YE0VEqDfe, https://www.peekvids.com/watch?v=BbVdzuhyMEr,
https://www.peekvids.com/watch?v=epA_cW4SSlq, https://www.peekvids.com/watch?v=HdmTVd17TdI, https://www.peekvids.com/watch?v=3JWYiA6SvCj,
https://www.peekvids.com/watch?v=vMAK91uMl6z, https://www.peekvids.com/watch?v=viEDSJV8uG9, https://www.peekvids.com/watch?v=Qt6siFF3hJ6,
https://www.peekvids.com/watch?v=fVnXdAXM3EA, https://www.peekvids.com/watch?v=haLH4kXau57, https://www.peekvids.com/watch?v=9DswaKEcJj5,
https://www.peekvids.com/watch?v=umMaiw3IyHF, https://www.peekvids.com/watch?v=Eotqdidiy8G, https://www.peekvids.com/watch?v=kJm_hIT9LJb,
https://www.peekvids.com/watch?v=uv14UfiyPiW, https://www.peekvids.com/watch?v=acGbB8E6MvD, https://www.peekvids.com/watch?v=w3HOrAo5Y9u,
https://www.peekvids.com/watch?v=Q3H5-tVcLUu, https://www.peekvids.com/watch?v=ixvsZgcsbDP, https://www.peekvids.com/watch?v=NZnRpKvb0nD,
https://www.peekvids.com/watch?v=BAHLZHyNSsr
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: anakaRNQ
5.b. Uploader's email address: anaka545norro@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=anakaRNQ
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=khsrnoqPS8E, https://www.peekvids.com/watch?v=3D7x-pAY5PD,
https://www.peekvids.com/watch?v=zUhozd-K7Lq, https://www.peekvids.com/watch?v=TyjK6VLH30G, https://www.peekvids.com/watch?v=wvTZxccXlCy,
https://www.peekvids.com/watch?v=G_0t0N5-b2o, https://www.peekvids.com/watch?v=f7oEJ1SBsh0, https://www.peekvids.com/watch?v=Xy6cHe9810M,
https://www.peekvids.com/watch?v=CxVi2SI_Ek0, https://www.peekvids.com/watch?v=YErAE7uvL10, https://www.peekvids.com/watch?v=TUSxc8oH7Kx,
https://www.peekvids.com/watch?v=NGQs86iW7GY, https://www.peekvids.com/watch?v=5U1MDN7wbjg, https://www.peekvids.com/watch?v=39dorKPqyuW,
https://www.peekvids.com/watch?v=9aiV7UoJ9A2, https://www.peekvids.com/watch?v=6H2OmafGCRA, https://www.peekvids.com/watch?v=5mdrAEtG29r,
https://www.peekvids.com/watch?v=D19veF92Tdn, https://www.peekvids.com/watch?v=qhbikK4nExh, https://www.peekvids.com/watch?v=Xpy9INbun9p,
https://www.peekvids.com/watch?v=x7p72FuHaTm, https://www.peekvids.com/watch?v=stQXTcUGOLq, https://www.peekvids.com/watch?v=khXJVsJT0Or,
https://www.peekvids.com/watch?v=N8Kw4Ya4UTc, https://www.peekvids.com/watch?v=hcMZd7FSESQ, https://www.peekvids.com/watch?v=KzgGyC0aiyI,
https://www.peekvids.com/watch?v=sFXoFFvMoIb, https://www.peekvids.com/watch?v=BaMKebH5FcD, https://www.peekvids.com/watch?v=GUxkJ6-OL66,
https://www.peekvids.com/watch?v=PUU2KkpxPby, https://www.peekvids.com/watch?v=rLMtxtDQeA5, https://www.peekvids.com/watch?v=swmth0qjQpI,
https://www.peekvids.com/watch?v=r6pm9PUqm7O, https://www.peekvids.com/watch?v=BxDxOFHziMb, https://www.peekvids.com/watch?v=EKGjWPHoDpl,
https://www.peekvids.com/watch?v=xn8St475qHh, https://www.peekvids.com/watch?v=hdCexc82hAM, https://www.peekvids.com/watch?v=7r-Ly635yIE,
https://www.peekvids.com/watch?v=Y5QNUY390l3, https://www.peekvids.com/watch?v=An-PU54r6UN, https://www.peekvids.com/watch?v=YKv_8VQ_3XF,
https://www.peekvids.com/watch?v=3KaLMAVdDAp, https://www.peekvids.com/watch?v=dsKIa0NkrW3, https://www.peekvids.com/watch?v=S06X2saVnBm,
https://www.peekvids.com/watch?v=QoCKoPDcfBF, https://www.peekvids.com/watch?v=3pE6QIzeAlP, https://www.peekvids.com/watch?v=CH3FIJce7ll,
https://www.peekvids.com/watch?v=Y474ba4OCQG, https://www.peekvids.com/watch?v=qURL5Vw9TKB, https://www.peekvids.com/watch?v=QSGXxIP8woK,
https://www.peekvids.com/watch?v=pNaEfSiFABg, https://www.peekvids.com/watch?v=o7Avo_EmJF6, https://www.peekvids.com/watch?v=0A9UXT6a07C
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: analogik
5.b. Uploader's email address: kinkyspirit@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=analogik
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ibs_B0V4p-D, https://www.peekvids.com/watch?v=qwmwLFqNkfU,
https://www.peekvids.com/watch?v=jnAMaXftALY, https://www.peekvids.com/watch?v=yo7uLyS4wlP, https://www.peekvids.com/watch?v=jkMlzSWW37l,
https://www.peekvids.com/watch?v=wVZ-VHks09u, https://www.peekvids.com/watch?v=8HaGTQOdSMZ, https://www.peekvids.com/watch?v=IkYVJqcv5ur,
https://www.peekvids.com/watch?v=phf8Lrnex00, https://www.peekvids.com/watch?v=FwFW5d5aFdf, https://www.peekvids.com/watch?v=HcttbThmlzO,
https://www.peekvids.com/watch?v=tk1bBnnLgNu, https://www.peekvids.com/watch?v=ZSP1pL-fz26, https://www.peekvids.com/watch?v=xoRzCKY9qpR,
https://www.peekvids.com/watch?v=5pLq594UoVI, https://www.peekvids.com/watch?v=7oPBhgg20vU, https://www.peekvids.com/watch?v=HD5EYV0ikq5,
https://www.peekvids.com/watch?v=en7lUCxkbxC, https://www.peekvids.com/watch?v=LjpCGcMUFW2, https://www.peekvids.com/watch?v=O18fpIbzpbC,
https://www.peekvids.com/watch?v=bq_7Nul4R6F, https://www.peekvids.com/watch?v=GJD6iUJQJJH, https://www.peekvids.com/watch?v=poVCtKKhjOW,
https://www.peekvids.com/watch?v=Dlif4WMV3YT, https://www.peekvids.com/watch?v=61NuBDPhrx2, https://www.peekvids.com/watch?v=mnDTtCcTz-8,
https://www.peekvids.com/watch?v=p6itB2Kt_KK, https://www.peekvids.com/watch?v=YDQdy-GNqtS, https://www.peekvids.com/watch?v=AgmHTuu-UmE,
https://www.peekvids.com/watch?v=FnDcMSkjqXb, https://www.peekvids.com/watch?v=mjKZh39ytuN, https://www.peekvids.com/watch?v=hMwfrbOSfUy,
https://www.peekvids.com/watch?v=VJS_Lmp5QeS, https://www.peekvids.com/watch?v=jDzC4gyrwz9, https://www.peekvids.com/watch?v=0UT6h7jeCWq,
https://www.peekvids.com/watch?v=JH07gRKZ_kc, https://www.peekvids.com/watch?v=XREt83e4oJz, https://www.peekvids.com/watch?v=y_XaakcjuU6,
https://www.peekvids.com/watch?v=K2KUypIwDxG, https://www.peekvids.com/watch?v=irIuKHVD23l, https://www.peekvids.com/watch?v=ruZf1rN4ZVS,
https://www.peekvids.com/watch?v=VdyeIL89DDH, https://www.peekvids.com/watch?v=KAhmipLIZ8c, https://www.peekvids.com/watch?v=47K3hCmrVXi,
https://www.peekvids.com/watch?v=MptK6vw_TgV, https://www.peekvids.com/watch?v=ZDtnuf6E5yi, https://www.peekvids.com/watch?v=k_u6pGs7pTT,
https://www.peekvids.com/watch?v=EcFMM-nFtNs, https://www.peekvids.com/watch?v=tHAi3UW6dUX, https://www.peekvids.com/watch?v=KKah-qrLLT2,
https://www.peekvids.com/watch?v=TVAZTIc4SNY, https://www.peekvids.com/watch?v=GYCcmq2X7Ms, https://www.peekvids.com/watch?v=KG9_XO_JOCj
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: andrelax

5.b. Uploader's email address: jafarmamar@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=andrelax
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=vffAwrIq0y7, https://www.peekvids.com/watch?v=Dgh5zybJBBl,
https://www.peekvids.com/watch?v=fQDu03StPiZ, https://www.peekvids.com/watch?v=2tWOI-DtTkZ, https://www.peekvids.com/watch?v=QJuaB4T2eXY,
https://www.peekvids.com/watch?v=nLho5NgHRfv, https://www.peekvids.com/watch?v=LeoZkUQK49z, https://www.peekvids.com/watch?v=pF7RlCGAXtP,
https://www.peekvids.com/watch?v=nzy55ZE3pUb, https://www.peekvids.com/watch?v=e7behrvtLsA, https://www.peekvids.com/watch?v=K9cTrsLt0YI,
https://www.peekvids.com/watch?v=fG95jNSBfHF, https://www.peekvids.com/watch?v=i5l2uQgX60b, https://www.peekvids.com/watch?v=5IgHTfipkem,
https://www.peekvids.com/watch?v=pdtnKTfwNBV, https://www.peekvids.com/watch?v=lLYFjBStFtH, https://www.peekvids.com/watch?v=0KIHFQnE6cA,
https://www.peekvids.com/watch?v=9WxLPU7N94u, https://www.peekvids.com/watch?v=iP7LjXWh8Ys, https://www.peekvids.com/watch?v=Qdm8-rDfNHp,
https://www.peekvids.com/watch?v=UYDJyninrSs, https://www.peekvids.com/watch?v=2sSi7sRADK3, https://www.peekvids.com/watch?v=TtqzB6E79ko,
https://www.peekvids.com/watch?v=wb4O85ECF9Q, https://www.peekvids.com/watch?v=qB4ajNXdSGf, https://www.peekvids.com/watch?v=rYtNIE4dNak,
https://www.peekvids.com/watch?v=R30BjfG308d, https://www.peekvids.com/watch?v=9a7ehLEueIe, https://www.peekvids.com/watch?v=Z3QDONgpbhI,
https://www.peekvids.com/watch?v=ELERAO2JeF7, https://www.peekvids.com/watch?v=-5xya-LedJx, https://www.peekvids.com/watch?v=bYme57FS5AY,
https://www.peekvids.com/watch?v=nbzknmoPH0t, https://www.peekvids.com/watch?v=KR5t06s5R25, https://www.peekvids.com/watch?v=zEmWSYH3alp,
https://www.peekvids.com/watch?v=VOy6ME3ABAp, https://www.peekvids.com/watch?v=7lkLZkwgDHQ, https://www.peekvids.com/watch?v=NVWbIgx6cjo,
https://www.peekvids.com/watch?v=8G8byG64oV6, https://www.peekvids.com/watch?v=GlGOrJH54-r, https://www.peekvids.com/watch?v=7ZN9L8uhpLW,
https://www.peekvids.com/watch?v=bxLYKJfeS-a, https://www.peekvids.com/watch?v=pVecsLtzr0P, https://www.peekvids.com/watch?v=TYXI30UaBsC,
https://www.peekvids.com/watch?v=B7Uiz6nwX3A, https://www.peekvids.com/watch?v=qXADg2yridJ, https://www.peekvids.com/watch?v=L0ICrQ-GDG4,
https://www.peekvids.com/watch?v=IYucrjQK4-q, https://www.peekvids.com/watch?v=NOAhwudjf0r, https://www.peekvids.com/watch?v=X9R3Ma6QXZr,
https://www.peekvids.com/watch?v=0giDDJiI7mm, https://www.peekvids.com/watch?v=IUtI4iaZlEE, https://www.peekvids.com/watch?v=3qJdjd7vwZr,
https://www.peekvids.com/watch?v=X9FAj8kklV7, https://www.peekvids.com/watch?v=O54Pjh-m64L, https://www.peekvids.com/watch?v=c2gyX9ViwqC,
https://www.peekvids.com/watch?v=knU5Rit5jTV, https://www.peekvids.com/watch?v=7T74elHJ0lq, https://www.peekvids.com/watch?v=7aH-HTY3TFj,
https://www.peekvids.com/watch?v=blCG2nBACav, https://www.peekvids.com/watch?v=3Q4c3Om2gLK, https://www.peekvids.com/watch?v=o8ywGfxkqrk,
https://www.peekvids.com/watch?v=PoZgHD-ry3z, https://www.peekvids.com/watch?v=Lo-2WW9rzet, https://www.peekvids.com/watch?v=TSghpCXqUC0,
https://www.peekvids.com/watch?v=U8XKFPKEhZz, https://www.peekvids.com/watch?v=PDXsKAfxqmZ, https://www.peekvids.com/watch?v=D-RyTKUoS8Z,
https://www.peekvids.com/watch?v=ZwzFTN0jKDk, https://www.peekvids.com/watch?v=kF52T-9bxUd, https://www.peekvids.com/watch?v=IHidnmeq2jy,
https://www.peekvids.com/watch?v=poKE5eggmcM, https://www.peekvids.com/watch?v=ADR73oa5AlA, https://www.peekvids.com/watch?v=PDfVBF2L-6c,
https://www.peekvids.com/watch?v=CQ4XX6IG7rG, https://www.peekvids.com/watch?v=qALsumqA0kQ, https://www.peekvids.com/watch?v=ieQH0X8RQcZ,
https://www.peekvids.com/watch?v=yCawfgA2LXo, https://www.peekvids.com/watch?v=JsAIG9E-4pJ, https://www.peekvids.com/watch?v=BbEUiz60Yz3,
https://www.peekvids.com/watch?v=5MRGzDl-W95, https://www.peekvids.com/watch?v=SdHnEebPoKH, https://www.peekvids.com/watch?v=uIcE6VhyD8S,
https://www.peekvids.com/watch?v=BamqP6O6Qdb, https://www.peekvids.com/watch?v=et0ctbHWh9H, https://www.peekvids.com/watch?v=y8yWJ-bo2oU,
https://www.peekvids.com/watch?v=JE74q08Hsd7, https://www.peekvids.com/watch?v=L6akwXSPnnP, https://www.peekvids.com/watch?v=bQ0G6rqVMht,
https://www.peekvids.com/watch?v=wXgUwVDqnA6, https://www.peekvids.com/watch?v=YNGArnuIG9B, https://www.peekvids.com/watch?v=rY5zCad9Hgi,
https://www.peekvids.com/watch?v=IbpTbi-l5sX, https://www.peekvids.com/watch?v=8N7zVN9hVGy, https://www.peekvids.com/watch?v=eQpho5HT6I8,
https://www.peekvids.com/watch?v=ciC8mDrMSgo, https://www.peekvids.com/watch?v=6uo4cJTW4jp, https://www.peekvids.com/watch?v=OEdsaCScbwK,
https://www.peekvids.com/watch?v=lCflm-Onk37, https://www.peekvids.com/watch?v=BJ8MkzA5tR2, https://www.peekvids.com/watch?v=yTs7nGCUmKO,
https://www.peekvids.com/watch?v=h7nyoD2xBTv, https://www.peekvids.com/watch?v=OzKlOjoNBR9, https://www.peekvids.com/watch?v=qzbUNMOvlKf,
https://www.peekvids.com/watch?v=-VNAbOETvVT, https://www.peekvids.com/watch?v=LFEzqmCSZ8k, https://www.peekvids.com/watch?v=uK7VW4B63Vb,
https://www.peekvids.com/watch?v=t6afxyuCqmN, https://www.peekvids.com/watch?v=w6DvqwzgUn9, https://www.peekvids.com/watch?v=GOlGLjlHVhU,
https://www.peekvids.com/watch?v=UUP-oHwPrRY, https://www.peekvids.com/watch?v=LOo4X3lhjXT, https://www.peekvids.com/watch?v=qKBd6qkrNta,
https://www.peekvids.com/watch?v=x8DbuLh6EbF, https://www.peekvids.com/watch?v=WiurvFzGrIs, https://www.peekvids.com/watch?v=8raWcklbRWg,
https://www.peekvids.com/watch?v=jLC7RiPN2sF, https://www.peekvids.com/watch?v=LLwHWioJKPc, https://www.peekvids.com/watch?v=IgHjsELsPaQ,
https://www.peekvids.com/watch?v=K5oFDcbIkgc, https://www.peekvids.com/watch?v=GBAU78kst5o, https://www.peekvids.com/watch?v=dv2tjc3bqa2,
https://www.peekvids.com/watch?v=kiSsTdczwVd, https://www.peekvids.com/watch?v=yAtLrl5nGM0, https://www.peekvids.com/watch?v=8VJjGoDfh8A,
https://www.peekvids.com/watch?v=Rc0YPFkEQbc, https://www.peekvids.com/watch?v=q8LEXSakoYM, https://www.peekvids.com/watch?v=P9Yfuaaiavn,
https://www.peekvids.com/watch?v=b8NBslmH53I, https://www.peekvids.com/watch?v=xfG4owuYzb5, https://www.peekvids.com/watch?v=PIGqheK8MKD,
https://www.peekvids.com/watch?v=t3ZnhHqi9XF, https://www.peekvids.com/watch?v=p6BIeEBgUB9, https://www.peekvids.com/watch?v=nZOw7qBfqjh,
https://www.peekvids.com/watch?v=Rp5-KeV8cfR, https://www.peekvids.com/watch?v=28FGSABxPXh, https://www.peekvids.com/watch?v=slJa5HmT-jA,
https://www.peekvids.com/watch?v=cAzenotyFEQ, https://www.peekvids.com/watch?v=VN7rGBqBWDe, https://www.peekvids.com/watch?v=e3jgM7T0YTb,
https://www.peekvids.com/watch?v=NWHVS7AykJ0, https://www.peekvids.com/watch?v=aMvBjBvNdPA, https://www.peekvids.com/watch?v=kbHzWQMq7TQ,
https://www.peekvids.com/watch?v=GTdWqiqgjeE, https://www.peekvids.com/watch?v=MeCMto34vfE, https://www.peekvids.com/watch?v=LIAI8ti78No,
https://www.peekvids.com/watch?v=9xlvgtwDeb8, https://www.peekvids.com/watch?v=MRzRC-RE4V5, https://www.peekvids.com/watch?v=Nw680-cKML9,
https://www.peekvids.com/watch?v=FpAal9DhUN9, https://www.peekvids.com/watch?v=eFxi6-feuS9, https://www.peekvids.com/watch?v=tatStwu9xB0,
https://www.peekvids.com/watch?v=cxi2weBuDQg, https://www.peekvids.com/watch?v=KNd5wXR3p5T, https://www.peekvids.com/watch?v=B7o7g2S0tNF,
https://www.peekvids.com/watch?v=O7sPwGSmlve, https://www.peekvids.com/watch?v=RdM68bQLyAK, https://www.peekvids.com/watch?v=8TdWnX7XrdT,
https://www.peekvids.com/watch?v=P0GlgzToI4g, https://www.peekvids.com/watch?v=23Q0svGUXsh, https://www.peekvids.com/watch?v=dNgcNwfrLom,
https://www.peekvids.com/watch?v=EtP2VY6vjZl, https://www.peekvids.com/watch?v=wYtkQZA-pzu, https://www.peekvids.com/watch?v=7Kd3EcmnztP,
https://www.peekvids.com/watch?v=UtEyALCf5yY, https://www.peekvids.com/watch?v=qoKtd70e78v, https://www.peekvids.com/watch?v=YS5Eec58iBW,
https://www.peekvids.com/watch?v=EqYwH4yDqx2, https://www.peekvids.com/watch?v=ZpgOtfZsHiH, https://www.peekvids.com/watch?v=ONdkKStzZdh,
https://www.peekvids.com/watch?v=6sG5-VK-c6Y, https://www.peekvids.com/watch?v=F-7v6tQpmuL, https://www.peekvids.com/watch?v=C9HG8AUauVf,
https://www.peekvids.com/watch?v=YQjI3cayagk, https://www.peekvids.com/watch?v=2zn89s6lXrv, https://www.peekvids.com/watch?v=-Be060CPKiX,
https://www.peekvids.com/watch?v=f30qYanMr3g, https://www.peekvids.com/watch?v=3GAZKHKhW3z, https://www.peekvids.com/watch?v=ttwZ9OBCCMJ,
https://www.peekvids.com/watch?v=L4BT6zraF35, https://www.peekvids.com/watch?v=DdplD8djses, https://www.peekvids.com/watch?v=5W4ploAPKMk,
https://www.peekvids.com/watch?v=Plr-zQwJxo2, https://www.peekvids.com/watch?v=BLzh4xan2mY, https://www.peekvids.com/watch?v=GU7M82tCHqG,
https://www.peekvids.com/watch?v=QCTjfcYu9i3, https://www.peekvids.com/watch?v=FChr0JgnIBu, https://www.peekvids.com/watch?v=d7vtHR4aF3B,
https://www.peekvids.com/watch?v=na9kPmIBM2h, https://www.peekvids.com/watch?v=L6A3fnPGpjM, https://www.peekvids.com/watch?v=XzkpNtNs2yg,
https://www.peekvids.com/watch?v=XbDE4Y0GyMp, https://www.peekvids.com/watch?v=neCTv3-EnOh, https://www.peekvids.com/watch?v=78RagSfAhEH,
https://www.peekvids.com/watch?v=nU8LLfoAJho, https://www.peekvids.com/watch?v=mpuhJ--eIxx, https://www.peekvids.com/watch?v=4b9P4wtNbif,
https://www.peekvids.com/watch?v=O-7CktSQsqz, https://www.peekvids.com/watch?v=WmVFoYBDf8c, https://www.peekvids.com/watch?v=6CwK9paRr78,
https://www.peekvids.com/watch?v=uRYautBGiPJ, https://www.peekvids.com/watch?v=qpgrrafUj7X, https://www.peekvids.com/watch?v=3p2-xwNVskf,
https://www.peekvids.com/watch?v=FEeil2TpT0L, https://www.peekvids.com/watch?v=X3Ny-35Ptyx, https://www.peekvids.com/watch?v=tfV6Ce9eTil,
https://www.peekvids.com/watch?v=fXhncp7zNLs, https://www.peekvids.com/watch?v=VonaUFFXocz, https://www.peekvids.com/watch?v=atLAeiIGFu5,
https://www.peekvids.com/watch?v=YYpuwMafRc6, https://www.peekvids.com/watch?v=kMH0mulIOyr, https://www.peekvids.com/watch?v=OiBRBjRsgki,
https://www.peekvids.com/watch?v=gEOZsXLZUQU, https://www.peekvids.com/watch?v=RKH6INxjehH, https://www.peekvids.com/watch?v=S8djxZB6uoI,
https://www.peekvids.com/watch?v=F6beUFXDP2V, https://www.peekvids.com/watch?v=GZJS7CiWQ02, https://www.peekvids.com/watch?v=Rekk2x6XuMW,
https://www.peekvids.com/watch?v=bkfqXxYHeAM, https://www.peekvids.com/watch?v=wgj6ubD6Zso, https://www.peekvids.com/watch?v=Td-O07qiRVS,
https://www.peekvids.com/watch?v=l4TjhqhOttv, https://www.peekvids.com/watch?v=J2nb32NDCda, https://www.peekvids.com/watch?v=HYkMAS5SKtB,
https://www.peekvids.com/watch?v=qTf66FxOidW, https://www.peekvids.com/watch?v=RL7HTLeC7GC, https://www.peekvids.com/watch?v=h7MPRSFSCAe,
https://www.peekvids.com/watch?v=ZGxQPEsSf4t, https://www.peekvids.com/watch?v=Y9hskPW9k-z, https://www.peekvids.com/watch?v=LmTXMq8V28H,
https://www.peekvids.com/watch?v=7nszyMLn3av, https://www.peekvids.com/watch?v=PS9Gp9kRnus, https://www.peekvids.com/watch?v=v-N9UgtysHc,
https://www.peekvids.com/watch?v=ldxisQ54qWQ, https://www.peekvids.com/watch?v=wQ0RiscVtxS, https://www.peekvids.com/watch?v=lRXQJf5eKRD,
https://www.peekvids.com/watch?v=xzXq7yKAcfO, https://www.peekvids.com/watch?v=GDJsxM3rpEk, https://www.peekvids.com/watch?v=4fIDAbHo2vu,
https://www.peekvids.com/watch?v=DVAQjqk2Lsd, https://www.peekvids.com/watch?v=cdGjHe2sJzR, https://www.peekvids.com/watch?v=jTQbvRVTq4O,
https://www.peekvids.com/watch?v=8-ZZtcx22gf, https://www.peekvids.com/watch?v=yFx5xhY7c23, https://www.peekvids.com/watch?v=nXfA7vy3RWe,
https://www.peekvids.com/watch?v=L2wOofF84AB, https://www.peekvids.com/watch?v=9PD7JlwX-ae, https://www.peekvids.com/watch?v=A7-Qzq3hskt,
https://www.peekvids.com/watch?v=hfZPx-Wkcjy, https://www.peekvids.com/watch?v=xrcBtS5vwrE, https://www.peekvids.com/watch?v=5WXvhZVdlZF,
https://www.peekvids.com/watch?v=CUgXSZbQ-aZ, https://www.peekvids.com/watch?v=kXIQx62oHKH, https://www.peekvids.com/watch?v=zmPk-Eu5bp7,
https://www.peekvids.com/watch?v=lPgaYiH6fez, https://www.peekvids.com/watch?v=MyOoUSu9g3R, https://www.peekvids.com/watch?v=Nno0oeNdB9S,
https://www.peekvids.com/watch?v=UJ2jnQ2nyyb, https://www.peekvids.com/watch?v=etEoaCTSvuC, https://www.peekvids.com/watch?v=ByPvsdAZU8k,
https://www.peekvids.com/watch?v=L-6Zu6BkR8u, https://www.peekvids.com/watch?v=Bq4yoUCWpRZ, https://www.peekvids.com/watch?v=cpv6kFWvdCk,
https://www.peekvids.com/watch?v=vHSSKKeMKiB, https://www.peekvids.com/watch?v=LnRPnEKz4og, https://www.peekvids.com/watch?v=4O83D7GjqTv,
https://www.peekvids.com/watch?v=uvoNNBJBitf, https://www.peekvids.com/watch?v=-7RPcMO7KjG, https://www.peekvids.com/watch?v=zcDcOc7UmAl,
https://www.peekvids.com/watch?v=zDAIIG4eMfb, https://www.peekvids.com/watch?v=2XJONUDl-Zz, https://www.peekvids.com/watch?v=TAzdnL88Es5,
https://www.peekvids.com/watch?v=A2AQc9qrazd, https://www.peekvids.com/watch?v=7mGrteBLQAF, https://www.peekvids.com/watch?v=JjNZXhzvoMB,
https://www.peekvids.com/watch?v=ErvzVEeyU5a, https://www.peekvids.com/watch?v=rdn4QuOEhvC, https://www.peekvids.com/watch?v=qPNnU42Rzs-,
https://www.peekvids.com/watch?v=9dZkNgTJJFM, https://www.peekvids.com/watch?v=AvWo5xBMvSn, https://www.peekvids.com/watch?v=JDZerFKnESC,
https://www.peekvids.com/watch?v=HLctyh8o50j, https://www.peekvids.com/watch?v=rvSjfiqSEKu, https://www.peekvids.com/watch?v=JaJkfcc7DoG,
https://www.peekvids.com/watch?v=CIes06RsoHD, https://www.peekvids.com/watch?v=RaHAxFFrNR-, https://www.peekvids.com/watch?v=hedXXqLW8B4,
https://www.peekvids.com/watch?v=Q7Q6imKrVKW, https://www.peekvids.com/watch?v=GMV-GKUu8VY, https://www.peekvids.com/watch?v=yg53rHrhNnB,
https://www.peekvids.com/watch?v=dGDUTPnGw6f, https://www.peekvids.com/watch?v=qRWbjCbAe2t, https://www.peekvids.com/watch?v=5EBGNDA6LwG,
https://www.peekvids.com/watch?v=c7UJjiveZ5F, https://www.peekvids.com/watch?v=XIYOj0lVxOX, https://www.peekvids.com/watch?v=2z5D4U-XltG,
https://www.peekvids.com/watch?v=nbPQFM3kz2r, https://www.peekvids.com/watch?v=G7dkbk9Uqqv, https://www.peekvids.com/watch?v=X8NQ3u-o472,
https://www.peekvids.com/watch?v=brauSwzABj8, https://www.peekvids.com/watch?v=FqttBh24Izz, https://www.peekvids.com/watch?v=A2NruM8vKAg,
https://www.peekvids.com/watch?v=TXkNPvJSGCs, https://www.peekvids.com/watch?v=sSYiGD0PhEM, https://www.peekvids.com/watch?v=VqozBRyYutS,
https://www.peekvids.com/watch?v=CXVCeoLr8dp, https://www.peekvids.com/watch?v=5u9lD0vgPxG, https://www.peekvids.com/watch?v=nLKIhjixP24,
https://www.peekvids.com/watch?v=nfKRJHGnBLR, https://www.peekvids.com/watch?v=eH0EJ04-aSI, https://www.peekvids.com/watch?v=BAr0BCol7RG,
https://www.peekvids.com/watch?v=hF06I5vSQns, https://www.peekvids.com/watch?v=9FBzfDFLXuD, https://www.peekvids.com/watch?v=vGwzzgzHJr6,
https://www.peekvids.com/watch?v=VaHxMphrbkR, https://www.peekvids.com/watch?v=PYrQy8UnnjT, https://www.peekvids.com/watch?v=twgFSSIchr6,
https://www.peekvids.com/watch?v=6uR8-QeDgkp, https://www.peekvids.com/watch?v=kpKcvUEXPhG, https://www.peekvids.com/watch?v=4iyBUksaHb0,
https://www.peekvids.com/watch?v=Bb7cl2Ga9i7, https://www.peekvids.com/watch?v=TmONJzfAqSn, https://www.peekvids.com/watch?v=VpEXQucH2IT,
https://www.peekvids.com/watch?v=HXMhDFWteTc, https://www.peekvids.com/watch?v=ldgcX7Lnr23, https://www.peekvids.com/watch?v=cosNgGl2jcH,
https://www.peekvids.com/watch?v=SaeUyqkEroZ, https://www.peekvids.com/watch?v=lWi6SYd8jtY, https://www.peekvids.com/watch?v=ADoBuZtSj09,
https://www.peekvids.com/watch?v=VRCcx7wJlmt, https://www.peekvids.com/watch?v=2WVtteApciO, https://www.peekvids.com/watch?v=Vj4RidEBZfF,
https://www.peekvids.com/watch?v=NSSdYTgxO07, https://www.peekvids.com/watch?v=k7gPans2jdn, https://www.peekvids.com/watch?v=NAQD6xuTofe,
https://www.peekvids.com/watch?v=pQDwj6uuNsN, https://www.peekvids.com/watch?v=D5YQPUsGFxE, https://www.peekvids.com/watch?v=uOOzdIRr-WY,
https://www.peekvids.com/watch?v=Fqd8BNehl8x, https://www.peekvids.com/watch?v=qbz9QIZXsoY, https://www.peekvids.com/watch?v=etB0lX9xfLq,
https://www.peekvids.com/watch?v=kj3974wcBs5, https://www.peekvids.com/watch?v=3uaT58xZRpJ, https://www.peekvids.com/watch?v=uLqhumP4txX,
https://www.peekvids.com/watch?v=qsMuNqN9ubO, https://www.peekvids.com/watch?v=IBsrfMR33H4, https://www.peekvids.com/watch?v=SKptDg-5HT-,
https://www.peekvids.com/watch?v=7PRQsTEnAax, https://www.peekvids.com/watch?v=zl7D9mN5lgu, https://www.peekvids.com/watch?v=JOKLFrKPpiP,
https://www.peekvids.com/watch?v=2JFWAwSx92B, https://www.peekvids.com/watch?v=btzXI-kSxLG, https://www.peekvids.com/watch?v=kdHY8mYl7Im,
https://www.peekvids.com/watch?v=ZkMbIPjTg7-, https://www.peekvids.com/watch?v=Hz3OKCNyX3q, https://www.peekvids.com/watch?v=iBk9hG7Y0TS,
https://www.peekvids.com/watch?v=akynP4mq-cN, https://www.peekvids.com/watch?v=AMQ9MuXIITV, https://www.peekvids.com/watch?v=yotMCZDfEnX,
https://www.peekvids.com/watch?v=tYR0WSevwGr, https://www.peekvids.com/watch?v=6BA0Vafrp4f, https://www.peekvids.com/watch?v=xptgCTXOF-F,
https://www.peekvids.com/watch?v=4olWrxfHzQL, https://www.peekvids.com/watch?v=euqbBI9BXcN, https://www.peekvids.com/watch?v=J0TKNMr4vWf,
https://www.peekvids.com/watch?v=Ct7UMn8eQL9, https://www.peekvids.com/watch?v=m-CrPd5ii43, https://www.peekvids.com/watch?v=LdoavT0qzBa,
https://www.peekvids.com/watch?v=bb-djFylbJP, https://www.peekvids.com/watch?v=9P5etu5mV6S, https://www.peekvids.com/watch?v=3awgDEFZWwr,
https://www.peekvids.com/watch?v=KcpcA97u4n2, https://www.peekvids.com/watch?v=B2mAezVYpBy, https://www.peekvids.com/watch?v=Ra-yqjPsMZL,
https://www.peekvids.com/watch?v=PsOlvO6EiSR, https://www.peekvids.com/watch?v=NSF678bk8uZ, https://www.peekvids.com/watch?v=6xkOLjTs8nI,
https://www.peekvids.com/watch?v=fEGZ9nLVdfc, https://www.peekvids.com/watch?v=xwi4tQwgWQh, https://www.peekvids.com/watch?v=40MwgP0FYhn,
https://www.peekvids.com/watch?v=2yJd6gPzltk, https://www.peekvids.com/watch?v=t5n6eORnogj, https://www.peekvids.com/watch?v=UgZbjYdLB0Y,
https://www.peekvids.com/watch?v=3dQpPu9Ykf8, https://www.peekvids.com/watch?v=m8PJ2mtmGdH, https://www.peekvids.com/watch?v=L4uwhtDIjuh,
https://www.peekvids.com/watch?v=hPTzxB9WMAj, https://www.peekvids.com/watch?v=spp5-Jxw3Vm, https://www.peekvids.com/watch?v=FpnfeOWlr0e,
https://www.peekvids.com/watch?v=CQZgBKdQeZ6, https://www.peekvids.com/watch?v=P9pXJJQvxxG, https://www.peekvids.com/watch?v=Uvh3bOz-Qii,
https://www.peekvids.com/watch?v=aTe3OzISyZ-, https://www.peekvids.com/watch?v=9WXuRgZXE8Z, https://www.peekvids.com/watch?v=WaaDDcSMtz9,
https://www.peekvids.com/watch?v=4TOuH6vTsbh, https://www.peekvids.com/watch?v=5bUIYyvBIEc, https://www.peekvids.com/watch?v=HsjrluYG-JG,
https://www.peekvids.com/watch?v=s3tsMA0wk8J, https://www.peekvids.com/watch?v=qOfJXchUkwX, https://www.peekvids.com/watch?v=4SolycTQTW-,

https://www.peekvids.com/watch?v=TCDc86Qt9cP, https://www.peekvids.com/watch?v=7F0LErZciBk, https://www.peekvids.com/watch?v=N6MMOx6JapI,
https://www.peekvids.com/watch?v=0Of07Kecb2e, https://www.peekvids.com/watch?v=-NXKFtcsFE4, https://www.peekvids.com/watch?v=-gvRfzy3ess,
https://www.peekvids.com/watch?v=pZjo2nN0QjK, https://www.peekvids.com/watch?v=KouH792Uv6f, https://www.peekvids.com/watch?v=ynUcadfdj8P,
https://www.peekvids.com/watch?v=dSCP4l2JhrX, https://www.peekvids.com/watch?v=H7bRxZmPYqa, https://www.peekvids.com/watch?v=I4CCvB5haYJ,
https://www.peekvids.com/watch?v=eRT-3ox66ne, https://www.peekvids.com/watch?v=wT6j-ytc9AX, https://www.peekvids.com/watch?v=yKrwtP8udOL,
https://www.peekvids.com/watch?v=TPr-xH2nCtr, https://www.peekvids.com/watch?v=3UP6Kd7aCLK, https://www.peekvids.com/watch?v=dcamKr-WWl5,
https://www.peekvids.com/watch?v=czDrWf9AGF5, https://www.peekvids.com/watch?v=I2APVovdsCI, https://www.peekvids.com/watch?v=sepXtRh-ObQ,
https://www.peekvids.com/watch?v=vULc35w2uqe, https://www.peekvids.com/watch?v=mTmN7AYBlDX, https://www.peekvids.com/watch?v=c2eXnGChXCs,
https://www.peekvids.com/watch?v=MSgM5vIrns4, https://www.peekvids.com/watch?v=0WPcQDmcwHi, https://www.peekvids.com/watch?v=ZKyg5QaLZpS,
https://www.peekvids.com/watch?v=AtdYQxvC3Qq, https://www.peekvids.com/watch?v=0-rXZWqKdMf, https://www.peekvids.com/watch?v=SLNwcidgltP,
https://www.peekvids.com/watch?v=XGT7umzdmqo, https://www.peekvids.com/watch?v=hphRvTYZLBS, https://www.peekvids.com/watch?v=Y-nyMQTKL2x,
https://www.peekvids.com/watch?v=oVyNhbZkusT, https://www.peekvids.com/watch?v=VYOh3JTQhBh
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: annaplay
5.b. Uploader's email address: kaspiiboore@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=annaplay
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RhLyjEpzPK5, https://www.peekvids.com/watch?v=tKxnC3n8gKy,
https://www.peekvids.com/watch?v=0Jpr2_1Gh7C, https://www.peekvids.com/watch?v=TJce2CW-v98, https://www.peekvids.com/watch?v=9juvhs_RFbJ,
https://www.peekvids.com/watch?v=weCG2fDnpIg, https://www.peekvids.com/watch?v=aKsbewts5pS, https://www.peekvids.com/watch?v=ePImK7BLGJO,
https://www.peekvids.com/watch?v=iS2ft6LeC5x, https://www.peekvids.com/watch?v=frOWlSj6k93, https://www.peekvids.com/watch?v=QT85-4NSs3L,
https://www.peekvids.com/watch?v=toDaAHp4StX, https://www.peekvids.com/watch?v=q8LEjUw6Fnk, https://www.peekvids.com/watch?v=VdOHkcJPR0Q,
https://www.peekvids.com/watch?v=QWRHE-pijHG, https://www.peekvids.com/watch?v=A9n7sjE-HNO, https://www.peekvids.com/watch?v=kO1yGmUvZVg,
https://www.peekvids.com/watch?v=waXRKFeAW-k, https://www.peekvids.com/watch?v=hNDBP06khaA, https://www.peekvids.com/watch?v=Ws_fpTLN8oJ,
https://www.peekvids.com/watch?v=EyfSpcAsYSN, https://www.peekvids.com/watch?v=j8HuU9C999o, https://www.peekvids.com/watch?v=sZ_skglfKWe,
https://www.peekvids.com/watch?v=2ptvpFyDxH7, https://www.peekvids.com/watch?v=RjGxpErq5jf, https://www.peekvids.com/watch?v=KfawiGaHuoa,
https://www.peekvids.com/watch?v=9VxjpvJmSjT, https://www.peekvids.com/watch?v=geqJtAOBrgc, https://www.peekvids.com/watch?v=MWVKivF0N8U,
https://www.peekvids.com/watch?v=UpyKo3xnk7h, https://www.peekvids.com/watch?v=ODTwKV82_po, https://www.peekvids.com/watch?v=PjhXXLN8UKc,
https://www.peekvids.com/watch?v=A2i24qdV5Or, https://www.peekvids.com/watch?v=04FRLi3IC-v, https://www.peekvids.com/watch?v=84BzWSiyfC5,
https://www.peekvids.com/watch?v=9CmPpNH2iRz, https://www.peekvids.com/watch?v=qmCZuhqadMY, https://www.peekvids.com/watch?v=t-6iLTo0ZX8,
https://www.peekvids.com/watch?v=nrsxH4udr0z, https://www.peekvids.com/watch?v=E-K3fEMst_z, https://www.peekvids.com/watch?v=otGVyclGnaG,
https://www.peekvids.com/watch?v=RDt2CgtMlvE, https://www.peekvids.com/watch?v=L8BNXdjhAMo, https://www.peekvids.com/watch?v=gXMxiJdRDSo,
https://www.peekvids.com/watch?v=y5P98vAPKU4, https://www.peekvids.com/watch?v=sC4spgaEOqo, https://www.peekvids.com/watch?v=oRC9yktXzSC,
https://www.peekvids.com/watch?v=FGgJyk3qDGx, https://www.peekvids.com/watch?v=EU2Kqe6ZxYn, https://www.peekvids.com/watch?v=7RyJtlyhH0B,
https://www.peekvids.com/watch?v=q1D8SHbq_fA, https://www.peekvids.com/watch?v=qjX14-d3z8X, https://www.peekvids.com/watch?v=tyrwmF1ixuz,
https://www.peekvids.com/watch?v=sIL8AWL1OOO, https://www.peekvids.com/watch?v=oIO3oCSJSTY, https://www.peekvids.com/watch?v=G8E7Vf4TgoQ,
https://www.peekvids.com/watch?v=5JvUrZmptl7, https://www.peekvids.com/watch?v=De60aIUxlen, https://www.peekvids.com/watch?v=BTQi5cv0irp,
https://www.peekvids.com/watch?v=KJ8EA08iogK, https://www.peekvids.com/watch?v=RcKghvSEMkb, https://www.peekvids.com/watch?v=gXOFT1lT8B9,
https://www.peekvids.com/watch?v=f7KYs3WA2Xe, https://www.peekvids.com/watch?v=gUrQio-HE47, https://www.peekvids.com/watch?v=slGa_olcxaw,
https://www.peekvids.com/watch?v=s-cw7oT_rIS, https://www.peekvids.com/watch?v=sQR9mS42A4V, https://www.peekvids.com/watch?v=avijmnUC7dQ,
https://www.peekvids.com/watch?v=4Jm39qddRoi, https://www.peekvids.com/watch?v=pQnrQHvB_Jp, https://www.peekvids.com/watch?v=kxFuXBL_W8o,
https://www.peekvids.com/watch?v=mHv5MEw6ayp, https://www.peekvids.com/watch?v=DjBSMKLh-hD, https://www.peekvids.com/watch?v=llBZz-zdBNs,
https://www.peekvids.com/watch?v=QCUM4eDPv66, https://www.peekvids.com/watch?v=5Usy_Pt04D3, https://www.peekvids.com/watch?v=wByVH4aqlcN,
https://www.peekvids.com/watch?v=H5gElksoG2R, https://www.peekvids.com/watch?v=N4NaL88C61L, https://www.peekvids.com/watch?v=sVqVZaAfNkP,
https://www.peekvids.com/watch?v=HewezITF3HY, https://www.peekvids.com/watch?v=d-_8t53fNuX, https://www.peekvids.com/watch?v=CJ0S5887TFy,
https://www.peekvids.com/watch?v=edmHUjXG_H3, https://www.peekvids.com/watch?v=MF4iedX5yyc, https://www.peekvids.com/watch?v=2eokapHqAbN,
https://www.peekvids.com/watch?v=wrpOmGdZTcY, https://www.peekvids.com/watch?v=9Sba34XgYYZ, https://www.peekvids.com/watch?v=zwaN_Mdy6M9,
https://www.peekvids.com/watch?v=xAbMNBVzuS7, https://www.peekvids.com/watch?v=jBPO3U5k7dF, https://www.peekvids.com/watch?v=9ashUYjm5Eo,
https://www.peekvids.com/watch?v=7tjx54APYx8, https://www.peekvids.com/watch?v=4Uljf40Dmgr, https://www.peekvids.com/watch?v=wDrOvFP8n2i,
https://www.peekvids.com/watch?v=P7Qds2phmv0, https://www.peekvids.com/watch?v=qENNQ-7Bvqm, https://www.peekvids.com/watch?v=nAx1zZQ--yb,
https://www.peekvids.com/watch?v=Y08lGjdKJkt, https://www.peekvids.com/watch?v=E5kB9AkUmiQ, https://www.peekvids.com/watch?v=3E1IRoYyChA,
https://www.peekvids.com/watch?v=bCaNwiVK9f2, https://www.peekvids.com/watch?v=w5Ndgme_-gf, https://www.peekvids.com/watch?v=B9i5grJZu1Y,
https://www.peekvids.com/watch?v=6MsuLoXkm7o, https://www.peekvids.com/watch?v=kqnglMT1ISo, https://www.peekvids.com/watch?v=7kBCofjIZDs,
https://www.peekvids.com/watch?v=lTQrarKAgxm, https://www.peekvids.com/watch?v=QrLVliGLm6O, https://www.peekvids.com/watch?v=iY4dCr6GHWj,
https://www.peekvids.com/watch?v=EEJ52BOSB-s, https://www.peekvids.com/watch?v=dqE1XaPGQhS, https://www.peekvids.com/watch?v=bNsRV0rilFV,
https://www.peekvids.com/watch?v=Ii3wnW3TUVx, https://www.peekvids.com/watch?v=RHgFJk2fU5J, https://www.peekvids.com/watch?v=tucLNvCz8yO,
https://www.peekvids.com/watch?v=5UZ35oDRy4j, https://www.peekvids.com/watch?v=tq41kcPBzWz, https://www.peekvids.com/watch?v=hPlfujr7Doj,
https://www.peekvids.com/watch?v=gTSwkdH4qXr, https://www.peekvids.com/watch?v=Q9IQHROgWdM, https://www.peekvids.com/watch?v=XJhljoj1DwM,
https://www.peekvids.com/watch?v=GJQ_JMvRpnY, https://www.peekvids.com/watch?v=JJ2lYG4WJM9, https://www.peekvids.com/watch?v=LBV0ek_C3CP,
https://www.peekvids.com/watch?v=T3D0xMDYM-t, https://www.peekvids.com/watch?v=gawbCaBvuR0, https://www.peekvids.com/watch?v=XzwEyP_5Szw,
https://www.peekvids.com/watch?v=6vDP7MSAV9b, https://www.peekvids.com/watch?v=pWcsv3RxfbU, https://www.peekvids.com/watch?v=yjJ88XXr6bf,
https://www.peekvids.com/watch?v=FF4I92w--Fu, https://www.peekvids.com/watch?v=KdmxlVm17C9, https://www.peekvids.com/watch?v=YwXJ3LfVMTJ,
https://www.peekvids.com/watch?v=A1V4nnrtAWa, https://www.peekvids.com/watch?v=NgTGQ8hf2Tx, https://www.peekvids.com/watch?v=X3YGwulqhIl,
https://www.peekvids.com/watch?v=zWVJnIqpNlY, https://www.peekvids.com/watch?v=fPO-wFAPEWI, https://www.peekvids.com/watch?v=wXLtcJGjFkm,
https://www.peekvids.com/watch?v=JcamM_P75l2, https://www.peekvids.com/watch?v=cWDdyfrJ_Uu, https://www.peekvids.com/watch?v=w2cJwOwi843,
https://www.peekvids.com/watch?v=ld1UV6C8w5g, https://www.peekvids.com/watch?v=R-y-kYbHCcK, https://www.peekvids.com/watch?v=QLzpaXNjonW,
https://www.peekvids.com/watch?v=N22enhOTApm, https://www.peekvids.com/watch?v=4BSqVGBNuI7, https://www.peekvids.com/watch?v=kdB-Pas_3Ce,
https://www.peekvids.com/watch?v=V0ZdkbXHuwu, https://www.peekvids.com/watch?v=Zqf4NdZziAD, https://www.peekvids.com/watch?v=dQDsuYuXkZY,
https://www.peekvids.com/watch?v=suQOrSlZuog, https://www.peekvids.com/watch?v=oV1oljvgqm0, https://www.peekvids.com/watch?v=MwUitafgnoF,
https://www.peekvids.com/watch?v=a1WQJrVp21f, https://www.peekvids.com/watch?v=y4shYlcaybI, https://www.peekvids.com/watch?v=0QE118tGIJe,
https://www.peekvids.com/watch?v=TcKDmrqYbzL, https://www.peekvids.com/watch?v=IdyUg8sPcjo, https://www.peekvids.com/watch?v=5STZnVOyC0b,
https://www.peekvids.com/watch?v=QEjg3eNVoHk, https://www.peekvids.com/watch?v=cWCnwMQ-7Hm, https://www.peekvids.com/watch?v=xRyA6vqp0nI,
https://www.peekvids.com/watch?v=VAjO-wwygZg, https://www.peekvids.com/watch?v=LNvsx7mdo7g, https://www.peekvids.com/watch?v=jghP6InzW7w,
https://www.peekvids.com/watch?v=XIaBA8yuen8, https://www.peekvids.com/watch?v=nSIEjA-yzjz, https://www.peekvids.com/watch?v=kMGvytUsW2T,
https://www.peekvids.com/watch?v=axvaWVkllA4, https://www.peekvids.com/watch?v=yQzBlpMLGbO, https://www.peekvids.com/watch?v=PmQtEJESLaY,
https://www.peekvids.com/watch?v=bxRyy-261mh, https://www.peekvids.com/watch?v=seXtW9kFYyD, https://www.peekvids.com/watch?v=sDiqtFTMnUL,
https://www.peekvids.com/watch?v=e1B6KIx_lTL, https://www.peekvids.com/watch?v=xig_o_IrUNw, https://www.peekvids.com/watch?v=a1TXWXMhWqt,
https://www.peekvids.com/watch?v=FYPLlr1U7J6, https://www.peekvids.com/watch?v=X0Abk255RYB, https://www.peekvids.com/watch?v=ajKIpouURm9,
https://www.peekvids.com/watch?v=wFXr0ry9KN7, https://www.peekvids.com/watch?v=pk0n1f7l7we, https://www.peekvids.com/watch?v=MX-cdNSQ_tT,
https://www.peekvids.com/watch?v=hv8smzkFSUz, https://www.peekvids.com/watch?v=yAKxHQgLHxO, https://www.peekvids.com/watch?v=cD5R46B8pnt,
https://www.peekvids.com/watch?v=OGkD4wgukcF, https://www.peekvids.com/watch?v=JBLSlFhMV0P, https://www.peekvids.com/watch?v=nSS1wMABYzQ,
https://www.peekvids.com/watch?v=gxky1KyTQt8, https://www.peekvids.com/watch?v=fhUjozbcn1i, https://www.peekvids.com/watch?v=dnXsIZH2MYX,
https://www.peekvids.com/watch?v=4fpJenA7C7Z, https://www.peekvids.com/watch?v=ibIMx3Wrs2D, https://www.peekvids.com/watch?v=TUXnrP_m0kC,
https://www.peekvids.com/watch?v=pmTjZLE5Sb9, https://www.peekvids.com/watch?v=4fd3RHAUkTk, https://www.peekvids.com/watch?v=dVl4jQ9Ig9V,
https://www.peekvids.com/watch?v=TgThl2o_X2D, https://www.peekvids.com/watch?v=QESnbW_85nj, https://www.peekvids.com/watch?v=RQxIFJLiGjz,
https://www.peekvids.com/watch?v=t8gX0j215jp, https://www.peekvids.com/watch?v=CY9Gsxil-ul, https://www.peekvids.com/watch?v=vSQlv-ng6MJ,
https://www.peekvids.com/watch?v=IleQgRqwZ3i, https://www.peekvids.com/watch?v=BifdFragjVS, https://www.peekvids.com/watch?v=yQ0lxR0cRpM,
https://www.peekvids.com/watch?v=MNHPpgQBSkO, https://www.peekvids.com/watch?v=PH0BoDUOP9v, https://www.peekvids.com/watch?v=VoTQPynQ3ol,
https://www.peekvids.com/watch?v=Cr4MhNhPyZc, https://www.peekvids.com/watch?v=Ph6V_ppttEx, https://www.peekvids.com/watch?v=TbonDsQnwmc,
https://www.peekvids.com/watch?v=Ea4BF8hQqFN, https://www.peekvids.com/watch?v=ZUdToXVtA2n, https://www.peekvids.com/watch?v=5D2ax9OmMLb,
https://www.peekvids.com/watch?v=IuS9t-VSQJZ, https://www.peekvids.com/watch?v=B0uW5MAeqaJ, https://www.peekvids.com/watch?v=GZdvafbne-4,
https://www.peekvids.com/watch?v=0VoViEXzMCn, https://www.peekvids.com/watch?v=A_WU0wBAgXF, https://www.peekvids.com/watch?v=ZkxJjP_1s5j,
https://www.peekvids.com/watch?v=Kn781KLL3pl, https://www.peekvids.com/watch?v=Tfq0j0DtyT4, https://www.peekvids.com/watch?v=KTUVJ_kNR3q,
https://www.peekvids.com/watch?v=gpB0Y9WC_RN, https://www.peekvids.com/watch?v=liZbsv3lgQQ, https://www.peekvids.com/watch?v=vSvHt7sKCqE,
https://www.peekvids.com/watch?v=h82hVQnTzEv, https://www.peekvids.com/watch?v=vQ0FwnKVdSH, https://www.peekvids.com/watch?v=y967CYZWhxo,
https://www.peekvids.com/watch?v=v2epPaqS9lU, https://www.peekvids.com/watch?v=b-Y72PsI3hF, https://www.peekvids.com/watch?v=p-vVnzdlmBF,
https://www.peekvids.com/watch?v=yKlieT1cgzC, https://www.peekvids.com/watch?v=0e21Z1zSFPZ, https://www.peekvids.com/watch?v=dgOWYlq-RK0,
https://www.peekvids.com/watch?v=8pHMIH4_EX5, https://www.peekvids.com/watch?v=4LVcK0Ku1wu, https://www.peekvids.com/watch?v=pNJLk1MQFur,
https://www.peekvids.com/watch?v=hkAoXT0LFmG, https://www.peekvids.com/watch?v=daioTVuig3b, https://www.peekvids.com/watch?v=qFG2Ptzdh4x,
https://www.peekvids.com/watch?v=NWnF0W0rRkR, https://www.peekvids.com/watch?v=ZxvJ9xJJ6Kh, https://www.peekvids.com/watch?v=Cf3W7ER6cCg,
https://www.peekvids.com/watch?v=0o8Z5MG_QaR, https://www.peekvids.com/watch?v=0DJWx-UoKJG, https://www.peekvids.com/watch?v=wFDpe9Ad1c0,
https://www.peekvids.com/watch?v=L5HYt40_swe, https://www.peekvids.com/watch?v=M-oiyiClwAU, https://www.peekvids.com/watch?v=SuWQlPQClMx,
https://www.peekvids.com/watch?v=R5GrOyOzZpQ, https://www.peekvids.com/watch?v=tkkLlrHhGkf, https://www.peekvids.com/watch?v=9R9r3t2l6C5,
https://www.peekvids.com/watch?v=gPLrQ5rXRu5, https://www.peekvids.com/watch?v=LPWraF1vrnH, https://www.peekvids.com/watch?v=sj1bOLhovvj,
https://www.peekvids.com/watch?v=dw6kBP5_pQP, https://www.peekvids.com/watch?v=FPTndXKn7PU, https://www.peekvids.com/watch?v=k0dT_o3jNT4,
https://www.peekvids.com/watch?v=nHLPAmGxRX6, https://www.peekvids.com/watch?v=KJqBFknbNtC, https://www.peekvids.com/watch?v=S1YYtDwT76H,
https://www.peekvids.com/watch?v=LfN1Bwv0JeK, https://www.peekvids.com/watch?v=boQnlfPwvWe, https://www.peekvids.com/watch?v=Pf4t7X3aY1p,
https://www.peekvids.com/watch?v=Snjht1orlG3, https://www.peekvids.com/watch?v=6xeb07f7DWx, https://www.peekvids.com/watch?v=PB9Pq56IUsF,
https://www.peekvids.com/watch?v=KrSx4IZGs-K, https://www.peekvids.com/watch?v=ivwn_Qw5oDb, https://www.peekvids.com/watch?v=eb3iHWkYDwh,
https://www.peekvids.com/watch?v=CH-LotVgmf4, https://www.peekvids.com/watch?v=ue22066Tiho, https://www.peekvids.com/watch?v=Y8uBpk2thQR
5.f. Date of third notice: 2015-06-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: anTongo
5.b. Uploader's email address: hkilopocuualex@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=anTongo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EP0Aa8SqMWx, https://www.peekvids.com/watch?v=3j0ThG48ixu,
https://www.peekvids.com/watch?v=KTty6tpzijW, https://www.peekvids.com/watch?v=vl6Lfn5LCB6, https://www.peekvids.com/watch?v=i1PqU8x-WpV,
https://www.peekvids.com/watch?v=UZtwTbCjAJg, https://www.peekvids.com/watch?v=gDRnzmXRoOK, https://www.peekvids.com/watch?v=AhCnMa7Bhio,
https://www.peekvids.com/watch?v=HnZO_b5P5PT, https://www.peekvids.com/watch?v=kpGQViau7si, https://www.peekvids.com/watch?v=hbwx8dFrQUj,
https://www.peekvids.com/watch?v=uLJS08_l2cU, https://www.peekvids.com/watch?v=MkyHf4vOGew, https://www.peekvids.com/watch?v=kW_o7oTTNTA,
https://www.peekvids.com/watch?v=kV6QKc3-YNK, https://www.peekvids.com/watch?v=W4tWJTEMol4, https://www.peekvids.com/watch?v=EwTZ5b8ILZL,
https://www.peekvids.com/watch?v=HIdNmeF4W4k, https://www.peekvids.com/watch?v=kpRzLobMQLH, https://www.peekvids.com/watch?v=fNfdWnaRp3O,
https://www.peekvids.com/watch?v=OE_OhcNP4eW, https://www.peekvids.com/watch?v=lzW-RqTwPwT, https://www.peekvids.com/watch?v=yIdQXqe3H8l,
https://www.peekvids.com/watch?v=uJmGtKCg2-w, https://www.peekvids.com/watch?v=N04HErbOvM9, https://www.peekvids.com/watch?v=jLdOj7-v4YJ,
https://www.peekvids.com/watch?v=Y_K1P_AbbC2, https://www.peekvids.com/watch?v=7HBXZUQBc_g, https://www.peekvids.com/watch?v=0QwYGFY0yml,
https://www.peekvids.com/watch?v=FPVOV_RPj4O, https://www.peekvids.com/watch?v=WsYV3rQ3ooJ, https://www.peekvids.com/watch?v=xzF72GrxCrP,
https://www.peekvids.com/watch?v=e4G1WHhd-HH, https://www.peekvids.com/watch?v=YKihha4ZDCT, https://www.peekvids.com/watch?v=Qqg0yc5qvlj,
https://www.peekvids.com/watch?v=mqFPUjDNyEe, https://www.peekvids.com/watch?v=O4gLrfYtwri, https://www.peekvids.com/watch?v=eGP8lAEwaFW,
https://www.peekvids.com/watch?v=RHycPJKUWMI, https://www.peekvids.com/watch?v=aIvFy69ziDZ, https://www.peekvids.com/watch?v=sj05Vl1gZqN,
https://www.peekvids.com/watch?v=JywSg3-10jf, https://www.peekvids.com/watch?v=r-XdtIsKiEr, https://www.peekvids.com/watch?v=bEA1hgobjNT,
https://www.peekvids.com/watch?v=ho-IOpDHKlK, https://www.peekvids.com/watch?v=Ol_1qY-7gct, https://www.peekvids.com/watch?v=keJx6OLMy8S,
https://www.peekvids.com/watch?v=KJvTGO5pJKW, https://www.peekvids.com/watch?v=6avcFJVRCS9, https://www.peekvids.com/watch?v=8gxOPi11tJ5,
https://www.peekvids.com/watch?v=PDWQ2qHxn3c, https://www.peekvids.com/watch?v=anh-RbEnAHi, https://www.peekvids.com/watch?v=lP6IFzadmjP,
https://www.peekvids.com/watch?v=ZGQ0sIX1lgC, https://www.peekvids.com/watch?v=TGt9QQAKHPs, https://www.peekvids.com/watch?v=amkiUg70rUF,

https://www.peekvids.com/watch?v=6aeGHcxWpDM, https://www.peekvids.com/watch?v=D2zOIvDDO7W, https://www.peekvids.com/watch?v=oTEsiZWXEA7,
https://www.peekvids.com/watch?v=X_mRjGvHyWs, https://www.peekvids.com/watch?v=3U22kMBNoGj, https://www.peekvids.com/watch?v=U3dQ956lKIx,
https://www.peekvids.com/watch?v=5-Aks6Zcl4q, https://www.peekvids.com/watch?v=WAKlBvl-Kes, https://www.peekvids.com/watch?v=vpV2Dc52R-A,
https://www.peekvids.com/watch?v=79dJ0In72zL, https://www.peekvids.com/watch?v=uINM5BemF5Q, https://www.peekvids.com/watch?v=mpOqh_chilR,
https://www.peekvids.com/watch?v=FiB6nNW8Rdy, https://www.peekvids.com/watch?v=dHFjkEv7FMf, https://www.peekvids.com/watch?v=ZG4iQJqY5tJ,
https://www.peekvids.com/watch?v=75G8qdLhaT3, https://www.peekvids.com/watch?v=VXUMRIXz_KA, https://www.peekvids.com/watch?v=sW3zCcHohmf,
https://www.peekvids.com/watch?v=7tjx12xEIZo, https://www.peekvids.com/watch?v=QCzVTuiSVL4, https://www.peekvids.com/watch?v=KsvIKL_VVOd,
https://www.peekvids.com/watch?v=SYDSYBn9yHH, https://www.peekvids.com/watch?v=koNeuOKnMAI, https://www.peekvids.com/watch?v=awVhuy0p4BB,
https://www.peekvids.com/watch?v=sfbDzb8StOp, https://www.peekvids.com/watch?v=J6EynFi0v1h, https://www.peekvids.com/watch?v=ot4xPAOX3zl,
https://www.peekvids.com/watch?v=JFF8xpImypl, https://www.peekvids.com/watch?v=92jpwJpBWDo, https://www.peekvids.com/watch?v=LAbHmLezXzC,
https://www.peekvids.com/watch?v=OT1C7nc7goo, https://www.peekvids.com/watch?v=sqzbG-q4FcU, https://www.peekvids.com/watch?v=yv4hhEUTxLg,
https://www.peekvids.com/watch?v=LsfheQ1k9BL, https://www.peekvids.com/watch?v=wMcWYhNqfGL, https://www.peekvids.com/watch?v=QXzCp2PtcL6,
https://www.peekvids.com/watch?v=ZwhyMWUAIcP, https://www.peekvids.com/watch?v=hlYCdsyDZN2, https://www.peekvids.com/watch?v=hdx1bPex4fI,
https://www.peekvids.com/watch?v=zAnP0W66Lk7, https://www.peekvids.com/watch?v=Le_qe6EUOYT, https://www.peekvids.com/watch?v=6tstqLGlyGu,
https://www.peekvids.com/watch?v=Zt838dliWum, https://www.peekvids.com/watch?v=3mjFSv4mQ68, https://www.peekvids.com/watch?v=4rJYWRcJxvR,
https://www.peekvids.com/watch?v=DjRJ8zwoSv6, https://www.peekvids.com/watch?v=Qew_wHcwLEX, https://www.peekvids.com/watch?v=KFN_Y4tnKQU,
https://www.peekvids.com/watch?v=Mx-z4QnOpbw, https://www.peekvids.com/watch?v=eF2G0sfM9rz, https://www.peekvids.com/watch?v=FDVesGPozuJ,
https://www.peekvids.com/watch?v=Y_qzjpAI1dY, https://www.peekvids.com/watch?v=EmFuC5HxPDU, https://www.peekvids.com/watch?v=GV51VT4xzXI,
https://www.peekvids.com/watch?v=O6tYimo8lqG, https://www.peekvids.com/watch?v=lDrj014i8sg, https://www.peekvids.com/watch?v=RnkZA6F20Vv,
https://www.peekvids.com/watch?v=cQYGTamr3eH, https://www.peekvids.com/watch?v=y52_5bFt61Y, https://www.peekvids.com/watch?v=lZOLdpmx3_q,
https://www.peekvids.com/watch?v=eVKpPturuqC, https://www.peekvids.com/watch?v=e4G_6cHgqGj, https://www.peekvids.com/watch?v=b6n03iTCgk8,
https://www.peekvids.com/watch?v=GyCs2Q2o3R5, https://www.peekvids.com/watch?v=i_dSJyxKDy7, https://www.peekvids.com/watch?v=yg_uKvsHcvm,
https://www.peekvids.com/watch?v=D5GpNXimFJc, https://www.peekvids.com/watch?v=YvRQxxUW9Gi, https://www.peekvids.com/watch?v=ZOiV-7GYelx,
https://www.peekvids.com/watch?v=TVympq0CoH8, https://www.peekvids.com/watch?v=cii5z303kcC, https://www.peekvids.com/watch?v=lY1b5wqBIjB,
https://www.peekvids.com/watch?v=yKzx73FJB3F
5.f. Date of third notice: 2015-08-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: apolon90
5.b. Uploader's email address: mazerapoollars@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=apolon90
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=paYBmfRNUfX, https://www.peekvids.com/watch?v=5WIh53cWlUx,
https://www.peekvids.com/watch?v=3mzaNwaoNEV, https://www.peekvids.com/watch?v=y98IfORZZDZ, https://www.peekvids.com/watch?v=xmYQdnp3rj4,
https://www.peekvids.com/watch?v=gvjvHkpNhxb, https://www.peekvids.com/watch?v=FiFIk2nsLBR, https://www.peekvids.com/watch?v=qp3l7wGZuCm,
https://www.peekvids.com/watch?v=toFhGJKTNhI, https://www.peekvids.com/watch?v=GfOov5wUv4Z, https://www.peekvids.com/watch?v=hJAZQranFoz,
https://www.peekvids.com/watch?v=H4kKAkXclNy, https://www.peekvids.com/watch?v=YnHOHvCso-o, https://www.peekvids.com/watch?v=oFi3qtPa3nd,
https://www.peekvids.com/watch?v=S6CgkNiQKXM, https://www.peekvids.com/watch?v=GAcZd2ZohiE, https://www.peekvids.com/watch?v=OVzYFDYyOzs,
https://www.peekvids.com/watch?v=x4btUQHGFxf, https://www.peekvids.com/watch?v=RPJq-Vmw-YQ, https://www.peekvids.com/watch?v=jnJScSleqP8,
https://www.peekvids.com/watch?v=pm9r9WRVWih, https://www.peekvids.com/watch?v=nYua-Ewg0u8, https://www.peekvids.com/watch?v=ps9IiiKr0t-,
https://www.peekvids.com/watch?v=Thjo4BHM48e, https://www.peekvids.com/watch?v=m6UeKe27Dpa, https://www.peekvids.com/watch?v=zVOccmmaPyW,
https://www.peekvids.com/watch?v=Y4NyAuYvQyH, https://www.peekvids.com/watch?v=XGjpFW-3AQT, https://www.peekvids.com/watch?v=ThBujQk7VYu,
https://www.peekvids.com/watch?v=rEmFMl43aZ9, https://www.peekvids.com/watch?v=wjwrwWZhCcp, https://www.peekvids.com/watch?v=Vm6JO-leHaQ,
https://www.peekvids.com/watch?v=Krk3k8CfSl0, https://www.peekvids.com/watch?v=rUJtU4Xw7Vx, https://www.peekvids.com/watch?v=sccjeIP8iuz,
https://www.peekvids.com/watch?v=Qo7k97Wziim, https://www.peekvids.com/watch?v=Vpmtsubi7r9, https://www.peekvids.com/watch?v=nzUk2KGW-sl,
https://www.peekvids.com/watch?v=g4cOA4gsPHM, https://www.peekvids.com/watch?v=-skXOfAg439p, https://www.peekvids.com/watch?v=YCFA8XGuZo7,
https://www.peekvids.com/watch?v=8gLhrzRqqrv, https://www.peekvids.com/watch?v=glvdpihVaNj, https://www.peekvids.com/watch?v=cqVDodSQTBo,
https://www.peekvids.com/watch?v=OkXdE4cpJaD, https://www.peekvids.com/watch?v=vc-htKcUCPm, https://www.peekvids.com/watch?v=2DFTWLmeXQT,
https://www.peekvids.com/watch?v=6WjkPBtI4r7, https://www.peekvids.com/watch?v=SbQFoO5oRo6, https://www.peekvids.com/watch?v=2doipeU73jn,
https://www.peekvids.com/watch?v=LC6F3AwwSlO, https://www.peekvids.com/watch?v=oadzNcu9wfz, https://www.peekvids.com/watch?v=Ibvdq6Q9lAB,
https://www.peekvids.com/watch?v=XPSf3VJtKlx, https://www.peekvids.com/watch?v=LqIYEgnTHf8, https://www.peekvids.com/watch?v=3KkJ4q2YcMC,
https://www.peekvids.com/watch?v=Dyqqsf4d-8W, https://www.peekvids.com/watch?v=ali3Pi0lo-m, https://www.peekvids.com/watch?v=iG5Fw0C0y5B,
https://www.peekvids.com/watch?v=GIaN-fSa4gj, https://www.peekvids.com/watch?v=Y3cGN2UkopG, https://www.peekvids.com/watch?v=8gGFe6N50HA,
https://www.peekvids.com/watch?v=lPu8VwNdmC0, https://www.peekvids.com/watch?v=rB9yd50dF6e, https://www.peekvids.com/watch?v=IakABXfNuTM,
https://www.peekvids.com/watch?v=cgcDpfYsjyw, https://www.peekvids.com/watch?v=6P2nrt6RlhZ, https://www.peekvids.com/watch?v=IzfbUGtgnHR,
https://www.peekvids.com/watch?v=9jAB0yhWRdd, https://www.peekvids.com/watch?v=swZDwx9EY2W, https://www.peekvids.com/watch?v=AFiuYEWZRVS,
https://www.peekvids.com/watch?v=SEUX4UQvE2d, https://www.peekvids.com/watch?v=WAKrrcTW6DP, https://www.peekvids.com/watch?v=QRFRXKzuqoj,
https://www.peekvids.com/watch?v=oJtA6jcYARI, https://www.peekvids.com/watch?v=sUdKgDDv-yw, https://www.peekvids.com/watch?v=ze7yplKugOV,
https://www.peekvids.com/watch?v=CExRUcPGjty, https://www.peekvids.com/watch?v=JGuo46uve7T, https://www.peekvids.com/watch?v=jDPN-Dk09Vn,
https://www.peekvids.com/watch?v=wMGRAA2WrLF, https://www.peekvids.com/watch?v=PHZqzkH46SY, https://www.peekvids.com/watch?v=Nir2n3ZeOr7,
https://www.peekvids.com/watch?v=pgiWMe-prSV, https://www.peekvids.com/watch?v=4zePHdc7TzZ, https://www.peekvids.com/watch?v=qmEApEHx5qV,
https://www.peekvids.com/watch?v=GaEJnrZOsiD, https://www.peekvids.com/watch?v=cSqNbuPpQlb, https://www.peekvids.com/watch?v=tXf8So6-Y96,
https://www.peekvids.com/watch?v=tdpBFHcHouw, https://www.peekvids.com/watch?v=8yRqN2AFPz3, https://www.peekvids.com/watch?v=LFrR5MnagPp,
https://www.peekvids.com/watch?v=t389joY9O4j, https://www.peekvids.com/watch?v=Q830LSyk8yz, https://www.peekvids.com/watch?v=VRBbfNliQgg,
https://www.peekvids.com/watch?v=qYt5luiZY54, https://www.peekvids.com/watch?v=NNoHyBU-kkT, https://www.peekvids.com/watch?v=qpVN5Y0DdLZ,
https://www.peekvids.com/watch?v=d3XzK9eObdQ, https://www.peekvids.com/watch?v=SNPT7G3psDq, https://www.peekvids.com/watch?v=Lsrte-d0FMz,
https://www.peekvids.com/watch?v=p0ADAA8NJ9o, https://www.peekvids.com/watch?v=Oo3eAb8ezUK, https://www.peekvids.com/watch?v=dVrtdafXE6W,
https://www.peekvids.com/watch?v=DuO0G2RX95b, https://www.peekvids.com/watch?v=djszgdWiTLP, https://www.peekvids.com/watch?v=YO6OVASlYV7,
https://www.peekvids.com/watch?v=RJLdY4TRFvj, https://www.peekvids.com/watch?v=Nraw23Ma-PR, https://www.peekvids.com/watch?v=VZH6tgUdFLN,
https://www.peekvids.com/watch?v=pmaJozfdKqC, https://www.peekvids.com/watch?v=jTywWlVXmdC, https://www.peekvids.com/watch?v=GrQanU0vlHE,
https://www.peekvids.com/watch?v=kXkrcNhsV4m, https://www.peekvids.com/watch?v=fZSxYoYwV7E, https://www.peekvids.com/watch?v=d-Yxfs9q6IH,
https://www.peekvids.com/watch?v=neLK5LFJanD, https://www.peekvids.com/watch?v=6hRBQpvl0Jv, https://www.peekvids.com/watch?v=4M49p9d0gZx,
https://www.peekvids.com/watch?v=c3PEU3rnFeC, https://www.peekvids.com/watch?v=qXNyUoDJC8L, https://www.peekvids.com/watch?v=GGpDFsxJ2RJ,
https://www.peekvids.com/watch?v=fqfPP3a8JUt, https://www.peekvids.com/watch?v=9aD8C92d2ae, https://www.peekvids.com/watch?v=Eu0bDjppp9f,
https://www.peekvids.com/watch?v=4GXHmopeyHF, https://www.peekvids.com/watch?v=tkS8FHBpazy, https://www.peekvids.com/watch?v=ss53HSL0gQc,
https://www.peekvids.com/watch?v=nAaYNqwvNoo, https://www.peekvids.com/watch?v=EvdXMh6bfQd, https://www.peekvids.com/watch?v=P9cCsVRHMK6,
https://www.peekvids.com/watch?v=0ju43Pq88sP, https://www.peekvids.com/watch?v=lFoY57ri3ZC, https://www.peekvids.com/watch?v=K-vw9wsyLpY,
https://www.peekvids.com/watch?v=0n2r-htC4i4, https://www.peekvids.com/watch?v=XF3B0bSqs7I, https://www.peekvids.com/watch?v=dJwjqyqrnPM,
https://www.peekvids.com/watch?v=pdbor56ug-F, https://www.peekvids.com/watch?v=ahKpwuRHCQB, https://www.peekvids.com/watch?v=6w3lPfxT2Pu,
https://www.peekvids.com/watch?v=Lo6PAR3YyGo, https://www.peekvids.com/watch?v=8P3nHqum-A8, https://www.peekvids.com/watch?v=utUaukavdOI,
https://www.peekvids.com/watch?v=wXpyIOMnZV0, https://www.peekvids.com/watch?v=vDltVj96JxA, https://www.peekvids.com/watch?v=POT6LQnrXq8,
https://www.peekvids.com/watch?v=cK9ypqmVC9I, https://www.peekvids.com/watch?v=NqHJIQWP6cx, https://www.peekvids.com/watch?v=MoeIFmAvO6U,
https://www.peekvids.com/watch?v=hkPApoestiO, https://www.peekvids.com/watch?v=U93PrAzXm5R, https://www.peekvids.com/watch?v=5WdCZONqzkX,
https://www.peekvids.com/watch?v=3V3aiBNX99n, https://www.peekvids.com/watch?v=-uHhs2E3sI2, https://www.peekvids.com/watch?v=StTMeXj0YvN,
https://www.peekvids.com/watch?v=wyI9ADDG7GQ, https://www.peekvids.com/watch?v=L-lDf-KY4hy, https://www.peekvids.com/watch?v=qXkX69Hm-rb,
https://www.peekvids.com/watch?v=cQZOLeo2Qsn, https://www.peekvids.com/watch?v=5UgsGGzZsZH, https://www.peekvids.com/watch?v=Bdf6v3WKfpa,
https://www.peekvids.com/watch?v=s2eTlBOvqk4, https://www.peekvids.com/watch?v=hmiGQ3RiByc, https://www.peekvids.com/watch?v=nFUi35LTmHe,
https://www.peekvids.com/watch?v=3nr-kEhox8o, https://www.peekvids.com/watch?v=OVYPQip6aNh, https://www.peekvids.com/watch?v=6RFu9fxR9qz,
https://www.peekvids.com/watch?v=gD75hSffH4F, https://www.peekvids.com/watch?v=SxJsU4mlecP, https://www.peekvids.com/watch?v=jlm8vgZWpgA,
https://www.peekvids.com/watch?v=Dun57TlLvFt, https://www.peekvids.com/watch?v=JyJTxj5FLfI, https://www.peekvids.com/watch?v=WdrM4TBt-Ri,
https://www.peekvids.com/watch?v=zMVIMzmLE4I, https://www.peekvids.com/watch?v=-Pd3vbZxvg3, https://www.peekvids.com/watch?v=iLZtw22q4oe,
https://www.peekvids.com/watch?v=MkOpBxmZSjJ, https://www.peekvids.com/watch?v=pr8TpXFxStQ, https://www.peekvids.com/watch?v=ywwmV97UzaH,
https://www.peekvids.com/watch?v=3aGwngIqFhv, https://www.peekvids.com/watch?v=5AZlYFdUjHj, https://www.peekvids.com/watch?v=3dfQBX9fbmA,
https://www.peekvids.com/watch?v=v0XyPiFYiKC, https://www.peekvids.com/watch?v=fMrD5Next3H, https://www.peekvids.com/watch?v=iDW2eUChCdD,
https://www.peekvids.com/watch?v=6hiiE95ewzu, https://www.peekvids.com/watch?v=Fp24d4XDAJR, https://www.peekvids.com/watch?v=zGThdiEh0oT,
https://www.peekvids.com/watch?v=i3NeQGcXF8s, https://www.peekvids.com/watch?v=VqAKJmqyhTH, https://www.peekvids.com/watch?v=29n5IiagiDX,
https://www.peekvids.com/watch?v=IE3sDHjzvzT, https://www.peekvids.com/watch?v=BrsX9aiN0QK, https://www.peekvids.com/watch?v=C9CkWpenMaH,
https://www.peekvids.com/watch?v=FmO2B20-3xz, https://www.peekvids.com/watch?v=Vm5twP3GKun, https://www.peekvids.com/watch?v=jRLaXIL4WnD,
https://www.peekvids.com/watch?v=Xhv9ERg9aST, https://www.peekvids.com/watch?v=n6W0uYFovnE, https://www.peekvids.com/watch?v=nUeuLsesI3e,
https://www.peekvids.com/watch?v=SXaXSuz0YxN, https://www.peekvids.com/watch?v=z02KvEngwgr, https://www.peekvids.com/watch?v=9j2OPO-YB0-,
https://www.peekvids.com/watch?v=fINhUIsTaCn, https://www.peekvids.com/watch?v=UrGDMPfPAYn, https://www.peekvids.com/watch?v=O92NOMiCyTv,
https://www.peekvids.com/watch?v=utgd6suDQwQ, https://www.peekvids.com/watch?v=nIBtjDccJZu, https://www.peekvids.com/watch?v=vHmMs5-BiGX,
https://www.peekvids.com/watch?v=8zYKRgaVgpt, https://www.peekvids.com/watch?v=HJ3gpWjIccd, https://www.peekvids.com/watch?v=kdbmJ-Zj2QW,
https://www.peekvids.com/watch?v=Coiq8kmZdW8, https://www.peekvids.com/watch?v=cSSpfmzUSdp, https://www.peekvids.com/watch?v=jJbrGbhqE2D,
https://www.peekvids.com/watch?v=JYfesWbj74M, https://www.peekvids.com/watch?v=e2jP5RioMs9, https://www.peekvids.com/watch?v=eT5SCk3LK6Q,
https://www.peekvids.com/watch?v=KygcjrGH8w4, https://www.peekvids.com/watch?v=C9oc7ptsw6k, https://www.peekvids.com/watch?v=JgnchOZb4IR,
https://www.peekvids.com/watch?v=SJGkuvJbKPv, https://www.peekvids.com/watch?v=OsbpAyieiuL, https://www.peekvids.com/watch?v=pLrvAdKGDXx,
https://www.peekvids.com/watch?v=k5zDHKQL02y, https://www.peekvids.com/watch?v=MAoBFzbRwQS, https://www.peekvids.com/watch?v=JwGtFeC5Cdc,
https://www.peekvids.com/watch?v=iq7OQBHKg9n, https://www.peekvids.com/watch?v=HPUd40kOAR7, https://www.peekvids.com/watch?v=Ig7RlsclmOP,
https://www.peekvids.com/watch?v=zyoJRCQ3C5C, https://www.peekvids.com/watch?v=bviGJo4QGtK, https://www.peekvids.com/watch?v=nUFlqIatvdr,
https://www.peekvids.com/watch?v=vYm5PdR3bZR, https://www.peekvids.com/watch?v=R7hgQ6AacJJ, https://www.peekvids.com/watch?v=WdSq6zlxer9,
https://www.peekvids.com/watch?v=yVGLWwuqNu4, https://www.peekvids.com/watch?v=eYEd-zVD3Qz, https://www.peekvids.com/watch?v=Y60ah6cWgGv,
https://www.peekvids.com/watch?v=smolCSWXLBU, https://www.peekvids.com/watch?v=LQ3syfyQvu0, https://www.peekvids.com/watch?v=TOR-heZMyyu,
https://www.peekvids.com/watch?v=yj2dyovhjXj, https://www.peekvids.com/watch?v=pkdjS9b9gWr, https://www.peekvids.com/watch?v=bTqprAOC3Tl,
https://www.peekvids.com/watch?v=lNBST0b6CLu, https://www.peekvids.com/watch?v=ZVue0UwZZqA, https://www.peekvids.com/watch?v=-7b8FBQB2rC,
https://www.peekvids.com/watch?v=YwEviC2s-zT, https://www.peekvids.com/watch?v=FhjHHKSQ9Lp, https://www.peekvids.com/watch?v=HBY97yaSvga,
https://www.peekvids.com/watch?v=Ds6f5RF9PuD, https://www.peekvids.com/watch?v=ZrG8MWhATMD, https://www.peekvids.com/watch?v=GUlX2wXMBFh,
https://www.peekvids.com/watch?v=gV90MWLABdv, https://www.peekvids.com/watch?v=GHadmMO9wHV, https://www.peekvids.com/watch?v=6Fox56Y6Vh3,
https://www.peekvids.com/watch?v=y-ilhnEqKWA, https://www.peekvids.com/watch?v=YT6Uu-5Bxix, https://www.peekvids.com/watch?v=K2gM565zRPy,
https://www.peekvids.com/watch?v=pSDOo7oJOlL, https://www.peekvids.com/watch?v=qyn7BVGi2bh, https://www.peekvids.com/watch?v=EHamDz58xrd,
https://www.peekvids.com/watch?v=SsYYuTXGfNf, https://www.peekvids.com/watch?v=JLSTcqDzZNC, https://www.peekvids.com/watch?v=gFzD6zmQRCP,
https://www.peekvids.com/watch?v=VVTsFYioKt4, https://www.peekvids.com/watch?v=wid0L2qfVCF, https://www.peekvids.com/watch?v=isfQHVD-Bex,
https://www.peekvids.com/watch?v=MfPPHemIK6N, https://www.peekvids.com/watch?v=JVavtASPANc, https://www.peekvids.com/watch?v=nXEl4qCh85W,
https://www.peekvids.com/watch?v=wpHVqphwpGW, https://www.peekvids.com/watch?v=VHPhrOp0e8V, https://www.peekvids.com/watch?v=VvmHVDFcuj-,
https://www.peekvids.com/watch?v=yLwyQlpaX9e, https://www.peekvids.com/watch?v=NxfendMBMU0, https://www.peekvids.com/watch?v=eTpu-uNcY5s,
https://www.peekvids.com/watch?v=dNOBD4erJLf, https://www.peekvids.com/watch?v=z8TQAoZOkkf, https://www.peekvids.com/watch?v=ktPNAiQ5Wyt,
https://www.peekvids.com/watch?v=E45w0uilFQl, https://www.peekvids.com/watch?v=zQDFReVaksb, https://www.peekvids.com/watch?v=Cl6rQjM4OY-,
https://www.peekvids.com/watch?v=smw-zmM7uwu, https://www.peekvids.com/watch?v=ZzvlWBKyVrn, https://www.peekvids.com/watch?v=yEmgypZ6waH,
https://www.peekvids.com/watch?v=4S-SEZBlHLK, https://www.peekvids.com/watch?v=5I5hm9JpUQp, https://www.peekvids.com/watch?v=8EpEUjsrE-i,
https://www.peekvids.com/watch?v=ddrVarG9isI, https://www.peekvids.com/watch?v=GSOG8dXuXtb, https://www.peekvids.com/watch?v=brCx9uY93DR,
https://www.peekvids.com/watch?v=KrMAM0vmyt3, https://www.peekvids.com/watch?v=fsT33QGkAWq, https://www.peekvids.com/watch?v=L0Ys7y6EE-T,
https://www.peekvids.com/watch?v=JXDqfseCmBj, https://www.peekvids.com/watch?v=aigdx8GG0l8, https://www.peekvids.com/watch?v=kzvs3i6rmxC,
https://www.peekvids.com/watch?v=W4DQL70DIBz, https://www.peekvids.com/watch?v=Y3rP7BmuEYK, https://www.peekvids.com/watch?v=zIe6tDVz3jZ,
https://www.peekvids.com/watch?v=BMEfgvYzgB6, https://www.peekvids.com/watch?v=IBmeY-KrvRk, https://www.peekvids.com/watch?v=n6ns3c6iQqE,
https://www.peekvids.com/watch?v=F4QvOclDtL3, https://www.peekvids.com/watch?v=otdIaByTOlB, https://www.peekvids.com/watch?v=rxUZNnAmNBr,
https://www.peekvids.com/watch?v=nJiZDbjk8ru, https://www.peekvids.com/watch?v=BApMbVEVlbH, https://www.peekvids.com/watch?v=LvbaRUdaYhY,
https://www.peekvids.com/watch?v=Y7tWPOH2ZQx, https://www.peekvids.com/watch?v=xm3B0Afh7l-, https://www.peekvids.com/watch?v=3shhvreskKl,

https://www.peekvids.com/watch?v=pvJN9WK8TKi, https://www.peekvids.com/watch?v=cYTK6vF-lUn, https://www.peekvids.com/watch?v=0yjAuF7tQQH,
https://www.peekvids.com/watch?v=hKc6N7LTouH, https://www.peekvids.com/watch?v=gJxp6ENz7S9, https://www.peekvids.com/watch?v=Mc9w3L3PqyL,
https://www.peekvids.com/watch?v=KdKfI546aMD, https://www.peekvids.com/watch?v=SdZ0TdlaG0x, https://www.peekvids.com/watch?v=vVd8L6vtGCB,
https://www.peekvids.com/watch?v=kEcr9mf7e2b, https://www.peekvids.com/watch?v=lfkFQcKJ5vc, https://www.peekvids.com/watch?v=unSCXTixjwJ,
https://www.peekvids.com/watch?v=ArsAM9AuB8N, https://www.peekvids.com/watch?v=ojf6CBo9tdQ, https://www.peekvids.com/watch?v=QcolYQ6BApZ,
https://www.peekvids.com/watch?v=lHztVHuILUp, https://www.peekvids.com/watch?v=tPKwBEdiLvf, https://www.peekvids.com/watch?v=V8gC6SRIJFq,
https://www.peekvids.com/watch?v=7SWo2KhIqdG, https://www.peekvids.com/watch?v=Vq2284P4wHl, https://www.peekvids.com/watch?v=77cW6-owScF,
https://www.peekvids.com/watch?v=9rnTrIFkSrY, https://www.peekvids.com/watch?v=967JwyNRZMl, https://www.peekvids.com/watch?v=7UJGHVkeMGe,
https://www.peekvids.com/watch?v=rYSZGJA2uvN, https://www.peekvids.com/watch?v=CDtdJNBAWqi, https://www.peekvids.com/watch?v=Pfy7ilE2NIC,
https://www.peekvids.com/watch?v=e3ARkhMeaLF, https://www.peekvids.com/watch?v=DCpSlFcvD-O, https://www.peekvids.com/watch?v=djGLCqM5DRw,
https://www.peekvids.com/watch?v=zAjgCCn7zxI, https://www.peekvids.com/watch?v=jyPYdVMrFH3, https://www.peekvids.com/watch?v=qB4bgyePxIY,
https://www.peekvids.com/watch?v=N7nINQ7VSb2, https://www.peekvids.com/watch?v=cYXG553Su9j, https://www.peekvids.com/watch?v=wYXSxCFiFOR,
https://www.peekvids.com/watch?v=0CvUSfTv33J, https://www.peekvids.com/watch?v=g8dSSs3gGBI, https://www.peekvids.com/watch?v=aMGKOYEErpQ,
https://www.peekvids.com/watch?v=jby85wQAkje, https://www.peekvids.com/watch?v=JZpUc4Aw8LN, https://www.peekvids.com/watch?v=4F47inr0R3w,
https://www.peekvids.com/watch?v=cVUDPcaOZWo, https://www.peekvids.com/watch?v=SOF2lKsf8l2, https://www.peekvids.com/watch?v=z-bGWaKezjK,
https://www.peekvids.com/watch?v=yD9MxNfQtL2, https://www.peekvids.com/watch?v=-OtJe0Rvy6D, https://www.peekvids.com/watch?v=YRKYEzOnKVM,
https://www.peekvids.com/watch?v=vunyht6DXdX, https://www.peekvids.com/watch?v=zM7yrITb-Ud, https://www.peekvids.com/watch?v=l20eD35zSh8,
https://www.peekvids.com/watch?v=zlToHjelTQV, https://www.peekvids.com/watch?v=uQBV2zePwHY, https://www.peekvids.com/watch?v=8megINzrZC9,
https://www.peekvids.com/watch?v=aZ-rqC9Wpok, https://www.peekvids.com/watch?v=JhWAAWZj86u, https://www.peekvids.com/watch?v=AvfsxMObInI,
https://www.peekvids.com/watch?v=aXbxDUWFlqd, https://www.peekvids.com/watch?v=Mf3HXJgwfxU, https://www.peekvids.com/watch?v=KxREOHEziyb,
https://www.peekvids.com/watch?v=gTGeEcntsE0, https://www.peekvids.com/watch?v=nxRraowNP-d, https://www.peekvids.com/watch?v=i7UDfUGnE6L,
https://www.peekvids.com/watch?v=6vUkXomcG8W, https://www.peekvids.com/watch?v=P3i-JVDlNwk, https://www.peekvids.com/watch?v=iQSUYJAryNd,
https://www.peekvids.com/watch?v=vPPd62Ndpo7, https://www.peekvids.com/watch?v=hrkpMpTuqsf, https://www.peekvids.com/watch?v=hgmYDOOzcnr,
https://www.peekvids.com/watch?v=wzykvMy6D2p, https://www.peekvids.com/watch?v=U0FM20C0iNa, https://www.peekvids.com/watch?v=HGHYuUpac6v,
https://www.peekvids.com/watch?v=rgpU9Znhcfa, https://www.peekvids.com/watch?v=quPjrXxJNfB, https://www.peekvids.com/watch?v=zSQ9WGPh5LL,
https://www.peekvids.com/watch?v=dery2i6hjl0, https://www.peekvids.com/watch?v=J3Jslmu2VkV, https://www.peekvids.com/watch?v=TDZfJOZSA29,
https://www.peekvids.com/watch?v=J4oEWaAy52K, https://www.peekvids.com/watch?v=6DdfLPkLrQM, https://www.peekvids.com/watch?v=6E8dss9jyzd,
https://www.peekvids.com/watch?v=A5mA8WdntGN, https://www.peekvids.com/watch?v=xH7gMj-3WBF, https://www.peekvids.com/watch?v=QCzNAMnpE06,
https://www.peekvids.com/watch?v=LMVznpFYG4j, https://www.peekvids.com/watch?v=ck8ieplg7Qb, https://www.peekvids.com/watch?v=W9ujyaxnA-3,
https://www.peekvids.com/watch?v=T96g-nzto6T, https://www.peekvids.com/watch?v=GIsXHblbLEE, https://www.peekvids.com/watch?v=js8nlnVNR8K,
https://www.peekvids.com/watch?v=mP9ohHuFuZ7, https://www.peekvids.com/watch?v=jhFjCcvs-as, https://www.peekvids.com/watch?v=65ribgapg0s,
https://www.peekvids.com/watch?v=6xMf-hmUBaY, https://www.peekvids.com/watch?v=kVXTEzoitVz, https://www.peekvids.com/watch?v=-BaqtIZpKVn,
https://www.peekvids.com/watch?v=7HpTsypmOl6, https://www.peekvids.com/watch?v=2p0EkXP9oLo, https://www.peekvids.com/watch?v=lCrrV80qfIz,
https://www.peekvids.com/watch?v=9WxDDvNCnA0, https://www.peekvids.com/watch?v=yP0ufF-Y8Kl, https://www.peekvids.com/watch?v=hlzIu-GRR7u,
https://www.peekvids.com/watch?v=Tyd-YSnEJYj, https://www.peekvids.com/watch?v=pt2dasgknx7, https://www.peekvids.com/watch?v=oTm-GuIoPKD,
https://www.peekvids.com/watch?v=d0Awu7-mH9P, https://www.peekvids.com/watch?v=NTGAaArVJkV, https://www.peekvids.com/watch?v=wyUZMJ0CIpk,
https://www.peekvids.com/watch?v=JHPuY7LVDg2, https://www.peekvids.com/watch?v=pxtN2RuJNzS, https://www.peekvids.com/watch?v=rGg5TJBKPuH,
https://www.peekvids.com/watch?v=eEfBh7opDVD, https://www.peekvids.com/watch?v=aEJV-Fsz6vK, https://www.peekvids.com/watch?v=Ur8q6HhNr3G,
https://www.peekvids.com/watch?v=9ghzcIPAeKT, https://www.peekvids.com/watch?v=hQ5pnr8dFcZ, https://www.peekvids.com/watch?v=lXSJHfuPAxx,
https://www.peekvids.com/watch?v=uuUeNdytr6Y, https://www.peekvids.com/watch?v=Ixv6WGc9K7r
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ariifoo
5.b. Uploader's email address: weqrbooliy@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ariifoo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=C1hHa_bT_nX, https://www.peekvids.com/watch?v=8XFsRRKKXwk,
https://www.peekvids.com/watch?v=au4ZeJD--1J, https://www.peekvids.com/watch?v=zXvoR82Q6Sv, https://www.peekvids.com/watch?v=z4ZNE5m05T0,
https://www.peekvids.com/watch?v=JkXGc9ePkfk, https://www.peekvids.com/watch?v=fJuvtZJlnGp, https://www.peekvids.com/watch?v=ShOBj55aciJ,
https://www.peekvids.com/watch?v=BsJHBr5gKCG, https://www.peekvids.com/watch?v=dd6OsSi2yrj, https://www.peekvids.com/watch?v=6rTkpnvu22z,
https://www.peekvids.com/watch?v=Q0ZULtLlyM5, https://www.peekvids.com/watch?v=fNvz6x-9xgV, https://www.peekvids.com/watch?v=t35zkbyIZz9,
https://www.peekvids.com/watch?v=cOElJ7SHfrd, https://www.peekvids.com/watch?v=ghSuwB4S2PL, https://www.peekvids.com/watch?v=WJ1jz1D2gyS,
https://www.peekvids.com/watch?v=cog1Rt0on_p, https://www.peekvids.com/watch?v=84BcM_HbY8Z, https://www.peekvids.com/watch?v=riR6vJelMD4,
https://www.peekvids.com/watch?v=67QjD0cbfmZ, https://www.peekvids.com/watch?v=MzG8F42AEHr, https://www.peekvids.com/watch?v=j1-EWq4r5A2,
https://www.peekvids.com/watch?v=onh4X-JG-89, https://www.peekvids.com/watch?v=az5ugtFHBgo, https://www.peekvids.com/watch?v=z2zxaBpFkaz,
https://www.peekvids.com/watch?v=bq1IAZE-szk, https://www.peekvids.com/watch?v=faYpYW6b6nX, https://www.peekvids.com/watch?v=9FjMviJADOx,
https://www.peekvids.com/watch?v=7nrmobgDWp8, https://www.peekvids.com/watch?v=QMqlepRxQZw, https://www.peekvids.com/watch?v=Q-J7PkDrnNW,
https://www.peekvids.com/watch?v=6r2hL4gd21V, https://www.peekvids.com/watch?v=MBDaT0pSn2e, https://www.peekvids.com/watch?v=WWNMGF0sS_T,
https://www.peekvids.com/watch?v=l4iRRQL9XMm, https://www.peekvids.com/watch?v=0ErWbzKw24f, https://www.peekvids.com/watch?v=ymH0hNYSTJu,
https://www.peekvids.com/watch?v=4I8DqkoYJo7, https://www.peekvids.com/watch?v=OJ-5U2knQiW, https://www.peekvids.com/watch?v=L4S3Cnjcvtk,
https://www.peekvids.com/watch?v=0iAgnPIsBgD, https://www.peekvids.com/watch?v=g-NP1ynpS-5, https://www.peekvids.com/watch?v=IrtEjQp8zqL,
https://www.peekvids.com/watch?v=Cj3vCDZmw3V, https://www.peekvids.com/watch?v=znALbiidyAf, https://www.peekvids.com/watch?v=fJtrELbbc3i,
https://www.peekvids.com/watch?v=WRfNY9DkLCL, https://www.peekvids.com/watch?v=Jo7-_vJu4Aq, https://www.peekvids.com/watch?v=cghjc_vDFZ7,
https://www.peekvids.com/watch?v=gUqBzGhpjm9, https://www.peekvids.com/watch?v=a_1ry_0VyFO, https://www.peekvids.com/watch?v=eEWp3aTMo0y,
https://www.peekvids.com/watch?v=KUHfAqNGoio, https://www.peekvids.com/watch?v=5LynIzsFU2k, https://www.peekvids.com/watch?v=nswNBDkTG42,
https://www.peekvids.com/watch?v=Yf2Zd4Ka7nG, https://www.peekvids.com/watch?v=BG1WlG_1VHX, https://www.peekvids.com/watch?v=kUVL48NoKwy,
https://www.peekvids.com/watch?v=lMC8F1coMP8, https://www.peekvids.com/watch?v=G3S7xqGDaEA, https://www.peekvids.com/watch?v=VOK3okIWbPa,
https://www.peekvids.com/watch?v=Di29yN0u9lz, https://www.peekvids.com/watch?v=zGdIoY8JTwd, https://www.peekvids.com/watch?v=UfPnM_mZ7X5,
https://www.peekvids.com/watch?v=Dn2kUdVB-7o, https://www.peekvids.com/watch?v=0fIyck5smkx, https://www.peekvids.com/watch?v=pbTtWrRuDF9,
https://www.peekvids.com/watch?v=WwZfpZDZR2M, https://www.peekvids.com/watch?v=4vi8LZ80rJx, https://www.peekvids.com/watch?v=LtVsNJG7lOk,
https://www.peekvids.com/watch?v=WzKp4XIATt2, https://www.peekvids.com/watch?v=83QPk6ANR35, https://www.peekvids.com/watch?v=E4TFhdzyvcm,
https://www.peekvids.com/watch?v=CIJ21nOhWcM, https://www.peekvids.com/watch?v=6M4lYIYSXJD, https://www.peekvids.com/watch?v=Vj98GykmmDt,
https://www.peekvids.com/watch?v=cuhh6aBdBBO, https://www.peekvids.com/watch?v=BRxdyvX8Kqc, https://www.peekvids.com/watch?v=7BfJi7LPy_5,
https://www.peekvids.com/watch?v=vY6xq9f9XI7, https://www.peekvids.com/watch?v=Cbf0Zajj5nf, https://www.peekvids.com/watch?v=9gYNOSRpPb0,
https://www.peekvids.com/watch?v=mzQRH_PqI0o, https://www.peekvids.com/watch?v=XlQO5bEa-AC, https://www.peekvids.com/watch?v=fG-93Bsw_Lo,
https://www.peekvids.com/watch?v=f1WU0x3GBLw, https://www.peekvids.com/watch?v=KT7CBER98d3, https://www.peekvids.com/watch?v=37uJF0EKK1J,
https://www.peekvids.com/watch?v=qIfOuN7mB6U, https://www.peekvids.com/watch?v=p_Mc9R8D0Qi, https://www.peekvids.com/watch?v=781bTzyJxyz,
https://www.peekvids.com/watch?v=Ya-Rs2xqVMa, https://www.peekvids.com/watch?v=wVO6eZH15aP, https://www.peekvids.com/watch?v=gRC0qqsyIKF,
https://www.peekvids.com/watch?v=Yny9FkQYIaH, https://www.peekvids.com/watch?v=WhbdI1w0enH, https://www.peekvids.com/watch?v=MXmCyqkakdN,
https://www.peekvids.com/watch?v=47uUDEVoVh6, https://www.peekvids.com/watch?v=V4yHunMKX1t, https://www.peekvids.com/watch?v=b_BaEsbO2cR,
https://www.peekvids.com/watch?v=f36S8EuWfxw, https://www.peekvids.com/watch?v=mAAfWSE4y4d, https://www.peekvids.com/watch?v=f-OCO_u5t35,
https://www.peekvids.com/watch?v=sInTKHf4wj5
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: asfalt
5.b. Uploader's email address: erosputunin@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=asfalt
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=UMm4E0YVVeB, https://www.peekvids.com/watch?v=43BcdOIl9Kk,
https://www.peekvids.com/watch?v=qxujEspLLmA, https://www.peekvids.com/watch?v=ksClrUbQ-TL, https://www.peekvids.com/watch?v=JZIT0Mq0gY3,
https://www.peekvids.com/watch?v=L6SO8KJ1ctq, https://www.peekvids.com/watch?v=ZtLRbl9ls6k, https://www.peekvids.com/watch?v=svmnvkB6NOY,
https://www.peekvids.com/watch?v=5s1fqKcrDnj, https://www.peekvids.com/watch?v=reThNtwyNvY, https://www.peekvids.com/watch?v=Frvd71IyHrT,
https://www.peekvids.com/watch?v=TeIsrmXdZlj, https://www.peekvids.com/watch?v=khzyYm1RNhW, https://www.peekvids.com/watch?v=pkboSS4LdSs,
https://www.peekvids.com/watch?v=5W3b9N1tQXF, https://www.peekvids.com/watch?v=F3t3UVQWkLs, https://www.peekvids.com/watch?v=NDxxmrtRdPR,
https://www.peekvids.com/watch?v=cgNmQ9PV-zj, https://www.peekvids.com/watch?v=nDcN0L83FUh, https://www.peekvids.com/watch?v=7mQ1Zze-D4X,
https://www.peekvids.com/watch?v=tuyQgnOJ6DG, https://www.peekvids.com/watch?v=jyYrHFKzNXC, https://www.peekvids.com/watch?v=nHTfUUQWsJz,
https://www.peekvids.com/watch?v=aHgEu3ltxy8, https://www.peekvids.com/watch?v=IWItNBV4ICE, https://www.peekvids.com/watch?v=wKsexZ2yp-r,
https://www.peekvids.com/watch?v=C_9qXw306VZ, https://www.peekvids.com/watch?v=56WKq4C0rA2, https://www.peekvids.com/watch?v=aAseP6QNM8H,
https://www.peekvids.com/watch?v=rQZeGRUr3SK, https://www.peekvids.com/watch?v=h7J7Wo0KY53, https://www.peekvids.com/watch?v=AnRRnuZwllM,
https://www.peekvids.com/watch?v=R72sme4JW6O, https://www.peekvids.com/watch?v=XrPy4CC7RVx, https://www.peekvids.com/watch?v=H73HCKrZ7pZ,
https://www.peekvids.com/watch?v=npW0LNueoye, https://www.peekvids.com/watch?v=Rv7Evij6B3o, https://www.peekvids.com/watch?v=0fZTkcBRMUk,
https://www.peekvids.com/watch?v=YZ9EJc_vRnb, https://www.peekvids.com/watch?v=fOoNWO5BosK, https://www.peekvids.com/watch?v=fzkNVA7mDqF,
https://www.peekvids.com/watch?v=NTEHGtCgcFp, https://www.peekvids.com/watch?v=33SXLfy5rL3, https://www.peekvids.com/watch?v=DbJKwtAYawG,
https://www.peekvids.com/watch?v=aZpn0LbBvLq, https://www.peekvids.com/watch?v=Uz-3CGs1hwB, https://www.peekvids.com/watch?v=0Ac0OhCL0sh,
https://www.peekvids.com/watch?v=rb9Vbq4VbDP, https://www.peekvids.com/watch?v=0IiYJwXOh5x, https://www.peekvids.com/watch?v=3U4MOTB0cm9,
https://www.peekvids.com/watch?v=lUEeL5w_Yjh, https://www.peekvids.com/watch?v=8Z3mXJhVeeB, https://www.peekvids.com/watch?v=Adc_KuCnhLK,
https://www.peekvids.com/watch?v=hpJNf2TdtbE, https://www.peekvids.com/watch?v=ktYOMYePxPH, https://www.peekvids.com/watch?v=o7QTL6dJxvs,
https://www.peekvids.com/watch?v=hg3FNEpERAN, https://www.peekvids.com/watch?v=tUmMvE_Gg62, https://www.peekvids.com/watch?v=6N10Gld2irO,
https://www.peekvids.com/watch?v=J-02AZvpS6m, https://www.peekvids.com/watch?v=7cymcc3VxvF, https://www.peekvids.com/watch?v=5Ubwjek5L9z,
https://www.peekvids.com/watch?v=Fjls6O0GTNX, https://www.peekvids.com/watch?v=Q2b70WAAVJi, https://www.peekvids.com/watch?v=BrL7b8pHkn9,
https://www.peekvids.com/watch?v=s-zLO6nm54A, https://www.peekvids.com/watch?v=TEGEGrfSO56, https://www.peekvids.com/watch?v=8KJdhVVsY5I,
https://www.peekvids.com/watch?v=834nvZlFUAB, https://www.peekvids.com/watch?v=7JXFYvrS03U, https://www.peekvids.com/watch?v=xP-LHP3e0c5,
https://www.peekvids.com/watch?v=UdQRARDkChQ, https://www.peekvids.com/watch?v=l8sb5gBtmuo, https://www.peekvids.com/watch?v=f_wo4uYroaE,
https://www.peekvids.com/watch?v=pgjFm2mI3kH, https://www.peekvids.com/watch?v=RBfqlxIHAZB, https://www.peekvids.com/watch?v=WBT32TYaeUb,
https://www.peekvids.com/watch?v=j9UUcgPyRuG, https://www.peekvids.com/watch?v=gMxFS5SYALQ, https://www.peekvids.com/watch?v=B3FwTZ6_S-d,
https://www.peekvids.com/watch?v=W7G22C7KHwh, https://www.peekvids.com/watch?v=hZCp5M7xSy8, https://www.peekvids.com/watch?v=lLYWkqVH5sS,
https://www.peekvids.com/watch?v=xCp-oTaCHEM, https://www.peekvids.com/watch?v=Tn-943llrbF, https://www.peekvids.com/watch?v=qdoA8gewrJK,
https://www.peekvids.com/watch?v=GRfGVtZv3Z2, https://www.peekvids.com/watch?v=Xjuc6CaKIa6, https://www.peekvids.com/watch?v=PRsXFywv0QB,
https://www.peekvids.com/watch?v=RiCaKdxlcrJ, https://www.peekvids.com/watch?v=lsQ5VVwetqR, https://www.peekvids.com/watch?v=g_FIpb2AAjp,
https://www.peekvids.com/watch?v=IwCiPd88CCO, https://www.peekvids.com/watch?v=E35k3VZujEa, https://www.peekvids.com/watch?v=IHPmpEdk28U,
https://www.peekvids.com/watch?v=iFA96HDt4fE, https://www.peekvids.com/watch?v=De9tOY_FrvA, https://www.peekvids.com/watch?v=4A44WOKSUc3,
https://www.peekvids.com/watch?v=Uzj9eBGpZEA, https://www.peekvids.com/watch?v=BADl4B6aX7R, https://www.peekvids.com/watch?v=RAaVaFcwckm,
https://www.peekvids.com/watch?v=qwqc6gFpyOP, https://www.peekvids.com/watch?v=xC9H8D3jQSX, https://www.peekvids.com/watch?v=vF2pZon4LrP,
https://www.peekvids.com/watch?v=IYH4LeFiL0J, https://www.peekvids.com/watch?v=gLm1ENtL2jL, https://www.peekvids.com/watch?v=T6mKsjN2Lav,
https://www.peekvids.com/watch?v=EDDOCefzd5T, https://www.peekvids.com/watch?v=4PIAcFprKwS, https://www.peekvids.com/watch?v=4V_4oZrX1T7,
https://www.peekvids.com/watch?v=V4syl_lYFOp, https://www.peekvids.com/watch?v=xLR_OP4gfht, https://www.peekvids.com/watch?v=TgIbEy4-S_W,
https://www.peekvids.com/watch?v=amUD6cCVVQG, https://www.peekvids.com/watch?v=J4xFAw3e0aR, https://www.peekvids.com/watch?v=4_9Ix_y1h0s,
https://www.peekvids.com/watch?v=Kjq1iRcKH1w, https://www.peekvids.com/watch?v=j42bK6OtRB6, https://www.peekvids.com/watch?v=Hpua3wdEMFI,
https://www.peekvids.com/watch?v=zTas07FhedX, https://www.peekvids.com/watch?v=bHUX_pUsuHP, https://www.peekvids.com/watch?v=er2b_1KrdYQ,
https://www.peekvids.com/watch?v=fVhTacQ6FsX, https://www.peekvids.com/watch?v=ms7MPAh5SU2, https://www.peekvids.com/watch?v=O-7fdrAiDvD,
https://www.peekvids.com/watch?v=U3Kfo-JEaL8, https://www.peekvids.com/watch?v=UbZ0nuyfU5Y, https://www.peekvids.com/watch?v=3NoZDaSPcSW,
https://www.peekvids.com/watch?v=4zJkxoHS7mA, https://www.peekvids.com/watch?v=HCGTvtCNt8q, https://www.peekvids.com/watch?v=e67-N84rEJ2,
https://www.peekvids.com/watch?v=ED36ft-oAv2, https://www.peekvids.com/watch?v=asVTRQ3Fe4I, https://www.peekvids.com/watch?v=Dn239nHCbgS,
https://www.peekvids.com/watch?v=YRNX8fE8YIr, https://www.peekvids.com/watch?v=R0Y4-7Hil1m, https://www.peekvids.com/watch?v=DkWfriy9528,
https://www.peekvids.com/watch?v=KNFXLJQkxmS, https://www.peekvids.com/watch?v=KM30GyMYR8n, https://www.peekvids.com/watch?v=AzyiJ-i9Sxm,
https://www.peekvids.com/watch?v=j9eB6Hkyl5K, https://www.peekvids.com/watch?v=FA1HMBv3gEh, https://www.peekvids.com/watch?v=iNxDWGy0-55,

https://www.peekvids.com/watch?v=kbza0yyUIN7, https://www.peekvids.com/watch?v=DWFp9jahUoJ, https://www.peekvids.com/watch?v=XuF26od7qnA,
https://www.peekvids.com/watch?v=kOV-5ejGLtE, https://www.peekvids.com/watch?v=oBS9wOb3T9A, https://www.peekvids.com/watch?v=PDiKtaCTWPu,
https://www.peekvids.com/watch?v=Xqlho0u6SVj
5.f. Date of third notice: 2015-06-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ashkinazi
5.b. Uploader's email address: milfootty@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ashkinazi
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Pp7OEAS5KDu, https://www.peekvids.com/watch?v=YApZQvJJB3N,
https://www.peekvids.com/watch?v=T3F8kHyhtKZ, https://www.peekvids.com/watch?v=XMPPSu4cF3j, https://www.peekvids.com/watch?v=N09opVftoZA,
https://www.peekvids.com/watch?v=WgD7os02YpK, https://www.peekvids.com/watch?v=Gn6pcQY-GhJ, https://www.peekvids.com/watch?v=8tcUKK2g2dg,
https://www.peekvids.com/watch?v=Knn9RTXMKhF, https://www.peekvids.com/watch?v=OMkTZQfvLBi, https://www.peekvids.com/watch?v=8xKFRCD9vbr,
https://www.peekvids.com/watch?v=A7rVxsKZvU5, https://www.peekvids.com/watch?v=tNSwvQkQNyG, https://www.peekvids.com/watch?v=hpUL7ezOuRl,
https://www.peekvids.com/watch?v=06GrLtV2QNT, https://www.peekvids.com/watch?v=t2JFCOrxrwE, https://www.peekvids.com/watch?v=I2aBe-6mMvf,
https://www.peekvids.com/watch?v=qeOJsmbGrfg, https://www.peekvids.com/watch?v=bPrgN2DQ2HE, https://www.peekvids.com/watch?v=Iglccjj3ohh,
https://www.peekvids.com/watch?v=M8lCg46ZPRB, https://www.peekvids.com/watch?v=r8MnvaF9WNk, https://www.peekvids.com/watch?v=vWfOwtbRO3i,
https://www.peekvids.com/watch?v=k9o2ZRlmmcV, https://www.peekvids.com/watch?v=LWgNKrACoKh, https://www.peekvids.com/watch?v=hsrSuWJpP8q,
https://www.peekvids.com/watch?v=j0pl3nYnRQq, https://www.peekvids.com/watch?v=O9xw646kPKH, https://www.peekvids.com/watch?v=b8Xhy3pNAvF,
https://www.peekvids.com/watch?v=b9NtKwFF5rC, https://www.peekvids.com/watch?v=Iq4WuUzgUsG, https://www.peekvids.com/watch?v=UAOoJZXSeBr,
https://www.peekvids.com/watch?v=YzdJsE84tRl, https://www.peekvids.com/watch?v=yvck65nWuom, https://www.peekvids.com/watch?v=onKAFx3ncQr,
https://www.peekvids.com/watch?v=93jRvUZNJQd, https://www.peekvids.com/watch?v=z2GQ-4EcGAu, https://www.peekvids.com/watch?v=s7OTt3ltsDf,
https://www.peekvids.com/watch?v=oZgGK2dIPXn, https://www.peekvids.com/watch?v=crrpwPLNYlu, https://www.peekvids.com/watch?v=dICdX423lfL,
https://www.peekvids.com/watch?v=LagAoYu0frF, https://www.peekvids.com/watch?v=3Ri2rbSSDqo, https://www.peekvids.com/watch?v=yT78siysqkE,
https://www.peekvids.com/watch?v=L3Lc7F9obws, https://www.peekvids.com/watch?v=AbcnXPxZvKj, https://www.peekvids.com/watch?v=BjGCZ5yeXPN,
https://www.peekvids.com/watch?v=AJaMqhfpv2o, https://www.peekvids.com/watch?v=YciX8C6EB8a, https://www.peekvids.com/watch?v=9ocDqVGRAeD,
https://www.peekvids.com/watch?v=LOdU7eaTRRM, https://www.peekvids.com/watch?v=WRWlRkvzTl3, https://www.peekvids.com/watch?v=XgkngVP4tmA,
https://www.peekvids.com/watch?v=Mc6shamTMPi, https://www.peekvids.com/watch?v=GSiPOG3QyMv, https://www.peekvids.com/watch?v=tewMAYpBcUZ,
https://www.peekvids.com/watch?v=O2-v6UTEl4M, https://www.peekvids.com/watch?v=B49aXuiPwnc, https://www.peekvids.com/watch?v=VmpEw0zI9M0,
https://www.peekvids.com/watch?v=3TXHf3R4YE6, https://www.peekvids.com/watch?v=uGmmIlvjsbl, https://www.peekvids.com/watch?v=S2swg2l5Kqv,
https://www.peekvids.com/watch?v=iZQv4TxGkNA, https://www.peekvids.com/watch?v=ezovdQxoM6Z, https://www.peekvids.com/watch?v=B9bmovh9knD,
https://www.peekvids.com/watch?v=5JSuXRWxnLa, https://www.peekvids.com/watch?v=Flf6uW4bzeL, https://www.peekvids.com/watch?v=Ap8TQ-QNt3H,
https://www.peekvids.com/watch?v=mnd5BvIkQ8k, https://www.peekvids.com/watch?v=tplNlm7uoiB, https://www.peekvids.com/watch?v=Pu77Me8WesH,
https://www.peekvids.com/watch?v=Ou4jbiVwm7a, https://www.peekvids.com/watch?v=87wxAefoBSc, https://www.peekvids.com/watch?v=VJPYMzVnm-j,
https://www.peekvids.com/watch?v=hNdodG0BlJy, https://www.peekvids.com/watch?v=TtEzdsl8Gup, https://www.peekvids.com/watch?v=RLXsGqWJwLJ,
https://www.peekvids.com/watch?v=hE37Xxj2sYg, https://www.peekvids.com/watch?v=jGmm4XhCxS7, https://www.peekvids.com/watch?v=8PzQnId0ZSd,
https://www.peekvids.com/watch?v=5ZCNKctHc8G, https://www.peekvids.com/watch?v=tEkiFGm5XUt, https://www.peekvids.com/watch?v=JRGVIO3hmvQ,
https://www.peekvids.com/watch?v=72T5D33CdmW, https://www.peekvids.com/watch?v=ChTUGcN53zB, https://www.peekvids.com/watch?v=vtbrUOUED7G,
https://www.peekvids.com/watch?v=ceNH-w86cBp, https://www.peekvids.com/watch?v=bRBQe-gArtM, https://www.peekvids.com/watch?v=e7ek9Kc2l3W,
https://www.peekvids.com/watch?v=-w8VAqt78fF, https://www.peekvids.com/watch?v=RbODp2DyzRn, https://www.peekvids.com/watch?v=BraUYrGxOi7,
https://www.peekvids.com/watch?v=xvqzXVoBrEE, https://www.peekvids.com/watch?v=vlVxVBIy49Z, https://www.peekvids.com/watch?v=GKyDvHIEDc8,
https://www.peekvids.com/watch?v=aRVdj4TxWUZ, https://www.peekvids.com/watch?v=vqwLQQKjhrF, https://www.peekvids.com/watch?v=OzD9KnT9EO4,
https://www.peekvids.com/watch?v=2NspKQpJlML, https://www.peekvids.com/watch?v=TGLbJN5eU0V, https://www.peekvids.com/watch?v=27ybQjJoLgS,
https://www.peekvids.com/watch?v=dOGUoeC3QIM, https://www.peekvids.com/watch?v=V5ti9Eksipf, https://www.peekvids.com/watch?v=0CLdy2KzufT,
https://www.peekvids.com/watch?v=WqNw7cgpzOW, https://www.peekvids.com/watch?v=FNxek2Q2Sd0, https://www.peekvids.com/watch?v=d7i0UxR6AmY,
https://www.peekvids.com/watch?v=H652WytINvJ, https://www.peekvids.com/watch?v=slHz-UO2xIH, https://www.peekvids.com/watch?v=t-9Ru5ld-Kl,
https://www.peekvids.com/watch?v=QO0sLEk3-o2, https://www.peekvids.com/watch?v=GKZdUmh5cbZ, https://www.peekvids.com/watch?v=UPM0bkCjVl0,
https://www.peekvids.com/watch?v=LyVGrIprFgm, https://www.peekvids.com/watch?v=W4E8fcgF55Z, https://www.peekvids.com/watch?v=lm-wgJ2bxAP,
https://www.peekvids.com/watch?v=wu47IW4c7LT, https://www.peekvids.com/watch?v=YYprSQAIjsV, https://www.peekvids.com/watch?v=yRrRqJZ4Fml,
https://www.peekvids.com/watch?v=Pmh4cSk8dVn, https://www.peekvids.com/watch?v=EyKe0RsY0qg, https://www.peekvids.com/watch?v=MTOlq2g3Uyo,
https://www.peekvids.com/watch?v=eZwdR6i9eLr, https://www.peekvids.com/watch?v=VLx3t9YBbn-, https://www.peekvids.com/watch?v=9tjhAYmMkiq,
https://www.peekvids.com/watch?v=ZZelzzm3T8g, https://www.peekvids.com/watch?v=TdlVU65sqBv, https://www.peekvids.com/watch?v=DhbKaTAIzVl,
https://www.peekvids.com/watch?v=hTmpoHB0mFh, https://www.peekvids.com/watch?v=pVFsRhbhX0Z, https://www.peekvids.com/watch?v=jf2I-QloHP2,
https://www.peekvids.com/watch?v=SvK6Tb4MqPz, https://www.peekvids.com/watch?v=dCeKENREnH-, https://www.peekvids.com/watch?v=2qqr7OzlRSQ,
https://www.peekvids.com/watch?v=8Lblufcdycq
5.f. Date of third notice: 2015-04-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aya730731
5.b. Uploader's email address: billfillni@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=aya730731
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=6OZhm_mgdlW, https://www.peekvids.com/watch?v=vMCuIHrbAG4,
https://www.peekvids.com/watch?v=W-66i-WbT6G, https://www.peekvids.com/watch?v=NJ3uyfAw3qK, https://www.peekvids.com/watch?v=y6cqu5Q7Mf3,
https://www.peekvids.com/watch?v=ydLXwv_x7iQ, https://www.peekvids.com/watch?v=AScpL1KW1NR, https://www.peekvids.com/watch?v=bR6EvoatHOQ,
https://www.peekvids.com/watch?v=0PS7NmEINIH, https://www.peekvids.com/watch?v=NlGy0XLrt1y, https://www.peekvids.com/watch?v=BipPPxKSil0,
https://www.peekvids.com/watch?v=CI0e-VN0xzM, https://www.peekvids.com/watch?v=oIlZq1jTagV, https://www.peekvids.com/watch?v=pe4I3HVodgp,
https://www.peekvids.com/watch?v=30vCv2cQoRd, https://www.peekvids.com/watch?v=dLYcvmUOWuc, https://www.peekvids.com/watch?v=aN5RAzycDuf,
https://www.peekvids.com/watch?v=wZkDhnWyjfy, https://www.peekvids.com/watch?v=eydTpCZwHEF, https://www.peekvids.com/watch?v=K3xJRxXk_Qw,
https://www.peekvids.com/watch?v=4MsIEbDGbLs, https://www.peekvids.com/watch?v=CQwfc89NZNS, https://www.peekvids.com/watch?v=5MmPKQQ6pQR,
https://www.peekvids.com/watch?v=jqtWfFmj2dY, https://www.peekvids.com/watch?v=3CpAuH1HHqF, https://www.peekvids.com/watch?v=76KsDoaPUi8,
https://www.peekvids.com/watch?v=Vq1U8H7lSqB, https://www.peekvids.com/watch?v=CzjNSTFq1CD, https://www.peekvids.com/watch?v=qXu4VaYvTLx,
https://www.peekvids.com/watch?v=K6MLRz552f7, https://www.peekvids.com/watch?v=jfe9hihCezh, https://www.peekvids.com/watch?v=KL4Q_mqjyV0,
https://www.peekvids.com/watch?v=8UYI3hSFOc7, https://www.peekvids.com/watch?v=4aB87o7ryrz, https://www.peekvids.com/watch?v=2AHSbRoLx3p,
https://www.peekvids.com/watch?v=L1BtM7lqtkh, https://www.peekvids.com/watch?v=ne1n83DbkLL, https://www.peekvids.com/watch?v=Q3dh-XjYzNo,
https://www.peekvids.com/watch?v=4bPOMzK_3F7, https://www.peekvids.com/watch?v=yJOp5vP0yjr, https://www.peekvids.com/watch?v=Ciyu_a8lwTA,
https://www.peekvids.com/watch?v=eaOWP9j_i0c, https://www.peekvids.com/watch?v=iQFrnhsr-Nt, https://www.peekvids.com/watch?v=GpJn0p1cbh6,
https://www.peekvids.com/watch?v=x8X2d8NXrd2, https://www.peekvids.com/watch?v=0yvkAMoA1LB, https://www.peekvids.com/watch?v=RTgZapQkgzM,
https://www.peekvids.com/watch?v=llRc3a4PByI, https://www.peekvids.com/watch?v=xQFVct743Li, https://www.peekvids.com/watch?v=ujhm6UxOARw,
https://www.peekvids.com/watch?v=Xs6JZIP28O9, https://www.peekvids.com/watch?v=wJZA124GFL9, https://www.peekvids.com/watch?v=dE5D6jk3Wkm,
https://www.peekvids.com/watch?v=Kq4-BVnqt3P, https://www.peekvids.com/watch?v=tDF4ZUXEsoT, https://www.peekvids.com/watch?v=5jrGn6f8odN,
https://www.peekvids.com/watch?v=oDMnvWwsxJg, https://www.peekvids.com/watch?v=wsyBANrQTnF, https://www.peekvids.com/watch?v=BICXvNDTmEs
5.f. Date of third notice: 2015-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: babakWRX
5.b. Uploader's email address: jamababak1990@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=babakWRX
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pO94ZYknZ6T, https://www.peekvids.com/watch?v=ygtW8Mxlk5w,
https://www.peekvids.com/watch?v=K2sqLPV-Xpy, https://www.peekvids.com/watch?v=3MwPHBNkEnS, https://www.peekvids.com/watch?v=B8O9WUlubx-,
https://www.peekvids.com/watch?v=Wf79lOf-eq4, https://www.peekvids.com/watch?v=GTE0kma6tga, https://www.peekvids.com/watch?v=7P9XeZuJvY3,
https://www.peekvids.com/watch?v=SGkH3JDDpyn, https://www.peekvids.com/watch?v=uFKadxuGdlR, https://www.peekvids.com/watch?v=UFofhjEY-NB,
https://www.peekvids.com/watch?v=Cj5WreE99zv, https://www.peekvids.com/watch?v=lh9ULWhhXwd, https://www.peekvids.com/watch?v=mIKHJiuRqbm,
https://www.peekvids.com/watch?v=OO2u80ZZ9Hx, https://www.peekvids.com/watch?v=ffWPTwDszOA, https://www.peekvids.com/watch?v=8VBzpMVZ4qU,
https://www.peekvids.com/watch?v=fJueFU89s5w, https://www.peekvids.com/watch?v=2ylgANNq9AQ, https://www.peekvids.com/watch?v=hXBaVFPvrxx,
https://www.peekvids.com/watch?v=fqXnQ5tNi7a, https://www.peekvids.com/watch?v=kaA9BmlzckS, https://www.peekvids.com/watch?v=QcCghaOVKoi,
https://www.peekvids.com/watch?v=glIdQt6Czmx, https://www.peekvids.com/watch?v=XwXCqPEwVae, https://www.peekvids.com/watch?v=rTCckkpE4hr,
https://www.peekvids.com/watch?v=4QOhyvfKfRO, https://www.peekvids.com/watch?v=wFMJnhZpNDT, https://www.peekvids.com/watch?v=7Hp7KMrhQCY,
https://www.peekvids.com/watch?v=irvg3V-rsvR, https://www.peekvids.com/watch?v=GFf6JURyudZ, https://www.peekvids.com/watch?v=cjUT2s5KykO,
https://www.peekvids.com/watch?v=7QNxw75LoZ-, https://www.peekvids.com/watch?v=pGAO9j9-YX4, https://www.peekvids.com/watch?v=2gsmhQmV0sY,
https://www.peekvids.com/watch?v=KkE34-rnJxl, https://www.peekvids.com/watch?v=8K-LQvgScOJ, https://www.peekvids.com/watch?v=VdIlFGx7Jeo,
https://www.peekvids.com/watch?v=ro8Yr5uD0ZE, https://www.peekvids.com/watch?v=PgmGXFUBNNM, https://www.peekvids.com/watch?v=y4semcyfbYY,
https://www.peekvids.com/watch?v=vuFkdUNricn, https://www.peekvids.com/watch?v=paaMDKHvqV-, https://www.peekvids.com/watch?v=QfIoP6mZGqS,
https://www.peekvids.com/watch?v=uf3LEx2fGmP, https://www.peekvids.com/watch?v=MpQlZzlbDa3, https://www.peekvids.com/watch?v=YUzq2FhEe7E,
https://www.peekvids.com/watch?v=WSuW3mXvP6w, https://www.peekvids.com/watch?v=vrvu9bMxuEN, https://www.peekvids.com/watch?v=P8OKW0XNKxd,
https://www.peekvids.com/watch?v=GtTEqV9-Mh6, https://www.peekvids.com/watch?v=R33XkSLSLL3, https://www.peekvids.com/watch?v=8SzZVPCOZvr,
https://www.peekvids.com/watch?v=ps0rxzPoNjd, https://www.peekvids.com/watch?v=T5bOfDNodfR, https://www.peekvids.com/watch?v=m7AFBgP0HtB,
https://www.peekvids.com/watch?v=psK8T7Xuse4, https://www.peekvids.com/watch?v=sw-qmiaJ8WK, https://www.peekvids.com/watch?v=KxFiZhD6x3w,
https://www.peekvids.com/watch?v=GUTQLqnITTF, https://www.peekvids.com/watch?v=Z68CIJ8AFkA, https://www.peekvids.com/watch?v=sBfy-ud5G3B,
https://www.peekvids.com/watch?v=OJqiD74PEfe, https://www.peekvids.com/watch?v=sl88dPvVI7y, https://www.peekvids.com/watch?v=HrNiORa4h5R,
https://www.peekvids.com/watch?v=EYAfGcRzo39, https://www.peekvids.com/watch?v=ilNPkROvW0z, https://www.peekvids.com/watch?v=eYqeRu-Smj7,
https://www.peekvids.com/watch?v=TE8mwc48EyX, https://www.peekvids.com/watch?v=84ZaXOv7gOj, https://www.peekvids.com/watch?v=w-tyYhNRgYT,
https://www.peekvids.com/watch?v=xWjJur2dVcZ, https://www.peekvids.com/watch?v=WUyMUhR32dS, https://www.peekvids.com/watch?v=it9q6CoZZx7,
https://www.peekvids.com/watch?v=59o9ejIGc7Y, https://www.peekvids.com/watch?v=Hmjx7ZU-q9z, https://www.peekvids.com/watch?v=dlZlT2dB53Q,
https://www.peekvids.com/watch?v=JiaoGaCUm7r, https://www.peekvids.com/watch?v=Y5dilmBO7Bp, https://www.peekvids.com/watch?v=qnb7SBH-w5T,
https://www.peekvids.com/watch?v=gHomjQ89DzY, https://www.peekvids.com/watch?v=cI4ufURrx9s, https://www.peekvids.com/watch?v=thJ8gMlurz8,
https://www.peekvids.com/watch?v=Dyx-0gH8gBp, https://www.peekvids.com/watch?v=d82ZRu7VP2W, https://www.peekvids.com/watch?v=TAZ0eBjtx2m,
https://www.peekvids.com/watch?v=ZYcV3YmCXK5, https://www.peekvids.com/watch?v=IUxsNLylrby, https://www.peekvids.com/watch?v=st5-QOlC5Ld,
https://www.peekvids.com/watch?v=chjPMwTgDEI, https://www.peekvids.com/watch?v=AbXuix0F3YQ, https://www.peekvids.com/watch?v=AD33i43CA2H,
https://www.peekvids.com/watch?v=5guUfzk2REV, https://www.peekvids.com/watch?v=R0e60dYKZr3, https://www.peekvids.com/watch?v=BC36UBwLyGD,
https://www.peekvids.com/watch?v=bjdPofw5HVH, https://www.peekvids.com/watch?v=60WlRMBt-Nf, https://www.peekvids.com/watch?v=XS2A4MuEt30,
https://www.peekvids.com/watch?v=0EV2Q3KGl60, https://www.peekvids.com/watch?v=DzyOHDNnqqI, https://www.peekvids.com/watch?v=82vYiaRUGDM,
https://www.peekvids.com/watch?v=8s8mZpcLnU3, https://www.peekvids.com/watch?v=mdxnS3lg36U, https://www.peekvids.com/watch?v=oSbaDZrmK8U,
https://www.peekvids.com/watch?v=SCZZk-8KfV2, https://www.peekvids.com/watch?v=yHtZ0R7mELf, https://www.peekvids.com/watch?v=7gaiHBoIsxQ,
https://www.peekvids.com/watch?v=rLzXhEB6JFE, https://www.peekvids.com/watch?v=eWbjbp5pgF6, https://www.peekvids.com/watch?v=csNqilaXPck,
https://www.peekvids.com/watch?v=8G3yvn4KkM0, https://www.peekvids.com/watch?v=mcNKoEaZZdt, https://www.peekvids.com/watch?v=RG0vvwNEiEM,
https://www.peekvids.com/watch?v=FBYs6nihBvv, https://www.peekvids.com/watch?v=jf-043bonxV, https://www.peekvids.com/watch?v=hsUn4Q6o4Ak,
https://www.peekvids.com/watch?v=JS3L4r95UEx, https://www.peekvids.com/watch?v=5sdEB5ODzmH, https://www.peekvids.com/watch?v=mz9AAnzqMSf,
https://www.peekvids.com/watch?v=k5dKciNQtPX, https://www.peekvids.com/watch?v=meTBE0g4QwG, https://www.peekvids.com/watch?v=KWjkTqxx0nd,
https://www.peekvids.com/watch?v=AgYDVHHY6me, https://www.peekvids.com/watch?v=Gg9qSMiZyej, https://www.peekvids.com/watch?v=ak2kmaDY6Vu,
https://www.peekvids.com/watch?v=g2IhvXAQ4IR, https://www.peekvids.com/watch?v=WkGH-HA9Jpx, https://www.peekvids.com/watch?v=awsj7QFyfdO,
https://www.peekvids.com/watch?v=ZXByhAuJqbl, https://www.peekvids.com/watch?v=xiF2rJGjAzE, https://www.peekvids.com/watch?v=jExRVuYu8Dh,
https://www.peekvids.com/watch?v=ArkVI45kZyA, https://www.peekvids.com/watch?v=xuE-oW8iGCF, https://www.peekvids.com/watch?v=Ce9GYAbPG5v,
https://www.peekvids.com/watch?v=rleX-XNOAyU, https://www.peekvids.com/watch?v=Papgm5auiR2, https://www.peekvids.com/watch?v=F3RVWlH5ZXt,
https://www.peekvids.com/watch?v=GJbwB0Ogbdu, https://www.peekvids.com/watch?v=iORD7X7M20t, https://www.peekvids.com/watch?v=98iuHJG4Sqt,
https://www.peekvids.com/watch?v=N9V49XZaAUw, https://www.peekvids.com/watch?v=fznuF9oLCzr, https://www.peekvids.com/watch?v=WkL3y4wy-zl,
https://www.peekvids.com/watch?v=YeoI6OMtAXd, https://www.peekvids.com/watch?v=p6zyNrpZRGQ, https://www.peekvids.com/watch?v=syKfJhaz6tz,

https://www.peekvids.com/watch?v=ESnzkuiAxmt, https://www.peekvids.com/watch?v=5z30GFVjl-d, https://www.peekvids.com/watch?v=X3pehG8X4yn, https://www.peekvids.com/watch?v=ZE4QFCxdApk, https://www.peekvids.com/watch?v=JNATQ92ZNuz, https://www.peekvids.com/watch?v=pPd8Sj80Yfk, https://www.peekvids.com/watch?v=lkdEbWH63Of, https://www.peekvids.com/watch?v=ExHvLKBAuZI, https://www.peekvids.com/watch?v=6UoFY7-LX2B, https://www.peekvids.com/watch?v=sfNLHAOwTYj, https://www.peekvids.com/watch?v=bJSHz7cJY6W, https://www.peekvids.com/watch?v=wG0CIsyf09B, https://www.peekvids.com/watch?v=H0e5AKozqoR, https://www.peekvids.com/watch?v=owXoWU9uk4w, https://www.peekvids.com/watch?v=sDS38ExSa9U, https://www.peekvids.com/watch?v=gOgvVALiLlc, https://www.peekvids.com/watch?v=95ThNR3RTFr, https://www.peekvids.com/watch?v=wTF9KwsNXeJ, https://www.peekvids.com/watch?v=sdO9isjj2xi, https://www.peekvids.com/watch?v=Yw6GjVj-wuF, https://www.peekvids.com/watch?v=hzjWy9Gnq8X, https://www.peekvids.com/watch?v=V9zUdztwYpo, https://www.peekvids.com/watch?v=yAwNK3McOCk, https://www.peekvids.com/watch?v=EQvzC84LOHG, https://www.peekvids.com/watch?v=-4csHQwb20I, https://www.peekvids.com/watch?v=27WgE-LvlSj, https://www.peekvids.com/watch?v=CKfxwpmddsL, https://www.peekvids.com/watch?v=GjNYuNaBTpM, https://www.peekvids.com/watch?v=2yOBpgDOxxB, https://www.peekvids.com/watch?v=T8VtFGH8xGH, https://www.peekvids.com/watch?v=TjFPM0S3f6l, https://www.peekvids.com/watch?v=Q-TWhqbHapN, https://www.peekvids.com/watch?v=rxQgjtACYQJ, https://www.peekvids.com/watch?v=tpLnQWRZwGN, https://www.peekvids.com/watch?v=79BQOAHDd33, https://www.peekvids.com/watch?v=8LLWU6Cu82R, https://www.peekvids.com/watch?v=jgY4TsK6ZWu, https://www.peekvids.com/watch?v=FjgoWCsGTH5, https://www.peekvids.com/watch?v=hgDTHr3XSc-, https://www.peekvids.com/watch?v=oDgmSRPh-Rk, https://www.peekvids.com/watch?v=eGfrgOmbzM5, https://www.peekvids.com/watch?v=Tx8EAohVhe6, https://www.peekvids.com/watch?v=7tPKkbMEtgF, https://www.peekvids.com/watch?v=GqjWEpfhewF, https://www.peekvids.com/watch?v=3XxDvIjJRg8, https://www.peekvids.com/watch?v=xLLv86RaJxZ, https://www.peekvids.com/watch?v=-HI9c9TkZ4I, https://www.peekvids.com/watch?v=nyBgbLKP7o0, https://www.peekvids.com/watch?v=xRUoIshWDui, https://www.peekvids.com/watch?v=y8VTggM4sWQ, https://www.peekvids.com/watch?v=RgqDmVCYgOG, https://www.peekvids.com/watch?v=CHvGLNhvrWw, https://www.peekvids.com/watch?v=AWjqo0Fp2Vi, https://www.peekvids.com/watch?v=XreYSXdu6dc, https://www.peekvids.com/watch?v=HuqnIHI0kfn, https://www.peekvids.com/watch?v=2OXGfdMIRa7, https://www.peekvids.com/watch?v=OHz8rWK9Dya, https://www.peekvids.com/watch?v=0puE5inwyUC, https://www.peekvids.com/watch?v=EglHxuaJ5Th, https://www.peekvids.com/watch?v=uRFQST8moMI, https://www.peekvids.com/watch?v=JHxX6yZfh-H, https://www.peekvids.com/watch?v=3baUzPYDZFl, https://www.peekvids.com/watch?v=tCW4TROGADC, https://www.peekvids.com/watch?v=mOVd8R6bE8e, https://www.peekvids.com/watch?v=OxJxdF2a00b, https://www.peekvids.com/watch?v=ruZejN03wcV, https://www.peekvids.com/watch?v=LtAGFsiLWdp, https://www.peekvids.com/watch?v=WpbEi9CAwfJ, https://www.peekvids.com/watch?v=OvEDEoUW2Og, https://www.peekvids.com/watch?v=tWUGyNoFLXl, https://www.peekvids.com/watch?v=KTEZpjy9DgW, https://www.peekvids.com/watch?v=KiugJZLfepm, https://www.peekvids.com/watch?v=we-WmD6wCAu, https://www.peekvids.com/watch?v=HX9sCDxcpuy, https://www.peekvids.com/watch?v=oAWBEZRysVA, https://www.peekvids.com/watch?v=XToHJx-w9I8, https://www.peekvids.com/watch?v=HKG-p6fuIIb, https://www.peekvids.com/watch?v=SU-elLu-4-t, https://www.peekvids.com/watch?v=EpRJViOmJqT, https://www.peekvids.com/watch?v=uIrtmRrX8nI, https://www.peekvids.com/watch?v=4PhnrlgIUjo, https://www.peekvids.com/watch?v=3MubsUgH6hT, https://www.peekvids.com/watch?v=YGshfnpUkGK, https://www.peekvids.com/watch?v=TRTkKHIpbFn, https://www.peekvids.com/watch?v=D25THK-Vw70, https://www.peekvids.com/watch?v=XyRhB6oh0Nc, https://www.peekvids.com/watch?v=nkAQdiSFX2M, https://www.peekvids.com/watch?v=xfFx5NflWOK, https://www.peekvids.com/watch?v=mAWcCZypRaS, https://www.peekvids.com/watch?v=PXcLQcOTGpr, https://www.peekvids.com/watch?v=Qoi7korSWsV, https://www.peekvids.com/watch?v=tvGuP4AyEVB, https://www.peekvids.com/watch?v=nvKnvYN70k8, https://www.peekvids.com/watch?v=8JcFulU9VhS, https://www.peekvids.com/watch?v=IRORYR4H2Lz, https://www.peekvids.com/watch?v=O9UwECSQH0s, https://www.peekvids.com/watch?v=gRFxS96j8A2, https://www.peekvids.com/watch?v=pyodH7bcWGE, https://www.peekvids.com/watch?v=RsLH-aZVAah, https://www.peekvids.com/watch?v=2-mRkj8wfGE
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bakbabak
5.b. Uploader's email address: deeploveemilio@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bakbabak
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JIdtYJcezyW, https://www.peekvids.com/watch?v=9y0Ocwpxw5i, https://www.peekvids.com/watch?v=Dd8DMwnzCfy, https://www.peekvids.com/watch?v=JM4NIqanmem, https://www.peekvids.com/watch?v=86-dXDUQd-i, https://www.peekvids.com/watch?v=cJnt7GQmvWz, https://www.peekvids.com/watch?v=rLX9Wwx4VBO, https://www.peekvids.com/watch?v=sOCFxyzq-Ij, https://www.peekvids.com/watch?v=bixQQIFW-_A, https://www.peekvids.com/watch?v=GE1DQU9hHMG, https://www.peekvids.com/watch?v=CR0bzhzNt_H, https://www.peekvids.com/watch?v=2W7dnFBYTEg, https://www.peekvids.com/watch?v=hMaCRmuyiKH, https://www.peekvids.com/watch?v=gLOwLdE5QQf, https://www.peekvids.com/watch?v=s8Dku5krOxo, https://www.peekvids.com/watch?v=lUHixdK_jNB, https://www.peekvids.com/watch?v=tlHpQRkoIae, https://www.peekvids.com/watch?v=JEFmPfvuUjp, https://www.peekvids.com/watch?v=eJeBLJ1KNSS, https://www.peekvids.com/watch?v=Oequ0aAyifQ, https://www.peekvids.com/watch?v=CZqN0p0rs8Y, https://www.peekvids.com/watch?v=8uTQJ6ZOeoM, https://www.peekvids.com/watch?v=GPzkJ9ljQaa, https://www.peekvids.com/watch?v=kv2xruFgfYE, https://www.peekvids.com/watch?v=ZhRwGd9dwBm, https://www.peekvids.com/watch?v=RX5t3rzP8Ee, https://www.peekvids.com/watch?v=xY3v7Hp6PLz, https://www.peekvids.com/watch?v=zP5RzrOAY5Z, https://www.peekvids.com/watch?v=HJfAWeFqoO5, https://www.peekvids.com/watch?v=yQPWqIdG0Rc, https://www.peekvids.com/watch?v=8v0KaM9oIcw, https://www.peekvids.com/watch?v=nx4x-p9YRf0, https://www.peekvids.com/watch?v=UexN0RYaYue, https://www.peekvids.com/watch?v=S7kvZxOI_XT, https://www.peekvids.com/watch?v=Vw8W6AsSJOS, https://www.peekvids.com/watch?v=NauA5qSBBuQ, https://www.peekvids.com/watch?v=hMmgkrU0-jD, https://www.peekvids.com/watch?v=eQJeHAwhNrN, https://www.peekvids.com/watch?v=qbFm6MeYspE, https://www.peekvids.com/watch?v=sJpbim2Lac5, https://www.peekvids.com/watch?v=7nr0AE92r-J, https://www.peekvids.com/watch?v=zjph2jndi2O, https://www.peekvids.com/watch?v=YmtxVwjqmtm, https://www.peekvids.com/watch?v=ggY8XY6CzTs, https://www.peekvids.com/watch?v=J1YIw0Y8hCl, https://www.peekvids.com/watch?v=z4_kisyTrce, https://www.peekvids.com/watch?v=faYOZmRYF2e, https://www.peekvids.com/watch?v=gdaoKgB-rat, https://www.peekvids.com/watch?v=4t23N7ZksE6, https://www.peekvids.com/watch?v=99-yP6nPawn, https://www.peekvids.com/watch?v=jbGAMw43x3g, https://www.peekvids.com/watch?v=9BFB67sJvjA, https://www.peekvids.com/watch?v=iKTGacyBYFk, https://www.peekvids.com/watch?v=In7V-41Ag_S, https://www.peekvids.com/watch?v=8JvXwIjKqDV, https://www.peekvids.com/watch?v=ZJG02qTTsWt, https://www.peekvids.com/watch?v=iB0u7k6udsA, https://www.peekvids.com/watch?v=cscAbllBVqu, https://www.peekvids.com/watch?v=Zr0QKmF8ugv, https://www.peekvids.com/watch?v=Rw3kvMuQyz8, https://www.peekvids.com/watch?v=jDj1B6k0Tom, https://www.peekvids.com/watch?v=PG3k_GLG5JH, https://www.peekvids.com/watch?v=80fR_EgyVYB, https://www.peekvids.com/watch?v=gBX_omurDTF, https://www.peekvids.com/watch?v=srAWgIfm5gO, https://www.peekvids.com/watch?v=tX3HhE2_kKd, https://www.peekvids.com/watch?v=I3zvUzwkXht, https://www.peekvids.com/watch?v=4uYgGLnBhKv, https://www.peekvids.com/watch?v=gAABiEHE38g, https://www.peekvids.com/watch?v=gJH1n6CwkPX, https://www.peekvids.com/watch?v=dayFBZ2XRxg, https://www.peekvids.com/watch?v=xbQRGZPfV-G, https://www.peekvids.com/watch?v=2SZC0SyBhPC, https://www.peekvids.com/watch?v=SGzgBs2s1QO, https://www.peekvids.com/watch?v=ECBxehdjHvc, https://www.peekvids.com/watch?v=Tyl7Pv0tjmT, https://www.peekvids.com/watch?v=k8cEhiO-to2, https://www.peekvids.com/watch?v=bE_eDkclq04, https://www.peekvids.com/watch?v=lh5Ss9vegPj, https://www.peekvids.com/watch?v=oGgXX4d32m2, https://www.peekvids.com/watch?v=Uyjc5TcGMSZ, https://www.peekvids.com/watch?v=Pqtoyudy2yE, https://www.peekvids.com/watch?v=ZXqPB4KQIr9, https://www.peekvids.com/watch?v=MDGPnHzR6go, https://www.peekvids.com/watch?v=TDRpJ4UXvja, https://www.peekvids.com/watch?v=vPLI25leMPE, https://www.peekvids.com/watch?v=BoxwuNAnxTq, https://www.peekvids.com/watch?v=naa4GqIB5CT, https://www.peekvids.com/watch?v=29o3uCDld5i, https://www.peekvids.com/watch?v=RWbZ5i5kdn9, https://www.peekvids.com/watch?v=sz9fHJLIjhc, https://www.peekvids.com/watch?v=SOM8C69v7TI, https://www.peekvids.com/watch?v=ghPHqs_Ucvk, https://www.peekvids.com/watch?v=xxEayEyxd2X, https://www.peekvids.com/watch?v=RbbCAnmXv9p, https://www.peekvids.com/watch?v=UbkSG1DFf-U, https://www.peekvids.com/watch?v=8PI5kE_dfvs, https://www.peekvids.com/watch?v=S7bUbXI3oXV, https://www.peekvids.com/watch?v=hgt6fT-KqwE, https://www.peekvids.com/watch?v=UIqaCtyMFEL, https://www.peekvids.com/watch?v=LAzrcdoCZAa, https://www.peekvids.com/watch?v=wVCVpPJY7Qs, https://www.peekvids.com/watch?v=tWIcY6rq8hH, https://www.peekvids.com/watch?v=mdq7kJ8pSxd, https://www.peekvids.com/watch?v=I4B5IZ78l1J, https://www.peekvids.com/watch?v=4mShzl1XfpD, https://www.peekvids.com/watch?v=gX0tXYIjk79, https://www.peekvids.com/watch?v=gGF4yA_R27Z, https://www.peekvids.com/watch?v=LBOanQdaLeh, https://www.peekvids.com/watch?v=3nCVmkk9Zqb
5.f. Date of third notice: 2015-09-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: balacktown
5.b. Uploader's email address: kolopooerhichi@rambler.ru
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=balacktown
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=T4RNggxPkni, https://www.peekvids.com/watch?v=pa0ebfHWFco, https://www.peekvids.com/watch?v=Q723o0UDsZ0, https://www.peekvids.com/watch?v=Lw8wrJhVe8b, https://www.peekvids.com/watch?v=UiXh8H6Iffz, https://www.peekvids.com/watch?v=jSG60DOMlVS, https://www.peekvids.com/watch?v=GgD6j8Pu1-4, https://www.peekvids.com/watch?v=69yPh0lMVMd, https://www.peekvids.com/watch?v=x3BrWIpNWK5, https://www.peekvids.com/watch?v=6BdtEdwv6-u, https://www.peekvids.com/watch?v=vskM73nFytj, https://www.peekvids.com/watch?v=R98iLYygozR, https://www.peekvids.com/watch?v=SSB1kICEicR, https://www.peekvids.com/watch?v=SRdc76hhfDl, https://www.peekvids.com/watch?v=FHcMV7MG6Ms, https://www.peekvids.com/watch?v=Xpl4buEQ_Tk, https://www.peekvids.com/watch?v=Zdadg5O3mtP, https://www.peekvids.com/watch?v=D9aYxqZV9tI, https://www.peekvids.com/watch?v=TqS49Ua--RP, https://www.peekvids.com/watch?v=MFSzgMigODc, https://www.peekvids.com/watch?v=HPIr5I_CSr3, https://www.peekvids.com/watch?v=ZvToJKZ1coc, https://www.peekvids.com/watch?v=Qb_SYS6a__5, https://www.peekvids.com/watch?v=Dc6OfHvf1Q7, https://www.peekvids.com/watch?v=p4eeXnMIvWN, https://www.peekvids.com/watch?v=2btb7mW4DgF, https://www.peekvids.com/watch?v=H4oLwI7CvJE, https://www.peekvids.com/watch?v=LKsJFkLvMI9, https://www.peekvids.com/watch?v=OAHmQG7EUSH, https://www.peekvids.com/watch?v=yZFRgqaMZqJ, https://www.peekvids.com/watch?v=LyuEnL9lFXr, https://www.peekvids.com/watch?v=vvxrhd47Ikk, https://www.peekvids.com/watch?v=9q1Fu4ricjO, https://www.peekvids.com/watch?v=OE2nE75RabY, https://www.peekvids.com/watch?v=z3Pt3uvwSZP, https://www.peekvids.com/watch?v=SVh2njjW27A, https://www.peekvids.com/watch?v=46yYhI_3VyV, https://www.peekvids.com/watch?v=E5fMObfZKVk, https://www.peekvids.com/watch?v=R7fzqK3zrDJ, https://www.peekvids.com/watch?v=i2PcNVkf_BE, https://www.peekvids.com/watch?v=iArtUbgPZ9O, https://www.peekvids.com/watch?v=ucpzjKxvXEp, https://www.peekvids.com/watch?v=sLEQFImRWZx, https://www.peekvids.com/watch?v=w8_ab7zBRp6, https://www.peekvids.com/watch?v=BksSc7hKJMY, https://www.peekvids.com/watch?v=qk1FwJGlSoU, https://www.peekvids.com/watch?v=NlSSGF3i81x, https://www.peekvids.com/watch?v=xq_cCR-jsN5, https://www.peekvids.com/watch?v=QLY-KsXFbCj, https://www.peekvids.com/watch?v=3hxd1_Op9cu, https://www.peekvids.com/watch?v=eGRUPxRU5lD, https://www.peekvids.com/watch?v=vD_KD9frAmL, https://www.peekvids.com/watch?v=I8czOx70zSC, https://www.peekvids.com/watch?v=jgana7Lci5R, https://www.peekvids.com/watch?v=X6iRIZ3_Bjk, https://www.peekvids.com/watch?v=D94XlLRTDB8, https://www.peekvids.com/watch?v=Z_fLL93wSlK
5.f. Date of third notice: 2015-10-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: baloocean
5.b. Uploader's email address: westnino1999@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=baloocean
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4rzwU02o_L5, https://www.peekvids.com/watch?v=L_i39oXED4K, https://www.peekvids.com/watch?v=ToQYGnv7FDG, https://www.peekvids.com/watch?v=uYhlvACna3C, https://www.peekvids.com/watch?v=bIKFvJb5m1D, https://www.peekvids.com/watch?v=qjiEJUCrSab, https://www.peekvids.com/watch?v=JIOWsr9cqBv, https://www.peekvids.com/watch?v=yBxf38xDj2p, https://www.peekvids.com/watch?v=j2x2uRHmr7r, https://www.peekvids.com/watch?v=VX9FbWxI1c8, https://www.peekvids.com/watch?v=zpgrgUcmMjK, https://www.peekvids.com/watch?v=EvX10dwailM, https://www.peekvids.com/watch?v=dy3kvAlRvZI, https://www.peekvids.com/watch?v=lB0Af8TgJUr, https://www.peekvids.com/watch?v=bqPLUOCkyj4, https://www.peekvids.com/watch?v=FzEepeMAAQC, https://www.peekvids.com/watch?v=BIXduXS040a, https://www.peekvids.com/watch?v=0OkCQ2l_AQr, https://www.peekvids.com/watch?v=yU_UOfpAGlQ, https://www.peekvids.com/watch?v=gAMbZqY9UJ7, https://www.peekvids.com/watch?v=rHqB7pS5Ngx, https://www.peekvids.com/watch?v=RCZj6zqE7XZ, https://www.peekvids.com/watch?v=rZ092HvK2F4, https://www.peekvids.com/watch?v=OzSrdPZtkcx, https://www.peekvids.com/watch?v=44Z58pPYpTR, https://www.peekvids.com/watch?v=yeNajAgIpkR, https://www.peekvids.com/watch?v=Vgq9UQBlFZp, https://www.peekvids.com/watch?v=mnPEsl5k94z, https://www.peekvids.com/watch?v=v-hzFfQ_gUD, https://www.peekvids.com/watch?v=fmnv2yn49iX, https://www.peekvids.com/watch?v=A2axCynWMZZ, https://www.peekvids.com/watch?v=kb9o53JZkiT, https://www.peekvids.com/watch?v=d7Eqhnx7AVQ, https://www.peekvids.com/watch?v=T-xMaQr4e4y, https://www.peekvids.com/watch?v=hY9Ct4kI3cT, https://www.peekvids.com/watch?v=ya2nigYekUm, https://www.peekvids.com/watch?v=0bZw8UZWRSf, https://www.peekvids.com/watch?v=8JxRsqegvDU, https://www.peekvids.com/watch?v=IzXIKoU1Ffi, https://www.peekvids.com/watch?v=AAVCwrcbgRF, https://www.peekvids.com/watch?v=ioaCp7uQO1Q, https://www.peekvids.com/watch?v=BwQrxFssLNN, https://www.peekvids.com/watch?v=R3xP5jUr7Md, https://www.peekvids.com/watch?v=Hhb0m88ih40, https://www.peekvids.com/watch?v=wAK4FY_p5-z, https://www.peekvids.com/watch?v=258Zyj74HTX, https://www.peekvids.com/watch?v=9ohlOtzI0zd, https://www.peekvids.com/watch?v=z9v6HhVkRxm, https://www.peekvids.com/watch?v=j9s-za_LfPL, https://www.peekvids.com/watch?v=Vdb58HzgxVn, https://www.peekvids.com/watch?v=fG3xWh6lp1J, https://www.peekvids.com/watch?v=nHD5hODhjdk, https://www.peekvids.com/watch?v=hX5yhKOgK-N, https://www.peekvids.com/watch?v=ZOWRUCWBcEt, https://www.peekvids.com/watch?v=Dnd8EEo1K5U, https://www.peekvids.com/watch?v=20imlbIBizC, https://www.peekvids.com/watch?v=ATv5W-lPt0a, https://www.peekvids.com/watch?v=XgbELLF4Xth, https://www.peekvids.com/watch?v=tmtCaej3MEf, https://www.peekvids.com/watch?v=ElzwlNdq9Re, https://www.peekvids.com/watch?v=pYFh_7yWpyB, https://www.peekvids.com/watch?v=UIdgDzzp7-Q, https://www.peekvids.com/watch?v=vzNlvUBD6pl, https://www.peekvids.com/watch?v=pyzq0QCFvtE, https://www.peekvids.com/watch?v=HqfeeGkT-8k, https://www.peekvids.com/watch?v=QdXTS7nT8lj, https://www.peekvids.com/watch?v=SOZqA6o8h8Z, https://www.peekvids.com/watch?v=yfhSxCNhsoW, https://www.peekvids.com/watch?v=sYKys1L9Jm0, https://www.peekvids.com/watch?v=cJOD8NvRj8e, https://www.peekvids.com/watch?v=gntNmZ31cof, https://www.peekvids.com/watch?v=ztgAz73ga2x, https://www.peekvids.com/watch?v=SIAi0jK-iGW, https://www.peekvids.com/watch?v=fsNnlsNIemG, https://www.peekvids.com/watch?v=L0vFKEyqx3O, https://www.peekvids.com/watch?v=rPqkjbZIeRu, https://www.peekvids.com/watch?v=xjpW14nQJFs, https://www.peekvids.com/watch?v=G_bMre8X6dc, https://www.peekvids.com/watch?v=lZvY5Jfhz6Z, https://www.peekvids.com/watch?v=Uwavc4VLV-Q,

https://www.peekvids.com/watch?v=cigbWm2pvHs, https://www.peekvids.com/watch?v=kouqYydETUj, https://www.peekvids.com/watch?v=SlHEj8B8EWI,
https://www.peekvids.com/watch?v=lgiIqrw1zSn, https://www.peekvids.com/watch?v=E4UBSzZbGfs, https://www.peekvids.com/watch?v=IQBM87TkabP,
https://www.peekvids.com/watch?v=eBIXxPNoAqb, https://www.peekvids.com/watch?v=Lj8qAjdCC_l, https://www.peekvids.com/watch?v=JotcXaJ2d9e,
https://www.peekvids.com/watch?v=7xf78aL1fmB, https://www.peekvids.com/watch?v=ZuXwo805Fgu, https://www.peekvids.com/watch?v=HG8_KW8yjtz,
https://www.peekvids.com/watch?v=KpW2R4cMZZ5, https://www.peekvids.com/watch?v=vdEG0BFZMcN, https://www.peekvids.com/watch?v=49DKpIraHhB,
https://www.peekvids.com/watch?v=e_IqMuMl-Cn, https://www.peekvids.com/watch?v=gz3jA_eyi4w, https://www.peekvids.com/watch?v=xB650VMfSuN,
https://www.peekvids.com/watch?v=BjHrDisCXRP, https://www.peekvids.com/watch?v=kozU9DUUH96, https://www.peekvids.com/watch?v=rgafRATDFvi,
https://www.peekvids.com/watch?v=l5vbDfu1eab, https://www.peekvids.com/watch?v=4wGC0milhrY, https://www.peekvids.com/watch?v=upCfOn-Qs_F,
https://www.peekvids.com/watch?v=GKw3TKrWR5F, https://www.peekvids.com/watch?v=4KV7xezpz5O, https://www.peekvids.com/watch?v=mgVefTtzhoB,
https://www.peekvids.com/watch?v=hUXeGvBMPtc, https://www.peekvids.com/watch?v=GS_vStCZaRC, https://www.peekvids.com/watch?v=V-oFKhoiJoV,
https://www.peekvids.com/watch?v=rYq53SG_VAm, https://www.peekvids.com/watch?v=UYwKewD-XCz, https://www.peekvids.com/watch?v=6_Ljnau1fJu,
https://www.peekvids.com/watch?v=BtKD_EdpL8c, https://www.peekvids.com/watch?v=0sxHab6ma9t, https://www.peekvids.com/watch?v=YRrVePFtRIr,
https://www.peekvids.com/watch?v=VnTljpfjip6, https://www.peekvids.com/watch?v=HFovBCSnQp2, https://www.peekvids.com/watch?v=LSiRV-bj29B,
https://www.peekvids.com/watch?v=Ltv41yq-4k8, https://www.peekvids.com/watch?v=CMcnD0bARJw, https://www.peekvids.com/watch?v=SUyuhLM9Cg0,
https://www.peekvids.com/watch?v=bOWLyrDr16E, https://www.peekvids.com/watch?v=fYMv_Ntexxu, https://www.peekvids.com/watch?v=O72bind7lqN,
https://www.peekvids.com/watch?v=04WwHUlCVUW, https://www.peekvids.com/watch?v=PR5pz92-Qkl, https://www.peekvids.com/watch?v=6uUCSBclXuL,
https://www.peekvids.com/watch?v=9AMJHyOYPDO, https://www.peekvids.com/watch?v=ZZO44g4PdBq, https://www.peekvids.com/watch?v=7ui7t1jcx8Q,
https://www.peekvids.com/watch?v=SGC-lMLCTxs, https://www.peekvids.com/watch?v=voAF4WBkKTX, https://www.peekvids.com/watch?v=LV_c-u77OVl,
https://www.peekvids.com/watch?v=71ksdA1Lf6f, https://www.peekvids.com/watch?v=iKptW3Upu-8, https://www.peekvids.com/watch?v=bKF5hh3ZTpW,
https://www.peekvids.com/watch?v=xf_V5j0aoP5, https://www.peekvids.com/watch?v=LtXFYt90862, https://www.peekvids.com/watch?v=L89Nvteg4Tg,
https://www.peekvids.com/watch?v=31g5J_egYHI, https://www.peekvids.com/watch?v=sIah6mUobPu, https://www.peekvids.com/watch?v=lRuStqiaoHa,
https://www.peekvids.com/watch?v=pBLh-2mwavA, https://www.peekvids.com/watch?v=8KqWrz5xuU6, https://www.peekvids.com/watch?v=jaN8FZFLkS9,
https://www.peekvids.com/watch?v=P5WIWvnC7Gk, https://www.peekvids.com/watch?v=FTM7WTInDKO, https://www.peekvids.com/watch?v=BLTU5rzHnUo,
https://www.peekvids.com/watch?v=haeMhjr8D9z, https://www.peekvids.com/watch?v=PRAKec4HU8A, https://www.peekvids.com/watch?v=H5c8d_faA7H,
https://www.peekvids.com/watch?v=DlvBvWW0p4A, https://www.peekvids.com/watch?v=a9QTLOikhQg, https://www.peekvids.com/watch?v=KOhurnN24Wh,
https://www.peekvids.com/watch?v=F7cnFcgM9Kh, https://www.peekvids.com/watch?v=m-GTKE_k2cY, https://www.peekvids.com/watch?v=YU5kyIfreSX,
https://www.peekvids.com/watch?v=78XWBWL8QyI, https://www.peekvids.com/watch?v=jVB7N0cm9No, https://www.peekvids.com/watch?v=QHoof9M-loW,
https://www.peekvids.com/watch?v=fmll-GEnWVc, https://www.peekvids.com/watch?v=YrImOgDwSlE, https://www.peekvids.com/watch?v=9FEQW8VXZvy,
https://www.peekvids.com/watch?v=LurW9l9-Bap, https://www.peekvids.com/watch?v=8A-h3FD7d4g, https://www.peekvids.com/watch?v=XI_CIQHmfec,
https://www.peekvids.com/watch?v=89_6kQ2KWpZ, https://www.peekvids.com/watch?v=jnQ3azgqgWs, https://www.peekvids.com/watch?v=qeQA1oCjvEX,
https://www.peekvids.com/watch?v=GwL07gWhU4I, https://www.peekvids.com/watch?v=6pCxAygZmj8, https://www.peekvids.com/watch?v=uw3b0uYUNb2,
https://www.peekvids.com/watch?v=Azmho2pNh0A, https://www.peekvids.com/watch?v=4COuXusyw63, https://www.peekvids.com/watch?v=LZTrdLgMbz8,
https://www.peekvids.com/watch?v=COxvRKrMiyx, https://www.peekvids.com/watch?v=486OiG61AMg, https://www.peekvids.com/watch?v=ku-t51y-fRy,
https://www.peekvids.com/watch?v=CHaBk1-uoPz, https://www.peekvids.com/watch?v=ZG04SYEnkeA, https://www.peekvids.com/watch?v=lwrLE2gJVKA,
https://www.peekvids.com/watch?v=do7DZxMsAs7, https://www.peekvids.com/watch?v=oai_eo1FtmP, https://www.peekvids.com/watch?v=StIzMhw2kY8,
https://www.peekvids.com/watch?v=Iyqb7lf2UOE, https://www.peekvids.com/watch?v=I7GTzUb0m87, https://www.peekvids.com/watch?v=MT5dK504cIy,
https://www.peekvids.com/watch?v=wEcKrqQu6mC, https://www.peekvids.com/watch?v=UaJmM8xqdrh, https://www.peekvids.com/watch?v=SU0PORkah9c,
https://www.peekvids.com/watch?v=bPcBiQFZ0Ju, https://www.peekvids.com/watch?v=EDPmTCJpEQA, https://www.peekvids.com/watch?v=okGy9VuqV16,
https://www.peekvids.com/watch?v=jYOADTQQneh, https://www.peekvids.com/watch?v=VXQyScfMsbi, https://www.peekvids.com/watch?v=3Ro2sYINuWY,
https://www.peekvids.com/watch?v=FkNABxfb4Ir, https://www.peekvids.com/watch?v=0ArkcPK0sOQ, https://www.peekvids.com/watch?v=hZKcLUiTQo3,
https://www.peekvids.com/watch?v=lNipSFzhm4v, https://www.peekvids.com/watch?v=eJ8OkmmgMtC, https://www.peekvids.com/watch?v=faHsKcm_F1r,
https://www.peekvids.com/watch?v=03iVaQgUhOy, https://www.peekvids.com/watch?v=QawWST5wDgz, https://www.peekvids.com/watch?v=vlz96v_C2HW,
https://www.peekvids.com/watch?v=QAJJ3Hun67j, https://www.peekvids.com/watch?v=jfF-y91zhgd, https://www.peekvids.com/watch?v=wzfYod3aFJP,
https://www.peekvids.com/watch?v=A6DashIAxkz, https://www.peekvids.com/watch?v=bYP9LhLCCBZ, https://www.peekvids.com/watch?v=TS-8lPUPIg5,
https://www.peekvids.com/watch?v=5uHS4pDEq9E, https://www.peekvids.com/watch?v=SDcXGA_HpDx, https://www.peekvids.com/watch?v=X79PSDBF4N3,
https://www.peekvids.com/watch?v=4_qMCkyzb6A, https://www.peekvids.com/watch?v=Jk2oqqcZDPw, https://www.peekvids.com/watch?v=vQ9MxAQvvyw,
https://www.peekvids.com/watch?v=4E5IMLKHhJc, https://www.peekvids.com/watch?v=7WFZv6PaxsA, https://www.peekvids.com/watch?v=7YrvXqurRE8,
https://www.peekvids.com/watch?v=dCHJYFgripK, https://www.peekvids.com/watch?v=ijL4TJfrMVw, https://www.peekvids.com/watch?v=cKy3MztB3TZ,
https://www.peekvids.com/watch?v=h6eZF8n8tti, https://www.peekvids.com/watch?v=JrM9yPHO9Xb, https://www.peekvids.com/watch?v=OkES3eQrpbX,
https://www.peekvids.com/watch?v=8wggG1euuS9, https://www.peekvids.com/watch?v=KisomCY9lEl, https://www.peekvids.com/watch?v=npWVhrOceol,
https://www.peekvids.com/watch?v=fjgiM2Fctdi, https://www.peekvids.com/watch?v=K3m4mWO5VcI, https://www.peekvids.com/watch?v=8WsUlN1GE0a,
https://www.peekvids.com/watch?v=h-1EprDY3uP, https://www.peekvids.com/watch?v=7PD_jRf98sJ, https://www.peekvids.com/watch?v=62bx8hwwQNi,
https://www.peekvids.com/watch?v=K0eSz9CKPLO, https://www.peekvids.com/watch?v=kvf1RGWh6YG, https://www.peekvids.com/watch?v=D70BGlcIP7c,
https://www.peekvids.com/watch?v=QtpQZk5MNnl, https://www.peekvids.com/watch?v=LvOIb1DrCNI, https://www.peekvids.com/watch?v=4sKYqwyKLYf,
https://www.peekvids.com/watch?v=lUpzfo1RAot, https://www.peekvids.com/watch?v=26-pOprIFdW, https://www.peekvids.com/watch?v=JZYm2xwbR3P,
https://www.peekvids.com/watch?v=vtufRnuXDfS, https://www.peekvids.com/watch?v=y4owHdnzACo, https://www.peekvids.com/watch?v=SwsBa6KyPcT,
https://www.peekvids.com/watch?v=xSsfl8XPM8g, https://www.peekvids.com/watch?v=bpZWI6ww7_h, https://www.peekvids.com/watch?v=ZC0qSvLTz9v,
https://www.peekvids.com/watch?v=eoPzKSNC1vU, https://www.peekvids.com/watch?v=dOWMSBRBkr3, https://www.peekvids.com/watch?v=5HF2rv2GA7c,
https://www.peekvids.com/watch?v=kskaqBGnC3C, https://www.peekvids.com/watch?v=gtZD3x3l_XS, https://www.peekvids.com/watch?v=Qsx2RVplwen,
https://www.peekvids.com/watch?v=nKgLIXgvCKp, https://www.peekvids.com/watch?v=JYebJCtbpUk, https://www.peekvids.com/watch?v=YXa0OYp9seN,
https://www.peekvids.com/watch?v=Z-PRcQ21pKG, https://www.peekvids.com/watch?v=9d-8Rt6vxr4, https://www.peekvids.com/watch?v=liGimCrAQq5,
https://www.peekvids.com/watch?v=4N2_Ym4q56x, https://www.peekvids.com/watch?v=24B8ZtiGD5Z, https://www.peekvids.com/watch?v=VeXHqXxfVe9,
https://www.peekvids.com/watch?v=jx26w5USAKY, https://www.peekvids.com/watch?v=vznxkgoYfXQ, https://www.peekvids.com/watch?v=J0urhYTXmhC,
https://www.peekvids.com/watch?v=RiIUEpT1VxE, https://www.peekvids.com/watch?v=vl3KLToL4ba, https://www.peekvids.com/watch?v=CNRAnbrhbkF,
https://www.peekvids.com/watch?v=0GU3zR6jFP8, https://www.peekvids.com/watch?v=8ixGkL-ITvy, https://www.peekvids.com/watch?v=H8b8R3_6STm,
https://www.peekvids.com/watch?v=xXXjBoNaD46, https://www.peekvids.com/watch?v=PiL5L9pVGpp, https://www.peekvids.com/watch?v=MSOCi40xsx3,
https://www.peekvids.com/watch?v=B-SEE4HTtBg, https://www.peekvids.com/watch?v=cWDnfgo4y7f, https://www.peekvids.com/watch?v=bvcbxt4n8dz,
https://www.peekvids.com/watch?v=Vv-2jw6vBzx, https://www.peekvids.com/watch?v=AYVt-7Yqp0j, https://www.peekvids.com/watch?v=uURDIHVcidt,
https://www.peekvids.com/watch?v=p3Oln3Kk90i, https://www.peekvids.com/watch?v=nmrlFjDFQKW, https://www.peekvids.com/watch?v=FUn5cS-rpPc,
https://www.peekvids.com/watch?v=sULqndS0stP, https://www.peekvids.com/watch?v=x4Cz8VGXrbX, https://www.peekvids.com/watch?v=c6OQj3GCQO3,
https://www.peekvids.com/watch?v=HlO2qYaHHGp, https://www.peekvids.com/watch?v=pk8441ivNoG, https://www.peekvids.com/watch?v=0P-r6ZxE-NE,
https://www.peekvids.com/watch?v=LP4JddllxNe, https://www.peekvids.com/watch?v=8gzHE1j17Ps, https://www.peekvids.com/watch?v=UNU414OWe-L,
https://www.peekvids.com/watch?v=9GXHkAdlFoG, https://www.peekvids.com/watch?v=MlWblvqCJjA, https://www.peekvids.com/watch?v=aoBFegHvqLV,
https://www.peekvids.com/watch?v=n4ZXGPWsxIo, https://www.peekvids.com/watch?v=aHx-DvX4hO7, https://www.peekvids.com/watch?v=Bd45bhBpFt8,
https://www.peekvids.com/watch?v=juVCxDUdD2O, https://www.peekvids.com/watch?v=HrGhlqql9UO, https://www.peekvids.com/watch?v=vrsZgsQU3tl,
https://www.peekvids.com/watch?v=qjIL4u6KlnN, https://www.peekvids.com/watch?v=NdtZ05g-3w7, https://www.peekvids.com/watch?v=g8WuXSoQTFV,
https://www.peekvids.com/watch?v=UNbaedRjXY5, https://www.peekvids.com/watch?v=9sUBwV-JSAR, https://www.peekvids.com/watch?v=FbEJoJPwgI5,
https://www.peekvids.com/watch?v=VjW-ykJrO5R, https://www.peekvids.com/watch?v=H97bJSVa-Wk, https://www.peekvids.com/watch?v=ZSymhha7_ZY,
https://www.peekvids.com/watch?v=ur_SLhmu4EG, https://www.peekvids.com/watch?v=H6ieGJa1Gco, https://www.peekvids.com/watch?v=g8Jknc8R74P,
https://www.peekvids.com/watch?v=jt5Qz8evTdH, https://www.peekvids.com/watch?v=8uOb4Cv7a17, https://www.peekvids.com/watch?v=I6VOoxSETuC,
https://www.peekvids.com/watch?v=2DkwSicYh7R, https://www.peekvids.com/watch?v=vj5aDZ6_Xi7, https://www.peekvids.com/watch?v=7erocNVxzjK,
https://www.peekvids.com/watch?v=Fp2hcj2GZeu, https://www.peekvids.com/watch?v=Rg6AuALup9l, https://www.peekvids.com/watch?v=iX_7GpkSDSq,
https://www.peekvids.com/watch?v=4EnpGpcjXwL, https://www.peekvids.com/watch?v=FboXZq4UdCc, https://www.peekvids.com/watch?v=EfXBgdbbzdA,
https://www.peekvids.com/watch?v=9-iASIKw9KO, https://www.peekvids.com/watch?v=ppnEpFG_kAn, https://www.peekvids.com/watch?v=MQrp60bs8wA,
https://www.peekvids.com/watch?v=TGMx3xpPHFi, https://www.peekvids.com/watch?v=rrewAbhabya, https://www.peekvids.com/watch?v=Til1ui2-2KS,
https://www.peekvids.com/watch?v=KjcZxRLwaiG, https://www.peekvids.com/watch?v=XCXWXy1hCYR, https://www.peekvids.com/watch?v=yprqksGsRaW,
https://www.peekvids.com/watch?v=6IgFBz1AdKO, https://www.peekvids.com/watch?v=ZRU8gYJWVru, https://www.peekvids.com/watch?v=8mbYoJP8-ri,
https://www.peekvids.com/watch?v=WpMTXnXHDWG, https://www.peekvids.com/watch?v=bu3TmSoGfYD, https://www.peekvids.com/watch?v=Kndr5qFfOlO,
https://www.peekvids.com/watch?v=Hvf1iVSntc4, https://www.peekvids.com/watch?v=ESUpMhcO_DN, https://www.peekvids.com/watch?v=WO1eLZPvOyj,
https://www.peekvids.com/watch?v=kq6R1T95JiX, https://www.peekvids.com/watch?v=A2i6fuKsHxp, https://www.peekvids.com/watch?v=04o3eCrw9xJ,
https://www.peekvids.com/watch?v=ol1WOFwF14l, https://www.peekvids.com/watch?v=w4Gu6ik9DFq, https://www.peekvids.com/watch?v=RmYx1sN4_7r,
https://www.peekvids.com/watch?v=B3suiz6Kgsv, https://www.peekvids.com/watch?v=fgqB_OttcbI, https://www.peekvids.com/watch?v=yXuSkOxLC5L,
https://www.peekvids.com/watch?v=ZbbR2sgJO7E, https://www.peekvids.com/watch?v=QIJmhJLl36x, https://www.peekvids.com/watch?v=tAEaidlLxLn,
https://www.peekvids.com/watch?v=EhI_x8dlLb4, https://www.peekvids.com/watch?v=6lJIoyNIlII, https://www.peekvids.com/watch?v=xeKfrMtu17a,
https://www.peekvids.com/watch?v=Kat2ox2AKEd, https://www.peekvids.com/watch?v=ikosZ3Vo7-t, https://www.peekvids.com/watch?v=izKo3SHur-d,
https://www.peekvids.com/watch?v=d1tqODiMXr5, https://www.peekvids.com/watch?v=jlMNFwnZ-Q0, https://www.peekvids.com/watch?v=4KmlqO8sTgf,
https://www.peekvids.com/watch?v=tiQRt2hE30A, https://www.peekvids.com/watch?v=Jbm_So9jk5X, https://www.peekvids.com/watch?v=SBCpgphi79H,
https://www.peekvids.com/watch?v=BEHhyho9Cfb, https://www.peekvids.com/watch?v=bxRAy55ZUo9, https://www.peekvids.com/watch?v=RX-A6wA0Cug,
https://www.peekvids.com/watch?v=Wcp5DZ9ncmp, https://www.peekvids.com/watch?v=FaTqrdAxMTI, https://www.peekvids.com/watch?v=x4Th0qY-0vf,
https://www.peekvids.com/watch?v=x51ym4IkMv6, https://www.peekvids.com/watch?v=qizxeImYlRE, https://www.peekvids.com/watch?v=8dtlzBhQL_v,
https://www.peekvids.com/watch?v=nY3cGzjYYCh, https://www.peekvids.com/watch?v=iGR_RIE6Qls, https://www.peekvids.com/watch?v=V5SkdZ_s5Eu,
https://www.peekvids.com/watch?v=6LQMqrA82CK, https://www.peekvids.com/watch?v=0KO8Wm5y5qn, https://www.peekvids.com/watch?v=EUFTA1shmvI,
https://www.peekvids.com/watch?v=kxPQn8Shovo, https://www.peekvids.com/watch?v=whWQzvPrbNQ, https://www.peekvids.com/watch?v=QcV8Wjm92ET,
https://www.peekvids.com/watch?v=hGCP8ubGSdj, https://www.peekvids.com/watch?v=B53UdWih-8x, https://www.peekvids.com/watch?v=na1N-a-pB2d,
https://www.peekvids.com/watch?v=jjVwBXeALSS, https://www.peekvids.com/watch?v=T7yQtac_n4c, https://www.peekvids.com/watch?v=9OY4Dm5B4pq,
https://www.peekvids.com/watch?v=dTXULnKBVpJ, https://www.peekvids.com/watch?v=wh8JnxV1krd, https://www.peekvids.com/watch?v=2VRpfKPSuIj,
https://www.peekvids.com/watch?v=KbwwB46uF7w, https://www.peekvids.com/watch?v=rBUlDUIAudn, https://www.peekvids.com/watch?v=oI21DagLdR5,
https://www.peekvids.com/watch?v=ABL2ew9fZrY, https://www.peekvids.com/watch?v=jgnxx8mG0nd, https://www.peekvids.com/watch?v=tGnXux-QJwZ,
https://www.peekvids.com/watch?v=whgxuPEvA70, https://www.peekvids.com/watch?v=R9yvvhk2rm5, https://www.peekvids.com/watch?v=WeGRZdknelr,
https://www.peekvids.com/watch?v=tBOoyCS9C-n, https://www.peekvids.com/watch?v=9HJCNEM3we7, https://www.peekvids.com/watch?v=sswCHvIax7l,
https://www.peekvids.com/watch?v=fKiq3cERtrt, https://www.peekvids.com/watch?v=IbUc7wlMdtk, https://www.peekvids.com/watch?v=ksMPpFrXagH,
https://www.peekvids.com/watch?v=jrSH36LwkX9, https://www.peekvids.com/watch?v=mPcY5rVjoxC, https://www.peekvids.com/watch?v=FgnL8au6N_q,
https://www.peekvids.com/watch?v=c7ljR4oBSFM, https://www.peekvids.com/watch?v=C8ufbHN8EI8, https://www.peekvids.com/watch?v=4jqy1Fc2hdh,
https://www.peekvids.com/watch?v=8GEGPg8aYEP, https://www.peekvids.com/watch?v=ooIlrg4_Btj, https://www.peekvids.com/watch?v=pvZDW9LSbfO,
https://www.peekvids.com/watch?v=KIv3BCf4iqE, https://www.peekvids.com/watch?v=vmRtXJ9IejS, https://www.peekvids.com/watch?v=RL9Df5VCzNp,
https://www.peekvids.com/watch?v=OEAOadsQxb5, https://www.peekvids.com/watch?v=JNFPFlhxVbu, https://www.peekvids.com/watch?v=4944mhzdiI2,
https://www.peekvids.com/watch?v=sA90T0kuDbv, https://www.peekvids.com/watch?v=LnGgzBk-EKP, https://www.peekvids.com/watch?v=CeHBxsVl4sl,
https://www.peekvids.com/watch?v=KpQI27uch1G, https://www.peekvids.com/watch?v=2mN40uQ9BFy, https://www.peekvids.com/watch?v=AOGD6EmYBzS,
https://www.peekvids.com/watch?v=3cYkgWng048, https://www.peekvids.com/watch?v=Cwb8rybtAUT, https://www.peekvids.com/watch?v=EbVsV6hiY7f,
https://www.peekvids.com/watch?v=vi7dornGd0e, https://www.peekvids.com/watch?v=u8WfL8R6l_I, https://www.peekvids.com/watch?v=C9-YAGfCnCg,
https://www.peekvids.com/watch?v=b06U0e03LLW, https://www.peekvids.com/watch?v=jEboOOhiCjr, https://www.peekvids.com/watch?v=pt-BXzuCy2R,
https://www.peekvids.com/watch?v=j8v7xS6xS16, https://www.peekvids.com/watch?v=WeIYTRlXUlP, https://www.peekvids.com/watch?v=q8fVSw1wFaG,
https://www.peekvids.com/watch?v=MMOAgkwsGFl, https://www.peekvids.com/watch?v=Ptc5DJ4UXNj, https://www.peekvids.com/watch?v=RIYx0ThM_Hg,
https://www.peekvids.com/watch?v=WqUx5Af1XFT, https://www.peekvids.com/watch?v=pyn9h7SxN84, https://www.peekvids.com/watch?v=CIXe1VAsETD,
https://www.peekvids.com/watch?v=7lu6Dcj_1Yx, https://www.peekvids.com/watch?v=DZBGrmhzafI, https://www.peekvids.com/watch?v=nEWiPiI1cSD,
https://www.peekvids.com/watch?v=CEG3uNlKEf2, https://www.peekvids.com/watch?v=NGMVRFx9p87, https://www.peekvids.com/watch?v=UUJ_lP_gYi3,
https://www.peekvids.com/watch?v=P74MsXm7Ahs, https://www.peekvids.com/watch?v=2Zw7DJr3iiV, https://www.peekvids.com/watch?v=9xbHObLn4GL,
https://www.peekvids.com/watch?v=xLSu13QSgLf, https://www.peekvids.com/watch?v=UpzPMQGHC8h, https://www.peekvids.com/watch?v=8iEoW8hpXe4,
https://www.peekvids.com/watch?v=KoQXdAAY7nK, https://www.peekvids.com/watch?v=pB606Hw8aGR, https://www.peekvids.com/watch?v=IQ2Q363msy9,
https://www.peekvids.com/watch?v=N0m9Ssbc_YB, https://www.peekvids.com/watch?v=Ea8VVk5dtbT, https://www.peekvids.com/watch?v=AOskGNXSkXM,
https://www.peekvids.com/watch?v=jj7eBOL3xl5, https://www.peekvids.com/watch?v=vr-0jCIyy_W, https://www.peekvids.com/watch?v=LA12LnqyUaV,
https://www.peekvids.com/watch?v=jS4THFfZP6k, https://www.peekvids.com/watch?v=MlbhD4DjLSU, https://www.peekvids.com/watch?v=PDYNENR0TI7,
https://www.peekvids.com/watch?v=SQ2PyPDwEdM, https://www.peekvids.com/watch?v=hYLqs2uXDmG, https://www.peekvids.com/watch?v=lj0NH00091u,
https://www.peekvids.com/watch?v=8j4GW8ZOaSA, https://www.peekvids.com/watch?v=2dubZfA4BCl, https://www.peekvids.com/watch?v=Ty9aeHnbTeE,
https://www.peekvids.com/watch?v=LKB6cOuEG6s, https://www.peekvids.com/watch?v=STJit1c0JWC, https://www.peekvids.com/watch?v=gr-dR4kYdeZ,
https://www.peekvids.com/watch?v=bUjDtxE2xtg, https://www.peekvids.com/watch?v=bz1Fy_dNApo, https://www.peekvids.com/watch?v=72fOBtG010Q,

https://www.peekvids.com/watch?v=Xfoirlf8-HS, https://www.peekvids.com/watch?v=i2YXPszvt_e, https://www.peekvids.com/watch?v=J-LrozAdd2C,
https://www.peekvids.com/watch?v=ul0rdBIoBcy, https://www.peekvids.com/watch?v=Pot8Y2OVF3L, https://www.peekvids.com/watch?v=jToNsgBru32,
https://www.peekvids.com/watch?v=ILkKbNICNzB, https://www.peekvids.com/watch?v=jkK9sroqAWj, https://www.peekvids.com/watch?v=9ngQ1uKZTGO,
https://www.peekvids.com/watch?v=kI0_pgpYM2B, https://www.peekvids.com/watch?v=dBM3OrFrFjO, https://www.peekvids.com/watch?v=erc-CCRsrYY,
https://www.peekvids.com/watch?v=YLbgT4v0dPm, https://www.peekvids.com/watch?v=bFUCZnf8wq4, https://www.peekvids.com/watch?v=aaRh82G1W8f,
https://www.peekvids.com/watch?v=92h8ncGkan0, https://www.peekvids.com/watch?v=6gbMpRbZmyN, https://www.peekvids.com/watch?v=Hww_1Oc6XNj,
https://www.peekvids.com/watch?v=EAe0pSXWC92, https://www.peekvids.com/watch?v=4tLRLJ5IZI0, https://www.peekvids.com/watch?v=TNLpEu7Qj0x,
https://www.peekvids.com/watch?v=REXrTnYp9f5, https://www.peekvids.com/watch?v=cLVSZn584kN, https://www.peekvids.com/watch?v=j7_jRkDoBPh,
https://www.peekvids.com/watch?v=nJgIBgGXgbk, https://www.peekvids.com/watch?v=9CX9KK0oFwd, https://www.peekvids.com/watch?v=otPKOeNntRa,
https://www.peekvids.com/watch?v=I4sc2J_Mz9e, https://www.peekvids.com/watch?v=smMer79p08B, https://www.peekvids.com/watch?v=Vc1n86GX8OG,
https://www.peekvids.com/watch?v=qFS74s-wFo0, https://www.peekvids.com/watch?v=voxY4wOoSWt, https://www.peekvids.com/watch?v=eYqTvr43GQb,
https://www.peekvids.com/watch?v=hHuZRxU6BOj, https://www.peekvids.com/watch?v=Ta8rVJGkHw7, https://www.peekvids.com/watch?v=zrtVHG6LTPx,
https://www.peekvids.com/watch?v=y9r02fWEKyH, https://www.peekvids.com/watch?v=L-My2qu7xpL, https://www.peekvids.com/watch?v=Y00tdM9jfZc,
https://www.peekvids.com/watch?v=P4ElCqR6VtK, https://www.peekvids.com/watch?v=ekyeOy7XxcT, https://www.peekvids.com/watch?v=tK52Ji_BX_u,
https://www.peekvids.com/watch?v=dhPKmJN-26R, https://www.peekvids.com/watch?v=RbOL7zBhopb, https://www.peekvids.com/watch?v=O8ecI0WODx6,
https://www.peekvids.com/watch?v=GZChnJ8IQ67, https://www.peekvids.com/watch?v=jbf8zdHdeOd, https://www.peekvids.com/watch?v=s2gkVjnyeVN,
https://www.peekvids.com/watch?v=OChZUKPiJ1x, https://www.peekvids.com/watch?v=XNhqH97n-9Q, https://www.peekvids.com/watch?v=9rnSddlYlFJ,
https://www.peekvids.com/watch?v=rRL1WWFwJAM, https://www.peekvids.com/watch?v=ZwZQ4gfpQJ6, https://www.peekvids.com/watch?v=c1CkiKT7bcl,
https://www.peekvids.com/watch?v=uEDKZy7Odhw, https://www.peekvids.com/watch?v=0ww1XEvj-9N, https://www.peekvids.com/watch?v=rER9HkY6fDl,
https://www.peekvids.com/watch?v=BVWPno1lpKV, https://www.peekvids.com/watch?v=RYbYoeZN9tZ, https://www.peekvids.com/watch?v=lqqSkozPTgQ,
https://www.peekvids.com/watch?v=z8dfdfUVWit, https://www.peekvids.com/watch?v=qQFra4n3xpq, https://www.peekvids.com/watch?v=63AAtbRb0Ap,
https://www.peekvids.com/watch?v=d3dojbd1HVA, https://www.peekvids.com/watch?v=upJLR3yA-ZG, https://www.peekvids.com/watch?v=Xruowsp8GvC,
https://www.peekvids.com/watch?v=Om1JHyieg9I, https://www.peekvids.com/watch?v=jih8fBUtJAv, https://www.peekvids.com/watch?v=5K0LCt9QmeP,
https://www.peekvids.com/watch?v=rzxJ2N_Sr7d, https://www.peekvids.com/watch?v=ohLBbqy0ntE, https://www.peekvids.com/watch?v=ya5NY-bwDLP,
https://www.peekvids.com/watch?v=sLjH9wZ83JU, https://www.peekvids.com/watch?v=FOk-xTI4m64, https://www.peekvids.com/watch?v=oNeX5VRD2-E,
https://www.peekvids.com/watch?v=4jzdJ67d6kX, https://www.peekvids.com/watch?v=k1lRSJ-GWaS, https://www.peekvids.com/watch?v=DKhEQCdVfd4,
https://www.peekvids.com/watch?v=JTjHyvNPJHl, https://www.peekvids.com/watch?v=QJJ4tmQegAV, https://www.peekvids.com/watch?v=9ViZwCFUYpD,
https://www.peekvids.com/watch?v=J4V9S-Tv19y, https://www.peekvids.com/watch?v=ClnPd26NscJ, https://www.peekvids.com/watch?v=CzMAwdDxlON,
https://www.peekvids.com/watch?v=iIDs4LoX1b8, https://www.peekvids.com/watch?v=mFyIXRM3c9y, https://www.peekvids.com/watch?v=priAfhPHrGj,
https://www.peekvids.com/watch?v=HHBNUhsBld0, https://www.peekvids.com/watch?v=2mc8-n3xnqG, https://www.peekvids.com/watch?v=I9QSqtMB3zb,
https://www.peekvids.com/watch?v=P_3hL9v5rPk, https://www.peekvids.com/watch?v=m_CAUuLm9eb, https://www.peekvids.com/watch?v=V6aFgUsPL20,
https://www.peekvids.com/watch?v=st2CSGxfvPH, https://www.peekvids.com/watch?v=4o81TvQpJ-t, https://www.peekvids.com/watch?v=WD50kUhRJ5N,
https://www.peekvids.com/watch?v=BCicLAwUURC, https://www.peekvids.com/watch?v=tHKk74be5vT, https://www.peekvids.com/watch?v=b78cnxZqX6q,
https://www.peekvids.com/watch?v=9YMVqaOkhPN, https://www.peekvids.com/watch?v=RhJUhz48xhV, https://www.peekvids.com/watch?v=vsTnyoAq8bS,
https://www.peekvids.com/watch?v=vOsGhmNBIzP, https://www.peekvids.com/watch?v=tcOIexjA2J7, https://www.peekvids.com/watch?v=FtGIOmBrGW4
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bankatbbh
5.b. Uploader's email address: alexbuiakara@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bankatbbh
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GQGngYO509r, https://www.peekvids.com/watch?v=z3hzTr5K1pc,
https://www.peekvids.com/watch?v=SRzWeaxnz5W, https://www.peekvids.com/watch?v=VVrwCz9Mh7p, https://www.peekvids.com/watch?v=ccdl4SU07rY,
https://www.peekvids.com/watch?v=BDGAAFJlQPL, https://www.peekvids.com/watch?v=mOoRr2ZHEwc, https://www.peekvids.com/watch?v=ZlR945SnG-h,
https://www.peekvids.com/watch?v=UhPAWLPnqwT, https://www.peekvids.com/watch?v=4l_qXX_xYi8, https://www.peekvids.com/watch?v=8QDM85qB4It,
https://www.peekvids.com/watch?v=m0sk-yT4ELG, https://www.peekvids.com/watch?v=mDgIUK-VBjq, https://www.peekvids.com/watch?v=WwFEiQWdPOR,
https://www.peekvids.com/watch?v=0so7uYJMcZg, https://www.peekvids.com/watch?v=L1KPi1ZKHzr, https://www.peekvids.com/watch?v=RSRrJbmXSuV,
https://www.peekvids.com/watch?v=eQWw7bqSY_P, https://www.peekvids.com/watch?v=WCqIIcqLCjj, https://www.peekvids.com/watch?v=E_NhnIzFU2N,
https://www.peekvids.com/watch?v=ilvI-OvtTqE, https://www.peekvids.com/watch?v=oEy1-i2vRuK, https://www.peekvids.com/watch?v=tx82g3RiRPM,
https://www.peekvids.com/watch?v=Rc5AdWIr0q0, https://www.peekvids.com/watch?v=Snax6zAWt2C, https://www.peekvids.com/watch?v=3mhWUX9jAUy,
https://www.peekvids.com/watch?v=pVPgFCRNICa, https://www.peekvids.com/watch?v=DNZWFnIfInI, https://www.peekvids.com/watch?v=kqlbnaIUKUf,
https://www.peekvids.com/watch?v=jXgywQwtHZu, https://www.peekvids.com/watch?v=jFzIXbCRHIi, https://www.peekvids.com/watch?v=lIjGA59TTYR,
https://www.peekvids.com/watch?v=Jr7R4q3dxwC, https://www.peekvids.com/watch?v=iMpp9r5OGik, https://www.peekvids.com/watch?v=Vo9M0Sdgmf6,
https://www.peekvids.com/watch?v=trLe0vKW7-z, https://www.peekvids.com/watch?v=sOix57JezZw, https://www.peekvids.com/watch?v=ltk0d3rqKB8,
https://www.peekvids.com/watch?v=nHok5iy77Rx, https://www.peekvids.com/watch?v=TWGujVE0pja, https://www.peekvids.com/watch?v=xNS50UMLrNh,
https://www.peekvids.com/watch?v=yviTFCmIeIh, https://www.peekvids.com/watch?v=ebCXHZ1YKgK, https://www.peekvids.com/watch?v=4fnkyDXOt59,
https://www.peekvids.com/watch?v=mqW4N0HLlzT, https://www.peekvids.com/watch?v=xNCbZa7nGvr, https://www.peekvids.com/watch?v=MJPJLSN3Slf
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barabulya
5.b. Uploader's email address: frankdepardieee@yahoo.es
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=barabulya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EdCzzKRd6S3, https://www.peekvids.com/watch?v=giXufNeiGMx,
https://www.peekvids.com/watch?v=YrjstfOo0ll, https://www.peekvids.com/watch?v=-A5Ilc8fMak, https://www.peekvids.com/watch?v=4UZKZ-QEiUZ,
https://www.peekvids.com/watch?v=mHpEVlbKhWd, https://www.peekvids.com/watch?v=U-Ngvrv8wFH, https://www.peekvids.com/watch?v=UqKsvi-ycRZ,
https://www.peekvids.com/watch?v=uKKUzOXTxtv, https://www.peekvids.com/watch?v=LhcqYJ89kRE, https://www.peekvids.com/watch?v=Th4zQZNklwx,
https://www.peekvids.com/watch?v=Bbvf9XbczEf, https://www.peekvids.com/watch?v=6vIYFQXWxqy, https://www.peekvids.com/watch?v=fZgWY-cZa7W,
https://www.peekvids.com/watch?v=LcKRLKb2eke, https://www.peekvids.com/watch?v=6qzN5hGlECL, https://www.peekvids.com/watch?v=jPgKu7h2DV5,
https://www.peekvids.com/watch?v=z4pil3VwxYy, https://www.peekvids.com/watch?v=inoJdFA0CJW, https://www.peekvids.com/watch?v=sfUCbBxU0H8,
https://www.peekvids.com/watch?v=BeB5lBDbuNT, https://www.peekvids.com/watch?v=2Lv996WQoOb, https://www.peekvids.com/watch?v=iZb6bptApY8,
https://www.peekvids.com/watch?v=FHIgZIKCh4n, https://www.peekvids.com/watch?v=7zZ0c5vU8nC, https://www.peekvids.com/watch?v=N7oAEqZM2TW,
https://www.peekvids.com/watch?v=2mUTVo-Hly8, https://www.peekvids.com/watch?v=DL6RttichmR, https://www.peekvids.com/watch?v=TECjGVytS4W,
https://www.peekvids.com/watch?v=P5Uet0AXM4K, https://www.peekvids.com/watch?v=9oJq9dhATZF, https://www.peekvids.com/watch?v=jaMS-AxzwAB,
https://www.peekvids.com/watch?v=BwBJ2WnUz-Y, https://www.peekvids.com/watch?v=-JsgAGOmES6, https://www.peekvids.com/watch?v=alWE9Vch4Pb,
https://www.peekvids.com/watch?v=hQqc93szfFN, https://www.peekvids.com/watch?v=Hb6uEynzmmi, https://www.peekvids.com/watch?v=734JFjpmczL,
https://www.peekvids.com/watch?v=W7RhX3xC47r, https://www.peekvids.com/watch?v=kV8wbOjqPyb, https://www.peekvids.com/watch?v=YfCmcvoFo-a,
https://www.peekvids.com/watch?v=FUya42naFja, https://www.peekvids.com/watch?v=o4DpQzY2UeT, https://www.peekvids.com/watch?v=vxhvJXfDq9N,
https://www.peekvids.com/watch?v=Mkknr3WDObl, https://www.peekvids.com/watch?v=KnOgVaFjnjr, https://www.peekvids.com/watch?v=3gpyKZBgN-D,
https://www.peekvids.com/watch?v=K0lk3xen9yu, https://www.peekvids.com/watch?v=sraFSwg8q72, https://www.peekvids.com/watch?v=GhtK4cCx6rj,
https://www.peekvids.com/watch?v=PwvEug7PUeV, https://www.peekvids.com/watch?v=MPQo0nBeCJt, https://www.peekvids.com/watch?v=R0uIq0z-45p,
https://www.peekvids.com/watch?v=9ZxgFrTpEm2, https://www.peekvids.com/watch?v=ZGvQkJwzfTo, https://www.peekvids.com/watch?v=UGNNhHWINuD,
https://www.peekvids.com/watch?v=JliOjN0XuNZ, https://www.peekvids.com/watch?v=DFPlbXMD9gB, https://www.peekvids.com/watch?v=NkhdY4tcujt,
https://www.peekvids.com/watch?v=mXlVOzIg5PM, https://www.peekvids.com/watch?v=NWkqcnFcHhW, https://www.peekvids.com/watch?v=zVXXQw2bgZG,
https://www.peekvids.com/watch?v=6aFhi60RV8d, https://www.peekvids.com/watch?v=K6SFLKnYx0J, https://www.peekvids.com/watch?v=-FTNMENzNfl,
https://www.peekvids.com/watch?v=bsaIDRghGwP, https://www.peekvids.com/watch?v=zxERO6ldsfJ, https://www.peekvids.com/watch?v=mHt2aqt3-wp,
https://www.peekvids.com/watch?v=YEts-i0Brn5, https://www.peekvids.com/watch?v=lNkNSgUAvCk, https://www.peekvids.com/watch?v=AekTlmHWHbI,
https://www.peekvids.com/watch?v=2Rjx9Ev4QNO, https://www.peekvids.com/watch?v=J-3sYFp2hP6, https://www.peekvids.com/watch?v=rkFMVkXMX4B,
https://www.peekvids.com/watch?v=pr3o9clyuLz, https://www.peekvids.com/watch?v=bjAo57bVuhi, https://www.peekvids.com/watch?v=tn8Qdt6oPl3,
https://www.peekvids.com/watch?v=UdDTfTuN6Kb, https://www.peekvids.com/watch?v=-Gcshr7qjMT, https://www.peekvids.com/watch?v=2HXWCvIlYfQ,
https://www.peekvids.com/watch?v=qHG3uJz0pjD, https://www.peekvids.com/watch?v=jpAcNF7w-WP, https://www.peekvids.com/watch?v=fVUbJOQZOGG,
https://www.peekvids.com/watch?v=0QsMM7kL9SZ, https://www.peekvids.com/watch?v=aXeBxNLKi-h, https://www.peekvids.com/watch?v=GDIcpZRFAGP,
https://www.peekvids.com/watch?v=EmsHRuQW5qD, https://www.peekvids.com/watch?v=9WcjHVUjZox, https://www.peekvids.com/watch?v=v5TKK-oOHbw,
https://www.peekvids.com/watch?v=qVNB--3QUrW, https://www.peekvids.com/watch?v=dwzXWwYrLba, https://www.peekvids.com/watch?v=enSqCzKwcJY,
https://www.peekvids.com/watch?v=E43lyUTWJDH, https://www.peekvids.com/watch?v=HlM3Vpcq4t5, https://www.peekvids.com/watch?v=eEzdMFC6jm-,
https://www.peekvids.com/watch?v=Rp8reDVZlO4, https://www.peekvids.com/watch?v=7GQXp3zEjKn, https://www.peekvids.com/watch?v=lBIWVixiYn-,
https://www.peekvids.com/watch?v=Eq2CpkbxLqG, https://www.peekvids.com/watch?v=WdTXl7PJ5hd, https://www.peekvids.com/watch?v=B7pSZSsG629,
https://www.peekvids.com/watch?v=Q9kSd4JIM54, https://www.peekvids.com/watch?v=dlZshnUTg4N, https://www.peekvids.com/watch?v=ZlNZBt2Syav,
https://www.peekvids.com/watch?v=GqjvtEyP47e, https://www.peekvids.com/watch?v=LKyDRPTrIqb, https://www.peekvids.com/watch?v=me65eZttG2G,
https://www.peekvids.com/watch?v=GcseG3PVSjF, https://www.peekvids.com/watch?v=iotF8lavYzT, https://www.peekvids.com/watch?v=8nGQdFVyuqb,
https://www.peekvids.com/watch?v=8oXaNcn6NWk, https://www.peekvids.com/watch?v=eVqrLmq-ci5, https://www.peekvids.com/watch?v=DVV-yqep8bt,
https://www.peekvids.com/watch?v=jPfVMQQAZrj, https://www.peekvids.com/watch?v=ebWLbfK9axJ, https://www.peekvids.com/watch?v=7DmAw4qFMlR,
https://www.peekvids.com/watch?v=-wzATGoCM6p, https://www.peekvids.com/watch?v=DhZLqJRMVmj, https://www.peekvids.com/watch?v=tlAyaMKnAQL,
https://www.peekvids.com/watch?v=viZwrUCoDAE, https://www.peekvids.com/watch?v=QkdXUoyoOtl, https://www.peekvids.com/watch?v=mRQLmxgBABm,
https://www.peekvids.com/watch?v=0uIwEiXzMqz, https://www.peekvids.com/watch?v=Zkkp-Fx3FJR, https://www.peekvids.com/watch?v=fZxqhvuGC5A,
https://www.peekvids.com/watch?v=t3OC75BxqeF, https://www.peekvids.com/watch?v=xxfxO7OvjjQ, https://www.peekvids.com/watch?v=-6YgHLatMW0,
https://www.peekvids.com/watch?v=Omjz2GLmpBi, https://www.peekvids.com/watch?v=Bctq8lOJMRj, https://www.peekvids.com/watch?v=IHJYEVUrbYb,
https://www.peekvids.com/watch?v=uezHCYw0YH7, https://www.peekvids.com/watch?v=z0BfatuPqkt, https://www.peekvids.com/watch?v=FDGTdh4x-QQ,
https://www.peekvids.com/watch?v=ncvnjoHLuBA, https://www.peekvids.com/watch?v=a-8SbNn39j9, https://www.peekvids.com/watch?v=7Gp0goxRte5,
https://www.peekvids.com/watch?v=HXNH2Co2ClK, https://www.peekvids.com/watch?v=IMzxyTGEd-x, https://www.peekvids.com/watch?v=n-VRtbArgoF,
https://www.peekvids.com/watch?v=YdSejr5cjj6, https://www.peekvids.com/watch?v=vZW9yZOu-jm, https://www.peekvids.com/watch?v=BY37xZNcuOu,
https://www.peekvids.com/watch?v=lYHkGFbEvBI, https://www.peekvids.com/watch?v=W8-7yR8CKy4, https://www.peekvids.com/watch?v=u8bv-pSVQTf,
https://www.peekvids.com/watch?v=NoogsdOo02D, https://www.peekvids.com/watch?v=XaivDzjeuiA, https://www.peekvids.com/watch?v=RknDgy4kIU-,
https://www.peekvids.com/watch?v=tURthGcRDSu, https://www.peekvids.com/watch?v=iNlRSfgJdzz, https://www.peekvids.com/watch?v=eTdVh02LF8p,
https://www.peekvids.com/watch?v=eQHFpr7muRK, https://www.peekvids.com/watch?v=-u-b5bce9Aa, https://www.peekvids.com/watch?v=UrFkgsFyBMI,
https://www.peekvids.com/watch?v=mh9PsRCb8t9, https://www.peekvids.com/watch?v=y-ZMNSNEWtE, https://www.peekvids.com/watch?v=jC2dyrg0Ou0,
https://www.peekvids.com/watch?v=PJp3MtAoEZQ, https://www.peekvids.com/watch?v=wQW5EEIofrt, https://www.peekvids.com/watch?v=XDFVY5FeoFy,
https://www.peekvids.com/watch?v=lUR59zghDy7, https://www.peekvids.com/watch?v=4LM3NG4PL2f, https://www.peekvids.com/watch?v=0ODLHDduvef,
https://www.peekvids.com/watch?v=qwV-MisyBkH, https://www.peekvids.com/watch?v=tFeOrh-mArt, https://www.peekvids.com/watch?v=EEJjwhVbSk8,
https://www.peekvids.com/watch?v=I6M7mOJDvAU, https://www.peekvids.com/watch?v=in4zG2tK9mq, https://www.peekvids.com/watch?v=bTF7wEihlad,
https://www.peekvids.com/watch?v=qPNXorKjevQ, https://www.peekvids.com/watch?v=UaM29kaZFid, https://www.peekvids.com/watch?v=oV2yfM3cd5w,
https://www.peekvids.com/watch?v=jwuGrnAmZHL, https://www.peekvids.com/watch?v=XTCY8D5FKjh, https://www.peekvids.com/watch?v=iexLhh4VA0z,
https://www.peekvids.com/watch?v=WSEqImd27NZ, https://www.peekvids.com/watch?v=bjEqrFaCYd9, https://www.peekvids.com/watch?v=lj0uugC4JFg,
https://www.peekvids.com/watch?v=H7eWTM23yzU, https://www.peekvids.com/watch?v=DrO26GMEC-D, https://www.peekvids.com/watch?v=tREQeFNqHMA,
https://www.peekvids.com/watch?v=zopuJgderIz, https://www.peekvids.com/watch?v=xTEP8ujQjA8, https://www.peekvids.com/watch?v=CmKgueBzKhT,
https://www.peekvids.com/watch?v=Xu-ZqRtopOC, https://www.peekvids.com/watch?v=IbHVYofam7f, https://www.peekvids.com/watch?v=GM6o7ylGRih,
https://www.peekvids.com/watch?v=Qqt8McwvFK3, https://www.peekvids.com/watch?v=eQSsHvpE7f8, https://www.peekvids.com/watch?v=PdZNrdvPH-0,
https://www.peekvids.com/watch?v=KiCuc3ZeNPi, https://www.peekvids.com/watch?v=iDCiKZHRQf8, https://www.peekvids.com/watch?v=DZ7dV0oKAoE,
https://www.peekvids.com/watch?v=UrdXsgEUdws, https://www.peekvids.com/watch?v=8bXB7OgiOc-, https://www.peekvids.com/watch?v=ggj4UyZz696,
https://www.peekvids.com/watch?v=kXqG07oPK9w, https://www.peekvids.com/watch?v=XKY8EUGxr25, https://www.peekvids.com/watch?v=FYlowhGL4vR,
https://www.peekvids.com/watch?v=hXz5jOZKrOq, https://www.peekvids.com/watch?v=UyJWgZ8pFHn, https://www.peekvids.com/watch?v=Q7dKHD9Zc8q,
https://www.peekvids.com/watch?v=ak7ifGgxKkp, https://www.peekvids.com/watch?v=ImO4KqzFp6J, https://www.peekvids.com/watch?v=9jqzSs-H4wt,
https://www.peekvids.com/watch?v=4ky42PA3vZH, https://www.peekvids.com/watch?v=CxDscRwJD2M, https://www.peekvids.com/watch?v=IvYhS0krGHe,
https://www.peekvids.com/watch?v=feoeqzAjhxz, https://www.peekvids.com/watch?v=FpNN2rmLBgu, https://www.peekvids.com/watch?v=JuoaeUDxncA,
https://www.peekvids.com/watch?v=0VSvbSPWZqG, https://www.peekvids.com/watch?v=2w7iL8HRsXY, https://www.peekvids.com/watch?v=PGKuRVT90Ls,
https://www.peekvids.com/watch?v=K42fokV4Ezr, https://www.peekvids.com/watch?v=NdeuK46AKpR, https://www.peekvids.com/watch?v=OrZaEUDrtqL,

https://www.peekvids.com/watch?v=GQ9wXqGjhrU, https://www.peekvids.com/watch?v=CPZkHU4Dj72, https://www.peekvids.com/watch?v=Xk4oEqoafgV,
https://www.peekvids.com/watch?v=BwVouoFNVel, https://www.peekvids.com/watch?v=4YGehwTTizr, https://www.peekvids.com/watch?v=mM8OWcjZ7-q,
https://www.peekvids.com/watch?v=DeFXtQdnwKZ, https://www.peekvids.com/watch?v=fHg24Wg6VGZ, https://www.peekvids.com/watch?v=fLE7OMg8Evf,
https://www.peekvids.com/watch?v=Ebbstjhprbu, https://www.peekvids.com/watch?v=OrSGeXvRmnh, https://www.peekvids.com/watch?v=8MOZVd4sfEj,
https://www.peekvids.com/watch?v=T1IJ31hzc-D, https://www.peekvids.com/watch?v=3Njt8GHzN0y, https://www.peekvids.com/watch?v=vWIMnJ7qKXR,
https://www.peekvids.com/watch?v=F6xI4Xr4ZjU, https://www.peekvids.com/watch?v=fxrag2z7UtF, https://www.peekvids.com/watch?v=YEJeVNiiO-Q,
https://www.peekvids.com/watch?v=yi8bsnW0a1u, https://www.peekvids.com/watch?v=OusQwqgVdow, https://www.peekvids.com/watch?v=5qvVfKhRuoU,
https://www.peekvids.com/watch?v=KFaxmVdQgVO, https://www.peekvids.com/watch?v=nK2nyBpZhXR, https://www.peekvids.com/watch?v=PvE3hd4bI0x,
https://www.peekvids.com/watch?v=sf7QQU7XZXu, https://www.peekvids.com/watch?v=uotJLe_7sBz, https://www.peekvids.com/watch?v=kzQJuE5icVr,
https://www.peekvids.com/watch?v=E2vJieYQTKO, https://www.peekvids.com/watch?v=Szhm72qGopo, https://www.peekvids.com/watch?v=34DkotRclG7,
https://www.peekvids.com/watch?v=XobvHF3_Jjm, https://www.peekvids.com/watch?v=Y7Dq5IiZ8rR, https://www.peekvids.com/watch?v=SS6ys52OK4o,
https://www.peekvids.com/watch?v=W1vLt64T52d, https://www.peekvids.com/watch?v=HeOalNvOO5D, https://www.peekvids.com/watch?v=P73_c-V9_sI,
https://www.peekvids.com/watch?v=JxHMJ1U3mh8, https://www.peekvids.com/watch?v=Uc7892d-jCO, https://www.peekvids.com/watch?v=GqaDexnMYeL,
https://www.peekvids.com/watch?v=UCBe2ks8vOL, https://www.peekvids.com/watch?v=lDu2R-5RPdg, https://www.peekvids.com/watch?v=8gm6FlUiteF,
https://www.peekvids.com/watch?v=x-pB7x3Scgp, https://www.peekvids.com/watch?v=4eIU16tt2S0, https://www.peekvids.com/watch?v=oTaSt7mBYWc,
https://www.peekvids.com/watch?v=5fqiizUQRqQ, https://www.peekvids.com/watch?v=d2c5H_x-sLn, https://www.peekvids.com/watch?v=7eCafTqgBXp,
https://www.peekvids.com/watch?v=jix_eYPfu_w, https://www.peekvids.com/watch?v=VSd9Nr4Slpr, https://www.peekvids.com/watch?v=wRZeFG2CqQX,
https://www.peekvids.com/watch?v=7aU-tsj2OIw, https://www.peekvids.com/watch?v=e-ZpRqFYi2x, https://www.peekvids.com/watch?v=ST4MOfR0l8u,
https://www.peekvids.com/watch?v=2xzL-l8XiP2, https://www.peekvids.com/watch?v=kBqhyoCgeGW
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barbarababy
5.b. Uploader's email address: babygotsexanna@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=barbarababy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=95zS-SzTdp2, https://www.peekvids.com/watch?v=Rd7bL_aSA4f,
https://www.peekvids.com/watch?v=7OxJeIvEZfv, https://www.peekvids.com/watch?v=NvzoEwsUZIV, https://www.peekvids.com/watch?v=qdheew3SiLX,
https://www.peekvids.com/watch?v=HRevqLTDoxC, https://www.peekvids.com/watch?v=b1M5RdsO7z9, https://www.peekvids.com/watch?v=hyJDzfbah2h,
https://www.peekvids.com/watch?v=h44eyunDHEZ, https://www.peekvids.com/watch?v=tKkpxciHM06, https://www.peekvids.com/watch?v=huygLZxTTV2,
https://www.peekvids.com/watch?v=nmLapeG7LfA, https://www.peekvids.com/watch?v=eV3n2T75aGO, https://www.peekvids.com/watch?v=kXhSx9-9mpZ,
https://www.peekvids.com/watch?v=Q-V_3OPjbtu, https://www.peekvids.com/watch?v=h8ISrAgWrmP, https://www.peekvids.com/watch?v=opvi74jphH2,
https://www.peekvids.com/watch?v=CkYJ16q-4nh, https://www.peekvids.com/watch?v=VYnj0F9o34h, https://www.peekvids.com/watch?v=0fEjVNWnk63,
https://www.peekvids.com/watch?v=3OFDf82k-Vz, https://www.peekvids.com/watch?v=QfEKb1Cf06z, https://www.peekvids.com/watch?v=NAW5l7-oNKt,
https://www.peekvids.com/watch?v=ZqTMxFyntqD, https://www.peekvids.com/watch?v=VFjs3xTIiYF, https://www.peekvids.com/watch?v=PYDBLu2WsUI,
https://www.peekvids.com/watch?v=U2yyHur5L_T, https://www.peekvids.com/watch?v=v4aH0Mp0mZY, https://www.peekvids.com/watch?v=DvFbNykEve6,
https://www.peekvids.com/watch?v=mkLY3i0C5WY, https://www.peekvids.com/watch?v=E1qMuZ-EGCC, https://www.peekvids.com/watch?v=a3DS07G9RT9,
https://www.peekvids.com/watch?v=H4uKRL_TTwz, https://www.peekvids.com/watch?v=Q6N5vDfi5Xf, https://www.peekvids.com/watch?v=PWA_p-jxNUZ,
https://www.peekvids.com/watch?v=I1NsOLqFUwT, https://www.peekvids.com/watch?v=ONLwzOLuPf3, https://www.peekvids.com/watch?v=C6F0W1UM8Is,
https://www.peekvids.com/watch?v=fAFdvhWAIYB, https://www.peekvids.com/watch?v=U4g05orUx50, https://www.peekvids.com/watch?v=INy1DsuWm73,
https://www.peekvids.com/watch?v=FMUtvDHkdiz, https://www.peekvids.com/watch?v=FGJrJp1IGtM, https://www.peekvids.com/watch?v=3cW7kItJDPw,
https://www.peekvids.com/watch?v=CAUSJ2t-YF7, https://www.peekvids.com/watch?v=Kfqp1pigQF0, https://www.peekvids.com/watch?v=gggVgEhtMbD,
https://www.peekvids.com/watch?v=CdTT-IuhDgp, https://www.peekvids.com/watch?v=uH1CJLs96_Y, https://www.peekvids.com/watch?v=wKEMrV446le,
https://www.peekvids.com/watch?v=Y-FDpfQEPXR, https://www.peekvids.com/watch?v=ZXXcobCaEOi, https://www.peekvids.com/watch?v=qvWX5Mm1beW,
https://www.peekvids.com/watch?v=8XCyG--iW9J, https://www.peekvids.com/watch?v=2-XP3H4D1yy, https://www.peekvids.com/watch?v=2K2ht0VoY5s,
https://www.peekvids.com/watch?v=8T_3FJeCFpJ, https://www.peekvids.com/watch?v=WC_ix24FZyG
5.f. Date of third notice: 2015-10-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barbaraS
5.b. Uploader's email address: eltonmahounyyoda@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=barbaraS
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=giEZvsMc1kr, https://www.peekvids.com/watch?v=F4OABfWXHEI,
https://www.peekvids.com/watch?v=lyXVTe4QjLk, https://www.peekvids.com/watch?v=YVx9gJSm3eg, https://www.peekvids.com/watch?v=nrtj2UljOgP,
https://www.peekvids.com/watch?v=tkGxFVbeP4y, https://www.peekvids.com/watch?v=gcmN_W6kQyL, https://www.peekvids.com/watch?v=GBj974Jx7q5,
https://www.peekvids.com/watch?v=o-m0-7FCoKs, https://www.peekvids.com/watch?v=tb61n9rSNm3, https://www.peekvids.com/watch?v=bRZn77_IdG2,
https://www.peekvids.com/watch?v=dG08ATFX7oX, https://www.peekvids.com/watch?v=VGVEHYjofge, https://www.peekvids.com/watch?v=9XvRkor9ojZ,
https://www.peekvids.com/watch?v=FWNViZbFF8V, https://www.peekvids.com/watch?v=Mvc0wzPq1NI, https://www.peekvids.com/watch?v=kAbmvB5HCeU,
https://www.peekvids.com/watch?v=nSNWjkSN_RV, https://www.peekvids.com/watch?v=ZLnjAD7G_I8, https://www.peekvids.com/watch?v=ToKjF7ejBmr,
https://www.peekvids.com/watch?v=QPpIIqtLcfH, https://www.peekvids.com/watch?v=77DFXkcins7, https://www.peekvids.com/watch?v=Owot16TG9aw,
https://www.peekvids.com/watch?v=czLFgpn7kb4, https://www.peekvids.com/watch?v=RvbEKuJa6kK, https://www.peekvids.com/watch?v=XClkM7yetqb,
https://www.peekvids.com/watch?v=QEozXhhdEe4, https://www.peekvids.com/watch?v=UiheZWa8aDE, https://www.peekvids.com/watch?v=RzkQ_wMCLOl,
https://www.peekvids.com/watch?v=kd2VyS2vaYO, https://www.peekvids.com/watch?v=l2-thE_GVLo, https://www.peekvids.com/watch?v=wh1o5e6Zm_c,
https://www.peekvids.com/watch?v=Yn4ceouFnyj, https://www.peekvids.com/watch?v=4TvXS6tS93j, https://www.peekvids.com/watch?v=HOTMvBwO0jb,
https://www.peekvids.com/watch?v=tM7AfxbV9vX, https://www.peekvids.com/watch?v=qAMrMRjGUBk, https://www.peekvids.com/watch?v=FZbHjnpxbCu,
https://www.peekvids.com/watch?v=O54vcu0vtPJ, https://www.peekvids.com/watch?v=6DncA7fY0Tr, https://www.peekvids.com/watch?v=XSDBKfzoJBA,
https://www.peekvids.com/watch?v=Pp0I5-WcttF, https://www.peekvids.com/watch?v=P_xk2_jKwxE, https://www.peekvids.com/watch?v=DpI2Xe9q2rd,
https://www.peekvids.com/watch?v=iu5T1lfK5o5, https://www.peekvids.com/watch?v=98IKrXTjYM3, https://www.peekvids.com/watch?v=vUmIMwQyc_j,
https://www.peekvids.com/watch?v=HFUnBi3_rJ3, https://www.peekvids.com/watch?v=UZueY_QniSZ, https://www.peekvids.com/watch?v=c4VZHWK881R,
https://www.peekvids.com/watch?v=sKQkBDDKg5R, https://www.peekvids.com/watch?v=HygNO9coSAF, https://www.peekvids.com/watch?v=4ONK1b_lmse
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barboor
5.b. Uploader's email address: elekseykiko@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=barboor
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=tdWxmOYVcEe, https://www.peekvids.com/watch?v=jHi7wLr6Y_P,
https://www.peekvids.com/watch?v=Alz3RTBvYuL, https://www.peekvids.com/watch?v=dXQw0Zz8R6e, https://www.peekvids.com/watch?v=Us9i78AVjro,
https://www.peekvids.com/watch?v=EoGvaDrtcI5, https://www.peekvids.com/watch?v=n7722vcjjCN, https://www.peekvids.com/watch?v=6jfLad9jc3i,
https://www.peekvids.com/watch?v=gCAfZ5BpEPn, https://www.peekvids.com/watch?v=DGUurJaeLqC, https://www.peekvids.com/watch?v=fDlVJ6JgsKE,
https://www.peekvids.com/watch?v=0ZQ-lZZvDbA, https://www.peekvids.com/watch?v=qqZ1cjSDNZP, https://www.peekvids.com/watch?v=lGSsCIQw_HD,
https://www.peekvids.com/watch?v=2tHtwPCZuep, https://www.peekvids.com/watch?v=taesbNtTRLm, https://www.peekvids.com/watch?v=Uyu1QM8ZbYH,
https://www.peekvids.com/watch?v=XFEB_S29Btj, https://www.peekvids.com/watch?v=5Cqm5lPtN_4, https://www.peekvids.com/watch?v=N7G2edkQWwX,
https://www.peekvids.com/watch?v=t5IgVxDBJM6, https://www.peekvids.com/watch?v=d-woU4RTxQ7, https://www.peekvids.com/watch?v=PdkVxEBe23u,
https://www.peekvids.com/watch?v=aM_0aPaLMRx, https://www.peekvids.com/watch?v=ipCGezPREq6, https://www.peekvids.com/watch?v=hi3m1AwSkuP,
https://www.peekvids.com/watch?v=urXFNaqj2aj, https://www.peekvids.com/watch?v=4aQcXTBxpdc, https://www.peekvids.com/watch?v=bVebGL2xAUN,
https://www.peekvids.com/watch?v=608_fM8O4vh, https://www.peekvids.com/watch?v=7OUvI-mPPxy, https://www.peekvids.com/watch?v=iTlNS5zF5Hd,
https://www.peekvids.com/watch?v=bbB17sYUr_I, https://www.peekvids.com/watch?v=hJu1dFMM6co, https://www.peekvids.com/watch?v=9tDRyOM_NHg,
https://www.peekvids.com/watch?v=7EEGn6N2KQY, https://www.peekvids.com/watch?v=Qi6vjtztxRP, https://www.peekvids.com/watch?v=nkNNO8bD6yS,
https://www.peekvids.com/watch?v=Jz42KjvS_xR, https://www.peekvids.com/watch?v=j7vAvkeCHsY, https://www.peekvids.com/watch?v=BApuenA19dc,
https://www.peekvids.com/watch?v=ls-WtRU5xIa, https://www.peekvids.com/watch?v=eiecbTZqBRv, https://www.peekvids.com/watch?v=zo5C3BFZXyf,
https://www.peekvids.com/watch?v=ANyHMUDqyGX, https://www.peekvids.com/watch?v=wN6i6fTGcsi, https://www.peekvids.com/watch?v=rLfwdolupOV,
https://www.peekvids.com/watch?v=ur3PwBRPTxS, https://www.peekvids.com/watch?v=UOgCA4mSLDs, https://www.peekvids.com/watch?v=g4lhwGWVvYB,
https://www.peekvids.com/watch?v=D7x2uQjJi_b, https://www.peekvids.com/watch?v=zJ2qjVbYBCP, https://www.peekvids.com/watch?v=qZSc70Ttrgh,
https://www.peekvids.com/watch?v=I9NSRbEWUk4, https://www.peekvids.com/watch?v=sfVy5Sodt1Y, https://www.peekvids.com/watch?v=4KKglUMGfDh,
https://www.peekvids.com/watch?v=OX--lz2_C8E, https://www.peekvids.com/watch?v=6MsPrCXCPJd, https://www.peekvids.com/watch?v=HdetW4AS78N,
https://www.peekvids.com/watch?v=06jbkHdLk7V, https://www.peekvids.com/watch?v=3W79NG5jrjE, https://www.peekvids.com/watch?v=7j7nujbfdmQ,
https://www.peekvids.com/watch?v=mxAaTyCUq0L, https://www.peekvids.com/watch?v=0DOT_7R7KVo, https://www.peekvids.com/watch?v=oN3H96l6wZk,
https://www.peekvids.com/watch?v=rEeBQGmlnGe, https://www.peekvids.com/watch?v=n4K3uvda1zH, https://www.peekvids.com/watch?v=C9HAlJUiJXA,
https://www.peekvids.com/watch?v=Wiw-UqoYjgO, https://www.peekvids.com/watch?v=0RcSg9b5HTE, https://www.peekvids.com/watch?v=z8dXQ8K82P2,
https://www.peekvids.com/watch?v=69Bci3x5ufg, https://www.peekvids.com/watch?v=8oRr-QKtoBk, https://www.peekvids.com/watch?v=HaJ7P7RZhi9,
https://www.peekvids.com/watch?v=LJIKw7TeGpb, https://www.peekvids.com/watch?v=Q_NTiiENfpf, https://www.peekvids.com/watch?v=E0wfhCwWtqU,
https://www.peekvids.com/watch?v=G6UUU9mLH1n, https://www.peekvids.com/watch?v=C_XldI8eRw8, https://www.peekvids.com/watch?v=e1zJgx7_7Dz,
https://www.peekvids.com/watch?v=twQNiGKDmgc, https://www.peekvids.com/watch?v=q-B65nMyYFl, https://www.peekvids.com/watch?v=rKsM2F8j3V4,
https://www.peekvids.com/watch?v=CcoHByEp9Wt, https://www.peekvids.com/watch?v=zg9M2pSbHAj, https://www.peekvids.com/watch?v=UGHjsy1vSnZ,
https://www.peekvids.com/watch?v=gUsK1roB0dN, https://www.peekvids.com/watch?v=qMDWoWi3-7s, https://www.peekvids.com/watch?v=7Gq-H22xMxi,
https://www.peekvids.com/watch?v=viuiVde-5Jx, https://www.peekvids.com/watch?v=bGRSnaOcT7m, https://www.peekvids.com/watch?v=5Rzj0X0mzhS,
https://www.peekvids.com/watch?v=WkhlOcE4HFh, https://www.peekvids.com/watch?v=Qj1O4J1v7rG, https://www.peekvids.com/watch?v=8W2fb0ao1DS,
https://www.peekvids.com/watch?v=UbM49uJBLAW, https://www.peekvids.com/watch?v=SOa0SczXXbB, https://www.peekvids.com/watch?v=dO3E2oY2cgk,
https://www.peekvids.com/watch?v=UbfLsfF848P, https://www.peekvids.com/watch?v=jlyA4hO3DPx, https://www.peekvids.com/watch?v=IfFjA-R8yUE,
https://www.peekvids.com/watch?v=c9Ue5E_P-NC, https://www.peekvids.com/watch?v=bRd-Ie_gYVE, https://www.peekvids.com/watch?v=h9b7syLolc6,
https://www.peekvids.com/watch?v=cjUdbzFqYAP, https://www.peekvids.com/watch?v=hQ0e3YGuJxA, https://www.peekvids.com/watch?v=SQzsyIdNfn5,
https://www.peekvids.com/watch?v=m2R7-oJ5qZb, https://www.peekvids.com/watch?v=OCf0cyzpp0d, https://www.peekvids.com/watch?v=jdK-dzVAjFj,
https://www.peekvids.com/watch?v=NCS0Vu2t1MM, https://www.peekvids.com/watch?v=jT6Hh-3ZdoK, https://www.peekvids.com/watch?v=VXOz12-HrIP,
https://www.peekvids.com/watch?v=L3Od2JJaXeQ, https://www.peekvids.com/watch?v=pTG5-F6n_zc, https://www.peekvids.com/watch?v=TyiJ348zzI8,
https://www.peekvids.com/watch?v=es2_lEojE18, https://www.peekvids.com/watch?v=oii4IgsSbcA, https://www.peekvids.com/watch?v=FjqV-QPX3wL,
https://www.peekvids.com/watch?v=y0FjIfocVay, https://www.peekvids.com/watch?v=rGAcDV4XTjO, https://www.peekvids.com/watch?v=uB7PpNDm5Xo,
https://www.peekvids.com/watch?v=GGqFqLYIveQ, https://www.peekvids.com/watch?v=U2BR6fFSxqN, https://www.peekvids.com/watch?v=8RyCNPIOQIr,
https://www.peekvids.com/watch?v=VrX9wpssrmU
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Bcontic
5.b. Uploader's email address: uokogamata@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Bcontic
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=tk7vwJE1LN7, https://www.peekvids.com/watch?v=cEtgkjPz42k,
https://www.peekvids.com/watch?v=V4WXGylx1tm, https://www.peekvids.com/watch?v=cq4bC--lpxq, https://www.peekvids.com/watch?v=QqIelNvSbWv,
https://www.peekvids.com/watch?v=3jkkVaYvqCf, https://www.peekvids.com/watch?v=fOhv0s0FXS2, https://www.peekvids.com/watch?v=OBKEcC4h2wE,
https://www.peekvids.com/watch?v=RRsCKS3ubOn, https://www.peekvids.com/watch?v=NQNiqzdAAqO, https://www.peekvids.com/watch?v=EuvC9zcOd5O,
https://www.peekvids.com/watch?v=tcfc0UB4tLk, https://www.peekvids.com/watch?v=jeukJ4vSIdI, https://www.peekvids.com/watch?v=2OUFMlr4Pj2,
https://www.peekvids.com/watch?v=IdtL3pogw4f, https://www.peekvids.com/watch?v=HO-9M_aDssO, https://www.peekvids.com/watch?v=tUL8qjffyTS,
https://www.peekvids.com/watch?v=AqvCdEjvi5I, https://www.peekvids.com/watch?v=WnMJzNi_StI, https://www.peekvids.com/watch?v=89MZLLfW9Y7,
https://www.peekvids.com/watch?v=pHRrf2_WEFv, https://www.peekvids.com/watch?v=MhLTHCL92Jj, https://www.peekvids.com/watch?v=KG_NBKj2h8S,
https://www.peekvids.com/watch?v=6iUMdCoQDUF, https://www.peekvids.com/watch?v=IpY0OdBIM4O, https://www.peekvids.com/watch?v=mPBdFdOX6af,
https://www.peekvids.com/watch?v=rfwa-jWwuM3, https://www.peekvids.com/watch?v=fPA6xUticSF, https://www.peekvids.com/watch?v=ju1nwDkpDFu,
https://www.peekvids.com/watch?v=8-Y8PytHGNx, https://www.peekvids.com/watch?v=5xjTMcT9DJi, https://www.peekvids.com/watch?v=Qw2QGJEfhhJ,
https://www.peekvids.com/watch?v=6Os7mHFMVOx, https://www.peekvids.com/watch?v=cV6dJZfXiAi, https://www.peekvids.com/watch?v=3bXxEinlmEc,

https://www.peekvids.com/watch?v=YXIvsgnJz8B, https://www.peekvids.com/watch?v=bE-fLSuvIki, https://www.peekvids.com/watch?v=fIRCAwZHFT4,
https://www.peekvids.com/watch?v=u4dC3zekDB2, https://www.peekvids.com/watch?v=gG5-x11QfDi, https://www.peekvids.com/watch?v=LqSSE0rX4JD,
https://www.peekvids.com/watch?v=qWcmB3CNfYC, https://www.peekvids.com/watch?v=d1HZVdLPQbu, https://www.peekvids.com/watch?v=oV_NuTffShL,
https://www.peekvids.com/watch?v=7MdFk0IIHF6, https://www.peekvids.com/watch?v=lrPTfN1WLvw, https://www.peekvids.com/watch?v=Tyz8X0tbe8E,
https://www.peekvids.com/watch?v=PwxbAzgWqDG, https://www.peekvids.com/watch?v=YyXieQ4GRgI, https://www.peekvids.com/watch?v=hRkJ5Jebl4s,
https://www.peekvids.com/watch?v=tdo03dFQZn7, https://www.peekvids.com/watch?v=nux5FTJOX6K, https://www.peekvids.com/watch?v=cTXwrIYI6p0,
https://www.peekvids.com/watch?v=38h3Z7bldei, https://www.peekvids.com/watch?v=d05xd8F4kjF, https://www.peekvids.com/watch?v=RSROf8XPb9C,
https://www.peekvids.com/watch?v=zhWANP4mbkz, https://www.peekvids.com/watch?v=N-p70ZYI8FE, https://www.peekvids.com/watch?v=eQKYRwHhnOo,
https://www.peekvids.com/watch?v=vPxKrMYjh_P, https://www.peekvids.com/watch?v=JLN13feYRlV, https://www.peekvids.com/watch?v=jFyTvYDTKwt,
https://www.peekvids.com/watch?v=BXFu1ApZXWa, https://www.peekvids.com/watch?v=s6hN24hWb8W, https://www.peekvids.com/watch?v=nPMwzqVHU8L,
https://www.peekvids.com/watch?v=SkKFRopcP1p, https://www.peekvids.com/watch?v=tvT3bEoaD16, https://www.peekvids.com/watch?v=LVO1sueXQyy,
https://www.peekvids.com/watch?v=cxbpjyZSkgY, https://www.peekvids.com/watch?v=kn1dtT2c14F, https://www.peekvids.com/watch?v=H9p2EuqSyMt,
https://www.peekvids.com/watch?v=UOWjI4r0hsE, https://www.peekvids.com/watch?v=Md7ZMRgtFX7, https://www.peekvids.com/watch?v=N4_yhM2DzX8,
https://www.peekvids.com/watch?v=GlbbDcIDvgZ, https://www.peekvids.com/watch?v=b874DzX_hXs, https://www.peekvids.com/watch?v=4mjnXkJN5Oy,
https://www.peekvids.com/watch?v=0X-fgzyfmQy, https://www.peekvids.com/watch?v=SSaAI8vJ2eq, https://www.peekvids.com/watch?v=JcmA0Guy4X4,
https://www.peekvids.com/watch?v=qZwarREaNsV, https://www.peekvids.com/watch?v=IdKEvc_kAlD, https://www.peekvids.com/watch?v=gqitMrmNURj,
https://www.peekvids.com/watch?v=8bmzNTLM7ls, https://www.peekvids.com/watch?v=sPHrKdpiDGR, https://www.peekvids.com/watch?v=44crdh1hrwZ,
https://www.peekvids.com/watch?v=D7g1T7Oun4g, https://www.peekvids.com/watch?v=abxti6creVS, https://www.peekvids.com/watch?v=dNmcD2Hmzq6,
https://www.peekvids.com/watch?v=Z6G8caJXhhr, https://www.peekvids.com/watch?v=ZXf2tuBew9K, https://www.peekvids.com/watch?v=Cb6ln3K8hW0,
https://www.peekvids.com/watch?v=mZi1vV_1Yqg, https://www.peekvids.com/watch?v=Z3LlXZ05XUc, https://www.peekvids.com/watch?v=TdyolvaD4Bs,
https://www.peekvids.com/watch?v=0svn6itrHC5, https://www.peekvids.com/watch?v=sEusxVPtVBT, https://www.peekvids.com/watch?v=4uM9A7lKe6V,
https://www.peekvids.com/watch?v=CEbwVfD1qKy, https://www.peekvids.com/watch?v=7UeaJGbol7Z, https://www.peekvids.com/watch?v=JfxQUL_wut6,
https://www.peekvids.com/watch?v=QESrJQe0vvc, https://www.peekvids.com/watch?v=D2dQZu9_YLd, https://www.peekvids.com/watch?v=R8ge15i4E8e,
https://www.peekvids.com/watch?v=A1_diYA6fwV, https://www.peekvids.com/watch?v=QOyJDgZdST6, https://www.peekvids.com/watch?v=40OTUzRkyx4,
https://www.peekvids.com/watch?v=DvDX_wVgKi0, https://www.peekvids.com/watch?v=FehMuWxE8Za, https://www.peekvids.com/watch?v=fShHvZqwPQ0
5.f. Date of third notice: 2015-07-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beamer5
5.b. Uploader's email address: patonicky@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=beamer5
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=MdLzGHQtNrb, https://www.peekvids.com/watch?v=OiL3fFIQMaV,
https://www.peekvids.com/watch?v=QjB523gmNVJ, https://www.peekvids.com/watch?v=caUKGpguQgG, https://www.peekvids.com/watch?v=fZ8VjM-950v,
https://www.peekvids.com/watch?v=idKDPbzdqed, https://www.peekvids.com/watch?v=hM4AvHmuBUn, https://www.peekvids.com/watch?v=0QjgVUMzH0W,
https://www.peekvids.com/watch?v=LnUzHePsLpg, https://www.peekvids.com/watch?v=GjbKsAidFU6, https://www.peekvids.com/watch?v=Ig-g72hjNfD,
https://www.peekvids.com/watch?v=qL3Q0YlJUF0, https://www.peekvids.com/watch?v=WOGYDoZrtxD, https://www.peekvids.com/watch?v=8Dp2Fg0qvxT,
https://www.peekvids.com/watch?v=L2xQ4AO32VC, https://www.peekvids.com/watch?v=xeFGnVHFarP, https://www.peekvids.com/watch?v=GQ9rATJ0qdg,
https://www.peekvids.com/watch?v=xScxtfDBFyF, https://www.peekvids.com/watch?v=67iRLqrGPhn, https://www.peekvids.com/watch?v=WC87sTUl-yo,
https://www.peekvids.com/watch?v=K6ODdoHC3fy, https://www.peekvids.com/watch?v=xfKMm5tsABH, https://www.peekvids.com/watch?v=MERRAcYMn2V,
https://www.peekvids.com/watch?v=859hayEZIaj, https://www.peekvids.com/watch?v=BbWPWp7KFxa, https://www.peekvids.com/watch?v=8iHHHQPNF6l,
https://www.peekvids.com/watch?v=ywnyqeLMePC, https://www.peekvids.com/watch?v=FXHHpgWT-IX, https://www.peekvids.com/watch?v=4FpVMzyS3vV,
https://www.peekvids.com/watch?v=MgwBr6lXVaU, https://www.peekvids.com/watch?v=FJjLzz7Wi0z, https://www.peekvids.com/watch?v=Bz02eTT0lWi,
https://www.peekvids.com/watch?v=Wez0TRC-XRw, https://www.peekvids.com/watch?v=KqFCD5Kos4E, https://www.peekvids.com/watch?v=oVvWjYYpTnm,
https://www.peekvids.com/watch?v=6SM7MCt4F0w, https://www.peekvids.com/watch?v=NwY5E59n3AN, https://www.peekvids.com/watch?v=yRITRR5BNB8,
https://www.peekvids.com/watch?v=A-sCX5PPP7I, https://www.peekvids.com/watch?v=YxhnItUFB2V, https://www.peekvids.com/watch?v=rQzvK-Mav9u,
https://www.peekvids.com/watch?v=ZrgJ6Q02nKW, https://www.peekvids.com/watch?v=bi4oQaytDuT, https://www.peekvids.com/watch?v=-OIvSkUBQay,
https://www.peekvids.com/watch?v=puwoLxYhYMF, https://www.peekvids.com/watch?v=hMbEB0hfMSe, https://www.peekvids.com/watch?v=DuK550BsAr2,
https://www.peekvids.com/watch?v=fKVKHI5ylNR, https://www.peekvids.com/watch?v=BKMkHgWARld, https://www.peekvids.com/watch?v=zoOYtTvJyhN,
https://www.peekvids.com/watch?v=yOGnxURQaGS, https://www.peekvids.com/watch?v=zKfFGth5vK3, https://www.peekvids.com/watch?v=IeA-t6nbrpk,
https://www.peekvids.com/watch?v=La2LTg3f-Bs, https://www.peekvids.com/watch?v=3RBgSagL53c, https://www.peekvids.com/watch?v=PrUKFHKO5aR,
https://www.peekvids.com/watch?v=BjSGHI4jpgd, https://www.peekvids.com/watch?v=lbMeFfBAn3J, https://www.peekvids.com/watch?v=UkZF6E8HAkD,
https://www.peekvids.com/watch?v=X0SIYCFI-NF, https://www.peekvids.com/watch?v=OFl9MmoJM2M, https://www.peekvids.com/watch?v=y6XuOlj-U7J,
https://www.peekvids.com/watch?v=MjTCgYipGKT, https://www.peekvids.com/watch?v=uJloWHjDG0a, https://www.peekvids.com/watch?v=GoUZHC3o5HG,
https://www.peekvids.com/watch?v=pq0-Y-SBfMQ, https://www.peekvids.com/watch?v=LfOoKsWvA0-, https://www.peekvids.com/watch?v=o5jkHo3ZTQ8,
https://www.peekvids.com/watch?v=ZsZHd44h43b, https://www.peekvids.com/watch?v=UD5RmfryJuk, https://www.peekvids.com/watch?v=IpnWU5F3dU6,
https://www.peekvids.com/watch?v=gvkIP0DHDoy, https://www.peekvids.com/watch?v=Bs5pvQrkACq, https://www.peekvids.com/watch?v=QMzBA-jqpAr,
https://www.peekvids.com/watch?v=5aP2qCQgWun, https://www.peekvids.com/watch?v=3q5nRcfnNbE, https://www.peekvids.com/watch?v=CZggGATpX8v,
https://www.peekvids.com/watch?v=YnmWhHpmFCj, https://www.peekvids.com/watch?v=0ZkRMPrrGZs, https://www.peekvids.com/watch?v=2AQrhV3w6z7,
https://www.peekvids.com/watch?v=H9_yj6-T-xd, https://www.peekvids.com/watch?v=WhTzF14Hmfv, https://www.peekvids.com/watch?v=M8oZPq_1XNk,
https://www.peekvids.com/watch?v=343z1Xxot8t, https://www.peekvids.com/watch?v=AhTjapi6J7T, https://www.peekvids.com/watch?v=8kWLZ8bQtdP,
https://www.peekvids.com/watch?v=BEU4OAM0s7K, https://www.peekvids.com/watch?v=a7Sgn0rzsVN, https://www.peekvids.com/watch?v=tH8FUSzd5iO,
https://www.peekvids.com/watch?v=z0IkDliUzMG, https://www.peekvids.com/watch?v=ybaj4qicgq7, https://www.peekvids.com/watch?v=3JMqXvi20eP,
https://www.peekvids.com/watch?v=HCjfeqBEUR9, https://www.peekvids.com/watch?v=bo80Q87hYY9, https://www.peekvids.com/watch?v=uEpk8R_4s7I,
https://www.peekvids.com/watch?v=iqSS2EIFNST, https://www.peekvids.com/watch?v=TkcisWFkktS, https://www.peekvids.com/watch?v=P6SZ7JWIOyE,
https://www.peekvids.com/watch?v=esrwJvOjWWB, https://www.peekvids.com/watch?v=Ven6xO0GzFn, https://www.peekvids.com/watch?v=CiNaZN7RfNq,
https://www.peekvids.com/watch?v=jU8OSLFX8tg, https://www.peekvids.com/watch?v=h91NzyghfbF, https://www.peekvids.com/watch?v=q46S0tK-rKX,
https://www.peekvids.com/watch?v=lqe5YQmqEvA, https://www.peekvids.com/watch?v=Km5qN_1QhrY, https://www.peekvids.com/watch?v=U3pmFgYAAIn,
https://www.peekvids.com/watch?v=XUTOnuhfsIk, https://www.peekvids.com/watch?v=Hdbk_jXZ0Iw, https://www.peekvids.com/watch?v=0YCz5dEq10y,
https://www.peekvids.com/watch?v=MkMHh2Cf6BX, https://www.peekvids.com/watch?v=gsRv0M7pCOB, https://www.peekvids.com/watch?v=kGP68bUSAN9,
https://www.peekvids.com/watch?v=RBJXOaxQ0ae, https://www.peekvids.com/watch?v=afHWx33VlRU, https://www.peekvids.com/watch?v=uaQG1-3KXBM,
https://www.peekvids.com/watch?v=jUnR0iQNYMm, https://www.peekvids.com/watch?v=fDp36ro3tDR
5.f. Date of third notice: 2015-06-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beko1000
5.b. Uploader's email address: alabamanikkisix@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=beko1000
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=B1t_-73vWI2, https://www.peekvids.com/watch?v=F2yItBx3_PR,
https://www.peekvids.com/watch?v=6tiELl3mFkT, https://www.peekvids.com/watch?v=w6fBx0gVlCL, https://www.peekvids.com/watch?v=SCSqIXKxf_6,
https://www.peekvids.com/watch?v=7mDvbFeLLup, https://www.peekvids.com/watch?v=HSQkFINrgCs, https://www.peekvids.com/watch?v=A4joIevKMYC,
https://www.peekvids.com/watch?v=inEPzJ0tBpm, https://www.peekvids.com/watch?v=y4bXj0E0LuK, https://www.peekvids.com/watch?v=p1UJlbsGM8i,
https://www.peekvids.com/watch?v=wUBfZX_3rXX, https://www.peekvids.com/watch?v=LykPuZZxqNL, https://www.peekvids.com/watch?v=njVMbCjLLTL,
https://www.peekvids.com/watch?v=JUxbdkjrBw3, https://www.peekvids.com/watch?v=gqRWJzHS09D, https://www.peekvids.com/watch?v=7sdkUPPn26s,
https://www.peekvids.com/watch?v=8N3fwVjo3MF, https://www.peekvids.com/watch?v=v_2WR5raIM7, https://www.peekvids.com/watch?v=j4Wvm4a8luI,
https://www.peekvids.com/watch?v=ZRVuLzGU4tx, https://www.peekvids.com/watch?v=GJp-BDZdgZs, https://www.peekvids.com/watch?v=olNaps_41Q9,
https://www.peekvids.com/watch?v=qaiq8VJpEr0, https://www.peekvids.com/watch?v=3Q1IbrYPRWe, https://www.peekvids.com/watch?v=PdEoHtLZsc4,
https://www.peekvids.com/watch?v=kOxBNC7FADJ, https://www.peekvids.com/watch?v=MNOD9BKSbFO, https://www.peekvids.com/watch?v=EUGotT49tnz,
https://www.peekvids.com/watch?v=8Obc0rEEcvD, https://www.peekvids.com/watch?v=zwwQTIncLHt, https://www.peekvids.com/watch?v=PrQ0-EdRAEK,
https://www.peekvids.com/watch?v=8saAKCrsKbQ, https://www.peekvids.com/watch?v=zIHspswktfg, https://www.peekvids.com/watch?v=sHkhiTzRpRC,
https://www.peekvids.com/watch?v=NQN-4OgrvSk, https://www.peekvids.com/watch?v=YnEEe1Ug5Tl, https://www.peekvids.com/watch?v=tOW74-bMZkM,
https://www.peekvids.com/watch?v=8GQgRR6b22p, https://www.peekvids.com/watch?v=K7j8G_URSk2, https://www.peekvids.com/watch?v=42gp7apSS8O,
https://www.peekvids.com/watch?v=Oj6W0VKje_O, https://www.peekvids.com/watch?v=63A4_RkPt3q, https://www.peekvids.com/watch?v=4zML4wJoESO,
https://www.peekvids.com/watch?v=lleumYiiwbF, https://www.peekvids.com/watch?v=f4evYkUnORO, https://www.peekvids.com/watch?v=bV1UiAJvfUj,
https://www.peekvids.com/watch?v=iWCXlcCSZ2F, https://www.peekvids.com/watch?v=W8FG5TK2NKP, https://www.peekvids.com/watch?v=WKLo6qlLE9U,
https://www.peekvids.com/watch?v=cCmcxB-uELS, https://www.peekvids.com/watch?v=v3t_De8moOd, https://www.peekvids.com/watch?v=aupEfXx_135,
https://www.peekvids.com/watch?v=57Hg2YoQBtM, https://www.peekvids.com/watch?v=90sr9UaI9B2, https://www.peekvids.com/watch?v=U64FkQZ3VGI,
https://www.peekvids.com/watch?v=MrUcKi42PDN, https://www.peekvids.com/watch?v=opSr7Sdpe1a, https://www.peekvids.com/watch?v=6CFc-DPzex6,
https://www.peekvids.com/watch?v=4R9GXG0F6LY, https://www.peekvids.com/watch?v=qj_yl17m7CI, https://www.peekvids.com/watch?v=Bf9YuQWJfFK,
https://www.peekvids.com/watch?v=TswutsFaSy6, https://www.peekvids.com/watch?v=xPsnHhxv0HK, https://www.peekvids.com/watch?v=CYbBRKOgxQq,
https://www.peekvids.com/watch?v=WVA29kUXodQ, https://www.peekvids.com/watch?v=i1NhIGGpsj9, https://www.peekvids.com/watch?v=YbCm-vP438Z,
https://www.peekvids.com/watch?v=IuW_rh5WFvr, https://www.peekvids.com/watch?v=Qzh1xnrvIkf, https://www.peekvids.com/watch?v=gIP_SAH-R-Z,
https://www.peekvids.com/watch?v=tpGHTZSyyuZ, https://www.peekvids.com/watch?v=s--G46SCGs8, https://www.peekvids.com/watch?v=bxyPm-KgpRR,
https://www.peekvids.com/watch?v=KH-u1_TmLLI, https://www.peekvids.com/watch?v=ZtKwxFIe5Xm, https://www.peekvids.com/watch?v=4sKNf91x5aP,
https://www.peekvids.com/watch?v=CK8EmE2_z3e, https://www.peekvids.com/watch?v=Rw8xEvwlGak, https://www.peekvids.com/watch?v=I2kNCKNCwZX,
https://www.peekvids.com/watch?v=ptkQlGZaI5d, https://www.peekvids.com/watch?v=YPwYdpq3gtL, https://www.peekvids.com/watch?v=5WZJqL6Rw4X,
https://www.peekvids.com/watch?v=sJX0MMVr_u7, https://www.peekvids.com/watch?v=jPb7ffZ7oVr, https://www.peekvids.com/watch?v=WhQEFAmTjZW,
https://www.peekvids.com/watch?v=pSby8oOJ0oW, https://www.peekvids.com/watch?v=K40T-3hOp6u, https://www.peekvids.com/watch?v=HSF0CuzsvOu,
https://www.peekvids.com/watch?v=FSJMSbgS5m9, https://www.peekvids.com/watch?v=mjfDiqJK4Dl, https://www.peekvids.com/watch?v=3vkxFcAh_mg,
https://www.peekvids.com/watch?v=RCmQxFE75DU, https://www.peekvids.com/watch?v=6Vgq-uYvWlc, https://www.peekvids.com/watch?v=cfbrQgNLomF,
https://www.peekvids.com/watch?v=LEkG6O5cmes, https://www.peekvids.com/watch?v=GevVrwYwg5W, https://www.peekvids.com/watch?v=BKy15U_G-fO,
https://www.peekvids.com/watch?v=6QmEyeLYEgH, https://www.peekvids.com/watch?v=VeG9jykp2gw, https://www.peekvids.com/watch?v=p6Lx7AsMCWm,
https://www.peekvids.com/watch?v=p08XG0i8nGH, https://www.peekvids.com/watch?v=fmMgxCEz0Qo, https://www.peekvids.com/watch?v=jllVbrsl4zr,
https://www.peekvids.com/watch?v=bvcaj2vbwQH, https://www.peekvids.com/watch?v=8UE7aF_JtmZ, https://www.peekvids.com/watch?v=iyj3NkMC-eu,
https://www.peekvids.com/watch?v=CNaDg5i2UK7, https://www.peekvids.com/watch?v=iTiA9rG34vu, https://www.peekvids.com/watch?v=M_mJcSSWMvr,
https://www.peekvids.com/watch?v=N-DiF5HGAXA, https://www.peekvids.com/watch?v=nrtkYiVvDxm, https://www.peekvids.com/watch?v=FC-_1i2ZJXs,
https://www.peekvids.com/watch?v=OJ4FMaGCVCl, https://www.peekvids.com/watch?v=f1pVqEGrjqT, https://www.peekvids.com/watch?v=cefdhKnFiO6,
https://www.peekvids.com/watch?v=fYFWF5iZmLu, https://www.peekvids.com/watch?v=b3D7Z65esdo, https://www.peekvids.com/watch?v=U8kKaYolgSN,
https://www.peekvids.com/watch?v=btDhahNa2Tl, https://www.peekvids.com/watch?v=ugCAN5OoKUH, https://www.peekvids.com/watch?v=Ec5HsfnfpZL,
https://www.peekvids.com/watch?v=u8ELee0aWxF, https://www.peekvids.com/watch?v=MFVOJwPv4hB, https://www.peekvids.com/watch?v=aRk0gq3keNy,
https://www.peekvids.com/watch?v=E93Ce-w2ZxK, https://www.peekvids.com/watch?v=vXoODgBziy3, https://www.peekvids.com/watch?v=F2hRitxM7nP,
https://www.peekvids.com/watch?v=dffJU-gPRxz, https://www.peekvids.com/watch?v=MuGr8amxq1q, https://www.peekvids.com/watch?v=9truesj4I1b,
https://www.peekvids.com/watch?v=4u3z63P1Bqu, https://www.peekvids.com/watch?v=RGmK-vumy7w, https://www.peekvids.com/watch?v=TziR_ogU7iW,
https://www.peekvids.com/watch?v=Yz80zyU9qKv, https://www.peekvids.com/watch?v=6KtrmLJ2mHH, https://www.peekvids.com/watch?v=yFo8ODZ3Tc5,
https://www.peekvids.com/watch?v=jYrUBfznE6E, https://www.peekvids.com/watch?v=hfQ3dk5xDaz, https://www.peekvids.com/watch?v=Z-qMnNtyuhl,
https://www.peekvids.com/watch?v=fERYx6hhoS7, https://www.peekvids.com/watch?v=xquYgsqpYZD, https://www.peekvids.com/watch?v=h9gTojwuxkK,
https://www.peekvids.com/watch?v=AxC2Yi_ZLjO, https://www.peekvids.com/watch?v=xB71-IPRFWW, https://www.peekvids.com/watch?v=P9SliP9L-mo,
https://www.peekvids.com/watch?v=E_KzfJLE6nW, https://www.peekvids.com/watch?v=DNYmoIhgs5w, https://www.peekvids.com/watch?v=3aCKCu3wF-N,
https://www.peekvids.com/watch?v=hgPvI1mvycc, https://www.peekvids.com/watch?v=WaoEvvsTbip, https://www.peekvids.com/watch?v=xCFyudV9B-V,
https://www.peekvids.com/watch?v=XCJNcKmv_gK, https://www.peekvids.com/watch?v=iSpjk-q7tQY, https://www.peekvids.com/watch?v=fAMRv567Uem,
https://www.peekvids.com/watch?v=UAnVnhFmsNy
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: belushi
5.b. Uploader's email address: wetubetobsbs@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=belushi

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Mvt3WGrodef, https://www.peekvids.com/watch?v=Sk63vatKOeq, https://www.peekvids.com/watch?v=mkgL3jQHbXN, https://www.peekvids.com/watch?v=D1sbbXX2kAJ, https://www.peekvids.com/watch?v=4yYG8L2aC-v, https://www.peekvids.com/watch?v=FjqXVQ3WGaA, https://www.peekvids.com/watch?v=NRbB6PrlkaP, https://www.peekvids.com/watch?v=3iQBK4UyHdu, https://www.peekvids.com/watch?v=sIHWIvwTfpz, https://www.peekvids.com/watch?v=MPrTGFmUr8A, https://www.peekvids.com/watch?v=xcPI952jo3x, https://www.peekvids.com/watch?v=08Ldax5GsTR, https://www.peekvids.com/watch?v=n82FYETdaiz, https://www.peekvids.com/watch?v=JEqF3E7hM0K, https://www.peekvids.com/watch?v=iB718ahjRb9, https://www.peekvids.com/watch?v=fjFdfAa1Kfv, https://www.peekvids.com/watch?v=6Q6DAErpENn, https://www.peekvids.com/watch?v=uiGdzC49oTZ, https://www.peekvids.com/watch?v=3esbEeP_0cS, https://www.peekvids.com/watch?v=dQdGvPLBdaX, https://www.peekvids.com/watch?v=IzKRWbp91aQ, https://www.peekvids.com/watch?v=W-7K8WxzEEd, https://www.peekvids.com/watch?v=XAi3NxC39-6, https://www.peekvids.com/watch?v=nlEgaMcYS9o, https://www.peekvids.com/watch?v=wXikV9K7BQC, https://www.peekvids.com/watch?v=OIw36v2VAYe, https://www.peekvids.com/watch?v=lwMifVfLSTz, https://www.peekvids.com/watch?v=ldbqTPcVP9L, https://www.peekvids.com/watch?v=9a57sBedHlj, https://www.peekvids.com/watch?v=9DXiRZKrV9b, https://www.peekvids.com/watch?v=lFp6znCjqYN, https://www.peekvids.com/watch?v=8I6NaMjmbo6, https://www.peekvids.com/watch?v=z9BnkU_SniC, https://www.peekvids.com/watch?v=c17-QGXW2Cx, https://www.peekvids.com/watch?v=T8EdVN_baYW, https://www.peekvids.com/watch?v=lXkH3Snm1ly, https://www.peekvids.com/watch?v=qTrN_ni367t, https://www.peekvids.com/watch?v=8NZfVvK6N-H, https://www.peekvids.com/watch?v=r3zocDZNcmW, https://www.peekvids.com/watch?v=CM6Ojl-3E8G, https://www.peekvids.com/watch?v=JmFe3-0U5HV, https://www.peekvids.com/watch?v=ntUEhq_jYzT, https://www.peekvids.com/watch?v=0wT6tqqrsG4, https://www.peekvids.com/watch?v=X-x0IytXRIT, https://www.peekvids.com/watch?v=lHIyYiAUaAF, https://www.peekvids.com/watch?v=Vcj_UshkMIV, https://www.peekvids.com/watch?v=bA4zoNkfrTF, https://www.peekvids.com/watch?v=CE1nmm38vSJ, https://www.peekvids.com/watch?v=qe_KghL_U3m, https://www.peekvids.com/watch?v=VlCsaVYP3ql, https://www.peekvids.com/watch?v=Lks6Qm602xD, https://www.peekvids.com/watch?v=i8wcxNynAtq, https://www.peekvids.com/watch?v=kInNDBkZdRF, https://www.peekvids.com/watch?v=kWQoZ1T3X1A, https://www.peekvids.com/watch?v=RslZdxBOJFD, https://www.peekvids.com/watch?v=pp1hWKQ7LuX, https://www.peekvids.com/watch?v=YJy5z5TUhI2, https://www.peekvids.com/watch?v=ceuj0i_jkN0, https://www.peekvids.com/watch?v=DUwxIoVk_C3, https://www.peekvids.com/watch?v=r_bSa1sDvw6, https://www.peekvids.com/watch?v=XlX7OUwV0aT, https://www.peekvids.com/watch?v=BOyDyBMxywD, https://www.peekvids.com/watch?v=IK-Oq7Cl-wy, https://www.peekvids.com/watch?v=xWqqii_fOC0, https://www.peekvids.com/watch?v=VMM3UYWAwKD, https://www.peekvids.com/watch?v=31U5E30kCvC, https://www.peekvids.com/watch?v=5LwggAK55Sy, https://www.peekvids.com/watch?v=5HryX_aXQF6, https://www.peekvids.com/watch?v=CZoE2oHmyTn, https://www.peekvids.com/watch?v=wRlSVV7LXyC, https://www.peekvids.com/watch?v=m0R6zg5dFy5, https://www.peekvids.com/watch?v=HrPsCSkYrZe, https://www.peekvids.com/watch?v=4Ly24egASED, https://www.peekvids.com/watch?v=dOZdi5JI5YB, https://www.peekvids.com/watch?v=WiCjEItAc1A, https://www.peekvids.com/watch?v=pm9uGCp4PMv, https://www.peekvids.com/watch?v=PoJKwPUsTfg, https://www.peekvids.com/watch?v=alOQMY9r7FM, https://www.peekvids.com/watch?v=9J4U6AH1p7T, https://www.peekvids.com/watch?v=SixlLTHRt7K, https://www.peekvids.com/watch?v=Z2Ycf59qutJ
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigdiick
5.b. Uploader's email address: annaluurenna@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bigdiick
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=l8O7XHPaDBG, https://www.peekvids.com/watch?v=VJcyFW1fP4F, https://www.peekvids.com/watch?v=eqcCFBGFg1D, https://www.peekvids.com/watch?v=fc0vT_wfSaD, https://www.peekvids.com/watch?v=Grg-01JXJXS, https://www.peekvids.com/watch?v=7WsMHxiW3Fd, https://www.peekvids.com/watch?v=4Hl8FJN7QUc, https://www.peekvids.com/watch?v=e3cy8OU5_8Y, https://www.peekvids.com/watch?v=jZ1f4ILTLfZ, https://www.peekvids.com/watch?v=L1LO0MDO4zv, https://www.peekvids.com/watch?v=JOvXIUG7h5Y, https://www.peekvids.com/watch?v=5yqlzVHEXcl, https://www.peekvids.com/watch?v=B3uSJdSs8W8, https://www.peekvids.com/watch?v=Ttn1b-FwlbX, https://www.peekvids.com/watch?v=WAZ5Uq25zjS, https://www.peekvids.com/watch?v=NTpTXB-0M7I, https://www.peekvids.com/watch?v=hfBEfJkr3BT, https://www.peekvids.com/watch?v=4AAgmVbW0vt, https://www.peekvids.com/watch?v=38QyIqmrzCp, https://www.peekvids.com/watch?v=NWu4k_AQpHi, https://www.peekvids.com/watch?v=uwWVwE_FaN0, https://www.peekvids.com/watch?v=4W1Q8TieHhX, https://www.peekvids.com/watch?v=2Fd9vucQiA9, https://www.peekvids.com/watch?v=bHlNbTD3WLv, https://www.peekvids.com/watch?v=uaPJLsH1kV5, https://www.peekvids.com/watch?v=bSLwhvnba2a, https://www.peekvids.com/watch?v=wSy5yvQ23zn, https://www.peekvids.com/watch?v=zw49RAg96VN, https://www.peekvids.com/watch?v=Zh8libLKSrN, https://www.peekvids.com/watch?v=LTmuR34WSHG, https://www.peekvids.com/watch?v=eixypAiq9O3, https://www.peekvids.com/watch?v=Wh29fNEiJ76, https://www.peekvids.com/watch?v=wd7wVUm-uxS, https://www.peekvids.com/watch?v=BXJJO-ww74n, https://www.peekvids.com/watch?v=JMlXq-qBYab, https://www.peekvids.com/watch?v=dZBrvvrN0ZY, https://www.peekvids.com/watch?v=CCrMbwsihYB, https://www.peekvids.com/watch?v=KRx9kYfgRdX, https://www.peekvids.com/watch?v=cPWAdRM1kVj, https://www.peekvids.com/watch?v=HKdeYxjqUT9, https://www.peekvids.com/watch?v=QARyfFjQd_W, https://www.peekvids.com/watch?v=YwYPIAg9Uli
5.f. Date of third notice: 2015-10-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigfacial
5.b. Uploader's email address: hobidobyonn@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bigfacial
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=VOTJEPhsNLR, https://www.peekvids.com/watch?v=J_USyeQpLI9, https://www.peekvids.com/watch?v=jeQDbZJe210, https://www.peekvids.com/watch?v=AZkUZ8JFzf7, https://www.peekvids.com/watch?v=nIS26_O2wVO, https://www.peekvids.com/watch?v=ojSDAHmwyAd, https://www.peekvids.com/watch?v=JD3bzhcFm2e, https://www.peekvids.com/watch?v=v2BPoExx7Oa, https://www.peekvids.com/watch?v=cle9sbhKcfH, https://www.peekvids.com/watch?v=eA5EMDX8Ay7, https://www.peekvids.com/watch?v=8KxicF6A1iz, https://www.peekvids.com/watch?v=ipHBD92Vn7N, https://www.peekvids.com/watch?v=kGnHcySMBay, https://www.peekvids.com/watch?v=0_-LVTQKYUa, https://www.peekvids.com/watch?v=EZSQBDizDs7, https://www.peekvids.com/watch?v=ELMYL6kP7Kp, https://www.peekvids.com/watch?v=ZL4kaZdeHJM, https://www.peekvids.com/watch?v=rRotg3AzC_P, https://www.peekvids.com/watch?v=ragt1nzjhUQ, https://www.peekvids.com/watch?v=6I8EMY2w7W9, https://www.peekvids.com/watch?v=Ej0EcU4X-Ez, https://www.peekvids.com/watch?v=81zDYD8RO7D, https://www.peekvids.com/watch?v=X-vSPEhf21E, https://www.peekvids.com/watch?v=o1Ryujxsd2d, https://www.peekvids.com/watch?v=yxUjFK7ByC8, https://www.peekvids.com/watch?v=Sb4_TXz52LJ, https://www.peekvids.com/watch?v=l3FZjXPNjuK, https://www.peekvids.com/watch?v=To66fabuZJA, https://www.peekvids.com/watch?v=oc2CgaKj90u, https://www.peekvids.com/watch?v=Dj-RVzuAcON, https://www.peekvids.com/watch?v=bCThEGP1hvg, https://www.peekvids.com/watch?v=CjmwreUL_ha, https://www.peekvids.com/watch?v=8eBWS8uUSCW, https://www.peekvids.com/watch?v=8KDAbdCymdd, https://www.peekvids.com/watch?v=PRz7yiDtcuR, https://www.peekvids.com/watch?v=VB3OAXdZr6P, https://www.peekvids.com/watch?v=V8ZWZWdLhSJ, https://www.peekvids.com/watch?v=w6I88NC2f18, https://www.peekvids.com/watch?v=5EwPkRmdgIG, https://www.peekvids.com/watch?v=9K6zj8InTyu, https://www.peekvids.com/watch?v=yH0n80L0sKc, https://www.peekvids.com/watch?v=GrC6GKHHftq, https://www.peekvids.com/watch?v=E1YrYWXYO2D, https://www.peekvids.com/watch?v=ineDDtjWKrl, https://www.peekvids.com/watch?v=Xycv5JXhOqd, https://www.peekvids.com/watch?v=nV2IzUGYJP6, https://www.peekvids.com/watch?v=5XsTNVVVDDp, https://www.peekvids.com/watch?v=cNpzW92_vyC, https://www.peekvids.com/watch?v=Z2jTQpRr09k, https://www.peekvids.com/watch?v=P6e8qJHl7Tg, https://www.peekvids.com/watch?v=SVRIiz2bVHh, https://www.peekvids.com/watch?v=jf7DwBg5VFH, https://www.peekvids.com/watch?v=IU7cq9s9MQq, https://www.peekvids.com/watch?v=twIHNBl7MFW, https://www.peekvids.com/watch?v=JqvN8mYAYBQ, https://www.peekvids.com/watch?v=EDL331Op-fJ, https://www.peekvids.com/watch?v=RmDsNI7nBYy, https://www.peekvids.com/watch?v=TcCD-pVnoS3, https://www.peekvids.com/watch?v=InguNdv2LJy, https://www.peekvids.com/watch?v=u8nd59GYVkq, https://www.peekvids.com/watch?v=DsaXVqNhJSS, https://www.peekvids.com/watch?v=xhhQtJvm2Hc, https://www.peekvids.com/watch?v=qelMbCeYnrP, https://www.peekvids.com/watch?v=IZ1oyHRflMl, https://www.peekvids.com/watch?v=bPSjoZSim0s, https://www.peekvids.com/watch?v=zsU1Lx4h_nu, https://www.peekvids.com/watch?v=SiKfoDq5RCU, https://www.peekvids.com/watch?v=gllYdYOpUCr, https://www.peekvids.com/watch?v=COPfQpJQ1tR, https://www.peekvids.com/watch?v=kcyxgMi3eFa, https://www.peekvids.com/watch?v=nkquh5kkzK0, https://www.peekvids.com/watch?v=uqIRdqe72m0, https://www.peekvids.com/watch?v=GWjl1TKhZ2E, https://www.peekvids.com/watch?v=NV5tps5fi2X, https://www.peekvids.com/watch?v=SEUBM_H88Sr, https://www.peekvids.com/watch?v=ekLGUxo4Qoa, https://www.peekvids.com/watch?v=MPG5aRtGLVM, https://www.peekvids.com/watch?v=8rNI63mrzaw, https://www.peekvids.com/watch?v=Pc3L-ndMkLo, https://www.peekvids.com/watch?v=RXwEvL1Oz_5, https://www.peekvids.com/watch?v=DIfzdeo7f0j, https://www.peekvids.com/watch?v=Wxbq-_37VzB, https://www.peekvids.com/watch?v=lCNYNi0yn2b, https://www.peekvids.com/watch?v=L3mp0lCCPzZ, https://www.peekvids.com/watch?v=Qzsq9r8CEGL, https://www.peekvids.com/watch?v=xbzXu8T4TKx, https://www.peekvids.com/watch?v=dAp-LaXl4hd, https://www.peekvids.com/watch?v=egc3znKT8BC, https://www.peekvids.com/watch?v=hQCVuXwlJSU, https://www.peekvids.com/watch?v=HzB_7cj2wHr, https://www.peekvids.com/watch?v=c4VL-SPVQ3q, https://www.peekvids.com/watch?v=6q-15HVKZWa, https://www.peekvids.com/watch?v=TS6MeRCzJwg, https://www.peekvids.com/watch?v=T2sHM0f1ZDR, https://www.peekvids.com/watch?v=wy62YgKUCWu, https://www.peekvids.com/watch?v=tL_C4zGwkCr, https://www.peekvids.com/watch?v=UekmpX9cn38, https://www.peekvids.com/watch?v=HR6zyNEnLL9, https://www.peekvids.com/watch?v=Jx6vOH1uFS8, https://www.peekvids.com/watch?v=QdErM44DMco, https://www.peekvids.com/watch?v=uE3AYbVjqNy, https://www.peekvids.com/watch?v=ejmdxEkGnNE, https://www.peekvids.com/watch?v=mkMYS7EU_Q3, https://www.peekvids.com/watch?v=t-a0ir4TvRc, https://www.peekvids.com/watch?v=pdqGTmbtVdK, https://www.peekvids.com/watch?v=A07krH8JmA6, https://www.peekvids.com/watch?v=9UzgUKeB1zp, https://www.peekvids.com/watch?v=Sz0Q2_2ziRV, https://www.peekvids.com/watch?v=Q3qbRfunBLU, https://www.peekvids.com/watch?v=FC7gJzioeXB, https://www.peekvids.com/watch?v=vtNR7QoLwpc, https://www.peekvids.com/watch?v=cqj0iZam1wP, https://www.peekvids.com/watch?v=giXdLUqx5n0, https://www.peekvids.com/watch?v=BTEFL3B04rA, https://www.peekvids.com/watch?v=4uKQRbGamAR, https://www.peekvids.com/watch?v=eddi9OLFgEi, https://www.peekvids.com/watch?v=CgESUCj4ucm, https://www.peekvids.com/watch?v=qf65f3FwN7I, https://www.peekvids.com/watch?v=Na0n6jQhsEu, https://www.peekvids.com/watch?v=LvP7HVVxmW8, https://www.peekvids.com/watch?v=CdiL7L90WJz, https://www.peekvids.com/watch?v=SYMNQn9T6iG, https://www.peekvids.com/watch?v=wDJNc5c7I3j, https://www.peekvids.com/watch?v=05GBq6SvPmw, https://www.peekvids.com/watch?v=Sxxpc6QbgKa, https://www.peekvids.com/watch?v=QpPPv1vWieL, https://www.peekvids.com/watch?v=w9Z4jE7K20b, https://www.peekvids.com/watch?v=AEcj6PwvI1j, https://www.peekvids.com/watch?v=6rU4JTYPxJK, https://www.peekvids.com/watch?v=0ODVVgeXSPx, https://www.peekvids.com/watch?v=Rszgi3UcUoS, https://www.peekvids.com/watch?v=g0P-y61-0I7, https://www.peekvids.com/watch?v=mdnWxoxddnd, https://www.peekvids.com/watch?v=xlgc1vdcl3P, https://www.peekvids.com/watch?v=HdPmmS9Lds4, https://www.peekvids.com/watch?v=luqI-S17btf, https://www.peekvids.com/watch?v=XJm0fz7Z95t, https://www.peekvids.com/watch?v=c040jHnQiVV, https://www.peekvids.com/watch?v=Mom904uldTb, https://www.peekvids.com/watch?v=b4-DHYv8vK2, https://www.peekvids.com/watch?v=6aZ84E4CuAE, https://www.peekvids.com/watch?v=Al8zRxHNVYP, https://www.peekvids.com/watch?v=grB-TWzo_zl, https://www.peekvids.com/watch?v=9PIxNG1haur, https://www.peekvids.com/watch?v=67xzaMKfmmV, https://www.peekvids.com/watch?v=dMrSA_8IqLS, https://www.peekvids.com/watch?v=Npkv0-Pzc57, https://www.peekvids.com/watch?v=v5UGja6SZPk, https://www.peekvids.com/watch?v=KwLO9N5dwNM, https://www.peekvids.com/watch?v=bB0Mtw29zcA, https://www.peekvids.com/watch?v=9HnFpY24KyO, https://www.peekvids.com/watch?v=ivW3mxV4YCz, https://www.peekvids.com/watch?v=rf2tlfNzwp7, https://www.peekvids.com/watch?v=kQnQ_zwcJLI, https://www.peekvids.com/watch?v=XgGmWVMLpmP, https://www.peekvids.com/watch?v=D7JWBtKiHNM, https://www.peekvids.com/watch?v=NwK6xT3vsvj, https://www.peekvids.com/watch?v=riw3yRpsFMx, https://www.peekvids.com/watch?v=UDZBjKNfeE0, https://www.peekvids.com/watch?v=YLvfpJK-iQ8, https://www.peekvids.com/watch?v=ai1gTKAx5tG, https://www.peekvids.com/watch?v=iDJFIEcWOAk, https://www.peekvids.com/watch?v=wcUO6pWulG5, https://www.peekvids.com/watch?v=RsG0hrtJ30w, https://www.peekvids.com/watch?v=PJwcFBhOxiI, https://www.peekvids.com/watch?v=oz6aoBP8dW5, https://www.peekvids.com/watch?v=IMZQja5lykQ, https://www.peekvids.com/watch?v=DAiw0uKcx7r, https://www.peekvids.com/watch?v=VbMHMttkZkg, https://www.peekvids.com/watch?v=touqsnA2EHh, https://www.peekvids.com/watch?v=un4ApuPQO59, https://www.peekvids.com/watch?v=qptwzeMd7Ed, https://www.peekvids.com/watch?v=7u2sdLU2J2F, https://www.peekvids.com/watch?v=x8bsT7GxEFR, https://www.peekvids.com/watch?v=umJGnBTAej0, https://www.peekvids.com/watch?v=lma7mFKgFak, https://www.peekvids.com/watch?v=wM3yMyuxFOY, https://www.peekvids.com/watch?v=X3DdJ9n8wfb, https://www.peekvids.com/watch?v=bRJ65wsyGuo, https://www.peekvids.com/watch?v=g3mO2pLPRCn, https://www.peekvids.com/watch?v=FdKPpyUIB67, https://www.peekvids.com/watch?v=K7EEmlyK7to, https://www.peekvids.com/watch?v=zk49gp40ZWp, https://www.peekvids.com/watch?v=OJKuIiTQ0_X, https://www.peekvids.com/watch?v=Yh9bLMVtDYM, https://www.peekvids.com/watch?v=00dO6MHLSzj, https://www.peekvids.com/watch?v=XDaafXRW0Je, https://www.peekvids.com/watch?v=03JXS-XZdIz, https://www.peekvids.com/watch?v=k_bmaBA_diX, https://www.peekvids.com/watch?v=aSerMBtoRwB, https://www.peekvids.com/watch?v=n0dDhs0fLSV, https://www.peekvids.com/watch?v=d-pDGj0ynlV, https://www.peekvids.com/watch?v=4rwQjETd5A6, https://www.peekvids.com/watch?v=6nKzli97qIp
5.f. Date of third notice: 2015-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bighouseyee
5.b. Uploader's email address: hitlerhammaa@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bighouseyee
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=J01YuH1YHDf, https://www.peekvids.com/watch?v=nEksjYHFpDb, https://www.peekvids.com/watch?v=nfXR84KqLlM, https://www.peekvids.com/watch?v=GC8gl1OoTf4, https://www.peekvids.com/watch?v=qAj7BTInXPm, https://www.peekvids.com/watch?v=Y-etofgqEsr, https://www.peekvids.com/watch?v=tLs4rS-ztiX, https://www.peekvids.com/watch?v=M-DLJQy7cbn, https://www.peekvids.com/watch?v=ZwDXqYOVpOL, https://www.peekvids.com/watch?v=01J-2IW6Yum, https://www.peekvids.com/watch?v=m3C0c0B4xwg, https://www.peekvids.com/watch?v=EPR3ieqP4Xa, https://www.peekvids.com/watch?v=9k_syfWAKeb, https://www.peekvids.com/watch?v=8o76e1QD2Bb, https://www.peekvids.com/watch?v=7LORFigr2XJ, https://www.peekvids.com/watch?v=an5SKmaV0et, https://www.peekvids.com/watch?v=QR8g4wc25Vg, https://www.peekvids.com/watch?v=TgOC5ElK0cE, https://www.peekvids.com/watch?v=t-hG_5MPJt8, https://www.peekvids.com/watch?v=b1bAGzbQopP, https://www.peekvids.com/watch?v=nLKzleGhkcQ, https://www.peekvids.com/watch?v=KldoLUH1Lua, https://www.peekvids.com/watch?v=6G_JTrECaGU, https://www.peekvids.com/watch?v=aLO4HNVnrDh, https://www.peekvids.com/watch?v=QDtqid-Wix9, https://www.peekvids.com/watch?v=OCgLhZs-IXY, https://www.peekvids.com/watch?v=5jxfwpG-m80, https://www.peekvids.com/watch?v=s3dRTgoBo00, https://www.peekvids.com/watch?v=YMCXS2TKEdI,

https://www.peekvids.com/watch?v=6Yb94HGRyHh, https://www.peekvids.com/watch?v=y6NTwMTVXia, https://www.peekvids.com/watch?v=O-bZbjbZyMj,
https://www.peekvids.com/watch?v=pvielkeGOrG, https://www.peekvids.com/watch?v=4T4fegKhSme, https://www.peekvids.com/watch?v=71WaaBQCIkz,
https://www.peekvids.com/watch?v=fLxIbf9TobI, https://www.peekvids.com/watch?v=XLRr21rP9_s, https://www.peekvids.com/watch?v=66fWBwEm11h,
https://www.peekvids.com/watch?v=e83hBOFG6yo, https://www.peekvids.com/watch?v=P0pXtv7XXjI, https://www.peekvids.com/watch?v=Yx-jE2sM5UB,
https://www.peekvids.com/watch?v=Q8Mt803NZMp, https://www.peekvids.com/watch?v=nF4DrqpDJ8h, https://www.peekvids.com/watch?v=rbqqXNwTLMJ,
https://www.peekvids.com/watch?v=jozbTH994TY, https://www.peekvids.com/watch?v=UbqancOwF47, https://www.peekvids.com/watch?v=l2uWec27doA,
https://www.peekvids.com/watch?v=ExnSx_VbmxA, https://www.peekvids.com/watch?v=GzXn1RYNz2z, https://www.peekvids.com/watch?v=5PtOgGPDORS,
https://www.peekvids.com/watch?v=6giqyR9gIXI, https://www.peekvids.com/watch?v=iViaji6CcU5, https://www.peekvids.com/watch?v=je1DLKwFjFa,
https://www.peekvids.com/watch?v=UcNnbhH6kQA, https://www.peekvids.com/watch?v=Fyy2ns4nQwT, https://www.peekvids.com/watch?v=blbNCDBSKlU,
https://www.peekvids.com/watch?v=W4OewHQbYJQ, https://www.peekvids.com/watch?v=El9ljK9rQ33, https://www.peekvids.com/watch?v=EGbQx85Mj95,
https://www.peekvids.com/watch?v=IXVTzm8B2GS, https://www.peekvids.com/watch?v=B_YG77CLzfV, https://www.peekvids.com/watch?v=BmmOT34TT-m,
https://www.peekvids.com/watch?v=nvIv7mCJSVr, https://www.peekvids.com/watch?v=Kkys4YHV8yW, https://www.peekvids.com/watch?v=6MhiinnD2yQ,
https://www.peekvids.com/watch?v=gANSAOsr3Qs, https://www.peekvids.com/watch?v=3g6H0c1Z7Yi, https://www.peekvids.com/watch?v=q9AH0Zg6uJC,
https://www.peekvids.com/watch?v=brHhf6BvmIe, https://www.peekvids.com/watch?v=NjY_0ZK33P8, https://www.peekvids.com/watch?v=hlT1nYJsnjQ,
https://www.peekvids.com/watch?v=a7M0YENNOeS, https://www.peekvids.com/watch?v=qFYa7ta21e5, https://www.peekvids.com/watch?v=n41tCcbiMWo,
https://www.peekvids.com/watch?v=dnAIaf0-vlZ, https://www.peekvids.com/watch?v=Hsf8FpkzWkj, https://www.peekvids.com/watch?v=giLQGsfSbbO,
https://www.peekvids.com/watch?v=df3Y_82HVzH, https://www.peekvids.com/watch?v=57yEoJ_7p33, https://www.peekvids.com/watch?v=8QR6EsvMma3,
https://www.peekvids.com/watch?v=QLCBFyU-3Uz, https://www.peekvids.com/watch?v=bFUKfRdNdza, https://www.peekvids.com/watch?v=5HIS15FVBzp,
https://www.peekvids.com/watch?v=u39x7dEcXUP, https://www.peekvids.com/watch?v=2qjpnt7p5gI, https://www.peekvids.com/watch?v=0aqt08tXHPJ,
https://www.peekvids.com/watch?v=BqVH4MiBBUZ, https://www.peekvids.com/watch?v=s2bFAcuGKWK, https://www.peekvids.com/watch?v=r4HtqiBfgSi,
https://www.peekvids.com/watch?v=Az70tyD5ipK, https://www.peekvids.com/watch?v=zjGOMGZxq88, https://www.peekvids.com/watch?v=B-fWB6E63Yh,
https://www.peekvids.com/watch?v=7HgXixayNPF, https://www.peekvids.com/watch?v=T8XjrvnzdZk, https://www.peekvids.com/watch?v=tOs1UeYxDiS,
https://www.peekvids.com/watch?v=WozmC9w7Nxw, https://www.peekvids.com/watch?v=eDk5Svyg3if, https://www.peekvids.com/watch?v=hkRp0hJtc7p,
https://www.peekvids.com/watch?v=PjUGXMIpi37, https://www.peekvids.com/watch?v=BPtMnkhlLJw, https://www.peekvids.com/watch?v=B6QO5T2JXSp,
https://www.peekvids.com/watch?v=uw387kuWf2d, https://www.peekvids.com/watch?v=xMBC0niqk8x, https://www.peekvids.com/watch?v=xQjp49swWFK,
https://www.peekvids.com/watch?v=goM6I-r1C5H, https://www.peekvids.com/watch?v=fUkKUfjF487, https://www.peekvids.com/watch?v=tDxNgVbFzZS,
https://www.peekvids.com/watch?v=UjUWtlDt3gT, https://www.peekvids.com/watch?v=tHKBkuq4RgD, https://www.peekvids.com/watch?v=RWbsp-Br9c3,
https://www.peekvids.com/watch?v=yL2D2RIMipi, https://www.peekvids.com/watch?v=XCV50uX17Nv, https://www.peekvids.com/watch?v=tPOgVXFl_uE,
https://www.peekvids.com/watch?v=9jPhjRrU5W0, https://www.peekvids.com/watch?v=UHPCf0wmia4, https://www.peekvids.com/watch?v=ZXounJg0VIj,
https://www.peekvids.com/watch?v=bQAlvcgYPTI, https://www.peekvids.com/watch?v=DtyjazEQO9F, https://www.peekvids.com/watch?v=ppScLVSKLEA,
https://www.peekvids.com/watch?v=ie1HYdddd9r, https://www.peekvids.com/watch?v=odBK-qbioWA, https://www.peekvids.com/watch?v=Ni6kBBsXq4d,
https://www.peekvids.com/watch?v=bjRCpKclTRU, https://www.peekvids.com/watch?v=kpiXkW2_gNF, https://www.peekvids.com/watch?v=EFPUdmaMmrD,
https://www.peekvids.com/watch?v=rR7wwDsjPs8, https://www.peekvids.com/watch?v=dqk5tUMRacr, https://www.peekvids.com/watch?v=xaDLCgGSPFW,
https://www.peekvids.com/watch?v=PIO3CXXEx-h, https://www.peekvids.com/watch?v=RK6cthJFBqA, https://www.peekvids.com/watch?v=0iwc5LL6rtJ,
https://www.peekvids.com/watch?v=573mka-GGx4, https://www.peekvids.com/watch?v=7F6o8S05hyr, https://www.peekvids.com/watch?v=a2a0gZ1J__t,
https://www.peekvids.com/watch?v=f3ym_X41QGo, https://www.peekvids.com/watch?v=55KDKbZS35z, https://www.peekvids.com/watch?v=5oILVqK8TSc,
https://www.peekvids.com/watch?v=Zbg-Kkjr7bG, https://www.peekvids.com/watch?v=ccX89ZxVBya, https://www.peekvids.com/watch?v=b9TagcVPYUc,
https://www.peekvids.com/watch?v=T-Vh9qkmXNE, https://www.peekvids.com/watch?v=x9DaSoAhgtA, https://www.peekvids.com/watch?v=Cw19uPAwbGx,
https://www.peekvids.com/watch?v=wB7eLlObvUL, https://www.peekvids.com/watch?v=bBOUb6tv8nE, https://www.peekvids.com/watch?v=T-cBtXjHwow,
https://www.peekvids.com/watch?v=Bo0mnDO-gYg, https://www.peekvids.com/watch?v=TQjGg7G52Cl, https://www.peekvids.com/watch?v=Vl2E7NH9kvX,
https://www.peekvids.com/watch?v=afQ5KPOsblp, https://www.peekvids.com/watch?v=IheNoWi7ztA, https://www.peekvids.com/watch?v=WRJiLn1JC-r,
https://www.peekvids.com/watch?v=CnY2R_fP04r, https://www.peekvids.com/watch?v=frI_f-273tr, https://www.peekvids.com/watch?v=j8YpKso3VKi,
https://www.peekvids.com/watch?v=D3b_OheFT1i, https://www.peekvids.com/watch?v=8AjGbjPfrYu, https://www.peekvids.com/watch?v=qipKDj9vfjD,
https://www.peekvids.com/watch?v=ytoCfKKaGve, https://www.peekvids.com/watch?v=qus7Id1Xpbs, https://www.peekvids.com/watch?v=YDwKxu1Olpx,
https://www.peekvids.com/watch?v=TDL5QUotFBx, https://www.peekvids.com/watch?v=rpi9KPlUfIe, https://www.peekvids.com/watch?v=Y80z1v4-6RL,
https://www.peekvids.com/watch?v=YEUH3lJgG6y, https://www.peekvids.com/watch?v=AFc1IY1hImw, https://www.peekvids.com/watch?v=ap4-bkqMEno,
https://www.peekvids.com/watch?v=DRPgPNWDJuM, https://www.peekvids.com/watch?v=VzzXHpZTtXH, https://www.peekvids.com/watch?v=nzGNgitTQpi,
https://www.peekvids.com/watch?v=GVEu-gTRCWg, https://www.peekvids.com/watch?v=JDFWVXAcb2J, https://www.peekvids.com/watch?v=nrQdBmRXn7i,
https://www.peekvids.com/watch?v=T_NwJ_xNaSO, https://www.peekvids.com/watch?v=kP4fLkSMpIC, https://www.peekvids.com/watch?v=OBFal6zkB0u,
https://www.peekvids.com/watch?v=y9ccEYR6n9g, https://www.peekvids.com/watch?v=7v_2F01kdmX, https://www.peekvids.com/watch?v=4P8l2zGhWAK,
https://www.peekvids.com/watch?v=g4_7YcfMErI, https://www.peekvids.com/watch?v=65vtzPGrIh8, https://www.peekvids.com/watch?v=CHEZGJPoSJP,
https://www.peekvids.com/watch?v=M-5fvtljbAA, https://www.peekvids.com/watch?v=KcGUsg9XfrM, https://www.peekvids.com/watch?v=D7qni7hMdvc,
https://www.peekvids.com/watch?v=5MFr71-cqh9, https://www.peekvids.com/watch?v=Bif4aBzZDtF, https://www.peekvids.com/watch?v=Ny8OeZKXb_p,
https://www.peekvids.com/watch?v=Fw4lLN8bPQY, https://www.peekvids.com/watch?v=72mM90yGsw8, https://www.peekvids.com/watch?v=jIi1myg0duS,
https://www.peekvids.com/watch?v=TcHKvTsuVFh, https://www.peekvids.com/watch?v=FU4ltJB9-8p, https://www.peekvids.com/watch?v=PHIgQJ_gbBm,
https://www.peekvids.com/watch?v=N3sZrT005JZ, https://www.peekvids.com/watch?v=vu8es4h_2lZ, https://www.peekvids.com/watch?v=k3l5uMAkhxc,
https://www.peekvids.com/watch?v=rw1cp0u2yle, https://www.peekvids.com/watch?v=u-9Ykq8k1yA, https://www.peekvids.com/watch?v=MLZMo77QL6F
5.f. Date of third notice: 2015-10-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: billyback
5.b. Uploader's email address: billyback121415@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=billyback
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=MnI7v5Su8NR, https://www.peekvids.com/watch?v=uR7c3Ak2iz9,
https://www.peekvids.com/watch?v=yZN75GlLSQY, https://www.peekvids.com/watch?v=CYXSToUiIto, https://www.peekvids.com/watch?v=fb3WIaXyC05,
https://www.peekvids.com/watch?v=nee9RwZVoMW, https://www.peekvids.com/watch?v=NLCp8IQIl-H, https://www.peekvids.com/watch?v=WVTjS-2Zfcv,
https://www.peekvids.com/watch?v=ugmigG-Svou, https://www.peekvids.com/watch?v=aQysl5G6fRi, https://www.peekvids.com/watch?v=niXpm7ZjJfl,
https://www.peekvids.com/watch?v=zT0oLOFCogE, https://www.peekvids.com/watch?v=DEH-gUEMmvi, https://www.peekvids.com/watch?v=WnmopHHXnII,
https://www.peekvids.com/watch?v=7q4Gj5OQdRp, https://www.peekvids.com/watch?v=RkVfJgjZMm3, https://www.peekvids.com/watch?v=yDgw-ElhwkQ,
https://www.peekvids.com/watch?v=xz3Tt2su7st, https://www.peekvids.com/watch?v=pzBoqOVTN6q, https://www.peekvids.com/watch?v=BQP6bUL8uV5,
https://www.peekvids.com/watch?v=OkksLg-WYmC, https://www.peekvids.com/watch?v=iJXvBnRfmT8, https://www.peekvids.com/watch?v=P0bDoSFoW6B,
https://www.peekvids.com/watch?v=VEar8Y0STGX, https://www.peekvids.com/watch?v=CdMNhLLG4JB, https://www.peekvids.com/watch?v=djBMATQ2Caq,
https://www.peekvids.com/watch?v=wBIFA44tAV-, https://www.peekvids.com/watch?v=u2UDbhIHQsW, https://www.peekvids.com/watch?v=4vWXukg9F-S,
https://www.peekvids.com/watch?v=UGP7smOrWR8, https://www.peekvids.com/watch?v=XCOrluDYqpx, https://www.peekvids.com/watch?v=CJveOZoPD9m,
https://www.peekvids.com/watch?v=IA72fRYohrF, https://www.peekvids.com/watch?v=kpT5mop0fKA, https://www.peekvids.com/watch?v=y04urrcFTd5,
https://www.peekvids.com/watch?v=hFMDsgEaDuB, https://www.peekvids.com/watch?v=n--PWE0sWw0, https://www.peekvids.com/watch?v=N3jRad7ikCi,
https://www.peekvids.com/watch?v=kJed0ln64aF, https://www.peekvids.com/watch?v=R4OYzocv6Ic, https://www.peekvids.com/watch?v=KVav6DVDc43,
https://www.peekvids.com/watch?v=tXilVn7zXhu, https://www.peekvids.com/watch?v=2xvklUp-bAS, https://www.peekvids.com/watch?v=CBd8DtePyR9,
https://www.peekvids.com/watch?v=F8HptIMJo3v, https://www.peekvids.com/watch?v=d7PBtP289s6, https://www.peekvids.com/watch?v=AzYa2W0pwDo,
https://www.peekvids.com/watch?v=AA7sHoXyA3Y, https://www.peekvids.com/watch?v=kBCA4wRE7N7, https://www.peekvids.com/watch?v=LAIRJyYBiqT,
https://www.peekvids.com/watch?v=Cw0NVrzDLFg, https://www.peekvids.com/watch?v=U-q6OHEFLrc, https://www.peekvids.com/watch?v=WTVDHsG66Jx,
https://www.peekvids.com/watch?v=ZnyvYrBwdkL, https://www.peekvids.com/watch?v=NmxDsAZvDvD, https://www.peekvids.com/watch?v=8sesOCIdBiw,
https://www.peekvids.com/watch?v=jxDEbYcKXw3, https://www.peekvids.com/watch?v=ypKNCFYlJC0, https://www.peekvids.com/watch?v=OQAYhkPOI3W,
https://www.peekvids.com/watch?v=RRxv0yWQ-qZ, https://www.peekvids.com/watch?v=O7lBWfej4s6, https://www.peekvids.com/watch?v=tTsjnWeMLMN,
https://www.peekvids.com/watch?v=0D-miAB0uB6, https://www.peekvids.com/watch?v=RozbiAsLPPL, https://www.peekvids.com/watch?v=UNZqPJv8h5a,
https://www.peekvids.com/watch?v=lBxdMYv5xw6, https://www.peekvids.com/watch?v=X9QLh9ysA2G, https://www.peekvids.com/watch?v=aRSFAWAIEjf,
https://www.peekvids.com/watch?v=WtHCgbsyYPp, https://www.peekvids.com/watch?v=EvNdXBhGzps, https://www.peekvids.com/watch?v=flnQ-2HPmLY,
https://www.peekvids.com/watch?v=5WpLjQ8U-yj, https://www.peekvids.com/watch?v=m5ZMK3cs8EQ, https://www.peekvids.com/watch?v=rMp-o0CkIVs,
https://www.peekvids.com/watch?v=J5rMuep22Ik, https://www.peekvids.com/watch?v=xqxAs9Qx0bP, https://www.peekvids.com/watch?v=bjEH2ei4QNt,
https://www.peekvids.com/watch?v=HbrwoUnToXx, https://www.peekvids.com/watch?v=F0xjDAafhHo, https://www.peekvids.com/watch?v=dAejQ87qlvT,
https://www.peekvids.com/watch?v=DK7wEEstHOg, https://www.peekvids.com/watch?v=gW8DUiqrFtI, https://www.peekvids.com/watch?v=5tNibTuUQGv,
https://www.peekvids.com/watch?v=wTIRQtvCavG, https://www.peekvids.com/watch?v=eg5O2wBQi6g, https://www.peekvids.com/watch?v=mBZRL5DUlQX,
https://www.peekvids.com/watch?v=akwLP3CLZvv, https://www.peekvids.com/watch?v=btEAksbzNdW, https://www.peekvids.com/watch?v=EewQBrovmRU,
https://www.peekvids.com/watch?v=chLivFca8Q4, https://www.peekvids.com/watch?v=8k8y4fZcaEt, https://www.peekvids.com/watch?v=Ar0oS8Vimdr,
https://www.peekvids.com/watch?v=AN4cni5JRke, https://www.peekvids.com/watch?v=q-ObyrwtS5g, https://www.peekvids.com/watch?v=eGMpBgkUuJi,
https://www.peekvids.com/watch?v=ONnW58Ywv-n, https://www.peekvids.com/watch?v=LW4pDuypyMi, https://www.peekvids.com/watch?v=tF4Iq3HYC7x,
https://www.peekvids.com/watch?v=J2QE8UARHt-, https://www.peekvids.com/watch?v=nI-dCscw8EE, https://www.peekvids.com/watch?v=HaEnx83uvsx,
https://www.peekvids.com/watch?v=66q4e05nMDk, https://www.peekvids.com/watch?v=L4DzziCH7YE, https://www.peekvids.com/watch?v=KzjRVtyAM4U,
https://www.peekvids.com/watch?v=7B4PCX9EPK-, https://www.peekvids.com/watch?v=-FudnhzPQq7, https://www.peekvids.com/watch?v=BSjo9cPYM9N,
https://www.peekvids.com/watch?v=yNJVcxWqPlJ, https://www.peekvids.com/watch?v=txciSP6ssXY, https://www.peekvids.com/watch?v=Rm4v3dbf90D,
https://www.peekvids.com/watch?v=wA0eXBbquBq, https://www.peekvids.com/watch?v=KDcpxDE-XPH, https://www.peekvids.com/watch?v=oKBgbBpzyZO,
https://www.peekvids.com/watch?v=Qsz4xTsW8Qe, https://www.peekvids.com/watch?v=lMK2gaqwODx, https://www.peekvids.com/watch?v=mTejtv3LKpf,
https://www.peekvids.com/watch?v=7XkU20W0zPd, https://www.peekvids.com/watch?v=i2ew3pK8d9p, https://www.peekvids.com/watch?v=o0YHOgd6BAK,
https://www.peekvids.com/watch?v=8YnDDAnezVv, https://www.peekvids.com/watch?v=etE3OAaVG--, https://www.peekvids.com/watch?v=RTtjiVHsj2t,
https://www.peekvids.com/watch?v=9QIxcmcTdsW, https://www.peekvids.com/watch?v=3ntrmWHrG8h, https://www.peekvids.com/watch?v=DAMh5lQWFLi,
https://www.peekvids.com/watch?v=j59g0iL7OBW, https://www.peekvids.com/watch?v=iApLx8VK2JS, https://www.peekvids.com/watch?v=qPYKZPhhDVw,
https://www.peekvids.com/watch?v=np3jWpOvhPU, https://www.peekvids.com/watch?v=YP2Mdp-Rs2k, https://www.peekvids.com/watch?v=sqzoS5Twirm,
https://www.peekvids.com/watch?v=rcF2Z4JVkAj, https://www.peekvids.com/watch?v=4grJXViOO5u, https://www.peekvids.com/watch?v=JvGBcYX84-8,
https://www.peekvids.com/watch?v=OfAghPSN5Yl, https://www.peekvids.com/watch?v=Rd8DyxvEMak, https://www.peekvids.com/watch?v=Iwa7tLom9fa,
https://www.peekvids.com/watch?v=bnmJD0xg9sI, https://www.peekvids.com/watch?v=teBjVWyR-pR, https://www.peekvids.com/watch?v=kSTfGcIifRB,
https://www.peekvids.com/watch?v=tc4lv4EuOmf, https://www.peekvids.com/watch?v=u-ouchXRM-R, https://www.peekvids.com/watch?v=6QN2ieBKDCg,
https://www.peekvids.com/watch?v=kk6SMJaBvVE, https://www.peekvids.com/watch?v=xLaayAuDZWs, https://www.peekvids.com/watch?v=3bU8yzQUy-Z,
https://www.peekvids.com/watch?v=pHJSr0HBNw5, https://www.peekvids.com/watch?v=DM8xO-WgnqT, https://www.peekvids.com/watch?v=-9EGSebxZjD,
https://www.peekvids.com/watch?v=9Op0YGOaVvV, https://www.peekvids.com/watch?v=rRofQXutEdK, https://www.peekvids.com/watch?v=qswMeG9G63-,
https://www.peekvids.com/watch?v=07EgHyia-Tg, https://www.peekvids.com/watch?v=5HP3vdpRNRF, https://www.peekvids.com/watch?v=FcQCo-xFlDl,
https://www.peekvids.com/watch?v=5fyis2ntYyf, https://www.peekvids.com/watch?v=3oJcEkwynTC, https://www.peekvids.com/watch?v=rAkYsF-90nN,
https://www.peekvids.com/watch?v=hyIcxGNoyup, https://www.peekvids.com/watch?v=ywsyeKpoQaN, https://www.peekvids.com/watch?v=ZZqIui2dHr0,
https://www.peekvids.com/watch?v=txm6mTeoWR-, https://www.peekvids.com/watch?v=SCSEOiFshfH, https://www.peekvids.com/watch?v=RC7WKPTHy9n,
https://www.peekvids.com/watch?v=tEF6yWHfSWz, https://www.peekvids.com/watch?v=eRFI8id6WfF, https://www.peekvids.com/watch?v=vt6whHd4eVm,
https://www.peekvids.com/watch?v=kQwQf9pTjmC, https://www.peekvids.com/watch?v=-utcryZubLl, https://www.peekvids.com/watch?v=vovsSTQdntd,
https://www.peekvids.com/watch?v=aR5PInN25pP, https://www.peekvids.com/watch?v=T8BjuRFc8QW, https://www.peekvids.com/watch?v=JqJlAUNnAkO,
https://www.peekvids.com/watch?v=LZteDOuYXve, https://www.peekvids.com/watch?v=zkYf7SGG6jT, https://www.peekvids.com/watch?v=aPs0iORpnHr,
https://www.peekvids.com/watch?v=EMHsAjn7kL7, https://www.peekvids.com/watch?v=8AVHQ2ziZxE, https://www.peekvids.com/watch?v=oapcRsUQLwr,
https://www.peekvids.com/watch?v=RzHrE44I5l0, https://www.peekvids.com/watch?v=F0J-PvssO9T, https://www.peekvids.com/watch?v=INDtoEutIj9,
https://www.peekvids.com/watch?v=oN-YeSWa7ku, https://www.peekvids.com/watch?v=wFE6e2JWaUB, https://www.peekvids.com/watch?v=TA7BpVcYhz5,
https://www.peekvids.com/watch?v=FKbURyk76yT, https://www.peekvids.com/watch?v=Es2WLGVuUch, https://www.peekvids.com/watch?v=R0Vi9tc6gS0,
https://www.peekvids.com/watch?v=ymFSGUETyD6, https://www.peekvids.com/watch?v=vMysybfausO, https://www.peekvids.com/watch?v=LdbCzKTnvxS,
https://www.peekvids.com/watch?v=AL00iarwDeI, https://www.peekvids.com/watch?v=RlMz6lXLTFP, https://www.peekvids.com/watch?v=KJZdrfA3xXd,
https://www.peekvids.com/watch?v=OI533h6UqKw, https://www.peekvids.com/watch?v=NsicG3EYAI9, https://www.peekvids.com/watch?v=gkvkdk2mNBK,
https://www.peekvids.com/watch?v=jTdJuKFGObR, https://www.peekvids.com/watch?v=Y5lBgP3Zi4l, https://www.peekvids.com/watch?v=JFA6NRhQGoe,
https://www.peekvids.com/watch?v=Em67rfFcFeq, https://www.peekvids.com/watch?v=2Ncb8aSBwX8, https://www.peekvids.com/watch?v=YWtunKj-4uU,
https://www.peekvids.com/watch?v=6lB9ap75o4l, https://www.peekvids.com/watch?v=z7qvu6q3BSY, https://www.peekvids.com/watch?v=aM8Jy8t0inw,
https://www.peekvids.com/watch?v=OiOc89eJjg6, https://www.peekvids.com/watch?v=L7o6y9Bh8-b, https://www.peekvids.com/watch?v=Fez8joO8uo3,
https://www.peekvids.com/watch?v=G9rYRn9jCBW, https://www.peekvids.com/watch?v=arpsPqdIp3i, https://www.peekvids.com/watch?v=7UQ4prtoiLF,
https://www.peekvids.com/watch?v=IV0HIMDGwMC, https://www.peekvids.com/watch?v=j5WADWZAJiR, https://www.peekvids.com/watch?v=mHfvhVWVaek,
https://www.peekvids.com/watch?v=twWgsobM2cJ, https://www.peekvids.com/watch?v=83sy4e54e7j, https://www.peekvids.com/watch?v=E4xMWRE5cak,

https://www.peekvids.com/watch?v=VMWGoTbVZka, https://www.peekvids.com/watch?v=O7sqNDMUDYo, https://www.peekvids.com/watch?v=kUpCR9CtYMw,
https://www.peekvids.com/watch?v=Puwg6WJkIk7, https://www.peekvids.com/watch?v=2cgyonOIJgw, https://www.peekvids.com/watch?v=Gte9bpHSgcb,
https://www.peekvids.com/watch?v=HpTmlvkPDJf, https://www.peekvids.com/watch?v=HBDoRkk3cUP, https://www.peekvids.com/watch?v=7-649nxvObB,
https://www.peekvids.com/watch?v=qCFuyoVfC3F, https://www.peekvids.com/watch?v=HmMqyleVMvP, https://www.peekvids.com/watch?v=QOKYyjhb0HJ,
https://www.peekvids.com/watch?v=DLYkYXuqohJ, https://www.peekvids.com/watch?v=G7LYpTXSIoT, https://www.peekvids.com/watch?v=XARAjFhyf-C,
https://www.peekvids.com/watch?v=9eOkaBhmaca, https://www.peekvids.com/watch?v=8mL3Rl3NA6Z, https://www.peekvids.com/watch?v=jXioK74QMOO,
https://www.peekvids.com/watch?v=fiHSr7Q6DyB, https://www.peekvids.com/watch?v=BrMoOvIrBJc, https://www.peekvids.com/watch?v=vL-KEh6FayY,
https://www.peekvids.com/watch?v=ymvjI9t0KdK, https://www.peekvids.com/watch?v=BChV4u4fyj7, https://www.peekvids.com/watch?v=XYcExK9BzI7,
https://www.peekvids.com/watch?v=-WNHI-reBek, https://www.peekvids.com/watch?v=2yNlkJqkgrI, https://www.peekvids.com/watch?v=V4XXK-0pGjJ,
https://www.peekvids.com/watch?v=hVqv2fmgDJu, https://www.peekvids.com/watch?v=z-4HYrcldj4, https://www.peekvids.com/watch?v=3U9-dVltcIt,
https://www.peekvids.com/watch?v=jhtPNZDSh0K, https://www.peekvids.com/watch?v=MlVWiBYdKIf, https://www.peekvids.com/watch?v=BC-S2EoT4Zk,
https://www.peekvids.com/watch?v=Xj0BwKNNZaG, https://www.peekvids.com/watch?v=KwTyKSPt7DT, https://www.peekvids.com/watch?v=IcGBjDezN5N,
https://www.peekvids.com/watch?v=uUCPy7Encey, https://www.peekvids.com/watch?v=ihxG55LMRbQ, https://www.peekvids.com/watch?v=5jethxjpLFv,
https://www.peekvids.com/watch?v=Ejb5mzHtJPj, https://www.peekvids.com/watch?v=0AwlPor5NEf, https://www.peekvids.com/watch?v=k569paqiFDT,
https://www.peekvids.com/watch?v=ZuLOzsWeTSI, https://www.peekvids.com/watch?v=rebUSGlCEps, https://www.peekvids.com/watch?v=c2xT66rYAUQ,
https://www.peekvids.com/watch?v=XJwfcCtiz39, https://www.peekvids.com/watch?v=ZlXnAH7BDgt, https://www.peekvids.com/watch?v=LoU3q77A0oP,
https://www.peekvids.com/watch?v=PTklVKMNHMI, https://www.peekvids.com/watch?v=36I62-ZqhRy, https://www.peekvids.com/watch?v=L9IwboJvr7l,
https://www.peekvids.com/watch?v=yI4-6llrlFT, https://www.peekvids.com/watch?v=eHtiDDAr6Dz, https://www.peekvids.com/watch?v=nEalH-BRGTg,
https://www.peekvids.com/watch?v=3iXyoHxpIVa, https://www.peekvids.com/watch?v=XiUU8OFBqcq, https://www.peekvids.com/watch?v=ue9OR0yXL-O,
https://www.peekvids.com/watch?v=MyMxvKp6K-u, https://www.peekvids.com/watch?v=u6ebXGxffvR, https://www.peekvids.com/watch?v=0--HfnFxoa7,
https://www.peekvids.com/watch?v=08fWFYWDKCN, https://www.peekvids.com/watch?v=ThYyzCerQBf, https://www.peekvids.com/watch?v=rXF7gCA0Jod,
https://www.peekvids.com/watch?v=xDNsUWvvKqN, https://www.peekvids.com/watch?v=Hivam4JSaga, https://www.peekvids.com/watch?v=5YmvQKiUMqm,
https://www.peekvids.com/watch?v=KgMZYqGuEDM, https://www.peekvids.com/watch?v=l2CcpdtkuvR, https://www.peekvids.com/watch?v=L5s2kvUzcBy,
https://www.peekvids.com/watch?v=t3Vua8fKLPq, https://www.peekvids.com/watch?v=2MRpSyUr29I, https://www.peekvids.com/watch?v=m0vBtah-6W3,
https://www.peekvids.com/watch?v=Ixp88kSao59, https://www.peekvids.com/watch?v=cLbYAXwjKYz, https://www.peekvids.com/watch?v=6W7nnGpWwtr,
https://www.peekvids.com/watch?v=qPjAuMSMont, https://www.peekvids.com/watch?v=Xo8J-9NkzYn, https://www.peekvids.com/watch?v=paCG7rbKgN9,
https://www.peekvids.com/watch?v=ZbhWso04GF5, https://www.peekvids.com/watch?v=S2LWEZPUWQX, https://www.peekvids.com/watch?v=nFrhi626UBZ,
https://www.peekvids.com/watch?v=b3rzLMwgF7b, https://www.peekvids.com/watch?v=djTRvepGoJx, https://www.peekvids.com/watch?v=2Trl9JZYomA,
https://www.peekvids.com/watch?v=H4a4pLLTp5P, https://www.peekvids.com/watch?v=XZ2I-kVEx3z, https://www.peekvids.com/watch?v=zIAWzc5RkLr,
https://www.peekvids.com/watch?v=8ysrT-9mfE8, https://www.peekvids.com/watch?v=pEM6b2aQNrA, https://www.peekvids.com/watch?v=jrdFpQRCqoA,
https://www.peekvids.com/watch?v=SXEIUk2ZqN6, https://www.peekvids.com/watch?v=3eXVyIc-TVY, https://www.peekvids.com/watch?v=TsXuohGJYMB,
https://www.peekvids.com/watch?v=Z07tPyqqIMn, https://www.peekvids.com/watch?v=9yfEdf2xCTV, https://www.peekvids.com/watch?v=S5-L-VYlUD-,
https://www.peekvids.com/watch?v=HAr6kJWjiaI, https://www.peekvids.com/watch?v=dM6MUX2eSlU, https://www.peekvids.com/watch?v=zaLt0M2NGda,
https://www.peekvids.com/watch?v=som5P3o5SSo, https://www.peekvids.com/watch?v=P4KQSWCyuig, https://www.peekvids.com/watch?v=nRnrvYojJzY,
https://www.peekvids.com/watch?v=MVq6ZPrSe-S, https://www.peekvids.com/watch?v=TwYN7I5li5k, https://www.peekvids.com/watch?v=IGu8eOHTY58,
https://www.peekvids.com/watch?v=UAAyC2p7pc6, https://www.peekvids.com/watch?v=sJ-tqgpMW5c, https://www.peekvids.com/watch?v=phJMhCSMuT4,
https://www.peekvids.com/watch?v=MEEt5NZbb6a, https://www.peekvids.com/watch?v=iOTrKvhR6ow, https://www.peekvids.com/watch?v=b-CJ7EN88Ye,
https://www.peekvids.com/watch?v=fQtGNTXmbfB, https://www.peekvids.com/watch?v=0GRHfMQoKm9, https://www.peekvids.com/watch?v=wLlI4rtkKiB,
https://www.peekvids.com/watch?v=2AGqQhlp8-6, https://www.peekvids.com/watch?v=bEayN9gX7FZ, https://www.peekvids.com/watch?v=cTmoSo5t2Wl,
https://www.peekvids.com/watch?v=WNHCfMKuHrL, https://www.peekvids.com/watch?v=fpqs3NRFavJ, https://www.peekvids.com/watch?v=Lzlkjwc9NQ5,
https://www.peekvids.com/watch?v=uPk2pfu2VI7
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: binessman
5.b. Uploader's email address: richirichmond@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=binessman
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=8MbrV3sW0_4, https://www.peekvids.com/watch?v=jp-KzHDYWJh,
https://www.peekvids.com/watch?v=Z8oPKOP3f1o, https://www.peekvids.com/watch?v=hGva1ZnDVv4, https://www.peekvids.com/watch?v=zE95kxaxeaH,
https://www.peekvids.com/watch?v=H-mOui0tGlO, https://www.peekvids.com/watch?v=0igg0eWRwG5, https://www.peekvids.com/watch?v=znsGIK2OVlg,
https://www.peekvids.com/watch?v=wKsxkQnwNdI, https://www.peekvids.com/watch?v=0qgprkutMVW, https://www.peekvids.com/watch?v=2tW1WYA-V2T,
https://www.peekvids.com/watch?v=3FF6xAjfL4b, https://www.peekvids.com/watch?v=zr84l-l6gR8, https://www.peekvids.com/watch?v=YjijyRZBSPe,
https://www.peekvids.com/watch?v=AjUYiQzzQPL, https://www.peekvids.com/watch?v=2Z0hLM4_xOO, https://www.peekvids.com/watch?v=Je2gq9wap62,
https://www.peekvids.com/watch?v=y4BVPco-A9j, https://www.peekvids.com/watch?v=TLL7NWFosvu, https://www.peekvids.com/watch?v=D0CoPyNnWRZ,
https://www.peekvids.com/watch?v=ElyDyFX3n1q, https://www.peekvids.com/watch?v=953tJPbDKUq, https://www.peekvids.com/watch?v=a97KhtvBfyE,
https://www.peekvids.com/watch?v=Rd26v5ZL6tq, https://www.peekvids.com/watch?v=5z-je0W8_mv, https://www.peekvids.com/watch?v=Qen3duXwC3V,
https://www.peekvids.com/watch?v=O3iQDd5iNTn, https://www.peekvids.com/watch?v=rzXp82cZ3y5, https://www.peekvids.com/watch?v=iMI09wrQKv4,
https://www.peekvids.com/watch?v=8dOCMUPOOv0, https://www.peekvids.com/watch?v=YCofdrhYRu0, https://www.peekvids.com/watch?v=Iq691HQE3IR,
https://www.peekvids.com/watch?v=MBMuGXvUKPL, https://www.peekvids.com/watch?v=Gs0bCMfOtoY, https://www.peekvids.com/watch?v=9dboyd4ONpW,
https://www.peekvids.com/watch?v=XtHp7cRDLy3, https://www.peekvids.com/watch?v=2UIbGfDkzRm, https://www.peekvids.com/watch?v=PIANUoRz9dr,
https://www.peekvids.com/watch?v=3vPpVH-Os-n, https://www.peekvids.com/watch?v=HHN38asdMou, https://www.peekvids.com/watch?v=72zAlJHwNvq,
https://www.peekvids.com/watch?v=6VLeLwvOOfW, https://www.peekvids.com/watch?v=NyXARaO-H-f, https://www.peekvids.com/watch?v=brvv4ZVUXkd,
https://www.peekvids.com/watch?v=gFXG2nRtunS, https://www.peekvids.com/watch?v=6iEHKEPF9vR, https://www.peekvids.com/watch?v=786esnI-Kcg,
https://www.peekvids.com/watch?v=cNYJ3falFv5, https://www.peekvids.com/watch?v=tIJ39pAIvQQ, https://www.peekvids.com/watch?v=BWks8oAy1gr,
https://www.peekvids.com/watch?v=0psEmMsIs89, https://www.peekvids.com/watch?v=baPhxhNh5jk, https://www.peekvids.com/watch?v=FpVBv7DjClU,
https://www.peekvids.com/watch?v=ERoKL6sr8ts, https://www.peekvids.com/watch?v=E-aw2R83g6Y, https://www.peekvids.com/watch?v=hYJYk4vV-hE,
https://www.peekvids.com/watch?v=jY7QzK3cuwF, https://www.peekvids.com/watch?v=NLfwvuT9SXg, https://www.peekvids.com/watch?v=Oxd-RSAwPOp,
https://www.peekvids.com/watch?v=lTFYEjua3vA, https://www.peekvids.com/watch?v=a_qiLxBvkCR, https://www.peekvids.com/watch?v=Na0yG8ytyqM,
https://www.peekvids.com/watch?v=Pg1zjHK72fR, https://www.peekvids.com/watch?v=NGNjoeOI7Un, https://www.peekvids.com/watch?v=YJhF_By03Up,
https://www.peekvids.com/watch?v=ivl3rSL5pmQ, https://www.peekvids.com/watch?v=jGZ_1aY-R8N, https://www.peekvids.com/watch?v=xfQAl1VffRz,
https://www.peekvids.com/watch?v=uHT0nk-mcH2, https://www.peekvids.com/watch?v=mFHXqTPYPTL, https://www.peekvids.com/watch?v=c2kToF7xjv8,
https://www.peekvids.com/watch?v=cg1o6gvw86H, https://www.peekvids.com/watch?v=ccDirjqMvsX, https://www.peekvids.com/watch?v=Dcxymr_We5p,
https://www.peekvids.com/watch?v=EikBA2ICw1C, https://www.peekvids.com/watch?v=ciA80fbqkdc, https://www.peekvids.com/watch?v=6Y_YL42tO_l,
https://www.peekvids.com/watch?v=8ynC5RGy4K0, https://www.peekvids.com/watch?v=RBP8x_lKttZ, https://www.peekvids.com/watch?v=8cAgaBR5guV,
https://www.peekvids.com/watch?v=0zfDIqS6975, https://www.peekvids.com/watch?v=cRfmGUKBhUC, https://www.peekvids.com/watch?v=s0kELRXp1Wp,
https://www.peekvids.com/watch?v=iqqFgXb7m8q, https://www.peekvids.com/watch?v=Ev9l1qKMwJt, https://www.peekvids.com/watch?v=ASCW2cQdl4x,
https://www.peekvids.com/watch?v=63gQ3RY23aC, https://www.peekvids.com/watch?v=zmUb_VybfJy, https://www.peekvids.com/watch?v=OTG8Bx4fhkl,
https://www.peekvids.com/watch?v=eEkx_PCIVyu, https://www.peekvids.com/watch?v=tjEjYQ29avV, https://www.peekvids.com/watch?v=r3wRHVmmQzG,
https://www.peekvids.com/watch?v=BUPRgCG_Lpn, https://www.peekvids.com/watch?v=UUJAI6lIqtb, https://www.peekvids.com/watch?v=w0ACGFQEErg,
https://www.peekvids.com/watch?v=UGcP1d1nNP2, https://www.peekvids.com/watch?v=BjIOu-SbEwx, https://www.peekvids.com/watch?v=inxFKJIZ7RU,
https://www.peekvids.com/watch?v=V7Z3DeNhPdv, https://www.peekvids.com/watch?v=atiGetUkO60, https://www.peekvids.com/watch?v=XwAxPlp0IM4,
https://www.peekvids.com/watch?v=LS92oMW4JbQ, https://www.peekvids.com/watch?v=lkLxpG1zSYW, https://www.peekvids.com/watch?v=uLJ-xCXnR1I,
https://www.peekvids.com/watch?v=UeDPvGc5IiC, https://www.peekvids.com/watch?v=6LfRYAlEG35, https://www.peekvids.com/watch?v=AIsbGQmEJtc,
https://www.peekvids.com/watch?v=W2hhgBD8jjZ, https://www.peekvids.com/watch?v=F8gvHeSShvj, https://www.peekvids.com/watch?v=iaLxFTTNQJO,
https://www.peekvids.com/watch?v=QWN-LL9FuCW, https://www.peekvids.com/watch?v=RMmtuENvrfH, https://www.peekvids.com/watch?v=OV_2Xxpudo5,
https://www.peekvids.com/watch?v=yhMqk_SqJvf, https://www.peekvids.com/watch?v=5Dbb5ZqzsHy, https://www.peekvids.com/watch?v=KmfSScOvpRn,
https://www.peekvids.com/watch?v=qfuty7o9cwN, https://www.peekvids.com/watch?v=Sx2yseVrV-L, https://www.peekvids.com/watch?v=Dr6pdZSgEi2,
https://www.peekvids.com/watch?v=ngTLpt8OPWa, https://www.peekvids.com/watch?v=RjiYKaNGbSD, https://www.peekvids.com/watch?v=ZgmAi_TqXQZ,
https://www.peekvids.com/watch?v=U8_kZ7jMXlT, https://www.peekvids.com/watch?v=IAaoDvJFBNJ, https://www.peekvids.com/watch?v=n079JE044KY,
https://www.peekvids.com/watch?v=WUnBDWss_BE, https://www.peekvids.com/watch?v=XJq0obYdUxa, https://www.peekvids.com/watch?v=LXpUfJe-IjO,
https://www.peekvids.com/watch?v=BWa-T6I5xXj, https://www.peekvids.com/watch?v=crcMU01RU5Q, https://www.peekvids.com/watch?v=hs7O0WGmpab,
https://www.peekvids.com/watch?v=dUWKZCEKpxl, https://www.peekvids.com/watch?v=rKpFWUkF5Sp, https://www.peekvids.com/watch?v=TParBFcCH7l,
https://www.peekvids.com/watch?v=EeQ4BYn1t1f, https://www.peekvids.com/watch?v=35mRCVeNvgb, https://www.peekvids.com/watch?v=LDWznGojwGT,
https://www.peekvids.com/watch?v=wIx6v3PDxCs, https://www.peekvids.com/watch?v=oEQfFp_Ml16, https://www.peekvids.com/watch?v=ZpgiiN1IZaR,
https://www.peekvids.com/watch?v=TtFPmw1RtUh, https://www.peekvids.com/watch?v=Fst2feb5ff0, https://www.peekvids.com/watch?v=OOEd8NIeEck,
https://www.peekvids.com/watch?v=0ZTBQ0-aZ7S, https://www.peekvids.com/watch?v=PTzvADq6v3s, https://www.peekvids.com/watch?v=lMk1vA7VHVK,
https://www.peekvids.com/watch?v=D5tEiLkLPbN
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bmw2005
5.b. Uploader's email address: soongood125@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bmw2005
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=WXSHqPxlYfJ, https://www.peekvids.com/watch?v=X4EZJFICLja,
https://www.peekvids.com/watch?v=AZZLGPkQNX8, https://www.peekvids.com/watch?v=aic2fRuMjDx, https://www.peekvids.com/watch?v=O-F3RZG5yqA,
https://www.peekvids.com/watch?v=neBamfPge9i, https://www.peekvids.com/watch?v=022Dmly3gTG, https://www.peekvids.com/watch?v=z6PU6MNVLFJ,
https://www.peekvids.com/watch?v=FxYGtPkNzzT, https://www.peekvids.com/watch?v=S8gdWfXjnaI, https://www.peekvids.com/watch?v=ZrBb5RRMBdU,
https://www.peekvids.com/watch?v=O8Dm560aPSS, https://www.peekvids.com/watch?v=TDQkon_ofb3, https://www.peekvids.com/watch?v=upWLcZm5RXa,
https://www.peekvids.com/watch?v=07xJ4UzHnKD, https://www.peekvids.com/watch?v=PBdh7sZ1XFq, https://www.peekvids.com/watch?v=so9mKLEp90z,
https://www.peekvids.com/watch?v=tXAf1CL7m_I, https://www.peekvids.com/watch?v=EyaALa_xJ1J, https://www.peekvids.com/watch?v=8UmreLq5w2a,
https://www.peekvids.com/watch?v=Bdyi7i3z4hE, https://www.peekvids.com/watch?v=3DlJS3pTTVj, https://www.peekvids.com/watch?v=pGw-zFpjO12,
https://www.peekvids.com/watch?v=CiC-OBKLmBL, https://www.peekvids.com/watch?v=On06s8pv3g5, https://www.peekvids.com/watch?v=oH66cb5UXgN,
https://www.peekvids.com/watch?v=PcECf5uVZag, https://www.peekvids.com/watch?v=xHFHcI8obfp, https://www.peekvids.com/watch?v=S-DGG0PZUq6,
https://www.peekvids.com/watch?v=qb7cHHbhq-x, https://www.peekvids.com/watch?v=Yua1_aZe-Nw, https://www.peekvids.com/watch?v=87OoWssHj3z,
https://www.peekvids.com/watch?v=8m27Vj379DG, https://www.peekvids.com/watch?v=XVdtCV0nzBM, https://www.peekvids.com/watch?v=amSq5F4M0Ba,
https://www.peekvids.com/watch?v=f32hudzdlev, https://www.peekvids.com/watch?v=or_AbKY3XS5, https://www.peekvids.com/watch?v=rC_XFz_In8L,
https://www.peekvids.com/watch?v=AYjeKipEXwg, https://www.peekvids.com/watch?v=nYL_j9yaxjb, https://www.peekvids.com/watch?v=Z_zKt9sdykl,
https://www.peekvids.com/watch?v=J2YEdnyJXl6, https://www.peekvids.com/watch?v=mvZBVeqalhR, https://www.peekvids.com/watch?v=qkxgiBLOIlw,
https://www.peekvids.com/watch?v=D-WlrDLVXc0, https://www.peekvids.com/watch?v=KVc9sjNNS6V, https://www.peekvids.com/watch?v=STU3YNQ7irr,
https://www.peekvids.com/watch?v=Rb8M4x9X47m, https://www.peekvids.com/watch?v=VtL9Fut-ts9, https://www.peekvids.com/watch?v=lujYL6dGJPw,
https://www.peekvids.com/watch?v=SK57999m9Lw, https://www.peekvids.com/watch?v=ht0sqgQzDyl, https://www.peekvids.com/watch?v=ZaicL48TdWk,
https://www.peekvids.com/watch?v=eLBG-tBCBq3, https://www.peekvids.com/watch?v=y71pv3wAF6c, https://www.peekvids.com/watch?v=AF41efo-LMU,
https://www.peekvids.com/watch?v=uxlqJrb-_To, https://www.peekvids.com/watch?v=Io_B0ONQT5w, https://www.peekvids.com/watch?v=rpIFJxg7ct8,
https://www.peekvids.com/watch?v=uO4hIIMgDwT, https://www.peekvids.com/watch?v=9Gzy-5ffmMa, https://www.peekvids.com/watch?v=Dwu3zZj7EHq,
https://www.peekvids.com/watch?v=VyxjRixOEGk, https://www.peekvids.com/watch?v=YIMaLXMYKXk, https://www.peekvids.com/watch?v=6ZoTWYn3mnO,
https://www.peekvids.com/watch?v=cCBqntGlpxx, https://www.peekvids.com/watch?v=HJ2H-L078BB, https://www.peekvids.com/watch?v=hgvzqhslwhI,
https://www.peekvids.com/watch?v=CqfBypd5f3z, https://www.peekvids.com/watch?v=36s0QXnLnKH, https://www.peekvids.com/watch?v=64yaXsJ0CyG,
https://www.peekvids.com/watch?v=SQEhMIVmghT, https://www.peekvids.com/watch?v=j2syfRuUwED, https://www.peekvids.com/watch?v=Dpxv7M_2Bql,
https://www.peekvids.com/watch?v=8-TXsaNK4t5, https://www.peekvids.com/watch?v=d55FmHTldOl, https://www.peekvids.com/watch?v=kAHi8LYJ6iv,
https://www.peekvids.com/watch?v=OO00LiqPzv5, https://www.peekvids.com/watch?v=aF5Bhmx5i4f, https://www.peekvids.com/watch?v=PjrbcrCQrrH,
https://www.peekvids.com/watch?v=7PP44MKplDI, https://www.peekvids.com/watch?v=wYru52cG39m, https://www.peekvids.com/watch?v=QNe776w2kW7,
https://www.peekvids.com/watch?v=rkCIJSo00tW, https://www.peekvids.com/watch?v=mXCuvQ6bDub, https://www.peekvids.com/watch?v=HYmvo57cf0E,
https://www.peekvids.com/watch?v=h2E3GIjzZbY, https://www.peekvids.com/watch?v=2MUfbHcgWbR, https://www.peekvids.com/watch?v=ksXNpccXpEW,
https://www.peekvids.com/watch?v=KTSPKalMPLP, https://www.peekvids.com/watch?v=JxNknI1jefs, https://www.peekvids.com/watch?v=Px7XLo-dmCJ,
https://www.peekvids.com/watch?v=rLFY3eqVXR6
5.f. Date of third notice: 2015-10-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bmw2turbo
5.b. Uploader's email address: bavariaglanuu@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bmw2turbo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zzM16IwtdOB, https://www.peekvids.com/watch?v=yon-Gb9aI74,
https://www.peekvids.com/watch?v=Eb-b84RPjRT, https://www.peekvids.com/watch?v=pvRkixyrbMW, https://www.peekvids.com/watch?v=BBivhXFZG6N,
https://www.peekvids.com/watch?v=cIg5nYjlTlN, https://www.peekvids.com/watch?v=lNWVsGCJCUV, https://www.peekvids.com/watch?v=7JT4srngPEN,
https://www.peekvids.com/watch?v=8i_gtCim6AA, https://www.peekvids.com/watch?v=oGskNfvnIY9, https://www.peekvids.com/watch?v=cpcNdpPNX5S,
https://www.peekvids.com/watch?v=WEqUuKqxrN8, https://www.peekvids.com/watch?v=3YjM86CbSxg, https://www.peekvids.com/watch?v=zde6kMHufbw,
https://www.peekvids.com/watch?v=ozLbp-qom7O, https://www.peekvids.com/watch?v=M10b387Mqgh, https://www.peekvids.com/watch?v=WPXV-5YRGYm,
https://www.peekvids.com/watch?v=8CEyIIvNcxx, https://www.peekvids.com/watch?v=pBTWkK3EzZs, https://www.peekvids.com/watch?v=8Px8qIG2C92,
https://www.peekvids.com/watch?v=C4Lzjh5-J32, https://www.peekvids.com/watch?v=DOJu4WVYFpR, https://www.peekvids.com/watch?v=IICSGw3QW2Z,
https://www.peekvids.com/watch?v=9TSmz0DXF00, https://www.peekvids.com/watch?v=Sx5EqtGoHJH, https://www.peekvids.com/watch?v=Yu8LZVEL1zO,
https://www.peekvids.com/watch?v=W1e57K2KauX, https://www.peekvids.com/watch?v=Sdccg74WeRM, https://www.peekvids.com/watch?v=Rqvc-fSDZ6l,
https://www.peekvids.com/watch?v=PyGYH8_5cvd, https://www.peekvids.com/watch?v=NFGQMVBDOO8, https://www.peekvids.com/watch?v=cI6hbC26UhI,
https://www.peekvids.com/watch?v=rWBa0pp8sk4, https://www.peekvids.com/watch?v=bM2nMGK4Hn5, https://www.peekvids.com/watch?v=Rm3MSWqkJvm,
https://www.peekvids.com/watch?v=k2JftvOzxbc, https://www.peekvids.com/watch?v=wyswXP1TdQI, https://www.peekvids.com/watch?v=DVZY7YxmbWg,
https://www.peekvids.com/watch?v=rUtOgA9gx9Y, https://www.peekvids.com/watch?v=dXgd96_b1qw, https://www.peekvids.com/watch?v=DpIBbyfhiHo,
https://www.peekvids.com/watch?v=3xWGKUqXDuS, https://www.peekvids.com/watch?v=ZhR7h9w_oDK, https://www.peekvids.com/watch?v=LZocHv_--NW,
https://www.peekvids.com/watch?v=vdg8LOi-k4A
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boomroom
5.b. Uploader's email address: urimanson1980@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=boomroom
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=VcoqhMbTSL6, https://www.peekvids.com/watch?v=SCMPbuhO4wL,
https://www.peekvids.com/watch?v=JcxpavT0gJ3, https://www.peekvids.com/watch?v=eyE7Q2nAaaK, https://www.peekvids.com/watch?v=TP0iAn9dZLZ,
https://www.peekvids.com/watch?v=tVTbQXCtXHG, https://www.peekvids.com/watch?v=mSUxVaEYLYj, https://www.peekvids.com/watch?v=MmAeQxQdmWR,
https://www.peekvids.com/watch?v=pu2i7ivJPNy, https://www.peekvids.com/watch?v=rguUO09z859, https://www.peekvids.com/watch?v=htdOlJD8rA0,
https://www.peekvids.com/watch?v=mY9EaWV9Xxq, https://www.peekvids.com/watch?v=SKVmKd2NZXM, https://www.peekvids.com/watch?v=lFZWw0Z6QGT,
https://www.peekvids.com/watch?v=5KRgZwSoKz-, https://www.peekvids.com/watch?v=dV9QqK2O69e, https://www.peekvids.com/watch?v=q-iEO-34v0y,
https://www.peekvids.com/watch?v=HfUNjdsk7JT, https://www.peekvids.com/watch?v=n6PDUGaEg7e, https://www.peekvids.com/watch?v=QhL38ZMn7qz,
https://www.peekvids.com/watch?v=vsq90GaOZDD, https://www.peekvids.com/watch?v=ngxEis2Te4v, https://www.peekvids.com/watch?v=Lsm2MR8rBS8,
https://www.peekvids.com/watch?v=kta3RhMXXnW, https://www.peekvids.com/watch?v=Gekfj-gWJFY, https://www.peekvids.com/watch?v=LAcjBdGVYKn,
https://www.peekvids.com/watch?v=SqjYSD3dFYB, https://www.peekvids.com/watch?v=7P5zpI2KGJo, https://www.peekvids.com/watch?v=QSx8Tix792z,
https://www.peekvids.com/watch?v=v-gcSz2pTt3, https://www.peekvids.com/watch?v=qe0RCytaQzz, https://www.peekvids.com/watch?v=qTckMiIF7YI,
https://www.peekvids.com/watch?v=RqgRICYgxey, https://www.peekvids.com/watch?v=hr03EJQrjpn, https://www.peekvids.com/watch?v=yy9XR-gF3pL,
https://www.peekvids.com/watch?v=RFKWc5lhqf3, https://www.peekvids.com/watch?v=xenjmoRbrin, https://www.peekvids.com/watch?v=KSxXNuq7Ng7,
https://www.peekvids.com/watch?v=Z6d-JMuSpru, https://www.peekvids.com/watch?v=jo9mJotXcqo, https://www.peekvids.com/watch?v=kDUrRu4gXe-,
https://www.peekvids.com/watch?v=Uc565t2EHKp, https://www.peekvids.com/watch?v=dEKFNLNoxMH, https://www.peekvids.com/watch?v=wsAzjf9hhdi,
https://www.peekvids.com/watch?v=Dq4but0P0MS, https://www.peekvids.com/watch?v=wdLwY-MMu0C, https://www.peekvids.com/watch?v=BPSaD4MT-jt,
https://www.peekvids.com/watch?v=CEQiF23w7Qy, https://www.peekvids.com/watch?v=9ZJpbLTM5RW, https://www.peekvids.com/watch?v=odKxjq2rltj,
https://www.peekvids.com/watch?v=kXyOnc5P9xk, https://www.peekvids.com/watch?v=8NiMuVi2tBG, https://www.peekvids.com/watch?v=xl-GLmGwksR,
https://www.peekvids.com/watch?v=h77wwxQAiuF, https://www.peekvids.com/watch?v=ZK8sM7D447w, https://www.peekvids.com/watch?v=cUSuMhIFyTW,
https://www.peekvids.com/watch?v=7OmK9nF9nVm, https://www.peekvids.com/watch?v=nPWxB29WUB6, https://www.peekvids.com/watch?v=XZ6P-A59X6B,
https://www.peekvids.com/watch?v=iK3tjuThaTi, https://www.peekvids.com/watch?v=SYjH4jFe9Aa, https://www.peekvids.com/watch?v=CDmeqUQuL9R,
https://www.peekvids.com/watch?v=JOln7qeBonM, https://www.peekvids.com/watch?v=PChw9iFtsMx, https://www.peekvids.com/watch?v=bbiag6VDAhL,
https://www.peekvids.com/watch?v=v-OCT-y7uhu, https://www.peekvids.com/watch?v=4RTeqnVflvb, https://www.peekvids.com/watch?v=LR9KZxOFYNf,
https://www.peekvids.com/watch?v=zfI4fffZW0F, https://www.peekvids.com/watch?v=dixPTVCC60e, https://www.peekvids.com/watch?v=25iJsgOct67,
https://www.peekvids.com/watch?v=6YsO5lyrE5o, https://www.peekvids.com/watch?v=koNJ7yoBq8B, https://www.peekvids.com/watch?v=gAdDp-NeQM3,
https://www.peekvids.com/watch?v=J6rQhyQ-EEg, https://www.peekvids.com/watch?v=2kEewwcQmRN, https://www.peekvids.com/watch?v=r6eq3CtQHvC,
https://www.peekvids.com/watch?v=qkgRWs4-88O, https://www.peekvids.com/watch?v=xJvwzNfb79F, https://www.peekvids.com/watch?v=ZArSGDKCHXV,
https://www.peekvids.com/watch?v=o9Nq8zaXj2m, https://www.peekvids.com/watch?v=GK-IUyoDgsl, https://www.peekvids.com/watch?v=go2O7WaWmuM,
https://www.peekvids.com/watch?v=elow8vyem-g, https://www.peekvids.com/watch?v=jTHH3bYoZqV, https://www.peekvids.com/watch?v=tOiDzccvMAC,
https://www.peekvids.com/watch?v=ZRvobvVUFB5, https://www.peekvids.com/watch?v=o79K23Agq8O, https://www.peekvids.com/watch?v=PKGkf7OAHps,
https://www.peekvids.com/watch?v=KVjpe9ghQQr, https://www.peekvids.com/watch?v=Kqc7njfX-rI, https://www.peekvids.com/watch?v=PL6u-up7jGj,
https://www.peekvids.com/watch?v=Zdwl7BAuNKK, https://www.peekvids.com/watch?v=DjoB65XAGuX, https://www.peekvids.com/watch?v=CcYpdWbjGlj,
https://www.peekvids.com/watch?v=FKuUULJjkfv, https://www.peekvids.com/watch?v=nLIs0kruRh-, https://www.peekvids.com/watch?v=4kW4CGnKnXi,
https://www.peekvids.com/watch?v=pG7ISmFoV54, https://www.peekvids.com/watch?v=gJaoaKVy8qz, https://www.peekvids.com/watch?v=nz6DC7wzTCe,
https://www.peekvids.com/watch?v=ycTaF4Z54yF, https://www.peekvids.com/watch?v=rVAjR2RY77g, https://www.peekvids.com/watch?v=gnhEwXtSrji,
https://www.peekvids.com/watch?v=o-TyC4Jo5ew, https://www.peekvids.com/watch?v=YwMgdz6zOZg, https://www.peekvids.com/watch?v=pVgSpyHhL2h,
https://www.peekvids.com/watch?v=HtgxAKhUe8M, https://www.peekvids.com/watch?v=WUT8v3uvXOs, https://www.peekvids.com/watch?v=VazjwG0Awit,
https://www.peekvids.com/watch?v=xc0DGxL-jev, https://www.peekvids.com/watch?v=QmOKS90gfMi, https://www.peekvids.com/watch?v=BfcWbgtPLcG,
https://www.peekvids.com/watch?v=KktOdVCwVBL, https://www.peekvids.com/watch?v=hxWuxhlNui7, https://www.peekvids.com/watch?v=ksANWbyFplQ,
https://www.peekvids.com/watch?v=TJOXIr7O3da, https://www.peekvids.com/watch?v=4k5eJEt-MXI, https://www.peekvids.com/watch?v=DDBKDoE23hg,
https://www.peekvids.com/watch?v=oI3LSwQKPd0, https://www.peekvids.com/watch?v=JNswvbWj7nn, https://www.peekvids.com/watch?v=IT-VBE-U2Ka,
https://www.peekvids.com/watch?v=XOMOBTiqIKI, https://www.peekvids.com/watch?v=qe07PKhldO0, https://www.peekvids.com/watch?v=4V-3vW-OMzW,
https://www.peekvids.com/watch?v=HbAFhZVIrB2, https://www.peekvids.com/watch?v=jCenmwwI6Mt, https://www.peekvids.com/watch?v=OAqmOdiPzQw,
https://www.peekvids.com/watch?v=7CQswj8Dk7V, https://www.peekvids.com/watch?v=eqM0pTuwz-b, https://www.peekvids.com/watch?v=0VISdBG2EPe,
https://www.peekvids.com/watch?v=ILi8JvB8LHz, https://www.peekvids.com/watch?v=jmzuITdXkn5, https://www.peekvids.com/watch?v=hw3MMvvVquR,
https://www.peekvids.com/watch?v=jhn92jVRXrV, https://www.peekvids.com/watch?v=gMP8P9fADKd, https://www.peekvids.com/watch?v=55WWkD3AuaV,
https://www.peekvids.com/watch?v=F5rD-bJnwSs, https://www.peekvids.com/watch?v=t3g8j7wJyQA, https://www.peekvids.com/watch?v=4BtLdjr9jXq,
https://www.peekvids.com/watch?v=L0mCz9KmLlK, https://www.peekvids.com/watch?v=LF7B2Hbrckp, https://www.peekvids.com/watch?v=T9e-cAF0jCe,
https://www.peekvids.com/watch?v=mmsgxAJK24Y, https://www.peekvids.com/watch?v=jo9QIIJpNT-, https://www.peekvids.com/watch?v=xTWjF5XBn9t,
https://www.peekvids.com/watch?v=OYhCZ9OROZc, https://www.peekvids.com/watch?v=MJAuAdTLKho, https://www.peekvids.com/watch?v=48JKRIHuc-r,
https://www.peekvids.com/watch?v=d6AYtWoMT3Q, https://www.peekvids.com/watch?v=KfFeUBXJ08b, https://www.peekvids.com/watch?v=UbQIV4GgrKw,
https://www.peekvids.com/watch?v=5G0hxIwZJAJ, https://www.peekvids.com/watch?v=gemfRmK7zWC, https://www.peekvids.com/watch?v=O4lj8mlBdss,
https://www.peekvids.com/watch?v=DxdE45br95w, https://www.peekvids.com/watch?v=bcL0Cp6tXXj, https://www.peekvids.com/watch?v=ZEU4BF6AUu5,
https://www.peekvids.com/watch?v=HBDNeEBNKbt, https://www.peekvids.com/watch?v=IZdzFK6Mkg4, https://www.peekvids.com/watch?v=F2MHo56CWaH,
https://www.peekvids.com/watch?v=Y0mFj3R-TFt, https://www.peekvids.com/watch?v=KpEPe0fVpni, https://www.peekvids.com/watch?v=Jeif5tPzfDi,
https://www.peekvids.com/watch?v=XFIDJeolkgt, https://www.peekvids.com/watch?v=TZkWdfEYlU8, https://www.peekvids.com/watch?v=pSBuQAvWNW3,
https://www.peekvids.com/watch?v=FeE6Hlpe6Ox, https://www.peekvids.com/watch?v=q2HHGdHHR8h, https://www.peekvids.com/watch?v=BRzrkHhpaSz,
https://www.peekvids.com/watch?v=VkEeWFSadXg, https://www.peekvids.com/watch?v=cVjbt43Mvwj, https://www.peekvids.com/watch?v=5FVe3-mNI6m,
https://www.peekvids.com/watch?v=RPcgZpyAlxQ, https://www.peekvids.com/watch?v=EGonAMFaynG, https://www.peekvids.com/watch?v=noPDIlwbaq9,
https://www.peekvids.com/watch?v=w-6qfoO5ycO, https://www.peekvids.com/watch?v=mYvm3aWqkPn, https://www.peekvids.com/watch?v=Ah-K7N8KmVb,
https://www.peekvids.com/watch?v=KYYNGvQMYrD, https://www.peekvids.com/watch?v=QI4W3Iy5fcT, https://www.peekvids.com/watch?v=I-FJJN6jEwP,
https://www.peekvids.com/watch?v=ifj7hhUIGc6, https://www.peekvids.com/watch?v=DcrfT5lc97E, https://www.peekvids.com/watch?v=in8QV0f2bI5,
https://www.peekvids.com/watch?v=nr09f5KONmz, https://www.peekvids.com/watch?v=ARvSCOOhJrJ, https://www.peekvids.com/watch?v=YlesvQAe3pz,
https://www.peekvids.com/watch?v=PlPNYuH6ByS, https://www.peekvids.com/watch?v=9hlI4kljie4, https://www.peekvids.com/watch?v=5sSz5m5Xl9W,
https://www.peekvids.com/watch?v=vSrXxybXr7U, https://www.peekvids.com/watch?v=Lxb6NWbvNAV, https://www.peekvids.com/watch?v=Iy3t2rccQxN,
https://www.peekvids.com/watch?v=dMGIfew-VdS, https://www.peekvids.com/watch?v=5tVKKLIGgTc, https://www.peekvids.com/watch?v=RB99pRgk5YA,
https://www.peekvids.com/watch?v=3hBZdwc2c4r, https://www.peekvids.com/watch?v=rtW4jB4f3VL, https://www.peekvids.com/watch?v=tPWhsWE8Gd-,
https://www.peekvids.com/watch?v=ymqf0fzdkTQ, https://www.peekvids.com/watch?v=Avty9lQOS-i, https://www.peekvids.com/watch?v=i-etYBXZgku,
https://www.peekvids.com/watch?v=sMO8oWk3SOx, https://www.peekvids.com/watch?v=xFOD-rfYRNj, https://www.peekvids.com/watch?v=y5lnpVdqIOd,
https://www.peekvids.com/watch?v=l-dx63iNsxO, https://www.peekvids.com/watch?v=--JqYD46fqe, https://www.peekvids.com/watch?v=QtxAmx2oTTW,
https://www.peekvids.com/watch?v=U8zEcVyX9Sb, https://www.peekvids.com/watch?v=srBNmwfC4p5, https://www.peekvids.com/watch?v=wybu34bSaYe,
https://www.peekvids.com/watch?v=ZSVJ7dWiH8D, https://www.peekvids.com/watch?v=5uzy6pBHnRD, https://www.peekvids.com/watch?v=PibhaFHGWxD,
https://www.peekvids.com/watch?v=pBaAAsW-L-D, https://www.peekvids.com/watch?v=zbbV-VMmj3T, https://www.peekvids.com/watch?v=lljW2bph8Ww,
https://www.peekvids.com/watch?v=XANPU50gOHs, https://www.peekvids.com/watch?v=RGVjm3-GYsT, https://www.peekvids.com/watch?v=QX99j2V537x,
https://www.peekvids.com/watch?v=8dz0Vx56Ay6, https://www.peekvids.com/watch?v=Zz9Hcy2pkbr, https://www.peekvids.com/watch?v=K9nutB4Ngj6,
https://www.peekvids.com/watch?v=hraHvk5R88B, https://www.peekvids.com/watch?v=SFaoNK9t9c7, https://www.peekvids.com/watch?v=ZN6Fgey9DvD,
https://www.peekvids.com/watch?v=pgwY3aGYzpX, https://www.peekvids.com/watch?v=o-oohDSBvxo, https://www.peekvids.com/watch?v=VaqAiwpfYJV,
https://www.peekvids.com/watch?v=yZYwqjSzAy5, https://www.peekvids.com/watch?v=T2CHiOKfEQh, https://www.peekvids.com/watch?v=-PpbdWLPyQn,
https://www.peekvids.com/watch?v=lkI-lzjOPuO, https://www.peekvids.com/watch?v=2lN0cwJV0c8, https://www.peekvids.com/watch?v=Tgda04aQICx,
https://www.peekvids.com/watch?v=8ILhzpL-2wv, https://www.peekvids.com/watch?v=vduUxIzKWzK, https://www.peekvids.com/watch?v=wMng7LfO5DI,
https://www.peekvids.com/watch?v=B6pSFyw32QG, https://www.peekvids.com/watch?v=z3ArBrGrHb4, https://www.peekvids.com/watch?v=N-FLN-yXDFE,
https://www.peekvids.com/watch?v=3Qw69KLMQU0, https://www.peekvids.com/watch?v=zCbHor-vow6, https://www.peekvids.com/watch?v=96MT236V6L7,
https://www.peekvids.com/watch?v=rCUs5Z2KeW4, https://www.peekvids.com/watch?v=qnOP6TRkkWS, https://www.peekvids.com/watch?v=zkznGDPB08n,
https://www.peekvids.com/watch?v=aHbWSVUT8bE, https://www.peekvids.com/watch?v=03hybg9L8M6, https://www.peekvids.com/watch?v=pxCEQkwZuuO,
https://www.peekvids.com/watch?v=W8hX6tmsA8P, https://www.peekvids.com/watch?v=KvzPfLcDIak, https://www.peekvids.com/watch?v=TQvtzzAslkc,
https://www.peekvids.com/watch?v=UNtsJzO9O66, https://www.peekvids.com/watch?v=3i2w5wTSvs4, https://www.peekvids.com/watch?v=Torj6ELMfuK,
https://www.peekvids.com/watch?v=oOaOerQ7hEh, https://www.peekvids.com/watch?v=nfGHdOgDyJy, https://www.peekvids.com/watch?v=j5rBi66jS6A,
https://www.peekvids.com/watch?v=yVDkCJu8Wcf, https://www.peekvids.com/watch?v=FoqhjhottkP, https://www.peekvids.com/watch?v=F39SWzelY4Z,
https://www.peekvids.com/watch?v=yn9NhGgCQq2, https://www.peekvids.com/watch?v=QGGgGGoSEwv, https://www.peekvids.com/watch?v=QwExbyO0Y5N,
https://www.peekvids.com/watch?v=jxvroZFChn8, https://www.peekvids.com/watch?v=H6KzwqHzCfS, https://www.peekvids.com/watch?v=MOHFKUVw8z5,
https://www.peekvids.com/watch?v=wk7-PEJV2wr, https://www.peekvids.com/watch?v=-Ma9ZkvCtTY, https://www.peekvids.com/watch?v=jKvqnQ9NtNU,
https://www.peekvids.com/watch?v=yWkNqutTBfr, https://www.peekvids.com/watch?v=qA7kkLOFjpL, https://www.peekvids.com/watch?v=BASYoomq-tN,
https://www.peekvids.com/watch?v=Vkgw4GR-7fn, https://www.peekvids.com/watch?v=YrHMLjBAmkq, https://www.peekvids.com/watch?v=6-p-DUwpmcI,
https://www.peekvids.com/watch?v=GmPTFzdyFqj, https://www.peekvids.com/watch?v=oiKiqdzDd2I, https://www.peekvids.com/watch?v=Met37pLUxSV,
https://www.peekvids.com/watch?v=dfM3xRMGWsn, https://www.peekvids.com/watch?v=p2HIsAsNNzr, https://www.peekvids.com/watch?v=zbz3QmpPtSF,
https://www.peekvids.com/watch?v=6JKJslfmo2w, https://www.peekvids.com/watch?v=AD8t0A46gF8, https://www.peekvids.com/watch?v=DAAkOnyAW0j,
https://www.peekvids.com/watch?v=59lR22GA3Or, https://www.peekvids.com/watch?v=Bfpqv9Syk0o, https://www.peekvids.com/watch?v=-cSdQRVmmYx,
https://www.peekvids.com/watch?v=F0bvkbtlrbS, https://www.peekvids.com/watch?v=KsZKpMihDBD, https://www.peekvids.com/watch?v=yry5CUBSTJK,
https://www.peekvids.com/watch?v=QzTD8FNetgo, https://www.peekvids.com/watch?v=wvHjs5nYAFv, https://www.peekvids.com/watch?v=qIzolPOq2nt,
https://www.peekvids.com/watch?v=00M7WyHktMC, https://www.peekvids.com/watch?v=drsmRdica8t, https://www.peekvids.com/watch?v=nZ5KdJBZbNn,
https://www.peekvids.com/watch?v=AF9FP8cryiA, https://www.peekvids.com/watch?v=MRAcvFBwNAa, https://www.peekvids.com/watch?v=WfNFLFel6JN,
https://www.peekvids.com/watch?v=amR02vAX-cM, https://www.peekvids.com/watch?v=VkO4VG-ibqw, https://www.peekvids.com/watch?v=EogCBO3JP-o,
https://www.peekvids.com/watch?v=q2KTcphfctJ, https://www.peekvids.com/watch?v=UAQQIbNp6Be, https://www.peekvids.com/watch?v=UDgIGEH7AI8,
https://www.peekvids.com/watch?v=taIMFhf2f9F, https://www.peekvids.com/watch?v=57Ug4UQWROI, https://www.peekvids.com/watch?v=Vfd2S6FPzii,
https://www.peekvids.com/watch?v=8oL6vZOiZtl, https://www.peekvids.com/watch?v=dLsU0zb6H3x, https://www.peekvids.com/watch?v=yZxWwE92527,
https://www.peekvids.com/watch?v=dzxmGtWeJbr, https://www.peekvids.com/watch?v=KmDOLnzsRDx, https://www.peekvids.com/watch?v=QhbEPmsWJNq,
https://www.peekvids.com/watch?v=SMibqGsxqlq, https://www.peekvids.com/watch?v=7wxyp0hGZjd, https://www.peekvids.com/watch?v=0g5WtTvR98C,
https://www.peekvids.com/watch?v=t6QvX2aDnhC, https://www.peekvids.com/watch?v=irFF-CGGJqu, https://www.peekvids.com/watch?v=QO30k0mdw4g,
https://www.peekvids.com/watch?v=8QfzNdNL0lG, https://www.peekvids.com/watch?v=pCQj7qASyxG, https://www.peekvids.com/watch?v=603UyEPUQsY,

https://www.peekvids.com/watch?v=F-zzZCsULJu, https://www.peekvids.com/watch?v=wzGU-QvB3b2, https://www.peekvids.com/watch?v=rYYaqyvQdBr,
https://www.peekvids.com/watch?v=WY4rHl78W5z, https://www.peekvids.com/watch?v=fSiGauRJUBm, https://www.peekvids.com/watch?v=KB2XFOQrDAF,
https://www.peekvids.com/watch?v=dV42Dz5xgic, https://www.peekvids.com/watch?v=LAa2OR0raEc, https://www.peekvids.com/watch?v=aUXsqBtaIP4,
https://www.peekvids.com/watch?v=0BD7YTSD8QQ, https://www.peekvids.com/watch?v=AhdiCyyZgpQ, https://www.peekvids.com/watch?v=JSkumYaVl-L,
https://www.peekvids.com/watch?v=lfdRjZlURuU, https://www.peekvids.com/watch?v=twlqm808axc, https://www.peekvids.com/watch?v=G3o5kCz0mbK,
https://www.peekvids.com/watch?v=HYo7kSZPvUS, https://www.peekvids.com/watch?v=u3WWbnknPz-, https://www.peekvids.com/watch?v=Y9tH8d5ghI3,
https://www.peekvids.com/watch?v=tm-n0TQnhT6, https://www.peekvids.com/watch?v=rYjAuKtHQZV, https://www.peekvids.com/watch?v=LhGIAdxQ0rw,
https://www.peekvids.com/watch?v=9s-s2d5tPks, https://www.peekvids.com/watch?v=M7PqiyKDRjm, https://www.peekvids.com/watch?v=UUOpDcOXZhs,
https://www.peekvids.com/watch?v=p0wfcIButXq, https://www.peekvids.com/watch?v=XIqDCmrc9yB, https://www.peekvids.com/watch?v=qsPiwTSrCdh,
https://www.peekvids.com/watch?v=lQSMpcD4dzg, https://www.peekvids.com/watch?v=tXofNWiFv7W, https://www.peekvids.com/watch?v=rqn0ux98oBm,
https://www.peekvids.com/watch?v=Q5XxLvTjL99, https://www.peekvids.com/watch?v=E2oG7zBoK69, https://www.peekvids.com/watch?v=NK0wFdNaXh-,
https://www.peekvids.com/watch?v=UQQak4BWJ8i, https://www.peekvids.com/watch?v=Mi7kileVImz, https://www.peekvids.com/watch?v=8EgpUqw6aOO,
https://www.peekvids.com/watch?v=XAiALnRyHVo, https://www.peekvids.com/watch?v=KGv9BtFn4Ay, https://www.peekvids.com/watch?v=d48hOIsAsQS,
https://www.peekvids.com/watch?v=48GCsOMmvpC, https://www.peekvids.com/watch?v=Sarh20GNx8m, https://www.peekvids.com/watch?v=QOjfKCSng5S,
https://www.peekvids.com/watch?v=OXwQG9mD7-d, https://www.peekvids.com/watch?v=s4XEG70uwGN, https://www.peekvids.com/watch?v=DLYGvLlfP5C,
https://www.peekvids.com/watch?v=cJOIUabkXDW, https://www.peekvids.com/watch?v=vlTVXCuOEb5, https://www.peekvids.com/watch?v=O7fSSIYx20L,
https://www.peekvids.com/watch?v=DucdXXzi3KY, https://www.peekvids.com/watch?v=K4cplNJF4TU, https://www.peekvids.com/watch?v=5I9a4CZLmvQ,
https://www.peekvids.com/watch?v=BOwMx3ZonME, https://www.peekvids.com/watch?v=csZy4-UQeKG, https://www.peekvids.com/watch?v=ia344icOADm,
https://www.peekvids.com/watch?v=W25G7yJPAhv, https://www.peekvids.com/watch?v=HQxjkR4oub3, https://www.peekvids.com/watch?v=7I5cfPUfD2z,
https://www.peekvids.com/watch?v=Da3LnkUupwC, https://www.peekvids.com/watch?v=ndTugMo6pd2, https://www.peekvids.com/watch?v=LceBREXJy0j,
https://www.peekvids.com/watch?v=E2vQw3TbSfn, https://www.peekvids.com/watch?v=zO6OZOvOCjn, https://www.peekvids.com/watch?v=4x2u2ZWml8r,
https://www.peekvids.com/watch?v=wyOTnkTiEdr, https://www.peekvids.com/watch?v=GC-YoiEBogz, https://www.peekvids.com/watch?v=U2tZSkAKJ7b,
https://www.peekvids.com/watch?v=YcFvEfRuuMj, https://www.peekvids.com/watch?v=PfwlX4CgwlM, https://www.peekvids.com/watch?v=xM3XPmkOo9f,
https://www.peekvids.com/watch?v=s64FvD8A4ZJ, https://www.peekvids.com/watch?v=HJALduRVj5I, https://www.peekvids.com/watch?v=TCJswXfJkti,
https://www.peekvids.com/watch?v=MQpE3OcQcn7, https://www.peekvids.com/watch?v=vY25bQ7GKwy, https://www.peekvids.com/watch?v=hpgFEmICEHV,
https://www.peekvids.com/watch?v=ELYgXjjyIOk, https://www.peekvids.com/watch?v=iAo-JIpuiWj, https://www.peekvids.com/watch?v=jRMzHWMQxib,
https://www.peekvids.com/watch?v=KmeNQ8Rfea9, https://www.peekvids.com/watch?v=-e4z2vUkWOQ, https://www.peekvids.com/watch?v=b8rsZ7kT2w5,
https://www.peekvids.com/watch?v=X3iZ7datFa9, https://www.peekvids.com/watch?v=USWkkIPcJg8, https://www.peekvids.com/watch?v=WhIk8MfOXxt,
https://www.peekvids.com/watch?v=YRNY6JlWN2z, https://www.peekvids.com/watch?v=YFsNn68yBUf, https://www.peekvids.com/watch?v=lyKxTlLoTWC,
https://www.peekvids.com/watch?v=2VkFgaJ386R, https://www.peekvids.com/watch?v=6OSNf3Xyp9P, https://www.peekvids.com/watch?v=b4FnD5gMipS,
https://www.peekvids.com/watch?v=0Znt5JW5Cxi, https://www.peekvids.com/watch?v=4S4sj2XqhHG, https://www.peekvids.com/watch?v=ikVDF4lriV0,
https://www.peekvids.com/watch?v=6tN32ODIzzC, https://www.peekvids.com/watch?v=DCHih7WcLMQ, https://www.peekvids.com/watch?v=dy5dAe242tI,
https://www.peekvids.com/watch?v=EQHYTKxaRK7, https://www.peekvids.com/watch?v=wK96HNjE8KR, https://www.peekvids.com/watch?v=IE05OmyLI-A,
https://www.peekvids.com/watch?v=ZMwodkONQtB, https://www.peekvids.com/watch?v=yPMBzOExdl2, https://www.peekvids.com/watch?v=fzh6IjPdfbI,
https://www.peekvids.com/watch?v=EF2Ourgnjwn, https://www.peekvids.com/watch?v=Z0LCMWVpS7c, https://www.peekvids.com/watch?v=lHbx3efuPH8,
https://www.peekvids.com/watch?v=NgS2G39h4Zy, https://www.peekvids.com/watch?v=A8Q5NkqlASy, https://www.peekvids.com/watch?v=Tu4ipIM5ZwI,
https://www.peekvids.com/watch?v=cfIPndU3VYF, https://www.peekvids.com/watch?v=3M2Ry9NuUSi, https://www.peekvids.com/watch?v=Ery2nsIyKOv,
https://www.peekvids.com/watch?v=tzrhIWTrgNg, https://www.peekvids.com/watch?v=XqJcC8Ox9hS, https://www.peekvids.com/watch?v=DHn-AJoHIur,
https://www.peekvids.com/watch?v=3ixBfCl4NEe, https://www.peekvids.com/watch?v=uFnY3NKwNnF, https://www.peekvids.com/watch?v=C7gV2DSGbqp,
https://www.peekvids.com/watch?v=cimWodPPGWH, https://www.peekvids.com/watch?v=syb0ArOVeIV, https://www.peekvids.com/watch?v=uOySnkxz2kg,
https://www.peekvids.com/watch?v=BAxrJBs9IR5, https://www.peekvids.com/watch?v=u0B5iSVYOPv, https://www.peekvids.com/watch?v=8RNhw2pWbyg,
https://www.peekvids.com/watch?v=4gjzCcxc9CF, https://www.peekvids.com/watch?v=Yh2YUAeg5qR, https://www.peekvids.com/watch?v=ik3JbM7H-KE,
https://www.peekvids.com/watch?v=QzOOpk88iTh, https://www.peekvids.com/watch?v=ZHDUz30EN4d, https://www.peekvids.com/watch?v=QSHbJQrBfZd,
https://www.peekvids.com/watch?v=BAsaNv3J9Rt, https://www.peekvids.com/watch?v=DA7AJ047XcE, https://www.peekvids.com/watch?v=jYURqtgHcpe,
https://www.peekvids.com/watch?v=8NhV7lz5P4q, https://www.peekvids.com/watch?v=vE-5LBXjTSi, https://www.peekvids.com/watch?v=gCTKtoqF4v5,
https://www.peekvids.com/watch?v=YtG9NoJgPPT, https://www.peekvids.com/watch?v=6Kdce7MXp7Y, https://www.peekvids.com/watch?v=ygWFtjvdJmV,
https://www.peekvids.com/watch?v=7zbK7hIpayN, https://www.peekvids.com/watch?v=rrSJspcAkgN, https://www.peekvids.com/watch?v=fR8dTVWmJUP,
https://www.peekvids.com/watch?v=QTv7an0exv0, https://www.peekvids.com/watch?v=Cfe2wkFsnui, https://www.peekvids.com/watch?v=5dhBsHDmXVC,
https://www.peekvids.com/watch?v=mgPHyer97kI, https://www.peekvids.com/watch?v=H7dA-5iUdLr, https://www.peekvids.com/watch?v=wTTSm6jcOvU,
https://www.peekvids.com/watch?v=l8tOdSn4wGv, https://www.peekvids.com/watch?v=YgH-VlRXFSf, https://www.peekvids.com/watch?v=nRrw6O-LXw6,
https://www.peekvids.com/watch?v=hXOCM2svtlX, https://www.peekvids.com/watch?v=lraM06Btt7d, https://www.peekvids.com/watch?v=9u4Ia9DCa8-,
https://www.peekvids.com/watch?v=De8O76ly5kz, https://www.peekvids.com/watch?v=AiwaSnYqUK6, https://www.peekvids.com/watch?v=MnvLXQclLWC,
https://www.peekvids.com/watch?v=ga-kvWVTTPR, https://www.peekvids.com/watch?v=6xqo3DyPDXd, https://www.peekvids.com/watch?v=4n-T8ZdwhwW,
https://www.peekvids.com/watch?v=aXgSWKuWWHX, https://www.peekvids.com/watch?v=Zd2qV4DFglm, https://www.peekvids.com/watch?v=7RvbNelm7Hm,
https://www.peekvids.com/watch?v=3p3PoI2SDyZ, https://www.peekvids.com/watch?v=epYcPaHOVb6, https://www.peekvids.com/watch?v=yQ63HOerYFG,
https://www.peekvids.com/watch?v=IgROCGocvdk, https://www.peekvids.com/watch?v=ZXVLIbuFdW7, https://www.peekvids.com/watch?v=k4iDBHdg3pn,
https://www.peekvids.com/watch?v=gneSzwWARYI, https://www.peekvids.com/watch?v=ZccCxhbjsy3, https://www.peekvids.com/watch?v=uNiU09rBdqU,
https://www.peekvids.com/watch?v=zEvloMr2TpF, https://www.peekvids.com/watch?v=ADmPal4qCFo, https://www.peekvids.com/watch?v=Ndppb3bJXv-,
https://www.peekvids.com/watch?v=T4RCoI4I9rY, https://www.peekvids.com/watch?v=akZ5rjP26In, https://www.peekvids.com/watch?v=BW82pIeZljT,
https://www.peekvids.com/watch?v=ldxu2Kdx8d7, https://www.peekvids.com/watch?v=3D2vuhl8Yky, https://www.peekvids.com/watch?v=qGzTsWqXHnS,
https://www.peekvids.com/watch?v=i5Djfjk9K-B, https://www.peekvids.com/watch?v=sqNUsSaVuiJ, https://www.peekvids.com/watch?v=UaZPgAfb50P,
https://www.peekvids.com/watch?v=VjsWbVgSNxr, https://www.peekvids.com/watch?v=4aFJQA5ivfP, https://www.peekvids.com/watch?v=fUee0aWf3EQ,
https://www.peekvids.com/watch?v=HN263nmQm0j, https://www.peekvids.com/watch?v=QsG-zKsT63T, https://www.peekvids.com/watch?v=tnjpuwMyMwX,
https://www.peekvids.com/watch?v=QpMvxkrc4Mn, https://www.peekvids.com/watch?v=axHL3IZeyTS, https://www.peekvids.com/watch?v=W4yO5RrtNkR,
https://www.peekvids.com/watch?v=8oeG78II2wX, https://www.peekvids.com/watch?v=3vmxdkzP6qU, https://www.peekvids.com/watch?v=EOFoAj3oTxA,
https://www.peekvids.com/watch?v=qNjbrt3uP6p, https://www.peekvids.com/watch?v=fm7QfJIpbsK, https://www.peekvids.com/watch?v=9Dy0qsAAznz,
https://www.peekvids.com/watch?v=JEx6JdowPsN, https://www.peekvids.com/watch?v=U3ZPUIQC8i5, https://www.peekvids.com/watch?v=NmOw59dXwLC,
https://www.peekvids.com/watch?v=7OJVyWuwcx7, https://www.peekvids.com/watch?v=XEWxLDONr2I, https://www.peekvids.com/watch?v=ikjs0Ofcpvt,
https://www.peekvids.com/watch?v=EBoVxrF0Bow, https://www.peekvids.com/watch?v=MXI6R9nLfq5, https://www.peekvids.com/watch?v=OCbfDLXqGbB,
https://www.peekvids.com/watch?v=p4HHxEgAMC0, https://www.peekvids.com/watch?v=spqYP7tHpC8, https://www.peekvids.com/watch?v=BDw6-tUkuVk,
https://www.peekvids.com/watch?v=C9dCWb54kYU, https://www.peekvids.com/watch?v=HAT8kfWI3BJ, https://www.peekvids.com/watch?v=c9doFHtZE43,
https://www.peekvids.com/watch?v=Fwauo8sHET9, https://www.peekvids.com/watch?v=t0ETaobBlDd, https://www.peekvids.com/watch?v=f4EPc5Fnnv7,
https://www.peekvids.com/watch?v=rQiOZg0VIoL, https://www.peekvids.com/watch?v=c36TR7ALq90, https://www.peekvids.com/watch?v=Pv36vgVw7QT,
https://www.peekvids.com/watch?v=ZNDrmycRJ9h, https://www.peekvids.com/watch?v=AbyyhYzKIsN, https://www.peekvids.com/watch?v=MfDzzOdIrr0,
https://www.peekvids.com/watch?v=LQgUiX52eul, https://www.peekvids.com/watch?v=alR8IGw9R9V, https://www.peekvids.com/watch?v=wPW236fYFDF,
https://www.peekvids.com/watch?v=clLlFA2oiSQ, https://www.peekvids.com/watch?v=2wQ8rSAcDsI, https://www.peekvids.com/watch?v=6bqpqTsUHLp,
https://www.peekvids.com/watch?v=uPe-g6ghDjV, https://www.peekvids.com/watch?v=LpHiwVyJbFI, https://www.peekvids.com/watch?v=89wWY2hnBrI,
https://www.peekvids.com/watch?v=NuMGaBbwsxl, https://www.peekvids.com/watch?v=RVj9FssEeaM, https://www.peekvids.com/watch?v=tGF5EviCUoW,
https://www.peekvids.com/watch?v=mOXHBoGrBSE, https://www.peekvids.com/watch?v=jLyuW4Jv-Zf, https://www.peekvids.com/watch?v=synnYzPjx9m,
https://www.peekvids.com/watch?v=wGYUrqMUj79, https://www.peekvids.com/watch?v=t9sTJpoB5Al, https://www.peekvids.com/watch?v=0rrqMkCZkHn,
https://www.peekvids.com/watch?v=iyRTZoIb2TN, https://www.peekvids.com/watch?v=eF6YoSI4QLm, https://www.peekvids.com/watch?v=ZCfRRaAnGHH,
https://www.peekvids.com/watch?v=4OT4GV96smv, https://www.peekvids.com/watch?v=uzjAX9zehqq, https://www.peekvids.com/watch?v=hVtUq6yL56I,
https://www.peekvids.com/watch?v=qhwkbcKwSdk, https://www.peekvids.com/watch?v=ETNg7BMyzc0, https://www.peekvids.com/watch?v=yCrLaNXRWYt,
https://www.peekvids.com/watch?v=AD-4O7DyYo7, https://www.peekvids.com/watch?v=zXpJDxoUEAN, https://www.peekvids.com/watch?v=o5d8lJP7O9b,
https://www.peekvids.com/watch?v=R5lLJaZOkxx, https://www.peekvids.com/watch?v=4IjrhkXQp9o, https://www.peekvids.com/watch?v=bc2IQegtlgr,
https://www.peekvids.com/watch?v=3zdmXQhDd9m, https://www.peekvids.com/watch?v=gIosAYu8aPd, https://www.peekvids.com/watch?v=FZ9Fa-M6Vze,
https://www.peekvids.com/watch?v=OJmV64B5anZ, https://www.peekvids.com/watch?v=LZ7KQrsXEGk, https://www.peekvids.com/watch?v=0ndLMkmcnX6,
https://www.peekvids.com/watch?v=uajYTvBquMJ, https://www.peekvids.com/watch?v=GkShGhZ5QKw, https://www.peekvids.com/watch?v=WC2nCyk3zuy,
https://www.peekvids.com/watch?v=xSb64cx2Cvy, https://www.peekvids.com/watch?v=YYRZHyCnWvg, https://www.peekvids.com/watch?v=hQa6J9N-6TY,
https://www.peekvids.com/watch?v=N0BFsyJoVUk, https://www.peekvids.com/watch?v=oddNdiH9gyT, https://www.peekvids.com/watch?v=CD9ibNXRxFd,
https://www.peekvids.com/watch?v=499607KqhWz, https://www.peekvids.com/watch?v=-HbQnxH7vcB, https://www.peekvids.com/watch?v=UrEocGFOLR6,
https://www.peekvids.com/watch?v=WhkkU6Nztwr, https://www.peekvids.com/watch?v=Gp2uyWuGm9f, https://www.peekvids.com/watch?v=48jdQtYkGYc,
https://www.peekvids.com/watch?v=CZcE7fZwaZw, https://www.peekvids.com/watch?v=2d7ehLFQ5xQ, https://www.peekvids.com/watch?v=PADeHb-SxPT,
https://www.peekvids.com/watch?v=Oa4sSxxxZYY, https://www.peekvids.com/watch?v=t0MoIek5yNe, https://www.peekvids.com/watch?v=O3PaGmlUuxX,
https://www.peekvids.com/watch?v=snYKcx2qhZL
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bubaxxx
5.b. Uploader's email address: simpsonczchez@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bubaxxx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=SgAFkOaDVwQ, https://www.peekvids.com/watch?v=hc5Wohukyis,
https://www.peekvids.com/watch?v=SYGuwcfCDa2, https://www.peekvids.com/watch?v=ARaGDweLZcW, https://www.peekvids.com/watch?v=9yOv8y4pOq3,
https://www.peekvids.com/watch?v=lmBihYuavru, https://www.peekvids.com/watch?v=xAGRm5nXvKj, https://www.peekvids.com/watch?v=7TzOJ0Vsg99,
https://www.peekvids.com/watch?v=EF7F2BMQOPL, https://www.peekvids.com/watch?v=EvD-OqsXm9N, https://www.peekvids.com/watch?v=ifthx5eGK-M,
https://www.peekvids.com/watch?v=2hNBKr4XqX6, https://www.peekvids.com/watch?v=HUzwlSV4TUA, https://www.peekvids.com/watch?v=bTndzsofKRT,
https://www.peekvids.com/watch?v=zRJznWBp5KL, https://www.peekvids.com/watch?v=DijADXEh4-5, https://www.peekvids.com/watch?v=5xdgr7sTC5n,
https://www.peekvids.com/watch?v=Ddh6CIdGWXV, https://www.peekvids.com/watch?v=afe7qXpji89, https://www.peekvids.com/watch?v=4ucEOTmIpiC,
https://www.peekvids.com/watch?v=nsv8NqjVglL, https://www.peekvids.com/watch?v=wUJG6nFKQvh, https://www.peekvids.com/watch?v=GwFGPgGGcl4,
https://www.peekvids.com/watch?v=Wja-iVYYudi, https://www.peekvids.com/watch?v=QdiNUpt5MD6, https://www.peekvids.com/watch?v=gWwykxDI8A4,
https://www.peekvids.com/watch?v=GqeoN-JCYwr, https://www.peekvids.com/watch?v=UpTla0gBa8k, https://www.peekvids.com/watch?v=Bk3bkFY72iL,
https://www.peekvids.com/watch?v=7vxzu5mfJWB, https://www.peekvids.com/watch?v=nHSYe7qOUJw, https://www.peekvids.com/watch?v=2sSBdx94bHL,
https://www.peekvids.com/watch?v=XONgd-7tWlS, https://www.peekvids.com/watch?v=9fZvKVY9C-z, https://www.peekvids.com/watch?v=AkQeY6ATjo-,
https://www.peekvids.com/watch?v=Nm-usEKtPmA, https://www.peekvids.com/watch?v=KXw7umgm76i, https://www.peekvids.com/watch?v=UqdvMdnEm5R,
https://www.peekvids.com/watch?v=vqxwTx8bJMP, https://www.peekvids.com/watch?v=flfUNRK89kj, https://www.peekvids.com/watch?v=DPXYKq6TrTw,
https://www.peekvids.com/watch?v=XPO-nUfHFD5, https://www.peekvids.com/watch?v=4kQsJ3hauTK, https://www.peekvids.com/watch?v=jxhOE34q-E3,
https://www.peekvids.com/watch?v=5MkD63Mxnpb, https://www.peekvids.com/watch?v=03y0EPXK3W9, https://www.peekvids.com/watch?v=25BpbsiE7rA,
https://www.peekvids.com/watch?v=N9248-GSqM7, https://www.peekvids.com/watch?v=PHvRBh7JBg9, https://www.peekvids.com/watch?v=wHhzEEdY5ie,
https://www.peekvids.com/watch?v=Xudk6TMP6vz, https://www.peekvids.com/watch?v=QXQkD3U99C4, https://www.peekvids.com/watch?v=huOfFOMHLbk,
https://www.peekvids.com/watch?v=3M6KrhM-PZx, https://www.peekvids.com/watch?v=GziYyE48rp9, https://www.peekvids.com/watch?v=xaMV2ml0Vy5,
https://www.peekvids.com/watch?v=USPuDDt7CTe, https://www.peekvids.com/watch?v=qlVHAqFY8EX, https://www.peekvids.com/watch?v=tJuEm3CkEQB,
https://www.peekvids.com/watch?v=cx0sCkT2NXz, https://www.peekvids.com/watch?v=W5-KlBYRCTm, https://www.peekvids.com/watch?v=CwIOtDXVpAT,
https://www.peekvids.com/watch?v=ZHpUisodtB3, https://www.peekvids.com/watch?v=8s5y4XbNYqI, https://www.peekvids.com/watch?v=xpzXl3ysyes,
https://www.peekvids.com/watch?v=3ULCDoreBR6, https://www.peekvids.com/watch?v=B6Mr0SPZIJC, https://www.peekvids.com/watch?v=eC7SVLdlKqH,
https://www.peekvids.com/watch?v=zTzrvH3VJMC, https://www.peekvids.com/watch?v=jgAU8QyRo9s, https://www.peekvids.com/watch?v=ny5N-XI5Uap,
https://www.peekvids.com/watch?v=I-UI0Gb6Iap, https://www.peekvids.com/watch?v=gxvBUc0eIY-, https://www.peekvids.com/watch?v=2XG3EpCBNI4,
https://www.peekvids.com/watch?v=fLBalkFenIZ, https://www.peekvids.com/watch?v=KyNRIuarAzr, https://www.peekvids.com/watch?v=MZNQ8lc702v,
https://www.peekvids.com/watch?v=bmXxo84NToA, https://www.peekvids.com/watch?v=YeY0GZbKmwZ, https://www.peekvids.com/watch?v=8D8K0YFY8Xw,
https://www.peekvids.com/watch?v=kOuiMZaQmKD, https://www.peekvids.com/watch?v=0tor756MFnP, https://www.peekvids.com/watch?v=GKFIVon45oQ,
https://www.peekvids.com/watch?v=cRVTrLjGL3w, https://www.peekvids.com/watch?v=jcqEbbPwKYv, https://www.peekvids.com/watch?v=6xYnl7AubdX,
https://www.peekvids.com/watch?v=Whj5Ez-Sem7, https://www.peekvids.com/watch?v=zFVS9JEn-oD, https://www.peekvids.com/watch?v=JRPituJl-o2,
https://www.peekvids.com/watch?v=HesYEyDz6R7, https://www.peekvids.com/watch?v=gclLGgk2pJd, https://www.peekvids.com/watch?v=ZD8B6KQnVDm,
https://www.peekvids.com/watch?v=aae7u9SKo24, https://www.peekvids.com/watch?v=Vdps3GhtZ8D, https://www.peekvids.com/watch?v=ZxerSwkBn33,
https://www.peekvids.com/watch?v=67egZBykHGL, https://www.peekvids.com/watch?v=Em5BTfsshpI, https://www.peekvids.com/watch?v=Lo6LL7QLYny,
https://www.peekvids.com/watch?v=KWwE4S8lB-O, https://www.peekvids.com/watch?v=SQ3QYBh76ks, https://www.peekvids.com/watch?v=Lhf9wcGYfaO,
https://www.peekvids.com/watch?v=sG8ueICNIkI, https://www.peekvids.com/watch?v=FzxbDrrFJ7g, https://www.peekvids.com/watch?v=2LHPR3v5Wk8,

https://www.peekvids.com/watch?v=ksCRRhcBhgE, https://www.peekvids.com/watch?v=I7se9oM9EaD, https://www.peekvids.com/watch?v=9zcLsIxHBY2,
https://www.peekvids.com/watch?v=TLkM98tBr4g, https://www.peekvids.com/watch?v=b29QwCyqXkD, https://www.peekvids.com/watch?v=kswz70fHl8n,
https://www.peekvids.com/watch?v=FK4QTZhEsVI, https://www.peekvids.com/watch?v=PLqW5-TYGjz, https://www.peekvids.com/watch?v=dN9wdSfFZV9,
https://www.peekvids.com/watch?v=ZabnWS0578d, https://www.peekvids.com/watch?v=TgDHVCoBfaU, https://www.peekvids.com/watch?v=k66y4i966uf,
https://www.peekvids.com/watch?v=dgnmUI3Kjhd, https://www.peekvids.com/watch?v=QoGVhVGZ-mE, https://www.peekvids.com/watch?v=zFaAMreYQJZ,
https://www.peekvids.com/watch?v=FNZx2dL7bOW, https://www.peekvids.com/watch?v=wONYDt3HJWb, https://www.peekvids.com/watch?v=eSubuAT0hpY,
https://www.peekvids.com/watch?v=op0GKZde7Wk, https://www.peekvids.com/watch?v=2J0f9FLYuTW, https://www.peekvids.com/watch?v=ixzlu9pGMNk,
https://www.peekvids.com/watch?v=4SNG-8wVwaD, https://www.peekvids.com/watch?v=XHep-XYSXhC, https://www.peekvids.com/watch?v=3wVwrg4mq6b,
https://www.peekvids.com/watch?v=URMbNezRRq3, https://www.peekvids.com/watch?v=yed52xMenJh, https://www.peekvids.com/watch?v=nQyfZdyWUh5,
https://www.peekvids.com/watch?v=bDvOmmRZUHe, https://www.peekvids.com/watch?v=ptXVhyoMoN9, https://www.peekvids.com/watch?v=oJLAukt5uA9,
https://www.peekvids.com/watch?v=Ue4DW0IBnBn, https://www.peekvids.com/watch?v=c2d8dM4u4xP, https://www.peekvids.com/watch?v=h7GIOa0SKWb,
https://www.peekvids.com/watch?v=mwaOmdM879R, https://www.peekvids.com/watch?v=sXOYbeuR8Ay, https://www.peekvids.com/watch?v=c-6wzdg8Rz6,
https://www.peekvids.com/watch?v=AysHeCxGslh, https://www.peekvids.com/watch?v=mArHkd6A68h, https://www.peekvids.com/watch?v=r2zsBmmVMvI,
https://www.peekvids.com/watch?v=0Kd9liQuVWk, https://www.peekvids.com/watch?v=PkAZNpCjQrz, https://www.peekvids.com/watch?v=pUgqgUnMbd6,
https://www.peekvids.com/watch?v=or2NjKImGRZ, https://www.peekvids.com/watch?v=oeDDq9dJdVy, https://www.peekvids.com/watch?v=kuVKQGiSHuF,
https://www.peekvids.com/watch?v=RrAuhRv4kcq, https://www.peekvids.com/watch?v=EjIXUYcEfmQ, https://www.peekvids.com/watch?v=8KAjH35mRen,
https://www.peekvids.com/watch?v=-dvMiVuZcm3, https://www.peekvids.com/watch?v=5fSadt6jV3H, https://www.peekvids.com/watch?v=mwJWbA95rqV,
https://www.peekvids.com/watch?v=f2-iUWiaMVL, https://www.peekvids.com/watch?v=EM3ze9Alcjp, https://www.peekvids.com/watch?v=B29GqZEVQiL,
https://www.peekvids.com/watch?v=SmOLa3tm04-, https://www.peekvids.com/watch?v=KKpqHvbYN9z, https://www.peekvids.com/watch?v=FtcGdKWZzq0,
https://www.peekvids.com/watch?v=XVZcyXnKSHc, https://www.peekvids.com/watch?v=GDOshhUwp0L, https://www.peekvids.com/watch?v=Q0pbek7ptqq,
https://www.peekvids.com/watch?v=7sf2LITG7bV, https://www.peekvids.com/watch?v=8DoXb4hLTPN, https://www.peekvids.com/watch?v=ZNlTFAeLMYP,
https://www.peekvids.com/watch?v=S0qcIswSl7w, https://www.peekvids.com/watch?v=rAWwtPDsryJ, https://www.peekvids.com/watch?v=ibsZWI3SOnr,
https://www.peekvids.com/watch?v=jLzzAGDT3uh, https://www.peekvids.com/watch?v=6JgRSNMED9V, https://www.peekvids.com/watch?v=BHvJFhfivGN,
https://www.peekvids.com/watch?v=xREetCfdCVX, https://www.peekvids.com/watch?v=kE6imudmglh, https://www.peekvids.com/watch?v=e7NPVP5OhL2,
https://www.peekvids.com/watch?v=sQZwMpsKwXg, https://www.peekvids.com/watch?v=hplJORpHHq-, https://www.peekvids.com/watch?v=l2NYEXtXl5w,
https://www.peekvids.com/watch?v=a4-LfGoszKY, https://www.peekvids.com/watch?v=09czbYYVRUK, https://www.peekvids.com/watch?v=F3o648AVi-n,
https://www.peekvids.com/watch?v=0NtgQuhJEL9, https://www.peekvids.com/watch?v=fCGJEvtAoZz, https://www.peekvids.com/watch?v=-EtDBwEZV40,
https://www.peekvids.com/watch?v=8xPBsHVO8Au, https://www.peekvids.com/watch?v=oqkbDkN4X9N, https://www.peekvids.com/watch?v=6KyOz9eiRwk,
https://www.peekvids.com/watch?v=jDdF4tGFzV4, https://www.peekvids.com/watch?v=yzWOyWafMwh, https://www.peekvids.com/watch?v=-qC7VuObWxt,
https://www.peekvids.com/watch?v=BLBRjM2pRKA, https://www.peekvids.com/watch?v=MSOBerLi5ec, https://www.peekvids.com/watch?v=65lRabpboYZ,
https://www.peekvids.com/watch?v=-ryPZU9RG0l, https://www.peekvids.com/watch?v=z0DlQR0jtJr, https://www.peekvids.com/watch?v=rn4HHkYqk50,
https://www.peekvids.com/watch?v=Eh4vaSeeTqs, https://www.peekvids.com/watch?v=mq-v7gzHl6E, https://www.peekvids.com/watch?v=3nDdGt0Acs0,
https://www.peekvids.com/watch?v=CzVV22ZtNNR, https://www.peekvids.com/watch?v=m2eYSlKfBfX, https://www.peekvids.com/watch?v=pTunTINpO2I,
https://www.peekvids.com/watch?v=TiDchRXNKuM, https://www.peekvids.com/watch?v=Bbmfnhw-TsK, https://www.peekvids.com/watch?v=mW3XKFzzF0B,
https://www.peekvids.com/watch?v=8VYptJ5qaos, https://www.peekvids.com/watch?v=Y4ETKbtqYV8, https://www.peekvids.com/watch?v=wKGA0gUROcZ,
https://www.peekvids.com/watch?v=hGQY3zQ-bGS, https://www.peekvids.com/watch?v=KsGvW5RA2oP, https://www.peekvids.com/watch?v=sZ77E-nHOTK,
https://www.peekvids.com/watch?v=0O24lkULncB, https://www.peekvids.com/watch?v=TpfQlO2FCXG, https://www.peekvids.com/watch?v=cN2hlEcCkij,
https://www.peekvids.com/watch?v=pOZrOE-95vk, https://www.peekvids.com/watch?v=x6dlyYFmcq6, https://www.peekvids.com/watch?v=OYVKIltaCri,
https://www.peekvids.com/watch?v=k-M--IR40FB, https://www.peekvids.com/watch?v=nU0jFow-pSl, https://www.peekvids.com/watch?v=AKlHpujc749,
https://www.peekvids.com/watch?v=2GeV-SXkO2J, https://www.peekvids.com/watch?v=nwbrsai-ZKx, https://www.peekvids.com/watch?v=mDp36KnQJOu,
https://www.peekvids.com/watch?v=t3y29bfV7Bk, https://www.peekvids.com/watch?v=WOfoJhXiYaF, https://www.peekvids.com/watch?v=dmZyXQ-NBog,
https://www.peekvids.com/watch?v=b0RdUu0f-4r, https://www.peekvids.com/watch?v=IWZto4-ceqk, https://www.peekvids.com/watch?v=zYqY3-CKGAb,
https://www.peekvids.com/watch?v=Ft2kMQfbnss, https://www.peekvids.com/watch?v=KGQ0KKzGx59, https://www.peekvids.com/watch?v=w9uEC3rA5VR,
https://www.peekvids.com/watch?v=0S5ogIpaOma, https://www.peekvids.com/watch?v=fVzvoobw4A8, https://www.peekvids.com/watch?v=Me7lPIj94kv,
https://www.peekvids.com/watch?v=xGt43UKmXwi, https://www.peekvids.com/watch?v=uj3lpH284tN, https://www.peekvids.com/watch?v=Mgr8hNXVjYf,
https://www.peekvids.com/watch?v=ZqHRvcuYCn9, https://www.peekvids.com/watch?v=obhUrq640YK, https://www.peekvids.com/watch?v=aJeWNRznYfS,
https://www.peekvids.com/watch?v=Kv6JOL7qt-b, https://www.peekvids.com/watch?v=Wco4hKvR4Sp, https://www.peekvids.com/watch?v=JkfapVWVRiT,
https://www.peekvids.com/watch?v=xsQvJ-UYiUp, https://www.peekvids.com/watch?v=Yr2G3VwmcHw, https://www.peekvids.com/watch?v=WEwKmYzJKfV,
https://www.peekvids.com/watch?v=d-gcxlMOvW8, https://www.peekvids.com/watch?v=Ov-AQBafCKw, https://www.peekvids.com/watch?v=TEuuBTiPrnB,
https://www.peekvids.com/watch?v=5FtYiaThCuU, https://www.peekvids.com/watch?v=EccG0duAtAn, https://www.peekvids.com/watch?v=MSMqqMvamoP,
https://www.peekvids.com/watch?v=XSiEvJeH4db, https://www.peekvids.com/watch?v=65E3cCLutbK, https://www.peekvids.com/watch?v=CLUlA2pzx0O,
https://www.peekvids.com/watch?v=DGP4siX6EMd, https://www.peekvids.com/watch?v=pnAdtjaUrQz, https://www.peekvids.com/watch?v=kK7v6aJcpSK,
https://www.peekvids.com/watch?v=8YtUZC-ircB, https://www.peekvids.com/watch?v=ozPhiKMlkMN, https://www.peekvids.com/watch?v=-OhcjtiHVSl,
https://www.peekvids.com/watch?v=jEywzoiwB3x, https://www.peekvids.com/watch?v=Q0P92adnWVp, https://www.peekvids.com/watch?v=tZLrlYfr2hh,
https://www.peekvids.com/watch?v=REbv5yp3Bkp, https://www.peekvids.com/watch?v=p-5k5eF3Wbw, https://www.peekvids.com/watch?v=KHUH2hOs2Gp,
https://www.peekvids.com/watch?v=7CMQjzbFgj9, https://www.peekvids.com/watch?v=DUKpeamjt5-, https://www.peekvids.com/watch?v=fGG5Orjozc8,
https://www.peekvids.com/watch?v=UcYNW9DS2R8, https://www.peekvids.com/watch?v=8hvqi7uIAwH, https://www.peekvids.com/watch?v=iHsa7dENw05,
https://www.peekvids.com/watch?v=4mRzxBSnuOY, https://www.peekvids.com/watch?v=Av9taOUrfPt, https://www.peekvids.com/watch?v=PTiYQQAHlZp,
https://www.peekvids.com/watch?v=HRxeLh2cy5n, https://www.peekvids.com/watch?v=5QFpk7cUiMA, https://www.peekvids.com/watch?v=m3glIgCKSQG,
https://www.peekvids.com/watch?v=xOlY9COo0jX, https://www.peekvids.com/watch?v=HTEM6AN5ieG, https://www.peekvids.com/watch?v=NjWvhMNeUCS,
https://www.peekvids.com/watch?v=gQqZA7q5fWO, https://www.peekvids.com/watch?v=HU8Ljka8nlu, https://www.peekvids.com/watch?v=jVHWwTB4BbE,
https://www.peekvids.com/watch?v=4pSTsRycZxd, https://www.peekvids.com/watch?v=gtuce8p0jl9, https://www.peekvids.com/watch?v=WpdIii5EsoS,
https://www.peekvids.com/watch?v=vOlV22WlvAA, https://www.peekvids.com/watch?v=IAPul5f9ODD, https://www.peekvids.com/watch?v=FJY6sndx7cH,
https://www.peekvids.com/watch?v=7VExkglw-Wl, https://www.peekvids.com/watch?v=QQssrSfDJuI, https://www.peekvids.com/watch?v=fipVtBd4h0Q,
https://www.peekvids.com/watch?v=makefeWlm82, https://www.peekvids.com/watch?v=OfBVY55KUL0, https://www.peekvids.com/watch?v=i53E4HY5l3h,
https://www.peekvids.com/watch?v=YdWxYMMF8eZ, https://www.peekvids.com/watch?v=kLrXbzkZvOe, https://www.peekvids.com/watch?v=JArVQYMNS7q,
https://www.peekvids.com/watch?v=gid-4zl67Ix, https://www.peekvids.com/watch?v=3eBgC3sLX5S, https://www.peekvids.com/watch?v=frXtIerNQjs,
https://www.peekvids.com/watch?v=5vWsWkAuMq-, https://www.peekvids.com/watch?v=lGs8sKtWHUS, https://www.peekvids.com/watch?v=-EGBvl2F8vI,
https://www.peekvids.com/watch?v=uXv2EWQfhYx, https://www.peekvids.com/watch?v=MM4zTer9KMz, https://www.peekvids.com/watch?v=Uxw8evmh9aG,
https://www.peekvids.com/watch?v=XA3ZXIL0PBQ, https://www.peekvids.com/watch?v=B0ymhlBviT9, https://www.peekvids.com/watch?v=bhNXiNpX2yh,
https://www.peekvids.com/watch?v=CGnI-X5fiBZ, https://www.peekvids.com/watch?v=PF40jJQvisI, https://www.peekvids.com/watch?v=27D3QLvavN2,
https://www.peekvids.com/watch?v=Gr0piDs90lI, https://www.peekvids.com/watch?v=oWTSFLzDhSY, https://www.peekvids.com/watch?v=qxtDiphZ4rS,
https://www.peekvids.com/watch?v=WkZHYhdQkxW, https://www.peekvids.com/watch?v=tsU6cAABtmb, https://www.peekvids.com/watch?v=F-CG6vlBkfG,
https://www.peekvids.com/watch?v=GHATgYT7h6Y, https://www.peekvids.com/watch?v=oxWoL7-0jiW, https://www.peekvids.com/watch?v=nczZgnwZucv,
https://www.peekvids.com/watch?v=c6HCiISPdvC, https://www.peekvids.com/watch?v=ricItS3DKJQ, https://www.peekvids.com/watch?v=62tTrq4URHW,
https://www.peekvids.com/watch?v=7NpBgkYx7Tu, https://www.peekvids.com/watch?v=e27GVXUlNJX, https://www.peekvids.com/watch?v=kx2SiKvkysf,
https://www.peekvids.com/watch?v=LS3XkEHJGJV, https://www.peekvids.com/watch?v=O-CLvaO89BH, https://www.peekvids.com/watch?v=yFaza6p75Qq,
https://www.peekvids.com/watch?v=cZdQJ6Ed9bY, https://www.peekvids.com/watch?v=YhmfohIJ2qt, https://www.peekvids.com/watch?v=5SuHG2aE2mO,
https://www.peekvids.com/watch?v=8YCvyNA3UGK, https://www.peekvids.com/watch?v=i-xkGImOvy8, https://www.peekvids.com/watch?v=Wy4xgjXBJzB,
https://www.peekvids.com/watch?v=N6TX7SweS0g, https://www.peekvids.com/watch?v=STD720AZttG, https://www.peekvids.com/watch?v=NoLZGr3O8Zv,
https://www.peekvids.com/watch?v=x8wFXpWGDH4, https://www.peekvids.com/watch?v=FMG7FaGwxPO, https://www.peekvids.com/watch?v=eReGfcq8juZ,
https://www.peekvids.com/watch?v=OrCfrTmeL9q, https://www.peekvids.com/watch?v=-wUNh7bOduE, https://www.peekvids.com/watch?v=IlazkPOwUDd,
https://www.peekvids.com/watch?v=WxRptp8Msrc, https://www.peekvids.com/watch?v=fV2Q3YfcYZB, https://www.peekvids.com/watch?v=xbKvVw4VtDy,
https://www.peekvids.com/watch?v=XL6eLkVtq7b, https://www.peekvids.com/watch?v=6AMiC0RABwX, https://www.peekvids.com/watch?v=kEdE9-iyBLp,
https://www.peekvids.com/watch?v=TAIF8wRSKTf, https://www.peekvids.com/watch?v=SJak-FaE7EW, https://www.peekvids.com/watch?v=8spUytIjhAP,
https://www.peekvids.com/watch?v=A8D337a6JZB, https://www.peekvids.com/watch?v=zf47IddCY9C, https://www.peekvids.com/watch?v=3WLyZiVoumM,
https://www.peekvids.com/watch?v=LqIynqUr-Ly, https://www.peekvids.com/watch?v=fd9sU8JF3xS, https://www.peekvids.com/watch?v=RkCMC9cUyTP,
https://www.peekvids.com/watch?v=Hi8ievnVLRs, https://www.peekvids.com/watch?v=KL4kzaiSaAx, https://www.peekvids.com/watch?v=c60ZmKr0Vcz,
https://www.peekvids.com/watch?v=FHP6-iajbAp, https://www.peekvids.com/watch?v=zgN9c7rIThM, https://www.peekvids.com/watch?v=EILDyWbRwL5,
https://www.peekvids.com/watch?v=QVahnYe2zmM, https://www.peekvids.com/watch?v=rFhaPELXzzd, https://www.peekvids.com/watch?v=7rRtZVyW0vS,
https://www.peekvids.com/watch?v=mELYFrEkNz3, https://www.peekvids.com/watch?v=7CaW7zQBDF6, https://www.peekvids.com/watch?v=bmkLIua2AcM,
https://www.peekvids.com/watch?v=zVkM0VLhqJb, https://www.peekvids.com/watch?v=7CkM35oIp8v, https://www.peekvids.com/watch?v=8-xYqQuGmjf,
https://www.peekvids.com/watch?v=mYW-X9SJQOy, https://www.peekvids.com/watch?v=xTMcPmLJK6P, https://www.peekvids.com/watch?v=MSF6-Hbjtrv,
https://www.peekvids.com/watch?v=tQK38zgRu0v, https://www.peekvids.com/watch?v=6TeGLkqvrdf, https://www.peekvids.com/watch?v=5Y7JdfFPcy-,
https://www.peekvids.com/watch?v=yRCxSHYF9Oa, https://www.peekvids.com/watch?v=6DsutzHPo3S, https://www.peekvids.com/watch?v=xFOfyiP9YSy,
https://www.peekvids.com/watch?v=PeWe--evbfP, https://www.peekvids.com/watch?v=yF55BwTuoTC, https://www.peekvids.com/watch?v=f0-u7EcWH-G,
https://www.peekvids.com/watch?v=URD-8WzsXDl, https://www.peekvids.com/watch?v=9beDONRxiZF, https://www.peekvids.com/watch?v=tRmhE3KJqFn,
https://www.peekvids.com/watch?v=PtuAfUL6sQ7, https://www.peekvids.com/watch?v=jOQXSApBN5-, https://www.peekvids.com/watch?v=A8e4XAJmciZ,
https://www.peekvids.com/watch?v=xFZsOG9obSD, https://www.peekvids.com/watch?v=GtcQIfq6LOX, https://www.peekvids.com/watch?v=YeWKDsmb3As,
https://www.peekvids.com/watch?v=H7qSn5hUje4, https://www.peekvids.com/watch?v=s2fDP4vbcIs, https://www.peekvids.com/watch?v=rOJGKDm26Z7,
https://www.peekvids.com/watch?v=boVXO7bft00, https://www.peekvids.com/watch?v=HYamZyrhAoO, https://www.peekvids.com/watch?v=DMHhXyykmEN,
https://www.peekvids.com/watch?v=OjEHs3YFb0u, https://www.peekvids.com/watch?v=M8fUpy5shyC, https://www.peekvids.com/watch?v=hFN5KxWhGK5,
https://www.peekvids.com/watch?v=LkuP7FHACWL, https://www.peekvids.com/watch?v=6sTRDVH6nE0, https://www.peekvids.com/watch?v=sAuxcUEcJIB,
https://www.peekvids.com/watch?v=KI2-RirbqRX, https://www.peekvids.com/watch?v=wp2X0hNd2B6, https://www.peekvids.com/watch?v=fLczVTJQYBU,
https://www.peekvids.com/watch?v=tSPcV8c-4FM, https://www.peekvids.com/watch?v=neeYw5Jyuek, https://www.peekvids.com/watch?v=pT9cE6YHMRN,
https://www.peekvids.com/watch?v=aF0-wUtgKoa, https://www.peekvids.com/watch?v=XFIO75-GHSC, https://www.peekvids.com/watch?v=GOXkeQDmmbU,
https://www.peekvids.com/watch?v=FVW34MyFmYu, https://www.peekvids.com/watch?v=NS-lC4QH93n, https://www.peekvids.com/watch?v=kA4HrwfxHZv,
https://www.peekvids.com/watch?v=Ur-WNO77oug, https://www.peekvids.com/watch?v=Jctlr6jVUyd, https://www.peekvids.com/watch?v=iTVMPqzrWny,
https://www.peekvids.com/watch?v=wnDuPAJT5mm, https://www.peekvids.com/watch?v=ZpyUHdEoYon, https://www.peekvids.com/watch?v=Mq6F2BwwMlU,
https://www.peekvids.com/watch?v=vz34uyf3eqU, https://www.peekvids.com/watch?v=HglPsGNc724, https://www.peekvids.com/watch?v=FwNBx87lwam,
https://www.peekvids.com/watch?v=phTnqfnXoHL, https://www.peekvids.com/watch?v=hNmct5ARQQr, https://www.peekvids.com/watch?v=Sdt-NaydhxF,
https://www.peekvids.com/watch?v=iuybrYi-i9u, https://www.peekvids.com/watch?v=A5YhdoiJurH, https://www.peekvids.com/watch?v=MoAGk-JoCxn,
https://www.peekvids.com/watch?v=P8K3JPpjErR, https://www.peekvids.com/watch?v=wWNh4kH59b5, https://www.peekvids.com/watch?v=Fm2uNLKBiXP,
https://www.peekvids.com/watch?v=AgwjDG9viaa, https://www.peekvids.com/watch?v=qNsLro0fKwR, https://www.peekvids.com/watch?v=Qmtrjc6AUh6,
https://www.peekvids.com/watch?v=QNqfEkHxPu7, https://www.peekvids.com/watch?v=rlWTQ-S3k55, https://www.peekvids.com/watch?v=kw995KQHaRW,
https://www.peekvids.com/watch?v=p3zlgcZB8tb, https://www.peekvids.com/watch?v=ax5TZoo0kk8, https://www.peekvids.com/watch?v=6uZtQAca6Ts,
https://www.peekvids.com/watch?v=TWVFPtGs8nM, https://www.peekvids.com/watch?v=tfBWY782GfK, https://www.peekvids.com/watch?v=aLlbtPpzrqX,
https://www.peekvids.com/watch?v=YbCh3tVQNUj, https://www.peekvids.com/watch?v=-SjtF36xnEY
5.f. Date of third notice: 2015-03-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bustyass
5.b. Uploader's email address: manahjhyffo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=bustyass
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=A9aVSxdfbj8, https://www.peekvids.com/watch?v=FR5PjuxNDfK,
https://www.peekvids.com/watch?v=d2o3avGq6iG, https://www.peekvids.com/watch?v=c8PQLTVZnZ8, https://www.peekvids.com/watch?v=J9Sg8USVoIz,
https://www.peekvids.com/watch?v=3VvAPb-Zdfu, https://www.peekvids.com/watch?v=gOnIX4yp_ts, https://www.peekvids.com/watch?v=us3btl-mVrR,
https://www.peekvids.com/watch?v=bp_xp8IxegF, https://www.peekvids.com/watch?v=Cu5f4VuvLE6, https://www.peekvids.com/watch?v=O9aTIX80550,
https://www.peekvids.com/watch?v=L04bE5zRr18, https://www.peekvids.com/watch?v=kB8zJghO6G0, https://www.peekvids.com/watch?v=xgMvoNgpUql,
https://www.peekvids.com/watch?v=w1IxOMkj1NW, https://www.peekvids.com/watch?v=eTFD6z2iagH, https://www.peekvids.com/watch?v=o5SD3xk0FoR,
https://www.peekvids.com/watch?v=WUjeUbQzyxy, https://www.peekvids.com/watch?v=NFg1crG6DVz, https://www.peekvids.com/watch?v=XdvLjTg40x6,
https://www.peekvids.com/watch?v=q3kS72ncAAp, https://www.peekvids.com/watch?v=TpPnDAyYw_F, https://www.peekvids.com/watch?v=QhlVZlIGomt,
https://www.peekvids.com/watch?v=HkBbl9s4tOm, https://www.peekvids.com/watch?v=ZW4hBW-dq4V, https://www.peekvids.com/watch?v=52ayhAroVTt,
https://www.peekvids.com/watch?v=wa2QWqVGZvB, https://www.peekvids.com/watch?v=uv30eZRweXB, https://www.peekvids.com/watch?v=WRIy5Ok_HBD,
https://www.peekvids.com/watch?v=hXZ34fZW6tW, https://www.peekvids.com/watch?v=KOjnuYyqoZq, https://www.peekvids.com/watch?v=ccs84BTO-oh,
https://www.peekvids.com/watch?v=iqWgAv7dzAu, https://www.peekvids.com/watch?v=XRM-SihAADY, https://www.peekvids.com/watch?v=mRVYZTeBwEI,

https://www.peekvids.com/watch?v=clicyTNOcgi, https://www.peekvids.com/watch?v=4Bjypcm89yt, https://www.peekvids.com/watch?v=A4-lh872IPm, https://www.peekvids.com/watch?v=bcb9i4r9J9F, https://www.peekvids.com/watch?v=6CseY-2HJkE, https://www.peekvids.com/watch?v=bBmMJzURlpg, https://www.peekvids.com/watch?v=ruGXFpwMgQL, https://www.peekvids.com/watch?v=9aSUma71gqu, https://www.peekvids.com/watch?v=kdlk7_A8V90, https://www.peekvids.com/watch?v=IGxiBYLfpGt, https://www.peekvids.com/watch?v=x7o675zh7xk, https://www.peekvids.com/watch?v=Ur1uIqv85Pw, https://www.peekvids.com/watch?v=kGpZLfU3W8I, https://www.peekvids.com/watch?v=eh_Ce_AmL1S, https://www.peekvids.com/watch?v=RUdD30W5gnG, https://www.peekvids.com/watch?v=P-AE29fqa8m, https://www.peekvids.com/watch?v=fQIlQfD0KBu, https://www.peekvids.com/watch?v=7fXb_aZtp4L, https://www.peekvids.com/watch?v=E8TIyb9h4yK, https://www.peekvids.com/watch?v=v_nIW4z8UXd
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cafrbr
5.b. Uploader's email address: misstogomister@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cafrbr
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=m78TdIhUsVT, https://www.peekvids.com/watch?v=zVnrueCVvk0, https://www.peekvids.com/watch?v=2avoPaAwW8d, https://www.peekvids.com/watch?v=zVAlFbMlICx, https://www.peekvids.com/watch?v=oQ3ES5q2No8, https://www.peekvids.com/watch?v=Lmt-_a6CkW8, https://www.peekvids.com/watch?v=Plz739GFZsD, https://www.peekvids.com/watch?v=H37g_eh2-fw, https://www.peekvids.com/watch?v=q6kizD3rkE7, https://www.peekvids.com/watch?v=sM1JJn1X9TM, https://www.peekvids.com/watch?v=UZIo5P6lak9, https://www.peekvids.com/watch?v=R6dZ9PC2U-l, https://www.peekvids.com/watch?v=0PkC-E_Lz83, https://www.peekvids.com/watch?v=XcqvgmIvNUb, https://www.peekvids.com/watch?v=FZr6YFa-hFu, https://www.peekvids.com/watch?v=oI5qGZSIYE8, https://www.peekvids.com/watch?v=OyuKU7eGyNb, https://www.peekvids.com/watch?v=NHG4pn2h9vl, https://www.peekvids.com/watch?v=St2eT4jOzhS, https://www.peekvids.com/watch?v=AMUuw42xIlB, https://www.peekvids.com/watch?v=swcD-BSmOeD, https://www.peekvids.com/watch?v=nzN13l8Fndl, https://www.peekvids.com/watch?v=KuQXSLtmen8, https://www.peekvids.com/watch?v=DTbZdv9dR6N, https://www.peekvids.com/watch?v=zuTbNijcc0q, https://www.peekvids.com/watch?v=nK1Pcp599J4, https://www.peekvids.com/watch?v=QPFmUuIvKn7, https://www.peekvids.com/watch?v=ykaz3BjZdYB, https://www.peekvids.com/watch?v=bKol1XqzwKp, https://www.peekvids.com/watch?v=5qVcbh7iNdR, https://www.peekvids.com/watch?v=l_hRPUgP3N7, https://www.peekvids.com/watch?v=Xpa9XK0VRLd, https://www.peekvids.com/watch?v=8hdpSbTWZK7, https://www.peekvids.com/watch?v=du-PmjtQApX, https://www.peekvids.com/watch?v=tTqZBQF5v8f, https://www.peekvids.com/watch?v=fBMnJNSHr2o, https://www.peekvids.com/watch?v=ehmqJmoE5-8, https://www.peekvids.com/watch?v=qWhSGItB1ZN, https://www.peekvids.com/watch?v=BvCGnHRTNnF, https://www.peekvids.com/watch?v=VP9ASh9I_zS, https://www.peekvids.com/watch?v=xrEPWUvmNcT, https://www.peekvids.com/watch?v=xGFjH177Lsi, https://www.peekvids.com/watch?v=tCHoXb2mNwC, https://www.peekvids.com/watch?v=GwPGxJvZ5GR, https://www.peekvids.com/watch?v=9ZvsChULhc4, https://www.peekvids.com/watch?v=KKD116ZLzG5, https://www.peekvids.com/watch?v=YYevLd_Fdna, https://www.peekvids.com/watch?v=vZZw3mXPnIZ, https://www.peekvids.com/watch?v=PR48_JH5VW7, https://www.peekvids.com/watch?v=0IFV0VhOGZS, https://www.peekvids.com/watch?v=2S1FCuVB9Mv, https://www.peekvids.com/watch?v=Wl37RvYEdEj, https://www.peekvids.com/watch?v=ADXNpM99ztM, https://www.peekvids.com/watch?v=rT__Usb_F40, https://www.peekvids.com/watch?v=9glAEsk-VNV, https://www.peekvids.com/watch?v=VxktOIrO7S3, https://www.peekvids.com/watch?v=InlYg-EPWDT, https://www.peekvids.com/watch?v=D3iUgDzL0HO, https://www.peekvids.com/watch?v=KlG5zYq-P8y, https://www.peekvids.com/watch?v=Fya1HZsf55r, https://www.peekvids.com/watch?v=w4NcP6z_FkN, https://www.peekvids.com/watch?v=2PcnAbANopc, https://www.peekvids.com/watch?v=Lxv6BI9u1zk, https://www.peekvids.com/watch?v=zoLNGccPcco, https://www.peekvids.com/watch?v=rBbHLqKE7MQ, https://www.peekvids.com/watch?v=lIGMZf4bQ1M, https://www.peekvids.com/watch?v=EWUtch_MGZG, https://www.peekvids.com/watch?v=ft1AHDIyAKx, https://www.peekvids.com/watch?v=4blFK8YE2Hk, https://www.peekvids.com/watch?v=BmBsp3nB7Ks, https://www.peekvids.com/watch?v=P4txj1gE5j4, https://www.peekvids.com/watch?v=iZuq4lqyDVG, https://www.peekvids.com/watch?v=zJFXEnQrl38, https://www.peekvids.com/watch?v=m6YPnZP3sJB, https://www.peekvids.com/watch?v=Hk01JRbPqFp, https://www.peekvids.com/watch?v=z9jjlXE_HLn, https://www.peekvids.com/watch?v=L78BqfjRTpP, https://www.peekvids.com/watch?v=kUNRQP9Np-C, https://www.peekvids.com/watch?v=FQzVVQ2EDGE, https://www.peekvids.com/watch?v=Q9hRMxtNop8, https://www.peekvids.com/watch?v=3T5sQKbsDrW, https://www.peekvids.com/watch?v=V1QqJ1bQ5yU, https://www.peekvids.com/watch?v=PpeNxaImF9J, https://www.peekvids.com/watch?v=SBuEUQ--KtA, https://www.peekvids.com/watch?v=UhZ-0Tei0hH, https://www.peekvids.com/watch?v=sRlEYiEeOeG, https://www.peekvids.com/watch?v=elc4h-d8KBP, https://www.peekvids.com/watch?v=AOPLYDDwet3
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cantogether
5.b. Uploader's email address: mihacobzev147@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cantogether
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dZUUkj799md, https://www.peekvids.com/watch?v=Soy32YXBPWv, https://www.peekvids.com/watch?v=t_lU2F3Jd54, https://www.peekvids.com/watch?v=F36rC3ewDgw, https://www.peekvids.com/watch?v=iA6xqMadrUt, https://www.peekvids.com/watch?v=nTRW3nZ4IAR, https://www.peekvids.com/watch?v=yS7dc0EmlOp, https://www.peekvids.com/watch?v=SpQ0bZ5a7hF, https://www.peekvids.com/watch?v=7wFLc2bSqWj, https://www.peekvids.com/watch?v=ENkxR2BnCKS, https://www.peekvids.com/watch?v=N6chEfj5K00, https://www.peekvids.com/watch?v=oEp_trHMdu7, https://www.peekvids.com/watch?v=HHxXhzv0nZC, https://www.peekvids.com/watch?v=HWvNNHMQqqA, https://www.peekvids.com/watch?v=4M3jHXY-E1n, https://www.peekvids.com/watch?v=J7UDGFvApsQ, https://www.peekvids.com/watch?v=vWyii7K15QK, https://www.peekvids.com/watch?v=MrflCa1xaSJ, https://www.peekvids.com/watch?v=HC6s91nodYD, https://www.peekvids.com/watch?v=0VkCBvUuB3V, https://www.peekvids.com/watch?v=czp-R43avAb, https://www.peekvids.com/watch?v=MVD60_8R6QT, https://www.peekvids.com/watch?v=FoxBGz0o8fg, https://www.peekvids.com/watch?v=2vm4CVjXMLW, https://www.peekvids.com/watch?v=jq1QEOGcTOF, https://www.peekvids.com/watch?v=F1ZmPP6BdtA, https://www.peekvids.com/watch?v=ou2JMAojbaq, https://www.peekvids.com/watch?v=fEJ7keIUA7c, https://www.peekvids.com/watch?v=8JO8u_Yphws, https://www.peekvids.com/watch?v=AnMY0zIedQd, https://www.peekvids.com/watch?v=BCeyAKCu7rh, https://www.peekvids.com/watch?v=2-dYPxyW49H, https://www.peekvids.com/watch?v=NBqpgCHVTAs, https://www.peekvids.com/watch?v=m7hveQCw4PJ, https://www.peekvids.com/watch?v=8HK-vYKQwOI, https://www.peekvids.com/watch?v=6YJSqbaSA4o, https://www.peekvids.com/watch?v=dXTKhaVHGg7, https://www.peekvids.com/watch?v=Sada4MFXmw3, https://www.peekvids.com/watch?v=6nX2ers63JE, https://www.peekvids.com/watch?v=oev2dXAvinf, https://www.peekvids.com/watch?v=Wxyj6Vz6_Gu, https://www.peekvids.com/watch?v=oHfl1gCTK8R, https://www.peekvids.com/watch?v=6ukqaxbE54D, https://www.peekvids.com/watch?v=IIk-vVuWACJ, https://www.peekvids.com/watch?v=faLC2N8akRT, https://www.peekvids.com/watch?v=Q8aIdFuEhx4, https://www.peekvids.com/watch?v=dzzA4BqtrXZ, https://www.peekvids.com/watch?v=yGkck7hodw8, https://www.peekvids.com/watch?v=VClyZeeOunU, https://www.peekvids.com/watch?v=zPJXTz-c880, https://www.peekvids.com/watch?v=sgo8UUuxMfH, https://www.peekvids.com/watch?v=J3mqKTsp6VH, https://www.peekvids.com/watch?v=W0RQhAnw9OA, https://www.peekvids.com/watch?v=Wv2QxvJwYCf, https://www.peekvids.com/watch?v=k6WQ4TYog_F, https://www.peekvids.com/watch?v=0BNwxGNUcUw, https://www.peekvids.com/watch?v=ESIycE8tgQo, https://www.peekvids.com/watch?v=QL3CT3xfnGn, https://www.peekvids.com/watch?v=BCnIBYF208V, https://www.peekvids.com/watch?v=T87cUKvOC4B, https://www.peekvids.com/watch?v=DqltGEl9x6l, https://www.peekvids.com/watch?v=ovg2tqw455S, https://www.peekvids.com/watch?v=rVAkIdGzFUM, https://www.peekvids.com/watch?v=P4WFyQWsQkc, https://www.peekvids.com/watch?v=3aWi34mSwkI, https://www.peekvids.com/watch?v=b6gWxGKZupl, https://www.peekvids.com/watch?v=j5HNvRHDUJn, https://www.peekvids.com/watch?v=MM9IsL4ElEg, https://www.peekvids.com/watch?v=5xCrEfevfPA, https://www.peekvids.com/watch?v=6DoJSaGBF-K, https://www.peekvids.com/watch?v=owIPjPerCKG, https://www.peekvids.com/watch?v=bmC1DdnaT6N, https://www.peekvids.com/watch?v=L2_YvaVnA7m, https://www.peekvids.com/watch?v=iA1YMrRXHXs, https://www.peekvids.com/watch?v=CGWG9JgqwlI, https://www.peekvids.com/watch?v=COF0TbSkiVa, https://www.peekvids.com/watch?v=TOhTLlXqLAg, https://www.peekvids.com/watch?v=HQeJEGhnQLi, https://www.peekvids.com/watch?v=wpmBt3YiTbK, https://www.peekvids.com/watch?v=xHVmqJPan19, https://www.peekvids.com/watch?v=KshPxZGEHpn, https://www.peekvids.com/watch?v=0ePwNfj88Ru, https://www.peekvids.com/watch?v=nQtammO9Iaw, https://www.peekvids.com/watch?v=bmMleM8KF9x, https://www.peekvids.com/watch?v=rGSZXhJIjKy, https://www.peekvids.com/watch?v=w5KNTtXLJn9, https://www.peekvids.com/watch?v=tSkC5daiC7K, https://www.peekvids.com/watch?v=HAti1qqeMkf, https://www.peekvids.com/watch?v=ZcIH0YLILRz, https://www.peekvids.com/watch?v=eNBxvZWuogu, https://www.peekvids.com/watch?v=HGrIofkaJSR, https://www.peekvids.com/watch?v=P2ChLOlCxiC, https://www.peekvids.com/watch?v=o3_Mp7CXnH8, https://www.peekvids.com/watch?v=b_3wuqaiHUy, https://www.peekvids.com/watch?v=ADkAteP7y89, https://www.peekvids.com/watch?v=w5CleURwY1h, https://www.peekvids.com/watch?v=y0L11VefX9d, https://www.peekvids.com/watch?v=MWjkCCck-c9, https://www.peekvids.com/watch?v=2xTLz7-Af8A, https://www.peekvids.com/watch?v=AeZqjhqNU4V, https://www.peekvids.com/watch?v=rtvKZWLz5lu, https://www.peekvids.com/watch?v=KzzoOGJ9Sgj, https://www.peekvids.com/watch?v=JpfhisAXXlb, https://www.peekvids.com/watch?v=OEpjdFiwrbs, https://www.peekvids.com/watch?v=gUwf19Dseup, https://www.peekvids.com/watch?v=hghGjjSSEKI, https://www.peekvids.com/watch?v=IkgLDWeX4T8, https://www.peekvids.com/watch?v=PiUkr4B2Hyz, https://www.peekvids.com/watch?v=tGBQZhNihFa, https://www.peekvids.com/watch?v=zbnM6aoZOo7, https://www.peekvids.com/watch?v=FV-uTGMtEt9, https://www.peekvids.com/watch?v=sEVnumPd0ZH, https://www.peekvids.com/watch?v=mViuDtkfOxr, https://www.peekvids.com/watch?v=nj0BGwQ4Fl7, https://www.peekvids.com/watch?v=n0BFYkWb5gJ, https://www.peekvids.com/watch?v=cjxUPn7EQQv, https://www.peekvids.com/watch?v=gNBPdwUQsVW, https://www.peekvids.com/watch?v=FX6dN6zyMe3, https://www.peekvids.com/watch?v=iw4AeUBOvsB, https://www.peekvids.com/watch?v=d7c4jT82VGq, https://www.peekvids.com/watch?v=YBTeiFqfs0C, https://www.peekvids.com/watch?v=vussxwlIUrL, https://www.peekvids.com/watch?v=A_3K97dok9g, https://www.peekvids.com/watch?v=I9vHztiOwS9, https://www.peekvids.com/watch?v=zEMxiIa4ca4, https://www.peekvids.com/watch?v=wdA9oX-jDqv, https://www.peekvids.com/watch?v=RRq9EI3bxUa, https://www.peekvids.com/watch?v=avOh1pgL9uw, https://www.peekvids.com/watch?v=ZKaFnr1tqY2, https://www.peekvids.com/watch?v=eoScHLir-Oa, https://www.peekvids.com/watch?v=NzP6D_-Qod6, https://www.peekvids.com/watch?v=BsKhGNd1xVK, https://www.peekvids.com/watch?v=GVajQBa1pM9, https://www.peekvids.com/watch?v=n3yqOrJM4DK, https://www.peekvids.com/watch?v=s0EANwh6BIy, https://www.peekvids.com/watch?v=kQKsO2ACptc, https://www.peekvids.com/watch?v=h7VVYTxvAkV, https://www.peekvids.com/watch?v=msQkKWarlyz, https://www.peekvids.com/watch?v=aFxMGIvfyMN, https://www.peekvids.com/watch?v=C40jCpLi-hQ, https://www.peekvids.com/watch?v=iNr2s6_YYhL, https://www.peekvids.com/watch?v=Pyi3j8yHiff, https://www.peekvids.com/watch?v=KsvTY-pAZFu, https://www.peekvids.com/watch?v=T6plit9uC6K, https://www.peekvids.com/watch?v=RjkJ7uhEH0M, https://www.peekvids.com/watch?v=KZBQHatpjCK, https://www.peekvids.com/watch?v=Sr6rHrDaoC4, https://www.peekvids.com/watch?v=DFN4PSeLsTR, https://www.peekvids.com/watch?v=pHQuuIl7kez, https://www.peekvids.com/watch?v=sqouKPwBmjE, https://www.peekvids.com/watch?v=sR8oJm2VIpp, https://www.peekvids.com/watch?v=jMsLevwTSBm, https://www.peekvids.com/watch?v=pPrwA3BGwMN, https://www.peekvids.com/watch?v=ayRY5juXvhH, https://www.peekvids.com/watch?v=JQ2RyPjDwzA, https://www.peekvids.com/watch?v=Lz51giB_S99, https://www.peekvids.com/watch?v=p6yps9rJYKI, https://www.peekvids.com/watch?v=prGLmH5p-hL, https://www.peekvids.com/watch?v=ldvlx8xDXzt, https://www.peekvids.com/watch?v=V7nggNJ21UM, https://www.peekvids.com/watch?v=Yp7KXZxJDG2, https://www.peekvids.com/watch?v=Y3eWWD7zecV, https://www.peekvids.com/watch?v=HayW7d4cP1X, https://www.peekvids.com/watch?v=UKBepIUsIlF, https://www.peekvids.com/watch?v=qjaX_AhSAiZ, https://www.peekvids.com/watch?v=F683fok4FjM, https://www.peekvids.com/watch?v=HiYHwpYOw7F, https://www.peekvids.com/watch?v=uRj11gPjLP2, https://www.peekvids.com/watch?v=C3KeQOtQjFA, https://www.peekvids.com/watch?v=PSJRPzJ7C3P, https://www.peekvids.com/watch?v=i21IXIFwajq, https://www.peekvids.com/watch?v=oSIWa3qqmC2, https://www.peekvids.com/watch?v=bcI0eCRKqv8, https://www.peekvids.com/watch?v=Dsy79Lwaukz, https://www.peekvids.com/watch?v=L16sGdPaid3, https://www.peekvids.com/watch?v=vWgDecaky0v, https://www.peekvids.com/watch?v=wlhu1CZTso4, https://www.peekvids.com/watch?v=yD62-5r8UwS, https://www.peekvids.com/watch?v=eXC52agaFRg, https://www.peekvids.com/watch?v=iuXtpO7unJe, https://www.peekvids.com/watch?v=fhm85Mjz-it, https://www.peekvids.com/watch?v=n5T9juPRIkl, https://www.peekvids.com/watch?v=Kn757XjQbzq, https://www.peekvids.com/watch?v=cdKG77u5YqJ, https://www.peekvids.com/watch?v=EEuXlVf1y9o, https://www.peekvids.com/watch?v=igPws4wUG5w, https://www.peekvids.com/watch?v=Q7apLQgtFIg, https://www.peekvids.com/watch?v=T6cI14qTOJz, https://www.peekvids.com/watch?v=4cqV2MnpWt5, https://www.peekvids.com/watch?v=3YXDgU0JBgA, https://www.peekvids.com/watch?v=EO2XM8-5xEk, https://www.peekvids.com/watch?v=pCER65h4POd, https://www.peekvids.com/watch?v=8GIG-blvAyX, https://www.peekvids.com/watch?v=kgPh4v17hVN, https://www.peekvids.com/watch?v=O8oACeYOfaB, https://www.peekvids.com/watch?v=3L_aeLrpnQN, https://www.peekvids.com/watch?v=HBTm6PX_ae7, https://www.peekvids.com/watch?v=QlXvklDlhvv, https://www.peekvids.com/watch?v=6xa4TnP0UYZ, https://www.peekvids.com/watch?v=V6o9VKdXpTv, https://www.peekvids.com/watch?v=ZhPop5c6FqZ, https://www.peekvids.com/watch?v=77riZEASbEL, https://www.peekvids.com/watch?v=OUGKkPxPIw5, https://www.peekvids.com/watch?v=9R5s43VyzmT, https://www.peekvids.com/watch?v=gVDTMHSDFz9, https://www.peekvids.com/watch?v=pGPCbgHgroA, https://www.peekvids.com/watch?v=JHih93qsB_g, https://www.peekvids.com/watch?v=bVBteDKPptP, https://www.peekvids.com/watch?v=tb5vbjJ7j7P, https://www.peekvids.com/watch?v=582RZ1jfX_w, https://www.peekvids.com/watch?v=VNbHxCwTJbf, https://www.peekvids.com/watch?v=zzyforV_tHT, https://www.peekvids.com/watch?v=UNXyEfOyLMI, https://www.peekvids.com/watch?v=Ru6DpBFxtqH, https://www.peekvids.com/watch?v=rMLu72UG61b, https://www.peekvids.com/watch?v=rSGY2km7gDD, https://www.peekvids.com/watch?v=qxDHicWHzKF, https://www.peekvids.com/watch?v=B-CODwbQNzP, https://www.peekvids.com/watch?v=e7AfWehoWj2, https://www.peekvids.com/watch?v=t9Ua5iRlvfb, https://www.peekvids.com/watch?v=7ZfIGRFmP-l, https://www.peekvids.com/watch?v=7ih3FoRQBmI, https://www.peekvids.com/watch?v=ENdK7DLICZC, https://www.peekvids.com/watch?v=DluTvX1OW8u, https://www.peekvids.com/watch?v=oZcE7qcn-AK, https://www.peekvids.com/watch?v=w67bSjMYGGq, https://www.peekvids.com/watch?v=dBmK93lR5yp, https://www.peekvids.com/watch?v=XzBl4D2Ef4Y, https://www.peekvids.com/watch?v=qXyd1GwVdTn, https://www.peekvids.com/watch?v=2ju0a2DeboK, https://www.peekvids.com/watch?v=dqUiQ1xKAeA, https://www.peekvids.com/watch?v=FAY3ejJC7je, https://www.peekvids.com/watch?v=nNIndAleEGA, https://www.peekvids.com/watch?v=hDa3t7mwQRE, https://www.peekvids.com/watch?v=vNUYgyVdV_U, https://www.peekvids.com/watch?v=CtqYGQiqD1I, https://www.peekvids.com/watch?v=oTRkpnksMPN, https://www.peekvids.com/watch?v=C5ztYNyow1U, https://www.peekvids.com/watch?v=0KNRUXBqnkF, https://www.peekvids.com/watch?v=q8kWYaL2j0b, https://www.peekvids.com/watch?v=rT-U0UGnBb0, https://www.peekvids.com/watch?v=iNpIRbmioQr, https://www.peekvids.com/watch?v=J77B-8jjcOu, https://www.peekvids.com/watch?v=benvvSn8ozy, https://www.peekvids.com/watch?v=Fh8j1x7oT1h, https://www.peekvids.com/watch?v=5McH1Ujx1yH, https://www.peekvids.com/watch?v=78Zt3pCMJ87, https://www.peekvids.com/watch?v=exqtUu9nDSm, https://www.peekvids.com/watch?v=tv5CdWJt-7C, https://www.peekvids.com/watch?v=k6Vu5La32-K, https://www.peekvids.com/watch?v=ib5MxRtej64, https://www.peekvids.com/watch?v=Y-yq4bjHFwH, https://www.peekvids.com/watch?v=lIvNlV9Io47, https://www.peekvids.com/watch?v=inpqWSvQU55, https://www.peekvids.com/watch?v=2zVp2h5ZPaA, https://www.peekvids.com/watch?v=K06lzEEJjli, https://www.peekvids.com/watch?v=XPeyYZjZqQw, https://www.peekvids.com/watch?v=jCjC3N6C15c, https://www.peekvids.com/watch?v=40pj53TBdeB, https://www.peekvids.com/watch?v=Jt1nBF3Y4e4,

https://www.peekvids.com/watch?v=2o0dzSr66nr, https://www.peekvids.com/watch?v=fR-WJnkm_Fc, https://www.peekvids.com/watch?v=2S3k9ZuRjoF,
https://www.peekvids.com/watch?v=81l3pqVLoHi, https://www.peekvids.com/watch?v=QmH0PdcOL4j, https://www.peekvids.com/watch?v=n92CM7NbuOG,
https://www.peekvids.com/watch?v=Gx_DP0n3Fe0, https://www.peekvids.com/watch?v=fjKUQS72qtW, https://www.peekvids.com/watch?v=95gW7VZB5dq,
https://www.peekvids.com/watch?v=JBEbyE9eqcY, https://www.peekvids.com/watch?v=52bi2J01Xtx, https://www.peekvids.com/watch?v=6MzLP-1gTiX,
https://www.peekvids.com/watch?v=bOStDgvDocd, https://www.peekvids.com/watch?v=J39KpAOOR1V, https://www.peekvids.com/watch?v=kcrqJiHwCNP,
https://www.peekvids.com/watch?v=B2g1PsjBN5n, https://www.peekvids.com/watch?v=jjUEERUCJvT, https://www.peekvids.com/watch?v=NQkec9EJXAH,
https://www.peekvids.com/watch?v=ACK4AV7zxkH, https://www.peekvids.com/watch?v=aEeKXcxcJsC, https://www.peekvids.com/watch?v=Ow-VaTJdhcS,
https://www.peekvids.com/watch?v=zCaXttrKLod, https://www.peekvids.com/watch?v=lmuPXjChJTB, https://www.peekvids.com/watch?v=MwJmet2GByE,
https://www.peekvids.com/watch?v=bqWNSZb9CIy, https://www.peekvids.com/watch?v=O6JfiFkknjP, https://www.peekvids.com/watch?v=DCk9rroWkgn,
https://www.peekvids.com/watch?v=XXibmZgjnp7, https://www.peekvids.com/watch?v=Xlc840tHNlR, https://www.peekvids.com/watch?v=IZ5H1IbH80V,
https://www.peekvids.com/watch?v=0rNRJJqM9fq, https://www.peekvids.com/watch?v=qYxsqHI90Bc, https://www.peekvids.com/watch?v=CwYstXuYeGJ,
https://www.peekvids.com/watch?v=wkWnpYFCdWE, https://www.peekvids.com/watch?v=v9sbK6-NZti, https://www.peekvids.com/watch?v=Q5GG1Jwxkgf,
https://www.peekvids.com/watch?v=Ve6qNWpsS-t, https://www.peekvids.com/watch?v=ySwLNt7tsmo, https://www.peekvids.com/watch?v=DsMpGbV_rsz,
https://www.peekvids.com/watch?v=30GtvTf5j7U, https://www.peekvids.com/watch?v=MsAPqVDbnbP, https://www.peekvids.com/watch?v=QuwTbSfORYB,
https://www.peekvids.com/watch?v=RMENYIgmSNi, https://www.peekvids.com/watch?v=O888EkaJFru, https://www.peekvids.com/watch?v=uMuv9i8l20J,
https://www.peekvids.com/watch?v=wkg8CBiSBUV, https://www.peekvids.com/watch?v=57PqkE9ie63, https://www.peekvids.com/watch?v=jFa88OyKNhH,
https://www.peekvids.com/watch?v=r6Ke45tvGdN, https://www.peekvids.com/watch?v=i0tbPpthvV2, https://www.peekvids.com/watch?v=THVYFmp7K8J,
https://www.peekvids.com/watch?v=Y111PUGa5yH, https://www.peekvids.com/watch?v=CF7DFx8aQcy, https://www.peekvids.com/watch?v=9PCdCBvl9FQ,
https://www.peekvids.com/watch?v=T5dgxP-B9ZA, https://www.peekvids.com/watch?v=Wc3JI8fVIqk, https://www.peekvids.com/watch?v=zcbZN3kKSaD,
https://www.peekvids.com/watch?v=46VuZPQhCfe, https://www.peekvids.com/watch?v=D0BUlIPNUUl, https://www.peekvids.com/watch?v=tgMu2aRBQaP,
https://www.peekvids.com/watch?v=7FXnpX6yd3f, https://www.peekvids.com/watch?v=8uaib9vzTXi, https://www.peekvids.com/watch?v=thrKxEorJon,
https://www.peekvids.com/watch?v=Yd1-lI4tpI9, https://www.peekvids.com/watch?v=CY0_z9ZSv9q, https://www.peekvids.com/watch?v=S06f2szdCp8,
https://www.peekvids.com/watch?v=izXCX-6oDzi, https://www.peekvids.com/watch?v=z4DbytnYRZx, https://www.peekvids.com/watch?v=QKma4D38N2J,
https://www.peekvids.com/watch?v=86hc-THKtaW, https://www.peekvids.com/watch?v=xglPC3cxJzp, https://www.peekvids.com/watch?v=jiasFnT8max,
https://www.peekvids.com/watch?v=ot2E5Mv0sqy, https://www.peekvids.com/watch?v=YWmD8pbMasy, https://www.peekvids.com/watch?v=VpQ8n3w5z5o,
https://www.peekvids.com/watch?v=4k7fV0FXPkx, https://www.peekvids.com/watch?v=51Bz4j_h7-F, https://www.peekvids.com/watch?v=lmlOUJLs2M3,
https://www.peekvids.com/watch?v=eQH2tEhf7g6, https://www.peekvids.com/watch?v=4ssdzun0HD2, https://www.peekvids.com/watch?v=LonMp2gc-KY,
https://www.peekvids.com/watch?v=WjQEw82253d, https://www.peekvids.com/watch?v=Oyyofg_t4hl, https://www.peekvids.com/watch?v=53EEi76tTkD,
https://www.peekvids.com/watch?v=be2SRFGmfB8, https://www.peekvids.com/watch?v=Ey1Z9rwUJsd, https://www.peekvids.com/watch?v=lcyf8qOk2hp,
https://www.peekvids.com/watch?v=Kpx3rNv7haD, https://www.peekvids.com/watch?v=WiJ-v2A00YH, https://www.peekvids.com/watch?v=OImKlc-ucQa,
https://www.peekvids.com/watch?v=dILKFgw_Lan, https://www.peekvids.com/watch?v=TmeEDT6ta9T, https://www.peekvids.com/watch?v=BiD-N5LqeI7,
https://www.peekvids.com/watch?v=ROw9ow0BuLe, https://www.peekvids.com/watch?v=BcurPItdym0, https://www.peekvids.com/watch?v=epDiBrCSNYA,
https://www.peekvids.com/watch?v=d290DTfG5GB, https://www.peekvids.com/watch?v=qrBf9nHjXng, https://www.peekvids.com/watch?v=zX6N2q27t9y,
https://www.peekvids.com/watch?v=BoDJgvo_SFD, https://www.peekvids.com/watch?v=rDCWRplbWFj, https://www.peekvids.com/watch?v=WkJ-222GjMI,
https://www.peekvids.com/watch?v=eBf4ZU5cU8f, https://www.peekvids.com/watch?v=w1iJBI5eWXO, https://www.peekvids.com/watch?v=RWS1sfhlFLB,
https://www.peekvids.com/watch?v=rR7ATw3q3Pc, https://www.peekvids.com/watch?v=Et6S9gbE5cC, https://www.peekvids.com/watch?v=WBeUSk3dZh4,
https://www.peekvids.com/watch?v=gYU8DJ8DMVy, https://www.peekvids.com/watch?v=HthUPL6DCxS, https://www.peekvids.com/watch?v=i6Y1RNwxYCr,
https://www.peekvids.com/watch?v=5iH0m3KdbFk, https://www.peekvids.com/watch?v=AeYYkrTQ2HV, https://www.peekvids.com/watch?v=Kb3HzKUw-tn,
https://www.peekvids.com/watch?v=KJZLuWybjg4, https://www.peekvids.com/watch?v=A6qLkaEyTa9, https://www.peekvids.com/watch?v=BjZKH2ck9Bs,
https://www.peekvids.com/watch?v=J0KgCJOBNXw, https://www.peekvids.com/watch?v=LP7VFhAK8ZV, https://www.peekvids.com/watch?v=f2ggScqBqYe,
https://www.peekvids.com/watch?v=uItnDfmR7i3, https://www.peekvids.com/watch?v=q3OI1V8IlOr, https://www.peekvids.com/watch?v=41zq2r8ZR95,
https://www.peekvids.com/watch?v=yjlSCvuIWgI, https://www.peekvids.com/watch?v=zRgO-sOAOfb, https://www.peekvids.com/watch?v=i17yzl23vbV,
https://www.peekvids.com/watch?v=ctjTgW3C-gq, https://www.peekvids.com/watch?v=69iSDfVzvTn, https://www.peekvids.com/watch?v=yGVCDSCwUTJ,
https://www.peekvids.com/watch?v=TCyxdxeNJEL, https://www.peekvids.com/watch?v=G4ANF04NnoP, https://www.peekvids.com/watch?v=ucG_1TOrby8,
https://www.peekvids.com/watch?v=gr_2WkMy5yB, https://www.peekvids.com/watch?v=nxDemMFXkTU, https://www.peekvids.com/watch?v=BhnKMDJmZ4g,
https://www.peekvids.com/watch?v=2a8kYtTiUWN, https://www.peekvids.com/watch?v=DAXAMswfeUD, https://www.peekvids.com/watch?v=0OE-06cb_Y9,
https://www.peekvids.com/watch?v=za5hPbamNxl, https://www.peekvids.com/watch?v=CY5yOqRu8M6, https://www.peekvids.com/watch?v=g_56ll4J3bG,
https://www.peekvids.com/watch?v=QIgRrtFwVHL, https://www.peekvids.com/watch?v=nn8wjK4aqNb, https://www.peekvids.com/watch?v=tjj8pyZjqf8,
https://www.peekvids.com/watch?v=Y1WVGN8X2hp, https://www.peekvids.com/watch?v=6aJQLjoIbQb, https://www.peekvids.com/watch?v=oP7U2UCdDLz,
https://www.peekvids.com/watch?v=mP3Mphzj5XM, https://www.peekvids.com/watch?v=jNmpyElPbWg, https://www.peekvids.com/watch?v=hJB7uVjMXKq,
https://www.peekvids.com/watch?v=0wzxXPErvbb, https://www.peekvids.com/watch?v=CHSjJIlTjkx, https://www.peekvids.com/watch?v=T_Ne3CO2GWM,
https://www.peekvids.com/watch?v=R4zcW7rdC3a, https://www.peekvids.com/watch?v=p5vqQx7MiTp, https://www.peekvids.com/watch?v=ETuaH_l80SU,
https://www.peekvids.com/watch?v=pPq9HfPXm6j, https://www.peekvids.com/watch?v=bHQ2jVrL3kE, https://www.peekvids.com/watch?v=Bs2Yvmbs-1O,
https://www.peekvids.com/watch?v=jqsyRP5BSp6, https://www.peekvids.com/watch?v=htQVoveieO6, https://www.peekvids.com/watch?v=prjitCJXE92,
https://www.peekvids.com/watch?v=t9bNHgMdvG8, https://www.peekvids.com/watch?v=m9YNSmsq6E6, https://www.peekvids.com/watch?v=0bMKvSSLtag,
https://www.peekvids.com/watch?v=kXgq6XsC1LT, https://www.peekvids.com/watch?v=F5mHdV3Koax, https://www.peekvids.com/watch?v=DFSIGxlnlQs,
https://www.peekvids.com/watch?v=jpHWoZ9yKZf, https://www.peekvids.com/watch?v=v77oK7zDEbf, https://www.peekvids.com/watch?v=AB2jQu_csnP,
https://www.peekvids.com/watch?v=0c-hfWnx_Lw, https://www.peekvids.com/watch?v=Nu9qF8CoKmv, https://www.peekvids.com/watch?v=p82tms_DQdg,
https://www.peekvids.com/watch?v=MusI6dADkru, https://www.peekvids.com/watch?v=OpDinyMjJ2P, https://www.peekvids.com/watch?v=UGXfltUhOJ4,
https://www.peekvids.com/watch?v=yiH6alVuAvI, https://www.peekvids.com/watch?v=jBXhP9VXEOG, https://www.peekvids.com/watch?v=RT_xvkjkWPB,
https://www.peekvids.com/watch?v=VDCCnA-B0a9, https://www.peekvids.com/watch?v=QeW6bsgxjsh, https://www.peekvids.com/watch?v=oWKRFcOujMp,
https://www.peekvids.com/watch?v=zppTO_RiiLa, https://www.peekvids.com/watch?v=2GTFwKxvi-L, https://www.peekvids.com/watch?v=nGPWQD-8pig,
https://www.peekvids.com/watch?v=EU6eqPJs25m, https://www.peekvids.com/watch?v=0HDnT5E1hOq, https://www.peekvids.com/watch?v=gbmHz1sKrjF,
https://www.peekvids.com/watch?v=gp-iG7XaMEZ, https://www.peekvids.com/watch?v=v59fMxR2p73, https://www.peekvids.com/watch?v=gTdQ-Ch6r6p,
https://www.peekvids.com/watch?v=5vXNTpVwJCa, https://www.peekvids.com/watch?v=0jSHNyvCqWo, https://www.peekvids.com/watch?v=5O0dX-bFB4s,
https://www.peekvids.com/watch?v=nCOlRPM5t-T, https://www.peekvids.com/watch?v=XCKhrM9XBwK, https://www.peekvids.com/watch?v=yhW06SC6JM5,
https://www.peekvids.com/watch?v=YnGGRnXbAS3, https://www.peekvids.com/watch?v=NXztzFRhNok, https://www.peekvids.com/watch?v=qzE9ehfDhQl,
https://www.peekvids.com/watch?v=gW_b1mW3JjF, https://www.peekvids.com/watch?v=M9JhFgHy925, https://www.peekvids.com/watch?v=MofqDqCOd8q,
https://www.peekvids.com/watch?v=PjdBqqhVR-L, https://www.peekvids.com/watch?v=vTp6pyTMU2b, https://www.peekvids.com/watch?v=2D7jBiZ9_7n,
https://www.peekvids.com/watch?v=dNGzfGb84lX, https://www.peekvids.com/watch?v=UwHgvp4XAix, https://www.peekvids.com/watch?v=5L9fZLs6jcv,
https://www.peekvids.com/watch?v=A-TWBZGiHz0, https://www.peekvids.com/watch?v=Gptnbo1SYhl, https://www.peekvids.com/watch?v=NXGYiUoWi2N,
https://www.peekvids.com/watch?v=SVFKfePoHfD, https://www.peekvids.com/watch?v=ZT1d1aHF3iZ, https://www.peekvids.com/watch?v=mcdLAjWTVUh,
https://www.peekvids.com/watch?v=gNDqLgGfMVv, https://www.peekvids.com/watch?v=U2irMrsJoc9, https://www.peekvids.com/watch?v=BroKBJHnULl,
https://www.peekvids.com/watch?v=Kgm3JAZ0I_b, https://www.peekvids.com/watch?v=0J-pkgU3HtO, https://www.peekvids.com/watch?v=pCCaUwONYtl,
https://www.peekvids.com/watch?v=pnnKJ-puJXp, https://www.peekvids.com/watch?v=O1Mr88XuV13, https://www.peekvids.com/watch?v=sscXN8l9btG,
https://www.peekvids.com/watch?v=ZqN_RtadQNF, https://www.peekvids.com/watch?v=O8LK3APHJ_Q, https://www.peekvids.com/watch?v=bY1B4DN-H35,
https://www.peekvids.com/watch?v=eZiNN1w8EsI, https://www.peekvids.com/watch?v=DjHdEBguTiy, https://www.peekvids.com/watch?v=UlijXd0Gqol,
https://www.peekvids.com/watch?v=U5r0psC8xSJ, https://www.peekvids.com/watch?v=dYkqoZdPC4H, https://www.peekvids.com/watch?v=5OMESXuCZWo,
https://www.peekvids.com/watch?v=VwtrrFkTvaA, https://www.peekvids.com/watch?v=XDb_dAkDERl, https://www.peekvids.com/watch?v=OP9dDKpQO5u,
https://www.peekvids.com/watch?v=Ikc1GF1NDlj, https://www.peekvids.com/watch?v=F1fi-V0z_0Q, https://www.peekvids.com/watch?v=wI8xTOn1vtH,
https://www.peekvids.com/watch?v=EhPDLvlI18E, https://www.peekvids.com/watch?v=IVkxrQclNB4, https://www.peekvids.com/watch?v=P3a9NdAKoC2,
https://www.peekvids.com/watch?v=sN5TyQkiHTX, https://www.peekvids.com/watch?v=V1jUIW5TFUz, https://www.peekvids.com/watch?v=eB16Ox-xQga,
https://www.peekvids.com/watch?v=dngLvLzEgjp, https://www.peekvids.com/watch?v=wWHauXqyuwX, https://www.peekvids.com/watch?v=AmAMhjK8ZNu,
https://www.peekvids.com/watch?v=8iF0ADeNIh2, https://www.peekvids.com/watch?v=ySINheTIJAU, https://www.peekvids.com/watch?v=7pOXToYxsgg,
https://www.peekvids.com/watch?v=3rlbFCy9Zej, https://www.peekvids.com/watch?v=vHY0-WDaJdF, https://www.peekvids.com/watch?v=yNwTzXtQwMq,
https://www.peekvids.com/watch?v=XqoC00C_X_l, https://www.peekvids.com/watch?v=8DD4waKqdIX, https://www.peekvids.com/watch?v=VcsqRFZ5Ijr,
https://www.peekvids.com/watch?v=pl-Nfc5fUek, https://www.peekvids.com/watch?v=vMpsNPsi2Gk, https://www.peekvids.com/watch?v=waduDNwloPm,
https://www.peekvids.com/watch?v=qtkAEJhLcuL, https://www.peekvids.com/watch?v=8BI5cC065EE, https://www.peekvids.com/watch?v=SSxw2ylUzNF,
https://www.peekvids.com/watch?v=7W7NQHRUlnM, https://www.peekvids.com/watch?v=2XyeBuwNeAa, https://www.peekvids.com/watch?v=yoRYcZQsw3N,
https://www.peekvids.com/watch?v=sJDpwVI0OBB, https://www.peekvids.com/watch?v=TLkSus1hwbA, https://www.peekvids.com/watch?v=Zlyyv8fgTMd,
https://www.peekvids.com/watch?v=bjV6VeWJjdn, https://www.peekvids.com/watch?v=BrNKUYseVEL, https://www.peekvids.com/watch?v=D4Dz7BFyHin,
https://www.peekvids.com/watch?v=y8D5Wkhaop6, https://www.peekvids.com/watch?v=lkXLyAM2vn7, https://www.peekvids.com/watch?v=IYvdZOVcMjk,
https://www.peekvids.com/watch?v=N0DpcGkiJhs, https://www.peekvids.com/watch?v=bz7mqiIh2hO, https://www.peekvids.com/watch?v=WF86yBXxpbY,
https://www.peekvids.com/watch?v=Ui900HLXRGS, https://www.peekvids.com/watch?v=iuq8t41Ar4o, https://www.peekvids.com/watch?v=8QHM0o9cCLe,
https://www.peekvids.com/watch?v=fI9ZU4T3xif, https://www.peekvids.com/watch?v=R9XzPX-0a0O, https://www.peekvids.com/watch?v=ZxdPqqDqQCQ,
https://www.peekvids.com/watch?v=jTWhcr_MYgX, https://www.peekvids.com/watch?v=XZKueG29LQY, https://www.peekvids.com/watch?v=nh0aa8OVS5l,
https://www.peekvids.com/watch?v=SnIIzcLJ69f, https://www.peekvids.com/watch?v=uKUSMQAx2-k, https://www.peekvids.com/watch?v=jlLQdZmSxQZ,
https://www.peekvids.com/watch?v=NfSg9ozARYq, https://www.peekvids.com/watch?v=kXAWmmBxHIe, https://www.peekvids.com/watch?v=o8gn3Lg1Y5C,
https://www.peekvids.com/watch?v=jQln0jn0tlC, https://www.peekvids.com/watch?v=t_6dkYGxZFr
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: capteen
5.b. Uploader's email address: cappytinni80@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=capteen
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Mv1jWxAv7sX, https://www.peekvids.com/watch?v=Tv693XOqsyE,
https://www.peekvids.com/watch?v=u1XbT1NMpKL, https://www.peekvids.com/watch?v=AXVx090PAKT, https://www.peekvids.com/watch?v=zUbE9zlFuvI,
https://www.peekvids.com/watch?v=xrUZZoNtqR2, https://www.peekvids.com/watch?v=gmfMBy3JxVT, https://www.peekvids.com/watch?v=2_b-wwDWbvp,
https://www.peekvids.com/watch?v=fmqYCbE0wAq, https://www.peekvids.com/watch?v=loqaQ675RhL, https://www.peekvids.com/watch?v=j_vvzQfS0E7,
https://www.peekvids.com/watch?v=5KcaVWWsL_G, https://www.peekvids.com/watch?v=4YDPPKV1eEg, https://www.peekvids.com/watch?v=DNrMtxuM1lj,
https://www.peekvids.com/watch?v=vK2Ke3W2kzt, https://www.peekvids.com/watch?v=VMsaEYQef52, https://www.peekvids.com/watch?v=yJShbbcgOln,
https://www.peekvids.com/watch?v=UZ45hBsEso7, https://www.peekvids.com/watch?v=DgKNYmX-COP, https://www.peekvids.com/watch?v=TWlIH0T9mXx,
https://www.peekvids.com/watch?v=hLfWXVAmVdn, https://www.peekvids.com/watch?v=HtrAbMdzNkq, https://www.peekvids.com/watch?v=6UTFETma4Lw,
https://www.peekvids.com/watch?v=yJfxSV8wPVA, https://www.peekvids.com/watch?v=ca7pji_MWQB, https://www.peekvids.com/watch?v=NxdtRGiIux8,
https://www.peekvids.com/watch?v=Y40HR9DF5-J, https://www.peekvids.com/watch?v=eHJR14YB7v5, https://www.peekvids.com/watch?v=pDyj5MDYKie,
https://www.peekvids.com/watch?v=uOLCzdN-TFD, https://www.peekvids.com/watch?v=BMwAj4IkqWw, https://www.peekvids.com/watch?v=xoy1tPFX_dG,
https://www.peekvids.com/watch?v=BytBXynFx7e, https://www.peekvids.com/watch?v=yy09qwPXvFs, https://www.peekvids.com/watch?v=tUqPS2-WJCQ,
https://www.peekvids.com/watch?v=srUE-qnGHuh, https://www.peekvids.com/watch?v=vK98wOnLWUj, https://www.peekvids.com/watch?v=gUupKz4bw3w,
https://www.peekvids.com/watch?v=Nw0TrqbuMnq, https://www.peekvids.com/watch?v=H83TrW4_6yF, https://www.peekvids.com/watch?v=7Zh41B434ma,
https://www.peekvids.com/watch?v=8W5cwbfj7j7, https://www.peekvids.com/watch?v=th9Sbx24XdN, https://www.peekvids.com/watch?v=nh2WN2xWZN3,
https://www.peekvids.com/watch?v=oUpzA-z5hjG, https://www.peekvids.com/watch?v=vkxjVOjAbVA, https://www.peekvids.com/watch?v=yQpnrB-5Y-4,
https://www.peekvids.com/watch?v=MpHIaeFWYxn, https://www.peekvids.com/watch?v=4k1SXHWpUwO, https://www.peekvids.com/watch?v=TsWgx7xnuWK,
https://www.peekvids.com/watch?v=U9bjmcQL5T5, https://www.peekvids.com/watch?v=Dk-W2xFliLn, https://www.peekvids.com/watch?v=cXH3Mc9NDWN,
https://www.peekvids.com/watch?v=CI6IxXkAsxd, https://www.peekvids.com/watch?v=Vs8Y66T7NeB, https://www.peekvids.com/watch?v=raT0UJppvT3,
https://www.peekvids.com/watch?v=oMEhXLToJhw
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: carolla
5.b. Uploader's email address: senjorpompa@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=carolla
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=R6vzAAvZmtA, https://www.peekvids.com/watch?v=9MkjBnLchVT,
https://www.peekvids.com/watch?v=xouE6kfVEXo, https://www.peekvids.com/watch?v=Xh-VmVr_Cfl, https://www.peekvids.com/watch?v=9qXXLa1husc,
https://www.peekvids.com/watch?v=II73IDwibKz, https://www.peekvids.com/watch?v=wu1MygVItp3, https://www.peekvids.com/watch?v=f-yESxACVpi,
https://www.peekvids.com/watch?v=WeRAz2uW8D8, https://www.peekvids.com/watch?v=SNOzW4fxDMC, https://www.peekvids.com/watch?v=Z3qmkCzYDHn,
https://www.peekvids.com/watch?v=nH5OAqWeT85, https://www.peekvids.com/watch?v=5krnCbLdY55, https://www.peekvids.com/watch?v=xW-Ygk7xhyz,

https://www.peekvids.com/watch?v=SgqixM7aml5, https://www.peekvids.com/watch?v=BZympxwXAJa, https://www.peekvids.com/watch?v=X4ZxPa134Nu,
https://www.peekvids.com/watch?v=L9YV23JD07i, https://www.peekvids.com/watch?v=Oo07-qFwO_H, https://www.peekvids.com/watch?v=Nj8MlXMn8Fp,
https://www.peekvids.com/watch?v=LuoSyO2TpFR, https://www.peekvids.com/watch?v=iXFt5z9l_M0, https://www.peekvids.com/watch?v=cYGEvfSjn6P,
https://www.peekvids.com/watch?v=p0pOpyRYjlM, https://www.peekvids.com/watch?v=xRisTMRyWmR, https://www.peekvids.com/watch?v=gVHLIW45biT,
https://www.peekvids.com/watch?v=fRFFCk0zSPO, https://www.peekvids.com/watch?v=TjRAMwM5Abn, https://www.peekvids.com/watch?v=kF0ZAQv0gUg,
https://www.peekvids.com/watch?v=6rebow3w0GW, https://www.peekvids.com/watch?v=u9P_vw8nibn, https://www.peekvids.com/watch?v=4Ee5z7D48F8,
https://www.peekvids.com/watch?v=hO5C4unaHh7, https://www.peekvids.com/watch?v=DtlIQCneCtv, https://www.peekvids.com/watch?v=PNap3b69E4J,
https://www.peekvids.com/watch?v=cOhMdWJIAa9, https://www.peekvids.com/watch?v=bpuZ-1L9J5N, https://www.peekvids.com/watch?v=ReCQiG86ojG,
https://www.peekvids.com/watch?v=LE3_wXi0oiL, https://www.peekvids.com/watch?v=HbtLVPFvYJs, https://www.peekvids.com/watch?v=6gl0FUnQE6K,
https://www.peekvids.com/watch?v=rP93Xjs8jkG, https://www.peekvids.com/watch?v=o470_KozLcq, https://www.peekvids.com/watch?v=KQQGcQQJ2E3,
https://www.peekvids.com/watch?v=JWAUjp4bRFj, https://www.peekvids.com/watch?v=l0y3MiDNCV7, https://www.peekvids.com/watch?v=AL3lwx3Hx6j,
https://www.peekvids.com/watch?v=Xkhy37b64yB, https://www.peekvids.com/watch?v=VJ2hjfnK7sR, https://www.peekvids.com/watch?v=H82rb8vzXek,
https://www.peekvids.com/watch?v=uCMsc83lMnY, https://www.peekvids.com/watch?v=lwmX5ZkxkAI, https://www.peekvids.com/watch?v=E4BNulBeWqU,
https://www.peekvids.com/watch?v=e7_eKKyLZgi, https://www.peekvids.com/watch?v=kmp2Kp90l1m, https://www.peekvids.com/watch?v=rJ_q4GdLXhV,
https://www.peekvids.com/watch?v=H_0JjQMAZCx, https://www.peekvids.com/watch?v=RL2VOjL7jsr, https://www.peekvids.com/watch?v=0tubcJfO__B,
https://www.peekvids.com/watch?v=vpJHIIBk13U, https://www.peekvids.com/watch?v=pryhY_GUmyM, https://www.peekvids.com/watch?v=wV3Lj9SDYtC,
https://www.peekvids.com/watch?v=fgdOlYHj6Gp, https://www.peekvids.com/watch?v=liJtTKIEwqB, https://www.peekvids.com/watch?v=dMyN8VmHmCi,
https://www.peekvids.com/watch?v=4u_iTDaOsTG, https://www.peekvids.com/watch?v=LC0NKN2VwZ8, https://www.peekvids.com/watch?v=ccTl6MhhVe8,
https://www.peekvids.com/watch?v=Y4ouefOp7Tc, https://www.peekvids.com/watch?v=oBZPLG58BDZ, https://www.peekvids.com/watch?v=94DvDOjolME,
https://www.peekvids.com/watch?v=mzJOqlpTKf5
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: carolXXX
5.b. Uploader's email address: seeyeverytime@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=carolXXX
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=QP3XVMkULgc, https://www.peekvids.com/watch?v=n4oUDvmd-pr,
https://www.peekvids.com/watch?v=KZWoL7xAE3q, https://www.peekvids.com/watch?v=N8548vySBOW, https://www.peekvids.com/watch?v=339q12-9pAh,
https://www.peekvids.com/watch?v=sFQv5UxYdon, https://www.peekvids.com/watch?v=Esv7xafSnHI, https://www.peekvids.com/watch?v=RhQQCPFpbKd,
https://www.peekvids.com/watch?v=nDLAJdUcSAC, https://www.peekvids.com/watch?v=QA3UZNv9X_v, https://www.peekvids.com/watch?v=H-Hnjx5RfHv,
https://www.peekvids.com/watch?v=4CaovQ_EsA6, https://www.peekvids.com/watch?v=toCb6uEe11d, https://www.peekvids.com/watch?v=uBa6_mdzgBT,
https://www.peekvids.com/watch?v=Sgkqp7D1L6A, https://www.peekvids.com/watch?v=ITgSXRx2RwN, https://www.peekvids.com/watch?v=IqyWmejARH2,
https://www.peekvids.com/watch?v=nv6ZDwxd27z, https://www.peekvids.com/watch?v=7XpZqodCrpk, https://www.peekvids.com/watch?v=IbrOqoh4zaD,
https://www.peekvids.com/watch?v=6kmZ2LM-VfJ, https://www.peekvids.com/watch?v=PgOi7kKparr, https://www.peekvids.com/watch?v=zXEZDAWh9MH,
https://www.peekvids.com/watch?v=U_mOzgGufLe, https://www.peekvids.com/watch?v=YsEFDI-X-jh, https://www.peekvids.com/watch?v=n6D75RL-jKi,
https://www.peekvids.com/watch?v=dRNenyK-jOy, https://www.peekvids.com/watch?v=GTLOyDmbYBb, https://www.peekvids.com/watch?v=NMgqGmZr7wl,
https://www.peekvids.com/watch?v=knFiE8xxa4Z, https://www.peekvids.com/watch?v=CDvRmqgUDnZ, https://www.peekvids.com/watch?v=aIOaD-mDg88,
https://www.peekvids.com/watch?v=oBrppHpprpA, https://www.peekvids.com/watch?v=WvgOpubHv1n, https://www.peekvids.com/watch?v=ysPosZwzgu6,
https://www.peekvids.com/watch?v=Lhbil4-u8rb, https://www.peekvids.com/watch?v=nyXiZXdAu_A, https://www.peekvids.com/watch?v=SmIS_k_DQvS,
https://www.peekvids.com/watch?v=zWnhb_J1LI7, https://www.peekvids.com/watch?v=m9hTEL6EcJx, https://www.peekvids.com/watch?v=soYmJNrceEp,
https://www.peekvids.com/watch?v=dWAH-EZ7sxT, https://www.peekvids.com/watch?v=vrVGZ0Cb6dY, https://www.peekvids.com/watch?v=6qIshvDeIR9,
https://www.peekvids.com/watch?v=tdQw-k9X4Jm, https://www.peekvids.com/watch?v=PDIGOwWkyKj, https://www.peekvids.com/watch?v=lZfWO3kxrCq,
https://www.peekvids.com/watch?v=i8qvUCxkaqI, https://www.peekvids.com/watch?v=Hj-OC8kaaJb, https://www.peekvids.com/watch?v=MnfnI0oV_lD,
https://www.peekvids.com/watch?v=RzM6R1_Fj0y, https://www.peekvids.com/watch?v=OTwfm-b-PEZ, https://www.peekvids.com/watch?v=J55lXC7-upb,
https://www.peekvids.com/watch?v=gyXWkQuKzuC, https://www.peekvids.com/watch?v=8n8FPDzZTPG, https://www.peekvids.com/watch?v=GMN_d7l5HVk,
https://www.peekvids.com/watch?v=hFbUSoC431V, https://www.peekvids.com/watch?v=zE6_JtbQXjS, https://www.peekvids.com/watch?v=9boyZUNn3AT,
https://www.peekvids.com/watch?v=UQEqbHg-bYu, https://www.peekvids.com/watch?v=ECaCa6Xporb, https://www.peekvids.com/watch?v=XcGbZdrROPR,
https://www.peekvids.com/watch?v=vRdQsszl5hM, https://www.peekvids.com/watch?v=zXHXAREkbCR, https://www.peekvids.com/watch?v=UgxBAO-bO1t,
https://www.peekvids.com/watch?v=tcjhIYFF5Jv, https://www.peekvids.com/watch?v=teC0SeINMrC, https://www.peekvids.com/watch?v=YnNpietnaMw,
https://www.peekvids.com/watch?v=7zZ9U5ercDV, https://www.peekvids.com/watch?v=wiiyvQWfoJ2, https://www.peekvids.com/watch?v=DbSOUQnKOTZ,
https://www.peekvids.com/watch?v=9TqpeabY203, https://www.peekvids.com/watch?v=oP1j7wrZgZ8
5.f. Date of third notice: 2015-09-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cassedy
5.b. Uploader's email address: allonollo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cassedy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=QsN131p1ryG, https://www.peekvids.com/watch?v=nxU-6IgqIJh,
https://www.peekvids.com/watch?v=fitaHRnfW6R, https://www.peekvids.com/watch?v=pX2AnSWQ2kt, https://www.peekvids.com/watch?v=pM_P4oRL1RN,
https://www.peekvids.com/watch?v=KVHKVz01yXS, https://www.peekvids.com/watch?v=V7mfPpmfg_2, https://www.peekvids.com/watch?v=M--Id9Vud72,
https://www.peekvids.com/watch?v=pCRR4_ak9E7, https://www.peekvids.com/watch?v=7m0C0cYGmEX, https://www.peekvids.com/watch?v=skk6ENT5GMO,
https://www.peekvids.com/watch?v=8X70iKgQ662, https://www.peekvids.com/watch?v=2clLu21nBGO, https://www.peekvids.com/watch?v=huGy3Kr82_h,
https://www.peekvids.com/watch?v=owuFAfQXo44, https://www.peekvids.com/watch?v=i3PZWQie-HK, https://www.peekvids.com/watch?v=N3aXHVoTnRG,
https://www.peekvids.com/watch?v=NZFHN-XLmtq, https://www.peekvids.com/watch?v=WEwNpWvOP0R, https://www.peekvids.com/watch?v=9AToURYguNi,
https://www.peekvids.com/watch?v=4Hz7DT7VZhf, https://www.peekvids.com/watch?v=UJHsHnGJRy3, https://www.peekvids.com/watch?v=Z_r636i5eFg,
https://www.peekvids.com/watch?v=8OrVnszT6je, https://www.peekvids.com/watch?v=81bEY87oR7U, https://www.peekvids.com/watch?v=VHNqpAACwsP,
https://www.peekvids.com/watch?v=i9K6-hKmj36, https://www.peekvids.com/watch?v=48UdLsecY0Z, https://www.peekvids.com/watch?v=8azSixbNzHq,
https://www.peekvids.com/watch?v=WV3WddybZIj, https://www.peekvids.com/watch?v=c-8W_z-xMBV, https://www.peekvids.com/watch?v=Pbju_WRSYMk,
https://www.peekvids.com/watch?v=XtgvMEpSMLz, https://www.peekvids.com/watch?v=A_hN99pWZj5, https://www.peekvids.com/watch?v=czYWSj7IrFc,
https://www.peekvids.com/watch?v=jjrN8062D_6, https://www.peekvids.com/watch?v=tI9NZcZAMVx, https://www.peekvids.com/watch?v=ULAnYfLBKJm,
https://www.peekvids.com/watch?v=YKzzf3VaxF5, https://www.peekvids.com/watch?v=wWikEayWg8J, https://www.peekvids.com/watch?v=ofglsSkHubQ
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: catcatty
5.b. Uploader's email address: rittirtoo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=catcatty
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=H1VnHhP5jEe, https://www.peekvids.com/watch?v=zmbKlS6O5Y8,
https://www.peekvids.com/watch?v=I7pramI61RX, https://www.peekvids.com/watch?v=AM7wvVTZ_ve, https://www.peekvids.com/watch?v=aNK-NMfeqbn,
https://www.peekvids.com/watch?v=3H4g2Se_bnW, https://www.peekvids.com/watch?v=2czVtpT45lR, https://www.peekvids.com/watch?v=HCuAqY3oBkl,
https://www.peekvids.com/watch?v=krYay2X6yTc, https://www.peekvids.com/watch?v=KgjPjVpqwQA, https://www.peekvids.com/watch?v=Xsk2hFy6s-p,
https://www.peekvids.com/watch?v=060zKx3toV5, https://www.peekvids.com/watch?v=5pUjVScQjFO, https://www.peekvids.com/watch?v=4AxtglX_vbU,
https://www.peekvids.com/watch?v=lpToKWeRpef, https://www.peekvids.com/watch?v=dlMzs9AiZUK, https://www.peekvids.com/watch?v=C_v1_gBmH6J,
https://www.peekvids.com/watch?v=RAMvcE6UDIL, https://www.peekvids.com/watch?v=YlCWbBBAq2v, https://www.peekvids.com/watch?v=qcsjgIQbe0k,
https://www.peekvids.com/watch?v=ZEJRwzG_OQ2, https://www.peekvids.com/watch?v=YgotM-WrTgY, https://www.peekvids.com/watch?v=0pd8peI5JEm,
https://www.peekvids.com/watch?v=D3nlEDYuUp7, https://www.peekvids.com/watch?v=PKIlEPkSorG, https://www.peekvids.com/watch?v=I4tDH93mkFa,
https://www.peekvids.com/watch?v=pT7BJocdSAi, https://www.peekvids.com/watch?v=w1BiXi2Zc6i, https://www.peekvids.com/watch?v=L20Q08qgZpH,
https://www.peekvids.com/watch?v=gRP24n1xS2t, https://www.peekvids.com/watch?v=8hs1HmcKGb0, https://www.peekvids.com/watch?v=Q0FauX2SgKr,
https://www.peekvids.com/watch?v=K9Ow092pjac, https://www.peekvids.com/watch?v=dGKA_0CLJHE, https://www.peekvids.com/watch?v=jaCrjhSE5wY,
https://www.peekvids.com/watch?v=K8AoCq1-Fia, https://www.peekvids.com/watch?v=z6vxZru9ZYx, https://www.peekvids.com/watch?v=Hc9XgIaT6JM,
https://www.peekvids.com/watch?v=vpxyG1vpRDK, https://www.peekvids.com/watch?v=wPj5L-6bcx5, https://www.peekvids.com/watch?v=07TWJogyr-5,
https://www.peekvids.com/watch?v=FQpEyZhfXYh, https://www.peekvids.com/watch?v=Vl5oZxazn3r, https://www.peekvids.com/watch?v=t2z64x1AySC,
https://www.peekvids.com/watch?v=D_uyJ_jkqKg, https://www.peekvids.com/watch?v=reyf_Zi-OVl, https://www.peekvids.com/watch?v=TASlzisba_B,
https://www.peekvids.com/watch?v=AWgGkgwVsBp, https://www.peekvids.com/watch?v=9aa1FdbF4wi, https://www.peekvids.com/watch?v=k2khyYoNXuG,
https://www.peekvids.com/watch?v=z-D_JjHn8lq, https://www.peekvids.com/watch?v=5L3eM22sxTB, https://www.peekvids.com/watch?v=y5t9s7vCife,
https://www.peekvids.com/watch?v=vEmFKcVw-Ww, https://www.peekvids.com/watch?v=eDf1Te8ijgD, https://www.peekvids.com/watch?v=2M0sblGxfyD,
https://www.peekvids.com/watch?v=McukLh2i5rC, https://www.peekvids.com/watch?v=9yNYsGLWGmU, https://www.peekvids.com/watch?v=JQzcjOtsiIa,
https://www.peekvids.com/watch?v=UZDvPz_qXEs, https://www.peekvids.com/watch?v=t2UQLcDvtcT, https://www.peekvids.com/watch?v=bIK5DUiM3tx,
https://www.peekvids.com/watch?v=StkZV5NrK_2, https://www.peekvids.com/watch?v=3k7VGcAmj1N, https://www.peekvids.com/watch?v=5FhxSsH52kQ,
https://www.peekvids.com/watch?v=BezaCTb8z5f, https://www.peekvids.com/watch?v=KKtPGVT2j53, https://www.peekvids.com/watch?v=krjhmNS8kQ3,
https://www.peekvids.com/watch?v=zMK2qzfBI9m, https://www.peekvids.com/watch?v=VB9IavmPcMx, https://www.peekvids.com/watch?v=FgKJZowoJjB
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: CC15571
5.b. Uploader's email address: amikipoolar@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=CC15571
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dO1IA95DVYC, https://www.peekvids.com/watch?v=bUh9y9s9n9q,
https://www.peekvids.com/watch?v=l23nasC0cxn, https://www.peekvids.com/watch?v=8GCgYsNCtKZ, https://www.peekvids.com/watch?v=NA6rK0ZUkBi,
https://www.peekvids.com/watch?v=wxFJ7QmnwTM, https://www.peekvids.com/watch?v=LYLASR958P0, https://www.peekvids.com/watch?v=P_Xqgm4UZnn,
https://www.peekvids.com/watch?v=8crbPCYlOVS, https://www.peekvids.com/watch?v=hG5VmYy3OqM, https://www.peekvids.com/watch?v=HBkRrp53nMm,
https://www.peekvids.com/watch?v=wH-KQnSgY6W, https://www.peekvids.com/watch?v=l_GDAO34qQq, https://www.peekvids.com/watch?v=foUKoIE5Lla,
https://www.peekvids.com/watch?v=NeefviXWoM8, https://www.peekvids.com/watch?v=KZeQ7qPohmI, https://www.peekvids.com/watch?v=MDef_8ALhpj,
https://www.peekvids.com/watch?v=4vp877u2hPT, https://www.peekvids.com/watch?v=eHgkdaYS8Vw, https://www.peekvids.com/watch?v=GzR7E3KHMML,
https://www.peekvids.com/watch?v=qkTC8yivu8J, https://www.peekvids.com/watch?v=6q6mAJ8eWZr, https://www.peekvids.com/watch?v=r3_JO7HxAqP,
https://www.peekvids.com/watch?v=zmgyIt_3rhs, https://www.peekvids.com/watch?v=H4jXEcktbQO, https://www.peekvids.com/watch?v=gNsPwKxnOYZ,
https://www.peekvids.com/watch?v=mS_iznq9KzX, https://www.peekvids.com/watch?v=ElHNQgqkVDi, https://www.peekvids.com/watch?v=ae3bH8tEpIP,
https://www.peekvids.com/watch?v=VT-9eLIy9sd, https://www.peekvids.com/watch?v=iBW2HmzZVQT, https://www.peekvids.com/watch?v=DUts-0jNund,
https://www.peekvids.com/watch?v=PR95V-l7G3G, https://www.peekvids.com/watch?v=4yaIxYZYazX, https://www.peekvids.com/watch?v=x3yD8QTx_Vl,
https://www.peekvids.com/watch?v=qWWf_86-nIz, https://www.peekvids.com/watch?v=WTIUy9EiqHg, https://www.peekvids.com/watch?v=hJLTfNDl7KU,
https://www.peekvids.com/watch?v=TXCrQtcxljc, https://www.peekvids.com/watch?v=hXtRN4P9XOz, https://www.peekvids.com/watch?v=DfshoxMaDdN,
https://www.peekvids.com/watch?v=Ybo45oF-yDc, https://www.peekvids.com/watch?v=SvQIcu_ds-u, https://www.peekvids.com/watch?v=xU8xaJEfkCT,
https://www.peekvids.com/watch?v=BvbKMd45tys, https://www.peekvids.com/watch?v=cFqdXKyb9bq, https://www.peekvids.com/watch?v=zxLIwwknXcN,
https://www.peekvids.com/watch?v=zUd8LsbwLlb, https://www.peekvids.com/watch?v=usSRveOz35x, https://www.peekvids.com/watch?v=4SKNq9r44bG,
https://www.peekvids.com/watch?v=25HaKEIWPkk, https://www.peekvids.com/watch?v=GVNJCWs57Bd, https://www.peekvids.com/watch?v=zob4Xj_1_6w,
https://www.peekvids.com/watch?v=sb9uj07J4fa, https://www.peekvids.com/watch?v=yDsffaZQnDv, https://www.peekvids.com/watch?v=7e7WvZNs0Sy,
https://www.peekvids.com/watch?v=Fl-yujejJp0, https://www.peekvids.com/watch?v=qOR4IbKqLLV, https://www.peekvids.com/watch?v=0m59ZHcCkiA,
https://www.peekvids.com/watch?v=YTdErhyOAOA, https://www.peekvids.com/watch?v=Z7kv4cnxmUa, https://www.peekvids.com/watch?v=FM-dj3wNtxp,
https://www.peekvids.com/watch?v=CxNBNvp339V, https://www.peekvids.com/watch?v=0Ib3E5zF-YO, https://www.peekvids.com/watch?v=VDnkm7MKXas,
https://www.peekvids.com/watch?v=FCMrqjsurI0, https://www.peekvids.com/watch?v=teXBzSV0d6Y, https://www.peekvids.com/watch?v=i4JupL0xiag,
https://www.peekvids.com/watch?v=vJCYbMZqEmM, https://www.peekvids.com/watch?v=dW-VMuiu2cO, https://www.peekvids.com/watch?v=RV6_THKFdsS,
https://www.peekvids.com/watch?v=ikJppnYxeLR, https://www.peekvids.com/watch?v=7-Ove2g0As0, https://www.peekvids.com/watch?v=R8t4wTPPwQB,
https://www.peekvids.com/watch?v=nonB567c482, https://www.peekvids.com/watch?v=T4ojO3Pd-ld, https://www.peekvids.com/watch?v=dxncZH3ex6M,
https://www.peekvids.com/watch?v=ElwrwBfPQwB, https://www.peekvids.com/watch?v=Ald0D0GGQSx, https://www.peekvids.com/watch?v=QsyCYHVPSSi,
https://www.peekvids.com/watch?v=0ruphgBwjJU, https://www.peekvids.com/watch?v=X7Z9pl69RrC, https://www.peekvids.com/watch?v=7Nlk9Vm8SrM,
https://www.peekvids.com/watch?v=YGzq4dwdXP8, https://www.peekvids.com/watch?v=apnglDKYVeU, https://www.peekvids.com/watch?v=SmhvnFawTkR,

https://www.peekvids.com/watch?v=HlpXyuLiW6s, https://www.peekvids.com/watch?v=FY66vbHmmJ8, https://www.peekvids.com/watch?v=QFS-Y8BbDTr,
https://www.peekvids.com/watch?v=OQewq4smWxv, https://www.peekvids.com/watch?v=TjDI-jKfqb9, https://www.peekvids.com/watch?v=H60iBcA79Mk,
https://www.peekvids.com/watch?v=To9nI7NDeIh, https://www.peekvids.com/watch?v=Mv09CUCDa1u, https://www.peekvids.com/watch?v=Gf-lX1FmN3A,
https://www.peekvids.com/watch?v=bOaMFw27dvi, https://www.peekvids.com/watch?v=4pXXwCfy5S5, https://www.peekvids.com/watch?v=TqI_XUu4VJO,
https://www.peekvids.com/watch?v=Yh0AGok3Y-v, https://www.peekvids.com/watch?v=ahmUMhEieqM, https://www.peekvids.com/watch?v=uJuyDzNjhwe,
https://www.peekvids.com/watch?v=0N946QaRFnR, https://www.peekvids.com/watch?v=5w-DfdyBerq, https://www.peekvids.com/watch?v=IY9Ty1oBYpT,
https://www.peekvids.com/watch?v=Vmel0a_JLJm, https://www.peekvids.com/watch?v=M4-bfD_Ksmf, https://www.peekvids.com/watch?v=vzf0oki59Ge,
https://www.peekvids.com/watch?v=QeL5hZKqyRG, https://www.peekvids.com/watch?v=Z5p4Wv0mTKD, https://www.peekvids.com/watch?v=YTNF-tlCjPl,
https://www.peekvids.com/watch?v=7p5-NS1cbJZ, https://www.peekvids.com/watch?v=yn6WVIod_MA, https://www.peekvids.com/watch?v=LecugvHL8Ta
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ceremoniya
5.b. Uploader's email address: elistaferronoot@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ceremoniya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RRsPYoQwqGE, https://www.peekvids.com/watch?v=0Tfo9LTMHxW,
https://www.peekvids.com/watch?v=Kx-w_x31nFj, https://www.peekvids.com/watch?v=iw_6PtZC7JQ, https://www.peekvids.com/watch?v=HaO8NQGGE6q,
https://www.peekvids.com/watch?v=0N1COTSz3Aw, https://www.peekvids.com/watch?v=XDMz2ntcnDd, https://www.peekvids.com/watch?v=JieUjY-8SZh,
https://www.peekvids.com/watch?v=Tp3YyC7PdGE, https://www.peekvids.com/watch?v=Ye5SdE9iNWc, https://www.peekvids.com/watch?v=CJ-HcrNpB0D,
https://www.peekvids.com/watch?v=CD03N1yw4Jy, https://www.peekvids.com/watch?v=l_44Eev4N2j, https://www.peekvids.com/watch?v=JDnaER-fTHt,
https://www.peekvids.com/watch?v=63NGgiY7XiE, https://www.peekvids.com/watch?v=VGVVK7JZduD, https://www.peekvids.com/watch?v=Y7cNzqkuz1O,
https://www.peekvids.com/watch?v=woUoElhHAPK, https://www.peekvids.com/watch?v=8cjtzoAKiUo, https://www.peekvids.com/watch?v=072EJCzJNuR,
https://www.peekvids.com/watch?v=A4hY7hNBrZm, https://www.peekvids.com/watch?v=7Xd1R5xwDRi, https://www.peekvids.com/watch?v=XLKHUEsmzsS,
https://www.peekvids.com/watch?v=fBBInWLW_48, https://www.peekvids.com/watch?v=fnU7Z9-urUV, https://www.peekvids.com/watch?v=4_Fqlv2NbXn,
https://www.peekvids.com/watch?v=uBFW9mkfeWg, https://www.peekvids.com/watch?v=waai67Z_IOd, https://www.peekvids.com/watch?v=RIjbfr7SJFw,
https://www.peekvids.com/watch?v=VmDzyi_GX9Z, https://www.peekvids.com/watch?v=ThsZen95DCu, https://www.peekvids.com/watch?v=aZoIemKXKvT,
https://www.peekvids.com/watch?v=3CWKiOh0HwP, https://www.peekvids.com/watch?v=Ph_L2j9cuHh, https://www.peekvids.com/watch?v=fFxnsP-uoFg,
https://www.peekvids.com/watch?v=AhHY_h-yvOG, https://www.peekvids.com/watch?v=CTk0m7xnMwJ, https://www.peekvids.com/watch?v=aNYKyfDlfl6,
https://www.peekvids.com/watch?v=5bzopHfGn7v, https://www.peekvids.com/watch?v=6m8aaYFVO5U, https://www.peekvids.com/watch?v=T-VHq2MoTiM,
https://www.peekvids.com/watch?v=ULpf0qQMDII, https://www.peekvids.com/watch?v=kcgXtzHy5hA, https://www.peekvids.com/watch?v=Rj-Vo7M6SiN,
https://www.peekvids.com/watch?v=qI-7HqAm8tr, https://www.peekvids.com/watch?v=WcI63hcP-eU, https://www.peekvids.com/watch?v=qFIarwvZS9v,
https://www.peekvids.com/watch?v=qJAfowSqw-r, https://www.peekvids.com/watch?v=IRMdRQ_SF4k, https://www.peekvids.com/watch?v=L6Av82-0k0i,
https://www.peekvids.com/watch?v=2SntKv3sUYS, https://www.peekvids.com/watch?v=Y_bfGkriC3T, https://www.peekvids.com/watch?v=gqauSfJy0to,
https://www.peekvids.com/watch?v=LZ-aFT8i_uG, https://www.peekvids.com/watch?v=ZxMRDw09SjU, https://www.peekvids.com/watch?v=4ktmGT8oeOg,
https://www.peekvids.com/watch?v=vjtcl67HD2x, https://www.peekvids.com/watch?v=mfKPwC_MnkF, https://www.peekvids.com/watch?v=sHiwKGs-2qB,
https://www.peekvids.com/watch?v=8Ft8CA5F4SA, https://www.peekvids.com/watch?v=hF0ppliM1AM, https://www.peekvids.com/watch?v=ZwzETSmAgML,
https://www.peekvids.com/watch?v=FfvYpzvKzxR, https://www.peekvids.com/watch?v=AWR9fWviRpi, https://www.peekvids.com/watch?v=l6qn-ZGf8xX,
https://www.peekvids.com/watch?v=XSKcskzEUSF, https://www.peekvids.com/watch?v=FpjvYmslk6O, https://www.peekvids.com/watch?v=Dirch1sbn2o,
https://www.peekvids.com/watch?v=VfWG5qVaq-5, https://www.peekvids.com/watch?v=aQBrSzHtbg4, https://www.peekvids.com/watch?v=kcW9Ihmj7iQ,
https://www.peekvids.com/watch?v=EAq-8rqNcO5, https://www.peekvids.com/watch?v=yyQlwO2UfJn, https://www.peekvids.com/watch?v=2Xppz6YH_5U,
https://www.peekvids.com/watch?v=DyuIUERdqRT, https://www.peekvids.com/watch?v=N8c6EvdNtrz, https://www.peekvids.com/watch?v=BJvySLojDHo,
https://www.peekvids.com/watch?v=kfTdQ3LCqUJ, https://www.peekvids.com/watch?v=skl2XV9fANv, https://www.peekvids.com/watch?v=9n08jnBao8s,
https://www.peekvids.com/watch?v=8gniyVXuMSX, https://www.peekvids.com/watch?v=QmpUQMYiuQn, https://www.peekvids.com/watch?v=gq0Oo9DTaz4,
https://www.peekvids.com/watch?v=Zh-qHn4varQ, https://www.peekvids.com/watch?v=bln4r7X5phP, https://www.peekvids.com/watch?v=zikngTmcmZ6,
https://www.peekvids.com/watch?v=JEa4p0z04uH, https://www.peekvids.com/watch?v=syuYv3nJB2S, https://www.peekvids.com/watch?v=Ady7OEEW4ka,
https://www.peekvids.com/watch?v=4hJGBu4dip8, https://www.peekvids.com/watch?v=ZG1I8O-g9gb, https://www.peekvids.com/watch?v=xDtT4GqwBoZ,
https://www.peekvids.com/watch?v=K_zyfcjmBDQ, https://www.peekvids.com/watch?v=Hsda5dcNVbN, https://www.peekvids.com/watch?v=QR_AIL9Gukd,
https://www.peekvids.com/watch?v=33VyuSOT_Rc, https://www.peekvids.com/watch?v=Z05IuUA8Mdi, https://www.peekvids.com/watch?v=l07Y3f09b1s,
https://www.peekvids.com/watch?v=pcEPsFwUsLP, https://www.peekvids.com/watch?v=tlVdeKkYA6o, https://www.peekvids.com/watch?v=7w51_HFg_SM,
https://www.peekvids.com/watch?v=l0GvIUbXpH6, https://www.peekvids.com/watch?v=IOh00syIGqS, https://www.peekvids.com/watch?v=L6KpH9GcRE3,
https://www.peekvids.com/watch?v=cIBS1iZgcWd, https://www.peekvids.com/watch?v=WNmhG5FZtn8, https://www.peekvids.com/watch?v=skTtzBlrojS,
https://www.peekvids.com/watch?v=8KPNFh8Rn7G, https://www.peekvids.com/watch?v=YSBwy0SDkHD, https://www.peekvids.com/watch?v=IuN_AWcBIul,
https://www.peekvids.com/watch?v=ZnpcBw-Nzoy, https://www.peekvids.com/watch?v=YifDEp32Osr, https://www.peekvids.com/watch?v=AQilrtqZ9lG,
https://www.peekvids.com/watch?v=0J0jvPGxNbL, https://www.peekvids.com/watch?v=vvlNuiVpMFF, https://www.peekvids.com/watch?v=g7GhW7jfNCW,
https://www.peekvids.com/watch?v=l-ukELSoyfV, https://www.peekvids.com/watch?v=NkvMalxqGlx, https://www.peekvids.com/watch?v=4sB6VuiVgUJ,
https://www.peekvids.com/watch?v=7RqvkzZfp7j, https://www.peekvids.com/watch?v=56d58v_X0x8, https://www.peekvids.com/watch?v=hBJDx1f6BDp,
https://www.peekvids.com/watch?v=pc4ix3WZ1tr, https://www.peekvids.com/watch?v=NgQZLviOHQj
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cezarion
5.b. Uploader's email address: erikkionolii@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cezarion
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=9TcNNSwiGJW, https://www.peekvids.com/watch?v=64e88s1yhAn,
https://www.peekvids.com/watch?v=0u1pUAtfdkK, https://www.peekvids.com/watch?v=CcVQHAItG2q, https://www.peekvids.com/watch?v=vHStppFBQCG,
https://www.peekvids.com/watch?v=wLkcfKMb1w7, https://www.peekvids.com/watch?v=nWflVbAY9Xo, https://www.peekvids.com/watch?v=ltxr4u_xmyv,
https://www.peekvids.com/watch?v=zrRLaaYo863, https://www.peekvids.com/watch?v=YTesUsvg3cb, https://www.peekvids.com/watch?v=KEY-WWkjhlu,
https://www.peekvids.com/watch?v=AvoSPdiKJZY, https://www.peekvids.com/watch?v=FxAUZHWtcXN, https://www.peekvids.com/watch?v=MsNfeQXIRgN,
https://www.peekvids.com/watch?v=UecqV0_L3gG, https://www.peekvids.com/watch?v=YFz9DO8NaVR, https://www.peekvids.com/watch?v=saUSU11k_ZB,
https://www.peekvids.com/watch?v=DZAjJFAXomh, https://www.peekvids.com/watch?v=2iphKwJnmoQ, https://www.peekvids.com/watch?v=nLvCBkfKuL4,
https://www.peekvids.com/watch?v=iEW3bLzhN6y, https://www.peekvids.com/watch?v=yFXvcGFvtrv, https://www.peekvids.com/watch?v=dfXwlN255cS,
https://www.peekvids.com/watch?v=bncl7bBr2kC, https://www.peekvids.com/watch?v=b5JgFhuoae4, https://www.peekvids.com/watch?v=XVeyqciXx99,
https://www.peekvids.com/watch?v=6cGdA45cpC6, https://www.peekvids.com/watch?v=xfyCloETpnf, https://www.peekvids.com/watch?v=IYv8nhToyDv,
https://www.peekvids.com/watch?v=TX49S5NoGKB, https://www.peekvids.com/watch?v=MLddrubbA0z, https://www.peekvids.com/watch?v=U8jKocP24yV,
https://www.peekvids.com/watch?v=7yIEbOyHAlG, https://www.peekvids.com/watch?v=kIP0xWdaNp9, https://www.peekvids.com/watch?v=rTGoxQlnUUw,
https://www.peekvids.com/watch?v=uJq_12LStFs, https://www.peekvids.com/watch?v=LQ_A_oc7eqy, https://www.peekvids.com/watch?v=hxRhHQlR3eK,
https://www.peekvids.com/watch?v=FnTeVaiguo2, https://www.peekvids.com/watch?v=i_BEBXytUOJ, https://www.peekvids.com/watch?v=E-ZiRL_600p,
https://www.peekvids.com/watch?v=RSZGbdloy69, https://www.peekvids.com/watch?v=bgkwJh5gQ1I, https://www.peekvids.com/watch?v=jPciVkUhvg6,
https://www.peekvids.com/watch?v=mrqR9wjHAFM, https://www.peekvids.com/watch?v=pxiJGfLhWjo, https://www.peekvids.com/watch?v=avh848xrsqd,
https://www.peekvids.com/watch?v=JFYxPqiw67B, https://www.peekvids.com/watch?v=vx9NFla2tFr, https://www.peekvids.com/watch?v=UNnKT2g6UHc,
https://www.peekvids.com/watch?v=yrkFyvu5CFK, https://www.peekvids.com/watch?v=btFlIv8Pwkd, https://www.peekvids.com/watch?v=ng1XTINZBMU,
https://www.peekvids.com/watch?v=Y2T0wjOPfhY, https://www.peekvids.com/watch?v=2mO15xigvGO, https://www.peekvids.com/watch?v=CuAPXD_5j37,
https://www.peekvids.com/watch?v=ZGyf10Dr7jL, https://www.peekvids.com/watch?v=MBYb6pcibAW, https://www.peekvids.com/watch?v=HL8vcJHKIQr,
https://www.peekvids.com/watch?v=7JaqoLMuXcC, https://www.peekvids.com/watch?v=uj8wKtEu04e, https://www.peekvids.com/watch?v=7lfLxx9Mi-c,
https://www.peekvids.com/watch?v=AGhb6QQitCX, https://www.peekvids.com/watch?v=h4KRtoqgWA7, https://www.peekvids.com/watch?v=TeXoNMqbG_l,
https://www.peekvids.com/watch?v=czqUIBIb7zG, https://www.peekvids.com/watch?v=ymRaToskwLf, https://www.peekvids.com/watch?v=m4CxjGTBEED,
https://www.peekvids.com/watch?v=sqZkxOjxM7h, https://www.peekvids.com/watch?v=aZCohGh1ItH, https://www.peekvids.com/watch?v=QtaTEk-qnLX,
https://www.peekvids.com/watch?v=ikmQDCRVz0L, https://www.peekvids.com/watch?v=ZAD4BMNcbco, https://www.peekvids.com/watch?v=DCyjRcle4MO,
https://www.peekvids.com/watch?v=3tiF1_Hmy7T, https://www.peekvids.com/watch?v=P4NcdW19vfB, https://www.peekvids.com/watch?v=eJADlUcuuIS,
https://www.peekvids.com/watch?v=qmOBLFb8G2O, https://www.peekvids.com/watch?v=BiSJ9TUxMoj
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chachaone
5.b. Uploader's email address: klenovajaskame@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chachaone
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=82r-qS-cK5a, https://www.peekvids.com/watch?v=xrbez4HhksH,
https://www.peekvids.com/watch?v=JQtfVHcUh0Q, https://www.peekvids.com/watch?v=c4BUhHW3iCr, https://www.peekvids.com/watch?v=3zVFffj1zma,
https://www.peekvids.com/watch?v=TPMh57VfVh8, https://www.peekvids.com/watch?v=HFZWyXZPx1m, https://www.peekvids.com/watch?v=OlsYfVoj5uI,
https://www.peekvids.com/watch?v=6PLg7b7zTHj, https://www.peekvids.com/watch?v=g-KI1aNx4qr, https://www.peekvids.com/watch?v=mMRowiCIeiS,
https://www.peekvids.com/watch?v=R1xF2kGtVNk, https://www.peekvids.com/watch?v=2db_pZ9ztVw, https://www.peekvids.com/watch?v=KtMEwe2oSFq,
https://www.peekvids.com/watch?v=vWMXBtnxnKb, https://www.peekvids.com/watch?v=FYH0cHiKQpG, https://www.peekvids.com/watch?v=VsWZ7aAYHyy,
https://www.peekvids.com/watch?v=9AzmzNZBtNd, https://www.peekvids.com/watch?v=wa7f7EO7gs5, https://www.peekvids.com/watch?v=0o26IwotH14,
https://www.peekvids.com/watch?v=vkXg4VpAjva, https://www.peekvids.com/watch?v=u0bc1k6f7ca, https://www.peekvids.com/watch?v=8pgHLv0gkVv,
https://www.peekvids.com/watch?v=A5AVVqyzQvN, https://www.peekvids.com/watch?v=NcnfbSiEmOD, https://www.peekvids.com/watch?v=YKOyodDTURr,
https://www.peekvids.com/watch?v=u0zE97-hyKn, https://www.peekvids.com/watch?v=R1KHchccpo8, https://www.peekvids.com/watch?v=85K3VY8Cgi6,
https://www.peekvids.com/watch?v=ODFR3hz77rp, https://www.peekvids.com/watch?v=kiHXvAVKSdA, https://www.peekvids.com/watch?v=YJR1hd-lNCD,
https://www.peekvids.com/watch?v=ECjew3ZsHy2, https://www.peekvids.com/watch?v=A9k3PcYTJCQ, https://www.peekvids.com/watch?v=RqOV4B3GYvM,
https://www.peekvids.com/watch?v=xtJohYrZi69, https://www.peekvids.com/watch?v=XCBI1jyliV4, https://www.peekvids.com/watch?v=0mWnOcDfjyc,
https://www.peekvids.com/watch?v=Pl7N0D-QXnG, https://www.peekvids.com/watch?v=PpbmZjsS7Jh, https://www.peekvids.com/watch?v=zT_2Z-ZevqK,
https://www.peekvids.com/watch?v=zyCrE8m07iL, https://www.peekvids.com/watch?v=Zd2lr1gCYBh, https://www.peekvids.com/watch?v=QaHcAWI9Oak,
https://www.peekvids.com/watch?v=qC-HR1_2yUq, https://www.peekvids.com/watch?v=0Wnju87kuYC, https://www.peekvids.com/watch?v=hXZ4W2U9vgL,
https://www.peekvids.com/watch?v=WOzs7mGRNCF, https://www.peekvids.com/watch?v=qcShbh6UMcB, https://www.peekvids.com/watch?v=cnxw9m3YuB2,
https://www.peekvids.com/watch?v=HAMBiC6Vnjv, https://www.peekvids.com/watch?v=Ed-2gHPaHjF, https://www.peekvids.com/watch?v=DNGnBkpyiX2,
https://www.peekvids.com/watch?v=ZsbbpxQ9FkY, https://www.peekvids.com/watch?v=mOQPXHe-_Ks, https://www.peekvids.com/watch?v=AVSmCqfHa4M,
https://www.peekvids.com/watch?v=QjeNiuTNKTC, https://www.peekvids.com/watch?v=eqHua2-we4U, https://www.peekvids.com/watch?v=QF5A9mqhbdv,
https://www.peekvids.com/watch?v=YZDbBG8Y1sG, https://www.peekvids.com/watch?v=SuPIUw5IYKr, https://www.peekvids.com/watch?v=wVR68uJLKGH,
https://www.peekvids.com/watch?v=WoF9oeZLplj, https://www.peekvids.com/watch?v=BpIg6k13MeG, https://www.peekvids.com/watch?v=7HXxe45YgyK
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chamanga
5.b. Uploader's email address: elnotyoyo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chamanga
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=MfCXkoMPbgH, https://www.peekvids.com/watch?v=H_uEZIzMaoV,
https://www.peekvids.com/watch?v=jtnXHy9qd96, https://www.peekvids.com/watch?v=j20G5FvWbbC, https://www.peekvids.com/watch?v=3fuq7amcz7d,
https://www.peekvids.com/watch?v=zYcrVBZwb8G, https://www.peekvids.com/watch?v=kj5dqonDHfF, https://www.peekvids.com/watch?v=Ze3bN9J4Upr,
https://www.peekvids.com/watch?v=O9B5PVkIbdo, https://www.peekvids.com/watch?v=mFlTdkUpPXK, https://www.peekvids.com/watch?v=Pro8b-qjMMI,
https://www.peekvids.com/watch?v=ges9WFsU8f6, https://www.peekvids.com/watch?v=cRIM0VPBsl2, https://www.peekvids.com/watch?v=tuZnCpiTEIk,
https://www.peekvids.com/watch?v=s_Cu0qa09dk, https://www.peekvids.com/watch?v=XrTxGDtBoiZ, https://www.peekvids.com/watch?v=RLSZuo9VsCi,
https://www.peekvids.com/watch?v=dvn3BCUxPE9, https://www.peekvids.com/watch?v=fIbcCsUP5iv, https://www.peekvids.com/watch?v=lM7i8lop-jd,
https://www.peekvids.com/watch?v=hoQaux4P_Yt, https://www.peekvids.com/watch?v=S8YHjIiZyw, https://www.peekvids.com/watch?v=jm7L0onCAzH,
https://www.peekvids.com/watch?v=vgEk5Esep6q, https://www.peekvids.com/watch?v=QRAIktWoVk8, https://www.peekvids.com/watch?v=3u8kxLjbggu,
https://www.peekvids.com/watch?v=wVUS7rBVd1a, https://www.peekvids.com/watch?v=ts-OHjB7m-C, https://www.peekvids.com/watch?v=ei40EDBCzqs,
https://www.peekvids.com/watch?v=6XRU0CxPZ16, https://www.peekvids.com/watch?v=QIZytgvfV_i, https://www.peekvids.com/watch?v=sXylCPJpx5A,
https://www.peekvids.com/watch?v=0v0c_ZQ5s-8, https://www.peekvids.com/watch?v=Epx87ymYL0v, https://www.peekvids.com/watch?v=Nb6K4B36Pgy,

https://www.peekvids.com/watch?v=4wQrKJsLGTt, https://www.peekvids.com/watch?v=3yf5Un-NHa4, https://www.peekvids.com/watch?v=qv9iBkZTg9n,
https://www.peekvids.com/watch?v=9rzGYNjDoiP, https://www.peekvids.com/watch?v=gkj8c1vwVZ0, https://www.peekvids.com/watch?v=H4rO60laxcV,
https://www.peekvids.com/watch?v=w9nWH-0nWmL, https://www.peekvids.com/watch?v=5-pP2ETWECO, https://www.peekvids.com/watch?v=HKIx244gfeQ,
https://www.peekvids.com/watch?v=m3jVv-ZdFVM, https://www.peekvids.com/watch?v=sJ2GEU3tKyN, https://www.peekvids.com/watch?v=J92bxOdbrYH,
https://www.peekvids.com/watch?v=Ggc8dS8KsTj, https://www.peekvids.com/watch?v=D8AxZmmEMTU, https://www.peekvids.com/watch?v=M_Ru77n9yxP,
https://www.peekvids.com/watch?v=7gPDQwIM6ZB, https://www.peekvids.com/watch?v=hpvtlr-vLFd, https://www.peekvids.com/watch?v=KHo33Ot33Zr,
https://www.peekvids.com/watch?v=rpu_wpmB4nV, https://www.peekvids.com/watch?v=lly4GyNByox, https://www.peekvids.com/watch?v=Q1LmzQyBCQ4,
https://www.peekvids.com/watch?v=p6NlzEVRdQ8, https://www.peekvids.com/watch?v=5hBzzEf76af, https://www.peekvids.com/watch?v=fPPx-F2B7L9,
https://www.peekvids.com/watch?v=6tEuftEZtLS, https://www.peekvids.com/watch?v=88iPV2TBI5r, https://www.peekvids.com/watch?v=809kpBk_N3g,
https://www.peekvids.com/watch?v=TzFk5P3TAio, https://www.peekvids.com/watch?v=7PKOj197C2D, https://www.peekvids.com/watch?v=8H9eLEIho1X,
https://www.peekvids.com/watch?v=H9V4Nv7Mvw4, https://www.peekvids.com/watch?v=a8tNn0nY-pt, https://www.peekvids.com/watch?v=LD9Al5RnHgB,
https://www.peekvids.com/watch?v=3JDJw0LB0hF, https://www.peekvids.com/watch?v=VPFRVrjltfr, https://www.peekvids.com/watch?v=mEV5zHOd4kN,
https://www.peekvids.com/watch?v=d-u7A04UTph, https://www.peekvids.com/watch?v=XglwWok_3MO, https://www.peekvids.com/watch?v=6tlDWMZvTxC,
https://www.peekvids.com/watch?v=xN58lgVEW6D, https://www.peekvids.com/watch?v=wNkSu4h9UnL, https://www.peekvids.com/watch?v=vPeFYEtMEq6,
https://www.peekvids.com/watch?v=NeFEeehAxgH, https://www.peekvids.com/watch?v=vXxiHGkQlET, https://www.peekvids.com/watch?v=ppGDb_ua3w4,
https://www.peekvids.com/watch?v=bDZ5cnLW7GN, https://www.peekvids.com/watch?v=uhQfz5EpY_p, https://www.peekvids.com/watch?v=Ifspth1uOzS,
https://www.peekvids.com/watch?v=93prcwVNVoC, https://www.peekvids.com/watch?v=Jg2AwVKo8ZZ, https://www.peekvids.com/watch?v=zHfUFR2v8aB,
https://www.peekvids.com/watch?v=T_R7IIpviHO, https://www.peekvids.com/watch?v=57SsD__qWO8, https://www.peekvids.com/watch?v=mcVpy_XDGrq,
https://www.peekvids.com/watch?v=7eSiSQKOUgM, https://www.peekvids.com/watch?v=7sxAf4wsf2l, https://www.peekvids.com/watch?v=b6Kf3RUOYAq,
https://www.peekvids.com/watch?v=6_LobBg1XEW, https://www.peekvids.com/watch?v=PDt6GrWL9UB, https://www.peekvids.com/watch?v=j8zKmvA2tUI,
https://www.peekvids.com/watch?v=zU49XKPAFuy, https://www.peekvids.com/watch?v=LU2iJlYKBPp, https://www.peekvids.com/watch?v=V1k5IRm782y,
https://www.peekvids.com/watch?v=VJGe1Eizf8p, https://www.peekvids.com/watch?v=mwLzmVratn0, https://www.peekvids.com/watch?v=wIO5p8yiUQl,
https://www.peekvids.com/watch?v=q-Oq_DKInSZ, https://www.peekvids.com/watch?v=zIRJuMrfTv3, https://www.peekvids.com/watch?v=5-v-601w2z8,
https://www.peekvids.com/watch?v=KfSC6WJoZpQ, https://www.peekvids.com/watch?v=bW8gtEtuDxD, https://www.peekvids.com/watch?v=q_YSDKSIpYs,
https://www.peekvids.com/watch?v=4krtPbieZtY, https://www.peekvids.com/watch?v=vr1heTQ5jUW, https://www.peekvids.com/watch?v=S9rQyksnHcQ,
https://www.peekvids.com/watch?v=c1xeDg8qEHt, https://www.peekvids.com/watch?v=qyb9V-DYYpj, https://www.peekvids.com/watch?v=jOD5X4ry2Uq,
https://www.peekvids.com/watch?v=6pC-5oRFiWx, https://www.peekvids.com/watch?v=GnmEFCs8N_t, https://www.peekvids.com/watch?v=mSV5aEg80aZ,
https://www.peekvids.com/watch?v=0nPg9lEabG3, https://www.peekvids.com/watch?v=0AaJ1bTCpza, https://www.peekvids.com/watch?v=jaYGkbDJvTF,
https://www.peekvids.com/watch?v=BL17N-vEBP7, https://www.peekvids.com/watch?v=K1MrEeYnVJM, https://www.peekvids.com/watch?v=RS3VF6Rp1ge,
https://www.peekvids.com/watch?v=E1FwXYRsN9H, https://www.peekvids.com/watch?v=mubuCfCY4Ir, https://www.peekvids.com/watch?v=EIOsKJV5B5q,
https://www.peekvids.com/watch?v=BOJNyuAJDZp, https://www.peekvids.com/watch?v=yo7hKL0RGEF, https://www.peekvids.com/watch?v=AKvJ9lT8viJ,
https://www.peekvids.com/watch?v=JhCzvNhe5ov, https://www.peekvids.com/watch?v=V3y9Puh2-tE, https://www.peekvids.com/watch?v=2DhqA10vkv6,
https://www.peekvids.com/watch?v=pcfPcHzZScB, https://www.peekvids.com/watch?v=aB3HkRMXBji, https://www.peekvids.com/watch?v=cMGfw2KypmP,
https://www.peekvids.com/watch?v=cLiF4_rcOOb, https://www.peekvids.com/watch?v=JVoth1CjJaG, https://www.peekvids.com/watch?v=VTTkoG9_ll6,
https://www.peekvids.com/watch?v=tr55NrcE2z2, https://www.peekvids.com/watch?v=hTpib3xYtMC, https://www.peekvids.com/watch?v=54cfjjDfcjb,
https://www.peekvids.com/watch?v=DPPPIgHn5ty, https://www.peekvids.com/watch?v=OWyqcdp1swL, https://www.peekvids.com/watch?v=2ESaeaJOTPU,
https://www.peekvids.com/watch?v=RY6WACelJon, https://www.peekvids.com/watch?v=vFsEZzwg5Mw, https://www.peekvids.com/watch?v=hEjU7fLbohD,
https://www.peekvids.com/watch?v=qxTtAycw_Pi, https://www.peekvids.com/watch?v=d7ZosxZC43B, https://www.peekvids.com/watch?v=6uWra2_AX1c,
https://www.peekvids.com/watch?v=j3xZ_c4iRbf, https://www.peekvids.com/watch?v=u04Em89zWbO, https://www.peekvids.com/watch?v=NuU_kwnE1EI,
https://www.peekvids.com/watch?v=zHvfpTsukNB, https://www.peekvids.com/watch?v=7YLDt6ca8NY, https://www.peekvids.com/watch?v=Mxo1UBaZ5um,
https://www.peekvids.com/watch?v=Z9cw2i6Lxef, https://www.peekvids.com/watch?v=ZcQpNbTNsdl, https://www.peekvids.com/watch?v=3uEEXPxyOsT,
https://www.peekvids.com/watch?v=EdN46bSPy5C, https://www.peekvids.com/watch?v=W2gdS9ypK7M, https://www.peekvids.com/watch?v=L6KbJr_Mhuc,
https://www.peekvids.com/watch?v=aTlyCh7kIjm, https://www.peekvids.com/watch?v=VGMjGqEuMRw, https://www.peekvids.com/watch?v=2xNgXgbrh54,
https://www.peekvids.com/watch?v=jdn9fWsIa2a, https://www.peekvids.com/watch?v=7d8XIJStUcj, https://www.peekvids.com/watch?v=05jyZKAyjEZ,
https://www.peekvids.com/watch?v=EiBZ6Hj8vFr, https://www.peekvids.com/watch?v=4G5hue1uzZk, https://www.peekvids.com/watch?v=wZZJ733i7la,
https://www.peekvids.com/watch?v=yeYptOdPLd9, https://www.peekvids.com/watch?v=HcekbH67bXs, https://www.peekvids.com/watch?v=Drr3syl36T9,
https://www.peekvids.com/watch?v=427v1IhkkRh, https://www.peekvids.com/watch?v=0OAoiaohiEi, https://www.peekvids.com/watch?v=l7YYxRx0xQ4,
https://www.peekvids.com/watch?v=HBpUx8WMuc2, https://www.peekvids.com/watch?v=97E99-VZjZN, https://www.peekvids.com/watch?v=ThFrDTwuwnY,
https://www.peekvids.com/watch?v=PRxi-xeB_7q, https://www.peekvids.com/watch?v=Fi9iNfhGhEA, https://www.peekvids.com/watch?v=XXWwaCqgpsv,
https://www.peekvids.com/watch?v=PwxtbL8lJcJ, https://www.peekvids.com/watch?v=Kq9QL0KFG2j, https://www.peekvids.com/watch?v=8TYMDY6AWKX,
https://www.peekvids.com/watch?v=05w_Rsvzo_u, https://www.peekvids.com/watch?v=NwJ6r-B289N
5.f. Date of third notice: 2015-11-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: champbell
5.b. Uploader's email address: mrtinmarta1900@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=champbell
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=QvTmk6Sq7OT, https://www.peekvids.com/watch?v=KpFdfPFMHq4,
https://www.peekvids.com/watch?v=FRQuIkHc05S, https://www.peekvids.com/watch?v=zUBHAwov3dq, https://www.peekvids.com/watch?v=OUQ3wzwugbi,
https://www.peekvids.com/watch?v=3V0TIoMY4rg, https://www.peekvids.com/watch?v=b2MeSOUO4nu, https://www.peekvids.com/watch?v=SA-VvW6RwOS,
https://www.peekvids.com/watch?v=PktwBauu55W, https://www.peekvids.com/watch?v=Tr4pm93cSAY, https://www.peekvids.com/watch?v=qyiTOD0twYN,
https://www.peekvids.com/watch?v=oC0eOH8QkdE, https://www.peekvids.com/watch?v=exSra5pM3b4, https://www.peekvids.com/watch?v=J7LlWmyI88Y,
https://www.peekvids.com/watch?v=M8Wgsu2NLQK, https://www.peekvids.com/watch?v=6sr4KNWxZFQ, https://www.peekvids.com/watch?v=Id82F-uhz5N,
https://www.peekvids.com/watch?v=AMMfJ0wDFxS, https://www.peekvids.com/watch?v=HCy7L3IWgQJ, https://www.peekvids.com/watch?v=7-ypvn3yquC,
https://www.peekvids.com/watch?v=FLHhYdlm6Vk, https://www.peekvids.com/watch?v=dbWC-fxJmPP, https://www.peekvids.com/watch?v=WpbhjRezYxM,
https://www.peekvids.com/watch?v=XdWtdtic-7h, https://www.peekvids.com/watch?v=FExvzbBfZDs, https://www.peekvids.com/watch?v=fGGgR6BkBfo,
https://www.peekvids.com/watch?v=XlcHy7iZD4I, https://www.peekvids.com/watch?v=fI9QhtAUoMD, https://www.peekvids.com/watch?v=jAh79ApFS27,
https://www.peekvids.com/watch?v=4xgED9NYdJD, https://www.peekvids.com/watch?v=Te5H-jDD-CF, https://www.peekvids.com/watch?v=3thiAmM7tBL,
https://www.peekvids.com/watch?v=8yxpYfm7jID, https://www.peekvids.com/watch?v=VGqvCg52Qvp, https://www.peekvids.com/watch?v=N8QDQ5hcn0T,
https://www.peekvids.com/watch?v=ju8ffz7mRLA, https://www.peekvids.com/watch?v=9lTuHpzDxPd, https://www.peekvids.com/watch?v=80zf2xOe7yW,
https://www.peekvids.com/watch?v=cw7jdGSECw8, https://www.peekvids.com/watch?v=o8Up4Bu3jhQ, https://www.peekvids.com/watch?v=Lr0eQGkzkeY,
https://www.peekvids.com/watch?v=6lkDc0zTB7A, https://www.peekvids.com/watch?v=SXKuDcZP4yA, https://www.peekvids.com/watch?v=LIamrESVoWH,
https://www.peekvids.com/watch?v=MLvbk6y4jav, https://www.peekvids.com/watch?v=dCmaLD0y9uP, https://www.peekvids.com/watch?v=kH6nmZ-6EiB,
https://www.peekvids.com/watch?v=bwOie8evm5Y, https://www.peekvids.com/watch?v=IbfL3EutBVK, https://www.peekvids.com/watch?v=u4B9nWXzyAm,
https://www.peekvids.com/watch?v=4MfjlMmzipT, https://www.peekvids.com/watch?v=X0r2t-362Hy, https://www.peekvids.com/watch?v=MEYeGcrgMAY,
https://www.peekvids.com/watch?v=-qmhZA4rgg2, https://www.peekvids.com/watch?v=0ji7I4PIl8I, https://www.peekvids.com/watch?v=Kkia6qQ0Ota,
https://www.peekvids.com/watch?v=n2GARxkTY3K, https://www.peekvids.com/watch?v=dA0Df0CoyFd, https://www.peekvids.com/watch?v=G8GlVAdXOUT,
https://www.peekvids.com/watch?v=W4z5j2N4sEP, https://www.peekvids.com/watch?v=h3kxX4cx5nU, https://www.peekvids.com/watch?v=ktz-BF7-W78,
https://www.peekvids.com/watch?v=5EdX8T7xsPz, https://www.peekvids.com/watch?v=iiC07HtM2Pf, https://www.peekvids.com/watch?v=UPzksEzmYYw,
https://www.peekvids.com/watch?v=32dUQb4Z6l8, https://www.peekvids.com/watch?v=vypZ8UlOWyi, https://www.peekvids.com/watch?v=Mb9ROKKBM76,
https://www.peekvids.com/watch?v=cRWOF2KppRS, https://www.peekvids.com/watch?v=F3aaTE5NAVg, https://www.peekvids.com/watch?v=pQOvbeUojvO,
https://www.peekvids.com/watch?v=V3TBdRTo32u, https://www.peekvids.com/watch?v=nFXzkgGDqB7, https://www.peekvids.com/watch?v=IxR5R6tnGXi,
https://www.peekvids.com/watch?v=IuQ2G2x5TjD, https://www.peekvids.com/watch?v=DK4P-gu4uL9, https://www.peekvids.com/watch?v=IOtkUdXnVMr,
https://www.peekvids.com/watch?v=rlWKtJhHO3U, https://www.peekvids.com/watch?v=iUsbVOBrRCJ, https://www.peekvids.com/watch?v=PEhJWpt9ikL,
https://www.peekvids.com/watch?v=y8VfLOp-uum, https://www.peekvids.com/watch?v=TRiaHROUQdz, https://www.peekvids.com/watch?v=WYltmZwy5HE,
https://www.peekvids.com/watch?v=Iaa4cfOqoa6, https://www.peekvids.com/watch?v=TBQSxsLxQQg, https://www.peekvids.com/watch?v=H9Q8AV5qy7H,
https://www.peekvids.com/watch?v=ueCtKrp7dtB, https://www.peekvids.com/watch?v=EBMj0aPjwVt, https://www.peekvids.com/watch?v=UZqb2AEdnaA,
https://www.peekvids.com/watch?v=0nsD8xpMcR2, https://www.peekvids.com/watch?v=wbBTCwTLNdY, https://www.peekvids.com/watch?v=5QbIvQxkC0-,
https://www.peekvids.com/watch?v=taFoZzhc8i3, https://www.peekvids.com/watch?v=ruuSRFxjPcL, https://www.peekvids.com/watch?v=Pi6IAUCAADq,
https://www.peekvids.com/watch?v=MMmHkiAihCz, https://www.peekvids.com/watch?v=DIj5fgSYLZI, https://www.peekvids.com/watch?v=EyWibtPnqAX,
https://www.peekvids.com/watch?v=vuAkoVHLn8Q, https://www.peekvids.com/watch?v=yEXIFMzpVg9, https://www.peekvids.com/watch?v=FdApfe6oVCj,
https://www.peekvids.com/watch?v=mlCfNLQI34G, https://www.peekvids.com/watch?v=JSfqpx2QE85, https://www.peekvids.com/watch?v=KjMnpnVqaKp,
https://www.peekvids.com/watch?v=MXNJ30oFtSY, https://www.peekvids.com/watch?v=N-J5eO43was, https://www.peekvids.com/watch?v=LmEKOkN5FiZ,
https://www.peekvids.com/watch?v=fmRZCUg5xhV, https://www.peekvids.com/watch?v=87lFIpkIUP0, https://www.peekvids.com/watch?v=Wn-Kz6l6qN7,
https://www.peekvids.com/watch?v=ps6YHm6O7X4, https://www.peekvids.com/watch?v=qnCgX7e52H6, https://www.peekvids.com/watch?v=ADkVlfmVsIC,
https://www.peekvids.com/watch?v=uliY2EvIjUs, https://www.peekvids.com/watch?v=UHoiy-tGcGN, https://www.peekvids.com/watch?v=VzMJjjz-Epj,
https://www.peekvids.com/watch?v=8e5nFP2lDQp, https://www.peekvids.com/watch?v=0Q8iMrNHPyT, https://www.peekvids.com/watch?v=hFwhtTlhKpn,
https://www.peekvids.com/watch?v=zs776GQEvVF, https://www.peekvids.com/watch?v=c64cffJCdiR, https://www.peekvids.com/watch?v=f-w4DjsXXAG,
https://www.peekvids.com/watch?v=3xESGuUjqt-, https://www.peekvids.com/watch?v=zQ9Zzai0swc, https://www.peekvids.com/watch?v=jpbcNkKBWcG,
https://www.peekvids.com/watch?v=kkNh40IUwRN, https://www.peekvids.com/watch?v=6Z0drNxYF9k, https://www.peekvids.com/watch?v=7IHWgxP3Xnf,
https://www.peekvids.com/watch?v=xPFP8ouPyU8, https://www.peekvids.com/watch?v=wGJkP0XOZtj, https://www.peekvids.com/watch?v=R9uLSpEtdPu,
https://www.peekvids.com/watch?v=Ixr3o-y8f6-, https://www.peekvids.com/watch?v=xCAdkx2s77j, https://www.peekvids.com/watch?v=ni2BYCpxAD4,
https://www.peekvids.com/watch?v=mnP2k3tAyYM, https://www.peekvids.com/watch?v=tYxzIvIUOaa, https://www.peekvids.com/watch?v=VI-S6sMrDzt,
https://www.peekvids.com/watch?v=aFhgDzPAqrp, https://www.peekvids.com/watch?v=fmJv9iDd6v3, https://www.peekvids.com/watch?v=qhAd98vG4fT,
https://www.peekvids.com/watch?v=046ug0IwXgv, https://www.peekvids.com/watch?v=WyebJckkbL3, https://www.peekvids.com/watch?v=MP8kKHcpb9P,
https://www.peekvids.com/watch?v=sX3WhDd-NXy, https://www.peekvids.com/watch?v=uvjy9Z5G6x6, https://www.peekvids.com/watch?v=DAOLa8a6qKw,
https://www.peekvids.com/watch?v=sTHymMZJF9z, https://www.peekvids.com/watch?v=Yokf4s3UeV2, https://www.peekvids.com/watch?v=nDPj3BlZCLB,
https://www.peekvids.com/watch?v=2MFiIFg7CZ8, https://www.peekvids.com/watch?v=cjBqQwrj7zX, https://www.peekvids.com/watch?v=W08OTyLAZrh,
https://www.peekvids.com/watch?v=msnH5iiv6gd, https://www.peekvids.com/watch?v=ZAZco9awwx-, https://www.peekvids.com/watch?v=yYuOormjmZP,
https://www.peekvids.com/watch?v=zoREiKnKTs0, https://www.peekvids.com/watch?v=Exv4EmZMy9L, https://www.peekvids.com/watch?v=px3SQ0OwRK6,
https://www.peekvids.com/watch?v=TOIYd8ocMnt, https://www.peekvids.com/watch?v=jjsgOJgNdBt, https://www.peekvids.com/watch?v=C8t6RvH5w7D,
https://www.peekvids.com/watch?v=BUJCMmt3gTn, https://www.peekvids.com/watch?v=E65EGAuwoin, https://www.peekvids.com/watch?v=K4jddCaUFlW,
https://www.peekvids.com/watch?v=9eYYkm-EUGr, https://www.peekvids.com/watch?v=dhLNOcHLZv7, https://www.peekvids.com/watch?v=Jz4J-7qhMgB,
https://www.peekvids.com/watch?v=8OcRWXxvIY9, https://www.peekvids.com/watch?v=uNqrfUbzx-V, https://www.peekvids.com/watch?v=2-0oit3JG4j,
https://www.peekvids.com/watch?v=WoPC9sGjdos, https://www.peekvids.com/watch?v=NmuuMa-kvpZ, https://www.peekvids.com/watch?v=FP3AwFiEi7D,
https://www.peekvids.com/watch?v=xtXwpTyIOqX, https://www.peekvids.com/watch?v=CULrB6UYo62
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: champs777
5.b. Uploader's email address: arizoryonako@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=champs777
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ZRl9VoYgoSl, https://www.peekvids.com/watch?v=C0jDHFSb8Vj,
https://www.peekvids.com/watch?v=JZn7SmkWlu6, https://www.peekvids.com/watch?v=Wf4tElILvgB, https://www.peekvids.com/watch?v=y9YqLQSI84P,
https://www.peekvids.com/watch?v=7BPr_XlSQcc, https://www.peekvids.com/watch?v=bRMTC-MsPEd, https://www.peekvids.com/watch?v=b1dkPCXSDP2,
https://www.peekvids.com/watch?v=GKa4tArMfuJ, https://www.peekvids.com/watch?v=GAitgbun01k, https://www.peekvids.com/watch?v=0CwVVsloXVd,
https://www.peekvids.com/watch?v=TbZb2NrFaoQ, https://www.peekvids.com/watch?v=jxg2vfy4XBK, https://www.peekvids.com/watch?v=74baazW7Ig6,
https://www.peekvids.com/watch?v=XxJYitZdxSi, https://www.peekvids.com/watch?v=YnbBOcy1Oiq, https://www.peekvids.com/watch?v=rmZAcOGodYs,
https://www.peekvids.com/watch?v=TTJSreb5Xci, https://www.peekvids.com/watch?v=DspST3O7WPn, https://www.peekvids.com/watch?v=LxtRZugwjTS,
https://www.peekvids.com/watch?v=Simgv8sFemM, https://www.peekvids.com/watch?v=lcsvlro6BmZ, https://www.peekvids.com/watch?v=eo5SFZVE8qH,
https://www.peekvids.com/watch?v=xihAOB0PnMQ, https://www.peekvids.com/watch?v=R7ncgWjrtkr, https://www.peekvids.com/watch?v=URVWO2P4Ub4,
https://www.peekvids.com/watch?v=EFTNp8i-Bcf, https://www.peekvids.com/watch?v=NlJ9tNgeNIU, https://www.peekvids.com/watch?v=Hi3nMQGkAKr,
https://www.peekvids.com/watch?v=6XGvQdbMYB9, https://www.peekvids.com/watch?v=LI4ekEiK1US, https://www.peekvids.com/watch?v=fgCs5BWkUmd,
https://www.peekvids.com/watch?v=BIwm9bIz8K0, https://www.peekvids.com/watch?v=Y1eMANKVPj5, https://www.peekvids.com/watch?v=JU2dWKc-2Tn,
https://www.peekvids.com/watch?v=SxEQc9ORDp0, https://www.peekvids.com/watch?v=ZwH1XkBFniO, https://www.peekvids.com/watch?v=5fiBjdDZYZi,
https://www.peekvids.com/watch?v=d0e_picG3VA, https://www.peekvids.com/watch?v=mT4xtlTFjLV, https://www.peekvids.com/watch?v=MDwsehP4CHP,

https://www.peekvids.com/watch?v=txvrjo-gheB, https://www.peekvids.com/watch?v=KqpG5qVTihY, https://www.peekvids.com/watch?v=kZJOlr5kqre,
https://www.peekvids.com/watch?v=MZVXsZEayjz, https://www.peekvids.com/watch?v=A7evguMkC5c, https://www.peekvids.com/watch?v=Hr2XF_wyc0q,
https://www.peekvids.com/watch?v=351OIvdqxai, https://www.peekvids.com/watch?v=NSjzpf4U5uG, https://www.peekvids.com/watch?v=iOKxr43uWC5,
https://www.peekvids.com/watch?v=dMbh2NJEsab, https://www.peekvids.com/watch?v=RrdtqDhGhzE, https://www.peekvids.com/watch?v=I641_B5Io9a,
https://www.peekvids.com/watch?v=PmoSM6B6Jgx, https://www.peekvids.com/watch?v=dNOu9ByYbvs, https://www.peekvids.com/watch?v=u5dTouqJO3G,
https://www.peekvids.com/watch?v=r6PKRVJu2o8, https://www.peekvids.com/watch?v=3xrlBCxKebf, https://www.peekvids.com/watch?v=gXQv5HKAVzh,
https://www.peekvids.com/watch?v=Esxo6vvWHqV, https://www.peekvids.com/watch?v=q_kWgfzCrYQ, https://www.peekvids.com/watch?v=qYSuWZEI-mP,
https://www.peekvids.com/watch?v=pUGe3w6kNiY, https://www.peekvids.com/watch?v=8GLacotdI6Y, https://www.peekvids.com/watch?v=I62z-eDMMNY,
https://www.peekvids.com/watch?v=5TQSqvs_Ofc, https://www.peekvids.com/watch?v=u5IdaaohWQQ, https://www.peekvids.com/watch?v=a0rW9XmVnp0,
https://www.peekvids.com/watch?v=iP6tRBH0KlM, https://www.peekvids.com/watch?v=jqmwALXskEl, https://www.peekvids.com/watch?v=OJ_pVMEI6HU,
https://www.peekvids.com/watch?v=Cbr72F6fRUr, https://www.peekvids.com/watch?v=ioRIk8QOw_F, https://www.peekvids.com/watch?v=oq_FB8RUl9z,
https://www.peekvids.com/watch?v=sbUoli3Fmfe, https://www.peekvids.com/watch?v=uRetcG47-mL, https://www.peekvids.com/watch?v=br0vqKWM7Te,
https://www.peekvids.com/watch?v=RSVxpHtAWp3, https://www.peekvids.com/watch?v=2723c3r-q8N, https://www.peekvids.com/watch?v=yQazCT-g94A,
https://www.peekvids.com/watch?v=wUokvfACSej, https://www.peekvids.com/watch?v=2ovVFkuwLMY, https://www.peekvids.com/watch?v=76efmKmlN3O,
https://www.peekvids.com/watch?v=yaa45tjfy_x, https://www.peekvids.com/watch?v=S1vaSYKquqa, https://www.peekvids.com/watch?v=3I649SmVKQZ,
https://www.peekvids.com/watch?v=fK6qh2Cmlj6, https://www.peekvids.com/watch?v=C55LNJBmyg5, https://www.peekvids.com/watch?v=XEG0M_BlX8Q,
https://www.peekvids.com/watch?v=6Ja9pyCETkC, https://www.peekvids.com/watch?v=BhgwgnauA-f, https://www.peekvids.com/watch?v=UICtqL_GecB,
https://www.peekvids.com/watch?v=3KXFHCKNLwO, https://www.peekvids.com/watch?v=aena-RspEZR, https://www.peekvids.com/watch?v=PLbVgwdYpvM,
https://www.peekvids.com/watch?v=t5D986CO8QJ, https://www.peekvids.com/watch?v=mtso-EAIQ4c, https://www.peekvids.com/watch?v=H4mVo7W4quX,
https://www.peekvids.com/watch?v=2d6XKNdeyMX, https://www.peekvids.com/watch?v=qC_lrZUy9zC, https://www.peekvids.com/watch?v=G0XRK-Ud8YU,
https://www.peekvids.com/watch?v=sRszJcq8n3w, https://www.peekvids.com/watch?v=vGsvmv0cImj, https://www.peekvids.com/watch?v=A7_daRSuwpw,
https://www.peekvids.com/watch?v=KaBwSm9x4NO, https://www.peekvids.com/watch?v=nJ-jmbl1aiv, https://www.peekvids.com/watch?v=a63h8ouz9mI,
https://www.peekvids.com/watch?v=K0-AuUDbqvU, https://www.peekvids.com/watch?v=NK_A4rZuAMZ, https://www.peekvids.com/watch?v=uFsf8O9bzGi,
https://www.peekvids.com/watch?v=EvlcsbiY3sx, https://www.peekvids.com/watch?v=P_j4d7qra47, https://www.peekvids.com/watch?v=isuQ3yD9Sjb,
https://www.peekvids.com/watch?v=5tC_cHlb1zz, https://www.peekvids.com/watch?v=nllBUUytvzF, https://www.peekvids.com/watch?v=8-O0pJN5nK9,
https://www.peekvids.com/watch?v=lH-V2EuJY0o, https://www.peekvids.com/watch?v=VOQ30Scu0dq, https://www.peekvids.com/watch?v=44v_u-BRpHK,
https://www.peekvids.com/watch?v=pdUgZIUVPNQ, https://www.peekvids.com/watch?v=wN7ZlWbDu2C, https://www.peekvids.com/watch?v=A47uKr-ZiH6,
https://www.peekvids.com/watch?v=0vlY9eEtIxa, https://www.peekvids.com/watch?v=spi0fIFgc4A, https://www.peekvids.com/watch?v=P7i-4ceFzst,
https://www.peekvids.com/watch?v=CAVKNYdiIyF, https://www.peekvids.com/watch?v=as-lV_hPaKH, https://www.peekvids.com/watch?v=4EpEJEApgxg,
https://www.peekvids.com/watch?v=6tzB2_LI5hb, https://www.peekvids.com/watch?v=qoDFNQhUpc6, https://www.peekvids.com/watch?v=sjawh_kD8FL,
https://www.peekvids.com/watch?v=ECQQHgtfxt6, https://www.peekvids.com/watch?v=Yve7h30aOG9, https://www.peekvids.com/watch?v=pZAzK9-PlB3,
https://www.peekvids.com/watch?v=Kx5ThjhwDdL, https://www.peekvids.com/watch?v=8tsp6GYTovf, https://www.peekvids.com/watch?v=V4QfDo2pajq,
https://www.peekvids.com/watch?v=rtJuAtVS4my, https://www.peekvids.com/watch?v=Cuvf-_VLR79, https://www.peekvids.com/watch?v=Kv69aexBOCe,
https://www.peekvids.com/watch?v=m49opJhIsef, https://www.peekvids.com/watch?v=sX1CynglcPc, https://www.peekvids.com/watch?v=aYquv5jrewp,
https://www.peekvids.com/watch?v=OhCkYhy9YAU, https://www.peekvids.com/watch?v=q9ttXtDsJWZ, https://www.peekvids.com/watch?v=NM9ilzsK8Nj,
https://www.peekvids.com/watch?v=0Ki2NPhp3d9, https://www.peekvids.com/watch?v=Dc0FTBt6V8D, https://www.peekvids.com/watch?v=2WDPdk_qAhU,
https://www.peekvids.com/watch?v=x1deQGzDa9v, https://www.peekvids.com/watch?v=wvhbUiRjAWU, https://www.peekvids.com/watch?v=PAKIhYlCsTN,
https://www.peekvids.com/watch?v=RWNUbH40tKN, https://www.peekvids.com/watch?v=PI2O9g_caUO, https://www.peekvids.com/watch?v=Y4XgxcSXu93,
https://www.peekvids.com/watch?v=sIBEmMZDLYX, https://www.peekvids.com/watch?v=Vc1uUDzbNYT, https://www.peekvids.com/watch?v=G8wKwxMG8Zi,
https://www.peekvids.com/watch?v=TIIwlj1dAf4, https://www.peekvids.com/watch?v=aLyVPSyK2Eq, https://www.peekvids.com/watch?v=ctAbD-kb35G,
https://www.peekvids.com/watch?v=bfXFSiYZ-VY, https://www.peekvids.com/watch?v=lFc8lF82twf, https://www.peekvids.com/watch?v=hXTK6E-FSW4,
https://www.peekvids.com/watch?v=b4sVB3cjU4c, https://www.peekvids.com/watch?v=EaKYVXCjrXU, https://www.peekvids.com/watch?v=ck3y0Kf4lzW,
https://www.peekvids.com/watch?v=5U2HTHPyqfX, https://www.peekvids.com/watch?v=Hb0x9RZNJXk, https://www.peekvids.com/watch?v=KfFAdUZ7ZOd,
https://www.peekvids.com/watch?v=0gQcEx1YZS8, https://www.peekvids.com/watch?v=nEQ-V4uK0Zh, https://www.peekvids.com/watch?v=wzSTFoGiFFI,
https://www.peekvids.com/watch?v=pOKwuzjYSye, https://www.peekvids.com/watch?v=fheuxgY506Q, https://www.peekvids.com/watch?v=P-LqpWDK8UD,
https://www.peekvids.com/watch?v=P7EwX3LoOLj, https://www.peekvids.com/watch?v=5TTaFUtXYtQ, https://www.peekvids.com/watch?v=T4fN2WVefVK,
https://www.peekvids.com/watch?v=81wOYh-SryM, https://www.peekvids.com/watch?v=H39sn5W9rzN, https://www.peekvids.com/watch?v=IT7xpJq4ilD,
https://www.peekvids.com/watch?v=Utz8ax5ZOm9, https://www.peekvids.com/watch?v=ChIwCbOJnbf, https://www.peekvids.com/watch?v=sNubv5mRjtr,
https://www.peekvids.com/watch?v=e_unMRRGtCX, https://www.peekvids.com/watch?v=L7ljmXnW_q5, https://www.peekvids.com/watch?v=Zj_1mvgsmJH,
https://www.peekvids.com/watch?v=wIq9K1uMCad, https://www.peekvids.com/watch?v=odpRchwjQkx, https://www.peekvids.com/watch?v=PRx2UQQDiRl,
https://www.peekvids.com/watch?v=8uuR4VHfJUV, https://www.peekvids.com/watch?v=icn7gBD8F4n, https://www.peekvids.com/watch?v=kBSso5bzkMM,
https://www.peekvids.com/watch?v=3mEJfwASuMJ, https://www.peekvids.com/watch?v=BSp-_0PGlu6, https://www.peekvids.com/watch?v=GEu5XILeIHS,
https://www.peekvids.com/watch?v=O1OemldIbDS, https://www.peekvids.com/watch?v=ZGU1U3IoCIb, https://www.peekvids.com/watch?v=89fbtXYCbeV,
https://www.peekvids.com/watch?v=kaE0V86OCK9, https://www.peekvids.com/watch?v=oBsKVY5Iie3
5.f. Date of third notice: 2015-11-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chapitosex
5.b. Uploader's email address: antonantonio@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chapitosex
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=s4OxDFXQvyP, https://www.peekvids.com/watch?v=go-QaoJeIEq,
https://www.peekvids.com/watch?v=GlpSvg5RC0y, https://www.peekvids.com/watch?v=B_oLTlF0ao7, https://www.peekvids.com/watch?v=cUts-klrcP9,
https://www.peekvids.com/watch?v=09p9Khi7o4m, https://www.peekvids.com/watch?v=p4jM5_PVvje, https://www.peekvids.com/watch?v=XJPwYS3tEEa,
https://www.peekvids.com/watch?v=j4Ihs7DFjd0, https://www.peekvids.com/watch?v=dzcP5CNnUYC, https://www.peekvids.com/watch?v=mR3-VLVcu_0,
https://www.peekvids.com/watch?v=n92Kw_gBTdo, https://www.peekvids.com/watch?v=DhpmnceYfpO, https://www.peekvids.com/watch?v=2E_pYSOY9kQ,
https://www.peekvids.com/watch?v=Z_HtYMyM_OK, https://www.peekvids.com/watch?v=DjR8hTlRZgI, https://www.peekvids.com/watch?v=XpvcFDt_gVa,
https://www.peekvids.com/watch?v=Tc_RaIUEGhR, https://www.peekvids.com/watch?v=DTrP1mI6KsR, https://www.peekvids.com/watch?v=upjzTiQ8fEy,
https://www.peekvids.com/watch?v=PLr3OpFDM3V, https://www.peekvids.com/watch?v=UedX7dnOFsS, https://www.peekvids.com/watch?v=gXmS05jAu1E,
https://www.peekvids.com/watch?v=IQxDVJDBXTL, https://www.peekvids.com/watch?v=wkJ9qvQLxoL, https://www.peekvids.com/watch?v=7yl9UBCeCpL,
https://www.peekvids.com/watch?v=h82Ccejg-lG, https://www.peekvids.com/watch?v=hjpfTzxLAtl, https://www.peekvids.com/watch?v=TPpV7N_Csho,
https://www.peekvids.com/watch?v=Rs40jUSkdYl, https://www.peekvids.com/watch?v=D9hwX0BvHAf, https://www.peekvids.com/watch?v=jEVla9r-RtZ,
https://www.peekvids.com/watch?v=TSOB6pR2pGW, https://www.peekvids.com/watch?v=Cvp01ycVgKP, https://www.peekvids.com/watch?v=i9lfru0LFMT,
https://www.peekvids.com/watch?v=cxnrUscM_CC, https://www.peekvids.com/watch?v=PbRu5G-kDmV, https://www.peekvids.com/watch?v=0mRviPkLTqZ,
https://www.peekvids.com/watch?v=dMG4V6lyixV, https://www.peekvids.com/watch?v=Bf9J-IOQVfP, https://www.peekvids.com/watch?v=tfbKoOkxguO,
https://www.peekvids.com/watch?v=tLqzeVWKizF, https://www.peekvids.com/watch?v=LrITQXKySWc, https://www.peekvids.com/watch?v=VBXbmoA-hGw,
https://www.peekvids.com/watch?v=whR0vnWc5rL, https://www.peekvids.com/watch?v=QSqzL_kioyO, https://www.peekvids.com/watch?v=PeXZ6HdjkVJ,
https://www.peekvids.com/watch?v=5RWA3hgiZuH, https://www.peekvids.com/watch?v=hKGYQlB-Ykt, https://www.peekvids.com/watch?v=lgKKPr9OHIi,
https://www.peekvids.com/watch?v=sSEziw5yJSz, https://www.peekvids.com/watch?v=UTYtOKcdjau, https://www.peekvids.com/watch?v=wp0DCz6kYGW,
https://www.peekvids.com/watch?v=j9_ezwSxRBy, https://www.peekvids.com/watch?v=l6UT9BMCNhq, https://www.peekvids.com/watch?v=67HSvFzD-_9,
https://www.peekvids.com/watch?v=40VpIwTxmYw, https://www.peekvids.com/watch?v=olmUHsg7IQH, https://www.peekvids.com/watch?v=crWmIlZo7lC,
https://www.peekvids.com/watch?v=v9PYrXvBOBt, https://www.peekvids.com/watch?v=uWdpGZtXFWy, https://www.peekvids.com/watch?v=2Yg2fk8Z9LV,
https://www.peekvids.com/watch?v=EddXj8eYG_i, https://www.peekvids.com/watch?v=27ABycEeozv, https://www.peekvids.com/watch?v=KVzYKTU_0PM,
https://www.peekvids.com/watch?v=7Jw9lmME3Kn, https://www.peekvids.com/watch?v=NYIGkdqWK2U, https://www.peekvids.com/watch?v=oGsOCjkP1Kp,
https://www.peekvids.com/watch?v=OnGVjWPA7Kh, https://www.peekvids.com/watch?v=Td1AZFvBrNz, https://www.peekvids.com/watch?v=yG8qV3ZClJV,
https://www.peekvids.com/watch?v=UzYbNReIFX6, https://www.peekvids.com/watch?v=joYoN6DI4tQ, https://www.peekvids.com/watch?v=WBYsLd4wH_d,
https://www.peekvids.com/watch?v=UEoLJUJ_b1b, https://www.peekvids.com/watch?v=Ps09nCKbTaQ, https://www.peekvids.com/watch?v=2dGQmeuvUso,
https://www.peekvids.com/watch?v=362Ntrgw0Df, https://www.peekvids.com/watch?v=tKLfjCfAk78, https://www.peekvids.com/watch?v=Tc75PV3On_k,
https://www.peekvids.com/watch?v=DMiqQgg2Xj4, https://www.peekvids.com/watch?v=XvK-eZbGyRF, https://www.peekvids.com/watch?v=X28FpkzuwgP,
https://www.peekvids.com/watch?v=uF5ahHfIomH, https://www.peekvids.com/watch?v=AE_ozoKBmt0, https://www.peekvids.com/watch?v=C3cntAh1FV8,
https://www.peekvids.com/watch?v=GO_Rr4SoAG3, https://www.peekvids.com/watch?v=aBSBjzRSXcR, https://www.peekvids.com/watch?v=Pt7QEK4lK4u,
https://www.peekvids.com/watch?v=4u4-V7Uyzoz, https://www.peekvids.com/watch?v=K3QF2oEzmV4, https://www.peekvids.com/watch?v=xOdM5fHRB0l,
https://www.peekvids.com/watch?v=iiZrwjGSilL, https://www.peekvids.com/watch?v=Wk5QeVDm7t5, https://www.peekvids.com/watch?v=d-3dUacRWED,
https://www.peekvids.com/watch?v=ToVCUjgFNrK, https://www.peekvids.com/watch?v=Hl5CW3nJNHQ, https://www.peekvids.com/watch?v=p1XJIGtUluI,
https://www.peekvids.com/watch?v=RRJ_Jwq4p5o, https://www.peekvids.com/watch?v=UMLB_jL1eCK, https://www.peekvids.com/watch?v=uk36Y0-PGqV,
https://www.peekvids.com/watch?v=itstvqxmTvW, https://www.peekvids.com/watch?v=sbeWmrIrff2, https://www.peekvids.com/watch?v=FrnEvtK1Adr,
https://www.peekvids.com/watch?v=I_409RtQ8xh, https://www.peekvids.com/watch?v=uZFNbxfDw2m, https://www.peekvids.com/watch?v=vMehWL2bqtx,
https://www.peekvids.com/watch?v=MggpX8p6923, https://www.peekvids.com/watch?v=ap-XtHD7Q57, https://www.peekvids.com/watch?v=tx9Xw2lKeyd,
https://www.peekvids.com/watch?v=Lcy0_YCH2XV, https://www.peekvids.com/watch?v=eXSZTMVu1Kb, https://www.peekvids.com/watch?v=77tloZhpTnh,
https://www.peekvids.com/watch?v=AeV_asshaYg, https://www.peekvids.com/watch?v=8pbVJcYSTEb, https://www.peekvids.com/watch?v=YgRtNr64bir,
https://www.peekvids.com/watch?v=ttBdgVOCDh8, https://www.peekvids.com/watch?v=bPTixIoiVho, https://www.peekvids.com/watch?v=WiZaKs8yIrp,
https://www.peekvids.com/watch?v=4tAa0HktVnq
5.f. Date of third notice: 2015-10-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cherrylike
5.b. Uploader's email address: rfrugurtypp@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cherrylike
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=oywn5CpL0-3, https://www.peekvids.com/watch?v=kResM9fMACM,
https://www.peekvids.com/watch?v=G3yBPk84VGI, https://www.peekvids.com/watch?v=f00CnrDT3-T, https://www.peekvids.com/watch?v=rmnhLGwKnMo,
https://www.peekvids.com/watch?v=TajbYDXNFOJ, https://www.peekvids.com/watch?v=A8I5L8fIlNx, https://www.peekvids.com/watch?v=mhPNsWI6Nb8,
https://www.peekvids.com/watch?v=ErwD-yhMZlq, https://www.peekvids.com/watch?v=alqjH85SU72, https://www.peekvids.com/watch?v=FRebohW2BYf,
https://www.peekvids.com/watch?v=p8xPaouOzjo, https://www.peekvids.com/watch?v=FFgvZumsCnp, https://www.peekvids.com/watch?v=qZu7xZaXF46,
https://www.peekvids.com/watch?v=hgJ48LfD5wf, https://www.peekvids.com/watch?v=eeiMyww3Gas, https://www.peekvids.com/watch?v=HTmfeSYG85K,
https://www.peekvids.com/watch?v=h32wBrP3UL8, https://www.peekvids.com/watch?v=GeABH53Qvu8, https://www.peekvids.com/watch?v=bqjTaDQ-Din,
https://www.peekvids.com/watch?v=OIRY9ywpCa5, https://www.peekvids.com/watch?v=oH5Kg-JVwEN, https://www.peekvids.com/watch?v=j0mXIXpRLiM,
https://www.peekvids.com/watch?v=Qkhq3-sv09M, https://www.peekvids.com/watch?v=ec8dztP-LJC, https://www.peekvids.com/watch?v=6a4jreOsNYg,
https://www.peekvids.com/watch?v=pzWOXDYaplW, https://www.peekvids.com/watch?v=uP9AYQtmcNs, https://www.peekvids.com/watch?v=ZkOaeL5a6p3,
https://www.peekvids.com/watch?v=cveRepHMWYl, https://www.peekvids.com/watch?v=5b6qA3fwZpa, https://www.peekvids.com/watch?v=-ANhExbJ5fO,
https://www.peekvids.com/watch?v=YDbggglwTNt, https://www.peekvids.com/watch?v=oksKQ4euC6R, https://www.peekvids.com/watch?v=en5VEPGIqfD,
https://www.peekvids.com/watch?v=l4w0cTRlbYo, https://www.peekvids.com/watch?v=obQEDRnAPXS, https://www.peekvids.com/watch?v=LjxQyad7TOP,
https://www.peekvids.com/watch?v=ofGJvjn5hwj, https://www.peekvids.com/watch?v=Gw330FsXT3I, https://www.peekvids.com/watch?v=XMcIxtPcyHQ,
https://www.peekvids.com/watch?v=fRhtgMW9Eob, https://www.peekvids.com/watch?v=Ihd6qi54ngl, https://www.peekvids.com/watch?v=lnBFnZUIAyH,
https://www.peekvids.com/watch?v=M3nbPQo6LdZ, https://www.peekvids.com/watch?v=YpXl84TAaCF, https://www.peekvids.com/watch?v=KrPS9bur4-w,
https://www.peekvids.com/watch?v=luxspCqOiAA, https://www.peekvids.com/watch?v=ExaklpPUgQ6, https://www.peekvids.com/watch?v=0smV5S4eYNE,
https://www.peekvids.com/watch?v=zFaacc7U-3v, https://www.peekvids.com/watch?v=rUXUfrMfBMH, https://www.peekvids.com/watch?v=THzwO6OLdtb,
https://www.peekvids.com/watch?v=NgpWMa2vx6G, https://www.peekvids.com/watch?v=EPKT0bmlW5p, https://www.peekvids.com/watch?v=T4XGMFbpsxx,
https://www.peekvids.com/watch?v=bfAka649UV6, https://www.peekvids.com/watch?v=TeKU9PIYAtc, https://www.peekvids.com/watch?v=4IzxlGv-K5W,
https://www.peekvids.com/watch?v=UFeimCipy34, https://www.peekvids.com/watch?v=XXbgCdE-T8P, https://www.peekvids.com/watch?v=H6OaTZInoXw,
https://www.peekvids.com/watch?v=jmCmcPRJrVQ, https://www.peekvids.com/watch?v=hj9gCt8B7x4, https://www.peekvids.com/watch?v=uo4tZ8zZiUT,
https://www.peekvids.com/watch?v=XACBnTf7UWv, https://www.peekvids.com/watch?v=ZvqqEPO7VV-, https://www.peekvids.com/watch?v=E9EpAlH7CUf,
https://www.peekvids.com/watch?v=sHFcIs8NccN, https://www.peekvids.com/watch?v=eDuKEisXWE8, https://www.peekvids.com/watch?v=XyrTValrs8I,
https://www.peekvids.com/watch?v=mlnExNYdgPG, https://www.peekvids.com/watch?v=3YAH6Z7cwqu, https://www.peekvids.com/watch?v=XcaQ6fNW4L9,
https://www.peekvids.com/watch?v=jdKAXa-bpYJ, https://www.peekvids.com/watch?v=MYnGNnO8RqT, https://www.peekvids.com/watch?v=pnyRc2hiWeu,
https://www.peekvids.com/watch?v=kD7RmHbtqo0, https://www.peekvids.com/watch?v=Qd2hef-KsfU, https://www.peekvids.com/watch?v=ikRya5V-EqR,
https://www.peekvids.com/watch?v=9ngVwY9cQlh, https://www.peekvids.com/watch?v=BQ96K7Q7dcs, https://www.peekvids.com/watch?v=EgltZX7oI5O,
https://www.peekvids.com/watch?v=X5p55UXAD6N, https://www.peekvids.com/watch?v=ivoiCWce0u3, https://www.peekvids.com/watch?v=IYcUff8chhK,

https://www.peekvids.com/watch?v=jUf-vkGAsTN, https://www.peekvids.com/watch?v=KeQTizFaGc9, https://www.peekvids.com/watch?v=a8pQkKeuy9a,
https://www.peekvids.com/watch?v=9gGlQICFxaH, https://www.peekvids.com/watch?v=-soFOvC50JH, https://www.peekvids.com/watch?v=rYezRIrMaUQ,
https://www.peekvids.com/watch?v=WTvLqUKC-DZ, https://www.peekvids.com/watch?v=cuTcDGJcjcm, https://www.peekvids.com/watch?v=qj9wNDr6oZY,
https://www.peekvids.com/watch?v=MxtJXzZIySk, https://www.peekvids.com/watch?v=fLggFnqoeG5, https://www.peekvids.com/watch?v=y60D6KzC4yc,
https://www.peekvids.com/watch?v=MyEMtqMXGuj, https://www.peekvids.com/watch?v=5Z0mLBFzYu8, https://www.peekvids.com/watch?v=R-DVd4ZQlyu,
https://www.peekvids.com/watch?v=Hc97eWcSJm9, https://www.peekvids.com/watch?v=UMsYkwXDvjy, https://www.peekvids.com/watch?v=uKz3qOPJvZP,
https://www.peekvids.com/watch?v=pj-MZqojjtE, https://www.peekvids.com/watch?v=3G7BFYRkJL8, https://www.peekvids.com/watch?v=ugllgRZeqsi,
https://www.peekvids.com/watch?v=rDheh5CMZT7, https://www.peekvids.com/watch?v=ybGrSgzk9LJ, https://www.peekvids.com/watch?v=QYnZJjKlNq0,
https://www.peekvids.com/watch?v=6IEXbOsTnde, https://www.peekvids.com/watch?v=cosTKlPhCeG, https://www.peekvids.com/watch?v=6DSjJP-liCc,
https://www.peekvids.com/watch?v=U2L4IohzTLa, https://www.peekvids.com/watch?v=0TVREP0s8Sk, https://www.peekvids.com/watch?v=NxLysiI66oU,
https://www.peekvids.com/watch?v=90WDHL4FITg, https://www.peekvids.com/watch?v=AaOTJCsW2Hc, https://www.peekvids.com/watch?v=QSSIxnTwPfb,
https://www.peekvids.com/watch?v=baqrV9mVjxa, https://www.peekvids.com/watch?v=IAOf7dCzAdd, https://www.peekvids.com/watch?v=Py3ZK3UvRxQ,
https://www.peekvids.com/watch?v=HU7psBZd98D, https://www.peekvids.com/watch?v=eDJhVf-lTFQ, https://www.peekvids.com/watch?v=X50M0nEUjl2,
https://www.peekvids.com/watch?v=boPL9YaJYhj, https://www.peekvids.com/watch?v=s6Nje2NwXV7, https://www.peekvids.com/watch?v=WEPvVxto-Oc,
https://www.peekvids.com/watch?v=Ihz50PM9oOH, https://www.peekvids.com/watch?v=6HnRmytsAMV, https://www.peekvids.com/watch?v=kizyrNHGll0,
https://www.peekvids.com/watch?v=qSB8G4g5wiB, https://www.peekvids.com/watch?v=0IQsjcrOUBI, https://www.peekvids.com/watch?v=6UoDJFLtL6I,
https://www.peekvids.com/watch?v=vNf7cY23lgp, https://www.peekvids.com/watch?v=4VVezc6TKxP, https://www.peekvids.com/watch?v=SrBnZktnMSK,
https://www.peekvids.com/watch?v=ChV9ETVJsLU, https://www.peekvids.com/watch?v=FK8I9bjAmUN, https://www.peekvids.com/watch?v=8CAIknUyMM2,
https://www.peekvids.com/watch?v=yGRlXg-EWoE, https://www.peekvids.com/watch?v=IrFScuNxJiM, https://www.peekvids.com/watch?v=5RdxUtROc7A,
https://www.peekvids.com/watch?v=vzH8ELOGA2l, https://www.peekvids.com/watch?v=WVCSujXZrkD, https://www.peekvids.com/watch?v=Mm5-ymgAFnd,
https://www.peekvids.com/watch?v=RMI6IPSN-GS, https://www.peekvids.com/watch?v=ULHkS92uQLV, https://www.peekvids.com/watch?v=a0qQ6V0Yn22,
https://www.peekvids.com/watch?v=GQrJzPQgL0V, https://www.peekvids.com/watch?v=6TtRLnKRz8K, https://www.peekvids.com/watch?v=-yvPPMlzVg9,
https://www.peekvids.com/watch?v=lSunQjQ44l9, https://www.peekvids.com/watch?v=2IBdqWEYZ9z, https://www.peekvids.com/watch?v=Rf7Rd4rBKXD,
https://www.peekvids.com/watch?v=pKu7JW8ig0A, https://www.peekvids.com/watch?v=GjbJsqjHF-g, https://www.peekvids.com/watch?v=49zaB54xOdG,
https://www.peekvids.com/watch?v=NDqo06Tvwj2, https://www.peekvids.com/watch?v=fSioXzlIg7L, https://www.peekvids.com/watch?v=ptDOJ6pYTen,
https://www.peekvids.com/watch?v=panCN6d8DhK, https://www.peekvids.com/watch?v=csx7MzrQpMH, https://www.peekvids.com/watch?v=e64bW9v0NgK,
https://www.peekvids.com/watch?v=jKOJZveL602, https://www.peekvids.com/watch?v=uqetOzonmRL, https://www.peekvids.com/watch?v=RV0fARqojj2,
https://www.peekvids.com/watch?v=eddVkSXMtiV, https://www.peekvids.com/watch?v=dMdDTBGK7Eo, https://www.peekvids.com/watch?v=hbvN82KLMq9,
https://www.peekvids.com/watch?v=ZovuaOQDGqQ, https://www.peekvids.com/watch?v=J-OEgQ0R3Q2, https://www.peekvids.com/watch?v=PwnZZoWBb3z,
https://www.peekvids.com/watch?v=0sljr9de4LX, https://www.peekvids.com/watch?v=CKBhbXXs6NG, https://www.peekvids.com/watch?v=DRlhYiYl7Nz,
https://www.peekvids.com/watch?v=-9IKmt9HSLs, https://www.peekvids.com/watch?v=vEuEkgOrkfK, https://www.peekvids.com/watch?v=EKvrFYTPplS,
https://www.peekvids.com/watch?v=JF9gSHlLbA3, https://www.peekvids.com/watch?v=vhPIApLpqav, https://www.peekvids.com/watch?v=rzbXT2EfOxJ,
https://www.peekvids.com/watch?v=uQAA7y3EVqH, https://www.peekvids.com/watch?v=AsB0D4fCNA8, https://www.peekvids.com/watch?v=KkTmvSG2qsu,
https://www.peekvids.com/watch?v=-XbN8gFKCsw, https://www.peekvids.com/watch?v=6P5sPenbL36, https://www.peekvids.com/watch?v=XcaGVlIFmBi,
https://www.peekvids.com/watch?v=asxIDLt3o7T, https://www.peekvids.com/watch?v=X5CFh6AH2nK, https://www.peekvids.com/watch?v=TVUwJi7iWBh,
https://www.peekvids.com/watch?v=VqfGAo-Cfgt, https://www.peekvids.com/watch?v=Q6m2qkigqE4, https://www.peekvids.com/watch?v=w8E6b4bEnlN,
https://www.peekvids.com/watch?v=eXwbqK8hF7d, https://www.peekvids.com/watch?v=Pkh-Y-wJLNW, https://www.peekvids.com/watch?v=3G08Vzb8FT-,
https://www.peekvids.com/watch?v=WY7bny7wSx-, https://www.peekvids.com/watch?v=6Jz--naUXFJ, https://www.peekvids.com/watch?v=I63QwbYLxbG,
https://www.peekvids.com/watch?v=2pfUvbXheLV, https://www.peekvids.com/watch?v=xcHqqDQcBM8, https://www.peekvids.com/watch?v=Ewi9BGvf8vs,
https://www.peekvids.com/watch?v=-c26LvVLfxB, https://www.peekvids.com/watch?v=DNeznZjZmwn, https://www.peekvids.com/watch?v=AQKbkgUaWLg,
https://www.peekvids.com/watch?v=jix5qw8cK5M, https://www.peekvids.com/watch?v=e3GuPtmN-mQ, https://www.peekvids.com/watch?v=EYh3F0sIAPl,
https://www.peekvids.com/watch?v=jlnKANM2v0-, https://www.peekvids.com/watch?v=YXgow0TIFIC, https://www.peekvids.com/watch?v=3UoNMyxslmI,
https://www.peekvids.com/watch?v=mJRBqZyyDkr, https://www.peekvids.com/watch?v=iUgwNpWhG2w, https://www.peekvids.com/watch?v=VPpcsQZfldr,
https://www.peekvids.com/watch?v=m8umkTD5Quk, https://www.peekvids.com/watch?v=a4QbRrzTX4K, https://www.peekvids.com/watch?v=qNQn-moojYr,
https://www.peekvids.com/watch?v=hJAx3bQn7xv, https://www.peekvids.com/watch?v=QABe4kB3Iak, https://www.peekvids.com/watch?v=YT5IdpYT9n9,
https://www.peekvids.com/watch?v=GYNmQqnmnmo, https://www.peekvids.com/watch?v=8z9qkidZvlE, https://www.peekvids.com/watch?v=9D5a6H88Vnv,
https://www.peekvids.com/watch?v=detQ795YuUm, https://www.peekvids.com/watch?v=4vdzJhKrTC4, https://www.peekvids.com/watch?v=Xnngbwl2OEz,
https://www.peekvids.com/watch?v=QSqCIePA67F, https://www.peekvids.com/watch?v=JD80Fzcz0pX, https://www.peekvids.com/watch?v=yr9XLpaK28Q,
https://www.peekvids.com/watch?v=2BQDWCe20Fr, https://www.peekvids.com/watch?v=5s7l5CJgMm3, https://www.peekvids.com/watch?v=jSzRcI50qrL,
https://www.peekvids.com/watch?v=CPR0xSGnR-f, https://www.peekvids.com/watch?v=cLA-eUheEcA, https://www.peekvids.com/watch?v=qGAoq9LZhiq,
https://www.peekvids.com/watch?v=mWuJCzKWq0y, https://www.peekvids.com/watch?v=kFZriuXz7k4, https://www.peekvids.com/watch?v=CAqsDop7HVK,
https://www.peekvids.com/watch?v=gB0RwRIZjY6, https://www.peekvids.com/watch?v=kR-lcPk5s7P, https://www.peekvids.com/watch?v=ewlnLr63KNr,
https://www.peekvids.com/watch?v=wnMqcDQB8Eo, https://www.peekvids.com/watch?v=oIlfwGgPIJx, https://www.peekvids.com/watch?v=PbQM8EftbaN,
https://www.peekvids.com/watch?v=Ln5YwcpUyZp, https://www.peekvids.com/watch?v=Y8rhBGwxdi9, https://www.peekvids.com/watch?v=BTFQchJh-Ih,
https://www.peekvids.com/watch?v=0VcLuVJMk-S, https://www.peekvids.com/watch?v=ZzGG8vQWrhA, https://www.peekvids.com/watch?v=jy-ZPrhB2Z8,
https://www.peekvids.com/watch?v=KqNaIQw29LJ, https://www.peekvids.com/watch?v=KbBI2j39wbZ, https://www.peekvids.com/watch?v=d7cRwq6I9HY,
https://www.peekvids.com/watch?v=O5L72qwJgof, https://www.peekvids.com/watch?v=hJT7XgO0eUj, https://www.peekvids.com/watch?v=fslwKFcFuIN,
https://www.peekvids.com/watch?v=vb0Oxp9Pcdb, https://www.peekvids.com/watch?v=zs-v7dFilXj, https://www.peekvids.com/watch?v=QnqReqv2sHW,
https://www.peekvids.com/watch?v=CzswV-sIbnL, https://www.peekvids.com/watch?v=A-nQDhG7EBk, https://www.peekvids.com/watch?v=TRvzutO92-2,
https://www.peekvids.com/watch?v=BkXaIOFgWCK, https://www.peekvids.com/watch?v=a7hJRTqv-Cu, https://www.peekvids.com/watch?v=8jVGUzs-w3I,
https://www.peekvids.com/watch?v=DMFoCmRwHWR, https://www.peekvids.com/watch?v=4dfcIM65-pz, https://www.peekvids.com/watch?v=bgGOJ4fBFF3,
https://www.peekvids.com/watch?v=3gAjfQSpMtl, https://www.peekvids.com/watch?v=-O-XGVAZBgL, https://www.peekvids.com/watch?v=dA6ddE0CqaR,
https://www.peekvids.com/watch?v=Cl5JcTPwwMA, https://www.peekvids.com/watch?v=FMw5t3c7zOQ, https://www.peekvids.com/watch?v=MpkDF89YGZx,
https://www.peekvids.com/watch?v=ZKSbYROW40f, https://www.peekvids.com/watch?v=rez3wkCTfi3, https://www.peekvids.com/watch?v=VwL6nDg3F7i,
https://www.peekvids.com/watch?v=nlyzf0HkyxB, https://www.peekvids.com/watch?v=Gk0eLGq40ek, https://www.peekvids.com/watch?v=BgNYhDeGv6u,
https://www.peekvids.com/watch?v=Vv2JE2KhzJq, https://www.peekvids.com/watch?v=XGMYANsNY6X, https://www.peekvids.com/watch?v=fWXQHv2NOXK,
https://www.peekvids.com/watch?v=jtNDDOvpcn0, https://www.peekvids.com/watch?v=eLPnX9asJve, https://www.peekvids.com/watch?v=cEeRDKlPF20,
https://www.peekvids.com/watch?v=3QDyR3sv6NO, https://www.peekvids.com/watch?v=p7Cn7YWdB0Q, https://www.peekvids.com/watch?v=wAOBnrk6iQS,
https://www.peekvids.com/watch?v=g4QtBySXLVm, https://www.peekvids.com/watch?v=dhqEoFfIeXm, https://www.peekvids.com/watch?v=A2rLuzu5cw9,
https://www.peekvids.com/watch?v=iiX9vEvjrQc
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chichiyo
5.b. Uploader's email address: glomochi@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chichiyo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=o2E7Qcz1Nef, https://www.peekvids.com/watch?v=p6518Lm7v0P,
https://www.peekvids.com/watch?v=MvRO96lptTj, https://www.peekvids.com/watch?v=D9F7R5XxGEG, https://www.peekvids.com/watch?v=BhXEsT-QbcW,
https://www.peekvids.com/watch?v=xjfY7MXMA1c, https://www.peekvids.com/watch?v=rzohkj7FX1f, https://www.peekvids.com/watch?v=XPn1NR5xk8d,
https://www.peekvids.com/watch?v=dLdMdhS1tEM, https://www.peekvids.com/watch?v=RsHltBTAnjR, https://www.peekvids.com/watch?v=ULNrI7Qn3J5,
https://www.peekvids.com/watch?v=g6PlyGMzC3E, https://www.peekvids.com/watch?v=5ejZqwO7dWQ, https://www.peekvids.com/watch?v=hJEFvbyNnlw,
https://www.peekvids.com/watch?v=ZcdQ-2lyLGu, https://www.peekvids.com/watch?v=hC_hXh1TnLE, https://www.peekvids.com/watch?v=2UpGn7H5RUx,
https://www.peekvids.com/watch?v=MLB03mJLzk3, https://www.peekvids.com/watch?v=OiCddLj2F48, https://www.peekvids.com/watch?v=nQl0Ho6ADTD,
https://www.peekvids.com/watch?v=YHxnQDAuK_M, https://www.peekvids.com/watch?v=rp4ysTwlLpF, https://www.peekvids.com/watch?v=5zM6pJGsDeW,
https://www.peekvids.com/watch?v=RjuWemhuFxa, https://www.peekvids.com/watch?v=2JijT45Ll_M, https://www.peekvids.com/watch?v=VCJBePOQCyv,
https://www.peekvids.com/watch?v=CCFCwsg_DuV, https://www.peekvids.com/watch?v=Z1KPIQ5ZNxc, https://www.peekvids.com/watch?v=Pses1dGXEt4,
https://www.peekvids.com/watch?v=qYBVFEGLdHH, https://www.peekvids.com/watch?v=czdNQs7a8rq, https://www.peekvids.com/watch?v=bqOj56YsW43,
https://www.peekvids.com/watch?v=DfRcKQv-giv, https://www.peekvids.com/watch?v=V6Xj_yyc0_F, https://www.peekvids.com/watch?v=gilC4EDcgff,
https://www.peekvids.com/watch?v=bkSkJNb1ADs, https://www.peekvids.com/watch?v=zaF8lApbzqx, https://www.peekvids.com/watch?v=N28ojlkJP_U,
https://www.peekvids.com/watch?v=8vSkrzJGhHo, https://www.peekvids.com/watch?v=x2wUOCi9xOv, https://www.peekvids.com/watch?v=WZ6WTPEoIye,
https://www.peekvids.com/watch?v=uJQ0JQXFnTp, https://www.peekvids.com/watch?v=8u6YM8xo8Wv, https://www.peekvids.com/watch?v=IXkvgbYtlEW,
https://www.peekvids.com/watch?v=x62A2sYbmrv, https://www.peekvids.com/watch?v=XEd9s7GKkJi, https://www.peekvids.com/watch?v=P1zYTP0ykut,
https://www.peekvids.com/watch?v=8JhHH9Vx-dU, https://www.peekvids.com/watch?v=ZhZmrZiDjFF, https://www.peekvids.com/watch?v=dNSFuWL4qJq,
https://www.peekvids.com/watch?v=CBxxUzu-TmT, https://www.peekvids.com/watch?v=V4olsOY50ZP, https://www.peekvids.com/watch?v=O_GmYaPwrCB,
https://www.peekvids.com/watch?v=VWYbTj4zaY9, https://www.peekvids.com/watch?v=pFfpnlAnRiR, https://www.peekvids.com/watch?v=6iVtSJbH4OS,
https://www.peekvids.com/watch?v=Fx-q0kJLCZD, https://www.peekvids.com/watch?v=laf4lZWZ97E, https://www.peekvids.com/watch?v=YD2iFXuxCh9,
https://www.peekvids.com/watch?v=VpRjmA-6OrJ, https://www.peekvids.com/watch?v=DWY7L_CiXKk, https://www.peekvids.com/watch?v=jpkCtoRaijg,
https://www.peekvids.com/watch?v=cIeRqnY4MxL, https://www.peekvids.com/watch?v=rYwZUbgQwnK, https://www.peekvids.com/watch?v=5MTsnqsx8RJ,
https://www.peekvids.com/watch?v=bjv-whaVsXx, https://www.peekvids.com/watch?v=qgccYBMTFtY, https://www.peekvids.com/watch?v=ucTUnB0ehsy,
https://www.peekvids.com/watch?v=dyk9xPozbmh, https://www.peekvids.com/watch?v=cnLhlwbN7SN, https://www.peekvids.com/watch?v=dK7g25A1LZm,
https://www.peekvids.com/watch?v=vxfRjNiW45v, https://www.peekvids.com/watch?v=sO8cfPcD7WJ, https://www.peekvids.com/watch?v=xVGtVYjHZBk,
https://www.peekvids.com/watch?v=JYFEPbVeqIV, https://www.peekvids.com/watch?v=eJ6t1ad_iFg, https://www.peekvids.com/watch?v=vefhgUr55cW,
https://www.peekvids.com/watch?v=W-ACvPeU_MW, https://www.peekvids.com/watch?v=QjPMa0MgNaE, https://www.peekvids.com/watch?v=bY0OvHWEyxN,
https://www.peekvids.com/watch?v=BjFJUrLQjHg, https://www.peekvids.com/watch?v=XzL3OzblhSX, https://www.peekvids.com/watch?v=JkEPyFCHQQp,
https://www.peekvids.com/watch?v=6k5eqaSC0L5, https://www.peekvids.com/watch?v=nsdpbLETeXK, https://www.peekvids.com/watch?v=apkxJAonH7B,
https://www.peekvids.com/watch?v=KtvwZB8pB34, https://www.peekvids.com/watch?v=vRUIzVzs-xe, https://www.peekvids.com/watch?v=TBn9RCazifS,
https://www.peekvids.com/watch?v=ALroFNMmMCu, https://www.peekvids.com/watch?v=brMAvDqyo8e, https://www.peekvids.com/watch?v=IfuVmyOl0JW,
https://www.peekvids.com/watch?v=lefcPyKwhvV, https://www.peekvids.com/watch?v=HuUCJinQlTN, https://www.peekvids.com/watch?v=jkhfdknXrox,
https://www.peekvids.com/watch?v=JulgTeLOrCZ, https://www.peekvids.com/watch?v=lTAesZVhOcU, https://www.peekvids.com/watch?v=nJk4kCKJivx,
https://www.peekvids.com/watch?v=4ZT0KHTQu_2, https://www.peekvids.com/watch?v=aPq3atWeT9l, https://www.peekvids.com/watch?v=V8wyNsXcg8d,
https://www.peekvids.com/watch?v=jt450hwsoV5, https://www.peekvids.com/watch?v=FqlRPa6Nc7E, https://www.peekvids.com/watch?v=s_B41Lf1Xdd,
https://www.peekvids.com/watch?v=wjuZzDkrOBM, https://www.peekvids.com/watch?v=af91M_8eC9x, https://www.peekvids.com/watch?v=3-ooycbo32O,
https://www.peekvids.com/watch?v=DaNPQNmkf4x, https://www.peekvids.com/watch?v=IQx4CXbIMH0, https://www.peekvids.com/watch?v=3Zb4N0DDjio,
https://www.peekvids.com/watch?v=ixsz32Q4vHt, https://www.peekvids.com/watch?v=VjfgbZHu3vb, https://www.peekvids.com/watch?v=wD-re70fIPf,
https://www.peekvids.com/watch?v=MPkM1FNVoqk, https://www.peekvids.com/watch?v=F5DgywVEebe, https://www.peekvids.com/watch?v=4Zgs6EJAfsZ,
https://www.peekvids.com/watch?v=vy3ybDb-qKe, https://www.peekvids.com/watch?v=ngqj0OOPR7U, https://www.peekvids.com/watch?v=9dUe6Bn4WbY,
https://www.peekvids.com/watch?v=81fgca6DI1J, https://www.peekvids.com/watch?v=CFD7btGsqtV, https://www.peekvids.com/watch?v=M5M-9A2ThVz,
https://www.peekvids.com/watch?v=Xkfz5QlDHfw, https://www.peekvids.com/watch?v=Y2Xh0CTZRVy, https://www.peekvids.com/watch?v=2EflpOTc10x,
https://www.peekvids.com/watch?v=WbMJScr0sTC, https://www.peekvids.com/watch?v=Swq01fHFGPH, https://www.peekvids.com/watch?v=nMSdqoQsnym,
https://www.peekvids.com/watch?v=DuNbwINI5Z0, https://www.peekvids.com/watch?v=zzkKD6R7i-H, https://www.peekvids.com/watch?v=GQbDgmIMgNJ,
https://www.peekvids.com/watch?v=JVIVX1FtRi2, https://www.peekvids.com/watch?v=pjX5ltE_daF, https://www.peekvids.com/watch?v=mQwkGAXeVvL,
https://www.peekvids.com/watch?v=xrTBTkyItuJ, https://www.peekvids.com/watch?v=wGguQWHkqo3, https://www.peekvids.com/watch?v=EyPvYKR0qNk,
https://www.peekvids.com/watch?v=CyBFAtuc7rc, https://www.peekvids.com/watch?v=mp4-9V8UW4W, https://www.peekvids.com/watch?v=qweWd1KINfP,
https://www.peekvids.com/watch?v=lpOomxtMi3p, https://www.peekvids.com/watch?v=3P5y475oZIW, https://www.peekvids.com/watch?v=JY4rq386mAh,
https://www.peekvids.com/watch?v=TdEN-ZWacGQ, https://www.peekvids.com/watch?v=vPByV4XCIPy, https://www.peekvids.com/watch?v=ZZFUeZzeUtT,
https://www.peekvids.com/watch?v=DUdfMS6dybf, https://www.peekvids.com/watch?v=7Bw442LaafM, https://www.peekvids.com/watch?v=XuIhyO4pQuk,
https://www.peekvids.com/watch?v=N9osKM2842c, https://www.peekvids.com/watch?v=OFX0oUHsU96, https://www.peekvids.com/watch?v=NTY9JByYfkZ,
https://www.peekvids.com/watch?v=SWHqjCqeA1l, https://www.peekvids.com/watch?v=ZCIa-Qm4CXF, https://www.peekvids.com/watch?v=yVOZT0U9TQN,
https://www.peekvids.com/watch?v=a4QQvCKISDC, https://www.peekvids.com/watch?v=hN54foNokPn, https://www.peekvids.com/watch?v=Sx9FpyaYecv,
https://www.peekvids.com/watch?v=iNmc8asp0Ph, https://www.peekvids.com/watch?v=ENqw724JN7s, https://www.peekvids.com/watch?v=w3wx5C74QzA,
https://www.peekvids.com/watch?v=s1_wcipqvq8, https://www.peekvids.com/watch?v=D2ZqPmP1w6T, https://www.peekvids.com/watch?v=T2z5aESxi0Z,
https://www.peekvids.com/watch?v=mmHEcQotw16, https://www.peekvids.com/watch?v=Bz7E_Ph9GNg, https://www.peekvids.com/watch?v=AofaLuVjEHs,
https://www.peekvids.com/watch?v=CtBfDGrXaIA, https://www.peekvids.com/watch?v=w1aczqCT79L, https://www.peekvids.com/watch?v=hardlocdy8S,
https://www.peekvids.com/watch?v=tJr1-Tfeu8T, https://www.peekvids.com/watch?v=ZaWaZGLgUBk, https://www.peekvids.com/watch?v=E2cxUKvMzss,
https://www.peekvids.com/watch?v=LPVATW62pjD, https://www.peekvids.com/watch?v=w-XeUpOVmz3, https://www.peekvids.com/watch?v=EtsdudzgknA,
https://www.peekvids.com/watch?v=woHEtKgeU3L, https://www.peekvids.com/watch?v=jMEIGUlcCCN, https://www.peekvids.com/watch?v=cbM38BgonxO,

https://www.peekvids.com/watch?v=e6dNk8XSLkV, https://www.peekvids.com/watch?v=MUvqqx0_AEZ, https://www.peekvids.com/watch?v=JvHon48umlX,
https://www.peekvids.com/watch?v=QDs3mP9O1RK, https://www.peekvids.com/watch?v=At1BhnXq9bw, https://www.peekvids.com/watch?v=xur_hh7tEJW,
https://www.peekvids.com/watch?v=criZ9-Od9Mw, https://www.peekvids.com/watch?v=diMYCrVWEls, https://www.peekvids.com/watch?v=WW79ZQc2fUL,
https://www.peekvids.com/watch?v=iBnbbJMJxHd, https://www.peekvids.com/watch?v=4vLlkqL3s28, https://www.peekvids.com/watch?v=sCNXYmH2p2I,
https://www.peekvids.com/watch?v=8WrxnP7XELN, https://www.peekvids.com/watch?v=O-FOJp12Nej, https://www.peekvids.com/watch?v=aJC2TYgCozB,
https://www.peekvids.com/watch?v=bHM_AWzv2lS, https://www.peekvids.com/watch?v=iNN6yovNgL0, https://www.peekvids.com/watch?v=7dWHG_exmoq,
https://www.peekvids.com/watch?v=2w3B9KjTySD, https://www.peekvids.com/watch?v=mIVn9KlAOc7, https://www.peekvids.com/watch?v=u2JCbJOYQ26,
https://www.peekvids.com/watch?v=T8CKMv5CmWq, https://www.peekvids.com/watch?v=4IsbwolWvRh, https://www.peekvids.com/watch?v=kNAyvNCJmqF,
https://www.peekvids.com/watch?v=Fic2LbLd0Wi, https://www.peekvids.com/watch?v=578o20WWQmK, https://www.peekvids.com/watch?v=vrWABUYJL1B,
https://www.peekvids.com/watch?v=yxF8fj4nD1o, https://www.peekvids.com/watch?v=6fQXmt1orkV, https://www.peekvids.com/watch?v=OToCVL_IzzG,
https://www.peekvids.com/watch?v=iSkNCYBMHbO, https://www.peekvids.com/watch?v=foc_4_eCDu4, https://www.peekvids.com/watch?v=oo10X0Vasu9,
https://www.peekvids.com/watch?v=CJtShM2YQPy, https://www.peekvids.com/watch?v=Eek5DU95Guu, https://www.peekvids.com/watch?v=ED9rGA6hcai,
https://www.peekvids.com/watch?v=hE7smuNibfH, https://www.peekvids.com/watch?v=wXJOtsVtPIx, https://www.peekvids.com/watch?v=u3e4l13jXTc,
https://www.peekvids.com/watch?v=4M_2Cd7N3tU, https://www.peekvids.com/watch?v=udkOPKRI5Yf, https://www.peekvids.com/watch?v=kLjqAmYg1AU,
https://www.peekvids.com/watch?v=eVa5bajgjYk, https://www.peekvids.com/watch?v=yr9C7WdjDP3, https://www.peekvids.com/watch?v=yDB4QylcMdN,
https://www.peekvids.com/watch?v=KPpiDqODsMW, https://www.peekvids.com/watch?v=Lbu8P7dnqf8, https://www.peekvids.com/watch?v=bBNa_JByZFP,
https://www.peekvids.com/watch?v=NDGoQD9deSF, https://www.peekvids.com/watch?v=bg6gDI6akmS, https://www.peekvids.com/watch?v=rxqhTBKLjkn,
https://www.peekvids.com/watch?v=igxxMFNHhFD, https://www.peekvids.com/watch?v=as96-o8Cms6, https://www.peekvids.com/watch?v=3hOwOxhAP_M,
https://www.peekvids.com/watch?v=LJuD7gn7Nkn, https://www.peekvids.com/watch?v=LzcTdzACwDc, https://www.peekvids.com/watch?v=HTbRaP5Gtp3,
https://www.peekvids.com/watch?v=dmalooB4kAI, https://www.peekvids.com/watch?v=D5iKHcmyKWD, https://www.peekvids.com/watch?v=NlW6JP-iZNk,
https://www.peekvids.com/watch?v=AIoO5USOIog, https://www.peekvids.com/watch?v=wXd2ymyakTn, https://www.peekvids.com/watch?v=Y8gMdlm2OM3,
https://www.peekvids.com/watch?v=FLwHb-U8Uq0, https://www.peekvids.com/watch?v=BmHKDMmoKAr, https://www.peekvids.com/watch?v=AY_vYSbcXtu,
https://www.peekvids.com/watch?v=sJNa9GoKVRe, https://www.peekvids.com/watch?v=DsQMi3VSlUf, https://www.peekvids.com/watch?v=C6qu4bs17Qz,
https://www.peekvids.com/watch?v=qZrmZZGMfke, https://www.peekvids.com/watch?v=a_PtrfO3JVv, https://www.peekvids.com/watch?v=cpydXTMuIyd,
https://www.peekvids.com/watch?v=WD8rEpI7waF, https://www.peekvids.com/watch?v=WhhNTQ8vO88, https://www.peekvids.com/watch?v=0Ca8e5TBcxx,
https://www.peekvids.com/watch?v=lTAxAfU3-uN, https://www.peekvids.com/watch?v=AazHDWiLH6x, https://www.peekvids.com/watch?v=Da7NvieTbdM,
https://www.peekvids.com/watch?v=F9BIZlOlLZs, https://www.peekvids.com/watch?v=lNRM-ugFWOW, https://www.peekvids.com/watch?v=wgKY1GAeYmK,
https://www.peekvids.com/watch?v=Je9JB-kG44O, https://www.peekvids.com/watch?v=kWoreRIzmy9, https://www.peekvids.com/watch?v=Epy1WwctLeU,
https://www.peekvids.com/watch?v=GSmcsEPkQE7, https://www.peekvids.com/watch?v=HMjr8hicleD, https://www.peekvids.com/watch?v=BZnuWVs8Qg3,
https://www.peekvids.com/watch?v=tZBIn8xfiAh, https://www.peekvids.com/watch?v=w9ONQ5gRWKo, https://www.peekvids.com/watch?v=f39rTFuJvaC,
https://www.peekvids.com/watch?v=AbMXMl00vdG, https://www.peekvids.com/watch?v=T3Jfp-iSclc, https://www.peekvids.com/watch?v=QJ3MyAj-PfA,
https://www.peekvids.com/watch?v=y1we0egkuCE, https://www.peekvids.com/watch?v=iytgxhJRs9s, https://www.peekvids.com/watch?v=jYzpYeQQY1A,
https://www.peekvids.com/watch?v=uAxS1M2RDfu, https://www.peekvids.com/watch?v=6l-m8TcrTEA, https://www.peekvids.com/watch?v=HIFsZDFtmiD,
https://www.peekvids.com/watch?v=exe3_bv4ACR, https://www.peekvids.com/watch?v=nEkl5n9Joey, https://www.peekvids.com/watch?v=oxEuKLNlUCF,
https://www.peekvids.com/watch?v=EVarxPtU2VQ, https://www.peekvids.com/watch?v=dM_jKGhWf5R, https://www.peekvids.com/watch?v=AUgPGNR5ErL,
https://www.peekvids.com/watch?v=FyzLc8jyjfB, https://www.peekvids.com/watch?v=o5MCmvy3CbH, https://www.peekvids.com/watch?v=sJV3vfO8Iio,
https://www.peekvids.com/watch?v=a15os3UCRVU, https://www.peekvids.com/watch?v=vYfvnJ2pncm, https://www.peekvids.com/watch?v=lHtLOOK3Elr,
https://www.peekvids.com/watch?v=XRO6qkuuHTs, https://www.peekvids.com/watch?v=g8b-iu8DeuP, https://www.peekvids.com/watch?v=fhBX5kkTrcs,
https://www.peekvids.com/watch?v=Rlc8GAsJvkf, https://www.peekvids.com/watch?v=uuTNwa4Z1Fc, https://www.peekvids.com/watch?v=tfirrOqpcZO,
https://www.peekvids.com/watch?v=EZgKENOEkp7, https://www.peekvids.com/watch?v=9mtEpA3Jcuw, https://www.peekvids.com/watch?v=yalH8NFXeWm,
https://www.peekvids.com/watch?v=SbREuYJVnOI, https://www.peekvids.com/watch?v=732Pljgs4Bf, https://www.peekvids.com/watch?v=PuHlPNwGiAP,
https://www.peekvids.com/watch?v=wffD8-EE1Ep, https://www.peekvids.com/watch?v=JMAe59ocC16, https://www.peekvids.com/watch?v=cpdeFMFPfIZ,
https://www.peekvids.com/watch?v=It8DnqK-ESJ, https://www.peekvids.com/watch?v=vukFX0WgIqj, https://www.peekvids.com/watch?v=8Pd_Py7Gd1h,
https://www.peekvids.com/watch?v=2bzdrPz1u2v, https://www.peekvids.com/watch?v=RLU91lX96fJ, https://www.peekvids.com/watch?v=QVW2kQqlPqF,
https://www.peekvids.com/watch?v=STKy6ker8gY, https://www.peekvids.com/watch?v=v7bakyGJX4E, https://www.peekvids.com/watch?v=sykdl6Dkjn2,
https://www.peekvids.com/watch?v=TfuODh_cOUO, https://www.peekvids.com/watch?v=Rse27KWNw7N, https://www.peekvids.com/watch?v=RDeTdfLU7Ua,
https://www.peekvids.com/watch?v=RBJkiy2O4P8, https://www.peekvids.com/watch?v=g_CQ1QNN4rV, https://www.peekvids.com/watch?v=tC9DI4PA0CJ,
https://www.peekvids.com/watch?v=yHE07XNOzuU, https://www.peekvids.com/watch?v=uODs0xiebbf, https://www.peekvids.com/watch?v=Bm1T0Az7sp3,
https://www.peekvids.com/watch?v=jXb33Z2w5az, https://www.peekvids.com/watch?v=XztZ9CKO87D, https://www.peekvids.com/watch?v=vTA1XLcvIuQ,
https://www.peekvids.com/watch?v=FjFZJXbRenC, https://www.peekvids.com/watch?v=6UGvC65xkGz, https://www.peekvids.com/watch?v=YU6TzxeJgKT,
https://www.peekvids.com/watch?v=8xjgrYfoFXX, https://www.peekvids.com/watch?v=fMSY8GLK6KV, https://www.peekvids.com/watch?v=7MH65O_sRXX,
https://www.peekvids.com/watch?v=H00oe6EYg2O, https://www.peekvids.com/watch?v=M9dKAAXJEK7, https://www.peekvids.com/watch?v=M5NKon3C8Bv,
https://www.peekvids.com/watch?v=M1mEiOOmiJx, https://www.peekvids.com/watch?v=vSqUx7kc8bH, https://www.peekvids.com/watch?v=BGFqp0eYpSm,
https://www.peekvids.com/watch?v=DwR-vUVZ5_v, https://www.peekvids.com/watch?v=ZkIiCwBlz3U, https://www.peekvids.com/watch?v=lCFWtGL9zmX,
https://www.peekvids.com/watch?v=HL8Ox8sWriT, https://www.peekvids.com/watch?v=Pghjt_8uNkS, https://www.peekvids.com/watch?v=0dnGBrthP4p,
https://www.peekvids.com/watch?v=vd17qaqErfz, https://www.peekvids.com/watch?v=qxIQEo43zZP, https://www.peekvids.com/watch?v=WRXbiYPMQGm,
https://www.peekvids.com/watch?v=0z52UmtDprn, https://www.peekvids.com/watch?v=kb4HfVnpqpD, https://www.peekvids.com/watch?v=U1Q2VnRLrBB,
https://www.peekvids.com/watch?v=0800Lzx3JWc, https://www.peekvids.com/watch?v=VKUvfr-FtEb, https://www.peekvids.com/watch?v=pN2UUQzWXPZ,
https://www.peekvids.com/watch?v=Vu4bpO_72ir, https://www.peekvids.com/watch?v=0KcuItCio4c, https://www.peekvids.com/watch?v=kEb3kgF3BUq,
https://www.peekvids.com/watch?v=rMfIIanvkdq, https://www.peekvids.com/watch?v=r9hunG6TdqP, https://www.peekvids.com/watch?v=49zBh7d3LFw,
https://www.peekvids.com/watch?v=7Kxo8D-Ef4N, https://www.peekvids.com/watch?v=uWayDKjtAKU, https://www.peekvids.com/watch?v=uxZCCY8cXq4,
https://www.peekvids.com/watch?v=TJ0-H5WcOWM, https://www.peekvids.com/watch?v=YRxrSdjkWW0, https://www.peekvids.com/watch?v=Qiq7bRRtr9R,
https://www.peekvids.com/watch?v=rhqiZe1UDUv, https://www.peekvids.com/watch?v=NXYeYk4OgC0, https://www.peekvids.com/watch?v=lNSW7ydwK93,
https://www.peekvids.com/watch?v=s-ET7hhqNUs, https://www.peekvids.com/watch?v=AurWV4Wg2_r, https://www.peekvids.com/watch?v=CcD2nLMa9ZW,
https://www.peekvids.com/watch?v=DGkUClUlqHe, https://www.peekvids.com/watch?v=0HIUV2uXu1g
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chichu
5.b. Uploader's email address: saraxaidrei@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chichu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zqQH3aQdvDh, https://www.peekvids.com/watch?v=UM2R4GCLWax,
https://www.peekvids.com/watch?v=OkMUzDR8btC, https://www.peekvids.com/watch?v=9MveYvqpn0B, https://www.peekvids.com/watch?v=iKMDg7IOBLg,
https://www.peekvids.com/watch?v=0x0VBciDwO8, https://www.peekvids.com/watch?v=e5gqzHtVa-Q, https://www.peekvids.com/watch?v=QGvN4dU1pEa,
https://www.peekvids.com/watch?v=O77HvjUZvdM, https://www.peekvids.com/watch?v=Lu4LmlD1-5Q, https://www.peekvids.com/watch?v=Jl7Biw0iKcC,
https://www.peekvids.com/watch?v=e3_91nREMYY, https://www.peekvids.com/watch?v=v0O7ngT7y14, https://www.peekvids.com/watch?v=0kzBzUDWo_y,
https://www.peekvids.com/watch?v=EKCEyUUCW2R, https://www.peekvids.com/watch?v=GGTGqSsJcDF, https://www.peekvids.com/watch?v=00wgNSp82PZ,
https://www.peekvids.com/watch?v=maH2pOFDjRM, https://www.peekvids.com/watch?v=IdD6H7rcfp8, https://www.peekvids.com/watch?v=fWnMufRr8tS,
https://www.peekvids.com/watch?v=QV0knCeTPqa, https://www.peekvids.com/watch?v=Zo4IoBh_LVK, https://www.peekvids.com/watch?v=sezvL895wPu,
https://www.peekvids.com/watch?v=oLJU051RCsR, https://www.peekvids.com/watch?v=ygdUYjCDM4X, https://www.peekvids.com/watch?v=wMVpmLYLmPh,
https://www.peekvids.com/watch?v=r_AkRWC4NSX, https://www.peekvids.com/watch?v=ZNpRzTRU2eJ, https://www.peekvids.com/watch?v=sN7F-hHS1lF,
https://www.peekvids.com/watch?v=vdAVouPBtNU, https://www.peekvids.com/watch?v=FJe07obCT8s, https://www.peekvids.com/watch?v=kZXTk6K7LxH,
https://www.peekvids.com/watch?v=4YejmE_xWUE, https://www.peekvids.com/watch?v=cMJtkgplD7n, https://www.peekvids.com/watch?v=Kyfpmvl0bfw,
https://www.peekvids.com/watch?v=qOR6TBqCYKP, https://www.peekvids.com/watch?v=9WZ2866ng-Q, https://www.peekvids.com/watch?v=kCQo0bxunCY,
https://www.peekvids.com/watch?v=HZ7AT46zM3N, https://www.peekvids.com/watch?v=eB431OVlb4r, https://www.peekvids.com/watch?v=bc3HtrBfuFb,
https://www.peekvids.com/watch?v=AmalPdxMutW
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chinzano
5.b. Uploader's email address: ursulabianca@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chinzano
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=s9Al5xcApkb, https://www.peekvids.com/watch?v=FKGxnYmI5q7,
https://www.peekvids.com/watch?v=zRfc6XNppu8, https://www.peekvids.com/watch?v=xFgS7WVbx7Z, https://www.peekvids.com/watch?v=QgjSGXc3Ykf,
https://www.peekvids.com/watch?v=7_6oXZofmfc, https://www.peekvids.com/watch?v=Qj1LibPA5W6, https://www.peekvids.com/watch?v=8uQAZqZs6mC,
https://www.peekvids.com/watch?v=Ap7wC9Ukj6a, https://www.peekvids.com/watch?v=M1CkdlvZX_j, https://www.peekvids.com/watch?v=uEX2Z56dzkU,
https://www.peekvids.com/watch?v=kw5Phy5Te_W, https://www.peekvids.com/watch?v=BBgu-Sv0CZK, https://www.peekvids.com/watch?v=n9CA5_eC8Rv,
https://www.peekvids.com/watch?v=KsS9Jh3w_bh, https://www.peekvids.com/watch?v=zOtv6kVqzo0, https://www.peekvids.com/watch?v=MbpjSTzbMVi,
https://www.peekvids.com/watch?v=HNDMsfxZj8D, https://www.peekvids.com/watch?v=4kPE6DyZFuZ, https://www.peekvids.com/watch?v=U7g61CU_vew,
https://www.peekvids.com/watch?v=qst8vxp7lDq, https://www.peekvids.com/watch?v=7hOl-ymjxfA, https://www.peekvids.com/watch?v=4KKPINHZ6NY,
https://www.peekvids.com/watch?v=ZrLMsmLDExL, https://www.peekvids.com/watch?v=lRrXfgqI-ab, https://www.peekvids.com/watch?v=l2iF6hgIr0y,
https://www.peekvids.com/watch?v=Tx1Xk2bcsz5, https://www.peekvids.com/watch?v=Mlx54zL7qNS, https://www.peekvids.com/watch?v=RUgaeSUDSnl,
https://www.peekvids.com/watch?v=G-mhsjn-qhY, https://www.peekvids.com/watch?v=y_hykrB_wj8, https://www.peekvids.com/watch?v=tgpNCRwhJrX,
https://www.peekvids.com/watch?v=MH_2C1YZtgU, https://www.peekvids.com/watch?v=blvso4QIAAW, https://www.peekvids.com/watch?v=Zt4kJ04cMmN,
https://www.peekvids.com/watch?v=6uRRN8LRukq, https://www.peekvids.com/watch?v=rw6lw_C7mlW, https://www.peekvids.com/watch?v=S-jyEgq0eis,
https://www.peekvids.com/watch?v=X-hNArlOzWU, https://www.peekvids.com/watch?v=5po0d4opUOy, https://www.peekvids.com/watch?v=XtdcajdPeZg,
https://www.peekvids.com/watch?v=HlJqpZ4fGZ2, https://www.peekvids.com/watch?v=08bbpEunH5z, https://www.peekvids.com/watch?v=v8FC2x-trHN,
https://www.peekvids.com/watch?v=wOGXqtdmDqE, https://www.peekvids.com/watch?v=czQekI1C8_d, https://www.peekvids.com/watch?v=MJjsw_N8HRa,
https://www.peekvids.com/watch?v=HHPVvuFZnBm, https://www.peekvids.com/watch?v=jOCkX2FoKlL, https://www.peekvids.com/watch?v=tPP-HukPoK8,
https://www.peekvids.com/watch?v=RGM181647fB, https://www.peekvids.com/watch?v=Nf-4aVqGVQU, https://www.peekvids.com/watch?v=UXbl1Pdy_-y,
https://www.peekvids.com/watch?v=6AmqNn6ibA9, https://www.peekvids.com/watch?v=6fQtoAZkvBH, https://www.peekvids.com/watch?v=a-INnqqIekV,
https://www.peekvids.com/watch?v=XfRFz55mdoM, https://www.peekvids.com/watch?v=9zZ1uHM17ht, https://www.peekvids.com/watch?v=UcuhPI7m_zE,
https://www.peekvids.com/watch?v=zchhAkXWFOs, https://www.peekvids.com/watch?v=RrvOADyFxtT, https://www.peekvids.com/watch?v=R8juWRrg05I,
https://www.peekvids.com/watch?v=dgltglVRELA, https://www.peekvids.com/watch?v=iZS4jhVYRrF, https://www.peekvids.com/watch?v=l32drzCKbdM,
https://www.peekvids.com/watch?v=5HKh0lVJqfG, https://www.peekvids.com/watch?v=g8AdN0iIN2v, https://www.peekvids.com/watch?v=xvlyEXk5fdb,
https://www.peekvids.com/watch?v=EQvGCWw2Oq6, https://www.peekvids.com/watch?v=LGj1I_RVcgt, https://www.peekvids.com/watch?v=UNPMvAAEpdL,
https://www.peekvids.com/watch?v=SVI2SSdhjSK, https://www.peekvids.com/watch?v=Hy2IV6zBQ2u, https://www.peekvids.com/watch?v=OKi8TRCFbhT,
https://www.peekvids.com/watch?v=5rjyorif3Iu, https://www.peekvids.com/watch?v=mmlbyqcISJ4, https://www.peekvids.com/watch?v=dCNhBzxqPmb,
https://www.peekvids.com/watch?v=P5qH2sfCM1U
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chubbisex
5.b. Uploader's email address: bobmaytoviin@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chubbisex
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=7xqQsuEy-It, https://www.peekvids.com/watch?v=3q4WWa6-wuE,
https://www.peekvids.com/watch?v=ugiyuqfflwL, https://www.peekvids.com/watch?v=v6MHmk6aZA5, https://www.peekvids.com/watch?v=mF48c9RRH_i,
https://www.peekvids.com/watch?v=soseQgnUDxY, https://www.peekvids.com/watch?v=cuXNpYwrMWd, https://www.peekvids.com/watch?v=KFsGvvpr9XD,
https://www.peekvids.com/watch?v=ktS9F2nEg_d, https://www.peekvids.com/watch?v=GUZZvLCnGe6, https://www.peekvids.com/watch?v=Fh7UWRTxfCQ,
https://www.peekvids.com/watch?v=ORd7zISOyFF, https://www.peekvids.com/watch?v=kCa0jOxM42n, https://www.peekvids.com/watch?v=OBPv8dF3Uqp,
https://www.peekvids.com/watch?v=6n_vRl_N-5F, https://www.peekvids.com/watch?v=xTe-DtV1a1O, https://www.peekvids.com/watch?v=jpkdzZp5wq8,
https://www.peekvids.com/watch?v=6qDxnOHwuGR, https://www.peekvids.com/watch?v=AFkiD6FNXtq, https://www.peekvids.com/watch?v=eimXdN0kr2T,
https://www.peekvids.com/watch?v=iIdhVmRPf9T, https://www.peekvids.com/watch?v=uKNu-t29DOS, https://www.peekvids.com/watch?v=A6mGFWXUE2h,
https://www.peekvids.com/watch?v=0RbGq109V4j, https://www.peekvids.com/watch?v=MZpkkAiEX3n, https://www.peekvids.com/watch?v=LO0N6fHR6BM,
https://www.peekvids.com/watch?v=ZXaEMVD1lLe, https://www.peekvids.com/watch?v=kQ2D6ks45Sc, https://www.peekvids.com/watch?v=QqeQHpHSYB7,
https://www.peekvids.com/watch?v=dpAPiT3lK1y, https://www.peekvids.com/watch?v=22pf5iaq7mi, https://www.peekvids.com/watch?v=A86DFjvC5xO,

https://www.peekvids.com/watch?v=TiI-aHrlfds, https://www.peekvids.com/watch?v=kiAZ7ayAgBA, https://www.peekvids.com/watch?v=YSbtqPkfni3,
https://www.peekvids.com/watch?v=BMVgHwxe87P, https://www.peekvids.com/watch?v=FxyppSQrfYK, https://www.peekvids.com/watch?v=b0mj9cLhVlw,
https://www.peekvids.com/watch?v=8OloruEvHbn, https://www.peekvids.com/watch?v=4SvAC0SjtG9, https://www.peekvids.com/watch?v=5J0iyC0pXpC,
https://www.peekvids.com/watch?v=hhXe5tp66IQ, https://www.peekvids.com/watch?v=InfJL3TmR5O, https://www.peekvids.com/watch?v=zf9Ea1K7y8D,
https://www.peekvids.com/watch?v=PqnoFOmuLwT, https://www.peekvids.com/watch?v=WVeOmjwjfJy, https://www.peekvids.com/watch?v=3j0fj-u6Iui,
https://www.peekvids.com/watch?v=Fxco0UWFnnm, https://www.peekvids.com/watch?v=Q9JCscOtPFH, https://www.peekvids.com/watch?v=W0pmpQC-meH,
https://www.peekvids.com/watch?v=UrEobgdLpHL, https://www.peekvids.com/watch?v=itETLyFOCrt, https://www.peekvids.com/watch?v=DaBL3c1OJ2i,
https://www.peekvids.com/watch?v=Ue6LHT8xvGV, https://www.peekvids.com/watch?v=ZOiWXkdONNW, https://www.peekvids.com/watch?v=M9gIWt0f3mT,
https://www.peekvids.com/watch?v=insgXPcnRpA, https://www.peekvids.com/watch?v=OvvwZbarv8z, https://www.peekvids.com/watch?v=ZM5FDWNNjOi,
https://www.peekvids.com/watch?v=qBiXs9mWt_A, https://www.peekvids.com/watch?v=Mddj4A_B4S2, https://www.peekvids.com/watch?v=k1c8zhJv2V5,
https://www.peekvids.com/watch?v=W9PlCtptlXK, https://www.peekvids.com/watch?v=QNIhdtamYkn, https://www.peekvids.com/watch?v=v7h16D_6zWC,
https://www.peekvids.com/watch?v=6zt2uk5MaDf, https://www.peekvids.com/watch?v=rK2tPDbXtet, https://www.peekvids.com/watch?v=tM3GfUUqyNR,
https://www.peekvids.com/watch?v=CHV9OpQSncM, https://www.peekvids.com/watch?v=VIJQAWaCBjs, https://www.peekvids.com/watch?v=wwF16AfAELR,
https://www.peekvids.com/watch?v=u9WmXVgu8Vv, https://www.peekvids.com/watch?v=oTi2yajqyTu, https://www.peekvids.com/watch?v=xfsJ85y4Vfo,
https://www.peekvids.com/watch?v=F3Zfs8G_hNp, https://www.peekvids.com/watch?v=YAcP0juNXfA, https://www.peekvids.com/watch?v=mmM52X9KAFb,
https://www.peekvids.com/watch?v=JSATPQxXxc3, https://www.peekvids.com/watch?v=Zq1IVtrX3Gj, https://www.peekvids.com/watch?v=FjVfsC6vv-e,
https://www.peekvids.com/watch?v=DDqwVG233NH, https://www.peekvids.com/watch?v=Cnaj-BQQQ_T, https://www.peekvids.com/watch?v=XvZYSZSGaai,
https://www.peekvids.com/watch?v=QIdL5pDSgaj, https://www.peekvids.com/watch?v=2hgB0NJHcIn, https://www.peekvids.com/watch?v=8YpgLndWeBB,
https://www.peekvids.com/watch?v=pYEfQqGxH07, https://www.peekvids.com/watch?v=g4N4F93m-zY, https://www.peekvids.com/watch?v=f583X2XZ85f,
https://www.peekvids.com/watch?v=DkeuK_jx5Ag, https://www.peekvids.com/watch?v=vKRsbreIYE9, https://www.peekvids.com/watch?v=41Mdor5HJxh,
https://www.peekvids.com/watch?v=5Qd41XzEorp, https://www.peekvids.com/watch?v=s_udfFkrmhn, https://www.peekvids.com/watch?v=2h8PLHKyxnB,
https://www.peekvids.com/watch?v=sv9O1wAi_m3, https://www.peekvids.com/watch?v=X2dNk3tAR1o, https://www.peekvids.com/watch?v=aDOUp6XeXEA,
https://www.peekvids.com/watch?v=XV90yAXj5ng, https://www.peekvids.com/watch?v=RcEBLzOEIri, https://www.peekvids.com/watch?v=ySuSHx1IJIh,
https://www.peekvids.com/watch?v=PJgBAF__eiL, https://www.peekvids.com/watch?v=4KuHWk0YQ1T, https://www.peekvids.com/watch?v=r8npPouXu25,
https://www.peekvids.com/watch?v=t6x58UY0zGo, https://www.peekvids.com/watch?v=zG_eqmIp7wd, https://www.peekvids.com/watch?v=nDtMy_ur1sp,
https://www.peekvids.com/watch?v=al_WLRFyRci, https://www.peekvids.com/watch?v=XTDSt4WfBeX, https://www.peekvids.com/watch?v=MSXaO8o_95L
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chuncha
5.b. Uploader's email address: wayholelalala@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=chuncha
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=I1UH3ZVP6Qb, https://www.peekvids.com/watch?v=rhfCZzyy1pc,
https://www.peekvids.com/watch?v=vrTSZltjJet, https://www.peekvids.com/watch?v=Xui3AaAlndh, https://www.peekvids.com/watch?v=MZH9R_XBQI9,
https://www.peekvids.com/watch?v=8ggmkoUE0Ni, https://www.peekvids.com/watch?v=JR4nsjB_HO2, https://www.peekvids.com/watch?v=TBdqs6sLYNH,
https://www.peekvids.com/watch?v=7i0PR9uNraJ, https://www.peekvids.com/watch?v=BgpMXNAayJr, https://www.peekvids.com/watch?v=AtjMikkRBRs,
https://www.peekvids.com/watch?v=hrmWesnB1eS, https://www.peekvids.com/watch?v=0eni6kQHwaL, https://www.peekvids.com/watch?v=QRrJHBWISSM,
https://www.peekvids.com/watch?v=teQ6h5dQi-R, https://www.peekvids.com/watch?v=Ov0Ya5iushD, https://www.peekvids.com/watch?v=z4SHj2X8VJo,
https://www.peekvids.com/watch?v=c5fyqP8EI-x, https://www.peekvids.com/watch?v=ZNHBaoWNFnR, https://www.peekvids.com/watch?v=zITARM0aqM4,
https://www.peekvids.com/watch?v=nevQYBBF7JY, https://www.peekvids.com/watch?v=jOwINgLxUya, https://www.peekvids.com/watch?v=4mzJrGx6QFE,
https://www.peekvids.com/watch?v=P_81dy89Ofv, https://www.peekvids.com/watch?v=nip7cJwYRAX, https://www.peekvids.com/watch?v=Dy1mmuT94rb,
https://www.peekvids.com/watch?v=DflJKCF6_3B, https://www.peekvids.com/watch?v=VSjNh9ULPCV, https://www.peekvids.com/watch?v=4-WozVtG-YX,
https://www.peekvids.com/watch?v=keplfq5C51Q, https://www.peekvids.com/watch?v=DN9OsxkPubG, https://www.peekvids.com/watch?v=eYswaTdv7NH,
https://www.peekvids.com/watch?v=uPGihPKQMLp, https://www.peekvids.com/watch?v=rSKe8F5wXKc, https://www.peekvids.com/watch?v=MTpm6pNYRic,
https://www.peekvids.com/watch?v=xa-VkhzCmpv, https://www.peekvids.com/watch?v=6jbDEH25Z0s, https://www.peekvids.com/watch?v=qGXunP8RCL5,
https://www.peekvids.com/watch?v=82CruJdO27x, https://www.peekvids.com/watch?v=zce3vTHxgNM, https://www.peekvids.com/watch?v=7Up8ji1xlzx,
https://www.peekvids.com/watch?v=fj7ywUBr9MM, https://www.peekvids.com/watch?v=5-BHbzzl_Ll, https://www.peekvids.com/watch?v=3KnMeMURN_K,
https://www.peekvids.com/watch?v=0nNWRFuQWVL, https://www.peekvids.com/watch?v=pIzXP7tzN9z, https://www.peekvids.com/watch?v=lpWk3TKLIkh,
https://www.peekvids.com/watch?v=UHjTOERhUJR, https://www.peekvids.com/watch?v=qt7vIdFxrFY, https://www.peekvids.com/watch?v=2WvzT3LNAJG,
https://www.peekvids.com/watch?v=Uco7KTQ0l2d, https://www.peekvids.com/watch?v=VBD1DCWbxXf, https://www.peekvids.com/watch?v=siIlk-NLoFm,
https://www.peekvids.com/watch?v=pjU-Yd1fbCa, https://www.peekvids.com/watch?v=LNd-9Yo15yr, https://www.peekvids.com/watch?v=DsFxnC9seAi,
https://www.peekvids.com/watch?v=mhF_53Gihky, https://www.peekvids.com/watch?v=0WqWPywLf7s, https://www.peekvids.com/watch?v=SBbQtxkz-yZ,
https://www.peekvids.com/watch?v=Sm-M2eeZZo0, https://www.peekvids.com/watch?v=FYK_06Zgzex, https://www.peekvids.com/watch?v=cFsTNZXnhFB,
https://www.peekvids.com/watch?v=S69e4g-C6Fn, https://www.peekvids.com/watch?v=ST55DH5wC15, https://www.peekvids.com/watch?v=XiKRQCOnuEy,
https://www.peekvids.com/watch?v=ulloVeu_h0H, https://www.peekvids.com/watch?v=L_Oa_IXcr7z, https://www.peekvids.com/watch?v=kpcnW5_sj6e,
https://www.peekvids.com/watch?v=MyC2BJ1SdfM, https://www.peekvids.com/watch?v=YFI_H8a23Rr, https://www.peekvids.com/watch?v=dMbS0TD8L9f,
https://www.peekvids.com/watch?v=9lDlu_p6AxM
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cocksuck
5.b. Uploader's email address: superdays4000@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cocksuck
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=F8sgfipoD7f, https://www.peekvids.com/watch?v=z8G5MCEzoYW,
https://www.peekvids.com/watch?v=dKrCTkPV78d, https://www.peekvids.com/watch?v=ucNUqBu0_kY, https://www.peekvids.com/watch?v=Fc59KQ50r3B,
https://www.peekvids.com/watch?v=vNmYI_l1u0X, https://www.peekvids.com/watch?v=975hl0Fx1sU, https://www.peekvids.com/watch?v=M_K8N4wYylq,
https://www.peekvids.com/watch?v=2bi4CQ9G4KJ, https://www.peekvids.com/watch?v=M1fu2P26Z1V, https://www.peekvids.com/watch?v=wUPJSbHeK9A,
https://www.peekvids.com/watch?v=4QSqf8wJr7N, https://www.peekvids.com/watch?v=JIi9mMmAONz, https://www.peekvids.com/watch?v=ZsIEL07QeEQ,
https://www.peekvids.com/watch?v=2gVnHeUO1Cw, https://www.peekvids.com/watch?v=Cq5kvp3LaFD, https://www.peekvids.com/watch?v=36JjPyQV9T2,
https://www.peekvids.com/watch?v=um0SlA11DmJ, https://www.peekvids.com/watch?v=hwfi8vZatkg, https://www.peekvids.com/watch?v=CtMnBRDq_Bl,
https://www.peekvids.com/watch?v=ujqtYfXxas4, https://www.peekvids.com/watch?v=RSWDLcUgVLM, https://www.peekvids.com/watch?v=VNrdY-7jlSP,
https://www.peekvids.com/watch?v=iTJBwnR7ivk, https://www.peekvids.com/watch?v=ekjoh3iB5la, https://www.peekvids.com/watch?v=QefI8szlgeg,
https://www.peekvids.com/watch?v=vyIj99TqgvW, https://www.peekvids.com/watch?v=5timcy3X-7H, https://www.peekvids.com/watch?v=5cDd9vY8GXt,
https://www.peekvids.com/watch?v=iEG9DzYeO5S, https://www.peekvids.com/watch?v=F7Xr2K0YhST, https://www.peekvids.com/watch?v=E_lRyJVG-gu,
https://www.peekvids.com/watch?v=jhCncZVSYaY, https://www.peekvids.com/watch?v=7W1W31jXE6y, https://www.peekvids.com/watch?v=j6MDa3-K-Tg,
https://www.peekvids.com/watch?v=UUB81FFIrMQ, https://www.peekvids.com/watch?v=GftdzXAuYiw, https://www.peekvids.com/watch?v=0Yk4tRl6i-Z,
https://www.peekvids.com/watch?v=gx9gA5ceo_o, https://www.peekvids.com/watch?v=ZYsVPe2T3FU, https://www.peekvids.com/watch?v=z3QlCYIfHmd,
https://www.peekvids.com/watch?v=LtaEVbrBJHh, https://www.peekvids.com/watch?v=aVjyvl-FSkK, https://www.peekvids.com/watch?v=dp1TAixSs_q,
https://www.peekvids.com/watch?v=rUINcHH0jQA, https://www.peekvids.com/watch?v=daz5btRCLpz, https://www.peekvids.com/watch?v=D8BeTV8KsgI,
https://www.peekvids.com/watch?v=kukyzXoasal, https://www.peekvids.com/watch?v=FhMHKRI_-oD, https://www.peekvids.com/watch?v=cn_JYuXIx3M,
https://www.peekvids.com/watch?v=OAHy2dxtaCK, https://www.peekvids.com/watch?v=cm1Z4aejKd2, https://www.peekvids.com/watch?v=wbYS6YHXsmv,
https://www.peekvids.com/watch?v=ddWrf9tf8ho, https://www.peekvids.com/watch?v=OSqOdcXFe5f, https://www.peekvids.com/watch?v=cwOQat8cwWK,
https://www.peekvids.com/watch?v=jHQFHbxqJYy, https://www.peekvids.com/watch?v=lF_8NmjHt9h, https://www.peekvids.com/watch?v=G43QtWkhGut,
https://www.peekvids.com/watch?v=FzeAPn0IYRc, https://www.peekvids.com/watch?v=zhT9nsU3YKQ, https://www.peekvids.com/watch?v=uiHmBx0MA0W,
https://www.peekvids.com/watch?v=usrf2OgIwqe, https://www.peekvids.com/watch?v=d0WKWjmSI0t, https://www.peekvids.com/watch?v=H2urYnXv4LA,
https://www.peekvids.com/watch?v=oRq7g90Eqw4, https://www.peekvids.com/watch?v=qD2QavJ7Bew, https://www.peekvids.com/watch?v=Z6FNdJyQKph,
https://www.peekvids.com/watch?v=VT16MXrMCyq, https://www.peekvids.com/watch?v=AGUJUlOAQm7, https://www.peekvids.com/watch?v=I_h0ErnzvBC,
https://www.peekvids.com/watch?v=ZqBHOjAeaBR, https://www.peekvids.com/watch?v=siZJ28rwrHX, https://www.peekvids.com/watch?v=jCK86ZSAS09,
https://www.peekvids.com/watch?v=ZVuQe82CWAE, https://www.peekvids.com/watch?v=i9mKCgyBvmD, https://www.peekvids.com/watch?v=3HpGpQYJgS2,
https://www.peekvids.com/watch?v=0M6B4EnBJY7, https://www.peekvids.com/watch?v=qYhWb30djha, https://www.peekvids.com/watch?v=f0DwmvjLtkl,
https://www.peekvids.com/watch?v=LP9PIFnaw3X, https://www.peekvids.com/watch?v=N14auyHPCZV, https://www.peekvids.com/watch?v=L2OuNyTm-2Y,
https://www.peekvids.com/watch?v=dI6tU96wOO2, https://www.peekvids.com/watch?v=nVHegETw_9m, https://www.peekvids.com/watch?v=ozwLJsTZDU7,
https://www.peekvids.com/watch?v=TGY8qqILkbO, https://www.peekvids.com/watch?v=mLnYWskKWNs, https://www.peekvids.com/watch?v=8koZxWWtaSl,
https://www.peekvids.com/watch?v=NR8W3UvAJz8, https://www.peekvids.com/watch?v=9muK2FszODU, https://www.peekvids.com/watch?v=nIBvQnrdsmd,
https://www.peekvids.com/watch?v=zp2UydcO4Qf, https://www.peekvids.com/watch?v=ZWwC1wUm--J, https://www.peekvids.com/watch?v=FYGd8q-zzle,
https://www.peekvids.com/watch?v=KYYNIFBEBLs, https://www.peekvids.com/watch?v=DAu4ST9Aas6, https://www.peekvids.com/watch?v=n8LF_hRlcJF,
https://www.peekvids.com/watch?v=vQ8GaD1LylS, https://www.peekvids.com/watch?v=97QKeMBCu4i, https://www.peekvids.com/watch?v=U1ysN-i7SHy,
https://www.peekvids.com/watch?v=D1skGb1nmMV, https://www.peekvids.com/watch?v=sXhZiHnCIOO, https://www.peekvids.com/watch?v=T8KFwXtx8h6,
https://www.peekvids.com/watch?v=ODoZTvs1xG4, https://www.peekvids.com/watch?v=6XfLZH2atup, https://www.peekvids.com/watch?v=SwZFz5_rhg6,
https://www.peekvids.com/watch?v=wnkRmXQ88Yt, https://www.peekvids.com/watch?v=QY505Ubbt3Q, https://www.peekvids.com/watch?v=jwBBZSRxq32,
https://www.peekvids.com/watch?v=3ArjMaMyqJH, https://www.peekvids.com/watch?v=rt3_7KFfnt8, https://www.peekvids.com/watch?v=xp0QeqSp6vv,
https://www.peekvids.com/watch?v=lQHNUmSa84d, https://www.peekvids.com/watch?v=H9OOTM_ZLd6, https://www.peekvids.com/watch?v=JvawtP_K5gM,
https://www.peekvids.com/watch?v=EenQ08v4KTQ, https://www.peekvids.com/watch?v=xXlTeHayJyS, https://www.peekvids.com/watch?v=t-KJZ86LYZ2,
https://www.peekvids.com/watch?v=McoILzfmm-q, https://www.peekvids.com/watch?v=K88gQ-VL8Oh, https://www.peekvids.com/watch?v=oceAInSsFyU,
https://www.peekvids.com/watch?v=gENwBzJCSck, https://www.peekvids.com/watch?v=qTJNBFOHwpt, https://www.peekvids.com/watch?v=k9hN1BZFkQv,
https://www.peekvids.com/watch?v=LneLX0HidJ5, https://www.peekvids.com/watch?v=3SAqyX-jGhJ, https://www.peekvids.com/watch?v=HyawRaRGAoM,
https://www.peekvids.com/watch?v=M6OXYVZHP5p, https://www.peekvids.com/watch?v=We5h2gIh2ww, https://www.peekvids.com/watch?v=dxZibk8bdFP,
https://www.peekvids.com/watch?v=9y6nZNJ4GrX, https://www.peekvids.com/watch?v=oPJR1kWVtNi, https://www.peekvids.com/watch?v=fT7a-Ol2-0w,
https://www.peekvids.com/watch?v=q_gsj-jvZ0t, https://www.peekvids.com/watch?v=QacgmrDn0U4, https://www.peekvids.com/watch?v=p55bIwGIa4s,
https://www.peekvids.com/watch?v=KmZ1Zq0gG6W, https://www.peekvids.com/watch?v=mXA7q4itXMT, https://www.peekvids.com/watch?v=yIGf3rAg0aJ,
https://www.peekvids.com/watch?v=LWCfL3lvJ7d, https://www.peekvids.com/watch?v=sjIbFk8mY2h, https://www.peekvids.com/watch?v=jiJZBktaHl6,
https://www.peekvids.com/watch?v=uBszQmLC3AZ, https://www.peekvids.com/watch?v=38hPcuVEUqg, https://www.peekvids.com/watch?v=hMZ_4hCJewg,
https://www.peekvids.com/watch?v=7G0nk23XxvS, https://www.peekvids.com/watch?v=wJFOa04xic7, https://www.peekvids.com/watch?v=RCVaPokeQde,
https://www.peekvids.com/watch?v=VfXQZskP0EN, https://www.peekvids.com/watch?v=3-Icjlydtkg, https://www.peekvids.com/watch?v=75-LRl-nJAK,
https://www.peekvids.com/watch?v=UoWBiHdCqlV, https://www.peekvids.com/watch?v=KW1z4Sgky2A, https://www.peekvids.com/watch?v=NskI7U6kzVY,
https://www.peekvids.com/watch?v=WADTE-fF0hg, https://www.peekvids.com/watch?v=C0FKW5f5Td5, https://www.peekvids.com/watch?v=7cMOApefpdE,
https://www.peekvids.com/watch?v=NLF9HYGm47g, https://www.peekvids.com/watch?v=s2QyE3_ZdhJ, https://www.peekvids.com/watch?v=o2eetAdXo3S,
https://www.peekvids.com/watch?v=Efz8hhoOcwd, https://www.peekvids.com/watch?v=uJH1FKzC5oW, https://www.peekvids.com/watch?v=YJKy8R0cBNG,
https://www.peekvids.com/watch?v=dZdk4LKQTEW, https://www.peekvids.com/watch?v=hJlAYqgrhz3, https://www.peekvids.com/watch?v=uGPzqcs3uag,
https://www.peekvids.com/watch?v=awnlT6Wuudh, https://www.peekvids.com/watch?v=CNEbZ6zJagh, https://www.peekvids.com/watch?v=UQlSpXdLTjn,
https://www.peekvids.com/watch?v=35kZ5k_nQuD, https://www.peekvids.com/watch?v=0wGfTmjM-KU, https://www.peekvids.com/watch?v=K22V5h0RAoY,
https://www.peekvids.com/watch?v=dzzxmSCud0g, https://www.peekvids.com/watch?v=hKslJyMF2-y, https://www.peekvids.com/watch?v=jVP3FsYQpoe,
https://www.peekvids.com/watch?v=Re7YZJV3CJA, https://www.peekvids.com/watch?v=dHNSomUHAe4, https://www.peekvids.com/watch?v=zxLAoN2h2aT,
https://www.peekvids.com/watch?v=ptrriS8JDnN, https://www.peekvids.com/watch?v=BCnZJn77l9C, https://www.peekvids.com/watch?v=pdcbGVx-4id,
https://www.peekvids.com/watch?v=u7ZsqWqwdqd, https://www.peekvids.com/watch?v=m9rbwCjppF5, https://www.peekvids.com/watch?v=RIpd9wMxkHN,
https://www.peekvids.com/watch?v=Q9J8Xy5g56n, https://www.peekvids.com/watch?v=nE5m-6d4-p7, https://www.peekvids.com/watch?v=ezjNLiK_KIq,
https://www.peekvids.com/watch?v=qeUK8TX3nmq, https://www.peekvids.com/watch?v=JEpwOlakFds, https://www.peekvids.com/watch?v=fDiHWHR_qEW,
https://www.peekvids.com/watch?v=a04jgKRVa-N, https://www.peekvids.com/watch?v=yPm9NHv1gtS, https://www.peekvids.com/watch?v=KUUP6ZH-opm,
https://www.peekvids.com/watch?v=IyZ9hg3riqe, https://www.peekvids.com/watch?v=3FEVVgSrpsb, https://www.peekvids.com/watch?v=4aVf_GTTOUe,
https://www.peekvids.com/watch?v=YuOvON7HFzT, https://www.peekvids.com/watch?v=48U7Oq0hAFL, https://www.peekvids.com/watch?v=M7tm2QOtXlW,
https://www.peekvids.com/watch?v=iwtq32leU3I, https://www.peekvids.com/watch?v=9b2JpvZWEn2, https://www.peekvids.com/watch?v=APAmdx54RG6,
https://www.peekvids.com/watch?v=v3aEyP-jNVG, https://www.peekvids.com/watch?v=Z1ZtnSF5f1K, https://www.peekvids.com/watch?v=iWnSwvotBDB,
https://www.peekvids.com/watch?v=xCahgWd_nYP, https://www.peekvids.com/watch?v=BqUHszsvGg8, https://www.peekvids.com/watch?v=CfxKVexxJ96,
https://www.peekvids.com/watch?v=pKpeEdxjYNQ, https://www.peekvids.com/watch?v=5jXgueOc3a9, https://www.peekvids.com/watch?v=a_u1LUUGtzU,
https://www.peekvids.com/watch?v=2adLkLRIwsW, https://www.peekvids.com/watch?v=KXrotnmDrEu, https://www.peekvids.com/watch?v=gj1rRJ_X0H3,
https://www.peekvids.com/watch?v=nqFXFJ9BB3X, https://www.peekvids.com/watch?v=A2cV3B9frGZ, https://www.peekvids.com/watch?v=pHxiYt2ircN,

https://www.peekvids.com/watch?v=IS49dWQb4XB, https://www.peekvids.com/watch?v=tgiSzV8l2Vh, https://www.peekvids.com/watch?v=BSMvvSej_jw,
https://www.peekvids.com/watch?v=gM3W0U5FED7, https://www.peekvids.com/watch?v=SzX9a87dnf7, https://www.peekvids.com/watch?v=tZZVbIrfz7U,
https://www.peekvids.com/watch?v=YOSRwLJkVrV, https://www.peekvids.com/watch?v=pl-zkep6rw3, https://www.peekvids.com/watch?v=H6ioRQThEwD,
https://www.peekvids.com/watch?v=zq_AZfg1jK2, https://www.peekvids.com/watch?v=kMgS2ite5Ql, https://www.peekvids.com/watch?v=QpWB1nPU3nd,
https://www.peekvids.com/watch?v=yiPC0Eawkzc, https://www.peekvids.com/watch?v=Gdnmqxv33VN, https://www.peekvids.com/watch?v=jcCJr4J7KH9,
https://www.peekvids.com/watch?v=DkEZNyDU6Qm, https://www.peekvids.com/watch?v=gZ7DeRqNBcd, https://www.peekvids.com/watch?v=BD0N6rqvZse,
https://www.peekvids.com/watch?v=NA614YMGGI2, https://www.peekvids.com/watch?v=bR8wMNAxfdq, https://www.peekvids.com/watch?v=7zoE8vIs3tK,
https://www.peekvids.com/watch?v=tXuc0dDbbcn, https://www.peekvids.com/watch?v=MF5LSzlQnm9, https://www.peekvids.com/watch?v=9WcyT7_OHXo,
https://www.peekvids.com/watch?v=REqxjIm986r, https://www.peekvids.com/watch?v=VWBNBVVeEoa, https://www.peekvids.com/watch?v=86D-pTf7ZFZ,
https://www.peekvids.com/watch?v=BlpnSXMGPHa, https://www.peekvids.com/watch?v=Yju4ILMwC7y, https://www.peekvids.com/watch?v=IdA1V-Q30wS,
https://www.peekvids.com/watch?v=v3xJVrerO8Y, https://www.peekvids.com/watch?v=BLT9yFlER9K, https://www.peekvids.com/watch?v=wbDOqcNnG23,
https://www.peekvids.com/watch?v=nUq0yTjtpW0, https://www.peekvids.com/watch?v=bwibTIH__nv, https://www.peekvids.com/watch?v=l_Rs2Q9r5Ub,
https://www.peekvids.com/watch?v=peVJhGjgsx8, https://www.peekvids.com/watch?v=K3Hihb7sl_z, https://www.peekvids.com/watch?v=vaNaDXBixY9,
https://www.peekvids.com/watch?v=rznb3wtCdPW, https://www.peekvids.com/watch?v=gN_yZ9ZsfCH, https://www.peekvids.com/watch?v=8sExH62jmwT,
https://www.peekvids.com/watch?v=lEVyg438YnF, https://www.peekvids.com/watch?v=HwAr41LHR6I, https://www.peekvids.com/watch?v=6WIMmo3SMTm,
https://www.peekvids.com/watch?v=pSXgLCtwIwZ, https://www.peekvids.com/watch?v=Om-z4iG9kb4, https://www.peekvids.com/watch?v=v1pidQbvlEz,
https://www.peekvids.com/watch?v=lua1nuF60Ig, https://www.peekvids.com/watch?v=EDgFkZGXI6R, https://www.peekvids.com/watch?v=DhTb6y2L5pV,
https://www.peekvids.com/watch?v=8-gW6b-s3Kj, https://www.peekvids.com/watch?v=GzeLFsYu0OJ, https://www.peekvids.com/watch?v=kspwvfZUerK,
https://www.peekvids.com/watch?v=aDvb7Ph4Phw, https://www.peekvids.com/watch?v=HCH03xRO60d, https://www.peekvids.com/watch?v=uJSBhq_yT_M,
https://www.peekvids.com/watch?v=HHqyGV8kA_A, https://www.peekvids.com/watch?v=XB-erA6P3G0, https://www.peekvids.com/watch?v=qY9ATq-vxSy,
https://www.peekvids.com/watch?v=N7RKeAoXfRH, https://www.peekvids.com/watch?v=BMft_p3Tn2K, https://www.peekvids.com/watch?v=os-dYDR8toF,
https://www.peekvids.com/watch?v=j8g6zdgfct3, https://www.peekvids.com/watch?v=nODJlHSsDHX, https://www.peekvids.com/watch?v=r-5CRVv9CWi,
https://www.peekvids.com/watch?v=zNMd6Al2cFO, https://www.peekvids.com/watch?v=J2uQPEVQN25, https://www.peekvids.com/watch?v=sLSO01KrSuk,
https://www.peekvids.com/watch?v=s6IGD09u6UA, https://www.peekvids.com/watch?v=WGLLkVTdMp6, https://www.peekvids.com/watch?v=QcA0lM2FjOv,
https://www.peekvids.com/watch?v=UEYQp9Lw7TR, https://www.peekvids.com/watch?v=etCmLFe0Gr4, https://www.peekvids.com/watch?v=aMFtGzWszF0,
https://www.peekvids.com/watch?v=LcPEx5y7n97, https://www.peekvids.com/watch?v=4U1ouYI71VH, https://www.peekvids.com/watch?v=D5xJrVpPTzu,
https://www.peekvids.com/watch?v=EwioWtBenDK, https://www.peekvids.com/watch?v=SSEI_sKKjK7, https://www.peekvids.com/watch?v=cWRYrBYRTuP,
https://www.peekvids.com/watch?v=KasDiuWUXo0, https://www.peekvids.com/watch?v=65eYJ28026d, https://www.peekvids.com/watch?v=Ud8zcyq8E_Z,
https://www.peekvids.com/watch?v=7uzDw8oviKf, https://www.peekvids.com/watch?v=PtOibjOd7Mw, https://www.peekvids.com/watch?v=pmoQNxAfmZ2,
https://www.peekvids.com/watch?v=cRlNZjjtYDZ, https://www.peekvids.com/watch?v=saOLll3umrM, https://www.peekvids.com/watch?v=IvLHy5PAsv5,
https://www.peekvids.com/watch?v=o6r0pPAVVyn, https://www.peekvids.com/watch?v=Cb-Mvg5jYMP, https://www.peekvids.com/watch?v=t8OC6Rb905P,
https://www.peekvids.com/watch?v=IY09dkQHuGU, https://www.peekvids.com/watch?v=iDo-81U8eLI, https://www.peekvids.com/watch?v=h4K8EqiIb0n,
https://www.peekvids.com/watch?v=wyqN6YBOaqK, https://www.peekvids.com/watch?v=KqVN-8V1lD9, https://www.peekvids.com/watch?v=2GjZUt2qaYm,
https://www.peekvids.com/watch?v=ghKjtXknfXA, https://www.peekvids.com/watch?v=vgS7Rhbadri, https://www.peekvids.com/watch?v=D0kXkB9Q3cM,
https://www.peekvids.com/watch?v=xiqfuao_kQo, https://www.peekvids.com/watch?v=kQB2s6Zr8f2, https://www.peekvids.com/watch?v=kP5sfLB3PAU,
https://www.peekvids.com/watch?v=aZf90kdGY-z, https://www.peekvids.com/watch?v=LQXZBtFFIZA, https://www.peekvids.com/watch?v=TUV9s_s1oSx,
https://www.peekvids.com/watch?v=hNaI6vHmpTk, https://www.peekvids.com/watch?v=ArGRL4ULh4J, https://www.peekvids.com/watch?v=9_rYAJsuJR0,
https://www.peekvids.com/watch?v=X0T96i51mD3, https://www.peekvids.com/watch?v=8yK74bE-LRl, https://www.peekvids.com/watch?v=FkEY4Jv2HHu,
https://www.peekvids.com/watch?v=Sl7VAPn8dup, https://www.peekvids.com/watch?v=rQhBWV0w7wm, https://www.peekvids.com/watch?v=qPkjnjyswKh,
https://www.peekvids.com/watch?v=wXVMo_nW3QC, https://www.peekvids.com/watch?v=jTXEYmLvQZ0, https://www.peekvids.com/watch?v=tRc7dmtthuj,
https://www.peekvids.com/watch?v=y5oHuJ8T2U2, https://www.peekvids.com/watch?v=3xs-6fCmCrq, https://www.peekvids.com/watch?v=Uiz13W2euxL,
https://www.peekvids.com/watch?v=E8WjvHZCSzk, https://www.peekvids.com/watch?v=cLPm-AhNLOj, https://www.peekvids.com/watch?v=64MUGrdA3ya
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cocodek
5.b. Uploader's email address: afrjijioma@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cocodek
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GKhMpx2LCVp, https://www.peekvids.com/watch?v=a2DnnPFn1Dy,
https://www.peekvids.com/watch?v=v9FfJTdAxzm, https://www.peekvids.com/watch?v=SseH4fm9MUv, https://www.peekvids.com/watch?v=jzwwwgZdct6,
https://www.peekvids.com/watch?v=wLqxdem5LNy, https://www.peekvids.com/watch?v=qq4UYIpcSjT, https://www.peekvids.com/watch?v=jQVlXfewPYg,
https://www.peekvids.com/watch?v=bpIjeWtwjAn, https://www.peekvids.com/watch?v=6VKgsvwIPT3, https://www.peekvids.com/watch?v=N87FFV3QMEw,
https://www.peekvids.com/watch?v=pquwerLqsPF, https://www.peekvids.com/watch?v=dALZc69D2rI, https://www.peekvids.com/watch?v=Iphg-AYaOTj,
https://www.peekvids.com/watch?v=aiEQpSdohED, https://www.peekvids.com/watch?v=UfV6-aMRgP9, https://www.peekvids.com/watch?v=HAzL--JLKjX,
https://www.peekvids.com/watch?v=igxPeMlsm60, https://www.peekvids.com/watch?v=NG1xIvjXj87, https://www.peekvids.com/watch?v=br8RZL-_qHE,
https://www.peekvids.com/watch?v=gdVMJ0D-RRu, https://www.peekvids.com/watch?v=s3wm-go2Hg4, https://www.peekvids.com/watch?v=CEotdFB03BR,
https://www.peekvids.com/watch?v=7fHRmK7_UAA, https://www.peekvids.com/watch?v=OzN_RzRk8eC, https://www.peekvids.com/watch?v=PxO2mbv38lh,
https://www.peekvids.com/watch?v=vfuGAstGtH6, https://www.peekvids.com/watch?v=0TYFUOe604t, https://www.peekvids.com/watch?v=N3Od9lhib0v,
https://www.peekvids.com/watch?v=d8xldEYxE0p, https://www.peekvids.com/watch?v=9jsQ9fpNhgC, https://www.peekvids.com/watch?v=k6Gv9dbgJQI,
https://www.peekvids.com/watch?v=Xf02UFDuQ0O, https://www.peekvids.com/watch?v=cTXTUcNAMT6, https://www.peekvids.com/watch?v=xmxdwf21_JX,
https://www.peekvids.com/watch?v=uM_dcctMSFw, https://www.peekvids.com/watch?v=LCiHaSGvUJz, https://www.peekvids.com/watch?v=XOMSedrjJVF,
https://www.peekvids.com/watch?v=K3VtJbGEf2n, https://www.peekvids.com/watch?v=fJFOTvd1VAI, https://www.peekvids.com/watch?v=jtFxCotZJTf,
https://www.peekvids.com/watch?v=ydg5aBC0axZ, https://www.peekvids.com/watch?v=IaIHXkEqfFN, https://www.peekvids.com/watch?v=uN-EhtQ-7b3,
https://www.peekvids.com/watch?v=s8NsrvZiiKZ, https://www.peekvids.com/watch?v=SoHRT7kVX82, https://www.peekvids.com/watch?v=tKZ0xtJ8sIz,
https://www.peekvids.com/watch?v=EiFwyEfP8w3, https://www.peekvids.com/watch?v=xSn1DpZm2yN, https://www.peekvids.com/watch?v=ogqi_AydEK0,
https://www.peekvids.com/watch?v=v8ZtWE1lbPv, https://www.peekvids.com/watch?v=7zY-pOpmeBA, https://www.peekvids.com/watch?v=PJbgyzh8wI0,
https://www.peekvids.com/watch?v=aIjHOXw8H5g, https://www.peekvids.com/watch?v=iF6GCCzJI1u, https://www.peekvids.com/watch?v=ImDAEUOCxrg,
https://www.peekvids.com/watch?v=IL5_NhykLkA, https://www.peekvids.com/watch?v=fPT-IiV2zjd, https://www.peekvids.com/watch?v=EbaB39HuHrX,
https://www.peekvids.com/watch?v=iRV_npnmGCu, https://www.peekvids.com/watch?v=wzSviGxwWv6, https://www.peekvids.com/watch?v=E8cF6rBCg9v,
https://www.peekvids.com/watch?v=WlgIVIg9gm9, https://www.peekvids.com/watch?v=6X5QSrHnq5Q, https://www.peekvids.com/watch?v=eBfN638VzGN,
https://www.peekvids.com/watch?v=v8uotsEZInb, https://www.peekvids.com/watch?v=eh2tlQ7yJWx, https://www.peekvids.com/watch?v=VwF2uXw5jq6,
https://www.peekvids.com/watch?v=XxUjtysArFI, https://www.peekvids.com/watch?v=CtzzoP-Cl6o, https://www.peekvids.com/watch?v=gKs_s0TYbDZ,
https://www.peekvids.com/watch?v=AgGNy7eACV7, https://www.peekvids.com/watch?v=TcVUdnpf6Bi, https://www.peekvids.com/watch?v=26lWOYqTw0m,
https://www.peekvids.com/watch?v=jc9F7RGQgba, https://www.peekvids.com/watch?v=Bcox1JB59gA, https://www.peekvids.com/watch?v=ou3SYZWj_dn,
https://www.peekvids.com/watch?v=bwRRQ-gePKt, https://www.peekvids.com/watch?v=6d64llQ_2wy, https://www.peekvids.com/watch?v=co1u0NMr1hh,
https://www.peekvids.com/watch?v=ZbP9_j2nIQu, https://www.peekvids.com/watch?v=h5CwePtRfwn, https://www.peekvids.com/watch?v=feaEeQW3b82,
https://www.peekvids.com/watch?v=CZvMzrqcNEt, https://www.peekvids.com/watch?v=ggBI32uwXug, https://www.peekvids.com/watch?v=kuvEVk2HQFq,
https://www.peekvids.com/watch?v=WwxJLXwJhpU, https://www.peekvids.com/watch?v=CdsTkggy2Nm, https://www.peekvids.com/watch?v=IUYsgUapLEa,
https://www.peekvids.com/watch?v=lVkhCLWuC3v, https://www.peekvids.com/watch?v=n1hmSo_fGhu, https://www.peekvids.com/watch?v=aAyXL_TIAAL,
https://www.peekvids.com/watch?v=wubMVSGy4gg, https://www.peekvids.com/watch?v=pnMCM62vdCW, https://www.peekvids.com/watch?v=NO4iieZ_uCu,
https://www.peekvids.com/watch?v=elHeXx6PSVv, https://www.peekvids.com/watch?v=yShGVYC_RFk, https://www.peekvids.com/watch?v=InVu-cBM5VS,
https://www.peekvids.com/watch?v=Ib1_e2miDiJ, https://www.peekvids.com/watch?v=OdbgGDKUKHd, https://www.peekvids.com/watch?v=2HbZpWSKOHa,
https://www.peekvids.com/watch?v=e7BtJTC6bed, https://www.peekvids.com/watch?v=UtFFfb-EZ3X, https://www.peekvids.com/watch?v=qeshTRt-wCz,
https://www.peekvids.com/watch?v=w3fFUgLpAlm, https://www.peekvids.com/watch?v=2Fn-1-g1JQC, https://www.peekvids.com/watch?v=8kIAxy6DoDA,
https://www.peekvids.com/watch?v=EYT5E5P-_ip, https://www.peekvids.com/watch?v=isM6UXsCJCq, https://www.peekvids.com/watch?v=A4LLmidvCUu,
https://www.peekvids.com/watch?v=m2CvsK0J_Lr, https://www.peekvids.com/watch?v=pQSzBC-qoqt, https://www.peekvids.com/watch?v=fGvbAQn3gZ6,
https://www.peekvids.com/watch?v=NFGcuyQVwWl, https://www.peekvids.com/watch?v=n9NI06seUAc, https://www.peekvids.com/watch?v=VfxM_VjXQ05,
https://www.peekvids.com/watch?v=r1nRFPqlxYq, https://www.peekvids.com/watch?v=SxUDS2B0KzX, https://www.peekvids.com/watch?v=EFEFOcRJz-E,
https://www.peekvids.com/watch?v=cSx5QQjNuBL, https://www.peekvids.com/watch?v=sUh-xP3JuIS, https://www.peekvids.com/watch?v=ispNCBJQbZj,
https://www.peekvids.com/watch?v=67aaoaFpsIB, https://www.peekvids.com/watch?v=tcn89BtYWy9, https://www.peekvids.com/watch?v=hHksNGq2lAq,
https://www.peekvids.com/watch?v=9Fr1erOGTiB, https://www.peekvids.com/watch?v=uAnjEjsaX-7, https://www.peekvids.com/watch?v=9UzMLtysCYh,
https://www.peekvids.com/watch?v=icGdzcOeTjE, https://www.peekvids.com/watch?v=TQLcYY8FsoC, https://www.peekvids.com/watch?v=SVtjLAmIxos,
https://www.peekvids.com/watch?v=NoCKuM8krVq, https://www.peekvids.com/watch?v=wW1oSDJP3Tw, https://www.peekvids.com/watch?v=X9QBV51CBmG,
https://www.peekvids.com/watch?v=yV-SZwV04vX, https://www.peekvids.com/watch?v=U9TUXO-MnNy, https://www.peekvids.com/watch?v=MuMf01Rt7t5,
https://www.peekvids.com/watch?v=rU3SRY5njgg, https://www.peekvids.com/watch?v=pswdE7I5tSZ, https://www.peekvids.com/watch?v=4tQhEJqOE6B,
https://www.peekvids.com/watch?v=8M1U5cVTlwr, https://www.peekvids.com/watch?v=TRyUyt8BUTe
5.f. Date of third notice: 2015-10-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cocojula
5.b. Uploader's email address: sashasanechagreen@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=cocojula
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dWeStb9issH, https://www.peekvids.com/watch?v=qk9jAM5BuRh,
https://www.peekvids.com/watch?v=ZsZA82RFEue, https://www.peekvids.com/watch?v=KNJCNIDW9ko, https://www.peekvids.com/watch?v=CXW45AKGc5a,
https://www.peekvids.com/watch?v=Xy0vQ7706hX, https://www.peekvids.com/watch?v=g738p54i5QB, https://www.peekvids.com/watch?v=OWebZIxbj4F,
https://www.peekvids.com/watch?v=0o0SZW9LOhA, https://www.peekvids.com/watch?v=T_DETzuvf_q, https://www.peekvids.com/watch?v=5vZ7oAZwWw9,
https://www.peekvids.com/watch?v=zxOWyQ1s_e9, https://www.peekvids.com/watch?v=0JffKb3qzia, https://www.peekvids.com/watch?v=Zcens5mCWqT,
https://www.peekvids.com/watch?v=yjTgc4Fp2AB, https://www.peekvids.com/watch?v=sTRY-UTds2O, https://www.peekvids.com/watch?v=h0MmKrFsz_3,
https://www.peekvids.com/watch?v=3a8OIBOhzEk, https://www.peekvids.com/watch?v=4If86t0n55W, https://www.peekvids.com/watch?v=6oVNQefkkJC,
https://www.peekvids.com/watch?v=fWKXVgDaQCU, https://www.peekvids.com/watch?v=ewHOpy9iHtm, https://www.peekvids.com/watch?v=Nj3tjuVYEXq,
https://www.peekvids.com/watch?v=X_KFU4bsfLO, https://www.peekvids.com/watch?v=gLmX2u8-BKb, https://www.peekvids.com/watch?v=0nQzPnRLGOw,
https://www.peekvids.com/watch?v=nYlZErrf6L3, https://www.peekvids.com/watch?v=8Q2pUSgFKi7, https://www.peekvids.com/watch?v=i-pNKQg5tEX,
https://www.peekvids.com/watch?v=V2q8TE99qaD, https://www.peekvids.com/watch?v=e-H_v8ND1Vj, https://www.peekvids.com/watch?v=NcyV1SoQoSP,
https://www.peekvids.com/watch?v=MqdE3ywGNpA, https://www.peekvids.com/watch?v=f4t3EfWnXf5, https://www.peekvids.com/watch?v=XE5tEVcKKOw,
https://www.peekvids.com/watch?v=ZF-WQuP82S5, https://www.peekvids.com/watch?v=ODWol_5oXzi, https://www.peekvids.com/watch?v=QdabNJYLf_E,
https://www.peekvids.com/watch?v=4RBqiCH4txe, https://www.peekvids.com/watch?v=j7z82Pw-voT, https://www.peekvids.com/watch?v=XXewz_QFdDV,
https://www.peekvids.com/watch?v=r7psBewzE19, https://www.peekvids.com/watch?v=mUJYTyH1yl6, https://www.peekvids.com/watch?v=xTkMoLTFntw,
https://www.peekvids.com/watch?v=5BqBuEQuVFG, https://www.peekvids.com/watch?v=nVJgCr9Y3rQ, https://www.peekvids.com/watch?v=z5xdAZBykOT,
https://www.peekvids.com/watch?v=beb9SCXmxlz, https://www.peekvids.com/watch?v=gGEpp1-88el, https://www.peekvids.com/watch?v=rvgAf7LaStN,
https://www.peekvids.com/watch?v=mmBcOZLvwro, https://www.peekvids.com/watch?v=SU1Khd_lElP, https://www.peekvids.com/watch?v=grerss7pT5M,
https://www.peekvids.com/watch?v=C7WDErjih1I, https://www.peekvids.com/watch?v=yrALWKvVpPs, https://www.peekvids.com/watch?v=t4dBlTodPrQ,
https://www.peekvids.com/watch?v=KzBevxZgJeH, https://www.peekvids.com/watch?v=oAeO6IaLds3, https://www.peekvids.com/watch?v=513xt6SKNR5,
https://www.peekvids.com/watch?v=leCwzoaMpaC, https://www.peekvids.com/watch?v=0TekVhLdVrR, https://www.peekvids.com/watch?v=9vJsbfdcyNp,
https://www.peekvids.com/watch?v=GenrhQfX0pA, https://www.peekvids.com/watch?v=nk7g3pocPLK, https://www.peekvids.com/watch?v=Zdewx8ytQ8d,
https://www.peekvids.com/watch?v=R6M8iMVO5-0, https://www.peekvids.com/watch?v=0zGU3jf7tBV, https://www.peekvids.com/watch?v=Q_PFkljLyEQ,
https://www.peekvids.com/watch?v=sGXhIpJxSix, https://www.peekvids.com/watch?v=EeISnYVF_Cs, https://www.peekvids.com/watch?v=a9g71XmIXPg,
https://www.peekvids.com/watch?v=rcbAA9CfNDU, https://www.peekvids.com/watch?v=XFhY3KyTUOa, https://www.peekvids.com/watch?v=ckRbxAjdAKs,
https://www.peekvids.com/watch?v=BrIFmITbAF9, https://www.peekvids.com/watch?v=HUf8b-JtbrK, https://www.peekvids.com/watch?v=sSBcfDwGljI,
https://www.peekvids.com/watch?v=k-wtN6aNIZb, https://www.peekvids.com/watch?v=NpxSjeE1Snc, https://www.peekvids.com/watch?v=oMGcbji9icF,
https://www.peekvids.com/watch?v=9L8_LgxcPWA, https://www.peekvids.com/watch?v=VyP5DLrgoZT, https://www.peekvids.com/watch?v=h_ZylrDbM0g,
https://www.peekvids.com/watch?v=6LPFF_cQert, https://www.peekvids.com/watch?v=43opT3rnShK, https://www.peekvids.com/watch?v=kqo2zXbHw3R,
https://www.peekvids.com/watch?v=AtvmWLHlPiO, https://www.peekvids.com/watch?v=yUGMjB2lIOJ, https://www.peekvids.com/watch?v=9fVuabBUCk0,
https://www.peekvids.com/watch?v=7Q4OD1Pc-dS, https://www.peekvids.com/watch?v=GPMt4-XU18n, https://www.peekvids.com/watch?v=Qe2yreK_zzM,
https://www.peekvids.com/watch?v=2XgDi4zB7vq, https://www.peekvids.com/watch?v=jbd_X0ZXN4m, https://www.peekvids.com/watch?v=mWm0auFX0TX,
https://www.peekvids.com/watch?v=XHd2d7IbC12, https://www.peekvids.com/watch?v=bIYr1TykDUs, https://www.peekvids.com/watch?v=OkwfuAEotU5,
https://www.peekvids.com/watch?v=PIH5mjTGBvm, https://www.peekvids.com/watch?v=io_hmwv-9Vg, https://www.peekvids.com/watch?v=TZcuz7s-w-E,

https://www.peekvids.com/watch?v=8iDN_Ow6xys, https://www.peekvids.com/watch?v=YHFeK1tyMLG, https://www.peekvids.com/watch?v=xRFWcEB3Dbf,
https://www.peekvids.com/watch?v=ZracytAcvRT, https://www.peekvids.com/watch?v=aBdSIq_lKc6, https://www.peekvids.com/watch?v=lbWKwV-C0Oj,
https://www.peekvids.com/watch?v=ZsDXENkU44v, https://www.peekvids.com/watch?v=rn4QxOYMadY, https://www.peekvids.com/watch?v=8AaDSyS3Pr6,
https://www.peekvids.com/watch?v=V4AXwiY6dOd, https://www.peekvids.com/watch?v=2kvG-9Y0plP, https://www.peekvids.com/watch?v=EfNI1pJabEZ,
https://www.peekvids.com/watch?v=zFGjG0vcfop, https://www.peekvids.com/watch?v=6gOvbbdakIZ, https://www.peekvids.com/watch?v=W8GahtjccUc,
https://www.peekvids.com/watch?v=tf-GFz81Vt0, https://www.peekvids.com/watch?v=GWoE_S7X7-D, https://www.peekvids.com/watch?v=JETR1nyZNUJ,
https://www.peekvids.com/watch?v=Kz4eEcrkVzL, https://www.peekvids.com/watch?v=R6uyeaDUXFT, https://www.peekvids.com/watch?v=487D6JjNALx,
https://www.peekvids.com/watch?v=0qxGgNXOZXq, https://www.peekvids.com/watch?v=NzKh1yFxn_4, https://www.peekvids.com/watch?v=SVKxCCOGvJz,
https://www.peekvids.com/watch?v=0FriwZiW2Za, https://www.peekvids.com/watch?v=GcqhMp_fHSh, https://www.peekvids.com/watch?v=27g_ddWGzA6,
https://www.peekvids.com/watch?v=tdo2I9ajEw2, https://www.peekvids.com/watch?v=JSsJqsLZ-6M, https://www.peekvids.com/watch?v=HNWOwU5tnX7,
https://www.peekvids.com/watch?v=2doXIIuIEoO, https://www.peekvids.com/watch?v=3fUNffB1zwH, https://www.peekvids.com/watch?v=hzHray75t8P,
https://www.peekvids.com/watch?v=zBWq8Bw4mrJ, https://www.peekvids.com/watch?v=98y0Y7bZWop, https://www.peekvids.com/watch?v=R1bIGFUh3oO,
https://www.peekvids.com/watch?v=u66hSw3-fSi, https://www.peekvids.com/watch?v=AjZWg_42gGE, https://www.peekvids.com/watch?v=CXrRrIpkH_A,
https://www.peekvids.com/watch?v=YHODv2vsrSE, https://www.peekvids.com/watch?v=clNKTdGnBbj, https://www.peekvids.com/watch?v=U5IvUKA5sZH,
https://www.peekvids.com/watch?v=52ezvA0-z9x, https://www.peekvids.com/watch?v=qoSJRoe90EO, https://www.peekvids.com/watch?v=aKgwqLrQhSq,
https://www.peekvids.com/watch?v=ZNKkNJBRVWF, https://www.peekvids.com/watch?v=LxE9-hHAvrl, https://www.peekvids.com/watch?v=OUpuHlXubEn,
https://www.peekvids.com/watch?v=pqx07V-5g6O, https://www.peekvids.com/watch?v=zvx-VRJ68RA, https://www.peekvids.com/watch?v=pOAJvwnsVnh,
https://www.peekvids.com/watch?v=KGs8Q58uuvK, https://www.peekvids.com/watch?v=vBz3FQmSFLy, https://www.peekvids.com/watch?v=9OS31NnK3ZT,
https://www.peekvids.com/watch?v=bSsMjhK4mOx, https://www.peekvids.com/watch?v=UzmdjYoeNuV, https://www.peekvids.com/watch?v=8dpY1iUGY2u,
https://www.peekvids.com/watch?v=QtEF8VD9fED, https://www.peekvids.com/watch?v=wHhDz5vkctd, https://www.peekvids.com/watch?v=rFt4GNrxrmq,
https://www.peekvids.com/watch?v=FUoUp2TF79L, https://www.peekvids.com/watch?v=hR6uBRdjbLd, https://www.peekvids.com/watch?v=ysCLBbgm-c6,
https://www.peekvids.com/watch?v=pKH2yguYCSv, https://www.peekvids.com/watch?v=56jsk99ld_3, https://www.peekvids.com/watch?v=XCCAWH_1Hyq,
https://www.peekvids.com/watch?v=78igms7bfEA, https://www.peekvids.com/watch?v=8ZElA96HlPC, https://www.peekvids.com/watch?v=9u3hofN34ab,
https://www.peekvids.com/watch?v=EBex5x1DUaS, https://www.peekvids.com/watch?v=vYD7EUtz-2R, https://www.peekvids.com/watch?v=EgV1DtOs6U9,
https://www.peekvids.com/watch?v=RAf5N1LNTKh, https://www.peekvids.com/watch?v=2KnWlJ9oAMW, https://www.peekvids.com/watch?v=zdOZWGdJJaC,
https://www.peekvids.com/watch?v=RY3mpt8VXm4, https://www.peekvids.com/watch?v=Pht6KFm2gfY, https://www.peekvids.com/watch?v=4H3XO7gajwM,
https://www.peekvids.com/watch?v=qGTfJ2fF0Fg
5.f. Date of third notice: 2015-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: coolhand
5.b. Uploader's email address: kirkbroose777@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=coolhand
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=sQ-EpU3f9UC, https://www.peekvids.com/watch?v=kMwVDiB2yl9,
https://www.peekvids.com/watch?v=YoVCMEr2pYw, https://www.peekvids.com/watch?v=TtrnowPGHOV, https://www.peekvids.com/watch?v=NWhYnWoia0c,
https://www.peekvids.com/watch?v=7ZZBijasSVw, https://www.peekvids.com/watch?v=wzIpRrAq2Bb, https://www.peekvids.com/watch?v=J2xNtir4Rsx,
https://www.peekvids.com/watch?v=2n8KH0YwvDs, https://www.peekvids.com/watch?v=a-dXLU0hmsN, https://www.peekvids.com/watch?v=OXi23dLmJxw,
https://www.peekvids.com/watch?v=6xjzNgzeSse, https://www.peekvids.com/watch?v=6PzxPo6TOdZ, https://www.peekvids.com/watch?v=LYXb0Lwx2d5,
https://www.peekvids.com/watch?v=O30vSyyUla2, https://www.peekvids.com/watch?v=0pLFu06ETQz, https://www.peekvids.com/watch?v=MCQKXLGhdoo,
https://www.peekvids.com/watch?v=ebMjlA9kF73, https://www.peekvids.com/watch?v=2LhBlKbwOO0, https://www.peekvids.com/watch?v=gXbtD5xd6dI,
https://www.peekvids.com/watch?v=XtQGWGf8PDx, https://www.peekvids.com/watch?v=72mCpsnHDwA, https://www.peekvids.com/watch?v=PB8bLr7wOXl,
https://www.peekvids.com/watch?v=rgGvBeLgsl5, https://www.peekvids.com/watch?v=qdSSsDwnfIJ, https://www.peekvids.com/watch?v=hR0aqzCMCRR,
https://www.peekvids.com/watch?v=ifFvjYj2Y96, https://www.peekvids.com/watch?v=FN-nkyMxpcz, https://www.peekvids.com/watch?v=6j4AzOsEMd8,
https://www.peekvids.com/watch?v=5LhBjVnAdqJ, https://www.peekvids.com/watch?v=nH4eJL6s9Ge, https://www.peekvids.com/watch?v=jPKBuLsTrjr,
https://www.peekvids.com/watch?v=zd3-XVjpbQm, https://www.peekvids.com/watch?v=t6dBI5da20v, https://www.peekvids.com/watch?v=ngLLCKOBobU,
https://www.peekvids.com/watch?v=qryLr5b0rRA, https://www.peekvids.com/watch?v=FQnbVCWydNm, https://www.peekvids.com/watch?v=BW3jeKSKenJ,
https://www.peekvids.com/watch?v=0Y2XLAErH4l, https://www.peekvids.com/watch?v=SUOh0Pbpsh3, https://www.peekvids.com/watch?v=P2dOUmR6aQI,
https://www.peekvids.com/watch?v=4nvYfDXSmod, https://www.peekvids.com/watch?v=EbADME6fI-N, https://www.peekvids.com/watch?v=CRxZEjT7Gmp,
https://www.peekvids.com/watch?v=chYAw20WMFb, https://www.peekvids.com/watch?v=FnMYB7Kq6S8, https://www.peekvids.com/watch?v=vPa7MBQNFfJ,
https://www.peekvids.com/watch?v=T8vSS5F6k9c, https://www.peekvids.com/watch?v=UbePoiOZ9bf, https://www.peekvids.com/watch?v=9wGyI7ymjH9,
https://www.peekvids.com/watch?v=ducDIElfC5p, https://www.peekvids.com/watch?v=DFHV7YNx00f, https://www.peekvids.com/watch?v=RmvHyOPz0pI,
https://www.peekvids.com/watch?v=yIhUgMxirCF, https://www.peekvids.com/watch?v=M8FMBWhtzKf, https://www.peekvids.com/watch?v=I0hjK9rXr56,
https://www.peekvids.com/watch?v=RYFs7P2nNYZ, https://www.peekvids.com/watch?v=NieO9wwzSk9, https://www.peekvids.com/watch?v=iqDrg6JIQVK,
https://www.peekvids.com/watch?v=zJfbfneuCwV, https://www.peekvids.com/watch?v=PxeyirCDl0r, https://www.peekvids.com/watch?v=6iy5w3bmOWo,
https://www.peekvids.com/watch?v=LcQ8bi3YwmT, https://www.peekvids.com/watch?v=pCrkDoVnr2h, https://www.peekvids.com/watch?v=bDJe4uCkJ30,
https://www.peekvids.com/watch?v=Nv66CYGJg-G, https://www.peekvids.com/watch?v=wrVrxtqbBrQ, https://www.peekvids.com/watch?v=TNU0Clntc-6,
https://www.peekvids.com/watch?v=mWuura9zXd7, https://www.peekvids.com/watch?v=SIIYwBafpQF, https://www.peekvids.com/watch?v=iSp56P9mopU,
https://www.peekvids.com/watch?v=danjCiy2yiF, https://www.peekvids.com/watch?v=Jmn2DDhj7fu, https://www.peekvids.com/watch?v=HHZOvWayn0V,
https://www.peekvids.com/watch?v=7DT4SelkV6w, https://www.peekvids.com/watch?v=4JPdHe4GNmN, https://www.peekvids.com/watch?v=tziHCp-KwN4,
https://www.peekvids.com/watch?v=Zt50rvUjog2, https://www.peekvids.com/watch?v=ym4zNlgyJ3D, https://www.peekvids.com/watch?v=t0zzAkVoivf,
https://www.peekvids.com/watch?v=54g8MbBJDgq, https://www.peekvids.com/watch?v=vTK60JB4YvS, https://www.peekvids.com/watch?v=Fg85thBrnvy,
https://www.peekvids.com/watch?v=l2-6-MavL6c, https://www.peekvids.com/watch?v=yj-W-Z2gLke, https://www.peekvids.com/watch?v=VcuRiOKSB0j,
https://www.peekvids.com/watch?v=LjpO8QRswna, https://www.peekvids.com/watch?v=n-pcNKZO-dE, https://www.peekvids.com/watch?v=7KBUiUOfHDW,
https://www.peekvids.com/watch?v=bnTuNuzRntw, https://www.peekvids.com/watch?v=wOVcCMoSWP8, https://www.peekvids.com/watch?v=ST2OCBhGXKD,
https://www.peekvids.com/watch?v=PYQtNGKapWd, https://www.peekvids.com/watch?v=SzE8BpLUv4M, https://www.peekvids.com/watch?v=2Flzm8aHeoH,
https://www.peekvids.com/watch?v=XH94IdgNxI-, https://www.peekvids.com/watch?v=4ZOyVGoQrkL, https://www.peekvids.com/watch?v=8Yt2noHl932,
https://www.peekvids.com/watch?v=5rfsQ0ERRMh, https://www.peekvids.com/watch?v=tCVRGhNpMCB, https://www.peekvids.com/watch?v=0HKzsS4ITGd,
https://www.peekvids.com/watch?v=UAk3VqCp9j4, https://www.peekvids.com/watch?v=WtnvhVKUvnL, https://www.peekvids.com/watch?v=ApiBNOEllEW,
https://www.peekvids.com/watch?v=69Np4kYALiA, https://www.peekvids.com/watch?v=QQMdMnCNgs-, https://www.peekvids.com/watch?v=DFC4KdnyME8,
https://www.peekvids.com/watch?v=yzCroGzRYAP, https://www.peekvids.com/watch?v=duJcm5ibyw-, https://www.peekvids.com/watch?v=0T5Z3XeNihh,
https://www.peekvids.com/watch?v=FuljYxvtjMb, https://www.peekvids.com/watch?v=hOBDozgNHEp, https://www.peekvids.com/watch?v=EJrO3YY0NMR,
https://www.peekvids.com/watch?v=4FfCr4oktG7, https://www.peekvids.com/watch?v=Z7soTJit5KX, https://www.peekvids.com/watch?v=Jq7hBvV8XNm,
https://www.peekvids.com/watch?v=KakqeA-GIBy, https://www.peekvids.com/watch?v=kwA5KDO3dEP, https://www.peekvids.com/watch?v=tYVA0LJGH5p,
https://www.peekvids.com/watch?v=d8F8nRkS290
5.f. Date of third notice: 2015-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Cordoba
5.b. Uploader's email address: achachachacha@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Cordoba
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=5ZCCVmRDAc7, https://www.peekvids.com/watch?v=WAGylvjwQVQ,
https://www.peekvids.com/watch?v=dLCkl8agWEf, https://www.peekvids.com/watch?v=ThEwTo7CC1u, https://www.peekvids.com/watch?v=ZP2BYeKKo7i,
https://www.peekvids.com/watch?v=Qn-THUqlaTB, https://www.peekvids.com/watch?v=dXWh3-w6qN5, https://www.peekvids.com/watch?v=HcCEHVmbSZc,
https://www.peekvids.com/watch?v=n4g5xpVUy23, https://www.peekvids.com/watch?v=ZwHaYO6-lcC, https://www.peekvids.com/watch?v=APsJzeEGkf3,
https://www.peekvids.com/watch?v=YzOe8wa4acE, https://www.peekvids.com/watch?v=h_aLG3PWiRU, https://www.peekvids.com/watch?v=O2UwygN2Goj,
https://www.peekvids.com/watch?v=DrBzhVoSJsF, https://www.peekvids.com/watch?v=8GSJZ7m2RsE, https://www.peekvids.com/watch?v=DDWHANd2jjh,
https://www.peekvids.com/watch?v=lSvDE-FXeih, https://www.peekvids.com/watch?v=ODMhxelpQgs, https://www.peekvids.com/watch?v=ZVhTwrrLLJZ,
https://www.peekvids.com/watch?v=IRcc5GskKnZ, https://www.peekvids.com/watch?v=HLePCvWNcNc, https://www.peekvids.com/watch?v=WlzKxsF1ku2,
https://www.peekvids.com/watch?v=aVSUWwk9o_C, https://www.peekvids.com/watch?v=fGAWHHAT7wA, https://www.peekvids.com/watch?v=IvWFS6n8Lqg,
https://www.peekvids.com/watch?v=fVh-NCbHPZy, https://www.peekvids.com/watch?v=BNaFBIfEYYa, https://www.peekvids.com/watch?v=gQ0QpRVovMf,
https://www.peekvids.com/watch?v=Z7UBuEPI32B, https://www.peekvids.com/watch?v=BTh_hJi9emU, https://www.peekvids.com/watch?v=93fniMQuwga,
https://www.peekvids.com/watch?v=Ur7i8HZ3PYL, https://www.peekvids.com/watch?v=3SrXxIlI0_f, https://www.peekvids.com/watch?v=GLf5cLDzyJ0,
https://www.peekvids.com/watch?v=BDIkzPJU3ws, https://www.peekvids.com/watch?v=4jPfw2r1Eia, https://www.peekvids.com/watch?v=oWUPBgVnlHr,
https://www.peekvids.com/watch?v=OTqBEGogwDg, https://www.peekvids.com/watch?v=cBqV2EsEvle, https://www.peekvids.com/watch?v=K9c_EgCe49y,
https://www.peekvids.com/watch?v=d7CYt3nKGDx, https://www.peekvids.com/watch?v=vHjLnqY5VUW, https://www.peekvids.com/watch?v=TXqb7a4qXcd,
https://www.peekvids.com/watch?v=A2XDTb799Bt, https://www.peekvids.com/watch?v=5lIgW37tRJH, https://www.peekvids.com/watch?v=q8SSTA97NNy,
https://www.peekvids.com/watch?v=XH5XpWB0mwo, https://www.peekvids.com/watch?v=Vtr7fpUBDEy, https://www.peekvids.com/watch?v=LgnNXqW4Q3p,
https://www.peekvids.com/watch?v=S-Ja_XYPrcm, https://www.peekvids.com/watch?v=6Y3G-WM0xRC, https://www.peekvids.com/watch?v=VJBti56U-32,
https://www.peekvids.com/watch?v=dHUnMYFcSAq, https://www.peekvids.com/watch?v=CYK2pMaA6zU, https://www.peekvids.com/watch?v=k9Zt-qP8Z-H,
https://www.peekvids.com/watch?v=qjSN_z1R8OZ, https://www.peekvids.com/watch?v=XIM-iCRp4cs, https://www.peekvids.com/watch?v=3IjFGqRsThb,
https://www.peekvids.com/watch?v=BnL42IZFlIR, https://www.peekvids.com/watch?v=HP4lia_sKXM, https://www.peekvids.com/watch?v=7oKnhkh200X,
https://www.peekvids.com/watch?v=XQriUUgm2W6, https://www.peekvids.com/watch?v=rlhSfGQB0Zs, https://www.peekvids.com/watch?v=x9HW27RdCX0,
https://www.peekvids.com/watch?v=Nq3VsP42xix, https://www.peekvids.com/watch?v=ShdjFH9K7SF, https://www.peekvids.com/watch?v=uHtIrcMC4Bx,
https://www.peekvids.com/watch?v=wQ7rg4szYBd, https://www.peekvids.com/watch?v=JcPny83uzZl, https://www.peekvids.com/watch?v=apjzMTEaY-i,
https://www.peekvids.com/watch?v=6a4R1ckfA_m, https://www.peekvids.com/watch?v=GOTqfa3Mz9o, https://www.peekvids.com/watch?v=SVQsPD1A_aT,
https://www.peekvids.com/watch?v=gsjL5q4DmlY, https://www.peekvids.com/watch?v=t0OThreEF6R, https://www.peekvids.com/watch?v=DbHs00KId7R,
https://www.peekvids.com/watch?v=H8iO99vUNYX, https://www.peekvids.com/watch?v=o54LjUw-VBn, https://www.peekvids.com/watch?v=tF7N9mNDf8i,
https://www.peekvids.com/watch?v=xnTA5u7M65k, https://www.peekvids.com/watch?v=eK8GLELQVU2, https://www.peekvids.com/watch?v=FTok_SDlt-n,
https://www.peekvids.com/watch?v=KWp1GqV_nDp, https://www.peekvids.com/watch?v=AHyYalod_EY, https://www.peekvids.com/watch?v=KSvxT9OosYn,
https://www.peekvids.com/watch?v=gOxwkzRHA3r, https://www.peekvids.com/watch?v=4YkXXXHQIYy, https://www.peekvids.com/watch?v=ejQMA-Tzo6X,
https://www.peekvids.com/watch?v=AJN81GtGFhS, https://www.peekvids.com/watch?v=hM-mpbNFw8N, https://www.peekvids.com/watch?v=FnGokthImMS,
https://www.peekvids.com/watch?v=UlR_c2pGWnl, https://www.peekvids.com/watch?v=yc1-B85ScE0, https://www.peekvids.com/watch?v=XrBRBJ8rPMd,
https://www.peekvids.com/watch?v=UM3ZYOoe4k0, https://www.peekvids.com/watch?v=ZVq5jC4ozCu, https://www.peekvids.com/watch?v=b-SzK6Z_B04,
https://www.peekvids.com/watch?v=LfTgtOV4jRE, https://www.peekvids.com/watch?v=NktlsUmMxKL, https://www.peekvids.com/watch?v=4jTp8HhDVUF,
https://www.peekvids.com/watch?v=8rYtMS3O3Un, https://www.peekvids.com/watch?v=EwZmGvYTTWI, https://www.peekvids.com/watch?v=RGuQtahu_ed,
https://www.peekvids.com/watch?v=Jk7Z5hbKNX5, https://www.peekvids.com/watch?v=596GDwsh5Kr, https://www.peekvids.com/watch?v=d23W8OIpEyy,
https://www.peekvids.com/watch?v=yyY_tno5Liz, https://www.peekvids.com/watch?v=BdCXnCkQhZU, https://www.peekvids.com/watch?v=tPqLREkOsth,
https://www.peekvids.com/watch?v=qzlysVRyL8R, https://www.peekvids.com/watch?v=vPRr9kDhfNs, https://www.peekvids.com/watch?v=ABl47MUxDHx,
https://www.peekvids.com/watch?v=LigHHhxQUWV, https://www.peekvids.com/watch?v=hvKpuyDOhO7, https://www.peekvids.com/watch?v=WPS23h-tNNS,
https://www.peekvids.com/watch?v=zFfobNMSh5C, https://www.peekvids.com/watch?v=MrpOMkGgsoo, https://www.peekvids.com/watch?v=tR3uk2UTQMq
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: creamjeam
5.b. Uploader's email address: powerbobbbi@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=creamjeam
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=SQHskpIaJkP, https://www.peekvids.com/watch?v=cyVCYc1ljSs,
https://www.peekvids.com/watch?v=0xDUBpaUCxD, https://www.peekvids.com/watch?v=XV95SJO7PCj, https://www.peekvids.com/watch?v=4nLea9EGUCS,
https://www.peekvids.com/watch?v=Tc08J3H1J2N, https://www.peekvids.com/watch?v=DhHZwjn6zqO, https://www.peekvids.com/watch?v=SEZIutNIkpn,
https://www.peekvids.com/watch?v=kW_Dl3hL0JX, https://www.peekvids.com/watch?v=s7V5L8zimRs, https://www.peekvids.com/watch?v=VRt-3axNB1G,
https://www.peekvids.com/watch?v=5WggNLnU19z, https://www.peekvids.com/watch?v=Gp25PW_YGun, https://www.peekvids.com/watch?v=Tc25cBshijh,
https://www.peekvids.com/watch?v=SP8qbiUNef5, https://www.peekvids.com/watch?v=xbAgFpqIZpE, https://www.peekvids.com/watch?v=Mrn13H_p6kG,
https://www.peekvids.com/watch?v=TYbA8fQlKsV, https://www.peekvids.com/watch?v=fBC4AAzxiyv, https://www.peekvids.com/watch?v=yfeH25KgqyK,
https://www.peekvids.com/watch?v=Kqu83UjO7od, https://www.peekvids.com/watch?v=O-t7f6IvNIM, https://www.peekvids.com/watch?v=xRLYSLX7tLh,
https://www.peekvids.com/watch?v=UrIUtFOmo5R, https://www.peekvids.com/watch?v=fKcm5Rbu43j, https://www.peekvids.com/watch?v=9vUL_S1HzfZ,
https://www.peekvids.com/watch?v=Q5wF7fs1-c8, https://www.peekvids.com/watch?v=uoLnp4B93Im, https://www.peekvids.com/watch?v=0xdcR7nxSq3,

https://www.peekvids.com/watch?v=KqehMipLbNh, https://www.peekvids.com/watch?v=cl3y85YLAjc, https://www.peekvids.com/watch?v=KasOA7QSJbu,
https://www.peekvids.com/watch?v=90Hqd6Tf4Z5, https://www.peekvids.com/watch?v=FyI4Yl0AFcj, https://www.peekvids.com/watch?v=bI8dyD1DEjp,
https://www.peekvids.com/watch?v=zxzQR2e3g83, https://www.peekvids.com/watch?v=P1mhgn8X5kO, https://www.peekvids.com/watch?v=j8K43XjWnWF,
https://www.peekvids.com/watch?v=PaKS0xp3sOM, https://www.peekvids.com/watch?v=u3XMHL4eCBL, https://www.peekvids.com/watch?v=Ri3f2WztYDA,
https://www.peekvids.com/watch?v=P8z8HiPyeoG, https://www.peekvids.com/watch?v=WujdmO2CHec, https://www.peekvids.com/watch?v=0woMkhQH-bX,
https://www.peekvids.com/watch?v=VzkwMal78Jg, https://www.peekvids.com/watch?v=op1QxiSSgbI, https://www.peekvids.com/watch?v=xBHkl1yVbkE,
https://www.peekvids.com/watch?v=bUxFeGdbG-t, https://www.peekvids.com/watch?v=ubKBGeboFwE, https://www.peekvids.com/watch?v=zDjlRICcd3n,
https://www.peekvids.com/watch?v=F-DHSUe9pFH, https://www.peekvids.com/watch?v=wFUhtbA8367, https://www.peekvids.com/watch?v=cdtGFa7qz0c,
https://www.peekvids.com/watch?v=E-o492VBqQP, https://www.peekvids.com/watch?v=EACkYtuifhU, https://www.peekvids.com/watch?v=hcmHq1kasLb,
https://www.peekvids.com/watch?v=3uKu7HxxRmT, https://www.peekvids.com/watch?v=e33VYrzUQ8o, https://www.peekvids.com/watch?v=XFnUoxm7ZSx,
https://www.peekvids.com/watch?v=UyDukcK3Bbk, https://www.peekvids.com/watch?v=uL_kfJazKPB, https://www.peekvids.com/watch?v=vqLC51x6TBF,
https://www.peekvids.com/watch?v=6qdyYjnDORl, https://www.peekvids.com/watch?v=inEzSUJA5jk, https://www.peekvids.com/watch?v=uPaKSLURyEr,
https://www.peekvids.com/watch?v=T7GwlecWlrj, https://www.peekvids.com/watch?v=FmqY7Qcu1xW, https://www.peekvids.com/watch?v=I3FOXp6G_62,
https://www.peekvids.com/watch?v=mj5CO_2a446, https://www.peekvids.com/watch?v=0uGTM8uP6Fc, https://www.peekvids.com/watch?v=l-xxK-Vn-A8,
https://www.peekvids.com/watch?v=J5PHmV80VJ9, https://www.peekvids.com/watch?v=5YBKyCJJTtg, https://www.peekvids.com/watch?v=eky1Z_z9a5r,
https://www.peekvids.com/watch?v=vmCMBiL_21p, https://www.peekvids.com/watch?v=hKvUfvRCL-F, https://www.peekvids.com/watch?v=K2ob7PmmWB6,
https://www.peekvids.com/watch?v=xhftITIMUKY, https://www.peekvids.com/watch?v=w6rGx3rR_xN, https://www.peekvids.com/watch?v=UdWG78JscrS,
https://www.peekvids.com/watch?v=jCn8PG5dP5l, https://www.peekvids.com/watch?v=SlkF339y6ST, https://www.peekvids.com/watch?v=sCN53UVzjZn,
https://www.peekvids.com/watch?v=HYCkZweR8bY, https://www.peekvids.com/watch?v=RiqF5TE6MKR, https://www.peekvids.com/watch?v=8GmexMxRX7q,
https://www.peekvids.com/watch?v=8x6iZ-LLHGY, https://www.peekvids.com/watch?v=8rsVJ4DOsgP, https://www.peekvids.com/watch?v=h2-9ZihrCWK,
https://www.peekvids.com/watch?v=iceC-weVJ8q, https://www.peekvids.com/watch?v=lm7ZgrqkWxu, https://www.peekvids.com/watch?v=iry31t4UDN3,
https://www.peekvids.com/watch?v=uVuN86H0Wvp, https://www.peekvids.com/watch?v=hEs01iK4U1F, https://www.peekvids.com/watch?v=QuysH5Oe0we,
https://www.peekvids.com/watch?v=8bHMLuv50qG, https://www.peekvids.com/watch?v=PMqwpvpR023, https://www.peekvids.com/watch?v=ZSVow8yUUjn,
https://www.peekvids.com/watch?v=3_OxJ1wF_c0, https://www.peekvids.com/watch?v=5fk0KnlesB7, https://www.peekvids.com/watch?v=IIZXU3dj1ID,
https://www.peekvids.com/watch?v=7VmSXOmziXK, https://www.peekvids.com/watch?v=hTOE9lXXh1Q, https://www.peekvids.com/watch?v=t_U7s91gZII,
https://www.peekvids.com/watch?v=2P03txi4ZDm, https://www.peekvids.com/watch?v=oMJ0cIGVZIy, https://www.peekvids.com/watch?v=OE6yslV8ghh,
https://www.peekvids.com/watch?v=oIf5w8gZM9A, https://www.peekvids.com/watch?v=qQ5a2evMjSM, https://www.peekvids.com/watch?v=KNMsyhhIqJS,
https://www.peekvids.com/watch?v=DYR0jVQvtsO, https://www.peekvids.com/watch?v=bmX_98HX6Xx, https://www.peekvids.com/watch?v=Nj1fhNtgr26,
https://www.peekvids.com/watch?v=fQZA1RM2-HP, https://www.peekvids.com/watch?v=dYZi-oUOs9E, https://www.peekvids.com/watch?v=jQAvzJm_PJr,
https://www.peekvids.com/watch?v=LAdzEfaG_ZT, https://www.peekvids.com/watch?v=INZTRMohScb, https://www.peekvids.com/watch?v=fE6E2h4VVr7,
https://www.peekvids.com/watch?v=ZXUgugZFji0, https://www.peekvids.com/watch?v=aHZNhrZsAEx, https://www.peekvids.com/watch?v=0XzIjRUOmEK,
https://www.peekvids.com/watch?v=JzI2YXEkgIT, https://www.peekvids.com/watch?v=8tsPThPqxx5, https://www.peekvids.com/watch?v=N2RLkO7bIsp,
https://www.peekvids.com/watch?v=c2vr9oCezEl, https://www.peekvids.com/watch?v=dA7ewJDGbyE, https://www.peekvids.com/watch?v=yHdmRz-fXkF,
https://www.peekvids.com/watch?v=cIPoYkDmumG, https://www.peekvids.com/watch?v=vmSUuN9K9It, https://www.peekvids.com/watch?v=eTChitBuMzL,
https://www.peekvids.com/watch?v=kzp2XihEEvi, https://www.peekvids.com/watch?v=Cgs24KD9bJI, https://www.peekvids.com/watch?v=xXVhcCFj0I5,
https://www.peekvids.com/watch?v=GJNC-31LhnI, https://www.peekvids.com/watch?v=SKbXAj9eZ69, https://www.peekvids.com/watch?v=W6DFCq-PbXV,
https://www.peekvids.com/watch?v=p4ECGOlOHTr, https://www.peekvids.com/watch?v=j-viEnmeVPF, https://www.peekvids.com/watch?v=KFLmsvRnjnZ,
https://www.peekvids.com/watch?v=FHeee-GmCkK, https://www.peekvids.com/watch?v=GCvkj8BsbG0, https://www.peekvids.com/watch?v=EzsSNRvAf-3,
https://www.peekvids.com/watch?v=qqD9RjCdFPo, https://www.peekvids.com/watch?v=5ggcUPi0Uqw, https://www.peekvids.com/watch?v=J_ietX3v9Nb
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dafjone
5.b. Uploader's email address: mikemeealnu@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dafjone
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=0jw9pavR-KB, https://www.peekvids.com/watch?v=0hi1V00ugwh,
https://www.peekvids.com/watch?v=THCk3tT6D2j, https://www.peekvids.com/watch?v=EyTrWy2xz00, https://www.peekvids.com/watch?v=6WySsJLVfEU,
https://www.peekvids.com/watch?v=wTTSgDcRbOI, https://www.peekvids.com/watch?v=QQu6Y8CIKAn, https://www.peekvids.com/watch?v=fN23r02PhxF,
https://www.peekvids.com/watch?v=pA98G6l9P25, https://www.peekvids.com/watch?v=v9BjLcc0ijt, https://www.peekvids.com/watch?v=sif9FzUaMyO,
https://www.peekvids.com/watch?v=GQl0zCHt6Ng, https://www.peekvids.com/watch?v=oT_qLCxm28Y, https://www.peekvids.com/watch?v=sJC47H-E-IQ,
https://www.peekvids.com/watch?v=R5oPZcAasiV, https://www.peekvids.com/watch?v=UO1wjAP62xJ, https://www.peekvids.com/watch?v=o4kCspOVN1T,
https://www.peekvids.com/watch?v=gaKRR1R3wsW, https://www.peekvids.com/watch?v=kUvAEFinC-I, https://www.peekvids.com/watch?v=ARDRrFzO2FN,
https://www.peekvids.com/watch?v=oBIu0adah9U, https://www.peekvids.com/watch?v=h-4dRq-0j87, https://www.peekvids.com/watch?v=RsjxiWFzV3W,
https://www.peekvids.com/watch?v=sM6mmBcH8Cs, https://www.peekvids.com/watch?v=Qdfy-RZ4Ary, https://www.peekvids.com/watch?v=pilAmOpKHch,
https://www.peekvids.com/watch?v=6GdfF7wjP7J, https://www.peekvids.com/watch?v=yGLWQpRpy0H, https://www.peekvids.com/watch?v=0qzPw_KGV-Z,
https://www.peekvids.com/watch?v=X1kOY4V5A6x, https://www.peekvids.com/watch?v=2K0c8Mb7A62, https://www.peekvids.com/watch?v=j48ADTLHh6k,
https://www.peekvids.com/watch?v=xGDFhc8IlYe, https://www.peekvids.com/watch?v=VFJN3JDUtif, https://www.peekvids.com/watch?v=EeD3Y8AoKEp,
https://www.peekvids.com/watch?v=bHgMd6XNPwf, https://www.peekvids.com/watch?v=6SAjJrRYnRh, https://www.peekvids.com/watch?v=UkLZnoR2e_K,
https://www.peekvids.com/watch?v=7wPnvjT8-vR, https://www.peekvids.com/watch?v=7R4ZEBdyK2P, https://www.peekvids.com/watch?v=a9aSk5BE16r,
https://www.peekvids.com/watch?v=NnHSyRgld2j, https://www.peekvids.com/watch?v=IH26L_r0FvV, https://www.peekvids.com/watch?v=vlTduKNYRjn,
https://www.peekvids.com/watch?v=6rwQIgNknGI, https://www.peekvids.com/watch?v=MvOipm6iP_4, https://www.peekvids.com/watch?v=i8B98EU9bwQ,
https://www.peekvids.com/watch?v=mSgma2DbeTP, https://www.peekvids.com/watch?v=Z5KsPyUQB3V, https://www.peekvids.com/watch?v=gx2Zw8nQUWr,
https://www.peekvids.com/watch?v=qmSc40b5PzX, https://www.peekvids.com/watch?v=h7sb1snf7pW, https://www.peekvids.com/watch?v=4pysZ-CL9A2,
https://www.peekvids.com/watch?v=v0EaLX9Ut0Y, https://www.peekvids.com/watch?v=DfD68ue2gNF, https://www.peekvids.com/watch?v=wue1TP0M7Gw,
https://www.peekvids.com/watch?v=VFYD4lxyqWG, https://www.peekvids.com/watch?v=UnXkL67fWvv, https://www.peekvids.com/watch?v=j_71iYElc6L,
https://www.peekvids.com/watch?v=dHIrs2LvvuW, https://www.peekvids.com/watch?v=XKocmqz6eAq, https://www.peekvids.com/watch?v=5WtM7bQ0lSg,
https://www.peekvids.com/watch?v=CZjegHElfsM, https://www.peekvids.com/watch?v=pdtB34Ek44p, https://www.peekvids.com/watch?v=NGjHzzMAP5w,
https://www.peekvids.com/watch?v=Lf7uJABzTcJ, https://www.peekvids.com/watch?v=KfC6sGdYIfq, https://www.peekvids.com/watch?v=mS5O7BUxPPq,
https://www.peekvids.com/watch?v=kja4KtOSHGZ, https://www.peekvids.com/watch?v=WGZw_3nAIl5, https://www.peekvids.com/watch?v=y4X3g3iqsk6,
https://www.peekvids.com/watch?v=sUX2_HSxalX, https://www.peekvids.com/watch?v=MbAltvHWLwY, https://www.peekvids.com/watch?v=Fgzh3G9fDhw,
https://www.peekvids.com/watch?v=cj1U04o2g0s, https://www.peekvids.com/watch?v=7DAcbPli0F3, https://www.peekvids.com/watch?v=RqNCRBCzMFH,
https://www.peekvids.com/watch?v=eCRnLx3Di6y, https://www.peekvids.com/watch?v=ukp1tYuC3Sd, https://www.peekvids.com/watch?v=sHwaouvsg7F,
https://www.peekvids.com/watch?v=xKZoDgCIbEn, https://www.peekvids.com/watch?v=KJHfx57pRoK, https://www.peekvids.com/watch?v=Q1V3vrKksx3,
https://www.peekvids.com/watch?v=9WE6ZUOQ3Bf, https://www.peekvids.com/watch?v=RJXQRaKPcca, https://www.peekvids.com/watch?v=AiX-uimBm92,
https://www.peekvids.com/watch?v=Vn6-_MhlI_n, https://www.peekvids.com/watch?v=qplBcOVDi56, https://www.peekvids.com/watch?v=e8auS00w9xC,
https://www.peekvids.com/watch?v=KE90NCbQuVW, https://www.peekvids.com/watch?v=iFYbeED7o9p, https://www.peekvids.com/watch?v=5lOsOTq048u,
https://www.peekvids.com/watch?v=f44VEHeUimK, https://www.peekvids.com/watch?v=8MRoL5w3pgt, https://www.peekvids.com/watch?v=r_jW6b90LkQ,
https://www.peekvids.com/watch?v=pMHdzwmEnMk, https://www.peekvids.com/watch?v=9JhAid22Rxr, https://www.peekvids.com/watch?v=w4AsFT1D5ed,
https://www.peekvids.com/watch?v=iZe7NPcDUwb, https://www.peekvids.com/watch?v=uqmZvv5QGbZ, https://www.peekvids.com/watch?v=UsdjKhjbFnQ,
https://www.peekvids.com/watch?v=l5jXOxsoNDn, https://www.peekvids.com/watch?v=Njw0FcYrbiu, https://www.peekvids.com/watch?v=pbUX-y4jkfM,
https://www.peekvids.com/watch?v=0p-ByCfpMNh, https://www.peekvids.com/watch?v=bruASRNcI4N, https://www.peekvids.com/watch?v=p861sr0e_sd,
https://www.peekvids.com/watch?v=vWfgyuOQZgt, https://www.peekvids.com/watch?v=xM2yx-vUfTX, https://www.peekvids.com/watch?v=Pon_FlAJVQ7,
https://www.peekvids.com/watch?v=aicoij0U-hH, https://www.peekvids.com/watch?v=yZ_76EDfiCB, https://www.peekvids.com/watch?v=PxdDv2qP8Rw,
https://www.peekvids.com/watch?v=5gMlJHwoI1D, https://www.peekvids.com/watch?v=z3H-OF_XGFE, https://www.peekvids.com/watch?v=l6nKx3dAxQ6,
https://www.peekvids.com/watch?v=9lD-pKzadke, https://www.peekvids.com/watch?v=LvEeHbUNxfh, https://www.peekvids.com/watch?v=jfs7OzSFXax,
https://www.peekvids.com/watch?v=YOx4tNNbBYf, https://www.peekvids.com/watch?v=6EgXz3F7gb5, https://www.peekvids.com/watch?v=kdSXwic6aHk,
https://www.peekvids.com/watch?v=NZg2HB7RrYS, https://www.peekvids.com/watch?v=UZ8HYzLA_uS, https://www.peekvids.com/watch?v=OAX8YMpPiiV,
https://www.peekvids.com/watch?v=GXtCcV4h4oo, https://www.peekvids.com/watch?v=u6kT47plWjN, https://www.peekvids.com/watch?v=cdCuZ5zCYNE,
https://www.peekvids.com/watch?v=No-o6SAlWjN, https://www.peekvids.com/watch?v=5n5YZltkpiX, https://www.peekvids.com/watch?v=IlWGmkfISt5,
https://www.peekvids.com/watch?v=ZY_Gt70ilRZ, https://www.peekvids.com/watch?v=QFp-K69KIRC, https://www.peekvids.com/watch?v=zdW0Ca8OKz7,
https://www.peekvids.com/watch?v=jPmMP8sUHxD, https://www.peekvids.com/watch?v=6-skcQkUkER, https://www.peekvids.com/watch?v=wdEIJEcJObb,
https://www.peekvids.com/watch?v=nE2EF3MQsNe, https://www.peekvids.com/watch?v=5PdcGHmCQSn, https://www.peekvids.com/watch?v=DTuF3AY8_od,
https://www.peekvids.com/watch?v=GgloQkOm4AT, https://www.peekvids.com/watch?v=gNM0EvquTYo, https://www.peekvids.com/watch?v=SKTAV3Bp_9C,
https://www.peekvids.com/watch?v=lXKJOE9Osg4, https://www.peekvids.com/watch?v=nAysbY3NZRc, https://www.peekvids.com/watch?v=R6bi3cIdBov,
https://www.peekvids.com/watch?v=YVMilB9nPFP, https://www.peekvids.com/watch?v=jx5qezzUDqz, https://www.peekvids.com/watch?v=MO1SjrRngyq,
https://www.peekvids.com/watch?v=iCaePtPdCll, https://www.peekvids.com/watch?v=ptia0jCOlFp, https://www.peekvids.com/watch?v=Vi292sfQL1U,
https://www.peekvids.com/watch?v=YPyBOpfIpqE, https://www.peekvids.com/watch?v=yBL6femFgtj, https://www.peekvids.com/watch?v=mgZpcdRyyXl,
https://www.peekvids.com/watch?v=4BwnNMga9ZO, https://www.peekvids.com/watch?v=rfPDdST4KiR, https://www.peekvids.com/watch?v=J_1Xy2gc3ci,
https://www.peekvids.com/watch?v=7Bse-YGhk3L, https://www.peekvids.com/watch?v=gX9S0lofAcn, https://www.peekvids.com/watch?v=XsTS_brXzHw,
https://www.peekvids.com/watch?v=wEZMUtKTAyu, https://www.peekvids.com/watch?v=pXLXGEERcNc, https://www.peekvids.com/watch?v=npN7qY4VO4g,
https://www.peekvids.com/watch?v=odIEV1osztZ, https://www.peekvids.com/watch?v=EB9RBUaTPhv, https://www.peekvids.com/watch?v=90RmUIYcZ8G,
https://www.peekvids.com/watch?v=ExVAuqXq4xU, https://www.peekvids.com/watch?v=5m0EBatMbcY, https://www.peekvids.com/watch?v=PPo5TVzNQe5,
https://www.peekvids.com/watch?v=jWZx-I8e95B, https://www.peekvids.com/watch?v=lTtelSNZyWW, https://www.peekvids.com/watch?v=xKADmaJQobU,
https://www.peekvids.com/watch?v=yATr5xT8Lyd, https://www.peekvids.com/watch?v=HSf-o1e9s60, https://www.peekvids.com/watch?v=kcsEE-3VCHv,
https://www.peekvids.com/watch?v=PmzWnEa09JE, https://www.peekvids.com/watch?v=373WLSXwjUZ, https://www.peekvids.com/watch?v=xWaxc0-JHXZ,
https://www.peekvids.com/watch?v=jpn6RG59m9w, https://www.peekvids.com/watch?v=8Qkk6G5UVPw, https://www.peekvids.com/watch?v=ecMncWD69hj,
https://www.peekvids.com/watch?v=A5sQ5Zfo6qO, https://www.peekvids.com/watch?v=2w7n4S_xvW9, https://www.peekvids.com/watch?v=Sx0c9XMmblX,
https://www.peekvids.com/watch?v=UUHCGTPSRLk, https://www.peekvids.com/watch?v=UFoCkVz6iWF, https://www.peekvids.com/watch?v=921UPfztU4o,
https://www.peekvids.com/watch?v=YgYJSj650Bq, https://www.peekvids.com/watch?v=NNlqNYcDuKp, https://www.peekvids.com/watch?v=6rql-7Cs9tk,
https://www.peekvids.com/watch?v=ATkddHcMdgd, https://www.peekvids.com/watch?v=wWSnPex0oea, https://www.peekvids.com/watch?v=L6mmnGK1vIS,
https://www.peekvids.com/watch?v=jiCS73Wz6wX, https://www.peekvids.com/watch?v=WTDtNOeYbM8, https://www.peekvids.com/watch?v=M47jRa0vdFU,
https://www.peekvids.com/watch?v=8B6rfAQJjAh, https://www.peekvids.com/watch?v=EvdHVLqaoxG, https://www.peekvids.com/watch?v=gz_Kk_-ijzb,
https://www.peekvids.com/watch?v=mnviVK2Zw3n, https://www.peekvids.com/watch?v=Sgub6bvwRfE, https://www.peekvids.com/watch?v=IZ_qK66mWTP,
https://www.peekvids.com/watch?v=dqiXtLFI3CD, https://www.peekvids.com/watch?v=RMZl0y9ttmB, https://www.peekvids.com/watch?v=VAAAeFvF0d6,
https://www.peekvids.com/watch?v=EZItJk2aOBp, https://www.peekvids.com/watch?v=mZx_B9aY2zw, https://www.peekvids.com/watch?v=q6ljW0Rg0_i,
https://www.peekvids.com/watch?v=MKz-rHhqhsu, https://www.peekvids.com/watch?v=zrOKOylVGiE, https://www.peekvids.com/watch?v=zztiP_oblNY,
https://www.peekvids.com/watch?v=7_NMh5oacp5, https://www.peekvids.com/watch?v=Jj0VBAQpvZ5, https://www.peekvids.com/watch?v=bJZ_2OY7tl2,
https://www.peekvids.com/watch?v=m9Mon0rXUvG, https://www.peekvids.com/watch?v=XOkKzwSHvfN, https://www.peekvids.com/watch?v=n96SMUXDPO2,
https://www.peekvids.com/watch?v=uaEwoqeHvm9, https://www.peekvids.com/watch?v=ZqVI5ZQdniz, https://www.peekvids.com/watch?v=nUcUJGhVLVT,
https://www.peekvids.com/watch?v=vaXiQAloVDw, https://www.peekvids.com/watch?v=bmWmc1Dpzik, https://www.peekvids.com/watch?v=n6Dk_1-ugKS,
https://www.peekvids.com/watch?v=iuVe0myezX5, https://www.peekvids.com/watch?v=oOxOlsDHaF6, https://www.peekvids.com/watch?v=aPkpoYhqB7X,
https://www.peekvids.com/watch?v=eoiNWYacATx, https://www.peekvids.com/watch?v=6LAez31d9Wi, https://www.peekvids.com/watch?v=96gZAEZnFXP,
https://www.peekvids.com/watch?v=7Haew0JoVC8, https://www.peekvids.com/watch?v=oOGBs3rsz7J
5.f. Date of third notice: 2015-07-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: debit1000
5.b. Uploader's email address: staysranstanford@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=debit1000
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=qWackAWMsW2, https://www.peekvids.com/watch?v=hZdBqkzRcHH,
https://www.peekvids.com/watch?v=SAoStfYHPmc, https://www.peekvids.com/watch?v=hYuEwgkblmF, https://www.peekvids.com/watch?v=gaZ-0OYNp9d,
https://www.peekvids.com/watch?v=0Pl2mODR4xw, https://www.peekvids.com/watch?v=reoqDq9VVzw, https://www.peekvids.com/watch?v=BnwB8ySPjjh,
https://www.peekvids.com/watch?v=dZwXGa-YLsw, https://www.peekvids.com/watch?v=SyhGKFFBRqJ, https://www.peekvids.com/watch?v=BGm4oRG77DQ,
https://www.peekvids.com/watch?v=aW4Al9aif3Z, https://www.peekvids.com/watch?v=-XauVuRstlj, https://www.peekvids.com/watch?v=3yinwolxL9L,
https://www.peekvids.com/watch?v=RGic2vxCcdP, https://www.peekvids.com/watch?v=EpkRKOTDuty, https://www.peekvids.com/watch?v=ebFtrQIMwzl,
https://www.peekvids.com/watch?v=dDbI-CwSYbP, https://www.peekvids.com/watch?v=w73Gdxv-QvF, https://www.peekvids.com/watch?v=3f325DjqWUe,

https://www.peekvids.com/watch?v=JY7IaJNZ86M, https://www.peekvids.com/watch?v=xA2pVpRYswi, https://www.peekvids.com/watch?v=J0PxlALTzOo,
https://www.peekvids.com/watch?v=7yzhYlTh8KC, https://www.peekvids.com/watch?v=z4-dwR8TdpF, https://www.peekvids.com/watch?v=5iglr0TDX9n,
https://www.peekvids.com/watch?v=uQVLiDFyVkT, https://www.peekvids.com/watch?v=kGMREORdZK5, https://www.peekvids.com/watch?v=xpB6o3U8Fu7,
https://www.peekvids.com/watch?v=R6he7T83n0D, https://www.peekvids.com/watch?v=VB0fVolIYcW, https://www.peekvids.com/watch?v=sfHVmE7xa6s,
https://www.peekvids.com/watch?v=M8j7pZE2m5c, https://www.peekvids.com/watch?v=EK5iZa8cmhm, https://www.peekvids.com/watch?v=hf3rW5gP-Ub,
https://www.peekvids.com/watch?v=kLfmRmn6CMK, https://www.peekvids.com/watch?v=IYnfw2iELk2, https://www.peekvids.com/watch?v=-fmmOlqXU9K,
https://www.peekvids.com/watch?v=WzlLhnKI-uX, https://www.peekvids.com/watch?v=0WvTxZ5LcYs, https://www.peekvids.com/watch?v=EpywOfaCaVw,
https://www.peekvids.com/watch?v=za6L5ktBgp5, https://www.peekvids.com/watch?v=jZt-znyU2i-, https://www.peekvids.com/watch?v=nPPCMVYkrsd,
https://www.peekvids.com/watch?v=4eARxX0QkHo, https://www.peekvids.com/watch?v=wBp3qF9KDwJ, https://www.peekvids.com/watch?v=pg5uGQwvum3,
https://www.peekvids.com/watch?v=9r0LzoW7WHt, https://www.peekvids.com/watch?v=k2JftlQvzdi, https://www.peekvids.com/watch?v=mdMrJPHU6wb,
https://www.peekvids.com/watch?v=2aYKsRINYdT, https://www.peekvids.com/watch?v=98mA99WOUxU, https://www.peekvids.com/watch?v=Xu48gf4BdOP,
https://www.peekvids.com/watch?v=bSklf8lD6C9, https://www.peekvids.com/watch?v=JpYSoNRpiTs, https://www.peekvids.com/watch?v=g-GU-KlseJl,
https://www.peekvids.com/watch?v=sM0NMPWnWDJ, https://www.peekvids.com/watch?v=EvV6mRNs2Vh, https://www.peekvids.com/watch?v=OMIBYFvVu0B,
https://www.peekvids.com/watch?v=PQBLYQPKT4c, https://www.peekvids.com/watch?v=DYxHzM7OJD3, https://www.peekvids.com/watch?v=lc6vYaQK8JC,
https://www.peekvids.com/watch?v=f00KpLU9aqk, https://www.peekvids.com/watch?v=D-tQGRgWlz7, https://www.peekvids.com/watch?v=NmqKi4vLaPG,
https://www.peekvids.com/watch?v=9K49FmlIkAl, https://www.peekvids.com/watch?v=TpWnMwuHh9J, https://www.peekvids.com/watch?v=Sk377vG9lj5,
https://www.peekvids.com/watch?v=o5VwVwX-63u, https://www.peekvids.com/watch?v=foQhaMYnHxS, https://www.peekvids.com/watch?v=QEUzry7qOdZ,
https://www.peekvids.com/watch?v=gxSJl6tXijo, https://www.peekvids.com/watch?v=RQw4x-lpVtG, https://www.peekvids.com/watch?v=T58QREahA4Q,
https://www.peekvids.com/watch?v=brq5tmjxO-l, https://www.peekvids.com/watch?v=uylt-sXydEl, https://www.peekvids.com/watch?v=GK-kzd5l3Q4,
https://www.peekvids.com/watch?v=u5imW-wr94l, https://www.peekvids.com/watch?v=S-ukiPJjHbJ, https://www.peekvids.com/watch?v=87tjiA2J27b,
https://www.peekvids.com/watch?v=Y2Zcygc22GE, https://www.peekvids.com/watch?v=Xnp6o3TCzhk, https://www.peekvids.com/watch?v=CKgz2UCQh6o,
https://www.peekvids.com/watch?v=EnSyyKfsa4n, https://www.peekvids.com/watch?v=FuHbbNXmdUJ, https://www.peekvids.com/watch?v=bkeBrpiFAu7,
https://www.peekvids.com/watch?v=slOPBrZJhED, https://www.peekvids.com/watch?v=vXlh6aPxQn-, https://www.peekvids.com/watch?v=krKmGMLDxCW,
https://www.peekvids.com/watch?v=v2QOiLztmDK, https://www.peekvids.com/watch?v=Png65aAwIUc, https://www.peekvids.com/watch?v=dGSaST7gIKH,
https://www.peekvids.com/watch?v=J9rG8LOf5yR, https://www.peekvids.com/watch?v=iKKqNg0D5vK, https://www.peekvids.com/watch?v=bmwy2xUwGiv,
https://www.peekvids.com/watch?v=r6KbYRGXtrY, https://www.peekvids.com/watch?v=Gbs5R-44y-s, https://www.peekvids.com/watch?v=idPMSNWqngv,
https://www.peekvids.com/watch?v=8bJ3GhoPuaB, https://www.peekvids.com/watch?v=kJEvLioPvYs, https://www.peekvids.com/watch?v=kOhC6Y4mZBU,
https://www.peekvids.com/watch?v=W-jlTX8tIJZ, https://www.peekvids.com/watch?v=DzQxWegQgP8, https://www.peekvids.com/watch?v=8uVhYqIpisK,
https://www.peekvids.com/watch?v=xeXA6zfXlYj, https://www.peekvids.com/watch?v=ExXTEqP7T2t, https://www.peekvids.com/watch?v=yncZXIPWhnT,
https://www.peekvids.com/watch?v=SlqSejheCFp, https://www.peekvids.com/watch?v=nGblw6Zlhwc, https://www.peekvids.com/watch?v=BgO9o4NI5fW,
https://www.peekvids.com/watch?v=74Asw6wQIvH, https://www.peekvids.com/watch?v=zcYJHo3RZxQ, https://www.peekvids.com/watch?v=58t3KMDuHDD,
https://www.peekvids.com/watch?v=jWWQKAbiQJ6, https://www.peekvids.com/watch?v=VN9VkrTpTdD, https://www.peekvids.com/watch?v=UKGJ8MmUDrW,
https://www.peekvids.com/watch?v=hB-jd4LzqUk, https://www.peekvids.com/watch?v=JiIiPXaxMye, https://www.peekvids.com/watch?v=BPheFPe7UXq,
https://www.peekvids.com/watch?v=2QKEQJlFoUS, https://www.peekvids.com/watch?v=DwFxO4i0zer, https://www.peekvids.com/watch?v=8eXQRfLAUTb,
https://www.peekvids.com/watch?v=FjJ9MuSkVn2, https://www.peekvids.com/watch?v=qqjiBoPwSyo, https://www.peekvids.com/watch?v=hqGimuvRdL4,
https://www.peekvids.com/watch?v=HZjnyvSMfBP, https://www.peekvids.com/watch?v=dvmyT5dAjdz, https://www.peekvids.com/watch?v=OGrlWKZ8A4z,
https://www.peekvids.com/watch?v=dE4TIhChB7e, https://www.peekvids.com/watch?v=PZSSdwNlZvp, https://www.peekvids.com/watch?v=yXdT0HKTSmL,
https://www.peekvids.com/watch?v=NILLTJAbHpL, https://www.peekvids.com/watch?v=nqyF3NDGDlp, https://www.peekvids.com/watch?v=cyAScVgZ0Rw,
https://www.peekvids.com/watch?v=396qfKPPr3t, https://www.peekvids.com/watch?v=DXbcDJbyRgO, https://www.peekvids.com/watch?v=itk9fC0BBrv,
https://www.peekvids.com/watch?v=ftZPd6J6zWd, https://www.peekvids.com/watch?v=M5z8Wg4Phyt, https://www.peekvids.com/watch?v=TpP2KnPm9hG,
https://www.peekvids.com/watch?v=vZbYpKDGZIQ, https://www.peekvids.com/watch?v=QYY2eOG9IZt, https://www.peekvids.com/watch?v=QdvswhiArfe,
https://www.peekvids.com/watch?v=GkFPulvySRT, https://www.peekvids.com/watch?v=38FWLGcxvxL, https://www.peekvids.com/watch?v=YRXK0HvGg-a,
https://www.peekvids.com/watch?v=Fp6dazcGUOZ, https://www.peekvids.com/watch?v=i5rV-GVsfCv, https://www.peekvids.com/watch?v=vaTyxnBwcVI,
https://www.peekvids.com/watch?v=6y982H9ppf4, https://www.peekvids.com/watch?v=MzoYJVI3ZoR, https://www.peekvids.com/watch?v=ihhE-oSkg3u,
https://www.peekvids.com/watch?v=u0fGLD6Zpso, https://www.peekvids.com/watch?v=K-mmQrApRTZ, https://www.peekvids.com/watch?v=Lby0LJcwapq,
https://www.peekvids.com/watch?v=cTImiv9XzSR, https://www.peekvids.com/watch?v=XzKRZZ--nMg, https://www.peekvids.com/watch?v=OH4OD7rw2WN,
https://www.peekvids.com/watch?v=2qVZbU0mGJS, https://www.peekvids.com/watch?v=YpGzjzHs52D, https://www.peekvids.com/watch?v=xTNDxRCDROL,
https://www.peekvids.com/watch?v=kt9kbvM4D85, https://www.peekvids.com/watch?v=uSkJHiwFPkh, https://www.peekvids.com/watch?v=YGzgRjCNuxU,
https://www.peekvids.com/watch?v=JFZmhgZnEzj, https://www.peekvids.com/watch?v=gU6WRSre-7K, https://www.peekvids.com/watch?v=HDsfd5SE84y,
https://www.peekvids.com/watch?v=zQFsaMgpdOI, https://www.peekvids.com/watch?v=69m0YbnE6bV, https://www.peekvids.com/watch?v=6OTKO-MopFt,
https://www.peekvids.com/watch?v=2ECdVgjPuzJ, https://www.peekvids.com/watch?v=ZXC-4-f4mEY, https://www.peekvids.com/watch?v=08AQO2wR9bT,
https://www.peekvids.com/watch?v=u0nLG6N9zxV, https://www.peekvids.com/watch?v=CdFGSeq8rFk, https://www.peekvids.com/watch?v=X0NNWLWEf6m,
https://www.peekvids.com/watch?v=A5WsqgQQqMi, https://www.peekvids.com/watch?v=uhArPfEayPX, https://www.peekvids.com/watch?v=u5GmG4JDH9o,
https://www.peekvids.com/watch?v=FBRElvOaUzE, https://www.peekvids.com/watch?v=5xCeSRKgFDi, https://www.peekvids.com/watch?v=iXMc0UevTc7,
https://www.peekvids.com/watch?v=nJe2RjAsb4t, https://www.peekvids.com/watch?v=y6wuFVN5yhv, https://www.peekvids.com/watch?v=y3k5wsLuaHZ,
https://www.peekvids.com/watch?v=hzPTnjpDahj, https://www.peekvids.com/watch?v=sL0Gkp2bZoe, https://www.peekvids.com/watch?v=7cvEVXv4qLq,
https://www.peekvids.com/watch?v=CYrbNR8rQyI, https://www.peekvids.com/watch?v=3lMcSes3j3D, https://www.peekvids.com/watch?v=yqrFZUn-MpD,
https://www.peekvids.com/watch?v=WRwAU7ZZtmE, https://www.peekvids.com/watch?v=HETebo49GMg, https://www.peekvids.com/watch?v=qt977wEVOlM,
https://www.peekvids.com/watch?v=cB7Dc32Lu-2, https://www.peekvids.com/watch?v=t6SdTiBJjVJ, https://www.peekvids.com/watch?v=gVyIbABb7mh,
https://www.peekvids.com/watch?v=WKDfheqJzOU, https://www.peekvids.com/watch?v=iimUqdFYNK7, https://www.peekvids.com/watch?v=mIH5E3ScUnJ,
https://www.peekvids.com/watch?v=Hkyb7crTiND, https://www.peekvids.com/watch?v=A7huhiCRV8b, https://www.peekvids.com/watch?v=yOpf4rW4eHc,
https://www.peekvids.com/watch?v=tYyduuEQCUj, https://www.peekvids.com/watch?v=hQWKitaTBCt, https://www.peekvids.com/watch?v=DcEumcbvKhe,
https://www.peekvids.com/watch?v=-0l7csn6ZHI, https://www.peekvids.com/watch?v=d3yUQADd3eE, https://www.peekvids.com/watch?v=Ta3Evv8ni8T,
https://www.peekvids.com/watch?v=45PQdBimzHm, https://www.peekvids.com/watch?v=j9qNEadV2IX, https://www.peekvids.com/watch?v=Qly-QkMjGka,
https://www.peekvids.com/watch?v=QuZEY2xEW53, https://www.peekvids.com/watch?v=rGOhgRXl7O9, https://www.peekvids.com/watch?v=OQFQKxcbio3,
https://www.peekvids.com/watch?v=tdRL6P395eM, https://www.peekvids.com/watch?v=TjW6H7rd996, https://www.peekvids.com/watch?v=7b2ISdLaRdX,
https://www.peekvids.com/watch?v=zSycqjVpaEX, https://www.peekvids.com/watch?v=XCWJ4WcrZY5, https://www.peekvids.com/watch?v=JYyt85QYvcl,
https://www.peekvids.com/watch?v=r2VQmYZs9e-, https://www.peekvids.com/watch?v=-rGdnfHdQTG, https://www.peekvids.com/watch?v=-y0rhELUNlr,
https://www.peekvids.com/watch?v=eHJpvmCi6uy, https://www.peekvids.com/watch?v=YvdWMTkljqf, https://www.peekvids.com/watch?v=Tm2NeZL6RIL,
https://www.peekvids.com/watch?v=qrwWitLoYOy, https://www.peekvids.com/watch?v=B7fIQtYHrTX, https://www.peekvids.com/watch?v=3bG48H7Hi9N,
https://www.peekvids.com/watch?v=rgtLcnRrBre, https://www.peekvids.com/watch?v=poQl254LydD, https://www.peekvids.com/watch?v=TPX-YJpYdcZ,
https://www.peekvids.com/watch?v=Hh6C6rg4Eg4, https://www.peekvids.com/watch?v=aX-QHGjYOuU, https://www.peekvids.com/watch?v=2W2lMLNRQRd,
https://www.peekvids.com/watch?v=SJKl4z-z8p4, https://www.peekvids.com/watch?v=-EfN5LLPPwW, https://www.peekvids.com/watch?v=gn3pmFGVcGw,
https://www.peekvids.com/watch?v=bcXMMhe9nU4, https://www.peekvids.com/watch?v=uGbqJc0XFt7, https://www.peekvids.com/watch?v=o8QlkZj409P,
https://www.peekvids.com/watch?v=uqnWKCYxNkV, https://www.peekvids.com/watch?v=Y65TMDu-S7-, https://www.peekvids.com/watch?v=ZvVmcMu4vkw,
https://www.peekvids.com/watch?v=NFPbaB73gWO, https://www.peekvids.com/watch?v=5k3pa6kVrvt, https://www.peekvids.com/watch?v=7MrubivshVG,
https://www.peekvids.com/watch?v=FSPpqVpBDd7, https://www.peekvids.com/watch?v=7o9HeZbPNSe, https://www.peekvids.com/watch?v=BJ7bJsouXWI,
https://www.peekvids.com/watch?v=fRCGCbhkXwR, https://www.peekvids.com/watch?v=HBmmQaiU70U, https://www.peekvids.com/watch?v=f7dsOxYOofn,
https://www.peekvids.com/watch?v=3daTgDTFr5N, https://www.peekvids.com/watch?v=BVRQgBDUI0l, https://www.peekvids.com/watch?v=pLfQNSONtlt,
https://www.peekvids.com/watch?v=kk9E8I9yxoP, https://www.peekvids.com/watch?v=IzBt3Ea9fs4, https://www.peekvids.com/watch?v=8fjEuy7LeHQ,
https://www.peekvids.com/watch?v=4Tm5F-N5dpJ, https://www.peekvids.com/watch?v=3zlvz0lVXqu, https://www.peekvids.com/watch?v=F9Vro9mTIZ8,
https://www.peekvids.com/watch?v=IAmrv4pJIcU, https://www.peekvids.com/watch?v=0HXcqsfaBUG, https://www.peekvids.com/watch?v=rdrw53oAsg-,
https://www.peekvids.com/watch?v=NwnwTNSoUaa, https://www.peekvids.com/watch?v=Sjkd87Mr-ya, https://www.peekvids.com/watch?v=xYPsBPu00Cp,
https://www.peekvids.com/watch?v=UYvmhnRimWB, https://www.peekvids.com/watch?v=fFfDBQH-xNj, https://www.peekvids.com/watch?v=NYaUjJ6dQnM,
https://www.peekvids.com/watch?v=X7aE8pave8k, https://www.peekvids.com/watch?v=js9ef-Ez6hY, https://www.peekvids.com/watch?v=99MlsQumWIS,
https://www.peekvids.com/watch?v=C7aiHgMqD4y, https://www.peekvids.com/watch?v=NFLlKyjpeSw, https://www.peekvids.com/watch?v=WHvlBWSSXJA,
https://www.peekvids.com/watch?v=JNultQWbO8n, https://www.peekvids.com/watch?v=BC2ObZlDasv, https://www.peekvids.com/watch?v=rtOG3EBZ64O,
https://www.peekvids.com/watch?v=B0GFQfNPO6Q, https://www.peekvids.com/watch?v=r6QTwqF7RO2, https://www.peekvids.com/watch?v=bMVoH3HqiTn,
https://www.peekvids.com/watch?v=fnjAAIgmqpX, https://www.peekvids.com/watch?v=eEDuZeQj9qj, https://www.peekvids.com/watch?v=nA3Byfl76is,
https://www.peekvids.com/watch?v=LS2J4OWSFvZ, https://www.peekvids.com/watch?v=RwhUgyTy-i2, https://www.peekvids.com/watch?v=xPaLLBHneqb,
https://www.peekvids.com/watch?v=W-lGF5HbNQD, https://www.peekvids.com/watch?v=wVbFDZ78nNx, https://www.peekvids.com/watch?v=UlX5fbf5nGe,
https://www.peekvids.com/watch?v=JTl3PEH3o2D, https://www.peekvids.com/watch?v=9d2RAQi-V-O, https://www.peekvids.com/watch?v=KTCo0m5orax,
https://www.peekvids.com/watch?v=DrVHAJ-5vME, https://www.peekvids.com/watch?v=LEtISqDf3MN, https://www.peekvids.com/watch?v=0BZY-845JgQ,
https://www.peekvids.com/watch?v=qN0VTtnA2nY, https://www.peekvids.com/watch?v=RlShlEJ5WQC, https://www.peekvids.com/watch?v=XkbzLJMQZO-,
https://www.peekvids.com/watch?v=TxUGdShLkyF, https://www.peekvids.com/watch?v=UjER3dGtjwv, https://www.peekvids.com/watch?v=3xIOiI9JsAB,
https://www.peekvids.com/watch?v=SMw8aDYOnj0
5.f. Date of third notice: 2015-03-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: delacroxxx
5.b. Uploader's email address: nagilmadgalo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=delacroxxx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=3wNYASaPTAm, https://www.peekvids.com/watch?v=jMq-op1Ve9O,
https://www.peekvids.com/watch?v=ecDrsNJeRLx, https://www.peekvids.com/watch?v=Dl7wJ5FPl_m, https://www.peekvids.com/watch?v=qWyx8T1pMH5,
https://www.peekvids.com/watch?v=X6hF5cjcfb4, https://www.peekvids.com/watch?v=0Aumg9QZffc, https://www.peekvids.com/watch?v=biVCFq1-pLK,
https://www.peekvids.com/watch?v=tDat59HrDJ8, https://www.peekvids.com/watch?v=PHooTBWHfyv, https://www.peekvids.com/watch?v=Ajohugj4Hyt,
https://www.peekvids.com/watch?v=8uJCljIzOPH, https://www.peekvids.com/watch?v=VY9uE4VZwHm, https://www.peekvids.com/watch?v=IQVxzCj_xzU,
https://www.peekvids.com/watch?v=71RxVc4txmx, https://www.peekvids.com/watch?v=OBUtHBE-rPO, https://www.peekvids.com/watch?v=fTdG-0rD5b0,
https://www.peekvids.com/watch?v=r0X851TwrUy, https://www.peekvids.com/watch?v=wdH2M_K_eHf, https://www.peekvids.com/watch?v=IBXX4s_JXnk,
https://www.peekvids.com/watch?v=CYeWCDRgkEQ, https://www.peekvids.com/watch?v=9evQ0CcL835, https://www.peekvids.com/watch?v=kyMesha6D0I,
https://www.peekvids.com/watch?v=XbxCxgEfAqt, https://www.peekvids.com/watch?v=g3sAHVK4Jr4, https://www.peekvids.com/watch?v=O7V3t5tFKNu,
https://www.peekvids.com/watch?v=Ytoq0Ib4pPk, https://www.peekvids.com/watch?v=6hUBM0KEX3P, https://www.peekvids.com/watch?v=O6IeI8Iz6Pe,
https://www.peekvids.com/watch?v=pzuL4DKPVrJ, https://www.peekvids.com/watch?v=GHQKdj4bAqD, https://www.peekvids.com/watch?v=TgPiHxziAtk,
https://www.peekvids.com/watch?v=scMkMVbDeef, https://www.peekvids.com/watch?v=D_aAOa6tKSi, https://www.peekvids.com/watch?v=H_F6SYZu9fc,
https://www.peekvids.com/watch?v=ikzqmL1wvb6, https://www.peekvids.com/watch?v=jmWVEIkDs2O, https://www.peekvids.com/watch?v=g0IIOnTq8Sc,
https://www.peekvids.com/watch?v=ZAlzEsFwE-n, https://www.peekvids.com/watch?v=XYnStCVxjZT, https://www.peekvids.com/watch?v=cuyTUD3IVyW,
https://www.peekvids.com/watch?v=xRF3fMvkCR9, https://www.peekvids.com/watch?v=jANXRgSv9yn, https://www.peekvids.com/watch?v=hDQ9jNXvdFu,
https://www.peekvids.com/watch?v=Bue3RulXcMB, https://www.peekvids.com/watch?v=UYr7wUDegzi, https://www.peekvids.com/watch?v=55jMDM4XI62,
https://www.peekvids.com/watch?v=Jb-msXqq8jR, https://www.peekvids.com/watch?v=6naG4bIf1Ij, https://www.peekvids.com/watch?v=dY_XzpeYjNr,
https://www.peekvids.com/watch?v=zTpSe-GXf97, https://www.peekvids.com/watch?v=DnEWWywmL1S, https://www.peekvids.com/watch?v=SSO4D-reHPX,
https://www.peekvids.com/watch?v=fC2GG-5CerE, https://www.peekvids.com/watch?v=XZNCwpjvHUp, https://www.peekvids.com/watch?v=2HG4SsNxDYd,
https://www.peekvids.com/watch?v=lZMe1aOXIuL, https://www.peekvids.com/watch?v=hR1K9AG29ef, https://www.peekvids.com/watch?v=824kD3hBhYR,
https://www.peekvids.com/watch?v=tDCn3dxl4OM, https://www.peekvids.com/watch?v=7vJbPNwoMYH, https://www.peekvids.com/watch?v=w4LGtNG1Qmt,
https://www.peekvids.com/watch?v=f2jJ8jZoRgf, https://www.peekvids.com/watch?v=roVR_c2OEHk, https://www.peekvids.com/watch?v=BKR8EGXhbHE,
https://www.peekvids.com/watch?v=S0Ty8IaCpOe, https://www.peekvids.com/watch?v=P3pziFFoZ8U, https://www.peekvids.com/watch?v=9fybynuC8is,
https://www.peekvids.com/watch?v=04kM5cbsx1G, https://www.peekvids.com/watch?v=ORSmLSBGgxP
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: depickup
5.b. Uploader's email address: aloniholfridrih@yahoo.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=depickup
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wUMPRnIpbgr, https://www.peekvids.com/watch?v=XWhk4Bye9GH,
https://www.peekvids.com/watch?v=WEkK-vLWCfg, https://www.peekvids.com/watch?v=E22jP3_0IRZ, https://www.peekvids.com/watch?v=V2eMND1sZpB,
https://www.peekvids.com/watch?v=gPM7vwyWnKU, https://www.peekvids.com/watch?v=BArouJyDc9O, https://www.peekvids.com/watch?v=jvx04oIC_nM,
https://www.peekvids.com/watch?v=mu72UM5tU0E, https://www.peekvids.com/watch?v=bSeCZqqOf4A, https://www.peekvids.com/watch?v=s25cotJKdBU,

https://www.peekvids.com/watch?v=7_WO5EdL3AQ, https://www.peekvids.com/watch?v=HBRAc8XgKyu, https://www.peekvids.com/watch?v=Xmb4CZwdtWb,
https://www.peekvids.com/watch?v=cGXCKSYCLQw, https://www.peekvids.com/watch?v=uj8X2e7G6Ka, https://www.peekvids.com/watch?v=46-54496-LV,
https://www.peekvids.com/watch?v=6c9oR3S9jji, https://www.peekvids.com/watch?v=a-f3Sdb2mlb, https://www.peekvids.com/watch?v=Yjv8kP-cTPX,
https://www.peekvids.com/watch?v=eFtj233c-3o, https://www.peekvids.com/watch?v=JXWBUegzhgk, https://www.peekvids.com/watch?v=CbKAN1ztyjj,
https://www.peekvids.com/watch?v=C7Oyw-eQAjP, https://www.peekvids.com/watch?v=7b0-X4PfVK7, https://www.peekvids.com/watch?v=JtKkea2_FzG,
https://www.peekvids.com/watch?v=Ft7y3bNxq2x, https://www.peekvids.com/watch?v=AxUHM0kRx9n, https://www.peekvids.com/watch?v=iniWvF7r0zm,
https://www.peekvids.com/watch?v=wmbk7NWu_YG, https://www.peekvids.com/watch?v=a4kbqreKGj5, https://www.peekvids.com/watch?v=VaHi9xOOiX4,
https://www.peekvids.com/watch?v=wd-EsJfknQu, https://www.peekvids.com/watch?v=xUTWGJTw-oE, https://www.peekvids.com/watch?v=dj5EVIbjsTH,
https://www.peekvids.com/watch?v=6sKbucvf9Jy, https://www.peekvids.com/watch?v=7tYwb_XdkCF, https://www.peekvids.com/watch?v=LNCH7LByCTi,
https://www.peekvids.com/watch?v=9oxAfNuikMd, https://www.peekvids.com/watch?v=EtDM6uJywbs, https://www.peekvids.com/watch?v=VDVKJRVYW9v,
https://www.peekvids.com/watch?v=NXoXRUDauZC, https://www.peekvids.com/watch?v=zzwsBUSH6DE, https://www.peekvids.com/watch?v=9dacG0bfi1a,
https://www.peekvids.com/watch?v=SQ82uFK3wSs, https://www.peekvids.com/watch?v=chZkbA27DdD, https://www.peekvids.com/watch?v=50XnETo6RMQ,
https://www.peekvids.com/watch?v=MDUyX7AeQCk, https://www.peekvids.com/watch?v=AZpNZbdryd9, https://www.peekvids.com/watch?v=wGhGoymWB2X,
https://www.peekvids.com/watch?v=n1q4PF1ME0B, https://www.peekvids.com/watch?v=UvlJB5FmRk0, https://www.peekvids.com/watch?v=OASFA9n3rIx,
https://www.peekvids.com/watch?v=SWTgiKrU1yo, https://www.peekvids.com/watch?v=BQ832nI1ksN, https://www.peekvids.com/watch?v=6gb7GdJxEZJ,
https://www.peekvids.com/watch?v=jBG5oCRsQ9q, https://www.peekvids.com/watch?v=ro4iTnhaALg, https://www.peekvids.com/watch?v=2iKPq6WmP29,
https://www.peekvids.com/watch?v=H86yWwijsnt, https://www.peekvids.com/watch?v=ga_sqIn9UM8, https://www.peekvids.com/watch?v=MI04XoW_b2n,
https://www.peekvids.com/watch?v=BDjDEs71ER4, https://www.peekvids.com/watch?v=rgUT81JmlqZ, https://www.peekvids.com/watch?v=90HLu0UGClP,
https://www.peekvids.com/watch?v=969pUe34A-f, https://www.peekvids.com/watch?v=vdRGo-nT5T8, https://www.peekvids.com/watch?v=WEwFvEemSF6,
https://www.peekvids.com/watch?v=EJa_brIDR_e, https://www.peekvids.com/watch?v=O7C-UNd4MUY, https://www.peekvids.com/watch?v=ZRA9GjkDgwj,
https://www.peekvids.com/watch?v=cofs5diwsp4, https://www.peekvids.com/watch?v=q27u5NTXrSF, https://www.peekvids.com/watch?v=TG3mgIUK7ez,
https://www.peekvids.com/watch?v=5h9K2vzsH-J, https://www.peekvids.com/watch?v=dp8oLzwCToV, https://www.peekvids.com/watch?v=S6tDnkPHYx3,
https://www.peekvids.com/watch?v=T60aJg_elyH, https://www.peekvids.com/watch?v=fXW1y9Dgi6I, https://www.peekvids.com/watch?v=kr8aJphs7Sk,
https://www.peekvids.com/watch?v=rg9QWStYN1j, https://www.peekvids.com/watch?v=qKg_n77SaUp, https://www.peekvids.com/watch?v=peIsPQEZnzf,
https://www.peekvids.com/watch?v=dX-6t2o7PkZ, https://www.peekvids.com/watch?v=qbOYO6-FJsA, https://www.peekvids.com/watch?v=MSBawxZlBIW,
https://www.peekvids.com/watch?v=OrjLx2bMrEl, https://www.peekvids.com/watch?v=N9jU8IoqH8M, https://www.peekvids.com/watch?v=ujU0aABipMN,
https://www.peekvids.com/watch?v=j6_S-25dIJl, https://www.peekvids.com/watch?v=Jva98qJiFdL, https://www.peekvids.com/watch?v=uHNh8sBg3yc,
https://www.peekvids.com/watch?v=blBYqVKqtTv, https://www.peekvids.com/watch?v=TNQKGk5MTso, https://www.peekvids.com/watch?v=91Qd3b5sDHf,
https://www.peekvids.com/watch?v=K0XYzCq3Sv3, https://www.peekvids.com/watch?v=VxBELGfIePP, https://www.peekvids.com/watch?v=M2f-hYJkpiw,
https://www.peekvids.com/watch?v=q_nFUOVxoEw, https://www.peekvids.com/watch?v=lNMh7OE__2q, https://www.peekvids.com/watch?v=SFkFV1Eu7vE,
https://www.peekvids.com/watch?v=EfpXbm_flfT, https://www.peekvids.com/watch?v=AdJUiIfLTyg, https://www.peekvids.com/watch?v=jhlfFPxuJIC,
https://www.peekvids.com/watch?v=d9xT4WR-ZwA, https://www.peekvids.com/watch?v=o4POre7KQ58, https://www.peekvids.com/watch?v=kLA7ffB7RV6,
https://www.peekvids.com/watch?v=yPtaVTMoMvm, https://www.peekvids.com/watch?v=eBY-jFilAVn, https://www.peekvids.com/watch?v=ueJi9jvdYVR,
https://www.peekvids.com/watch?v=VzfTAhiqHYV, https://www.peekvids.com/watch?v=q56cSrhnGP0, https://www.peekvids.com/watch?v=aC90_vveQOn,
https://www.peekvids.com/watch?v=xsBMw5qmRCG, https://www.peekvids.com/watch?v=YSaE7eF6svD, https://www.peekvids.com/watch?v=hul3oEHNJdU,
https://www.peekvids.com/watch?v=aw5M4MyswyB, https://www.peekvids.com/watch?v=XIzj-PHpVcN, https://www.peekvids.com/watch?v=XsTsHiGMi_x,
https://www.peekvids.com/watch?v=F5vJu9TahRD, https://www.peekvids.com/watch?v=nLBGR9Vh__Q, https://www.peekvids.com/watch?v=VTgBsyNgAvr,
https://www.peekvids.com/watch?v=5C8jsE-jTKn, https://www.peekvids.com/watch?v=Z6Cd5t8QRdC, https://www.peekvids.com/watch?v=4VVtCBu8Bab,
https://www.peekvids.com/watch?v=7L0c79NwGV3, https://www.peekvids.com/watch?v=X50BNQXDW8Y, https://www.peekvids.com/watch?v=WwXETBtKOoe,
https://www.peekvids.com/watch?v=C-ywiQIX8dP, https://www.peekvids.com/watch?v=2We4vzXfExv, https://www.peekvids.com/watch?v=EO5iessvFkJ,
https://www.peekvids.com/watch?v=vg8pNIiSVOe, https://www.peekvids.com/watch?v=3VVCK5OmyBO, https://www.peekvids.com/watch?v=o43xq6qWQuD,
https://www.peekvids.com/watch?v=RV33R8BinT6, https://www.peekvids.com/watch?v=BdRo3aIjrHS, https://www.peekvids.com/watch?v=f-CHFPknehb,
https://www.peekvids.com/watch?v=qmgKhLV9Cwe, https://www.peekvids.com/watch?v=GSCjrzvJdQI, https://www.peekvids.com/watch?v=TuIcB7Wib30,
https://www.peekvids.com/watch?v=aeDymlacnER, https://www.peekvids.com/watch?v=bpX5OG2neBv, https://www.peekvids.com/watch?v=T-xRBN2DsvE,
https://www.peekvids.com/watch?v=wDKczbjCvhi, https://www.peekvids.com/watch?v=2BOrUUAvyLx, https://www.peekvids.com/watch?v=xpyO3VMQ3gQ,
https://www.peekvids.com/watch?v=DRoiRE9VjXD, https://www.peekvids.com/watch?v=JghfvQEhw1h, https://www.peekvids.com/watch?v=AUOk2BMUPAb,
https://www.peekvids.com/watch?v=PiT90F3RHVS, https://www.peekvids.com/watch?v=JAFr-EEaSh3, https://www.peekvids.com/watch?v=VgqXiamV_KP,
https://www.peekvids.com/watch?v=PxZXenltaKB, https://www.peekvids.com/watch?v=kj1OslcU6kD, https://www.peekvids.com/watch?v=OkX_3_MHTC5,
https://www.peekvids.com/watch?v=7K0DeOV_TaH, https://www.peekvids.com/watch?v=2xQbBll_5BV, https://www.peekvids.com/watch?v=c5VLZbSaYgP,
https://www.peekvids.com/watch?v=O7QCb5Rh0z2, https://www.peekvids.com/watch?v=0qIp7GApye4, https://www.peekvids.com/watch?v=F8w_D1T8NiD,
https://www.peekvids.com/watch?v=PlJu_3hkpzW, https://www.peekvids.com/watch?v=wqDNShTKXLN, https://www.peekvids.com/watch?v=MEdd1jn64Uw,
https://www.peekvids.com/watch?v=xbSIpRfH0Gn, https://www.peekvids.com/watch?v=yq3JiNZrdj3, https://www.peekvids.com/watch?v=qQrpPw3Lf4R,
https://www.peekvids.com/watch?v=knzFdx05UCp, https://www.peekvids.com/watch?v=aFH22GdmKhg, https://www.peekvids.com/watch?v=jmqeTpyp2-X,
https://www.peekvids.com/watch?v=6vOdnSrmpmX, https://www.peekvids.com/watch?v=iXoHdUruz0z, https://www.peekvids.com/watch?v=N2QQ3IZ4Bkh,
https://www.peekvids.com/watch?v=AOEGZULGWwy, https://www.peekvids.com/watch?v=6EpqIL-QHPe, https://www.peekvids.com/watch?v=ZZrho6zwf8i,
https://www.peekvids.com/watch?v=V9SUWOE6tPy, https://www.peekvids.com/watch?v=TgxNjA4Bi6z, https://www.peekvids.com/watch?v=mH2WSiWyjdu,
https://www.peekvids.com/watch?v=SxvxZSHyVIL, https://www.peekvids.com/watch?v=7J7CAfkNPhI, https://www.peekvids.com/watch?v=7GMU9v8cVCx,
https://www.peekvids.com/watch?v=9DVb4fq6asW, https://www.peekvids.com/watch?v=x7qwwKco-2R, https://www.peekvids.com/watch?v=cbCDGLwbk0n,
https://www.peekvids.com/watch?v=d5fjA1IafH8, https://www.peekvids.com/watch?v=c7f0HHyGwgm, https://www.peekvids.com/watch?v=XlfyZ79sGqZ,
https://www.peekvids.com/watch?v=SWr0OQHWjpd, https://www.peekvids.com/watch?v=PEI_CAHZP1i, https://www.peekvids.com/watch?v=tDcFMB4cqKP,
https://www.peekvids.com/watch?v=IdDiOlq5MhX, https://www.peekvids.com/watch?v=hvpygcbLXZD, https://www.peekvids.com/watch?v=XtTtyVTcLFH,
https://www.peekvids.com/watch?v=dPeDfJT3I0O, https://www.peekvids.com/watch?v=hpPyDmsJGeN, https://www.peekvids.com/watch?v=3-lK5CmdgFe,
https://www.peekvids.com/watch?v=BPszjP77OqA, https://www.peekvids.com/watch?v=VosgEurULCr, https://www.peekvids.com/watch?v=XNmFhLzrVhl,
https://www.peekvids.com/watch?v=U2APiSOuyGv, https://www.peekvids.com/watch?v=veHgtbNqMZf, https://www.peekvids.com/watch?v=vSPfdA4ZeFO,
https://www.peekvids.com/watch?v=STdM1PzQ5KW, https://www.peekvids.com/watch?v=O5FFE7zjudW, https://www.peekvids.com/watch?v=hMhGp3oWP29,
https://www.peekvids.com/watch?v=UgMyrRzxIPu, https://www.peekvids.com/watch?v=t-lIo3_13_G, https://www.peekvids.com/watch?v=SvBs0bkd92I,
https://www.peekvids.com/watch?v=hsetbdsR8h4, https://www.peekvids.com/watch?v=P5K1FVxAqli, https://www.peekvids.com/watch?v=W5xh9z4GRgX,
https://www.peekvids.com/watch?v=XHN3WvpM69n, https://www.peekvids.com/watch?v=p67dR08PWvS, https://www.peekvids.com/watch?v=0G_4IuZoO00,
https://www.peekvids.com/watch?v=ZK5HRBxEDB3
5.f. Date of third notice: 2015-10-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dollarhouse
5.b. Uploader's email address: hitmanalexis@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dollarhouse
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Wz0-JaoISRa, https://www.peekvids.com/watch?v=yfYWpmnnBJu,
https://www.peekvids.com/watch?v=rPs0-SR605X, https://www.peekvids.com/watch?v=iC4PW26tC2J, https://www.peekvids.com/watch?v=G3fbHLJ7Dj6,
https://www.peekvids.com/watch?v=nLmJPbSIEAP, https://www.peekvids.com/watch?v=tYMUHxMFAO4, https://www.peekvids.com/watch?v=3ilFp59dpZl,
https://www.peekvids.com/watch?v=8xasasIZmzY, https://www.peekvids.com/watch?v=NJmlic-F-h-, https://www.peekvids.com/watch?v=Aly4a7IXOZ4,
https://www.peekvids.com/watch?v=xLJLcxgE5io, https://www.peekvids.com/watch?v=3PGcUK6dBz9, https://www.peekvids.com/watch?v=8dEZ6pIGwwv,
https://www.peekvids.com/watch?v=vM2CvJynBY0, https://www.peekvids.com/watch?v=4A3TIIxoHt7, https://www.peekvids.com/watch?v=raRjENDjVSq,
https://www.peekvids.com/watch?v=IoEAcfk5rO6, https://www.peekvids.com/watch?v=Xu2Qk9P3Ej3, https://www.peekvids.com/watch?v=KRWEBqGeO6L,
https://www.peekvids.com/watch?v=PMDOGq2OG9q, https://www.peekvids.com/watch?v=7uLeq3rrlEz, https://www.peekvids.com/watch?v=fmeNsnFSzNa,
https://www.peekvids.com/watch?v=HT437vqSAmC, https://www.peekvids.com/watch?v=IXw5Z7CD3nt, https://www.peekvids.com/watch?v=8OQ29nZ85nG,
https://www.peekvids.com/watch?v=OEcmxW8Fzg9, https://www.peekvids.com/watch?v=uwBY7U60bvP, https://www.peekvids.com/watch?v=rXJKbftAStP,
https://www.peekvids.com/watch?v=jN30lkVtZIx, https://www.peekvids.com/watch?v=e-snPymhiDk, https://www.peekvids.com/watch?v=bTNgWFK4IEo,
https://www.peekvids.com/watch?v=35aCmfTXFMD, https://www.peekvids.com/watch?v=EHXxMLHTzRq, https://www.peekvids.com/watch?v=Nkjd8idUlBy,
https://www.peekvids.com/watch?v=aGY7SffPd0H, https://www.peekvids.com/watch?v=Qzo7jPFdUSF, https://www.peekvids.com/watch?v=zMTtM4UuS-S,
https://www.peekvids.com/watch?v=W2mjuZPvv4U, https://www.peekvids.com/watch?v=Or3FMwksA6A, https://www.peekvids.com/watch?v=UUw5MDupgRG,
https://www.peekvids.com/watch?v=SFjMXiH9Fcz, https://www.peekvids.com/watch?v=hjjHu2-e2BX, https://www.peekvids.com/watch?v=3gzzOQtqtgZ,
https://www.peekvids.com/watch?v=cjz88a0C2xr, https://www.peekvids.com/watch?v=sjfkIEbyUk8, https://www.peekvids.com/watch?v=Jtnb2n4d2mK,
https://www.peekvids.com/watch?v=VdAT93kR5N8, https://www.peekvids.com/watch?v=sDqjDoMDBEL, https://www.peekvids.com/watch?v=FEdO2yBoBdh,
https://www.peekvids.com/watch?v=2i774DZ45MM, https://www.peekvids.com/watch?v=sEkVyxAcpTQ, https://www.peekvids.com/watch?v=NW4iNbbFlLB,
https://www.peekvids.com/watch?v=ObdyZNQA4Bg, https://www.peekvids.com/watch?v=z9NDpJuT8Eq, https://www.peekvids.com/watch?v=5XzBQ7GEXzz,
https://www.peekvids.com/watch?v=4zWkLirMU97, https://www.peekvids.com/watch?v=9cmZPkb6vwc, https://www.peekvids.com/watch?v=X7EdsEXXfYX,
https://www.peekvids.com/watch?v=svnbTLuLkL3, https://www.peekvids.com/watch?v=4cggytMa2l8, https://www.peekvids.com/watch?v=GUye69B37PO,
https://www.peekvids.com/watch?v=Pe0ttvwIAEN, https://www.peekvids.com/watch?v=m2-QJVUAjKE, https://www.peekvids.com/watch?v=rlTFDd8i70k,
https://www.peekvids.com/watch?v=Sb6vwZKOvOV, https://www.peekvids.com/watch?v=x2qCDebPQKi, https://www.peekvids.com/watch?v=qG-fd8HadSh,
https://www.peekvids.com/watch?v=HkpoEhxhWh5, https://www.peekvids.com/watch?v=x3FYBzU89m7, https://www.peekvids.com/watch?v=N-NMCUf2ODj,
https://www.peekvids.com/watch?v=InDigShbUbF, https://www.peekvids.com/watch?v=ZUWhZxvOuFg, https://www.peekvids.com/watch?v=RiOsPeGMn9a,
https://www.peekvids.com/watch?v=-iJlK8dB4bG, https://www.peekvids.com/watch?v=IIgLwzYQTkt, https://www.peekvids.com/watch?v=ay4nnvA33wx,
https://www.peekvids.com/watch?v=7U4yHoNTn5B, https://www.peekvids.com/watch?v=UohrHTPkld3, https://www.peekvids.com/watch?v=GLZAAXQlwnI,
https://www.peekvids.com/watch?v=KNjwxXy-zL4, https://www.peekvids.com/watch?v=SAOWGOK2LNl, https://www.peekvids.com/watch?v=03GJeTpQJOL,
https://www.peekvids.com/watch?v=V4xIxM5vgBY, https://www.peekvids.com/watch?v=Pxp0JHehQEX, https://www.peekvids.com/watch?v=FqDggCwGNAi,
https://www.peekvids.com/watch?v=-OJKKXeQ945, https://www.peekvids.com/watch?v=io5aBAGfma0, https://www.peekvids.com/watch?v=Og8H-t5gwNo,
https://www.peekvids.com/watch?v=rbheIFsDbkf, https://www.peekvids.com/watch?v=CqTZPIFzSYK, https://www.peekvids.com/watch?v=eTOT4ZXW64l,
https://www.peekvids.com/watch?v=hQuIS8woUkQ, https://www.peekvids.com/watch?v=Hnc4PL5brXs, https://www.peekvids.com/watch?v=FSK5ePiJzBN,
https://www.peekvids.com/watch?v=ZhG06c0BQhP, https://www.peekvids.com/watch?v=KYaBqEgnoxg, https://www.peekvids.com/watch?v=EtNe0ShaKiL,
https://www.peekvids.com/watch?v=e8gVdXR2gZX, https://www.peekvids.com/watch?v=XmDHDUKuDlu, https://www.peekvids.com/watch?v=cJsKPcHPRsv,
https://www.peekvids.com/watch?v=VdWxinghFSf, https://www.peekvids.com/watch?v=ViayRuOXpFx, https://www.peekvids.com/watch?v=sJcmT5KyjTJ,
https://www.peekvids.com/watch?v=JYklRU5TkDE, https://www.peekvids.com/watch?v=fvPyQtDSqbF, https://www.peekvids.com/watch?v=siPLX7pjBTX,
https://www.peekvids.com/watch?v=W_kMlgTW99i, https://www.peekvids.com/watch?v=x18dRS3GMXL, https://www.peekvids.com/watch?v=l7qbjp8URpV,
https://www.peekvids.com/watch?v=w1GmFJJkubh, https://www.peekvids.com/watch?v=ur9xwRZDOIN, https://www.peekvids.com/watch?v=ngVXf02NtOm,
https://www.peekvids.com/watch?v=gCzcq8DwiCe, https://www.peekvids.com/watch?v=5yMLmEBzch5, https://www.peekvids.com/watch?v=WMgBX1G6Mfd,
https://www.peekvids.com/watch?v=G9l1vyD5u-Q, https://www.peekvids.com/watch?v=pCVoNoRbtue, https://www.peekvids.com/watch?v=UBQIm0Jx3oi,
https://www.peekvids.com/watch?v=Ad95L79M-Ca, https://www.peekvids.com/watch?v=Jhxv2wTxgfG, https://www.peekvids.com/watch?v=AA1QBWSyWCF,
https://www.peekvids.com/watch?v=LINsyMt6YTP, https://www.peekvids.com/watch?v=DPw1LMsaOJq, https://www.peekvids.com/watch?v=OsLuej1aXst,
https://www.peekvids.com/watch?v=7e7Kh3yOv4V, https://www.peekvids.com/watch?v=muZt0Dpqws3, https://www.peekvids.com/watch?v=n1Ig2BfusbK,
https://www.peekvids.com/watch?v=sCw6cj-l4Y9, https://www.peekvids.com/watch?v=GnPZ-dXFwrg, https://www.peekvids.com/watch?v=9C4k7cIHtAX,
https://www.peekvids.com/watch?v=LqHv3TIiycU, https://www.peekvids.com/watch?v=xdoJUCvh9gB, https://www.peekvids.com/watch?v=mABr51cN4iM,
https://www.peekvids.com/watch?v=Opdmo0bFutg, https://www.peekvids.com/watch?v=zoYobSAC3Bu, https://www.peekvids.com/watch?v=oTQiFO-onaA,
https://www.peekvids.com/watch?v=jvSHYuCX8fI, https://www.peekvids.com/watch?v=WwfpmEiDWNz, https://www.peekvids.com/watch?v=tdgsYIoI69N,
https://www.peekvids.com/watch?v=dTptuSdvqpc, https://www.peekvids.com/watch?v=EGHY39svnTL, https://www.peekvids.com/watch?v=Z3fe5FfH5L0,
https://www.peekvids.com/watch?v=8p1wph5oG4G, https://www.peekvids.com/watch?v=M5_wd0m6eGi, https://www.peekvids.com/watch?v=aKVALvp8Ewf,
https://www.peekvids.com/watch?v=qLlxrqoDVCD, https://www.peekvids.com/watch?v=owIEarkjprq, https://www.peekvids.com/watch?v=f3DdPMhKpL2,
https://www.peekvids.com/watch?v=x_Vtpaj6bj6, https://www.peekvids.com/watch?v=nBOPufAVC4T, https://www.peekvids.com/watch?v=Uf5oFuypwvn,
https://www.peekvids.com/watch?v=oHXRIII_bPX, https://www.peekvids.com/watch?v=CKsNo7KrzXX, https://www.peekvids.com/watch?v=4--uHDxVO6T,
https://www.peekvids.com/watch?v=P8ezvO2-vuu, https://www.peekvids.com/watch?v=LhxvUhq2igh, https://www.peekvids.com/watch?v=p36PpT4YvZb,
https://www.peekvids.com/watch?v=OQ4joMXWAGa, https://www.peekvids.com/watch?v=SkNmSeGMikM, https://www.peekvids.com/watch?v=Jl50Dk86PZC,
https://www.peekvids.com/watch?v=Qg1ZRfyKw5X, https://www.peekvids.com/watch?v=tvJpyVXS-5Q, https://www.peekvids.com/watch?v=yVEn1cgR8dw,
https://www.peekvids.com/watch?v=W2rRbX5pLTs, https://www.peekvids.com/watch?v=fxtX5GFe4Zy, https://www.peekvids.com/watch?v=2_y6naoBgn7,
https://www.peekvids.com/watch?v=YkMpmZwY28t, https://www.peekvids.com/watch?v=fP7YYHeWsRP, https://www.peekvids.com/watch?v=pCp6iRND6Kv,
https://www.peekvids.com/watch?v=T0ubZYx15i5, https://www.peekvids.com/watch?v=cyIy4U4_aSq, https://www.peekvids.com/watch?v=szl6FplbNIU,
https://www.peekvids.com/watch?v=JZBfnzAOM9Q, https://www.peekvids.com/watch?v=ufPzG8li-JB, https://www.peekvids.com/watch?v=SKcV8FCXX28,
https://www.peekvids.com/watch?v=XQopx6Orz5x, https://www.peekvids.com/watch?v=MVaTPcBoeJY, https://www.peekvids.com/watch?v=IELVcGk6iwH,
https://www.peekvids.com/watch?v=8qZ5gUiNui6, https://www.peekvids.com/watch?v=tuibB8UHWfm, https://www.peekvids.com/watch?v=EUmiisgEMfd,

https://www.peekvids.com/watch?v=OSSuVspbFp3, https://www.peekvids.com/watch?v=8mNWwFRuLs3, https://www.peekvids.com/watch?v=B0KRccmoj0h,
https://www.peekvids.com/watch?v=qfpmz_zVQ9o, https://www.peekvids.com/watch?v=EnQO6QBAtHa, https://www.peekvids.com/watch?v=WVMkMVxzVQG,
https://www.peekvids.com/watch?v=lvBpGxhxP0b, https://www.peekvids.com/watch?v=TATjyzDx23e, https://www.peekvids.com/watch?v=NQVJDiTeiMc,
https://www.peekvids.com/watch?v=5dEppeQYOnL
5.f. Date of third notice: 2015-05-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dollly
5.b. Uploader's email address: mamaybooty@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dollly
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=YRRi2cN9_Lr, https://www.peekvids.com/watch?v=m51LBI3EQps,
https://www.peekvids.com/watch?v=xDYalSO4CPR, https://www.peekvids.com/watch?v=E2DinUzCotj, https://www.peekvids.com/watch?v=IAyP8r9bskr,
https://www.peekvids.com/watch?v=wnu5WP_ybfw, https://www.peekvids.com/watch?v=k5qz-MyrXhy, https://www.peekvids.com/watch?v=iWdowOHyhDC,
https://www.peekvids.com/watch?v=mNDb0MbLGT6, https://www.peekvids.com/watch?v=SjUT85ZXHLo, https://www.peekvids.com/watch?v=ACTKYJekk6A,
https://www.peekvids.com/watch?v=LVD_U7U_qjs, https://www.peekvids.com/watch?v=MYwZRyCXDLa, https://www.peekvids.com/watch?v=Hm_QDN0QHiy,
https://www.peekvids.com/watch?v=IOYSFGwoXIR, https://www.peekvids.com/watch?v=yYwt8sLimfo, https://www.peekvids.com/watch?v=Ir_YfpifrYr,
https://www.peekvids.com/watch?v=S9Ae1JW419F, https://www.peekvids.com/watch?v=sbBFkCqzDEx, https://www.peekvids.com/watch?v=Twm6jKwLc6c,
https://www.peekvids.com/watch?v=ZBDkst5i-Ok, https://www.peekvids.com/watch?v=wkE1WnhRy6T, https://www.peekvids.com/watch?v=Gpuw6eL0Ayz,
https://www.peekvids.com/watch?v=sgbF1OhXd6X, https://www.peekvids.com/watch?v=QHfkb6Rx95E, https://www.peekvids.com/watch?v=8kLhKLYhb55,
https://www.peekvids.com/watch?v=TZm3yfM9xSh
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: don800
5.b. Uploader's email address: saymyflovedanna@yahoo.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=don800
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=qSCTo2ZvWsM, https://www.peekvids.com/watch?v=ArKDB5ezrzO,
https://www.peekvids.com/watch?v=wuzA2w2zbn5, https://www.peekvids.com/watch?v=5r_zJssnODx, https://www.peekvids.com/watch?v=0HAlh5DQ9rF,
https://www.peekvids.com/watch?v=w3bhgCI8a6s, https://www.peekvids.com/watch?v=MWXerm8jJJQ, https://www.peekvids.com/watch?v=NrQCAvkFR9W,
https://www.peekvids.com/watch?v=wCoAxD0oT_e, https://www.peekvids.com/watch?v=FN3OHNOzvCK, https://www.peekvids.com/watch?v=ICP3SZ1FavT,
https://www.peekvids.com/watch?v=Qyd9BaN3_KM, https://www.peekvids.com/watch?v=dYORdod7a4Q, https://www.peekvids.com/watch?v=NOP3huBxigo,
https://www.peekvids.com/watch?v=cbabhERwfzt, https://www.peekvids.com/watch?v=AcfNlheI2Rc, https://www.peekvids.com/watch?v=7C0N4y7P9kj,
https://www.peekvids.com/watch?v=gh3BjzYJgHh, https://www.peekvids.com/watch?v=a3HcF0CZaxY, https://www.peekvids.com/watch?v=aifwyAgGu4b,
https://www.peekvids.com/watch?v=oKRc2c3mHeD, https://www.peekvids.com/watch?v=4zzAHRcCz5y, https://www.peekvids.com/watch?v=CCpk6qyFzI7,
https://www.peekvids.com/watch?v=60bNp6A8dS6, https://www.peekvids.com/watch?v=YVUILefYYdK, https://www.peekvids.com/watch?v=4l8FmnymoPS,
https://www.peekvids.com/watch?v=qufI1zUA9IC, https://www.peekvids.com/watch?v=heN9iouzd7r, https://www.peekvids.com/watch?v=XqkxXiEWUYp,
https://www.peekvids.com/watch?v=fEmiJ6QmwCz, https://www.peekvids.com/watch?v=vboKzQ47fak, https://www.peekvids.com/watch?v=ehD80sikqLY,
https://www.peekvids.com/watch?v=tTC2NBYMUPC, https://www.peekvids.com/watch?v=f_lcyH_x3XN, https://www.peekvids.com/watch?v=Uo5uz_rO9h5,
https://www.peekvids.com/watch?v=gT4U-HWgjn5, https://www.peekvids.com/watch?v=09uSWhENfiT, https://www.peekvids.com/watch?v=5iE_pxc0NV7,
https://www.peekvids.com/watch?v=L9dNLirvfTL, https://www.peekvids.com/watch?v=fFeiBmxPWzA, https://www.peekvids.com/watch?v=Jar6RkPBT20,
https://www.peekvids.com/watch?v=sk3sh_JTceH, https://www.peekvids.com/watch?v=TIZq5V5uRPo, https://www.peekvids.com/watch?v=2GzVdr0UdoO,
https://www.peekvids.com/watch?v=i4WL7J9J-a9, https://www.peekvids.com/watch?v=Ii_19GydmYv, https://www.peekvids.com/watch?v=23TripPBoyX,
https://www.peekvids.com/watch?v=V-BMNlYY4yn, https://www.peekvids.com/watch?v=MvGrhyilZ-R, https://www.peekvids.com/watch?v=Y54BsnefFhI,
https://www.peekvids.com/watch?v=NjKTme8V2S5, https://www.peekvids.com/watch?v=3tOA3LEqQ1P, https://www.peekvids.com/watch?v=UtMHDhY4wJf,
https://www.peekvids.com/watch?v=j4d32tFTXKf, https://www.peekvids.com/watch?v=Yi8UwTsXQ0N, https://www.peekvids.com/watch?v=5cmBCeicXT3,
https://www.peekvids.com/watch?v=DtQABJO8YJg, https://www.peekvids.com/watch?v=VTAZGr_XwoX, https://www.peekvids.com/watch?v=gC-c-me4r5U,
https://www.peekvids.com/watch?v=j1VypGns_1M, https://www.peekvids.com/watch?v=zGHRULYHc8p, https://www.peekvids.com/watch?v=0hfbvVb176J,
https://www.peekvids.com/watch?v=gdtdx91Ngws, https://www.peekvids.com/watch?v=cehowVusH6I, https://www.peekvids.com/watch?v=gz1DBIPUvtb,
https://www.peekvids.com/watch?v=5y7622UpwgY, https://www.peekvids.com/watch?v=ltBJCAkgLl5, https://www.peekvids.com/watch?v=gM3zsDFlbgR,
https://www.peekvids.com/watch?v=5HTSFPCxPFE, https://www.peekvids.com/watch?v=gxXjduatZCQ, https://www.peekvids.com/watch?v=8r_AQj7GQyb,
https://www.peekvids.com/watch?v=HdY2QDaaN3R, https://www.peekvids.com/watch?v=WJxb3RJAUuT, https://www.peekvids.com/watch?v=yLip41UQ0gQ,
https://www.peekvids.com/watch?v=iV4ErYf4MoS, https://www.peekvids.com/watch?v=xzEyk6ENSHx, https://www.peekvids.com/watch?v=Kf-7pi_RF-B,
https://www.peekvids.com/watch?v=b2PFm3wKOF2, https://www.peekvids.com/watch?v=UiqHhFi6xMU, https://www.peekvids.com/watch?v=NFZS5Rkf1M4,
https://www.peekvids.com/watch?v=xU1A2xAaT5D, https://www.peekvids.com/watch?v=5JHS0kw3yZr, https://www.peekvids.com/watch?v=K51pdO1Q6Vb,
https://www.peekvids.com/watch?v=ViONP4dbeny, https://www.peekvids.com/watch?v=5VxmQzbdD2F, https://www.peekvids.com/watch?v=tk03Yt8m6eQ,
https://www.peekvids.com/watch?v=9ZV99yLb-iy, https://www.peekvids.com/watch?v=wfhromPGlIi, https://www.peekvids.com/watch?v=hCAug6FOdPT,
https://www.peekvids.com/watch?v=WQzXEJUxAMB, https://www.peekvids.com/watch?v=ZjPOptu2ZQN, https://www.peekvids.com/watch?v=2rEsr7I7fvU,
https://www.peekvids.com/watch?v=H-7Nt7KgIbY, https://www.peekvids.com/watch?v=qgds7odOq1p, https://www.peekvids.com/watch?v=M05kPqUoGBp,
https://www.peekvids.com/watch?v=ZlVJRpnMB3H, https://www.peekvids.com/watch?v=ezl4JETNwOb, https://www.peekvids.com/watch?v=pQT1ZchHvpA,
https://www.peekvids.com/watch?v=M7JMQ6XrCO8, https://www.peekvids.com/watch?v=oVBMioaCMkh, https://www.peekvids.com/watch?v=Yuj8nvpjUT7,
https://www.peekvids.com/watch?v=EBCM8vTYXPo, https://www.peekvids.com/watch?v=imKPGBAudtB, https://www.peekvids.com/watch?v=Ysn94K-GeOT,
https://www.peekvids.com/watch?v=X9E4KqedXH7, https://www.peekvids.com/watch?v=k6gTeRqe4Ux, https://www.peekvids.com/watch?v=HB0rKswwPxa,
https://www.peekvids.com/watch?v=gxFQ_qXBDLm, https://www.peekvids.com/watch?v=uT2_P680YjG, https://www.peekvids.com/watch?v=sOFLp6BgeRh,
https://www.peekvids.com/watch?v=dSTOiTiWokF, https://www.peekvids.com/watch?v=9WmTQSSEoZ5, https://www.peekvids.com/watch?v=QQ5Mq3FIJnW,
https://www.peekvids.com/watch?v=LottUY7YjMZ, https://www.peekvids.com/watch?v=3HEQ5feynK9, https://www.peekvids.com/watch?v=z0SD20DxpkK,
https://www.peekvids.com/watch?v=Jp5f7_W8PmX, https://www.peekvids.com/watch?v=TGNo17lP7TB, https://www.peekvids.com/watch?v=EENwsF9SPU0,
https://www.peekvids.com/watch?v=pNn_dYNWpnI, https://www.peekvids.com/watch?v=v9Owo-_3rs3, https://www.peekvids.com/watch?v=xGuowgAUqEd,
https://www.peekvids.com/watch?v=9T9fgAStSXp, https://www.peekvids.com/watch?v=NtwSDC4gxWK, https://www.peekvids.com/watch?v=RsyYiGGZ3g0,
https://www.peekvids.com/watch?v=fA1yPP8x1Z8, https://www.peekvids.com/watch?v=33tiLpHmSBO, https://www.peekvids.com/watch?v=QIUlN7rb17X,
https://www.peekvids.com/watch?v=S1Yp8i2gNQX, https://www.peekvids.com/watch?v=Em5gWvKPkrd, https://www.peekvids.com/watch?v=3HdevZm7Ro5,
https://www.peekvids.com/watch?v=CMkpOsKunya, https://www.peekvids.com/watch?v=iJageeH_9zt, https://www.peekvids.com/watch?v=UpcCbRKZFcl,
https://www.peekvids.com/watch?v=jfPaasRSo5Q, https://www.peekvids.com/watch?v=xx9CNtHKSVp, https://www.peekvids.com/watch?v=qkwKnMf09w2,
https://www.peekvids.com/watch?v=F_ayZx_63aA, https://www.peekvids.com/watch?v=nwh19gY_zVD, https://www.peekvids.com/watch?v=qrLfqTBLc5E,
https://www.peekvids.com/watch?v=Hxm1byQ40_V, https://www.peekvids.com/watch?v=xtalksaOe2g, https://www.peekvids.com/watch?v=auVIbS9gvM7,
https://www.peekvids.com/watch?v=HgoDVWacHaU, https://www.peekvids.com/watch?v=2oepmjYK7sG, https://www.peekvids.com/watch?v=i9zvk2J6B8c,
https://www.peekvids.com/watch?v=asN4RWKWHnh, https://www.peekvids.com/watch?v=Qd2KKPviCU2, https://www.peekvids.com/watch?v=b-tMwNOdwdr,
https://www.peekvids.com/watch?v=jsUOrIlP_ay, https://www.peekvids.com/watch?v=R0jVfZP3_Yo, https://www.peekvids.com/watch?v=nhjX_E35FiG,
https://www.peekvids.com/watch?v=nlo-owu33FQ, https://www.peekvids.com/watch?v=jVxHHsCXRdK, https://www.peekvids.com/watch?v=6RYw-5Yb1Qr,
https://www.peekvids.com/watch?v=ndz1PDeUqqd, https://www.peekvids.com/watch?v=oShcZIXd0bo, https://www.peekvids.com/watch?v=46JmZtwT6vl,
https://www.peekvids.com/watch?v=zwIYkIdbu9Z, https://www.peekvids.com/watch?v=BMkc5JYbdlc, https://www.peekvids.com/watch?v=GF797HqJEKh,
https://www.peekvids.com/watch?v=UdRQQn6eqyc, https://www.peekvids.com/watch?v=TRZ0GXVNK8m, https://www.peekvids.com/watch?v=vXq8cCKjRVm,
https://www.peekvids.com/watch?v=jG1NnIdQG3a, https://www.peekvids.com/watch?v=8EQk2AuA8F2, https://www.peekvids.com/watch?v=EIYBx9mMkPL
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dondani
5.b. Uploader's email address: timamaardiato@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dondani
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=HEsuud7v0su, https://www.peekvids.com/watch?v=ra2tHdsrvnl,
https://www.peekvids.com/watch?v=2yn0zDFx-qm, https://www.peekvids.com/watch?v=uSpT-WTjEyB, https://www.peekvids.com/watch?v=BdPEo9l2nz5,
https://www.peekvids.com/watch?v=7Q9YbkMSz20, https://www.peekvids.com/watch?v=sDictffsdaK, https://www.peekvids.com/watch?v=q6yP6LiQ-wl,
https://www.peekvids.com/watch?v=oVns78301Vi, https://www.peekvids.com/watch?v=00P0DwEJLZa, https://www.peekvids.com/watch?v=QKgjnt-xHWv,
https://www.peekvids.com/watch?v=2GgSCNUgk9p, https://www.peekvids.com/watch?v=zRVOljKHyjR, https://www.peekvids.com/watch?v=JrM04ALFkta,
https://www.peekvids.com/watch?v=fMvQ4p5Jpwc, https://www.peekvids.com/watch?v=Z2-FWriyPmb, https://www.peekvids.com/watch?v=6R8_u5SguiR,
https://www.peekvids.com/watch?v=EHZnUAHo-Di, https://www.peekvids.com/watch?v=kP3TGRXQARY, https://www.peekvids.com/watch?v=T0e1YBFVZnM,
https://www.peekvids.com/watch?v=jwbkGcFdX2L, https://www.peekvids.com/watch?v=uhomIoaJDTY, https://www.peekvids.com/watch?v=rCC09gFcmkC,
https://www.peekvids.com/watch?v=FvoiDtLs_Fq, https://www.peekvids.com/watch?v=JE7vIdJl_no, https://www.peekvids.com/watch?v=5lPZZCWyv7u,
https://www.peekvids.com/watch?v=5wSQWAJH14u, https://www.peekvids.com/watch?v=yzpRKN77VQw, https://www.peekvids.com/watch?v=X_P1XhbnwGk,
https://www.peekvids.com/watch?v=s2GSlYpMybG, https://www.peekvids.com/watch?v=nZl4mI8deMc, https://www.peekvids.com/watch?v=bwyzvfOEt_u,
https://www.peekvids.com/watch?v=K99SUsags2J, https://www.peekvids.com/watch?v=XnxwQ0E-0EN, https://www.peekvids.com/watch?v=MGwSsVvPJ_s,
https://www.peekvids.com/watch?v=rEX2AytQg0J, https://www.peekvids.com/watch?v=RWUzVXjqWzX, https://www.peekvids.com/watch?v=ScTCA1WvI2a,
https://www.peekvids.com/watch?v=P6NyqUPN2Cb, https://www.peekvids.com/watch?v=6AQNfgFS9IU, https://www.peekvids.com/watch?v=lrq8T6o7UvV
5.f. Date of third notice: 2015-08-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dondigidon
5.b. Uploader's email address: ernestmilttyqwx@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dondigidon
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pFXj3KfOQqP, https://www.peekvids.com/watch?v=LQ8564mHrWA,
https://www.peekvids.com/watch?v=H8aKWlKhnjD, https://www.peekvids.com/watch?v=vqy0YDdiQt8, https://www.peekvids.com/watch?v=KJ9PzrSRh4W,
https://www.peekvids.com/watch?v=w7UHHotF92H, https://www.peekvids.com/watch?v=8H3iG0tG2Cb, https://www.peekvids.com/watch?v=X2VXLPdKwBz,
https://www.peekvids.com/watch?v=MSrMsm1aYRk, https://www.peekvids.com/watch?v=7XOAYKnHI5x, https://www.peekvids.com/watch?v=znvCbo5VDRn,
https://www.peekvids.com/watch?v=q_AGe95N2bF, https://www.peekvids.com/watch?v=kw5HQD94Zgo, https://www.peekvids.com/watch?v=3wMyRU0Lg5C,
https://www.peekvids.com/watch?v=8Ermh4iSBE6, https://www.peekvids.com/watch?v=7kv2K67hJws, https://www.peekvids.com/watch?v=qOtbkpCVHcz,
https://www.peekvids.com/watch?v=FFB5eq133PN, https://www.peekvids.com/watch?v=wl0tZExyQW3, https://www.peekvids.com/watch?v=hYuvW-53qsi,
https://www.peekvids.com/watch?v=gPdPPQ8vloS, https://www.peekvids.com/watch?v=SqaX9YrK4vM, https://www.peekvids.com/watch?v=Gqk1Z9Z31wt,
https://www.peekvids.com/watch?v=7Ev95TZv5v6, https://www.peekvids.com/watch?v=3Hxf4DpKebi, https://www.peekvids.com/watch?v=XBHuhX8bCo5,
https://www.peekvids.com/watch?v=rtxsTqSh9QJ, https://www.peekvids.com/watch?v=Az--1j-5_pn, https://www.peekvids.com/watch?v=T1J-3LiOCNq,
https://www.peekvids.com/watch?v=NPugCNQHYwZ, https://www.peekvids.com/watch?v=0dMVvvR8xWc, https://www.peekvids.com/watch?v=X9cU3o8pmSo,
https://www.peekvids.com/watch?v=hoHxgHYNKoX, https://www.peekvids.com/watch?v=TZh3KrRaQv0, https://www.peekvids.com/watch?v=IVA1jXITjzS,
https://www.peekvids.com/watch?v=ZUX--Dr9OMy, https://www.peekvids.com/watch?v=iKXcT-xfiot, https://www.peekvids.com/watch?v=8WKynDtJWlN,
https://www.peekvids.com/watch?v=qS6e5WkmhTt, https://www.peekvids.com/watch?v=OOliW0W32xl, https://www.peekvids.com/watch?v=6U9Ra9iN3SK,
https://www.peekvids.com/watch?v=BiD2hG3u6VP, https://www.peekvids.com/watch?v=iJ37OcBQsfu, https://www.peekvids.com/watch?v=DQyBg5Le-xP,
https://www.peekvids.com/watch?v=E42sc7evElv, https://www.peekvids.com/watch?v=O0k8i50Aqes, https://www.peekvids.com/watch?v=sNFK3tOuz8P,
https://www.peekvids.com/watch?v=GncUDYWbpHE, https://www.peekvids.com/watch?v=x9VSJz36nD2, https://www.peekvids.com/watch?v=Yjc0Nhh9cT5,
https://www.peekvids.com/watch?v=UFvfYikWk7N, https://www.peekvids.com/watch?v=jkFH-4MyINN, https://www.peekvids.com/watch?v=5Pm8NnzVDXd,
https://www.peekvids.com/watch?v=q8SIbnM-LZM, https://www.peekvids.com/watch?v=Ig9LTuEayws, https://www.peekvids.com/watch?v=efJxR0V1S7z,
https://www.peekvids.com/watch?v=AhQwSB_1h5G, https://www.peekvids.com/watch?v=ZWCQ_c7O6Yg, https://www.peekvids.com/watch?v=4cxiVVt3lnp,
https://www.peekvids.com/watch?v=B-94_A9c8MB, https://www.peekvids.com/watch?v=IShCk2VtulI, https://www.peekvids.com/watch?v=fz68vEpq7-X,
https://www.peekvids.com/watch?v=x7IpSaC3IPK, https://www.peekvids.com/watch?v=PToppfPbrqy, https://www.peekvids.com/watch?v=Mg6kv876G1D,
https://www.peekvids.com/watch?v=zpfVDv0eSNb, https://www.peekvids.com/watch?v=Im8klY4OZCY, https://www.peekvids.com/watch?v=i4mYguFBuBl,
https://www.peekvids.com/watch?v=SuLFLjD7tBK, https://www.peekvids.com/watch?v=EJ29Yp4Dqz3, https://www.peekvids.com/watch?v=pQWYWhbkCdV,
https://www.peekvids.com/watch?v=4awAluVOpOi, https://www.peekvids.com/watch?v=9A94BDiDwHF, https://www.peekvids.com/watch?v=WWSTuWaKWRu,
https://www.peekvids.com/watch?v=GZCs9jLi2QJ, https://www.peekvids.com/watch?v=x8RZbBOsgoH, https://www.peekvids.com/watch?v=W2rxw8ejndU,
https://www.peekvids.com/watch?v=b6gV58ifwaD, https://www.peekvids.com/watch?v=u0C3L5R5IOK, https://www.peekvids.com/watch?v=oilx2Dd6iZg,
https://www.peekvids.com/watch?v=xUHVp_f93xp, https://www.peekvids.com/watch?v=YGn7Ju4DCCn, https://www.peekvids.com/watch?v=MzyGTZk0XJF,

https://www.peekvids.com/watch?v=OCj9zPA04mt, https://www.peekvids.com/watch?v=sTiyqb70YTN, https://www.peekvids.com/watch?v=oButd4Lzanu,
https://www.peekvids.com/watch?v=gvfJWzCAFZm, https://www.peekvids.com/watch?v=GzSKrd-le_p, https://www.peekvids.com/watch?v=jm5Yf5nj4zl,
https://www.peekvids.com/watch?v=uNrAuWRko9u, https://www.peekvids.com/watch?v=Hnd1ca4kzcN, https://www.peekvids.com/watch?v=speO7MKubyr,
https://www.peekvids.com/watch?v=hm11g4dkl7Y, https://www.peekvids.com/watch?v=cN_Y38_DKJa, https://www.peekvids.com/watch?v=l5oMxqHzYe3,
https://www.peekvids.com/watch?v=3J-21mwFRAq, https://www.peekvids.com/watch?v=RTEnuLJPc7O, https://www.peekvids.com/watch?v=foMn59NHvRI,
https://www.peekvids.com/watch?v=rggvfXcD_cG, https://www.peekvids.com/watch?v=t1nyugmUJsD, https://www.peekvids.com/watch?v=nsMY_F4ubXH,
https://www.peekvids.com/watch?v=9hS_CWveIeY, https://www.peekvids.com/watch?v=CJMJNN_haC5, https://www.peekvids.com/watch?v=B-2qNRpaL4x,
https://www.peekvids.com/watch?v=sBOYZe7oAUB
5.f. Date of third notice: 2015-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dorydorup
5.b. Uploader's email address: asiyaaseka@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dorydorup
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=d75aCldLN5z, https://www.peekvids.com/watch?v=3zey9rrrqOl,
https://www.peekvids.com/watch?v=Ui5yVLdeobB, https://www.peekvids.com/watch?v=OYuUViia9yC, https://www.peekvids.com/watch?v=bxp3S2ZUTIW,
https://www.peekvids.com/watch?v=d3sD1wOscHV, https://www.peekvids.com/watch?v=A_UGjk51C-N, https://www.peekvids.com/watch?v=gUzdKGnyfSp,
https://www.peekvids.com/watch?v=aP3-XrR0gMb, https://www.peekvids.com/watch?v=sy_kHRpx0en, https://www.peekvids.com/watch?v=CcYI3-hJh73,
https://www.peekvids.com/watch?v=6tNVTjzgGYD, https://www.peekvids.com/watch?v=6P5M7Jmmvnc, https://www.peekvids.com/watch?v=F15H9H2W1Hb,
https://www.peekvids.com/watch?v=kWwXBMMEH-B, https://www.peekvids.com/watch?v=LqT8GuQ-7q9, https://www.peekvids.com/watch?v=y7PrjQjXjF3,
https://www.peekvids.com/watch?v=6pTXdaX5Miz, https://www.peekvids.com/watch?v=GsluavGALts, https://www.peekvids.com/watch?v=vH413swaVpC,
https://www.peekvids.com/watch?v=EJcuCeWzoC0, https://www.peekvids.com/watch?v=WaAakemHh3d, https://www.peekvids.com/watch?v=Tz8Jbh6b8HM,
https://www.peekvids.com/watch?v=jPGsZUl5w6K, https://www.peekvids.com/watch?v=5lxNKhAa_lT, https://www.peekvids.com/watch?v=erovHlgXv9b,
https://www.peekvids.com/watch?v=qsrYVpubtqW, https://www.peekvids.com/watch?v=UvWo9Av3NuM, https://www.peekvids.com/watch?v=6be71aArJno,
https://www.peekvids.com/watch?v=Y57EDG0p7FA, https://www.peekvids.com/watch?v=y7CxV5vNixG, https://www.peekvids.com/watch?v=oUYt_LJ9Mm3,
https://www.peekvids.com/watch?v=9WweOufEOsZ, https://www.peekvids.com/watch?v=NppQKyQjRM0, https://www.peekvids.com/watch?v=HKxmaxUc91I,
https://www.peekvids.com/watch?v=kPvtmr0aKtb, https://www.peekvids.com/watch?v=Vc0_5QWnZRp, https://www.peekvids.com/watch?v=B5cDBlVT4FS,
https://www.peekvids.com/watch?v=3OAZuruOHdT, https://www.peekvids.com/watch?v=Ot1tONQ6iVD, https://www.peekvids.com/watch?v=lP6liMGArKb,
https://www.peekvids.com/watch?v=OmzgIJhuyC6, https://www.peekvids.com/watch?v=odv37c0M7rb, https://www.peekvids.com/watch?v=rOcKJuErT3b,
https://www.peekvids.com/watch?v=SOk4YouMiCs, https://www.peekvids.com/watch?v=SQF2R9PQozA, https://www.peekvids.com/watch?v=gCJ17KeTpS8,
https://www.peekvids.com/watch?v=buy0z-6B0PV, https://www.peekvids.com/watch?v=0XOHOH5ffqD, https://www.peekvids.com/watch?v=I7rnkOk-mJf,
https://www.peekvids.com/watch?v=VmFd3bPlxnU, https://www.peekvids.com/watch?v=BL91rXPkAHI, https://www.peekvids.com/watch?v=ti02R89SP-F,
https://www.peekvids.com/watch?v=8IhLuyFtOn5, https://www.peekvids.com/watch?v=782hU4wtWwl, https://www.peekvids.com/watch?v=s8EnRPxeZIk,
https://www.peekvids.com/watch?v=P0o1DQAle2o, https://www.peekvids.com/watch?v=qPi9pynxulo, https://www.peekvids.com/watch?v=rug3I_GvluT,
https://www.peekvids.com/watch?v=s-VVXVQJ8NZ, https://www.peekvids.com/watch?v=Cd7TdAzTYjr, https://www.peekvids.com/watch?v=hhVfh8pqdPt,
https://www.peekvids.com/watch?v=L5ZyEJaHyuA, https://www.peekvids.com/watch?v=Bkk3vyTxhqr, https://www.peekvids.com/watch?v=5kwRlIvgcr3,
https://www.peekvids.com/watch?v=men1eLf7zjc, https://www.peekvids.com/watch?v=bxTX86tOT-O, https://www.peekvids.com/watch?v=FOQ0oSUOmJu,
https://www.peekvids.com/watch?v=A2bTWlsIDtr, https://www.peekvids.com/watch?v=9ged4lGObSO, https://www.peekvids.com/watch?v=FtP1-lGM_OP,
https://www.peekvids.com/watch?v=Mn-NDdgyZfI, https://www.peekvids.com/watch?v=st5cR5f3UGi, https://www.peekvids.com/watch?v=6zLlocTuPkL
5.f. Date of third notice: 2015-10-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: doshirak
5.b. Uploader's email address: sandiegoella@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=doshirak
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=LcxPZX9bI1W, https://www.peekvids.com/watch?v=ZtUbUwruFpD,
https://www.peekvids.com/watch?v=8CJKSxgKXTo, https://www.peekvids.com/watch?v=z2q4Gb_Itl5, https://www.peekvids.com/watch?v=NApaAXcZwY2,
https://www.peekvids.com/watch?v=iCRFtagN7J0, https://www.peekvids.com/watch?v=LlFhJgmQddA, https://www.peekvids.com/watch?v=rJioxVZwgwt,
https://www.peekvids.com/watch?v=yn5ZfD5wICT, https://www.peekvids.com/watch?v=OQ_4M9xHaJU, https://www.peekvids.com/watch?v=qDGK8t72F0E,
https://www.peekvids.com/watch?v=9cJhI9944MT, https://www.peekvids.com/watch?v=v11NZVKRbV4, https://www.peekvids.com/watch?v=Pm4kvfpnQCO,
https://www.peekvids.com/watch?v=cumIEhJ4G7J, https://www.peekvids.com/watch?v=40hvK6Rvj3o, https://www.peekvids.com/watch?v=KVFUzTP3kcs,
https://www.peekvids.com/watch?v=g2e03ZmFYy4, https://www.peekvids.com/watch?v=JKTPJYy1tsE, https://www.peekvids.com/watch?v=6X4Mf65MA4e,
https://www.peekvids.com/watch?v=fML3iwb8IIf, https://www.peekvids.com/watch?v=gYr-LLEv2zj, https://www.peekvids.com/watch?v=tYLO9ZV1a9E,
https://www.peekvids.com/watch?v=b5StYb52ARu, https://www.peekvids.com/watch?v=ZIN3uV9ulFB, https://www.peekvids.com/watch?v=f1fp4N-UUcy,
https://www.peekvids.com/watch?v=M4x7BLDeq42, https://www.peekvids.com/watch?v=Ut7915syGto, https://www.peekvids.com/watch?v=S3XjzvMtMxM,
https://www.peekvids.com/watch?v=qP-GyMXhbVj, https://www.peekvids.com/watch?v=2M6gpuz059s, https://www.peekvids.com/watch?v=AaXUbUzNYMM,
https://www.peekvids.com/watch?v=yFgdHjwbsuI, https://www.peekvids.com/watch?v=T6ct4sebpbU, https://www.peekvids.com/watch?v=UQfs7dhEXug,
https://www.peekvids.com/watch?v=l3fY2c-9NEJ, https://www.peekvids.com/watch?v=fejUQ9kkApt, https://www.peekvids.com/watch?v=vWHnMwIp8Am,
https://www.peekvids.com/watch?v=ZRYmQ0xKP59, https://www.peekvids.com/watch?v=2zio47pi0z0, https://www.peekvids.com/watch?v=z8TDIk8EJDE,
https://www.peekvids.com/watch?v=G-umC-ToucZ, https://www.peekvids.com/watch?v=IRxFoz7M2cH, https://www.peekvids.com/watch?v=p6rupq65MVh,
https://www.peekvids.com/watch?v=8WrRqe8jHU6, https://www.peekvids.com/watch?v=XKQnqPnqbPT, https://www.peekvids.com/watch?v=R7fxIjmYSVo,
https://www.peekvids.com/watch?v=DhdKSpmo8zw, https://www.peekvids.com/watch?v=yLK037cOpbF, https://www.peekvids.com/watch?v=ZkXz-N_vLjm,
https://www.peekvids.com/watch?v=nhfQ1vnvDeT, https://www.peekvids.com/watch?v=T-ywsJL7vqW, https://www.peekvids.com/watch?v=U8bEDMi4_nB,
https://www.peekvids.com/watch?v=vYfh8jaC6Gu, https://www.peekvids.com/watch?v=QZm5Vy7ivWS, https://www.peekvids.com/watch?v=eAvfKXj6lAr,
https://www.peekvids.com/watch?v=sETuc-e4h-B, https://www.peekvids.com/watch?v=jlBhiW-NGz7, https://www.peekvids.com/watch?v=yLAFIwIk9Lk,
https://www.peekvids.com/watch?v=l4GGIrFNVvN, https://www.peekvids.com/watch?v=XAjVXbCuS5l, https://www.peekvids.com/watch?v=Ke9l8-at3WJ,
https://www.peekvids.com/watch?v=V4n_HKZbbdo, https://www.peekvids.com/watch?v=ZjPC5gX-c36, https://www.peekvids.com/watch?v=WFi2-POAMYa,
https://www.peekvids.com/watch?v=ICaQVN2U3mo, https://www.peekvids.com/watch?v=mm4F04mjQHQ, https://www.peekvids.com/watch?v=qX0lfhavhwy,
https://www.peekvids.com/watch?v=aZDJGdH6lP5, https://www.peekvids.com/watch?v=3qWI-BN0Mg9, https://www.peekvids.com/watch?v=CqpKvDeKRPW
5.f. Date of third notice: 2015-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: drondrey
5.b. Uploader's email address: mallyfally@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=drondrey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=kMPyOgGWZiZ, https://www.peekvids.com/watch?v=K-RZGjQiyNl,
https://www.peekvids.com/watch?v=4mCLPmXFeHS, https://www.peekvids.com/watch?v=0La5AMhD_vj, https://www.peekvids.com/watch?v=B6WrmvUImtm,
https://www.peekvids.com/watch?v=NRGhnOauF4j, https://www.peekvids.com/watch?v=rf25a613Bad, https://www.peekvids.com/watch?v=8wS11m6AUdM,
https://www.peekvids.com/watch?v=VfKjC8FmFk9, https://www.peekvids.com/watch?v=zf12eQ7VFiO, https://www.peekvids.com/watch?v=6YSRCb0Lk04,
https://www.peekvids.com/watch?v=YpsSBKvdQG4, https://www.peekvids.com/watch?v=NeYoR87AbVF, https://www.peekvids.com/watch?v=wrGPIBf0LlZ,
https://www.peekvids.com/watch?v=S3o4cf0rhUr, https://www.peekvids.com/watch?v=ViQxnjGQYO2, https://www.peekvids.com/watch?v=9Xv0PTOlmij,
https://www.peekvids.com/watch?v=qYqT-kUu0zM, https://www.peekvids.com/watch?v=JXrnLCTwshC, https://www.peekvids.com/watch?v=gw1FqelhfEg,
https://www.peekvids.com/watch?v=WFbR5_IxTLn, https://www.peekvids.com/watch?v=Ut9K6-iVjXE, https://www.peekvids.com/watch?v=Ekn0QIe-G9B,
https://www.peekvids.com/watch?v=n5SIjQqIhtf, https://www.peekvids.com/watch?v=uZC52FRLK64, https://www.peekvids.com/watch?v=yBeTwDjf_WA,
https://www.peekvids.com/watch?v=sNJusarD0qB, https://www.peekvids.com/watch?v=RfxuWQOi9id, https://www.peekvids.com/watch?v=msRz2d6pAEv,
https://www.peekvids.com/watch?v=Nq-NV_cGtrv, https://www.peekvids.com/watch?v=h4Ac4xo1kjD, https://www.peekvids.com/watch?v=DnWlwmTy5cE,
https://www.peekvids.com/watch?v=s8eQ3lA2mgK, https://www.peekvids.com/watch?v=B0DbbSD74mm, https://www.peekvids.com/watch?v=tFP3ZZLCDQP,
https://www.peekvids.com/watch?v=NXj0aycVOvw, https://www.peekvids.com/watch?v=gngeOsqXLpx, https://www.peekvids.com/watch?v=LeB4tcz0lLn,
https://www.peekvids.com/watch?v=XbA0RNPrRbb, https://www.peekvids.com/watch?v=CjR4Xey1GXG, https://www.peekvids.com/watch?v=Vj6KxOtpSSf,
https://www.peekvids.com/watch?v=pox3Q59N2IV, https://www.peekvids.com/watch?v=4vUrC7gyL9v, https://www.peekvids.com/watch?v=Gn-oy0wUIDv,
https://www.peekvids.com/watch?v=sMB8FeNBLcN, https://www.peekvids.com/watch?v=SIUGBce7Ygf, https://www.peekvids.com/watch?v=yg76WTWOedn,
https://www.peekvids.com/watch?v=oePbcFI8dfj, https://www.peekvids.com/watch?v=Rt4xdg26ng5, https://www.peekvids.com/watch?v=0QCx0ePWoCE,
https://www.peekvids.com/watch?v=zVBQwLrSx_0, https://www.peekvids.com/watch?v=XBBknfFAnbx, https://www.peekvids.com/watch?v=O-kqwEJKQvz,
https://www.peekvids.com/watch?v=XNFwbQYCx25, https://www.peekvids.com/watch?v=Upi2yk-qOGm, https://www.peekvids.com/watch?v=HKWq9hueXwR,
https://www.peekvids.com/watch?v=P7HJNxapWV4, https://www.peekvids.com/watch?v=hzVvPgeMiFD, https://www.peekvids.com/watch?v=WX1DIPz_pFw,
https://www.peekvids.com/watch?v=gSW-F_rYFbj, https://www.peekvids.com/watch?v=EbcoMR5sONK, https://www.peekvids.com/watch?v=lNK7bd6Q87O,
https://www.peekvids.com/watch?v=cEW6Cw0jORI, https://www.peekvids.com/watch?v=aSkz7sqC9t9, https://www.peekvids.com/watch?v=IJ8z16OR4xx,
https://www.peekvids.com/watch?v=E5kKFnD6s9T, https://www.peekvids.com/watch?v=qpEiAtRmJ_K, https://www.peekvids.com/watch?v=fM_8tvXGh5l,
https://www.peekvids.com/watch?v=RdSBjESpq8q, https://www.peekvids.com/watch?v=i6VGmvW766z, https://www.peekvids.com/watch?v=ZAy9X8qWUmj,
https://www.peekvids.com/watch?v=FIEIMfpSUEu, https://www.peekvids.com/watch?v=mY_skOQyRUM, https://www.peekvids.com/watch?v=eUnkjr0jCru,
https://www.peekvids.com/watch?v=MH3DQuUaHnB, https://www.peekvids.com/watch?v=QBrCuZucdHh, https://www.peekvids.com/watch?v=vKlAlD_D1eC,
https://www.peekvids.com/watch?v=p1ySFfPf01t, https://www.peekvids.com/watch?v=oA2U9xtR81e, https://www.peekvids.com/watch?v=GD6YVI_KlZx,
https://www.peekvids.com/watch?v=eWXSFwwyd32, https://www.peekvids.com/watch?v=zsYA-Nkm6zF, https://www.peekvids.com/watch?v=uS424L9StHt,
https://www.peekvids.com/watch?v=BIjUNj02_Ok, https://www.peekvids.com/watch?v=vvuCjLp9Kqx, https://www.peekvids.com/watch?v=WnGhrhjMtU3,
https://www.peekvids.com/watch?v=QI91erAnR95, https://www.peekvids.com/watch?v=sqVeYlbhYCi, https://www.peekvids.com/watch?v=afD9l5oGUys,
https://www.peekvids.com/watch?v=46BmJysfSnH, https://www.peekvids.com/watch?v=lDro5GcJqb8, https://www.peekvids.com/watch?v=7_zEH1VtlsR,
https://www.peekvids.com/watch?v=e87xOoOUEaN, https://www.peekvids.com/watch?v=38kJZTsbBLe, https://www.peekvids.com/watch?v=lX-RxNGUDdg,
https://www.peekvids.com/watch?v=JdgHihYIY77, https://www.peekvids.com/watch?v=HmidncRnAer, https://www.peekvids.com/watch?v=FF9HoHRJrgX,
https://www.peekvids.com/watch?v=Dc9bWZCqZaF, https://www.peekvids.com/watch?v=fe1c8juQanm, https://www.peekvids.com/watch?v=mYbzhtmkKYP,
https://www.peekvids.com/watch?v=0wdk4gYGAJA, https://www.peekvids.com/watch?v=sWMU8rJDAmZ, https://www.peekvids.com/watch?v=TxZDX87wRtn,
https://www.peekvids.com/watch?v=R6RF-GZI-hR, https://www.peekvids.com/watch?v=gf1kGqTDedA, https://www.peekvids.com/watch?v=DgvW5kV5arO,
https://www.peekvids.com/watch?v=mENADueUKJ7, https://www.peekvids.com/watch?v=LGHlY_YQkLz, https://www.peekvids.com/watch?v=n7AphChGSNq,
https://www.peekvids.com/watch?v=FSaCqAn4FpA, https://www.peekvids.com/watch?v=nRXQ36I9pcJ, https://www.peekvids.com/watch?v=QXpp_mhL96H,
https://www.peekvids.com/watch?v=qRTQOEELCNo
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dubstep
5.b. Uploader's email address: frofopaulserios@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=dubstep
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ylJxkVpS8zP, https://www.peekvids.com/watch?v=ro3dM4dro8-,
https://www.peekvids.com/watch?v=ZfYonSD9Csd, https://www.peekvids.com/watch?v=wl2NbgsyV9S, https://www.peekvids.com/watch?v=8C6h4dOZtob,
https://www.peekvids.com/watch?v=6uo8KBAIiq8, https://www.peekvids.com/watch?v=2uWdUYyeikz, https://www.peekvids.com/watch?v=LlxfISHDfdJ,
https://www.peekvids.com/watch?v=nlwIqzfj4n7, https://www.peekvids.com/watch?v=qOH7ZSzHqYg, https://www.peekvids.com/watch?v=9aZvJJ-FCmK,
https://www.peekvids.com/watch?v=HWkWf4h227b, https://www.peekvids.com/watch?v=y-nN3rpVvGa, https://www.peekvids.com/watch?v=G3WBv0k69JO,
https://www.peekvids.com/watch?v=HPM4bxp3Ljf, https://www.peekvids.com/watch?v=POO2EJyQDtx, https://www.peekvids.com/watch?v=DkHTvN7BQSs,
https://www.peekvids.com/watch?v=EWKcks809fb, https://www.peekvids.com/watch?v=x2w069bPNal, https://www.peekvids.com/watch?v=not2lW2EBLH,
https://www.peekvids.com/watch?v=67-eqyC9dAv, https://www.peekvids.com/watch?v=GtwDxc50RFl, https://www.peekvids.com/watch?v=2DlorRlmBbJ,
https://www.peekvids.com/watch?v=SCm7WElb4El, https://www.peekvids.com/watch?v=8eFyEtYpqGQ, https://www.peekvids.com/watch?v=TAlCSUCu7Or,
https://www.peekvids.com/watch?v=gTlb5OTg2mm, https://www.peekvids.com/watch?v=y-vrA5n4BHJ, https://www.peekvids.com/watch?v=XUsj8V20VN6,
https://www.peekvids.com/watch?v=94w7eQGzkYL, https://www.peekvids.com/watch?v=6VhGVYNckpJ, https://www.peekvids.com/watch?v=FJO25Z3do8h,
https://www.peekvids.com/watch?v=68cVNg54rsN, https://www.peekvids.com/watch?v=34fRE5f37dr, https://www.peekvids.com/watch?v=vmhgXlqbeyY,
https://www.peekvids.com/watch?v=6rnKW7xhCYv, https://www.peekvids.com/watch?v=cIcUQyMD8wL, https://www.peekvids.com/watch?v=F7Idui-ia3t,
https://www.peekvids.com/watch?v=xbmAREFv4lu, https://www.peekvids.com/watch?v=SBkHNXT6QEr, https://www.peekvids.com/watch?v=ANJCxMRugZt,
https://www.peekvids.com/watch?v=GwR3kh63-0u, https://www.peekvids.com/watch?v=CKSp0GbTUXd, https://www.peekvids.com/watch?v=ECZC8UHfSVa,
https://www.peekvids.com/watch?v=0RonEwKIlm6, https://www.peekvids.com/watch?v=jqZufAapbqM, https://www.peekvids.com/watch?v=NsrYYo254sD,

https://www.peekvids.com/watch?v=ykoJw3CjN3t, https://www.peekvids.com/watch?v=wvKxJdrX3aF, https://www.peekvids.com/watch?v=-IB7WwiU4Ki,
https://www.peekvids.com/watch?v=g00CbOqMx6n, https://www.peekvids.com/watch?v=vbVtHq8VZ-0, https://www.peekvids.com/watch?v=mTlMq70R7W5,
https://www.peekvids.com/watch?v=A8PECqPPq2l, https://www.peekvids.com/watch?v=0nBuMCP0-Sq, https://www.peekvids.com/watch?v=4r4CAvTzuAx,
https://www.peekvids.com/watch?v=iqNvftuot6O, https://www.peekvids.com/watch?v=tLcw8NgCBXi, https://www.peekvids.com/watch?v=UwGl5s93i0R,
https://www.peekvids.com/watch?v=AJQIIWHjBTV, https://www.peekvids.com/watch?v=ZW8CmwADyBh, https://www.peekvids.com/watch?v=6Kc3yjXNdeE,
https://www.peekvids.com/watch?v=YdgnCN6JInb, https://www.peekvids.com/watch?v=VBYmBw8mhel, https://www.peekvids.com/watch?v=2pGg7rGH2LJ,
https://www.peekvids.com/watch?v=W8Mg7QRl9gx, https://www.peekvids.com/watch?v=Y9YzRlcrsl6, https://www.peekvids.com/watch?v=3tLixgzeQ9f,
https://www.peekvids.com/watch?v=g-z4M6TF5Bz, https://www.peekvids.com/watch?v=WB5XB7MU6zD, https://www.peekvids.com/watch?v=Bx3lkdn7JAf,
https://www.peekvids.com/watch?v=Jaa4Mpy47pB, https://www.peekvids.com/watch?v=T7DglIGIIcI, https://www.peekvids.com/watch?v=PLgOozsWiQT,
https://www.peekvids.com/watch?v=7U2lnCEkmOS, https://www.peekvids.com/watch?v=wOCIWuaKE0u, https://www.peekvids.com/watch?v=736aEPnam5V,
https://www.peekvids.com/watch?v=HLci89Bd-Nc, https://www.peekvids.com/watch?v=YKXqLXxnXXe, https://www.peekvids.com/watch?v=qris5zPiZ8h,
https://www.peekvids.com/watch?v=pyzj0xTcVBg, https://www.peekvids.com/watch?v=Y0WBpsbJXIi, https://www.peekvids.com/watch?v=e2g08wWoVyD,
https://www.peekvids.com/watch?v=s79LDufWHaJ, https://www.peekvids.com/watch?v=46m4C-KfX4J, https://www.peekvids.com/watch?v=3cz4ZevvQPl,
https://www.peekvids.com/watch?v=IQxoSVQmSGB, https://www.peekvids.com/watch?v=E4xuky4gVJx, https://www.peekvids.com/watch?v=ncunWFHmLw7,
https://www.peekvids.com/watch?v=Q53Vt-X89fg, https://www.peekvids.com/watch?v=cXkkMcYi4se, https://www.peekvids.com/watch?v=OefY8Vrx2nh,
https://www.peekvids.com/watch?v=9IaXix80EYe, https://www.peekvids.com/watch?v=IntPYn6Nvgj, https://www.peekvids.com/watch?v=ZJ0qh6gnerQ,
https://www.peekvids.com/watch?v=IeV9P2LM6kK, https://www.peekvids.com/watch?v=iSScS0FTrLB, https://www.peekvids.com/watch?v=7cKGU9tzjVK,
https://www.peekvids.com/watch?v=xNnPwqVkI5t, https://www.peekvids.com/watch?v=H9z5TRA0fz-, https://www.peekvids.com/watch?v=0Aa4rHeyvtN,
https://www.peekvids.com/watch?v=cXLZCqkbFFV, https://www.peekvids.com/watch?v=mHEes0saSA0, https://www.peekvids.com/watch?v=RriyEfG-a-R,
https://www.peekvids.com/watch?v=TC4lmm0jfgb, https://www.peekvids.com/watch?v=HPdZihOyvDr, https://www.peekvids.com/watch?v=frxrsXnCWS5,
https://www.peekvids.com/watch?v=5zwNzW0VjBs, https://www.peekvids.com/watch?v=PO9KVninUXQ, https://www.peekvids.com/watch?v=voXDaEp506Q,
https://www.peekvids.com/watch?v=Q4nqfqzNVsJ, https://www.peekvids.com/watch?v=a4-BXNmw7JY, https://www.peekvids.com/watch?v=gxblbtiY-2m,
https://www.peekvids.com/watch?v=Jod4SxpCVP8, https://www.peekvids.com/watch?v=WSibNW7bKyw, https://www.peekvids.com/watch?v=8pycXfHqNt9,
https://www.peekvids.com/watch?v=05MiHLo8IMz, https://www.peekvids.com/watch?v=z-qtk3GFqwV, https://www.peekvids.com/watch?v=THl2FjZjMD8,
https://www.peekvids.com/watch?v=zl2b6ZwulE8, https://www.peekvids.com/watch?v=EX8IFnUQCOW, https://www.peekvids.com/watch?v=EaY52bDQS-R,
https://www.peekvids.com/watch?v=egKlsm4z8ps, https://www.peekvids.com/watch?v=8CHvTMVYKyK, https://www.peekvids.com/watch?v=yYQ7QqQeYlK,
https://www.peekvids.com/watch?v=tbRf7dd9evl, https://www.peekvids.com/watch?v=8qOkW9rDgYF, https://www.peekvids.com/watch?v=WG7ixYQ9-is,
https://www.peekvids.com/watch?v=ypS6ym5zQ3g, https://www.peekvids.com/watch?v=bMQkfrfBcbB, https://www.peekvids.com/watch?v=GgaEfoaUXwf,
https://www.peekvids.com/watch?v=QRKPRul6i2O, https://www.peekvids.com/watch?v=MIHF8KvuTMx, https://www.peekvids.com/watch?v=LH6PFtJmmoH,
https://www.peekvids.com/watch?v=qfnyJoWM6lW, https://www.peekvids.com/watch?v=DLYLAyrn-RJ, https://www.peekvids.com/watch?v=cdVQTdsEjuS,
https://www.peekvids.com/watch?v=NYq0bEyv2oK, https://www.peekvids.com/watch?v=g62lz7Nkd2Z, https://www.peekvids.com/watch?v=Q5nbrJNR8WX,
https://www.peekvids.com/watch?v=uf9AocnwPL6, https://www.peekvids.com/watch?v=S3Qz58jiP44, https://www.peekvids.com/watch?v=DPGcvd-m0P3,
https://www.peekvids.com/watch?v=bDbiLH60BQ3, https://www.peekvids.com/watch?v=eP8yhnhniZQ, https://www.peekvids.com/watch?v=dZZENzzNasZ,
https://www.peekvids.com/watch?v=wPYxm3UY8xO, https://www.peekvids.com/watch?v=7KnTZVo0KTP, https://www.peekvids.com/watch?v=Qm9UCxucNIX,
https://www.peekvids.com/watch?v=sN6q-vJ7Eu3, https://www.peekvids.com/watch?v=U7bMThcsXvj, https://www.peekvids.com/watch?v=rdv7xJ5MFDZ,
https://www.peekvids.com/watch?v=jIOV3aXIpkY, https://www.peekvids.com/watch?v=FmKUGHysBld, https://www.peekvids.com/watch?v=AkrmYJwgAJ3,
https://www.peekvids.com/watch?v=t8dMRzm5HVr, https://www.peekvids.com/watch?v=CVsCWt5mXUc, https://www.peekvids.com/watch?v=AdW4hUOplpi,
https://www.peekvids.com/watch?v=D3rQegBXRpJ, https://www.peekvids.com/watch?v=NgVidTnT6SS, https://www.peekvids.com/watch?v=lcydRIOuawH,
https://www.peekvids.com/watch?v=WwfadBqaDzW, https://www.peekvids.com/watch?v=t5smjFPTi4y, https://www.peekvids.com/watch?v=VSxcE5jnUOm,
https://www.peekvids.com/watch?v=MO283MtoRZr, https://www.peekvids.com/watch?v=rmgEJ6uCxl9, https://www.peekvids.com/watch?v=a994UnGuS79,
https://www.peekvids.com/watch?v=kTmzaPgRvBc, https://www.peekvids.com/watch?v=V3q3F8MgFKw, https://www.peekvids.com/watch?v=QzYeThBdqKo,
https://www.peekvids.com/watch?v=KGFxRbIxJk5, https://www.peekvids.com/watch?v=qJbUBjP33Ks, https://www.peekvids.com/watch?v=ZelupJtnQgt,
https://www.peekvids.com/watch?v=Kj4on0Efq-6, https://www.peekvids.com/watch?v=tilugpeM8Rh, https://www.peekvids.com/watch?v=r74mICjEaP5,
https://www.peekvids.com/watch?v=kkPTyb-Y03d, https://www.peekvids.com/watch?v=rrWaBttjgJv, https://www.peekvids.com/watch?v=g7lD6oL3gv5,
https://www.peekvids.com/watch?v=mLgmOUSSwfR, https://www.peekvids.com/watch?v=nc3T85mTChl, https://www.peekvids.com/watch?v=zzTi3Vi7uSj,
https://www.peekvids.com/watch?v=S3iVwYkqzDr, https://www.peekvids.com/watch?v=rRnxlaEFSk2, https://www.peekvids.com/watch?v=VjAX6HeiQAp,
https://www.peekvids.com/watch?v=NVs4qoETQ5S, https://www.peekvids.com/watch?v=HbtS7rfI8IP, https://www.peekvids.com/watch?v=8pBanDZAq-s,
https://www.peekvids.com/watch?v=k3M6WO7VGXl, https://www.peekvids.com/watch?v=9Km33NKVhDz, https://www.peekvids.com/watch?v=DBideKNcud3,
https://www.peekvids.com/watch?v=ckH3LX245qq, https://www.peekvids.com/watch?v=gNaxY5h4FXd, https://www.peekvids.com/watch?v=5lM7i9fnbYv,
https://www.peekvids.com/watch?v=Ogu3PWxR8Mo, https://www.peekvids.com/watch?v=Dte9mZ4yXGJ, https://www.peekvids.com/watch?v=6804YWzWMKj,
https://www.peekvids.com/watch?v=ko-0jLh652C, https://www.peekvids.com/watch?v=SinjUnh7n2w, https://www.peekvids.com/watch?v=F7CDvC9psc2,
https://www.peekvids.com/watch?v=pOdlsl3rodo, https://www.peekvids.com/watch?v=36ectE5Xa0N, https://www.peekvids.com/watch?v=aXnTRfW2gWm,
https://www.peekvids.com/watch?v=UIAAODsdjXu, https://www.peekvids.com/watch?v=ZzCVKjd8DSU, https://www.peekvids.com/watch?v=xTfbImiY6IU,
https://www.peekvids.com/watch?v=xwq6uBTDoof, https://www.peekvids.com/watch?v=QkZuzh0SxPl, https://www.peekvids.com/watch?v=fVqQIVxJjkb,
https://www.peekvids.com/watch?v=Fc9c-J6809T, https://www.peekvids.com/watch?v=cMAexfElsYY, https://www.peekvids.com/watch?v=Hv8fMtXNfPW,
https://www.peekvids.com/watch?v=JTVvBoEsxWA, https://www.peekvids.com/watch?v=oMUKkxx8Dc9, https://www.peekvids.com/watch?v=6HYKxTgLCWj,
https://www.peekvids.com/watch?v=oqv2Q20xLCq, https://www.peekvids.com/watch?v=56Ovpa-43fh, https://www.peekvids.com/watch?v=DUHvNL0LVIm,
https://www.peekvids.com/watch?v=HwUnTz-aE7Y, https://www.peekvids.com/watch?v=K7wgV8xyl8P, https://www.peekvids.com/watch?v=o9n-awCaD54,
https://www.peekvids.com/watch?v=EtMBsrwa-9S, https://www.peekvids.com/watch?v=BbbvYL9oPiY, https://www.peekvids.com/watch?v=i2UC6csA8qk,
https://www.peekvids.com/watch?v=H3Zuc-gyNfZ, https://www.peekvids.com/watch?v=Qkj2iYqmVE8, https://www.peekvids.com/watch?v=rJn8bNhmdJn,
https://www.peekvids.com/watch?v=F9UBiDSCCst, https://www.peekvids.com/watch?v=QW9fhfXCHqg, https://www.peekvids.com/watch?v=0srblKzgG0F,
https://www.peekvids.com/watch?v=-JLFlgzPWTx, https://www.peekvids.com/watch?v=HisYOOp549s, https://www.peekvids.com/watch?v=CUHY8zF5j8W,
https://www.peekvids.com/watch?v=qGm-iCsFh9o, https://www.peekvids.com/watch?v=CSG0TDCm8Pb, https://www.peekvids.com/watch?v=txlN6JCM07R,
https://www.peekvids.com/watch?v=R7WzrRiK4aM, https://www.peekvids.com/watch?v=ojxcd6Pt5o6, https://www.peekvids.com/watch?v=gwQAOx5Op0U,
https://www.peekvids.com/watch?v=5E-Qftxqkj-, https://www.peekvids.com/watch?v=purHWicBFrr, https://www.peekvids.com/watch?v=TIKh8vhvEsJ,
https://www.peekvids.com/watch?v=TiwB9vX2Bok, https://www.peekvids.com/watch?v=AAWs8txYjLO, https://www.peekvids.com/watch?v=tCOCi3-NQp9,
https://www.peekvids.com/watch?v=8eEOrDeQjbf, https://www.peekvids.com/watch?v=7UcfWFX2MCc, https://www.peekvids.com/watch?v=v0kGVw3aS-A,
https://www.peekvids.com/watch?v=27Ol04r5Otj, https://www.peekvids.com/watch?v=i06BLzcSfQO, https://www.peekvids.com/watch?v=MwouvjSRU0-,
https://www.peekvids.com/watch?v=paD5TRh4SZM, https://www.peekvids.com/watch?v=7B-9PSwrvJG, https://www.peekvids.com/watch?v=2Yp0804HFgM,
https://www.peekvids.com/watch?v=SYPvf5y0kYe, https://www.peekvids.com/watch?v=kJy0x-Z9GkF, https://www.peekvids.com/watch?v=PNRjk4KaTFR,
https://www.peekvids.com/watch?v=dEmnAKr6WiQ, https://www.peekvids.com/watch?v=jwIbQvpltrQ, https://www.peekvids.com/watch?v=U0woJGiaQli,
https://www.peekvids.com/watch?v=AKseeDV8ZWe, https://www.peekvids.com/watch?v=yZtDZIIDEWi, https://www.peekvids.com/watch?v=lpnv96yNWB2,
https://www.peekvids.com/watch?v=zPyqTZYB7ov, https://www.peekvids.com/watch?v=C84qJ97lBVp, https://www.peekvids.com/watch?v=7t58ZbS9S-Q,
https://www.peekvids.com/watch?v=m7VxsCDYaPJ, https://www.peekvids.com/watch?v=yKmkAegt8eO, https://www.peekvids.com/watch?v=KjmWmwINmG5,
https://www.peekvids.com/watch?v=OwlaPra0x-R, https://www.peekvids.com/watch?v=T6wFCJ4lWUk, https://www.peekvids.com/watch?v=XnEOWss5EM4,
https://www.peekvids.com/watch?v=x9qVe9SuVeU, https://www.peekvids.com/watch?v=KKZyV87f-Wy, https://www.peekvids.com/watch?v=q7NMzm0NwXU,
https://www.peekvids.com/watch?v=KsOdVK7su3T, https://www.peekvids.com/watch?v=HNjTdkrc7fS, https://www.peekvids.com/watch?v=UPDWvgxucd7,
https://www.peekvids.com/watch?v=wTNkYmdNhBv, https://www.peekvids.com/watch?v=uCvTVFqM-Lb, https://www.peekvids.com/watch?v=GL7IAHqyDoo,
https://www.peekvids.com/watch?v=K-YO3uqMA9v, https://www.peekvids.com/watch?v=gv3e6tFXQJn, https://www.peekvids.com/watch?v=nYKS2ntEzif,
https://www.peekvids.com/watch?v=RniOHnF5lDa, https://www.peekvids.com/watch?v=XxiWwpKj9AN, https://www.peekvids.com/watch?v=vt3f8MHbXwP,
https://www.peekvids.com/watch?v=u0IeNiTPv34, https://www.peekvids.com/watch?v=Xb3Ly54Z78I, https://www.peekvids.com/watch?v=UVJjcrON6Ox,
https://www.peekvids.com/watch?v=Sds4fveFEG3, https://www.peekvids.com/watch?v=fRPf6MZ9BYZ, https://www.peekvids.com/watch?v=6AHYGNlsJ4A,
https://www.peekvids.com/watch?v=pa-bGo476Ms, https://www.peekvids.com/watch?v=aH97hEh9jAJ, https://www.peekvids.com/watch?v=-7VSGLe4Kjj,
https://www.peekvids.com/watch?v=ILLLj4srFka, https://www.peekvids.com/watch?v=pVjl8NbLMkh, https://www.peekvids.com/watch?v=xJN7QBvCRvd,
https://www.peekvids.com/watch?v=kE0cf0TZ6TR, https://www.peekvids.com/watch?v=RHSCYozP4Wq, https://www.peekvids.com/watch?v=CxeOfDGvmal,
https://www.peekvids.com/watch?v=xGHdozJJMDt, https://www.peekvids.com/watch?v=a6h9bhGTd7h, https://www.peekvids.com/watch?v=2wjyIeTdaoM,
https://www.peekvids.com/watch?v=4bGMFDWRtoc, https://www.peekvids.com/watch?v=bmNVycnzuBK, https://www.peekvids.com/watch?v=HsD9p6xN0Cq,
https://www.peekvids.com/watch?v=EFjV6MfKZr7, https://www.peekvids.com/watch?v=lff2SBbD4GH, https://www.peekvids.com/watch?v=eG7dJVohdJt,
https://www.peekvids.com/watch?v=RXWWRDAireR, https://www.peekvids.com/watch?v=bFX58juwAup, https://www.peekvids.com/watch?v=AgXT3nhwr7j
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ecartman
5.b. Uploader's email address: bellesensi@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ecartman
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=I-Ha7OmB_js, https://www.peekvids.com/watch?v=2ZV5udTxlYV,
https://www.peekvids.com/watch?v=D1qQ3-N2Rjs, https://www.peekvids.com/watch?v=6SwfEbf3nvb, https://www.peekvids.com/watch?v=xTGJJmT1MW2,
https://www.peekvids.com/watch?v=adFO3uWv4aF, https://www.peekvids.com/watch?v=tVs5Nln2_3Q, https://www.peekvids.com/watch?v=iCNHedz7XZ5,
https://www.peekvids.com/watch?v=yDHKsXD934o, https://www.peekvids.com/watch?v=nsc2upfBRQh, https://www.peekvids.com/watch?v=n4mkxKsR7Uu,
https://www.peekvids.com/watch?v=WDLCD_lLVMX, https://www.peekvids.com/watch?v=GlIdRPxjDcl, https://www.peekvids.com/watch?v=On9zt2yyRMb,
https://www.peekvids.com/watch?v=6JH9zqjUkEj, https://www.peekvids.com/watch?v=V_-v5FsPFqG, https://www.peekvids.com/watch?v=dqLoqZi-Axw,
https://www.peekvids.com/watch?v=jKXUesgEyfv, https://www.peekvids.com/watch?v=74zvQwYC3nG, https://www.peekvids.com/watch?v=c1EU5mWMxIs,
https://www.peekvids.com/watch?v=lYA3eRoTSWp, https://www.peekvids.com/watch?v=SfWMLDzX1_c, https://www.peekvids.com/watch?v=FXO0JsCtx1r,
https://www.peekvids.com/watch?v=ZT3XuuHq2-X, https://www.peekvids.com/watch?v=uqI40x9B4ox, https://www.peekvids.com/watch?v=3xMoCO1gPTw,
https://www.peekvids.com/watch?v=fr1XkWD64mK, https://www.peekvids.com/watch?v=OjkdMF-Sc_Z, https://www.peekvids.com/watch?v=YI23GulvvRc,
https://www.peekvids.com/watch?v=SwcFvOo5Sal, https://www.peekvids.com/watch?v=Styo2hcbXOM, https://www.peekvids.com/watch?v=f3-i4vpTqT0,
https://www.peekvids.com/watch?v=KT8WKOC1bM7
5.f. Date of third notice: 2015-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: elegantboy
5.b. Uploader's email address: massakadooka@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=elegantboy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=PPpWttb-MMD, https://www.peekvids.com/watch?v=4O7yy8-ek5O,
https://www.peekvids.com/watch?v=FS5iHy2f0gh, https://www.peekvids.com/watch?v=8evflADL8kW, https://www.peekvids.com/watch?v=SxTg17YKuEm,
https://www.peekvids.com/watch?v=UNtD1ARVQ7F, https://www.peekvids.com/watch?v=xQqu4cOLH0t, https://www.peekvids.com/watch?v=WaaMiJhUFVG,
https://www.peekvids.com/watch?v=Ucg85sF6SAK, https://www.peekvids.com/watch?v=lHzNp5R-zAD, https://www.peekvids.com/watch?v=jEVb_W4Az2V,
https://www.peekvids.com/watch?v=S0BU2ZMW0Nz, https://www.peekvids.com/watch?v=BQ0NfDrAHv8, https://www.peekvids.com/watch?v=tAVoXvlkL6f,
https://www.peekvids.com/watch?v=wo4sE0JL8fe, https://www.peekvids.com/watch?v=QQx-S5y3e4H, https://www.peekvids.com/watch?v=6t1eaxnYMR7,
https://www.peekvids.com/watch?v=VXpdUm3OkZx, https://www.peekvids.com/watch?v=Bn2y1yR6NUU, https://www.peekvids.com/watch?v=6u1B0GbMn_O,
https://www.peekvids.com/watch?v=HVqDAvq2Zj2, https://www.peekvids.com/watch?v=T0p9OVYejwL, https://www.peekvids.com/watch?v=ILkpLaybm6k,
https://www.peekvids.com/watch?v=ueNcOhoqUmm, https://www.peekvids.com/watch?v=g7iG7HZNqDp, https://www.peekvids.com/watch?v=V_Y7n5lrnu3,
https://www.peekvids.com/watch?v=ENGTNaUJK-O, https://www.peekvids.com/watch?v=m544oJNCqbE, https://www.peekvids.com/watch?v=aYEADChb7Nj,
https://www.peekvids.com/watch?v=xNNyFOTtgjG, https://www.peekvids.com/watch?v=31Odb-NT-Dk, https://www.peekvids.com/watch?v=6EgqeuXh3tT,
https://www.peekvids.com/watch?v=lTClOd-GtdI, https://www.peekvids.com/watch?v=TI7cZ0LTa39, https://www.peekvids.com/watch?v=77s66IfJvRA,
https://www.peekvids.com/watch?v=tkSmifDr-No, https://www.peekvids.com/watch?v=V-hYnYBZfYK, https://www.peekvids.com/watch?v=rIrCk6_P-pD,
https://www.peekvids.com/watch?v=O03Sz6KV7WC, https://www.peekvids.com/watch?v=zvrfoyLa95G, https://www.peekvids.com/watch?v=7Tr9TfQjO_4,
https://www.peekvids.com/watch?v=xtWHhMpORtP, https://www.peekvids.com/watch?v=A6CWvqBEDXC, https://www.peekvids.com/watch?v=mcQzUDUT7N6,
https://www.peekvids.com/watch?v=fg1ZypR-D87, https://www.peekvids.com/watch?v=TlEp9adwqsF, https://www.peekvids.com/watch?v=Rhjs3bZ-1Mm,
https://www.peekvids.com/watch?v=uXTcjoKFXkJ, https://www.peekvids.com/watch?v=o-f7b__SlTr, https://www.peekvids.com/watch?v=ulU4NtP91nQ,
https://www.peekvids.com/watch?v=yVig0pbftdO, https://www.peekvids.com/watch?v=L-CmPyQQBva, https://www.peekvids.com/watch?v=Q9gnU3fhvaY,
https://www.peekvids.com/watch?v=LpwDQSI-tMz, https://www.peekvids.com/watch?v=ecezGQyzNyC, https://www.peekvids.com/watch?v=2OtHRSmn8UA,
https://www.peekvids.com/watch?v=y03XBAIFpXH, https://www.peekvids.com/watch?v=xKQyje1AJS5, https://www.peekvids.com/watch?v=UYcZu7mpNDu,
https://www.peekvids.com/watch?v=r3CyHHQDg3R, https://www.peekvids.com/watch?v=t8MExsQMazH, https://www.peekvids.com/watch?v=39BNF0PSiS7,
https://www.peekvids.com/watch?v=bmB1KZtJnlf, https://www.peekvids.com/watch?v=6txpoAehtCM, https://www.peekvids.com/watch?v=kDM3UHravqn,
https://www.peekvids.com/watch?v=ZotSSKkqtaf, https://www.peekvids.com/watch?v=5xptR2pckV5, https://www.peekvids.com/watch?v=DHdAVG2zskf,

https://www.peekvids.com/watch?v=joa1YgQl9qB, https://www.peekvids.com/watch?v=xLVNLf3FJCY, https://www.peekvids.com/watch?v=Utc3_DWDMOj,
https://www.peekvids.com/watch?v=bidXh8tBz0e, https://www.peekvids.com/watch?v=n3tthXFZXuK, https://www.peekvids.com/watch?v=PEARQZpt8ch,
https://www.peekvids.com/watch?v=yKL9DhVmhbI, https://www.peekvids.com/watch?v=jdW-nPDfrAE, https://www.peekvids.com/watch?v=D1f5PuSRnFw
5.f. Date of third notice: 2015-09-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: erick8tyj
5.b. Uploader's email address: whwreareu754@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=erick8tyj
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EaQxsz-MYin, https://www.peekvids.com/watch?v=Cqdow-nRtbN,
https://www.peekvids.com/watch?v=vBCfssCWGNP, https://www.peekvids.com/watch?v=7rq7Re0yuhd, https://www.peekvids.com/watch?v=ktKAfV_lC-U,
https://www.peekvids.com/watch?v=bELk8yFjyrx, https://www.peekvids.com/watch?v=lA9yvc_FgD6, https://www.peekvids.com/watch?v=NrGaTb2G7hC,
https://www.peekvids.com/watch?v=NGR-2kOjAu5, https://www.peekvids.com/watch?v=CDsQG65zztB, https://www.peekvids.com/watch?v=S4NyrQOtwX4,
https://www.peekvids.com/watch?v=4foSa2ZZ9mB, https://www.peekvids.com/watch?v=iKsvbJ-pB_e, https://www.peekvids.com/watch?v=kRVqdmGsYH2,
https://www.peekvids.com/watch?v=YCDuBG-Cu62, https://www.peekvids.com/watch?v=DWQuP7padEX, https://www.peekvids.com/watch?v=ax5mH9cJmJD,
https://www.peekvids.com/watch?v=jGKoeK-P8SB, https://www.peekvids.com/watch?v=JYD6M8tCGvI, https://www.peekvids.com/watch?v=HFRtiKHX_Yn,
https://www.peekvids.com/watch?v=wHwkJjNr2WC, https://www.peekvids.com/watch?v=XCBetNua3RY, https://www.peekvids.com/watch?v=l3NWKi8DFnG,
https://www.peekvids.com/watch?v=j_2TeqmYiVH, https://www.peekvids.com/watch?v=dwj6jZMrhYZ, https://www.peekvids.com/watch?v=kXmlkK-pllr,
https://www.peekvids.com/watch?v=Z71hgFjORo7, https://www.peekvids.com/watch?v=W7pDclr6I-B, https://www.peekvids.com/watch?v=gb2CbWtbR6p,
https://www.peekvids.com/watch?v=8W7LAjjO6FV, https://www.peekvids.com/watch?v=U8zZAf17OXS, https://www.peekvids.com/watch?v=xSAs9hn5MY5,
https://www.peekvids.com/watch?v=k1yIkR67s2w, https://www.peekvids.com/watch?v=CQiguwXWEOU, https://www.peekvids.com/watch?v=wDTDDvYii6P,
https://www.peekvids.com/watch?v=CNLTksJay24, https://www.peekvids.com/watch?v=HkQLX1RF0Wn, https://www.peekvids.com/watch?v=oP1mnhzUmkS,
https://www.peekvids.com/watch?v=Tj78B5kj3rf, https://www.peekvids.com/watch?v=rcmovnyOmjX, https://www.peekvids.com/watch?v=q6Q188XR6iA,
https://www.peekvids.com/watch?v=sJS0p10DwEZ, https://www.peekvids.com/watch?v=n_cmDJiqCEJ, https://www.peekvids.com/watch?v=aJXSzHglt2J,
https://www.peekvids.com/watch?v=G-Ff7KX3EOB, https://www.peekvids.com/watch?v=6jeyi6NRMoZ, https://www.peekvids.com/watch?v=7IMJQ_JY7Wg,
https://www.peekvids.com/watch?v=c_0iwuRMEJi, https://www.peekvids.com/watch?v=3_gx20aeZFE, https://www.peekvids.com/watch?v=Yusuq1GkRhU,
https://www.peekvids.com/watch?v=Cxf03w8YjiV, https://www.peekvids.com/watch?v=OU_UVYba2Ys, https://www.peekvids.com/watch?v=ayzUNJ2MpQ2,
https://www.peekvids.com/watch?v=2f04-3YYHmj, https://www.peekvids.com/watch?v=xwdV4HATG8t, https://www.peekvids.com/watch?v=n73ifENeXJZ,
https://www.peekvids.com/watch?v=T6fvqorA6k5, https://www.peekvids.com/watch?v=LP_xNzePtsq, https://www.peekvids.com/watch?v=rZQu87maDUz,
https://www.peekvids.com/watch?v=HZALQK-l8fd, https://www.peekvids.com/watch?v=3vLF594x5-6, https://www.peekvids.com/watch?v=M2iOs0_I2cU,
https://www.peekvids.com/watch?v=WRgNGq1f420, https://www.peekvids.com/watch?v=K6URYSMwC9V, https://www.peekvids.com/watch?v=TLAR7S8QegM,
https://www.peekvids.com/watch?v=BaTbU9gyLsd, https://www.peekvids.com/watch?v=ZqO-7DUExU9, https://www.peekvids.com/watch?v=TBiFyIzMgkV,
https://www.peekvids.com/watch?v=McpGQ_OOBQf, https://www.peekvids.com/watch?v=ZVBjub6PaOT, https://www.peekvids.com/watch?v=YoWWwpFzfty,
https://www.peekvids.com/watch?v=s2-lIa2B5gD, https://www.peekvids.com/watch?v=5BtAcoBLMQB, https://www.peekvids.com/watch?v=yKu703rI4UZ,
https://www.peekvids.com/watch?v=oDqDcc8nPfq, https://www.peekvids.com/watch?v=5WgB9ZShsPT, https://www.peekvids.com/watch?v=jNp-Ki8I7tS,
https://www.peekvids.com/watch?v=UHBjijx8Nr5, https://www.peekvids.com/watch?v=J54kFYZzonf, https://www.peekvids.com/watch?v=D7mBRHFUvbF,
https://www.peekvids.com/watch?v=RBw2dmztmgh, https://www.peekvids.com/watch?v=V_G-zcucQnG, https://www.peekvids.com/watch?v=F09xJ2QhYme,
https://www.peekvids.com/watch?v=coB59ZposPD, https://www.peekvids.com/watch?v=seh1uAPX61F, https://www.peekvids.com/watch?v=qtVJfnlrYh8,
https://www.peekvids.com/watch?v=Q3_tuR6Vjxk, https://www.peekvids.com/watch?v=u5of9f_MmPM, https://www.peekvids.com/watch?v=kXerdddu4k0,
https://www.peekvids.com/watch?v=BMduorHK2HE, https://www.peekvids.com/watch?v=ShbKuNFpc4M, https://www.peekvids.com/watch?v=6Bwk_LKO82u,
https://www.peekvids.com/watch?v=MBnKUhMuS4b, https://www.peekvids.com/watch?v=bRdyc08vh7C, https://www.peekvids.com/watch?v=GwQdhMVm_Qm,
https://www.peekvids.com/watch?v=nkTQid4JLhd, https://www.peekvids.com/watch?v=ukd9hVNh04R, https://www.peekvids.com/watch?v=sD_C9hMfevb,
https://www.peekvids.com/watch?v=fVD0u2_-uMb, https://www.peekvids.com/watch?v=PsCY3ym2n7n, https://www.peekvids.com/watch?v=MJW0Ww9Vm_I,
https://www.peekvids.com/watch?v=iDxblFVB_hT, https://www.peekvids.com/watch?v=cn1k-8rct-j, https://www.peekvids.com/watch?v=Qsaw7OnK_26,
https://www.peekvids.com/watch?v=D1XFDS9OF2f, https://www.peekvids.com/watch?v=SXze59s_jFQ, https://www.peekvids.com/watch?v=PWGoiiYf_4v,
https://www.peekvids.com/watch?v=vuw-2zpa00M, https://www.peekvids.com/watch?v=6vS_vQK4o5k, https://www.peekvids.com/watch?v=je6M92nZRnN,
https://www.peekvids.com/watch?v=R_U-TQTChIz, https://www.peekvids.com/watch?v=VeJpNAOBDUq, https://www.peekvids.com/watch?v=av_tCuwcPsm,
https://www.peekvids.com/watch?v=7LnDoyAk228, https://www.peekvids.com/watch?v=3BOYyd30b8U, https://www.peekvids.com/watch?v=luOREE78u8g,
https://www.peekvids.com/watch?v=W5xfLoKzVL8, https://www.peekvids.com/watch?v=FbQxddC_2zU, https://www.peekvids.com/watch?v=nISUHpqF-JH,
https://www.peekvids.com/watch?v=nWxZRwYoONP, https://www.peekvids.com/watch?v=7Q03GWEe7KM, https://www.peekvids.com/watch?v=i3KfZU0MJm8,
https://www.peekvids.com/watch?v=TblbrG0OsAE, https://www.peekvids.com/watch?v=kL-WuArSkOZ, https://www.peekvids.com/watch?v=LpWM_xFkpnL,
https://www.peekvids.com/watch?v=QS4funkvjMc, https://www.peekvids.com/watch?v=GHq4BHEoF1N, https://www.peekvids.com/watch?v=aAgCQU--8yr,
https://www.peekvids.com/watch?v=cqFKFiErKa4, https://www.peekvids.com/watch?v=OrtKtJ2XInA, https://www.peekvids.com/watch?v=JCnrxvpijmm,
https://www.peekvids.com/watch?v=BYqugjLJa1y, https://www.peekvids.com/watch?v=k91Uu16B5t8, https://www.peekvids.com/watch?v=4vhKm5dNaTJ,
https://www.peekvids.com/watch?v=gIAAp09Gql6, https://www.peekvids.com/watch?v=r2vezjGbTm0, https://www.peekvids.com/watch?v=wSsD-FkgMJg,
https://www.peekvids.com/watch?v=HqW0dO4wJX0, https://www.peekvids.com/watch?v=dp9ExhX4g0X, https://www.peekvids.com/watch?v=PYpWq47H0Mz,
https://www.peekvids.com/watch?v=K3FKlAkYdRn, https://www.peekvids.com/watch?v=F21rzl3cplJ, https://www.peekvids.com/watch?v=2LNrkkL6QPz,
https://www.peekvids.com/watch?v=S9s3jm1gEpt, https://www.peekvids.com/watch?v=k4QuKfcsJWi, https://www.peekvids.com/watch?v=Zg7yvfsQbz7,
https://www.peekvids.com/watch?v=Bm-fmpPlUkE, https://www.peekvids.com/watch?v=JiJ2JtpkxRX, https://www.peekvids.com/watch?v=8EQpy9xAHRc,
https://www.peekvids.com/watch?v=DG_MT_7HwaC, https://www.peekvids.com/watch?v=Dg6mmyWJpEV, https://www.peekvids.com/watch?v=AZnuaiA2mYJ,
https://www.peekvids.com/watch?v=SbvEjOBsJjO, https://www.peekvids.com/watch?v=tHCxE-ocKBh, https://www.peekvids.com/watch?v=d-lgcSKHznL,
https://www.peekvids.com/watch?v=ERW0vayQfBM, https://www.peekvids.com/watch?v=S2GwMgot_Dn, https://www.peekvids.com/watch?v=09PVlUyFZjC,
https://www.peekvids.com/watch?v=eRRaa3LluN5, https://www.peekvids.com/watch?v=ijB5nFSdrv4, https://www.peekvids.com/watch?v=x2cX1us5ExP,
https://www.peekvids.com/watch?v=UpHy7WGTHtN, https://www.peekvids.com/watch?v=Ioyd7a0-TOi, https://www.peekvids.com/watch?v=H69o1_8kE27,
https://www.peekvids.com/watch?v=D8_sHXDGtHS, https://www.peekvids.com/watch?v=HeZVjUjhD_D, https://www.peekvids.com/watch?v=HUE0lgFtgdr,
https://www.peekvids.com/watch?v=XiSbE6vXSTt, https://www.peekvids.com/watch?v=a5v4FSN_kwi, https://www.peekvids.com/watch?v=ZpMgQjumQdY,
https://www.peekvids.com/watch?v=zpu5-BrpBXI, https://www.peekvids.com/watch?v=7ChlKIGRvRM, https://www.peekvids.com/watch?v=LEoMekIhUvr,
https://www.peekvids.com/watch?v=z3_PqLIKFN6, https://www.peekvids.com/watch?v=PmqXqaXj-I5, https://www.peekvids.com/watch?v=kixwqtKa1OU,
https://www.peekvids.com/watch?v=YP3zQahX8dg, https://www.peekvids.com/watch?v=sw8J-pnTNeJ, https://www.peekvids.com/watch?v=DAeZnBireOa,
https://www.peekvids.com/watch?v=L_GBTfTEwl7, https://www.peekvids.com/watch?v=q49yXIC7CtT, https://www.peekvids.com/watch?v=Krquh_0ZaDt,
https://www.peekvids.com/watch?v=HUO-ok4PieY, https://www.peekvids.com/watch?v=JbJzVBMz5Wg, https://www.peekvids.com/watch?v=2HCsKZr-iJQ,
https://www.peekvids.com/watch?v=FePy-fEf7Ku, https://www.peekvids.com/watch?v=U2mmhb9f7v7, https://www.peekvids.com/watch?v=QW2kQ2d1aB3,
https://www.peekvids.com/watch?v=u1D_XT3wB2p, https://www.peekvids.com/watch?v=Urqxhcw1D9N, https://www.peekvids.com/watch?v=V4QxARs-yfU,
https://www.peekvids.com/watch?v=4mH8gn95Bdb, https://www.peekvids.com/watch?v=8O7kSv6CHxn, https://www.peekvids.com/watch?v=nFv2_hPoFel,
https://www.peekvids.com/watch?v=MDfv1dG_mim, https://www.peekvids.com/watch?v=PyE-FBzi2bS, https://www.peekvids.com/watch?v=qRGWLQU-3IR,
https://www.peekvids.com/watch?v=2ip_1kh3MSe, https://www.peekvids.com/watch?v=nHzXhRoZtFO, https://www.peekvids.com/watch?v=3pQynjz28I5,
https://www.peekvids.com/watch?v=0FLwnb5wXrR, https://www.peekvids.com/watch?v=eryQyCReCX2, https://www.peekvids.com/watch?v=KAFwMJEEia4,
https://www.peekvids.com/watch?v=Ce5_9i4yvPS, https://www.peekvids.com/watch?v=ks-wb-KFZvZ, https://www.peekvids.com/watch?v=3AWTaybRjX9,
https://www.peekvids.com/watch?v=lGyCgxcS_Jj, https://www.peekvids.com/watch?v=E80F75lkDC4, https://www.peekvids.com/watch?v=xp2i9nlhGWE,
https://www.peekvids.com/watch?v=OI6HpavKikW, https://www.peekvids.com/watch?v=VNOjK7HYEBO, https://www.peekvids.com/watch?v=yC2fe2Z9ufE,
https://www.peekvids.com/watch?v=BqYNP2MbN2A, https://www.peekvids.com/watch?v=cPshiM5hsca, https://www.peekvids.com/watch?v=O9qBZTKGp3e,
https://www.peekvids.com/watch?v=HKysz7prpUm, https://www.peekvids.com/watch?v=LGYmNUpyBVt, https://www.peekvids.com/watch?v=pKx4LnL1qNb,
https://www.peekvids.com/watch?v=I9cI1JU0xaD, https://www.peekvids.com/watch?v=FsrXO6wp0Zu, https://www.peekvids.com/watch?v=NQgL0DBDLKv,
https://www.peekvids.com/watch?v=DCEliIFXQqG, https://www.peekvids.com/watch?v=zujY0mKykmg, https://www.peekvids.com/watch?v=p3yrUVjJoEN,
https://www.peekvids.com/watch?v=KgeUeJKDXmc, https://www.peekvids.com/watch?v=RhpSXrfGWvI, https://www.peekvids.com/watch?v=wddUZ6GXq1B,
https://www.peekvids.com/watch?v=XEX4oFi4pJe, https://www.peekvids.com/watch?v=9H74qEvlM48, https://www.peekvids.com/watch?v=anneh05Apas,
https://www.peekvids.com/watch?v=5S3P8TyTj-Q, https://www.peekvids.com/watch?v=BCPQ_3F41Aq, https://www.peekvids.com/watch?v=LkwdjZq3Ezo,
https://www.peekvids.com/watch?v=vmuXqbTnNlj, https://www.peekvids.com/watch?v=jC9vIk4t0JF, https://www.peekvids.com/watch?v=n6OtYK13woE,
https://www.peekvids.com/watch?v=Fm9QqYfuXCm, https://www.peekvids.com/watch?v=KbIEAIbglBX, https://www.peekvids.com/watch?v=okoU_BWy6N2,
https://www.peekvids.com/watch?v=kz2OC-FB8jI, https://www.peekvids.com/watch?v=sXMvI5Vvwgf, https://www.peekvids.com/watch?v=9-3mp-DnAZO,
https://www.peekvids.com/watch?v=xIz2Hn_7zLC, https://www.peekvids.com/watch?v=jb-CNjLLj_y, https://www.peekvids.com/watch?v=drRJQLa_9Bk,
https://www.peekvids.com/watch?v=zaEBJsBJVKi, https://www.peekvids.com/watch?v=WrY-EKR1lQ3, https://www.peekvids.com/watch?v=UWbmN_vrWgi,
https://www.peekvids.com/watch?v=SeWuY2jPT_W, https://www.peekvids.com/watch?v=T3mxf70V6nF, https://www.peekvids.com/watch?v=POnkVHhmigw,
https://www.peekvids.com/watch?v=EVdlODCVvDr, https://www.peekvids.com/watch?v=P_X3AOiS8Ta, https://www.peekvids.com/watch?v=5R-ph5z9bHc,
https://www.peekvids.com/watch?v=K7DsmRbTEjH, https://www.peekvids.com/watch?v=Od155FKOliQ, https://www.peekvids.com/watch?v=MLRaZQO9cNa,
https://www.peekvids.com/watch?v=vKrXR4tEUJI, https://www.peekvids.com/watch?v=0yKpKaT0Het, https://www.peekvids.com/watch?v=xDPbYaz3sbT,
https://www.peekvids.com/watch?v=tWgzFyuIJVp, https://www.peekvids.com/watch?v=NKCi-Ta4mWt, https://www.peekvids.com/watch?v=uH35zWAsyfr,
https://www.peekvids.com/watch?v=xE2tAyRWdwa, https://www.peekvids.com/watch?v=f_Kan-iUUgg, https://www.peekvids.com/watch?v=Q2pblSA6U_t,
https://www.peekvids.com/watch?v=szAON2T14WW, https://www.peekvids.com/watch?v=9Z0RYqgE4c2, https://www.peekvids.com/watch?v=nVipe4_Kg1d,
https://www.peekvids.com/watch?v=xboeTQhTvLq, https://www.peekvids.com/watch?v=cH7ZzFaeTWC, https://www.peekvids.com/watch?v=EFWKCrrDJyO,
https://www.peekvids.com/watch?v=iepk37Dn7T5, https://www.peekvids.com/watch?v=6Pssit1YVCn, https://www.peekvids.com/watch?v=NjSZRqhkRGv,
https://www.peekvids.com/watch?v=TtHCVTmGS3E, https://www.peekvids.com/watch?v=Za8sa1mFJnl, https://www.peekvids.com/watch?v=fkqS31uI1_V,
https://www.peekvids.com/watch?v=cTJ8dxaMQ79, https://www.peekvids.com/watch?v=RNarqXoPjdy, https://www.peekvids.com/watch?v=3SxzF6fkqhw,
https://www.peekvids.com/watch?v=X2IWOZkedf4, https://www.peekvids.com/watch?v=dAVrrjoS_A8, https://www.peekvids.com/watch?v=C2AjC6NraSy,
https://www.peekvids.com/watch?v=Hn3u8Iwz4DJ, https://www.peekvids.com/watch?v=u-cjcPUb9Gd, https://www.peekvids.com/watch?v=R_B9N7XywwQ,
https://www.peekvids.com/watch?v=99LUkT_h48k, https://www.peekvids.com/watch?v=eIHiwG0bB9Y, https://www.peekvids.com/watch?v=BTAhJuv-Xdo,
https://www.peekvids.com/watch?v=Nf2haOzTbve, https://www.peekvids.com/watch?v=Lo7aLP5iXeU, https://www.peekvids.com/watch?v=i2_4W7QLNPP,
https://www.peekvids.com/watch?v=FyI9uaqoBqv, https://www.peekvids.com/watch?v=W6H8foTpvRg, https://www.peekvids.com/watch?v=kO2zFPXTwnt,
https://www.peekvids.com/watch?v=7rsKKNYZzjD, https://www.peekvids.com/watch?v=dZiIcKDg78D, https://www.peekvids.com/watch?v=kyZUhwTj0Ey,
https://www.peekvids.com/watch?v=taU97Go1RrU, https://www.peekvids.com/watch?v=lx2hnk8CbcN, https://www.peekvids.com/watch?v=UWztLc7PBjf,
https://www.peekvids.com/watch?v=T5XuaFc-Bzg, https://www.peekvids.com/watch?v=qk460pxt_QB, https://www.peekvids.com/watch?v=jTqLp2AaQCN,
https://www.peekvids.com/watch?v=ayej4n0yyMY, https://www.peekvids.com/watch?v=J7oe03jDBrv, https://www.peekvids.com/watch?v=VxqQHSUedOU,
https://www.peekvids.com/watch?v=Dz1FSreosTb, https://www.peekvids.com/watch?v=k9SZSld1H5C, https://www.peekvids.com/watch?v=xOjs-Epk6oN,
https://www.peekvids.com/watch?v=QSTldrKAQNI, https://www.peekvids.com/watch?v=VW0QoBN3AgZ, https://www.peekvids.com/watch?v=j9uQwYeI1YN,
https://www.peekvids.com/watch?v=99HLsCVDKQ8, https://www.peekvids.com/watch?v=ddsekr_bt48, https://www.peekvids.com/watch?v=e2S0CM1Mqfo,
https://www.peekvids.com/watch?v=6GOirbfHWc9, https://www.peekvids.com/watch?v=P2n5_AiJxUU, https://www.peekvids.com/watch?v=R_piI8zobNa,
https://www.peekvids.com/watch?v=efiZ8BJM1et, https://www.peekvids.com/watch?v=ac2Je9cgKaa, https://www.peekvids.com/watch?v=Bz0jUWXWHDL,
https://www.peekvids.com/watch?v=GSJysyN8g1Y, https://www.peekvids.com/watch?v=V4QNTdtH-KV, https://www.peekvids.com/watch?v=n9ov_2m0Ybp,
https://www.peekvids.com/watch?v=9p97P5iwsvQ, https://www.peekvids.com/watch?v=5GW4vhTyUBR, https://www.peekvids.com/watch?v=YmEem0Y6uWE,
https://www.peekvids.com/watch?v=FtjvI0H8RpS, https://www.peekvids.com/watch?v=f5TmAMrO6wf, https://www.peekvids.com/watch?v=zb97d98eb4z,
https://www.peekvids.com/watch?v=dgPwNnLKsFU
5.f. Date of third notice: 2015-07-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: etiket
5.b. Uploader's email address: vashegoodvv@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=etiket
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=D-33v-kLPnW, https://www.peekvids.com/watch?v=RNYSh13SvrL,
https://www.peekvids.com/watch?v=PM0Es7ukOPA, https://www.peekvids.com/watch?v=eJXvQNEx_ym, https://www.peekvids.com/watch?v=hf-1egy7hCo,
https://www.peekvids.com/watch?v=PUxLzBHi5IZ, https://www.peekvids.com/watch?v=yj3V69I0Afr, https://www.peekvids.com/watch?v=HKb3x1iNtVL,
https://www.peekvids.com/watch?v=ydDD1a3bLln, https://www.peekvids.com/watch?v=2gNmX8_TQ0J, https://www.peekvids.com/watch?v=0ZLaZtd9BkO,
https://www.peekvids.com/watch?v=WDn5q_IqfgC, https://www.peekvids.com/watch?v=fDbwhQQ5Oa5, https://www.peekvids.com/watch?v=KwgC6DLStMD,
https://www.peekvids.com/watch?v=hk_D0Zu3toB, https://www.peekvids.com/watch?v=nUBx9NzBW45, https://www.peekvids.com/watch?v=eXUDvF1Ccrx,
https://www.peekvids.com/watch?v=w9f-oOEQLoQ, https://www.peekvids.com/watch?v=bxYiKZS-9WY, https://www.peekvids.com/watch?v=HADdnl4L0Gf,
https://www.peekvids.com/watch?v=XC8IZOXVJzC, https://www.peekvids.com/watch?v=2MCYjKISUpa, https://www.peekvids.com/watch?v=XPOw5AnHX78,
https://www.peekvids.com/watch?v=knvwUR-Iodq, https://www.peekvids.com/watch?v=0UqwQmg0woJ, https://www.peekvids.com/watch?v=x4vaccUJLsO,

https://www.peekvids.com/watch?v=0kU9i1enkq3, https://www.peekvids.com/watch?v=jVf9f6CYUjB, https://www.peekvids.com/watch?v=9E5Qh0BoFpS,
https://www.peekvids.com/watch?v=PNbHk4Sp0MQ, https://www.peekvids.com/watch?v=Cz0OdW1lcPQ, https://www.peekvids.com/watch?v=5raPtmgiO66,
https://www.peekvids.com/watch?v=QSQiu5UFT3S, https://www.peekvids.com/watch?v=ElgVn-KZT9c, https://www.peekvids.com/watch?v=xU7PxQQptlW,
https://www.peekvids.com/watch?v=Hl1XFPN8Ofa, https://www.peekvids.com/watch?v=eO2d5GQ7j57, https://www.peekvids.com/watch?v=W4xnodmUqYg,
https://www.peekvids.com/watch?v=ERQ3n_k7GPC, https://www.peekvids.com/watch?v=W1xVcWtcyS3, https://www.peekvids.com/watch?v=aL93mFeTOLT,
https://www.peekvids.com/watch?v=IswlJJIbwxO, https://www.peekvids.com/watch?v=xvaePdWALUz, https://www.peekvids.com/watch?v=lGlYmUCBXkY,
https://www.peekvids.com/watch?v=IpSVIt2bOXa, https://www.peekvids.com/watch?v=cPaaJ3sCta7, https://www.peekvids.com/watch?v=qAc1rLaikLd,
https://www.peekvids.com/watch?v=QJtVesMR2MI, https://www.peekvids.com/watch?v=xNqVcX34XgC, https://www.peekvids.com/watch?v=rVOGySPc29P,
https://www.peekvids.com/watch?v=8ojJyQ7ZZjH, https://www.peekvids.com/watch?v=OWvxJx9sYJL, https://www.peekvids.com/watch?v=ezrAn0yBtsm,
https://www.peekvids.com/watch?v=0nwL2ftuSqj, https://www.peekvids.com/watch?v=IMqvzOP7B3s, https://www.peekvids.com/watch?v=MXxy-H3ChZ8,
https://www.peekvids.com/watch?v=rXUFfyOrQXr, https://www.peekvids.com/watch?v=TLQAmFov6LS, https://www.peekvids.com/watch?v=QhZFP_s98iB,
https://www.peekvids.com/watch?v=GW8f5owmcDC, https://www.peekvids.com/watch?v=Uy6xYG-vwtZ, https://www.peekvids.com/watch?v=rQcDI_MPuXB,
https://www.peekvids.com/watch?v=Ci8-EZ67iCS, https://www.peekvids.com/watch?v=2GsQgw0Db98, https://www.peekvids.com/watch?v=HHSdmP5o5Mq,
https://www.peekvids.com/watch?v=zQg3f3th6hm, https://www.peekvids.com/watch?v=XnqR-7-zOx8, https://www.peekvids.com/watch?v=jOKL6mfBrLp,
https://www.peekvids.com/watch?v=Um4ziURh40Y, https://www.peekvids.com/watch?v=fkin9aQhTJX, https://www.peekvids.com/watch?v=JTWiM4b-WHN,
https://www.peekvids.com/watch?v=XV4tQ6LktR0, https://www.peekvids.com/watch?v=UzydhqBWUJ3, https://www.peekvids.com/watch?v=z_mL_fAxUdz,
https://www.peekvids.com/watch?v=qezelUcY6Ko, https://www.peekvids.com/watch?v=XL5mu2cNF0f, https://www.peekvids.com/watch?v=Q3W1XtDDL0g,
https://www.peekvids.com/watch?v=CadZpr30Uya, https://www.peekvids.com/watch?v=oHooDVadP6U, https://www.peekvids.com/watch?v=zhXvs_h6YYA,
https://www.peekvids.com/watch?v=4lfCLWp-IRS, https://www.peekvids.com/watch?v=bBbR2UDZ73W, https://www.peekvids.com/watch?v=JT5bhgPhpoH,
https://www.peekvids.com/watch?v=ljkRFsESnD7, https://www.peekvids.com/watch?v=QxVt-OmQjMr, https://www.peekvids.com/watch?v=qeFRRCF15_V,
https://www.peekvids.com/watch?v=Bf2EYlpfq5Y, https://www.peekvids.com/watch?v=Ylk7xD3E8aw, https://www.peekvids.com/watch?v=ca_XPTi3Mge,
https://www.peekvids.com/watch?v=7KkBUObM1X0, https://www.peekvids.com/watch?v=4wHlWwGvrPf, https://www.peekvids.com/watch?v=4LE_hngMf30,
https://www.peekvids.com/watch?v=Yx_69I9QMoT, https://www.peekvids.com/watch?v=fIxvXrFMGsI, https://www.peekvids.com/watch?v=BzwGj_yQeMn,
https://www.peekvids.com/watch?v=nX3RDFw2T_k, https://www.peekvids.com/watch?v=CF8Zy-3yvGh, https://www.peekvids.com/watch?v=Dz_kuXiGFhb,
https://www.peekvids.com/watch?v=z3diy_CX634, https://www.peekvids.com/watch?v=iSL0qxbOR-T, https://www.peekvids.com/watch?v=8eR0ChFTPrf,
https://www.peekvids.com/watch?v=ax3XvspJsXs, https://www.peekvids.com/watch?v=NFL74mVVP05, https://www.peekvids.com/watch?v=GVURD97dOfa,
https://www.peekvids.com/watch?v=mqdujnncGWz, https://www.peekvids.com/watch?v=kc2DODl5-GI, https://www.peekvids.com/watch?v=eXCyIxNGOQN,
https://www.peekvids.com/watch?v=r8VIYOB2dRe, https://www.peekvids.com/watch?v=fXtf455vRuI, https://www.peekvids.com/watch?v=wJ82B_TEF7m,
https://www.peekvids.com/watch?v=ix3hAXZO-KM, https://www.peekvids.com/watch?v=Tty5riQcZxU, https://www.peekvids.com/watch?v=0PoUmmM41K7,
https://www.peekvids.com/watch?v=W_HgeAU4gZx, https://www.peekvids.com/watch?v=Vm_VEszeUyx, https://www.peekvids.com/watch?v=b_rQm8fHvqm,
https://www.peekvids.com/watch?v=Ge9CcDD1gCP, https://www.peekvids.com/watch?v=SbiWpEsfFIf
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: europaeuro
5.b. Uploader's email address: aleksadoortupa@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=europaeuro
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4Vzj4HFtUwv, https://www.peekvids.com/watch?v=L6qsn31cAwl,
https://www.peekvids.com/watch?v=NwWTH3s5pMK, https://www.peekvids.com/watch?v=nhPOfxkuQmk, https://www.peekvids.com/watch?v=r8eLKLxP3TM,
https://www.peekvids.com/watch?v=bdhRy87kc80, https://www.peekvids.com/watch?v=t-BZn4m4t6p, https://www.peekvids.com/watch?v=5vKiN1ry7U7,
https://www.peekvids.com/watch?v=gir2GBkn9nE, https://www.peekvids.com/watch?v=xei9mXFL96Q, https://www.peekvids.com/watch?v=SINe9CerKQY,
https://www.peekvids.com/watch?v=9PHCVzMS0ON, https://www.peekvids.com/watch?v=QeZeJl0pmYI, https://www.peekvids.com/watch?v=rU54HwNfBdB,
https://www.peekvids.com/watch?v=iBY7HbocRp6, https://www.peekvids.com/watch?v=sPUwFnJQ34z, https://www.peekvids.com/watch?v=d2Qj1kCN5yG,
https://www.peekvids.com/watch?v=A7m7pJgGJLd, https://www.peekvids.com/watch?v=GfTdBvj2yMh, https://www.peekvids.com/watch?v=pdHXfV0X-XY,
https://www.peekvids.com/watch?v=4cdW6Ex_Art, https://www.peekvids.com/watch?v=5OI_hAh-D8Z, https://www.peekvids.com/watch?v=5G8eMzhIxGs,
https://www.peekvids.com/watch?v=UmT9UX-o0YM, https://www.peekvids.com/watch?v=6baChrJ2M2J, https://www.peekvids.com/watch?v=GFXDT2JtsFT,
https://www.peekvids.com/watch?v=nCADUfIp0i4, https://www.peekvids.com/watch?v=l_uou13nD1S, https://www.peekvids.com/watch?v=5XxwbCAKPRX,
https://www.peekvids.com/watch?v=PZ7_zOkuA6T, https://www.peekvids.com/watch?v=d-tVyPDjxRv, https://www.peekvids.com/watch?v=8QBL34zujor,
https://www.peekvids.com/watch?v=CC2ADbWhKWK, https://www.peekvids.com/watch?v=79U-gkhnTRd, https://www.peekvids.com/watch?v=a9G75ZqRok3,
https://www.peekvids.com/watch?v=rGvzxJ_zYDX, https://www.peekvids.com/watch?v=BAtVKJNwRbH, https://www.peekvids.com/watch?v=gBZY0NkxtyW,
https://www.peekvids.com/watch?v=FmVJtMkuJhR, https://www.peekvids.com/watch?v=sbGWCeLD4QA, https://www.peekvids.com/watch?v=O_SAPDhR4iw,
https://www.peekvids.com/watch?v=hJTUA3vnhKy, https://www.peekvids.com/watch?v=ivZeSMplVze, https://www.peekvids.com/watch?v=O1IgSkMNyda,
https://www.peekvids.com/watch?v=Q1-xulqQcEJ, https://www.peekvids.com/watch?v=B5BFuVPu8tv, https://www.peekvids.com/watch?v=oU9D-I-YvHg,
https://www.peekvids.com/watch?v=3Zpof2cCMJb, https://www.peekvids.com/watch?v=BUsXnJkd4JP, https://www.peekvids.com/watch?v=jmvGBnMW-Gq,
https://www.peekvids.com/watch?v=4n_TB1CkF6F, https://www.peekvids.com/watch?v=Vq7uyPVwm9p, https://www.peekvids.com/watch?v=s0etfTVlP9Z,
https://www.peekvids.com/watch?v=34I5jQLbYmS, https://www.peekvids.com/watch?v=tHyu5TFkyIN, https://www.peekvids.com/watch?v=ccocZdW2FKE,
https://www.peekvids.com/watch?v=LLzjKlFfs0v, https://www.peekvids.com/watch?v=Oy07zYU6kZx, https://www.peekvids.com/watch?v=CeSgaNVQKGO,
https://www.peekvids.com/watch?v=XJzOTrWy-Cj, https://www.peekvids.com/watch?v=TmLJgaaGdx9, https://www.peekvids.com/watch?v=svJngAoT4sM,
https://www.peekvids.com/watch?v=ut_fa0uTvxl, https://www.peekvids.com/watch?v=mnyrs-MuQBa, https://www.peekvids.com/watch?v=0aUgnh0l9gh,
https://www.peekvids.com/watch?v=dlbkEKimA-i, https://www.peekvids.com/watch?v=e6IgnFXYAJL, https://www.peekvids.com/watch?v=qLnyj_-RTYg,
https://www.peekvids.com/watch?v=krKBDwZPzTm, https://www.peekvids.com/watch?v=GwMP5Pv6MRf, https://www.peekvids.com/watch?v=0qEPfqZDrKy,
https://www.peekvids.com/watch?v=WCb0Zhb7rIw, https://www.peekvids.com/watch?v=z4DsfdtMxuC, https://www.peekvids.com/watch?v=N4kxfj4RyR2,
https://www.peekvids.com/watch?v=RTgUShqDUT6, https://www.peekvids.com/watch?v=541vKWNEnx4, https://www.peekvids.com/watch?v=dZlIhnRjKrM,
https://www.peekvids.com/watch?v=TVwql8OXXOk, https://www.peekvids.com/watch?v=5ErCb29_Zbr, https://www.peekvids.com/watch?v=96nXxbrtIhx,
https://www.peekvids.com/watch?v=EM9To8j9ji3, https://www.peekvids.com/watch?v=Z-edErEE1c0, https://www.peekvids.com/watch?v=s8MU5g55Run,
https://www.peekvids.com/watch?v=nE38kiB08aM, https://www.peekvids.com/watch?v=72qfnKq53U2, https://www.peekvids.com/watch?v=GMFeBExiYog,
https://www.peekvids.com/watch?v=WgPCy9qPBY5, https://www.peekvids.com/watch?v=cO8z06PwVSK, https://www.peekvids.com/watch?v=RvxiJ3QZsLA,
https://www.peekvids.com/watch?v=Gzgw4NdZTly, https://www.peekvids.com/watch?v=94E58WO44HL, https://www.peekvids.com/watch?v=Q8dncTZunBA,
https://www.peekvids.com/watch?v=oK-jfnlPenu, https://www.peekvids.com/watch?v=r4KJHawCvOV, https://www.peekvids.com/watch?v=sAGWe378D5u,
https://www.peekvids.com/watch?v=hzVceVrsagY, https://www.peekvids.com/watch?v=3VfmjVYDHCL, https://www.peekvids.com/watch?v=4ekWfvxd8jh,
https://www.peekvids.com/watch?v=mmYWNw_j1Oc, https://www.peekvids.com/watch?v=MIUtDkk_pGL, https://www.peekvids.com/watch?v=Fi83nTmAa3M,
https://www.peekvids.com/watch?v=oEvuHTVHpJj, https://www.peekvids.com/watch?v=Gztc9BOn1nz, https://www.peekvids.com/watch?v=wLcxvH9dJVm,
https://www.peekvids.com/watch?v=bntNqGrT3YU, https://www.peekvids.com/watch?v=867TM9gMQZF, https://www.peekvids.com/watch?v=NQzY8x0TtG3,
https://www.peekvids.com/watch?v=LG-UKapXoha, https://www.peekvids.com/watch?v=r1_iBR52omq, https://www.peekvids.com/watch?v=BCKa0jT4iEU,
https://www.peekvids.com/watch?v=kwLX5qsiNuI, https://www.peekvids.com/watch?v=ajt6XjyciiZ, https://www.peekvids.com/watch?v=xyQxonzAUzu,
https://www.peekvids.com/watch?v=8JDWHagXNfY, https://www.peekvids.com/watch?v=bEAovo99tD8, https://www.peekvids.com/watch?v=xDfQ8JF_BLF,
https://www.peekvids.com/watch?v=Gj3UJq4WOYK, https://www.peekvids.com/watch?v=GQcKx15KrvS, https://www.peekvids.com/watch?v=Slf8GERQzYv,
https://www.peekvids.com/watch?v=jeZMRoAL4uP, https://www.peekvids.com/watch?v=ja5FueGn6d0, https://www.peekvids.com/watch?v=zmERS44xz5S,
https://www.peekvids.com/watch?v=NbxEYDu3KoC, https://www.peekvids.com/watch?v=KnkPFeHqpLo, https://www.peekvids.com/watch?v=JoITJWeT4WX,
https://www.peekvids.com/watch?v=yxWL9lrCATq, https://www.peekvids.com/watch?v=vKnz81NSRJo, https://www.peekvids.com/watch?v=HOw5aeiV9NW,
https://www.peekvids.com/watch?v=Deqf4belox4, https://www.peekvids.com/watch?v=VLAMIcgHJfK, https://www.peekvids.com/watch?v=zCnwlmPbmEC,
https://www.peekvids.com/watch?v=h-LkoihvpDm, https://www.peekvids.com/watch?v=ykjYeUKpSHr, https://www.peekvids.com/watch?v=LpP9ifhbOdt,
https://www.peekvids.com/watch?v=6uOChHgOkrW, https://www.peekvids.com/watch?v=7etHZlZZlC7, https://www.peekvids.com/watch?v=i6IAGJ6huf2,
https://www.peekvids.com/watch?v=iP23ew9F0at, https://www.peekvids.com/watch?v=3qwe-O5_hPq, https://www.peekvids.com/watch?v=aHFXGi7wLj0,
https://www.peekvids.com/watch?v=I7sunD362KJ, https://www.peekvids.com/watch?v=0_Og7uLiKGh, https://www.peekvids.com/watch?v=RZhdhca5kOv,
https://www.peekvids.com/watch?v=8PQZhd6GR1i, https://www.peekvids.com/watch?v=TgK4B5zqq95, https://www.peekvids.com/watch?v=hwi0i8DNx5T,
https://www.peekvids.com/watch?v=5Gm23l5ZTxt, https://www.peekvids.com/watch?v=O768tetIugF, https://www.peekvids.com/watch?v=BaXHLzmuOwj,
https://www.peekvids.com/watch?v=Eu12FX-fJAc, https://www.peekvids.com/watch?v=VFLFck7sI44, https://www.peekvids.com/watch?v=rtRg5aLVatf,
https://www.peekvids.com/watch?v=CRFEa9ZdyP9, https://www.peekvids.com/watch?v=3bh9oYaPL15, https://www.peekvids.com/watch?v=pQknr_pQi50,
https://www.peekvids.com/watch?v=Gk7-HipMbdJ, https://www.peekvids.com/watch?v=Ove8YFQd9w0, https://www.peekvids.com/watch?v=akvnPZUD4dO,
https://www.peekvids.com/watch?v=BEcq_JvIV_b, https://www.peekvids.com/watch?v=GZuj-aJEjWO, https://www.peekvids.com/watch?v=yiiuOZkXemB,
https://www.peekvids.com/watch?v=ZNnDRlzFqQC, https://www.peekvids.com/watch?v=QTvCXTa3V5p, https://www.peekvids.com/watch?v=VHP4fTedeyy,
https://www.peekvids.com/watch?v=HESBpGGCNEG, https://www.peekvids.com/watch?v=Irr2H1rpR6g, https://www.peekvids.com/watch?v=nVvDKxcPNnB,
https://www.peekvids.com/watch?v=j8E8L2GCU0H, https://www.peekvids.com/watch?v=rtCAL5uJtyi, https://www.peekvids.com/watch?v=No23gf5CF97,
https://www.peekvids.com/watch?v=xLEMce9MhN4, https://www.peekvids.com/watch?v=Dh_QmrreM17, https://www.peekvids.com/watch?v=U05A8nLt642,
https://www.peekvids.com/watch?v=71W5k-levzD, https://www.peekvids.com/watch?v=7mvvEzwJ-Hq, https://www.peekvids.com/watch?v=CSg08ikfXfP,
https://www.peekvids.com/watch?v=sUxcR7pz7-a, https://www.peekvids.com/watch?v=V6nQY1f0gyt, https://www.peekvids.com/watch?v=6KyFqchZUDE,
https://www.peekvids.com/watch?v=TN2fBw77eOy, https://www.peekvids.com/watch?v=Bwmb5QPFDi2, https://www.peekvids.com/watch?v=51YKjrTFDZb,
https://www.peekvids.com/watch?v=izalStaydTU, https://www.peekvids.com/watch?v=TR_pldrte0G, https://www.peekvids.com/watch?v=tLb_XZVBRHX,
https://www.peekvids.com/watch?v=KC3CU0WkKNR, https://www.peekvids.com/watch?v=K7YiE7U5qX9, https://www.peekvids.com/watch?v=DHdDfGwc4_z,
https://www.peekvids.com/watch?v=00RnbcFdmeM, https://www.peekvids.com/watch?v=xUVbf5ObcO9, https://www.peekvids.com/watch?v=WSG5kIl9sgC,
https://www.peekvids.com/watch?v=0HQNUJe8-qp, https://www.peekvids.com/watch?v=BI-TmC-OXgx, https://www.peekvids.com/watch?v=caZ832gXNdC,
https://www.peekvids.com/watch?v=Fpq6celyzXZ, https://www.peekvids.com/watch?v=H-yAqijSXfw, https://www.peekvids.com/watch?v=hwnf9OFPiV5,
https://www.peekvids.com/watch?v=nGA5i3Frmh8, https://www.peekvids.com/watch?v=5ryh17FPRJK, https://www.peekvids.com/watch?v=qA1PHsFh63G,
https://www.peekvids.com/watch?v=sPLujcbbEdw, https://www.peekvids.com/watch?v=31ghgkt851B, https://www.peekvids.com/watch?v=QeI1CXvFA7D,
https://www.peekvids.com/watch?v=T-3Xinkue5e, https://www.peekvids.com/watch?v=97yIWlPt-UG, https://www.peekvids.com/watch?v=3WP0pBcDiYZ,
https://www.peekvids.com/watch?v=m4Bg9_K36OG, https://www.peekvids.com/watch?v=gogSH9oYPbL, https://www.peekvids.com/watch?v=OCJKC3igyIs,
https://www.peekvids.com/watch?v=tqgjtrTJl2e, https://www.peekvids.com/watch?v=FNT8zG28Ro8, https://www.peekvids.com/watch?v=URbXNQ2oAaD,
https://www.peekvids.com/watch?v=o_yMlBNh_nH, https://www.peekvids.com/watch?v=XO_Xz2mo56z, https://www.peekvids.com/watch?v=q7hSST8ovSY,
https://www.peekvids.com/watch?v=IuxhrcVO2Ee, https://www.peekvids.com/watch?v=cDQyrZSz7LH, https://www.peekvids.com/watch?v=aTcsvomVuFy,
https://www.peekvids.com/watch?v=yLXks1UNT3O, https://www.peekvids.com/watch?v=HSA08KZokKX
5.f. Date of third notice: 2015-05-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: extazi
5.b. Uploader's email address: dejkiopplfool@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=extazi
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=NkydpvnzYNG, https://www.peekvids.com/watch?v=pZysFrwaD3G,
https://www.peekvids.com/watch?v=X4SKS2NWAtf, https://www.peekvids.com/watch?v=O2WD9jyPYLO, https://www.peekvids.com/watch?v=KAVOhkHEwas,
https://www.peekvids.com/watch?v=i8TN88RHG5R, https://www.peekvids.com/watch?v=4EGCiOHsjru, https://www.peekvids.com/watch?v=yVsOzMK58P6,
https://www.peekvids.com/watch?v=vmqc2GoeZGL, https://www.peekvids.com/watch?v=v9dc6jqwRli, https://www.peekvids.com/watch?v=xzvYOWOSCZG,
https://www.peekvids.com/watch?v=QTEnWpGrn5f, https://www.peekvids.com/watch?v=4yEO0bnX3Bi, https://www.peekvids.com/watch?v=h9GEOGgz0GU,
https://www.peekvids.com/watch?v=7Anyhfcx2pS, https://www.peekvids.com/watch?v=22aBJEUFFUM, https://www.peekvids.com/watch?v=dbciWHQiRBJ,
https://www.peekvids.com/watch?v=yNQ-bqkmqBG, https://www.peekvids.com/watch?v=4ISQnjJmvrr, https://www.peekvids.com/watch?v=m-jePFqCymX,
https://www.peekvids.com/watch?v=hS3YLqCm0hc, https://www.peekvids.com/watch?v=RnuhZbei0zv, https://www.peekvids.com/watch?v=jUOVWcMKyrd,
https://www.peekvids.com/watch?v=jxDN7ck7kxQ, https://www.peekvids.com/watch?v=fcmhaGuYGfY, https://www.peekvids.com/watch?v=SbB9Vox6Qko,
https://www.peekvids.com/watch?v=2PBKyJgaiDD, https://www.peekvids.com/watch?v=QSJUwII5pFg, https://www.peekvids.com/watch?v=dcvv72L4bHV,
https://www.peekvids.com/watch?v=0NRHfvCUfmo, https://www.peekvids.com/watch?v=KEnAcIiNms-, https://www.peekvids.com/watch?v=9n0-VRv6H7B,
https://www.peekvids.com/watch?v=QPlOgi0wrvE, https://www.peekvids.com/watch?v=gRU-WISorGf, https://www.peekvids.com/watch?v=bU0HTexXiMy,
https://www.peekvids.com/watch?v=ub2skF6xUtj, https://www.peekvids.com/watch?v=y8ZKwh8ksrX, https://www.peekvids.com/watch?v=eD88nlhy7O5,
https://www.peekvids.com/watch?v=5ddM92evJad, https://www.peekvids.com/watch?v=COlxDQWLW-E, https://www.peekvids.com/watch?v=aWLjzanmMeY,
https://www.peekvids.com/watch?v=CYeqTGABeNr, https://www.peekvids.com/watch?v=0XADppPMXve, https://www.peekvids.com/watch?v=ORMAxi6Boa4,
https://www.peekvids.com/watch?v=apa8B7eqZ9k, https://www.peekvids.com/watch?v=tTVuv8XCJqa, https://www.peekvids.com/watch?v=gpFWGqn0KtP,
https://www.peekvids.com/watch?v=85LlwNDFDYr, https://www.peekvids.com/watch?v=gBA5A8Ei4aj, https://www.peekvids.com/watch?v=Z4ELrx5VoiQ,
https://www.peekvids.com/watch?v=Kci44zt7Arh, https://www.peekvids.com/watch?v=GC25Otijw8r, https://www.peekvids.com/watch?v=IKnitPkh36f,
https://www.peekvids.com/watch?v=6ewSuAzgWTv, https://www.peekvids.com/watch?v=6jo44JY8qAJ, https://www.peekvids.com/watch?v=uRh8NUgVdi6,

https://www.peekvids.com/watch?v=iVwzsvgjFEt, https://www.peekvids.com/watch?v=y6uF3TA9KMy, https://www.peekvids.com/watch?v=-4CvSnAHkno,
https://www.peekvids.com/watch?v=9JIPlW5g4sT, https://www.peekvids.com/watch?v=OGDlcIoKtGN, https://www.peekvids.com/watch?v=h6FimlmCxUc,
https://www.peekvids.com/watch?v=QNVe2KVgGXK, https://www.peekvids.com/watch?v=NknqgrAsMJJ, https://www.peekvids.com/watch?v=mlgQFAC-JN8,
https://www.peekvids.com/watch?v=2gtcyadTf2p, https://www.peekvids.com/watch?v=kGU99kgKIw0, https://www.peekvids.com/watch?v=o20tyDVu4NG,
https://www.peekvids.com/watch?v=PmwAkgTjMr0, https://www.peekvids.com/watch?v=LkQL42tvZY7, https://www.peekvids.com/watch?v=yyFVdcNGMQz,
https://www.peekvids.com/watch?v=VlbUfGmCXjY, https://www.peekvids.com/watch?v=7tjpktgc0cn, https://www.peekvids.com/watch?v=c4OpVMEOEpJ,
https://www.peekvids.com/watch?v=WswLR-P00iX, https://www.peekvids.com/watch?v=QrtgMDleDoO, https://www.peekvids.com/watch?v=04l5WUhIQSg,
https://www.peekvids.com/watch?v=4YMhKtb5zHA, https://www.peekvids.com/watch?v=zJ7h33IU53x, https://www.peekvids.com/watch?v=lw5tLaIXT8r,
https://www.peekvids.com/watch?v=xC5-Uf3fzKt, https://www.peekvids.com/watch?v=eGlMsJa7n07, https://www.peekvids.com/watch?v=4ChVEnvPJqa,
https://www.peekvids.com/watch?v=ZlYds0X93XS, https://www.peekvids.com/watch?v=qVvSq-5nkof, https://www.peekvids.com/watch?v=wftPALQ8vt3,
https://www.peekvids.com/watch?v=JiPi9-iOOpt, https://www.peekvids.com/watch?v=CVVVnBqombu, https://www.peekvids.com/watch?v=Pnyd-PhBXT9,
https://www.peekvids.com/watch?v=Fny-QmkF6QI, https://www.peekvids.com/watch?v=Tds85hcTg-G, https://www.peekvids.com/watch?v=oVNsCY8XQHW,
https://www.peekvids.com/watch?v=-6Y69nnDT-6, https://www.peekvids.com/watch?v=Jaxwv8C5X2i, https://www.peekvids.com/watch?v=LMymKu8OKcK,
https://www.peekvids.com/watch?v=3Woy-FHGYV7, https://www.peekvids.com/watch?v=N4N992WIRc8, https://www.peekvids.com/watch?v=qirUe4DJyY8,
https://www.peekvids.com/watch?v=XBlnnl5kEjL, https://www.peekvids.com/watch?v=wHv8wwtvpWl, https://www.peekvids.com/watch?v=r9rgBLGAt79,
https://www.peekvids.com/watch?v=yPFPRc23uGB, https://www.peekvids.com/watch?v=rzls8E8lbws, https://www.peekvids.com/watch?v=DQQfZWQUvbR,
https://www.peekvids.com/watch?v=Y0qBBkYnRC9, https://www.peekvids.com/watch?v=aOmO0lls5W6, https://www.peekvids.com/watch?v=PENFBRQJ8Ix,
https://www.peekvids.com/watch?v=LIqlHdtHs5H, https://www.peekvids.com/watch?v=Ho93fjE0Y28, https://www.peekvids.com/watch?v=3am7HY2ovsv,
https://www.peekvids.com/watch?v=immKDlFZsS-, https://www.peekvids.com/watch?v=cbaa2gnItWM, https://www.peekvids.com/watch?v=GuTIZgWAbz0,
https://www.peekvids.com/watch?v=lPEnjv64eba, https://www.peekvids.com/watch?v=E5r28DOREIo, https://www.peekvids.com/watch?v=l9xsMSaDuHo,
https://www.peekvids.com/watch?v=ZgKPDdPnGra, https://www.peekvids.com/watch?v=XbjKDw-DBY-, https://www.peekvids.com/watch?v=TrdlYYCAyRI,
https://www.peekvids.com/watch?v=tCpsC0ofGXh, https://www.peekvids.com/watch?v=ry0uajFXlZY, https://www.peekvids.com/watch?v=GKsYXx4XZIq,
https://www.peekvids.com/watch?v=XjMb0AaGiWd, https://www.peekvids.com/watch?v=ZprTrDOCy5Z, https://www.peekvids.com/watch?v=7ee2zUWUP4e,
https://www.peekvids.com/watch?v=ws2bqLWXHZc, https://www.peekvids.com/watch?v=U8S7JYAQzJy, https://www.peekvids.com/watch?v=ziBK4ourIsb,
https://www.peekvids.com/watch?v=pEazYwBi3qP, https://www.peekvids.com/watch?v=6nnG7D3P806, https://www.peekvids.com/watch?v=Z-HKe5SnH2V,
https://www.peekvids.com/watch?v=w-zoViqWy-7, https://www.peekvids.com/watch?v=qjzSMZCOutS, https://www.peekvids.com/watch?v=utGlbvRAoeH,
https://www.peekvids.com/watch?v=lJ5lKYLOxHb, https://www.peekvids.com/watch?v=TV-g2WoSdFJ, https://www.peekvids.com/watch?v=IzkMj-EM2lP,
https://www.peekvids.com/watch?v=XUGywyOFXIk, https://www.peekvids.com/watch?v=Glttd4Fijta, https://www.peekvids.com/watch?v=KzFL7SPtFYd,
https://www.peekvids.com/watch?v=JmYffJjm5S4, https://www.peekvids.com/watch?v=vad-EPF4tkG, https://www.peekvids.com/watch?v=UG-DDBdyM8H,
https://www.peekvids.com/watch?v=hEdYw2SpuV4, https://www.peekvids.com/watch?v=w9bUdpHH6fI, https://www.peekvids.com/watch?v=DGUF5bpD4QX,
https://www.peekvids.com/watch?v=nWuD8SD9Im7, https://www.peekvids.com/watch?v=RomcCSJosKr, https://www.peekvids.com/watch?v=zNbAdkRmVth,
https://www.peekvids.com/watch?v=dJivLnXg5Gh, https://www.peekvids.com/watch?v=BcYJKrQdxSW, https://www.peekvids.com/watch?v=yktR6mVNxL4,
https://www.peekvids.com/watch?v=-rbqM0yoYMV, https://www.peekvids.com/watch?v=VvF90z5-6TF, https://www.peekvids.com/watch?v=sMVfSjktdlq,
https://www.peekvids.com/watch?v=rwomSjl3Zya, https://www.peekvids.com/watch?v=CZGrd8YNIuy, https://www.peekvids.com/watch?v=dKfyVGJ-t9E,
https://www.peekvids.com/watch?v=LOTQ4q6dfue, https://www.peekvids.com/watch?v=RGZ0psS3ZmW, https://www.peekvids.com/watch?v=i7tWcypX9Ox,
https://www.peekvids.com/watch?v=lh-yvV5MZFq, https://www.peekvids.com/watch?v=LXVZAoLi79T, https://www.peekvids.com/watch?v=WVvvGNvBy7s,
https://www.peekvids.com/watch?v=z6sLETEJCyb, https://www.peekvids.com/watch?v=yniNmMeIcvQ, https://www.peekvids.com/watch?v=Wd7TbfrNXuA,
https://www.peekvids.com/watch?v=RqYq7rX-0nl, https://www.peekvids.com/watch?v=apox6OVGZEy, https://www.peekvids.com/watch?v=ONGTPxv8FDd,
https://www.peekvids.com/watch?v=2vCzblDGH8q, https://www.peekvids.com/watch?v=qqjTo0e5afL, https://www.peekvids.com/watch?v=Y6cCqRqNWnD,
https://www.peekvids.com/watch?v=fnwAwFawvwR, https://www.peekvids.com/watch?v=hgcSpaxFdMP, https://www.peekvids.com/watch?v=2A9HMjv5RwB,
https://www.peekvids.com/watch?v=88Emo5jUnvc, https://www.peekvids.com/watch?v=S-ZumbmQUgK, https://www.peekvids.com/watch?v=UgXapKdWhkn,
https://www.peekvids.com/watch?v=qoFxDcXIoFC, https://www.peekvids.com/watch?v=ce9snUeYSZ6, https://www.peekvids.com/watch?v=-gaJJ93medo,
https://www.peekvids.com/watch?v=S06zqvwLTEu, https://www.peekvids.com/watch?v=7UUQ6PipA6l, https://www.peekvids.com/watch?v=vddhub4WOEk,
https://www.peekvids.com/watch?v=egbwwmHqM4Q, https://www.peekvids.com/watch?v=rNe3SovJPfv, https://www.peekvids.com/watch?v=bWXw0Bchnnk,
https://www.peekvids.com/watch?v=FkQPGjVMXGL, https://www.peekvids.com/watch?v=v58QS4tQQ5s, https://www.peekvids.com/watch?v=FXXEv4pqqDv,
https://www.peekvids.com/watch?v=uxCUPBLR900, https://www.peekvids.com/watch?v=kJtnnSn5lt5, https://www.peekvids.com/watch?v=66jA6nJDWOk,
https://www.peekvids.com/watch?v=PPVyyOcpkMQ, https://www.peekvids.com/watch?v=FpZjxSel8gq, https://www.peekvids.com/watch?v=rhAfrxo6a5m,
https://www.peekvids.com/watch?v=K-fMvpPWY0d, https://www.peekvids.com/watch?v=LTaJsVTGE7w, https://www.peekvids.com/watch?v=ZJCKGaa5iPs,
https://www.peekvids.com/watch?v=ifsjI0kN2Wt, https://www.peekvids.com/watch?v=Bhw8WLZPCMG, https://www.peekvids.com/watch?v=oOqznWlJOGm,
https://www.peekvids.com/watch?v=TDyKiKs2NFg, https://www.peekvids.com/watch?v=sktEcNJ7ASP, https://www.peekvids.com/watch?v=-cIPmsJQZYH,
https://www.peekvids.com/watch?v=KZfmvD4m0rX, https://www.peekvids.com/watch?v=vnhCURFBgUu, https://www.peekvids.com/watch?v=34SZkFMtDtN,
https://www.peekvids.com/watch?v=Kw9diu5AZbb, https://www.peekvids.com/watch?v=hjRCX0LVbxv, https://www.peekvids.com/watch?v=TQdzzCU5Stg,
https://www.peekvids.com/watch?v=7jUP5j6oLrC, https://www.peekvids.com/watch?v=ygGnoe3Suqk, https://www.peekvids.com/watch?v=lZonSGDuMnq,
https://www.peekvids.com/watch?v=sxwxOi6JfZB, https://www.peekvids.com/watch?v=QcFV5m3waMG, https://www.peekvids.com/watch?v=imgiPSU5Jdl,
https://www.peekvids.com/watch?v=dQEOCH0sr6P, https://www.peekvids.com/watch?v=mPDNEIKKMgm, https://www.peekvids.com/watch?v=rl9wDcQzxHn,
https://www.peekvids.com/watch?v=BMLQ8Wxgtwd, https://www.peekvids.com/watch?v=pBhWpE5Muip, https://www.peekvids.com/watch?v=5XvJfQJNRYM,
https://www.peekvids.com/watch?v=bArCJu7Jfz-, https://www.peekvids.com/watch?v=5mZ7ih4hbfz, https://www.peekvids.com/watch?v=KxS3HA922Kd,
https://www.peekvids.com/watch?v=hDXDCMtQevb, https://www.peekvids.com/watch?v=DNRvYCCAqms, https://www.peekvids.com/watch?v=fSOtRpghW2R,
https://www.peekvids.com/watch?v=4W-jz3zpPUZ, https://www.peekvids.com/watch?v=mgNNeYyQRIE, https://www.peekvids.com/watch?v=0NjCVDMDe8b,
https://www.peekvids.com/watch?v=dSgrlSTO27W, https://www.peekvids.com/watch?v=IXRsjXCffG9, https://www.peekvids.com/watch?v=SNv7jyDVn-r,
https://www.peekvids.com/watch?v=ljesRv9YHI0, https://www.peekvids.com/watch?v=D264PJIqiIZ, https://www.peekvids.com/watch?v=5FxQIvJ3OZD,
https://www.peekvids.com/watch?v=pEKqtqIJ9o4, https://www.peekvids.com/watch?v=kxqttvIxEJh, https://www.peekvids.com/watch?v=ha3ddOu-f7G,
https://www.peekvids.com/watch?v=PRfBwkmnzlW, https://www.peekvids.com/watch?v=UO44loFKtR2, https://www.peekvids.com/watch?v=RCMiqKBxSdo,
https://www.peekvids.com/watch?v=jEta7er5uvX, https://www.peekvids.com/watch?v=ORGPnrzZnAT, https://www.peekvids.com/watch?v=-mhLviRnh7x,
https://www.peekvids.com/watch?v=UrHDrur--tO, https://www.peekvids.com/watch?v=nRZW4V9ZH9b, https://www.peekvids.com/watch?v=SE7gjfNHFTW,
https://www.peekvids.com/watch?v=S9zBThzTyVG, https://www.peekvids.com/watch?v=ykXQgFGgTR2, https://www.peekvids.com/watch?v=PZPnDwjyqhi,
https://www.peekvids.com/watch?v=WlChCfQNB0i, https://www.peekvids.com/watch?v=AKHf29kJCo9, https://www.peekvids.com/watch?v=l5Hn9Q2a72A,
https://www.peekvids.com/watch?v=KfNmiFilF2t, https://www.peekvids.com/watch?v=bE0SkJbuTdx, https://www.peekvids.com/watch?v=ahAhgxMBwkN,
https://www.peekvids.com/watch?v=GYyP3M2BRX6, https://www.peekvids.com/watch?v=HFsCuXEr3I-, https://www.peekvids.com/watch?v=Kyc3SJFTe6b,
https://www.peekvids.com/watch?v=FUPkldf2Mg9, https://www.peekvids.com/watch?v=RiiPPsuIdjX, https://www.peekvids.com/watch?v=MlzJ4jexp4F,
https://www.peekvids.com/watch?v=nael6qGZsZ2, https://www.peekvids.com/watch?v=-9LWHZwBEbd, https://www.peekvids.com/watch?v=KN0yi7aQuO3,
https://www.peekvids.com/watch?v=xy9Vit58p4V, https://www.peekvids.com/watch?v=muMLJ9Oynrn, https://www.peekvids.com/watch?v=ELpCB75xPEI,
https://www.peekvids.com/watch?v=QUQITqusqGy, https://www.peekvids.com/watch?v=4nM7w6RulGz, https://www.peekvids.com/watch?v=i3eUnvPagBh,
https://www.peekvids.com/watch?v=B4RGCZPjtJA, https://www.peekvids.com/watch?v=p-PdKk5dLbM, https://www.peekvids.com/watch?v=XJNRqsnLcpE,
https://www.peekvids.com/watch?v=SCP3P0ZGAWn, https://www.peekvids.com/watch?v=gGx6tiYbsFO, https://www.peekvids.com/watch?v=nUQfoAjAr9r,
https://www.peekvids.com/watch?v=W49I4ERtqNc, https://www.peekvids.com/watch?v=X5oaVs2s3rg
5.f. Date of third notice: 2015-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: faradey
5.b. Uploader's email address: alaskabolyff@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=faradey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Mzep6slrEn9, https://www.peekvids.com/watch?v=LVQaiSB4Ois,
https://www.peekvids.com/watch?v=4m4DjmylxIP, https://www.peekvids.com/watch?v=Q9d5jS8qIYo, https://www.peekvids.com/watch?v=FCW-q3VqVAo,
https://www.peekvids.com/watch?v=NFX0SOvg4RM, https://www.peekvids.com/watch?v=hYvQIiPxDpr, https://www.peekvids.com/watch?v=D4XLtiSaqgM,
https://www.peekvids.com/watch?v=-rpOQ5ugLF8, https://www.peekvids.com/watch?v=5D0VS8H5l4f, https://www.peekvids.com/watch?v=MMK4wFz-aBO,
https://www.peekvids.com/watch?v=VixT8P4FrS4, https://www.peekvids.com/watch?v=Y-DUUFaKDAT, https://www.peekvids.com/watch?v=K6lFtPLx-qy,
https://www.peekvids.com/watch?v=ozr9-kYVxS4, https://www.peekvids.com/watch?v=jPPGSiSNXKU, https://www.peekvids.com/watch?v=QdWYIgWAWkT,
https://www.peekvids.com/watch?v=SVZuTxE7IOK, https://www.peekvids.com/watch?v=DWDGlM5N-ib, https://www.peekvids.com/watch?v=E0lM8KxbB9N,
https://www.peekvids.com/watch?v=K0HZZ3qojqp, https://www.peekvids.com/watch?v=OUhGcZItx8-, https://www.peekvids.com/watch?v=MwjNn7p2yA-,
https://www.peekvids.com/watch?v=0Og4HmPMb0h, https://www.peekvids.com/watch?v=7FdS4l8B9Cg, https://www.peekvids.com/watch?v=Bmbb42Yfdyo,
https://www.peekvids.com/watch?v=0GXJM3DSw8F, https://www.peekvids.com/watch?v=TuaItTVeJ-3, https://www.peekvids.com/watch?v=eBLD7DWgZdj,
https://www.peekvids.com/watch?v=hGs0tqo8rzl, https://www.peekvids.com/watch?v=iBpapBYhHU5, https://www.peekvids.com/watch?v=e2MMj5vJIUI,
https://www.peekvids.com/watch?v=7I4McLEnZrZ, https://www.peekvids.com/watch?v=pAphTXMMOaK, https://www.peekvids.com/watch?v=fGce8veRppD,
https://www.peekvids.com/watch?v=IKF5zsyvNV-, https://www.peekvids.com/watch?v=MiQD83eKNJ2, https://www.peekvids.com/watch?v=yzqvM-YJIYv,
https://www.peekvids.com/watch?v=X9jIKLJYkGE, https://www.peekvids.com/watch?v=9UAHhmafs-4, https://www.peekvids.com/watch?v=fJ4p356j-sn,
https://www.peekvids.com/watch?v=9pv3HyEp47u, https://www.peekvids.com/watch?v=NT-KgGxvR87, https://www.peekvids.com/watch?v=NqZoViuAQFA,
https://www.peekvids.com/watch?v=dsADWoEiCDW, https://www.peekvids.com/watch?v=zUwOndRtrgY, https://www.peekvids.com/watch?v=8jnnQ9jOJRS,
https://www.peekvids.com/watch?v=KF2xMV0p38z, https://www.peekvids.com/watch?v=9vqcfqMNnHM, https://www.peekvids.com/watch?v=yCMQqxPAorz,
https://www.peekvids.com/watch?v=JvfgRWY4LGd, https://www.peekvids.com/watch?v=ntz2HRzRm3K, https://www.peekvids.com/watch?v=8k0LgeMSZmW,
https://www.peekvids.com/watch?v=jZrtdDgpjzx, https://www.peekvids.com/watch?v=nfFDg9TU8MD, https://www.peekvids.com/watch?v=iYGQSB7GNNX,
https://www.peekvids.com/watch?v=f7Odzo4jNij, https://www.peekvids.com/watch?v=eLFPXo7I7WK, https://www.peekvids.com/watch?v=VFOOWvUmn4g,
https://www.peekvids.com/watch?v=BXfAuRBLqtS, https://www.peekvids.com/watch?v=aM8tv-F2dTk, https://www.peekvids.com/watch?v=qJQ6NLq9OXe,
https://www.peekvids.com/watch?v=YvW6EPiI6dI, https://www.peekvids.com/watch?v=b-vxDyeN3hC, https://www.peekvids.com/watch?v=Nsl90ktEckA,
https://www.peekvids.com/watch?v=zcvJMPXjl3A, https://www.peekvids.com/watch?v=NEmmA-WfKPw, https://www.peekvids.com/watch?v=zmZNfE-IUvK,
https://www.peekvids.com/watch?v=zAl-aqnBYeh, https://www.peekvids.com/watch?v=4KaGN48gBpE, https://www.peekvids.com/watch?v=kbnMZecOx7H,
https://www.peekvids.com/watch?v=YkZsgE-5hij, https://www.peekvids.com/watch?v=zmMXa2VZuXX, https://www.peekvids.com/watch?v=cSvruyuMKY6,
https://www.peekvids.com/watch?v=uHY6ue9HiTM, https://www.peekvids.com/watch?v=feDiOchVvWL, https://www.peekvids.com/watch?v=NJaFJfRyf3u,
https://www.peekvids.com/watch?v=-wR2REhwyfy, https://www.peekvids.com/watch?v=e606oUnGtnf, https://www.peekvids.com/watch?v=LJEw35sB4KO,
https://www.peekvids.com/watch?v=yIhSH0F6qNb, https://www.peekvids.com/watch?v=IvN-4ce3Q8z, https://www.peekvids.com/watch?v=77us-HdoOVE,
https://www.peekvids.com/watch?v=oYUtWcXxH9y, https://www.peekvids.com/watch?v=c9lSs7nzLro, https://www.peekvids.com/watch?v=ZfU6iBoKvBx,
https://www.peekvids.com/watch?v=dkggXckza9f, https://www.peekvids.com/watch?v=l7-b04gsOp8, https://www.peekvids.com/watch?v=omTFnYtQ8yc,
https://www.peekvids.com/watch?v=u57vxyJ4hBG, https://www.peekvids.com/watch?v=6EUiAH-ewLm, https://www.peekvids.com/watch?v=McE0RRhk3jN,
https://www.peekvids.com/watch?v=vIyHnfL55hv, https://www.peekvids.com/watch?v=nn2cJVFIF7s, https://www.peekvids.com/watch?v=GfmWCO2B9J-,
https://www.peekvids.com/watch?v=jR6EoEvQzsB, https://www.peekvids.com/watch?v=fw3O6j-EhDM, https://www.peekvids.com/watch?v=a3RK0WVkSA4,
https://www.peekvids.com/watch?v=zg7ereIuHgr, https://www.peekvids.com/watch?v=JCQuruZ-Zcc, https://www.peekvids.com/watch?v=eU2RFQk57V3,
https://www.peekvids.com/watch?v=Ra-h9VOig58, https://www.peekvids.com/watch?v=gBWrp7DWN8o, https://www.peekvids.com/watch?v=RRwCG84JRvk,
https://www.peekvids.com/watch?v=Cx3UaYCBuRT, https://www.peekvids.com/watch?v=yot-LXivTjC, https://www.peekvids.com/watch?v=DSumlslOTT0,
https://www.peekvids.com/watch?v=hCwR6TReDXk, https://www.peekvids.com/watch?v=pYBhJXxQJI3, https://www.peekvids.com/watch?v=UrSobRqTqaz,
https://www.peekvids.com/watch?v=0wIbRTVjLRi, https://www.peekvids.com/watch?v=LdqlixTxMNS, https://www.peekvids.com/watch?v=xh45xmZBDBS,
https://www.peekvids.com/watch?v=-0sbxyza6Qz, https://www.peekvids.com/watch?v=6IvYYPss5qC, https://www.peekvids.com/watch?v=PFi7L3sY5jZ,
https://www.peekvids.com/watch?v=8ZXR84YQh9K, https://www.peekvids.com/watch?v=anu097CIjMU, https://www.peekvids.com/watch?v=pcX98rm3OB-,
https://www.peekvids.com/watch?v=MLjhdzeLW6z, https://www.peekvids.com/watch?v=RGheQgZmffV, https://www.peekvids.com/watch?v=FnyKg7poE0x,
https://www.peekvids.com/watch?v=W47vQQNKZ5N, https://www.peekvids.com/watch?v=3eZhJvnDFFu, https://www.peekvids.com/watch?v=9EV9iEumKae,
https://www.peekvids.com/watch?v=JkwzIyNojTL, https://www.peekvids.com/watch?v=t4fbwCOKm-a, https://www.peekvids.com/watch?v=D3ZCkKj2j-E,
https://www.peekvids.com/watch?v=RqwHROawozE, https://www.peekvids.com/watch?v=XVi6NS5lysl, https://www.peekvids.com/watch?v=jV23YFZftkn,
https://www.peekvids.com/watch?v=M6bvwhaR2ka, https://www.peekvids.com/watch?v=e9D67eGHLSm, https://www.peekvids.com/watch?v=kXJRUUbzj74,
https://www.peekvids.com/watch?v=FtqnnBMFNiW, https://www.peekvids.com/watch?v=ZjE-UNJRjEz, https://www.peekvids.com/watch?v=OOSUfBF0TQl,
https://www.peekvids.com/watch?v=aiKmRWoT7hL, https://www.peekvids.com/watch?v=cHBynTXlOzs, https://www.peekvids.com/watch?v=3UAffVUQXlK,
https://www.peekvids.com/watch?v=04gisOAtvaH, https://www.peekvids.com/watch?v=66EsCq8pUV7, https://www.peekvids.com/watch?v=fFOV3RGOwCS,
https://www.peekvids.com/watch?v=9GjwCChmEhx, https://www.peekvids.com/watch?v=RWajTushL6o, https://www.peekvids.com/watch?v=kEQEOx0faUQ,
https://www.peekvids.com/watch?v=okoZI9uCiAT, https://www.peekvids.com/watch?v=BSqUjIWkYO2, https://www.peekvids.com/watch?v=3oOkIgEVHEw,
https://www.peekvids.com/watch?v=Hn3rsefxI0Z, https://www.peekvids.com/watch?v=yTa6xzJPnY7, https://www.peekvids.com/watch?v=RcOsnYjeRDu,
https://www.peekvids.com/watch?v=xJWTPlXLK7p, https://www.peekvids.com/watch?v=wzpIM2OrPzw, https://www.peekvids.com/watch?v=HSnHkhTeyeO,
https://www.peekvids.com/watch?v=GPIKOZhU7Ye, https://www.peekvids.com/watch?v=vjgw9LMl7CE, https://www.peekvids.com/watch?v=huQZMHfBUP8,
https://www.peekvids.com/watch?v=jUCKvLURFJG, https://www.peekvids.com/watch?v=mqzoYnnq-GJ, https://www.peekvids.com/watch?v=0Wxm37-dAUo,

https://www.peekvids.com/watch?v=Rx0xX-HZdKd, https://www.peekvids.com/watch?v=V3JYSxs7a63, https://www.peekvids.com/watch?v=r6OHU8Lbn78,
https://www.peekvids.com/watch?v=U46GTmz3hGw, https://www.peekvids.com/watch?v=q9QqPnHohw5, https://www.peekvids.com/watch?v=RQjSmSxyOW6,
https://www.peekvids.com/watch?v=VfrQFjlEDhx, https://www.peekvids.com/watch?v=lO77dfyO3gF, https://www.peekvids.com/watch?v=zyUThMi7QPe,
https://www.peekvids.com/watch?v=Ag7tsgz3edE, https://www.peekvids.com/watch?v=zYxevSfU3E3, https://www.peekvids.com/watch?v=xOLYD87vOF4,
https://www.peekvids.com/watch?v=6EpSGL-c7EE, https://www.peekvids.com/watch?v=u-6BMg559fp, https://www.peekvids.com/watch?v=QJXjS8ox52i,
https://www.peekvids.com/watch?v=bBluXuqUZ6v, https://www.peekvids.com/watch?v=hmAPZa4kY0b, https://www.peekvids.com/watch?v=7QSQrcGj7vh,
https://www.peekvids.com/watch?v=jLDjMPFWKah, https://www.peekvids.com/watch?v=RRv84y53fMb, https://www.peekvids.com/watch?v=DBo7zTJky5m,
https://www.peekvids.com/watch?v=yY5u8DKibQ9, https://www.peekvids.com/watch?v=vfqgMM0Vf6e, https://www.peekvids.com/watch?v=JXAqtRC8z-L,
https://www.peekvids.com/watch?v=D5swZa3u8rV, https://www.peekvids.com/watch?v=iqFJHJ9HY5j, https://www.peekvids.com/watch?v=xKVKmEZLn-c,
https://www.peekvids.com/watch?v=W-eM4gifONM, https://www.peekvids.com/watch?v=PmJngOfwD3K, https://www.peekvids.com/watch?v=mAV9MVfGLm6,
https://www.peekvids.com/watch?v=2ccpiwDvdZK, https://www.peekvids.com/watch?v=BMxxUBREYyf, https://www.peekvids.com/watch?v=hFaftpQwjwC,
https://www.peekvids.com/watch?v=6RaKfv5zKsV, https://www.peekvids.com/watch?v=sTvkdYBLpr3, https://www.peekvids.com/watch?v=nIwoIl9OEjv,
https://www.peekvids.com/watch?v=OZGFxNWfLzC, https://www.peekvids.com/watch?v=lqkaFeHQYWA, https://www.peekvids.com/watch?v=-7JBAl-IFq-,
https://www.peekvids.com/watch?v=fOYufLoU8p9, https://www.peekvids.com/watch?v=wBAPICse5Fs, https://www.peekvids.com/watch?v=NRQHTRyBpcI,
https://www.peekvids.com/watch?v=Qt6xnftrWpy, https://www.peekvids.com/watch?v=ydGLZ2Utp5m, https://www.peekvids.com/watch?v=-YEe2yCWqJB,
https://www.peekvids.com/watch?v=RTCKSFePRhh, https://www.peekvids.com/watch?v=klIGW0xnBqE, https://www.peekvids.com/watch?v=ySrZ4B4w4EF,
https://www.peekvids.com/watch?v=lZUMy62OhyZ, https://www.peekvids.com/watch?v=ms2Irg7CDSD, https://www.peekvids.com/watch?v=fchBA04x2jB,
https://www.peekvids.com/watch?v=RB0PgNwAfpA, https://www.peekvids.com/watch?v=s48px0jNaeJ, https://www.peekvids.com/watch?v=Srjwehf3o3c,
https://www.peekvids.com/watch?v=uLIG8OisCFM, https://www.peekvids.com/watch?v=PJCb5pB-ght, https://www.peekvids.com/watch?v=7TpQ9iB82nR,
https://www.peekvids.com/watch?v=rw8TWTFrsI8, https://www.peekvids.com/watch?v=XPKZwflbQfC, https://www.peekvids.com/watch?v=D8du0TMTzyd,
https://www.peekvids.com/watch?v=cM2qhhKW3yW, https://www.peekvids.com/watch?v=xMlWjXEEBg4, https://www.peekvids.com/watch?v=fH4GYSPTR6R,
https://www.peekvids.com/watch?v=wgCGnB7hlHU, https://www.peekvids.com/watch?v=Gbx59xl5d9V, https://www.peekvids.com/watch?v=wxFbNbCjQWl,
https://www.peekvids.com/watch?v=nhMNA7KOQFy, https://www.peekvids.com/watch?v=-WEgegYoC5M, https://www.peekvids.com/watch?v=dyPQuETBPEe,
https://www.peekvids.com/watch?v=F60etuy9q8e, https://www.peekvids.com/watch?v=kDH43Oek3Xe, https://www.peekvids.com/watch?v=mMkRAyIUJjb,
https://www.peekvids.com/watch?v=LRSwZkCN7sk, https://www.peekvids.com/watch?v=jwoB2Uj-K7U, https://www.peekvids.com/watch?v=dhD6eDhvxXf,
https://www.peekvids.com/watch?v=DWqkra2SmGD, https://www.peekvids.com/watch?v=eY5Mq6NT96F, https://www.peekvids.com/watch?v=xpeQQbWDIS3,
https://www.peekvids.com/watch?v=3JgKFHRnOqh, https://www.peekvids.com/watch?v=REYD00aUk5l, https://www.peekvids.com/watch?v=EQv3IkvvaPr,
https://www.peekvids.com/watch?v=K69TEhRqPkp, https://www.peekvids.com/watch?v=BjxklS-Ss6u, https://www.peekvids.com/watch?v=2uIYEKTz6AD,
https://www.peekvids.com/watch?v=A7LtiWe-nmX, https://www.peekvids.com/watch?v=8qj-WtYzW0n, https://www.peekvids.com/watch?v=Cs2FypPOVcU,
https://www.peekvids.com/watch?v=OjIQC3ycmro, https://www.peekvids.com/watch?v=URmyKNaGtpb, https://www.peekvids.com/watch?v=9QtBrjQi2Pv,
https://www.peekvids.com/watch?v=4utnOMthVJG, https://www.peekvids.com/watch?v=5Yet53Flm2k, https://www.peekvids.com/watch?v=feZ3Xn-gvfz,
https://www.peekvids.com/watch?v=i8GMIu8XwPy, https://www.peekvids.com/watch?v=mSKVvq9Buuu, https://www.peekvids.com/watch?v=aSIhBWbnxbZ,
https://www.peekvids.com/watch?v=CX14L5YGHkg, https://www.peekvids.com/watch?v=KsVyYfXb-_C, https://www.peekvids.com/watch?v=uz9XVdhdoc8,
https://www.peekvids.com/watch?v=rfMn8rCb0QD
5.f. Date of third notice: 2015-05-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fashiontime
5.b. Uploader's email address: aloohayoyo@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fashiontime
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XQW7uotYInT, https://www.peekvids.com/watch?v=yrRBnmLa8ro,
https://www.peekvids.com/watch?v=Cu7DCvTaQ4m, https://www.peekvids.com/watch?v=UljfvANT8od, https://www.peekvids.com/watch?v=iEXgOpL0IUW,
https://www.peekvids.com/watch?v=dyBzzWagX5W, https://www.peekvids.com/watch?v=RINcLa0AtSm, https://www.peekvids.com/watch?v=nMkPcZn2aoj,
https://www.peekvids.com/watch?v=7-e98guLo2a, https://www.peekvids.com/watch?v=MSRiQLlimpi, https://www.peekvids.com/watch?v=kREmBa3nCsK,
https://www.peekvids.com/watch?v=TgcUnlo_B9I, https://www.peekvids.com/watch?v=veZIo1jQSV5, https://www.peekvids.com/watch?v=am1YuVPmUGq,
https://www.peekvids.com/watch?v=pqHTVtKM34i, https://www.peekvids.com/watch?v=ryyGwzawrTJ, https://www.peekvids.com/watch?v=SOsvOFkDcSD,
https://www.peekvids.com/watch?v=is3bdcbZGJA, https://www.peekvids.com/watch?v=4LdewV2o5Ir, https://www.peekvids.com/watch?v=DoAPVDR61qA,
https://www.peekvids.com/watch?v=LskRBMmwm7o, https://www.peekvids.com/watch?v=jNxeFWPaZjv, https://www.peekvids.com/watch?v=WpMjqxBlNhD,
https://www.peekvids.com/watch?v=ei0Epakval4, https://www.peekvids.com/watch?v=N8guspIekdY, https://www.peekvids.com/watch?v=i1yj0-7f616,
https://www.peekvids.com/watch?v=ZhmQmFMuD8M, https://www.peekvids.com/watch?v=ZfBN8O5FYts, https://www.peekvids.com/watch?v=Vg0cg_oJnGe,
https://www.peekvids.com/watch?v=cdVzGiTtEOp, https://www.peekvids.com/watch?v=Ia4uiPjjMpk, https://www.peekvids.com/watch?v=86qV6yycmwQ,
https://www.peekvids.com/watch?v=ucy2jsvBxXk, https://www.peekvids.com/watch?v=0v_FGz2cxtd, https://www.peekvids.com/watch?v=6lgA3PDwNiL,
https://www.peekvids.com/watch?v=aS_615nMQHx, https://www.peekvids.com/watch?v=2DasEod_ZgI, https://www.peekvids.com/watch?v=WFixcPUqW_Q,
https://www.peekvids.com/watch?v=jo7N7kgb4-P, https://www.peekvids.com/watch?v=yS3Hzu3vyne, https://www.peekvids.com/watch?v=e2MNM94Bfig,
https://www.peekvids.com/watch?v=98dZkOw7TxB, https://www.peekvids.com/watch?v=MvIf3Nk5422, https://www.peekvids.com/watch?v=5DIH7yl-AtJ,
https://www.peekvids.com/watch?v=uN0p-lPPYXY, https://www.peekvids.com/watch?v=T8j1P0Mwlkq, https://www.peekvids.com/watch?v=qBYpXDPuY8E,
https://www.peekvids.com/watch?v=pyKNK8qHw64, https://www.peekvids.com/watch?v=KbNAKYJ-uN9, https://www.peekvids.com/watch?v=nYjR8UEOk5Y,
https://www.peekvids.com/watch?v=5hbBg88HpA2, https://www.peekvids.com/watch?v=jNtimgo4n_I, https://www.peekvids.com/watch?v=rLodPHvpGHw,
https://www.peekvids.com/watch?v=alIdXohS3Vm, https://www.peekvids.com/watch?v=o9MnohJ_0gC, https://www.peekvids.com/watch?v=846_nv_EWUX,
https://www.peekvids.com/watch?v=plNI5H7jRWG, https://www.peekvids.com/watch?v=CtFpqfZMrKO, https://www.peekvids.com/watch?v=fdSvEjKd95M,
https://www.peekvids.com/watch?v=8Q0VWNRl9s7, https://www.peekvids.com/watch?v=HXSjORW4QtA, https://www.peekvids.com/watch?v=q9w4qNBcQWo,
https://www.peekvids.com/watch?v=fB7Z62tPRxX, https://www.peekvids.com/watch?v=rLJgEamsOaK, https://www.peekvids.com/watch?v=pfWgeLQ1C7x,
https://www.peekvids.com/watch?v=vsw4fI2By3Y, https://www.peekvids.com/watch?v=BMiepzZwQUT, https://www.peekvids.com/watch?v=k33d5T1dRpE,
https://www.peekvids.com/watch?v=Rtmaq8ZiLwL, https://www.peekvids.com/watch?v=w2ed34Org-I, https://www.peekvids.com/watch?v=4OZTgw4s-9D,
https://www.peekvids.com/watch?v=4Ro05gsUtHU, https://www.peekvids.com/watch?v=2UU1Bxzlk8X, https://www.peekvids.com/watch?v=7juBINMhdWn,
https://www.peekvids.com/watch?v=HJvN7VKdBno, https://www.peekvids.com/watch?v=VXypks7uUrq, https://www.peekvids.com/watch?v=bEoXNos7luh,
https://www.peekvids.com/watch?v=2GMC3Zl-EAs, https://www.peekvids.com/watch?v=OPozbGpZ0jI, https://www.peekvids.com/watch?v=Ri4IwBcX1J3,
https://www.peekvids.com/watch?v=MYAiNVS-mV3, https://www.peekvids.com/watch?v=FKNc2wMbn0K, https://www.peekvids.com/watch?v=JXFnu1MmRMy,
https://www.peekvids.com/watch?v=hE1M9zoPqZs, https://www.peekvids.com/watch?v=mHSBHd4cpCj, https://www.peekvids.com/watch?v=j7r9ermz-zu,
https://www.peekvids.com/watch?v=T_eyif50O0P, https://www.peekvids.com/watch?v=FQtoFjhOPUF, https://www.peekvids.com/watch?v=KOr8u3z0aJp,
https://www.peekvids.com/watch?v=F9df7Z7lXDp, https://www.peekvids.com/watch?v=QfXd9GFcFpq, https://www.peekvids.com/watch?v=XsgsmL7tTHW,
https://www.peekvids.com/watch?v=DpERHRepglW, https://www.peekvids.com/watch?v=eozpfzuzY6S, https://www.peekvids.com/watch?v=e08D3K2Eddt,
https://www.peekvids.com/watch?v=0Ko3vv30ZHh, https://www.peekvids.com/watch?v=oUoB8mx3olb, https://www.peekvids.com/watch?v=yQ47MslUzii,
https://www.peekvids.com/watch?v=ZAHzbbwe11D, https://www.peekvids.com/watch?v=doLMwFWMaVx, https://www.peekvids.com/watch?v=llaa5K3mZEx,
https://www.peekvids.com/watch?v=XoR5UGvSLXz, https://www.peekvids.com/watch?v=2z3bu-wa23j, https://www.peekvids.com/watch?v=KePdpZ0YChg
5.f. Date of third notice: 2015-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: faykylush
5.b. Uploader's email address: messoyury@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=faykylush
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=viglyeqhjWw, https://www.peekvids.com/watch?v=mPh9gQwbpgn,
https://www.peekvids.com/watch?v=hVbueWzWMhZ, https://www.peekvids.com/watch?v=CHWfZwmEGdf, https://www.peekvids.com/watch?v=L_BpOTAKE6J,
https://www.peekvids.com/watch?v=YYsQCN_VM-N, https://www.peekvids.com/watch?v=znhb6xpU6Nf, https://www.peekvids.com/watch?v=77PajEGmx1M,
https://www.peekvids.com/watch?v=fOTqEwGHmWp, https://www.peekvids.com/watch?v=4Ap4kePFa1f, https://www.peekvids.com/watch?v=2qTfiQUOlWQ,
https://www.peekvids.com/watch?v=DEb2NokLLso, https://www.peekvids.com/watch?v=6PiL7ZuZ7Us, https://www.peekvids.com/watch?v=0Z3A-rPhovx,
https://www.peekvids.com/watch?v=7xzr9g0FJZ7, https://www.peekvids.com/watch?v=66jDDi6Y93k, https://www.peekvids.com/watch?v=PK1F3yd77AH,
https://www.peekvids.com/watch?v=Ung-plORCS7, https://www.peekvids.com/watch?v=L1d4bx-GX64, https://www.peekvids.com/watch?v=WPBiI4fEnda,
https://www.peekvids.com/watch?v=nlsaQKjOtJE, https://www.peekvids.com/watch?v=w6y61GOcf-c, https://www.peekvids.com/watch?v=nQ2LduPCYwa,
https://www.peekvids.com/watch?v=mJv_DLZWUHo, https://www.peekvids.com/watch?v=cNDZHDSIYl6, https://www.peekvids.com/watch?v=731MQZEPpoF,
https://www.peekvids.com/watch?v=RsLZsJDnNXg, https://www.peekvids.com/watch?v=viQsgNcO6b3, https://www.peekvids.com/watch?v=WIUSohSqdLQ,
https://www.peekvids.com/watch?v=RgAWkrfaWdD, https://www.peekvids.com/watch?v=IDW0lAfmNOZ, https://www.peekvids.com/watch?v=euJEZV6rkwS,
https://www.peekvids.com/watch?v=W0iG8Kmq9gk, https://www.peekvids.com/watch?v=Wd7c5OoYAGg, https://www.peekvids.com/watch?v=CRIKy_yWfTe,
https://www.peekvids.com/watch?v=tPqePiagWtw, https://www.peekvids.com/watch?v=8V53mHwuIbZ, https://www.peekvids.com/watch?v=noYsfmvcjmM,
https://www.peekvids.com/watch?v=WQys7GSRNM2, https://www.peekvids.com/watch?v=rT5jzA5QS1j, https://www.peekvids.com/watch?v=fZDVPsNsN_4,
https://www.peekvids.com/watch?v=iOjZud4Fjhh, https://www.peekvids.com/watch?v=YiJPfSEoaXH, https://www.peekvids.com/watch?v=VTzLBVB0mjA,
https://www.peekvids.com/watch?v=LHEHupxAP9D, https://www.peekvids.com/watch?v=YC0aIeyaytG, https://www.peekvids.com/watch?v=TGVeQ2n7D4g,
https://www.peekvids.com/watch?v=H7f2bXTtGyk, https://www.peekvids.com/watch?v=GE56Iy7qBby, https://www.peekvids.com/watch?v=pv8n_cpALBh,
https://www.peekvids.com/watch?v=RPIo8PZ84yV, https://www.peekvids.com/watch?v=bqmQWlLKtMn, https://www.peekvids.com/watch?v=0nfcoNpm11D,
https://www.peekvids.com/watch?v=YBvLXIGXTka, https://www.peekvids.com/watch?v=rdkOlvQq57v, https://www.peekvids.com/watch?v=Y_zdmlDMYW6,
https://www.peekvids.com/watch?v=Qs3gMklqsBc, https://www.peekvids.com/watch?v=ha-mm5Yhmam, https://www.peekvids.com/watch?v=RuGpcJlD2N6,
https://www.peekvids.com/watch?v=vn8Sn0BbuiM, https://www.peekvids.com/watch?v=C4uDqtTPUQJ, https://www.peekvids.com/watch?v=6vc2GeDlvZp,
https://www.peekvids.com/watch?v=mvmLx0cuX76, https://www.peekvids.com/watch?v=7CAKWnh25XC, https://www.peekvids.com/watch?v=toyJ3FSQdBh,
https://www.peekvids.com/watch?v=oVm9UsZfCtQ, https://www.peekvids.com/watch?v=rv6F9onfU_e, https://www.peekvids.com/watch?v=0_F-IcxRjah,
https://www.peekvids.com/watch?v=f5pReSHWF0l, https://www.peekvids.com/watch?v=qTWe0xRsL1T, https://www.peekvids.com/watch?v=WV-CSw9id12,
https://www.peekvids.com/watch?v=fLAFs7rYvKG, https://www.peekvids.com/watch?v=qhg_JBLpzNL, https://www.peekvids.com/watch?v=D-WH5jtoiOM,
https://www.peekvids.com/watch?v=KXe-NKtfaHO, https://www.peekvids.com/watch?v=os4ads1riuL, https://www.peekvids.com/watch?v=nqQcRIKoYdq,
https://www.peekvids.com/watch?v=FpY0twK4vXQ, https://www.peekvids.com/watch?v=KVX54DPvgOE, https://www.peekvids.com/watch?v=O5I9zg4TzDT,
https://www.peekvids.com/watch?v=ZI0cyd8mpyt, https://www.peekvids.com/watch?v=6sSP5UqEJCo, https://www.peekvids.com/watch?v=OuQTud0noaf,
https://www.peekvids.com/watch?v=aOfG96NaEAn, https://www.peekvids.com/watch?v=h7Ag2Y6Ap8h, https://www.peekvids.com/watch?v=5SsEC0w1lsa,
https://www.peekvids.com/watch?v=Du_9-qUNE0J, https://www.peekvids.com/watch?v=KpbxYVRwATt, https://www.peekvids.com/watch?v=syP6S5cVVNx,
https://www.peekvids.com/watch?v=cuKRKP9oTZs, https://www.peekvids.com/watch?v=WKuY4c8DAcl, https://www.peekvids.com/watch?v=UbY65cLa22o,
https://www.peekvids.com/watch?v=oRc8Ziq8W-r, https://www.peekvids.com/watch?v=QQZ6v15QhEo, https://www.peekvids.com/watch?v=K_FfQF58ig9,
https://www.peekvids.com/watch?v=ImVLI7njiBe, https://www.peekvids.com/watch?v=Dl8Z2d0M3lz, https://www.peekvids.com/watch?v=4JjeFP_LOg5
5.f. Date of third notice: 2015-10-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fenobut
5.b. Uploader's email address: olonsalonso@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fenobut
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wVbLmbaWwxo, https://www.peekvids.com/watch?v=NaHSaaCYF09,
https://www.peekvids.com/watch?v=ZpC82d9KUM2, https://www.peekvids.com/watch?v=sOdVU9XHZSZ, https://www.peekvids.com/watch?v=PsVVh8YLKKo,
https://www.peekvids.com/watch?v=rKNLAswLprK, https://www.peekvids.com/watch?v=F9qVhFfn53b, https://www.peekvids.com/watch?v=MhyjpHb3g1W,
https://www.peekvids.com/watch?v=HVFr7EIyPHv, https://www.peekvids.com/watch?v=O4Roeujoyyy, https://www.peekvids.com/watch?v=lCKxJ1q34rW,
https://www.peekvids.com/watch?v=VDWoZ4iB8oR, https://www.peekvids.com/watch?v=eHERthrNws6, https://www.peekvids.com/watch?v=9HIJGKxUVnf,
https://www.peekvids.com/watch?v=wfVqWqBXATK, https://www.peekvids.com/watch?v=FjHJIPcYRzk, https://www.peekvids.com/watch?v=8AzpAq3clvy,
https://www.peekvids.com/watch?v=5uPput9ha3z, https://www.peekvids.com/watch?v=q0JnhfrMhBm, https://www.peekvids.com/watch?v=83ASWzKoo-A,
https://www.peekvids.com/watch?v=HWqwPQfwvOR, https://www.peekvids.com/watch?v=8YqTT3cpArd, https://www.peekvids.com/watch?v=AC4eOwE3yOC,
https://www.peekvids.com/watch?v=ea_qofXBoY0, https://www.peekvids.com/watch?v=6psaGcfJbap, https://www.peekvids.com/watch?v=OdvVKF3xnOd,
https://www.peekvids.com/watch?v=ag0xuvPgGfP, https://www.peekvids.com/watch?v=lon8P1aa8tw, https://www.peekvids.com/watch?v=SxoU7n3ilda,
https://www.peekvids.com/watch?v=F9rpAN016lX, https://www.peekvids.com/watch?v=SUo7sgcRRpP, https://www.peekvids.com/watch?v=RiKTJDfN59F,
https://www.peekvids.com/watch?v=ToxWzgpqysr, https://www.peekvids.com/watch?v=RlokCMsG0HD, https://www.peekvids.com/watch?v=Nf01RTbI1sl,
https://www.peekvids.com/watch?v=8TkaVKmICxi, https://www.peekvids.com/watch?v=22ednKADDSF, https://www.peekvids.com/watch?v=GgVbWvTSeXH,
https://www.peekvids.com/watch?v=R6qVU6Sac2J, https://www.peekvids.com/watch?v=o8k9IxBy2aA, https://www.peekvids.com/watch?v=h_DRu7AbrCr,
https://www.peekvids.com/watch?v=ZBxbEklTS2J, https://www.peekvids.com/watch?v=hbzirKUqAZn, https://www.peekvids.com/watch?v=uWOb7dgQ29v,
https://www.peekvids.com/watch?v=Itb-TJ8ahJw, https://www.peekvids.com/watch?v=u35t2-AVvWU, https://www.peekvids.com/watch?v=bft4fTOBEyN,

https://www.peekvids.com/watch?v=EW4-55veiRm, https://www.peekvids.com/watch?v=OORHQo7jeTv, https://www.peekvids.com/watch?v=x2Lst7gEyU4,
https://www.peekvids.com/watch?v=TqpiGorxE-v, https://www.peekvids.com/watch?v=WYL6v2jopPM, https://www.peekvids.com/watch?v=t26xpR1_BXX,
https://www.peekvids.com/watch?v=YKUcAEs6O5E, https://www.peekvids.com/watch?v=51aID6dk4PY, https://www.peekvids.com/watch?v=X3SREQHf388,
https://www.peekvids.com/watch?v=zHvFtIRgk8B, https://www.peekvids.com/watch?v=FnC1O1eHnd5, https://www.peekvids.com/watch?v=IBVm4up8V_l,
https://www.peekvids.com/watch?v=5O7HETnoYTT, https://www.peekvids.com/watch?v=Tptg0z8HpCL, https://www.peekvids.com/watch?v=lGjb-VqlZyE,
https://www.peekvids.com/watch?v=eT6ica4kRkv, https://www.peekvids.com/watch?v=rdSmELbP6Ta, https://www.peekvids.com/watch?v=fAsuiyi6RPD,
https://www.peekvids.com/watch?v=p48pL1neXzK, https://www.peekvids.com/watch?v=otv0tT14C9H, https://www.peekvids.com/watch?v=OXUZENAxc_U,
https://www.peekvids.com/watch?v=g9VEzp5VtV0, https://www.peekvids.com/watch?v=ctSZ-DmfnbL, https://www.peekvids.com/watch?v=OWFQIBeywOx,
https://www.peekvids.com/watch?v=oPTuoajCLg2, https://www.peekvids.com/watch?v=T_acKO0_P9C, https://www.peekvids.com/watch?v=765UcrhcU1F,
https://www.peekvids.com/watch?v=Web8PN4iEIh, https://www.peekvids.com/watch?v=bjnWRmdqbAN, https://www.peekvids.com/watch?v=Q3r4TJ_WnX0,
https://www.peekvids.com/watch?v=M4gx9CVQTIK, https://www.peekvids.com/watch?v=jDN0JD5xU8P, https://www.peekvids.com/watch?v=kp5k5LBBg1D,
https://www.peekvids.com/watch?v=ReZZEwwmu4w, https://www.peekvids.com/watch?v=25gxiQq_FwM, https://www.peekvids.com/watch?v=tUrDehOxuL2,
https://www.peekvids.com/watch?v=tAQsVbdlaWu, https://www.peekvids.com/watch?v=YLpMdy-uA74, https://www.peekvids.com/watch?v=5HQbIQvPmuz,
https://www.peekvids.com/watch?v=HwR91kQzjnD, https://www.peekvids.com/watch?v=JE4E2gdQU7O, https://www.peekvids.com/watch?v=pjT02Vkx2XA,
https://www.peekvids.com/watch?v=TQLL7HEzNc6, https://www.peekvids.com/watch?v=k2rTZvkUsGa, https://www.peekvids.com/watch?v=QpDbFbrngLu,
https://www.peekvids.com/watch?v=2d2b_U_Nz0z, https://www.peekvids.com/watch?v=05jlN_OTIVb, https://www.peekvids.com/watch?v=CERcgbls49c,
https://www.peekvids.com/watch?v=zIoN8EaxDE5, https://www.peekvids.com/watch?v=KxsYMgae8h5, https://www.peekvids.com/watch?v=eu1Qrqar6gr,
https://www.peekvids.com/watch?v=veu1iImRYmI, https://www.peekvids.com/watch?v=Y_vU1BfOxNf, https://www.peekvids.com/watch?v=re40zvred2y,
https://www.peekvids.com/watch?v=KS-UosIRjis, https://www.peekvids.com/watch?v=4NvWri5gIwY, https://www.peekvids.com/watch?v=4GYr3WXGyIv,
https://www.peekvids.com/watch?v=Ls_m3MMrsGo, https://www.peekvids.com/watch?v=qiQafHFB5mJ, https://www.peekvids.com/watch?v=XnzM8RM5WuN,
https://www.peekvids.com/watch?v=EGdRj7D3urZ, https://www.peekvids.com/watch?v=FlbukLdCX6a, https://www.peekvids.com/watch?v=W8J26MCpjDP,
https://www.peekvids.com/watch?v=f1hcJ_lDFzQ, https://www.peekvids.com/watch?v=HgkwTYDveiy, https://www.peekvids.com/watch?v=A9NBLw2DXjW,
https://www.peekvids.com/watch?v=KjgO0Ww2eYd, https://www.peekvids.com/watch?v=RgOYeiAedh9, https://www.peekvids.com/watch?v=a1A1cRlGzCS,
https://www.peekvids.com/watch?v=mzQhiRlh3FR, https://www.peekvids.com/watch?v=0sB_Njz9MpQ, https://www.peekvids.com/watch?v=2bNa3E3AXPx,
https://www.peekvids.com/watch?v=3i5OU9UoRUy, https://www.peekvids.com/watch?v=KRyEP8TdWls, https://www.peekvids.com/watch?v=pxu-cJmGtza
5.f. Date of third notice: 2015-09-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ferohero
5.b. Uploader's email address: asusferrerooo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ferohero
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=9ER4jZ-ab4e, https://www.peekvids.com/watch?v=N5Ldb75wfpK,
https://www.peekvids.com/watch?v=pZaaRLTP4ac, https://www.peekvids.com/watch?v=BEiUWByDUdc, https://www.peekvids.com/watch?v=I6LUw-2cfC7,
https://www.peekvids.com/watch?v=kMrUHU87bKj, https://www.peekvids.com/watch?v=94qO9SO4Ynm, https://www.peekvids.com/watch?v=eclbD7NyJLG,
https://www.peekvids.com/watch?v=e7vupK1cWz6, https://www.peekvids.com/watch?v=gezLj58SB3n, https://www.peekvids.com/watch?v=NCOikzWHG5o,
https://www.peekvids.com/watch?v=uL4GqygEFEC, https://www.peekvids.com/watch?v=uH5aea9BQcx, https://www.peekvids.com/watch?v=L1iKUHko8uc,
https://www.peekvids.com/watch?v=Y0Zt6myGmC4, https://www.peekvids.com/watch?v=aGXccgqBmrL, https://www.peekvids.com/watch?v=mGvsjOlAyYC,
https://www.peekvids.com/watch?v=oGgKhY1MqdT, https://www.peekvids.com/watch?v=sUrsBLHk9tV, https://www.peekvids.com/watch?v=OJPitHQ9Ok7,
https://www.peekvids.com/watch?v=R9TzFQMmhPq, https://www.peekvids.com/watch?v=SrsRLjqrBVM, https://www.peekvids.com/watch?v=td-5RwDtd0r,
https://www.peekvids.com/watch?v=OWlRDK56exK, https://www.peekvids.com/watch?v=IsmibQkBLUH, https://www.peekvids.com/watch?v=YHb3fQa22qL,
https://www.peekvids.com/watch?v=46ZXnKuelwx, https://www.peekvids.com/watch?v=7c_egy8LjcK, https://www.peekvids.com/watch?v=Odtd1kJ7259,
https://www.peekvids.com/watch?v=uOmshEOV_Kb, https://www.peekvids.com/watch?v=grLaZZrhetX, https://www.peekvids.com/watch?v=v1dBe9-JXiy,
https://www.peekvids.com/watch?v=h1n2ftex-5N, https://www.peekvids.com/watch?v=kMbuGbb7z2n, https://www.peekvids.com/watch?v=NFHz1s4XB9o,
https://www.peekvids.com/watch?v=RUSDOdvGxtK, https://www.peekvids.com/watch?v=b5CmjHbk43g, https://www.peekvids.com/watch?v=Qn3Hj4ELAJh,
https://www.peekvids.com/watch?v=iTMmduBWff6, https://www.peekvids.com/watch?v=C0kX5ywrgQP, https://www.peekvids.com/watch?v=zfUYuovM_Ob,
https://www.peekvids.com/watch?v=iJOsirShSn4, https://www.peekvids.com/watch?v=fX89fE-5sw7, https://www.peekvids.com/watch?v=CMjdDHLT6xd,
https://www.peekvids.com/watch?v=y9Et142C0QF, https://www.peekvids.com/watch?v=JnYbZnzVnox, https://www.peekvids.com/watch?v=qcgQBKWcFsi,
https://www.peekvids.com/watch?v=ogbHGehISrf, https://www.peekvids.com/watch?v=qh9nM3Wc1CN, https://www.peekvids.com/watch?v=F02_h1peUPF,
https://www.peekvids.com/watch?v=tlXUA3Xe6Dd, https://www.peekvids.com/watch?v=IGNDhWFaAYv, https://www.peekvids.com/watch?v=av7oGa5bUJT,
https://www.peekvids.com/watch?v=yRhFSVODTxZ, https://www.peekvids.com/watch?v=6my2M5xuAsE, https://www.peekvids.com/watch?v=bj7Zc_nZaHc,
https://www.peekvids.com/watch?v=9s14SeFehlb, https://www.peekvids.com/watch?v=b9n55DsQgfO, https://www.peekvids.com/watch?v=7oZ6w0ARNyq,
https://www.peekvids.com/watch?v=pzLmFZZ0taS, https://www.peekvids.com/watch?v=ai9kDZrzVWc, https://www.peekvids.com/watch?v=9YaaqA3pUuN,
https://www.peekvids.com/watch?v=JNwi7ciSuwN, https://www.peekvids.com/watch?v=iTDrrAPpX32, https://www.peekvids.com/watch?v=PPpBj2gqaYn,
https://www.peekvids.com/watch?v=hSnPQpm7I4X, https://www.peekvids.com/watch?v=NRCT-b0EBnO, https://www.peekvids.com/watch?v=gaQ9lwuQrsz,
https://www.peekvids.com/watch?v=U4GLKVx8vvk, https://www.peekvids.com/watch?v=EVpcWfRYVPD, https://www.peekvids.com/watch?v=agG63nESUlY,
https://www.peekvids.com/watch?v=9TokA8FIwPB, https://www.peekvids.com/watch?v=Oo7CpbwAMzc, https://www.peekvids.com/watch?v=ymBXdgW9Qah,
https://www.peekvids.com/watch?v=kFxQGGvn6Hh, https://www.peekvids.com/watch?v=PQ_Te-HbcVC, https://www.peekvids.com/watch?v=jZEkqIqFxxI,
https://www.peekvids.com/watch?v=w3IuMFH00gK, https://www.peekvids.com/watch?v=4ctCMR2L5uY, https://www.peekvids.com/watch?v=QIs9cAE7FkK,
https://www.peekvids.com/watch?v=2JRIjEkUUH8, https://www.peekvids.com/watch?v=JSSBGcSyuFN, https://www.peekvids.com/watch?v=CIVv9VniGce,
https://www.peekvids.com/watch?v=QD0nGkfJao0, https://www.peekvids.com/watch?v=Mt-cJgHijsm, https://www.peekvids.com/watch?v=Td223qZcP07,
https://www.peekvids.com/watch?v=DJqzVGvN8Vw, https://www.peekvids.com/watch?v=lXFAnB7XYcs, https://www.peekvids.com/watch?v=AgmVMs6vOO8,
https://www.peekvids.com/watch?v=DCoyyu5qIcg, https://www.peekvids.com/watch?v=r4QhNE0Ynyk, https://www.peekvids.com/watch?v=fNEUNbhEVyf,
https://www.peekvids.com/watch?v=IemqjJd3oJb, https://www.peekvids.com/watch?v=FEyGOx5hAsf, https://www.peekvids.com/watch?v=J-OBIU-zgJ6,
https://www.peekvids.com/watch?v=bV2WGDR7bgL, https://www.peekvids.com/watch?v=HOB25L6bImI, https://www.peekvids.com/watch?v=KNpuNr0j_c7,
https://www.peekvids.com/watch?v=Ta8u3XGiCTN, https://www.peekvids.com/watch?v=ikiW9GMWEkD, https://www.peekvids.com/watch?v=2Q5J2W2RQPj,
https://www.peekvids.com/watch?v=lo-7838YCUA, https://www.peekvids.com/watch?v=QdrkH271qN9, https://www.peekvids.com/watch?v=nhXri8-S1kT,
https://www.peekvids.com/watch?v=ZEWQPuJzY2T, https://www.peekvids.com/watch?v=RMwGjeSFUtx, https://www.peekvids.com/watch?v=T8LZQl42zGT,
https://www.peekvids.com/watch?v=bOMvyS4nPJR, https://www.peekvids.com/watch?v=hkuzV83UNwo, https://www.peekvids.com/watch?v=Jr7-vvl_-pW,
https://www.peekvids.com/watch?v=IfHrN0NI48S, https://www.peekvids.com/watch?v=Pdv9D7Hu2Qq, https://www.peekvids.com/watch?v=mgeR-IrgOns,
https://www.peekvids.com/watch?v=v9oAXBXCc2C, https://www.peekvids.com/watch?v=SM8mQvBl4BN, https://www.peekvids.com/watch?v=dJPIOqC7BU7,
https://www.peekvids.com/watch?v=9YpmaXHaMY4, https://www.peekvids.com/watch?v=K_f9sQAqv5n, https://www.peekvids.com/watch?v=eQdpUtJggyx,
https://www.peekvids.com/watch?v=joVDxVoN-_F, https://www.peekvids.com/watch?v=cLHSa1qEtOF, https://www.peekvids.com/watch?v=NIj931LSHtG,
https://www.peekvids.com/watch?v=5hJEekTgrH2, https://www.peekvids.com/watch?v=YFGxT4ea3MM, https://www.peekvids.com/watch?v=o2ktI4JS14h,
https://www.peekvids.com/watch?v=Slx1s9Mcby8, https://www.peekvids.com/watch?v=MH-yjfjBtuV, https://www.peekvids.com/watch?v=wRKKXoL1ETH,
https://www.peekvids.com/watch?v=HK1ydJ7xh1y, https://www.peekvids.com/watch?v=XCKA6kIGyXo, https://www.peekvids.com/watch?v=rC2xJD7ROAH,
https://www.peekvids.com/watch?v=KhdyThynxU2, https://www.peekvids.com/watch?v=fJoYVgDwdaQ, https://www.peekvids.com/watch?v=DsbrXS_U7yE,
https://www.peekvids.com/watch?v=bhgCmcnPsPV, https://www.peekvids.com/watch?v=oJlH3Bp7T3m, https://www.peekvids.com/watch?v=3PqaJ3QgraF,
https://www.peekvids.com/watch?v=TCWpYR9oAm2, https://www.peekvids.com/watch?v=RJg9YenYwzk, https://www.peekvids.com/watch?v=Sz0YQxTExAx,
https://www.peekvids.com/watch?v=X42nxL8VMQl, https://www.peekvids.com/watch?v=9oQxVfISxii, https://www.peekvids.com/watch?v=krQf-B66AZt,
https://www.peekvids.com/watch?v=mIfebfsFFSF, https://www.peekvids.com/watch?v=mk7L8Y41zkB, https://www.peekvids.com/watch?v=spMx7dOIA72,
https://www.peekvids.com/watch?v=llPQbE2SEXR, https://www.peekvids.com/watch?v=HFhoKcFPtv3, https://www.peekvids.com/watch?v=0jh31klxjgB,
https://www.peekvids.com/watch?v=iD05nsEVCur, https://www.peekvids.com/watch?v=636qKhfP5O9, https://www.peekvids.com/watch?v=yUGay2MJI-O,
https://www.peekvids.com/watch?v=gr5usbUgE8F, https://www.peekvids.com/watch?v=CLFjM8wC4F5, https://www.peekvids.com/watch?v=5_snzb_c8_i,
https://www.peekvids.com/watch?v=ooYGlIAO1sp, https://www.peekvids.com/watch?v=XRH7-pBncDY, https://www.peekvids.com/watch?v=NQOmY2nsC_X,
https://www.peekvids.com/watch?v=k3j0SL52uIQ, https://www.peekvids.com/watch?v=UBVi1DMy8zV, https://www.peekvids.com/watch?v=GdJQ-1h3c70,
https://www.peekvids.com/watch?v=KHlvLSC_72S, https://www.peekvids.com/watch?v=gjpwpRNcWpE, https://www.peekvids.com/watch?v=qoDCrVKfzVJ,
https://www.peekvids.com/watch?v=EZ3dd9V6F8P, https://www.peekvids.com/watch?v=s5hs23uiv92, https://www.peekvids.com/watch?v=Z4WPbxWE8iN,
https://www.peekvids.com/watch?v=NIaV3xLzRcQ, https://www.peekvids.com/watch?v=4S_cv59t72P, https://www.peekvids.com/watch?v=64aOgDIrHCx,
https://www.peekvids.com/watch?v=ItNqVU39g3n, https://www.peekvids.com/watch?v=7VNE5IOLbKO, https://www.peekvids.com/watch?v=Jao_ti56wrg,
https://www.peekvids.com/watch?v=UIl2qXI5bt3, https://www.peekvids.com/watch?v=blCZx4Zsd7J, https://www.peekvids.com/watch?v=Rl5fgjIlLFS,
https://www.peekvids.com/watch?v=XwmCJAxaa5n, https://www.peekvids.com/watch?v=qUuxt5BnRkM, https://www.peekvids.com/watch?v=CyKLGgpUsOL,
https://www.peekvids.com/watch?v=TipK46tjr1m, https://www.peekvids.com/watch?v=g9oLy6Z3_1H, https://www.peekvids.com/watch?v=0jdsRKCi9e9,
https://www.peekvids.com/watch?v=ZoAQDPu4NVJ, https://www.peekvids.com/watch?v=uiP8SRJgZCV, https://www.peekvids.com/watch?v=0w_tYsKtzTT,
https://www.peekvids.com/watch?v=U39EKHLAFmo, https://www.peekvids.com/watch?v=cCTXBeXw4SK, https://www.peekvids.com/watch?v=j7exoBsQKNk,
https://www.peekvids.com/watch?v=3LINeESV13c, https://www.peekvids.com/watch?v=JRqHNICSGaQ, https://www.peekvids.com/watch?v=qZ15toSD-Vz,
https://www.peekvids.com/watch?v=KGI3UejuA-Z, https://www.peekvids.com/watch?v=m_iMUHOI8Cy, https://www.peekvids.com/watch?v=nqw592h9rKI,
https://www.peekvids.com/watch?v=xdLXHBD0Hpv, https://www.peekvids.com/watch?v=DK26GPJeqok, https://www.peekvids.com/watch?v=gTJEllf2C0Z,
https://www.peekvids.com/watch?v=44nUVDhaAKA, https://www.peekvids.com/watch?v=vOEe59rH1CD, https://www.peekvids.com/watch?v=ULqPkUj9QlL,
https://www.peekvids.com/watch?v=y3T-6_CXBGB, https://www.peekvids.com/watch?v=XJReRVhoxui, https://www.peekvids.com/watch?v=bV9PmxAdeeY,
https://www.peekvids.com/watch?v=dnqibbYCYM8, https://www.peekvids.com/watch?v=COwbhY0IkiT, https://www.peekvids.com/watch?v=mBiaHUtKR0F,
https://www.peekvids.com/watch?v=e6eoApQ-Z2u, https://www.peekvids.com/watch?v=Tbz1HoLko9M, https://www.peekvids.com/watch?v=3IY6UOnYgUI,
https://www.peekvids.com/watch?v=kaTdx4hQwGd, https://www.peekvids.com/watch?v=60dR99g_jT7, https://www.peekvids.com/watch?v=aRbjz_v7jVg,
https://www.peekvids.com/watch?v=KQH2aCtl7EO, https://www.peekvids.com/watch?v=JUmTOME0R7A, https://www.peekvids.com/watch?v=dvFoAF2e_Ix,
https://www.peekvids.com/watch?v=K5oipwEJJOE, https://www.peekvids.com/watch?v=wILUHwSTyNj, https://www.peekvids.com/watch?v=WcTEyaLuisU,
https://www.peekvids.com/watch?v=QIPpnSPF6zQ, https://www.peekvids.com/watch?v=KJxYOcV4nsJ, https://www.peekvids.com/watch?v=XHbIdoyFIKC,
https://www.peekvids.com/watch?v=rB8d6OH8lak, https://www.peekvids.com/watch?v=rj8i_pd7ooj, https://www.peekvids.com/watch?v=ecAGMgLCt2R,
https://www.peekvids.com/watch?v=ZbKozfB337g, https://www.peekvids.com/watch?v=3du3VnXB2kt, https://www.peekvids.com/watch?v=COwjw-EMX9X,
https://www.peekvids.com/watch?v=g5sDO7CAD7v, https://www.peekvids.com/watch?v=d1tKMiiGnvL, https://www.peekvids.com/watch?v=OvAKxUbpZBX,
https://www.peekvids.com/watch?v=Y2wDqHlC8wf, https://www.peekvids.com/watch?v=CkQ8cju2q0Y, https://www.peekvids.com/watch?v=dtVINHLIqi9,
https://www.peekvids.com/watch?v=RlUUZtisJ63, https://www.peekvids.com/watch?v=E6is90VAyzu, https://www.peekvids.com/watch?v=xFuMw90sR2o,
https://www.peekvids.com/watch?v=3tfFcpzQPQf, https://www.peekvids.com/watch?v=HMKnp30X5K8, https://www.peekvids.com/watch?v=0CzlYxJl_fs,
https://www.peekvids.com/watch?v=KC9XGG4JUpv, https://www.peekvids.com/watch?v=t4usJu4QjaL, https://www.peekvids.com/watch?v=rcy_MJrZ6u4,
https://www.peekvids.com/watch?v=oct2WSagJu8, https://www.peekvids.com/watch?v=K_0Kc5eBKWp, https://www.peekvids.com/watch?v=sMb-t0KQ307,
https://www.peekvids.com/watch?v=KwXrHUBGjfz, https://www.peekvids.com/watch?v=nGzCCEa9gY3, https://www.peekvids.com/watch?v=rdPd74N6i4b,
https://www.peekvids.com/watch?v=Xyg7bf9u0ab, https://www.peekvids.com/watch?v=eGMD6OL_sAI, https://www.peekvids.com/watch?v=b_JJsPRsBmk,
https://www.peekvids.com/watch?v=3JTCwmTUPNQ, https://www.peekvids.com/watch?v=sQjG9FUs1CL, https://www.peekvids.com/watch?v=d1HA-RGnkyE,
https://www.peekvids.com/watch?v=0VloGga0dp4, https://www.peekvids.com/watch?v=h4gla-kcFlc, https://www.peekvids.com/watch?v=NjeLekqPEr5,
https://www.peekvids.com/watch?v=svoGqrHaQGB, https://www.peekvids.com/watch?v=5koMZRg9GKy, https://www.peekvids.com/watch?v=U0c1OFoBbtv,
https://www.peekvids.com/watch?v=qYqe75Jvz9k, https://www.peekvids.com/watch?v=viflfms_40T, https://www.peekvids.com/watch?v=qy4Kq1Clhzi,
https://www.peekvids.com/watch?v=nVtgVLC6qPR, https://www.peekvids.com/watch?v=yGg2esKT9tt, https://www.peekvids.com/watch?v=k3Dg3RF5VDc,
https://www.peekvids.com/watch?v=GB6le3XgCOS, https://www.peekvids.com/watch?v=KZ0MF_Zny_b, https://www.peekvids.com/watch?v=kHsUYjnVEM3,
https://www.peekvids.com/watch?v=AMhiawQ6ByT, https://www.peekvids.com/watch?v=A8jxC2rninq, https://www.peekvids.com/watch?v=Flxk1o1N9Kv,
https://www.peekvids.com/watch?v=lfKGIylkTkE, https://www.peekvids.com/watch?v=VSMqraLw_cX, https://www.peekvids.com/watch?v=yPXmL78uPZs,
https://www.peekvids.com/watch?v=IVTsEmknwZs, https://www.peekvids.com/watch?v=vSLjbS8_3IH, https://www.peekvids.com/watch?v=Oo5sGCoa7L4,
https://www.peekvids.com/watch?v=BezvgI7xYp3, https://www.peekvids.com/watch?v=p9LSSgFaLUT, https://www.peekvids.com/watch?v=g1xIJyjbQ74,
https://www.peekvids.com/watch?v=8m6wolB2h9G, https://www.peekvids.com/watch?v=HQmG9FDcOXK, https://www.peekvids.com/watch?v=ixirwKQLaN0,
https://www.peekvids.com/watch?v=s_sLEj9EhUH, https://www.peekvids.com/watch?v=58CVcyQSMnV, https://www.peekvids.com/watch?v=7gPFutb4thD,
https://www.peekvids.com/watch?v=oRQkUB2_cQx, https://www.peekvids.com/watch?v=ieB9mvtA0gw, https://www.peekvids.com/watch?v=elIUKn1Ncro,
https://www.peekvids.com/watch?v=LyfQEWKryWm, https://www.peekvids.com/watch?v=5BtJMv4YfyN, https://www.peekvids.com/watch?v=tigOeRPqLM7,
https://www.peekvids.com/watch?v=tSL2w7KW3W0, https://www.peekvids.com/watch?v=jdz89d3oCA9, https://www.peekvids.com/watch?v=B6NLD6Gflyf,
https://www.peekvids.com/watch?v=KJELFV9WJUE, https://www.peekvids.com/watch?v=hER6cwp28cI, https://www.peekvids.com/watch?v=UC5T-H8edjm,
https://www.peekvids.com/watch?v=5lRFJdouKDT, https://www.peekvids.com/watch?v=zLp1m1aDznP, https://www.peekvids.com/watch?v=SIFJp-t5nU7,
https://www.peekvids.com/watch?v=UHPa7-itYvc, https://www.peekvids.com/watch?v=QZ1wqyJAp5h, https://www.peekvids.com/watch?v=pkz1iq1_vrh,
https://www.peekvids.com/watch?v=ESB0iY7Btqd, https://www.peekvids.com/watch?v=0x2cXK3XWxG, https://www.peekvids.com/watch?v=J0wiXxKfhZ4,
https://www.peekvids.com/watch?v=AfAH0b7_Jx7, https://www.peekvids.com/watch?v=gQHm-ZpPxpd, https://www.peekvids.com/watch?v=LQcqZVD3L5E,
https://www.peekvids.com/watch?v=qQ5x1KfJwWi, https://www.peekvids.com/watch?v=fiFjVs9caVI, https://www.peekvids.com/watch?v=3I7VUh8tGS5,

https://www.peekvids.com/watch?v=CS5Y5qqNo9q, https://www.peekvids.com/watch?v=plBMItrc5og, https://www.peekvids.com/watch?v=slrRpR7C_Ji,
https://www.peekvids.com/watch?v=9f-yDg8r0dy, https://www.peekvids.com/watch?v=bN7iMZZbHso, https://www.peekvids.com/watch?v=uv5anAz_8zP,
https://www.peekvids.com/watch?v=P_9Kr-_lIv0, https://www.peekvids.com/watch?v=uOo54JFWFZw, https://www.peekvids.com/watch?v=usoYJVcYSie,
https://www.peekvids.com/watch?v=ky0VQLA5Q6y, https://www.peekvids.com/watch?v=9bHryak02-a, https://www.peekvids.com/watch?v=mGrryNYrdLs,
https://www.peekvids.com/watch?v=MKJ7rO1T9Sm, https://www.peekvids.com/watch?v=lwPlrurhdX6, https://www.peekvids.com/watch?v=0L9fHqKlifk,
https://www.peekvids.com/watch?v=i6gT8RSI2KA, https://www.peekvids.com/watch?v=l1hKn8vwadS, https://www.peekvids.com/watch?v=6wcG_so05xS,
https://www.peekvids.com/watch?v=UU2kRSJKgD6, https://www.peekvids.com/watch?v=rToDOoeL-zV, https://www.peekvids.com/watch?v=7sBIyLr3sJo,
https://www.peekvids.com/watch?v=hSoR9M5Shzk, https://www.peekvids.com/watch?v=877AlihBYkW, https://www.peekvids.com/watch?v=qknpmtuTVdw,
https://www.peekvids.com/watch?v=yj1ggHe6yFz, https://www.peekvids.com/watch?v=CKK47F3KmNz, https://www.peekvids.com/watch?v=C0bKkjNCANi,
https://www.peekvids.com/watch?v=oTCUDYbvENQ, https://www.peekvids.com/watch?v=UBT0d1IicfF, https://www.peekvids.com/watch?v=verNAUJN2zV,
https://www.peekvids.com/watch?v=mX_BlKtT0OH, https://www.peekvids.com/watch?v=21JPcvpnm4G, https://www.peekvids.com/watch?v=eqmd6nWalQ7,
https://www.peekvids.com/watch?v=xVqU7FLDMbS, https://www.peekvids.com/watch?v=jYiN3tibles, https://www.peekvids.com/watch?v=t3tFaaKI-jK,
https://www.peekvids.com/watch?v=AfQKcd3VPxf, https://www.peekvids.com/watch?v=AhuT68PAiv7, https://www.peekvids.com/watch?v=Tpc-iObwr6J,
https://www.peekvids.com/watch?v=WVKpmkP67pi, https://www.peekvids.com/watch?v=ovrsbmC_agD, https://www.peekvids.com/watch?v=CAzrwuPfbRX,
https://www.peekvids.com/watch?v=YEhrRdNtPyz, https://www.peekvids.com/watch?v=qW2kZNCFJkr, https://www.peekvids.com/watch?v=8Q2PIE3Ry6c,
https://www.peekvids.com/watch?v=GPdRPJystC4, https://www.peekvids.com/watch?v=NF7zbzBjp67
5.f. Date of third notice: 2015-06-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flyflyfly
5.b. Uploader's email address: eretipaulo@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=flyflyfly
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XrWbeBQLCvI, https://www.peekvids.com/watch?v=TYDjgbQthKB,
https://www.peekvids.com/watch?v=q1SaGb3QMki, https://www.peekvids.com/watch?v=66A6KYMvbqB, https://www.peekvids.com/watch?v=nNsMZt7x24m,
https://www.peekvids.com/watch?v=askjV5-DENF, https://www.peekvids.com/watch?v=ULfk0sOgsst, https://www.peekvids.com/watch?v=P8GwLNqcGzR,
https://www.peekvids.com/watch?v=TqrBtlFGSOf, https://www.peekvids.com/watch?v=iKX7xVmKpnQ, https://www.peekvids.com/watch?v=alrzWGNIuBA,
https://www.peekvids.com/watch?v=c0zcZ8IK3xw, https://www.peekvids.com/watch?v=Rztoja9VGOy, https://www.peekvids.com/watch?v=lMJ8KjfCz1Y,
https://www.peekvids.com/watch?v=6DpI0_P7KhN, https://www.peekvids.com/watch?v=3gjSLPZ_RG0, https://www.peekvids.com/watch?v=Mmiy_YK-Qir,
https://www.peekvids.com/watch?v=TlgNMCUCkin, https://www.peekvids.com/watch?v=3A7OTq2z7IF, https://www.peekvids.com/watch?v=n_8juBoUykF,
https://www.peekvids.com/watch?v=wKyvECL3qvC, https://www.peekvids.com/watch?v=mYA9xo2P-Dv, https://www.peekvids.com/watch?v=rxrzFGigQag,
https://www.peekvids.com/watch?v=C8bEn3XeQvp, https://www.peekvids.com/watch?v=V4Zi1Ko2T4Z, https://www.peekvids.com/watch?v=43IH7Ep_o3L,
https://www.peekvids.com/watch?v=Mq6HceX_27J, https://www.peekvids.com/watch?v=OJzRLIKktN3, https://www.peekvids.com/watch?v=GbmlmMrKoek,
https://www.peekvids.com/watch?v=q1ROR6LM-3m, https://www.peekvids.com/watch?v=d6Ao2-WihQI, https://www.peekvids.com/watch?v=R6ayAt6Syy2,
https://www.peekvids.com/watch?v=3O0soiH5jUL, https://www.peekvids.com/watch?v=OaKkk3uLsOc, https://www.peekvids.com/watch?v=kh9mVDrwo_5,
https://www.peekvids.com/watch?v=pHH_SduQe-o, https://www.peekvids.com/watch?v=aqecFqS_pQt, https://www.peekvids.com/watch?v=hmaBA6_THZT,
https://www.peekvids.com/watch?v=Wu_UgVCUoiQ, https://www.peekvids.com/watch?v=QZXkiVl2dKt, https://www.peekvids.com/watch?v=QATsxAcrqnx,
https://www.peekvids.com/watch?v=0dUF4an8i2Z, https://www.peekvids.com/watch?v=oAUslWE4RIs, https://www.peekvids.com/watch?v=DAWHSLWPgy3,
https://www.peekvids.com/watch?v=NnNaWg2yX7V, https://www.peekvids.com/watch?v=Rx2mjIorNv4, https://www.peekvids.com/watch?v=U6bkNx6BghN,
https://www.peekvids.com/watch?v=40rfyEPZKbg, https://www.peekvids.com/watch?v=gAk4Qr9bH4t, https://www.peekvids.com/watch?v=jbOyhXfhlTz,
https://www.peekvids.com/watch?v=ETm3N6MXHiQ, https://www.peekvids.com/watch?v=omcIWPKvC6r, https://www.peekvids.com/watch?v=SYVadbKvLbS,
https://www.peekvids.com/watch?v=vDRgcPj9YO6, https://www.peekvids.com/watch?v=5CwE3kpsxLU, https://www.peekvids.com/watch?v=BOx9St1ATg7,
https://www.peekvids.com/watch?v=BQSpJe_aL4H, https://www.peekvids.com/watch?v=nx1Ww5kR_Ki, https://www.peekvids.com/watch?v=0mZHpP5qOLo,
https://www.peekvids.com/watch?v=22bgWCfyCic, https://www.peekvids.com/watch?v=mNQBYmBTNNC, https://www.peekvids.com/watch?v=oLqShr0HdZd,
https://www.peekvids.com/watch?v=RLfiQWCl9Di, https://www.peekvids.com/watch?v=F7pyf8gHy-w, https://www.peekvids.com/watch?v=JO2eIUMQAHP,
https://www.peekvids.com/watch?v=FNqcyNCGWZL, https://www.peekvids.com/watch?v=sZ4E2dlgZbF, https://www.peekvids.com/watch?v=cbE8ypCM5Xc,
https://www.peekvids.com/watch?v=AjvR_We73-k, https://www.peekvids.com/watch?v=ysAqVCQ3EKa, https://www.peekvids.com/watch?v=Tnin_IGfLit,
https://www.peekvids.com/watch?v=0Zs8xnh0yQD, https://www.peekvids.com/watch?v=wrRlLelKi_Z, https://www.peekvids.com/watch?v=Lzk1_HBXzRO,
https://www.peekvids.com/watch?v=vaJjUuM6p8A, https://www.peekvids.com/watch?v=bqrrs6LsPMN, https://www.peekvids.com/watch?v=SfSmop0X_Hd,
https://www.peekvids.com/watch?v=LZ2lFEpb4f9, https://www.peekvids.com/watch?v=IIAq9MM80DB, https://www.peekvids.com/watch?v=tkzQwYHlrZU,
https://www.peekvids.com/watch?v=C3zljZC6fo8
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fordnox
5.b. Uploader's email address: emilliograyji@yahoo.it
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fordnox
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=F19r9OAnbVm, https://www.peekvids.com/watch?v=PjjFrFA5QhC,
https://www.peekvids.com/watch?v=qtDXOapo9xx, https://www.peekvids.com/watch?v=Py9m0y3pkZo, https://www.peekvids.com/watch?v=I9boxnFpWBj,
https://www.peekvids.com/watch?v=Xjgrf4I5Txe, https://www.peekvids.com/watch?v=GgjX6eYX8Ng, https://www.peekvids.com/watch?v=Ga9Sc_wHGfB,
https://www.peekvids.com/watch?v=39JJkbQliFd, https://www.peekvids.com/watch?v=IfQh9ZG3Mi4, https://www.peekvids.com/watch?v=dojuQmmlOWO,
https://www.peekvids.com/watch?v=u27CBSefpiT, https://www.peekvids.com/watch?v=sCMRbUpopT4, https://www.peekvids.com/watch?v=AzJON52PGhL,
https://www.peekvids.com/watch?v=auJ_bfjE-fA, https://www.peekvids.com/watch?v=XDgLhOP4-HR, https://www.peekvids.com/watch?v=UB7JEgIgolL,
https://www.peekvids.com/watch?v=h2EkDnEJyNC, https://www.peekvids.com/watch?v=Ul94YYlcgA2, https://www.peekvids.com/watch?v=FOxuDjYi-rb,
https://www.peekvids.com/watch?v=ZrJQLkOcoxE, https://www.peekvids.com/watch?v=rWydVOvqmvv, https://www.peekvids.com/watch?v=b-YmvNUlIII,
https://www.peekvids.com/watch?v=Qur5t4Pa51p, https://www.peekvids.com/watch?v=X56Pj5i1RHU, https://www.peekvids.com/watch?v=4KB9ZSJKSIW,
https://www.peekvids.com/watch?v=JsXVaW8HagT, https://www.peekvids.com/watch?v=k1__YLQfpiY, https://www.peekvids.com/watch?v=hvz4B2E-XCb,
https://www.peekvids.com/watch?v=V0zNdVkW8Xe, https://www.peekvids.com/watch?v=UjEk2-3ZX1d, https://www.peekvids.com/watch?v=6LNklp0U2oD,
https://www.peekvids.com/watch?v=9VsJ4ClWSNK, https://www.peekvids.com/watch?v=qUaQ1uoXWTc, https://www.peekvids.com/watch?v=N3tqnxSLGUx,
https://www.peekvids.com/watch?v=IyqQmyLmpJQ, https://www.peekvids.com/watch?v=ANaECaOKB6X, https://www.peekvids.com/watch?v=R8aedhqbs8O,
https://www.peekvids.com/watch?v=J7OD8KGRWj6, https://www.peekvids.com/watch?v=6Bc-PXZyQxN, https://www.peekvids.com/watch?v=znIZOZ15rwZ,
https://www.peekvids.com/watch?v=uM5TqY4YDB8, https://www.peekvids.com/watch?v=tmhP6NsOx-2, https://www.peekvids.com/watch?v=iwBHcEg4KcA,
https://www.peekvids.com/watch?v=fm5FFNYYwIt, https://www.peekvids.com/watch?v=TQQ3gy-3Gxw, https://www.peekvids.com/watch?v=8TvEuXUkTZ6,
https://www.peekvids.com/watch?v=M3MQekArB4Y, https://www.peekvids.com/watch?v=Msj_010hnCJ, https://www.peekvids.com/watch?v=o-9oyMQQlKZ,
https://www.peekvids.com/watch?v=xg-TEz3sVTT, https://www.peekvids.com/watch?v=CB0biz27UbF, https://www.peekvids.com/watch?v=Clsns7cSKyF,
https://www.peekvids.com/watch?v=MWI2uDasot8, https://www.peekvids.com/watch?v=zyDk4WNZ0Z6, https://www.peekvids.com/watch?v=3nCazx2BwNw,
https://www.peekvids.com/watch?v=LWMVBe2oJkS, https://www.peekvids.com/watch?v=IZDhbGqWkil, https://www.peekvids.com/watch?v=nNC1Wq3zmGR,
https://www.peekvids.com/watch?v=ZgJbsaJ8C78, https://www.peekvids.com/watch?v=pH8VTrmfpHQ, https://www.peekvids.com/watch?v=JwIuJrvTcLS,
https://www.peekvids.com/watch?v=Uz2l6smjIiz, https://www.peekvids.com/watch?v=dEpWqV2Xn8C, https://www.peekvids.com/watch?v=kNQaIBxsfaY,
https://www.peekvids.com/watch?v=2QqVPGVr6H7, https://www.peekvids.com/watch?v=plNULKkU-Ju, https://www.peekvids.com/watch?v=Os0bl7ctsX0,
https://www.peekvids.com/watch?v=KpjLSa8ZlZz, https://www.peekvids.com/watch?v=b289Rr6Q8Lc, https://www.peekvids.com/watch?v=9oHBYMaMrF5,
https://www.peekvids.com/watch?v=Hwz2aCJlqea, https://www.peekvids.com/watch?v=0BYH8BS3SRg, https://www.peekvids.com/watch?v=cnZ3XIR9qao,
https://www.peekvids.com/watch?v=GJN3FYS7UjE, https://www.peekvids.com/watch?v=lxf9KPRLXUq, https://www.peekvids.com/watch?v=pO9hiryZxBX,
https://www.peekvids.com/watch?v=WLn10RShrzW, https://www.peekvids.com/watch?v=lwb3KqYM8GE, https://www.peekvids.com/watch?v=aZq-Dkkd_FF,
https://www.peekvids.com/watch?v=DAMHt_ORtWA, https://www.peekvids.com/watch?v=GIqPFf816Z2, https://www.peekvids.com/watch?v=KMHvpIXndVF,
https://www.peekvids.com/watch?v=RNif6JUQLTr, https://www.peekvids.com/watch?v=VtMj9MTenZy, https://www.peekvids.com/watch?v=98xZDzJxjy7,
https://www.peekvids.com/watch?v=6-UK7lTFr7U, https://www.peekvids.com/watch?v=3Q_oA7OwJ-B, https://www.peekvids.com/watch?v=hGv0MqZrOqT,
https://www.peekvids.com/watch?v=AKy5wOOBqIa, https://www.peekvids.com/watch?v=5_VmER1r0yx, https://www.peekvids.com/watch?v=wEOtsv66v3O,
https://www.peekvids.com/watch?v=u3qMXwmnto6, https://www.peekvids.com/watch?v=6c2Rifz-enM, https://www.peekvids.com/watch?v=3M9tMtsiwfR,
https://www.peekvids.com/watch?v=Wp-O4XTALf7, https://www.peekvids.com/watch?v=899hLPN_nqh, https://www.peekvids.com/watch?v=n57m8w8VvpI,
https://www.peekvids.com/watch?v=c3jB2aWguZL, https://www.peekvids.com/watch?v=5i_Y4_aM3Sy, https://www.peekvids.com/watch?v=l6MSSTFQDDq,
https://www.peekvids.com/watch?v=mUU_fAfcfML, https://www.peekvids.com/watch?v=JEU0mHYTT75, https://www.peekvids.com/watch?v=Truge8T1sbV,
https://www.peekvids.com/watch?v=U26r2KYohaf, https://www.peekvids.com/watch?v=zpd5nMID9d5, https://www.peekvids.com/watch?v=qSwJYRmrfQA,
https://www.peekvids.com/watch?v=Vcq2e6BUHvT, https://www.peekvids.com/watch?v=BCqxuYJvl16, https://www.peekvids.com/watch?v=D620oJNwIvY,
https://www.peekvids.com/watch?v=jgcYFWdM5Tz, https://www.peekvids.com/watch?v=WIlnIlyMIrc, https://www.peekvids.com/watch?v=Wipd_x2ZM-0,
https://www.peekvids.com/watch?v=kGKN7q2pwzn, https://www.peekvids.com/watch?v=EEU7oO7NBWp, https://www.peekvids.com/watch?v=PzZys_goUY4
5.f. Date of third notice: 2015-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fortnox
5.b. Uploader's email address: epeterdee@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fortnox
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=3vuSg0uvt94, https://www.peekvids.com/watch?v=IW6bd5-n6N8,
https://www.peekvids.com/watch?v=gN5eMAJpfcp, https://www.peekvids.com/watch?v=DYJPHj8R8UP, https://www.peekvids.com/watch?v=sSuJOoj8gKY,
https://www.peekvids.com/watch?v=Q4x_lb8jztw, https://www.peekvids.com/watch?v=God-TqTaKhW, https://www.peekvids.com/watch?v=GVIYX5zMnRx,
https://www.peekvids.com/watch?v=Jt6iqr9Dn1h, https://www.peekvids.com/watch?v=nPu6YWfzzQX, https://www.peekvids.com/watch?v=37GvQYKirTi,
https://www.peekvids.com/watch?v=4qpF8lZyJCD, https://www.peekvids.com/watch?v=yStjfFW_NGm, https://www.peekvids.com/watch?v=U0A745SclV5,
https://www.peekvids.com/watch?v=ybwRz8CeiMP, https://www.peekvids.com/watch?v=DgzHoARWw5v, https://www.peekvids.com/watch?v=IVZEPf6WUsD,
https://www.peekvids.com/watch?v=TwKlrOgsfIG, https://www.peekvids.com/watch?v=FWtQ_g7v_Xg, https://www.peekvids.com/watch?v=J8sZ6FdqdvR,
https://www.peekvids.com/watch?v=ZC9kTCRYyFq, https://www.peekvids.com/watch?v=k-KPz21LvBS, https://www.peekvids.com/watch?v=jFqdm3q4UkQ,
https://www.peekvids.com/watch?v=DqGG8MMtmal, https://www.peekvids.com/watch?v=B3Adl4U5yNL, https://www.peekvids.com/watch?v=5Fu3Tt-cufS,
https://www.peekvids.com/watch?v=wgLpiwxbeBo, https://www.peekvids.com/watch?v=zCknqmjdHnN, https://www.peekvids.com/watch?v=SwWYWjJsBEZ,
https://www.peekvids.com/watch?v=DssB9oeXw5a, https://www.peekvids.com/watch?v=yV1a8XqQQGg, https://www.peekvids.com/watch?v=AkdmfowGmPh,
https://www.peekvids.com/watch?v=m42XHOk4n9j, https://www.peekvids.com/watch?v=V0--4lsIenV, https://www.peekvids.com/watch?v=K1C6fE3pZHA,
https://www.peekvids.com/watch?v=ZXATvzDPLN8, https://www.peekvids.com/watch?v=Alrfd31wOFG, https://www.peekvids.com/watch?v=0vxDj2oTAaI,
https://www.peekvids.com/watch?v=ZcwaPxYzt3g, https://www.peekvids.com/watch?v=SIpUJ41NoSW, https://www.peekvids.com/watch?v=wS0yOwDsoa3,
https://www.peekvids.com/watch?v=3V45nYZT8Jt, https://www.peekvids.com/watch?v=Xi9PGn3wdIo, https://www.peekvids.com/watch?v=YS1JFHVDoni,
https://www.peekvids.com/watch?v=uebioPObWNW, https://www.peekvids.com/watch?v=XGPA0teQ92g, https://www.peekvids.com/watch?v=jdHOImPJTRL,
https://www.peekvids.com/watch?v=mpbSmFwDxqa, https://www.peekvids.com/watch?v=Fw1Rr5byTJR, https://www.peekvids.com/watch?v=WsS6x9Z1_R5,
https://www.peekvids.com/watch?v=qRdyZrHVVP0, https://www.peekvids.com/watch?v=5fZzE_sa0t2, https://www.peekvids.com/watch?v=vDZI1k13cKl,
https://www.peekvids.com/watch?v=qSOLFunDihI, https://www.peekvids.com/watch?v=TLssKuiBPdW, https://www.peekvids.com/watch?v=tv76dkhva6a,
https://www.peekvids.com/watch?v=6pdSMu5fCmK, https://www.peekvids.com/watch?v=H7t3czw4gsp, https://www.peekvids.com/watch?v=E7sJQo9jZDC,
https://www.peekvids.com/watch?v=OoXxLMGAs-x, https://www.peekvids.com/watch?v=NZ4m2DBMvsx, https://www.peekvids.com/watch?v=zI5EHHKrwah,
https://www.peekvids.com/watch?v=kZgvci1MIq4, https://www.peekvids.com/watch?v=UKnWltw8bdP, https://www.peekvids.com/watch?v=Br2Wmoxi4LU,
https://www.peekvids.com/watch?v=pFk6KW2s1rx, https://www.peekvids.com/watch?v=n9A2yKNjOka, https://www.peekvids.com/watch?v=fvE5IYaeJ3D,
https://www.peekvids.com/watch?v=S5wfvfq3kNx, https://www.peekvids.com/watch?v=9Jgd4sw9y_T, https://www.peekvids.com/watch?v=r4cI_VuL_CX,
https://www.peekvids.com/watch?v=gV8HuQ_hUaX, https://www.peekvids.com/watch?v=O7qTdOiD_0j, https://www.peekvids.com/watch?v=lFw7ecMvXk4,
https://www.peekvids.com/watch?v=xaT8Y82w8Np, https://www.peekvids.com/watch?v=SahMeS6uQ0Q, https://www.peekvids.com/watch?v=GBCfawgVyHV,
https://www.peekvids.com/watch?v=cXfbMPStAAp, https://www.peekvids.com/watch?v=XHdybpKq2JD, https://www.peekvids.com/watch?v=FATKcdEZO57,
https://www.peekvids.com/watch?v=TD6H8a4ZRGh, https://www.peekvids.com/watch?v=SRIomGA3QPI, https://www.peekvids.com/watch?v=q-LrKYdZLun,
https://www.peekvids.com/watch?v=G1_xvk33djz, https://www.peekvids.com/watch?v=0Br2EwFTBh8, https://www.peekvids.com/watch?v=yb_Optd4-hn,
https://www.peekvids.com/watch?v=9TZ2o3fY2Xn, https://www.peekvids.com/watch?v=38mRZqW-Xko, https://www.peekvids.com/watch?v=ia8fmX-2FjM,
https://www.peekvids.com/watch?v=T3SlfcwmGo8, https://www.peekvids.com/watch?v=kpBWFPfD0kY
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fran4isko

5.b. Uploader's email address: renmoolgavert@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fran4isko
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=uSvCqgJ5fbo, https://www.peekvids.com/watch?v=kIJptbWVP3B,
https://www.peekvids.com/watch?v=bErEfDIfHFR, https://www.peekvids.com/watch?v=XOMlxpqsgyK, https://www.peekvids.com/watch?v=ZyrWeR7ZrHf,
https://www.peekvids.com/watch?v=vNdbmULdNjg, https://www.peekvids.com/watch?v=vPMYn6erIB6, https://www.peekvids.com/watch?v=8qIRQltLYrk,
https://www.peekvids.com/watch?v=Keu-Fps-Zw5, https://www.peekvids.com/watch?v=Vj3nIwYCC0v, https://www.peekvids.com/watch?v=mlevC8CL59z,
https://www.peekvids.com/watch?v=RKkvZdFr2oQ, https://www.peekvids.com/watch?v=Z5qfu2kfV8I, https://www.peekvids.com/watch?v=zhkZ4T7sZhv,
https://www.peekvids.com/watch?v=ztZgN72cnLC, https://www.peekvids.com/watch?v=lglwRuHtcm9, https://www.peekvids.com/watch?v=dk6b9DvLgyA,
https://www.peekvids.com/watch?v=9KVFs7hI8ND, https://www.peekvids.com/watch?v=LurGQXZ-MC7, https://www.peekvids.com/watch?v=DhnuAyD5S0J,
https://www.peekvids.com/watch?v=u6T-Sng5C7t, https://www.peekvids.com/watch?v=5XoKVVZRWdc, https://www.peekvids.com/watch?v=75HD80EWSWo,
https://www.peekvids.com/watch?v=suvfUHiaJTI, https://www.peekvids.com/watch?v=zDmuD26-eoN, https://www.peekvids.com/watch?v=jajy2mG4YOH,
https://www.peekvids.com/watch?v=fReliNK9SW4, https://www.peekvids.com/watch?v=xfO07aHKzfI, https://www.peekvids.com/watch?v=sFs-5DB-eWf,
https://www.peekvids.com/watch?v=7a06r-z9Uld, https://www.peekvids.com/watch?v=4VyiPSjaNK4, https://www.peekvids.com/watch?v=tYZXn8NHgBi,
https://www.peekvids.com/watch?v=nfhLeNkIuYe, https://www.peekvids.com/watch?v=MjP44THNMNH, https://www.peekvids.com/watch?v=SBAcPXPE-D-,
https://www.peekvids.com/watch?v=iNII5nadLDp, https://www.peekvids.com/watch?v=oEJHY6Mvvrr, https://www.peekvids.com/watch?v=9RzgRH5-EyN,
https://www.peekvids.com/watch?v=Ivec54qHqcM, https://www.peekvids.com/watch?v=cLLwXIieCok, https://www.peekvids.com/watch?v=rbi304BATiG,
https://www.peekvids.com/watch?v=XL3qJSVvBIK, https://www.peekvids.com/watch?v=-3M9-TWQNOD, https://www.peekvids.com/watch?v=ETgBvoZiDqs,
https://www.peekvids.com/watch?v=zaypQ3rDRJH, https://www.peekvids.com/watch?v=YBtC4yfFhNl, https://www.peekvids.com/watch?v=OUhmwXcEQVG,
https://www.peekvids.com/watch?v=FAWR8JoNmoq, https://www.peekvids.com/watch?v=yWpxeEi6qbs, https://www.peekvids.com/watch?v=M76nsvnD9dS,
https://www.peekvids.com/watch?v=DJRQutT9DZz, https://www.peekvids.com/watch?v=BWwiDyUmm7q, https://www.peekvids.com/watch?v=DJDWksdv0ZE,
https://www.peekvids.com/watch?v=xZa7X-ZwJK4, https://www.peekvids.com/watch?v=Ce6rtUZpluC, https://www.peekvids.com/watch?v=uVH4fsPyJpe,
https://www.peekvids.com/watch?v=hoD0WgDAO0d, https://www.peekvids.com/watch?v=Oxar2rkTDEv, https://www.peekvids.com/watch?v=h2iTuyZkVDQ,
https://www.peekvids.com/watch?v=oKRvroprSO5, https://www.peekvids.com/watch?v=d6j-jxhP8CU, https://www.peekvids.com/watch?v=XDq-kxofzh8,
https://www.peekvids.com/watch?v=LhEkWdSUJk-, https://www.peekvids.com/watch?v=8fpCuOFYnFC, https://www.peekvids.com/watch?v=TAgVJ-LCBcm,
https://www.peekvids.com/watch?v=CoDyR4zD4bX, https://www.peekvids.com/watch?v=rcnmJDK2Vro, https://www.peekvids.com/watch?v=jPIhpCBeyNE,
https://www.peekvids.com/watch?v=KbVcWyQbD4e, https://www.peekvids.com/watch?v=M7DmEvsv7iU, https://www.peekvids.com/watch?v=uIdaTNcO6RD,
https://www.peekvids.com/watch?v=gyVUKaaa88y, https://www.peekvids.com/watch?v=cHIrUJMJyjC, https://www.peekvids.com/watch?v=hDZyiLiqbT0,
https://www.peekvids.com/watch?v=8PAO2ahY7kg, https://www.peekvids.com/watch?v=VjYsF6lhL8s, https://www.peekvids.com/watch?v=Sq2OHcZ49fb,
https://www.peekvids.com/watch?v=hgRIfWvkYJc, https://www.peekvids.com/watch?v=QewtECfyebc, https://www.peekvids.com/watch?v=jKEpbMNoLts,
https://www.peekvids.com/watch?v=HeJ23O8LvwE, https://www.peekvids.com/watch?v=cybLfsqfoGr, https://www.peekvids.com/watch?v=MUKEcVoFpKQ,
https://www.peekvids.com/watch?v=YDQXNdcTCjQ, https://www.peekvids.com/watch?v=BYr5SsSqKu5, https://www.peekvids.com/watch?v=hXPRIuyLcVP,
https://www.peekvids.com/watch?v=PQ8hVvmXyMs, https://www.peekvids.com/watch?v=MItY3W2QJG0, https://www.peekvids.com/watch?v=68RG0TvDV4k,
https://www.peekvids.com/watch?v=ONvKRYIe5Wj, https://www.peekvids.com/watch?v=N2QyvlvSSBT, https://www.peekvids.com/watch?v=qTNMvFize8A,
https://www.peekvids.com/watch?v=vOVP8czmz4g, https://www.peekvids.com/watch?v=BjiBWKxd6Ue, https://www.peekvids.com/watch?v=l2qPPYgSawx,
https://www.peekvids.com/watch?v=tGyQd9-xxI5, https://www.peekvids.com/watch?v=T-WrieKK9a5, https://www.peekvids.com/watch?v=VYsUuKySmec,
https://www.peekvids.com/watch?v=FkrpuaCwqIh, https://www.peekvids.com/watch?v=2WcGQepCFBX, https://www.peekvids.com/watch?v=XhzT-Wh5Iv6,
https://www.peekvids.com/watch?v=6wD3e0MLl2k, https://www.peekvids.com/watch?v=foKHlvbmulE, https://www.peekvids.com/watch?v=26aZxVg7mTp,
https://www.peekvids.com/watch?v=Ho0W77PygtG, https://www.peekvids.com/watch?v=4aj5Dd9OEOr, https://www.peekvids.com/watch?v=zGJfO4qkm72,
https://www.peekvids.com/watch?v=iwa96VYGx-x, https://www.peekvids.com/watch?v=jQ8WEiZuiqA, https://www.peekvids.com/watch?v=8y2qCZLkJyJ,
https://www.peekvids.com/watch?v=vYV0AbAj-X9, https://www.peekvids.com/watch?v=5FCcDjsXUuG, https://www.peekvids.com/watch?v=h0K05z8SLYh,
https://www.peekvids.com/watch?v=THca0lZiuy3, https://www.peekvids.com/watch?v=VLaYulJXpTZ, https://www.peekvids.com/watch?v=9NNoxO3HXiZ,
https://www.peekvids.com/watch?v=ebC2PO5dUGr, https://www.peekvids.com/watch?v=BKMhLtin7ZG, https://www.peekvids.com/watch?v=eBZ6XVnwcy7,
https://www.peekvids.com/watch?v=ticxUpwRhHy, https://www.peekvids.com/watch?v=vT3nZWSciEb, https://www.peekvids.com/watch?v=4MK56MhkMEy,
https://www.peekvids.com/watch?v=gDZmPTaqX0u, https://www.peekvids.com/watch?v=irtQm0pMvge, https://www.peekvids.com/watch?v=B3vBFm2aCT-,
https://www.peekvids.com/watch?v=RJvILRobqm3, https://www.peekvids.com/watch?v=cyooJ-J8PVw, https://www.peekvids.com/watch?v=jxvR2QUEe6Q,
https://www.peekvids.com/watch?v=BNDTkFQnuFp, https://www.peekvids.com/watch?v=tpS-V5X3Zpm, https://www.peekvids.com/watch?v=SGjnNl9WPkv,
https://www.peekvids.com/watch?v=fxK5gL9j5R2, https://www.peekvids.com/watch?v=rWyRFtGb2d9, https://www.peekvids.com/watch?v=AQ6xV3XcohK,
https://www.peekvids.com/watch?v=uCUilCSr7aA, https://www.peekvids.com/watch?v=RJKN6KhGi77, https://www.peekvids.com/watch?v=LvsnZumD9Zn,
https://www.peekvids.com/watch?v=YJqbOjU-rPC, https://www.peekvids.com/watch?v=Is2zGo4k-aW, https://www.peekvids.com/watch?v=zhW0yTnWP5L,
https://www.peekvids.com/watch?v=sZ9hMFnDDKE, https://www.peekvids.com/watch?v=UFProyYqYFL, https://www.peekvids.com/watch?v=GpLu-62cDb-,
https://www.peekvids.com/watch?v=QYCbmvhyE6X, https://www.peekvids.com/watch?v=yVi20hbPXWm, https://www.peekvids.com/watch?v=YtHE0lp42Gu,
https://www.peekvids.com/watch?v=t9mlfblsyaw, https://www.peekvids.com/watch?v=QpRpB2LOmjR, https://www.peekvids.com/watch?v=vPJRnC3m3LQ,
https://www.peekvids.com/watch?v=fVKbjrGtXIF, https://www.peekvids.com/watch?v=BPb79jvPAJJ, https://www.peekvids.com/watch?v=grYRRPtNUVW,
https://www.peekvids.com/watch?v=-MoLzZbS6fK, https://www.peekvids.com/watch?v=N3rTdptKz8k, https://www.peekvids.com/watch?v=SPpbkRvDmhk,
https://www.peekvids.com/watch?v=bxnth0EjDPh, https://www.peekvids.com/watch?v=jPrTbcXd0mB, https://www.peekvids.com/watch?v=zj4nyf5eQUz,
https://www.peekvids.com/watch?v=YAz6olpH5BN, https://www.peekvids.com/watch?v=AnsQj6swO8O, https://www.peekvids.com/watch?v=dl6wYriktwJ,
https://www.peekvids.com/watch?v=YuwDJzDlF2n, https://www.peekvids.com/watch?v=9MjybwjcDtQ, https://www.peekvids.com/watch?v=woKby68s6zQ,
https://www.peekvids.com/watch?v=ItbsPcUtGRq, https://www.peekvids.com/watch?v=0A9sSziF9Fc, https://www.peekvids.com/watch?v=cuChJpuVn4i,
https://www.peekvids.com/watch?v=8bqjUHC4koQ, https://www.peekvids.com/watch?v=Vn-oZEQi9dT, https://www.peekvids.com/watch?v=tD6ck2wIQmo,
https://www.peekvids.com/watch?v=5PO8Pj-y2PJ, https://www.peekvids.com/watch?v=EEOb6L2BtH-, https://www.peekvids.com/watch?v=n4PdYcT-wR8,
https://www.peekvids.com/watch?v=DUk7AM4iZYq, https://www.peekvids.com/watch?v=zTBmbjM73a8, https://www.peekvids.com/watch?v=WW-k7Iw-rfP,
https://www.peekvids.com/watch?v=N5JTFSRCy-s, https://www.peekvids.com/watch?v=ZjatODw5NDK, https://www.peekvids.com/watch?v=W2o5FlMaMJX,
https://www.peekvids.com/watch?v=fQAAZD-hihd, https://www.peekvids.com/watch?v=h90YQNSNY4I, https://www.peekvids.com/watch?v=MWAtkwFXzBr,
https://www.peekvids.com/watch?v=Fa7TOWxmE32, https://www.peekvids.com/watch?v=7jQ2CSlFkjZ, https://www.peekvids.com/watch?v=gK8rjZFKZZS,
https://www.peekvids.com/watch?v=HqRdbYJ8Adm, https://www.peekvids.com/watch?v=WaswOLBNxvs, https://www.peekvids.com/watch?v=NbrcJxEWyx7,
https://www.peekvids.com/watch?v=L5UAuIUXaIT, https://www.peekvids.com/watch?v=YaMjiwxIFDt, https://www.peekvids.com/watch?v=dUEjbvsaUAI,
https://www.peekvids.com/watch?v=eFCZCLC2U-l, https://www.peekvids.com/watch?v=A43UV2vgYcF, https://www.peekvids.com/watch?v=tpXpIMHKjSF,
https://www.peekvids.com/watch?v=kDLAoYMqaLl, https://www.peekvids.com/watch?v=fH40BLks6EZ, https://www.peekvids.com/watch?v=plVwl5tpkiq,
https://www.peekvids.com/watch?v=XojDOYzESh9, https://www.peekvids.com/watch?v=TwV40ge2E7l, https://www.peekvids.com/watch?v=Nroa5kellTm,
https://www.peekvids.com/watch?v=tr56X7izobM, https://www.peekvids.com/watch?v=05yvgbwSLjb, https://www.peekvids.com/watch?v=WhSS2wFoI-h,
https://www.peekvids.com/watch?v=IxN4VxBvKHk, https://www.peekvids.com/watch?v=O7C26GGhuCD, https://www.peekvids.com/watch?v=TdXYJfsMMVx,
https://www.peekvids.com/watch?v=0MQ936yWwGD, https://www.peekvids.com/watch?v=l-IS36w0lUJ, https://www.peekvids.com/watch?v=KGhsqUeLWPE,
https://www.peekvids.com/watch?v=0vWJYdc2TPz, https://www.peekvids.com/watch?v=Hu8946awwAv, https://www.peekvids.com/watch?v=XNMYlv7hnBe,
https://www.peekvids.com/watch?v=V2kDW9bPHQY, https://www.peekvids.com/watch?v=IllaXIuqldI, https://www.peekvids.com/watch?v=iFCl3LEs3YE,
https://www.peekvids.com/watch?v=o0R4vN3kvoN, https://www.peekvids.com/watch?v=djkOumunZUt, https://www.peekvids.com/watch?v=d6dqwtFuSz3,
https://www.peekvids.com/watch?v=p5ULfSoZrrp, https://www.peekvids.com/watch?v=5lwxYTynX33, https://www.peekvids.com/watch?v=K7ndvbd2NVt,
https://www.peekvids.com/watch?v=tmPxvdXfDNg, https://www.peekvids.com/watch?v=TXFQbfEguuY, https://www.peekvids.com/watch?v=lPAIrfZinO4,
https://www.peekvids.com/watch?v=tulnKkKkDlj, https://www.peekvids.com/watch?v=5HPfr2irohF, https://www.peekvids.com/watch?v=VMIhBukJHLV,
https://www.peekvids.com/watch?v=bRmaZUOutvx, https://www.peekvids.com/watch?v=mp8dkiHZGc3, https://www.peekvids.com/watch?v=YRpgGXCXv9g,
https://www.peekvids.com/watch?v=5ao0OzmMEhR, https://www.peekvids.com/watch?v=QCXx8cTckWz, https://www.peekvids.com/watch?v=7VMUYPMIvb7,
https://www.peekvids.com/watch?v=HVGVzQ2A5SD, https://www.peekvids.com/watch?v=Cmzugoora22, https://www.peekvids.com/watch?v=30yRGYDOSHU,
https://www.peekvids.com/watch?v=CYBXcqHvKYQ, https://www.peekvids.com/watch?v=8DE7PAgNHgS, https://www.peekvids.com/watch?v=DXYhMF9Wnrf,
https://www.peekvids.com/watch?v=FFcKHDSwbDP, https://www.peekvids.com/watch?v=ZOiRGQrG9X6, https://www.peekvids.com/watch?v=uKkOxzz5EAh,
https://www.peekvids.com/watch?v=zYk5qGU7q2d, https://www.peekvids.com/watch?v=czwlGgLQHF6, https://www.peekvids.com/watch?v=9xZtTVmbUUR,
https://www.peekvids.com/watch?v=9vklaeKleif, https://www.peekvids.com/watch?v=zdRlv0ePIgS, https://www.peekvids.com/watch?v=OvCG4suofkk,
https://www.peekvids.com/watch?v=oHIEVMiUKac, https://www.peekvids.com/watch?v=Nl99PKJXQkG, https://www.peekvids.com/watch?v=-Z2HKrpHyXq,
https://www.peekvids.com/watch?v=pGzrbophBPV, https://www.peekvids.com/watch?v=rZCsxQ7DpI4, https://www.peekvids.com/watch?v=bqVFjSJDY2s,
https://www.peekvids.com/watch?v=2BMEoEJdsMk, https://www.peekvids.com/watch?v=R-M-P4SJpyY, https://www.peekvids.com/watch?v=uYjKtNughUh,
https://www.peekvids.com/watch?v=fbuUky5yr-p, https://www.peekvids.com/watch?v=KhyAZymSd5m, https://www.peekvids.com/watch?v=xhQs0j54-CZ,
https://www.peekvids.com/watch?v=EbBwagiVIqE, https://www.peekvids.com/watch?v=F4cj-cPxaYb, https://www.peekvids.com/watch?v=iAmvD0hef2g,
https://www.peekvids.com/watch?v=Dxwd7kUhRU4, https://www.peekvids.com/watch?v=XCsyclLUhEH, https://www.peekvids.com/watch?v=rDqTm09KrTg,
https://www.peekvids.com/watch?v=TcT9BzJHJ8j, https://www.peekvids.com/watch?v=BOM5V55lPXw, https://www.peekvids.com/watch?v=-Bwb-tYB0J6,
https://www.peekvids.com/watch?v=Lg4Qt0ryMPY, https://www.peekvids.com/watch?v=J7EuLYN8mQa, https://www.peekvids.com/watch?v=xSiawhPfZNu,
https://www.peekvids.com/watch?v=KpwvS8eOzSg, https://www.peekvids.com/watch?v=VFuJODY5Yzc, https://www.peekvids.com/watch?v=c9-XPMB5vqN,
https://www.peekvids.com/watch?v=T73lYDWo45Q, https://www.peekvids.com/watch?v=hPFViZkbujS, https://www.peekvids.com/watch?v=2Lmow8JS4vC,
https://www.peekvids.com/watch?v=P7QxhcomRWt, https://www.peekvids.com/watch?v=tJWHHGYR9aX, https://www.peekvids.com/watch?v=xiE4a-ImP5S,
https://www.peekvids.com/watch?v=BxcJJtS-CBS, https://www.peekvids.com/watch?v=bMGxlQKzk9h, https://www.peekvids.com/watch?v=uJLl7k2NmT-,
https://www.peekvids.com/watch?v=eoKbE9zD77Q, https://www.peekvids.com/watch?v=Oa8oCDb6Py2, https://www.peekvids.com/watch?v=QWlduXKLg35,
https://www.peekvids.com/watch?v=RzRdLPy-OvI, https://www.peekvids.com/watch?v=ii7oPWIa-kQ, https://www.peekvids.com/watch?v=kvWV2BDdcwT,
https://www.peekvids.com/watch?v=ti5Usu7pPWM, https://www.peekvids.com/watch?v=rQzI9CUAY6N, https://www.peekvids.com/watch?v=Zg6gPnAfMEm,
https://www.peekvids.com/watch?v=YpzhNpLE7-o, https://www.peekvids.com/watch?v=W4opqGXJnZe, https://www.peekvids.com/watch?v=yerSg57fBWd,
https://www.peekvids.com/watch?v=8n383vSQrM3, https://www.peekvids.com/watch?v=G-0sOkHzNf8, https://www.peekvids.com/watch?v=F6kCbDhQ3xB,
https://www.peekvids.com/watch?v=W3jK9vccU3T, https://www.peekvids.com/watch?v=27ahgZjZY8p, https://www.peekvids.com/watch?v=CsUjXFrE6k2,
https://www.peekvids.com/watch?v=7iKsmY9tPQY, https://www.peekvids.com/watch?v=ImPhkW5mFDr, https://www.peekvids.com/watch?v=B53etExynse,
https://www.peekvids.com/watch?v=XAFfK9LExZg, https://www.peekvids.com/watch?v=Mp2iVes3BuY, https://www.peekvids.com/watch?v=R9pJYXA00Ob,
https://www.peekvids.com/watch?v=HnFHKkGjb5X, https://www.peekvids.com/watch?v=6tRN9xazwHF, https://www.peekvids.com/watch?v=gFYYxV4W25R,
https://www.peekvids.com/watch?v=0GEvCD9ZMfg, https://www.peekvids.com/watch?v=58J8yNLsRDv, https://www.peekvids.com/watch?v=dDgKaL3KDKf,
https://www.peekvids.com/watch?v=vHZMYviaVeX, https://www.peekvids.com/watch?v=TV7lE9JJdih, https://www.peekvids.com/watch?v=NkLuEwSHChA
5.f. Date of third notice: 2015-03-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Frank180
5.b. Uploader's email address: sexymifsexyes@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Frank180
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=I2W4rv45-Sa, https://www.peekvids.com/watch?v=PmGXuihtzNN,
https://www.peekvids.com/watch?v=9HwscwBzp1d, https://www.peekvids.com/watch?v=fIAChdkNiFo, https://www.peekvids.com/watch?v=i2tokyXCvsc,
https://www.peekvids.com/watch?v=UXByxX5D-c8, https://www.peekvids.com/watch?v=byh4kvjiieA, https://www.peekvids.com/watch?v=uyXawXBt32K,
https://www.peekvids.com/watch?v=3kxfxbH4tOa, https://www.peekvids.com/watch?v=7ipluzvGwrW, https://www.peekvids.com/watch?v=hqvRNWSJolX,
https://www.peekvids.com/watch?v=b6htn_Yvhua, https://www.peekvids.com/watch?v=dqKIJ3YUMGT, https://www.peekvids.com/watch?v=z9dJC0ak7Zg,
https://www.peekvids.com/watch?v=9j5kowTfI0T, https://www.peekvids.com/watch?v=6hMaW26HhnF, https://www.peekvids.com/watch?v=58qgWNVx0wC,
https://www.peekvids.com/watch?v=Qq4qt-nGc4L, https://www.peekvids.com/watch?v=ZaAyRzz45Zh, https://www.peekvids.com/watch?v=pDmq08pK0hv,
https://www.peekvids.com/watch?v=PiQiA6309-s, https://www.peekvids.com/watch?v=HdSALbpFJUw, https://www.peekvids.com/watch?v=mDK0Vn0a7tH,
https://www.peekvids.com/watch?v=NQGO9x0Ntl3, https://www.peekvids.com/watch?v=ZZgJWYwThYo, https://www.peekvids.com/watch?v=j_WgjFk8BM0,
https://www.peekvids.com/watch?v=e7vspqGP7mK, https://www.peekvids.com/watch?v=5q2OdUPh1ft, https://www.peekvids.com/watch?v=GnDISp3Dsj6,
https://www.peekvids.com/watch?v=ZdHYQ5BAUoB, https://www.peekvids.com/watch?v=gy1RQmTcra7, https://www.peekvids.com/watch?v=2i01kwuJhR8,
https://www.peekvids.com/watch?v=iBcqgacRB1u, https://www.peekvids.com/watch?v=EdwBHFF23-B, https://www.peekvids.com/watch?v=hrCz2x_J_ED,
https://www.peekvids.com/watch?v=DrGu_TgQ1Eg, https://www.peekvids.com/watch?v=dRRlVebRrja, https://www.peekvids.com/watch?v=VP_qBN11-HE,
https://www.peekvids.com/watch?v=ATeE_WwzqIZ, https://www.peekvids.com/watch?v=EforhxjG3xe, https://www.peekvids.com/watch?v=4loTtOZQhCM,
https://www.peekvids.com/watch?v=ZaD3qBZWUwc, https://www.peekvids.com/watch?v=P9pUbCeDWpp, https://www.peekvids.com/watch?v=7JNHCoWOi0b,
https://www.peekvids.com/watch?v=t9DLwznHE87, https://www.peekvids.com/watch?v=JaObT572wah, https://www.peekvids.com/watch?v=3tXJ5hYZ2gh,
https://www.peekvids.com/watch?v=RxeH_g4WQlP, https://www.peekvids.com/watch?v=Uu5ZreEHNJr, https://www.peekvids.com/watch?v=nNf9h7toOPD,
https://www.peekvids.com/watch?v=26RfkJAMTGH, https://www.peekvids.com/watch?v=bMANTG80-DK, https://www.peekvids.com/watch?v=qMeeNlQSRYj,
https://www.peekvids.com/watch?v=dBHY7n9EdK9, https://www.peekvids.com/watch?v=Pi-uKHbWpBQ, https://www.peekvids.com/watch?v=zMXaF6CJ52e,
https://www.peekvids.com/watch?v=hhBNMtP31nc, https://www.peekvids.com/watch?v=koVbF5FJ6HU, https://www.peekvids.com/watch?v=ZBOUjFrvZAS,
https://www.peekvids.com/watch?v=LVYdbJFXdKv, https://www.peekvids.com/watch?v=9qJlBMpU9il, https://www.peekvids.com/watch?v=wlG7CJDM8Wn,
https://www.peekvids.com/watch?v=Zzm2_8Xr0aZ, https://www.peekvids.com/watch?v=JrZ8lFo-AaS, https://www.peekvids.com/watch?v=0lUJK3vwY3P,

https://www.peekvids.com/watch?v=EeDWtyXIEuT, https://www.peekvids.com/watch?v=0U_E7-_Poyj, https://www.peekvids.com/watch?v=iuPJF3C7K7N,
https://www.peekvids.com/watch?v=AzCZOYz1phU, https://www.peekvids.com/watch?v=opqxHFNs9zW, https://www.peekvids.com/watch?v=Va0OF2ApLTz,
https://www.peekvids.com/watch?v=3TxnaqyrEa5, https://www.peekvids.com/watch?v=8M1s8XrCQ02, https://www.peekvids.com/watch?v=fp9kxsDNTka,
https://www.peekvids.com/watch?v=Rcxwuk6qx5s, https://www.peekvids.com/watch?v=av-UCCY-O-p, https://www.peekvids.com/watch?v=Vnvgri_o-ji,
https://www.peekvids.com/watch?v=5sMUxHdts-T, https://www.peekvids.com/watch?v=kvdVChvejaJ, https://www.peekvids.com/watch?v=jqRnvd4mIrc,
https://www.peekvids.com/watch?v=2IYzFV9F2uV, https://www.peekvids.com/watch?v=eKNJAJLqRCV, https://www.peekvids.com/watch?v=fxTIuULNHgI,
https://www.peekvids.com/watch?v=AMSrt7QrU3G, https://www.peekvids.com/watch?v=czRf0fX6Vdf, https://www.peekvids.com/watch?v=ufMXeKSMr4M,
https://www.peekvids.com/watch?v=qTmEtiocQG7, https://www.peekvids.com/watch?v=ELnIxKv0qbp, https://www.peekvids.com/watch?v=2hokuwiiLFn,
https://www.peekvids.com/watch?v=QMKdFcooKZA, https://www.peekvids.com/watch?v=ogrwAvJQqGx, https://www.peekvids.com/watch?v=AfqpwGJ18aq,
https://www.peekvids.com/watch?v=tRfDUfMPcvo, https://www.peekvids.com/watch?v=Qk9cybD_4-l, https://www.peekvids.com/watch?v=6WRDvgUyDWM,
https://www.peekvids.com/watch?v=gNVFRhP3Nt5, https://www.peekvids.com/watch?v=OyacT09NM3I, https://www.peekvids.com/watch?v=dVWS9NXqvcc,
https://www.peekvids.com/watch?v=Pk1HrxbnK5O, https://www.peekvids.com/watch?v=JgXNrOWv3Pr, https://www.peekvids.com/watch?v=cL6KbvQH0Nt,
https://www.peekvids.com/watch?v=uO6wmSPdsPu, https://www.peekvids.com/watch?v=8xVaIGRJDAZ, https://www.peekvids.com/watch?v=RxJ1zHT6ILx,
https://www.peekvids.com/watch?v=sDBWZcHwpvW, https://www.peekvids.com/watch?v=7wEF3fjcstc, https://www.peekvids.com/watch?v=8evF4k0_3ym,
https://www.peekvids.com/watch?v=n1k938aKfz0, https://www.peekvids.com/watch?v=amIlHViL047, https://www.peekvids.com/watch?v=8dI2Nz3lIXZ,
https://www.peekvids.com/watch?v=H8cM_uu0RkO, https://www.peekvids.com/watch?v=zlotCM4Q0FW, https://www.peekvids.com/watch?v=WSKqD3YmJkn,
https://www.peekvids.com/watch?v=xqFHYuWUNoR
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: freeedom
5.b. Uploader's email address: cansonmonin15@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=freeedom
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=II-DEl1RDTD, https://www.peekvids.com/watch?v=HDPrEPzP2rO,
https://www.peekvids.com/watch?v=i4lbvIgOLXd, https://www.peekvids.com/watch?v=eButaUYY59Z, https://www.peekvids.com/watch?v=pDgfrXi1evn,
https://www.peekvids.com/watch?v=32obZ0Y5VNK, https://www.peekvids.com/watch?v=3Iu7GN5fC8q, https://www.peekvids.com/watch?v=hAmoWBlLa1U,
https://www.peekvids.com/watch?v=gQAF5MHvJpV, https://www.peekvids.com/watch?v=HXLoZhCgas9, https://www.peekvids.com/watch?v=HwG_RviVB8f,
https://www.peekvids.com/watch?v=cg_iJgcUrWQ, https://www.peekvids.com/watch?v=EalG1pJAQyd, https://www.peekvids.com/watch?v=AzZLmZ6PXFp,
https://www.peekvids.com/watch?v=bhz32BCzROz, https://www.peekvids.com/watch?v=kv3YhvzZWSy, https://www.peekvids.com/watch?v=R_zfBGAIRL3,
https://www.peekvids.com/watch?v=idIn-8Fq4Tk, https://www.peekvids.com/watch?v=n8y5FZ5tXx7, https://www.peekvids.com/watch?v=HKb_htJKpIc,
https://www.peekvids.com/watch?v=nSBkOcuq9kR, https://www.peekvids.com/watch?v=I12hUdH4cje, https://www.peekvids.com/watch?v=EGPOtHj0mYP,
https://www.peekvids.com/watch?v=xmCfdwH8Yod, https://www.peekvids.com/watch?v=cbDaP23GLAG, https://www.peekvids.com/watch?v=ulDwP5oFANT,
https://www.peekvids.com/watch?v=ZtZxdfJutM2, https://www.peekvids.com/watch?v=AaiBqXccZ9K, https://www.peekvids.com/watch?v=PLC8utNhJda,
https://www.peekvids.com/watch?v=PjHKiLT5-fI, https://www.peekvids.com/watch?v=QpfWyYnhEFD, https://www.peekvids.com/watch?v=bSass67zW1n,
https://www.peekvids.com/watch?v=89KDeunCduw, https://www.peekvids.com/watch?v=HSN5Qi4be5q, https://www.peekvids.com/watch?v=Ev-AciK3w49,
https://www.peekvids.com/watch?v=UcQcm6kqBoK, https://www.peekvids.com/watch?v=zGMLFiAfQHP, https://www.peekvids.com/watch?v=8r77Yb4PA_f,
https://www.peekvids.com/watch?v=w2twkW_bP_u, https://www.peekvids.com/watch?v=GpjKGRJAyN4, https://www.peekvids.com/watch?v=Lt3fmCfH6mu,
https://www.peekvids.com/watch?v=jDiW62llozf, https://www.peekvids.com/watch?v=vgfDBsbdjOk, https://www.peekvids.com/watch?v=DZevNXyVxBG,
https://www.peekvids.com/watch?v=Uor00flEPIo, https://www.peekvids.com/watch?v=NXAziZPFqNJ, https://www.peekvids.com/watch?v=cq6c4z6gHFj,
https://www.peekvids.com/watch?v=K1X_8GGUs-8, https://www.peekvids.com/watch?v=VF0QU_tie3a, https://www.peekvids.com/watch?v=ZFCQrIyzEsV,
https://www.peekvids.com/watch?v=m24kuZy61L4, https://www.peekvids.com/watch?v=NLl3VTmN7HJ, https://www.peekvids.com/watch?v=vewIeIUkxBb,
https://www.peekvids.com/watch?v=E283oqIL_nm, https://www.peekvids.com/watch?v=yy_lR-u6TEY, https://www.peekvids.com/watch?v=9EZyjqxtL6Q,
https://www.peekvids.com/watch?v=o81J2ylNzy4, https://www.peekvids.com/watch?v=WpskzS0l9nc, https://www.peekvids.com/watch?v=87lFxPWpY7n,
https://www.peekvids.com/watch?v=dR8O1KVdf4M, https://www.peekvids.com/watch?v=L7ZRoNQcuPb, https://www.peekvids.com/watch?v=LfRlDmR6S7x,
https://www.peekvids.com/watch?v=3u-VRbQfZZv, https://www.peekvids.com/watch?v=c-hepuoDu8Y, https://www.peekvids.com/watch?v=7yW4oak9Gx0,
https://www.peekvids.com/watch?v=iHRVozptnAC, https://www.peekvids.com/watch?v=SsDiZ3Dcnvv, https://www.peekvids.com/watch?v=kTnDPtBGlyO,
https://www.peekvids.com/watch?v=KdX8OAoeE5q, https://www.peekvids.com/watch?v=ct4Ifgo6cWr, https://www.peekvids.com/watch?v=4W5Cy0O3xS4,
https://www.peekvids.com/watch?v=CVkUsRrFvIm, https://www.peekvids.com/watch?v=9C4E9WEy2Jy, https://www.peekvids.com/watch?v=FdIkqnnB-OX,
https://www.peekvids.com/watch?v=2EMKckTpFaw, https://www.peekvids.com/watch?v=xQdr-OaCYKu, https://www.peekvids.com/watch?v=NZIB5UhEj6U,
https://www.peekvids.com/watch?v=f9MJgFXgpXc, https://www.peekvids.com/watch?v=EfjZj1Vl0-L, https://www.peekvids.com/watch?v=rwD3iRKt8kf,
https://www.peekvids.com/watch?v=C28ZTl6XxgL, https://www.peekvids.com/watch?v=d1wOiEDYq0n, https://www.peekvids.com/watch?v=i02mway7USP,
https://www.peekvids.com/watch?v=fshiHks9C2q, https://www.peekvids.com/watch?v=WQLFzH-pyjc, https://www.peekvids.com/watch?v=4qs2-Xn2zJi,
https://www.peekvids.com/watch?v=sRqAxeGJB6L, https://www.peekvids.com/watch?v=orPNamte9WX, https://www.peekvids.com/watch?v=qJ9tc5rbSeq,
https://www.peekvids.com/watch?v=9Qyfu5J870L, https://www.peekvids.com/watch?v=ooR4D4oP6Bh, https://www.peekvids.com/watch?v=4L9bOsaT6vT,
https://www.peekvids.com/watch?v=Q5EuHHw_Lgn, https://www.peekvids.com/watch?v=77eoV9J9rKm, https://www.peekvids.com/watch?v=6Rwm1UdF_Md,
https://www.peekvids.com/watch?v=B8CcTzoSg8S, https://www.peekvids.com/watch?v=uY_04EHoyVD, https://www.peekvids.com/watch?v=DPhpXb3LUIq,
https://www.peekvids.com/watch?v=bOZ_Nu7QDHk, https://www.peekvids.com/watch?v=fp5PKDbDwKB, https://www.peekvids.com/watch?v=2ecu9HJsXdx,
https://www.peekvids.com/watch?v=VU12w7RhdO0, https://www.peekvids.com/watch?v=BhhlK3YVyuf, https://www.peekvids.com/watch?v=TGtPTfQk4ZN,
https://www.peekvids.com/watch?v=WK_eQmpVAPj, https://www.peekvids.com/watch?v=OZO6cTQI4xY, https://www.peekvids.com/watch?v=hhIh6m0_BdR,
https://www.peekvids.com/watch?v=NAlvJPjuL-q, https://www.peekvids.com/watch?v=tlEgma48D8s, https://www.peekvids.com/watch?v=nTBfDcJ3H7t,
https://www.peekvids.com/watch?v=fbpdDQ33oIJ, https://www.peekvids.com/watch?v=oNZuU9W5vIB, https://www.peekvids.com/watch?v=mQHK_MYJiJP,
https://www.peekvids.com/watch?v=TNVa4IorZ3v, https://www.peekvids.com/watch?v=NNG0xNWwLdp, https://www.peekvids.com/watch?v=aHS3qYlEl8X,
https://www.peekvids.com/watch?v=QJGLTlxEkao, https://www.peekvids.com/watch?v=41Ya_CMfKkI, https://www.peekvids.com/watch?v=t5JzNzkxm4c,
https://www.peekvids.com/watch?v=4Xj1WwgL0IU, https://www.peekvids.com/watch?v=o1JshCbQ9oG, https://www.peekvids.com/watch?v=5xre6NYuxmc,
https://www.peekvids.com/watch?v=yEPgoO1TczE, https://www.peekvids.com/watch?v=Stzo1q0gXr7, https://www.peekvids.com/watch?v=EL693WV-zBL,
https://www.peekvids.com/watch?v=aevPDHoLykv, https://www.peekvids.com/watch?v=SedMGbjRvlb, https://www.peekvids.com/watch?v=SKy4_NwBlqL,
https://www.peekvids.com/watch?v=Du8qsaW1fBI, https://www.peekvids.com/watch?v=yY6tzUkr0a4, https://www.peekvids.com/watch?v=0WSAgdrgKRs,
https://www.peekvids.com/watch?v=lveEDgZsZLp, https://www.peekvids.com/watch?v=g3Zdd3hYZKl, https://www.peekvids.com/watch?v=22wzSM5qU9V,
https://www.peekvids.com/watch?v=VXfWVrW-yAH, https://www.peekvids.com/watch?v=IRrEbF-QrwN, https://www.peekvids.com/watch?v=B13z7UH3iiU,
https://www.peekvids.com/watch?v=joyMNz4wjAk, https://www.peekvids.com/watch?v=hz5nfW1RrwN, https://www.peekvids.com/watch?v=pbK1vNkLFAH,
https://www.peekvids.com/watch?v=ZoiJZwFt6mx, https://www.peekvids.com/watch?v=ydRG1hxKQe8, https://www.peekvids.com/watch?v=V9cV-giDe8l,
https://www.peekvids.com/watch?v=fjISGGfklWS, https://www.peekvids.com/watch?v=PpAsZ4rkfqg, https://www.peekvids.com/watch?v=WUnouz5OWMP,
https://www.peekvids.com/watch?v=DyL5qKPIDPJ, https://www.peekvids.com/watch?v=kr8OZldybMX, https://www.peekvids.com/watch?v=UJw99rzHJaB
5.f. Date of third notice: 2015-06-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: frodo154
5.b. Uploader's email address: bigfootfro90@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=frodo154
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=H3ib8hFGUZK, https://www.peekvids.com/watch?v=BJZ3PE7iEyR,
https://www.peekvids.com/watch?v=ZUiMVTlNUoS, https://www.peekvids.com/watch?v=wQn7Spg7OIb, https://www.peekvids.com/watch?v=jIzChB7VeIk,
https://www.peekvids.com/watch?v=Piilf8eXGCH, https://www.peekvids.com/watch?v=0A0AIVQnKcI, https://www.peekvids.com/watch?v=-tu7uoRPyMB,
https://www.peekvids.com/watch?v=ziBBhUnjDhz, https://www.peekvids.com/watch?v=Rq6KUgSwo5y, https://www.peekvids.com/watch?v=EEMNZmThyJN,
https://www.peekvids.com/watch?v=d09EUeSLDeV, https://www.peekvids.com/watch?v=pbHn3h7jX2Q, https://www.peekvids.com/watch?v=uWwplgMYDQy,
https://www.peekvids.com/watch?v=ykQ2WQ8RvRK, https://www.peekvids.com/watch?v=uck9fLZxueo, https://www.peekvids.com/watch?v=-u0wqTFEdVz,
https://www.peekvids.com/watch?v=tLMgVsAXXXU, https://www.peekvids.com/watch?v=5SZd77IahmX, https://www.peekvids.com/watch?v=j3CGOqitMm0,
https://www.peekvids.com/watch?v=nPbOKQjTSBi, https://www.peekvids.com/watch?v=-RliBdav00t, https://www.peekvids.com/watch?v=QTBUHqBDIoq,
https://www.peekvids.com/watch?v=6GtnH6oegmq, https://www.peekvids.com/watch?v=wuGb0FNkTnm, https://www.peekvids.com/watch?v=3biTDfyeCr5,
https://www.peekvids.com/watch?v=G4P3zqUdEOw, https://www.peekvids.com/watch?v=r9VjqBowrZs, https://www.peekvids.com/watch?v=m2PTXflQHOl,
https://www.peekvids.com/watch?v=IkvL2trWOg7, https://www.peekvids.com/watch?v=6vTar0JFJxs, https://www.peekvids.com/watch?v=qpWoxrgYGMU,
https://www.peekvids.com/watch?v=znB7j8R9tQW, https://www.peekvids.com/watch?v=0R5p6kxmBQM, https://www.peekvids.com/watch?v=k7HaRixeucc,
https://www.peekvids.com/watch?v=Wiw0LM2yqgn, https://www.peekvids.com/watch?v=023PBktQ3kB, https://www.peekvids.com/watch?v=7cHCi5oUh4U,
https://www.peekvids.com/watch?v=Ia7X2j-SEeI, https://www.peekvids.com/watch?v=RD5LZvlQ4ie, https://www.peekvids.com/watch?v=-RBVaYMgl3x,
https://www.peekvids.com/watch?v=bDiqdc6K-Pd, https://www.peekvids.com/watch?v=IjIq8oMWqkO, https://www.peekvids.com/watch?v=-RvoZLoNXXh,
https://www.peekvids.com/watch?v=9lvJjE-EZAE, https://www.peekvids.com/watch?v=fGNe6XbTKCE, https://www.peekvids.com/watch?v=3AY5znE-c3x,
https://www.peekvids.com/watch?v=MvOb2cL3qgA, https://www.peekvids.com/watch?v=drOWoWqIb6p, https://www.peekvids.com/watch?v=4vyRiztXJer,
https://www.peekvids.com/watch?v=0ZBrnnxAyI2, https://www.peekvids.com/watch?v=75BXxHd3pdX, https://www.peekvids.com/watch?v=trGIxhijtTS,
https://www.peekvids.com/watch?v=V4SDgTRfMsn, https://www.peekvids.com/watch?v=dKSPEZxZsAv, https://www.peekvids.com/watch?v=IwQOEw5q3Od,
https://www.peekvids.com/watch?v=PRnjk7dOYrF, https://www.peekvids.com/watch?v=4jjVnCK8mBS, https://www.peekvids.com/watch?v=u3r6ZXBMMzt,
https://www.peekvids.com/watch?v=uTNoBHMITiW, https://www.peekvids.com/watch?v=42en76DkHfY, https://www.peekvids.com/watch?v=7mBp6v-wabd,
https://www.peekvids.com/watch?v=YJ7KzioiZ5X, https://www.peekvids.com/watch?v=iSmdlfm45Ja, https://www.peekvids.com/watch?v=BGWKGwEvx-k,
https://www.peekvids.com/watch?v=j9mcxq8o5ss, https://www.peekvids.com/watch?v=akufR9A6Lg2, https://www.peekvids.com/watch?v=jThOw5J9QN6,
https://www.peekvids.com/watch?v=c6fCOu6wO2y, https://www.peekvids.com/watch?v=tVwOUEHr0aH, https://www.peekvids.com/watch?v=yaLk09GdxXw,
https://www.peekvids.com/watch?v=8NcH23zjet9, https://www.peekvids.com/watch?v=BzfRXj3Eg3d, https://www.peekvids.com/watch?v=5sBdAfQZFA3,
https://www.peekvids.com/watch?v=N8mtTB0tHt4, https://www.peekvids.com/watch?v=Jqd3bocTJs7, https://www.peekvids.com/watch?v=rXK-Kaq-rpR,
https://www.peekvids.com/watch?v=5boWfRUaqww, https://www.peekvids.com/watch?v=HK2B377OV-g, https://www.peekvids.com/watch?v=64hiDH0oym9,
https://www.peekvids.com/watch?v=9tanknDFrLb, https://www.peekvids.com/watch?v=OHZ72odPnaF, https://www.peekvids.com/watch?v=irRAmse0tww,
https://www.peekvids.com/watch?v=5L9aEkdqFX0, https://www.peekvids.com/watch?v=kldmjI2U5q-, https://www.peekvids.com/watch?v=gNNKI2ZjSUA,
https://www.peekvids.com/watch?v=rKVxUWvFiEV, https://www.peekvids.com/watch?v=cweMd54r8ru, https://www.peekvids.com/watch?v=FsQBsvdWpne,
https://www.peekvids.com/watch?v=gt-Lx0aSrug, https://www.peekvids.com/watch?v=EwKv70cGFTF, https://www.peekvids.com/watch?v=NNqlOeIWIHp,
https://www.peekvids.com/watch?v=j6o7q2gO2yv, https://www.peekvids.com/watch?v=bpVERxMIsn6, https://www.peekvids.com/watch?v=Rm28h4JB-3e,
https://www.peekvids.com/watch?v=9KrWwVlMNRX, https://www.peekvids.com/watch?v=XFzHW8MWv5c, https://www.peekvids.com/watch?v=8tRVJW6WPDY,
https://www.peekvids.com/watch?v=tYGjV9EPvHW, https://www.peekvids.com/watch?v=XdjCLCS5hZ2, https://www.peekvids.com/watch?v=Cg9zlvjqIlY,
https://www.peekvids.com/watch?v=5NaHInmyrrP, https://www.peekvids.com/watch?v=2TrGYInytaW, https://www.peekvids.com/watch?v=Y--k54gqW-k,
https://www.peekvids.com/watch?v=Ga00tl2PzSS, https://www.peekvids.com/watch?v=vHA6XsZUktm, https://www.peekvids.com/watch?v=ytsmFMIjwVz,
https://www.peekvids.com/watch?v=iFh7kGYVnx7, https://www.peekvids.com/watch?v=TYz3vCE4mK3, https://www.peekvids.com/watch?v=dunhwADp6hQ,
https://www.peekvids.com/watch?v=PTuDyJiHje5, https://www.peekvids.com/watch?v=8GrPwlheo6L, https://www.peekvids.com/watch?v=yjh5X94nBYR,
https://www.peekvids.com/watch?v=4UUv3KH80jW, https://www.peekvids.com/watch?v=Sktq2QES0tg, https://www.peekvids.com/watch?v=QspPk8rXxkm,
https://www.peekvids.com/watch?v=Kb4LNrwWN5H, https://www.peekvids.com/watch?v=2e2gXr8isYi, https://www.peekvids.com/watch?v=RqT0CvpgReR,
https://www.peekvids.com/watch?v=7SOihwCQkBx, https://www.peekvids.com/watch?v=Dq2CPBK9MaE, https://www.peekvids.com/watch?v=-wFd2BEBTej,
https://www.peekvids.com/watch?v=INUQdAaXguN, https://www.peekvids.com/watch?v=3MAqlARKZx-, https://www.peekvids.com/watch?v=rj7lqvcV6nr,
https://www.peekvids.com/watch?v=tAJnbessEGH, https://www.peekvids.com/watch?v=2bnm-FI54Qb, https://www.peekvids.com/watch?v=wxR3JzIPwnx,
https://www.peekvids.com/watch?v=X0xQWnDvGkI, https://www.peekvids.com/watch?v=EMZZ54t07tx, https://www.peekvids.com/watch?v=BysnigOv2ce,
https://www.peekvids.com/watch?v=LG9nt9yXvo2, https://www.peekvids.com/watch?v=BTilCQ0tSpn, https://www.peekvids.com/watch?v=lisFUSLt-7v,
https://www.peekvids.com/watch?v=shBewo7MdSa, https://www.peekvids.com/watch?v=NekCK6HF6ME, https://www.peekvids.com/watch?v=igOphSwxStL,
https://www.peekvids.com/watch?v=DtPXhAzsGWG, https://www.peekvids.com/watch?v=xq-002dpD6O, https://www.peekvids.com/watch?v=3cM3jinEMbU,
https://www.peekvids.com/watch?v=PyrlRWBPEwa, https://www.peekvids.com/watch?v=ol6PBDnRrnU, https://www.peekvids.com/watch?v=Z5qwrvZm2ck,
https://www.peekvids.com/watch?v=4GdSlCYchZi, https://www.peekvids.com/watch?v=S-mnSqFwfAC, https://www.peekvids.com/watch?v=7k9BatpfPt5,
https://www.peekvids.com/watch?v=Vqy5VgB-ZXI, https://www.peekvids.com/watch?v=VvAl3Ey0JMg, https://www.peekvids.com/watch?v=2O9ykovoX7b,
https://www.peekvids.com/watch?v=ckjszTGVVR8, https://www.peekvids.com/watch?v=GiXgsanBvBI, https://www.peekvids.com/watch?v=KLeQHT4LlrJ,
https://www.peekvids.com/watch?v=VDTsEFd75UU, https://www.peekvids.com/watch?v=wpAwzMccFMj, https://www.peekvids.com/watch?v=oQIDm6DnzyB,
https://www.peekvids.com/watch?v=IUK0gxgdg5D, https://www.peekvids.com/watch?v=40-AOrgPmBh, https://www.peekvids.com/watch?v=wguh2Y3dytK,
https://www.peekvids.com/watch?v=JvRV5G62q5G, https://www.peekvids.com/watch?v=VlWoEYggUQo, https://www.peekvids.com/watch?v=xXf26RoArKA,
https://www.peekvids.com/watch?v=YyLFfZwWzGR, https://www.peekvids.com/watch?v=TS4N5QHcPuD, https://www.peekvids.com/watch?v=NDGrs4pu-Q8,
https://www.peekvids.com/watch?v=a6GgfcnT06r, https://www.peekvids.com/watch?v=vzabGVXBHeP, https://www.peekvids.com/watch?v=38-MwuYG4th,
https://www.peekvids.com/watch?v=WKKIblOVB4E, https://www.peekvids.com/watch?v=Oq93Vt7ildI, https://www.peekvids.com/watch?v=vdPLjTBW6xm,

https://www.peekvids.com/watch?v=40CcakywtDM, https://www.peekvids.com/watch?v=BZpRjYWvkX6, https://www.peekvids.com/watch?v=2XBgUBydsMR,
https://www.peekvids.com/watch?v=aVTxRDg4cCB, https://www.peekvids.com/watch?v=GQ9Xr4zy9hN, https://www.peekvids.com/watch?v=ogbrTbHDtxu,
https://www.peekvids.com/watch?v=-EYFIKthHYw, https://www.peekvids.com/watch?v=lWgZz4Y5AH8, https://www.peekvids.com/watch?v=qZOPQJ9zMdm,
https://www.peekvids.com/watch?v=2MDmpnP5mWJ, https://www.peekvids.com/watch?v=YwW2jPSTPJj, https://www.peekvids.com/watch?v=BmO0J7bMCL-,
https://www.peekvids.com/watch?v=nOOoilmCUOh, https://www.peekvids.com/watch?v=Bc8zdsUFgKc, https://www.peekvids.com/watch?v=Eiqto-Cs9am,
https://www.peekvids.com/watch?v=UcANKTeMT0b, https://www.peekvids.com/watch?v=D4WZRxSm459, https://www.peekvids.com/watch?v=GKlwzSv0myZ,
https://www.peekvids.com/watch?v=FGdI0QUMz5S, https://www.peekvids.com/watch?v=Is-OlTswVk9, https://www.peekvids.com/watch?v=27Sku05H2jW,
https://www.peekvids.com/watch?v=aeCy6dRxpaI, https://www.peekvids.com/watch?v=vEXaZTWX8M4, https://www.peekvids.com/watch?v=XNjFbSRzQch,
https://www.peekvids.com/watch?v=2XEiFa4FNOJ, https://www.peekvids.com/watch?v=3M0iGIpjFGs, https://www.peekvids.com/watch?v=SksqM8ESjhN,
https://www.peekvids.com/watch?v=HjMzxdcS9gv, https://www.peekvids.com/watch?v=g-hHl0BMVfU, https://www.peekvids.com/watch?v=fOH8E9rtgZw,
https://www.peekvids.com/watch?v=0mNubNbHWhT, https://www.peekvids.com/watch?v=aHhwp0mYS5V, https://www.peekvids.com/watch?v=rbNPdc9n72E,
https://www.peekvids.com/watch?v=qhPJuvd59Le, https://www.peekvids.com/watch?v=J4oXKJO2Uar, https://www.peekvids.com/watch?v=Xkl0Ukgk9f5,
https://www.peekvids.com/watch?v=XHFecaGy95I, https://www.peekvids.com/watch?v=ywxx-7pqPCP, https://www.peekvids.com/watch?v=payf8H9M3jD,
https://www.peekvids.com/watch?v=xNQmivD4V8g, https://www.peekvids.com/watch?v=DqUl4PmMKKM, https://www.peekvids.com/watch?v=HxUZF45k5Tr,
https://www.peekvids.com/watch?v=5DHtn4XtH5E, https://www.peekvids.com/watch?v=HPPaXqiNksN, https://www.peekvids.com/watch?v=9mx0GurDlTY,
https://www.peekvids.com/watch?v=-qS09zJtoIL, https://www.peekvids.com/watch?v=W8UTWpPGWpP, https://www.peekvids.com/watch?v=4SWwrO0lUUO,
https://www.peekvids.com/watch?v=DW5cBnWIZjw, https://www.peekvids.com/watch?v=sxssZEf7HGx, https://www.peekvids.com/watch?v=9S9FWmmmyXM,
https://www.peekvids.com/watch?v=7mCLGbqSO5i, https://www.peekvids.com/watch?v=55LkgzpSbR2, https://www.peekvids.com/watch?v=NgPTzPqcD72,
https://www.peekvids.com/watch?v=GRMQS8kCHqD, https://www.peekvids.com/watch?v=K5JjYqu2a5y, https://www.peekvids.com/watch?v=oJprnjnVXiF,
https://www.peekvids.com/watch?v=2KaK3EgoVLf, https://www.peekvids.com/watch?v=RyQmrnKgHC-, https://www.peekvids.com/watch?v=mYs9xtyw-mM,
https://www.peekvids.com/watch?v=NwABT3ySBfs, https://www.peekvids.com/watch?v=XFabfJ6FdJP, https://www.peekvids.com/watch?v=bDCuhV8spQK,
https://www.peekvids.com/watch?v=9kkNQrwXOi4, https://www.peekvids.com/watch?v=r3zHrR64Kid, https://www.peekvids.com/watch?v=imJF5gQXZ9W,
https://www.peekvids.com/watch?v=of2qaKQwYas, https://www.peekvids.com/watch?v=9TkqoUbL7bS, https://www.peekvids.com/watch?v=TfPsv-ojJIW,
https://www.peekvids.com/watch?v=hRw76JiVfhm, https://www.peekvids.com/watch?v=JsVlxoOFdu-, https://www.peekvids.com/watch?v=wQvrMiwIXaW,
https://www.peekvids.com/watch?v=chCkkE76Dre, https://www.peekvids.com/watch?v=2lZ0jvUMuDl, https://www.peekvids.com/watch?v=Y6LQZpIlqMy,
https://www.peekvids.com/watch?v=Omupkk7lUhD, https://www.peekvids.com/watch?v=04MaXkkkBUZ, https://www.peekvids.com/watch?v=Yg7dkDUgvNE,
https://www.peekvids.com/watch?v=Hut8zconi2Y, https://www.peekvids.com/watch?v=UV7dKRdavmA, https://www.peekvids.com/watch?v=SuSysTnpUYe,
https://www.peekvids.com/watch?v=yfZTgwenGLZ, https://www.peekvids.com/watch?v=n2ku9wwLZoJ, https://www.peekvids.com/watch?v=3iR9y2dz4U9,
https://www.peekvids.com/watch?v=YkSgT4YhcCM, https://www.peekvids.com/watch?v=KbNk8q7oZsW, https://www.peekvids.com/watch?v=N5tJEA4QJki,
https://www.peekvids.com/watch?v=Jfz7cBSHtWH, https://www.peekvids.com/watch?v=rb3vhquOiHr, https://www.peekvids.com/watch?v=cVgBPbvnkUF,
https://www.peekvids.com/watch?v=4QO8BZetanp, https://www.peekvids.com/watch?v=W92aS6JxR0W, https://www.peekvids.com/watch?v=ib9uyZhvKYX,
https://www.peekvids.com/watch?v=boHD8nPVFSq, https://www.peekvids.com/watch?v=HJ5nkUaszwA, https://www.peekvids.com/watch?v=Hs4woQRsq3Y,
https://www.peekvids.com/watch?v=QgZsq-uAGrB, https://www.peekvids.com/watch?v=j2pwg-klfjg, https://www.peekvids.com/watch?v=OI7SWCuLPSp,
https://www.peekvids.com/watch?v=2wCvQWkD8lh, https://www.peekvids.com/watch?v=ptsI4X9XDI8, https://www.peekvids.com/watch?v=zvTUa3srls4,
https://www.peekvids.com/watch?v=L0bhAqZpggd, https://www.peekvids.com/watch?v=5tKg8fgeXdV, https://www.peekvids.com/watch?v=osfJQ6RcFGZ,
https://www.peekvids.com/watch?v=UthIKLepAi5, https://www.peekvids.com/watch?v=7tGnfeTZtIN, https://www.peekvids.com/watch?v=sxXvZjHToWR,
https://www.peekvids.com/watch?v=R3DAL4bm8s8, https://www.peekvids.com/watch?v=svAPfoMWqh7, https://www.peekvids.com/watch?v=XyY8zMyvn-x,
https://www.peekvids.com/watch?v=jPGfo4XfPkd, https://www.peekvids.com/watch?v=OOxTHt2DjqM, https://www.peekvids.com/watch?v=iS5I2ZYT53x,
https://www.peekvids.com/watch?v=PT6ZSJW9PHF, https://www.peekvids.com/watch?v=pUYhY88ZkMo, https://www.peekvids.com/watch?v=NMKuzXztEs7,
https://www.peekvids.com/watch?v=ShnbR78fhqZ, https://www.peekvids.com/watch?v=fWcjLGVn3c8, https://www.peekvids.com/watch?v=W-slF6kgXTy,
https://www.peekvids.com/watch?v=yDlPxdf6n3Q, https://www.peekvids.com/watch?v=pZDf4TSH4Rz, https://www.peekvids.com/watch?v=HVlcpDTXWb5,
https://www.peekvids.com/watch?v=xrtqjQnaIAD, https://www.peekvids.com/watch?v=hvXjd0UXP9C, https://www.peekvids.com/watch?v=hAWEv9zSvPO,
https://www.peekvids.com/watch?v=yX783nEyvme, https://www.peekvids.com/watch?v=AOM7FNpcWv3, https://www.peekvids.com/watch?v=Rqs3ULU4vxp,
https://www.peekvids.com/watch?v=5jgFj-nR8Pi, https://www.peekvids.com/watch?v=53akrsotLDk, https://www.peekvids.com/watch?v=Q86c5XsRnci,
https://www.peekvids.com/watch?v=U7037BjXVsC, https://www.peekvids.com/watch?v=UPFxcfzNHnx, https://www.peekvids.com/watch?v=7uFAybzAQeW,
https://www.peekvids.com/watch?v=7Wx-rZDRCUW, https://www.peekvids.com/watch?v=rM3zlYOzwqf, https://www.peekvids.com/watch?v=A2QLihXTrue,
https://www.peekvids.com/watch?v=XqXOOFJ3ZpE, https://www.peekvids.com/watch?v=b3Uobdd9Sak, https://www.peekvids.com/watch?v=QWkNeh3u9Ih,
https://www.peekvids.com/watch?v=0Erb3VVorWk, https://www.peekvids.com/watch?v=crIAtO5CwPg, https://www.peekvids.com/watch?v=rCk2WNDW0bG,
https://www.peekvids.com/watch?v=7HlHouhlTko, https://www.peekvids.com/watch?v=sT54-Bdg7oP, https://www.peekvids.com/watch?v=7mJChzHWp7F,
https://www.peekvids.com/watch?v=2u4Yd-L0LCU, https://www.peekvids.com/watch?v=BoUQhkDEuCX, https://www.peekvids.com/watch?v=3ZwaSYIkGA5,
https://www.peekvids.com/watch?v=gIYZ6CRD0Dp, https://www.peekvids.com/watch?v=-7x2LHNGXo-, https://www.peekvids.com/watch?v=JKox8aexZbk,
https://www.peekvids.com/watch?v=cpLvxr7GrO-, https://www.peekvids.com/watch?v=P80FrjSryR3, https://www.peekvids.com/watch?v=m6-JyCS8qTO,
https://www.peekvids.com/watch?v=pkhHc7XnpZY, https://www.peekvids.com/watch?v=mPa4FF2jE0N, https://www.peekvids.com/watch?v=6HNbPItKDTi,
https://www.peekvids.com/watch?v=m7bi5yU99kc, https://www.peekvids.com/watch?v=IC8DShSrD43, https://www.peekvids.com/watch?v=jgz9iGV-0VT,
https://www.peekvids.com/watch?v=Gw3xo5xEMbs, https://www.peekvids.com/watch?v=S0BlSVxpgJf, https://www.peekvids.com/watch?v=PerkGXr2hNh,
https://www.peekvids.com/watch?v=kNu-AJyBsAH, https://www.peekvids.com/watch?v=Yv9NYqMm-H0, https://www.peekvids.com/watch?v=oY8QYuRNUmD,
https://www.peekvids.com/watch?v=hJpstBbKmzl, https://www.peekvids.com/watch?v=5wNBgo0C2KQ, https://www.peekvids.com/watch?v=V4hgPmCUOF3,
https://www.peekvids.com/watch?v=lY7IknjMS5s, https://www.peekvids.com/watch?v=XcOLghARwXS, https://www.peekvids.com/watch?v=awvqJWecHqt,
https://www.peekvids.com/watch?v=NdEaFdIbQXC, https://www.peekvids.com/watch?v=Z9NZhHCq5XW, https://www.peekvids.com/watch?v=NRIdi59hjMc,
https://www.peekvids.com/watch?v=cIXn5uC4ROh, https://www.peekvids.com/watch?v=YrENV6JaXPG, https://www.peekvids.com/watch?v=VpXptfdvgN0,
https://www.peekvids.com/watch?v=BXDspWeAosZ, https://www.peekvids.com/watch?v=AKBMIa4JJWh, https://www.peekvids.com/watch?v=Y3Jy0bM7n00,
https://www.peekvids.com/watch?v=NKzFqzODZaW, https://www.peekvids.com/watch?v=Te6gOC-8Hz3, https://www.peekvids.com/watch?v=TpThcbFRuPI,
https://www.peekvids.com/watch?v=hXZXC7cXbT0, https://www.peekvids.com/watch?v=5mW9qojS3yZ, https://www.peekvids.com/watch?v=2cy6iKemayO,
https://www.peekvids.com/watch?v=kyaCkR7F4H3, https://www.peekvids.com/watch?v=MXWSpGM8Y0S, https://www.peekvids.com/watch?v=LJUrABq0diJ,
https://www.peekvids.com/watch?v=sDbwwb0KlVk, https://www.peekvids.com/watch?v=OeUihLC2VVH, https://www.peekvids.com/watch?v=ETposvPQCfh,
https://www.peekvids.com/watch?v=dKNxiHxrx8z, https://www.peekvids.com/watch?v=cSem4KyJ4F8, https://www.peekvids.com/watch?v=438UCgDhvd7,
https://www.peekvids.com/watch?v=3mdwXw7nnmz, https://www.peekvids.com/watch?v=ha9mn7E2kC2, https://www.peekvids.com/watch?v=S86GpzNskOg,
https://www.peekvids.com/watch?v=ETa3us9XzAC, https://www.peekvids.com/watch?v=vAMvihlx7HM, https://www.peekvids.com/watch?v=K-KycSW50sZ,
https://www.peekvids.com/watch?v=PljKySwiWiH, https://www.peekvids.com/watch?v=oB3Vf3sdQAX, https://www.peekvids.com/watch?v=uLJd-X0cvIm,
https://www.peekvids.com/watch?v=--ec5oYBkMy, https://www.peekvids.com/watch?v=z4jGmCMwKrH, https://www.peekvids.com/watch?v=zkPEq2tBYpp,
https://www.peekvids.com/watch?v=cHRjinSer7K, https://www.peekvids.com/watch?v=ko-ETJwLDGw, https://www.peekvids.com/watch?v=PYurxgCcr7i,
https://www.peekvids.com/watch?v=dq9wK6LIeUr, https://www.peekvids.com/watch?v=kZZQ4FWUHAW, https://www.peekvids.com/watch?v=BPmTbUHpY2X,
https://www.peekvids.com/watch?v=LFRHxVuVLJU, https://www.peekvids.com/watch?v=5xTpw5l5tCR, https://www.peekvids.com/watch?v=FNu3vsLx4SK,
https://www.peekvids.com/watch?v=rEH5s-HoiHP, https://www.peekvids.com/watch?v=2ZnHD6N8c50, https://www.peekvids.com/watch?v=CRoSMAjb378,
https://www.peekvids.com/watch?v=oekMo8246ZN, https://www.peekvids.com/watch?v=m6Z6V6MwzM9, https://www.peekvids.com/watch?v=76VHl8qgarn,
https://www.peekvids.com/watch?v=4UhCo4p2khw, https://www.peekvids.com/watch?v=5kn7Z-4cAky, https://www.peekvids.com/watch?v=yKnNVVMh8Da,
https://www.peekvids.com/watch?v=zr7U3Cafd3s, https://www.peekvids.com/watch?v=V-XGi0Al4xa, https://www.peekvids.com/watch?v=mmCW4LxQJSg,
https://www.peekvids.com/watch?v=bAlhwbVtq5h, https://www.peekvids.com/watch?v=urq3blWDy-x, https://www.peekvids.com/watch?v=ieZb-4TVpth,
https://www.peekvids.com/watch?v=gbFOci9CAlY, https://www.peekvids.com/watch?v=M-giYnDoFGi, https://www.peekvids.com/watch?v=bDJS64Q5VxH,
https://www.peekvids.com/watch?v=7bzxC9n2uVz, https://www.peekvids.com/watch?v=Y2bLQykBy8L, https://www.peekvids.com/watch?v=GqtVcJhV6JZ,
https://www.peekvids.com/watch?v=a0kypWh3907, https://www.peekvids.com/watch?v=IcLmxV9i6Ec, https://www.peekvids.com/watch?v=5TlUR-GuRC7,
https://www.peekvids.com/watch?v=ZYMxMTrjTYo, https://www.peekvids.com/watch?v=xVXP4fy4LvC, https://www.peekvids.com/watch?v=JwKv07yxc-y,
https://www.peekvids.com/watch?v=lT2Btkclv4n, https://www.peekvids.com/watch?v=CY5WnltaIWy, https://www.peekvids.com/watch?v=IiIQRqbS8dp,
https://www.peekvids.com/watch?v=PXBv5O59nZb, https://www.peekvids.com/watch?v=FSEupXkRIA7, https://www.peekvids.com/watch?v=jk5RndWQ2o9,
https://www.peekvids.com/watch?v=tvq2Dmvj6SM, https://www.peekvids.com/watch?v=tDa2IWSFfet, https://www.peekvids.com/watch?v=z38LVydLztw,
https://www.peekvids.com/watch?v=JMuCOaCcFSw, https://www.peekvids.com/watch?v=raei87UarVm, https://www.peekvids.com/watch?v=okmJgyiQerY,
https://www.peekvids.com/watch?v=t5SOjjlxhDc, https://www.peekvids.com/watch?v=prNVanG6Mje, https://www.peekvids.com/watch?v=n43wct0TKCY,
https://www.peekvids.com/watch?v=LxwjWZXqNww, https://www.peekvids.com/watch?v=BJqz4riELEI, https://www.peekvids.com/watch?v=Mr8ZFVewi9r,
https://www.peekvids.com/watch?v=3PgwoYWw4Cm, https://www.peekvids.com/watch?v=w4cBZx4fFxy, https://www.peekvids.com/watch?v=0mq0eEBfnIC,
https://www.peekvids.com/watch?v=lH3fzAHEO4-, https://www.peekvids.com/watch?v=L7xqwM6JkX7, https://www.peekvids.com/watch?v=C3ci66Em5vi,
https://www.peekvids.com/watch?v=fw5XDOA3Ik5, https://www.peekvids.com/watch?v=ej4FqEjRZuZ, https://www.peekvids.com/watch?v=mEOkKNGrwCb,
https://www.peekvids.com/watch?v=ccRkd9t-8kV, https://www.peekvids.com/watch?v=CqJh0-5x3ov, https://www.peekvids.com/watch?v=xEU9eO7Slof,
https://www.peekvids.com/watch?v=a6SMe04IdZN, https://www.peekvids.com/watch?v=i5dbAQX24TW, https://www.peekvids.com/watch?v=kTAG6VCB-eD,
https://www.peekvids.com/watch?v=FhYGaipb38n, https://www.peekvids.com/watch?v=mQNTGElJi4Q, https://www.peekvids.com/watch?v=7jmynOUscBK,
https://www.peekvids.com/watch?v=EBJYQZOT-Lm, https://www.peekvids.com/watch?v=zxTE57f4s3n, https://www.peekvids.com/watch?v=NI8kVedlrSG,
https://www.peekvids.com/watch?v=Nu7P6hBWMx-, https://www.peekvids.com/watch?v=p-SehKcMDpT, https://www.peekvids.com/watch?v=Nn90xucMTVR,
https://www.peekvids.com/watch?v=uMCh7ze3ZZ3, https://www.peekvids.com/watch?v=NNfqZpebE6Q, https://www.peekvids.com/watch?v=OJtKCOq6e3Z,
https://www.peekvids.com/watch?v=FF908juryCh, https://www.peekvids.com/watch?v=6E0-3gzHVds, https://www.peekvids.com/watch?v=i4J24OW-4gM,
https://www.peekvids.com/watch?v=zRR7PuYtapW, https://www.peekvids.com/watch?v=dxU4pBTutXf, https://www.peekvids.com/watch?v=tEJmDwc4UZN,
https://www.peekvids.com/watch?v=h6mt7GBYcge, https://www.peekvids.com/watch?v=su7zYTTzg5F, https://www.peekvids.com/watch?v=mefEaRe5eek,
https://www.peekvids.com/watch?v=KynXTTVGNKF, https://www.peekvids.com/watch?v=BhwytoOkHHE, https://www.peekvids.com/watch?v=KVA9koWcAVT,
https://www.peekvids.com/watch?v=tDgsioOsSvf, https://www.peekvids.com/watch?v=C8iIdquG9jd, https://www.peekvids.com/watch?v=AqYJ7FzQzug,
https://www.peekvids.com/watch?v=lI0IcKJUKCG, https://www.peekvids.com/watch?v=Uc59unT6A03, https://www.peekvids.com/watch?v=Ngo6riE3a6d,
https://www.peekvids.com/watch?v=LBw4dUp7Coa, https://www.peekvids.com/watch?v=qDwh79aEXXa, https://www.peekvids.com/watch?v=7rruLB79EcE,
https://www.peekvids.com/watch?v=CN-Q5qn8WYc, https://www.peekvids.com/watch?v=YZCPBCxbS9j, https://www.peekvids.com/watch?v=i04Yiah4Igk,
https://www.peekvids.com/watch?v=tJ40nmlqeyL, https://www.peekvids.com/watch?v=4NyfFNvE8wp, https://www.peekvids.com/watch?v=M0f0uFMHQwF,
https://www.peekvids.com/watch?v=izDybr4uhlY, https://www.peekvids.com/watch?v=l3qUbAVpAaA, https://www.peekvids.com/watch?v=dqgJcq8fH6J,
https://www.peekvids.com/watch?v=pvuYf5qMeP7, https://www.peekvids.com/watch?v=qjDJ0d9cu4d, https://www.peekvids.com/watch?v=DQTGTHso2u7,
https://www.peekvids.com/watch?v=AprGuOmhxUH, https://www.peekvids.com/watch?v=GqQ9sSv6Rlh, https://www.peekvids.com/watch?v=l5pYo2nBIHF,
https://www.peekvids.com/watch?v=nmtbuoZ89Tl, https://www.peekvids.com/watch?v=c8mWdDFDj6P, https://www.peekvids.com/watch?v=LQLJCtackyp,
https://www.peekvids.com/watch?v=jyhzrzliNVN, https://www.peekvids.com/watch?v=PV74zfrta7N, https://www.peekvids.com/watch?v=RzJVvgOEm-z,
https://www.peekvids.com/watch?v=AmTsFq9M-bZ, https://www.peekvids.com/watch?v=TRkLUQNFMZE, https://www.peekvids.com/watch?v=jU5040OlY72,
https://www.peekvids.com/watch?v=lHMGaNyThNC, https://www.peekvids.com/watch?v=4dgm9frpkia, https://www.peekvids.com/watch?v=eN9aG-HdnGz,
https://www.peekvids.com/watch?v=mbmrUDT0k7k, https://www.peekvids.com/watch?v=IEoTh6zA5Mh, https://www.peekvids.com/watch?v=YNxtI6j90Qv,
https://www.peekvids.com/watch?v=pFBeGbFSZv0, https://www.peekvids.com/watch?v=PqcKeibtILI, https://www.peekvids.com/watch?v=5jjyeOCXn8r,
https://www.peekvids.com/watch?v=45ieha8r5nt, https://www.peekvids.com/watch?v=9sf9C3Ezo4y, https://www.peekvids.com/watch?v=kkO3UgTviKt,
https://www.peekvids.com/watch?v=26ly7pl6z2I, https://www.peekvids.com/watch?v=SYLIfoJzeyn, https://www.peekvids.com/watch?v=0rWx2NqMFOZ,
https://www.peekvids.com/watch?v=Q6Vbh0WQmhx, https://www.peekvids.com/watch?v=FNXXLzp5b7k, https://www.peekvids.com/watch?v=XF3L5esJyZn,
https://www.peekvids.com/watch?v=2ijr5qJ3nS-, https://www.peekvids.com/watch?v=5DRXgTOFjdP, https://www.peekvids.com/watch?v=xl4GkjXKVPv,
https://www.peekvids.com/watch?v=sntuUsJHf5-, https://www.peekvids.com/watch?v=DxfIZD6e0gV, https://www.peekvids.com/watch?v=PVghxwy5KMU,
https://www.peekvids.com/watch?v=XXmgIp5roBR, https://www.peekvids.com/watch?v=BkDQ56iYLHj, https://www.peekvids.com/watch?v=-7UtNWaLiEj,
https://www.peekvids.com/watch?v=zSerklHPGaZ, https://www.peekvids.com/watch?v=e7XAW34NS5F, https://www.peekvids.com/watch?v=GdDMrIXPmgb,
https://www.peekvids.com/watch?v=BcLW2zFEyB8, https://www.peekvids.com/watch?v=WNKpPcKJzci, https://www.peekvids.com/watch?v=gVvCx8xm3XN,
https://www.peekvids.com/watch?v=xBKNmXhlayD, https://www.peekvids.com/watch?v=LC0UZS2HQxv, https://www.peekvids.com/watch?v=cS49Z6MJoZD,
https://www.peekvids.com/watch?v=ahMSaJ-QioL, https://www.peekvids.com/watch?v=SfJcLmJw3mc, https://www.peekvids.com/watch?v=eJT3zYzxnVi,
https://www.peekvids.com/watch?v=x5en54M0uSc, https://www.peekvids.com/watch?v=Zl-qF9xq6dl, https://www.peekvids.com/watch?v=In0fIvLZa2o,
https://www.peekvids.com/watch?v=IcTWEFYR08F, https://www.peekvids.com/watch?v=4n46NerGI3s, https://www.peekvids.com/watch?v=28nY3VM0lPA,
https://www.peekvids.com/watch?v=Zb-zL4u6QGT, https://www.peekvids.com/watch?v=9YH68YaRf5h, https://www.peekvids.com/watch?v=QIl4jLJUiGv,
https://www.peekvids.com/watch?v=BOGhz7LdvTd, https://www.peekvids.com/watch?v=HHnvpqNX3QC, https://www.peekvids.com/watch?v=ACnpYkpQIel,
https://www.peekvids.com/watch?v=-UfQOaYDLwN, https://www.peekvids.com/watch?v=dLndmwHv8yK, https://www.peekvids.com/watch?v=dKP3hmaa08-,
https://www.peekvids.com/watch?v=VPRdfjUXOTq, https://www.peekvids.com/watch?v=tL7muttqF7O, https://www.peekvids.com/watch?v=SXUInR0gFyp,
https://www.peekvids.com/watch?v=7q2vkPRR-nX, https://www.peekvids.com/watch?v=q7n2ceVylm0, https://www.peekvids.com/watch?v=tHg6-k0cAHp,
https://www.peekvids.com/watch?v=SAoyBiN8t5M, https://www.peekvids.com/watch?v=JfQcWcAP4pP, https://www.peekvids.com/watch?v=JLztlJ5n3CK,
https://www.peekvids.com/watch?v=WjlbpHpQhN-, https://www.peekvids.com/watch?v=7PvKsy88iGb, https://www.peekvids.com/watch?v=vSX3e4qiXBZ,
https://www.peekvids.com/watch?v=FLJ8aIwuGyt, https://www.peekvids.com/watch?v=9qtFnJMw4Da, https://www.peekvids.com/watch?v=TQah69tYpNR,
https://www.peekvids.com/watch?v=0XfHdjo2C3t, https://www.peekvids.com/watch?v=FtU3WnMfcbr, https://www.peekvids.com/watch?v=di8QefLGz7D,

https://www.peekvids.com/watch?v=3B9wvG3ppON, https://www.peekvids.com/watch?v=SdlCkutc2e-, https://www.peekvids.com/watch?v=N4UN23aAXuX,
https://www.peekvids.com/watch?v=zI3b7VLWiN4, https://www.peekvids.com/watch?v=-5MV2Uaqte9, https://www.peekvids.com/watch?v=JrdqxgJIJeO,
https://www.peekvids.com/watch?v=ch3NNrp09pS, https://www.peekvids.com/watch?v=biLDyauwga-, https://www.peekvids.com/watch?v=apRdB2keEjx,
https://www.peekvids.com/watch?v=O5LfBmbcnDp, https://www.peekvids.com/watch?v=NkBR0eJxjpu, https://www.peekvids.com/watch?v=tPFIWFmdF-Y,
https://www.peekvids.com/watch?v=ujBEeXqA3FA, https://www.peekvids.com/watch?v=cJDbDS09-72, https://www.peekvids.com/watch?v=uexQ8JQRhzl,
https://www.peekvids.com/watch?v=tglauc2FnJ0, https://www.peekvids.com/watch?v=eR3v9YcfuLo, https://www.peekvids.com/watch?v=7gqfoyubBwX,
https://www.peekvids.com/watch?v=-c8lyUMe3Xn, https://www.peekvids.com/watch?v=wRUAhHqYmWn, https://www.peekvids.com/watch?v=SJuyUfvEjQI,
https://www.peekvids.com/watch?v=uYrBKxxzqJv, https://www.peekvids.com/watch?v=mSX7ZRTpyZZ, https://www.peekvids.com/watch?v=0Nwl4Tg8V0u,
https://www.peekvids.com/watch?v=XbA-tQfAjwx, https://www.peekvids.com/watch?v=U87BaS7EMg2, https://www.peekvids.com/watch?v=WmuvCfOorSn,
https://www.peekvids.com/watch?v=CDRrXUAOJVg, https://www.peekvids.com/watch?v=lrKNo0ag9Ag, https://www.peekvids.com/watch?v=Jskgj-bsbkE,
https://www.peekvids.com/watch?v=6PzEpEi2B29, https://www.peekvids.com/watch?v=iv6bagKp8Xx, https://www.peekvids.com/watch?v=WT04F3W3mQa,
https://www.peekvids.com/watch?v=rBgKHHIuq95, https://www.peekvids.com/watch?v=tTHVYR5a6zx, https://www.peekvids.com/watch?v=GqlPAEnNDpS,
https://www.peekvids.com/watch?v=AJw6eLPUFZg, https://www.peekvids.com/watch?v=DEfRTTRdufa, https://www.peekvids.com/watch?v=MswrOhyiAM3,
https://www.peekvids.com/watch?v=KUF-sPOvXxb, https://www.peekvids.com/watch?v=XZXR5MTa-St, https://www.peekvids.com/watch?v=UiUS2afuzPj,
https://www.peekvids.com/watch?v=vlUrz7UXUAX, https://www.peekvids.com/watch?v=Tg76vWvQ23t, https://www.peekvids.com/watch?v=XxZuXOtS0rX,
https://www.peekvids.com/watch?v=zNVFGn052nW, https://www.peekvids.com/watch?v=sE7AVjRucqf, https://www.peekvids.com/watch?v=yCRwYHH-6GW,
https://www.peekvids.com/watch?v=dszoP0mycC-, https://www.peekvids.com/watch?v=ZRsoTKJgO2y, https://www.peekvids.com/watch?v=nC6C3ZBtQjS,
https://www.peekvids.com/watch?v=zAn2bcZZMR6, https://www.peekvids.com/watch?v=zcCpvYHkplw, https://www.peekvids.com/watch?v=WIgvRERzEWK,
https://www.peekvids.com/watch?v=V09rf4Ulnmn, https://www.peekvids.com/watch?v=vw5quBxS3nE, https://www.peekvids.com/watch?v=YFXdeVuJY2t,
https://www.peekvids.com/watch?v=YHwGBbablPZ, https://www.peekvids.com/watch?v=ux5GsfKJGHv, https://www.peekvids.com/watch?v=Jgac7dGbwx5,
https://www.peekvids.com/watch?v=bWsF9LR9Any, https://www.peekvids.com/watch?v=BK9DME8VptZ, https://www.peekvids.com/watch?v=jh9H3HPidoP,
https://www.peekvids.com/watch?v=N5FO3ZLn5S9, https://www.peekvids.com/watch?v=BSSBtfGdCP9, https://www.peekvids.com/watch?v=Qqa09vGLDzX,
https://www.peekvids.com/watch?v=02JngXjMBQs, https://www.peekvids.com/watch?v=r-XsnfNpjbF, https://www.peekvids.com/watch?v=d5CwWIAt3Ai,
https://www.peekvids.com/watch?v=EDEekK7aQPH, https://www.peekvids.com/watch?v=vskZaL9v5LG, https://www.peekvids.com/watch?v=t9QhCwramSb,
https://www.peekvids.com/watch?v=b2yy2zdfLM9, https://www.peekvids.com/watch?v=lwuG0EVUm6P, https://www.peekvids.com/watch?v=YU9-mZDMbB3,
https://www.peekvids.com/watch?v=sZyRbuBw8VY, https://www.peekvids.com/watch?v=ynpNENVL75v, https://www.peekvids.com/watch?v=I3MKXCJD7d0,
https://www.peekvids.com/watch?v=qATxYw5sShY, https://www.peekvids.com/watch?v=Gzm6P74c5NX, https://www.peekvids.com/watch?v=YJ7MgDMcazn,
https://www.peekvids.com/watch?v=sXBKC--6zcf, https://www.peekvids.com/watch?v=wK486HfLJUF, https://www.peekvids.com/watch?v=J53TDKIx6uj,
https://www.peekvids.com/watch?v=d7O-8vPEv-a, https://www.peekvids.com/watch?v=pXwVwgJFB8b, https://www.peekvids.com/watch?v=Ww983D05D4E,
https://www.peekvids.com/watch?v=FO6O5o4qPx9, https://www.peekvids.com/watch?v=5PWIUcItIZM, https://www.peekvids.com/watch?v=kONlCjBnkaf,
https://www.peekvids.com/watch?v=Y8eZJwktBVJ, https://www.peekvids.com/watch?v=bfo4u-Hh3bh, https://www.peekvids.com/watch?v=ZhfadCYbmfk,
https://www.peekvids.com/watch?v=Zjn4KpQUTeM, https://www.peekvids.com/watch?v=QRvFeChjQ96, https://www.peekvids.com/watch?v=Z4T5HLRADir,
https://www.peekvids.com/watch?v=srEcnIzHK06, https://www.peekvids.com/watch?v=KSJzJxrKprs, https://www.peekvids.com/watch?v=pUobaNOCxx3,
https://www.peekvids.com/watch?v=tP2OChDNKka, https://www.peekvids.com/watch?v=JtJhcHMI9kJ, https://www.peekvids.com/watch?v=nlap9avVoXL,
https://www.peekvids.com/watch?v=-ClkNLebILU, https://www.peekvids.com/watch?v=6e2ojN4XGe9, https://www.peekvids.com/watch?v=CFyPiE5ZT5Q,
https://www.peekvids.com/watch?v=5h6yazovNXX, https://www.peekvids.com/watch?v=zTOhdITZshQ, https://www.peekvids.com/watch?v=dp6vkgo0yJk,
https://www.peekvids.com/watch?v=CWwdVSBcRqY, https://www.peekvids.com/watch?v=ufMApqkrqqr, https://www.peekvids.com/watch?v=vk8eTwNgOov,
https://www.peekvids.com/watch?v=ijSVT4WfKdg, https://www.peekvids.com/watch?v=zlZXESsR4-X, https://www.peekvids.com/watch?v=Ya4ve2hOlSL,
https://www.peekvids.com/watch?v=ROZb0JyMu2t, https://www.peekvids.com/watch?v=bxYYdB4W5c9, https://www.peekvids.com/watch?v=ugMpzNn5OOb,
https://www.peekvids.com/watch?v=KYn0eFnr4i7, https://www.peekvids.com/watch?v=IKYDUoBvp0s, https://www.peekvids.com/watch?v=NqfpU9GBGpK,
https://www.peekvids.com/watch?v=FWZH8XwXwwr, https://www.peekvids.com/watch?v=qtcWBtIAG5k, https://www.peekvids.com/watch?v=muQ0S8XYHIN,
https://www.peekvids.com/watch?v=Y9dwKMvVmTX, https://www.peekvids.com/watch?v=XIGMgEzCsWY, https://www.peekvids.com/watch?v=yiSJ30clOP4,
https://www.peekvids.com/watch?v=xjoMxOVhYno, https://www.peekvids.com/watch?v=x7RhnhqvSMQ, https://www.peekvids.com/watch?v=aO-eJdMqbtB,
https://www.peekvids.com/watch?v=AjZcFwRXeel, https://www.peekvids.com/watch?v=sxmcGC4q2XN, https://www.peekvids.com/watch?v=eR68MTXh3M6,
https://www.peekvids.com/watch?v=OrZZuvt62gE, https://www.peekvids.com/watch?v=7I4jn8EPSTE, https://www.peekvids.com/watch?v=pniNRUjzyrJ,
https://www.peekvids.com/watch?v=blYZ24fP35d, https://www.peekvids.com/watch?v=m4xTg786ziD, https://www.peekvids.com/watch?v=mQwz60bZdBA,
https://www.peekvids.com/watch?v=74KEzT2A8v6, https://www.peekvids.com/watch?v=jhoCW4aQfxY, https://www.peekvids.com/watch?v=Q40WE6iVrhF,
https://www.peekvids.com/watch?v=nS-wzQvLHMa, https://www.peekvids.com/watch?v=N0rtSeC38aw, https://www.peekvids.com/watch?v=vSXHOTrxxy7,
https://www.peekvids.com/watch?v=l9cZFdUs0wa, https://www.peekvids.com/watch?v=icnbT-vBlrE, https://www.peekvids.com/watch?v=gyGZdvOmPsD,
https://www.peekvids.com/watch?v=Er3IL8x0Nt5, https://www.peekvids.com/watch?v=BKMSMgtnU-o, https://www.peekvids.com/watch?v=ONTeYJhuLy5,
https://www.peekvids.com/watch?v=J-TmREi-D8t, https://www.peekvids.com/watch?v=i-A8kssSWKN, https://www.peekvids.com/watch?v=TrWXTAQZnFF,
https://www.peekvids.com/watch?v=yJlf4e8aV5Z, https://www.peekvids.com/watch?v=SXUimGO-tl3, https://www.peekvids.com/watch?v=0VowCWZzeL8,
https://www.peekvids.com/watch?v=ZVE7noZ4xoA, https://www.peekvids.com/watch?v=3yBIJ3KSj37, https://www.peekvids.com/watch?v=-Zen4BmlLaq,
https://www.peekvids.com/watch?v=3BLGxh6JxZo, https://www.peekvids.com/watch?v=zlljpu46esz, https://www.peekvids.com/watch?v=-06wj4E9HUT,
https://www.peekvids.com/watch?v=Pj6hrZtTnM5, https://www.peekvids.com/watch?v=s9wjNzzkxSM, https://www.peekvids.com/watch?v=WrsK5cbno4V,
https://www.peekvids.com/watch?v=-XYIw5eIWuP, https://www.peekvids.com/watch?v=GHUUzEmnmuQ, https://www.peekvids.com/watch?v=nO7Lh6BthSv,
https://www.peekvids.com/watch?v=iPetZj8O4Iq, https://www.peekvids.com/watch?v=5yRRkIlt88k, https://www.peekvids.com/watch?v=G55bzjfQleT,
https://www.peekvids.com/watch?v=Wt60wQIZcmd, https://www.peekvids.com/watch?v=I2OLljqCArX, https://www.peekvids.com/watch?v=bJFIXKCeFyc,
https://www.peekvids.com/watch?v=QDhdAsQvAXL, https://www.peekvids.com/watch?v=rS3KWVzOilg, https://www.peekvids.com/watch?v=fIAfJAJSFeB,
https://www.peekvids.com/watch?v=V44clXduM0I, https://www.peekvids.com/watch?v=WEdvCiHAnwx, https://www.peekvids.com/watch?v=WlcFKAeldJ2,
https://www.peekvids.com/watch?v=bzfwU3-sEdP, https://www.peekvids.com/watch?v=mQ3328HnLdE, https://www.peekvids.com/watch?v=xHn9eToZIzY,
https://www.peekvids.com/watch?v=870NA0uduAV, https://www.peekvids.com/watch?v=xpQQywaysHW, https://www.peekvids.com/watch?v=g0ERRlqCelT,
https://www.peekvids.com/watch?v=EZS-GycSU-m, https://www.peekvids.com/watch?v=rM9pWKY47UK, https://www.peekvids.com/watch?v=aUOgvBVwxAg,
https://www.peekvids.com/watch?v=XaaIjvVb6H8, https://www.peekvids.com/watch?v=wbqGOMze9VO, https://www.peekvids.com/watch?v=dYWZ2Gi-uXe,
https://www.peekvids.com/watch?v=2v66kcjjsAs, https://www.peekvids.com/watch?v=HsLQipWHVk9, https://www.peekvids.com/watch?v=LCjGbAHxANN,
https://www.peekvids.com/watch?v=dSnHxjZNTmQ, https://www.peekvids.com/watch?v=VDAwBFKZhsU, https://www.peekvids.com/watch?v=NdDNqN8H-sT,
https://www.peekvids.com/watch?v=rC7qUBuzYBw, https://www.peekvids.com/watch?v=SotF9xTHSu0, https://www.peekvids.com/watch?v=vCAtFukUHL7,
https://www.peekvids.com/watch?v=x8Bo2Uj39jZ, https://www.peekvids.com/watch?v=ZaQ-biguMAO, https://www.peekvids.com/watch?v=UwuHETudMb7,
https://www.peekvids.com/watch?v=L3pH-yDIWxV, https://www.peekvids.com/watch?v=CMnamKYm4f9, https://www.peekvids.com/watch?v=vWfglYN6XgG,
https://www.peekvids.com/watch?v=tfeWb3ZPpKm, https://www.peekvids.com/watch?v=76DJmg5NCXc, https://www.peekvids.com/watch?v=INp-IXagsOm,
https://www.peekvids.com/watch?v=cQyfOewtWvC, https://www.peekvids.com/watch?v=VeMaj4oF6Ol, https://www.peekvids.com/watch?v=tO7Bbg6IyN4,
https://www.peekvids.com/watch?v=cxVCHFTzOE5, https://www.peekvids.com/watch?v=vtEmkUGQomV, https://www.peekvids.com/watch?v=cGZRp5w3RjL,
https://www.peekvids.com/watch?v=uJ8yHPlU4bp, https://www.peekvids.com/watch?v=o9QR2Arbklo, https://www.peekvids.com/watch?v=AH22EmSCQKP,
https://www.peekvids.com/watch?v=ZUBLmh5LbTx, https://www.peekvids.com/watch?v=7A9BBG92phU, https://www.peekvids.com/watch?v=RWHX0C4zkhY,
https://www.peekvids.com/watch?v=ztG3-4YR0Qn, https://www.peekvids.com/watch?v=PliaJdaGsuO, https://www.peekvids.com/watch?v=JFBCvIQ5GRg,
https://www.peekvids.com/watch?v=yxaKsHrBkws, https://www.peekvids.com/watch?v=LqJH-SasswD, https://www.peekvids.com/watch?v=n2BPSVyYlQU,
https://www.peekvids.com/watch?v=K8zWvaM6Ptv, https://www.peekvids.com/watch?v=2UDDfl-lKJx, https://www.peekvids.com/watch?v=8ZGovrcID2i,
https://www.peekvids.com/watch?v=OGMcuFpAUwF, https://www.peekvids.com/watch?v=HKCTWh3P2ut, https://www.peekvids.com/watch?v=z74GV9Byfbp,
https://www.peekvids.com/watch?v=xyEHi9Y24Gv, https://www.peekvids.com/watch?v=em8OT8xUqPh, https://www.peekvids.com/watch?v=hRu5rPSH-re,
https://www.peekvids.com/watch?v=cVTPBBdOyQJ, https://www.peekvids.com/watch?v=tot-IPdjZ6Y, https://www.peekvids.com/watch?v=ah86fFf7dDU,
https://www.peekvids.com/watch?v=jv47Y52dfXP, https://www.peekvids.com/watch?v=tUPHJEvqPFd, https://www.peekvids.com/watch?v=QOxL8lbhUa0,
https://www.peekvids.com/watch?v=4R8WxmIqHA2, https://www.peekvids.com/watch?v=fdodRj2GAvW, https://www.peekvids.com/watch?v=tAX8QHku5qM,
https://www.peekvids.com/watch?v=YSZosIAZh9I, https://www.peekvids.com/watch?v=0ydX0CWvUVR, https://www.peekvids.com/watch?v=T9aoXq4dEMO,
https://www.peekvids.com/watch?v=a22Imrky7Do, https://www.peekvids.com/watch?v=XLQzvLyr6W6, https://www.peekvids.com/watch?v=V-ixxd9CAXk,
https://www.peekvids.com/watch?v=ttzzy0BUoa0, https://www.peekvids.com/watch?v=W7GULW3TZJa, https://www.peekvids.com/watch?v=tUyuWBelZ7h,
https://www.peekvids.com/watch?v=6SclPDxbVSh, https://www.peekvids.com/watch?v=zNLYe-YtmeI, https://www.peekvids.com/watch?v=Hbyo-gYj28k,
https://www.peekvids.com/watch?v=Qeymabiy-JN, https://www.peekvids.com/watch?v=i5JsDYDjMa6, https://www.peekvids.com/watch?v=lirZ8g9ppxL,
https://www.peekvids.com/watch?v=JuUBAdvXjv9, https://www.peekvids.com/watch?v=ffMrrBBorKr, https://www.peekvids.com/watch?v=V4puFJZGaLN,
https://www.peekvids.com/watch?v=xRYjiIMgENA, https://www.peekvids.com/watch?v=Q-oxCq5iHoE, https://www.peekvids.com/watch?v=4KzFpU7CEVk,
https://www.peekvids.com/watch?v=rcxqfoxK6bt, https://www.peekvids.com/watch?v=LfdJChpql2n, https://www.peekvids.com/watch?v=TCduRycebEy,
https://www.peekvids.com/watch?v=-nV6nLgQJVh, https://www.peekvids.com/watch?v=axV43GNAIzw, https://www.peekvids.com/watch?v=69UYNuLdIsM,
https://www.peekvids.com/watch?v=Q9a6I8pMJch, https://www.peekvids.com/watch?v=yDrmIPVqNQo, https://www.peekvids.com/watch?v=tT3ULDpNz8e,
https://www.peekvids.com/watch?v=XGvEfA0mvMA, https://www.peekvids.com/watch?v=3ajS5kDHmd0, https://www.peekvids.com/watch?v=x9g3ACw2Nte,
https://www.peekvids.com/watch?v=EDlWERrezR-, https://www.peekvids.com/watch?v=6D-8WcQVDGD, https://www.peekvids.com/watch?v=2pXAfGg9QF9,
https://www.peekvids.com/watch?v=f8h8GIpXCID, https://www.peekvids.com/watch?v=BwKDGAu8zdY, https://www.peekvids.com/watch?v=-tU57uB0kA5,
https://www.peekvids.com/watch?v=tGUdDY5xPhL, https://www.peekvids.com/watch?v=izmgMmct4DD, https://www.peekvids.com/watch?v=m8t39ITlOu4,
https://www.peekvids.com/watch?v=7lU3wmUkCNj, https://www.peekvids.com/watch?v=XF9EfANluMZ, https://www.peekvids.com/watch?v=2mu0KNJ6JkH,
https://www.peekvids.com/watch?v=6f7BVevgesN, https://www.peekvids.com/watch?v=MYjZfYA265x, https://www.peekvids.com/watch?v=R7kNOacXnhN,
https://www.peekvids.com/watch?v=g0asWmiDCwe, https://www.peekvids.com/watch?v=zP0803B4EVz, https://www.peekvids.com/watch?v=DRzcqhLezFl,
https://www.peekvids.com/watch?v=62bwqU2Q3Yq, https://www.peekvids.com/watch?v=ZYJk9YgcuVj, https://www.peekvids.com/watch?v=M0ARIUMuO4D,
https://www.peekvids.com/watch?v=FZceNB6tjLI, https://www.peekvids.com/watch?v=hMt0JDRUudE, https://www.peekvids.com/watch?v=z2TQWZls-T4,
https://www.peekvids.com/watch?v=GPU9UzpmliD, https://www.peekvids.com/watch?v=qKhfmADiK0V, https://www.peekvids.com/watch?v=j23IDxljlW3,
https://www.peekvids.com/watch?v=ZrSPRxzei2s, https://www.peekvids.com/watch?v=0r6fSoPNcuo, https://www.peekvids.com/watch?v=DHWhzsG2hmj,
https://www.peekvids.com/watch?v=UmCsYsLyIP8, https://www.peekvids.com/watch?v=VKufOnQg5Rr, https://www.peekvids.com/watch?v=sUO4Pb946CC,
https://www.peekvids.com/watch?v=ihhmo2ZkwdC, https://www.peekvids.com/watch?v=nSfS4MAVZlb, https://www.peekvids.com/watch?v=5EqpftwxsHh,
https://www.peekvids.com/watch?v=h84muc8B9uo, https://www.peekvids.com/watch?v=l3UBAYfntSZ, https://www.peekvids.com/watch?v=GL0x75e-G3M,
https://www.peekvids.com/watch?v=y2xW7hmU7hB, https://www.peekvids.com/watch?v=swaZOWGD2KE, https://www.peekvids.com/watch?v=6vM6ysphqmb,
https://www.peekvids.com/watch?v=thQo65Uj55L, https://www.peekvids.com/watch?v=YGOzwIdUYRG, https://www.peekvids.com/watch?v=O5ydB-4Jur9,
https://www.peekvids.com/watch?v=YqepoeaIexI, https://www.peekvids.com/watch?v=I-G900b5FcW, https://www.peekvids.com/watch?v=QfJoYuPmNDB,
https://www.peekvids.com/watch?v=CB385YoBlg5, https://www.peekvids.com/watch?v=2na-6fH0cSu, https://www.peekvids.com/watch?v=gCNIXhjHYdw,
https://www.peekvids.com/watch?v=PvS2EUiEghX, https://www.peekvids.com/watch?v=9xdBwsoQeFK, https://www.peekvids.com/watch?v=-CP6gV4kUh8,
https://www.peekvids.com/watch?v=i7ShGdEotEm, https://www.peekvids.com/watch?v=Xh9vAstmIan, https://www.peekvids.com/watch?v=h7Opm3ITKEO,
https://www.peekvids.com/watch?v=RJmUhUsPfH2, https://www.peekvids.com/watch?v=fSCedMM4bKe, https://www.peekvids.com/watch?v=d7GuFgij0Nd,
https://www.peekvids.com/watch?v=lCBdG-uULsV, https://www.peekvids.com/watch?v=4xVGD2JAEcj, https://www.peekvids.com/watch?v=3MlBzv72Dpv,
https://www.peekvids.com/watch?v=i6g8bvo3DcK, https://www.peekvids.com/watch?v=rCdMpUjgxoM, https://www.peekvids.com/watch?v=GJglNpq2gEx,
https://www.peekvids.com/watch?v=x9OvgKp2mMW, https://www.peekvids.com/watch?v=gdnUCBvpmoN, https://www.peekvids.com/watch?v=H-yNP0yEQQy,
https://www.peekvids.com/watch?v=FfU6-vhz-X8, https://www.peekvids.com/watch?v=lXtsBZ7USMl, https://www.peekvids.com/watch?v=WhjCYJtmZTk,
https://www.peekvids.com/watch?v=L0dDv4LHf8r, https://www.peekvids.com/watch?v=o9EvTqAY3Af, https://www.peekvids.com/watch?v=OkxeSvUk6xQ,
https://www.peekvids.com/watch?v=0BgU4dhb4Mo, https://www.peekvids.com/watch?v=S0v-YYt5ZaE, https://www.peekvids.com/watch?v=glvMJp9kVxA,
https://www.peekvids.com/watch?v=sLuCwUiMnpZ, https://www.peekvids.com/watch?v=gXwLNlAZ7uT, https://www.peekvids.com/watch?v=hT8BxynvJTV,
https://www.peekvids.com/watch?v=0SAD6v8PhHy, https://www.peekvids.com/watch?v=sWM3XukQsR2, https://www.peekvids.com/watch?v=YSt9tGDJUvC,
https://www.peekvids.com/watch?v=7v9O2aCYRGq, https://www.peekvids.com/watch?v=s-somRxQJXM, https://www.peekvids.com/watch?v=7K5ZnrYbkIQ,
https://www.peekvids.com/watch?v=mzZbBj-mXL-, https://www.peekvids.com/watch?v=Bjzgw-ltSA0, https://www.peekvids.com/watch?v=h7hi2fznUMM,
https://www.peekvids.com/watch?v=3EWGMdziXkM, https://www.peekvids.com/watch?v=cz8QAqIO93K, https://www.peekvids.com/watch?v=rhVphPkY68H,
https://www.peekvids.com/watch?v=qXc7y2usAyx, https://www.peekvids.com/watch?v=ISyDbQvMG8x, https://www.peekvids.com/watch?v=j3mi3WGhwsM,
https://www.peekvids.com/watch?v=YTox2bKkEE5, https://www.peekvids.com/watch?v=KYToPEJ9mYr, https://www.peekvids.com/watch?v=qof0cRzlpsB,
https://www.peekvids.com/watch?v=60H7DWOHVHp, https://www.peekvids.com/watch?v=kSjjOXiVhI3, https://www.peekvids.com/watch?v=QhETQRMOdlb,
https://www.peekvids.com/watch?v=WjRPEGFS0oC, https://www.peekvids.com/watch?v=KJOd60zYDsn, https://www.peekvids.com/watch?v=QzVqF8dlyST,
https://www.peekvids.com/watch?v=ip3TIZcq7qc, https://www.peekvids.com/watch?v=TM34jEoNGV4, https://www.peekvids.com/watch?v=YUoKSKPMMGk,
https://www.peekvids.com/watch?v=KafAM4uDN8Z, https://www.peekvids.com/watch?v=nMsQQaIWSo0, https://www.peekvids.com/watch?v=hVOVLoBzNXK,
https://www.peekvids.com/watch?v=XQcSljFSPKl, https://www.peekvids.com/watch?v=pVk7nRdet-E, https://www.peekvids.com/watch?v=0xtCyllLJMq,
https://www.peekvids.com/watch?v=BCMCVODfhUA, https://www.peekvids.com/watch?v=vafqnJ470eV, https://www.peekvids.com/watch?v=vHtPLg3HfTw,
https://www.peekvids.com/watch?v=nSvXKrP3QVj, https://www.peekvids.com/watch?v=wseHvEHJKUY, https://www.peekvids.com/watch?v=2r40eqPM4YP,
https://www.peekvids.com/watch?v=9GiPmNmSvd7, https://www.peekvids.com/watch?v=dL58D-XkM8V, https://www.peekvids.com/watch?v=oOcVeLbehrj,
https://www.peekvids.com/watch?v=GQWtyakiO4s, https://www.peekvids.com/watch?v=zkWfEO6zzbO, https://www.peekvids.com/watch?v=O8dmRwUW4qG,
https://www.peekvids.com/watch?v=9XlLmWMksts, https://www.peekvids.com/watch?v=MLKkRD2PiLD, https://www.peekvids.com/watch?v=b86da6lIjxh,

https://www.peekvids.com/watch?v=BZaAM44KZkp, https://www.peekvids.com/watch?v=qUbPmxDfq2Z, https://www.peekvids.com/watch?v=Zm6oXjRV3mm,
https://www.peekvids.com/watch?v=2UJKKu3VNOP, https://www.peekvids.com/watch?v=EQRQM0XIjYP, https://www.peekvids.com/watch?v=f02HxoNNYIW,
https://www.peekvids.com/watch?v=xgQt4OAc0Gt, https://www.peekvids.com/watch?v=bPrCmYuLL8X, https://www.peekvids.com/watch?v=o-iEGl7WSUj,
https://www.peekvids.com/watch?v=hB5wszieABw, https://www.peekvids.com/watch?v=xhN4kI8EUoV, https://www.peekvids.com/watch?v=xpHpPZvhsy4,
https://www.peekvids.com/watch?v=ItzLMFi59IT, https://www.peekvids.com/watch?v=f65KntijvHK, https://www.peekvids.com/watch?v=nFtsfKdTRje
5.f. Date of third notice: 2015-03-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fuck69
5.b. Uploader's email address: andryalkinsopourto@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fuck69
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GSEwm3dwJfe, https://www.peekvids.com/watch?v=0LYNETml8X5,
https://www.peekvids.com/watch?v=nN3A7sYOk3e, https://www.peekvids.com/watch?v=mQ77VvzDoQP, https://www.peekvids.com/watch?v=2oXxH59QfmB,
https://www.peekvids.com/watch?v=uMhEJC9xGuw, https://www.peekvids.com/watch?v=VdiRPyiLm0j, https://www.peekvids.com/watch?v=LEycbICAQQv,
https://www.peekvids.com/watch?v=L95HTGxqHKk, https://www.peekvids.com/watch?v=ovfIgr2R9L9, https://www.peekvids.com/watch?v=GlLwniFHmy6,
https://www.peekvids.com/watch?v=-D3X7CMFp23, https://www.peekvids.com/watch?v=orwHWpUc7tS, https://www.peekvids.com/watch?v=xHq4enyTBdL,
https://www.peekvids.com/watch?v=jV0Y8susnou, https://www.peekvids.com/watch?v=EH0y-BONLZ2, https://www.peekvids.com/watch?v=7lO0UlXN5Qo,
https://www.peekvids.com/watch?v=jfPHnoYpAV6, https://www.peekvids.com/watch?v=BkFDKEVF93C, https://www.peekvids.com/watch?v=NtfrRPcjCt2,
https://www.peekvids.com/watch?v=vArNuN4VsaC, https://www.peekvids.com/watch?v=7ETXc3wkVbn, https://www.peekvids.com/watch?v=YeCl30FBGlu,
https://www.peekvids.com/watch?v=z0FdtOjRSj-, https://www.peekvids.com/watch?v=UvoAreeV5w5, https://www.peekvids.com/watch?v=OP489-lWyAb,
https://www.peekvids.com/watch?v=VQrSasDCX3G, https://www.peekvids.com/watch?v=neB4p2m5zVj, https://www.peekvids.com/watch?v=7RLavxKIMi5,
https://www.peekvids.com/watch?v=9AFPsfdEAiH, https://www.peekvids.com/watch?v=ZJvhP7z4SdC, https://www.peekvids.com/watch?v=XgJ2934j3fY,
https://www.peekvids.com/watch?v=rnsUvSDCbFh, https://www.peekvids.com/watch?v=7K7RomFX0oN, https://www.peekvids.com/watch?v=ewg5omGt7si,
https://www.peekvids.com/watch?v=GTQnNnrC7I-, https://www.peekvids.com/watch?v=hcnAD7ujLAD, https://www.peekvids.com/watch?v=lpLAQxvsleM,
https://www.peekvids.com/watch?v=Aj8aNTFML9S, https://www.peekvids.com/watch?v=Hy2VRiCLyhn, https://www.peekvids.com/watch?v=y84tiicAqR6,
https://www.peekvids.com/watch?v=vzF-7TSHb6w, https://www.peekvids.com/watch?v=qOX3IziiGra, https://www.peekvids.com/watch?v=Xc5Fl4HfRMq,
https://www.peekvids.com/watch?v=8DEggkJ5Gdb, https://www.peekvids.com/watch?v=KsH5ad-80nq, https://www.peekvids.com/watch?v=yihfDsdpekh,
https://www.peekvids.com/watch?v=wAqP4LIB2qp, https://www.peekvids.com/watch?v=cF0SFASkD8E, https://www.peekvids.com/watch?v=TMs-yZZsSvZ,
https://www.peekvids.com/watch?v=wixJS4PNBQL, https://www.peekvids.com/watch?v=GR0a4Kj7dl7, https://www.peekvids.com/watch?v=xNf7H764DGc,
https://www.peekvids.com/watch?v=ImIgLsxfKyr, https://www.peekvids.com/watch?v=TbbJZW3Rh86, https://www.peekvids.com/watch?v=uJhKpR4Nlgk,
https://www.peekvids.com/watch?v=oJJmACdPAAk, https://www.peekvids.com/watch?v=5x8ffvQUJ9M, https://www.peekvids.com/watch?v=y-KOXZpwJ0N,
https://www.peekvids.com/watch?v=kLdlR6OGisc, https://www.peekvids.com/watch?v=Bg2o-Jv7E4M, https://www.peekvids.com/watch?v=VnzdlEindGs,
https://www.peekvids.com/watch?v=cHqVInN2caI, https://www.peekvids.com/watch?v=yWhK3scoLS9, https://www.peekvids.com/watch?v=IkIRnc9ngiR,
https://www.peekvids.com/watch?v=TdxAL2LUtih, https://www.peekvids.com/watch?v=AGdZrW5Ph0w, https://www.peekvids.com/watch?v=bwahCpK9pkS,
https://www.peekvids.com/watch?v=GWaPpuGPGyd, https://www.peekvids.com/watch?v=99C0TOaOzmc, https://www.peekvids.com/watch?v=sqBLRWEoVca,
https://www.peekvids.com/watch?v=S73vMsEHDMt, https://www.peekvids.com/watch?v=VZRIRp90yEh, https://www.peekvids.com/watch?v=4bHg4rGchNQ,
https://www.peekvids.com/watch?v=zws9qZcsnTC, https://www.peekvids.com/watch?v=uESUNyvVaEi, https://www.peekvids.com/watch?v=8GnG8fWnPRW,
https://www.peekvids.com/watch?v=EiS3nJmW8GC, https://www.peekvids.com/watch?v=ZMZ-Oj6RITQ, https://www.peekvids.com/watch?v=G32su3XrCRG,
https://www.peekvids.com/watch?v=wvtFrxRnEUh, https://www.peekvids.com/watch?v=2CbexBZGBJ0, https://www.peekvids.com/watch?v=oL9r4BwCLE5,
https://www.peekvids.com/watch?v=kh5HkXG8jFc, https://www.peekvids.com/watch?v=4QN34UaLa4p, https://www.peekvids.com/watch?v=-dmLXGT6SY0,
https://www.peekvids.com/watch?v=0cyKK30NzpY, https://www.peekvids.com/watch?v=5ZZxuMS2U8u, https://www.peekvids.com/watch?v=7f6JvBgnvBx,
https://www.peekvids.com/watch?v=PfZJwwLE-sH, https://www.peekvids.com/watch?v=HZWkaBVmoDy, https://www.peekvids.com/watch?v=JGyrQCcdiUc,
https://www.peekvids.com/watch?v=zKQ0i8cs6pk, https://www.peekvids.com/watch?v=MfxBhPO0hWt, https://www.peekvids.com/watch?v=9Dn7uBnCoQH,
https://www.peekvids.com/watch?v=-ogpv7gfLi-, https://www.peekvids.com/watch?v=QVIMcGG354E, https://www.peekvids.com/watch?v=dYgZSZACkIg,
https://www.peekvids.com/watch?v=9qUA7WVMtHv, https://www.peekvids.com/watch?v=rMjjYJk65V9, https://www.peekvids.com/watch?v=yqpnq4xlL76,
https://www.peekvids.com/watch?v=2GXlyKD2r-7, https://www.peekvids.com/watch?v=zNKbzEs6uAt, https://www.peekvids.com/watch?v=TQLUU-mKGOj,
https://www.peekvids.com/watch?v=oZ3WLL0dsDK, https://www.peekvids.com/watch?v=F48WF5eJAx6, https://www.peekvids.com/watch?v=0HpGmFX8Ajo,
https://www.peekvids.com/watch?v=XSZhH6mzHKo, https://www.peekvids.com/watch?v=ttQE2wXc9Oy, https://www.peekvids.com/watch?v=AttoMSvIOYK,
https://www.peekvids.com/watch?v=o2iHvPa99fh, https://www.peekvids.com/watch?v=rRCy5XZsXgy, https://www.peekvids.com/watch?v=3X4aU7tQmEa,
https://www.peekvids.com/watch?v=lDgqDt-79Cm, https://www.peekvids.com/watch?v=9k27P3pBYdb, https://www.peekvids.com/watch?v=8XvoXsdxnrf,
https://www.peekvids.com/watch?v=zeFQeJRbUF9, https://www.peekvids.com/watch?v=aHhA2kGszMc, https://www.peekvids.com/watch?v=BJwgU5XiLuu,
https://www.peekvids.com/watch?v=ULvTX7pBgMk, https://www.peekvids.com/watch?v=xDUUcKxgUXV, https://www.peekvids.com/watch?v=y38tHECZGJE,
https://www.peekvids.com/watch?v=-T4ADNDyWRa, https://www.peekvids.com/watch?v=LColqHDRqr6, https://www.peekvids.com/watch?v=Vxe6O9BidZU,
https://www.peekvids.com/watch?v=3h6yolXyFJZ, https://www.peekvids.com/watch?v=HuScx9y2s35, https://www.peekvids.com/watch?v=VOjwPcMdfPl,
https://www.peekvids.com/watch?v=BtoYpWdalRP, https://www.peekvids.com/watch?v=a-K8c7tiGvD, https://www.peekvids.com/watch?v=8PdItQFCeyg,
https://www.peekvids.com/watch?v=BiWkdF-5SC0, https://www.peekvids.com/watch?v=7abqoO-KmOy, https://www.peekvids.com/watch?v=WGk3P-oYK9B,
https://www.peekvids.com/watch?v=AzDBq3G2EXX, https://www.peekvids.com/watch?v=2kBLiBPoJZB, https://www.peekvids.com/watch?v=HIZxXuKR5rc,
https://www.peekvids.com/watch?v=0tODB7DAkF7, https://www.peekvids.com/watch?v=NsPmsGdFhUs, https://www.peekvids.com/watch?v=bVXszEiS3Rb,
https://www.peekvids.com/watch?v=aLy5wwr4bsA, https://www.peekvids.com/watch?v=jlBx4izgy0J, https://www.peekvids.com/watch?v=zD6Heq3gaWc,
https://www.peekvids.com/watch?v=56gwJMaCjGH, https://www.peekvids.com/watch?v=I3ApnLOLLn-, https://www.peekvids.com/watch?v=G7UabSROuIh,
https://www.peekvids.com/watch?v=8a7OubhL90t, https://www.peekvids.com/watch?v=fZcDDJTd8gc, https://www.peekvids.com/watch?v=hMaAdHvGPba,
https://www.peekvids.com/watch?v=E5lDb9SpwNr, https://www.peekvids.com/watch?v=JCrJTi6y5le, https://www.peekvids.com/watch?v=roNS3cH8JWo,
https://www.peekvids.com/watch?v=NAfTvN4mHDQ, https://www.peekvids.com/watch?v=kA8Hnrh5mz7, https://www.peekvids.com/watch?v=tBLVqN-iHfv,
https://www.peekvids.com/watch?v=FWzCBS4uEME, https://www.peekvids.com/watch?v=dV5oohAGngV, https://www.peekvids.com/watch?v=lvsIJkOooxl,
https://www.peekvids.com/watch?v=Y85j7l-VjbH, https://www.peekvids.com/watch?v=Y5KRxEdb9Fu, https://www.peekvids.com/watch?v=EF6G-Mui4hJ,
https://www.peekvids.com/watch?v=tMfBiqlX--H, https://www.peekvids.com/watch?v=YoDvjUjl9It, https://www.peekvids.com/watch?v=mowEawBOf6f,
https://www.peekvids.com/watch?v=eRMjLlGCoSM, https://www.peekvids.com/watch?v=uJexCRLOLH9, https://www.peekvids.com/watch?v=GtQDbTepZFI,
https://www.peekvids.com/watch?v=xQesy8qG4IH, https://www.peekvids.com/watch?v=FzGnvbi0Qbx, https://www.peekvids.com/watch?v=lTFTZADXSiM,
https://www.peekvids.com/watch?v=rXdzLLq4AP4, https://www.peekvids.com/watch?v=eY3bPyzzYfo, https://www.peekvids.com/watch?v=3sjtXi5DwtV,
https://www.peekvids.com/watch?v=FGMw0R8EM8q, https://www.peekvids.com/watch?v=slk5bFYSmAl, https://www.peekvids.com/watch?v=TlLHkKeL6Ua,
https://www.peekvids.com/watch?v=N9HtRG82OWC, https://www.peekvids.com/watch?v=ZqkgwrlaPBC, https://www.peekvids.com/watch?v=W5DtVX4XIyS,
https://www.peekvids.com/watch?v=QObKmJW8oQW, https://www.peekvids.com/watch?v=c0pzyz2iQJL, https://www.peekvids.com/watch?v=PFGdt7NKCPS,
https://www.peekvids.com/watch?v=4DjRPDTweyM, https://www.peekvids.com/watch?v=o5TTiugkw4c, https://www.peekvids.com/watch?v=jhyOAY675X0,
https://www.peekvids.com/watch?v=rTkxzwb3ZBD, https://www.peekvids.com/watch?v=N6f4cCGTF3T, https://www.peekvids.com/watch?v=oU8RhrDv9He,
https://www.peekvids.com/watch?v=VE-wR-xaANR, https://www.peekvids.com/watch?v=U6sU3CLrcto, https://www.peekvids.com/watch?v=cDFLmIJtLcu,
https://www.peekvids.com/watch?v=OJj-ybW8Ja5, https://www.peekvids.com/watch?v=Tns3jQWvVYm, https://www.peekvids.com/watch?v=9LClJIxsxLO,
https://www.peekvids.com/watch?v=VTKl7eJyq9N, https://www.peekvids.com/watch?v=gtdgP27Ss7j, https://www.peekvids.com/watch?v=vhdppMEX4op,
https://www.peekvids.com/watch?v=ETr-qvs7-Rb, https://www.peekvids.com/watch?v=8zIAJeNOz9G, https://www.peekvids.com/watch?v=OSxsOEf5KfM,
https://www.peekvids.com/watch?v=xfr6bBlKZQf, https://www.peekvids.com/watch?v=UEagJzTRcOV, https://www.peekvids.com/watch?v=3i-ybSPwS0e,
https://www.peekvids.com/watch?v=K9MHHMBSDTs, https://www.peekvids.com/watch?v=Bq3-20Utxjj, https://www.peekvids.com/watch?v=5nnhURX5GzU,
https://www.peekvids.com/watch?v=TZorWXdb2ms, https://www.peekvids.com/watch?v=3cayk6sLC56, https://www.peekvids.com/watch?v=kAmmM2Up2B0,
https://www.peekvids.com/watch?v=4HBfbuUlFyB, https://www.peekvids.com/watch?v=9BWRTS0qsZW, https://www.peekvids.com/watch?v=sz8LxLfSn4J,
https://www.peekvids.com/watch?v=X6azFxrSfa-, https://www.peekvids.com/watch?v=Qaz-oMSpQJZ, https://www.peekvids.com/watch?v=eNDfd7FhPm5,
https://www.peekvids.com/watch?v=yAQfXfzBLIa, https://www.peekvids.com/watch?v=OQNIRixzvXL, https://www.peekvids.com/watch?v=pZOMDUTbdqt,
https://www.peekvids.com/watch?v=aZa0DAAvZZX, https://www.peekvids.com/watch?v=TXbIEhPAQSz, https://www.peekvids.com/watch?v=5qJFA5jka8w,
https://www.peekvids.com/watch?v=OcA6qGwhReh, https://www.peekvids.com/watch?v=-urE3HPTDDx, https://www.peekvids.com/watch?v=neeh36uDDMY,
https://www.peekvids.com/watch?v=WVgUUIoQya2, https://www.peekvids.com/watch?v=y0kOBfYa9VN, https://www.peekvids.com/watch?v=PgnqpYDZO2Q,
https://www.peekvids.com/watch?v=pcxKsJ6rDBg, https://www.peekvids.com/watch?v=aBWSAjT0XA6, https://www.peekvids.com/watch?v=sFzL4JVrb9k,
https://www.peekvids.com/watch?v=l3oX88b0GIr, https://www.peekvids.com/watch?v=63uWCEX9qjw, https://www.peekvids.com/watch?v=84gWdiHXxm5,
https://www.peekvids.com/watch?v=mQ4uXedM04s, https://www.peekvids.com/watch?v=SzdHOR0o32e, https://www.peekvids.com/watch?v=ZPHjXFj-b0o,
https://www.peekvids.com/watch?v=u8rmPPUZS8z, https://www.peekvids.com/watch?v=dVanrz37uoh, https://www.peekvids.com/watch?v=gKbZZRSI8P3,
https://www.peekvids.com/watch?v=WLvgvbSiHOl, https://www.peekvids.com/watch?v=rav5taSvjqo, https://www.peekvids.com/watch?v=N6RLno0Z5wX,
https://www.peekvids.com/watch?v=DoPmzzsVakZ, https://www.peekvids.com/watch?v=riv9673oO0l, https://www.peekvids.com/watch?v=B0HE63xxpw3,
https://www.peekvids.com/watch?v=Vu7iDArE7J-, https://www.peekvids.com/watch?v=RqNYPDFpJo5, https://www.peekvids.com/watch?v=M7T2JCK78EG,
https://www.peekvids.com/watch?v=DN-lEqDtcEp, https://www.peekvids.com/watch?v=QML0-7fDrkD, https://www.peekvids.com/watch?v=8-xddtIk9Vf,
https://www.peekvids.com/watch?v=efeNq2txg0v, https://www.peekvids.com/watch?v=UmbrEKJHVfN, https://www.peekvids.com/watch?v=WPjXTzhXdjI,
https://www.peekvids.com/watch?v=oXlbvTZRPxV, https://www.peekvids.com/watch?v=hHYFtIKG8V0, https://www.peekvids.com/watch?v=d3nKzux63Rl,
https://www.peekvids.com/watch?v=ikhmsP-P24d, https://www.peekvids.com/watch?v=X8I7VdfUf7-, https://www.peekvids.com/watch?v=7QcP2yMJWwd,
https://www.peekvids.com/watch?v=qsVmyVUxoPs, https://www.peekvids.com/watch?v=M36M24KGPIb, https://www.peekvids.com/watch?v=rISUtOeJWbN,
https://www.peekvids.com/watch?v=6dmrYYBqmmV, https://www.peekvids.com/watch?v=2o04Sftfj7F, https://www.peekvids.com/watch?v=WonJJVeQsbZ,
https://www.peekvids.com/watch?v=oKFZGDudEN8, https://www.peekvids.com/watch?v=QJN2dcp8gUO, https://www.peekvids.com/watch?v=36NyMa54VvI,
https://www.peekvids.com/watch?v=zKjyK5dLEvi, https://www.peekvids.com/watch?v=MRvl2u78CgS, https://www.peekvids.com/watch?v=BXq9UncvBkp,
https://www.peekvids.com/watch?v=YpztwuVelMF, https://www.peekvids.com/watch?v=gukcRGa0cIH, https://www.peekvids.com/watch?v=abm7-DSY8oP,
https://www.peekvids.com/watch?v=WVy7SuNOmqt, https://www.peekvids.com/watch?v=3YGprKLgAE7, https://www.peekvids.com/watch?v=vXU3hV0PkDf,
https://www.peekvids.com/watch?v=zNFRxz42QqE, https://www.peekvids.com/watch?v=60dYjBxwkUN, https://www.peekvids.com/watch?v=bmd6fpUYj3c,
https://www.peekvids.com/watch?v=TwnfiG2V0CF, https://www.peekvids.com/watch?v=rsLnjEpD-Pe, https://www.peekvids.com/watch?v=t6cOQa62sFc,
https://www.peekvids.com/watch?v=ijXMT7lNp9S, https://www.peekvids.com/watch?v=93oNTzUtoP6, https://www.peekvids.com/watch?v=bCFL4IUUGNA,
https://www.peekvids.com/watch?v=y6avoMDCinc, https://www.peekvids.com/watch?v=WvdhIzbL4iN, https://www.peekvids.com/watch?v=3Z9kRj7Yhb2,
https://www.peekvids.com/watch?v=ufjKe27Ffef, https://www.peekvids.com/watch?v=jpMklpt6Op0, https://www.peekvids.com/watch?v=TD9zuVdmfT9,
https://www.peekvids.com/watch?v=3anyi-3m2kb, https://www.peekvids.com/watch?v=2lo-BzOUeGk, https://www.peekvids.com/watch?v=wVNZPVQG6Wr,
https://www.peekvids.com/watch?v=0F8aP93eHmb, https://www.peekvids.com/watch?v=AuxoVOB9zHw, https://www.peekvids.com/watch?v=W6A2fwxiGAK,
https://www.peekvids.com/watch?v=4qglr64g79k, https://www.peekvids.com/watch?v=8RzQg6SKFyR, https://www.peekvids.com/watch?v=55D4aPsWZTv,
https://www.peekvids.com/watch?v=747gs3scts-, https://www.peekvids.com/watch?v=Dxx2DnmL58a, https://www.peekvids.com/watch?v=lOpnSvRlLRU,
https://www.peekvids.com/watch?v=VGBS-HAuvuu, https://www.peekvids.com/watch?v=gHq850DGICu, https://www.peekvids.com/watch?v=yGLT2xEjULq,
https://www.peekvids.com/watch?v=i4ZNWzPuCPP, https://www.peekvids.com/watch?v=wgyPT9tLxcS, https://www.peekvids.com/watch?v=6lwbG4OBMtP,
https://www.peekvids.com/watch?v=k3CRyEbfJRF, https://www.peekvids.com/watch?v=z7x9NZ8d3Ag, https://www.peekvids.com/watch?v=UDN9LZKBOCa,
https://www.peekvids.com/watch?v=YhXNrNbxqxk, https://www.peekvids.com/watch?v=IsNmi-9azuV, https://www.peekvids.com/watch?v=FoyOvmpwLK4,
https://www.peekvids.com/watch?v=6OVWYXbxc5g, https://www.peekvids.com/watch?v=ied5wiHsnt9, https://www.peekvids.com/watch?v=TOSpcAF6RJW,
https://www.peekvids.com/watch?v=bD2Faz9vXrk, https://www.peekvids.com/watch?v=QwjcXtrbwzB, https://www.peekvids.com/watch?v=-EOK7OkhcHW,
https://www.peekvids.com/watch?v=5IsXMvU4AU3, https://www.peekvids.com/watch?v=45qoPEdeTOe, https://www.peekvids.com/watch?v=k3dmpggvGBx,
https://www.peekvids.com/watch?v=6ZeFabdovSk, https://www.peekvids.com/watch?v=qLSrldbnYLx, https://www.peekvids.com/watch?v=JwspZfQl3pA,
https://www.peekvids.com/watch?v=Z2CXKehTz8E, https://www.peekvids.com/watch?v=O8eBTT0B9Nr, https://www.peekvids.com/watch?v=OBDCyIErNyQ,
https://www.peekvids.com/watch?v=7FUH3FakPp4, https://www.peekvids.com/watch?v=ZFhF6FTn2hz, https://www.peekvids.com/watch?v=TzwTjBOloo-,
https://www.peekvids.com/watch?v=3MNzesfMScN, https://www.peekvids.com/watch?v=rtSrWRRikkr, https://www.peekvids.com/watch?v=UGGlVzWZMfm,
https://www.peekvids.com/watch?v=XRDmodMdr8Y, https://www.peekvids.com/watch?v=dPb50thyR9I, https://www.peekvids.com/watch?v=hY9K9tj7MhP,
https://www.peekvids.com/watch?v=I06exOx2Zjn, https://www.peekvids.com/watch?v=xywe6lwsMlZ, https://www.peekvids.com/watch?v=bQ2HstQbBur,
https://www.peekvids.com/watch?v=vCC29kpZs2S, https://www.peekvids.com/watch?v=xu-beGSjsdx, https://www.peekvids.com/watch?v=YOBYzu6apNW,
https://www.peekvids.com/watch?v=TcgGZZZ-VOy, https://www.peekvids.com/watch?v=ZP9I5wKuI2X, https://www.peekvids.com/watch?v=dDNy3Yfoex8,
https://www.peekvids.com/watch?v=PqvGVvOVwM9, https://www.peekvids.com/watch?v=lNmfnbMtu43, https://www.peekvids.com/watch?v=ViQcZEeaOp8,
https://www.peekvids.com/watch?v=dlM-Qe8hNlC, https://www.peekvids.com/watch?v=N6Ucn9d0g-s, https://www.peekvids.com/watch?v=vVW2gIVHNyQ,
https://www.peekvids.com/watch?v=sOP9Kvu45GO, https://www.peekvids.com/watch?v=UMxIvKqP3Xi, https://www.peekvids.com/watch?v=waUxGzKvR9k,
https://www.peekvids.com/watch?v=XwYPC8VO8gw, https://www.peekvids.com/watch?v=Bvs82CfCAtx, https://www.peekvids.com/watch?v=6Il8CyduvDv,
https://www.peekvids.com/watch?v=XzwYvpSOJdO, https://www.peekvids.com/watch?v=Yc0W6FbIin-, https://www.peekvids.com/watch?v=GouHCUFdRzf,
https://www.peekvids.com/watch?v=iGLVHRrUvoP, https://www.peekvids.com/watch?v=JyGwf76DBmF, https://www.peekvids.com/watch?v=IhJvYQk8Imk,
https://www.peekvids.com/watch?v=yeCkTkNK7WL, https://www.peekvids.com/watch?v=c4QkHSUNVN6, https://www.peekvids.com/watch?v=NQHFd54Exfo,
https://www.peekvids.com/watch?v=ibzQDXLrCkz, https://www.peekvids.com/watch?v=eyik4BVVaz5, https://www.peekvids.com/watch?v=N0M2tDfzwbS,

https://www.peekvids.com/watch?v=H8N56uXqFK4, https://www.peekvids.com/watch?v=ttODtmxBmOo, https://www.peekvids.com/watch?v=DvTReOL8xEm,
https://www.peekvids.com/watch?v=H6HKpZWETej, https://www.peekvids.com/watch?v=5XuwlzL30wa, https://www.peekvids.com/watch?v=NItKfqIQtJe,
https://www.peekvids.com/watch?v=foaNWjhBolu, https://www.peekvids.com/watch?v=WJAXJ2hP38D, https://www.peekvids.com/watch?v=OhkFuW-FU84,
https://www.peekvids.com/watch?v=xFPMeaNlrkU, https://www.peekvids.com/watch?v=fzDn8vTPeSC, https://www.peekvids.com/watch?v=AYNQRzcdP7r,
https://www.peekvids.com/watch?v=GI-vJEzVfay, https://www.peekvids.com/watch?v=uxlIqk2ewFY, https://www.peekvids.com/watch?v=-jFBfmG-ugP,
https://www.peekvids.com/watch?v=AltUMbr2Wpw, https://www.peekvids.com/watch?v=nDT-vM0xTyT, https://www.peekvids.com/watch?v=oW-gJRVHVnd,
https://www.peekvids.com/watch?v=itwf26sdn-M, https://www.peekvids.com/watch?v=RlzUmjcLQOB, https://www.peekvids.com/watch?v=9v6x46TXfzT,
https://www.peekvids.com/watch?v=BSJt4yXwegQ, https://www.peekvids.com/watch?v=IDKh7H4nsx3, https://www.peekvids.com/watch?v=VtLobnSF-dt,
https://www.peekvids.com/watch?v=gHD4MJ7lrrH, https://www.peekvids.com/watch?v=yaw-wjkNHMY, https://www.peekvids.com/watch?v=hinocZPVz4g,
https://www.peekvids.com/watch?v=UoM9Pa3t-qF, https://www.peekvids.com/watch?v=dFpVDlROXZp, https://www.peekvids.com/watch?v=UR99XAHZS5n,
https://www.peekvids.com/watch?v=CObUjjlTgUp, https://www.peekvids.com/watch?v=OOGTG4sxQ-f, https://www.peekvids.com/watch?v=vZ2yDiffhcC,
https://www.peekvids.com/watch?v=2RfJTBC86O2, https://www.peekvids.com/watch?v=SAEeSjsGT4Z, https://www.peekvids.com/watch?v=urmDRXNtS2t,
https://www.peekvids.com/watch?v=LJBeQSm6yd8, https://www.peekvids.com/watch?v=rWpMtXFLp7U, https://www.peekvids.com/watch?v=7TJ7vCG4kbh,
https://www.peekvids.com/watch?v=Q7jbE3KftuJ, https://www.peekvids.com/watch?v=WUkBtwtiLZu, https://www.peekvids.com/watch?v=RZUZ8VDWVqF,
https://www.peekvids.com/watch?v=v63EGVxNQDG, https://www.peekvids.com/watch?v=skQItPla4pk, https://www.peekvids.com/watch?v=nGp2uLZsiql,
https://www.peekvids.com/watch?v=4hjEOGKdY99, https://www.peekvids.com/watch?v=pGsgIduCUXq, https://www.peekvids.com/watch?v=R0loLJwTXPW,
https://www.peekvids.com/watch?v=CWZBNfc4zpg
5.f. Date of third notice: 2015-03-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fuckslut
5.b. Uploader's email address: emilondooreodor@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=fuckslut
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=5uJ0gI7_PI9, https://www.peekvids.com/watch?v=0vKpym1UJNk,
https://www.peekvids.com/watch?v=2OD1ToT-4oy, https://www.peekvids.com/watch?v=J3FyydBQEc6, https://www.peekvids.com/watch?v=NQDZE59Gdxk,
https://www.peekvids.com/watch?v=z5KRU34R7ne, https://www.peekvids.com/watch?v=OvM3xMe8TTz, https://www.peekvids.com/watch?v=CYcKQ9LGsMA,
https://www.peekvids.com/watch?v=emyz4p4Iab9, https://www.peekvids.com/watch?v=9TmMTHGvf7W, https://www.peekvids.com/watch?v=moTNj7oVqlR,
https://www.peekvids.com/watch?v=mAGcZ6hOekN, https://www.peekvids.com/watch?v=Nv4FW8Ia0Vu, https://www.peekvids.com/watch?v=3YKikhjo13K,
https://www.peekvids.com/watch?v=LlbK_NVLUda, https://www.peekvids.com/watch?v=GrwGUIQ1R-W, https://www.peekvids.com/watch?v=AvFAVR30pYJ,
https://www.peekvids.com/watch?v=YVZI7U8QoSK, https://www.peekvids.com/watch?v=7VNnUgpK1zj, https://www.peekvids.com/watch?v=Tg_NMHzR-q3,
https://www.peekvids.com/watch?v=Nif5O214akU, https://www.peekvids.com/watch?v=6t-iHpWnesq, https://www.peekvids.com/watch?v=jy80OfZUsVG,
https://www.peekvids.com/watch?v=FjbOsJvzIjo, https://www.peekvids.com/watch?v=oAhTbzhs4VB, https://www.peekvids.com/watch?v=WpjxVj5eXt3,
https://www.peekvids.com/watch?v=h60Orb6YeNs, https://www.peekvids.com/watch?v=rGM2701oTSv, https://www.peekvids.com/watch?v=adWyOujKcbt,
https://www.peekvids.com/watch?v=w9gjNDPslG6, https://www.peekvids.com/watch?v=9wZOY7oqR-o, https://www.peekvids.com/watch?v=msDyqzH4T66,
https://www.peekvids.com/watch?v=pv9TlwniPaO, https://www.peekvids.com/watch?v=lQnJDqyKtSY, https://www.peekvids.com/watch?v=RKrdI4XKLRP,
https://www.peekvids.com/watch?v=a_zcg6CarVr, https://www.peekvids.com/watch?v=XYTjb-YRETY, https://www.peekvids.com/watch?v=WOmBbPlMWn2,
https://www.peekvids.com/watch?v=9nLcCyyp21U, https://www.peekvids.com/watch?v=RY-1A_JC04E, https://www.peekvids.com/watch?v=CLKfsbOZ8in,
https://www.peekvids.com/watch?v=rtg4B0h8fsW, https://www.peekvids.com/watch?v=3y3kMiITLBK, https://www.peekvids.com/watch?v=jRSJcWvZNkg,
https://www.peekvids.com/watch?v=DPz32Xyx7hc, https://www.peekvids.com/watch?v=0lSO3a5r6Ye, https://www.peekvids.com/watch?v=aHcyhB5hIAq,
https://www.peekvids.com/watch?v=RqusFZC57KB, https://www.peekvids.com/watch?v=ASw03i7yzVn, https://www.peekvids.com/watch?v=OlybRttrw6Q,
https://www.peekvids.com/watch?v=N-G5oZtk1vP, https://www.peekvids.com/watch?v=oT1HTiGwZc5, https://www.peekvids.com/watch?v=aJZKj-mm7y3,
https://www.peekvids.com/watch?v=qg5Qq-dapxH, https://www.peekvids.com/watch?v=LeAcpPiXP7t, https://www.peekvids.com/watch?v=HBz-TJis9tt,
https://www.peekvids.com/watch?v=i8vPPdskqGJ, https://www.peekvids.com/watch?v=VVqRUtmeobb, https://www.peekvids.com/watch?v=ICE9eX1m-Az,
https://www.peekvids.com/watch?v=Y6-2cMBsQhl, https://www.peekvids.com/watch?v=E6iqcSbwdOz, https://www.peekvids.com/watch?v=zDIL2CG5mUw,
https://www.peekvids.com/watch?v=TpZvssLk1MO, https://www.peekvids.com/watch?v=eNy2cKfT1EY, https://www.peekvids.com/watch?v=uanizL9kR8q,
https://www.peekvids.com/watch?v=gEBqNGW7TJN, https://www.peekvids.com/watch?v=5z0jhul3jGV, https://www.peekvids.com/watch?v=nqQewuP9U4r,
https://www.peekvids.com/watch?v=959O_bH5gAt, https://www.peekvids.com/watch?v=dkfO8RiJytD, https://www.peekvids.com/watch?v=M3szqbGmTvj,
https://www.peekvids.com/watch?v=MTPUFloJNYc, https://www.peekvids.com/watch?v=fj-dV3eW8JG, https://www.peekvids.com/watch?v=DCyPY3xmxfS,
https://www.peekvids.com/watch?v=nO5y4jCkX4Q, https://www.peekvids.com/watch?v=wbH41vQAyrH, https://www.peekvids.com/watch?v=e0m4bLJqHPB,
https://www.peekvids.com/watch?v=FFuWTNyQCUw, https://www.peekvids.com/watch?v=0fVtTQSAcJK, https://www.peekvids.com/watch?v=QtqHJvoXzA0,
https://www.peekvids.com/watch?v=95oKKX-EJoP, https://www.peekvids.com/watch?v=mXD39gzFNQd, https://www.peekvids.com/watch?v=21iW4lMeSbl,
https://www.peekvids.com/watch?v=NRBoiru7U_v, https://www.peekvids.com/watch?v=xxRx8ZlEcVL, https://www.peekvids.com/watch?v=z62vIGQnC2c,
https://www.peekvids.com/watch?v=yO4sOMvAcem, https://www.peekvids.com/watch?v=cutl5onWnx6, https://www.peekvids.com/watch?v=XBOXokqvQ_S,
https://www.peekvids.com/watch?v=IKhkykkMy-8, https://www.peekvids.com/watch?v=F85DFdz5I0W, https://www.peekvids.com/watch?v=W8kVnQrIHO3,
https://www.peekvids.com/watch?v=6PcVC5O8z3e, https://www.peekvids.com/watch?v=hwAAY4w4K1F, https://www.peekvids.com/watch?v=VqUB5HvH7EA,
https://www.peekvids.com/watch?v=vLitL4EXBxA, https://www.peekvids.com/watch?v=i6IJuqjWkTC, https://www.peekvids.com/watch?v=LCiIurgs460,
https://www.peekvids.com/watch?v=B05KdMBTizN, https://www.peekvids.com/watch?v=dr5iasLeJIZ, https://www.peekvids.com/watch?v=WlM3aR0YuNB,
https://www.peekvids.com/watch?v=0OGSUUwaa7D
5.f. Date of third notice: 2015-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gadguud
5.b. Uploader's email address: tiimtoold71@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gadguud
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Ikpoyt5BFsn, https://www.peekvids.com/watch?v=H3xDNrxZlEd,
https://www.peekvids.com/watch?v=AYAGmT3WPpt, https://www.peekvids.com/watch?v=t-PhAcTQOIX, https://www.peekvids.com/watch?v=g7evdy9kXV4,
https://www.peekvids.com/watch?v=6WMoVcl7g0j, https://www.peekvids.com/watch?v=6QrXc4lYiFY, https://www.peekvids.com/watch?v=wS4ZlH1Qmna,
https://www.peekvids.com/watch?v=WP_VaUrEBcA, https://www.peekvids.com/watch?v=BXj371WGhTs, https://www.peekvids.com/watch?v=hybAixy0e3p,
https://www.peekvids.com/watch?v=LdRO-tKS-H3, https://www.peekvids.com/watch?v=iVXtmCjVR1J, https://www.peekvids.com/watch?v=Q8od7RYhSjT,
https://www.peekvids.com/watch?v=YNbsIJO4-ml, https://www.peekvids.com/watch?v=JCQOv5KRpho, https://www.peekvids.com/watch?v=KOBsKGIwOef,
https://www.peekvids.com/watch?v=moWWOinxqfs, https://www.peekvids.com/watch?v=Mrl91gH6nrS, https://www.peekvids.com/watch?v=D_OXDGfOVmv,
https://www.peekvids.com/watch?v=HasCq26jJiC, https://www.peekvids.com/watch?v=wGCK3v6kQLE, https://www.peekvids.com/watch?v=QFMqyQsKHmp,
https://www.peekvids.com/watch?v=JatI70BgCP9, https://www.peekvids.com/watch?v=FDgJtV3Is0M, https://www.peekvids.com/watch?v=e5zZdCov5da,
https://www.peekvids.com/watch?v=4MqOBEHk5nG, https://www.peekvids.com/watch?v=xlpdORCLRUw, https://www.peekvids.com/watch?v=3SPTyDGmJuF,
https://www.peekvids.com/watch?v=juJUnkitK0e, https://www.peekvids.com/watch?v=j62pKWq8HLr, https://www.peekvids.com/watch?v=Rx_3JybQBCh,
https://www.peekvids.com/watch?v=VGmm0YpIcPs, https://www.peekvids.com/watch?v=3hht9TFQxzg, https://www.peekvids.com/watch?v=x5OSUy0eJsL,
https://www.peekvids.com/watch?v=XKJZoDCA6Ax, https://www.peekvids.com/watch?v=4i7ua_-BlTC, https://www.peekvids.com/watch?v=SrTj_DndCpk,
https://www.peekvids.com/watch?v=ErJg4vYZWQi, https://www.peekvids.com/watch?v=gsrOrGRN3Qr, https://www.peekvids.com/watch?v=TDSr5rzKIvj,
https://www.peekvids.com/watch?v=ohhGpvBuWg6
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gagarin09
5.b. Uploader's email address: zombasvampoi@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gagarin09
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zIt0uHfxJxL, https://www.peekvids.com/watch?v=P4e-GjKxFCo,
https://www.peekvids.com/watch?v=B-PCfJ4FYlX, https://www.peekvids.com/watch?v=VLQOZGWmiqD, https://www.peekvids.com/watch?v=3YxNsowzLCe,
https://www.peekvids.com/watch?v=y5ZFLd43TIa, https://www.peekvids.com/watch?v=VR1LM37aRby, https://www.peekvids.com/watch?v=l6dgBkgXmcF,
https://www.peekvids.com/watch?v=05YJaUWTV1q, https://www.peekvids.com/watch?v=eLGRAtuafe6, https://www.peekvids.com/watch?v=8Je1agsHGD0,
https://www.peekvids.com/watch?v=7zLkVdH1kg0, https://www.peekvids.com/watch?v=dSOXFeTEQtr, https://www.peekvids.com/watch?v=uTjk_7U2yxx,
https://www.peekvids.com/watch?v=S0epw6mdhJy, https://www.peekvids.com/watch?v=dJFWkkAivSD, https://www.peekvids.com/watch?v=IyQICxljEQl,
https://www.peekvids.com/watch?v=zicH6ohJFAD, https://www.peekvids.com/watch?v=FrCBrL-Njfl, https://www.peekvids.com/watch?v=m2oecja11bp,
https://www.peekvids.com/watch?v=tQSouxzcNFp, https://www.peekvids.com/watch?v=Mg6r43BPC7e, https://www.peekvids.com/watch?v=6nKlHm4N2WN,
https://www.peekvids.com/watch?v=ba3cPIaIbr3, https://www.peekvids.com/watch?v=ahm_JqrbuLX, https://www.peekvids.com/watch?v=djlvau2oA3L,
https://www.peekvids.com/watch?v=lwESf-c9C8w, https://www.peekvids.com/watch?v=GDnx6h-F8bh, https://www.peekvids.com/watch?v=AhTjEoDp96i,
https://www.peekvids.com/watch?v=hH45oyHXrig, https://www.peekvids.com/watch?v=4vHVC98hEWw, https://www.peekvids.com/watch?v=t24w_JhMhR3,
https://www.peekvids.com/watch?v=IIg62pkbfNZ, https://www.peekvids.com/watch?v=ueHsu1pickK, https://www.peekvids.com/watch?v=dV_Lffcn1WI,
https://www.peekvids.com/watch?v=r6k4dJDzmRf, https://www.peekvids.com/watch?v=8G__y90kS8K, https://www.peekvids.com/watch?v=MNlH7ypPTnx,
https://www.peekvids.com/watch?v=GW5Mwdlz91H, https://www.peekvids.com/watch?v=WGGaRgnpE-a, https://www.peekvids.com/watch?v=z3MSNeTzbqT,
https://www.peekvids.com/watch?v=IAqjHBcvOXU, https://www.peekvids.com/watch?v=tB7Z4a8urFr, https://www.peekvids.com/watch?v=7YYxSe25xfF,
https://www.peekvids.com/watch?v=jTlNqrGeiUk, https://www.peekvids.com/watch?v=6O7D_tyr8Ye, https://www.peekvids.com/watch?v=q-cPSJDMMq9,
https://www.peekvids.com/watch?v=A3j-IWHz6Zl, https://www.peekvids.com/watch?v=IYDvaj2yOzE, https://www.peekvids.com/watch?v=DC3Q2wE8RpV,
https://www.peekvids.com/watch?v=KxkcA7m7Z-6, https://www.peekvids.com/watch?v=LNBk_njccRh, https://www.peekvids.com/watch?v=gO4cY4iK5Wy,
https://www.peekvids.com/watch?v=AutMjJwWQHb, https://www.peekvids.com/watch?v=yzcajj2NqCk, https://www.peekvids.com/watch?v=jFAw8S_ulc7,
https://www.peekvids.com/watch?v=cJGpjhFh3WH, https://www.peekvids.com/watch?v=L_dMKIWlFbK, https://www.peekvids.com/watch?v=kUST26lvZCC,
https://www.peekvids.com/watch?v=tnDUUA5xWi6, https://www.peekvids.com/watch?v=mPlCGGMMzu3, https://www.peekvids.com/watch?v=h9yJXWuEZBa,
https://www.peekvids.com/watch?v=YIqzhG3fZRN, https://www.peekvids.com/watch?v=Z7g88atoY0g, https://www.peekvids.com/watch?v=tnmkjVlzBmL,
https://www.peekvids.com/watch?v=rHKsgihbhCX, https://www.peekvids.com/watch?v=x0Vqd8JS1XD, https://www.peekvids.com/watch?v=6SsRjWLzabc,
https://www.peekvids.com/watch?v=ZFjfJ9TDoRX, https://www.peekvids.com/watch?v=yd9Sf2WrCYZ, https://www.peekvids.com/watch?v=oCt1tubsgz5,
https://www.peekvids.com/watch?v=lZ3k6nZLPiW, https://www.peekvids.com/watch?v=vmW7bVan2Iq, https://www.peekvids.com/watch?v=tJ8tXydiMlm,
https://www.peekvids.com/watch?v=HlSL9hCkOyJ, https://www.peekvids.com/watch?v=cAknPY6Bs8M, https://www.peekvids.com/watch?v=AAUIqPTNmZN,
https://www.peekvids.com/watch?v=owukrFozsiF, https://www.peekvids.com/watch?v=cPnnZip06l0, https://www.peekvids.com/watch?v=t-dcTZoiOti,
https://www.peekvids.com/watch?v=qEzuevLpV0R, https://www.peekvids.com/watch?v=QQL-ryHDMNP, https://www.peekvids.com/watch?v=Jo_1lG_Br2k,
https://www.peekvids.com/watch?v=GytMRL6xE0d, https://www.peekvids.com/watch?v=Qj3zXhmazlP, https://www.peekvids.com/watch?v=5VEekFsCtJ8,
https://www.peekvids.com/watch?v=LFqaxi3cJYl, https://www.peekvids.com/watch?v=igooA30LbND, https://www.peekvids.com/watch?v=3Re9dCRstrA,
https://www.peekvids.com/watch?v=o1t2dMpqQBJ, https://www.peekvids.com/watch?v=QcfL6cBUCKZ, https://www.peekvids.com/watch?v=nYOWQitph-s,
https://www.peekvids.com/watch?v=wmmKEasQhfb, https://www.peekvids.com/watch?v=cqFzG9UxODw, https://www.peekvids.com/watch?v=5MxvowwpPc6,
https://www.peekvids.com/watch?v=GxsTDi-ZhHr, https://www.peekvids.com/watch?v=fQ5eo-IGvYL, https://www.peekvids.com/watch?v=u3b7mReCd2l,
https://www.peekvids.com/watch?v=JCuloxyL3wN, https://www.peekvids.com/watch?v=lkXM3ZTgI37, https://www.peekvids.com/watch?v=8QtuWm-mvbk,
https://www.peekvids.com/watch?v=2v9Pa_3i8cf, https://www.peekvids.com/watch?v=VbijIO3Gc3I, https://www.peekvids.com/watch?v=kNgijdyTaHp,
https://www.peekvids.com/watch?v=ydB-fSgo_Sw, https://www.peekvids.com/watch?v=ww3IkfDUSYN, https://www.peekvids.com/watch?v=OEwGsR-uMKb,
https://www.peekvids.com/watch?v=Wc8Lf4uSU9y, https://www.peekvids.com/watch?v=FD7Oxn3u6Kb, https://www.peekvids.com/watch?v=i8OBu2zU_tM,
https://www.peekvids.com/watch?v=AGuH5LlGhlT, https://www.peekvids.com/watch?v=5QQig2KRlxH, https://www.peekvids.com/watch?v=Y07H2AEQ9Tq,
https://www.peekvids.com/watch?v=vGFAj2vAUN5, https://www.peekvids.com/watch?v=7t5cTJTUkt8, https://www.peekvids.com/watch?v=8iHCdJICgtM,
https://www.peekvids.com/watch?v=MogyiDXBBId, https://www.peekvids.com/watch?v=efFVj-I-YAg, https://www.peekvids.com/watch?v=SoxSrcySfaV,
https://www.peekvids.com/watch?v=K_FZ6Bn8nij, https://www.peekvids.com/watch?v=wJQ556o-iMO, https://www.peekvids.com/watch?v=cz-H8C-k8Kc,
https://www.peekvids.com/watch?v=dmvaySV2eQ6, https://www.peekvids.com/watch?v=JIcUo3rOTLe, https://www.peekvids.com/watch?v=lXFGw2Hqohh,
https://www.peekvids.com/watch?v=A8Pe6pssczN, https://www.peekvids.com/watch?v=fIBXR-siHRz, https://www.peekvids.com/watch?v=o1ZVda5wkFl,
https://www.peekvids.com/watch?v=qZ3imkDCYv5, https://www.peekvids.com/watch?v=BGtx87pV59V, https://www.peekvids.com/watch?v=otSTG3bZ1lc,
https://www.peekvids.com/watch?v=HJYHwqZ3ZiJ, https://www.peekvids.com/watch?v=axX7NpMeayI, https://www.peekvids.com/watch?v=7_dpSviu9RQ,
https://www.peekvids.com/watch?v=UEEZtOTFdbz, https://www.peekvids.com/watch?v=oF75Dry7pEi, https://www.peekvids.com/watch?v=Lwm0YmrA58W,
https://www.peekvids.com/watch?v=9rCIny3MMEA, https://www.peekvids.com/watch?v=7t3lR7h9eyK, https://www.peekvids.com/watch?v=Resgicvb35q,
https://www.peekvids.com/watch?v=Tf8LwAiC6tb, https://www.peekvids.com/watch?v=EsSJvz56r33, https://www.peekvids.com/watch?v=zol8P8fmyeI,
https://www.peekvids.com/watch?v=p2SG--QREKo, https://www.peekvids.com/watch?v=gQ-vXODKNbx, https://www.peekvids.com/watch?v=XFHjFC_7L7T,
https://www.peekvids.com/watch?v=UmYqtxQBkgE, https://www.peekvids.com/watch?v=NiRIxD0pfU7, https://www.peekvids.com/watch?v=mQXdmoU9ViQ,
https://www.peekvids.com/watch?v=bb22PR3C3hM

5.f. Date of third notice: 2015-06-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gazgoya
5.b. Uploader's email address: urgetusadba@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gazgoya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ZLnhHQbFf7V, https://www.peekvids.com/watch?v=ZqklaE3qF6L,
https://www.peekvids.com/watch?v=KD-q6RrZ4Pk, https://www.peekvids.com/watch?v=BY9zQY3I2W6, https://www.peekvids.com/watch?v=UIXcRy_Gtu9,
https://www.peekvids.com/watch?v=Nnr2oUpqvNg, https://www.peekvids.com/watch?v=HmdjuES4nuk, https://www.peekvids.com/watch?v=u6zUvgYLKrn,
https://www.peekvids.com/watch?v=gZiBzMli0mM, https://www.peekvids.com/watch?v=hm7EgN7vw4b, https://www.peekvids.com/watch?v=qV-ZZggtG1p,
https://www.peekvids.com/watch?v=pJJDq-_sDEm, https://www.peekvids.com/watch?v=t-FySFThw9v, https://www.peekvids.com/watch?v=Y8R5cFvYjd5,
https://www.peekvids.com/watch?v=WrqNkuUb7zY, https://www.peekvids.com/watch?v=40jp4-n6NdH, https://www.peekvids.com/watch?v=dzTRCqTWuDb,
https://www.peekvids.com/watch?v=muH4U_h_3Q2, https://www.peekvids.com/watch?v=viNqHZgWseC, https://www.peekvids.com/watch?v=u5nz_Gegh5T,
https://www.peekvids.com/watch?v=qL-Kfh7_99t, https://www.peekvids.com/watch?v=Id7jpNy4DYl, https://www.peekvids.com/watch?v=DBGYjrmgUzP,
https://www.peekvids.com/watch?v=waUS5Rl9JqY, https://www.peekvids.com/watch?v=DKRPDO9CwHu, https://www.peekvids.com/watch?v=NIms6Yoy6sy,
https://www.peekvids.com/watch?v=XiUFdxnRgA6, https://www.peekvids.com/watch?v=mXRDDdSkQOQ, https://www.peekvids.com/watch?v=OgP6Q5O-fn3,
https://www.peekvids.com/watch?v=BuD_EkoN3a8, https://www.peekvids.com/watch?v=bAn5hkaC0nO, https://www.peekvids.com/watch?v=uzmzMnwZbD7,
https://www.peekvids.com/watch?v=IHvk-zOcyLS, https://www.peekvids.com/watch?v=QFN9ADPbRQV, https://www.peekvids.com/watch?v=uvlomPa4LB7,
https://www.peekvids.com/watch?v=XmJ4lyP5Jqt, https://www.peekvids.com/watch?v=7PYtP6YaErW, https://www.peekvids.com/watch?v=mKpQSu_xpm0,
https://www.peekvids.com/watch?v=5B3yL9pat_0, https://www.peekvids.com/watch?v=A8ESIAy69s0, https://www.peekvids.com/watch?v=b8Q2Nv2RFdn,
https://www.peekvids.com/watch?v=WtVb2Gt58vF, https://www.peekvids.com/watch?v=JvmIWNu2y1u, https://www.peekvids.com/watch?v=Vxh_9dDlDKY,
https://www.peekvids.com/watch?v=Pk8MHkZD4dQ, https://www.peekvids.com/watch?v=hEaEnseVlBJ, https://www.peekvids.com/watch?v=vNN7vFOA3jk,
https://www.peekvids.com/watch?v=04j7wybxf2f, https://www.peekvids.com/watch?v=ROw0TbPwg7O, https://www.peekvids.com/watch?v=s2yDVG4nr2M,
https://www.peekvids.com/watch?v=wi6IIhK--OE, https://www.peekvids.com/watch?v=FO9wkEJroef, https://www.peekvids.com/watch?v=VRV8DLAR4Zc,
https://www.peekvids.com/watch?v=bdTY5GY7BXu, https://www.peekvids.com/watch?v=r69H3S8GiED, https://www.peekvids.com/watch?v=cw9RwTYwQ6N,
https://www.peekvids.com/watch?v=PA7tDB6uc3C, https://www.peekvids.com/watch?v=Yhw7BWpWMCh, https://www.peekvids.com/watch?v=gBuHBeyEoOs,
https://www.peekvids.com/watch?v=WJa_qS5dRkW, https://www.peekvids.com/watch?v=awhFV8XiKPD, https://www.peekvids.com/watch?v=c7S31C2aJjd,
https://www.peekvids.com/watch?v=QbpvFAuH4hf, https://www.peekvids.com/watch?v=vuZmAywdJ5b, https://www.peekvids.com/watch?v=0WfHwCHIOAr,
https://www.peekvids.com/watch?v=0GU-hD_A8jl, https://www.peekvids.com/watch?v=bL6c1fz38DF, https://www.peekvids.com/watch?v=4CkbZCrKZz7,
https://www.peekvids.com/watch?v=sQhD8G1OVwV, https://www.peekvids.com/watch?v=2j3u_jloZ4w, https://www.peekvids.com/watch?v=MBv9tlTvado,
https://www.peekvids.com/watch?v=P1JNTJWnOAW, https://www.peekvids.com/watch?v=hH7uPPGtz6T, https://www.peekvids.com/watch?v=2SBP0MNlxpx,
https://www.peekvids.com/watch?v=pBVFEfTIB36, https://www.peekvids.com/watch?v=6ToiEutf6j4
5.f. Date of third notice: 2015-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gemite
5.b. Uploader's email address: sertuututu@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gemite
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=r8LF5MTQU8P, https://www.peekvids.com/watch?v=HbeVWo-9RFK,
https://www.peekvids.com/watch?v=HhLEo81vpdn, https://www.peekvids.com/watch?v=teE7k0Nh3dY, https://www.peekvids.com/watch?v=CiPfKYPBV1U,
https://www.peekvids.com/watch?v=HsUNuPpVat3, https://www.peekvids.com/watch?v=jcxnWXS2aMj, https://www.peekvids.com/watch?v=U88VxDUn3HX,
https://www.peekvids.com/watch?v=EeE5YfY9iQg, https://www.peekvids.com/watch?v=UzUG2WkmfDO, https://www.peekvids.com/watch?v=xclGPBM5qE5,
https://www.peekvids.com/watch?v=ZL45PtxJ6kO, https://www.peekvids.com/watch?v=s-DM3aIL9_h, https://www.peekvids.com/watch?v=Hcyp0n5wnbq,
https://www.peekvids.com/watch?v=T6_pb5Zl-1n, https://www.peekvids.com/watch?v=PVZQiQJPWdY, https://www.peekvids.com/watch?v=2bo0zdVuIFU,
https://www.peekvids.com/watch?v=scMARJgsu4O, https://www.peekvids.com/watch?v=Q2itfG_pQc3, https://www.peekvids.com/watch?v=VzPOB4GLlgR,
https://www.peekvids.com/watch?v=T5AMGIULVgR, https://www.peekvids.com/watch?v=2qos8193KXA, https://www.peekvids.com/watch?v=zvXpfa8rJRO,
https://www.peekvids.com/watch?v=lpkHg_RIbuJ, https://www.peekvids.com/watch?v=DY3HCVflaz5, https://www.peekvids.com/watch?v=P9_YwiwcT9l,
https://www.peekvids.com/watch?v=o6aeTaoiH7b, https://www.peekvids.com/watch?v=3hd8xEu6on8, https://www.peekvids.com/watch?v=z6qSOQYEVRn,
https://www.peekvids.com/watch?v=JpukUjWww_m, https://www.peekvids.com/watch?v=f8c8VW0Tawt, https://www.peekvids.com/watch?v=qxcNdY_5HKL,
https://www.peekvids.com/watch?v=eBxjKHLDdOR, https://www.peekvids.com/watch?v=njNi94395zO, https://www.peekvids.com/watch?v=4TVN90FfrGt,
https://www.peekvids.com/watch?v=oedwCP1bofT, https://www.peekvids.com/watch?v=09WZgBvfw2H, https://www.peekvids.com/watch?v=4qsr_uUFKZL,
https://www.peekvids.com/watch?v=yFOvEy-72ZV, https://www.peekvids.com/watch?v=ggJ3jV5HJbQ, https://www.peekvids.com/watch?v=aUqNhf3qbSt,
https://www.peekvids.com/watch?v=ANrrItIs9S9, https://www.peekvids.com/watch?v=Ue6oTrYEDK0, https://www.peekvids.com/watch?v=AxPgMn8_NcW,
https://www.peekvids.com/watch?v=pwtYHQR5Ozl, https://www.peekvids.com/watch?v=iwX1gZKZsGC, https://www.peekvids.com/watch?v=2VclKZaRdSE,
https://www.peekvids.com/watch?v=HbfbTKaTGhQ, https://www.peekvids.com/watch?v=2aWsw-jZb3S, https://www.peekvids.com/watch?v=dMboCptm-pr,
https://www.peekvids.com/watch?v=YtX2ETne5DG, https://www.peekvids.com/watch?v=jaHAOS1Lyxa, https://www.peekvids.com/watch?v=cjdD_3aa9MG,
https://www.peekvids.com/watch?v=2Vp6kWSAecX, https://www.peekvids.com/watch?v=k4ZEEnmlm3F, https://www.peekvids.com/watch?v=SxnzDFLEE6w,
https://www.peekvids.com/watch?v=U0poPmQ_JSx, https://www.peekvids.com/watch?v=xsSzt-nYSUY, https://www.peekvids.com/watch?v=0eH5MQ-QdJY,
https://www.peekvids.com/watch?v=FHPeBdv1Sfb, https://www.peekvids.com/watch?v=Ym3KFSilz1e, https://www.peekvids.com/watch?v=95UVNJU5v5h,
https://www.peekvids.com/watch?v=i_v4gp7t5Vt, https://www.peekvids.com/watch?v=oh9QntfK2DD, https://www.peekvids.com/watch?v=zZ5w2j0sAWD,
https://www.peekvids.com/watch?v=NRQfMr61Hol, https://www.peekvids.com/watch?v=4ddFiCaQzB3, https://www.peekvids.com/watch?v=t-BoYMvcLtF,
https://www.peekvids.com/watch?v=ZPux67wPEgI, https://www.peekvids.com/watch?v=CSGxhaNKKOx
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: georgjensen
5.b. Uploader's email address: georgitalyman@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=georgjensen
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ANyQt4uujzo, https://www.peekvids.com/watch?v=mLrlnsHZoJh,
https://www.peekvids.com/watch?v=JKxEsm0hJaI, https://www.peekvids.com/watch?v=upCwar7tAhi, https://www.peekvids.com/watch?v=Om52kUEWLOx,
https://www.peekvids.com/watch?v=eZPlzcUX4Bj, https://www.peekvids.com/watch?v=7vkRX7g0Ks8, https://www.peekvids.com/watch?v=kWrvuWiu2jd,
https://www.peekvids.com/watch?v=lMz9Zo6Qhiz, https://www.peekvids.com/watch?v=D7ZhTT99pnz, https://www.peekvids.com/watch?v=AoY4yyVoEBN,
https://www.peekvids.com/watch?v=IWF2YcmEmEx, https://www.peekvids.com/watch?v=-wLm2YthNEv, https://www.peekvids.com/watch?v=mn56cbxPNkg,
https://www.peekvids.com/watch?v=ulzJYoCzCCG, https://www.peekvids.com/watch?v=dZv58ukJgz4, https://www.peekvids.com/watch?v=C4er4LON-lM,
https://www.peekvids.com/watch?v=IFxsPMzG7Wg, https://www.peekvids.com/watch?v=366X9lhxbY2, https://www.peekvids.com/watch?v=Mf9JKKKjfQt,
https://www.peekvids.com/watch?v=vMMp77zvkZE, https://www.peekvids.com/watch?v=80VUKzYubs3, https://www.peekvids.com/watch?v=3WPoHc-XmVt,
https://www.peekvids.com/watch?v=qGTWiskd2Cs, https://www.peekvids.com/watch?v=Rby9UycOpUU, https://www.peekvids.com/watch?v=MbBOy2piC5u,
https://www.peekvids.com/watch?v=WX3n9wavMRd, https://www.peekvids.com/watch?v=U-ai6ePFnUD, https://www.peekvids.com/watch?v=mmFWmVJpZGI,
https://www.peekvids.com/watch?v=iO-iLWzQXOW, https://www.peekvids.com/watch?v=MFqlGYKXIui, https://www.peekvids.com/watch?v=LvsE-vfaRog,
https://www.peekvids.com/watch?v=tMq208ah9-v, https://www.peekvids.com/watch?v=h8ZxRAWGtaM, https://www.peekvids.com/watch?v=bArDxpmZKxq,
https://www.peekvids.com/watch?v=qAF4Ye48Tnj, https://www.peekvids.com/watch?v=vjMFsBRVoDy, https://www.peekvids.com/watch?v=zTzGe5TcDsr,
https://www.peekvids.com/watch?v=DSROoGpceJk, https://www.peekvids.com/watch?v=Ox9eAS2tkaE, https://www.peekvids.com/watch?v=mTOIcjYRvom,
https://www.peekvids.com/watch?v=ikQWYc5VyaT, https://www.peekvids.com/watch?v=gwHytsZm5ic, https://www.peekvids.com/watch?v=MqewU28zpi8,
https://www.peekvids.com/watch?v=G6-u0LzWg-X, https://www.peekvids.com/watch?v=x9zuUSYFImQ, https://www.peekvids.com/watch?v=66yHJdrXLZJ,
https://www.peekvids.com/watch?v=N3UrM6plgXb, https://www.peekvids.com/watch?v=tFo4ySNtJcU, https://www.peekvids.com/watch?v=OnIdu6alR5L,
https://www.peekvids.com/watch?v=GMfaw6dqDmP, https://www.peekvids.com/watch?v=VmjBVMULtIV, https://www.peekvids.com/watch?v=T9Xi2ElkDDv,
https://www.peekvids.com/watch?v=N9bRWBozRzC, https://www.peekvids.com/watch?v=Oz92fMvWISN, https://www.peekvids.com/watch?v=r9QZ0jDcz4D,
https://www.peekvids.com/watch?v=Ez7tOySg0oo, https://www.peekvids.com/watch?v=yDTaOXmcTa8, https://www.peekvids.com/watch?v=aySPncE2bn7,
https://www.peekvids.com/watch?v=PuqJscretQ7, https://www.peekvids.com/watch?v=MMXWpTZy490, https://www.peekvids.com/watch?v=RmP4xDQJV80,
https://www.peekvids.com/watch?v=a7Tu8cnPVTo, https://www.peekvids.com/watch?v=shIsYXz9viA, https://www.peekvids.com/watch?v=rBJerRtMH3x,
https://www.peekvids.com/watch?v=M6R3QCKKOPf, https://www.peekvids.com/watch?v=N3cwTwGU07B, https://www.peekvids.com/watch?v=pWvRXKUq9Se,
https://www.peekvids.com/watch?v=MWGQQDA4NH9, https://www.peekvids.com/watch?v=iRQtG47fKWo, https://www.peekvids.com/watch?v=q4RpSDm7fb2,
https://www.peekvids.com/watch?v=kl2ePdDHEIU, https://www.peekvids.com/watch?v=qap9OT9-qfA, https://www.peekvids.com/watch?v=qrODDEbRNtG,
https://www.peekvids.com/watch?v=oOXp3K9pPXh, https://www.peekvids.com/watch?v=Q5Q8ZQDmwGQ, https://www.peekvids.com/watch?v=bKPQpBtXWL2,
https://www.peekvids.com/watch?v=6xqfDf5pdvU, https://www.peekvids.com/watch?v=bqVyRbj5U56, https://www.peekvids.com/watch?v=pdBEngBdnaD,
https://www.peekvids.com/watch?v=9SLJsppyIAG, https://www.peekvids.com/watch?v=gihX4wrsDsf, https://www.peekvids.com/watch?v=pXPLEIfRJwq,
https://www.peekvids.com/watch?v=JgiI5TvFR3U, https://www.peekvids.com/watch?v=XTq4GssKPUj, https://www.peekvids.com/watch?v=hMLI2Klqgip,
https://www.peekvids.com/watch?v=ndGUbzSTsNS, https://www.peekvids.com/watch?v=uegQV4qGjpo, https://www.peekvids.com/watch?v=GWfC2huGiEH,
https://www.peekvids.com/watch?v=65b3KufV3h-, https://www.peekvids.com/watch?v=khbvnedwywp, https://www.peekvids.com/watch?v=G3dtiWiGQhx,
https://www.peekvids.com/watch?v=UU4WAPzqHTb, https://www.peekvids.com/watch?v=sjq6vafZ3JY, https://www.peekvids.com/watch?v=2xhpV89KzR7,
https://www.peekvids.com/watch?v=rkAPWopqg8k, https://www.peekvids.com/watch?v=9ssbX9CI6VU, https://www.peekvids.com/watch?v=JY4uaKf7JV8,
https://www.peekvids.com/watch?v=WdoACZDOxLL, https://www.peekvids.com/watch?v=ritxV2A8s4v, https://www.peekvids.com/watch?v=tZwHahKO53m,
https://www.peekvids.com/watch?v=tHmJlEzV6g4, https://www.peekvids.com/watch?v=zY-oJUQO5AJ, https://www.peekvids.com/watch?v=DIPh6PqbQP2,
https://www.peekvids.com/watch?v=wgKVIafhWWh, https://www.peekvids.com/watch?v=bki4rocE-79, https://www.peekvids.com/watch?v=bbPEKtbe9v4,
https://www.peekvids.com/watch?v=tgiHZRQqDIN, https://www.peekvids.com/watch?v=4qfDZTrvYxN, https://www.peekvids.com/watch?v=sua8b6aMytP,
https://www.peekvids.com/watch?v=MCi3AehEUMR, https://www.peekvids.com/watch?v=ZpzGcPmNQxO, https://www.peekvids.com/watch?v=5BVjEJlEEqe,
https://www.peekvids.com/watch?v=uIKx30eFjaa, https://www.peekvids.com/watch?v=vNVUqqRFR86, https://www.peekvids.com/watch?v=7x9uD-BHwzQ,
https://www.peekvids.com/watch?v=e86U40KI8xB, https://www.peekvids.com/watch?v=qA-5IgbLHRN, https://www.peekvids.com/watch?v=2SpAJ8ZHAKj,
https://www.peekvids.com/watch?v=MHb7RO84wbS, https://www.peekvids.com/watch?v=FPr7N5za7XC, https://www.peekvids.com/watch?v=sgo5NcstN56,
https://www.peekvids.com/watch?v=QiCneLMDrHW, https://www.peekvids.com/watch?v=AqrJUnIQgAm, https://www.peekvids.com/watch?v=-64sNGERn5S,
https://www.peekvids.com/watch?v=uCjnOMOgKU0, https://www.peekvids.com/watch?v=-sOPW5UWhpq, https://www.peekvids.com/watch?v=cIA7SZ4J-hI,
https://www.peekvids.com/watch?v=8kE3Kdxs6vJ, https://www.peekvids.com/watch?v=Xk9C4x-GF2U, https://www.peekvids.com/watch?v=GnenOjl5iQE,
https://www.peekvids.com/watch?v=AQiDkhziEBc, https://www.peekvids.com/watch?v=JjANiWG4pl4, https://www.peekvids.com/watch?v=VMoI-2TYqhj,
https://www.peekvids.com/watch?v=EciVx8jakFR, https://www.peekvids.com/watch?v=-f5fRdujm-r, https://www.peekvids.com/watch?v=Kyur5Rub6Ia,
https://www.peekvids.com/watch?v=I2qVF8jjg7s, https://www.peekvids.com/watch?v=wcNEchoHALl, https://www.peekvids.com/watch?v=nTrwgBNngib,
https://www.peekvids.com/watch?v=L2WfGf8L7DM, https://www.peekvids.com/watch?v=NATxR-fmQch, https://www.peekvids.com/watch?v=ED3cZsSu7cl,
https://www.peekvids.com/watch?v=8Fb6AVZrvxo, https://www.peekvids.com/watch?v=s-R-NRU4YPH, https://www.peekvids.com/watch?v=B6aa30IsARu,
https://www.peekvids.com/watch?v=-GD-CrC8lbQ, https://www.peekvids.com/watch?v=GkWjfRE2fYQ, https://www.peekvids.com/watch?v=aywIky4hyON,
https://www.peekvids.com/watch?v=mo23vre-8ef, https://www.peekvids.com/watch?v=3o-gjRnzGdI, https://www.peekvids.com/watch?v=i3a0fUhcxgY,
https://www.peekvids.com/watch?v=6bqQYuhzZM8, https://www.peekvids.com/watch?v=9cPzl83lnd9, https://www.peekvids.com/watch?v=NUmKBuMH-ci,
https://www.peekvids.com/watch?v=ki77a4RTXjx, https://www.peekvids.com/watch?v=mGb9y-kTFca, https://www.peekvids.com/watch?v=jCD5bPXJtHW,
https://www.peekvids.com/watch?v=q-HzQbQ6Dti, https://www.peekvids.com/watch?v=49M6XfqtTfd, https://www.peekvids.com/watch?v=JESst9zCEcZ,
https://www.peekvids.com/watch?v=5Vi35idAZGG, https://www.peekvids.com/watch?v=SyM5y4H27xX, https://www.peekvids.com/watch?v=Pl-K4tLZ3Ml,
https://www.peekvids.com/watch?v=0v38rlUKrfB, https://www.peekvids.com/watch?v=-z-l49H2LVk, https://www.peekvids.com/watch?v=9-HMmOVojmU,
https://www.peekvids.com/watch?v=PTurNhcQXDq, https://www.peekvids.com/watch?v=g5dbIgJYk0T, https://www.peekvids.com/watch?v=fLuX7r0hNIp,
https://www.peekvids.com/watch?v=83iC-lq4HEZ, https://www.peekvids.com/watch?v=LDCifsvR-Mw, https://www.peekvids.com/watch?v=gvQYuvK8-Rp,
https://www.peekvids.com/watch?v=yKJZs45KlKy, https://www.peekvids.com/watch?v=t3zE5gOZEUM, https://www.peekvids.com/watch?v=KLWUx7ZfAQk,
https://www.peekvids.com/watch?v=LjrYWqNBauK, https://www.peekvids.com/watch?v=6Zi6ZA-GjrD, https://www.peekvids.com/watch?v=cA7JDFa08pe,
https://www.peekvids.com/watch?v=BDbjt5JRMq8, https://www.peekvids.com/watch?v=maAKgpK0qiy, https://www.peekvids.com/watch?v=KdpyuxytHf-,
https://www.peekvids.com/watch?v=VotBvYd06NK, https://www.peekvids.com/watch?v=kJcWhbZqvlR, https://www.peekvids.com/watch?v=EzU-BUvEkUR,
https://www.peekvids.com/watch?v=TYfthMfI-LC, https://www.peekvids.com/watch?v=OgaRbAfZ2jq, https://www.peekvids.com/watch?v=pxdACGHLj4u,
https://www.peekvids.com/watch?v=S8AZlPcjfkd, https://www.peekvids.com/watch?v=rcgQjJ9q9x8, https://www.peekvids.com/watch?v=sakp5Xfif7u,
https://www.peekvids.com/watch?v=7x0oGAcKGwu, https://www.peekvids.com/watch?v=X9rl4PMDh-g, https://www.peekvids.com/watch?v=Gu2fveFVqdL,
https://www.peekvids.com/watch?v=iUd0RqjerIQ, https://www.peekvids.com/watch?v=9eOnFI4Yrcj, https://www.peekvids.com/watch?v=gxVBkknRjkA,
https://www.peekvids.com/watch?v=tnzuAfV2gXq, https://www.peekvids.com/watch?v=eOFr-5xF02q, https://www.peekvids.com/watch?v=w9DPZGkrpiC,
https://www.peekvids.com/watch?v=avmyiHqobO6, https://www.peekvids.com/watch?v=GUuyzDtzNCf, https://www.peekvids.com/watch?v=KKsFlEGYQGS,

https://www.peekvids.com/watch?v=97LOEHn2-jZ, https://www.peekvids.com/watch?v=MxqidaUSfRk, https://www.peekvids.com/watch?v=YuIcODvQvlq,
https://www.peekvids.com/watch?v=HWIYwvtkpeW, https://www.peekvids.com/watch?v=h7lT9u92UlT, https://www.peekvids.com/watch?v=jz7vrgGUYF5,
https://www.peekvids.com/watch?v=NhTDvepvj0E, https://www.peekvids.com/watch?v=BcGsTXJedkm, https://www.peekvids.com/watch?v=jSm9hz9HH3S,
https://www.peekvids.com/watch?v=aU9-4j9LPrt, https://www.peekvids.com/watch?v=9RkxNWDLs3D, https://www.peekvids.com/watch?v=9yGmcibjxIq,
https://www.peekvids.com/watch?v=xZGMqs8MQtj, https://www.peekvids.com/watch?v=sHxXtN25VjW, https://www.peekvids.com/watch?v=vroWHXXvpkH,
https://www.peekvids.com/watch?v=dHtgXxtK9VT, https://www.peekvids.com/watch?v=3TuVKJOLzMn, https://www.peekvids.com/watch?v=-OMtHtRMPB4,
https://www.peekvids.com/watch?v=Fnd6auU2mQs, https://www.peekvids.com/watch?v=89nM5yvLG8q, https://www.peekvids.com/watch?v=6W5olIRrP6a,
https://www.peekvids.com/watch?v=M0SBAjEGuw7, https://www.peekvids.com/watch?v=ESqxsfUTg9b, https://www.peekvids.com/watch?v=mPeYnfJM0ci,
https://www.peekvids.com/watch?v=wusSGJZEH2g, https://www.peekvids.com/watch?v=-2zKej3Sf2p, https://www.peekvids.com/watch?v=WnMXyXAy9iX,
https://www.peekvids.com/watch?v=rzCBq8RRjF2, https://www.peekvids.com/watch?v=-iehZbwxQh5, https://www.peekvids.com/watch?v=PwOoASyNdPk,
https://www.peekvids.com/watch?v=nFzVos-2ywp, https://www.peekvids.com/watch?v=Qpdjqd-Jv4o, https://www.peekvids.com/watch?v=aVcLnN8DZRq,
https://www.peekvids.com/watch?v=IHQaWtYbFgc, https://www.peekvids.com/watch?v=U08RiLwBq8F, https://www.peekvids.com/watch?v=7scfGSEVGrt,
https://www.peekvids.com/watch?v=E87EeqLwXkr, https://www.peekvids.com/watch?v=sLafwM6HZm2, https://www.peekvids.com/watch?v=UwZVGmuXnmW,
https://www.peekvids.com/watch?v=WvNHRWEJuue, https://www.peekvids.com/watch?v=hGfgR254A-Y, https://www.peekvids.com/watch?v=MSRBA9oEErW,
https://www.peekvids.com/watch?v=PzoWxXqOehf, https://www.peekvids.com/watch?v=PMnPt9Hn2NO, https://www.peekvids.com/watch?v=x9fpivEwWZ6,
https://www.peekvids.com/watch?v=dPtQIIYheJQ, https://www.peekvids.com/watch?v=rkNBiEErEEx, https://www.peekvids.com/watch?v=slVAYimp6fK,
https://www.peekvids.com/watch?v=A5CotB6n4FV, https://www.peekvids.com/watch?v=AY7bVcnVZuN, https://www.peekvids.com/watch?v=P7omZ7qj23T,
https://www.peekvids.com/watch?v=GgKJeAMlCmt, https://www.peekvids.com/watch?v=Xu960DuMHUb, https://www.peekvids.com/watch?v=ZOaECRNbLhS,
https://www.peekvids.com/watch?v=cz3RGiqQFtG, https://www.peekvids.com/watch?v=zxDJx8yavfw, https://www.peekvids.com/watch?v=amjQsUTsuy5,
https://www.peekvids.com/watch?v=aUcd8nn2bQp, https://www.peekvids.com/watch?v=j20lyjPO0HS, https://www.peekvids.com/watch?v=JCcx82ME6Mr,
https://www.peekvids.com/watch?v=RH-ef8eWxDV, https://www.peekvids.com/watch?v=tdaKl7jzWVd, https://www.peekvids.com/watch?v=GRcycMSMIQO,
https://www.peekvids.com/watch?v=DUXRU2mey5G, https://www.peekvids.com/watch?v=AYWEDOxUl4G, https://www.peekvids.com/watch?v=qpPBlHtCccg,
https://www.peekvids.com/watch?v=toBD-anELCB, https://www.peekvids.com/watch?v=y5DGC-usjVe, https://www.peekvids.com/watch?v=PKMFXKEXGF8,
https://www.peekvids.com/watch?v=ZzzAdk7phVg, https://www.peekvids.com/watch?v=F-9QSvU09cE, https://www.peekvids.com/watch?v=0uSzxOarT5z,
https://www.peekvids.com/watch?v=7JD-qKOZH34, https://www.peekvids.com/watch?v=fvm30ISl-y9, https://www.peekvids.com/watch?v=KsOZoUAAmKV,
https://www.peekvids.com/watch?v=Qn6CUVAZ-sX, https://www.peekvids.com/watch?v=4YWek26bCRy, https://www.peekvids.com/watch?v=wlTy5Z4-JaH,
https://www.peekvids.com/watch?v=MampCuHKjwA, https://www.peekvids.com/watch?v=IPM38ueMxY8, https://www.peekvids.com/watch?v=QxxG4qvO3tj,
https://www.peekvids.com/watch?v=-aY64pvzc0e, https://www.peekvids.com/watch?v=AoVLvU7IsIn, https://www.peekvids.com/watch?v=mBec6EwhEqS,
https://www.peekvids.com/watch?v=eze8oUDFBRI, https://www.peekvids.com/watch?v=-3zjg5lsPpZ, https://www.peekvids.com/watch?v=qWJT9GtIjc0,
https://www.peekvids.com/watch?v=iRbUthf3ANz, https://www.peekvids.com/watch?v=avxZnDwfF5h, https://www.peekvids.com/watch?v=nRAXMa0gkKs,
https://www.peekvids.com/watch?v=E6t3r7g7XSc, https://www.peekvids.com/watch?v=-D8QMAtLuEf, https://www.peekvids.com/watch?v=9ZJeTDPGQZ4,
https://www.peekvids.com/watch?v=8PjayZJ7osX, https://www.peekvids.com/watch?v=cUKf6jvc4HG, https://www.peekvids.com/watch?v=pQmkwwZXQ0u,
https://www.peekvids.com/watch?v=dwqjEqJPJr0, https://www.peekvids.com/watch?v=lE2iYBwi9EQ, https://www.peekvids.com/watch?v=5UQVAYIvN-Y,
https://www.peekvids.com/watch?v=n35jQNmitdm, https://www.peekvids.com/watch?v=sFEfmAzq3MN, https://www.peekvids.com/watch?v=itnqQYgyXzu,
https://www.peekvids.com/watch?v=zQ9aYxNavb5, https://www.peekvids.com/watch?v=BJeJFEeSEQU, https://www.peekvids.com/watch?v=42HfGDv2SXX,
https://www.peekvids.com/watch?v=l8d2WkqJJKY, https://www.peekvids.com/watch?v=HSnskFot8OZ, https://www.peekvids.com/watch?v=H2bCsPVfVvP,
https://www.peekvids.com/watch?v=RNfzCdhNZnx, https://www.peekvids.com/watch?v=mKuNpHqH0oF, https://www.peekvids.com/watch?v=qSvGWVw6YOm
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gerhard
5.b. Uploader's email address: zoomybrooks@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gerhard
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=vkL7vkOnKcM, https://www.peekvids.com/watch?v=7GIwFPLRPNg,
https://www.peekvids.com/watch?v=6SZjvqbiaRT, https://www.peekvids.com/watch?v=3Zf36RFec7Y, https://www.peekvids.com/watch?v=HEHEN8FSQQX,
https://www.peekvids.com/watch?v=mXy8qHbxtU7, https://www.peekvids.com/watch?v=AkBCICtQnRJ, https://www.peekvids.com/watch?v=qucMAocEInv,
https://www.peekvids.com/watch?v=jt3qQrhy6vK, https://www.peekvids.com/watch?v=fe1Mu3I41Ni, https://www.peekvids.com/watch?v=U2HzkLhtXgu,
https://www.peekvids.com/watch?v=D2MIpQfTo0E, https://www.peekvids.com/watch?v=hhgizrRTr2N, https://www.peekvids.com/watch?v=L9gfY5h-ND7,
https://www.peekvids.com/watch?v=BIYbFIam0-9, https://www.peekvids.com/watch?v=HS1uyybD57j, https://www.peekvids.com/watch?v=0Sj_ycGSejy,
https://www.peekvids.com/watch?v=SDFp1-8jT3l, https://www.peekvids.com/watch?v=fpCyYGdCwAI, https://www.peekvids.com/watch?v=6mxEQwdQxI3,
https://www.peekvids.com/watch?v=VjyBmqFe3lO, https://www.peekvids.com/watch?v=72vvetp1EdI, https://www.peekvids.com/watch?v=l48vCXeQ_4f,
https://www.peekvids.com/watch?v=MRZeOrhga18, https://www.peekvids.com/watch?v=vtc9aXuCJkG, https://www.peekvids.com/watch?v=5kfBcglelrU,
https://www.peekvids.com/watch?v=Jaopcm-SVaH, https://www.peekvids.com/watch?v=itQUGLFjKW2, https://www.peekvids.com/watch?v=qRzdfxtW--Y,
https://www.peekvids.com/watch?v=Ri-VXPWplrl, https://www.peekvids.com/watch?v=pbHE0EBfPv2, https://www.peekvids.com/watch?v=RBiofZUAOq2,
https://www.peekvids.com/watch?v=HDIcepojV4U, https://www.peekvids.com/watch?v=e9uxOKhMJ5D, https://www.peekvids.com/watch?v=oumstIdz_cd,
https://www.peekvids.com/watch?v=R8lrUtTlkJy, https://www.peekvids.com/watch?v=JRvPwSmpXeg, https://www.peekvids.com/watch?v=IIxnkk-Hpud,
https://www.peekvids.com/watch?v=fsPtkovT00q, https://www.peekvids.com/watch?v=UgzrcZZen4u, https://www.peekvids.com/watch?v=j34m9d3wfk0,
https://www.peekvids.com/watch?v=MvnM7mFu9Hi, https://www.peekvids.com/watch?v=FKk5hR912OR, https://www.peekvids.com/watch?v=bkoum02Xvjv,
https://www.peekvids.com/watch?v=M59iEP4BEuv, https://www.peekvids.com/watch?v=EXpkEPtbgFV, https://www.peekvids.com/watch?v=UX_DOKyPhxD,
https://www.peekvids.com/watch?v=RJlVCi_CnC0, https://www.peekvids.com/watch?v=QC-xMgUXrXA, https://www.peekvids.com/watch?v=bQ8inq2UfRr,
https://www.peekvids.com/watch?v=r2Pqa_14opc, https://www.peekvids.com/watch?v=P7kNckg2P8y, https://www.peekvids.com/watch?v=jCTKJ5bqRSz,
https://www.peekvids.com/watch?v=6OvqoNT-3FN, https://www.peekvids.com/watch?v=6a6c9mIq7Cl, https://www.peekvids.com/watch?v=ySXByh8yjlm,
https://www.peekvids.com/watch?v=bYwGKTGyLym, https://www.peekvids.com/watch?v=4TZkomwjvsu, https://www.peekvids.com/watch?v=UD3oOnuhuEg,
https://www.peekvids.com/watch?v=sFUgu-HOgBx, https://www.peekvids.com/watch?v=4Mvhfgd31H4, https://www.peekvids.com/watch?v=eKJ87XG0TMs,
https://www.peekvids.com/watch?v=zuWq9D-56Q9, https://www.peekvids.com/watch?v=iDc5lozxwlI, https://www.peekvids.com/watch?v=GZ662dUIusX,
https://www.peekvids.com/watch?v=rliuS0z1oP9, https://www.peekvids.com/watch?v=9oRWXwJTQ0z, https://www.peekvids.com/watch?v=nRevNCEYQK2,
https://www.peekvids.com/watch?v=jRjKHVibWsQ, https://www.peekvids.com/watch?v=ZTZ0Gbfv0Rj, https://www.peekvids.com/watch?v=3yuM_Niw4dT,
https://www.peekvids.com/watch?v=LT2cJ8fL_Yr, https://www.peekvids.com/watch?v=8_D35i3m60d, https://www.peekvids.com/watch?v=gms0-F98-8I,
https://www.peekvids.com/watch?v=bsO6RjgmBxS, https://www.peekvids.com/watch?v=dPqqsdd9QU7, https://www.peekvids.com/watch?v=j54t2W58hfx,
https://www.peekvids.com/watch?v=vYK0gQQP51F, https://www.peekvids.com/watch?v=d2nCQdC5a7j, https://www.peekvids.com/watch?v=zTtpY59VDWq,
https://www.peekvids.com/watch?v=N7cN5rFIa6s, https://www.peekvids.com/watch?v=CYTf78DBVX8, https://www.peekvids.com/watch?v=J0PS1NVQhRv,
https://www.peekvids.com/watch?v=aE11Ka5uqEx, https://www.peekvids.com/watch?v=6xCfIpV11eO, https://www.peekvids.com/watch?v=KOkmh8Z3kAd
5.f. Date of third notice: 2015-05-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ginaargo
5.b. Uploader's email address: alewaeawe@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ginaargo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4x9Fsvax8vM, https://www.peekvids.com/watch?v=0vXpenMVyXS,
https://www.peekvids.com/watch?v=vh5sNuQb1kS, https://www.peekvids.com/watch?v=lcdI1SWcidm, https://www.peekvids.com/watch?v=F69XN1gxAU4,
https://www.peekvids.com/watch?v=F3KT6bQ6NBY, https://www.peekvids.com/watch?v=E1OSzYISFc2, https://www.peekvids.com/watch?v=G9CnO5-Ayx4,
https://www.peekvids.com/watch?v=DBVHvOoidCU, https://www.peekvids.com/watch?v=OCrn4YNAxX0, https://www.peekvids.com/watch?v=bFcJ79Bm9SM,
https://www.peekvids.com/watch?v=ZaNM8HlTVdb, https://www.peekvids.com/watch?v=4VLxCtVEiT0, https://www.peekvids.com/watch?v=LJ58CIPZwlO,
https://www.peekvids.com/watch?v=BeIvtW_6AGh, https://www.peekvids.com/watch?v=Sf7drb4VzaB, https://www.peekvids.com/watch?v=IxAbkXOT4NZ,
https://www.peekvids.com/watch?v=uWJOSx6XctQ, https://www.peekvids.com/watch?v=nUJ3R4mkz4h, https://www.peekvids.com/watch?v=7-gq6I2uKzQ,
https://www.peekvids.com/watch?v=VJkgxT27qoZ, https://www.peekvids.com/watch?v=mlqEQgasYOI, https://www.peekvids.com/watch?v=xWmhuW79Qgm,
https://www.peekvids.com/watch?v=LWr0AzmMFZB, https://www.peekvids.com/watch?v=OvMxxn_LkOH, https://www.peekvids.com/watch?v=qTOFjEROGKs,
https://www.peekvids.com/watch?v=RhTCWTjYB2V, https://www.peekvids.com/watch?v=dS8cQr6-asc, https://www.peekvids.com/watch?v=WjTRggirwl9,
https://www.peekvids.com/watch?v=s_0OFZ_6XTx, https://www.peekvids.com/watch?v=shzZBYich1F, https://www.peekvids.com/watch?v=7njOppbfw8A,
https://www.peekvids.com/watch?v=y1_vquB1F_v, https://www.peekvids.com/watch?v=RfrRHwT19cQ, https://www.peekvids.com/watch?v=JlBAgVatMHw,
https://www.peekvids.com/watch?v=4HA31dN-jLk, https://www.peekvids.com/watch?v=vz2G9nzqH8g, https://www.peekvids.com/watch?v=JB_0SjwgU2S,
https://www.peekvids.com/watch?v=mK6cUjVdcuQ, https://www.peekvids.com/watch?v=unTZEUz5ps4, https://www.peekvids.com/watch?v=Efyf8Bdnl0L,
https://www.peekvids.com/watch?v=w3HrF-tOZZ4, https://www.peekvids.com/watch?v=v7Hl36nHdsf, https://www.peekvids.com/watch?v=SOOSX6mVi0f,
https://www.peekvids.com/watch?v=KLV5Uq0P8sx, https://www.peekvids.com/watch?v=j7WmSoiJcMh, https://www.peekvids.com/watch?v=GJ88mIBXHmG,
https://www.peekvids.com/watch?v=AWCoJJK88Wd, https://www.peekvids.com/watch?v=HG7JfIUdyHq, https://www.peekvids.com/watch?v=zpbNnT6gM-f,
https://www.peekvids.com/watch?v=AUsLo2GLicM, https://www.peekvids.com/watch?v=8EznfAhOwRC, https://www.peekvids.com/watch?v=okaqqobjnWC,
https://www.peekvids.com/watch?v=vP-HWjK7fA9, https://www.peekvids.com/watch?v=NdRSYpTUf03, https://www.peekvids.com/watch?v=dfrqRELozaH,
https://www.peekvids.com/watch?v=PAjUZrAFLh6, https://www.peekvids.com/watch?v=FoK9nVGg0Rc, https://www.peekvids.com/watch?v=t9i4-xFDr08,
https://www.peekvids.com/watch?v=yTVQ7nugUtZ, https://www.peekvids.com/watch?v=wLrbDQEMJWb, https://www.peekvids.com/watch?v=ssU80PwuK4s,
https://www.peekvids.com/watch?v=LLuZZoi-dNM, https://www.peekvids.com/watch?v=aMFarKEhTN6, https://www.peekvids.com/watch?v=IfxAMSZ8ck6,
https://www.peekvids.com/watch?v=05_bWV7kkKl, https://www.peekvids.com/watch?v=AqovN5auMWR, https://www.peekvids.com/watch?v=4w-q7KhWjvH,
https://www.peekvids.com/watch?v=UXGN_eX0Kqz, https://www.peekvids.com/watch?v=ZJ8neDGdlLY, https://www.peekvids.com/watch?v=Q2xU6lxaeCy,
https://www.peekvids.com/watch?v=g-CcTXLAWO7, https://www.peekvids.com/watch?v=MEmjtBueuTu, https://www.peekvids.com/watch?v=zWZD3BVpT2U,
https://www.peekvids.com/watch?v=qxLZ3O37lPk, https://www.peekvids.com/watch?v=NRnEAib0OHn, https://www.peekvids.com/watch?v=AnJCBDj_UAN,
https://www.peekvids.com/watch?v=0cctCmF4yqt, https://www.peekvids.com/watch?v=nhwSnowKbJ8, https://www.peekvids.com/watch?v=lKyP8_9SzE5,
https://www.peekvids.com/watch?v=LkO39BhpBFa, https://www.peekvids.com/watch?v=xYJnX_R02dr, https://www.peekvids.com/watch?v=UdGKbz7UkjO,
https://www.peekvids.com/watch?v=Y098ByLUcpL, https://www.peekvids.com/watch?v=XPIwTihdQdB, https://www.peekvids.com/watch?v=zynIDwIjbis,
https://www.peekvids.com/watch?v=yZ-SnVvqZFS, https://www.peekvids.com/watch?v=xqD_4K4aHoi, https://www.peekvids.com/watch?v=x2cKqJiN565,
https://www.peekvids.com/watch?v=wMan_gITmgs, https://www.peekvids.com/watch?v=yClgmLN_ShZ, https://www.peekvids.com/watch?v=VsKY0ZutQPu,
https://www.peekvids.com/watch?v=jeE8gP7eU4c, https://www.peekvids.com/watch?v=Y2R2ayVcsZe, https://www.peekvids.com/watch?v=dZK9Z99-YJR,
https://www.peekvids.com/watch?v=g6h7ilxLoAB, https://www.peekvids.com/watch?v=TgK62fFGzH4, https://www.peekvids.com/watch?v=dSxe_wZicaw,
https://www.peekvids.com/watch?v=swE8crwxoZH, https://www.peekvids.com/watch?v=eylOuWCgxhg, https://www.peekvids.com/watch?v=4EsnEQbcPf5,
https://www.peekvids.com/watch?v=NCoyt2u0Lx4, https://www.peekvids.com/watch?v=fIzdUsbCBGR, https://www.peekvids.com/watch?v=nbpjF-Xpy6S,
https://www.peekvids.com/watch?v=s8x05QUVwFQ, https://www.peekvids.com/watch?v=ZT3c7E401bN, https://www.peekvids.com/watch?v=o9VjxdfGgvn,
https://www.peekvids.com/watch?v=RTTtgiZnkyi, https://www.peekvids.com/watch?v=T-X5Vx4GMyn, https://www.peekvids.com/watch?v=nGF-FVnfb-j
5.f. Date of third notice: 2015-09-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: globimos
5.b. Uploader's email address: arborisbookrlin@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=globimos
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=3X922cXqfGc, https://www.peekvids.com/watch?v=9n2mIB4h6nQ,
https://www.peekvids.com/watch?v=ZyDqQiDNwc4, https://www.peekvids.com/watch?v=vy2-xGDymsf, https://www.peekvids.com/watch?v=mU5jj0Ftk-E,
https://www.peekvids.com/watch?v=Ox9bozFbeZI, https://www.peekvids.com/watch?v=u0dvVufVXVa, https://www.peekvids.com/watch?v=k5YPslhponC,
https://www.peekvids.com/watch?v=Yo-iRo7Zbwj, https://www.peekvids.com/watch?v=u5vmiNaG8R9, https://www.peekvids.com/watch?v=wlpYSdfWKHi,
https://www.peekvids.com/watch?v=zsPyv-h5e6C, https://www.peekvids.com/watch?v=J3BkgEOAppl, https://www.peekvids.com/watch?v=zKrmxXM3bwx,
https://www.peekvids.com/watch?v=YUKH7P9X748, https://www.peekvids.com/watch?v=uEexNAJJgRF, https://www.peekvids.com/watch?v=tsZXBENiB7c,
https://www.peekvids.com/watch?v=rqNSjKsvzv-, https://www.peekvids.com/watch?v=et9RAl7b2Nr, https://www.peekvids.com/watch?v=xlUQ8OM5c2c,
https://www.peekvids.com/watch?v=674sakBzgQh, https://www.peekvids.com/watch?v=5GsV9XgBxdZ, https://www.peekvids.com/watch?v=Q9beDjqPffH,
https://www.peekvids.com/watch?v=AEQYPviPf7J, https://www.peekvids.com/watch?v=CdKfsBdkTiH, https://www.peekvids.com/watch?v=KomBFyBCc4Q,
https://www.peekvids.com/watch?v=MzkHDpeKkZX, https://www.peekvids.com/watch?v=pfSrRydb3-o, https://www.peekvids.com/watch?v=WBJ7EpJaE9M,
https://www.peekvids.com/watch?v=KqAyhnLzQwt, https://www.peekvids.com/watch?v=fmFDhxTvdgp, https://www.peekvids.com/watch?v=RR7NIS-UZ3E,
https://www.peekvids.com/watch?v=2XhPNbiWtQM, https://www.peekvids.com/watch?v=AvQp9wBdlzP, https://www.peekvids.com/watch?v=TTbo9Uvg6cG,
https://www.peekvids.com/watch?v=HTFyKgs8qJt, https://www.peekvids.com/watch?v=se7WQCm4i-c, https://www.peekvids.com/watch?v=geeZ6WovAih,
https://www.peekvids.com/watch?v=LOmHUTAvEfT, https://www.peekvids.com/watch?v=tT-OR3Dm5Oh, https://www.peekvids.com/watch?v=5IVnOgF6fw0,
https://www.peekvids.com/watch?v=GjHrugk6FuH, https://www.peekvids.com/watch?v=-cCt-Jfz4Gu, https://www.peekvids.com/watch?v=s2g3F0fJ-Lm,

https://www.peekvids.com/watch?v=kQPMN5m0o3v, https://www.peekvids.com/watch?v=IOS-KIrzNsL, https://www.peekvids.com/watch?v=mFoeDFxNINx,
https://www.peekvids.com/watch?v=cvd2zDp4gyT, https://www.peekvids.com/watch?v=kk4LNEmfzVq, https://www.peekvids.com/watch?v=QmpNcqJWjVE,
https://www.peekvids.com/watch?v=u5vOvwBZevd, https://www.peekvids.com/watch?v=9gnNlpZjyGH, https://www.peekvids.com/watch?v=geLBS0DCP-Z,
https://www.peekvids.com/watch?v=tXb8nmkB5mf, https://www.peekvids.com/watch?v=mQpIEvgNUwV, https://www.peekvids.com/watch?v=S6oxn-39E4g,
https://www.peekvids.com/watch?v=kNK29W6lY5e, https://www.peekvids.com/watch?v=KFtmBdY7wP-, https://www.peekvids.com/watch?v=6ypljEbbory,
https://www.peekvids.com/watch?v=S5aBE3nSgTy, https://www.peekvids.com/watch?v=3q978awwxy2, https://www.peekvids.com/watch?v=zYns9H5hiqu,
https://www.peekvids.com/watch?v=wETK0sFB2XR, https://www.peekvids.com/watch?v=wppBX-xLR7J, https://www.peekvids.com/watch?v=L3AdjBYss2h,
https://www.peekvids.com/watch?v=QQzAKy6fY6m, https://www.peekvids.com/watch?v=rnxHnbdmbYJ, https://www.peekvids.com/watch?v=UCCn6294qCc,
https://www.peekvids.com/watch?v=6WLn00Rg3g6, https://www.peekvids.com/watch?v=InBDg7h-amx, https://www.peekvids.com/watch?v=7JlZi4Tmx4S,
https://www.peekvids.com/watch?v=gQPs0k53NTI, https://www.peekvids.com/watch?v=pZenXiOfBg-, https://www.peekvids.com/watch?v=CJWfYtrcjld,
https://www.peekvids.com/watch?v=BvfPTLSkjXT, https://www.peekvids.com/watch?v=pGCQ0gQmvlp, https://www.peekvids.com/watch?v=yw4U7akiyJb,
https://www.peekvids.com/watch?v=rdnUSGxeWZa, https://www.peekvids.com/watch?v=dXxABcSspDA, https://www.peekvids.com/watch?v=-ZDfWfpHWms,
https://www.peekvids.com/watch?v=wFW8-pFhPgG, https://www.peekvids.com/watch?v=8UU5lempyvx, https://www.peekvids.com/watch?v=Kcz-NhRA495,
https://www.peekvids.com/watch?v=56P627BZLxc, https://www.peekvids.com/watch?v=c0nMLZW0mqm, https://www.peekvids.com/watch?v=7gjMzHkrUmH,
https://www.peekvids.com/watch?v=tZFnNr5cz4A, https://www.peekvids.com/watch?v=Aata0BHDawZ, https://www.peekvids.com/watch?v=xyBt05-keUm,
https://www.peekvids.com/watch?v=ASiDa8-4wSa, https://www.peekvids.com/watch?v=kYqgc628Lev, https://www.peekvids.com/watch?v=R0uoIQvH3v0,
https://www.peekvids.com/watch?v=2ojZfsqyNNb, https://www.peekvids.com/watch?v=6M9BKv7qyby, https://www.peekvids.com/watch?v=eoRdro7Inj8,
https://www.peekvids.com/watch?v=9uKrhfbFmbx, https://www.peekvids.com/watch?v=YoGBmzOugUo, https://www.peekvids.com/watch?v=esAHJ6-ID-g,
https://www.peekvids.com/watch?v=2KCA9jKgOoQ, https://www.peekvids.com/watch?v=Ce4q0TfGwg8, https://www.peekvids.com/watch?v=bblVjxoGwn-,
https://www.peekvids.com/watch?v=5Ah4g0wMb6V, https://www.peekvids.com/watch?v=Lcmu-WSshYN, https://www.peekvids.com/watch?v=4YepU-0mi-C,
https://www.peekvids.com/watch?v=xQySj6BUfac, https://www.peekvids.com/watch?v=Y98kwgRUzlS, https://www.peekvids.com/watch?v=4EWnqg8waOH,
https://www.peekvids.com/watch?v=iiScu4uFKc6, https://www.peekvids.com/watch?v=ataboyP365f, https://www.peekvids.com/watch?v=PDpbIbCUDPs,
https://www.peekvids.com/watch?v=Ly9dkQK788E, https://www.peekvids.com/watch?v=IQT9zbpNoiw, https://www.peekvids.com/watch?v=-iWGJRCsPKr,
https://www.peekvids.com/watch?v=LcPWzkPRzPc, https://www.peekvids.com/watch?v=8qhmXfmTJoZ, https://www.peekvids.com/watch?v=HXbXcESjchb,
https://www.peekvids.com/watch?v=3TOPfNHKQel, https://www.peekvids.com/watch?v=mWhvhFjUISq, https://www.peekvids.com/watch?v=beYkAX0NPGs,
https://www.peekvids.com/watch?v=hv3H-DLfpjq, https://www.peekvids.com/watch?v=wrIC23bEM6o, https://www.peekvids.com/watch?v=PhMyHPgFeoZ,
https://www.peekvids.com/watch?v=Vd9liThZjb7, https://www.peekvids.com/watch?v=pWWtyEeI9la, https://www.peekvids.com/watch?v=XOOGtkfXP3Z,
https://www.peekvids.com/watch?v=5nLnjs5fJw4, https://www.peekvids.com/watch?v=6vJjMZL0PTB, https://www.peekvids.com/watch?v=jpkH2uXtrOn,
https://www.peekvids.com/watch?v=9-Wc-E6l0bi, https://www.peekvids.com/watch?v=mUrxWjpzQ8-, https://www.peekvids.com/watch?v=53hDZMlh2k7,
https://www.peekvids.com/watch?v=8VaYfNQyMEC, https://www.peekvids.com/watch?v=ttKc7QTn0uW, https://www.peekvids.com/watch?v=6M8zT6hih6N,
https://www.peekvids.com/watch?v=vUVb0oIj6j2, https://www.peekvids.com/watch?v=3srk5AWJfvC, https://www.peekvids.com/watch?v=FzVaWmLSkaa,
https://www.peekvids.com/watch?v=RUtmwAjCoKr, https://www.peekvids.com/watch?v=v6qpa8omdYe, https://www.peekvids.com/watch?v=dNfA-BnTtaL,
https://www.peekvids.com/watch?v=Cy93rUBqNZK, https://www.peekvids.com/watch?v=kVw98zKatWa, https://www.peekvids.com/watch?v=tF0lZXqlqHI,
https://www.peekvids.com/watch?v=Oq-5yMeL5cW, https://www.peekvids.com/watch?v=02ooxnwHHCT, https://www.peekvids.com/watch?v=bp2NSw0BMac,
https://www.peekvids.com/watch?v=O9h9VreKq5o, https://www.peekvids.com/watch?v=mmSQDRGatZn, https://www.peekvids.com/watch?v=V0MT0meQ6ku,
https://www.peekvids.com/watch?v=tswe7KZbfZC, https://www.peekvids.com/watch?v=-iMebZQRt5C, https://www.peekvids.com/watch?v=PZKEUcVTLKT,
https://www.peekvids.com/watch?v=OA8VfFkeZK7, https://www.peekvids.com/watch?v=YHpyJF4VrUp, https://www.peekvids.com/watch?v=lLfc9K-Ywmm,
https://www.peekvids.com/watch?v=Ze8YMjte0dL, https://www.peekvids.com/watch?v=zRIFGKhFIK9, https://www.peekvids.com/watch?v=k2oydXzhdiJ,
https://www.peekvids.com/watch?v=338vyyaWHcH, https://www.peekvids.com/watch?v=sxgSshA77sP, https://www.peekvids.com/watch?v=axam9C4fdOY,
https://www.peekvids.com/watch?v=XmV2aFErSG-, https://www.peekvids.com/watch?v=zP6CxLWrKRJ, https://www.peekvids.com/watch?v=5J8vaQUU5f0,
https://www.peekvids.com/watch?v=rmPb56bsLWR, https://www.peekvids.com/watch?v=CpJKhlPO-WV, https://www.peekvids.com/watch?v=gaq-JhbEGCn,
https://www.peekvids.com/watch?v=zbkdugZbjPO, https://www.peekvids.com/watch?v=jjkS5m0Kol4, https://www.peekvids.com/watch?v=BZF09H9h6Xc,
https://www.peekvids.com/watch?v=WzawAL2DTrq, https://www.peekvids.com/watch?v=erqytHNfbRZ, https://www.peekvids.com/watch?v=joDKevdWJIJ,
https://www.peekvids.com/watch?v=gYPzvBZe3xv, https://www.peekvids.com/watch?v=Srr9rPqF2Wm, https://www.peekvids.com/watch?v=MaaGPhy97cJ,
https://www.peekvids.com/watch?v=pPZQizaB2Nl, https://www.peekvids.com/watch?v=M4Y2oiYXhbf, https://www.peekvids.com/watch?v=7XHCQ3dFXaT,
https://www.peekvids.com/watch?v=LbCqSmQ6A3u, https://www.peekvids.com/watch?v=yPhKyLWjrq4, https://www.peekvids.com/watch?v=sPO7-K59eOc,
https://www.peekvids.com/watch?v=eXdXwIvmcnt, https://www.peekvids.com/watch?v=GWJP3vtadji, https://www.peekvids.com/watch?v=7s6Hkp0sBfA,
https://www.peekvids.com/watch?v=EYS3vXDuld4, https://www.peekvids.com/watch?v=Q28X64t9Paz, https://www.peekvids.com/watch?v=XDGCD2Dm07P,
https://www.peekvids.com/watch?v=Nlav7wR7B5s, https://www.peekvids.com/watch?v=Goa6hDs8n0D, https://www.peekvids.com/watch?v=0QeaezOauGF,
https://www.peekvids.com/watch?v=xFeW07bOVgt, https://www.peekvids.com/watch?v=t2Hb0nf5TNB, https://www.peekvids.com/watch?v=4a0tnlBzhQ7,
https://www.peekvids.com/watch?v=H9rBp08Rgcn, https://www.peekvids.com/watch?v=JHyNBuZGQIE, https://www.peekvids.com/watch?v=y84csXJHGYW,
https://www.peekvids.com/watch?v=PAaD8Msr5l3, https://www.peekvids.com/watch?v=zlXM9WOFRUG, https://www.peekvids.com/watch?v=RpVALvZ3G0n,
https://www.peekvids.com/watch?v=BVrLNEHZNbY, https://www.peekvids.com/watch?v=PLC8h05g9Cf, https://www.peekvids.com/watch?v=RpJLm5FjT8B,
https://www.peekvids.com/watch?v=2MXYxvvQrlB, https://www.peekvids.com/watch?v=7vwNdszgvXP, https://www.peekvids.com/watch?v=WiOSoWSyOXa,
https://www.peekvids.com/watch?v=MFps9OipJJP, https://www.peekvids.com/watch?v=d0m-jOnnOa6, https://www.peekvids.com/watch?v=zLuKrxmfgRb,
https://www.peekvids.com/watch?v=8MTXbaEJD4-, https://www.peekvids.com/watch?v=Qia6xsbfLH8, https://www.peekvids.com/watch?v=BQfgtU4P87i,
https://www.peekvids.com/watch?v=ry66aSEkqv0, https://www.peekvids.com/watch?v=r6eZJuNYA6y, https://www.peekvids.com/watch?v=ADWkPqlCblb,
https://www.peekvids.com/watch?v=YOvnjCmxnO6, https://www.peekvids.com/watch?v=x5HpHT4niwW, https://www.peekvids.com/watch?v=FRNdCWzgwHy,
https://www.peekvids.com/watch?v=2Cdhv0V0-bf, https://www.peekvids.com/watch?v=Sv-0klLIIKH, https://www.peekvids.com/watch?v=7xP32yT4C37,
https://www.peekvids.com/watch?v=GkPgmypWELQ, https://www.peekvids.com/watch?v=tpkETTWc-H7, https://www.peekvids.com/watch?v=zxOT2pgyP7H,
https://www.peekvids.com/watch?v=5Q0Tw-uJRFQ, https://www.peekvids.com/watch?v=CGDJmr0nFj9, https://www.peekvids.com/watch?v=83Qf7TlrTcZ,
https://www.peekvids.com/watch?v=HQswe7xmnHx, https://www.peekvids.com/watch?v=btVQZ0IwiKs, https://www.peekvids.com/watch?v=BYGQt7z796J,
https://www.peekvids.com/watch?v=M8ASKlzwAwZ, https://www.peekvids.com/watch?v=6a8Ne6iorf0, https://www.peekvids.com/watch?v=ePV8JfIdfqx,
https://www.peekvids.com/watch?v=FwCZNX4byHa, https://www.peekvids.com/watch?v=HZlbdr083oh, https://www.peekvids.com/watch?v=LcZIHOMt94A,
https://www.peekvids.com/watch?v=aouz-OTHlmk, https://www.peekvids.com/watch?v=s3w6IfZxoir, https://www.peekvids.com/watch?v=iaO9lPEvstx,
https://www.peekvids.com/watch?v=NGYSFTs7khJ, https://www.peekvids.com/watch?v=KE9aBuvjIxR, https://www.peekvids.com/watch?v=vg0DrTY429U,
https://www.peekvids.com/watch?v=YPpDnDRqUaq, https://www.peekvids.com/watch?v=swkjVF3GVkx, https://www.peekvids.com/watch?v=KBwCNoHvAaC,
https://www.peekvids.com/watch?v=f-p8VLSJwby, https://www.peekvids.com/watch?v=w69H-OguKyy, https://www.peekvids.com/watch?v=9sY0NKeyTiw,
https://www.peekvids.com/watch?v=HUr5DY6Sdan, https://www.peekvids.com/watch?v=NjimTw6rg84, https://www.peekvids.com/watch?v=Hz8SQPuM3Zc,
https://www.peekvids.com/watch?v=jVM4vtNrk7Z, https://www.peekvids.com/watch?v=-LvP7kIp7V0W, https://www.peekvids.com/watch?v=FfSxaAjN0Dp,
https://www.peekvids.com/watch?v=Iru4U5yhlmA, https://www.peekvids.com/watch?v=TiRJccmgeeL, https://www.peekvids.com/watch?v=c5-AzPUQafb,
https://www.peekvids.com/watch?v=amH9Lxtfxqx, https://www.peekvids.com/watch?v=F6QKrcLhin5, https://www.peekvids.com/watch?v=DBy5c8quIDs,
https://www.peekvids.com/watch?v=ju93D2-rBjj, https://www.peekvids.com/watch?v=lgEStwxBMBq, https://www.peekvids.com/watch?v=-LbYjGDtvV-,
https://www.peekvids.com/watch?v=5YGCpVukpNV, https://www.peekvids.com/watch?v=mtK6roHSyjW, https://www.peekvids.com/watch?v=BlQvqnEEsun,
https://www.peekvids.com/watch?v=hF7bAN5JoJM, https://www.peekvids.com/watch?v=324ZEp3ABEH, https://www.peekvids.com/watch?v=wg8eruiPcSb,
https://www.peekvids.com/watch?v=VjNoEKXgstC, https://www.peekvids.com/watch?v=KqWNBaoXA-j, https://www.peekvids.com/watch?v=fZrro0Tg-qu,
https://www.peekvids.com/watch?v=AhXYCsnDbx9, https://www.peekvids.com/watch?v=fg2M-360-cc, https://www.peekvids.com/watch?v=lRxzRRHFcuV,
https://www.peekvids.com/watch?v=TW7akl3iFgK, https://www.peekvids.com/watch?v=OvVK9V5aFjX, https://www.peekvids.com/watch?v=CuTGM2nbmlW,
https://www.peekvids.com/watch?v=oud24KGG2ZY, https://www.peekvids.com/watch?v=nJzMjV3KFma, https://www.peekvids.com/watch?v=uSI5kiDjdC6,
https://www.peekvids.com/watch?v=tK3nt8NRJyp, https://www.peekvids.com/watch?v=qDb-dIjx-2U, https://www.peekvids.com/watch?v=07MGi5xBFwb,
https://www.peekvids.com/watch?v=XbMPZd3Cq2P, https://www.peekvids.com/watch?v=MJp9TrikgAK, https://www.peekvids.com/watch?v=e0KH0ucsR0r,
https://www.peekvids.com/watch?v=WFWlYnx3EC3, https://www.peekvids.com/watch?v=nhYiHnLQHfO, https://www.peekvids.com/watch?v=4-SFelk7DQf,
https://www.peekvids.com/watch?v=-VoxmOf4cG0, https://www.peekvids.com/watch?v=IXhSLRLvacP, https://www.peekvids.com/watch?v=3bwMqTRa4zp,
https://www.peekvids.com/watch?v=OkL43JnU9WE, https://www.peekvids.com/watch?v=A3mY-zHW6TB, https://www.peekvids.com/watch?v=gfNOed0oEXy,
https://www.peekvids.com/watch?v=AOqvbQirYOf, https://www.peekvids.com/watch?v=p06z6PVRKuy, https://www.peekvids.com/watch?v=br5pSIyZL30,
https://www.peekvids.com/watch?v=OK8pNH8qs8m, https://www.peekvids.com/watch?v=AGqcKT8cO6u, https://www.peekvids.com/watch?v=QgAoMz-Wh2M,
https://www.peekvids.com/watch?v=G3WjWMOUj-g, https://www.peekvids.com/watch?v=KZYDs52IMyI, https://www.peekvids.com/watch?v=T8737ricNyM,
https://www.peekvids.com/watch?v=SC-5Dr59n23, https://www.peekvids.com/watch?v=YifNnyyt44G, https://www.peekvids.com/watch?v=qBPhoVAqJcX,
https://www.peekvids.com/watch?v=xITqmH6hCLK, https://www.peekvids.com/watch?v=Je-XZJjYCXv, https://www.peekvids.com/watch?v=8tAIigsEMLs,
https://www.peekvids.com/watch?v=hGdtGQeYY5k, https://www.peekvids.com/watch?v=ilTQ2MBtCLA, https://www.peekvids.com/watch?v=KtJKwQZ0ITk,
https://www.peekvids.com/watch?v=70xOhMAHJfA, https://www.peekvids.com/watch?v=bOdb7jmJJzN, https://www.peekvids.com/watch?v=OIKxFNbB8-t,
https://www.peekvids.com/watch?v=ztUkOCFvIc8, https://www.peekvids.com/watch?v=7SWhIScepdb, https://www.peekvids.com/watch?v=ryiV-6d-Er0,
https://www.peekvids.com/watch?v=VRH4ZcZVBSW, https://www.peekvids.com/watch?v=0cbxhwuEImr, https://www.peekvids.com/watch?v=4L6kpLabHvK,
https://www.peekvids.com/watch?v=zC9rQSKaqmd, https://www.peekvids.com/watch?v=zcFdF0vQIyw, https://www.peekvids.com/watch?v=Q7YqrSRudEy,
https://www.peekvids.com/watch?v=W4sf8bfT2FS, https://www.peekvids.com/watch?v=HXvlCAosOTf, https://www.peekvids.com/watch?v=dSEXC5rZ4HX,
https://www.peekvids.com/watch?v=VohG-FBIIM-, https://www.peekvids.com/watch?v=zT3093SFF0l, https://www.peekvids.com/watch?v=CLP3GLWrA3C,
https://www.peekvids.com/watch?v=iu2VsRE2n8p, https://www.peekvids.com/watch?v=jNMSBk0GvFX, https://www.peekvids.com/watch?v=nUA7bFomS6o,
https://www.peekvids.com/watch?v=i5ATva5gTEg, https://www.peekvids.com/watch?v=NkFNqOSrD2g, https://www.peekvids.com/watch?v=jvyEbcwK5OX,
https://www.peekvids.com/watch?v=jPdrBpJjMyo, https://www.peekvids.com/watch?v=JiAojqKopwp, https://www.peekvids.com/watch?v=AvBbsQP006i,
https://www.peekvids.com/watch?v=No53vZyRfZw, https://www.peekvids.com/watch?v=CM3j4ZCuyKB, https://www.peekvids.com/watch?v=ZdvcvyHzAmC,
https://www.peekvids.com/watch?v=kowBRVzgf40, https://www.peekvids.com/watch?v=dsxF5dyAOlS, https://www.peekvids.com/watch?v=EbHqD9QDC-p,
https://www.peekvids.com/watch?v=QcqejNzNmL5, https://www.peekvids.com/watch?v=JC8EDIMwQYB, https://www.peekvids.com/watch?v=iVCdga5U2Uu,
https://www.peekvids.com/watch?v=XRXVCSVHDXB, https://www.peekvids.com/watch?v=aZjtcxhOeqk, https://www.peekvids.com/watch?v=2eJ55XHvq08,
https://www.peekvids.com/watch?v=xuvbRjRCjFI, https://www.peekvids.com/watch?v=r5UIt3usYxs, https://www.peekvids.com/watch?v=P4UfNqec655,
https://www.peekvids.com/watch?v=ZZrmvr252oA, https://www.peekvids.com/watch?v=ntzKFGt43hh, https://www.peekvids.com/watch?v=Ez3Tlh-uW8z,
https://www.peekvids.com/watch?v=M7xCZABlea2, https://www.peekvids.com/watch?v=ccCuz9pCwPg, https://www.peekvids.com/watch?v=Y2EFx6ccXtd,
https://www.peekvids.com/watch?v=bccnDcwsxJs, https://www.peekvids.com/watch?v=nGiXXVlaDdI, https://www.peekvids.com/watch?v=z8rCflQbgTe,
https://www.peekvids.com/watch?v=UNnfN3MAgbH, https://www.peekvids.com/watch?v=Ny3rXRYwh9u, https://www.peekvids.com/watch?v=265v7uMPt8m,
https://www.peekvids.com/watch?v=rktyLm6SATT, https://www.peekvids.com/watch?v=gHhN6qKTMRG, https://www.peekvids.com/watch?v=hrlcIuJEuTF,
https://www.peekvids.com/watch?v=hxC8RvV0es6, https://www.peekvids.com/watch?v=6eM2Sbn4p49, https://www.peekvids.com/watch?v=fY6oolQOTIN,
https://www.peekvids.com/watch?v=ii6kUJpam5H, https://www.peekvids.com/watch?v=6w7YfChheT0, https://www.peekvids.com/watch?v=KFeyfw4XeA6,
https://www.peekvids.com/watch?v=7O2yc7W-PjK, https://www.peekvids.com/watch?v=rfTyNJqwDt-, https://www.peekvids.com/watch?v=oJI9Yvb6kIK,
https://www.peekvids.com/watch?v=ffLeYFVkygQ, https://www.peekvids.com/watch?v=QiLYtNcF5m3, https://www.peekvids.com/watch?v=q8hnv-FVMaT,
https://www.peekvids.com/watch?v=inG4epDNImo, https://www.peekvids.com/watch?v=XPOCAuU-0xw, https://www.peekvids.com/watch?v=qBsChQScREu,
https://www.peekvids.com/watch?v=JNY5nltifZM, https://www.peekvids.com/watch?v=-DLbiG2P7MP, https://www.peekvids.com/watch?v=k0XuxsYB67j,
https://www.peekvids.com/watch?v=lzZh0pO9Jq3, https://www.peekvids.com/watch?v=YCRgGv3wbWH, https://www.peekvids.com/watch?v=NFEKWpXSN8e,
https://www.peekvids.com/watch?v=lmDZTLMb0c3, https://www.peekvids.com/watch?v=NIZ-jYpPMgp, https://www.peekvids.com/watch?v=8Sv0tQuAX-q,
https://www.peekvids.com/watch?v=HXKjAMLqc83, https://www.peekvids.com/watch?v=0unObIqvJGd, https://www.peekvids.com/watch?v=rjGgZuwNg5r,
https://www.peekvids.com/watch?v=NaIwfOIPuZE, https://www.peekvids.com/watch?v=Ru20roq4EPP, https://www.peekvids.com/watch?v=Js5HmQwVMW-,
https://www.peekvids.com/watch?v=5Xx2vh9dpwG, https://www.peekvids.com/watch?v=OeMFoJlJGI0, https://www.peekvids.com/watch?v=YPptn8hLOqW,
https://www.peekvids.com/watch?v=DiUIFVWlC0q, https://www.peekvids.com/watch?v=ocr6lpSKfUL, https://www.peekvids.com/watch?v=3jeziZOqI-F,
https://www.peekvids.com/watch?v=e-PiMDTNnfs, https://www.peekvids.com/watch?v=y-57XLoyDCH, https://www.peekvids.com/watch?v=aDS6fJjTH7W,
https://www.peekvids.com/watch?v=aaZ3kUahz7Q, https://www.peekvids.com/watch?v=MrUO0pbgm6V, https://www.peekvids.com/watch?v=gmJODdrb3rk,
https://www.peekvids.com/watch?v=YnlJns9k-Vt, https://www.peekvids.com/watch?v=v7sCza2uWL-, https://www.peekvids.com/watch?v=8q7JrIup9hl,
https://www.peekvids.com/watch?v=q6ykquF4-Z0, https://www.peekvids.com/watch?v=vrTYKTaXm0H, https://www.peekvids.com/watch?v=s4ozLjFi-H0,
https://www.peekvids.com/watch?v=mIqclX8SwZM, https://www.peekvids.com/watch?v=97KweKIXEdT, https://www.peekvids.com/watch?v=LSUzADJ4h-y,
https://www.peekvids.com/watch?v=REM4AY6hZFz, https://www.peekvids.com/watch?v=q9xCGfCsPB7, https://www.peekvids.com/watch?v=WU0ehVue4IA,
https://www.peekvids.com/watch?v=ihSsIbRDzH8, https://www.peekvids.com/watch?v=PSuwkq082xy, https://www.peekvids.com/watch?v=3etHFm0jlBM,
https://www.peekvids.com/watch?v=PkNJviN7MNi, https://www.peekvids.com/watch?v=IPiboju3Dwv, https://www.peekvids.com/watch?v=6IiwxeEmJ47,
https://www.peekvids.com/watch?v=EgsDfV0ndQc, https://www.peekvids.com/watch?v=Zio8IpncIOy, https://www.peekvids.com/watch?v=4e8ugdW4puE,
https://www.peekvids.com/watch?v=epgALJuWanx, https://www.peekvids.com/watch?v=d5xgcj7LE3Z, https://www.peekvids.com/watch?v=UIPrpxI8ldn,
https://www.peekvids.com/watch?v=OvOp92RT8v8, https://www.peekvids.com/watch?v=alBmyPT2yf2, https://www.peekvids.com/watch?v=9Q4z0OAHbsi,
https://www.peekvids.com/watch?v=uNhsh72-JhY, https://www.peekvids.com/watch?v=whH6ps2n5gI, https://www.peekvids.com/watch?v=XltHXEhMzsQ,
https://www.peekvids.com/watch?v=mQ07uIzX3Mr, https://www.peekvids.com/watch?v=6kxP7v99uCY, https://www.peekvids.com/watch?v=CS62Lmtnr2F,
https://www.peekvids.com/watch?v=dfOIFHPY8BB, https://www.peekvids.com/watch?v=ON2abWrzQJ9, https://www.peekvids.com/watch?v=xuUdBdVGZWR,
https://www.peekvids.com/watch?v=ckMfqa5wX59, https://www.peekvids.com/watch?v=kT4F5dd3uQj, https://www.peekvids.com/watch?v=9jvbu98lVZw,

https://www.peekvids.com/watch?v=K0V-Hu7JqmT, https://www.peekvids.com/watch?v=oZ5Ynk0nl3p, https://www.peekvids.com/watch?v=e4HX2zsEh2u,
https://www.peekvids.com/watch?v=wawZlTnFyQB, https://www.peekvids.com/watch?v=6rp3-nl9mGB, https://www.peekvids.com/watch?v=b6oTTg3YCjJ,
https://www.peekvids.com/watch?v=xGj0hduAFbp, https://www.peekvids.com/watch?v=MMkmdc5E-Am, https://www.peekvids.com/watch?v=s9tXi7CVXVC,
https://www.peekvids.com/watch?v=wUmycPJtdne, https://www.peekvids.com/watch?v=NfMatAX3wAM, https://www.peekvids.com/watch?v=VZvOh4UAfiH,
https://www.peekvids.com/watch?v=HPjxSyYTWal, https://www.peekvids.com/watch?v=avBv6vdfOcg, https://www.peekvids.com/watch?v=HLK8Gr02Pzn,
https://www.peekvids.com/watch?v=aJPdNYtH06v, https://www.peekvids.com/watch?v=IUa8k3ZAqyu, https://www.peekvids.com/watch?v=MBYy4qpYNs3,
https://www.peekvids.com/watch?v=0df-JEBpEzo, https://www.peekvids.com/watch?v=M-pbL4T85mf, https://www.peekvids.com/watch?v=cEwQfY-wfnp,
https://www.peekvids.com/watch?v=H6BBAzOeX5t, https://www.peekvids.com/watch?v=S6pwTICQqQG, https://www.peekvids.com/watch?v=6LrTL0Dq7Mb,
https://www.peekvids.com/watch?v=odsdUzz6q8R, https://www.peekvids.com/watch?v=PqGGKiK95OF, https://www.peekvids.com/watch?v=X6Ti23bG9VF,
https://www.peekvids.com/watch?v=OdrnGGGwYwQ, https://www.peekvids.com/watch?v=QeIV7Ubncvl, https://www.peekvids.com/watch?v=mAeFK8QL7XN,
https://www.peekvids.com/watch?v=0ItQQeuDs0U, https://www.peekvids.com/watch?v=5cGzbLFVm8y, https://www.peekvids.com/watch?v=m-jdQvbeqZ3,
https://www.peekvids.com/watch?v=S8y6glOOSwt, https://www.peekvids.com/watch?v=RF-8YnVDBOC, https://www.peekvids.com/watch?v=42qtWFxCKCg,
https://www.peekvids.com/watch?v=Fzr67AuURy5, https://www.peekvids.com/watch?v=YZNPZO8coeg, https://www.peekvids.com/watch?v=GXGracLMBVJ,
https://www.peekvids.com/watch?v=QjbCicUKnRq, https://www.peekvids.com/watch?v=tc3r2kzWL29, https://www.peekvids.com/watch?v=SAyHpUOXBWO,
https://www.peekvids.com/watch?v=dc8tTYdgpIF, https://www.peekvids.com/watch?v=8K2ujnaxMkV, https://www.peekvids.com/watch?v=AcTYYw7JYHm,
https://www.peekvids.com/watch?v=26nSzDUhUrl, https://www.peekvids.com/watch?v=lqvnXih2WEL, https://www.peekvids.com/watch?v=tPy9Y6Wy-vC,
https://www.peekvids.com/watch?v=AgaCG6ESQBC, https://www.peekvids.com/watch?v=tUnRpLVDGtO, https://www.peekvids.com/watch?v=b8GWQKq6kMz,
https://www.peekvids.com/watch?v=Ycj-B7BNjlw, https://www.peekvids.com/watch?v=vfG8L0BN5p9, https://www.peekvids.com/watch?v=NKUnLtuH5JJ,
https://www.peekvids.com/watch?v=40emlMdielL, https://www.peekvids.com/watch?v=Qz3mauYU8qD, https://www.peekvids.com/watch?v=CV4PUuBpP-O,
https://www.peekvids.com/watch?v=dkSvG-SkggP, https://www.peekvids.com/watch?v=jx6w-MR-Pq6, https://www.peekvids.com/watch?v=FkutCfEzLrL,
https://www.peekvids.com/watch?v=ueI8uchZrY3, https://www.peekvids.com/watch?v=7ezBk7RnB65, https://www.peekvids.com/watch?v=2cYHRRP59rb,
https://www.peekvids.com/watch?v=ZTB5mtH0RLV, https://www.peekvids.com/watch?v=DKeoSf4awL5, https://www.peekvids.com/watch?v=p5Pm7LeTxqM,
https://www.peekvids.com/watch?v=bYgpoJYj7a4, https://www.peekvids.com/watch?v=UVwwCQ9oQiB, https://www.peekvids.com/watch?v=RhEA4C2dMFv,
https://www.peekvids.com/watch?v=7aQc5rsV4Us, https://www.peekvids.com/watch?v=Yu-mZoQR2o7, https://www.peekvids.com/watch?v=VbIOb-toWVH,
https://www.peekvids.com/watch?v=oPCVqduWdle, https://www.peekvids.com/watch?v=vUDs4ZLIkeZ, https://www.peekvids.com/watch?v=VQCcHyUgAMb,
https://www.peekvids.com/watch?v=Pb4o0A3UL6F, https://www.peekvids.com/watch?v=yIqINKz7I8v, https://www.peekvids.com/watch?v=SIuDHN0xvnE,
https://www.peekvids.com/watch?v=XNk2VhO5rIa, https://www.peekvids.com/watch?v=hnVY8-iwsuV, https://www.peekvids.com/watch?v=266aEpqMB93,
https://www.peekvids.com/watch?v=e95TSol95kM, https://www.peekvids.com/watch?v=3XygvGg4WNe, https://www.peekvids.com/watch?v=2sFfaHyDS2r,
https://www.peekvids.com/watch?v=wEG68P3ed86, https://www.peekvids.com/watch?v=V_MuFW5gjTd, https://www.peekvids.com/watch?v=ajRGQ6tBKi3,
https://www.peekvids.com/watch?v=pur-oay5za7, https://www.peekvids.com/watch?v=gQhOHJM9TZ8, https://www.peekvids.com/watch?v=gQRoMw52zoi,
https://www.peekvids.com/watch?v=rtEtsPGhgje, https://www.peekvids.com/watch?v=XGNIkXPP9E7, https://www.peekvids.com/watch?v=WXbo7D3WWd9,
https://www.peekvids.com/watch?v=5arhFyNwiMi, https://www.peekvids.com/watch?v=rEImBujfO5L, https://www.peekvids.com/watch?v=5Oj3fMlOj05,
https://www.peekvids.com/watch?v=ZnOiXpzCJql, https://www.peekvids.com/watch?v=GskFN_DLOWN, https://www.peekvids.com/watch?v=Az25-4YznEQ,
https://www.peekvids.com/watch?v=kfbAisFcu1I, https://www.peekvids.com/watch?v=wHvI7PeGqVH, https://www.peekvids.com/watch?v=BHtwpUn9Bfq,
https://www.peekvids.com/watch?v=MdQgW5n6l3a, https://www.peekvids.com/watch?v=JNeF6Q9EEq7, https://www.peekvids.com/watch?v=sc-kzuIoLtf,
https://www.peekvids.com/watch?v=7c_xJvtWKK7, https://www.peekvids.com/watch?v=rABoF6MaHzc, https://www.peekvids.com/watch?v=UdELzYBeWbb,
https://www.peekvids.com/watch?v=dD2QFBId3WH, https://www.peekvids.com/watch?v=BheCY4S2E0I, https://www.peekvids.com/watch?v=CH7pu0MTFkA,
https://www.peekvids.com/watch?v=D6w6Ep_LJqZ, https://www.peekvids.com/watch?v=AXNze6NUgdU, https://www.peekvids.com/watch?v=XE-zuusDMy7,
https://www.peekvids.com/watch?v=IG-XONue9fV, https://www.peekvids.com/watch?v=S5y9ddPfo8s, https://www.peekvids.com/watch?v=ESGYe_x4dtO,
https://www.peekvids.com/watch?v=CEdsMCDwQHI, https://www.peekvids.com/watch?v=fw1M3VteRrG, https://www.peekvids.com/watch?v=b7hVzmavHU0,
https://www.peekvids.com/watch?v=hUn4jqCCB03, https://www.peekvids.com/watch?v=ndHcX7AUN3n, https://www.peekvids.com/watch?v=oTsAyarg7YF,
https://www.peekvids.com/watch?v=kSkF-zKNcyI, https://www.peekvids.com/watch?v=fHqQ9HB5kbJ, https://www.peekvids.com/watch?v=WHuxEsFAuvZ,
https://www.peekvids.com/watch?v=y_aSlVvTfyE, https://www.peekvids.com/watch?v=YLrILocvlM6
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goesyoung
5.b. Uploader's email address: misterfixnill@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=goesyoung
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=vVLc7G9sipC, https://www.peekvids.com/watch?v=MsyCSCrc2Pn,
https://www.peekvids.com/watch?v=m42Td0dJA3B, https://www.peekvids.com/watch?v=gblKzYWYYEZ, https://www.peekvids.com/watch?v=OXtOfcgEmTl,
https://www.peekvids.com/watch?v=U8PhTbAe4pt, https://www.peekvids.com/watch?v=8AWNF6fCZDz, https://www.peekvids.com/watch?v=4Ad1NVDMWDh,
https://www.peekvids.com/watch?v=T30BK43BRMa, https://www.peekvids.com/watch?v=84jmOXZZJjs, https://www.peekvids.com/watch?v=4f6SVwOp2QL,
https://www.peekvids.com/watch?v=EfbAXNHd94V, https://www.peekvids.com/watch?v=d5pAMgUZxjg, https://www.peekvids.com/watch?v=Nh3FzeAyxob,
https://www.peekvids.com/watch?v=RIyC-chLeV5, https://www.peekvids.com/watch?v=70bAAJ-pNxF, https://www.peekvids.com/watch?v=mMO5xFjfeMr,
https://www.peekvids.com/watch?v=pZ7bcvedr7E, https://www.peekvids.com/watch?v=TkNKk4azckp, https://www.peekvids.com/watch?v=dsAddY6cvJU,
https://www.peekvids.com/watch?v=4WUKqNMETNC, https://www.peekvids.com/watch?v=D2hzsN_tydN, https://www.peekvids.com/watch?v=WdhbnX2uX79,
https://www.peekvids.com/watch?v=vPgC0stUP5y, https://www.peekvids.com/watch?v=DGIX_QJ5SUC, https://www.peekvids.com/watch?v=3ABV3PpdWPh,
https://www.peekvids.com/watch?v=75giZdiWIZv, https://www.peekvids.com/watch?v=7ZghGLZtzmj, https://www.peekvids.com/watch?v=LZDwpmMSl_5,
https://www.peekvids.com/watch?v=E000cKDsOfn, https://www.peekvids.com/watch?v=AxS0hKbYYyI, https://www.peekvids.com/watch?v=yAdHuoQx2CW,
https://www.peekvids.com/watch?v=rmk4YlV03AB, https://www.peekvids.com/watch?v=SzM53NlD_02, https://www.peekvids.com/watch?v=0pUtzxTF8hq,
https://www.peekvids.com/watch?v=35LK3ZrXIHm, https://www.peekvids.com/watch?v=G05aelvHU0v, https://www.peekvids.com/watch?v=U5K0DKyH05u,
https://www.peekvids.com/watch?v=Pol3OeOKjYi, https://www.peekvids.com/watch?v=e2jUTAM46xs, https://www.peekvids.com/watch?v=mvApXogtwEJ,
https://www.peekvids.com/watch?v=MZWH6ZNQBrx, https://www.peekvids.com/watch?v=rRPTtQLwwlw, https://www.peekvids.com/watch?v=hKR226w8G0a,
https://www.peekvids.com/watch?v=S4PQozlcheD, https://www.peekvids.com/watch?v=Yp-9_Z5LDBM, https://www.peekvids.com/watch?v=qcGmZkCLdRB,
https://www.peekvids.com/watch?v=U-qJlZA5cL9, https://www.peekvids.com/watch?v=7zz3-nr1kCH, https://www.peekvids.com/watch?v=Fo8NdvhFGIt,
https://www.peekvids.com/watch?v=jGxX0cZHb5Y, https://www.peekvids.com/watch?v=jz-_P0NuMCn, https://www.peekvids.com/watch?v=mU5YrFnj7Cu,
https://www.peekvids.com/watch?v=7IMu9ZV-8Ww, https://www.peekvids.com/watch?v=I1iDZ4Od8Eh, https://www.peekvids.com/watch?v=h_9Sy8EYaDN,
https://www.peekvids.com/watch?v=pTFwEOqa18Q, https://www.peekvids.com/watch?v=Ii8lQF5rGne, https://www.peekvids.com/watch?v=4jSHlBmtMan,
https://www.peekvids.com/watch?v=PWMo3TilCem, https://www.peekvids.com/watch?v=rJI9Gemav_s, https://www.peekvids.com/watch?v=OKUpe_4pmRf,
https://www.peekvids.com/watch?v=kbUKWvIdfCQ, https://www.peekvids.com/watch?v=7L0ZvlnWZi4, https://www.peekvids.com/watch?v=7vXmUasGN_T,
https://www.peekvids.com/watch?v=WEETnvAXjf7, https://www.peekvids.com/watch?v=j3i2IZsOtnH, https://www.peekvids.com/watch?v=JXpFZ2AXW2F,
https://www.peekvids.com/watch?v=vONRohyLB1X, https://www.peekvids.com/watch?v=jZRvSvBQvS0, https://www.peekvids.com/watch?v=Vrm_hfKp7mS,
https://www.peekvids.com/watch?v=UraBk1z99JD, https://www.peekvids.com/watch?v=HlcHu18pKya, https://www.peekvids.com/watch?v=kBuies7s0QU,
https://www.peekvids.com/watch?v=j7Pv6pLyOdu, https://www.peekvids.com/watch?v=923tl3l4sjs, https://www.peekvids.com/watch?v=QNmFdUiL6jW,
https://www.peekvids.com/watch?v=CN6AxMOlZ1S, https://www.peekvids.com/watch?v=9UtaiDw6_hj, https://www.peekvids.com/watch?v=xdUziAYlIyq,
https://www.peekvids.com/watch?v=bilI7UqDHvi, https://www.peekvids.com/watch?v=wSj2xqMPZ8l, https://www.peekvids.com/watch?v=RsSIB5vS-5y,
https://www.peekvids.com/watch?v=GJ7XACK_9_i, https://www.peekvids.com/watch?v=pzQNGFWwF9B, https://www.peekvids.com/watch?v=klEB93nyv68,
https://www.peekvids.com/watch?v=eVnDpb0vbcz, https://www.peekvids.com/watch?v=glPvnkIhxYc, https://www.peekvids.com/watch?v=o3vvE8gebgK,
https://www.peekvids.com/watch?v=xyRpquYVF0a, https://www.peekvids.com/watch?v=H7zfaKZDYnQ, https://www.peekvids.com/watch?v=TYjT9dK4_rg,
https://www.peekvids.com/watch?v=xfKuI5SEnvG, https://www.peekvids.com/watch?v=0ZWnTarQqIv, https://www.peekvids.com/watch?v=4EG1sIkwPhM,
https://www.peekvids.com/watch?v=V8W32gg3qsl, https://www.peekvids.com/watch?v=YmmHSRRIbhF, https://www.peekvids.com/watch?v=hgYHO3Eku7W,
https://www.peekvids.com/watch?v=JfjTLBQhTu0, https://www.peekvids.com/watch?v=Tijy_o99YB4, https://www.peekvids.com/watch?v=B-RFnj2V3Eq,
https://www.peekvids.com/watch?v=q9ItehydgMz, https://www.peekvids.com/watch?v=IelSAats1-2, https://www.peekvids.com/watch?v=8XoDHEf1h6Z,
https://www.peekvids.com/watch?v=Lm1DUiHflNj, https://www.peekvids.com/watch?v=jtPaTHJg1aG, https://www.peekvids.com/watch?v=FakYZ1GNsfX,
https://www.peekvids.com/watch?v=0Oub_Lp_XFR, https://www.peekvids.com/watch?v=DFbupkaMOU5, https://www.peekvids.com/watch?v=VPuttBTPO44,
https://www.peekvids.com/watch?v=vds21vGK8Dt, https://www.peekvids.com/watch?v=4Wb7zRC3GPz, https://www.peekvids.com/watch?v=r-1jQAyGBR6,
https://www.peekvids.com/watch?v=mVSVnWVQgtY, https://www.peekvids.com/watch?v=41CqWaF_E8g, https://www.peekvids.com/watch?v=m_pWK-3cxWx,
https://www.peekvids.com/watch?v=A338P1SW_xR, https://www.peekvids.com/watch?v=BHCm1mQoRpq, https://www.peekvids.com/watch?v=eO2BypMpBAI,
https://www.peekvids.com/watch?v=x4oiz-6Z_Tr, https://www.peekvids.com/watch?v=LBSfrXqXkzF, https://www.peekvids.com/watch?v=JEVloRVkJQD,
https://www.peekvids.com/watch?v=n4w63x3XgNV, https://www.peekvids.com/watch?v=jiSRqpWDiyg, https://www.peekvids.com/watch?v=qQ3N_tQUt28,
https://www.peekvids.com/watch?v=JixcXlZnTNC, https://www.peekvids.com/watch?v=In2hP-0rxR0, https://www.peekvids.com/watch?v=7yVJeEJETCT,
https://www.peekvids.com/watch?v=Slpnp2MXm3y, https://www.peekvids.com/watch?v=ULDRUJ7SMd9, https://www.peekvids.com/watch?v=o8F59KsbmVe,
https://www.peekvids.com/watch?v=0YbQ2x_Nn4z, https://www.peekvids.com/watch?v=2GPjcyZ4f_0, https://www.peekvids.com/watch?v=3UgWSDfTKQ8,
https://www.peekvids.com/watch?v=3nxOl8t-BtU, https://www.peekvids.com/watch?v=pxbE8_FLDnA, https://www.peekvids.com/watch?v=XNAQIAWt0J2,
https://www.peekvids.com/watch?v=MYNi476jCZb, https://www.peekvids.com/watch?v=HupBylACg8h, https://www.peekvids.com/watch?v=UZWHx2K7a6o,
https://www.peekvids.com/watch?v=3iCT60HYHMW, https://www.peekvids.com/watch?v=KPqVIxyyG5B, https://www.peekvids.com/watch?v=dNJsPo2bB9D,
https://www.peekvids.com/watch?v=BBE0wiV3xiT, https://www.peekvids.com/watch?v=kn7t6-WnCJw, https://www.peekvids.com/watch?v=8MylW574G9G,
https://www.peekvids.com/watch?v=7Vd52ZcNU5w, https://www.peekvids.com/watch?v=cNGa5hnMO2J, https://www.peekvids.com/watch?v=miEj2aMscYV,
https://www.peekvids.com/watch?v=xSNJtihdA04, https://www.peekvids.com/watch?v=BEoFvJ4Rkyl, https://www.peekvids.com/watch?v=IkhqDC0PeJW,
https://www.peekvids.com/watch?v=SDI-XVVIniM, https://www.peekvids.com/watch?v=i_RwZ4wWQt7, https://www.peekvids.com/watch?v=9gjcsoTod-k,
https://www.peekvids.com/watch?v=NZzvDGG8WOj, https://www.peekvids.com/watch?v=r9g1KfE8pfc, https://www.peekvids.com/watch?v=2p5pMpoAfoQ,
https://www.peekvids.com/watch?v=AhID4GpStFW, https://www.peekvids.com/watch?v=70iIdcGe5H8, https://www.peekvids.com/watch?v=hCai2vvBh1S,
https://www.peekvids.com/watch?v=Eg9sTHVOZ84, https://www.peekvids.com/watch?v=zAV_usrVmLa, https://www.peekvids.com/watch?v=K0GaA5xght2,
https://www.peekvids.com/watch?v=ZpL9DOYjZrz, https://www.peekvids.com/watch?v=OXb8Gh3T4aF, https://www.peekvids.com/watch?v=hYDYvTsv3-8,
https://www.peekvids.com/watch?v=OXhY_NhbvQS, https://www.peekvids.com/watch?v=VZ996zdCjZh, https://www.peekvids.com/watch?v=fMgqqDZLJJy,
https://www.peekvids.com/watch?v=us3V4mgdlcT, https://www.peekvids.com/watch?v=WSRr53y3_2f, https://www.peekvids.com/watch?v=ennJwVKU6GD,
https://www.peekvids.com/watch?v=Ep1owxHPWqR, https://www.peekvids.com/watch?v=IjJueCpY4Qs
5.f. Date of third notice: 2015-10-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goldabby
5.b. Uploader's email address: kontikikont@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=goldabby
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=enZjsEec16X, https://www.peekvids.com/watch?v=74Mz-YOR2sw,
https://www.peekvids.com/watch?v=s4PHO6bNGKY, https://www.peekvids.com/watch?v=WcCTxszp3Tx, https://www.peekvids.com/watch?v=bYBtg5kKe76,
https://www.peekvids.com/watch?v=ocUyFgu28zs, https://www.peekvids.com/watch?v=vLQEIFnsfrl, https://www.peekvids.com/watch?v=kH5kz2xRITv,
https://www.peekvids.com/watch?v=wVCLO04_Niy, https://www.peekvids.com/watch?v=W6xjbtDtyEl, https://www.peekvids.com/watch?v=MZ9pkTshej7,
https://www.peekvids.com/watch?v=Q5ANRHXMhDb, https://www.peekvids.com/watch?v=dbbtyWh1Ovl, https://www.peekvids.com/watch?v=fV57JdjoeJX,
https://www.peekvids.com/watch?v=SJDOYjGbPSc, https://www.peekvids.com/watch?v=9wiprh9vKPN, https://www.peekvids.com/watch?v=kknCFjQz91Y,
https://www.peekvids.com/watch?v=8nifmsbE9zF, https://www.peekvids.com/watch?v=URzKXXb-YJd, https://www.peekvids.com/watch?v=RsbirYoxdcr,
https://www.peekvids.com/watch?v=VGrm38sOO5j, https://www.peekvids.com/watch?v=iQt0O1O6Oy0, https://www.peekvids.com/watch?v=5S6jzrQ9zjX,
https://www.peekvids.com/watch?v=bcGt-jN0ZCM, https://www.peekvids.com/watch?v=pCfCr_oTVTM, https://www.peekvids.com/watch?v=3lvqZ1HiNP3,
https://www.peekvids.com/watch?v=VuZnG4FzfQA, https://www.peekvids.com/watch?v=eD4mCsAKqck, https://www.peekvids.com/watch?v=0UXYDJ2_sHe,
https://www.peekvids.com/watch?v=HctEyMDYR6m, https://www.peekvids.com/watch?v=hb4JueggY_B, https://www.peekvids.com/watch?v=W12sfIYAbt6,
https://www.peekvids.com/watch?v=8nB1TMa9EkX, https://www.peekvids.com/watch?v=8RUwePsXr9f, https://www.peekvids.com/watch?v=dTaQ3spH7mA,
https://www.peekvids.com/watch?v=dM4Ds5YqEMX, https://www.peekvids.com/watch?v=uA4Nz2qIkMF, https://www.peekvids.com/watch?v=uAeWlQy-g2C,
https://www.peekvids.com/watch?v=v8nGyDTHyGQ, https://www.peekvids.com/watch?v=EE2gjRDUx1p, https://www.peekvids.com/watch?v=NVSS1BqnD_6,
https://www.peekvids.com/watch?v=9DTR_7fu6mc, https://www.peekvids.com/watch?v=4sEV13_pJBN, https://www.peekvids.com/watch?v=rjvO3DWfRjQ,
https://www.peekvids.com/watch?v=LBhFQCpxFCm, https://www.peekvids.com/watch?v=6lT31UhyTc8, https://www.peekvids.com/watch?v=8itHGUdOvRe,
https://www.peekvids.com/watch?v=Tu1-34wUsei, https://www.peekvids.com/watch?v=tjcvyB4eBPv, https://www.peekvids.com/watch?v=to0aVkGYE4F,
https://www.peekvids.com/watch?v=n4P5yRvrhKo, https://www.peekvids.com/watch?v=PuMQHb_fQlA, https://www.peekvids.com/watch?v=8BA4CkCypgN,
https://www.peekvids.com/watch?v=eols-6D1Aqp, https://www.peekvids.com/watch?v=uHYx5EsX1d4, https://www.peekvids.com/watch?v=zQmBzhZrtNL,
https://www.peekvids.com/watch?v=3sJQ8wA2iG0, https://www.peekvids.com/watch?v=GY2_VuKwW9v, https://www.peekvids.com/watch?v=Oaa00ZZ2X_h,
https://www.peekvids.com/watch?v=iuYD89zKyDM, https://www.peekvids.com/watch?v=y47Od6bQLkn, https://www.peekvids.com/watch?v=rcHgJFscRYm,
https://www.peekvids.com/watch?v=K_Whw8zxJPN, https://www.peekvids.com/watch?v=VMYH24aqO_y, https://www.peekvids.com/watch?v=GS14N7E0Fo8,

https://www.peekvids.com/watch?v=d3gZ2pyCAFK, https://www.peekvids.com/watch?v=KsKRJFKCHFH, https://www.peekvids.com/watch?v=mK5-18ln2bg,
https://www.peekvids.com/watch?v=M8dEeWrCme5, https://www.peekvids.com/watch?v=U2UvPfy6h0z, https://www.peekvids.com/watch?v=tZJwdMPaWHc,
https://www.peekvids.com/watch?v=irqVs8GUu8z, https://www.peekvids.com/watch?v=7cPYNCrFbus, https://www.peekvids.com/watch?v=JLNqpylibtW,
https://www.peekvids.com/watch?v=ihCs8p2iX5C, https://www.peekvids.com/watch?v=e0N-jGnkXOo, https://www.peekvids.com/watch?v=zngcSBkLgPF,
https://www.peekvids.com/watch?v=uJtTN5HHCmf, https://www.peekvids.com/watch?v=QzqoIfhhVsw, https://www.peekvids.com/watch?v=TbVgniVCUVn,
https://www.peekvids.com/watch?v=pR2HstLvilu, https://www.peekvids.com/watch?v=owZK9DGAcnq, https://www.peekvids.com/watch?v=RV5NYftss2V,
https://www.peekvids.com/watch?v=ftV6S272h-g, https://www.peekvids.com/watch?v=0wQIo3b7Doo, https://www.peekvids.com/watch?v=6YtMyeOKCVC,
https://www.peekvids.com/watch?v=gU54YFzG7YO, https://www.peekvids.com/watch?v=Tk_7UqQ6XwO, https://www.peekvids.com/watch?v=7zy_5KSOpl6,
https://www.peekvids.com/watch?v=Oo_iZJRba4q, https://www.peekvids.com/watch?v=CAs9I96zTB6, https://www.peekvids.com/watch?v=je019L3MEJq,
https://www.peekvids.com/watch?v=2EdAWdn30vc, https://www.peekvids.com/watch?v=BBCW1PwVabV, https://www.peekvids.com/watch?v=G91WXT0_zJE,
https://www.peekvids.com/watch?v=dylc5QBJAdv, https://www.peekvids.com/watch?v=pXnjD01Qose, https://www.peekvids.com/watch?v=vMKSrgFTq2o,
https://www.peekvids.com/watch?v=M6d_nF0-oMY, https://www.peekvids.com/watch?v=OLBYfja9-6G, https://www.peekvids.com/watch?v=2vjZBurGyF6,
https://www.peekvids.com/watch?v=wjbf7hWfFS9, https://www.peekvids.com/watch?v=sMa97OsCI3G, https://www.peekvids.com/watch?v=TAVsp0LzTvJ,
https://www.peekvids.com/watch?v=xHNHEK_MT-f, https://www.peekvids.com/watch?v=71-13FZ4RCU, https://www.peekvids.com/watch?v=bpOflNH0iTh,
https://www.peekvids.com/watch?v=ksbOwa4lxrH, https://www.peekvids.com/watch?v=ikUp5eqdfwW, https://www.peekvids.com/watch?v=IrByFE0hhVG,
https://www.peekvids.com/watch?v=Mu_o3tJandZ, https://www.peekvids.com/watch?v=rhUUHt1UieP, https://www.peekvids.com/watch?v=EtsUWo6lEhF,
https://www.peekvids.com/watch?v=FIUujYMO3Hl, https://www.peekvids.com/watch?v=Q_Mj3j92HHy, https://www.peekvids.com/watch?v=v2EqtQaNl13,
https://www.peekvids.com/watch?v=NAjJWft3ZnI, https://www.peekvids.com/watch?v=QXUtF6Jwkc5, https://www.peekvids.com/watch?v=7JRA60umCup,
https://www.peekvids.com/watch?v=J93PAqrbIFQ, https://www.peekvids.com/watch?v=EiMXMNoj1TR, https://www.peekvids.com/watch?v=0_goDQsHLWn,
https://www.peekvids.com/watch?v=olutHlo1XAQ, https://www.peekvids.com/watch?v=VDqifF5rBKD, https://www.peekvids.com/watch?v=HYimc04aDuc,
https://www.peekvids.com/watch?v=iMg9t-X31qx, https://www.peekvids.com/watch?v=LASN4P5ptwj, https://www.peekvids.com/watch?v=tWOOSvo4nbm,
https://www.peekvids.com/watch?v=shVIe5c_TXS, https://www.peekvids.com/watch?v=CN59aYa_jlk, https://www.peekvids.com/watch?v=02E48VWZIf7,
https://www.peekvids.com/watch?v=H14EdAdudSV, https://www.peekvids.com/watch?v=TmacNvWq0PX, https://www.peekvids.com/watch?v=qvQXNc2tojr,
https://www.peekvids.com/watch?v=BfeXe7p1Z8S, https://www.peekvids.com/watch?v=RyGMRNmQ-Fz, https://www.peekvids.com/watch?v=goy40_XdGOv,
https://www.peekvids.com/watch?v=uI1hfFddYd7, https://www.peekvids.com/watch?v=Iut6_J0SkiT, https://www.peekvids.com/watch?v=PuurLStWLVp,
https://www.peekvids.com/watch?v=VdlTnljbWyJ, https://www.peekvids.com/watch?v=N_PiqXCHbkp, https://www.peekvids.com/watch?v=iBDSfPQIRtu,
https://www.peekvids.com/watch?v=9P1X_A6Sfdv, https://www.peekvids.com/watch?v=iLMigtq7xN2, https://www.peekvids.com/watch?v=TpXID3-S_nO,
https://www.peekvids.com/watch?v=gnkwEJ_BU4s, https://www.peekvids.com/watch?v=5nGBITy4C_C, https://www.peekvids.com/watch?v=OuGFbR3MqH6,
https://www.peekvids.com/watch?v=kPVN8yPFfJL
5.f. Date of third notice: 2015-10-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: golego
5.b. Uploader's email address: missleastarr@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=golego
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=2t9H7wxYFU0, https://www.peekvids.com/watch?v=4Tpd7Y1TGFK,
https://www.peekvids.com/watch?v=xfGElgoxIDI, https://www.peekvids.com/watch?v=kX1pgTW6A-u, https://www.peekvids.com/watch?v=DLpq-_OJ3iC,
https://www.peekvids.com/watch?v=mCfutSiJt9I, https://www.peekvids.com/watch?v=pCIQTyb7ptl, https://www.peekvids.com/watch?v=7muL62zqXgJ,
https://www.peekvids.com/watch?v=uCSsBCsXM4k, https://www.peekvids.com/watch?v=2eMhe0dByH2, https://www.peekvids.com/watch?v=MAp-fu-WbW3,
https://www.peekvids.com/watch?v=LfYhcLiAQix, https://www.peekvids.com/watch?v=EmvqMgQlbbK, https://www.peekvids.com/watch?v=YunxU6PfeMi,
https://www.peekvids.com/watch?v=JtsjaQq9ybh, https://www.peekvids.com/watch?v=5NIZHG4N3yt, https://www.peekvids.com/watch?v=YHy1pE-0q_S,
https://www.peekvids.com/watch?v=ii5rHkkrTB0, https://www.peekvids.com/watch?v=0kDS6rzKXfD, https://www.peekvids.com/watch?v=n51YgphonJy,
https://www.peekvids.com/watch?v=Mc_nAk496JI, https://www.peekvids.com/watch?v=3bvTrH6PaH3, https://www.peekvids.com/watch?v=ByUq3vLPZGz,
https://www.peekvids.com/watch?v=Pne5f1Ohvlg, https://www.peekvids.com/watch?v=8ynG1tGql8C, https://www.peekvids.com/watch?v=t8vAXv4lkhH,
https://www.peekvids.com/watch?v=71o7ioyYdSf, https://www.peekvids.com/watch?v=8cAvSSufHAN, https://www.peekvids.com/watch?v=m1_anFVJAtS,
https://www.peekvids.com/watch?v=KAWa9bjudCd, https://www.peekvids.com/watch?v=7a_aSYUw_Rk, https://www.peekvids.com/watch?v=u1vL19NR42K,
https://www.peekvids.com/watch?v=A-mbdKVbxxd, https://www.peekvids.com/watch?v=bRXW-E8ykaR, https://www.peekvids.com/watch?v=ShI_SLj62LV,
https://www.peekvids.com/watch?v=KOXUPSddSYy, https://www.peekvids.com/watch?v=bIHE3LLVVJO, https://www.peekvids.com/watch?v=osG0ZE832H7,
https://www.peekvids.com/watch?v=BWbksRtkb3T, https://www.peekvids.com/watch?v=qzeJBi7Nn_x, https://www.peekvids.com/watch?v=B1GFsqDQ7a6,
https://www.peekvids.com/watch?v=QXfgElV5-3M, https://www.peekvids.com/watch?v=FaVBCSAoyj7, https://www.peekvids.com/watch?v=L7EunUuNsPn,
https://www.peekvids.com/watch?v=XjlnziBUbDY, https://www.peekvids.com/watch?v=Yz0Ot5J6Ufr, https://www.peekvids.com/watch?v=rEGjWrK_iOr,
https://www.peekvids.com/watch?v=b0PEStk3iHj, https://www.peekvids.com/watch?v=uNK05ZYQASp, https://www.peekvids.com/watch?v=ubq17vJSHd2,
https://www.peekvids.com/watch?v=NWCRON5m8ep, https://www.peekvids.com/watch?v=YJYKZNU7EVD, https://www.peekvids.com/watch?v=5DFZlxWlSPO,
https://www.peekvids.com/watch?v=8MqH0S3v0Hv, https://www.peekvids.com/watch?v=3BVyT30Tbtn, https://www.peekvids.com/watch?v=rywVy5cpMbT,
https://www.peekvids.com/watch?v=f5JWGg8LxGh, https://www.peekvids.com/watch?v=JJaomD0STek, https://www.peekvids.com/watch?v=bMrNrxuSTkI,
https://www.peekvids.com/watch?v=mznU-opMIbr, https://www.peekvids.com/watch?v=gfnv5-DVvXr, https://www.peekvids.com/watch?v=MR5bBDDVkW5,
https://www.peekvids.com/watch?v=wreoH-7-28a, https://www.peekvids.com/watch?v=okSGGglib4S, https://www.peekvids.com/watch?v=U-zfM9IRTce,
https://www.peekvids.com/watch?v=L6xiYWI_zlv, https://www.peekvids.com/watch?v=2OUaU_btgsZ, https://www.peekvids.com/watch?v=HUT3uQuOuId,
https://www.peekvids.com/watch?v=PHhxSFWUWVg, https://www.peekvids.com/watch?v=PhplNm3PLOc, https://www.peekvids.com/watch?v=M4L-F4OZJH7,
https://www.peekvids.com/watch?v=KVvHJF5UmoZ, https://www.peekvids.com/watch?v=S1a5P1R7J1W, https://www.peekvids.com/watch?v=brMcCaNSMjm,
https://www.peekvids.com/watch?v=s0-QBdZSwmv, https://www.peekvids.com/watch?v=6ySYtkRMs_E, https://www.peekvids.com/watch?v=YZoHhlr7oie,
https://www.peekvids.com/watch?v=FHM3EkXAf-O, https://www.peekvids.com/watch?v=YMD7xSePqFQ, https://www.peekvids.com/watch?v=UdLevrz5lwc,
https://www.peekvids.com/watch?v=0O339osf9BT, https://www.peekvids.com/watch?v=i8BQtRiPeqO, https://www.peekvids.com/watch?v=2qVJjg8ywVP,
https://www.peekvids.com/watch?v=LVqoEr01SCB, https://www.peekvids.com/watch?v=A0XRDa-8bz3, https://www.peekvids.com/watch?v=iDHRblOfrA8,
https://www.peekvids.com/watch?v=87NnYQ34_2h, https://www.peekvids.com/watch?v=QGmgjMY2Tyj, https://www.peekvids.com/watch?v=9alzvQ7Tvf7,
https://www.peekvids.com/watch?v=4pYzs7CrvLE, https://www.peekvids.com/watch?v=DA5AbBt6S6S, https://www.peekvids.com/watch?v=vpi12n1CoeA,
https://www.peekvids.com/watch?v=8i8uIJhxWpN, https://www.peekvids.com/watch?v=OaQWgRFixeh, https://www.peekvids.com/watch?v=6vleJWivmyE
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goodnight
5.b. Uploader's email address: amajojorisso@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=goodnight
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=-SU7VJ5Sm8U, https://www.peekvids.com/watch?v=KmZXsn9nY4U,
https://www.peekvids.com/watch?v=B4MFPJkOP8a, https://www.peekvids.com/watch?v=FSRP9H3Mfia, https://www.peekvids.com/watch?v=ciYtGqg7mki,
https://www.peekvids.com/watch?v=nE4pjLIKiU0, https://www.peekvids.com/watch?v=0npo4AeeOQI, https://www.peekvids.com/watch?v=K7GzIWzs8Im,
https://www.peekvids.com/watch?v=5YslWosbdIv, https://www.peekvids.com/watch?v=trDfoVcuBfO, https://www.peekvids.com/watch?v=BPDetg3ILRX,
https://www.peekvids.com/watch?v=enSBMOqJcqh, https://www.peekvids.com/watch?v=20Z9FYLNw0q, https://www.peekvids.com/watch?v=ane7IfgGKv8,
https://www.peekvids.com/watch?v=rgEbN3X9t8f, https://www.peekvids.com/watch?v=M47gjpzvuWs, https://www.peekvids.com/watch?v=WdtJRZFIEW9,
https://www.peekvids.com/watch?v=XKBoSVxwUXI, https://www.peekvids.com/watch?v=ICEaZkH3skb, https://www.peekvids.com/watch?v=0N8HfiwjwBa,
https://www.peekvids.com/watch?v=zTCRSixI9lL, https://www.peekvids.com/watch?v=amfwFJY802a, https://www.peekvids.com/watch?v=-BZHcTaA2Bi,
https://www.peekvids.com/watch?v=ePuwly4kq-6, https://www.peekvids.com/watch?v=rG5zeK72PTc, https://www.peekvids.com/watch?v=zU9tOP8eyrs,
https://www.peekvids.com/watch?v=5S2PHNL45cA, https://www.peekvids.com/watch?v=uGEdWqyKZ7H, https://www.peekvids.com/watch?v=RYRKE--hOCS,
https://www.peekvids.com/watch?v=b7dPz75xgzG, https://www.peekvids.com/watch?v=IjtjjHHYiOl, https://www.peekvids.com/watch?v=GztumuucaKR,
https://www.peekvids.com/watch?v=oMYpONv4KZL, https://www.peekvids.com/watch?v=xxOgSIOBRro, https://www.peekvids.com/watch?v=tg-bdf-UfVN,
https://www.peekvids.com/watch?v=sLrux7ffC8U, https://www.peekvids.com/watch?v=jX9sf43lVnu, https://www.peekvids.com/watch?v=88lB7K0OsKW,
https://www.peekvids.com/watch?v=JXgL-pY-tAq, https://www.peekvids.com/watch?v=e0IL9xDy3Yl, https://www.peekvids.com/watch?v=ELUPDjAQPln,
https://www.peekvids.com/watch?v=suWBipOE2qW, https://www.peekvids.com/watch?v=vfh6lrMgXTy, https://www.peekvids.com/watch?v=BtvGdKfyPcb,
https://www.peekvids.com/watch?v=l3WhUubyuDQ, https://www.peekvids.com/watch?v=mLT762tFG5W, https://www.peekvids.com/watch?v=5Fg-hSBXfpE,
https://www.peekvids.com/watch?v=sMhGo-Vojdf, https://www.peekvids.com/watch?v=PCNYyJ7IpnN, https://www.peekvids.com/watch?v=jOuZL-XQesi,
https://www.peekvids.com/watch?v=jgTpRhXAyam, https://www.peekvids.com/watch?v=8mmZoSxH-jR, https://www.peekvids.com/watch?v=TMPlQ6G7lOp,
https://www.peekvids.com/watch?v=D3CJxGbolJR, https://www.peekvids.com/watch?v=jdkqoZP0yrE, https://www.peekvids.com/watch?v=DLDuXUMAn9O,
https://www.peekvids.com/watch?v=Xq9M-JNB-5z, https://www.peekvids.com/watch?v=wvRTFzrLHdR, https://www.peekvids.com/watch?v=UT8iLVtiXst,
https://www.peekvids.com/watch?v=B9Fs4uxqatl, https://www.peekvids.com/watch?v=J344dye6k0p, https://www.peekvids.com/watch?v=4CSWwoCshT9,
https://www.peekvids.com/watch?v=EjA2x8AN78A, https://www.peekvids.com/watch?v=JlszRYkf5vB, https://www.peekvids.com/watch?v=QVDJwQarKjR,
https://www.peekvids.com/watch?v=5Pn5BCdFHn3, https://www.peekvids.com/watch?v=n-a3kkmKVYw, https://www.peekvids.com/watch?v=Fsrheh3x28C,
https://www.peekvids.com/watch?v=jODdfRZ3CaL, https://www.peekvids.com/watch?v=w3rwRDC4wXI, https://www.peekvids.com/watch?v=lxvcTIM6Spe,
https://www.peekvids.com/watch?v=DBbt55hwZfZ, https://www.peekvids.com/watch?v=jryABT2enih, https://www.peekvids.com/watch?v=ANwZAd8enxp,
https://www.peekvids.com/watch?v=h4pabJAcpHH, https://www.peekvids.com/watch?v=--LYQQjoNgz, https://www.peekvids.com/watch?v=NAMYe2f5me0,
https://www.peekvids.com/watch?v=L6bnBUbztO7, https://www.peekvids.com/watch?v=4UPE45yzLs7, https://www.peekvids.com/watch?v=M9-tiPxuUbq,
https://www.peekvids.com/watch?v=auYQkS72gRb, https://www.peekvids.com/watch?v=NgObqHIa0sG, https://www.peekvids.com/watch?v=2RejtLma6mO,
https://www.peekvids.com/watch?v=W2mSOtHaoCf, https://www.peekvids.com/watch?v=6MfcfGCeSC0, https://www.peekvids.com/watch?v=uXiCDiNX2hZ,
https://www.peekvids.com/watch?v=buGtQtp5QTC, https://www.peekvids.com/watch?v=JCwXlARFB2b, https://www.peekvids.com/watch?v=anHHulgDxza,
https://www.peekvids.com/watch?v=j-cg8DgkOYf, https://www.peekvids.com/watch?v=zYrSveBnskw, https://www.peekvids.com/watch?v=w9slDL-YF9S,
https://www.peekvids.com/watch?v=5aQyOBpGGLF, https://www.peekvids.com/watch?v=-Tboeg5GExs, https://www.peekvids.com/watch?v=BbaOAGXz4HQ,
https://www.peekvids.com/watch?v=Mk5cCU8s9Wk, https://www.peekvids.com/watch?v=oGdg9uDhKQM, https://www.peekvids.com/watch?v=L-T90hnH2M3,
https://www.peekvids.com/watch?v=4j-6HxV4ASz, https://www.peekvids.com/watch?v=mrdzw8UD-Zd, https://www.peekvids.com/watch?v=IBmWLzSeymI,
https://www.peekvids.com/watch?v=V6WQfatqO7k, https://www.peekvids.com/watch?v=B0QEiY-tYgG, https://www.peekvids.com/watch?v=CF74Jh-KVjY,
https://www.peekvids.com/watch?v=nyuF5xpdRnO, https://www.peekvids.com/watch?v=YvtWTqjiUXr, https://www.peekvids.com/watch?v=2g7q9mZW0GM,
https://www.peekvids.com/watch?v=M9Soy7ndgH5, https://www.peekvids.com/watch?v=tvr9os0Z30g, https://www.peekvids.com/watch?v=bqGuM86d08U,
https://www.peekvids.com/watch?v=4IkQxA7UdwZ, https://www.peekvids.com/watch?v=rDYrNDtjJr7, https://www.peekvids.com/watch?v=ONl3h8JmBSV,
https://www.peekvids.com/watch?v=munVwgQKItl, https://www.peekvids.com/watch?v=oJVRaIeH4Sx, https://www.peekvids.com/watch?v=FMJVO0NTMBh,
https://www.peekvids.com/watch?v=EY5RZn49tcy, https://www.peekvids.com/watch?v=SImDjvxmc2L, https://www.peekvids.com/watch?v=3TKw448JTvb,
https://www.peekvids.com/watch?v=7uug0Ebj9Gi, https://www.peekvids.com/watch?v=EqoaCrEiXq2, https://www.peekvids.com/watch?v=ghER4td9eU0,
https://www.peekvids.com/watch?v=VkDjTN9DJZH, https://www.peekvids.com/watch?v=XRdZB59GDZU, https://www.peekvids.com/watch?v=OM0-aJ6ItLC,
https://www.peekvids.com/watch?v=fW4ibAPv0EJ, https://www.peekvids.com/watch?v=esbiyaD2hdI, https://www.peekvids.com/watch?v=3USZ2zJcmyx,
https://www.peekvids.com/watch?v=sMP9v5nKtat, https://www.peekvids.com/watch?v=C7JRaq6Owh6, https://www.peekvids.com/watch?v=cyiQPNH4Vti,
https://www.peekvids.com/watch?v=esZts0CShvz, https://www.peekvids.com/watch?v=TNwHwGHVvBP, https://www.peekvids.com/watch?v=NCI2Mpoc0FM,
https://www.peekvids.com/watch?v=nfrW6YE5QrU, https://www.peekvids.com/watch?v=p-qCKsI7Y8f, https://www.peekvids.com/watch?v=Fc42GcPdPkF,
https://www.peekvids.com/watch?v=nqQQGoXPtKR, https://www.peekvids.com/watch?v=uxLY9aSxuEJ, https://www.peekvids.com/watch?v=VmTghUwEWqQ,
https://www.peekvids.com/watch?v=3ccpOfV8hsa, https://www.peekvids.com/watch?v=auGlwUVuM2E, https://www.peekvids.com/watch?v=seABNNizgWF,
https://www.peekvids.com/watch?v=XUkp7SYnDXZ, https://www.peekvids.com/watch?v=HIcOw8ztK7u, https://www.peekvids.com/watch?v=SSycbKX0r3a,
https://www.peekvids.com/watch?v=L30XkrxFTyA, https://www.peekvids.com/watch?v=xe2F6vikUn9, https://www.peekvids.com/watch?v=GLWm8vH6qiF,
https://www.peekvids.com/watch?v=O8jNkbwbOQI, https://www.peekvids.com/watch?v=5t3F7UZKbkF, https://www.peekvids.com/watch?v=X2YenR7GTOM,
https://www.peekvids.com/watch?v=cEKzMpIoPWd, https://www.peekvids.com/watch?v=pI7CysF7o6J, https://www.peekvids.com/watch?v=mrbtxUF-NRI,
https://www.peekvids.com/watch?v=-kVSWGuOrfT, https://www.peekvids.com/watch?v=T0RQOPNfdkx, https://www.peekvids.com/watch?v=mxa59Vc4rFm,
https://www.peekvids.com/watch?v=q2xhqTxETXK, https://www.peekvids.com/watch?v=PKvcgtdzKI-, https://www.peekvids.com/watch?v=ZvE82paVhkY,
https://www.peekvids.com/watch?v=aIyM40-Rnkh, https://www.peekvids.com/watch?v=96GCKueN44n, https://www.peekvids.com/watch?v=ztRbwPmzqIJ,
https://www.peekvids.com/watch?v=nALVFyxSvBD, https://www.peekvids.com/watch?v=zNHomuGoBbp, https://www.peekvids.com/watch?v=ZNI83fzo0oQ,
https://www.peekvids.com/watch?v=LRHNhThUVn3, https://www.peekvids.com/watch?v=FlsjhzRyD2d, https://www.peekvids.com/watch?v=MkNkLdZAXUa,
https://www.peekvids.com/watch?v=X87rCUTQiFY, https://www.peekvids.com/watch?v=bpU6-9wl9EM, https://www.peekvids.com/watch?v=vffAPxCizYp,
https://www.peekvids.com/watch?v=TOYDN4u7GLp, https://www.peekvids.com/watch?v=itSGXUpmymc, https://www.peekvids.com/watch?v=5GhAPFwtuK5,
https://www.peekvids.com/watch?v=Fj5Ml2bu3uL, https://www.peekvids.com/watch?v=ryx0IhveNsn, https://www.peekvids.com/watch?v=3qDYNN95hQ6,
https://www.peekvids.com/watch?v=ewx4Mqq60VC, https://www.peekvids.com/watch?v=NoW5wdraaIq, https://www.peekvids.com/watch?v=eoVlf8gKEAJ,
https://www.peekvids.com/watch?v=dKW3iMgHQwi, https://www.peekvids.com/watch?v=yOFjJzPDtDk, https://www.peekvids.com/watch?v=XpdkEnPOQeB,
https://www.peekvids.com/watch?v=-Ws802pu-PA, https://www.peekvids.com/watch?v=73ZMbvBgDKJ, https://www.peekvids.com/watch?v=9BuUDZsiV57,

https://www.peekvids.com/watch?v=dHOy4gPt8Ax, https://www.peekvids.com/watch?v=jdZPGqMnP87, https://www.peekvids.com/watch?v=PcF2nK3z7CW,
https://www.peekvids.com/watch?v=HixvZdd0RhP, https://www.peekvids.com/watch?v=4XV5z8PQN98, https://www.peekvids.com/watch?v=Avbh8750yzy,
https://www.peekvids.com/watch?v=UVy8YEm6BOB, https://www.peekvids.com/watch?v=tabyUiJd6ov, https://www.peekvids.com/watch?v=bKtpcJ3tWl3,
https://www.peekvids.com/watch?v=oyCusixr-I7, https://www.peekvids.com/watch?v=8brV4ASxYoe, https://www.peekvids.com/watch?v=XwauOhnNmwQ,
https://www.peekvids.com/watch?v=Z209asAPZD4, https://www.peekvids.com/watch?v=43QC5RBy59b, https://www.peekvids.com/watch?v=fhEJyiS8PYk,
https://www.peekvids.com/watch?v=aMmWE4WwaEP, https://www.peekvids.com/watch?v=RtCdlb9AM0X, https://www.peekvids.com/watch?v=iuF0QECZ5ts,
https://www.peekvids.com/watch?v=GG6yWVWfE9q, https://www.peekvids.com/watch?v=7m65g23g0xC, https://www.peekvids.com/watch?v=4uZBvmVaBLv,
https://www.peekvids.com/watch?v=4ZZIT8UZOV0, https://www.peekvids.com/watch?v=fg36ZrBqm6E, https://www.peekvids.com/watch?v=vtTUMXVHDbF,
https://www.peekvids.com/watch?v=MkGAmFrh6bD, https://www.peekvids.com/watch?v=3e8xDPMo32O, https://www.peekvids.com/watch?v=bDVXEEJYHDm,
https://www.peekvids.com/watch?v=IJDiSj0M9qN, https://www.peekvids.com/watch?v=5NiBXHFpqN7, https://www.peekvids.com/watch?v=auXwC-2PDDC,
https://www.peekvids.com/watch?v=cPec-TknwwJ, https://www.peekvids.com/watch?v=Mqqr2lp-Hnc, https://www.peekvids.com/watch?v=AQjwnZWiLoH,
https://www.peekvids.com/watch?v=ffKmbVSGSHi, https://www.peekvids.com/watch?v=l9tsamWRz9n, https://www.peekvids.com/watch?v=IHMo7ntoj7P,
https://www.peekvids.com/watch?v=0zkYKPSGrGD, https://www.peekvids.com/watch?v=wwsNABTZoGR, https://www.peekvids.com/watch?v=RbpCLGzW4sD,
https://www.peekvids.com/watch?v=-DyGh9V79r8, https://www.peekvids.com/watch?v=vy9AMVjtEks, https://www.peekvids.com/watch?v=wy2jxSubAMj,
https://www.peekvids.com/watch?v=3Zlp0P65i8d, https://www.peekvids.com/watch?v=c44c7yH8DPg, https://www.peekvids.com/watch?v=BKirP43Oy4h,
https://www.peekvids.com/watch?v=V2untsH3PAE, https://www.peekvids.com/watch?v=zr2o2Ie6vdt, https://www.peekvids.com/watch?v=cbmFFPRKOg0,
https://www.peekvids.com/watch?v=Y6EmCCQhJnm, https://www.peekvids.com/watch?v=0DgWiwAoGGC, https://www.peekvids.com/watch?v=ItLbx-Mvl8w,
https://www.peekvids.com/watch?v=BCX7GmaLA2Q, https://www.peekvids.com/watch?v=Jk5TjNoCJ3y, https://www.peekvids.com/watch?v=Ll852OK08yB,
https://www.peekvids.com/watch?v=IxrVqyTlwVd, https://www.peekvids.com/watch?v=mC06NjZSYZp, https://www.peekvids.com/watch?v=88jgYi6L2cc,
https://www.peekvids.com/watch?v=dWc3MPE2ZLy, https://www.peekvids.com/watch?v=LtOO5gSpmTY, https://www.peekvids.com/watch?v=0WutPnJDY4H,
https://www.peekvids.com/watch?v=J5qiVV-oslq, https://www.peekvids.com/watch?v=SrP0M2mzFhx, https://www.peekvids.com/watch?v=NGtv9BnXgth,
https://www.peekvids.com/watch?v=xMRIFHLWgpe, https://www.peekvids.com/watch?v=STNrtanjwHr, https://www.peekvids.com/watch?v=hwi5UhFqN2f,
https://www.peekvids.com/watch?v=JHSv8US5HYi, https://www.peekvids.com/watch?v=uelTCRFRH2s, https://www.peekvids.com/watch?v=ml8wNoI6D4f,
https://www.peekvids.com/watch?v=u5I9wzp8zhF, https://www.peekvids.com/watch?v=e94kqj8Du4N, https://www.peekvids.com/watch?v=nHapNZfiYrp,
https://www.peekvids.com/watch?v=KdrcVmH6iei, https://www.peekvids.com/watch?v=0aa57S7BXBj, https://www.peekvids.com/watch?v=Q0vHnWhdqEp,
https://www.peekvids.com/watch?v=DWRcrmPLJdt, https://www.peekvids.com/watch?v=2KPbOcFNQLy, https://www.peekvids.com/watch?v=B32EekemE8h,
https://www.peekvids.com/watch?v=SrnUlk8rIxa, https://www.peekvids.com/watch?v=YKcMF7NqoGv, https://www.peekvids.com/watch?v=Y302rL3Lt3t,
https://www.peekvids.com/watch?v=eO79lN75Klt, https://www.peekvids.com/watch?v=0p0HX2hvKKI, https://www.peekvids.com/watch?v=8P3N2a0kFVZ,
https://www.peekvids.com/watch?v=La7nZjeSBj3, https://www.peekvids.com/watch?v=HouKSVUZJZ6, https://www.peekvids.com/watch?v=MszSENKIsSu,
https://www.peekvids.com/watch?v=elbkn4hJfMA, https://www.peekvids.com/watch?v=SdmfKEOHQCb, https://www.peekvids.com/watch?v=I6XAbTn4fkt,
https://www.peekvids.com/watch?v=LXhAZcN0jv4, https://www.peekvids.com/watch?v=XwT9ftRsVGd, https://www.peekvids.com/watch?v=h9CZDjwuCZQ,
https://www.peekvids.com/watch?v=SYnSsOrCDFp, https://www.peekvids.com/watch?v=-ZPVbXE0SYO, https://www.peekvids.com/watch?v=ffJC2C65L9N,
https://www.peekvids.com/watch?v=fBRop-DrD7P, https://www.peekvids.com/watch?v=znDamsoqVNf, https://www.peekvids.com/watch?v=zqtzEcBxR5Q,
https://www.peekvids.com/watch?v=rVnfSxDcNeS, https://www.peekvids.com/watch?v=aEYNHpR3Rbb, https://www.peekvids.com/watch?v=NSqIJurbFlr,
https://www.peekvids.com/watch?v=SGn7Cb8lWMZ, https://www.peekvids.com/watch?v=bfUj-Am2ND5, https://www.peekvids.com/watch?v=d9eQDeEl3zQ,
https://www.peekvids.com/watch?v=xSrPbHcOyFE, https://www.peekvids.com/watch?v=UYypnp4dYXR, https://www.peekvids.com/watch?v=k99HnGngjBg,
https://www.peekvids.com/watch?v=mnrFSgyt63A, https://www.peekvids.com/watch?v=hM9ZhwoOzmR, https://www.peekvids.com/watch?v=pQQ7Rz9AJYK,
https://www.peekvids.com/watch?v=ZLjzlRoLTio, https://www.peekvids.com/watch?v=5ssM6lEN6bM, https://www.peekvids.com/watch?v=sKZbXm4zPy-,
https://www.peekvids.com/watch?v=JuSjFBqvRH3, https://www.peekvids.com/watch?v=ryO5YQU8nJv, https://www.peekvids.com/watch?v=-lSmEYKiafQ,
https://www.peekvids.com/watch?v=2WNFgdH5ytn, https://www.peekvids.com/watch?v=L2Kx3EpyVKI, https://www.peekvids.com/watch?v=vqxpvHJHFPr,
https://www.peekvids.com/watch?v=QFj-rQcHBGn, https://www.peekvids.com/watch?v=b54004FgmvG, https://www.peekvids.com/watch?v=oankJpuhVQy,
https://www.peekvids.com/watch?v=JsoocTh7M58, https://www.peekvids.com/watch?v=OanT5m8jNO-, https://www.peekvids.com/watch?v=bVypEjOMqVT,
https://www.peekvids.com/watch?v=BTKYwZwrtpw, https://www.peekvids.com/watch?v=2BKdTJkBjHh, https://www.peekvids.com/watch?v=Y2BdV2fTsSO,
https://www.peekvids.com/watch?v=XKEIS5EFggU, https://www.peekvids.com/watch?v=VyyWViOgyWE, https://www.peekvids.com/watch?v=bSs9nJ-aPfA,
https://www.peekvids.com/watch?v=m3t4JDdVYyp, https://www.peekvids.com/watch?v=QLoocqPnZIQ, https://www.peekvids.com/watch?v=sPourPWyCAb,
https://www.peekvids.com/watch?v=KAE6BS58m6i, https://www.peekvids.com/watch?v=pVJ4pDoaDP5, https://www.peekvids.com/watch?v=GZ5xSSkVemW,
https://www.peekvids.com/watch?v=Z5v8IZyAiOp, https://www.peekvids.com/watch?v=rFZNLe6fRtx, https://www.peekvids.com/watch?v=kZXoNK7UDFV,
https://www.peekvids.com/watch?v=M-s5OUTyfc2, https://www.peekvids.com/watch?v=iBtGVoylwCU, https://www.peekvids.com/watch?v=aPu0qTeXMEx,
https://www.peekvids.com/watch?v=WVaziPbShVs, https://www.peekvids.com/watch?v=QcaSdDNJFie, https://www.peekvids.com/watch?v=YTQ4hBauVgh,
https://www.peekvids.com/watch?v=mm8PSnXPz05, https://www.peekvids.com/watch?v=lLyPbmZCl80, https://www.peekvids.com/watch?v=47ndMxdMaw3,
https://www.peekvids.com/watch?v=R9fBQfbngfw, https://www.peekvids.com/watch?v=NhG7qG0xQdc, https://www.peekvids.com/watch?v=8tgefyTPSmV,
https://www.peekvids.com/watch?v=NxBsPHEyTEa, https://www.peekvids.com/watch?v=RfgmTZGc2kf, https://www.peekvids.com/watch?v=iggDQ5l8xbk,
https://www.peekvids.com/watch?v=WDG2wN6gAZV, https://www.peekvids.com/watch?v=yDPrOm8JhqY, https://www.peekvids.com/watch?v=i9GnAxOKuh9,
https://www.peekvids.com/watch?v=UbXAKxMTlAZ, https://www.peekvids.com/watch?v=NU6T-Gi7iWq, https://www.peekvids.com/watch?v=V7T4L6TkLZx,
https://www.peekvids.com/watch?v=R8YoVKaPg5c, https://www.peekvids.com/watch?v=sG6eH6Bjoz3, https://www.peekvids.com/watch?v=tHaz0gylJD5,
https://www.peekvids.com/watch?v=Jvv-dsJVWdG, https://www.peekvids.com/watch?v=p-fxBkV8Tl6, https://www.peekvids.com/watch?v=UlNNelxKxdF,
https://www.peekvids.com/watch?v=-OXVoWnJHn6, https://www.peekvids.com/watch?v=YjoKIaZefmQ, https://www.peekvids.com/watch?v=BDx5EXtuwr4,
https://www.peekvids.com/watch?v=S6M2AvuX6yk, https://www.peekvids.com/watch?v=ke-KA8KX-fb, https://www.peekvids.com/watch?v=Bmy4RiEnFI6,
https://www.peekvids.com/watch?v=XxBf8UahXSI, https://www.peekvids.com/watch?v=GMw8DTQzsbn, https://www.peekvids.com/watch?v=u4fUWVM3OM5,
https://www.peekvids.com/watch?v=FlvNoqa755n, https://www.peekvids.com/watch?v=v9bTe6Mu-NM, https://www.peekvids.com/watch?v=sNb2af66eDZ,
https://www.peekvids.com/watch?v=2BGg0yjsmm-, https://www.peekvids.com/watch?v=ugqIt43OwyM, https://www.peekvids.com/watch?v=b6oylUB2Sl4,
https://www.peekvids.com/watch?v=QppTA5O7OI9, https://www.peekvids.com/watch?v=cw9wKSVcN00, https://www.peekvids.com/watch?v=GmE26PuySyI,
https://www.peekvids.com/watch?v=Og2SqyXp2Uy, https://www.peekvids.com/watch?v=M4DrYCwZfcR, https://www.peekvids.com/watch?v=EDJAFba5Fub,
https://www.peekvids.com/watch?v=pyRXo426TmK, https://www.peekvids.com/watch?v=UMxP-w7ZMUR, https://www.peekvids.com/watch?v=UnEuLH0e6sy,
https://www.peekvids.com/watch?v=D3DOmblHX3L, https://www.peekvids.com/watch?v=R0pZgOCC6Iz, https://www.peekvids.com/watch?v=Sz7tLnqMunk,
https://www.peekvids.com/watch?v=R0qLxJFJ5qs, https://www.peekvids.com/watch?v=Boba5w8xa4n, https://www.peekvids.com/watch?v=B6BqrYEuE6m,
https://www.peekvids.com/watch?v=VXiEO0ht0a5, https://www.peekvids.com/watch?v=Rn2rb0xc9Cm, https://www.peekvids.com/watch?v=VATY8eSOYFL,
https://www.peekvids.com/watch?v=x77ubnj-ylE, https://www.peekvids.com/watch?v=dzo8iMnlod5, https://www.peekvids.com/watch?v=Pw0yWJEbADp,
https://www.peekvids.com/watch?v=3okLGO7EmMH, https://www.peekvids.com/watch?v=wMMDcn600qZ, https://www.peekvids.com/watch?v=pgN0GxR-T-3,
https://www.peekvids.com/watch?v=0CtGRRASQwI, https://www.peekvids.com/watch?v=m3R7cf7viGK, https://www.peekvids.com/watch?v=CkecDetKglu,
https://www.peekvids.com/watch?v=wT9SnNU9WT3, https://www.peekvids.com/watch?v=kHvXYfgfcZM, https://www.peekvids.com/watch?v=AjjeXm0jIZ4,
https://www.peekvids.com/watch?v=osgfNiT7Xd9, https://www.peekvids.com/watch?v=fSaQQO-frEN, https://www.peekvids.com/watch?v=oo8HH85TItf,
https://www.peekvids.com/watch?v=6urfgoZrjvt, https://www.peekvids.com/watch?v=2qWHNzG5Flp, https://www.peekvids.com/watch?v=fwJaM2uQLOw,
https://www.peekvids.com/watch?v=wH4dx9O5jDj, https://www.peekvids.com/watch?v=RCmNpV-NcbE, https://www.peekvids.com/watch?v=4MaoLYCeKEr,
https://www.peekvids.com/watch?v=bNrWg5rmEOo, https://www.peekvids.com/watch?v=70e4kLYUz5s, https://www.peekvids.com/watch?v=I6kS6I4zVxS,
https://www.peekvids.com/watch?v=-39kWAzZIqP, https://www.peekvids.com/watch?v=9NBSm82AUo6, https://www.peekvids.com/watch?v=x59ZTxOojt7,
https://www.peekvids.com/watch?v=7KnUYvt5rlV, https://www.peekvids.com/watch?v=dHNGXRrPH86, https://www.peekvids.com/watch?v=DlzZyyKcbrT,
https://www.peekvids.com/watch?v=PdC7cTw-DzY, https://www.peekvids.com/watch?v=RsgrfSa23Ca, https://www.peekvids.com/watch?v=3rsqmpp9vyI,
https://www.peekvids.com/watch?v=9kOnU4h2IkC, https://www.peekvids.com/watch?v=RyyB5yJUkXg, https://www.peekvids.com/watch?v=vBt3Ya2HaU0,
https://www.peekvids.com/watch?v=bpzE65JNSng, https://www.peekvids.com/watch?v=ewWKqJlkUut, https://www.peekvids.com/watch?v=TUXKRzdfoht,
https://www.peekvids.com/watch?v=c9kQwIGXeMt, https://www.peekvids.com/watch?v=ryydiGeU6b2, https://www.peekvids.com/watch?v=yaQoE5oEu63,
https://www.peekvids.com/watch?v=vkcwVTIPITb, https://www.peekvids.com/watch?v=fntEwNPkAZ9, https://www.peekvids.com/watch?v=3VFBmZgegvw,
https://www.peekvids.com/watch?v=IjgWcnGf8ia, https://www.peekvids.com/watch?v=gjxv-dHQl2S, https://www.peekvids.com/watch?v=7-cNVIVk4We,
https://www.peekvids.com/watch?v=GyotstwWqGt, https://www.peekvids.com/watch?v=3ZUFkGhZnvM, https://www.peekvids.com/watch?v=GmKmKWue92F,
https://www.peekvids.com/watch?v=N87agayR9Tf, https://www.peekvids.com/watch?v=IdR4mcgaFxz, https://www.peekvids.com/watch?v=AztQ5mtSCaw,
https://www.peekvids.com/watch?v=OuHrxhotWKn, https://www.peekvids.com/watch?v=thQbw-jUcAj, https://www.peekvids.com/watch?v=rSixwQu6j63,
https://www.peekvids.com/watch?v=uz0pkvqzbtR, https://www.peekvids.com/watch?v=CPIpCDB-dXs, https://www.peekvids.com/watch?v=CR8brETLwGN,
https://www.peekvids.com/watch?v=N5ekQPpnkOA, https://www.peekvids.com/watch?v=DKFkHrm7tVX, https://www.peekvids.com/watch?v=vCVZqtTyNWi,
https://www.peekvids.com/watch?v=jqn7IpQo8yD, https://www.peekvids.com/watch?v=pkiGxVrjZGk, https://www.peekvids.com/watch?v=2hi8oWXULb5,
https://www.peekvids.com/watch?v=Zf7oHsjsFxc, https://www.peekvids.com/watch?v=X9BWlYS2WEr, https://www.peekvids.com/watch?v=YS7ggl9qKZW,
https://www.peekvids.com/watch?v=erUqn6Glnfp, https://www.peekvids.com/watch?v=Hip3FbteE2f, https://www.peekvids.com/watch?v=MY4njHARaz0,
https://www.peekvids.com/watch?v=9duOcDRsa3l, https://www.peekvids.com/watch?v=LSFpH6MiIOW, https://www.peekvids.com/watch?v=jPErxvlVe50,
https://www.peekvids.com/watch?v=HKAQkwrc86H, https://www.peekvids.com/watch?v=P0DBpFCFnbN, https://www.peekvids.com/watch?v=JAbodRDUUwX,
https://www.peekvids.com/watch?v=4SnwKTxurLa, https://www.peekvids.com/watch?v=e69LgVIra27, https://www.peekvids.com/watch?v=iO2GR0ZRwwg,
https://www.peekvids.com/watch?v=xigvrgdORmc, https://www.peekvids.com/watch?v=7IBLwvr86nF, https://www.peekvids.com/watch?v=nZNfylVmenV,
https://www.peekvids.com/watch?v=si8aWokiIwR, https://www.peekvids.com/watch?v=zDgN-Qv3YrR, https://www.peekvids.com/watch?v=GaAc8s-GvR9,
https://www.peekvids.com/watch?v=kK5d8gDlT9S, https://www.peekvids.com/watch?v=XYnXLzqTbwD, https://www.peekvids.com/watch?v=IpbDz7wGtyG,
https://www.peekvids.com/watch?v=SNFPsGlYXWu, https://www.peekvids.com/watch?v=L-QrGhRzHL6, https://www.peekvids.com/watch?v=5xWJhkdqcIH,
https://www.peekvids.com/watch?v=LTktQlLl6mI, https://www.peekvids.com/watch?v=O3LmHxaRnPG, https://www.peekvids.com/watch?v=4aEEbFwI3Sr,
https://www.peekvids.com/watch?v=7OwKAEvkzrK, https://www.peekvids.com/watch?v=6LEINakPpBX, https://www.peekvids.com/watch?v=SbvSFFIaack,
https://www.peekvids.com/watch?v=lz0s3DnE2DQ, https://www.peekvids.com/watch?v=oWpJoufGdqR, https://www.peekvids.com/watch?v=hemSNqIruWR,
https://www.peekvids.com/watch?v=x58gzOUta02, https://www.peekvids.com/watch?v=Ezi7muU5lGz, https://www.peekvids.com/watch?v=i69SfmO-dy3,
https://www.peekvids.com/watch?v=DApPe-b3MTl, https://www.peekvids.com/watch?v=uY3VmjjSZSS, https://www.peekvids.com/watch?v=HBkcm9KnwbY,
https://www.peekvids.com/watch?v=-AWwx9VkMJM, https://www.peekvids.com/watch?v=Hu2WIfKRKGO, https://www.peekvids.com/watch?v=zFFvID2xN7N,
https://www.peekvids.com/watch?v=f5S6oNaROYm, https://www.peekvids.com/watch?v=rj2JyQiotRD, https://www.peekvids.com/watch?v=cAvbo9PSFJC,
https://www.peekvids.com/watch?v=S2llNLNQ8TK, https://www.peekvids.com/watch?v=hiJa8-I8rnw, https://www.peekvids.com/watch?v=wq5dyLXuyCE,
https://www.peekvids.com/watch?v=PjewYJ0NVZd, https://www.peekvids.com/watch?v=6Jz3ojGGs-U, https://www.peekvids.com/watch?v=R0p4xM5fZJM,
https://www.peekvids.com/watch?v=CP9GpsTu0ne, https://www.peekvids.com/watch?v=JFv2GnXUFhn, https://www.peekvids.com/watch?v=liflvI37FN2,
https://www.peekvids.com/watch?v=syf9J4HH0nT, https://www.peekvids.com/watch?v=6c2ixED2Ldc, https://www.peekvids.com/watch?v=QKlerjYwGBd,
https://www.peekvids.com/watch?v=NZXmmExSeft, https://www.peekvids.com/watch?v=9FP8lb0-sHb, https://www.peekvids.com/watch?v=9HW2-LtZWPi,
https://www.peekvids.com/watch?v=RXQjpLpWx8V, https://www.peekvids.com/watch?v=z-8gNqEwKdl, https://www.peekvids.com/watch?v=qcNF7GU5A5p,
https://www.peekvids.com/watch?v=3XayBivEMjV, https://www.peekvids.com/watch?v=SATHNs0Sfwb, https://www.peekvids.com/watch?v=bORLvKPNbhw,
https://www.peekvids.com/watch?v=cp8kAaADJ9G, https://www.peekvids.com/watch?v=toVth74UC0n, https://www.peekvids.com/watch?v=sSTHbDX7zqI,
https://www.peekvids.com/watch?v=oiV6xSt009c, https://www.peekvids.com/watch?v=Bfes0Tz0-Lt, https://www.peekvids.com/watch?v=Fi5Pc2rMths,
https://www.peekvids.com/watch?v=6XOVztUK-2d, https://www.peekvids.com/watch?v=Yzp28GniInx, https://www.peekvids.com/watch?v=kjFYEerLwhm,
https://www.peekvids.com/watch?v=bXNJtGkUZyY, https://www.peekvids.com/watch?v=S2q7gWMPUrR, https://www.peekvids.com/watch?v=cM-6m7w5fAF,
https://www.peekvids.com/watch?v=h8kSD5i8J0L, https://www.peekvids.com/watch?v=R-2UZOBZG4b, https://www.peekvids.com/watch?v=evGN0LKWXiQ,
https://www.peekvids.com/watch?v=4viKPGiYYN2, https://www.peekvids.com/watch?v=QyBZNW-FqC6, https://www.peekvids.com/watch?v=AYGXBCQjBOT,
https://www.peekvids.com/watch?v=3imHzJ4h2Oj, https://www.peekvids.com/watch?v=RZfvtHoXh23, https://www.peekvids.com/watch?v=HRhht0iDwhS,
https://www.peekvids.com/watch?v=RlLNB8IDqXt, https://www.peekvids.com/watch?v=tVDXrywt8hX, https://www.peekvids.com/watch?v=XlKHIrLds2b,
https://www.peekvids.com/watch?v=OXgWCRQC452, https://www.peekvids.com/watch?v=HiKdM8qfU68, https://www.peekvids.com/watch?v=JGS922ii9E8,
https://www.peekvids.com/watch?v=c5y0ELd6NAt, https://www.peekvids.com/watch?v=mh-u8Ehjuy5, https://www.peekvids.com/watch?v=YkbFO-aV2EN,
https://www.peekvids.com/watch?v=uqKWKKVruNI, https://www.peekvids.com/watch?v=kaEAKKiYHML, https://www.peekvids.com/watch?v=z6bDVPvM5qn,
https://www.peekvids.com/watch?v=rwpoL5kdGDn, https://www.peekvids.com/watch?v=NCet9IMlOWC
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goprohero4
5.b. Uploader's email address: alenbaatai@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=goprohero4
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=6aRA9LbX8jH, https://www.peekvids.com/watch?v=EVcyhY_fnJ0,
https://www.peekvids.com/watch?v=bWympY0lQkP, https://www.peekvids.com/watch?v=Z6sexvMsNKe, https://www.peekvids.com/watch?v=J4nCX2DuALH,
https://www.peekvids.com/watch?v=HQwb8-PDIfH, https://www.peekvids.com/watch?v=y2SNCf9CODw, https://www.peekvids.com/watch?v=6WE5vGNqxgW,
https://www.peekvids.com/watch?v=2vNxiMmuRKk, https://www.peekvids.com/watch?v=ATFJvB1z_tJ, https://www.peekvids.com/watch?v=oWl1zTbh5nJ,
https://www.peekvids.com/watch?v=TtA72eTe3Fd, https://www.peekvids.com/watch?v=yG5XvY90UkF, https://www.peekvids.com/watch?v=GvMknKJMDWv,
https://www.peekvids.com/watch?v=URK7OLEOwPw, https://www.peekvids.com/watch?v=PrtHzI9_xaZ, https://www.peekvids.com/watch?v=ReVimb-7vmR,

https://www.peekvids.com/watch?v=fxtyLeanmoW, https://www.peekvids.com/watch?v=yT1ZfozAYQL, https://www.peekvids.com/watch?v=z7_DrGLMP2Z,
https://www.peekvids.com/watch?v=RiXDXop7AEn, https://www.peekvids.com/watch?v=AUBv7BnCOTw, https://www.peekvids.com/watch?v=MTBw_LcMaga,
https://www.peekvids.com/watch?v=eDq0FsTRPYW, https://www.peekvids.com/watch?v=Nz9ByIEsyh5, https://www.peekvids.com/watch?v=WLH7Axx8_EE,
https://www.peekvids.com/watch?v=zSjmrEvuuCf, https://www.peekvids.com/watch?v=JRWe4F3KuWL, https://www.peekvids.com/watch?v=7mtldmTXnIj,
https://www.peekvids.com/watch?v=uTsaqY7zkdg, https://www.peekvids.com/watch?v=Vd1GyaNg-p9, https://www.peekvids.com/watch?v=aOfNX8po70b,
https://www.peekvids.com/watch?v=6lr8P_XtzUA, https://www.peekvids.com/watch?v=TujProXT1OK, https://www.peekvids.com/watch?v=DNYrZEwgAB7,
https://www.peekvids.com/watch?v=v9ox6lkrB3o, https://www.peekvids.com/watch?v=S7SQtqTJK7z, https://www.peekvids.com/watch?v=ofOLTX56d6P,
https://www.peekvids.com/watch?v=nTkk9QnSybg, https://www.peekvids.com/watch?v=zBzWfss6bt3, https://www.peekvids.com/watch?v=YsDe-0vf-xB,
https://www.peekvids.com/watch?v=VqjDwW__prM, https://www.peekvids.com/watch?v=mz_rT3x5sip, https://www.peekvids.com/watch?v=lkD4hMOHrHz,
https://www.peekvids.com/watch?v=Aot00pl66DL, https://www.peekvids.com/watch?v=6FEOJWB-CbN, https://www.peekvids.com/watch?v=BFS4erHjMb4,
https://www.peekvids.com/watch?v=0VQwv5vyHxs, https://www.peekvids.com/watch?v=kg7lp_J3drD, https://www.peekvids.com/watch?v=0tk5lk2DUuB,
https://www.peekvids.com/watch?v=RcTH9FjOqEI, https://www.peekvids.com/watch?v=j4VyxpBvJ5d, https://www.peekvids.com/watch?v=FhVlnCr_r-x,
https://www.peekvids.com/watch?v=oOgvrwpJkSE, https://www.peekvids.com/watch?v=SybuRMhmIlL, https://www.peekvids.com/watch?v=bidDgiVNlJo,
https://www.peekvids.com/watch?v=gm6OPj3ke7x, https://www.peekvids.com/watch?v=RakSLNc3qdr, https://www.peekvids.com/watch?v=guajVBXRuYV,
https://www.peekvids.com/watch?v=gbXeZ5xHFyh, https://www.peekvids.com/watch?v=6EfrmCXrY0X, https://www.peekvids.com/watch?v=qLdOtYGZsYy,
https://www.peekvids.com/watch?v=dh2gD38HSQc, https://www.peekvids.com/watch?v=ntycIy-bICy, https://www.peekvids.com/watch?v=G5grXouBX1P,
https://www.peekvids.com/watch?v=wG4m0nDwOXC, https://www.peekvids.com/watch?v=2DjYEVItn4e, https://www.peekvids.com/watch?v=HjwnaQMkKHr,
https://www.peekvids.com/watch?v=QxwmDcqm7Bt, https://www.peekvids.com/watch?v=fSJtIwm4rqG, https://www.peekvids.com/watch?v=0I3bFkuBLjf,
https://www.peekvids.com/watch?v=ke_EtPGqLjL, https://www.peekvids.com/watch?v=pQP2ISs7FBz, https://www.peekvids.com/watch?v=59WvZz-qcmR,
https://www.peekvids.com/watch?v=2ItkkroEOzp, https://www.peekvids.com/watch?v=s6OTdW8IoXk, https://www.peekvids.com/watch?v=sVj2qp7noxb,
https://www.peekvids.com/watch?v=xhhzejHLiNA, https://www.peekvids.com/watch?v=a_BKL4PeM2X, https://www.peekvids.com/watch?v=4sE1-HizlVz,
https://www.peekvids.com/watch?v=m6aviRKpp_T, https://www.peekvids.com/watch?v=ENJPvUrwZ3d, https://www.peekvids.com/watch?v=NQJVpHwYN06,
https://www.peekvids.com/watch?v=o1rERReSWKC, https://www.peekvids.com/watch?v=WfVY0aPFgQ2, https://www.peekvids.com/watch?v=6Vh9zEk6HCb,
https://www.peekvids.com/watch?v=9IS_mBjRfTS, https://www.peekvids.com/watch?v=LfpxucW9asu, https://www.peekvids.com/watch?v=4J69pB8bnlG,
https://www.peekvids.com/watch?v=hCvZE9WyQ1O, https://www.peekvids.com/watch?v=O_uPETiNpoB, https://www.peekvids.com/watch?v=JXKP0fbfq2e,
https://www.peekvids.com/watch?v=zUVAuEUxakj, https://www.peekvids.com/watch?v=tCesba8DUIq, https://www.peekvids.com/watch?v=4NwK6NfZq6v,
https://www.peekvids.com/watch?v=xfD61M9qpIM, https://www.peekvids.com/watch?v=SHJ5wQAgQoG, https://www.peekvids.com/watch?v=d8s1oyYAccq,
https://www.peekvids.com/watch?v=4S4BLfa4W95, https://www.peekvids.com/watch?v=PyDktdt0txt, https://www.peekvids.com/watch?v=mLhlQcf3P-k,
https://www.peekvids.com/watch?v=mW1QTqVyz9P, https://www.peekvids.com/watch?v=G7Jhyra2Rjx, https://www.peekvids.com/watch?v=FIqOKvy-ll8,
https://www.peekvids.com/watch?v=jtTtXqrfUXh, https://www.peekvids.com/watch?v=OEVt7ZeUj2y, https://www.peekvids.com/watch?v=foCjGVw9XuY,
https://www.peekvids.com/watch?v=cgrrH_7Qble, https://www.peekvids.com/watch?v=yNctCPaSIZ2, https://www.peekvids.com/watch?v=Jnp6UJVCpRx,
https://www.peekvids.com/watch?v=QMk2MsieAFc, https://www.peekvids.com/watch?v=CQKfSf-lGk8, https://www.peekvids.com/watch?v=5Rz1CGbB-LT,
https://www.peekvids.com/watch?v=mlwmbWnv2SK, https://www.peekvids.com/watch?v=McW9FARGpM3, https://www.peekvids.com/watch?v=FLV4bqQAIm0,
https://www.peekvids.com/watch?v=Z9mbVCDhqdw, https://www.peekvids.com/watch?v=aHZtZdVSxvg, https://www.peekvids.com/watch?v=fTwd1Qy--Mz,
https://www.peekvids.com/watch?v=DZtXZ2Mob1p, https://www.peekvids.com/watch?v=zU5AQz8nhkL, https://www.peekvids.com/watch?v=ay8Qx4vVo5q,
https://www.peekvids.com/watch?v=CkeZxQdWwng, https://www.peekvids.com/watch?v=IEMZcZBRBgU, https://www.peekvids.com/watch?v=2rGpUQydhdT,
https://www.peekvids.com/watch?v=ikPMhu2FN2z, https://www.peekvids.com/watch?v=VlcF30tl2qp, https://www.peekvids.com/watch?v=Ow9VEa-Ce5e,
https://www.peekvids.com/watch?v=WALx0N7rOu9, https://www.peekvids.com/watch?v=muYrEyUX1WA, https://www.peekvids.com/watch?v=9RE5LzgHQSD,
https://www.peekvids.com/watch?v=ldfMidEsT2y, https://www.peekvids.com/watch?v=wXRTe60wNLw, https://www.peekvids.com/watch?v=nE8FpzZ842y,
https://www.peekvids.com/watch?v=nZoEmxo56HJ, https://www.peekvids.com/watch?v=DsaSH9MQlrY, https://www.peekvids.com/watch?v=mVeMgP-70wg,
https://www.peekvids.com/watch?v=KMkT60EHLWX, https://www.peekvids.com/watch?v=6rP4QbV3XSi, https://www.peekvids.com/watch?v=XXpoIrykdZG,
https://www.peekvids.com/watch?v=kz-5MEWblGE, https://www.peekvids.com/watch?v=dW2bXkGq_P9, https://www.peekvids.com/watch?v=4eTYf7gGNDH,
https://www.peekvids.com/watch?v=50f7wSfo6M2, https://www.peekvids.com/watch?v=rqmQwxGrAIr, https://www.peekvids.com/watch?v=cgicb9zWAvu,
https://www.peekvids.com/watch?v=DN5bETcUjE3, https://www.peekvids.com/watch?v=MrxreW2NuQO, https://www.peekvids.com/watch?v=6gtELHFWeLR,
https://www.peekvids.com/watch?v=2ri1RAbwISh, https://www.peekvids.com/watch?v=eJW_Ss3KRjY, https://www.peekvids.com/watch?v=O7N92QyFRbs,
https://www.peekvids.com/watch?v=qgP0SgpYDEq, https://www.peekvids.com/watch?v=WjyREwLQAGZ, https://www.peekvids.com/watch?v=mTowyPhWEf4,
https://www.peekvids.com/watch?v=zEEAINDNYMN, https://www.peekvids.com/watch?v=q9zu_q0uWDf, https://www.peekvids.com/watch?v=mJCS3ailf1N,
https://www.peekvids.com/watch?v=SrMeRMuy4iW, https://www.peekvids.com/watch?v=Yo2GuhjNGsJ, https://www.peekvids.com/watch?v=BrPV2qat5uQ,
https://www.peekvids.com/watch?v=XUUSI0N-cry, https://www.peekvids.com/watch?v=pa3yi4HwONb, https://www.peekvids.com/watch?v=3a5_kxtagLx,
https://www.peekvids.com/watch?v=UUsAKAqxe0u, https://www.peekvids.com/watch?v=OIC4TDuuZcj, https://www.peekvids.com/watch?v=5b6eo-NvLDx,
https://www.peekvids.com/watch?v=fjHOfsVhfih, https://www.peekvids.com/watch?v=t_YH2qcq2i4, https://www.peekvids.com/watch?v=UtZRcyy0QJh,
https://www.peekvids.com/watch?v=3KCc2eQm3PL, https://www.peekvids.com/watch?v=p26CVJjmf3p, https://www.peekvids.com/watch?v=eQQBcGoLsN3,
https://www.peekvids.com/watch?v=DEIcLzqkx4P, https://www.peekvids.com/watch?v=eG_vbvoUe3t, https://www.peekvids.com/watch?v=J6OaVNaUXTX,
https://www.peekvids.com/watch?v=APvBjaWEteZ, https://www.peekvids.com/watch?v=kKtj_qz6O47, https://www.peekvids.com/watch?v=yihi1DpxpHR,
https://www.peekvids.com/watch?v=JClze5CDBzT, https://www.peekvids.com/watch?v=42iN_4yTeg9, https://www.peekvids.com/watch?v=4Dxqf2eokRH,
https://www.peekvids.com/watch?v=jVfuw45vWkw, https://www.peekvids.com/watch?v=lUi3GqY0P86, https://www.peekvids.com/watch?v=QYVG3WVvnHd,
https://www.peekvids.com/watch?v=aLsJkzgMzmz, https://www.peekvids.com/watch?v=mF4eF6Vsse3, https://www.peekvids.com/watch?v=rTuVadwOq9h,
https://www.peekvids.com/watch?v=2b-gAp1T2Kl, https://www.peekvids.com/watch?v=m8WID_yme-g, https://www.peekvids.com/watch?v=0MttWiYhY4q,
https://www.peekvids.com/watch?v=4YR6MgB3gW9, https://www.peekvids.com/watch?v=54tVyADQnhG, https://www.peekvids.com/watch?v=fC76pgpXQwu,
https://www.peekvids.com/watch?v=7z6jvkPFQqs, https://www.peekvids.com/watch?v=Nmba3k8uL5V, https://www.peekvids.com/watch?v=uzWLtRmtPjE,
https://www.peekvids.com/watch?v=eGJMr_q3TpW, https://www.peekvids.com/watch?v=Sdc6p02VJy4, https://www.peekvids.com/watch?v=Z8GHIfVMogf,
https://www.peekvids.com/watch?v=vzim6V_5PIz, https://www.peekvids.com/watch?v=5ReJ9ulpNTA, https://www.peekvids.com/watch?v=PwHVoIrFhPB
5.f. Date of third notice: 2015-07-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gordons
5.b. Uploader's email address: mrgordonsmiles@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gordons
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=skiASOxgrG5, https://www.peekvids.com/watch?v=eUZJ2pwLvnr,
https://www.peekvids.com/watch?v=OZkfpLhr_XV, https://www.peekvids.com/watch?v=xpZO065YSRh, https://www.peekvids.com/watch?v=p_FX3kQlKQ4,
https://www.peekvids.com/watch?v=SiLERT7aWoq, https://www.peekvids.com/watch?v=PPayeUYXeEq, https://www.peekvids.com/watch?v=JlesClBT-wq,
https://www.peekvids.com/watch?v=XVWq_CqHKGq, https://www.peekvids.com/watch?v=QDhZ6rkkwXr, https://www.peekvids.com/watch?v=9Y9b_WZTEGy,
https://www.peekvids.com/watch?v=xisY_zpI9Gv, https://www.peekvids.com/watch?v=VwPYLmCV7y6, https://www.peekvids.com/watch?v=tQrhiMChIBY,
https://www.peekvids.com/watch?v=deayFTsHWpl, https://www.peekvids.com/watch?v=0LEF-pMfy5q, https://www.peekvids.com/watch?v=SfH5ln8mUPC,
https://www.peekvids.com/watch?v=FW8kABaTOKk, https://www.peekvids.com/watch?v=Hl4aXvPjdVe, https://www.peekvids.com/watch?v=dNuC989evds,
https://www.peekvids.com/watch?v=JfKZEq2FTq7, https://www.peekvids.com/watch?v=FwpPTm5UAw8, https://www.peekvids.com/watch?v=8BTSMfIYQKv,
https://www.peekvids.com/watch?v=M-Yx7n_7dIG, https://www.peekvids.com/watch?v=zRWqsRBJdW7, https://www.peekvids.com/watch?v=4z3muq8FOg7,
https://www.peekvids.com/watch?v=dLsh8_ONfon, https://www.peekvids.com/watch?v=ifiwYaCpAmQ, https://www.peekvids.com/watch?v=VRAlEDGucxy,
https://www.peekvids.com/watch?v=0IpqqrQ_zVR, https://www.peekvids.com/watch?v=F4vBH66V9Df, https://www.peekvids.com/watch?v=Slnj4QVzJE7,
https://www.peekvids.com/watch?v=XHNwaKGn6Hl, https://www.peekvids.com/watch?v=U7vEzz4B_UU, https://www.peekvids.com/watch?v=8PuPrvLRMy8,
https://www.peekvids.com/watch?v=9suJ65oxLZq, https://www.peekvids.com/watch?v=yTYd8pVBhe0, https://www.peekvids.com/watch?v=diPvH9Pg1Lj,
https://www.peekvids.com/watch?v=VPEMYcFmZWV, https://www.peekvids.com/watch?v=QxNVQg-NLuv, https://www.peekvids.com/watch?v=0JWnVZrOhZ3,
https://www.peekvids.com/watch?v=gCnwwF-Sw48, https://www.peekvids.com/watch?v=UZQQ0Sqb3ex, https://www.peekvids.com/watch?v=8N2_qfyZQqR,
https://www.peekvids.com/watch?v=M0sA6FouaG7, https://www.peekvids.com/watch?v=smaAgNr5phG, https://www.peekvids.com/watch?v=NEbTLwZ7DwS,
https://www.peekvids.com/watch?v=JM__r2ktpaC, https://www.peekvids.com/watch?v=RsBR5fVBbzk, https://www.peekvids.com/watch?v=szg9TpZiOH7,
https://www.peekvids.com/watch?v=iveYB3jp926, https://www.peekvids.com/watch?v=L_EFhOrE5MT, https://www.peekvids.com/watch?v=cOGgCuXoe6D,
https://www.peekvids.com/watch?v=D3TEdmPBV1R, https://www.peekvids.com/watch?v=hd89kTox92k, https://www.peekvids.com/watch?v=LtA9_WKOkvH,
https://www.peekvids.com/watch?v=JtvSx2KDDna, https://www.peekvids.com/watch?v=H3IgGrMZmDY, https://www.peekvids.com/watch?v=z-beVvG2BRQ,
https://www.peekvids.com/watch?v=NSIoI5Zk74x, https://www.peekvids.com/watch?v=4uFZ5rl5Gii, https://www.peekvids.com/watch?v=nKE_nt6riCw,
https://www.peekvids.com/watch?v=46u8Iyn32nz, https://www.peekvids.com/watch?v=CUyfzqPPQEt, https://www.peekvids.com/watch?v=SZG5bAdd_B9,
https://www.peekvids.com/watch?v=siOCcOiBYAl, https://www.peekvids.com/watch?v=ffNPJCldD90, https://www.peekvids.com/watch?v=GBOelP_iJVs,
https://www.peekvids.com/watch?v=iZtdn0Kmlyj, https://www.peekvids.com/watch?v=wl6ObqLYQFn, https://www.peekvids.com/watch?v=3g-_sVfKMG7,
https://www.peekvids.com/watch?v=lSwNB_yJZdZ, https://www.peekvids.com/watch?v=TZ3_nFhDJyY, https://www.peekvids.com/watch?v=RDxp56jQcGC,
https://www.peekvids.com/watch?v=eacn99vkNDL, https://www.peekvids.com/watch?v=N63zYI2K1z2, https://www.peekvids.com/watch?v=BmTY-H0xGmN,
https://www.peekvids.com/watch?v=kdj59QXgxge, https://www.peekvids.com/watch?v=89ZSER_PF0C, https://www.peekvids.com/watch?v=i4T1VG1jq3f,
https://www.peekvids.com/watch?v=moUMRfizwzK, https://www.peekvids.com/watch?v=s1BqwLZZvv9, https://www.peekvids.com/watch?v=z8PeR0u8bah,
https://www.peekvids.com/watch?v=RTWDJGr5Cum, https://www.peekvids.com/watch?v=UuDTFjprijd, https://www.peekvids.com/watch?v=ltTyJeVeiiN,
https://www.peekvids.com/watch?v=CZ659RFmAtG, https://www.peekvids.com/watch?v=axxJiIk1FjM, https://www.peekvids.com/watch?v=H_9ReEajILb,
https://www.peekvids.com/watch?v=BHFkN5rkFbL, https://www.peekvids.com/watch?v=tw3bDriD1KN, https://www.peekvids.com/watch?v=fte64guueJx,
https://www.peekvids.com/watch?v=n_oHIundtqn, https://www.peekvids.com/watch?v=K5SPJJskGYp, https://www.peekvids.com/watch?v=tcAXl_0gXzb,
https://www.peekvids.com/watch?v=0fM2sMvdQV9, https://www.peekvids.com/watch?v=WORHZcuWhM7, https://www.peekvids.com/watch?v=LBCAjmpcInT,
https://www.peekvids.com/watch?v=FWlKZNGwx6y, https://www.peekvids.com/watch?v=W4kp71-gQKw, https://www.peekvids.com/watch?v=UECIJNi-CcY,
https://www.peekvids.com/watch?v=Rzv3lv0_OVB, https://www.peekvids.com/watch?v=8wqudWH6LEk, https://www.peekvids.com/watch?v=9yrnJjmWiPd,
https://www.peekvids.com/watch?v=es-esbqCGUW, https://www.peekvids.com/watch?v=W3xrUvodjoX, https://www.peekvids.com/watch?v=Qo6yPWd-REN,
https://www.peekvids.com/watch?v=KJo0Vokzdz8, https://www.peekvids.com/watch?v=rsc_0Z1ijxz, https://www.peekvids.com/watch?v=vPw4Nq1Fkyz,
https://www.peekvids.com/watch?v=NfeTKIZfvjh, https://www.peekvids.com/watch?v=ynPOfaVIoJw, https://www.peekvids.com/watch?v=kl8aWAZooyk,
https://www.peekvids.com/watch?v=62meX_WVt2f, https://www.peekvids.com/watch?v=mTY2dHsXexo, https://www.peekvids.com/watch?v=hCi-TfMpvh9,
https://www.peekvids.com/watch?v=fh200vWoUMo, https://www.peekvids.com/watch?v=Pl8zemkoR0F, https://www.peekvids.com/watch?v=qW0aq_VWF9I,
https://www.peekvids.com/watch?v=UF6ioKybxF0, https://www.peekvids.com/watch?v=CdWuB0jzu8M, https://www.peekvids.com/watch?v=UBzWalnRUbt,
https://www.peekvids.com/watch?v=skWEyM9GFCz, https://www.peekvids.com/watch?v=umy48z4n_oH, https://www.peekvids.com/watch?v=0xhoX4f0imz,
https://www.peekvids.com/watch?v=vXunZzfyELK, https://www.peekvids.com/watch?v=4XQgOZBjOGK, https://www.peekvids.com/watch?v=FnhbNmZAhHA,
https://www.peekvids.com/watch?v=g1xL-WiUtJT, https://www.peekvids.com/watch?v=O5Y1OThHtSo, https://www.peekvids.com/watch?v=cNJoCzSKJ9W,
https://www.peekvids.com/watch?v=YouLFetAU0k, https://www.peekvids.com/watch?v=y_DQ6E54MBK, https://www.peekvids.com/watch?v=8ZGi75rTxRV,
https://www.peekvids.com/watch?v=V6YYtgqMY4u, https://www.peekvids.com/watch?v=RIMxmcjzGZs, https://www.peekvids.com/watch?v=47c67sJJIIA,
https://www.peekvids.com/watch?v=HeMiEfM8-Aa, https://www.peekvids.com/watch?v=ABhjcnMMtDt, https://www.peekvids.com/watch?v=u4yU-AkIn8I,
https://www.peekvids.com/watch?v=mBG2S9I4tAG, https://www.peekvids.com/watch?v=gNVNoeNM3ou, https://www.peekvids.com/watch?v=EQtLif1P24M,
https://www.peekvids.com/watch?v=yRS1ymcg70f, https://www.peekvids.com/watch?v=D1zeF9duZnr, https://www.peekvids.com/watch?v=0b50FPs9_L5,
https://www.peekvids.com/watch?v=MN71rEVAzEb, https://www.peekvids.com/watch?v=oynr0fbxVny, https://www.peekvids.com/watch?v=g_AlIE6nBkz,
https://www.peekvids.com/watch?v=86bh6Q2DcAf, https://www.peekvids.com/watch?v=gt0srGOM3ZS, https://www.peekvids.com/watch?v=DX_598OpdaE,
https://www.peekvids.com/watch?v=csBpAAJFJhV, https://www.peekvids.com/watch?v=dqYsa5wfWiu, https://www.peekvids.com/watch?v=zULKqsTMx-U,
https://www.peekvids.com/watch?v=MKSzn1geC4i, https://www.peekvids.com/watch?v=2BKJohVDQas, https://www.peekvids.com/watch?v=xMoVXqxDZim,
https://www.peekvids.com/watch?v=PwIVAV1XylH, https://www.peekvids.com/watch?v=BqWQOpIu-_k, https://www.peekvids.com/watch?v=MHmOYs9JkMy,
https://www.peekvids.com/watch?v=ebORARfb9lq, https://www.peekvids.com/watch?v=gnogmTs98NF, https://www.peekvids.com/watch?v=qJC3Osc8ZNq,
https://www.peekvids.com/watch?v=iFoCpvChMJq, https://www.peekvids.com/watch?v=iQ_9dgHAdFg, https://www.peekvids.com/watch?v=FkEqo5fcyXM,
https://www.peekvids.com/watch?v=crywpyF_4Wa, https://www.peekvids.com/watch?v=iYYO2iQPGIz, https://www.peekvids.com/watch?v=aBTt0hM1SRQ,
https://www.peekvids.com/watch?v=kIs-l3ukwYI, https://www.peekvids.com/watch?v=H6k3mSyiDPR, https://www.peekvids.com/watch?v=ArVMRrSNXhs,
https://www.peekvids.com/watch?v=73TZRiqFbzj, https://www.peekvids.com/watch?v=fPe5kSYdNZ2, https://www.peekvids.com/watch?v=6dlKmHV_5Vt,
https://www.peekvids.com/watch?v=XwtwELspyi8, https://www.peekvids.com/watch?v=YoC5vg-disw, https://www.peekvids.com/watch?v=GCirn2HcbWb,
https://www.peekvids.com/watch?v=R61ga7gm8sJ, https://www.peekvids.com/watch?v=sV-pzvJcJ-d, https://www.peekvids.com/watch?v=eo6UC4HLb8B,
https://www.peekvids.com/watch?v=79k8S3TxGAD, https://www.peekvids.com/watch?v=biF083w1jKf, https://www.peekvids.com/watch?v=QCE5PAPQXHb,
https://www.peekvids.com/watch?v=z1frE2DlQLI, https://www.peekvids.com/watch?v=zJ1cD3JfkIq, https://www.peekvids.com/watch?v=L1NMBVMqmLs,
https://www.peekvids.com/watch?v=rjurp64tfv0, https://www.peekvids.com/watch?v=rw5PvJVubtq, https://www.peekvids.com/watch?v=C7AtQqLruua,
https://www.peekvids.com/watch?v=Ad3_LLQlpoz, https://www.peekvids.com/watch?v=zx8Wv9RvOkp, https://www.peekvids.com/watch?v=msabeMzKQnq,
https://www.peekvids.com/watch?v=uJF9nlBXyhk, https://www.peekvids.com/watch?v=d8bzvXuTgYB, https://www.peekvids.com/watch?v=oDhzJTz7BUK,
https://www.peekvids.com/watch?v=UfcotXD86vX, https://www.peekvids.com/watch?v=NBL-0_TS7bY, https://www.peekvids.com/watch?v=zF9_1F5P_lE,
https://www.peekvids.com/watch?v=qtiBE9Pb55x, https://www.peekvids.com/watch?v=dAi-2n5cq57, https://www.peekvids.com/watch?v=wYwsXZJx-cK,

https://www.peekvids.com/watch?v=zCXTea_TgMM, https://www.peekvids.com/watch?v=zGXIbRpWsNf, https://www.peekvids.com/watch?v=uIAcxmLyJnd,
https://www.peekvids.com/watch?v=gUrVBlYsnfO, https://www.peekvids.com/watch?v=nlHa13fHWbq, https://www.peekvids.com/watch?v=n_5vI844RHn,
https://www.peekvids.com/watch?v=csAB1OE54ys, https://www.peekvids.com/watch?v=doRmVwynZE9, https://www.peekvids.com/watch?v=FQrhSUHKJ5a,
https://www.peekvids.com/watch?v=ZLvhum3jcB4, https://www.peekvids.com/watch?v=fkeC-nHQ0Bp, https://www.peekvids.com/watch?v=2N4FQoeJTND,
https://www.peekvids.com/watch?v=U529XZlC8yO, https://www.peekvids.com/watch?v=BDws6e4o9dw, https://www.peekvids.com/watch?v=0wc2ElRY26N,
https://www.peekvids.com/watch?v=k8zzxOh1zwN, https://www.peekvids.com/watch?v=kSSv1mOxbja, https://www.peekvids.com/watch?v=Cfe-y1X-AMl,
https://www.peekvids.com/watch?v=Flqm__DvbiE, https://www.peekvids.com/watch?v=F_RxDh0Rac2, https://www.peekvids.com/watch?v=jf9dLwgj7SJ,
https://www.peekvids.com/watch?v=xwI95Kk_UdY, https://www.peekvids.com/watch?v=W3UTOsnk5Ky, https://www.peekvids.com/watch?v=MCksuVczqWL,
https://www.peekvids.com/watch?v=eMG483FY2Gj, https://www.peekvids.com/watch?v=ck9fpAFzJxJ, https://www.peekvids.com/watch?v=Uneynjd204h,
https://www.peekvids.com/watch?v=v-iTyEwujGQ, https://www.peekvids.com/watch?v=SVLinu2cBJI, https://www.peekvids.com/watch?v=91MtWUcssIK,
https://www.peekvids.com/watch?v=tYk8sftk-bw, https://www.peekvids.com/watch?v=flFJ7GjqjRI, https://www.peekvids.com/watch?v=TqYrlrT5NSE,
https://www.peekvids.com/watch?v=oLeEMgkV0wl, https://www.peekvids.com/watch?v=zmupyOzXgaz, https://www.peekvids.com/watch?v=A-1lF4uyZrX,
https://www.peekvids.com/watch?v=oeBTUdNNWSC, https://www.peekvids.com/watch?v=QvOL_fKFi_e, https://www.peekvids.com/watch?v=NHcfzatZsRB,
https://www.peekvids.com/watch?v=JwsPNqJAaCF, https://www.peekvids.com/watch?v=0dmXRufr8id, https://www.peekvids.com/watch?v=0ocBmnk4109,
https://www.peekvids.com/watch?v=21CnhOC2_rT, https://www.peekvids.com/watch?v=ImPzKupD5Ui, https://www.peekvids.com/watch?v=fm4zYARi_Gt,
https://www.peekvids.com/watch?v=5f48a2DbmGk, https://www.peekvids.com/watch?v=LBmmLor7edr, https://www.peekvids.com/watch?v=noqavoqinDP,
https://www.peekvids.com/watch?v=kH-oBP4te8N, https://www.peekvids.com/watch?v=XyqCFNmtqlc, https://www.peekvids.com/watch?v=peuQr7XhlgI,
https://www.peekvids.com/watch?v=ZZ3Srp1OlAY, https://www.peekvids.com/watch?v=C2_iA7blT-S, https://www.peekvids.com/watch?v=nE5Goeq4yjK,
https://www.peekvids.com/watch?v=GoRTyjN3wBM, https://www.peekvids.com/watch?v=eBz25S2chi7, https://www.peekvids.com/watch?v=efMUsCt3Rwk,
https://www.peekvids.com/watch?v=HlCUPgWa-Gs, https://www.peekvids.com/watch?v=dkmSFA5xxH4, https://www.peekvids.com/watch?v=8em6OERWaua
5.f. Date of third notice: 2015-07-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: greentab
5.b. Uploader's email address: mikemacassagi@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=greentab
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=FaJVpnj3eWA, https://www.peekvids.com/watch?v=N4013MqnpLP,
https://www.peekvids.com/watch?v=Mtn0QY3jy4A, https://www.peekvids.com/watch?v=bu4zsz8UTZD, https://www.peekvids.com/watch?v=BEGFBejrsPN,
https://www.peekvids.com/watch?v=0_T1ybjyXwF, https://www.peekvids.com/watch?v=y18fUUEQESE, https://www.peekvids.com/watch?v=9E-3qddK1KV,
https://www.peekvids.com/watch?v=OdA7LKhnsa3, https://www.peekvids.com/watch?v=GUJbTcwEgP2, https://www.peekvids.com/watch?v=SMzY8q_lDiA,
https://www.peekvids.com/watch?v=Rxa4oTrcYeP, https://www.peekvids.com/watch?v=Ng5iUcdK98c, https://www.peekvids.com/watch?v=CnJQ95VTkOp,
https://www.peekvids.com/watch?v=rxLbvQNfR2c, https://www.peekvids.com/watch?v=PLcXl-wZ_48, https://www.peekvids.com/watch?v=vuTAwe6ZGUM,
https://www.peekvids.com/watch?v=83XjZvezEsy, https://www.peekvids.com/watch?v=mDtgeS6WaZA, https://www.peekvids.com/watch?v=du_YOvBlBRc,
https://www.peekvids.com/watch?v=ZiERvcnYh1C, https://www.peekvids.com/watch?v=EpUPjyCk8y4, https://www.peekvids.com/watch?v=5hcOJA6teg8,
https://www.peekvids.com/watch?v=w8jDvMd0j3D, https://www.peekvids.com/watch?v=mKGpCo2KMQ9, https://www.peekvids.com/watch?v=n88oshmQI0h,
https://www.peekvids.com/watch?v=TanNGsB8t9M, https://www.peekvids.com/watch?v=btg0z_D3ChY, https://www.peekvids.com/watch?v=t51vrI0k1ZP,
https://www.peekvids.com/watch?v=PlIde3UP3cH, https://www.peekvids.com/watch?v=M7Lx_L_ZVy8, https://www.peekvids.com/watch?v=CLSA7fqg9Wc,
https://www.peekvids.com/watch?v=UXVObLi680c, https://www.peekvids.com/watch?v=hjrKMNgpOPm, https://www.peekvids.com/watch?v=S7YCqmBtYBf,
https://www.peekvids.com/watch?v=gLtI_iTa_Dk, https://www.peekvids.com/watch?v=R1P3E-dTCKK, https://www.peekvids.com/watch?v=4zpEavmDNXb,
https://www.peekvids.com/watch?v=z3Nd5yj7l_y, https://www.peekvids.com/watch?v=FXiTnLqR8A4, https://www.peekvids.com/watch?v=N-a5pS84MBJ,
https://www.peekvids.com/watch?v=TaJLppEWG8u, https://www.peekvids.com/watch?v=38AiVFCFls7, https://www.peekvids.com/watch?v=JKXZU8eLNKN,
https://www.peekvids.com/watch?v=nSHohpQuwBA, https://www.peekvids.com/watch?v=FfYpsURI9Z6, https://www.peekvids.com/watch?v=rHLYpqhY0jh,
https://www.peekvids.com/watch?v=sEaOQyFbtJU, https://www.peekvids.com/watch?v=4i-Xegxh_5A, https://www.peekvids.com/watch?v=CS0DCOCr0Ik,
https://www.peekvids.com/watch?v=BzH8HZBbkY5, https://www.peekvids.com/watch?v=sZ8c9MDWvbj, https://www.peekvids.com/watch?v=PAYqp4iGkGX,
https://www.peekvids.com/watch?v=y1UIp_4trNI, https://www.peekvids.com/watch?v=cBuyM6xq7wo, https://www.peekvids.com/watch?v=8Tp9R6tkXFj,
https://www.peekvids.com/watch?v=xoB0oxzw3_C, https://www.peekvids.com/watch?v=k7KgZ__KeZm, https://www.peekvids.com/watch?v=A7FdJGd1SA4,
https://www.peekvids.com/watch?v=AnO8pCduY98, https://www.peekvids.com/watch?v=zvuc9NObIEb, https://www.peekvids.com/watch?v=zyTaAY2ZBkp,
https://www.peekvids.com/watch?v=npg42Y0Im87, https://www.peekvids.com/watch?v=vpPL_Dr95Dp, https://www.peekvids.com/watch?v=aArQHIdCCVZ,
https://www.peekvids.com/watch?v=qKlMusVsbX4, https://www.peekvids.com/watch?v=FpChQ41hJMw, https://www.peekvids.com/watch?v=XBosqtMc9Fa,
https://www.peekvids.com/watch?v=Qj9MvxeBCfa, https://www.peekvids.com/watch?v=C0AaJaWJkRk, https://www.peekvids.com/watch?v=NN7JxcXDxEk,
https://www.peekvids.com/watch?v=NCKI4Bo4_bp, https://www.peekvids.com/watch?v=tMV5st5k9o3, https://www.peekvids.com/watch?v=23Pai9b7bBp,
https://www.peekvids.com/watch?v=3CrJeE82ilP
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gringrinia
5.b. Uploader's email address: robetroberto@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gringrinia
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DkPxvM9bJfL, https://www.peekvids.com/watch?v=FzfT1gccex6,
https://www.peekvids.com/watch?v=Kfo2qdQF0vd, https://www.peekvids.com/watch?v=Wt2QHUCq0_Z, https://www.peekvids.com/watch?v=PQGQALbM41W,
https://www.peekvids.com/watch?v=ZQ22HvKGudC, https://www.peekvids.com/watch?v=iLwwqtuv-b8, https://www.peekvids.com/watch?v=R94w7S1ncM0,
https://www.peekvids.com/watch?v=aU-xLq3rj0t, https://www.peekvids.com/watch?v=PU9SfQzwrhg, https://www.peekvids.com/watch?v=Rj5N2qEUWSf,
https://www.peekvids.com/watch?v=RYUXqNpuek7, https://www.peekvids.com/watch?v=W2syhh-B1Ax, https://www.peekvids.com/watch?v=UgIKhQWEN4i,
https://www.peekvids.com/watch?v=JHG-QVoqPpG, https://www.peekvids.com/watch?v=CXM8Cww4GAX, https://www.peekvids.com/watch?v=Sxn1n5vwfZi,
https://www.peekvids.com/watch?v=UorGhMbBbY2, https://www.peekvids.com/watch?v=7sdxpKLEU3r, https://www.peekvids.com/watch?v=wJyAVf2AYGF,
https://www.peekvids.com/watch?v=Oi2uTtgtCBo, https://www.peekvids.com/watch?v=7PEtdNxTG0N, https://www.peekvids.com/watch?v=G66zqC0ySPC,
https://www.peekvids.com/watch?v=RMaU3ZTjnlE, https://www.peekvids.com/watch?v=0feYAl7YQwt, https://www.peekvids.com/watch?v=n7JNj7Ook0J,
https://www.peekvids.com/watch?v=dcqviNfd7Gc, https://www.peekvids.com/watch?v=XXvjlRmlr_s, https://www.peekvids.com/watch?v=wczfvuXunFI,
https://www.peekvids.com/watch?v=Y8sHiCUzcsy, https://www.peekvids.com/watch?v=EzEzX9NhwGl, https://www.peekvids.com/watch?v=Rs00wt2FaIK,
https://www.peekvids.com/watch?v=DqHE5wZQzs7, https://www.peekvids.com/watch?v=l3dxQR3pDvz, https://www.peekvids.com/watch?v=JoB6XEjdu6K,
https://www.peekvids.com/watch?v=ip0yBAfZw6j, https://www.peekvids.com/watch?v=u4HI_QNr8hQ, https://www.peekvids.com/watch?v=Ethj3lTTupA,
https://www.peekvids.com/watch?v=B09l8p2jpWo, https://www.peekvids.com/watch?v=drQg9cjdzZJ, https://www.peekvids.com/watch?v=VKToNyxI3Of,
https://www.peekvids.com/watch?v=vbTmOQ0bjuB, https://www.peekvids.com/watch?v=U1QfJsbjg0S, https://www.peekvids.com/watch?v=h_zITx1LcXZ,
https://www.peekvids.com/watch?v=mpmOwZ5Mx9b, https://www.peekvids.com/watch?v=nvvLkk6OQkq, https://www.peekvids.com/watch?v=olDvGqwO3wB,
https://www.peekvids.com/watch?v=3ZSxnJL0pEh, https://www.peekvids.com/watch?v=SeCB9eT2sAo, https://www.peekvids.com/watch?v=s05SRESMwZ5,
https://www.peekvids.com/watch?v=kDIX7sNS9k3, https://www.peekvids.com/watch?v=5RbnoWL2zQV, https://www.peekvids.com/watch?v=lJZCVQjFVGt,
https://www.peekvids.com/watch?v=J1DCQd5HG7F, https://www.peekvids.com/watch?v=aJ6UFaEe07x, https://www.peekvids.com/watch?v=qP0WGqen7kO,
https://www.peekvids.com/watch?v=9l8dV1dcv1L, https://www.peekvids.com/watch?v=BHK47d0VZTp, https://www.peekvids.com/watch?v=ymbPfNln652,
https://www.peekvids.com/watch?v=4FTb7ui03_9, https://www.peekvids.com/watch?v=k_J30p-Ym5j, https://www.peekvids.com/watch?v=evybidiKZfO,
https://www.peekvids.com/watch?v=Q5IIt2SWSUT, https://www.peekvids.com/watch?v=ymQHMIQ9soC, https://www.peekvids.com/watch?v=aCXcw1ZZwP7,
https://www.peekvids.com/watch?v=Q_-81joYH4I, https://www.peekvids.com/watch?v=j2d9XBQeL68, https://www.peekvids.com/watch?v=Kx944CwaGKR,
https://www.peekvids.com/watch?v=gvLNhnzH-ni, https://www.peekvids.com/watch?v=mrlrRaiKBNB, https://www.peekvids.com/watch?v=cipze7w764L,
https://www.peekvids.com/watch?v=OGZVizz-Sgh, https://www.peekvids.com/watch?v=N6LdGB2vdMX, https://www.peekvids.com/watch?v=fQCLwFS19if,
https://www.peekvids.com/watch?v=TizROgOqK2k, https://www.peekvids.com/watch?v=7y704XK257K, https://www.peekvids.com/watch?v=yK3fIKl9u8s,
https://www.peekvids.com/watch?v=Uau3kytX78M, https://www.peekvids.com/watch?v=q_IJTacHgak, https://www.peekvids.com/watch?v=nkNpmc5PtEp,
https://www.peekvids.com/watch?v=wJ3Trp28S18, https://www.peekvids.com/watch?v=h7C28-vXvuo, https://www.peekvids.com/watch?v=lUazs6zt4VD,
https://www.peekvids.com/watch?v=whYD_8Jqpz8, https://www.peekvids.com/watch?v=M69p5ijJ_KK, https://www.peekvids.com/watch?v=hZQoh0wtDv9,
https://www.peekvids.com/watch?v=XoI5OGZaETN, https://www.peekvids.com/watch?v=TkIeLW4ViEW, https://www.peekvids.com/watch?v=Fwu7lIQrxLS,
https://www.peekvids.com/watch?v=ohi1m5fOD8z, https://www.peekvids.com/watch?v=yLfIwkDclbk, https://www.peekvids.com/watch?v=uafWoyDzS87,
https://www.peekvids.com/watch?v=ufR-OgXdeuC, https://www.peekvids.com/watch?v=c2mbrOl2enh, https://www.peekvids.com/watch?v=2iVi4VXkYOm,
https://www.peekvids.com/watch?v=ELC4gW8J5KT, https://www.peekvids.com/watch?v=dDUVg8CjEFH, https://www.peekvids.com/watch?v=UqzK8dyEQ0g,
https://www.peekvids.com/watch?v=h-sx5A6oBvT, https://www.peekvids.com/watch?v=eTptxjh6SeI, https://www.peekvids.com/watch?v=HS_0QRj48iQ,
https://www.peekvids.com/watch?v=kPhJQsTBw5b, https://www.peekvids.com/watch?v=nWZjjdVJEWt, https://www.peekvids.com/watch?v=WsLzf4vSyVo,
https://www.peekvids.com/watch?v=3rABZbWFy5t, https://www.peekvids.com/watch?v=G2I3jQC9fUH, https://www.peekvids.com/watch?v=wpWnlCxWkB8,
https://www.peekvids.com/watch?v=y52SDhd_JY3, https://www.peekvids.com/watch?v=BwH8tXvcuSm, https://www.peekvids.com/watch?v=CRRZ3T28PgV,
https://www.peekvids.com/watch?v=RGnG1OoSeka, https://www.peekvids.com/watch?v=Dt_nS67yRth, https://www.peekvids.com/watch?v=vruItKwU3mC,
https://www.peekvids.com/watch?v=rVtNP7uqPEo, https://www.peekvids.com/watch?v=8kHL-tIGHB3, https://www.peekvids.com/watch?v=NK55vxPGhRA,
https://www.peekvids.com/watch?v=I2t79rUPwiN, https://www.peekvids.com/watch?v=31st9-EcpfV, https://www.peekvids.com/watch?v=9dIFqQ4i-eL,
https://www.peekvids.com/watch?v=hDIaohnJorO, https://www.peekvids.com/watch?v=bUXg9oUZdT2, https://www.peekvids.com/watch?v=HYc0l8oBgiP,
https://www.peekvids.com/watch?v=62Z-yNEvEHf, https://www.peekvids.com/watch?v=E2r68OIf5DB, https://www.peekvids.com/watch?v=CxoDaCREx0t,
https://www.peekvids.com/watch?v=YUFmHa9fhJ4, https://www.peekvids.com/watch?v=nkMu3qIaIFn, https://www.peekvids.com/watch?v=EyKWPhLjeaD,
https://www.peekvids.com/watch?v=6rnExD7CHBn, https://www.peekvids.com/watch?v=mu2RxSl2bYU, https://www.peekvids.com/watch?v=vMJjIAq3BXe,
https://www.peekvids.com/watch?v=oQSUWzY7smt, https://www.peekvids.com/watch?v=zFls6bd4xuW, https://www.peekvids.com/watch?v=9Brt5FeeVvM,
https://www.peekvids.com/watch?v=5rksot7Wprr, https://www.peekvids.com/watch?v=Y-dUPn4gn8Z, https://www.peekvids.com/watch?v=6rsFADH0mNF,
https://www.peekvids.com/watch?v=Hi3ZP09erHs, https://www.peekvids.com/watch?v=6g5LiAcyGza, https://www.peekvids.com/watch?v=xw1FCi56pV7,
https://www.peekvids.com/watch?v=sgXMgxu4wLD, https://www.peekvids.com/watch?v=QQqnnN2WaRH, https://www.peekvids.com/watch?v=t96YYP8aJt3,
https://www.peekvids.com/watch?v=3mCy_Y12QcH, https://www.peekvids.com/watch?v=kHc1TPy9JGi, https://www.peekvids.com/watch?v=4YhUvjjTOZm,
https://www.peekvids.com/watch?v=Eg5_efUP13g, https://www.peekvids.com/watch?v=97CufTlysPu, https://www.peekvids.com/watch?v=afomVMTV9n4,
https://www.peekvids.com/watch?v=UjjRnOIshTz, https://www.peekvids.com/watch?v=xrsS2BZFsTP, https://www.peekvids.com/watch?v=cl7ARU80Pmy,
https://www.peekvids.com/watch?v=S9Gik3Mg5Tp, https://www.peekvids.com/watch?v=b77k5EkQdq0, https://www.peekvids.com/watch?v=mIGGdxLkDVn,
https://www.peekvids.com/watch?v=WJ_2mkmnVBo, https://www.peekvids.com/watch?v=ILEUSgTjXVN, https://www.peekvids.com/watch?v=w0Y5mlOU7YA,
https://www.peekvids.com/watch?v=o5OKX3HOdap, https://www.peekvids.com/watch?v=hcGCkLHMbpW, https://www.peekvids.com/watch?v=oAxjGHSigYO,
https://www.peekvids.com/watch?v=0mzlDvdFbgv, https://www.peekvids.com/watch?v=Guw7m2rI3_0, https://www.peekvids.com/watch?v=C7l-AFdhTXy,
https://www.peekvids.com/watch?v=EPcd2UoalBc, https://www.peekvids.com/watch?v=90youpH6pri, https://www.peekvids.com/watch?v=JA4P1cooJJN,
https://www.peekvids.com/watch?v=YtilXcjtpUe, https://www.peekvids.com/watch?v=G1UT4EIKU3P, https://www.peekvids.com/watch?v=eKaZ3mdCXHI,
https://www.peekvids.com/watch?v=OPccWwqP3DA, https://www.peekvids.com/watch?v=4V1HHtM2QJs, https://www.peekvids.com/watch?v=pIIwhliVC_a,
https://www.peekvids.com/watch?v=XqPp2IOVXmi, https://www.peekvids.com/watch?v=zui836NHIPf, https://www.peekvids.com/watch?v=Ls9gyEwDFVt,
https://www.peekvids.com/watch?v=QGfc6l-XZJQ, https://www.peekvids.com/watch?v=tiIGbw7JuXL, https://www.peekvids.com/watch?v=xW21kMzYuhR,
https://www.peekvids.com/watch?v=nxrFGgsx0Uy, https://www.peekvids.com/watch?v=XGNPkgmRPu2, https://www.peekvids.com/watch?v=fVi-w6QdvZm,
https://www.peekvids.com/watch?v=ek6XGOEIErK, https://www.peekvids.com/watch?v=5_841ZIDVYP, https://www.peekvids.com/watch?v=ytpjmuY7uuY,
https://www.peekvids.com/watch?v=lvl0aGr0Z2F, https://www.peekvids.com/watch?v=fJnurpStVYS, https://www.peekvids.com/watch?v=mY5B5xcJM7O,
https://www.peekvids.com/watch?v=D_gQVvgp5ZH, https://www.peekvids.com/watch?v=35WY6kCOZRm, https://www.peekvids.com/watch?v=Lt17N7DzsoC,
https://www.peekvids.com/watch?v=GJ0qz1NBzyv, https://www.peekvids.com/watch?v=OhAdwJDD4he, https://www.peekvids.com/watch?v=hERBKMveMNQ,
https://www.peekvids.com/watch?v=nSoa2Gd5uxQ, https://www.peekvids.com/watch?v=InOJUZulCds, https://www.peekvids.com/watch?v=7cKtuhWyySn,
https://www.peekvids.com/watch?v=GgVsMQf8iZG, https://www.peekvids.com/watch?v=0DLYGzCJ355, https://www.peekvids.com/watch?v=zcjPlKxuL-u,
https://www.peekvids.com/watch?v=TvnZIYyPGn8, https://www.peekvids.com/watch?v=YGDMz97LnSv, https://www.peekvids.com/watch?v=K5ab4HQ8yUZ,
https://www.peekvids.com/watch?v=R1Fm1fqiFzd, https://www.peekvids.com/watch?v=RuNhpC_75i8, https://www.peekvids.com/watch?v=8Zofw449dHY,
https://www.peekvids.com/watch?v=4wksgvWQNMu, https://www.peekvids.com/watch?v=nxRCkN0Q4Zr, https://www.peekvids.com/watch?v=6SxUJ_tQuFK,
https://www.peekvids.com/watch?v=rxMKYpJim7c, https://www.peekvids.com/watch?v=Bjx9Mp1kjLd, https://www.peekvids.com/watch?v=nUNx9AFUTpc,
https://www.peekvids.com/watch?v=aoSSw5GhC0E, https://www.peekvids.com/watch?v=Jkda1Zj5y7h, https://www.peekvids.com/watch?v=687kGH1XQSM,
https://www.peekvids.com/watch?v=2t-Km89iF4K, https://www.peekvids.com/watch?v=NpAOsJVxIop, https://www.peekvids.com/watch?v=8lAZ1i1c2Ih,
https://www.peekvids.com/watch?v=mQB0DIWLlXh, https://www.peekvids.com/watch?v=HRaDYjbX9c4, https://www.peekvids.com/watch?v=8zZ_nPzKWR8,
https://www.peekvids.com/watch?v=uO7rMIAaX0l, https://www.peekvids.com/watch?v=MOe72i67SsS, https://www.peekvids.com/watch?v=ewFbG_WBLfr,
https://www.peekvids.com/watch?v=Z1SVcbz0aom, https://www.peekvids.com/watch?v=Rlp-gZ8ijO8, https://www.peekvids.com/watch?v=6fCPe_iJSgr,
https://www.peekvids.com/watch?v=Yr7Rx-OS6Ou, https://www.peekvids.com/watch?v=juReRe4GibI, https://www.peekvids.com/watch?v=CfthNsD-qXK,
https://www.peekvids.com/watch?v=GcnoHWL6ZuZ, https://www.peekvids.com/watch?v=Ro90FD6Nbwp, https://www.peekvids.com/watch?v=d3JwuhQzC-3,

https://www.peekvids.com/watch?v=OJ6EKY_NNmJ, https://www.peekvids.com/watch?v=WZfRn8_eZjX, https://www.peekvids.com/watch?v=KfwPie75eO6,
https://www.peekvids.com/watch?v=zxhLqYakQYE, https://www.peekvids.com/watch?v=rjFe9AUzkS2, https://www.peekvids.com/watch?v=6ljaKO95ZNX,
https://www.peekvids.com/watch?v=C6mkij8N_y5, https://www.peekvids.com/watch?v=utW4a5dNv9F, https://www.peekvids.com/watch?v=55oy3O3ml-F,
https://www.peekvids.com/watch?v=qPhDTZDZ_8r, https://www.peekvids.com/watch?v=FaVHjdgBTr5, https://www.peekvids.com/watch?v=6ZGJH2uaB2u,
https://www.peekvids.com/watch?v=coILNPrlrds, https://www.peekvids.com/watch?v=SAEaXl47xgF, https://www.peekvids.com/watch?v=vzeAQFzFQzu,
https://www.peekvids.com/watch?v=REfnVhZ1niO, https://www.peekvids.com/watch?v=gQmHygbAXsu, https://www.peekvids.com/watch?v=IhhlWjqBbei,
https://www.peekvids.com/watch?v=lDNEWkPQ3Tf, https://www.peekvids.com/watch?v=LFlxecddP0p, https://www.peekvids.com/watch?v=z8_g_MO9YOJ,
https://www.peekvids.com/watch?v=HnScpWqOljA, https://www.peekvids.com/watch?v=cUJZFxjuKha, https://www.peekvids.com/watch?v=Cu1t4KkkRh0,
https://www.peekvids.com/watch?v=9qDeAY3t8av, https://www.peekvids.com/watch?v=qFsK8J7v3ZU, https://www.peekvids.com/watch?v=HAJChQXdio5,
https://www.peekvids.com/watch?v=bsru2ujlK-W, https://www.peekvids.com/watch?v=pyu5UIXEs1O, https://www.peekvids.com/watch?v=ZbYcWRT7g3I,
https://www.peekvids.com/watch?v=kB4ZThpJnKj, https://www.peekvids.com/watch?v=K_LK6czI_tk, https://www.peekvids.com/watch?v=ZTuYSgkJfAx,
https://www.peekvids.com/watch?v=45bNs6_tIoA, https://www.peekvids.com/watch?v=VLTBhPiIYJM, https://www.peekvids.com/watch?v=8xjCmCpYDmZ,
https://www.peekvids.com/watch?v=wgdUHEkF_GI, https://www.peekvids.com/watch?v=twrhcNEWDjK, https://www.peekvids.com/watch?v=drBzxXC5fQe,
https://www.peekvids.com/watch?v=SA4oDd19CI2, https://www.peekvids.com/watch?v=moRX0JNGRim
5.f. Date of third notice: 2015-11-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gucciguc
5.b. Uploader's email address: manymaynayio@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=gucciguc
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GY-LHmFo1LH, https://www.peekvids.com/watch?v=W02lxurLOr4,
https://www.peekvids.com/watch?v=xKJ0GductIC, https://www.peekvids.com/watch?v=kp_FVWkgP_p, https://www.peekvids.com/watch?v=p81boTJ7Him,
https://www.peekvids.com/watch?v=u3kZcYy4HQT, https://www.peekvids.com/watch?v=gWyb2Bp5IIP, https://www.peekvids.com/watch?v=5ouxcIT-PuM,
https://www.peekvids.com/watch?v=G-dz2uDf_YI, https://www.peekvids.com/watch?v=fgbWTI1P0xB, https://www.peekvids.com/watch?v=opiQO47yAcM,
https://www.peekvids.com/watch?v=NZf6Asa_HbA, https://www.peekvids.com/watch?v=g1eqkg6bOKR, https://www.peekvids.com/watch?v=BpXm_ejUipm,
https://www.peekvids.com/watch?v=Mk3zJvJEb8I, https://www.peekvids.com/watch?v=IAnXesGgHRJ, https://www.peekvids.com/watch?v=JidOIFagF5J,
https://www.peekvids.com/watch?v=4UsVYMQtUYA, https://www.peekvids.com/watch?v=bS7ylTjBBQc, https://www.peekvids.com/watch?v=brDWUBEhwmt,
https://www.peekvids.com/watch?v=FN6OvueiaNK, https://www.peekvids.com/watch?v=S8M3iRnxNKe, https://www.peekvids.com/watch?v=uYyWKNJDM8c,
https://www.peekvids.com/watch?v=kdMJlrx_AKN, https://www.peekvids.com/watch?v=Sqf37FKZZaj, https://www.peekvids.com/watch?v=a7Z794qJHeJ,
https://www.peekvids.com/watch?v=3jc1CPnKEsA, https://www.peekvids.com/watch?v=jXzrGNVQTTV, https://www.peekvids.com/watch?v=lPfY5rBAQh3,
https://www.peekvids.com/watch?v=07k_DFHoc8K, https://www.peekvids.com/watch?v=KuFg0NFj-Ux, https://www.peekvids.com/watch?v=aBe_xzeHJsb,
https://www.peekvids.com/watch?v=kfw9wrefsaC, https://www.peekvids.com/watch?v=SpZkGuITf1G, https://www.peekvids.com/watch?v=FuxCu8MDbss,
https://www.peekvids.com/watch?v=3NjIIcs7_Zh, https://www.peekvids.com/watch?v=QqJM8vfwS_Y, https://www.peekvids.com/watch?v=jgurR5NAl55,
https://www.peekvids.com/watch?v=vktdkr7G73f, https://www.peekvids.com/watch?v=47V7--oB1E3, https://www.peekvids.com/watch?v=JSdPuUNcCyI,
https://www.peekvids.com/watch?v=DEPLPp6AxPL, https://www.peekvids.com/watch?v=GLGtxrbDzCB, https://www.peekvids.com/watch?v=KEQzE0bmTjz,
https://www.peekvids.com/watch?v=HumwTqWw995, https://www.peekvids.com/watch?v=9TXK8mHhGRx, https://www.peekvids.com/watch?v=3PjyOu7h2zU,
https://www.peekvids.com/watch?v=Nx6Tk3AAXJi, https://www.peekvids.com/watch?v=AWXNq1L8WF3, https://www.peekvids.com/watch?v=Ljm-zrC6g_b,
https://www.peekvids.com/watch?v=BdcP4NPJJ5C, https://www.peekvids.com/watch?v=kgfi5D9kjDi, https://www.peekvids.com/watch?v=Dqjg7bOb2Or,
https://www.peekvids.com/watch?v=Dlv4bK5SYa4, https://www.peekvids.com/watch?v=mbdto9iK4w0, https://www.peekvids.com/watch?v=Y6zOciFJ3e2,
https://www.peekvids.com/watch?v=H33_xYt6zKg, https://www.peekvids.com/watch?v=f7uznzcaGP9, https://www.peekvids.com/watch?v=e0Ph0CdWjOL,
https://www.peekvids.com/watch?v=HO67gmAekWw, https://www.peekvids.com/watch?v=wYnwCBECSh6, https://www.peekvids.com/watch?v=vGkL4flFgj5,
https://www.peekvids.com/watch?v=QPCUbr2uWSy, https://www.peekvids.com/watch?v=t0faoQ9zSuQ, https://www.peekvids.com/watch?v=PXlBVhKGDQV,
https://www.peekvids.com/watch?v=8fajhZYoY27, https://www.peekvids.com/watch?v=wK91fYMIVNR, https://www.peekvids.com/watch?v=KCj8FR7fmDl,
https://www.peekvids.com/watch?v=8VPADd0d0Gu, https://www.peekvids.com/watch?v=ldOPRvemtfK, https://www.peekvids.com/watch?v=zPW46cWPwYu,
https://www.peekvids.com/watch?v=l0tR5ZKwqiQ, https://www.peekvids.com/watch?v=xDp8d9C4w6K, https://www.peekvids.com/watch?v=yLCrQh0YCGp,
https://www.peekvids.com/watch?v=ydNYqBEoTFr, https://www.peekvids.com/watch?v=dgFvCaFALIU, https://www.peekvids.com/watch?v=V5dgEa5oJx0,
https://www.peekvids.com/watch?v=BsME1GebdqZ, https://www.peekvids.com/watch?v=PDpqvpn3Shf, https://www.peekvids.com/watch?v=7_amaI8GRev,
https://www.peekvids.com/watch?v=NZaVRNXZ8EL, https://www.peekvids.com/watch?v=OAvwE9E9s95, https://www.peekvids.com/watch?v=rD8rIzzvnfA,
https://www.peekvids.com/watch?v=jQBoATLOsou, https://www.peekvids.com/watch?v=8GhZ-upa_Qv, https://www.peekvids.com/watch?v=5zFrM7rbIck,
https://www.peekvids.com/watch?v=fOX26TCm2hy, https://www.peekvids.com/watch?v=4uknNwuU6ud, https://www.peekvids.com/watch?v=m0V2sONuVoN,
https://www.peekvids.com/watch?v=4dPsD-txpia, https://www.peekvids.com/watch?v=AIYAhuM-yW9
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: happygame
5.b. Uploader's email address: pullmanson@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=happygame
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zovwtiDqvrL, https://www.peekvids.com/watch?v=nY6JoEvQSQD,
https://www.peekvids.com/watch?v=FQpdaBBL0Wt, https://www.peekvids.com/watch?v=3NU3C6PNlmF, https://www.peekvids.com/watch?v=nMk9p4XEuzH,
https://www.peekvids.com/watch?v=LEoFGDx5pFa, https://www.peekvids.com/watch?v=8qUdyPgRYfB, https://www.peekvids.com/watch?v=XnlQGvhLd7G,
https://www.peekvids.com/watch?v=XMttLC-oH7J, https://www.peekvids.com/watch?v=JtiXmDHhZDI, https://www.peekvids.com/watch?v=CCU7egsFa9N,
https://www.peekvids.com/watch?v=tz0D8BCscVf, https://www.peekvids.com/watch?v=YPXFC49vjb6, https://www.peekvids.com/watch?v=viTtD-lTBOE,
https://www.peekvids.com/watch?v=mpb4EqgtWkd, https://www.peekvids.com/watch?v=sQx0fhHTpbG, https://www.peekvids.com/watch?v=JV8YAV0L2D-,
https://www.peekvids.com/watch?v=fVInFg9RYio, https://www.peekvids.com/watch?v=8IFxLWiqlwB, https://www.peekvids.com/watch?v=4hJM-gYBCvS,
https://www.peekvids.com/watch?v=BHWzdFlZm9e, https://www.peekvids.com/watch?v=r9kcDwXAk8P, https://www.peekvids.com/watch?v=TaV5PWy8fqm,
https://www.peekvids.com/watch?v=O0mHLY9kA0Q, https://www.peekvids.com/watch?v=WY4r-t8JBw6, https://www.peekvids.com/watch?v=srrHyW9C3Zs,
https://www.peekvids.com/watch?v=tjWJ2QaWMLr, https://www.peekvids.com/watch?v=PZzgkkpJXHn, https://www.peekvids.com/watch?v=cp6RFyPHY0w,
https://www.peekvids.com/watch?v=dVqdcFbj9lB, https://www.peekvids.com/watch?v=vUDJls7NaSD, https://www.peekvids.com/watch?v=fixie8qqqpa,
https://www.peekvids.com/watch?v=dN4WXnEMW0T, https://www.peekvids.com/watch?v=tNk2-vjuevi, https://www.peekvids.com/watch?v=0-TvydGYicH,
https://www.peekvids.com/watch?v=bAkoM3puEfU, https://www.peekvids.com/watch?v=tIMy90UhbMw, https://www.peekvids.com/watch?v=gju4V5-RpQR,
https://www.peekvids.com/watch?v=IUfjqcwfQ3O, https://www.peekvids.com/watch?v=d4FlxnGyZ6j, https://www.peekvids.com/watch?v=YOMyZDxUbaI,
https://www.peekvids.com/watch?v=hPnsZOwOX8e, https://www.peekvids.com/watch?v=L52CPcsC7dm, https://www.peekvids.com/watch?v=xYiLWqe3nBG,
https://www.peekvids.com/watch?v=ny89UdyCqFw, https://www.peekvids.com/watch?v=NOB2JShWlEj, https://www.peekvids.com/watch?v=O03StmBz4Yd,
https://www.peekvids.com/watch?v=abJO-0nPfVr, https://www.peekvids.com/watch?v=TWo2i6pRnyi, https://www.peekvids.com/watch?v=RyTfm9w49HQ,
https://www.peekvids.com/watch?v=8pjEBEFTdhz, https://www.peekvids.com/watch?v=XApVmR8VyVG, https://www.peekvids.com/watch?v=YsqSSNulWco,
https://www.peekvids.com/watch?v=QtMbv3XS8ic, https://www.peekvids.com/watch?v=TYu-H6BJqIM, https://www.peekvids.com/watch?v=gNyagETKfIQ,
https://www.peekvids.com/watch?v=adkP2xZtH-p, https://www.peekvids.com/watch?v=XWwQIJ-7RuY, https://www.peekvids.com/watch?v=VhngzELCqXr,
https://www.peekvids.com/watch?v=-vZZL9rDYi4, https://www.peekvids.com/watch?v=TO-Osyrqb9j, https://www.peekvids.com/watch?v=3yLmlTUFeUh,
https://www.peekvids.com/watch?v=5e0EnFRSGbL, https://www.peekvids.com/watch?v=7sI4abkoHJc, https://www.peekvids.com/watch?v=OhW9WLkhtaH,
https://www.peekvids.com/watch?v=ASvhoSNWxEP, https://www.peekvids.com/watch?v=GXprJI0S-BW, https://www.peekvids.com/watch?v=LAwv-Cobn90,
https://www.peekvids.com/watch?v=J7RCm0Yiao6, https://www.peekvids.com/watch?v=4Zaw8IjCEfC, https://www.peekvids.com/watch?v=IMH7At8EDMv,
https://www.peekvids.com/watch?v=hvZqbOHExdJ, https://www.peekvids.com/watch?v=P6-o7O5qq6L, https://www.peekvids.com/watch?v=08PHNe7N0LP,
https://www.peekvids.com/watch?v=ngqKJCu--4X, https://www.peekvids.com/watch?v=2m6ePGbQB0C, https://www.peekvids.com/watch?v=JbcMogZnKjx,
https://www.peekvids.com/watch?v=fEjBkjEHnxc, https://www.peekvids.com/watch?v=NDApE9Jo6HQ, https://www.peekvids.com/watch?v=EPwzy0w8RGa,
https://www.peekvids.com/watch?v=dE4MAgayeVC, https://www.peekvids.com/watch?v=Xoqb0icp9ny, https://www.peekvids.com/watch?v=7IEBlrs53mV,
https://www.peekvids.com/watch?v=PYI5k6oHYDV, https://www.peekvids.com/watch?v=HKCoH2TZHJH, https://www.peekvids.com/watch?v=HSmB2KGSKqd,
https://www.peekvids.com/watch?v=FwwAWOgpDcr, https://www.peekvids.com/watch?v=ujAAnuVhbqQ, https://www.peekvids.com/watch?v=ZwOGRMzqmqO,
https://www.peekvids.com/watch?v=dYq8V47yVka, https://www.peekvids.com/watch?v=xook-SUXNme, https://www.peekvids.com/watch?v=W0337a2eJUu,
https://www.peekvids.com/watch?v=SYGaKjP2Rrl, https://www.peekvids.com/watch?v=3btBo-MtrKD, https://www.peekvids.com/watch?v=bAb4WWo7ewW,
https://www.peekvids.com/watch?v=3XbcrlK0HRE, https://www.peekvids.com/watch?v=4ezdTIEbjRv, https://www.peekvids.com/watch?v=Fmvzq7yfv9w,
https://www.peekvids.com/watch?v=oajj9ug7oAz, https://www.peekvids.com/watch?v=2MVMSFRBmFy, https://www.peekvids.com/watch?v=2aDMD0vTfmk,
https://www.peekvids.com/watch?v=uTNRrl9bU4x, https://www.peekvids.com/watch?v=04aYFU-5yQb, https://www.peekvids.com/watch?v=Hl78u0gX7mp,
https://www.peekvids.com/watch?v=Z-yinmE0Yrh, https://www.peekvids.com/watch?v=SW4uCkVyPJB, https://www.peekvids.com/watch?v=MIb8Okrt8Ns,
https://www.peekvids.com/watch?v=92LPb5wiozU, https://www.peekvids.com/watch?v=k6Q2wtKTQuB, https://www.peekvids.com/watch?v=7GicfA2z6tx,
https://www.peekvids.com/watch?v=AMnHPFCmPxT, https://www.peekvids.com/watch?v=--5CoTYuJns, https://www.peekvids.com/watch?v=Q5-4AsEB3f7,
https://www.peekvids.com/watch?v=cmIPrrMPi-e, https://www.peekvids.com/watch?v=Q3j8biv2k49, https://www.peekvids.com/watch?v=LjJ7fCrnWKJ,
https://www.peekvids.com/watch?v=6z3n622uDrE, https://www.peekvids.com/watch?v=YSbIsoj9q7W, https://www.peekvids.com/watch?v=rUsGr8MQQeR,
https://www.peekvids.com/watch?v=WXZCiJDDm2G, https://www.peekvids.com/watch?v=2qvj7mXOL2-, https://www.peekvids.com/watch?v=5xP-VkB8G3E,
https://www.peekvids.com/watch?v=Ub8LzClBTKl, https://www.peekvids.com/watch?v=C0mHBMeVZIg, https://www.peekvids.com/watch?v=lMairORzQ0p,
https://www.peekvids.com/watch?v=bnnuSikdRZx, https://www.peekvids.com/watch?v=fIhgYFJ3Frk, https://www.peekvids.com/watch?v=EV0C7McPkVv,
https://www.peekvids.com/watch?v=CPybfKuTAOW, https://www.peekvids.com/watch?v=aVmRGQo2kzB, https://www.peekvids.com/watch?v=65YnKCpURBo,
https://www.peekvids.com/watch?v=VAmUZbLtcXP, https://www.peekvids.com/watch?v=aTZBcu8FoPe, https://www.peekvids.com/watch?v=Fe3piFHewMb,
https://www.peekvids.com/watch?v=gWHQRny2XY4, https://www.peekvids.com/watch?v=QxRPqT3Hzx6, https://www.peekvids.com/watch?v=LjG9pvZlkUF,
https://www.peekvids.com/watch?v=wXxPn7vgDh2, https://www.peekvids.com/watch?v=GujnrBHXbvb, https://www.peekvids.com/watch?v=dRa7lN8pYQP,
https://www.peekvids.com/watch?v=d-GKCvz6Fwh, https://www.peekvids.com/watch?v=0nc--u7fGau, https://www.peekvids.com/watch?v=FQLJyM2pSh9,
https://www.peekvids.com/watch?v=3UJYIlAfSTD, https://www.peekvids.com/watch?v=jZvs3edxq72, https://www.peekvids.com/watch?v=hqjkeTlkPRg,
https://www.peekvids.com/watch?v=r69Lcn4SfsV, https://www.peekvids.com/watch?v=nO6-BYpnyVD, https://www.peekvids.com/watch?v=NSnOHvvOu6k,
https://www.peekvids.com/watch?v=UOcyYvss4yU, https://www.peekvids.com/watch?v=RohIwxK3pGB, https://www.peekvids.com/watch?v=hR0b5mnpeRH,
https://www.peekvids.com/watch?v=0OJsOLpPmNM, https://www.peekvids.com/watch?v=SyBY4V52FUH, https://www.peekvids.com/watch?v=e5gFcW5vXKY,
https://www.peekvids.com/watch?v=cQbmISQA4o5, https://www.peekvids.com/watch?v=SqFMuB8L2Xt, https://www.peekvids.com/watch?v=8V-gCIoWzSf,
https://www.peekvids.com/watch?v=N-2GAXmLeI7, https://www.peekvids.com/watch?v=p9wVlWaZuiU, https://www.peekvids.com/watch?v=xRLaXU0iLSv,
https://www.peekvids.com/watch?v=9kMNnig4Qod, https://www.peekvids.com/watch?v=5oI5QRrmu7Y, https://www.peekvids.com/watch?v=7W4GLb8FE5x,
https://www.peekvids.com/watch?v=SWCpl3UmdKI, https://www.peekvids.com/watch?v=pJ4TjEs3TgM, https://www.peekvids.com/watch?v=TGvak3cjQ5e,
https://www.peekvids.com/watch?v=xotcqw2weCx, https://www.peekvids.com/watch?v=9MK22PaqoJZ, https://www.peekvids.com/watch?v=FJkxXQJMQjW,
https://www.peekvids.com/watch?v=raYX5R0nh3B, https://www.peekvids.com/watch?v=njTMSPHs7Ay, https://www.peekvids.com/watch?v=rZDG5ora8tV,
https://www.peekvids.com/watch?v=CIotxGdWFKd, https://www.peekvids.com/watch?v=8B8cq4vgo0o, https://www.peekvids.com/watch?v=ljjc0SD9dQ8,
https://www.peekvids.com/watch?v=VgExecRTkCl, https://www.peekvids.com/watch?v=KOlLtU3MNBM, https://www.peekvids.com/watch?v=hHHoEXd3ztM,
https://www.peekvids.com/watch?v=CTcbRLC0DfX, https://www.peekvids.com/watch?v=tFWwTlQUP6O, https://www.peekvids.com/watch?v=9I82KELjdr3,
https://www.peekvids.com/watch?v=YRwkrcnZY2l, https://www.peekvids.com/watch?v=yQueNiouP3B, https://www.peekvids.com/watch?v=MoqDQ9DQrua,
https://www.peekvids.com/watch?v=7y2xfi6W8zE, https://www.peekvids.com/watch?v=osqb8FxxwGK, https://www.peekvids.com/watch?v=6u9RZsr-pgk,
https://www.peekvids.com/watch?v=yqIWIYASyUq, https://www.peekvids.com/watch?v=Nl4fLEnv80w, https://www.peekvids.com/watch?v=NccX6Ks2LMM,
https://www.peekvids.com/watch?v=9FiDWMhH0Yt, https://www.peekvids.com/watch?v=nrb4riurpEm, https://www.peekvids.com/watch?v=-LsmVuxpGW3,
https://www.peekvids.com/watch?v=6GOqOPtbvah, https://www.peekvids.com/watch?v=uVEk2SPiZyq, https://www.peekvids.com/watch?v=o8dgmolfhhx,
https://www.peekvids.com/watch?v=8qLWS9hpwIT, https://www.peekvids.com/watch?v=0AUhTj2O7NJ, https://www.peekvids.com/watch?v=Eq7jHFsgrb-,
https://www.peekvids.com/watch?v=aDwkpINqfxo, https://www.peekvids.com/watch?v=gc9EHajyUSs, https://www.peekvids.com/watch?v=m-Un6oTDqjT,
https://www.peekvids.com/watch?v=3OnHbshNYt5, https://www.peekvids.com/watch?v=U9goYM7lBjv, https://www.peekvids.com/watch?v=PQxPWLy7Yg5,
https://www.peekvids.com/watch?v=aNrDYbWFsIs, https://www.peekvids.com/watch?v=fRCAk-ogCh2, https://www.peekvids.com/watch?v=D8SbhhNtqb6,
https://www.peekvids.com/watch?v=TGAQ0NuYsDu, https://www.peekvids.com/watch?v=0xtTQeDnFNh, https://www.peekvids.com/watch?v=RVmRF-rrEXU,
https://www.peekvids.com/watch?v=CnF6KLK3mSL, https://www.peekvids.com/watch?v=LQezxeG3Cs8, https://www.peekvids.com/watch?v=forbdsamemm,
https://www.peekvids.com/watch?v=CcGX3fegdi0, https://www.peekvids.com/watch?v=3HNG9R5AG2u, https://www.peekvids.com/watch?v=jlLskYctXeS,
https://www.peekvids.com/watch?v=SeTxlwMOg0Y, https://www.peekvids.com/watch?v=0xFuvULhZfN, https://www.peekvids.com/watch?v=KqVsfHFAnrP,
https://www.peekvids.com/watch?v=fW0GYHbV9kQ, https://www.peekvids.com/watch?v=MxVvl9xW3y3, https://www.peekvids.com/watch?v=mfK8Lbf3W7x,
https://www.peekvids.com/watch?v=nNeYcnG8ZwJ, https://www.peekvids.com/watch?v=iLTdWagvNvn, https://www.peekvids.com/watch?v=btZX08HZVva,
https://www.peekvids.com/watch?v=560EnfRsaul, https://www.peekvids.com/watch?v=opQLkRrrmED, https://www.peekvids.com/watch?v=3XQIw-HpJEa,
https://www.peekvids.com/watch?v=FKQRy2QylWK, https://www.peekvids.com/watch?v=kKKIAgBUGJg, https://www.peekvids.com/watch?v=jdhK5dUivzI,
https://www.peekvids.com/watch?v=rLjV7xYgjWz, https://www.peekvids.com/watch?v=8xWHG4ZaMd9, https://www.peekvids.com/watch?v=6IjVW6GmAFZ,

https://www.peekvids.com/watch?v=4oDNF9rZRr3, https://www.peekvids.com/watch?v=mhogWmb7IZY, https://www.peekvids.com/watch?v=zTdk35R8ZTw,
https://www.peekvids.com/watch?v=I-5eoqdz9Gv, https://www.peekvids.com/watch?v=6Y6Ax-5lDTZ, https://www.peekvids.com/watch?v=oltMrGpWIGp,
https://www.peekvids.com/watch?v=OaDqHF0LJ2z, https://www.peekvids.com/watch?v=IHJVfKZRzEz, https://www.peekvids.com/watch?v=qGl-lWtHJR9,
https://www.peekvids.com/watch?v=JKVP3RHzo-2, https://www.peekvids.com/watch?v=EVu2mCHHqHr, https://www.peekvids.com/watch?v=xjARMU500-v,
https://www.peekvids.com/watch?v=xLMrKIr2NRI, https://www.peekvids.com/watch?v=KiNt0i9piUU, https://www.peekvids.com/watch?v=6Uu9zfOtIlj,
https://www.peekvids.com/watch?v=c-Y3rz64qfk, https://www.peekvids.com/watch?v=Ghp4HVBDVB6, https://www.peekvids.com/watch?v=Cwv39Qzm7fx,
https://www.peekvids.com/watch?v=YnCxdiP3wYa, https://www.peekvids.com/watch?v=KWpeMdQi2lw, https://www.peekvids.com/watch?v=fJdSR2eZb3O,
https://www.peekvids.com/watch?v=gHLAVFLY-HB, https://www.peekvids.com/watch?v=UMbp7cYfNDn, https://www.peekvids.com/watch?v=w2gFRyvN4Te,
https://www.peekvids.com/watch?v=339RwjkNzW-, https://www.peekvids.com/watch?v=xvKNpnoXEMa, https://www.peekvids.com/watch?v=x4pQnJwpVJK,
https://www.peekvids.com/watch?v=EH-mYNMlvVF, https://www.peekvids.com/watch?v=hIu2OfLvBfj, https://www.peekvids.com/watch?v=OoGA93Ik-FJ,
https://www.peekvids.com/watch?v=vHCKALAG4zz, https://www.peekvids.com/watch?v=62tcNGciVJC, https://www.peekvids.com/watch?v=zLy7YWTxUCu,
https://www.peekvids.com/watch?v=97u6hG0q9sk, https://www.peekvids.com/watch?v=d5eOPaEJMFU, https://www.peekvids.com/watch?v=uDC-qEgyH9i,
https://www.peekvids.com/watch?v=IgwFMazrSex, https://www.peekvids.com/watch?v=cdm6hiPK6Td, https://www.peekvids.com/watch?v=earbXbbcdS2,
https://www.peekvids.com/watch?v=34QDO-Mb4q6, https://www.peekvids.com/watch?v=0UgdIYZIPjk, https://www.peekvids.com/watch?v=smnsInLm7Rx,
https://www.peekvids.com/watch?v=gsO2cdZqev4, https://www.peekvids.com/watch?v=l3iLwyp253l, https://www.peekvids.com/watch?v=Z2MHL3Up7-P,
https://www.peekvids.com/watch?v=BlREGA2HSjk, https://www.peekvids.com/watch?v=JzaYpWcks3F, https://www.peekvids.com/watch?v=mxhrdpUjfUx,
https://www.peekvids.com/watch?v=TxKGGK2sIJI, https://www.peekvids.com/watch?v=cdEtbsOyz32, https://www.peekvids.com/watch?v=xkSCQia5vk-,
https://www.peekvids.com/watch?v=qobzg3Aqlam, https://www.peekvids.com/watch?v=QPhiZ54z3kB, https://www.peekvids.com/watch?v=RLDZA9evaJq,
https://www.peekvids.com/watch?v=khPjgJZzX4L, https://www.peekvids.com/watch?v=A2eIwCvNOC0, https://www.peekvids.com/watch?v=3LVPuzbWRse,
https://www.peekvids.com/watch?v=5nT5exXmxIA, https://www.peekvids.com/watch?v=CasEC0ZwCMA, https://www.peekvids.com/watch?v=jH9c8bWShcP,
https://www.peekvids.com/watch?v=0kEC-YDvwqV, https://www.peekvids.com/watch?v=PmgjtKQatIC, https://www.peekvids.com/watch?v=bSbL35IabWc,
https://www.peekvids.com/watch?v=vPVkDncsX3E, https://www.peekvids.com/watch?v=ljAka0UMseR, https://www.peekvids.com/watch?v=m8Nxq0LMjYv,
https://www.peekvids.com/watch?v=QsRtfd880YT, https://www.peekvids.com/watch?v=qWiQ4APVbDo, https://www.peekvids.com/watch?v=qtmkFFohz2B,
https://www.peekvids.com/watch?v=lWx-QdPVZl2, https://www.peekvids.com/watch?v=lwJT6SFfJPS, https://www.peekvids.com/watch?v=Y8CNOIMuv5S,
https://www.peekvids.com/watch?v=nTSKW4d7GvG, https://www.peekvids.com/watch?v=ZkgDpdFtmF5, https://www.peekvids.com/watch?v=zuV0MyunG-m,
https://www.peekvids.com/watch?v=t4TBHWQfoGr, https://www.peekvids.com/watch?v=zmGLhi-Xha2, https://www.peekvids.com/watch?v=ff7YqDkSyjT,
https://www.peekvids.com/watch?v=rckgdaOsuG0, https://www.peekvids.com/watch?v=cwmxNlZIQvH, https://www.peekvids.com/watch?v=lJCHg-c8XvF,
https://www.peekvids.com/watch?v=AsJEBFM47ls, https://www.peekvids.com/watch?v=rIlWxUSqOnA, https://www.peekvids.com/watch?v=A3HvVCeOK70,
https://www.peekvids.com/watch?v=VSdPKzOp2Ba, https://www.peekvids.com/watch?v=Xlg8pQXCNGf, https://www.peekvids.com/watch?v=HaK2Q7wyf2H,
https://www.peekvids.com/watch?v=YchUUf5KMHs, https://www.peekvids.com/watch?v=bHhPfguEadL, https://www.peekvids.com/watch?v=bm9vjUTKrDe,
https://www.peekvids.com/watch?v=9YTDLUtT9LX, https://www.peekvids.com/watch?v=djpUrFN-ucS, https://www.peekvids.com/watch?v=A4EBCf-6evH,
https://www.peekvids.com/watch?v=W5GRn6ExJEc, https://www.peekvids.com/watch?v=srLX4OCAP7t, https://www.peekvids.com/watch?v=bYCS5xCxM0C,
https://www.peekvids.com/watch?v=tXCvjqLBdLy, https://www.peekvids.com/watch?v=6o2jlUierbY, https://www.peekvids.com/watch?v=SQsVKQOc6Ob,
https://www.peekvids.com/watch?v=0dxq2okIQBA, https://www.peekvids.com/watch?v=lHdF7MPwSwW, https://www.peekvids.com/watch?v=AL9H8rsLjiI,
https://www.peekvids.com/watch?v=YWmKCAKPtxa, https://www.peekvids.com/watch?v=nTncENaxij9, https://www.peekvids.com/watch?v=GVd20KCcYRg,
https://www.peekvids.com/watch?v=4WCESsUkYFy, https://www.peekvids.com/watch?v=ZkAn89AAjJR, https://www.peekvids.com/watch?v=9Wb4CwdrVyg,
https://www.peekvids.com/watch?v=4OXoOScKRoL, https://www.peekvids.com/watch?v=6CawEIgtMrt, https://www.peekvids.com/watch?v=ocCQCr6k5bt,
https://www.peekvids.com/watch?v=0qJgPUUhlA9, https://www.peekvids.com/watch?v=0Dmcm34yR8c, https://www.peekvids.com/watch?v=lcWYD7EpG9o,
https://www.peekvids.com/watch?v=BcO7fkbOijP, https://www.peekvids.com/watch?v=XyBzp5JwCjd, https://www.peekvids.com/watch?v=5CpinF3gYJW,
https://www.peekvids.com/watch?v=XxMg-7O6Wam, https://www.peekvids.com/watch?v=bNpIxqqw4df, https://www.peekvids.com/watch?v=8ACh-jJzwMO,
https://www.peekvids.com/watch?v=5JMqj_BXg-a, https://www.peekvids.com/watch?v=S8aZZNUav5o, https://www.peekvids.com/watch?v=muR2TTpG-lq,
https://www.peekvids.com/watch?v=vCJoahudvpR, https://www.peekvids.com/watch?v=4-nqn05GySz, https://www.peekvids.com/watch?v=W8cXXdvCFcI,
https://www.peekvids.com/watch?v=aZNwW8dpPfS, https://www.peekvids.com/watch?v=TG0UJe6vRaf, https://www.peekvids.com/watch?v=sGWojbQaUMc,
https://www.peekvids.com/watch?v=lvB_9Z897M2, https://www.peekvids.com/watch?v=2kW1WMCp0Rg, https://www.peekvids.com/watch?v=ROnjTjCUbLc,
https://www.peekvids.com/watch?v=uxgNPN2cSpO, https://www.peekvids.com/watch?v=G1jEPr-AQUh, https://www.peekvids.com/watch?v=rk47MPrhKAC,
https://www.peekvids.com/watch?v=koqgK3gIMWx, https://www.peekvids.com/watch?v=rnuJH8FuQiF, https://www.peekvids.com/watch?v=lmGfNOvdBcl,
https://www.peekvids.com/watch?v=VtdXNplwK1l, https://www.peekvids.com/watch?v=DcfKrJtaYIW, https://www.peekvids.com/watch?v=6X5u6ypOUMn,
https://www.peekvids.com/watch?v=PLFJCAzYeLT, https://www.peekvids.com/watch?v=xyoAtxtMwey, https://www.peekvids.com/watch?v=Web5WxOphPD,
https://www.peekvids.com/watch?v=Iu2qdTVTT9N, https://www.peekvids.com/watch?v=AVn86oQ9OK8, https://www.peekvids.com/watch?v=SMOh-x-FrSI,
https://www.peekvids.com/watch?v=a8RobAHpGiN, https://www.peekvids.com/watch?v=flAHMsc9MIP, https://www.peekvids.com/watch?v=I_8P88pMS6h,
https://www.peekvids.com/watch?v=Ym32kaK9t7l, https://www.peekvids.com/watch?v=eKr-EyvsYrt, https://www.peekvids.com/watch?v=NS3rzog0fKe,
https://www.peekvids.com/watch?v=U2qReKt5VKS, https://www.peekvids.com/watch?v=L-wZz4-7mnK, https://www.peekvids.com/watch?v=aCpV6PJ8gE0,
https://www.peekvids.com/watch?v=vGJqUkEzvyo, https://www.peekvids.com/watch?v=ikQc35PI6mp, https://www.peekvids.com/watch?v=01fVz3QDdV0,
https://www.peekvids.com/watch?v=R-9B9VLBxPi, https://www.peekvids.com/watch?v=mB4PWTqlbRA, https://www.peekvids.com/watch?v=4_ipuVNxbLy,
https://www.peekvids.com/watch?v=APRNgOYpcVM, https://www.peekvids.com/watch?v=2fXtYvgZNNO, https://www.peekvids.com/watch?v=eRelQR6OyuU,
https://www.peekvids.com/watch?v=9l4sfPK6I4d, https://www.peekvids.com/watch?v=cRBDTvOHslX, https://www.peekvids.com/watch?v=lZ3MsTjOCwy,
https://www.peekvids.com/watch?v=MBGxxQ3AAlz, https://www.peekvids.com/watch?v=VAnbaTBRKxc, https://www.peekvids.com/watch?v=NTGB9VPRBSr,
https://www.peekvids.com/watch?v=zplDW5UQmy2, https://www.peekvids.com/watch?v=CqFD6Z2mXjI, https://www.peekvids.com/watch?v=m2pMnNgF_Wt,
https://www.peekvids.com/watch?v=6jC2wKG8l5x
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hardwork78
5.b. Uploader's email address: ricmaraza@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=hardwork78
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=7RqXoDTN2fy, https://www.peekvids.com/watch?v=xVNAaC0E7ff,
https://www.peekvids.com/watch?v=Am0US7h2R4j, https://www.peekvids.com/watch?v=6IkjQ44Ezn2, https://www.peekvids.com/watch?v=Qa2Zj0i6qek,
https://www.peekvids.com/watch?v=rGiH407dz78, https://www.peekvids.com/watch?v=K9ko9RHOikX, https://www.peekvids.com/watch?v=AF7ZUI68oA9,
https://www.peekvids.com/watch?v=Cs5t-JoVdPi, https://www.peekvids.com/watch?v=RIyFPrRaeU5, https://www.peekvids.com/watch?v=l0bG9ThpRhD,
https://www.peekvids.com/watch?v=8gNJbrJ4DPR, https://www.peekvids.com/watch?v=4Q3WYRJifQt, https://www.peekvids.com/watch?v=t1zz7sKVd8w,
https://www.peekvids.com/watch?v=Y57QgS7FV4p, https://www.peekvids.com/watch?v=YZMmUqSDTPO, https://www.peekvids.com/watch?v=Xl3axhXskML,
https://www.peekvids.com/watch?v=Q7nP3_ZAQns, https://www.peekvids.com/watch?v=3F90rmUc2TO, https://www.peekvids.com/watch?v=xzmcP2lkHYS,
https://www.peekvids.com/watch?v=ysrRaFaY6U9, https://www.peekvids.com/watch?v=SBcqNZTjr98, https://www.peekvids.com/watch?v=wm9Wbxm0kf2,
https://www.peekvids.com/watch?v=Q-0wZjG1WQH, https://www.peekvids.com/watch?v=dFrdqFEqAtz, https://www.peekvids.com/watch?v=ThPOUj39zxK,
https://www.peekvids.com/watch?v=dX83yWR7gLW, https://www.peekvids.com/watch?v=qufo_Ji30vU, https://www.peekvids.com/watch?v=FFtU7f3ToAg,
https://www.peekvids.com/watch?v=XS09gqiNi8k, https://www.peekvids.com/watch?v=5y1WXOfbhdD, https://www.peekvids.com/watch?v=nidDkiOe9VI,
https://www.peekvids.com/watch?v=8cPH-80hupU, https://www.peekvids.com/watch?v=09kNMdtFU23, https://www.peekvids.com/watch?v=X0nxl0OyuGR,
https://www.peekvids.com/watch?v=bZZ1pHb78ZG, https://www.peekvids.com/watch?v=O1L8UbrmjRF, https://www.peekvids.com/watch?v=lGPQSsf_0si,
https://www.peekvids.com/watch?v=ccDLENlzg72, https://www.peekvids.com/watch?v=8MR5aDzXa83, https://www.peekvids.com/watch?v=bOnebX9CDTk,
https://www.peekvids.com/watch?v=mGoszdanslH, https://www.peekvids.com/watch?v=C2vcyvDqsfK, https://www.peekvids.com/watch?v=GSCefDrmjXW,
https://www.peekvids.com/watch?v=n587hPsaUDM, https://www.peekvids.com/watch?v=oPwX3JY1ZqQ, https://www.peekvids.com/watch?v=23VXvynHCtZ,
https://www.peekvids.com/watch?v=xNUKKRBdnYj, https://www.peekvids.com/watch?v=3nOubCHPxGq, https://www.peekvids.com/watch?v=MQ7yniq4_pB,
https://www.peekvids.com/watch?v=BUhEnv2Jdw8, https://www.peekvids.com/watch?v=yZ3YGSYBD6b, https://www.peekvids.com/watch?v=T667114Ah2d,
https://www.peekvids.com/watch?v=GGMHYPImM9T, https://www.peekvids.com/watch?v=vax7xT8zHQi, https://www.peekvids.com/watch?v=m7pgSbivJ3V,
https://www.peekvids.com/watch?v=ZJIXHFEAkh5, https://www.peekvids.com/watch?v=U4C6Iqt4QTO, https://www.peekvids.com/watch?v=NF-_FcM0HSi,
https://www.peekvids.com/watch?v=0fI1E14o62m, https://www.peekvids.com/watch?v=BrmQqp8btyU, https://www.peekvids.com/watch?v=qa-Q4NbQv9u,
https://www.peekvids.com/watch?v=vw6cf5_9Jq6, https://www.peekvids.com/watch?v=V9qDMfbs468, https://www.peekvids.com/watch?v=oMMqL3YK7Ci
5.f. Date of third notice: 2015-10-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: havpala
5.b. Uploader's email address: alabonaabi@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=havpala
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=o3u_YBoweW2, https://www.peekvids.com/watch?v=s7o2kDz_qwV,
https://www.peekvids.com/watch?v=mu4gBZdI3H0, https://www.peekvids.com/watch?v=xH0TB_t3e-S, https://www.peekvids.com/watch?v=sCdKLnSJInJ,
https://www.peekvids.com/watch?v=IcKyXIqcG_s, https://www.peekvids.com/watch?v=piTahEVTmFR, https://www.peekvids.com/watch?v=tMzJ9rQYpnp,
https://www.peekvids.com/watch?v=kTzK9cdNQct, https://www.peekvids.com/watch?v=OuPZT2VIqbA, https://www.peekvids.com/watch?v=Vvhgrn6J50H,
https://www.peekvids.com/watch?v=BN8yKfgQC4V, https://www.peekvids.com/watch?v=p7GEHGOhJfH, https://www.peekvids.com/watch?v=tjzObtkyl3p,
https://www.peekvids.com/watch?v=u2X9lnr1fQf, https://www.peekvids.com/watch?v=PnxwzgWSI2B, https://www.peekvids.com/watch?v=xmMdpp_wxHi,
https://www.peekvids.com/watch?v=fzRdJI3tkXz, https://www.peekvids.com/watch?v=T8PF9LXdgg6, https://www.peekvids.com/watch?v=VAEnCgZwBpT,
https://www.peekvids.com/watch?v=iei9jqpGh04, https://www.peekvids.com/watch?v=BadnJzFVlNL, https://www.peekvids.com/watch?v=8zRh728dJRv,
https://www.peekvids.com/watch?v=hU9ghR1xHKZ, https://www.peekvids.com/watch?v=lAOAki_yoob, https://www.peekvids.com/watch?v=RjsGae8aQZh,
https://www.peekvids.com/watch?v=GXuTrM-WVUm, https://www.peekvids.com/watch?v=aVfCu23k7nZ, https://www.peekvids.com/watch?v=h6iHRIz7IGW,
https://www.peekvids.com/watch?v=XTJ-5hFQORR, https://www.peekvids.com/watch?v=RjNHyhs6mGk, https://www.peekvids.com/watch?v=Rg6TRY4Q3CI,
https://www.peekvids.com/watch?v=EHJ5uMBO24z, https://www.peekvids.com/watch?v=4OokEYJ2Sbx, https://www.peekvids.com/watch?v=i745s8LkaTI,
https://www.peekvids.com/watch?v=nyp8nGKu1CW, https://www.peekvids.com/watch?v=0SHL8mToYil, https://www.peekvids.com/watch?v=XXcqKf_ud_m,
https://www.peekvids.com/watch?v=tkpb_OINO4X, https://www.peekvids.com/watch?v=Xcg-nO24wb5, https://www.peekvids.com/watch?v=Js9ztg50IWe,
https://www.peekvids.com/watch?v=hqnIyGMGzOO, https://www.peekvids.com/watch?v=DnzbdgilVDZ, https://www.peekvids.com/watch?v=kB-eXH__kIK,
https://www.peekvids.com/watch?v=CQuMiXO7bAg, https://www.peekvids.com/watch?v=8nl9cKgmSZi, https://www.peekvids.com/watch?v=ReG0jD-mdQe,
https://www.peekvids.com/watch?v=vnqVPyj-W5Y, https://www.peekvids.com/watch?v=3WtcmhW9wrH, https://www.peekvids.com/watch?v=ld_f3y7TG1g,
https://www.peekvids.com/watch?v=G_Iz_ZaeKRy, https://www.peekvids.com/watch?v=WguFd-r1Gar, https://www.peekvids.com/watch?v=tgBth7yQpMN,
https://www.peekvids.com/watch?v=sE6UEw5Pch0, https://www.peekvids.com/watch?v=7ejFkZaYQBK, https://www.peekvids.com/watch?v=sUYSZHLKR4m,
https://www.peekvids.com/watch?v=hf2kZYx_67B, https://www.peekvids.com/watch?v=KLZv5iDTmIp, https://www.peekvids.com/watch?v=EcH5RJhB6LM,
https://www.peekvids.com/watch?v=ZdKpjvvV-D3, https://www.peekvids.com/watch?v=j_3t36JWRjl, https://www.peekvids.com/watch?v=PkPAtt46RN5,
https://www.peekvids.com/watch?v=tjjZfQJ0SUL, https://www.peekvids.com/watch?v=TF6HUZKxwGp, https://www.peekvids.com/watch?v=M1RdjtPiWDd,
https://www.peekvids.com/watch?v=21nUb8sbNrQ, https://www.peekvids.com/watch?v=wHoxY9OhBAd, https://www.peekvids.com/watch?v=RSXZLOjXaTB,
https://www.peekvids.com/watch?v=Q15KZOd7emA, https://www.peekvids.com/watch?v=iD6UIVljqbS, https://www.peekvids.com/watch?v=gE_LbRKHf0p,
https://www.peekvids.com/watch?v=BWZkH-clAb8, https://www.peekvids.com/watch?v=gB5in2WsH82, https://www.peekvids.com/watch?v=XlZHObnnBSv,
https://www.peekvids.com/watch?v=5DpH9KWKiLw, https://www.peekvids.com/watch?v=Nv0EaPSdE6r, https://www.peekvids.com/watch?v=UpnDM2LzByI,
https://www.peekvids.com/watch?v=04jorzspaXC, https://www.peekvids.com/watch?v=8z8_e5mCgUP, https://www.peekvids.com/watch?v=il-noz8ggP3,
https://www.peekvids.com/watch?v=Xoy4EwN7EuY, https://www.peekvids.com/watch?v=RbK3V_DV4JI, https://www.peekvids.com/watch?v=srccG8QS60I,
https://www.peekvids.com/watch?v=Za9D9IeFnJ4, https://www.peekvids.com/watch?v=LpFstMb7eGT, https://www.peekvids.com/watch?v=MiThwrbNH2f,
https://www.peekvids.com/watch?v=QS5FB4sstIF, https://www.peekvids.com/watch?v=YJ664MYgcmY, https://www.peekvids.com/watch?v=r6BZc7QRagF,
https://www.peekvids.com/watch?v=xp0e2uBqTIU, https://www.peekvids.com/watch?v=CuMeHokKgyp, https://www.peekvids.com/watch?v=5PEtXXHM2_u,
https://www.peekvids.com/watch?v=RM6oUfIJiip, https://www.peekvids.com/watch?v=nGkc2npIq79, https://www.peekvids.com/watch?v=rlgub9cuZ_9,
https://www.peekvids.com/watch?v=y7tZn7Uxpip, https://www.peekvids.com/watch?v=T5Qqpwtmqee, https://www.peekvids.com/watch?v=u0d0nOWsIoj,
https://www.peekvids.com/watch?v=VA8D1wwfqz5, https://www.peekvids.com/watch?v=aOIhxNdJIDR, https://www.peekvids.com/watch?v=Nfmp_bHTiU6,
https://www.peekvids.com/watch?v=MaeoadiNxmG, https://www.peekvids.com/watch?v=211A1W5h5qN, https://www.peekvids.com/watch?v=NJ-ROa11Add,
https://www.peekvids.com/watch?v=G84wCHTMRJb, https://www.peekvids.com/watch?v=DC9DkcDnLLp, https://www.peekvids.com/watch?v=SEHQOFCtR56,
https://www.peekvids.com/watch?v=D7guS0jtQ_b, https://www.peekvids.com/watch?v=mwz_ljKO8Ur, https://www.peekvids.com/watch?v=cU2wc2jyIF6,
https://www.peekvids.com/watch?v=MgPy8m1kcYr, https://www.peekvids.com/watch?v=fKDZ7Clm3VE, https://www.peekvids.com/watch?v=Trv08au76xo,
https://www.peekvids.com/watch?v=c6H3g34tc0h, https://www.peekvids.com/watch?v=h6x-dDkHXX9, https://www.peekvids.com/watch?v=wDuo2pzcmWc,
https://www.peekvids.com/watch?v=pNtp7RqTad3, https://www.peekvids.com/watch?v=m7fCTRpmGwK, https://www.peekvids.com/watch?v=WejQQCI-b9c,
https://www.peekvids.com/watch?v=wvsv1N6xnQr, https://www.peekvids.com/watch?v=zPAiYu4Wvbf, https://www.peekvids.com/watch?v=YsCrVZBzfTg,
https://www.peekvids.com/watch?v=rjCFMqn7Rl2, https://www.peekvids.com/watch?v=qwO_PYUEF5C, https://www.peekvids.com/watch?v=94K3ovue9kO,
https://www.peekvids.com/watch?v=00reH5n_0MD, https://www.peekvids.com/watch?v=eGKapl1aCMR, https://www.peekvids.com/watch?v=iv4WUk_ay-r,

https://www.peekvids.com/watch?v=fQsdxytnpQl, https://www.peekvids.com/watch?v=0Wscz7AprXY, https://www.peekvids.com/watch?v=zHeaiTpss4q,
https://www.peekvids.com/watch?v=ZsiT9m2kwte, https://www.peekvids.com/watch?v=zbypEO8Fe7u, https://www.peekvids.com/watch?v=RgFzEHstz5P,
https://www.peekvids.com/watch?v=r9NkLm8yNOh, https://www.peekvids.com/watch?v=O6Y4D2tOJ-T, https://www.peekvids.com/watch?v=bs1LmxVuV6u,
https://www.peekvids.com/watch?v=RbImE7w_bCp, https://www.peekvids.com/watch?v=hB2eCvr6g90, https://www.peekvids.com/watch?v=3BHC7Y-5cio,
https://www.peekvids.com/watch?v=JhLvo3K6AS4, https://www.peekvids.com/watch?v=Nz4CJIwmR2M, https://www.peekvids.com/watch?v=uPv1Ijr7CUi,
https://www.peekvids.com/watch?v=XiJ4RGxViWn, https://www.peekvids.com/watch?v=XMtqLrK2u8H, https://www.peekvids.com/watch?v=gD5-2zgO2l6,
https://www.peekvids.com/watch?v=HADp8AJXeHC, https://www.peekvids.com/watch?v=4XCUYf8Cnqt, https://www.peekvids.com/watch?v=MED2Gxw4Dw7,
https://www.peekvids.com/watch?v=5Iq29VgbRMG, https://www.peekvids.com/watch?v=tlMiLQsL-k3, https://www.peekvids.com/watch?v=9ajUDY0XYYp,
https://www.peekvids.com/watch?v=f_51KTQwn55, https://www.peekvids.com/watch?v=Va2yAU1GKYp, https://www.peekvids.com/watch?v=xwqLjQZrsGU,
https://www.peekvids.com/watch?v=ILbYsCrepyI, https://www.peekvids.com/watch?v=Hnk4GcioELx, https://www.peekvids.com/watch?v=WBb8w9-navZ,
https://www.peekvids.com/watch?v=oCA97SQyYev, https://www.peekvids.com/watch?v=FJy2bNpo-Pf, https://www.peekvids.com/watch?v=MH-2ehB4mn7,
https://www.peekvids.com/watch?v=rYFe67fIfrG, https://www.peekvids.com/watch?v=baONGliC_Jm, https://www.peekvids.com/watch?v=jO-KGhQXsb0,
https://www.peekvids.com/watch?v=X1phhxxvi1B, https://www.peekvids.com/watch?v=mhoL-XjzejZ, https://www.peekvids.com/watch?v=qKj5wUAMvkl,
https://www.peekvids.com/watch?v=TO2Gko58VYk, https://www.peekvids.com/watch?v=l_AajXSpHQb, https://www.peekvids.com/watch?v=UggxgY4IwfD,
https://www.peekvids.com/watch?v=TWpo5Gk_dUI, https://www.peekvids.com/watch?v=OPizdYxbP0x, https://www.peekvids.com/watch?v=6kQvSlmPYJW,
https://www.peekvids.com/watch?v=OrA0LS2ePsV, https://www.peekvids.com/watch?v=CxyaFluzeeA, https://www.peekvids.com/watch?v=NJLtszJRC7p,
https://www.peekvids.com/watch?v=51XLMmhPckT, https://www.peekvids.com/watch?v=0qxvH79D1tH, https://www.peekvids.com/watch?v=PaHQ1Y7CVBQ,
https://www.peekvids.com/watch?v=hx62a0cpFmC, https://www.peekvids.com/watch?v=ypM7t8Kh9oV, https://www.peekvids.com/watch?v=p9R0ePc14iP,
https://www.peekvids.com/watch?v=y8UCBy_Q5jI, https://www.peekvids.com/watch?v=4aBO0rvvyfR, https://www.peekvids.com/watch?v=g_z_j2TqaYv,
https://www.peekvids.com/watch?v=drYH5CLJEzw, https://www.peekvids.com/watch?v=Hy7Qhxl5Zii, https://www.peekvids.com/watch?v=AFJrXggOt0R,
https://www.peekvids.com/watch?v=C0V976NutzZ, https://www.peekvids.com/watch?v=Vb3DrHvs2v5, https://www.peekvids.com/watch?v=kNs9dMF-bBh,
https://www.peekvids.com/watch?v=vkUpL3OmIxL, https://www.peekvids.com/watch?v=usrkZkr11JO, https://www.peekvids.com/watch?v=PDGoCZrtJ6T,
https://www.peekvids.com/watch?v=6Z19H4RW0MO, https://www.peekvids.com/watch?v=ON8OCpdRhMZ, https://www.peekvids.com/watch?v=icgxhoGJbaF,
https://www.peekvids.com/watch?v=sSWB3fToBV7, https://www.peekvids.com/watch?v=dsXh9xPsSON, https://www.peekvids.com/watch?v=o84Q4T3prgV,
https://www.peekvids.com/watch?v=sUvEaWY4yUr, https://www.peekvids.com/watch?v=haoAe3mg95P, https://www.peekvids.com/watch?v=aEMlVi_Tl_M,
https://www.peekvids.com/watch?v=crTJ2x8wLpr, https://www.peekvids.com/watch?v=4HxESnwX3Ec, https://www.peekvids.com/watch?v=jpco9bjUv-9,
https://www.peekvids.com/watch?v=2ZNszJNrnBv, https://www.peekvids.com/watch?v=n28QxEYY2LA, https://www.peekvids.com/watch?v=JRbManjM7LI,
https://www.peekvids.com/watch?v=mAlKDJdIVlq, https://www.peekvids.com/watch?v=GH2EOJoUnaf, https://www.peekvids.com/watch?v=FAmATvl2yly,
https://www.peekvids.com/watch?v=YEPsl0m4foM, https://www.peekvids.com/watch?v=k5GyFVYmjFO, https://www.peekvids.com/watch?v=m2vh5r8axlu,
https://www.peekvids.com/watch?v=6F0Dnh9Nlmg, https://www.peekvids.com/watch?v=K15vARZYF1V, https://www.peekvids.com/watch?v=mEI2kGuMksg,
https://www.peekvids.com/watch?v=TzonKPeBjvR, https://www.peekvids.com/watch?v=E2x-fRbTJnD, https://www.peekvids.com/watch?v=trYPHPCtzSa,
https://www.peekvids.com/watch?v=eRd0hovxT35, https://www.peekvids.com/watch?v=SCsRux5XFfm, https://www.peekvids.com/watch?v=2ZqazGHVTjS,
https://www.peekvids.com/watch?v=dmYbeQfk0bV, https://www.peekvids.com/watch?v=Uunq_Wj5-pN, https://www.peekvids.com/watch?v=ckg4XswGQpC,
https://www.peekvids.com/watch?v=8EehdLpnhYn, https://www.peekvids.com/watch?v=WIVatwLL_qY, https://www.peekvids.com/watch?v=SGb_vTOmaIm,
https://www.peekvids.com/watch?v=xWp7cHVL9nd, https://www.peekvids.com/watch?v=jlW7bsPgohY, https://www.peekvids.com/watch?v=q5f_Kz6bB8k,
https://www.peekvids.com/watch?v=KvSbr2IVIaa, https://www.peekvids.com/watch?v=QE-_oUtiPYr, https://www.peekvids.com/watch?v=Labsb7Ua2n0,
https://www.peekvids.com/watch?v=s-LpkJ3FUbM, https://www.peekvids.com/watch?v=FOANjxrB2WW, https://www.peekvids.com/watch?v=yTVtVTXsOD9,
https://www.peekvids.com/watch?v=ozgzmgSLOCO, https://www.peekvids.com/watch?v=0sUHFlJOCHb, https://www.peekvids.com/watch?v=78Q_pMRIx_a,
https://www.peekvids.com/watch?v=MaDRdMQAhKf, https://www.peekvids.com/watch?v=rJ2gxH_tD6R, https://www.peekvids.com/watch?v=LBWhdCGclV3,
https://www.peekvids.com/watch?v=gHcUv0NXM_3, https://www.peekvids.com/watch?v=4wcH9J7JSnE, https://www.peekvids.com/watch?v=TV_LM5TnpYu,
https://www.peekvids.com/watch?v=dQAK2s3qj0V, https://www.peekvids.com/watch?v=9_Qguir_cgS, https://www.peekvids.com/watch?v=ZiOiai6tYKx,
https://www.peekvids.com/watch?v=pxpB45P8VS8, https://www.peekvids.com/watch?v=W4rsdslltip, https://www.peekvids.com/watch?v=SvBI-kPvWnc,
https://www.peekvids.com/watch?v=EDiui0wvlxG, https://www.peekvids.com/watch?v=3Xdtm6msqpb, https://www.peekvids.com/watch?v=KFn7bsKBIax,
https://www.peekvids.com/watch?v=du4_lQOJ6Bo, https://www.peekvids.com/watch?v=IDyS_SpLk77, https://www.peekvids.com/watch?v=XJjE0qhx1-8,
https://www.peekvids.com/watch?v=SH1BZIpwMUg, https://www.peekvids.com/watch?v=v9Z1BnrOGli, https://www.peekvids.com/watch?v=Bs6JRmKZbfq,
https://www.peekvids.com/watch?v=8WaTI6uIAi5, https://www.peekvids.com/watch?v=HBtsVmaBDwI, https://www.peekvids.com/watch?v=93JFBr_Ie6s,
https://www.peekvids.com/watch?v=SLL5SkdrMkH, https://www.peekvids.com/watch?v=igujKqfBvks, https://www.peekvids.com/watch?v=O5ICFdozpJx,
https://www.peekvids.com/watch?v=x-MER4GcCjN, https://www.peekvids.com/watch?v=4vEkmom3iaS, https://www.peekvids.com/watch?v=Gjj4LfiBnKi,
https://www.peekvids.com/watch?v=wv1pahqTqgd, https://www.peekvids.com/watch?v=w-mYKLlcc8M, https://www.peekvids.com/watch?v=9qYt4tR-syy,
https://www.peekvids.com/watch?v=JtrXqQL_0Av, https://www.peekvids.com/watch?v=QHL4sT8dr7U, https://www.peekvids.com/watch?v=4u67_qe8pbT,
https://www.peekvids.com/watch?v=QgIz__uP-ZE, https://www.peekvids.com/watch?v=ggVUh_l_njQ, https://www.peekvids.com/watch?v=rmAekoyRKUT,
https://www.peekvids.com/watch?v=VKOpqYX4NjE, https://www.peekvids.com/watch?v=MYlE7B96WiA, https://www.peekvids.com/watch?v=YQebh2f8ewf,
https://www.peekvids.com/watch?v=ABEHELUSv1N, https://www.peekvids.com/watch?v=4lhL5rRKvIx, https://www.peekvids.com/watch?v=UqdF5pxdG4Y,
https://www.peekvids.com/watch?v=Zn8JGj14Tnb, https://www.peekvids.com/watch?v=9_an4ToGeku, https://www.peekvids.com/watch?v=L4uWfo4xHe2,
https://www.peekvids.com/watch?v=CtAiO3o_z3T, https://www.peekvids.com/watch?v=ZOP9RPZ4D4L, https://www.peekvids.com/watch?v=pBn_31KbrVH,
https://www.peekvids.com/watch?v=cuLoXmexks2, https://www.peekvids.com/watch?v=IqTnH-yM8Wo, https://www.peekvids.com/watch?v=xBOYRBkuOJp,
https://www.peekvids.com/watch?v=rv3Ymiw7EVa, https://www.peekvids.com/watch?v=ciofq2Fs2ys, https://www.peekvids.com/watch?v=4yay44i-2PG,
https://www.peekvids.com/watch?v=e3dBNDxjW90, https://www.peekvids.com/watch?v=Iz_o8ZktWAK, https://www.peekvids.com/watch?v=b_3uFEJ0isC,
https://www.peekvids.com/watch?v=qzWUbO_MP2Z, https://www.peekvids.com/watch?v=f995D8D1BJA, https://www.peekvids.com/watch?v=hshL3aU7_Rs,
https://www.peekvids.com/watch?v=NtQ7uiT-7w0, https://www.peekvids.com/watch?v=Tv2JULfd4qm, https://www.peekvids.com/watch?v=B82sell5NHn,
https://www.peekvids.com/watch?v=9vkrGSiq8Nf, https://www.peekvids.com/watch?v=wiyAIlmNK0W, https://www.peekvids.com/watch?v=MWkJhs3Nfln,
https://www.peekvids.com/watch?v=nqngvG-Xxgk, https://www.peekvids.com/watch?v=6bw58xjSREc, https://www.peekvids.com/watch?v=8J_3vbKdRxV,
https://www.peekvids.com/watch?v=vQ5dU0yuqxv, https://www.peekvids.com/watch?v=ngfGjHDFNli, https://www.peekvids.com/watch?v=f8w6m6ludKg,
https://www.peekvids.com/watch?v=7tHHoD3g9m6, https://www.peekvids.com/watch?v=S6efOZzzuzX, https://www.peekvids.com/watch?v=7B9g4i6Mh4t,
https://www.peekvids.com/watch?v=a9tDykoGKfv, https://www.peekvids.com/watch?v=FNbEtkXwkRs, https://www.peekvids.com/watch?v=fMEPG_e1SLT,
https://www.peekvids.com/watch?v=H4tppYNc4-t, https://www.peekvids.com/watch?v=bbd7jw7o5O6, https://www.peekvids.com/watch?v=b_JwDgJEPzT,
https://www.peekvids.com/watch?v=RSixY8HJbim, https://www.peekvids.com/watch?v=594ak3tLkHV, https://www.peekvids.com/watch?v=JSa-VTWBRnU,
https://www.peekvids.com/watch?v=j8nTh4yOIfw, https://www.peekvids.com/watch?v=YUSNzswXyNZ, https://www.peekvids.com/watch?v=G84KL2drhu4,
https://www.peekvids.com/watch?v=9rXnEAomqzF, https://www.peekvids.com/watch?v=7BFhIUuEvMH, https://www.peekvids.com/watch?v=cMoPT_C84gZ,
https://www.peekvids.com/watch?v=WFQWpmjAiWA, https://www.peekvids.com/watch?v=u5EMgeq-94g, https://www.peekvids.com/watch?v=REWj8FT74Om,
https://www.peekvids.com/watch?v=EhnYQmDIlR8, https://www.peekvids.com/watch?v=oF6Wiy9aeXC, https://www.peekvids.com/watch?v=GYTn0ZUf_S0,
https://www.peekvids.com/watch?v=46d69FRaVEv, https://www.peekvids.com/watch?v=kgIWqBT--Q5, https://www.peekvids.com/watch?v=FQJnubbT1H2,
https://www.peekvids.com/watch?v=ZUWkJPWCbPQ, https://www.peekvids.com/watch?v=ZMR1wvmBBFd, https://www.peekvids.com/watch?v=BBrClZ_I8Ki,
https://www.peekvids.com/watch?v=bxb35FnwrBy, https://www.peekvids.com/watch?v=OVks0_MSVvc, https://www.peekvids.com/watch?v=dFdsrHZ0s3s,
https://www.peekvids.com/watch?v=0Rhh9Jsc4ex, https://www.peekvids.com/watch?v=FuZSqvHRXNN, https://www.peekvids.com/watch?v=tLryFukmpIG,
https://www.peekvids.com/watch?v=B8E9YDNUcka, https://www.peekvids.com/watch?v=WTTeAyvypsL, https://www.peekvids.com/watch?v=dZ1_tzoWBqs,
https://www.peekvids.com/watch?v=VcNZyd-viDV, https://www.peekvids.com/watch?v=wCwP57vNMNz, https://www.peekvids.com/watch?v=2j92UksBD6t,
https://www.peekvids.com/watch?v=ZxIAsGHPSVX, https://www.peekvids.com/watch?v=zXgZJrwb4Bf, https://www.peekvids.com/watch?v=37mF6WAvH3F
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: HDmasseur
5.b. Uploader's email address: stelyfugo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=HDmasseur
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=6PePd_cxjOP, https://www.peekvids.com/watch?v=TCELN-GU8Zy,
https://www.peekvids.com/watch?v=jiE3y8yUM2z, https://www.peekvids.com/watch?v=6G5Yd1HmPtW, https://www.peekvids.com/watch?v=iLSqsKbYK98,
https://www.peekvids.com/watch?v=xCjYijPHtRe, https://www.peekvids.com/watch?v=i8b40f4WeSi, https://www.peekvids.com/watch?v=AAqBXOjZot4,
https://www.peekvids.com/watch?v=Juwmlb2i7kb, https://www.peekvids.com/watch?v=sj1BRFwvoQa, https://www.peekvids.com/watch?v=jIK7tFYL1ga,
https://www.peekvids.com/watch?v=mRyI9I0DuUl, https://www.peekvids.com/watch?v=9_PnpSXcHmH, https://www.peekvids.com/watch?v=kjnCFMMkEPM,
https://www.peekvids.com/watch?v=vAEYeYPIkFG, https://www.peekvids.com/watch?v=MtC6g7eFa9z, https://www.peekvids.com/watch?v=MFL45QHdFNQ,
https://www.peekvids.com/watch?v=us6eNLIAAJL, https://www.peekvids.com/watch?v=bVx_jbNeO1g, https://www.peekvids.com/watch?v=tmjox7hh4sQ,
https://www.peekvids.com/watch?v=hwV2wNI-buE, https://www.peekvids.com/watch?v=CWf30TV3Y22, https://www.peekvids.com/watch?v=KXY6lu2d7Ga,
https://www.peekvids.com/watch?v=oOWpsoOGGUV, https://www.peekvids.com/watch?v=CG6LCNsiGL0, https://www.peekvids.com/watch?v=GEs5JnB5UCJ,
https://www.peekvids.com/watch?v=YKV1og4CCRM, https://www.peekvids.com/watch?v=NfhZBx6yUvu, https://www.peekvids.com/watch?v=xb8_zg0tsPD,
https://www.peekvids.com/watch?v=GOsrve7Al4I, https://www.peekvids.com/watch?v=uTFHMlQIVJs, https://www.peekvids.com/watch?v=wuPTPlbF2iX,
https://www.peekvids.com/watch?v=7-Iv_pSktAI, https://www.peekvids.com/watch?v=MbK4tRwU05m, https://www.peekvids.com/watch?v=ZNiqFEDV7yM,
https://www.peekvids.com/watch?v=S9V98f_2HyM, https://www.peekvids.com/watch?v=Ts0TzsAclJT, https://www.peekvids.com/watch?v=fVIn5uvfKzj,
https://www.peekvids.com/watch?v=5IK7ckDrmNJ, https://www.peekvids.com/watch?v=Ct3YtK45g4J, https://www.peekvids.com/watch?v=QUHyzTfwjSf,
https://www.peekvids.com/watch?v=xxBwF7MpPb4, https://www.peekvids.com/watch?v=lNN0FL-gD9H, https://www.peekvids.com/watch?v=0mklxUwyk_J,
https://www.peekvids.com/watch?v=jblEkcPMZ6G, https://www.peekvids.com/watch?v=UMccTlwM4zd, https://www.peekvids.com/watch?v=8Yis03wNjR8,
https://www.peekvids.com/watch?v=oWH04iXhF5v, https://www.peekvids.com/watch?v=XzIegE6P0QJ, https://www.peekvids.com/watch?v=yLNjttCS9y5,
https://www.peekvids.com/watch?v=gwl_zxR1Qdq, https://www.peekvids.com/watch?v=Onnnfocn2SF, https://www.peekvids.com/watch?v=nf-olCQGUMQ,
https://www.peekvids.com/watch?v=f4q-CPWNXaM, https://www.peekvids.com/watch?v=0WlmT6YCzOK
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heartall
5.b. Uploader's email address: wherewerolly@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=heartall
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=80dCBHbkc0x, https://www.peekvids.com/watch?v=ZHaGRXTscMT,
https://www.peekvids.com/watch?v=7zgUyBGem5M, https://www.peekvids.com/watch?v=r9BuNf0iMsf, https://www.peekvids.com/watch?v=SfhHKJF6Of8,
https://www.peekvids.com/watch?v=kGMaC-Ekuoe, https://www.peekvids.com/watch?v=LCd-6W2vzKO, https://www.peekvids.com/watch?v=8YCChmKyAhh,
https://www.peekvids.com/watch?v=KHevgKcefAi, https://www.peekvids.com/watch?v=cE6lN5siJXz, https://www.peekvids.com/watch?v=sa2jjJAqJ-L,
https://www.peekvids.com/watch?v=NydKr9UEs9P, https://www.peekvids.com/watch?v=0DMNy5lJLEG, https://www.peekvids.com/watch?v=evOklyZFQeQ,
https://www.peekvids.com/watch?v=4bdfzcFQiO6, https://www.peekvids.com/watch?v=RaieEtHWP7i, https://www.peekvids.com/watch?v=Zdyk4OAS6zH,
https://www.peekvids.com/watch?v=BRfZ6-LsiE4, https://www.peekvids.com/watch?v=c8T4x0KynAp, https://www.peekvids.com/watch?v=pQJjzIdme6n,
https://www.peekvids.com/watch?v=OnwIb77RfiK, https://www.peekvids.com/watch?v=67bedQp4NNO, https://www.peekvids.com/watch?v=cVQCAk-cdmz,
https://www.peekvids.com/watch?v=tPEC99tEAe0, https://www.peekvids.com/watch?v=UKUwN5G86MZ, https://www.peekvids.com/watch?v=hBcMhlqcAVh,
https://www.peekvids.com/watch?v=2ajax8ZWPat, https://www.peekvids.com/watch?v=0rUaCPcE-Aa, https://www.peekvids.com/watch?v=Ey5GTlr-E50,
https://www.peekvids.com/watch?v=Q0xERzkkG84, https://www.peekvids.com/watch?v=suQCfORJ3UL, https://www.peekvids.com/watch?v=VfCxPWlg8UY,
https://www.peekvids.com/watch?v=03Rjcc3sMxy, https://www.peekvids.com/watch?v=MVk4nIjkXZi, https://www.peekvids.com/watch?v=yMw0Nytwu9Z,
https://www.peekvids.com/watch?v=3QyyNwIVh7F, https://www.peekvids.com/watch?v=tZyYK7AfW03, https://www.peekvids.com/watch?v=sI3RaxHYkfO,
https://www.peekvids.com/watch?v=CgeTwhsEJoz, https://www.peekvids.com/watch?v=gdl3-KPEayg, https://www.peekvids.com/watch?v=aaaOmYntWyq,
https://www.peekvids.com/watch?v=66ZlCj9Cp96, https://www.peekvids.com/watch?v=PIpN2NnZAYV, https://www.peekvids.com/watch?v=y9FWohxiDsW,
https://www.peekvids.com/watch?v=ZyunDmVLAdB, https://www.peekvids.com/watch?v=c4ew0y5x0a3, https://www.peekvids.com/watch?v=HVakIJDNpfG,
https://www.peekvids.com/watch?v=JknHTKjLRZH, https://www.peekvids.com/watch?v=ZOjRf4ORdek, https://www.peekvids.com/watch?v=3nwswjfVMCr,
https://www.peekvids.com/watch?v=DgDEjYXFqXn, https://www.peekvids.com/watch?v=vTr3-cELCQg, https://www.peekvids.com/watch?v=uu7kipUNoNz,
https://www.peekvids.com/watch?v=0DUn09bSQ7H, https://www.peekvids.com/watch?v=dPGzomqtY0y, https://www.peekvids.com/watch?v=KWS6sGdLxOr,
https://www.peekvids.com/watch?v=UKS-HWL3AOK, https://www.peekvids.com/watch?v=88cQbQL30AD, https://www.peekvids.com/watch?v=EUp-kaXowH9,
https://www.peekvids.com/watch?v=4jwt432bTul, https://www.peekvids.com/watch?v=rQr953lB-AU, https://www.peekvids.com/watch?v=okcOSfrl8kO,
https://www.peekvids.com/watch?v=zOdHnYgT9f2, https://www.peekvids.com/watch?v=Rc5K-KsDnjI, https://www.peekvids.com/watch?v=jkhlvNLPf7J,
https://www.peekvids.com/watch?v=fHKZGQR8qfv, https://www.peekvids.com/watch?v=WuxYv3JAQpa, https://www.peekvids.com/watch?v=6mSVvZzjTsK,
https://www.peekvids.com/watch?v=Od0tjfjBXGb, https://www.peekvids.com/watch?v=w-cTBBc6hCn, https://www.peekvids.com/watch?v=iJnK6gjj8st,
https://www.peekvids.com/watch?v=dF5OoGdVo74, https://www.peekvids.com/watch?v=YCLxGU6qtJq, https://www.peekvids.com/watch?v=0dgCNsvmZkL,
https://www.peekvids.com/watch?v=EbV7QVh2Rch, https://www.peekvids.com/watch?v=EjmZkoHdRtD, https://www.peekvids.com/watch?v=E53V9ILvthd,
https://www.peekvids.com/watch?v=V5V9ybCAuTK, https://www.peekvids.com/watch?v=owLROxCli2-, https://www.peekvids.com/watch?v=fv0FCJrMlvp,

https://www.peekvids.com/watch?v=9Q-wAcVebKp, https://www.peekvids.com/watch?v=x5wT8OAvgdR, https://www.peekvids.com/watch?v=tr2JRZ-wqVD,
https://www.peekvids.com/watch?v=MX6MRzsGFi8, https://www.peekvids.com/watch?v=Ghe4yMCumcc, https://www.peekvids.com/watch?v=mXRvXFLJb2F,
https://www.peekvids.com/watch?v=W8g9Oc5xEph, https://www.peekvids.com/watch?v=hPwQvyeaLae, https://www.peekvids.com/watch?v=N525tlae39a,
https://www.peekvids.com/watch?v=cJEgMDDKifF, https://www.peekvids.com/watch?v=8jzIlvRkoID, https://www.peekvids.com/watch?v=rW70Eici6xb,
https://www.peekvids.com/watch?v=gDJ0B9j7xyz, https://www.peekvids.com/watch?v=9VkzjwSYQ6d, https://www.peekvids.com/watch?v=GnK3974clsY,
https://www.peekvids.com/watch?v=9Z3wdcm23jo, https://www.peekvids.com/watch?v=33wQiOjnpw4, https://www.peekvids.com/watch?v=JSdRxdy5dDq,
https://www.peekvids.com/watch?v=KR9UGv4Eee3, https://www.peekvids.com/watch?v=lV5z-SN3RS9, https://www.peekvids.com/watch?v=8eKl7PFYzFo,
https://www.peekvids.com/watch?v=I0NO77NnBSo, https://www.peekvids.com/watch?v=BjBiqUQGJI8, https://www.peekvids.com/watch?v=XUwwSeyjGnQ,
https://www.peekvids.com/watch?v=rmU3lueD3uH, https://www.peekvids.com/watch?v=fCN5rspliSF, https://www.peekvids.com/watch?v=pASqCDD2-H6,
https://www.peekvids.com/watch?v=NmYLA2rj-FK, https://www.peekvids.com/watch?v=p20j3QLafeh, https://www.peekvids.com/watch?v=3gD4zwCoVW-,
https://www.peekvids.com/watch?v=IbQrE-Wd8Mc, https://www.peekvids.com/watch?v=7Jn5UZdVeNH, https://www.peekvids.com/watch?v=aHow3DUjnCu,
https://www.peekvids.com/watch?v=90MKzOewiAB, https://www.peekvids.com/watch?v=9q53BSK0usT, https://www.peekvids.com/watch?v=8Rs4w7qvaMU,
https://www.peekvids.com/watch?v=UcTPt-wqjIy, https://www.peekvids.com/watch?v=xmMSByXEFsX, https://www.peekvids.com/watch?v=GISoZkJ0RoG,
https://www.peekvids.com/watch?v=FImohvxAvDB, https://www.peekvids.com/watch?v=eNCJ9LIH9ti, https://www.peekvids.com/watch?v=GKNDtJZtFzx,
https://www.peekvids.com/watch?v=2W8JYUZt9KH, https://www.peekvids.com/watch?v=g0rNz356fwW, https://www.peekvids.com/watch?v=7QyuVOUtzBW,
https://www.peekvids.com/watch?v=h5jNjSIt3l9, https://www.peekvids.com/watch?v=8T8zzUuXdjW, https://www.peekvids.com/watch?v=WRRPjYYgkxT,
https://www.peekvids.com/watch?v=Pxbtiva8iAr, https://www.peekvids.com/watch?v=kpLZLesxxQw, https://www.peekvids.com/watch?v=GX7xdOrK72m,
https://www.peekvids.com/watch?v=yXo6GJfYWCF, https://www.peekvids.com/watch?v=DODCytyzYec, https://www.peekvids.com/watch?v=BXab5lTa95o,
https://www.peekvids.com/watch?v=XtpZuwpcoar, https://www.peekvids.com/watch?v=QlQuaQveWsS, https://www.peekvids.com/watch?v=KdLPsDksiL5,
https://www.peekvids.com/watch?v=oLVFlOfg8yn, https://www.peekvids.com/watch?v=0Hn2Ckq8e9F, https://www.peekvids.com/watch?v=mrAGWiOv2-P,
https://www.peekvids.com/watch?v=OQK3adBcLHR, https://www.peekvids.com/watch?v=tnj8zsfSP5h, https://www.peekvids.com/watch?v=KTqcBRcYC4H,
https://www.peekvids.com/watch?v=EHlJuqI4yvj, https://www.peekvids.com/watch?v=YF-nZxHdxjd, https://www.peekvids.com/watch?v=2SlmwU5mvPH,
https://www.peekvids.com/watch?v=JEoYThDYeF2, https://www.peekvids.com/watch?v=f6prfdKe5kM, https://www.peekvids.com/watch?v=rcLCixetn2r,
https://www.peekvids.com/watch?v=uLSSbEjUjQS, https://www.peekvids.com/watch?v=rdZvBFVWE4C, https://www.peekvids.com/watch?v=WEuBmoDwxmg,
https://www.peekvids.com/watch?v=d67IhkCcwPh, https://www.peekvids.com/watch?v=pdSsFRwbskl, https://www.peekvids.com/watch?v=OQSvXCVcR-4,
https://www.peekvids.com/watch?v=mVTiL32S3gE, https://www.peekvids.com/watch?v=HjJLzUm4juz, https://www.peekvids.com/watch?v=0a0BoSe6aUZ,
https://www.peekvids.com/watch?v=Hfo5VwUAKv0, https://www.peekvids.com/watch?v=MyVGayi7kbD, https://www.peekvids.com/watch?v=GL74av-aS-L,
https://www.peekvids.com/watch?v=yDF6l6QNRB7, https://www.peekvids.com/watch?v=iJpwpmidzsP, https://www.peekvids.com/watch?v=MABZrtaB3wU,
https://www.peekvids.com/watch?v=wkY9o7MZKHW, https://www.peekvids.com/watch?v=FzUqHLXnxJR, https://www.peekvids.com/watch?v=ODzbapxZAzP,
https://www.peekvids.com/watch?v=OrxmsXefT9q, https://www.peekvids.com/watch?v=BUzQINF-vax, https://www.peekvids.com/watch?v=kwUz8JmCrDn,
https://www.peekvids.com/watch?v=TwGuttcTYbr, https://www.peekvids.com/watch?v=YhKe05PI20d, https://www.peekvids.com/watch?v=f9oToCG6oK8,
https://www.peekvids.com/watch?v=tYn44t4trV8, https://www.peekvids.com/watch?v=fumPL-tB7lc, https://www.peekvids.com/watch?v=8ArdZWaiqga,
https://www.peekvids.com/watch?v=8I-HipB2U3z, https://www.peekvids.com/watch?v=oj4jbx0PKtu, https://www.peekvids.com/watch?v=AmWIzrp9G46,
https://www.peekvids.com/watch?v=lujptD4kFcH, https://www.peekvids.com/watch?v=KRwfZ6jABBA, https://www.peekvids.com/watch?v=pHpdoRaSIZQ,
https://www.peekvids.com/watch?v=KE0JYOedIr7, https://www.peekvids.com/watch?v=bekaLmBXMKx, https://www.peekvids.com/watch?v=HkUcywglQQK,
https://www.peekvids.com/watch?v=Rzauqt0Py6z, https://www.peekvids.com/watch?v=Tp6FWpMSJvY, https://www.peekvids.com/watch?v=9rjV2EWjO4A,
https://www.peekvids.com/watch?v=8YMY925NTM0, https://www.peekvids.com/watch?v=Yo8nPu7-Lf7, https://www.peekvids.com/watch?v=KgcHXkNs3Sl,
https://www.peekvids.com/watch?v=iiJlc5q50oh, https://www.peekvids.com/watch?v=tDt3xXko9GG, https://www.peekvids.com/watch?v=bYwrUoMkztx,
https://www.peekvids.com/watch?v=Fa5bTmF8TtR, https://www.peekvids.com/watch?v=uNgCYO6gki6, https://www.peekvids.com/watch?v=HVT8lOrxkKq,
https://www.peekvids.com/watch?v=FCZVNpFeju3, https://www.peekvids.com/watch?v=fNnO0KPGllz, https://www.peekvids.com/watch?v=tuK3bPWoUZz,
https://www.peekvids.com/watch?v=CLwj8iADzhO, https://www.peekvids.com/watch?v=LN6vdL4SozC, https://www.peekvids.com/watch?v=vbMzdP2SVLG,
https://www.peekvids.com/watch?v=QRU0rHIpk8L, https://www.peekvids.com/watch?v=fFWRlfS9eA8, https://www.peekvids.com/watch?v=XoEb-NWHlJP,
https://www.peekvids.com/watch?v=hiU6QQCHOL0, https://www.peekvids.com/watch?v=6DkErV2utn-, https://www.peekvids.com/watch?v=Z2jykCRdrBx,
https://www.peekvids.com/watch?v=xRbK66zTV7l, https://www.peekvids.com/watch?v=5VyYbasipAA, https://www.peekvids.com/watch?v=vma44Ug-y46,
https://www.peekvids.com/watch?v=TU9Sqf47EN-, https://www.peekvids.com/watch?v=FpZWjoNxbFq, https://www.peekvids.com/watch?v=H4vJDT8p8K-,
https://www.peekvids.com/watch?v=ssFbm9TZv0w, https://www.peekvids.com/watch?v=3mwn40fbzdT, https://www.peekvids.com/watch?v=vX-HsAD2TES,
https://www.peekvids.com/watch?v=uAjfWXdCscE, https://www.peekvids.com/watch?v=Dc-iimu4a47, https://www.peekvids.com/watch?v=A8Q50p29XCi,
https://www.peekvids.com/watch?v=6pxvwsdiZEM, https://www.peekvids.com/watch?v=bjSMiGIQkjx, https://www.peekvids.com/watch?v=baLmF5k7h-S,
https://www.peekvids.com/watch?v=QvYZbBfgOVP, https://www.peekvids.com/watch?v=IpgdrmPgP-I, https://www.peekvids.com/watch?v=PjjL0sZP6Jx,
https://www.peekvids.com/watch?v=Rc6xqujrLJZ, https://www.peekvids.com/watch?v=MZz-e4hb4jn, https://www.peekvids.com/watch?v=UeqZBj6oyjO,
https://www.peekvids.com/watch?v=Yixjaf7dZ5-, https://www.peekvids.com/watch?v=Dqj0s0MZdmG, https://www.peekvids.com/watch?v=0097km5YHOJ,
https://www.peekvids.com/watch?v=TsD-ZvC8hox, https://www.peekvids.com/watch?v=tcMhYewSzAU, https://www.peekvids.com/watch?v=JBu6EixirYw,
https://www.peekvids.com/watch?v=nUI3T3hVXMe, https://www.peekvids.com/watch?v=3rXD5f5MlUd, https://www.peekvids.com/watch?v=On5HfFnk3s4,
https://www.peekvids.com/watch?v=QUPRJ3xG8J7, https://www.peekvids.com/watch?v=OXGMUWD3OW-, https://www.peekvids.com/watch?v=O405uilCy9p,
https://www.peekvids.com/watch?v=hUeckfUGhYF, https://www.peekvids.com/watch?v=f-R6S-GTAa7, https://www.peekvids.com/watch?v=pR4jJhAT3Lz,
https://www.peekvids.com/watch?v=BanRz0cTKEw, https://www.peekvids.com/watch?v=TLFlKmUPbO8, https://www.peekvids.com/watch?v=Z8eFyozxcMs,
https://www.peekvids.com/watch?v=RVRuJllDzf9, https://www.peekvids.com/watch?v=ln2fZZx8wcB, https://www.peekvids.com/watch?v=E8VHptFmxNe,
https://www.peekvids.com/watch?v=PKsdSxqtQw6, https://www.peekvids.com/watch?v=gk-AjuL6YEb, https://www.peekvids.com/watch?v=iObkHTsGBrd,
https://www.peekvids.com/watch?v=mj6g3HCouPm, https://www.peekvids.com/watch?v=RdG5QYEbiHx, https://www.peekvids.com/watch?v=4TB2PkmCS8C,
https://www.peekvids.com/watch?v=hjYo2Ejg6cN, https://www.peekvids.com/watch?v=MJsHFxima5u, https://www.peekvids.com/watch?v=hm2sFUR9wmn,
https://www.peekvids.com/watch?v=cRGOZJIVcja, https://www.peekvids.com/watch?v=fbhNEAjy5ty, https://www.peekvids.com/watch?v=OgHoAcWTYHA,
https://www.peekvids.com/watch?v=XDvJBvW6lr7, https://www.peekvids.com/watch?v=8MrbVDOeXrw, https://www.peekvids.com/watch?v=NiMh6UzrE-d,
https://www.peekvids.com/watch?v=cplu9SO-xCE, https://www.peekvids.com/watch?v=dWTTz5tKzHj, https://www.peekvids.com/watch?v=VX0h-Tn2iGS,
https://www.peekvids.com/watch?v=Kn57LpftFsH, https://www.peekvids.com/watch?v=OQ5AvDgnWJT, https://www.peekvids.com/watch?v=zUDW5VrkmQ2,
https://www.peekvids.com/watch?v=u4kL9yCuqWh, https://www.peekvids.com/watch?v=O4-SUEzx4Qi, https://www.peekvids.com/watch?v=zW8GNBczezd,
https://www.peekvids.com/watch?v=57qgzOIUC-T, https://www.peekvids.com/watch?v=y8uzgFkLAcs, https://www.peekvids.com/watch?v=Kc9jKHMEVHP
5.f. Date of third notice: 2015-05-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: herodot
5.b. Uploader's email address: heraherruher@mail.ru
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=herodot
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=b6wZ4hjERVh, https://www.peekvids.com/watch?v=iswyJGc52QK,
https://www.peekvids.com/watch?v=znP40gjOhpx, https://www.peekvids.com/watch?v=Fx73g0qDOmp, https://www.peekvids.com/watch?v=SqLf0qhMpLw,
https://www.peekvids.com/watch?v=eHmwztxkHJZ, https://www.peekvids.com/watch?v=k1CuOEuzBH5, https://www.peekvids.com/watch?v=753pXxOjPXG,
https://www.peekvids.com/watch?v=TA5vVdP64Jc, https://www.peekvids.com/watch?v=iUcTc4_8cUL, https://www.peekvids.com/watch?v=sQdKrySDP85,
https://www.peekvids.com/watch?v=jD5rTCpq8au, https://www.peekvids.com/watch?v=HmQ4HRxRtmW, https://www.peekvids.com/watch?v=RJvs2-l3qho,
https://www.peekvids.com/watch?v=FSLgdYmWK68, https://www.peekvids.com/watch?v=pPi-A0OizCW, https://www.peekvids.com/watch?v=3ASImgtqj9h,
https://www.peekvids.com/watch?v=bgQixsUWbL6, https://www.peekvids.com/watch?v=5iNxyDf_0AP, https://www.peekvids.com/watch?v=SsAyL3UWjxi,
https://www.peekvids.com/watch?v=8BC6kmtifZX, https://www.peekvids.com/watch?v=sDaKzSPMV8h, https://www.peekvids.com/watch?v=7AWfOHBMBKi,
https://www.peekvids.com/watch?v=2m_rbPNwrB8, https://www.peekvids.com/watch?v=kIIyR6Cr2Zc, https://www.peekvids.com/watch?v=AZuswW9NT59,
https://www.peekvids.com/watch?v=ilrW4j0D7Fp, https://www.peekvids.com/watch?v=gqRCJgFSUFk, https://www.peekvids.com/watch?v=gOUsoalgGhL,
https://www.peekvids.com/watch?v=eJeyqAWE8y8, https://www.peekvids.com/watch?v=WcnTs9T0WoY, https://www.peekvids.com/watch?v=svZ50Df2z9W,
https://www.peekvids.com/watch?v=pYBT4rh1ex0, https://www.peekvids.com/watch?v=VZRSeukr0Bo, https://www.peekvids.com/watch?v=q_PawUF8xDI,
https://www.peekvids.com/watch?v=bl89BAizCpw, https://www.peekvids.com/watch?v=Ty72pGDmGAt, https://www.peekvids.com/watch?v=Z7u79-GSigp,
https://www.peekvids.com/watch?v=BUsBdxZTFaz, https://www.peekvids.com/watch?v=WtxGCC0eYEX, https://www.peekvids.com/watch?v=azLb37Lif2k,
https://www.peekvids.com/watch?v=wz1G4XTiWoo, https://www.peekvids.com/watch?v=440yFXg1I9z, https://www.peekvids.com/watch?v=hBBJBA35Fmv,
https://www.peekvids.com/watch?v=JS4SKNCC-SW, https://www.peekvids.com/watch?v=ZDLc88qb1du, https://www.peekvids.com/watch?v=zx8jxclQBEq,
https://www.peekvids.com/watch?v=bVlZMMMmqvM, https://www.peekvids.com/watch?v=5bPd4JT2Bym, https://www.peekvids.com/watch?v=8LRWIbLNEwa,
https://www.peekvids.com/watch?v=kyw0Dx9nVX5, https://www.peekvids.com/watch?v=kjOB2LsjORW, https://www.peekvids.com/watch?v=dQ4u1Gq1k-9,
https://www.peekvids.com/watch?v=JlLK2gRikpr, https://www.peekvids.com/watch?v=yuNIojs9rbU, https://www.peekvids.com/watch?v=EvIcMBaRYb2,
https://www.peekvids.com/watch?v=boCzx5gYQKP, https://www.peekvids.com/watch?v=Ye4FvBdi3hT
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heynowhey
5.b. Uploader's email address: neybarry754@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=heynowhey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=hGhufnw8rZ9, https://www.peekvids.com/watch?v=9s5GGprs2y0,
https://www.peekvids.com/watch?v=PVYqnNZICnO, https://www.peekvids.com/watch?v=OfzOBjyV9wY, https://www.peekvids.com/watch?v=Hq5KDxtZcps,
https://www.peekvids.com/watch?v=SH559lRg8SV, https://www.peekvids.com/watch?v=cDItntOBsxc, https://www.peekvids.com/watch?v=OU3ShoViNMV,
https://www.peekvids.com/watch?v=YXyqfNd9GPC, https://www.peekvids.com/watch?v=oCTUwRVAHcm, https://www.peekvids.com/watch?v=i-UAlMfKxrG,
https://www.peekvids.com/watch?v=09r0fN2J8K2, https://www.peekvids.com/watch?v=fetxL4WqCxJ, https://www.peekvids.com/watch?v=S9EYCbgYqy2,
https://www.peekvids.com/watch?v=vAFgY4S6xqH, https://www.peekvids.com/watch?v=oFK2Jb6zkK2, https://www.peekvids.com/watch?v=UwyrgvuYIxG,
https://www.peekvids.com/watch?v=R4Q2Cp3Coda, https://www.peekvids.com/watch?v=Abd9YFgIJqG, https://www.peekvids.com/watch?v=zPOjLSjV-9g,
https://www.peekvids.com/watch?v=Qoc5d87Ta9o, https://www.peekvids.com/watch?v=BZ4VLgw80y6, https://www.peekvids.com/watch?v=2-l0sylZOf4,
https://www.peekvids.com/watch?v=fVFe-tTTeVx, https://www.peekvids.com/watch?v=rolRra4Uw00, https://www.peekvids.com/watch?v=XswGENvCNgm,
https://www.peekvids.com/watch?v=HajelV-yC9g, https://www.peekvids.com/watch?v=aKnlr0Ddc5-, https://www.peekvids.com/watch?v=lMVPQU5SWag,
https://www.peekvids.com/watch?v=7KJbqHw7qbm, https://www.peekvids.com/watch?v=hzj53ahJhvo, https://www.peekvids.com/watch?v=oOvMFpfjGEv,
https://www.peekvids.com/watch?v=IpRqGVwfcUw, https://www.peekvids.com/watch?v=pr6bgKnHs3R, https://www.peekvids.com/watch?v=dl7k5YaCJJB,
https://www.peekvids.com/watch?v=WgRjvQ79Jv9, https://www.peekvids.com/watch?v=YMPkJo5PjOu, https://www.peekvids.com/watch?v=nF0pG-W7FMO,
https://www.peekvids.com/watch?v=RVrMVnQWGK7, https://www.peekvids.com/watch?v=t-zWp5y92JM, https://www.peekvids.com/watch?v=GVQqH9rGxUa,
https://www.peekvids.com/watch?v=tUPSqp-n78h, https://www.peekvids.com/watch?v=7dal09De2ic, https://www.peekvids.com/watch?v=y70sOqQR6xX,
https://www.peekvids.com/watch?v=DrmGgRxzZMp, https://www.peekvids.com/watch?v=b4o4v-C4vNg, https://www.peekvids.com/watch?v=xbYnOtuhjcx,
https://www.peekvids.com/watch?v=YzeUPn2Uxbg, https://www.peekvids.com/watch?v=7ykVwpj-BVj, https://www.peekvids.com/watch?v=D3N8EjgYx8l,
https://www.peekvids.com/watch?v=fLPExHYIKhd, https://www.peekvids.com/watch?v=XQtMbgysB4R, https://www.peekvids.com/watch?v=KANB5kha9HM,
https://www.peekvids.com/watch?v=fGuEJGZFndk, https://www.peekvids.com/watch?v=SzqbeUdn-Dd, https://www.peekvids.com/watch?v=7PlgFeBbt2Z,
https://www.peekvids.com/watch?v=Qc8C24XZvZZ, https://www.peekvids.com/watch?v=cz2wn65dlip, https://www.peekvids.com/watch?v=notaCf2Eq95,
https://www.peekvids.com/watch?v=fHPrNZkgvvX, https://www.peekvids.com/watch?v=lugt0w6YFnp, https://www.peekvids.com/watch?v=wImGGZMoev8,
https://www.peekvids.com/watch?v=OMJeAx49sSK, https://www.peekvids.com/watch?v=EiWkKEV9EgH, https://www.peekvids.com/watch?v=pO9xzSTdT0H,
https://www.peekvids.com/watch?v=iNWvQyx2dnh, https://www.peekvids.com/watch?v=GPo-qWHJ8RT, https://www.peekvids.com/watch?v=zQUoANyNwxY,
https://www.peekvids.com/watch?v=GQUIUdEX2Yp, https://www.peekvids.com/watch?v=UqXwVrpWCw5, https://www.peekvids.com/watch?v=Czy9wAXtn6C,
https://www.peekvids.com/watch?v=roafHNHSL8v, https://www.peekvids.com/watch?v=ekrimS60Wbe, https://www.peekvids.com/watch?v=uRREKmOV2Kx,
https://www.peekvids.com/watch?v=MjkB6hPWQQt, https://www.peekvids.com/watch?v=iKpox6pGJfJ, https://www.peekvids.com/watch?v=wCp39sTOsuU,
https://www.peekvids.com/watch?v=KuYjeL4P7y5, https://www.peekvids.com/watch?v=U73g4xBHmyJ, https://www.peekvids.com/watch?v=mRTJIIlCnpM,
https://www.peekvids.com/watch?v=meAFNSaLu6N, https://www.peekvids.com/watch?v=PRHzySWr5LW, https://www.peekvids.com/watch?v=Ynxtlo6j6lg,
https://www.peekvids.com/watch?v=FLhq2C8TMpg, https://www.peekvids.com/watch?v=iNCK4GIb3z5, https://www.peekvids.com/watch?v=u2kLk9gpAIG,
https://www.peekvids.com/watch?v=sg5lSIF3ec7, https://www.peekvids.com/watch?v=THTrAeAYLen, https://www.peekvids.com/watch?v=sUlPeANsi6R,
https://www.peekvids.com/watch?v=lL6X3vWYCQ9, https://www.peekvids.com/watch?v=hjY-3bNNhGr, https://www.peekvids.com/watch?v=sJEODE9nu94,
https://www.peekvids.com/watch?v=SCRWhVcy6oj, https://www.peekvids.com/watch?v=CxGDDRAbYSc, https://www.peekvids.com/watch?v=RuIb-JmsZZF,
https://www.peekvids.com/watch?v=bsrhkE6tUhQ, https://www.peekvids.com/watch?v=kUviMo3FNI5, https://www.peekvids.com/watch?v=SQT8iGkCpRJ,
https://www.peekvids.com/watch?v=dKqbn4IQQng, https://www.peekvids.com/watch?v=kf8WSeTwb6k, https://www.peekvids.com/watch?v=kQJ97DmGLRs,
https://www.peekvids.com/watch?v=GMGMO4dPRxF, https://www.peekvids.com/watch?v=it3EpQCkamC, https://www.peekvids.com/watch?v=z0CKi64dVGM,
https://www.peekvids.com/watch?v=PxoakUTbNr5, https://www.peekvids.com/watch?v=oJ9u0REyPvA, https://www.peekvids.com/watch?v=8I8ZCLvTCBY,
https://www.peekvids.com/watch?v=nRhbA8ZOCMv, https://www.peekvids.com/watch?v=I0V-9Qjma4I, https://www.peekvids.com/watch?v=DBK2cZavIze,
https://www.peekvids.com/watch?v=XxRYk9Un2Co, https://www.peekvids.com/watch?v=NWwdPw3I07A, https://www.peekvids.com/watch?v=889g6jcLeQc,

https://www.peekvids.com/watch?v=fsuNJGJiGve, https://www.peekvids.com/watch?v=CwGMdGSwRMc, https://www.peekvids.com/watch?v=NhjpZC04AYq,
https://www.peekvids.com/watch?v=BCaRV55Rnmx, https://www.peekvids.com/watch?v=PImKH0REZiK, https://www.peekvids.com/watch?v=gFvA9oiB2e8,
https://www.peekvids.com/watch?v=jWt7haVhLW4, https://www.peekvids.com/watch?v=6Z249a09Oei, https://www.peekvids.com/watch?v=6zvdbqdrfF7,
https://www.peekvids.com/watch?v=lNVFc-kEKH9, https://www.peekvids.com/watch?v=dtbythaH0fJ, https://www.peekvids.com/watch?v=AiRaRj3IEoa,
https://www.peekvids.com/watch?v=NSgvk7n5GZb, https://www.peekvids.com/watch?v=cRTUeANVqju, https://www.peekvids.com/watch?v=JDdRDFImQNU,
https://www.peekvids.com/watch?v=iX0ifT-xQcH, https://www.peekvids.com/watch?v=RoJcqAsV7lE, https://www.peekvids.com/watch?v=NxHz56lUIyH,
https://www.peekvids.com/watch?v=Sirms8mM-Bx, https://www.peekvids.com/watch?v=9TILBuvPMnf, https://www.peekvids.com/watch?v=5JqNAe3Tc5s,
https://www.peekvids.com/watch?v=sYbz7rxxcjz, https://www.peekvids.com/watch?v=-KfRgSQudR-, https://www.peekvids.com/watch?v=i7Lv-jf7yVD,
https://www.peekvids.com/watch?v=kDEJgxRNqls, https://www.peekvids.com/watch?v=VybG7YPXPDA, https://www.peekvids.com/watch?v=dZrZL4Wk0Mv,
https://www.peekvids.com/watch?v=WLPM9PDNm4D, https://www.peekvids.com/watch?v=-FB2XuWUgeB, https://www.peekvids.com/watch?v=bTB96j8Ds9v,
https://www.peekvids.com/watch?v=q4Gacy0dsPX, https://www.peekvids.com/watch?v=mo-ksuGbSvI, https://www.peekvids.com/watch?v=Beiv5tGD307,
https://www.peekvids.com/watch?v=PAoG3nJhk55, https://www.peekvids.com/watch?v=nGMAv6sGL-3, https://www.peekvids.com/watch?v=NOX0Y99aNVx,
https://www.peekvids.com/watch?v=6Q-eJdPaesq, https://www.peekvids.com/watch?v=3ZJD-3saiYd, https://www.peekvids.com/watch?v=LpV8q3viVLn,
https://www.peekvids.com/watch?v=IDFipMz3fH5, https://www.peekvids.com/watch?v=cIq-M6J5DsN, https://www.peekvids.com/watch?v=cAWt5wh2xH4,
https://www.peekvids.com/watch?v=xBzGKrv8Mys, https://www.peekvids.com/watch?v=RWHaeCusNqF, https://www.peekvids.com/watch?v=MmOnt4vBe95,
https://www.peekvids.com/watch?v=fCgUcJHMuqe, https://www.peekvids.com/watch?v=pjFe2U5KR0j, https://www.peekvids.com/watch?v=cBFYhqeM7x8,
https://www.peekvids.com/watch?v=Qpai7crVX8P, https://www.peekvids.com/watch?v=2TMMnZY3Ejo, https://www.peekvids.com/watch?v=hs3GFRzgfKW,
https://www.peekvids.com/watch?v=s8AjcyBSw4f, https://www.peekvids.com/watch?v=ktEOStcdRC5, https://www.peekvids.com/watch?v=xGwPVj9GTi8,
https://www.peekvids.com/watch?v=p2jmstpQU9d, https://www.peekvids.com/watch?v=KHJVOZmVDdn, https://www.peekvids.com/watch?v=8mREKAcmQfH,
https://www.peekvids.com/watch?v=K3HiyfzAnNl, https://www.peekvids.com/watch?v=Il3IUncYq2R, https://www.peekvids.com/watch?v=tHIjtTCyQki,
https://www.peekvids.com/watch?v=UC4lIJJqDEW, https://www.peekvids.com/watch?v=IvExB0cppsF, https://www.peekvids.com/watch?v=IRD8kVpgn6p,
https://www.peekvids.com/watch?v=SGQCJzFgVAX, https://www.peekvids.com/watch?v=TAtZ3C9OSnl, https://www.peekvids.com/watch?v=o5AZfUF-SV9,
https://www.peekvids.com/watch?v=5Tyak04Dwqb, https://www.peekvids.com/watch?v=7BmYqjuTyB7, https://www.peekvids.com/watch?v=lXupf9-8tFy,
https://www.peekvids.com/watch?v=JCZ3p6R0cS0, https://www.peekvids.com/watch?v=IKJHaaZmRnf, https://www.peekvids.com/watch?v=PzO8AmqAzXp,
https://www.peekvids.com/watch?v=Na--5YIehAS, https://www.peekvids.com/watch?v=Avi66R4mAFF, https://www.peekvids.com/watch?v=jJ4UU6iRzwP,
https://www.peekvids.com/watch?v=phEhcjW7SF0, https://www.peekvids.com/watch?v=aYdviFygBAA, https://www.peekvids.com/watch?v=Qm3hnVSc3wL,
https://www.peekvids.com/watch?v=L3Y-Em50Tob, https://www.peekvids.com/watch?v=eEEd4SHD8hl, https://www.peekvids.com/watch?v=PZ-nu5G5bv2,
https://www.peekvids.com/watch?v=B4SKGyMLNpz, https://www.peekvids.com/watch?v=iWwyC0n2LI9, https://www.peekvids.com/watch?v=F6znOLt6HJS,
https://www.peekvids.com/watch?v=krnqb37SHXW, https://www.peekvids.com/watch?v=02oBrNgz2mD, https://www.peekvids.com/watch?v=R0IBzDZM0kY,
https://www.peekvids.com/watch?v=4dUYGWyMSJV, https://www.peekvids.com/watch?v=kIMC0jDkU8J, https://www.peekvids.com/watch?v=iU64iPB88zy,
https://www.peekvids.com/watch?v=F57DTZRpgqz, https://www.peekvids.com/watch?v=Qnwgr52kdg6, https://www.peekvids.com/watch?v=KTwipOUiFq4,
https://www.peekvids.com/watch?v=rcQ7ZYlv-sH, https://www.peekvids.com/watch?v=tTONBtEjq8n, https://www.peekvids.com/watch?v=eEnRmO9p0Jh,
https://www.peekvids.com/watch?v=zwtCPo8dscz, https://www.peekvids.com/watch?v=B0Lh-YKppBw, https://www.peekvids.com/watch?v=tAKEDeMUZj2,
https://www.peekvids.com/watch?v=9FYPH4EXccl, https://www.peekvids.com/watch?v=mR8otBnzoQp, https://www.peekvids.com/watch?v=PbVGez6zgFE,
https://www.peekvids.com/watch?v=NVaPY0Xn6RA, https://www.peekvids.com/watch?v=OsKdmFOzdfz, https://www.peekvids.com/watch?v=olCkb-BNNPs,
https://www.peekvids.com/watch?v=I4774wX49RR, https://www.peekvids.com/watch?v=pHLFhfgjspy, https://www.peekvids.com/watch?v=pqsIvi7dGFh,
https://www.peekvids.com/watch?v=Vgg4eZlh4ZN, https://www.peekvids.com/watch?v=Rrx0dkFr4wA, https://www.peekvids.com/watch?v=H9fFyv8mL9P,
https://www.peekvids.com/watch?v=2VkKuMpvINH, https://www.peekvids.com/watch?v=DNCZGtWqPab, https://www.peekvids.com/watch?v=PsLBsLkR7Y7,
https://www.peekvids.com/watch?v=tAp83djFTAs, https://www.peekvids.com/watch?v=z0ow7h4n2YA, https://www.peekvids.com/watch?v=mP4EWUy--o2,
https://www.peekvids.com/watch?v=JWYDhX2WowV, https://www.peekvids.com/watch?v=UpW4cbTnISw, https://www.peekvids.com/watch?v=py5BueZSBWR,
https://www.peekvids.com/watch?v=e9Vi2ilp4vb, https://www.peekvids.com/watch?v=WTGKOkoNFdX, https://www.peekvids.com/watch?v=FR7CVaWl0t2,
https://www.peekvids.com/watch?v=wAuEEWaByox, https://www.peekvids.com/watch?v=ubZcj0fnQ5f, https://www.peekvids.com/watch?v=bkoHMptvpeb,
https://www.peekvids.com/watch?v=b7cinrVL7A6, https://www.peekvids.com/watch?v=x5FKS7HlVim, https://www.peekvids.com/watch?v=Nzc3SwV2vcq,
https://www.peekvids.com/watch?v=qwvJPGoHvoQ, https://www.peekvids.com/watch?v=icO0-UZyFe7, https://www.peekvids.com/watch?v=W2NwGEdESLV,
https://www.peekvids.com/watch?v=Edj-MMTZoPX, https://www.peekvids.com/watch?v=3CXgKgZkaw7, https://www.peekvids.com/watch?v=w5l--OXeLzS,
https://www.peekvids.com/watch?v=aIM05eUlx3k, https://www.peekvids.com/watch?v=A8xQ4MDyIfV, https://www.peekvids.com/watch?v=JY5G8ZIOXPo,
https://www.peekvids.com/watch?v=-djnI9AvFTu, https://www.peekvids.com/watch?v=MNpXSSTLyDA, https://www.peekvids.com/watch?v=qQlTJopx0dF,
https://www.peekvids.com/watch?v=rzDl9fCH-cJ, https://www.peekvids.com/watch?v=sz6w-EIGaLa, https://www.peekvids.com/watch?v=7JMpHC4ZrNC,
https://www.peekvids.com/watch?v=qBlx2hiQJ8H, https://www.peekvids.com/watch?v=CExmooWBxFV, https://www.peekvids.com/watch?v=NFjui7wtxCm,
https://www.peekvids.com/watch?v=vHElaWTwE5o, https://www.peekvids.com/watch?v=gPV3UB4c8Fd, https://www.peekvids.com/watch?v=EldidHzrU8m,
https://www.peekvids.com/watch?v=7tYU4fmzznH, https://www.peekvids.com/watch?v=GGVnSd6cRUt, https://www.peekvids.com/watch?v=b3YDYFNdphR,
https://www.peekvids.com/watch?v=gW2Gb3uLc2N, https://www.peekvids.com/watch?v=OSD6c5kQIkR, https://www.peekvids.com/watch?v=nbREO2Ki4Cv,
https://www.peekvids.com/watch?v=K2soSG30t8L, https://www.peekvids.com/watch?v=34dZ3a6HSJ3, https://www.peekvids.com/watch?v=U4vcZYL8R-G,
https://www.peekvids.com/watch?v=7p3tXrGyGmB, https://www.peekvids.com/watch?v=CCr0ajoI8lD, https://www.peekvids.com/watch?v=vScnGwKq0UD,
https://www.peekvids.com/watch?v=EcYZYmug2dH, https://www.peekvids.com/watch?v=75Zs7olcPnf, https://www.peekvids.com/watch?v=5RLLzKTrnXm,
https://www.peekvids.com/watch?v=lT5oejyku5I, https://www.peekvids.com/watch?v=NJ5f-C2Anne, https://www.peekvids.com/watch?v=YNYTjzGj4AO,
https://www.peekvids.com/watch?v=aRd2BhT0W9m, https://www.peekvids.com/watch?v=Dbh3uAYQz-q, https://www.peekvids.com/watch?v=2UMs98vnT8l,
https://www.peekvids.com/watch?v=n7AKvOCn9Qo, https://www.peekvids.com/watch?v=Fxb7l5Kbrhr, https://www.peekvids.com/watch?v=ijIBW9aXo2B,
https://www.peekvids.com/watch?v=jy2MWzmmthr, https://www.peekvids.com/watch?v=Qh2i7sIJGeY, https://www.peekvids.com/watch?v=GBF0Euq3O0P,
https://www.peekvids.com/watch?v=ZFWNDb6zYgi, https://www.peekvids.com/watch?v=wTqaoYBffdl, https://www.peekvids.com/watch?v=lJWI0d95HhJ,
https://www.peekvids.com/watch?v=6a-hV-fQZaw, https://www.peekvids.com/watch?v=odPRZGRXF0O, https://www.peekvids.com/watch?v=kC3q5W3ErI6,
https://www.peekvids.com/watch?v=ptzZHD47QnU, https://www.peekvids.com/watch?v=0-RurvWWBJs, https://www.peekvids.com/watch?v=AgWUeIdm7J5,
https://www.peekvids.com/watch?v=mW890skJ5-4, https://www.peekvids.com/watch?v=OflPINr7kCl, https://www.peekvids.com/watch?v=IhYRnUhjcZm,
https://www.peekvids.com/watch?v=jUaqIKIPkWS, https://www.peekvids.com/watch?v=2cKBLd8kcxS, https://www.peekvids.com/watch?v=Fw8qoNCAHTo,
https://www.peekvids.com/watch?v=uqcZSQxC3ER, https://www.peekvids.com/watch?v=ie3VageVKJy, https://www.peekvids.com/watch?v=xC0Fwym-2lk,
https://www.peekvids.com/watch?v=kQCM9We54JB, https://www.peekvids.com/watch?v=zfNc7Vu5qDb, https://www.peekvids.com/watch?v=DKnU5aaJZBk,
https://www.peekvids.com/watch?v=JUdps5jYxsn, https://www.peekvids.com/watch?v=eBytqn50HPw, https://www.peekvids.com/watch?v=WaEgww0k0PK,
https://www.peekvids.com/watch?v=Yi9t7HqjZ3s, https://www.peekvids.com/watch?v=vYfXHJiyQNQ, https://www.peekvids.com/watch?v=W5xyxNLpRp7,
https://www.peekvids.com/watch?v=rY83HXOEEix, https://www.peekvids.com/watch?v=aFsJGuHZ8EU, https://www.peekvids.com/watch?v=LJlU3UQ3-q3,
https://www.peekvids.com/watch?v=cjYPfjh7joK, https://www.peekvids.com/watch?v=cFdGGocZ9oD, https://www.peekvids.com/watch?v=SOuH2RNANPa,
https://www.peekvids.com/watch?v=sUePq3iSbRu, https://www.peekvids.com/watch?v=OmxftRKcxrZ, https://www.peekvids.com/watch?v=WWOsepbg6Yr,
https://www.peekvids.com/watch?v=vjf4E3ZDKFe, https://www.peekvids.com/watch?v=69vF777Lf59, https://www.peekvids.com/watch?v=hCluDRGDUKY,
https://www.peekvids.com/watch?v=oUqZDPuwnvY, https://www.peekvids.com/watch?v=tsSLGzBKkJ0, https://www.peekvids.com/watch?v=Pu-eql5Qoho,
https://www.peekvids.com/watch?v=kPblfW7BcDV, https://www.peekvids.com/watch?v=qZ6N4UxsSnv, https://www.peekvids.com/watch?v=S5LCeWFGSmI,
https://www.peekvids.com/watch?v=X0sRLy6KN2g, https://www.peekvids.com/watch?v=mhsQfmFlqB4, https://www.peekvids.com/watch?v=IiaSeyKsvD0,
https://www.peekvids.com/watch?v=VLQZxJB6MK9, https://www.peekvids.com/watch?v=zyCw5l4bDqg, https://www.peekvids.com/watch?v=wi8bU27yO3a,
https://www.peekvids.com/watch?v=co9hwyfCC5n, https://www.peekvids.com/watch?v=3IDUNj-BUUY, https://www.peekvids.com/watch?v=sQkAN9zYZgG,
https://www.peekvids.com/watch?v=l0Glne3EhTv, https://www.peekvids.com/watch?v=AYwooQdL4sh, https://www.peekvids.com/watch?v=lmGmIPvxh50,
https://www.peekvids.com/watch?v=tnAxUTTKURg, https://www.peekvids.com/watch?v=L8QJLAnXuQr, https://www.peekvids.com/watch?v=2YXNZSyHFX5,
https://www.peekvids.com/watch?v=PJpKJJ64Q3k, https://www.peekvids.com/watch?v=H0f5g4pHYNl, https://www.peekvids.com/watch?v=6c6Wu7nH0eA,
https://www.peekvids.com/watch?v=XCYH3A2j6JP, https://www.peekvids.com/watch?v=bq5saZidqyo, https://www.peekvids.com/watch?v=X0xkFZw95PH,
https://www.peekvids.com/watch?v=lJNqhAmuwTZ, https://www.peekvids.com/watch?v=KfB9lAxkfp2, https://www.peekvids.com/watch?v=6AcVpk5Pho2,
https://www.peekvids.com/watch?v=jXvkgmjq-qL, https://www.peekvids.com/watch?v=LZVkl9TJKMl, https://www.peekvids.com/watch?v=o3xrqEyEAub,
https://www.peekvids.com/watch?v=fU3C3C0oGQ8, https://www.peekvids.com/watch?v=7UFiIfr4xtZ, https://www.peekvids.com/watch?v=a7InLNYmaKq,
https://www.peekvids.com/watch?v=-KEc26zi0tZ, https://www.peekvids.com/watch?v=mTcixeFeZqo, https://www.peekvids.com/watch?v=QenbZhFhabN,
https://www.peekvids.com/watch?v=VgmjTwF480H, https://www.peekvids.com/watch?v=UJTqaEEIsXQ, https://www.peekvids.com/watch?v=c-Zsp9Wq4Bv,
https://www.peekvids.com/watch?v=TS75PJwwTm7, https://www.peekvids.com/watch?v=5WfG3nTJPl-, https://www.peekvids.com/watch?v=ThzDqDRqcGn
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heyteymoora
5.b. Uploader's email address: giuikitanakihari@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=heyteymoora
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=s2Q5EZMFcxX, https://www.peekvids.com/watch?v=pV4yAvJAPUE,
https://www.peekvids.com/watch?v=2vSXH6cx_hN, https://www.peekvids.com/watch?v=Ba_2nh3DIiw, https://www.peekvids.com/watch?v=f1-jORAdf7m,
https://www.peekvids.com/watch?v=bFj1rinyYdl, https://www.peekvids.com/watch?v=SciULQ0jqA9, https://www.peekvids.com/watch?v=KiJmEvr9QgC,
https://www.peekvids.com/watch?v=ZHPats2pTML, https://www.peekvids.com/watch?v=OrRdvy5KhHj, https://www.peekvids.com/watch?v=S6J25cKU057,
https://www.peekvids.com/watch?v=pnvhEEzVF0z, https://www.peekvids.com/watch?v=WwwL5Ic8Z9y, https://www.peekvids.com/watch?v=7LbpG1Ppwga,
https://www.peekvids.com/watch?v=mHCEsu1X4CG, https://www.peekvids.com/watch?v=tJfCDEo2TXV, https://www.peekvids.com/watch?v=7_bnN5xv_1Y,
https://www.peekvids.com/watch?v=8AOIYwBLUJa, https://www.peekvids.com/watch?v=vxW55C83KFy, https://www.peekvids.com/watch?v=eBot38fLrfZ,
https://www.peekvids.com/watch?v=ACGV67QCYcV, https://www.peekvids.com/watch?v=hl1wJYbR0vU, https://www.peekvids.com/watch?v=NWr49U3QAWQ,
https://www.peekvids.com/watch?v=ZDCFEiDAM7K, https://www.peekvids.com/watch?v=D0MuRZCZo7M, https://www.peekvids.com/watch?v=mvMh3_8Fvjh,
https://www.peekvids.com/watch?v=zjtIU6sLqKO, https://www.peekvids.com/watch?v=ys5KtBbFHd0, https://www.peekvids.com/watch?v=TjBw_fFxai8,
https://www.peekvids.com/watch?v=VkM_QnzbelR, https://www.peekvids.com/watch?v=mnwkK07eCNY, https://www.peekvids.com/watch?v=RHg9zOq262d,
https://www.peekvids.com/watch?v=K3bwrUMlyyo, https://www.peekvids.com/watch?v=wYsBhrTEmQL, https://www.peekvids.com/watch?v=ZWpxWZgzDkQ,
https://www.peekvids.com/watch?v=LWp9-biQoeO, https://www.peekvids.com/watch?v=8XoTmLwhG3j, https://www.peekvids.com/watch?v=mpEMk_khgbX,
https://www.peekvids.com/watch?v=alM0-9nhq1h, https://www.peekvids.com/watch?v=nFxKhlM5_eb, https://www.peekvids.com/watch?v=2sR7eRf2XmX,
https://www.peekvids.com/watch?v=pCN_B5vliy8, https://www.peekvids.com/watch?v=l4pyKvYQXwN, https://www.peekvids.com/watch?v=Ib66XuVjDVY,
https://www.peekvids.com/watch?v=mB-xJxwgCBY, https://www.peekvids.com/watch?v=kprgVbp7ZzV, https://www.peekvids.com/watch?v=JS7j2pJ3Pel,
https://www.peekvids.com/watch?v=2_TPP9hZ444, https://www.peekvids.com/watch?v=IPRprc8isrg, https://www.peekvids.com/watch?v=EpgacCAtv3l,
https://www.peekvids.com/watch?v=FMt9JtM9SVb, https://www.peekvids.com/watch?v=Y1HclNarsPm, https://www.peekvids.com/watch?v=jSRxhohnZD0,
https://www.peekvids.com/watch?v=mzh9SYnG9qn, https://www.peekvids.com/watch?v=ld2GUXHmgI6, https://www.peekvids.com/watch?v=ECoGHr3Z3li,
https://www.peekvids.com/watch?v=G7R0bM0ifbY, https://www.peekvids.com/watch?v=JfvBAgvuIbB, https://www.peekvids.com/watch?v=o--kZaPAYjH,
https://www.peekvids.com/watch?v=czxNVhkoQ-S, https://www.peekvids.com/watch?v=NbdvVMlSgaG, https://www.peekvids.com/watch?v=0RS5JYvVwPd,
https://www.peekvids.com/watch?v=AGLcyTtfDv3, https://www.peekvids.com/watch?v=4E6AGeO4H0W
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: holokosten
5.b. Uploader's email address: germanyitspowerd@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=holokosten
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=J_CA8Prt9de, https://www.peekvids.com/watch?v=6Nq5fKOmrB9,
https://www.peekvids.com/watch?v=TcaZRwqr1FA, https://www.peekvids.com/watch?v=arnyJUkapH3, https://www.peekvids.com/watch?v=EXezbMMhCAt,
https://www.peekvids.com/watch?v=PWW3YjLQZEZ, https://www.peekvids.com/watch?v=uWPF8pkgwXn, https://www.peekvids.com/watch?v=UUozUWC3_GX,
https://www.peekvids.com/watch?v=aYnuIjCrIlY, https://www.peekvids.com/watch?v=F0pJiGKFJPF, https://www.peekvids.com/watch?v=J_P4adbSbIO,
https://www.peekvids.com/watch?v=toLgAnh5HdI, https://www.peekvids.com/watch?v=3SlyLBrKj22, https://www.peekvids.com/watch?v=lMKo_pjdejz,
https://www.peekvids.com/watch?v=tuXia6Jmog2, https://www.peekvids.com/watch?v=0g0nBPkv1Xh, https://www.peekvids.com/watch?v=7nRLaorF1_s,
https://www.peekvids.com/watch?v=0n1sowfw9Q5, https://www.peekvids.com/watch?v=eWK15CaRy2O, https://www.peekvids.com/watch?v=3MT5fqyay4m,
https://www.peekvids.com/watch?v=i6sKLSDyxX3, https://www.peekvids.com/watch?v=WeQVRQHGlZ4, https://www.peekvids.com/watch?v=tob5j99QdkX,
https://www.peekvids.com/watch?v=naM5-IY95hg, https://www.peekvids.com/watch?v=wQaexd1RpUR, https://www.peekvids.com/watch?v=o0NdIjVXbOW,
https://www.peekvids.com/watch?v=9anRjBm8bNc, https://www.peekvids.com/watch?v=RPOsxLAeAXx, https://www.peekvids.com/watch?v=akvRWiOcS99,
https://www.peekvids.com/watch?v=QxKUmZ3kmNh, https://www.peekvids.com/watch?v=al-Clihk27g, https://www.peekvids.com/watch?v=sF8dzSpyOpy,
https://www.peekvids.com/watch?v=FVw0flpuTsl, https://www.peekvids.com/watch?v=oAFZCciLe06, https://www.peekvids.com/watch?v=XGpHeMfhpfs,
https://www.peekvids.com/watch?v=D6wXFHIimxk, https://www.peekvids.com/watch?v=i00V89HXzve, https://www.peekvids.com/watch?v=tqFI35N_at3,
https://www.peekvids.com/watch?v=8obg8eiC9vE, https://www.peekvids.com/watch?v=3lVW-uyBisr, https://www.peekvids.com/watch?v=eKylQWU17DR,
https://www.peekvids.com/watch?v=Nq8Wo4FdfYI, https://www.peekvids.com/watch?v=UjW6yQf9HiQ, https://www.peekvids.com/watch?v=jv98n2W05JL,

https://www.peekvids.com/watch?v=SpD-pDRBDWX, https://www.peekvids.com/watch?v=of6X9xn7Oje, https://www.peekvids.com/watch?v=zKMNy_Luksc,
https://www.peekvids.com/watch?v=W6Zktx8UteN, https://www.peekvids.com/watch?v=iHnzxCbRy8F, https://www.peekvids.com/watch?v=2NaguD8fW1I,
https://www.peekvids.com/watch?v=EIBwh3oa7X5, https://www.peekvids.com/watch?v=dDBcJLPUmWD, https://www.peekvids.com/watch?v=0-K6wWAGlUx,
https://www.peekvids.com/watch?v=wYd4b701bYd, https://www.peekvids.com/watch?v=0CUyG51k8mt, https://www.peekvids.com/watch?v=IW_0IZuOqNJ,
https://www.peekvids.com/watch?v=CJKAy9vbUJQ, https://www.peekvids.com/watch?v=E4mSN_RnzWL, https://www.peekvids.com/watch?v=Cu3K7beJQAz,
https://www.peekvids.com/watch?v=xFcHkjYMv87, https://www.peekvids.com/watch?v=3R6gHJZIVsk, https://www.peekvids.com/watch?v=0IZlIA85mLN,
https://www.peekvids.com/watch?v=Ia-trVlemTQ, https://www.peekvids.com/watch?v=hdjuIQIfA3H, https://www.peekvids.com/watch?v=qAGTyg2UlYo,
https://www.peekvids.com/watch?v=iJRQDG4pJrI, https://www.peekvids.com/watch?v=kGbhwP7pS4y, https://www.peekvids.com/watch?v=GJilCbvHdgM,
https://www.peekvids.com/watch?v=99Ukl9lrAuq, https://www.peekvids.com/watch?v=z9V--WWcfx9, https://www.peekvids.com/watch?v=PmzrJWOq-Tp,
https://www.peekvids.com/watch?v=YFlox8MwsYn
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hondacrv
5.b. Uploader's email address: mikymike1988@yahoo.ca
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=hondacrv
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wW7GSgCS0D9, https://www.peekvids.com/watch?v=ntcQA5Xm26e,
https://www.peekvids.com/watch?v=QtYSDjjjd4X, https://www.peekvids.com/watch?v=ZoJGoJrofV-, https://www.peekvids.com/watch?v=s8ya0uGtGPa,
https://www.peekvids.com/watch?v=f5gD7favp2E, https://www.peekvids.com/watch?v=cCPik4coH6T, https://www.peekvids.com/watch?v=zOVCSXBKZJn,
https://www.peekvids.com/watch?v=woJeinpyBoo, https://www.peekvids.com/watch?v=j5jp8YkRyoy, https://www.peekvids.com/watch?v=GLwkaPSJDNz,
https://www.peekvids.com/watch?v=FB4lUUKkEmg, https://www.peekvids.com/watch?v=SHoCFCXzEOG, https://www.peekvids.com/watch?v=mXzOtlKDCz7,
https://www.peekvids.com/watch?v=4YYU8pL2LIH, https://www.peekvids.com/watch?v=8OVv89NUs8K, https://www.peekvids.com/watch?v=c6LU8GkKv-f,
https://www.peekvids.com/watch?v=UUQdQlmEWig, https://www.peekvids.com/watch?v=sCMXG9le507, https://www.peekvids.com/watch?v=VtR5mPfuo3H,
https://www.peekvids.com/watch?v=Ylr9ncQswEd, https://www.peekvids.com/watch?v=ukAP6SbUEM5, https://www.peekvids.com/watch?v=IoVeYMtxZp4,
https://www.peekvids.com/watch?v=BteMfUWN03b, https://www.peekvids.com/watch?v=CRyo-lZKFLr, https://www.peekvids.com/watch?v=hQrBGYKgbOg,
https://www.peekvids.com/watch?v=r4BXTVsVESG, https://www.peekvids.com/watch?v=JkPUKyTzHrg, https://www.peekvids.com/watch?v=f9uMSIIHPFo,
https://www.peekvids.com/watch?v=JGde3oNcRD6, https://www.peekvids.com/watch?v=rwSvzyWnlrX, https://www.peekvids.com/watch?v=q7d3UPbHkuQ,
https://www.peekvids.com/watch?v=usBuKfMQJAe, https://www.peekvids.com/watch?v=yJXYI3Tvetg, https://www.peekvids.com/watch?v=u8EtOAWHR0C,
https://www.peekvids.com/watch?v=sM93cpMNz2q, https://www.peekvids.com/watch?v=CpGGBG-OMPw, https://www.peekvids.com/watch?v=JkmEHoxOS8S,
https://www.peekvids.com/watch?v=SKxm25ugURa, https://www.peekvids.com/watch?v=vVyqiatJKry, https://www.peekvids.com/watch?v=XpoW3lbgejS,
https://www.peekvids.com/watch?v=KaycS4IHNmk, https://www.peekvids.com/watch?v=CgNzb9ZMMvG, https://www.peekvids.com/watch?v=ZRazFpCr6RT,
https://www.peekvids.com/watch?v=8x9NzmnAeNE, https://www.peekvids.com/watch?v=772UaRXFBdO, https://www.peekvids.com/watch?v=E-QLjsyBbQP,
https://www.peekvids.com/watch?v=Zh0G9MQOLN-, https://www.peekvids.com/watch?v=yPoCirMDyWV, https://www.peekvids.com/watch?v=-E-YDBGeU4t,
https://www.peekvids.com/watch?v=pe42G-7JrBr, https://www.peekvids.com/watch?v=eL8-LPw24ya, https://www.peekvids.com/watch?v=S8-qnuTGvkv,
https://www.peekvids.com/watch?v=7iRsgmNfDQa, https://www.peekvids.com/watch?v=DKp38TjxOz2, https://www.peekvids.com/watch?v=rdvQpp3g2gc,
https://www.peekvids.com/watch?v=tXZiFSV6Yfq, https://www.peekvids.com/watch?v=UgT-YUtWScU, https://www.peekvids.com/watch?v=Q2R5tdRC5FY,
https://www.peekvids.com/watch?v=OdupEVAMSk0, https://www.peekvids.com/watch?v=OR2D8Io3mG3, https://www.peekvids.com/watch?v=R5bwBQASON6,
https://www.peekvids.com/watch?v=T-MagED8vze, https://www.peekvids.com/watch?v=T8iRmy3n4dN, https://www.peekvids.com/watch?v=5LYtS9ArtWe,
https://www.peekvids.com/watch?v=BnS7XAetVsn, https://www.peekvids.com/watch?v=u8BHn0-Cfrf, https://www.peekvids.com/watch?v=ut4bvrETDal,
https://www.peekvids.com/watch?v=f5yYtt0agJH, https://www.peekvids.com/watch?v=AQ8u7qzT2tI, https://www.peekvids.com/watch?v=9nrVSTRKYq5,
https://www.peekvids.com/watch?v=rpbuY2Jij-I, https://www.peekvids.com/watch?v=YAreDbZkfFw, https://www.peekvids.com/watch?v=DG9hipVesGy,
https://www.peekvids.com/watch?v=OL-UXK3H2De, https://www.peekvids.com/watch?v=zvNNilnHROA, https://www.peekvids.com/watch?v=cIYOeXo89mu,
https://www.peekvids.com/watch?v=ypg7nKtycDY, https://www.peekvids.com/watch?v=hYSDj6dM7y6, https://www.peekvids.com/watch?v=7uT4uapdvPC,
https://www.peekvids.com/watch?v=ApTQzFpFPUi, https://www.peekvids.com/watch?v=WywttPVY5-J, https://www.peekvids.com/watch?v=-NG0aJr9qVE,
https://www.peekvids.com/watch?v=djhsWVSNcSi, https://www.peekvids.com/watch?v=xl6iVfN9m4c, https://www.peekvids.com/watch?v=ubdXZDsE-wg,
https://www.peekvids.com/watch?v=MT7YM03JFO6, https://www.peekvids.com/watch?v=-ac-SXml5ZS, https://www.peekvids.com/watch?v=v7T8yLQF3ne,
https://www.peekvids.com/watch?v=8ZTjdkoQO6I, https://www.peekvids.com/watch?v=xFLDfJ5boNa, https://www.peekvids.com/watch?v=xCteiu2XZXw,
https://www.peekvids.com/watch?v=Z0yde5oYhKF, https://www.peekvids.com/watch?v=I22GQJk7VnY, https://www.peekvids.com/watch?v=s7THbGjQTDG,
https://www.peekvids.com/watch?v=P-493kfnwHY, https://www.peekvids.com/watch?v=NiONMcHtwoz, https://www.peekvids.com/watch?v=l0YolUJAb7S,
https://www.peekvids.com/watch?v=exOTzgrW-v0, https://www.peekvids.com/watch?v=jMTqlFqg7ZI, https://www.peekvids.com/watch?v=b4GwaevJ2WQ,
https://www.peekvids.com/watch?v=3qwLk3vH8aE, https://www.peekvids.com/watch?v=5jyRPwnp6mG, https://www.peekvids.com/watch?v=pSzjVVVPJuE,
https://www.peekvids.com/watch?v=WgZGvi5WQEe, https://www.peekvids.com/watch?v=xcVadaH2IZe, https://www.peekvids.com/watch?v=8BRdlGKu3W8,
https://www.peekvids.com/watch?v=3aKGT65Oz-b, https://www.peekvids.com/watch?v=-VLsrMGlFJC, https://www.peekvids.com/watch?v=NbM5mIBrjbZ,
https://www.peekvids.com/watch?v=UYxyWAyIrD6, https://www.peekvids.com/watch?v=HefgpOM3h49, https://www.peekvids.com/watch?v=yT-LZBmJsHA,
https://www.peekvids.com/watch?v=UTm5qw5aDf2, https://www.peekvids.com/watch?v=YX2UghgjqbN, https://www.peekvids.com/watch?v=ddQvkFRtBL9,
https://www.peekvids.com/watch?v=qt5R0-YWZAv, https://www.peekvids.com/watch?v=R5ldFFoS8lb, https://www.peekvids.com/watch?v=58h0v2xtw6C,
https://www.peekvids.com/watch?v=rgSCQjPNmGA, https://www.peekvids.com/watch?v=uuOqbkx8YsH, https://www.peekvids.com/watch?v=sudc5Dd0ldM,
https://www.peekvids.com/watch?v=ioeAMzSIGbE, https://www.peekvids.com/watch?v=NRAkOB5aPIc, https://www.peekvids.com/watch?v=AWjqrUWdpRi,
https://www.peekvids.com/watch?v=O8FGE42lr5g, https://www.peekvids.com/watch?v=Ewcjd0Yg70i, https://www.peekvids.com/watch?v=DOc2FlyJVTo,
https://www.peekvids.com/watch?v=PgR7IiHx2xA, https://www.peekvids.com/watch?v=Bv9AjF4eX5B, https://www.peekvids.com/watch?v=2Tx76DznQFN,
https://www.peekvids.com/watch?v=5QyN7Gn8nVh, https://www.peekvids.com/watch?v=xrxQuAMJL74, https://www.peekvids.com/watch?v=FbGR6bbyzva,
https://www.peekvids.com/watch?v=tzbW8zoSPyX, https://www.peekvids.com/watch?v=uo3j0ODASTi, https://www.peekvids.com/watch?v=KSTuQJVJwVE,
https://www.peekvids.com/watch?v=PYFAlm6RRGe, https://www.peekvids.com/watch?v=zCSvtyIaB7C, https://www.peekvids.com/watch?v=2U9hdqoWS56,
https://www.peekvids.com/watch?v=xHi59s6TvAV
5.f. Date of third notice: 2015-05-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: honhidu
5.b. Uploader's email address: johnjohnny@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=honhidu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=NsOt_Z0n_bF, https://www.peekvids.com/watch?v=s4DsXilzJYz,
https://www.peekvids.com/watch?v=oUPiKRg9wpa, https://www.peekvids.com/watch?v=sSO66o7ZfEb, https://www.peekvids.com/watch?v=kQnto62SJS6,
https://www.peekvids.com/watch?v=VuTAc25OxzK, https://www.peekvids.com/watch?v=mm2Z3IAjuSZ, https://www.peekvids.com/watch?v=8uwZL3bk-EL,
https://www.peekvids.com/watch?v=JlqT0RhBQVx, https://www.peekvids.com/watch?v=O-hNKXdByzZ, https://www.peekvids.com/watch?v=eSkNEWkOg3j,
https://www.peekvids.com/watch?v=sxuT9ea9Mym, https://www.peekvids.com/watch?v=usGGDwM-mLs, https://www.peekvids.com/watch?v=IaIXZMriHIS,
https://www.peekvids.com/watch?v=S00kb80w09o, https://www.peekvids.com/watch?v=pCL1EbpBOBC, https://www.peekvids.com/watch?v=fIOFaBEhiXO,
https://www.peekvids.com/watch?v=fg_5a0KfATt, https://www.peekvids.com/watch?v=aX4so4tn4uU, https://www.peekvids.com/watch?v=oyIiLcFvMVk,
https://www.peekvids.com/watch?v=kJuaHukBFEU, https://www.peekvids.com/watch?v=yy0qEEUCn9S, https://www.peekvids.com/watch?v=4YAcu5wijNa,
https://www.peekvids.com/watch?v=hE70WNB4Zaa, https://www.peekvids.com/watch?v=6joiIdmDXRH, https://www.peekvids.com/watch?v=nKtQJtNi2Ko,
https://www.peekvids.com/watch?v=TQIIEBPVMwE, https://www.peekvids.com/watch?v=kaZILdKSfBb, https://www.peekvids.com/watch?v=FnCgbSwaZQY,
https://www.peekvids.com/watch?v=duDTSJQY5j6, https://www.peekvids.com/watch?v=KjUsdWo7xeb, https://www.peekvids.com/watch?v=W1geUJwmtTc,
https://www.peekvids.com/watch?v=oDrS8zgP9cC, https://www.peekvids.com/watch?v=MUkVofsktRQ, https://www.peekvids.com/watch?v=GWrYzc2aZsH,
https://www.peekvids.com/watch?v=cpvXbrogqCy, https://www.peekvids.com/watch?v=N95p0iXGSDL, https://www.peekvids.com/watch?v=bNciOBoj_xP,
https://www.peekvids.com/watch?v=8TzlB40f4zc, https://www.peekvids.com/watch?v=HqXZbz5HCgv, https://www.peekvids.com/watch?v=PDXGiGD5oIV,
https://www.peekvids.com/watch?v=y3V35YkKU1L, https://www.peekvids.com/watch?v=F0YaL4tybKk, https://www.peekvids.com/watch?v=XADd6-MQt6B,
https://www.peekvids.com/watch?v=dZlBK8ebS9v, https://www.peekvids.com/watch?v=vtisQ2gKAdT, https://www.peekvids.com/watch?v=evqSZLX_RcU,
https://www.peekvids.com/watch?v=41bkkij0ej8, https://www.peekvids.com/watch?v=iLJRALSQTG6, https://www.peekvids.com/watch?v=4EO5DzBybAb,
https://www.peekvids.com/watch?v=T1a1x-YwnjE, https://www.peekvids.com/watch?v=eRcQT-zEN5t, https://www.peekvids.com/watch?v=2VyL9Hp-j57,
https://www.peekvids.com/watch?v=YPKxB2GqW7P, https://www.peekvids.com/watch?v=heUzF6kwITi, https://www.peekvids.com/watch?v=HXFR0iNmSo8,
https://www.peekvids.com/watch?v=wZ3oSzBfGcP, https://www.peekvids.com/watch?v=DpexDZajM7F, https://www.peekvids.com/watch?v=H0d14gtYRq6,
https://www.peekvids.com/watch?v=yKQO-Saopr6, https://www.peekvids.com/watch?v=5txqYQlN3pc, https://www.peekvids.com/watch?v=ifr-4manv35,
https://www.peekvids.com/watch?v=OdDpWbqU-IZ, https://www.peekvids.com/watch?v=SXHVvxaZJsN, https://www.peekvids.com/watch?v=2bKC4ckx2cj,
https://www.peekvids.com/watch?v=SUQyhTalnEs, https://www.peekvids.com/watch?v=A0rj1pU4YXW, https://www.peekvids.com/watch?v=8p8fjOBYvck,
https://www.peekvids.com/watch?v=yv3ffFk4TGR, https://www.peekvids.com/watch?v=cUxADb8Op6e, https://www.peekvids.com/watch?v=sa1eZ12vjdq,
https://www.peekvids.com/watch?v=RJVcZ64gblQ, https://www.peekvids.com/watch?v=GeyVCAuahJa, https://www.peekvids.com/watch?v=as7rppOBSc4,
https://www.peekvids.com/watch?v=miSlGy8l6Dy, https://www.peekvids.com/watch?v=e8BkYnqKywD, https://www.peekvids.com/watch?v=qO9gttWuQTz,
https://www.peekvids.com/watch?v=SXQgfEIUCIa, https://www.peekvids.com/watch?v=LBVD2r9-ntW, https://www.peekvids.com/watch?v=Y7u_L-IPVUz,
https://www.peekvids.com/watch?v=m6r4C3Ov0Mj, https://www.peekvids.com/watch?v=WLwwJ0E0Il2, https://www.peekvids.com/watch?v=pK-4ibOC5H6,
https://www.peekvids.com/watch?v=bM6l8HkBwTo, https://www.peekvids.com/watch?v=oUtHPSVJ9qH, https://www.peekvids.com/watch?v=xTS3QTpsc0C,
https://www.peekvids.com/watch?v=Mn-fbDTvw0s, https://www.peekvids.com/watch?v=lOUEi3i30Jg, https://www.peekvids.com/watch?v=0ciV-rk6PjM,
https://www.peekvids.com/watch?v=JEXMLBWV26T, https://www.peekvids.com/watch?v=kr47SVdoS9B, https://www.peekvids.com/watch?v=XaJw7jwepoA,
https://www.peekvids.com/watch?v=rnSXVrmJ8VB, https://www.peekvids.com/watch?v=4Q1xE2Jx-Vh, https://www.peekvids.com/watch?v=6KqkHaM-2lu,
https://www.peekvids.com/watch?v=TXbnBweEBeE, https://www.peekvids.com/watch?v=2Ws7uilyK5M, https://www.peekvids.com/watch?v=sEct5pwiDg7,
https://www.peekvids.com/watch?v=2OIqX0n4Db6, https://www.peekvids.com/watch?v=VEOKlKuVFNE, https://www.peekvids.com/watch?v=qeyr6Csvnvz,
https://www.peekvids.com/watch?v=ckRZ4zlKt29, https://www.peekvids.com/watch?v=ccF1W-lqlH4, https://www.peekvids.com/watch?v=vA73mb5nQhC,
https://www.peekvids.com/watch?v=BJUNnRfnMZn, https://www.peekvids.com/watch?v=r75RTpIOwbN, https://www.peekvids.com/watch?v=0RG0aDxqykC,
https://www.peekvids.com/watch?v=cKE-ieAY1dv, https://www.peekvids.com/watch?v=x7SmfcUGwBq, https://www.peekvids.com/watch?v=G68TMix78gD,
https://www.peekvids.com/watch?v=2yc5T83Nz_H, https://www.peekvids.com/watch?v=l1fFLGkDDYu, https://www.peekvids.com/watch?v=4Q62oLAEv6M,
https://www.peekvids.com/watch?v=qaRklwOmgqY, https://www.peekvids.com/watch?v=T-q2AWShCkc, https://www.peekvids.com/watch?v=veX9uXCQGql,
https://www.peekvids.com/watch?v=Re9hQIHp5oJ, https://www.peekvids.com/watch?v=q2aZQH5NFNR, https://www.peekvids.com/watch?v=4khhgON0BHs,
https://www.peekvids.com/watch?v=Le-s95PXrfO, https://www.peekvids.com/watch?v=uOi7dtAM-Kd, https://www.peekvids.com/watch?v=OFLSz19an1R,
https://www.peekvids.com/watch?v=XorD59lKe0m, https://www.peekvids.com/watch?v=C7cXqNRF7lD, https://www.peekvids.com/watch?v=YoefRZ4D_NR,
https://www.peekvids.com/watch?v=qvWHGv3DcEN, https://www.peekvids.com/watch?v=b7aBHsVW4zW, https://www.peekvids.com/watch?v=VvaBYdTyZox,
https://www.peekvids.com/watch?v=KaWuMPWxaGt, https://www.peekvids.com/watch?v=A4SWLCn_0ch, https://www.peekvids.com/watch?v=Jv17zh1uSaa,
https://www.peekvids.com/watch?v=6kBaV4928br, https://www.peekvids.com/watch?v=Ehl88jm4ZOz, https://www.peekvids.com/watch?v=KyNw1tybFbE,
https://www.peekvids.com/watch?v=Z3f2oG_VvbL, https://www.peekvids.com/watch?v=lnYgHZKiLtp, https://www.peekvids.com/watch?v=Wf92oqsfDY0,
https://www.peekvids.com/watch?v=qH01Q-pRSYM, https://www.peekvids.com/watch?v=p5TS3EIUrL2, https://www.peekvids.com/watch?v=RdiKM8Yn2qX,
https://www.peekvids.com/watch?v=IRjlyf-rAik, https://www.peekvids.com/watch?v=JuiDVHNtwi4, https://www.peekvids.com/watch?v=4OJaDuIuiO2,
https://www.peekvids.com/watch?v=bXRFLR4Yspy, https://www.peekvids.com/watch?v=HQwe0cfle_R, https://www.peekvids.com/watch?v=l8JjsXdyA2T,
https://www.peekvids.com/watch?v=e-yJ6e0lfLJ, https://www.peekvids.com/watch?v=AoJ87prHdKv
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: horonuto
5.b. Uploader's email address: kolumbroov@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=horonuto
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=OnqWHX_ARmM, https://www.peekvids.com/watch?v=sRtjQrmiqKF,
https://www.peekvids.com/watch?v=09ckeTTTZfr, https://www.peekvids.com/watch?v=cmh11Lq3EPE, https://www.peekvids.com/watch?v=jjrxiowbf_E,
https://www.peekvids.com/watch?v=nhVoS9JjBHr, https://www.peekvids.com/watch?v=KRlzruGsDGf, https://www.peekvids.com/watch?v=jAIB38lYTvd,
https://www.peekvids.com/watch?v=8aU8ITE5aae, https://www.peekvids.com/watch?v=2pQgEak0Szj, https://www.peekvids.com/watch?v=591H0s_b64F,
https://www.peekvids.com/watch?v=pO8eSqATslG, https://www.peekvids.com/watch?v=rkSm2q-oG7c, https://www.peekvids.com/watch?v=3nM-YQkslHs,
https://www.peekvids.com/watch?v=LvhvQZ7pNtu, https://www.peekvids.com/watch?v=0evBPjPPC1y, https://www.peekvids.com/watch?v=56TZqbMLwkb,
https://www.peekvids.com/watch?v=nEp8l19Ul9V, https://www.peekvids.com/watch?v=9Rna2e6TAiu, https://www.peekvids.com/watch?v=BAd5CfBDQoc,
https://www.peekvids.com/watch?v=8ao7qACQ5yx, https://www.peekvids.com/watch?v=I2RmMe8p3u3, https://www.peekvids.com/watch?v=xJRsu5ZWRrv,
https://www.peekvids.com/watch?v=iKa3LpyGyX7, https://www.peekvids.com/watch?v=rrZUoBog4es, https://www.peekvids.com/watch?v=N_MPk1yT6H5,
https://www.peekvids.com/watch?v=onYAw8ZA7wd, https://www.peekvids.com/watch?v=rcumxyZEhUU, https://www.peekvids.com/watch?v=bb0S1XzGX2e,

https://www.peekvids.com/watch?v=LUJOlTK6i5L, https://www.peekvids.com/watch?v=fU3cqyukkmc, https://www.peekvids.com/watch?v=vaFzJJy8pQp,
https://www.peekvids.com/watch?v=IRX7mZ4ZNPQ, https://www.peekvids.com/watch?v=j4lq7tWp2uj, https://www.peekvids.com/watch?v=fDOocxwLeum,
https://www.peekvids.com/watch?v=yVuxxrQ_UBN, https://www.peekvids.com/watch?v=bgFqRvox_94, https://www.peekvids.com/watch?v=4y40mCbwB-t,
https://www.peekvids.com/watch?v=2jI6wdJTMEs, https://www.peekvids.com/watch?v=Gi4KkEAfVgb, https://www.peekvids.com/watch?v=mxk1PAIJtpL,
https://www.peekvids.com/watch?v=wWNk75gYTSl, https://www.peekvids.com/watch?v=qp9obj3yMgh, https://www.peekvids.com/watch?v=8tuFPB9UPwn,
https://www.peekvids.com/watch?v=o5iiOB17nrn, https://www.peekvids.com/watch?v=7k1jrTe9Acs, https://www.peekvids.com/watch?v=K9_XB0TlvsS,
https://www.peekvids.com/watch?v=AIOY9iFzzXq, https://www.peekvids.com/watch?v=G_fzeuqIx6F, https://www.peekvids.com/watch?v=Ujh3yS8NRDh,
https://www.peekvids.com/watch?v=JbAYZfJdsZn, https://www.peekvids.com/watch?v=Z9suBZwNNqj, https://www.peekvids.com/watch?v=R05qhi4ytJC,
https://www.peekvids.com/watch?v=WwEp13Q9Jl9, https://www.peekvids.com/watch?v=6qwCVHoM50c, https://www.peekvids.com/watch?v=Ywxw7S_Rj0b,
https://www.peekvids.com/watch?v=CG_0xlZOTyr, https://www.peekvids.com/watch?v=3cvROM48Jhl, https://www.peekvids.com/watch?v=987BO_3h3zY,
https://www.peekvids.com/watch?v=Z3aGs_p7vCs, https://www.peekvids.com/watch?v=nqt9p4vpvsX, https://www.peekvids.com/watch?v=y_n13cBXvgu,
https://www.peekvids.com/watch?v=NsU-eGarxTj, https://www.peekvids.com/watch?v=w3zb8-d3FmM, https://www.peekvids.com/watch?v=rldYlhSwn_o,
https://www.peekvids.com/watch?v=JN3IBUa2aWj, https://www.peekvids.com/watch?v=pvmbv1djquu, https://www.peekvids.com/watch?v=BviUrmdu6F7,
https://www.peekvids.com/watch?v=sHiNldr8Zvk, https://www.peekvids.com/watch?v=ebhhQxui-A8, https://www.peekvids.com/watch?v=PRyuz9NWA9U,
https://www.peekvids.com/watch?v=a8U53qec2cA, https://www.peekvids.com/watch?v=8gc8n-NNFBQ, https://www.peekvids.com/watch?v=eQYfx_D6qIa,
https://www.peekvids.com/watch?v=i2iusxV_Jmv, https://www.peekvids.com/watch?v=MM5c-QtRt7f, https://www.peekvids.com/watch?v=76ImnDaQ0Xg,
https://www.peekvids.com/watch?v=PFfiRo5nBhX, https://www.peekvids.com/watch?v=l2-9h46WYRk, https://www.peekvids.com/watch?v=TDMyCev7dny,
https://www.peekvids.com/watch?v=om0GdnUtoqt, https://www.peekvids.com/watch?v=es2wkM8Nset, https://www.peekvids.com/watch?v=sbe6r3mdqtC,
https://www.peekvids.com/watch?v=gFWnR-9FA-Y, https://www.peekvids.com/watch?v=ytmrTa0cllP, https://www.peekvids.com/watch?v=9ADo3X9N8Jd,
https://www.peekvids.com/watch?v=K6HicYgQK6Q, https://www.peekvids.com/watch?v=O_bf9uuaqMz, https://www.peekvids.com/watch?v=PMNqmic6uSe,
https://www.peekvids.com/watch?v=iyUW-nlRUsf, https://www.peekvids.com/watch?v=7AvYqNBZhs4, https://www.peekvids.com/watch?v=unnAdVMMDIV,
https://www.peekvids.com/watch?v=T4jMJwa9L8a, https://www.peekvids.com/watch?v=acOJp-0fMgE, https://www.peekvids.com/watch?v=OTR_9nw3UG2,
https://www.peekvids.com/watch?v=w49y-uIjZrR, https://www.peekvids.com/watch?v=U5SdS6zTZX0, https://www.peekvids.com/watch?v=z-Kt5vfKGGu,
https://www.peekvids.com/watch?v=n9ce-Qfw_vn, https://www.peekvids.com/watch?v=VXQcgCiFGrp, https://www.peekvids.com/watch?v=9WiU-YMDult,
https://www.peekvids.com/watch?v=K7TQRRvTEMB, https://www.peekvids.com/watch?v=27yTxgPsBeZ, https://www.peekvids.com/watch?v=sczw_gCY1nX,
https://www.peekvids.com/watch?v=3gzVejPL4tk, https://www.peekvids.com/watch?v=j8KAF3hknWx, https://www.peekvids.com/watch?v=3RWDLD6Oe9Y,
https://www.peekvids.com/watch?v=x76A7d_3-L8, https://www.peekvids.com/watch?v=gkCkfW2kZb8, https://www.peekvids.com/watch?v=GIcqpg1f3OA,
https://www.peekvids.com/watch?v=Hp-BHV6NStP, https://www.peekvids.com/watch?v=de7Yv8jzPdW, https://www.peekvids.com/watch?v=Ug6Ym8WBbzq,
https://www.peekvids.com/watch?v=8PM09CL1H8Y, https://www.peekvids.com/watch?v=y5LIS2qfDru, https://www.peekvids.com/watch?v=x8RFRB5u0wn,
https://www.peekvids.com/watch?v=SNfPS65eZE9, https://www.peekvids.com/watch?v=beAx-0Vagl4, https://www.peekvids.com/watch?v=XIOfCxum8mm,
https://www.peekvids.com/watch?v=cAk3MZsKLoB, https://www.peekvids.com/watch?v=unAyoRsdcAt, https://www.peekvids.com/watch?v=xZISOfmv4-u,
https://www.peekvids.com/watch?v=xWe4LYgg-uM, https://www.peekvids.com/watch?v=RgiJhv69o3D, https://www.peekvids.com/watch?v=YfTsa811wqv,
https://www.peekvids.com/watch?v=UJz1_zinxcn, https://www.peekvids.com/watch?v=VRj8tTPIUeb, https://www.peekvids.com/watch?v=OfT_vd3gqw7,
https://www.peekvids.com/watch?v=N2_bOxg9mLX, https://www.peekvids.com/watch?v=bK3mUwFR4XA, https://www.peekvids.com/watch?v=OqgUfL3WJ2z,
https://www.peekvids.com/watch?v=9UmaBXYS52n, https://www.peekvids.com/watch?v=iXRpht388kR, https://www.peekvids.com/watch?v=QYVM0WC6c7G,
https://www.peekvids.com/watch?v=R3vBRITtf_c, https://www.peekvids.com/watch?v=adTQZN_R-Ae, https://www.peekvids.com/watch?v=QBa1wE8VI4Q,
https://www.peekvids.com/watch?v=TUxQ0qmxLRT, https://www.peekvids.com/watch?v=lMwpJbbFByu, https://www.peekvids.com/watch?v=4lQTUGD8cHq,
https://www.peekvids.com/watch?v=YjyBdgT140T, https://www.peekvids.com/watch?v=2wS8ZDXXzhJ, https://www.peekvids.com/watch?v=JRWlPOX6ue8,
https://www.peekvids.com/watch?v=uKPZiF1jB_V, https://www.peekvids.com/watch?v=kpX1j0wiQUN, https://www.peekvids.com/watch?v=LaKPUfQpVdZ,
https://www.peekvids.com/watch?v=bsKybO8Kq9I, https://www.peekvids.com/watch?v=IT3QLdLagNG, https://www.peekvids.com/watch?v=gPVYnOsHOpV
5.f. Date of third notice: 2015-06-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hotwaxxx
5.b. Uploader's email address: spizozozozo@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=hotwaxxx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ArGKjAm3cV0, https://www.peekvids.com/watch?v=otVQ94WzWmO,
https://www.peekvids.com/watch?v=Y-pbSe-KiHw, https://www.peekvids.com/watch?v=R83__Pc95QF, https://www.peekvids.com/watch?v=OqG0983EpNs,
https://www.peekvids.com/watch?v=bmXLSdRQc6k, https://www.peekvids.com/watch?v=MhHrM2IWSk0, https://www.peekvids.com/watch?v=ugZfjaX3SVC,
https://www.peekvids.com/watch?v=OHJs1ov8HL0, https://www.peekvids.com/watch?v=rHaDsExP-ry, https://www.peekvids.com/watch?v=uahyt7OgEZ2,
https://www.peekvids.com/watch?v=MFsBvtECOxd, https://www.peekvids.com/watch?v=dFG-af3gxYr, https://www.peekvids.com/watch?v=MhKXLSK8XEw,
https://www.peekvids.com/watch?v=l5mySqjlXGq, https://www.peekvids.com/watch?v=5zy-W-cZCNg, https://www.peekvids.com/watch?v=q-1lxn6I2Qb,
https://www.peekvids.com/watch?v=zPW9TXtxPPk, https://www.peekvids.com/watch?v=RUJMbii2wjf, https://www.peekvids.com/watch?v=dtwd2lg5ulC,
https://www.peekvids.com/watch?v=UShCNsattha, https://www.peekvids.com/watch?v=HoBO_vyqJA8, https://www.peekvids.com/watch?v=ROc7xy3r9NX,
https://www.peekvids.com/watch?v=EU1bhB1i2lw, https://www.peekvids.com/watch?v=6Vp4bZGFb7W, https://www.peekvids.com/watch?v=swsAVDSwesi,
https://www.peekvids.com/watch?v=OUexKB0zRWx, https://www.peekvids.com/watch?v=4A52wgTayzc, https://www.peekvids.com/watch?v=6BA2p-pI1OZ,
https://www.peekvids.com/watch?v=5gRuOKukmPj, https://www.peekvids.com/watch?v=jaPajySC2Kh, https://www.peekvids.com/watch?v=KsGZttnFpuW,
https://www.peekvids.com/watch?v=yCCxJFl-KAy, https://www.peekvids.com/watch?v=ywuvSdCjN5H, https://www.peekvids.com/watch?v=9nGXebC6GWV,
https://www.peekvids.com/watch?v=S06VYZ8VpNC, https://www.peekvids.com/watch?v=OzmXBUm9pBO, https://www.peekvids.com/watch?v=fF91VazRfJw,
https://www.peekvids.com/watch?v=bmk5EBaxjIS, https://www.peekvids.com/watch?v=vV_K0oThPdt, https://www.peekvids.com/watch?v=sCdNQkhe_bn,
https://www.peekvids.com/watch?v=d9ia8rDKfDh, https://www.peekvids.com/watch?v=99Y955SRt5d, https://www.peekvids.com/watch?v=L0zav1etUfF,
https://www.peekvids.com/watch?v=t-hjYUhPM1g, https://www.peekvids.com/watch?v=Zf_fxkcJqxY, https://www.peekvids.com/watch?v=nG9jV8iZJzf,
https://www.peekvids.com/watch?v=4RxKU1V1Y1W, https://www.peekvids.com/watch?v=tJ9vAyFukBv, https://www.peekvids.com/watch?v=Jf-nmffjLrA,
https://www.peekvids.com/watch?v=gsLqXXVBtjs, https://www.peekvids.com/watch?v=UxkIUpub9GP, https://www.peekvids.com/watch?v=HWmox0qMloR,
https://www.peekvids.com/watch?v=gK_ATEk28Jr, https://www.peekvids.com/watch?v=k8AocZKiKs0, https://www.peekvids.com/watch?v=TF0L-Bb85dk,
https://www.peekvids.com/watch?v=TkPiZqU4UBt, https://www.peekvids.com/watch?v=prnZ2qbrwDL, https://www.peekvids.com/watch?v=UJQx9pt_rlx,
https://www.peekvids.com/watch?v=T4FHxwxFAs5, https://www.peekvids.com/watch?v=d7fV4P1Ery8, https://www.peekvids.com/watch?v=7Sktptspd1F,
https://www.peekvids.com/watch?v=Tzjv2km0Cmn, https://www.peekvids.com/watch?v=ta-9hiiMiiq, https://www.peekvids.com/watch?v=fqxWIfoWz-R,
https://www.peekvids.com/watch?v=ZAOInDiir3H, https://www.peekvids.com/watch?v=MnR3HCKkdTm, https://www.peekvids.com/watch?v=5dHTS3qB0uL,
https://www.peekvids.com/watch?v=s4s61vGI2sL, https://www.peekvids.com/watch?v=xSr4_KTacYK, https://www.peekvids.com/watch?v=DnyDwLRPOHB,
https://www.peekvids.com/watch?v=O5Cq-efCgls, https://www.peekvids.com/watch?v=31iDW9EwpKk, https://www.peekvids.com/watch?v=6VsRoeLzUXM,
https://www.peekvids.com/watch?v=gfgY_3quZXs, https://www.peekvids.com/watch?v=KWsXsd7k7xx, https://www.peekvids.com/watch?v=CzlH4Q7pQPD,
https://www.peekvids.com/watch?v=PYC7nqeS_Cp, https://www.peekvids.com/watch?v=uMlX3QQ5DFo, https://www.peekvids.com/watch?v=y12A-9vG1Gd,
https://www.peekvids.com/watch?v=dPJS5Qg2ecX, https://www.peekvids.com/watch?v=tMPny8RY2zR, https://www.peekvids.com/watch?v=mDATqZmB0ca,
https://www.peekvids.com/watch?v=2MaREf85iR9, https://www.peekvids.com/watch?v=qJ1c_Jb2vEn, https://www.peekvids.com/watch?v=6XtVpVLTRbX,
https://www.peekvids.com/watch?v=aOhtgsmmMwm, https://www.peekvids.com/watch?v=D7FDvqN7JGF, https://www.peekvids.com/watch?v=w2q6dA4sGA3,
https://www.peekvids.com/watch?v=rX-Yrg5jr5s, https://www.peekvids.com/watch?v=hrMDKDlawiR, https://www.peekvids.com/watch?v=8A8rm1gK0KN,
https://www.peekvids.com/watch?v=ZcfGCw_DnRY, https://www.peekvids.com/watch?v=LwYth7SOveE, https://www.peekvids.com/watch?v=mSW_NCd4zUG,
https://www.peekvids.com/watch?v=6Nymm7FjQii, https://www.peekvids.com/watch?v=ggZvxNCsaLi, https://www.peekvids.com/watch?v=W0WuU99XApq,
https://www.peekvids.com/watch?v=n3ZuP4OS565, https://www.peekvids.com/watch?v=fRBfixwb3D6, https://www.peekvids.com/watch?v=5gW1Dd2EbqM,
https://www.peekvids.com/watch?v=9hJg_ULD2Wf, https://www.peekvids.com/watch?v=IdhJ8tBZIzJ, https://www.peekvids.com/watch?v=Zz8HM-PMFLx,
https://www.peekvids.com/watch?v=b_lWVQKd7Vq, https://www.peekvids.com/watch?v=JVYpMx9nZPh, https://www.peekvids.com/watch?v=Sn9AC4F67Bn,
https://www.peekvids.com/watch?v=yNceuV-dvhv, https://www.peekvids.com/watch?v=mfAI427Tt-f, https://www.peekvids.com/watch?v=evf-QkFe5Uk,
https://www.peekvids.com/watch?v=Mn6I7Kt0Jhe, https://www.peekvids.com/watch?v=E7OhjZDnEkp, https://www.peekvids.com/watch?v=coz4tsoWj7p,
https://www.peekvids.com/watch?v=FLAmLU57wSH, https://www.peekvids.com/watch?v=faF0DnlE7Km, https://www.peekvids.com/watch?v=7FW-rjM4HOC,
https://www.peekvids.com/watch?v=uQqQsYABeGZ, https://www.peekvids.com/watch?v=4zzzCyqDtGv, https://www.peekvids.com/watch?v=7FcLRaM4N5N,
https://www.peekvids.com/watch?v=5Bt0lLtROSd, https://www.peekvids.com/watch?v=0-dF6p7k7KL, https://www.peekvids.com/watch?v=ZpR31L8f85I,
https://www.peekvids.com/watch?v=eCq7Zf3BTh4, https://www.peekvids.com/watch?v=dk-Gif5JGQn, https://www.peekvids.com/watch?v=KnBgztx5tXa,
https://www.peekvids.com/watch?v=OiaOZgHThKH, https://www.peekvids.com/watch?v=Mdj_ggjC6zH, https://www.peekvids.com/watch?v=Y0yKAk6mx9p,
https://www.peekvids.com/watch?v=TrpwQqUH2AA, https://www.peekvids.com/watch?v=cGB6uXbsaGF, https://www.peekvids.com/watch?v=Hv3a86cqo7X,
https://www.peekvids.com/watch?v=r4nqfeCsma3, https://www.peekvids.com/watch?v=UJXdsEohMqK, https://www.peekvids.com/watch?v=XaIJz55a4UK,
https://www.peekvids.com/watch?v=o_xIhAFs-CQ, https://www.peekvids.com/watch?v=Y35usH2MLep, https://www.peekvids.com/watch?v=8rsX6JI5XsL,
https://www.peekvids.com/watch?v=4pD4oOuQzNo, https://www.peekvids.com/watch?v=Dpy4VTM-02W, https://www.peekvids.com/watch?v=PVZMo4ro8MN,
https://www.peekvids.com/watch?v=261B8l1YRiw, https://www.peekvids.com/watch?v=isvcccKUqap, https://www.peekvids.com/watch?v=BgMuKl0gACE,
https://www.peekvids.com/watch?v=Ortf8O0Km8u, https://www.peekvids.com/watch?v=HkYaSqkAWfe, https://www.peekvids.com/watch?v=l5QzsKYBaIB,
https://www.peekvids.com/watch?v=HuIHk8mFNRn, https://www.peekvids.com/watch?v=Lj8wUeB_syz, https://www.peekvids.com/watch?v=q420D2-_OxB,
https://www.peekvids.com/watch?v=2hRaRFXmFOn, https://www.peekvids.com/watch?v=yCTQcYcMOpv, https://www.peekvids.com/watch?v=efP8snFIIey,
https://www.peekvids.com/watch?v=My56QCti0U5, https://www.peekvids.com/watch?v=9O0yhDNr18z, https://www.peekvids.com/watch?v=l3eI8v4RfAB,
https://www.peekvids.com/watch?v=lYhxnJdLMVf, https://www.peekvids.com/watch?v=qn0YY1GtxHJ, https://www.peekvids.com/watch?v=X-iMPp3keay,
https://www.peekvids.com/watch?v=ZoNH21S9mrw, https://www.peekvids.com/watch?v=N-m-uU1GYo3, https://www.peekvids.com/watch?v=DqMXJb9xCW5,
https://www.peekvids.com/watch?v=J_DGSj_NCNi, https://www.peekvids.com/watch?v=d5ML2-0VOh7, https://www.peekvids.com/watch?v=7WcdQMNZiMj,
https://www.peekvids.com/watch?v=lAt2RtTK-WS, https://www.peekvids.com/watch?v=whB5sLuRmoO, https://www.peekvids.com/watch?v=JCZL1XyAJUx,
https://www.peekvids.com/watch?v=6YRP6o3Rdm8, https://www.peekvids.com/watch?v=iqi5bJeyik5, https://www.peekvids.com/watch?v=aY1uNcuLeiQ,
https://www.peekvids.com/watch?v=5p2qV4cV0j2, https://www.peekvids.com/watch?v=hg0a6X508Bq, https://www.peekvids.com/watch?v=LYJNwrnFSkf,
https://www.peekvids.com/watch?v=YfHBY97q_JY, https://www.peekvids.com/watch?v=Uemhyvvapx9, https://www.peekvids.com/watch?v=cNl0rWIBhDK,
https://www.peekvids.com/watch?v=BoDvgalQv6G, https://www.peekvids.com/watch?v=J0KH9tf6syE, https://www.peekvids.com/watch?v=RYBAhbZIokr,
https://www.peekvids.com/watch?v=D4N6cTzhq6J, https://www.peekvids.com/watch?v=CYTDt-aWIZE, https://www.peekvids.com/watch?v=KZ-eSY1Snyq,
https://www.peekvids.com/watch?v=r24EPeIdKdI, https://www.peekvids.com/watch?v=JhRPk-deg-B, https://www.peekvids.com/watch?v=ZPecokk_SA7,
https://www.peekvids.com/watch?v=KFEqKVexmPe, https://www.peekvids.com/watch?v=Naap237B7Ye, https://www.peekvids.com/watch?v=0BsfLfo32wF,
https://www.peekvids.com/watch?v=nruzqstwLsE, https://www.peekvids.com/watch?v=z2qe3OZJZL7, https://www.peekvids.com/watch?v=WgYv8SK0r7G,
https://www.peekvids.com/watch?v=ctXqjLOc_Om, https://www.peekvids.com/watch?v=33jwGtA_G-H, https://www.peekvids.com/watch?v=aHgW2xzDdqv,
https://www.peekvids.com/watch?v=8XZOXBTRWN7, https://www.peekvids.com/watch?v=LYhlHWEnCEc, https://www.peekvids.com/watch?v=7G7rzR1xVFs,
https://www.peekvids.com/watch?v=FKJkS4jzJih, https://www.peekvids.com/watch?v=EvB6y4oVDJ0, https://www.peekvids.com/watch?v=M8TnyDI1-o9,
https://www.peekvids.com/watch?v=36_KDgxh-ur, https://www.peekvids.com/watch?v=u5zufSR1VtG, https://www.peekvids.com/watch?v=ICWxTY6J2rj,
https://www.peekvids.com/watch?v=XeVBe4o3X4C, https://www.peekvids.com/watch?v=I4Sy0V6jyrS, https://www.peekvids.com/watch?v=966g_h90NT4,
https://www.peekvids.com/watch?v=WT3V5qRpt3I, https://www.peekvids.com/watch?v=p886XHfysRe, https://www.peekvids.com/watch?v=SvpBFbqy6eb,
https://www.peekvids.com/watch?v=6UlGeOlMLwv, https://www.peekvids.com/watch?v=VEd0Yv2AX39, https://www.peekvids.com/watch?v=cBRu3baZ7q4,
https://www.peekvids.com/watch?v=KI17-A8Rlsv, https://www.peekvids.com/watch?v=VHV9RoTJMDE, https://www.peekvids.com/watch?v=zLzCfR-uBM3,
https://www.peekvids.com/watch?v=Zbi7o5fe21E, https://www.peekvids.com/watch?v=nxT6ElcHuJb, https://www.peekvids.com/watch?v=e5i-9Cb4vhE,
https://www.peekvids.com/watch?v=vGQslKIGefJ, https://www.peekvids.com/watch?v=enObwUZHpei, https://www.peekvids.com/watch?v=oUi2FQtn_-2,
https://www.peekvids.com/watch?v=NSEdo-ZjXIX, https://www.peekvids.com/watch?v=9Siq0_ZkCaz, https://www.peekvids.com/watch?v=IkAioFjXJY7,
https://www.peekvids.com/watch?v=FQgt_P52vmn, https://www.peekvids.com/watch?v=Sy1_Wd_4u72, https://www.peekvids.com/watch?v=9q4YPUdcWSe,
https://www.peekvids.com/watch?v=xjUJ9Ew8dqH, https://www.peekvids.com/watch?v=JjKUBBIaiwd, https://www.peekvids.com/watch?v=5yT278gP_HS,
https://www.peekvids.com/watch?v=do6HPqYYz5H, https://www.peekvids.com/watch?v=u_opc7eMy4J, https://www.peekvids.com/watch?v=ARa-6g0SHlJ,
https://www.peekvids.com/watch?v=0Bv5qzky_Ya, https://www.peekvids.com/watch?v=8K6K0LLQytO, https://www.peekvids.com/watch?v=YDbBRGs_IkG,
https://www.peekvids.com/watch?v=zMQpOkLSjE0, https://www.peekvids.com/watch?v=OuzRvK6BrRa, https://www.peekvids.com/watch?v=pREQ2LaSYeu,
https://www.peekvids.com/watch?v=KTqTH8D00rf, https://www.peekvids.com/watch?v=O8u52SNbGXU, https://www.peekvids.com/watch?v=DxIp6fHk9zX,
https://www.peekvids.com/watch?v=XCAobyS5ijK, https://www.peekvids.com/watch?v=IwB5IyH336r, https://www.peekvids.com/watch?v=cFR_Ell2SJp,
https://www.peekvids.com/watch?v=rX20mf983NI, https://www.peekvids.com/watch?v=q7e6B0Xb6kR, https://www.peekvids.com/watch?v=ttCnkTkpKH9,
https://www.peekvids.com/watch?v=OcBYWHh-pGz, https://www.peekvids.com/watch?v=CI-SwVLpJi0, https://www.peekvids.com/watch?v=drFwXCFsHR9,
https://www.peekvids.com/watch?v=AoexShP0_nf, https://www.peekvids.com/watch?v=C26BLfgDxa8, https://www.peekvids.com/watch?v=Z_36lfEYk3x,
https://www.peekvids.com/watch?v=wk4nEhDwsTs, https://www.peekvids.com/watch?v=i2RhCa_P2yb, https://www.peekvids.com/watch?v=QftGypD0e9w,
https://www.peekvids.com/watch?v=sVohEvlZVOH, https://www.peekvids.com/watch?v=yFOJ9Tz8fSi, https://www.peekvids.com/watch?v=adboqurLmh4,
https://www.peekvids.com/watch?v=rZuGVg3oDUi, https://www.peekvids.com/watch?v=PQe-PQjWH-h, https://www.peekvids.com/watch?v=hF26iScPpQk,
https://www.peekvids.com/watch?v=JLL8SBhPzDy, https://www.peekvids.com/watch?v=tpmP8RJ7Q0m, https://www.peekvids.com/watch?v=FF0n3EqF2Ym,
https://www.peekvids.com/watch?v=0Ul1sSPROZ8, https://www.peekvids.com/watch?v=VDA5VY170nH, https://www.peekvids.com/watch?v=XaUIXbCgamb,

https://www.peekvids.com/watch?v=Bq0KhrYaedQ, https://www.peekvids.com/watch?v=3j0gfUg1zE5, https://www.peekvids.com/watch?v=Qd9agyHbyvO,
https://www.peekvids.com/watch?v=j5hsUU6fXcy, https://www.peekvids.com/watch?v=xNTmldfDOw7, https://www.peekvids.com/watch?v=u3hHnp6kb5F,
https://www.peekvids.com/watch?v=fHCYSrFaqJt, https://www.peekvids.com/watch?v=9WKZEaazxT7, https://www.peekvids.com/watch?v=fs6T7QqCZNO,
https://www.peekvids.com/watch?v=zUpYfpL8GOY, https://www.peekvids.com/watch?v=fHEwMgbpLKo, https://www.peekvids.com/watch?v=V0cMeRtURgA,
https://www.peekvids.com/watch?v=7Ijv90i3myP, https://www.peekvids.com/watch?v=H5bukFd5jUP, https://www.peekvids.com/watch?v=KVyxUm0DXGd,
https://www.peekvids.com/watch?v=gl8GCqljbpa, https://www.peekvids.com/watch?v=AZvw0SeoL-2, https://www.peekvids.com/watch?v=FKd3MkALx9M,
https://www.peekvids.com/watch?v=RW-F7ik9lBK, https://www.peekvids.com/watch?v=NI8JtJshXCz, https://www.peekvids.com/watch?v=wnV6iNplBQc,
https://www.peekvids.com/watch?v=QimKoicREE6, https://www.peekvids.com/watch?v=q-R9pnsKyis, https://www.peekvids.com/watch?v=JZoeOhcd_KA,
https://www.peekvids.com/watch?v=XvIPSrF-c7P, https://www.peekvids.com/watch?v=a0cP2Msz96i, https://www.peekvids.com/watch?v=Xt5C_va83wQ,
https://www.peekvids.com/watch?v=5m3UtV8jXxl, https://www.peekvids.com/watch?v=6_0Za5rKSsm
5.f. Date of third notice: 2015-07-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hours24
5.b. Uploader's email address: ermigootten@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=hours24
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=rLs8YBM0fnb, https://www.peekvids.com/watch?v=wRBZfdEcIGx,
https://www.peekvids.com/watch?v=gtltqUEQuLD, https://www.peekvids.com/watch?v=GAzQV50VaAz, https://www.peekvids.com/watch?v=KFNVWUTgRdM,
https://www.peekvids.com/watch?v=23MuGs-NRur, https://www.peekvids.com/watch?v=KeyUrP8lrJc, https://www.peekvids.com/watch?v=nq8-HG64-Zo,
https://www.peekvids.com/watch?v=JEegrzlcTSN, https://www.peekvids.com/watch?v=YuJmGCcZraO, https://www.peekvids.com/watch?v=FQyUtKGZJRB,
https://www.peekvids.com/watch?v=Nk0fyd7NSx8, https://www.peekvids.com/watch?v=6mptGRIzD2v, https://www.peekvids.com/watch?v=ytcPAcvCUub,
https://www.peekvids.com/watch?v=nnv3itQcJzo, https://www.peekvids.com/watch?v=fZL0AQFBJSh, https://www.peekvids.com/watch?v=b6l4OxZSlpI,
https://www.peekvids.com/watch?v=xdwntM58H8q, https://www.peekvids.com/watch?v=9QQrNWp5Jjz, https://www.peekvids.com/watch?v=sLbxScTIQAi,
https://www.peekvids.com/watch?v=cvGzkz5mji7, https://www.peekvids.com/watch?v=X4a4sBSik8b, https://www.peekvids.com/watch?v=SwRUioXvn2n,
https://www.peekvids.com/watch?v=FWBCT6MqJzJ, https://www.peekvids.com/watch?v=2U0bpgxs4U2, https://www.peekvids.com/watch?v=ezUDXEMTiJn,
https://www.peekvids.com/watch?v=gzWqHcu7tJu, https://www.peekvids.com/watch?v=4j6fnfoCbKF, https://www.peekvids.com/watch?v=6BtX65L2IPt,
https://www.peekvids.com/watch?v=dVC2jXA6CjZ, https://www.peekvids.com/watch?v=7A722gunQpV, https://www.peekvids.com/watch?v=R7s6aHeai-I,
https://www.peekvids.com/watch?v=fKBclW0LVAl, https://www.peekvids.com/watch?v=I6HyltCGMsr, https://www.peekvids.com/watch?v=9fVWNwNDnie,
https://www.peekvids.com/watch?v=Y-0eGH0buCg, https://www.peekvids.com/watch?v=TNVL4lC5yuW, https://www.peekvids.com/watch?v=gcqWBaq8247,
https://www.peekvids.com/watch?v=ETPlfnFrkKn, https://www.peekvids.com/watch?v=arySO5acCvj, https://www.peekvids.com/watch?v=cjHMKqDLl52,
https://www.peekvids.com/watch?v=8ymon3r20Ny, https://www.peekvids.com/watch?v=yM-7mada-LN, https://www.peekvids.com/watch?v=Kz4HuEIAQ3F,
https://www.peekvids.com/watch?v=bWPkCVJW8z5, https://www.peekvids.com/watch?v=gy0BEfC-8Of, https://www.peekvids.com/watch?v=iavgDnDtIam,
https://www.peekvids.com/watch?v=LJa6jQdjzZp, https://www.peekvids.com/watch?v=SufX0hImIqT, https://www.peekvids.com/watch?v=-d4i6PzEBoR,
https://www.peekvids.com/watch?v=0RGYYA2kF4Z, https://www.peekvids.com/watch?v=dgZSX6BuYRM, https://www.peekvids.com/watch?v=Piwk97hv0MX,
https://www.peekvids.com/watch?v=Ojx3NddrOxS, https://www.peekvids.com/watch?v=uvoKOUrnkVe, https://www.peekvids.com/watch?v=HLL2NeQQNE4,
https://www.peekvids.com/watch?v=7tVm2mZ3V7F, https://www.peekvids.com/watch?v=8SNbKzhEHXr, https://www.peekvids.com/watch?v=kdUodBqGRhU,
https://www.peekvids.com/watch?v=YqgaIPdSpWc, https://www.peekvids.com/watch?v=jQOL5Lbt6aZ, https://www.peekvids.com/watch?v=7vmFv52mvXE,
https://www.peekvids.com/watch?v=vJIVA0RPlb0, https://www.peekvids.com/watch?v=KoI5zKYnRzB, https://www.peekvids.com/watch?v=4ovw4hQqthv,
https://www.peekvids.com/watch?v=hfoiT6W94J-, https://www.peekvids.com/watch?v=anrTFdG9Rsi, https://www.peekvids.com/watch?v=JlElNlZ0QKv,
https://www.peekvids.com/watch?v=Uj5TbtWxarB, https://www.peekvids.com/watch?v=hDGfAi3kpD-, https://www.peekvids.com/watch?v=zd955CpXIKU,
https://www.peekvids.com/watch?v=qTuhF0yLjGn, https://www.peekvids.com/watch?v=SifuEoIf4cH, https://www.peekvids.com/watch?v=VzLGnqPMIpp,
https://www.peekvids.com/watch?v=Y7lOZ8KuwM0, https://www.peekvids.com/watch?v=yHGRqOcIXFA, https://www.peekvids.com/watch?v=7JQelip67mH,
https://www.peekvids.com/watch?v=iV7HB8Jxd3H, https://www.peekvids.com/watch?v=mXFmwCrRgnq, https://www.peekvids.com/watch?v=mOY5Bx3hhL5,
https://www.peekvids.com/watch?v=ttTJ4793XVF, https://www.peekvids.com/watch?v=Hzic9QYi9an, https://www.peekvids.com/watch?v=GWg6HSRKwZY,
https://www.peekvids.com/watch?v=M2XFMPJcnIJ, https://www.peekvids.com/watch?v=d528LZa4iiG, https://www.peekvids.com/watch?v=wIytIQhOGvR,
https://www.peekvids.com/watch?v=TUdzTR9c94E, https://www.peekvids.com/watch?v=454YnXTlIoc, https://www.peekvids.com/watch?v=aNTkoQCzVDJ,
https://www.peekvids.com/watch?v=MpEcxRrB3fu, https://www.peekvids.com/watch?v=J6JeolJ5Kyw, https://www.peekvids.com/watch?v=Wn9sxGF0T74,
https://www.peekvids.com/watch?v=5QgijN2V2wU, https://www.peekvids.com/watch?v=XjgfcLP7iJs, https://www.peekvids.com/watch?v=5ioUcB3vdTn,
https://www.peekvids.com/watch?v=w6JqHAZmU2p, https://www.peekvids.com/watch?v=J9r5oKchiE-, https://www.peekvids.com/watch?v=9uSyXrpMZjP,
https://www.peekvids.com/watch?v=dNmqlD-6c4s, https://www.peekvids.com/watch?v=gc850PrY93D, https://www.peekvids.com/watch?v=Wwcs5IUE-ov,
https://www.peekvids.com/watch?v=fwOOC0qnEtP, https://www.peekvids.com/watch?v=nq-Fyp-MMaL, https://www.peekvids.com/watch?v=LwaKH5du0HW,
https://www.peekvids.com/watch?v=ZQoVa3H0QUe, https://www.peekvids.com/watch?v=cWrvlxMBH-0, https://www.peekvids.com/watch?v=zeR7XfbePvH,
https://www.peekvids.com/watch?v=gYl48LKULJr, https://www.peekvids.com/watch?v=RXag6FOSWe2, https://www.peekvids.com/watch?v=9UgQSkIZtpS,
https://www.peekvids.com/watch?v=WRnpXeHsj0z, https://www.peekvids.com/watch?v=CrSGrDl6n7Y, https://www.peekvids.com/watch?v=vOpxoZgFpZG,
https://www.peekvids.com/watch?v=gIjSJ8Grp4D, https://www.peekvids.com/watch?v=0yE2EWRigo8, https://www.peekvids.com/watch?v=wcQU5k0Bfib,
https://www.peekvids.com/watch?v=jjnk9g8PHtj, https://www.peekvids.com/watch?v=uJUVjlDIW4b, https://www.peekvids.com/watch?v=gxsgbs7cPER,
https://www.peekvids.com/watch?v=7WTz-HHPFQ6, https://www.peekvids.com/watch?v=VxBST2u672Q, https://www.peekvids.com/watch?v=5scAW45VEhH,
https://www.peekvids.com/watch?v=pLOjQdOIsrK, https://www.peekvids.com/watch?v=iYzSAElhKbi, https://www.peekvids.com/watch?v=JHYdkXKpyPb,
https://www.peekvids.com/watch?v=bMplm7KQgdP, https://www.peekvids.com/watch?v=aHJ9hvKKsIh, https://www.peekvids.com/watch?v=oHvdHOsOLRS,
https://www.peekvids.com/watch?v=6p5Xn0UmRj6, https://www.peekvids.com/watch?v=DrTbeoCtABV, https://www.peekvids.com/watch?v=LH5C6Dn-Ulq,
https://www.peekvids.com/watch?v=ZVta7sXA5jj, https://www.peekvids.com/watch?v=oVxaJOLxdnz, https://www.peekvids.com/watch?v=04vhuWgKgWW,
https://www.peekvids.com/watch?v=E6lRLfva0OR, https://www.peekvids.com/watch?v=VNFuJOSNN-G, https://www.peekvids.com/watch?v=Taix-5tcvb3,
https://www.peekvids.com/watch?v=aOrWbZ8u26M, https://www.peekvids.com/watch?v=ByUiPW73Eb5, https://www.peekvids.com/watch?v=nFqpub7I0yt,
https://www.peekvids.com/watch?v=7RkfTrJWi7W, https://www.peekvids.com/watch?v=oUVbU6C40RS, https://www.peekvids.com/watch?v=dV-HxtOAjNR,
https://www.peekvids.com/watch?v=6oZ3udODrBh, https://www.peekvids.com/watch?v=BcX-Rul2cqE, https://www.peekvids.com/watch?v=gPcXfXCtgLQ,
https://www.peekvids.com/watch?v=5U43xzIQLxK, https://www.peekvids.com/watch?v=zELyD2begpX, https://www.peekvids.com/watch?v=AJLT8etiGz8,
https://www.peekvids.com/watch?v=XPBjybMSRG9, https://www.peekvids.com/watch?v=aiC5ji2ZTkS, https://www.peekvids.com/watch?v=Tc0iDbDJsEm,
https://www.peekvids.com/watch?v=7fq8xn-cSRq, https://www.peekvids.com/watch?v=nLd5cFSunVc, https://www.peekvids.com/watch?v=sS6X4J9SzPt,
https://www.peekvids.com/watch?v=TnPGVqr2vjR, https://www.peekvids.com/watch?v=8NRncxozfl3, https://www.peekvids.com/watch?v=u2Ib8MRbpTX,
https://www.peekvids.com/watch?v=x4fguyFZ4zB, https://www.peekvids.com/watch?v=0B0zQgzx58d, https://www.peekvids.com/watch?v=THKcUYeW2Bn,
https://www.peekvids.com/watch?v=03ottKwMSVy, https://www.peekvids.com/watch?v=nBCkOaz4p6f, https://www.peekvids.com/watch?v=KE95FvE3tCa,
https://www.peekvids.com/watch?v=-eSgPNLocgP, https://www.peekvids.com/watch?v=l7dTualRMoV, https://www.peekvids.com/watch?v=JAmEEhGurjh,
https://www.peekvids.com/watch?v=Idei7NErjsK, https://www.peekvids.com/watch?v=kijo8uLilpV, https://www.peekvids.com/watch?v=82SJxMjLBQU,
https://www.peekvids.com/watch?v=KSIiLgXISsf, https://www.peekvids.com/watch?v=TZo8vEab4Km, https://www.peekvids.com/watch?v=gC3HN8eJPSr,
https://www.peekvids.com/watch?v=m7fRfhF7O74, https://www.peekvids.com/watch?v=mk6GTsYNhPI, https://www.peekvids.com/watch?v=cfoOTkf0iwK,
https://www.peekvids.com/watch?v=Q3iDbeqpC7h, https://www.peekvids.com/watch?v=JKh4c4fkY2U, https://www.peekvids.com/watch?v=7NFMxbG5g5O,
https://www.peekvids.com/watch?v=LI-4TqC-P64, https://www.peekvids.com/watch?v=4cLgMIotu3z, https://www.peekvids.com/watch?v=lYb5RMRZB28,
https://www.peekvids.com/watch?v=kLTSaorTNuG, https://www.peekvids.com/watch?v=VCUrYCSyuco, https://www.peekvids.com/watch?v=R4HyMzCLMZg,
https://www.peekvids.com/watch?v=Y9narOZtCJx, https://www.peekvids.com/watch?v=gJsqWYAsCd-, https://www.peekvids.com/watch?v=q4KV4oDyNPn,
https://www.peekvids.com/watch?v=KE30Wa-ZNlo, https://www.peekvids.com/watch?v=jcpsxTD6-t6, https://www.peekvids.com/watch?v=iD0GOj-kWsC,
https://www.peekvids.com/watch?v=HETFDqIUsWJ, https://www.peekvids.com/watch?v=wWFMU3KCLgy, https://www.peekvids.com/watch?v=Or2FOM3via2,
https://www.peekvids.com/watch?v=cyUEb2AkRIi, https://www.peekvids.com/watch?v=J22R-vQKEwz, https://www.peekvids.com/watch?v=fBZ5lWzWGuK,
https://www.peekvids.com/watch?v=TTxupoGZN4g, https://www.peekvids.com/watch?v=AKQVy5zowdD, https://www.peekvids.com/watch?v=P3vqkPxPvXh,
https://www.peekvids.com/watch?v=qn2jUR0FWaU, https://www.peekvids.com/watch?v=9fm22dBW9xo, https://www.peekvids.com/watch?v=0afEDFD6prW,
https://www.peekvids.com/watch?v=5fMT9ckcgDh, https://www.peekvids.com/watch?v=hJjNWh6XZUD, https://www.peekvids.com/watch?v=JIofOb6ORsm,
https://www.peekvids.com/watch?v=famxF5BFkYB, https://www.peekvids.com/watch?v=2H9XBL859LX, https://www.peekvids.com/watch?v=LD8bWrcHncI,
https://www.peekvids.com/watch?v=Fa842VnqLqo, https://www.peekvids.com/watch?v=cnDPR7hY2Ml, https://www.peekvids.com/watch?v=9HZ8fTL0hQT,
https://www.peekvids.com/watch?v=CF-K8BB94hl, https://www.peekvids.com/watch?v=dYzgcGmfg7g, https://www.peekvids.com/watch?v=xjDcV0f9ph0,
https://www.peekvids.com/watch?v=ZjdcxfXfcav, https://www.peekvids.com/watch?v=bJBMQoy2VeT, https://www.peekvids.com/watch?v=DjPhXm0uzDQ,
https://www.peekvids.com/watch?v=YvcXMGLRWIm, https://www.peekvids.com/watch?v=DIsTBgVBPUZ, https://www.peekvids.com/watch?v=2e3sdvSSi9v,
https://www.peekvids.com/watch?v=TMR36sx2Jpf, https://www.peekvids.com/watch?v=SGllqkDMQaR, https://www.peekvids.com/watch?v=MzTH9Ghhqkn,
https://www.peekvids.com/watch?v=8jo8Yj2od8u, https://www.peekvids.com/watch?v=eoJGhkYccnI, https://www.peekvids.com/watch?v=lqpHuKwAZES
5.f. Date of third notice: 2015-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: iammagic
5.b. Uploader's email address: lexusprice@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=iammagic
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=TqxfHI4Eeyg, https://www.peekvids.com/watch?v=50yKsupIAcO,
https://www.peekvids.com/watch?v=OuNcMgGQq6L, https://www.peekvids.com/watch?v=UHhHPMQ6Y3J, https://www.peekvids.com/watch?v=Ee2Ew8pp15k,
https://www.peekvids.com/watch?v=R7Hk4puANLe, https://www.peekvids.com/watch?v=5RAivqVNEC4, https://www.peekvids.com/watch?v=XtnxSWhUWtL,
https://www.peekvids.com/watch?v=7zQde27I5rq, https://www.peekvids.com/watch?v=Mi0uHE024IW, https://www.peekvids.com/watch?v=854y4DFcWXm,
https://www.peekvids.com/watch?v=RPuuTQWBG-l, https://www.peekvids.com/watch?v=tZlv4qYi1bF, https://www.peekvids.com/watch?v=g7nngcHAtil,
https://www.peekvids.com/watch?v=r4YTZK9mx1Q, https://www.peekvids.com/watch?v=X_SoDF5mfnT, https://www.peekvids.com/watch?v=hyFKwgrfrI7,
https://www.peekvids.com/watch?v=gClqSwO3eln, https://www.peekvids.com/watch?v=f-3YOeoxSXe, https://www.peekvids.com/watch?v=C7VR2IZe0j9,
https://www.peekvids.com/watch?v=IV-3ekRgSeP, https://www.peekvids.com/watch?v=q3D7PQLsjhD, https://www.peekvids.com/watch?v=WQCAjGmyFBf,
https://www.peekvids.com/watch?v=drUh4IT1gJI, https://www.peekvids.com/watch?v=HXP8yDdOUgy, https://www.peekvids.com/watch?v=klNptwn6-c9,
https://www.peekvids.com/watch?v=VJwUfZ6MiNB, https://www.peekvids.com/watch?v=lbMIS6BVsbZ, https://www.peekvids.com/watch?v=y-TsvJxUXYo,
https://www.peekvids.com/watch?v=8ccgDC0DPxW, https://www.peekvids.com/watch?v=0VIEbYayQwS, https://www.peekvids.com/watch?v=Eh5VwidyLss,
https://www.peekvids.com/watch?v=a1zifPp0LH9, https://www.peekvids.com/watch?v=XS6U7D5g_ne, https://www.peekvids.com/watch?v=mNCoAXi7wsh,
https://www.peekvids.com/watch?v=zqeoEO3YAHb, https://www.peekvids.com/watch?v=CaPH4cCtuxK, https://www.peekvids.com/watch?v=51WPV7OpHBs,
https://www.peekvids.com/watch?v=kVUmb76MSow, https://www.peekvids.com/watch?v=PwuAO06FcAV, https://www.peekvids.com/watch?v=aUFJocHIM9W,
https://www.peekvids.com/watch?v=gvF3nDoy4-5, https://www.peekvids.com/watch?v=yLnCaA9YgqN, https://www.peekvids.com/watch?v=0L-cHOha33q,
https://www.peekvids.com/watch?v=iTkNh6gU2Nu, https://www.peekvids.com/watch?v=psmfEqCMhJ5, https://www.peekvids.com/watch?v=ztO321QEAgA,
https://www.peekvids.com/watch?v=65CCK-JpOpg, https://www.peekvids.com/watch?v=Dm2Sb73mCo4, https://www.peekvids.com/watch?v=xGg__Mgv7SQ,
https://www.peekvids.com/watch?v=V6FwH6fpSdo, https://www.peekvids.com/watch?v=R9woPdQsbRV, https://www.peekvids.com/watch?v=qjSCtgqRaJX,
https://www.peekvids.com/watch?v=GSEDGH6ohrO, https://www.peekvids.com/watch?v=lc3Kc_ZBOiA, https://www.peekvids.com/watch?v=55-ntXB3yXN,
https://www.peekvids.com/watch?v=xoOM_7A-rXW, https://www.peekvids.com/watch?v=vI8inWcn9mM, https://www.peekvids.com/watch?v=HrE5F30SOh9,
https://www.peekvids.com/watch?v=yRP7ML9juKB, https://www.peekvids.com/watch?v=kivLHzIqAp7, https://www.peekvids.com/watch?v=bNuQ3lmXRBj,
https://www.peekvids.com/watch?v=Zk2VhDjjRi3, https://www.peekvids.com/watch?v=26zPycXJfv4, https://www.peekvids.com/watch?v=iLVJc82neIx,
https://www.peekvids.com/watch?v=MOZ3LKYYJSv, https://www.peekvids.com/watch?v=vkf7gtyw9gF, https://www.peekvids.com/watch?v=gAtLh7ag1m5,
https://www.peekvids.com/watch?v=LF9MUHny978, https://www.peekvids.com/watch?v=lD5Zt1rZAZg, https://www.peekvids.com/watch?v=YprJVA-vUA3,
https://www.peekvids.com/watch?v=xEXChYxa_CA, https://www.peekvids.com/watch?v=U666qO77Vqt, https://www.peekvids.com/watch?v=u8F-iRoUQ5N,
https://www.peekvids.com/watch?v=rQsGev1Wtou, https://www.peekvids.com/watch?v=f7J6pHoj9vH, https://www.peekvids.com/watch?v=FwqET0kHwEx,
https://www.peekvids.com/watch?v=ImgB1Pyko4t, https://www.peekvids.com/watch?v=Flux_fW3Ruc, https://www.peekvids.com/watch?v=0nNOQhHd0X0,
https://www.peekvids.com/watch?v=FCzJbAApUoM, https://www.peekvids.com/watch?v=Avvv9oY-0G8, https://www.peekvids.com/watch?v=Ps5MfsN7YY4,
https://www.peekvids.com/watch?v=MDO_M2SwDoU, https://www.peekvids.com/watch?v=MsTiMz0-E_i, https://www.peekvids.com/watch?v=EYgfrwARpJV,
https://www.peekvids.com/watch?v=pW0jeeYxikC, https://www.peekvids.com/watch?v=KMtbzh4JGeY, https://www.peekvids.com/watch?v=9YCxk9GbrqU,
https://www.peekvids.com/watch?v=dBXON626rMz, https://www.peekvids.com/watch?v=CFEx8xfoZtI, https://www.peekvids.com/watch?v=zo9pVsm1r6F,
https://www.peekvids.com/watch?v=A-lZ_iQ8lsI, https://www.peekvids.com/watch?v=gECfQjY5_SZ, https://www.peekvids.com/watch?v=3PSjLLxKqNc,
https://www.peekvids.com/watch?v=rZMUm3YmTju, https://www.peekvids.com/watch?v=qRJXQFcK1W2, https://www.peekvids.com/watch?v=fcYLfMZQfDJ,
https://www.peekvids.com/watch?v=Dsn-VM43q3M, https://www.peekvids.com/watch?v=gitg3mEYzoo, https://www.peekvids.com/watch?v=SkIovxG6AY3,
https://www.peekvids.com/watch?v=73GYdZhjCsw
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: icatchu
5.b. Uploader's email address: amainkiss@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=icatchu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EgZk4Pw3uYR, https://www.peekvids.com/watch?v=Ph_yKk1-GV0,
https://www.peekvids.com/watch?v=YjZ_1rKe1Pq, https://www.peekvids.com/watch?v=JaFMMvw7wcE, https://www.peekvids.com/watch?v=bc5oi6XlTJq,
https://www.peekvids.com/watch?v=eBc_RcRDaQk, https://www.peekvids.com/watch?v=wd7BX79JD2P, https://www.peekvids.com/watch?v=DftCOXtu2m8,
https://www.peekvids.com/watch?v=NugtjXBN5AY, https://www.peekvids.com/watch?v=Pm9EameMAEI, https://www.peekvids.com/watch?v=ZtBDoXeE68C,
https://www.peekvids.com/watch?v=T8GNHjBLWgs, https://www.peekvids.com/watch?v=9ql3KrjGXSN, https://www.peekvids.com/watch?v=aw2xsmFIvpv,
https://www.peekvids.com/watch?v=VXU0IzrNDdA, https://www.peekvids.com/watch?v=JBDFir8Btso, https://www.peekvids.com/watch?v=axT1i5iTJe9,
https://www.peekvids.com/watch?v=sdw-GZ6pwA6, https://www.peekvids.com/watch?v=uIAmJxNXWoC, https://www.peekvids.com/watch?v=LggdP5KYObK,
https://www.peekvids.com/watch?v=OU8IyR8qEa2, https://www.peekvids.com/watch?v=XVHJ-Fn18GQ, https://www.peekvids.com/watch?v=Jhl5FioaWIv,
https://www.peekvids.com/watch?v=cAuZWSGFe-q, https://www.peekvids.com/watch?v=AkKlbpUvgxz, https://www.peekvids.com/watch?v=ZsgYTkoJ5vm,
https://www.peekvids.com/watch?v=euvuX9gNeXH, https://www.peekvids.com/watch?v=zsu1-s2MiNq, https://www.peekvids.com/watch?v=LQ9XZfzqGLs,
https://www.peekvids.com/watch?v=sl_HR0CT_Q8, https://www.peekvids.com/watch?v=Y4VSQdKlHAr, https://www.peekvids.com/watch?v=5NGD2qOb8Mg,
https://www.peekvids.com/watch?v=DrXdE_AErlT, https://www.peekvids.com/watch?v=pe46ZcMN-FT, https://www.peekvids.com/watch?v=lZjb44NdmOL,
https://www.peekvids.com/watch?v=M1TvI1KootY, https://www.peekvids.com/watch?v=MDYuCKVrG9h, https://www.peekvids.com/watch?v=U9UuPkPM9zM,
https://www.peekvids.com/watch?v=d_ckrbq9YQ3, https://www.peekvids.com/watch?v=Yr1PEx5ZzmO, https://www.peekvids.com/watch?v=anKCcTbZ2Hb,
https://www.peekvids.com/watch?v=0wK4MgkAxXo, https://www.peekvids.com/watch?v=CnAf0BpWLsa, https://www.peekvids.com/watch?v=346JWCNf9RH,
https://www.peekvids.com/watch?v=uxzYUHleDQG, https://www.peekvids.com/watch?v=Z5Cbj3MgdQC, https://www.peekvids.com/watch?v=iJdmGN076sA,
https://www.peekvids.com/watch?v=Qva_hDjkWk5, https://www.peekvids.com/watch?v=FVcYfCa8Cu8, https://www.peekvids.com/watch?v=GbueIIqX91Y,
https://www.peekvids.com/watch?v=FzAco96qRNu, https://www.peekvids.com/watch?v=3LLLfz45pev, https://www.peekvids.com/watch?v=qjBDdIolfmT,
https://www.peekvids.com/watch?v=z4Gd8t5QuFs, https://www.peekvids.com/watch?v=U1vNKMSpnAQ, https://www.peekvids.com/watch?v=CCOJ35w7r8W,
https://www.peekvids.com/watch?v=WXo9-zretwR, https://www.peekvids.com/watch?v=Kvr7rufqZ0z, https://www.peekvids.com/watch?v=Z4Tt2maxJwY,
https://www.peekvids.com/watch?v=PaFndML9ZUP, https://www.peekvids.com/watch?v=o14_u5P2r8I, https://www.peekvids.com/watch?v=5ZrfMpXExik,
https://www.peekvids.com/watch?v=t0ZqsFMfHrU, https://www.peekvids.com/watch?v=YiPhO55DofB, https://www.peekvids.com/watch?v=F8-Tzlr706P,
https://www.peekvids.com/watch?v=5O71zKqfmWy, https://www.peekvids.com/watch?v=x5Xrz6pSE9K, https://www.peekvids.com/watch?v=hw1w0pbtftG,
https://www.peekvids.com/watch?v=rayZ59EDAsN, https://www.peekvids.com/watch?v=IruMMUj1m6Q, https://www.peekvids.com/watch?v=KwRnkbWe5Oa,
https://www.peekvids.com/watch?v=I8JHIyQhGQh, https://www.peekvids.com/watch?v=wEPa-QsZTnm, https://www.peekvids.com/watch?v=VM-HpZiTbp9,
https://www.peekvids.com/watch?v=yz97qZTOYiQ, https://www.peekvids.com/watch?v=aseXaDyYoz4, https://www.peekvids.com/watch?v=tgiuIOV4yzH,
https://www.peekvids.com/watch?v=xsBqlyZoJHj, https://www.peekvids.com/watch?v=lFT_BakSgJy, https://www.peekvids.com/watch?v=dVUP6jotMpN,
https://www.peekvids.com/watch?v=aniUbKiqHmT, https://www.peekvids.com/watch?v=Eh9xUXvhFUU, https://www.peekvids.com/watch?v=vueE0AV0uWD,
https://www.peekvids.com/watch?v=nuRkF869-u8, https://www.peekvids.com/watch?v=nyYZI7_sfkI, https://www.peekvids.com/watch?v=UBvu1oRJwjT,
https://www.peekvids.com/watch?v=YQEUQb0I63R, https://www.peekvids.com/watch?v=4UFNOrrD5Z7, https://www.peekvids.com/watch?v=Zu1YcERqv_a,
https://www.peekvids.com/watch?v=FRL6QmMKDmR, https://www.peekvids.com/watch?v=cKQvjD-Rd3M, https://www.peekvids.com/watch?v=YEDndftEJEl,
https://www.peekvids.com/watch?v=JhIj_mQmTfl, https://www.peekvids.com/watch?v=JChJa0OXas7, https://www.peekvids.com/watch?v=3AaghgrpVYM,
https://www.peekvids.com/watch?v=UVlHaiKe3yp
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: igot5onit
5.b. Uploader's email address: myfloweralex@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=igot5onit
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pRpW4BpRq6a, https://www.peekvids.com/watch?v=QQAKrOVeDej,
https://www.peekvids.com/watch?v=NtPyDgv3-Fy, https://www.peekvids.com/watch?v=o5oEE-NEe8p, https://www.peekvids.com/watch?v=IYNccy8pTp5,
https://www.peekvids.com/watch?v=X24NsJknkTW, https://www.peekvids.com/watch?v=DjKNZgmiXiF, https://www.peekvids.com/watch?v=lvwcNWbP80M,
https://www.peekvids.com/watch?v=SYvw0Rx2uLW, https://www.peekvids.com/watch?v=0Aghz4dgNAi, https://www.peekvids.com/watch?v=IurluY7aJh7,
https://www.peekvids.com/watch?v=KXzaRncVGfv, https://www.peekvids.com/watch?v=LIZWgNXFRfE, https://www.peekvids.com/watch?v=6Ks5anKv-TQ,
https://www.peekvids.com/watch?v=8WPqgmeUtYF, https://www.peekvids.com/watch?v=yBrGkp4FqgV, https://www.peekvids.com/watch?v=PgA4DI-FSdo,
https://www.peekvids.com/watch?v=KtFUdbRhzwX, https://www.peekvids.com/watch?v=QUklyVRzFNn, https://www.peekvids.com/watch?v=NA-hd2dvTly,
https://www.peekvids.com/watch?v=pzpMCrGw0mp, https://www.peekvids.com/watch?v=dIG2FVahW0J, https://www.peekvids.com/watch?v=bbDDeoBGPIF,
https://www.peekvids.com/watch?v=3Q52FmUB4rb, https://www.peekvids.com/watch?v=MpbvX9nEIb0, https://www.peekvids.com/watch?v=0Z8lJgN6wk7,
https://www.peekvids.com/watch?v=8EnImsso69b, https://www.peekvids.com/watch?v=fVKrOlAuUyd, https://www.peekvids.com/watch?v=02oI24UvnQv,
https://www.peekvids.com/watch?v=rtV9kxP9Wta, https://www.peekvids.com/watch?v=vQLR2FySp3P, https://www.peekvids.com/watch?v=NR5pNkOGDsZ,
https://www.peekvids.com/watch?v=dZXDg7yG-a-, https://www.peekvids.com/watch?v=SWvZLYusMfI, https://www.peekvids.com/watch?v=ehMlV6wnW23,
https://www.peekvids.com/watch?v=mOWIvAmNg5B, https://www.peekvids.com/watch?v=hQiY4GavR4a, https://www.peekvids.com/watch?v=B0urh93OyTL,
https://www.peekvids.com/watch?v=K7aaqVzu-mx, https://www.peekvids.com/watch?v=K-vgnsmx0Br, https://www.peekvids.com/watch?v=3dcOBVFWghF,
https://www.peekvids.com/watch?v=E4EONZO-Xlw, https://www.peekvids.com/watch?v=tfIm0h6XwPf, https://www.peekvids.com/watch?v=oXiBEDP0zbs,
https://www.peekvids.com/watch?v=6Jk38R39Qaz, https://www.peekvids.com/watch?v=VzMxzSa38LO, https://www.peekvids.com/watch?v=4rAMA35qMvz,
https://www.peekvids.com/watch?v=66oDM-7j83K, https://www.peekvids.com/watch?v=IlTuggH48A8, https://www.peekvids.com/watch?v=Q9rYUhyqZLF,
https://www.peekvids.com/watch?v=sfu7YjuWRf0, https://www.peekvids.com/watch?v=vPKhRvRPtkl, https://www.peekvids.com/watch?v=HJHNPcGzCvd,
https://www.peekvids.com/watch?v=mJAKnnNiDVq, https://www.peekvids.com/watch?v=ptVWNAFCqcL, https://www.peekvids.com/watch?v=NSDwVfoe6-Y,
https://www.peekvids.com/watch?v=jHJAEcMIbA4, https://www.peekvids.com/watch?v=u8mpKG7qiiQ, https://www.peekvids.com/watch?v=vzcVsL6vSQ9,
https://www.peekvids.com/watch?v=HV94JLIXHjJ, https://www.peekvids.com/watch?v=silYU5vngqS, https://www.peekvids.com/watch?v=ugIbuBXz8oB,
https://www.peekvids.com/watch?v=yhd0NzUfjXU, https://www.peekvids.com/watch?v=nk8JfeBeajz, https://www.peekvids.com/watch?v=RmXhsfnzwaD,
https://www.peekvids.com/watch?v=IvZ4WSN6yvS, https://www.peekvids.com/watch?v=-ZHHga35RB6, https://www.peekvids.com/watch?v=g9QRXgb0c30,
https://www.peekvids.com/watch?v=j6ZakDWTIN9, https://www.peekvids.com/watch?v=IG3Jbpronso, https://www.peekvids.com/watch?v=wWRQIzWn5QN,
https://www.peekvids.com/watch?v=RZve6RZZ7D5, https://www.peekvids.com/watch?v=-OcEQPcRf7g, https://www.peekvids.com/watch?v=InESUfDnAbz,
https://www.peekvids.com/watch?v=qXzNiBdK6ZT, https://www.peekvids.com/watch?v=cB5LmCqTCbm, https://www.peekvids.com/watch?v=i3g5cr8Cy4u,
https://www.peekvids.com/watch?v=diyf-EBSi3y, https://www.peekvids.com/watch?v=nRNQC4gEkYo, https://www.peekvids.com/watch?v=UrTltiMMVEv,
https://www.peekvids.com/watch?v=3DmxMDyHqZf, https://www.peekvids.com/watch?v=YGZLftQHvOM, https://www.peekvids.com/watch?v=RX5EcBd4wuV,
https://www.peekvids.com/watch?v=LAjaukm90A3, https://www.peekvids.com/watch?v=lu2GYs0Xkc5, https://www.peekvids.com/watch?v=NI0fKoeBSyC,
https://www.peekvids.com/watch?v=8XQ4GU6pFRr, https://www.peekvids.com/watch?v=w2yIVNDXoVf, https://www.peekvids.com/watch?v=bpsMCV3ln5x,
https://www.peekvids.com/watch?v=TWj3UErT4Mk, https://www.peekvids.com/watch?v=RBLzgOr9u93, https://www.peekvids.com/watch?v=9ODq3PciFjB,
https://www.peekvids.com/watch?v=rKN0H8eYblL, https://www.peekvids.com/watch?v=uhjP85Y8gwo, https://www.peekvids.com/watch?v=XKuO3HwRMnf,
https://www.peekvids.com/watch?v=cIJ3SghpwMv, https://www.peekvids.com/watch?v=KELIw7QO7mr, https://www.peekvids.com/watch?v=YFargh4XpnP,
https://www.peekvids.com/watch?v=SRYmLaqKsCw, https://www.peekvids.com/watch?v=2UBtaE5zFPz, https://www.peekvids.com/watch?v=N4b-maduxQg,
https://www.peekvids.com/watch?v=bJRyYLvB8Go, https://www.peekvids.com/watch?v=9oGNJ5dDbp4, https://www.peekvids.com/watch?v=FGK0UQhC6dR,
https://www.peekvids.com/watch?v=6INk5WldA9N, https://www.peekvids.com/watch?v=4omGlKrA3gX, https://www.peekvids.com/watch?v=inp95ur84px,
https://www.peekvids.com/watch?v=9z3n6KFiIRd, https://www.peekvids.com/watch?v=Kz-Su6VJWCw, https://www.peekvids.com/watch?v=dLwOawcIYzM,
https://www.peekvids.com/watch?v=zTHA5i0L3sl, https://www.peekvids.com/watch?v=YsNCmDHF2iS, https://www.peekvids.com/watch?v=GbacyyEfg75,
https://www.peekvids.com/watch?v=pd7SzPCF6Zs, https://www.peekvids.com/watch?v=Nu9iaytk8KI, https://www.peekvids.com/watch?v=egJ7dRyDb9h,
https://www.peekvids.com/watch?v=XoDAVfEyrMt, https://www.peekvids.com/watch?v=yltjHQsEheC, https://www.peekvids.com/watch?v=zoVQdbz4IDU,
https://www.peekvids.com/watch?v=T6cLgqFDWDU, https://www.peekvids.com/watch?v=Vtsm02jLID5, https://www.peekvids.com/watch?v=V9HR3g9706x,
https://www.peekvids.com/watch?v=34Ud2uL7MtH, https://www.peekvids.com/watch?v=LfH0-ztqefX, https://www.peekvids.com/watch?v=w4Ai6Q7TA53,
https://www.peekvids.com/watch?v=WEaJ-DM4XLK, https://www.peekvids.com/watch?v=E3o8W3YZ9fU, https://www.peekvids.com/watch?v=Z7Y0foFvXFu,
https://www.peekvids.com/watch?v=mxcGODnf7jM, https://www.peekvids.com/watch?v=T4VIX0VEp0F, https://www.peekvids.com/watch?v=6Zx4eQUnFQc,
https://www.peekvids.com/watch?v=e8lGezUwWnq, https://www.peekvids.com/watch?v=xo0SD0Y5W2c, https://www.peekvids.com/watch?v=m4lHBdUqwbk,
https://www.peekvids.com/watch?v=Z95VKx-cRXq, https://www.peekvids.com/watch?v=CY5WJPw3pSQ, https://www.peekvids.com/watch?v=NdqJByLhDcT,
https://www.peekvids.com/watch?v=5lwR0sAsWE4, https://www.peekvids.com/watch?v=aIWk8HiDS-O, https://www.peekvids.com/watch?v=SX-yhbqgQxh,
https://www.peekvids.com/watch?v=Mtze5EV-TPd, https://www.peekvids.com/watch?v=Pytm0SfbOPf, https://www.peekvids.com/watch?v=uVIk825rRKl,
https://www.peekvids.com/watch?v=NiIomojm-K-, https://www.peekvids.com/watch?v=CsyGEjKyQFA, https://www.peekvids.com/watch?v=C2MZZeJVyct,
https://www.peekvids.com/watch?v=6k3FRUvhZ7o, https://www.peekvids.com/watch?v=lDDCIYELi7D, https://www.peekvids.com/watch?v=OFnChYW3bvM,
https://www.peekvids.com/watch?v=W9dlaXSQUhA, https://www.peekvids.com/watch?v=E7EeyuUZnlj, https://www.peekvids.com/watch?v=u9j3ylOZtiV,
https://www.peekvids.com/watch?v=dahA6t6bXxt, https://www.peekvids.com/watch?v=HGGWfMiWJUg, https://www.peekvids.com/watch?v=ry0NURaiU3K,
https://www.peekvids.com/watch?v=JkpEeihSNvU, https://www.peekvids.com/watch?v=emxifv7xfnV, https://www.peekvids.com/watch?v=5KKLODSV5ZF,
https://www.peekvids.com/watch?v=O5mMR-VSdrm, https://www.peekvids.com/watch?v=UeRDeQOAzHV, https://www.peekvids.com/watch?v=SY8O0zEf4d4,
https://www.peekvids.com/watch?v=Kw3Usd8e5c9, https://www.peekvids.com/watch?v=ia2-NxSA5tB, https://www.peekvids.com/watch?v=epA3bU5J26q,
https://www.peekvids.com/watch?v=rH9xaXimLf7, https://www.peekvids.com/watch?v=6AK758j6nhl, https://www.peekvids.com/watch?v=-FCIBthLloU,
https://www.peekvids.com/watch?v=UpJdyLxkrdl, https://www.peekvids.com/watch?v=gMD52wfX6Lm, https://www.peekvids.com/watch?v=NL5Y6KPABbM,
https://www.peekvids.com/watch?v=3qRDQ3Mx-ml, https://www.peekvids.com/watch?v=S9gzks68cFY, https://www.peekvids.com/watch?v=HngqHeN5erx,
https://www.peekvids.com/watch?v=keKghat6gN0, https://www.peekvids.com/watch?v=TCvukUZSuAG, https://www.peekvids.com/watch?v=cuSoD5wmc9U,
https://www.peekvids.com/watch?v=oYVRFc6ezps, https://www.peekvids.com/watch?v=uXyDZ4FJxNz, https://www.peekvids.com/watch?v=3yRbJ-fsbTY,
https://www.peekvids.com/watch?v=fK0fCm3yAJZ, https://www.peekvids.com/watch?v=BpHRZVgE3oR, https://www.peekvids.com/watch?v=dBy84Tcuh7j,
https://www.peekvids.com/watch?v=7u-IceZqP8v, https://www.peekvids.com/watch?v=ArmxqRqzmZf, https://www.peekvids.com/watch?v=VAu0MJuayAS,
https://www.peekvids.com/watch?v=r8B0DxpHPev, https://www.peekvids.com/watch?v=5-R6dULy7Pl, https://www.peekvids.com/watch?v=L7ZMShIRQuD,
https://www.peekvids.com/watch?v=Y4y6ealdFwh, https://www.peekvids.com/watch?v=lrap8-5EvtR, https://www.peekvids.com/watch?v=xaJaiL8InAN,
https://www.peekvids.com/watch?v=4ik8zauTvMd, https://www.peekvids.com/watch?v=w68co7GVxdv, https://www.peekvids.com/watch?v=z2RPtLR2kFl,
https://www.peekvids.com/watch?v=6iBpYmoDljv, https://www.peekvids.com/watch?v=giMrVfdAcns, https://www.peekvids.com/watch?v=ZpiI3L4WnMN,
https://www.peekvids.com/watch?v=eVwGmTyg6Y-, https://www.peekvids.com/watch?v=bqYkJnWMfmv, https://www.peekvids.com/watch?v=DNhQcvTEsdK,
https://www.peekvids.com/watch?v=iU6w9fXNsjh, https://www.peekvids.com/watch?v=iM4YmBglA04, https://www.peekvids.com/watch?v=E4U8LRgHReb,
https://www.peekvids.com/watch?v=j079KBn9Kza, https://www.peekvids.com/watch?v=NAqoFvVdQkN, https://www.peekvids.com/watch?v=bYksixzivcy,
https://www.peekvids.com/watch?v=NAapsk3ypVF, https://www.peekvids.com/watch?v=WBRpaY8fztG, https://www.peekvids.com/watch?v=7P90fKcTsKe,
https://www.peekvids.com/watch?v=K2g4oftM6PN, https://www.peekvids.com/watch?v=TNazj8LA4bs, https://www.peekvids.com/watch?v=gHW2meVIDgr,
https://www.peekvids.com/watch?v=MEi-jkRfs3j, https://www.peekvids.com/watch?v=IkfTceLSg9D, https://www.peekvids.com/watch?v=qHaVYSJHhgu,
https://www.peekvids.com/watch?v=JIryg9dvNpK, https://www.peekvids.com/watch?v=rEYDRjSXg4q, https://www.peekvids.com/watch?v=l2ycM0-9iaW,
https://www.peekvids.com/watch?v=93NJTWHoy4r, https://www.peekvids.com/watch?v=Jlyee0Aa4iM, https://www.peekvids.com/watch?v=MXeidMAg-MN,
https://www.peekvids.com/watch?v=SvJ-XerA6Nm, https://www.peekvids.com/watch?v=y0Ied40CGOc, https://www.peekvids.com/watch?v=uLeGjc6VEwa,
https://www.peekvids.com/watch?v=Oz7GKItoRS6, https://www.peekvids.com/watch?v=CmRij5ayky7, https://www.peekvids.com/watch?v=mm-XXHDnvYL,
https://www.peekvids.com/watch?v=fya9ascz60f, https://www.peekvids.com/watch?v=AQr4W4wPSPg, https://www.peekvids.com/watch?v=kDVQyGS3jAe,
https://www.peekvids.com/watch?v=-ALKbKSD4fc, https://www.peekvids.com/watch?v=rLWm2a6Grr5, https://www.peekvids.com/watch?v=oNuHk4Nqaj0,
https://www.peekvids.com/watch?v=nZFMkvpFOUD, https://www.peekvids.com/watch?v=V7-0VilcZnN, https://www.peekvids.com/watch?v=j5wAusoTs7j,
https://www.peekvids.com/watch?v=tYQz00S8kdZ, https://www.peekvids.com/watch?v=BlP3774uMHn, https://www.peekvids.com/watch?v=F79M3QOjCX8,
https://www.peekvids.com/watch?v=fnEkHFc8Xur, https://www.peekvids.com/watch?v=LCcCHt3CWjN, https://www.peekvids.com/watch?v=c8Q49MHCqA7,
https://www.peekvids.com/watch?v=BIH2FyZBfTg, https://www.peekvids.com/watch?v=oBomA9VtqFs, https://www.peekvids.com/watch?v=tPo0-gtWq83,
https://www.peekvids.com/watch?v=iSoTTgAUvXE, https://www.peekvids.com/watch?v=DbsfiaYWlW6, https://www.peekvids.com/watch?v=5-aqiM8bKq8,
https://www.peekvids.com/watch?v=8klQT-B77sV, https://www.peekvids.com/watch?v=E3LmDGCjFLP, https://www.peekvids.com/watch?v=M9RmPIT6Ufo,
https://www.peekvids.com/watch?v=mjRsg3TnOfJ, https://www.peekvids.com/watch?v=0W3QUtPUAn9, https://www.peekvids.com/watch?v=oFad9GC8k8r,
https://www.peekvids.com/watch?v=DyypTRxQpfL, https://www.peekvids.com/watch?v=dxxllxcrJBJ, https://www.peekvids.com/watch?v=fadtPbVGUtO,
https://www.peekvids.com/watch?v=3BXcyevyl7x, https://www.peekvids.com/watch?v=mECEIU-esPu, https://www.peekvids.com/watch?v=k2xYSf3YBrC,
https://www.peekvids.com/watch?v=9mqJVeDIJfq, https://www.peekvids.com/watch?v=p-WnCxqLLWi, https://www.peekvids.com/watch?v=gkPlqgvqj0n,
https://www.peekvids.com/watch?v=gc2ElJI3C7y, https://www.peekvids.com/watch?v=gnyWqFcBzya, https://www.peekvids.com/watch?v=IiaGkkistqo,
https://www.peekvids.com/watch?v=nhuV2c7n2To, https://www.peekvids.com/watch?v=-uQxEBF4fJi, https://www.peekvids.com/watch?v=WWMDovZz0bO,
https://www.peekvids.com/watch?v=2BKQFStlxzX, https://www.peekvids.com/watch?v=FALPI6M5hdN, https://www.peekvids.com/watch?v=snTC6jSHQ83,
https://www.peekvids.com/watch?v=HOV4zPQa60y, https://www.peekvids.com/watch?v=DAwPn5Y9dZz, https://www.peekvids.com/watch?v=icE2Cyfuhg4,
https://www.peekvids.com/watch?v=uAxyTa5XuZy, https://www.peekvids.com/watch?v=JP6T8lb3UJA, https://www.peekvids.com/watch?v=oJPX5e5TG9x,
https://www.peekvids.com/watch?v=LuiJmCCx4Mn, https://www.peekvids.com/watch?v=H9PHrYCSObJ, https://www.peekvids.com/watch?v=CEcQWTd8mQB,

https://www.peekvids.com/watch?v=bIpsW5i4mKI, https://www.peekvids.com/watch?v=u0UB6f2KArm, https://www.peekvids.com/watch?v=RonamAUJmwg,
https://www.peekvids.com/watch?v=XBmCN4TFRqj, https://www.peekvids.com/watch?v=QPXzZzqMtz4, https://www.peekvids.com/watch?v=l8rNQrjIPua,
https://www.peekvids.com/watch?v=Xtz24F2RJbf, https://www.peekvids.com/watch?v=gBES6PDBADe, https://www.peekvids.com/watch?v=3lUwEWhhPu5,
https://www.peekvids.com/watch?v=DorNyp0PzzG, https://www.peekvids.com/watch?v=yBoFC-dBodd, https://www.peekvids.com/watch?v=AadKdh-UF-V,
https://www.peekvids.com/watch?v=SP4cm5kY7y6, https://www.peekvids.com/watch?v=vNiK9ZP8DHw, https://www.peekvids.com/watch?v=fHrnlzjnZnX,
https://www.peekvids.com/watch?v=f2w8sEwf9pz, https://www.peekvids.com/watch?v=3UxLXNkNRD5, https://www.peekvids.com/watch?v=2fJpxUN7IYQ,
https://www.peekvids.com/watch?v=8gureoY32N5, https://www.peekvids.com/watch?v=j6doSyWEavO, https://www.peekvids.com/watch?v=skKeKhPDqKX,
https://www.peekvids.com/watch?v=SSeqM5P6025, https://www.peekvids.com/watch?v=vn3okEGzpes, https://www.peekvids.com/watch?v=p4RWpaOOnuh,
https://www.peekvids.com/watch?v=pt-o9IVqbeq, https://www.peekvids.com/watch?v=hfOn9o6K5fY, https://www.peekvids.com/watch?v=3RRG7vioIis,
https://www.peekvids.com/watch?v=W8P3kbh49ae, https://www.peekvids.com/watch?v=6GqW0Mjne-G, https://www.peekvids.com/watch?v=G540YtwbMQT,
https://www.peekvids.com/watch?v=Kx2l70bzJp8, https://www.peekvids.com/watch?v=fzdVM6A4KCX, https://www.peekvids.com/watch?v=gs3FQqIHC06,
https://www.peekvids.com/watch?v=d4hDkcMOWDb, https://www.peekvids.com/watch?v=YO0mO-HVgtV, https://www.peekvids.com/watch?v=3xKbL7pDAp6,
https://www.peekvids.com/watch?v=3cDaLPjax9M, https://www.peekvids.com/watch?v=jG-V2MBrMFp, https://www.peekvids.com/watch?v=KKpjXA2mOFZ,
https://www.peekvids.com/watch?v=wcYA3w-GyvL, https://www.peekvids.com/watch?v=lXVpV7boHVW, https://www.peekvids.com/watch?v=HmVgq-mlW3o,
https://www.peekvids.com/watch?v=vswKB0PzpWJ, https://www.peekvids.com/watch?v=JtkjfnHvlRj, https://www.peekvids.com/watch?v=2ZBh2FyBujl,
https://www.peekvids.com/watch?v=eBqCA44CLmm, https://www.peekvids.com/watch?v=O08-UUxUFQr, https://www.peekvids.com/watch?v=dTVIwk3LqJK
5.f. Date of third notice: 2015-05-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: iseeeu
5.b. Uploader's email address: malagamma@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=iseeeu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=C6Jqcw9kr9n, https://www.peekvids.com/watch?v=RimEEctLG_z,
https://www.peekvids.com/watch?v=IgT_rdd46UG, https://www.peekvids.com/watch?v=OM6tPiOMoNp, https://www.peekvids.com/watch?v=wPVU2PzBktw,
https://www.peekvids.com/watch?v=KnvtTqfZU6p, https://www.peekvids.com/watch?v=c5P3YJos51Z, https://www.peekvids.com/watch?v=De-d-CtYjio,
https://www.peekvids.com/watch?v=heagzfAL79q, https://www.peekvids.com/watch?v=zxULPMeWxRy, https://www.peekvids.com/watch?v=9-v08_OR2Ar,
https://www.peekvids.com/watch?v=vWpbW1BfgND, https://www.peekvids.com/watch?v=Fexao4i-AqJ, https://www.peekvids.com/watch?v=fsx5J3ndMd4,
https://www.peekvids.com/watch?v=bnFb7OpXv3F, https://www.peekvids.com/watch?v=aKOTQtrdOwz, https://www.peekvids.com/watch?v=EJxO3hp3rrC,
https://www.peekvids.com/watch?v=lzmfkEXZmZl, https://www.peekvids.com/watch?v=9TG23Q3UBFZ, https://www.peekvids.com/watch?v=7E_WbtQi5mD,
https://www.peekvids.com/watch?v=vpBDnxMRZFe, https://www.peekvids.com/watch?v=lIphEReF0K4, https://www.peekvids.com/watch?v=0Pos7CW4Lgc,
https://www.peekvids.com/watch?v=pxZqa-k2ExX, https://www.peekvids.com/watch?v=NDoSWnql_v3, https://www.peekvids.com/watch?v=o0vCTrCe0fq,
https://www.peekvids.com/watch?v=Y_iNUUaWs_T, https://www.peekvids.com/watch?v=otAYKdKIfpo, https://www.peekvids.com/watch?v=smg1ss51SEj,
https://www.peekvids.com/watch?v=Ancl9IB0U0r, https://www.peekvids.com/watch?v=SSpWPUBgQ0b, https://www.peekvids.com/watch?v=v-lvMArnVMF,
https://www.peekvids.com/watch?v=zLqfdHWlbia, https://www.peekvids.com/watch?v=Ing1DUa_5KC, https://www.peekvids.com/watch?v=2t_Zq5_At5N,
https://www.peekvids.com/watch?v=2ieWkPfLg-V, https://www.peekvids.com/watch?v=EgQ-rxsC36F, https://www.peekvids.com/watch?v=mWj6oiJgpDw,
https://www.peekvids.com/watch?v=JuS028eemMI, https://www.peekvids.com/watch?v=eehn3W5KBdU, https://www.peekvids.com/watch?v=gVF8q0NAc-v,
https://www.peekvids.com/watch?v=mlJ__cfSkOC, https://www.peekvids.com/watch?v=ziMJ9AVokhl, https://www.peekvids.com/watch?v=sx_TmG3oE0f,
https://www.peekvids.com/watch?v=3oIDWdImKDJ, https://www.peekvids.com/watch?v=XE0cKPEPi4W, https://www.peekvids.com/watch?v=Z2wp-SSg0kg,
https://www.peekvids.com/watch?v=C5akUzqCpQc, https://www.peekvids.com/watch?v=UFqchO__hcn, https://www.peekvids.com/watch?v=3jLpNU68Xki,
https://www.peekvids.com/watch?v=a2UW8RXfR1T, https://www.peekvids.com/watch?v=WYSaBrHeTD8, https://www.peekvids.com/watch?v=Uo8wSWlgut7,
https://www.peekvids.com/watch?v=CvPHIdB7njm, https://www.peekvids.com/watch?v=weFGEZLz6pB, https://www.peekvids.com/watch?v=tNuUDUPb3_X,
https://www.peekvids.com/watch?v=M3qQ1lWEtpv, https://www.peekvids.com/watch?v=wfcbSt3W76d, https://www.peekvids.com/watch?v=nHNaHqYESem,
https://www.peekvids.com/watch?v=IluZUv87eL5, https://www.peekvids.com/watch?v=AJJ1s_GOiXm, https://www.peekvids.com/watch?v=fR5HXkxaDg0,
https://www.peekvids.com/watch?v=H-OlhTHLkPQ, https://www.peekvids.com/watch?v=9JH1qG519eT, https://www.peekvids.com/watch?v=o4AgT75_tgA,
https://www.peekvids.com/watch?v=p1SfdMxsBFF, https://www.peekvids.com/watch?v=63YMwrrlKPH, https://www.peekvids.com/watch?v=IlmhLam__vC,
https://www.peekvids.com/watch?v=Zwz3AP6WDku, https://www.peekvids.com/watch?v=EH5HW0cRbtC, https://www.peekvids.com/watch?v=n9ojeCN-n1D,
https://www.peekvids.com/watch?v=zyeme8MDcLC, https://www.peekvids.com/watch?v=4tSHFHcrNrU, https://www.peekvids.com/watch?v=810aUaDGMlA,
https://www.peekvids.com/watch?v=nzCb6J-HqDH, https://www.peekvids.com/watch?v=6gDfoN-dFSJ, https://www.peekvids.com/watch?v=7lglmVKOFVK,
https://www.peekvids.com/watch?v=aatATPxFukX, https://www.peekvids.com/watch?v=QNASlOZkhDa, https://www.peekvids.com/watch?v=FrplxqSDQ8F,
https://www.peekvids.com/watch?v=u9ZjV6-t08P, https://www.peekvids.com/watch?v=yPL0cr2WcyT, https://www.peekvids.com/watch?v=mrsURTVpcgw,
https://www.peekvids.com/watch?v=6TkiTyRKPOs, https://www.peekvids.com/watch?v=jmYl0l982y8, https://www.peekvids.com/watch?v=DiuYKKr-zbq,
https://www.peekvids.com/watch?v=Oab59RTncw6, https://www.peekvids.com/watch?v=dgykj-o5CIC, https://www.peekvids.com/watch?v=I1LeAlXyqci,
https://www.peekvids.com/watch?v=87O8q2mnrSb, https://www.peekvids.com/watch?v=gAWNI7cNkDA, https://www.peekvids.com/watch?v=A9-s2G86WFq,
https://www.peekvids.com/watch?v=jLpB1knQwbW, https://www.peekvids.com/watch?v=Go2e3kOPCGW, https://www.peekvids.com/watch?v=SxD7CT7HNUK,
https://www.peekvids.com/watch?v=37oS5fLDvP4, https://www.peekvids.com/watch?v=VjJmNUtaoH7, https://www.peekvids.com/watch?v=3oFkyD5SRGZ,
https://www.peekvids.com/watch?v=aDxJFILWqo0, https://www.peekvids.com/watch?v=BteRoQ7GoD8, https://www.peekvids.com/watch?v=PQ1r1GqI3WV,
https://www.peekvids.com/watch?v=Q57J8I_yyI2, https://www.peekvids.com/watch?v=rwqX7_eHhEV, https://www.peekvids.com/watch?v=wdcWHOGnWmF,
https://www.peekvids.com/watch?v=N70r28vvjbR, https://www.peekvids.com/watch?v=5k6HhSx3UOt, https://www.peekvids.com/watch?v=NyH34HnvH8L,
https://www.peekvids.com/watch?v=BeHzt3GLqre, https://www.peekvids.com/watch?v=0z5sZLzzjL8, https://www.peekvids.com/watch?v=5SXp_YQJ5lY,
https://www.peekvids.com/watch?v=ydXSTaGLgOt, https://www.peekvids.com/watch?v=8nD5CvAh0Rq, https://www.peekvids.com/watch?v=dELT8TbOme5,
https://www.peekvids.com/watch?v=vos5hN-_d8L, https://www.peekvids.com/watch?v=rp5D0VJckDE, https://www.peekvids.com/watch?v=Ybiq48FlNuG,
https://www.peekvids.com/watch?v=yfBSigV_LUc, https://www.peekvids.com/watch?v=c3NmmpjVqYX, https://www.peekvids.com/watch?v=z2Zi1izb_Bl,
https://www.peekvids.com/watch?v=QimJzpBO7ab, https://www.peekvids.com/watch?v=l3-ekL_fy85, https://www.peekvids.com/watch?v=FZwsDJFOiWk,
https://www.peekvids.com/watch?v=fQlqUm4A1sB, https://www.peekvids.com/watch?v=4LAbEKY0Z3A, https://www.peekvids.com/watch?v=moz1V9hQiGV,
https://www.peekvids.com/watch?v=SILDR2YwJoS, https://www.peekvids.com/watch?v=KDxpdZUlI-k, https://www.peekvids.com/watch?v=XkPO8XxsIqC,
https://www.peekvids.com/watch?v=JWPJ67DUppA, https://www.peekvids.com/watch?v=fNwCq7DVhLI, https://www.peekvids.com/watch?v=mLF2m5HTUeO,
https://www.peekvids.com/watch?v=P2phFpKbfD5, https://www.peekvids.com/watch?v=az2wql-Tpsj, https://www.peekvids.com/watch?v=puhNbI5ccgg,
https://www.peekvids.com/watch?v=pGJUIEpTxwN, https://www.peekvids.com/watch?v=7oSxUxswj1H, https://www.peekvids.com/watch?v=Qccubr_b-49,
https://www.peekvids.com/watch?v=OoEKMUwGv0a, https://www.peekvids.com/watch?v=cR9hxUH6k8Z, https://www.peekvids.com/watch?v=DuV3cPmU9CQ,
https://www.peekvids.com/watch?v=iGZE9mm7ByO, https://www.peekvids.com/watch?v=Z4YCseMzU4p, https://www.peekvids.com/watch?v=OEUf_YwhEed,
https://www.peekvids.com/watch?v=ARUp62LzH62, https://www.peekvids.com/watch?v=wpD8uLu8daB, https://www.peekvids.com/watch?v=hAhDQvBg5kf,
https://www.peekvids.com/watch?v=NAtKStfg9w9, https://www.peekvids.com/watch?v=zcHBS2Aasfe, https://www.peekvids.com/watch?v=3MorR5ILHcH,
https://www.peekvids.com/watch?v=v2CvPkkh17x, https://www.peekvids.com/watch?v=RoLh09Dt2Wy, https://www.peekvids.com/watch?v=go5NR9D5jqd,
https://www.peekvids.com/watch?v=kTbFB2QevSy, https://www.peekvids.com/watch?v=IgRX2PSyMBP, https://www.peekvids.com/watch?v=s0Ac84yWtlD,
https://www.peekvids.com/watch?v=lmKatTiNrRK, https://www.peekvids.com/watch?v=KPCGz2W4kJC, https://www.peekvids.com/watch?v=247t9BipwuX,
https://www.peekvids.com/watch?v=KkAehJwH5bn, https://www.peekvids.com/watch?v=T1J04sADeg5, https://www.peekvids.com/watch?v=n_03BffbatW,
https://www.peekvids.com/watch?v=KNdNpWizt2E, https://www.peekvids.com/watch?v=yJVIJTNnwV9, https://www.peekvids.com/watch?v=ODHgG6gKNBA,
https://www.peekvids.com/watch?v=EqkScLXqlGF, https://www.peekvids.com/watch?v=zaHSbg10389, https://www.peekvids.com/watch?v=MYMzdY5KueE,
https://www.peekvids.com/watch?v=HqmMGkNmkBc, https://www.peekvids.com/watch?v=tz6lXrLxSeI, https://www.peekvids.com/watch?v=xT7C66vhRAq,
https://www.peekvids.com/watch?v=maxuDCtC79i, https://www.peekvids.com/watch?v=dXTDJbE_hJF, https://www.peekvids.com/watch?v=sfNReUPP18S,
https://www.peekvids.com/watch?v=LslA1HJWuRF, https://www.peekvids.com/watch?v=TjDpZhcM5NJ, https://www.peekvids.com/watch?v=NkXYuUCiU6A,
https://www.peekvids.com/watch?v=HX1kbtkG8IN, https://www.peekvids.com/watch?v=j03_uPOuZsv, https://www.peekvids.com/watch?v=iyFnJaMSY6Z,
https://www.peekvids.com/watch?v=yKReRPWALxT, https://www.peekvids.com/watch?v=eRsSDocCiUa, https://www.peekvids.com/watch?v=L8MxxQRpyBC,
https://www.peekvids.com/watch?v=pTZIzyOtY_b, https://www.peekvids.com/watch?v=ykEnn8SipnY, https://www.peekvids.com/watch?v=iIUZ65rZNGW,
https://www.peekvids.com/watch?v=Bnqg-fmxy2Y, https://www.peekvids.com/watch?v=uYh6666r8WQ, https://www.peekvids.com/watch?v=aMa3AY69S0w,
https://www.peekvids.com/watch?v=LENVvRZINwf, https://www.peekvids.com/watch?v=Eul8bZ-bIHE, https://www.peekvids.com/watch?v=WAB85EUh3mj,
https://www.peekvids.com/watch?v=JnWNZJA_QqK, https://www.peekvids.com/watch?v=ntdEY4u491v, https://www.peekvids.com/watch?v=OtLhOrp8o1I,
https://www.peekvids.com/watch?v=NZFlg1tCyuF, https://www.peekvids.com/watch?v=2yCOC6buJDL, https://www.peekvids.com/watch?v=7wZjjJzOhL0,
https://www.peekvids.com/watch?v=RbtgYbrR24L, https://www.peekvids.com/watch?v=nzfsabhyEDN, https://www.peekvids.com/watch?v=tGaHKdTK5Vb,
https://www.peekvids.com/watch?v=rWWoxWl16Oz, https://www.peekvids.com/watch?v=rlDJ9GkTA52, https://www.peekvids.com/watch?v=jsJwiWjNYKV,
https://www.peekvids.com/watch?v=CL8goMlsKZY, https://www.peekvids.com/watch?v=AP0bMwEej5x, https://www.peekvids.com/watch?v=X4tNmES75HO,
https://www.peekvids.com/watch?v=J6abB-0UT6T, https://www.peekvids.com/watch?v=fQEOlkIGQLQ, https://www.peekvids.com/watch?v=kDcUfHM-ZXp,
https://www.peekvids.com/watch?v=wDrvneuJnX8, https://www.peekvids.com/watch?v=QJ4_QWP0OmU, https://www.peekvids.com/watch?v=vHVIlc8WX1N,
https://www.peekvids.com/watch?v=I2xVDBqBg56, https://www.peekvids.com/watch?v=tbQgcfoAfHR, https://www.peekvids.com/watch?v=glgxDbg14PV,
https://www.peekvids.com/watch?v=V13uRoUeidR, https://www.peekvids.com/watch?v=cX_8DaVxx_D, https://www.peekvids.com/watch?v=HC2rVrVVall,
https://www.peekvids.com/watch?v=cJsGfy_g3pd, https://www.peekvids.com/watch?v=SeVM7G5y67B, https://www.peekvids.com/watch?v=Zp6DS18JnjJ,
https://www.peekvids.com/watch?v=ZPen2y38xcb, https://www.peekvids.com/watch?v=Zx0uqr1K8e8, https://www.peekvids.com/watch?v=PNoSX_skwdY,
https://www.peekvids.com/watch?v=zjm4tPXkbZk, https://www.peekvids.com/watch?v=zK9jhUSW4qV, https://www.peekvids.com/watch?v=rJsjcvkQdUH,
https://www.peekvids.com/watch?v=n5m-_PV8IXv, https://www.peekvids.com/watch?v=gsWLybP75lf, https://www.peekvids.com/watch?v=Rsz1PzGA9cL,
https://www.peekvids.com/watch?v=C2Zspv8C-J0, https://www.peekvids.com/watch?v=xTxqkfmrJb6, https://www.peekvids.com/watch?v=qtPeclG27Ae,
https://www.peekvids.com/watch?v=vsuIEd0ntK3, https://www.peekvids.com/watch?v=Wz7ae5Lb6zN, https://www.peekvids.com/watch?v=uyXoiJ8IJhT,
https://www.peekvids.com/watch?v=s7jdJsoqsrU, https://www.peekvids.com/watch?v=3Aycm3qJ4ZZ, https://www.peekvids.com/watch?v=ou1ILwVA5DN,
https://www.peekvids.com/watch?v=QDH8nXXt-lB, https://www.peekvids.com/watch?v=Z8tsH183j6m, https://www.peekvids.com/watch?v=07iCzWKnEnQ,
https://www.peekvids.com/watch?v=yp8TayHG7SJ, https://www.peekvids.com/watch?v=6igcuTNOUhL, https://www.peekvids.com/watch?v=JMuIyIqXUa9,
https://www.peekvids.com/watch?v=vliKtyNgoIv, https://www.peekvids.com/watch?v=A1qMc6Smx7d, https://www.peekvids.com/watch?v=euR78QtQWnJ,
https://www.peekvids.com/watch?v=MnXfk9bRW7y, https://www.peekvids.com/watch?v=ozVAnNzZK5S, https://www.peekvids.com/watch?v=7V2Gw3xc1bq,
https://www.peekvids.com/watch?v=qsnATq5IOGD, https://www.peekvids.com/watch?v=yL6klO5lv0Q, https://www.peekvids.com/watch?v=0bw_ICPzT2j,
https://www.peekvids.com/watch?v=qd-HFnwp6Gd, https://www.peekvids.com/watch?v=T1OZkUpYGey, https://www.peekvids.com/watch?v=98dT_eMtSl6,
https://www.peekvids.com/watch?v=yyEB4HzOjS5, https://www.peekvids.com/watch?v=XxkI5iVcSbn, https://www.peekvids.com/watch?v=J_8NVOQ3sIo,
https://www.peekvids.com/watch?v=SakpCT4vBf9, https://www.peekvids.com/watch?v=dEGxKw-CsY9, https://www.peekvids.com/watch?v=zS4yrZGMTfb,
https://www.peekvids.com/watch?v=L3hdIYMsEJ2, https://www.peekvids.com/watch?v=B2UOeRgoqtQ, https://www.peekvids.com/watch?v=C_B9kohckQZ,
https://www.peekvids.com/watch?v=iIn5_LN-EVh, https://www.peekvids.com/watch?v=ymM8vgrFjbc, https://www.peekvids.com/watch?v=SvujtExBGHf,
https://www.peekvids.com/watch?v=JQxCpWBJ-Ml, https://www.peekvids.com/watch?v=x5N8QuB6fO5, https://www.peekvids.com/watch?v=LQSlrZhn-ZG,
https://www.peekvids.com/watch?v=wev577YqnKF, https://www.peekvids.com/watch?v=Ddinb4aXRfb, https://www.peekvids.com/watch?v=obJbTZ_cIh3,
https://www.peekvids.com/watch?v=z15IAhod-D7, https://www.peekvids.com/watch?v=AG5MPUh7cFz, https://www.peekvids.com/watch?v=KfvviN64EsN,
https://www.peekvids.com/watch?v=qbyKZluYkMb, https://www.peekvids.com/watch?v=kyYNWC1V04t, https://www.peekvids.com/watch?v=T2j9_THwCkM,
https://www.peekvids.com/watch?v=RusnAB2veBY, https://www.peekvids.com/watch?v=BS4gWGjmXDD, https://www.peekvids.com/watch?v=oSOAYSsI-8N,
https://www.peekvids.com/watch?v=IwPUoiOiAgr, https://www.peekvids.com/watch?v=SlnEFMOgLXU, https://www.peekvids.com/watch?v=mO7P6gtr1K6,
https://www.peekvids.com/watch?v=zZHsCkwbUOD, https://www.peekvids.com/watch?v=MDKRuJEO1Oe, https://www.peekvids.com/watch?v=WsDEGGq7v48,
https://www.peekvids.com/watch?v=fMkwIx80-y7, https://www.peekvids.com/watch?v=D8YM88XAGKf, https://www.peekvids.com/watch?v=rzPnPUht_U0,
https://www.peekvids.com/watch?v=wLJultGlsou, https://www.peekvids.com/watch?v=RgGzgF1RDTF, https://www.peekvids.com/watch?v=VRVQ8PDhVzT,
https://www.peekvids.com/watch?v=ZZPw6KXtPZk, https://www.peekvids.com/watch?v=GJxx3JNbw6C, https://www.peekvids.com/watch?v=vbkfXKsHWzj,
https://www.peekvids.com/watch?v=U7phYsEhPo7, https://www.peekvids.com/watch?v=z6tMh-2yU8C, https://www.peekvids.com/watch?v=Hws14d_lPhv,
https://www.peekvids.com/watch?v=IUhFAvo6vmY, https://www.peekvids.com/watch?v=5VJ45YbF1Ms, https://www.peekvids.com/watch?v=K9xKlZwjfeF,
https://www.peekvids.com/watch?v=apoCLWCW33d, https://www.peekvids.com/watch?v=ymxcV-WZPsm, https://www.peekvids.com/watch?v=6hksQjGzIDi,
https://www.peekvids.com/watch?v=NkdX8NAQ2jo, https://www.peekvids.com/watch?v=efV5ThMiWhr, https://www.peekvids.com/watch?v=DoywIIFXYfF,
https://www.peekvids.com/watch?v=59Kvjcx70cw, https://www.peekvids.com/watch?v=5Ajuw-V8orH, https://www.peekvids.com/watch?v=XpThDpDklH6,
https://www.peekvids.com/watch?v=ovsJnLzLCsO, https://www.peekvids.com/watch?v=JNFqG2Mnb1D, https://www.peekvids.com/watch?v=hjDeUGSWsJa,
https://www.peekvids.com/watch?v=HkZ8YeNVo6B, https://www.peekvids.com/watch?v=RE2dbIKmexu, https://www.peekvids.com/watch?v=PkHzs2nZuIA,
https://www.peekvids.com/watch?v=5fmxicRSx0I, https://www.peekvids.com/watch?v=u8sxon1nmKS, https://www.peekvids.com/watch?v=rSWhaY8AoNN,
https://www.peekvids.com/watch?v=fg4v8akGdV4, https://www.peekvids.com/watch?v=P6v9LtxtwAG, https://www.peekvids.com/watch?v=G2rIDi-hrPZ,
https://www.peekvids.com/watch?v=udNrMoI6vPK, https://www.peekvids.com/watch?v=XYWpnpF34ML, https://www.peekvids.com/watch?v=78u87UTDtgH,
https://www.peekvids.com/watch?v=xZtj7Ab1my3, https://www.peekvids.com/watch?v=bNeZ-bAaf66, https://www.peekvids.com/watch?v=q1_gBOdYQCC,
https://www.peekvids.com/watch?v=RIIDqSG67Rg, https://www.peekvids.com/watch?v=xo-IuqNfSsn, https://www.peekvids.com/watch?v=OBp3ntBzBui,
https://www.peekvids.com/watch?v=rX6Q5K-E7YC, https://www.peekvids.com/watch?v=Jl2BSHZL6Ew, https://www.peekvids.com/watch?v=Cy8kw0H0sft,
https://www.peekvids.com/watch?v=pnwoxDAVg0g, https://www.peekvids.com/watch?v=qnSMrPvYQV0, https://www.peekvids.com/watch?v=qGt-bt-REvN,

https://www.peekvids.com/watch?v=h28KbHc2Han, https://www.peekvids.com/watch?v=Xu3YGw7QREx, https://www.peekvids.com/watch?v=cnpmqeebtrd,
https://www.peekvids.com/watch?v=XkSinv8tXLC, https://www.peekvids.com/watch?v=JUFIlw7nxpn, https://www.peekvids.com/watch?v=jkiJTeDXaA7,
https://www.peekvids.com/watch?v=tA_Q-1PbBZD, https://www.peekvids.com/watch?v=obUH5WkR6HT, https://www.peekvids.com/watch?v=OCCnmnsbjQa,
https://www.peekvids.com/watch?v=QsnLVyFdyrM, https://www.peekvids.com/watch?v=nHWFy829QW7, https://www.peekvids.com/watch?v=zXLpjsIzN6v,
https://www.peekvids.com/watch?v=bldagBsjSEt, https://www.peekvids.com/watch?v=KP9yGXLRX_V, https://www.peekvids.com/watch?v=jCzWVxG2GHD,
https://www.peekvids.com/watch?v=FCd6I_jyOiq, https://www.peekvids.com/watch?v=AzS2ENQobUO, https://www.peekvids.com/watch?v=bY1rMNcNDPO,
https://www.peekvids.com/watch?v=r-6IhvrpLMs, https://www.peekvids.com/watch?v=9y5hyEavTPk, https://www.peekvids.com/watch?v=lNjj2LMlSbL,
https://www.peekvids.com/watch?v=2uiYM--pC8U, https://www.peekvids.com/watch?v=gCpTV28o7TD, https://www.peekvids.com/watch?v=3_z4pBeZn_I,
https://www.peekvids.com/watch?v=MoQGWME3mjm, https://www.peekvids.com/watch?v=iqJucUjqJO2, https://www.peekvids.com/watch?v=HB9EsOx1pms,
https://www.peekvids.com/watch?v=RA6A6bqetkG, https://www.peekvids.com/watch?v=A3nzI0v5uoH, https://www.peekvids.com/watch?v=srG9hvUanWV,
https://www.peekvids.com/watch?v=ZU8IzwN9UMP, https://www.peekvids.com/watch?v=Ml1_YqR06aM, https://www.peekvids.com/watch?v=uSt2JCelEt4,
https://www.peekvids.com/watch?v=SzSvdDuATon, https://www.peekvids.com/watch?v=rJsGaU3rVpU, https://www.peekvids.com/watch?v=iratoyLJWVl,
https://www.peekvids.com/watch?v=AUv1OCBIT2h, https://www.peekvids.com/watch?v=fBW9JtAa76R, https://www.peekvids.com/watch?v=KJ8OW4t6jIf,
https://www.peekvids.com/watch?v=lazWeXCTUuT, https://www.peekvids.com/watch?v=s-hFzbzIW1u, https://www.peekvids.com/watch?v=kwYzVJHpx8n,
https://www.peekvids.com/watch?v=8B5dymo1dc6, https://www.peekvids.com/watch?v=d9Phc6EwzrU, https://www.peekvids.com/watch?v=Ibntw8veCsJ,
https://www.peekvids.com/watch?v=6Liz_mBm-gE
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ismakelove
5.b. Uploader's email address: elizadream8000@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ismakelove
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=h8MMVpK-Zy8, https://www.peekvids.com/watch?v=W2ZorrjNgKm,
https://www.peekvids.com/watch?v=ngVL0eA4UIY, https://www.peekvids.com/watch?v=BoUT2giSJZu, https://www.peekvids.com/watch?v=xBt3ELVESRB,
https://www.peekvids.com/watch?v=CS3wbAZEEMi, https://www.peekvids.com/watch?v=nOCpHDPWDGY, https://www.peekvids.com/watch?v=iNIJf64cQ6C,
https://www.peekvids.com/watch?v=JnxyeF3MW-S, https://www.peekvids.com/watch?v=3w8Io-Vfkzb, https://www.peekvids.com/watch?v=vu--uEOx2bW,
https://www.peekvids.com/watch?v=7hEUsPqbp0K, https://www.peekvids.com/watch?v=SEUeDkzUGx7, https://www.peekvids.com/watch?v=UgIzfntmbs4,
https://www.peekvids.com/watch?v=EuUMEFcLOf7, https://www.peekvids.com/watch?v=rDtB4VyvzBT, https://www.peekvids.com/watch?v=9gxcrYtuhT0,
https://www.peekvids.com/watch?v=p2gZbRpE4Lb, https://www.peekvids.com/watch?v=lQYYCezB4Yy, https://www.peekvids.com/watch?v=Aw7R4HnRhOo,
https://www.peekvids.com/watch?v=e7NPmFikwlW, https://www.peekvids.com/watch?v=8Jw9zwC3vsH, https://www.peekvids.com/watch?v=CLROwcGUmIr,
https://www.peekvids.com/watch?v=iC0hYxWThd7, https://www.peekvids.com/watch?v=GeplzEWsmTc, https://www.peekvids.com/watch?v=BxaBKe6zHpc,
https://www.peekvids.com/watch?v=yhD5-9qT0nG, https://www.peekvids.com/watch?v=Tbi3P75Qey3, https://www.peekvids.com/watch?v=VHs5jufLPJt,
https://www.peekvids.com/watch?v=fevy09NMgiM, https://www.peekvids.com/watch?v=kowtFFFOWTw, https://www.peekvids.com/watch?v=LkQ5EPfsHIY,
https://www.peekvids.com/watch?v=3eNfGtOLwbg, https://www.peekvids.com/watch?v=8u5CUpdxm9k, https://www.peekvids.com/watch?v=7CDu7pUGXPk,
https://www.peekvids.com/watch?v=Ui7GyKwBmh3, https://www.peekvids.com/watch?v=iUeOEURyvMw, https://www.peekvids.com/watch?v=Ssu7tbzKQ6u,
https://www.peekvids.com/watch?v=MRGiHwmhx7i, https://www.peekvids.com/watch?v=KCjYfSmVzDz, https://www.peekvids.com/watch?v=cDRBlygubCo,
https://www.peekvids.com/watch?v=VhsUFsz9NaC, https://www.peekvids.com/watch?v=Qzh5Fy-hNhZ, https://www.peekvids.com/watch?v=-a2xbXE87D0,
https://www.peekvids.com/watch?v=HXLkjEnmx8S, https://www.peekvids.com/watch?v=NYdQgOSh2Fk, https://www.peekvids.com/watch?v=J9dQkGGlpCQ,
https://www.peekvids.com/watch?v=0rFE94hWOaX, https://www.peekvids.com/watch?v=uSfO3zWt-zo, https://www.peekvids.com/watch?v=bGDB5kaRS0V,
https://www.peekvids.com/watch?v=dyGLUPzyVUI, https://www.peekvids.com/watch?v=iEpgg48X4V-, https://www.peekvids.com/watch?v=TZFI7uwIk8E,
https://www.peekvids.com/watch?v=KYP-JYK2T42, https://www.peekvids.com/watch?v=fgFYzPZLRTm, https://www.peekvids.com/watch?v=chq4z89ifF-,
https://www.peekvids.com/watch?v=QT2gHxoTut2, https://www.peekvids.com/watch?v=EIVKbYfEY5D, https://www.peekvids.com/watch?v=jVLgu80Gpmd,
https://www.peekvids.com/watch?v=BaPYNWeOSPZ, https://www.peekvids.com/watch?v=CURDE3jbSGX, https://www.peekvids.com/watch?v=3kVqoiDPlkQ,
https://www.peekvids.com/watch?v=2rwpgfDnu4h, https://www.peekvids.com/watch?v=eAVHefcS59s, https://www.peekvids.com/watch?v=OtEQporSNDG,
https://www.peekvids.com/watch?v=BzZNC4TF45W, https://www.peekvids.com/watch?v=t4rAApXvhe5, https://www.peekvids.com/watch?v=E65C90cz86i,
https://www.peekvids.com/watch?v=R6yqPoriK2o, https://www.peekvids.com/watch?v=69dwpMGcAbU, https://www.peekvids.com/watch?v=0nceWaqVuRr,
https://www.peekvids.com/watch?v=vSf7pnglVK9, https://www.peekvids.com/watch?v=B-F5GGTrlfS, https://www.peekvids.com/watch?v=3ZYqhWdY3YW,
https://www.peekvids.com/watch?v=WB6JUuHRRl0, https://www.peekvids.com/watch?v=AVkng6DoKqT, https://www.peekvids.com/watch?v=OVImez2wIjE,
https://www.peekvids.com/watch?v=7F5UKVmjqHR, https://www.peekvids.com/watch?v=7gtBcVgjen5, https://www.peekvids.com/watch?v=uDuCtnrHHmp,
https://www.peekvids.com/watch?v=NuVUA9-vUEt, https://www.peekvids.com/watch?v=2RujZchfaI6, https://www.peekvids.com/watch?v=ZZF4DWLVJLG,
https://www.peekvids.com/watch?v=Tlv4I7N-wwP, https://www.peekvids.com/watch?v=tYCCrhOBX3V, https://www.peekvids.com/watch?v=Vg3lyZsu8St,
https://www.peekvids.com/watch?v=tm53dqv4Ikl, https://www.peekvids.com/watch?v=RmeXO4LSR-d, https://www.peekvids.com/watch?v=sjjwwdU6ozr,
https://www.peekvids.com/watch?v=VZrvLcjwqxQ, https://www.peekvids.com/watch?v=FSIj6MPFWeb, https://www.peekvids.com/watch?v=K3DuEVJlHA6,
https://www.peekvids.com/watch?v=JgUdGXpvN8D, https://www.peekvids.com/watch?v=pUttbg87LtW, https://www.peekvids.com/watch?v=QQVtTxIdAeK,
https://www.peekvids.com/watch?v=5hAQGVij4yP, https://www.peekvids.com/watch?v=kJutqeUFves, https://www.peekvids.com/watch?v=-Ft2aR8FrQZ,
https://www.peekvids.com/watch?v=XWRIHEUFSP0, https://www.peekvids.com/watch?v=QRNoSN-ntR4, https://www.peekvids.com/watch?v=uCnIAD2TfR8,
https://www.peekvids.com/watch?v=t0nHJVlUT0N, https://www.peekvids.com/watch?v=63eUfDe79Zv, https://www.peekvids.com/watch?v=RqFoFXZzicm,
https://www.peekvids.com/watch?v=-tPG7kaTaTb, https://www.peekvids.com/watch?v=XJ5HfqMxAaL, https://www.peekvids.com/watch?v=AHE3DLgCPRh,
https://www.peekvids.com/watch?v=8jNx94F94Uc, https://www.peekvids.com/watch?v=Kok8KHTaIAI, https://www.peekvids.com/watch?v=n0QzmyAvUVp,
https://www.peekvids.com/watch?v=7F6HfsjdLEj, https://www.peekvids.com/watch?v=86fjuvd77YM, https://www.peekvids.com/watch?v=lpCrFYK6OpN,
https://www.peekvids.com/watch?v=TYMYYbbpj8M, https://www.peekvids.com/watch?v=2-YFdIK7S8V, https://www.peekvids.com/watch?v=iobUwsIIpxk,
https://www.peekvids.com/watch?v=fnv3hXm5f49, https://www.peekvids.com/watch?v=qMSyN5SFUaY, https://www.peekvids.com/watch?v=vbbvwsRX-lv,
https://www.peekvids.com/watch?v=0xv8virmYUJ, https://www.peekvids.com/watch?v=LECKBSEdkhy, https://www.peekvids.com/watch?v=qKUuAJ9HO28,
https://www.peekvids.com/watch?v=3YV6udCtzzZ, https://www.peekvids.com/watch?v=rIFCpVmQthK, https://www.peekvids.com/watch?v=pC3Gk0dw-lS,
https://www.peekvids.com/watch?v=9yZHn3EKoCK, https://www.peekvids.com/watch?v=AsItZSj3eje, https://www.peekvids.com/watch?v=imo2qqOMS9q,
https://www.peekvids.com/watch?v=6c02u5vnQ8D, https://www.peekvids.com/watch?v=aUyCC3GNa54, https://www.peekvids.com/watch?v=JXfwCl95zFn,
https://www.peekvids.com/watch?v=NmmxBSOXeKk, https://www.peekvids.com/watch?v=WT8UzBWBkA-, https://www.peekvids.com/watch?v=CK0o9XeMIWC,
https://www.peekvids.com/watch?v=Yl9bsprwW50, https://www.peekvids.com/watch?v=a2suvCJaGqb, https://www.peekvids.com/watch?v=Xe8TEJnBtjK,
https://www.peekvids.com/watch?v=rYVN8dZVXze, https://www.peekvids.com/watch?v=S3WioG5EJqN, https://www.peekvids.com/watch?v=egFcHOlPWUD,
https://www.peekvids.com/watch?v=pMwfllCVknn, https://www.peekvids.com/watch?v=IQwhSpRc9Z8, https://www.peekvids.com/watch?v=MOmNIgg2hWa,
https://www.peekvids.com/watch?v=R5hpWtoHo4w, https://www.peekvids.com/watch?v=o9VEphqj9qB, https://www.peekvids.com/watch?v=GoyFE5koUvc,
https://www.peekvids.com/watch?v=WyJO70BXLIh, https://www.peekvids.com/watch?v=4qU0HcuMVe2, https://www.peekvids.com/watch?v=NAa4fSou9Js,
https://www.peekvids.com/watch?v=hCjjfdrfXTe, https://www.peekvids.com/watch?v=Hcy0rx93ths, https://www.peekvids.com/watch?v=7iHyQtOFdvH,
https://www.peekvids.com/watch?v=np8nBkajCqe, https://www.peekvids.com/watch?v=EbIi4mhGBF5, https://www.peekvids.com/watch?v=tKHwUsmLWM9,
https://www.peekvids.com/watch?v=vdQzSUE-063, https://www.peekvids.com/watch?v=Buno5vYh-Q9, https://www.peekvids.com/watch?v=0QSmD2gqTRm,
https://www.peekvids.com/watch?v=CbsAhWgupCH, https://www.peekvids.com/watch?v=wZAmEWQ86ZJ, https://www.peekvids.com/watch?v=nTAlBlUjErF,
https://www.peekvids.com/watch?v=500XtnjijbT, https://www.peekvids.com/watch?v=BYsVUr8umXm, https://www.peekvids.com/watch?v=x5xb0JGbk7K,
https://www.peekvids.com/watch?v=pZGdPMZ2lvq, https://www.peekvids.com/watch?v=4zAVMf3KljI, https://www.peekvids.com/watch?v=McCEF0JGv24,
https://www.peekvids.com/watch?v=bHqOzD5rg8C, https://www.peekvids.com/watch?v=fb9IulhiXTY, https://www.peekvids.com/watch?v=vwjBt0CoeUJ,
https://www.peekvids.com/watch?v=x0rBX6OniKt, https://www.peekvids.com/watch?v=2izBwyM6fVc, https://www.peekvids.com/watch?v=A5LLfrGucQs,
https://www.peekvids.com/watch?v=M0KHUV5VRen, https://www.peekvids.com/watch?v=DP4zOTkBA0s, https://www.peekvids.com/watch?v=CfbH4hd3zab,
https://www.peekvids.com/watch?v=vguvtmYTjrp, https://www.peekvids.com/watch?v=plHEb7JVdLo, https://www.peekvids.com/watch?v=Ihwl68nAbfj,
https://www.peekvids.com/watch?v=uK5OQ6iToV2, https://www.peekvids.com/watch?v=mJYA9eUihiw, https://www.peekvids.com/watch?v=RGgA-CKkBWw,
https://www.peekvids.com/watch?v=W3RcRJKMFfa, https://www.peekvids.com/watch?v=ivzNgMp-Yh4, https://www.peekvids.com/watch?v=Zb9rwAJ6jhs,
https://www.peekvids.com/watch?v=wMIi56b6oED, https://www.peekvids.com/watch?v=w-fJXv6ghBJ, https://www.peekvids.com/watch?v=panDVo2LkIu,
https://www.peekvids.com/watch?v=k5DSmpVSGxM, https://www.peekvids.com/watch?v=ZX68KgyM26U, https://www.peekvids.com/watch?v=ZUiUQs-q3j5,
https://www.peekvids.com/watch?v=l8neei4sEeW, https://www.peekvids.com/watch?v=4BJhfcJcs5F, https://www.peekvids.com/watch?v=5AgZl-hlyGV,
https://www.peekvids.com/watch?v=l0XMk5WiPz6, https://www.peekvids.com/watch?v=mavlUqGHpQN, https://www.peekvids.com/watch?v=TNixm0IurIQ,
https://www.peekvids.com/watch?v=FyPd8o684RR, https://www.peekvids.com/watch?v=8xnCWIF9Per, https://www.peekvids.com/watch?v=Y5L08kSUUOc,
https://www.peekvids.com/watch?v=Gz6QzdAOx0e, https://www.peekvids.com/watch?v=4M8hYyxXkv9, https://www.peekvids.com/watch?v=LOnEv65j2Z9,
https://www.peekvids.com/watch?v=KrJhxnrh7Ke, https://www.peekvids.com/watch?v=BWy-sxPwOkl, https://www.peekvids.com/watch?v=NUDW6ImD506,
https://www.peekvids.com/watch?v=i3ubaLdNFbm, https://www.peekvids.com/watch?v=r-MAqzGZdYl, https://www.peekvids.com/watch?v=cB8vT4YL2za,
https://www.peekvids.com/watch?v=zkBXbJyhi4C, https://www.peekvids.com/watch?v=nfpqUXVYUCo, https://www.peekvids.com/watch?v=jBY-Hhow6N7,
https://www.peekvids.com/watch?v=7Qb0FNS5OXe, https://www.peekvids.com/watch?v=veo47YKpCeg
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ivanushka
5.b. Uploader's email address: ivananatiloevich@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ivanushka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XJuvL0IX_G7, https://www.peekvids.com/watch?v=veDzHehxk7E,
https://www.peekvids.com/watch?v=f6oh0Uzn9l9, https://www.peekvids.com/watch?v=9IShGHkn2aO, https://www.peekvids.com/watch?v=X-jUicy8IbJ,
https://www.peekvids.com/watch?v=8i1STZjXbSz, https://www.peekvids.com/watch?v=8pAbbfEkJuT, https://www.peekvids.com/watch?v=FBpieZFYqOT,
https://www.peekvids.com/watch?v=LFW-PxFMVdk, https://www.peekvids.com/watch?v=G_TBBPiDN6m, https://www.peekvids.com/watch?v=clecu0TmOGK,
https://www.peekvids.com/watch?v=u2uI2npPhxS, https://www.peekvids.com/watch?v=FJcDnBBiarJ, https://www.peekvids.com/watch?v=7GJ9avrlumd,
https://www.peekvids.com/watch?v=55m6AL2owhO, https://www.peekvids.com/watch?v=nRbI_6NhUJk, https://www.peekvids.com/watch?v=z_SylJv8w1o,
https://www.peekvids.com/watch?v=u_CoKuVB8oJ, https://www.peekvids.com/watch?v=IAzBnBav7Qm, https://www.peekvids.com/watch?v=cLimfwZWgCt,
https://www.peekvids.com/watch?v=eL6zPkXoErf, https://www.peekvids.com/watch?v=YbHhPdjQFyw, https://www.peekvids.com/watch?v=uY9RBJC_ocB,
https://www.peekvids.com/watch?v=5jhCLZEEIbD, https://www.peekvids.com/watch?v=p7zZf6pUwTu, https://www.peekvids.com/watch?v=9nfKBAttXO3,
https://www.peekvids.com/watch?v=90sE8ZYT1-L, https://www.peekvids.com/watch?v=5vhc__Fl2Hr, https://www.peekvids.com/watch?v=rrCrP020Un8,
https://www.peekvids.com/watch?v=Rm_cYbqHp7d, https://www.peekvids.com/watch?v=j_CLj1--d4W, https://www.peekvids.com/watch?v=BA54hGsdfrU,
https://www.peekvids.com/watch?v=RJsPzIfjGtK, https://www.peekvids.com/watch?v=xOb8fNpTov7, https://www.peekvids.com/watch?v=sU9E--A0iex,
https://www.peekvids.com/watch?v=YF0Cxp4KkIu, https://www.peekvids.com/watch?v=PonHwo3ObVF, https://www.peekvids.com/watch?v=whSxoTxiKli,
https://www.peekvids.com/watch?v=0yT6XJfRBiM, https://www.peekvids.com/watch?v=YpuSc94AqXX, https://www.peekvids.com/watch?v=l6kRdrEg9qk,
https://www.peekvids.com/watch?v=nLam-PaMYdT, https://www.peekvids.com/watch?v=oMIEHgKJbRJ, https://www.peekvids.com/watch?v=3ioXgKQ7vaU,
https://www.peekvids.com/watch?v=hHh6OW18XNT, https://www.peekvids.com/watch?v=2EEBB0QHqlI, https://www.peekvids.com/watch?v=m6W8PT-VGO7,
https://www.peekvids.com/watch?v=eTkvm9cNygt, https://www.peekvids.com/watch?v=85QrS59TOzv, https://www.peekvids.com/watch?v=er-0afDgBTn,
https://www.peekvids.com/watch?v=vJybP2kHCNE, https://www.peekvids.com/watch?v=59TInYaQ50Q, https://www.peekvids.com/watch?v=hZG9IvEHcC6,
https://www.peekvids.com/watch?v=vRNPxYCR8w4, https://www.peekvids.com/watch?v=63KDnLx0y1d, https://www.peekvids.com/watch?v=5wGBZF-V7L4,
https://www.peekvids.com/watch?v=EDPoVnjqqs3, https://www.peekvids.com/watch?v=phcqsYHhjmF, https://www.peekvids.com/watch?v=QyxCEC5MQxA,
https://www.peekvids.com/watch?v=0hacjDdVCFv, https://www.peekvids.com/watch?v=NicUJgB4MeY, https://www.peekvids.com/watch?v=Elo8I8i2H6M,
https://www.peekvids.com/watch?v=JMpto6CMaH2, https://www.peekvids.com/watch?v=tbHN5_y8M_G, https://www.peekvids.com/watch?v=zzqt_xrM4Ko,
https://www.peekvids.com/watch?v=J4y4vecvXRP, https://www.peekvids.com/watch?v=fHnSpnNcAZV, https://www.peekvids.com/watch?v=YnhEy8Kb37h,
https://www.peekvids.com/watch?v=BKfp9GsHxTB, https://www.peekvids.com/watch?v=lh2BjX7LcGV, https://www.peekvids.com/watch?v=aXZOcNMI1dS,
https://www.peekvids.com/watch?v=4ZzNA1BtnVZ, https://www.peekvids.com/watch?v=wu1BVvMsMc9, https://www.peekvids.com/watch?v=ikrdcwC64CP,
https://www.peekvids.com/watch?v=MIzGxWjaUFI, https://www.peekvids.com/watch?v=o61ko1iOwBT, https://www.peekvids.com/watch?v=CXmuRzoGiYM,
https://www.peekvids.com/watch?v=KWFue13UX1w, https://www.peekvids.com/watch?v=GEEyuT2DygW, https://www.peekvids.com/watch?v=XZJrA8bZM9B,
https://www.peekvids.com/watch?v=ggXyF1_3WC4, https://www.peekvids.com/watch?v=EOdkzGic2Wi, https://www.peekvids.com/watch?v=kDO8r4Fgn_s,
https://www.peekvids.com/watch?v=6kqQvO7Lsze, https://www.peekvids.com/watch?v=pW8QG8tjMra, https://www.peekvids.com/watch?v=iuqYBZx5tsI,
https://www.peekvids.com/watch?v=am-ZCzkdhUj, https://www.peekvids.com/watch?v=SQAVsvefiNI, https://www.peekvids.com/watch?v=6QYHKvH2dqe,
https://www.peekvids.com/watch?v=dtTWj9Y6fYI, https://www.peekvids.com/watch?v=6JeEjyjnE70, https://www.peekvids.com/watch?v=g2vjdrTggCS,
https://www.peekvids.com/watch?v=2JRmaD9rQQn, https://www.peekvids.com/watch?v=0fL1UYqXRXe, https://www.peekvids.com/watch?v=gcm57AcbGSM,
https://www.peekvids.com/watch?v=quOsBiyJWlj, https://www.peekvids.com/watch?v=cDZnGLTzgXc, https://www.peekvids.com/watch?v=ZYOLUAo-dCG,
https://www.peekvids.com/watch?v=P4O6r_7KcOy, https://www.peekvids.com/watch?v=pn7yJIl0f0O, https://www.peekvids.com/watch?v=U1w31HoYapJ,
https://www.peekvids.com/watch?v=p9uYsDeyCql, https://www.peekvids.com/watch?v=e7O9L3Ad9sa, https://www.peekvids.com/watch?v=s7bl4A7WAaA,
https://www.peekvids.com/watch?v=HUw8Z98u7nP, https://www.peekvids.com/watch?v=r46whit_EgZ, https://www.peekvids.com/watch?v=FJ-ySPDukIR,

https://www.peekvids.com/watch?v=x5nS2iEKGDy, https://www.peekvids.com/watch?v=dkksSUP_VND, https://www.peekvids.com/watch?v=Y0Km_KmtHzY,
https://www.peekvids.com/watch?v=i6-CsyH0k4c, https://www.peekvids.com/watch?v=v6NTHFtpPCP, https://www.peekvids.com/watch?v=ZDqBVvprXBW,
https://www.peekvids.com/watch?v=Hk8_0kwFpY6, https://www.peekvids.com/watch?v=G2dJ4oRJRzt, https://www.peekvids.com/watch?v=yksrC1Qk52f,
https://www.peekvids.com/watch?v=OgCCUZMKn6P, https://www.peekvids.com/watch?v=9XcNn4PQJPv, https://www.peekvids.com/watch?v=up0i_UDWdNk,
https://www.peekvids.com/watch?v=ptK2lmtDwg6, https://www.peekvids.com/watch?v=b9VShsdy10G, https://www.peekvids.com/watch?v=qFNHWGL34gD,
https://www.peekvids.com/watch?v=LSjXOiVVEne, https://www.peekvids.com/watch?v=hub1GtogQwS, https://www.peekvids.com/watch?v=vmzueJmZPFa,
https://www.peekvids.com/watch?v=FOWp1ryXNYB, https://www.peekvids.com/watch?v=ZjwFWNeDe1J, https://www.peekvids.com/watch?v=GiD_ETb0XnY,
https://www.peekvids.com/watch?v=wfYZb4rBYi4, https://www.peekvids.com/watch?v=TpHjoaME-iE, https://www.peekvids.com/watch?v=q4HeC-_oW82,
https://www.peekvids.com/watch?v=b03zf4hFdeV, https://www.peekvids.com/watch?v=WUbA1KWQ11J, https://www.peekvids.com/watch?v=FzDwGu8JaDC,
https://www.peekvids.com/watch?v=HsWbQqmq2Ow, https://www.peekvids.com/watch?v=px3quPmY6D4, https://www.peekvids.com/watch?v=G6y2-3IYFz9,
https://www.peekvids.com/watch?v=ncTtxM8QVdH, https://www.peekvids.com/watch?v=SM8D-qsHSdF, https://www.peekvids.com/watch?v=9WQXmNr1cNQ,
https://www.peekvids.com/watch?v=3onC6s5AdIh, https://www.peekvids.com/watch?v=N6EpdqvNeHp, https://www.peekvids.com/watch?v=kwny1sJraAQ,
https://www.peekvids.com/watch?v=6pDtYvkobas, https://www.peekvids.com/watch?v=5jjNTXh1CIw, https://www.peekvids.com/watch?v=pPrvmoY2S9X,
https://www.peekvids.com/watch?v=7rsS6hxDnLH, https://www.peekvids.com/watch?v=vZzgAx3Dktk, https://www.peekvids.com/watch?v=nV-IXnW6IJm,
https://www.peekvids.com/watch?v=QFZE7PP23na, https://www.peekvids.com/watch?v=oOEq-_cL9Wo, https://www.peekvids.com/watch?v=EujbzbShJ_6,
https://www.peekvids.com/watch?v=UpLE9vCL8z0, https://www.peekvids.com/watch?v=oGUCWapeZvi, https://www.peekvids.com/watch?v=WxyMURfNEAQ,
https://www.peekvids.com/watch?v=PnMnCG0vxpF, https://www.peekvids.com/watch?v=DGBChFqErwC, https://www.peekvids.com/watch?v=tpPovwKNIXa,
https://www.peekvids.com/watch?v=rGG6q23A2XE, https://www.peekvids.com/watch?v=mUCjbH4ShuE, https://www.peekvids.com/watch?v=xYzdp-AlO9o,
https://www.peekvids.com/watch?v=iD77YF-GeBW, https://www.peekvids.com/watch?v=ERqRa7So6J0, https://www.peekvids.com/watch?v=6tCTATQwii5,
https://www.peekvids.com/watch?v=CsVDuwFdedU, https://www.peekvids.com/watch?v=RUJXHhKZmsX, https://www.peekvids.com/watch?v=nDa3TJtnXuf,
https://www.peekvids.com/watch?v=HVAQyoYJfaJ, https://www.peekvids.com/watch?v=8Phl7RYS7o4, https://www.peekvids.com/watch?v=ll1SdD1Hwz3,
https://www.peekvids.com/watch?v=DpOIo4UMtOK, https://www.peekvids.com/watch?v=RP_Y9lOtKwI, https://www.peekvids.com/watch?v=NtYF0TZ6e6n,
https://www.peekvids.com/watch?v=8j2SwvoiO1u, https://www.peekvids.com/watch?v=dI0E4YOrcO8, https://www.peekvids.com/watch?v=lPMNFfIB27d,
https://www.peekvids.com/watch?v=qxP35QVWiHb, https://www.peekvids.com/watch?v=dktzmfqf4gd, https://www.peekvids.com/watch?v=nsKNe7oujaY,
https://www.peekvids.com/watch?v=Q5WEwNdYhfu, https://www.peekvids.com/watch?v=5fdXfRKZcGC, https://www.peekvids.com/watch?v=kWrTXP4k1LS,
https://www.peekvids.com/watch?v=RbtTeMLPK07, https://www.peekvids.com/watch?v=6-sBY8u7QRo, https://www.peekvids.com/watch?v=aYt8FVwvH1w,
https://www.peekvids.com/watch?v=ZuKxj8gmj-7, https://www.peekvids.com/watch?v=OjhpGCAtmGQ, https://www.peekvids.com/watch?v=pDQoPDyVLfm,
https://www.peekvids.com/watch?v=pU6uAwpbVly, https://www.peekvids.com/watch?v=v9yGuNxnP7d, https://www.peekvids.com/watch?v=6Lur-JNPfLb,
https://www.peekvids.com/watch?v=m3UNrvv0_3C, https://www.peekvids.com/watch?v=iYD7tbTzacy, https://www.peekvids.com/watch?v=dMwiDV6vY8m,
https://www.peekvids.com/watch?v=ATgm7zfZfSd, https://www.peekvids.com/watch?v=cSxFwCEhGfg, https://www.peekvids.com/watch?v=fwEVau9BZjZ,
https://www.peekvids.com/watch?v=dYf_-fFpyTR, https://www.peekvids.com/watch?v=wOf_eA1lePf, https://www.peekvids.com/watch?v=UC6YusPJv4R,
https://www.peekvids.com/watch?v=s8HQQ2E_Tx9, https://www.peekvids.com/watch?v=uc1q-SVBkHs, https://www.peekvids.com/watch?v=7zm9mDOC3HY,
https://www.peekvids.com/watch?v=qZvWiKpxDTM, https://www.peekvids.com/watch?v=U10AmTKpdkd, https://www.peekvids.com/watch?v=H_IoS_v7m-D,
https://www.peekvids.com/watch?v=MqmaqKai9hu, https://www.peekvids.com/watch?v=ciUUOfsy0Ub, https://www.peekvids.com/watch?v=ATwGZpttSTP,
https://www.peekvids.com/watch?v=zesZxvEpRfx, https://www.peekvids.com/watch?v=fVqZWY4bzcS, https://www.peekvids.com/watch?v=2P-xEvBEYE9,
https://www.peekvids.com/watch?v=9isk1HxJFm3, https://www.peekvids.com/watch?v=IMGyHqIUaYr, https://www.peekvids.com/watch?v=pDMWixs7Ret,
https://www.peekvids.com/watch?v=7Fxb1kdNw-Y, https://www.peekvids.com/watch?v=htcHUYL1E54, https://www.peekvids.com/watch?v=Jl6HeQbXQJZ,
https://www.peekvids.com/watch?v=5FchN2fBlXn, https://www.peekvids.com/watch?v=eX5Jc-CLCK7, https://www.peekvids.com/watch?v=jqbrnGdx0B3,
https://www.peekvids.com/watch?v=R8KGGZb5AW8, https://www.peekvids.com/watch?v=4CI5ASL_Xhh, https://www.peekvids.com/watch?v=LVaCNN8SeHg,
https://www.peekvids.com/watch?v=Ll2dCT9HCOc, https://www.peekvids.com/watch?v=vyFioXTymb5, https://www.peekvids.com/watch?v=pgGbZyzfMp5,
https://www.peekvids.com/watch?v=vTLrsq3oVH4, https://www.peekvids.com/watch?v=P30ze64LJGD
5.f. Date of third notice: 2015-11-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: iwantbmwx5
5.b. Uploader's email address: vadivassaenro@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=iwantbmwx5
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=cwnOL6H97rr, https://www.peekvids.com/watch?v=qJW3k6HAGeQ,
https://www.peekvids.com/watch?v=C3QEm_VRaVl, https://www.peekvids.com/watch?v=4EiB0QbhqCc, https://www.peekvids.com/watch?v=kpBVTvwnAes,
https://www.peekvids.com/watch?v=zGmywFw43fh, https://www.peekvids.com/watch?v=rDhIDShiYJl, https://www.peekvids.com/watch?v=4UM3ioYCD4u,
https://www.peekvids.com/watch?v=ZpW6JmhmM1d, https://www.peekvids.com/watch?v=2-4XsjFDJVZ, https://www.peekvids.com/watch?v=kMw3p1BYlUJ,
https://www.peekvids.com/watch?v=lvGQms7Cfay, https://www.peekvids.com/watch?v=J7kLwoYIBu3, https://www.peekvids.com/watch?v=erkxOOYAPmZ,
https://www.peekvids.com/watch?v=WyjNwSpBhOu, https://www.peekvids.com/watch?v=uwBfWAoeiOA, https://www.peekvids.com/watch?v=yGEnmPfXDcF,
https://www.peekvids.com/watch?v=6u3yPZl50JK, https://www.peekvids.com/watch?v=HmrYxw8Y_R6, https://www.peekvids.com/watch?v=fi6PQqoLbUz,
https://www.peekvids.com/watch?v=b53oheh3Na3, https://www.peekvids.com/watch?v=JiDFxp-vXMf, https://www.peekvids.com/watch?v=jZfYsav9KTE,
https://www.peekvids.com/watch?v=p-Yu55J2lOR, https://www.peekvids.com/watch?v=VBXFrwkq5jL, https://www.peekvids.com/watch?v=53hhFa6pgEg,
https://www.peekvids.com/watch?v=Dj4sukd6NLO, https://www.peekvids.com/watch?v=24IHi8XUSAc, https://www.peekvids.com/watch?v=XeJca7GG44A,
https://www.peekvids.com/watch?v=c3CODbkRTiY, https://www.peekvids.com/watch?v=zsEtUZsCpnW, https://www.peekvids.com/watch?v=sDSCmSZqY6H,
https://www.peekvids.com/watch?v=RBfSou8rn_g, https://www.peekvids.com/watch?v=YTA3a7meOS6, https://www.peekvids.com/watch?v=LkBf348xwHX,
https://www.peekvids.com/watch?v=GZ2J7HQLOhe, https://www.peekvids.com/watch?v=U0jXxCVwXEh, https://www.peekvids.com/watch?v=IhJWyw1WQtu,
https://www.peekvids.com/watch?v=qCjtYp96EHT, https://www.peekvids.com/watch?v=YARo4iNtL8P, https://www.peekvids.com/watch?v=uOGTDF7R7MO,
https://www.peekvids.com/watch?v=LZmBI8pRuEm, https://www.peekvids.com/watch?v=9fzhZSPXala, https://www.peekvids.com/watch?v=SF6e9RFEZaM,
https://www.peekvids.com/watch?v=elL2g0y_EKt, https://www.peekvids.com/watch?v=okRQstqkgg6, https://www.peekvids.com/watch?v=8mIjEUEPL9d,
https://www.peekvids.com/watch?v=pIhkS9kdmDk, https://www.peekvids.com/watch?v=9ylykiBOa53, https://www.peekvids.com/watch?v=SCbgVPqzTzq,
https://www.peekvids.com/watch?v=gXnNVq22WgT, https://www.peekvids.com/watch?v=FdJnbrKPE3g, https://www.peekvids.com/watch?v=cKQ-N15O253,
https://www.peekvids.com/watch?v=4-cd7QsXZVW, https://www.peekvids.com/watch?v=jAM_KdDXQJR, https://www.peekvids.com/watch?v=zouLMTtaEbW,
https://www.peekvids.com/watch?v=XcOQnG5V_6Y, https://www.peekvids.com/watch?v=JLgjFm4VgzV, https://www.peekvids.com/watch?v=tOAMwI3jnMv,
https://www.peekvids.com/watch?v=ZEJmFmg9R3W, https://www.peekvids.com/watch?v=GCKE2npX5Zw, https://www.peekvids.com/watch?v=yPnSMitlQJv,
https://www.peekvids.com/watch?v=EpFweB2pqCh, https://www.peekvids.com/watch?v=hHGcVV_7v34, https://www.peekvids.com/watch?v=bFFdwiJe06F,
https://www.peekvids.com/watch?v=r8kiHLabcbv, https://www.peekvids.com/watch?v=bpLakBjlqew, https://www.peekvids.com/watch?v=f-fapADYXJX,
https://www.peekvids.com/watch?v=TOf1uIfcWAI, https://www.peekvids.com/watch?v=asq-thTbwLu, https://www.peekvids.com/watch?v=CjOtRHABX6N,
https://www.peekvids.com/watch?v=Wo75_wgj5r8, https://www.peekvids.com/watch?v=l1NskzLACwR, https://www.peekvids.com/watch?v=vrFAT4fH9hx,
https://www.peekvids.com/watch?v=hJ_ZnLWWjBX, https://www.peekvids.com/watch?v=UaG9ZzPNx_Y, https://www.peekvids.com/watch?v=gyGtuG9gMx2,
https://www.peekvids.com/watch?v=n3XmM95yZ1M, https://www.peekvids.com/watch?v=K5wdyNX7kD6, https://www.peekvids.com/watch?v=3Uc-bPiOt8V,
https://www.peekvids.com/watch?v=DUm0p4atfQe, https://www.peekvids.com/watch?v=Tp9MlawN-wr, https://www.peekvids.com/watch?v=hK6NfGQ1npw,
https://www.peekvids.com/watch?v=aQZy-wZVWlQ, https://www.peekvids.com/watch?v=V4FYmas1fQs, https://www.peekvids.com/watch?v=7UTYuQdoZAk,
https://www.peekvids.com/watch?v=ilwYyB2CBN6, https://www.peekvids.com/watch?v=zhQ0iiw7sg6, https://www.peekvids.com/watch?v=3V6BA2LB0wX,
https://www.peekvids.com/watch?v=QV9MayjZKwg, https://www.peekvids.com/watch?v=gmfNQBOB0ZN, https://www.peekvids.com/watch?v=u3hFzdT4eGt,
https://www.peekvids.com/watch?v=jVQA1gsaESQ, https://www.peekvids.com/watch?v=PySE28NJXT5, https://www.peekvids.com/watch?v=9o7Vao2DbQP,
https://www.peekvids.com/watch?v=P6HfZSHcZJD, https://www.peekvids.com/watch?v=r1vQHAH-JDh, https://www.peekvids.com/watch?v=cg8-dttFdr4,
https://www.peekvids.com/watch?v=2jsL8rSt4uO, https://www.peekvids.com/watch?v=DA7cRecdcNH, https://www.peekvids.com/watch?v=CWSr3GwwauZ,
https://www.peekvids.com/watch?v=SuWoUzT1GvA, https://www.peekvids.com/watch?v=X-Svrw1qhOo, https://www.peekvids.com/watch?v=tz_oJD58GUW,
https://www.peekvids.com/watch?v=2J0X4fdyFtW, https://www.peekvids.com/watch?v=f0PoIYwU3W5, https://www.peekvids.com/watch?v=ZQJis7GDCK7,
https://www.peekvids.com/watch?v=62sEiAW0oN4, https://www.peekvids.com/watch?v=TZnQaPaY435, https://www.peekvids.com/watch?v=22JIrCNJeQe,
https://www.peekvids.com/watch?v=IbzQBxnTwn0, https://www.peekvids.com/watch?v=JeGAFSSAKlC
5.f. Date of third notice: 2015-10-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: izabella
5.b. Uploader's email address: volkzshyti@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=izabella
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=v24q3p8RDY4, https://www.peekvids.com/watch?v=lkKgO8ibvP6,
https://www.peekvids.com/watch?v=hs-Kf--lVuv, https://www.peekvids.com/watch?v=wujQUtp9yPZ, https://www.peekvids.com/watch?v=9SAFDIBSdE0,
https://www.peekvids.com/watch?v=PARATs8CSh9, https://www.peekvids.com/watch?v=3A8TBOYxjOo, https://www.peekvids.com/watch?v=J9EJU7NW4Au,
https://www.peekvids.com/watch?v=ZgDcaUJiR3c, https://www.peekvids.com/watch?v=oNdgWcBl9Rj, https://www.peekvids.com/watch?v=aZD0JRRiJkz,
https://www.peekvids.com/watch?v=LgOMchv44Jm, https://www.peekvids.com/watch?v=Gnib8cMyIgi, https://www.peekvids.com/watch?v=hE9noQZVfLw,
https://www.peekvids.com/watch?v=ideARW0ArnQ, https://www.peekvids.com/watch?v=wCAg6GgYYNl, https://www.peekvids.com/watch?v=2AXOPlUBVFp,
https://www.peekvids.com/watch?v=vwe4LXEB6aZ, https://www.peekvids.com/watch?v=-eHLK0KWxhU, https://www.peekvids.com/watch?v=Y8JYaC5tgnu,
https://www.peekvids.com/watch?v=RJ89v9EV2El, https://www.peekvids.com/watch?v=u2KTloBfapI, https://www.peekvids.com/watch?v=PupaYE6cnCl,
https://www.peekvids.com/watch?v=OiSpf6eqjNF, https://www.peekvids.com/watch?v=YABaELH8mKR, https://www.peekvids.com/watch?v=sA6tes8CYe2,
https://www.peekvids.com/watch?v=xsnRUTODpiB, https://www.peekvids.com/watch?v=66634erX9Q3, https://www.peekvids.com/watch?v=kgYwUe5w9Sj,
https://www.peekvids.com/watch?v=6SgwYZfHn74, https://www.peekvids.com/watch?v=7blCzusuj0l, https://www.peekvids.com/watch?v=eMtIGcN9ah0,
https://www.peekvids.com/watch?v=8urhhEvwSc9, https://www.peekvids.com/watch?v=JZBb79m0bns, https://www.peekvids.com/watch?v=82A6pVymQst,
https://www.peekvids.com/watch?v=NJE7lJBUkOm, https://www.peekvids.com/watch?v=rarDOvY7DkQ, https://www.peekvids.com/watch?v=2-cVm-iZB-H,
https://www.peekvids.com/watch?v=wbXNU9WaG3h, https://www.peekvids.com/watch?v=ZWnviONciDg, https://www.peekvids.com/watch?v=COuJjcexlnR,
https://www.peekvids.com/watch?v=ZFzomTNhCeO, https://www.peekvids.com/watch?v=m52zdQJjIs3, https://www.peekvids.com/watch?v=ceKfzsepOt2,
https://www.peekvids.com/watch?v=da3OpFwMVSe, https://www.peekvids.com/watch?v=d5FkZucI0d4, https://www.peekvids.com/watch?v=M0tP9XbMLkF,
https://www.peekvids.com/watch?v=0t3nke63ZQL, https://www.peekvids.com/watch?v=5LdHN-spIzj, https://www.peekvids.com/watch?v=HE5NNZ2FOK6,
https://www.peekvids.com/watch?v=9y4nrUb0ncq, https://www.peekvids.com/watch?v=gWpVxJBdwUB, https://www.peekvids.com/watch?v=6IPe8ZZOSzL,
https://www.peekvids.com/watch?v=Fc2AgjUhQXF, https://www.peekvids.com/watch?v=N0AVJYvqVet, https://www.peekvids.com/watch?v=B8fEivwnZM9,
https://www.peekvids.com/watch?v=Jn5KEjShQv5, https://www.peekvids.com/watch?v=xM4GkNFAxJ9, https://www.peekvids.com/watch?v=dCECdVGuSdq,
https://www.peekvids.com/watch?v=NPNaFgazB5j, https://www.peekvids.com/watch?v=WL9vhlDbsF9, https://www.peekvids.com/watch?v=bNb6JrT0BzV,
https://www.peekvids.com/watch?v=zl8Hu39r9yX, https://www.peekvids.com/watch?v=HJneVCdJOC3, https://www.peekvids.com/watch?v=5DWifgAKdz7,
https://www.peekvids.com/watch?v=k638NHJ2hm3, https://www.peekvids.com/watch?v=FOMHqLOd2nA, https://www.peekvids.com/watch?v=a8x6rCPlXLr,
https://www.peekvids.com/watch?v=hr7SEMIf3mO, https://www.peekvids.com/watch?v=BOLc6zVMyH-, https://www.peekvids.com/watch?v=VZxaakqTOlR,
https://www.peekvids.com/watch?v=RzaaurNNooG, https://www.peekvids.com/watch?v=lgrKGblEoo3, https://www.peekvids.com/watch?v=dE2qwrbYoua,
https://www.peekvids.com/watch?v=l5hBRTgGAFa, https://www.peekvids.com/watch?v=8m7dkYLkhNe, https://www.peekvids.com/watch?v=dezg2E7Qlni,
https://www.peekvids.com/watch?v=Tg7QD4SCW7w, https://www.peekvids.com/watch?v=ZYqAiBzfktI, https://www.peekvids.com/watch?v=4yNO9Pxwwb7,
https://www.peekvids.com/watch?v=yDydnvVVlqJ, https://www.peekvids.com/watch?v=ZrWZhKyp57s, https://www.peekvids.com/watch?v=d-5M5P64OZs,
https://www.peekvids.com/watch?v=77yOcMqR4io, https://www.peekvids.com/watch?v=PZbkKAcz5XQ, https://www.peekvids.com/watch?v=kKr8ddChV4k,
https://www.peekvids.com/watch?v=XwAzRn4xafD, https://www.peekvids.com/watch?v=A3KC7V7Ia47, https://www.peekvids.com/watch?v=L0GJqirnygW,
https://www.peekvids.com/watch?v=DLdUAz7unJF, https://www.peekvids.com/watch?v=inwUhBOHu-a, https://www.peekvids.com/watch?v=zTRZulI6URq,
https://www.peekvids.com/watch?v=YMgzyeU38nH, https://www.peekvids.com/watch?v=gvmQCdMCWiC, https://www.peekvids.com/watch?v=-CqtmlEz6oU,
https://www.peekvids.com/watch?v=piCgFTdvtY7, https://www.peekvids.com/watch?v=GBCGLZ2iIC7, https://www.peekvids.com/watch?v=ZRVYrRHVzph,
https://www.peekvids.com/watch?v=q3zfjUqYCcG, https://www.peekvids.com/watch?v=5WhLCf7V3Rp, https://www.peekvids.com/watch?v=CNvHOWTJKzq,
https://www.peekvids.com/watch?v=AyXXbN857H5, https://www.peekvids.com/watch?v=KSxx50ElkQc, https://www.peekvids.com/watch?v=M7F9iLlbtPO,
https://www.peekvids.com/watch?v=ZYHBz44fRoc, https://www.peekvids.com/watch?v=a2ZYp0nu6RK, https://www.peekvids.com/watch?v=gMHWdhc0CBL,
https://www.peekvids.com/watch?v=D62a39qgsMI, https://www.peekvids.com/watch?v=-iZHb86WxUK, https://www.peekvids.com/watch?v=dXyqTH6o8XF,
https://www.peekvids.com/watch?v=6QHY2H5Exe3, https://www.peekvids.com/watch?v=AGA9wavgsVP, https://www.peekvids.com/watch?v=fiD3GcfpD5u,
https://www.peekvids.com/watch?v=TCyH7WN3NOg, https://www.peekvids.com/watch?v=KE6yiYQq6em, https://www.peekvids.com/watch?v=4dxj4MiYJVM,
https://www.peekvids.com/watch?v=lS-RTJmcMrH, https://www.peekvids.com/watch?v=UhuoGouROla, https://www.peekvids.com/watch?v=MCpN8MhAr-8,
https://www.peekvids.com/watch?v=rkSRvr4xc4X, https://www.peekvids.com/watch?v=e4GzTY4NR3x, https://www.peekvids.com/watch?v=V5OYMd47Xsv,
https://www.peekvids.com/watch?v=PUiJavk4W8C, https://www.peekvids.com/watch?v=6XTR2axDk6J, https://www.peekvids.com/watch?v=lpvyTC-r2ze,
https://www.peekvids.com/watch?v=m4v0p8Up6Yc, https://www.peekvids.com/watch?v=va9FzutIzfg, https://www.peekvids.com/watch?v=U30zPUqzynU,
https://www.peekvids.com/watch?v=O3B7-ajEkru, https://www.peekvids.com/watch?v=J7fjj6Q5Oxr, https://www.peekvids.com/watch?v=baAVM0ptgXW,
https://www.peekvids.com/watch?v=PcuhM-wfIhC, https://www.peekvids.com/watch?v=RwYMssLnOF-, https://www.peekvids.com/watch?v=P8MsyuQv03e,

https://www.peekvids.com/watch?v=gzRYCClgNpZ, https://www.peekvids.com/watch?v=3lNixyF0kiX, https://www.peekvids.com/watch?v=cWpyJwf5Ycs,
https://www.peekvids.com/watch?v=zr8AEmDY88y, https://www.peekvids.com/watch?v=EtqTkf-BZuU, https://www.peekvids.com/watch?v=q6iDVMtp6hw,
https://www.peekvids.com/watch?v=4vN3wXoRRnO, https://www.peekvids.com/watch?v=ddx6Uk3GuM4, https://www.peekvids.com/watch?v=zJbs2TqPmBP,
https://www.peekvids.com/watch?v=Gmrx7tfwK50, https://www.peekvids.com/watch?v=CBrPIGKIsGP, https://www.peekvids.com/watch?v=PRItTpZ6dgE,
https://www.peekvids.com/watch?v=aYphleAlfCs, https://www.peekvids.com/watch?v=ZkAURkCtSZ7, https://www.peekvids.com/watch?v=xlTPNsRwVz0,
https://www.peekvids.com/watch?v=ywMaAYk6s4g, https://www.peekvids.com/watch?v=A-M5XrrFOen, https://www.peekvids.com/watch?v=s-AlHXHhlZi,
https://www.peekvids.com/watch?v=ICC8ktIEWej, https://www.peekvids.com/watch?v=fS0slE2HPq2, https://www.peekvids.com/watch?v=7l8byooycHA,
https://www.peekvids.com/watch?v=JA3pzAe96Cp, https://www.peekvids.com/watch?v=CuaX95DfMsU, https://www.peekvids.com/watch?v=vwTUISjS7kq,
https://www.peekvids.com/watch?v=gfZ0wQLkjDh, https://www.peekvids.com/watch?v=wEQcJAGwkC7, https://www.peekvids.com/watch?v=4b8uMXHRrCd,
https://www.peekvids.com/watch?v=gLTijoajY0N, https://www.peekvids.com/watch?v=ZasOKJOkdm8, https://www.peekvids.com/watch?v=JdA3UC-OLqZ,
https://www.peekvids.com/watch?v=I2UZ6hFwVlc, https://www.peekvids.com/watch?v=CSOqHIaDvEr, https://www.peekvids.com/watch?v=7iM7OEzOux4,
https://www.peekvids.com/watch?v=5hvboaRFwmD, https://www.peekvids.com/watch?v=iatcrX09WQI, https://www.peekvids.com/watch?v=4wJtQ8p830W,
https://www.peekvids.com/watch?v=J5CGH5HDynt, https://www.peekvids.com/watch?v=UWHBM7iYOZz, https://www.peekvids.com/watch?v=9-4vQOPOhW-,
https://www.peekvids.com/watch?v=-MvZI6s-JaK, https://www.peekvids.com/watch?v=PYf7MScDqaM, https://www.peekvids.com/watch?v=baTzlY-jVnF,
https://www.peekvids.com/watch?v=wCisTzHz4N6, https://www.peekvids.com/watch?v=epvzcrNEYvu, https://www.peekvids.com/watch?v=PagmsOr83YF,
https://www.peekvids.com/watch?v=3SCBWWFhgkw, https://www.peekvids.com/watch?v=EXH-KxhIjdh, https://www.peekvids.com/watch?v=-MpiAsc-rRu,
https://www.peekvids.com/watch?v=v4uKEJOzKlp, https://www.peekvids.com/watch?v=x23EBwVrQLr, https://www.peekvids.com/watch?v=CoiQoyrKYjT,
https://www.peekvids.com/watch?v=0m3KxDc8gy9, https://www.peekvids.com/watch?v=uvCncylOm6U, https://www.peekvids.com/watch?v=7iPXwtXEcg3,
https://www.peekvids.com/watch?v=lkjxNqkwfVN, https://www.peekvids.com/watch?v=pbCdctx5pkW, https://www.peekvids.com/watch?v=racAVi5a3MN,
https://www.peekvids.com/watch?v=eIKQdDU8Kay, https://www.peekvids.com/watch?v=IhcXzwrJlIg, https://www.peekvids.com/watch?v=sBAcmatntmq,
https://www.peekvids.com/watch?v=EjLXpcD8hG3, https://www.peekvids.com/watch?v=fY3RfdD6Ddy, https://www.peekvids.com/watch?v=76wixnTTFxW,
https://www.peekvids.com/watch?v=Iw3Ap2yKRYy, https://www.peekvids.com/watch?v=05ACZp5Vyj7, https://www.peekvids.com/watch?v=MZthaQLyzPx,
https://www.peekvids.com/watch?v=AoafHprUd7Q, https://www.peekvids.com/watch?v=wmvF5mbBcMh, https://www.peekvids.com/watch?v=eLkQ9-NFIdD,
https://www.peekvids.com/watch?v=gng84k9WSTz, https://www.peekvids.com/watch?v=qiywpwdp3L0, https://www.peekvids.com/watch?v=KLpF0M3YCWu,
https://www.peekvids.com/watch?v=kHG9mykipl7, https://www.peekvids.com/watch?v=XkpnwCwM4FQ, https://www.peekvids.com/watch?v=-cEvDMkWtoU,
https://www.peekvids.com/watch?v=iAuS9uRfj_S, https://www.peekvids.com/watch?v=U4xYWHtGzfI, https://www.peekvids.com/watch?v=OIrI_MNhbfz,
https://www.peekvids.com/watch?v=z5fq-4v5o7I, https://www.peekvids.com/watch?v=vuEOH2ZMb1y, https://www.peekvids.com/watch?v=SWMUy58Yjii,
https://www.peekvids.com/watch?v=U1nXYd5SX0V, https://www.peekvids.com/watch?v=QsA_oIxerpl, https://www.peekvids.com/watch?v=c3PlAC1BgKS,
https://www.peekvids.com/watch?v=ZC3rXxzNPaZ, https://www.peekvids.com/watch?v=Fgnvk3GPypq, https://www.peekvids.com/watch?v=YiUQFTTL3nb,
https://www.peekvids.com/watch?v=cvHSTysxyet, https://www.peekvids.com/watch?v=6-OpCUfH0fZ, https://www.peekvids.com/watch?v=w3RM_1xQicy,
https://www.peekvids.com/watch?v=Qh76RRFSljC, https://www.peekvids.com/watch?v=XoHh2PzBono, https://www.peekvids.com/watch?v=FY72ON_Xndz,
https://www.peekvids.com/watch?v=4L4IM5oqhPN, https://www.peekvids.com/watch?v=8haI39LZ-Sy, https://www.peekvids.com/watch?v=yJXr4fTC7Pq,
https://www.peekvids.com/watch?v=tgslxO7JQku, https://www.peekvids.com/watch?v=o1Pt60-1ChE, https://www.peekvids.com/watch?v=WWIY1eyhaKE,
https://www.peekvids.com/watch?v=BQL8uk0HMxW, https://www.peekvids.com/watch?v=0_VgEHp-A6U, https://www.peekvids.com/watch?v=9r9s29k-r67,
https://www.peekvids.com/watch?v=hqK6CDK7bia, https://www.peekvids.com/watch?v=oqynjztvK9v, https://www.peekvids.com/watch?v=u8X_NRogtgL,
https://www.peekvids.com/watch?v=ouaB6UnTDWD, https://www.peekvids.com/watch?v=WndTPoMqh2H, https://www.peekvids.com/watch?v=L-uI1YVHIyS,
https://www.peekvids.com/watch?v=yQTb7dF7y2E, https://www.peekvids.com/watch?v=LRotfyR29zj, https://www.peekvids.com/watch?v=Y2Png8WeYh7,
https://www.peekvids.com/watch?v=qTnRRaV2ieK, https://www.peekvids.com/watch?v=jdseXQ9GoKz, https://www.peekvids.com/watch?v=PX-xnNCij6S,
https://www.peekvids.com/watch?v=oz0g8OPFvLn, https://www.peekvids.com/watch?v=427AZnhvTCL, https://www.peekvids.com/watch?v=Jr3CCQKTKOt,
https://www.peekvids.com/watch?v=Xh12XgQFG1n, https://www.peekvids.com/watch?v=SesSNz3bQ0r, https://www.peekvids.com/watch?v=QYkneNVYyrd,
https://www.peekvids.com/watch?v=5J-8r3tIFwX, https://www.peekvids.com/watch?v=7tCznsAckEz, https://www.peekvids.com/watch?v=FJQElCbZr_N,
https://www.peekvids.com/watch?v=5bo8PtT5rnj, https://www.peekvids.com/watch?v=TKIq7quG5ZB, https://www.peekvids.com/watch?v=x1xTjOqjfuY,
https://www.peekvids.com/watch?v=JdUnAjQs335, https://www.peekvids.com/watch?v=8nNQsPzhEyf, https://www.peekvids.com/watch?v=oB8oxzvHixx,
https://www.peekvids.com/watch?v=p6y8DSfCYsv, https://www.peekvids.com/watch?v=cnJ1kCRT8Rf
5.f. Date of third notice: 2015-02-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: janjabby
5.b. Uploader's email address: mikemikky@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=janjabby
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=PFkNKq12ckx, https://www.peekvids.com/watch?v=B4P3frcIhmQ,
https://www.peekvids.com/watch?v=4JYHgVzjUvJ, https://www.peekvids.com/watch?v=sLbuT0om6wx, https://www.peekvids.com/watch?v=Rp3qq16X52B,
https://www.peekvids.com/watch?v=5cDH960JMqj, https://www.peekvids.com/watch?v=eTUC4bePYBd, https://www.peekvids.com/watch?v=xGfzk_dO94L,
https://www.peekvids.com/watch?v=TV_Y9dTxyks, https://www.peekvids.com/watch?v=sUBdEbDVbyg, https://www.peekvids.com/watch?v=K98CWTwDQi9,
https://www.peekvids.com/watch?v=YpcwOqv6L39, https://www.peekvids.com/watch?v=dKs01lgyWXf, https://www.peekvids.com/watch?v=vgM9G-o8FuN,
https://www.peekvids.com/watch?v=quql9jdMLpG, https://www.peekvids.com/watch?v=d7irFnWkHlF, https://www.peekvids.com/watch?v=M1fseGky8Mh,
https://www.peekvids.com/watch?v=zkXtJhXqdqJ, https://www.peekvids.com/watch?v=i7OQo_RiEQ5, https://www.peekvids.com/watch?v=btexqDtoluX,
https://www.peekvids.com/watch?v=gsyFnPlyZbq, https://www.peekvids.com/watch?v=szydpxOmxWk, https://www.peekvids.com/watch?v=KtXGDxido42,
https://www.peekvids.com/watch?v=TG0IgbJJC-4, https://www.peekvids.com/watch?v=HL2-Gsm4TGM, https://www.peekvids.com/watch?v=IGsuW882V2T,
https://www.peekvids.com/watch?v=nQ_mCUEGnZi, https://www.peekvids.com/watch?v=SFFqGyQUr9Z, https://www.peekvids.com/watch?v=7VF2_BDiTix,
https://www.peekvids.com/watch?v=xZMKypbQXKB, https://www.peekvids.com/watch?v=vinV3Swvi5f, https://www.peekvids.com/watch?v=urJIApI2JCd,
https://www.peekvids.com/watch?v=OH1jbqt2pRz, https://www.peekvids.com/watch?v=ua3WQqHhFqW, https://www.peekvids.com/watch?v=PjooNGcOdg0,
https://www.peekvids.com/watch?v=gZBW14PWsMQ, https://www.peekvids.com/watch?v=EWOVV9xwX6R, https://www.peekvids.com/watch?v=LElXr4CPc8P,
https://www.peekvids.com/watch?v=PqtmdNHliBA, https://www.peekvids.com/watch?v=NyCzhyXlt-8, https://www.peekvids.com/watch?v=uX0meVtKdMF,
https://www.peekvids.com/watch?v=B5iYyagjrYx, https://www.peekvids.com/watch?v=Bfn7dQRtPxV, https://www.peekvids.com/watch?v=U7W08f1D1xm,
https://www.peekvids.com/watch?v=ILODmwjcoaE, https://www.peekvids.com/watch?v=A9mokr2Hay4, https://www.peekvids.com/watch?v=lrsB8XsbAdR,
https://www.peekvids.com/watch?v=UyzWvxWbgSY, https://www.peekvids.com/watch?v=eKmeNZdJ384, https://www.peekvids.com/watch?v=FfxErf3UQxw,
https://www.peekvids.com/watch?v=KHh6A5Gstg0, https://www.peekvids.com/watch?v=iCOx0iZd9cu, https://www.peekvids.com/watch?v=U9sK5bKkZrR,
https://www.peekvids.com/watch?v=YwSZyzBXySk, https://www.peekvids.com/watch?v=Zy3Ex2C7jAo, https://www.peekvids.com/watch?v=kBgovq4DTHN,
https://www.peekvids.com/watch?v=IVyy4l8-Zzf, https://www.peekvids.com/watch?v=Yk9uNFffRIr, https://www.peekvids.com/watch?v=n_oTl5rDdEA,
https://www.peekvids.com/watch?v=rP9BKOnhbBU, https://www.peekvids.com/watch?v=r94tuMNehAU, https://www.peekvids.com/watch?v=P8Myw-gq72V,
https://www.peekvids.com/watch?v=UzCe88xlobs, https://www.peekvids.com/watch?v=dEZ0262JSGk, https://www.peekvids.com/watch?v=HNitO5WvXZ3,
https://www.peekvids.com/watch?v=dyrwpZowUtt, https://www.peekvids.com/watch?v=iJhEw4ka-a7, https://www.peekvids.com/watch?v=I3zH8xAiyKR,
https://www.peekvids.com/watch?v=HY_sRGX6kQA, https://www.peekvids.com/watch?v=HBUATbomQFe, https://www.peekvids.com/watch?v=mtVgCbHX78z,
https://www.peekvids.com/watch?v=RGsfsDrEFXk, https://www.peekvids.com/watch?v=XdpIj_VhCJV, https://www.peekvids.com/watch?v=YbwTkS-cOPF,
https://www.peekvids.com/watch?v=rN-art_WSzz, https://www.peekvids.com/watch?v=OYj3qpaCtbK, https://www.peekvids.com/watch?v=RcWCmkva9V6,
https://www.peekvids.com/watch?v=yGnju6gYQo4, https://www.peekvids.com/watch?v=O_PlXKvyMpq, https://www.peekvids.com/watch?v=2I0BJPlieRg,
https://www.peekvids.com/watch?v=6ClZxM6iLoB, https://www.peekvids.com/watch?v=BF2Uc67lras, https://www.peekvids.com/watch?v=zLffv2p-Izn,
https://www.peekvids.com/watch?v=scadFRw09jt, https://www.peekvids.com/watch?v=jKk3dKquyAY, https://www.peekvids.com/watch?v=VCHGcLuyqEK,
https://www.peekvids.com/watch?v=dFnvzN2qg-9, https://www.peekvids.com/watch?v=oEawWdLIuA0, https://www.peekvids.com/watch?v=uSP9qjAkwKr,
https://www.peekvids.com/watch?v=0Q8vXMyj5Ds, https://www.peekvids.com/watch?v=eUudhFRZCkx, https://www.peekvids.com/watch?v=i9ETIe1LE1Y,
https://www.peekvids.com/watch?v=tS-go-5qBGe, https://www.peekvids.com/watch?v=4Wb3JAyXtbA, https://www.peekvids.com/watch?v=vgQGZwnJjK8,
https://www.peekvids.com/watch?v=KW4P2alV_he, https://www.peekvids.com/watch?v=tTxq91D21a0
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jarkii
5.b. Uploader's email address: anatolibroons@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=jarkii
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wDdrR0UcEiz, https://www.peekvids.com/watch?v=t7PqNe2a27i,
https://www.peekvids.com/watch?v=ZjLMARvVlhw, https://www.peekvids.com/watch?v=NBoyP8IV27O, https://www.peekvids.com/watch?v=c37yNpQ-qXN,
https://www.peekvids.com/watch?v=M7An-pRK8Kz, https://www.peekvids.com/watch?v=08_K-mEg2EI, https://www.peekvids.com/watch?v=wOBGvBV6WYR,
https://www.peekvids.com/watch?v=s0fQRryhyuD, https://www.peekvids.com/watch?v=nCUtyf9rYBw, https://www.peekvids.com/watch?v=4xH7gIxjBSG,
https://www.peekvids.com/watch?v=I75ybBC31vh, https://www.peekvids.com/watch?v=Wr38DbDhUIo, https://www.peekvids.com/watch?v=ROuIB289lJg,
https://www.peekvids.com/watch?v=uNYR2txYRTW, https://www.peekvids.com/watch?v=OKdjdTbjX82, https://www.peekvids.com/watch?v=Km-ZV4ZklKG,
https://www.peekvids.com/watch?v=pv8H6SBlD8G, https://www.peekvids.com/watch?v=4jDMO6EiRJ2, https://www.peekvids.com/watch?v=va7-OlnMPuL,
https://www.peekvids.com/watch?v=IG0lZRJEmcY, https://www.peekvids.com/watch?v=cklu7Bifvrf, https://www.peekvids.com/watch?v=P2k9VHgu51V,
https://www.peekvids.com/watch?v=wP-pUSCzvFX, https://www.peekvids.com/watch?v=yO3IWtlORZW, https://www.peekvids.com/watch?v=GkYDwuKQFHp,
https://www.peekvids.com/watch?v=Zo9-cXzptYD, https://www.peekvids.com/watch?v=WGswtTCHJFZ, https://www.peekvids.com/watch?v=IpgoN9Rl49K,
https://www.peekvids.com/watch?v=c0lpMAfPAL7, https://www.peekvids.com/watch?v=35LbVxr2LNF, https://www.peekvids.com/watch?v=3LwuodQ-DGD,
https://www.peekvids.com/watch?v=U1KkAp_fXZl, https://www.peekvids.com/watch?v=MZcO_EhVS17, https://www.peekvids.com/watch?v=YZX3x6U00DL,
https://www.peekvids.com/watch?v=lDP1tq7PPca, https://www.peekvids.com/watch?v=jBEAxjowmQa, https://www.peekvids.com/watch?v=pXAWRlltUYs,
https://www.peekvids.com/watch?v=836DMWwRhTM, https://www.peekvids.com/watch?v=Y5zQ_V1ySCZ, https://www.peekvids.com/watch?v=A-L6geMarV6,
https://www.peekvids.com/watch?v=k1YdTyY_Tvr, https://www.peekvids.com/watch?v=PyDLNFzljJz, https://www.peekvids.com/watch?v=juaobRqsrfU,
https://www.peekvids.com/watch?v=CC7BvaQbJXl, https://www.peekvids.com/watch?v=oWx0flKMO6r, https://www.peekvids.com/watch?v=ds19q7cj42Z,
https://www.peekvids.com/watch?v=IwdrG4qMeJb, https://www.peekvids.com/watch?v=fcMqOx9rqR8, https://www.peekvids.com/watch?v=IDhvEKq47qx,
https://www.peekvids.com/watch?v=Ke5P6MIGD4e, https://www.peekvids.com/watch?v=E2qAx7pz5e6, https://www.peekvids.com/watch?v=L31MlyacLDy,
https://www.peekvids.com/watch?v=3XdTu4NUybg, https://www.peekvids.com/watch?v=SCcB7aD7DzL, https://www.peekvids.com/watch?v=cr--54UvsKP,
https://www.peekvids.com/watch?v=ClXcoDWskCb, https://www.peekvids.com/watch?v=u8PzDmmkIqy, https://www.peekvids.com/watch?v=hGjNPkLjVAD,
https://www.peekvids.com/watch?v=ACYc9v0p_NA, https://www.peekvids.com/watch?v=7AfRR3ES21k, https://www.peekvids.com/watch?v=R0sUgzoW5lz,
https://www.peekvids.com/watch?v=lfKSgEMC1b3, https://www.peekvids.com/watch?v=CNe3vzd8XbD, https://www.peekvids.com/watch?v=TnmoV_79Mka,
https://www.peekvids.com/watch?v=YhG6soBi8FO, https://www.peekvids.com/watch?v=cRnWQT5t47o, https://www.peekvids.com/watch?v=fm9M797DA-8,
https://www.peekvids.com/watch?v=Uy0WxxKQwlV, https://www.peekvids.com/watch?v=PgUUV9ib1sL, https://www.peekvids.com/watch?v=XLeOxUx6-Vq,
https://www.peekvids.com/watch?v=qDosYg5pwkA, https://www.peekvids.com/watch?v=AIFjTV5wQAq, https://www.peekvids.com/watch?v=DwJcbWY1M9Z,
https://www.peekvids.com/watch?v=XXmEmWMV-U8, https://www.peekvids.com/watch?v=vYCJTVzWmOp, https://www.peekvids.com/watch?v=gaq-VA_fxre,
https://www.peekvids.com/watch?v=B4gU2LMQlbn, https://www.peekvids.com/watch?v=TVyYaCrUHV3, https://www.peekvids.com/watch?v=8Z7i9SsBn8g,
https://www.peekvids.com/watch?v=nQ2iJJRGIhL, https://www.peekvids.com/watch?v=z2OVQMBDuHo, https://www.peekvids.com/watch?v=VyCqzzUm-3A,
https://www.peekvids.com/watch?v=I3OYP_WRrvp, https://www.peekvids.com/watch?v=7n9Dvp8VoZV, https://www.peekvids.com/watch?v=QPalSRDWqhF,
https://www.peekvids.com/watch?v=aYBBTrFlcm4, https://www.peekvids.com/watch?v=34969EFi3VT, https://www.peekvids.com/watch?v=hdRdtHdC74N,
https://www.peekvids.com/watch?v=kCeTgcLq4J7, https://www.peekvids.com/watch?v=vr6tj6Ox9L9, https://www.peekvids.com/watch?v=qDxalGd4eqL,
https://www.peekvids.com/watch?v=fPuj65CviMM, https://www.peekvids.com/watch?v=wJULLUGAbYL, https://www.peekvids.com/watch?v=MWvUoamQYl3,
https://www.peekvids.com/watch?v=uWvLilazKIz, https://www.peekvids.com/watch?v=mLAITQkX1V4, https://www.peekvids.com/watch?v=cmC8wO15xRy,
https://www.peekvids.com/watch?v=d9wrOLF24go, https://www.peekvids.com/watch?v=SoMKR-xHlU9, https://www.peekvids.com/watch?v=QYnlwhzTQyg,
https://www.peekvids.com/watch?v=cwk3rq8sfbr, https://www.peekvids.com/watch?v=Au_XvYnNMCv, https://www.peekvids.com/watch?v=WKnDhC-NfZG,
https://www.peekvids.com/watch?v=V08gceHzdD8, https://www.peekvids.com/watch?v=sqQOgNlRJZJ, https://www.peekvids.com/watch?v=V0qy1WVlXlj,
https://www.peekvids.com/watch?v=oRcBrUNt596, https://www.peekvids.com/watch?v=q2NxjGl25ZJ, https://www.peekvids.com/watch?v=L_O8yza6O1P,
https://www.peekvids.com/watch?v=eu5Pj6duHR9, https://www.peekvids.com/watch?v=YtlXmZ_nLzX, https://www.peekvids.com/watch?v=wA97VUX9gyQ,
https://www.peekvids.com/watch?v=UJ9yhaNLANE, https://www.peekvids.com/watch?v=kYYliQzKZ3P, https://www.peekvids.com/watch?v=2qc5Cs2b34X,
https://www.peekvids.com/watch?v=tmnQOrVGBSr, https://www.peekvids.com/watch?v=N-EZ2BnxVvz, https://www.peekvids.com/watch?v=bTmNbXQKoY7,
https://www.peekvids.com/watch?v=EK2JSoxX3Th, https://www.peekvids.com/watch?v=Xq1ObRVQ_uJ, https://www.peekvids.com/watch?v=pn_R6gwxJCM,
https://www.peekvids.com/watch?v=NZpu6dq_sPB, https://www.peekvids.com/watch?v=6NTKGKtXrJc, https://www.peekvids.com/watch?v=NNloPPYwkYJ,
https://www.peekvids.com/watch?v=7BtgDLszGNS, https://www.peekvids.com/watch?v=FvNFrLli0iQ, https://www.peekvids.com/watch?v=QjUeBsAbb4D,
https://www.peekvids.com/watch?v=LssUtXKNPDv, https://www.peekvids.com/watch?v=NTk2puGAYIs, https://www.peekvids.com/watch?v=bBjyi4lJv9F,
https://www.peekvids.com/watch?v=ltika3qJBXK, https://www.peekvids.com/watch?v=rNCWcs7q1QQ, https://www.peekvids.com/watch?v=vpq0HbgqBb7,
https://www.peekvids.com/watch?v=Cx1Knv1CW9a, https://www.peekvids.com/watch?v=z0MdLm7QWiA, https://www.peekvids.com/watch?v=euPFHj2n7Zu,
https://www.peekvids.com/watch?v=emlGqIgnZO4, https://www.peekvids.com/watch?v=VoZD68h9afv, https://www.peekvids.com/watch?v=TTMNjm1sU_8,

https://www.peekvids.com/watch?v=JQ8qlzNW7QM, https://www.peekvids.com/watch?v=iMW40DJt7uu, https://www.peekvids.com/watch?v=YlWTDgwZfBm,
https://www.peekvids.com/watch?v=YiGANZ_JXf3, https://www.peekvids.com/watch?v=V6mmPf6UMjB, https://www.peekvids.com/watch?v=L2fZIMANPV9,
https://www.peekvids.com/watch?v=sXG9zmJ9Xxz, https://www.peekvids.com/watch?v=HbtA5Pi1Jza, https://www.peekvids.com/watch?v=H_O2ejs7qFx,
https://www.peekvids.com/watch?v=WMeX5NUHYAv, https://www.peekvids.com/watch?v=pJHIYZ_fOPS, https://www.peekvids.com/watch?v=IFXpVAFC_QQ,
https://www.peekvids.com/watch?v=Uz56LUrA-kV, https://www.peekvids.com/watch?v=QjScv9rcI2n, https://www.peekvids.com/watch?v=XGmc8x9mq1R,
https://www.peekvids.com/watch?v=bQpDl1ZLnfg, https://www.peekvids.com/watch?v=xvlRuvp92bR, https://www.peekvids.com/watch?v=r2sUz4GTBoT,
https://www.peekvids.com/watch?v=5JcrWuGfLlT, https://www.peekvids.com/watch?v=6X_tRFIBgAe, https://www.peekvids.com/watch?v=sOsNfZK3x7K,
https://www.peekvids.com/watch?v=kImwYsh9omZ, https://www.peekvids.com/watch?v=lFWJYk_EekS, https://www.peekvids.com/watch?v=BqrADy-jVfK,
https://www.peekvids.com/watch?v=3vaN2C0M9hV, https://www.peekvids.com/watch?v=F6on-ayPLfV, https://www.peekvids.com/watch?v=t36Iha8b0NF,
https://www.peekvids.com/watch?v=rL7mFTjqZYF, https://www.peekvids.com/watch?v=OL5v1mZORfE, https://www.peekvids.com/watch?v=m5l9IY2C04Y,
https://www.peekvids.com/watch?v=L7d0-eEeZce, https://www.peekvids.com/watch?v=lM_4we1LmxS, https://www.peekvids.com/watch?v=9UuxUMxqP2i,
https://www.peekvids.com/watch?v=lhRmClN36W5, https://www.peekvids.com/watch?v=3o8ez2TUieI, https://www.peekvids.com/watch?v=f4SoVn43ADU,
https://www.peekvids.com/watch?v=Toqbmxo4hXO, https://www.peekvids.com/watch?v=e_XXNpzvUxq, https://www.peekvids.com/watch?v=Yx9G_bN29TD,
https://www.peekvids.com/watch?v=7tWZSJeHQDi, https://www.peekvids.com/watch?v=xwb8v0wyLZs, https://www.peekvids.com/watch?v=G2SV6E-W2ew,
https://www.peekvids.com/watch?v=UHpzJhB_pFl, https://www.peekvids.com/watch?v=Y5TIXLEO6Df, https://www.peekvids.com/watch?v=hYQL37Qe0pE,
https://www.peekvids.com/watch?v=JkbB2oGwXul, https://www.peekvids.com/watch?v=WQIC50XbJYa, https://www.peekvids.com/watch?v=zDkla8Yxmxl,
https://www.peekvids.com/watch?v=uOBboWFB_Dz, https://www.peekvids.com/watch?v=BoObAwO4ndq, https://www.peekvids.com/watch?v=ga6O9nEphme,
https://www.peekvids.com/watch?v=IaCMpv_EsNp, https://www.peekvids.com/watch?v=00-fPcsINWe, https://www.peekvids.com/watch?v=dLeB7bJZ-jI,
https://www.peekvids.com/watch?v=9PYFAI3L3Zm, https://www.peekvids.com/watch?v=Fo0aZYPFMJW, https://www.peekvids.com/watch?v=KWcArS9w7sU,
https://www.peekvids.com/watch?v=aAzdonoB0YA, https://www.peekvids.com/watch?v=KXXY6JTf7pN, https://www.peekvids.com/watch?v=iFYKP0AMPEO,
https://www.peekvids.com/watch?v=6D5BPRY6vEJ, https://www.peekvids.com/watch?v=UHn-eJY-khb, https://www.peekvids.com/watch?v=lMxdS9IxntN,
https://www.peekvids.com/watch?v=gha1nUsfkoP, https://www.peekvids.com/watch?v=Cng77kbM8qk, https://www.peekvids.com/watch?v=s3xvnzf7yiJ,
https://www.peekvids.com/watch?v=hVAKrsv0RSM, https://www.peekvids.com/watch?v=H0fx6t6Vr7x, https://www.peekvids.com/watch?v=rx3e1-ASIOC,
https://www.peekvids.com/watch?v=kntLbuDwf03, https://www.peekvids.com/watch?v=GI7JaPJuSJx, https://www.peekvids.com/watch?v=c64C8Vrlwvb,
https://www.peekvids.com/watch?v=Ei-FyS7spcM, https://www.peekvids.com/watch?v=73F8x66MAOV, https://www.peekvids.com/watch?v=aPsBBay2-1Q,
https://www.peekvids.com/watch?v=SVeboKMXaJl, https://www.peekvids.com/watch?v=aQaltOltvLh, https://www.peekvids.com/watch?v=gGM9UNVUhYU,
https://www.peekvids.com/watch?v=WWfab6ulC7W, https://www.peekvids.com/watch?v=9JYO65-aToS, https://www.peekvids.com/watch?v=YMnHrbsLpoL
5.f. Date of third notice: 2015-06-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jilliana
5.b. Uploader's email address: evelynnpowerone@gmx.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=jilliana
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=5s4CSt0uhie, https://www.peekvids.com/watch?v=MFy3ckOWV8g,
https://www.peekvids.com/watch?v=McxOA0oiT2f, https://www.peekvids.com/watch?v=sn7NBjOCl-E, https://www.peekvids.com/watch?v=R0wNKtec5bO,
https://www.peekvids.com/watch?v=I7L1Fff-5L5, https://www.peekvids.com/watch?v=GMfDKeYwsuG, https://www.peekvids.com/watch?v=rI3-wrjg_yJ,
https://www.peekvids.com/watch?v=3mQDhIlzS_O, https://www.peekvids.com/watch?v=JuRLjrKs3gU, https://www.peekvids.com/watch?v=0DlH-n0tHgn,
https://www.peekvids.com/watch?v=gJSAEHM-L7M, https://www.peekvids.com/watch?v=MJEIzkLZdtQ, https://www.peekvids.com/watch?v=MbOVD8TtywA,
https://www.peekvids.com/watch?v=nHZPDjR36dT, https://www.peekvids.com/watch?v=mIwz4y9cDk9, https://www.peekvids.com/watch?v=w9uPeBov-_4,
https://www.peekvids.com/watch?v=zFi7HZbz1Ha, https://www.peekvids.com/watch?v=Pdc85ngNbmJ, https://www.peekvids.com/watch?v=VWY3md88cw3,
https://www.peekvids.com/watch?v=9F0etFe5Qzg, https://www.peekvids.com/watch?v=7g_-mcXzlAf, https://www.peekvids.com/watch?v=XbH21nRzNB5,
https://www.peekvids.com/watch?v=xdGRa7Y-n1Q, https://www.peekvids.com/watch?v=K7Y9eqeM5ya, https://www.peekvids.com/watch?v=vDtrnK7tcMt,
https://www.peekvids.com/watch?v=nIXfF0U70aE, https://www.peekvids.com/watch?v=epH-HqJPGth, https://www.peekvids.com/watch?v=ebqGe3yqsqr,
https://www.peekvids.com/watch?v=vMOcmYWyCnw, https://www.peekvids.com/watch?v=EFbJRmZNujf, https://www.peekvids.com/watch?v=eczzt4eJvl8,
https://www.peekvids.com/watch?v=8yRchGC5PXM, https://www.peekvids.com/watch?v=0YUu5a2qr5z, https://www.peekvids.com/watch?v=c42qQC_IX1y,
https://www.peekvids.com/watch?v=zxdkYcELbk2, https://www.peekvids.com/watch?v=YSj2zC2pi5i, https://www.peekvids.com/watch?v=ZBQ6U3hFcwv,
https://www.peekvids.com/watch?v=mNPZmFDQUyy, https://www.peekvids.com/watch?v=XDSAgcP0WhK, https://www.peekvids.com/watch?v=uiJmhT4ey8i,
https://www.peekvids.com/watch?v=3mfUP6EoiVW, https://www.peekvids.com/watch?v=5Rbx3NMyluq, https://www.peekvids.com/watch?v=zjl8TfF0RjJ,
https://www.peekvids.com/watch?v=M05WAGBqstv, https://www.peekvids.com/watch?v=ld9SXdfeeEt, https://www.peekvids.com/watch?v=SRv_1UehTTD,
https://www.peekvids.com/watch?v=dQ6-pY-BpP3, https://www.peekvids.com/watch?v=wMGYCrcmSdu, https://www.peekvids.com/watch?v=B1n3fLFGJTK,
https://www.peekvids.com/watch?v=UoBCp9Tqji8, https://www.peekvids.com/watch?v=vgLE8Bp8Y5B, https://www.peekvids.com/watch?v=UrmYooAhSOP,
https://www.peekvids.com/watch?v=yiI5wjKF4RG, https://www.peekvids.com/watch?v=9fEKPOVqC9s, https://www.peekvids.com/watch?v=4gFGsQK6r0l,
https://www.peekvids.com/watch?v=t3ZVGOsC2tO, https://www.peekvids.com/watch?v=wLelJ7c9uFy, https://www.peekvids.com/watch?v=m3zVyfTq-iu,
https://www.peekvids.com/watch?v=S303NkI3WeT, https://www.peekvids.com/watch?v=SIrzLFoRQCM, https://www.peekvids.com/watch?v=E0vI4oOKC6x,
https://www.peekvids.com/watch?v=OCCo4hSaeDH, https://www.peekvids.com/watch?v=puWizZd6hbL, https://www.peekvids.com/watch?v=jWpv5owbjUx,
https://www.peekvids.com/watch?v=LJY876ZbqkR, https://www.peekvids.com/watch?v=Ls568uaGgrf, https://www.peekvids.com/watch?v=JZgkRzImm8I,
https://www.peekvids.com/watch?v=EG8CfnLwnkW, https://www.peekvids.com/watch?v=NM-NyeW4cAr, https://www.peekvids.com/watch?v=YZMCTmthKJN,
https://www.peekvids.com/watch?v=rkzFNM5KPBW, https://www.peekvids.com/watch?v=0eu7s8ujQUo, https://www.peekvids.com/watch?v=OuWBxcnbScA,
https://www.peekvids.com/watch?v=jl9b5sIiuWZ, https://www.peekvids.com/watch?v=u2JkKfgrqKf, https://www.peekvids.com/watch?v=fB8eN5aLXVF,
https://www.peekvids.com/watch?v=8pi1EpqzWDR, https://www.peekvids.com/watch?v=EybDKutTsVp, https://www.peekvids.com/watch?v=dRewoPgDVTb,
https://www.peekvids.com/watch?v=eBJ75S3QKLj, https://www.peekvids.com/watch?v=UWceSa7u3oW, https://www.peekvids.com/watch?v=MVZNllzUYHC,
https://www.peekvids.com/watch?v=tSEI92tdqch, https://www.peekvids.com/watch?v=tj5el2cDu1n, https://www.peekvids.com/watch?v=YlNhLjwW7L8,
https://www.peekvids.com/watch?v=7KMYDgPtbKp, https://www.peekvids.com/watch?v=2wi4nQWUmwL, https://www.peekvids.com/watch?v=gelbTrpgHPT,
https://www.peekvids.com/watch?v=KOrX4UT2IFJ, https://www.peekvids.com/watch?v=UjV4efNRxST, https://www.peekvids.com/watch?v=9NOsVLh0Fz5,
https://www.peekvids.com/watch?v=PL7wcUX5QBm, https://www.peekvids.com/watch?v=rr36kRUg91Z, https://www.peekvids.com/watch?v=NtVyhO2euBT,
https://www.peekvids.com/watch?v=D7jlwB1dlFT, https://www.peekvids.com/watch?v=BLye1EAydi4, https://www.peekvids.com/watch?v=nuWJe4lgSHj,
https://www.peekvids.com/watch?v=RaSmTxmrIoI, https://www.peekvids.com/watch?v=4R21ObwfN2n, https://www.peekvids.com/watch?v=aJStn9PwZKn,
https://www.peekvids.com/watch?v=hEESpf2mCXf, https://www.peekvids.com/watch?v=06fypTw7uvl, https://www.peekvids.com/watch?v=XuQDDwF07qO,
https://www.peekvids.com/watch?v=2JsmruRQ7FW, https://www.peekvids.com/watch?v=ovqyGeJZQBV, https://www.peekvids.com/watch?v=v-upEnmvVa5,
https://www.peekvids.com/watch?v=WOrDmvq51mo, https://www.peekvids.com/watch?v=CqEA32sCcPe
5.f. Date of third notice: 2015-10-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: johnspirito
5.b. Uploader's email address: meymamaemwey@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=johnspirito
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=uN_j1SkUVlF, https://www.peekvids.com/watch?v=zKHjY0ON9cW,
https://www.peekvids.com/watch?v=FaSi6fLwxid, https://www.peekvids.com/watch?v=zNRd2LefUFg, https://www.peekvids.com/watch?v=SUWb6WOefTJ,
https://www.peekvids.com/watch?v=vXSuAyN_G02, https://www.peekvids.com/watch?v=cBNUptk7gMJ, https://www.peekvids.com/watch?v=NhQ-4QcgD5K,
https://www.peekvids.com/watch?v=9yQAi2-pNW9, https://www.peekvids.com/watch?v=z-O6h5rSfIQ, https://www.peekvids.com/watch?v=rTujNtADVdy,
https://www.peekvids.com/watch?v=0-_u0Q8Nezy, https://www.peekvids.com/watch?v=ro0pReEUOQh, https://www.peekvids.com/watch?v=aPSXnB6ONpL,
https://www.peekvids.com/watch?v=99qeykH3hdq, https://www.peekvids.com/watch?v=OaHPp3W48rP, https://www.peekvids.com/watch?v=BHX8bs8Z7IK,
https://www.peekvids.com/watch?v=Az-E4cZWnrt, https://www.peekvids.com/watch?v=gnygP9ev4uW, https://www.peekvids.com/watch?v=T8Pt5h3aUan,
https://www.peekvids.com/watch?v=ODjbrH0VOow, https://www.peekvids.com/watch?v=Cv4d_uHECp9, https://www.peekvids.com/watch?v=zvk0rO4BW9v,
https://www.peekvids.com/watch?v=3oSkyl5HW5F, https://www.peekvids.com/watch?v=w_wETMzMp9B, https://www.peekvids.com/watch?v=6MaV675tJt4,
https://www.peekvids.com/watch?v=QwFAwmooJ94, https://www.peekvids.com/watch?v=CznmLA14lHt, https://www.peekvids.com/watch?v=KnUzXbPIJPY,
https://www.peekvids.com/watch?v=TkYnm0WDFZQ, https://www.peekvids.com/watch?v=B_fYJ6nqRkT, https://www.peekvids.com/watch?v=vwMBMHJ90Uu,
https://www.peekvids.com/watch?v=HEO_3DmS14J, https://www.peekvids.com/watch?v=S5hvDOcXReb, https://www.peekvids.com/watch?v=zGHqyb7QDuN,
https://www.peekvids.com/watch?v=x5aJgyQOQNT, https://www.peekvids.com/watch?v=ORB4SXL5UDm, https://www.peekvids.com/watch?v=sKEAEvxEhz0,
https://www.peekvids.com/watch?v=6MxCgmNf_sI, https://www.peekvids.com/watch?v=rlOkcENJZyg, https://www.peekvids.com/watch?v=fhB6ceCDa_n,
https://www.peekvids.com/watch?v=QydPFVziTlb, https://www.peekvids.com/watch?v=T3to6xbaMMq, https://www.peekvids.com/watch?v=3W4A5Art_VT,
https://www.peekvids.com/watch?v=J09lH3LM3DC, https://www.peekvids.com/watch?v=hX2uCP4gSkG, https://www.peekvids.com/watch?v=KIthEqRtHFc,
https://www.peekvids.com/watch?v=ISzhXaKqU3J
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jooriksam
5.b. Uploader's email address: holmidooi@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=jooriksam
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=3Xaxw2Gj_9C, https://www.peekvids.com/watch?v=gvpTY7kVWjC,
https://www.peekvids.com/watch?v=FP1m_gwX1SX, https://www.peekvids.com/watch?v=ceA9mUWfZcc, https://www.peekvids.com/watch?v=GUEvqyw4YYp,
https://www.peekvids.com/watch?v=ZJ4W5gC22nd, https://www.peekvids.com/watch?v=fXVXh4i2Lii, https://www.peekvids.com/watch?v=4Qx9rIdS-XP,
https://www.peekvids.com/watch?v=QIFYy-z46Ss, https://www.peekvids.com/watch?v=M5Wm584OPAI, https://www.peekvids.com/watch?v=ELFyumrceX3,
https://www.peekvids.com/watch?v=6t9FkdkMgi4, https://www.peekvids.com/watch?v=7Fw4Q1t-SVl, https://www.peekvids.com/watch?v=fADXrE3wOpl,
https://www.peekvids.com/watch?v=b9Q5LKK9XKJ, https://www.peekvids.com/watch?v=FGvjpt9TKFH, https://www.peekvids.com/watch?v=oEhVEDfP3-l,
https://www.peekvids.com/watch?v=zhvQPcW25Z3, https://www.peekvids.com/watch?v=d8gdv1rSQir, https://www.peekvids.com/watch?v=mudhrOeklRc,
https://www.peekvids.com/watch?v=py3WBC0f9IH, https://www.peekvids.com/watch?v=woW2Hp78Tdv, https://www.peekvids.com/watch?v=np-LbNF0OFL,
https://www.peekvids.com/watch?v=myKegDYGdyq, https://www.peekvids.com/watch?v=geFHGXTywIH, https://www.peekvids.com/watch?v=fF1RuYSlIVc,
https://www.peekvids.com/watch?v=l6-737XuVkX, https://www.peekvids.com/watch?v=kEKOy5MDCwC, https://www.peekvids.com/watch?v=K7YZzHbly3q,
https://www.peekvids.com/watch?v=0Q-zgLZYGjZ, https://www.peekvids.com/watch?v=hVT5AM3dS8l, https://www.peekvids.com/watch?v=sXC6LiKam0d,
https://www.peekvids.com/watch?v=JZNT7qUTrbK, https://www.peekvids.com/watch?v=bEgaXbaXMLO, https://www.peekvids.com/watch?v=VO7hhWqToZC,
https://www.peekvids.com/watch?v=T-ra5ukC07Z, https://www.peekvids.com/watch?v=g_MgZ9Fyxq0, https://www.peekvids.com/watch?v=t-wMOOJPcgF,
https://www.peekvids.com/watch?v=ky_SzfvqlMD, https://www.peekvids.com/watch?v=qHAkmzuxMxE, https://www.peekvids.com/watch?v=EVFXx5WC1sC,
https://www.peekvids.com/watch?v=MKxvsFoJW7S, https://www.peekvids.com/watch?v=AsVmjBuf_J2, https://www.peekvids.com/watch?v=QxjNCx94DpY,
https://www.peekvids.com/watch?v=Km6LKuf1hkI, https://www.peekvids.com/watch?v=juqf5FLA7zc, https://www.peekvids.com/watch?v=p2oTaI4_22h,
https://www.peekvids.com/watch?v=FyjNg9x0ZMW, https://www.peekvids.com/watch?v=jVPzOfssxZw, https://www.peekvids.com/watch?v=3BDhsUnlHnR,
https://www.peekvids.com/watch?v=g62BCD5ZfjM, https://www.peekvids.com/watch?v=jKbdgj_rq0g, https://www.peekvids.com/watch?v=WpWAhu1oHhD,
https://www.peekvids.com/watch?v=YUS_1yxy8RG, https://www.peekvids.com/watch?v=HaQ6RS-Swq2, https://www.peekvids.com/watch?v=NSRGfsUZ2MB,
https://www.peekvids.com/watch?v=yKgk-9tEQj0, https://www.peekvids.com/watch?v=E2SEf4bgiLt, https://www.peekvids.com/watch?v=YWuUaA81Wd6,
https://www.peekvids.com/watch?v=A4hhDkyshsp, https://www.peekvids.com/watch?v=n80bjb4b3tC, https://www.peekvids.com/watch?v=ViFwZPGb4ZQ,
https://www.peekvids.com/watch?v=DrAF0UbuQ30, https://www.peekvids.com/watch?v=08OB_dB_0NK, https://www.peekvids.com/watch?v=hUzNrXL8cxg,
https://www.peekvids.com/watch?v=F0mQRpWagRk, https://www.peekvids.com/watch?v=5VHjtG4yOsl, https://www.peekvids.com/watch?v=L-EJ6YZoiEQ,
https://www.peekvids.com/watch?v=fbNhSi5RT42, https://www.peekvids.com/watch?v=JqRdpgbnA62, https://www.peekvids.com/watch?v=i0lIWG0nHhj,
https://www.peekvids.com/watch?v=2E8YHdo3uF2, https://www.peekvids.com/watch?v=tVkrocMuuPa, https://www.peekvids.com/watch?v=YGLr8md_HM4,
https://www.peekvids.com/watch?v=9bRuFgGPYL5, https://www.peekvids.com/watch?v=LuiDmNE8fGv, https://www.peekvids.com/watch?v=O09BWkrbanK,
https://www.peekvids.com/watch?v=tSJFTFUCYTq, https://www.peekvids.com/watch?v=QskCJLYoavI, https://www.peekvids.com/watch?v=7lf2s_x-ywT,
https://www.peekvids.com/watch?v=5JEjvHNErjY, https://www.peekvids.com/watch?v=WyQQc1Z0XFH, https://www.peekvids.com/watch?v=41dm_hxEwzo,
https://www.peekvids.com/watch?v=ckaUvoAAhVX, https://www.peekvids.com/watch?v=IZ7QF4rx9lv, https://www.peekvids.com/watch?v=4UnCd8FRRDE,
https://www.peekvids.com/watch?v=ps2w5WSW9Av, https://www.peekvids.com/watch?v=AeyVWpPN5N0, https://www.peekvids.com/watch?v=Q5-f4_QHEy0,
https://www.peekvids.com/watch?v=EgEWvAruLzX, https://www.peekvids.com/watch?v=oMLv8QiRBwY, https://www.peekvids.com/watch?v=YQsNLKOvd2g,
https://www.peekvids.com/watch?v=7YHBZV4hAGQ, https://www.peekvids.com/watch?v=etOtpLF1QDK, https://www.peekvids.com/watch?v=zi0MToBmTkh
5.f. Date of third notice: 2015-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jorajara
5.b. Uploader's email address: jorkopaoulok@gmail.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=jorajara
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=UoyEAFilHfH, https://www.peekvids.com/watch?v=kc5D4VccmS0,
https://www.peekvids.com/watch?v=NDNs8Gde8ez, https://www.peekvids.com/watch?v=-SHgblwTPlt, https://www.peekvids.com/watch?v=wqVQsKBYuHK,
https://www.peekvids.com/watch?v=eKoGZAyFDDm, https://www.peekvids.com/watch?v=wi9Hu8rY5je, https://www.peekvids.com/watch?v=4aKr9ai3SfJ,
https://www.peekvids.com/watch?v=gcYaA5KI847, https://www.peekvids.com/watch?v=WAzltEnGtDB, https://www.peekvids.com/watch?v=Gc0kpkwc5df,
https://www.peekvids.com/watch?v=6WO9B-SMOv3, https://www.peekvids.com/watch?v=Gcw0jhG97Ds, https://www.peekvids.com/watch?v=WGhW4Z0Wa20,
https://www.peekvids.com/watch?v=XsxPqIp8i-w, https://www.peekvids.com/watch?v=NuPGVD8Nncb, https://www.peekvids.com/watch?v=UoC3CzbfSOD,
https://www.peekvids.com/watch?v=AEPBYBIsDHD, https://www.peekvids.com/watch?v=bTxnviqsLrN, https://www.peekvids.com/watch?v=o9XiZYoSxCB,
https://www.peekvids.com/watch?v=ZQMNfxuEznC, https://www.peekvids.com/watch?v=gEOjQMdrYmO, https://www.peekvids.com/watch?v=nv7lwzBSWTy,
https://www.peekvids.com/watch?v=2HzDIu2sMB9, https://www.peekvids.com/watch?v=NhyTOEE8Eut, https://www.peekvids.com/watch?v=r0oWtS-8JgW,
https://www.peekvids.com/watch?v=jKtQ4WhEbjP, https://www.peekvids.com/watch?v=U8rWa-atIaR, https://www.peekvids.com/watch?v=BcOaVizTxTE,
https://www.peekvids.com/watch?v=LEBzonwfHEw, https://www.peekvids.com/watch?v=izgM7KPQfm4, https://www.peekvids.com/watch?v=AsYYigULwhN,
https://www.peekvids.com/watch?v=oKKVX9b4VJA, https://www.peekvids.com/watch?v=T9Nj7f0wdvi, https://www.peekvids.com/watch?v=pPb0hZkPAm8,
https://www.peekvids.com/watch?v=3QkCd-NJl0O, https://www.peekvids.com/watch?v=sOOsnECYoRK, https://www.peekvids.com/watch?v=T0hkPzf6gsI,
https://www.peekvids.com/watch?v=THcsyGk-tkV, https://www.peekvids.com/watch?v=KYdNYIxldmv, https://www.peekvids.com/watch?v=wzuBEnjpyZL,
https://www.peekvids.com/watch?v=vJx7yOoL35K, https://www.peekvids.com/watch?v=PdjDQcxUFNt, https://www.peekvids.com/watch?v=OTWK2Xfxk37,
https://www.peekvids.com/watch?v=WWd0Leox9OG, https://www.peekvids.com/watch?v=tMqSRmZaV9g, https://www.peekvids.com/watch?v=7e-m5Q489Zq,
https://www.peekvids.com/watch?v=xoMYCr9yVfl, https://www.peekvids.com/watch?v=KL3IAD2RagV, https://www.peekvids.com/watch?v=St62TU8bDyV,
https://www.peekvids.com/watch?v=ITappmapSi-, https://www.peekvids.com/watch?v=mZBRbM2Mm0Y, https://www.peekvids.com/watch?v=nJTVJaetVon,
https://www.peekvids.com/watch?v=-5EYx7-f9k3, https://www.peekvids.com/watch?v=DP4kPYWqjNM, https://www.peekvids.com/watch?v=FD-rCg95Cyk,
https://www.peekvids.com/watch?v=dlYB7tequAy, https://www.peekvids.com/watch?v=oA6cnecOUyM, https://www.peekvids.com/watch?v=yuXYDJ4dkY8,
https://www.peekvids.com/watch?v=H2OGpuxbnX4, https://www.peekvids.com/watch?v=PEsGX69VuC9, https://www.peekvids.com/watch?v=saZO-4wWKMm,
https://www.peekvids.com/watch?v=sUMDT6OFhwb, https://www.peekvids.com/watch?v=zFIzuVDJWs-, https://www.peekvids.com/watch?v=QSVQPcya4Nt,
https://www.peekvids.com/watch?v=qmkpP6tw8Nm, https://www.peekvids.com/watch?v=HmJEdO73LIv, https://www.peekvids.com/watch?v=CP7bNZ9zx5s,
https://www.peekvids.com/watch?v=WFJJNdKWTPq, https://www.peekvids.com/watch?v=zxSEuHTcF4i, https://www.peekvids.com/watch?v=ydRmry98iEV,
https://www.peekvids.com/watch?v=KoyeJDVPRKj, https://www.peekvids.com/watch?v=RHeyHlkVoKK, https://www.peekvids.com/watch?v=SG6Br4CUsol,
https://www.peekvids.com/watch?v=t6tnb4VMbD9, https://www.peekvids.com/watch?v=uMhTIlsq98K, https://www.peekvids.com/watch?v=5W5EyhpPmNi,
https://www.peekvids.com/watch?v=Y-HCEOYFrmp, https://www.peekvids.com/watch?v=Rj-2JjAUEWt, https://www.peekvids.com/watch?v=DQf5VdkrUpn,
https://www.peekvids.com/watch?v=ZLmEvE8OXr5, https://www.peekvids.com/watch?v=woBJhmTkKS8, https://www.peekvids.com/watch?v=ZA-vn25WdwS,
https://www.peekvids.com/watch?v=G6VSobQmMkY, https://www.peekvids.com/watch?v=PuEhsidgYnB, https://www.peekvids.com/watch?v=zKyeXbms8eu,
https://www.peekvids.com/watch?v=niQyCs4OLfT, https://www.peekvids.com/watch?v=D68jlgU2LTU, https://www.peekvids.com/watch?v=vaxVcbv75jl,
https://www.peekvids.com/watch?v=JM0clkDk0H9, https://www.peekvids.com/watch?v=OCHTJwqSLVk, https://www.peekvids.com/watch?v=-qYOamqtTga,
https://www.peekvids.com/watch?v=nQV7BAu96D5, https://www.peekvids.com/watch?v=AkWf50Wtz7I, https://www.peekvids.com/watch?v=lAWyn3lETy0,
https://www.peekvids.com/watch?v=5L3HxmnhBiG, https://www.peekvids.com/watch?v=lYKrIUiOROH, https://www.peekvids.com/watch?v=JpmCIH-MTcj,
https://www.peekvids.com/watch?v=rXVHJuVfBiH, https://www.peekvids.com/watch?v=V44S4SGGbbX, https://www.peekvids.com/watch?v=wq06sSaKWVU,
https://www.peekvids.com/watch?v=bZDWeQl6qmY, https://www.peekvids.com/watch?v=yCMhL2uK9gL, https://www.peekvids.com/watch?v=gRskeapH7bW,
https://www.peekvids.com/watch?v=aGHpT3-z3c8, https://www.peekvids.com/watch?v=iSYA02HPf-8, https://www.peekvids.com/watch?v=QF53-Or0iR5,
https://www.peekvids.com/watch?v=hMkRKwKqPsD, https://www.peekvids.com/watch?v=8iXkYnPLwqE, https://www.peekvids.com/watch?v=wHq5EsR4--T,
https://www.peekvids.com/watch?v=rpBDiESJqiu, https://www.peekvids.com/watch?v=N7eyMvoh4VD, https://www.peekvids.com/watch?v=p8giIPD4dij,
https://www.peekvids.com/watch?v=lLKKCsiiG2o, https://www.peekvids.com/watch?v=2hgVCbGFCZp, https://www.peekvids.com/watch?v=6x0KCZIPnHr,
https://www.peekvids.com/watch?v=wqDFJzl8ATt, https://www.peekvids.com/watch?v=nKeXRmAzNpG, https://www.peekvids.com/watch?v=yQHd3FzAX9i,
https://www.peekvids.com/watch?v=UAkwv-HkEE8, https://www.peekvids.com/watch?v=MFYFjoOyMTS, https://www.peekvids.com/watch?v=-tKUg8xugld,
https://www.peekvids.com/watch?v=rHvsj8QjJpB, https://www.peekvids.com/watch?v=7-DwxHr4a55, https://www.peekvids.com/watch?v=z9acoPNHzsq,
https://www.peekvids.com/watch?v=ZMekSS0JHBM, https://www.peekvids.com/watch?v=vxsPzRNL9bi, https://www.peekvids.com/watch?v=madWmCp4kVB,
https://www.peekvids.com/watch?v=r6OAo6qWTgX, https://www.peekvids.com/watch?v=yZysw3IjFxt, https://www.peekvids.com/watch?v=4TP93Quhe8v,
https://www.peekvids.com/watch?v=7wMaD-h5iee, https://www.peekvids.com/watch?v=hrEK7HFNMSl, https://www.peekvids.com/watch?v=RMtnbUeIZ34,
https://www.peekvids.com/watch?v=2Xoc90dIuBy, https://www.peekvids.com/watch?v=gxfk8oTHz4x, https://www.peekvids.com/watch?v=PtSiSstzmZa,
https://www.peekvids.com/watch?v=pXLerfcB8nN, https://www.peekvids.com/watch?v=xoOqZJdjPov, https://www.peekvids.com/watch?v=nrwsL5dLcde,
https://www.peekvids.com/watch?v=lwh5BPzpmW9, https://www.peekvids.com/watch?v=4B-leCq394w, https://www.peekvids.com/watch?v=TNCPGY5dVEo,
https://www.peekvids.com/watch?v=dglkhQMZFkl, https://www.peekvids.com/watch?v=PYdbGtOltLC, https://www.peekvids.com/watch?v=zqZNHjVXGrR,
https://www.peekvids.com/watch?v=r8Nhd8dwNZ6, https://www.peekvids.com/watch?v=0hcD6JWFCBI, https://www.peekvids.com/watch?v=G-iM6-oeBTz,
https://www.peekvids.com/watch?v=ZZkSLX3-iWN, https://www.peekvids.com/watch?v=lK7dQeXu5vf, https://www.peekvids.com/watch?v=wCIY28Kkeqk,
https://www.peekvids.com/watch?v=cQy4EZ2U-kQ, https://www.peekvids.com/watch?v=esBASzdBrv9, https://www.peekvids.com/watch?v=4t3Hr4HjPcN,
https://www.peekvids.com/watch?v=6gllsPmLvBH, https://www.peekvids.com/watch?v=9tFoexe4Cnm, https://www.peekvids.com/watch?v=bxT2M9KNvci,
https://www.peekvids.com/watch?v=mLFIu76VeEL, https://www.peekvids.com/watch?v=hkY6T2inFx8, https://www.peekvids.com/watch?v=EXWNyaTefRb,
https://www.peekvids.com/watch?v=9yWbvb00thE, https://www.peekvids.com/watch?v=G5-g6s7eIjF, https://www.peekvids.com/watch?v=94hVKayGPKa,
https://www.peekvids.com/watch?v=ZLh0JOO5xJ7, https://www.peekvids.com/watch?v=hRaDrtQOO3x, https://www.peekvids.com/watch?v=xAiDYD8soOZ,
https://www.peekvids.com/watch?v=bi2-yBGIOii, https://www.peekvids.com/watch?v=WYvdT-CYa26, https://www.peekvids.com/watch?v=PnuLrck0tV5,
https://www.peekvids.com/watch?v=gC2XlcqJaEX, https://www.peekvids.com/watch?v=cFKDVpk-yjg, https://www.peekvids.com/watch?v=pmfjijE7NGa,
https://www.peekvids.com/watch?v=OOVxp8Tp6WK, https://www.peekvids.com/watch?v=NLx4MkGNwNw, https://www.peekvids.com/watch?v=nfMfXf-Aqcz,
https://www.peekvids.com/watch?v=XreJAG-K0wQ, https://www.peekvids.com/watch?v=uaTMwSFmPkX, https://www.peekvids.com/watch?v=SPDyR6fUKvL,
https://www.peekvids.com/watch?v=4cHGqUzDrOL, https://www.peekvids.com/watch?v=uUXcxAW5vdu, https://www.peekvids.com/watch?v=lQtENq8GrmT,
https://www.peekvids.com/watch?v=SNN2XgiwpOj, https://www.peekvids.com/watch?v=knAbkrhqDj7, https://www.peekvids.com/watch?v=CqKlPq-IVFj,
https://www.peekvids.com/watch?v=RmTmupyBfgb, https://www.peekvids.com/watch?v=QIKAMt-WFkh, https://www.peekvids.com/watch?v=tDG8D57eqJr,
https://www.peekvids.com/watch?v=hpIBgYWl3DX, https://www.peekvids.com/watch?v=V4ObGXPCKWm, https://www.peekvids.com/watch?v=Vg55YW80TKu,
https://www.peekvids.com/watch?v=d86xSJb3ERe, https://www.peekvids.com/watch?v=nC-2myY9oGD, https://www.peekvids.com/watch?v=pWDED4erWBs,
https://www.peekvids.com/watch?v=7MinjPRMSHW, https://www.peekvids.com/watch?v=txIEgzksb25, https://www.peekvids.com/watch?v=hZzamnIVx-v,
https://www.peekvids.com/watch?v=bgxz2YtgGJc, https://www.peekvids.com/watch?v=mP-gARSuo8W, https://www.peekvids.com/watch?v=Ecf8hWlOP3M,
https://www.peekvids.com/watch?v=BmkDiXl6Dgl, https://www.peekvids.com/watch?v=JE7uXcDlxc8, https://www.peekvids.com/watch?v=isvL44gLbmE,
https://www.peekvids.com/watch?v=HB3FpJwVthZ, https://www.peekvids.com/watch?v=UZgDCeeFkdZ, https://www.peekvids.com/watch?v=4-FTapj8zOE,
https://www.peekvids.com/watch?v=SwOo6OPwoG9, https://www.peekvids.com/watch?v=du5b8r0jZV0, https://www.peekvids.com/watch?v=PBPXCiTs0Lx,
https://www.peekvids.com/watch?v=XnvZoHA4cQD, https://www.peekvids.com/watch?v=ge0FvrpaKlP, https://www.peekvids.com/watch?v=pQowzXeFIIZ,
https://www.peekvids.com/watch?v=9T5XNlXy9fa, https://www.peekvids.com/watch?v=9Niu4gW4Nzx, https://www.peekvids.com/watch?v=QII9qpY2xWH,
https://www.peekvids.com/watch?v=dtQbM35k03L, https://www.peekvids.com/watch?v=4NUvzteSaax, https://www.peekvids.com/watch?v=ND4mQbTkSk2,
https://www.peekvids.com/watch?v=hKFwdjr6cXX, https://www.peekvids.com/watch?v=YBhNAwVNRVp, https://www.peekvids.com/watch?v=G-sKdg0ChsH,
https://www.peekvids.com/watch?v=inCh-HJxUcQ, https://www.peekvids.com/watch?v=svOfoYSMVkC, https://www.peekvids.com/watch?v=A9KmeMfI-g2,
https://www.peekvids.com/watch?v=C7BDJGn8AJp, https://www.peekvids.com/watch?v=HtuwQDIO0GR, https://www.peekvids.com/watch?v=THwkk2I0LxH,
https://www.peekvids.com/watch?v=F2SN4uP8uPx, https://www.peekvids.com/watch?v=ktMzM8SseyQ, https://www.peekvids.com/watch?v=lDUNGJ6eK4s,
https://www.peekvids.com/watch?v=XKI83EaPsom, https://www.peekvids.com/watch?v=rvG4by7SZZo, https://www.peekvids.com/watch?v=7fb3oHhwWJn,
https://www.peekvids.com/watch?v=UqiPvpytzJO, https://www.peekvids.com/watch?v=zNEFrKJ8eL3, https://www.peekvids.com/watch?v=8e7c3xpmkrj,
https://www.peekvids.com/watch?v=tgOCm-d3W9k, https://www.peekvids.com/watch?v=-L4bTDst2mp, https://www.peekvids.com/watch?v=UXVdkNWaBGM,
https://www.peekvids.com/watch?v=FKbjl8N7H7F, https://www.peekvids.com/watch?v=p9s9i4lEYsS, https://www.peekvids.com/watch?v=gWZjLfqeCvM,
https://www.peekvids.com/watch?v=zNtzvgjuq9Z, https://www.peekvids.com/watch?v=zZgS8fWTdFH, https://www.peekvids.com/watch?v=0Dk9qdr3aTf,
https://www.peekvids.com/watch?v=LwUpMzZs9Y5, https://www.peekvids.com/watch?v=2eyWR5vXmTq, https://www.peekvids.com/watch?v=8KmIUVRZZT5,
https://www.peekvids.com/watch?v=n-LCZGSg6Pv, https://www.peekvids.com/watch?v=KpWyBRpVWTY, https://www.peekvids.com/watch?v=92Bbk7sYZIh,
https://www.peekvids.com/watch?v=bycu8cQXRHb, https://www.peekvids.com/watch?v=bG2PiyqlIFx, https://www.peekvids.com/watch?v=ZtMhDpu00jI,
https://www.peekvids.com/watch?v=LEpLfynX5gk, https://www.peekvids.com/watch?v=IE3x2Qsw2pv, https://www.peekvids.com/watch?v=JuBlaTWSNnW,
https://www.peekvids.com/watch?v=UCyVy85dS8u, https://www.peekvids.com/watch?v=LHA4RZcRYzC, https://www.peekvids.com/watch?v=UDOXNsKOTgq,
https://www.peekvids.com/watch?v=VKwJl3sltSm, https://www.peekvids.com/watch?v=7desFy8HBXr, https://www.peekvids.com/watch?v=BAFSOboNvJD,
https://www.peekvids.com/watch?v=qo8TaqNDqqT, https://www.peekvids.com/watch?v=uygj5Ip4nnb, https://www.peekvids.com/watch?v=X8JsuOGG9Qm,
https://www.peekvids.com/watch?v=wvVwaufYAK7, https://www.peekvids.com/watch?v=aGb0ysYF3io, https://www.peekvids.com/watch?v=tQFZibjEiuV,
https://www.peekvids.com/watch?v=6miwzEiwKtB, https://www.peekvids.com/watch?v=wJXmrnuw9Et, https://www.peekvids.com/watch?v=CTwHAk4j082,
https://www.peekvids.com/watch?v=XoX0OCzkL9V, https://www.peekvids.com/watch?v=nhgX2kTAbpP, https://www.peekvids.com/watch?v=U66MC-pPWvv,
https://www.peekvids.com/watch?v=wqBPWP5eC5W, https://www.peekvids.com/watch?v=8LARmDdEeuI, https://www.peekvids.com/watch?v=LNe9CDZqGtN,
https://www.peekvids.com/watch?v=Z-p2lM3IVqg, https://www.peekvids.com/watch?v=dlcqkEvtWJD, https://www.peekvids.com/watch?v=QQFrskKGMJg,
https://www.peekvids.com/watch?v=bWrFOSNKmi6, https://www.peekvids.com/watch?v=dQU0GfIqL8E, https://www.peekvids.com/watch?v=Ngtj3xu-jqR,
https://www.peekvids.com/watch?v=83O97ldYmls, https://www.peekvids.com/watch?v=XVH55me-MII, https://www.peekvids.com/watch?v=l3ieCr-Yb9b,
https://www.peekvids.com/watch?v=-IRztufVcW8, https://www.peekvids.com/watch?v=wXlLuR0AxuC, https://www.peekvids.com/watch?v=WP35Y84c9kA,
https://www.peekvids.com/watch?v=r3-jsraDgC9, https://www.peekvids.com/watch?v=NGHGjMf64sq, https://www.peekvids.com/watch?v=TDE4hOxUVme,
https://www.peekvids.com/watch?v=c-jdd2OYgat, https://www.peekvids.com/watch?v=oXMIJavnVFH, https://www.peekvids.com/watch?v=rLWdURSjVAc,
https://www.peekvids.com/watch?v=yW3SIHvQfgf, https://www.peekvids.com/watch?v=DMk59cq-aAL, https://www.peekvids.com/watch?v=UsGnfCcJd8j,
https://www.peekvids.com/watch?v=KUvoEN5FfYq, https://www.peekvids.com/watch?v=73H7wOzvVrV, https://www.peekvids.com/watch?v=GDKJvoyCpSW,
https://www.peekvids.com/watch?v=xHvrtFiF-gY, https://www.peekvids.com/watch?v=psnbeScznfB, https://www.peekvids.com/watch?v=pRuNLkLdMjB,
https://www.peekvids.com/watch?v=9Na7uMhtdxR, https://www.peekvids.com/watch?v=VlXlwWaU0r3, https://www.peekvids.com/watch?v=So7EGtzcAnH,
https://www.peekvids.com/watch?v=9AgvXTqwXPI
5.f. Date of third notice: 2015-03-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: juliman
5.b. Uploader's email address: gigiardopuul@gmx.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=juliman
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=BwrcUKfVesb, https://www.peekvids.com/watch?v=yQStmL8bX5b,
https://www.peekvids.com/watch?v=KtWMdfraxte, https://www.peekvids.com/watch?v=agHJGFeLzKU, https://www.peekvids.com/watch?v=swPmZwEUtt9,
https://www.peekvids.com/watch?v=RpXKNt2q6Bl, https://www.peekvids.com/watch?v=PggqoAhUS9Z, https://www.peekvids.com/watch?v=oSywcCOPQZn,
https://www.peekvids.com/watch?v=WCSXcGr6gKs, https://www.peekvids.com/watch?v=ACXMoHADwv8, https://www.peekvids.com/watch?v=TBPIR7cDCOh,
https://www.peekvids.com/watch?v=2Jo4CV5tJuM, https://www.peekvids.com/watch?v=k74tSBP3wsu, https://www.peekvids.com/watch?v=DxuS1bX0Rg4,
https://www.peekvids.com/watch?v=gAbbVDkVS8W, https://www.peekvids.com/watch?v=mH2wcYgvBH7, https://www.peekvids.com/watch?v=sr_f1uY2dOn,
https://www.peekvids.com/watch?v=tcnESIorZOJ, https://www.peekvids.com/watch?v=Jp-cDvbwFS3, https://www.peekvids.com/watch?v=zc_zLXO8Bl6,
https://www.peekvids.com/watch?v=2buTdpN41EQ, https://www.peekvids.com/watch?v=j-CjgmGntPz, https://www.peekvids.com/watch?v=kZURxrVscYD,
https://www.peekvids.com/watch?v=8ycb79Q4SON, https://www.peekvids.com/watch?v=DXfYM1PFj_o, https://www.peekvids.com/watch?v=dGP6-x4qnoJ,
https://www.peekvids.com/watch?v=iOnlzEiI2yg, https://www.peekvids.com/watch?v=hwOyIm3_F2T, https://www.peekvids.com/watch?v=XjkTdNyL5rs,
https://www.peekvids.com/watch?v=Aub3Z4g81X9, https://www.peekvids.com/watch?v=gnFn8Wadyud, https://www.peekvids.com/watch?v=SxVVHQIimW0,
https://www.peekvids.com/watch?v=uU7W7X5IzNq, https://www.peekvids.com/watch?v=lzXo8Q30UmI, https://www.peekvids.com/watch?v=e1gOpfzVckz,
https://www.peekvids.com/watch?v=LZCxFNO1LTX, https://www.peekvids.com/watch?v=ZPnUJuD8fvL, https://www.peekvids.com/watch?v=JJJ1ADB-E5l,
https://www.peekvids.com/watch?v=rRGuyvACPBB, https://www.peekvids.com/watch?v=isay3Y2gqvK, https://www.peekvids.com/watch?v=tg7gfPOSj7a,
https://www.peekvids.com/watch?v=E4ypFj-ITi7, https://www.peekvids.com/watch?v=YMiPyh-IJqW, https://www.peekvids.com/watch?v=yz2nptgoNZw,
https://www.peekvids.com/watch?v=sjzLB_G4LVR, https://www.peekvids.com/watch?v=e-uAQJUF899, https://www.peekvids.com/watch?v=hLRICrMs72Y,
https://www.peekvids.com/watch?v=yQ3T6tLlncU, https://www.peekvids.com/watch?v=m9dyURGWbbE, https://www.peekvids.com/watch?v=jTrhkEZog2o,
https://www.peekvids.com/watch?v=uqCb6GbGYZs, https://www.peekvids.com/watch?v=LT5_CfX02Q7, https://www.peekvids.com/watch?v=VDKP4KNDsO9,
https://www.peekvids.com/watch?v=IQCLSu11A_4, https://www.peekvids.com/watch?v=YYPT6LMUyGP, https://www.peekvids.com/watch?v=AF6lSrHkH6r,
https://www.peekvids.com/watch?v=uzJENOV8NwS, https://www.peekvids.com/watch?v=thp1DJ3DEcg, https://www.peekvids.com/watch?v=6ydlc1d_aja,
https://www.peekvids.com/watch?v=q44_jvJb_Jq, https://www.peekvids.com/watch?v=FaQvSaRCWnG, https://www.peekvids.com/watch?v=rSytu4CEjSc,
https://www.peekvids.com/watch?v=xt_dzBmT2ln
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jusjyssy
5.b. Uploader's email address: werassaio@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=jusjyssy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=eC8F9CuCwGA, https://www.peekvids.com/watch?v=qAPiulR3PpJ,
https://www.peekvids.com/watch?v=Dv7xfVNPBCu, https://www.peekvids.com/watch?v=j3dGu_v4mzg, https://www.peekvids.com/watch?v=Cww0UzeAbrt,
https://www.peekvids.com/watch?v=oCCwn5OYi3D, https://www.peekvids.com/watch?v=3PXn0CCwtK0, https://www.peekvids.com/watch?v=wiaB131oui8,
https://www.peekvids.com/watch?v=WeUu0CBCoUx, https://www.peekvids.com/watch?v=zA5E8fAGfbZ, https://www.peekvids.com/watch?v=YWdSqdM9dHb,
https://www.peekvids.com/watch?v=aRAEth9n3zA, https://www.peekvids.com/watch?v=rU-06YJjmHZ, https://www.peekvids.com/watch?v=hJ7aOB5qBp8,
https://www.peekvids.com/watch?v=9CZ2wQue4xM, https://www.peekvids.com/watch?v=5PbW-9dm_Zu, https://www.peekvids.com/watch?v=3KQ0ulmH1b5,
https://www.peekvids.com/watch?v=40dnQPuS0wn, https://www.peekvids.com/watch?v=xtOxJr0YSak, https://www.peekvids.com/watch?v=3IJ1TCf-zV3,
https://www.peekvids.com/watch?v=CmvxuMxVKSc, https://www.peekvids.com/watch?v=KjQeoW7GIYs, https://www.peekvids.com/watch?v=K7Wf_1dF-M0,
https://www.peekvids.com/watch?v=SEC6D3EcCQl, https://www.peekvids.com/watch?v=qGA9O-uSQbI, https://www.peekvids.com/watch?v=s8bSqMqZboK,
https://www.peekvids.com/watch?v=UWVtoqbduyR, https://www.peekvids.com/watch?v=GbxsgRV2D75, https://www.peekvids.com/watch?v=nVZ0g4nSRck,
https://www.peekvids.com/watch?v=40NLqvTpLLo, https://www.peekvids.com/watch?v=CeoCtsY6uPL, https://www.peekvids.com/watch?v=yTd_eohCoBc,
https://www.peekvids.com/watch?v=5n-AkglO_9G, https://www.peekvids.com/watch?v=3SXKn2fhk_Q, https://www.peekvids.com/watch?v=NkINUh52OVa,
https://www.peekvids.com/watch?v=dOZgkBr9yGE, https://www.peekvids.com/watch?v=NpN3JmMqdFX, https://www.peekvids.com/watch?v=BC8758l9WHG,
https://www.peekvids.com/watch?v=UDYYc9k8HsJ, https://www.peekvids.com/watch?v=p9XxjrdfMub, https://www.peekvids.com/watch?v=YKmQ-jNLqXs,
https://www.peekvids.com/watch?v=Wt07ILWb72t, https://www.peekvids.com/watch?v=VW2LIWLQaeS, https://www.peekvids.com/watch?v=B99uTjEVU3a,
https://www.peekvids.com/watch?v=Np092BJnBqV, https://www.peekvids.com/watch?v=Ix4PgWm51na, https://www.peekvids.com/watch?v=Xc_pvOWk3od,
https://www.peekvids.com/watch?v=Fs1uNR7J0q0, https://www.peekvids.com/watch?v=mHR0VkOgXMu, https://www.peekvids.com/watch?v=3ayxUs_GW33,
https://www.peekvids.com/watch?v=xr9_wH0uwl7, https://www.peekvids.com/watch?v=ut_7GXxnF2S, https://www.peekvids.com/watch?v=H31rTXbrXWZ,
https://www.peekvids.com/watch?v=PFZfqRPlOpm, https://www.peekvids.com/watch?v=tp2VlHQKdor, https://www.peekvids.com/watch?v=7FcQiPhcwFe,
https://www.peekvids.com/watch?v=qoMWbC5mI_w, https://www.peekvids.com/watch?v=bzeyaheXgQf, https://www.peekvids.com/watch?v=A-PnUBDrGPp,
https://www.peekvids.com/watch?v=JuZ0Fr7DPss, https://www.peekvids.com/watch?v=MTjERQ3k6L9, https://www.peekvids.com/watch?v=6NhJBS6veMc,
https://www.peekvids.com/watch?v=glKzA89lPcq, https://www.peekvids.com/watch?v=pARwdSAcwn6, https://www.peekvids.com/watch?v=9jNgJg5DMel,
https://www.peekvids.com/watch?v=qiRgTdqePTF, https://www.peekvids.com/watch?v=ME5LS1lk-KX, https://www.peekvids.com/watch?v=wdReueG6y52,
https://www.peekvids.com/watch?v=Hsj3c91w0b7, https://www.peekvids.com/watch?v=BKNUwY_AMCu, https://www.peekvids.com/watch?v=Zl2ZVZdmhHa,
https://www.peekvids.com/watch?v=oIwsfrsF9BF, https://www.peekvids.com/watch?v=pJXZwW7At5J, https://www.peekvids.com/watch?v=vHoI3FAe-6z,
https://www.peekvids.com/watch?v=5vdFLM4pPpW, https://www.peekvids.com/watch?v=El5gWaeI0lX, https://www.peekvids.com/watch?v=I8eeKfysBqG,
https://www.peekvids.com/watch?v=dmmHiCw9Vfi, https://www.peekvids.com/watch?v=QhF9WxRMw1o, https://www.peekvids.com/watch?v=47q6VVX_m3p,
https://www.peekvids.com/watch?v=CiuPnKGeQCQ, https://www.peekvids.com/watch?v=4utXYEFWN2x, https://www.peekvids.com/watch?v=sZ9TTbPE-5X,
https://www.peekvids.com/watch?v=YdKtZlK8hsI, https://www.peekvids.com/watch?v=dbz8qc0M_7E, https://www.peekvids.com/watch?v=Nk4nLefOy_w,
https://www.peekvids.com/watch?v=Usrvwg4eUsp, https://www.peekvids.com/watch?v=sqklxmcvb4g, https://www.peekvids.com/watch?v=U_PZP37QnIt,
https://www.peekvids.com/watch?v=NXsvq8LjYYo, https://www.peekvids.com/watch?v=fqvoV8Cmk3P, https://www.peekvids.com/watch?v=yHIGpUh5ERJ,
https://www.peekvids.com/watch?v=vhmInvP8RKG, https://www.peekvids.com/watch?v=7z6uLOw7ooY, https://www.peekvids.com/watch?v=Es9OMhUdD-7,
https://www.peekvids.com/watch?v=wb-L5jgHF_u, https://www.peekvids.com/watch?v=LOwP0p-JJjy, https://www.peekvids.com/watch?v=XTPiXNh8dpG,
https://www.peekvids.com/watch?v=WLff_5DlBOE, https://www.peekvids.com/watch?v=Ksj0_juVcHU, https://www.peekvids.com/watch?v=YA3DZ_1n8Q3,
https://www.peekvids.com/watch?v=ZzOipE8pE4y, https://www.peekvids.com/watch?v=Kx2BOlHvazl, https://www.peekvids.com/watch?v=HOfveLonhDB,
https://www.peekvids.com/watch?v=VmyydcFCuUH, https://www.peekvids.com/watch?v=EXcSZG1LbF2, https://www.peekvids.com/watch?v=cMhtmtkK6mH,
https://www.peekvids.com/watch?v=8ERVO1pK7uH, https://www.peekvids.com/watch?v=dn8-hnJkgtW, https://www.peekvids.com/watch?v=mtleyqLu3uB,
https://www.peekvids.com/watch?v=fWTlGtgAD7r, https://www.peekvids.com/watch?v=6yI539Vyc6Z, https://www.peekvids.com/watch?v=p9CoNu9F6Kd,
https://www.peekvids.com/watch?v=B9JRSyaSYWT, https://www.peekvids.com/watch?v=fu1-0t1n9Dx, https://www.peekvids.com/watch?v=B31HrlzfJt6,
https://www.peekvids.com/watch?v=wuiPa-e4r35, https://www.peekvids.com/watch?v=nYoIxh3lAT4, https://www.peekvids.com/watch?v=S7LkmVtaHRI,
https://www.peekvids.com/watch?v=8k7QGRW0V2k, https://www.peekvids.com/watch?v=KDYhZqDXwkO, https://www.peekvids.com/watch?v=uFbA_Bv-YHl,
https://www.peekvids.com/watch?v=irpt9P6m5bj, https://www.peekvids.com/watch?v=eXX_8bCnKRz, https://www.peekvids.com/watch?v=aniPZVypfFV,
https://www.peekvids.com/watch?v=9UbbfDbl1uo, https://www.peekvids.com/watch?v=29Rw0_B3Izz, https://www.peekvids.com/watch?v=9E8v5zr4rzV,
https://www.peekvids.com/watch?v=ZfIQ7MgO-4F, https://www.peekvids.com/watch?v=tMu0SYR_yC0, https://www.peekvids.com/watch?v=pjYYhqG8r3S,
https://www.peekvids.com/watch?v=x3HIu5Y6enw, https://www.peekvids.com/watch?v=jupdHANnttm, https://www.peekvids.com/watch?v=EtW0Iwaaq8C,
https://www.peekvids.com/watch?v=hh383k2NrdQ, https://www.peekvids.com/watch?v=RhTqTs7tpBx, https://www.peekvids.com/watch?v=qUNufVoXPUx,
https://www.peekvids.com/watch?v=9woHiluvAwu, https://www.peekvids.com/watch?v=vs7x1uQvXJa, https://www.peekvids.com/watch?v=voy-g-y0zQS,
https://www.peekvids.com/watch?v=hBUWsopohbk, https://www.peekvids.com/watch?v=mcZiM01xsdA, https://www.peekvids.com/watch?v=RQowsycnDjB,
https://www.peekvids.com/watch?v=idH-WOLOXIk, https://www.peekvids.com/watch?v=JL2FP5TP9Rl, https://www.peekvids.com/watch?v=Ns7OiGeF3es,
https://www.peekvids.com/watch?v=MGfJzK8k_ZP, https://www.peekvids.com/watch?v=G8QfxtnUgu4, https://www.peekvids.com/watch?v=avdEv2115Ya,
https://www.peekvids.com/watch?v=8j8ga_fx164, https://www.peekvids.com/watch?v=xoI6JC-GtwQ, https://www.peekvids.com/watch?v=OMIgmr1SRqh,
https://www.peekvids.com/watch?v=2Xm9s5AHEQG, https://www.peekvids.com/watch?v=z6vAV37pRqs, https://www.peekvids.com/watch?v=wcw_l0_hBnX,
https://www.peekvids.com/watch?v=X5k5AJMTDId, https://www.peekvids.com/watch?v=Qfj9fhnjyKD, https://www.peekvids.com/watch?v=zkBgYW5Orty,
https://www.peekvids.com/watch?v=ag8oaAkLbIi, https://www.peekvids.com/watch?v=lc45XBTda7W, https://www.peekvids.com/watch?v=jKpdM-38Deb,
https://www.peekvids.com/watch?v=aAIWxlFSPJt, https://www.peekvids.com/watch?v=INZaVZZ1R3t, https://www.peekvids.com/watch?v=U53e5tBkB4s,
https://www.peekvids.com/watch?v=oBAaQN5jJGw, https://www.peekvids.com/watch?v=rRKsOiylmIp, https://www.peekvids.com/watch?v=SL9WFxbtgKL,
https://www.peekvids.com/watch?v=HsjlNmr8-sc, https://www.peekvids.com/watch?v=wcjAR4wyQ92, https://www.peekvids.com/watch?v=yHQxKGpc81J,
https://www.peekvids.com/watch?v=309W0mAiQQO, https://www.peekvids.com/watch?v=GVuHOpY4mVJ, https://www.peekvids.com/watch?v=RTur0_BnFLz,
https://www.peekvids.com/watch?v=MCXJvYd5Ek2, https://www.peekvids.com/watch?v=AvLjKuFvz9v, https://www.peekvids.com/watch?v=ZwqwBW6LepF,
https://www.peekvids.com/watch?v=SHOTAvyifpJ, https://www.peekvids.com/watch?v=Pve0kAeEsaL, https://www.peekvids.com/watch?v=V3O7V5_zezS,
https://www.peekvids.com/watch?v=u40F7tdzyVL, https://www.peekvids.com/watch?v=Cfe7Huat_kp, https://www.peekvids.com/watch?v=ICaeME5JmGu,
https://www.peekvids.com/watch?v=Z9xCdbP2L0K, https://www.peekvids.com/watch?v=Er5ILgPfO65, https://www.peekvids.com/watch?v=En_AZOgTIAG,
https://www.peekvids.com/watch?v=HyIsRbPovqX, https://www.peekvids.com/watch?v=IvMFJNF7BgP, https://www.peekvids.com/watch?v=tE2gtKM-N3Y
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kaltobi
5.b. Uploader's email address: kalatobyok@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=kaltobi
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pHyRqcZGp8F, https://www.peekvids.com/watch?v=SS6G7f7hIci,
https://www.peekvids.com/watch?v=m7OrW2Y9TgT, https://www.peekvids.com/watch?v=5QHkNcW_2MS, https://www.peekvids.com/watch?v=PJ0wB1UgsEf,
https://www.peekvids.com/watch?v=Q-TdHN_rwzG, https://www.peekvids.com/watch?v=8OOcBRxhxwI, https://www.peekvids.com/watch?v=llIQk8hM8xg,
https://www.peekvids.com/watch?v=9e--f2t7DGh, https://www.peekvids.com/watch?v=cdluQqYTJ9c, https://www.peekvids.com/watch?v=sPTsFtbRcLB,
https://www.peekvids.com/watch?v=3YKUwo8E519, https://www.peekvids.com/watch?v=p3oVFbVYLvu, https://www.peekvids.com/watch?v=bBXQLqj9LvS,
https://www.peekvids.com/watch?v=Hsr4boXasVL, https://www.peekvids.com/watch?v=f0bpBr7pCzw, https://www.peekvids.com/watch?v=4g7ZM6rK8SB,
https://www.peekvids.com/watch?v=xnD1np7o19Q, https://www.peekvids.com/watch?v=d1mLOQ49-P5, https://www.peekvids.com/watch?v=vEf4xhnxIX2,
https://www.peekvids.com/watch?v=yV3aSIj19J5, https://www.peekvids.com/watch?v=xcZ74QuBr0M, https://www.peekvids.com/watch?v=ZAUl9hEESoU,
https://www.peekvids.com/watch?v=UT6-TWcMfuN, https://www.peekvids.com/watch?v=qzKGBGwrC6m, https://www.peekvids.com/watch?v=M5MmCWH4t9P,
https://www.peekvids.com/watch?v=5Tyiaut7CGZ, https://www.peekvids.com/watch?v=WSph6cEFUzC, https://www.peekvids.com/watch?v=kPJYEJ06rc5,
https://www.peekvids.com/watch?v=cbZuMGni9qB, https://www.peekvids.com/watch?v=T5TWDpEyxJL, https://www.peekvids.com/watch?v=ZNeh9ugNu0g,
https://www.peekvids.com/watch?v=4SvI1B7keSc, https://www.peekvids.com/watch?v=g3TMy0iACBG, https://www.peekvids.com/watch?v=xpBhLZo2xK0,
https://www.peekvids.com/watch?v=SKj-8UFdRXT, https://www.peekvids.com/watch?v=Qa8aaP66MLC, https://www.peekvids.com/watch?v=GrDmlgENfgI,
https://www.peekvids.com/watch?v=rvWTN4tYPOM, https://www.peekvids.com/watch?v=rf1EsciN2lc, https://www.peekvids.com/watch?v=p935B4nYddr,
https://www.peekvids.com/watch?v=FtPQONYCqNh, https://www.peekvids.com/watch?v=nthlUghyl1W, https://www.peekvids.com/watch?v=z742YnRvU_3,
https://www.peekvids.com/watch?v=AgJzxH2kjkV, https://www.peekvids.com/watch?v=eu5tWDNaAr0, https://www.peekvids.com/watch?v=4ltNBKqM80b,
https://www.peekvids.com/watch?v=bHBU5AQbqLU, https://www.peekvids.com/watch?v=TuHKj-8P-Sj, https://www.peekvids.com/watch?v=053B6sf0Cph,
https://www.peekvids.com/watch?v=99bOMuwKyM5, https://www.peekvids.com/watch?v=dabngdvbMUW, https://www.peekvids.com/watch?v=MP39LKbFM3w,
https://www.peekvids.com/watch?v=PZ00-lFMbkJ, https://www.peekvids.com/watch?v=PusWHrmiUhM, https://www.peekvids.com/watch?v=U9BwmvgRvq3,
https://www.peekvids.com/watch?v=g9v4l4vKmWe, https://www.peekvids.com/watch?v=HTKknU2bleX, https://www.peekvids.com/watch?v=cctrBtmkBgb,
https://www.peekvids.com/watch?v=7KebiamLsHT, https://www.peekvids.com/watch?v=l0vtTyXcKpg, https://www.peekvids.com/watch?v=SmB49-wkGXh,
https://www.peekvids.com/watch?v=saOzLXkb6-7, https://www.peekvids.com/watch?v=sG9s4Tyqsto, https://www.peekvids.com/watch?v=Bzv3eewnXGO,
https://www.peekvids.com/watch?v=vxu_rMGfxRD, https://www.peekvids.com/watch?v=hdmHp1bsS3j, https://www.peekvids.com/watch?v=cJhrE62-YuD,
https://www.peekvids.com/watch?v=FlIKNAqZfcl, https://www.peekvids.com/watch?v=9cGsbuEO-oo, https://www.peekvids.com/watch?v=Os6uqAsZG8G,
https://www.peekvids.com/watch?v=FF7UPALqHFq, https://www.peekvids.com/watch?v=PEQvH913Fon, https://www.peekvids.com/watch?v=xipXyWMR4Nm,
https://www.peekvids.com/watch?v=fyPZGrlLgLu, https://www.peekvids.com/watch?v=RKFRqTtT2A0, https://www.peekvids.com/watch?v=iLzaeql3082,
https://www.peekvids.com/watch?v=6qcu6oYG81J, https://www.peekvids.com/watch?v=KBkdK7Ohkxh, https://www.peekvids.com/watch?v=F7yDsshaq96,
https://www.peekvids.com/watch?v=xSWRraUwdlN, https://www.peekvids.com/watch?v=SAOaT1_kQF4, https://www.peekvids.com/watch?v=qbPuAXdVkt5,
https://www.peekvids.com/watch?v=QHxUe8rPDW0, https://www.peekvids.com/watch?v=VEiL9HH3R5a, https://www.peekvids.com/watch?v=AHjoCrB8Gbc,
https://www.peekvids.com/watch?v=x6L18eZCNli, https://www.peekvids.com/watch?v=TTuybcmoIcl, https://www.peekvids.com/watch?v=CgGgvMCIfdd,
https://www.peekvids.com/watch?v=ooXDiZYnN-B, https://www.peekvids.com/watch?v=EE_CXMs1Twx, https://www.peekvids.com/watch?v=TnXJ4iz_Xj8,
https://www.peekvids.com/watch?v=EGy0ZcFMhd4, https://www.peekvids.com/watch?v=XfEztHNbyTt, https://www.peekvids.com/watch?v=AfsLMmzHPEB,
https://www.peekvids.com/watch?v=weSQPArjMlc, https://www.peekvids.com/watch?v=9kWXXDNQTXe, https://www.peekvids.com/watch?v=gPsQzpDbZgc,
https://www.peekvids.com/watch?v=cR7wF7zy3ZN, https://www.peekvids.com/watch?v=PRM6xR2VGPe, https://www.peekvids.com/watch?v=rKnutjPwytR,
https://www.peekvids.com/watch?v=hRBbHpvJ4Ks, https://www.peekvids.com/watch?v=lr94kHbi6tH
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: karatish
5.b. Uploader's email address: monamiller5057@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=karatish
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dI0r0XCFayO, https://www.peekvids.com/watch?v=ko8sE5XMA4g,
https://www.peekvids.com/watch?v=6-v_MZ1fm-d, https://www.peekvids.com/watch?v=2oPktYSplBW, https://www.peekvids.com/watch?v=8FTh1hyCeeH,
https://www.peekvids.com/watch?v=l0N1hlnOgbZ, https://www.peekvids.com/watch?v=JYxyLyDvSL3, https://www.peekvids.com/watch?v=u8X9SfiaNSn,
https://www.peekvids.com/watch?v=CpxSJ8piQET, https://www.peekvids.com/watch?v=0bZYQ_UJGml, https://www.peekvids.com/watch?v=KPPCYwMdGab,
https://www.peekvids.com/watch?v=HNIfVTKF55T, https://www.peekvids.com/watch?v=DTQryrJg0WY, https://www.peekvids.com/watch?v=MgysRerApOB,
https://www.peekvids.com/watch?v=k1xqjLVdj_a, https://www.peekvids.com/watch?v=hsHb9Oqj_OD, https://www.peekvids.com/watch?v=RJrsBnPCSDF,
https://www.peekvids.com/watch?v=9Mqzx_r2FVA, https://www.peekvids.com/watch?v=DhNSAkbeawE, https://www.peekvids.com/watch?v=iejYgYEOBL7,
https://www.peekvids.com/watch?v=DvmnDMoYM2E, https://www.peekvids.com/watch?v=RrWHB1xokee, https://www.peekvids.com/watch?v=rlf-xTZvbj0,
https://www.peekvids.com/watch?v=9iriSJsAytV, https://www.peekvids.com/watch?v=M-MlIIyRxh4, https://www.peekvids.com/watch?v=DCJb1SuBrqb,
https://www.peekvids.com/watch?v=y9NFC1zdZSE, https://www.peekvids.com/watch?v=98omayeLPfZ, https://www.peekvids.com/watch?v=eFziyWih5Ru,
https://www.peekvids.com/watch?v=PnHz_BMvv9I, https://www.peekvids.com/watch?v=cr06BThjcL5, https://www.peekvids.com/watch?v=jyXCrgzILjf,
https://www.peekvids.com/watch?v=rahhN7YlmIH, https://www.peekvids.com/watch?v=vWP_yP6_tgP, https://www.peekvids.com/watch?v=H099ct5v3QH,
https://www.peekvids.com/watch?v=rMxBZP_O0uH, https://www.peekvids.com/watch?v=q9t4MifBiLd, https://www.peekvids.com/watch?v=UKwLyv19ODI,
https://www.peekvids.com/watch?v=zXYAduYYuVD, https://www.peekvids.com/watch?v=vMlreYh1D4z, https://www.peekvids.com/watch?v=FjQjovOaNDg,
https://www.peekvids.com/watch?v=CeiTJBkNW_q, https://www.peekvids.com/watch?v=sumBAr277Tz, https://www.peekvids.com/watch?v=V6qWPVqReFA,
https://www.peekvids.com/watch?v=wOFOmEENU0r, https://www.peekvids.com/watch?v=9mQ_TmC0ekK, https://www.peekvids.com/watch?v=KhtE_Sb-tYR,
https://www.peekvids.com/watch?v=zkKFmfarigB, https://www.peekvids.com/watch?v=hwINN6y-Ode, https://www.peekvids.com/watch?v=souFyu6hHU9,
https://www.peekvids.com/watch?v=gxpUaCi6zKW, https://www.peekvids.com/watch?v=0HfemO4ElPh, https://www.peekvids.com/watch?v=SCm03y8HHAL,
https://www.peekvids.com/watch?v=cFJCB2OyjVR, https://www.peekvids.com/watch?v=xI-lcGQ5Sqs, https://www.peekvids.com/watch?v=mEnAdNOVXPR,
https://www.peekvids.com/watch?v=Spg--Vt2Til, https://www.peekvids.com/watch?v=Ufkqd-ObEoc, https://www.peekvids.com/watch?v=9HC39rT-Dsn,
https://www.peekvids.com/watch?v=jlYjF_C9dZY, https://www.peekvids.com/watch?v=ZQEz6XxbkEX
5.f. Date of third notice: 2015-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: keypro
5.b. Uploader's email address: ericmarazotti@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=keypro
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=lgEMO50DZzx, https://www.peekvids.com/watch?v=iIziTuKtZBh,
https://www.peekvids.com/watch?v=cI9YdW6Zn86, https://www.peekvids.com/watch?v=W2Dz3KqSSbz, https://www.peekvids.com/watch?v=JvXsQs33P7o,
https://www.peekvids.com/watch?v=iGXqJkLrSYc, https://www.peekvids.com/watch?v=R3P6NTvGwZd, https://www.peekvids.com/watch?v=yAAA5j4UOUd,
https://www.peekvids.com/watch?v=uBTWSXUKTlN, https://www.peekvids.com/watch?v=KhiqwzfJ1Pn, https://www.peekvids.com/watch?v=aYPDm5YFOtE,
https://www.peekvids.com/watch?v=Ni-7eJoh8TD, https://www.peekvids.com/watch?v=LmbWG-fUW7J, https://www.peekvids.com/watch?v=TUvGsrh_qt6,
https://www.peekvids.com/watch?v=kmbgv1Si1Md, https://www.peekvids.com/watch?v=T_GWV5-D8gc, https://www.peekvids.com/watch?v=fc1yk8yl9EL,
https://www.peekvids.com/watch?v=Sjl9aFkqdUn, https://www.peekvids.com/watch?v=ImhxJkKge-Z, https://www.peekvids.com/watch?v=pXCahA1bi9r,
https://www.peekvids.com/watch?v=hF0GL5ANE-I, https://www.peekvids.com/watch?v=g8r186URyOe, https://www.peekvids.com/watch?v=BHBrHQ78QAO,
https://www.peekvids.com/watch?v=yMEPAchjfWt, https://www.peekvids.com/watch?v=j1qK2Ny8-Ik, https://www.peekvids.com/watch?v=NjqJ2PlWvwz,
https://www.peekvids.com/watch?v=fK_Tti659KG, https://www.peekvids.com/watch?v=0NylmhfIMsv, https://www.peekvids.com/watch?v=ZE1H2U2ao0u,
https://www.peekvids.com/watch?v=IrfXQMgr8M0, https://www.peekvids.com/watch?v=3-giS9wj_GP, https://www.peekvids.com/watch?v=4OTRCF-nm8N,
https://www.peekvids.com/watch?v=9cNOGmLzr0T, https://www.peekvids.com/watch?v=zII4cdEZKhl, https://www.peekvids.com/watch?v=TFVD7kCmgZe,
https://www.peekvids.com/watch?v=k5Cab8PnIbu, https://www.peekvids.com/watch?v=MMcoV_qvnlm, https://www.peekvids.com/watch?v=644nOEelDtn,
https://www.peekvids.com/watch?v=PfQwMRJSHO5, https://www.peekvids.com/watch?v=uJsU9OjDjjk, https://www.peekvids.com/watch?v=H6J9PeX3vC0,
https://www.peekvids.com/watch?v=dYiO9-0zEHq, https://www.peekvids.com/watch?v=w4XGARywT3W, https://www.peekvids.com/watch?v=l5SYb-inqy0,
https://www.peekvids.com/watch?v=TIiutviTS7i, https://www.peekvids.com/watch?v=z6URRSEjSzs, https://www.peekvids.com/watch?v=ohbvg85nFLE,
https://www.peekvids.com/watch?v=tlCk2QLcNYT, https://www.peekvids.com/watch?v=cnVlOu_0RsR, https://www.peekvids.com/watch?v=Yh8nCA5QiJe,
https://www.peekvids.com/watch?v=2tt82qn_zDc, https://www.peekvids.com/watch?v=qO9RN0jdvqg, https://www.peekvids.com/watch?v=eaPiW-zvLS3,
https://www.peekvids.com/watch?v=lwd3myIPH75, https://www.peekvids.com/watch?v=7HbexlN4ulO, https://www.peekvids.com/watch?v=6HaQR4YDH4h,
https://www.peekvids.com/watch?v=ot26ja4JCVe, https://www.peekvids.com/watch?v=7WSzdNq5m0b, https://www.peekvids.com/watch?v=m_mVdkPreCM,
https://www.peekvids.com/watch?v=eW6rjqt94c7, https://www.peekvids.com/watch?v=2Eqbt12zrnh, https://www.peekvids.com/watch?v=XeDje5kxgep,
https://www.peekvids.com/watch?v=qoTmY_170Qr, https://www.peekvids.com/watch?v=fn1rFZ6hPbr, https://www.peekvids.com/watch?v=7p_GO2gY6OV,
https://www.peekvids.com/watch?v=aUALb-SGSiC, https://www.peekvids.com/watch?v=n2RLKD11Nn5, https://www.peekvids.com/watch?v=Cx5Nan5s4TR,
https://www.peekvids.com/watch?v=f4ZPito7kHM
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kingstone
5.b. Uploader's email address: aswebooll@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=kingstone
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RDol4j4SbfP, https://www.peekvids.com/watch?v=cJuz53gqmrw,
https://www.peekvids.com/watch?v=KnvUbY7RIqb, https://www.peekvids.com/watch?v=aWj0Se4-FvJ, https://www.peekvids.com/watch?v=pLOYs2peMCe,
https://www.peekvids.com/watch?v=kxsnGTjhKyW, https://www.peekvids.com/watch?v=r8-CiNZuzdq, https://www.peekvids.com/watch?v=iIPXuUAZuI-,
https://www.peekvids.com/watch?v=bbz4BkmOtUH, https://www.peekvids.com/watch?v=v75xipnGnYi, https://www.peekvids.com/watch?v=m9nrjziF78e,
https://www.peekvids.com/watch?v=T2r8qGVyljp, https://www.peekvids.com/watch?v=FuMO6WiVJt9, https://www.peekvids.com/watch?v=2RiXb0gCifj,
https://www.peekvids.com/watch?v=Z0mjie8TFrZ, https://www.peekvids.com/watch?v=7JaKaow0zMt, https://www.peekvids.com/watch?v=XLXyrQAFpHh,
https://www.peekvids.com/watch?v=EczQpphVaJg, https://www.peekvids.com/watch?v=3mnhqbQslYd, https://www.peekvids.com/watch?v=hm6wGwCCKpG,
https://www.peekvids.com/watch?v=YQIQMPsmBc7, https://www.peekvids.com/watch?v=Ub7xMxBZwo9, https://www.peekvids.com/watch?v=Okl-cHaDYFE,
https://www.peekvids.com/watch?v=gTQqhhYEDTO, https://www.peekvids.com/watch?v=GvArJGzmBev, https://www.peekvids.com/watch?v=iByZynkr9l2,
https://www.peekvids.com/watch?v=c3QnqKpcXeR, https://www.peekvids.com/watch?v=6mvYIalPKS5, https://www.peekvids.com/watch?v=5WooWCCmTYc,
https://www.peekvids.com/watch?v=fzN-qmJb6xN, https://www.peekvids.com/watch?v=Iyun0JAjQdE, https://www.peekvids.com/watch?v=zGBrWzKl9yj,
https://www.peekvids.com/watch?v=gDFCBF7OxqK, https://www.peekvids.com/watch?v=N6jX0YDEVlR, https://www.peekvids.com/watch?v=JcePZMFD39-,
https://www.peekvids.com/watch?v=y7qb5P70zEz, https://www.peekvids.com/watch?v=TtHLiYmdl5k, https://www.peekvids.com/watch?v=APQqZJfXnsV,
https://www.peekvids.com/watch?v=X47kzjcWhvy, https://www.peekvids.com/watch?v=v4E7maKZWtk, https://www.peekvids.com/watch?v=769682u8qd7,
https://www.peekvids.com/watch?v=qOduuQq-534, https://www.peekvids.com/watch?v=lVsnSgTKpXC, https://www.peekvids.com/watch?v=5hKIRSr8uja,
https://www.peekvids.com/watch?v=u-JOvxcpMWg, https://www.peekvids.com/watch?v=-o2KUjYTYw7, https://www.peekvids.com/watch?v=R2Nlfl4g4xh,
https://www.peekvids.com/watch?v=hVL3UVzMZHO, https://www.peekvids.com/watch?v=jZ5JWlWjH5M, https://www.peekvids.com/watch?v=enTGeOxth4u,
https://www.peekvids.com/watch?v=Sd9xsWdJdzh, https://www.peekvids.com/watch?v=BVclKzW5vUZ, https://www.peekvids.com/watch?v=6CmPho0Y-Bl,
https://www.peekvids.com/watch?v=bICRDtSccF7, https://www.peekvids.com/watch?v=h-uBgH7J8Q5, https://www.peekvids.com/watch?v=E7rvB2QjgVq,
https://www.peekvids.com/watch?v=8PcvtESsYDN, https://www.peekvids.com/watch?v=k42nyoapNro, https://www.peekvids.com/watch?v=qImznwoUFx3,
https://www.peekvids.com/watch?v=5GbUMwRgCfR, https://www.peekvids.com/watch?v=O22EcTHz3Ql, https://www.peekvids.com/watch?v=oUi6xn4z7Nk,
https://www.peekvids.com/watch?v=uLzxuHBwUzv, https://www.peekvids.com/watch?v=o7YvwL7Dmjy, https://www.peekvids.com/watch?v=-CI5tn5kt3y,
https://www.peekvids.com/watch?v=Fgjm0OtHedN, https://www.peekvids.com/watch?v=h26GRSyEGWt, https://www.peekvids.com/watch?v=PjrDoQv84Ti,
https://www.peekvids.com/watch?v=hgv-nu3D8rM, https://www.peekvids.com/watch?v=e9xHurVeI3m, https://www.peekvids.com/watch?v=MzIJ5eNZSyV,
https://www.peekvids.com/watch?v=gABborRofhZ, https://www.peekvids.com/watch?v=DbMHscSJwHz, https://www.peekvids.com/watch?v=yaw7wSrW6ip,
https://www.peekvids.com/watch?v=rttn9TAu26f, https://www.peekvids.com/watch?v=octzt689ub8, https://www.peekvids.com/watch?v=exGyOeswPlP,
https://www.peekvids.com/watch?v=04hBH9HfPmG, https://www.peekvids.com/watch?v=CXy67iIIQcp, https://www.peekvids.com/watch?v=SRneaIrT0Tz,
https://www.peekvids.com/watch?v=88KJsQTOV2H, https://www.peekvids.com/watch?v=jkeejdiGECi, https://www.peekvids.com/watch?v=AYNf49G0uV7,
https://www.peekvids.com/watch?v=JF24I-hmFhR, https://www.peekvids.com/watch?v=iFc5cEkCCdu, https://www.peekvids.com/watch?v=dUhgz9SoW-C,
https://www.peekvids.com/watch?v=ZJy8Nw-vNFe, https://www.peekvids.com/watch?v=50CBrZmRkre, https://www.peekvids.com/watch?v=iFcWgiUCItG,
https://www.peekvids.com/watch?v=9NR9xOoCm3l, https://www.peekvids.com/watch?v=QPTU8gAjVJu, https://www.peekvids.com/watch?v=7yNE2Mc4qEJ,
https://www.peekvids.com/watch?v=A6eufDJkmqL, https://www.peekvids.com/watch?v=KVpCsUTZOxQ, https://www.peekvids.com/watch?v=W6xUxOJPanp,
https://www.peekvids.com/watch?v=FQPBUAN-VS8, https://www.peekvids.com/watch?v=X3AOwiYvJdt, https://www.peekvids.com/watch?v=kvfPxMSOzWo,
https://www.peekvids.com/watch?v=jpsAbw-4Jhy, https://www.peekvids.com/watch?v=tXrGVlOBul4, https://www.peekvids.com/watch?v=TDetEmPbjXv,
https://www.peekvids.com/watch?v=--KtOSF6ooF, https://www.peekvids.com/watch?v=bESkDL6tacM, https://www.peekvids.com/watch?v=sJlUhsHzDUZ,
https://www.peekvids.com/watch?v=rTrDve-9kyq, https://www.peekvids.com/watch?v=7GYQACanoXW, https://www.peekvids.com/watch?v=zFD-sicqXS8,
https://www.peekvids.com/watch?v=vp-oDOQpxxa, https://www.peekvids.com/watch?v=S7M3YLYcH0R, https://www.peekvids.com/watch?v=JoeOXvXTLS7,
https://www.peekvids.com/watch?v=gOKmdjkqXwI, https://www.peekvids.com/watch?v=p45CkNLpTBD, https://www.peekvids.com/watch?v=NPh9YJ2DUU-,
https://www.peekvids.com/watch?v=4gkQ3my2fr6, https://www.peekvids.com/watch?v=9YWFeJoXFLB, https://www.peekvids.com/watch?v=OLx2kyC8eVd,
https://www.peekvids.com/watch?v=a-FHzXpcJlL, https://www.peekvids.com/watch?v=UjJ7FXYFPKF, https://www.peekvids.com/watch?v=G4E5xcXtHOp,
https://www.peekvids.com/watch?v=9hxHtJmg40Q, https://www.peekvids.com/watch?v=adgYRSNVDV-, https://www.peekvids.com/watch?v=eK5SW4TJb56,
https://www.peekvids.com/watch?v=g-eX8G7wosc, https://www.peekvids.com/watch?v=pXl8ZP8NI9Y, https://www.peekvids.com/watch?v=oE507FyBEpZ,
https://www.peekvids.com/watch?v=KjzyWjAfB-n, https://www.peekvids.com/watch?v=nquR2w8wueN, https://www.peekvids.com/watch?v=CEPzunWZKM5,
https://www.peekvids.com/watch?v=66M4bJM27UQ, https://www.peekvids.com/watch?v=qt7SbNtBMrq, https://www.peekvids.com/watch?v=JTBj0Do7Ezf,
https://www.peekvids.com/watch?v=T3empQjIkeE, https://www.peekvids.com/watch?v=zWu-biFMKS4, https://www.peekvids.com/watch?v=4v5Ywfh3oxQ,
https://www.peekvids.com/watch?v=ggQKjUrNY64, https://www.peekvids.com/watch?v=j8CyL2djIVI, https://www.peekvids.com/watch?v=0neypDRf-Ne,
https://www.peekvids.com/watch?v=3mavFZ9VNbL, https://www.peekvids.com/watch?v=NBWgekqH-v6, https://www.peekvids.com/watch?v=tY0tDC2S32O,
https://www.peekvids.com/watch?v=qFy6NLV6FTH, https://www.peekvids.com/watch?v=FztIFQ-9UfM, https://www.peekvids.com/watch?v=t2T9SYYX9ib,
https://www.peekvids.com/watch?v=W5Pih2qDpna, https://www.peekvids.com/watch?v=ITKSCXMBFeK, https://www.peekvids.com/watch?v=YlIEU2IIFps,
https://www.peekvids.com/watch?v=oMNwRocKloJ, https://www.peekvids.com/watch?v=FxuZc5NkQcO, https://www.peekvids.com/watch?v=wbC83FSERYR,
https://www.peekvids.com/watch?v=F-wYlt0if2i, https://www.peekvids.com/watch?v=In8xxYG4Lv9, https://www.peekvids.com/watch?v=xcONXjXWmTV,
https://www.peekvids.com/watch?v=KEBW9ieAiYe, https://www.peekvids.com/watch?v=40pKRR5wUEF, https://www.peekvids.com/watch?v=JK3heCMNPYo,
https://www.peekvids.com/watch?v=NBA4-lXsG06, https://www.peekvids.com/watch?v=Sv2PcvAfgYZ, https://www.peekvids.com/watch?v=a9kx5608DP6,
https://www.peekvids.com/watch?v=hMBV3VRLWu6, https://www.peekvids.com/watch?v=F3XzK8hiCLr, https://www.peekvids.com/watch?v=E98QhLqNJXc,
https://www.peekvids.com/watch?v=XOvIB6AqSlG, https://www.peekvids.com/watch?v=OvYEFejvT-5, https://www.peekvids.com/watch?v=go0hHCMoYgG,
https://www.peekvids.com/watch?v=JQOVYAo40Jh, https://www.peekvids.com/watch?v=IXJEA0zuz4R, https://www.peekvids.com/watch?v=yN0f38X7NNo,
https://www.peekvids.com/watch?v=bNsTgQG3nnf, https://www.peekvids.com/watch?v=xp8tVYFmHlE, https://www.peekvids.com/watch?v=MOCMZ0jJE4y,
https://www.peekvids.com/watch?v=SU4CNP5ADLU, https://www.peekvids.com/watch?v=VSaMYrYbf04, https://www.peekvids.com/watch?v=McKoFiPeCXF,
https://www.peekvids.com/watch?v=M58XBRH0N8M, https://www.peekvids.com/watch?v=gAvUhZGBK7n, https://www.peekvids.com/watch?v=W6VfnI2IxeE,
https://www.peekvids.com/watch?v=c2AXzXVquX4, https://www.peekvids.com/watch?v=ly7CJpRdqcE, https://www.peekvids.com/watch?v=wN8PLkvH4-F,
https://www.peekvids.com/watch?v=iGtyddihyCR, https://www.peekvids.com/watch?v=zVEYZ-hORTt, https://www.peekvids.com/watch?v=WjFwfxinUmB,
https://www.peekvids.com/watch?v=gRQdj45DaqG, https://www.peekvids.com/watch?v=aVIcU9mys4p, https://www.peekvids.com/watch?v=eexPMP8aXYv,
https://www.peekvids.com/watch?v=6hr4RdUoRX3, https://www.peekvids.com/watch?v=VXWvulepLQm, https://www.peekvids.com/watch?v=BjxdbFdwwLN,
https://www.peekvids.com/watch?v=sP7nDmJLom5, https://www.peekvids.com/watch?v=s9i6cRGTdcU, https://www.peekvids.com/watch?v=hYqzwkDbkC6,
https://www.peekvids.com/watch?v=eJMUVTxbx5x, https://www.peekvids.com/watch?v=nDhRdN-Y8S7, https://www.peekvids.com/watch?v=aFFk2AKG-dE,
https://www.peekvids.com/watch?v=Snp7M9RjibN, https://www.peekvids.com/watch?v=2Ds5LD6YqsX, https://www.peekvids.com/watch?v=UFbhkXdAzaq,
https://www.peekvids.com/watch?v=xeqKClgwPxD, https://www.peekvids.com/watch?v=xTLVDsDxscu, https://www.peekvids.com/watch?v=EG-ely4fDIg,
https://www.peekvids.com/watch?v=x6pdO9OqOMi, https://www.peekvids.com/watch?v=L7XXqxrVL1t, https://www.peekvids.com/watch?v=wXw4wphwXsJ,
https://www.peekvids.com/watch?v=aYyHDiRZITG, https://www.peekvids.com/watch?v=S336Q_4xh8Q, https://www.peekvids.com/watch?v=W9bk4Ykw06B,
https://www.peekvids.com/watch?v=NGWK5sKGSY8, https://www.peekvids.com/watch?v=0u3oKrlRDuC, https://www.peekvids.com/watch?v=GNMFb_bm58I,
https://www.peekvids.com/watch?v=3XYOI0rO9rJ, https://www.peekvids.com/watch?v=nj-WMWTCPrD, https://www.peekvids.com/watch?v=GZfaANlwJlF,
https://www.peekvids.com/watch?v=S28Av5_SlwY, https://www.peekvids.com/watch?v=fJHU9uaGvNj, https://www.peekvids.com/watch?v=I_Yx6nTc1CM,
https://www.peekvids.com/watch?v=0cBth3ZbtpD, https://www.peekvids.com/watch?v=II5WizlgFev, https://www.peekvids.com/watch?v=IE1DcJu9sYx,
https://www.peekvids.com/watch?v=yHvABwo4iR3, https://www.peekvids.com/watch?v=53dmu5knXrr, https://www.peekvids.com/watch?v=y2DWRh6LXCQ,
https://www.peekvids.com/watch?v=2d3Vnq-Asax, https://www.peekvids.com/watch?v=9juXDF8R7zO, https://www.peekvids.com/watch?v=O2X09GyWbW4,
https://www.peekvids.com/watch?v=fRnDVRqhAtt, https://www.peekvids.com/watch?v=g6YZ1ojhJiF, https://www.peekvids.com/watch?v=qo59gmIFNoy,
https://www.peekvids.com/watch?v=qL_NpkdyktK, https://www.peekvids.com/watch?v=oW2fz3h6yoY, https://www.peekvids.com/watch?v=i5Kod7KiELh,
https://www.peekvids.com/watch?v=Z82xfTT-BNx, https://www.peekvids.com/watch?v=tT_CA2xFOjA, https://www.peekvids.com/watch?v=IlJ0XntSNgC,
https://www.peekvids.com/watch?v=qJhpXPu0Z80, https://www.peekvids.com/watch?v=m4d17rS8j3O, https://www.peekvids.com/watch?v=pAdWgCfp0jL,
https://www.peekvids.com/watch?v=GsoBv_4U0AO, https://www.peekvids.com/watch?v=98g8VBicTOy, https://www.peekvids.com/watch?v=ejLPyqQzadE,
https://www.peekvids.com/watch?v=aeZTyo1ikFl, https://www.peekvids.com/watch?v=JyRa8I0l-oi, https://www.peekvids.com/watch?v=JB-boQicKB9,
https://www.peekvids.com/watch?v=sPf7_0GwrUG, https://www.peekvids.com/watch?v=y5fFvOkVZEW, https://www.peekvids.com/watch?v=CtDFaS_Sb5s,
https://www.peekvids.com/watch?v=k6DQ4okzq2g, https://www.peekvids.com/watch?v=fFEPVSMv1lS, https://www.peekvids.com/watch?v=ngTYznfqqve,
https://www.peekvids.com/watch?v=aCXkuHw-Wvx, https://www.peekvids.com/watch?v=Ia-YyJwI_Ym
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Klaus329
5.b. Uploader's email address: 21peopleinout@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Klaus329
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=PqlO-mv5XXs, https://www.peekvids.com/watch?v=TYT6ASV7Yd7,
https://www.peekvids.com/watch?v=MZjD9NprXb8, https://www.peekvids.com/watch?v=l-n1IqkFpEQ, https://www.peekvids.com/watch?v=KRNRCfJtuDm,
https://www.peekvids.com/watch?v=2kkGEp9WkCJ, https://www.peekvids.com/watch?v=ViAn35XFanW, https://www.peekvids.com/watch?v=VLengr2zIXR,
https://www.peekvids.com/watch?v=BiUSveGB5Lm, https://www.peekvids.com/watch?v=JVQk6u4nb99, https://www.peekvids.com/watch?v=Sx5bfw2T0HV,
https://www.peekvids.com/watch?v=vlV0esq4kfK, https://www.peekvids.com/watch?v=T1FGYBUvPXS, https://www.peekvids.com/watch?v=UW92O7iesL8
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kokovsky
5.b. Uploader's email address: manuellaatoplez@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=kokovsky
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=bJI3fFYL2t7, https://www.peekvids.com/watch?v=HbUC3-TWqEv,

https://www.peekvids.com/watch?v=CQrlji_q4cD, https://www.peekvids.com/watch?v=PnD06p57a93, https://www.peekvids.com/watch?v=fb1U2VT68n7,
https://www.peekvids.com/watch?v=7kwRlYNWPwV, https://www.peekvids.com/watch?v=h4NXCqN_-wx, https://www.peekvids.com/watch?v=REgcr2EC1jr,
https://www.peekvids.com/watch?v=KxyC66dOKgs, https://www.peekvids.com/watch?v=v56crI-HmAv, https://www.peekvids.com/watch?v=ISIyaELlWsr,
https://www.peekvids.com/watch?v=DYgHBji05mp, https://www.peekvids.com/watch?v=kpJijeIRv43, https://www.peekvids.com/watch?v=iSq5fW5MtIQ,
https://www.peekvids.com/watch?v=53zDs5ebR-q, https://www.peekvids.com/watch?v=S7ie_F5LCAV, https://www.peekvids.com/watch?v=HlSWcZqMH7n,
https://www.peekvids.com/watch?v=TxZ11ZOQp8x, https://www.peekvids.com/watch?v=fkBFjHCuX8J, https://www.peekvids.com/watch?v=2L9n38ilyOE,
https://www.peekvids.com/watch?v=cDJ5tXBB4o6, https://www.peekvids.com/watch?v=4urKP91WBwz, https://www.peekvids.com/watch?v=6gOA7JQ-UsV,
https://www.peekvids.com/watch?v=hw2inJYS5Va, https://www.peekvids.com/watch?v=IahLkUEl6JS, https://www.peekvids.com/watch?v=sEFweWfTIW8,
https://www.peekvids.com/watch?v=fSquP9IkL5C, https://www.peekvids.com/watch?v=y58E_7J4Ih0, https://www.peekvids.com/watch?v=3AzhS3M8Muq,
https://www.peekvids.com/watch?v=ItiuUAg4ZHE, https://www.peekvids.com/watch?v=idw7TZvJ1Zo, https://www.peekvids.com/watch?v=wFAc-NqZkyB,
https://www.peekvids.com/watch?v=Ih2MsDvdg19, https://www.peekvids.com/watch?v=g5eYXZJ8kVF, https://www.peekvids.com/watch?v=MoVx0iPnh-A,
https://www.peekvids.com/watch?v=jLMKR42qa_y, https://www.peekvids.com/watch?v=O7CsXRFfBYj, https://www.peekvids.com/watch?v=tcbgvxhWV6d,
https://www.peekvids.com/watch?v=vJwn3MBpkyr, https://www.peekvids.com/watch?v=KMp-OC8qzqV, https://www.peekvids.com/watch?v=xtj_JPrMiR7,
https://www.peekvids.com/watch?v=8LYHCIqDPn3, https://www.peekvids.com/watch?v=sPM-qurs6Tu, https://www.peekvids.com/watch?v=ANv3lNPjmcn,
https://www.peekvids.com/watch?v=KUQTBq5--13, https://www.peekvids.com/watch?v=2xAp_CiBvcu, https://www.peekvids.com/watch?v=VaixzRUzR7z,
https://www.peekvids.com/watch?v=WjGMdkr8Jfa, https://www.peekvids.com/watch?v=5yFFwYSQc4r, https://www.peekvids.com/watch?v=B0u1YPr1-lk,
https://www.peekvids.com/watch?v=tXdmt1LqrV4, https://www.peekvids.com/watch?v=NrNKxEs3j82, https://www.peekvids.com/watch?v=If9Z76INjvY,
https://www.peekvids.com/watch?v=FNLB7Hm8VmB, https://www.peekvids.com/watch?v=566kQ12y65u, https://www.peekvids.com/watch?v=PT4doj0e_j0,
https://www.peekvids.com/watch?v=FoY01tKtoUQ, https://www.peekvids.com/watch?v=GHBxCx9lmH4, https://www.peekvids.com/watch?v=bUlIMlPMPjt,
https://www.peekvids.com/watch?v=kKB9dLip-xy, https://www.peekvids.com/watch?v=gRfjkXbJsW3, https://www.peekvids.com/watch?v=lUb6cr6GZUR,
https://www.peekvids.com/watch?v=xlcys8DpYYR, https://www.peekvids.com/watch?v=VmAYqKnuF_8, https://www.peekvids.com/watch?v=PkL7iTJOfh6,
https://www.peekvids.com/watch?v=epObt3EeX3k, https://www.peekvids.com/watch?v=fsJG2ZntSo0, https://www.peekvids.com/watch?v=4KU3znZXyRn,
https://www.peekvids.com/watch?v=qTJkroPMekf, https://www.peekvids.com/watch?v=5rPobAYS_7p, https://www.peekvids.com/watch?v=LqWigJHdkSn,
https://www.peekvids.com/watch?v=YtAPoxQjovZ, https://www.peekvids.com/watch?v=eas4ND0BKX7, https://www.peekvids.com/watch?v=v27DeNUoQnf,
https://www.peekvids.com/watch?v=YpBYwSzQXGn, https://www.peekvids.com/watch?v=lPrdxda5Y4L, https://www.peekvids.com/watch?v=r8GMNXiHB_T,
https://www.peekvids.com/watch?v=528bu0XkXEa, https://www.peekvids.com/watch?v=miGeCmUDPac, https://www.peekvids.com/watch?v=im6SfrhEJDd,
https://www.peekvids.com/watch?v=tVCzhdKRI_u, https://www.peekvids.com/watch?v=sw_nf19VjUL, https://www.peekvids.com/watch?v=bPWcdDFvKCl,
https://www.peekvids.com/watch?v=9oM7B4FEQ93, https://www.peekvids.com/watch?v=AMWyLQNlNab, https://www.peekvids.com/watch?v=OMNIHBAFX_v,
https://www.peekvids.com/watch?v=KsuxWzMJmVN, https://www.peekvids.com/watch?v=2mZmuCJJFQX, https://www.peekvids.com/watch?v=Gz29z4noZ-g,
https://www.peekvids.com/watch?v=pCvP1Rv4F9W, https://www.peekvids.com/watch?v=BIhbz9i5D76, https://www.peekvids.com/watch?v=AtdMXJqJX63,
https://www.peekvids.com/watch?v=CMZUWV7xEsx, https://www.peekvids.com/watch?v=UqVaYIozkky, https://www.peekvids.com/watch?v=Wyup-QRT-CO,
https://www.peekvids.com/watch?v=xNuYIr7O2bf, https://www.peekvids.com/watch?v=Aa0cl8seoiR, https://www.peekvids.com/watch?v=TgEf3jwTo6k,
https://www.peekvids.com/watch?v=S1fiLdumkxb, https://www.peekvids.com/watch?v=vgOFR8Ho8jC, https://www.peekvids.com/watch?v=YxzJzQ0uZVZ,
https://www.peekvids.com/watch?v=0d2GTE-IASo, https://www.peekvids.com/watch?v=m-_2K7O1nXo, https://www.peekvids.com/watch?v=iJe2BvcXBF2,
https://www.peekvids.com/watch?v=zYCNY3o5CI9, https://www.peekvids.com/watch?v=AAJwKD_qrVv, https://www.peekvids.com/watch?v=q2unl1rEJjQ,
https://www.peekvids.com/watch?v=3DotVChSwpW, https://www.peekvids.com/watch?v=WzxEGV1_w-X, https://www.peekvids.com/watch?v=Xc_CUxKfV0g,
https://www.peekvids.com/watch?v=cXOibnnk1s5, https://www.peekvids.com/watch?v=ZuQ7E51ORSo, https://www.peekvids.com/watch?v=JTScNfc9p13,
https://www.peekvids.com/watch?v=3PNVLsvceCB, https://www.peekvids.com/watch?v=fKu-0tjAnXx, https://www.peekvids.com/watch?v=S1sOjePIhwS,
https://www.peekvids.com/watch?v=w69CK-KMPm5, https://www.peekvids.com/watch?v=fN6RAsISZZQ, https://www.peekvids.com/watch?v=RR9opivnCw9,
https://www.peekvids.com/watch?v=lLcCLbsm78n, https://www.peekvids.com/watch?v=i0kZTuJhAfL, https://www.peekvids.com/watch?v=huiiwSt-icB,
https://www.peekvids.com/watch?v=Ymyh7Ako794, https://www.peekvids.com/watch?v=ORGAVr3MPVq, https://www.peekvids.com/watch?v=xeOKs-b3H9y,
https://www.peekvids.com/watch?v=BR8J5rmODU6, https://www.peekvids.com/watch?v=ylTOgILvJD2, https://www.peekvids.com/watch?v=JRE8TQ1TWy9,
https://www.peekvids.com/watch?v=SbPZlZyHaW6, https://www.peekvids.com/watch?v=HzE6cKXZ-Pr, https://www.peekvids.com/watch?v=lRmQ2pqxDbN,
https://www.peekvids.com/watch?v=YNtpDk-F50d, https://www.peekvids.com/watch?v=rrngQtpwNEc, https://www.peekvids.com/watch?v=yA2C5Tc02y3,
https://www.peekvids.com/watch?v=Dd6XVg-G6uJ, https://www.peekvids.com/watch?v=JG8KKucs4IG, https://www.peekvids.com/watch?v=Ssqni71p1ac,
https://www.peekvids.com/watch?v=6aExpWd7AWE, https://www.peekvids.com/watch?v=zl6u4geS5kq, https://www.peekvids.com/watch?v=wwcpXsmRsuc,
https://www.peekvids.com/watch?v=0NDXPCVQmao, https://www.peekvids.com/watch?v=lVnOUc_3mZp, https://www.peekvids.com/watch?v=0F9hrawV1cG,
https://www.peekvids.com/watch?v=9t_gZm2PtN8, https://www.peekvids.com/watch?v=LuKIcOvnTCk, https://www.peekvids.com/watch?v=3t6Vj6WEUN8,
https://www.peekvids.com/watch?v=dhw1n7e0jZa, https://www.peekvids.com/watch?v=9XJR8iti-cv, https://www.peekvids.com/watch?v=xhILv3SDTsn,
https://www.peekvids.com/watch?v=k5cFE6y-p5F, https://www.peekvids.com/watch?v=U3OHhk0vnjL, https://www.peekvids.com/watch?v=2PC5QZR1ZYG,
https://www.peekvids.com/watch?v=sZQCHn2hnOk, https://www.peekvids.com/watch?v=AiDInoQVr5X, https://www.peekvids.com/watch?v=YLrg6Bhv54j,
https://www.peekvids.com/watch?v=u4-tuCOvxKc, https://www.peekvids.com/watch?v=hRj4HqANpSP, https://www.peekvids.com/watch?v=3_dkOPGbZND,
https://www.peekvids.com/watch?v=zLJAVAK1CcQ, https://www.peekvids.com/watch?v=eSK2WFRIL2R, https://www.peekvids.com/watch?v=fVie1DjNlMJ,
https://www.peekvids.com/watch?v=P72avZ-Twe9, https://www.peekvids.com/watch?v=8ssDheHvJaW, https://www.peekvids.com/watch?v=A7fpn9CUZOW,
https://www.peekvids.com/watch?v=iLbxqgHoZTd, https://www.peekvids.com/watch?v=MHo6puhZJn0, https://www.peekvids.com/watch?v=dWIDdGsHub2,
https://www.peekvids.com/watch?v=GXsbNKd-r7F, https://www.peekvids.com/watch?v=db3cGZh-fyf, https://www.peekvids.com/watch?v=y8NtTiaA5qn,
https://www.peekvids.com/watch?v=ZKKWVlzyLkh, https://www.peekvids.com/watch?v=a6YCGE9Lb76, https://www.peekvids.com/watch?v=eLrYwz0dFmg,
https://www.peekvids.com/watch?v=6eTFGyiQKle, https://www.peekvids.com/watch?v=NvMbDzymOU4, https://www.peekvids.com/watch?v=kV0OQO1rGpz,
https://www.peekvids.com/watch?v=QkL-7_uF9aP, https://www.peekvids.com/watch?v=qg32DM_6vrU, https://www.peekvids.com/watch?v=TgsGApBa0an,
https://www.peekvids.com/watch?v=LSiKPiA9XJx, https://www.peekvids.com/watch?v=UH3-mcc3LOu, https://www.peekvids.com/watch?v=mQqj1AO5iWh,
https://www.peekvids.com/watch?v=gmjH87Jv_Fe, https://www.peekvids.com/watch?v=UZt1sHcMmaG, https://www.peekvids.com/watch?v=HhofwZYm3eK,
https://www.peekvids.com/watch?v=K7cNPwkoA_H, https://www.peekvids.com/watch?v=FGMqXdCsNp0, https://www.peekvids.com/watch?v=OQSI9VArATB,
https://www.peekvids.com/watch?v=Ic24MI-LwaH, https://www.peekvids.com/watch?v=riD7ItLhZ4l, https://www.peekvids.com/watch?v=Ox_iBnSwl8z,
https://www.peekvids.com/watch?v=e8Z2X46O-4F, https://www.peekvids.com/watch?v=tJfaxKpRRSD, https://www.peekvids.com/watch?v=qPDUNOJp5o4,
https://www.peekvids.com/watch?v=a-C_JIDyv39, https://www.peekvids.com/watch?v=lgltO0dnFp8, https://www.peekvids.com/watch?v=ZJ3ddhbzOE9,
https://www.peekvids.com/watch?v=daTdgIt2eTK, https://www.peekvids.com/watch?v=dkO7C33H066, https://www.peekvids.com/watch?v=JOizAfmJeAA,
https://www.peekvids.com/watch?v=7J1aGG211yd, https://www.peekvids.com/watch?v=5DoldgubP-Y, https://www.peekvids.com/watch?v=yLQoTs-w2GN,
https://www.peekvids.com/watch?v=I1hwg8Mvg3w, https://www.peekvids.com/watch?v=KqUShRBXQc9, https://www.peekvids.com/watch?v=M1jlHup-bb5,
https://www.peekvids.com/watch?v=OLW5UsceaqJ, https://www.peekvids.com/watch?v=A3kwHSHwh6O, https://www.peekvids.com/watch?v=KbS62vBl0kl,
https://www.peekvids.com/watch?v=vmzBp_imAFD, https://www.peekvids.com/watch?v=Tpa3kPCyxOr, https://www.peekvids.com/watch?v=xtK34w2TM9F,
https://www.peekvids.com/watch?v=b42Krmf5_BJ, https://www.peekvids.com/watch?v=cirK3JVn4zk, https://www.peekvids.com/watch?v=5cAclQg8lDH,
https://www.peekvids.com/watch?v=mc1EZy4hSHa, https://www.peekvids.com/watch?v=wxbesCR2Xwq, https://www.peekvids.com/watch?v=Kk3YHTZ80uk,
https://www.peekvids.com/watch?v=WrLaLlUXcNJ, https://www.peekvids.com/watch?v=5bozaQ6-B0h, https://www.peekvids.com/watch?v=ZOuqISNrGv5,
https://www.peekvids.com/watch?v=KHJ0FfzFGzW, https://www.peekvids.com/watch?v=zW40r7kdtxB, https://www.peekvids.com/watch?v=ydXMjGJmsRA,
https://www.peekvids.com/watch?v=y0TAN9GLb6P, https://www.peekvids.com/watch?v=T-JBwz-gr9P, https://www.peekvids.com/watch?v=eC34-9H7y6D,
https://www.peekvids.com/watch?v=GLz5xuEJbJE, https://www.peekvids.com/watch?v=qBVKZRAOsdP, https://www.peekvids.com/watch?v=Ma-fI8UrO_K,
https://www.peekvids.com/watch?v=7nf5RAzQwAD, https://www.peekvids.com/watch?v=pICsjGSBfK4, https://www.peekvids.com/watch?v=KZ2QnQcMsCY,
https://www.peekvids.com/watch?v=n_HBZ50U2qg, https://www.peekvids.com/watch?v=Vg8V9IXzrdM, https://www.peekvids.com/watch?v=KERUIsVxUmH,
https://www.peekvids.com/watch?v=pB97x9kr_1b, https://www.peekvids.com/watch?v=Xmcgxgn7ude, https://www.peekvids.com/watch?v=ks9ssccukeB,
https://www.peekvids.com/watch?v=mplQ1fZ09rF, https://www.peekvids.com/watch?v=GFu9V6qa6nA, https://www.peekvids.com/watch?v=VZ31madZof2,
https://www.peekvids.com/watch?v=JXYGex2fa3V, https://www.peekvids.com/watch?v=wqxe-uKJ2Sm, https://www.peekvids.com/watch?v=nsTBGMlk4Mt,
https://www.peekvids.com/watch?v=c2NrMfiiigg, https://www.peekvids.com/watch?v=IIQzTXpE-zJ, https://www.peekvids.com/watch?v=vJbah6-jRIP,
https://www.peekvids.com/watch?v=ugVWqvQG458, https://www.peekvids.com/watch?v=JdTIcGgmAbw, https://www.peekvids.com/watch?v=Ntp2jk88aSq,
https://www.peekvids.com/watch?v=0XOzTeyfjlN, https://www.peekvids.com/watch?v=Kw92vVzFJ-G, https://www.peekvids.com/watch?v=NHH3q94r67z,
https://www.peekvids.com/watch?v=nf1e0mTDL9H, https://www.peekvids.com/watch?v=g9SoB6M0o5H, https://www.peekvids.com/watch?v=w4jRBOIbYAF,
https://www.peekvids.com/watch?v=t5vE7mM02NZ, https://www.peekvids.com/watch?v=z6tWy10FGCg, https://www.peekvids.com/watch?v=nnBwrdLEMqV,
https://www.peekvids.com/watch?v=pGPEh6dgK5o, https://www.peekvids.com/watch?v=cc9Wsk_3PBh, https://www.peekvids.com/watch?v=FW52yLGiq2l,
https://www.peekvids.com/watch?v=ov_o2pVIvIw, https://www.peekvids.com/watch?v=NJBfn0-OmXI, https://www.peekvids.com/watch?v=0c0mU8sK7km,
https://www.peekvids.com/watch?v=VI_pY2DDjZA, https://www.peekvids.com/watch?v=nkT7YNwPOjy, https://www.peekvids.com/watch?v=L8pls-rN-jW,
https://www.peekvids.com/watch?v=ZE5i4BWfujy, https://www.peekvids.com/watch?v=cA-NFKyLqJ0, https://www.peekvids.com/watch?v=mVLaUSi3sbR,
https://www.peekvids.com/watch?v=scX0fpppR6E, https://www.peekvids.com/watch?v=Xp0MDxUgrv4, https://www.peekvids.com/watch?v=b_Qsl16fzHt,
https://www.peekvids.com/watch?v=kHDrX_GNSAy, https://www.peekvids.com/watch?v=NeiHa7hJ--4, https://www.peekvids.com/watch?v=AiqujisYcgK,
https://www.peekvids.com/watch?v=o57Jm1xZc3v, https://www.peekvids.com/watch?v=u-6b-dUGiOS, https://www.peekvids.com/watch?v=czhp8BcXwyO,
https://www.peekvids.com/watch?v=j42mE5HKqLm, https://www.peekvids.com/watch?v=cQ0xhxnaueo, https://www.peekvids.com/watch?v=0VOBPZHXfN4,
https://www.peekvids.com/watch?v=oYVf2YA1soP, https://www.peekvids.com/watch?v=RwZZAycXoL3, https://www.peekvids.com/watch?v=HBe4pNwBy05,
https://www.peekvids.com/watch?v=TNGo5tjgzoP, https://www.peekvids.com/watch?v=yuX9-ZQp_cs, https://www.peekvids.com/watch?v=hRqqoTJXaHx,
https://www.peekvids.com/watch?v=WVLM4XlTo9G, https://www.peekvids.com/watch?v=wG8KLaOXHl6, https://www.peekvids.com/watch?v=L363452cvnO,
https://www.peekvids.com/watch?v=KNXmvnLA7RX, https://www.peekvids.com/watch?v=9dtPFim-RrL, https://www.peekvids.com/watch?v=F431AoiRj94,
https://www.peekvids.com/watch?v=sL9yHLBBQXy, https://www.peekvids.com/watch?v=OjShPkeA41i, https://www.peekvids.com/watch?v=KQwZBOPkOKk,
https://www.peekvids.com/watch?v=IVOKmpBSeFz, https://www.peekvids.com/watch?v=3bWwflMh4VU, https://www.peekvids.com/watch?v=l5zzn0NStwB,
https://www.peekvids.com/watch?v=tGoce9EAHgj, https://www.peekvids.com/watch?v=AJAX98SCpiQ, https://www.peekvids.com/watch?v=ckCaqSnPHES,
https://www.peekvids.com/watch?v=hfp0JoL_SX4, https://www.peekvids.com/watch?v=u0BD0WNDJnw, https://www.peekvids.com/watch?v=yoXsZggWQSD,
https://www.peekvids.com/watch?v=Xl0U27TrsZs, https://www.peekvids.com/watch?v=hFQdGxpeYOZ, https://www.peekvids.com/watch?v=ejSUCjHnxvR,
https://www.peekvids.com/watch?v=aivVdId8BV6, https://www.peekvids.com/watch?v=NJ8ZYF2E7gm, https://www.peekvids.com/watch?v=GDdIxtXyJwa,
https://www.peekvids.com/watch?v=yEktgxpJmhw, https://www.peekvids.com/watch?v=y3NhAOh6ImI, https://www.peekvids.com/watch?v=MHVZ2b9nYXN,
https://www.peekvids.com/watch?v=JFrBYXJRCp3, https://www.peekvids.com/watch?v=YRcW0fgue4G, https://www.peekvids.com/watch?v=CrmAbwo-lGa,
https://www.peekvids.com/watch?v=4wA935lV4XX, https://www.peekvids.com/watch?v=ZXUlDs5KlhV, https://www.peekvids.com/watch?v=TUgjyJTaTwh,
https://www.peekvids.com/watch?v=zG1O0Tl3d3h, https://www.peekvids.com/watch?v=tWHCf9EKLrF, https://www.peekvids.com/watch?v=Z6MwSUrxgDy,
https://www.peekvids.com/watch?v=OAZwc8wbuto, https://www.peekvids.com/watch?v=Lcm5YakX5Nr, https://www.peekvids.com/watch?v=HFtquR3_XI3,
https://www.peekvids.com/watch?v=2jRusqydT4N, https://www.peekvids.com/watch?v=5C3WvRRFT1K, https://www.peekvids.com/watch?v=0xiWJNjlIYK,
https://www.peekvids.com/watch?v=T7PT1bkhOLn, https://www.peekvids.com/watch?v=SG1WbNG6J6m, https://www.peekvids.com/watch?v=t3tiw_cMJas,
https://www.peekvids.com/watch?v=3eEK3nR9-r3, https://www.peekvids.com/watch?v=RIX3OKledGP, https://www.peekvids.com/watch?v=w9hxTzSeIRi,
https://www.peekvids.com/watch?v=lYtE_3u9BDA, https://www.peekvids.com/watch?v=QBhL0hMkfyF, https://www.peekvids.com/watch?v=SQYC6GY9XOF,
https://www.peekvids.com/watch?v=qQydPHjIj4n, https://www.peekvids.com/watch?v=Rh33qETWOOy, https://www.peekvids.com/watch?v=Ce5tQ9YzGs3,
https://www.peekvids.com/watch?v=C4d9idnUpJH, https://www.peekvids.com/watch?v=qdJgj2AlqTd, https://www.peekvids.com/watch?v=g-Y83qWam0r,
https://www.peekvids.com/watch?v=mieFT1M2WVp, https://www.peekvids.com/watch?v=JcP_eE9jtUR, https://www.peekvids.com/watch?v=rFdIJ2gQhxs,
https://www.peekvids.com/watch?v=Oa9TXFJ0p1h, https://www.peekvids.com/watch?v=jDf8axCFLmr, https://www.peekvids.com/watch?v=Acc-i0h6A2K,
https://www.peekvids.com/watch?v=azspJKO2qpf, https://www.peekvids.com/watch?v=ErQeRboX4Hw, https://www.peekvids.com/watch?v=p6LBkg7ZNCm,
https://www.peekvids.com/watch?v=otps9fNqw-j, https://www.peekvids.com/watch?v=Rb-i4GzF1BN, https://www.peekvids.com/watch?v=bkwbbMq3Rpu,
https://www.peekvids.com/watch?v=UoAGRrEO4F8, https://www.peekvids.com/watch?v=eUPMUTIKF_s, https://www.peekvids.com/watch?v=4ny09rVuBtj,
https://www.peekvids.com/watch?v=aUpuCoM9T2R, https://www.peekvids.com/watch?v=JF-pbRJ3trK, https://www.peekvids.com/watch?v=36TDc9WLdSd,
https://www.peekvids.com/watch?v=sm4IKU_-cyJ, https://www.peekvids.com/watch?v=QfbE7IrOBfu, https://www.peekvids.com/watch?v=vpoO6UPyAwK,
https://www.peekvids.com/watch?v=x-mi32eGaOe, https://www.peekvids.com/watch?v=QAK0-M44gEo, https://www.peekvids.com/watch?v=otaeYapq7aO,
https://www.peekvids.com/watch?v=EGfJze_dh4C, https://www.peekvids.com/watch?v=nEcsrRcEoZg, https://www.peekvids.com/watch?v=EBsls6WmgTA,
https://www.peekvids.com/watch?v=UFnx-dliQTt, https://www.peekvids.com/watch?v=R7XatXnPLQx, https://www.peekvids.com/watch?v=zcoBmDWAZzM,
https://www.peekvids.com/watch?v=2bcPQwlqA-K, https://www.peekvids.com/watch?v=5fOU5vPUoCH, https://www.peekvids.com/watch?v=rDf0AwjGBgS,
https://www.peekvids.com/watch?v=U0KdsG_BnB7, https://www.peekvids.com/watch?v=nDNuJ-0LRdc, https://www.peekvids.com/watch?v=vPnGUONzX9h,
https://www.peekvids.com/watch?v=3-dR9uxXonW, https://www.peekvids.com/watch?v=N1TH1XBlTIl, https://www.peekvids.com/watch?v=WlDzmfD7otQ,
https://www.peekvids.com/watch?v=sRi-oQdHAuM, https://www.peekvids.com/watch?v=uZewR57rE4Y, https://www.peekvids.com/watch?v=0CWBeevy3S4,
https://www.peekvids.com/watch?v=4RVDIvQbFZM, https://www.peekvids.com/watch?v=bdM-wx8-_yG, https://www.peekvids.com/watch?v=04a8sktoGFP,
https://www.peekvids.com/watch?v=MoZ4nh2YjNy, https://www.peekvids.com/watch?v=0uScqebYbeu, https://www.peekvids.com/watch?v=Y1IdsucqoRl,
https://www.peekvids.com/watch?v=06WxBk-ZM9Y, https://www.peekvids.com/watch?v=Cbq4NAdQDFR, https://www.peekvids.com/watch?v=vzhRE48OKM3,
https://www.peekvids.com/watch?v=zgJUUStgpjM, https://www.peekvids.com/watch?v=NDcJ1VNnrKk, https://www.peekvids.com/watch?v=eLU-rd0_uFV,
https://www.peekvids.com/watch?v=xUy6-2Vb0Qd, https://www.peekvids.com/watch?v=stagBccBo13, https://www.peekvids.com/watch?v=VUcKHv_lbsb,
https://www.peekvids.com/watch?v=FDViHS-oF0L, https://www.peekvids.com/watch?v=opl47Q8hgSM, https://www.peekvids.com/watch?v=9b0Ayb4Chzq,
https://www.peekvids.com/watch?v=Ca3sHK5pk7M, https://www.peekvids.com/watch?v=7x2SNBueP1R, https://www.peekvids.com/watch?v=zQsVH4HEXNR,

https://www.peekvids.com/watch?v=d2OKQH3_GaL
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lacabaya
5.b. Uploader's email address: lapettafranc@yahoo.nl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lacabaya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=WrYJRz_oW0O, https://www.peekvids.com/watch?v=eoT5DC6xE6R,
https://www.peekvids.com/watch?v=UtQQjvW4RsQ, https://www.peekvids.com/watch?v=wdUQMVEUiYp, https://www.peekvids.com/watch?v=HwEJFKgJ07p,
https://www.peekvids.com/watch?v=E00UQunnaiu, https://www.peekvids.com/watch?v=5nRbLtSsyI6, https://www.peekvids.com/watch?v=pXluU-n1wqC,
https://www.peekvids.com/watch?v=RfuXF3Z90mq, https://www.peekvids.com/watch?v=sp4yrJoNjLL, https://www.peekvids.com/watch?v=kF4ZqdhjOK0,
https://www.peekvids.com/watch?v=V-MYNE6E7hp, https://www.peekvids.com/watch?v=dXbZQWQAXtK, https://www.peekvids.com/watch?v=63lszRySXS7,
https://www.peekvids.com/watch?v=japQyK9nZkb, https://www.peekvids.com/watch?v=SMe2VRsN1TN, https://www.peekvids.com/watch?v=GHoz2qHqXbR,
https://www.peekvids.com/watch?v=rLwtlG0Mdet, https://www.peekvids.com/watch?v=hkriTxUsGOM, https://www.peekvids.com/watch?v=YBgwBBk0HuV,
https://www.peekvids.com/watch?v=EUUIBoy0Lwj, https://www.peekvids.com/watch?v=SCdOcmNCAa7, https://www.peekvids.com/watch?v=jIphTQmdCkW,
https://www.peekvids.com/watch?v=Od0HMK9jSok, https://www.peekvids.com/watch?v=0Bict3dDSzw, https://www.peekvids.com/watch?v=yIwexsatzuJ,
https://www.peekvids.com/watch?v=Mg0wZi-Pocn, https://www.peekvids.com/watch?v=WFpUjH64ZZP, https://www.peekvids.com/watch?v=PfkqtCB8kU8,
https://www.peekvids.com/watch?v=Dsm4xf8CPt9, https://www.peekvids.com/watch?v=GPoKR0BwLMH, https://www.peekvids.com/watch?v=KP2lRGLMQo3,
https://www.peekvids.com/watch?v=ju4K6uiCpQd, https://www.peekvids.com/watch?v=pgAITZVgp3S, https://www.peekvids.com/watch?v=OTX1oJ5rCkm,
https://www.peekvids.com/watch?v=idePwSfax7m, https://www.peekvids.com/watch?v=oKq-ZzTVnWw, https://www.peekvids.com/watch?v=plIcrgGn1X5,
https://www.peekvids.com/watch?v=37sBAl9DvQs, https://www.peekvids.com/watch?v=HG2_nlK01PR, https://www.peekvids.com/watch?v=VH9vbx0oa2X,
https://www.peekvids.com/watch?v=MGJqIOe0pKF, https://www.peekvids.com/watch?v=mzH0wgr25mx, https://www.peekvids.com/watch?v=57vF9Aql9uw,
https://www.peekvids.com/watch?v=HCFOtH18_WO, https://www.peekvids.com/watch?v=keRjhLcEM8E, https://www.peekvids.com/watch?v=WSTZnVJy3F7,
https://www.peekvids.com/watch?v=OjZiSDCO2iE, https://www.peekvids.com/watch?v=RUm4QbVMMhb, https://www.peekvids.com/watch?v=fTWC2CMLH3p,
https://www.peekvids.com/watch?v=9OAe8fa1bw4, https://www.peekvids.com/watch?v=XwhfQ0y_ICf, https://www.peekvids.com/watch?v=EtzR2_Ta67P,
https://www.peekvids.com/watch?v=fGCup3a6yDq, https://www.peekvids.com/watch?v=w-FgdLA-Ofj, https://www.peekvids.com/watch?v=VocN0EtA1FC,
https://www.peekvids.com/watch?v=yBJC5M9rfBr, https://www.peekvids.com/watch?v=4gWaY0tliIc, https://www.peekvids.com/watch?v=A0Io-Ygedmr,
https://www.peekvids.com/watch?v=6yU6pu5jbCt, https://www.peekvids.com/watch?v=TBpsvWug7sg, https://www.peekvids.com/watch?v=eKNKJdYYRKk,
https://www.peekvids.com/watch?v=Q3-oxI7fvdk, https://www.peekvids.com/watch?v=EExHpQVfPdM, https://www.peekvids.com/watch?v=BrM9si2zb4o,
https://www.peekvids.com/watch?v=NfLL0zSX3Qa, https://www.peekvids.com/watch?v=YCkHOpZI8pI, https://www.peekvids.com/watch?v=Pp8kfbtgWOn,
https://www.peekvids.com/watch?v=Ub2Jc_CniG0, https://www.peekvids.com/watch?v=C39RLi6cE-P, https://www.peekvids.com/watch?v=YV_TDkgL5iv
5.f. Date of third notice: 2015-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lamober
5.b. Uploader's email address: malabagamilove@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lamober
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GeEdGYpl2F8, https://www.peekvids.com/watch?v=G2SPNmBAqu0,
https://www.peekvids.com/watch?v=5C-eAimBRHl, https://www.peekvids.com/watch?v=OohijexmW3c, https://www.peekvids.com/watch?v=yyLEtmI3bWE,
https://www.peekvids.com/watch?v=fYFteNNz-TW, https://www.peekvids.com/watch?v=DefNmJbcPfO, https://www.peekvids.com/watch?v=Nu3u14STVDy,
https://www.peekvids.com/watch?v=xkRJkeIXWlO, https://www.peekvids.com/watch?v=6pnRbhWGPQx, https://www.peekvids.com/watch?v=R3syZkbUZ2T,
https://www.peekvids.com/watch?v=lx1CNcnbDf6, https://www.peekvids.com/watch?v=8_my51oL-5M, https://www.peekvids.com/watch?v=tLJU5LG8P0C,
https://www.peekvids.com/watch?v=4fwdZDMTYAU, https://www.peekvids.com/watch?v=CvyBqPg5eR8, https://www.peekvids.com/watch?v=6IBwl6E_OD3,
https://www.peekvids.com/watch?v=zDvsP_glZIe, https://www.peekvids.com/watch?v=XV9B9DGeaIe, https://www.peekvids.com/watch?v=qYDAOA6NhlW,
https://www.peekvids.com/watch?v=BQDDsMTlM_B, https://www.peekvids.com/watch?v=SfJsFnUfJJf, https://www.peekvids.com/watch?v=Wt8jLaRZ7ht,
https://www.peekvids.com/watch?v=71edSqBsCPb, https://www.peekvids.com/watch?v=pia-R6M6knO, https://www.peekvids.com/watch?v=kvDabD4VRqj,
https://www.peekvids.com/watch?v=QnOt-RYdXCi, https://www.peekvids.com/watch?v=E8emMMSibhH, https://www.peekvids.com/watch?v=anbtVCAbAfl,
https://www.peekvids.com/watch?v=EdvPwbMH65p, https://www.peekvids.com/watch?v=BggfnXJsHim, https://www.peekvids.com/watch?v=E2d_VTWQk8X,
https://www.peekvids.com/watch?v=d0KVBhbd9gW, https://www.peekvids.com/watch?v=HHzcNGmOa2W, https://www.peekvids.com/watch?v=kgrJZAj3-Sr,
https://www.peekvids.com/watch?v=29YgXSneQei, https://www.peekvids.com/watch?v=RMZmhkz-pBx, https://www.peekvids.com/watch?v=KJINHYSvxKB,
https://www.peekvids.com/watch?v=tDZudVPVenp, https://www.peekvids.com/watch?v=36BtTM-c9HD, https://www.peekvids.com/watch?v=qtAgAhEtdOd,
https://www.peekvids.com/watch?v=kGSzddKbiGJ, https://www.peekvids.com/watch?v=I7NZsWw7hDG, https://www.peekvids.com/watch?v=b_N_C-3eoVs,
https://www.peekvids.com/watch?v=Sb9-_KF_QVD, https://www.peekvids.com/watch?v=xDGY9LUn7n3, https://www.peekvids.com/watch?v=RCGrNzw5NO6,
https://www.peekvids.com/watch?v=LaZKAdQQHf6, https://www.peekvids.com/watch?v=8W8hs0qPXYO, https://www.peekvids.com/watch?v=BWaCLS57iMa,
https://www.peekvids.com/watch?v=XnUSP9VZwFI, https://www.peekvids.com/watch?v=LlHdnYhPGFp, https://www.peekvids.com/watch?v=2yHsr8zBxpG,
https://www.peekvids.com/watch?v=HTKwTy_bzi0, https://www.peekvids.com/watch?v=O1wzVPhiubr, https://www.peekvids.com/watch?v=IqoET0fYhZj,
https://www.peekvids.com/watch?v=KQ8fvt_9iqY, https://www.peekvids.com/watch?v=Uv4kyoAsB3M, https://www.peekvids.com/watch?v=8S1ftXONZWc,
https://www.peekvids.com/watch?v=sCCW9g5qcx3, https://www.peekvids.com/watch?v=fKXOhvHoTyz, https://www.peekvids.com/watch?v=sRrWNS3SKSW,
https://www.peekvids.com/watch?v=rFTBnmnvEdB, https://www.peekvids.com/watch?v=xt1ELVlCdOn, https://www.peekvids.com/watch?v=miOs-MIpcTP,
https://www.peekvids.com/watch?v=WSe2pscoTDK, https://www.peekvids.com/watch?v=lvJb10Wgs2y, https://www.peekvids.com/watch?v=RNw4Pui-6zP,
https://www.peekvids.com/watch?v=dKo8SLSGlHa, https://www.peekvids.com/watch?v=oMXob_HQWH9, https://www.peekvids.com/watch?v=SL6Yl9n3n14,
https://www.peekvids.com/watch?v=fIAL6tK7ETm, https://www.peekvids.com/watch?v=th31WRBRiaU, https://www.peekvids.com/watch?v=6gIewof_l4j,
https://www.peekvids.com/watch?v=hPFw3HLNHPU, https://www.peekvids.com/watch?v=4YdnGBV5H7P, https://www.peekvids.com/watch?v=Uw5xuIPa3gY,
https://www.peekvids.com/watch?v=mK3RF9WmL2l, https://www.peekvids.com/watch?v=EGlQ-sJXlX0, https://www.peekvids.com/watch?v=g8iaymsvjTh,
https://www.peekvids.com/watch?v=v-b_kmrdXvF, https://www.peekvids.com/watch?v=E5h86-ekBbM, https://www.peekvids.com/watch?v=4Cq5SMhWn1H,
https://www.peekvids.com/watch?v=ul_Bqs0GRMt, https://www.peekvids.com/watch?v=n1IDqijxhU3, https://www.peekvids.com/watch?v=peOcfqRJQP4,
https://www.peekvids.com/watch?v=lU-wYks-v7y, https://www.peekvids.com/watch?v=qQnoYoGnuQG, https://www.peekvids.com/watch?v=jM3Og2sJGZP,
https://www.peekvids.com/watch?v=2YSDvYUCn0v, https://www.peekvids.com/watch?v=fDR_0mNTwHO, https://www.peekvids.com/watch?v=la2LhFaptA4
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lanlowlow
5.b. Uploader's email address: leonidtortorro@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lanlowlow
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=jamDuvoEuds, https://www.peekvids.com/watch?v=6d7NCgEcxUC,
https://www.peekvids.com/watch?v=oXRVd7ui5CV, https://www.peekvids.com/watch?v=SQwfONhZNsR, https://www.peekvids.com/watch?v=xdd2rJjO9Ol,
https://www.peekvids.com/watch?v=7FFlQpAYMzu, https://www.peekvids.com/watch?v=dMEE-XuYdqM, https://www.peekvids.com/watch?v=x4xXocFjWHX,
https://www.peekvids.com/watch?v=SYXo9szDGLe, https://www.peekvids.com/watch?v=IQ39WMlxQxA, https://www.peekvids.com/watch?v=2HRfgHY5OTl,
https://www.peekvids.com/watch?v=ldV6uJBhwG5, https://www.peekvids.com/watch?v=EUCmG9rHbXf, https://www.peekvids.com/watch?v=VMwz0HvK80d,
https://www.peekvids.com/watch?v=xbxCiuiXgA0, https://www.peekvids.com/watch?v=i-U9SA9506t, https://www.peekvids.com/watch?v=nrlt4SJMmfQ,
https://www.peekvids.com/watch?v=jJNkPTbPLph, https://www.peekvids.com/watch?v=3XlrwipWEhC, https://www.peekvids.com/watch?v=oZTevqZVqW4,
https://www.peekvids.com/watch?v=eCMQuGWE8Ml, https://www.peekvids.com/watch?v=W6fy1pOuEhK, https://www.peekvids.com/watch?v=eQB_kg8hxLy,
https://www.peekvids.com/watch?v=HbRvaCjNsZu, https://www.peekvids.com/watch?v=x8dw8VB8OOL, https://www.peekvids.com/watch?v=5wzkCf0MTeq,
https://www.peekvids.com/watch?v=gXBcrIj0DJq, https://www.peekvids.com/watch?v=dd60TAnwkcp, https://www.peekvids.com/watch?v=kBuy7FkLLV2,
https://www.peekvids.com/watch?v=QeqMD0auySI, https://www.peekvids.com/watch?v=mY27KAOWCyP, https://www.peekvids.com/watch?v=C6zpBdbNazP,
https://www.peekvids.com/watch?v=68CgW1_3gsr, https://www.peekvids.com/watch?v=HVw2hItgfDc, https://www.peekvids.com/watch?v=rTgHMzgFiZa,
https://www.peekvids.com/watch?v=cBl_KUB_PsJ, https://www.peekvids.com/watch?v=qnTdEZKNPLs, https://www.peekvids.com/watch?v=IJhIeLH0xqF,
https://www.peekvids.com/watch?v=n_3TFq3lycz, https://www.peekvids.com/watch?v=2hR_TS7N4km, https://www.peekvids.com/watch?v=pkqVEjDHCbw,
https://www.peekvids.com/watch?v=C3rQUQbJop2, https://www.peekvids.com/watch?v=NrHqBbonzXQ, https://www.peekvids.com/watch?v=nSJAmKbztfm,
https://www.peekvids.com/watch?v=u2vFhOeMPg7, https://www.peekvids.com/watch?v=vDIh2pCd7tM, https://www.peekvids.com/watch?v=gXN0lbWs0Dt,
https://www.peekvids.com/watch?v=XqebEr9wZWf, https://www.peekvids.com/watch?v=BsSprK9yjfZ, https://www.peekvids.com/watch?v=GRSnu1wq0pS,
https://www.peekvids.com/watch?v=90d_NAavBhj, https://www.peekvids.com/watch?v=ar8ArqyfHi0, https://www.peekvids.com/watch?v=nVahrBm5AID,
https://www.peekvids.com/watch?v=nzTbp2bZ4Rz, https://www.peekvids.com/watch?v=c86fhEuapaf, https://www.peekvids.com/watch?v=3wdUYXmhFgo,
https://www.peekvids.com/watch?v=moAtJ7nF5VC, https://www.peekvids.com/watch?v=LavaJwWxu3J, https://www.peekvids.com/watch?v=YoQMLaUaRdG,
https://www.peekvids.com/watch?v=xzPZveL3GP7, https://www.peekvids.com/watch?v=gyz6obk5eHl, https://www.peekvids.com/watch?v=3SCYHmOscMF,
https://www.peekvids.com/watch?v=tCIYRWVgU4O, https://www.peekvids.com/watch?v=HF1Q553Eg7Y, https://www.peekvids.com/watch?v=aSaTvxEiAYb,
https://www.peekvids.com/watch?v=ZcZpCIXOog3, https://www.peekvids.com/watch?v=AtRKtCiPNUC, https://www.peekvids.com/watch?v=D1GMX6TKNM4,
https://www.peekvids.com/watch?v=3ogp63PwZ4v, https://www.peekvids.com/watch?v=Z-WMbDzUskY, https://www.peekvids.com/watch?v=3RKVzmoNgkG,
https://www.peekvids.com/watch?v=WSmY3fyCCOA, https://www.peekvids.com/watch?v=FCeHLXuVLBP, https://www.peekvids.com/watch?v=73SBtjxC0cs,
https://www.peekvids.com/watch?v=nYF0ci3NGey, https://www.peekvids.com/watch?v=yK_vNyD5H3X, https://www.peekvids.com/watch?v=3aV0INEojnh,
https://www.peekvids.com/watch?v=t8afj28XykP, https://www.peekvids.com/watch?v=EI0p-rZDehr, https://www.peekvids.com/watch?v=W6bqkVSkC4D,
https://www.peekvids.com/watch?v=PZOsGjHLlOS, https://www.peekvids.com/watch?v=RxfPngk_ZXE, https://www.peekvids.com/watch?v=icuekjtV9FR,
https://www.peekvids.com/watch?v=r1_mwu_9EMZ, https://www.peekvids.com/watch?v=2Ztcl5eBA7o, https://www.peekvids.com/watch?v=OiyGcD7_x_J,
https://www.peekvids.com/watch?v=vIdiDnEsFTG, https://www.peekvids.com/watch?v=Cg2JrHQQfJ4, https://www.peekvids.com/watch?v=J8KiipEQsFz,
https://www.peekvids.com/watch?v=QUVFYuZ6-5g, https://www.peekvids.com/watch?v=UAcaZYMAkD2, https://www.peekvids.com/watch?v=aAldIKUqDDY,
https://www.peekvids.com/watch?v=ZjBUsa9HXH2, https://www.peekvids.com/watch?v=ilJoU5TW8f5, https://www.peekvids.com/watch?v=QnShuGy_Xtr,
https://www.peekvids.com/watch?v=tWC_pgp3YDR, https://www.peekvids.com/watch?v=hFTs-aIsorv, https://www.peekvids.com/watch?v=eHnFqZ-P1gQ,
https://www.peekvids.com/watch?v=rKSJpwcxX9n, https://www.peekvids.com/watch?v=sNojPOkCA0r, https://www.peekvids.com/watch?v=ijJuBHsRbId,
https://www.peekvids.com/watch?v=2x86lgVg_ox, https://www.peekvids.com/watch?v=jkBCWLDqjAP, https://www.peekvids.com/watch?v=Fuxkwj4EJ7M,
https://www.peekvids.com/watch?v=mux9_0we5Kn, https://www.peekvids.com/watch?v=fEXIPNjgXVu, https://www.peekvids.com/watch?v=nkHXdNvEu1c,
https://www.peekvids.com/watch?v=zZstjO31ajh, https://www.peekvids.com/watch?v=N04UliZNbND, https://www.peekvids.com/watch?v=oUlquI7RTFX,
https://www.peekvids.com/watch?v=pkERMFZlkJB, https://www.peekvids.com/watch?v=Xj8lhmf_mnr, https://www.peekvids.com/watch?v=CNNnuSopQUn,
https://www.peekvids.com/watch?v=vTUslNHC-ld, https://www.peekvids.com/watch?v=yWWFSSNKNmM, https://www.peekvids.com/watch?v=6xVCpgIILqd,
https://www.peekvids.com/watch?v=S6o99LTv3T2, https://www.peekvids.com/watch?v=f-3jMKTBrlu, https://www.peekvids.com/watch?v=wUFGdZIXFqo,
https://www.peekvids.com/watch?v=j5uhmRdDxIw, https://www.peekvids.com/watch?v=xp69jkUcZBo, https://www.peekvids.com/watch?v=KN3QX-FW5mS,
https://www.peekvids.com/watch?v=2odFepWIkzN, https://www.peekvids.com/watch?v=MsphTsPOkoc, https://www.peekvids.com/watch?v=lhFNqwS60Qz,
https://www.peekvids.com/watch?v=8WKXoRt40hH, https://www.peekvids.com/watch?v=AVdSu8ayhHn, https://www.peekvids.com/watch?v=sFllx9S1X_E,
https://www.peekvids.com/watch?v=m8vJkOShlKO, https://www.peekvids.com/watch?v=8yWOWy9zEB0, https://www.peekvids.com/watch?v=yyLVghD62Ku,
https://www.peekvids.com/watch?v=fYf5dFkFcZP, https://www.peekvids.com/watch?v=eP8_0KUswIQ, https://www.peekvids.com/watch?v=SynacptMsKi,
https://www.peekvids.com/watch?v=hccaUhIaeSZ, https://www.peekvids.com/watch?v=xb8IH8HxOLv, https://www.peekvids.com/watch?v=cjV0mJiUf2r,
https://www.peekvids.com/watch?v=2pSptQw3tzI, https://www.peekvids.com/watch?v=k1UfD4ZRaoC, https://www.peekvids.com/watch?v=mw2hWXC7DBl,
https://www.peekvids.com/watch?v=C2WzmRj_Hjc, https://www.peekvids.com/watch?v=GDcO8Kyn9Rd, https://www.peekvids.com/watch?v=rceafq12Q5M,
https://www.peekvids.com/watch?v=4_RPJwV8GIa, https://www.peekvids.com/watch?v=ztLcFgEquSr, https://www.peekvids.com/watch?v=xEfTmZJBe6K,
https://www.peekvids.com/watch?v=Q5iLjgTcHTb, https://www.peekvids.com/watch?v=DjqkToo5zcV, https://www.peekvids.com/watch?v=bcRsSBtTSRm,
https://www.peekvids.com/watch?v=V5b1uHxHOtB, https://www.peekvids.com/watch?v=MPLirTbohls, https://www.peekvids.com/watch?v=ki2cEB93Wpr,
https://www.peekvids.com/watch?v=4MC-0doEm2B, https://www.peekvids.com/watch?v=MGMlZPuxhJP, https://www.peekvids.com/watch?v=p_Fbl6EB61z,
https://www.peekvids.com/watch?v=Pd25rnlctvF, https://www.peekvids.com/watch?v=fmkUuz8L522, https://www.peekvids.com/watch?v=XQBKNxrDGLe,
https://www.peekvids.com/watch?v=vc3NverRR8x, https://www.peekvids.com/watch?v=FnHH5uJXuuI
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lary70
5.b. Uploader's email address: jojoawareio@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lary70
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RKuJNdVcTRe, https://www.peekvids.com/watch?v=dhBlQUzXZw5,
https://www.peekvids.com/watch?v=KGfMTmJ9IPp, https://www.peekvids.com/watch?v=3eP__voJ7TV, https://www.peekvids.com/watch?v=pp9sfaYLO_i,

https://www.peekvids.com/watch?v=3JwF3P9XJ46, https://www.peekvids.com/watch?v=hEicPOr7lhY, https://www.peekvids.com/watch?v=A5SmnObQdqc,
https://www.peekvids.com/watch?v=rdL9QefAPuI, https://www.peekvids.com/watch?v=QUbdSkYBhsF, https://www.peekvids.com/watch?v=YpdNDu0y5Pp,
https://www.peekvids.com/watch?v=RkETFNiepaW, https://www.peekvids.com/watch?v=xuFFDFCr8nZ, https://www.peekvids.com/watch?v=PL-3s8OdXu6,
https://www.peekvids.com/watch?v=9OzxS49zGev, https://www.peekvids.com/watch?v=4IcKbwaC_xZ, https://www.peekvids.com/watch?v=WdOngW6PSRZ,
https://www.peekvids.com/watch?v=XNzQDpPw-nh, https://www.peekvids.com/watch?v=AAZCIfviXV7, https://www.peekvids.com/watch?v=IlNqWesEL1G,
https://www.peekvids.com/watch?v=4EKd4XcEXJa, https://www.peekvids.com/watch?v=wiImuMDsoFA, https://www.peekvids.com/watch?v=fNO7aIPwpzZ,
https://www.peekvids.com/watch?v=osGayCi5B1Q, https://www.peekvids.com/watch?v=AqkKDXDK0TC, https://www.peekvids.com/watch?v=0JURDMdDMcL,
https://www.peekvids.com/watch?v=h42-z6VxKtE, https://www.peekvids.com/watch?v=JbQelphbFk9, https://www.peekvids.com/watch?v=InMdxMWZYsd,
https://www.peekvids.com/watch?v=0CFHFaJmEUq, https://www.peekvids.com/watch?v=JTTEVko6SLw, https://www.peekvids.com/watch?v=3oX6_fWQdKm,
https://www.peekvids.com/watch?v=L068nMBh0Uq, https://www.peekvids.com/watch?v=qYIQiFey_lT, https://www.peekvids.com/watch?v=5wSg3oFrd49,
https://www.peekvids.com/watch?v=FvAc52ftxp9, https://www.peekvids.com/watch?v=6wGCJLgJz_S, https://www.peekvids.com/watch?v=E2y1rOzEU9J,
https://www.peekvids.com/watch?v=GddoB66H25F, https://www.peekvids.com/watch?v=KIl2391dlob, https://www.peekvids.com/watch?v=hTLa3zGTxiu,
https://www.peekvids.com/watch?v=jJEtAcbe6o2, https://www.peekvids.com/watch?v=oP3TrVKZ_CD, https://www.peekvids.com/watch?v=NiYdlzhYmvM,
https://www.peekvids.com/watch?v=xcv6KUaO9IC, https://www.peekvids.com/watch?v=uzA-8t5gx4X, https://www.peekvids.com/watch?v=9dKT-N6lylA,
https://www.peekvids.com/watch?v=Kiw5so2QhjK, https://www.peekvids.com/watch?v=i4h5V2v6i0L, https://www.peekvids.com/watch?v=bZxSE7Yu8Hm,
https://www.peekvids.com/watch?v=Pv1JUP7Pbv4, https://www.peekvids.com/watch?v=GgWS09s7RXC, https://www.peekvids.com/watch?v=3hTDw7evVJa,
https://www.peekvids.com/watch?v=BV05YFVwu9W, https://www.peekvids.com/watch?v=HCOVWLG5VHY, https://www.peekvids.com/watch?v=2Q2hBT39TgZ,
https://www.peekvids.com/watch?v=S8UFnx0cphd, https://www.peekvids.com/watch?v=KJ3hg4FRaRW, https://www.peekvids.com/watch?v=WC5DUYGaJOm,
https://www.peekvids.com/watch?v=nJqVjgXsW7q, https://www.peekvids.com/watch?v=GnYKdwSTDhB, https://www.peekvids.com/watch?v=rm6rTl-UDWs,
https://www.peekvids.com/watch?v=nqyDgGSSeUI, https://www.peekvids.com/watch?v=3bWbwVCqh7w, https://www.peekvids.com/watch?v=8d3ZjhN9v0L,
https://www.peekvids.com/watch?v=oBOrRuvXMtp, https://www.peekvids.com/watch?v=c-sAg9evcyc, https://www.peekvids.com/watch?v=cF9TUxCyoOW,
https://www.peekvids.com/watch?v=g3OKhmfcdOK, https://www.peekvids.com/watch?v=hTlcM2_ak-A, https://www.peekvids.com/watch?v=01VKjOwBsv0,
https://www.peekvids.com/watch?v=tP5-HvUhOPt, https://www.peekvids.com/watch?v=AJkrpBr_513, https://www.peekvids.com/watch?v=E84lCCuwemt,
https://www.peekvids.com/watch?v=tI-Bh9RjOSO, https://www.peekvids.com/watch?v=6-quG--FGva, https://www.peekvids.com/watch?v=DyaM41VO9yk,
https://www.peekvids.com/watch?v=qbD7U4ES7US, https://www.peekvids.com/watch?v=f6SLzMRXvGU, https://www.peekvids.com/watch?v=QYOVHJLZ4sG,
https://www.peekvids.com/watch?v=7O_tGYr4VQD, https://www.peekvids.com/watch?v=YhNyZWbBNOs, https://www.peekvids.com/watch?v=REjs6H0sW5I,
https://www.peekvids.com/watch?v=cXiFItrD6pJ, https://www.peekvids.com/watch?v=mXUKh_zVd3q, https://www.peekvids.com/watch?v=Saa8Jgpga_T,
https://www.peekvids.com/watch?v=KIt2jktZHdD, https://www.peekvids.com/watch?v=bkeRpGcOpoy, https://www.peekvids.com/watch?v=l08vZEIQHEL,
https://www.peekvids.com/watch?v=mG5-WYgmhiw, https://www.peekvids.com/watch?v=nortyyORxS4, https://www.peekvids.com/watch?v=raQb7DW-fNd,
https://www.peekvids.com/watch?v=ohytHz8bajs, https://www.peekvids.com/watch?v=eYEzMMjJEBq, https://www.peekvids.com/watch?v=h0cNk5aBJOP,
https://www.peekvids.com/watch?v=yd5xFBZlxK9, https://www.peekvids.com/watch?v=6R8dGoi-Ytm, https://www.peekvids.com/watch?v=NH-XruNRJaG,
https://www.peekvids.com/watch?v=hwH6deq6Agv, https://www.peekvids.com/watch?v=tt_1glyEGBP, https://www.peekvids.com/watch?v=XuWqwEZUHaK,
https://www.peekvids.com/watch?v=5wdeRJhQO_m, https://www.peekvids.com/watch?v=4PaE27uYCVL, https://www.peekvids.com/watch?v=p42jkS1DcXy,
https://www.peekvids.com/watch?v=69DJe2RGA74, https://www.peekvids.com/watch?v=Id3SjEU-6KB, https://www.peekvids.com/watch?v=vZ0qDuzZ5i3,
https://www.peekvids.com/watch?v=WCtV2v2_4Yl, https://www.peekvids.com/watch?v=tYnhzVYXAkp, https://www.peekvids.com/watch?v=6NjHEU47rvV,
https://www.peekvids.com/watch?v=hash3OuvT2Y, https://www.peekvids.com/watch?v=FZp5_G1BMc3, https://www.peekvids.com/watch?v=pc6DE9m-kUY,
https://www.peekvids.com/watch?v=AzNv90piuIy, https://www.peekvids.com/watch?v=2wMd_SsH1AT, https://www.peekvids.com/watch?v=PU7bu85gZoL,
https://www.peekvids.com/watch?v=7LQabyttsvb, https://www.peekvids.com/watch?v=3kvzNZo8w-R, https://www.peekvids.com/watch?v=7obgnvAmwWw,
https://www.peekvids.com/watch?v=Ad3qwKOEpPf, https://www.peekvids.com/watch?v=ITGsLnawV5q, https://www.peekvids.com/watch?v=uPz5K-83ylk,
https://www.peekvids.com/watch?v=IhvJz0vYVya, https://www.peekvids.com/watch?v=xYY25cRqoOG, https://www.peekvids.com/watch?v=i-ASqSh9KI0,
https://www.peekvids.com/watch?v=3yUDCsMMtQb, https://www.peekvids.com/watch?v=E-SlR0IJQyp, https://www.peekvids.com/watch?v=Q1Mzx_rmBxi,
https://www.peekvids.com/watch?v=UtSyhiQ3lih, https://www.peekvids.com/watch?v=zaOal8XewnA, https://www.peekvids.com/watch?v=C6WyCK-haDL,
https://www.peekvids.com/watch?v=nAi-e06KFY3, https://www.peekvids.com/watch?v=9pslJSZYOeb, https://www.peekvids.com/watch?v=9xEGDAElPDa,
https://www.peekvids.com/watch?v=dW_tmeXFAbd, https://www.peekvids.com/watch?v=McNzSBkOMtj, https://www.peekvids.com/watch?v=gU-QtwdMaiR,
https://www.peekvids.com/watch?v=tBhHUj6gQkM, https://www.peekvids.com/watch?v=O3YbXCAmTif, https://www.peekvids.com/watch?v=rGVSB2RyTXj,
https://www.peekvids.com/watch?v=IAsAIZRJfhP, https://www.peekvids.com/watch?v=ynLUvG-gjuv, https://www.peekvids.com/watch?v=f4LjtqrTd3t,
https://www.peekvids.com/watch?v=PoUoEZ63Gld, https://www.peekvids.com/watch?v=pPdtf0N1WZ5, https://www.peekvids.com/watch?v=2bc8JzAzLOn,
https://www.peekvids.com/watch?v=AsdW9P0tWtC, https://www.peekvids.com/watch?v=TDUeSXMzpuu, https://www.peekvids.com/watch?v=jl88zhRKVGU,
https://www.peekvids.com/watch?v=OtMGLg6pBHI, https://www.peekvids.com/watch?v=7rdVraFabOm, https://www.peekvids.com/watch?v=rzpH1w9x60M,
https://www.peekvids.com/watch?v=YB1XI0ukaRc, https://www.peekvids.com/watch?v=SE3UwFLmKdN, https://www.peekvids.com/watch?v=y_MNfLJXCwC,
https://www.peekvids.com/watch?v=6XuKgDr9kyS, https://www.peekvids.com/watch?v=FXQtAbPDysa, https://www.peekvids.com/watch?v=GtOzOTtPp5Z,
https://www.peekvids.com/watch?v=U9Sk8lyt9tn, https://www.peekvids.com/watch?v=iQk7JKPF1Ph, https://www.peekvids.com/watch?v=9RUGjF_6R_X,
https://www.peekvids.com/watch?v=jNSll0hUBlv
5.f. Date of third notice: 2015-09-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: latugur
5.b. Uploader's email address: wanjanjanny@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=latugur
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=LH88jRUsQOj, https://www.peekvids.com/watch?v=EQrBxxeEdmS,
https://www.peekvids.com/watch?v=01E15DdVQp5, https://www.peekvids.com/watch?v=CmWskSHtJVe, https://www.peekvids.com/watch?v=a3NOFcEyrir,
https://www.peekvids.com/watch?v=IfX-Vay3hEd, https://www.peekvids.com/watch?v=TUGBDmCOGsH, https://www.peekvids.com/watch?v=7Dw_T0ePPoI,
https://www.peekvids.com/watch?v=Lehq2WtQrd9, https://www.peekvids.com/watch?v=3eiti7lsFeY, https://www.peekvids.com/watch?v=KGod4RaT7Pe,
https://www.peekvids.com/watch?v=I-wxTBJJLSz, https://www.peekvids.com/watch?v=PQwk5VsjFnP, https://www.peekvids.com/watch?v=J3ya9YAXlxy,
https://www.peekvids.com/watch?v=DD5A7i-XSdz, https://www.peekvids.com/watch?v=YQReXH1Bxs5, https://www.peekvids.com/watch?v=agHei8cqH-V,
https://www.peekvids.com/watch?v=zbqt8lWWUKz, https://www.peekvids.com/watch?v=sbRoSf-AiaU, https://www.peekvids.com/watch?v=hRWkcFlpQhS,
https://www.peekvids.com/watch?v=LL_a6tNnT72, https://www.peekvids.com/watch?v=hV5IPEpPeBx, https://www.peekvids.com/watch?v=nMdCu_uxvzh,
https://www.peekvids.com/watch?v=C9xkrrce5ag, https://www.peekvids.com/watch?v=fshAXlFbdPP, https://www.peekvids.com/watch?v=RyMoaiwmmS2,
https://www.peekvids.com/watch?v=dOrAYk_QTWM, https://www.peekvids.com/watch?v=p2CgA7icU7Z, https://www.peekvids.com/watch?v=waMQaXIEs3w,
https://www.peekvids.com/watch?v=jSJoGO_ut_q, https://www.peekvids.com/watch?v=Y3EENYLdtRO, https://www.peekvids.com/watch?v=OqNBloAD7mI,
https://www.peekvids.com/watch?v=N_g6_6y7ldx, https://www.peekvids.com/watch?v=p4X9RKB0yMv, https://www.peekvids.com/watch?v=4pd8YQTgl0p,
https://www.peekvids.com/watch?v=SSg4JHOVxfQ, https://www.peekvids.com/watch?v=ZNlF2J4RMtT, https://www.peekvids.com/watch?v=4SP_6gf9iLw,
https://www.peekvids.com/watch?v=Wyy4zOcLmgW, https://www.peekvids.com/watch?v=WA8aeCxFHSO, https://www.peekvids.com/watch?v=QgPVqFywmdW,
https://www.peekvids.com/watch?v=YNOsDiNxkGn, https://www.peekvids.com/watch?v=dqevgmCpyd4, https://www.peekvids.com/watch?v=j-8B1pPdqA0,
https://www.peekvids.com/watch?v=4akVwk8S04Q, https://www.peekvids.com/watch?v=2YwUDnGYU8G, https://www.peekvids.com/watch?v=R2xN4iyP2Ic,
https://www.peekvids.com/watch?v=86VZLx4Q4To, https://www.peekvids.com/watch?v=Mv7u5UGgD30, https://www.peekvids.com/watch?v=oxV5pbzdl2U,
https://www.peekvids.com/watch?v=mSDpl2WUsND, https://www.peekvids.com/watch?v=XFyb0Og18jg, https://www.peekvids.com/watch?v=w7IufxFyL4A,
https://www.peekvids.com/watch?v=zV_v-KmgRPH, https://www.peekvids.com/watch?v=jPK41Gvy1vf, https://www.peekvids.com/watch?v=p7wv1mooLUl,
https://www.peekvids.com/watch?v=lQHGK84ckV2, https://www.peekvids.com/watch?v=rAuO3mhi-Zz, https://www.peekvids.com/watch?v=gUHe87x2tDM,
https://www.peekvids.com/watch?v=UhAzkaZOHPD, https://www.peekvids.com/watch?v=JLqW9qbPCuG, https://www.peekvids.com/watch?v=E5P69Q9Bmx9,
https://www.peekvids.com/watch?v=KoAKZPloyKQ, https://www.peekvids.com/watch?v=fuakGDmgIHR, https://www.peekvids.com/watch?v=vPSePBskKM6,
https://www.peekvids.com/watch?v=tDYFkR4o1Fk, https://www.peekvids.com/watch?v=WSFwuyYXXKM, https://www.peekvids.com/watch?v=7h7_5BKhMgx,
https://www.peekvids.com/watch?v=UnczWWVUm9P, https://www.peekvids.com/watch?v=IXvr_jY45ZR, https://www.peekvids.com/watch?v=avci10pVu8m,
https://www.peekvids.com/watch?v=Fci3nPNG4st, https://www.peekvids.com/watch?v=BhyyamK6f6G, https://www.peekvids.com/watch?v=ReGl1PS5lrY,
https://www.peekvids.com/watch?v=nwso4mG-UmM, https://www.peekvids.com/watch?v=znjGv0UvMTf, https://www.peekvids.com/watch?v=hINudD1P_V4,
https://www.peekvids.com/watch?v=qqd64govs7s, https://www.peekvids.com/watch?v=kiuKfRpw66y, https://www.peekvids.com/watch?v=Dmf2_xDnn4F,
https://www.peekvids.com/watch?v=fvEV8lGSwnW, https://www.peekvids.com/watch?v=KuIqOfF7RC0, https://www.peekvids.com/watch?v=PcSo-b1VTnb,
https://www.peekvids.com/watch?v=yhBY6WFyBmu, https://www.peekvids.com/watch?v=5jV1GmUrcux, https://www.peekvids.com/watch?v=wgAzi1b0MTF,
https://www.peekvids.com/watch?v=ZTcfk56jECO, https://www.peekvids.com/watch?v=5uQN0tsA5ys, https://www.peekvids.com/watch?v=v6EhZrvKHdm,
https://www.peekvids.com/watch?v=Lvivs9dv3WG, https://www.peekvids.com/watch?v=T50f3R8NFxW, https://www.peekvids.com/watch?v=2YPa70u3EQK,
https://www.peekvids.com/watch?v=7CuchDwfXWw, https://www.peekvids.com/watch?v=pNcKdbtUU2p
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lauyka
5.b. Uploader's email address: greentolkonti@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lauyka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=9snJI3t1k28, https://www.peekvids.com/watch?v=kPRrDmSJ1Xw,
https://www.peekvids.com/watch?v=YuDJ_Eeitnu, https://www.peekvids.com/watch?v=WVrtuN1uRse, https://www.peekvids.com/watch?v=9hvCYM9rgRe,
https://www.peekvids.com/watch?v=vFLT_YJ_UNT, https://www.peekvids.com/watch?v=FsJIGMTsEtQ, https://www.peekvids.com/watch?v=mBkKVf0V5II,
https://www.peekvids.com/watch?v=p5y7G1awwRM, https://www.peekvids.com/watch?v=VNN30B5Bo-M, https://www.peekvids.com/watch?v=7-B4QmUn41L,
https://www.peekvids.com/watch?v=rjIGQxdv2SA, https://www.peekvids.com/watch?v=2hTn85_oRZR, https://www.peekvids.com/watch?v=AYCGk0l14-b,
https://www.peekvids.com/watch?v=y42rYWZ_ovu, https://www.peekvids.com/watch?v=yNjQf5lwsKx, https://www.peekvids.com/watch?v=yU0OV2mvbWw,
https://www.peekvids.com/watch?v=ZHzeMwJQS_b, https://www.peekvids.com/watch?v=a6zyu7Bohca, https://www.peekvids.com/watch?v=wvoFUrl3mmE,
https://www.peekvids.com/watch?v=fcv0-4K1-lt, https://www.peekvids.com/watch?v=H5IXJeqVEI3, https://www.peekvids.com/watch?v=E6eIdU0E5Nk,
https://www.peekvids.com/watch?v=XWuG0WB-k_E, https://www.peekvids.com/watch?v=QhlBZfsuiCG, https://www.peekvids.com/watch?v=N13BW74HpHJ,
https://www.peekvids.com/watch?v=RbYd0vwcoqY, https://www.peekvids.com/watch?v=Igu0h5ea07Y, https://www.peekvids.com/watch?v=YeHOs0k_5Ma,
https://www.peekvids.com/watch?v=i2RDLmZ8f8h, https://www.peekvids.com/watch?v=RRoPP39YoIK, https://www.peekvids.com/watch?v=latJM_UrMpl,
https://www.peekvids.com/watch?v=JR2DBIQNoA9, https://www.peekvids.com/watch?v=hOY7dWeEJIo, https://www.peekvids.com/watch?v=YmIITVjVeOL,
https://www.peekvids.com/watch?v=FpQLNiP58PQ, https://www.peekvids.com/watch?v=f6XNU8GiQFO, https://www.peekvids.com/watch?v=XDHJOBoEfCH,
https://www.peekvids.com/watch?v=9ieMOyFvvkA, https://www.peekvids.com/watch?v=e6_P2j8t4EN, https://www.peekvids.com/watch?v=XWA09E9yf8x,
https://www.peekvids.com/watch?v=zb8QjmGUrK3, https://www.peekvids.com/watch?v=s2yo75MEkhQ, https://www.peekvids.com/watch?v=3VvhUiF4IX7,
https://www.peekvids.com/watch?v=AbhShCg63Cu, https://www.peekvids.com/watch?v=bZhOQ45WbNS, https://www.peekvids.com/watch?v=uP_Dx4O7DA8,
https://www.peekvids.com/watch?v=sI2Zx5d0w87, https://www.peekvids.com/watch?v=mY1c0r6_O9Q, https://www.peekvids.com/watch?v=yvLoVzB7CpI,
https://www.peekvids.com/watch?v=9evbpJnyRda, https://www.peekvids.com/watch?v=lsUcE9uc8OY, https://www.peekvids.com/watch?v=VmGcJqOJi8d,
https://www.peekvids.com/watch?v=KNgcF_jpnT6, https://www.peekvids.com/watch?v=5h-D1R4MLcx, https://www.peekvids.com/watch?v=q1OL4XT1Rc3,
https://www.peekvids.com/watch?v=x_8Xk0agbu8, https://www.peekvids.com/watch?v=nHhkSXd_VFX, https://www.peekvids.com/watch?v=S-ZDVcxKXxL,
https://www.peekvids.com/watch?v=DjkBNToYxfU, https://www.peekvids.com/watch?v=gKWC3HqrEWz, https://www.peekvids.com/watch?v=dVpPeL0BdOc,
https://www.peekvids.com/watch?v=2IYJU8ssSOp, https://www.peekvids.com/watch?v=sN8QczwZ5ek, https://www.peekvids.com/watch?v=vRUbGtfuEgY,
https://www.peekvids.com/watch?v=Ys9yex9ueLq, https://www.peekvids.com/watch?v=6cd9TqVgs5R, https://www.peekvids.com/watch?v=4wwFOGRVBWV,
https://www.peekvids.com/watch?v=6aHRXlz_oPY, https://www.peekvids.com/watch?v=ZBkK6BF7usg, https://www.peekvids.com/watch?v=xNCsfG3G0Gn,
https://www.peekvids.com/watch?v=eB8dZHbymQk, https://www.peekvids.com/watch?v=rGeBleolXZg, https://www.peekvids.com/watch?v=8qfDY2HkNE0,
https://www.peekvids.com/watch?v=68GPOrdcSOO, https://www.peekvids.com/watch?v=CyUZlBgcs7u, https://www.peekvids.com/watch?v=hNhIE2FuzTu,
https://www.peekvids.com/watch?v=9jYP3SHSB4T, https://www.peekvids.com/watch?v=6NNcoONaGxk, https://www.peekvids.com/watch?v=miXMykJxRQS,
https://www.peekvids.com/watch?v=sAmh6JWO0Pp, https://www.peekvids.com/watch?v=8HT-SSIbBvW, https://www.peekvids.com/watch?v=awzWmjcPk3H,
https://www.peekvids.com/watch?v=hILi3rcoMDQ, https://www.peekvids.com/watch?v=IyKawSNE1Gp, https://www.peekvids.com/watch?v=X0FnIqodPJ3,
https://www.peekvids.com/watch?v=m8x22KqXB-W, https://www.peekvids.com/watch?v=O9g_LxbHwmB, https://www.peekvids.com/watch?v=F0Lx6_wI0ar,
https://www.peekvids.com/watch?v=59933c3M4Yk, https://www.peekvids.com/watch?v=bFnFzrgpjH6, https://www.peekvids.com/watch?v=F8g8PbMViI3,
https://www.peekvids.com/watch?v=AjHokxPe0Mq, https://www.peekvids.com/watch?v=h8rlfvln0R0, https://www.peekvids.com/watch?v=df4IlE76Xs3,
https://www.peekvids.com/watch?v=POC7FsGlTuh, https://www.peekvids.com/watch?v=OfcD7B3Fxvx, https://www.peekvids.com/watch?v=dvg43lO-PEV,
https://www.peekvids.com/watch?v=2O-qOgrf745, https://www.peekvids.com/watch?v=Hq68KHhjcbM, https://www.peekvids.com/watch?v=u-2vkw-tjn9,
https://www.peekvids.com/watch?v=dLLCZ6H64ia, https://www.peekvids.com/watch?v=fe3qP2KYIVp, https://www.peekvids.com/watch?v=VBYfhS5G4lo,
https://www.peekvids.com/watch?v=keKVC77adrK, https://www.peekvids.com/watch?v=oZev4QD4kln, https://www.peekvids.com/watch?v=LsZmr9iFi4D,
https://www.peekvids.com/watch?v=hv1HNdtbmOV, https://www.peekvids.com/watch?v=3bkJEjZyPWP, https://www.peekvids.com/watch?v=OJlFpvCmQYT,
https://www.peekvids.com/watch?v=ebDbF2hBTHJ, https://www.peekvids.com/watch?v=0eaXU6llLPD, https://www.peekvids.com/watch?v=nDLofIUWsWd,
https://www.peekvids.com/watch?v=mP3hiLb5fOj, https://www.peekvids.com/watch?v=PLL-ZATMY30, https://www.peekvids.com/watch?v=vvrQNxq68Gj,

https://www.peekvids.com/watch?v=FSr9qr5Gbsj, https://www.peekvids.com/watch?v=YIBMLyR9-q0, https://www.peekvids.com/watch?v=uHLxswPWJ5O,
https://www.peekvids.com/watch?v=atJRKS0xM1M, https://www.peekvids.com/watch?v=I_IaRWvfYgz, https://www.peekvids.com/watch?v=DPsr9gu8fpy,
https://www.peekvids.com/watch?v=g4tZUpKYcZo, https://www.peekvids.com/watch?v=iBRUQEN7eEF, https://www.peekvids.com/watch?v=dfDhCpLpdoH,
https://www.peekvids.com/watch?v=wQAvYBJ5x8v, https://www.peekvids.com/watch?v=oIhI0wD-gOx, https://www.peekvids.com/watch?v=jlJqe5qYb5C,
https://www.peekvids.com/watch?v=Uf0j6oXT4QZ, https://www.peekvids.com/watch?v=YZM_Icdigap, https://www.peekvids.com/watch?v=3M3rK_nYkcp,
https://www.peekvids.com/watch?v=wI-5ZLoHmJa, https://www.peekvids.com/watch?v=yIAy8AoiYMl, https://www.peekvids.com/watch?v=HR2R5Vjn9rR,
https://www.peekvids.com/watch?v=3r3RzbzYcAo, https://www.peekvids.com/watch?v=uY8kLXlSzTT, https://www.peekvids.com/watch?v=NQiwzLMrgFh,
https://www.peekvids.com/watch?v=JD72qcykeDo, https://www.peekvids.com/watch?v=GAlHWffQLWf, https://www.peekvids.com/watch?v=USg8zvAAkoX,
https://www.peekvids.com/watch?v=NZWhS8xVyJW, https://www.peekvids.com/watch?v=Kb-mWWfvhW5, https://www.peekvids.com/watch?v=KJB5jrQf_q0,
https://www.peekvids.com/watch?v=t_SmC-3pc2y, https://www.peekvids.com/watch?v=q7VBIJIem3c, https://www.peekvids.com/watch?v=DBzj44MOefq,
https://www.peekvids.com/watch?v=Jbjm-1KF1tk, https://www.peekvids.com/watch?v=8HEQLKjYIYo, https://www.peekvids.com/watch?v=2FjM0maNAG7,
https://www.peekvids.com/watch?v=L_qAxyVtQjE, https://www.peekvids.com/watch?v=S3RMEQ7TrLI, https://www.peekvids.com/watch?v=hBET_5IWaVX,
https://www.peekvids.com/watch?v=yJzEo3vhxSq, https://www.peekvids.com/watch?v=F8hSqhwfun8, https://www.peekvids.com/watch?v=euulNGIEkvy,
https://www.peekvids.com/watch?v=C_HD9UTnekL, https://www.peekvids.com/watch?v=t1n-dtG7fhj, https://www.peekvids.com/watch?v=cWidAqH7zU0,
https://www.peekvids.com/watch?v=0oEmNlikOOG, https://www.peekvids.com/watch?v=qb5fp2LLm0M, https://www.peekvids.com/watch?v=xcLyCIGwwX5,
https://www.peekvids.com/watch?v=e9SQa8ZQxet, https://www.peekvids.com/watch?v=3iT4YCQoKsS, https://www.peekvids.com/watch?v=RhV4hbIkYnN,
https://www.peekvids.com/watch?v=GNv3T30Mu68, https://www.peekvids.com/watch?v=8qkyfIHz0tD, https://www.peekvids.com/watch?v=uvmOaoCgyGc,
https://www.peekvids.com/watch?v=a9vGFEUQ79t, https://www.peekvids.com/watch?v=AQ2IKZmaIrA, https://www.peekvids.com/watch?v=LXimKDg1r2b,
https://www.peekvids.com/watch?v=VGvkGOVELQG, https://www.peekvids.com/watch?v=7eI6l_WaDUQ, https://www.peekvids.com/watch?v=aBFV21rdHWZ,
https://www.peekvids.com/watch?v=hf0EPLL9QPM, https://www.peekvids.com/watch?v=6z6BffQeunQ, https://www.peekvids.com/watch?v=C8fatDvpXDu,
https://www.peekvids.com/watch?v=Xs2-TsCA8_N, https://www.peekvids.com/watch?v=DZ_2Wau4wy5, https://www.peekvids.com/watch?v=B2PyileM0Wj,
https://www.peekvids.com/watch?v=vuEh-oEbVbA, https://www.peekvids.com/watch?v=muVGqwSpj36, https://www.peekvids.com/watch?v=510J3M2RH4a,
https://www.peekvids.com/watch?v=G0dR5BoEcji, https://www.peekvids.com/watch?v=vIF9o73tKZV, https://www.peekvids.com/watch?v=dL8Qj33UzIh,
https://www.peekvids.com/watch?v=od8_w7EKGvG, https://www.peekvids.com/watch?v=Oo-JPhSnKWx, https://www.peekvids.com/watch?v=M4koYwTh-On,
https://www.peekvids.com/watch?v=LBS4ncGFidJ, https://www.peekvids.com/watch?v=f0cpifDBO3L, https://www.peekvids.com/watch?v=JF6Jm3eew7x,
https://www.peekvids.com/watch?v=JBMPcXte-Vc, https://www.peekvids.com/watch?v=3w193AAfpsL, https://www.peekvids.com/watch?v=y9pgU33Z9mZ,
https://www.peekvids.com/watch?v=qrN1CgVC4fd, https://www.peekvids.com/watch?v=D9EvsHsTNRX, https://www.peekvids.com/watch?v=Umq2fC5zXW5,
https://www.peekvids.com/watch?v=c5XGffa4yEw
5.f. Date of third notice: 2015-11-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lazlazer
5.b. Uploader's email address: bestmeessy@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lazlazer
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=qGUZzTthC7Z, https://www.peekvids.com/watch?v=4zRogRt2IqE,
https://www.peekvids.com/watch?v=N0Ywm1X-WkH, https://www.peekvids.com/watch?v=oQRDajdrgLZ, https://www.peekvids.com/watch?v=w9Zv37QVhQp,
https://www.peekvids.com/watch?v=Zl5JM3PpI4v, https://www.peekvids.com/watch?v=VhqvUi_9Q2t, https://www.peekvids.com/watch?v=cBDk6qufk6P,
https://www.peekvids.com/watch?v=hPNHHzWnYV6, https://www.peekvids.com/watch?v=ZKPSgOg2KkH, https://www.peekvids.com/watch?v=0A87Mn9UkbL,
https://www.peekvids.com/watch?v=UhsneUKlPGv, https://www.peekvids.com/watch?v=pv2dNXqz9_Z, https://www.peekvids.com/watch?v=4VLJm1WZ9T4,
https://www.peekvids.com/watch?v=Xe5fbM2RScg, https://www.peekvids.com/watch?v=c18d0fCLE-t, https://www.peekvids.com/watch?v=RwWUJKrHzeK,
https://www.peekvids.com/watch?v=txEG7yaktAa, https://www.peekvids.com/watch?v=vjxSAn4DVkZ, https://www.peekvids.com/watch?v=L3y6Zj187WS,
https://www.peekvids.com/watch?v=wJ9mVmOU3Sq, https://www.peekvids.com/watch?v=KEuzIEsWqEZ, https://www.peekvids.com/watch?v=X5N5Z-ajGJA,
https://www.peekvids.com/watch?v=CsSq25Qh9n8, https://www.peekvids.com/watch?v=PJrocND1aMT, https://www.peekvids.com/watch?v=vsJtF9N0oxp,
https://www.peekvids.com/watch?v=EpdppwyJmGR, https://www.peekvids.com/watch?v=vGJK9RowrSE, https://www.peekvids.com/watch?v=MMtLZLBbPyV,
https://www.peekvids.com/watch?v=NPjTfpEjhDQ, https://www.peekvids.com/watch?v=H6D_vk2FmvQ, https://www.peekvids.com/watch?v=Qvn1injio5r,
https://www.peekvids.com/watch?v=o8CSNDAkbsI, https://www.peekvids.com/watch?v=WsnuKYf2DFt, https://www.peekvids.com/watch?v=t9TvGGiac7g,
https://www.peekvids.com/watch?v=TP1kHh6FCjM, https://www.peekvids.com/watch?v=4I3vd1dreC6, https://www.peekvids.com/watch?v=6E8hZnLaLs5,
https://www.peekvids.com/watch?v=o73fMmXkpDT, https://www.peekvids.com/watch?v=Wmv1OtKHxei, https://www.peekvids.com/watch?v=W6FyIFOORCS,
https://www.peekvids.com/watch?v=QdbOWDPvHML, https://www.peekvids.com/watch?v=jwYrq4lNgoh, https://www.peekvids.com/watch?v=dBL-w2aAlkV,
https://www.peekvids.com/watch?v=JiWR3cb28Qx, https://www.peekvids.com/watch?v=44_cWneoyWl, https://www.peekvids.com/watch?v=NGT7IIgiyAg,
https://www.peekvids.com/watch?v=pHZI3OzRq0c, https://www.peekvids.com/watch?v=dLZvD57O3oA, https://www.peekvids.com/watch?v=Em034wiiTFr,
https://www.peekvids.com/watch?v=PzMgogV1afD, https://www.peekvids.com/watch?v=8-EJgxRvpPh, https://www.peekvids.com/watch?v=F3EP1gTmxRu,
https://www.peekvids.com/watch?v=3j_kZ6K_RYi, https://www.peekvids.com/watch?v=QKzvyc1v81C, https://www.peekvids.com/watch?v=uT56oMz-njT,
https://www.peekvids.com/watch?v=r0np-mppCAo, https://www.peekvids.com/watch?v=DINkcoudwA6, https://www.peekvids.com/watch?v=LmVaE0qu2os,
https://www.peekvids.com/watch?v=8nekolH-5pG, https://www.peekvids.com/watch?v=taM2GeCxMbW, https://www.peekvids.com/watch?v=a98aLXguX5w,
https://www.peekvids.com/watch?v=Yg3Uj8cL7zU, https://www.peekvids.com/watch?v=j3FYqC7Y49N, https://www.peekvids.com/watch?v=gyqJF8BAMlA,
https://www.peekvids.com/watch?v=tOa4j-LdWUY, https://www.peekvids.com/watch?v=eGcLA26JJKw, https://www.peekvids.com/watch?v=UAuhW_ow8I0,
https://www.peekvids.com/watch?v=lA75G_fYJoD, https://www.peekvids.com/watch?v=kwxtBkWczHD, https://www.peekvids.com/watch?v=Hc6uURIOsfR,
https://www.peekvids.com/watch?v=yXkAjBA9TxP, https://www.peekvids.com/watch?v=mDwA-YKGTTg, https://www.peekvids.com/watch?v=rBzHEVwREk9,
https://www.peekvids.com/watch?v=AGKZcD44I4y, https://www.peekvids.com/watch?v=KCqBjYtio6Z, https://www.peekvids.com/watch?v=GvhVu_slBX8,
https://www.peekvids.com/watch?v=O-SjUw1lNBg, https://www.peekvids.com/watch?v=o4qfG7zfZGY, https://www.peekvids.com/watch?v=FWj7JMCsKV9,
https://www.peekvids.com/watch?v=IO0k75mpiCC, https://www.peekvids.com/watch?v=XfOstb6d7q6, https://www.peekvids.com/watch?v=ftuaV6WyqiR,
https://www.peekvids.com/watch?v=UszeQiqixlx, https://www.peekvids.com/watch?v=diFVSB8kGDL, https://www.peekvids.com/watch?v=lkv32lje2iW,
https://www.peekvids.com/watch?v=Nb8K9scsHyw, https://www.peekvids.com/watch?v=tG1PRYU9kC6, https://www.peekvids.com/watch?v=DiWeCenGHNr,
https://www.peekvids.com/watch?v=eOCaAt0Boab, https://www.peekvids.com/watch?v=8eU2htxCA7x
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lebadgel
5.b. Uploader's email address: lebadgyellow@dmx.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lebadgel
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=LfrLe2VZd33, https://www.peekvids.com/watch?v=9ihg3g8N7kz,
https://www.peekvids.com/watch?v=zBlEwerDfRB, https://www.peekvids.com/watch?v=wQD632pGQy5, https://www.peekvids.com/watch?v=YS5eFLRxeMn,
https://www.peekvids.com/watch?v=NkeQDD8kee4, https://www.peekvids.com/watch?v=jqokZznctEO, https://www.peekvids.com/watch?v=04umuwKin5c,
https://www.peekvids.com/watch?v=25F7i2yxppU, https://www.peekvids.com/watch?v=djQFDc94kTL, https://www.peekvids.com/watch?v=seE4fiDtslG,
https://www.peekvids.com/watch?v=8y2tWOq6FfS, https://www.peekvids.com/watch?v=xQpcmGFLAcH, https://www.peekvids.com/watch?v=7Sgd97aX4fW,
https://www.peekvids.com/watch?v=eyEB2NblxP-, https://www.peekvids.com/watch?v=VuBb5BYKN-G, https://www.peekvids.com/watch?v=BaRMtiybN-y,
https://www.peekvids.com/watch?v=5JRJWS8QlQJ, https://www.peekvids.com/watch?v=FgBjx0l9asn, https://www.peekvids.com/watch?v=2VGXoUC-rEq,
https://www.peekvids.com/watch?v=gokVAt8KOOq, https://www.peekvids.com/watch?v=26YRQnPHPrJ, https://www.peekvids.com/watch?v=FsrcBsLR3cO,
https://www.peekvids.com/watch?v=yGX4IociP3u, https://www.peekvids.com/watch?v=J0-0Nm5v9ra, https://www.peekvids.com/watch?v=Xa85SqbvTmT,
https://www.peekvids.com/watch?v=X9WgV8PzPQy, https://www.peekvids.com/watch?v=wUn2QxDfXFU, https://www.peekvids.com/watch?v=UvPA4vRCS7B,
https://www.peekvids.com/watch?v=OsVrg3zSEPJ, https://www.peekvids.com/watch?v=zR3IocW5Fon, https://www.peekvids.com/watch?v=htMCtbtRovK,
https://www.peekvids.com/watch?v=5-y8pkyEtmo, https://www.peekvids.com/watch?v=rPJebrthYvV, https://www.peekvids.com/watch?v=f3VdVr5QQeN,
https://www.peekvids.com/watch?v=p68kpSKwPac, https://www.peekvids.com/watch?v=ZWRrf56htlN, https://www.peekvids.com/watch?v=pKd5sbFrabB,
https://www.peekvids.com/watch?v=xioGjmip-nD, https://www.peekvids.com/watch?v=qvmAZzVum9x, https://www.peekvids.com/watch?v=hKqqM8lirYF,
https://www.peekvids.com/watch?v=qhxuJSRYiF0, https://www.peekvids.com/watch?v=bpBeWCkH2rM, https://www.peekvids.com/watch?v=oO8wd5bHs5s,
https://www.peekvids.com/watch?v=70PinSeMtQe, https://www.peekvids.com/watch?v=E4SqvN78jn-, https://www.peekvids.com/watch?v=2UgIy-3DKck,
https://www.peekvids.com/watch?v=SY9gpCi2Utw, https://www.peekvids.com/watch?v=GAGVMlu0tmo, https://www.peekvids.com/watch?v=HKgvUQV8gJN,
https://www.peekvids.com/watch?v=i2BXrajYt5k, https://www.peekvids.com/watch?v=uQ5GJKIU0TB, https://www.peekvids.com/watch?v=3lK4n6gU74Z,
https://www.peekvids.com/watch?v=yyzj2KJ6-Xc, https://www.peekvids.com/watch?v=qF2XlolHww7, https://www.peekvids.com/watch?v=Byn3vPYRXBc,
https://www.peekvids.com/watch?v=npP47mj8hW7, https://www.peekvids.com/watch?v=OujQjYXv3qb, https://www.peekvids.com/watch?v=e3ZwszzxUuR,
https://www.peekvids.com/watch?v=Imiq68khEB6, https://www.peekvids.com/watch?v=ngzLa092f0q, https://www.peekvids.com/watch?v=fNrkpMqjgVR,
https://www.peekvids.com/watch?v=-LMbqNbOcBP, https://www.peekvids.com/watch?v=pRMhXykOicG, https://www.peekvids.com/watch?v=jjQqLXsNFGa,
https://www.peekvids.com/watch?v=2klDHHCnfUz, https://www.peekvids.com/watch?v=mtCPGvkP8V9, https://www.peekvids.com/watch?v=WDPjuqb9G6Z,
https://www.peekvids.com/watch?v=ENIF78sTSgK, https://www.peekvids.com/watch?v=oidgbdIcdll, https://www.peekvids.com/watch?v=MzM2WGi3Skw,
https://www.peekvids.com/watch?v=CLu28HSmOWj, https://www.peekvids.com/watch?v=m0F4KFVAdn7, https://www.peekvids.com/watch?v=jyECPx0fyYw,
https://www.peekvids.com/watch?v=lTi4qYkBbfy, https://www.peekvids.com/watch?v=5tFslhlX4WF, https://www.peekvids.com/watch?v=WxSsMeF7B5S,
https://www.peekvids.com/watch?v=DzWZhbdWVy4, https://www.peekvids.com/watch?v=9kjLzzI04Zx, https://www.peekvids.com/watch?v=yO8cCuYE9sw,
https://www.peekvids.com/watch?v=wU--5hh9J7Q, https://www.peekvids.com/watch?v=f8u2sZpPQse, https://www.peekvids.com/watch?v=xbs0q-DgMfV,
https://www.peekvids.com/watch?v=4W7lSP2ERrC, https://www.peekvids.com/watch?v=IqbiCBVlJYZ, https://www.peekvids.com/watch?v=OFrPhATbRYE,
https://www.peekvids.com/watch?v=AVt5tqugsgh, https://www.peekvids.com/watch?v=GV89LA6nbic, https://www.peekvids.com/watch?v=lBgEcrKOMTv,
https://www.peekvids.com/watch?v=JHrfyzmZdgY, https://www.peekvids.com/watch?v=Mx0rSRieGh4, https://www.peekvids.com/watch?v=dndx2fDAxWy,
https://www.peekvids.com/watch?v=4L80-u4s5Om, https://www.peekvids.com/watch?v=It-7-NT2FGV, https://www.peekvids.com/watch?v=v9eC8FWkuvi,
https://www.peekvids.com/watch?v=AMCOrRQArli, https://www.peekvids.com/watch?v=wqOK5ehBZ59, https://www.peekvids.com/watch?v=Y9rdkFC4J77,
https://www.peekvids.com/watch?v=OSAIQpQTSh9, https://www.peekvids.com/watch?v=USW0gbfOSdK, https://www.peekvids.com/watch?v=akhyZ9EEbxT,
https://www.peekvids.com/watch?v=5XwPc3tI7dj, https://www.peekvids.com/watch?v=H2zKMFNKxNR, https://www.peekvids.com/watch?v=nJrQLlCN6IX,
https://www.peekvids.com/watch?v=v4EAJZQF08N, https://www.peekvids.com/watch?v=xIkMshXsYHY, https://www.peekvids.com/watch?v=gMEy4ADKtnH,
https://www.peekvids.com/watch?v=8v0bA4gmUGE, https://www.peekvids.com/watch?v=74FPMY5mpDs, https://www.peekvids.com/watch?v=skD6dFGmSwN,
https://www.peekvids.com/watch?v=iKZrQNGrga6, https://www.peekvids.com/watch?v=Qi9jcIlQRN3, https://www.peekvids.com/watch?v=dBx0ARtSCCe,
https://www.peekvids.com/watch?v=cfrq7JLyT8D, https://www.peekvids.com/watch?v=eVPd9RV9-mH, https://www.peekvids.com/watch?v=Fm-xY4eiIrl,
https://www.peekvids.com/watch?v=qYXzIjkzwPO, https://www.peekvids.com/watch?v=3Vsvnb7KjQL, https://www.peekvids.com/watch?v=W0f6UIop8a0,
https://www.peekvids.com/watch?v=mXd4WEaimdh, https://www.peekvids.com/watch?v=GnqcTB2SgNw, https://www.peekvids.com/watch?v=ih5S2maGOs4,
https://www.peekvids.com/watch?v=0OIec7ljEAL, https://www.peekvids.com/watch?v=X0bnzpYFmbr, https://www.peekvids.com/watch?v=y34gMLJkTrx,
https://www.peekvids.com/watch?v=MutVYUXEg2v, https://www.peekvids.com/watch?v=twf8Y6xc7WJ, https://www.peekvids.com/watch?v=ACtVR0vXufb,
https://www.peekvids.com/watch?v=Z0pGFNtXyC6, https://www.peekvids.com/watch?v=dYL40n63F5I, https://www.peekvids.com/watch?v=azz5uRA0e7r,
https://www.peekvids.com/watch?v=RfNJzpGUX5l, https://www.peekvids.com/watch?v=hu3T0tYlqcU, https://www.peekvids.com/watch?v=2GwfBrya9QW,
https://www.peekvids.com/watch?v=g-vbV3HY4ad, https://www.peekvids.com/watch?v=So9LQu6X3MG, https://www.peekvids.com/watch?v=HSC84wRrTfw,
https://www.peekvids.com/watch?v=EmyNVLFXtAc, https://www.peekvids.com/watch?v=VmHkGAfsqVM, https://www.peekvids.com/watch?v=Ehnsu9Dzuoh,
https://www.peekvids.com/watch?v=akwrskqnEfr, https://www.peekvids.com/watch?v=m3fYSH5P2qy, https://www.peekvids.com/watch?v=MwkfVY3W5Np,
https://www.peekvids.com/watch?v=fMyASlPBzm4, https://www.peekvids.com/watch?v=LpckOfoUvI6, https://www.peekvids.com/watch?v=e3NgLQwhzYP,
https://www.peekvids.com/watch?v=qyu-RxrLcm2, https://www.peekvids.com/watch?v=hlIcovgoyHF, https://www.peekvids.com/watch?v=PAGRVCmZzDf,
https://www.peekvids.com/watch?v=vnZa-mq6wwx, https://www.peekvids.com/watch?v=0WwDtzhPGxF, https://www.peekvids.com/watch?v=f4lyYHD4UeP,
https://www.peekvids.com/watch?v=B2WaRA058cS, https://www.peekvids.com/watch?v=ROBfPLJTP-6, https://www.peekvids.com/watch?v=rREsmiM8hbS,
https://www.peekvids.com/watch?v=AAJJAoD73JT, https://www.peekvids.com/watch?v=fjbuFCLyL5L, https://www.peekvids.com/watch?v=u-ufCFQxBIC,
https://www.peekvids.com/watch?v=tQ6N585IX73, https://www.peekvids.com/watch?v=XhHuexZTbOp, https://www.peekvids.com/watch?v=p0fcZuk6nqd,
https://www.peekvids.com/watch?v=drhYA7W7AJN, https://www.peekvids.com/watch?v=j0YU3IzPAKe, https://www.peekvids.com/watch?v=fvqQ8gXTOrd,
https://www.peekvids.com/watch?v=sfW2wNpI2h2, https://www.peekvids.com/watch?v=Uv4hpqgxtcC, https://www.peekvids.com/watch?v=dDpa5OvjOhw,
https://www.peekvids.com/watch?v=7qOYUQpeqd7, https://www.peekvids.com/watch?v=27cyzMdihU6, https://www.peekvids.com/watch?v=Pl4SmY0HLv-,
https://www.peekvids.com/watch?v=Gsv3CyXf430, https://www.peekvids.com/watch?v=JmlWaDLqtSF, https://www.peekvids.com/watch?v=9Pd3EVJuvnp,
https://www.peekvids.com/watch?v=IoNoMTKmHBO, https://www.peekvids.com/watch?v=mu3UP4ZcHh0, https://www.peekvids.com/watch?v=dC2sYzeNJx7,
https://www.peekvids.com/watch?v=klv7x-0Fll2, https://www.peekvids.com/watch?v=iEMHzWQDCvE, https://www.peekvids.com/watch?v=DGilD8Ky6Wx,
https://www.peekvids.com/watch?v=3H3G-rPXSOB, https://www.peekvids.com/watch?v=AzPzzLaLmP8, https://www.peekvids.com/watch?v=TY2OzCiKfid,
https://www.peekvids.com/watch?v=zNsVSrsrksL, https://www.peekvids.com/watch?v=ewbFCHnVtSy, https://www.peekvids.com/watch?v=7pVXPe6bk6E,
https://www.peekvids.com/watch?v=hZqr7pWzFeY, https://www.peekvids.com/watch?v=9eUxMxT2TlG, https://www.peekvids.com/watch?v=lzAhaXn95h8,
https://www.peekvids.com/watch?v=lu0BlVXYJa7, https://www.peekvids.com/watch?v=2KdVGSNMu8S, https://www.peekvids.com/watch?v=ztB0XekxRgC,
https://www.peekvids.com/watch?v=hHkxcUuJsA2, https://www.peekvids.com/watch?v=GNZHpsSlzcN, https://www.peekvids.com/watch?v=J3rB7Mt9c-w,

https://www.peekvids.com/watch?v=m74GSlLEU9J, https://www.peekvids.com/watch?v=XdMcYCb0HRf, https://www.peekvids.com/watch?v=3s2J7FxHAv-,
https://www.peekvids.com/watch?v=9rJMyvlRQjS, https://www.peekvids.com/watch?v=rpbDOehmDI3, https://www.peekvids.com/watch?v=KQodf8X45FT,
https://www.peekvids.com/watch?v=LHvT8TEF70a, https://www.peekvids.com/watch?v=6eqmEJBO7ew, https://www.peekvids.com/watch?v=jy4lknyzFBN,
https://www.peekvids.com/watch?v=2Uve0bBQ34J, https://www.peekvids.com/watch?v=AOT6QRhFLel, https://www.peekvids.com/watch?v=5sYOusUs--T,
https://www.peekvids.com/watch?v=TeYVMZFOWnv, https://www.peekvids.com/watch?v=KfNgwGLRGmP, https://www.peekvids.com/watch?v=V4Odhns6uxK,
https://www.peekvids.com/watch?v=VgDnCkU7SI3, https://www.peekvids.com/watch?v=UBsddKsp9og, https://www.peekvids.com/watch?v=qbTHSHrIWxc,
https://www.peekvids.com/watch?v=v3t-HggQTOK, https://www.peekvids.com/watch?v=qiEvdhBZIhW, https://www.peekvids.com/watch?v=xXkVLD-sHI-,
https://www.peekvids.com/watch?v=8pIroPf2nez, https://www.peekvids.com/watch?v=gvrYBCOktjl, https://www.peekvids.com/watch?v=B-4ioVfes5N,
https://www.peekvids.com/watch?v=GXU5bBwBO2C, https://www.peekvids.com/watch?v=pZ0OhF5TV7R, https://www.peekvids.com/watch?v=JmIwzJkbhn7,
https://www.peekvids.com/watch?v=xciZ8aVhbuq, https://www.peekvids.com/watch?v=aWbkfhRPrTw, https://www.peekvids.com/watch?v=GUyQRbAXcb4,
https://www.peekvids.com/watch?v=9G7Un9Ddkew, https://www.peekvids.com/watch?v=t4B3dEyCPaS, https://www.peekvids.com/watch?v=CBKMeIuZ8he,
https://www.peekvids.com/watch?v=lUoAQMKbacf, https://www.peekvids.com/watch?v=br3oFmQ2rXy, https://www.peekvids.com/watch?v=66uzULRjebI,
https://www.peekvids.com/watch?v=YFQJhTge6Od, https://www.peekvids.com/watch?v=lpx-jy56VKK, https://www.peekvids.com/watch?v=Bnw0KTni46-,
https://www.peekvids.com/watch?v=mMKDpo2lkX5, https://www.peekvids.com/watch?v=r4bco7iMyYp, https://www.peekvids.com/watch?v=5-Kv2lA6iOq,
https://www.peekvids.com/watch?v=LcBZBs-00Nb, https://www.peekvids.com/watch?v=gvOb93UvGxx, https://www.peekvids.com/watch?v=cGwE5tCS3xO,
https://www.peekvids.com/watch?v=YeNHa6men4E, https://www.peekvids.com/watch?v=HBYjiMswBJI, https://www.peekvids.com/watch?v=WHzzicqt4Pq,
https://www.peekvids.com/watch?v=jGyBbkfnIIG, https://www.peekvids.com/watch?v=Zup-CgipLGN, https://www.peekvids.com/watch?v=bO5PGXk2VFF,
https://www.peekvids.com/watch?v=4BdAlMvGdfd, https://www.peekvids.com/watch?v=G7QqUfdioZ4, https://www.peekvids.com/watch?v=pJibQFv9C5T,
https://www.peekvids.com/watch?v=Tk7Mr9BJKNb, https://www.peekvids.com/watch?v=FNTRKpuxj-M, https://www.peekvids.com/watch?v=7AKLwYv7hbS,
https://www.peekvids.com/watch?v=PYlEdaDgolG, https://www.peekvids.com/watch?v=JRVduMBdKd-, https://www.peekvids.com/watch?v=h3elUWs2YaU,
https://www.peekvids.com/watch?v=PoPUCf-p-G3, https://www.peekvids.com/watch?v=xlzTUyyCnLL, https://www.peekvids.com/watch?v=WECwnFzCBGW,
https://www.peekvids.com/watch?v=Gpli-sSiSdV, https://www.peekvids.com/watch?v=RymMD67lsTb, https://www.peekvids.com/watch?v=FQthvGyouXo,
https://www.peekvids.com/watch?v=--bq9NTmSFi, https://www.peekvids.com/watch?v=OaDJFSjWIE2, https://www.peekvids.com/watch?v=fbf-xFHxKCO,
https://www.peekvids.com/watch?v=XBiHZR9TtJi, https://www.peekvids.com/watch?v=8BgcHVwzkW8, https://www.peekvids.com/watch?v=ZDLmTdfZfa4,
https://www.peekvids.com/watch?v=6IOsrobrhKP, https://www.peekvids.com/watch?v=LFC84PwGczz, https://www.peekvids.com/watch?v=Ee4r0NcaByD,
https://www.peekvids.com/watch?v=QLNnccJWe3C, https://www.peekvids.com/watch?v=a9gPCL2W403, https://www.peekvids.com/watch?v=y7yCxoSymF3,
https://www.peekvids.com/watch?v=Fubw-qRxCRA, https://www.peekvids.com/watch?v=bcSp3sc8kiT, https://www.peekvids.com/watch?v=jHnRyWB06gh,
https://www.peekvids.com/watch?v=kDiREt5tUkP, https://www.peekvids.com/watch?v=bzncjyDKULN, https://www.peekvids.com/watch?v=URwgwZjTK9y,
https://www.peekvids.com/watch?v=6sIcwHaFKjy, https://www.peekvids.com/watch?v=qW5v6tAl3oo, https://www.peekvids.com/watch?v=l4MCLmX8JIN,
https://www.peekvids.com/watch?v=9OLFi7LvRok, https://www.peekvids.com/watch?v=28VgqgXIQOk, https://www.peekvids.com/watch?v=fDhVSoGchTX,
https://www.peekvids.com/watch?v=jXACqu62tOB, https://www.peekvids.com/watch?v=rwH4GyE4l5A, https://www.peekvids.com/watch?v=qgkAzxuyi6C,
https://www.peekvids.com/watch?v=HYQruC7mIFs, https://www.peekvids.com/watch?v=hUydCm04B6N, https://www.peekvids.com/watch?v=NZCsUOy9ht2,
https://www.peekvids.com/watch?v=JknAvp8uezk, https://www.peekvids.com/watch?v=BeDmdfqYB8p
5.f. Date of third notice: 2015-05-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: letmeesee
5.b. Uploader's email address: kmeysharm@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=letmeesee
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=IAjokeG0yfu, https://www.peekvids.com/watch?v=XCxWpT5tsYz,
https://www.peekvids.com/watch?v=nC10Rg6XZin, https://www.peekvids.com/watch?v=fsM9jOaqXW9, https://www.peekvids.com/watch?v=X2jQMIVoPEv,
https://www.peekvids.com/watch?v=M_AVFx60RZQ, https://www.peekvids.com/watch?v=7PPzorrnqXy, https://www.peekvids.com/watch?v=X5ild7RugsL,
https://www.peekvids.com/watch?v=dG6Um-a-8s5, https://www.peekvids.com/watch?v=JhC1MSaMECc, https://www.peekvids.com/watch?v=bc5pG13806Y,
https://www.peekvids.com/watch?v=co3_lPN9vAe, https://www.peekvids.com/watch?v=XKuc4qd-dQB, https://www.peekvids.com/watch?v=zcPc8oVg3Mv,
https://www.peekvids.com/watch?v=oSABrQNWzXC, https://www.peekvids.com/watch?v=fLKHOxcQebE, https://www.peekvids.com/watch?v=dRjAppZENTf,
https://www.peekvids.com/watch?v=clffiKC2Abe, https://www.peekvids.com/watch?v=MRPIYxdzetU, https://www.peekvids.com/watch?v=vYsvdcMGg8T,
https://www.peekvids.com/watch?v=7Gumuuw60yx, https://www.peekvids.com/watch?v=ks3NukKSMiy, https://www.peekvids.com/watch?v=bXAsmxnOJUt,
https://www.peekvids.com/watch?v=xdW3i2RfQMk, https://www.peekvids.com/watch?v=CHt9ykVV-sJ, https://www.peekvids.com/watch?v=NC5rSCGE-Zz,
https://www.peekvids.com/watch?v=YGf5cbdnEDw, https://www.peekvids.com/watch?v=xGm-7fCG0oC, https://www.peekvids.com/watch?v=R0rdIvjTWYt,
https://www.peekvids.com/watch?v=CrIXrB1Z9Ea, https://www.peekvids.com/watch?v=hOFazU60GJk, https://www.peekvids.com/watch?v=tcgSDOMvZB4,
https://www.peekvids.com/watch?v=wuuqNMjSvMH, https://www.peekvids.com/watch?v=uzB1RcOzbZ6, https://www.peekvids.com/watch?v=FHbWLcuSL8r,
https://www.peekvids.com/watch?v=aNePEwtsgcn, https://www.peekvids.com/watch?v=UKglkNrLKQJ, https://www.peekvids.com/watch?v=SlrUKm5HKL9,
https://www.peekvids.com/watch?v=sKO9Mw9ZDUN, https://www.peekvids.com/watch?v=32yypn8r9jO, https://www.peekvids.com/watch?v=QlKisExu_vy,
https://www.peekvids.com/watch?v=FlSxRUJWOon, https://www.peekvids.com/watch?v=blc9Ysemyru, https://www.peekvids.com/watch?v=4y0yEbpz1uE,
https://www.peekvids.com/watch?v=n8dCuAduoM9, https://www.peekvids.com/watch?v=bcHbBZLmJvS, https://www.peekvids.com/watch?v=wTLL8ToFKxY,
https://www.peekvids.com/watch?v=eMvlJRyVV-z, https://www.peekvids.com/watch?v=Vpr-ZPTS7SL, https://www.peekvids.com/watch?v=G8kA6yCJ80H,
https://www.peekvids.com/watch?v=3_JUQiiiliS, https://www.peekvids.com/watch?v=M9lSt5jRnRg, https://www.peekvids.com/watch?v=uhAtB2HKk9U,
https://www.peekvids.com/watch?v=BRri4x1lsU5, https://www.peekvids.com/watch?v=U3os1-spO60, https://www.peekvids.com/watch?v=iv3b4Df4gCN,
https://www.peekvids.com/watch?v=TUCsR0UqXhQ, https://www.peekvids.com/watch?v=FDc9CYeGu-J, https://www.peekvids.com/watch?v=zdxfL5mdS6b,
https://www.peekvids.com/watch?v=tDPd2ATJsiK, https://www.peekvids.com/watch?v=Ki0V2cqsijh, https://www.peekvids.com/watch?v=bIml3Tkx_MQ,
https://www.peekvids.com/watch?v=b5voPdY-8qO, https://www.peekvids.com/watch?v=iLG-vmXyQzZ, https://www.peekvids.com/watch?v=K2KY2pAUg-o,
https://www.peekvids.com/watch?v=hoshsVAWOqf, https://www.peekvids.com/watch?v=UOFRDmmJLOm, https://www.peekvids.com/watch?v=MhAn-FhEQBU,
https://www.peekvids.com/watch?v=YZlTBcweil9, https://www.peekvids.com/watch?v=ZWH-y7R4lka, https://www.peekvids.com/watch?v=FgkE5rd0wHo,
https://www.peekvids.com/watch?v=2p-9i0czhKv, https://www.peekvids.com/watch?v=jIJQr1BExuW, https://www.peekvids.com/watch?v=II5QE2LmGbm,
https://www.peekvids.com/watch?v=SagbWFs_I8Q, https://www.peekvids.com/watch?v=4EkuvN_eT8F, https://www.peekvids.com/watch?v=DqkFW3LPzUF,
https://www.peekvids.com/watch?v=Uwtwb4217JC, https://www.peekvids.com/watch?v=yDOkPHxAIWr, https://www.peekvids.com/watch?v=Qbj7OTCrR8T,
https://www.peekvids.com/watch?v=C8zDWs2N6QI, https://www.peekvids.com/watch?v=DW9oP1h6LJD, https://www.peekvids.com/watch?v=zWbigfTWYxq,
https://www.peekvids.com/watch?v=ZdXCaTNFbrl, https://www.peekvids.com/watch?v=3TsuoDopQKi, https://www.peekvids.com/watch?v=9ZOHtPSrT3h,
https://www.peekvids.com/watch?v=D4BwtBvL2AU, https://www.peekvids.com/watch?v=2Ywcajze0pg, https://www.peekvids.com/watch?v=G4_Dy559QGb,
https://www.peekvids.com/watch?v=t2Cnl9nMIps, https://www.peekvids.com/watch?v=DGFw2ggjQp5, https://www.peekvids.com/watch?v=2bfKf_skkMH,
https://www.peekvids.com/watch?v=rCOzrpJUOnh, https://www.peekvids.com/watch?v=Z08Qqy9lXzi, https://www.peekvids.com/watch?v=REg7roKt4y2,
https://www.peekvids.com/watch?v=xFkH23D22On, https://www.peekvids.com/watch?v=KvHpdxxHTlJ, https://www.peekvids.com/watch?v=ZZ-NMmfbpwJ,
https://www.peekvids.com/watch?v=jTpa7mjEHJ9, https://www.peekvids.com/watch?v=2_XPs5K0dXE, https://www.peekvids.com/watch?v=AL9MDBmdGVb,
https://www.peekvids.com/watch?v=mUojsxzFM8t, https://www.peekvids.com/watch?v=RvEoDpzmqkN, https://www.peekvids.com/watch?v=iNpZL_e5yiU,
https://www.peekvids.com/watch?v=ZLXgklld5WO, https://www.peekvids.com/watch?v=xQOt49O9qFG, https://www.peekvids.com/watch?v=CIpu4IZhZyg,
https://www.peekvids.com/watch?v=NCNguFfs-LB, https://www.peekvids.com/watch?v=snoFaiibp2y, https://www.peekvids.com/watch?v=0sy3_0ZNKyO,
https://www.peekvids.com/watch?v=TZwJAWGlzHh, https://www.peekvids.com/watch?v=aT-FfUWORiF, https://www.peekvids.com/watch?v=Zl7TpAHL7ub,
https://www.peekvids.com/watch?v=pKtKropuIV9, https://www.peekvids.com/watch?v=m2sDYU9aQaU, https://www.peekvids.com/watch?v=z0q5OrknSHU,
https://www.peekvids.com/watch?v=xUQyxmXmcqG, https://www.peekvids.com/watch?v=lLlbUtbR7f8, https://www.peekvids.com/watch?v=x52EHrfWaqR,
https://www.peekvids.com/watch?v=3Ew9BW6tx8K, https://www.peekvids.com/watch?v=Z513_0Ahula, https://www.peekvids.com/watch?v=DyGjWbMeYWm,
https://www.peekvids.com/watch?v=oWJDEiT5bmV, https://www.peekvids.com/watch?v=UmZRn_Yt85Y, https://www.peekvids.com/watch?v=P-USyVCQJk2,
https://www.peekvids.com/watch?v=do7ZljB04gM, https://www.peekvids.com/watch?v=gZ5leoAJUZd, https://www.peekvids.com/watch?v=g83aZZ1enL6,
https://www.peekvids.com/watch?v=I9_cmVtVI72, https://www.peekvids.com/watch?v=LDvjJe4CDxJ, https://www.peekvids.com/watch?v=F-y5MVu3e1A,
https://www.peekvids.com/watch?v=Fy7ljMqTovA, https://www.peekvids.com/watch?v=wF0BAaXdAdQ, https://www.peekvids.com/watch?v=RE7UVzRkf-9,
https://www.peekvids.com/watch?v=51SyGoA33pZ, https://www.peekvids.com/watch?v=3EZ-LBuhrTv, https://www.peekvids.com/watch?v=JMewYZIaMj7,
https://www.peekvids.com/watch?v=w9379-3OUHG, https://www.peekvids.com/watch?v=DDQNVzUDmdx, https://www.peekvids.com/watch?v=iG_yxAcLWU9,
https://www.peekvids.com/watch?v=useI9jI4Se7, https://www.peekvids.com/watch?v=JDS67wkVvx7, https://www.peekvids.com/watch?v=GFiUN_aTf9n,
https://www.peekvids.com/watch?v=j3yXatG5JMJ, https://www.peekvids.com/watch?v=YRQkEApj3Y6, https://www.peekvids.com/watch?v=zZzjqUtrAfS,
https://www.peekvids.com/watch?v=VBONuTGb28u, https://www.peekvids.com/watch?v=FdPDwIF9uAn, https://www.peekvids.com/watch?v=Eum3ipiRpYb,
https://www.peekvids.com/watch?v=MYAFjXV3BGn, https://www.peekvids.com/watch?v=UZUYLG2M8ZS, https://www.peekvids.com/watch?v=MQuxc2kJl4e,
https://www.peekvids.com/watch?v=W_dgkYoXfSu, https://www.peekvids.com/watch?v=PGiK5UKQIkD, https://www.peekvids.com/watch?v=2KXQDfQp8ra,
https://www.peekvids.com/watch?v=cqW2REgoqPD, https://www.peekvids.com/watch?v=WJ6pEVNq2My, https://www.peekvids.com/watch?v=SzB0Kng1SRb,
https://www.peekvids.com/watch?v=nl8g3-4OmzL, https://www.peekvids.com/watch?v=yIrUT1jh1iJ, https://www.peekvids.com/watch?v=BhrXvjaY5Xq,
https://www.peekvids.com/watch?v=600k7dmqORo, https://www.peekvids.com/watch?v=zynPaejxotp, https://www.peekvids.com/watch?v=h8-CBZjSsNL,
https://www.peekvids.com/watch?v=kJlsU8BVAWF, https://www.peekvids.com/watch?v=mgzY_JVYGJy, https://www.peekvids.com/watch?v=gJMSskXmTbb,
https://www.peekvids.com/watch?v=nWqvmPOjTel, https://www.peekvids.com/watch?v=RskmJEmxCGD, https://www.peekvids.com/watch?v=XUsWFkWNyBu,
https://www.peekvids.com/watch?v=TJs9aGpCQUV, https://www.peekvids.com/watch?v=e4JK9QbL4WG, https://www.peekvids.com/watch?v=jNd63FB5tgF,
https://www.peekvids.com/watch?v=NpgYe6K5RYr, https://www.peekvids.com/watch?v=eDA7F9ZzPbW, https://www.peekvids.com/watch?v=VqmVBBGEbAU,
https://www.peekvids.com/watch?v=R6XHRYAQ72g, https://www.peekvids.com/watch?v=pMkLIM19nDf, https://www.peekvids.com/watch?v=d5AYWm1PsPe,
https://www.peekvids.com/watch?v=ynjG3OtXVkA, https://www.peekvids.com/watch?v=VntyARTehes, https://www.peekvids.com/watch?v=pJ0KJWDqkmo,
https://www.peekvids.com/watch?v=TkNikP_XoeE, https://www.peekvids.com/watch?v=7O3VkuQeIeE, https://www.peekvids.com/watch?v=Lr_w6Kz89fr,
https://www.peekvids.com/watch?v=6LPV1QYQZ0M, https://www.peekvids.com/watch?v=HoR4sRl-pFw, https://www.peekvids.com/watch?v=rjCz31YNAOb,
https://www.peekvids.com/watch?v=I1yRUC_AnU9, https://www.peekvids.com/watch?v=TzelHv970Aw, https://www.peekvids.com/watch?v=w7jPjSh0QHc,
https://www.peekvids.com/watch?v=8E29Re_ihvl, https://www.peekvids.com/watch?v=ItlYrneLwFb, https://www.peekvids.com/watch?v=oGxTTmPgtmK,
https://www.peekvids.com/watch?v=vvqFnn9Ua1K, https://www.peekvids.com/watch?v=qvjgolGxiep, https://www.peekvids.com/watch?v=CSFycDyQoPL,
https://www.peekvids.com/watch?v=lPO_Y3uGogD, https://www.peekvids.com/watch?v=aVbpF5BRGAf, https://www.peekvids.com/watch?v=CeIYHPqqP9l,
https://www.peekvids.com/watch?v=NJNo_BrZKyY, https://www.peekvids.com/watch?v=Z31030nOncv, https://www.peekvids.com/watch?v=35CChqDuS3d,
https://www.peekvids.com/watch?v=u4fCeT2IJHu, https://www.peekvids.com/watch?v=jzUUESZoxvK, https://www.peekvids.com/watch?v=mmLXtH6CL30,
https://www.peekvids.com/watch?v=vMUqWnzmf7x, https://www.peekvids.com/watch?v=bumBamt4vAz, https://www.peekvids.com/watch?v=iqn9ZfLotSh,
https://www.peekvids.com/watch?v=4Br2s4pjGOT, https://www.peekvids.com/watch?v=qEQ01Ih6F-d, https://www.peekvids.com/watch?v=729OuPWE27S,
https://www.peekvids.com/watch?v=xk-3_OCKcBc, https://www.peekvids.com/watch?v=8KgzJP88Sm8, https://www.peekvids.com/watch?v=0tFhZ1Ivxur,
https://www.peekvids.com/watch?v=J2afWivq2X0, https://www.peekvids.com/watch?v=V6_WZBATqR0, https://www.peekvids.com/watch?v=MZfJIkVfkdf,
https://www.peekvids.com/watch?v=9SISryS6y0f, https://www.peekvids.com/watch?v=fs-vkFQSk0m, https://www.peekvids.com/watch?v=gEFDwKClYZz,
https://www.peekvids.com/watch?v=BlZNKHfYlH5, https://www.peekvids.com/watch?v=Mch2wOdCx9w, https://www.peekvids.com/watch?v=kuiz8yNZNG7,
https://www.peekvids.com/watch?v=a39QBMK40b6, https://www.peekvids.com/watch?v=iVXfxEMkzfI, https://www.peekvids.com/watch?v=F6w2NAnYApj,
https://www.peekvids.com/watch?v=XxHq8HCqfgb, https://www.peekvids.com/watch?v=XbJGP-blqB9, https://www.peekvids.com/watch?v=UVC7xOqNJvf,
https://www.peekvids.com/watch?v=NpIlAEHQLQ5, https://www.peekvids.com/watch?v=GBMjpaBa7hz, https://www.peekvids.com/watch?v=BYHIX4By7nk,
https://www.peekvids.com/watch?v=Kke-mjdtZPR, https://www.peekvids.com/watch?v=yg59cagRbNL, https://www.peekvids.com/watch?v=nysUQw5LfPP,
https://www.peekvids.com/watch?v=AOKsV7NyCgg, https://www.peekvids.com/watch?v=rsbqlVZFEfD, https://www.peekvids.com/watch?v=eerL5oUbxVo,
https://www.peekvids.com/watch?v=c4jdjhPMcRH, https://www.peekvids.com/watch?v=HQ_RM8GLJIp, https://www.peekvids.com/watch?v=6Q0ltwN0Mau,
https://www.peekvids.com/watch?v=tBcga2y42ZO, https://www.peekvids.com/watch?v=AZHWYRnzqPV, https://www.peekvids.com/watch?v=XRdneIBSQTV,
https://www.peekvids.com/watch?v=eZ_THr3igtV, https://www.peekvids.com/watch?v=g7YD7wyK08d, https://www.peekvids.com/watch?v=DS-IoKNak2o,
https://www.peekvids.com/watch?v=Tv0q6j_JoOl, https://www.peekvids.com/watch?v=iI3zsnBexwg, https://www.peekvids.com/watch?v=5jSYOBb7qgX,
https://www.peekvids.com/watch?v=tjKDLLqwZzR, https://www.peekvids.com/watch?v=n3kcTPF9r8Q, https://www.peekvids.com/watch?v=YhUhqdUR6bs,
https://www.peekvids.com/watch?v=MsTxvcazUN9, https://www.peekvids.com/watch?v=W4T3kv8Td73, https://www.peekvids.com/watch?v=mEXBH_SiDPI,
https://www.peekvids.com/watch?v=vIORz9thgOt, https://www.peekvids.com/watch?v=P4BqRTk9q7y, https://www.peekvids.com/watch?v=Scnd2JW544b,
https://www.peekvids.com/watch?v=aMTh9Wyu3fY, https://www.peekvids.com/watch?v=Godshsdd8iD, https://www.peekvids.com/watch?v=gvF5vJ3hLZ0,
https://www.peekvids.com/watch?v=A4RNKRXb2XY, https://www.peekvids.com/watch?v=hNi76VkPYpL, https://www.peekvids.com/watch?v=6izxJQnfujc,
https://www.peekvids.com/watch?v=y8yHCWk8ZOr, https://www.peekvids.com/watch?v=grLlkoXhFf4, https://www.peekvids.com/watch?v=9ek38jo0IWx,
https://www.peekvids.com/watch?v=4OKuxULw5qu, https://www.peekvids.com/watch?v=a1H5Pp2ZkjS, https://www.peekvids.com/watch?v=6kacPTkhUhj,
https://www.peekvids.com/watch?v=b7hQrcaMnqO, https://www.peekvids.com/watch?v=SfuzVwjufKX, https://www.peekvids.com/watch?v=GHD2-pXHjEB,
https://www.peekvids.com/watch?v=SyFEDlib5QJ, https://www.peekvids.com/watch?v=htUn0L7EkyZ, https://www.peekvids.com/watch?v=DDOUFtZphvU,
https://www.peekvids.com/watch?v=ZZgh__yVJEa, https://www.peekvids.com/watch?v=r7Ntd5CkeIm, https://www.peekvids.com/watch?v=sRQEQcYjqgR,
https://www.peekvids.com/watch?v=6d4L69IKfW7, https://www.peekvids.com/watch?v=0uojfK0YpKB, https://www.peekvids.com/watch?v=y5i0LOndfPz,
https://www.peekvids.com/watch?v=SXS53KSrYIH, https://www.peekvids.com/watch?v=qM1VULLQA_w, https://www.peekvids.com/watch?v=8C0_KFnFnXR,
https://www.peekvids.com/watch?v=lvMHtfgUz9J, https://www.peekvids.com/watch?v=wPQSQZ1NqF9, https://www.peekvids.com/watch?v=6d0atynKuf8,

https://www.peekvids.com/watch?v=l_G7cAiNO23, https://www.peekvids.com/watch?v=oq1RZI19X6W, https://www.peekvids.com/watch?v=8yyiWQO-2hh,
https://www.peekvids.com/watch?v=W42MN-UoiGe, https://www.peekvids.com/watch?v=6YJi00CaUpc, https://www.peekvids.com/watch?v=kckW9WIDewb,
https://www.peekvids.com/watch?v=YemYe3VnW8f, https://www.peekvids.com/watch?v=plDn-qPFrgq, https://www.peekvids.com/watch?v=4fVpvp4klLp,
https://www.peekvids.com/watch?v=x2lU_3jnnrK, https://www.peekvids.com/watch?v=WCZ4tc2T-_6, https://www.peekvids.com/watch?v=jV4mjeQVVoH,
https://www.peekvids.com/watch?v=iCIhOzJDOit, https://www.peekvids.com/watch?v=GNCDGezIx3K, https://www.peekvids.com/watch?v=i6uws4-yGmp,
https://www.peekvids.com/watch?v=0eVAWjAR8uM, https://www.peekvids.com/watch?v=mjn0e2_qDuI, https://www.peekvids.com/watch?v=rsz4fKPvwdQ,
https://www.peekvids.com/watch?v=t2w1-bz49pl, https://www.peekvids.com/watch?v=U-uYwNnX6ki, https://www.peekvids.com/watch?v=5hET3dr7EKj,
https://www.peekvids.com/watch?v=TChplYO-M_t, https://www.peekvids.com/watch?v=fsdfE4p4hOF, https://www.peekvids.com/watch?v=Omu8Lldv7KC,
https://www.peekvids.com/watch?v=gfoC0tWoKzI, https://www.peekvids.com/watch?v=HxXOmezK7TE, https://www.peekvids.com/watch?v=vuCM9YOE3r9,
https://www.peekvids.com/watch?v=qyebfOjhC1c, https://www.peekvids.com/watch?v=gbBuL07fHVw, https://www.peekvids.com/watch?v=HdC-ts2J00g,
https://www.peekvids.com/watch?v=JqGcaxocJRh, https://www.peekvids.com/watch?v=7mrxHLtyYMH, https://www.peekvids.com/watch?v=dwQeJeN1Ia2,
https://www.peekvids.com/watch?v=MVOnfP-9PFU, https://www.peekvids.com/watch?v=qLeGCwNoTan, https://www.peekvids.com/watch?v=Arv-2dQGSQf,
https://www.peekvids.com/watch?v=Xi_z2trvOjm, https://www.peekvids.com/watch?v=Jlxfb75PXGF, https://www.peekvids.com/watch?v=5CPVSpR3iUZ,
https://www.peekvids.com/watch?v=aBKRoRL5jom, https://www.peekvids.com/watch?v=2laTKqa0SfE, https://www.peekvids.com/watch?v=3-lRTiSfRhU,
https://www.peekvids.com/watch?v=hckLlGTqp92, https://www.peekvids.com/watch?v=dS7QKYQocpm, https://www.peekvids.com/watch?v=POrssbD3xPN,
https://www.peekvids.com/watch?v=maroEb_XdUC, https://www.peekvids.com/watch?v=6pFQKFn25Hu, https://www.peekvids.com/watch?v=wkQeiuKafWn,
https://www.peekvids.com/watch?v=6uXTTX5dr7y, https://www.peekvids.com/watch?v=0SeRflytIv8, https://www.peekvids.com/watch?v=F2Nytp4l0F8,
https://www.peekvids.com/watch?v=9eyYwrPseCu, https://www.peekvids.com/watch?v=Wj6t7UebdRP, https://www.peekvids.com/watch?v=ScwdZs7p63c,
https://www.peekvids.com/watch?v=vsRRyN1x2n9, https://www.peekvids.com/watch?v=VLeXL2lbUq0, https://www.peekvids.com/watch?v=Li29FQUTdnR,
https://www.peekvids.com/watch?v=Ld121zcmKZj, https://www.peekvids.com/watch?v=vEPAocDzuEw, https://www.peekvids.com/watch?v=ADo_qSaqdaT,
https://www.peekvids.com/watch?v=UMS34jzEoQM, https://www.peekvids.com/watch?v=bbr3EZYLlY5, https://www.peekvids.com/watch?v=5cbcp9PTnT0,
https://www.peekvids.com/watch?v=OB8IofWQQip, https://www.peekvids.com/watch?v=T4bBi4IkCit, https://www.peekvids.com/watch?v=xcNbXb4KfzY,
https://www.peekvids.com/watch?v=S8x6aW1uwZ4, https://www.peekvids.com/watch?v=hrV4u0xr2cZ, https://www.peekvids.com/watch?v=vbSPaZtenBf,
https://www.peekvids.com/watch?v=AHX_gdygYQj, https://www.peekvids.com/watch?v=pDkdWXUqnAK, https://www.peekvids.com/watch?v=jhTxy6t85ab,
https://www.peekvids.com/watch?v=Jg2PT85vXYO, https://www.peekvids.com/watch?v=nVRmr-k-Y7y, https://www.peekvids.com/watch?v=C9XLl5XkVM3,
https://www.peekvids.com/watch?v=u0hSWuXiBlX, https://www.peekvids.com/watch?v=ZJjB69_ZSE4, https://www.peekvids.com/watch?v=sJeMKqr9ODF,
https://www.peekvids.com/watch?v=sduLHtO_JNw, https://www.peekvids.com/watch?v=6V0uEhhVuFB, https://www.peekvids.com/watch?v=OvjdkMkEWOA,
https://www.peekvids.com/watch?v=3tsbF_AnpRi, https://www.peekvids.com/watch?v=B2W6TtpHwm6, https://www.peekvids.com/watch?v=udm67kLtyTs,
https://www.peekvids.com/watch?v=AOzDHblRAhA, https://www.peekvids.com/watch?v=Ts1g08he7Fp, https://www.peekvids.com/watch?v=2ojAkNo7msU,
https://www.peekvids.com/watch?v=Z61FhBnUrvf, https://www.peekvids.com/watch?v=qsSBHlKBtEo, https://www.peekvids.com/watch?v=BsA3-QKDkvO
5.f. Date of third notice: 2015-06-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: letual
5.b. Uploader's email address: franckibotua@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=letual
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=lt99VEb7XbC, https://www.peekvids.com/watch?v=Cb-EY2EcJRE,
https://www.peekvids.com/watch?v=6ENUs3Fo--e, https://www.peekvids.com/watch?v=QisOccaaVaS, https://www.peekvids.com/watch?v=cJLeErCRdRQ,
https://www.peekvids.com/watch?v=sRzUkcb3iu7, https://www.peekvids.com/watch?v=YUlJURtTYAH, https://www.peekvids.com/watch?v=wXPYpnDaAys,
https://www.peekvids.com/watch?v=QscMuEqHQ35, https://www.peekvids.com/watch?v=4cCxCHJW9nN, https://www.peekvids.com/watch?v=e5R9Sb3YISN,
https://www.peekvids.com/watch?v=KIBGJT509-U, https://www.peekvids.com/watch?v=NC2VpMWfRwf, https://www.peekvids.com/watch?v=PRL7EqR-DXt,
https://www.peekvids.com/watch?v=trdRVGiU5YI, https://www.peekvids.com/watch?v=jtb64w68RUF, https://www.peekvids.com/watch?v=hknkqPxx3ua,
https://www.peekvids.com/watch?v=EwCWaPZHJmx, https://www.peekvids.com/watch?v=-Gqyuk3ea4l, https://www.peekvids.com/watch?v=-uNOvWSTzdr,
https://www.peekvids.com/watch?v=nOxvcjB0llW, https://www.peekvids.com/watch?v=s-qPPIoWum9, https://www.peekvids.com/watch?v=MIwzybF7xOp,
https://www.peekvids.com/watch?v=A4dyp9fr5hr, https://www.peekvids.com/watch?v=wWQvYHCe3hU, https://www.peekvids.com/watch?v=pwbHZWwwbm5,
https://www.peekvids.com/watch?v=KwGqtALgne9, https://www.peekvids.com/watch?v=cHwh5uAONS0, https://www.peekvids.com/watch?v=3gfNqOsFOPm,
https://www.peekvids.com/watch?v=vdMacJ5L6s4, https://www.peekvids.com/watch?v=44OkszQ8Z40, https://www.peekvids.com/watch?v=G7iMmmjGvav,
https://www.peekvids.com/watch?v=SKEBzEEloKG, https://www.peekvids.com/watch?v=qEv4EDcGM08, https://www.peekvids.com/watch?v=lZFVDBnxpsZ,
https://www.peekvids.com/watch?v=OFpV6BocCfu, https://www.peekvids.com/watch?v=RCEzjXYuHTG, https://www.peekvids.com/watch?v=EeeM4SNHCnr,
https://www.peekvids.com/watch?v=XEfwXyAh8MB, https://www.peekvids.com/watch?v=LVG8ug6CueM, https://www.peekvids.com/watch?v=usyTji82RcP,
https://www.peekvids.com/watch?v=k3yaQcyLk80, https://www.peekvids.com/watch?v=UuZ-itto4IP, https://www.peekvids.com/watch?v=9NDf3zSu8YR,
https://www.peekvids.com/watch?v=NeerLj6pxvZ, https://www.peekvids.com/watch?v=aiPZfOakSub, https://www.peekvids.com/watch?v=V3KZQsUUk2h,
https://www.peekvids.com/watch?v=EjnckXmCsez, https://www.peekvids.com/watch?v=fAF0sydbIcQ, https://www.peekvids.com/watch?v=xQKUvHnIB7G,
https://www.peekvids.com/watch?v=eiWsqWvVw9X, https://www.peekvids.com/watch?v=0ZxYowskgep, https://www.peekvids.com/watch?v=QLfpss6vMCH,
https://www.peekvids.com/watch?v=-ylYqu5l4Zc, https://www.peekvids.com/watch?v=kfE5JCiEW0D, https://www.peekvids.com/watch?v=MhCAnSqS5-x,
https://www.peekvids.com/watch?v=sTCNjCysbNU, https://www.peekvids.com/watch?v=KmGlHI6xRVi, https://www.peekvids.com/watch?v=xrKK8Wal8mE,
https://www.peekvids.com/watch?v=dJXVQSwShBP, https://www.peekvids.com/watch?v=hrb6SeXGYhx, https://www.peekvids.com/watch?v=Tnkje3p6qnd,
https://www.peekvids.com/watch?v=YWKYlU27ZuX, https://www.peekvids.com/watch?v=sGHajOGzVfl, https://www.peekvids.com/watch?v=S9CNFkLnsvX,
https://www.peekvids.com/watch?v=tIsnmkDJVp-, https://www.peekvids.com/watch?v=8ZcvkGNplj3, https://www.peekvids.com/watch?v=tzk4nmfWh8a,
https://www.peekvids.com/watch?v=EvHPfWCcM4a, https://www.peekvids.com/watch?v=MAV89ncmgL9, https://www.peekvids.com/watch?v=EomEK7YrFQL,
https://www.peekvids.com/watch?v=Z2U6qDDo9Fw, https://www.peekvids.com/watch?v=en0xo6cDdxF, https://www.peekvids.com/watch?v=y0KFXm7loFD,
https://www.peekvids.com/watch?v=UIfeF3v4N7w, https://www.peekvids.com/watch?v=dQ63Cc2u9RZ, https://www.peekvids.com/watch?v=Wc83i2byNes,
https://www.peekvids.com/watch?v=LzWjvqbhTWN, https://www.peekvids.com/watch?v=7NbR9o7G20d, https://www.peekvids.com/watch?v=H2czJUpQMTj,
https://www.peekvids.com/watch?v=nQtRgt8Qeb0, https://www.peekvids.com/watch?v=6-C6Z9AfbpI, https://www.peekvids.com/watch?v=pZZWQgZucfZ,
https://www.peekvids.com/watch?v=FkrFAvdedWi, https://www.peekvids.com/watch?v=eAMyB8UMm9k, https://www.peekvids.com/watch?v=2YTjGSs2jdd,
https://www.peekvids.com/watch?v=-a5Wn29CxCI, https://www.peekvids.com/watch?v=P5IxIx2t69a, https://www.peekvids.com/watch?v=npA0S8rd794,
https://www.peekvids.com/watch?v=FJSo6hNjYrK, https://www.peekvids.com/watch?v=pgrsqSNO0uu, https://www.peekvids.com/watch?v=LhTQbOSUYhv,
https://www.peekvids.com/watch?v=fnwst8qy0RK, https://www.peekvids.com/watch?v=hmrgROrl7eg, https://www.peekvids.com/watch?v=oSl5jAF4Zuv,
https://www.peekvids.com/watch?v=4rRvXnKJV8Y, https://www.peekvids.com/watch?v=koN-UxhNXUP, https://www.peekvids.com/watch?v=4oaJsbA7EDx,
https://www.peekvids.com/watch?v=h4UnagU4M4f, https://www.peekvids.com/watch?v=8ClE8lQsOM6, https://www.peekvids.com/watch?v=JxTkpWr7Tae,
https://www.peekvids.com/watch?v=olDs-NPsYHq, https://www.peekvids.com/watch?v=uE-qlPoyxFI, https://www.peekvids.com/watch?v=7l-eZWYEYoG,
https://www.peekvids.com/watch?v=dJHe89FCgq6, https://www.peekvids.com/watch?v=moBsJBb49MF, https://www.peekvids.com/watch?v=70p0iBrs87U,
https://www.peekvids.com/watch?v=gNOUWNo9P-Y, https://www.peekvids.com/watch?v=0IqVuEMt7-V, https://www.peekvids.com/watch?v=94A5NOSEmsh,
https://www.peekvids.com/watch?v=UA8dU5uiVbS, https://www.peekvids.com/watch?v=4Wxy9PFcQNv, https://www.peekvids.com/watch?v=V7fjGKZx0Ew,
https://www.peekvids.com/watch?v=6iQtsvD-PiG, https://www.peekvids.com/watch?v=VuS24v5JCB0, https://www.peekvids.com/watch?v=sxpC9rNRacK,
https://www.peekvids.com/watch?v=wOcs6UyQYoV, https://www.peekvids.com/watch?v=3aLq7rt9Env, https://www.peekvids.com/watch?v=nmZCC0X-2d0,
https://www.peekvids.com/watch?v=jnyVMepk6Tf, https://www.peekvids.com/watch?v=fnh3sPes0Fx, https://www.peekvids.com/watch?v=qSRVQe9HAwv,
https://www.peekvids.com/watch?v=F9ATI38BTIY, https://www.peekvids.com/watch?v=FMRP7bBx8Zn, https://www.peekvids.com/watch?v=GAXN9YpkeCC,
https://www.peekvids.com/watch?v=6J0HnVJ5xNB, https://www.peekvids.com/watch?v=nrwUJTeSwml, https://www.peekvids.com/watch?v=OmdiTh7ZxgQ,
https://www.peekvids.com/watch?v=vg9t2yh3AKt, https://www.peekvids.com/watch?v=njFZH7Zf6GJ, https://www.peekvids.com/watch?v=oqsjRbAUR5W,
https://www.peekvids.com/watch?v=q839s2e2lxH, https://www.peekvids.com/watch?v=3H7Nj7KcWcU, https://www.peekvids.com/watch?v=hBSRKKpxlNX,
https://www.peekvids.com/watch?v=N6ZGaURV3k5, https://www.peekvids.com/watch?v=ajLeaNIUGm3, https://www.peekvids.com/watch?v=XTBMRpfQnNf,
https://www.peekvids.com/watch?v=wk4Aa6MybQB, https://www.peekvids.com/watch?v=a-pTYooVI-Y, https://www.peekvids.com/watch?v=B-8M-ZW-HOi,
https://www.peekvids.com/watch?v=gzN8cEpR0TK, https://www.peekvids.com/watch?v=YUSqwe-hAEz, https://www.peekvids.com/watch?v=pEwe3DVn4Za,
https://www.peekvids.com/watch?v=7oFOYdJ6Gg9, https://www.peekvids.com/watch?v=VNHATysHn3k, https://www.peekvids.com/watch?v=t4zHAcnN-lJ,
https://www.peekvids.com/watch?v=VWIdCC85tKl, https://www.peekvids.com/watch?v=QmJixrBtuI7, https://www.peekvids.com/watch?v=2ISjhD3mLA6,
https://www.peekvids.com/watch?v=uWaGCjgye3p, https://www.peekvids.com/watch?v=DlR9zcJ0Gad, https://www.peekvids.com/watch?v=ITscyuDUXap,
https://www.peekvids.com/watch?v=-hiaxsa6qEb, https://www.peekvids.com/watch?v=CmEYY4zgNLD, https://www.peekvids.com/watch?v=nNaBOSnUZki,
https://www.peekvids.com/watch?v=nmbFERbsYT9, https://www.peekvids.com/watch?v=V2V6W8Y7zYk, https://www.peekvids.com/watch?v=9anLlPEWZ8m,
https://www.peekvids.com/watch?v=3k-yhqTnNHa, https://www.peekvids.com/watch?v=wLM5bvAPwLw, https://www.peekvids.com/watch?v=z6dumjJOSgV,
https://www.peekvids.com/watch?v=ToN2ZodEjnr, https://www.peekvids.com/watch?v=TfF9vRFVr86, https://www.peekvids.com/watch?v=vI-D7CcEUFm,
https://www.peekvids.com/watch?v=-va7vEpayZe, https://www.peekvids.com/watch?v=6SMtEe2BuEf, https://www.peekvids.com/watch?v=MSOh70HAO-l,
https://www.peekvids.com/watch?v=JKlI0DoZHEW, https://www.peekvids.com/watch?v=rYqfqazccdd, https://www.peekvids.com/watch?v=Xt9wuGOUwsa,
https://www.peekvids.com/watch?v=wMk4YpCqlHs, https://www.peekvids.com/watch?v=8ng3wbPd00d, https://www.peekvids.com/watch?v=QOezNbmPuAf,
https://www.peekvids.com/watch?v=gXDyVafUfw6, https://www.peekvids.com/watch?v=kKN9VE9wvOh, https://www.peekvids.com/watch?v=vdmSn5gPh2D,
https://www.peekvids.com/watch?v=UhRqeK8apOI, https://www.peekvids.com/watch?v=fTMRqZQ3UGX, https://www.peekvids.com/watch?v=sk82yNuoFl4,
https://www.peekvids.com/watch?v=kwdM8eVOjdS, https://www.peekvids.com/watch?v=5mcLpp0Wcvw, https://www.peekvids.com/watch?v=qtYyPnedtqa,
https://www.peekvids.com/watch?v=WQihUNGPUtx, https://www.peekvids.com/watch?v=W7q4NLrqoJh, https://www.peekvids.com/watch?v=gRBBlcdgu6s,
https://www.peekvids.com/watch?v=dbqR2K7035-, https://www.peekvids.com/watch?v=OlVeNjv3tcl, https://www.peekvids.com/watch?v=FxeMdniVqJq,
https://www.peekvids.com/watch?v=oOdtaC8ezuz, https://www.peekvids.com/watch?v=KspDgSGHSam, https://www.peekvids.com/watch?v=-wEvdZQaG9j,
https://www.peekvids.com/watch?v=kMTPHuUR9cb, https://www.peekvids.com/watch?v=JdOifcqtt0b, https://www.peekvids.com/watch?v=avQmQSeNzTk,
https://www.peekvids.com/watch?v=QNRe29vPcFS, https://www.peekvids.com/watch?v=nbfMy-hHwxp, https://www.peekvids.com/watch?v=veq5vgNXp9R,
https://www.peekvids.com/watch?v=TARF7NQOzHj, https://www.peekvids.com/watch?v=VXNTCdWEnnU, https://www.peekvids.com/watch?v=8XtsZNfdnmH,
https://www.peekvids.com/watch?v=yDJEe-ctsFx, https://www.peekvids.com/watch?v=Z0ZE-vHtsuM, https://www.peekvids.com/watch?v=byjzL0vcOIu,
https://www.peekvids.com/watch?v=ajbtaGSHVmK, https://www.peekvids.com/watch?v=jTi-5uLpq0u, https://www.peekvids.com/watch?v=cM8jXKewWWa,
https://www.peekvids.com/watch?v=reQWvULLtU4, https://www.peekvids.com/watch?v=9EFEmJ3hqiC, https://www.peekvids.com/watch?v=3b8MtrP0t6b,
https://www.peekvids.com/watch?v=ntOtnq6BYDC, https://www.peekvids.com/watch?v=jvjmwu0iPgb, https://www.peekvids.com/watch?v=pIZNUVJUBJJ,
https://www.peekvids.com/watch?v=WrSDhmVm7L-, https://www.peekvids.com/watch?v=GcXQNWG6z6U, https://www.peekvids.com/watch?v=DGnDhVP2oSe,
https://www.peekvids.com/watch?v=gCmPttXEn5E, https://www.peekvids.com/watch?v=xCpLtUVilBi, https://www.peekvids.com/watch?v=8JbltPOoK4m,
https://www.peekvids.com/watch?v=vdQXtVM5zdV, https://www.peekvids.com/watch?v=hcNUDM-oMqD, https://www.peekvids.com/watch?v=nIzEDERaTkq,
https://www.peekvids.com/watch?v=gszz7cnLZyx, https://www.peekvids.com/watch?v=Rp0VklBfk47, https://www.peekvids.com/watch?v=5dUarEdFFAT,
https://www.peekvids.com/watch?v=n-HRAvZdGMy, https://www.peekvids.com/watch?v=JsJG4207PBJ, https://www.peekvids.com/watch?v=8n4jyEJX2Qx,
https://www.peekvids.com/watch?v=urii-giHGky, https://www.peekvids.com/watch?v=yc-YmaSlR6Y, https://www.peekvids.com/watch?v=yuXkcs7q5eD,
https://www.peekvids.com/watch?v=0i4-5W3Ep0Q, https://www.peekvids.com/watch?v=eb0uWID844j, https://www.peekvids.com/watch?v=KAODm22TnBL,
https://www.peekvids.com/watch?v=leehEjxFoSc, https://www.peekvids.com/watch?v=Wd3ef0apx92, https://www.peekvids.com/watch?v=UPRUzdh7v9l,
https://www.peekvids.com/watch?v=eZqf2RjfWkZ, https://www.peekvids.com/watch?v=tcaeLKfK8dS, https://www.peekvids.com/watch?v=G2vI3BHHzXa,
https://www.peekvids.com/watch?v=79Lds4uVNtg, https://www.peekvids.com/watch?v=qL8YKQ6yIX0, https://www.peekvids.com/watch?v=4saN8G6Znxr,
https://www.peekvids.com/watch?v=YoV5JEZ6WNS, https://www.peekvids.com/watch?v=soHnv3Pcxhm, https://www.peekvids.com/watch?v=SceCGQCUtTo,
https://www.peekvids.com/watch?v=A0KHL6W9xKQ, https://www.peekvids.com/watch?v=WEeA6cVH9RD, https://www.peekvids.com/watch?v=cfsYJzFQubU,
https://www.peekvids.com/watch?v=i5TFE5BH835, https://www.peekvids.com/watch?v=kyNoW69DzG-, https://www.peekvids.com/watch?v=rz7JDNMzEK2,
https://www.peekvids.com/watch?v=Bkmpz-jSTkt, https://www.peekvids.com/watch?v=OZL8QbqLEuh, https://www.peekvids.com/watch?v=QXADX6KZDs4,
https://www.peekvids.com/watch?v=R-MDmTTRASt, https://www.peekvids.com/watch?v=2rrbhl-2cr4, https://www.peekvids.com/watch?v=uS9VBKW-ZND,
https://www.peekvids.com/watch?v=PTHtwWzc-qZ, https://www.peekvids.com/watch?v=mUUJqmy68mM, https://www.peekvids.com/watch?v=sZlPiq9tndJ,
https://www.peekvids.com/watch?v=vktuoranG-R, https://www.peekvids.com/watch?v=-ArDl-skw-c, https://www.peekvids.com/watch?v=Chcl7OFpks6,
https://www.peekvids.com/watch?v=uIIat5Ck8Rr, https://www.peekvids.com/watch?v=xIWnghJOFBL, https://www.peekvids.com/watch?v=NuCsOMxObfJ,
https://www.peekvids.com/watch?v=Hg6jbryHU6J, https://www.peekvids.com/watch?v=FaCtBjpDLJf, https://www.peekvids.com/watch?v=H4DTAr0uJ8S,
https://www.peekvids.com/watch?v=2-tJGeWhMwh, https://www.peekvids.com/watch?v=da9ifQ-hUHE, https://www.peekvids.com/watch?v=KkDN4cKj5g6,
https://www.peekvids.com/watch?v=j2hI63qFGjp, https://www.peekvids.com/watch?v=WxRJwSeTFlq, https://www.peekvids.com/watch?v=FEAB3klGwwz,
https://www.peekvids.com/watch?v=fKGF7ODlcYX, https://www.peekvids.com/watch?v=ZAs93vqphk0, https://www.peekvids.com/watch?v=50-93aXDoh2,
https://www.peekvids.com/watch?v=Zi5luKDw5pe, https://www.peekvids.com/watch?v=g8ZuQZb2yrE, https://www.peekvids.com/watch?v=LeYbx7EOKmX,
https://www.peekvids.com/watch?v=nQkXUyMUKDN, https://www.peekvids.com/watch?v=AprQKpT0l6H, https://www.peekvids.com/watch?v=KdIWHz2MLzx,
https://www.peekvids.com/watch?v=7KKgHKijLYM, https://www.peekvids.com/watch?v=I0MK0cgxUed, https://www.peekvids.com/watch?v=3g5T88GWabm,
https://www.peekvids.com/watch?v=Cm9EuxfOVZF, https://www.peekvids.com/watch?v=WHux76wnX2j, https://www.peekvids.com/watch?v=e6DQytuRFz4,
https://www.peekvids.com/watch?v=vtxOhZ4khZS, https://www.peekvids.com/watch?v=zHW8PeVhnd8, https://www.peekvids.com/watch?v=kb9EGRm4OJP,
https://www.peekvids.com/watch?v=G6eKPxsUU9i, https://www.peekvids.com/watch?v=v0aBzXeKKut, https://www.peekvids.com/watch?v=9lQUQwuL2bL,
https://www.peekvids.com/watch?v=NRVsEUZwLKX, https://www.peekvids.com/watch?v=sFvA83UAmsO, https://www.peekvids.com/watch?v=LklcFpM8G7a,

https://www.peekvids.com/watch?v=o6v0OtjHLl6, https://www.peekvids.com/watch?v=An7bssXethO, https://www.peekvids.com/watch?v=isyAb7lpsjg,
https://www.peekvids.com/watch?v=J2k5IxVgwjU, https://www.peekvids.com/watch?v=OLhuT6Snuux, https://www.peekvids.com/watch?v=YeaTK93lEx-,
https://www.peekvids.com/watch?v=2GRPu-bzsx5, https://www.peekvids.com/watch?v=GoyTSPPDaZi, https://www.peekvids.com/watch?v=0jQNraUIRyf,
https://www.peekvids.com/watch?v=LleJPosOjTp, https://www.peekvids.com/watch?v=J0aNPAgUZgi, https://www.peekvids.com/watch?v=uI3jSz8Ae27,
https://www.peekvids.com/watch?v=FKpg3b6P6GO, https://www.peekvids.com/watch?v=2UrxDrUpeqH, https://www.peekvids.com/watch?v=FHezji26L3y,
https://www.peekvids.com/watch?v=gMI2yEDMdLe, https://www.peekvids.com/watch?v=9LCPJO9mQWm, https://www.peekvids.com/watch?v=PtBjBlS-Eif,
https://www.peekvids.com/watch?v=6fi5pVQc-uD, https://www.peekvids.com/watch?v=L6WlDoeyzAX, https://www.peekvids.com/watch?v=8q07tGXQei4,
https://www.peekvids.com/watch?v=AIpKLBkhhKw, https://www.peekvids.com/watch?v=bPp2Ph5WWqz, https://www.peekvids.com/watch?v=h8kay-mrjIJ,
https://www.peekvids.com/watch?v=4KclRDiAa5q, https://www.peekvids.com/watch?v=ikxkL5YKXaG, https://www.peekvids.com/watch?v=mJF25oP7zRK,
https://www.peekvids.com/watch?v=G39MnUT3gGZ, https://www.peekvids.com/watch?v=EzpsCFSPOrl, https://www.peekvids.com/watch?v=lWcF0tOsax2,
https://www.peekvids.com/watch?v=lEqBjnX9hZA, https://www.peekvids.com/watch?v=Xarsrn6pCqt, https://www.peekvids.com/watch?v=HqUyTJNm5ly,
https://www.peekvids.com/watch?v=RPeOfVpG3gw, https://www.peekvids.com/watch?v=XSaK-trg4M9, https://www.peekvids.com/watch?v=uWvXj2Fmptf,
https://www.peekvids.com/watch?v=4YNT6VlgWpy, https://www.peekvids.com/watch?v=7IMJOqcb0TY, https://www.peekvids.com/watch?v=TflO-R7gONi,
https://www.peekvids.com/watch?v=9H9ng3Gn9Y6, https://www.peekvids.com/watch?v=nRAFrXVYsjj, https://www.peekvids.com/watch?v=b7txnGKKF57,
https://www.peekvids.com/watch?v=6svwCexaWIh, https://www.peekvids.com/watch?v=momY5eKtAuY, https://www.peekvids.com/watch?v=4d8Fu3-GmsU,
https://www.peekvids.com/watch?v=t3IThxNrOWL, https://www.peekvids.com/watch?v=nTM4L2MNoCy, https://www.peekvids.com/watch?v=C0FnBX4ARUU,
https://www.peekvids.com/watch?v=Ze4ORHz-tYs, https://www.peekvids.com/watch?v=qqW8Qg7BM2x, https://www.peekvids.com/watch?v=3C5NJu3veai,
https://www.peekvids.com/watch?v=DV2cjpLXBbS, https://www.peekvids.com/watch?v=v3XJclBrOl3, https://www.peekvids.com/watch?v=0M0LvZ8sfzZ,
https://www.peekvids.com/watch?v=fEGD-InlwMk, https://www.peekvids.com/watch?v=DaXfMUpmdml, https://www.peekvids.com/watch?v=AmJt6kB5uXJ,
https://www.peekvids.com/watch?v=TcWUCN2mHXb, https://www.peekvids.com/watch?v=RvKLO-Oe6yc, https://www.peekvids.com/watch?v=AN-itEyr85D,
https://www.peekvids.com/watch?v=C9iGQZkHesI, https://www.peekvids.com/watch?v=raFFaxPfgsc, https://www.peekvids.com/watch?v=cKn9fCd9bp7,
https://www.peekvids.com/watch?v=n-Icr3ratSh, https://www.peekvids.com/watch?v=Qb26cvy5pEs, https://www.peekvids.com/watch?v=knkIQbqAp0p
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: likeredhead
5.b. Uploader's email address: manmannyfalko@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=likeredhead
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=8wXVH27_f-r, https://www.peekvids.com/watch?v=aEiyVeYG5qE,
https://www.peekvids.com/watch?v=Oj_7Jx0KKGO, https://www.peekvids.com/watch?v=GaEdq5Dwpn4, https://www.peekvids.com/watch?v=JenOKWRTpNx,
https://www.peekvids.com/watch?v=fM5ihjLiWLe, https://www.peekvids.com/watch?v=qDnP7iQVfia, https://www.peekvids.com/watch?v=UNBTJIa4fJd,
https://www.peekvids.com/watch?v=ty7OsKn666y, https://www.peekvids.com/watch?v=IThMA-RB9qc, https://www.peekvids.com/watch?v=Eysa9hU7sy8,
https://www.peekvids.com/watch?v=SnxGP_xQmjv, https://www.peekvids.com/watch?v=NTagMdKNhqP, https://www.peekvids.com/watch?v=vHDm09sq8yH,
https://www.peekvids.com/watch?v=PdhtfawS4uc, https://www.peekvids.com/watch?v=e_k12aLeIoL, https://www.peekvids.com/watch?v=QPLIEpfgLMU,
https://www.peekvids.com/watch?v=j8Cy62yFcHO, https://www.peekvids.com/watch?v=qcXsvah5528, https://www.peekvids.com/watch?v=APxR27J4RAx,
https://www.peekvids.com/watch?v=YLPG34ye4mS, https://www.peekvids.com/watch?v=EAawJclnKzm, https://www.peekvids.com/watch?v=kxQxa02Mc-F,
https://www.peekvids.com/watch?v=kScI1v1vjkj, https://www.peekvids.com/watch?v=hVI5odTfBdR, https://www.peekvids.com/watch?v=34kcLdZFMJy,
https://www.peekvids.com/watch?v=926R3llJwyt, https://www.peekvids.com/watch?v=Q0b1SekjrqA, https://www.peekvids.com/watch?v=xTvRuI7LfTo,
https://www.peekvids.com/watch?v=0foAjYh13nt, https://www.peekvids.com/watch?v=BVwiH093WS8, https://www.peekvids.com/watch?v=2ILccyvQ6im,
https://www.peekvids.com/watch?v=KyXZ74oybCy, https://www.peekvids.com/watch?v=89QzL4UWyxC, https://www.peekvids.com/watch?v=edRMm6qFNQh,
https://www.peekvids.com/watch?v=dDoANtkRyKN, https://www.peekvids.com/watch?v=SZCIorpYWER, https://www.peekvids.com/watch?v=zFWuVqxOrzO,
https://www.peekvids.com/watch?v=cTYyVX-rhSM, https://www.peekvids.com/watch?v=4rzjbMxGYDk, https://www.peekvids.com/watch?v=OCdXG_JoWyX,
https://www.peekvids.com/watch?v=y1K6QYz2hwR, https://www.peekvids.com/watch?v=dHrr3DONVdc, https://www.peekvids.com/watch?v=c3mUTTTgvbZ,
https://www.peekvids.com/watch?v=IdSClt1Np_I, https://www.peekvids.com/watch?v=l5wowP2lXQg, https://www.peekvids.com/watch?v=SUayGMmWBOy,
https://www.peekvids.com/watch?v=T07K9Z1eUEe, https://www.peekvids.com/watch?v=c5dvck-BrnE, https://www.peekvids.com/watch?v=V_tmyl1Up_x,
https://www.peekvids.com/watch?v=4juLJpweWNV, https://www.peekvids.com/watch?v=l0MgubZThNe, https://www.peekvids.com/watch?v=ryLE2lbMB0p,
https://www.peekvids.com/watch?v=Kq1EkVK3iBH, https://www.peekvids.com/watch?v=Ym6HFZ46dTG, https://www.peekvids.com/watch?v=v2OsAWkdLsE,
https://www.peekvids.com/watch?v=p_rA0S8I7Qy, https://www.peekvids.com/watch?v=85USJYDYzQY, https://www.peekvids.com/watch?v=9uiCDZqvQWF,
https://www.peekvids.com/watch?v=2KxsgEzB9Fv, https://www.peekvids.com/watch?v=D7QRfR016zO, https://www.peekvids.com/watch?v=FrrHIOw5Ski,
https://www.peekvids.com/watch?v=v1UEbLVNE1Q, https://www.peekvids.com/watch?v=RwJnwZi_1K2, https://www.peekvids.com/watch?v=CQ-9PuRr4Wh,
https://www.peekvids.com/watch?v=NR-MFDePmVE, https://www.peekvids.com/watch?v=uHbKHhTxlLm, https://www.peekvids.com/watch?v=HlyndRiWGZc,
https://www.peekvids.com/watch?v=zo42jIqFfoS, https://www.peekvids.com/watch?v=dTZsQUJBZmA, https://www.peekvids.com/watch?v=mzrJ2F3BmzY,
https://www.peekvids.com/watch?v=c0jvdk5c8pv, https://www.peekvids.com/watch?v=wBuvWTaXXXa, https://www.peekvids.com/watch?v=kulLar_oYRO,
https://www.peekvids.com/watch?v=ZE8GeMdxv_K, https://www.peekvids.com/watch?v=AylxqfUf_ys, https://www.peekvids.com/watch?v=ZFOiDcVmp7J,
https://www.peekvids.com/watch?v=w-z9KjCAEva, https://www.peekvids.com/watch?v=Dn7RZruBaAn, https://www.peekvids.com/watch?v=RHwUuzw9A2L,
https://www.peekvids.com/watch?v=HhGWnHnqhNd, https://www.peekvids.com/watch?v=hP7eQ8orVVM, https://www.peekvids.com/watch?v=oheQTlaquFG,
https://www.peekvids.com/watch?v=2n7RcgGBSBJ, https://www.peekvids.com/watch?v=qFg6JLdtUv6, https://www.peekvids.com/watch?v=C4k1LOkanzf,
https://www.peekvids.com/watch?v=avfGodzyk2u, https://www.peekvids.com/watch?v=iYVOTrDM_Vf, https://www.peekvids.com/watch?v=kyzZRDL-LFR,
https://www.peekvids.com/watch?v=9KRKM1WY0ti, https://www.peekvids.com/watch?v=XlObHC_u3bw, https://www.peekvids.com/watch?v=aWFUf-XXYBR,
https://www.peekvids.com/watch?v=iXg5MQmmTcU, https://www.peekvids.com/watch?v=j0AyaADmttB, https://www.peekvids.com/watch?v=l-js0gKvViQ,
https://www.peekvids.com/watch?v=TddYkazeli4, https://www.peekvids.com/watch?v=W6UjxDchP8D, https://www.peekvids.com/watch?v=EdsyxVOPhz9,
https://www.peekvids.com/watch?v=9yeqpgy906X, https://www.peekvids.com/watch?v=NDSSZErLafe, https://www.peekvids.com/watch?v=arfQ1vQ236l,
https://www.peekvids.com/watch?v=oZIhgjsOxXj, https://www.peekvids.com/watch?v=D0pkg6si-R5, https://www.peekvids.com/watch?v=lng6d9h7oSW,
https://www.peekvids.com/watch?v=DLhzVr7Hyda, https://www.peekvids.com/watch?v=K9zElOuoSr8, https://www.peekvids.com/watch?v=sq-PkQlHl3X,
https://www.peekvids.com/watch?v=RdpFmwyez52, https://www.peekvids.com/watch?v=MZwz5GhgL0O, https://www.peekvids.com/watch?v=EHBcmzeA2Gh,
https://www.peekvids.com/watch?v=3g5fIRtwRRN, https://www.peekvids.com/watch?v=Wv8Xg9oKSsq, https://www.peekvids.com/watch?v=HrNbtf7piqL,
https://www.peekvids.com/watch?v=D0ZilDU625v, https://www.peekvids.com/watch?v=YmnG5a162Vd, https://www.peekvids.com/watch?v=A4FlvtLBMni,
https://www.peekvids.com/watch?v=aIBJcLjai75, https://www.peekvids.com/watch?v=KO4eTF-4fEC, https://www.peekvids.com/watch?v=5TqnZk-iKFB,
https://www.peekvids.com/watch?v=SMYVJPkO-ii, https://www.peekvids.com/watch?v=Mb5zdHj_t5L, https://www.peekvids.com/watch?v=WInTsrVA343,
https://www.peekvids.com/watch?v=oZ_IMrwmMKN, https://www.peekvids.com/watch?v=sZlCeYZBvz6, https://www.peekvids.com/watch?v=hIl93UGbcTN,
https://www.peekvids.com/watch?v=5uf4JANP8VA, https://www.peekvids.com/watch?v=ZJwuWQxY8IQ, https://www.peekvids.com/watch?v=BJB03WpJ3w5,
https://www.peekvids.com/watch?v=EUmOPflghAX, https://www.peekvids.com/watch?v=Zczy3KfIM1Y, https://www.peekvids.com/watch?v=O3cZjOdCyDA,
https://www.peekvids.com/watch?v=fcfEOXc9due, https://www.peekvids.com/watch?v=YwIcnuMHijg, https://www.peekvids.com/watch?v=8kISOKVOVao,
https://www.peekvids.com/watch?v=GY6AtFGF8RJ, https://www.peekvids.com/watch?v=zIe-49wJx9E, https://www.peekvids.com/watch?v=tzqKwIz3HMu,
https://www.peekvids.com/watch?v=c7WQ29Oqx4g, https://www.peekvids.com/watch?v=KHC6UiLVnBJ, https://www.peekvids.com/watch?v=2cOgSa3skd5,
https://www.peekvids.com/watch?v=YuMTRCAQaPI, https://www.peekvids.com/watch?v=Y0Q57t77Hgo, https://www.peekvids.com/watch?v=M61nXBv8_CV,
https://www.peekvids.com/watch?v=NI1a39Swpoj, https://www.peekvids.com/watch?v=dGypGnoDayF, https://www.peekvids.com/watch?v=iweri8FUZre,
https://www.peekvids.com/watch?v=0_j9sPJudRH, https://www.peekvids.com/watch?v=z-rAR2a5RM8, https://www.peekvids.com/watch?v=NuQP7H9lxj8,
https://www.peekvids.com/watch?v=flG-igC5VYp, https://www.peekvids.com/watch?v=A7HvKFEcCnS, https://www.peekvids.com/watch?v=O1UZwkYL19H,
https://www.peekvids.com/watch?v=9RF3P_7bFKC, https://www.peekvids.com/watch?v=VWw_DWKf_Fj, https://www.peekvids.com/watch?v=7MvYlj7j67q,
https://www.peekvids.com/watch?v=KlDnCqQgvVG, https://www.peekvids.com/watch?v=Zk6NNa6dcFt, https://www.peekvids.com/watch?v=99m0ODzz2ug,
https://www.peekvids.com/watch?v=2MKKQkRBvbY, https://www.peekvids.com/watch?v=VQ1MVp4tIe7, https://www.peekvids.com/watch?v=rZG72VHIM4b,
https://www.peekvids.com/watch?v=990BvXg67z3, https://www.peekvids.com/watch?v=KAGLcKZ-DvE, https://www.peekvids.com/watch?v=ArmMvJCGWa4,
https://www.peekvids.com/watch?v=qzJCluOS7Fi, https://www.peekvids.com/watch?v=fgIyyAWROMc, https://www.peekvids.com/watch?v=9SK_6wGMhte,
https://www.peekvids.com/watch?v=JItQm2BjnUb, https://www.peekvids.com/watch?v=PGwhsO9r31d, https://www.peekvids.com/watch?v=z6PGnrJqLgw,
https://www.peekvids.com/watch?v=l0Xp7QsqsHM, https://www.peekvids.com/watch?v=w3M6IKnOejd, https://www.peekvids.com/watch?v=CshsFdr23dI,
https://www.peekvids.com/watch?v=FCuIC4dOY0L, https://www.peekvids.com/watch?v=2NMVcdtbJbH, https://www.peekvids.com/watch?v=shOFrPRFlrv,
https://www.peekvids.com/watch?v=kEZdcodwOwx, https://www.peekvids.com/watch?v=G-A6E9hPoP9, https://www.peekvids.com/watch?v=yktVxYaxdXe,
https://www.peekvids.com/watch?v=FUpfigfchy6, https://www.peekvids.com/watch?v=8bzNueUbEtl, https://www.peekvids.com/watch?v=Xng70wJSp2c,
https://www.peekvids.com/watch?v=k1S8U7uprTM, https://www.peekvids.com/watch?v=bxgfiLb039l, https://www.peekvids.com/watch?v=kXdF_FszqFu,
https://www.peekvids.com/watch?v=MF72lQ7JXRF, https://www.peekvids.com/watch?v=NhCCB1XVUKc, https://www.peekvids.com/watch?v=liA-7R096fS,
https://www.peekvids.com/watch?v=hzu29x8ODvk, https://www.peekvids.com/watch?v=Rf3ETGqieNF, https://www.peekvids.com/watch?v=5B_MrWAXQQZ,
https://www.peekvids.com/watch?v=9Rts2G4ZD-p, https://www.peekvids.com/watch?v=4Y5LFpyKkOU, https://www.peekvids.com/watch?v=sysGjW29CaU,
https://www.peekvids.com/watch?v=uhFv5NpV4Bo, https://www.peekvids.com/watch?v=CNoKFz45zeM, https://www.peekvids.com/watch?v=lsSeSxHuELz,
https://www.peekvids.com/watch?v=Ry9vPoHe3KS, https://www.peekvids.com/watch?v=ioBmyYAgV-j, https://www.peekvids.com/watch?v=xJjzesfZtvu,
https://www.peekvids.com/watch?v=ZT8JyRVj47y, https://www.peekvids.com/watch?v=DSer2oWgG0z, https://www.peekvids.com/watch?v=nzwpcPhBkBc,
https://www.peekvids.com/watch?v=nrjN6crZvhw, https://www.peekvids.com/watch?v=SIyBYlVE6pC, https://www.peekvids.com/watch?v=BdH54-OB0Qi,
https://www.peekvids.com/watch?v=j2okeXAP7Vm, https://www.peekvids.com/watch?v=IB4MV9IQztK, https://www.peekvids.com/watch?v=wJevIlQQKUE,
https://www.peekvids.com/watch?v=KGqEBfFs6nj, https://www.peekvids.com/watch?v=YJUrI18M2iN, https://www.peekvids.com/watch?v=meQXvAnprhi,
https://www.peekvids.com/watch?v=yXSDG0B1KCW
5.f. Date of third notice: 2015-07-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: linkingbomb
5.b. Uploader's email address: qettaliina@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=linkingbomb
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=MHTMRqYwtXf, https://www.peekvids.com/watch?v=YU7wQw19JUR,
https://www.peekvids.com/watch?v=jM5E1kXxnlv, https://www.peekvids.com/watch?v=TbYpwtUqwhl, https://www.peekvids.com/watch?v=74P1YzjLvhz,
https://www.peekvids.com/watch?v=tyOtAj6OxhC, https://www.peekvids.com/watch?v=cXvHWy3WOKK, https://www.peekvids.com/watch?v=452X8mi4QT2,
https://www.peekvids.com/watch?v=hXvEpbxy9Iu, https://www.peekvids.com/watch?v=fWFL8hMs6Ec, https://www.peekvids.com/watch?v=IIqjqPOrCjU,
https://www.peekvids.com/watch?v=UsqAImn1oNG, https://www.peekvids.com/watch?v=kYiY0GDhflQ, https://www.peekvids.com/watch?v=Khik2pQLg2w,
https://www.peekvids.com/watch?v=VdtGmZERydD, https://www.peekvids.com/watch?v=xTsDg0Ha_ZN, https://www.peekvids.com/watch?v=IvKNlc2djyh,
https://www.peekvids.com/watch?v=ytqclopmf0F, https://www.peekvids.com/watch?v=jFhaVbKnyOO, https://www.peekvids.com/watch?v=BwRNe-ep7Jp,
https://www.peekvids.com/watch?v=0aHrva1qw2T, https://www.peekvids.com/watch?v=rRTRdzhSQRU, https://www.peekvids.com/watch?v=zY-2l_XuCjU,
https://www.peekvids.com/watch?v=qjoPNdgEwgP, https://www.peekvids.com/watch?v=FKHo3Xjh6jM, https://www.peekvids.com/watch?v=7t-IPRNs7ZF,
https://www.peekvids.com/watch?v=aHOVh7Hqlx9, https://www.peekvids.com/watch?v=eaj8CgHGxlL, https://www.peekvids.com/watch?v=TFSCU70Ok4R,
https://www.peekvids.com/watch?v=JLZHbLGWt3j, https://www.peekvids.com/watch?v=jFRDv1TtJOR, https://www.peekvids.com/watch?v=jVPoqJWThHx,
https://www.peekvids.com/watch?v=heJX-ohFYiz, https://www.peekvids.com/watch?v=Ct_-GuznMeY, https://www.peekvids.com/watch?v=7eP8fiyjnbN,
https://www.peekvids.com/watch?v=ErgxzmRfu4s, https://www.peekvids.com/watch?v=b52O53CzBSE, https://www.peekvids.com/watch?v=a_7GuDCRMLD,
https://www.peekvids.com/watch?v=jwm9wyxI-iN, https://www.peekvids.com/watch?v=Y6XrcfAudX9, https://www.peekvids.com/watch?v=4DD8CCobh25,
https://www.peekvids.com/watch?v=yGJEjzWtiPG, https://www.peekvids.com/watch?v=LmGkDO6nfr2, https://www.peekvids.com/watch?v=By-7MGU2Zcs,
https://www.peekvids.com/watch?v=5eaH_REOI8h, https://www.peekvids.com/watch?v=fDPXKYg8xlP, https://www.peekvids.com/watch?v=Hex0JWz4DUe,
https://www.peekvids.com/watch?v=QZgOVdpLp43, https://www.peekvids.com/watch?v=xXBQdPpva-C, https://www.peekvids.com/watch?v=m66Xckx0z8G,
https://www.peekvids.com/watch?v=61BtML6L-4D, https://www.peekvids.com/watch?v=Qs2W7RZoUSW, https://www.peekvids.com/watch?v=c8crkBVn2Qz,
https://www.peekvids.com/watch?v=cPNb_aVP7Hw, https://www.peekvids.com/watch?v=XtZ_qP8SnLt, https://www.peekvids.com/watch?v=kZFnzX2kQCE
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: linshow
5.b. Uploader's email address: coolbabeesa@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=linshow
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=lynrN-JtSqv, https://www.peekvids.com/watch?v=QXKdDvo28G7,
https://www.peekvids.com/watch?v=MQd3wv3zK9i, https://www.peekvids.com/watch?v=qc4QoqXMTgl, https://www.peekvids.com/watch?v=XEQPubk0sP8,
https://www.peekvids.com/watch?v=8YOr8jjrbN9, https://www.peekvids.com/watch?v=dRQEGESaGpS, https://www.peekvids.com/watch?v=TZSM9R0rvO3,
https://www.peekvids.com/watch?v=uwDhql7wHnO, https://www.peekvids.com/watch?v=pGKbdXnSNm0, https://www.peekvids.com/watch?v=nD8Qwr300NH,
https://www.peekvids.com/watch?v=MqF9XBWbBOP, https://www.peekvids.com/watch?v=pBso9d-otbv, https://www.peekvids.com/watch?v=cx6vikqJ7Nj,

https://www.peekvids.com/watch?v=zTBpWiCpOlg, https://www.peekvids.com/watch?v=l6DH-uyDDpg, https://www.peekvids.com/watch?v=cM9pXSg_JRW,
https://www.peekvids.com/watch?v=55_fVVFHcaf, https://www.peekvids.com/watch?v=7wTxObutxgu, https://www.peekvids.com/watch?v=NjLtDzprka8,
https://www.peekvids.com/watch?v=wca4kx_8-kO, https://www.peekvids.com/watch?v=9m5AQoI6Eya, https://www.peekvids.com/watch?v=miQM4xNyFUg,
https://www.peekvids.com/watch?v=tGd5Ok7bQrv, https://www.peekvids.com/watch?v=dcoGGGbITpg, https://www.peekvids.com/watch?v=roIg1MBRqno,
https://www.peekvids.com/watch?v=OY3rsgb7i8B, https://www.peekvids.com/watch?v=8oatl0AbXjy, https://www.peekvids.com/watch?v=MSzizQmallE,
https://www.peekvids.com/watch?v=aUqi3c7pYRj, https://www.peekvids.com/watch?v=nArntkDdKpK, https://www.peekvids.com/watch?v=DKl6cOk5qYt,
https://www.peekvids.com/watch?v=XLM-FgegsLm, https://www.peekvids.com/watch?v=5ZRwzqvK85P, https://www.peekvids.com/watch?v=zIIRNFzcil6,
https://www.peekvids.com/watch?v=Mx4DeRS8-CJ, https://www.peekvids.com/watch?v=sipt8dUUF-K, https://www.peekvids.com/watch?v=AF0E3ox1wbd,
https://www.peekvids.com/watch?v=vr-53z2svwW, https://www.peekvids.com/watch?v=zilbpE9Y8yP, https://www.peekvids.com/watch?v=cptwfUbWGUD,
https://www.peekvids.com/watch?v=eghi2dte8aq, https://www.peekvids.com/watch?v=r0ISjKBjchs, https://www.peekvids.com/watch?v=Swv7kJPGNa4,
https://www.peekvids.com/watch?v=xzNLj-x8cna, https://www.peekvids.com/watch?v=UxoZDIv3GCl, https://www.peekvids.com/watch?v=ZrV_PA4SCbI,
https://www.peekvids.com/watch?v=64phfom8MtW, https://www.peekvids.com/watch?v=t1OAS28VM9N, https://www.peekvids.com/watch?v=kx98u-GEJqh,
https://www.peekvids.com/watch?v=EjvWHRdtzP2, https://www.peekvids.com/watch?v=t1jkWgum7oA, https://www.peekvids.com/watch?v=x-JoGUCGAZm,
https://www.peekvids.com/watch?v=dQXomDhK9qq, https://www.peekvids.com/watch?v=P4WghNUQ3LO, https://www.peekvids.com/watch?v=nexZx8NCBvZ,
https://www.peekvids.com/watch?v=d7y2JIDvhDy, https://www.peekvids.com/watch?v=fnU-IK8vK_h, https://www.peekvids.com/watch?v=arEwlQNGTsx,
https://www.peekvids.com/watch?v=PYIff08di_Q, https://www.peekvids.com/watch?v=87yUdv_FVRE, https://www.peekvids.com/watch?v=h0PIxZoiB1u,
https://www.peekvids.com/watch?v=401OdLEeaoi, https://www.peekvids.com/watch?v=d6_-XnbUhYY, https://www.peekvids.com/watch?v=F3ixzTEBqOY,
https://www.peekvids.com/watch?v=Q9wyldSCrXr, https://www.peekvids.com/watch?v=tfanvDwRq5H, https://www.peekvids.com/watch?v=h7OMPQSFltc,
https://www.peekvids.com/watch?v=0Zi2dYktHOp, https://www.peekvids.com/watch?v=bgr1yP4xfXT, https://www.peekvids.com/watch?v=6u9ruSFrkHY,
https://www.peekvids.com/watch?v=TszyIKxh3nq, https://www.peekvids.com/watch?v=eXpNXfxJwZb, https://www.peekvids.com/watch?v=5nWhyN0lTb3,
https://www.peekvids.com/watch?v=40aA68cqNzS, https://www.peekvids.com/watch?v=Y7y_Tfv5Xav, https://www.peekvids.com/watch?v=vdKIGKXdpXn,
https://www.peekvids.com/watch?v=8Np4FlSO-MG, https://www.peekvids.com/watch?v=ACBMde3kvOf, https://www.peekvids.com/watch?v=iAaBi9LLzmz,
https://www.peekvids.com/watch?v=VAFNXP17R9h, https://www.peekvids.com/watch?v=dXclrrQKJNW, https://www.peekvids.com/watch?v=P3tt7Rxr4rW,
https://www.peekvids.com/watch?v=EwzcoDz1-FD, https://www.peekvids.com/watch?v=m83p2z5Rhpt, https://www.peekvids.com/watch?v=orcTtodEJip,
https://www.peekvids.com/watch?v=awjQ0Eg1qxm, https://www.peekvids.com/watch?v=yXEoBEooYlf, https://www.peekvids.com/watch?v=0aHEtjvvECt,
https://www.peekvids.com/watch?v=SiqjKPIuBfa, https://www.peekvids.com/watch?v=LNDmHdAWVu3, https://www.peekvids.com/watch?v=0L-jRioHq9r,
https://www.peekvids.com/watch?v=zwLX-OJuXzV, https://www.peekvids.com/watch?v=TmxG3idSU0e, https://www.peekvids.com/watch?v=s0dyPQzzkk5,
https://www.peekvids.com/watch?v=4c_11KO9UI0, https://www.peekvids.com/watch?v=FKFPXQD--TX, https://www.peekvids.com/watch?v=Wd_ayh1a1-3,
https://www.peekvids.com/watch?v=tk3UDLgZr0q, https://www.peekvids.com/watch?v=WmmsFjIQegO, https://www.peekvids.com/watch?v=tjF0AZGqCJi,
https://www.peekvids.com/watch?v=g84r3PjKN0e, https://www.peekvids.com/watch?v=bDVlJzgFR1h, https://www.peekvids.com/watch?v=WxIG-t7dRnh,
https://www.peekvids.com/watch?v=lDIKkavlueG, https://www.peekvids.com/watch?v=q6Y9nf2dwzz, https://www.peekvids.com/watch?v=9qga--thc6E,
https://www.peekvids.com/watch?v=7Poa2ta5eCw, https://www.peekvids.com/watch?v=zzQKh8vR6h2, https://www.peekvids.com/watch?v=oe4JO-krKab,
https://www.peekvids.com/watch?v=0DNpWSyx188, https://www.peekvids.com/watch?v=h9bdvKQyb7u, https://www.peekvids.com/watch?v=IWU4BT43uyO,
https://www.peekvids.com/watch?v=YSC5KIhbQdq, https://www.peekvids.com/watch?v=UQU3IjOafEk, https://www.peekvids.com/watch?v=kqtffBIirkd,
https://www.peekvids.com/watch?v=sAMe4tTYydx, https://www.peekvids.com/watch?v=BvtjF-TVTV0, https://www.peekvids.com/watch?v=SOiXtOKia47,
https://www.peekvids.com/watch?v=45XtYTMAzlJ, https://www.peekvids.com/watch?v=axnVf-I3aQN, https://www.peekvids.com/watch?v=LjOBx-AEX0z,
https://www.peekvids.com/watch?v=QzM52hDk08B, https://www.peekvids.com/watch?v=A6F0q3Q7-1w, https://www.peekvids.com/watch?v=K-n33a8QIi4,
https://www.peekvids.com/watch?v=3Yirv-gsCPs, https://www.peekvids.com/watch?v=JuBwiv_uRKv, https://www.peekvids.com/watch?v=VDlhL_OArNZ,
https://www.peekvids.com/watch?v=XGrT6jh0QI5, https://www.peekvids.com/watch?v=mlkZE8mehPa, https://www.peekvids.com/watch?v=jsO0tJ6KCkA,
https://www.peekvids.com/watch?v=zLTIIZlqiYm, https://www.peekvids.com/watch?v=QlPNTV_MRbK
5.f. Date of third notice: 2015-10-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: liverpoool
5.b. Uploader's email address: retopoolhello@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=liverpoool
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=gRd8JIGt_nw, https://www.peekvids.com/watch?v=q-F-baX3D6Z,
https://www.peekvids.com/watch?v=PT5dvg9TriR, https://www.peekvids.com/watch?v=qkbdZdbnjgd, https://www.peekvids.com/watch?v=7jH-bcsiLlB,
https://www.peekvids.com/watch?v=quOglEb9Y53, https://www.peekvids.com/watch?v=ugwCt0T9ylW, https://www.peekvids.com/watch?v=HoTZCxuNITH,
https://www.peekvids.com/watch?v=qJPLE8ORcki, https://www.peekvids.com/watch?v=AKLuXmSvxKZ, https://www.peekvids.com/watch?v=kexqUIXJ5-o,
https://www.peekvids.com/watch?v=66L29AlF2fy, https://www.peekvids.com/watch?v=JHGwZztiyJ7, https://www.peekvids.com/watch?v=u3AHAh-hQFR,
https://www.peekvids.com/watch?v=nuK5tuBe2h0, https://www.peekvids.com/watch?v=0dayleTuv7Q, https://www.peekvids.com/watch?v=mG0UVfSpSQ8,
https://www.peekvids.com/watch?v=nxLbcvDsRR0, https://www.peekvids.com/watch?v=TIgC64f7LkV, https://www.peekvids.com/watch?v=DF3XV8yFhOL,
https://www.peekvids.com/watch?v=z5Vk30JRw2Q, https://www.peekvids.com/watch?v=CH2u3csmUl3, https://www.peekvids.com/watch?v=Tk17Rf5AdeJ,
https://www.peekvids.com/watch?v=Pq55FKpW9NJ, https://www.peekvids.com/watch?v=Jg3WFUmHSHi, https://www.peekvids.com/watch?v=cLif9BGjyPP,
https://www.peekvids.com/watch?v=4d7ln5xMenI, https://www.peekvids.com/watch?v=n3KewuvjCNM, https://www.peekvids.com/watch?v=IuUujNrlIRS,
https://www.peekvids.com/watch?v=bScPEknCygQ, https://www.peekvids.com/watch?v=jWkG9AcltPw, https://www.peekvids.com/watch?v=o8mOpuuwL3r,
https://www.peekvids.com/watch?v=FlW7MRiglaj, https://www.peekvids.com/watch?v=2fJcAVUNKyJ, https://www.peekvids.com/watch?v=HvJ38JvOOzc,
https://www.peekvids.com/watch?v=KuIsDJPmI3I, https://www.peekvids.com/watch?v=OgTQSD8gNVa, https://www.peekvids.com/watch?v=X2HqrBT5KII,
https://www.peekvids.com/watch?v=JQz-YYHAL6Z, https://www.peekvids.com/watch?v=SMP35R8zIH7, https://www.peekvids.com/watch?v=xNg1yCiS_Qv,
https://www.peekvids.com/watch?v=vPmksHlu9Li, https://www.peekvids.com/watch?v=HQo953uG6SE, https://www.peekvids.com/watch?v=4PtPYOD8isr,
https://www.peekvids.com/watch?v=Oc8Rwmp_LBJ, https://www.peekvids.com/watch?v=apgo8U73nWY, https://www.peekvids.com/watch?v=owWYo_zjmtg,
https://www.peekvids.com/watch?v=KerNnqs0mJR, https://www.peekvids.com/watch?v=Ygf-rcmezMb, https://www.peekvids.com/watch?v=EEv-m7lbxer,
https://www.peekvids.com/watch?v=bigtP9-y2GU, https://www.peekvids.com/watch?v=rHhR4Cxqlit, https://www.peekvids.com/watch?v=MYskXEoXkmU,
https://www.peekvids.com/watch?v=mm7aeY_pcCL, https://www.peekvids.com/watch?v=9JYIbUiV6oS, https://www.peekvids.com/watch?v=k3vktOsV0wa,
https://www.peekvids.com/watch?v=0IBF4xinZHL, https://www.peekvids.com/watch?v=6fktqhE9jag, https://www.peekvids.com/watch?v=xI9R59gSMYK,
https://www.peekvids.com/watch?v=jIluwgtFiGe, https://www.peekvids.com/watch?v=QOYRjiu1-_O, https://www.peekvids.com/watch?v=r7_rfaaO-xk,
https://www.peekvids.com/watch?v=T-gq0GY7yhx, https://www.peekvids.com/watch?v=Z6B2R23TGiY, https://www.peekvids.com/watch?v=gh2Z2254UZZ,
https://www.peekvids.com/watch?v=QDc1bV-bc1E, https://www.peekvids.com/watch?v=xwTNtrejEXy, https://www.peekvids.com/watch?v=q7lFkMqSPG8,
https://www.peekvids.com/watch?v=jYym07UrCuS, https://www.peekvids.com/watch?v=QJAh1NW8gyj, https://www.peekvids.com/watch?v=IHffW28iNLY,
https://www.peekvids.com/watch?v=D3EuD-yaXfk, https://www.peekvids.com/watch?v=0UWTB5i1rkr, https://www.peekvids.com/watch?v=MkMMyOr24iZ,
https://www.peekvids.com/watch?v=vX5Zo2v7wAF, https://www.peekvids.com/watch?v=DCMMqJ38FJH, https://www.peekvids.com/watch?v=51fkZBpOzWY,
https://www.peekvids.com/watch?v=8EFajdkzX3l, https://www.peekvids.com/watch?v=Lpk6p1DlBX7, https://www.peekvids.com/watch?v=6KTd9rDx_jY,
https://www.peekvids.com/watch?v=cmgOxyFzaiq, https://www.peekvids.com/watch?v=I2Mt7j2kM90, https://www.peekvids.com/watch?v=Nlzuddh2gCw,
https://www.peekvids.com/watch?v=3IP-gjqhMZd, https://www.peekvids.com/watch?v=ONcKSV9oj_Y, https://www.peekvids.com/watch?v=t5HqBG--3Hd,
https://www.peekvids.com/watch?v=uR7AKhfHkO3, https://www.peekvids.com/watch?v=3VECI-qy_bc, https://www.peekvids.com/watch?v=u71KiR2sM-2,
https://www.peekvids.com/watch?v=BlKc3vWOg6T, https://www.peekvids.com/watch?v=rXp8FWCQjXX, https://www.peekvids.com/watch?v=UtgJ9szmtqh,
https://www.peekvids.com/watch?v=AGWckBqADxq, https://www.peekvids.com/watch?v=NE2uDy9m9ce, https://www.peekvids.com/watch?v=VkPEqtP6QNI,
https://www.peekvids.com/watch?v=GGRLzytbj4d, https://www.peekvids.com/watch?v=NkYQhbpymXa, https://www.peekvids.com/watch?v=muQe-y_2YFl,
https://www.peekvids.com/watch?v=G-EK6bA0Ab4, https://www.peekvids.com/watch?v=nCLpuprR2I4, https://www.peekvids.com/watch?v=IFNAZ90-IQt,
https://www.peekvids.com/watch?v=Nh11bkCC4MV, https://www.peekvids.com/watch?v=pTbgjsB-3hh, https://www.peekvids.com/watch?v=zG3bscD4kMr,
https://www.peekvids.com/watch?v=qaKWLFEjih9, https://www.peekvids.com/watch?v=XEkq53MO1_Y, https://www.peekvids.com/watch?v=9-b3LzzrjpH,
https://www.peekvids.com/watch?v=HNjPFt_J2Il
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: LivinJoy
5.b. Uploader's email address: sweetrolly@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=LivinJoy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=bhCdYZgIgkb, https://www.peekvids.com/watch?v=d-uoeYTi0v9,
https://www.peekvids.com/watch?v=tfS8Wbtc03e, https://www.peekvids.com/watch?v=glwAghpMDNj, https://www.peekvids.com/watch?v=mR3qBUtd3M3,
https://www.peekvids.com/watch?v=wzBggoQoWmM, https://www.peekvids.com/watch?v=CXLtLmTYLrW, https://www.peekvids.com/watch?v=zPzIubMPmRJ,
https://www.peekvids.com/watch?v=GtDgoyJTT-b, https://www.peekvids.com/watch?v=nR6ujQMzsSm, https://www.peekvids.com/watch?v=REdFyheiiql,
https://www.peekvids.com/watch?v=PcvfVet3zml, https://www.peekvids.com/watch?v=kIk8neVtzdX, https://www.peekvids.com/watch?v=JOMJkuW0PMK,
https://www.peekvids.com/watch?v=RTkC29l3LFx, https://www.peekvids.com/watch?v=LVLRPvFsAn3, https://www.peekvids.com/watch?v=zHanUfvVk2O,
https://www.peekvids.com/watch?v=ezsZAVJ3FTt, https://www.peekvids.com/watch?v=G7IHRoObWuU, https://www.peekvids.com/watch?v=PPs90Qs5mav,
https://www.peekvids.com/watch?v=qiuOp9WN2jz, https://www.peekvids.com/watch?v=a5I80eGcZ3m, https://www.peekvids.com/watch?v=Ty4zncI4bhR,
https://www.peekvids.com/watch?v=Z3zk3KmF2pK, https://www.peekvids.com/watch?v=mOj0tRQruTc, https://www.peekvids.com/watch?v=z6i88poz0Qm,
https://www.peekvids.com/watch?v=Yar5grsrg-l, https://www.peekvids.com/watch?v=69rTHocvVtg, https://www.peekvids.com/watch?v=s9jFXmVIOWr,
https://www.peekvids.com/watch?v=gyYnHgldMUD, https://www.peekvids.com/watch?v=PYrdSGwq5Ab, https://www.peekvids.com/watch?v=9uB7WaVIy8N,
https://www.peekvids.com/watch?v=xnUfHnW-LWS, https://www.peekvids.com/watch?v=U5r0wRCmiOv, https://www.peekvids.com/watch?v=lRXkCGTIorb,
https://www.peekvids.com/watch?v=iy6xYNGR8J7, https://www.peekvids.com/watch?v=fl-SRoRe6RQ, https://www.peekvids.com/watch?v=Z3Rd3cyDy5n,
https://www.peekvids.com/watch?v=YtrS0EKuJQH, https://www.peekvids.com/watch?v=b5urFTrpn7e, https://www.peekvids.com/watch?v=oc80P2Jb7lD,
https://www.peekvids.com/watch?v=WAFg4ndUhHY, https://www.peekvids.com/watch?v=5YfhH9TxTUJ, https://www.peekvids.com/watch?v=B4kK02vcJC7,
https://www.peekvids.com/watch?v=2Pn8Hae6bXc, https://www.peekvids.com/watch?v=PYIFCzfiL9a, https://www.peekvids.com/watch?v=2PNhYrcznlx,
https://www.peekvids.com/watch?v=FBvxLWBy9Mc, https://www.peekvids.com/watch?v=vqaJYatpxZ4, https://www.peekvids.com/watch?v=HQyJ3Z9zTw9,
https://www.peekvids.com/watch?v=0Dl02y0xttP, https://www.peekvids.com/watch?v=bcJ-dNaAzm7, https://www.peekvids.com/watch?v=7nr2tM2INVL,
https://www.peekvids.com/watch?v=hByvicjWM5s, https://www.peekvids.com/watch?v=DybhliO0gQE, https://www.peekvids.com/watch?v=ZEEXgGPKKuY,
https://www.peekvids.com/watch?v=m3E-Qrtp4fw, https://www.peekvids.com/watch?v=gXzG6gqTpjy, https://www.peekvids.com/watch?v=0GqHISNpuoP,
https://www.peekvids.com/watch?v=DMu5NixY498, https://www.peekvids.com/watch?v=l48ey-FNct2, https://www.peekvids.com/watch?v=L6BWmZIvs7z,
https://www.peekvids.com/watch?v=PWRCWGqSH7x, https://www.peekvids.com/watch?v=RvAnUV98pfr, https://www.peekvids.com/watch?v=zKPuP6LrhI7,
https://www.peekvids.com/watch?v=4JQFomF2ssd, https://www.peekvids.com/watch?v=HA-eKdIutJx, https://www.peekvids.com/watch?v=SdmTbKtWvgY,
https://www.peekvids.com/watch?v=IfE-I-3GLpx, https://www.peekvids.com/watch?v=pUd7zVw9yeT, https://www.peekvids.com/watch?v=aduNamL8IX4,
https://www.peekvids.com/watch?v=V0KpXvVjtXV, https://www.peekvids.com/watch?v=hKDRiT6D3gL, https://www.peekvids.com/watch?v=KHtmXWXmGYp,
https://www.peekvids.com/watch?v=7UoUHvNKEsl, https://www.peekvids.com/watch?v=jB65-SfkMeG, https://www.peekvids.com/watch?v=NfHZ0zt9yjd,
https://www.peekvids.com/watch?v=TajL9aTwrpn, https://www.peekvids.com/watch?v=NcTUxHirNud, https://www.peekvids.com/watch?v=b8yh-UEWcu2,
https://www.peekvids.com/watch?v=wBfAqz5cNmA, https://www.peekvids.com/watch?v=I2HanT03Ydm, https://www.peekvids.com/watch?v=ivomE3CsPq0,
https://www.peekvids.com/watch?v=FNEVnraElwK, https://www.peekvids.com/watch?v=JIhqEW2JVrk, https://www.peekvids.com/watch?v=MJQwqM2CCyY,
https://www.peekvids.com/watch?v=rTKIrpzKQxp, https://www.peekvids.com/watch?v=5h9OejYW4mB, https://www.peekvids.com/watch?v=6Ww-A5llCkj,
https://www.peekvids.com/watch?v=r8CjWrGuEKu, https://www.peekvids.com/watch?v=IaH0wK83W8P, https://www.peekvids.com/watch?v=Q3PNJRcNQ2L,
https://www.peekvids.com/watch?v=HXb-D06C6DZ, https://www.peekvids.com/watch?v=ZZyIjiH4Uau, https://www.peekvids.com/watch?v=i6RBFZUWrpO,
https://www.peekvids.com/watch?v=0CPaLi6owPS, https://www.peekvids.com/watch?v=B-6TSe2I9xb, https://www.peekvids.com/watch?v=oYoH8Kjv-9I,
https://www.peekvids.com/watch?v=yzVYigCrtKH, https://www.peekvids.com/watch?v=hQEVyARR7Kb, https://www.peekvids.com/watch?v=A2p-luuRLhZ,
https://www.peekvids.com/watch?v=AdXIfehvUJ9, https://www.peekvids.com/watch?v=DncdXB4nhGA, https://www.peekvids.com/watch?v=YExmrXbifLY,
https://www.peekvids.com/watch?v=JTymWRBVRUK, https://www.peekvids.com/watch?v=N47MD94d07F, https://www.peekvids.com/watch?v=4275rPEuRim,
https://www.peekvids.com/watch?v=iEiDGy36Ixo, https://www.peekvids.com/watch?v=0QfcN6QkckT, https://www.peekvids.com/watch?v=MqQQmunq-bI,
https://www.peekvids.com/watch?v=UlAQWZPipHM, https://www.peekvids.com/watch?v=G393uqXQwql, https://www.peekvids.com/watch?v=fKW63OwBmCk,
https://www.peekvids.com/watch?v=ZsjgRI0hxaC, https://www.peekvids.com/watch?v=EeQUOQQ3bwj, https://www.peekvids.com/watch?v=C-lFLDDQ5zu,
https://www.peekvids.com/watch?v=zikwSvRdVlQ, https://www.peekvids.com/watch?v=3ziasRO6nLD, https://www.peekvids.com/watch?v=-9Hy5NKI-6M,
https://www.peekvids.com/watch?v=bjvoP7vtzm8, https://www.peekvids.com/watch?v=j0IPQAZfNwr, https://www.peekvids.com/watch?v=5dPlLmDlSwY,
https://www.peekvids.com/watch?v=X9uzFzmFMbl, https://www.peekvids.com/watch?v=Gthq6dAEnId, https://www.peekvids.com/watch?v=by9y9MGWGMT,
https://www.peekvids.com/watch?v=xxvGhUr4M3Y, https://www.peekvids.com/watch?v=B-PEaKfRp2u, https://www.peekvids.com/watch?v=rk303GCcuzo,
https://www.peekvids.com/watch?v=YALrWADB7Eh, https://www.peekvids.com/watch?v=w0mftxLmImZ, https://www.peekvids.com/watch?v=66gbjz5fTOJ,
https://www.peekvids.com/watch?v=qMtNO4A9lv4, https://www.peekvids.com/watch?v=9AiWBO9RODn, https://www.peekvids.com/watch?v=RebjxrmGQxk,
https://www.peekvids.com/watch?v=fpql904ZBUx, https://www.peekvids.com/watch?v=tGLp8E2-cOG, https://www.peekvids.com/watch?v=rStMkpGkeow,
https://www.peekvids.com/watch?v=hAGbbjzGtvd, https://www.peekvids.com/watch?v=QzH6yQ5EvUC, https://www.peekvids.com/watch?v=XuIZDTmUbJc,

https://www.peekvids.com/watch?v=bgzg-H80N5p, https://www.peekvids.com/watch?v=Zb3EbuFnTGo, https://www.peekvids.com/watch?v=NBgMc5fqkkc,
https://www.peekvids.com/watch?v=e3NAVLk8R-p, https://www.peekvids.com/watch?v=5wGhniLqGGW, https://www.peekvids.com/watch?v=QpPJbZjSoeu,
https://www.peekvids.com/watch?v=UA2fUL9gCxX, https://www.peekvids.com/watch?v=0k2juCUUHDe, https://www.peekvids.com/watch?v=BKkJy3VvcDK,
https://www.peekvids.com/watch?v=lgfHR6GRFUJ, https://www.peekvids.com/watch?v=ccTzXH9f20F, https://www.peekvids.com/watch?v=jzzyFY63fUA,
https://www.peekvids.com/watch?v=hqNmfomOyJ5, https://www.peekvids.com/watch?v=srxsBivmGqV, https://www.peekvids.com/watch?v=Plfv3oISbct,
https://www.peekvids.com/watch?v=gk98GXkY3Le, https://www.peekvids.com/watch?v=X7SsEM4kBCW, https://www.peekvids.com/watch?v=Q0UdlocJYar,
https://www.peekvids.com/watch?v=LiV6LUFGbOb, https://www.peekvids.com/watch?v=Ei697vCqMYu, https://www.peekvids.com/watch?v=sjD5kSm9AbM,
https://www.peekvids.com/watch?v=g7afTTUIVmu, https://www.peekvids.com/watch?v=0X05i-gQy5b, https://www.peekvids.com/watch?v=A3yLBYrMXGF,
https://www.peekvids.com/watch?v=xrioBsSmd7d, https://www.peekvids.com/watch?v=Aj4USc0Ol5-, https://www.peekvids.com/watch?v=5-yxeDCre-y,
https://www.peekvids.com/watch?v=fNXvknt9TYM, https://www.peekvids.com/watch?v=zTg5onC6dZr, https://www.peekvids.com/watch?v=BJLSt0p3giC,
https://www.peekvids.com/watch?v=B3TnYKAxSAb, https://www.peekvids.com/watch?v=caV3yV0o2lN, https://www.peekvids.com/watch?v=zXPr3eixKKl,
https://www.peekvids.com/watch?v=bCV9YX8FTp7, https://www.peekvids.com/watch?v=6i4nzjN5zz6, https://www.peekvids.com/watch?v=rxO4ZNoT5qr,
https://www.peekvids.com/watch?v=80QwM5T4oVQ, https://www.peekvids.com/watch?v=Ok7GcYcGZj4, https://www.peekvids.com/watch?v=vn3b9bxFdXq,
https://www.peekvids.com/watch?v=TRNWuQBF0ZR, https://www.peekvids.com/watch?v=FZ9TgpwUhxo, https://www.peekvids.com/watch?v=BkDaEp4Ojz2,
https://www.peekvids.com/watch?v=yC-EL90joZA, https://www.peekvids.com/watch?v=XIW3CvgFxYr, https://www.peekvids.com/watch?v=2S5I8Cil9KY,
https://www.peekvids.com/watch?v=j-bPzcrVqkE, https://www.peekvids.com/watch?v=lKUQAMqdkl6, https://www.peekvids.com/watch?v=vGGAeVC0deq,
https://www.peekvids.com/watch?v=9SeJw-mzTNa, https://www.peekvids.com/watch?v=biupiNcWfJq, https://www.peekvids.com/watch?v=SphAJT9Lgbd,
https://www.peekvids.com/watch?v=YcDdyrAt8pb, https://www.peekvids.com/watch?v=65pg7FWEi4Z, https://www.peekvids.com/watch?v=4yTtppn3iYM,
https://www.peekvids.com/watch?v=PeDXiWUR7ER, https://www.peekvids.com/watch?v=qmvsYvyZDrg, https://www.peekvids.com/watch?v=UNoWncL-TCm,
https://www.peekvids.com/watch?v=ozbRQo5abf2, https://www.peekvids.com/watch?v=buERh3FiwSt, https://www.peekvids.com/watch?v=kFm0C32waOP,
https://www.peekvids.com/watch?v=TNpRpLM7bza, https://www.peekvids.com/watch?v=8PZuyBvLs4T, https://www.peekvids.com/watch?v=w-HSjgv0XXW,
https://www.peekvids.com/watch?v=i82XVARiuZz, https://www.peekvids.com/watch?v=drGjyJgIYge, https://www.peekvids.com/watch?v=jUjuYbDwIbX,
https://www.peekvids.com/watch?v=HPkciIL5e39, https://www.peekvids.com/watch?v=8RGjka5Ro0Z, https://www.peekvids.com/watch?v=gxlEGJR6R4f,
https://www.peekvids.com/watch?v=INrvSOGfZ5u, https://www.peekvids.com/watch?v=78urLb5bBAE, https://www.peekvids.com/watch?v=6M3xEniXTBZ,
https://www.peekvids.com/watch?v=DwAQVSA45aQ, https://www.peekvids.com/watch?v=rWwbcGhth0H, https://www.peekvids.com/watch?v=VGJ-mxtPEWx,
https://www.peekvids.com/watch?v=9K2eBm-l-0Y, https://www.peekvids.com/watch?v=EXdRWIgLYwW, https://www.peekvids.com/watch?v=Bn-xxRGBYHH,
https://www.peekvids.com/watch?v=Zol82h0weFJ, https://www.peekvids.com/watch?v=vw44i6XO38m, https://www.peekvids.com/watch?v=ahCdJYSebT8,
https://www.peekvids.com/watch?v=tzREyMM-Mt4, https://www.peekvids.com/watch?v=R3lHX-Dwj9D, https://www.peekvids.com/watch?v=qtwU8TaUN4x,
https://www.peekvids.com/watch?v=LWq0xA8pBxb, https://www.peekvids.com/watch?v=Hn8rIuikvhT, https://www.peekvids.com/watch?v=K5ExCbqDpzE,
https://www.peekvids.com/watch?v=q2ASsmi5pG7, https://www.peekvids.com/watch?v=-onTMVy8tBm, https://www.peekvids.com/watch?v=0hFEXuJ3j3S,
https://www.peekvids.com/watch?v=RbPG9bMc80O, https://www.peekvids.com/watch?v=Rx4kodXoY-i, https://www.peekvids.com/watch?v=YqYdtsGimjE,
https://www.peekvids.com/watch?v=neRLUz37Nep, https://www.peekvids.com/watch?v=Q6HBZE2rfId, https://www.peekvids.com/watch?v=i4A62ZIq7qv,
https://www.peekvids.com/watch?v=myo4vgQ8R2F, https://www.peekvids.com/watch?v=d79506ZPNur, https://www.peekvids.com/watch?v=GyL28OpZTpN,
https://www.peekvids.com/watch?v=SyzUOHEJ8v5, https://www.peekvids.com/watch?v=5bqLTRQoFOf, https://www.peekvids.com/watch?v=jFNQNqPOfFC,
https://www.peekvids.com/watch?v=0WiSZSQN-bq, https://www.peekvids.com/watch?v=x5sBWTx8x8B, https://www.peekvids.com/watch?v=oba5vNNwwnT,
https://www.peekvids.com/watch?v=MLe9PJ24vRE, https://www.peekvids.com/watch?v=x5mwhKH8xY-, https://www.peekvids.com/watch?v=Vqs50qV763b,
https://www.peekvids.com/watch?v=fbGLa8v3kRI, https://www.peekvids.com/watch?v=QzdscJxhtlN, https://www.peekvids.com/watch?v=ob73dZkq9-L,
https://www.peekvids.com/watch?v=e5EQ0zBeXgT, https://www.peekvids.com/watch?v=BHSvOqZmoLp, https://www.peekvids.com/watch?v=aU-aiV2sJGh,
https://www.peekvids.com/watch?v=Y8vx8cMKxBH, https://www.peekvids.com/watch?v=Atmxgnnd89C, https://www.peekvids.com/watch?v=rLZGdp83aaV,
https://www.peekvids.com/watch?v=gTFYYRW7cRj, https://www.peekvids.com/watch?v=ZZbZaiCRmrR, https://www.peekvids.com/watch?v=Gqm0IEeEdTf,
https://www.peekvids.com/watch?v=YXk4KCmLSqs, https://www.peekvids.com/watch?v=G2irxdXpro0, https://www.peekvids.com/watch?v=dIfsh2o3BxR,
https://www.peekvids.com/watch?v=VglV4jiUMgO, https://www.peekvids.com/watch?v=MmAak7bncku, https://www.peekvids.com/watch?v=yHtteqo9fPA,
https://www.peekvids.com/watch?v=jamLi9fHrbx, https://www.peekvids.com/watch?v=PuT0GArYAop, https://www.peekvids.com/watch?v=AArrLJUpmuA,
https://www.peekvids.com/watch?v=3Y90hNI3N97, https://www.peekvids.com/watch?v=tswMuN39RhR, https://www.peekvids.com/watch?v=LYP5aVSRS9Q,
https://www.peekvids.com/watch?v=WqnzZoqKeXW, https://www.peekvids.com/watch?v=w73Eft5O0Ln, https://www.peekvids.com/watch?v=E-jp7X9iPrY,
https://www.peekvids.com/watch?v=0EcPnt76ZMG, https://www.peekvids.com/watch?v=eUcs2HjyOtG, https://www.peekvids.com/watch?v=zdfAFREmpGl,
https://www.peekvids.com/watch?v=2EmGDIYrK56, https://www.peekvids.com/watch?v=dYLv3eYBshQ, https://www.peekvids.com/watch?v=283YdxZe9ck,
https://www.peekvids.com/watch?v=s6MiztY7CQR, https://www.peekvids.com/watch?v=KFRSedML5df, https://www.peekvids.com/watch?v=cxhTTJVyNm5,
https://www.peekvids.com/watch?v=RR-Bjr4obPQ, https://www.peekvids.com/watch?v=I7klz2gFfNR, https://www.peekvids.com/watch?v=XtuYVpPfdai,
https://www.peekvids.com/watch?v=HZF74Edingh, https://www.peekvids.com/watch?v=pvvd0pt5USe, https://www.peekvids.com/watch?v=Mi6k7KEtNyZ,
https://www.peekvids.com/watch?v=jowaoZzMYr3, https://www.peekvids.com/watch?v=fPd6FmE52Pq, https://www.peekvids.com/watch?v=Q3lL7BwTvzG,
https://www.peekvids.com/watch?v=Wqw3rh7b65G, https://www.peekvids.com/watch?v=QoW7HRQqVb2, https://www.peekvids.com/watch?v=RRoyfF5fgvm,
https://www.peekvids.com/watch?v=a0UzvxqfEHw, https://www.peekvids.com/watch?v=ETxZbICoVEG, https://www.peekvids.com/watch?v=9xMYPisSDBr,
https://www.peekvids.com/watch?v=wC3jPDJRaXY, https://www.peekvids.com/watch?v=7y9Ntit3xz6, https://www.peekvids.com/watch?v=u0Dbhq5i0ic,
https://www.peekvids.com/watch?v=DQGgsisZGyn
5.f. Date of third notice: 2015-05-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lloylllo
5.b. Uploader's email address: rfrankrkoo@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lloylllo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=l-3IHphAjoj, https://www.peekvids.com/watch?v=yXMOTFFRYp9,
https://www.peekvids.com/watch?v=mOM-M39pCxi, https://www.peekvids.com/watch?v=QD9CgfhfX9b, https://www.peekvids.com/watch?v=ZQLXQJok0vi,
https://www.peekvids.com/watch?v=kIwy-u51xtC, https://www.peekvids.com/watch?v=UJhvfJSmh12, https://www.peekvids.com/watch?v=Th45VwNjaUs,
https://www.peekvids.com/watch?v=R1uhVdB0aZw, https://www.peekvids.com/watch?v=ObrLWwvohHp, https://www.peekvids.com/watch?v=smDQHODP4uJ,
https://www.peekvids.com/watch?v=W70NWUCeCgg, https://www.peekvids.com/watch?v=FjpvP8FDO1I, https://www.peekvids.com/watch?v=TGYSCdxN4vg,
https://www.peekvids.com/watch?v=lTkH1CtLqqN, https://www.peekvids.com/watch?v=IPYTBAxg75A, https://www.peekvids.com/watch?v=atGMhtpTBO4,
https://www.peekvids.com/watch?v=23D-vW6BQKH, https://www.peekvids.com/watch?v=bNGqXn9A1G3, https://www.peekvids.com/watch?v=SWT6egS3pYq,
https://www.peekvids.com/watch?v=h81HTH3ENjw, https://www.peekvids.com/watch?v=bispqQNvgps, https://www.peekvids.com/watch?v=pX_i_v-S5Wl,
https://www.peekvids.com/watch?v=rNDjB_ld0E9, https://www.peekvids.com/watch?v=j15LsxtwGHd, https://www.peekvids.com/watch?v=7XdPJ4iQUfw,
https://www.peekvids.com/watch?v=LF0aFOZ8due, https://www.peekvids.com/watch?v=uLICNHT9hVK, https://www.peekvids.com/watch?v=0kjtwJ1LCG5,
https://www.peekvids.com/watch?v=znWOYGtLlUM, https://www.peekvids.com/watch?v=UlZbBRAUrAY, https://www.peekvids.com/watch?v=Vlv69EDpY3K,
https://www.peekvids.com/watch?v=bZdLo6pesEo, https://www.peekvids.com/watch?v=ZKEiPp8momF, https://www.peekvids.com/watch?v=m56x8xKXIZn,
https://www.peekvids.com/watch?v=wELT8mqliTX, https://www.peekvids.com/watch?v=iIYBu6WeuSv, https://www.peekvids.com/watch?v=loM8IhlXyHc,
https://www.peekvids.com/watch?v=vRxxAW7V-1O, https://www.peekvids.com/watch?v=2Z-q-MUui2U, https://www.peekvids.com/watch?v=MyeqXerz35r,
https://www.peekvids.com/watch?v=qKGS3mhwRxE, https://www.peekvids.com/watch?v=azCaxeWs3UK, https://www.peekvids.com/watch?v=MTs0jlWcKze,
https://www.peekvids.com/watch?v=NZlEmDaKezZ, https://www.peekvids.com/watch?v=uDpXfpOTk70, https://www.peekvids.com/watch?v=U_odFxsu-FY,
https://www.peekvids.com/watch?v=wQjDi5xuM3Y, https://www.peekvids.com/watch?v=fCdnZnBwa0j, https://www.peekvids.com/watch?v=96BPvO4p8FV,
https://www.peekvids.com/watch?v=psyBh-cCxBf, https://www.peekvids.com/watch?v=VgOYYmc3fYL, https://www.peekvids.com/watch?v=C1AyY20kWVX,
https://www.peekvids.com/watch?v=oMiGcOwcr2C, https://www.peekvids.com/watch?v=P6JVOdo99xn, https://www.peekvids.com/watch?v=F69jOBlztEe,
https://www.peekvids.com/watch?v=riKs_yj1fhF, https://www.peekvids.com/watch?v=sst_tYTDDpZ, https://www.peekvids.com/watch?v=Nh5dnAKETP4,
https://www.peekvids.com/watch?v=4oeUBzj1XuB, https://www.peekvids.com/watch?v=tF2uKx49wsV, https://www.peekvids.com/watch?v=XPbJ3oWI8Sh,
https://www.peekvids.com/watch?v=l6LR3XVTdwA, https://www.peekvids.com/watch?v=cm3f4RQDLX9, https://www.peekvids.com/watch?v=gJ7Cq5238E9,
https://www.peekvids.com/watch?v=oFBRDTpnl4R, https://www.peekvids.com/watch?v=ZT-WmGBEJ7z, https://www.peekvids.com/watch?v=vCypDon5t8j,
https://www.peekvids.com/watch?v=xobK4fLH65S, https://www.peekvids.com/watch?v=8SM8OGZanrg, https://www.peekvids.com/watch?v=vddfCPBiUxO,
https://www.peekvids.com/watch?v=NWCIyIH2r3T, https://www.peekvids.com/watch?v=IsgJLgfDcVP, https://www.peekvids.com/watch?v=7LUe6JqiI7A,
https://www.peekvids.com/watch?v=BYGLz-UfdgY, https://www.peekvids.com/watch?v=z_lTVn04DZc, https://www.peekvids.com/watch?v=675FyK73WQH,
https://www.peekvids.com/watch?v=h5uFbygGaFn, https://www.peekvids.com/watch?v=vD4f5W1aAEc, https://www.peekvids.com/watch?v=rtyNaX8CkAS,
https://www.peekvids.com/watch?v=vswBhW4NT1j, https://www.peekvids.com/watch?v=vSTE7X1ZD9M, https://www.peekvids.com/watch?v=6ItetiZSoJI,
https://www.peekvids.com/watch?v=ZPp0vh_-oFC, https://www.peekvids.com/watch?v=H7x_burXgEK, https://www.peekvids.com/watch?v=jtv3zR3QBFT,
https://www.peekvids.com/watch?v=9GzZvp4Lq_l, https://www.peekvids.com/watch?v=fLRjwJwMIjQ, https://www.peekvids.com/watch?v=51562282MP9,
https://www.peekvids.com/watch?v=ZqwDDUiAebi, https://www.peekvids.com/watch?v=qlBavFnU9lC, https://www.peekvids.com/watch?v=3Z5uVR8rMFb,
https://www.peekvids.com/watch?v=f3OBnfURP8C, https://www.peekvids.com/watch?v=ZYfnZZWUEB2, https://www.peekvids.com/watch?v=4YJrlEwr8uf,
https://www.peekvids.com/watch?v=PQUGzNoLi9j, https://www.peekvids.com/watch?v=NgQA00Z3yJO, https://www.peekvids.com/watch?v=mVV1Qe0g45d,
https://www.peekvids.com/watch?v=5LijRbjPFbV, https://www.peekvids.com/watch?v=i8ofop2-Qiz, https://www.peekvids.com/watch?v=iCFZOPsIlZi,
https://www.peekvids.com/watch?v=NX5jSRiBc82, https://www.peekvids.com/watch?v=Z-RrVW7B9Lr, https://www.peekvids.com/watch?v=eV4j0Ad4CPI,
https://www.peekvids.com/watch?v=Ino8IyW8XnV, https://www.peekvids.com/watch?v=7UOqktluk6c, https://www.peekvids.com/watch?v=CRKg5Wft-ks,
https://www.peekvids.com/watch?v=OP5DNn7u5Pw, https://www.peekvids.com/watch?v=BXn-Jmbglat, https://www.peekvids.com/watch?v=OPxGy1jbOZo,
https://www.peekvids.com/watch?v=Htqr4R5KInR, https://www.peekvids.com/watch?v=Wi7M1O75y5C, https://www.peekvids.com/watch?v=bQRg6Io9w7e,
https://www.peekvids.com/watch?v=b9Gfx5KYDQ0, https://www.peekvids.com/watch?v=hQh46PTZyN9, https://www.peekvids.com/watch?v=kiNEmVJ_d5C,
https://www.peekvids.com/watch?v=49DxXIwWlep, https://www.peekvids.com/watch?v=KFS7j4E9jU6, https://www.peekvids.com/watch?v=6uFSR1Ydsmv,
https://www.peekvids.com/watch?v=e63S_emDwG6, https://www.peekvids.com/watch?v=PNh0N8ix8mt, https://www.peekvids.com/watch?v=LvkiLutVgBK,
https://www.peekvids.com/watch?v=8Rmbnq2kfqj, https://www.peekvids.com/watch?v=RyKkGY9_gPL, https://www.peekvids.com/watch?v=Xn5pF5PfYFE,
https://www.peekvids.com/watch?v=RxNRz6lmtPz, https://www.peekvids.com/watch?v=KV_cn5MBGep, https://www.peekvids.com/watch?v=laYbhaPDq9V,
https://www.peekvids.com/watch?v=jPoqRC69mRb, https://www.peekvids.com/watch?v=tJs8snMYDrI, https://www.peekvids.com/watch?v=ZsF8sPMXwkD,
https://www.peekvids.com/watch?v=cTcs5jYhqJB, https://www.peekvids.com/watch?v=QcbdmkgFrYA, https://www.peekvids.com/watch?v=pD0xge4NV_V,
https://www.peekvids.com/watch?v=xx0G-OMvg7L, https://www.peekvids.com/watch?v=2ZkK0lRfQSR, https://www.peekvids.com/watch?v=If21412nAj0,
https://www.peekvids.com/watch?v=BaaPiGpsJaP, https://www.peekvids.com/watch?v=YPCGJAejjzG, https://www.peekvids.com/watch?v=xbHmCAv9LBD,
https://www.peekvids.com/watch?v=C3BRYr4LBfW, https://www.peekvids.com/watch?v=AFw092iBWV3, https://www.peekvids.com/watch?v=dO17soHxBme,
https://www.peekvids.com/watch?v=cIXod4nAk5K
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Lombard2015
5.b. Uploader's email address: axelduos2015@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Lombard2015
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=rouqn_FHYYz, https://www.peekvids.com/watch?v=o8A35lkedPF,
https://www.peekvids.com/watch?v=HPKJEiwrlfK, https://www.peekvids.com/watch?v=KDmaGF6__G5, https://www.peekvids.com/watch?v=Ixy1uysOa4a,
https://www.peekvids.com/watch?v=8K6BhfduVv0, https://www.peekvids.com/watch?v=I4FPIwoy02V, https://www.peekvids.com/watch?v=eWukEQVPZN8,
https://www.peekvids.com/watch?v=Vs3NDq-HTPn, https://www.peekvids.com/watch?v=N74pMS3a1tM, https://www.peekvids.com/watch?v=UzOyvAV0GVy,
https://www.peekvids.com/watch?v=SnumCr27bfF, https://www.peekvids.com/watch?v=ZyyHcTkcYmy, https://www.peekvids.com/watch?v=h9rG5bgDdhx,
https://www.peekvids.com/watch?v=Vfq838qYhiA, https://www.peekvids.com/watch?v=4vyDDYk_20q, https://www.peekvids.com/watch?v=bPsR7e31-M9,
https://www.peekvids.com/watch?v=MlHFFBqVDxx, https://www.peekvids.com/watch?v=THZP5E6PhkP, https://www.peekvids.com/watch?v=pr2J4rkmZJw,
https://www.peekvids.com/watch?v=L1lNR76wrGh, https://www.peekvids.com/watch?v=h8uRsqLOz_C, https://www.peekvids.com/watch?v=aMv-CvtQuRn,
https://www.peekvids.com/watch?v=2UPqYOsFCrk, https://www.peekvids.com/watch?v=g_VlAoOK-SR, https://www.peekvids.com/watch?v=x9zds7TdX62,
https://www.peekvids.com/watch?v=9QUmBZKSbvU, https://www.peekvids.com/watch?v=SDiHtYxrP_5, https://www.peekvids.com/watch?v=rruQwT_RdAg,
https://www.peekvids.com/watch?v=MkdfD85BSUN, https://www.peekvids.com/watch?v=8Bx8xRD4bCC, https://www.peekvids.com/watch?v=KAg8V1QOeCk,
https://www.peekvids.com/watch?v=OvySelwqyxa, https://www.peekvids.com/watch?v=Wmr9YZafJT2, https://www.peekvids.com/watch?v=hvmsY7fpkDJ,
https://www.peekvids.com/watch?v=KlbSo5yiJ19, https://www.peekvids.com/watch?v=H1ONL7NXUQq, https://www.peekvids.com/watch?v=n4KMdVhpW94,
https://www.peekvids.com/watch?v=EqZGYlA7734, https://www.peekvids.com/watch?v=97TCDfcYafI, https://www.peekvids.com/watch?v=vcr-5iDX4IB,
https://www.peekvids.com/watch?v=9A0tOO1QS1s, https://www.peekvids.com/watch?v=FEsDxSho6JW, https://www.peekvids.com/watch?v=BuHJa2L5mJR,
https://www.peekvids.com/watch?v=3q7QGeKnDHa, https://www.peekvids.com/watch?v=EDMWDd4eF0A, https://www.peekvids.com/watch?v=Ch_B5C2xfUp,
https://www.peekvids.com/watch?v=jFG74GWwDKB, https://www.peekvids.com/watch?v=CHW5mW9au37, https://www.peekvids.com/watch?v=HLgh5jnE7DP,
https://www.peekvids.com/watch?v=QsKEChy0T9S, https://www.peekvids.com/watch?v=PgtiTRdRINk, https://www.peekvids.com/watch?v=WDPZfe8Kx7n,
https://www.peekvids.com/watch?v=9He3Oahhaa5, https://www.peekvids.com/watch?v=nCMdpf_WasB, https://www.peekvids.com/watch?v=lr4ZQmPKdXL,
https://www.peekvids.com/watch?v=vlTu-pJGK45, https://www.peekvids.com/watch?v=x6QiIB5nO_9, https://www.peekvids.com/watch?v=GtF_3MARqxd,

https://www.peekvids.com/watch?v=cpQC6LGFgDT, https://www.peekvids.com/watch?v=xzFq2HrpAyH, https://www.peekvids.com/watch?v=m6g6sQWptz7,
https://www.peekvids.com/watch?v=4GVPhDwQ60A, https://www.peekvids.com/watch?v=6vU3Hft6AEL, https://www.peekvids.com/watch?v=CdtEq_EUiRz,
https://www.peekvids.com/watch?v=m2zYJVW5JbA, https://www.peekvids.com/watch?v=p5uQWyGcRgM, https://www.peekvids.com/watch?v=FsMiTLqToKm,
https://www.peekvids.com/watch?v=obj8JBt3GZo, https://www.peekvids.com/watch?v=MWugw0DJreW, https://www.peekvids.com/watch?v=0thwiciQVGu,
https://www.peekvids.com/watch?v=lmM3_8nRJXe, https://www.peekvids.com/watch?v=5g_E6pR1HUY, https://www.peekvids.com/watch?v=bgi0fwzZ13i,
https://www.peekvids.com/watch?v=nqniyE1Qs5P, https://www.peekvids.com/watch?v=iG96SN6f0aD, https://www.peekvids.com/watch?v=y1FdrU3ePLJ,
https://www.peekvids.com/watch?v=i8YLTFSZKGZ, https://www.peekvids.com/watch?v=y_EN6Y5GfQd, https://www.peekvids.com/watch?v=luRBEA6INlt,
https://www.peekvids.com/watch?v=cW4vRlsjaII, https://www.peekvids.com/watch?v=IRSlbP-OE-k, https://www.peekvids.com/watch?v=sxQa6BC9iQR,
https://www.peekvids.com/watch?v=AklpvohWsOr, https://www.peekvids.com/watch?v=qe7kmT6kv5T, https://www.peekvids.com/watch?v=3ZDsC7PGfTi,
https://www.peekvids.com/watch?v=CwzSYwgxVLk, https://www.peekvids.com/watch?v=nMvLP06CVfD, https://www.peekvids.com/watch?v=iZbjojpcNyf,
https://www.peekvids.com/watch?v=CCnIvTlkPq4, https://www.peekvids.com/watch?v=P1kV8tnyCsD, https://www.peekvids.com/watch?v=nteZ_HwglX6,
https://www.peekvids.com/watch?v=g9PjMYL_ECt, https://www.peekvids.com/watch?v=T5eEeC-xjLc, https://www.peekvids.com/watch?v=FPSJKzApC7k,
https://www.peekvids.com/watch?v=2dr4IVmxO5S, https://www.peekvids.com/watch?v=3h-j1_wYfm7, https://www.peekvids.com/watch?v=YSqIOsBPp8r,
https://www.peekvids.com/watch?v=6JjrIsE1t04, https://www.peekvids.com/watch?v=rqxD49XB6Pc, https://www.peekvids.com/watch?v=9HiLJ3xZj_P,
https://www.peekvids.com/watch?v=Q_E-BDr4WiS, https://www.peekvids.com/watch?v=HejKR2aef-h, https://www.peekvids.com/watch?v=Gys4GPZcKGp,
https://www.peekvids.com/watch?v=zcb-n6P1-yx, https://www.peekvids.com/watch?v=DTPyRy6XtKG, https://www.peekvids.com/watch?v=fwU5XdkxqVb,
https://www.peekvids.com/watch?v=zFHwQUwYj-F, https://www.peekvids.com/watch?v=S3RBGtD_b-S, https://www.peekvids.com/watch?v=8XOSXtW0OSY,
https://www.peekvids.com/watch?v=A8RXMQ_mO60, https://www.peekvids.com/watch?v=xQGYSR9wI5u, https://www.peekvids.com/watch?v=iuBWusgT42i,
https://www.peekvids.com/watch?v=azcU3ZzQsyQ, https://www.peekvids.com/watch?v=XhwB9CXvlQp, https://www.peekvids.com/watch?v=Of2ceLIUFyc,
https://www.peekvids.com/watch?v=BVPIw_XcgoP, https://www.peekvids.com/watch?v=ys0HdRnPpHc, https://www.peekvids.com/watch?v=QrfiU1LLaqe,
https://www.peekvids.com/watch?v=cNs8Wu9K6Tk, https://www.peekvids.com/watch?v=ImLSlXtbXYX, https://www.peekvids.com/watch?v=FLUmSQAQpLf,
https://www.peekvids.com/watch?v=J606eX2Lwds, https://www.peekvids.com/watch?v=Zi_mdSibnnp, https://www.peekvids.com/watch?v=Ncpq8uvMqZx,
https://www.peekvids.com/watch?v=Km3O0bRv4ie, https://www.peekvids.com/watch?v=h1OlKIDsZuh, https://www.peekvids.com/watch?v=oxH-tD5LzeI,
https://www.peekvids.com/watch?v=uBpXhBtndCz, https://www.peekvids.com/watch?v=UE6ImQba0Xi, https://www.peekvids.com/watch?v=YxJHBLLWEdo,
https://www.peekvids.com/watch?v=jw-w5yssx-X, https://www.peekvids.com/watch?v=hE-HhkRr362, https://www.peekvids.com/watch?v=63FwBQ61xgD,
https://www.peekvids.com/watch?v=FnKi7Zkpd9O, https://www.peekvids.com/watch?v=EdMaWwB93dj, https://www.peekvids.com/watch?v=n2mNBA8G2jA,
https://www.peekvids.com/watch?v=Lfg1aTgTMUI, https://www.peekvids.com/watch?v=Q1kO1wzV8YU, https://www.peekvids.com/watch?v=dmaqjf6XIC6,
https://www.peekvids.com/watch?v=k_CULQNP1yT, https://www.peekvids.com/watch?v=EevLPc3ZxGr, https://www.peekvids.com/watch?v=Es5-R57lynS,
https://www.peekvids.com/watch?v=0HkGg0L_ZMR, https://www.peekvids.com/watch?v=AOEKYtmDXef, https://www.peekvids.com/watch?v=2W1a3QmIfKH,
https://www.peekvids.com/watch?v=z5XkTg4TzcA, https://www.peekvids.com/watch?v=0XlqCX3YPCl, https://www.peekvids.com/watch?v=CtEA-6HCmkp,
https://www.peekvids.com/watch?v=2cjWCCjka6M, https://www.peekvids.com/watch?v=ua-QvC7EH4N, https://www.peekvids.com/watch?v=s1aHQzvehPP,
https://www.peekvids.com/watch?v=nCSolMP6IMW, https://www.peekvids.com/watch?v=5hNNDSLSDqR, https://www.peekvids.com/watch?v=Hxk4rULNLfO,
https://www.peekvids.com/watch?v=cBD_nQ-haez, https://www.peekvids.com/watch?v=PF0Fn8Y18Rh, https://www.peekvids.com/watch?v=bkjyIzfrhn7,
https://www.peekvids.com/watch?v=mISbkKAJajQ, https://www.peekvids.com/watch?v=qu6DWi3M1RH, https://www.peekvids.com/watch?v=k17PIEPuICD,
https://www.peekvids.com/watch?v=MpBtaEeazo6, https://www.peekvids.com/watch?v=ZHNRcOY0W5j, https://www.peekvids.com/watch?v=GijYkcGVTik,
https://www.peekvids.com/watch?v=5esKO5yvFWS, https://www.peekvids.com/watch?v=soIk9VFqXkZ, https://www.peekvids.com/watch?v=fGNOiE9vWTP,
https://www.peekvids.com/watch?v=O3ZglDuJmde, https://www.peekvids.com/watch?v=P9JlpGYNckY, https://www.peekvids.com/watch?v=Oe0d-XouLgm,
https://www.peekvids.com/watch?v=kb5PERtSmGr, https://www.peekvids.com/watch?v=Ng2E6KjG5Pu, https://www.peekvids.com/watch?v=PXZylsbtc4L,
https://www.peekvids.com/watch?v=FtUCymj7ixa, https://www.peekvids.com/watch?v=Ubyx0Sm8NOX, https://www.peekvids.com/watch?v=6MgSNZzK8HJ,
https://www.peekvids.com/watch?v=VS1NDQJIcf6, https://www.peekvids.com/watch?v=qIt6ZZrPB0Y, https://www.peekvids.com/watch?v=7x1dVyMkSXq,
https://www.peekvids.com/watch?v=WboiRxLR2v6, https://www.peekvids.com/watch?v=nvak6XciMA4, https://www.peekvids.com/watch?v=tAseaxGOH2L,
https://www.peekvids.com/watch?v=00s9kPhm18a, https://www.peekvids.com/watch?v=nAMPnf1yz2X, https://www.peekvids.com/watch?v=stn8dHuot2a,
https://www.peekvids.com/watch?v=NJln4zr2m0H, https://www.peekvids.com/watch?v=WAsiH1jDOiM, https://www.peekvids.com/watch?v=7faK2dDncL8,
https://www.peekvids.com/watch?v=9KlpU3mEkrx, https://www.peekvids.com/watch?v=FL4oOeoPg2I, https://www.peekvids.com/watch?v=OwHb9w89rb3,
https://www.peekvids.com/watch?v=jbSKEkHRnyl, https://www.peekvids.com/watch?v=h5grxFIjVRi, https://www.peekvids.com/watch?v=Kq_f8kf8gBK,
https://www.peekvids.com/watch?v=t0IGVL9gE6K, https://www.peekvids.com/watch?v=LXl5yGlWSnA, https://www.peekvids.com/watch?v=W3YenZPdbfe,
https://www.peekvids.com/watch?v=LuMmZ_OkKfd, https://www.peekvids.com/watch?v=Ssfl2Dnd0Ke, https://www.peekvids.com/watch?v=D1aoLauybCv,
https://www.peekvids.com/watch?v=jWJewfFcKJk, https://www.peekvids.com/watch?v=KaWiW4ZeZwm, https://www.peekvids.com/watch?v=Bj9MBGijnwY,
https://www.peekvids.com/watch?v=we3JlDhC2-f, https://www.peekvids.com/watch?v=CcJpebv7SPb, https://www.peekvids.com/watch?v=SR5F-arGARD,
https://www.peekvids.com/watch?v=7SGD39oVD7U, https://www.peekvids.com/watch?v=bHs2Uma-Fu9, https://www.peekvids.com/watch?v=zug7oPrTQ2m,
https://www.peekvids.com/watch?v=7RnsmOttflV, https://www.peekvids.com/watch?v=dmysabxAaW6, https://www.peekvids.com/watch?v=gOAO05XV7Fg,
https://www.peekvids.com/watch?v=2Bbh0DDKH4z, https://www.peekvids.com/watch?v=Yd-ztd0NkWn, https://www.peekvids.com/watch?v=58PXYWvf4L3,
https://www.peekvids.com/watch?v=u-mo-SRTa1O, https://www.peekvids.com/watch?v=zCLUEp-FvXH, https://www.peekvids.com/watch?v=slY5jeL-VpB,
https://www.peekvids.com/watch?v=kxWEW37t7Bm, https://www.peekvids.com/watch?v=LBsdZMx9D8Q, https://www.peekvids.com/watch?v=CsCL-zyXtvH,
https://www.peekvids.com/watch?v=4D5Ge_w-t_k, https://www.peekvids.com/watch?v=rrxtrY5GddL, https://www.peekvids.com/watch?v=o75U2iCGyiR,
https://www.peekvids.com/watch?v=vGh-foaG09X, https://www.peekvids.com/watch?v=3HYiWCVxsK7, https://www.peekvids.com/watch?v=CQul1giGTDK,
https://www.peekvids.com/watch?v=Ff_mY5wJ6Dc, https://www.peekvids.com/watch?v=Vp6CArkB3Mn, https://www.peekvids.com/watch?v=nisv8xwdgVx,
https://www.peekvids.com/watch?v=uiTKhwC6Zlh, https://www.peekvids.com/watch?v=Ms2N3DkQtoY, https://www.peekvids.com/watch?v=JcNWgCfCum2,
https://www.peekvids.com/watch?v=dm60-6EhEK5, https://www.peekvids.com/watch?v=CiT4DebXkYf, https://www.peekvids.com/watch?v=6EwJ5D5mbmN,
https://www.peekvids.com/watch?v=GCZdCdU_dQn, https://www.peekvids.com/watch?v=hJg29UvMc7E, https://www.peekvids.com/watch?v=8z3tAnKWzts,
https://www.peekvids.com/watch?v=sScx-MQiwOk, https://www.peekvids.com/watch?v=yVWjz_K3w70, https://www.peekvids.com/watch?v=hX8EKWbD94W,
https://www.peekvids.com/watch?v=Jbe51MnFmDP, https://www.peekvids.com/watch?v=GvkKYnCFQQn, https://www.peekvids.com/watch?v=uZZ9uCi4TFC,
https://www.peekvids.com/watch?v=JCCqb8m1nwP, https://www.peekvids.com/watch?v=kbqbswFpYmm, https://www.peekvids.com/watch?v=7ijhC1bPe4a,
https://www.peekvids.com/watch?v=0chFKX9eYEs, https://www.peekvids.com/watch?v=5OnmTPijbbu, https://www.peekvids.com/watch?v=fxcjVKqsLyY,
https://www.peekvids.com/watch?v=TCkYKGDK7uE, https://www.peekvids.com/watch?v=cIyPpZK7Tpd, https://www.peekvids.com/watch?v=pTfpZF3VKaR,
https://www.peekvids.com/watch?v=Xi_kkqAMMmJ, https://www.peekvids.com/watch?v=3DZrX60Q85p, https://www.peekvids.com/watch?v=2JfMPOiyxCc,
https://www.peekvids.com/watch?v=2CLYDu0OjBV, https://www.peekvids.com/watch?v=pERzkDEHQIg, https://www.peekvids.com/watch?v=mt_Ab-tqwTS,
https://www.peekvids.com/watch?v=rV_AAgrlEg7, https://www.peekvids.com/watch?v=hn8o0wAemnZ, https://www.peekvids.com/watch?v=os65gX5XdIh,
https://www.peekvids.com/watch?v=pftZfYxBtjv, https://www.peekvids.com/watch?v=oihpQ3IjRLr, https://www.peekvids.com/watch?v=8CnDlUP-2RA,
https://www.peekvids.com/watch?v=AuFWkHAj_0y, https://www.peekvids.com/watch?v=tQfOuE-7vOC, https://www.peekvids.com/watch?v=qO2l3I9oR3K,
https://www.peekvids.com/watch?v=P_jaRvEsfF9, https://www.peekvids.com/watch?v=8KaDGHtOPQL, https://www.peekvids.com/watch?v=c4Q2Ngrwap8,
https://www.peekvids.com/watch?v=gSkXRZbnyaj, https://www.peekvids.com/watch?v=RD9A3EJpzHX, https://www.peekvids.com/watch?v=UQT-cLvuY7G,
https://www.peekvids.com/watch?v=8Eab4skaZXw, https://www.peekvids.com/watch?v=osIwwp8aR9c, https://www.peekvids.com/watch?v=sZBc5qmEbb3,
https://www.peekvids.com/watch?v=sNV-0hkCuq9, https://www.peekvids.com/watch?v=amN_jlDlQdk, https://www.peekvids.com/watch?v=St50cNnTaTm,
https://www.peekvids.com/watch?v=hOfKJKoEIV5, https://www.peekvids.com/watch?v=2en9d_mJhIo, https://www.peekvids.com/watch?v=Lfb757Xhiy2,
https://www.peekvids.com/watch?v=IFz848xtPnT, https://www.peekvids.com/watch?v=L7W0eWb7C8Z, https://www.peekvids.com/watch?v=P6Phr1y95RO,
https://www.peekvids.com/watch?v=7swUhdlmNmt, https://www.peekvids.com/watch?v=ccUYHxU9gRS, https://www.peekvids.com/watch?v=6TCCo9sNHOS,
https://www.peekvids.com/watch?v=Uw8Aw8U3OML, https://www.peekvids.com/watch?v=tm1dOEAo4zo, https://www.peekvids.com/watch?v=bNy86w8Vz_O,
https://www.peekvids.com/watch?v=prT9b0bfRWl, https://www.peekvids.com/watch?v=3ZJnyZ18nD7, https://www.peekvids.com/watch?v=uL6YRhfaSGd,
https://www.peekvids.com/watch?v=ZwXHiZTrztd, https://www.peekvids.com/watch?v=CgjpkJVATM9, https://www.peekvids.com/watch?v=lKVm4a4gQRd,
https://www.peekvids.com/watch?v=TxzZ7_C80mQ, https://www.peekvids.com/watch?v=P5gnDZB526X, https://www.peekvids.com/watch?v=iTk9h_qf-vD,
https://www.peekvids.com/watch?v=mnZuyV9M7mb, https://www.peekvids.com/watch?v=5wxmxo3H0Np, https://www.peekvids.com/watch?v=cVcvdKFL-Zm,
https://www.peekvids.com/watch?v=rmkQf6ZY6xx, https://www.peekvids.com/watch?v=a1n_27MYy-P, https://www.peekvids.com/watch?v=3rqTiWZXbLQ,
https://www.peekvids.com/watch?v=wZfEG14F9XO, https://www.peekvids.com/watch?v=L_E6p55LZVK, https://www.peekvids.com/watch?v=PEtpxKphDYr,
https://www.peekvids.com/watch?v=XLUR-TAz-_h, https://www.peekvids.com/watch?v=Tf6C47rh7_F, https://www.peekvids.com/watch?v=nrde3mHW-cK,
https://www.peekvids.com/watch?v=mVmYrXP4gSA, https://www.peekvids.com/watch?v=vc6Nwf8RsdN, https://www.peekvids.com/watch?v=5yMKQFn8AVI,
https://www.peekvids.com/watch?v=qimqzn1kHew, https://www.peekvids.com/watch?v=H6N6FrVlm9Q, https://www.peekvids.com/watch?v=E7BqVtCrysM,
https://www.peekvids.com/watch?v=OV9r3lKxdCu, https://www.peekvids.com/watch?v=BB3xxc2kcDD, https://www.peekvids.com/watch?v=Awh4mMqIqx6,
https://www.peekvids.com/watch?v=eoiQYC4wlnd, https://www.peekvids.com/watch?v=RHFCK72cTFE, https://www.peekvids.com/watch?v=Yr0miCk41qN,
https://www.peekvids.com/watch?v=qoM-yvbrAE0, https://www.peekvids.com/watch?v=39EPfWPeK6I, https://www.peekvids.com/watch?v=sqpRM0T1Pfg,
https://www.peekvids.com/watch?v=U6U-IBLgG5V, https://www.peekvids.com/watch?v=itdqr5XzNwL, https://www.peekvids.com/watch?v=djEWwF7_poq,
https://www.peekvids.com/watch?v=bRyogDPK405, https://www.peekvids.com/watch?v=n2zm5Xtv3r6, https://www.peekvids.com/watch?v=rcfofB-9P7j,
https://www.peekvids.com/watch?v=Wa_nUJkhYd6, https://www.peekvids.com/watch?v=pB0F5Pzru94, https://www.peekvids.com/watch?v=VHduVMEA1mO,
https://www.peekvids.com/watch?v=tlOzJrHH2pX, https://www.peekvids.com/watch?v=mW-TG7NCYmy, https://www.peekvids.com/watch?v=JteNIHstWgp
5.f. Date of third notice: 2015-06-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lonnie45
5.b. Uploader's email address: lonnie712191.ls45@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lonnie45
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GBNAYXHFxOK, https://www.peekvids.com/watch?v=9uFFUONqycK,
https://www.peekvids.com/watch?v=BpDrhT5us3n, https://www.peekvids.com/watch?v=V2Jeknxcelj, https://www.peekvids.com/watch?v=x6QQ7U4M2Ev,
https://www.peekvids.com/watch?v=-ivJo4D5hP5, https://www.peekvids.com/watch?v=qB332ACr4jB, https://www.peekvids.com/watch?v=nvqKlRZS-YY,
https://www.peekvids.com/watch?v=F6ClxCxmBuL, https://www.peekvids.com/watch?v=fqV-lzOPwzq, https://www.peekvids.com/watch?v=TBktqScHZlj,
https://www.peekvids.com/watch?v=CHZ2WUTbIKP, https://www.peekvids.com/watch?v=GGQ3pQugHw2, https://www.peekvids.com/watch?v=3dVfGJIEZXO,
https://www.peekvids.com/watch?v=tOtvNKklFJy, https://www.peekvids.com/watch?v=fO900s6JYsz, https://www.peekvids.com/watch?v=4t7dz9ARKB-,
https://www.peekvids.com/watch?v=0EOgTO5fuoP, https://www.peekvids.com/watch?v=cmg2l4tipNN, https://www.peekvids.com/watch?v=GO8-lN6lOTA,
https://www.peekvids.com/watch?v=Ke28rO4VY6U, https://www.peekvids.com/watch?v=YUOOP8SHrzr, https://www.peekvids.com/watch?v=QOkGG7tA9Lh,
https://www.peekvids.com/watch?v=udE69iIBz9T, https://www.peekvids.com/watch?v=VeEhjI7LmBA, https://www.peekvids.com/watch?v=n8ZGwmiibkZ,
https://www.peekvids.com/watch?v=WPAZkh2ybrO, https://www.peekvids.com/watch?v=ALU6Z37U7CF, https://www.peekvids.com/watch?v=4PBiC3ofOKn,
https://www.peekvids.com/watch?v=Kp8kBYYiYhg, https://www.peekvids.com/watch?v=Py2QYZqRTif, https://www.peekvids.com/watch?v=FtYRnjNyHQX,
https://www.peekvids.com/watch?v=iecKgJjUHqi, https://www.peekvids.com/watch?v=VxrdwWyhwtr, https://www.peekvids.com/watch?v=kJZzvOUJSyl,
https://www.peekvids.com/watch?v=2d8fq2aHQR0, https://www.peekvids.com/watch?v=2qhoYafD5jB, https://www.peekvids.com/watch?v=xcRb5u0abOe,
https://www.peekvids.com/watch?v=rXnETdLIjqN, https://www.peekvids.com/watch?v=PvxmEqBfpkX, https://www.peekvids.com/watch?v=rl9GYF0h3Gh,
https://www.peekvids.com/watch?v=7GyBNWX0fQI, https://www.peekvids.com/watch?v=V52yq4ElDkz, https://www.peekvids.com/watch?v=Al3WnEIdemJ,
https://www.peekvids.com/watch?v=N72Qj4EOocD, https://www.peekvids.com/watch?v=YXFzNj3xfbr, https://www.peekvids.com/watch?v=4uVRuGYMcd8,
https://www.peekvids.com/watch?v=NV2DbTfJw-k, https://www.peekvids.com/watch?v=7uuraH80ICh, https://www.peekvids.com/watch?v=HqtMAKHWxeC,
https://www.peekvids.com/watch?v=DhLlSIqThLH, https://www.peekvids.com/watch?v=8fkYd8TrxkT, https://www.peekvids.com/watch?v=7z7dU3mUopB,
https://www.peekvids.com/watch?v=rgyYtQzybyJ, https://www.peekvids.com/watch?v=Qr6JbN39z8F, https://www.peekvids.com/watch?v=ILcXBWrDjSF,
https://www.peekvids.com/watch?v=d77UBC4G9lB, https://www.peekvids.com/watch?v=PhYUgAMsRu-, https://www.peekvids.com/watch?v=guEbws5l8u4
5.f. Date of third notice: 2015-05-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lookace
5.b. Uploader's email address: fredgibodyoil@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lookace
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XhivDjQF0fY, https://www.peekvids.com/watch?v=Q4KGYimqIsv,
https://www.peekvids.com/watch?v=5NU-9O84EAc, https://www.peekvids.com/watch?v=P9GUX8xShqn, https://www.peekvids.com/watch?v=fCkwFR77vc0,
https://www.peekvids.com/watch?v=oJJl-b-0AYg, https://www.peekvids.com/watch?v=5YCEYTWbTOd, https://www.peekvids.com/watch?v=GCBiajlZ0IY,
https://www.peekvids.com/watch?v=jBmgZxDSYIX, https://www.peekvids.com/watch?v=C9Zu4fip7u-, https://www.peekvids.com/watch?v=d0m28vlPOHV,
https://www.peekvids.com/watch?v=ezksFWrC8KA, https://www.peekvids.com/watch?v=XfdeYvzS0uX, https://www.peekvids.com/watch?v=dNhD-UYycWJ,
https://www.peekvids.com/watch?v=oLsfcnrKjl0, https://www.peekvids.com/watch?v=BXPzpUmxCFR, https://www.peekvids.com/watch?v=ZX0bgPbNGSS,
https://www.peekvids.com/watch?v=p9JCs00hNY3, https://www.peekvids.com/watch?v=JWgwDFx58R2, https://www.peekvids.com/watch?v=5J8BiS74tQQ,
https://www.peekvids.com/watch?v=JTWvCZtzWj4, https://www.peekvids.com/watch?v=32sevUBrt0K, https://www.peekvids.com/watch?v=oh7AsqR5GXm,
https://www.peekvids.com/watch?v=M8VgEEZvSvB, https://www.peekvids.com/watch?v=iuhqdLqremq, https://www.peekvids.com/watch?v=JWnNC4aTyBT,
https://www.peekvids.com/watch?v=PmtDovkISwn, https://www.peekvids.com/watch?v=oK06uvQLiFx, https://www.peekvids.com/watch?v=4yZFzOzEjjo,

https://www.peekvids.com/watch?v=9soEDgB7jGM, https://www.peekvids.com/watch?v=UvDkS7v8YlN, https://www.peekvids.com/watch?v=9cuuskj4rSx,
https://www.peekvids.com/watch?v=cWRzoVyWdb9, https://www.peekvids.com/watch?v=FmQ7hRsAdeM, https://www.peekvids.com/watch?v=Doz9Ivy9iBT,
https://www.peekvids.com/watch?v=mB-gB5JHqv8, https://www.peekvids.com/watch?v=vqCqnxbjNAl, https://www.peekvids.com/watch?v=wxm8bFP0KCU,
https://www.peekvids.com/watch?v=l44uaghkmNa, https://www.peekvids.com/watch?v=TnS-h2Nc2JD, https://www.peekvids.com/watch?v=hNskRwDadAT,
https://www.peekvids.com/watch?v=pJZKlaEmP7R, https://www.peekvids.com/watch?v=QN7Ue-iHB2W, https://www.peekvids.com/watch?v=mWq9-9emR-n,
https://www.peekvids.com/watch?v=hkAfYl2Q-XB, https://www.peekvids.com/watch?v=2npsqZs7t7Z, https://www.peekvids.com/watch?v=gdIxEwuufi2,
https://www.peekvids.com/watch?v=wzG4qwVUJNy, https://www.peekvids.com/watch?v=Uk93mcF76hA, https://www.peekvids.com/watch?v=QGVfDsblgPv,
https://www.peekvids.com/watch?v=7jlUFt75Rc4, https://www.peekvids.com/watch?v=EG4V-aPhKtC, https://www.peekvids.com/watch?v=sUjMq83y5lC,
https://www.peekvids.com/watch?v=e2hX0NsgI8m, https://www.peekvids.com/watch?v=cc6r00Hizry, https://www.peekvids.com/watch?v=G0QYNTfg4Pk,
https://www.peekvids.com/watch?v=C9ASBxUhDpn, https://www.peekvids.com/watch?v=whdBWDbE8Q2, https://www.peekvids.com/watch?v=wyUk9lZ2P0F,
https://www.peekvids.com/watch?v=38aOMOeXYFz, https://www.peekvids.com/watch?v=uFTNbb0YCoo, https://www.peekvids.com/watch?v=omabpr8fEQf,
https://www.peekvids.com/watch?v=tFtRAEENZKI, https://www.peekvids.com/watch?v=XvfstqUmXo7, https://www.peekvids.com/watch?v=xzuLjE8syQQ,
https://www.peekvids.com/watch?v=xEpIO8lqh73, https://www.peekvids.com/watch?v=RLpHticPG7g, https://www.peekvids.com/watch?v=xwno0CZkUCF,
https://www.peekvids.com/watch?v=4UUBZaNT8vG, https://www.peekvids.com/watch?v=IU9an39fiPE, https://www.peekvids.com/watch?v=-bRB03vF25V,
https://www.peekvids.com/watch?v=TcDQBfYklIy, https://www.peekvids.com/watch?v=qGRskBVHYPH, https://www.peekvids.com/watch?v=Y66Ii-AMcbO,
https://www.peekvids.com/watch?v=6KO6-xIKSWl, https://www.peekvids.com/watch?v=OFomJZLuHVO, https://www.peekvids.com/watch?v=fLav-vfuMwG,
https://www.peekvids.com/watch?v=MODTBbjfnMS, https://www.peekvids.com/watch?v=-ORYrr28SvR, https://www.peekvids.com/watch?v=rwSyTDoGlKi,
https://www.peekvids.com/watch?v=Ghd6yjz2pd5, https://www.peekvids.com/watch?v=mhlGu9L3ijL, https://www.peekvids.com/watch?v=hu0B2q5xHOF,
https://www.peekvids.com/watch?v=Cpw6wnwkQVr, https://www.peekvids.com/watch?v=oXplREpFxME, https://www.peekvids.com/watch?v=3-9ATUvebt-,
https://www.peekvids.com/watch?v=6gy6x064xjr, https://www.peekvids.com/watch?v=B-DridW5moS, https://www.peekvids.com/watch?v=yHKQrCZ8Tma,
https://www.peekvids.com/watch?v=c-BsWTddp0V, https://www.peekvids.com/watch?v=aRGnXj76nZX, https://www.peekvids.com/watch?v=Feah0-L5Tq-,
https://www.peekvids.com/watch?v=vtMNHJPIMfy, https://www.peekvids.com/watch?v=HyEfFFitjx3, https://www.peekvids.com/watch?v=bACpGrcF8GP,
https://www.peekvids.com/watch?v=hKrOxDnq8rJ, https://www.peekvids.com/watch?v=f7iDeoQPvGh, https://www.peekvids.com/watch?v=YMvQNarzQwF,
https://www.peekvids.com/watch?v=XrGp3s6HWX3, https://www.peekvids.com/watch?v=qW8HIKOo4g4, https://www.peekvids.com/watch?v=QAZm50IWu3f,
https://www.peekvids.com/watch?v=NaLxjDQBTV7, https://www.peekvids.com/watch?v=HzIzNScJwje, https://www.peekvids.com/watch?v=6WmEOwaPOI7,
https://www.peekvids.com/watch?v=mgiUDcAFIat, https://www.peekvids.com/watch?v=tQRTs3IPu-u, https://www.peekvids.com/watch?v=CSn67MzY9Xg,
https://www.peekvids.com/watch?v=HpAxrBwJVbg, https://www.peekvids.com/watch?v=LnvIi2oi2o7, https://www.peekvids.com/watch?v=geDZGfOOPUD,
https://www.peekvids.com/watch?v=JOi7hlG2S6k, https://www.peekvids.com/watch?v=Xz7n-K6sTW8, https://www.peekvids.com/watch?v=fOFc-sY2HzF,
https://www.peekvids.com/watch?v=NXcZleqbrCN, https://www.peekvids.com/watch?v=IvTrOl9ApZr, https://www.peekvids.com/watch?v=uiE4YxQ09-4,
https://www.peekvids.com/watch?v=5jDssKRATH2, https://www.peekvids.com/watch?v=jy2tHMBWlcX, https://www.peekvids.com/watch?v=OnBg8MuIcTu,
https://www.peekvids.com/watch?v=CVFqmhCywap, https://www.peekvids.com/watch?v=-PRNVQ4e-RG, https://www.peekvids.com/watch?v=44AoA3QWTgb,
https://www.peekvids.com/watch?v=RLO4gtHWx0t, https://www.peekvids.com/watch?v=ye5vzGSSe8G, https://www.peekvids.com/watch?v=xADyfaGgiWM,
https://www.peekvids.com/watch?v=LEDERh5o4ZQ, https://www.peekvids.com/watch?v=V4NnxuPdL83, https://www.peekvids.com/watch?v=hmjv8042fQc,
https://www.peekvids.com/watch?v=ZO0baHmAQjH, https://www.peekvids.com/watch?v=uhkEq0vf7bh, https://www.peekvids.com/watch?v=HEhx3O08cpB,
https://www.peekvids.com/watch?v=3pQcE2FT7yn, https://www.peekvids.com/watch?v=DlLXITkg3Ko, https://www.peekvids.com/watch?v=Bv8xorCYHlO,
https://www.peekvids.com/watch?v=uK3tgaqUNKs, https://www.peekvids.com/watch?v=4lrzRAS0XKI, https://www.peekvids.com/watch?v=YtwqjAwotxw,
https://www.peekvids.com/watch?v=iEGLGGeFLR8, https://www.peekvids.com/watch?v=pXUhJbCgBFO, https://www.peekvids.com/watch?v=ih0fcbdNYXo,
https://www.peekvids.com/watch?v=uOS54PrMjVf, https://www.peekvids.com/watch?v=pmDfDSwRnJ9, https://www.peekvids.com/watch?v=yXjTlrboba5,
https://www.peekvids.com/watch?v=QVy3826nLBT, https://www.peekvids.com/watch?v=5vWoEz--Ofm, https://www.peekvids.com/watch?v=0xFBF2xCoum,
https://www.peekvids.com/watch?v=z6FvQsW0dfM, https://www.peekvids.com/watch?v=QkNmdPFeuCi, https://www.peekvids.com/watch?v=CXGaff78IOT,
https://www.peekvids.com/watch?v=BYSkoZW8BYl, https://www.peekvids.com/watch?v=R8uCV9RGnM8, https://www.peekvids.com/watch?v=sslPuvcPooM,
https://www.peekvids.com/watch?v=HQ-mwm7R3m-, https://www.peekvids.com/watch?v=olJt4elcj2Q, https://www.peekvids.com/watch?v=LhwOl93jvlN,
https://www.peekvids.com/watch?v=gUZoUbsnI7T, https://www.peekvids.com/watch?v=2It-XXBkBBD, https://www.peekvids.com/watch?v=EwMAau43Td4,
https://www.peekvids.com/watch?v=uWe7-fxnHRk, https://www.peekvids.com/watch?v=FtmoR3GzFJU, https://www.peekvids.com/watch?v=Zq-ZlzGnOln,
https://www.peekvids.com/watch?v=jZTRg0IXFwY, https://www.peekvids.com/watch?v=UicsXOnaJNL, https://www.peekvids.com/watch?v=MsMwLxvuVEo,
https://www.peekvids.com/watch?v=snLkfqlpIHG, https://www.peekvids.com/watch?v=7g-HP6YtefH, https://www.peekvids.com/watch?v=fbx3Ki9Mx0j,
https://www.peekvids.com/watch?v=w-LmwrkiTtw, https://www.peekvids.com/watch?v=Mo4B5VlTt2-, https://www.peekvids.com/watch?v=lmEFg5rXM4d,
https://www.peekvids.com/watch?v=JvGh67ZrtHD, https://www.peekvids.com/watch?v=Yj2sQnO92Aa, https://www.peekvids.com/watch?v=tS8cpnzL68l,
https://www.peekvids.com/watch?v=rwnYS-DjhJd, https://www.peekvids.com/watch?v=dvhP7y22yGj, https://www.peekvids.com/watch?v=6GONiTvFDbq,
https://www.peekvids.com/watch?v=4QANAUzmKD2, https://www.peekvids.com/watch?v=m9mSMrqmSbu, https://www.peekvids.com/watch?v=KnWnrTU5KxK,
https://www.peekvids.com/watch?v=RqDwEWFa9ue, https://www.peekvids.com/watch?v=oEujEwOoE8K, https://www.peekvids.com/watch?v=oTyMRC5KX6p,
https://www.peekvids.com/watch?v=U6v8MRfYMdp, https://www.peekvids.com/watch?v=5vixxggy557, https://www.peekvids.com/watch?v=sJJ-50WXTL3,
https://www.peekvids.com/watch?v=nxVPfNt2aqq, https://www.peekvids.com/watch?v=Sy0cdzT7kPo, https://www.peekvids.com/watch?v=woYZ4GJUkDO,
https://www.peekvids.com/watch?v=c0QQLlT-UNl, https://www.peekvids.com/watch?v=fb6xaWBOa-g, https://www.peekvids.com/watch?v=de-6neSqD-U,
https://www.peekvids.com/watch?v=xeep2nNFd8R, https://www.peekvids.com/watch?v=CR6vrnUC-4Z, https://www.peekvids.com/watch?v=S8pEeMRvEAZ,
https://www.peekvids.com/watch?v=0mY5-5bLkLh, https://www.peekvids.com/watch?v=Umpo7qbRkTl, https://www.peekvids.com/watch?v=4oZHkq-akJR,
https://www.peekvids.com/watch?v=MNrRVtkF-Sd, https://www.peekvids.com/watch?v=cIKMJyT2p2l, https://www.peekvids.com/watch?v=5E6bLpnUmvO,
https://www.peekvids.com/watch?v=gqw7QfBzRs2, https://www.peekvids.com/watch?v=DNVpXmmIpnm, https://www.peekvids.com/watch?v=OQPJXycdPGN,
https://www.peekvids.com/watch?v=XKgETy7BzjB, https://www.peekvids.com/watch?v=wetle2Lp406, https://www.peekvids.com/watch?v=AND7gwtQpog,
https://www.peekvids.com/watch?v=zJrryr0mOUD, https://www.peekvids.com/watch?v=tiluBuPECTR, https://www.peekvids.com/watch?v=IXzPJnke4UO,
https://www.peekvids.com/watch?v=bUmrApCqQmO, https://www.peekvids.com/watch?v=YPswCgLDu0P, https://www.peekvids.com/watch?v=50TKtxjacXr,
https://www.peekvids.com/watch?v=VRNVcfB5tJy, https://www.peekvids.com/watch?v=uhM4jvlTkmC, https://www.peekvids.com/watch?v=e6OlQ7pf6xO,
https://www.peekvids.com/watch?v=GOnC3EwzMrd, https://www.peekvids.com/watch?v=coNqpUdPnDu, https://www.peekvids.com/watch?v=hXsiLnFUhoI,
https://www.peekvids.com/watch?v=CTNF9c4719r, https://www.peekvids.com/watch?v=zaVk3ReZ-Qx, https://www.peekvids.com/watch?v=kNezKK023kl,
https://www.peekvids.com/watch?v=cEqtX-Zl-nd, https://www.peekvids.com/watch?v=zlPoRdwrpad, https://www.peekvids.com/watch?v=vg-tfjzpomP,
https://www.peekvids.com/watch?v=L-YbV3LYUl3, https://www.peekvids.com/watch?v=EyLMbO6tT77, https://www.peekvids.com/watch?v=pHMtb-J1qUg,
https://www.peekvids.com/watch?v=EhnX5MCF9AD, https://www.peekvids.com/watch?v=2vqc1vUHe0H, https://www.peekvids.com/watch?v=2qI7cswryok,
https://www.peekvids.com/watch?v=DY-NPcwpmOS, https://www.peekvids.com/watch?v=ax7tc6VynAq, https://www.peekvids.com/watch?v=8mOQjJslK8V,
https://www.peekvids.com/watch?v=xbcXnfQHNIl, https://www.peekvids.com/watch?v=FlqSIGjK8TA, https://www.peekvids.com/watch?v=Hry46v4p2Ek,
https://www.peekvids.com/watch?v=rF8EcGClPQY, https://www.peekvids.com/watch?v=7jnubHZKnnl, https://www.peekvids.com/watch?v=UPcu7QULSns,
https://www.peekvids.com/watch?v=viLyVbo7PVk, https://www.peekvids.com/watch?v=dUeJbEcgLPR, https://www.peekvids.com/watch?v=Q9TpIKm4_Rw,
https://www.peekvids.com/watch?v=y8-TlkuY5nd, https://www.peekvids.com/watch?v=aCPb8wZGq8r, https://www.peekvids.com/watch?v=AfPl1uF93_y,
https://www.peekvids.com/watch?v=MlBOmAgOWhk, https://www.peekvids.com/watch?v=02h_1wgqZ4n, https://www.peekvids.com/watch?v=ggsSJjgDgkS,
https://www.peekvids.com/watch?v=ORUUpWJyY7b, https://www.peekvids.com/watch?v=2V07IvjaHdS, https://www.peekvids.com/watch?v=W_N8wm6SHtO,
https://www.peekvids.com/watch?v=buH46ow6Snb, https://www.peekvids.com/watch?v=JXp29K3kLGy, https://www.peekvids.com/watch?v=36ItpoxmH2r,
https://www.peekvids.com/watch?v=b9m0zlT1NWT, https://www.peekvids.com/watch?v=RWwR4bz4yKZ, https://www.peekvids.com/watch?v=6EUgGsoJu-m,
https://www.peekvids.com/watch?v=Wjy6hLnenXr, https://www.peekvids.com/watch?v=okAAVGqtDix, https://www.peekvids.com/watch?v=HFVWtRmvC0t,
https://www.peekvids.com/watch?v=t9vggfN8CEL, https://www.peekvids.com/watch?v=O-Y8oxkepJo, https://www.peekvids.com/watch?v=6cgN_ZKOfYG,
https://www.peekvids.com/watch?v=Mq09YEQ2j3Y, https://www.peekvids.com/watch?v=0pixSlMkJ-o, https://www.peekvids.com/watch?v=Wvtb-dknBSH,
https://www.peekvids.com/watch?v=8dSH6dC24cG
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lostlie
5.b. Uploader's email address: glaralipa@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=lostlie
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EpatHjv_t6s, https://www.peekvids.com/watch?v=mBJr7IDHyOF,
https://www.peekvids.com/watch?v=v_s--f-djNC, https://www.peekvids.com/watch?v=6dIgNkYgnT4, https://www.peekvids.com/watch?v=WWKfhTo4TB3,
https://www.peekvids.com/watch?v=E_yMVWqqcpj, https://www.peekvids.com/watch?v=bAZuDfz66hx, https://www.peekvids.com/watch?v=qk9YyZkI5iQ,
https://www.peekvids.com/watch?v=rv0QCGNx4Fd, https://www.peekvids.com/watch?v=bJ60xL4GSjc, https://www.peekvids.com/watch?v=ZPEgcoeYp6V,
https://www.peekvids.com/watch?v=7tMgzpCFYeB, https://www.peekvids.com/watch?v=Kl2DcFbvni9, https://www.peekvids.com/watch?v=xBlDP3tSg0n,
https://www.peekvids.com/watch?v=SK2MGnOlRrK, https://www.peekvids.com/watch?v=EJnbYGhKkT9, https://www.peekvids.com/watch?v=YepRLrUVHfW,
https://www.peekvids.com/watch?v=Nv7oZArYca8, https://www.peekvids.com/watch?v=mq62sqk_mOl, https://www.peekvids.com/watch?v=VXnn8CQ0Ig3,
https://www.peekvids.com/watch?v=yFzLhw506xl, https://www.peekvids.com/watch?v=OamjFA6QFWq, https://www.peekvids.com/watch?v=YnnwviF06pL,
https://www.peekvids.com/watch?v=InGpEl8sRPf, https://www.peekvids.com/watch?v=4MxVAqcO-7t, https://www.peekvids.com/watch?v=8Zv-tvHME-E,
https://www.peekvids.com/watch?v=J9JbDbYubTW, https://www.peekvids.com/watch?v=n8keM1knGrB, https://www.peekvids.com/watch?v=lKzPtUs-49R,
https://www.peekvids.com/watch?v=uB-1_WlZd6q, https://www.peekvids.com/watch?v=daGlmFFsgH4, https://www.peekvids.com/watch?v=mzEUxMLXbeG,
https://www.peekvids.com/watch?v=031DQfMEM1v, https://www.peekvids.com/watch?v=JrcvNfkFxAG, https://www.peekvids.com/watch?v=6gyqfMKZkfo,
https://www.peekvids.com/watch?v=z5_wiIWUSQh, https://www.peekvids.com/watch?v=koaBYN-5CZ3, https://www.peekvids.com/watch?v=g1Z1s57Gqi7,
https://www.peekvids.com/watch?v=Wp_wSrmJONe, https://www.peekvids.com/watch?v=dc45sH3M9fv, https://www.peekvids.com/watch?v=AlRc-8EFIkY,
https://www.peekvids.com/watch?v=o8l2BaBjjpd, https://www.peekvids.com/watch?v=btQRnHTtSPP, https://www.peekvids.com/watch?v=74m2AUOyeOb,
https://www.peekvids.com/watch?v=SEFMX1AJSop, https://www.peekvids.com/watch?v=ah0i8j3I_2z, https://www.peekvids.com/watch?v=CZZc5QZ9_Vp,
https://www.peekvids.com/watch?v=hIEFWaq-2Q4, https://www.peekvids.com/watch?v=GGTU6CSrY92, https://www.peekvids.com/watch?v=nyMjZC5ttca,
https://www.peekvids.com/watch?v=rXPs1QBAJZM, https://www.peekvids.com/watch?v=NEruVfQ-ZHT, https://www.peekvids.com/watch?v=EdsVigjIY0u,
https://www.peekvids.com/watch?v=V6UVye7-bBp, https://www.peekvids.com/watch?v=EwPzKUDAXlz, https://www.peekvids.com/watch?v=IjtId_JT0C9,
https://www.peekvids.com/watch?v=snyrH-zKsDt, https://www.peekvids.com/watch?v=DIrIbXZt6TW, https://www.peekvids.com/watch?v=vJbt8A5f6w5,
https://www.peekvids.com/watch?v=ugBALLIq9cR, https://www.peekvids.com/watch?v=bvVT9mMEceu, https://www.peekvids.com/watch?v=B1wLNekyduG,
https://www.peekvids.com/watch?v=LvkLtUObS-U, https://www.peekvids.com/watch?v=0WUOdeb08gZ, https://www.peekvids.com/watch?v=TjX7j5bOP36,
https://www.peekvids.com/watch?v=ohhzCnvQ1Wy, https://www.peekvids.com/watch?v=Z7KP4Stk7XH, https://www.peekvids.com/watch?v=mv0RA9nlz7r,
https://www.peekvids.com/watch?v=HnBTRRyjmJV, https://www.peekvids.com/watch?v=3DTTfteIjxN, https://www.peekvids.com/watch?v=sB0HMDSCrDK,
https://www.peekvids.com/watch?v=rHdr2t764nN, https://www.peekvids.com/watch?v=fblMs07apBc, https://www.peekvids.com/watch?v=fMumT8cTy4i,
https://www.peekvids.com/watch?v=jMfwP5vmtBI, https://www.peekvids.com/watch?v=RTGIA0CD5Dv, https://www.peekvids.com/watch?v=9BXW0T99qA2,
https://www.peekvids.com/watch?v=VZo07KS3M4Y, https://www.peekvids.com/watch?v=oEiF2GEEb0G, https://www.peekvids.com/watch?v=lSbqF3AMEoS,
https://www.peekvids.com/watch?v=CjafuWAFDcR, https://www.peekvids.com/watch?v=74uaoYfLCkx, https://www.peekvids.com/watch?v=FjyilalBFxj,
https://www.peekvids.com/watch?v=WSTSFoRNRVR, https://www.peekvids.com/watch?v=Q2EAkhfFO7B, https://www.peekvids.com/watch?v=4CuqA-HkyLM,
https://www.peekvids.com/watch?v=ETdoQuoYxX5, https://www.peekvids.com/watch?v=iLQu3rSfEhr, https://www.peekvids.com/watch?v=MUiV5L_4khr,
https://www.peekvids.com/watch?v=jNPoBxKRbPQ, https://www.peekvids.com/watch?v=CLabvakbSO4, https://www.peekvids.com/watch?v=g5CnFczF0ii,
https://www.peekvids.com/watch?v=CzF3lJ3JLWK, https://www.peekvids.com/watch?v=pDkOL_YwNQL, https://www.peekvids.com/watch?v=P4qcvqBpUoO,
https://www.peekvids.com/watch?v=s7aN4GmUkbO, https://www.peekvids.com/watch?v=v-KV5xhnvRT, https://www.peekvids.com/watch?v=bY5-mpitvP3,
https://www.peekvids.com/watch?v=0N3hJIM9L-r, https://www.peekvids.com/watch?v=dPF7gjL_lTI, https://www.peekvids.com/watch?v=BuiO0ACTYfI,
https://www.peekvids.com/watch?v=s4iFuiDuihp, https://www.peekvids.com/watch?v=6TDyQwhwfaB, https://www.peekvids.com/watch?v=K-nu_DRT7NQ,
https://www.peekvids.com/watch?v=Ad8VKkZx8wz, https://www.peekvids.com/watch?v=YUdGmPzJOK2, https://www.peekvids.com/watch?v=kB6M9lh5iHb,
https://www.peekvids.com/watch?v=5_EYconVX7x, https://www.peekvids.com/watch?v=nOBlohTJjvG, https://www.peekvids.com/watch?v=ewYRIKAUH8G,
https://www.peekvids.com/watch?v=uKsZQMZtEBD, https://www.peekvids.com/watch?v=ymc0FWDywfv, https://www.peekvids.com/watch?v=AyTfvgTaGNR,
https://www.peekvids.com/watch?v=eM5b03pJY73, https://www.peekvids.com/watch?v=KwPFXimu9FE, https://www.peekvids.com/watch?v=D6xzhpfrVjH,
https://www.peekvids.com/watch?v=AuzIHJDrphJ, https://www.peekvids.com/watch?v=cbZ7sApBafE, https://www.peekvids.com/watch?v=CtV78ZH2Upo,
https://www.peekvids.com/watch?v=VZHUn9W2NjI, https://www.peekvids.com/watch?v=KYFY5KwKuKo, https://www.peekvids.com/watch?v=RsPMt44oP3L,
https://www.peekvids.com/watch?v=yNWBKCLSohP, https://www.peekvids.com/watch?v=u2z6chTwmla, https://www.peekvids.com/watch?v=RISk3qWhVTe,
https://www.peekvids.com/watch?v=VH78pa94qFr, https://www.peekvids.com/watch?v=Cy1OvHOp2Cr, https://www.peekvids.com/watch?v=XgEllFZrHxo,
https://www.peekvids.com/watch?v=B4pDi2cpdxn, https://www.peekvids.com/watch?v=VyZEoZ-O5nl, https://www.peekvids.com/watch?v=Tu-VQwT66AE,
https://www.peekvids.com/watch?v=v8-7DuwrsoD, https://www.peekvids.com/watch?v=m0ialrKvawn, https://www.peekvids.com/watch?v=cZSy3c0wD-3,
https://www.peekvids.com/watch?v=9u_imnwjiio, https://www.peekvids.com/watch?v=U0lZzC-mc-a, https://www.peekvids.com/watch?v=Uwojlqiqwai,
https://www.peekvids.com/watch?v=l4cPk7NqlZn, https://www.peekvids.com/watch?v=YwQIERs6TI6, https://www.peekvids.com/watch?v=5rHKPhK1eLP
5.f. Date of third notice: 2015-09-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: maalox
5.b. Uploader's email address: baristanescacof@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=maalox
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=s9pZkeX3yJ8, https://www.peekvids.com/watch?v=WBJ7njb2kep, https://www.peekvids.com/watch?v=V_EYFbquyrE, https://www.peekvids.com/watch?v=UWhl4WXGhn7, https://www.peekvids.com/watch?v=JP9HYx8BJqR, https://www.peekvids.com/watch?v=RQjVc27HWhB, https://www.peekvids.com/watch?v=mK3-jdxXcHm, https://www.peekvids.com/watch?v=2vb4MHzNXq6, https://www.peekvids.com/watch?v=TTQjuCArb5v, https://www.peekvids.com/watch?v=C0DmbAgfcwD, https://www.peekvids.com/watch?v=Locajih5v6t, https://www.peekvids.com/watch?v=OybxBCZDOVn, https://www.peekvids.com/watch?v=hucH2YJ7HRD, https://www.peekvids.com/watch?v=rqKVQ35mIbX, https://www.peekvids.com/watch?v=j4GCfAhg7-J, https://www.peekvids.com/watch?v=f-uKtyXIrAZ, https://www.peekvids.com/watch?v=BlXzCqjoRHK, https://www.peekvids.com/watch?v=LBR8gS6i7fk, https://www.peekvids.com/watch?v=0qVsf6wim-w, https://www.peekvids.com/watch?v=S2YxIyE62WZ, https://www.peekvids.com/watch?v=hgL4nUIY2lV, https://www.peekvids.com/watch?v=kTy9J0GvjTV, https://www.peekvids.com/watch?v=W14Y9iDgHAP, https://www.peekvids.com/watch?v=mg1jeNBCeCK, https://www.peekvids.com/watch?v=0366nVd5t3B, https://www.peekvids.com/watch?v=brS9YAMbj3S, https://www.peekvids.com/watch?v=aTTYffLm6cC, https://www.peekvids.com/watch?v=oTGRHj7FyBg, https://www.peekvids.com/watch?v=L5Coq7PgWnP, https://www.peekvids.com/watch?v=84c6IjQW1as, https://www.peekvids.com/watch?v=EXK5yoAETah, https://www.peekvids.com/watch?v=h1ozWi-5Vr5, https://www.peekvids.com/watch?v=QpBu3OKad46, https://www.peekvids.com/watch?v=xo32FVtaVLP, https://www.peekvids.com/watch?v=pp7OqkgPUid, https://www.peekvids.com/watch?v=2BialUCQZ_L, https://www.peekvids.com/watch?v=Xi5ChnXT-7G, https://www.peekvids.com/watch?v=IkidvEMVACy, https://www.peekvids.com/watch?v=b0BFIq_dWbt, https://www.peekvids.com/watch?v=l6YZukW4Gzx, https://www.peekvids.com/watch?v=GP7THoflJ8t, https://www.peekvids.com/watch?v=oHGCcyTefhd, https://www.peekvids.com/watch?v=YwMCygmVuD6, https://www.peekvids.com/watch?v=BdmwMKlTF30, https://www.peekvids.com/watch?v=PS4Hmk1njkd, https://www.peekvids.com/watch?v=fPaWq3AVFfj, https://www.peekvids.com/watch?v=SzSz_ElNj9q, https://www.peekvids.com/watch?v=yVpVee9D7Uc, https://www.peekvids.com/watch?v=JXMJgBrIqh8, https://www.peekvids.com/watch?v=konHT0voOuE, https://www.peekvids.com/watch?v=ocM8SiIoKKh, https://www.peekvids.com/watch?v=aNCuoxtLjS6, https://www.peekvids.com/watch?v=4a-mHInrN9s, https://www.peekvids.com/watch?v=tCtiztXGBhC, https://www.peekvids.com/watch?v=Bk_ixOBx3Lv, https://www.peekvids.com/watch?v=Hiqfns_70Cl, https://www.peekvids.com/watch?v=HeLHoqhGTrU, https://www.peekvids.com/watch?v=OWCdluyKTp8, https://www.peekvids.com/watch?v=pPoxqeEEvr4, https://www.peekvids.com/watch?v=lGocFh6Pvmx, https://www.peekvids.com/watch?v=MOj1O3qQVDo, https://www.peekvids.com/watch?v=S0cgNCRJ93h, https://www.peekvids.com/watch?v=gLbsmOKZU_T, https://www.peekvids.com/watch?v=R4fzZ4XrAjg, https://www.peekvids.com/watch?v=lQK6C60fSmn, https://www.peekvids.com/watch?v=SEeS9NC6by5, https://www.peekvids.com/watch?v=p6A_YFU7bVE, https://www.peekvids.com/watch?v=okeBafKtPMQ, https://www.peekvids.com/watch?v=kHCHpFheq_o, https://www.peekvids.com/watch?v=vUPGcrFjNhp, https://www.peekvids.com/watch?v=zknpHK7OZc0, https://www.peekvids.com/watch?v=KR2PlXqFoWD, https://www.peekvids.com/watch?v=gSw52Pve08E, https://www.peekvids.com/watch?v=vFJiR_PEHYF, https://www.peekvids.com/watch?v=XOULWHRRYqX, https://www.peekvids.com/watch?v=LGGFyNwsNPa, https://www.peekvids.com/watch?v=Oli2MEbL4lS, https://www.peekvids.com/watch?v=M8K_jFvXDVC, https://www.peekvids.com/watch?v=sk7f8rHOWLs, https://www.peekvids.com/watch?v=DRNe2-u8Hnh, https://www.peekvids.com/watch?v=QaqTC--3pBr, https://www.peekvids.com/watch?v=aieCls6rZKl, https://www.peekvids.com/watch?v=5K4RPfqVXzt, https://www.peekvids.com/watch?v=8yRM1hpWCXc, https://www.peekvids.com/watch?v=vBl8apchKpr, https://www.peekvids.com/watch?v=WbfzqCZi3Xj, https://www.peekvids.com/watch?v=Hhey7ZsyAmv, https://www.peekvids.com/watch?v=rNUnhu46hZV, https://www.peekvids.com/watch?v=RdDwl7Xh2TY, https://www.peekvids.com/watch?v=d4hcz8tcF_s, https://www.peekvids.com/watch?v=OMIUKTjO9fM, https://www.peekvids.com/watch?v=FhSJBxWj68q, https://www.peekvids.com/watch?v=6Swzj7CyUvx, https://www.peekvids.com/watch?v=4OCyKOeqpjv, https://www.peekvids.com/watch?v=9DLb3RBV2zH, https://www.peekvids.com/watch?v=tWhoyp4-NhZ, https://www.peekvids.com/watch?v=2iDfiCxCpzl, https://www.peekvids.com/watch?v=YvBkIu9k-9t, https://www.peekvids.com/watch?v=igCYD5ltppM, https://www.peekvids.com/watch?v=2A0C9RwiNQK, https://www.peekvids.com/watch?v=O2fHxwE8gGq, https://www.peekvids.com/watch?v=qsJRSiewwJc, https://www.peekvids.com/watch?v=3ing_CuUEMg, https://www.peekvids.com/watch?v=I6AEskUkhES, https://www.peekvids.com/watch?v=kC3G3wxMdS0, https://www.peekvids.com/watch?v=vi9fAKvTzM2, https://www.peekvids.com/watch?v=t8FL_VaOnYE, https://www.peekvids.com/watch?v=bq70K55x98q, https://www.peekvids.com/watch?v=Byugn8KkDPb, https://www.peekvids.com/watch?v=q28qi1VrhDq, https://www.peekvids.com/watch?v=sXzvVpD0RGR, https://www.peekvids.com/watch?v=oM2lB06_tc7, https://www.peekvids.com/watch?v=NGMtYBR9JSI, https://www.peekvids.com/watch?v=fAKpjZrT0pz, https://www.peekvids.com/watch?v=7Yjev3UpvRE, https://www.peekvids.com/watch?v=gr_a9Pwf0wJ, https://www.peekvids.com/watch?v=opyw_IO-Qdh, https://www.peekvids.com/watch?v=JB04amD9-vG, https://www.peekvids.com/watch?v=T9C57fkmaL8, https://www.peekvids.com/watch?v=yLWU2jaPeto, https://www.peekvids.com/watch?v=v5wRnFDZ8FF, https://www.peekvids.com/watch?v=ULutgsyUsrP, https://www.peekvids.com/watch?v=PRMiDkTOx2A, https://www.peekvids.com/watch?v=KTxIpA4yJhQ, https://www.peekvids.com/watch?v=WVrUBsM91Nk, https://www.peekvids.com/watch?v=OSHr1dONDRm, https://www.peekvids.com/watch?v=LiqLY4zrYSm, https://www.peekvids.com/watch?v=v3FIElcaNDK, https://www.peekvids.com/watch?v=uRGNHvE5b3u, https://www.peekvids.com/watch?v=hdmXs0WMyBt, https://www.peekvids.com/watch?v=n1-AbUDEaxP, https://www.peekvids.com/watch?v=T8zpVLwPMaL, https://www.peekvids.com/watch?v=d98KYXi9NDH, https://www.peekvids.com/watch?v=fhaPo_-KEvx, https://www.peekvids.com/watch?v=FZJI_wSLvA4, https://www.peekvids.com/watch?v=PAw61FkstEt, https://www.peekvids.com/watch?v=dIcVd1zFl1R, https://www.peekvids.com/watch?v=ivoVx0Bw5U4, https://www.peekvids.com/watch?v=6JHbogyuXcL, https://www.peekvids.com/watch?v=KstjkFV3Q-A, https://www.peekvids.com/watch?v=9Yf5HYKhXzP, https://www.peekvids.com/watch?v=J4zmg8T3xXC, https://www.peekvids.com/watch?v=uU4cuwhDNM0, https://www.peekvids.com/watch?v=Uyv31bz1pGK, https://www.peekvids.com/watch?v=EpIueMD0_Qf, https://www.peekvids.com/watch?v=067pEbZN1Kp, https://www.peekvids.com/watch?v=pO2b2YaPiPX, https://www.peekvids.com/watch?v=ahnDwdHra1X, https://www.peekvids.com/watch?v=pa4PJoUgkd2, https://www.peekvids.com/watch?v=uGyEtxS8RU5, https://www.peekvids.com/watch?v=feQNWhVHjjs, https://www.peekvids.com/watch?v=KBRA9Hk20DG, https://www.peekvids.com/watch?v=HL4xXwYx1XW, https://www.peekvids.com/watch?v=weUSMFUcavK, https://www.peekvids.com/watch?v=s5Xc76-bL8q, https://www.peekvids.com/watch?v=ZSFa8Nn32CD, https://www.peekvids.com/watch?v=VbP1IWQfZkd, https://www.peekvids.com/watch?v=set8BNHL00l, https://www.peekvids.com/watch?v=QgPYS5D97WN, https://www.peekvids.com/watch?v=OW5PcwKUq-t, https://www.peekvids.com/watch?v=2FMIfk8cicf, https://www.peekvids.com/watch?v=3zwY_4OtejS, https://www.peekvids.com/watch?v=OaaPR_FPNfG, https://www.peekvids.com/watch?v=bTwMtyIQU37, https://www.peekvids.com/watch?v=9USV_Ub_36W, https://www.peekvids.com/watch?v=Lj8JptvkfqJ, https://www.peekvids.com/watch?v=P6LLs-QKQiy, https://www.peekvids.com/watch?v=y0zDAcSNIxf, https://www.peekvids.com/watch?v=YvGaGftW9Me, https://www.peekvids.com/watch?v=Jls9ZDy-lLO, https://www.peekvids.com/watch?v=j-EFDL0Z3pr, https://www.peekvids.com/watch?v=w639w-intmi, https://www.peekvids.com/watch?v=9X0kI4GFTdd, https://www.peekvids.com/watch?v=gUHR89PfTme, https://www.peekvids.com/watch?v=gWwty_aFrMl, https://www.peekvids.com/watch?v=dWP6N3rP_ll, https://www.peekvids.com/watch?v=xn6yi9LKJQh, https://www.peekvids.com/watch?v=tNiF5RLycgR, https://www.peekvids.com/watch?v=82778dRUPPU, https://www.peekvids.com/watch?v=Pd6v-GBZGwY, https://www.peekvids.com/watch?v=E9uQhoN1kGa, https://www.peekvids.com/watch?v=D8hEufbnnBV, https://www.peekvids.com/watch?v=don_RKrxtnQ, https://www.peekvids.com/watch?v=ghPZeh0sk5a, https://www.peekvids.com/watch?v=iOpQzZPGO94, https://www.peekvids.com/watch?v=PU-xTZt1OIN, https://www.peekvids.com/watch?v=y1cNBsC4uaL, https://www.peekvids.com/watch?v=QbkSojxAiCq, https://www.peekvids.com/watch?v=O1Pr818Oo46, https://www.peekvids.com/watch?v=tm9tS806Jyp, https://www.peekvids.com/watch?v=L-gOSLet5NW, https://www.peekvids.com/watch?v=Baf0vcvdB_l, https://www.peekvids.com/watch?v=UppWRK6LIxa, https://www.peekvids.com/watch?v=858-5ZQW2mG, https://www.peekvids.com/watch?v=RkASaLmr4BB, https://www.peekvids.com/watch?v=A5X047CvMfu, https://www.peekvids.com/watch?v=mvUeYvgo5kh, https://www.peekvids.com/watch?v=SvCtMmQ7LjJ, https://www.peekvids.com/watch?v=6PxsHlx1cdJ, https://www.peekvids.com/watch?v=cJl5qygAGrR, https://www.peekvids.com/watch?v=kE4z7RDFmdG, https://www.peekvids.com/watch?v=tj8GXp9rMms, https://www.peekvids.com/watch?v=h5sEnkh_Qxy, https://www.peekvids.com/watch?v=lp1yDLnUTIu, https://www.peekvids.com/watch?v=PWKkwwQD_77, https://www.peekvids.com/watch?v=e1LgIBaFknt, https://www.peekvids.com/watch?v=N4ZcXM1QQjJ, https://www.peekvids.com/watch?v=nySZKcpif1J, https://www.peekvids.com/watch?v=vJ2w6LXtpOG
5.f. Date of third notice: 2015-10-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: maestromuz
5.b. Uploader's email address: tomtaylor122@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=maestromuz
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=IlWY3jDOsaX, https://www.peekvids.com/watch?v=rcgmJWl666m, https://www.peekvids.com/watch?v=ix24EVQwjsl, https://www.peekvids.com/watch?v=bia2rVFaiIS, https://www.peekvids.com/watch?v=TO5UdM7cs7W, https://www.peekvids.com/watch?v=q0Kg-HETinW, https://www.peekvids.com/watch?v=sCk-eltFdHN, https://www.peekvids.com/watch?v=SEQLa3ho2Zu, https://www.peekvids.com/watch?v=nIhnsRWtRf5, https://www.peekvids.com/watch?v=HUCwBwvq8GD, https://www.peekvids.com/watch?v=Yv6ZeJzhDGQ, https://www.peekvids.com/watch?v=nZKcK-3W4Fz, https://www.peekvids.com/watch?v=DhcshlAdyIE, https://www.peekvids.com/watch?v=y7Hujj5MJAU, https://www.peekvids.com/watch?v=6EuIFcZasFq, https://www.peekvids.com/watch?v=gbuPEm3SUm5, https://www.peekvids.com/watch?v=u2IvBG5TB6L, https://www.peekvids.com/watch?v=rPNhkz30-kH, https://www.peekvids.com/watch?v=sLz502PYsG9, https://www.peekvids.com/watch?v=lEEYPze4mry, https://www.peekvids.com/watch?v=xNI2AEZgA-x, https://www.peekvids.com/watch?v=tF054FSNybH, https://www.peekvids.com/watch?v=PnBXMIgfR5l, https://www.peekvids.com/watch?v=IgzRgg8hSt9, https://www.peekvids.com/watch?v=R9ZOAXWIKhs, https://www.peekvids.com/watch?v=73H9kDVGiZL, https://www.peekvids.com/watch?v=i9vXQ63nfno, https://www.peekvids.com/watch?v=BEMOoCRxZZY, https://www.peekvids.com/watch?v=XOQPOkfFGhz, https://www.peekvids.com/watch?v=zw0sIiRSFYb, https://www.peekvids.com/watch?v=gmmXhxBsjFz, https://www.peekvids.com/watch?v=eX80wDd0mOy, https://www.peekvids.com/watch?v=Y7hCM7qMAvM, https://www.peekvids.com/watch?v=NCjPMO8O854, https://www.peekvids.com/watch?v=MFiA37EoRKs, https://www.peekvids.com/watch?v=JBzvLr3Zyoo, https://www.peekvids.com/watch?v=sdkGvrGAzbl, https://www.peekvids.com/watch?v=idNCpR9PfFU, https://www.peekvids.com/watch?v=wyk0DsqlG7U, https://www.peekvids.com/watch?v=fkfZMxU7wQL, https://www.peekvids.com/watch?v=ZJfLic7E3QG, https://www.peekvids.com/watch?v=vYfBGtibja7, https://www.peekvids.com/watch?v=5R35qkJGe2U, https://www.peekvids.com/watch?v=uTN5naDn-FE, https://www.peekvids.com/watch?v=SDvjaufmaoJ, https://www.peekvids.com/watch?v=Z53VOUJ2veS, https://www.peekvids.com/watch?v=nMxXRNk-m3F, https://www.peekvids.com/watch?v=vjPDGXlhoih, https://www.peekvids.com/watch?v=bseqfKZsKPB, https://www.peekvids.com/watch?v=Dh5E3JuLK0V, https://www.peekvids.com/watch?v=Tzq9RgQdHCm, https://www.peekvids.com/watch?v=k0OmIQVZogG, https://www.peekvids.com/watch?v=9rx7N4InIAy, https://www.peekvids.com/watch?v=zS5BlETUlz3, https://www.peekvids.com/watch?v=M7buYpqWObP, https://www.peekvids.com/watch?v=IMO6Avgkc2N, https://www.peekvids.com/watch?v=HDcl-ZNb23h, https://www.peekvids.com/watch?v=aYdN7ILpXqH, https://www.peekvids.com/watch?v=2U3PIfM8x56, https://www.peekvids.com/watch?v=tEiiVQLpQzj, https://www.peekvids.com/watch?v=wXwb4TElOyH, https://www.peekvids.com/watch?v=ABqn4NckEWL, https://www.peekvids.com/watch?v=tqKWodKxkZL, https://www.peekvids.com/watch?v=uV-evlazvZo, https://www.peekvids.com/watch?v=QzedFczWDKN, https://www.peekvids.com/watch?v=onpDoJuDqIq, https://www.peekvids.com/watch?v=tqAetGxCPld, https://www.peekvids.com/watch?v=xmKP7qREMR8, https://www.peekvids.com/watch?v=RbCnvfs7uqh, https://www.peekvids.com/watch?v=FAPgjTRMh7Z, https://www.peekvids.com/watch?v=PqNAVwvEKXN, https://www.peekvids.com/watch?v=weNahHe8ljO, https://www.peekvids.com/watch?v=hO7sUwORZpq, https://www.peekvids.com/watch?v=dcEDTSmyVAY, https://www.peekvids.com/watch?v=uIJaqfZgB25, https://www.peekvids.com/watch?v=3aKIbL4OqW5, https://www.peekvids.com/watch?v=WrFW5JfWN9x, https://www.peekvids.com/watch?v=MFUFN7D45hN, https://www.peekvids.com/watch?v=G9WDeVOBFfq, https://www.peekvids.com/watch?v=kb6t-Wj4R0F, https://www.peekvids.com/watch?v=fZEtBep8Lbr, https://www.peekvids.com/watch?v=oPqG6bp8z95, https://www.peekvids.com/watch?v=rPi900L9wHP, https://www.peekvids.com/watch?v=QSl4Ud6ZJk6, https://www.peekvids.com/watch?v=oFNRwxesYDz, https://www.peekvids.com/watch?v=I-FxbCZWANV, https://www.peekvids.com/watch?v=Oiy5MBpcVuk, https://www.peekvids.com/watch?v=zOHtv7h4DWR, https://www.peekvids.com/watch?v=99boPfPIqfO, https://www.peekvids.com/watch?v=5zP68iAj85z, https://www.peekvids.com/watch?v=LWr2ktqM4CP, https://www.peekvids.com/watch?v=IcA3DQyIXQg, https://www.peekvids.com/watch?v=wL2MjgmFtI7, https://www.peekvids.com/watch?v=bKwe004BfaA, https://www.peekvids.com/watch?v=3fu-SgzGTyn, https://www.peekvids.com/watch?v=aLBDnWVgoSJ, https://www.peekvids.com/watch?v=Ia9Wq5y-GTk, https://www.peekvids.com/watch?v=D8KNGu4kRQh, https://www.peekvids.com/watch?v=YWThVFqOnhk, https://www.peekvids.com/watch?v=xPyTxDAKJGd, https://www.peekvids.com/watch?v=7Zl6zDmhM-h, https://www.peekvids.com/watch?v=QKmaVvu6Fkj, https://www.peekvids.com/watch?v=5rwlxi6acCx, https://www.peekvids.com/watch?v=VqM2ogCwi2u, https://www.peekvids.com/watch?v=RadgCOuvVu0, https://www.peekvids.com/watch?v=rWIeImqoIoA, https://www.peekvids.com/watch?v=beHOKl8BzN4, https://www.peekvids.com/watch?v=W9pcS6BlzmA, https://www.peekvids.com/watch?v=Gpgi7dbCKlS, https://www.peekvids.com/watch?v=8aecuLzWqK0, https://www.peekvids.com/watch?v=nVYPsjynyvf, https://www.peekvids.com/watch?v=NCPBjW2JRqD, https://www.peekvids.com/watch?v=b40iyQfXFmP, https://www.peekvids.com/watch?v=UYfMPe4LrpH, https://www.peekvids.com/watch?v=cNXWR6pSVvP, https://www.peekvids.com/watch?v=bjLrrXQKhnw, https://www.peekvids.com/watch?v=nhkzrElpm0E, https://www.peekvids.com/watch?v=Q3tWxIW4p7T, https://www.peekvids.com/watch?v=8WRBvIxVyj6, https://www.peekvids.com/watch?v=NrqiPYACNYJ, https://www.peekvids.com/watch?v=IvebZktxSCX, https://www.peekvids.com/watch?v=Cdh2Y9Yl3p4, https://www.peekvids.com/watch?v=q7cbdrUMVn8, https://www.peekvids.com/watch?v=PswJTYWNSSU, https://www.peekvids.com/watch?v=GdxctcqBmN2, https://www.peekvids.com/watch?v=eGZVNVnFhYh, https://www.peekvids.com/watch?v=qJsIpePCDTT, https://www.peekvids.com/watch?v=ymW7laIXuXP, https://www.peekvids.com/watch?v=5gTid9-PS-B, https://www.peekvids.com/watch?v=dNxBdRfarSj, https://www.peekvids.com/watch?v=-IgleNWM9KV, https://www.peekvids.com/watch?v=W4xJfoqcrwW, https://www.peekvids.com/watch?v=CrJMSl6o6u-, https://www.peekvids.com/watch?v=9gy7eMZ0Gyc, https://www.peekvids.com/watch?v=WAztx-YyotA, https://www.peekvids.com/watch?v=zdRlhO0sHwR, https://www.peekvids.com/watch?v=ASvVfOEASgW, https://www.peekvids.com/watch?v=wpYhhEBvynH, https://www.peekvids.com/watch?v=vvSAL2O8Cdt, https://www.peekvids.com/watch?v=hGT3EL-h0ND, https://www.peekvids.com/watch?v=Ndy5L7m0bGG, https://www.peekvids.com/watch?v=eEeE0wdnyC5, https://www.peekvids.com/watch?v=ur-dqCUHRKn, https://www.peekvids.com/watch?v=DZa9qpZSeUv, https://www.peekvids.com/watch?v=ScOtuIx688M, https://www.peekvids.com/watch?v=kmme-lm3oG6, https://www.peekvids.com/watch?v=v6dFUmuboqi, https://www.peekvids.com/watch?v=L3G4FHWEB5a, https://www.peekvids.com/watch?v=v0dbCZWAGCX, https://www.peekvids.com/watch?v=v43yXbImLVc, https://www.peekvids.com/watch?v=4swXVsBRIdm, https://www.peekvids.com/watch?v=ymjIFpPvSno, https://www.peekvids.com/watch?v=wmn8J5fSt3x, https://www.peekvids.com/watch?v=AiHmQ0Nbfb0, https://www.peekvids.com/watch?v=yu7unlbns0T, https://www.peekvids.com/watch?v=Ijg0myCDFmc, https://www.peekvids.com/watch?v=8qQm9HXDjXZ, https://www.peekvids.com/watch?v=PvC0Rebqwfq, https://www.peekvids.com/watch?v=288ZTMiEARH, https://www.peekvids.com/watch?v=92dFCrxpybn, https://www.peekvids.com/watch?v=ppRcDOkIWgJ, https://www.peekvids.com/watch?v=bkFMgZqng4U, https://www.peekvids.com/watch?v=unqueJXRrR-, https://www.peekvids.com/watch?v=lFcwppZxZBJ, https://www.peekvids.com/watch?v=I5EP9A8nunC, https://www.peekvids.com/watch?v=kjDN0NLcAv-, https://www.peekvids.com/watch?v=8ZywdEWGSI5, https://www.peekvids.com/watch?v=zRMs7QkBVW5, https://www.peekvids.com/watch?v=hLqPTkThwMn, https://www.peekvids.com/watch?v=WTbxcM-5m5e,

https://www.peekvids.com/watch?v=JW0ZrcHJnQ6, https://www.peekvids.com/watch?v=6NedOW4Sq3h, https://www.peekvids.com/watch?v=7KjQderMFS8,
https://www.peekvids.com/watch?v=gXiLVCxsU8g, https://www.peekvids.com/watch?v=-fWJTZ822np, https://www.peekvids.com/watch?v=C6ddMnZytxH,
https://www.peekvids.com/watch?v=Lm7TZsAFzBe, https://www.peekvids.com/watch?v=VHHZ3Z9SHXK, https://www.peekvids.com/watch?v=4i2Tqh8YBum,
https://www.peekvids.com/watch?v=eenJf-wVZRG, https://www.peekvids.com/watch?v=lKxDYdrqAFo, https://www.peekvids.com/watch?v=fcPUmoGtX0j,
https://www.peekvids.com/watch?v=6qSxZXuFvXM, https://www.peekvids.com/watch?v=iQPNYWpobe9, https://www.peekvids.com/watch?v=Ett07JD4MdY,
https://www.peekvids.com/watch?v=u4BeDuWyzyx, https://www.peekvids.com/watch?v=O-at9HkMUrm, https://www.peekvids.com/watch?v=uMrL0yEKyXb,
https://www.peekvids.com/watch?v=45GoktcBjRl, https://www.peekvids.com/watch?v=dsF2cIoO6Gc, https://www.peekvids.com/watch?v=v8kCjFs9fxO,
https://www.peekvids.com/watch?v=KT-djsAwkZV, https://www.peekvids.com/watch?v=3E3CLz9NftY, https://www.peekvids.com/watch?v=9D2xvoWJuuS,
https://www.peekvids.com/watch?v=zbfwimWFMyc, https://www.peekvids.com/watch?v=wPl2Fd93Qvm, https://www.peekvids.com/watch?v=ObzLjrjFpuz,
https://www.peekvids.com/watch?v=M3ia0BB2s9b, https://www.peekvids.com/watch?v=AON3YudGXnY, https://www.peekvids.com/watch?v=cuVF7GIeTTP,
https://www.peekvids.com/watch?v=2sbHXepu4lG, https://www.peekvids.com/watch?v=SO394Uw6E9z, https://www.peekvids.com/watch?v=OSwNMLRnn7p,
https://www.peekvids.com/watch?v=yBXwMVN7ZXM, https://www.peekvids.com/watch?v=9kNyMB0FPn0, https://www.peekvids.com/watch?v=fyPAnjSoBwD,
https://www.peekvids.com/watch?v=ROTn8zmH5A-, https://www.peekvids.com/watch?v=OxqIhfvqLUq, https://www.peekvids.com/watch?v=gEd0LRtW58q,
https://www.peekvids.com/watch?v=sMWUOkbIfPK
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: makedon
5.b. Uploader's email address: babaknillo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=makedon
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RCxmMAW_MRF, https://www.peekvids.com/watch?v=Wx-K4VTDLBU,
https://www.peekvids.com/watch?v=7eS7yEubGSY, https://www.peekvids.com/watch?v=kDFxzjaiOUG, https://www.peekvids.com/watch?v=2NjE9T5P5aK,
https://www.peekvids.com/watch?v=x_sQDNtIeNN, https://www.peekvids.com/watch?v=R-jMK8hOIfN, https://www.peekvids.com/watch?v=I6roeV-i-GF,
https://www.peekvids.com/watch?v=tEIg3yzo8EQ, https://www.peekvids.com/watch?v=tm5L6YUEAZH, https://www.peekvids.com/watch?v=J6TMIRSlplf,
https://www.peekvids.com/watch?v=uk2VhkibJD7, https://www.peekvids.com/watch?v=Hp2VolFOTmb, https://www.peekvids.com/watch?v=mDNug_esr2r,
https://www.peekvids.com/watch?v=sVP1AzVFCpI, https://www.peekvids.com/watch?v=xCQxr0rXgkv, https://www.peekvids.com/watch?v=Ti0NseB9O5x,
https://www.peekvids.com/watch?v=4_fg4dNhvaC, https://www.peekvids.com/watch?v=W_tMWK9MrgR, https://www.peekvids.com/watch?v=3iYYak5ZcCp,
https://www.peekvids.com/watch?v=YCOI_ad_UJZ, https://www.peekvids.com/watch?v=3cBo-TpU5JO, https://www.peekvids.com/watch?v=vInbvCq2WCk,
https://www.peekvids.com/watch?v=xsmA3nzW_g3, https://www.peekvids.com/watch?v=4Gjayd2j47G, https://www.peekvids.com/watch?v=f1iCxQ7VCaj,
https://www.peekvids.com/watch?v=I6t1kf_R9qk, https://www.peekvids.com/watch?v=ktZs2r4wV8R, https://www.peekvids.com/watch?v=H_o1G4SPKGw,
https://www.peekvids.com/watch?v=FJ-edP2w6_Y, https://www.peekvids.com/watch?v=ChU3J10gCWG, https://www.peekvids.com/watch?v=Jk71o_YzROa,
https://www.peekvids.com/watch?v=xZQOnZOhsa4
5.f. Date of third notice: 2015-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: malefemale
5.b. Uploader's email address: seatbroo@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=malefemale
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=PHYdr_0F7PL, https://www.peekvids.com/watch?v=WbcKmtsPldq,
https://www.peekvids.com/watch?v=tJ5ngLx2Oas, https://www.peekvids.com/watch?v=JdidCf_wwBY, https://www.peekvids.com/watch?v=ECqS4YLUT2j,
https://www.peekvids.com/watch?v=VojZTvC_j8h, https://www.peekvids.com/watch?v=g_rAKG3NFJ3, https://www.peekvids.com/watch?v=n9DkAFqZDRP,
https://www.peekvids.com/watch?v=gTJzaMzQpPA, https://www.peekvids.com/watch?v=ixUBejqM_1x, https://www.peekvids.com/watch?v=OMJkGDl-7km,
https://www.peekvids.com/watch?v=PVgD9msuAQj, https://www.peekvids.com/watch?v=yfUQ5YXB7aQ, https://www.peekvids.com/watch?v=EF2aRqvxOqb,
https://www.peekvids.com/watch?v=eSSLGko6n7A, https://www.peekvids.com/watch?v=llNhdNEzDC3, https://www.peekvids.com/watch?v=vODqRlkw3cl,
https://www.peekvids.com/watch?v=GI2lde7Tz9Y, https://www.peekvids.com/watch?v=a7YncKa8U18, https://www.peekvids.com/watch?v=84fhGcPoz_J,
https://www.peekvids.com/watch?v=xH8DNnXC5lX, https://www.peekvids.com/watch?v=NBxHhJ2jEsM, https://www.peekvids.com/watch?v=IHqyBRm4OHD,
https://www.peekvids.com/watch?v=JIjp9po2Dos, https://www.peekvids.com/watch?v=my0eN8fxccX, https://www.peekvids.com/watch?v=99yl75u_kLW,
https://www.peekvids.com/watch?v=5NAdZouvX2e, https://www.peekvids.com/watch?v=nHo4PocViDW, https://www.peekvids.com/watch?v=PJ6KFgWtriB,
https://www.peekvids.com/watch?v=F_Gr5ZSI6Do, https://www.peekvids.com/watch?v=C_hhcGRj-05, https://www.peekvids.com/watch?v=sW76bdV7YGp,
https://www.peekvids.com/watch?v=0Hlti5gVkSE, https://www.peekvids.com/watch?v=X-vn2PQLbn4, https://www.peekvids.com/watch?v=O5QH0uxUeQ8,
https://www.peekvids.com/watch?v=4gudsKufM-d, https://www.peekvids.com/watch?v=FuyK31gwCXh, https://www.peekvids.com/watch?v=U58L68opf_N,
https://www.peekvids.com/watch?v=vh7yKqYtiNf, https://www.peekvids.com/watch?v=z4WfkLMER7o, https://www.peekvids.com/watch?v=Seq3n005bNn,
https://www.peekvids.com/watch?v=Nv1wnisUeZ7, https://www.peekvids.com/watch?v=MNyTUgXkwxI, https://www.peekvids.com/watch?v=JyasUsxzgsU,
https://www.peekvids.com/watch?v=NnCHqWLPVQp, https://www.peekvids.com/watch?v=2l2Q0kxfyFM, https://www.peekvids.com/watch?v=zLwaJa8Sjy5,
https://www.peekvids.com/watch?v=Cm_o95Axtuh, https://www.peekvids.com/watch?v=cdFqmCVleWZ, https://www.peekvids.com/watch?v=kxbiZ9dRoBh,
https://www.peekvids.com/watch?v=hzlpll_JLKv, https://www.peekvids.com/watch?v=mHsSTqXhZQE, https://www.peekvids.com/watch?v=c6rLIsCAHDE,
https://www.peekvids.com/watch?v=pNlpnKWQ7AK, https://www.peekvids.com/watch?v=737Ynvri6ah, https://www.peekvids.com/watch?v=jhMU048PAO7,
https://www.peekvids.com/watch?v=wrrCoY_9mnI, https://www.peekvids.com/watch?v=Bj1RPpdN83K, https://www.peekvids.com/watch?v=vZ_DU_ExwoL,
https://www.peekvids.com/watch?v=RzTGjMWShe3, https://www.peekvids.com/watch?v=3ThEPyPqppC, https://www.peekvids.com/watch?v=dgYFKbfnEGu,
https://www.peekvids.com/watch?v=dmTx33Eiv0R, https://www.peekvids.com/watch?v=q7EVxJVnwsB, https://www.peekvids.com/watch?v=NToPozA-DCF,
https://www.peekvids.com/watch?v=W5pjjuJqehY, https://www.peekvids.com/watch?v=IcZLUM2NBZ5, https://www.peekvids.com/watch?v=BHD2C-UsGOK,
https://www.peekvids.com/watch?v=3wKhLYthSWp, https://www.peekvids.com/watch?v=YREPWZdlqlJ, https://www.peekvids.com/watch?v=24Sw-n2rBN8,
https://www.peekvids.com/watch?v=ZOxhDroLKTC, https://www.peekvids.com/watch?v=UZtK8MPQgXM, https://www.peekvids.com/watch?v=uqoklzVBEDc,
https://www.peekvids.com/watch?v=5cJyHW6LZ4N, https://www.peekvids.com/watch?v=hOSddfwBP4r, https://www.peekvids.com/watch?v=Gc2JY5ckXSF,
https://www.peekvids.com/watch?v=LeYHtU7KNnB, https://www.peekvids.com/watch?v=78FNXYGauTa, https://www.peekvids.com/watch?v=zb3hfqpJeG3,
https://www.peekvids.com/watch?v=H-nHvfpgWN8, https://www.peekvids.com/watch?v=WSvnM-ajWyP, https://www.peekvids.com/watch?v=rOHi9Aw8dru,
https://www.peekvids.com/watch?v=MM9RH6Teuz3, https://www.peekvids.com/watch?v=8Ex3hRL7MzK, https://www.peekvids.com/watch?v=MM-HhXDPL-J,
https://www.peekvids.com/watch?v=XOHK78bpksb, https://www.peekvids.com/watch?v=4mKHMjOw4wf, https://www.peekvids.com/watch?v=R__2Gx6xXMG,
https://www.peekvids.com/watch?v=ju4HA4GT659, https://www.peekvids.com/watch?v=BAhfF_AwL9J, https://www.peekvids.com/watch?v=zZli101MaLU,
https://www.peekvids.com/watch?v=PsfW1BjpUvo, https://www.peekvids.com/watch?v=3ZH6KE396hO, https://www.peekvids.com/watch?v=ODpZ9MxkECp,
https://www.peekvids.com/watch?v=WZn-8PGwZkI, https://www.peekvids.com/watch?v=c59n0r8ebOa, https://www.peekvids.com/watch?v=avF_pGARWin,
https://www.peekvids.com/watch?v=iBQFa234YTE, https://www.peekvids.com/watch?v=isfm2rdKWTB, https://www.peekvids.com/watch?v=rTGSqBg6yQQ,
https://www.peekvids.com/watch?v=sDsTRjvY1yH, https://www.peekvids.com/watch?v=35aFuoCC_va, https://www.peekvids.com/watch?v=YV59v6nbWgg,
https://www.peekvids.com/watch?v=Jvpg8gb14Nf, https://www.peekvids.com/watch?v=KqR3DyFbJpx, https://www.peekvids.com/watch?v=StKJAScTkQt,
https://www.peekvids.com/watch?v=6_7MrClJNpV, https://www.peekvids.com/watch?v=p_192poxP6z, https://www.peekvids.com/watch?v=M1jDZ8Asch7,
https://www.peekvids.com/watch?v=tW_t1D_KdRl, https://www.peekvids.com/watch?v=jLxGPzJajH9, https://www.peekvids.com/watch?v=VW2AUtCnIPr,
https://www.peekvids.com/watch?v=6StjH90ckWU, https://www.peekvids.com/watch?v=rZOFn96Q_l3, https://www.peekvids.com/watch?v=NNH4QrSJhG9,
https://www.peekvids.com/watch?v=jqIweo72GwG, https://www.peekvids.com/watch?v=K47FZHqnHcF, https://www.peekvids.com/watch?v=z5LWma4IBp8,
https://www.peekvids.com/watch?v=dYOiUJeXXkZ, https://www.peekvids.com/watch?v=w4aWWpE703E, https://www.peekvids.com/watch?v=eUFMnan0JSY
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: malony
5.b. Uploader's email address: abiniabini@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=malony
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=oGZEpul0E9Q, https://www.peekvids.com/watch?v=tJQTEH6AcVa,
https://www.peekvids.com/watch?v=jRzXTUB4hec, https://www.peekvids.com/watch?v=gOi26TnUKYk, https://www.peekvids.com/watch?v=FOJKclEXwuY,
https://www.peekvids.com/watch?v=UgrMnR1KnzK, https://www.peekvids.com/watch?v=BwIcSisu3MA, https://www.peekvids.com/watch?v=IGRXFS6UsI6,
https://www.peekvids.com/watch?v=lUekzRXRUhb, https://www.peekvids.com/watch?v=aGwICVAFibN, https://www.peekvids.com/watch?v=Af6fpcNsZgb,
https://www.peekvids.com/watch?v=n4chZxInSdH, https://www.peekvids.com/watch?v=L2C-LWCXqQ8, https://www.peekvids.com/watch?v=HwBHi5N1tZ5,
https://www.peekvids.com/watch?v=dBszfjUSIDl, https://www.peekvids.com/watch?v=y4pwTJE_YSm, https://www.peekvids.com/watch?v=hrbiFOdsdw5,
https://www.peekvids.com/watch?v=y7INj-lpBgN, https://www.peekvids.com/watch?v=RNVHe1U1xVQ, https://www.peekvids.com/watch?v=VZJ8Bbt1I6c,
https://www.peekvids.com/watch?v=0Yu2Gyw5dlO, https://www.peekvids.com/watch?v=pJT61p6G9lU, https://www.peekvids.com/watch?v=elh6Hiv60rh,
https://www.peekvids.com/watch?v=pIqvl8ZZarN, https://www.peekvids.com/watch?v=kNjhhSk1ohK, https://www.peekvids.com/watch?v=YbBAN5hILIi,
https://www.peekvids.com/watch?v=ZwzIC12_hVh, https://www.peekvids.com/watch?v=JxpPsKEELq3, https://www.peekvids.com/watch?v=L6W6IFA10py,
https://www.peekvids.com/watch?v=OwG7sYVKybK, https://www.peekvids.com/watch?v=pkPbeJkWpif, https://www.peekvids.com/watch?v=qjKZ12BEldo,
https://www.peekvids.com/watch?v=vLPELxwdDir, https://www.peekvids.com/watch?v=jpyR8WtIZKE, https://www.peekvids.com/watch?v=xytDvETZGXA,
https://www.peekvids.com/watch?v=XW_Vllp6Orc, https://www.peekvids.com/watch?v=UnyEI1IQqzM, https://www.peekvids.com/watch?v=oc7pRmFtMMa,
https://www.peekvids.com/watch?v=shvJSf1X_7d, https://www.peekvids.com/watch?v=byY6FQxDZbf, https://www.peekvids.com/watch?v=OB8bFKiw-nL,
https://www.peekvids.com/watch?v=GdPZNq3ktBK, https://www.peekvids.com/watch?v=GIYzdfiSHrS, https://www.peekvids.com/watch?v=EFpARM11Aqe,
https://www.peekvids.com/watch?v=e1xiXc_n3JP, https://www.peekvids.com/watch?v=leiIjf5U79t, https://www.peekvids.com/watch?v=WvS7JV8ulUr,
https://www.peekvids.com/watch?v=BMinCwHeT1t, https://www.peekvids.com/watch?v=z7DpSa50Tva, https://www.peekvids.com/watch?v=cO89kttv0nf,
https://www.peekvids.com/watch?v=D3o3h6Lnn2I, https://www.peekvids.com/watch?v=6cNw46u-fJB, https://www.peekvids.com/watch?v=fFQriggDeON,
https://www.peekvids.com/watch?v=ol5fKg4vBYQ, https://www.peekvids.com/watch?v=coFsBiGPE7A, https://www.peekvids.com/watch?v=rYDIWxYC2l0,
https://www.peekvids.com/watch?v=sw2WXJwr5qE, https://www.peekvids.com/watch?v=oMPE7zLQ4K0, https://www.peekvids.com/watch?v=kTLqvXSQsXy,
https://www.peekvids.com/watch?v=33fbXYepY-L, https://www.peekvids.com/watch?v=X7KkSj1Tb4N, https://www.peekvids.com/watch?v=91Aeuo_HojR,
https://www.peekvids.com/watch?v=0uDUAi0izOY, https://www.peekvids.com/watch?v=aaXlpZtDA4O, https://www.peekvids.com/watch?v=zm-yzfI7hnn,
https://www.peekvids.com/watch?v=sfIGukHhSRg, https://www.peekvids.com/watch?v=xn-nN4dKANn, https://www.peekvids.com/watch?v=VcdeA9-YvKM,
https://www.peekvids.com/watch?v=TUYlX98ozVF, https://www.peekvids.com/watch?v=JgggQ-9PMir, https://www.peekvids.com/watch?v=zUu-HIblm3i,
https://www.peekvids.com/watch?v=dTlIbAcc4DB, https://www.peekvids.com/watch?v=Nn1s-BDlofv, https://www.peekvids.com/watch?v=X6OAxhg4Kc9,
https://www.peekvids.com/watch?v=sLxxiCyvFVH, https://www.peekvids.com/watch?v=qKQ1Gv5bTvL, https://www.peekvids.com/watch?v=YUgdAUCuCm7,
https://www.peekvids.com/watch?v=vqGKHJ7Da9h, https://www.peekvids.com/watch?v=vdt-FulEUHe, https://www.peekvids.com/watch?v=LqJhf0e9sLh,
https://www.peekvids.com/watch?v=NQ08NeHQKd7, https://www.peekvids.com/watch?v=CGOJjSUJ5Dj, https://www.peekvids.com/watch?v=H88cmtCf2Gb,
https://www.peekvids.com/watch?v=90RT1DPN8Gi, https://www.peekvids.com/watch?v=SUQcWOk1tne, https://www.peekvids.com/watch?v=susn5JC19co,
https://www.peekvids.com/watch?v=xwaEw5oc08J, https://www.peekvids.com/watch?v=z_R1gKsW6xZ, https://www.peekvids.com/watch?v=UMHetj2t6lI,
https://www.peekvids.com/watch?v=Gv_Vj6cw082, https://www.peekvids.com/watch?v=E-tJndLpLff, https://www.peekvids.com/watch?v=qLDeMyszj7n,
https://www.peekvids.com/watch?v=815otlDMQtg
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mamalabama
5.b. Uploader's email address: dogfarttisso@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mamalabama
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JH4mYTUiB2p, https://www.peekvids.com/watch?v=KoKA1nLH3tk,
https://www.peekvids.com/watch?v=KLTUDj_0HnS, https://www.peekvids.com/watch?v=bZoSvqA6hDO, https://www.peekvids.com/watch?v=OavrhCdRLcM,
https://www.peekvids.com/watch?v=o90Xs0h-eyJ, https://www.peekvids.com/watch?v=saJDB_TarH9, https://www.peekvids.com/watch?v=m01aZ2KXOJs,
https://www.peekvids.com/watch?v=QjIrw6GiqEH, https://www.peekvids.com/watch?v=bjIJZ2-RR7D, https://www.peekvids.com/watch?v=eyVzUzVkJlx,
https://www.peekvids.com/watch?v=zX-VF705j67, https://www.peekvids.com/watch?v=dvjmDu0Zeqi, https://www.peekvids.com/watch?v=AIdyqyEnJLb,
https://www.peekvids.com/watch?v=79cT5L4RwsQ, https://www.peekvids.com/watch?v=shvcoaEnNne, https://www.peekvids.com/watch?v=5Mx8W5Meu_P,
https://www.peekvids.com/watch?v=VyjL_pmqWnW, https://www.peekvids.com/watch?v=BqZoeydQACk, https://www.peekvids.com/watch?v=54PpbsKY-2N,
https://www.peekvids.com/watch?v=vj6h1OVHZbu, https://www.peekvids.com/watch?v=nU9ne4F-dcn, https://www.peekvids.com/watch?v=3pSvi6SkVDc,
https://www.peekvids.com/watch?v=ItIHowvdEzI, https://www.peekvids.com/watch?v=vxOYBvMdlEX, https://www.peekvids.com/watch?v=UVY0xDH1UVj,
https://www.peekvids.com/watch?v=CnuKDWu1NeE, https://www.peekvids.com/watch?v=rAD_NQ08h_A, https://www.peekvids.com/watch?v=FkSHA8R1hSf,
https://www.peekvids.com/watch?v=P8fKaXHsARQ, https://www.peekvids.com/watch?v=qBnLvsUi3sM, https://www.peekvids.com/watch?v=z0tZeQyyotr,
https://www.peekvids.com/watch?v=EG3n_gKEp-k, https://www.peekvids.com/watch?v=oUfZhEgjFKO, https://www.peekvids.com/watch?v=7ymgi6MgJrH,
https://www.peekvids.com/watch?v=P-Yvhy-x-vf, https://www.peekvids.com/watch?v=vTsG1RLoS30, https://www.peekvids.com/watch?v=lD5rVzz6D-N,

https://www.peekvids.com/watch?v=wMGQdD8pxyd, https://www.peekvids.com/watch?v=hvItAGWcO9E, https://www.peekvids.com/watch?v=CjKjsDsjlfl,
https://www.peekvids.com/watch?v=IFnd8WNLl0P, https://www.peekvids.com/watch?v=WG3KdbeHWa5, https://www.peekvids.com/watch?v=yPr23byfv8D,
https://www.peekvids.com/watch?v=vICH0sdKZ9p, https://www.peekvids.com/watch?v=cramHALsQmS, https://www.peekvids.com/watch?v=CdYb4xqfDEv,
https://www.peekvids.com/watch?v=Y21M91JxbOt, https://www.peekvids.com/watch?v=lhcQqxVU-jN, https://www.peekvids.com/watch?v=5ZP2RfxndEQ,
https://www.peekvids.com/watch?v=POIZRns-iFp, https://www.peekvids.com/watch?v=toLIhQnDLHo, https://www.peekvids.com/watch?v=aMdHCKJrm83,
https://www.peekvids.com/watch?v=Rx-l19EPiDA, https://www.peekvids.com/watch?v=oZIliPe1qCm, https://www.peekvids.com/watch?v=Z6Ti5CO72HQ,
https://www.peekvids.com/watch?v=Z77pV7eSgUx, https://www.peekvids.com/watch?v=nKujhiOHZ5r, https://www.peekvids.com/watch?v=oeqedhDWeXj,
https://www.peekvids.com/watch?v=nSq-qXGhQW3, https://www.peekvids.com/watch?v=JeKA_Q7jbwA, https://www.peekvids.com/watch?v=bzgqmcfn7e0,
https://www.peekvids.com/watch?v=0JRe0P9iVg6, https://www.peekvids.com/watch?v=NGWTfhSfWc4, https://www.peekvids.com/watch?v=huUuhjbewhG,
https://www.peekvids.com/watch?v=bQBtVGWTH-r, https://www.peekvids.com/watch?v=giG5JDrou2x, https://www.peekvids.com/watch?v=vmEcre2LLA5,
https://www.peekvids.com/watch?v=LnCBw6I6Rok, https://www.peekvids.com/watch?v=k58ug9fRd7I, https://www.peekvids.com/watch?v=DRXkHdBt5Bb,
https://www.peekvids.com/watch?v=dQPGbIIJiFK, https://www.peekvids.com/watch?v=gZU2gIKTigt, https://www.peekvids.com/watch?v=RVPktWex0dl,
https://www.peekvids.com/watch?v=YC6SNdH3y0s, https://www.peekvids.com/watch?v=Ur2bH-T1z-2, https://www.peekvids.com/watch?v=4vwXjm9egHV,
https://www.peekvids.com/watch?v=GtOsgMKAlT7, https://www.peekvids.com/watch?v=flKR-e8pnBA, https://www.peekvids.com/watch?v=oOdpS6jnx3K,
https://www.peekvids.com/watch?v=GidfAJ5FD9p, https://www.peekvids.com/watch?v=J2dyWrJJc1q, https://www.peekvids.com/watch?v=nbIb6pJY1YH,
https://www.peekvids.com/watch?v=DZWHqXzIawO, https://www.peekvids.com/watch?v=K-AiqebEbMW, https://www.peekvids.com/watch?v=BeKufW8Gba6,
https://www.peekvids.com/watch?v=uxEbLSsoBSa, https://www.peekvids.com/watch?v=GPoX88cXkRT, https://www.peekvids.com/watch?v=nTpNkUzDWx2,
https://www.peekvids.com/watch?v=K3Q3uANTVQg, https://www.peekvids.com/watch?v=bqNtAHuoHGQ, https://www.peekvids.com/watch?v=8kmbJ1gGHBV,
https://www.peekvids.com/watch?v=qj4Xn3YG1Ud, https://www.peekvids.com/watch?v=zv-tiErFE2l, https://www.peekvids.com/watch?v=d8OurPMmVU2,
https://www.peekvids.com/watch?v=VTvZCmkoI5Z, https://www.peekvids.com/watch?v=Oi3o_ryTWUC, https://www.peekvids.com/watch?v=oVo40aSKIGG,
https://www.peekvids.com/watch?v=wo_NngBIoet, https://www.peekvids.com/watch?v=07zQzsVefj5, https://www.peekvids.com/watch?v=IAE0a1DkRpq,
https://www.peekvids.com/watch?v=2YsFx7lg7fq, https://www.peekvids.com/watch?v=q-NlkSHapJQ, https://www.peekvids.com/watch?v=IYYuXKI2CMB,
https://www.peekvids.com/watch?v=UIDh02I8arf, https://www.peekvids.com/watch?v=LzXtH8gott6, https://www.peekvids.com/watch?v=kLNabe8zCrv,
https://www.peekvids.com/watch?v=QFYWDVJqjyx, https://www.peekvids.com/watch?v=v-cgObl-geZ, https://www.peekvids.com/watch?v=4XVDCxA8yv5,
https://www.peekvids.com/watch?v=uqJjBN0vDxA, https://www.peekvids.com/watch?v=LET_zp0SAV2, https://www.peekvids.com/watch?v=PzDRvJRVLDe,
https://www.peekvids.com/watch?v=tN4RVxJQDsz, https://www.peekvids.com/watch?v=lhoCXOn3W4F, https://www.peekvids.com/watch?v=S89MuhR4PMk,
https://www.peekvids.com/watch?v=P6qDW6anqgd, https://www.peekvids.com/watch?v=8rsNwxoaUJy, https://www.peekvids.com/watch?v=n2WsoaF8NyF,
https://www.peekvids.com/watch?v=Mh2G6ZjpBkT, https://www.peekvids.com/watch?v=KOZtHf5jKQ4, https://www.peekvids.com/watch?v=4D9fDhXeXvf,
https://www.peekvids.com/watch?v=4AtHk4BJgxV, https://www.peekvids.com/watch?v=QRqKvQqxn27, https://www.peekvids.com/watch?v=sxG4VgXjOMT,
https://www.peekvids.com/watch?v=SGR6D-2lRoQ, https://www.peekvids.com/watch?v=b9TFCpFuSH2, https://www.peekvids.com/watch?v=GadEwlw2yUW,
https://www.peekvids.com/watch?v=KEq9G30O2sN, https://www.peekvids.com/watch?v=4hQkqN5Yl9H, https://www.peekvids.com/watch?v=ZD5FxkaOzom,
https://www.peekvids.com/watch?v=0P4NzIH8jNV, https://www.peekvids.com/watch?v=0VhUaJv3N17, https://www.peekvids.com/watch?v=N-pAnMDqZQz,
https://www.peekvids.com/watch?v=3ZOTXIxuX_X, https://www.peekvids.com/watch?v=VJzPRmtaA8I, https://www.peekvids.com/watch?v=nx9vhVy6SEB,
https://www.peekvids.com/watch?v=ffMDprhtEB3, https://www.peekvids.com/watch?v=V0C1QQyPape, https://www.peekvids.com/watch?v=IwltDk5J5JY,
https://www.peekvids.com/watch?v=CytUYnWEkVq, https://www.peekvids.com/watch?v=KMIEOFQC3Ls, https://www.peekvids.com/watch?v=xIqbXFKJNQl,
https://www.peekvids.com/watch?v=q5-OGn2rYhL, https://www.peekvids.com/watch?v=jz7AqaY6AKS, https://www.peekvids.com/watch?v=pZ1vDirUpDY,
https://www.peekvids.com/watch?v=OIoMuLGHoKB, https://www.peekvids.com/watch?v=tQAsqEBW5TL, https://www.peekvids.com/watch?v=5AMRF9Jlsjy,
https://www.peekvids.com/watch?v=zcG6baq95Pu, https://www.peekvids.com/watch?v=8n5K_OvszZN, https://www.peekvids.com/watch?v=pC5oHPQIPVy,
https://www.peekvids.com/watch?v=tVRr9Dklu-z, https://www.peekvids.com/watch?v=yDH_AvL3eou, https://www.peekvids.com/watch?v=OT8F-SBzKR4,
https://www.peekvids.com/watch?v=x8lWlQlElvF, https://www.peekvids.com/watch?v=VOiOhJBsdf9, https://www.peekvids.com/watch?v=3jsotb4V2zM,
https://www.peekvids.com/watch?v=9j52IjitL7n, https://www.peekvids.com/watch?v=BOPrYqnDM1J, https://www.peekvids.com/watch?v=HlYE1aTNvTC,
https://www.peekvids.com/watch?v=HTaC9qzGw1g, https://www.peekvids.com/watch?v=7DkXgP60Je7, https://www.peekvids.com/watch?v=RZuHpk299p2,
https://www.peekvids.com/watch?v=7LD49bMqhGf, https://www.peekvids.com/watch?v=V6AflJ6S2Mj, https://www.peekvids.com/watch?v=YnM1u0MWYi4,
https://www.peekvids.com/watch?v=gmxMCVRCMPN, https://www.peekvids.com/watch?v=vU15wb2TXQW, https://www.peekvids.com/watch?v=qo833FhGAnZ,
https://www.peekvids.com/watch?v=olFeteiYVVO, https://www.peekvids.com/watch?v=Zmk5c9fngik, https://www.peekvids.com/watch?v=DeO14vKDcIR,
https://www.peekvids.com/watch?v=eWq3j_ri780, https://www.peekvids.com/watch?v=BwhUeTG7j7W, https://www.peekvids.com/watch?v=935n_8hHOWc,
https://www.peekvids.com/watch?v=KihB1tI5ZiC, https://www.peekvids.com/watch?v=BVdu6sp1hyK, https://www.peekvids.com/watch?v=L5JnzAQe6Gk,
https://www.peekvids.com/watch?v=DnwYkp7FS2M, https://www.peekvids.com/watch?v=6okFr1lVacN, https://www.peekvids.com/watch?v=JmnM76wuD-Z,
https://www.peekvids.com/watch?v=eRfGhQmmIlw, https://www.peekvids.com/watch?v=aNHnkvZf6nz
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mamxxx
5.b. Uploader's email address: alonso1234@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mamxxx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=bwb3iXnriYt, https://www.peekvids.com/watch?v=ybMAEQ7M_58,
https://www.peekvids.com/watch?v=myIQMZuHQxt, https://www.peekvids.com/watch?v=3beyMPkKnL4, https://www.peekvids.com/watch?v=Xn8AAimqCRU,
https://www.peekvids.com/watch?v=SU3s8C0D_JK, https://www.peekvids.com/watch?v=mVrMxF-ydhJ, https://www.peekvids.com/watch?v=O_rJs45zJCY,
https://www.peekvids.com/watch?v=N9d856kKr7F, https://www.peekvids.com/watch?v=V7cOHXW3WlI, https://www.peekvids.com/watch?v=V5IMncnBHhR,
https://www.peekvids.com/watch?v=vqUjUSHQN_F, https://www.peekvids.com/watch?v=PiVCAALZxhk, https://www.peekvids.com/watch?v=cWDFXWzmE7k,
https://www.peekvids.com/watch?v=nFnh_GLEdfr, https://www.peekvids.com/watch?v=hfhTMOFalyX, https://www.peekvids.com/watch?v=jmYs6GPxa5a,
https://www.peekvids.com/watch?v=GL1DvziJCLG, https://www.peekvids.com/watch?v=7qLD0GjzDFi, https://www.peekvids.com/watch?v=J3bWVSm20gV,
https://www.peekvids.com/watch?v=udO2RleaY6B, https://www.peekvids.com/watch?v=KXSyHbL1h68, https://www.peekvids.com/watch?v=9l80xDTVbdX,
https://www.peekvids.com/watch?v=bPSqtu4Zvrv, https://www.peekvids.com/watch?v=eoufcp6aF2L, https://www.peekvids.com/watch?v=JZB1nQoxsfJ,
https://www.peekvids.com/watch?v=TIjSaupbKzN, https://www.peekvids.com/watch?v=tWNlie4wrXv, https://www.peekvids.com/watch?v=c-TvjQOxLVo,
https://www.peekvids.com/watch?v=BYyMCC_O15q, https://www.peekvids.com/watch?v=xTsQN48eryC, https://www.peekvids.com/watch?v=jjj0sv4dfKT,
https://www.peekvids.com/watch?v=G-9QJb7_ivB, https://www.peekvids.com/watch?v=iMQ_JV0M1Ky, https://www.peekvids.com/watch?v=3zkDlni4U2U,
https://www.peekvids.com/watch?v=u6OWhLJW__M, https://www.peekvids.com/watch?v=0WFYphN_fjT, https://www.peekvids.com/watch?v=S-BgF83Oq_e,
https://www.peekvids.com/watch?v=9SCrLvEC8Jn, https://www.peekvids.com/watch?v=D_nMj1EvfPn, https://www.peekvids.com/watch?v=csRiCHmQ9sV,
https://www.peekvids.com/watch?v=JjaPVzuu2br, https://www.peekvids.com/watch?v=tag8DGR35SN, https://www.peekvids.com/watch?v=jNy1Tudquqg,
https://www.peekvids.com/watch?v=sd9lJrWlylt, https://www.peekvids.com/watch?v=BlHc4m9ZEjW, https://www.peekvids.com/watch?v=sPz9TmsO-W0,
https://www.peekvids.com/watch?v=uyMXl7lleP7, https://www.peekvids.com/watch?v=Zk-K_7n0MhO, https://www.peekvids.com/watch?v=LQWDg51ashU,
https://www.peekvids.com/watch?v=NslG27XLreQ, https://www.peekvids.com/watch?v=T5XCGVr7DLM, https://www.peekvids.com/watch?v=ggk0s4IKY7S,
https://www.peekvids.com/watch?v=pm9Z7ly7lz7, https://www.peekvids.com/watch?v=0iQ9qtw6t3A, https://www.peekvids.com/watch?v=jItXrqX5Mj6,
https://www.peekvids.com/watch?v=UvZbbmjBKry, https://www.peekvids.com/watch?v=ba5YHZGCFPA, https://www.peekvids.com/watch?v=8ITRuqjrjOJ,
https://www.peekvids.com/watch?v=ZGLA9QbAGW3, https://www.peekvids.com/watch?v=IuY047F9Vfi, https://www.peekvids.com/watch?v=qqYlRTU738R,
https://www.peekvids.com/watch?v=ipI8GXVOX8F, https://www.peekvids.com/watch?v=OkjBSdk9j4E, https://www.peekvids.com/watch?v=R0O67LNYyoV,
https://www.peekvids.com/watch?v=MtFXNchMWn7, https://www.peekvids.com/watch?v=Y7QJ5ej6NrP, https://www.peekvids.com/watch?v=ou5mctUU0fd,
https://www.peekvids.com/watch?v=7EdtbgqNqZ8, https://www.peekvids.com/watch?v=aobsMas77Ur, https://www.peekvids.com/watch?v=x5N-C5Sh0Vy,
https://www.peekvids.com/watch?v=mDYrYWASy33, https://www.peekvids.com/watch?v=ZgNu6nTTrUq, https://www.peekvids.com/watch?v=JPdCX6bVGxV,
https://www.peekvids.com/watch?v=3B0pjeKa1Vw, https://www.peekvids.com/watch?v=qvoYEzJTQGR, https://www.peekvids.com/watch?v=rxke7vYH-lf,
https://www.peekvids.com/watch?v=jSZlSl6SnzB, https://www.peekvids.com/watch?v=rmn8eu5s1KX, https://www.peekvids.com/watch?v=wmOr9TXCWps,
https://www.peekvids.com/watch?v=T4rL0gq5WfJ, https://www.peekvids.com/watch?v=bZcJZYvMRTr, https://www.peekvids.com/watch?v=nGAKvWwgvCs,
https://www.peekvids.com/watch?v=tR7nwHpOsmD, https://www.peekvids.com/watch?v=lgoikyELWsf, https://www.peekvids.com/watch?v=JKMcl_OUDGP,
https://www.peekvids.com/watch?v=REZ7znOaVsj, https://www.peekvids.com/watch?v=mqRzFm2Ixbp, https://www.peekvids.com/watch?v=lKSE3J7m6jU,
https://www.peekvids.com/watch?v=n2iAbgOCBWT, https://www.peekvids.com/watch?v=MOpmkpZN_dS, https://www.peekvids.com/watch?v=ZFgBiNqG6ZB,
https://www.peekvids.com/watch?v=C_QkGrWelt4
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: man3500
5.b. Uploader's email address: arkanzaskee@yahoo.nl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=man3500
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=m8ce-kcYsl9, https://www.peekvids.com/watch?v=lGLhrmb4uY9,
https://www.peekvids.com/watch?v=C8oMCyJwxKn, https://www.peekvids.com/watch?v=8lJzd2APscZ, https://www.peekvids.com/watch?v=bdfAJv6MKkH,
https://www.peekvids.com/watch?v=st26QRoFliU, https://www.peekvids.com/watch?v=WnmRf3xNPyC, https://www.peekvids.com/watch?v=ku7uDguEa2r,
https://www.peekvids.com/watch?v=rTmeNdbAbd5, https://www.peekvids.com/watch?v=dnuwFbtaCSc, https://www.peekvids.com/watch?v=-Nx6itBv6Sn,
https://www.peekvids.com/watch?v=Jckv4baFhmC, https://www.peekvids.com/watch?v=RN36xidMzqC, https://www.peekvids.com/watch?v=G-wkNqSCWiS,
https://www.peekvids.com/watch?v=8UrkGRRpvlv, https://www.peekvids.com/watch?v=Et6hsCXUvoM, https://www.peekvids.com/watch?v=Bp9MW89E8d0,
https://www.peekvids.com/watch?v=NpZ3NLaI0f0, https://www.peekvids.com/watch?v=slECgB9tGYi, https://www.peekvids.com/watch?v=rgVqI7dD9BN,
https://www.peekvids.com/watch?v=mVbYsq3Duuk, https://www.peekvids.com/watch?v=hFJGWgIPmVm, https://www.peekvids.com/watch?v=zMsPbJQRoo0,
https://www.peekvids.com/watch?v=mHyiwmA9Wnh, https://www.peekvids.com/watch?v=Ri3mZqxj3te, https://www.peekvids.com/watch?v=aPhcDAoBWPG,
https://www.peekvids.com/watch?v=fxd-74Qhkd7, https://www.peekvids.com/watch?v=bjfQmrShE62, https://www.peekvids.com/watch?v=HGgcrR0UbFF,
https://www.peekvids.com/watch?v=mw5Fxk9D0EP, https://www.peekvids.com/watch?v=eKW5NPs7INU, https://www.peekvids.com/watch?v=FKiKT-GNCrJ,
https://www.peekvids.com/watch?v=8lLL7CZKiJK, https://www.peekvids.com/watch?v=QQULrnVRnan, https://www.peekvids.com/watch?v=csq352mGkjA,
https://www.peekvids.com/watch?v=LP0O7IMYzSW, https://www.peekvids.com/watch?v=7PBFVyR5-iD, https://www.peekvids.com/watch?v=Iim9X2aDScd,
https://www.peekvids.com/watch?v=eKlyX5QRxb5, https://www.peekvids.com/watch?v=knraJ7C2V0v, https://www.peekvids.com/watch?v=qQz7dbQu9Fc,
https://www.peekvids.com/watch?v=Ws5iYTrHIdw, https://www.peekvids.com/watch?v=bHmnyJYkYR8, https://www.peekvids.com/watch?v=aaCWJVXappV,
https://www.peekvids.com/watch?v=6xETRcpdh6S, https://www.peekvids.com/watch?v=rDsslgNWxus, https://www.peekvids.com/watch?v=w5RU5SU04yH,
https://www.peekvids.com/watch?v=y6OeV-dAdoW, https://www.peekvids.com/watch?v=NwXLC3aT0yz, https://www.peekvids.com/watch?v=TMIZuwacQHD,
https://www.peekvids.com/watch?v=vKq3wRjbKUk, https://www.peekvids.com/watch?v=Ks5dETc8nqg, https://www.peekvids.com/watch?v=RxU5FCaMYZE,
https://www.peekvids.com/watch?v=YeNlMc5CO6R, https://www.peekvids.com/watch?v=xOnqUg2EdWZ, https://www.peekvids.com/watch?v=EWVMBMptIBV,
https://www.peekvids.com/watch?v=UCo45ccJDc-, https://www.peekvids.com/watch?v=EcM4cicKpxd, https://www.peekvids.com/watch?v=SSfCdwpmCvC,
https://www.peekvids.com/watch?v=KGJTjruKjuV, https://www.peekvids.com/watch?v=ouSlCWIvC7c, https://www.peekvids.com/watch?v=7Pvtjvaa3Rb,
https://www.peekvids.com/watch?v=WgZaqo9XNkC, https://www.peekvids.com/watch?v=dSp-87LYsHL, https://www.peekvids.com/watch?v=MrqWhRFM8am,
https://www.peekvids.com/watch?v=vHBbe7uMrBw, https://www.peekvids.com/watch?v=24CIK5FcSHj, https://www.peekvids.com/watch?v=BAAZo4fV5D4,
https://www.peekvids.com/watch?v=Da0ljFJcOG3, https://www.peekvids.com/watch?v=xFZLAZAyq-g, https://www.peekvids.com/watch?v=WXsx623tffk,
https://www.peekvids.com/watch?v=XUBgN3bf5Hi, https://www.peekvids.com/watch?v=5BENqKZYNK6, https://www.peekvids.com/watch?v=OnIxbdvkbZM,
https://www.peekvids.com/watch?v=Iv-PtITNPIt, https://www.peekvids.com/watch?v=VohsOyg2br3, https://www.peekvids.com/watch?v=7Leph2ineH6,
https://www.peekvids.com/watch?v=R6Hwh2obtmB, https://www.peekvids.com/watch?v=nhJKDPsEVJW, https://www.peekvids.com/watch?v=HaaJ-2CCBmS,
https://www.peekvids.com/watch?v=arF2v-kgKZg, https://www.peekvids.com/watch?v=lcqnQXgzMIm, https://www.peekvids.com/watch?v=GAjAD64V9rq,
https://www.peekvids.com/watch?v=Mvuh9EugIyY, https://www.peekvids.com/watch?v=P8heuSCnWMZ, https://www.peekvids.com/watch?v=Pg06kY33ny9,
https://www.peekvids.com/watch?v=VqQbmpAo4GC, https://www.peekvids.com/watch?v=ou2dUpuTwv6, https://www.peekvids.com/watch?v=-HqtiAO4ETZ,
https://www.peekvids.com/watch?v=dS7Vt7eoRIR, https://www.peekvids.com/watch?v=ixw0kxNX98B, https://www.peekvids.com/watch?v=6GpLi-FmHrJ,
https://www.peekvids.com/watch?v=oFhLYpdTtpJ, https://www.peekvids.com/watch?v=2FkxBsKnI3K, https://www.peekvids.com/watch?v=Ol8jDJ3fwAQ,
https://www.peekvids.com/watch?v=DK8sm35nFFE, https://www.peekvids.com/watch?v=0E7OhnRL6nv, https://www.peekvids.com/watch?v=9cROAKTZkcJ,
https://www.peekvids.com/watch?v=WzRwtz2Fxwe, https://www.peekvids.com/watch?v=GzyxWh3Ik9i, https://www.peekvids.com/watch?v=IEq-fusf9vt,
https://www.peekvids.com/watch?v=QGBRT-Sj9yt, https://www.peekvids.com/watch?v=L4DoXo5h6E-, https://www.peekvids.com/watch?v=Ldt2kw-KGKS,
https://www.peekvids.com/watch?v=NXL6YlCdUor, https://www.peekvids.com/watch?v=8oJywPHClEC, https://www.peekvids.com/watch?v=4QFaRUKpeOv,
https://www.peekvids.com/watch?v=GS4EsYYhc0z, https://www.peekvids.com/watch?v=VGmQYepEm0p, https://www.peekvids.com/watch?v=SmhuLqgt5ef,
https://www.peekvids.com/watch?v=JqTKHLdK--3, https://www.peekvids.com/watch?v=u--dnI7fEpE, https://www.peekvids.com/watch?v=xPl2uEvgdiy,
https://www.peekvids.com/watch?v=lCmP5JOK7Se, https://www.peekvids.com/watch?v=YG669WJebbX, https://www.peekvids.com/watch?v=Cf4IC9LbE28,
https://www.peekvids.com/watch?v=dngZ2XxxsoI, https://www.peekvids.com/watch?v=Iya34dtCxmi, https://www.peekvids.com/watch?v=By0ZnNIiyVs,
https://www.peekvids.com/watch?v=x-Kpm9nqPAp, https://www.peekvids.com/watch?v=dGFXihObB87, https://www.peekvids.com/watch?v=C3gvXbWCxWm,
https://www.peekvids.com/watch?v=Vo6KURpzNIq, https://www.peekvids.com/watch?v=hqbddpYgqZj, https://www.peekvids.com/watch?v=BlUyqQg460k,
https://www.peekvids.com/watch?v=sjuFQMeVmRx, https://www.peekvids.com/watch?v=2ULl-lp4uLO, https://www.peekvids.com/watch?v=KvH6QZplV3-,

https://www.peekvids.com/watch?v=NUpc0JgHWr6, https://www.peekvids.com/watch?v=td4Qauvju0X, https://www.peekvids.com/watch?v=PGWKo5Z9ljb,
https://www.peekvids.com/watch?v=q9cv7Nq68Xs, https://www.peekvids.com/watch?v=53nveStR8Kr, https://www.peekvids.com/watch?v=DJQRwrDUjGX,
https://www.peekvids.com/watch?v=n5aW5jc6E5Q, https://www.peekvids.com/watch?v=dMGXBB29GKK, https://www.peekvids.com/watch?v=LlWMtTfQhEN,
https://www.peekvids.com/watch?v=2zhC0FqVSC8, https://www.peekvids.com/watch?v=Kpq6gSjBsxS, https://www.peekvids.com/watch?v=MQdbBCorjfU,
https://www.peekvids.com/watch?v=8gsuYh-zxek, https://www.peekvids.com/watch?v=Xyq8ggYp7Fg, https://www.peekvids.com/watch?v=5T5sI7ue9sb,
https://www.peekvids.com/watch?v=uzTWmrhOnkY, https://www.peekvids.com/watch?v=VOJ8ajknQGq, https://www.peekvids.com/watch?v=v5SJYvJOUDq,
https://www.peekvids.com/watch?v=tUZF50qd4Nw, https://www.peekvids.com/watch?v=F5JYHfDiKki, https://www.peekvids.com/watch?v=UPgBMQSaKp-,
https://www.peekvids.com/watch?v=qVHnsoL7ixW, https://www.peekvids.com/watch?v=n4iWtCdOdGl, https://www.peekvids.com/watch?v=wVNM33S2AcS,
https://www.peekvids.com/watch?v=lzqcw-SKtTJ, https://www.peekvids.com/watch?v=5o-MefWWeba, https://www.peekvids.com/watch?v=ZIcFlioju8X,
https://www.peekvids.com/watch?v=F0lk47XZ7ir, https://www.peekvids.com/watch?v=q8xNtqvaDLu, https://www.peekvids.com/watch?v=HhqOedP4lIg,
https://www.peekvids.com/watch?v=nCY-gUTJuXn, https://www.peekvids.com/watch?v=-FYPsqj4OQj, https://www.peekvids.com/watch?v=UzY2tZmVrMg,
https://www.peekvids.com/watch?v=s5V5BcKGW5B, https://www.peekvids.com/watch?v=NnAl2PzJtwa, https://www.peekvids.com/watch?v=YHTi3MT6GQK,
https://www.peekvids.com/watch?v=hwT0dZJF0UD, https://www.peekvids.com/watch?v=DnbpUht77BS, https://www.peekvids.com/watch?v=BEWOwy2u3sx,
https://www.peekvids.com/watch?v=WmHkKCOESl-, https://www.peekvids.com/watch?v=Py08gy2uZNx, https://www.peekvids.com/watch?v=AvfAYdgIToW,
https://www.peekvids.com/watch?v=KAm2fldy9qQ, https://www.peekvids.com/watch?v=Ns-d9YioaDp, https://www.peekvids.com/watch?v=8UUhNsLJtb7,
https://www.peekvids.com/watch?v=YoyodsdRqds, https://www.peekvids.com/watch?v=cZFwTmcRaBN, https://www.peekvids.com/watch?v=TfdFAo74uK2,
https://www.peekvids.com/watch?v=6FKp-PI8Iok, https://www.peekvids.com/watch?v=bt0Ff706TCJ, https://www.peekvids.com/watch?v=vGGENNcTVnU,
https://www.peekvids.com/watch?v=my9cAbwLMQH, https://www.peekvids.com/watch?v=zxXp8tfSWsh, https://www.peekvids.com/watch?v=bjb3-Vvgc2N,
https://www.peekvids.com/watch?v=eMnvEf2YarA, https://www.peekvids.com/watch?v=SYUb3XKvotx, https://www.peekvids.com/watch?v=mZ6e0cgnuNr,
https://www.peekvids.com/watch?v=O9LK7B2qy4v, https://www.peekvids.com/watch?v=m-wjfVbALOX, https://www.peekvids.com/watch?v=ts8DS84lgJ5,
https://www.peekvids.com/watch?v=OioAZipkeZb, https://www.peekvids.com/watch?v=rZGWQJofwdQ, https://www.peekvids.com/watch?v=OGF3TVNEdiE,
https://www.peekvids.com/watch?v=7IujoAfI7Ym, https://www.peekvids.com/watch?v=C7G4j9gD8Wy, https://www.peekvids.com/watch?v=EWBDvT0ULTC,
https://www.peekvids.com/watch?v=cVUaiFJJqDv, https://www.peekvids.com/watch?v=pBAwPYpu-3q, https://www.peekvids.com/watch?v=6MSXX6ZecwG,
https://www.peekvids.com/watch?v=wU9Shi4jC0J, https://www.peekvids.com/watch?v=0ivTAGkrvAW, https://www.peekvids.com/watch?v=oDl3WpR9bUK,
https://www.peekvids.com/watch?v=gEAQvSEt7xh, https://www.peekvids.com/watch?v=PfHGU-3Ooqe, https://www.peekvids.com/watch?v=4tDabGA7pTp,
https://www.peekvids.com/watch?v=V68tUB6Mopj, https://www.peekvids.com/watch?v=rGxwudbsOi9, https://www.peekvids.com/watch?v=LtcuxjaQpWK,
https://www.peekvids.com/watch?v=S5HxjuLOmf8, https://www.peekvids.com/watch?v=47gnUtzjRxU, https://www.peekvids.com/watch?v=Qp24EKDzZ7c,
https://www.peekvids.com/watch?v=2aW-spwQotc, https://www.peekvids.com/watch?v=YiRBCEOqIro, https://www.peekvids.com/watch?v=hPPfU9dg9-C,
https://www.peekvids.com/watch?v=xCBWZP07Dt0, https://www.peekvids.com/watch?v=PWovwYDMEAh, https://www.peekvids.com/watch?v=J4oc4BNNqtE,
https://www.peekvids.com/watch?v=Z7xETTqKgtS, https://www.peekvids.com/watch?v=PnBOC0ZXb9x, https://www.peekvids.com/watch?v=yEaqXy-Uv0Z,
https://www.peekvids.com/watch?v=M4VanC2xgZv, https://www.peekvids.com/watch?v=4h2reigDgTM, https://www.peekvids.com/watch?v=UcGDS8bbDf6,
https://www.peekvids.com/watch?v=8tecUTyD4ua, https://www.peekvids.com/watch?v=Uvo7BX2Dups, https://www.peekvids.com/watch?v=ivRItXdvTtY,
https://www.peekvids.com/watch?v=ez9ur7yBfCx, https://www.peekvids.com/watch?v=KQZiVvD-jdH, https://www.peekvids.com/watch?v=K3wAzMJHxoh,
https://www.peekvids.com/watch?v=sGOHsAdGKzC, https://www.peekvids.com/watch?v=LDN0LADKqQx, https://www.peekvids.com/watch?v=XwQMojkAch9,
https://www.peekvids.com/watch?v=mFyJ68nh7Y0, https://www.peekvids.com/watch?v=rfQFbkYr6st, https://www.peekvids.com/watch?v=Uq7ZZwEJ3By,
https://www.peekvids.com/watch?v=kfUW6UAJMia, https://www.peekvids.com/watch?v=cpffbYO3ca3, https://www.peekvids.com/watch?v=BjjyMXHd2-a,
https://www.peekvids.com/watch?v=WCoDPPbxzsc, https://www.peekvids.com/watch?v=krvs0NZcHjI, https://www.peekvids.com/watch?v=cr2hRMLjDDo,
https://www.peekvids.com/watch?v=LAdlN3N2wVi, https://www.peekvids.com/watch?v=zIGXK-2TZKG, https://www.peekvids.com/watch?v=AI-q6M77IuR,
https://www.peekvids.com/watch?v=5HrMuJU2-vK, https://www.peekvids.com/watch?v=8GKdZUC320-, https://www.peekvids.com/watch?v=4RoqyQ9-Emb,
https://www.peekvids.com/watch?v=DLtQQKfmJyX, https://www.peekvids.com/watch?v=pvnpFrXNkZ2, https://www.peekvids.com/watch?v=dSuLB7WQRYj,
https://www.peekvids.com/watch?v=rMSJow-z4F5, https://www.peekvids.com/watch?v=3hG8rgnRqjd, https://www.peekvids.com/watch?v=qGGNshiWkYX,
https://www.peekvids.com/watch?v=y-WH8gwHeHy, https://www.peekvids.com/watch?v=PAarB6CUguX, https://www.peekvids.com/watch?v=BuWbbMO5U4D,
https://www.peekvids.com/watch?v=k7GsDAiztI2, https://www.peekvids.com/watch?v=q0mMaigAFjh, https://www.peekvids.com/watch?v=X-87UKeWR2W,
https://www.peekvids.com/watch?v=-0c0ozCnBAU, https://www.peekvids.com/watch?v=AK4SmPkT-jY, https://www.peekvids.com/watch?v=DAY9qnrhZjq,
https://www.peekvids.com/watch?v=OsVSRqoZJCp, https://www.peekvids.com/watch?v=FweEE8MYMZk, https://www.peekvids.com/watch?v=hRfaJBeZZNT,
https://www.peekvids.com/watch?v=cF2DKNYMXmZ, https://www.peekvids.com/watch?v=DJxhAVQYi2M, https://www.peekvids.com/watch?v=3ZNL6bJicLa,
https://www.peekvids.com/watch?v=XRu3uycqXH9, https://www.peekvids.com/watch?v=MZUtwns52Fa, https://www.peekvids.com/watch?v=bPpv36KnNky,
https://www.peekvids.com/watch?v=8Gy6-A6U570, https://www.peekvids.com/watch?v=Ht7rypOcPmR, https://www.peekvids.com/watch?v=SlJAN3UDWfX,
https://www.peekvids.com/watch?v=0Ox4278t5qC, https://www.peekvids.com/watch?v=yBTxSDnZI9T, https://www.peekvids.com/watch?v=5qYTdnbnydH,
https://www.peekvids.com/watch?v=Fgu3FuY6cGp, https://www.peekvids.com/watch?v=NQCy3gFSyNM, https://www.peekvids.com/watch?v=GZO8Hn5w50L,
https://www.peekvids.com/watch?v=UXxRzMbKIuI, https://www.peekvids.com/watch?v=Aixo0SZiRTj, https://www.peekvids.com/watch?v=rqCS03bn3PR,
https://www.peekvids.com/watch?v=IvgJ43Xr23y, https://www.peekvids.com/watch?v=RP-rN6BiX8F, https://www.peekvids.com/watch?v=C9BsqsFfXcD,
https://www.peekvids.com/watch?v=jc3fdrH4chH, https://www.peekvids.com/watch?v=esvIJnB67uw, https://www.peekvids.com/watch?v=G0DcxBag-LE,
https://www.peekvids.com/watch?v=Vdi92pnmowE, https://www.peekvids.com/watch?v=tTzC4IOGbxy, https://www.peekvids.com/watch?v=cjWytIchQQH,
https://www.peekvids.com/watch?v=Umi2Fpmu282, https://www.peekvids.com/watch?v=hZyZfaTDMmI, https://www.peekvids.com/watch?v=wWDLiOTE-t2,
https://www.peekvids.com/watch?v=ymzAd3nHxTg, https://www.peekvids.com/watch?v=JzhPtgciYRh, https://www.peekvids.com/watch?v=x3luj7iwOcU,
https://www.peekvids.com/watch?v=JWUXzlBGb2Y, https://www.peekvids.com/watch?v=y4NDI-O7YOn, https://www.peekvids.com/watch?v=oZwu2-87QXC,
https://www.peekvids.com/watch?v=uZCx-59zeXm, https://www.peekvids.com/watch?v=LCxTY4KKbeS, https://www.peekvids.com/watch?v=nIllDFqGo4T,
https://www.peekvids.com/watch?v=L5XBSIScQ-I, https://www.peekvids.com/watch?v=8urlB53xbBk, https://www.peekvids.com/watch?v=nOgM0exvEgP,
https://www.peekvids.com/watch?v=mYfwMUz0J08, https://www.peekvids.com/watch?v=r4EKnEo9JR8, https://www.peekvids.com/watch?v=lvFXv8vvYAV,
https://www.peekvids.com/watch?v=u6DRfZMDPKu, https://www.peekvids.com/watch?v=5v9Loqdykwx, https://www.peekvids.com/watch?v=kLntLiXtqhJ,
https://www.peekvids.com/watch?v=cT3vyN7-3bp, https://www.peekvids.com/watch?v=BIl-3THpVLD, https://www.peekvids.com/watch?v=CtWjd6neoNk,
https://www.peekvids.com/watch?v=5DbMAEbwtdO, https://www.peekvids.com/watch?v=Nem8g4MP43W, https://www.peekvids.com/watch?v=g3OOnVQTdbM,
https://www.peekvids.com/watch?v=zIRxNSba4pz, https://www.peekvids.com/watch?v=UkYc3RclmCk, https://www.peekvids.com/watch?v=8g4BnmEDNsi,
https://www.peekvids.com/watch?v=Jmpa3wtvFJx, https://www.peekvids.com/watch?v=vLMdtZSaWFX, https://www.peekvids.com/watch?v=OVljejPq-KA,
https://www.peekvids.com/watch?v=X2F0pR9D7f5, https://www.peekvids.com/watch?v=B3VmQUi5PNS, https://www.peekvids.com/watch?v=uK8M6ccGEx7,
https://www.peekvids.com/watch?v=f32lbyndTk8, https://www.peekvids.com/watch?v=--Od3RCjvgG, https://www.peekvids.com/watch?v=eQhVPYjKhgV,
https://www.peekvids.com/watch?v=9X7FoANY8yg, https://www.peekvids.com/watch?v=nKW5gYUpbbr, https://www.peekvids.com/watch?v=bmJkcisZc-J,
https://www.peekvids.com/watch?v=KPmdNNqaKZt, https://www.peekvids.com/watch?v=BEYduUwooPu, https://www.peekvids.com/watch?v=eVbMxvzFPiD,
https://www.peekvids.com/watch?v=TNQxaR-7Jfn, https://www.peekvids.com/watch?v=OlkJha2A3Jb, https://www.peekvids.com/watch?v=vQIaFjHzEvP,
https://www.peekvids.com/watch?v=EIG2F-piVqw, https://www.peekvids.com/watch?v=WaDe745w3kP, https://www.peekvids.com/watch?v=onPIqF4JPcF,
https://www.peekvids.com/watch?v=bM2uKA0zkj9, https://www.peekvids.com/watch?v=fMEIOMnxuvU, https://www.peekvids.com/watch?v=xDRDZ3lLRE8,
https://www.peekvids.com/watch?v=xT8HE7pLIz6, https://www.peekvids.com/watch?v=hCiOcWfnB60, https://www.peekvids.com/watch?v=74arEyjbAMH,
https://www.peekvids.com/watch?v=0D8i-ejNLIB, https://www.peekvids.com/watch?v=Jj2NzbvXy2e, https://www.peekvids.com/watch?v=nHLLao4VNku,
https://www.peekvids.com/watch?v=FRpXQxLK4dM, https://www.peekvids.com/watch?v=rLnNkWXx9Kh, https://www.peekvids.com/watch?v=FrA5XgdrJjU,
https://www.peekvids.com/watch?v=jOU55hFtvD-, https://www.peekvids.com/watch?v=aIKLhrvRPMx, https://www.peekvids.com/watch?v=I5psBDijuxQ,
https://www.peekvids.com/watch?v=tJsg59dKxAR, https://www.peekvids.com/watch?v=-bqaHZqoq3q, https://www.peekvids.com/watch?v=wS9E3csQoON,
https://www.peekvids.com/watch?v=y5VDQYxdwKE, https://www.peekvids.com/watch?v=ko8SGGUwGNz, https://www.peekvids.com/watch?v=GBnofp3aQoJ,
https://www.peekvids.com/watch?v=OuQB4GmOPr0, https://www.peekvids.com/watch?v=oFD9i9IEpwC, https://www.peekvids.com/watch?v=7gJwJ9mpZJ6,
https://www.peekvids.com/watch?v=J5T3ePbwnc4, https://www.peekvids.com/watch?v=ibpV6hu0HRr, https://www.peekvids.com/watch?v=c8vQgrZLL3a,
https://www.peekvids.com/watch?v=c0saxxlE6uB, https://www.peekvids.com/watch?v=Hp-fbbWF82W, https://www.peekvids.com/watch?v=4kxYXdvCeDy,
https://www.peekvids.com/watch?v=-xMTrLRWpG7, https://www.peekvids.com/watch?v=BPqR5gxxhA3, https://www.peekvids.com/watch?v=WL-Ne3lVBbs,
https://www.peekvids.com/watch?v=mJUrKw4I24y, https://www.peekvids.com/watch?v=dzkYRfdied7, https://www.peekvids.com/watch?v=TjzQBlNVzI7,
https://www.peekvids.com/watch?v=quX3G5b5d23, https://www.peekvids.com/watch?v=EHH4vYHl2Yw, https://www.peekvids.com/watch?v=mFZhv5aeZgR,
https://www.peekvids.com/watch?v=z2J9nH0-Z23, https://www.peekvids.com/watch?v=FKhSrnyGCmy, https://www.peekvids.com/watch?v=cRdhr9ZJweP,
https://www.peekvids.com/watch?v=UvFMnvK-SfT, https://www.peekvids.com/watch?v=mOBIde0zJUW, https://www.peekvids.com/watch?v=tMKAt9JS0F-,
https://www.peekvids.com/watch?v=4o5rCA5HZp-, https://www.peekvids.com/watch?v=NeVXJWGC5Rg, https://www.peekvids.com/watch?v=eNulCtWIVeo,
https://www.peekvids.com/watch?v=CrYFfyigmtP, https://www.peekvids.com/watch?v=UgThD0pcqi5, https://www.peekvids.com/watch?v=ha9UfvbzemQ,
https://www.peekvids.com/watch?v=KyzIIhpEXtV, https://www.peekvids.com/watch?v=pdtk4CZtirl, https://www.peekvids.com/watch?v=G8Af4AQNNUA,
https://www.peekvids.com/watch?v=Z4HIsVfLPXW, https://www.peekvids.com/watch?v=4le6i5Je8ZH, https://www.peekvids.com/watch?v=NllkwX2e9eb,
https://www.peekvids.com/watch?v=Z5XVqfVcO5B, https://www.peekvids.com/watch?v=dBuZaPyO328, https://www.peekvids.com/watch?v=R7TtbMCaFIY,
https://www.peekvids.com/watch?v=ojGIJ-qE85f, https://www.peekvids.com/watch?v=jIdcW3BQcYo, https://www.peekvids.com/watch?v=oqcpIFiPiSn,
https://www.peekvids.com/watch?v=mDHVTSr5Kad, https://www.peekvids.com/watch?v=xzrqjA3PmE4, https://www.peekvids.com/watch?v=bK6UyQ3FFKP,
https://www.peekvids.com/watch?v=BFBSlfHad3S, https://www.peekvids.com/watch?v=8BmyMf9GAm7, https://www.peekvids.com/watch?v=WEEDq7OYqXU
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: manfuckass
5.b. Uploader's email address: chinchagorra@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=manfuckass
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=8nyKUnzMAdT, https://www.peekvids.com/watch?v=yM4flOa8W_a,
https://www.peekvids.com/watch?v=P1Hy-xgN1nU, https://www.peekvids.com/watch?v=07JA7gi9hdI, https://www.peekvids.com/watch?v=C5og97XMsk8,
https://www.peekvids.com/watch?v=pdxKQ2Q_v-0, https://www.peekvids.com/watch?v=0xmhPkrJL_o, https://www.peekvids.com/watch?v=huDfI7FonMz,
https://www.peekvids.com/watch?v=BF3hivtiNVf, https://www.peekvids.com/watch?v=Qa-fjakb8L6, https://www.peekvids.com/watch?v=lOsPY19WZ8t,
https://www.peekvids.com/watch?v=22kctRP3wpR, https://www.peekvids.com/watch?v=QunhqauIg04, https://www.peekvids.com/watch?v=my2OPvfLo0n,
https://www.peekvids.com/watch?v=ckAlyNwphaA, https://www.peekvids.com/watch?v=zBtP1-6eJh8, https://www.peekvids.com/watch?v=p3-yWbF56Ha,
https://www.peekvids.com/watch?v=J6At976nBXJ, https://www.peekvids.com/watch?v=e8zghq9FEBe, https://www.peekvids.com/watch?v=kHs4Q4pYTV8,
https://www.peekvids.com/watch?v=7MKAHGNBcLV, https://www.peekvids.com/watch?v=UJw5yk8G6nh, https://www.peekvids.com/watch?v=cwCgoQlzE5R,
https://www.peekvids.com/watch?v=MGFy2_JQ64T, https://www.peekvids.com/watch?v=jquAG-lNmcK, https://www.peekvids.com/watch?v=ThTxRtvTh_X,
https://www.peekvids.com/watch?v=iozMkMgO3kB, https://www.peekvids.com/watch?v=TUO3sOgmmEJ, https://www.peekvids.com/watch?v=yTaViQOVG_d,
https://www.peekvids.com/watch?v=kz0pA_tbDFP, https://www.peekvids.com/watch?v=BhPwc_l_b5E, https://www.peekvids.com/watch?v=xyJXO4PhR_x,
https://www.peekvids.com/watch?v=Xy8GblDV5Et, https://www.peekvids.com/watch?v=rgNvzE75meS, https://www.peekvids.com/watch?v=WJErJipXlLI,
https://www.peekvids.com/watch?v=wL5RI_AVYzY, https://www.peekvids.com/watch?v=bMF_lLesk97, https://www.peekvids.com/watch?v=IAdq_cqpbnM,
https://www.peekvids.com/watch?v=uSpbkMH_2EF, https://www.peekvids.com/watch?v=VAdHrK4DkFU, https://www.peekvids.com/watch?v=6MCBELlfLmF,
https://www.peekvids.com/watch?v=vBED6zCRliV, https://www.peekvids.com/watch?v=Nf8wUZ4Nc53, https://www.peekvids.com/watch?v=q3WMZorXO5f,
https://www.peekvids.com/watch?v=SuJBuVss1B4, https://www.peekvids.com/watch?v=H_tS_T49_VA, https://www.peekvids.com/watch?v=eEY5FgcLrry,
https://www.peekvids.com/watch?v=Woupfzd2dJs, https://www.peekvids.com/watch?v=zo-lV2qGNU0, https://www.peekvids.com/watch?v=VH94qGTEEgN,
https://www.peekvids.com/watch?v=FwdDU0D9_Wg, https://www.peekvids.com/watch?v=8dv7YHQaLtO, https://www.peekvids.com/watch?v=LQdc92oP9B4,
https://www.peekvids.com/watch?v=uPmTMbREaHA, https://www.peekvids.com/watch?v=5NsjcO-549I, https://www.peekvids.com/watch?v=9vtGgFlWKOM,
https://www.peekvids.com/watch?v=ulolSsU3cJW, https://www.peekvids.com/watch?v=075ZOZsl77d, https://www.peekvids.com/watch?v=iHKSaHKi5C4,
https://www.peekvids.com/watch?v=qcP0X1RqcsH, https://www.peekvids.com/watch?v=Icirhno5jW0, https://www.peekvids.com/watch?v=yL9awa8_bs3,
https://www.peekvids.com/watch?v=UdVxZj5ORK5, https://www.peekvids.com/watch?v=ve6CGqtssCf, https://www.peekvids.com/watch?v=TDT5O1_70g4,
https://www.peekvids.com/watch?v=o2AsrhKQ0At, https://www.peekvids.com/watch?v=t_xSgPsp_L5, https://www.peekvids.com/watch?v=lSgSGvuk48s,
https://www.peekvids.com/watch?v=Fbvy5MDGO6n, https://www.peekvids.com/watch?v=Q6iqpsDY6VL, https://www.peekvids.com/watch?v=7uBf7zsHUhY,
https://www.peekvids.com/watch?v=bz_iSmpVnGm, https://www.peekvids.com/watch?v=fKGeIkgobIv, https://www.peekvids.com/watch?v=LraKGN55uT4,
https://www.peekvids.com/watch?v=ZbT6ayL0JYI, https://www.peekvids.com/watch?v=Y_hPmACeyTD, https://www.peekvids.com/watch?v=3TLacQpi1Mx,
https://www.peekvids.com/watch?v=AEdPumyuZla, https://www.peekvids.com/watch?v=AHHQGaSYYpT, https://www.peekvids.com/watch?v=FrJN7z0QD7B,
https://www.peekvids.com/watch?v=w1U64CePFtU, https://www.peekvids.com/watch?v=xTkuZD8r29z, https://www.peekvids.com/watch?v=JjQQClfD-g5,
https://www.peekvids.com/watch?v=59xP1LrvqBm, https://www.peekvids.com/watch?v=e3zn8c5EnxH, https://www.peekvids.com/watch?v=NUQ8aS9R_vh,
https://www.peekvids.com/watch?v=DaFPAu3TNsx, https://www.peekvids.com/watch?v=PZqWjTJndhV, https://www.peekvids.com/watch?v=It1mPzFACL0,
https://www.peekvids.com/watch?v=ln-NFIHlhBa, https://www.peekvids.com/watch?v=0vYXXbES-Y2, https://www.peekvids.com/watch?v=cF23GyXJ0IR,
https://www.peekvids.com/watch?v=thyqVB7RuA8, https://www.peekvids.com/watch?v=KtIsiKL1dBT, https://www.peekvids.com/watch?v=6Iu5HGxAAPv,
https://www.peekvids.com/watch?v=67Wtr3Wb4Wu, https://www.peekvids.com/watch?v=IJGXRK9pUXo, https://www.peekvids.com/watch?v=ZnCWykve5Xe,
https://www.peekvids.com/watch?v=roFOX1NSett, https://www.peekvids.com/watch?v=nhTncWu73LJ, https://www.peekvids.com/watch?v=dwZ-3kFNbBD,
https://www.peekvids.com/watch?v=I2Ptcf_CRE9, https://www.peekvids.com/watch?v=3_eNtVJhGIy, https://www.peekvids.com/watch?v=6r_rfLb3W8F,
https://www.peekvids.com/watch?v=4NjTx6VpoNz, https://www.peekvids.com/watch?v=EcwAnfTQy6Q, https://www.peekvids.com/watch?v=6EjH4Skjmkg,

https://www.peekvids.com/watch?v=ekxBSBzjnkN, https://www.peekvids.com/watch?v=B-DoBfQO1ZC, https://www.peekvids.com/watch?v=FPaHiWBmidz,
https://www.peekvids.com/watch?v=q7H7xlGihmp, https://www.peekvids.com/watch?v=XuHaXthjPyV, https://www.peekvids.com/watch?v=33Q9aa88I8S,
https://www.peekvids.com/watch?v=HWlMyKBrKII, https://www.peekvids.com/watch?v=aNLAjv0sjwz, https://www.peekvids.com/watch?v=BSVASf9R1Q4,
https://www.peekvids.com/watch?v=lN7hrN_Sn_K, https://www.peekvids.com/watch?v=eT_ZbRtyCvU, https://www.peekvids.com/watch?v=gTyW7QQ97mD,
https://www.peekvids.com/watch?v=4GQEPSZqw02, https://www.peekvids.com/watch?v=5yyEZV5EvM8, https://www.peekvids.com/watch?v=iOx35QsnzDZ,
https://www.peekvids.com/watch?v=DgKBu2A_u8i, https://www.peekvids.com/watch?v=UjBpD5wp0yl, https://www.peekvids.com/watch?v=MjpAJWLQoij,
https://www.peekvids.com/watch?v=ShnS5Ju3jp8, https://www.peekvids.com/watch?v=fDhuDF8MhrQ, https://www.peekvids.com/watch?v=ozUSZ40RKgT,
https://www.peekvids.com/watch?v=JKMM2NBLC50, https://www.peekvids.com/watch?v=aFqy_3mRbbA, https://www.peekvids.com/watch?v=Ev0Y5VTFnQD,
https://www.peekvids.com/watch?v=GDMIrr3t5Ai, https://www.peekvids.com/watch?v=HZo5lTRpZlG, https://www.peekvids.com/watch?v=McxLpjzagI9,
https://www.peekvids.com/watch?v=OjM804SgMvv, https://www.peekvids.com/watch?v=RJRoKpe7Idu, https://www.peekvids.com/watch?v=QsXGFomLoIX,
https://www.peekvids.com/watch?v=m-z-R-o7hdO, https://www.peekvids.com/watch?v=5dG5bVjvrJL, https://www.peekvids.com/watch?v=uQ_NEoKjYcU,
https://www.peekvids.com/watch?v=7cnFyXJPNaJ, https://www.peekvids.com/watch?v=GAMeqdkPaGZ, https://www.peekvids.com/watch?v=LJqJ2g7yeds,
https://www.peekvids.com/watch?v=wR7cHDV8cxm, https://www.peekvids.com/watch?v=LtS_O6Rb0BW, https://www.peekvids.com/watch?v=61FlqxhPPep,
https://www.peekvids.com/watch?v=P-Y84rPS7uC, https://www.peekvids.com/watch?v=Jhr1hJTod4H, https://www.peekvids.com/watch?v=dJabrmpntW2,
https://www.peekvids.com/watch?v=XZrsMjNA58K, https://www.peekvids.com/watch?v=00Gh01HhtT2, https://www.peekvids.com/watch?v=P4Xc-8WrXAr,
https://www.peekvids.com/watch?v=hzFHoVBnP7P, https://www.peekvids.com/watch?v=ILHdp_ctJzc, https://www.peekvids.com/watch?v=4d5DG9nTthK,
https://www.peekvids.com/watch?v=e9eWJmm4_Mt, https://www.peekvids.com/watch?v=9ByKzUK3MGG, https://www.peekvids.com/watch?v=7-q9n8axw_Q,
https://www.peekvids.com/watch?v=a-trzsaoK4r, https://www.peekvids.com/watch?v=U16vU7Y4DiS, https://www.peekvids.com/watch?v=ysf68hCS64E,
https://www.peekvids.com/watch?v=twURTGdmHAJ, https://www.peekvids.com/watch?v=9xaErcQRGFP, https://www.peekvids.com/watch?v=vmYsmVD1_1j,
https://www.peekvids.com/watch?v=dZjmsQSMU3K, https://www.peekvids.com/watch?v=0X_zX_aMXig, https://www.peekvids.com/watch?v=74DI0mO90JP,
https://www.peekvids.com/watch?v=K80nDbNw5vL, https://www.peekvids.com/watch?v=2BT4hIBoYq2, https://www.peekvids.com/watch?v=dLJtPuIrFV9,
https://www.peekvids.com/watch?v=HIbiY-oksNR, https://www.peekvids.com/watch?v=LfYJL9sgI1f, https://www.peekvids.com/watch?v=mIpECGrkgfw,
https://www.peekvids.com/watch?v=QUV1ASRa3cU, https://www.peekvids.com/watch?v=xD319A71dAJ, https://www.peekvids.com/watch?v=92mPB-_efGu,
https://www.peekvids.com/watch?v=3_UGab5ZyeN, https://www.peekvids.com/watch?v=nWBeCvqcsHz, https://www.peekvids.com/watch?v=TXwwx5qPR68,
https://www.peekvids.com/watch?v=Xs1FPRlF9Ur, https://www.peekvids.com/watch?v=FUrWfJHT57X, https://www.peekvids.com/watch?v=AqFw2CRev8t,
https://www.peekvids.com/watch?v=qtf_dCzeXyD, https://www.peekvids.com/watch?v=wjOSKbBsSUc, https://www.peekvids.com/watch?v=SIYTOflHsoi,
https://www.peekvids.com/watch?v=4rgHJfa3xwI, https://www.peekvids.com/watch?v=JlWVfhdKZj6, https://www.peekvids.com/watch?v=0T3R-vUZl0N,
https://www.peekvids.com/watch?v=YeRKFSw8TCj, https://www.peekvids.com/watch?v=92XpbYpwMwi, https://www.peekvids.com/watch?v=q2cf5NwKSsO,
https://www.peekvids.com/watch?v=y7N2X0Wjly8, https://www.peekvids.com/watch?v=uvAAzpcuOTv, https://www.peekvids.com/watch?v=RrQW3Gjewfo,
https://www.peekvids.com/watch?v=yut7EsWmqsi, https://www.peekvids.com/watch?v=s10pf-txAHI, https://www.peekvids.com/watch?v=zd7ja8Inevc,
https://www.peekvids.com/watch?v=nvyphBmYoBW, https://www.peekvids.com/watch?v=Fh0VwKQA4yS, https://www.peekvids.com/watch?v=nyrynztCbLf,
https://www.peekvids.com/watch?v=g2GXXNTp6Ng, https://www.peekvids.com/watch?v=rnHDwIlIc2D, https://www.peekvids.com/watch?v=Y539OajmBeZ,
https://www.peekvids.com/watch?v=oR5_9TXabAl, https://www.peekvids.com/watch?v=TSYWZY20-AN, https://www.peekvids.com/watch?v=9_3lg6pngth,
https://www.peekvids.com/watch?v=QfOxbu0on9l, https://www.peekvids.com/watch?v=7GYoUfQ7ktU, https://www.peekvids.com/watch?v=D6ZWmZYQZSd,
https://www.peekvids.com/watch?v=YY1-hi_q4cY, https://www.peekvids.com/watch?v=yrOfmv1oxe8, https://www.peekvids.com/watch?v=uzUhXL3yi1v,
https://www.peekvids.com/watch?v=kt5_GzY33Yr, https://www.peekvids.com/watch?v=xne8Mj8Xb1x, https://www.peekvids.com/watch?v=qq4iIAYU61O,
https://www.peekvids.com/watch?v=ixCun4dHucV, https://www.peekvids.com/watch?v=F2dBojWIAFh, https://www.peekvids.com/watch?v=eie2bJBJ2Po,
https://www.peekvids.com/watch?v=80Kze8plBET, https://www.peekvids.com/watch?v=qhyFwPFBs4E, https://www.peekvids.com/watch?v=kxDG9eAA4zf,
https://www.peekvids.com/watch?v=IbmzQ9243Yr, https://www.peekvids.com/watch?v=exW3QEmuT0m, https://www.peekvids.com/watch?v=JsXYROVAyhW,
https://www.peekvids.com/watch?v=HP49lTtuZ2T, https://www.peekvids.com/watch?v=Q1evDS8zBBF, https://www.peekvids.com/watch?v=sDEpWEe9nWv,
https://www.peekvids.com/watch?v=CzKkC-YyFHK
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: manna100
5.b. Uploader's email address: eromaradddipano@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=manna100
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=oCGiaZKN9vW, https://www.peekvids.com/watch?v=JXNzG1W3EWq,
https://www.peekvids.com/watch?v=7uKFH2tzqVO, https://www.peekvids.com/watch?v=NXI9HwqRGdm, https://www.peekvids.com/watch?v=ovrItGgeuIY,
https://www.peekvids.com/watch?v=20wTqPGJgWt, https://www.peekvids.com/watch?v=DWGmUx3YoDf, https://www.peekvids.com/watch?v=idRJ9W2Tbdn,
https://www.peekvids.com/watch?v=zMrT_694ByS, https://www.peekvids.com/watch?v=KRSfUPrI3xX, https://www.peekvids.com/watch?v=egUSXFwRoT7,
https://www.peekvids.com/watch?v=G8jrJP_XT3P, https://www.peekvids.com/watch?v=BYxhS_Lzj2o, https://www.peekvids.com/watch?v=FNKa9v8qIJ2,
https://www.peekvids.com/watch?v=3LIXnlDu7DL, https://www.peekvids.com/watch?v=MRMJ2Znh3sB, https://www.peekvids.com/watch?v=FW6S7yYqC6a,
https://www.peekvids.com/watch?v=OhLhBYnM7qb, https://www.peekvids.com/watch?v=2xKVZCtk853, https://www.peekvids.com/watch?v=Gg02dO9pJed,
https://www.peekvids.com/watch?v=tAURfxqjEoV, https://www.peekvids.com/watch?v=UAT7QQXVbvJ, https://www.peekvids.com/watch?v=Hji0zIRPnGm,
https://www.peekvids.com/watch?v=DBn9Rb-IMQN, https://www.peekvids.com/watch?v=liPAhp7yYQZ, https://www.peekvids.com/watch?v=TE3glWUVPYq,
https://www.peekvids.com/watch?v=e53YmkzI1wW, https://www.peekvids.com/watch?v=JbgtYqElhFi, https://www.peekvids.com/watch?v=TcTzUvd1iqW,
https://www.peekvids.com/watch?v=2vHgZdh4-zU, https://www.peekvids.com/watch?v=QCRPYqlET2G, https://www.peekvids.com/watch?v=4cJySB0h8gP,
https://www.peekvids.com/watch?v=Xg3r4JCp5KQ, https://www.peekvids.com/watch?v=jwTffP1b2i9, https://www.peekvids.com/watch?v=T60kCDSGHln,
https://www.peekvids.com/watch?v=z3h-2daJS05, https://www.peekvids.com/watch?v=g0K1CsFZbBP, https://www.peekvids.com/watch?v=eY36o6NEYeB,
https://www.peekvids.com/watch?v=yvCGOO2nxtZ, https://www.peekvids.com/watch?v=NMbPHarn8x2, https://www.peekvids.com/watch?v=lad1r9z652W,
https://www.peekvids.com/watch?v=qMrOin2pRFH, https://www.peekvids.com/watch?v=YLCfnUCWhdc, https://www.peekvids.com/watch?v=PTBtZ49bv_K,
https://www.peekvids.com/watch?v=KT3R99U4BmH, https://www.peekvids.com/watch?v=4y8govKdvfB, https://www.peekvids.com/watch?v=qbAFfpH35lo,
https://www.peekvids.com/watch?v=Y0chQXsb6Xk, https://www.peekvids.com/watch?v=LzDK0vOf7v8, https://www.peekvids.com/watch?v=7C5yAiLX-kF,
https://www.peekvids.com/watch?v=FgmaEpjLgr3, https://www.peekvids.com/watch?v=k5NNcCACjNh, https://www.peekvids.com/watch?v=xDI-pDIELgS,
https://www.peekvids.com/watch?v=Z8vCeUbcGo9, https://www.peekvids.com/watch?v=RFdWxrxFZGA, https://www.peekvids.com/watch?v=N-vqOtVno23,
https://www.peekvids.com/watch?v=qPfXXEPtY6g, https://www.peekvids.com/watch?v=SlAJzYZCD-9, https://www.peekvids.com/watch?v=yBWc9aiGyuI,
https://www.peekvids.com/watch?v=xazB0hw2NX4, https://www.peekvids.com/watch?v=DYU0egShQVS, https://www.peekvids.com/watch?v=2h7RHFRrVFJ,
https://www.peekvids.com/watch?v=ZqaUEFH-bpr, https://www.peekvids.com/watch?v=LtQPgpVGGim, https://www.peekvids.com/watch?v=vMkOlki3eeL,
https://www.peekvids.com/watch?v=kKRtwe4Ze_j, https://www.peekvids.com/watch?v=vHwZ_ZAIWap, https://www.peekvids.com/watch?v=P-d6TGw-Mqe,
https://www.peekvids.com/watch?v=5Kb1dbqdNKC, https://www.peekvids.com/watch?v=cGwTrEDTBgl, https://www.peekvids.com/watch?v=VTYWRLsuLXo,
https://www.peekvids.com/watch?v=mnAqeMrStF0, https://www.peekvids.com/watch?v=JJYZUcGzFna, https://www.peekvids.com/watch?v=xV9ZO6Hd1wH,
https://www.peekvids.com/watch?v=ycEUhb5T8QS, https://www.peekvids.com/watch?v=l2jxts3YVfZ, https://www.peekvids.com/watch?v=tUZBofRki8H,
https://www.peekvids.com/watch?v=PXEsn2U-rKN, https://www.peekvids.com/watch?v=wa7-nu8eJLm, https://www.peekvids.com/watch?v=wD7G5ukAD8A,
https://www.peekvids.com/watch?v=0CA6CebKYu9, https://www.peekvids.com/watch?v=7EGrS5B_veB, https://www.peekvids.com/watch?v=zODikmWb1PB,
https://www.peekvids.com/watch?v=WGIHWkzzHPE, https://www.peekvids.com/watch?v=lIt-9LdkdEv, https://www.peekvids.com/watch?v=drqnSLGsRm6,
https://www.peekvids.com/watch?v=c55JpA5CNEK, https://www.peekvids.com/watch?v=x47Eh8qAtvX, https://www.peekvids.com/watch?v=IZDhv4idpUx,
https://www.peekvids.com/watch?v=y8wfzcJesea, https://www.peekvids.com/watch?v=wV9lANSJ5xN, https://www.peekvids.com/watch?v=8UzFx0I3-Ug,
https://www.peekvids.com/watch?v=53BhO-Qt6Ih, https://www.peekvids.com/watch?v=j4BqdNa1gkf, https://www.peekvids.com/watch?v=FsdxShZkGxD,
https://www.peekvids.com/watch?v=Zq00nl5DF1B, https://www.peekvids.com/watch?v=t968IL39QAK, https://www.peekvids.com/watch?v=afnQ9XLzrEQ,
https://www.peekvids.com/watch?v=GY8DNGjmttT, https://www.peekvids.com/watch?v=LoFblRIRHWf, https://www.peekvids.com/watch?v=8sPhdIxBkXF,
https://www.peekvids.com/watch?v=3HeZ563t8p5, https://www.peekvids.com/watch?v=jChEhVtnpkl, https://www.peekvids.com/watch?v=6sdmxAPetMH,
https://www.peekvids.com/watch?v=2hCVHSAWN6L, https://www.peekvids.com/watch?v=n9Y7dNWj4Hy, https://www.peekvids.com/watch?v=GSdld2OG-_7,
https://www.peekvids.com/watch?v=3VK0gzVlf3K, https://www.peekvids.com/watch?v=UpdEBpSiaAN, https://www.peekvids.com/watch?v=hjPQYTc9Yo0,
https://www.peekvids.com/watch?v=y-O3SO4ckTp, https://www.peekvids.com/watch?v=jP9ObHcatHN, https://www.peekvids.com/watch?v=V4CJV1nIWfI,
https://www.peekvids.com/watch?v=S8DaHJlmabW, https://www.peekvids.com/watch?v=JG3HRdqydzB, https://www.peekvids.com/watch?v=M-AUXV25IG9,
https://www.peekvids.com/watch?v=3nsQz83k9P5, https://www.peekvids.com/watch?v=3ZSTT0LXyWo, https://www.peekvids.com/watch?v=tAxowbJmX2w,
https://www.peekvids.com/watch?v=kQdOryqLPGA, https://www.peekvids.com/watch?v=VD_7Fn7h71A, https://www.peekvids.com/watch?v=ZXu2RM0tnXZ,
https://www.peekvids.com/watch?v=9E-mQLPQGUX, https://www.peekvids.com/watch?v=AbPP0uTGoUC, https://www.peekvids.com/watch?v=GAHaA9NM5OW,
https://www.peekvids.com/watch?v=FtVQ3DPHkg7, https://www.peekvids.com/watch?v=DmrwGu6udyv, https://www.peekvids.com/watch?v=RbXiPpRLKmj,
https://www.peekvids.com/watch?v=7l7hnYGiIBL, https://www.peekvids.com/watch?v=tZxhcdUqxA5, https://www.peekvids.com/watch?v=CzH5OzJ8mFO,
https://www.peekvids.com/watch?v=Q7qZxTHmIYD, https://www.peekvids.com/watch?v=TmxjFc5CgID, https://www.peekvids.com/watch?v=e-NQTrqZb5m,
https://www.peekvids.com/watch?v=D95Jdtw6NsD, https://www.peekvids.com/watch?v=7mrl4IQPStk, https://www.peekvids.com/watch?v=U3URkmmPPiX,
https://www.peekvids.com/watch?v=reRPKMYhZMH, https://www.peekvids.com/watch?v=lF7ylsImQc7, https://www.peekvids.com/watch?v=LfunJEmhmK7,
https://www.peekvids.com/watch?v=Qdc4pAmHX4R, https://www.peekvids.com/watch?v=KSSek34bPiS, https://www.peekvids.com/watch?v=TjX6b04bL4q,
https://www.peekvids.com/watch?v=VTWtVPRCWs6, https://www.peekvids.com/watch?v=AaToAeD1aoQ, https://www.peekvids.com/watch?v=TTJSbkqukYw,
https://www.peekvids.com/watch?v=mGWKB-OEatt, https://www.peekvids.com/watch?v=nI39eUxqTLo, https://www.peekvids.com/watch?v=8cVPCKWe7NI,
https://www.peekvids.com/watch?v=pR6mSyL297J, https://www.peekvids.com/watch?v=ag_0s5IBFDB, https://www.peekvids.com/watch?v=iXEUl3YzhmW,
https://www.peekvids.com/watch?v=x_1LxAEqrAX, https://www.peekvids.com/watch?v=kwsF5Tmos0Q, https://www.peekvids.com/watch?v=yHnx-vnAbN4,
https://www.peekvids.com/watch?v=bsmwSLX2Ij7, https://www.peekvids.com/watch?v=ntUFNNYrSog, https://www.peekvids.com/watch?v=Lw3rSlpi_Zi,
https://www.peekvids.com/watch?v=qfWSvyp1arY, https://www.peekvids.com/watch?v=rEuUdJT6O_M, https://www.peekvids.com/watch?v=vRJ-lBC5Ip5,
https://www.peekvids.com/watch?v=OulNfVGv6Vs, https://www.peekvids.com/watch?v=cr5Txgei3jD, https://www.peekvids.com/watch?v=hhLu0Gy5QQP,
https://www.peekvids.com/watch?v=Xpg_Q6TyVbh, https://www.peekvids.com/watch?v=PqOATlxOmll, https://www.peekvids.com/watch?v=vSAn3iKjDBS,
https://www.peekvids.com/watch?v=arPGopEsy4i, https://www.peekvids.com/watch?v=OvOlH6urJjI, https://www.peekvids.com/watch?v=ftpdQQ4-SEo,
https://www.peekvids.com/watch?v=q_k1u7I3xb6, https://www.peekvids.com/watch?v=WL62-806BHT, https://www.peekvids.com/watch?v=HC7h4K3rVNa,
https://www.peekvids.com/watch?v=p1fqXUbfLUO, https://www.peekvids.com/watch?v=xfpJTIDTRI5, https://www.peekvids.com/watch?v=em3uUTBSSmr,
https://www.peekvids.com/watch?v=5MVHSEaP87F, https://www.peekvids.com/watch?v=V2Lu87CB3pV, https://www.peekvids.com/watch?v=jCfqENIWB7K,
https://www.peekvids.com/watch?v=gUlEQtbsQjv, https://www.peekvids.com/watch?v=b-L_Ib5VDMc, https://www.peekvids.com/watch?v=UXoBDH3cHFz,
https://www.peekvids.com/watch?v=6eGTqtk0fA9, https://www.peekvids.com/watch?v=xaxk-wneaDt, https://www.peekvids.com/watch?v=o6NAXmSPR8k,
https://www.peekvids.com/watch?v=Jno4g3hk1Ya, https://www.peekvids.com/watch?v=m-MaB50GqWl, https://www.peekvids.com/watch?v=JaZx_MHXhzp,
https://www.peekvids.com/watch?v=rCGm77IaSHM, https://www.peekvids.com/watch?v=001_F85w0ek, https://www.peekvids.com/watch?v=Bt6rfGWWAGp,
https://www.peekvids.com/watch?v=M9OH0ix6Ue8, https://www.peekvids.com/watch?v=3ARboa620Vt, https://www.peekvids.com/watch?v=4Bhxrqy6J0k,
https://www.peekvids.com/watch?v=6QQQCk20LM0, https://www.peekvids.com/watch?v=BdlHIDEeK5A, https://www.peekvids.com/watch?v=IZfq9TBHGBR,
https://www.peekvids.com/watch?v=4IuozdLe_XV, https://www.peekvids.com/watch?v=zcSxpuIEikO, https://www.peekvids.com/watch?v=hSY1yjQosJ4,
https://www.peekvids.com/watch?v=OIRfZKzIUHO, https://www.peekvids.com/watch?v=3J1BmWy4cXZ, https://www.peekvids.com/watch?v=v43xjMIZkad,
https://www.peekvids.com/watch?v=BWvfG5AYstX, https://www.peekvids.com/watch?v=YyuCx1GWtSF, https://www.peekvids.com/watch?v=WcdQ7YQ34-I,
https://www.peekvids.com/watch?v=EoqcqjxpgSr, https://www.peekvids.com/watch?v=oSmWDVBrrXx, https://www.peekvids.com/watch?v=XKlbneM2npK,
https://www.peekvids.com/watch?v=eCMDQ_Dd5-f, https://www.peekvids.com/watch?v=u5GkaLgc66D, https://www.peekvids.com/watch?v=tbAYuRVC1ss,
https://www.peekvids.com/watch?v=CP6vV19zxPz, https://www.peekvids.com/watch?v=3VJGjhDaAio, https://www.peekvids.com/watch?v=Gq4ipDTmnEW,
https://www.peekvids.com/watch?v=jA7gI97-ULZ, https://www.peekvids.com/watch?v=INcTpLRoHXI, https://www.peekvids.com/watch?v=l4E1vKXpa0g,
https://www.peekvids.com/watch?v=J0HFcScjRDW, https://www.peekvids.com/watch?v=ujLN9qtcyBZ, https://www.peekvids.com/watch?v=pOALJOhBB-l,
https://www.peekvids.com/watch?v=aEs3wAlkyg3, https://www.peekvids.com/watch?v=OsdS3nPWAg9, https://www.peekvids.com/watch?v=QPfEQPTpEFO,
https://www.peekvids.com/watch?v=GjNc9LdrdlO, https://www.peekvids.com/watch?v=b96TaMRGNjB, https://www.peekvids.com/watch?v=U7HTfmnDiok,
https://www.peekvids.com/watch?v=SK88vQIQJrQ, https://www.peekvids.com/watch?v=i3B3e1Yl7Me, https://www.peekvids.com/watch?v=rLt6aOyQSU7,
https://www.peekvids.com/watch?v=dE_PgwireyL, https://www.peekvids.com/watch?v=ZjPLaQvVwOd, https://www.peekvids.com/watch?v=QvzL1S1eAXV,
https://www.peekvids.com/watch?v=harDrW-MkdH, https://www.peekvids.com/watch?v=G05oI04UMqA, https://www.peekvids.com/watch?v=F7tTvv48G5q,
https://www.peekvids.com/watch?v=5CXPKhF4CU9, https://www.peekvids.com/watch?v=Sh4aNadgZvH, https://www.peekvids.com/watch?v=aoWILFhqaCh,
https://www.peekvids.com/watch?v=MdWyJuYXPf3, https://www.peekvids.com/watch?v=aJhzMxJnnG3, https://www.peekvids.com/watch?v=IZmkdYkqtbX,
https://www.peekvids.com/watch?v=b_4mcaYdTee, https://www.peekvids.com/watch?v=p99wWUSxmAz
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mannaka
5.b. Uploader's email address: nagnignota@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mannaka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=WiBwpJVOmib, https://www.peekvids.com/watch?v=eBNxAhrgKJQ,

https://www.peekvids.com/watch?v=zzMrrgVHUZE, https://www.peekvids.com/watch?v=FKO62HTHYrH, https://www.peekvids.com/watch?v=CFD6jic64Tl,
https://www.peekvids.com/watch?v=Vt-3CqaX99G, https://www.peekvids.com/watch?v=Voch31gLMjl, https://www.peekvids.com/watch?v=QM_uEm2QD94,
https://www.peekvids.com/watch?v=XL6OUQSfLQR, https://www.peekvids.com/watch?v=zxHtrNznmTp, https://www.peekvids.com/watch?v=G7H1UyLUsDF,
https://www.peekvids.com/watch?v=nzYq1OGN2le, https://www.peekvids.com/watch?v=K1XtfwSh6mE, https://www.peekvids.com/watch?v=cyrG1JDYnle,
https://www.peekvids.com/watch?v=JHv-2bIezyC, https://www.peekvids.com/watch?v=LEgEi_Yk5cQ, https://www.peekvids.com/watch?v=AnaOCOzh75S,
https://www.peekvids.com/watch?v=C89JsRHV7g7, https://www.peekvids.com/watch?v=UfGKHC4T26n, https://www.peekvids.com/watch?v=yuQ4pHT1pFI,
https://www.peekvids.com/watch?v=tRPzY5z1eTb, https://www.peekvids.com/watch?v=E-15X85tkt6, https://www.peekvids.com/watch?v=S9VBqVRwh8E,
https://www.peekvids.com/watch?v=0fjbqYM1UrB, https://www.peekvids.com/watch?v=PWZQ0T8ugRS, https://www.peekvids.com/watch?v=oy5HngIS3Xd,
https://www.peekvids.com/watch?v=J_UB2Gst0Vz, https://www.peekvids.com/watch?v=HmM5tZGm3YI, https://www.peekvids.com/watch?v=IHQxxgsvojb,
https://www.peekvids.com/watch?v=vDKp0b6982J, https://www.peekvids.com/watch?v=MG6XWM2K7f7, https://www.peekvids.com/watch?v=Gq5A4Qi1xVZ,
https://www.peekvids.com/watch?v=fFqA-Yey8Ne, https://www.peekvids.com/watch?v=HrV-7ZlflWG, https://www.peekvids.com/watch?v=Y7GjkNO5WJq,
https://www.peekvids.com/watch?v=E3F0v2fqynV, https://www.peekvids.com/watch?v=rL6uc38GQp7, https://www.peekvids.com/watch?v=3AbjAT30rNE,
https://www.peekvids.com/watch?v=Oju5t1gXd8W, https://www.peekvids.com/watch?v=0TWR5isjmOW, https://www.peekvids.com/watch?v=DiktiaACaog,
https://www.peekvids.com/watch?v=qycrltUghJt, https://www.peekvids.com/watch?v=UBNL5V9LrVx, https://www.peekvids.com/watch?v=D7CliRBTfTe,
https://www.peekvids.com/watch?v=V-l6bga9Ku6, https://www.peekvids.com/watch?v=szSIM3bPv3d, https://www.peekvids.com/watch?v=nrd2ybIVn5q,
https://www.peekvids.com/watch?v=dmag2YaroM4, https://www.peekvids.com/watch?v=JQ0tNhOZZXR, https://www.peekvids.com/watch?v=j9wbX0OKUiU,
https://www.peekvids.com/watch?v=ljWJzyGr3Sg, https://www.peekvids.com/watch?v=lRUf7qhy1zE, https://www.peekvids.com/watch?v=ZSis6yNAJY4,
https://www.peekvids.com/watch?v=YqQUtnJq01e, https://www.peekvids.com/watch?v=HWplEa8z03G, https://www.peekvids.com/watch?v=MXXGraleTjI,
https://www.peekvids.com/watch?v=bsLodTpK0rP, https://www.peekvids.com/watch?v=tCaToyZGdGQ, https://www.peekvids.com/watch?v=sV4VxvyNzZE,
https://www.peekvids.com/watch?v=BBKeC8Bw3aP, https://www.peekvids.com/watch?v=Q1JpVvl0NGK, https://www.peekvids.com/watch?v=fER69MIqHZX,
https://www.peekvids.com/watch?v=3nfesjv5lwX, https://www.peekvids.com/watch?v=Fy8zyyatpWa
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: marcofabio69
5.b. Uploader's email address: chris.strokes@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=marcofabio69
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=k6mFlCwlFXm, https://www.peekvids.com/watch?v=8o_qkWXprlB,
https://www.peekvids.com/watch?v=ciGMUJlsCGX, https://www.peekvids.com/watch?v=6MfnNQ8FAuU, https://www.peekvids.com/watch?v=XLEG2BOrRM0,
https://www.peekvids.com/watch?v=JhfGwGWr2KX, https://www.peekvids.com/watch?v=UG_6qbDJ_bM
5.f. Date of third notice: 2015-09-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: marinella985
5.b. Uploader's email address: poldernhouse@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=marinella985
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=7qRIwn0-vYM, https://www.peekvids.com/watch?v=t4SnhnDVmAI,
https://www.peekvids.com/watch?v=37CqWIn245V, https://www.peekvids.com/watch?v=xK3FfGEv0XL, https://www.peekvids.com/watch?v=frx3ot9ieUs,
https://www.peekvids.com/watch?v=Tea4D58ODTQ, https://www.peekvids.com/watch?v=XRdpsMlAhsc, https://www.peekvids.com/watch?v=I4JqtlfLy0U,
https://www.peekvids.com/watch?v=o9GUDmRJW8T, https://www.peekvids.com/watch?v=4oQH4kvn-xj, https://www.peekvids.com/watch?v=js90fZQeTX2,
https://www.peekvids.com/watch?v=iJe5pqTK0H5, https://www.peekvids.com/watch?v=8HVXAJQunMg, https://www.peekvids.com/watch?v=F-0gHj-q8LP,
https://www.peekvids.com/watch?v=ZnAcC7X4CZM, https://www.peekvids.com/watch?v=fVJ3mKcNxws, https://www.peekvids.com/watch?v=24IK7ErYICW,
https://www.peekvids.com/watch?v=3YvCfDmAP86, https://www.peekvids.com/watch?v=GDAHXsjbbet, https://www.peekvids.com/watch?v=uqUzLPqL0KQ,
https://www.peekvids.com/watch?v=8sJa28BQvRK, https://www.peekvids.com/watch?v=mwzZ0v4hEzG, https://www.peekvids.com/watch?v=zikflmqH3R2,
https://www.peekvids.com/watch?v=aqT55oz9mDk, https://www.peekvids.com/watch?v=O3bh3MPEj8D, https://www.peekvids.com/watch?v=z4-UUZFsPPv,
https://www.peekvids.com/watch?v=hwPn8YRh3Mh, https://www.peekvids.com/watch?v=inFqRbnJ8Di, https://www.peekvids.com/watch?v=rZj2N2oVTo6,
https://www.peekvids.com/watch?v=eLVDNehubOL, https://www.peekvids.com/watch?v=6q2KvBsREFe, https://www.peekvids.com/watch?v=HxzhN37mphA,
https://www.peekvids.com/watch?v=JhEW76u0PEM, https://www.peekvids.com/watch?v=7yAu2vf8Qxp, https://www.peekvids.com/watch?v=2fDTD82RbJ4,
https://www.peekvids.com/watch?v=Vme26kWZkKe, https://www.peekvids.com/watch?v=hvwEo56k5F8, https://www.peekvids.com/watch?v=wp6gkUHvGcB,
https://www.peekvids.com/watch?v=0mrlREnAgJ7, https://www.peekvids.com/watch?v=Xc-iuCz3C9m, https://www.peekvids.com/watch?v=Ex6J4BRcwU4,
https://www.peekvids.com/watch?v=cfmcjXa0g9u, https://www.peekvids.com/watch?v=c-lUbUOD8Ax, https://www.peekvids.com/watch?v=xSpfP85hMeI,
https://www.peekvids.com/watch?v=80L0e-cy-3v, https://www.peekvids.com/watch?v=pRFDJGGp-D-, https://www.peekvids.com/watch?v=J4TgZofyuKa,
https://www.peekvids.com/watch?v=KmYIhioDyN4, https://www.peekvids.com/watch?v=WLsS4MKKMBR, https://www.peekvids.com/watch?v=GCgEDmb0ij2,
https://www.peekvids.com/watch?v=OSsvjGpWgFP, https://www.peekvids.com/watch?v=NiY4z3HKigU, https://www.peekvids.com/watch?v=7I43cb8gBi3,
https://www.peekvids.com/watch?v=dkn3ryiUn6j, https://www.peekvids.com/watch?v=Shoviapb2OU, https://www.peekvids.com/watch?v=3KcadTNbyfm,
https://www.peekvids.com/watch?v=KTUjf4g3BvJ, https://www.peekvids.com/watch?v=HTLdTmKFhfT, https://www.peekvids.com/watch?v=aorbf6WGzv0,
https://www.peekvids.com/watch?v=42oyCnTGPGU, https://www.peekvids.com/watch?v=0AkJIUxn6SN, https://www.peekvids.com/watch?v=UK7QzCJH8Aq,
https://www.peekvids.com/watch?v=93ZdZ2EykxA, https://www.peekvids.com/watch?v=Z28xMZDzqHf, https://www.peekvids.com/watch?v=G5haBuaP469,
https://www.peekvids.com/watch?v=0jEQwTMuqe4, https://www.peekvids.com/watch?v=ZobuXdUiBvA, https://www.peekvids.com/watch?v=Y3rVliBS5iT,
https://www.peekvids.com/watch?v=wY9OsY-dDA2, https://www.peekvids.com/watch?v=05sR--lozjJ, https://www.peekvids.com/watch?v=JzMv2vRZ9r7,
https://www.peekvids.com/watch?v=NmFloajG2JH, https://www.peekvids.com/watch?v=JXbHPgxj5TJ, https://www.peekvids.com/watch?v=MXCAGJWaOiQ,
https://www.peekvids.com/watch?v=GBMvTUXHAtv, https://www.peekvids.com/watch?v=zL4KOeGSxd8, https://www.peekvids.com/watch?v=hREDZ-B6iL0,
https://www.peekvids.com/watch?v=7TukbaQm6lM, https://www.peekvids.com/watch?v=K-30v0Gs432, https://www.peekvids.com/watch?v=j4rgGAeegWc,
https://www.peekvids.com/watch?v=fCTe0HRR2KA, https://www.peekvids.com/watch?v=ra5Z-cKMZUY, https://www.peekvids.com/watch?v=cQLnMJFSzr5,
https://www.peekvids.com/watch?v=EdumTilUu3U, https://www.peekvids.com/watch?v=p5ewe6AqUDn, https://www.peekvids.com/watch?v=PyQGvV-8eOf,
https://www.peekvids.com/watch?v=p8PIYRaLuxm, https://www.peekvids.com/watch?v=jBrqtQX5GCf, https://www.peekvids.com/watch?v=aEwl9-dvW-c,
https://www.peekvids.com/watch?v=9bzfMAksOBx, https://www.peekvids.com/watch?v=ZM6aKJeolyP, https://www.peekvids.com/watch?v=UlLTwTLojeJ,
https://www.peekvids.com/watch?v=7Hh5R7RLiVR, https://www.peekvids.com/watch?v=KFLGdjvibOs, https://www.peekvids.com/watch?v=9AOWXIlmidj,
https://www.peekvids.com/watch?v=Q9jyIdze0pD, https://www.peekvids.com/watch?v=vxUaJvYh9Ew, https://www.peekvids.com/watch?v=PdlmC6xiOfT,
https://www.peekvids.com/watch?v=fcdrYxRWliW, https://www.peekvids.com/watch?v=pQrWLwiS7Vy, https://www.peekvids.com/watch?v=kMarEuyAJhW,
https://www.peekvids.com/watch?v=Vrwnw069dic, https://www.peekvids.com/watch?v=sZiG-9myAuI, https://www.peekvids.com/watch?v=989OuUrqjxz,
https://www.peekvids.com/watch?v=MpudALZdRfz, https://www.peekvids.com/watch?v=9ZnGulp5yPu, https://www.peekvids.com/watch?v=FMnBvBXyouo,
https://www.peekvids.com/watch?v=JogZmbZYdKU, https://www.peekvids.com/watch?v=SwA3RJh8WG-, https://www.peekvids.com/watch?v=cTci0bYjUBH,
https://www.peekvids.com/watch?v=N00q6jrZmgK, https://www.peekvids.com/watch?v=IjyqLQlVscK, https://www.peekvids.com/watch?v=jWc-xV-yNZY,
https://www.peekvids.com/watch?v=CXWHvFuDm5Z, https://www.peekvids.com/watch?v=3jUXUAutXKs, https://www.peekvids.com/watch?v=JWdHnync7Is,
https://www.peekvids.com/watch?v=kaIrpkOdnWI, https://www.peekvids.com/watch?v=b9qabx0AB7X, https://www.peekvids.com/watch?v=4TTT7X73bLw,
https://www.peekvids.com/watch?v=pAwpSxiZn2k, https://www.peekvids.com/watch?v=I4t2eES20e7, https://www.peekvids.com/watch?v=g98kZ0fXaA8,
https://www.peekvids.com/watch?v=HrQP9ExGj6G, https://www.peekvids.com/watch?v=RSjx-HEIZIP, https://www.peekvids.com/watch?v=VEysuoU2UOF,
https://www.peekvids.com/watch?v=jVGSodgpYhr, https://www.peekvids.com/watch?v=Z5PrZZ25ZLP, https://www.peekvids.com/watch?v=UHv27ENCcfn,
https://www.peekvids.com/watch?v=HVwCzuEfCvF, https://www.peekvids.com/watch?v=WOx5V3q0tcy, https://www.peekvids.com/watch?v=ONk5KEktQuT,
https://www.peekvids.com/watch?v=P7Ahr7WUOdq, https://www.peekvids.com/watch?v=0dizFBEYSJs, https://www.peekvids.com/watch?v=cIODYDCwtcb,
https://www.peekvids.com/watch?v=JSPC2WCaw-r, https://www.peekvids.com/watch?v=tgSMKVApRRw, https://www.peekvids.com/watch?v=REJIsoFHgS-,
https://www.peekvids.com/watch?v=8qkchLqqHy-, https://www.peekvids.com/watch?v=9JqU6sLnCCW, https://www.peekvids.com/watch?v=92E9aQYkUh-,
https://www.peekvids.com/watch?v=fePSZPxLRCq, https://www.peekvids.com/watch?v=g3350vdswrk, https://www.peekvids.com/watch?v=MAlg-WpHS6R,
https://www.peekvids.com/watch?v=gamwdD40zdD, https://www.peekvids.com/watch?v=5GUXPtxI0CT, https://www.peekvids.com/watch?v=xWTdHMl-zy0,
https://www.peekvids.com/watch?v=WAHCM2TD0sx, https://www.peekvids.com/watch?v=064s2jBpCch, https://www.peekvids.com/watch?v=djbU3WrGtuE,
https://www.peekvids.com/watch?v=WT7P0ehf55q, https://www.peekvids.com/watch?v=hGkFRWiqZqI, https://www.peekvids.com/watch?v=hxra2CLNhbk,
https://www.peekvids.com/watch?v=Hu7Lgz7ocBJ, https://www.peekvids.com/watch?v=MBIxH5xlxs-, https://www.peekvids.com/watch?v=rrQoLXRMtiO,
https://www.peekvids.com/watch?v=IFRaCtZtjVV, https://www.peekvids.com/watch?v=-ciIqK65o0G, https://www.peekvids.com/watch?v=4YhjSzxOMU7,
https://www.peekvids.com/watch?v=SqiiPuBiYZO, https://www.peekvids.com/watch?v=TteApP7Rtkv, https://www.peekvids.com/watch?v=hDfaWZ-qzci,
https://www.peekvids.com/watch?v=39apYlD5fmF, https://www.peekvids.com/watch?v=5aGvmdcy48k, https://www.peekvids.com/watch?v=okTrEW6PLO9,
https://www.peekvids.com/watch?v=R3BucM8A9Fx, https://www.peekvids.com/watch?v=zsFVf0yCkIn, https://www.peekvids.com/watch?v=VFE9dMfUBhY,
https://www.peekvids.com/watch?v=GEP69T2JBaD, https://www.peekvids.com/watch?v=zsNDKqSFZWf, https://www.peekvids.com/watch?v=6XOf9-z3C3Z,
https://www.peekvids.com/watch?v=LDA0fltkpX8, https://www.peekvids.com/watch?v=usgjXPM3tS-, https://www.peekvids.com/watch?v=VzgvWbfLh06,
https://www.peekvids.com/watch?v=W3rCoL3fBDZ, https://www.peekvids.com/watch?v=aNkTnLoiKPv, https://www.peekvids.com/watch?v=F6dArQwhyJf,
https://www.peekvids.com/watch?v=HZxJrkaEAvH, https://www.peekvids.com/watch?v=jQjqe9Y6dZW, https://www.peekvids.com/watch?v=WYX77OXn--l,
https://www.peekvids.com/watch?v=qsHeuUJgFuL, https://www.peekvids.com/watch?v=6PfpDmRmQg-, https://www.peekvids.com/watch?v=yUXsnPALMkV,
https://www.peekvids.com/watch?v=ogeuiCtnItn, https://www.peekvids.com/watch?v=TRYH0bDoK9F, https://www.peekvids.com/watch?v=v4xKxLAHj9c,
https://www.peekvids.com/watch?v=EQXOa5CsmmJ, https://www.peekvids.com/watch?v=ezyoBm4Ackl, https://www.peekvids.com/watch?v=uLUcb6HLJcB,
https://www.peekvids.com/watch?v=UPC798Xp4yX, https://www.peekvids.com/watch?v=tIpP9pWJxCg, https://www.peekvids.com/watch?v=I0G2704SBe6,
https://www.peekvids.com/watch?v=pYe6qU240RI, https://www.peekvids.com/watch?v=diFVha83zPJ, https://www.peekvids.com/watch?v=TyLFMjn4Xr7,
https://www.peekvids.com/watch?v=HsDqSniOclx, https://www.peekvids.com/watch?v=jjcqLWP2loI, https://www.peekvids.com/watch?v=ojUzoETO84M,
https://www.peekvids.com/watch?v=pVstqhx53Ou, https://www.peekvids.com/watch?v=HfkqcnwgGPb, https://www.peekvids.com/watch?v=9kBlPntWNir,
https://www.peekvids.com/watch?v=M0N8uObvVDU, https://www.peekvids.com/watch?v=PtXJ3u4-Y3x, https://www.peekvids.com/watch?v=mGQBjRBl7k3,
https://www.peekvids.com/watch?v=mDx3qXAoQBu, https://www.peekvids.com/watch?v=EoYz5cAgXPv, https://www.peekvids.com/watch?v=kxJRNqX0tUT,
https://www.peekvids.com/watch?v=mqYMJtRCSKR, https://www.peekvids.com/watch?v=dq6kcXyYCoc, https://www.peekvids.com/watch?v=mDT5UZoSuNz,
https://www.peekvids.com/watch?v=FieA6SlTOiW, https://www.peekvids.com/watch?v=O8xhQzmMlYa, https://www.peekvids.com/watch?v=uXb3zGY4FIN,
https://www.peekvids.com/watch?v=s2Oy7jwsaij, https://www.peekvids.com/watch?v=2CgM9X7-pwU, https://www.peekvids.com/watch?v=x9GPYv0dzCL,
https://www.peekvids.com/watch?v=-A22V0iwyyT, https://www.peekvids.com/watch?v=HgQopeptx2h, https://www.peekvids.com/watch?v=TB65vUumngC,
https://www.peekvids.com/watch?v=82tWC94T2MZ, https://www.peekvids.com/watch?v=HbnvJ-kv9OU, https://www.peekvids.com/watch?v=jECqySquh4V,
https://www.peekvids.com/watch?v=Z-djndkkJQ9, https://www.peekvids.com/watch?v=DsZJ8s4Zsjv, https://www.peekvids.com/watch?v=xcNqI27Zuo3,
https://www.peekvids.com/watch?v=5iQ4lwdHcCg, https://www.peekvids.com/watch?v=3vvej-aanx7, https://www.peekvids.com/watch?v=yevmtJu9vOv,
https://www.peekvids.com/watch?v=yB9KK9pel5Z, https://www.peekvids.com/watch?v=PRZWShRQkxM, https://www.peekvids.com/watch?v=YosjypB8I72,
https://www.peekvids.com/watch?v=46yCenaykpy, https://www.peekvids.com/watch?v=2N2ySsm04M5, https://www.peekvids.com/watch?v=wme5EBi4tHX,
https://www.peekvids.com/watch?v=o50HNk7bmBp, https://www.peekvids.com/watch?v=qKiYyt4nVxs, https://www.peekvids.com/watch?v=Pu9I6G33RWZ,
https://www.peekvids.com/watch?v=eitzTxKvnAr, https://www.peekvids.com/watch?v=EI9N5pepf2q, https://www.peekvids.com/watch?v=4qyyA0J8ygT,
https://www.peekvids.com/watch?v=ax7Iler3VJn, https://www.peekvids.com/watch?v=GzrMjaENxca, https://www.peekvids.com/watch?v=6xf6Vk-Ox83,
https://www.peekvids.com/watch?v=xipTdzPZddC, https://www.peekvids.com/watch?v=Kd2EqpnginH, https://www.peekvids.com/watch?v=sEALpo57Y40,
https://www.peekvids.com/watch?v=w6fuMIIG8WI, https://www.peekvids.com/watch?v=coYWLdm9o2b, https://www.peekvids.com/watch?v=hvUkNbtuZDN,
https://www.peekvids.com/watch?v=CQlfJ2dV37z, https://www.peekvids.com/watch?v=kIE25qIqCdV, https://www.peekvids.com/watch?v=f63o7JdxHeN,
https://www.peekvids.com/watch?v=L4yAp2kdhwj, https://www.peekvids.com/watch?v=NSbKYANqCbr, https://www.peekvids.com/watch?v=8WHX-Iy832m,
https://www.peekvids.com/watch?v=huv5r-z6wdo, https://www.peekvids.com/watch?v=B4IlILUz-OO, https://www.peekvids.com/watch?v=YWWSRdIYvAP,
https://www.peekvids.com/watch?v=mX45lStqjsK, https://www.peekvids.com/watch?v=TBFq2LY963-, https://www.peekvids.com/watch?v=KzzTBB3YkVN,
https://www.peekvids.com/watch?v=73Ru6s58ljF, https://www.peekvids.com/watch?v=DKc6uF2AFmJ, https://www.peekvids.com/watch?v=N-cJrXwF5g5,
https://www.peekvids.com/watch?v=8qE0CQznHN5, https://www.peekvids.com/watch?v=4AJDqO-49WV, https://www.peekvids.com/watch?v=agp7qPj03aX,
https://www.peekvids.com/watch?v=i5zLi4ZPIlM, https://www.peekvids.com/watch?v=fLNsnDlINEi, https://www.peekvids.com/watch?v=f7MslNHi2Xu,
https://www.peekvids.com/watch?v=QKAEDITQiBB, https://www.peekvids.com/watch?v=qCS-MQRXERf, https://www.peekvids.com/watch?v=lc5e78Mv3Dk,
https://www.peekvids.com/watch?v=reUEtNG4RTn, https://www.peekvids.com/watch?v=M9ELJ-kniti, https://www.peekvids.com/watch?v=S-Iumce3dqK,
https://www.peekvids.com/watch?v=k4o0n0oVjGv, https://www.peekvids.com/watch?v=njwM5GpIntH, https://www.peekvids.com/watch?v=w6CRyw9vt0N,
https://www.peekvids.com/watch?v=pY6yi5lAO-O, https://www.peekvids.com/watch?v=qYItBs-qrmh, https://www.peekvids.com/watch?v=3X0QNmyaUAH,
https://www.peekvids.com/watch?v=NkmFZ0h7M67, https://www.peekvids.com/watch?v=v7eRhB5rGMl, https://www.peekvids.com/watch?v=ezuOecdtxwD,
https://www.peekvids.com/watch?v=fsBRBHHGv5h, https://www.peekvids.com/watch?v=yj9BbOp8FEp, https://www.peekvids.com/watch?v=bTotYZgaK53,
https://www.peekvids.com/watch?v=KtDl8MoBcVP, https://www.peekvids.com/watch?v=8oxlLTlkpvL, https://www.peekvids.com/watch?v=kT9mK8v3tXA,
https://www.peekvids.com/watch?v=E6qC9UFVGTD, https://www.peekvids.com/watch?v=Jn0MgD-DZ0q, https://www.peekvids.com/watch?v=tNq9DzYsapp,
https://www.peekvids.com/watch?v=ae-8uVBCiMy, https://www.peekvids.com/watch?v=WuBbHoqi6f0, https://www.peekvids.com/watch?v=mZRRtSVNSkh,
https://www.peekvids.com/watch?v=TFfOVizER-X, https://www.peekvids.com/watch?v=gOjopFohhhX, https://www.peekvids.com/watch?v=YGDzx7ePJtV,

https://www.peekvids.com/watch?v=GCZ3Ez8aN3C, https://www.peekvids.com/watch?v=MJ6dNFdlzum, https://www.peekvids.com/watch?v=pdkzxli6Pmx,
https://www.peekvids.com/watch?v=wLP6oyvk8Yf, https://www.peekvids.com/watch?v=rwebPyCI4xS, https://www.peekvids.com/watch?v=lquXudwwoGV,
https://www.peekvids.com/watch?v=ttfSK-NR9ZO, https://www.peekvids.com/watch?v=OYzsEj8Cwgw, https://www.peekvids.com/watch?v=SoUTIUfUTp8,
https://www.peekvids.com/watch?v=vRCmQQklThv, https://www.peekvids.com/watch?v=ZZsLqzaBS0l, https://www.peekvids.com/watch?v=EGSzkH5-8-F,
https://www.peekvids.com/watch?v=m4sdW3GCaWr, https://www.peekvids.com/watch?v=eJLbYO5zL3E, https://www.peekvids.com/watch?v=WpGVs2t63-i,
https://www.peekvids.com/watch?v=hOWfRNsbIus, https://www.peekvids.com/watch?v=ozz83TbNvXf, https://www.peekvids.com/watch?v=jVCEFbUQoPQ,
https://www.peekvids.com/watch?v=0VKdXngeUJl, https://www.peekvids.com/watch?v=I7-X4ycJa4L, https://www.peekvids.com/watch?v=Da8srIydCfx,
https://www.peekvids.com/watch?v=g6MjNuMy5if, https://www.peekvids.com/watch?v=Ag-LltRKzHr, https://www.peekvids.com/watch?v=NA6V4pwDzbp,
https://www.peekvids.com/watch?v=bplxP834jbz, https://www.peekvids.com/watch?v=b9IHBvFTSTC, https://www.peekvids.com/watch?v=iRtN3q6R28X,
https://www.peekvids.com/watch?v=h8ViC79ukkt, https://www.peekvids.com/watch?v=OOQ4or-lIkp, https://www.peekvids.com/watch?v=R9YWG9QgDjE,
https://www.peekvids.com/watch?v=ulHT0Lsnzu5, https://www.peekvids.com/watch?v=CUp0mQQfq3D, https://www.peekvids.com/watch?v=zdDGfoUlQb4,
https://www.peekvids.com/watch?v=08gpdM5ZiTs, https://www.peekvids.com/watch?v=RI-hLIzWuG8, https://www.peekvids.com/watch?v=6L2LqiQYbrm,
https://www.peekvids.com/watch?v=btV8YHvUm6g, https://www.peekvids.com/watch?v=qAjhEmfqo4I, https://www.peekvids.com/watch?v=gktT-kB9ebW,
https://www.peekvids.com/watch?v=AiS897sfDo4, https://www.peekvids.com/watch?v=ZbDDZOTi5Uj, https://www.peekvids.com/watch?v=ITr8eMhoi7o,
https://www.peekvids.com/watch?v=efVvvb-csQg, https://www.peekvids.com/watch?v=79TJ7MEa9we, https://www.peekvids.com/watch?v=CToV45A3YWF,
https://www.peekvids.com/watch?v=BNUfxjDltEd, https://www.peekvids.com/watch?v=TbFDrI83FQl, https://www.peekvids.com/watch?v=UMjaBP9kmJe,
https://www.peekvids.com/watch?v=br2gCIfqwIO, https://www.peekvids.com/watch?v=MhBwoJjkPO4, https://www.peekvids.com/watch?v=m6lE-S7lAwj,
https://www.peekvids.com/watch?v=4e76AvvTqd3, https://www.peekvids.com/watch?v=dM9MydVKsYe
5.f. Date of third notice: 2015-05-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: maturesexx
5.b. Uploader's email address: azizomarcacos@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=maturesexx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=muZhjKrIry9, https://www.peekvids.com/watch?v=tUEIKBIjY-B,
https://www.peekvids.com/watch?v=Oac__rnIW6o, https://www.peekvids.com/watch?v=2GXQsKXkgHK, https://www.peekvids.com/watch?v=E63HJX44elv,
https://www.peekvids.com/watch?v=toyJ64VDDkJ, https://www.peekvids.com/watch?v=jlLbVDcEfb4, https://www.peekvids.com/watch?v=CEJQ3AhmIlh,
https://www.peekvids.com/watch?v=yBtc1e8XFi7, https://www.peekvids.com/watch?v=adZz1MguFbk, https://www.peekvids.com/watch?v=ReCDfWSboeo,
https://www.peekvids.com/watch?v=4pALCBwMXt9, https://www.peekvids.com/watch?v=Q-S46dovD_w, https://www.peekvids.com/watch?v=GiwoAsPJeJC,
https://www.peekvids.com/watch?v=p5iGjueotmM, https://www.peekvids.com/watch?v=6SLljbfpzRq, https://www.peekvids.com/watch?v=dwe2z6wmLwR,
https://www.peekvids.com/watch?v=ghdgrqE5-JX, https://www.peekvids.com/watch?v=I_u6vJtkQcb, https://www.peekvids.com/watch?v=eVffIDHqTE8,
https://www.peekvids.com/watch?v=m9ZqckT8t6C, https://www.peekvids.com/watch?v=TdgQxhHpf28, https://www.peekvids.com/watch?v=Xmw64HqApPk,
https://www.peekvids.com/watch?v=BNc8DMkcfoh, https://www.peekvids.com/watch?v=uVVLBYs_27P, https://www.peekvids.com/watch?v=XRoiPptYGec,
https://www.peekvids.com/watch?v=EZiwZfKhqPo, https://www.peekvids.com/watch?v=DC6IBTd4w0v, https://www.peekvids.com/watch?v=a_WiHvQfQKT,
https://www.peekvids.com/watch?v=r8FyVtYMiTx, https://www.peekvids.com/watch?v=GPmlSk9nBmY, https://www.peekvids.com/watch?v=DaHVZxfpwbx,
https://www.peekvids.com/watch?v=cWdvA4XX1oy, https://www.peekvids.com/watch?v=szQbuOjFhwz, https://www.peekvids.com/watch?v=WyjuWxrWNMp,
https://www.peekvids.com/watch?v=ftowsN27tXD, https://www.peekvids.com/watch?v=tcQEAI18Kp8, https://www.peekvids.com/watch?v=xwdlkqAVUma,
https://www.peekvids.com/watch?v=HUOdQEqkSBt, https://www.peekvids.com/watch?v=7iWBlKQ0Oto, https://www.peekvids.com/watch?v=9MmdHvt4NND,
https://www.peekvids.com/watch?v=EtaMiYOZykR, https://www.peekvids.com/watch?v=sglG219yoR7, https://www.peekvids.com/watch?v=4uKzWreFruG,
https://www.peekvids.com/watch?v=v0znzJ2OKyv, https://www.peekvids.com/watch?v=Pd2vcpGtKHb, https://www.peekvids.com/watch?v=W1-QfeGW4jY,
https://www.peekvids.com/watch?v=rndkQ7sauRv, https://www.peekvids.com/watch?v=Nc3W01486Pm, https://www.peekvids.com/watch?v=bsrsD2IkhQn,
https://www.peekvids.com/watch?v=HoNgJo2Eg3F, https://www.peekvids.com/watch?v=s3cX0YHd-b8, https://www.peekvids.com/watch?v=ip8JdR7OAoy,
https://www.peekvids.com/watch?v=Mx7TXOYPu7e, https://www.peekvids.com/watch?v=D068skZVJ4x, https://www.peekvids.com/watch?v=rjIDrZFPbJK,
https://www.peekvids.com/watch?v=rMvM1m0K-YR, https://www.peekvids.com/watch?v=c-mQ2E4UzZr, https://www.peekvids.com/watch?v=i_Ld-MglQb2,
https://www.peekvids.com/watch?v=st7g5AVMODg, https://www.peekvids.com/watch?v=vIPOJQHn9X5, https://www.peekvids.com/watch?v=CVWETrqDfgE,
https://www.peekvids.com/watch?v=nHoasJJQmpU, https://www.peekvids.com/watch?v=dS6EvIjzOXA, https://www.peekvids.com/watch?v=J6LzmqJGzru,
https://www.peekvids.com/watch?v=m9LASUSkojx, https://www.peekvids.com/watch?v=PVcUlGyNYgB, https://www.peekvids.com/watch?v=keNci3NDXJg,
https://www.peekvids.com/watch?v=5UZMOVzjrxP, https://www.peekvids.com/watch?v=NFG4aTHbDVP, https://www.peekvids.com/watch?v=4DLmhmRfrRP
5.f. Date of third notice: 2015-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: matureshare
5.b. Uploader's email address: nickgreen1800@yahoo.pl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=matureshare
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=bZuQCz4un_r, https://www.peekvids.com/watch?v=D3qTil5chBF,
https://www.peekvids.com/watch?v=pWrcA4R5Yzh, https://www.peekvids.com/watch?v=Q4IXIGDFtNY, https://www.peekvids.com/watch?v=dpDTmt7ikIP,
https://www.peekvids.com/watch?v=I_6kXWl1hkl, https://www.peekvids.com/watch?v=tvMyjsj5O5i, https://www.peekvids.com/watch?v=TNjVuKFFRlb,
https://www.peekvids.com/watch?v=fn0x37iL0ud, https://www.peekvids.com/watch?v=tYWbJ_1LE0B, https://www.peekvids.com/watch?v=mi4Am2MJHOR,
https://www.peekvids.com/watch?v=3c2npa2pwlV, https://www.peekvids.com/watch?v=CxDgxchSd38, https://www.peekvids.com/watch?v=YNxqkvevDYO,
https://www.peekvids.com/watch?v=gn8lD0Fw8Ce, https://www.peekvids.com/watch?v=y9eSmnRMY7Z, https://www.peekvids.com/watch?v=aHlNiJMksqx,
https://www.peekvids.com/watch?v=LMl8UBZwjmL, https://www.peekvids.com/watch?v=RVpFSqz5Mcy, https://www.peekvids.com/watch?v=ep2qOxplFhL,
https://www.peekvids.com/watch?v=G6DbK2xRQKS, https://www.peekvids.com/watch?v=OOL4f699eB5, https://www.peekvids.com/watch?v=Zm116KKFW7J,
https://www.peekvids.com/watch?v=4-FkodXMjBq, https://www.peekvids.com/watch?v=80Wb6nnEfcd, https://www.peekvids.com/watch?v=hSNvS34s1Aj,
https://www.peekvids.com/watch?v=vAyoEUlpVAi, https://www.peekvids.com/watch?v=WvwiVflHLQe, https://www.peekvids.com/watch?v=XGNz3ohomNs,
https://www.peekvids.com/watch?v=j9I4ak0Mv-h, https://www.peekvids.com/watch?v=M615ab_iQOB, https://www.peekvids.com/watch?v=ebPCGxECRf6,
https://www.peekvids.com/watch?v=MNpUc9k4Yh5, https://www.peekvids.com/watch?v=rJAtSfGxYrJ, https://www.peekvids.com/watch?v=utdqROAaT9m,
https://www.peekvids.com/watch?v=P16UtGIP9Js, https://www.peekvids.com/watch?v=uB-goeVdROQ, https://www.peekvids.com/watch?v=tyenVD968Ws,
https://www.peekvids.com/watch?v=ghXVQCkshlM, https://www.peekvids.com/watch?v=oNl500Y7pQQ, https://www.peekvids.com/watch?v=F6I1AtYwR0N,
https://www.peekvids.com/watch?v=4c5sNZ1A0w6, https://www.peekvids.com/watch?v=ixItLkUs4WN, https://www.peekvids.com/watch?v=zLgl64KEfur,
https://www.peekvids.com/watch?v=44YGj0n7RmL, https://www.peekvids.com/watch?v=bCT4-WxIwDk, https://www.peekvids.com/watch?v=4745Xw5zqTq,
https://www.peekvids.com/watch?v=dg50jPKZWEm, https://www.peekvids.com/watch?v=3ADpboTtlIx, https://www.peekvids.com/watch?v=poMBoIHdua8,
https://www.peekvids.com/watch?v=IjTWJjZEGgV, https://www.peekvids.com/watch?v=JJz_Lh1P7AG, https://www.peekvids.com/watch?v=Z3XwVpccBpC,
https://www.peekvids.com/watch?v=IcZEtxMIMbg, https://www.peekvids.com/watch?v=ieD12Ar0_4H, https://www.peekvids.com/watch?v=TYmVJaNt43y,
https://www.peekvids.com/watch?v=uF6B6d_B35v, https://www.peekvids.com/watch?v=YiwKhjmWqCJ, https://www.peekvids.com/watch?v=bYPtoUbAs8K,
https://www.peekvids.com/watch?v=zRS_b8fPEpL, https://www.peekvids.com/watch?v=FZe7gJm7bLR, https://www.peekvids.com/watch?v=TPsLTf00dYK,
https://www.peekvids.com/watch?v=Hui5oM-0qL8, https://www.peekvids.com/watch?v=hLrOXjy6PSW, https://www.peekvids.com/watch?v=t4syUkZ4LjE,
https://www.peekvids.com/watch?v=kRZ8-Iw1CKA, https://www.peekvids.com/watch?v=vrzXSHkPuqb, https://www.peekvids.com/watch?v=ztXJJ5A1rHj,
https://www.peekvids.com/watch?v=JXCa_agVHgE, https://www.peekvids.com/watch?v=wDlKSyMxxq9, https://www.peekvids.com/watch?v=OqwiyxYH65U,
https://www.peekvids.com/watch?v=j7Uw4k95CZl, https://www.peekvids.com/watch?v=hbyDsgfSWa2, https://www.peekvids.com/watch?v=HOVZNExP25s,
https://www.peekvids.com/watch?v=Ti6XPBefo0i, https://www.peekvids.com/watch?v=XZzRufINbzG, https://www.peekvids.com/watch?v=esbjT1IbmUi,
https://www.peekvids.com/watch?v=u_XWkjXy546, https://www.peekvids.com/watch?v=CiDEfckeKNu, https://www.peekvids.com/watch?v=OufejpTp9fG,
https://www.peekvids.com/watch?v=vdOHfGAhyej, https://www.peekvids.com/watch?v=hUL5XRfSsTj, https://www.peekvids.com/watch?v=Zbnq-YxJCRi,
https://www.peekvids.com/watch?v=u1maRLAPu9o, https://www.peekvids.com/watch?v=XBjmDf8aTNj, https://www.peekvids.com/watch?v=RuWVupOoMfG,
https://www.peekvids.com/watch?v=xl093jGteYz, https://www.peekvids.com/watch?v=X7fDkYFUXuh, https://www.peekvids.com/watch?v=V9lsnfpRSPd,
https://www.peekvids.com/watch?v=fx5SSj5Yz2W, https://www.peekvids.com/watch?v=wRbAdfkemuc, https://www.peekvids.com/watch?v=zB5gYC4qfvp,
https://www.peekvids.com/watch?v=kFBRCvwchkK
5.f. Date of third notice: 2015-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: matwey
5.b. Uploader's email address: elizasharless@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=matwey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=oc5srRGqM9C, https://www.peekvids.com/watch?v=onhCL3iQz9O,
https://www.peekvids.com/watch?v=ZsGIA13B_sf, https://www.peekvids.com/watch?v=REDTyQ05Pq9, https://www.peekvids.com/watch?v=5X66ECtjZ50,
https://www.peekvids.com/watch?v=DPtCKIQaNQu, https://www.peekvids.com/watch?v=2ecEF0rZjeP, https://www.peekvids.com/watch?v=OfqaE3trpxb,
https://www.peekvids.com/watch?v=YzuNrEvf40u, https://www.peekvids.com/watch?v=nO6S8GKncl5, https://www.peekvids.com/watch?v=yFV-f8XCbMi,
https://www.peekvids.com/watch?v=DZDPjNPuVPs, https://www.peekvids.com/watch?v=mjH3Qvr0F7X, https://www.peekvids.com/watch?v=7_QSj8KSS96,
https://www.peekvids.com/watch?v=APVyCNRO6PL, https://www.peekvids.com/watch?v=HkCNI_aZm5I, https://www.peekvids.com/watch?v=NRn-xgYdNGB,
https://www.peekvids.com/watch?v=GunLUDTi4eB, https://www.peekvids.com/watch?v=BQEoJT4aklX, https://www.peekvids.com/watch?v=o--HrixmbJ8,
https://www.peekvids.com/watch?v=8QGWoCyFZZ5, https://www.peekvids.com/watch?v=TVV9eqg8Yx9, https://www.peekvids.com/watch?v=pbsJ5V1d5BT,
https://www.peekvids.com/watch?v=e4HeWsVbRTz, https://www.peekvids.com/watch?v=ZmbKgqlTeJi, https://www.peekvids.com/watch?v=ogFUK0KAJjK,
https://www.peekvids.com/watch?v=ysxhtAZAR9d, https://www.peekvids.com/watch?v=Q2SEJoe7QiV, https://www.peekvids.com/watch?v=yo1BDOqXjMT,
https://www.peekvids.com/watch?v=2M3ILf-yE8Q, https://www.peekvids.com/watch?v=Ncm7v6ym9hf, https://www.peekvids.com/watch?v=9E6v2bc9Rdt,
https://www.peekvids.com/watch?v=lHDG7fBLkw2, https://www.peekvids.com/watch?v=XeD_TcRiUqC, https://www.peekvids.com/watch?v=V719oh_b3VL,
https://www.peekvids.com/watch?v=3qgmYCxRVKx, https://www.peekvids.com/watch?v=sMVBpYclr2J, https://www.peekvids.com/watch?v=dil2QszvMoO,
https://www.peekvids.com/watch?v=uL_ZVyLaV_U, https://www.peekvids.com/watch?v=GP8n8W96Ipv, https://www.peekvids.com/watch?v=ezDNSW-Yg6b,
https://www.peekvids.com/watch?v=or_N5csAzPq, https://www.peekvids.com/watch?v=lhP2eqoRG1H, https://www.peekvids.com/watch?v=H9W-zm1CqZO,
https://www.peekvids.com/watch?v=HXgJhsNgNub, https://www.peekvids.com/watch?v=pdm32-lDD5J, https://www.peekvids.com/watch?v=ppUlSM7h9w6,
https://www.peekvids.com/watch?v=7kWLweYLz3h, https://www.peekvids.com/watch?v=39Lu7qHIYny, https://www.peekvids.com/watch?v=8C75h8-MPHJ,
https://www.peekvids.com/watch?v=3O83Jc3Tkuz, https://www.peekvids.com/watch?v=FTz3hrzGfRq, https://www.peekvids.com/watch?v=M6slLWqV9MV,
https://www.peekvids.com/watch?v=IvSP2Bi9q_I, https://www.peekvids.com/watch?v=DGiac7p1KZS, https://www.peekvids.com/watch?v=f3ft2FYAPU7,
https://www.peekvids.com/watch?v=DdevnDG5pXU, https://www.peekvids.com/watch?v=UGcNdv1tstw, https://www.peekvids.com/watch?v=t87xlVUvdcI,
https://www.peekvids.com/watch?v=IhSFR4OcRlT, https://www.peekvids.com/watch?v=q-XAtQlVUMr, https://www.peekvids.com/watch?v=LqGtWGoJCSx,
https://www.peekvids.com/watch?v=Bsxrs-I_2cw, https://www.peekvids.com/watch?v=BenrM71IyUD, https://www.peekvids.com/watch?v=lIN8ZvGA6O7,
https://www.peekvids.com/watch?v=c38cBzUSD_p, https://www.peekvids.com/watch?v=3-mBm8_Bw4Z, https://www.peekvids.com/watch?v=W_BBzO6YIpV,
https://www.peekvids.com/watch?v=mX9-umWaqSM
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: MCNorco
5.b. Uploader's email address: brydenbodenail@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=MCNorco
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RghKAyfbapi, https://www.peekvids.com/watch?v=z8Q1QXSkI12,
https://www.peekvids.com/watch?v=rCmQaGf79WY, https://www.peekvids.com/watch?v=WOiOaoeeLz5, https://www.peekvids.com/watch?v=fE8rqJde2TG,
https://www.peekvids.com/watch?v=h1twA3zTI0i, https://www.peekvids.com/watch?v=TONHwf0aa5B, https://www.peekvids.com/watch?v=4zTn-Yv8WrC,
https://www.peekvids.com/watch?v=HUqP_0BSW7t, https://www.peekvids.com/watch?v=H7J00oDjp7E, https://www.peekvids.com/watch?v=eysj7nba5wN,
https://www.peekvids.com/watch?v=K9jIgQ05cEv, https://www.peekvids.com/watch?v=87NXy0_Cqdu, https://www.peekvids.com/watch?v=hWdQYH0WRQR,
https://www.peekvids.com/watch?v=XoILbi3k1yQ, https://www.peekvids.com/watch?v=O87dbfEShLv, https://www.peekvids.com/watch?v=QFJRYc5TkCK,
https://www.peekvids.com/watch?v=X6P008SrYMd, https://www.peekvids.com/watch?v=KmFGwqtzbTm, https://www.peekvids.com/watch?v=whFFQNiUcaA,
https://www.peekvids.com/watch?v=pPzdK7-pvOI, https://www.peekvids.com/watch?v=3XKebw_J2rl, https://www.peekvids.com/watch?v=Xtrrxnd67w2,
https://www.peekvids.com/watch?v=YfSIHEUhLMb, https://www.peekvids.com/watch?v=nokHnsI3_Bi, https://www.peekvids.com/watch?v=56d4V_I2wyv,
https://www.peekvids.com/watch?v=Pe-9o8l1UFC, https://www.peekvids.com/watch?v=ZhcbFESckux, https://www.peekvids.com/watch?v=CSbLU0gaAPR,
https://www.peekvids.com/watch?v=kjuUcHe34Ns, https://www.peekvids.com/watch?v=2HZYoSAgh9F, https://www.peekvids.com/watch?v=K7NYkHJRvbp,
https://www.peekvids.com/watch?v=ektmKClg0Tj, https://www.peekvids.com/watch?v=5-TReQXnO7p, https://www.peekvids.com/watch?v=aha68UsQccL,
https://www.peekvids.com/watch?v=H0rHPgKJLtB, https://www.peekvids.com/watch?v=Tok_BYuJRww, https://www.peekvids.com/watch?v=yaBN1G4o0JP,
https://www.peekvids.com/watch?v=CAvOQ2BBDOt, https://www.peekvids.com/watch?v=AYii0GZA2ZL, https://www.peekvids.com/watch?v=3Tbltme6qCv,

https://www.peekvids.com/watch?v=UmQPdq2Rq_N, https://www.peekvids.com/watch?v=KAc_tpRbKnw, https://www.peekvids.com/watch?v=nYN4Pejqu3f,
https://www.peekvids.com/watch?v=unwBwIANa2k, https://www.peekvids.com/watch?v=EKLfTsP5ina, https://www.peekvids.com/watch?v=KwHH9pucs4c,
https://www.peekvids.com/watch?v=tUn2pKc93jT, https://www.peekvids.com/watch?v=Dvjh4wBPnmW, https://www.peekvids.com/watch?v=VeaewZoOW0h,
https://www.peekvids.com/watch?v=HP0C-2_i8vf, https://www.peekvids.com/watch?v=dY_Br8sML_b, https://www.peekvids.com/watch?v=4s07MVuKonX,
https://www.peekvids.com/watch?v=gYkogsRIDTc, https://www.peekvids.com/watch?v=SCaDoZs0p4h, https://www.peekvids.com/watch?v=GPp9Qd8ghTE,
https://www.peekvids.com/watch?v=4U0fP1gIo-4, https://www.peekvids.com/watch?v=eo231afUAMu, https://www.peekvids.com/watch?v=sJWzgLISUpt,
https://www.peekvids.com/watch?v=g5OWuEfdvNN, https://www.peekvids.com/watch?v=94A6ODQWANU, https://www.peekvids.com/watch?v=HcO71C8Z-iK,
https://www.peekvids.com/watch?v=UnQWdLD-tZT, https://www.peekvids.com/watch?v=5Fl-5RkFwQb, https://www.peekvids.com/watch?v=IGDpLWmgLRC,
https://www.peekvids.com/watch?v=M88w7fcxjDm, https://www.peekvids.com/watch?v=ucqjgBPddbn, https://www.peekvids.com/watch?v=H3B0nb3GOcq,
https://www.peekvids.com/watch?v=H0U4FcvKiFK, https://www.peekvids.com/watch?v=VzC5AUDgrWV, https://www.peekvids.com/watch?v=M-AAUxZk6WV,
https://www.peekvids.com/watch?v=xstLXFMP_MR, https://www.peekvids.com/watch?v=JhFjwoJbk8j, https://www.peekvids.com/watch?v=jg8IRpQ7K8B,
https://www.peekvids.com/watch?v=nDrYzadd-re, https://www.peekvids.com/watch?v=MDqoK5cOgaf, https://www.peekvids.com/watch?v=QlcWxs8ddTx,
https://www.peekvids.com/watch?v=6hOtlnNFyCC, https://www.peekvids.com/watch?v=ES5RD_l6VAR, https://www.peekvids.com/watch?v=DPN1JuJdL3r,
https://www.peekvids.com/watch?v=nY4gIMHQkpO, https://www.peekvids.com/watch?v=uBQm483NicU, https://www.peekvids.com/watch?v=hun1u35HK-M
5.f. Date of third notice: 2015-08-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mebelcity
5.b. Uploader's email address: asusnikkonolar@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mebelcity
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zdDP5UpmCwY, https://www.peekvids.com/watch?v=f9N_zZEtOTk,
https://www.peekvids.com/watch?v=tU1BzUEjNsP, https://www.peekvids.com/watch?v=Pr9cjwn0ZMW, https://www.peekvids.com/watch?v=SmPzGP7EL7K,
https://www.peekvids.com/watch?v=h_nWkGFyBbl, https://www.peekvids.com/watch?v=Ng2wOLQ3jhc, https://www.peekvids.com/watch?v=JhvJDABQ1qp,
https://www.peekvids.com/watch?v=A-wqoB5gV5m, https://www.peekvids.com/watch?v=bz3H_D4sNba, https://www.peekvids.com/watch?v=I8aapGAo2hD,
https://www.peekvids.com/watch?v=WCvjNWwzM1c, https://www.peekvids.com/watch?v=Zw0--SeFfqD, https://www.peekvids.com/watch?v=BvFJOcYTuwZ,
https://www.peekvids.com/watch?v=APdKvCT_pZD, https://www.peekvids.com/watch?v=QwgM1yUig9S, https://www.peekvids.com/watch?v=xUnul0BiD6c,
https://www.peekvids.com/watch?v=yjMT72z5c2b, https://www.peekvids.com/watch?v=0OsVlJ1qD8P, https://www.peekvids.com/watch?v=00xPzuvUn_h,
https://www.peekvids.com/watch?v=CYiSUnCLxgE, https://www.peekvids.com/watch?v=5-VA6NZHUMN, https://www.peekvids.com/watch?v=I7XCOKAvy_S,
https://www.peekvids.com/watch?v=BKjvp9G7p50, https://www.peekvids.com/watch?v=exoIZxjjzWg, https://www.peekvids.com/watch?v=n_OAxXl3o0B,
https://www.peekvids.com/watch?v=TYC5jabsAHf, https://www.peekvids.com/watch?v=k8RihPeM849, https://www.peekvids.com/watch?v=GQ3VyfUb8iR,
https://www.peekvids.com/watch?v=A3IULxJPulH, https://www.peekvids.com/watch?v=5vb66lrRKVy, https://www.peekvids.com/watch?v=bkO9KcDgVeS,
https://www.peekvids.com/watch?v=u51DSGADXkh, https://www.peekvids.com/watch?v=5PC1Rv0VWIr, https://www.peekvids.com/watch?v=C0n6iEKE8lP,
https://www.peekvids.com/watch?v=LF0sC7EbmEK, https://www.peekvids.com/watch?v=h8dytPHrD72, https://www.peekvids.com/watch?v=BWcFfBYZCEr,
https://www.peekvids.com/watch?v=PUblS2r4zFy, https://www.peekvids.com/watch?v=LcciAign2Q2, https://www.peekvids.com/watch?v=rtXwP3xuVUF,
https://www.peekvids.com/watch?v=L4OyVCpKZmh, https://www.peekvids.com/watch?v=pzvoOp9Pr0u, https://www.peekvids.com/watch?v=3y_n0BrmwJ6,
https://www.peekvids.com/watch?v=4kfA-SiHH3h, https://www.peekvids.com/watch?v=ceMs1m0Cpep, https://www.peekvids.com/watch?v=7ujpF_dKovh,
https://www.peekvids.com/watch?v=r2PBXqqqrzx, https://www.peekvids.com/watch?v=OUBqAofuHvV, https://www.peekvids.com/watch?v=4U4T6gPZRNf,
https://www.peekvids.com/watch?v=tJTnqs81SFb, https://www.peekvids.com/watch?v=xSqHPJ5CrlQ, https://www.peekvids.com/watch?v=BKd7Yc1RQwE,
https://www.peekvids.com/watch?v=nuIz482mHGP, https://www.peekvids.com/watch?v=PlCau6r48ay, https://www.peekvids.com/watch?v=dzX_6ENmCPB,
https://www.peekvids.com/watch?v=4C9gLHL6CMl, https://www.peekvids.com/watch?v=4eT0-Q0l5KR, https://www.peekvids.com/watch?v=eLpWbSbQCTV,
https://www.peekvids.com/watch?v=L-Lb__PUA8k, https://www.peekvids.com/watch?v=mTMQz_7fFp3, https://www.peekvids.com/watch?v=B6JIzYAVUnn,
https://www.peekvids.com/watch?v=a51rEnE7M_2, https://www.peekvids.com/watch?v=Uw8Glb4YQ-q, https://www.peekvids.com/watch?v=RLzXnbbzmhy,
https://www.peekvids.com/watch?v=9Y4irNIA8Lt, https://www.peekvids.com/watch?v=CFwjbe5cqMk, https://www.peekvids.com/watch?v=WGGNko4vjXg,
https://www.peekvids.com/watch?v=zyW8M-Ne97o, https://www.peekvids.com/watch?v=yEXA39HrhYC, https://www.peekvids.com/watch?v=7a_-wy_ys5J,
https://www.peekvids.com/watch?v=cmYBGi5sznn, https://www.peekvids.com/watch?v=0_dn9qIO8ZW, https://www.peekvids.com/watch?v=n9lEpVKh3fm,
https://www.peekvids.com/watch?v=YRX1WjEEkRG, https://www.peekvids.com/watch?v=Aoo3xYSoZwN, https://www.peekvids.com/watch?v=Gr7vBfxFdbY,
https://www.peekvids.com/watch?v=t5wAMLukw9E, https://www.peekvids.com/watch?v=RZESIPgo6gA, https://www.peekvids.com/watch?v=m4ZJIssCiGd,
https://www.peekvids.com/watch?v=Ona4z1Ru7-d, https://www.peekvids.com/watch?v=JkmDlmAX_A7, https://www.peekvids.com/watch?v=Jv9-4HEU-rU,
https://www.peekvids.com/watch?v=In4pXnMFYeC, https://www.peekvids.com/watch?v=enb2XYpFZAu, https://www.peekvids.com/watch?v=MG2XTCjNFMT,
https://www.peekvids.com/watch?v=owrFNuJft5f, https://www.peekvids.com/watch?v=cChD84mxAKw, https://www.peekvids.com/watch?v=TovNDfh7tGp,
https://www.peekvids.com/watch?v=4EaCSaLrOmq, https://www.peekvids.com/watch?v=WC6-G8iNk0P, https://www.peekvids.com/watch?v=mYLUuz4lofg,
https://www.peekvids.com/watch?v=WtTvxMjVqCB, https://www.peekvids.com/watch?v=lYLAPsGI8c8, https://www.peekvids.com/watch?v=246Ib3L6WrJ,
https://www.peekvids.com/watch?v=mkRf9Ruad6C, https://www.peekvids.com/watch?v=Onh48A7bV-S, https://www.peekvids.com/watch?v=hCiJqWLPTXy,
https://www.peekvids.com/watch?v=4_AvwFSEfxz, https://www.peekvids.com/watch?v=cNP08xG2ZbW, https://www.peekvids.com/watch?v=n2GWxGHFxqE,
https://www.peekvids.com/watch?v=p0sGlugTmXk, https://www.peekvids.com/watch?v=SqNKELJVvlm, https://www.peekvids.com/watch?v=EHy5zbxAMXr,
https://www.peekvids.com/watch?v=DFwv9sdiGRd, https://www.peekvids.com/watch?v=7F6mSAl5bXE, https://www.peekvids.com/watch?v=Qx6arTed2dE,
https://www.peekvids.com/watch?v=JTC1qQ4Kmts, https://www.peekvids.com/watch?v=MVnwZQejFxQ, https://www.peekvids.com/watch?v=Jr7xta4LLQV,
https://www.peekvids.com/watch?v=E26rBZB-YBH, https://www.peekvids.com/watch?v=C1Pwz1PT-L6, https://www.peekvids.com/watch?v=jnFGcbIqsgu,
https://www.peekvids.com/watch?v=ixE-_58HgON, https://www.peekvids.com/watch?v=sLSExAPb_4p, https://www.peekvids.com/watch?v=rru7O_I4kj0,
https://www.peekvids.com/watch?v=ujXu1ntrahi, https://www.peekvids.com/watch?v=2bjMoy65fWN, https://www.peekvids.com/watch?v=cZ8gdvCPMZZ,
https://www.peekvids.com/watch?v=BmnejU8eHdg, https://www.peekvids.com/watch?v=81uGcFvcz1V, https://www.peekvids.com/watch?v=DErhrjBxzNr,
https://www.peekvids.com/watch?v=adolerObjM6, https://www.peekvids.com/watch?v=zk_9U4M2xHt, https://www.peekvids.com/watch?v=TAG3kkdsog5,
https://www.peekvids.com/watch?v=rrVYDwYIgUc, https://www.peekvids.com/watch?v=CqAbP5SA4yK
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: miabigtits
5.b. Uploader's email address: miakhalifapresent@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=miabigtits
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=9Q1PaI4zfLE, https://www.peekvids.com/watch?v=aBABcPlWIY9,
https://www.peekvids.com/watch?v=DudGVQy7dXU, https://www.peekvids.com/watch?v=x_4oqxSzgNe, https://www.peekvids.com/watch?v=C9my3EqXayN,
https://www.peekvids.com/watch?v=yMJypOcYggQ, https://www.peekvids.com/watch?v=eruikcHkqjp, https://www.peekvids.com/watch?v=EZyzzptzpws,
https://www.peekvids.com/watch?v=k1Ml1Re5-3U, https://www.peekvids.com/watch?v=E3DhOfxLa9w, https://www.peekvids.com/watch?v=I-_PV54_nbU,
https://www.peekvids.com/watch?v=r38CfXS4eWQ, https://www.peekvids.com/watch?v=gpA8EmxVDUu, https://www.peekvids.com/watch?v=J0thTKo2h9v,
https://www.peekvids.com/watch?v=Al_Ur7J6fHj, https://www.peekvids.com/watch?v=ceUn14x23gI, https://www.peekvids.com/watch?v=3arn90M48nz,
https://www.peekvids.com/watch?v=IQw8uI8IObg, https://www.peekvids.com/watch?v=M16Jy0gVKo7, https://www.peekvids.com/watch?v=nLe-PorcCdS,
https://www.peekvids.com/watch?v=5P-HGX8fwl9, https://www.peekvids.com/watch?v=nVqBbdMWVTH, https://www.peekvids.com/watch?v=WOyFGmUi8iT,
https://www.peekvids.com/watch?v=0CZSZO4o8Co, https://www.peekvids.com/watch?v=Q1am9nI1-mA, https://www.peekvids.com/watch?v=fYEINL4UHms,
https://www.peekvids.com/watch?v=Pbszh6YevJR, https://www.peekvids.com/watch?v=FMLO4WYpZaR, https://www.peekvids.com/watch?v=EFUHPO-i4dR,
https://www.peekvids.com/watch?v=5mL27qQ046r, https://www.peekvids.com/watch?v=KkyzX6A5C3H, https://www.peekvids.com/watch?v=NyeP0nmUksI,
https://www.peekvids.com/watch?v=iYU9Uj91vuM, https://www.peekvids.com/watch?v=GyJW1ROFVTH, https://www.peekvids.com/watch?v=Wta_heEjWSG,
https://www.peekvids.com/watch?v=rrsdOAYja3h, https://www.peekvids.com/watch?v=uGgz_LkP9aS, https://www.peekvids.com/watch?v=nCKp1_XRAQ9,
https://www.peekvids.com/watch?v=8Sksf9tyOKM, https://www.peekvids.com/watch?v=sRXDo5zsE6m, https://www.peekvids.com/watch?v=nebTkupCHvP,
https://www.peekvids.com/watch?v=wvu1XOJYYNO, https://www.peekvids.com/watch?v=o88T_APComO, https://www.peekvids.com/watch?v=JTATAJ3TglS,
https://www.peekvids.com/watch?v=Yqiq0h7ATEx, https://www.peekvids.com/watch?v=qYf10VudH44, https://www.peekvids.com/watch?v=ica1D46v6bV,
https://www.peekvids.com/watch?v=BJijaVCGYCS, https://www.peekvids.com/watch?v=lJ1SVSN4Nle, https://www.peekvids.com/watch?v=UDMopOVriui,
https://www.peekvids.com/watch?v=pxKt5biwfGP, https://www.peekvids.com/watch?v=e6hZFyBIBE8, https://www.peekvids.com/watch?v=nkGK4pe7q-p
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: micori
5.b. Uploader's email address: rodebrave@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=micori
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=tbtFuxjLxgO, https://www.peekvids.com/watch?v=ZlTdX7eO0aL,
https://www.peekvids.com/watch?v=P8ZyQOWi0lH, https://www.peekvids.com/watch?v=6PCfcJmcJ9l, https://www.peekvids.com/watch?v=ilMTspGGtuZ,
https://www.peekvids.com/watch?v=wpmJCxtr0dA, https://www.peekvids.com/watch?v=QUHzw0V3iHr, https://www.peekvids.com/watch?v=CbkLirRfBHn,
https://www.peekvids.com/watch?v=nbkHjfxk4fw, https://www.peekvids.com/watch?v=n3BC7Rg6joZ, https://www.peekvids.com/watch?v=iUUm5_7cENC,
https://www.peekvids.com/watch?v=JsRxSKM2WRj, https://www.peekvids.com/watch?v=leUt1LbbRaa, https://www.peekvids.com/watch?v=Jj4qHUvIXuH,
https://www.peekvids.com/watch?v=j_Y1J7RwcOM, https://www.peekvids.com/watch?v=TwbkMf4SwH2, https://www.peekvids.com/watch?v=XEb_a8EcUYC,
https://www.peekvids.com/watch?v=EI0Vwnx5l4l, https://www.peekvids.com/watch?v=bHrKSkM9XOu, https://www.peekvids.com/watch?v=8dosJFuWWSB,
https://www.peekvids.com/watch?v=q3kJA_uyL1m, https://www.peekvids.com/watch?v=CuksepV16Bg, https://www.peekvids.com/watch?v=09uke1__53M,
https://www.peekvids.com/watch?v=cE6vWqeEvDg, https://www.peekvids.com/watch?v=N9fs4Tf9pZK, https://www.peekvids.com/watch?v=dM8YMYe3SgU,
https://www.peekvids.com/watch?v=3lAMgIYDEFQ, https://www.peekvids.com/watch?v=X593peA5-V5, https://www.peekvids.com/watch?v=ax8ZsEhiXXZ,
https://www.peekvids.com/watch?v=knx3LNOuA4L, https://www.peekvids.com/watch?v=CLh-f4AzVBJ, https://www.peekvids.com/watch?v=E3KTytR5NDg,
https://www.peekvids.com/watch?v=tll3cPuD1er, https://www.peekvids.com/watch?v=YTfyobkyE8E
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: minskbel
5.b. Uploader's email address: beliibeliy@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=minskbel
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ESFjlbE0eRP, https://www.peekvids.com/watch?v=qlqHcrzjyhh,
https://www.peekvids.com/watch?v=s4UcZXS_QY9, https://www.peekvids.com/watch?v=jSkSNjv13n9, https://www.peekvids.com/watch?v=ydJkZV3dG8e,
https://www.peekvids.com/watch?v=yIIpXlMDmkP, https://www.peekvids.com/watch?v=4jM4UgnHjB2, https://www.peekvids.com/watch?v=u3DzNMQyQeS,
https://www.peekvids.com/watch?v=WSh-BrPMWzE, https://www.peekvids.com/watch?v=QUxAQctEDrc, https://www.peekvids.com/watch?v=BADAyDQ6MiR,
https://www.peekvids.com/watch?v=Pvaq87y-5AF, https://www.peekvids.com/watch?v=J1P8enH0HqE, https://www.peekvids.com/watch?v=Ic9CxflV9ct,
https://www.peekvids.com/watch?v=KiF7r9zExsm, https://www.peekvids.com/watch?v=Ho8pipOP8eu, https://www.peekvids.com/watch?v=di8Bt2TvoMf,
https://www.peekvids.com/watch?v=8faeVvWRisY, https://www.peekvids.com/watch?v=Nu52-8TXmgi, https://www.peekvids.com/watch?v=caijuKrKFCn,
https://www.peekvids.com/watch?v=UzAPNj7fKPD, https://www.peekvids.com/watch?v=3N2ZFa4Zgm2, https://www.peekvids.com/watch?v=ENS2b0ma30t,
https://www.peekvids.com/watch?v=5cp149WogCs, https://www.peekvids.com/watch?v=h6iu3H-tEqe, https://www.peekvids.com/watch?v=4I3rMrVbsvV,
https://www.peekvids.com/watch?v=cl84RTwvuJO, https://www.peekvids.com/watch?v=z6H4_7bK4Ts, https://www.peekvids.com/watch?v=cez8hdWakbK,
https://www.peekvids.com/watch?v=MtNshsFq-_e, https://www.peekvids.com/watch?v=li7pHC-Xbyk, https://www.peekvids.com/watch?v=Dr-G34dGuF8,
https://www.peekvids.com/watch?v=0_-EyEhMpgo, https://www.peekvids.com/watch?v=4zOCAWeZaMw, https://www.peekvids.com/watch?v=rzkoWrmnd8B,
https://www.peekvids.com/watch?v=FGnOE-7hjTY, https://www.peekvids.com/watch?v=zJBCqVg5tF4, https://www.peekvids.com/watch?v=PLappn3Vd0W,
https://www.peekvids.com/watch?v=iKCtlitvmZL, https://www.peekvids.com/watch?v=60pM1okkI4Q, https://www.peekvids.com/watch?v=DCozo6yl3T7,
https://www.peekvids.com/watch?v=5kOJr2N3zCw, https://www.peekvids.com/watch?v=oy66FPlwZEm, https://www.peekvids.com/watch?v=UYdqjWb5VwZ,
https://www.peekvids.com/watch?v=sEYTSMZ25nw, https://www.peekvids.com/watch?v=PJPb0HPGgxb, https://www.peekvids.com/watch?v=WNOBWjaeUsr,
https://www.peekvids.com/watch?v=hf95itQWtYt, https://www.peekvids.com/watch?v=SLQudauQgI7, https://www.peekvids.com/watch?v=YPhTcUc3ng6,
https://www.peekvids.com/watch?v=3fvfrKqA6qv, https://www.peekvids.com/watch?v=td68nCRFOZH, https://www.peekvids.com/watch?v=3suNT3HBdJt,
https://www.peekvids.com/watch?v=o7egBpZjL4O, https://www.peekvids.com/watch?v=q9Q5ZykxLJP, https://www.peekvids.com/watch?v=YeV-Nqw6ZHT,
https://www.peekvids.com/watch?v=oIz2t97lrhm, https://www.peekvids.com/watch?v=G9fezZhfgxy, https://www.peekvids.com/watch?v=i6hpL0Xbehm,
https://www.peekvids.com/watch?v=NVtVvT8wp2E, https://www.peekvids.com/watch?v=FumEmxprFbK, https://www.peekvids.com/watch?v=VedEm2Ukl7c,
https://www.peekvids.com/watch?v=Vrl2e2JuR6q, https://www.peekvids.com/watch?v=HD8nqBFJEGd, https://www.peekvids.com/watch?v=JEVKn6RcaGq,
https://www.peekvids.com/watch?v=TQrlyWGwsp7, https://www.peekvids.com/watch?v=vjpJ6Qz006z, https://www.peekvids.com/watch?v=JHZ9-Np90aG,
https://www.peekvids.com/watch?v=jcTsiMvB84P, https://www.peekvids.com/watch?v=d2zcXur1qWv, https://www.peekvids.com/watch?v=xh3XLuD86Np,
https://www.peekvids.com/watch?v=umSsMy_uK5R, https://www.peekvids.com/watch?v=ETmrV2PpVtU, https://www.peekvids.com/watch?v=2glL3x3b4pJ,

https://www.peekvids.com/watch?v=99v2cQflCmC, https://www.peekvids.com/watch?v=s0O6tCyh6yz, https://www.peekvids.com/watch?v=Q_48qhzSeFk,
https://www.peekvids.com/watch?v=yRxm8yR6FGd, https://www.peekvids.com/watch?v=YVPwZ-ctT_s
5.f. Date of third notice: 2015-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: minutka
5.b. Uploader's email address: bikinimini800@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=minutka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DTWTAs3gYGT, https://www.peekvids.com/watch?v=4CbQYroWhyh,
https://www.peekvids.com/watch?v=yKXklI8KO2L, https://www.peekvids.com/watch?v=OIGTDbRuUjJ, https://www.peekvids.com/watch?v=GWafegFR0cQ,
https://www.peekvids.com/watch?v=64r3oSQeqzb, https://www.peekvids.com/watch?v=R0-5zjYPx5e, https://www.peekvids.com/watch?v=zFDx7NF7YaD,
https://www.peekvids.com/watch?v=YJ7N52e1ahD, https://www.peekvids.com/watch?v=sFigTOPZ88L, https://www.peekvids.com/watch?v=Ic2mMnXjIFc,
https://www.peekvids.com/watch?v=n1IVw2Tff8k, https://www.peekvids.com/watch?v=Ph98VyRgGQO, https://www.peekvids.com/watch?v=s2FPISOEqrK,
https://www.peekvids.com/watch?v=OH2xTgnvi0v, https://www.peekvids.com/watch?v=UftNvVNUXHD, https://www.peekvids.com/watch?v=Ea_hqQ6JyG0,
https://www.peekvids.com/watch?v=LNeKKBqWcbv, https://www.peekvids.com/watch?v=co3v0o62M3j, https://www.peekvids.com/watch?v=Kslk8FQLfPW,
https://www.peekvids.com/watch?v=DK9-UiwpE8H, https://www.peekvids.com/watch?v=8R-ZLP7pwNH, https://www.peekvids.com/watch?v=ZoZQ6Iuiri8,
https://www.peekvids.com/watch?v=HxwQmfSmQar, https://www.peekvids.com/watch?v=mJrh5QmCFyH, https://www.peekvids.com/watch?v=rzwFsrhaR12,
https://www.peekvids.com/watch?v=uvOkPYie53Y, https://www.peekvids.com/watch?v=Ur2e7UJANLY, https://www.peekvids.com/watch?v=H1DoDHyMKY8,
https://www.peekvids.com/watch?v=2Clhg7FUi0X, https://www.peekvids.com/watch?v=LzsLyFvTRT5, https://www.peekvids.com/watch?v=vXaKeK8O098,
https://www.peekvids.com/watch?v=RiLXtiRbSXu, https://www.peekvids.com/watch?v=cxYPoJ2Jj4y, https://www.peekvids.com/watch?v=TYy_3VB2n1r,
https://www.peekvids.com/watch?v=faf7N9_WGRy, https://www.peekvids.com/watch?v=3CtMSCrvr5R, https://www.peekvids.com/watch?v=r-ii3IhCUNq,
https://www.peekvids.com/watch?v=h1VFKedWGk6, https://www.peekvids.com/watch?v=u5xaixYXZaz, https://www.peekvids.com/watch?v=2Rwo0dXdLFO,
https://www.peekvids.com/watch?v=q0FQXG_ysYI, https://www.peekvids.com/watch?v=cvmJHqHxV6j, https://www.peekvids.com/watch?v=ruOBS8DL3zZ,
https://www.peekvids.com/watch?v=xGVpDqdfeQJ, https://www.peekvids.com/watch?v=3gBB1MPRhk7, https://www.peekvids.com/watch?v=m2knno-B78Y,
https://www.peekvids.com/watch?v=om69al7BhUn, https://www.peekvids.com/watch?v=CQOaYvLw-eC, https://www.peekvids.com/watch?v=al94t6vPVP7,
https://www.peekvids.com/watch?v=698M6-P5Gs0, https://www.peekvids.com/watch?v=OdpUwgmeExT, https://www.peekvids.com/watch?v=kSANFmrF5eW,
https://www.peekvids.com/watch?v=PyNF5zLPGi5, https://www.peekvids.com/watch?v=gzkZ1ypiQww, https://www.peekvids.com/watch?v=hjyb2Fb3i8B,
https://www.peekvids.com/watch?v=J2YOc-4i0sY, https://www.peekvids.com/watch?v=vcGwME3h6XV, https://www.peekvids.com/watch?v=QTIZjqqvTul,
https://www.peekvids.com/watch?v=7Bb1gUD5_hV, https://www.peekvids.com/watch?v=SDO0qhL_fPo, https://www.peekvids.com/watch?v=nOznM_4ro8l,
https://www.peekvids.com/watch?v=MGvCAXc0YJX, https://www.peekvids.com/watch?v=btWeJ7lAKee, https://www.peekvids.com/watch?v=DgaBbI6B0V3,
https://www.peekvids.com/watch?v=D29IA5LR8Bi, https://www.peekvids.com/watch?v=xUMBvbCsMol, https://www.peekvids.com/watch?v=zY5xj60YIwA,
https://www.peekvids.com/watch?v=Qfnghw21jxK, https://www.peekvids.com/watch?v=Xkf74tjAc2I, https://www.peekvids.com/watch?v=JYgJqNhl4Qp,
https://www.peekvids.com/watch?v=osnxi17gdtz, https://www.peekvids.com/watch?v=uH1YgfKt-wp, https://www.peekvids.com/watch?v=2Z7lWwBj5_G,
https://www.peekvids.com/watch?v=Zd_do4N0MqC, https://www.peekvids.com/watch?v=zWg_SHnbe_A, https://www.peekvids.com/watch?v=9jD6krIIxJz,
https://www.peekvids.com/watch?v=ri-RFy1vo7w, https://www.peekvids.com/watch?v=3imQpd0BIZQ, https://www.peekvids.com/watch?v=ot2Cp1zIlvs,
https://www.peekvids.com/watch?v=FXU-oMnsVLw, https://www.peekvids.com/watch?v=3kBiNy6Wp9o, https://www.peekvids.com/watch?v=rOZqtlnkuB3,
https://www.peekvids.com/watch?v=h831ljfFH43, https://www.peekvids.com/watch?v=Cyq4eMCFcCi, https://www.peekvids.com/watch?v=FR8ekh6ts4B,
https://www.peekvids.com/watch?v=iTHVxUtM98u, https://www.peekvids.com/watch?v=ndZHKAkJxzb, https://www.peekvids.com/watch?v=K3u1HI6u3j3,
https://www.peekvids.com/watch?v=LmXi22OXIVg, https://www.peekvids.com/watch?v=BS6jD6pzwxS, https://www.peekvids.com/watch?v=UE8yOnWAOyB,
https://www.peekvids.com/watch?v=u8Gl7q471cP, https://www.peekvids.com/watch?v=svbh0lCkwzE, https://www.peekvids.com/watch?v=f-OrjQhwXfL,
https://www.peekvids.com/watch?v=cTSTLFCZOhL, https://www.peekvids.com/watch?v=fGzraXUdwOg, https://www.peekvids.com/watch?v=XcmutEgU1n9,
https://www.peekvids.com/watch?v=LQ7NvXmHnr4, https://www.peekvids.com/watch?v=3m8aWMVdUIN, https://www.peekvids.com/watch?v=p5FKuFFNGLu,
https://www.peekvids.com/watch?v=sH4LqtMl5KH
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mordehai
5.b. Uploader's email address: mirrorf7ll@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mordehai
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XjmkZDe-g9-, https://www.peekvids.com/watch?v=eR7qOOH7Gc5,
https://www.peekvids.com/watch?v=98PuMI-CTKx, https://www.peekvids.com/watch?v=3S3AcH2m0UJ, https://www.peekvids.com/watch?v=dhvzfOd7ZWd,
https://www.peekvids.com/watch?v=rrPs7ZrgGeu, https://www.peekvids.com/watch?v=WyaSkVUquzQ, https://www.peekvids.com/watch?v=WQRjD2opDxC,
https://www.peekvids.com/watch?v=0cEARARJJWk, https://www.peekvids.com/watch?v=Zs5kvsWoZUC, https://www.peekvids.com/watch?v=nj8vTHNVz2V,
https://www.peekvids.com/watch?v=lipEWnMWZTG, https://www.peekvids.com/watch?v=UV2StLRiMl8, https://www.peekvids.com/watch?v=xwDazRP73i-,
https://www.peekvids.com/watch?v=2MUJStL0Zaw, https://www.peekvids.com/watch?v=I9a-3FB0jwx, https://www.peekvids.com/watch?v=8MPsTvdpcQa,
https://www.peekvids.com/watch?v=5P9GUQsqnx5, https://www.peekvids.com/watch?v=eoiOJWWjhZF, https://www.peekvids.com/watch?v=BhEIDm74ir0,
https://www.peekvids.com/watch?v=iPnwiPPdYVm, https://www.peekvids.com/watch?v=cOLRYWmzS5v, https://www.peekvids.com/watch?v=ba83ut5cqWe,
https://www.peekvids.com/watch?v=rn2EMBDHgr5, https://www.peekvids.com/watch?v=bgNSqCp02RN, https://www.peekvids.com/watch?v=p9dGeJLzYiX,
https://www.peekvids.com/watch?v=XAF036GChya, https://www.peekvids.com/watch?v=YX3kzoj64de, https://www.peekvids.com/watch?v=mb0zmshU3U0,
https://www.peekvids.com/watch?v=AGWaRdodW5F, https://www.peekvids.com/watch?v=D5CwEPqeCQo, https://www.peekvids.com/watch?v=fIQnNtQeNWF,
https://www.peekvids.com/watch?v=0aInS9pONZs, https://www.peekvids.com/watch?v=W667bddZSAz, https://www.peekvids.com/watch?v=sCy6AOoUx6E,
https://www.peekvids.com/watch?v=fYSShBFL6cA, https://www.peekvids.com/watch?v=fk2ZWNnirN0, https://www.peekvids.com/watch?v=NGNw-pLIisq,
https://www.peekvids.com/watch?v=iovK2rQxXap, https://www.peekvids.com/watch?v=liYZMuAjt9I, https://www.peekvids.com/watch?v=tjObrXSwJkG,
https://www.peekvids.com/watch?v=6CoE5PqEPen, https://www.peekvids.com/watch?v=Km9u5hluld-, https://www.peekvids.com/watch?v=M3oxsgjPUbZ,
https://www.peekvids.com/watch?v=F46OPebAiB4, https://www.peekvids.com/watch?v=rN2LFu7kgXO, https://www.peekvids.com/watch?v=zgPhpssmBAf,
https://www.peekvids.com/watch?v=WOUxtANc5Cz, https://www.peekvids.com/watch?v=KIBUYtBh57C, https://www.peekvids.com/watch?v=YEu4DHqYKSy,
https://www.peekvids.com/watch?v=Kbqmwk9hBAa, https://www.peekvids.com/watch?v=9q9LmRckrvq, https://www.peekvids.com/watch?v=GPn3SC5yCiQ,
https://www.peekvids.com/watch?v=ae8VF2pmqo2, https://www.peekvids.com/watch?v=9SV2BQ0jWxd, https://www.peekvids.com/watch?v=XGb62LDXpxc,
https://www.peekvids.com/watch?v=3rDILuhhSNn, https://www.peekvids.com/watch?v=x5-i0vzPhkM, https://www.peekvids.com/watch?v=4Rlr07rWWFM,
https://www.peekvids.com/watch?v=WIo0IvZHQsZ, https://www.peekvids.com/watch?v=czjV0JeJcse, https://www.peekvids.com/watch?v=SZkmKW-kCyW,
https://www.peekvids.com/watch?v=UtEym8BstAv, https://www.peekvids.com/watch?v=rJNzWIhGBOE, https://www.peekvids.com/watch?v=28kx9MfNDuD,
https://www.peekvids.com/watch?v=z8rP5nNTnhQ, https://www.peekvids.com/watch?v=ooQeuQLRTBb, https://www.peekvids.com/watch?v=kxYDjSUshtw,
https://www.peekvids.com/watch?v=DjlFCHp6A4Z, https://www.peekvids.com/watch?v=MJUboYLC-Yb, https://www.peekvids.com/watch?v=lgsgkoNx-a3,
https://www.peekvids.com/watch?v=dUHRK9m4Gt6, https://www.peekvids.com/watch?v=oVvy3idwsYa, https://www.peekvids.com/watch?v=gyFZFqVU9Ti,
https://www.peekvids.com/watch?v=7kD9jZVvStS, https://www.peekvids.com/watch?v=k7IkZ85SU0Z, https://www.peekvids.com/watch?v=wSB3yLt8Rfq,
https://www.peekvids.com/watch?v=W66oWfKjoR-, https://www.peekvids.com/watch?v=PWUNRG04bET, https://www.peekvids.com/watch?v=syR-j5ps4bg,
https://www.peekvids.com/watch?v=Pstu7WdX5JA, https://www.peekvids.com/watch?v=25N9ar922bD, https://www.peekvids.com/watch?v=fGzmQw8pXHJ,
https://www.peekvids.com/watch?v=oPf3-a5mvX2, https://www.peekvids.com/watch?v=nB6QEo2GQrO, https://www.peekvids.com/watch?v=ushrjFDmeKB,
https://www.peekvids.com/watch?v=4MA9j69vYGF, https://www.peekvids.com/watch?v=jbeSlkazHkx, https://www.peekvids.com/watch?v=7RVpHY7GAWP,
https://www.peekvids.com/watch?v=z9Zxsm5p30T, https://www.peekvids.com/watch?v=270zLHlLrtp, https://www.peekvids.com/watch?v=6GVPwp6Muqn,
https://www.peekvids.com/watch?v=A5rdiAuVqB3, https://www.peekvids.com/watch?v=qw6eJ7jkM2p, https://www.peekvids.com/watch?v=5SysWdQkjbS,
https://www.peekvids.com/watch?v=0eVdtAirXD0, https://www.peekvids.com/watch?v=qyQHjAG3JKg, https://www.peekvids.com/watch?v=D3TGSsEhh8y,
https://www.peekvids.com/watch?v=pMXE75tW8D6, https://www.peekvids.com/watch?v=5gL2Gv3BKz3, https://www.peekvids.com/watch?v=HJbQUP6rsgS,
https://www.peekvids.com/watch?v=3tKaU4ZPw3t, https://www.peekvids.com/watch?v=G7o-na0ahA-, https://www.peekvids.com/watch?v=NnXgmHSMidA,
https://www.peekvids.com/watch?v=zhIYLa6AgmW, https://www.peekvids.com/watch?v=q8HI0IOIsXp, https://www.peekvids.com/watch?v=WfdckYvf6Kd,
https://www.peekvids.com/watch?v=sOzcN6zBQ2d, https://www.peekvids.com/watch?v=hX79P9BX925, https://www.peekvids.com/watch?v=s8SfLxm2Rsf,
https://www.peekvids.com/watch?v=sXX4pKQKVg-, https://www.peekvids.com/watch?v=YxQELbKWAyT, https://www.peekvids.com/watch?v=Ow8eMgAC82G,
https://www.peekvids.com/watch?v=h54JKG6EdxA, https://www.peekvids.com/watch?v=2yonK9yj7Fb, https://www.peekvids.com/watch?v=cbUAf2-gsVj,
https://www.peekvids.com/watch?v=uFrVbL5bzyC, https://www.peekvids.com/watch?v=8weEIPW26rr, https://www.peekvids.com/watch?v=X0kBgmAx6Y8,
https://www.peekvids.com/watch?v=eO8hSxJpD5o, https://www.peekvids.com/watch?v=qjbzD-952Vc, https://www.peekvids.com/watch?v=BYOQuUMV87z,
https://www.peekvids.com/watch?v=rJB3FyPXcBX, https://www.peekvids.com/watch?v=06bjkKMQisU, https://www.peekvids.com/watch?v=3Ke25Olv-Ir,
https://www.peekvids.com/watch?v=XU7f2OXFzZl, https://www.peekvids.com/watch?v=xqNzeEi2--j, https://www.peekvids.com/watch?v=8LspxkswnXG,
https://www.peekvids.com/watch?v=7mYeyK8HfM5, https://www.peekvids.com/watch?v=I5lnXTMUgCK, https://www.peekvids.com/watch?v=uqdyLFS4Unp,
https://www.peekvids.com/watch?v=dCNFXxO6zCh, https://www.peekvids.com/watch?v=usWT5GtUTzV, https://www.peekvids.com/watch?v=-8zLIB0hzVj,
https://www.peekvids.com/watch?v=3vsNFDUsj6Z, https://www.peekvids.com/watch?v=p0fk3EIvhz-, https://www.peekvids.com/watch?v=xBiYgxIEtcK,
https://www.peekvids.com/watch?v=FgViGHQNdis, https://www.peekvids.com/watch?v=-OuLGKDh6TF, https://www.peekvids.com/watch?v=FGolI6h9zCB,
https://www.peekvids.com/watch?v=ewlDoxZedma, https://www.peekvids.com/watch?v=XqzzqGx4MVG, https://www.peekvids.com/watch?v=Olx6ccrLit8,
https://www.peekvids.com/watch?v=6JULLgvESJ4, https://www.peekvids.com/watch?v=0I0zxOqkkAN
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: morfiy
5.b. Uploader's email address: boombubledo@yahoo.it
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=morfiy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=QTvXseDYyPb, https://www.peekvids.com/watch?v=O7PkDnuIrJ5,
https://www.peekvids.com/watch?v=uRjmslPFzLW, https://www.peekvids.com/watch?v=doVz2IFU-KH, https://www.peekvids.com/watch?v=7v7sDRymg8d,
https://www.peekvids.com/watch?v=rdVKA4vQd_u, https://www.peekvids.com/watch?v=DVT4VY3bVZl, https://www.peekvids.com/watch?v=4Ew5V62Fhr2,
https://www.peekvids.com/watch?v=Uq3x-Yq2lro, https://www.peekvids.com/watch?v=wr-2gkV12WQ, https://www.peekvids.com/watch?v=v_ESFvLXk7M,
https://www.peekvids.com/watch?v=HHKIVFlXjIv, https://www.peekvids.com/watch?v=ypItZtmasVL, https://www.peekvids.com/watch?v=9Pzy_rpDPFV,
https://www.peekvids.com/watch?v=7lntP8j9n3l, https://www.peekvids.com/watch?v=8qCWgr22PL4, https://www.peekvids.com/watch?v=4JjUOP5jcRh,
https://www.peekvids.com/watch?v=rEIySq4nrdH, https://www.peekvids.com/watch?v=CdTwTXa5d78, https://www.peekvids.com/watch?v=KoHGPy_sm5k,
https://www.peekvids.com/watch?v=T8MVirAmw7A, https://www.peekvids.com/watch?v=MskTCfNR2oG, https://www.peekvids.com/watch?v=UuOosNrcef3,
https://www.peekvids.com/watch?v=JNFPHNDKaSW, https://www.peekvids.com/watch?v=iH14Vw5jNyo, https://www.peekvids.com/watch?v=I-3Z8o6mxCt,
https://www.peekvids.com/watch?v=gEqVkx8-Myj, https://www.peekvids.com/watch?v=IKqEwcGLvyr, https://www.peekvids.com/watch?v=ddjSicPp3St,
https://www.peekvids.com/watch?v=nYcyxWgvrIS, https://www.peekvids.com/watch?v=9iyigZqaA64, https://www.peekvids.com/watch?v=2UgBj-JvAeK,
https://www.peekvids.com/watch?v=0jaVSAxihOH, https://www.peekvids.com/watch?v=CqnTJrmL4yF, https://www.peekvids.com/watch?v=M3mkqny_Szz,
https://www.peekvids.com/watch?v=k-GzU_Sw_Xy, https://www.peekvids.com/watch?v=JNna0ptyVZI, https://www.peekvids.com/watch?v=YoeAIx0R10G,
https://www.peekvids.com/watch?v=PlQBKa42Jtv, https://www.peekvids.com/watch?v=2H9Kw9urRYd, https://www.peekvids.com/watch?v=70d6QjhVe2y,
https://www.peekvids.com/watch?v=forkmQqZx4q, https://www.peekvids.com/watch?v=2yHkSsum9qM, https://www.peekvids.com/watch?v=i3Ou8rKd4sN,
https://www.peekvids.com/watch?v=4wuSa0A1Fj9, https://www.peekvids.com/watch?v=dywedSm-8v3, https://www.peekvids.com/watch?v=k2M3YR2emfI,
https://www.peekvids.com/watch?v=ZuuohO5QL3p, https://www.peekvids.com/watch?v=qFmJni6bcgy, https://www.peekvids.com/watch?v=iibNdmRaNsE,
https://www.peekvids.com/watch?v=R0AnmREgYsW, https://www.peekvids.com/watch?v=7DFuDzSgS7C, https://www.peekvids.com/watch?v=0h6xYCE9SL7,
https://www.peekvids.com/watch?v=xDvtloU-vd3, https://www.peekvids.com/watch?v=P6HSJsVkcBE, https://www.peekvids.com/watch?v=VZ07bRG0KR2,
https://www.peekvids.com/watch?v=Vg6dA2aJd3B, https://www.peekvids.com/watch?v=mnzlrCwMqkE, https://www.peekvids.com/watch?v=EVW_vcNudhp,
https://www.peekvids.com/watch?v=F_7kWWbOSUJ, https://www.peekvids.com/watch?v=dL5IllHLNEZ, https://www.peekvids.com/watch?v=ib56aaM94AE,
https://www.peekvids.com/watch?v=i1UCpwuZ6aD, https://www.peekvids.com/watch?v=ACCoAwPjJ6c, https://www.peekvids.com/watch?v=TlFBYhJeWkT,
https://www.peekvids.com/watch?v=yNaE59nkhKx, https://www.peekvids.com/watch?v=5yo-cZSL7A6, https://www.peekvids.com/watch?v=KIbYfFu_Hvt,
https://www.peekvids.com/watch?v=G5pJliBLhwk, https://www.peekvids.com/watch?v=Htl5f_4soXm, https://www.peekvids.com/watch?v=NbipTVrAxIG,
https://www.peekvids.com/watch?v=QmJffqUfsEr, https://www.peekvids.com/watch?v=z-3Evkwibp3, https://www.peekvids.com/watch?v=DbqOT-SznyM,
https://www.peekvids.com/watch?v=SFjNQ3gx2U3, https://www.peekvids.com/watch?v=XxvmEKdUvgZ, https://www.peekvids.com/watch?v=w-Txy11RjsZ,
https://www.peekvids.com/watch?v=N1e1IpTmEMF, https://www.peekvids.com/watch?v=PhwRScQxN9o, https://www.peekvids.com/watch?v=zMpz3hpiALp,
https://www.peekvids.com/watch?v=qgTEOTUbbvZ, https://www.peekvids.com/watch?v=Tux7zV3D42j, https://www.peekvids.com/watch?v=TgOKAfpdtMg,
https://www.peekvids.com/watch?v=NVPoBdsTyhq, https://www.peekvids.com/watch?v=cOD9KI6kSy5, https://www.peekvids.com/watch?v=Rfst22WUf9C,
https://www.peekvids.com/watch?v=3fFCgvpZcvt, https://www.peekvids.com/watch?v=aPRAgzdMYWQ, https://www.peekvids.com/watch?v=d37HSRt5USP,
https://www.peekvids.com/watch?v=SIKbVBn05f4, https://www.peekvids.com/watch?v=OpCYiHWV1WB, https://www.peekvids.com/watch?v=r-pjJKPD-sR,
https://www.peekvids.com/watch?v=eudNZvsrCYN, https://www.peekvids.com/watch?v=qrGpYaQwCt7, https://www.peekvids.com/watch?v=dKOjaCJSp14,

https://www.peekvids.com/watch?v=isAETmJ4fcQ, https://www.peekvids.com/watch?v=TqrnNIFGng6, https://www.peekvids.com/watch?v=pZxT8WjcoeY,
https://www.peekvids.com/watch?v=3emj6LssoEa, https://www.peekvids.com/watch?v=tZfwD46MnRr, https://www.peekvids.com/watch?v=fti824Nl5YL,
https://www.peekvids.com/watch?v=dGAg-YSzX-E, https://www.peekvids.com/watch?v=LOEQxU4_djv, https://www.peekvids.com/watch?v=G3TRGTqIkEO,
https://www.peekvids.com/watch?v=M3qd5IxXOaU, https://www.peekvids.com/watch?v=l4l01FeL8Qi, https://www.peekvids.com/watch?v=QutvZOkGlBw,
https://www.peekvids.com/watch?v=4A_wcF4yArF
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrazmrazina
5.b. Uploader's email address: nellyboonka@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mrazmrazina
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=YsFjDrPAut8, https://www.peekvids.com/watch?v=EVG5BsPYWcd,
https://www.peekvids.com/watch?v=sM2SvC2G5ac, https://www.peekvids.com/watch?v=39JpwLfnB9m, https://www.peekvids.com/watch?v=qGUjIibNCtF,
https://www.peekvids.com/watch?v=J66e0_pFlu8, https://www.peekvids.com/watch?v=AlEzp94o1vl, https://www.peekvids.com/watch?v=T0N8PnHaplz,
https://www.peekvids.com/watch?v=GAoubsV1VKj, https://www.peekvids.com/watch?v=bBq8_xsIFxk, https://www.peekvids.com/watch?v=F9gn10P4LsO,
https://www.peekvids.com/watch?v=G-Na5WZSSVv, https://www.peekvids.com/watch?v=LjNcSH4cI_k, https://www.peekvids.com/watch?v=Qp9Q14GxJpJ,
https://www.peekvids.com/watch?v=eIXw0vjPBh7, https://www.peekvids.com/watch?v=MXQ8qQWVDoZ, https://www.peekvids.com/watch?v=pPI7wu31wBz,
https://www.peekvids.com/watch?v=2S2IZuGYKjR, https://www.peekvids.com/watch?v=LlbotESt77a, https://www.peekvids.com/watch?v=RLQAlX2kcnp,
https://www.peekvids.com/watch?v=n66hl6GD8pa, https://www.peekvids.com/watch?v=aV9dn_CXe9K, https://www.peekvids.com/watch?v=dh7t3mJd-1m,
https://www.peekvids.com/watch?v=fexqU2BpKUu, https://www.peekvids.com/watch?v=4OWF8Hc87Hv, https://www.peekvids.com/watch?v=eZbhVFgvqPQ,
https://www.peekvids.com/watch?v=bnPmXznInUJ, https://www.peekvids.com/watch?v=pyzTPa0s6ZP, https://www.peekvids.com/watch?v=RD2WwUHLRSu,
https://www.peekvids.com/watch?v=7GNStezZ1or, https://www.peekvids.com/watch?v=VKcWNjKAwGo, https://www.peekvids.com/watch?v=PUYc7EfmcbE,
https://www.peekvids.com/watch?v=Zzqo6tKwzx4, https://www.peekvids.com/watch?v=pLYNJfVhdFD, https://www.peekvids.com/watch?v=zvCP4ywBtD2,
https://www.peekvids.com/watch?v=yXqPbF1UEN9, https://www.peekvids.com/watch?v=fQVEqWOmjBo, https://www.peekvids.com/watch?v=TRSXH7CwBRa,
https://www.peekvids.com/watch?v=Ym4iiRgXuwH, https://www.peekvids.com/watch?v=XjiC7-_sc_Z, https://www.peekvids.com/watch?v=DkdBsdNGeD5,
https://www.peekvids.com/watch?v=qWW3tKUSKDm, https://www.peekvids.com/watch?v=ifyKsKGu0Gv, https://www.peekvids.com/watch?v=GBgq7PMkt2u,
https://www.peekvids.com/watch?v=9O-cY6O6ELi, https://www.peekvids.com/watch?v=9EVvJzLe7PA, https://www.peekvids.com/watch?v=TJONWVzC7TN,
https://www.peekvids.com/watch?v=a_CzedZSFGN, https://www.peekvids.com/watch?v=Mi4dhaNqErm, https://www.peekvids.com/watch?v=bLeoyU9dET8,
https://www.peekvids.com/watch?v=wqbqw_CwJw7, https://www.peekvids.com/watch?v=Kf6eJe7ahyu, https://www.peekvids.com/watch?v=CjmDuq7ENo8,
https://www.peekvids.com/watch?v=LlrATnHs9FA, https://www.peekvids.com/watch?v=JKwHzR7mRbi, https://www.peekvids.com/watch?v=XwscxA5Xe-H,
https://www.peekvids.com/watch?v=jqFR39y-ttL, https://www.peekvids.com/watch?v=CdI1TDK3fcw, https://www.peekvids.com/watch?v=pqCxUltco_i,
https://www.peekvids.com/watch?v=0RQ8AcdNc47, https://www.peekvids.com/watch?v=ylwH_pvBaiy, https://www.peekvids.com/watch?v=suCEIBLm9pS,
https://www.peekvids.com/watch?v=qiHATuxSqji, https://www.peekvids.com/watch?v=JbPjEYjCg8E, https://www.peekvids.com/watch?v=JKYuHCMFwBm,
https://www.peekvids.com/watch?v=hIrT0ENIRo9, https://www.peekvids.com/watch?v=trD70CRh1qK, https://www.peekvids.com/watch?v=0UhWoxDQIiz,
https://www.peekvids.com/watch?v=K9gga4hbS8w, https://www.peekvids.com/watch?v=5exaFLa0LDn, https://www.peekvids.com/watch?v=iUKh3mNK5fl,
https://www.peekvids.com/watch?v=U50wXm_uUDk, https://www.peekvids.com/watch?v=JcVEFnBw5tC, https://www.peekvids.com/watch?v=4GoIxCKncWC,
https://www.peekvids.com/watch?v=LQ_IkOh7cqO, https://www.peekvids.com/watch?v=gi0Cb9AtjVO, https://www.peekvids.com/watch?v=QSZa-EEXqg0,
https://www.peekvids.com/watch?v=gR2hkm11c7F, https://www.peekvids.com/watch?v=sM-AXMVcdQO, https://www.peekvids.com/watch?v=bhJcv-YSieZ,
https://www.peekvids.com/watch?v=H3QyAjiN9K3, https://www.peekvids.com/watch?v=Yi9cvAINyDX, https://www.peekvids.com/watch?v=k_PqDMGD4pf,
https://www.peekvids.com/watch?v=CISmpuOA5FH, https://www.peekvids.com/watch?v=LPXfFIecDz7, https://www.peekvids.com/watch?v=Vm0DBgn6F9O,
https://www.peekvids.com/watch?v=TwH-qAiUlla, https://www.peekvids.com/watch?v=mb_b0jcHEPS, https://www.peekvids.com/watch?v=gjufZWAOuPG,
https://www.peekvids.com/watch?v=l7yF4GgPcyd, https://www.peekvids.com/watch?v=ijnQYuycRla, https://www.peekvids.com/watch?v=lMRo4Astz03,
https://www.peekvids.com/watch?v=9nwiZnWWyJp, https://www.peekvids.com/watch?v=Kw_PJ4ijhYP, https://www.peekvids.com/watch?v=9-bGRuFYhA8,
https://www.peekvids.com/watch?v=nbuJAgljafz, https://www.peekvids.com/watch?v=ZLOXMXFvvUm, https://www.peekvids.com/watch?v=VTL3mUlKCyH,
https://www.peekvids.com/watch?v=NYEOs1RmnoN, https://www.peekvids.com/watch?v=twgYG8NAqgh, https://www.peekvids.com/watch?v=Rr2_QM4rKkw,
https://www.peekvids.com/watch?v=3hocifBIHVm, https://www.peekvids.com/watch?v=l8r-NNS9HUt, https://www.peekvids.com/watch?v=0KKEnkckk5Y,
https://www.peekvids.com/watch?v=mpbZy9W-nOK, https://www.peekvids.com/watch?v=IFzzYnOQ-uJ, https://www.peekvids.com/watch?v=HwOzb7I6_vC,
https://www.peekvids.com/watch?v=CgOtOAySqfn, https://www.peekvids.com/watch?v=762MyBw4xBb, https://www.peekvids.com/watch?v=BVVtN7qQtHV,
https://www.peekvids.com/watch?v=mV7HWge0yWo, https://www.peekvids.com/watch?v=fenosCXbR9L, https://www.peekvids.com/watch?v=nq5yyEGTkFV,
https://www.peekvids.com/watch?v=zwd5WbCFnNS, https://www.peekvids.com/watch?v=DxthIj2faAN, https://www.peekvids.com/watch?v=pUG8smRO5BL,
https://www.peekvids.com/watch?v=r9uhwB1Yszv, https://www.peekvids.com/watch?v=H0dE__u6pko, https://www.peekvids.com/watch?v=udd1vpY6GGa,
https://www.peekvids.com/watch?v=H9v80QKxEXT, https://www.peekvids.com/watch?v=4kHQnVkA8zm, https://www.peekvids.com/watch?v=iNz4Za22qG8,
https://www.peekvids.com/watch?v=X793RfujtZp, https://www.peekvids.com/watch?v=Mxy130lUKbz, https://www.peekvids.com/watch?v=cQXrUlzzlZj,
https://www.peekvids.com/watch?v=l_VOC2yQg5E, https://www.peekvids.com/watch?v=JMKXl4eiKmb, https://www.peekvids.com/watch?v=FNQtNa-OlEl,
https://www.peekvids.com/watch?v=rHZLenlw8cc, https://www.peekvids.com/watch?v=FceK22e_9IG
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mskgirls
5.b. Uploader's email address: yousolightmylife@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=mskgirls
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RMt2pGJsOOt, https://www.peekvids.com/watch?v=SnzSMaXQKW2,
https://www.peekvids.com/watch?v=4hOcl8zyF4E, https://www.peekvids.com/watch?v=8zqjijbwpUl, https://www.peekvids.com/watch?v=2xgjbtmD_-Y,
https://www.peekvids.com/watch?v=yqBmrkz1aKx, https://www.peekvids.com/watch?v=QHYtZGvLu34, https://www.peekvids.com/watch?v=4cFfPtqw4y9,
https://www.peekvids.com/watch?v=71igq60jMTL, https://www.peekvids.com/watch?v=K2JQ1n8gAMY, https://www.peekvids.com/watch?v=QaK98Wz55B5,
https://www.peekvids.com/watch?v=CmE3gxtbySB, https://www.peekvids.com/watch?v=i4grxWnZYWL, https://www.peekvids.com/watch?v=AcMkP886LHO,
https://www.peekvids.com/watch?v=BS0mgdpiXfQ, https://www.peekvids.com/watch?v=qqzTWpezFzs, https://www.peekvids.com/watch?v=jpQZgIueAwt,
https://www.peekvids.com/watch?v=Q2hsmhaRQ-R, https://www.peekvids.com/watch?v=dHsNH8k2CYS, https://www.peekvids.com/watch?v=SMqAZm9ENrk,
https://www.peekvids.com/watch?v=DEHeIhEkpvn, https://www.peekvids.com/watch?v=l_uYdrNNN9z, https://www.peekvids.com/watch?v=QuoF-FMVFt6,
https://www.peekvids.com/watch?v=k7s3708BvAI, https://www.peekvids.com/watch?v=UsxJxSA3xbp, https://www.peekvids.com/watch?v=BQb-r09UCZu,
https://www.peekvids.com/watch?v=pbdbiBjMJuJ, https://www.peekvids.com/watch?v=kWYnhvTSV4g, https://www.peekvids.com/watch?v=M9A1VYmZ88k,
https://www.peekvids.com/watch?v=YuUcMj1ktTr, https://www.peekvids.com/watch?v=pN9IVB69AtL, https://www.peekvids.com/watch?v=xKDtB4mgH92,
https://www.peekvids.com/watch?v=ehKMVrD96cT, https://www.peekvids.com/watch?v=osgQyZjpgP3, https://www.peekvids.com/watch?v=t8_Tx3AKl8J,
https://www.peekvids.com/watch?v=fqX8D-xaVBJ, https://www.peekvids.com/watch?v=7oxfp6OVc2k, https://www.peekvids.com/watch?v=nbsR_LF_ewq,
https://www.peekvids.com/watch?v=6g2zb0xEP-Q, https://www.peekvids.com/watch?v=A8hmAKHlGbt, https://www.peekvids.com/watch?v=fVe04lRnSfe,
https://www.peekvids.com/watch?v=OemoTRG8XGM, https://www.peekvids.com/watch?v=g1TgOi-hDwI, https://www.peekvids.com/watch?v=Ajegwxf4iii,
https://www.peekvids.com/watch?v=APVqUWOXCXr, https://www.peekvids.com/watch?v=6JHdH_52CyT, https://www.peekvids.com/watch?v=xzkuPk0D3Mp,
https://www.peekvids.com/watch?v=2bzMQBgbfub, https://www.peekvids.com/watch?v=GAl-LiPmOdQ, https://www.peekvids.com/watch?v=e-UGdyIuafd,
https://www.peekvids.com/watch?v=iOY21mLOiRm, https://www.peekvids.com/watch?v=NPjHLwhGj6x, https://www.peekvids.com/watch?v=GIWwaPokQxK,
https://www.peekvids.com/watch?v=bCnoxDNfczO, https://www.peekvids.com/watch?v=hIP-jHl-6eD, https://www.peekvids.com/watch?v=E5bpkoZYbMj,
https://www.peekvids.com/watch?v=zF4AheVGcM2, https://www.peekvids.com/watch?v=YHu1DrvJwRc, https://www.peekvids.com/watch?v=xc_I2ZQuyAj,
https://www.peekvids.com/watch?v=wf7vJz4vDsE, https://www.peekvids.com/watch?v=XNTKJ_StvYS, https://www.peekvids.com/watch?v=vuv_z4y_OMo,
https://www.peekvids.com/watch?v=2Ja85k3lFS8, https://www.peekvids.com/watch?v=Twm9Z9h1deN, https://www.peekvids.com/watch?v=U9bh4LlncYx,
https://www.peekvids.com/watch?v=t13XVKYViTj, https://www.peekvids.com/watch?v=U5Xl482prr6, https://www.peekvids.com/watch?v=kJI8-o-jjEd,
https://www.peekvids.com/watch?v=lhZRxWT6hB9, https://www.peekvids.com/watch?v=Em72aafENRq, https://www.peekvids.com/watch?v=REqGifHanma,
https://www.peekvids.com/watch?v=cz9pvdj5W9N, https://www.peekvids.com/watch?v=U4mI0AA_POT, https://www.peekvids.com/watch?v=0Qv5QAwSO_w,
https://www.peekvids.com/watch?v=ANvNaU7Ny6r, https://www.peekvids.com/watch?v=0I5UwUmJ-AA, https://www.peekvids.com/watch?v=SOVVgssCFhH,
https://www.peekvids.com/watch?v=2EJVJzWTo3I, https://www.peekvids.com/watch?v=mxUWWwsK-jQ, https://www.peekvids.com/watch?v=xLuT6rqLFhC,
https://www.peekvids.com/watch?v=DMmPsm0uRXy, https://www.peekvids.com/watch?v=QbSYMGcMYjj, https://www.peekvids.com/watch?v=DZyoQljJ7ND,
https://www.peekvids.com/watch?v=6EzA_Kd2SpG, https://www.peekvids.com/watch?v=WdrWgOqqFz8, https://www.peekvids.com/watch?v=jD4Fe4giWzK,
https://www.peekvids.com/watch?v=6YF89uD-jOa, https://www.peekvids.com/watch?v=Gpw9Vy2-hyC, https://www.peekvids.com/watch?v=W0TK0N4HOYh,
https://www.peekvids.com/watch?v=uR9UxBWvLC2, https://www.peekvids.com/watch?v=C5anBoja0tw, https://www.peekvids.com/watch?v=lQpZL95kW9i,
https://www.peekvids.com/watch?v=WVkVLBwcOnT, https://www.peekvids.com/watch?v=v1RjUS8G2VS, https://www.peekvids.com/watch?v=06r-lS9xvom,
https://www.peekvids.com/watch?v=05jQXUOVsn3, https://www.peekvids.com/watch?v=b0p65ta-l2s, https://www.peekvids.com/watch?v=Rjz7IRnIjy5,
https://www.peekvids.com/watch?v=IFkvjYe-G84, https://www.peekvids.com/watch?v=JToUEe0NSZL
5.f. Date of third notice: 2015-10-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: muhanko
5.b. Uploader's email address: agatwiscont@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=muhanko
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=yx2gx6JmDqI, https://www.peekvids.com/watch?v=GiTwsJ1SJvv,
https://www.peekvids.com/watch?v=Ab5rOe85NPM, https://www.peekvids.com/watch?v=Mj_cm-ghhqD, https://www.peekvids.com/watch?v=DkgBfVsOXFB,
https://www.peekvids.com/watch?v=IQUoIfIRVFR, https://www.peekvids.com/watch?v=2xldXljkGBk, https://www.peekvids.com/watch?v=7PgavZIOqSC,
https://www.peekvids.com/watch?v=bSzibtlJxN2, https://www.peekvids.com/watch?v=Ea8oUz4mzwS, https://www.peekvids.com/watch?v=gE6CzOXqL2F,
https://www.peekvids.com/watch?v=q0RFa8KZuoS, https://www.peekvids.com/watch?v=cNircosbsw2, https://www.peekvids.com/watch?v=OHwIvrQK1s7,
https://www.peekvids.com/watch?v=kRDSD0pFKzT, https://www.peekvids.com/watch?v=i8aP3ULew1Y, https://www.peekvids.com/watch?v=Kz8iywai3RK,
https://www.peekvids.com/watch?v=OgeH6cqZy9c, https://www.peekvids.com/watch?v=LSS6okH-pPo, https://www.peekvids.com/watch?v=D1ZtreEAK3B,
https://www.peekvids.com/watch?v=xViHtxfGIEg, https://www.peekvids.com/watch?v=m3zKKSJy92e, https://www.peekvids.com/watch?v=uXK6b57N-WI,
https://www.peekvids.com/watch?v=OkS5X2py5mL, https://www.peekvids.com/watch?v=HrnYBg1tAa8, https://www.peekvids.com/watch?v=b1rL8WRawfd,
https://www.peekvids.com/watch?v=gSqc49OWYiE, https://www.peekvids.com/watch?v=lLAgvYai88r, https://www.peekvids.com/watch?v=RyV6Ll8slu6,
https://www.peekvids.com/watch?v=MFCOstku_tw, https://www.peekvids.com/watch?v=gMVmBArkcnm, https://www.peekvids.com/watch?v=tmolT02Qcv3,
https://www.peekvids.com/watch?v=NK7-Um_94js, https://www.peekvids.com/watch?v=8ezX93U2_us, https://www.peekvids.com/watch?v=bLFXoOWor95,
https://www.peekvids.com/watch?v=PN7seW779OP, https://www.peekvids.com/watch?v=XQLeLOsZg67, https://www.peekvids.com/watch?v=qcalRp052AV,
https://www.peekvids.com/watch?v=LIS2DfqGWEp, https://www.peekvids.com/watch?v=JX9K3hRWgAE, https://www.peekvids.com/watch?v=BjRQlEbi30X,
https://www.peekvids.com/watch?v=i2Urobk8iLh, https://www.peekvids.com/watch?v=aqrTo4Hf7bJ, https://www.peekvids.com/watch?v=bE4eCJ-_6jP,
https://www.peekvids.com/watch?v=GmxZHg6HI7t, https://www.peekvids.com/watch?v=e1Miuavz2C3, https://www.peekvids.com/watch?v=huG1rkWSspV,
https://www.peekvids.com/watch?v=AhmxsLtCQP4, https://www.peekvids.com/watch?v=IrWYQb2T15L, https://www.peekvids.com/watch?v=AMWdiiRRnH2,
https://www.peekvids.com/watch?v=h6mLOzbEYoA, https://www.peekvids.com/watch?v=fRuCgvLzZja, https://www.peekvids.com/watch?v=t4wyPjEWo20,
https://www.peekvids.com/watch?v=sPTWGK07DPH, https://www.peekvids.com/watch?v=zYvHDbCbJmH, https://www.peekvids.com/watch?v=37FdvPPQ_NG,
https://www.peekvids.com/watch?v=MjlVSkqq4Lr, https://www.peekvids.com/watch?v=xDV3MTm2JbX, https://www.peekvids.com/watch?v=eOxTsGDu--S,
https://www.peekvids.com/watch?v=CJen3DHX0Ib, https://www.peekvids.com/watch?v=X-lifDGvi2j, https://www.peekvids.com/watch?v=NBDdQJgmQGc,
https://www.peekvids.com/watch?v=Z3kdB954DM5, https://www.peekvids.com/watch?v=vPTqRL8moX2, https://www.peekvids.com/watch?v=gG67eA1TdC3,
https://www.peekvids.com/watch?v=XJR4GAJ9iIo, https://www.peekvids.com/watch?v=l2wsOle70L8, https://www.peekvids.com/watch?v=qFlwR35ju3X,
https://www.peekvids.com/watch?v=l5geaWJtvDl, https://www.peekvids.com/watch?v=Yygcem-0eoc, https://www.peekvids.com/watch?v=W3e9fsSwtP5,
https://www.peekvids.com/watch?v=2UwoXEwrn_7, https://www.peekvids.com/watch?v=5UKvOMXCuoM, https://www.peekvids.com/watch?v=0SxN69oxxCB,
https://www.peekvids.com/watch?v=OfcKx1Cp0xX, https://www.peekvids.com/watch?v=6cmWjSdcDN9, https://www.peekvids.com/watch?v=r8ccNQJUaiV,
https://www.peekvids.com/watch?v=SLBkLFmT9c9, https://www.peekvids.com/watch?v=Ip8BbybPuXU, https://www.peekvids.com/watch?v=W1ULkdv2SnN,
https://www.peekvids.com/watch?v=nDHdR-VKw8a, https://www.peekvids.com/watch?v=MgCOfH9axSm, https://www.peekvids.com/watch?v=npwMoEwl3Di,
https://www.peekvids.com/watch?v=dj4KEB_AU9I, https://www.peekvids.com/watch?v=Sc3WsG5Z4Tz, https://www.peekvids.com/watch?v=Zu2z8OsNuZY,
https://www.peekvids.com/watch?v=f2GclBs0bCp
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: muramur
5.b. Uploader's email address: webeniido@hotmail.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=muramur
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dHrkmatsKgx, https://www.peekvids.com/watch?v=zgxIqE-C1T0,
https://www.peekvids.com/watch?v=daau7uw69b5, https://www.peekvids.com/watch?v=EfJTT5A4RE2, https://www.peekvids.com/watch?v=AeM02ZaLlWg,
https://www.peekvids.com/watch?v=RNA_snkmr-C, https://www.peekvids.com/watch?v=zAcWwL_CmrK, https://www.peekvids.com/watch?v=4RFff7NJQ1L,
https://www.peekvids.com/watch?v=lNC9AiQH9xM, https://www.peekvids.com/watch?v=RMB77mCYB1q, https://www.peekvids.com/watch?v=VeEQFQD8Mi6,
https://www.peekvids.com/watch?v=P2jVMYIEszX, https://www.peekvids.com/watch?v=WAnXh4zop4e, https://www.peekvids.com/watch?v=ox4gJ-RvmTo,
https://www.peekvids.com/watch?v=gT1_j56ogxR, https://www.peekvids.com/watch?v=P6NesjWbHDt, https://www.peekvids.com/watch?v=2s9q4r1gmJe,
https://www.peekvids.com/watch?v=sxkKdjNZ5Ar, https://www.peekvids.com/watch?v=s-LRWkSJOXu, https://www.peekvids.com/watch?v=pLkjGzFtyqa,
https://www.peekvids.com/watch?v=tle54fi5Ujj, https://www.peekvids.com/watch?v=7Tq9Zrul09T, https://www.peekvids.com/watch?v=bq3EBaw9Yz3,
https://www.peekvids.com/watch?v=Ks5tTeXmmad, https://www.peekvids.com/watch?v=ZK85zTIBrg2, https://www.peekvids.com/watch?v=6_T-af5_1T9,
https://www.peekvids.com/watch?v=yLY0WNBhqtV, https://www.peekvids.com/watch?v=tg05Xtw6Yib, https://www.peekvids.com/watch?v=ILB4826eAqz,
https://www.peekvids.com/watch?v=uLxMIlpxQTs, https://www.peekvids.com/watch?v=eeIrBFA_TsR, https://www.peekvids.com/watch?v=hJnqkpF9-1a,
https://www.peekvids.com/watch?v=eGgPpzzxS49, https://www.peekvids.com/watch?v=8ch5XBO-m1Y, https://www.peekvids.com/watch?v=KczFZYDvfzn,
https://www.peekvids.com/watch?v=OS28OsBUccT, https://www.peekvids.com/watch?v=hKRDNJMmTCX, https://www.peekvids.com/watch?v=coN05DT1pSj,
https://www.peekvids.com/watch?v=EUyKzoM-o0r, https://www.peekvids.com/watch?v=gQnbL6WBp2v, https://www.peekvids.com/watch?v=d5NZyWn__qc,
https://www.peekvids.com/watch?v=TPEHzDYocNM, https://www.peekvids.com/watch?v=xy9T6dYmPT0, https://www.peekvids.com/watch?v=Gt1qBff-gPk,
https://www.peekvids.com/watch?v=atar9zvLbAJ, https://www.peekvids.com/watch?v=yDpBbXlx9m4, https://www.peekvids.com/watch?v=S4LsWA91fGt,
https://www.peekvids.com/watch?v=j-OeeScquae, https://www.peekvids.com/watch?v=L1ULmqJdHlN, https://www.peekvids.com/watch?v=LckVdI0iSXE,
https://www.peekvids.com/watch?v=WEVMs7OoG0q, https://www.peekvids.com/watch?v=w6dwAJqXc4p, https://www.peekvids.com/watch?v=sqDlFeKyz9s,
https://www.peekvids.com/watch?v=nZOitF1ywfS, https://www.peekvids.com/watch?v=MgoRR7cZoOB, https://www.peekvids.com/watch?v=pPUPkzEMwGI,
https://www.peekvids.com/watch?v=m3dHKue83PZ, https://www.peekvids.com/watch?v=3XLdtxbPLno, https://www.peekvids.com/watch?v=VWGMEtdcroo,
https://www.peekvids.com/watch?v=skRErZWuQCr, https://www.peekvids.com/watch?v=SJ9CE6x1Y7i, https://www.peekvids.com/watch?v=XBq2a9pmehE,
https://www.peekvids.com/watch?v=OUsaV-7yeBf, https://www.peekvids.com/watch?v=I5MqAmdhSvA, https://www.peekvids.com/watch?v=Z0a5sOq5BV9,
https://www.peekvids.com/watch?v=rmngQUFVU4a, https://www.peekvids.com/watch?v=kHUIlHvbtZA, https://www.peekvids.com/watch?v=ZCZMNZlB4_F,
https://www.peekvids.com/watch?v=inDF0EfroIn, https://www.peekvids.com/watch?v=yDCaNsBxhgw, https://www.peekvids.com/watch?v=mVbNJxLY5bi,
https://www.peekvids.com/watch?v=X_ViVpxJXFM, https://www.peekvids.com/watch?v=UsPt6yB7E6D, https://www.peekvids.com/watch?v=038fg0SbMrc,
https://www.peekvids.com/watch?v=4OcQ9zSjxTT, https://www.peekvids.com/watch?v=r_uv4NxoxqW, https://www.peekvids.com/watch?v=sfQ_KCR9bLW,
https://www.peekvids.com/watch?v=p88gcm7irej, https://www.peekvids.com/watch?v=HgIBmrKso_L, https://www.peekvids.com/watch?v=SicnNJbN91J,
https://www.peekvids.com/watch?v=AMo5USscFam, https://www.peekvids.com/watch?v=i_8U16HxQ6g, https://www.peekvids.com/watch?v=aO7Zh9mpxoT,
https://www.peekvids.com/watch?v=qEvRl_Orag3, https://www.peekvids.com/watch?v=f6sW0c8Zq6F, https://www.peekvids.com/watch?v=f3q688SZzFM
5.f. Date of third notice: 2015-08-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: myDaniella
5.b. Uploader's email address: hotishotmarry@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=myDaniella
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=8Ug4Ma6AgwX, https://www.peekvids.com/watch?v=6y-7-rseNSz,
https://www.peekvids.com/watch?v=7t1y_SJ2GMo, https://www.peekvids.com/watch?v=4oPxm90Yikt, https://www.peekvids.com/watch?v=8H_M58BXp8t,
https://www.peekvids.com/watch?v=EGUat4Eym1n, https://www.peekvids.com/watch?v=xsHu3tp4QJU, https://www.peekvids.com/watch?v=yB_MrXnYjlB,
https://www.peekvids.com/watch?v=o3qhiHzynd7, https://www.peekvids.com/watch?v=Y47a0N0GoGs, https://www.peekvids.com/watch?v=AfrfC4RR296,
https://www.peekvids.com/watch?v=M6AhPPOdHHX, https://www.peekvids.com/watch?v=EKrwimbRqML, https://www.peekvids.com/watch?v=r2WaMeozj29,
https://www.peekvids.com/watch?v=kx-GZ47XvvV, https://www.peekvids.com/watch?v=ohazpIVznhA, https://www.peekvids.com/watch?v=rC5-6f7oI_s,
https://www.peekvids.com/watch?v=Af0UDha2HTt, https://www.peekvids.com/watch?v=ISCUcNwHyqU, https://www.peekvids.com/watch?v=TB3LEicsOzC,
https://www.peekvids.com/watch?v=tGRYgYh5DZI, https://www.peekvids.com/watch?v=pWys49k-Rfu, https://www.peekvids.com/watch?v=mf17D5TcyOn,
https://www.peekvids.com/watch?v=mTYkkJeW5GW, https://www.peekvids.com/watch?v=U0dRXegWJiW, https://www.peekvids.com/watch?v=KAdESOt1sVJ,
https://www.peekvids.com/watch?v=SEuV10cUEr6, https://www.peekvids.com/watch?v=lG6WcGPz4qu, https://www.peekvids.com/watch?v=ORWepZL1os6,
https://www.peekvids.com/watch?v=FqFK83hNRxn, https://www.peekvids.com/watch?v=sz4NHeWFoKU, https://www.peekvids.com/watch?v=DhkIBD3HYet,
https://www.peekvids.com/watch?v=GewG1uS3c-E, https://www.peekvids.com/watch?v=b1RXxRYVHtW, https://www.peekvids.com/watch?v=2UkaLMai1ww,
https://www.peekvids.com/watch?v=VRYBZ5W_K_9, https://www.peekvids.com/watch?v=Lx5f4t3KkpL, https://www.peekvids.com/watch?v=PyW8irpHlv3,
https://www.peekvids.com/watch?v=ojIjFhSFOcc, https://www.peekvids.com/watch?v=yCI728L7kdd, https://www.peekvids.com/watch?v=jwY5KDy8jgW,
https://www.peekvids.com/watch?v=66jxhvM5BYX, https://www.peekvids.com/watch?v=gfiLEqTSW5w, https://www.peekvids.com/watch?v=nnxC4qW_htZ,
https://www.peekvids.com/watch?v=w_ns5MmiikE, https://www.peekvids.com/watch?v=f6PH-v2HNkd, https://www.peekvids.com/watch?v=b8ncdg1wzaE,
https://www.peekvids.com/watch?v=TGwnQFcM0ly, https://www.peekvids.com/watch?v=sh5v_myoxFM, https://www.peekvids.com/watch?v=doKWsPijFE4,
https://www.peekvids.com/watch?v=t61xQCgUIC7, https://www.peekvids.com/watch?v=CfjVfcNOoHL, https://www.peekvids.com/watch?v=PiKkHvu2Lud,
https://www.peekvids.com/watch?v=SeruvhfJ4h3, https://www.peekvids.com/watch?v=6xbHPKh_vOI, https://www.peekvids.com/watch?v=8DO3cUxBe1u,
https://www.peekvids.com/watch?v=L5T9hoPXJct, https://www.peekvids.com/watch?v=AOmePNPBJDt, https://www.peekvids.com/watch?v=01tPU-hanNz,
https://www.peekvids.com/watch?v=dA0FyWCsOVl, https://www.peekvids.com/watch?v=CJPX1ts-ZwM, https://www.peekvids.com/watch?v=afMFinPTgSB,
https://www.peekvids.com/watch?v=O64huy-p1Ix, https://www.peekvids.com/watch?v=ZlnELtTdXmR, https://www.peekvids.com/watch?v=PlPrXVia0V9,
https://www.peekvids.com/watch?v=kz_92dFsskH, https://www.peekvids.com/watch?v=P5d5DggpO4X, https://www.peekvids.com/watch?v=TiRp6BOjrhM,
https://www.peekvids.com/watch?v=MM1dJfjJ0cC, https://www.peekvids.com/watch?v=jkgnQDki2ok, https://www.peekvids.com/watch?v=ihVa4dLaWaX,
https://www.peekvids.com/watch?v=4xK58A7cJWU, https://www.peekvids.com/watch?v=F32_yt83MEM, https://www.peekvids.com/watch?v=VTzmjoC3-Ti,
https://www.peekvids.com/watch?v=piS7e347nkf, https://www.peekvids.com/watch?v=mEFDWUgRaBE, https://www.peekvids.com/watch?v=ZQBf8I4FONK,
https://www.peekvids.com/watch?v=3mSbeng9QjK, https://www.peekvids.com/watch?v=E9FqN7z67CD, https://www.peekvids.com/watch?v=QZmgyrNr4XT,
https://www.peekvids.com/watch?v=txb0VOeP2F2, https://www.peekvids.com/watch?v=tdH3K4udOIq, https://www.peekvids.com/watch?v=P2MEpOI9dAG,
https://www.peekvids.com/watch?v=uS31fWUe7mw, https://www.peekvids.com/watch?v=sfjTJa86X1D, https://www.peekvids.com/watch?v=waVOLkt3l6d,
https://www.peekvids.com/watch?v=710UMOuWSMI, https://www.peekvids.com/watch?v=odufIJ1L77w, https://www.peekvids.com/watch?v=2MwUZf3CupI,
https://www.peekvids.com/watch?v=2etCmncafTl, https://www.peekvids.com/watch?v=s4WVkEflaOT, https://www.peekvids.com/watch?v=LWsrM1uNQlZ,
https://www.peekvids.com/watch?v=kpn_73dOlvV, https://www.peekvids.com/watch?v=Z8HpP_sIdlb, https://www.peekvids.com/watch?v=Yr_IMEr1iPW,
https://www.peekvids.com/watch?v=WDc2X1wDruA, https://www.peekvids.com/watch?v=l6wFuelhGdX, https://www.peekvids.com/watch?v=UFIn1fRWzCe,
https://www.peekvids.com/watch?v=tQkrip8Z8qv, https://www.peekvids.com/watch?v=s9ET7nLmOkp, https://www.peekvids.com/watch?v=bydXdfhuz3r,
https://www.peekvids.com/watch?v=FAPAMiB5NAd
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: navipilot
5.b. Uploader's email address: checkiup1@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=navipilot
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=YPyx9sFHwtL, https://www.peekvids.com/watch?v=eu_lW2AkLzu,
https://www.peekvids.com/watch?v=rTjXdLVJAqP, https://www.peekvids.com/watch?v=jTZ3xzM3hyk, https://www.peekvids.com/watch?v=hcZApKs_e6P,
https://www.peekvids.com/watch?v=D_meF395bxx, https://www.peekvids.com/watch?v=MKt1uUTt7AO, https://www.peekvids.com/watch?v=LTaLseEZEaB,
https://www.peekvids.com/watch?v=r_IzLmwz392, https://www.peekvids.com/watch?v=URABErvpePo, https://www.peekvids.com/watch?v=8bpyg7VD7l0,
https://www.peekvids.com/watch?v=3mjfcJ2t2VA, https://www.peekvids.com/watch?v=wgstTjESlzm, https://www.peekvids.com/watch?v=ccZxlobSK9q,
https://www.peekvids.com/watch?v=lRynKHHh8Eh, https://www.peekvids.com/watch?v=KcUZHv8M19D, https://www.peekvids.com/watch?v=Eh7kSo6kSR8,
https://www.peekvids.com/watch?v=C0coYCQimGZ, https://www.peekvids.com/watch?v=b_axsBLmYIA, https://www.peekvids.com/watch?v=zSn7wZdC22a,
https://www.peekvids.com/watch?v=vSGsDR29N-k, https://www.peekvids.com/watch?v=ppU7MrYU9iv, https://www.peekvids.com/watch?v=zwq03mKldmC,
https://www.peekvids.com/watch?v=otEanRQq9mF, https://www.peekvids.com/watch?v=XNv5RF4KZ3U, https://www.peekvids.com/watch?v=xYssDHvjfBf,
https://www.peekvids.com/watch?v=iRbvmQmPC0P, https://www.peekvids.com/watch?v=7aoPL6AEnQz, https://www.peekvids.com/watch?v=ZL-cqyXfPmi,
https://www.peekvids.com/watch?v=z1-KvDfJrIg, https://www.peekvids.com/watch?v=yDEoaXYDEaU, https://www.peekvids.com/watch?v=d2gkXRGADPv,
https://www.peekvids.com/watch?v=MpNIBQu4V16, https://www.peekvids.com/watch?v=VU7FdRgpvv2, https://www.peekvids.com/watch?v=e84KP5YPhkm,
https://www.peekvids.com/watch?v=C9xsMeZoIl2, https://www.peekvids.com/watch?v=DbNYv0K9VCb, https://www.peekvids.com/watch?v=86ThNhvLAB9,
https://www.peekvids.com/watch?v=TtFK8HXOYBm, https://www.peekvids.com/watch?v=TqQRl2llhsn, https://www.peekvids.com/watch?v=0yExAgLnI4p,
https://www.peekvids.com/watch?v=C9sOnhZS6id, https://www.peekvids.com/watch?v=e5A_HdvoleJ, https://www.peekvids.com/watch?v=4h68PaQ6-zq,
https://www.peekvids.com/watch?v=Udg68DIZUTr, https://www.peekvids.com/watch?v=tCI8A0q_ggq, https://www.peekvids.com/watch?v=t9DYNHAIi0b,
https://www.peekvids.com/watch?v=UnjG8AulPAc, https://www.peekvids.com/watch?v=xuEjUn5mCdR, https://www.peekvids.com/watch?v=lgCVoDo137A,
https://www.peekvids.com/watch?v=INmeTVw21-2, https://www.peekvids.com/watch?v=loC0jF2Dd2q, https://www.peekvids.com/watch?v=ZX-hPuwSLdc,
https://www.peekvids.com/watch?v=aPqmXQH8lqm, https://www.peekvids.com/watch?v=se-gYt0c2Gz, https://www.peekvids.com/watch?v=0fd1jW3SJ75,
https://www.peekvids.com/watch?v=4qe6l6ZrGOD, https://www.peekvids.com/watch?v=42-gOs1vzWY, https://www.peekvids.com/watch?v=MwkuWFKOXo0,
https://www.peekvids.com/watch?v=ne6zheEfCgS, https://www.peekvids.com/watch?v=n236H28kuut, https://www.peekvids.com/watch?v=39yJiHSzOer,
https://www.peekvids.com/watch?v=KpNlKWMidSb, https://www.peekvids.com/watch?v=ltf9ncTx6Nb, https://www.peekvids.com/watch?v=oNYpDSEpTjX,
https://www.peekvids.com/watch?v=tclrv2xzySI, https://www.peekvids.com/watch?v=dl5GRmQrYWE, https://www.peekvids.com/watch?v=LVbBEdotW6C,
https://www.peekvids.com/watch?v=jquwMJ7P0oy, https://www.peekvids.com/watch?v=C9MMQC205vG, https://www.peekvids.com/watch?v=dHKBEyHt9Si,
https://www.peekvids.com/watch?v=Rls_X7XNAhQ, https://www.peekvids.com/watch?v=WS3Av3PWDFS, https://www.peekvids.com/watch?v=P8zqakpBVEB,
https://www.peekvids.com/watch?v=lCu1RsB6dvx, https://www.peekvids.com/watch?v=cE4xtnZuyfr, https://www.peekvids.com/watch?v=HOtvSLvYnHZ,
https://www.peekvids.com/watch?v=3GLDTTwfGJO, https://www.peekvids.com/watch?v=XaZIDihtJp0, https://www.peekvids.com/watch?v=o49SeKA6aZQ,
https://www.peekvids.com/watch?v=QpUp3gTcjpk, https://www.peekvids.com/watch?v=CTv4r6HXIMM, https://www.peekvids.com/watch?v=cKN92Jl6L1Y,
https://www.peekvids.com/watch?v=nZQJZYm3Z6Y, https://www.peekvids.com/watch?v=QmZU0pOEz_U, https://www.peekvids.com/watch?v=WTiv6Z_u62v,
https://www.peekvids.com/watch?v=nSW9G7lkjYm, https://www.peekvids.com/watch?v=Kv5SqUlglJb, https://www.peekvids.com/watch?v=znMJVhILONe
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: newT90
5.b. Uploader's email address: elliotnissatpatrol@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=newT90
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=xsDlr5ONquZ, https://www.peekvids.com/watch?v=n7GYj6g40q3,
https://www.peekvids.com/watch?v=9cT6eo_5AcO, https://www.peekvids.com/watch?v=ZO48AA1v474, https://www.peekvids.com/watch?v=7wyqEgZ6Pwz,
https://www.peekvids.com/watch?v=BoGx9yPT57r, https://www.peekvids.com/watch?v=D65JnK2P8Mj, https://www.peekvids.com/watch?v=FBLFO4poPpY,
https://www.peekvids.com/watch?v=v8U5Vm7XFJ9, https://www.peekvids.com/watch?v=fzjPlJcGQFU, https://www.peekvids.com/watch?v=WDwKNq0kdNj,
https://www.peekvids.com/watch?v=ZvWHYRF2cHl, https://www.peekvids.com/watch?v=CJLXT5ZCcGb, https://www.peekvids.com/watch?v=PBC_xqqElxx,
https://www.peekvids.com/watch?v=agr2D19-inK, https://www.peekvids.com/watch?v=l3sSu_gmeQY, https://www.peekvids.com/watch?v=V5A53FCXF9U,
https://www.peekvids.com/watch?v=oVjV7_eOHkd, https://www.peekvids.com/watch?v=gNAqNtLKART, https://www.peekvids.com/watch?v=k4EoupMKTIV,
https://www.peekvids.com/watch?v=Tr3M5JjwPiS, https://www.peekvids.com/watch?v=XiOhs7LYwN0, https://www.peekvids.com/watch?v=xmK923tvxmh,
https://www.peekvids.com/watch?v=Z-jB1sBFERO, https://www.peekvids.com/watch?v=40d-PkqnbH0, https://www.peekvids.com/watch?v=98-_iP0BJwH,
https://www.peekvids.com/watch?v=odq7OliEQeF, https://www.peekvids.com/watch?v=U0F-u8jC09w, https://www.peekvids.com/watch?v=pE8pArOwtGr,
https://www.peekvids.com/watch?v=9W1v7bs9joj, https://www.peekvids.com/watch?v=YBi5XyrWWKu, https://www.peekvids.com/watch?v=WuvoKJJnAPn,
https://www.peekvids.com/watch?v=rcBAkqKSh7o, https://www.peekvids.com/watch?v=P9cdyNUt5QV, https://www.peekvids.com/watch?v=fiMPzph6quQ,
https://www.peekvids.com/watch?v=oePbFctzDwr, https://www.peekvids.com/watch?v=KO0rWXn_5Jb, https://www.peekvids.com/watch?v=h0IIXM-e7ne,
https://www.peekvids.com/watch?v=0IkDfWFZ03K, https://www.peekvids.com/watch?v=2ZD7WV9sqys, https://www.peekvids.com/watch?v=T9H2HMTeCCv,
https://www.peekvids.com/watch?v=0RMKnR_8Q_a, https://www.peekvids.com/watch?v=cJsZelGCM3d, https://www.peekvids.com/watch?v=wf7lwc7-lBH,
https://www.peekvids.com/watch?v=nfS7koIIcD9, https://www.peekvids.com/watch?v=cQgTt-5noAN, https://www.peekvids.com/watch?v=u04NDhG37M6,
https://www.peekvids.com/watch?v=m_LlOrZi9TC, https://www.peekvids.com/watch?v=tgrHTalVDMC, https://www.peekvids.com/watch?v=rvONrOtOhOK,
https://www.peekvids.com/watch?v=fpW9ZrB43Vb, https://www.peekvids.com/watch?v=HRMS52DZSFC, https://www.peekvids.com/watch?v=0lvR2kk9AAQ,
https://www.peekvids.com/watch?v=MYng0zKoS14, https://www.peekvids.com/watch?v=AkvFsQPx0io, https://www.peekvids.com/watch?v=jkacF4cBVNn,
https://www.peekvids.com/watch?v=DUVRdEVnsQV, https://www.peekvids.com/watch?v=IM29pIKzTez, https://www.peekvids.com/watch?v=0vv0zAEEwN2,
https://www.peekvids.com/watch?v=z-KJGit19ns, https://www.peekvids.com/watch?v=ei8LW9FShTS, https://www.peekvids.com/watch?v=XAJRT8M3vQU,
https://www.peekvids.com/watch?v=ImeUT_K_HVM, https://www.peekvids.com/watch?v=zM0my8akjo9, https://www.peekvids.com/watch?v=jS4NOVTEbNx,
https://www.peekvids.com/watch?v=moiz0EGeQWa, https://www.peekvids.com/watch?v=e3RqtQ3d6_t, https://www.peekvids.com/watch?v=LgtsXj3QS5q,

https://www.peekvids.com/watch?v=yPHDH2q3Vui, https://www.peekvids.com/watch?v=YlAbY8dwmSd, https://www.peekvids.com/watch?v=8xq22WBdL8c,
https://www.peekvids.com/watch?v=MJFWF8fIQjP, https://www.peekvids.com/watch?v=NwbkkEPZUPB, https://www.peekvids.com/watch?v=P7_XjxMm0ci,
https://www.peekvids.com/watch?v=pDP__rL3_Hf, https://www.peekvids.com/watch?v=DjOuAtx9gu7, https://www.peekvids.com/watch?v=TkMg5QJs9Ji,
https://www.peekvids.com/watch?v=610-YBghSTr, https://www.peekvids.com/watch?v=8k6W7CWJTvt, https://www.peekvids.com/watch?v=k_XzK6CwjaG,
https://www.peekvids.com/watch?v=bx0ZyIXz_Tz, https://www.peekvids.com/watch?v=JzQtnbsgWVC, https://www.peekvids.com/watch?v=0JahygZ0WtU,
https://www.peekvids.com/watch?v=rNB7rt6H_dK, https://www.peekvids.com/watch?v=JQVBjusnq66, https://www.peekvids.com/watch?v=OLgozoB_kkH,
https://www.peekvids.com/watch?v=B6HjthyKWhe, https://www.peekvids.com/watch?v=GY-kxjJnhsN, https://www.peekvids.com/watch?v=kPT7ilXLgoU,
https://www.peekvids.com/watch?v=i9OlV32qQ9a, https://www.peekvids.com/watch?v=JIP2qsfT52n, https://www.peekvids.com/watch?v=irhHstMOyVo,
https://www.peekvids.com/watch?v=hr66vWtkwLh, https://www.peekvids.com/watch?v=VMDeop3eAWN, https://www.peekvids.com/watch?v=IWjnljELiWT,
https://www.peekvids.com/watch?v=c1l0Ml_ON86, https://www.peekvids.com/watch?v=tKW74Enr8on, https://www.peekvids.com/watch?v=w7gae-Ex4Dt,
https://www.peekvids.com/watch?v=OdNZrsLg1LX, https://www.peekvids.com/watch?v=7I_GFpl6q5J, https://www.peekvids.com/watch?v=kiLmec53C-K,
https://www.peekvids.com/watch?v=AWDjznqduJZ, https://www.peekvids.com/watch?v=VJOJkU9S8gA, https://www.peekvids.com/watch?v=af4vG5z4H-c,
https://www.peekvids.com/watch?v=YKztL_AHA9z, https://www.peekvids.com/watch?v=oFfydQ0kT6K, https://www.peekvids.com/watch?v=qi1keQ7vORI,
https://www.peekvids.com/watch?v=AWswD7ki5kH, https://www.peekvids.com/watch?v=8EnlhFE76Yk, https://www.peekvids.com/watch?v=kVTxRrIxunp,
https://www.peekvids.com/watch?v=GBBZNvUvlDk, https://www.peekvids.com/watch?v=0rxAIOYPfzI, https://www.peekvids.com/watch?v=vADTz9GZcBM,
https://www.peekvids.com/watch?v=CcejuTVq6Cq, https://www.peekvids.com/watch?v=EQ3ODydAKyy, https://www.peekvids.com/watch?v=QsFzAz_Vs5k,
https://www.peekvids.com/watch?v=N5oXDtf5E6O, https://www.peekvids.com/watch?v=6P5Wupe0xQl, https://www.peekvids.com/watch?v=pp7UhoKPtte,
https://www.peekvids.com/watch?v=xgyx87DKtKa, https://www.peekvids.com/watch?v=C1NSkNZZ_t5, https://www.peekvids.com/watch?v=ylCApHJVTFF,
https://www.peekvids.com/watch?v=5g9sDCREAPr, https://www.peekvids.com/watch?v=E2Z36LDEvpF, https://www.peekvids.com/watch?v=UpPZF-BiDoP,
https://www.peekvids.com/watch?v=cKguvPjedIO, https://www.peekvids.com/watch?v=BKzQfqIcHUY, https://www.peekvids.com/watch?v=69XuL2c9F-Q,
https://www.peekvids.com/watch?v=RSBhuGpdXyh, https://www.peekvids.com/watch?v=GLLl5hN-cdn, https://www.peekvids.com/watch?v=JMyHGYhqqQo,
https://www.peekvids.com/watch?v=J5uSIFUSbMw, https://www.peekvids.com/watch?v=7JSuzT0-Wix, https://www.peekvids.com/watch?v=TH60BnDHMQT,
https://www.peekvids.com/watch?v=te1vXDY6UqX, https://www.peekvids.com/watch?v=uXmMZ0Tzl34, https://www.peekvids.com/watch?v=vKL9pFM7r17,
https://www.peekvids.com/watch?v=bqHXKd2icDK, https://www.peekvids.com/watch?v=HIZAF7qqpp7, https://www.peekvids.com/watch?v=My0L0DGVPsP,
https://www.peekvids.com/watch?v=6-0UNfYwCj2, https://www.peekvids.com/watch?v=8JAGsen_8Wu, https://www.peekvids.com/watch?v=OjrKfLi8Fcb,
https://www.peekvids.com/watch?v=DS4oUVq7GGp, https://www.peekvids.com/watch?v=rz0mDO7a4Rp, https://www.peekvids.com/watch?v=p94kVxsrywO,
https://www.peekvids.com/watch?v=d-RgzXrNhsc, https://www.peekvids.com/watch?v=pCRfX239iK3, https://www.peekvids.com/watch?v=H_L6iBoySZd,
https://www.peekvids.com/watch?v=C9HVT6qjDX8, https://www.peekvids.com/watch?v=ZhCbvQGeNkZ, https://www.peekvids.com/watch?v=f9vM3V5dhkO,
https://www.peekvids.com/watch?v=I3ERyS8opYx, https://www.peekvids.com/watch?v=ZmJEEwOo4pq, https://www.peekvids.com/watch?v=vXa8ZvrhdBN,
https://www.peekvids.com/watch?v=LaeoJ3etk4p, https://www.peekvids.com/watch?v=DydvABy9ayo, https://www.peekvids.com/watch?v=NSSS9YALovp,
https://www.peekvids.com/watch?v=DFoJwXtN3Mh, https://www.peekvids.com/watch?v=wdfmRPURk_Y, https://www.peekvids.com/watch?v=3zAwqOH-EkY,
https://www.peekvids.com/watch?v=47et2PZK_dl, https://www.peekvids.com/watch?v=Dac9TzIoTFc, https://www.peekvids.com/watch?v=UOhC6TtaIsm,
https://www.peekvids.com/watch?v=inVAeFloAQ3, https://www.peekvids.com/watch?v=eofur3teNLw, https://www.peekvids.com/watch?v=cpvmuyVpYyS,
https://www.peekvids.com/watch?v=vF-IHlO2V3b, https://www.peekvids.com/watch?v=c3Lq82EqLUV, https://www.peekvids.com/watch?v=fT5ODVJoqYo,
https://www.peekvids.com/watch?v=2olHGHSTpIC, https://www.peekvids.com/watch?v=Mc6Trp-e2Tw, https://www.peekvids.com/watch?v=DBqndhZKVMh,
https://www.peekvids.com/watch?v=fsMp2QWU8IE, https://www.peekvids.com/watch?v=76ztlH-b2mU, https://www.peekvids.com/watch?v=aqlwSMfO_7G,
https://www.peekvids.com/watch?v=qaRN0bwb3GS, https://www.peekvids.com/watch?v=k5VgBdFRcYp, https://www.peekvids.com/watch?v=egm5K0sCWq8,
https://www.peekvids.com/watch?v=ybEgvzRKuhB, https://www.peekvids.com/watch?v=KpU0T-oWS1z, https://www.peekvids.com/watch?v=o9IhReQPmF4,
https://www.peekvids.com/watch?v=R4XDQeavmo6, https://www.peekvids.com/watch?v=ZZJkO1WTcy8, https://www.peekvids.com/watch?v=jPjLbWYYXbB,
https://www.peekvids.com/watch?v=D4EAJOszPYj, https://www.peekvids.com/watch?v=jBorU83ict6, https://www.peekvids.com/watch?v=sGdkdwPDobY,
https://www.peekvids.com/watch?v=ogOJzF2kZ7H, https://www.peekvids.com/watch?v=HgC-p_GSNov, https://www.peekvids.com/watch?v=E8Bc4-ks8Fm,
https://www.peekvids.com/watch?v=dNUejFnUZ0S, https://www.peekvids.com/watch?v=Lhx59KnFL5K, https://www.peekvids.com/watch?v=7GUE7LIrkru,
https://www.peekvids.com/watch?v=da-j4x2TGVt, https://www.peekvids.com/watch?v=CUWriUoN5qx, https://www.peekvids.com/watch?v=BUQ2ZKbAD0N,
https://www.peekvids.com/watch?v=NeQrNSSMumj, https://www.peekvids.com/watch?v=M2MxCZuWKhr, https://www.peekvids.com/watch?v=257AMEnfBaz,
https://www.peekvids.com/watch?v=p_qx2YVfJbA, https://www.peekvids.com/watch?v=VRbUiFHETmC, https://www.peekvids.com/watch?v=t7cYZhOnD0B,
https://www.peekvids.com/watch?v=IPY9LldDI2R, https://www.peekvids.com/watch?v=rbOuWnFmbzD, https://www.peekvids.com/watch?v=f34f7u2yi80,
https://www.peekvids.com/watch?v=Ml2H19F29Ui, https://www.peekvids.com/watch?v=nhUE5KCOL7E, https://www.peekvids.com/watch?v=B_tFIBLAEDz,
https://www.peekvids.com/watch?v=QXy3rPYnwu7, https://www.peekvids.com/watch?v=psw-J9g1293, https://www.peekvids.com/watch?v=rYCAwn8dF_G,
https://www.peekvids.com/watch?v=potLKTCJ7ho, https://www.peekvids.com/watch?v=tB47I1ocA3j, https://www.peekvids.com/watch?v=YpDR-I4tk0Q,
https://www.peekvids.com/watch?v=PX_uxDC-uP8, https://www.peekvids.com/watch?v=iC-wFmWZnZL, https://www.peekvids.com/watch?v=wkunD7KDs4y,
https://www.peekvids.com/watch?v=LBa7OKui_1z, https://www.peekvids.com/watch?v=hdK3ktBuSx9, https://www.peekvids.com/watch?v=7V9UxYK2vr5,
https://www.peekvids.com/watch?v=HCtvZuZNE4l, https://www.peekvids.com/watch?v=sRUmiwn2hmQ, https://www.peekvids.com/watch?v=XhD4nTNabch,
https://www.peekvids.com/watch?v=cMHCPewmzLr, https://www.peekvids.com/watch?v=QweDHc_98uQ, https://www.peekvids.com/watch?v=XDu9KGCLRdm,
https://www.peekvids.com/watch?v=x4mIHaNnNl5, https://www.peekvids.com/watch?v=VwDUXLszVAS, https://www.peekvids.com/watch?v=pHI0s9kOO1Y,
https://www.peekvids.com/watch?v=GdpdHJD8veG, https://www.peekvids.com/watch?v=uo9YnBBi0XR, https://www.peekvids.com/watch?v=gn4AxqyfqG8,
https://www.peekvids.com/watch?v=yUjlWBLstGZ, https://www.peekvids.com/watch?v=Uh3ZQO4qH-m, https://www.peekvids.com/watch?v=SMR-C1BXOHH,
https://www.peekvids.com/watch?v=YysTTZHDWZO, https://www.peekvids.com/watch?v=XtQQ_4uuITl, https://www.peekvids.com/watch?v=NOsDCRdg9zi,
https://www.peekvids.com/watch?v=v2aOeLWdjwm, https://www.peekvids.com/watch?v=lisp2LgMs7s, https://www.peekvids.com/watch?v=KLq6n1xLVVl,
https://www.peekvids.com/watch?v=83lUNH5Ocsq, https://www.peekvids.com/watch?v=MJ1NzR3t8Ge, https://www.peekvids.com/watch?v=lXzeLYnlMsl,
https://www.peekvids.com/watch?v=5KbsRQiaEj9, https://www.peekvids.com/watch?v=CPkl5sEBJ6T, https://www.peekvids.com/watch?v=70NrL9a9wHj,
https://www.peekvids.com/watch?v=k1_DaMwUD6S, https://www.peekvids.com/watch?v=RuHZ-5Eers7, https://www.peekvids.com/watch?v=jxjwc6ZKvDH,
https://www.peekvids.com/watch?v=Ib9F_BICPa3, https://www.peekvids.com/watch?v=r5eGgVLK7Yr, https://www.peekvids.com/watch?v=xTNz-ZDDOaG,
https://www.peekvids.com/watch?v=6KUzInbRI4p, https://www.peekvids.com/watch?v=fxZMtnMdKnG, https://www.peekvids.com/watch?v=lnlaoPqt0xD,
https://www.peekvids.com/watch?v=ftFDqaxRdhI, https://www.peekvids.com/watch?v=idlJy8FdMYr, https://www.peekvids.com/watch?v=sIUYct66cg7,
https://www.peekvids.com/watch?v=rDuzLNMB8U4, https://www.peekvids.com/watch?v=n2Ii5LFWy3d, https://www.peekvids.com/watch?v=GWiRBgDm1zS,
https://www.peekvids.com/watch?v=p2kTzIs_ExU, https://www.peekvids.com/watch?v=WEqqAXu7_ua, https://www.peekvids.com/watch?v=yG7pcbdk-uu,
https://www.peekvids.com/watch?v=iGe9XZos2Jd, https://www.peekvids.com/watch?v=Rp1d9lmaXvD, https://www.peekvids.com/watch?v=HEA24P3XZsY,
https://www.peekvids.com/watch?v=Zs7YKHR32jc, https://www.peekvids.com/watch?v=RoTyN-zooXe, https://www.peekvids.com/watch?v=zLPDfdox6lA,
https://www.peekvids.com/watch?v=2Vw04OhzqKO, https://www.peekvids.com/watch?v=0gu4f3deSIu, https://www.peekvids.com/watch?v=04Pwow7Jd09,
https://www.peekvids.com/watch?v=IczczuDXf8t, https://www.peekvids.com/watch?v=U6mlYI8cn8Y, https://www.peekvids.com/watch?v=MFJLkNxq0kX,
https://www.peekvids.com/watch?v=uPS-hdN-pbn, https://www.peekvids.com/watch?v=0yKemYRDBky, https://www.peekvids.com/watch?v=gfOxqZesq8o,
https://www.peekvids.com/watch?v=tvGmlRSMcMj, https://www.peekvids.com/watch?v=4ve7jEqASuE, https://www.peekvids.com/watch?v=WCb4AgiiA2R,
https://www.peekvids.com/watch?v=466vgIadqrc, https://www.peekvids.com/watch?v=XJFsa7lH4tU, https://www.peekvids.com/watch?v=hB_1SCDElnI,
https://www.peekvids.com/watch?v=IL1QpSI_iAJ, https://www.peekvids.com/watch?v=mSFYBNASPD9, https://www.peekvids.com/watch?v=zqd4hU6v2Yu,
https://www.peekvids.com/watch?v=iQhD6qSJves, https://www.peekvids.com/watch?v=Z1AW6eISkjc, https://www.peekvids.com/watch?v=LiLasIgnQlW,
https://www.peekvids.com/watch?v=Xrm5Or0zetJ, https://www.peekvids.com/watch?v=L4L13J_xF5T, https://www.peekvids.com/watch?v=IMdQn-xIv1Q,
https://www.peekvids.com/watch?v=6wNrJUU-hmw, https://www.peekvids.com/watch?v=rKP2urajwW8, https://www.peekvids.com/watch?v=icdYkBxjbjo,
https://www.peekvids.com/watch?v=iiE80bVjNY9, https://www.peekvids.com/watch?v=8rZ6StG60BL, https://www.peekvids.com/watch?v=ZUpSTDZRPQZ,
https://www.peekvids.com/watch?v=FF9V4tS-7pV, https://www.peekvids.com/watch?v=sEs3t3kMQtM, https://www.peekvids.com/watch?v=WNaGlOZiCmC,
https://www.peekvids.com/watch?v=SUNGg-glqEw, https://www.peekvids.com/watch?v=BNrnN3ocoWG, https://www.peekvids.com/watch?v=8QWvg_W0A7K,
https://www.peekvids.com/watch?v=oBDrWcFJlXw, https://www.peekvids.com/watch?v=vAm3llASXu0, https://www.peekvids.com/watch?v=oALWAUnT-Qu,
https://www.peekvids.com/watch?v=Up4_sN4fImD, https://www.peekvids.com/watch?v=cijxqhhmWbC, https://www.peekvids.com/watch?v=wPmFhlzLbAM,
https://www.peekvids.com/watch?v=R96HgLrTV7I, https://www.peekvids.com/watch?v=wz3sPwuOwOP, https://www.peekvids.com/watch?v=fB8JgIdKIvn,
https://www.peekvids.com/watch?v=3s8ymb1D3RD, https://www.peekvids.com/watch?v=GSRUS15PAUD, https://www.peekvids.com/watch?v=3HcvNfspMzq,
https://www.peekvids.com/watch?v=vdZVUjqrQcV, https://www.peekvids.com/watch?v=Hik690rYkFt, https://www.peekvids.com/watch?v=67JAmzfxGm8,
https://www.peekvids.com/watch?v=Ni0WuamoCeQ, https://www.peekvids.com/watch?v=59-g16kTDEk, https://www.peekvids.com/watch?v=38WndtyGLs2,
https://www.peekvids.com/watch?v=ZzImprJ4qPE, https://www.peekvids.com/watch?v=gR-ZuLPHs7h, https://www.peekvids.com/watch?v=WNLSbsIBAhT,
https://www.peekvids.com/watch?v=9xRKJnUZkQk, https://www.peekvids.com/watch?v=KaF4zlFGAzb, https://www.peekvids.com/watch?v=ITgcjEd-nSz,
https://www.peekvids.com/watch?v=Vpi9gqHy1hk, https://www.peekvids.com/watch?v=xV-nPFAveFO, https://www.peekvids.com/watch?v=TY63_mH2rD3,
https://www.peekvids.com/watch?v=6KxSYFPUYhc, https://www.peekvids.com/watch?v=0CeqmfJciDe, https://www.peekvids.com/watch?v=bQDtzSzSpQv,
https://www.peekvids.com/watch?v=QJkamgKvvfz, https://www.peekvids.com/watch?v=Ono0mN5_2aN, https://www.peekvids.com/watch?v=2uyvwIviHat,
https://www.peekvids.com/watch?v=t7eJWQmi5rk, https://www.peekvids.com/watch?v=qORjRyrg_d5, https://www.peekvids.com/watch?v=bkFPrBkMBKE,
https://www.peekvids.com/watch?v=uBMKYOgsy2Z, https://www.peekvids.com/watch?v=qh4KyKViFKn, https://www.peekvids.com/watch?v=AuMTJU32k6x,
https://www.peekvids.com/watch?v=3J2K5FPKofL, https://www.peekvids.com/watch?v=mz0uKGlCqr2, https://www.peekvids.com/watch?v=xb_-pFDbLbx,
https://www.peekvids.com/watch?v=hE4Ra0N5KFM, https://www.peekvids.com/watch?v=m7PJOsZH_wx, https://www.peekvids.com/watch?v=PFOFaJJZuna,
https://www.peekvids.com/watch?v=I0uB-nBiAHn, https://www.peekvids.com/watch?v=olKkw2xcEgm, https://www.peekvids.com/watch?v=xwyyIHabRnP,
https://www.peekvids.com/watch?v=cZSYxFMxo0K, https://www.peekvids.com/watch?v=WB_XAKdUT0n, https://www.peekvids.com/watch?v=uC6nSlj9XBm,
https://www.peekvids.com/watch?v=mtfhQ-jTjT2, https://www.peekvids.com/watch?v=XwS95s1cMjc, https://www.peekvids.com/watch?v=aCIqVZcgN6y,
https://www.peekvids.com/watch?v=gwjO8HXcTQh, https://www.peekvids.com/watch?v=LaOj0tV7L4q, https://www.peekvids.com/watch?v=rCeIqNK9O0T,
https://www.peekvids.com/watch?v=fQGQ7kRD22l, https://www.peekvids.com/watch?v=b1VWbyLaxc5, https://www.peekvids.com/watch?v=w9cchQ7eMal,
https://www.peekvids.com/watch?v=dQeYgTlU4hf, https://www.peekvids.com/watch?v=KFRXFv_TRU7, https://www.peekvids.com/watch?v=lDYgr7MxUYY,
https://www.peekvids.com/watch?v=TnRYCS2gUYq, https://www.peekvids.com/watch?v=H5AGWASHCqA, https://www.peekvids.com/watch?v=J3l3CAWWD3t,
https://www.peekvids.com/watch?v=68rt_9LyJFs, https://www.peekvids.com/watch?v=azAadpNduWh, https://www.peekvids.com/watch?v=OxySqX1oHIc,
https://www.peekvids.com/watch?v=atkQ4h24SPx, https://www.peekvids.com/watch?v=298HwfTdxwR, https://www.peekvids.com/watch?v=S-S6J3cTVY6,
https://www.peekvids.com/watch?v=eFtmyZ4g2wb, https://www.peekvids.com/watch?v=yeExdeLukik, https://www.peekvids.com/watch?v=UZe-ab4bThX,
https://www.peekvids.com/watch?v=Subj0KcB2Mw, https://www.peekvids.com/watch?v=5fO4Hy9xWlR, https://www.peekvids.com/watch?v=45_PWT9TAXb,
https://www.peekvids.com/watch?v=OxIn_BeZQph, https://www.peekvids.com/watch?v=Uen9_CykBt3, https://www.peekvids.com/watch?v=pKtJ5QQcQeX,
https://www.peekvids.com/watch?v=lS1PagA4q1z, https://www.peekvids.com/watch?v=pMoK800oKvE, https://www.peekvids.com/watch?v=RMZmp62SojF,
https://www.peekvids.com/watch?v=QCWwW15p2UQ, https://www.peekvids.com/watch?v=YIGtdQs2MeJ, https://www.peekvids.com/watch?v=6EGtwin_6oQ,
https://www.peekvids.com/watch?v=Mr-QkfY5z3H, https://www.peekvids.com/watch?v=XvNsHGhPX-R, https://www.peekvids.com/watch?v=aeQdc4WUWRo,
https://www.peekvids.com/watch?v=Pl9KzLoC-Zm, https://www.peekvids.com/watch?v=UUCG0wPftui, https://www.peekvids.com/watch?v=0Zr8J9TV8Vx,
https://www.peekvids.com/watch?v=pB72ECny40k, https://www.peekvids.com/watch?v=HVXyRFhHi35, https://www.peekvids.com/watch?v=xTEs_TcdTTr,
https://www.peekvids.com/watch?v=yjuI8eKTWXY, https://www.peekvids.com/watch?v=V3Xk7jsMubb, https://www.peekvids.com/watch?v=vHaqmTd-BAa,
https://www.peekvids.com/watch?v=XpmMCIm6DW8, https://www.peekvids.com/watch?v=MhwOpuwdeYY, https://www.peekvids.com/watch?v=0BtestjnaZd,
https://www.peekvids.com/watch?v=R_z43GQ3tEL, https://www.peekvids.com/watch?v=CCbnVIaI9ha, https://www.peekvids.com/watch?v=r9Q2KE-XRgw,
https://www.peekvids.com/watch?v=FGxivWpMXTR, https://www.peekvids.com/watch?v=j2nPV_oRuVY, https://www.peekvids.com/watch?v=4IJu3DDlOve,
https://www.peekvids.com/watch?v=FEEd5fgyttA, https://www.peekvids.com/watch?v=fwI4KtdyGou, https://www.peekvids.com/watch?v=a6xiK4G93Nt,
https://www.peekvids.com/watch?v=pGYW-VAX4Kg, https://www.peekvids.com/watch?v=vz8DeZBJROQ, https://www.peekvids.com/watch?v=geTjYtmX6_Z,
https://www.peekvids.com/watch?v=AvLCzfucEft, https://www.peekvids.com/watch?v=4IMhjkQpiMs, https://www.peekvids.com/watch?v=MCl2VigDhgR,
https://www.peekvids.com/watch?v=68EBzOWQkJt, https://www.peekvids.com/watch?v=XRTVnlPjPLf, https://www.peekvids.com/watch?v=V-hMEFJocvR,
https://www.peekvids.com/watch?v=CBmjwPHZll3, https://www.peekvids.com/watch?v=LVi80pSxmrF, https://www.peekvids.com/watch?v=wTkq9QrADue,
https://www.peekvids.com/watch?v=OzaroZTUcZx, https://www.peekvids.com/watch?v=5Be2nt8e2Nc, https://www.peekvids.com/watch?v=kmyvru0XeiV,
https://www.peekvids.com/watch?v=K60axYIxw_z, https://www.peekvids.com/watch?v=f3pGkKsRSUm, https://www.peekvids.com/watch?v=bR6q0AKWe4k,
https://www.peekvids.com/watch?v=fQbwSJMRsKt, https://www.peekvids.com/watch?v=gVIcHC4OoIy, https://www.peekvids.com/watch?v=pM-_zV9NLlu,
https://www.peekvids.com/watch?v=uiUs4xgw6zs, https://www.peekvids.com/watch?v=Pgpn-ihQMfd, https://www.peekvids.com/watch?v=Z0ZDZI3MDuv,
https://www.peekvids.com/watch?v=yn_XcuCHbUw, https://www.peekvids.com/watch?v=Ohsc0JbL88D, https://www.peekvids.com/watch?v=JKIzdkCSL-x,
https://www.peekvids.com/watch?v=aZf4zYzY2aH, https://www.peekvids.com/watch?v=Jad-XQvIUXr, https://www.peekvids.com/watch?v=mB0OU5oAXap,
https://www.peekvids.com/watch?v=wGesDOEenr9, https://www.peekvids.com/watch?v=FkHUvLmu3UK, https://www.peekvids.com/watch?v=dyNHvz3U0Pa,
https://www.peekvids.com/watch?v=UWPc1LmlU3E, https://www.peekvids.com/watch?v=wR2rDgKOwpR, https://www.peekvids.com/watch?v=Z-ZaBYiuA35,
https://www.peekvids.com/watch?v=8NV9qLcvlMA, https://www.peekvids.com/watch?v=HlxO7ox7oYe, https://www.peekvids.com/watch?v=F_T5oLwXMeI,
https://www.peekvids.com/watch?v=y2KHvoWDPKm, https://www.peekvids.com/watch?v=2cKflmaD6So, https://www.peekvids.com/watch?v=XCGrO1DljCU,
https://www.peekvids.com/watch?v=ztAAwZDgJKL, https://www.peekvids.com/watch?v=y_FShd0fCpt, https://www.peekvids.com/watch?v=H2knn9FEneM,
https://www.peekvids.com/watch?v=lJ-u2ntl4lF, https://www.peekvids.com/watch?v=kQZ1aHXbz-A, https://www.peekvids.com/watch?v=SiPFoPM-KFy,
https://www.peekvids.com/watch?v=0EIWckNuYiU, https://www.peekvids.com/watch?v=Md5TBBzSD9r, https://www.peekvids.com/watch?v=eOV0U9mZaab,
https://www.peekvids.com/watch?v=mgSNsjGQ7bF, https://www.peekvids.com/watch?v=Qd-1Vc3Zu1L, https://www.peekvids.com/watch?v=g33Q1mh8A3q,
https://www.peekvids.com/watch?v=5ezFOKjOMGF, https://www.peekvids.com/watch?v=Qc2SU11rjjo, https://www.peekvids.com/watch?v=DyqBk7KiRoB,

https://www.peekvids.com/watch?v=vXYQ8Fqy3Ip, https://www.peekvids.com/watch?v=7LaJmeVMj7M, https://www.peekvids.com/watch?v=woTLMzKZ9g3,
https://www.peekvids.com/watch?v=6zNSrO_z9kV, https://www.peekvids.com/watch?v=eWYuG8ZVlXg, https://www.peekvids.com/watch?v=jZSJgsCbVGy,
https://www.peekvids.com/watch?v=mdey0D1rYIS, https://www.peekvids.com/watch?v=g_PiA2ExECs, https://www.peekvids.com/watch?v=NLzXcpRB-nE,
https://www.peekvids.com/watch?v=pNNvJYn2RP7, https://www.peekvids.com/watch?v=bllhHHRjpGY, https://www.peekvids.com/watch?v=kkr-ncOa4Eu,
https://www.peekvids.com/watch?v=IGHdOvHSMec, https://www.peekvids.com/watch?v=sNxvYw27ASG, https://www.peekvids.com/watch?v=iwAs8VctlVA,
https://www.peekvids.com/watch?v=pUdoi81FTUI, https://www.peekvids.com/watch?v=YbOMreVsNeG, https://www.peekvids.com/watch?v=T74p890N1hz,
https://www.peekvids.com/watch?v=y4eH6rJd--G, https://www.peekvids.com/watch?v=Oxje_MNVR_u, https://www.peekvids.com/watch?v=K5cxfTpO-mA,
https://www.peekvids.com/watch?v=0O69r-xEIm2, https://www.peekvids.com/watch?v=j9CiDuT0T4W, https://www.peekvids.com/watch?v=qYcqAY43QDE,
https://www.peekvids.com/watch?v=NbpnEzyoBJj, https://www.peekvids.com/watch?v=yzGDwhnULo8, https://www.peekvids.com/watch?v=l5HwqIwoThj,
https://www.peekvids.com/watch?v=buysHPkTtVf, https://www.peekvids.com/watch?v=7Q9EDv5k2vm, https://www.peekvids.com/watch?v=8qawGktROVO,
https://www.peekvids.com/watch?v=P_Q6d0qzc16, https://www.peekvids.com/watch?v=sgLjQuMVle9, https://www.peekvids.com/watch?v=nL4rrsFirCb,
https://www.peekvids.com/watch?v=poLLY27zeiK, https://www.peekvids.com/watch?v=QVhUqKf_36B, https://www.peekvids.com/watch?v=wKPo7V_wZ1Q,
https://www.peekvids.com/watch?v=eWeu13lpE1p, https://www.peekvids.com/watch?v=qTExA6K7Goo, https://www.peekvids.com/watch?v=KSZ1go3L-Ab,
https://www.peekvids.com/watch?v=bGxNubMMMLI, https://www.peekvids.com/watch?v=gAEHoR9_Ou3, https://www.peekvids.com/watch?v=VGAt6SsDBTm,
https://www.peekvids.com/watch?v=ZKKc91aLOCT, https://www.peekvids.com/watch?v=adKGF_yVAAp, https://www.peekvids.com/watch?v=82fEY5WgeUk,
https://www.peekvids.com/watch?v=zRAp1kDdt2D, https://www.peekvids.com/watch?v=xL_zQ9uh_RX, https://www.peekvids.com/watch?v=8KeIq7XuLbd,
https://www.peekvids.com/watch?v=H5BxqEHhg7L, https://www.peekvids.com/watch?v=VNHDt83abxj, https://www.peekvids.com/watch?v=4ZdxfvDWtrS,
https://www.peekvids.com/watch?v=91WmMZ-LjgS, https://www.peekvids.com/watch?v=OOz7Ym7NYhv, https://www.peekvids.com/watch?v=tTAjyLiDTZr,
https://www.peekvids.com/watch?v=bgm41ruExNn, https://www.peekvids.com/watch?v=zN6CslsTnpf, https://www.peekvids.com/watch?v=SRpG-wjrkSP,
https://www.peekvids.com/watch?v=3x942zLIDYr, https://www.peekvids.com/watch?v=KYTBxQrjVfV, https://www.peekvids.com/watch?v=TyYaJo2-hX7,
https://www.peekvids.com/watch?v=cB5o8BvZey5, https://www.peekvids.com/watch?v=EZOf9WvU1Dm, https://www.peekvids.com/watch?v=eq_KwDUbwGW,
https://www.peekvids.com/watch?v=Z8fUYRrDQyu, https://www.peekvids.com/watch?v=cZCrtwcxKAG, https://www.peekvids.com/watch?v=jr8ZCG3dFdM,
https://www.peekvids.com/watch?v=PKYbgh3JjY2, https://www.peekvids.com/watch?v=Obm4QgUR44C, https://www.peekvids.com/watch?v=LJyr3v3gFdI,
https://www.peekvids.com/watch?v=LjPMaqihMI5, https://www.peekvids.com/watch?v=0gcsyaOeSDR, https://www.peekvids.com/watch?v=W6GR971BvfQ,
https://www.peekvids.com/watch?v=7rHcyC65Cgq, https://www.peekvids.com/watch?v=tn-f03_qAUf, https://www.peekvids.com/watch?v=vW9qNB-eg5X,
https://www.peekvids.com/watch?v=tkjRADeeIJ8, https://www.peekvids.com/watch?v=OVhUvi2-NUP, https://www.peekvids.com/watch?v=paKPrdRpvKa,
https://www.peekvids.com/watch?v=Hpq1FdsJp6K, https://www.peekvids.com/watch?v=tyCpqfguR7i, https://www.peekvids.com/watch?v=Mnkgl44NjLT,
https://www.peekvids.com/watch?v=YGDOKUVxifs, https://www.peekvids.com/watch?v=8wNQ6V5Rexl, https://www.peekvids.com/watch?v=IW82XHYsXmk,
https://www.peekvids.com/watch?v=5IIlgEx0fCS, https://www.peekvids.com/watch?v=m6iK8Rlr37z, https://www.peekvids.com/watch?v=MclRnWcAAt0,
https://www.peekvids.com/watch?v=oHaAnC64bvD, https://www.peekvids.com/watch?v=6agDlU1T7Wm, https://www.peekvids.com/watch?v=V3qdnggd_lq,
https://www.peekvids.com/watch?v=kTQHAD4smCP, https://www.peekvids.com/watch?v=s6mRsVGmhln, https://www.peekvids.com/watch?v=hmvZVtJAXkG,
https://www.peekvids.com/watch?v=69REtBBIzzO, https://www.peekvids.com/watch?v=K6SPAEd37A6, https://www.peekvids.com/watch?v=CF-3pynUJOO,
https://www.peekvids.com/watch?v=eEziW8iJufo, https://www.peekvids.com/watch?v=lcvJzySzmnz, https://www.peekvids.com/watch?v=k2kd77AFf4y,
https://www.peekvids.com/watch?v=ud4XeUBec5g, https://www.peekvids.com/watch?v=O12ErAo-6yp, https://www.peekvids.com/watch?v=mOR6g4LBctS,
https://www.peekvids.com/watch?v=Q0wL_lVTAdE, https://www.peekvids.com/watch?v=t4roOzHjCEn, https://www.peekvids.com/watch?v=bFXjE5h8fA8,
https://www.peekvids.com/watch?v=RqOhC_VT0Fq, https://www.peekvids.com/watch?v=2jXcSvH2JB2, https://www.peekvids.com/watch?v=rRt_RCVJtDq,
https://www.peekvids.com/watch?v=dn94_9gzFu4, https://www.peekvids.com/watch?v=4Hl6cXKA5KV, https://www.peekvids.com/watch?v=eBr-rMRmRK2,
https://www.peekvids.com/watch?v=k7-Kb9DjV8N, https://www.peekvids.com/watch?v=NQ8n0L_Ont5, https://www.peekvids.com/watch?v=91HxN6MNfeC,
https://www.peekvids.com/watch?v=oS8e17o71wS, https://www.peekvids.com/watch?v=di0mxX3sjiH, https://www.peekvids.com/watch?v=QZIZhu5jmst,
https://www.peekvids.com/watch?v=IiNiJytB3Rw, https://www.peekvids.com/watch?v=Cf9N0XG3y9d, https://www.peekvids.com/watch?v=DeK_WO6QyIE,
https://www.peekvids.com/watch?v=pFoNN3DA7e2, https://www.peekvids.com/watch?v=Y9qZgcvFAzy, https://www.peekvids.com/watch?v=i1Jn3CqTT4M,
https://www.peekvids.com/watch?v=s23J4_SP3KI, https://www.peekvids.com/watch?v=NBbbdFklKSz, https://www.peekvids.com/watch?v=hsjLFAHG8Fa,
https://www.peekvids.com/watch?v=s3H-JOlI_O0, https://www.peekvids.com/watch?v=6_bomFu7W_7, https://www.peekvids.com/watch?v=2snYTKKfy1X,
https://www.peekvids.com/watch?v=y-EmrgHxJMd, https://www.peekvids.com/watch?v=5nOdai5MVol, https://www.peekvids.com/watch?v=QU-R2VBkcXO,
https://www.peekvids.com/watch?v=4F27BloSw7G, https://www.peekvids.com/watch?v=Y0904UtTD4E, https://www.peekvids.com/watch?v=JpItTo1in3C,
https://www.peekvids.com/watch?v=OT-1Xf9eTSK, https://www.peekvids.com/watch?v=gFLkWSO5DU2, https://www.peekvids.com/watch?v=Ma5n_bTUz4G,
https://www.peekvids.com/watch?v=kIpLGD07Jzo, https://www.peekvids.com/watch?v=6CqMzeMRXSW, https://www.peekvids.com/watch?v=0M7QWD4GhSa,
https://www.peekvids.com/watch?v=ViNj2s3lt-K, https://www.peekvids.com/watch?v=Nug61WIPima, https://www.peekvids.com/watch?v=SOWE7eOQ2OA,
https://www.peekvids.com/watch?v=J7zokK6Mv0W, https://www.peekvids.com/watch?v=j7MKchaDnlt, https://www.peekvids.com/watch?v=k3hGvdQpzMb,
https://www.peekvids.com/watch?v=2nG9K_Yf5yf, https://www.peekvids.com/watch?v=4Wk-g1c89MR, https://www.peekvids.com/watch?v=FnDezBDK9zf,
https://www.peekvids.com/watch?v=6YEmhQaXprm, https://www.peekvids.com/watch?v=cfq2G_TBq-n, https://www.peekvids.com/watch?v=5yl20FwEqSP,
https://www.peekvids.com/watch?v=63KNhGm1XZK, https://www.peekvids.com/watch?v=XOFdOFFsLXW, https://www.peekvids.com/watch?v=aXJ2uE72QJ9,
https://www.peekvids.com/watch?v=fMTVB9HgGKc, https://www.peekvids.com/watch?v=TK_uxdu-32w, https://www.peekvids.com/watch?v=uKn9TkClxg4,
https://www.peekvids.com/watch?v=df83g0tZPz4, https://www.peekvids.com/watch?v=Rmt4uDWtMAb, https://www.peekvids.com/watch?v=M6ezAPTiJ-A,
https://www.peekvids.com/watch?v=bX8OzZNyDJW, https://www.peekvids.com/watch?v=mK18bDkoXPZ, https://www.peekvids.com/watch?v=8uI5HzFHHJq,
https://www.peekvids.com/watch?v=HbFheQxVztN, https://www.peekvids.com/watch?v=K8yCbEDhWOv, https://www.peekvids.com/watch?v=CSC5ZqRCd4L,
https://www.peekvids.com/watch?v=eKSZRIgYuF6, https://www.peekvids.com/watch?v=dB-sU8JZD4X, https://www.peekvids.com/watch?v=5MoIxNsug1C,
https://www.peekvids.com/watch?v=CSkNdJAFP4L, https://www.peekvids.com/watch?v=2T3FBeh18-o, https://www.peekvids.com/watch?v=GwvcnwipV5s,
https://www.peekvids.com/watch?v=dvMJoCgjxkB, https://www.peekvids.com/watch?v=pgWt8kp9hvi, https://www.peekvids.com/watch?v=Tzbuglw6fLG,
https://www.peekvids.com/watch?v=93ih6fqrcaW, https://www.peekvids.com/watch?v=F9R7jCN2H8D, https://www.peekvids.com/watch?v=pP_tI6MjQLU,
https://www.peekvids.com/watch?v=SFmAsNkdBsS, https://www.peekvids.com/watch?v=m2NvIGbEBgX, https://www.peekvids.com/watch?v=Lg5Z8bTASsJ,
https://www.peekvids.com/watch?v=9Z3lRMP13Qp, https://www.peekvids.com/watch?v=qhP_Qv0RcqV, https://www.peekvids.com/watch?v=hSDXxtyvOVO,
https://www.peekvids.com/watch?v=gQLGAot-ZdB, https://www.peekvids.com/watch?v=xpAEcV7bZqz, https://www.peekvids.com/watch?v=YF4fYzer2T2,
https://www.peekvids.com/watch?v=fEsXNqHisjf, https://www.peekvids.com/watch?v=G_9iniNRHSO, https://www.peekvids.com/watch?v=ps4RKb-Dr6g,
https://www.peekvids.com/watch?v=Q2i9HNZHZEY, https://www.peekvids.com/watch?v=U_mtLNZRkn5, https://www.peekvids.com/watch?v=8qCe5-rPiyY,
https://www.peekvids.com/watch?v=npb1oaSjbtJ, https://www.peekvids.com/watch?v=hy2enDljHRC, https://www.peekvids.com/watch?v=SE699b_8_Qh,
https://www.peekvids.com/watch?v=MgklFjNO0y6, https://www.peekvids.com/watch?v=Wve8UadW2H6
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: niva2x2
5.b. Uploader's email address: zingermamala800@yahoo.nl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=niva2x2
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=CAkcekX7Zb9, https://www.peekvids.com/watch?v=RLm7WN1bPMH,
https://www.peekvids.com/watch?v=42rPBolqhKR, https://www.peekvids.com/watch?v=Mr7dDCkpLiU, https://www.peekvids.com/watch?v=LjyRmD756uz,
https://www.peekvids.com/watch?v=lHam0cSouT7, https://www.peekvids.com/watch?v=Dbs0zfAkaHE, https://www.peekvids.com/watch?v=fS01dPrJsSU,
https://www.peekvids.com/watch?v=BC_Kp5AKO3E, https://www.peekvids.com/watch?v=7E5KEOUUEVs, https://www.peekvids.com/watch?v=uXg1w9i8bIS,
https://www.peekvids.com/watch?v=Ouk968scAPl, https://www.peekvids.com/watch?v=Y5TOz80YXJT, https://www.peekvids.com/watch?v=fjGbLAo5lYu,
https://www.peekvids.com/watch?v=MkqdEzqCneI, https://www.peekvids.com/watch?v=y-7Va65GoiK, https://www.peekvids.com/watch?v=o_bVChhRp_m,
https://www.peekvids.com/watch?v=SOKfZ18UoU8, https://www.peekvids.com/watch?v=FYER_1uNS3c, https://www.peekvids.com/watch?v=hbDq67NXKdy,
https://www.peekvids.com/watch?v=UwA37e3MO5Y, https://www.peekvids.com/watch?v=wZyFyZjjHlb, https://www.peekvids.com/watch?v=CNpiALVovDw,
https://www.peekvids.com/watch?v=ANhUGIcDeif, https://www.peekvids.com/watch?v=Kg6G9WIYliX, https://www.peekvids.com/watch?v=S4wUWj6NYEo,
https://www.peekvids.com/watch?v=A7mZbE3XWr9, https://www.peekvids.com/watch?v=pZYNKur8uff, https://www.peekvids.com/watch?v=ki995Gx3jJ7,
https://www.peekvids.com/watch?v=fpQjnsKlDvw, https://www.peekvids.com/watch?v=uBdQq4vDK4y, https://www.peekvids.com/watch?v=ogLP0CAwWnG,
https://www.peekvids.com/watch?v=vGc_DTvNXB6, https://www.peekvids.com/watch?v=ReaLS3oPV1u, https://www.peekvids.com/watch?v=iTQmFykJJoW,
https://www.peekvids.com/watch?v=WvdeaStO3pk, https://www.peekvids.com/watch?v=ssXZhM5rQdh, https://www.peekvids.com/watch?v=egMoasJjm2z,
https://www.peekvids.com/watch?v=YmmOMGO4Apg, https://www.peekvids.com/watch?v=ua2AYOI7jYa, https://www.peekvids.com/watch?v=MSGd3FZNA53,
https://www.peekvids.com/watch?v=TVMaMB-1CQv, https://www.peekvids.com/watch?v=57G6Cz83m1U, https://www.peekvids.com/watch?v=d8Nukb98BCT,
https://www.peekvids.com/watch?v=pnLOmWNcxpS, https://www.peekvids.com/watch?v=HjhJCDcvpYM, https://www.peekvids.com/watch?v=2M4dDb2o5IT,
https://www.peekvids.com/watch?v=T71yQ_Ebm6J, https://www.peekvids.com/watch?v=25xH-L0xCEF, https://www.peekvids.com/watch?v=ZMs7liJSMXR,
https://www.peekvids.com/watch?v=hYeGVMPzWev, https://www.peekvids.com/watch?v=x3D6pUgdBwE, https://www.peekvids.com/watch?v=uklJzC2azPf,
https://www.peekvids.com/watch?v=k3irk9vYssI, https://www.peekvids.com/watch?v=hzT8FczmvaA, https://www.peekvids.com/watch?v=pC_Kl08Xhj7,
https://www.peekvids.com/watch?v=PxBitZPoBof, https://www.peekvids.com/watch?v=W73tptY48Sh, https://www.peekvids.com/watch?v=tZQ5huJuKUN,
https://www.peekvids.com/watch?v=75TeRKz0BHe, https://www.peekvids.com/watch?v=xkNh7tTgsb7, https://www.peekvids.com/watch?v=b2CCz24Bf7G,
https://www.peekvids.com/watch?v=WIv2Ia73C-L, https://www.peekvids.com/watch?v=aBszWeLX4R5, https://www.peekvids.com/watch?v=xg0pkmY_D7f,
https://www.peekvids.com/watch?v=Hy2yL4fJW7S, https://www.peekvids.com/watch?v=xp1vnRpJGl9, https://www.peekvids.com/watch?v=B0Tiq__MRAY,
https://www.peekvids.com/watch?v=LZR8lHyWAds, https://www.peekvids.com/watch?v=W_MAwVShw4Y, https://www.peekvids.com/watch?v=zYYXLQ-SAdI,
https://www.peekvids.com/watch?v=X-CWFRDOk7F, https://www.peekvids.com/watch?v=kYNOtzF2k_y, https://www.peekvids.com/watch?v=An46KGp-WGc,
https://www.peekvids.com/watch?v=M8msrk9Hgr2, https://www.peekvids.com/watch?v=lJOBeyRi8ke, https://www.peekvids.com/watch?v=4wkSEWq7L3S,
https://www.peekvids.com/watch?v=HKukWMQ2zt3, https://www.peekvids.com/watch?v=mIU04kpxe5A, https://www.peekvids.com/watch?v=R2_A9OQVNt5,
https://www.peekvids.com/watch?v=UB-OLX5zXqz, https://www.peekvids.com/watch?v=OLVtRlzkCIm, https://www.peekvids.com/watch?v=0FnY3txrxBe,
https://www.peekvids.com/watch?v=AJ_xPR8k6KI, https://www.peekvids.com/watch?v=HG19chctnoU, https://www.peekvids.com/watch?v=KiEVjmX1JWv,
https://www.peekvids.com/watch?v=6o-oU2V5wL0, https://www.peekvids.com/watch?v=H6nCOFgKvEo, https://www.peekvids.com/watch?v=POMYseqLm5l,
https://www.peekvids.com/watch?v=cpD4sXWPunA, https://www.peekvids.com/watch?v=2eSxAF2BJ0a, https://www.peekvids.com/watch?v=N-oCN2_lmVY,
https://www.peekvids.com/watch?v=4vAlGdh-G_f, https://www.peekvids.com/watch?v=yGnWd7oaU6k, https://www.peekvids.com/watch?v=RFTH5XT7x8S,
https://www.peekvids.com/watch?v=w_zt7cAjVWR, https://www.peekvids.com/watch?v=c6r7v0Uaguf, https://www.peekvids.com/watch?v=bockM6_XUmt,
https://www.peekvids.com/watch?v=UGDve2qHTlw, https://www.peekvids.com/watch?v=yntwoCDU5RR, https://www.peekvids.com/watch?v=G6rycB9OnJU,
https://www.peekvids.com/watch?v=0ik9hPQ_pIe, https://www.peekvids.com/watch?v=UXVA247Ma4i, https://www.peekvids.com/watch?v=xN1BJCBMJ6K,
https://www.peekvids.com/watch?v=hMA2qJhVcnu, https://www.peekvids.com/watch?v=tXXaPUmaUsg, https://www.peekvids.com/watch?v=NEmDAKY5aHJ,
https://www.peekvids.com/watch?v=5E-0Uuv29NW, https://www.peekvids.com/watch?v=loUC49FigDl, https://www.peekvids.com/watch?v=V881oeHkF6z,
https://www.peekvids.com/watch?v=aWrbx1Mx1OI, https://www.peekvids.com/watch?v=LUO8qWkeUlz, https://www.peekvids.com/watch?v=hOSNFuVt6QC,
https://www.peekvids.com/watch?v=Z3897L_1WhS, https://www.peekvids.com/watch?v=ayvm6EEmEDt, https://www.peekvids.com/watch?v=UjdTLqYxO9Y,
https://www.peekvids.com/watch?v=dUKKwHOvDRe, https://www.peekvids.com/watch?v=Vg5R2aXa2GC, https://www.peekvids.com/watch?v=8I5hXDfz7N5,
https://www.peekvids.com/watch?v=ph02qnSDeXo, https://www.peekvids.com/watch?v=EtYNSaUjLO8, https://www.peekvids.com/watch?v=Ha3qX7XVH-c,
https://www.peekvids.com/watch?v=5EnYUtphiZD, https://www.peekvids.com/watch?v=F5l0rGOX_lg, https://www.peekvids.com/watch?v=Z__8K2T8JsC,
https://www.peekvids.com/watch?v=uOre9t6HKfG, https://www.peekvids.com/watch?v=RioaIaou2kP, https://www.peekvids.com/watch?v=l3gmWq5tTft,
https://www.peekvids.com/watch?v=C-cnQvJaYgG, https://www.peekvids.com/watch?v=aEpTkmb1iL3, https://www.peekvids.com/watch?v=wUaWsLjoaQs,
https://www.peekvids.com/watch?v=eeVX2p7y6sl, https://www.peekvids.com/watch?v=MGRBH8o7Y6z, https://www.peekvids.com/watch?v=M-PJJc73UMw,
https://www.peekvids.com/watch?v=C8OnxAt-gLo, https://www.peekvids.com/watch?v=GmjyajCjPtB, https://www.peekvids.com/watch?v=5Z0jcgM5YuF,
https://www.peekvids.com/watch?v=Sod3qwKbA4t, https://www.peekvids.com/watch?v=A85BAjVtJ2B, https://www.peekvids.com/watch?v=8Ql8OB_mxWf,
https://www.peekvids.com/watch?v=nVwJb_PVgNz, https://www.peekvids.com/watch?v=VoqeCGxz01h, https://www.peekvids.com/watch?v=4mUVG0ox_8F,
https://www.peekvids.com/watch?v=Er4pYNp8CEi, https://www.peekvids.com/watch?v=7aJbiqgnRoQ, https://www.peekvids.com/watch?v=PxwLUKar153,
https://www.peekvids.com/watch?v=zjv-9cmUVgu, https://www.peekvids.com/watch?v=p10LA_uWG0H, https://www.peekvids.com/watch?v=l-aRNYvJcy7,
https://www.peekvids.com/watch?v=mf77fgy9-S0, https://www.peekvids.com/watch?v=ZOg6zRtP6lw, https://www.peekvids.com/watch?v=zuJHc0GDMjv,
https://www.peekvids.com/watch?v=vgPURlzbcfv, https://www.peekvids.com/watch?v=IHMBJsCbDGV, https://www.peekvids.com/watch?v=LbWMY-Ua71y,
https://www.peekvids.com/watch?v=Yfpim3ovKS9, https://www.peekvids.com/watch?v=SqNEoktTobv, https://www.peekvids.com/watch?v=nscMc2Vul5B,
https://www.peekvids.com/watch?v=OwFyTeThm7Z, https://www.peekvids.com/watch?v=JVbZ6vrrNY5, https://www.peekvids.com/watch?v=8YQvv21jUJb,
https://www.peekvids.com/watch?v=9wy3KVDvvU5, https://www.peekvids.com/watch?v=a75af3V9FJF, https://www.peekvids.com/watch?v=r1BsijmWZTc,
https://www.peekvids.com/watch?v=Qj7XdPJaEom, https://www.peekvids.com/watch?v=haZxLayL4Wb, https://www.peekvids.com/watch?v=0WIyJ5l0sTs,
https://www.peekvids.com/watch?v=UBdEOLakxDW, https://www.peekvids.com/watch?v=FOVhxrF5BOT, https://www.peekvids.com/watch?v=vN2GaJcuMjj,
https://www.peekvids.com/watch?v=a586pbuYu55, https://www.peekvids.com/watch?v=aGsSzzebxQp, https://www.peekvids.com/watch?v=B5-TgWi-CfT,
https://www.peekvids.com/watch?v=Kn7pQJPPWBD, https://www.peekvids.com/watch?v=3Rf4rykiEaE, https://www.peekvids.com/watch?v=BFFZ02goTTU,
https://www.peekvids.com/watch?v=0gstdE3wAeU, https://www.peekvids.com/watch?v=gFPS-ahOVGd, https://www.peekvids.com/watch?v=wBiin8QZVZo,
https://www.peekvids.com/watch?v=Pcm5B-FdWBz, https://www.peekvids.com/watch?v=Y6kq42n7KDy, https://www.peekvids.com/watch?v=wq4eVevIiGI,
https://www.peekvids.com/watch?v=XCrxZJHmjy8, https://www.peekvids.com/watch?v=BwsTlazZ58W, https://www.peekvids.com/watch?v=PkQEpoZ-TQK,
https://www.peekvids.com/watch?v=fxRTt6wKxMQ, https://www.peekvids.com/watch?v=sRlV3t6zg49, https://www.peekvids.com/watch?v=qm2tfGobyKM,

https://www.peekvids.com/watch?v=LRgg3qgX6ri, https://www.peekvids.com/watch?v=BqE4yNvalpO, https://www.peekvids.com/watch?v=Sk86fiU5Y6h,
https://www.peekvids.com/watch?v=hZr5_3jcnQH, https://www.peekvids.com/watch?v=QWMbZmGX2tI, https://www.peekvids.com/watch?v=CmrN6C4HYGN,
https://www.peekvids.com/watch?v=YSTqOZMdlPj, https://www.peekvids.com/watch?v=SXpsKjp0NSu, https://www.peekvids.com/watch?v=8D5NVzZjW25,
https://www.peekvids.com/watch?v=21oMy9AI8ub, https://www.peekvids.com/watch?v=FtkVU6vL7_k, https://www.peekvids.com/watch?v=FWdiMKxlswR,
https://www.peekvids.com/watch?v=qLAAPG9LqW6, https://www.peekvids.com/watch?v=X_D6LAFaVZk, https://www.peekvids.com/watch?v=LIKHySlDdD0,
https://www.peekvids.com/watch?v=Cm2pfvunN7V, https://www.peekvids.com/watch?v=qvcq6joqRwM, https://www.peekvids.com/watch?v=87gKJVV7tR8,
https://www.peekvids.com/watch?v=syanVR-SeLd, https://www.peekvids.com/watch?v=bdciXs9MPU2, https://www.peekvids.com/watch?v=OJA-EdOV65W,
https://www.peekvids.com/watch?v=DHkcdxLRlfQ, https://www.peekvids.com/watch?v=asC7_T3bzoA, https://www.peekvids.com/watch?v=a0v0Yihf4mm,
https://www.peekvids.com/watch?v=70A3-XXyUbp, https://www.peekvids.com/watch?v=DYJ5rcj917Q, https://www.peekvids.com/watch?v=YLzbaUWM3zp,
https://www.peekvids.com/watch?v=dW7LOvi7XPz, https://www.peekvids.com/watch?v=Zalu-IPxg5h, https://www.peekvids.com/watch?v=I6j_I53wXII,
https://www.peekvids.com/watch?v=kY5s-aLBNJH, https://www.peekvids.com/watch?v=kDixx1M1376, https://www.peekvids.com/watch?v=3lDX0aXkZdT,
https://www.peekvids.com/watch?v=MnzYX-yOrLP, https://www.peekvids.com/watch?v=T380WLmropc, https://www.peekvids.com/watch?v=hMQq8pCulMr,
https://www.peekvids.com/watch?v=By52iIwWsCx, https://www.peekvids.com/watch?v=IC-CTbNldEZ, https://www.peekvids.com/watch?v=Vy_itS_L0Yn,
https://www.peekvids.com/watch?v=YNG7O2zt_y8, https://www.peekvids.com/watch?v=3pul6ZnksJv, https://www.peekvids.com/watch?v=YCi6lbKKC2H,
https://www.peekvids.com/watch?v=3kR90IjSVcm, https://www.peekvids.com/watch?v=9C-OP-hifM2, https://www.peekvids.com/watch?v=CXPw0Q1mUBG,
https://www.peekvids.com/watch?v=Df6Niy6BJ-b, https://www.peekvids.com/watch?v=X3xX7o_rqYw, https://www.peekvids.com/watch?v=CEfGBcwY17G,
https://www.peekvids.com/watch?v=r3v6v-Qkf_T, https://www.peekvids.com/watch?v=9M_NEvL_2l7, https://www.peekvids.com/watch?v=g8X9VDn1jQZ,
https://www.peekvids.com/watch?v=NXpMIspH4gp, https://www.peekvids.com/watch?v=rqI0vZIECxx, https://www.peekvids.com/watch?v=ix8UnaimbOP,
https://www.peekvids.com/watch?v=kuLSnxVWjK4, https://www.peekvids.com/watch?v=dOpmnh79WOP, https://www.peekvids.com/watch?v=6BhYTV2wmB6,
https://www.peekvids.com/watch?v=U37M9WVB-nj, https://www.peekvids.com/watch?v=n_AwBj4NEXt, https://www.peekvids.com/watch?v=g_1NZl3ft8c,
https://www.peekvids.com/watch?v=RAh5SuIxrJZ, https://www.peekvids.com/watch?v=FNHgb4n28Zk, https://www.peekvids.com/watch?v=REITzcAprWa,
https://www.peekvids.com/watch?v=mogpwvbmzgw, https://www.peekvids.com/watch?v=blF3RSxaxJp, https://www.peekvids.com/watch?v=NDeerHTGs3t,
https://www.peekvids.com/watch?v=J5W28EL242o, https://www.peekvids.com/watch?v=N2m00fS_HZK, https://www.peekvids.com/watch?v=5YZ9hDVxqys,
https://www.peekvids.com/watch?v=JuKEdrVh7TL, https://www.peekvids.com/watch?v=M9bDRUBoBLv, https://www.peekvids.com/watch?v=p5ZL2apC7aL,
https://www.peekvids.com/watch?v=aF2BlIJyQG5, https://www.peekvids.com/watch?v=hT8jrLb_YRb, https://www.peekvids.com/watch?v=LRwF5xIkbG3,
https://www.peekvids.com/watch?v=IujFQA3jAdx, https://www.peekvids.com/watch?v=zcw8Cvd9bjU, https://www.peekvids.com/watch?v=qxnXWJ65W6p,
https://www.peekvids.com/watch?v=ACkI3t8uQ0J, https://www.peekvids.com/watch?v=S5ox2JgkQSO, https://www.peekvids.com/watch?v=qW-Zqsc7mEE,
https://www.peekvids.com/watch?v=v3A_9vYyLIz, https://www.peekvids.com/watch?v=qYDTsGBmmJh, https://www.peekvids.com/watch?v=AMFokKlzmSG,
https://www.peekvids.com/watch?v=5YELw4gVYfC, https://www.peekvids.com/watch?v=v9V4WRoJLpR, https://www.peekvids.com/watch?v=J_j5EXNvVh7,
https://www.peekvids.com/watch?v=J246g7EeWnS, https://www.peekvids.com/watch?v=uZ4yW162fMN, https://www.peekvids.com/watch?v=C7E6wq11r0N,
https://www.peekvids.com/watch?v=eI7FlCtzZq2, https://www.peekvids.com/watch?v=PKFauIFHriq, https://www.peekvids.com/watch?v=9XPhz22MrBF,
https://www.peekvids.com/watch?v=9MA8C3aukFz, https://www.peekvids.com/watch?v=MzoMPvOmRZ0, https://www.peekvids.com/watch?v=zXMlew9SZ4K,
https://www.peekvids.com/watch?v=6fcLWCR0v4w, https://www.peekvids.com/watch?v=7ZPpCilTong, https://www.peekvids.com/watch?v=n3IzCV8vyyh,
https://www.peekvids.com/watch?v=ZP09jcfxBCr, https://www.peekvids.com/watch?v=iQytTqbhUvp, https://www.peekvids.com/watch?v=r6Tmw1Yms6w,
https://www.peekvids.com/watch?v=I2XSgGYrJkE, https://www.peekvids.com/watch?v=GVNwfzkL5Me, https://www.peekvids.com/watch?v=0EyBqLh-Lv6,
https://www.peekvids.com/watch?v=YXaKbmdk8Ow, https://www.peekvids.com/watch?v=OyPqeBiCZtd, https://www.peekvids.com/watch?v=fzza7nhraYc,
https://www.peekvids.com/watch?v=ScETrfLruR0, https://www.peekvids.com/watch?v=htUMMvldE5u, https://www.peekvids.com/watch?v=DNmLGQKkOv4,
https://www.peekvids.com/watch?v=5jB8qzjtmss, https://www.peekvids.com/watch?v=9QS2tfUgMkC, https://www.peekvids.com/watch?v=zVsuxrj4nmD,
https://www.peekvids.com/watch?v=R7sVSVn9Zbz, https://www.peekvids.com/watch?v=6KKHIaLo-dI, https://www.peekvids.com/watch?v=trqQ5qSKgDw,
https://www.peekvids.com/watch?v=oubkMPGV3RI, https://www.peekvids.com/watch?v=DkjKL5YLsf2, https://www.peekvids.com/watch?v=oUjyLdgRY6K,
https://www.peekvids.com/watch?v=xK301PksOWO, https://www.peekvids.com/watch?v=HKE09gjvwIB, https://www.peekvids.com/watch?v=NHMYGRsgZnH,
https://www.peekvids.com/watch?v=o7QPZkL3l2T, https://www.peekvids.com/watch?v=7sLmX9J4Zre, https://www.peekvids.com/watch?v=Yk9a0P68cwr,
https://www.peekvids.com/watch?v=dnUn-lUOMH5, https://www.peekvids.com/watch?v=WfVdNV9OI77, https://www.peekvids.com/watch?v=xMq-e9HDoy5,
https://www.peekvids.com/watch?v=6LNGIswVTpt, https://www.peekvids.com/watch?v=NQvi9NLfGTj, https://www.peekvids.com/watch?v=7DJFBg1D9LX,
https://www.peekvids.com/watch?v=f8Tcby6LgEd, https://www.peekvids.com/watch?v=DPQlXGtWEXW, https://www.peekvids.com/watch?v=V825P-VZ1xF,
https://www.peekvids.com/watch?v=jzMv7z-AsjP, https://www.peekvids.com/watch?v=yG6dF8UJJEf, https://www.peekvids.com/watch?v=SkXJjfngOWA,
https://www.peekvids.com/watch?v=rfZ3M4p5yQG, https://www.peekvids.com/watch?v=e1iF7WvokYn, https://www.peekvids.com/watch?v=O-5UWZ6AbOo,
https://www.peekvids.com/watch?v=RCb8sSUwsTz, https://www.peekvids.com/watch?v=THA4UcPpiPI, https://www.peekvids.com/watch?v=eUhCA_XBDia,
https://www.peekvids.com/watch?v=A6FAGTVP31u, https://www.peekvids.com/watch?v=m4OVtN22Bpb, https://www.peekvids.com/watch?v=kQQ5HeIoL04,
https://www.peekvids.com/watch?v=EXhoWCBSljD, https://www.peekvids.com/watch?v=xiB7xruI4_Z, https://www.peekvids.com/watch?v=DgsgSGV1our,
https://www.peekvids.com/watch?v=nb8_8cAuVeq, https://www.peekvids.com/watch?v=WH7u37Ksj3o, https://www.peekvids.com/watch?v=8a1whl9mrMK,
https://www.peekvids.com/watch?v=tvOkriMxmLK, https://www.peekvids.com/watch?v=vrvGSRRPR1i, https://www.peekvids.com/watch?v=4CjgH--1mVE,
https://www.peekvids.com/watch?v=YUYNngLuryH, https://www.peekvids.com/watch?v=bzfiae9YQDF, https://www.peekvids.com/watch?v=rukLUvYWe9p,
https://www.peekvids.com/watch?v=PJP7YLO4t5a, https://www.peekvids.com/watch?v=d_znuD5ozhK, https://www.peekvids.com/watch?v=3asSxPP8rFW,
https://www.peekvids.com/watch?v=vyewj7tnl2H, https://www.peekvids.com/watch?v=wquHbk1Tuvn, https://www.peekvids.com/watch?v=M90SxYV8907,
https://www.peekvids.com/watch?v=Up3Ur7WbiLk, https://www.peekvids.com/watch?v=Ato5w9rMvfm, https://www.peekvids.com/watch?v=Qt81u7H77qv,
https://www.peekvids.com/watch?v=sEwfanS2Hl7, https://www.peekvids.com/watch?v=hFRoBcX7-cE, https://www.peekvids.com/watch?v=A6jBJZZysYj,
https://www.peekvids.com/watch?v=w3G7DSZqPlR, https://www.peekvids.com/watch?v=orllQRx9ejg, https://www.peekvids.com/watch?v=DbRIpAArwia,
https://www.peekvids.com/watch?v=H0WIz4F_54d, https://www.peekvids.com/watch?v=FOHo32e2DrO, https://www.peekvids.com/watch?v=kxpHUet6ZKH,
https://www.peekvids.com/watch?v=5HzEnhIX2AW, https://www.peekvids.com/watch?v=8UeMlqlRN18, https://www.peekvids.com/watch?v=V2QPCbKHKDr,
https://www.peekvids.com/watch?v=RaYcJOJEg30, https://www.peekvids.com/watch?v=WwXH2qlkWBK, https://www.peekvids.com/watch?v=92ettzmhxKt,
https://www.peekvids.com/watch?v=32ikh-gdXGM, https://www.peekvids.com/watch?v=IlOr5yZrAzw, https://www.peekvids.com/watch?v=mZs5RMjLZyK,
https://www.peekvids.com/watch?v=N9UL92LWiKG, https://www.peekvids.com/watch?v=E8Z1hwkEk19, https://www.peekvids.com/watch?v=IdnK_7b3HQ5,
https://www.peekvids.com/watch?v=WEqFHNox4Gg, https://www.peekvids.com/watch?v=HFr8d4P9Kuz, https://www.peekvids.com/watch?v=mHBviRO8vfN,
https://www.peekvids.com/watch?v=XeuyXtcVn7M, https://www.peekvids.com/watch?v=vJFd9F8hmAp, https://www.peekvids.com/watch?v=aWUDPWDm4G5,
https://www.peekvids.com/watch?v=wNTO8s2Gz2p, https://www.peekvids.com/watch?v=8yNENjBtm-V, https://www.peekvids.com/watch?v=siDYXpG-beR,
https://www.peekvids.com/watch?v=HPlLLP6FaAa, https://www.peekvids.com/watch?v=oJM8RK2MbjH, https://www.peekvids.com/watch?v=EID4X1547Wh,
https://www.peekvids.com/watch?v=Cri7DphwTKK, https://www.peekvids.com/watch?v=cQhw2xuGsyV, https://www.peekvids.com/watch?v=YcHYngENjMv,
https://www.peekvids.com/watch?v=wUVr38UR2WT, https://www.peekvids.com/watch?v=3eQzztlJ_7A, https://www.peekvids.com/watch?v=2pRRsHgF5UH,
https://www.peekvids.com/watch?v=jDb814oRGXP, https://www.peekvids.com/watch?v=RPyHRbgyhsX, https://www.peekvids.com/watch?v=VD0NXvHOzSw,
https://www.peekvids.com/watch?v=cQx6uvGGHzA, https://www.peekvids.com/watch?v=IgAeEdWWWSH, https://www.peekvids.com/watch?v=5YAe4P9OR0A,
https://www.peekvids.com/watch?v=N_y8U9_Zbnt, https://www.peekvids.com/watch?v=hzi8JaUCz2y, https://www.peekvids.com/watch?v=immM46L5JRb,
https://www.peekvids.com/watch?v=ZQ4039npXO2, https://www.peekvids.com/watch?v=pzlzSkNUHDx, https://www.peekvids.com/watch?v=4eaJy9Lznaj,
https://www.peekvids.com/watch?v=MLMYOcLS97L, https://www.peekvids.com/watch?v=se1wMeu2iWJ, https://www.peekvids.com/watch?v=xw7Q6gg-AMs,
https://www.peekvids.com/watch?v=RB-Zw6OF4OD, https://www.peekvids.com/watch?v=25WVax7vTSZ, https://www.peekvids.com/watch?v=EV7OPZRHDfO,
https://www.peekvids.com/watch?v=c1DtwYSHxWP, https://www.peekvids.com/watch?v=adKPEvhIJfh, https://www.peekvids.com/watch?v=pPo47GSuD-N,
https://www.peekvids.com/watch?v=BizbzB1lvxp, https://www.peekvids.com/watch?v=9YhbeJ8Gnbv, https://www.peekvids.com/watch?v=D5zW50yqz1Y,
https://www.peekvids.com/watch?v=i-kmJoKXJtN, https://www.peekvids.com/watch?v=0liYC33SH3D, https://www.peekvids.com/watch?v=yP_t18ukmqh,
https://www.peekvids.com/watch?v=TVzA06B3ZRC, https://www.peekvids.com/watch?v=eqfLCZCQh9K, https://www.peekvids.com/watch?v=pnETV31I9iV,
https://www.peekvids.com/watch?v=UYru5MuqSg9, https://www.peekvids.com/watch?v=dGusOa-vhLV, https://www.peekvids.com/watch?v=YUStqoWMqYL,
https://www.peekvids.com/watch?v=X6pnqHck4h8, https://www.peekvids.com/watch?v=l_ktcJ7MmdN, https://www.peekvids.com/watch?v=IFVYovcZY6m,
https://www.peekvids.com/watch?v=2F5e4K73XZm, https://www.peekvids.com/watch?v=6PLSILpBvN9, https://www.peekvids.com/watch?v=skw6OP8UFA7,
https://www.peekvids.com/watch?v=MenWYWwA8-L, https://www.peekvids.com/watch?v=RatPW04RMan, https://www.peekvids.com/watch?v=E46IIa_0YP3,
https://www.peekvids.com/watch?v=zL20oWsd_OJ, https://www.peekvids.com/watch?v=vv4ADvtxwZI, https://www.peekvids.com/watch?v=nqAoA4_ntFX,
https://www.peekvids.com/watch?v=CarTSiNBYXV, https://www.peekvids.com/watch?v=Ai0FGAjWCCn, https://www.peekvids.com/watch?v=iGfFwfXdU1I,
https://www.peekvids.com/watch?v=M-sU-HMG_-x, https://www.peekvids.com/watch?v=OsRKDSeBOg5, https://www.peekvids.com/watch?v=3ks9u8BfUVV,
https://www.peekvids.com/watch?v=SJkL_Kzgaup, https://www.peekvids.com/watch?v=3ILz7LJsOIh, https://www.peekvids.com/watch?v=rpLQT862227,
https://www.peekvids.com/watch?v=tGAWoTMUu9T, https://www.peekvids.com/watch?v=A08p5H144PK, https://www.peekvids.com/watch?v=u2158PDJUlj,
https://www.peekvids.com/watch?v=XH8kENbWHjC, https://www.peekvids.com/watch?v=cMEAq_uBjDJ, https://www.peekvids.com/watch?v=UVwSDDkXhWF,
https://www.peekvids.com/watch?v=7LGk9EvcrHK, https://www.peekvids.com/watch?v=o6g_a1Hf-Rh, https://www.peekvids.com/watch?v=aq-dxcahR9S,
https://www.peekvids.com/watch?v=AAXFXKCbKq2, https://www.peekvids.com/watch?v=h-_mjgQgzEo, https://www.peekvids.com/watch?v=ertGxNn_B4l,
https://www.peekvids.com/watch?v=DbgTFU9ar7w, https://www.peekvids.com/watch?v=jCjHhRr1RiO, https://www.peekvids.com/watch?v=J9JWwfA8PZK,
https://www.peekvids.com/watch?v=3MsvWFoW-Os, https://www.peekvids.com/watch?v=yEdHJtdmEPJ, https://www.peekvids.com/watch?v=irBPJXhjEFh,
https://www.peekvids.com/watch?v=vWwfbJHNdVX, https://www.peekvids.com/watch?v=XyYx2qth_g2, https://www.peekvids.com/watch?v=w27SWxfdSUi,
https://www.peekvids.com/watch?v=avFWxJJpEwc, https://www.peekvids.com/watch?v=8KCLtW1hqzA, https://www.peekvids.com/watch?v=xB_G0K86FnU,
https://www.peekvids.com/watch?v=OZi9z8jPmgh, https://www.peekvids.com/watch?v=nZh-B8cjVeR, https://www.peekvids.com/watch?v=boNoXKBNIIP,
https://www.peekvids.com/watch?v=tZ7l2SODv3O, https://www.peekvids.com/watch?v=xbrKwjjNGGJ, https://www.peekvids.com/watch?v=QSroRiI7MUQ,
https://www.peekvids.com/watch?v=FF2FNaTkCOk, https://www.peekvids.com/watch?v=3Xth2dO1OXB, https://www.peekvids.com/watch?v=AZbGUKwMjD5,
https://www.peekvids.com/watch?v=heZc2eG9XZw, https://www.peekvids.com/watch?v=Zu04r-njGYh, https://www.peekvids.com/watch?v=03gA4YxqsqA,
https://www.peekvids.com/watch?v=I97s9imErBO, https://www.peekvids.com/watch?v=2CCOfXX4TSF, https://www.peekvids.com/watch?v=RqrdcDXoSME,
https://www.peekvids.com/watch?v=V5GuvTfQXYT, https://www.peekvids.com/watch?v=yuap_MT1PBG, https://www.peekvids.com/watch?v=endrmtJTAzO,
https://www.peekvids.com/watch?v=iuE7w5yApPl, https://www.peekvids.com/watch?v=lgZjXf1jM7D, https://www.peekvids.com/watch?v=n565r3yYf2V,
https://www.peekvids.com/watch?v=FhBj7HCr5cs, https://www.peekvids.com/watch?v=T-1nkvQ1hzR, https://www.peekvids.com/watch?v=cDcIicLt734,
https://www.peekvids.com/watch?v=JWXtzX5bbcA, https://www.peekvids.com/watch?v=kahtK3glu-q, https://www.peekvids.com/watch?v=efjMBdxTx5W,
https://www.peekvids.com/watch?v=iroIijssiMb, https://www.peekvids.com/watch?v=b6qeDSYITQS, https://www.peekvids.com/watch?v=6QAlkpDHs-v,
https://www.peekvids.com/watch?v=l1fc3sh17nu, https://www.peekvids.com/watch?v=Cwu7pFUIU8o, https://www.peekvids.com/watch?v=dJ2F-e0-w9O,
https://www.peekvids.com/watch?v=luJMoKtGT6L, https://www.peekvids.com/watch?v=OcyeWk7EIJ0, https://www.peekvids.com/watch?v=HHzrUydbKm0,
https://www.peekvids.com/watch?v=I--7csc5IlM, https://www.peekvids.com/watch?v=eG8DPM6ApAV, https://www.peekvids.com/watch?v=OmW-ByW6mmc,
https://www.peekvids.com/watch?v=WeO-uBEAggD, https://www.peekvids.com/watch?v=q9udnYiTIcM, https://www.peekvids.com/watch?v=34ksGP7Nfzr,
https://www.peekvids.com/watch?v=3N4R3O1rPTO, https://www.peekvids.com/watch?v=U4hwohpCr2H, https://www.peekvids.com/watch?v=RN4P1MAmClj,
https://www.peekvids.com/watch?v=LYwaanY7DMZ, https://www.peekvids.com/watch?v=NEs9Q6Mvk4m, https://www.peekvids.com/watch?v=u4lyIRQ_tqq,
https://www.peekvids.com/watch?v=q3-F0kv0kwD, https://www.peekvids.com/watch?v=OiXKG92TPxk, https://www.peekvids.com/watch?v=DH90MtMxAJ2,
https://www.peekvids.com/watch?v=WzQJa8O5-3b, https://www.peekvids.com/watch?v=PsM7Bh85Lm3, https://www.peekvids.com/watch?v=g0_0knHs38f,
https://www.peekvids.com/watch?v=5LvilbaOs9e, https://www.peekvids.com/watch?v=VSRGaR_Ee_j, https://www.peekvids.com/watch?v=bkpboD3pCZs,
https://www.peekvids.com/watch?v=gqtZnqIFLqw, https://www.peekvids.com/watch?v=snlJqbKs3GD, https://www.peekvids.com/watch?v=ClwAdBsUI5H,
https://www.peekvids.com/watch?v=UNlYoif3Dog, https://www.peekvids.com/watch?v=nbf11EBwgdF, https://www.peekvids.com/watch?v=XuIBAEShVRD,
https://www.peekvids.com/watch?v=MGjlH46KHTP, https://www.peekvids.com/watch?v=8e42hgLeCCh, https://www.peekvids.com/watch?v=4MftR9BlP3F,
https://www.peekvids.com/watch?v=sNui20dQ8AT, https://www.peekvids.com/watch?v=F7k4WNmH0IF, https://www.peekvids.com/watch?v=gubJR_ATrTh,
https://www.peekvids.com/watch?v=PkJJuD9M8LE, https://www.peekvids.com/watch?v=DieMiSgwugk, https://www.peekvids.com/watch?v=OKyZZs7FOuB,
https://www.peekvids.com/watch?v=L1mfPeGWeaO, https://www.peekvids.com/watch?v=TvXWjyTWhOF, https://www.peekvids.com/watch?v=ZFZE1JvcH0H,
https://www.peekvids.com/watch?v=wNs6hASxV36, https://www.peekvids.com/watch?v=ynXpeoaJF-i, https://www.peekvids.com/watch?v=RGCZ3Wqd1PQ,
https://www.peekvids.com/watch?v=E8u3_5DsMdv, https://www.peekvids.com/watch?v=RpRPGVAqclr, https://www.peekvids.com/watch?v=ZEc0GokTUQK,
https://www.peekvids.com/watch?v=8uSI5s00Hq9, https://www.peekvids.com/watch?v=4abVwK4EcZJ, https://www.peekvids.com/watch?v=6xsbfjhk4eJ,
https://www.peekvids.com/watch?v=FlNsrP4sMHE, https://www.peekvids.com/watch?v=0FoShkPOTmX, https://www.peekvids.com/watch?v=YfPyQV3D-lh,
https://www.peekvids.com/watch?v=FVoUmGiI_Pl, https://www.peekvids.com/watch?v=IFbQb0ACKUl, https://www.peekvids.com/watch?v=3t6ap-qrrU6,
https://www.peekvids.com/watch?v=SDdZH0ejdyg, https://www.peekvids.com/watch?v=cdPj2GYQWd7, https://www.peekvids.com/watch?v=bvZx8Et8dop,
https://www.peekvids.com/watch?v=YJ97mXgr6c0, https://www.peekvids.com/watch?v=msp10S5jeLP, https://www.peekvids.com/watch?v=fAmQc7jGaB9,
https://www.peekvids.com/watch?v=U2ZuU4bfDt3, https://www.peekvids.com/watch?v=DW1SS9kLwwd, https://www.peekvids.com/watch?v=D7RsnmUfh6n,
https://www.peekvids.com/watch?v=lWn_Mc_HgTg, https://www.peekvids.com/watch?v=NFeG50nvXLo, https://www.peekvids.com/watch?v=IguKI8NVpCR,
https://www.peekvids.com/watch?v=UQkRvPIFVTw, https://www.peekvids.com/watch?v=SFzIFSAzZ3J, https://www.peekvids.com/watch?v=gFwCj474Lt5,
https://www.peekvids.com/watch?v=h4tGX7dJqeb, https://www.peekvids.com/watch?v=xQok5AZnTbr, https://www.peekvids.com/watch?v=VUx_BEPpVBA,
https://www.peekvids.com/watch?v=7JLziUt9ciF, https://www.peekvids.com/watch?v=VPW6Y9Hhaxt, https://www.peekvids.com/watch?v=N6yiMvmR3Ly,
https://www.peekvids.com/watch?v=x6kw3P0qmPS, https://www.peekvids.com/watch?v=N7UoEZIpMXj, https://www.peekvids.com/watch?v=cdKm6vCjZou,
https://www.peekvids.com/watch?v=fpw3EPTHjYN, https://www.peekvids.com/watch?v=3pJ_UMSvLDU, https://www.peekvids.com/watch?v=GAmPm1jFwY2,
https://www.peekvids.com/watch?v=LEcDjh9plvq, https://www.peekvids.com/watch?v=HHtt-5qN48Z, https://www.peekvids.com/watch?v=uGGyjVOFnjR,
https://www.peekvids.com/watch?v=Z98-AVVFzmz, https://www.peekvids.com/watch?v=7Us7BrJFe0T, https://www.peekvids.com/watch?v=llWGa0dP0kq,

https://www.peekvids.com/watch?v=z4tcMBGTlt5, https://www.peekvids.com/watch?v=sNaW0w_sEEo, https://www.peekvids.com/watch?v=Y_X6bkqbHUo,
https://www.peekvids.com/watch?v=oJpHouYahwB, https://www.peekvids.com/watch?v=H9DLI_BKir0, https://www.peekvids.com/watch?v=oAfjhJ2J0Yj,
https://www.peekvids.com/watch?v=max7cidYKil, https://www.peekvids.com/watch?v=qmqjhKFVtng, https://www.peekvids.com/watch?v=AGjbM7zFhoh,
https://www.peekvids.com/watch?v=P8MIFwpiQwb, https://www.peekvids.com/watch?v=dfriFRw-B3d, https://www.peekvids.com/watch?v=vXR4OQjiaZF,
https://www.peekvids.com/watch?v=exu7Tv4EoXQ, https://www.peekvids.com/watch?v=mh5b0L_FG76, https://www.peekvids.com/watch?v=J-V9K-L14hk,
https://www.peekvids.com/watch?v=xHSP6oP8nM2, https://www.peekvids.com/watch?v=2398rIdNjI5, https://www.peekvids.com/watch?v=2n04su_cZLv,
https://www.peekvids.com/watch?v=jJik6ZZ-usA, https://www.peekvids.com/watch?v=ObIFBMb0Sg7, https://www.peekvids.com/watch?v=DYTPuQvxtoD,
https://www.peekvids.com/watch?v=9W4iBVwffmz, https://www.peekvids.com/watch?v=6m-Kcla8URD, https://www.peekvids.com/watch?v=WyXMQYTms1r,
https://www.peekvids.com/watch?v=zKLMQbb2WxS, https://www.peekvids.com/watch?v=bkDpREvUmkh, https://www.peekvids.com/watch?v=Ewshz-tMV0I,
https://www.peekvids.com/watch?v=TRxcloLR_PH, https://www.peekvids.com/watch?v=AJAOQfm44Xm, https://www.peekvids.com/watch?v=tHUDCTRkHpU,
https://www.peekvids.com/watch?v=6DafQKb2w5D, https://www.peekvids.com/watch?v=2RVISWoz6_P, https://www.peekvids.com/watch?v=aix9DwSgABo,
https://www.peekvids.com/watch?v=YXqlO_vshyK, https://www.peekvids.com/watch?v=mTu7aF-Bc8K, https://www.peekvids.com/watch?v=6V7wDQ12OEN,
https://www.peekvids.com/watch?v=D6ix4fOC89k, https://www.peekvids.com/watch?v=CyaQ0xcsQgy, https://www.peekvids.com/watch?v=KPbkNMV_o2D,
https://www.peekvids.com/watch?v=YrI_iEGOtuJ, https://www.peekvids.com/watch?v=HSQqICBFobV, https://www.peekvids.com/watch?v=wqbk40Hn2PD,
https://www.peekvids.com/watch?v=d3i7viHDk84, https://www.peekvids.com/watch?v=PDvNYqeXkkY, https://www.peekvids.com/watch?v=MWSAyVO-D2T,
https://www.peekvids.com/watch?v=YnALgr_VDEw, https://www.peekvids.com/watch?v=6kivYOtW6An, https://www.peekvids.com/watch?v=UAcgA61NVJ5,
https://www.peekvids.com/watch?v=U-sBkFTnb9h, https://www.peekvids.com/watch?v=TMQ4ripHp_t, https://www.peekvids.com/watch?v=XOmS4nLN_xI,
https://www.peekvids.com/watch?v=2sRRh3k6hmG, https://www.peekvids.com/watch?v=vkKC0NWlZGR, https://www.peekvids.com/watch?v=aE8l4vw5Nx6,
https://www.peekvids.com/watch?v=zvZyBKQdmtg, https://www.peekvids.com/watch?v=YcZElKT4zJU, https://www.peekvids.com/watch?v=Yo56o-wuT9T,
https://www.peekvids.com/watch?v=3JbU-p8DuHR, https://www.peekvids.com/watch?v=A8G7TmF2eRu, https://www.peekvids.com/watch?v=LqQhAWjG2bM,
https://www.peekvids.com/watch?v=IwnkY-9_hF4, https://www.peekvids.com/watch?v=c0Zfui1IbVY, https://www.peekvids.com/watch?v=bEvGQ8qw-aN,
https://www.peekvids.com/watch?v=E1L49dDMUet, https://www.peekvids.com/watch?v=7lHogwla-gy, https://www.peekvids.com/watch?v=jLeTplj13B6,
https://www.peekvids.com/watch?v=wvbej_Bp-1I, https://www.peekvids.com/watch?v=UiH7hDTfwBu, https://www.peekvids.com/watch?v=Egz7harpSFb,
https://www.peekvids.com/watch?v=LHB0tb34Ye2, https://www.peekvids.com/watch?v=XgpKASD8n5l, https://www.peekvids.com/watch?v=Rj48ars0RXE,
https://www.peekvids.com/watch?v=95b9emZKO7i, https://www.peekvids.com/watch?v=Va9c4euGMu8, https://www.peekvids.com/watch?v=R9iNdO8K4Fr,
https://www.peekvids.com/watch?v=r8FT_cSY22N, https://www.peekvids.com/watch?v=eoNSrtk886u, https://www.peekvids.com/watch?v=zKnNf25ZDf2,
https://www.peekvids.com/watch?v=0DTYrjkYXkx, https://www.peekvids.com/watch?v=lF8Nx6653Eb, https://www.peekvids.com/watch?v=2X3p6uU8vO0,
https://www.peekvids.com/watch?v=r4Kx0Lc8DRl, https://www.peekvids.com/watch?v=GYyxHy9dW_M, https://www.peekvids.com/watch?v=DoEgNVfVoa8,
https://www.peekvids.com/watch?v=l0MmN9ZZG5H, https://www.peekvids.com/watch?v=KKytYsIf8V7, https://www.peekvids.com/watch?v=lJ3CzkbnGID,
https://www.peekvids.com/watch?v=7vhMJqlDEVv, https://www.peekvids.com/watch?v=C_RyASuitxp, https://www.peekvids.com/watch?v=gt_01lUjmrh,
https://www.peekvids.com/watch?v=oCX6qtP_Lbp, https://www.peekvids.com/watch?v=GrWK-3qt6d5, https://www.peekvids.com/watch?v=p3iy3_Z8T1k,
https://www.peekvids.com/watch?v=QOsJjyTUi4N, https://www.peekvids.com/watch?v=yW0c2PcbTJg, https://www.peekvids.com/watch?v=M-5sH_6txaB,
https://www.peekvids.com/watch?v=D-Ewb8y1wXC, https://www.peekvids.com/watch?v=odndRtoo8Y0, https://www.peekvids.com/watch?v=VSwnE_oXfsX,
https://www.peekvids.com/watch?v=oBWUv0ByEUv, https://www.peekvids.com/watch?v=LqIPEPHVdU3, https://www.peekvids.com/watch?v=4okeDBSO2jV,
https://www.peekvids.com/watch?v=L9Gz_a-UDTc, https://www.peekvids.com/watch?v=UPtw-7l1JP5, https://www.peekvids.com/watch?v=s6fOLaDA6Te,
https://www.peekvids.com/watch?v=wAnjRpFaZ5V, https://www.peekvids.com/watch?v=oLGdsTAlvrj, https://www.peekvids.com/watch?v=YiPHaaVAvUt,
https://www.peekvids.com/watch?v=LaIwGjPpJLW, https://www.peekvids.com/watch?v=hE0NDoJL7NC, https://www.peekvids.com/watch?v=L_qM_wiPTuf,
https://www.peekvids.com/watch?v=ONoU2XPAa1f, https://www.peekvids.com/watch?v=TDLAArRZhz5, https://www.peekvids.com/watch?v=PoD3TJXiThU,
https://www.peekvids.com/watch?v=wA-E4WC05SQ, https://www.peekvids.com/watch?v=5nHW_hcVexu, https://www.peekvids.com/watch?v=Z3eFRch2wiu,
https://www.peekvids.com/watch?v=yVjU3pUtMO5, https://www.peekvids.com/watch?v=zoe1EvPCybW, https://www.peekvids.com/watch?v=3SR-00rv0Di,
https://www.peekvids.com/watch?v=AdeMfJP5CT8, https://www.peekvids.com/watch?v=IDvHCUP7_xN, https://www.peekvids.com/watch?v=J_rSucbVG5z,
https://www.peekvids.com/watch?v=3lqAqfgfjxw, https://www.peekvids.com/watch?v=WGYMqC4wXK0, https://www.peekvids.com/watch?v=XxLfj5Uu2lF,
https://www.peekvids.com/watch?v=jNpIsj9JjQl, https://www.peekvids.com/watch?v=95AhxQl8sTV, https://www.peekvids.com/watch?v=hCETvGAJp6o,
https://www.peekvids.com/watch?v=8Hil3isyJPK, https://www.peekvids.com/watch?v=vLXZHQ6GT-B, https://www.peekvids.com/watch?v=N0UnQ884Jor,
https://www.peekvids.com/watch?v=XRYLPS_1rxt, https://www.peekvids.com/watch?v=4gBYduckgZc, https://www.peekvids.com/watch?v=cA0tL8cSnPO,
https://www.peekvids.com/watch?v=YxgMI9yZADm, https://www.peekvids.com/watch?v=T0q6iKWOxrv, https://www.peekvids.com/watch?v=m6zHXFvOwk3,
https://www.peekvids.com/watch?v=YMDnSrbRdrU, https://www.peekvids.com/watch?v=jtZ0Dy5g-PN, https://www.peekvids.com/watch?v=0ylqHOquZaF,
https://www.peekvids.com/watch?v=P4vz0US_ym0, https://www.peekvids.com/watch?v=lPIRpne_UAb, https://www.peekvids.com/watch?v=iHzfGEWlvwu,
https://www.peekvids.com/watch?v=kwJMOGfsjy8, https://www.peekvids.com/watch?v=MbP72DvCY-A, https://www.peekvids.com/watch?v=t1ac_uinUZG,
https://www.peekvids.com/watch?v=njvHvtT8gNs, https://www.peekvids.com/watch?v=RRrPlh00rS3, https://www.peekvids.com/watch?v=P9H2lCfN3Za,
https://www.peekvids.com/watch?v=e0pxRQC3e_a, https://www.peekvids.com/watch?v=FWZdz-19fu8, https://www.peekvids.com/watch?v=7sxxBJj-4CV,
https://www.peekvids.com/watch?v=MMfpyvOL3O2, https://www.peekvids.com/watch?v=MecGCUSLLTU, https://www.peekvids.com/watch?v=NUQ6-rQbAdF,
https://www.peekvids.com/watch?v=keY_IVIPOQs, https://www.peekvids.com/watch?v=aUPANtDFeUU, https://www.peekvids.com/watch?v=9Y1zvzI9sVj,
https://www.peekvids.com/watch?v=R4a4zrvOKa9, https://www.peekvids.com/watch?v=I8bxCNgABYX, https://www.peekvids.com/watch?v=0kTf043gnkj,
https://www.peekvids.com/watch?v=IvvEzsspAUJ, https://www.peekvids.com/watch?v=tOO3LuG5iMe, https://www.peekvids.com/watch?v=KNhSaW9gnv7,
https://www.peekvids.com/watch?v=0HGTDKW8Gup, https://www.peekvids.com/watch?v=6heBP2iGyiH, https://www.peekvids.com/watch?v=ntIYUIArUvt,
https://www.peekvids.com/watch?v=u72JQhpvZz4, https://www.peekvids.com/watch?v=G5zpbSSiklN, https://www.peekvids.com/watch?v=0rZSghnTcHd,
https://www.peekvids.com/watch?v=UMB8FOFRNXK, https://www.peekvids.com/watch?v=N0cs630BIBy, https://www.peekvids.com/watch?v=QBp47S8P1Qx,
https://www.peekvids.com/watch?v=wuUGAVHM0IB, https://www.peekvids.com/watch?v=8iHpOgxOmNW, https://www.peekvids.com/watch?v=KZULosf68u9,
https://www.peekvids.com/watch?v=hA5qJ2sNAog, https://www.peekvids.com/watch?v=feqIafNzzm7, https://www.peekvids.com/watch?v=g3O2mmKUG6L,
https://www.peekvids.com/watch?v=ydGG51Ph0QM, https://www.peekvids.com/watch?v=sWh003BMS6P, https://www.peekvids.com/watch?v=orQlMw_xnaL,
https://www.peekvids.com/watch?v=xmjvJbzRe6b, https://www.peekvids.com/watch?v=sfjfa297mGc, https://www.peekvids.com/watch?v=ixvEWaZwrcK,
https://www.peekvids.com/watch?v=Rn-SHqtyDw0, https://www.peekvids.com/watch?v=GpsT2ysQOma, https://www.peekvids.com/watch?v=tYLV5jClK5z,
https://www.peekvids.com/watch?v=YK8C6lG0fHw, https://www.peekvids.com/watch?v=EQQLEdU4VKu, https://www.peekvids.com/watch?v=qGkA_n7NJSl,
https://www.peekvids.com/watch?v=lCXupMYCyIQ, https://www.peekvids.com/watch?v=80nICfCO7lT, https://www.peekvids.com/watch?v=Gw3J1cwO0_3,
https://www.peekvids.com/watch?v=CbNoJ3x00j4, https://www.peekvids.com/watch?v=22RY3ZPz3Lc, https://www.peekvids.com/watch?v=uoT42rx9qXR,
https://www.peekvids.com/watch?v=o6tSSZ71tzW, https://www.peekvids.com/watch?v=iNgVAMksAPk, https://www.peekvids.com/watch?v=iYSWt3aOHzf,
https://www.peekvids.com/watch?v=Wv-TE2vwGED, https://www.peekvids.com/watch?v=GIAvgjz9aRH, https://www.peekvids.com/watch?v=u9ld2Bu3piJ,
https://www.peekvids.com/watch?v=zQ_KTEosLk8, https://www.peekvids.com/watch?v=cCa8t0TgPyE, https://www.peekvids.com/watch?v=jbO449vq8Ox,
https://www.peekvids.com/watch?v=N33A03nqlpK, https://www.peekvids.com/watch?v=m7fLC0eHZAL, https://www.peekvids.com/watch?v=S1iDH4U1Eve,
https://www.peekvids.com/watch?v=jvR9ggWiZcV, https://www.peekvids.com/watch?v=hzwh63Lvi7m, https://www.peekvids.com/watch?v=HGz3ZUY9M95,
https://www.peekvids.com/watch?v=FK-4s5Ph9LV, https://www.peekvids.com/watch?v=E4YrjkkPIBU, https://www.peekvids.com/watch?v=8cxEQLD_Meq,
https://www.peekvids.com/watch?v=F2Eb3F7tUgE, https://www.peekvids.com/watch?v=wXSi7z31gBA, https://www.peekvids.com/watch?v=rX7KIiUBKNR,
https://www.peekvids.com/watch?v=xcr8uul2I8B
5.f. Date of third notice: 2015-06-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nokiya
5.b. Uploader's email address: toymilikooper@outlook.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=nokiya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Kzi0PKW6v0L, https://www.peekvids.com/watch?v=I5BHnZgfii3,
https://www.peekvids.com/watch?v=BMCcpYYib1e, https://www.peekvids.com/watch?v=kLP2R9AQgPt, https://www.peekvids.com/watch?v=KJWe_hFX0rW,
https://www.peekvids.com/watch?v=7R46TTrs2b9, https://www.peekvids.com/watch?v=KS2thzGEbC9, https://www.peekvids.com/watch?v=bsWTtuKGWGB,
https://www.peekvids.com/watch?v=Fs8AXRofJ-d, https://www.peekvids.com/watch?v=tYDZtI7tVik, https://www.peekvids.com/watch?v=HPvK-SYQYSH,
https://www.peekvids.com/watch?v=ZHLp3TZ0fl7, https://www.peekvids.com/watch?v=WczKSX6Vm3W, https://www.peekvids.com/watch?v=5ek6sqGpQNp,
https://www.peekvids.com/watch?v=HiAceoSwm9o, https://www.peekvids.com/watch?v=IX8m1lydbi4, https://www.peekvids.com/watch?v=VxSZ3IiMUPS,
https://www.peekvids.com/watch?v=FRaJfMkuF9h, https://www.peekvids.com/watch?v=UJrumALlz0w, https://www.peekvids.com/watch?v=guAoUNf2UBV,
https://www.peekvids.com/watch?v=KPCcKXlzJiz, https://www.peekvids.com/watch?v=Yu8Z0dJYQLm, https://www.peekvids.com/watch?v=T06sJELc7JW,
https://www.peekvids.com/watch?v=4Y99ttLYKoB, https://www.peekvids.com/watch?v=F7K7cFnXy_4, https://www.peekvids.com/watch?v=Gs5lRIFw6lx,
https://www.peekvids.com/watch?v=kT4RWZCMWuX, https://www.peekvids.com/watch?v=DpcdjJasAhy, https://www.peekvids.com/watch?v=DSVpdQU8IQJ,
https://www.peekvids.com/watch?v=b6EphFZSx8u, https://www.peekvids.com/watch?v=lynMhxxXc_t, https://www.peekvids.com/watch?v=Zjbiynf2Qd8,
https://www.peekvids.com/watch?v=MhIftXzGwWu, https://www.peekvids.com/watch?v=bDoWiMKArwf, https://www.peekvids.com/watch?v=CW_uXuG194f,
https://www.peekvids.com/watch?v=UYFQLtkrUkV, https://www.peekvids.com/watch?v=BtzibD0EbHg, https://www.peekvids.com/watch?v=g28dzsyxEUh,
https://www.peekvids.com/watch?v=vcY_p-QO0XL, https://www.peekvids.com/watch?v=CVixTMSHkcz, https://www.peekvids.com/watch?v=bjljIMDlPDa,
https://www.peekvids.com/watch?v=fn9vcAhp-wQ, https://www.peekvids.com/watch?v=lbLlbd9ky7y, https://www.peekvids.com/watch?v=K_O6ZX_1iTt,
https://www.peekvids.com/watch?v=7IJkA_PkEoq, https://www.peekvids.com/watch?v=q5CW-NJaRhO, https://www.peekvids.com/watch?v=2Uwrh3mcqdy,
https://www.peekvids.com/watch?v=YWSF4dXMxQS, https://www.peekvids.com/watch?v=MGs2rsAa4ub, https://www.peekvids.com/watch?v=uErrz_zHSS4,
https://www.peekvids.com/watch?v=4vPdJmY0BD7, https://www.peekvids.com/watch?v=WonBo5SYDap, https://www.peekvids.com/watch?v=qyVNq6M17yx,
https://www.peekvids.com/watch?v=YOxqjd-lRct, https://www.peekvids.com/watch?v=AWLfEIfGUqP, https://www.peekvids.com/watch?v=okhpl952-tg,
https://www.peekvids.com/watch?v=Fc3f3joOqaR, https://www.peekvids.com/watch?v=NuWbdVxPzVi, https://www.peekvids.com/watch?v=29LwkyAyRpo,
https://www.peekvids.com/watch?v=bjeITzI94Q6, https://www.peekvids.com/watch?v=nBWytUs1QLV, https://www.peekvids.com/watch?v=2d3qcTYh7FL,
https://www.peekvids.com/watch?v=RFjNSYpOL4L, https://www.peekvids.com/watch?v=pgexW7-3sY7, https://www.peekvids.com/watch?v=jqB5DepqOcv,
https://www.peekvids.com/watch?v=PgxX0sOZjSs, https://www.peekvids.com/watch?v=7bK_EcoKTGO, https://www.peekvids.com/watch?v=86iNOJeh8kT,
https://www.peekvids.com/watch?v=eULjWcHI5zT, https://www.peekvids.com/watch?v=67d0RaxWa3M, https://www.peekvids.com/watch?v=N1hwrGrwwvJ,
https://www.peekvids.com/watch?v=w5LWI_fPJqT, https://www.peekvids.com/watch?v=AOO-22d9PD7, https://www.peekvids.com/watch?v=XTjI6Qdd0IV,
https://www.peekvids.com/watch?v=9zdUbjTJetl, https://www.peekvids.com/watch?v=kAiYxMtglxo, https://www.peekvids.com/watch?v=9xoYgZCEGbn,
https://www.peekvids.com/watch?v=AxQtBpC4CoK, https://www.peekvids.com/watch?v=o3rqzWMmusP, https://www.peekvids.com/watch?v=smr9snINW_I,
https://www.peekvids.com/watch?v=vYlmeBRMxQu, https://www.peekvids.com/watch?v=YbewSQi--Gr, https://www.peekvids.com/watch?v=jiPQvqbSBC2,
https://www.peekvids.com/watch?v=L0arar41dQE, https://www.peekvids.com/watch?v=vlcjFkEVpN5, https://www.peekvids.com/watch?v=7ZawkAcLQM5,
https://www.peekvids.com/watch?v=kBUZS9lApUx, https://www.peekvids.com/watch?v=3i36F1J3I2d, https://www.peekvids.com/watch?v=pF-oCcGHtSX,
https://www.peekvids.com/watch?v=K4geQ06RgLq, https://www.peekvids.com/watch?v=QUIIQtSIL10, https://www.peekvids.com/watch?v=ZgYpH1ekkNE,
https://www.peekvids.com/watch?v=wVjcY8WjGLO, https://www.peekvids.com/watch?v=7Oy6TCtWnKP, https://www.peekvids.com/watch?v=ngtGlQ5_HMs,
https://www.peekvids.com/watch?v=Xv32kYs0ioC, https://www.peekvids.com/watch?v=JXrkqqTEpXR, https://www.peekvids.com/watch?v=0mHxwElgL95,
https://www.peekvids.com/watch?v=n9l-9p8Y25H, https://www.peekvids.com/watch?v=OVEQ35uprbi, https://www.peekvids.com/watch?v=5CxOdDmHzFU,
https://www.peekvids.com/watch?v=NsNaqw-JWsM, https://www.peekvids.com/watch?v=PZ-ZN1RSBEr, https://www.peekvids.com/watch?v=v61Anrf_tXW,
https://www.peekvids.com/watch?v=5s6dfT_Qh7z, https://www.peekvids.com/watch?v=noPB-r-0sdl, https://www.peekvids.com/watch?v=0b64EVEJpIG,
https://www.peekvids.com/watch?v=gEm2ixHdTlz, https://www.peekvids.com/watch?v=xpfw3hJVMwB
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: noolan
5.b. Uploader's email address: mahonymillerten@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=noolan
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pIUX9CZokca, https://www.peekvids.com/watch?v=jZfS9lZDO-V,
https://www.peekvids.com/watch?v=WS3138748VQ, https://www.peekvids.com/watch?v=ZSsKLku8JNa, https://www.peekvids.com/watch?v=NvF7AyceQUb,
https://www.peekvids.com/watch?v=aOd_oAUgMbR, https://www.peekvids.com/watch?v=e--UF6Yjjr3, https://www.peekvids.com/watch?v=eqg5W0BEq3S,
https://www.peekvids.com/watch?v=Wj2nO_aqsUh, https://www.peekvids.com/watch?v=JcrQZBOw3DP, https://www.peekvids.com/watch?v=6oRQpTqVrx2,
https://www.peekvids.com/watch?v=ixKn9_B0h79, https://www.peekvids.com/watch?v=zn1vFc8niV4, https://www.peekvids.com/watch?v=0ivvxlYf2dc,
https://www.peekvids.com/watch?v=OgFjgkbLPx0, https://www.peekvids.com/watch?v=EkKeJnQVGPQ, https://www.peekvids.com/watch?v=JgKCM9Kw0Vh,
https://www.peekvids.com/watch?v=yIOdDpKZI6I, https://www.peekvids.com/watch?v=MwXlDywTbjC, https://www.peekvids.com/watch?v=eshGNpO1xxI,
https://www.peekvids.com/watch?v=VsYlOA3rXhU, https://www.peekvids.com/watch?v=Cgxzo8mHh9u, https://www.peekvids.com/watch?v=yNFCubwat1b,
https://www.peekvids.com/watch?v=03N4ppZwH0f, https://www.peekvids.com/watch?v=KWziS3B6NjV, https://www.peekvids.com/watch?v=yWtGHodAdvv,
https://www.peekvids.com/watch?v=eqJb-1tsCUe, https://www.peekvids.com/watch?v=HuC8qfk4wmp, https://www.peekvids.com/watch?v=ZAoil7Jdvtk,
https://www.peekvids.com/watch?v=gryyk7CtppA, https://www.peekvids.com/watch?v=2z48mWvR6Dg, https://www.peekvids.com/watch?v=b1xP99Q86So,
https://www.peekvids.com/watch?v=3XaL-JPg796, https://www.peekvids.com/watch?v=pOAql0Tu2FS, https://www.peekvids.com/watch?v=NRn7tN9OB9z,
https://www.peekvids.com/watch?v=Bg3YQNDtbgw, https://www.peekvids.com/watch?v=k1AJ8UQhM0F, https://www.peekvids.com/watch?v=mqOTDJuS4x0,

https://www.peekvids.com/watch?v=nGUnk3yI_QP, https://www.peekvids.com/watch?v=earv9bcjWUW, https://www.peekvids.com/watch?v=cTkH30MaoV2,
https://www.peekvids.com/watch?v=oVtBUuHrcxA, https://www.peekvids.com/watch?v=oZTdiaLHat0, https://www.peekvids.com/watch?v=0JoHIDl1SWU,
https://www.peekvids.com/watch?v=nlx9egmAApI, https://www.peekvids.com/watch?v=XR9Nw5tV7gs, https://www.peekvids.com/watch?v=iQX5iptbARn,
https://www.peekvids.com/watch?v=ggg44n6ndAY, https://www.peekvids.com/watch?v=YNwRr2yY0iA, https://www.peekvids.com/watch?v=8twvNnc6GVI,
https://www.peekvids.com/watch?v=hcFpgc1C8fq, https://www.peekvids.com/watch?v=YsgWMRmY8EL, https://www.peekvids.com/watch?v=7P5FgoHxHkL,
https://www.peekvids.com/watch?v=3zvnHYCazyO, https://www.peekvids.com/watch?v=RI6M3hVL-Cm, https://www.peekvids.com/watch?v=HTUb7VPKMKt,
https://www.peekvids.com/watch?v=TsAlFaOWNIl, https://www.peekvids.com/watch?v=hZGbvCDqoMT, https://www.peekvids.com/watch?v=ROq-rRy440o,
https://www.peekvids.com/watch?v=WjVsXOleVT6, https://www.peekvids.com/watch?v=uVdMhgt81mA, https://www.peekvids.com/watch?v=VQzbMHRzagX,
https://www.peekvids.com/watch?v=RE_zvffyNsU, https://www.peekvids.com/watch?v=Q987N97XeKk, https://www.peekvids.com/watch?v=l5_6ebfEWsV,
https://www.peekvids.com/watch?v=82-DV1N7eFV, https://www.peekvids.com/watch?v=QpGLJSGVSIz, https://www.peekvids.com/watch?v=Zns5Aiu09Aj,
https://www.peekvids.com/watch?v=KK13aJ0bSGD, https://www.peekvids.com/watch?v=qsmfewi7ckl, https://www.peekvids.com/watch?v=r9b5TkZQjVs,
https://www.peekvids.com/watch?v=rJKLtK-wdPR, https://www.peekvids.com/watch?v=eEALkIPrtMr, https://www.peekvids.com/watch?v=gUXCIpA7HuO,
https://www.peekvids.com/watch?v=XGbH-HqkeFH, https://www.peekvids.com/watch?v=GCyG_dGORQK, https://www.peekvids.com/watch?v=ilrle50QNhH,
https://www.peekvids.com/watch?v=AIqJN6MiWrz, https://www.peekvids.com/watch?v=WjUUrKAXEoN, https://www.peekvids.com/watch?v=YaclDHitHOJ,
https://www.peekvids.com/watch?v=Xs0RF-AGGaD, https://www.peekvids.com/watch?v=Gg8Yht4tMpF, https://www.peekvids.com/watch?v=3s4ZBYOKunJ,
https://www.peekvids.com/watch?v=RRU5YWm2cL5, https://www.peekvids.com/watch?v=8NkJ69MPafb, https://www.peekvids.com/watch?v=rHDW3WHSC0Q,
https://www.peekvids.com/watch?v=zO8j5D6puGS, https://www.peekvids.com/watch?v=tfKiamd9oJa, https://www.peekvids.com/watch?v=LcT5aZNeoaj,
https://www.peekvids.com/watch?v=Ei7oBEpSoPa, https://www.peekvids.com/watch?v=p-ietYi5zoF, https://www.peekvids.com/watch?v=FSyOxSMEGF0,
https://www.peekvids.com/watch?v=j-XeLc7Naca, https://www.peekvids.com/watch?v=Cd0lFTFsmoc, https://www.peekvids.com/watch?v=wdV1qlHxhKp,
https://www.peekvids.com/watch?v=NgkXe7kFg8h, https://www.peekvids.com/watch?v=dZZ4Ui6PkjQ, https://www.peekvids.com/watch?v=I4ZbVzhBPs3,
https://www.peekvids.com/watch?v=pmtgRVAsnJw, https://www.peekvids.com/watch?v=hWUlFhM1SOR, https://www.peekvids.com/watch?v=reqFHsrGsHc
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nosatic
5.b. Uploader's email address: lokkinmyways121@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=nosatic
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=cnOzB1_WCti, https://www.peekvids.com/watch?v=AM3padp_Iau,
https://www.peekvids.com/watch?v=ix2vgOeUB_S, https://www.peekvids.com/watch?v=gCd6d-1n0eI, https://www.peekvids.com/watch?v=eljLlBghSSw,
https://www.peekvids.com/watch?v=beaLQWvYA-P, https://www.peekvids.com/watch?v=kyxIc1HpTeb, https://www.peekvids.com/watch?v=ydFVTk6fVUO,
https://www.peekvids.com/watch?v=01zK7XpQVep, https://www.peekvids.com/watch?v=rbPm3v395PJ, https://www.peekvids.com/watch?v=qfG77xOAchI,
https://www.peekvids.com/watch?v=2m1xaURzDQt, https://www.peekvids.com/watch?v=w6IOaOZbliH, https://www.peekvids.com/watch?v=laKGZig8Zo3,
https://www.peekvids.com/watch?v=RZtDeuP2tS2, https://www.peekvids.com/watch?v=UXfIiq7v7xb, https://www.peekvids.com/watch?v=IL-PMsJLf0h,
https://www.peekvids.com/watch?v=aC1b9tT7C_G, https://www.peekvids.com/watch?v=OnnzUQHtD2o, https://www.peekvids.com/watch?v=uv_lAp4063Q,
https://www.peekvids.com/watch?v=8jpKcvDreVX, https://www.peekvids.com/watch?v=rJEXWMDJvRJ, https://www.peekvids.com/watch?v=Ca1qQa7LRvx,
https://www.peekvids.com/watch?v=oSnG10Ny1o5, https://www.peekvids.com/watch?v=TYCdMbcwr6M, https://www.peekvids.com/watch?v=llzRyt6Fwh4,
https://www.peekvids.com/watch?v=aKjCYQEWZdv, https://www.peekvids.com/watch?v=sKrpFejBNz0, https://www.peekvids.com/watch?v=8bsWk3i_ref,
https://www.peekvids.com/watch?v=HvPHha7UFol, https://www.peekvids.com/watch?v=sqzCrg6HiEp, https://www.peekvids.com/watch?v=qJDPyHc2j_4,
https://www.peekvids.com/watch?v=ko7uZT1cxKy, https://www.peekvids.com/watch?v=2gln85yX954, https://www.peekvids.com/watch?v=0lIGyeAn8rr,
https://www.peekvids.com/watch?v=iRRyYiM8S58, https://www.peekvids.com/watch?v=kN2zrqLR3CQ, https://www.peekvids.com/watch?v=kGWvNYsumQD,
https://www.peekvids.com/watch?v=62Z5YqVqazN, https://www.peekvids.com/watch?v=dEMGOtyLj6H, https://www.peekvids.com/watch?v=CNnk6nf07ir,
https://www.peekvids.com/watch?v=YCjr9NG1fe6, https://www.peekvids.com/watch?v=3MSkiPUkd1n, https://www.peekvids.com/watch?v=3wRIi9lxVLj,
https://www.peekvids.com/watch?v=3NOLYKBgJ9N, https://www.peekvids.com/watch?v=dbZSLf6YJ-d, https://www.peekvids.com/watch?v=PlN8p24zOFE,
https://www.peekvids.com/watch?v=u6aIToWXRK0, https://www.peekvids.com/watch?v=KdiUKYRX4FX, https://www.peekvids.com/watch?v=JWy0j6_252z,
https://www.peekvids.com/watch?v=kvmuhxshbNa, https://www.peekvids.com/watch?v=2e7GuOChACI, https://www.peekvids.com/watch?v=wIg3i27wo9e,
https://www.peekvids.com/watch?v=Jp9fSKm109v, https://www.peekvids.com/watch?v=NBviufJZGLJ, https://www.peekvids.com/watch?v=sbgj4ZeIUP0,
https://www.peekvids.com/watch?v=aiyaplcPY4a, https://www.peekvids.com/watch?v=Hsy53FAEaYV, https://www.peekvids.com/watch?v=TjlqEbS2QTC,
https://www.peekvids.com/watch?v=3x4vNgOtCWs, https://www.peekvids.com/watch?v=Ot2C4i1WsUd, https://www.peekvids.com/watch?v=ZXMgWiqCiQX,
https://www.peekvids.com/watch?v=icsJn7qyZyG, https://www.peekvids.com/watch?v=DASRnfk4-Hw, https://www.peekvids.com/watch?v=GTGY31gznwh,
https://www.peekvids.com/watch?v=4bbU2ity2WB, https://www.peekvids.com/watch?v=jjeJGxjVFT4, https://www.peekvids.com/watch?v=pxlki-HXnd8,
https://www.peekvids.com/watch?v=eJLG58lj3uF, https://www.peekvids.com/watch?v=CWj8OEn5PJP, https://www.peekvids.com/watch?v=pmmBSne4y3C,
https://www.peekvids.com/watch?v=ajYxQ-ZCqSF, https://www.peekvids.com/watch?v=ecCD068Jr-u, https://www.peekvids.com/watch?v=lGI-0cW4AOG
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: onemoretime
5.b. Uploader's email address: allrightmanmany@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=onemoretime
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=h0wKe1cvTJ9, https://www.peekvids.com/watch?v=5JbIJlK-Ym0,
https://www.peekvids.com/watch?v=OedXJXw42X0, https://www.peekvids.com/watch?v=T_RL94H4mMG, https://www.peekvids.com/watch?v=8bTEkCNXXhD,
https://www.peekvids.com/watch?v=EqdyRrZK3iD, https://www.peekvids.com/watch?v=5TEdP-SFvlJ, https://www.peekvids.com/watch?v=EWhKhkBftTp,
https://www.peekvids.com/watch?v=rHo1Mr8aM63, https://www.peekvids.com/watch?v=Q4tGY53DCwM, https://www.peekvids.com/watch?v=Dcz0rvktPJG,
https://www.peekvids.com/watch?v=oM3nU6uL7im, https://www.peekvids.com/watch?v=RovA-Gs5BSX, https://www.peekvids.com/watch?v=EVGneN5hsap,
https://www.peekvids.com/watch?v=G-PTTDWy86O, https://www.peekvids.com/watch?v=PYG1IfgAmVB, https://www.peekvids.com/watch?v=JnJuyskJKcE,
https://www.peekvids.com/watch?v=NpcgXqThsPH, https://www.peekvids.com/watch?v=aGS5VDFwJaV, https://www.peekvids.com/watch?v=Pkqj3qF3iYf,
https://www.peekvids.com/watch?v=6KIix45nxRq, https://www.peekvids.com/watch?v=HvXkrFkETML, https://www.peekvids.com/watch?v=0DwflGNI7Ny,
https://www.peekvids.com/watch?v=KQ3QqQa6sID, https://www.peekvids.com/watch?v=ixAKNIYEASG, https://www.peekvids.com/watch?v=Fe26v_X1_No,
https://www.peekvids.com/watch?v=kgCBZvR1crN, https://www.peekvids.com/watch?v=lMGyDq1m9rp, https://www.peekvids.com/watch?v=ds1V8JTHQ5I,
https://www.peekvids.com/watch?v=FDKksiN3nN2, https://www.peekvids.com/watch?v=JV8yjCShcyI, https://www.peekvids.com/watch?v=oWOr4t9DPlE,
https://www.peekvids.com/watch?v=XzNcG1jbhsu, https://www.peekvids.com/watch?v=IORjDefolQW, https://www.peekvids.com/watch?v=l8bYny6IByN,
https://www.peekvids.com/watch?v=dGufGLqDjJF, https://www.peekvids.com/watch?v=XQQRkv1trzW, https://www.peekvids.com/watch?v=3d-qtGvmanj,
https://www.peekvids.com/watch?v=d7ZSPAibZwq, https://www.peekvids.com/watch?v=Ama1Qcs4SjI, https://www.peekvids.com/watch?v=lXCqseBuUgd,
https://www.peekvids.com/watch?v=xd51JtciZ75, https://www.peekvids.com/watch?v=plUTKNY3Jfs, https://www.peekvids.com/watch?v=ZSxyaPBNIli,
https://www.peekvids.com/watch?v=EKmyEEV9rnu, https://www.peekvids.com/watch?v=R6rhoMfjvzK, https://www.peekvids.com/watch?v=zMU6ptAwcKb,
https://www.peekvids.com/watch?v=4aceDnRV9gg, https://www.peekvids.com/watch?v=qjVKeSSw7iv, https://www.peekvids.com/watch?v=VtBjv4ft9qw,
https://www.peekvids.com/watch?v=kOh39vcZpEx, https://www.peekvids.com/watch?v=7FXIvLQYDBN
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: onepalas
5.b. Uploader's email address: gikkicassasa@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=onepalas
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=TYpzS514Hhw, https://www.peekvids.com/watch?v=7dGtwr_-HdW,
https://www.peekvids.com/watch?v=fHswnra_ZGW, https://www.peekvids.com/watch?v=8wDw0Gda-C8, https://www.peekvids.com/watch?v=FQzkXrZbrQz,
https://www.peekvids.com/watch?v=4rRFiIsJvsR, https://www.peekvids.com/watch?v=msXLbvX-ULS, https://www.peekvids.com/watch?v=SovRtyflsRn,
https://www.peekvids.com/watch?v=g2b14IJFte0, https://www.peekvids.com/watch?v=tlMPNhEqeCK, https://www.peekvids.com/watch?v=63lwvZ9iwDK,
https://www.peekvids.com/watch?v=7mReIaTIo1Q, https://www.peekvids.com/watch?v=6EsRLL5aRAl, https://www.peekvids.com/watch?v=PrBRLwF6smG,
https://www.peekvids.com/watch?v=E2So561iDiM, https://www.peekvids.com/watch?v=VxpXSUqUtcA, https://www.peekvids.com/watch?v=lEUQspRMtsX,
https://www.peekvids.com/watch?v=4ntIIWMZQ8U, https://www.peekvids.com/watch?v=B4261Kq-N0o, https://www.peekvids.com/watch?v=fbtzYwrEI2U,
https://www.peekvids.com/watch?v=bqAjqNJDxbP, https://www.peekvids.com/watch?v=MzCvFDm39Ka, https://www.peekvids.com/watch?v=KIfZXxAkGUm,
https://www.peekvids.com/watch?v=wu-fgHDOpP6, https://www.peekvids.com/watch?v=7h_lS3MU1mc, https://www.peekvids.com/watch?v=obXQyHyIhd9,
https://www.peekvids.com/watch?v=TyyGYsUCgKM, https://www.peekvids.com/watch?v=AoTocv_C6oJ, https://www.peekvids.com/watch?v=BnxJ6RWg2Il,
https://www.peekvids.com/watch?v=AMoK2rGdU-n, https://www.peekvids.com/watch?v=3JrQ0tXO9T7, https://www.peekvids.com/watch?v=e3KZEg2Mq-J,
https://www.peekvids.com/watch?v=enWKiv4f1ob, https://www.peekvids.com/watch?v=U0rpp8k3_Pz, https://www.peekvids.com/watch?v=GnM3AFI4IUW,
https://www.peekvids.com/watch?v=KmbKorOfgak, https://www.peekvids.com/watch?v=FjSLDk3Te4k, https://www.peekvids.com/watch?v=5GSHEwJIOeO,
https://www.peekvids.com/watch?v=TCXx2HawNbE, https://www.peekvids.com/watch?v=vB2v8XScs1v, https://www.peekvids.com/watch?v=IQ2OdZxFJPH,
https://www.peekvids.com/watch?v=0InVz1uP4f8, https://www.peekvids.com/watch?v=oYkY21IAKax, https://www.peekvids.com/watch?v=XfJMYy6NJQi,
https://www.peekvids.com/watch?v=5TrGoV-_oHp, https://www.peekvids.com/watch?v=Ac8QS1CeSAO, https://www.peekvids.com/watch?v=fEg8m3HQQfO,
https://www.peekvids.com/watch?v=0L2wJ_wyQYJ, https://www.peekvids.com/watch?v=80XWEPoPUgM, https://www.peekvids.com/watch?v=rc9ce9aitRv,
https://www.peekvids.com/watch?v=FsF6Rx7_yYy, https://www.peekvids.com/watch?v=wbXllPjcE3q, https://www.peekvids.com/watch?v=nxdSFTtofwd,
https://www.peekvids.com/watch?v=CC-IMnHbVeB, https://www.peekvids.com/watch?v=EWD_ee_pJTy, https://www.peekvids.com/watch?v=VnRLHwMwdwp,
https://www.peekvids.com/watch?v=hFd5mI5NkhW, https://www.peekvids.com/watch?v=mKzZSqRNV19, https://www.peekvids.com/watch?v=V8w_akt_H5y,
https://www.peekvids.com/watch?v=mqlXWmvxCGh, https://www.peekvids.com/watch?v=e6eVifHrl_7, https://www.peekvids.com/watch?v=8UaQAP4xbHf,
https://www.peekvids.com/watch?v=AbE3TofUhp8, https://www.peekvids.com/watch?v=eRdBR9duTB5, https://www.peekvids.com/watch?v=Yf3FAfydNrD,
https://www.peekvids.com/watch?v=Kyi5UnlWpod, https://www.peekvids.com/watch?v=7QrLadx6bPS, https://www.peekvids.com/watch?v=6RBkrv6WPON,
https://www.peekvids.com/watch?v=HZSJ22Q6FUN, https://www.peekvids.com/watch?v=YPWRbtBSpNR, https://www.peekvids.com/watch?v=i7hfh1R5a3O,
https://www.peekvids.com/watch?v=VmMDkqr5J2c, https://www.peekvids.com/watch?v=ezWu4JP2Q5k, https://www.peekvids.com/watch?v=LeCJRKBzMzt,
https://www.peekvids.com/watch?v=oo22iU0iNMx, https://www.peekvids.com/watch?v=ktH83mjD_Bh, https://www.peekvids.com/watch?v=bt3jSo_CAcS,
https://www.peekvids.com/watch?v=JaAkgTbC2KA, https://www.peekvids.com/watch?v=fciO1KEJclx, https://www.peekvids.com/watch?v=LB4Cc9UhG9w,
https://www.peekvids.com/watch?v=NzpBF1kdOnK, https://www.peekvids.com/watch?v=MtQGCv8ArHP
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: onetwo3
5.b. Uploader's email address: superstarbibi@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=onetwo3
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4_BeN_keFjy, https://www.peekvids.com/watch?v=3FeywIq2FLJ,
https://www.peekvids.com/watch?v=2Bf3Y_uC4ES, https://www.peekvids.com/watch?v=YwPpVMa2a7T, https://www.peekvids.com/watch?v=L91xmEYLj3f,
https://www.peekvids.com/watch?v=gdeLYZuRKyR, https://www.peekvids.com/watch?v=wtsmx4nrKRm, https://www.peekvids.com/watch?v=C9s-G9EnAcf,
https://www.peekvids.com/watch?v=DlaX3XesGDe, https://www.peekvids.com/watch?v=ph6mb2hDER8, https://www.peekvids.com/watch?v=9_9sD2u_nYO,
https://www.peekvids.com/watch?v=3Fv96b1G2wD, https://www.peekvids.com/watch?v=kKOsCbtbN8H, https://www.peekvids.com/watch?v=A_NKXJzxj_L,
https://www.peekvids.com/watch?v=gu7NQJXRAeB, https://www.peekvids.com/watch?v=xugVzazaYhF, https://www.peekvids.com/watch?v=7SX9P-wFEqA,
https://www.peekvids.com/watch?v=HBjlVSmRueD, https://www.peekvids.com/watch?v=ZqbPEvRB478, https://www.peekvids.com/watch?v=9Xa_hVsDbOq,
https://www.peekvids.com/watch?v=rmFHYiUtorW, https://www.peekvids.com/watch?v=anaiSr_PmYj, https://www.peekvids.com/watch?v=4AEtgc4Bckl,
https://www.peekvids.com/watch?v=SFPXHQ4ZDed, https://www.peekvids.com/watch?v=HXMqtrcALPi, https://www.peekvids.com/watch?v=WSQA0CLzNml,
https://www.peekvids.com/watch?v=V_sWsrEv2Fb, https://www.peekvids.com/watch?v=P2xTCdYN7Lo, https://www.peekvids.com/watch?v=jjZI3X8fjqP,
https://www.peekvids.com/watch?v=bbl0QYEvvYR, https://www.peekvids.com/watch?v=96-5ugRgAMu, https://www.peekvids.com/watch?v=6LKJK-_gj_f,
https://www.peekvids.com/watch?v=zEX6W5mweF5, https://www.peekvids.com/watch?v=E5aBzwF32tQ, https://www.peekvids.com/watch?v=PkrE9jUuyqZ,
https://www.peekvids.com/watch?v=5WOYw0LFHkf, https://www.peekvids.com/watch?v=8obJ9izQnGD, https://www.peekvids.com/watch?v=UqcTe60Hzvm,
https://www.peekvids.com/watch?v=Rg9vYwJd0uO, https://www.peekvids.com/watch?v=Q11NaKeYaVa, https://www.peekvids.com/watch?v=jxdIxYqWNU5,
https://www.peekvids.com/watch?v=TJn-26EmLeS, https://www.peekvids.com/watch?v=GVayQCfDAb7, https://www.peekvids.com/watch?v=rRU8_paH8_x,
https://www.peekvids.com/watch?v=IBm1KfAOGDZ, https://www.peekvids.com/watch?v=ifvTkh7qgIe, https://www.peekvids.com/watch?v=N1GXia2CaCu,
https://www.peekvids.com/watch?v=9yHLigMSfek, https://www.peekvids.com/watch?v=f9thCrhqCqh, https://www.peekvids.com/watch?v=PXyCyJZp7Ai,
https://www.peekvids.com/watch?v=pH7J_cVltnf, https://www.peekvids.com/watch?v=o5lgKkK0CM5, https://www.peekvids.com/watch?v=Ix2XiiBq2ql,
https://www.peekvids.com/watch?v=sDNsnepjoI7, https://www.peekvids.com/watch?v=0Xfp2PVwuOg, https://www.peekvids.com/watch?v=CDOGrrXN4AL,
https://www.peekvids.com/watch?v=CPOEv9MIiDG, https://www.peekvids.com/watch?v=7aUIFjoq8H9, https://www.peekvids.com/watch?v=5r1ctj75ojp,

https://www.peekvids.com/watch?v=8JWJY7YE0zD, https://www.peekvids.com/watch?v=wffD5osTc1g, https://www.peekvids.com/watch?v=9efJLIgfbuu,
https://www.peekvids.com/watch?v=oVwuFUDR6b9, https://www.peekvids.com/watch?v=Dfx5L9lQ_W7, https://www.peekvids.com/watch?v=6fgrOdFb4zM,
https://www.peekvids.com/watch?v=AUcVQ5gnMTJ, https://www.peekvids.com/watch?v=XtXGS2SET_U, https://www.peekvids.com/watch?v=0qkKhkT7EIW,
https://www.peekvids.com/watch?v=9ng3saoO7KE, https://www.peekvids.com/watch?v=kDp6UWm0Edv, https://www.peekvids.com/watch?v=9m_ux2V2E3P,
https://www.peekvids.com/watch?v=J9XKlWkAuvi, https://www.peekvids.com/watch?v=0j31gYnR1A5, https://www.peekvids.com/watch?v=7cS0DgDXH2d,
https://www.peekvids.com/watch?v=kQwv-DsDTSc, https://www.peekvids.com/watch?v=XgxeBgJpclB, https://www.peekvids.com/watch?v=j1bZYB10-uU,
https://www.peekvids.com/watch?v=xhHs63M3wds, https://www.peekvids.com/watch?v=WHXj66Sc__j, https://www.peekvids.com/watch?v=vtbKpV7rhal,
https://www.peekvids.com/watch?v=UctcZ_HKYME, https://www.peekvids.com/watch?v=pHNJ5RsUtqQ, https://www.peekvids.com/watch?v=UDHJ110YU8h,
https://www.peekvids.com/watch?v=Ag-Sd7HfBxL, https://www.peekvids.com/watch?v=fG4mCTMYj4Z, https://www.peekvids.com/watch?v=dgppYJyuUIs,
https://www.peekvids.com/watch?v=8ntOxi_MUEb, https://www.peekvids.com/watch?v=I5iaBFPK7ha, https://www.peekvids.com/watch?v=K1VM_wgjlGO,
https://www.peekvids.com/watch?v=mMfeTRpLLaX, https://www.peekvids.com/watch?v=AWgw_wSG4HG, https://www.peekvids.com/watch?v=3h0RdIwK0wU,
https://www.peekvids.com/watch?v=qw8Q6QJHLni, https://www.peekvids.com/watch?v=ebecnDdlUzG, https://www.peekvids.com/watch?v=lKGlFHdozyG,
https://www.peekvids.com/watch?v=zMwwvVTSkqm, https://www.peekvids.com/watch?v=BUZcHQPRQaM, https://www.peekvids.com/watch?v=dfUAAMujxbI,
https://www.peekvids.com/watch?v=tbVBFqBZhST, https://www.peekvids.com/watch?v=GSvcLpOH9Ld, https://www.peekvids.com/watch?v=LauNfpFcLQ2,
https://www.peekvids.com/watch?v=uXdWknCxVTX, https://www.peekvids.com/watch?v=7O1Z8WAIQkd, https://www.peekvids.com/watch?v=LO5eWrKtIdA
5.f. Date of third notice: 2015-08-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: onisiomov
5.b. Uploader's email address: lonnyylon@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=onisiomov
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=UeRFzI79rfv, https://www.peekvids.com/watch?v=TdyqMgWEX9U,
https://www.peekvids.com/watch?v=3ELMzFe-qQe, https://www.peekvids.com/watch?v=NTW7ASb4-eM, https://www.peekvids.com/watch?v=lyep_-fwsW0,
https://www.peekvids.com/watch?v=bs7CNyTAV_a, https://www.peekvids.com/watch?v=pIc4_DDE2UH, https://www.peekvids.com/watch?v=OFPLMQInffb,
https://www.peekvids.com/watch?v=zyqtxBvXaTx, https://www.peekvids.com/watch?v=CduXmPHbQUk, https://www.peekvids.com/watch?v=cY9ARkQuSgO,
https://www.peekvids.com/watch?v=as6eEGLSL3R, https://www.peekvids.com/watch?v=q68Q4Oued7V, https://www.peekvids.com/watch?v=bUyDKq50Uep,
https://www.peekvids.com/watch?v=blKtaucAJi2, https://www.peekvids.com/watch?v=KInMr6mhU2v, https://www.peekvids.com/watch?v=M84m1vTFj02,
https://www.peekvids.com/watch?v=cWkDsBnLufA, https://www.peekvids.com/watch?v=YgsOw345cEV, https://www.peekvids.com/watch?v=23WJC1UkxFk,
https://www.peekvids.com/watch?v=9Xkhnog8dpQ, https://www.peekvids.com/watch?v=Pb_tTOuOFFl, https://www.peekvids.com/watch?v=RUVwjiJ7n9K,
https://www.peekvids.com/watch?v=8_SCLtNL1GO, https://www.peekvids.com/watch?v=kq3j0moSuKd, https://www.peekvids.com/watch?v=T1AdvCXQ4qJ,
https://www.peekvids.com/watch?v=DIVDf0cdlEG, https://www.peekvids.com/watch?v=68-z_MHuDZZ, https://www.peekvids.com/watch?v=H0a2RJdgzDH,
https://www.peekvids.com/watch?v=xq6NV-cclfx, https://www.peekvids.com/watch?v=3q5vZ1WBIwP, https://www.peekvids.com/watch?v=oJK6Z5FAPRp,
https://www.peekvids.com/watch?v=TqDLV6asiLi, https://www.peekvids.com/watch?v=kjjc-Ht3W18, https://www.peekvids.com/watch?v=goKUEL0kk24,
https://www.peekvids.com/watch?v=Vw7mfZoEuDl, https://www.peekvids.com/watch?v=XQ_xj4WhLS0, https://www.peekvids.com/watch?v=YwtpTGVfcYE,
https://www.peekvids.com/watch?v=w12TZMQ0pw6, https://www.peekvids.com/watch?v=2nR_xbIrTKQ, https://www.peekvids.com/watch?v=3_vbX5vecWk,
https://www.peekvids.com/watch?v=5yEHP91jH7L, https://www.peekvids.com/watch?v=MmQXUO-fXnL, https://www.peekvids.com/watch?v=uniw6Sy6NHf,
https://www.peekvids.com/watch?v=hhy51aCv3xx, https://www.peekvids.com/watch?v=zodL76UdFH3, https://www.peekvids.com/watch?v=CTBzHhmz38B,
https://www.peekvids.com/watch?v=nuiScNyghCs, https://www.peekvids.com/watch?v=WJAXdrc0MtT, https://www.peekvids.com/watch?v=sbfEZ3RhIeo,
https://www.peekvids.com/watch?v=HdI8EOrvLNz, https://www.peekvids.com/watch?v=9SQ11M-7eXt, https://www.peekvids.com/watch?v=OZRoSrI_LQW,
https://www.peekvids.com/watch?v=29zxCiUmGAW, https://www.peekvids.com/watch?v=98vHqJUThw4, https://www.peekvids.com/watch?v=6Pk94en_r0w,
https://www.peekvids.com/watch?v=Nu-Ya76ckVQ, https://www.peekvids.com/watch?v=JeTe4JWmk3B, https://www.peekvids.com/watch?v=tnwPIH_Qp3s,
https://www.peekvids.com/watch?v=slrFe5Y_C9Z, https://www.peekvids.com/watch?v=rhJFa8CSASM, https://www.peekvids.com/watch?v=VkwRNccBq2W,
https://www.peekvids.com/watch?v=SRXvHUu7YL8, https://www.peekvids.com/watch?v=NiVmxVYKZPx, https://www.peekvids.com/watch?v=hOus2r7PSxO,
https://www.peekvids.com/watch?v=bvP_OTL_iOH, https://www.peekvids.com/watch?v=CEuEnUJntE6, https://www.peekvids.com/watch?v=Dl2h2XSfAWX,
https://www.peekvids.com/watch?v=bxJtEOm1iab, https://www.peekvids.com/watch?v=u_0WfNbyZBh, https://www.peekvids.com/watch?v=XbN3gmOcx_5,
https://www.peekvids.com/watch?v=l-9EuSCnqi6, https://www.peekvids.com/watch?v=tL4u4gmOTcJ, https://www.peekvids.com/watch?v=Va3K4HvSVU6,
https://www.peekvids.com/watch?v=AT-_EBKSL0C, https://www.peekvids.com/watch?v=bnrwD_D7ehG, https://www.peekvids.com/watch?v=0D1Mc3z_VXU,
https://www.peekvids.com/watch?v=i76I2fOnxEo, https://www.peekvids.com/watch?v=z-QAu3fO5nj, https://www.peekvids.com/watch?v=vzv_dngWQpP,
https://www.peekvids.com/watch?v=Av19TrmqfrV, https://www.peekvids.com/watch?v=YTmv0fTthk6, https://www.peekvids.com/watch?v=5c9wGsMtSog,
https://www.peekvids.com/watch?v=4ZTQxr4aesM, https://www.peekvids.com/watch?v=oKnhvsZ8RLc, https://www.peekvids.com/watch?v=2cdXj7g7Ut4,
https://www.peekvids.com/watch?v=agqxIdBGL6Y, https://www.peekvids.com/watch?v=Gwfjj5ZPZUL, https://www.peekvids.com/watch?v=z9ZvI39BDWN,
https://www.peekvids.com/watch?v=5IerXkyM2Jd, https://www.peekvids.com/watch?v=LL0wWhYw-qq, https://www.peekvids.com/watch?v=USZXnq0Qk06,
https://www.peekvids.com/watch?v=yn409G-xb-0, https://www.peekvids.com/watch?v=LmoFiKbbzQP, https://www.peekvids.com/watch?v=bR83QcY3BEG,
https://www.peekvids.com/watch?v=3j6L_u9MvHQ, https://www.peekvids.com/watch?v=AAwYG_NhEnX, https://www.peekvids.com/watch?v=gBdMFDPK_Pb,
https://www.peekvids.com/watch?v=AHzTnc8YYM7, https://www.peekvids.com/watch?v=osQDB9YGPp5, https://www.peekvids.com/watch?v=QOH_JLuSX8Y,
https://www.peekvids.com/watch?v=7mDNxL8QcGn, https://www.peekvids.com/watch?v=urbLJeuiCfR, https://www.peekvids.com/watch?v=4hgTgnj6AKF,
https://www.peekvids.com/watch?v=KUnBVLOFCy9, https://www.peekvids.com/watch?v=TCqXzr3v-Ft, https://www.peekvids.com/watch?v=8PZrbBkek76,
https://www.peekvids.com/watch?v=q_YtpMGMF-C, https://www.peekvids.com/watch?v=t2_x_O4395G, https://www.peekvids.com/watch?v=2AR8P9uZEAq,
https://www.peekvids.com/watch?v=0aNKvkaW5u0, https://www.peekvids.com/watch?v=uiRO7ojbxaJ, https://www.peekvids.com/watch?v=4N3yy5JCvGC,
https://www.peekvids.com/watch?v=DEs56Aaa0Tr, https://www.peekvids.com/watch?v=Vp3QoTaYVlv, https://www.peekvids.com/watch?v=QCMSpuasXKK,
https://www.peekvids.com/watch?v=nh5SBQh9mDt, https://www.peekvids.com/watch?v=40ZOstd6GOS, https://www.peekvids.com/watch?v=sYL0xRkqiN7,
https://www.peekvids.com/watch?v=Db6JhZGJGzV, https://www.peekvids.com/watch?v=KZNJ1lqikoE, https://www.peekvids.com/watch?v=pmMQxY_x7xl,
https://www.peekvids.com/watch?v=DNRTrY6JwTr, https://www.peekvids.com/watch?v=o-guBblt1fZ, https://www.peekvids.com/watch?v=CDaWHVxEtmE,
https://www.peekvids.com/watch?v=P3dg-0pVYHD, https://www.peekvids.com/watch?v=IP_D7wuFcju, https://www.peekvids.com/watch?v=73TcowoGppE,
https://www.peekvids.com/watch?v=w6ZsaYjlGsG, https://www.peekvids.com/watch?v=kBjIHCz8iLu, https://www.peekvids.com/watch?v=A-FPi6AIzDQ,
https://www.peekvids.com/watch?v=uaRYBkyrwsE, https://www.peekvids.com/watch?v=sRMEGeqpVVq, https://www.peekvids.com/watch?v=JO207y8gYC0,
https://www.peekvids.com/watch?v=QgCqOSXbbVe, https://www.peekvids.com/watch?v=n0rWefyOZhS, https://www.peekvids.com/watch?v=FxgQnnXk3Ns,
https://www.peekvids.com/watch?v=T6P1d0uS9AU, https://www.peekvids.com/watch?v=Ii2YhSwpUMu, https://www.peekvids.com/watch?v=IOKFWTkCwqe,
https://www.peekvids.com/watch?v=KOzV1HS50Z9, https://www.peekvids.com/watch?v=xGayLv85akZ, https://www.peekvids.com/watch?v=zbL9FV4Bl7T,
https://www.peekvids.com/watch?v=43ILuxXSsE0, https://www.peekvids.com/watch?v=HIfXXqYE8lW, https://www.peekvids.com/watch?v=xI9BAf9dreU,
https://www.peekvids.com/watch?v=orIhaA7QRWi, https://www.peekvids.com/watch?v=iisjv5N0iGO, https://www.peekvids.com/watch?v=B1P00uEXQjR,
https://www.peekvids.com/watch?v=JMDvFr_Mb3N, https://www.peekvids.com/watch?v=rMP5BAnbc3U, https://www.peekvids.com/watch?v=DjheEFhZLBU,
https://www.peekvids.com/watch?v=SrBd8H5vlhp, https://www.peekvids.com/watch?v=L2SL0gIrUBN, https://www.peekvids.com/watch?v=nGxe1OUnNz5,
https://www.peekvids.com/watch?v=FpKjA1sCxL6, https://www.peekvids.com/watch?v=nYfKXBiLxHo, https://www.peekvids.com/watch?v=qiYSEg1CnEb
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: onlysee
5.b. Uploader's email address: frankhamburz@yahoo.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=onlysee
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=I6zQaJQT7sI, https://www.peekvids.com/watch?v=g3bOrXJOZii,
https://www.peekvids.com/watch?v=AlQSpqdSBSe, https://www.peekvids.com/watch?v=WKiXW7Gwptv, https://www.peekvids.com/watch?v=qR-VOQume0Q,
https://www.peekvids.com/watch?v=uLYiVReR7Dw, https://www.peekvids.com/watch?v=-zRYXUritNw, https://www.peekvids.com/watch?v=TkjMAKP-CTF,
https://www.peekvids.com/watch?v=2cCQ2hyFljv, https://www.peekvids.com/watch?v=ltZlFX7haJ-, https://www.peekvids.com/watch?v=afdGC8DZEUr,
https://www.peekvids.com/watch?v=pMgkfdOjF4n, https://www.peekvids.com/watch?v=-2hYUSJfWzT, https://www.peekvids.com/watch?v=lGnkjv9NeUE,
https://www.peekvids.com/watch?v=8gjxkinnw4F, https://www.peekvids.com/watch?v=Iwpj2XGIL-5, https://www.peekvids.com/watch?v=dMfI6iZliTY,
https://www.peekvids.com/watch?v=IHvDLuOhnzW, https://www.peekvids.com/watch?v=uFvTQZhRdP5, https://www.peekvids.com/watch?v=LFrbaTRkPbA,
https://www.peekvids.com/watch?v=VQscRcWnYos, https://www.peekvids.com/watch?v=6mzQCkmdTL9, https://www.peekvids.com/watch?v=DoXXJIeXwHd,
https://www.peekvids.com/watch?v=3yYx45uJLeo, https://www.peekvids.com/watch?v=8bumvEYCflV, https://www.peekvids.com/watch?v=Aq8KZA-CEsY,
https://www.peekvids.com/watch?v=YBhtMh5OKXY, https://www.peekvids.com/watch?v=vGRQ3EM4CZI, https://www.peekvids.com/watch?v=Mdabty0MsDp,
https://www.peekvids.com/watch?v=SPi7PWCnKPt, https://www.peekvids.com/watch?v=tqdIjL6TDMy, https://www.peekvids.com/watch?v=-Dmhq-WWwxt,
https://www.peekvids.com/watch?v=gX-CHwTC70w, https://www.peekvids.com/watch?v=huqhYticMlk, https://www.peekvids.com/watch?v=2tKUvUTADTm,
https://www.peekvids.com/watch?v=437G3Vi02np, https://www.peekvids.com/watch?v=StpZRI-hiJ-, https://www.peekvids.com/watch?v=XZzkLNTgs7d,
https://www.peekvids.com/watch?v=kCBR7j0sSYz, https://www.peekvids.com/watch?v=jVKJfWou-Xg, https://www.peekvids.com/watch?v=Yqhq5GhTN5O,
https://www.peekvids.com/watch?v=5B4xdsi49Rd, https://www.peekvids.com/watch?v=HRUOsRrWZci, https://www.peekvids.com/watch?v=3d96LyF7Bwi,
https://www.peekvids.com/watch?v=yrp6cwFv4ib, https://www.peekvids.com/watch?v=OG5BTKg7H8L, https://www.peekvids.com/watch?v=hsdBbNXWUGY,
https://www.peekvids.com/watch?v=wfnpT85R8EU, https://www.peekvids.com/watch?v=BG8F0v7u6FV, https://www.peekvids.com/watch?v=glLCJDH3uqE,
https://www.peekvids.com/watch?v=6SFbnykEiRM, https://www.peekvids.com/watch?v=fkpEYAjD2jf, https://www.peekvids.com/watch?v=eaQULxuxUE6,
https://www.peekvids.com/watch?v=QkD4yUya-Mp, https://www.peekvids.com/watch?v=3LWOOuUusiq, https://www.peekvids.com/watch?v=WYnfdY7dAPI,
https://www.peekvids.com/watch?v=7PjLX5QXRnE, https://www.peekvids.com/watch?v=FF5BUVzSy0S, https://www.peekvids.com/watch?v=Pd-UblgvUdT,
https://www.peekvids.com/watch?v=blMGuKv8wPE, https://www.peekvids.com/watch?v=iuQsAT8Jo2W, https://www.peekvids.com/watch?v=PS4usrYERYI,
https://www.peekvids.com/watch?v=5EqkYSLYGWD, https://www.peekvids.com/watch?v=hFDposMlFWm, https://www.peekvids.com/watch?v=JF7OQriRblh,
https://www.peekvids.com/watch?v=k-nF9pBaP6V, https://www.peekvids.com/watch?v=nTTiBsChk2f, https://www.peekvids.com/watch?v=Un-m0J99WBV,
https://www.peekvids.com/watch?v=0aXuAL-KDji, https://www.peekvids.com/watch?v=ceLT-rHgmII, https://www.peekvids.com/watch?v=U5FBZexzKPz,
https://www.peekvids.com/watch?v=zemACEUgy86, https://www.peekvids.com/watch?v=lSvOOWCMpgn, https://www.peekvids.com/watch?v=eydw64lKlZ0,
https://www.peekvids.com/watch?v=lev8o9bcx7Y, https://www.peekvids.com/watch?v=cMPme0vEKg3, https://www.peekvids.com/watch?v=IFPG9vmUSTm,
https://www.peekvids.com/watch?v=GufqBUBMQ9f, https://www.peekvids.com/watch?v=wSNbDkvYWLK, https://www.peekvids.com/watch?v=vsWImLFFz2T,
https://www.peekvids.com/watch?v=Qd8OPW0iwkW, https://www.peekvids.com/watch?v=bP6RZplLUIV, https://www.peekvids.com/watch?v=m9pcFfIPgrr,
https://www.peekvids.com/watch?v=h5Q22D5WfQv, https://www.peekvids.com/watch?v=utdiXdAcW54, https://www.peekvids.com/watch?v=B-RYMqhHvKN,
https://www.peekvids.com/watch?v=vaXQPqmu9fB, https://www.peekvids.com/watch?v=7BU7N86WVgO, https://www.peekvids.com/watch?v=wRmImCRx5Mt,
https://www.peekvids.com/watch?v=z9utigstIYY, https://www.peekvids.com/watch?v=mVlrM6FHmNK, https://www.peekvids.com/watch?v=uFbUxg0dl-K,
https://www.peekvids.com/watch?v=FoJ2Te0aCrr, https://www.peekvids.com/watch?v=ZfGCL4VJSRX, https://www.peekvids.com/watch?v=e2Yb9sTttkR,
https://www.peekvids.com/watch?v=grKENxCmFsU, https://www.peekvids.com/watch?v=TDJP7SkIqqz, https://www.peekvids.com/watch?v=6KgMAvYbfxX,
https://www.peekvids.com/watch?v=4lpfdS3cdQq, https://www.peekvids.com/watch?v=iv-OeP-UxVW, https://www.peekvids.com/watch?v=9ijwfYPrjMz,
https://www.peekvids.com/watch?v=G2qFRNKi8xu, https://www.peekvids.com/watch?v=Q-PhifNLkXW, https://www.peekvids.com/watch?v=i2vh8WD4J-U,
https://www.peekvids.com/watch?v=giSOqLnDr24, https://www.peekvids.com/watch?v=DwFcbBs6lMr, https://www.peekvids.com/watch?v=sus9nua38zK,
https://www.peekvids.com/watch?v=2qftT6fYl7r, https://www.peekvids.com/watch?v=rml-noybHvp, https://www.peekvids.com/watch?v=vkPUhwE0Gfg,
https://www.peekvids.com/watch?v=4kRlcN3NJ9m, https://www.peekvids.com/watch?v=vJPuucfhgm4, https://www.peekvids.com/watch?v=cR4YJv6uSN8,
https://www.peekvids.com/watch?v=D8eMTEOawrG, https://www.peekvids.com/watch?v=IqeskU0GmkZ, https://www.peekvids.com/watch?v=oGwFqMmVcOH,
https://www.peekvids.com/watch?v=NTilRzZMb3v, https://www.peekvids.com/watch?v=dNuJsNpa7rT, https://www.peekvids.com/watch?v=jISAmY6Wstv,
https://www.peekvids.com/watch?v=8OoIfwLdWVn, https://www.peekvids.com/watch?v=2X8BvO0t3V6, https://www.peekvids.com/watch?v=ooqx699bmky,
https://www.peekvids.com/watch?v=ZA793Lfqjha, https://www.peekvids.com/watch?v=iHa8n0vfvH4, https://www.peekvids.com/watch?v=WQ9c-XBrBKC,
https://www.peekvids.com/watch?v=Vcz80PQWxiq, https://www.peekvids.com/watch?v=m7v6lkabYc5, https://www.peekvids.com/watch?v=uRcuTT4NUEJ,
https://www.peekvids.com/watch?v=m7T5KJA7C2f, https://www.peekvids.com/watch?v=viO07Qo6MIE, https://www.peekvids.com/watch?v=udWB00v6Dg0,
https://www.peekvids.com/watch?v=I78AQKfJ9hO, https://www.peekvids.com/watch?v=Lu6m40sD-zT, https://www.peekvids.com/watch?v=eDpScCaHXGy,
https://www.peekvids.com/watch?v=NFQrku6Xk8D, https://www.peekvids.com/watch?v=DE-9WG7WTsN, https://www.peekvids.com/watch?v=0hfDRdQUmOt,
https://www.peekvids.com/watch?v=NPeAK9GgmRP, https://www.peekvids.com/watch?v=ut8q6qdNNhZ, https://www.peekvids.com/watch?v=VPrX52Zbasc,
https://www.peekvids.com/watch?v=GGg3LBzFN9w, https://www.peekvids.com/watch?v=-8YKLRFKYGl, https://www.peekvids.com/watch?v=t-47nOHYr7q,
https://www.peekvids.com/watch?v=ZZvMUrA-3Tu, https://www.peekvids.com/watch?v=AlKLSuBESd-, https://www.peekvids.com/watch?v=x5wZ87ZbV6a,
https://www.peekvids.com/watch?v=TQpp2874OOT, https://www.peekvids.com/watch?v=FQq3aJFYSVD, https://www.peekvids.com/watch?v=CHZITHn6C57,
https://www.peekvids.com/watch?v=tCTcPdwVFUI, https://www.peekvids.com/watch?v=p-jTNZOKTx6, https://www.peekvids.com/watch?v=BeJf-FK5WS4,
https://www.peekvids.com/watch?v=8zK-8MLM5a3, https://www.peekvids.com/watch?v=Pg87Ig5dnBQ, https://www.peekvids.com/watch?v=f2yZhBCnAas,
https://www.peekvids.com/watch?v=cO7Er8Qj9xf, https://www.peekvids.com/watch?v=rQzEFjxJK5p, https://www.peekvids.com/watch?v=V8o37-DxOIY,
https://www.peekvids.com/watch?v=I-KDuX8TjCf, https://www.peekvids.com/watch?v=JUahPaqm60W, https://www.peekvids.com/watch?v=wFlp2YTnqLd,
https://www.peekvids.com/watch?v=5Db6l9dCwPj, https://www.peekvids.com/watch?v=2EyMiEdr5d9, https://www.peekvids.com/watch?v=Xl-LCae5xpb,
https://www.peekvids.com/watch?v=Ll0y5BQsv0c, https://www.peekvids.com/watch?v=cWCh53h840D, https://www.peekvids.com/watch?v=nmT-v0r-7Eq,

https://www.peekvids.com/watch?v=z0H4AXG7Tf0, https://www.peekvids.com/watch?v=SAYge25jvD8, https://www.peekvids.com/watch?v=lqxQMks8x49,
https://www.peekvids.com/watch?v=W3TqeIlHt-X, https://www.peekvids.com/watch?v=SSzXXIRLgv8, https://www.peekvids.com/watch?v=sApoG0mtbyf,
https://www.peekvids.com/watch?v=paRxBcPID6e, https://www.peekvids.com/watch?v=ndvHFicoBf6, https://www.peekvids.com/watch?v=zbodXzKXYM2,
https://www.peekvids.com/watch?v=7NuDlODTnPI, https://www.peekvids.com/watch?v=7ZxP9k3N5zP, https://www.peekvids.com/watch?v=oM6wFRrz87n,
https://www.peekvids.com/watch?v=Zj5OS8OaYF3, https://www.peekvids.com/watch?v=97xPs9mRGTt, https://www.peekvids.com/watch?v=nUpSi0C9ju3,
https://www.peekvids.com/watch?v=ClQPDCIFlEG, https://www.peekvids.com/watch?v=3XR30L9DN-M, https://www.peekvids.com/watch?v=IC5DRdWCWVp,
https://www.peekvids.com/watch?v=pkVcy7fzEA4, https://www.peekvids.com/watch?v=CnCY99xNFpt, https://www.peekvids.com/watch?v=nswE8ktNZb3,
https://www.peekvids.com/watch?v=Zlu2oZx-Gab, https://www.peekvids.com/watch?v=Wnv2lAELRl9, https://www.peekvids.com/watch?v=a5O3ZB-ihvU,
https://www.peekvids.com/watch?v=h5f2YrLjThL, https://www.peekvids.com/watch?v=guLblGulSo9, https://www.peekvids.com/watch?v=jaQm-ar5rRs,
https://www.peekvids.com/watch?v=GpRL6dKg5lK, https://www.peekvids.com/watch?v=-BVcPHJiFPA, https://www.peekvids.com/watch?v=ZK0eviOCmd-,
https://www.peekvids.com/watch?v=srdrVMJBpEP, https://www.peekvids.com/watch?v=fblKyCiDK7r, https://www.peekvids.com/watch?v=m6iOEC5nhLw,
https://www.peekvids.com/watch?v=gi3unnEomkZ, https://www.peekvids.com/watch?v=Jb2IvVUUqGy, https://www.peekvids.com/watch?v=F4cjjJfA0-z,
https://www.peekvids.com/watch?v=Hd0Tx3iCHWj, https://www.peekvids.com/watch?v=6WgT6JzKG9o, https://www.peekvids.com/watch?v=6FoLhe2XcOb,
https://www.peekvids.com/watch?v=NCDzrBgg-N-, https://www.peekvids.com/watch?v=koQXXicsXzK, https://www.peekvids.com/watch?v=JoA7cn79fkM,
https://www.peekvids.com/watch?v=g5ZPve5sFns, https://www.peekvids.com/watch?v=hqe3MJyMdsR, https://www.peekvids.com/watch?v=9-Rthx5ZOOZ,
https://www.peekvids.com/watch?v=Zegh-zR6Vdt, https://www.peekvids.com/watch?v=FhKFt4dUXoM, https://www.peekvids.com/watch?v=9rbtqjdBSSx,
https://www.peekvids.com/watch?v=LwLLVgcfwM3, https://www.peekvids.com/watch?v=YyK9wkItftn, https://www.peekvids.com/watch?v=BUD5Du0cp7b,
https://www.peekvids.com/watch?v=bCODnSdeM3b, https://www.peekvids.com/watch?v=am-l05U--pP, https://www.peekvids.com/watch?v=U7B0AkSLztr,
https://www.peekvids.com/watch?v=jeF8dc4euyt, https://www.peekvids.com/watch?v=e38RpzY38hI, https://www.peekvids.com/watch?v=mBzMvXyRldK,
https://www.peekvids.com/watch?v=f-IvtULFWrP, https://www.peekvids.com/watch?v=GIoNAKZDkKX, https://www.peekvids.com/watch?v=8dK3urkxqqH,
https://www.peekvids.com/watch?v=kYz2Wyh4aNh, https://www.peekvids.com/watch?v=xNcInR7EWlK, https://www.peekvids.com/watch?v=37Rz57GSuos,
https://www.peekvids.com/watch?v=7QJAAGXXajH, https://www.peekvids.com/watch?v=PFD45lEcOUQ, https://www.peekvids.com/watch?v=uHubuijwA7W,
https://www.peekvids.com/watch?v=s3dokvgwU8x, https://www.peekvids.com/watch?v=3mXvipH3g65, https://www.peekvids.com/watch?v=AGoTLzDEOBo,
https://www.peekvids.com/watch?v=HzwgcZ5h0jj, https://www.peekvids.com/watch?v=CDnfzHAKrc8, https://www.peekvids.com/watch?v=JwIsVheAxKC,
https://www.peekvids.com/watch?v=rNmTkiQiKrx, https://www.peekvids.com/watch?v=owaKg88myw3, https://www.peekvids.com/watch?v=xZG6gqPmmqh,
https://www.peekvids.com/watch?v=L75b4Qd6RyD, https://www.peekvids.com/watch?v=YSe0d-xgSnv, https://www.peekvids.com/watch?v=8tBBPYCxHEL,
https://www.peekvids.com/watch?v=xCZhcUlJTb6, https://www.peekvids.com/watch?v=3LThcewyiBP, https://www.peekvids.com/watch?v=37dgkbEhM2c,
https://www.peekvids.com/watch?v=wQIhqr9S4Sk, https://www.peekvids.com/watch?v=kgqqeW9PAoV, https://www.peekvids.com/watch?v=3WSPuIbhZJ9,
https://www.peekvids.com/watch?v=xtlaO6W-QpX, https://www.peekvids.com/watch?v=NZmEesLeNKo, https://www.peekvids.com/watch?v=eMIyeQ0wHbA,
https://www.peekvids.com/watch?v=JMwpAUUEPKW, https://www.peekvids.com/watch?v=UlHxykmuzKA, https://www.peekvids.com/watch?v=aTrx3EJRfjH,
https://www.peekvids.com/watch?v=ALNFfMRhUQR, https://www.peekvids.com/watch?v=dYqKChZI8w7, https://www.peekvids.com/watch?v=58MMKxn4L4q,
https://www.peekvids.com/watch?v=D5XrGr4WZkP, https://www.peekvids.com/watch?v=kVH6OeD8XQu, https://www.peekvids.com/watch?v=VpuM4Ys7ijk
5.f. Date of third notice: 2015-05-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: oregona4
5.b. Uploader's email address: ballu8bal@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=oregona4
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=HTFydReBt2P, https://www.peekvids.com/watch?v=ntla3drlUSa,
https://www.peekvids.com/watch?v=lBkMVFr4yt8, https://www.peekvids.com/watch?v=RVBKtJsUZ8G, https://www.peekvids.com/watch?v=4TJFKqovDVO,
https://www.peekvids.com/watch?v=3nTdP-muyq0, https://www.peekvids.com/watch?v=Gj78br4hAKp, https://www.peekvids.com/watch?v=VSvZ857Y1FP,
https://www.peekvids.com/watch?v=sHoy7TSHTP3, https://www.peekvids.com/watch?v=tS56l_ZZJUP, https://www.peekvids.com/watch?v=l2ff8bV6fr3,
https://www.peekvids.com/watch?v=5supM6H_D3Z, https://www.peekvids.com/watch?v=Rx-BTLmNHI3, https://www.peekvids.com/watch?v=77r2FyTj7kZ,
https://www.peekvids.com/watch?v=gqlUkrL3VFd, https://www.peekvids.com/watch?v=IONYVmJFAEX, https://www.peekvids.com/watch?v=MAeBv4fMA-l,
https://www.peekvids.com/watch?v=HkuxhhnUhxr, https://www.peekvids.com/watch?v=dFFN9Tl-5Oi, https://www.peekvids.com/watch?v=wKC2_p8AAfy,
https://www.peekvids.com/watch?v=y-tEgfxmb7o, https://www.peekvids.com/watch?v=uBY1wSjS8U2, https://www.peekvids.com/watch?v=YLEwKkSKboz,
https://www.peekvids.com/watch?v=UppPBHY69Tn, https://www.peekvids.com/watch?v=g16iPWGIcUH, https://www.peekvids.com/watch?v=vO8N3EAUKih,
https://www.peekvids.com/watch?v=TeAtHBFjLii, https://www.peekvids.com/watch?v=fKhh1KJ1Mi8, https://www.peekvids.com/watch?v=W_KZZevq13r,
https://www.peekvids.com/watch?v=xVtOIBjWWlx, https://www.peekvids.com/watch?v=3TWjZPd2Zt5, https://www.peekvids.com/watch?v=I7iM8OmIG2L,
https://www.peekvids.com/watch?v=akRXfBRVkwc, https://www.peekvids.com/watch?v=4TjsVXknEeI, https://www.peekvids.com/watch?v=5iq14bsqhQs,
https://www.peekvids.com/watch?v=7OzCoEuwt9O, https://www.peekvids.com/watch?v=ryd0B17j_T0, https://www.peekvids.com/watch?v=yrQQN2S5WC6,
https://www.peekvids.com/watch?v=i-OmtaHfWPf, https://www.peekvids.com/watch?v=FP7rYWtQtaZ, https://www.peekvids.com/watch?v=EqijOPN7P4w,
https://www.peekvids.com/watch?v=slDsl6pNOPy, https://www.peekvids.com/watch?v=4mpzDG9pK-i, https://www.peekvids.com/watch?v=0IW7lvCI8kl,
https://www.peekvids.com/watch?v=D_ZMvieqhWD, https://www.peekvids.com/watch?v=MtYRr_hSsIU, https://www.peekvids.com/watch?v=OCkwHjOIQWq,
https://www.peekvids.com/watch?v=8-0OXjuyqiQ, https://www.peekvids.com/watch?v=eo2ATvQ_DM0, https://www.peekvids.com/watch?v=5QK2HtYjdeG,
https://www.peekvids.com/watch?v=c6UPnhP3WKa, https://www.peekvids.com/watch?v=I23tirEJoVo, https://www.peekvids.com/watch?v=7Aw34_EOnja,
https://www.peekvids.com/watch?v=JP71h2kwC3m, https://www.peekvids.com/watch?v=BEf_BOZ7Ytc, https://www.peekvids.com/watch?v=EH3gc9sSNFh,
https://www.peekvids.com/watch?v=C0XLqnnqCMw, https://www.peekvids.com/watch?v=XhfXu-8UEou, https://www.peekvids.com/watch?v=Flb3zpUnP2C,
https://www.peekvids.com/watch?v=H4obqKEtuHu, https://www.peekvids.com/watch?v=b7HUhywjrRD, https://www.peekvids.com/watch?v=ApyuJHFnNkE,
https://www.peekvids.com/watch?v=hIutyKZuGht, https://www.peekvids.com/watch?v=aP0MElq1Y4Z, https://www.peekvids.com/watch?v=wyakYzYK0iA,
https://www.peekvids.com/watch?v=ua7u9bIbm8C, https://www.peekvids.com/watch?v=o9fe4eopy6J, https://www.peekvids.com/watch?v=84Obm00NYGC,
https://www.peekvids.com/watch?v=j-B7c2oWsLO, https://www.peekvids.com/watch?v=lmTneJRNoqK, https://www.peekvids.com/watch?v=HVwfjlM2aXm,
https://www.peekvids.com/watch?v=rm7tLJmiXLO, https://www.peekvids.com/watch?v=0rC_Cx4P0uh, https://www.peekvids.com/watch?v=ips1gemVlUo,
https://www.peekvids.com/watch?v=PERuptn_wJi, https://www.peekvids.com/watch?v=S6bj5mkwAdH, https://www.peekvids.com/watch?v=6XPxjkRHk7J,
https://www.peekvids.com/watch?v=RqLLuFeV2uO, https://www.peekvids.com/watch?v=4giBBvM5Bom, https://www.peekvids.com/watch?v=Ax5Im_j247b,
https://www.peekvids.com/watch?v=negL652aHBk, https://www.peekvids.com/watch?v=yrxNIjlRm3j, https://www.peekvids.com/watch?v=CwGdB9l8gxI,
https://www.peekvids.com/watch?v=Tjs8Rog0nc6, https://www.peekvids.com/watch?v=SytdCApRpQa, https://www.peekvids.com/watch?v=24bybyKrInp,
https://www.peekvids.com/watch?v=J2Uio3YcmkB, https://www.peekvids.com/watch?v=hzIEK9jxzNG, https://www.peekvids.com/watch?v=8r6rJZ6jJOS,
https://www.peekvids.com/watch?v=m62hEhMdpkw, https://www.peekvids.com/watch?v=tMKZc2ojkOx, https://www.peekvids.com/watch?v=I6rBy0tvVYW,
https://www.peekvids.com/watch?v=ZRVn5iZmMTN, https://www.peekvids.com/watch?v=hqSjHgMJN56, https://www.peekvids.com/watch?v=jtFK4ULOt_D,
https://www.peekvids.com/watch?v=CruWW2rufvW, https://www.peekvids.com/watch?v=JO4s5-A2qVc, https://www.peekvids.com/watch?v=a27oth0jPZz,
https://www.peekvids.com/watch?v=HVssZL2YmnG, https://www.peekvids.com/watch?v=slx9rXIG9_r, https://www.peekvids.com/watch?v=XFSpkmIc5wz,
https://www.peekvids.com/watch?v=6pj_jB2AnEm, https://www.peekvids.com/watch?v=bEv3G6cJehJ, https://www.peekvids.com/watch?v=4Kn6B3E-IxS,
https://www.peekvids.com/watch?v=HFXIZBzQpUa, https://www.peekvids.com/watch?v=ROs82B-qnR4, https://www.peekvids.com/watch?v=wJsE2yfIzyK,
https://www.peekvids.com/watch?v=wCpxYcxwAr0, https://www.peekvids.com/watch?v=UlflCEpyas6, https://www.peekvids.com/watch?v=iwAUnvd7SIR,
https://www.peekvids.com/watch?v=maY7fQ6YT8S, https://www.peekvids.com/watch?v=yEoh9o696NF, https://www.peekvids.com/watch?v=oRfuwHlwPhH,
https://www.peekvids.com/watch?v=ItBlOAr8Z5l, https://www.peekvids.com/watch?v=M-thEvqwqGJ, https://www.peekvids.com/watch?v=7gkkVjTYXWK,
https://www.peekvids.com/watch?v=uOwKtRfbofM, https://www.peekvids.com/watch?v=fdvQpLB-ulR, https://www.peekvids.com/watch?v=ECOrTHTMvHA,
https://www.peekvids.com/watch?v=w1SVCE-ImYA, https://www.peekvids.com/watch?v=SIsA8pdVf0Z, https://www.peekvids.com/watch?v=MKvqz0ZVHQD,
https://www.peekvids.com/watch?v=7gnbzGideSc, https://www.peekvids.com/watch?v=N9Qk9dH3Gz6, https://www.peekvids.com/watch?v=tOxaChalH-N,
https://www.peekvids.com/watch?v=uj30WmMtofm, https://www.peekvids.com/watch?v=cpwdrw7jCrw, https://www.peekvids.com/watch?v=jodOuCka1tT,
https://www.peekvids.com/watch?v=aPIS-V6m2VE, https://www.peekvids.com/watch?v=QVH2rRm26b6, https://www.peekvids.com/watch?v=bmZhhM_jm5J,
https://www.peekvids.com/watch?v=gyBwbeQxU5d, https://www.peekvids.com/watch?v=ky_bo43NKMq, https://www.peekvids.com/watch?v=eVdUTc2ZmHS,
https://www.peekvids.com/watch?v=aQYBKP-BCfS, https://www.peekvids.com/watch?v=eklAQlHuu7I, https://www.peekvids.com/watch?v=v3liiA1Oqen,
https://www.peekvids.com/watch?v=NfpVfWdDejd, https://www.peekvids.com/watch?v=WRetoKSJyLM, https://www.peekvids.com/watch?v=ytto9wNrmRL,
https://www.peekvids.com/watch?v=Zs211-QJy84, https://www.peekvids.com/watch?v=cOIgY-iUQRr, https://www.peekvids.com/watch?v=NNajxw3I4Cj,
https://www.peekvids.com/watch?v=MVvjk43i85v, https://www.peekvids.com/watch?v=cMD1H9W5oWx, https://www.peekvids.com/watch?v=Ycw5cUICZl7,
https://www.peekvids.com/watch?v=E9wEoWNpCvq, https://www.peekvids.com/watch?v=4BH_M0pdc-D, https://www.peekvids.com/watch?v=NizhfBUuTlF,
https://www.peekvids.com/watch?v=3MkVc4Gfd-Q, https://www.peekvids.com/watch?v=AT0H8HgEeP5
5.f. Date of third notice: 2015-07-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: orteGO
5.b. Uploader's email address: malazimala@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=orteGO
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=YqWwead50oW, https://www.peekvids.com/watch?v=F4QUTQvlnOR,
https://www.peekvids.com/watch?v=doHEC2rYDLN, https://www.peekvids.com/watch?v=pUKg4lEbljI, https://www.peekvids.com/watch?v=fbFfaxwhV0C,
https://www.peekvids.com/watch?v=562ixZvJQhI, https://www.peekvids.com/watch?v=5K2hG1zSaL3, https://www.peekvids.com/watch?v=sV8KwoSDgLB,
https://www.peekvids.com/watch?v=scIRbYfdIy7, https://www.peekvids.com/watch?v=wZs5MPcMeOO, https://www.peekvids.com/watch?v=oXT0AHVOiiT,
https://www.peekvids.com/watch?v=M1J3ffUFtip, https://www.peekvids.com/watch?v=lMwffCKoZa0, https://www.peekvids.com/watch?v=gAV7TSRD4Kd,
https://www.peekvids.com/watch?v=aUH3ui67kIK, https://www.peekvids.com/watch?v=u-Et0ixhGu0, https://www.peekvids.com/watch?v=aI6WCMQPz8J,
https://www.peekvids.com/watch?v=3fdN-C38--Z, https://www.peekvids.com/watch?v=fhJ7Bd8SK5N, https://www.peekvids.com/watch?v=lMODQPCfTlS,
https://www.peekvids.com/watch?v=by6teDWYG2y, https://www.peekvids.com/watch?v=PSKqbmqsPrj, https://www.peekvids.com/watch?v=WSy1RN9Ik1a,
https://www.peekvids.com/watch?v=GoAr8oyi7aB, https://www.peekvids.com/watch?v=iMkNPlyoSAX, https://www.peekvids.com/watch?v=XrIQ7Ndw-KG,
https://www.peekvids.com/watch?v=Xly0EkAg83U, https://www.peekvids.com/watch?v=DoSva2zP7WO, https://www.peekvids.com/watch?v=bulRkwtpn4q,
https://www.peekvids.com/watch?v=BEK7NrURx_D, https://www.peekvids.com/watch?v=IpjoI9OI75s, https://www.peekvids.com/watch?v=7bMRd_KLRjF,
https://www.peekvids.com/watch?v=ZubvQ6_t5HV, https://www.peekvids.com/watch?v=AKUqxLG0BK7, https://www.peekvids.com/watch?v=oh_FcnD8YkF,
https://www.peekvids.com/watch?v=HU3OxmviMyp, https://www.peekvids.com/watch?v=RLYV3bNz3tZ, https://www.peekvids.com/watch?v=xU-lH-PNR1v,
https://www.peekvids.com/watch?v=Jx3JPoSNyZx, https://www.peekvids.com/watch?v=q743Civhd7l, https://www.peekvids.com/watch?v=HzE4ILo_Hac,
https://www.peekvids.com/watch?v=UiFoEubOvaJ, https://www.peekvids.com/watch?v=KFr7iDG6K6N, https://www.peekvids.com/watch?v=LXWupgiKdJ8,
https://www.peekvids.com/watch?v=dAvCoQ0m3ob, https://www.peekvids.com/watch?v=08c68b9aCbZ, https://www.peekvids.com/watch?v=b_iztrUCBVU,
https://www.peekvids.com/watch?v=oJN6VmtNf-R, https://www.peekvids.com/watch?v=4vHXNeBafAh, https://www.peekvids.com/watch?v=d3UlP4k_2AH,
https://www.peekvids.com/watch?v=BA_M5eIdpXR, https://www.peekvids.com/watch?v=c-eBuhN5ON5, https://www.peekvids.com/watch?v=dC1AZ_rW1sT,
https://www.peekvids.com/watch?v=HLqbLfV7y24, https://www.peekvids.com/watch?v=SbDrLfjiCwI, https://www.peekvids.com/watch?v=T3XtrLuG4Pt,
https://www.peekvids.com/watch?v=GNTPkw1KWKy, https://www.peekvids.com/watch?v=Pj9o-RghT7X, https://www.peekvids.com/watch?v=RXapHc7D1gf,
https://www.peekvids.com/watch?v=sHdrYTJcJEr, https://www.peekvids.com/watch?v=T9Uj2f7zbaC, https://www.peekvids.com/watch?v=Ryl8yxdLCJ3,
https://www.peekvids.com/watch?v=B4z8Y5CyIyi, https://www.peekvids.com/watch?v=Od8JxM4eYM4, https://www.peekvids.com/watch?v=Tbf1HOAfDJB,
https://www.peekvids.com/watch?v=g1TYGnuNdl6, https://www.peekvids.com/watch?v=PihJb6m3OqP
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Othaniel
5.b. Uploader's email address: Othanielreyes23@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=Othaniel
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=jFEK-cw2KvM, https://www.peekvids.com/watch?v=jJEdVUl2wgH,
https://www.peekvids.com/watch?v=qWgY20MLi78, https://www.peekvids.com/watch?v=k-39cwWckqc, https://www.peekvids.com/watch?v=5-rVMl7ED3W,
https://www.peekvids.com/watch?v=PJecD5rGNGM, https://www.peekvids.com/watch?v=bHmBCUaRd0H, https://www.peekvids.com/watch?v=ti2xFhlEtkc,
https://www.peekvids.com/watch?v=-vUtMoipi9v, https://www.peekvids.com/watch?v=3is6ZbAmKOC, https://www.peekvids.com/watch?v=bClaQTB3kie,
https://www.peekvids.com/watch?v=9P3a2F7LbOR, https://www.peekvids.com/watch?v=DWErYjPB2Qz, https://www.peekvids.com/watch?v=C4pUML7ObkJ,
https://www.peekvids.com/watch?v=60-nJLhgKlJ, https://www.peekvids.com/watch?v=PgihhPMtafL, https://www.peekvids.com/watch?v=T6G3TaNJUMT,
https://www.peekvids.com/watch?v=OGnAxiQMdkE, https://www.peekvids.com/watch?v=BXhrcwfJY3F, https://www.peekvids.com/watch?v=siTAIhvn36s,
https://www.peekvids.com/watch?v=igTFLfSEo3I, https://www.peekvids.com/watch?v=SAZTvkLWfVh, https://www.peekvids.com/watch?v=7uTMqrPmEeC,
https://www.peekvids.com/watch?v=P3mXX4JGIjq, https://www.peekvids.com/watch?v=u-rSjQxtjo-, https://www.peekvids.com/watch?v=2bOmS7ZGO-h,
https://www.peekvids.com/watch?v=QDDXeiG6o-z, https://www.peekvids.com/watch?v=3aBLjUPUV7Z, https://www.peekvids.com/watch?v=KlrSXHClKCo,
https://www.peekvids.com/watch?v=dPvn2xhz0G-, https://www.peekvids.com/watch?v=EvdHktdX72w, https://www.peekvids.com/watch?v=xvc8okDvSCb,
https://www.peekvids.com/watch?v=UppSZtLinHM, https://www.peekvids.com/watch?v=fz5FJ26nGNG, https://www.peekvids.com/watch?v=v8PL0q37QNr,

https://www.peekvids.com/watch?v=aEJ5X75vdj7, https://www.peekvids.com/watch?v=3rtcjbXstDq, https://www.peekvids.com/watch?v=8OcHLwekPH3,
https://www.peekvids.com/watch?v=jv7PTthXW8D, https://www.peekvids.com/watch?v=ahRCDEr8DIP, https://www.peekvids.com/watch?v=EHMX37Z7DCx,
https://www.peekvids.com/watch?v=X9wNOoYo7C7, https://www.peekvids.com/watch?v=PN9ChKuVWyL, https://www.peekvids.com/watch?v=66m-kwrfZT4,
https://www.peekvids.com/watch?v=guTvUQCIX6y, https://www.peekvids.com/watch?v=nhF6LdgQYpX, https://www.peekvids.com/watch?v=9ojZG57UyKi,
https://www.peekvids.com/watch?v=ahZZt2mQHlJ, https://www.peekvids.com/watch?v=94B4nHUDv9P, https://www.peekvids.com/watch?v=GmfIOwDHVBW,
https://www.peekvids.com/watch?v=kiZUmzfgV0X, https://www.peekvids.com/watch?v=lhVh0VaerYO, https://www.peekvids.com/watch?v=2iB-FG8fkXj,
https://www.peekvids.com/watch?v=BOOhGtjoD43, https://www.peekvids.com/watch?v=I5fxoEyDzkF, https://www.peekvids.com/watch?v=9lEDPg7Faqv,
https://www.peekvids.com/watch?v=7Ns2Jh6bm4x, https://www.peekvids.com/watch?v=dTg7qHnc8Vq, https://www.peekvids.com/watch?v=59T9xdnpKHZ,
https://www.peekvids.com/watch?v=Mhny4yHBW26, https://www.peekvids.com/watch?v=Qd2p6NR07El, https://www.peekvids.com/watch?v=Yy5R95KrBbm,
https://www.peekvids.com/watch?v=8DmuzcWOiPG, https://www.peekvids.com/watch?v=o0h5Y0pzfWc, https://www.peekvids.com/watch?v=3OiPTgQBZrl,
https://www.peekvids.com/watch?v=RqrjcR6amdt, https://www.peekvids.com/watch?v=98ZY56en3C2, https://www.peekvids.com/watch?v=qTYXI3fBDZw,
https://www.peekvids.com/watch?v=ETjVGedMzDD, https://www.peekvids.com/watch?v=6HWoluzfDpL, https://www.peekvids.com/watch?v=hfwAe9DfZfd,
https://www.peekvids.com/watch?v=neUh6v-R7rJ, https://www.peekvids.com/watch?v=lPr--LI5dgR, https://www.peekvids.com/watch?v=lyrQ5JtsQlY,
https://www.peekvids.com/watch?v=y3FioCl2YSB, https://www.peekvids.com/watch?v=sN8eNz3Bv0J, https://www.peekvids.com/watch?v=ETd-jeXb38L,
https://www.peekvids.com/watch?v=r08AIu3O-Pk, https://www.peekvids.com/watch?v=sQkWFISGAJZ, https://www.peekvids.com/watch?v=tk-3F3eNZA3,
https://www.peekvids.com/watch?v=R8ltoniNr8B, https://www.peekvids.com/watch?v=QTufujHjssW, https://www.peekvids.com/watch?v=rB9dp7DWpwa,
https://www.peekvids.com/watch?v=KOH6N6SyqtH, https://www.peekvids.com/watch?v=ts7dtbgwLy6, https://www.peekvids.com/watch?v=y0OXWL-MNcJ,
https://www.peekvids.com/watch?v=0jBFwB8tVy0, https://www.peekvids.com/watch?v=LZBTrInWPjO, https://www.peekvids.com/watch?v=nLUmact5rc6,
https://www.peekvids.com/watch?v=LmsHBzozniP, https://www.peekvids.com/watch?v=SxOtC69d4N9, https://www.peekvids.com/watch?v=2l4wMbzxtYK,
https://www.peekvids.com/watch?v=sm03RwxRbqr, https://www.peekvids.com/watch?v=noiNhI2baur, https://www.peekvids.com/watch?v=AEzevPfb9dl,
https://www.peekvids.com/watch?v=58Rhd-5KFTF, https://www.peekvids.com/watch?v=8Yrol5ehx0k, https://www.peekvids.com/watch?v=ot6lq4fmtzG,
https://www.peekvids.com/watch?v=Llu9WHeF-qK, https://www.peekvids.com/watch?v=5NchPE27F8X, https://www.peekvids.com/watch?v=6Hu8fbUO0J8,
https://www.peekvids.com/watch?v=t9U73FaTRpJ, https://www.peekvids.com/watch?v=uTtwWdB2rOZ, https://www.peekvids.com/watch?v=nyWi8jdPmHV,
https://www.peekvids.com/watch?v=UrRuRyLusKG, https://www.peekvids.com/watch?v=uMoLuKGXrIC, https://www.peekvids.com/watch?v=GTBCWLplyJ4,
https://www.peekvids.com/watch?v=H7xs7MpxgvC, https://www.peekvids.com/watch?v=9uRnpZFG2g7, https://www.peekvids.com/watch?v=9ztMSRWRUkk,
https://www.peekvids.com/watch?v=V9ZsS9PXG6Z, https://www.peekvids.com/watch?v=-GYMT0BqElr, https://www.peekvids.com/watch?v=Qw4dtmP2xog,
https://www.peekvids.com/watch?v=vKYTS3ZpQbc, https://www.peekvids.com/watch?v=fxX9McALmUq, https://www.peekvids.com/watch?v=kfkSkVx8Lx8,
https://www.peekvids.com/watch?v=dBi6XwAI5WT, https://www.peekvids.com/watch?v=a4vTnbm6nXc, https://www.peekvids.com/watch?v=Yo2tYZlPewC,
https://www.peekvids.com/watch?v=tjotcma5mBR, https://www.peekvids.com/watch?v=m54TOMyTNXO, https://www.peekvids.com/watch?v=8Q-f4cKdYWS,
https://www.peekvids.com/watch?v=3kdPMS2KUuk, https://www.peekvids.com/watch?v=mTIRF4f6LV5, https://www.peekvids.com/watch?v=lt9criQAVOx,
https://www.peekvids.com/watch?v=UxujdvgdDRB, https://www.peekvids.com/watch?v=rsKljaHRZe9, https://www.peekvids.com/watch?v=kzSyiMMmq-Y,
https://www.peekvids.com/watch?v=IE0fF-a-cIh, https://www.peekvids.com/watch?v=j74Jy6YJbYP, https://www.peekvids.com/watch?v=onHeACSgSDP,
https://www.peekvids.com/watch?v=TkiGSHfrXXN, https://www.peekvids.com/watch?v=l--m8ajZ6sz, https://www.peekvids.com/watch?v=ZNHhPDMkjCc,
https://www.peekvids.com/watch?v=LNX82lwT3mF, https://www.peekvids.com/watch?v=7-VrCsBvhvB, https://www.peekvids.com/watch?v=Qfri6Vp70Z3,
https://www.peekvids.com/watch?v=AiSJgvqZWfE, https://www.peekvids.com/watch?v=vdhdnyg298x, https://www.peekvids.com/watch?v=0jCe2OqQHxn,
https://www.peekvids.com/watch?v=mcjg8JodOOe, https://www.peekvids.com/watch?v=uSWMXkxHlci, https://www.peekvids.com/watch?v=vmpTfoIuuTd,
https://www.peekvids.com/watch?v=AiOCLR6335f, https://www.peekvids.com/watch?v=oCF4cbsXIKa, https://www.peekvids.com/watch?v=EpwTvwnkfTl,
https://www.peekvids.com/watch?v=ykIiIXHp8RP, https://www.peekvids.com/watch?v=ssWnN8PN2-G, https://www.peekvids.com/watch?v=QdxbJmw2MTD,
https://www.peekvids.com/watch?v=3lBegulFwOs, https://www.peekvids.com/watch?v=EhHDkbydV8U, https://www.peekvids.com/watch?v=beslyCdCCvc,
https://www.peekvids.com/watch?v=3wLfvKd2UMT, https://www.peekvids.com/watch?v=YQ2HNPqVPDj, https://www.peekvids.com/watch?v=zmaO7TVsSpr,
https://www.peekvids.com/watch?v=6vg22iInnLe, https://www.peekvids.com/watch?v=ZPX2wSfdaXU, https://www.peekvids.com/watch?v=TaHRVlgh8E9,
https://www.peekvids.com/watch?v=pV7CMYKkrxB, https://www.peekvids.com/watch?v=XLsmgnMOBQi, https://www.peekvids.com/watch?v=6NjFl6MoT5S,
https://www.peekvids.com/watch?v=n9H57aZwTXl, https://www.peekvids.com/watch?v=IJ5VgEzVz9n, https://www.peekvids.com/watch?v=r6jxpbHqhva,
https://www.peekvids.com/watch?v=YQnYpxsFJLC, https://www.peekvids.com/watch?v=i0dg3eVzpoD, https://www.peekvids.com/watch?v=ZVNWIAWuKGm,
https://www.peekvids.com/watch?v=UneVacH9qsm, https://www.peekvids.com/watch?v=Gb-l9xY8OdY, https://www.peekvids.com/watch?v=x8w2DDgXbAT,
https://www.peekvids.com/watch?v=PV5CQgbo5qS, https://www.peekvids.com/watch?v=RYNHLQ79Fks, https://www.peekvids.com/watch?v=XjePnik2DAD,
https://www.peekvids.com/watch?v=hfyjjjq746S, https://www.peekvids.com/watch?v=jCnl8hyJY-7, https://www.peekvids.com/watch?v=7yiehHqtXBv,
https://www.peekvids.com/watch?v=Rm3fPCUdT3U, https://www.peekvids.com/watch?v=QERvLmQAAVH, https://www.peekvids.com/watch?v=24hVtFl--eq,
https://www.peekvids.com/watch?v=5OgD06JRIwU, https://www.peekvids.com/watch?v=y-ONV-FqF6p, https://www.peekvids.com/watch?v=XGjJJzgXsIN,
https://www.peekvids.com/watch?v=TxPQK6ZX6iK, https://www.peekvids.com/watch?v=UHIZT7TO0y3, https://www.peekvids.com/watch?v=IBPUXXqyWLN,
https://www.peekvids.com/watch?v=C8UtQAqlb0E, https://www.peekvids.com/watch?v=LnirhWHQLX3, https://www.peekvids.com/watch?v=QqbBXyXScA2,
https://www.peekvids.com/watch?v=XCCITsteNWX, https://www.peekvids.com/watch?v=OUFCIZB5gzS, https://www.peekvids.com/watch?v=dDTCyxeGvvC,
https://www.peekvids.com/watch?v=kubHtDiS33L, https://www.peekvids.com/watch?v=s2W-PEgyGTu, https://www.peekvids.com/watch?v=rnBrP2XUaQX,
https://www.peekvids.com/watch?v=6rnDolbCfmi, https://www.peekvids.com/watch?v=XmYtm0jY4GW, https://www.peekvids.com/watch?v=5q3xSA4S5S7,
https://www.peekvids.com/watch?v=OUMC-s7TMiE, https://www.peekvids.com/watch?v=SiuheODosKv, https://www.peekvids.com/watch?v=oSTAbDyFyZX,
https://www.peekvids.com/watch?v=NqDks2L50ad, https://www.peekvids.com/watch?v=Y2fDks7sG4Y, https://www.peekvids.com/watch?v=VGAAgViLY6-,
https://www.peekvids.com/watch?v=tmUvGifTd3B, https://www.peekvids.com/watch?v=btmOhk-nVVD, https://www.peekvids.com/watch?v=fLg7yQqn8lH,
https://www.peekvids.com/watch?v=8fqzvQRPd0l, https://www.peekvids.com/watch?v=UiCfEGzHjnM, https://www.peekvids.com/watch?v=ARxlb5Ce79W,
https://www.peekvids.com/watch?v=kLnvD0dOXYu, https://www.peekvids.com/watch?v=uZolY95UstS, https://www.peekvids.com/watch?v=ukiKb8EMX6F,
https://www.peekvids.com/watch?v=cKsCaADQggp, https://www.peekvids.com/watch?v=TNp-OmbjTXw, https://www.peekvids.com/watch?v=MjWrGU6tjNh,
https://www.peekvids.com/watch?v=W4ZINFrZTPv, https://www.peekvids.com/watch?v=m89CwH9OVxD, https://www.peekvids.com/watch?v=PwefwLZMDVJ,
https://www.peekvids.com/watch?v=Z9PR2AtEp6z, https://www.peekvids.com/watch?v=hasfpa44jp8, https://www.peekvids.com/watch?v=So9sKgRH8Sm,
https://www.peekvids.com/watch?v=26LLg0GpLnM, https://www.peekvids.com/watch?v=ugxAcCZ9jdT, https://www.peekvids.com/watch?v=QBSjPauT6Od,
https://www.peekvids.com/watch?v=pOYhASKKbat, https://www.peekvids.com/watch?v=RQG5Kmcxzmf, https://www.peekvids.com/watch?v=4MhZf9xDu-z,
https://www.peekvids.com/watch?v=QUdwAenjUhT, https://www.peekvids.com/watch?v=4D2PHQnnzyV, https://www.peekvids.com/watch?v=KgyOp2JjxcA,
https://www.peekvids.com/watch?v=kv5X0C53VjY, https://www.peekvids.com/watch?v=SsuTpAbcSpq, https://www.peekvids.com/watch?v=B-KZHtNm6KT,
https://www.peekvids.com/watch?v=S2yQB0FtEKn, https://www.peekvids.com/watch?v=LSMOS-D5QEc, https://www.peekvids.com/watch?v=GIDTT3R-EoZ,
https://www.peekvids.com/watch?v=z3XvL-w83eH, https://www.peekvids.com/watch?v=yAaMYEfrOkX, https://www.peekvids.com/watch?v=30KNNWnauTa,
https://www.peekvids.com/watch?v=viqFStyL--3, https://www.peekvids.com/watch?v=V2kd0SnE9Lc, https://www.peekvids.com/watch?v=np5YSZWOsxz,
https://www.peekvids.com/watch?v=c3bHHWKASoh, https://www.peekvids.com/watch?v=W0uVan5yWog, https://www.peekvids.com/watch?v=EtMOzkHJsjz,
https://www.peekvids.com/watch?v=PYq236SsIPg, https://www.peekvids.com/watch?v=HrjD-4onMbH, https://www.peekvids.com/watch?v=ORO2WVDS2Er,
https://www.peekvids.com/watch?v=tflZUQBIXHv, https://www.peekvids.com/watch?v=pmVujXDFCsg, https://www.peekvids.com/watch?v=RsAWB7dCx7m,
https://www.peekvids.com/watch?v=YV9Fia-MSkN, https://www.peekvids.com/watch?v=PYUluL56aoH, https://www.peekvids.com/watch?v=a-IH8n4DY3b,
https://www.peekvids.com/watch?v=X4i3DCJXlT4, https://www.peekvids.com/watch?v=5z70vBZxDu-, https://www.peekvids.com/watch?v=fv-l2GUYPIZ,
https://www.peekvids.com/watch?v=aGIM8rUBinj, https://www.peekvids.com/watch?v=kQiU0lF9WEg, https://www.peekvids.com/watch?v=9wIrYLXHn99,
https://www.peekvids.com/watch?v=3moztFDiQ-Q, https://www.peekvids.com/watch?v=zqyNX0VNVSB, https://www.peekvids.com/watch?v=zMLNScAHRce,
https://www.peekvids.com/watch?v=UwSpNEax8ZM, https://www.peekvids.com/watch?v=2qKdwsewGHF, https://www.peekvids.com/watch?v=dTjvqnDfkzE,
https://www.peekvids.com/watch?v=4YCCJJbUDzm, https://www.peekvids.com/watch?v=-Ih5232M7Wh, https://www.peekvids.com/watch?v=Gy300g0F26U,
https://www.peekvids.com/watch?v=UhaYfcHYFZX, https://www.peekvids.com/watch?v=Co3WlXJsrUG, https://www.peekvids.com/watch?v=H8KUbiFVhH6,
https://www.peekvids.com/watch?v=Kkf6FkkHzb-, https://www.peekvids.com/watch?v=NjhnvaZIpRP, https://www.peekvids.com/watch?v=MNHUOsxzZ0e,
https://www.peekvids.com/watch?v=-CdoyQzHORu, https://www.peekvids.com/watch?v=vxc0TcHkfhm, https://www.peekvids.com/watch?v=hb8cWeuomEv,
https://www.peekvids.com/watch?v=hOdtoQAVfPX, https://www.peekvids.com/watch?v=DxEeWFRo23i, https://www.peekvids.com/watch?v=pUQwr2XELMF,
https://www.peekvids.com/watch?v=yvJp4i3UZv7, https://www.peekvids.com/watch?v=lreCaNQwmq2, https://www.peekvids.com/watch?v=nA9VU2H24hi,
https://www.peekvids.com/watch?v=6slijLoCnQj, https://www.peekvids.com/watch?v=0b7qWJ3lafZ, https://www.peekvids.com/watch?v=V8Z-tSOCy7q,
https://www.peekvids.com/watch?v=apAZcah8Ksi, https://www.peekvids.com/watch?v=as5QqfwBluX, https://www.peekvids.com/watch?v=5RmubmWytUb,
https://www.peekvids.com/watch?v=mYwuLus86DK, https://www.peekvids.com/watch?v=lH2Wx99Fhem, https://www.peekvids.com/watch?v=BP3wttwCDbU,
https://www.peekvids.com/watch?v=-BWjS6rvygz, https://www.peekvids.com/watch?v=tLcd2UrkXiv, https://www.peekvids.com/watch?v=TkqRFEfpL6D,
https://www.peekvids.com/watch?v=3U-SKPHfn90, https://www.peekvids.com/watch?v=lf2seNiK72A, https://www.peekvids.com/watch?v=FCo6UlJe-Fl,
https://www.peekvids.com/watch?v=b5bzVjEGSUv, https://www.peekvids.com/watch?v=jpn8oDkht7t, https://www.peekvids.com/watch?v=bHfdNxkHAWL,
https://www.peekvids.com/watch?v=2RfOMUPPpd7, https://www.peekvids.com/watch?v=NBxeEYwkjDE, https://www.peekvids.com/watch?v=kED2UhEU76C,
https://www.peekvids.com/watch?v=iX9f0HGo5Y6, https://www.peekvids.com/watch?v=gWw7lN8ocBA, https://www.peekvids.com/watch?v=baKEbMRZEdI,
https://www.peekvids.com/watch?v=CVQ-JK9dHqG, https://www.peekvids.com/watch?v=2YjhasTxAy7, https://www.peekvids.com/watch?v=8n-Ua5PyQ3f,
https://www.peekvids.com/watch?v=NA0yYSiOafH, https://www.peekvids.com/watch?v=N7TqLi2EnWa, https://www.peekvids.com/watch?v=iYoT2RxeENm,
https://www.peekvids.com/watch?v=eqr2fCnS2Bs, https://www.peekvids.com/watch?v=Wgx67rjU9zJ, https://www.peekvids.com/watch?v=7vLFlt0pj0r,
https://www.peekvids.com/watch?v=7Jw9tCLxVCH, https://www.peekvids.com/watch?v=2EQp6PZBgJc, https://www.peekvids.com/watch?v=WDZs9suir-l,
https://www.peekvids.com/watch?v=ujygN7pJwQH, https://www.peekvids.com/watch?v=70QgWlGLJoO, https://www.peekvids.com/watch?v=fcizPRxuRad,
https://www.peekvids.com/watch?v=VSyhjmWCQll, https://www.peekvids.com/watch?v=aDE4sjirxgq, https://www.peekvids.com/watch?v=LPCXIVtl4RU,
https://www.peekvids.com/watch?v=GZJziXsOv7O, https://www.peekvids.com/watch?v=N4qKo3a94k4, https://www.peekvids.com/watch?v=EFyiRXroYuz,
https://www.peekvids.com/watch?v=P6bXSQJ7Gfv, https://www.peekvids.com/watch?v=0pkuVzpPK9B, https://www.peekvids.com/watch?v=kidogdi94q5,
https://www.peekvids.com/watch?v=BoECFDmpPQX, https://www.peekvids.com/watch?v=3Iu-uER2S6h, https://www.peekvids.com/watch?v=-t6wN7cgixM,
https://www.peekvids.com/watch?v=xJXU9ef0ppD, https://www.peekvids.com/watch?v=8O-cb6YN6MO, https://www.peekvids.com/watch?v=DWURQCtmAUp,
https://www.peekvids.com/watch?v=w-9KFdPeyOa, https://www.peekvids.com/watch?v=nIrDGKi9uVX, https://www.peekvids.com/watch?v=2sH7w3OWlWk,
https://www.peekvids.com/watch?v=-XHBlmz6EXG, https://www.peekvids.com/watch?v=Wj4Pq6rvhoP, https://www.peekvids.com/watch?v=twzHzj7cms0,
https://www.peekvids.com/watch?v=eknnvsqpn0j, https://www.peekvids.com/watch?v=sI4dB27MHMw, https://www.peekvids.com/watch?v=PTGf9wLFVMD,
https://www.peekvids.com/watch?v=Cwaiptq7gFk, https://www.peekvids.com/watch?v=pc8FGTQ8zt4, https://www.peekvids.com/watch?v=inFk6fIGjGK,
https://www.peekvids.com/watch?v=jgJBey3Hhye, https://www.peekvids.com/watch?v=VaJ66dV0nHY, https://www.peekvids.com/watch?v=4FT2ztGFUkz,
https://www.peekvids.com/watch?v=o4XRXcgQ4Mj, https://www.peekvids.com/watch?v=hPEjR2-y3b9, https://www.peekvids.com/watch?v=a4XLvP8gM9k,
https://www.peekvids.com/watch?v=Hw99BNMMidT, https://www.peekvids.com/watch?v=QY8K3ywEwty, https://www.peekvids.com/watch?v=ygCPnQp0vJd,
https://www.peekvids.com/watch?v=pmXez2glOSU, https://www.peekvids.com/watch?v=aS8HIpzGeZU, https://www.peekvids.com/watch?v=8OGPn5SkHKB,
https://www.peekvids.com/watch?v=BB4zDKF0WrW, https://www.peekvids.com/watch?v=42a8MzXvnhv, https://www.peekvids.com/watch?v=pSjNnZo-0KH,
https://www.peekvids.com/watch?v=w3izd-k30OZ, https://www.peekvids.com/watch?v=b7Z3exLigdi, https://www.peekvids.com/watch?v=AwZ3liy6YMn,
https://www.peekvids.com/watch?v=utLGFDO605c, https://www.peekvids.com/watch?v=chhDLWrYlif, https://www.peekvids.com/watch?v=NFuM4mfJLjN,
https://www.peekvids.com/watch?v=xRECKIZj6Dp, https://www.peekvids.com/watch?v=F6WwbxrkgjB, https://www.peekvids.com/watch?v=aZeures0iWp,
https://www.peekvids.com/watch?v=23C9zf0rp7S, https://www.peekvids.com/watch?v=Qy--Rycv2WI, https://www.peekvids.com/watch?v=KkFhG6O4tg5,
https://www.peekvids.com/watch?v=J4eogF2xyJm, https://www.peekvids.com/watch?v=BKjr68D-KWP, https://www.peekvids.com/watch?v=dc6M8DtxlKa,
https://www.peekvids.com/watch?v=DK4QmP97Sfm, https://www.peekvids.com/watch?v=JaludeMAzgL, https://www.peekvids.com/watch?v=6a3LGBl5M8f,
https://www.peekvids.com/watch?v=ZQMTs-wszbz, https://www.peekvids.com/watch?v=ohBHuF-u3fp, https://www.peekvids.com/watch?v=LoiNnW-uX54,
https://www.peekvids.com/watch?v=SnxD9-mpzzi, https://www.peekvids.com/watch?v=bLQO8cm5LhG, https://www.peekvids.com/watch?v=0lLVtWj74i9,
https://www.peekvids.com/watch?v=2adHZHwS5iY, https://www.peekvids.com/watch?v=AO4sqvjVnAA, https://www.peekvids.com/watch?v=IIJrUdpNdlc,
https://www.peekvids.com/watch?v=ZbxqqMNxaPi, https://www.peekvids.com/watch?v=rhsNLi-8uXe, https://www.peekvids.com/watch?v=vCnbwfo0BbR,
https://www.peekvids.com/watch?v=eFlveKIePDy, https://www.peekvids.com/watch?v=kbIsE-oZI6K, https://www.peekvids.com/watch?v=-jca0kY4ZjV,
https://www.peekvids.com/watch?v=WLjkprMQOrp, https://www.peekvids.com/watch?v=DeKvn8NUIjl, https://www.peekvids.com/watch?v=EJjyvK6UsnM,
https://www.peekvids.com/watch?v=avXaIaFJhQ5, https://www.peekvids.com/watch?v=CbZiJ0cHPcR, https://www.peekvids.com/watch?v=VJSjucepxpO,
https://www.peekvids.com/watch?v=RihaTsd4B6M, https://www.peekvids.com/watch?v=aPr3e3V2sP4, https://www.peekvids.com/watch?v=2C5E7Qr-KPC,
https://www.peekvids.com/watch?v=v-IwYC-Xug4, https://www.peekvids.com/watch?v=zkdbN27tVCc, https://www.peekvids.com/watch?v=9pwAZBMz3zX,
https://www.peekvids.com/watch?v=gUpCR3q5wzh, https://www.peekvids.com/watch?v=MPIQqPZ5-Wz, https://www.peekvids.com/watch?v=576-PRVcz3j,
https://www.peekvids.com/watch?v=EEf0WEXCcmQ, https://www.peekvids.com/watch?v=vFxFxCwbFoD, https://www.peekvids.com/watch?v=WoQAzuHCMLC,
https://www.peekvids.com/watch?v=SyvU2gpDGZW, https://www.peekvids.com/watch?v=om5ez7aNLvB, https://www.peekvids.com/watch?v=woIUdSwVL8U,
https://www.peekvids.com/watch?v=BhGPivLzHs-, https://www.peekvids.com/watch?v=uDI5Jnye-m6, https://www.peekvids.com/watch?v=aBbCgNGeg0y,
https://www.peekvids.com/watch?v=bMCKIo92BEv, https://www.peekvids.com/watch?v=2Yt8qJalyXa, https://www.peekvids.com/watch?v=qDEsZtDDLu4,
https://www.peekvids.com/watch?v=TVDmwun0vWd, https://www.peekvids.com/watch?v=IbQi52P7Jen, https://www.peekvids.com/watch?v=0qfAaxBhiec,
https://www.peekvids.com/watch?v=FOOuQkUaJZP, https://www.peekvids.com/watch?v=bCyY2FpA7QB, https://www.peekvids.com/watch?v=APd88ufK-8Z,
https://www.peekvids.com/watch?v=YKdsbj98QrV, https://www.peekvids.com/watch?v=Sq90VLUvGSV, https://www.peekvids.com/watch?v=gzdcASOFDc6,
https://www.peekvids.com/watch?v=u4xvUrKyHhj, https://www.peekvids.com/watch?v=C05vcD9ihnA, https://www.peekvids.com/watch?v=XTSJgR0kdjH,
https://www.peekvids.com/watch?v=m4LD0BdhlvW, https://www.peekvids.com/watch?v=IXPPsTc7ua8, https://www.peekvids.com/watch?v=q2txzFiZ6Fe,
https://www.peekvids.com/watch?v=FtoOjJvUPSr, https://www.peekvids.com/watch?v=3SBYlkHLgwH, https://www.peekvids.com/watch?v=bMCZhvY4gGN,

https://www.peekvids.com/watch?v=Mst2tagJ3R5, https://www.peekvids.com/watch?v=g4pEwW3FelI, https://www.peekvids.com/watch?v=8NEd4gbeqr3,
https://www.peekvids.com/watch?v=pfFbyuihnz4, https://www.peekvids.com/watch?v=4bUQWCZcJnK, https://www.peekvids.com/watch?v=5vBgrrGjBfT,
https://www.peekvids.com/watch?v=yam9Q8d-0z6, https://www.peekvids.com/watch?v=8IsxDGQqp8o, https://www.peekvids.com/watch?v=fMztkw3OOm5,
https://www.peekvids.com/watch?v=IiUW3tNFotV, https://www.peekvids.com/watch?v=hRbDSog9PeF, https://www.peekvids.com/watch?v=ZkBJCkuIGPt,
https://www.peekvids.com/watch?v=LxCsmW7dQSA, https://www.peekvids.com/watch?v=Kv436dxE-TQ, https://www.peekvids.com/watch?v=hL40s3TuTVD,
https://www.peekvids.com/watch?v=33xmxoFuAyi, https://www.peekvids.com/watch?v=2WvvhfZDauP, https://www.peekvids.com/watch?v=jQZWnyN-6Wo,
https://www.peekvids.com/watch?v=pqly4o-WA4C, https://www.peekvids.com/watch?v=-OhYhKsNgua, https://www.peekvids.com/watch?v=uETQ2nYx3zA,
https://www.peekvids.com/watch?v=eNW2mUGArVS, https://www.peekvids.com/watch?v=EaeW0vOCWZH, https://www.peekvids.com/watch?v=5AKV4-8MeqN,
https://www.peekvids.com/watch?v=gGfnfRqYfws, https://www.peekvids.com/watch?v=TXN9DbUirLA, https://www.peekvids.com/watch?v=qWhcQL9jvoD,
https://www.peekvids.com/watch?v=F2hzHy96ik9, https://www.peekvids.com/watch?v=tTXHcGYTk-w, https://www.peekvids.com/watch?v=goriHksrAhP,
https://www.peekvids.com/watch?v=eqXVCKp8hm8, https://www.peekvids.com/watch?v=JqplIuwvRxr, https://www.peekvids.com/watch?v=Z4mR8HpOIAF,
https://www.peekvids.com/watch?v=athyoCJq02P, https://www.peekvids.com/watch?v=fAAFLSndMoA, https://www.peekvids.com/watch?v=HwgKDX8iUCY,
https://www.peekvids.com/watch?v=LPbchDOwrYz, https://www.peekvids.com/watch?v=TrFHebQyS3j, https://www.peekvids.com/watch?v=PX0HbQw7j2r,
https://www.peekvids.com/watch?v=vlxA4-H2TWk, https://www.peekvids.com/watch?v=IVE9JU2FOSe, https://www.peekvids.com/watch?v=GojIb3wqWLT,
https://www.peekvids.com/watch?v=e89bYsrsavV, https://www.peekvids.com/watch?v=OqHjKn67ICX, https://www.peekvids.com/watch?v=urNqNxqythi,
https://www.peekvids.com/watch?v=lyCC9BSSLMI, https://www.peekvids.com/watch?v=phLErdxi2Av, https://www.peekvids.com/watch?v=z827Q7X6RnO,
https://www.peekvids.com/watch?v=WtKTQ7jEGo4, https://www.peekvids.com/watch?v=wzEPyu90-MA, https://www.peekvids.com/watch?v=GaueCsZWj7z,
https://www.peekvids.com/watch?v=gxKGCZQlatS, https://www.peekvids.com/watch?v=xsgoN9cHozj, https://www.peekvids.com/watch?v=NGNIVHgI7oO,
https://www.peekvids.com/watch?v=m9X-NpNJram, https://www.peekvids.com/watch?v=90ulwTf86-N, https://www.peekvids.com/watch?v=dMf3B3FBr8u,
https://www.peekvids.com/watch?v=ruHoZungkkY, https://www.peekvids.com/watch?v=UYe5CZdJo2O, https://www.peekvids.com/watch?v=2RV0nDGdkOi,
https://www.peekvids.com/watch?v=FqzjoF37et7, https://www.peekvids.com/watch?v=-6s0B8Ywiav, https://www.peekvids.com/watch?v=y32QzbhXZ9E,
https://www.peekvids.com/watch?v=Pdwu4R9GS7Z, https://www.peekvids.com/watch?v=ax0a0uxhctr, https://www.peekvids.com/watch?v=UVrZR7PvvxY,
https://www.peekvids.com/watch?v=TohYJPwWYEg, https://www.peekvids.com/watch?v=nZ5etrQNzIc, https://www.peekvids.com/watch?v=y5P3eiXrDhz,
https://www.peekvids.com/watch?v=mcg0iXOB-BU, https://www.peekvids.com/watch?v=mnU6oU0Mphb, https://www.peekvids.com/watch?v=QwAe9VG3Ue3,
https://www.peekvids.com/watch?v=uUuBxRB7cOc, https://www.peekvids.com/watch?v=ErkGkFgn8BM, https://www.peekvids.com/watch?v=T6J5FlyYixT,
https://www.peekvids.com/watch?v=7sPnQarChWQ, https://www.peekvids.com/watch?v=tBtVLXIB3Tx, https://www.peekvids.com/watch?v=oeYOfvxWsam,
https://www.peekvids.com/watch?v=lfWrxJLLXbU, https://www.peekvids.com/watch?v=58B8ksm2-5m, https://www.peekvids.com/watch?v=AHxtCDbh66K,
https://www.peekvids.com/watch?v=yjnIJW99APR, https://www.peekvids.com/watch?v=FUzxBlVpPLA, https://www.peekvids.com/watch?v=4JCWcAO2S4i,
https://www.peekvids.com/watch?v=KWMlX4PZJc2, https://www.peekvids.com/watch?v=yjf4jAbwT6P, https://www.peekvids.com/watch?v=s3EZNsDBfMc,
https://www.peekvids.com/watch?v=I--mlCkUv4y, https://www.peekvids.com/watch?v=UxZSQIUYZu4, https://www.peekvids.com/watch?v=CHvEAlIjZqC,
https://www.peekvids.com/watch?v=9993bO-8Hpr, https://www.peekvids.com/watch?v=wILNNkCj9nB, https://www.peekvids.com/watch?v=q3vncxaAieS,
https://www.peekvids.com/watch?v=Se0n3a7NJAQ, https://www.peekvids.com/watch?v=u3ZUic6NFzs, https://www.peekvids.com/watch?v=tyr2eSMMDND,
https://www.peekvids.com/watch?v=NIQWs8LA3Ax, https://www.peekvids.com/watch?v=O2vrbkkQ4uL, https://www.peekvids.com/watch?v=RjRJ5SPpaPL,
https://www.peekvids.com/watch?v=SnKx7JkF-ih, https://www.peekvids.com/watch?v=oPis99SlrJY, https://www.peekvids.com/watch?v=ZiV3srhvmK0,
https://www.peekvids.com/watch?v=zTRnonkbsLI, https://www.peekvids.com/watch?v=VAgnIbTfm3Y, https://www.peekvids.com/watch?v=rpVplrQfc-v,
https://www.peekvids.com/watch?v=WKUWhDjy-DW, https://www.peekvids.com/watch?v=7XWeZ4Q9f7p, https://www.peekvids.com/watch?v=E7abKHuh-ys,
https://www.peekvids.com/watch?v=7FPXEMctfjk, https://www.peekvids.com/watch?v=ofmkvAyb0fz, https://www.peekvids.com/watch?v=2QnDGViip-k,
https://www.peekvids.com/watch?v=2glXpxwWzJn, https://www.peekvids.com/watch?v=OMIDtUc6-Tc, https://www.peekvids.com/watch?v=bBwkh-7afkc,
https://www.peekvids.com/watch?v=tz2RmfhMpu8, https://www.peekvids.com/watch?v=csZSoyv-IQO, https://www.peekvids.com/watch?v=LLeaRdzT4RO,
https://www.peekvids.com/watch?v=-mGwPeDyg7t, https://www.peekvids.com/watch?v=qbuwv5XI9K5, https://www.peekvids.com/watch?v=IQ5tuX-6uTg,
https://www.peekvids.com/watch?v=9kkSWA3FS8Y, https://www.peekvids.com/watch?v=cc2EbS5KZ4E, https://www.peekvids.com/watch?v=GEZi-3RHtLr,
https://www.peekvids.com/watch?v=vM7jgYixR8H, https://www.peekvids.com/watch?v=pvIvSuwtOlz, https://www.peekvids.com/watch?v=P6ZqhSIAZ-n,
https://www.peekvids.com/watch?v=llR-4yMUPyj, https://www.peekvids.com/watch?v=4DbnVDEoR-3, https://www.peekvids.com/watch?v=kjekbNFEu2a,
https://www.peekvids.com/watch?v=us4Mbm-cSiG, https://www.peekvids.com/watch?v=pKr294XP-I8, https://www.peekvids.com/watch?v=j3iAtc7Xorj,
https://www.peekvids.com/watch?v=8HlXbsHe2gZ, https://www.peekvids.com/watch?v=YHQFmvGBBmD, https://www.peekvids.com/watch?v=dRf5sUvK5mS,
https://www.peekvids.com/watch?v=idVUJA45QcT, https://www.peekvids.com/watch?v=vBHyCRsfhVx, https://www.peekvids.com/watch?v=Ag3Ls04iD3m,
https://www.peekvids.com/watch?v=0o09zNYSVjI, https://www.peekvids.com/watch?v=OpfdyzWq36w, https://www.peekvids.com/watch?v=GdTjNMwIVZ3,
https://www.peekvids.com/watch?v=oVfzA9ZiURc, https://www.peekvids.com/watch?v=OZUSii-k8Gz, https://www.peekvids.com/watch?v=pqerBwWLhul,
https://www.peekvids.com/watch?v=XR7JsGYGnTO, https://www.peekvids.com/watch?v=Xkc96JxMqF2, https://www.peekvids.com/watch?v=OMqpFOisD0L,
https://www.peekvids.com/watch?v=hmeSQEx2blw, https://www.peekvids.com/watch?v=I5S-grR4wiL, https://www.peekvids.com/watch?v=5RiTtJ5nvAZ,
https://www.peekvids.com/watch?v=Ok4kqks5MXv, https://www.peekvids.com/watch?v=YzB4KHNzDiu, https://www.peekvids.com/watch?v=tqTV04fGkML,
https://www.peekvids.com/watch?v=Eq5SrdA48LY, https://www.peekvids.com/watch?v=vcjCQME4eY0, https://www.peekvids.com/watch?v=m89oJDVnwkt,
https://www.peekvids.com/watch?v=-qhjVqM4m-k, https://www.peekvids.com/watch?v=BV9SCJ0NoiJ, https://www.peekvids.com/watch?v=5E3dJJwHcF3,
https://www.peekvids.com/watch?v=ymqorvpDAjI, https://www.peekvids.com/watch?v=PFHEwh9fkwe, https://www.peekvids.com/watch?v=sCuf7dJIV7e,
https://www.peekvids.com/watch?v=i7715EQFGHN, https://www.peekvids.com/watch?v=s0H9JWvLCC0, https://www.peekvids.com/watch?v=8lGz3fJnXrF,
https://www.peekvids.com/watch?v=2eWgSPnlooB, https://www.peekvids.com/watch?v=UXbtlU2cK6a, https://www.peekvids.com/watch?v=cwSTWX-V2AC,
https://www.peekvids.com/watch?v=bBJ10D70SQ7, https://www.peekvids.com/watch?v=5MyzFZWXhgz, https://www.peekvids.com/watch?v=mYcblekAg6z,
https://www.peekvids.com/watch?v=5TXQy2yeFwE, https://www.peekvids.com/watch?v=L3f_ol7WWQt, https://www.peekvids.com/watch?v=LHd6FBUa5Yy,
https://www.peekvids.com/watch?v=mwzmqJxl5Gr, https://www.peekvids.com/watch?v=aJmIPglUH0R, https://www.peekvids.com/watch?v=7CVQ-Vxsp8r,
https://www.peekvids.com/watch?v=4IgtoznJhHb, https://www.peekvids.com/watch?v=lbAKIYQRRh2, https://www.peekvids.com/watch?v=krmc1tjJfHA,
https://www.peekvids.com/watch?v=sqC7s1KylQ0, https://www.peekvids.com/watch?v=XKEj7HtpiKX, https://www.peekvids.com/watch?v=zyMwQveMWtQ,
https://www.peekvids.com/watch?v=hrUrNoVlCZ4, https://www.peekvids.com/watch?v=NkEnQlgQYxQ, https://www.peekvids.com/watch?v=M2fGfqXGDPk,
https://www.peekvids.com/watch?v=fbvpU2GhUot, https://www.peekvids.com/watch?v=kukuCaHQwTy, https://www.peekvids.com/watch?v=igwJQaamggy,
https://www.peekvids.com/watch?v=GgpOwXg_Any, https://www.peekvids.com/watch?v=rdGV5tdrLPJ, https://www.peekvids.com/watch?v=ReEc2iEapIM,
https://www.peekvids.com/watch?v=JBGxw0Wj5Nr, https://www.peekvids.com/watch?v=o6EChauAXfQ, https://www.peekvids.com/watch?v=F-HYZDbliZ2,
https://www.peekvids.com/watch?v=tVr8Tbgt9ks, https://www.peekvids.com/watch?v=v38_im50fbr, https://www.peekvids.com/watch?v=u8_WkQUU55F,
https://www.peekvids.com/watch?v=9jS_l6uI6vE, https://www.peekvids.com/watch?v=t24Ul7xBAce, https://www.peekvids.com/watch?v=fP_NtI-Js4r,
https://www.peekvids.com/watch?v=STAiMc1PVFI, https://www.peekvids.com/watch?v=37IYKZExhTx, https://www.peekvids.com/watch?v=WWyBYRjM8a5,
https://www.peekvids.com/watch?v=GGepSaaPbhX, https://www.peekvids.com/watch?v=EbNPCwpGVvy, https://www.peekvids.com/watch?v=EV-f-6yRpj7,
https://www.peekvids.com/watch?v=ZUSshSz-x2g, https://www.peekvids.com/watch?v=Hdv01tVh0wy, https://www.peekvids.com/watch?v=VR8V7PENO4v,
https://www.peekvids.com/watch?v=KBpkDUW748s, https://www.peekvids.com/watch?v=Us2lR3YD2kK, https://www.peekvids.com/watch?v=M-tZVoZxHAT,
https://www.peekvids.com/watch?v=bfkUOcEgcpn, https://www.peekvids.com/watch?v=q11AHQXrcod, https://www.peekvids.com/watch?v=hHALRae2wKs,
https://www.peekvids.com/watch?v=vvVEqQkGAG8, https://www.peekvids.com/watch?v=DNrgc-9NW35, https://www.peekvids.com/watch?v=FZad3KLSv1Q,
https://www.peekvids.com/watch?v=NmcIl9hUVf3, https://www.peekvids.com/watch?v=87gKeJX7Dsu, https://www.peekvids.com/watch?v=3_MguGngWDU,
https://www.peekvids.com/watch?v=EVT1o2LS41e, https://www.peekvids.com/watch?v=KJbCfeQa75v, https://www.peekvids.com/watch?v=aESK6GF12XO,
https://www.peekvids.com/watch?v=sTi4xUK_Sf4, https://www.peekvids.com/watch?v=mwY-5nnH7Yx, https://www.peekvids.com/watch?v=kZo2HDlDkn2,
https://www.peekvids.com/watch?v=iqAE0kKZXnP, https://www.peekvids.com/watch?v=DlR7AT2Y5vz, https://www.peekvids.com/watch?v=M7dkVZPSjYJ,
https://www.peekvids.com/watch?v=qiXY9dNjSRN, https://www.peekvids.com/watch?v=9ZXmixyFpYK, https://www.peekvids.com/watch?v=9rQDgJr9eyf,
https://www.peekvids.com/watch?v=GYbUi6gl5VE, https://www.peekvids.com/watch?v=WzvSFxRKR4G, https://www.peekvids.com/watch?v=VqPPTW4swZS,
https://www.peekvids.com/watch?v=F6rvy-pAcnz, https://www.peekvids.com/watch?v=zIeeqrtZfuH, https://www.peekvids.com/watch?v=xBQppDBRa_V,
https://www.peekvids.com/watch?v=xRX652Foi2z, https://www.peekvids.com/watch?v=sLs5muCTkNS, https://www.peekvids.com/watch?v=Ip_s9wAKoF0,
https://www.peekvids.com/watch?v=evD-vzU8Gpk, https://www.peekvids.com/watch?v=bLx4-zv87fK, https://www.peekvids.com/watch?v=d5bBPNM2rfU,
https://www.peekvids.com/watch?v=C1Pbu11PdE7, https://www.peekvids.com/watch?v=j8hgYbFJqFp, https://www.peekvids.com/watch?v=YEVQryt756C,
https://www.peekvids.com/watch?v=3JMEow_ZDrJ, https://www.peekvids.com/watch?v=Iw4tjy2v2ed, https://www.peekvids.com/watch?v=Tk9drw8FX8m,
https://www.peekvids.com/watch?v=nXpgmAEFaet, https://www.peekvids.com/watch?v=l2w28OxbmMl, https://www.peekvids.com/watch?v=bQYWqxtKEzu,
https://www.peekvids.com/watch?v=TyqBpb86FIo, https://www.peekvids.com/watch?v=A6diaS_9zxV, https://www.peekvids.com/watch?v=tMU8K33CwHK,
https://www.peekvids.com/watch?v=iKuucaVBt_o, https://www.peekvids.com/watch?v=5xB_5BJyMbb, https://www.peekvids.com/watch?v=QevDWXCXHr0,
https://www.peekvids.com/watch?v=O3hoPR-Da83, https://www.peekvids.com/watch?v=kfvjryk3qHR, https://www.peekvids.com/watch?v=a38525yEa_D,
https://www.peekvids.com/watch?v=IxA6YeOQbsN, https://www.peekvids.com/watch?v=ir3551x_0Ws, https://www.peekvids.com/watch?v=eoc2IuirTNS,
https://www.peekvids.com/watch?v=vh48KI7qpzE, https://www.peekvids.com/watch?v=SBOvJhnI2ea, https://www.peekvids.com/watch?v=eE3orgvkDb2,
https://www.peekvids.com/watch?v=8UAEWL4dbhR, https://www.peekvids.com/watch?v=JBfGz0lXFgc, https://www.peekvids.com/watch?v=GFtjd-TUmjb,
https://www.peekvids.com/watch?v=CPsqXJ60h76, https://www.peekvids.com/watch?v=UpKJZxE7ix8, https://www.peekvids.com/watch?v=tO-kYviLv14,
https://www.peekvids.com/watch?v=F0kLhKK6nUR, https://www.peekvids.com/watch?v=Ano4mvrFhzt, https://www.peekvids.com/watch?v=q0xPVZwCDwi,
https://www.peekvids.com/watch?v=6iqCuGJAuMT, https://www.peekvids.com/watch?v=SbaY4Nc3Lv6, https://www.peekvids.com/watch?v=WikX9IdQHnN,
https://www.peekvids.com/watch?v=JagJ4N0Y-BP, https://www.peekvids.com/watch?v=I1ZU_zm7NPy, https://www.peekvids.com/watch?v=2FveQLvit6b,
https://www.peekvids.com/watch?v=HFkborqUfa6, https://www.peekvids.com/watch?v=FILOGLbu3r8, https://www.peekvids.com/watch?v=YoEg5R-En4g,
https://www.peekvids.com/watch?v=FzMjrs3gpZF, https://www.peekvids.com/watch?v=YRmbFaJ2RNi, https://www.peekvids.com/watch?v=PuuHCWE7upb,
https://www.peekvids.com/watch?v=82fMkQOufmA, https://www.peekvids.com/watch?v=PXy73chNnhx, https://www.peekvids.com/watch?v=zT2El55lhz5,
https://www.peekvids.com/watch?v=mPQpQq9FEGO, https://www.peekvids.com/watch?v=XTYueTh9R2D, https://www.peekvids.com/watch?v=QsW_qm51hal,
https://www.peekvids.com/watch?v=KO3_nxuRVYJ, https://www.peekvids.com/watch?v=YODdVRPRRA6, https://www.peekvids.com/watch?v=sHoBWSijiRn,
https://www.peekvids.com/watch?v=YuHcY9f_zOB, https://www.peekvids.com/watch?v=TWNxKb0xHcm, https://www.peekvids.com/watch?v=jQxEjWSorDj,
https://www.peekvids.com/watch?v=hc4sdP66PPU, https://www.peekvids.com/watch?v=TB04B3y1CtV, https://www.peekvids.com/watch?v=BfD6mFviXMa,
https://www.peekvids.com/watch?v=HG0qgOAaP-J, https://www.peekvids.com/watch?v=YIq_GvZ5TGs, https://www.peekvids.com/watch?v=Cyw4DynwNx0,
https://www.peekvids.com/watch?v=zerAEpJSzr9, https://www.peekvids.com/watch?v=uBxjv6PP89G, https://www.peekvids.com/watch?v=IahdEbJgrpA,
https://www.peekvids.com/watch?v=2Nfzc6sU0X5, https://www.peekvids.com/watch?v=Dc5o7LrP39h, https://www.peekvids.com/watch?v=pEwGuepoZVH,
https://www.peekvids.com/watch?v=8uR6umOB_-u, https://www.peekvids.com/watch?v=EvgGKqcMzvz, https://www.peekvids.com/watch?v=bvIFXgCZ8GB,
https://www.peekvids.com/watch?v=UFJKVf404Ct, https://www.peekvids.com/watch?v=HqvprCiCbgi, https://www.peekvids.com/watch?v=CvZCIO4vObL,
https://www.peekvids.com/watch?v=unNvdDEII0J, https://www.peekvids.com/watch?v=bYXnNkVXxoQ, https://www.peekvids.com/watch?v=mbejWSVVbt5,
https://www.peekvids.com/watch?v=GdzniSgS3nY, https://www.peekvids.com/watch?v=ZgbArTysE5i, https://www.peekvids.com/watch?v=pGnJ2Xy-Pwe,
https://www.peekvids.com/watch?v=FJ8fkBhqOWO, https://www.peekvids.com/watch?v=iwxgLzZqwGK, https://www.peekvids.com/watch?v=j2_JjaihDI7,
https://www.peekvids.com/watch?v=cCbS-XoTgwx, https://www.peekvids.com/watch?v=zgcUS1yTtfC, https://www.peekvids.com/watch?v=igWc_K2jySi,
https://www.peekvids.com/watch?v=fFsT4lt65ax, https://www.peekvids.com/watch?v=kl9z8DEzl1N, https://www.peekvids.com/watch?v=jhUq6UnRsxJ,
https://www.peekvids.com/watch?v=4vafcDEU1D8, https://www.peekvids.com/watch?v=3zz2Kvn9Egr, https://www.peekvids.com/watch?v=N6UWjLNGA9X,
https://www.peekvids.com/watch?v=qzoyC62X7cA, https://www.peekvids.com/watch?v=ES4QrL-QxlZ, https://www.peekvids.com/watch?v=pdCPuV7Kuvq,
https://www.peekvids.com/watch?v=ww_SKnAbohW, https://www.peekvids.com/watch?v=46rYq6OslUe, https://www.peekvids.com/watch?v=7MithKVkwlk,
https://www.peekvids.com/watch?v=WYj8nY-qhdb, https://www.peekvids.com/watch?v=xMrjZkodUPj, https://www.peekvids.com/watch?v=blMVHdfS9Qc,
https://www.peekvids.com/watch?v=ZgKbCv1ewE7, https://www.peekvids.com/watch?v=hyXx2UHQf2O, https://www.peekvids.com/watch?v=z6xnnQbllIF,
https://www.peekvids.com/watch?v=pscUNS3cWJ9, https://www.peekvids.com/watch?v=yF_ojzlSnmC, https://www.peekvids.com/watch?v=h4kG6XfoU8V,
https://www.peekvids.com/watch?v=eNhO9LNGscO, https://www.peekvids.com/watch?v=aC8A32GwcOV, https://www.peekvids.com/watch?v=xdcjixm5Hz8,
https://www.peekvids.com/watch?v=r9xWoWYpVXZ, https://www.peekvids.com/watch?v=hyv5Ypp21f2, https://www.peekvids.com/watch?v=zCZmEMq92MD,
https://www.peekvids.com/watch?v=zhFWwS4KzEl, https://www.peekvids.com/watch?v=e-mEoCvSsiS, https://www.peekvids.com/watch?v=0Ao8yWwbs-8,
https://www.peekvids.com/watch?v=StlXI5FvKcy, https://www.peekvids.com/watch?v=qVeRDw8xJte, https://www.peekvids.com/watch?v=ot93deeSucD,
https://www.peekvids.com/watch?v=IHsf_rPviaz, https://www.peekvids.com/watch?v=StjLOK-tsIZ, https://www.peekvids.com/watch?v=RLYV8fsrnhU,
https://www.peekvids.com/watch?v=AP3UOr1EjQX, https://www.peekvids.com/watch?v=nz21gWYryG5, https://www.peekvids.com/watch?v=cc8kY-I8DTH,
https://www.peekvids.com/watch?v=uABnZN8HNre, https://www.peekvids.com/watch?v=28vXCK1HAHO, https://www.peekvids.com/watch?v=UZh6mO8gLLP,
https://www.peekvids.com/watch?v=i7U9tDb5S2v, https://www.peekvids.com/watch?v=KjEpp0Ltthf, https://www.peekvids.com/watch?v=V9WvzHCYbHP,
https://www.peekvids.com/watch?v=Y4tamq3okb5, https://www.peekvids.com/watch?v=enXXZ0Z9AeM, https://www.peekvids.com/watch?v=Z7JvF_FJpL7,
https://www.peekvids.com/watch?v=xBEspENJwqU, https://www.peekvids.com/watch?v=Vr45yXSKRv9, https://www.peekvids.com/watch?v=xVdbzwEcii7,
https://www.peekvids.com/watch?v=EIMHTvJ5042, https://www.peekvids.com/watch?v=f2UgmSfgFNf, https://www.peekvids.com/watch?v=C34cDdVZuLX,
https://www.peekvids.com/watch?v=yZ_u26wqVzt, https://www.peekvids.com/watch?v=uDwgycfVsLy, https://www.peekvids.com/watch?v=V1qQs9JCcEa,
https://www.peekvids.com/watch?v=jeAYMPropP0, https://www.peekvids.com/watch?v=LZNO4FWf-j2, https://www.peekvids.com/watch?v=KsSlCatc4qY,
https://www.peekvids.com/watch?v=hF7LRZ7SHuT, https://www.peekvids.com/watch?v=IvrxEdI4FXK, https://www.peekvids.com/watch?v=yOCoBoPzOWq,
https://www.peekvids.com/watch?v=U6J05UXQ0Aa, https://www.peekvids.com/watch?v=I7o0on4ViFd, https://www.peekvids.com/watch?v=wrWnWm4ncFa,
https://www.peekvids.com/watch?v=WtjKdABip4z, https://www.peekvids.com/watch?v=n-TTGb3P3UP, https://www.peekvids.com/watch?v=obcICWIxmGn,
https://www.peekvids.com/watch?v=c0q2bfH6GgQ, https://www.peekvids.com/watch?v=BNrdAIUdttT, https://www.peekvids.com/watch?v=2YeUOCrmmgx,
https://www.peekvids.com/watch?v=9V8ZG-gCmRU, https://www.peekvids.com/watch?v=xfR1dZH5g6n, https://www.peekvids.com/watch?v=jvIU_Aa04xa,

https://www.peekvids.com/watch?v=HUwpJhikbog, https://www.peekvids.com/watch?v=yUBHoJGBavA, https://www.peekvids.com/watch?v=7y-P7Mn5mwH,
https://www.peekvids.com/watch?v=GRmLEE7dOu4, https://www.peekvids.com/watch?v=KUJH9-TPEzl, https://www.peekvids.com/watch?v=IJLvLax6Dc8,
https://www.peekvids.com/watch?v=I7Sk4dNSDet, https://www.peekvids.com/watch?v=6oXQOMBkGwB, https://www.peekvids.com/watch?v=mHusOnIfE4M,
https://www.peekvids.com/watch?v=5vpwuq3X51Y, https://www.peekvids.com/watch?v=vCcRgzSKjIl, https://www.peekvids.com/watch?v=lX4XrLkJpeU,
https://www.peekvids.com/watch?v=v24pFB_Owz0, https://www.peekvids.com/watch?v=9mzYwDiH6Xd, https://www.peekvids.com/watch?v=M51IpzGyULK,
https://www.peekvids.com/watch?v=aF0RxN9MZ9o, https://www.peekvids.com/watch?v=BU_6Cu0g5ow, https://www.peekvids.com/watch?v=lEJVkwkXmBz,
https://www.peekvids.com/watch?v=SNPD0SkbD5v, https://www.peekvids.com/watch?v=H9IEe3Pt71R, https://www.peekvids.com/watch?v=pjrTrl3tmhg,
https://www.peekvids.com/watch?v=Qt1CNoDzjlA, https://www.peekvids.com/watch?v=47kYNAQNXSJ, https://www.peekvids.com/watch?v=PXgR4yj12Zt,
https://www.peekvids.com/watch?v=YYkol7RDN0Z, https://www.peekvids.com/watch?v=59jrWhhH5d5, https://www.peekvids.com/watch?v=Fn72Hwd1XDY,
https://www.peekvids.com/watch?v=vSDiwK2flna, https://www.peekvids.com/watch?v=nJ5Wbx6yK-G, https://www.peekvids.com/watch?v=znU558M2acO,
https://www.peekvids.com/watch?v=Te58vZkI9YY, https://www.peekvids.com/watch?v=7LOJKD9VNdd, https://www.peekvids.com/watch?v=5cGA6Wu5KvO,
https://www.peekvids.com/watch?v=mxK_TBzzglH, https://www.peekvids.com/watch?v=xrCIRsPYs6v, https://www.peekvids.com/watch?v=LzQ17Nelz5z,
https://www.peekvids.com/watch?v=8rlUAeOgFjS, https://www.peekvids.com/watch?v=yXSOzSb7sMQ, https://www.peekvids.com/watch?v=VPeROTkUVhC,
https://www.peekvids.com/watch?v=ywWFa8hiS7e, https://www.peekvids.com/watch?v=R4eQLd4dF6r, https://www.peekvids.com/watch?v=QrMZmj9Ye0o,
https://www.peekvids.com/watch?v=jfODNQNBvxy, https://www.peekvids.com/watch?v=FwafSh2Pshf, https://www.peekvids.com/watch?v=OS0LQZajcTa,
https://www.peekvids.com/watch?v=VYVHEWYPNcV, https://www.peekvids.com/watch?v=CaExLftEoxk, https://www.peekvids.com/watch?v=JwJp3n3wLOb,
https://www.peekvids.com/watch?v=KXo1is00o9b, https://www.peekvids.com/watch?v=4Psr2B9BGZL, https://www.peekvids.com/watch?v=4FJjlbmuzNZ,
https://www.peekvids.com/watch?v=VvFGxFRZb0l, https://www.peekvids.com/watch?v=MEd5IPnJe3I, https://www.peekvids.com/watch?v=RfB6-sOn7To,
https://www.peekvids.com/watch?v=fYWdR5oVRzI, https://www.peekvids.com/watch?v=0P29YIOT59y, https://www.peekvids.com/watch?v=cyipnN6JWZ8,
https://www.peekvids.com/watch?v=2nf7Zdot_Am, https://www.peekvids.com/watch?v=8m0t37ihBgR, https://www.peekvids.com/watch?v=o9qOXU7TXsG,
https://www.peekvids.com/watch?v=kRFZqnprlzN, https://www.peekvids.com/watch?v=c3A9e03guN0, https://www.peekvids.com/watch?v=DzqDIMYc-HU,
https://www.peekvids.com/watch?v=i_AmR5aQvQZ, https://www.peekvids.com/watch?v=l3JYCqHfLkY, https://www.peekvids.com/watch?v=nRVKBu6srJx,
https://www.peekvids.com/watch?v=JRGDnadGSzd, https://www.peekvids.com/watch?v=JEXKlw7W_i2, https://www.peekvids.com/watch?v=2hv-3jhXBFJ,
https://www.peekvids.com/watch?v=u5AsMMuJbAa, https://www.peekvids.com/watch?v=rGZPjk9MTcj, https://www.peekvids.com/watch?v=dV1IzCCxL-M,
https://www.peekvids.com/watch?v=ZZP4rHrURf7, https://www.peekvids.com/watch?v=OdPGjx3vOX7, https://www.peekvids.com/watch?v=Wq6kIJAleTn,
https://www.peekvids.com/watch?v=xQwOlXnUIQ7, https://www.peekvids.com/watch?v=RnsFcFygDWP, https://www.peekvids.com/watch?v=XCnOc1Jq0IE,
https://www.peekvids.com/watch?v=pD3UmJs7K3M, https://www.peekvids.com/watch?v=l53Wh4aenBB, https://www.peekvids.com/watch?v=wZAIuGIovUX,
https://www.peekvids.com/watch?v=Tc8cK6o0mRH, https://www.peekvids.com/watch?v=TSi3Yh8qLpI, https://www.peekvids.com/watch?v=IBgbslBHuGC,
https://www.peekvids.com/watch?v=DTlT5SVhCeb, https://www.peekvids.com/watch?v=tTdWXZWFPow, https://www.peekvids.com/watch?v=isrY8aXlQiI,
https://www.peekvids.com/watch?v=gxpVRlTSKaz, https://www.peekvids.com/watch?v=5UlDTf0iAil, https://www.peekvids.com/watch?v=tKQxFI2gpHW,
https://www.peekvids.com/watch?v=T1_KO1Bb-d0, https://www.peekvids.com/watch?v=qgkfemRdxt7, https://www.peekvids.com/watch?v=nAznpb71IMb,
https://www.peekvids.com/watch?v=MVd1jrT9Nh7, https://www.peekvids.com/watch?v=Y0JXN0WbL5K, https://www.peekvids.com/watch?v=NLe9NhSs_2f,
https://www.peekvids.com/watch?v=eJY95Edcj_V, https://www.peekvids.com/watch?v=QwW9J19bTKB, https://www.peekvids.com/watch?v=H6iHK5zwWi5,
https://www.peekvids.com/watch?v=z_79zfyT9Wl, https://www.peekvids.com/watch?v=uB3_G_dEcpu, https://www.peekvids.com/watch?v=0X-HLXqv1Km,
https://www.peekvids.com/watch?v=SMRKZIyXtiI, https://www.peekvids.com/watch?v=a01PiMGsPpI, https://www.peekvids.com/watch?v=jAlN85NvZWa,
https://www.peekvids.com/watch?v=pqrnu9fxjoV, https://www.peekvids.com/watch?v=RyJT0Tq72Zo, https://www.peekvids.com/watch?v=rnz5y7XfRZv,
https://www.peekvids.com/watch?v=dTSsjvGsql3, https://www.peekvids.com/watch?v=3qt0gJXPsxy, https://www.peekvids.com/watch?v=NHJ5DU2Ii5V,
https://www.peekvids.com/watch?v=ieVWANQL3qF, https://www.peekvids.com/watch?v=mpYgmYlltqg, https://www.peekvids.com/watch?v=UFbcxm19p1d,
https://www.peekvids.com/watch?v=kzwScPScUVP, https://www.peekvids.com/watch?v=2MYj5P5qoMK, https://www.peekvids.com/watch?v=gYG4qu37Awx,
https://www.peekvids.com/watch?v=0sdX6GycHyA, https://www.peekvids.com/watch?v=JhaS3RDRokM, https://www.peekvids.com/watch?v=dpkQMsrzVvL,
https://www.peekvids.com/watch?v=NLP2n_ULqza, https://www.peekvids.com/watch?v=rNz00dsMMGo, https://www.peekvids.com/watch?v=L7Id2z0aNdC,
https://www.peekvids.com/watch?v=kXeJD_Ryc0L, https://www.peekvids.com/watch?v=WfLPoze79Su, https://www.peekvids.com/watch?v=dfNvjD8f-VC,
https://www.peekvids.com/watch?v=T8TBQWfE-k3, https://www.peekvids.com/watch?v=liGo__XT008, https://www.peekvids.com/watch?v=pmZDAf8pf75,
https://www.peekvids.com/watch?v=W1HAph2Smyx, https://www.peekvids.com/watch?v=HnWfadF1BbN, https://www.peekvids.com/watch?v=0zCOvex6SJl,
https://www.peekvids.com/watch?v=z7E6KUb0GFw, https://www.peekvids.com/watch?v=5jT1t4DA4M0, https://www.peekvids.com/watch?v=RPjER35CHj9,
https://www.peekvids.com/watch?v=5rxFtO_X0Zs, https://www.peekvids.com/watch?v=9h8kFQqnOzA, https://www.peekvids.com/watch?v=BeBdqCLAhma,
https://www.peekvids.com/watch?v=hTz76yHXFv9, https://www.peekvids.com/watch?v=09jXztTKYCw, https://www.peekvids.com/watch?v=KAjfPFtOExU,
https://www.peekvids.com/watch?v=pPpSY238uGe, https://www.peekvids.com/watch?v=IWT82rNL_s2, https://www.peekvids.com/watch?v=W5vqYV3B9P2,
https://www.peekvids.com/watch?v=yd-hcAp2meA, https://www.peekvids.com/watch?v=4BT4vigmQ-l, https://www.peekvids.com/watch?v=V6M4UTi5wJz,
https://www.peekvids.com/watch?v=uvwu9l-ChSZ, https://www.peekvids.com/watch?v=BY9HwUY7cvA, https://www.peekvids.com/watch?v=ELFixfD1HX0,
https://www.peekvids.com/watch?v=IFO7PQEy-RF, https://www.peekvids.com/watch?v=wigzgk6SiIc, https://www.peekvids.com/watch?v=jnW7BhbxgjC,
https://www.peekvids.com/watch?v=q1JbqjBrCEP, https://www.peekvids.com/watch?v=eM9bvwd_wP4, https://www.peekvids.com/watch?v=ehL1nXb6ltu,
https://www.peekvids.com/watch?v=jmq9Bjwutag, https://www.peekvids.com/watch?v=37OVRRt18Yx, https://www.peekvids.com/watch?v=VP3HpD5Lvca,
https://www.peekvids.com/watch?v=e6QlgLsRZK8, https://www.peekvids.com/watch?v=R7un72xTTLW, https://www.peekvids.com/watch?v=9zvpXIgCiN4,
https://www.peekvids.com/watch?v=VhnZil7Hkmm, https://www.peekvids.com/watch?v=sI1x14qkXc9, https://www.peekvids.com/watch?v=ssoczTimJar,
https://www.peekvids.com/watch?v=Dy1DzKPM-Dk, https://www.peekvids.com/watch?v=22vJ1RQ4Ynz, https://www.peekvids.com/watch?v=3V4EEL_3aPs,
https://www.peekvids.com/watch?v=kzxW7gafi79, https://www.peekvids.com/watch?v=gSK_hzfs_1u, https://www.peekvids.com/watch?v=X9d2twY8zGt,
https://www.peekvids.com/watch?v=WnHKpaQRNI7, https://www.peekvids.com/watch?v=H3ncI970apY, https://www.peekvids.com/watch?v=jfQtUxd73SL,
https://www.peekvids.com/watch?v=TaZ9Yka7m3R, https://www.peekvids.com/watch?v=MWg2vNoxjfR, https://www.peekvids.com/watch?v=lodkGoQHE7t,
https://www.peekvids.com/watch?v=B8An_L22T_6, https://www.peekvids.com/watch?v=Fn6-AiBaU2F, https://www.peekvids.com/watch?v=NMMbYf3cbp6,
https://www.peekvids.com/watch?v=pH5DoUNTGPh, https://www.peekvids.com/watch?v=ojqpQgTj-S2, https://www.peekvids.com/watch?v=htpehMVlFba,
https://www.peekvids.com/watch?v=rThkN2ghmQc, https://www.peekvids.com/watch?v=d7KJRMpALFk, https://www.peekvids.com/watch?v=G8tX2EibufA,
https://www.peekvids.com/watch?v=mKxlISViByJ, https://www.peekvids.com/watch?v=3dG60_A8mcF, https://www.peekvids.com/watch?v=CP1d_nb0_7n,
https://www.peekvids.com/watch?v=C71U7pjjy1p, https://www.peekvids.com/watch?v=iuXqrdTnzUA, https://www.peekvids.com/watch?v=nNke_QYqMbl,
https://www.peekvids.com/watch?v=o4t1zmy8P8l, https://www.peekvids.com/watch?v=c-eADKLOX_7, https://www.peekvids.com/watch?v=y3p1qSBYxut,
https://www.peekvids.com/watch?v=d2tIAtlZNa5, https://www.peekvids.com/watch?v=LYWuCIgGm3Q, https://www.peekvids.com/watch?v=l_X4hAFWQGM,
https://www.peekvids.com/watch?v=Tm9LQDXNgT9, https://www.peekvids.com/watch?v=Dnevd7ch_MZ, https://www.peekvids.com/watch?v=KWT9Qpg-5CV,
https://www.peekvids.com/watch?v=9oW6dUGsgCp, https://www.peekvids.com/watch?v=QLZl2VccDG4, https://www.peekvids.com/watch?v=lQUiI5C5eoO,
https://www.peekvids.com/watch?v=QZsW6_j8MNJ, https://www.peekvids.com/watch?v=tkaE_Tq3W2u, https://www.peekvids.com/watch?v=3bqZv0z7M2r,
https://www.peekvids.com/watch?v=EsUw73ZmiYE, https://www.peekvids.com/watch?v=XHUjfIUGXMU, https://www.peekvids.com/watch?v=X26uFGEkF-n,
https://www.peekvids.com/watch?v=APRgIBFQmQh, https://www.peekvids.com/watch?v=ZnMihp6Nwk2, https://www.peekvids.com/watch?v=bOxdslQC_KM,
https://www.peekvids.com/watch?v=ACm6tV8Y9V6, https://www.peekvids.com/watch?v=U4FTSgT13zR, https://www.peekvids.com/watch?v=N6UFBZ5izqw,
https://www.peekvids.com/watch?v=IjQa2W8wCZ9, https://www.peekvids.com/watch?v=O2NDhU1uKgB, https://www.peekvids.com/watch?v=wIk9QNFIDIp,
https://www.peekvids.com/watch?v=bKSLy8_0j2Z, https://www.peekvids.com/watch?v=tpMpFQlY9hv, https://www.peekvids.com/watch?v=8pR9TZsTSHb,
https://www.peekvids.com/watch?v=6cAz-VUtmwn, https://www.peekvids.com/watch?v=3gFc0gzC_6O, https://www.peekvids.com/watch?v=jI0R-cSTtLb,
https://www.peekvids.com/watch?v=vH5qYSOhnvx, https://www.peekvids.com/watch?v=0g3HYgHZ7S9, https://www.peekvids.com/watch?v=9jC_T1FOFqt,
https://www.peekvids.com/watch?v=WC8uLtK3MR0, https://www.peekvids.com/watch?v=iSQ_3DJ8ejA, https://www.peekvids.com/watch?v=hb15VtHHFrq,
https://www.peekvids.com/watch?v=sUJWofjRSPs, https://www.peekvids.com/watch?v=CnYFqERQP3j, https://www.peekvids.com/watch?v=MbVMJvEL7x3,
https://www.peekvids.com/watch?v=soSqOFJjCap, https://www.peekvids.com/watch?v=e0JqpuvL-VU, https://www.peekvids.com/watch?v=R7QJHjtCA18,
https://www.peekvids.com/watch?v=oK1eA7MpSnH, https://www.peekvids.com/watch?v=2Rtz4F3Xejv, https://www.peekvids.com/watch?v=UmF8KS3lkEQ,
https://www.peekvids.com/watch?v=8ZLK_dHjWHT, https://www.peekvids.com/watch?v=Z7IjxeWHVnJ, https://www.peekvids.com/watch?v=91DobT5eI3f,
https://www.peekvids.com/watch?v=lq615buRrI6, https://www.peekvids.com/watch?v=gcCJfl-DJ5d, https://www.peekvids.com/watch?v=UWmF8fHppPf,
https://www.peekvids.com/watch?v=MOg-jnrgv5o, https://www.peekvids.com/watch?v=6FKP-rsP54r, https://www.peekvids.com/watch?v=Q682j-XC7kb,
https://www.peekvids.com/watch?v=unb5qudnnnM, https://www.peekvids.com/watch?v=HiSBi9MsrnH, https://www.peekvids.com/watch?v=ZYtIFJ5J6kQ,
https://www.peekvids.com/watch?v=l50VIWvvf-H, https://www.peekvids.com/watch?v=4UCp9xD8wYr, https://www.peekvids.com/watch?v=26m5laJqsqu,
https://www.peekvids.com/watch?v=JjTHGw_D5wV, https://www.peekvids.com/watch?v=bB1EawjIA7a, https://www.peekvids.com/watch?v=7ylCSn2t-ob,
https://www.peekvids.com/watch?v=IsiSRaRTdzz, https://www.peekvids.com/watch?v=uswkkRKfjmC, https://www.peekvids.com/watch?v=X0_xrSqOoxd,
https://www.peekvids.com/watch?v=8GC_SOqyxQL, https://www.peekvids.com/watch?v=7XHIBGmJNMi, https://www.peekvids.com/watch?v=N5QhV6wV8th,
https://www.peekvids.com/watch?v=Gl6OZhNHovt, https://www.peekvids.com/watch?v=yV_oEpXfI1R, https://www.peekvids.com/watch?v=vgaBJifNDOC,
https://www.peekvids.com/watch?v=STErtqk2cwb, https://www.peekvids.com/watch?v=Y57vy-pmUKf, https://www.peekvids.com/watch?v=kbYnDFo4OmK,
https://www.peekvids.com/watch?v=3EtPK7Ar8Mr, https://www.peekvids.com/watch?v=r1Dnl3VLuae, https://www.peekvids.com/watch?v=LmSUNVZ_fDm,
https://www.peekvids.com/watch?v=814Rw1FzirY, https://www.peekvids.com/watch?v=Q9xXew4tAa6, https://www.peekvids.com/watch?v=4_ZkPssS2bZ,
https://www.peekvids.com/watch?v=cT5vl1icXdO, https://www.peekvids.com/watch?v=FFKWE_V92Zw, https://www.peekvids.com/watch?v=YOBjHMBifod,
https://www.peekvids.com/watch?v=N0BBy8NsqBT, https://www.peekvids.com/watch?v=6Zsqm_Dvwk0, https://www.peekvids.com/watch?v=pIgKU9NMcOW,
https://www.peekvids.com/watch?v=7LkbNUJQVRb, https://www.peekvids.com/watch?v=HY1vrMM4-Nv, https://www.peekvids.com/watch?v=mJV6oJPvmsm,
https://www.peekvids.com/watch?v=VO6WKciZhN0, https://www.peekvids.com/watch?v=GR4bS3UqCHi, https://www.peekvids.com/watch?v=peZSrDCi4TJ,
https://www.peekvids.com/watch?v=EbfZ1fdDsyx, https://www.peekvids.com/watch?v=heRvOBuk-zg, https://www.peekvids.com/watch?v=q6leg5ZTXv3,
https://www.peekvids.com/watch?v=ESNx60I4yVF, https://www.peekvids.com/watch?v=muW8UHIGtyn, https://www.peekvids.com/watch?v=M3xcUAX4ttX,
https://www.peekvids.com/watch?v=kK_CeX533yK, https://www.peekvids.com/watch?v=Lra5lXnOWSR, https://www.peekvids.com/watch?v=2zo6dx0k64l,
https://www.peekvids.com/watch?v=qYrHkjygrPf, https://www.peekvids.com/watch?v=sDE5dbGC7uE, https://www.peekvids.com/watch?v=Cd8FDljOXFG,
https://www.peekvids.com/watch?v=gOiNX5A_Xfe, https://www.peekvids.com/watch?v=NL9xPy_yCLB, https://www.peekvids.com/watch?v=lYf95_yk1vV,
https://www.peekvids.com/watch?v=l2mdDGzf52N, https://www.peekvids.com/watch?v=0b2vwG2d0fH, https://www.peekvids.com/watch?v=fJWjdIsEcvR,
https://www.peekvids.com/watch?v=fVLzBp5sxvg, https://www.peekvids.com/watch?v=qTML9E-1a3Y, https://www.peekvids.com/watch?v=HuMxZFXQVys,
https://www.peekvids.com/watch?v=obKj7R8WRdI, https://www.peekvids.com/watch?v=l7mqTMIG4_A, https://www.peekvids.com/watch?v=h4F-fZWjoqd,
https://www.peekvids.com/watch?v=e2ZuX43L7EC, https://www.peekvids.com/watch?v=wDBeiDu-grA, https://www.peekvids.com/watch?v=5lAlOsBuzuA,
https://www.peekvids.com/watch?v=UGfDMgie7Cc, https://www.peekvids.com/watch?v=89Dr8uD24Sl, https://www.peekvids.com/watch?v=6hHNsz51J-F,
https://www.peekvids.com/watch?v=5KezylGOtHY, https://www.peekvids.com/watch?v=DVfIjs4zZ-Q, https://www.peekvids.com/watch?v=xa9cKFfeX20,
https://www.peekvids.com/watch?v=WPfX5f65DHz, https://www.peekvids.com/watch?v=AUuPGXcdO56, https://www.peekvids.com/watch?v=PjUIN54Daqb,
https://www.peekvids.com/watch?v=DlL3NqnI4lm, https://www.peekvids.com/watch?v=aFxNgdbcLjC, https://www.peekvids.com/watch?v=gZkk916645T,
https://www.peekvids.com/watch?v=Xen5jhg9MOd, https://www.peekvids.com/watch?v=9-kD8CI2Map, https://www.peekvids.com/watch?v=7k5e5GUWcXq,
https://www.peekvids.com/watch?v=3s6VnPE03Iz, https://www.peekvids.com/watch?v=pBQq-ibchhi, https://www.peekvids.com/watch?v=lOCWM4ZVAPr,
https://www.peekvids.com/watch?v=bS0HHJFisjy, https://www.peekvids.com/watch?v=rSrmq1yGgPj, https://www.peekvids.com/watch?v=HSyowZMHJlK,
https://www.peekvids.com/watch?v=85dXYDpgXuJ, https://www.peekvids.com/watch?v=g5OQ99dq5fV, https://www.peekvids.com/watch?v=krlUS6TU5nk,
https://www.peekvids.com/watch?v=72F-xJ97VCH, https://www.peekvids.com/watch?v=vT_ri4hMEmc, https://www.peekvids.com/watch?v=fbNq7BBeCIm,
https://www.peekvids.com/watch?v=ufXDOcHGo4C, https://www.peekvids.com/watch?v=EREMUe8ZuxO, https://www.peekvids.com/watch?v=pgswTH9Jkgc,
https://www.peekvids.com/watch?v=5fEZuW-_XDw, https://www.peekvids.com/watch?v=ujWfNxvqMpG, https://www.peekvids.com/watch?v=JPPwcM9y6Ic,
https://www.peekvids.com/watch?v=jZJ3MD0mRHF, https://www.peekvids.com/watch?v=qGbMG1r50rG, https://www.peekvids.com/watch?v=LSBIHJ2K8fo,
https://www.peekvids.com/watch?v=icqljBjpuob, https://www.peekvids.com/watch?v=R2UMQEvnX5t, https://www.peekvids.com/watch?v=HPEbn-NrUhW,
https://www.peekvids.com/watch?v=B-Tj9B1ZRr2, https://www.peekvids.com/watch?v=djqZFXmExdY, https://www.peekvids.com/watch?v=iOT5hE_dCof,
https://www.peekvids.com/watch?v=JaoYmKK02Xt, https://www.peekvids.com/watch?v=TRMQ4Dwz3Rn, https://www.peekvids.com/watch?v=lbBQOsuvOZK,
https://www.peekvids.com/watch?v=wzWMnOSygsz, https://www.peekvids.com/watch?v=9HN1zAf04k9, https://www.peekvids.com/watch?v=WhqVcEM8C84,
https://www.peekvids.com/watch?v=vUDpdz2loqy, https://www.peekvids.com/watch?v=rEeLjbW6LiC, https://www.peekvids.com/watch?v=QiVkBUUqwVn,
https://www.peekvids.com/watch?v=WlF_FsV0H0I, https://www.peekvids.com/watch?v=2N2bCQN3i9z, https://www.peekvids.com/watch?v=sQ133aOLJd6,
https://www.peekvids.com/watch?v=wEIldouaFyC, https://www.peekvids.com/watch?v=Mcy0sMKgazw, https://www.peekvids.com/watch?v=2HQHdWnQ7ON,
https://www.peekvids.com/watch?v=3enPv3x_hId, https://www.peekvids.com/watch?v=vxI13jZoxd2, https://www.peekvids.com/watch?v=nfjfCnjbOkY,
https://www.peekvids.com/watch?v=607p3jAClXe, https://www.peekvids.com/watch?v=vR_G32fuZhm, https://www.peekvids.com/watch?v=0ZQLvfixM-k,
https://www.peekvids.com/watch?v=hVP9RAcoBNG, https://www.peekvids.com/watch?v=n0P2rsVCdTu, https://www.peekvids.com/watch?v=lKtmeCXeRZT,
https://www.peekvids.com/watch?v=r-IoWyK0Zth, https://www.peekvids.com/watch?v=6z2NOAYC24w, https://www.peekvids.com/watch?v=HS9HFNLkaYD,
https://www.peekvids.com/watch?v=se_1i4xKRWX, https://www.peekvids.com/watch?v=hYBlXk4wLyL, https://www.peekvids.com/watch?v=euNeNuG8eQr,
https://www.peekvids.com/watch?v=YR_L5qgXE9r, https://www.peekvids.com/watch?v=HybXsOW0boo, https://www.peekvids.com/watch?v=BEkj1PASBvL,
https://www.peekvids.com/watch?v=hL5gha13GIe, https://www.peekvids.com/watch?v=3XycOn2QQZr, https://www.peekvids.com/watch?v=7I4zwBdSR1r,
https://www.peekvids.com/watch?v=NO0l4NpRXOh, https://www.peekvids.com/watch?v=lUZwowXizTI, https://www.peekvids.com/watch?v=z7SIe_ngtQN,
https://www.peekvids.com/watch?v=TYgcoLJX9vG, https://www.peekvids.com/watch?v=zx9PJgPzkxw, https://www.peekvids.com/watch?v=VHW5rOgHg9L,
https://www.peekvids.com/watch?v=jaGxvbXEsyT, https://www.peekvids.com/watch?v=XzEwUe-5VEc, https://www.peekvids.com/watch?v=WHGM9wJzZfG,
https://www.peekvids.com/watch?v=iv--UsoOutd, https://www.peekvids.com/watch?v=vVxd44fembc, https://www.peekvids.com/watch?v=foxBulVlH16,
https://www.peekvids.com/watch?v=D2yLJIxizg3, https://www.peekvids.com/watch?v=G6ICXRArjVC, https://www.peekvids.com/watch?v=CE6l4AO31vp,

https://www.peekvids.com/watch?v=FlJZJQcwO6U, https://www.peekvids.com/watch?v=G_duHuASF1O, https://www.peekvids.com/watch?v=PnZHsEPaOUn,
https://www.peekvids.com/watch?v=QWAk8nKZo2u, https://www.peekvids.com/watch?v=eqheh3tXu2R, https://www.peekvids.com/watch?v=wXKH4hyYv9S,
https://www.peekvids.com/watch?v=x02JEeRQng9, https://www.peekvids.com/watch?v=aCRwtlRjI5N, https://www.peekvids.com/watch?v=Mn6kuL94BWz,
https://www.peekvids.com/watch?v=whfW_RD6YxE, https://www.peekvids.com/watch?v=dG9xZmtozdU, https://www.peekvids.com/watch?v=rzUL85FABfZ,
https://www.peekvids.com/watch?v=DrJVp6CEBpT, https://www.peekvids.com/watch?v=4ZsZOTNVCt8, https://www.peekvids.com/watch?v=vJiwMkWba5a,
https://www.peekvids.com/watch?v=Kjb_tvkdzHn, https://www.peekvids.com/watch?v=MdQxLgQZQ3V, https://www.peekvids.com/watch?v=Yp1tP7htTg9,
https://www.peekvids.com/watch?v=MYrRnUQySAV, https://www.peekvids.com/watch?v=wsTZliQWYtg, https://www.peekvids.com/watch?v=xRkaeaFR7KH,
https://www.peekvids.com/watch?v=8Oc9N6rVULJ, https://www.peekvids.com/watch?v=IsnaRaV3biP, https://www.peekvids.com/watch?v=csoHHvsbead,
https://www.peekvids.com/watch?v=W80TUGKQVeg, https://www.peekvids.com/watch?v=EWCU-lJWPNb, https://www.peekvids.com/watch?v=Pzb96xnLlvs,
https://www.peekvids.com/watch?v=duW-BrVQfOI, https://www.peekvids.com/watch?v=KOU5KKAGLng, https://www.peekvids.com/watch?v=FdDkGvvb4Xg,
https://www.peekvids.com/watch?v=PmNfSvHVHFD, https://www.peekvids.com/watch?v=40mXWkzumbG, https://www.peekvids.com/watch?v=I1dBt_j4ui5,
https://www.peekvids.com/watch?v=bZC_0r9VlS6, https://www.peekvids.com/watch?v=Zp47CYQmGi9, https://www.peekvids.com/watch?v=E645Oa-VSzm,
https://www.peekvids.com/watch?v=B6a-WN_SkZ0, https://www.peekvids.com/watch?v=zWl_qzSJoNn, https://www.peekvids.com/watch?v=GjULEuU2OLC,
https://www.peekvids.com/watch?v=HyUwXUPLFga, https://www.peekvids.com/watch?v=ZdMMHXYfYY4, https://www.peekvids.com/watch?v=KWawUuG5ULe,
https://www.peekvids.com/watch?v=611ky6W-FNJ, https://www.peekvids.com/watch?v=qRszvFqzaGn, https://www.peekvids.com/watch?v=c7wmstk0Z0V,
https://www.peekvids.com/watch?v=09sztY3fWgN, https://www.peekvids.com/watch?v=iNejUbfq_TS, https://www.peekvids.com/watch?v=G9wMjdB14or,
https://www.peekvids.com/watch?v=laHTT-0PDTy, https://www.peekvids.com/watch?v=pQgUuPAyad3, https://www.peekvids.com/watch?v=blUB4mX6c0A,
https://www.peekvids.com/watch?v=CreO8mh7z1c, https://www.peekvids.com/watch?v=ghBk2lq5Hde, https://www.peekvids.com/watch?v=NDiXxywi2uj,
https://www.peekvids.com/watch?v=Cd4-Nue4aZ9, https://www.peekvids.com/watch?v=YvyB3Fu06sy, https://www.peekvids.com/watch?v=lnG9sqdn5Xz,
https://www.peekvids.com/watch?v=fcHwcbbp9I9, https://www.peekvids.com/watch?v=rap6A3Orqje, https://www.peekvids.com/watch?v=xr31gnx9H-v,
https://www.peekvids.com/watch?v=NlsF9oLfEHW, https://www.peekvids.com/watch?v=0eyiTYfyBdQ, https://www.peekvids.com/watch?v=CswV81GCoXh,
https://www.peekvids.com/watch?v=XtT8OMnbU4F, https://www.peekvids.com/watch?v=3zWzBr_FTwA, https://www.peekvids.com/watch?v=mkQ5g87giPj,
https://www.peekvids.com/watch?v=87aH3X5MBXh, https://www.peekvids.com/watch?v=kizyc_8_TaA, https://www.peekvids.com/watch?v=iHqU-Mq7xcm,
https://www.peekvids.com/watch?v=zoQGKx-M0zO, https://www.peekvids.com/watch?v=kkBBUQcGTDY, https://www.peekvids.com/watch?v=nSIUJWuRih7,
https://www.peekvids.com/watch?v=u3xhJeBohMX, https://www.peekvids.com/watch?v=O4gRhKjGHIg, https://www.peekvids.com/watch?v=Zkr92x-oMXT,
https://www.peekvids.com/watch?v=tUrrQsSbBQo, https://www.peekvids.com/watch?v=fvTQfsotkWk, https://www.peekvids.com/watch?v=Ldw8L0DsZRP,
https://www.peekvids.com/watch?v=4bInMxfNvOy, https://www.peekvids.com/watch?v=nOst_00Iuc5, https://www.peekvids.com/watch?v=tLI4ZwxrcYw,
https://www.peekvids.com/watch?v=nNlYyYAdDlJ, https://www.peekvids.com/watch?v=lFEuNTMxYxL, https://www.peekvids.com/watch?v=BaEB080TiBH,
https://www.peekvids.com/watch?v=FdXeTIqN25M, https://www.peekvids.com/watch?v=7_CAD-mv3tG, https://www.peekvids.com/watch?v=0sfiGNc2vEM,
https://www.peekvids.com/watch?v=trVF4CKmctO, https://www.peekvids.com/watch?v=IkHazld4SQz, https://www.peekvids.com/watch?v=W-gPOcIihnb,
https://www.peekvids.com/watch?v=ZIX1NhTMA05, https://www.peekvids.com/watch?v=wnAsphN7SQt, https://www.peekvids.com/watch?v=yukNmUFKVqy,
https://www.peekvids.com/watch?v=zI8CzQy1Q7a, https://www.peekvids.com/watch?v=2F_oa9ekPwO, https://www.peekvids.com/watch?v=Lhkik3k2ZMI,
https://www.peekvids.com/watch?v=cwjqj_sEobS, https://www.peekvids.com/watch?v=Wyp8bcTT5Au, https://www.peekvids.com/watch?v=uNk34fX-tTY,
https://www.peekvids.com/watch?v=IU4VnSOeTfe, https://www.peekvids.com/watch?v=tfZumBQeoJ0, https://www.peekvids.com/watch?v=u-HKNj1Jtug,
https://www.peekvids.com/watch?v=KF3aTMl88gu, https://www.peekvids.com/watch?v=oExCnpm8spq, https://www.peekvids.com/watch?v=SsnOiG72sk6,
https://www.peekvids.com/watch?v=vGcjFGOxQ5S
5.f. Date of third notice: 2015-04-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: paranoya
5.b. Uploader's email address: paranoikella@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=paranoya
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=rbZiU36y8wT, https://www.peekvids.com/watch?v=y5rsnWYMKM2,
https://www.peekvids.com/watch?v=8uagPwLruHN, https://www.peekvids.com/watch?v=qF9LY4Cc-3R, https://www.peekvids.com/watch?v=5alqyQhZJPb,
https://www.peekvids.com/watch?v=d0FkkHN49w5, https://www.peekvids.com/watch?v=FRWTlMmhKa4, https://www.peekvids.com/watch?v=7o9RiAdAShK,
https://www.peekvids.com/watch?v=hc1g0b98IaD, https://www.peekvids.com/watch?v=cANAe29uEsw, https://www.peekvids.com/watch?v=nffPVlCC0zD,
https://www.peekvids.com/watch?v=gKsQBUFJTUU, https://www.peekvids.com/watch?v=TII0Aq_hyeS, https://www.peekvids.com/watch?v=vY4ZQpv6nVJ,
https://www.peekvids.com/watch?v=grrbFaMkk_N, https://www.peekvids.com/watch?v=xZ77rk4Kcan, https://www.peekvids.com/watch?v=Obfsiw1rlqL,
https://www.peekvids.com/watch?v=uGxHgmUXXRZ, https://www.peekvids.com/watch?v=RcbxX9RN0Qq, https://www.peekvids.com/watch?v=jsA640FxNbR,
https://www.peekvids.com/watch?v=eCrkwR4ZYfD, https://www.peekvids.com/watch?v=tmyPAmwwytg, https://www.peekvids.com/watch?v=shncxVo2c82,
https://www.peekvids.com/watch?v=gi9CbUcSVid, https://www.peekvids.com/watch?v=eu6IchUq-HU, https://www.peekvids.com/watch?v=F07HF1ElR32,
https://www.peekvids.com/watch?v=fZl-WBOuF_F, https://www.peekvids.com/watch?v=vG4cjjAyBnM, https://www.peekvids.com/watch?v=m8zhfW4MJzY,
https://www.peekvids.com/watch?v=cV86SeBXqNX, https://www.peekvids.com/watch?v=P-9JfVWMigV, https://www.peekvids.com/watch?v=cqBlrtWztt7,
https://www.peekvids.com/watch?v=37zg2oHRPyD, https://www.peekvids.com/watch?v=VBuVXxMEQPn, https://www.peekvids.com/watch?v=kmzY3y-i--x,
https://www.peekvids.com/watch?v=ngrdrx_6TWK, https://www.peekvids.com/watch?v=qr0HHfD-QLr, https://www.peekvids.com/watch?v=scw5a2u6W5k,
https://www.peekvids.com/watch?v=8C89KF9xYVl, https://www.peekvids.com/watch?v=4StMJ1MGgry, https://www.peekvids.com/watch?v=azw7VM79xuH,
https://www.peekvids.com/watch?v=JsyVTX2fj4J, https://www.peekvids.com/watch?v=c9l092a0XDr, https://www.peekvids.com/watch?v=OmJm6ppAik9,
https://www.peekvids.com/watch?v=WE3QV_p21Ci, https://www.peekvids.com/watch?v=bhBJk4PRXgh, https://www.peekvids.com/watch?v=And3c0zbl8d,
https://www.peekvids.com/watch?v=98zoOYPn7N2, https://www.peekvids.com/watch?v=jqythfD94Dm, https://www.peekvids.com/watch?v=HoHdBqZpash,
https://www.peekvids.com/watch?v=AXtL2Xq6VKF, https://www.peekvids.com/watch?v=Xxi-_RmX3BJ, https://www.peekvids.com/watch?v=zvr681cJlaZ,
https://www.peekvids.com/watch?v=ZxA2qQkQo5s, https://www.peekvids.com/watch?v=I1Fz3QjW1rW, https://www.peekvids.com/watch?v=JI2oeZ7MRFg,
https://www.peekvids.com/watch?v=SjUd3ZVYIyU, https://www.peekvids.com/watch?v=V2O_NA6Aojq, https://www.peekvids.com/watch?v=yjInw5L2Nij,
https://www.peekvids.com/watch?v=Mg7Uct7ZKqB, https://www.peekvids.com/watch?v=8j4LJdDfgVy, https://www.peekvids.com/watch?v=4Orpq9XjsdW,
https://www.peekvids.com/watch?v=gI-GugGdUSs, https://www.peekvids.com/watch?v=bIojeBft6ox, https://www.peekvids.com/watch?v=jrcrlP3snpq,
https://www.peekvids.com/watch?v=pNvbPkHBWHm, https://www.peekvids.com/watch?v=Hqq9bcL7fBm, https://www.peekvids.com/watch?v=4h2F3l5cs-U,
https://www.peekvids.com/watch?v=kscKnvnED7u, https://www.peekvids.com/watch?v=IFuguZKy2NK, https://www.peekvids.com/watch?v=nHuuGH7u4Wz,
https://www.peekvids.com/watch?v=7XhomQ9ycbF, https://www.peekvids.com/watch?v=fkbCvIeuHrW, https://www.peekvids.com/watch?v=RpOjZ4rjN4X,
https://www.peekvids.com/watch?v=MeD9awbylEs, https://www.peekvids.com/watch?v=nHJ_ycyvSgo, https://www.peekvids.com/watch?v=WBz-Dd1Chkm,
https://www.peekvids.com/watch?v=NKhVxTDOAJB, https://www.peekvids.com/watch?v=xMGOWEbkvPY, https://www.peekvids.com/watch?v=GN_r_8_lfbP,
https://www.peekvids.com/watch?v=QD3cM7csR89, https://www.peekvids.com/watch?v=vdAf0zWHBaA, https://www.peekvids.com/watch?v=J_j0v0G4Yye,
https://www.peekvids.com/watch?v=3tblXcrhVhL, https://www.peekvids.com/watch?v=W1Bk89LsZAg, https://www.peekvids.com/watch?v=UeWb0yafvok,
https://www.peekvids.com/watch?v=WT4dG1UHCOp, https://www.peekvids.com/watch?v=vkaOT44HLj6, https://www.peekvids.com/watch?v=9-c7S95WLRd,
https://www.peekvids.com/watch?v=ih39Rc5mMAl, https://www.peekvids.com/watch?v=GMva5yyL1NT, https://www.peekvids.com/watch?v=3NQe81zCQk6,
https://www.peekvids.com/watch?v=5-9Cwi5HYvU, https://www.peekvids.com/watch?v=wzVrio6ICZA, https://www.peekvids.com/watch?v=If8xByBl5cU,
https://www.peekvids.com/watch?v=h5vVO_UrFTP, https://www.peekvids.com/watch?v=0jrnlejNsUF, https://www.peekvids.com/watch?v=YTp4rtn7rER,
https://www.peekvids.com/watch?v=8nbLJs5eWMv, https://www.peekvids.com/watch?v=r78b2069usK, https://www.peekvids.com/watch?v=8cxMcov1kxj,
https://www.peekvids.com/watch?v=OqQ1p6cMGNh, https://www.peekvids.com/watch?v=bITnevxDyjf, https://www.peekvids.com/watch?v=kSgNf-Febje,
https://www.peekvids.com/watch?v=g_7U2YW6mSj, https://www.peekvids.com/watch?v=0eZ4hnICseB, https://www.peekvids.com/watch?v=55Rqfv_JDe2,
https://www.peekvids.com/watch?v=eFGs1FLAm9y, https://www.peekvids.com/watch?v=wFClYl_2Ln9, https://www.peekvids.com/watch?v=Z2U8xvr8xTn,
https://www.peekvids.com/watch?v=9zDJBwQBWwl, https://www.peekvids.com/watch?v=2f-otDbYcQq, https://www.peekvids.com/watch?v=ZBpz3Y8poY3,
https://www.peekvids.com/watch?v=U1R2MjifAb2, https://www.peekvids.com/watch?v=LME6sl7CtjC, https://www.peekvids.com/watch?v=x3zybzymhB5,
https://www.peekvids.com/watch?v=zpXxh--iuvQ, https://www.peekvids.com/watch?v=yFNSEsi4_OR, https://www.peekvids.com/watch?v=MMARUrBoFje,
https://www.peekvids.com/watch?v=z8kPSTD1d9X, https://www.peekvids.com/watch?v=sdMK0pR6ryO, https://www.peekvids.com/watch?v=VV1uJj207VE,
https://www.peekvids.com/watch?v=jY99YwrXiZS, https://www.peekvids.com/watch?v=JxrPoXBUHIv, https://www.peekvids.com/watch?v=TxKnVIoHf-r,
https://www.peekvids.com/watch?v=jbil3N3aXNN, https://www.peekvids.com/watch?v=XHHvHAo7kO4, https://www.peekvids.com/watch?v=ca5zOfUpoLg,
https://www.peekvids.com/watch?v=2UpMQwE82iF, https://www.peekvids.com/watch?v=7Kr9co604Zv, https://www.peekvids.com/watch?v=ufxCcTsSDMy,
https://www.peekvids.com/watch?v=5WxHNwISvD6, https://www.peekvids.com/watch?v=Xa01jczp1mU, https://www.peekvids.com/watch?v=av0mhvcaHwU,
https://www.peekvids.com/watch?v=Ziqx3DXsXHY, https://www.peekvids.com/watch?v=LqyPl3AyBds, https://www.peekvids.com/watch?v=rtSz7et8bfk,
https://www.peekvids.com/watch?v=JHSZaUL8otr, https://www.peekvids.com/watch?v=M-jZQCNDHLz, https://www.peekvids.com/watch?v=i_oi5mYupA5,
https://www.peekvids.com/watch?v=xvoeV7M9W_W, https://www.peekvids.com/watch?v=uwQoTHKFSl8, https://www.peekvids.com/watch?v=SxNBTbB1d9r,
https://www.peekvids.com/watch?v=vK2aiKPGWCT, https://www.peekvids.com/watch?v=8JFGW5vjuIF, https://www.peekvids.com/watch?v=2PllStNjsrV,
https://www.peekvids.com/watch?v=b77jeKKvIJH, https://www.peekvids.com/watch?v=wl3RHMBNqBD, https://www.peekvids.com/watch?v=x4vTf2kUPH3,
https://www.peekvids.com/watch?v=anv_UyJlBRg, https://www.peekvids.com/watch?v=P3X74PPr9oj, https://www.peekvids.com/watch?v=P1j8GlBzzAm,
https://www.peekvids.com/watch?v=52JyzXOMnYP, https://www.peekvids.com/watch?v=ccox_fdAzb9, https://www.peekvids.com/watch?v=VpwmUza3nDw,
https://www.peekvids.com/watch?v=iBWh1j7zt7E, https://www.peekvids.com/watch?v=dytX7JPQANc, https://www.peekvids.com/watch?v=MYBzh0Lw7D2,
https://www.peekvids.com/watch?v=4axrrHAHjgE, https://www.peekvids.com/watch?v=kJtNcVcSH1h, https://www.peekvids.com/watch?v=gFK2EzIn4mX,
https://www.peekvids.com/watch?v=Apyic8c-HOP, https://www.peekvids.com/watch?v=wvqsZtlN3i3, https://www.peekvids.com/watch?v=zay1m0I8eMm,
https://www.peekvids.com/watch?v=klheyOefCKw, https://www.peekvids.com/watch?v=y7jwxmmtHGz, https://www.peekvids.com/watch?v=3UwGTEq8dDB,
https://www.peekvids.com/watch?v=H0cKr1qCCvK, https://www.peekvids.com/watch?v=i-yQZcHVIrz, https://www.peekvids.com/watch?v=29cBUN9uo3o
5.f. Date of third notice: 2015-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: parislove
5.b. Uploader's email address: ertoniotoonight@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=parislove
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zILpzSA9m3G, https://www.peekvids.com/watch?v=ilW5FOcHWwf,
https://www.peekvids.com/watch?v=JHb6zvqGMRX, https://www.peekvids.com/watch?v=X4FvLc4ytut, https://www.peekvids.com/watch?v=5XUS366szkX,
https://www.peekvids.com/watch?v=bVgeAG9Wo-D, https://www.peekvids.com/watch?v=nrrDSsjOdra, https://www.peekvids.com/watch?v=45AV-ypTlCM,
https://www.peekvids.com/watch?v=ert40NEN3AG, https://www.peekvids.com/watch?v=G4MpNGuOf2L, https://www.peekvids.com/watch?v=3k4RZYwXPFf,
https://www.peekvids.com/watch?v=nae8lSD0Win, https://www.peekvids.com/watch?v=BwskOtqoRRT, https://www.peekvids.com/watch?v=sfA8dXbNbHo,
https://www.peekvids.com/watch?v=GeG6wUeWL9S, https://www.peekvids.com/watch?v=efkKYdacPsT, https://www.peekvids.com/watch?v=35S6n6rpXVn,
https://www.peekvids.com/watch?v=v2ojNKfwD9Q, https://www.peekvids.com/watch?v=v8YTikG-3hy, https://www.peekvids.com/watch?v=QucvyMDgZD7,
https://www.peekvids.com/watch?v=t3qsgo9lhVe, https://www.peekvids.com/watch?v=ddRObkF0Q5R, https://www.peekvids.com/watch?v=aSOnk6RNq-5,
https://www.peekvids.com/watch?v=JVrpdC6HGG5, https://www.peekvids.com/watch?v=ri3r57nETfO, https://www.peekvids.com/watch?v=R-dAcrbjbKt,
https://www.peekvids.com/watch?v=CvO7aXyiurA, https://www.peekvids.com/watch?v=rIHlmBmgdGq, https://www.peekvids.com/watch?v=eOXeW7gCu4Z,
https://www.peekvids.com/watch?v=wxjsmgTraGC, https://www.peekvids.com/watch?v=w63cK0tx7NX, https://www.peekvids.com/watch?v=5004do2-jYj,
https://www.peekvids.com/watch?v=7-38brBLoBx, https://www.peekvids.com/watch?v=KdN-HpF-dPj, https://www.peekvids.com/watch?v=qkdB30yV3US,
https://www.peekvids.com/watch?v=OzaE8eSlnRf, https://www.peekvids.com/watch?v=7WKrgyKTvFQ, https://www.peekvids.com/watch?v=ieqrzIRF9M0,
https://www.peekvids.com/watch?v=vUdCdDWEwRL, https://www.peekvids.com/watch?v=vLJT7w0xB53, https://www.peekvids.com/watch?v=vx4v5wAZDlM,
https://www.peekvids.com/watch?v=p5OlP4mrZFV, https://www.peekvids.com/watch?v=vS3-r3yC5vw, https://www.peekvids.com/watch?v=bLfVsdMddWO,
https://www.peekvids.com/watch?v=Ok8TFDhxGTJ, https://www.peekvids.com/watch?v=QGb5wQKVuHn, https://www.peekvids.com/watch?v=X-rKaHog-Ud,
https://www.peekvids.com/watch?v=kcJPbZGkiCk, https://www.peekvids.com/watch?v=VmTrEjXEA-n, https://www.peekvids.com/watch?v=MssiXP6EX9b,
https://www.peekvids.com/watch?v=b0YnWQTmksl, https://www.peekvids.com/watch?v=JmWkptFYPbe, https://www.peekvids.com/watch?v=TKKDNmdvSsG,
https://www.peekvids.com/watch?v=D0kk79izY90, https://www.peekvids.com/watch?v=EM9gjxL6iSs, https://www.peekvids.com/watch?v=cSKDnxS3fir,
https://www.peekvids.com/watch?v=oOeq2lh9R2t, https://www.peekvids.com/watch?v=3tka4enbceB, https://www.peekvids.com/watch?v=kmWSDP8J48l,
https://www.peekvids.com/watch?v=7Xz7GiUBqya, https://www.peekvids.com/watch?v=NfmFarWu8ur, https://www.peekvids.com/watch?v=EOiLhpxBAxy,
https://www.peekvids.com/watch?v=0qw2lHtqBU-, https://www.peekvids.com/watch?v=sbyJ6FOr8qQ, https://www.peekvids.com/watch?v=djC4U-beRfj,
https://www.peekvids.com/watch?v=MHRh5bjmNy6, https://www.peekvids.com/watch?v=sY7nnLYS06F, https://www.peekvids.com/watch?v=yThUDurGeE9,
https://www.peekvids.com/watch?v=734jaZcej8F, https://www.peekvids.com/watch?v=aosi-4CkAER, https://www.peekvids.com/watch?v=VXnrbKH9cYC,
https://www.peekvids.com/watch?v=QVZD-Mo-mKV, https://www.peekvids.com/watch?v=pjGp5KdpCMj, https://www.peekvids.com/watch?v=tSCwW0ivKHA,
https://www.peekvids.com/watch?v=GJe6gOc7sXr, https://www.peekvids.com/watch?v=-nOnFEZBpvr, https://www.peekvids.com/watch?v=3bSHhYcvCSR,
https://www.peekvids.com/watch?v=FpMIMav3bdU, https://www.peekvids.com/watch?v=GeyhJvZECfy, https://www.peekvids.com/watch?v=xIp-BPR30pH,
https://www.peekvids.com/watch?v=ySPOcDqx9eK, https://www.peekvids.com/watch?v=WgkCFHfyrmG, https://www.peekvids.com/watch?v=QEXbYaQyA7Q,
https://www.peekvids.com/watch?v=qMDE2esse7h, https://www.peekvids.com/watch?v=oM8xYhQhfBf, https://www.peekvids.com/watch?v=HOv4SBJ5TDF,
https://www.peekvids.com/watch?v=Z5WgPz63gDc, https://www.peekvids.com/watch?v=wnNdux-tO4W, https://www.peekvids.com/watch?v=-ZqMvKJLSVi,
https://www.peekvids.com/watch?v=iCuQfwMttEf, https://www.peekvids.com/watch?v=Jc-O-hqCYeR, https://www.peekvids.com/watch?v=AMbh0vvXDRK,

https://www.peekvids.com/watch?v=PZUFILZVKEU, https://www.peekvids.com/watch?v=r8omyd4mtSP, https://www.peekvids.com/watch?v=4CRBIfSUMTZ,
https://www.peekvids.com/watch?v=9uVHkMMYlzK, https://www.peekvids.com/watch?v=XJ0nPiZr6-N, https://www.peekvids.com/watch?v=HGjpvDyu8rY,
https://www.peekvids.com/watch?v=JCQNMWrAId6, https://www.peekvids.com/watch?v=xOytZRTQe64, https://www.peekvids.com/watch?v=Bdid8N5G80F,
https://www.peekvids.com/watch?v=NvOCcGbLZJR, https://www.peekvids.com/watch?v=GyNMZCCSVWU, https://www.peekvids.com/watch?v=G0zt6c8x2Wk,
https://www.peekvids.com/watch?v=Ca8hM5kD2wf, https://www.peekvids.com/watch?v=mIcvVr7Gvga, https://www.peekvids.com/watch?v=aU-tBCpPTUg,
https://www.peekvids.com/watch?v=p8yiaFGWX6a, https://www.peekvids.com/watch?v=sWd4l0EdSUD, https://www.peekvids.com/watch?v=8LW99QV6rqP,
https://www.peekvids.com/watch?v=ScGTaohud8r, https://www.peekvids.com/watch?v=La6EmlCS7R2, https://www.peekvids.com/watch?v=O8cRfXUyQpb,
https://www.peekvids.com/watch?v=uoH-nHVERUf, https://www.peekvids.com/watch?v=y0QuI7AasV0, https://www.peekvids.com/watch?v=AW9EnNYZGWp,
https://www.peekvids.com/watch?v=JD9IfjJshX-, https://www.peekvids.com/watch?v=zIrr8k8mYh-, https://www.peekvids.com/watch?v=yjy6tbIhm8R,
https://www.peekvids.com/watch?v=PovirEMPLkP, https://www.peekvids.com/watch?v=wLw0VcSZpEt, https://www.peekvids.com/watch?v=xCRUlvYfHiG,
https://www.peekvids.com/watch?v=qr0OMJr40ZV, https://www.peekvids.com/watch?v=cfCyeaj63FE, https://www.peekvids.com/watch?v=OjPv8H5BouW,
https://www.peekvids.com/watch?v=ySy8bNyQrHT, https://www.peekvids.com/watch?v=MEwUyIyR7iI, https://www.peekvids.com/watch?v=CTmyVYG8HZW,
https://www.peekvids.com/watch?v=GAqagb6Btkl, https://www.peekvids.com/watch?v=ZqwHDWGAZdF, https://www.peekvids.com/watch?v=GpRwFmPcyCW,
https://www.peekvids.com/watch?v=yRAFFa0jSqa, https://www.peekvids.com/watch?v=2PFgYSj4jcr, https://www.peekvids.com/watch?v=qHUjsKOxUNH,
https://www.peekvids.com/watch?v=GdsJa75QTmS, https://www.peekvids.com/watch?v=tkxJYJ6AQIB, https://www.peekvids.com/watch?v=foq8jPAZZEM,
https://www.peekvids.com/watch?v=IZe2nqY7p69, https://www.peekvids.com/watch?v=tUDlLVn6DZv, https://www.peekvids.com/watch?v=F58zoNlOCJZ,
https://www.peekvids.com/watch?v=GGi7paQ4gbj, https://www.peekvids.com/watch?v=dReCsetl9kO, https://www.peekvids.com/watch?v=CmThYvpKfNe,
https://www.peekvids.com/watch?v=PvemWTHT5Ms, https://www.peekvids.com/watch?v=dtKu-xJlfcY, https://www.peekvids.com/watch?v=Gufyj6aMPF4,
https://www.peekvids.com/watch?v=g780lZxa0MA, https://www.peekvids.com/watch?v=cs4Tukdzhi3, https://www.peekvids.com/watch?v=7OzKhoDYYRp,
https://www.peekvids.com/watch?v=Ribk7-oRXEW, https://www.peekvids.com/watch?v=ao-PVe5Vm3A, https://www.peekvids.com/watch?v=yoY9Yql4yQj,
https://www.peekvids.com/watch?v=7605oK2FMPu, https://www.peekvids.com/watch?v=wVQRvz3M5ke, https://www.peekvids.com/watch?v=Zw6NxzgJOCa,
https://www.peekvids.com/watch?v=AjnCbHNvcCx, https://www.peekvids.com/watch?v=vvMlt5w0N87, https://www.peekvids.com/watch?v=aZOEhIYjZx2,
https://www.peekvids.com/watch?v=uBZqfbAKS0e, https://www.peekvids.com/watch?v=n7WFV35FNem, https://www.peekvids.com/watch?v=2d1kPEH1C5s,
https://www.peekvids.com/watch?v=2ksYMecnB69, https://www.peekvids.com/watch?v=o5ybARtg5hz, https://www.peekvids.com/watch?v=N2yXDB4LRNu,
https://www.peekvids.com/watch?v=9C8oydiqhYH, https://www.peekvids.com/watch?v=LC5oRi3ajX7, https://www.peekvids.com/watch?v=eWZLxAoAtQc,
https://www.peekvids.com/watch?v=VoTTOfnLktL, https://www.peekvids.com/watch?v=PltmxmBAnmQ, https://www.peekvids.com/watch?v=3iGORnyM7bf,
https://www.peekvids.com/watch?v=yKdfH6dsi_M, https://www.peekvids.com/watch?v=XYo9Ej7yxNT, https://www.peekvids.com/watch?v=pcA8sHwQ39S,
https://www.peekvids.com/watch?v=nVRzw3Uzhit, https://www.peekvids.com/watch?v=95pKpuNNPw9, https://www.peekvids.com/watch?v=cFa43jCXjrL,
https://www.peekvids.com/watch?v=mE2tzHTWjOx, https://www.peekvids.com/watch?v=MbkQtgOlq9C, https://www.peekvids.com/watch?v=KJ_eBROJaNJ,
https://www.peekvids.com/watch?v=Q-D2xiAVv-C, https://www.peekvids.com/watch?v=b_lbAJRwyga, https://www.peekvids.com/watch?v=puRWWtNRWcq,
https://www.peekvids.com/watch?v=4ZzyNVqQ9Cv, https://www.peekvids.com/watch?v=SLIY4QCbCCF, https://www.peekvids.com/watch?v=50eIhmdv7gG,
https://www.peekvids.com/watch?v=iOen2xdp1LM, https://www.peekvids.com/watch?v=k1yzW5ccaAv, https://www.peekvids.com/watch?v=eOqRbzWs14z,
https://www.peekvids.com/watch?v=qgfAFLfW6fM, https://www.peekvids.com/watch?v=DdujiUQR9FM, https://www.peekvids.com/watch?v=snVKVvzWviU,
https://www.peekvids.com/watch?v=fvKtVGIiGF6, https://www.peekvids.com/watch?v=3DPS19mUnQb, https://www.peekvids.com/watch?v=LVoEnEAutq8,
https://www.peekvids.com/watch?v=BuzA-j4Sh7E, https://www.peekvids.com/watch?v=JOEhnKog7st, https://www.peekvids.com/watch?v=AZNPkpsqu-K,
https://www.peekvids.com/watch?v=FXg9WLUHvrg, https://www.peekvids.com/watch?v=q6UvivEpkWa, https://www.peekvids.com/watch?v=Jty3dAh6i42,
https://www.peekvids.com/watch?v=Cy2TqYbCYLL, https://www.peekvids.com/watch?v=eu96nyr23EQ, https://www.peekvids.com/watch?v=QLxhrGVn1FP,
https://www.peekvids.com/watch?v=Kwhp3ZxPjPN, https://www.peekvids.com/watch?v=ZiLbdEAngKO, https://www.peekvids.com/watch?v=jA3KGjAEo-r,
https://www.peekvids.com/watch?v=mbSAIH25GEu, https://www.peekvids.com/watch?v=xinAqMhwxh8, https://www.peekvids.com/watch?v=VTDbPLzPSH3,
https://www.peekvids.com/watch?v=oMKnEPN-wDs, https://www.peekvids.com/watch?v=Ekgk5_bQmfN, https://www.peekvids.com/watch?v=GIL0ZqO6q8R,
https://www.peekvids.com/watch?v=R4ftBxIx3rp, https://www.peekvids.com/watch?v=of99S88_TWk, https://www.peekvids.com/watch?v=kqA7quYdXvm,
https://www.peekvids.com/watch?v=n8VwuQVuPiv, https://www.peekvids.com/watch?v=hATigK3DNrX, https://www.peekvids.com/watch?v=7Oo5mPhyFEk,
https://www.peekvids.com/watch?v=A1IZC2bWhMz, https://www.peekvids.com/watch?v=c17pgnolcMi, https://www.peekvids.com/watch?v=OASHTbYptWG,
https://www.peekvids.com/watch?v=9p5Ry0hmSHq, https://www.peekvids.com/watch?v=bkDaKYyUZFM, https://www.peekvids.com/watch?v=ICZa5udsqxm,
https://www.peekvids.com/watch?v=bZgVpRCt33d, https://www.peekvids.com/watch?v=fmNv-OSc8_e, https://www.peekvids.com/watch?v=b6cLuuKZR1B,
https://www.peekvids.com/watch?v=T1bjHgyl-cw, https://www.peekvids.com/watch?v=4uKZPpxWV6w, https://www.peekvids.com/watch?v=T6MXR_KLF5q,
https://www.peekvids.com/watch?v=I2s6IjHYsUC, https://www.peekvids.com/watch?v=l808myEKJLd, https://www.peekvids.com/watch?v=h4rrrCmwqnP,
https://www.peekvids.com/watch?v=R8mzCzX4Av3, https://www.peekvids.com/watch?v=np4ZWtwqLoO, https://www.peekvids.com/watch?v=pySEv1u87mX,
https://www.peekvids.com/watch?v=W-p9ATlA-su, https://www.peekvids.com/watch?v=hOSvBvJWU3x, https://www.peekvids.com/watch?v=nCrRGIafz-y,
https://www.peekvids.com/watch?v=bjZKX5RYIWh, https://www.peekvids.com/watch?v=Ifmy7UHFa1u, https://www.peekvids.com/watch?v=0OrCx70ftB7,
https://www.peekvids.com/watch?v=VOv-m0GkADc, https://www.peekvids.com/watch?v=XqoJfKFzG4R, https://www.peekvids.com/watch?v=ObcNkFGuArd,
https://www.peekvids.com/watch?v=RZnEVQNss3x, https://www.peekvids.com/watch?v=jGa4Ge3X7Sc, https://www.peekvids.com/watch?v=6D6g6HhOHCv,
https://www.peekvids.com/watch?v=lkSl5YWWOnC, https://www.peekvids.com/watch?v=wphUKB12cqU, https://www.peekvids.com/watch?v=SW_1ynoUULN,
https://www.peekvids.com/watch?v=3O1SDYynull, https://www.peekvids.com/watch?v=aur8QQAMdo5, https://www.peekvids.com/watch?v=9zgJ9RMqQxe,
https://www.peekvids.com/watch?v=KwWUmL48nOw, https://www.peekvids.com/watch?v=BcgYgzf2vEt, https://www.peekvids.com/watch?v=Cys4P4aaqh8,
https://www.peekvids.com/watch?v=ZKvHKA1dbTt, https://www.peekvids.com/watch?v=NU4t1SDi8qh, https://www.peekvids.com/watch?v=SJfPtCivxCe,
https://www.peekvids.com/watch?v=ne_qm6C07GJ, https://www.peekvids.com/watch?v=On3DWNLsdlV, https://www.peekvids.com/watch?v=CgS3xAlbwLM,
https://www.peekvids.com/watch?v=DDTOmSYvIiJ, https://www.peekvids.com/watch?v=fJf3i_rsJSa, https://www.peekvids.com/watch?v=UatpOyDUwEI,
https://www.peekvids.com/watch?v=ViOxHMFAGlc, https://www.peekvids.com/watch?v=oDlqmUzz70W, https://www.peekvids.com/watch?v=WSmqzXkY5qZ,
https://www.peekvids.com/watch?v=cKvrK5sZiKr, https://www.peekvids.com/watch?v=FlVGLlL1u4e, https://www.peekvids.com/watch?v=ryQwtSmfGJn,
https://www.peekvids.com/watch?v=C6wquJaSPDf, https://www.peekvids.com/watch?v=cCSk2Dj6lb0, https://www.peekvids.com/watch?v=KCG4ddrXvhe,
https://www.peekvids.com/watch?v=FkCI-_Pu8Y7, https://www.peekvids.com/watch?v=6_AiuOptw-W, https://www.peekvids.com/watch?v=KVAjZYU8snF,
https://www.peekvids.com/watch?v=W0XQdy-sq1F, https://www.peekvids.com/watch?v=MGgao6G3qyo, https://www.peekvids.com/watch?v=Ty8tNNRRduV,
https://www.peekvids.com/watch?v=IVeuEBsn4Cn, https://www.peekvids.com/watch?v=0wmGuakO7Pu, https://www.peekvids.com/watch?v=OLs9DQbu4Pz,
https://www.peekvids.com/watch?v=dX0koNvsIbs, https://www.peekvids.com/watch?v=i5P171gwOPs, https://www.peekvids.com/watch?v=qAooklZJIfZ,
https://www.peekvids.com/watch?v=RUrdL6BoFRJ, https://www.peekvids.com/watch?v=tEotokUqsNm, https://www.peekvids.com/watch?v=YNKFPitLcyt,
https://www.peekvids.com/watch?v=Y4KxXYDAaT6, https://www.peekvids.com/watch?v=TxdzqezGlxW, https://www.peekvids.com/watch?v=0ZW4Of5zoIH,
https://www.peekvids.com/watch?v=C_qaq_jcaOI, https://www.peekvids.com/watch?v=T3VqCZpZqAw, https://www.peekvids.com/watch?v=KAfyJY6YGgS,
https://www.peekvids.com/watch?v=xy4VGHU4erk, https://www.peekvids.com/watch?v=LmEbyiJjp9r, https://www.peekvids.com/watch?v=K4-7VJWBkkH,
https://www.peekvids.com/watch?v=aznqhZodOMa, https://www.peekvids.com/watch?v=BNYMAS3qUM2, https://www.peekvids.com/watch?v=pODLKFv1IvM
5.f. Date of third notice: 2015-05-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: partaspar
5.b. Uploader's email address: mamootaiti@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=partaspar
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=7C-sUKJrolV, https://www.peekvids.com/watch?v=Zrz8lq9Oc-c,
https://www.peekvids.com/watch?v=S2nyHSRFfru, https://www.peekvids.com/watch?v=tqFA2IdNP89, https://www.peekvids.com/watch?v=qaLNmashnJK,
https://www.peekvids.com/watch?v=t02XwIpTgzO, https://www.peekvids.com/watch?v=zaYmPzNkkf5, https://www.peekvids.com/watch?v=pSFZjWhyegQ,
https://www.peekvids.com/watch?v=8dNQEoMCGGg, https://www.peekvids.com/watch?v=vej2WXdkWw5, https://www.peekvids.com/watch?v=zRwILuKZlVq,
https://www.peekvids.com/watch?v=X6yEnYlfKjp, https://www.peekvids.com/watch?v=ZpPAKCohnQE, https://www.peekvids.com/watch?v=2IRmjcG_aTp,
https://www.peekvids.com/watch?v=hV5D3nQCvq9, https://www.peekvids.com/watch?v=zMlRnUINS4Q, https://www.peekvids.com/watch?v=qwb0YUff3Zz,
https://www.peekvids.com/watch?v=qsNAiuQOEN0, https://www.peekvids.com/watch?v=JkPsYuILvN6, https://www.peekvids.com/watch?v=CIdFUzAvx5K,
https://www.peekvids.com/watch?v=oKaC6veco6S, https://www.peekvids.com/watch?v=R3gxcbXFHC3, https://www.peekvids.com/watch?v=qtQAnXIOjxu,
https://www.peekvids.com/watch?v=MKy2skC7LgF, https://www.peekvids.com/watch?v=2yy31fR0QFQ, https://www.peekvids.com/watch?v=M1ulDIOtFlQ,
https://www.peekvids.com/watch?v=cBavc5_Xaaq, https://www.peekvids.com/watch?v=oI4BTcf4Uco, https://www.peekvids.com/watch?v=SSb0pln4B7a,
https://www.peekvids.com/watch?v=7RxUUVrJMUl, https://www.peekvids.com/watch?v=XsmxLclQGdo, https://www.peekvids.com/watch?v=U_tMrnXduc8,
https://www.peekvids.com/watch?v=sNM9U-hky7x, https://www.peekvids.com/watch?v=TWPFyOXTwLv, https://www.peekvids.com/watch?v=03QtlMMJLbe,
https://www.peekvids.com/watch?v=0NeFa1u0Ngw, https://www.peekvids.com/watch?v=IVu52fOhpBx, https://www.peekvids.com/watch?v=zGhZKQmuMti,
https://www.peekvids.com/watch?v=pX07lC20g1D, https://www.peekvids.com/watch?v=Hd93b7LC6oV, https://www.peekvids.com/watch?v=mHrstjlXiwj,
https://www.peekvids.com/watch?v=G0R3FkKeC5O, https://www.peekvids.com/watch?v=6X74KDCOcyP, https://www.peekvids.com/watch?v=4iE1MzVsi-w,
https://www.peekvids.com/watch?v=7c3bGde4Fhr, https://www.peekvids.com/watch?v=NXJsuHBfVuX, https://www.peekvids.com/watch?v=oVKM49qQDkD,
https://www.peekvids.com/watch?v=8aRp7_hT9fO, https://www.peekvids.com/watch?v=Bgftm0Xy-Ol, https://www.peekvids.com/watch?v=J_OHaN-1tg5,
https://www.peekvids.com/watch?v=nrFQ_2yMLH5, https://www.peekvids.com/watch?v=0z5EgOXo65x, https://www.peekvids.com/watch?v=5gyT8jugkE5,
https://www.peekvids.com/watch?v=B3C0w2UIdBg, https://www.peekvids.com/watch?v=7BkB9VNepAt, https://www.peekvids.com/watch?v=7g1B3PCO2CN,
https://www.peekvids.com/watch?v=sNyeuYBMEow, https://www.peekvids.com/watch?v=QQbweC4SkCb, https://www.peekvids.com/watch?v=izEapC4XeCZ,
https://www.peekvids.com/watch?v=5-jxw8FDIfJ, https://www.peekvids.com/watch?v=zWdA9vojXRT, https://www.peekvids.com/watch?v=IHa7En-mJyw,
https://www.peekvids.com/watch?v=t8q2dmhds4c, https://www.peekvids.com/watch?v=8nfJ944z24F, https://www.peekvids.com/watch?v=6zmlGa-mF12,
https://www.peekvids.com/watch?v=QjRPPicB4I3, https://www.peekvids.com/watch?v=h9bhPyuVNyk, https://www.peekvids.com/watch?v=pPwGaeFeIRS,
https://www.peekvids.com/watch?v=FHfTaENjo9n, https://www.peekvids.com/watch?v=t1vZXcQajvZ, https://www.peekvids.com/watch?v=T-Yqexnf8QL,
https://www.peekvids.com/watch?v=dgugkFBfhMv, https://www.peekvids.com/watch?v=QrlcpfHUZWQ, https://www.peekvids.com/watch?v=W-XlihWrKLN,
https://www.peekvids.com/watch?v=80rAzthhMY6, https://www.peekvids.com/watch?v=KwNIN7qSRs2, https://www.peekvids.com/watch?v=bde7YMvHPQk,
https://www.peekvids.com/watch?v=tvyxTb1pOIK, https://www.peekvids.com/watch?v=CLEPNBVKEwi, https://www.peekvids.com/watch?v=HKVwy4bmh_C,
https://www.peekvids.com/watch?v=B4E2LSWkGWl, https://www.peekvids.com/watch?v=GhQpI5p0YSA, https://www.peekvids.com/watch?v=zkdwYExOsyo,
https://www.peekvids.com/watch?v=x5MHuxytwr5, https://www.peekvids.com/watch?v=D32dCtHky5Y, https://www.peekvids.com/watch?v=4TUndcYUKIK,
https://www.peekvids.com/watch?v=60n1CBSftvG, https://www.peekvids.com/watch?v=3oHj_OZWC3o, https://www.peekvids.com/watch?v=ngUDaXti30z,
https://www.peekvids.com/watch?v=QltkBpChL2S, https://www.peekvids.com/watch?v=rQ3CDGqDHbM, https://www.peekvids.com/watch?v=Yea4JPlyB2D,
https://www.peekvids.com/watch?v=40IUhNj52Pd, https://www.peekvids.com/watch?v=ND-H9-wy0f2, https://www.peekvids.com/watch?v=nLhAVffR3-v,
https://www.peekvids.com/watch?v=Rox2YwKDwPq, https://www.peekvids.com/watch?v=zso0MNTgKd7, https://www.peekvids.com/watch?v=m0q_msE8Wdj,
https://www.peekvids.com/watch?v=zKyMrU_L4AZ
5.f. Date of third notice: 2015-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: passionfuck
5.b. Uploader's email address: moneymany755@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=passionfuck
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=b1AQDFXQN9S, https://www.peekvids.com/watch?v=3TJ5vo6Dz2F,
https://www.peekvids.com/watch?v=rNNQhbWbrS9, https://www.peekvids.com/watch?v=adcD2y8lcbK, https://www.peekvids.com/watch?v=rMXFjNUrjef,
https://www.peekvids.com/watch?v=fEO5LvtVJSs, https://www.peekvids.com/watch?v=ZeOvQoOUKPZ, https://www.peekvids.com/watch?v=KEM3sT4IG6H,
https://www.peekvids.com/watch?v=k3OI2_cnq3t, https://www.peekvids.com/watch?v=2zk36rj-AOU, https://www.peekvids.com/watch?v=Fp51jPVz6_C,
https://www.peekvids.com/watch?v=uYcIZc0r82K, https://www.peekvids.com/watch?v=jfWSIy4tKil, https://www.peekvids.com/watch?v=I141TMoJPq2,
https://www.peekvids.com/watch?v=UyUIf5W9Dor, https://www.peekvids.com/watch?v=7ianCH9epoJ, https://www.peekvids.com/watch?v=Cuzs70CfzVv,
https://www.peekvids.com/watch?v=dpR0m-8Nw26, https://www.peekvids.com/watch?v=yNXOdr0XAh7, https://www.peekvids.com/watch?v=UpP6L1gsPqs,
https://www.peekvids.com/watch?v=dQ4PQ4WmMxw, https://www.peekvids.com/watch?v=PORGwrnh6qF, https://www.peekvids.com/watch?v=Lw6D5_QDRhE,
https://www.peekvids.com/watch?v=ynja6bdsGsI, https://www.peekvids.com/watch?v=GIp4LmFfKGL, https://www.peekvids.com/watch?v=fDyYHx1Zy0H,
https://www.peekvids.com/watch?v=lx4hy7roGZs, https://www.peekvids.com/watch?v=Uwfkj1SEs5a, https://www.peekvids.com/watch?v=9UoHcEb9ur8,
https://www.peekvids.com/watch?v=QT5m6FWwHKC, https://www.peekvids.com/watch?v=F5YEj_p2Wgf, https://www.peekvids.com/watch?v=9AyJqYwmCAp,
https://www.peekvids.com/watch?v=81CElRQtt4o, https://www.peekvids.com/watch?v=qcjLe1E-Eik, https://www.peekvids.com/watch?v=L8hFEsVFrEn,
https://www.peekvids.com/watch?v=sZ0Cz1Nctdy, https://www.peekvids.com/watch?v=dSniWVrhdpL, https://www.peekvids.com/watch?v=8l7DArplWMg,
https://www.peekvids.com/watch?v=xIHsG3AALew, https://www.peekvids.com/watch?v=3_Lb0OGDUpr, https://www.peekvids.com/watch?v=HNbxD2c8c-q,
https://www.peekvids.com/watch?v=KKboQsNSYDF, https://www.peekvids.com/watch?v=FIOnkM8-Toi, https://www.peekvids.com/watch?v=Sbipv-sbMCa,
https://www.peekvids.com/watch?v=YrMxp6VHr9m, https://www.peekvids.com/watch?v=46KQP4DoVYg, https://www.peekvids.com/watch?v=ScYoYe_46fX,
https://www.peekvids.com/watch?v=xnJamgIgT7P, https://www.peekvids.com/watch?v=WguQsbAdWJT, https://www.peekvids.com/watch?v=3ArrIyHvVMX,
https://www.peekvids.com/watch?v=xqkNPsrqnA3, https://www.peekvids.com/watch?v=s4H2k_5z3Zl, https://www.peekvids.com/watch?v=cvTOxY_HNnE,
https://www.peekvids.com/watch?v=DeF2EuAYrHN, https://www.peekvids.com/watch?v=9DMAESCoCBN, https://www.peekvids.com/watch?v=RNM7SgeiQLz,
https://www.peekvids.com/watch?v=ZEpBT7_JTfp, https://www.peekvids.com/watch?v=Y6BkT6vwUrz, https://www.peekvids.com/watch?v=aVDPQNWqN1C,

https://www.peekvids.com/watch?v=AZ5JUXggtY3, https://www.peekvids.com/watch?v=TOI_7mURclo, https://www.peekvids.com/watch?v=0h3S672TDag,
https://www.peekvids.com/watch?v=GXrjfr9YisI, https://www.peekvids.com/watch?v=bdH-xnziA8w, https://www.peekvids.com/watch?v=qZitqd5X4EO,
https://www.peekvids.com/watch?v=3agelrQ19xz, https://www.peekvids.com/watch?v=vByxOJDAH4b, https://www.peekvids.com/watch?v=QfS9_3Ib7jj,
https://www.peekvids.com/watch?v=8ghnLQpeTmE, https://www.peekvids.com/watch?v=oC3MOoWB0h5, https://www.peekvids.com/watch?v=4Av34qSW7ZW,
https://www.peekvids.com/watch?v=lMazQokeEWs, https://www.peekvids.com/watch?v=fzTMBmQVMFV, https://www.peekvids.com/watch?v=mNS_-_dNV5r,
https://www.peekvids.com/watch?v=kiHRgsHbkZr, https://www.peekvids.com/watch?v=wdiTXO3J8hP, https://www.peekvids.com/watch?v=hYx3SdOAp7f,
https://www.peekvids.com/watch?v=AFlaaCfQms8, https://www.peekvids.com/watch?v=aWmpoOoLHt0, https://www.peekvids.com/watch?v=abDHC2KBPWd,
https://www.peekvids.com/watch?v=G177FUu5bGb, https://www.peekvids.com/watch?v=WynlhWAck3K, https://www.peekvids.com/watch?v=4WSDGThmzOy,
https://www.peekvids.com/watch?v=YoaWQcGH_sT, https://www.peekvids.com/watch?v=MWooiZuhdRT, https://www.peekvids.com/watch?v=hhS51SIkJJ0,
https://www.peekvids.com/watch?v=mxMDlxLHS3p, https://www.peekvids.com/watch?v=da3rlom1UPH, https://www.peekvids.com/watch?v=QvHPk9MlQ28,
https://www.peekvids.com/watch?v=mIUEKfZ4cKe, https://www.peekvids.com/watch?v=9U0ij7-lCOA, https://www.peekvids.com/watch?v=puK65IxSIY9,
https://www.peekvids.com/watch?v=tWDcDgcN6PI, https://www.peekvids.com/watch?v=j7LKZEyVChJ, https://www.peekvids.com/watch?v=RQDyyY5vrLX,
https://www.peekvids.com/watch?v=yigmMHdpfOn, https://www.peekvids.com/watch?v=nQDPkWnn5QM, https://www.peekvids.com/watch?v=4sTXuOE7ulU,
https://www.peekvids.com/watch?v=ZsVYFQy_MKG, https://www.peekvids.com/watch?v=jnq4-Ca03cw, https://www.peekvids.com/watch?v=oxFoT252NBO,
https://www.peekvids.com/watch?v=0q_ANymrehu, https://www.peekvids.com/watch?v=YmH6Q9YIyYM, https://www.peekvids.com/watch?v=Wryhr0hhcCt,
https://www.peekvids.com/watch?v=RR8mFmiAKla, https://www.peekvids.com/watch?v=IBAHo5k4fiW, https://www.peekvids.com/watch?v=Qgw7YW5vsla,
https://www.peekvids.com/watch?v=ZjT3Kp2X-nC, https://www.peekvids.com/watch?v=wcEsyafaphM, https://www.peekvids.com/watch?v=P-xI2XFkVOC,
https://www.peekvids.com/watch?v=y-Qrf59ElCM, https://www.peekvids.com/watch?v=hGwuL_BiM6s, https://www.peekvids.com/watch?v=3yRYTEDWTda,
https://www.peekvids.com/watch?v=kRThzR4zXn8, https://www.peekvids.com/watch?v=HWGf0WUW8Kp, https://www.peekvids.com/watch?v=JKaTvRk1V9V,
https://www.peekvids.com/watch?v=PD9l4FENYJn, https://www.peekvids.com/watch?v=WZsgVJNNPBX, https://www.peekvids.com/watch?v=xOoZtJyME-7,
https://www.peekvids.com/watch?v=MKOw28EvkBJ, https://www.peekvids.com/watch?v=Vevug95kL-u, https://www.peekvids.com/watch?v=Kv02vxyL8IU,
https://www.peekvids.com/watch?v=odziYueN1zk, https://www.peekvids.com/watch?v=8UDEOfokns4, https://www.peekvids.com/watch?v=mm5rjdAiguQ,
https://www.peekvids.com/watch?v=M-_g87kcOhm, https://www.peekvids.com/watch?v=vDskSRQRZUm, https://www.peekvids.com/watch?v=aU-9aLEzggQ,
https://www.peekvids.com/watch?v=wdlMadHB-Xs, https://www.peekvids.com/watch?v=L0n61VjxzHF, https://www.peekvids.com/watch?v=HOK1CIduNCE,
https://www.peekvids.com/watch?v=U6mPpEXo8b2, https://www.peekvids.com/watch?v=rYGyg6PMa08, https://www.peekvids.com/watch?v=KjQgmcMv0oM,
https://www.peekvids.com/watch?v=Mx4ngd0l4tX, https://www.peekvids.com/watch?v=jRzFeD9jjMr, https://www.peekvids.com/watch?v=THXFSzHbhRp,
https://www.peekvids.com/watch?v=pz_XqWipqNN, https://www.peekvids.com/watch?v=tNbq6U_goXg, https://www.peekvids.com/watch?v=HNA7gCymG7A,
https://www.peekvids.com/watch?v=d9mKaSsrjvq, https://www.peekvids.com/watch?v=FjQBAIsDBjn, https://www.peekvids.com/watch?v=lHtwY_NOe7l,
https://www.peekvids.com/watch?v=DhfyWhk6oo7, https://www.peekvids.com/watch?v=5t9vTQMUWYl, https://www.peekvids.com/watch?v=nyTg7ONwFEr,
https://www.peekvids.com/watch?v=V-fOSKTpdKf, https://www.peekvids.com/watch?v=hzZCfOqQ5-0, https://www.peekvids.com/watch?v=LUiXPhBfn9Z,
https://www.peekvids.com/watch?v=iOad3g8l0Hd, https://www.peekvids.com/watch?v=cOH2ikQMBoQ, https://www.peekvids.com/watch?v=oRWFdguq5LM,
https://www.peekvids.com/watch?v=u_s4FiRw5CG, https://www.peekvids.com/watch?v=uvVbCYoltek, https://www.peekvids.com/watch?v=LwpNa2TfBjt,
https://www.peekvids.com/watch?v=Bkg1tjY84tc, https://www.peekvids.com/watch?v=3VUbm121N65, https://www.peekvids.com/watch?v=wMqTQQT8-cx,
https://www.peekvids.com/watch?v=RJKgvbEFjCs, https://www.peekvids.com/watch?v=YdMJ5j8vfPF, https://www.peekvids.com/watch?v=5yg8DRtLp_m,
https://www.peekvids.com/watch?v=7SpVr5sCovP, https://www.peekvids.com/watch?v=95UCKBFICEL, https://www.peekvids.com/watch?v=oZllTyFBa5E,
https://www.peekvids.com/watch?v=8T0d69zGyEp, https://www.peekvids.com/watch?v=v9Oe0ScZpQD, https://www.peekvids.com/watch?v=fmOrLRWvGJT,
https://www.peekvids.com/watch?v=mlxo1DEMwYL, https://www.peekvids.com/watch?v=36LXPuElQFF
5.f. Date of third notice: 2015-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pawbfory
5.b. Uploader's email address: alisamiller404@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pawbfory
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=owM2GUkjvRQ, https://www.peekvids.com/watch?v=Qhx13P75joa,
https://www.peekvids.com/watch?v=KuLexzYvADU, https://www.peekvids.com/watch?v=9WX0WElaMDs, https://www.peekvids.com/watch?v=Q9i7F86dGRx,
https://www.peekvids.com/watch?v=dDjxt3wJc2q, https://www.peekvids.com/watch?v=o7XVuCGxgxD, https://www.peekvids.com/watch?v=ST_4WbNQsTi,
https://www.peekvids.com/watch?v=G1CNNysnJ1y, https://www.peekvids.com/watch?v=X1G5DlhzT18, https://www.peekvids.com/watch?v=VxQUMx-eacs,
https://www.peekvids.com/watch?v=Sy3UtcIPXZB, https://www.peekvids.com/watch?v=gzsWxNxBSly, https://www.peekvids.com/watch?v=5RVSmgJBwdh,
https://www.peekvids.com/watch?v=CiA0mIynOBH, https://www.peekvids.com/watch?v=sfQL-pzRXup, https://www.peekvids.com/watch?v=zXPW6WD6xDW,
https://www.peekvids.com/watch?v=6tVNc3BK229, https://www.peekvids.com/watch?v=FqtO-Cw9FhV, https://www.peekvids.com/watch?v=JDLpFIx6ANm,
https://www.peekvids.com/watch?v=2BsL4UoxPtA, https://www.peekvids.com/watch?v=ZGCCgTqV_OP, https://www.peekvids.com/watch?v=c5wTiXTjQAo,
https://www.peekvids.com/watch?v=xihRQTugsvC, https://www.peekvids.com/watch?v=jCWIkODobAD, https://www.peekvids.com/watch?v=d_wfdLbNoKW,
https://www.peekvids.com/watch?v=nY9iZsGauQS, https://www.peekvids.com/watch?v=TuTBvo2-6kD, https://www.peekvids.com/watch?v=Oqm5Llxe-Rd,
https://www.peekvids.com/watch?v=sD-mZJOzErx, https://www.peekvids.com/watch?v=8t_qsAMVnwZ, https://www.peekvids.com/watch?v=T2Er9xzcJ-P,
https://www.peekvids.com/watch?v=a0DPaGWLfUA, https://www.peekvids.com/watch?v=GVOZn7PbYYv, https://www.peekvids.com/watch?v=nuEH9ZlmdzF,
https://www.peekvids.com/watch?v=UBlNklOXbfP, https://www.peekvids.com/watch?v=Gu15n8YLjG7, https://www.peekvids.com/watch?v=5tPXCfs3jND,
https://www.peekvids.com/watch?v=mHSSRl-QznN, https://www.peekvids.com/watch?v=j0ztGQRTSt0, https://www.peekvids.com/watch?v=SXGJWsnVBd6,
https://www.peekvids.com/watch?v=i_dxUUP2Ot4, https://www.peekvids.com/watch?v=pqOdRYkUr_I, https://www.peekvids.com/watch?v=Hg7GLw3sAS8,
https://www.peekvids.com/watch?v=N7ND5dvOZmb, https://www.peekvids.com/watch?v=H9Q6wPAyvoX, https://www.peekvids.com/watch?v=aqpAoBUhgJ5,
https://www.peekvids.com/watch?v=tKOCzhH9eal, https://www.peekvids.com/watch?v=qpUc4nhEvX4, https://www.peekvids.com/watch?v=K6DSrjns_Pm,
https://www.peekvids.com/watch?v=EVnoVPKiYVP, https://www.peekvids.com/watch?v=ezSVZl1_wVK, https://www.peekvids.com/watch?v=ZxKuyAsHMwm,
https://www.peekvids.com/watch?v=6BR1-Ceef5A, https://www.peekvids.com/watch?v=SG-renpOrJ0, https://www.peekvids.com/watch?v=ZJJn70MJoCf,
https://www.peekvids.com/watch?v=lZWvcNC2Gaw, https://www.peekvids.com/watch?v=l7Vh7uLZBaE, https://www.peekvids.com/watch?v=DDiiwmiomVL,
https://www.peekvids.com/watch?v=mQslOg0e9EF, https://www.peekvids.com/watch?v=vghoTTeQrN7, https://www.peekvids.com/watch?v=mNNpI4T-JAd,
https://www.peekvids.com/watch?v=W_iSaMnLYqd, https://www.peekvids.com/watch?v=MEH3GM7w9PK, https://www.peekvids.com/watch?v=AWL8HQRR3_I,
https://www.peekvids.com/watch?v=kNZQ2mnsG-q, https://www.peekvids.com/watch?v=pG0iw4-8SOi, https://www.peekvids.com/watch?v=6wsECWPITdM,
https://www.peekvids.com/watch?v=WGzB2U3lw7Q, https://www.peekvids.com/watch?v=Pn7L3c02xV3, https://www.peekvids.com/watch?v=bkpNe6X3SqU,
https://www.peekvids.com/watch?v=gWKaa7ayTy0, https://www.peekvids.com/watch?v=EH5-tVAgaKz, https://www.peekvids.com/watch?v=CQJaci1-zOa,
https://www.peekvids.com/watch?v=2XxI-yWQEso, https://www.peekvids.com/watch?v=EmjGo9kZS2F, https://www.peekvids.com/watch?v=jZxg2I43Olr,
https://www.peekvids.com/watch?v=7fovo2wrfCU, https://www.peekvids.com/watch?v=z-yxXJm7gxA, https://www.peekvids.com/watch?v=vQOnLqylD1g,
https://www.peekvids.com/watch?v=GGQburfS2q2, https://www.peekvids.com/watch?v=IlPJpjgwM5h, https://www.peekvids.com/watch?v=2YmS6_-Emqm,
https://www.peekvids.com/watch?v=bHV80G9I2eW, https://www.peekvids.com/watch?v=dLProenXfGD, https://www.peekvids.com/watch?v=XodatVc1D2d,
https://www.peekvids.com/watch?v=KSVHZsGTLNP, https://www.peekvids.com/watch?v=sTie78mct4G, https://www.peekvids.com/watch?v=okC7uXwfWP5,
https://www.peekvids.com/watch?v=UEeV3w7Hre7, https://www.peekvids.com/watch?v=ZKU3-V_c9BU, https://www.peekvids.com/watch?v=cZU7uf0Gv0E,
https://www.peekvids.com/watch?v=3FrKhxO7xuk, https://www.peekvids.com/watch?v=IZFTZWq8nYC, https://www.peekvids.com/watch?v=o-ESW-CdTzJ,
https://www.peekvids.com/watch?v=O9ZHP8ETVD4, https://www.peekvids.com/watch?v=QkqcmejmHHb, https://www.peekvids.com/watch?v=ho1sQeTpIdR,
https://www.peekvids.com/watch?v=ZVSde4DEyRI, https://www.peekvids.com/watch?v=cWZ7hY54IAY, https://www.peekvids.com/watch?v=GPB2CRZLCTX,
https://www.peekvids.com/watch?v=GiN163H0Auj, https://www.peekvids.com/watch?v=scmp8PpUldd, https://www.peekvids.com/watch?v=JCCj61U-OGT,
https://www.peekvids.com/watch?v=oxRfnyzmc0S, https://www.peekvids.com/watch?v=Y5iS5p62G1w, https://www.peekvids.com/watch?v=5c3g9elq5lD,
https://www.peekvids.com/watch?v=SRVJJ66odsn, https://www.peekvids.com/watch?v=F6bZZ94BElg, https://www.peekvids.com/watch?v=sMh81sBbqCd,
https://www.peekvids.com/watch?v=t-zFxNviBR9, https://www.peekvids.com/watch?v=NdIipvhhJvY, https://www.peekvids.com/watch?v=Zyt1zVtMFch,
https://www.peekvids.com/watch?v=AMZ2k1_X9GZ, https://www.peekvids.com/watch?v=BOfTm_S278q, https://www.peekvids.com/watch?v=vRFExukFPBT,
https://www.peekvids.com/watch?v=a3poeUJF2yW, https://www.peekvids.com/watch?v=RS5NtrrapYn, https://www.peekvids.com/watch?v=lQktMkoEW2T,
https://www.peekvids.com/watch?v=DyKvh8u5SNx, https://www.peekvids.com/watch?v=zcXnNyvgIte, https://www.peekvids.com/watch?v=OGSlcuk2qCL,
https://www.peekvids.com/watch?v=JQTb29yIyQV, https://www.peekvids.com/watch?v=RjfdUYh2WBz, https://www.peekvids.com/watch?v=aN7szoQAt8C,
https://www.peekvids.com/watch?v=arHuraO3wlA, https://www.peekvids.com/watch?v=8Ad5YadGIgb, https://www.peekvids.com/watch?v=KEy0Yy_u23v,
https://www.peekvids.com/watch?v=q90ooDtBCNl, https://www.peekvids.com/watch?v=TtELEMxJ5Hk, https://www.peekvids.com/watch?v=x0yrHb30Qkh,
https://www.peekvids.com/watch?v=SlTiiS4SVAz, https://www.peekvids.com/watch?v=MOiZ_MrsoPl, https://www.peekvids.com/watch?v=OnNBGAmWhfm,
https://www.peekvids.com/watch?v=Guoscx5iGcV, https://www.peekvids.com/watch?v=cJD-F81cvUM, https://www.peekvids.com/watch?v=KB6SsLYnGMf,
https://www.peekvids.com/watch?v=E1d-FysBmeB, https://www.peekvids.com/watch?v=v-qB-Ld4TUo, https://www.peekvids.com/watch?v=5bAVwXYJjrp,
https://www.peekvids.com/watch?v=D1szEMN8Hkd, https://www.peekvids.com/watch?v=sV24fv2j-MM, https://www.peekvids.com/watch?v=WDQUL6HjTcR,
https://www.peekvids.com/watch?v=4Y9TgUVAyeq, https://www.peekvids.com/watch?v=GgIlLQH_p57, https://www.peekvids.com/watch?v=VBUEMiHeQlh,
https://www.peekvids.com/watch?v=mwIb9Eoykiq, https://www.peekvids.com/watch?v=fWDf6FuDmy3, https://www.peekvids.com/watch?v=A7kpIDVfaYv,
https://www.peekvids.com/watch?v=YcUfolKLatI, https://www.peekvids.com/watch?v=9Qe_hTivQmv, https://www.peekvids.com/watch?v=RxinJPhGdNI,
https://www.peekvids.com/watch?v=xkWI_XTAKPK, https://www.peekvids.com/watch?v=jQsEK2wKwZe, https://www.peekvids.com/watch?v=opVP1rFoEs7,
https://www.peekvids.com/watch?v=Dz5O8uXQ1vf, https://www.peekvids.com/watch?v=Ba0lqrAZLW2, https://www.peekvids.com/watch?v=hq814Ei6gss,
https://www.peekvids.com/watch?v=ISUrVsA5PEe, https://www.peekvids.com/watch?v=P-NdwTo85hL, https://www.peekvids.com/watch?v=6cAz5u8GMYu,
https://www.peekvids.com/watch?v=OcTNw0DakqL, https://www.peekvids.com/watch?v=jAFZOT5Cn1c, https://www.peekvids.com/watch?v=DOtshQUOg2f,
https://www.peekvids.com/watch?v=jZ2o-Zv1FYk, https://www.peekvids.com/watch?v=I4vQDust3SK, https://www.peekvids.com/watch?v=NlBage7YRSJ,
https://www.peekvids.com/watch?v=we37JTyFWQC, https://www.peekvids.com/watch?v=bnHtuBwW7u6, https://www.peekvids.com/watch?v=MSriul8asz4,
https://www.peekvids.com/watch?v=7q2YAP9-Tm0, https://www.peekvids.com/watch?v=WzDOn9PI84F, https://www.peekvids.com/watch?v=H7JlO7GIwps,
https://www.peekvids.com/watch?v=I0RtBQVGRY0, https://www.peekvids.com/watch?v=V4BKSCuoCJO, https://www.peekvids.com/watch?v=Lewy0-bASoA,
https://www.peekvids.com/watch?v=U6GP_s6vzW5, https://www.peekvids.com/watch?v=tOl6fYZH1fS, https://www.peekvids.com/watch?v=LSb8E9xTN_5,
https://www.peekvids.com/watch?v=XZDLLUc2WSA, https://www.peekvids.com/watch?v=IMZ09WMRHJE, https://www.peekvids.com/watch?v=T0vewbgpDaW,
https://www.peekvids.com/watch?v=APWOy5l-mVt, https://www.peekvids.com/watch?v=E11iCYy2KLb, https://www.peekvids.com/watch?v=SgLtH4THztc,
https://www.peekvids.com/watch?v=KOD9i5FFBYp, https://www.peekvids.com/watch?v=DGF8Ji2Vvz2, https://www.peekvids.com/watch?v=dUnDwJPDTjZ,
https://www.peekvids.com/watch?v=aMft0wU492V, https://www.peekvids.com/watch?v=ypJ5BDauw3P, https://www.peekvids.com/watch?v=dOqYK_OwKSJ,
https://www.peekvids.com/watch?v=zzS-djQ0bmq, https://www.peekvids.com/watch?v=0iualJnZPkp, https://www.peekvids.com/watch?v=4s66PKLivve,
https://www.peekvids.com/watch?v=pr6XQhHUmQg, https://www.peekvids.com/watch?v=DNZtyUoI9PF, https://www.peekvids.com/watch?v=RYRL3q0XyaS,
https://www.peekvids.com/watch?v=Y8q-WOhQITJ, https://www.peekvids.com/watch?v=o1VxDfrsrfk, https://www.peekvids.com/watch?v=Qtmj6984aBa,
https://www.peekvids.com/watch?v=ifq-bvO4LFb, https://www.peekvids.com/watch?v=cEboooVtVgH, https://www.peekvids.com/watch?v=wLv0uuFaWXS,
https://www.peekvids.com/watch?v=gwI8ddr8mrA, https://www.peekvids.com/watch?v=qx6HLviWr5B, https://www.peekvids.com/watch?v=05hAegDNpeD,
https://www.peekvids.com/watch?v=nwdrYvmQObA, https://www.peekvids.com/watch?v=yGWmdk6b0la, https://www.peekvids.com/watch?v=Z9Y-Nm4i6mN,
https://www.peekvids.com/watch?v=uB7qOFFgD6S, https://www.peekvids.com/watch?v=IBuWjoka7zU, https://www.peekvids.com/watch?v=fjdNlJhPcqE,
https://www.peekvids.com/watch?v=IMnbVzUGd2Y, https://www.peekvids.com/watch?v=aKjlv_ITTs0, https://www.peekvids.com/watch?v=NIGDPErlf3P,
https://www.peekvids.com/watch?v=GH5Oqc9MH3Q, https://www.peekvids.com/watch?v=MmiVxuQIDyv, https://www.peekvids.com/watch?v=rwrAI2xkmWL,
https://www.peekvids.com/watch?v=3IauloLdSVV, https://www.peekvids.com/watch?v=Dt8aWD4xJkP, https://www.peekvids.com/watch?v=8Fa8fOjY-PG,
https://www.peekvids.com/watch?v=kKD8L_UjV1w, https://www.peekvids.com/watch?v=fdKXsgrdn_O, https://www.peekvids.com/watch?v=tIGIHHoXEbu,
https://www.peekvids.com/watch?v=p4C97AhGv4T, https://www.peekvids.com/watch?v=YH4-Ilv9HfU, https://www.peekvids.com/watch?v=vAZB7Y6JUmb,
https://www.peekvids.com/watch?v=hGVUZTKArJt, https://www.peekvids.com/watch?v=wyaaqOF9KRQ, https://www.peekvids.com/watch?v=9m5SBk1upt2,
https://www.peekvids.com/watch?v=aGol3ilpvfb, https://www.peekvids.com/watch?v=HmrevtG_CTq, https://www.peekvids.com/watch?v=ZlcDVQ0H_fE,
https://www.peekvids.com/watch?v=Z6N_-e62eGK, https://www.peekvids.com/watch?v=bPKLjsXDwsz, https://www.peekvids.com/watch?v=EjBPw7Ma9wg,
https://www.peekvids.com/watch?v=DCu3bnDYJ2E, https://www.peekvids.com/watch?v=JzxmfVcTdgZ, https://www.peekvids.com/watch?v=iQdjoeGDB1q,
https://www.peekvids.com/watch?v=Exdxvaeu--v, https://www.peekvids.com/watch?v=bYAMeoVcc3Z, https://www.peekvids.com/watch?v=uRpiANBMj3a,
https://www.peekvids.com/watch?v=D1P__kPOMtw, https://www.peekvids.com/watch?v=FSiIhrGzeg6, https://www.peekvids.com/watch?v=84UnoF9T7aE,
https://www.peekvids.com/watch?v=8G5QMh1Ak8v, https://www.peekvids.com/watch?v=4-k08L5b0UT, https://www.peekvids.com/watch?v=biOuFLGdb8w,
https://www.peekvids.com/watch?v=skIZPDyVwof, https://www.peekvids.com/watch?v=yEaEEm116Lb, https://www.peekvids.com/watch?v=U0S-jkBYbFe,
https://www.peekvids.com/watch?v=PFLXifB65xf, https://www.peekvids.com/watch?v=n_yuc1OAtgE, https://www.peekvids.com/watch?v=sQhS4g7mA7k,
https://www.peekvids.com/watch?v=XSDT1io7Fqs, https://www.peekvids.com/watch?v=gisze1zTY0n, https://www.peekvids.com/watch?v=LiDdC6pw0MI,
https://www.peekvids.com/watch?v=2fU9qhX51eS, https://www.peekvids.com/watch?v=9Tv0rkemMfF, https://www.peekvids.com/watch?v=GSihdSvXunK,
https://www.peekvids.com/watch?v=iQBnNXFlveq, https://www.peekvids.com/watch?v=C1b0p3gg15M, https://www.peekvids.com/watch?v=SeXmCH3FAKP,
https://www.peekvids.com/watch?v=HmyjkhD3T1C, https://www.peekvids.com/watch?v=dyk9FdBi4eC, https://www.peekvids.com/watch?v=60I3jhrga6u,
https://www.peekvids.com/watch?v=auklfyU2fjj, https://www.peekvids.com/watch?v=pdFKkG7YcAA, https://www.peekvids.com/watch?v=vu5QUV3jt5z,
https://www.peekvids.com/watch?v=MaaZZkPLwFP, https://www.peekvids.com/watch?v=S92EtkN4OXx, https://www.peekvids.com/watch?v=p8bn5G6GNUj,
https://www.peekvids.com/watch?v=xI2Y2Ehzk4Q, https://www.peekvids.com/watch?v=ygbD_xHZO-k, https://www.peekvids.com/watch?v=jMWYmfjr6hY,
https://www.peekvids.com/watch?v=Lu_WBiS5VEA, https://www.peekvids.com/watch?v=Yyf1j001Rqz, https://www.peekvids.com/watch?v=rC9uGresKN8,

https://www.peekvids.com/watch?v=u7gyQiSx6Nu, https://www.peekvids.com/watch?v=M_da5mGaihI, https://www.peekvids.com/watch?v=fn_Qrv291Px,
https://www.peekvids.com/watch?v=uBfBwiWUBgN, https://www.peekvids.com/watch?v=iwjPNG3KWpN, https://www.peekvids.com/watch?v=Ipm7wMuZHho,
https://www.peekvids.com/watch?v=rryTTIdJuj0, https://www.peekvids.com/watch?v=Gll8tsUvU_x, https://www.peekvids.com/watch?v=wKq5AHbkp-2,
https://www.peekvids.com/watch?v=l_wJMZYgSYA, https://www.peekvids.com/watch?v=xSBlh_F1X0t, https://www.peekvids.com/watch?v=kEl8lRoxhsE,
https://www.peekvids.com/watch?v=LIJjuyX48Y5, https://www.peekvids.com/watch?v=QhUwz7oqbZ9, https://www.peekvids.com/watch?v=SAQ9BsppWsA,
https://www.peekvids.com/watch?v=LR4j6hD2e52, https://www.peekvids.com/watch?v=VuROjOoGo_s, https://www.peekvids.com/watch?v=F2IbUbXLGaa,
https://www.peekvids.com/watch?v=QpxZVGD57qy, https://www.peekvids.com/watch?v=UXXSyhypre5, https://www.peekvids.com/watch?v=5AS96d0TwxV,
https://www.peekvids.com/watch?v=uyfZRA1haNL, https://www.peekvids.com/watch?v=RtI7HY99qwc
5.f. Date of third notice: 2015-07-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: payfei
5.b. Uploader's email address: hitominanato@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=payfei
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=HMhvWWwLSeU, https://www.peekvids.com/watch?v=H4ylO1KFGV8,
https://www.peekvids.com/watch?v=NcKDCdbZLrA, https://www.peekvids.com/watch?v=mWrX9I5TTcr, https://www.peekvids.com/watch?v=skz4Iy8sa-9,
https://www.peekvids.com/watch?v=f0GI_Q8Tiww, https://www.peekvids.com/watch?v=ObTxH6s0USV, https://www.peekvids.com/watch?v=45xxnPE9j1d,
https://www.peekvids.com/watch?v=l8O0Xjab9Zw, https://www.peekvids.com/watch?v=2sWpxo9pDRa, https://www.peekvids.com/watch?v=SJyFPTvmkQc,
https://www.peekvids.com/watch?v=Mb5yH_HFPUP, https://www.peekvids.com/watch?v=lkKsdEcS5OY, https://www.peekvids.com/watch?v=U34Pu9LwcNQ,
https://www.peekvids.com/watch?v=6DB3D2a46ii, https://www.peekvids.com/watch?v=2jKYvkBZEEV, https://www.peekvids.com/watch?v=nccA0oChb35,
https://www.peekvids.com/watch?v=aklhDZ21J9x, https://www.peekvids.com/watch?v=UXCYOb5YY-p, https://www.peekvids.com/watch?v=ER2iZ7L64Xv,
https://www.peekvids.com/watch?v=ClxKoVPL1db, https://www.peekvids.com/watch?v=dBpv4neTFw4, https://www.peekvids.com/watch?v=U-mKS0EPh3A,
https://www.peekvids.com/watch?v=fJ431-LUTi8, https://www.peekvids.com/watch?v=Us2zgjf8Kjb, https://www.peekvids.com/watch?v=2Yir9H_Rxyy,
https://www.peekvids.com/watch?v=gVYAuXQBh_T, https://www.peekvids.com/watch?v=uyv7KV5fqJg, https://www.peekvids.com/watch?v=gTT1PeGTU9x,
https://www.peekvids.com/watch?v=2KkXQgG2NN0, https://www.peekvids.com/watch?v=o604sfUBDIK, https://www.peekvids.com/watch?v=3gdeY1O8yZX,
https://www.peekvids.com/watch?v=XdBko6W9yx8, https://www.peekvids.com/watch?v=KMHXMKG8stK, https://www.peekvids.com/watch?v=oh3ItIUyhmn,
https://www.peekvids.com/watch?v=AMbq7wO2Myl, https://www.peekvids.com/watch?v=ZWdSAtIVWeW, https://www.peekvids.com/watch?v=GdFXdGRH9V3,
https://www.peekvids.com/watch?v=7CqU_1xWLph, https://www.peekvids.com/watch?v=vYueumDH__s, https://www.peekvids.com/watch?v=RX3GFNt97x8,
https://www.peekvids.com/watch?v=uxqAPOFBXPL, https://www.peekvids.com/watch?v=KSOggsGiTIt, https://www.peekvids.com/watch?v=ATW8AOwmEeU,
https://www.peekvids.com/watch?v=uIGAPLosEOd, https://www.peekvids.com/watch?v=Edbu0w3clQd, https://www.peekvids.com/watch?v=33cXAjGbtGJ,
https://www.peekvids.com/watch?v=gsgrq7KB4Xb, https://www.peekvids.com/watch?v=7-u080xlLRP, https://www.peekvids.com/watch?v=fDj7PGqQYTH,
https://www.peekvids.com/watch?v=BiNKM90MZqx, https://www.peekvids.com/watch?v=IbaaKgeUDGl, https://www.peekvids.com/watch?v=LLA4PFQscsB,
https://www.peekvids.com/watch?v=tl10pv7gfBe, https://www.peekvids.com/watch?v=IfLT8jrnq8e, https://www.peekvids.com/watch?v=3E4gPGBl17P,
https://www.peekvids.com/watch?v=qPZqQIOd65K, https://www.peekvids.com/watch?v=3nSGmzrXha5, https://www.peekvids.com/watch?v=OAhxRK-_g2Z,
https://www.peekvids.com/watch?v=0Gp-HqDWyHf, https://www.peekvids.com/watch?v=iXr-oQKVGM4, https://www.peekvids.com/watch?v=w1jFcGbrvu9,
https://www.peekvids.com/watch?v=o4NASZBUvJZ, https://www.peekvids.com/watch?v=pbcZDb4Uc-C, https://www.peekvids.com/watch?v=vAQBrZaDtJX,
https://www.peekvids.com/watch?v=Tnfpojy49FR, https://www.peekvids.com/watch?v=UdYHMlm21jP, https://www.peekvids.com/watch?v=ExM7BwyEEAG,
https://www.peekvids.com/watch?v=PkwdaWhWbIn, https://www.peekvids.com/watch?v=zfdh-qVgcrv, https://www.peekvids.com/watch?v=dTsMUTuRpLs
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PDiddy
5.b. Uploader's email address: enerryreallyfly@yahoo.fr
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=PDiddy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=nL0kvDE-1Ij, https://www.peekvids.com/watch?v=aizl_IixwOf,
https://www.peekvids.com/watch?v=gWHe-eUsbKX, https://www.peekvids.com/watch?v=YG-d78ge9yb, https://www.peekvids.com/watch?v=U4niZh5lAJS,
https://www.peekvids.com/watch?v=8REvIyUwBtx, https://www.peekvids.com/watch?v=BE2mqB_P_0x, https://www.peekvids.com/watch?v=yqhg38QllWO,
https://www.peekvids.com/watch?v=O3BtuZehbJC, https://www.peekvids.com/watch?v=bgrZND65rHg, https://www.peekvids.com/watch?v=HOrmfP0dxQ4,
https://www.peekvids.com/watch?v=rYv3azlQq9R, https://www.peekvids.com/watch?v=ufJK2uCODy8, https://www.peekvids.com/watch?v=GD_WLprN4DC,
https://www.peekvids.com/watch?v=rmUzkZRM3Hp, https://www.peekvids.com/watch?v=65trYgtdQ-C, https://www.peekvids.com/watch?v=9GNcI417nhA,
https://www.peekvids.com/watch?v=9pdbL_fPfww, https://www.peekvids.com/watch?v=F8OhBWbOQw7, https://www.peekvids.com/watch?v=KNYVtJX3btq,
https://www.peekvids.com/watch?v=SPp1SaziAHM, https://www.peekvids.com/watch?v=tm54adxi6Hk, https://www.peekvids.com/watch?v=p7FJKnZar5y,
https://www.peekvids.com/watch?v=HzfUBv42c9Q, https://www.peekvids.com/watch?v=5NjTnlYvCs2, https://www.peekvids.com/watch?v=w60AZ9eowSt,
https://www.peekvids.com/watch?v=Ab2oYKKA_kN, https://www.peekvids.com/watch?v=7diRPTjlAEp, https://www.peekvids.com/watch?v=28UADoMQ1rr,
https://www.peekvids.com/watch?v=G1EtG_p5rAi, https://www.peekvids.com/watch?v=mf-JYN_-jbc, https://www.peekvids.com/watch?v=5tXHW4u3-Bi,
https://www.peekvids.com/watch?v=XlFA9DC7t7K, https://www.peekvids.com/watch?v=mlSfrmOGpDu, https://www.peekvids.com/watch?v=iSXkFAwi6ME,
https://www.peekvids.com/watch?v=ASDenWqa1VS, https://www.peekvids.com/watch?v=CKzRzU1Yh3d, https://www.peekvids.com/watch?v=N85s9AE768X,
https://www.peekvids.com/watch?v=oW_ScNBZfZC, https://www.peekvids.com/watch?v=DoExKN5KYIF, https://www.peekvids.com/watch?v=Dn1sYAYry6m,
https://www.peekvids.com/watch?v=o3e7bTJBfo3, https://www.peekvids.com/watch?v=tPAYNATndoy, https://www.peekvids.com/watch?v=lQlYGFq0wFm,
https://www.peekvids.com/watch?v=poYoi_Rueni, https://www.peekvids.com/watch?v=O8VZ6qHzhhj, https://www.peekvids.com/watch?v=vU6a7SxMQdD,
https://www.peekvids.com/watch?v=J2SWXcqby6X, https://www.peekvids.com/watch?v=nyZ385Dnehj, https://www.peekvids.com/watch?v=4csXbLgJUKw,
https://www.peekvids.com/watch?v=C8_GtVheWVU, https://www.peekvids.com/watch?v=OplgHMCLE5H, https://www.peekvids.com/watch?v=zvrDgiWv7lh,
https://www.peekvids.com/watch?v=VeagXL12-qR, https://www.peekvids.com/watch?v=g86zqFBwfdf, https://www.peekvids.com/watch?v=T9lE67QtVpJ,
https://www.peekvids.com/watch?v=8_0Fd1Yb5iL, https://www.peekvids.com/watch?v=SbKSlMyxRVo, https://www.peekvids.com/watch?v=F7PQh6gJow7,
https://www.peekvids.com/watch?v=D3IcImQlFeP, https://www.peekvids.com/watch?v=b6_MBZ2574Q, https://www.peekvids.com/watch?v=NA5JomkUyRf,
https://www.peekvids.com/watch?v=Dno6fo4Zu-o, https://www.peekvids.com/watch?v=io6nPxypw_j, https://www.peekvids.com/watch?v=AT6RvuySGI4,
https://www.peekvids.com/watch?v=U-Fo_1OTzoE, https://www.peekvids.com/watch?v=3YvyjAIDcz3, https://www.peekvids.com/watch?v=GFSw-AIQ8sH,
https://www.peekvids.com/watch?v=xQnE142v1tw, https://www.peekvids.com/watch?v=iss_x2Ihqcz, https://www.peekvids.com/watch?v=vFjiLxUL0DD,
https://www.peekvids.com/watch?v=S7YSA27cTSJ, https://www.peekvids.com/watch?v=iX33yArmelW, https://www.peekvids.com/watch?v=Llmh2kmszjL,
https://www.peekvids.com/watch?v=Fi8ruHwCuZy, https://www.peekvids.com/watch?v=dbZf0jUNCF5, https://www.peekvids.com/watch?v=AS2RCgapaQC,
https://www.peekvids.com/watch?v=t0yjEW0BuKN, https://www.peekvids.com/watch?v=Ll8ZbswKzw5, https://www.peekvids.com/watch?v=bmqqhAySylr,
https://www.peekvids.com/watch?v=V__OIIQj2mW, https://www.peekvids.com/watch?v=N801VeWd1cj, https://www.peekvids.com/watch?v=p1YrLbq93Ga,
https://www.peekvids.com/watch?v=W3doEdEImN2, https://www.peekvids.com/watch?v=N6wVuo50q9u, https://www.peekvids.com/watch?v=d_SpYAY6eql,
https://www.peekvids.com/watch?v=Vaye10fXVbo, https://www.peekvids.com/watch?v=wkH-po9n7z6, https://www.peekvids.com/watch?v=RWAYAPg5sia,
https://www.peekvids.com/watch?v=HaZrgc2zOiP
5.f. Date of third notice: 2015-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pechorsky
5.b. Uploader's email address: tomnoorston199@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pechorsky
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ueO-LB6ZWI3, https://www.peekvids.com/watch?v=8Hm0mWhULnw,
https://www.peekvids.com/watch?v=3uZ5RlCdezm, https://www.peekvids.com/watch?v=SASqnvqJzHh, https://www.peekvids.com/watch?v=Smc33P9rP5Y,
https://www.peekvids.com/watch?v=LSoVJbwaBpV, https://www.peekvids.com/watch?v=6eEqcyXV9Xn, https://www.peekvids.com/watch?v=se2PUPKvUWl,
https://www.peekvids.com/watch?v=4W3tv854rKj, https://www.peekvids.com/watch?v=r8dyJry0Cn6, https://www.peekvids.com/watch?v=Dt3kRlZyOGG,
https://www.peekvids.com/watch?v=zbVLjLA2GiB, https://www.peekvids.com/watch?v=lIYV5BjUJOm, https://www.peekvids.com/watch?v=7467kP3WMeW,
https://www.peekvids.com/watch?v=-bxG8MoPZnp, https://www.peekvids.com/watch?v=a-ai85j7uAc, https://www.peekvids.com/watch?v=2GJR4qAbHyz,
https://www.peekvids.com/watch?v=XZlJ0nBCjsG, https://www.peekvids.com/watch?v=nW5xyBAvBkh, https://www.peekvids.com/watch?v=6ILbD0xfFSR,
https://www.peekvids.com/watch?v=2RdoDNLkS95, https://www.peekvids.com/watch?v=wkFuLsgM905, https://www.peekvids.com/watch?v=YhREmPNioCx,
https://www.peekvids.com/watch?v=2itXlarrAJl, https://www.peekvids.com/watch?v=BJKY8gKu00d, https://www.peekvids.com/watch?v=usaFggYaFhN,
https://www.peekvids.com/watch?v=5J4ETyCrooB, https://www.peekvids.com/watch?v=u2Ye3I7ERe4, https://www.peekvids.com/watch?v=E989SwwOoYG,
https://www.peekvids.com/watch?v=Wv5sZMvBYN-, https://www.peekvids.com/watch?v=mNOn5icXURZ, https://www.peekvids.com/watch?v=OOW-y0NAW4d,
https://www.peekvids.com/watch?v=s4taV32i-aW, https://www.peekvids.com/watch?v=qRvCYAXu3Lv, https://www.peekvids.com/watch?v=kINaW3mEtr4,
https://www.peekvids.com/watch?v=gFoYI9K0Qfb, https://www.peekvids.com/watch?v=ByLqcO294NV, https://www.peekvids.com/watch?v=PF4nikHXaO2,
https://www.peekvids.com/watch?v=8wrjDBoUnzF, https://www.peekvids.com/watch?v=zeMsNq6FPhi, https://www.peekvids.com/watch?v=7mwhVQhfHpS,
https://www.peekvids.com/watch?v=w4DlxpdiXY7, https://www.peekvids.com/watch?v=Gglr2iLiqRa, https://www.peekvids.com/watch?v=MgLmICVxY9k,
https://www.peekvids.com/watch?v=5rP3yqnohrG, https://www.peekvids.com/watch?v=s9YGzLmtRSo, https://www.peekvids.com/watch?v=YC9BKOd37zq,
https://www.peekvids.com/watch?v=jDr8UL3xG6k, https://www.peekvids.com/watch?v=2yNxZg-xgq3, https://www.peekvids.com/watch?v=vEzHN4gqNmt,
https://www.peekvids.com/watch?v=wrjQCOFYzYW, https://www.peekvids.com/watch?v=TpfNf8dns09, https://www.peekvids.com/watch?v=zypsUD7XA-b,
https://www.peekvids.com/watch?v=TXO4u4VsVvi, https://www.peekvids.com/watch?v=mI3j9cj7ERJ, https://www.peekvids.com/watch?v=jZpls9RV6iv,
https://www.peekvids.com/watch?v=aZN-EMKETGq, https://www.peekvids.com/watch?v=sIsrl-ZMIz3, https://www.peekvids.com/watch?v=kUlUtQjXmGa,
https://www.peekvids.com/watch?v=P8jIp7A76AC, https://www.peekvids.com/watch?v=0wAqHoSDiG0, https://www.peekvids.com/watch?v=yFY3vB5W3KM,
https://www.peekvids.com/watch?v=7b7ve9HReF4, https://www.peekvids.com/watch?v=r7Ux8O57Rc-, https://www.peekvids.com/watch?v=mntyqeuoh8I,
https://www.peekvids.com/watch?v=7LLnkbUrBpA, https://www.peekvids.com/watch?v=RUwK5dVUCzq, https://www.peekvids.com/watch?v=xMU7a2cL-C7,
https://www.peekvids.com/watch?v=QGN6aRl-UXF, https://www.peekvids.com/watch?v=Kkmpb3IRben, https://www.peekvids.com/watch?v=xk7PJCtPbap,
https://www.peekvids.com/watch?v=s3S3rrKtMI7, https://www.peekvids.com/watch?v=2rPjLBVKjT-, https://www.peekvids.com/watch?v=HabVDrPILiD,
https://www.peekvids.com/watch?v=QXBgpuEw9jK, https://www.peekvids.com/watch?v=ulIpesjhWB5, https://www.peekvids.com/watch?v=WuCdzSW4XaY,
https://www.peekvids.com/watch?v=vTD2J0hu9PD, https://www.peekvids.com/watch?v=Zm3mHONcwc8, https://www.peekvids.com/watch?v=Z-sU6cDol5P,
https://www.peekvids.com/watch?v=0qjF253mSXs, https://www.peekvids.com/watch?v=EACFxXKwurA, https://www.peekvids.com/watch?v=3su3tgH6g7r,
https://www.peekvids.com/watch?v=J6IUNypgKTi, https://www.peekvids.com/watch?v=Ugzzimaatg4, https://www.peekvids.com/watch?v=gxQYfS0G0pb,
https://www.peekvids.com/watch?v=PBzQrtyOfP-, https://www.peekvids.com/watch?v=VZmH87iksxA, https://www.peekvids.com/watch?v=gHiR3Ujzwa2,
https://www.peekvids.com/watch?v=rXzpfej5BdC, https://www.peekvids.com/watch?v=nECas9ZNG25, https://www.peekvids.com/watch?v=YBsbdTzQtDV,
https://www.peekvids.com/watch?v=AiHmF0JGJbj, https://www.peekvids.com/watch?v=YDvd8KoUXNG, https://www.peekvids.com/watch?v=tCHw3pPA-os,
https://www.peekvids.com/watch?v=CyH6utXqYk2, https://www.peekvids.com/watch?v=WAjYug5xgeQ, https://www.peekvids.com/watch?v=j2ogMW3JfFO,
https://www.peekvids.com/watch?v=rEpNfvbaQsp, https://www.peekvids.com/watch?v=Qyxor2GIxxQ, https://www.peekvids.com/watch?v=9ASEMzJTLH5,
https://www.peekvids.com/watch?v=JiVXpcurTvb, https://www.peekvids.com/watch?v=3oiY0wKhKq9, https://www.peekvids.com/watch?v=BrhgOQkvQwl,
https://www.peekvids.com/watch?v=rGpZ-0jZ-gy, https://www.peekvids.com/watch?v=380KRX4lWdi, https://www.peekvids.com/watch?v=zAxepEGTpBv,
https://www.peekvids.com/watch?v=tsFpGeAkHdH, https://www.peekvids.com/watch?v=tC8GZJt9eGt, https://www.peekvids.com/watch?v=JQJ4ftEFcoq,
https://www.peekvids.com/watch?v=ga0CVNNzLMb, https://www.peekvids.com/watch?v=vZNabHPNM8k, https://www.peekvids.com/watch?v=JJmvGeAWgC7,
https://www.peekvids.com/watch?v=zUZuTeAXhRN, https://www.peekvids.com/watch?v=sC8isM-3FNS, https://www.peekvids.com/watch?v=wixJ3VgeaF0,
https://www.peekvids.com/watch?v=mfInohPgrXz, https://www.peekvids.com/watch?v=45-ITjgU66d, https://www.peekvids.com/watch?v=igI44mzxeTm,
https://www.peekvids.com/watch?v=nzC98EKRbHU, https://www.peekvids.com/watch?v=RFFE4h53IIh, https://www.peekvids.com/watch?v=UFk8VVVcbZd,
https://www.peekvids.com/watch?v=w6DMv-B4xVv, https://www.peekvids.com/watch?v=94lXd0Eq-TT, https://www.peekvids.com/watch?v=Vm90IWGvEgL,
https://www.peekvids.com/watch?v=Ywrxk-MmYG7, https://www.peekvids.com/watch?v=Fl8yVd4ziH0, https://www.peekvids.com/watch?v=Hx0OEhHsW0w,
https://www.peekvids.com/watch?v=hSWPBaueap2
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pegas07
5.b. Uploader's email address: nikilikitonbo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pegas07
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=g5kMmlFpvVv, https://www.peekvids.com/watch?v=QkPSXeJi1N8,
https://www.peekvids.com/watch?v=IP_vWkUSoNy, https://www.peekvids.com/watch?v=x-Bv2nOh-Xn, https://www.peekvids.com/watch?v=ZT8KK3ZfIOX,
https://www.peekvids.com/watch?v=G-PG9x_ORqb, https://www.peekvids.com/watch?v=oFfHdZiCa6t, https://www.peekvids.com/watch?v=lAyipPAVAbt,
https://www.peekvids.com/watch?v=2l-GgWdYH_G, https://www.peekvids.com/watch?v=B39g7xLqDXF, https://www.peekvids.com/watch?v=g8ELUPzaP4A,
https://www.peekvids.com/watch?v=r4oXSyEXuG6, https://www.peekvids.com/watch?v=cC3fDOtXDYD, https://www.peekvids.com/watch?v=hWCDMDop1Rk,

https://www.peekvids.com/watch?v=oJQL3VWwAE7, https://www.peekvids.com/watch?v=EBZnFtILO89, https://www.peekvids.com/watch?v=AwbkIxAKJ2m,
https://www.peekvids.com/watch?v=Cv_ZF2Hxikk, https://www.peekvids.com/watch?v=ksFt4w-qaFY, https://www.peekvids.com/watch?v=IT-imLnyKVn,
https://www.peekvids.com/watch?v=7x3SZ9eDks2, https://www.peekvids.com/watch?v=Z0-GCE3-PYH, https://www.peekvids.com/watch?v=7ukg5iBlKJs,
https://www.peekvids.com/watch?v=mKM2l7al6tr, https://www.peekvids.com/watch?v=v1E4vRW36A5, https://www.peekvids.com/watch?v=xxhleuNYLhr,
https://www.peekvids.com/watch?v=i5Xgs2duZR9, https://www.peekvids.com/watch?v=JIUv8WF573z, https://www.peekvids.com/watch?v=hqL35Ogjxat,
https://www.peekvids.com/watch?v=TPeKWfmysQe, https://www.peekvids.com/watch?v=nafq920OmrK, https://www.peekvids.com/watch?v=8ou_hGyMyjt,
https://www.peekvids.com/watch?v=ozYy8DFUj3W, https://www.peekvids.com/watch?v=Kcage4QVftw, https://www.peekvids.com/watch?v=zf9UAN9pDvu,
https://www.peekvids.com/watch?v=tgJqlRuTqhl, https://www.peekvids.com/watch?v=5QuGtSq6BVb, https://www.peekvids.com/watch?v=eG51JIrLJhu,
https://www.peekvids.com/watch?v=o3huEf-JjTt, https://www.peekvids.com/watch?v=Zy8lpB39Jms, https://www.peekvids.com/watch?v=SKCP91DGBUs,
https://www.peekvids.com/watch?v=MFTFlN7BMLN, https://www.peekvids.com/watch?v=MICRlb57hrd, https://www.peekvids.com/watch?v=jV1Jcokk9CG,
https://www.peekvids.com/watch?v=k1L44Kwo_Iq, https://www.peekvids.com/watch?v=fflCUX2m0tF, https://www.peekvids.com/watch?v=dn9j0gdWHRD,
https://www.peekvids.com/watch?v=VtefzMDkyIP, https://www.peekvids.com/watch?v=kRiGIyWFcK, https://www.peekvids.com/watch?v=uqBPTzFa3uX,
https://www.peekvids.com/watch?v=VDoFnsxgTUW, https://www.peekvids.com/watch?v=Hgpegqj8Wmx, https://www.peekvids.com/watch?v=UG55tGrMF09,
https://www.peekvids.com/watch?v=EilKvpxbVCk, https://www.peekvids.com/watch?v=CpzkrDLUVZg, https://www.peekvids.com/watch?v=VU49fh3Jpy7,
https://www.peekvids.com/watch?v=rHf7ns68Qxs, https://www.peekvids.com/watch?v=Dlw17vKRoBT
5.f. Date of third notice: 2015-10-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pitonna
5.b. Uploader's email address: footballmike@yahoo.nl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pitonna
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EAntqhfCCFh, https://www.peekvids.com/watch?v=Qq0G48GDjpO,
https://www.peekvids.com/watch?v=9ulG1gaD9Ez, https://www.peekvids.com/watch?v=qYq1vAu8iPZ, https://www.peekvids.com/watch?v=4wpWb2Nx-FU,
https://www.peekvids.com/watch?v=hCvlSZbs3Q3, https://www.peekvids.com/watch?v=g8se2ADM_De, https://www.peekvids.com/watch?v=CfKD1Wai6wL,
https://www.peekvids.com/watch?v=Tp0vyYTFym4, https://www.peekvids.com/watch?v=FnSP8d-8uYf, https://www.peekvids.com/watch?v=xHUiXb2ocjC,
https://www.peekvids.com/watch?v=ATfJDifyUIA, https://www.peekvids.com/watch?v=kgQJaYA5wPH, https://www.peekvids.com/watch?v=nPSdFopjZrE,
https://www.peekvids.com/watch?v=kCNV3uqcxK5, https://www.peekvids.com/watch?v=V7rtgjGHKN6, https://www.peekvids.com/watch?v=Ra1zX1E1mMC,
https://www.peekvids.com/watch?v=5xhDiKcnQqT, https://www.peekvids.com/watch?v=s99oEmqFkFj, https://www.peekvids.com/watch?v=e-tedH1Nlxr,
https://www.peekvids.com/watch?v=RPp9Nk-09Zp, https://www.peekvids.com/watch?v=ey7HAjXHfE9, https://www.peekvids.com/watch?v=AvNFa_bbYs9,
https://www.peekvids.com/watch?v=rVjHMGmVyXl, https://www.peekvids.com/watch?v=Hnzx4-wbqVX, https://www.peekvids.com/watch?v=IRNKo_JLGkq,
https://www.peekvids.com/watch?v=yWDfZ0h1EzP, https://www.peekvids.com/watch?v=iWogZierKB7, https://www.peekvids.com/watch?v=ucYNMJzGxqL,
https://www.peekvids.com/watch?v=StPhqtQnnOU, https://www.peekvids.com/watch?v=C59NC9kZSAr, https://www.peekvids.com/watch?v=KVNtBzfKVFz,
https://www.peekvids.com/watch?v=lcQOKhHviW5, https://www.peekvids.com/watch?v=89zvBNAFMgb, https://www.peekvids.com/watch?v=dbRptb5LTfA,
https://www.peekvids.com/watch?v=VINp9xHapod, https://www.peekvids.com/watch?v=aoG70IMw102, https://www.peekvids.com/watch?v=84V3vqZZw5M,
https://www.peekvids.com/watch?v=edLTOki-PKW, https://www.peekvids.com/watch?v=sJ9q4o-DMSU, https://www.peekvids.com/watch?v=QoWQ0Is9Fi0,
https://www.peekvids.com/watch?v=FgzqLCM1yFz, https://www.peekvids.com/watch?v=CFOzJdwlI45, https://www.peekvids.com/watch?v=bhIeTpe2CwA,
https://www.peekvids.com/watch?v=hs1XXL_JiMb, https://www.peekvids.com/watch?v=TCPE8Xywa3j, https://www.peekvids.com/watch?v=y5zM6xQ-dZI,
https://www.peekvids.com/watch?v=w_Gzb-5U_wg, https://www.peekvids.com/watch?v=dCb-MoR9WUf, https://www.peekvids.com/watch?v=t1_NHIgPC1f,
https://www.peekvids.com/watch?v=uVyo0H3tICV, https://www.peekvids.com/watch?v=e7E5bigCqWZ, https://www.peekvids.com/watch?v=YiqP_3yiA-b,
https://www.peekvids.com/watch?v=inw1iEjJe27, https://www.peekvids.com/watch?v=StSL2wlyNot, https://www.peekvids.com/watch?v=xKtbtp0PpRx,
https://www.peekvids.com/watch?v=cfuGkERJ7EJ, https://www.peekvids.com/watch?v=o6_Di0WkMiB, https://www.peekvids.com/watch?v=cyhzbKgd-0K,
https://www.peekvids.com/watch?v=5UtJGJcfqOp, https://www.peekvids.com/watch?v=CKkH2RnOo5m, https://www.peekvids.com/watch?v=K1TVZJqFjVP,
https://www.peekvids.com/watch?v=H21Ixwv-ZWR, https://www.peekvids.com/watch?v=63f7z1iST_G, https://www.peekvids.com/watch?v=Kcc9kVhmz9k,
https://www.peekvids.com/watch?v=h2_-O9MaaCz, https://www.peekvids.com/watch?v=IkaUWkoOr9u, https://www.peekvids.com/watch?v=ndIgdeK_TxC,
https://www.peekvids.com/watch?v=korWNDiQviJ, https://www.peekvids.com/watch?v=mya_rmfL9WA, https://www.peekvids.com/watch?v=t2pGvh9Px1D,
https://www.peekvids.com/watch?v=vSe4oVm-Pjc, https://www.peekvids.com/watch?v=mYQDDf0HDK9, https://www.peekvids.com/watch?v=WjtAkfKTbND,
https://www.peekvids.com/watch?v=Ok0BD-VBHUI, https://www.peekvids.com/watch?v=OLfycjDXjWM, https://www.peekvids.com/watch?v=eRp5nMI_7Uh,
https://www.peekvids.com/watch?v=Z6h3w1k80Hr, https://www.peekvids.com/watch?v=m-0wOwpsWSc, https://www.peekvids.com/watch?v=yzCW8Gx8vd7,
https://www.peekvids.com/watch?v=u-AvBRCVFuL, https://www.peekvids.com/watch?v=a0znrVTOmCv, https://www.peekvids.com/watch?v=rvJi5eFHFdn,
https://www.peekvids.com/watch?v=kdEq9zIcbOs, https://www.peekvids.com/watch?v=xWqxSMSh_la, https://www.peekvids.com/watch?v=xcknJYEPYF2,
https://www.peekvids.com/watch?v=nB5QdNAmfFW, https://www.peekvids.com/watch?v=D5C_nXP98C2, https://www.peekvids.com/watch?v=EIErowmNzAa,
https://www.peekvids.com/watch?v=J78Fv0NqaoD, https://www.peekvids.com/watch?v=2gzhXIGHNLw, https://www.peekvids.com/watch?v=nQJNdeoi9BN,
https://www.peekvids.com/watch?v=8ogZ9qngi7M, https://www.peekvids.com/watch?v=I5pmWKg5lhr, https://www.peekvids.com/watch?v=EXo6n0m-CEQ,
https://www.peekvids.com/watch?v=bfgjF2hxCZ2, https://www.peekvids.com/watch?v=q8Bl0VhbTqP, https://www.peekvids.com/watch?v=ro3yucxMDIO,
https://www.peekvids.com/watch?v=7miYdIY4PjJ, https://www.peekvids.com/watch?v=yWWJkwwKDYZ, https://www.peekvids.com/watch?v=KF9snaP8eEv,
https://www.peekvids.com/watch?v=h2iVAQ5JhiP, https://www.peekvids.com/watch?v=IQPue8hCe5Q, https://www.peekvids.com/watch?v=tJ-qfb4GM3L,
https://www.peekvids.com/watch?v=t7Ui4RyjTpd
5.f. Date of third notice: 2015-11-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: playboypro
5.b. Uploader's email address: cooperboy@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=playboypro
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EffbL2wx9TM, https://www.peekvids.com/watch?v=7ZycwfbY2lB,
https://www.peekvids.com/watch?v=sR-ozmbaddV, https://www.peekvids.com/watch?v=9alpQMzLwzP, https://www.peekvids.com/watch?v=v3qzuhfy5XV,
https://www.peekvids.com/watch?v=ayRvUxzcqHm, https://www.peekvids.com/watch?v=bHhr47cxJYm, https://www.peekvids.com/watch?v=vFuzOIi8zyg,
https://www.peekvids.com/watch?v=i2U-O0jPzTa, https://www.peekvids.com/watch?v=kqfH3KzYdwl, https://www.peekvids.com/watch?v=2A5tF0oYrBL,
https://www.peekvids.com/watch?v=AkC3ROdsJXA, https://www.peekvids.com/watch?v=lrCRpKU-hPr, https://www.peekvids.com/watch?v=BZdxpEthovy,
https://www.peekvids.com/watch?v=3HIPip5WTxv, https://www.peekvids.com/watch?v=eZ9R-vhKzF9, https://www.peekvids.com/watch?v=bCUoZRcnKa3,
https://www.peekvids.com/watch?v=-xlnYlCa9e-, https://www.peekvids.com/watch?v=fHs0aTlCh8a, https://www.peekvids.com/watch?v=jc48HkCdVHr,
https://www.peekvids.com/watch?v=EKN5E4eSKPM, https://www.peekvids.com/watch?v=GTMN7BkzvqK, https://www.peekvids.com/watch?v=Kx8TuiiaBX8,
https://www.peekvids.com/watch?v=sdrFWXBeodl, https://www.peekvids.com/watch?v=63gV2FZLGNL, https://www.peekvids.com/watch?v=8L5p-fRoHHG,
https://www.peekvids.com/watch?v=cDB-xocuht0, https://www.peekvids.com/watch?v=u9hDCu2xQVg, https://www.peekvids.com/watch?v=4QFWgK0YGMo,
https://www.peekvids.com/watch?v=lHSIbktCjL-, https://www.peekvids.com/watch?v=aF3bF8WP3fk, https://www.peekvids.com/watch?v=rnBlmNuXReS,
https://www.peekvids.com/watch?v=tvNeSHYvTnM, https://www.peekvids.com/watch?v=EyQSOcxGUOG, https://www.peekvids.com/watch?v=ejjr0w67FFi,
https://www.peekvids.com/watch?v=tnNmuktZ39p, https://www.peekvids.com/watch?v=yUar4upl9rD, https://www.peekvids.com/watch?v=ckDhLJxt5dt,
https://www.peekvids.com/watch?v=zc-t0USHrxt, https://www.peekvids.com/watch?v=cZXOg4GUXEy, https://www.peekvids.com/watch?v=AmkqMS2JFJg,
https://www.peekvids.com/watch?v=e4xwDkX4b6J, https://www.peekvids.com/watch?v=MSOmXsqiTCL, https://www.peekvids.com/watch?v=WIEmHV26Xqy,
https://www.peekvids.com/watch?v=-oD6vaf7pxW, https://www.peekvids.com/watch?v=XPk4aYrvoNk, https://www.peekvids.com/watch?v=y0gXBBAOZeh,
https://www.peekvids.com/watch?v=PSGsIIqV5JC, https://www.peekvids.com/watch?v=fUulBKX6zCY, https://www.peekvids.com/watch?v=9oVsetftHcY,
https://www.peekvids.com/watch?v=sXZU0MY6xDL, https://www.peekvids.com/watch?v=fCrHlz5bMSh, https://www.peekvids.com/watch?v=4K8I49dlH85,
https://www.peekvids.com/watch?v=ewuC7sYVYF6, https://www.peekvids.com/watch?v=rI0ZmYCcsiH, https://www.peekvids.com/watch?v=0vkBNDgNO4g,
https://www.peekvids.com/watch?v=LbZ-RLfYqiQ, https://www.peekvids.com/watch?v=tgca2DVY5II, https://www.peekvids.com/watch?v=eRefP69yqtC,
https://www.peekvids.com/watch?v=Qx7MtBhBbQS, https://www.peekvids.com/watch?v=NP09HQH4EOY, https://www.peekvids.com/watch?v=mWQ2w0e9Aav,
https://www.peekvids.com/watch?v=L-Iwx8yOFLW, https://www.peekvids.com/watch?v=-nKg9Dm9swE, https://www.peekvids.com/watch?v=gZcAuSJ-uzN,
https://www.peekvids.com/watch?v=9ZKLZMcS6Wo, https://www.peekvids.com/watch?v=WcPwjA4akZA, https://www.peekvids.com/watch?v=TmSUJUsfbdx,
https://www.peekvids.com/watch?v=atKHQ2q2bTc, https://www.peekvids.com/watch?v=DdCJRGfSjM7, https://www.peekvids.com/watch?v=6VI5jezrxs3,
https://www.peekvids.com/watch?v=k48fDsBzYOs, https://www.peekvids.com/watch?v=JDBtNeJ5dhu, https://www.peekvids.com/watch?v=Q98q0vbGZ32,
https://www.peekvids.com/watch?v=XolBVIUGvZ0, https://www.peekvids.com/watch?v=c3DyggIoHj8, https://www.peekvids.com/watch?v=c4upoIw8Nz0,
https://www.peekvids.com/watch?v=bpcRMFsi-dt, https://www.peekvids.com/watch?v=YMwjrDGcZOu, https://www.peekvids.com/watch?v=B74AKg2oi0x,
https://www.peekvids.com/watch?v=CEe9SIih5et, https://www.peekvids.com/watch?v=TFfhNmhOqKa, https://www.peekvids.com/watch?v=kJcQFcL3ygi,
https://www.peekvids.com/watch?v=RJW8SgHwym8, https://www.peekvids.com/watch?v=9VWncfD7Vsq, https://www.peekvids.com/watch?v=juAO7e7XXxe,
https://www.peekvids.com/watch?v=Qu6mfJTCcR5, https://www.peekvids.com/watch?v=eMyvgLFnyHi, https://www.peekvids.com/watch?v=qUVc33YLyMA,
https://www.peekvids.com/watch?v=m4Nm-lNvWSK, https://www.peekvids.com/watch?v=hVtZXQCr7Xu, https://www.peekvids.com/watch?v=nNqvZoGzSzN,
https://www.peekvids.com/watch?v=UvdwExZZLyz, https://www.peekvids.com/watch?v=dwOsS9tGDuM, https://www.peekvids.com/watch?v=EeBmrLA30xP,
https://www.peekvids.com/watch?v=9tiQ5coHmYF, https://www.peekvids.com/watch?v=iEjA6VoFGFu, https://www.peekvids.com/watch?v=dDAmaujJ0yn,
https://www.peekvids.com/watch?v=gQD8E0NABZo, https://www.peekvids.com/watch?v=H9Z6tWfVVMa, https://www.peekvids.com/watch?v=G4AVShY7SYZ,
https://www.peekvids.com/watch?v=jeodPLAvdrV, https://www.peekvids.com/watch?v=Bef9pX9AXAt, https://www.peekvids.com/watch?v=AciDa3mLD8C,
https://www.peekvids.com/watch?v=vTdE29IkK7N, https://www.peekvids.com/watch?v=LE0eGjmepnv, https://www.peekvids.com/watch?v=WJQiz05MXUX,
https://www.peekvids.com/watch?v=Uxz6rwHh7KY, https://www.peekvids.com/watch?v=KHx05dJoQeF, https://www.peekvids.com/watch?v=Eywdd2h4ZX8,
https://www.peekvids.com/watch?v=gEqJnnHNemJ, https://www.peekvids.com/watch?v=hAqfWkTdAsJ, https://www.peekvids.com/watch?v=IVL4M6-WeIc,
https://www.peekvids.com/watch?v=l7SWxAXx8Er, https://www.peekvids.com/watch?v=wCEdAYTbfve, https://www.peekvids.com/watch?v=0f5Y8U9LFnH,
https://www.peekvids.com/watch?v=fNsC4iVlgM6, https://www.peekvids.com/watch?v=jQr7Xtmnpv-, https://www.peekvids.com/watch?v=2uT62eeNq6j,
https://www.peekvids.com/watch?v=fgEWTwA-To9, https://www.peekvids.com/watch?v=AH8yPQU-2oh, https://www.peekvids.com/watch?v=663neSzBuw-,
https://www.peekvids.com/watch?v=KNe0j8IHBjX, https://www.peekvids.com/watch?v=N90-0VsFMg2, https://www.peekvids.com/watch?v=GLsuVXmidzu,
https://www.peekvids.com/watch?v=WAeishndsG8, https://www.peekvids.com/watch?v=VM6SQ7vLC06, https://www.peekvids.com/watch?v=CexvoCINeSY,
https://www.peekvids.com/watch?v=3NdXWICurBc, https://www.peekvids.com/watch?v=gFK2vEvUGtS, https://www.peekvids.com/watch?v=ypxInv3N7L6,
https://www.peekvids.com/watch?v=dIDUnmX0vb2, https://www.peekvids.com/watch?v=QfyPqaZkn6z, https://www.peekvids.com/watch?v=Pic4qc-Afos,
https://www.peekvids.com/watch?v=WLBQh6mommB, https://www.peekvids.com/watch?v=LixUqRQrbqL, https://www.peekvids.com/watch?v=R5ctZOspUpg,
https://www.peekvids.com/watch?v=qqisejLfgGB, https://www.peekvids.com/watch?v=aSuaAhLyrPo, https://www.peekvids.com/watch?v=EzdFHMhMr6t,
https://www.peekvids.com/watch?v=U86GH2xY3bM, https://www.peekvids.com/watch?v=L5uJGljwScS, https://www.peekvids.com/watch?v=yg56xR4Uzqw,
https://www.peekvids.com/watch?v=kU7aPUYT8Hm, https://www.peekvids.com/watch?v=lBtFMotchIm, https://www.peekvids.com/watch?v=aIh4CRyFNaE,
https://www.peekvids.com/watch?v=WyODfIbqzDQ, https://www.peekvids.com/watch?v=aLSNJ2tMAKH, https://www.peekvids.com/watch?v=HfgiMDsKvXw,
https://www.peekvids.com/watch?v=pNgHbh74m9G, https://www.peekvids.com/watch?v=7acUiXacECG, https://www.peekvids.com/watch?v=rej2t06Y8ZC,
https://www.peekvids.com/watch?v=3j5zq2af8LS, https://www.peekvids.com/watch?v=SPYGEuwOLws, https://www.peekvids.com/watch?v=454kLVVCi6W,
https://www.peekvids.com/watch?v=dZV7dO5FbDh, https://www.peekvids.com/watch?v=jttUjipmoos, https://www.peekvids.com/watch?v=qH9ZNyquFtQ,
https://www.peekvids.com/watch?v=HAcUo3fqTKh, https://www.peekvids.com/watch?v=Eos0k8wKRBh, https://www.peekvids.com/watch?v=gP9KoEeQFiB,
https://www.peekvids.com/watch?v=XgZXhfwh72q, https://www.peekvids.com/watch?v=KO9Od8OqMGH, https://www.peekvids.com/watch?v=KxLzkQO3Bvu,
https://www.peekvids.com/watch?v=Pizbp24TRoj, https://www.peekvids.com/watch?v=iFZumIGYeZT, https://www.peekvids.com/watch?v=QG022wAinOU,
https://www.peekvids.com/watch?v=9Yj3Z3i8yu2, https://www.peekvids.com/watch?v=KGsiTgoJqFa, https://www.peekvids.com/watch?v=hbMF9UiS8Hl,
https://www.peekvids.com/watch?v=IDZlkkHdoy5, https://www.peekvids.com/watch?v=XIvpkmKjEGy, https://www.peekvids.com/watch?v=0E3ENo6z8oA,
https://www.peekvids.com/watch?v=LosT0oeiimB, https://www.peekvids.com/watch?v=Fj-sLOLKksy, https://www.peekvids.com/watch?v=mrXEB7GRvwn,
https://www.peekvids.com/watch?v=XQ7gmJmdQuy, https://www.peekvids.com/watch?v=zTJoIFRHAq4, https://www.peekvids.com/watch?v=0l5IavzsP9i,
https://www.peekvids.com/watch?v=uz5oL3GUTNB, https://www.peekvids.com/watch?v=rxldZt9LV4N, https://www.peekvids.com/watch?v=Tjf6ZfHgC9B,
https://www.peekvids.com/watch?v=sb6tCCCk5wd, https://www.peekvids.com/watch?v=JK-xpxJzuGv, https://www.peekvids.com/watch?v=dcwGw8pJfwc,
https://www.peekvids.com/watch?v=bnrkPJyVjWP, https://www.peekvids.com/watch?v=xa3k5tkFcwQ, https://www.peekvids.com/watch?v=uI4f4jx5285,
https://www.peekvids.com/watch?v=NpcCQjxVh6K, https://www.peekvids.com/watch?v=4jUMxchiFTY, https://www.peekvids.com/watch?v=8GBScDpBnH6,
https://www.peekvids.com/watch?v=ONlyQYBPMoN, https://www.peekvids.com/watch?v=e2R65cRw-KG, https://www.peekvids.com/watch?v=ruhoML3FsrD,
https://www.peekvids.com/watch?v=BoRkRn3KpGy, https://www.peekvids.com/watch?v=U0oDDxmBXSJ, https://www.peekvids.com/watch?v=ZR9LC-KFAZV,
https://www.peekvids.com/watch?v=FnVmDo7eKcx, https://www.peekvids.com/watch?v=SQ90YqxLLXh, https://www.peekvids.com/watch?v=TFmi0et7Bcw,
https://www.peekvids.com/watch?v=iTBqErvJHMS, https://www.peekvids.com/watch?v=cLsjr7U8HOD, https://www.peekvids.com/watch?v=nOfYxWx-0Mh,
https://www.peekvids.com/watch?v=OO7LnVDRHK5, https://www.peekvids.com/watch?v=FQkOZ8JJVfq, https://www.peekvids.com/watch?v=aANWzAcfQI-,
https://www.peekvids.com/watch?v=VRxxEl9SsDT, https://www.peekvids.com/watch?v=RQVvZVBxseu, https://www.peekvids.com/watch?v=efJ0UlnwtRL,
https://www.peekvids.com/watch?v=IOLP4mWIEwe, https://www.peekvids.com/watch?v=I65I9cYf3xC, https://www.peekvids.com/watch?v=prNIVrAovcX,
https://www.peekvids.com/watch?v=f-cnxdUwW5n, https://www.peekvids.com/watch?v=qeV2w73gcNv, https://www.peekvids.com/watch?v=ZFwWlS9Y8xN,
https://www.peekvids.com/watch?v=JjKXUMuVd2K, https://www.peekvids.com/watch?v=GqS-wLkbXSH, https://www.peekvids.com/watch?v=v0InRIJIS-x,

https://www.peekvids.com/watch?v=BjH0JJevPxY, https://www.peekvids.com/watch?v=LwkRP0bBz8a, https://www.peekvids.com/watch?v=l45qGBBT47H,
https://www.peekvids.com/watch?v=Xrpv24CWH3l, https://www.peekvids.com/watch?v=6GkCQ-g4K5z, https://www.peekvids.com/watch?v=K0frO-Vdehx,
https://www.peekvids.com/watch?v=VX2bhiU09eY, https://www.peekvids.com/watch?v=4maOUowe2Be, https://www.peekvids.com/watch?v=Ghw98tWSIc7,
https://www.peekvids.com/watch?v=L5DuV5CtbNR, https://www.peekvids.com/watch?v=2-nw4CnmIC9, https://www.peekvids.com/watch?v=DijE7g3rfsf,
https://www.peekvids.com/watch?v=333TtkHWmes, https://www.peekvids.com/watch?v=PuWb99-kdiA, https://www.peekvids.com/watch?v=Biz9bugmzKM,
https://www.peekvids.com/watch?v=khvMavtirM7, https://www.peekvids.com/watch?v=XDgu0jVUF9A, https://www.peekvids.com/watch?v=G2OwdIfCYNE,
https://www.peekvids.com/watch?v=sIbtlT8EfHq, https://www.peekvids.com/watch?v=5Gi-jQBuicN, https://www.peekvids.com/watch?v=QNv5uibRXwO,
https://www.peekvids.com/watch?v=0EOT2MhZy3J, https://www.peekvids.com/watch?v=F5d2fB2La3a, https://www.peekvids.com/watch?v=L92mssShHiU,
https://www.peekvids.com/watch?v=b2zKjUiTCS5, https://www.peekvids.com/watch?v=waSlx6b7WsR, https://www.peekvids.com/watch?v=24wBYhF0L5Z,
https://www.peekvids.com/watch?v=xQgBWnKrgEO, https://www.peekvids.com/watch?v=-N2dgJB5ksg, https://www.peekvids.com/watch?v=82k8SIkBS7a,
https://www.peekvids.com/watch?v=VZEk09a2j6U, https://www.peekvids.com/watch?v=0fCVbARApwn, https://www.peekvids.com/watch?v=EBpZWur0Ho7,
https://www.peekvids.com/watch?v=vIyfb7BID7R, https://www.peekvids.com/watch?v=8QkyftMyZWF, https://www.peekvids.com/watch?v=gwmBnR6ynY9,
https://www.peekvids.com/watch?v=nt5Ce65TOgv, https://www.peekvids.com/watch?v=ruzUJjl3a6H, https://www.peekvids.com/watch?v=beodiUTEism,
https://www.peekvids.com/watch?v=eIk46KLd3p9, https://www.peekvids.com/watch?v=FBblJ6zmC4F, https://www.peekvids.com/watch?v=Mjdn4eIjw6k,
https://www.peekvids.com/watch?v=o2qGDbFIoT7, https://www.peekvids.com/watch?v=zTLDbilU0Ht, https://www.peekvids.com/watch?v=wMrvxCvR-yK,
https://www.peekvids.com/watch?v=MWfbwW7EYFl, https://www.peekvids.com/watch?v=9ZzcjmA47yF, https://www.peekvids.com/watch?v=DiECdBtMknR,
https://www.peekvids.com/watch?v=DgFaQZb3eo7, https://www.peekvids.com/watch?v=0V08JOQdiWZ, https://www.peekvids.com/watch?v=yBhxEtnVnWn,
https://www.peekvids.com/watch?v=eKECQBgYf4G, https://www.peekvids.com/watch?v=TWPrBcJ4A02, https://www.peekvids.com/watch?v=qrtOm2sIejQ,
https://www.peekvids.com/watch?v=iZe32tC-ZqR, https://www.peekvids.com/watch?v=2CJvdkIFV0x, https://www.peekvids.com/watch?v=DbnfvqAzV9K,
https://www.peekvids.com/watch?v=itZ4g5qRL2d, https://www.peekvids.com/watch?v=-clelhnFZW7, https://www.peekvids.com/watch?v=uGAwVwej2Hm,
https://www.peekvids.com/watch?v=q4-5f0nO6xu, https://www.peekvids.com/watch?v=JrMeFaA6NPK, https://www.peekvids.com/watch?v=NvoDC28Uah8,
https://www.peekvids.com/watch?v=3JKEP2uBfaT, https://www.peekvids.com/watch?v=KQygGsxF2Ym, https://www.peekvids.com/watch?v=DBeHLdEOLew,
https://www.peekvids.com/watch?v=QzHDosTFyCD, https://www.peekvids.com/watch?v=Y8kn8eVfZiZ, https://www.peekvids.com/watch?v=anBxF0Shuzr,
https://www.peekvids.com/watch?v=4dfA0HbG7Cu, https://www.peekvids.com/watch?v=C8FwhVMQGv7, https://www.peekvids.com/watch?v=NCxLdJsCpVl,
https://www.peekvids.com/watch?v=Vx2swXf7atN, https://www.peekvids.com/watch?v=87cwt53d5D3, https://www.peekvids.com/watch?v=f3iyQ0YJwtb,
https://www.peekvids.com/watch?v=GEB5oq3MFBM, https://www.peekvids.com/watch?v=PjoGbmyh3sq, https://www.peekvids.com/watch?v=6IQlCSjxp08,
https://www.peekvids.com/watch?v=EaKD0Kqayl8, https://www.peekvids.com/watch?v=GVBpEJ0w3EP, https://www.peekvids.com/watch?v=NK8LyiTZ6rs,
https://www.peekvids.com/watch?v=KewzSegZwj-, https://www.peekvids.com/watch?v=cfzBWceuZhx, https://www.peekvids.com/watch?v=0MCPUrVA5m9,
https://www.peekvids.com/watch?v=B73uyldpd8t, https://www.peekvids.com/watch?v=ih5ZMdv7t8Y, https://www.peekvids.com/watch?v=IxEJmL0KAJr,
https://www.peekvids.com/watch?v=5pEoUheMadb, https://www.peekvids.com/watch?v=sVaM2aXjxY8, https://www.peekvids.com/watch?v=7pEyeWzCfrJ,
https://www.peekvids.com/watch?v=6Un06fVbrEJ, https://www.peekvids.com/watch?v=7EnNIRmfr4G, https://www.peekvids.com/watch?v=e-XnJ7ASdr4,
https://www.peekvids.com/watch?v=P2RoM4H7Jer, https://www.peekvids.com/watch?v=UCxdQIZQCzy, https://www.peekvids.com/watch?v=Xw4cG3NHwxx,
https://www.peekvids.com/watch?v=GXAaFEPTqIN, https://www.peekvids.com/watch?v=5NkoVfrKSx9, https://www.peekvids.com/watch?v=X92B0CQ0pBb,
https://www.peekvids.com/watch?v=Mhx2ZwkxnJY, https://www.peekvids.com/watch?v=D0ecFF3tAtn, https://www.peekvids.com/watch?v=7Oq5DpYofET,
https://www.peekvids.com/watch?v=iBUswTLQztt, https://www.peekvids.com/watch?v=dmXh7tg4hPS, https://www.peekvids.com/watch?v=TwEBpybuo9s,
https://www.peekvids.com/watch?v=84bL7OQ63LF, https://www.peekvids.com/watch?v=JtGi5vV5aU3, https://www.peekvids.com/watch?v=VDdSFqefnjU,
https://www.peekvids.com/watch?v=2xMnJDIahxp, https://www.peekvids.com/watch?v=TcRa2IhnNuw, https://www.peekvids.com/watch?v=3Uyb3PN2Dao,
https://www.peekvids.com/watch?v=ycjdGfP6Vws, https://www.peekvids.com/watch?v=4L--TFNxgXo, https://www.peekvids.com/watch?v=J2G6FbEdbP0,
https://www.peekvids.com/watch?v=AIjH83GSvKt, https://www.peekvids.com/watch?v=4EFly-SEXdV, https://www.peekvids.com/watch?v=cMGSh2fEb9S,
https://www.peekvids.com/watch?v=YKqEfAPjDOV, https://www.peekvids.com/watch?v=AyhnOOvKqC8, https://www.peekvids.com/watch?v=fPAvFCrLccz,
https://www.peekvids.com/watch?v=gpSLNscANKq, https://www.peekvids.com/watch?v=EJThC9kqIde, https://www.peekvids.com/watch?v=hoTDRTbD95h,
https://www.peekvids.com/watch?v=jYRHgvkpSpp, https://www.peekvids.com/watch?v=WRfZ5b5gqaR, https://www.peekvids.com/watch?v=0QxaEtx8JAi,
https://www.peekvids.com/watch?v=wy75a4jXk-B, https://www.peekvids.com/watch?v=VPDxRmivYtS, https://www.peekvids.com/watch?v=J9jPTHioYxc,
https://www.peekvids.com/watch?v=nDGGYgDVwE0, https://www.peekvids.com/watch?v=OG6NjvreVJM, https://www.peekvids.com/watch?v=Cy9QkHrVdic,
https://www.peekvids.com/watch?v=YncJKcVTes7, https://www.peekvids.com/watch?v=6uDWUDVWcib, https://www.peekvids.com/watch?v=n3OdV4LjgRS,
https://www.peekvids.com/watch?v=GEjtmvb30Ue, https://www.peekvids.com/watch?v=FgYComd2L-D, https://www.peekvids.com/watch?v=8Y0hqvNlYdE,
https://www.peekvids.com/watch?v=sY-2pf4f2Oe
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pong161
5.b. Uploader's email address: malenkayaboo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pong161
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DZlF8lmURPn, https://www.peekvids.com/watch?v=eo2hTRUi5pc,
https://www.peekvids.com/watch?v=UDWaruG8zUZ, https://www.peekvids.com/watch?v=GBT64iYd9zE, https://www.peekvids.com/watch?v=Wf_yKTjBxxO,
https://www.peekvids.com/watch?v=kQWd0x2Nesz, https://www.peekvids.com/watch?v=NvUkMg6HvNv, https://www.peekvids.com/watch?v=f6iiC54GSqB,
https://www.peekvids.com/watch?v=GbBbh6NZ_Ow, https://www.peekvids.com/watch?v=cmSUttfvwsY, https://www.peekvids.com/watch?v=l84yBElEISi,
https://www.peekvids.com/watch?v=4DlAwJkqhwV, https://www.peekvids.com/watch?v=c6le-get65x, https://www.peekvids.com/watch?v=9XdZc-W1Tq5,
https://www.peekvids.com/watch?v=Vl0mYCnE-aN, https://www.peekvids.com/watch?v=lf4wAIOt_4c, https://www.peekvids.com/watch?v=wfv0cDfim_l,
https://www.peekvids.com/watch?v=9fbGGhJzomX, https://www.peekvids.com/watch?v=nl7mTkBkkSx, https://www.peekvids.com/watch?v=8h_Tj7mxktg,
https://www.peekvids.com/watch?v=mE2uDiu1X9f, https://www.peekvids.com/watch?v=za_tPVf9w2r, https://www.peekvids.com/watch?v=SXbinGroyu5,
https://www.peekvids.com/watch?v=ucIiOr8VEFU, https://www.peekvids.com/watch?v=rS0od2SAYCG, https://www.peekvids.com/watch?v=YL8AfYu9dQK,
https://www.peekvids.com/watch?v=nHtvGWZFknb, https://www.peekvids.com/watch?v=581-YOxUY6a, https://www.peekvids.com/watch?v=SR2a01SyFcI,
https://www.peekvids.com/watch?v=EZXW84JQmOX, https://www.peekvids.com/watch?v=CxLEgkP7S2r, https://www.peekvids.com/watch?v=7wY9Gh1C0md,
https://www.peekvids.com/watch?v=0SjShi7cJT9, https://www.peekvids.com/watch?v=XrYwNheNwf2
5.f. Date of third notice: 2015-09-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: poolmanguard
5.b. Uploader's email address: anreoparadise151@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=poolmanguard
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=5hxieySii4q, https://www.peekvids.com/watch?v=u3qeJg-ujeT,
https://www.peekvids.com/watch?v=adDuvNl7HoO, https://www.peekvids.com/watch?v=y9gMy61qk59, https://www.peekvids.com/watch?v=KHfaKDaPWhi,
https://www.peekvids.com/watch?v=EAOxezpXQDM, https://www.peekvids.com/watch?v=fGxLw-aKltz, https://www.peekvids.com/watch?v=jwuUIOjPO-z,
https://www.peekvids.com/watch?v=toWxiFoHIt3, https://www.peekvids.com/watch?v=Y6RgHLzVdxJ, https://www.peekvids.com/watch?v=OlTuvJRkTgS,
https://www.peekvids.com/watch?v=pjXsKp0w1S4, https://www.peekvids.com/watch?v=pdCfVx_P3nO, https://www.peekvids.com/watch?v=hpa4aX8iFy7,
https://www.peekvids.com/watch?v=yd9uNw31kDj, https://www.peekvids.com/watch?v=LEtlP8Gu1VB, https://www.peekvids.com/watch?v=L7NDgQajVRc,
https://www.peekvids.com/watch?v=bAmyCf7AwJN, https://www.peekvids.com/watch?v=STwV7cdp5Ot, https://www.peekvids.com/watch?v=tvIf2_td0Ui,
https://www.peekvids.com/watch?v=XpxdhjY_Apc, https://www.peekvids.com/watch?v=gYe0EPdqpzz, https://www.peekvids.com/watch?v=F9a_azhAZcN,
https://www.peekvids.com/watch?v=ltaRpqG2GSK, https://www.peekvids.com/watch?v=fzv6ATFUput, https://www.peekvids.com/watch?v=2CLvaFChqn7,
https://www.peekvids.com/watch?v=MkNp5PukLNe, https://www.peekvids.com/watch?v=z1q_ZTJROWB, https://www.peekvids.com/watch?v=ru3gKqTxEyx,
https://www.peekvids.com/watch?v=T-3m3i3umnL, https://www.peekvids.com/watch?v=HDUYZLr9YSM, https://www.peekvids.com/watch?v=uu0DjyVqODD,
https://www.peekvids.com/watch?v=LNX9qssI7xV, https://www.peekvids.com/watch?v=iMzuJZI726o, https://www.peekvids.com/watch?v=qdLDu9Wg1Kj,
https://www.peekvids.com/watch?v=K2ACgCZogkw, https://www.peekvids.com/watch?v=XAh-R9jRF0t, https://www.peekvids.com/watch?v=Atu5qsHDSV0,
https://www.peekvids.com/watch?v=miiGg1yTDvz, https://www.peekvids.com/watch?v=i4iQ08OSeF9, https://www.peekvids.com/watch?v=EiGme_pgGrZ,
https://www.peekvids.com/watch?v=T4KXbGjMtvR, https://www.peekvids.com/watch?v=MIfJqxljxyR, https://www.peekvids.com/watch?v=FIz6fOMw4iQ,
https://www.peekvids.com/watch?v=a2Y9sXyBQRh, https://www.peekvids.com/watch?v=3m0kAFiWUWX, https://www.peekvids.com/watch?v=OKB6yGiAWHl,
https://www.peekvids.com/watch?v=nGGgFxgHAul, https://www.peekvids.com/watch?v=sv_kmCcFXwM, https://www.peekvids.com/watch?v=HglU7Trl-YL,
https://www.peekvids.com/watch?v=IoSLB8KmZCw, https://www.peekvids.com/watch?v=Ujs_cUSoTYu, https://www.peekvids.com/watch?v=l8hJVNUE5hI,
https://www.peekvids.com/watch?v=qGk7g4HW8u2, https://www.peekvids.com/watch?v=wprAsajYuQ0, https://www.peekvids.com/watch?v=a56LSosbClH,
https://www.peekvids.com/watch?v=Lo7KWffhrmN, https://www.peekvids.com/watch?v=ax4G3PzNqVf, https://www.peekvids.com/watch?v=C6zRANCfk8j,
https://www.peekvids.com/watch?v=Q4k9koJHuth, https://www.peekvids.com/watch?v=L24QPsTeEmG, https://www.peekvids.com/watch?v=tsaLZhK1JZC,
https://www.peekvids.com/watch?v=KwaTJB7ty4N, https://www.peekvids.com/watch?v=5aYKhzh0zzw, https://www.peekvids.com/watch?v=PkMH-TvCSf6,
https://www.peekvids.com/watch?v=LdJAr3fMGiH, https://www.peekvids.com/watch?v=XLt5mZbWAhx, https://www.peekvids.com/watch?v=01iBpAfk0Vj,
https://www.peekvids.com/watch?v=GwOdkYflHc5, https://www.peekvids.com/watch?v=tDIC0TdGJDr, https://www.peekvids.com/watch?v=jJIyxt7D99u,
https://www.peekvids.com/watch?v=KIxZkI4rWGe, https://www.peekvids.com/watch?v=smL9sWxbuRv, https://www.peekvids.com/watch?v=X7u0Q2LF_qp,
https://www.peekvids.com/watch?v=nFqh6kP-zyp, https://www.peekvids.com/watch?v=Mt0GTQp767j, https://www.peekvids.com/watch?v=nE0bBdZfWRq,
https://www.peekvids.com/watch?v=SMOIY_7vpkB, https://www.peekvids.com/watch?v=wtw_bETmuqC, https://www.peekvids.com/watch?v=W9PInk52uae,
https://www.peekvids.com/watch?v=ZIbzpQyW-XN, https://www.peekvids.com/watch?v=Sa98HPUQLDQ, https://www.peekvids.com/watch?v=5OC6nA_xldR,
https://www.peekvids.com/watch?v=tFUobYLGALV, https://www.peekvids.com/watch?v=2FKwEiRzHkZ, https://www.peekvids.com/watch?v=LgwYCjDGaOS,
https://www.peekvids.com/watch?v=QzX2UYcukDe, https://www.peekvids.com/watch?v=t50x5byPsqB, https://www.peekvids.com/watch?v=pvCAo42zvJz,
https://www.peekvids.com/watch?v=Oi3dpxB7LSx, https://www.peekvids.com/watch?v=KznoL87SE4N, https://www.peekvids.com/watch?v=s8v8f6ebLMf,
https://www.peekvids.com/watch?v=5_2AVGVupSj, https://www.peekvids.com/watch?v=osDCPejkz9b, https://www.peekvids.com/watch?v=5BCR5-gVdlF,
https://www.peekvids.com/watch?v=d2IqGIrfovP, https://www.peekvids.com/watch?v=WOVYxJNzHDJ, https://www.peekvids.com/watch?v=WWctTiemtZx,
https://www.peekvids.com/watch?v=jz9wfMHzx7f, https://www.peekvids.com/watch?v=81in-iES0Dy, https://www.peekvids.com/watch?v=ahE_CUYcUSr,
https://www.peekvids.com/watch?v=outViNR5NzN, https://www.peekvids.com/watch?v=Ya_cCzXWS7a, https://www.peekvids.com/watch?v=4_XjlG78WRf,
https://www.peekvids.com/watch?v=JCegIFclBJ4, https://www.peekvids.com/watch?v=q6F4Ex_J0UX, https://www.peekvids.com/watch?v=uQjwGEXk4FO,
https://www.peekvids.com/watch?v=OSRmAV_PZDu, https://www.peekvids.com/watch?v=DdI_QZLk-zh, https://www.peekvids.com/watch?v=6CWwksL2MDK,
https://www.peekvids.com/watch?v=VxOTr5Jryps, https://www.peekvids.com/watch?v=TaeA7P4VxRo, https://www.peekvids.com/watch?v=I7SQCZvWQDv,
https://www.peekvids.com/watch?v=Pp345yViHKq, https://www.peekvids.com/watch?v=JRIKlVGZ18x, https://www.peekvids.com/watch?v=I27U3S3HFAe,
https://www.peekvids.com/watch?v=5jJ5sx56RLl, https://www.peekvids.com/watch?v=Hyde6AuaFR3, https://www.peekvids.com/watch?v=2gRvih67EzV,
https://www.peekvids.com/watch?v=3uAbj4PQqOv, https://www.peekvids.com/watch?v=5JTyiwUR2-i, https://www.peekvids.com/watch?v=hQIrch5xv75,
https://www.peekvids.com/watch?v=hsM_wuPWhfC, https://www.peekvids.com/watch?v=fHQzbN2h_Ng, https://www.peekvids.com/watch?v=ZoJ-15R8ZFl,
https://www.peekvids.com/watch?v=o_kxYLifK8i, https://www.peekvids.com/watch?v=nESV-HNyO_P, https://www.peekvids.com/watch?v=pxrphud1bd9,
https://www.peekvids.com/watch?v=VgarG5ntg-l, https://www.peekvids.com/watch?v=dOmEzZiqX9Q, https://www.peekvids.com/watch?v=FkovgufBRUG,
https://www.peekvids.com/watch?v=xoWxcSkShZ2, https://www.peekvids.com/watch?v=CWqYUvh1-g9, https://www.peekvids.com/watch?v=erZteM6lZH2,
https://www.peekvids.com/watch?v=6iAb97ol17r, https://www.peekvids.com/watch?v=D19DYFEImDC, https://www.peekvids.com/watch?v=Qh6EYYcJ46Z,
https://www.peekvids.com/watch?v=VeFNM2nvftr, https://www.peekvids.com/watch?v=TlwitFoudyL, https://www.peekvids.com/watch?v=O0fPp46Zi9e,
https://www.peekvids.com/watch?v=LbhpuK23Ekh, https://www.peekvids.com/watch?v=B8wCgOkywmy, https://www.peekvids.com/watch?v=kC57siz0v-A,
https://www.peekvids.com/watch?v=r30Lzu-u--e, https://www.peekvids.com/watch?v=nJVRBScZPdZ, https://www.peekvids.com/watch?v=tiu5F0d27KA,
https://www.peekvids.com/watch?v=4ZI5s559p-j, https://www.peekvids.com/watch?v=PkJ6l4LnVOR, https://www.peekvids.com/watch?v=eT91yKbslKn,
https://www.peekvids.com/watch?v=rmMmvInG7uM, https://www.peekvids.com/watch?v=tNGOwzerxeV, https://www.peekvids.com/watch?v=lbybuvy1Z8i,
https://www.peekvids.com/watch?v=tn-vWG8ifkU, https://www.peekvids.com/watch?v=mLzNl9CtQby, https://www.peekvids.com/watch?v=yEtp3GMQhQH,
https://www.peekvids.com/watch?v=JSzm4YtqGk5, https://www.peekvids.com/watch?v=Er9UX0P4bt6, https://www.peekvids.com/watch?v=7Jm6sO6g7_Y,
https://www.peekvids.com/watch?v=tsLKknyZd4K, https://www.peekvids.com/watch?v=pJAf7Xpc5XZ, https://www.peekvids.com/watch?v=dUZhvWEvvYL,
https://www.peekvids.com/watch?v=qych0xM_47b, https://www.peekvids.com/watch?v=Wn0HFEcH-cr, https://www.peekvids.com/watch?v=nfnJrzTD_70,
https://www.peekvids.com/watch?v=0aGGU4zbtmo, https://www.peekvids.com/watch?v=y7DcQWV_Jwn, https://www.peekvids.com/watch?v=8b2n-Q2pbss,
https://www.peekvids.com/watch?v=4bB11_nwK8X, https://www.peekvids.com/watch?v=AKQ-mq1r9Jd, https://www.peekvids.com/watch?v=RX_R2UvAEkv,
https://www.peekvids.com/watch?v=o0Qecm0wDzW, https://www.peekvids.com/watch?v=L0pBIE0zDc4, https://www.peekvids.com/watch?v=NvgaFposZCg,
https://www.peekvids.com/watch?v=zX-OWqX6Yb4, https://www.peekvids.com/watch?v=FGRrbP-s8tL, https://www.peekvids.com/watch?v=GFXMYTtlCQU,
https://www.peekvids.com/watch?v=jap9jhJezqv, https://www.peekvids.com/watch?v=gi88jQThCOX, https://www.peekvids.com/watch?v=CbAcy6NvUWb,
https://www.peekvids.com/watch?v=O0epy0e6gJ4, https://www.peekvids.com/watch?v=I_m64Xo_blq, https://www.peekvids.com/watch?v=VV7qy8Jg3LS,
https://www.peekvids.com/watch?v=3eEJvnlIbf6, https://www.peekvids.com/watch?v=HSgk_GJTqnI, https://www.peekvids.com/watch?v=YVGHabyG0jS,
https://www.peekvids.com/watch?v=ado_Vz1n0QQ, https://www.peekvids.com/watch?v=ZIsrVIFqWCN, https://www.peekvids.com/watch?v=5w2zNsdoBvm,
https://www.peekvids.com/watch?v=loX_sTK8Sq4, https://www.peekvids.com/watch?v=wMrq4fPiYx7, https://www.peekvids.com/watch?v=rBz9ki_g_Qf,
https://www.peekvids.com/watch?v=LwiKslmUIuo, https://www.peekvids.com/watch?v=gacUiyjbves, https://www.peekvids.com/watch?v=xzQT76ak_IS,

https://www.peekvids.com/watch?v=8uTDBMdDxTl, https://www.peekvids.com/watch?v=7UujR4MfaJE, https://www.peekvids.com/watch?v=9CMkyG418jO,
https://www.peekvids.com/watch?v=nU7ux6t9lsj, https://www.peekvids.com/watch?v=ETfKrsvRqxl, https://www.peekvids.com/watch?v=5U6shRWpaKP,
https://www.peekvids.com/watch?v=rXTjnIqtPry, https://www.peekvids.com/watch?v=Yej1a8v_ljq, https://www.peekvids.com/watch?v=A6wiTJw1-xz,
https://www.peekvids.com/watch?v=x6PxtAG-v_U, https://www.peekvids.com/watch?v=2zbCCQuNAX3, https://www.peekvids.com/watch?v=KE2s1MAF74p,
https://www.peekvids.com/watch?v=n5m--H0QylR, https://www.peekvids.com/watch?v=Y8m8K_yFEud, https://www.peekvids.com/watch?v=r81Ugx5VbCo,
https://www.peekvids.com/watch?v=vHgEky7w9ot, https://www.peekvids.com/watch?v=FFzmuMEwgeE, https://www.peekvids.com/watch?v=NHhhHQepIAd,
https://www.peekvids.com/watch?v=cS6VW9gyvtX, https://www.peekvids.com/watch?v=TN_Wf6cEVCg, https://www.peekvids.com/watch?v=e3B2_KUhI3o,
https://www.peekvids.com/watch?v=v4BgG-6mPoX, https://www.peekvids.com/watch?v=7AkfDFqCVC2, https://www.peekvids.com/watch?v=mMpofoF2hGu,
https://www.peekvids.com/watch?v=j1PZPv40BtH, https://www.peekvids.com/watch?v=zaU9kQKf-2T, https://www.peekvids.com/watch?v=lr5dGVpob8C,
https://www.peekvids.com/watch?v=QZt-ilqWrzn, https://www.peekvids.com/watch?v=aqB9iw3wDdi, https://www.peekvids.com/watch?v=ypAuKsf8_Bt,
https://www.peekvids.com/watch?v=MZTSnUkMNzP, https://www.peekvids.com/watch?v=cF1LjdU_Zxf, https://www.peekvids.com/watch?v=tWlK-XGWoqz,
https://www.peekvids.com/watch?v=6TZD-ZoU0Dq, https://www.peekvids.com/watch?v=cPFGEEMhjTM, https://www.peekvids.com/watch?v=yOVv8N0oelU,
https://www.peekvids.com/watch?v=4PmEXS_opg4, https://www.peekvids.com/watch?v=ZAhiiHberEf, https://www.peekvids.com/watch?v=uh_SggvErv8,
https://www.peekvids.com/watch?v=75GO20GRMPe, https://www.peekvids.com/watch?v=nCRYToUE2rt, https://www.peekvids.com/watch?v=vwGCPZq6W26,
https://www.peekvids.com/watch?v=xa77WmjDbZw, https://www.peekvids.com/watch?v=CWcK08CCtoD, https://www.peekvids.com/watch?v=6JVChvflPka,
https://www.peekvids.com/watch?v=I00BdjflLc5, https://www.peekvids.com/watch?v=yoZL0dNr_oF, https://www.peekvids.com/watch?v=EHMZ6_Lyr3h,
https://www.peekvids.com/watch?v=x-14swvnwZu, https://www.peekvids.com/watch?v=iXqQ4E7qHDH, https://www.peekvids.com/watch?v=RSGEjSJMwtM,
https://www.peekvids.com/watch?v=fBfqxTRPe8p, https://www.peekvids.com/watch?v=dSw4i94uUtb, https://www.peekvids.com/watch?v=dm4jIazi_8M,
https://www.peekvids.com/watch?v=V4zP3wFDJKh, https://www.peekvids.com/watch?v=KKH1LfDteKe, https://www.peekvids.com/watch?v=v8DmBDz8pP8,
https://www.peekvids.com/watch?v=5UCftXmXSbu, https://www.peekvids.com/watch?v=QqdCMX_G8pZ, https://www.peekvids.com/watch?v=XpM9TaHomcg,
https://www.peekvids.com/watch?v=vttvziMTMCd, https://www.peekvids.com/watch?v=LdmGtJ7TOeL, https://www.peekvids.com/watch?v=Sc7yQryjDxf,
https://www.peekvids.com/watch?v=HCxQvQ-LlLD, https://www.peekvids.com/watch?v=Ek3yzv9ZGVI, https://www.peekvids.com/watch?v=O2pdvkhkgXZ,
https://www.peekvids.com/watch?v=ruEmDGQB0Cv, https://www.peekvids.com/watch?v=9tFE5NIQaXD, https://www.peekvids.com/watch?v=xDGxeeOR7yV,
https://www.peekvids.com/watch?v=Dm8NIjFz2ln, https://www.peekvids.com/watch?v=HUQyQmbZjUO, https://www.peekvids.com/watch?v=i03lTnHjWyq,
https://www.peekvids.com/watch?v=7gPOpJYtTuC, https://www.peekvids.com/watch?v=dltcZDUk_Xj, https://www.peekvids.com/watch?v=F0vX1NWud2i,
https://www.peekvids.com/watch?v=ja8cSXcx68k, https://www.peekvids.com/watch?v=od00JGciTcm, https://www.peekvids.com/watch?v=gy118_nhxfJ,
https://www.peekvids.com/watch?v=nD8GIMo0JAH, https://www.peekvids.com/watch?v=eLmZFkZ36a9, https://www.peekvids.com/watch?v=jo37KmHywuQ,
https://www.peekvids.com/watch?v=iqyFtE1Z5L2, https://www.peekvids.com/watch?v=eDylLyL3y9c, https://www.peekvids.com/watch?v=YMn4oC5nf2r,
https://www.peekvids.com/watch?v=I2j8sy0AWid, https://www.peekvids.com/watch?v=pdDt2poDdyU, https://www.peekvids.com/watch?v=PrsOy5HtEbB,
https://www.peekvids.com/watch?v=ktXaQTbfGAV, https://www.peekvids.com/watch?v=fOCRMPWglKV, https://www.peekvids.com/watch?v=MQ-7s_1RQWv,
https://www.peekvids.com/watch?v=tHtaR5VGODs, https://www.peekvids.com/watch?v=UysAwqMl0TD, https://www.peekvids.com/watch?v=RV5ZPN_dpMn,
https://www.peekvids.com/watch?v=H5DYVdZy2KY, https://www.peekvids.com/watch?v=bpQ3Bzpaa2N, https://www.peekvids.com/watch?v=dYlch7XTGY6,
https://www.peekvids.com/watch?v=ZB8tOcBkKLz, https://www.peekvids.com/watch?v=jMX92MLPu-Q, https://www.peekvids.com/watch?v=tYmusWeVvTx,
https://www.peekvids.com/watch?v=lkA_uXoIc9z, https://www.peekvids.com/watch?v=2yyH-NQTaq9, https://www.peekvids.com/watch?v=bucvofaXO5z,
https://www.peekvids.com/watch?v=j47AN53qOcq, https://www.peekvids.com/watch?v=NkwMZepj4_i, https://www.peekvids.com/watch?v=872TwXGXwpf,
https://www.peekvids.com/watch?v=GbyLTMNKjrY, https://www.peekvids.com/watch?v=y0-H8W5Feuv, https://www.peekvids.com/watch?v=ID3Y7OCmMuH,
https://www.peekvids.com/watch?v=JEMFpG8uaNk, https://www.peekvids.com/watch?v=0GdRb2ZxYsh, https://www.peekvids.com/watch?v=XJphm0dEL6j,
https://www.peekvids.com/watch?v=gz94t12o8mr, https://www.peekvids.com/watch?v=q4mLP44Xs2q, https://www.peekvids.com/watch?v=gIEqVhk_TZu,
https://www.peekvids.com/watch?v=Ar8G0WMApmq, https://www.peekvids.com/watch?v=dMxiCPiRauI, https://www.peekvids.com/watch?v=NqTVygcTqrW,
https://www.peekvids.com/watch?v=kZakKNjEVTo, https://www.peekvids.com/watch?v=cHlAP5wmyVe, https://www.peekvids.com/watch?v=CHDId30Y4MD,
https://www.peekvids.com/watch?v=jI7HEP3gJNZ, https://www.peekvids.com/watch?v=ZENs1BIuK7k, https://www.peekvids.com/watch?v=iqhUipXAdsa,
https://www.peekvids.com/watch?v=wohrPpb1lwP, https://www.peekvids.com/watch?v=HAbvJjA4JuP, https://www.peekvids.com/watch?v=mp9-kg0Ti10,
https://www.peekvids.com/watch?v=nCEbuPmQeQq, https://www.peekvids.com/watch?v=qJ53231lrC9, https://www.peekvids.com/watch?v=h0ql4Vx333a,
https://www.peekvids.com/watch?v=Bq7E2_4qyHO, https://www.peekvids.com/watch?v=GfNMc3Jbw5m, https://www.peekvids.com/watch?v=Bc5yXfbQMez,
https://www.peekvids.com/watch?v=ADTvjL1-9g4, https://www.peekvids.com/watch?v=gVlroIDL0cX, https://www.peekvids.com/watch?v=gIWLnhppPe8,
https://www.peekvids.com/watch?v=ML_rbVCgAwH, https://www.peekvids.com/watch?v=0QrpDs2BEBc, https://www.peekvids.com/watch?v=c4gc9z1GQYY,
https://www.peekvids.com/watch?v=OUDSICCjDUI, https://www.peekvids.com/watch?v=yGxW71PjBeh, https://www.peekvids.com/watch?v=U8fq_ffUXqe,
https://www.peekvids.com/watch?v=gEvQtlX0CEZ, https://www.peekvids.com/watch?v=KaCqZaURdv8, https://www.peekvids.com/watch?v=WBccEVHuDVZ,
https://www.peekvids.com/watch?v=lP3SyjkeMvT, https://www.peekvids.com/watch?v=OBhyYyWPADB, https://www.peekvids.com/watch?v=Bgc1qnBjXEe,
https://www.peekvids.com/watch?v=ldjWSmy1wYb, https://www.peekvids.com/watch?v=NbImY0GMaT0, https://www.peekvids.com/watch?v=VpMHxGzztBn,
https://www.peekvids.com/watch?v=f3w5YWWGhBw, https://www.peekvids.com/watch?v=JGeca6BuHTQ, https://www.peekvids.com/watch?v=OCxedoPvoIi,
https://www.peekvids.com/watch?v=bpqtCAZmUsK, https://www.peekvids.com/watch?v=WTbR33ddpgl, https://www.peekvids.com/watch?v=fV591YAlIOu,
https://www.peekvids.com/watch?v=JhsYqNuuwXJ, https://www.peekvids.com/watch?v=2qhHnzJV8lv, https://www.peekvids.com/watch?v=UqPzx6mkiyw,
https://www.peekvids.com/watch?v=N8byIFY_Ku2, https://www.peekvids.com/watch?v=08TwA9NlQ-3, https://www.peekvids.com/watch?v=jUNHLIYi1Aw,
https://www.peekvids.com/watch?v=5A_XzQGJ3Nb, https://www.peekvids.com/watch?v=sIxLGZseF57, https://www.peekvids.com/watch?v=qGFWlAbnLAc,
https://www.peekvids.com/watch?v=Eqt-Bfq0n2r, https://www.peekvids.com/watch?v=ligHL3ieGdY, https://www.peekvids.com/watch?v=JEIj_by9i1W,
https://www.peekvids.com/watch?v=mc8DVrn94EH, https://www.peekvids.com/watch?v=I97LtP1K5fq, https://www.peekvids.com/watch?v=KQuSIjBbT5Q,
https://www.peekvids.com/watch?v=6mjdmW_smj4, https://www.peekvids.com/watch?v=d57rcwLgYYe, https://www.peekvids.com/watch?v=mbo3Ts1-l7j,
https://www.peekvids.com/watch?v=ydGtz2l6VP3, https://www.peekvids.com/watch?v=a_xaf1kiL-B, https://www.peekvids.com/watch?v=4xOgzs-2ckv,
https://www.peekvids.com/watch?v=aWmFpYVI1KY, https://www.peekvids.com/watch?v=xFdelp3lEgr, https://www.peekvids.com/watch?v=ZGX2qxEJG2h,
https://www.peekvids.com/watch?v=SRN3dLDibVA, https://www.peekvids.com/watch?v=caHHEe1968i, https://www.peekvids.com/watch?v=LMNKdOelzAj,
https://www.peekvids.com/watch?v=Zylzyg6mrlZ, https://www.peekvids.com/watch?v=5TaucWmjIUC, https://www.peekvids.com/watch?v=iYtaRbahQR5,
https://www.peekvids.com/watch?v=Mfp2tjO2keV, https://www.peekvids.com/watch?v=NcbkRkJNX4r, https://www.peekvids.com/watch?v=K9SbP93f7rt,
https://www.peekvids.com/watch?v=qcLfB8xLxqY, https://www.peekvids.com/watch?v=V1rFnsPWKkn, https://www.peekvids.com/watch?v=ew0zDaoXtBg,
https://www.peekvids.com/watch?v=qNbxWkXe4Sy, https://www.peekvids.com/watch?v=8rRRcr0R2Aj, https://www.peekvids.com/watch?v=3nNAZ2Mds_o,
https://www.peekvids.com/watch?v=8Mg_ax0kKnE, https://www.peekvids.com/watch?v=W0vETVYi93r, https://www.peekvids.com/watch?v=6ys68E_GBCR,
https://www.peekvids.com/watch?v=9BYvRuoelZ6, https://www.peekvids.com/watch?v=qHTxk5AfW5d, https://www.peekvids.com/watch?v=X2sTLriR6iV,
https://www.peekvids.com/watch?v=2GanD6dFwIV, https://www.peekvids.com/watch?v=fNvsxyswiPo, https://www.peekvids.com/watch?v=9v9zfDh6BcO,
https://www.peekvids.com/watch?v=STx52dmIzhp, https://www.peekvids.com/watch?v=X-ERJFiiTgY, https://www.peekvids.com/watch?v=7iR3LcC-_Kb,
https://www.peekvids.com/watch?v=tbgwMyPCn_f, https://www.peekvids.com/watch?v=QafIJh7PV43, https://www.peekvids.com/watch?v=ogZoMEqEneg,
https://www.peekvids.com/watch?v=dIEjI4bPwCB, https://www.peekvids.com/watch?v=OsEHwkYbeO9, https://www.peekvids.com/watch?v=6Y5QBO24qzM,
https://www.peekvids.com/watch?v=77n9LYfEPCa, https://www.peekvids.com/watch?v=p4O31W0mz0T, https://www.peekvids.com/watch?v=fr9JXmR9D5b,
https://www.peekvids.com/watch?v=6JRtsDjpCkw, https://www.peekvids.com/watch?v=jMPxKzimnYd, https://www.peekvids.com/watch?v=2VlbSrT5m9y,
https://www.peekvids.com/watch?v=xp8BuPQdHNV, https://www.peekvids.com/watch?v=lJ3mzswm9Gp, https://www.peekvids.com/watch?v=OfKyIr1_UQa,
https://www.peekvids.com/watch?v=6QRn8wHHsax, https://www.peekvids.com/watch?v=hh75rlcAuJp, https://www.peekvids.com/watch?v=vi6b-6JkxiQ,
https://www.peekvids.com/watch?v=lD-8l2IsVPJ, https://www.peekvids.com/watch?v=0-UoC6ghBnF, https://www.peekvids.com/watch?v=sGG8a9B5ash,
https://www.peekvids.com/watch?v=i9PrbedbSYd, https://www.peekvids.com/watch?v=hF90raoaAxJ, https://www.peekvids.com/watch?v=dWaQ07TCUoM,
https://www.peekvids.com/watch?v=KCHxfPK4NJw, https://www.peekvids.com/watch?v=zDU4Ywkm16u, https://www.peekvids.com/watch?v=oHikzRf6csP,
https://www.peekvids.com/watch?v=yqakgp-8KQ9, https://www.peekvids.com/watch?v=XApqPTbefet, https://www.peekvids.com/watch?v=Vsw1pmBAeyB,
https://www.peekvids.com/watch?v=re130o1Stt5, https://www.peekvids.com/watch?v=jTgjz-LhhkI, https://www.peekvids.com/watch?v=8RA8N7yCw7A,
https://www.peekvids.com/watch?v=bgF5BQSSugs, https://www.peekvids.com/watch?v=2wf1u_U45Us, https://www.peekvids.com/watch?v=8T_FNl_ZCrS,
https://www.peekvids.com/watch?v=N_6cKQ6b6iY, https://www.peekvids.com/watch?v=VcIYmEde0zM, https://www.peekvids.com/watch?v=HebafDeq1zb,
https://www.peekvids.com/watch?v=aEl6R2NiQ0M, https://www.peekvids.com/watch?v=BkjvYlc-p3V, https://www.peekvids.com/watch?v=b0ashHzDSiQ,
https://www.peekvids.com/watch?v=gH911JbHDNG, https://www.peekvids.com/watch?v=FTyLTRT_1bh, https://www.peekvids.com/watch?v=FtisAGQxidZ,
https://www.peekvids.com/watch?v=VzolRJn-17V, https://www.peekvids.com/watch?v=r0iRa1TSnYL, https://www.peekvids.com/watch?v=bHHvgZFjX2R,
https://www.peekvids.com/watch?v=QTzJaTzdPxx, https://www.peekvids.com/watch?v=Cxm8ze_TQep, https://www.peekvids.com/watch?v=QgPs6T5_TaB,
https://www.peekvids.com/watch?v=M8FEiJJrgsL, https://www.peekvids.com/watch?v=XvEHxaK0W-9, https://www.peekvids.com/watch?v=xHwBHXC5VdD,
https://www.peekvids.com/watch?v=LAF9-k1_aGL, https://www.peekvids.com/watch?v=Xd57LQqGpW0, https://www.peekvids.com/watch?v=z0hgUQrN7Ie,
https://www.peekvids.com/watch?v=8BQgTKnxghs, https://www.peekvids.com/watch?v=2-RG5Zr-Q3s, https://www.peekvids.com/watch?v=eE41mM0JiNx,
https://www.peekvids.com/watch?v=yxhwlxUwe1Z, https://www.peekvids.com/watch?v=yNg7bCvnXaq, https://www.peekvids.com/watch?v=qeSDt680zCE,
https://www.peekvids.com/watch?v=ZBMMjtGFr7J, https://www.peekvids.com/watch?v=jYt3M9QGtAV, https://www.peekvids.com/watch?v=3e1Z9Aogr3u,
https://www.peekvids.com/watch?v=L-sQ5xQQCsj, https://www.peekvids.com/watch?v=T6KNr0ut6gp, https://www.peekvids.com/watch?v=Z0F6YC0Xa3X
5.f. Date of third notice: 2015-06-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: popolam
5.b. Uploader's email address: nessanillyl@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=popolam
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ZZX9_gAtqHN, https://www.peekvids.com/watch?v=jPEeNO_YzId,
https://www.peekvids.com/watch?v=ScLAjqjhK30, https://www.peekvids.com/watch?v=TGiOD_oUNYB, https://www.peekvids.com/watch?v=OOo7HK4GGmN,
https://www.peekvids.com/watch?v=ies3t1fis3I, https://www.peekvids.com/watch?v=0-QWr8yXy7T, https://www.peekvids.com/watch?v=w10tTCxogBM,
https://www.peekvids.com/watch?v=Si8coni0MX3, https://www.peekvids.com/watch?v=Iv0G-pg7Npg, https://www.peekvids.com/watch?v=CUkEz-OGqBm,
https://www.peekvids.com/watch?v=A2ETfrN4PIX, https://www.peekvids.com/watch?v=3bFPvDzkeG2, https://www.peekvids.com/watch?v=BlttedpbLmF,
https://www.peekvids.com/watch?v=bAH6YSTf3AH, https://www.peekvids.com/watch?v=oU8jacB3wRo, https://www.peekvids.com/watch?v=FDWN2tGljHe,
https://www.peekvids.com/watch?v=plVRJ2A_644, https://www.peekvids.com/watch?v=2nhKt12bTjb, https://www.peekvids.com/watch?v=6W1eXrtpQAk,
https://www.peekvids.com/watch?v=v4OO6k3cGg9, https://www.peekvids.com/watch?v=0roXst2WGhx, https://www.peekvids.com/watch?v=9F2Q2xrIwbC,
https://www.peekvids.com/watch?v=isDb0a8bJSB, https://www.peekvids.com/watch?v=qvN9hrKmHSh, https://www.peekvids.com/watch?v=MiEUNDTKBMK,
https://www.peekvids.com/watch?v=PMOjQeqhRZG, https://www.peekvids.com/watch?v=KsQsQmQKOtU, https://www.peekvids.com/watch?v=OEjb8hgxSdj,
https://www.peekvids.com/watch?v=yxkSDayakKK, https://www.peekvids.com/watch?v=bno0UjrXIJR, https://www.peekvids.com/watch?v=ouubJZSereS,
https://www.peekvids.com/watch?v=n9sQiKiXSeJ, https://www.peekvids.com/watch?v=B6ZHL-HGjHO, https://www.peekvids.com/watch?v=AGy7uyQ7URI,
https://www.peekvids.com/watch?v=RbshPL8DxQy, https://www.peekvids.com/watch?v=gyWsj4qDV6v, https://www.peekvids.com/watch?v=q_2kFr8Lkv7,
https://www.peekvids.com/watch?v=j0ktD5nMdwz, https://www.peekvids.com/watch?v=aDmvDkjAbeO, https://www.peekvids.com/watch?v=bLpDEjMMDvA,
https://www.peekvids.com/watch?v=BAnpq4fZF-a, https://www.peekvids.com/watch?v=r5eBnc5pEKz, https://www.peekvids.com/watch?v=vbRE2Sc7wqY,
https://www.peekvids.com/watch?v=mkcSdvoxGZB, https://www.peekvids.com/watch?v=q0A4Pqbx_rd, https://www.peekvids.com/watch?v=g2gQ_9Uy2ao,
https://www.peekvids.com/watch?v=aFmsqdOM7Va, https://www.peekvids.com/watch?v=Z3XBqNkPx7u, https://www.peekvids.com/watch?v=IDUrjdGLRnV,
https://www.peekvids.com/watch?v=nbrYLMS7V9Y, https://www.peekvids.com/watch?v=Y4_8kcqQP8r, https://www.peekvids.com/watch?v=4l5wiyloR8W,
https://www.peekvids.com/watch?v=GWW_GLl__dC, https://www.peekvids.com/watch?v=KdeIeXXiIZx, https://www.peekvids.com/watch?v=z3NnFhegLDn,
https://www.peekvids.com/watch?v=tZ6GNo67sbH, https://www.peekvids.com/watch?v=rnKcS-utp_X, https://www.peekvids.com/watch?v=i0IFl38CNw8,
https://www.peekvids.com/watch?v=ngR0pzLK2VK, https://www.peekvids.com/watch?v=N3vvXBZVlD0, https://www.peekvids.com/watch?v=y5ou92L6s7G,
https://www.peekvids.com/watch?v=woLHx9geQMJ, https://www.peekvids.com/watch?v=QeRYVGyOmC5, https://www.peekvids.com/watch?v=NzaiS-51M93,
https://www.peekvids.com/watch?v=OoZgwpwn3e6, https://www.peekvids.com/watch?v=yLpTpPNdEN8, https://www.peekvids.com/watch?v=ycQ_6OLmkhc,
https://www.peekvids.com/watch?v=kcgVmUtEy14, https://www.peekvids.com/watch?v=zdWbltmG9gv, https://www.peekvids.com/watch?v=KMncUF78jNk,
https://www.peekvids.com/watch?v=Gs8i-TArTco, https://www.peekvids.com/watch?v=bkq2zec6yUo, https://www.peekvids.com/watch?v=YcEmYkmnF9V,
https://www.peekvids.com/watch?v=x1QTmwtgrUR, https://www.peekvids.com/watch?v=VE0LCoj-VC6, https://www.peekvids.com/watch?v=WX4iDogv6z6,
https://www.peekvids.com/watch?v=j8tw05R8X3y, https://www.peekvids.com/watch?v=Vg5pVIrEqHy, https://www.peekvids.com/watch?v=c2Lu8EY8HK5,
https://www.peekvids.com/watch?v=6JGSVId4qZc, https://www.peekvids.com/watch?v=lOBUz-0eH8Q, https://www.peekvids.com/watch?v=zJuT1a-kEta,
https://www.peekvids.com/watch?v=yZ8W0QTJ0Q5, https://www.peekvids.com/watch?v=2vkIqhBxHJL, https://www.peekvids.com/watch?v=rXsqql-X0Z9,
https://www.peekvids.com/watch?v=p43IW_aFK1F, https://www.peekvids.com/watch?v=efQBGW742Gv, https://www.peekvids.com/watch?v=QEkx2UVGtKk,
https://www.peekvids.com/watch?v=Mzs4MrE5Noi, https://www.peekvids.com/watch?v=5fAHbU2NdIB, https://www.peekvids.com/watch?v=P4XIpSmNcLy,
https://www.peekvids.com/watch?v=m8evpnQn1e4, https://www.peekvids.com/watch?v=3jpt4To5RdV, https://www.peekvids.com/watch?v=jNV5-xhwvsM,
https://www.peekvids.com/watch?v=zeRR10l8qh4, https://www.peekvids.com/watch?v=uK6Az0rzUQc, https://www.peekvids.com/watch?v=WrXXPlISgzM,
https://www.peekvids.com/watch?v=AQ3If7C-O_x, https://www.peekvids.com/watch?v=dn7W4LtK1bi, https://www.peekvids.com/watch?v=wXdjN6c94Mv,
https://www.peekvids.com/watch?v=ZlqDWYYfXGD, https://www.peekvids.com/watch?v=O6NuCFKh9iD, https://www.peekvids.com/watch?v=N4Omcjr30MR,
https://www.peekvids.com/watch?v=WodLIr9laZ2, https://www.peekvids.com/watch?v=JUuYHVgDEmk, https://www.peekvids.com/watch?v=DxO0FtJ1FkU,
https://www.peekvids.com/watch?v=ycyjW_8N1Bm, https://www.peekvids.com/watch?v=kbWby8TkIjM, https://www.peekvids.com/watch?v=Eul7oKaP2XJ,
https://www.peekvids.com/watch?v=FgA-foMtqTV, https://www.peekvids.com/watch?v=FmTrL4-3Iyi, https://www.peekvids.com/watch?v=d49Bnk5jnws,

https://www.peekvids.com/watch?v=0nrmsg45Aym, https://www.peekvids.com/watch?v=VghkOHx-I8I, https://www.peekvids.com/watch?v=xJ0ErcfxDZV,
https://www.peekvids.com/watch?v=vU2qjFAK08x, https://www.peekvids.com/watch?v=bpxG1N33Sgx, https://www.peekvids.com/watch?v=u28izXwzHfT,
https://www.peekvids.com/watch?v=2S3sneLS-nS, https://www.peekvids.com/watch?v=8_IDDT1y3LZ, https://www.peekvids.com/watch?v=XfoobI9dM6J,
https://www.peekvids.com/watch?v=ZGILh1tu6bC, https://www.peekvids.com/watch?v=K7E0gqtkaDG, https://www.peekvids.com/watch?v=h7MHmG8uJu8,
https://www.peekvids.com/watch?v=xv6GtnqIQsB, https://www.peekvids.com/watch?v=G56v0E6FZyT, https://www.peekvids.com/watch?v=BqSIc0QRaiR,
https://www.peekvids.com/watch?v=i29KELgYJ2k, https://www.peekvids.com/watch?v=SnBE5Ksq9SS, https://www.peekvids.com/watch?v=e5yOInni257,
https://www.peekvids.com/watch?v=lTisbxrOBxS, https://www.peekvids.com/watch?v=MypSumSoMzL, https://www.peekvids.com/watch?v=6ZGawUDblJH,
https://www.peekvids.com/watch?v=6jhNmWBRi1U, https://www.peekvids.com/watch?v=AmJYJH3Lro9, https://www.peekvids.com/watch?v=2jV2iom9fGJ,
https://www.peekvids.com/watch?v=lu4h2oEF1tP, https://www.peekvids.com/watch?v=Bu6j8IDAM7C, https://www.peekvids.com/watch?v=Zf2a6WMraKr,
https://www.peekvids.com/watch?v=YwEVB8xX7HO, https://www.peekvids.com/watch?v=byJafbN_eGH, https://www.peekvids.com/watch?v=NwQgp6NvJ-4,
https://www.peekvids.com/watch?v=OCYsXZBg69H, https://www.peekvids.com/watch?v=ZuFMUFBW6Eb, https://www.peekvids.com/watch?v=IWWCDMGPp8l,
https://www.peekvids.com/watch?v=8-Hvx3c1kZ3, https://www.peekvids.com/watch?v=mdgp3cYNlCF, https://www.peekvids.com/watch?v=HS312qAPA0b,
https://www.peekvids.com/watch?v=p7CIAXJkgw2, https://www.peekvids.com/watch?v=EDdqQtUapWe, https://www.peekvids.com/watch?v=bq0Fld9LEQp,
https://www.peekvids.com/watch?v=XHZOfsYCAOK, https://www.peekvids.com/watch?v=qYJNf7VXdkf, https://www.peekvids.com/watch?v=znfoLwGOMPR,
https://www.peekvids.com/watch?v=BS1N8TgQwA4, https://www.peekvids.com/watch?v=8udXgxfkqDa, https://www.peekvids.com/watch?v=HXJC8Dv3J5I,
https://www.peekvids.com/watch?v=gtrXJGFVaPV, https://www.peekvids.com/watch?v=qRLJO-ONsr2, https://www.peekvids.com/watch?v=7ZjdlvUrabU,
https://www.peekvids.com/watch?v=XDu19kLXnWb, https://www.peekvids.com/watch?v=SIq4wQB1ge9, https://www.peekvids.com/watch?v=gB5VmHf20AH,
https://www.peekvids.com/watch?v=EPC8VtXIj5L, https://www.peekvids.com/watch?v=eK7Qt8K36Ob, https://www.peekvids.com/watch?v=eAAKTs54RNe,
https://www.peekvids.com/watch?v=gtIwDnS3GkZ, https://www.peekvids.com/watch?v=UBSWxXtGeV3, https://www.peekvids.com/watch?v=F1N741hTcxl,
https://www.peekvids.com/watch?v=chbohUtl11R, https://www.peekvids.com/watch?v=qjs7CR9EhLn, https://www.peekvids.com/watch?v=Wo_iqnHW7_U,
https://www.peekvids.com/watch?v=cS7PaOBYkss, https://www.peekvids.com/watch?v=2VUcNq3NqU3, https://www.peekvids.com/watch?v=U_2vBWElEl8,
https://www.peekvids.com/watch?v=0OaEb_GXMHZ, https://www.peekvids.com/watch?v=EXB7WDeYiDN, https://www.peekvids.com/watch?v=vktR4FXnNnZ,
https://www.peekvids.com/watch?v=jHelrpFfojr, https://www.peekvids.com/watch?v=WQR7orQZhY7, https://www.peekvids.com/watch?v=MdZu9WAgU9s,
https://www.peekvids.com/watch?v=3xrBTKkE5fg, https://www.peekvids.com/watch?v=fqH0Bk2nB5a, https://www.peekvids.com/watch?v=0ywcutm5UbR,
https://www.peekvids.com/watch?v=UWufxjVfUbC, https://www.peekvids.com/watch?v=7dOsT10CmLH, https://www.peekvids.com/watch?v=EGzSfzFZsYa,
https://www.peekvids.com/watch?v=hzfPdg5ZT6F, https://www.peekvids.com/watch?v=rXoxacD5f3i, https://www.peekvids.com/watch?v=mD3VHiBKkHg,
https://www.peekvids.com/watch?v=aodXHJMR-S4, https://www.peekvids.com/watch?v=LmO8uZgxf8H, https://www.peekvids.com/watch?v=0AheEokqL_P,
https://www.peekvids.com/watch?v=SYZmF2jF53K, https://www.peekvids.com/watch?v=zfqjQOeOQRA, https://www.peekvids.com/watch?v=aIhqEp6bSL6,
https://www.peekvids.com/watch?v=z0ngda7gW2O, https://www.peekvids.com/watch?v=vK6IpF7LJEs, https://www.peekvids.com/watch?v=9-uyKVevHZw,
https://www.peekvids.com/watch?v=3DkzQdAYrUP, https://www.peekvids.com/watch?v=dn_a9fOJQVa, https://www.peekvids.com/watch?v=tLA5R4bKNO3,
https://www.peekvids.com/watch?v=vW28_SYE0n5, https://www.peekvids.com/watch?v=wd_ierAGIDw, https://www.peekvids.com/watch?v=8Qx1k4jkMIJ,
https://www.peekvids.com/watch?v=8SmzMJ0ldzz, https://www.peekvids.com/watch?v=B78NJE8-5pN, https://www.peekvids.com/watch?v=MyPLTCKE-YA,
https://www.peekvids.com/watch?v=7hjnaPMrD8s, https://www.peekvids.com/watch?v=P2tdSxRT0lf, https://www.peekvids.com/watch?v=fh9PQgZmZcx,
https://www.peekvids.com/watch?v=F4x5w6a2MpY, https://www.peekvids.com/watch?v=7oQAVfkkDPi, https://www.peekvids.com/watch?v=8w4OdGUrkuC,
https://www.peekvids.com/watch?v=nszhmMNYxH7, https://www.peekvids.com/watch?v=dItwXE5sW55, https://www.peekvids.com/watch?v=kslAgGLi06d,
https://www.peekvids.com/watch?v=TID4wy76Gjr, https://www.peekvids.com/watch?v=4rx1A6raOmw, https://www.peekvids.com/watch?v=Aq66RG1ZzZD,
https://www.peekvids.com/watch?v=gOSiX38vOfF, https://www.peekvids.com/watch?v=geFZoZSoav8, https://www.peekvids.com/watch?v=MZlXIazeq-u,
https://www.peekvids.com/watch?v=7kcqB2tpo6w, https://www.peekvids.com/watch?v=aTGr0XNWA0u
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: popularkey
5.b. Uploader's email address: papajijotuuul@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=popularkey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=utb93Y63ANt, https://www.peekvids.com/watch?v=vOaPS9Peiuz,
https://www.peekvids.com/watch?v=WgxdzHPnVdM, https://www.peekvids.com/watch?v=l2aaxEcNNch, https://www.peekvids.com/watch?v=P2lV1rbyXhk,
https://www.peekvids.com/watch?v=pv8RBz2VBHX, https://www.peekvids.com/watch?v=2m2nQbi4WKY, https://www.peekvids.com/watch?v=Qkdkv6mC3cM,
https://www.peekvids.com/watch?v=RWv4bo9fFqJ, https://www.peekvids.com/watch?v=6-4hyUhRRgK, https://www.peekvids.com/watch?v=yWTeV68ct3p,
https://www.peekvids.com/watch?v=E-3_jgKVBLp, https://www.peekvids.com/watch?v=HF3zkeWvtGC, https://www.peekvids.com/watch?v=6xSY0XXtbjt,
https://www.peekvids.com/watch?v=vv12-te-qiY, https://www.peekvids.com/watch?v=dTyZ1iz5CNq, https://www.peekvids.com/watch?v=qJjaZ2Z_Sz9,
https://www.peekvids.com/watch?v=R6TP7GezsR5, https://www.peekvids.com/watch?v=LHACAayPYc7, https://www.peekvids.com/watch?v=h5eBIOwrPAz,
https://www.peekvids.com/watch?v=UmoP2uED-Df, https://www.peekvids.com/watch?v=DA6N9xj8hpN, https://www.peekvids.com/watch?v=eXVBC9wFpuR,
https://www.peekvids.com/watch?v=7O0a1y0jTbe, https://www.peekvids.com/watch?v=DH4rzRRJ2mn, https://www.peekvids.com/watch?v=JKLIpbK-VSM,
https://www.peekvids.com/watch?v=JrDg7liGZbK, https://www.peekvids.com/watch?v=rL4ziuJGeG8, https://www.peekvids.com/watch?v=sZA6nfax6Q3,
https://www.peekvids.com/watch?v=4-jK7DhDMbR, https://www.peekvids.com/watch?v=pTHFmqOQiwe, https://www.peekvids.com/watch?v=WIrLrTmTr9t,
https://www.peekvids.com/watch?v=TxEwVEcwy4i, https://www.peekvids.com/watch?v=6ALZlKeq16x, https://www.peekvids.com/watch?v=F7xI0gTsqYQ,
https://www.peekvids.com/watch?v=cXWbb435A1q, https://www.peekvids.com/watch?v=xfXw4Pl2QyH, https://www.peekvids.com/watch?v=w2-RZMb1k0F,
https://www.peekvids.com/watch?v=0Pep19sodzB, https://www.peekvids.com/watch?v=DZPh48aNAdY, https://www.peekvids.com/watch?v=cIH1dgPddlv,
https://www.peekvids.com/watch?v=rPmQ7QF7XKC, https://www.peekvids.com/watch?v=UZLTun5wKOz, https://www.peekvids.com/watch?v=6D4CeS2cof3,
https://www.peekvids.com/watch?v=Ytb7C86Xmfq, https://www.peekvids.com/watch?v=rZCHp3do6wN, https://www.peekvids.com/watch?v=ZlL3NLu1Hu7,
https://www.peekvids.com/watch?v=drXbDNKyzHv, https://www.peekvids.com/watch?v=0UJGslCJwPM, https://www.peekvids.com/watch?v=FmBkNLDQn5L,
https://www.peekvids.com/watch?v=E5YJeaAdykw, https://www.peekvids.com/watch?v=A0J6IhgZ9er, https://www.peekvids.com/watch?v=Rl7s7QPp60r,
https://www.peekvids.com/watch?v=XL05iVrKKu5, https://www.peekvids.com/watch?v=CfWSMCRQxzh, https://www.peekvids.com/watch?v=hk5PmrJhmKe,
https://www.peekvids.com/watch?v=FtjvYS8EAGK, https://www.peekvids.com/watch?v=NRJ24WvXbaW, https://www.peekvids.com/watch?v=3ZjJyQSuQeQ,
https://www.peekvids.com/watch?v=IS2KBYZkAQe, https://www.peekvids.com/watch?v=fT3xcB9fMbv, https://www.peekvids.com/watch?v=wfi9cLMtYLf,
https://www.peekvids.com/watch?v=9guRddiUADd, https://www.peekvids.com/watch?v=kfv302ppc-f, https://www.peekvids.com/watch?v=mfwwT5vYjNE,
https://www.peekvids.com/watch?v=WBXO4u6I8bV, https://www.peekvids.com/watch?v=gDYqX7WIubc, https://www.peekvids.com/watch?v=bqCqcoku2Ay,
https://www.peekvids.com/watch?v=XcV5qPEuwVi, https://www.peekvids.com/watch?v=NeSwE5aoFGZ, https://www.peekvids.com/watch?v=ahuxN70mwwK,
https://www.peekvids.com/watch?v=XVCQQ74FkiP, https://www.peekvids.com/watch?v=KZfwJzWx2dx, https://www.peekvids.com/watch?v=5HzuDTuBh5i,
https://www.peekvids.com/watch?v=6d1yUkbOz0O, https://www.peekvids.com/watch?v=Del3Yo4Myb0, https://www.peekvids.com/watch?v=ieILylgGeJY,
https://www.peekvids.com/watch?v=L5SaFTq7_rb, https://www.peekvids.com/watch?v=EmpyV82F69S, https://www.peekvids.com/watch?v=MeSqbIJ5rFh,
https://www.peekvids.com/watch?v=baQfU5o80xN, https://www.peekvids.com/watch?v=4tQeXI5gyYy, https://www.peekvids.com/watch?v=l_fpu8I7e9I,
https://www.peekvids.com/watch?v=2uq_wn20i0d, https://www.peekvids.com/watch?v=TTJCt-RhtbG, https://www.peekvids.com/watch?v=fdTo6CrZyTb,
https://www.peekvids.com/watch?v=nQPQHhcRCvj, https://www.peekvids.com/watch?v=zYCmz7KTJU2, https://www.peekvids.com/watch?v=Rh9YpJ4TtdL,
https://www.peekvids.com/watch?v=4oNQERVy-2V, https://www.peekvids.com/watch?v=mMJO3G4cqEN, https://www.peekvids.com/watch?v=00kQMcLFh5N,
https://www.peekvids.com/watch?v=LMC3yA6WU-A, https://www.peekvids.com/watch?v=jMqocRT5nAp, https://www.peekvids.com/watch?v=q7Zb5g9_l-2,
https://www.peekvids.com/watch?v=siCQPVouj_6, https://www.peekvids.com/watch?v=arv4aJfHuNZ, https://www.peekvids.com/watch?v=chPGXEYCmlf,
https://www.peekvids.com/watch?v=0UDkqu3GeAw, https://www.peekvids.com/watch?v=XsT2wH1BZ1Z, https://www.peekvids.com/watch?v=uVco4IZxFeE,
https://www.peekvids.com/watch?v=T9Q-z3SZG3E, https://www.peekvids.com/watch?v=54NlHP-bfez, https://www.peekvids.com/watch?v=CQCFGYkiHVz,
https://www.peekvids.com/watch?v=nVQKc67ooBB, https://www.peekvids.com/watch?v=DGjjLvprkt7, https://www.peekvids.com/watch?v=jIXBA1Lwbr9,
https://www.peekvids.com/watch?v=cbLIB6R1IRp, https://www.peekvids.com/watch?v=zmilXjxtcyN, https://www.peekvids.com/watch?v=H0sJ7sBbZ-b,
https://www.peekvids.com/watch?v=sFNtL8LvNyh, https://www.peekvids.com/watch?v=9tlZteL_N8A, https://www.peekvids.com/watch?v=cUEWxpeaU6E,
https://www.peekvids.com/watch?v=eibpzz1lX7L, https://www.peekvids.com/watch?v=qN3-EfCh190, https://www.peekvids.com/watch?v=tRss2GNQ0rL,
https://www.peekvids.com/watch?v=FCCUCh9Fb46, https://www.peekvids.com/watch?v=N9ENKC0mdAc, https://www.peekvids.com/watch?v=u4BEgyRtpok,
https://www.peekvids.com/watch?v=IpFOdATfffK, https://www.peekvids.com/watch?v=5pq5hVDz7go, https://www.peekvids.com/watch?v=HZGROsNOQnU,
https://www.peekvids.com/watch?v=ipzKklbiag2, https://www.peekvids.com/watch?v=ruPwzFyPS_R, https://www.peekvids.com/watch?v=F93cR7mDqjF,
https://www.peekvids.com/watch?v=cX6z7wrHxY3, https://www.peekvids.com/watch?v=SY7SRGeRwI9, https://www.peekvids.com/watch?v=LChh0XZfhPb,
https://www.peekvids.com/watch?v=BFHWHInSPnJ, https://www.peekvids.com/watch?v=memxtUofem0, https://www.peekvids.com/watch?v=88wrBOicLRu,
https://www.peekvids.com/watch?v=sU44cv_VFFL, https://www.peekvids.com/watch?v=6b9XwVudzvD, https://www.peekvids.com/watch?v=YDNy7oSRRwv,
https://www.peekvids.com/watch?v=HILmPITsnL9, https://www.peekvids.com/watch?v=6wVVwNkYHJe, https://www.peekvids.com/watch?v=ZPQ2UA5nPwp,
https://www.peekvids.com/watch?v=o8ByaT8j7UG, https://www.peekvids.com/watch?v=LlsRf6BMDDQ, https://www.peekvids.com/watch?v=Yh3MnvMwJHH,
https://www.peekvids.com/watch?v=x-NehWTSyZK, https://www.peekvids.com/watch?v=bILxNn3pGr5, https://www.peekvids.com/watch?v=Tir9Z_9sZu5,
https://www.peekvids.com/watch?v=rP0DXL5RC1A, https://www.peekvids.com/watch?v=9Z0x5pCo-zw, https://www.peekvids.com/watch?v=dfnMjEYEd0S,
https://www.peekvids.com/watch?v=W_pEyiIoeNn, https://www.peekvids.com/watch?v=esMxGf4TSEI, https://www.peekvids.com/watch?v=4Hp0RvqtKqF,
https://www.peekvids.com/watch?v=lsNxyL_Cv5G, https://www.peekvids.com/watch?v=zNdylrYusRM, https://www.peekvids.com/watch?v=NrGEdtiWcxt,
https://www.peekvids.com/watch?v=zvvJbzHIbh3, https://www.peekvids.com/watch?v=0nty2S6ZERM, https://www.peekvids.com/watch?v=bU63IOzHW6e,
https://www.peekvids.com/watch?v=jeNRZLdifa9, https://www.peekvids.com/watch?v=KSvKUdeaW2i, https://www.peekvids.com/watch?v=Vhw7m0b3xPh,
https://www.peekvids.com/watch?v=27_o5AZhDy4, https://www.peekvids.com/watch?v=gApBPZZqkyx, https://www.peekvids.com/watch?v=KpjBCeZn2DA,
https://www.peekvids.com/watch?v=sSyB81QgVRU, https://www.peekvids.com/watch?v=xFnp--MTgxi, https://www.peekvids.com/watch?v=ATnpK1v9P9p,
https://www.peekvids.com/watch?v=NWMRG-Io1gx, https://www.peekvids.com/watch?v=UsJm3f4r2UA, https://www.peekvids.com/watch?v=fs_HQCMkPvS,
https://www.peekvids.com/watch?v=jgcPG-kgjFG, https://www.peekvids.com/watch?v=xqGfQ4HBTcL, https://www.peekvids.com/watch?v=dcbqK0jyHb3,
https://www.peekvids.com/watch?v=qOhJgq-y5nD, https://www.peekvids.com/watch?v=wgEIxEbfIG8, https://www.peekvids.com/watch?v=VxAXhqa2zWc,
https://www.peekvids.com/watch?v=xUo6lSJ5YH3, https://www.peekvids.com/watch?v=oTy7ENgWPNL, https://www.peekvids.com/watch?v=T82m3RXFhP4,
https://www.peekvids.com/watch?v=sZkQOvKLwgf, https://www.peekvids.com/watch?v=CNYKm_1DNrh, https://www.peekvids.com/watch?v=yYSj33EnsPE,
https://www.peekvids.com/watch?v=uMbnNxzgSO5, https://www.peekvids.com/watch?v=on5RpY7RvS2, https://www.peekvids.com/watch?v=gMOPiLIpuBV,
https://www.peekvids.com/watch?v=Gcs3mImreEh, https://www.peekvids.com/watch?v=7QizNj60SPN, https://www.peekvids.com/watch?v=MbXHNVsoCby,
https://www.peekvids.com/watch?v=KN8_fQkKWoT, https://www.peekvids.com/watch?v=BHHbzNQfRcC, https://www.peekvids.com/watch?v=wDAQ_7GvOhu,
https://www.peekvids.com/watch?v=ecuFuxKOnF7, https://www.peekvids.com/watch?v=0QQUy0BejSI, https://www.peekvids.com/watch?v=aQDvfk2y5G3,
https://www.peekvids.com/watch?v=KKrUD9wwX9w, https://www.peekvids.com/watch?v=vLPrR9VZzKK, https://www.peekvids.com/watch?v=Kh_rQYACgOR,
https://www.peekvids.com/watch?v=GHq3ReJsfKE, https://www.peekvids.com/watch?v=deHVXL9LaAJ, https://www.peekvids.com/watch?v=xL3R8TNwPhz,
https://www.peekvids.com/watch?v=IWvvXQiXkKw, https://www.peekvids.com/watch?v=ovqWSo4Mq-e, https://www.peekvids.com/watch?v=zseKn7cjFHR,
https://www.peekvids.com/watch?v=wisiH6wpdmQ, https://www.peekvids.com/watch?v=b6AmDDkjXaA, https://www.peekvids.com/watch?v=lh58FO1gfZf,
https://www.peekvids.com/watch?v=dpB0OmcbL0d, https://www.peekvids.com/watch?v=cCOoFKkUrJ3, https://www.peekvids.com/watch?v=CNpWoolNjED,
https://www.peekvids.com/watch?v=tOIoV8bNbSK, https://www.peekvids.com/watch?v=Ygk5_I6Qxdv, https://www.peekvids.com/watch?v=w24AwI4BtRI,
https://www.peekvids.com/watch?v=cqGFpKoAnZg, https://www.peekvids.com/watch?v=rWNdRR5Hwv5, https://www.peekvids.com/watch?v=ut-YxUJkL9h,
https://www.peekvids.com/watch?v=Y8YBJP8wxk4, https://www.peekvids.com/watch?v=CryHiT7WgcJ, https://www.peekvids.com/watch?v=O2X43R_ky3Z,
https://www.peekvids.com/watch?v=jp-ALlmL8rk, https://www.peekvids.com/watch?v=qa9y8qu_DtL, https://www.peekvids.com/watch?v=bJVakfMQoGz,
https://www.peekvids.com/watch?v=fj6evZBKBHW, https://www.peekvids.com/watch?v=bvFfVbaoUR9, https://www.peekvids.com/watch?v=gEp47jrES66,
https://www.peekvids.com/watch?v=KkxQ0SJSUrM, https://www.peekvids.com/watch?v=3NxicIXFoDj, https://www.peekvids.com/watch?v=N0ybAWi4SBd,
https://www.peekvids.com/watch?v=FXPu2M1XQ0V, https://www.peekvids.com/watch?v=tq6ZIg_XAN4, https://www.peekvids.com/watch?v=WXxaH8Lv3dd,
https://www.peekvids.com/watch?v=T96P5oR_68v, https://www.peekvids.com/watch?v=YkUDaqgvSmK, https://www.peekvids.com/watch?v=54Ns9lbMXIx,
https://www.peekvids.com/watch?v=zbtmLORPe1m, https://www.peekvids.com/watch?v=kxOimjZs08q, https://www.peekvids.com/watch?v=yIo0h7mLjQn,
https://www.peekvids.com/watch?v=Mwnv8wTWcE2, https://www.peekvids.com/watch?v=wc8wUC_bj7Y, https://www.peekvids.com/watch?v=pVKP3tBM3Xm,
https://www.peekvids.com/watch?v=jK7PwK1ZTPF, https://www.peekvids.com/watch?v=TlIuJO6wxrq, https://www.peekvids.com/watch?v=XYFHnScLlsi,
https://www.peekvids.com/watch?v=SkdLlCy4GjL, https://www.peekvids.com/watch?v=04qAnl1LCQu, https://www.peekvids.com/watch?v=nu4z6bv6IR0,
https://www.peekvids.com/watch?v=SlgZ2bVmT15, https://www.peekvids.com/watch?v=A5JOCxgn2X6, https://www.peekvids.com/watch?v=Gm5HU4ceGwk,
https://www.peekvids.com/watch?v=z3tOemlAMG8, https://www.peekvids.com/watch?v=X4fW_JtbD6k, https://www.peekvids.com/watch?v=wzEw-6uCg5q,
https://www.peekvids.com/watch?v=YAzyPUdWWiG, https://www.peekvids.com/watch?v=sdDgsRlbu9D, https://www.peekvids.com/watch?v=ZwrwAItz6jx,
https://www.peekvids.com/watch?v=5XhEScxkliq, https://www.peekvids.com/watch?v=h6LY_beEaRK, https://www.peekvids.com/watch?v=ufc1cJOyy7U,
https://www.peekvids.com/watch?v=g61CEdSBF2h, https://www.peekvids.com/watch?v=BCo0NxGjGRV, https://www.peekvids.com/watch?v=oQ6R-63Pw7v,
https://www.peekvids.com/watch?v=nRIbM58DmIO, https://www.peekvids.com/watch?v=rHCEpDvmY1x, https://www.peekvids.com/watch?v=LeEsgDQmupD,
https://www.peekvids.com/watch?v=lJymzE-KSgd, https://www.peekvids.com/watch?v=F9bB7cD9_AM, https://www.peekvids.com/watch?v=sAieX4H94wt,
https://www.peekvids.com/watch?v=ifrN81By8Fs, https://www.peekvids.com/watch?v=L13EPN_NNXh, https://www.peekvids.com/watch?v=uILjXUSJ7xB,
https://www.peekvids.com/watch?v=uBmXbUie5vX, https://www.peekvids.com/watch?v=9T5q-UxXJzM, https://www.peekvids.com/watch?v=Mz49dGIGFmz,
https://www.peekvids.com/watch?v=EdpdIm4d7pc, https://www.peekvids.com/watch?v=54Sz59gTvsh, https://www.peekvids.com/watch?v=gmLYp69QyyX,
https://www.peekvids.com/watch?v=9X6AbUWQjYp, https://www.peekvids.com/watch?v=2R-bDptij13, https://www.peekvids.com/watch?v=wPi337ovHmo,

https://www.peekvids.com/watch?v=cpmfEI9_S-e, https://www.peekvids.com/watch?v=tPTloa8bIDP, https://www.peekvids.com/watch?v=5n_NnBZOtTN,
https://www.peekvids.com/watch?v=cySJnAGBK7o, https://www.peekvids.com/watch?v=w6ng7blg8w3, https://www.peekvids.com/watch?v=3gcO1CQfAQq,
https://www.peekvids.com/watch?v=e5TnDbtkQUB, https://www.peekvids.com/watch?v=M7OEicXTmeo, https://www.peekvids.com/watch?v=AEyC8U-fMxF,
https://www.peekvids.com/watch?v=ZKMzmGUJO1X, https://www.peekvids.com/watch?v=3pBhGx0KuqO, https://www.peekvids.com/watch?v=PPyyvq6ny5w,
https://www.peekvids.com/watch?v=Xq_X4hVe1m3, https://www.peekvids.com/watch?v=9aoNyRJxtJX, https://www.peekvids.com/watch?v=AW2zNYAsNai,
https://www.peekvids.com/watch?v=Nmw67Y-rN-y, https://www.peekvids.com/watch?v=ZhDkXHG6s86, https://www.peekvids.com/watch?v=x-Ox_UE7OEZ,
https://www.peekvids.com/watch?v=GsWltySt_M8, https://www.peekvids.com/watch?v=TvV89Rb4SzD, https://www.peekvids.com/watch?v=FylvuY-QJ4r,
https://www.peekvids.com/watch?v=qACvM6wpqB0, https://www.peekvids.com/watch?v=yHG40eJjEXQ, https://www.peekvids.com/watch?v=gRWOmH65PPj,
https://www.peekvids.com/watch?v=Xbf7EyMzH7J, https://www.peekvids.com/watch?v=HV6dYCe7ItK, https://www.peekvids.com/watch?v=MiI5cdFFScj,
https://www.peekvids.com/watch?v=NVoSW_BCRj5, https://www.peekvids.com/watch?v=x3JaV6HU3zz, https://www.peekvids.com/watch?v=WC68JEosoAr,
https://www.peekvids.com/watch?v=oYkJXctcXVy, https://www.peekvids.com/watch?v=xMTEtG9pqyf, https://www.peekvids.com/watch?v=uxyBSVLA4EH,
https://www.peekvids.com/watch?v=TONCQOOcGKr, https://www.peekvids.com/watch?v=esJR2nBXW5w, https://www.peekvids.com/watch?v=58Pz_iiDBdN,
https://www.peekvids.com/watch?v=f7WN0TJGrHc, https://www.peekvids.com/watch?v=GdhbzhJQ5AT, https://www.peekvids.com/watch?v=nAjuvFIWOjr,
https://www.peekvids.com/watch?v=a-BC24YLFV5, https://www.peekvids.com/watch?v=TCY-1Ou3xmc, https://www.peekvids.com/watch?v=6X21lVljL_B,
https://www.peekvids.com/watch?v=bZRt61Ryg98, https://www.peekvids.com/watch?v=UYZHvItmtiR, https://www.peekvids.com/watch?v=RbJqU0xCQrj,
https://www.peekvids.com/watch?v=K1-hUcfQGVj, https://www.peekvids.com/watch?v=7bpT74fBeG8, https://www.peekvids.com/watch?v=LYSnHF1T59A,
https://www.peekvids.com/watch?v=nV0LLo1TzCD, https://www.peekvids.com/watch?v=n7LUJdPgH2p, https://www.peekvids.com/watch?v=GqswkGKjYkm,
https://www.peekvids.com/watch?v=KtSBVXXGQGn, https://www.peekvids.com/watch?v=JnL1jNqxJMd, https://www.peekvids.com/watch?v=A9mEM27wkkA,
https://www.peekvids.com/watch?v=6ksKSObC-zw, https://www.peekvids.com/watch?v=dKM6CPR0H3y, https://www.peekvids.com/watch?v=swGEIsh17xX,
https://www.peekvids.com/watch?v=mHsan5fW6Su, https://www.peekvids.com/watch?v=xRMofAuX5Pv, https://www.peekvids.com/watch?v=uMirSobrTAz,
https://www.peekvids.com/watch?v=muF_Ad80k38, https://www.peekvids.com/watch?v=sgOpyFpQNW7, https://www.peekvids.com/watch?v=MMNUqEvb_yE,
https://www.peekvids.com/watch?v=WVA7QWcSDPT, https://www.peekvids.com/watch?v=HlgUC6gSpu9, https://www.peekvids.com/watch?v=QptMSkmgqx4,
https://www.peekvids.com/watch?v=fCZDRkgqBPg, https://www.peekvids.com/watch?v=lPrUkF8kX9c, https://www.peekvids.com/watch?v=c1xfI-rQaYR,
https://www.peekvids.com/watch?v=CqAvNopQnY3, https://www.peekvids.com/watch?v=xPo84RrvWxZ, https://www.peekvids.com/watch?v=RCaTcqkIbNq,
https://www.peekvids.com/watch?v=sQwUq3aURhH, https://www.peekvids.com/watch?v=98xqOcfXmjJ, https://www.peekvids.com/watch?v=H3vQkW6nRPg,
https://www.peekvids.com/watch?v=d7s3Zl1z3cI, https://www.peekvids.com/watch?v=mhn7fYjj20E, https://www.peekvids.com/watch?v=ULKwmgvQe_9,
https://www.peekvids.com/watch?v=iFVESHyFRKI, https://www.peekvids.com/watch?v=mp8vCiC8sk6, https://www.peekvids.com/watch?v=KV_srxY88w7,
https://www.peekvids.com/watch?v=eLbcMhXLviE, https://www.peekvids.com/watch?v=dWufa9etB7o, https://www.peekvids.com/watch?v=NiClZHuT6b3,
https://www.peekvids.com/watch?v=v82aFIuVUi4, https://www.peekvids.com/watch?v=qZYeMPxR3Fk, https://www.peekvids.com/watch?v=uLVxpbZUKOg,
https://www.peekvids.com/watch?v=rDROWk1ABVE, https://www.peekvids.com/watch?v=swHl-f9uC2R, https://www.peekvids.com/watch?v=kyxK7LX949e,
https://www.peekvids.com/watch?v=bN4m5RRGRAE, https://www.peekvids.com/watch?v=x_LCryfKSgN, https://www.peekvids.com/watch?v=abqXbXdTRqu,
https://www.peekvids.com/watch?v=emwHDJXcMHT, https://www.peekvids.com/watch?v=7yrZHUrQtCE, https://www.peekvids.com/watch?v=tMFpNmpYQLd,
https://www.peekvids.com/watch?v=Oe4k8geWuvE, https://www.peekvids.com/watch?v=Y9DbnpRYtTl, https://www.peekvids.com/watch?v=kNPwz9HwbjD,
https://www.peekvids.com/watch?v=vUVneolXKg0, https://www.peekvids.com/watch?v=eM2qjXeXDmB, https://www.peekvids.com/watch?v=kiF9pxZJT25,
https://www.peekvids.com/watch?v=Py7c-83-Kej, https://www.peekvids.com/watch?v=s2q243QzggF
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: porevo
5.b. Uploader's email address: pornolikepitersix@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=porevo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=0w5Acfq-_EQ, https://www.peekvids.com/watch?v=JyChbp42X9n,
https://www.peekvids.com/watch?v=HD3kpq9MC7W, https://www.peekvids.com/watch?v=ZfAPI6Voh_N, https://www.peekvids.com/watch?v=sjWIp7RkR8o,
https://www.peekvids.com/watch?v=XU9GEkWPn8F, https://www.peekvids.com/watch?v=9fdiU1uzr73, https://www.peekvids.com/watch?v=m7IOwJm72h4,
https://www.peekvids.com/watch?v=LNbDpRBULfy, https://www.peekvids.com/watch?v=ga33nxdUdBq, https://www.peekvids.com/watch?v=fqQ9b9hEpML,
https://www.peekvids.com/watch?v=LhJdJsBkX_U, https://www.peekvids.com/watch?v=2vMUTPgd1SQ, https://www.peekvids.com/watch?v=shMPPvh_ERT,
https://www.peekvids.com/watch?v=mJ-ImIerAbH, https://www.peekvids.com/watch?v=XLQyKaSrtNg, https://www.peekvids.com/watch?v=0jnAKGRtx-g,
https://www.peekvids.com/watch?v=ODqbHsA3cLH, https://www.peekvids.com/watch?v=HyvvkiKiXvf, https://www.peekvids.com/watch?v=DqrD82XVjdp,
https://www.peekvids.com/watch?v=E2NvYcYGP4X, https://www.peekvids.com/watch?v=e6KpsxRK5CI, https://www.peekvids.com/watch?v=nyMXpg_BAVU,
https://www.peekvids.com/watch?v=tXy_Nef5JOv, https://www.peekvids.com/watch?v=F5DaUKFk3yK, https://www.peekvids.com/watch?v=HHC3iYrKcM4,
https://www.peekvids.com/watch?v=j4z4vHPDwsL, https://www.peekvids.com/watch?v=YOrXl8GVXCj, https://www.peekvids.com/watch?v=fZalNj1Ne68,
https://www.peekvids.com/watch?v=Br-23C_EINd, https://www.peekvids.com/watch?v=EKHF1shPv_r, https://www.peekvids.com/watch?v=yelu93464ar,
https://www.peekvids.com/watch?v=50DsyXzuGPw, https://www.peekvids.com/watch?v=vVTIQATWVdP, https://www.peekvids.com/watch?v=qvCAQoT3GcR,
https://www.peekvids.com/watch?v=h4E5Az6M1VH, https://www.peekvids.com/watch?v=AJWa14fnQHW, https://www.peekvids.com/watch?v=CeYnpIi4DtD,
https://www.peekvids.com/watch?v=rbmag1Xl_lP, https://www.peekvids.com/watch?v=DwVIWW5FiQy, https://www.peekvids.com/watch?v=mepWv45Cjtt,
https://www.peekvids.com/watch?v=N-5Cb9lOBMW, https://www.peekvids.com/watch?v=N537V60Lya5, https://www.peekvids.com/watch?v=n9O4qjnCJCs,
https://www.peekvids.com/watch?v=fGKcPTGqxvu, https://www.peekvids.com/watch?v=mPlMwiVMWjZ, https://www.peekvids.com/watch?v=Expqy2l78ZP,
https://www.peekvids.com/watch?v=g1kS4g8IyYX, https://www.peekvids.com/watch?v=t-QhDBBdEvz, https://www.peekvids.com/watch?v=tKcVIlfMPZd,
https://www.peekvids.com/watch?v=fWhZyjGE-Tm, https://www.peekvids.com/watch?v=uBO6P07CX8d, https://www.peekvids.com/watch?v=UFidjFobMSR,
https://www.peekvids.com/watch?v=inhIKf4_h2Z, https://www.peekvids.com/watch?v=nYT6ccOw1Fa, https://www.peekvids.com/watch?v=4l7JDgISmTt,
https://www.peekvids.com/watch?v=II0y-7saYUr, https://www.peekvids.com/watch?v=5cpcPsZXd8L, https://www.peekvids.com/watch?v=bEVEepDghPr,
https://www.peekvids.com/watch?v=5tdzV1IGezn, https://www.peekvids.com/watch?v=nI3Cu5rnoXR, https://www.peekvids.com/watch?v=QopCHk4kItj,
https://www.peekvids.com/watch?v=v0zdSlo4HRB, https://www.peekvids.com/watch?v=j3gKcFN4mcJ, https://www.peekvids.com/watch?v=YPyEBRtoLTH,
https://www.peekvids.com/watch?v=sMtKI_tSg9T, https://www.peekvids.com/watch?v=ttlt1YRp5P6, https://www.peekvids.com/watch?v=8q4YXmvk_2L,
https://www.peekvids.com/watch?v=jsFgJU_nCCH, https://www.peekvids.com/watch?v=ke0flNSxi4S, https://www.peekvids.com/watch?v=iAu2lMXuemz,
https://www.peekvids.com/watch?v=R4a-VW4wYlh, https://www.peekvids.com/watch?v=CKxPSOCDRSY, https://www.peekvids.com/watch?v=5t9w4fYL9xD,
https://www.peekvids.com/watch?v=ma_mZYnGndO, https://www.peekvids.com/watch?v=TXcdDbJ3MKx, https://www.peekvids.com/watch?v=Hv6zA8j1_2d,
https://www.peekvids.com/watch?v=4iL_V76_uca, https://www.peekvids.com/watch?v=4EwMkw4K0-l, https://www.peekvids.com/watch?v=ZWb-Kf42KYE,
https://www.peekvids.com/watch?v=x20JbS_wj_r, https://www.peekvids.com/watch?v=gw3JXO01hYF, https://www.peekvids.com/watch?v=n0DIuncyfEs,
https://www.peekvids.com/watch?v=YjCUx8aU8Zx, https://www.peekvids.com/watch?v=0cQU5OI3Taj, https://www.peekvids.com/watch?v=Qk2kyBOzGPm,
https://www.peekvids.com/watch?v=p_X6AYHWXXI, https://www.peekvids.com/watch?v=uD4gCOe9nc2, https://www.peekvids.com/watch?v=U-XNGnlUx6q,
https://www.peekvids.com/watch?v=4Pkj58cBEJB, https://www.peekvids.com/watch?v=r01e6L8qeGx, https://www.peekvids.com/watch?v=u31Jk02zqzQ,
https://www.peekvids.com/watch?v=56GMhwnubb3, https://www.peekvids.com/watch?v=n4s71Gm3WTs, https://www.peekvids.com/watch?v=P6dfZpeZD5Y,
https://www.peekvids.com/watch?v=q7KqtVoayI8, https://www.peekvids.com/watch?v=wkLld9cAToL, https://www.peekvids.com/watch?v=s9hQBLD4CV0,
https://www.peekvids.com/watch?v=YeoGrJizx7C, https://www.peekvids.com/watch?v=LOmARGT1Srb, https://www.peekvids.com/watch?v=pBT1hNfyRsV,
https://www.peekvids.com/watch?v=lp16X93k85Z, https://www.peekvids.com/watch?v=7RHuXJpwPFh, https://www.peekvids.com/watch?v=Sj8o8HjDvRt,
https://www.peekvids.com/watch?v=lrhH7NPiA3p, https://www.peekvids.com/watch?v=VyCl5-c9gKw, https://www.peekvids.com/watch?v=0_zG5h2FsLx,
https://www.peekvids.com/watch?v=pKU72mheS7T, https://www.peekvids.com/watch?v=V6YhsN17Whf, https://www.peekvids.com/watch?v=upHV75TWjFf,
https://www.peekvids.com/watch?v=ImJqD0Wqr7b, https://www.peekvids.com/watch?v=kdAtDMVQ_kh, https://www.peekvids.com/watch?v=scoub3S5FKH,
https://www.peekvids.com/watch?v=tQOy4bD30Bz, https://www.peekvids.com/watch?v=oksNnUSCoMe, https://www.peekvids.com/watch?v=xS1NQhkZfBJ,
https://www.peekvids.com/watch?v=HNcpFjbwx6w, https://www.peekvids.com/watch?v=KisHcX5Zvc8, https://www.peekvids.com/watch?v=2AkODi681NL,
https://www.peekvids.com/watch?v=zm0hZ2wTclu, https://www.peekvids.com/watch?v=yNYKsPh-kST, https://www.peekvids.com/watch?v=FaNT_80WrUF,
https://www.peekvids.com/watch?v=chMfeKVgbQZ, https://www.peekvids.com/watch?v=Bn1zs775vlm, https://www.peekvids.com/watch?v=g2Esx43AEmR,
https://www.peekvids.com/watch?v=VbWlEFSdBot, https://www.peekvids.com/watch?v=Zua-uVfNePO, https://www.peekvids.com/watch?v=I1AtniLv_cA,
https://www.peekvids.com/watch?v=JDQXJjXFrTw, https://www.peekvids.com/watch?v=T7Lpatimzuv, https://www.peekvids.com/watch?v=D_7ENZFhrp9,
https://www.peekvids.com/watch?v=D9Lxu8jgMeN, https://www.peekvids.com/watch?v=e0Yqj9EO5PF, https://www.peekvids.com/watch?v=uFhdMVX657B,
https://www.peekvids.com/watch?v=5F8kliB1fmr, https://www.peekvids.com/watch?v=8uQiFGMHR3p, https://www.peekvids.com/watch?v=ItQc5emj-GI,
https://www.peekvids.com/watch?v=mEFxBAlVFhx, https://www.peekvids.com/watch?v=qZh_GkZhORq, https://www.peekvids.com/watch?v=6Q3_CySEBb0,
https://www.peekvids.com/watch?v=R9w8PPu1iby, https://www.peekvids.com/watch?v=3Zp-Sx9PnYU, https://www.peekvids.com/watch?v=p0O8Y8i05uU,
https://www.peekvids.com/watch?v=BR6DsQxu4qB, https://www.peekvids.com/watch?v=Om1KwukNm6q, https://www.peekvids.com/watch?v=wS_gcR_YgLu,
https://www.peekvids.com/watch?v=5PpAwnmZC2b, https://www.peekvids.com/watch?v=SNENhOKfpVY, https://www.peekvids.com/watch?v=2VGwNtucoFc,
https://www.peekvids.com/watch?v=AFqOFNWWBV5
5.f. Date of third notice: 2015-07-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: powerjohn
5.b. Uploader's email address: asaertolio@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=powerjohn
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=v0SxYRda70D, https://www.peekvids.com/watch?v=vqlLVT99qpT,
https://www.peekvids.com/watch?v=qkNUjT24zCa, https://www.peekvids.com/watch?v=E7YxtwdNK5U, https://www.peekvids.com/watch?v=I9yb4Ha-unE,
https://www.peekvids.com/watch?v=EvAsIrU5IQk, https://www.peekvids.com/watch?v=domTwZFbCGY, https://www.peekvids.com/watch?v=3BQPoIFiwZC,
https://www.peekvids.com/watch?v=2K9FyR3jpfH, https://www.peekvids.com/watch?v=qoqzj4czGJB, https://www.peekvids.com/watch?v=DDytiYQ-Wdr,
https://www.peekvids.com/watch?v=xqr4ftyGgrN, https://www.peekvids.com/watch?v=--7BacXwGnY, https://www.peekvids.com/watch?v=zNX8ySmLFSG,
https://www.peekvids.com/watch?v=rK8Iz0V0-Xn, https://www.peekvids.com/watch?v=4g6j7fFZKvg, https://www.peekvids.com/watch?v=JniKwo80ivl,
https://www.peekvids.com/watch?v=VjMGBaM0KA7, https://www.peekvids.com/watch?v=a4dGrpdCeBY, https://www.peekvids.com/watch?v=B4TtEzUbN5D,
https://www.peekvids.com/watch?v=wBta0pfmjLM, https://www.peekvids.com/watch?v=GaxUu9-062v, https://www.peekvids.com/watch?v=cyQszNUcvCJ,
https://www.peekvids.com/watch?v=PHB9lU09X3N, https://www.peekvids.com/watch?v=TwMSP98pAmv, https://www.peekvids.com/watch?v=feh634MumTx,
https://www.peekvids.com/watch?v=SxctZswmnsr, https://www.peekvids.com/watch?v=8hrMPGjFLMR, https://www.peekvids.com/watch?v=zgmNIncgKmv,
https://www.peekvids.com/watch?v=9IwsT58UfaG, https://www.peekvids.com/watch?v=MJwRG8jveJO, https://www.peekvids.com/watch?v=fX53JmiB-2r,
https://www.peekvids.com/watch?v=AIqajDLDtuf, https://www.peekvids.com/watch?v=iqHbdfhqUpm, https://www.peekvids.com/watch?v=XwvoW6cAIHy,
https://www.peekvids.com/watch?v=ozTmE6h5fOX, https://www.peekvids.com/watch?v=Aa8XfiejSss, https://www.peekvids.com/watch?v=95FpAORAWZr,
https://www.peekvids.com/watch?v=3mbA9iVs0NG, https://www.peekvids.com/watch?v=uGBt3iIYSFI, https://www.peekvids.com/watch?v=FXYCYGHnyHk,
https://www.peekvids.com/watch?v=XoVTfh0Cnr6, https://www.peekvids.com/watch?v=F6P9So8tDlb, https://www.peekvids.com/watch?v=t0DdxlrmY20,
https://www.peekvids.com/watch?v=eS7256ItaSM, https://www.peekvids.com/watch?v=aqXjQMFaOQQ, https://www.peekvids.com/watch?v=HZDvC7wX5m7,
https://www.peekvids.com/watch?v=AqObvhpkFC2, https://www.peekvids.com/watch?v=dDrjaB-82hW, https://www.peekvids.com/watch?v=GOtADaAQJV4,
https://www.peekvids.com/watch?v=wvaI8eAwKM2, https://www.peekvids.com/watch?v=CESYm5q2j9F, https://www.peekvids.com/watch?v=D5eD8yCxU0K,
https://www.peekvids.com/watch?v=V84OJo2tLp6, https://www.peekvids.com/watch?v=DN0-D3dW0Er, https://www.peekvids.com/watch?v=8CWYrAphSXH,
https://www.peekvids.com/watch?v=gdKUVBKHPUQ, https://www.peekvids.com/watch?v=FaIlHRQiuyI, https://www.peekvids.com/watch?v=LdQlZH8YC-c,
https://www.peekvids.com/watch?v=gInhVi9uU94, https://www.peekvids.com/watch?v=OA5YKgIiCJQ, https://www.peekvids.com/watch?v=7cNH9zx0zCJ,
https://www.peekvids.com/watch?v=EasdRVOLNtJ, https://www.peekvids.com/watch?v=yVu4aUgowxB, https://www.peekvids.com/watch?v=Cyd44uwtPgH,
https://www.peekvids.com/watch?v=AHLFhqMEp4S, https://www.peekvids.com/watch?v=ABIVyYtSruX, https://www.peekvids.com/watch?v=cYu4riNDh3V,
https://www.peekvids.com/watch?v=B0BsU2UU5yk, https://www.peekvids.com/watch?v=C6lNxLwKh-g, https://www.peekvids.com/watch?v=MislQQ4Bt7o,
https://www.peekvids.com/watch?v=ILhdCCXFVya, https://www.peekvids.com/watch?v=cKx8kfYCHNs, https://www.peekvids.com/watch?v=F-EbCvDXmQx,
https://www.peekvids.com/watch?v=vvGzBiOmKDu, https://www.peekvids.com/watch?v=blPla8fceRs, https://www.peekvids.com/watch?v=gJ0uE92o-FA,
https://www.peekvids.com/watch?v=4xL6lJz8Zed, https://www.peekvids.com/watch?v=w3TGuhG5LNw, https://www.peekvids.com/watch?v=5-RqMTQL7z0,
https://www.peekvids.com/watch?v=ylH-TnTzP69, https://www.peekvids.com/watch?v=b49PsGgdaEF, https://www.peekvids.com/watch?v=XkqZx3d5u2B,
https://www.peekvids.com/watch?v=gIZkSV5zuTa, https://www.peekvids.com/watch?v=QYfn6ti3Hpo, https://www.peekvids.com/watch?v=-uKn-jokRVf,
https://www.peekvids.com/watch?v=k7vNFbWw9ts, https://www.peekvids.com/watch?v=uA6gml9QJZu, https://www.peekvids.com/watch?v=OYpo24Wz6rm,
https://www.peekvids.com/watch?v=U5r0Tujn623, https://www.peekvids.com/watch?v=xuU9-g5UqXK, https://www.peekvids.com/watch?v=RPuFEf2QLM9,
https://www.peekvids.com/watch?v=FDL7LZAFiR4
5.f. Date of third notice: 2015-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pragechka
5.b. Uploader's email address: napohippodog@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=pragechka

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4AnOQ0s94jQ, https://www.peekvids.com/watch?v=QqaJpJji3KU,
https://www.peekvids.com/watch?v=ED5Kbvey8TY, https://www.peekvids.com/watch?v=GVHr0DK3bqF, https://www.peekvids.com/watch?v=rW7ofQDdHa0,
https://www.peekvids.com/watch?v=-nKuvaxuWyo, https://www.peekvids.com/watch?v=KssZsxkoNYT, https://www.peekvids.com/watch?v=WSBehiN9J2t,
https://www.peekvids.com/watch?v=LFayonDFIzg, https://www.peekvids.com/watch?v=Z4PeH44SHAR, https://www.peekvids.com/watch?v=y8bIhFUFe-W,
https://www.peekvids.com/watch?v=8lutY5C95gA, https://www.peekvids.com/watch?v=aK5Wxlt8Nmh, https://www.peekvids.com/watch?v=dzonsgAmuTA,
https://www.peekvids.com/watch?v=Y7cZeq6puG4, https://www.peekvids.com/watch?v=2Oy35pWQU35, https://www.peekvids.com/watch?v=NqsidYaTijY,
https://www.peekvids.com/watch?v=4H09wQD8GFH, https://www.peekvids.com/watch?v=VMsZR-943Ai, https://www.peekvids.com/watch?v=S2775zDOSP7,
https://www.peekvids.com/watch?v=dgX7eHFBe-W, https://www.peekvids.com/watch?v=uEWQWn3Radz, https://www.peekvids.com/watch?v=rlWFWfTALx7,
https://www.peekvids.com/watch?v=b7EjS9FOoDt, https://www.peekvids.com/watch?v=obCBwCjdfL6, https://www.peekvids.com/watch?v=n8Dl0N3mlfj,
https://www.peekvids.com/watch?v=EaM2vyqK7u4, https://www.peekvids.com/watch?v=FPcFaC0apR0, https://www.peekvids.com/watch?v=iVNDFyPCbxo,
https://www.peekvids.com/watch?v=hEUBsrMCkKq, https://www.peekvids.com/watch?v=sn6zaTfxoSk, https://www.peekvids.com/watch?v=MnO8O5USE5r,
https://www.peekvids.com/watch?v=c2D-DB2kzCE, https://www.peekvids.com/watch?v=I5Q8UK0-i7k, https://www.peekvids.com/watch?v=-6HsX4osilU,
https://www.peekvids.com/watch?v=OHsRLpWhran, https://www.peekvids.com/watch?v=FTRtvD55yEI, https://www.peekvids.com/watch?v=lJq-X2wa0UD,
https://www.peekvids.com/watch?v=7DYhExyl7kI, https://www.peekvids.com/watch?v=4yChdraoLy0, https://www.peekvids.com/watch?v=3nSgBuureOE,
https://www.peekvids.com/watch?v=4FaG9gQQEh3, https://www.peekvids.com/watch?v=VDgXzInjAg7, https://www.peekvids.com/watch?v=RGhjypCLVCZ,
https://www.peekvids.com/watch?v=0bcYx6RweWO, https://www.peekvids.com/watch?v=k34esxTadQz, https://www.peekvids.com/watch?v=Hm6U0aEwa2K,
https://www.peekvids.com/watch?v=kNxgOrXKw5G, https://www.peekvids.com/watch?v=-mHswbBBdOK, https://www.peekvids.com/watch?v=xgpOHgUcVrd,
https://www.peekvids.com/watch?v=0iMwis-ypnf, https://www.peekvids.com/watch?v=VlqiNzmTbha, https://www.peekvids.com/watch?v=4S2n2ilDrZb,
https://www.peekvids.com/watch?v=gf9siXYjPXD, https://www.peekvids.com/watch?v=CsT0I-0aQIN, https://www.peekvids.com/watch?v=x9n4HMafc2V,
https://www.peekvids.com/watch?v=AaiaKq-WD-f, https://www.peekvids.com/watch?v=NVnk2ui6KBv, https://www.peekvids.com/watch?v=ZzST8g974vh,
https://www.peekvids.com/watch?v=3VM7UzvMQN3, https://www.peekvids.com/watch?v=qqAT4xUh8lV, https://www.peekvids.com/watch?v=tywuXLwbaVo,
https://www.peekvids.com/watch?v=tDfZ0rMiZL4, https://www.peekvids.com/watch?v=TT6SfX69t2T, https://www.peekvids.com/watch?v=dmy9MnbnDqm,
https://www.peekvids.com/watch?v=BszNoJlMVeK, https://www.peekvids.com/watch?v=cQxmWmkqs-o, https://www.peekvids.com/watch?v=iNwFId3M0Ga,
https://www.peekvids.com/watch?v=ZfkZeeREml7, https://www.peekvids.com/watch?v=i4V8AxMXW3a, https://www.peekvids.com/watch?v=szhmav4z5k2,
https://www.peekvids.com/watch?v=oRA99JeVmeY, https://www.peekvids.com/watch?v=jn2LMhKckvy, https://www.peekvids.com/watch?v=5r8bqva-y80,
https://www.peekvids.com/watch?v=t9kEl8-I4Zp, https://www.peekvids.com/watch?v=ONgUUX5M38M, https://www.peekvids.com/watch?v=DRviAGKPjxL,
https://www.peekvids.com/watch?v=SewGDLwbDCA, https://www.peekvids.com/watch?v=SJylEAEWoJP, https://www.peekvids.com/watch?v=obHHL2VvoWE,
https://www.peekvids.com/watch?v=koDUY8Pv47h, https://www.peekvids.com/watch?v=l8PJ2LDO0ja, https://www.peekvids.com/watch?v=WroJ70Ercr5,
https://www.peekvids.com/watch?v=uuDLE4nk36R, https://www.peekvids.com/watch?v=08ETgeOis63, https://www.peekvids.com/watch?v=NbdwBLWgyhp,
https://www.peekvids.com/watch?v=2FGeTDenOpy, https://www.peekvids.com/watch?v=xbyGRf9PTzf, https://www.peekvids.com/watch?v=oQuRittCW44,
https://www.peekvids.com/watch?v=iX3DmiejD8H, https://www.peekvids.com/watch?v=quc2eNdOsRW, https://www.peekvids.com/watch?v=wVODPxOT74s,
https://www.peekvids.com/watch?v=rVHLvwLFT3R, https://www.peekvids.com/watch?v=-92wnhYN8z3, https://www.peekvids.com/watch?v=dX0PEDIPaTR,
https://www.peekvids.com/watch?v=lcnNr7CDo0u, https://www.peekvids.com/watch?v=dn-e-nltlul, https://www.peekvids.com/watch?v=7w68fbutTFC,
https://www.peekvids.com/watch?v=3WxbFUfe02y, https://www.peekvids.com/watch?v=hIYtnNwTICJ, https://www.peekvids.com/watch?v=tWa48MPcmTI,
https://www.peekvids.com/watch?v=D-MjCRjGhX7, https://www.peekvids.com/watch?v=Y47M7AuU4w9, https://www.peekvids.com/watch?v=A6kYEyy7ifk,
https://www.peekvids.com/watch?v=6yi-sCjBqzA, https://www.peekvids.com/watch?v=stONnKV3DsD, https://www.peekvids.com/watch?v=SnMwdBqftQr,
https://www.peekvids.com/watch?v=sBw45aUebhe, https://www.peekvids.com/watch?v=MMdG5HyXjrd, https://www.peekvids.com/watch?v=-VQVcTatSl7,
https://www.peekvids.com/watch?v=vAmHBpgDm-Z, https://www.peekvids.com/watch?v=WXtWW-wJg6E, https://www.peekvids.com/watch?v=XZHUwnFDAgU,
https://www.peekvids.com/watch?v=bc8Ajmqj582, https://www.peekvids.com/watch?v=gKjeTn7o-vQ, https://www.peekvids.com/watch?v=ayOx20xWvk7,
https://www.peekvids.com/watch?v=0kCF53LAMFZ, https://www.peekvids.com/watch?v=esZNJyNH4Se, https://www.peekvids.com/watch?v=JP0IRjlZgFw,
https://www.peekvids.com/watch?v=P2PGdbjr9a3, https://www.peekvids.com/watch?v=eoCapX0J9M6, https://www.peekvids.com/watch?v=qdmAPTTjIp8,
https://www.peekvids.com/watch?v=25L-VgIZSt4, https://www.peekvids.com/watch?v=q4nrgrfpli8, https://www.peekvids.com/watch?v=qsTPksXREbp,
https://www.peekvids.com/watch?v=9XN3TJ9dNaj, https://www.peekvids.com/watch?v=FU5ULENklRd, https://www.peekvids.com/watch?v=KDOGAq9XPVx,
https://www.peekvids.com/watch?v=-ToKPLX5FvA, https://www.peekvids.com/watch?v=cJ9-vRUedju, https://www.peekvids.com/watch?v=XFQ-qMiT9Z6,
https://www.peekvids.com/watch?v=5PZ8p4Q5fDJ, https://www.peekvids.com/watch?v=vfHYy6YKjWJ, https://www.peekvids.com/watch?v=8ljgaV-coIE,
https://www.peekvids.com/watch?v=eIcec6jF-zr, https://www.peekvids.com/watch?v=mNMGe6ThLl9, https://www.peekvids.com/watch?v=dCcXsxzwfGX,
https://www.peekvids.com/watch?v=FuYDcAbA0GS, https://www.peekvids.com/watch?v=AvZAzVhD3Jo, https://www.peekvids.com/watch?v=Jc5Y33e54EK,
https://www.peekvids.com/watch?v=GExeO4RCpei, https://www.peekvids.com/watch?v=9ShMbgt33Sb, https://www.peekvids.com/watch?v=GaahIT77hvx,
https://www.peekvids.com/watch?v=xCkAeVctN7A, https://www.peekvids.com/watch?v=Ib6phETT-SX, https://www.peekvids.com/watch?v=e8oPH8VoqOM,
https://www.peekvids.com/watch?v=Ee9AxBIjGBD, https://www.peekvids.com/watch?v=YR89iT9pcQF, https://www.peekvids.com/watch?v=dU0DgCJ8IOn,
https://www.peekvids.com/watch?v=zHI5trN9i8H, https://www.peekvids.com/watch?v=6oMee5fjmct, https://www.peekvids.com/watch?v=IqmaOc8-k-X,
https://www.peekvids.com/watch?v=zIBSH6JHIPf, https://www.peekvids.com/watch?v=RJHALe4Wo8s, https://www.peekvids.com/watch?v=XuoyQi6kPBy,
https://www.peekvids.com/watch?v=RfLENZrbOy2, https://www.peekvids.com/watch?v=9rvolxOwP8k, https://www.peekvids.com/watch?v=ISvNjuERPyn,
https://www.peekvids.com/watch?v=b4DTooXsIJf, https://www.peekvids.com/watch?v=kKN3IdO23Qp, https://www.peekvids.com/watch?v=nuRg9mukzWG,
https://www.peekvids.com/watch?v=BYO7dicojg4, https://www.peekvids.com/watch?v=e7moaQiBDx5, https://www.peekvids.com/watch?v=8XVOt3gtfYx,
https://www.peekvids.com/watch?v=TPiEYIStWM2, https://www.peekvids.com/watch?v=YeFmjjf0Mv6, https://www.peekvids.com/watch?v=EwYZTJ-YWST,
https://www.peekvids.com/watch?v=PAE-dBArbq9, https://www.peekvids.com/watch?v=xYAseHWYrVG, https://www.peekvids.com/watch?v=8YDXA6Zp7RT,
https://www.peekvids.com/watch?v=QBsb9eyvXaZ, https://www.peekvids.com/watch?v=UaJ-7i647g7, https://www.peekvids.com/watch?v=Vx-m0iBYI5B,
https://www.peekvids.com/watch?v=iPGyJNxeo9E, https://www.peekvids.com/watch?v=GuM5-RcyR7v, https://www.peekvids.com/watch?v=BFOv7FZsui0,
https://www.peekvids.com/watch?v=pSE-bQ6QKgQ, https://www.peekvids.com/watch?v=hwK9s8IRVl8, https://www.peekvids.com/watch?v=xqjhcjEwKIq,
https://www.peekvids.com/watch?v=YJ80hECe-NI, https://www.peekvids.com/watch?v=PjRRdcyxvr8, https://www.peekvids.com/watch?v=rA4JyJCWpEu,
https://www.peekvids.com/watch?v=xsHrfWoxbps, https://www.peekvids.com/watch?v=pTuV9FGxjJO, https://www.peekvids.com/watch?v=tohCotu2aM4,
https://www.peekvids.com/watch?v=PXyDDctHc55, https://www.peekvids.com/watch?v=Jv2MIVrWgRN, https://www.peekvids.com/watch?v=-f83t2W5kfG,
https://www.peekvids.com/watch?v=LrMe2MGwfjp, https://www.peekvids.com/watch?v=QiUEZnfMXVG, https://www.peekvids.com/watch?v=4awfOjuTyDi,
https://www.peekvids.com/watch?v=w2MHrydQftM, https://www.peekvids.com/watch?v=mrrZiXIbY97, https://www.peekvids.com/watch?v=zcmsGkTctoa,
https://www.peekvids.com/watch?v=dQWZn2Q9i9t, https://www.peekvids.com/watch?v=zvIwjYpKjkV, https://www.peekvids.com/watch?v=KJC0yUbuh9F,
https://www.peekvids.com/watch?v=PxnCFtp9ARS, https://www.peekvids.com/watch?v=08yInjDhl8P, https://www.peekvids.com/watch?v=zrILYkSAY3F,
https://www.peekvids.com/watch?v=ZlP2dsoZojP, https://www.peekvids.com/watch?v=rMVlYLNrcqL, https://www.peekvids.com/watch?v=qBPCLKOFRUT,
https://www.peekvids.com/watch?v=uMysfJqn9Ai, https://www.peekvids.com/watch?v=pXSW8k9kJ5I, https://www.peekvids.com/watch?v=PRux5ycCBv9,
https://www.peekvids.com/watch?v=X6I4mueK57X, https://www.peekvids.com/watch?v=y6N-lM4dB2f, https://www.peekvids.com/watch?v=ccwZ7fa2nb9,
https://www.peekvids.com/watch?v=3usMZfNOx-q, https://www.peekvids.com/watch?v=3HB8skbshYS, https://www.peekvids.com/watch?v=BfJmnEuWoSk,
https://www.peekvids.com/watch?v=EoVCfxZyURt, https://www.peekvids.com/watch?v=nuyPBaHo-2k, https://www.peekvids.com/watch?v=42KfQNKOJE2,
https://www.peekvids.com/watch?v=CQyBq05AD6Z, https://www.peekvids.com/watch?v=h-rMhvqjtgK, https://www.peekvids.com/watch?v=75y74Qpri54,
https://www.peekvids.com/watch?v=tdV87NBSF7M, https://www.peekvids.com/watch?v=zIGT-H7nT4V, https://www.peekvids.com/watch?v=M9ZQhmnrdJw,
https://www.peekvids.com/watch?v=pc0WH9ma74g, https://www.peekvids.com/watch?v=6mIEy4VYmkj, https://www.peekvids.com/watch?v=8030UYCHRWc,
https://www.peekvids.com/watch?v=8Cb34lz3CTv, https://www.peekvids.com/watch?v=RFmFvsOyGmA, https://www.peekvids.com/watch?v=mITfYMrykug,
https://www.peekvids.com/watch?v=qLV8l0sy6M9, https://www.peekvids.com/watch?v=Fv4US6aahg0, https://www.peekvids.com/watch?v=-vsK0-JisAG,
https://www.peekvids.com/watch?v=AHoKL0TBmHA, https://www.peekvids.com/watch?v=Aggvd5DgcXR, https://www.peekvids.com/watch?v=6lDqSaCPFyL,
https://www.peekvids.com/watch?v=mTQL5HrxbEa, https://www.peekvids.com/watch?v=4o85Vm4Mw7-, https://www.peekvids.com/watch?v=0XKYzJAbob6,
https://www.peekvids.com/watch?v=nrDdqW9bA-q, https://www.peekvids.com/watch?v=NFEHeXv7Put, https://www.peekvids.com/watch?v=uSYoDk6hseO,
https://www.peekvids.com/watch?v=4KcPNeoR0Rg, https://www.peekvids.com/watch?v=mwS66afTnvW, https://www.peekvids.com/watch?v=5XIjXkG6JdV,
https://www.peekvids.com/watch?v=0gxTNcktgSL, https://www.peekvids.com/watch?v=Max7QfGKGw8, https://www.peekvids.com/watch?v=u6ODgzoBpdT,
https://www.peekvids.com/watch?v=WcmbaRh2kWl, https://www.peekvids.com/watch?v=endK6AkCTSP, https://www.peekvids.com/watch?v=9mb6jAuXJDq,
https://www.peekvids.com/watch?v=S0JCFXzKbsB, https://www.peekvids.com/watch?v=vTHeIGMyrrF, https://www.peekvids.com/watch?v=TGRYcyv3z7Z,
https://www.peekvids.com/watch?v=ylJE-m-JBzF, https://www.peekvids.com/watch?v=QgOqDbl-vQp, https://www.peekvids.com/watch?v=7e77LSSDFzR,
https://www.peekvids.com/watch?v=tPVFFe4BR3C, https://www.peekvids.com/watch?v=4EoausoKyaN, https://www.peekvids.com/watch?v=7a-B9fPHGVg,
https://www.peekvids.com/watch?v=PDhu4knaOET, https://www.peekvids.com/watch?v=UmZJIbim2vV, https://www.peekvids.com/watch?v=7ouc2LVXC7T,
https://www.peekvids.com/watch?v=A4ozdQ7uHAf, https://www.peekvids.com/watch?v=44QzCphv3FL, https://www.peekvids.com/watch?v=Ud5ePEG03LX,
https://www.peekvids.com/watch?v=ozxEf3vLMlJ, https://www.peekvids.com/watch?v=oFScAAatkGL, https://www.peekvids.com/watch?v=DfhwVeLZc5i,
https://www.peekvids.com/watch?v=7GJlaUgiclW, https://www.peekvids.com/watch?v=5MuHCGcLhHI, https://www.peekvids.com/watch?v=GJtyOfbWsHL,
https://www.peekvids.com/watch?v=UoDJbltHIuw, https://www.peekvids.com/watch?v=-tMiYI6JKf5, https://www.peekvids.com/watch?v=F9zsbdQ4szO,
https://www.peekvids.com/watch?v=eqC5H6xt-7K, https://www.peekvids.com/watch?v=D4tbjSGmVih, https://www.peekvids.com/watch?v=lrTZkqmwTlT,
https://www.peekvids.com/watch?v=e54WKWr8eI3, https://www.peekvids.com/watch?v=MhEhdgHkY0A, https://www.peekvids.com/watch?v=W6Eme3PmGif,
https://www.peekvids.com/watch?v=ZKYVQetqAfb, https://www.peekvids.com/watch?v=h3BWZMdtQSG, https://www.peekvids.com/watch?v=CLQmd2yEIKP,
https://www.peekvids.com/watch?v=ZEeE89XHJ5p, https://www.peekvids.com/watch?v=uo2D7MsDYCB, https://www.peekvids.com/watch?v=p9QBXE6gJiW,
https://www.peekvids.com/watch?v=hJzhTrIGVCz, https://www.peekvids.com/watch?v=JFYCbzG-TrZ, https://www.peekvids.com/watch?v=Rw4ICzkP-it,
https://www.peekvids.com/watch?v=7cK9A6k7QBv, https://www.peekvids.com/watch?v=HJd2tCvCVQI, https://www.peekvids.com/watch?v=IvhP6IkN2G4,
https://www.peekvids.com/watch?v=hOiB9piUmdh, https://www.peekvids.com/watch?v=30uY7M0zgZd, https://www.peekvids.com/watch?v=X7kFqrjvpFA,
https://www.peekvids.com/watch?v=ZBVbnaglYs9, https://www.peekvids.com/watch?v=d5zGBChI-PR, https://www.peekvids.com/watch?v=WttXwd-OSiG,
https://www.peekvids.com/watch?v=VrvJftvozT3, https://www.peekvids.com/watch?v=d9z8fDR4DYx, https://www.peekvids.com/watch?v=F-pL5wkc8Bb,
https://www.peekvids.com/watch?v=KPN-LoUu637, https://www.peekvids.com/watch?v=yzAeSQTUhx3, https://www.peekvids.com/watch?v=MA5XD3tSLLd,
https://www.peekvids.com/watch?v=un5IxyPJvuO, https://www.peekvids.com/watch?v=etgFvwVZeUw, https://www.peekvids.com/watch?v=qMTlmrU2w76,
https://www.peekvids.com/watch?v=g27x0mElg3V, https://www.peekvids.com/watch?v=ZkDUH73jAX2, https://www.peekvids.com/watch?v=3mQLZzt79yK,
https://www.peekvids.com/watch?v=oTPBBsnKczY, https://www.peekvids.com/watch?v=049ynLcKjAz, https://www.peekvids.com/watch?v=VlRMXDApzkJ,
https://www.peekvids.com/watch?v=qTxFEl6SPtw, https://www.peekvids.com/watch?v=DQp8pZNx3ii, https://www.peekvids.com/watch?v=BEaRbsvB3iV,
https://www.peekvids.com/watch?v=LdyjEDFDHM0, https://www.peekvids.com/watch?v=6JRKFdKPWDF, https://www.peekvids.com/watch?v=bqi8LeZXH-X,
https://www.peekvids.com/watch?v=kWTUy6Vocov, https://www.peekvids.com/watch?v=tEL0fAjk39v, https://www.peekvids.com/watch?v=pQvd9uX9AwV,
https://www.peekvids.com/watch?v=4z4MUJ2JXjh, https://www.peekvids.com/watch?v=M59k6Xj3cRQ, https://www.peekvids.com/watch?v=xVPfOi5bJ3h,
https://www.peekvids.com/watch?v=UjA5s2mEZW5, https://www.peekvids.com/watch?v=dLWVLx9K7pe, https://www.peekvids.com/watch?v=A7JSqSJGSod,
https://www.peekvids.com/watch?v=ooL8R8Ft4f2, https://www.peekvids.com/watch?v=iliSPy7oVzi, https://www.peekvids.com/watch?v=KbuUuf7vvrC,
https://www.peekvids.com/watch?v=dsd7Ov9yOEt, https://www.peekvids.com/watch?v=td5GSIfdhpG, https://www.peekvids.com/watch?v=hRSdHEIZ57R,
https://www.peekvids.com/watch?v=7iuLXp2jrFz, https://www.peekvids.com/watch?v=SRGEKMGzWAM, https://www.peekvids.com/watch?v=OHU8L0xjwYl,
https://www.peekvids.com/watch?v=DkqqXzXMuIl, https://www.peekvids.com/watch?v=fXmFSbjUPyk, https://www.peekvids.com/watch?v=iFFPjIxxJwX,
https://www.peekvids.com/watch?v=9cEh3-TWEGA, https://www.peekvids.com/watch?v=O9oBNwFXq5y, https://www.peekvids.com/watch?v=sIiV3NxEnIF,
https://www.peekvids.com/watch?v=oStWYjMXTxH, https://www.peekvids.com/watch?v=QtUOVJ8eghd, https://www.peekvids.com/watch?v=4bGFPbci3g9,
https://www.peekvids.com/watch?v=-InnkqXtQnM, https://www.peekvids.com/watch?v=Nm9FKLn0KS6, https://www.peekvids.com/watch?v=jR55xcHfVXQ,
https://www.peekvids.com/watch?v=SgaKI2ymEwb, https://www.peekvids.com/watch?v=GBqh8tSNglj, https://www.peekvids.com/watch?v=bQgZqT-uFZg,
https://www.peekvids.com/watch?v=SiyTZGkt5fy, https://www.peekvids.com/watch?v=ZmtE4fJLTOZ, https://www.peekvids.com/watch?v=W3tard3Gdba,
https://www.peekvids.com/watch?v=5fC8eCetbqk, https://www.peekvids.com/watch?v=K0Y-95oB4KK, https://www.peekvids.com/watch?v=mcqHaFJ5Zku,
https://www.peekvids.com/watch?v=AwoQ-sRr7fW, https://www.peekvids.com/watch?v=cMhVLscaY8W, https://www.peekvids.com/watch?v=ZZqv2LpPK7n,
https://www.peekvids.com/watch?v=fkyz6XQNqL9, https://www.peekvids.com/watch?v=oV69BzYr5AV, https://www.peekvids.com/watch?v=xDIDuuL-NG2,
https://www.peekvids.com/watch?v=CkANpiDgcCx, https://www.peekvids.com/watch?v=iSgvLU-2zJS, https://www.peekvids.com/watch?v=bSliZkVXi5m,
https://www.peekvids.com/watch?v=5hn8L8lSAqT, https://www.peekvids.com/watch?v=-jGpUJm5bQF, https://www.peekvids.com/watch?v=-Rq-KBOSNim,
https://www.peekvids.com/watch?v=LWL-djFcGvo, https://www.peekvids.com/watch?v=w7hFcXxSrEx, https://www.peekvids.com/watch?v=pzXIozrg4Rw,
https://www.peekvids.com/watch?v=Hxq-jnwTt5l, https://www.peekvids.com/watch?v=fAAGNKP7di9, https://www.peekvids.com/watch?v=lkA9iqGJqFw,
https://www.peekvids.com/watch?v=Q74ClC4kLCO, https://www.peekvids.com/watch?v=SgKggkQ8Ppc, https://www.peekvids.com/watch?v=Sys2fxzg63y,
https://www.peekvids.com/watch?v=agigDVJpk0b, https://www.peekvids.com/watch?v=vsPnCYRmWHM, https://www.peekvids.com/watch?v=gxzuavwJnBr,
https://www.peekvids.com/watch?v=7x8VezcKl3T, https://www.peekvids.com/watch?v=bxbTYsCjhfe, https://www.peekvids.com/watch?v=2qwGpasQYMp,
https://www.peekvids.com/watch?v=bKKqmrWlNRW, https://www.peekvids.com/watch?v=o-95ddO8ghx, https://www.peekvids.com/watch?v=dLDYCuoIQde,
https://www.peekvids.com/watch?v=cQkPVHVM9GR, https://www.peekvids.com/watch?v=xgs-KSqhqfn, https://www.peekvids.com/watch?v=Pe45GIbSNnY,
https://www.peekvids.com/watch?v=rNdsSm2XEnK, https://www.peekvids.com/watch?v=k2JI-qwRak5, https://www.peekvids.com/watch?v=siKj5MHUMGU,
https://www.peekvids.com/watch?v=DJWCPJEW6jf, https://www.peekvids.com/watch?v=JmWW92IvmNg, https://www.peekvids.com/watch?v=v80xe4kVBfa,
https://www.peekvids.com/watch?v=ESQRaC4NkPU, https://www.peekvids.com/watch?v=v2YnzAcwPKB, https://www.peekvids.com/watch?v=zL5sEjRAtwe,
https://www.peekvids.com/watch?v=r5Nu5VBC2dK, https://www.peekvids.com/watch?v=ANo7Uw6hJ57, https://www.peekvids.com/watch?v=GHnb5hnPFGi,
https://www.peekvids.com/watch?v=YV9fW3FO3Fr, https://www.peekvids.com/watch?v=VMpibhP06Rx, https://www.peekvids.com/watch?v=TLc-x6iTV3j,
https://www.peekvids.com/watch?v=qe6Ku0LhdI9, https://www.peekvids.com/watch?v=arIbhWQ2GgO, https://www.peekvids.com/watch?v=Op0kUL50Bey,

https://www.peekvids.com/watch?v=-i6lFV9gRzF, https://www.peekvids.com/watch?v=w0WCyUEFiir, https://www.peekvids.com/watch?v=MSbvdchITI0, https://www.peekvids.com/watch?v=xTt2yVg-dJn, https://www.peekvids.com/watch?v=4CYQvBtWp0e, https://www.peekvids.com/watch?v=4qvA2gcAo2F, https://www.peekvids.com/watch?v=qGoumlbUbea, https://www.peekvids.com/watch?v=YxUVfcHsG0M, https://www.peekvids.com/watch?v=aOJ-C4cotUY, https://www.peekvids.com/watch?v=Se4zzVhWAzQ, https://www.peekvids.com/watch?v=Uf0Vm7zSPLI, https://www.peekvids.com/watch?v=CvtEvdLu7v5, https://www.peekvids.com/watch?v=7iEZJeZrjlJ, https://www.peekvids.com/watch?v=olbnheEt5UG, https://www.peekvids.com/watch?v=F4gysprj82Y, https://www.peekvids.com/watch?v=tNbwH7JepPP, https://www.peekvids.com/watch?v=wH59rS3SPdz, https://www.peekvids.com/watch?v=QPHkbKojd8S, https://www.peekvids.com/watch?v=w3LyuQ8-4Re, https://www.peekvids.com/watch?v=MffGlOWxSTb, https://www.peekvids.com/watch?v=WuOnxbt52Ka, https://www.peekvids.com/watch?v=I6VoUjIyaD7, https://www.peekvids.com/watch?v=zJrm3qRq7EO, https://www.peekvids.com/watch?v=UQoxN4E7tnM, https://www.peekvids.com/watch?v=5N9pp6D0HGP, https://www.peekvids.com/watch?v=iwmD8bqQaZw, https://www.peekvids.com/watch?v=LE58iLtsUB0, https://www.peekvids.com/watch?v=8Zn6jCGXHSu, https://www.peekvids.com/watch?v=Hia7X4Bj3Dw, https://www.peekvids.com/watch?v=eZIpB4QlQzt, https://www.peekvids.com/watch?v=JX2bWGDKb82, https://www.peekvids.com/watch?v=DfbwOhAWvH6, https://www.peekvids.com/watch?v=P9er2ehlX5d, https://www.peekvids.com/watch?v=Xpe4n-bTnfL, https://www.peekvids.com/watch?v=r8hZbLGMFr8, https://www.peekvids.com/watch?v=NQh6-gaJNcF, https://www.peekvids.com/watch?v=ADlBkgvDU2v, https://www.peekvids.com/watch?v=B-hwJMHSt8P, https://www.peekvids.com/watch?v=KzWaQ0wbH4B, https://www.peekvids.com/watch?v=T5iiOtC2vnv, https://www.peekvids.com/watch?v=bZIn-8Es3KM, https://www.peekvids.com/watch?v=esArFrhT6Ta, https://www.peekvids.com/watch?v=oq3-2WZs2ow, https://www.peekvids.com/watch?v=zVkEfrijyXW, https://www.peekvids.com/watch?v=Ezlwe6SL2L2, https://www.peekvids.com/watch?v=hjmwbSwd28v, https://www.peekvids.com/watch?v=L75V3Xn5oBg, https://www.peekvids.com/watch?v=AQFC5ZmS36R, https://www.peekvids.com/watch?v=HZAsf60pzXG, https://www.peekvids.com/watch?v=xXadkPz5t8y, https://www.peekvids.com/watch?v=kLzrUTiiyki, https://www.peekvids.com/watch?v=7O6E72gJJ0L, https://www.peekvids.com/watch?v=aTf-uMwDJ8F, https://www.peekvids.com/watch?v=LuZBND08L4-, https://www.peekvids.com/watch?v=nztmM8IZAZC, https://www.peekvids.com/watch?v=5fhznPrMX6D, https://www.peekvids.com/watch?v=xXZgWBgPk8K, https://www.peekvids.com/watch?v=cH3PFaZtjgn, https://www.peekvids.com/watch?v=iB9FX7NqYXu, https://www.peekvids.com/watch?v=-03VVvObMa4, https://www.peekvids.com/watch?v=ef3IGFlapli, https://www.peekvids.com/watch?v=cxTbI2pdNGZ, https://www.peekvids.com/watch?v=3t5nm0iA9T6, https://www.peekvids.com/watch?v=6S3Phy-RtTL, https://www.peekvids.com/watch?v=-Xe3ooVSKmv, https://www.peekvids.com/watch?v=JYgFQzbEwgH, https://www.peekvids.com/watch?v=xz3RjIkCK82

5.f. Date of third notice: 2015-04-24

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: prajoba

5.b. Uploader's email address: nilkoohara@outlook.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=prajoba

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Ua_RMrXdCef, https://www.peekvids.com/watch?v=a2G0OawoTpn, https://www.peekvids.com/watch?v=sIcXgSmSGfl, https://www.peekvids.com/watch?v=JTbACo8PRFQ, https://www.peekvids.com/watch?v=aTSecyf7h9E, https://www.peekvids.com/watch?v=mTyVHOE66xT, https://www.peekvids.com/watch?v=pDrA4DwIGIc, https://www.peekvids.com/watch?v=D3mOdWihlJh, https://www.peekvids.com/watch?v=a6mtu91_WVH, https://www.peekvids.com/watch?v=i3vEP29cxMD, https://www.peekvids.com/watch?v=Zl_RjVrPm7l, https://www.peekvids.com/watch?v=p3f9xh7nZMz, https://www.peekvids.com/watch?v=89kDro0TOP5, https://www.peekvids.com/watch?v=Rg7_Q8vY1A9, https://www.peekvids.com/watch?v=TblXZ2KGQzg, https://www.peekvids.com/watch?v=NQZCektFo1a, https://www.peekvids.com/watch?v=0ys3jFDcnwC, https://www.peekvids.com/watch?v=KH15O-b2LX9, https://www.peekvids.com/watch?v=eus60URZ0RB, https://www.peekvids.com/watch?v=H7KcQyNI2eA, https://www.peekvids.com/watch?v=rCi2VkUlsNf, https://www.peekvids.com/watch?v=mZX9Qh1KG4y, https://www.peekvids.com/watch?v=UvNunN2OIbS, https://www.peekvids.com/watch?v=9mrxdMCEtGs, https://www.peekvids.com/watch?v=7FEWYX-MNWg, https://www.peekvids.com/watch?v=mUZMWU-xp6n, https://www.peekvids.com/watch?v=A97le3Rn1Rr, https://www.peekvids.com/watch?v=SnseJ09ew2M, https://www.peekvids.com/watch?v=X_LWdzTjRSC, https://www.peekvids.com/watch?v=dxNtQPCS7iG, https://www.peekvids.com/watch?v=8VvK1AfMBaZ, https://www.peekvids.com/watch?v=UzWniBlcPP9, https://www.peekvids.com/watch?v=wCm5dXENujN, https://www.peekvids.com/watch?v=PBKCIooc07M, https://www.peekvids.com/watch?v=G3iXmh8biSc, https://www.peekvids.com/watch?v=IC2K-CCznkR, https://www.peekvids.com/watch?v=5NnSA19_ARg, https://www.peekvids.com/watch?v=H2TVlyo9erY, https://www.peekvids.com/watch?v=nqx4cSN5Ime, https://www.peekvids.com/watch?v=64RWaliDkQV, https://www.peekvids.com/watch?v=U8N_PY4pxGm, https://www.peekvids.com/watch?v=gSqSeJDUWZn, https://www.peekvids.com/watch?v=jBsMDQ-GxG0, https://www.peekvids.com/watch?v=Eyc3ZbawzPl, https://www.peekvids.com/watch?v=BNcjXI91Wsf, https://www.peekvids.com/watch?v=xR4QVG0EZ05, https://www.peekvids.com/watch?v=Su2eFeeTQr0, https://www.peekvids.com/watch?v=mmIuNSwt064, https://www.peekvids.com/watch?v=ug64xhGLnWY, https://www.peekvids.com/watch?v=5bMp0CLLiSC, https://www.peekvids.com/watch?v=HMGHdXslGiX, https://www.peekvids.com/watch?v=I8ASCYnzDbG, https://www.peekvids.com/watch?v=5r1yFZzjPoZ, https://www.peekvids.com/watch?v=kOWEAsd1FVS, https://www.peekvids.com/watch?v=qtLvTxSJPrq, https://www.peekvids.com/watch?v=2zcQ9Q9cf1M, https://www.peekvids.com/watch?v=fZfJn3r8lLf, https://www.peekvids.com/watch?v=MrceOCUT2N8, https://www.peekvids.com/watch?v=ATK3s5m2eSo, https://www.peekvids.com/watch?v=2UtlR9od1il, https://www.peekvids.com/watch?v=STCUzVOk1as, https://www.peekvids.com/watch?v=Qo4jfC2219N, https://www.peekvids.com/watch?v=CjFTIHQuI-I, https://www.peekvids.com/watch?v=42i97npPpFa, https://www.peekvids.com/watch?v=3DFMcoelG-I, https://www.peekvids.com/watch?v=GW67Zs9I7e2, https://www.peekvids.com/watch?v=TBn8n11x8Ln, https://www.peekvids.com/watch?v=9TmmNp87hbi, https://www.peekvids.com/watch?v=4WQlnDKOp5B, https://www.peekvids.com/watch?v=ywOPDjTLy1W, https://www.peekvids.com/watch?v=GQhB4upO7Dv, https://www.peekvids.com/watch?v=9MeIiMfntZ4, https://www.peekvids.com/watch?v=nC9EQHt43KN, https://www.peekvids.com/watch?v=dqSYYFtbAcy, https://www.peekvids.com/watch?v=avDGvl60HTI, https://www.peekvids.com/watch?v=FdQj1tRbzly, https://www.peekvids.com/watch?v=tLo00wW5d_s, https://www.peekvids.com/watch?v=KsPeT9dw_EJ, https://www.peekvids.com/watch?v=L6xu-H4jYg4, https://www.peekvids.com/watch?v=n88dXvAmNEp, https://www.peekvids.com/watch?v=hXRu6R8PefG, https://www.peekvids.com/watch?v=A9Dmmdw2vN5, https://www.peekvids.com/watch?v=8-n_EEZh410, https://www.peekvids.com/watch?v=06cVPTnAPtI, https://www.peekvids.com/watch?v=rwKLJYhphQV, https://www.peekvids.com/watch?v=0vvOEzMoqW3, https://www.peekvids.com/watch?v=8rXCaNbx3yU, https://www.peekvids.com/watch?v=QJFYUA0nVPP, https://www.peekvids.com/watch?v=Dioik31orEj, https://www.peekvids.com/watch?v=U7tAkg0-DjH, https://www.peekvids.com/watch?v=jcI2Al3AX0g, https://www.peekvids.com/watch?v=4rev_5wyFNe, https://www.peekvids.com/watch?v=zDpe80mQVQA, https://www.peekvids.com/watch?v=g3pKJXKQW6t, https://www.peekvids.com/watch?v=MNFvk4GbVtf, https://www.peekvids.com/watch?v=HkX4RVAmEFJ, https://www.peekvids.com/watch?v=6L7f-RQOdBm, https://www.peekvids.com/watch?v=9ENSYpI56bC

5.f. Date of third notice: 2015-09-21

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: profitness

5.b. Uploader's email address: willkolonfaga@mail.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=profitness

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=HP3fKFJHZ2c, https://www.peekvids.com/watch?v=Z0ZCzCSeW65, https://www.peekvids.com/watch?v=wnTjj_dw-GR, https://www.peekvids.com/watch?v=GY20LdkeaxG, https://www.peekvids.com/watch?v=ieMP3DS3bPg, https://www.peekvids.com/watch?v=Wtjh1Pf6fF4, https://www.peekvids.com/watch?v=2Wl_7voNg4k, https://www.peekvids.com/watch?v=6zaprScrA4M, https://www.peekvids.com/watch?v=J6JrwFBnfj4, https://www.peekvids.com/watch?v=4ZIlZxSs33s, https://www.peekvids.com/watch?v=lIXTn907zeA, https://www.peekvids.com/watch?v=bt2c5O5kdFG, https://www.peekvids.com/watch?v=mot3ZH5jYVg, https://www.peekvids.com/watch?v=WEf4eWCdQ9i, https://www.peekvids.com/watch?v=aDmDj9mhcTa, https://www.peekvids.com/watch?v=n3z8EKOq_E6, https://www.peekvids.com/watch?v=Ps4WlPPPeQh, https://www.peekvids.com/watch?v=71hitfj4QFB, https://www.peekvids.com/watch?v=ZV_si8-qCWi, https://www.peekvids.com/watch?v=O3krYlLsFTL, https://www.peekvids.com/watch?v=a_roxdQHarW, https://www.peekvids.com/watch?v=KWeeUBxBvWg, https://www.peekvids.com/watch?v=GIIZfEYE70S, https://www.peekvids.com/watch?v=6iAXCirfboU, https://www.peekvids.com/watch?v=Zjd2-OPgcXo, https://www.peekvids.com/watch?v=fwrGAD3gFKZ, https://www.peekvids.com/watch?v=w6hiAkZW7Xi, https://www.peekvids.com/watch?v=Ak2zOlf-yV7, https://www.peekvids.com/watch?v=KqX7R7AFJg2, https://www.peekvids.com/watch?v=xYRUbXRonHW, https://www.peekvids.com/watch?v=3iaKtmMeGTr, https://www.peekvids.com/watch?v=8QkciYGlE73, https://www.peekvids.com/watch?v=bylOIAnsnvX, https://www.peekvids.com/watch?v=gfmQRYNyspj, https://www.peekvids.com/watch?v=TWogsLu85DT, https://www.peekvids.com/watch?v=N9vGd1XIjfx, https://www.peekvids.com/watch?v=Mh9miQHRKpw, https://www.peekvids.com/watch?v=5NKHEfS-45O, https://www.peekvids.com/watch?v=aPzXLdQmrEt, https://www.peekvids.com/watch?v=SY3GpdZ90SX, https://www.peekvids.com/watch?v=su8dnMgmEl7, https://www.peekvids.com/watch?v=yu8n-5Of0_9, https://www.peekvids.com/watch?v=MhXWhWUG6hf, https://www.peekvids.com/watch?v=daKR4QAvGod, https://www.peekvids.com/watch?v=CEqaHLGI_p2, https://www.peekvids.com/watch?v=s6eW5WGUWxO, https://www.peekvids.com/watch?v=JixkQL0k4UB, https://www.peekvids.com/watch?v=Ob-4MxpHGGb, https://www.peekvids.com/watch?v=ACD_3ZXj_dx, https://www.peekvids.com/watch?v=mTpGMSWXgjK, https://www.peekvids.com/watch?v=ANfclf4V6d4, https://www.peekvids.com/watch?v=ipGLnt1vrI5, https://www.peekvids.com/watch?v=F0lsnlp8R-2, https://www.peekvids.com/watch?v=9XUUZpJYH8X, https://www.peekvids.com/watch?v=2bVw-WlsYAo, https://www.peekvids.com/watch?v=0ZoT4cHGsIS, https://www.peekvids.com/watch?v=cWVkwdNTKEY, https://www.peekvids.com/watch?v=RAa-h2okQ2T, https://www.peekvids.com/watch?v=4BfrORIVqYA, https://www.peekvids.com/watch?v=P6OFx3L9DeY, https://www.peekvids.com/watch?v=Z2NoI5KkC-q, https://www.peekvids.com/watch?v=fmK1YT1eopD, https://www.peekvids.com/watch?v=CTa5XLzv7qN, https://www.peekvids.com/watch?v=eCvfOPXzDfC, https://www.peekvids.com/watch?v=fnF8vALmKF0, https://www.peekvids.com/watch?v=vg9r0GWfGqs, https://www.peekvids.com/watch?v=g68cqR-SlCI, https://www.peekvids.com/watch?v=tNPzS7X7abF, https://www.peekvids.com/watch?v=IKGWg5eIFvH, https://www.peekvids.com/watch?v=cDwHXsRqP0S, https://www.peekvids.com/watch?v=mAsZ-NN63gy, https://www.peekvids.com/watch?v=zgb5PIDKTAO, https://www.peekvids.com/watch?v=upsLUhPY0_6, https://www.peekvids.com/watch?v=hLdI1el4LHD, https://www.peekvids.com/watch?v=ZpEpD2OOeLx, https://www.peekvids.com/watch?v=PP74Du_CLtK, https://www.peekvids.com/watch?v=CLnVe-59PyV, https://www.peekvids.com/watch?v=pO2HHwEGxBc, https://www.peekvids.com/watch?v=GD9R_6RnA1n, https://www.peekvids.com/watch?v=JMaSn-Byzo3, https://www.peekvids.com/watch?v=qbi3oJoyx4u, https://www.peekvids.com/watch?v=Tt3gPjW3pXL, https://www.peekvids.com/watch?v=mOGgZYT0PIc, https://www.peekvids.com/watch?v=JKeYEEey-Zq, https://www.peekvids.com/watch?v=KCbQnsmV16b, https://www.peekvids.com/watch?v=Aya-uC4G_ao, https://www.peekvids.com/watch?v=otLeGhcfzOg, https://www.peekvids.com/watch?v=Cr9My894Kxw, https://www.peekvids.com/watch?v=7r678OsYeJg, https://www.peekvids.com/watch?v=qV4vY-BWDyi, https://www.peekvids.com/watch?v=dGhtnjOHVUY, https://www.peekvids.com/watch?v=Hp3j9u77HV4, https://www.peekvids.com/watch?v=eWZTQtChJOs, https://www.peekvids.com/watch?v=Gf9XtaJ-uPf, https://www.peekvids.com/watch?v=fYRVvSKhS-i, https://www.peekvids.com/watch?v=SKlQRVBM0pa, https://www.peekvids.com/watch?v=i_d0nY2Ap4t, https://www.peekvids.com/watch?v=dl3rpiqCaV4, https://www.peekvids.com/watch?v=8rXAVj_0HD0, https://www.peekvids.com/watch?v=KtqmRQMTQIk, https://www.peekvids.com/watch?v=mhPAzx41g17, https://www.peekvids.com/watch?v=UehmA5EBg67, https://www.peekvids.com/watch?v=J33ToDcAmZU, https://www.peekvids.com/watch?v=BP7UayoIdLO, https://www.peekvids.com/watch?v=GdtM7OHBxAD, https://www.peekvids.com/watch?v=p0RD4xJ3QuN, https://www.peekvids.com/watch?v=ju5p1IBSnCA, https://www.peekvids.com/watch?v=kjujn7VPNDb, https://www.peekvids.com/watch?v=mMHyE3VhJ2G, https://www.peekvids.com/watch?v=WvMk7zTLm7B, https://www.peekvids.com/watch?v=HGM_wSRe_RP, https://www.peekvids.com/watch?v=0NsxES0QC87, https://www.peekvids.com/watch?v=a3heVCiN_D7, https://www.peekvids.com/watch?v=MrK1UtGYAwb, https://www.peekvids.com/watch?v=RweXlgYOUGV, https://www.peekvids.com/watch?v=ZaGtBoaFI3s, https://www.peekvids.com/watch?v=NjkaKKGjnSk, https://www.peekvids.com/watch?v=7k4V2Zln10V, https://www.peekvids.com/watch?v=qigMDqrOpBc, https://www.peekvids.com/watch?v=TbkGRefDAsT, https://www.peekvids.com/watch?v=a4ETa1VxOIw, https://www.peekvids.com/watch?v=UtJKwMo_gP0, https://www.peekvids.com/watch?v=ttlvIERWvFh, https://www.peekvids.com/watch?v=j-351lwaHt3, https://www.peekvids.com/watch?v=AVsXx0e72z5, https://www.peekvids.com/watch?v=aAHOp45FoQt, https://www.peekvids.com/watch?v=gdI7EBqmVmq, https://www.peekvids.com/watch?v=7k6CFr6wDCW, https://www.peekvids.com/watch?v=SEPwaZN4UXU, https://www.peekvids.com/watch?v=RHZX6pbzQ-t, https://www.peekvids.com/watch?v=vXpGzPMD6Mi, https://www.peekvids.com/watch?v=5xQrc0ccTta, https://www.peekvids.com/watch?v=bgT_0lJZH50, https://www.peekvids.com/watch?v=N_gmOLLS83t

5.f. Date of third notice: 2015-09-24

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: puredaniella

5.b. Uploader's email address: blondemilfdanija@yahoo.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=puredaniella

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dHdMthldBlw, https://www.peekvids.com/watch?v=hcCJGFEPzb3, https://www.peekvids.com/watch?v=KQtMyYiFECW, https://www.peekvids.com/watch?v=BBVlssK7-xs, https://www.peekvids.com/watch?v=zj9wDKbuOJf, https://www.peekvids.com/watch?v=rR5w8jsVYDL, https://www.peekvids.com/watch?v=tGCQzBjXr33, https://www.peekvids.com/watch?v=L1D_xLyh8jW, https://www.peekvids.com/watch?v=WisX8LFNDcw, https://www.peekvids.com/watch?v=vSMWvkn3CLC, https://www.peekvids.com/watch?v=fvQ1Fy5IAJz, https://www.peekvids.com/watch?v=5YmpY4Ym99Q, https://www.peekvids.com/watch?v=byN0ZUz8LeW, https://www.peekvids.com/watch?v=cfKdN2kYvWW, https://www.peekvids.com/watch?v=NQyG3RLbfmH, https://www.peekvids.com/watch?v=fvTmhhHJtTb, https://www.peekvids.com/watch?v=r0f8tJsoYtb, https://www.peekvids.com/watch?v=uIDnxCMVYXD, https://www.peekvids.com/watch?v=BSQHkS1kx_M, https://www.peekvids.com/watch?v=9Q42Bt1FTyX, https://www.peekvids.com/watch?v=lZXEIcZrYt8, https://www.peekvids.com/watch?v=NwvlWTyCZCw, https://www.peekvids.com/watch?v=64-wALRLTJz, https://www.peekvids.com/watch?v=dugFu1ysVbk, https://www.peekvids.com/watch?v=s59vdKxWu9s, https://www.peekvids.com/watch?v=0bjtNgxhOjP, https://www.peekvids.com/watch?v=Rr0cS1eNOEX, https://www.peekvids.com/watch?v=wx9_GIt2us7, https://www.peekvids.com/watch?v=CLioxFzVef2, https://www.peekvids.com/watch?v=FHwGTii4Yey, https://www.peekvids.com/watch?v=enoOqp_PKc9, https://www.peekvids.com/watch?v=mDY8t4ltrdo, https://www.peekvids.com/watch?v=gOpQOJr5H-z, https://www.peekvids.com/watch?v=ESmLNHF5EcW, https://www.peekvids.com/watch?v=ZLApjpCAvrh, https://www.peekvids.com/watch?v=cGjsu60Sqcu, https://www.peekvids.com/watch?v=FSzZ1bEtp6Q, https://www.peekvids.com/watch?v=Ar9AwKb36XA, https://www.peekvids.com/watch?v=jt5B1Vp2n6i, https://www.peekvids.com/watch?v=l6ecxxo4glu, https://www.peekvids.com/watch?v=nY369ZhdNqH, https://www.peekvids.com/watch?v=nvfUqeiE0pL, https://www.peekvids.com/watch?v=hGV5UN1xOSf, https://www.peekvids.com/watch?v=yGNN36rRwrL, https://www.peekvids.com/watch?v=vmU3uSbvSLl, https://www.peekvids.com/watch?v=P5D7BHdx-yr, https://www.peekvids.com/watch?v=EGmFld7h6ce, https://www.peekvids.com/watch?v=4fVHd2y6tRb, https://www.peekvids.com/watch?v=DGSyfKdh1Kr, https://www.peekvids.com/watch?v=Z1dznyN2jwt,

https://www.peekvids.com/watch?v=kgdXOeIsKWz, https://www.peekvids.com/watch?v=BucJh3jwp5z, https://www.peekvids.com/watch?v=Zrgu2lNePak,
https://www.peekvids.com/watch?v=kFZ38aNHHrM, https://www.peekvids.com/watch?v=3aHRuShQ3sa, https://www.peekvids.com/watch?v=7WpRyxd8Njd,
https://www.peekvids.com/watch?v=Jll2fHELhuw, https://www.peekvids.com/watch?v=x5Z0ICc41fM, https://www.peekvids.com/watch?v=6NFaq8FhoCr,
https://www.peekvids.com/watch?v=2fvXDp_CHam, https://www.peekvids.com/watch?v=zoZ6QZwgbaK, https://www.peekvids.com/watch?v=MqBDt5qDTJE,
https://www.peekvids.com/watch?v=ytGU1Z91g7v, https://www.peekvids.com/watch?v=ZFDwDVfdUub, https://www.peekvids.com/watch?v=rTZg_63LhVz,
https://www.peekvids.com/watch?v=cxTOJdav2v0, https://www.peekvids.com/watch?v=NGhqZrBN61x, https://www.peekvids.com/watch?v=35nLBDFaP1o,
https://www.peekvids.com/watch?v=zNPNW2l6EAx, https://www.peekvids.com/watch?v=rLQoANeinbc, https://www.peekvids.com/watch?v=mAV0OsoPgZ4,
https://www.peekvids.com/watch?v=WICi503Dw4M, https://www.peekvids.com/watch?v=wHpsqTsmdHT, https://www.peekvids.com/watch?v=BRghD6Au8zB,
https://www.peekvids.com/watch?v=ouzBb4DIYy9, https://www.peekvids.com/watch?v=58jn-rNfKMa, https://www.peekvids.com/watch?v=eIGkjVnGH4S,
https://www.peekvids.com/watch?v=XsKD0FQfyoj, https://www.peekvids.com/watch?v=xA6Nghv-4fP, https://www.peekvids.com/watch?v=HoeyhgTDTjp,
https://www.peekvids.com/watch?v=TgmCgKcVKZb, https://www.peekvids.com/watch?v=eYHQInkQ2x3, https://www.peekvids.com/watch?v=SE8cRNGozi3,
https://www.peekvids.com/watch?v=ZABHRzcp4ZN, https://www.peekvids.com/watch?v=wVtRcpqVhWK, https://www.peekvids.com/watch?v=QABlYHDGq_D,
https://www.peekvids.com/watch?v=GABCIx6c9zw, https://www.peekvids.com/watch?v=9emG4WQyUkS, https://www.peekvids.com/watch?v=y439MUsw79J,
https://www.peekvids.com/watch?v=zqEx09DPGZn, https://www.peekvids.com/watch?v=OR-XXAaOIOA, https://www.peekvids.com/watch?v=E3Njys8Qnm4,
https://www.peekvids.com/watch?v=K5RIuhVdQv0, https://www.peekvids.com/watch?v=sH_OuFbR9yc, https://www.peekvids.com/watch?v=jqGJRKJSlTk,
https://www.peekvids.com/watch?v=tvafLc3DpRu, https://www.peekvids.com/watch?v=b-J8AQ2cfqz, https://www.peekvids.com/watch?v=LeXnu-ic4tq,
https://www.peekvids.com/watch?v=mQoF4zB3FWD, https://www.peekvids.com/watch?v=vBExt_K239w, https://www.peekvids.com/watch?v=3QUzi3zbw9c,
https://www.peekvids.com/watch?v=y8W4NaTttyv, https://www.peekvids.com/watch?v=Cw1XveJmv68, https://www.peekvids.com/watch?v=jWu8i3LuTwq,
https://www.peekvids.com/watch?v=q2ZPEAghR5m, https://www.peekvids.com/watch?v=8S1Y3KJ9bjd, https://www.peekvids.com/watch?v=pT0idTim2oW,
https://www.peekvids.com/watch?v=VVmPrAw3524, https://www.peekvids.com/watch?v=Yyxx5bOJWVT, https://www.peekvids.com/watch?v=6AmyDdiBmNC,
https://www.peekvids.com/watch?v=44CrQ7oQ2ku, https://www.peekvids.com/watch?v=OSjPdUOH2LQ, https://www.peekvids.com/watch?v=2_qD_521yQD,
https://www.peekvids.com/watch?v=3wq_8e6lvCR, https://www.peekvids.com/watch?v=gBpdjoQZbpo, https://www.peekvids.com/watch?v=B13gjFM9r6O,
https://www.peekvids.com/watch?v=dsdOzzkMQ3h, https://www.peekvids.com/watch?v=oVIBNy-Sld5, https://www.peekvids.com/watch?v=u1I7sYCDgaT,
https://www.peekvids.com/watch?v=Q4Ro7yRM-gm, https://www.peekvids.com/watch?v=wEMoxSe9__D, https://www.peekvids.com/watch?v=M796KwO0A_d,
https://www.peekvids.com/watch?v=kHMs1Lg3y3f, https://www.peekvids.com/watch?v=3NC9d_tpw2g, https://www.peekvids.com/watch?v=Op2HZU694iQ,
https://www.peekvids.com/watch?v=g9bRuR7bxnn, https://www.peekvids.com/watch?v=ipFJoF-wxgH, https://www.peekvids.com/watch?v=trjQsNFx5of,
https://www.peekvids.com/watch?v=lD01KFIhAxb, https://www.peekvids.com/watch?v=tCyWHwSSyli, https://www.peekvids.com/watch?v=einlh5TrGwa
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ramlong
5.b. Uploader's email address: rummerdron@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ramlong
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Ju9hJiyEsRq, https://www.peekvids.com/watch?v=bWTDfjG3TzU,
https://www.peekvids.com/watch?v=HjJkLERYgba, https://www.peekvids.com/watch?v=KCSqQQHcAV0, https://www.peekvids.com/watch?v=CBTbGtKIynL,
https://www.peekvids.com/watch?v=YJLqtH4RbaH, https://www.peekvids.com/watch?v=KvR79FBtc8I, https://www.peekvids.com/watch?v=7IhfF-o5n5Q,
https://www.peekvids.com/watch?v=bnk9jSA-NST, https://www.peekvids.com/watch?v=0KbmOYTwaRj, https://www.peekvids.com/watch?v=DgARPqGUDrL,
https://www.peekvids.com/watch?v=ifPrcwSg3yF, https://www.peekvids.com/watch?v=sgM7YZQMxtM, https://www.peekvids.com/watch?v=2JdWYOJozsf,
https://www.peekvids.com/watch?v=E5GAzE5oN65, https://www.peekvids.com/watch?v=nKTA0EWuzkn, https://www.peekvids.com/watch?v=6RlcEkS4fIz,
https://www.peekvids.com/watch?v=8lkYjYVP0HI, https://www.peekvids.com/watch?v=fz-s--08Ira, https://www.peekvids.com/watch?v=mCViGQFvQIm,
https://www.peekvids.com/watch?v=OnXbYpSnajv, https://www.peekvids.com/watch?v=7YXYkawJfz0, https://www.peekvids.com/watch?v=j4hk8EQf9Rf,
https://www.peekvids.com/watch?v=eN9H9Bw4KUz, https://www.peekvids.com/watch?v=tg3rPdhMzIt, https://www.peekvids.com/watch?v=0ZC-s4nICil,
https://www.peekvids.com/watch?v=KBPRA09d4ji, https://www.peekvids.com/watch?v=yK34BUvdG5g, https://www.peekvids.com/watch?v=rIKcaR2QVbz,
https://www.peekvids.com/watch?v=xTclrllW5Pf, https://www.peekvids.com/watch?v=CehNO8pHdFS, https://www.peekvids.com/watch?v=nfV9tjo6eq5,
https://www.peekvids.com/watch?v=fZYp43TVEe3, https://www.peekvids.com/watch?v=JYhCatUsEbH, https://www.peekvids.com/watch?v=gcRQSy7ww98,
https://www.peekvids.com/watch?v=rO5IUeqAkej, https://www.peekvids.com/watch?v=NCb9P26ipCD, https://www.peekvids.com/watch?v=pKFMZiUQTAG,
https://www.peekvids.com/watch?v=mZi3rD6ySNs, https://www.peekvids.com/watch?v=LjUCzgNMuqN, https://www.peekvids.com/watch?v=z-bQVBfUN5X,
https://www.peekvids.com/watch?v=WbKb-YvKgCy, https://www.peekvids.com/watch?v=IUqYJ2H8cUd, https://www.peekvids.com/watch?v=shLHf7O-NbL,
https://www.peekvids.com/watch?v=PSZ6vSPQu3x, https://www.peekvids.com/watch?v=64logU0lygj, https://www.peekvids.com/watch?v=jQ94qgau8qN,
https://www.peekvids.com/watch?v=MrqwEJXarAm, https://www.peekvids.com/watch?v=NuX2HvBB4EO, https://www.peekvids.com/watch?v=WSf5MDGV-xz,
https://www.peekvids.com/watch?v=XdyrZHnj2Kr, https://www.peekvids.com/watch?v=mcfCE2CcB5k, https://www.peekvids.com/watch?v=rw5qD-OZQAt,
https://www.peekvids.com/watch?v=KeeS6-sHb0q, https://www.peekvids.com/watch?v=lT7jeO-Jcdy, https://www.peekvids.com/watch?v=lfJog6VHec3,
https://www.peekvids.com/watch?v=fX2ezfj7bc6, https://www.peekvids.com/watch?v=9TLKk9AvWQS, https://www.peekvids.com/watch?v=JuZ75gCLNZl,
https://www.peekvids.com/watch?v=3rjqYl2bGBC, https://www.peekvids.com/watch?v=iAnC8rutkoY, https://www.peekvids.com/watch?v=n0u0aeCNXUY,
https://www.peekvids.com/watch?v=munV855UkKd, https://www.peekvids.com/watch?v=CmQtCGejjKT, https://www.peekvids.com/watch?v=q3gvKady2pq,
https://www.peekvids.com/watch?v=VAkk2HyhItm, https://www.peekvids.com/watch?v=2dKeDreGYcx, https://www.peekvids.com/watch?v=lBMxH52FuH-,
https://www.peekvids.com/watch?v=RsEOGdrgJxJ, https://www.peekvids.com/watch?v=p-RqFG0KNt3, https://www.peekvids.com/watch?v=faeWpFb0ULg,
https://www.peekvids.com/watch?v=BZgrFGKcfiM, https://www.peekvids.com/watch?v=BzqsaDdgsvd, https://www.peekvids.com/watch?v=q48IVB03iFu,
https://www.peekvids.com/watch?v=klpPaRXyOcG, https://www.peekvids.com/watch?v=vsNcQu7cH4x, https://www.peekvids.com/watch?v=CydLTkGxVOX,
https://www.peekvids.com/watch?v=rPmGHMdk843, https://www.peekvids.com/watch?v=9h4t-lIkKCy, https://www.peekvids.com/watch?v=yacQee7vwQd,
https://www.peekvids.com/watch?v=0s38ga2SDNn, https://www.peekvids.com/watch?v=Yz8Sd3BZQBf, https://www.peekvids.com/watch?v=VM8bb8lqLeo,
https://www.peekvids.com/watch?v=g5Tzf8oCdbf, https://www.peekvids.com/watch?v=fzFC8LSh2BC, https://www.peekvids.com/watch?v=xtAyQ0QRT4x,
https://www.peekvids.com/watch?v=5Uv8N9vRFZA, https://www.peekvids.com/watch?v=CYSgvjQQPxR, https://www.peekvids.com/watch?v=x-uF-2gcS8v,
https://www.peekvids.com/watch?v=-fzMOBv5Aw9, https://www.peekvids.com/watch?v=ozb-QkQp9gZ, https://www.peekvids.com/watch?v=axS9R7SPsOP,
https://www.peekvids.com/watch?v=2uFSld4ZtCD, https://www.peekvids.com/watch?v=VfEi3HQpyPc, https://www.peekvids.com/watch?v=8SGYWuxWdVD,
https://www.peekvids.com/watch?v=8b826ztNmj0, https://www.peekvids.com/watch?v=4KYIIvQmdL4, https://www.peekvids.com/watch?v=RXLpVG8OKdp,
https://www.peekvids.com/watch?v=dnYcN96NUfB, https://www.peekvids.com/watch?v=D9MyhTkbHwc, https://www.peekvids.com/watch?v=kX0HzLPsr5r,
https://www.peekvids.com/watch?v=l4V5Evjf38y, https://www.peekvids.com/watch?v=mlHWhHNyBnd, https://www.peekvids.com/watch?v=eR24nvE9ejG,
https://www.peekvids.com/watch?v=b9rNpMNqDaA, https://www.peekvids.com/watch?v=Jfsj0XY2LRX, https://www.peekvids.com/watch?v=ATH3DEMhExi,
https://www.peekvids.com/watch?v=24UytENE4C6, https://www.peekvids.com/watch?v=dvJTuCsJDYF, https://www.peekvids.com/watch?v=J6tpn8547qp,
https://www.peekvids.com/watch?v=wdvevt4LOTc, https://www.peekvids.com/watch?v=xz0SPEjF6ZM, https://www.peekvids.com/watch?v=EEMITjQuXYW,
https://www.peekvids.com/watch?v=JAv4zp77Qi9, https://www.peekvids.com/watch?v=hnjA47bYCeA, https://www.peekvids.com/watch?v=oHvxWXK5aJp,
https://www.peekvids.com/watch?v=668VH-u3OP4, https://www.peekvids.com/watch?v=OZKwvXP4azb, https://www.peekvids.com/watch?v=M64OXAqnNt4,
https://www.peekvids.com/watch?v=sVytBTVvQ-8, https://www.peekvids.com/watch?v=8PMBUc-Rawo, https://www.peekvids.com/watch?v=ylXdN8-tINf,
https://www.peekvids.com/watch?v=ZPfq_X5nsNT, https://www.peekvids.com/watch?v=ohDpSCtxGIW, https://www.peekvids.com/watch?v=6wGpA_ItZGU,
https://www.peekvids.com/watch?v=ADhX5D9RdnS, https://www.peekvids.com/watch?v=rWSjPGSnYkx, https://www.peekvids.com/watch?v=GowR-jNiqXC,
https://www.peekvids.com/watch?v=CFN_tXvY0Kk, https://www.peekvids.com/watch?v=PoaWgHAhOQH, https://www.peekvids.com/watch?v=dATeRDDuN-6,
https://www.peekvids.com/watch?v=zCNSXcjSQrK, https://www.peekvids.com/watch?v=fI4Ii-YPN1g, https://www.peekvids.com/watch?v=O54LpT4qy_r,
https://www.peekvids.com/watch?v=dgHPPhiCLJT, https://www.peekvids.com/watch?v=UOL7XLZ0lBo, https://www.peekvids.com/watch?v=GINzpXpaRh4,
https://www.peekvids.com/watch?v=NMZqDAxgl8R, https://www.peekvids.com/watch?v=3V0jmgj4XjN, https://www.peekvids.com/watch?v=AHKT2dz__A7,
https://www.peekvids.com/watch?v=QSXwped-89b, https://www.peekvids.com/watch?v=rYUEDoT4MT2, https://www.peekvids.com/watch?v=jKi9KpCtSzz,
https://www.peekvids.com/watch?v=o9s2zQcfwpv, https://www.peekvids.com/watch?v=f6FrJADzjNd, https://www.peekvids.com/watch?v=TJPRtmQXrii,
https://www.peekvids.com/watch?v=j5GiMARgb1e, https://www.peekvids.com/watch?v=dkli7RQPYVH, https://www.peekvids.com/watch?v=C4RgWtli7iI,
https://www.peekvids.com/watch?v=7Fwzob8-niZ, https://www.peekvids.com/watch?v=p6nisKPvS4w, https://www.peekvids.com/watch?v=yJK_UcTuisE,
https://www.peekvids.com/watch?v=A_0aehUaEbc, https://www.peekvids.com/watch?v=X_A2_smOPd9, https://www.peekvids.com/watch?v=9rh7_CRNfho,
https://www.peekvids.com/watch?v=AL-YLdoYswg, https://www.peekvids.com/watch?v=odrzGAovnue, https://www.peekvids.com/watch?v=fw1C1uBsxIT,
https://www.peekvids.com/watch?v=dlwpyUO0k5w, https://www.peekvids.com/watch?v=LMfvmPOnpZ0, https://www.peekvids.com/watch?v=upDqS55EtWg,
https://www.peekvids.com/watch?v=UoKB55ZSTaj, https://www.peekvids.com/watch?v=s-1CMKreVnr, https://www.peekvids.com/watch?v=UMrg-22d6nj,
https://www.peekvids.com/watch?v=Zswv5Mvn9WK, https://www.peekvids.com/watch?v=wCVsT5yp4-t, https://www.peekvids.com/watch?v=x4-kZRD_kZc,
https://www.peekvids.com/watch?v=nsdi8OeAYhS, https://www.peekvids.com/watch?v=LYDYnSrj3F0, https://www.peekvids.com/watch?v=9jEd2uNUzkB,
https://www.peekvids.com/watch?v=o2PpssCdsSk, https://www.peekvids.com/watch?v=eXfFimRf6kx, https://www.peekvids.com/watch?v=9efAWmCLrTG,
https://www.peekvids.com/watch?v=6iEpwGYVlie, https://www.peekvids.com/watch?v=Hvv9sXdkKkb, https://www.peekvids.com/watch?v=fOY63Ib9-7s,
https://www.peekvids.com/watch?v=xrUTc6b7dN4, https://www.peekvids.com/watch?v=SuqcHdbpNF3, https://www.peekvids.com/watch?v=dS3OrwTLhmS,
https://www.peekvids.com/watch?v=pt-vBoFwcq6, https://www.peekvids.com/watch?v=sLjIqfE2zz6, https://www.peekvids.com/watch?v=XjSdgYiOSsw,
https://www.peekvids.com/watch?v=PgChaoBwWnO, https://www.peekvids.com/watch?v=d3fO7tBnQIK, https://www.peekvids.com/watch?v=kZ_GPnogHCb,
https://www.peekvids.com/watch?v=QEObW8e2glW, https://www.peekvids.com/watch?v=cdTH1ZMXi4T, https://www.peekvids.com/watch?v=ZDStVf1clvm,
https://www.peekvids.com/watch?v=09smt8LtbGA, https://www.peekvids.com/watch?v=2l2Ky8jvV1G, https://www.peekvids.com/watch?v=DgfZtdK5Mtk,
https://www.peekvids.com/watch?v=jT86_soLCyV, https://www.peekvids.com/watch?v=f_j0bHeXh86, https://www.peekvids.com/watch?v=mdtLU052WgB,
https://www.peekvids.com/watch?v=vudmJzdGWQ4, https://www.peekvids.com/watch?v=3GQzQ7x9KL5, https://www.peekvids.com/watch?v=ad37TGcUoI9,
https://www.peekvids.com/watch?v=vHUczeJYgGL, https://www.peekvids.com/watch?v=jMfMmwtUSaL, https://www.peekvids.com/watch?v=9NmbLm84o2B,
https://www.peekvids.com/watch?v=fybSrKScw5X, https://www.peekvids.com/watch?v=d6tnEEpHdG7, https://www.peekvids.com/watch?v=bIhYsVOlHYu,
https://www.peekvids.com/watch?v=KPSPQ8rk1T4, https://www.peekvids.com/watch?v=ULOercFWq4x, https://www.peekvids.com/watch?v=9rSqOKdqZRz,
https://www.peekvids.com/watch?v=J9F4sPLxSHj, https://www.peekvids.com/watch?v=iumU6pl2l1H, https://www.peekvids.com/watch?v=NJa-AedOOL4,
https://www.peekvids.com/watch?v=XbY90brzyDu, https://www.peekvids.com/watch?v=r16BXYMhW2Z, https://www.peekvids.com/watch?v=PD4R973qAOb,
https://www.peekvids.com/watch?v=RZFGH1g79zJ, https://www.peekvids.com/watch?v=xp2E9Tr_wdI, https://www.peekvids.com/watch?v=iv2cU5b4zHx,
https://www.peekvids.com/watch?v=x9mybpudtMY, https://www.peekvids.com/watch?v=hVd-pe3UZRU, https://www.peekvids.com/watch?v=72rVBUifGQ2,
https://www.peekvids.com/watch?v=wtGhMu4CIPh, https://www.peekvids.com/watch?v=VLfDPtmT-GZ, https://www.peekvids.com/watch?v=n1TedYibd9z,
https://www.peekvids.com/watch?v=5t3zNPiH9_b, https://www.peekvids.com/watch?v=S263BUm41PB, https://www.peekvids.com/watch?v=C0216xrXCPM,
https://www.peekvids.com/watch?v=5Pmm1iOG81M, https://www.peekvids.com/watch?v=Apz23sD-7yM, https://www.peekvids.com/watch?v=T4rY-kc2s5K,
https://www.peekvids.com/watch?v=kPwsetCbmhC, https://www.peekvids.com/watch?v=tvwqlVud_nU, https://www.peekvids.com/watch?v=ZSXEba1Eqwm,
https://www.peekvids.com/watch?v=tyQ_JCnlLZM, https://www.peekvids.com/watch?v=65QJIyrOzp6, https://www.peekvids.com/watch?v=eEbKG9XSGzc,
https://www.peekvids.com/watch?v=AyLSq9Us09m, https://www.peekvids.com/watch?v=pPCEXcfi6Bm, https://www.peekvids.com/watch?v=mOmN6VCB2Rd,
https://www.peekvids.com/watch?v=LzMPnaACpEx, https://www.peekvids.com/watch?v=h4GKPUmyx0I, https://www.peekvids.com/watch?v=Aj3qq6UvTSb,
https://www.peekvids.com/watch?v=daV25_fwfU3, https://www.peekvids.com/watch?v=zRpxcRMKHLF, https://www.peekvids.com/watch?v=Nk5s1-UIcTz,
https://www.peekvids.com/watch?v=iT3Wzl6huRM, https://www.peekvids.com/watch?v=k6INE7xhgOb, https://www.peekvids.com/watch?v=p5B_TgVkoIr,
https://www.peekvids.com/watch?v=B_Xplt8VTUY, https://www.peekvids.com/watch?v=P9BYH1_sykR, https://www.peekvids.com/watch?v=z2_pZx8csPq,
https://www.peekvids.com/watch?v=dq0TSTR9LnK, https://www.peekvids.com/watch?v=q0aDvSOBHok, https://www.peekvids.com/watch?v=MDFlA0qA6UX,
https://www.peekvids.com/watch?v=xa4KwZC3Ebc, https://www.peekvids.com/watch?v=cByFcL6YkMF, https://www.peekvids.com/watch?v=MNaEJfDlY-s,
https://www.peekvids.com/watch?v=jTIqmZElEAE, https://www.peekvids.com/watch?v=aUZreae1eLn, https://www.peekvids.com/watch?v=9Ax0Mx6fDHD,
https://www.peekvids.com/watch?v=x10s54EN_ge, https://www.peekvids.com/watch?v=Xx8LSxsQYT0, https://www.peekvids.com/watch?v=LBFHbLGAp5w,
https://www.peekvids.com/watch?v=yIT64xTgwLX, https://www.peekvids.com/watch?v=ATqO1UW6EeU, https://www.peekvids.com/watch?v=ZCSAQ_3YzvJ,
https://www.peekvids.com/watch?v=wURaM8tddOz, https://www.peekvids.com/watch?v=QxlGxvauRxs, https://www.peekvids.com/watch?v=DIWzMaxru6G,
https://www.peekvids.com/watch?v=LGSYodiw3_e
5.f. Date of third notice: 2015-05-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ramzabanza
5.b. Uploader's email address: darkchokoneel@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ramzabanza
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=2cXe5oyMQDn, https://www.peekvids.com/watch?v=r_uYBJrDPU3,
https://www.peekvids.com/watch?v=L2AwViyg_RT, https://www.peekvids.com/watch?v=wbQyoCNkXRe, https://www.peekvids.com/watch?v=sGwxCsZcu8I,
https://www.peekvids.com/watch?v=PfjnKnWa_4k, https://www.peekvids.com/watch?v=UsKKXS99wYO, https://www.peekvids.com/watch?v=bKO8CHGoKOh,
https://www.peekvids.com/watch?v=MgTdIz1Wjzm, https://www.peekvids.com/watch?v=CzwGxieNzgh, https://www.peekvids.com/watch?v=2bC-v1NXjVQ,
https://www.peekvids.com/watch?v=QwAoiiPOVTJ, https://www.peekvids.com/watch?v=jY_U5cA0n_w, https://www.peekvids.com/watch?v=jSyYkvd3CKf,
https://www.peekvids.com/watch?v=hDZzpuV3tOJ, https://www.peekvids.com/watch?v=TWItsSGe9So, https://www.peekvids.com/watch?v=h9dPit-AfDA,
https://www.peekvids.com/watch?v=wS_23cQejai, https://www.peekvids.com/watch?v=iTs4r3svHRg, https://www.peekvids.com/watch?v=BxFN6a7TgD7,

https://www.peekvids.com/watch?v=iQjw1eRAklA, https://www.peekvids.com/watch?v=NfnzoNfB8Mf, https://www.peekvids.com/watch?v=BDMlgPRMxRR,
https://www.peekvids.com/watch?v=vBnIwqzx999, https://www.peekvids.com/watch?v=PfnsHPPKkcf, https://www.peekvids.com/watch?v=ijZWOdpGBu4,
https://www.peekvids.com/watch?v=ECRDRL55I89, https://www.peekvids.com/watch?v=G9MqwBkpLBe, https://www.peekvids.com/watch?v=F7cu2yC-MWg,
https://www.peekvids.com/watch?v=AW1dmC6lScN, https://www.peekvids.com/watch?v=VG47JRTlCuz, https://www.peekvids.com/watch?v=kwOvndgCMT0,
https://www.peekvids.com/watch?v=dlqx8FsP58G, https://www.peekvids.com/watch?v=DiqOV9dkLMn, https://www.peekvids.com/watch?v=n0HpnfxQgFw,
https://www.peekvids.com/watch?v=v_WRovq7y_3, https://www.peekvids.com/watch?v=p_0XjM16mV6, https://www.peekvids.com/watch?v=HYVMYffTreB,
https://www.peekvids.com/watch?v=2Ecy1sf2WYT, https://www.peekvids.com/watch?v=eX413Ya8U2D, https://www.peekvids.com/watch?v=YFK2l34_FAO,
https://www.peekvids.com/watch?v=nj4uAcnLqCI, https://www.peekvids.com/watch?v=PuLvS-mY0Dh, https://www.peekvids.com/watch?v=2NDjdrqrXtm,
https://www.peekvids.com/watch?v=FPcM6EySE2w, https://www.peekvids.com/watch?v=9U9PScfCRZp, https://www.peekvids.com/watch?v=VGFJg9uXZCw,
https://www.peekvids.com/watch?v=qcx0BcErlOK, https://www.peekvids.com/watch?v=8LnYEBFzHJG, https://www.peekvids.com/watch?v=tHfOOObbq9C,
https://www.peekvids.com/watch?v=L2UneodjPpG, https://www.peekvids.com/watch?v=cdq6TSiE6pB, https://www.peekvids.com/watch?v=TvCaqauPUvZ,
https://www.peekvids.com/watch?v=lrsGE6t2I7E, https://www.peekvids.com/watch?v=RMXsFkWZ5i6, https://www.peekvids.com/watch?v=sSXDiYBIkgm,
https://www.peekvids.com/watch?v=Ydk_zBRPMOc, https://www.peekvids.com/watch?v=lZpT9UCIL7P, https://www.peekvids.com/watch?v=V_5oUmvRZzA,
https://www.peekvids.com/watch?v=sqe9oMIiqQc, https://www.peekvids.com/watch?v=v6d7Vr2rMms, https://www.peekvids.com/watch?v=N3gh8JV054t,
https://www.peekvids.com/watch?v=TlY0ReSNuJI, https://www.peekvids.com/watch?v=wttN0jPJako, https://www.peekvids.com/watch?v=syqgOHhOKh2,
https://www.peekvids.com/watch?v=UymHa8Ty4QI, https://www.peekvids.com/watch?v=kTFrl9CgQNX, https://www.peekvids.com/watch?v=jAmtktjkbwA,
https://www.peekvids.com/watch?v=QknHgQ65CQW, https://www.peekvids.com/watch?v=Av6YOku_72c, https://www.peekvids.com/watch?v=7cIYd8SyJBP,
https://www.peekvids.com/watch?v=F3mkxhuOjXQ, https://www.peekvids.com/watch?v=IphS6dBPgCc, https://www.peekvids.com/watch?v=BIS5FVMmse0,
https://www.peekvids.com/watch?v=g2MXWN3TZHS, https://www.peekvids.com/watch?v=jqAs5ZOUJe0, https://www.peekvids.com/watch?v=og25MPAEXmm,
https://www.peekvids.com/watch?v=Z7PBl-mX4wL, https://www.peekvids.com/watch?v=pVta2sPf-fE, https://www.peekvids.com/watch?v=UuhF3NV-Pca,
https://www.peekvids.com/watch?v=rmakiMRA7Ud, https://www.peekvids.com/watch?v=QwNSXzkq9N7, https://www.peekvids.com/watch?v=7Ht57M1XE-X,
https://www.peekvids.com/watch?v=5oI45HI9C6f, https://www.peekvids.com/watch?v=4p80bjCKR0v, https://www.peekvids.com/watch?v=QSFAwCFgtKa,
https://www.peekvids.com/watch?v=BYVEOhL1Y2e, https://www.peekvids.com/watch?v=8bhNGMMBFtI, https://www.peekvids.com/watch?v=Z4Svgla9Q0Z,
https://www.peekvids.com/watch?v=8W7RMzmISvJ, https://www.peekvids.com/watch?v=BggDTwKbq_3, https://www.peekvids.com/watch?v=QJq0yuhauYQ,
https://www.peekvids.com/watch?v=GnM8Seru1cG, https://www.peekvids.com/watch?v=Aypq6RSQHii, https://www.peekvids.com/watch?v=0Uf53Zcrhyd,
https://www.peekvids.com/watch?v=NrBcjgtSE9p, https://www.peekvids.com/watch?v=ORTTgPmTHwP, https://www.peekvids.com/watch?v=eVJN8hGL0zJ,
https://www.peekvids.com/watch?v=ux4DMNDfE6l, https://www.peekvids.com/watch?v=3bH8peRuFL6, https://www.peekvids.com/watch?v=alR1v3uXSiE,
https://www.peekvids.com/watch?v=IoKOagZ75Tz, https://www.peekvids.com/watch?v=pBDEy8Jyd0e, https://www.peekvids.com/watch?v=XT7fxYH8Z2X,
https://www.peekvids.com/watch?v=Pn9JhQX3m5c, https://www.peekvids.com/watch?v=G-Q9_d6TAAd, https://www.peekvids.com/watch?v=oUaMWo9W8Bf,
https://www.peekvids.com/watch?v=6To1skWP7O4, https://www.peekvids.com/watch?v=C4Te6d9lF1g, https://www.peekvids.com/watch?v=DXYEGiTpZVR,
https://www.peekvids.com/watch?v=ENDlMADJkcV, https://www.peekvids.com/watch?v=Ano7Qf0mUof, https://www.peekvids.com/watch?v=qr7BruyXR0Y,
https://www.peekvids.com/watch?v=Mn37xnTZTO9, https://www.peekvids.com/watch?v=Hh3wXjPC0Oe, https://www.peekvids.com/watch?v=OJKzSTZpLfB,
https://www.peekvids.com/watch?v=4rI3hzSlxEf, https://www.peekvids.com/watch?v=3DGddGbYNjr, https://www.peekvids.com/watch?v=WtTPrbmOFmu,
https://www.peekvids.com/watch?v=n671bO_QGvS, https://www.peekvids.com/watch?v=lYXt9Acyrgk, https://www.peekvids.com/watch?v=n_e9q3wsMn0,
https://www.peekvids.com/watch?v=bwTDuXL9bQq, https://www.peekvids.com/watch?v=aoTvkLEjG5H, https://www.peekvids.com/watch?v=JeCU5ZnSLy8,
https://www.peekvids.com/watch?v=WW9tDFZAzHI, https://www.peekvids.com/watch?v=MhV532w7BOj, https://www.peekvids.com/watch?v=pQcY9n80zCx,
https://www.peekvids.com/watch?v=NXgyUQlmwfD, https://www.peekvids.com/watch?v=iZt-4BmaejT, https://www.peekvids.com/watch?v=MFoi8T8bL_k,
https://www.peekvids.com/watch?v=rAmU61N0pTs, https://www.peekvids.com/watch?v=wAIwOe_RNcU, https://www.peekvids.com/watch?v=ZQ0YFUfB_Zg,
https://www.peekvids.com/watch?v=HBTeXBeOuBV, https://www.peekvids.com/watch?v=mLZrw8UAjIx, https://www.peekvids.com/watch?v=wL_zGqEzExi,
https://www.peekvids.com/watch?v=EQPs_1d69vJ, https://www.peekvids.com/watch?v=C_YOeYTO2_t, https://www.peekvids.com/watch?v=b6YDvndR_Av,
https://www.peekvids.com/watch?v=isTHs7Nbces, https://www.peekvids.com/watch?v=Hffpjy-cqgV, https://www.peekvids.com/watch?v=dRberPayYQP,
https://www.peekvids.com/watch?v=2s7lHb8N5Rh, https://www.peekvids.com/watch?v=aE_DTrcDr1I, https://www.peekvids.com/watch?v=DxbGxH1Go1R,
https://www.peekvids.com/watch?v=d8xy4xmmzH0, https://www.peekvids.com/watch?v=FvXcT_AamNm
5.f. Date of third notice: 2015-10-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ratatatex
5.b. Uploader's email address: eergymaxwell@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ratatatex
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=HuYetFLB_sK, https://www.peekvids.com/watch?v=X0e_ksvajhF,
https://www.peekvids.com/watch?v=Ezcl40Eev0i, https://www.peekvids.com/watch?v=c9fSHMLytnp, https://www.peekvids.com/watch?v=5tpOleukkNT,
https://www.peekvids.com/watch?v=9l8DpqO62lg, https://www.peekvids.com/watch?v=hm0BEZkcoKq, https://www.peekvids.com/watch?v=FcHQIf3zFps,
https://www.peekvids.com/watch?v=SS1Ac0Mt7Aq, https://www.peekvids.com/watch?v=vrde9D0uw3k, https://www.peekvids.com/watch?v=TY8u-7Wrf7h,
https://www.peekvids.com/watch?v=4bFWpEnS5BS, https://www.peekvids.com/watch?v=WtEyJ5ZSzPK, https://www.peekvids.com/watch?v=cKLCuB4ALUC,
https://www.peekvids.com/watch?v=5TZC2Y30sRP, https://www.peekvids.com/watch?v=5uBFE1rA9pU, https://www.peekvids.com/watch?v=ik8yXgxfesl,
https://www.peekvids.com/watch?v=GF9dJdrkCrC, https://www.peekvids.com/watch?v=pSy3NngJtvm, https://www.peekvids.com/watch?v=YapfnKYwp_I,
https://www.peekvids.com/watch?v=wPstJ0BhPnx, https://www.peekvids.com/watch?v=6EYDSw5oxky, https://www.peekvids.com/watch?v=8tJ3vQYRcKq,
https://www.peekvids.com/watch?v=6L6spMvvjUs, https://www.peekvids.com/watch?v=3BB-9LFqoj8, https://www.peekvids.com/watch?v=PYzvEUEW4lP,
https://www.peekvids.com/watch?v=yj45swNudmN, https://www.peekvids.com/watch?v=DXPPVauQM6Z, https://www.peekvids.com/watch?v=Bmyv_SYC4XV,
https://www.peekvids.com/watch?v=aa03-XbJJMn, https://www.peekvids.com/watch?v=fCsks_LgGmh, https://www.peekvids.com/watch?v=71mzf9Gcg9c,
https://www.peekvids.com/watch?v=ybosBns6rYw, https://www.peekvids.com/watch?v=0HP5vUEf2_y, https://www.peekvids.com/watch?v=UFqIdh_jh0u,
https://www.peekvids.com/watch?v=Cpww5aFoU_6, https://www.peekvids.com/watch?v=yu-Qb4rEFlC, https://www.peekvids.com/watch?v=Kwz5Facg9cQ,
https://www.peekvids.com/watch?v=SIGTdJwp8yP, https://www.peekvids.com/watch?v=9ViSNUlAFWQ, https://www.peekvids.com/watch?v=Ldn0fU8hjEz,
https://www.peekvids.com/watch?v=cOUnQW1WSHB, https://www.peekvids.com/watch?v=5SW-o27fAK6, https://www.peekvids.com/watch?v=zdlukQMGC72,
https://www.peekvids.com/watch?v=l6wGoyAqsdR, https://www.peekvids.com/watch?v=adnIhTEGS95, https://www.peekvids.com/watch?v=bB35LBS6XRq,
https://www.peekvids.com/watch?v=XWY5ALUtpbj, https://www.peekvids.com/watch?v=L_AsBzjlYCH, https://www.peekvids.com/watch?v=QsNSsBavbKL,
https://www.peekvids.com/watch?v=PKR9B1-VJrS, https://www.peekvids.com/watch?v=Ss4OvacMG2i, https://www.peekvids.com/watch?v=dH_yukSwo8C,
https://www.peekvids.com/watch?v=VAiHPOzUcvq, https://www.peekvids.com/watch?v=J32X9RDsVLX, https://www.peekvids.com/watch?v=zKmVxOj2mV6,
https://www.peekvids.com/watch?v=9EjAgF06thE, https://www.peekvids.com/watch?v=ULB_bA4WhJy, https://www.peekvids.com/watch?v=LEx7hQOfwbq,
https://www.peekvids.com/watch?v=CM3eq3x9iuP, https://www.peekvids.com/watch?v=XxPx_1EMQMT, https://www.peekvids.com/watch?v=tVQ_KS8n_5F,
https://www.peekvids.com/watch?v=03ICe4sxFjW, https://www.peekvids.com/watch?v=onZErBMMsYs, https://www.peekvids.com/watch?v=szZoox2Tv0X,
https://www.peekvids.com/watch?v=8HK5gi8XoJL, https://www.peekvids.com/watch?v=II9Unzdg61T, https://www.peekvids.com/watch?v=j6LJdUzO6-5,
https://www.peekvids.com/watch?v=6mIxS3n_INs, https://www.peekvids.com/watch?v=rkuQk6uXabe, https://www.peekvids.com/watch?v=Tx3jBhPMalE,
https://www.peekvids.com/watch?v=ActINPLFqre, https://www.peekvids.com/watch?v=nAK4X3cwZDf, https://www.peekvids.com/watch?v=aWgT_mtkTYM,
https://www.peekvids.com/watch?v=CpUYyapMGhI, https://www.peekvids.com/watch?v=tNHmiFqqg3e, https://www.peekvids.com/watch?v=ta76_xIqpTk,
https://www.peekvids.com/watch?v=W0-Zy7D9I1k, https://www.peekvids.com/watch?v=EZBB8wWZAxu, https://www.peekvids.com/watch?v=UXs1XqBG8ce,
https://www.peekvids.com/watch?v=hqyMR9A0Ik6, https://www.peekvids.com/watch?v=WqB5Y1jmBLp, https://www.peekvids.com/watch?v=OLzIjJs0bIn,
https://www.peekvids.com/watch?v=kS4IqA5HY50, https://www.peekvids.com/watch?v=z26S8E8A-p0, https://www.peekvids.com/watch?v=Oi3urfzTuV3,
https://www.peekvids.com/watch?v=WAQpz_dF0xV, https://www.peekvids.com/watch?v=qpjgMUgkCYx, https://www.peekvids.com/watch?v=a17fXmU_FEm,
https://www.peekvids.com/watch?v=kEFud7-_NF3, https://www.peekvids.com/watch?v=UHFWT82Q1-u, https://www.peekvids.com/watch?v=uishcXFtZsG,
https://www.peekvids.com/watch?v=nUwHmzxFlr7, https://www.peekvids.com/watch?v=NwyVBYdKBal, https://www.peekvids.com/watch?v=mTKouTWZUat,
https://www.peekvids.com/watch?v=PI7-vbqSYdp, https://www.peekvids.com/watch?v=qQxdBpV0jZC, https://www.peekvids.com/watch?v=vTP-wIj6MKB,
https://www.peekvids.com/watch?v=5esGvStxczI, https://www.peekvids.com/watch?v=uccHJhw6zCG, https://www.peekvids.com/watch?v=4tb7pI0okcG,
https://www.peekvids.com/watch?v=yPrpkHO3Jox, https://www.peekvids.com/watch?v=5GQh8K7Jxqa, https://www.peekvids.com/watch?v=RHXz87rQ_FI,
https://www.peekvids.com/watch?v=T5AM468QdB6, https://www.peekvids.com/watch?v=m8HReIIRvc6, https://www.peekvids.com/watch?v=CMfW13xA6TG,
https://www.peekvids.com/watch?v=VoKCblzIB0a, https://www.peekvids.com/watch?v=Bk2gFcgYiSF, https://www.peekvids.com/watch?v=Bf5yGwbGo9N,
https://www.peekvids.com/watch?v=E9b0ts6_PKp, https://www.peekvids.com/watch?v=4sOL27yRMgI, https://www.peekvids.com/watch?v=ykY8l7q4Hjx,
https://www.peekvids.com/watch?v=MwXZCTjzmMg, https://www.peekvids.com/watch?v=55TpGWBCND2, https://www.peekvids.com/watch?v=QHqWmqMl1pC,
https://www.peekvids.com/watch?v=Sws7yRZDkIo, https://www.peekvids.com/watch?v=p5yB5h7DaEv, https://www.peekvids.com/watch?v=RZ48yrfNy3B,
https://www.peekvids.com/watch?v=dV1gr6M44E9, https://www.peekvids.com/watch?v=NDrI5kM8s9j, https://www.peekvids.com/watch?v=ElrzYdcrFL9,
https://www.peekvids.com/watch?v=XkLUYTd24KH, https://www.peekvids.com/watch?v=TnBP1qtWnJT, https://www.peekvids.com/watch?v=tfRpuR1DgHR,
https://www.peekvids.com/watch?v=MqaVqNeZBQk, https://www.peekvids.com/watch?v=RrFMQ9S4IdZ, https://www.peekvids.com/watch?v=pOP_W3opa9N,
https://www.peekvids.com/watch?v=QO0DcqofkVd, https://www.peekvids.com/watch?v=ghEVr6k35db, https://www.peekvids.com/watch?v=sfustS5e8ZE,
https://www.peekvids.com/watch?v=Qg-W3wYtqfG, https://www.peekvids.com/watch?v=MD1I186mmdy, https://www.peekvids.com/watch?v=3CdHxBbYV7s,
https://www.peekvids.com/watch?v=xTpGPcYMcUb, https://www.peekvids.com/watch?v=Ustq_QCTgZ0, https://www.peekvids.com/watch?v=sT6et_w4hdb,
https://www.peekvids.com/watch?v=fNDzpjo853g, https://www.peekvids.com/watch?v=22W6COEPkmn, https://www.peekvids.com/watch?v=UkRsZ9zNTe0,
https://www.peekvids.com/watch?v=aQ-ljkxh9Tl, https://www.peekvids.com/watch?v=Sj3szyWF8Pk, https://www.peekvids.com/watch?v=gEhK-uwacV5,
https://www.peekvids.com/watch?v=EjILoUmFEZw, https://www.peekvids.com/watch?v=dtivKc9DGVd, https://www.peekvids.com/watch?v=tYLg-RjpSea,
https://www.peekvids.com/watch?v=DBdL3aYzeR5, https://www.peekvids.com/watch?v=PrkGNs3xK7C, https://www.peekvids.com/watch?v=rOKWGvnXUxg,
https://www.peekvids.com/watch?v=NA4DTyxU20w, https://www.peekvids.com/watch?v=mdwZvSvADrt, https://www.peekvids.com/watch?v=40xGYTSn-bq,
https://www.peekvids.com/watch?v=I0ytA5c28IG, https://www.peekvids.com/watch?v=UhJIwdIqGEg, https://www.peekvids.com/watch?v=Bk7tk0Ln5jN,
https://www.peekvids.com/watch?v=z56_GrYPNZz, https://www.peekvids.com/watch?v=VNvzgo8f2ft, https://www.peekvids.com/watch?v=6Rh7CjoH6L2,
https://www.peekvids.com/watch?v=BPtsDFL94Pd, https://www.peekvids.com/watch?v=DSk_M9jddxe, https://www.peekvids.com/watch?v=AKVUv05fpPg,
https://www.peekvids.com/watch?v=x8khJ4NFkND, https://www.peekvids.com/watch?v=U4YecKMF3sk, https://www.peekvids.com/watch?v=CACkAWcuLVi,
https://www.peekvids.com/watch?v=yIoEYrs19ts, https://www.peekvids.com/watch?v=AcgNMcn5Lpd, https://www.peekvids.com/watch?v=IzcI9YvscpN,
https://www.peekvids.com/watch?v=MLNOA9YdVcl, https://www.peekvids.com/watch?v=tG82YIM5WUV, https://www.peekvids.com/watch?v=drCvLnNgobA,
https://www.peekvids.com/watch?v=CEBGym_D2sD, https://www.peekvids.com/watch?v=pl88eS2JEqI, https://www.peekvids.com/watch?v=SQSW1wddaoq,
https://www.peekvids.com/watch?v=oP02MkT7ZFV, https://www.peekvids.com/watch?v=JNtBKD2Tpyh, https://www.peekvids.com/watch?v=53O8-o9UarC
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: RDelano
5.b. Uploader's email address: teengirllikefuck@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=RDelano
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Ep9KEHgjUnf, https://www.peekvids.com/watch?v=obssqsiUnQf,
https://www.peekvids.com/watch?v=05RY4zvw-dt, https://www.peekvids.com/watch?v=wy0o2AwCb0L, https://www.peekvids.com/watch?v=aKz0BNTL48h,
https://www.peekvids.com/watch?v=FXBLTEwOBN8, https://www.peekvids.com/watch?v=EikQo9XGhfF, https://www.peekvids.com/watch?v=eQTFRBUtLOj,
https://www.peekvids.com/watch?v=4RNjcU2cP2q, https://www.peekvids.com/watch?v=5wtn5WNCENs, https://www.peekvids.com/watch?v=XCl-bKOE9cG,
https://www.peekvids.com/watch?v=7_HlHDuDOYa, https://www.peekvids.com/watch?v=c0GS1Gil7pq, https://www.peekvids.com/watch?v=rTr22CiKnRx,
https://www.peekvids.com/watch?v=tftS7EWr_pq, https://www.peekvids.com/watch?v=lCLxWmAjk5z, https://www.peekvids.com/watch?v=IKQOgPW445L,
https://www.peekvids.com/watch?v=aRIKgsHFxo4, https://www.peekvids.com/watch?v=rT8beR1r4xU, https://www.peekvids.com/watch?v=ZYv2G3MX7OC,
https://www.peekvids.com/watch?v=nGCSI3NBtyk, https://www.peekvids.com/watch?v=0kW-6OE97iU, https://www.peekvids.com/watch?v=GXZF3P0APiK,
https://www.peekvids.com/watch?v=6p2JjfWn7MG, https://www.peekvids.com/watch?v=NfQ8WeSgySU, https://www.peekvids.com/watch?v=2tTqoDOapo5,
https://www.peekvids.com/watch?v=rMubYzjh8XZ, https://www.peekvids.com/watch?v=WGm_d5pjxjo, https://www.peekvids.com/watch?v=XbLzsvzCmOF,
https://www.peekvids.com/watch?v=J0nGs3myQIv, https://www.peekvids.com/watch?v=uChm6DbpQ05, https://www.peekvids.com/watch?v=QNQ9YLE6igo,
https://www.peekvids.com/watch?v=wFNyEn6W1A0, https://www.peekvids.com/watch?v=3sFkeGz48f3, https://www.peekvids.com/watch?v=BVuigS14vGf,
https://www.peekvids.com/watch?v=6z5CfCUVj7b, https://www.peekvids.com/watch?v=n4yspnzTiUJ, https://www.peekvids.com/watch?v=ABF1_JbSZFi,
https://www.peekvids.com/watch?v=vycqJDw3ETJ, https://www.peekvids.com/watch?v=8neFkmncY8j, https://www.peekvids.com/watch?v=zn57h5dd9cK,
https://www.peekvids.com/watch?v=9h7bZJTdJdN, https://www.peekvids.com/watch?v=B5or6cdRj4Z, https://www.peekvids.com/watch?v=c0BavLdwqJW,
https://www.peekvids.com/watch?v=nn6ofhWeVjA, https://www.peekvids.com/watch?v=tS--7XPpmmy, https://www.peekvids.com/watch?v=p_286EWxleX,
https://www.peekvids.com/watch?v=hv-3FiiiJyx, https://www.peekvids.com/watch?v=uXQ0RevqnYu, https://www.peekvids.com/watch?v=u7ShBaJU8oy,
https://www.peekvids.com/watch?v=Qm8UUNX-u6C, https://www.peekvids.com/watch?v=3d6cukNFjKn, https://www.peekvids.com/watch?v=LxynVBpl2J5,
https://www.peekvids.com/watch?v=4_qsZyJCVBZ, https://www.peekvids.com/watch?v=N9pJesxlJAW, https://www.peekvids.com/watch?v=RMFWx1ZUvbn,
https://www.peekvids.com/watch?v=aSRuf_J0Z07, https://www.peekvids.com/watch?v=TcbPnvyIfn6, https://www.peekvids.com/watch?v=CbaJAn67ohY,
https://www.peekvids.com/watch?v=qoeZzQpmCjT, https://www.peekvids.com/watch?v=xZTCkwtNxZ3, https://www.peekvids.com/watch?v=fICr-Lbl47T,
https://www.peekvids.com/watch?v=LV59IIWN18Z, https://www.peekvids.com/watch?v=wwBiIrE42Yp, https://www.peekvids.com/watch?v=Bf6y7DnoRAI,

https://www.peekvids.com/watch?v=7TrAdOJ_usp, https://www.peekvids.com/watch?v=j0DRCDTJ59A, https://www.peekvids.com/watch?v=MnlmY572Bf2,
https://www.peekvids.com/watch?v=foQOpPY4__s, https://www.peekvids.com/watch?v=xnnjAhCuPPs, https://www.peekvids.com/watch?v=IyNsTs3Plf5,
https://www.peekvids.com/watch?v=r92e48MRZ0G, https://www.peekvids.com/watch?v=5i2uw3WuKVS, https://www.peekvids.com/watch?v=XoLZckWk6xB,
https://www.peekvids.com/watch?v=0Az5zi7pbIj, https://www.peekvids.com/watch?v=QwPvca-uXfU, https://www.peekvids.com/watch?v=z3nB0jgFdXI,
https://www.peekvids.com/watch?v=3LoydmsZy52, https://www.peekvids.com/watch?v=9bmO6OVH_w3, https://www.peekvids.com/watch?v=hE4vJn8D6q3,
https://www.peekvids.com/watch?v=8UiagAaBh9m, https://www.peekvids.com/watch?v=W7_-zddiaQm, https://www.peekvids.com/watch?v=JO8esBgBkRq,
https://www.peekvids.com/watch?v=41UXWfHyoS0, https://www.peekvids.com/watch?v=UR3r-Cu7tbe, https://www.peekvids.com/watch?v=49AIwCtseeT,
https://www.peekvids.com/watch?v=9lJ9xI3n20P, https://www.peekvids.com/watch?v=SC2uUj9bcuW
5.f. Date of third notice: 2015-08-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: redvinno
5.b. Uploader's email address: lookingwaytome@mail.ru
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=redvinno
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=89QUq6K40ke, https://www.peekvids.com/watch?v=U1EiJTDxJp9,
https://www.peekvids.com/watch?v=E87_INGm49R, https://www.peekvids.com/watch?v=PwCNIAWiSLP, https://www.peekvids.com/watch?v=CR2E869lejg,
https://www.peekvids.com/watch?v=bpzQilHPkj4, https://www.peekvids.com/watch?v=F_WvexLTgHI, https://www.peekvids.com/watch?v=PguMnWfjmI4,
https://www.peekvids.com/watch?v=PXJo8n2INEp, https://www.peekvids.com/watch?v=ww270bIwQxg, https://www.peekvids.com/watch?v=EOrAYdn9lB4,
https://www.peekvids.com/watch?v=PpTcQ-sVfIY, https://www.peekvids.com/watch?v=c2GPojjJQfM, https://www.peekvids.com/watch?v=ToGeV8SMLGp,
https://www.peekvids.com/watch?v=wYkMsLV64RJ, https://www.peekvids.com/watch?v=05eAbp57583, https://www.peekvids.com/watch?v=KpbE845NLvF,
https://www.peekvids.com/watch?v=EwIzspWLV0J, https://www.peekvids.com/watch?v=aIH6yToEM9Y, https://www.peekvids.com/watch?v=G-Tc_vjqggi,
https://www.peekvids.com/watch?v=uWi6oe5u_13, https://www.peekvids.com/watch?v=VeD-SZcNzdr, https://www.peekvids.com/watch?v=QjtZAoARZtS,
https://www.peekvids.com/watch?v=tk570tiz-05, https://www.peekvids.com/watch?v=7dF3GUIIeAD, https://www.peekvids.com/watch?v=DwomLGirPa7,
https://www.peekvids.com/watch?v=k4043MjcgwC, https://www.peekvids.com/watch?v=XONZP07cP8U, https://www.peekvids.com/watch?v=aTWEs-AxkZq,
https://www.peekvids.com/watch?v=Obe3sYzrrcx, https://www.peekvids.com/watch?v=vBZ_1w3GeoD, https://www.peekvids.com/watch?v=GwDgBgUznKj,
https://www.peekvids.com/watch?v=d1vNeLaF5sM, https://www.peekvids.com/watch?v=sYzulukJ6io, https://www.peekvids.com/watch?v=BN5HZnDmDC4,
https://www.peekvids.com/watch?v=NyW9ew1q05i, https://www.peekvids.com/watch?v=KSlbxTiDGKe, https://www.peekvids.com/watch?v=jZx5tCmorFf,
https://www.peekvids.com/watch?v=gPLwIybFWzG, https://www.peekvids.com/watch?v=CW_kdBkY9FU, https://www.peekvids.com/watch?v=8QwuBERTQjl,
https://www.peekvids.com/watch?v=SjVJH9GGFff, https://www.peekvids.com/watch?v=Z4nCS5N-RpP, https://www.peekvids.com/watch?v=iFB31SNaUXZ,
https://www.peekvids.com/watch?v=2YGqrYx43Hu, https://www.peekvids.com/watch?v=zASCebMt6IX, https://www.peekvids.com/watch?v=SSh9wFgCw3E,
https://www.peekvids.com/watch?v=aCCe2ZPC8bG, https://www.peekvids.com/watch?v=AEODjdYs9fd, https://www.peekvids.com/watch?v=zYKSfj0hHFM,
https://www.peekvids.com/watch?v=3qoKPKF_OFb, https://www.peekvids.com/watch?v=PrOTVqJKFmH, https://www.peekvids.com/watch?v=k7tHngAlybH,
https://www.peekvids.com/watch?v=LT0RTpfWxJY, https://www.peekvids.com/watch?v=NvLwqPcr3Wy, https://www.peekvids.com/watch?v=0pTz9QBHXhO,
https://www.peekvids.com/watch?v=2KgyOBtD0NI, https://www.peekvids.com/watch?v=NLWzf-rPS5B, https://www.peekvids.com/watch?v=hWsEA1q0LII,
https://www.peekvids.com/watch?v=s-k2EFyF7Yi, https://www.peekvids.com/watch?v=5ELyJ3Xb7g4, https://www.peekvids.com/watch?v=B9ORU2dwtfy
5.f. Date of third notice: 2015-09-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: remeXerme
5.b. Uploader's email address: hollymolly1990@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=remeXerme
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=yRw7M72gOQX, https://www.peekvids.com/watch?v=LyVyDBsZZqI,
https://www.peekvids.com/watch?v=79KVrxLC9FJ, https://www.peekvids.com/watch?v=fJrUTRmPYUc, https://www.peekvids.com/watch?v=fCiLd7fzw7H,
https://www.peekvids.com/watch?v=e3dcyNOJ7L0, https://www.peekvids.com/watch?v=AsTPjXUU5es, https://www.peekvids.com/watch?v=460HvwylrYE,
https://www.peekvids.com/watch?v=PLDfucw4eJx, https://www.peekvids.com/watch?v=iPP8l5w6l3r, https://www.peekvids.com/watch?v=aDlD3ZXIn0l,
https://www.peekvids.com/watch?v=AldCQGt9MJL, https://www.peekvids.com/watch?v=K5QbQvf03f9, https://www.peekvids.com/watch?v=5sBZINWx9A6,
https://www.peekvids.com/watch?v=itj6jeI0fzB, https://www.peekvids.com/watch?v=oeNrY545eK0, https://www.peekvids.com/watch?v=vX4AtBkStYW,
https://www.peekvids.com/watch?v=IN5fJv2Hcxf, https://www.peekvids.com/watch?v=NGIb8gpe7dN, https://www.peekvids.com/watch?v=cjzQbBN8i62,
https://www.peekvids.com/watch?v=vLZngLuCdcI, https://www.peekvids.com/watch?v=TPbVmnTlKjx, https://www.peekvids.com/watch?v=KlXeytZdYwx,
https://www.peekvids.com/watch?v=-KjMftl5kUI, https://www.peekvids.com/watch?v=Po55yCJc2eg, https://www.peekvids.com/watch?v=V3TVmAXfHrS,
https://www.peekvids.com/watch?v=UWeLQEken5R, https://www.peekvids.com/watch?v=sJ-B5v6e06m, https://www.peekvids.com/watch?v=cQWQLgwWsUx,
https://www.peekvids.com/watch?v=KYcsSUg6u5r, https://www.peekvids.com/watch?v=K9vbVN4L5z4, https://www.peekvids.com/watch?v=4nWJT4wuXpp,
https://www.peekvids.com/watch?v=9UbeBXxFkOx, https://www.peekvids.com/watch?v=pT-8q6-KzN5, https://www.peekvids.com/watch?v=MQyM3V2GPwV,
https://www.peekvids.com/watch?v=AYW-TCWa0NB, https://www.peekvids.com/watch?v=PlZGO0IaGl8, https://www.peekvids.com/watch?v=c0jUt9QSPRY,
https://www.peekvids.com/watch?v=ymzAQAmM6Nz, https://www.peekvids.com/watch?v=gkFyorNLohg, https://www.peekvids.com/watch?v=zYZSBwYfEK6,
https://www.peekvids.com/watch?v=5YANFNsuyuN, https://www.peekvids.com/watch?v=9KepmO8Mn72, https://www.peekvids.com/watch?v=UKmYHso5pVa,
https://www.peekvids.com/watch?v=64hJCektDSP, https://www.peekvids.com/watch?v=yohVNscBWgp, https://www.peekvids.com/watch?v=st5OE7ZVt6q,
https://www.peekvids.com/watch?v=6ktEIw7Erd0, https://www.peekvids.com/watch?v=XEIavTTUmah, https://www.peekvids.com/watch?v=tkJxk-kO5Pz,
https://www.peekvids.com/watch?v=GHzGJsQGGjV, https://www.peekvids.com/watch?v=TGf54SldKLc, https://www.peekvids.com/watch?v=9nV9QWrGTZ6,
https://www.peekvids.com/watch?v=ejSvZaTzAU2, https://www.peekvids.com/watch?v=PqX9l8Hgm8P, https://www.peekvids.com/watch?v=udnf77mrciJ,
https://www.peekvids.com/watch?v=y0KpgxoERZi, https://www.peekvids.com/watch?v=f7q4Jn77vHH, https://www.peekvids.com/watch?v=vkCZ5h8Ly0N,
https://www.peekvids.com/watch?v=uy4UrbCdQ64, https://www.peekvids.com/watch?v=y5sRgMcyg3f, https://www.peekvids.com/watch?v=dnWESPqkIam,
https://www.peekvids.com/watch?v=P5Rd4AQeSej, https://www.peekvids.com/watch?v=pc9loRu9Roc, https://www.peekvids.com/watch?v=O6SAcxTuZHD,
https://www.peekvids.com/watch?v=f5AYBOj8i2g, https://www.peekvids.com/watch?v=zVKpO9gDfVz, https://www.peekvids.com/watch?v=kppO22RD-BS,
https://www.peekvids.com/watch?v=MClARAjSND7, https://www.peekvids.com/watch?v=RRDbUcnnast, https://www.peekvids.com/watch?v=qw2zsICCMoB,
https://www.peekvids.com/watch?v=ti0pfliH0bq, https://www.peekvids.com/watch?v=MjlzZjVgjDj, https://www.peekvids.com/watch?v=dZ7QHUpZJis,
https://www.peekvids.com/watch?v=hUmPdAKsmKT, https://www.peekvids.com/watch?v=RkDtGnhUtee, https://www.peekvids.com/watch?v=6PfmS7a0ARZ,
https://www.peekvids.com/watch?v=bI-50F0886t, https://www.peekvids.com/watch?v=kqprCkQGBld, https://www.peekvids.com/watch?v=9Avsy93-B9T,
https://www.peekvids.com/watch?v=z67Yv4QDsWp, https://www.peekvids.com/watch?v=4LT6AjbpZas, https://www.peekvids.com/watch?v=iu-5R8vM9KU,
https://www.peekvids.com/watch?v=Oas-pAym6LB, https://www.peekvids.com/watch?v=79sHJv4fjl5, https://www.peekvids.com/watch?v=q6wDjKXKndd,
https://www.peekvids.com/watch?v=7F9Z4eqJ-bT, https://www.peekvids.com/watch?v=AB2bpdX0MJ5, https://www.peekvids.com/watch?v=boR8MxkUq27,
https://www.peekvids.com/watch?v=9PVhxg7xZvX, https://www.peekvids.com/watch?v=sIa34lniXqg, https://www.peekvids.com/watch?v=ZkwaxOt5fyJ,
https://www.peekvids.com/watch?v=lUgkUbRkeM5, https://www.peekvids.com/watch?v=tIEjz3BtCZu, https://www.peekvids.com/watch?v=6S4FX9ETAUR,
https://www.peekvids.com/watch?v=2PyBOjq0s5U, https://www.peekvids.com/watch?v=WcFYZO66cTJ, https://www.peekvids.com/watch?v=wDb6uAFWXqX,
https://www.peekvids.com/watch?v=tRut7T2tvpN, https://www.peekvids.com/watch?v=a4ao8OeOOri, https://www.peekvids.com/watch?v=OwDCN-TJoUx,
https://www.peekvids.com/watch?v=CFAOzKz97VD, https://www.peekvids.com/watch?v=FFzaWWfbCzb, https://www.peekvids.com/watch?v=kWN24qE-OuB,
https://www.peekvids.com/watch?v=qI6xE9bMmse, https://www.peekvids.com/watch?v=rsgaJLwpTHJ, https://www.peekvids.com/watch?v=geKVPnrXJ9d,
https://www.peekvids.com/watch?v=dcQDMosWTdc, https://www.peekvids.com/watch?v=hbIt9y6g7Dy, https://www.peekvids.com/watch?v=AhKqJ9n7rNf,
https://www.peekvids.com/watch?v=EmcXF3PTHJK, https://www.peekvids.com/watch?v=GEW25ixb4BZ, https://www.peekvids.com/watch?v=lXY9FwF9xU2,
https://www.peekvids.com/watch?v=hr7JlZQGo6R, https://www.peekvids.com/watch?v=qHnuSHYBm9b, https://www.peekvids.com/watch?v=aMoFu39FZds,
https://www.peekvids.com/watch?v=XdZsKxeLksb, https://www.peekvids.com/watch?v=oFAEvBWX68p, https://www.peekvids.com/watch?v=e35w2kXpxT2,
https://www.peekvids.com/watch?v=u6UZW-z0XPd, https://www.peekvids.com/watch?v=swDfg7qv2JH, https://www.peekvids.com/watch?v=YRY8sLHFOLY,
https://www.peekvids.com/watch?v=7gr0kIAjJjt, https://www.peekvids.com/watch?v=HbC9vWacMkg, https://www.peekvids.com/watch?v=kXukPow3xjj,
https://www.peekvids.com/watch?v=BG2baApz0rk, https://www.peekvids.com/watch?v=rEEHK3WfKLo, https://www.peekvids.com/watch?v=kXBIwCoeGxC,
https://www.peekvids.com/watch?v=BLUxX2ohuvu, https://www.peekvids.com/watch?v=G8nNi9OZiTB, https://www.peekvids.com/watch?v=5oixeDH4iaY,
https://www.peekvids.com/watch?v=InfO6PL6liF, https://www.peekvids.com/watch?v=TvjGizuJneZ, https://www.peekvids.com/watch?v=OXeVaKuhfHF,
https://www.peekvids.com/watch?v=VMfe8vRhJPO, https://www.peekvids.com/watch?v=cVs06VJzIPP, https://www.peekvids.com/watch?v=BdkTfMWWIP4,
https://www.peekvids.com/watch?v=fWdP22qCtie, https://www.peekvids.com/watch?v=FJzHAEOP8LM, https://www.peekvids.com/watch?v=7fCrklH9gHO,
https://www.peekvids.com/watch?v=-LBlgtwUvZH, https://www.peekvids.com/watch?v=RUnBrW2kd4f, https://www.peekvids.com/watch?v=7RbRxp-kZ8o,
https://www.peekvids.com/watch?v=4h4KyeO-Y06, https://www.peekvids.com/watch?v=2lM47jHgwtf, https://www.peekvids.com/watch?v=-R7rvcCMEn4,
https://www.peekvids.com/watch?v=tvCTajA3JE-, https://www.peekvids.com/watch?v=ntApK5IBqab, https://www.peekvids.com/watch?v=0Q7-5awoUuf,
https://www.peekvids.com/watch?v=SBYOj3seBdt, https://www.peekvids.com/watch?v=RfAkJSiWpjC, https://www.peekvids.com/watch?v=Cp7lR-6ROkH,
https://www.peekvids.com/watch?v=44YEn7JUB0t, https://www.peekvids.com/watch?v=2HZwRykiEt2, https://www.peekvids.com/watch?v=gKysAapP4mi,
https://www.peekvids.com/watch?v=svTKzf0GZdX, https://www.peekvids.com/watch?v=0pfLJEpccYB, https://www.peekvids.com/watch?v=fl9LF97pJSu,
https://www.peekvids.com/watch?v=gK6NHsRYYxH, https://www.peekvids.com/watch?v=jv9acKc-Gtd, https://www.peekvids.com/watch?v=jvnRPyO4Kar,
https://www.peekvids.com/watch?v=CLrpgE9X3-D, https://www.peekvids.com/watch?v=0zpdU0CD2J7, https://www.peekvids.com/watch?v=OolQtlREsBZ,
https://www.peekvids.com/watch?v=yeGul2qfC83, https://www.peekvids.com/watch?v=In5mmSdirRs, https://www.peekvids.com/watch?v=ggGPwDFvIgw,
https://www.peekvids.com/watch?v=KQdAnBHnw0Q, https://www.peekvids.com/watch?v=6kKwCKTwQYr, https://www.peekvids.com/watch?v=pxgqAe5YELL,
https://www.peekvids.com/watch?v=Bjw0eCWH05R, https://www.peekvids.com/watch?v=CFOOCFqRUaA, https://www.peekvids.com/watch?v=SZhACLxgFBh,
https://www.peekvids.com/watch?v=DKbZMEBhRvC, https://www.peekvids.com/watch?v=qUfN9Icn7vU, https://www.peekvids.com/watch?v=ghEItGBbHdz,
https://www.peekvids.com/watch?v=JNOTFqUmvx7, https://www.peekvids.com/watch?v=jklLMYZen--, https://www.peekvids.com/watch?v=3KIFBU3KKEa,
https://www.peekvids.com/watch?v=vCl-xYPLk6W, https://www.peekvids.com/watch?v=FsKOoG5G4wq, https://www.peekvids.com/watch?v=ajFVwrtZ9se,
https://www.peekvids.com/watch?v=wslv95aQSyA, https://www.peekvids.com/watch?v=YDnJ0DMTtfk, https://www.peekvids.com/watch?v=RTovS3rzJha,
https://www.peekvids.com/watch?v=gmyR7SBtvwX, https://www.peekvids.com/watch?v=DDUibjHlJpo, https://www.peekvids.com/watch?v=8rYdqhBzPF9,
https://www.peekvids.com/watch?v=NuTqRtcr7fj, https://www.peekvids.com/watch?v=q2rjoAtSW4L, https://www.peekvids.com/watch?v=LHBlEMyMNwP,
https://www.peekvids.com/watch?v=bqPKPnqvYpQ, https://www.peekvids.com/watch?v=iDUMx7KAXb7, https://www.peekvids.com/watch?v=QTak2hnvbNg,
https://www.peekvids.com/watch?v=IOIyvbFPWqm, https://www.peekvids.com/watch?v=3dXLdx956w9, https://www.peekvids.com/watch?v=D6s86-RYb5h,
https://www.peekvids.com/watch?v=zP4WjhIE3Ql, https://www.peekvids.com/watch?v=22BSnJReNoR, https://www.peekvids.com/watch?v=m-onc0xidNN,
https://www.peekvids.com/watch?v=ZxPcbvwxEfn, https://www.peekvids.com/watch?v=YAaszvgokSo, https://www.peekvids.com/watch?v=UALYI4F0FIF,
https://www.peekvids.com/watch?v=gaqxvWpgOeK, https://www.peekvids.com/watch?v=jJCkN2DKyB6, https://www.peekvids.com/watch?v=X2J5f3gqvBr,
https://www.peekvids.com/watch?v=n73MygEwZmQ, https://www.peekvids.com/watch?v=veF0buAHoOH, https://www.peekvids.com/watch?v=ucn6vK-TZUe,
https://www.peekvids.com/watch?v=n5b2J4T3cJq, https://www.peekvids.com/watch?v=ydWRBieRm6D, https://www.peekvids.com/watch?v=vWzVeJoKt68,
https://www.peekvids.com/watch?v=44qkW4rJepO, https://www.peekvids.com/watch?v=yD7m5lfGIlU, https://www.peekvids.com/watch?v=RCjQIUryVvC,
https://www.peekvids.com/watch?v=XN7REVnDFWN, https://www.peekvids.com/watch?v=jcCQNIj-eec, https://www.peekvids.com/watch?v=Dr7qvOMSM6K,
https://www.peekvids.com/watch?v=7cfoKh6s5r-, https://www.peekvids.com/watch?v=-nZBF6ricYb, https://www.peekvids.com/watch?v=h8TosL0ydtz,
https://www.peekvids.com/watch?v=i2BCBD0zail, https://www.peekvids.com/watch?v=SkmQS-BTwz5, https://www.peekvids.com/watch?v=D7p7YU60JKJ,
https://www.peekvids.com/watch?v=U0MV4LTUGtb, https://www.peekvids.com/watch?v=Ey38iGMbQJv, https://www.peekvids.com/watch?v=L5BeCgR38AP,
https://www.peekvids.com/watch?v=IpJB2CP2LU6, https://www.peekvids.com/watch?v=0QMQLrysST3, https://www.peekvids.com/watch?v=NXZ9Gh69R5E,
https://www.peekvids.com/watch?v=8jda4zfkklN, https://www.peekvids.com/watch?v=8sGYVeEwqNV, https://www.peekvids.com/watch?v=N4IeUsuQtsG,
https://www.peekvids.com/watch?v=rf4ZKGHVbzI, https://www.peekvids.com/watch?v=0en5BD6vlQv, https://www.peekvids.com/watch?v=F6YpaOn4BBv,
https://www.peekvids.com/watch?v=Y9kWyKGxvcJ, https://www.peekvids.com/watch?v=rAuCgSqqoVJ, https://www.peekvids.com/watch?v=6RLdBg-8Xr3,
https://www.peekvids.com/watch?v=FeyA-QTUDda, https://www.peekvids.com/watch?v=Ut5202ptuvu, https://www.peekvids.com/watch?v=MhTrk5bE7z9,
https://www.peekvids.com/watch?v=JbtxdMGOW8D, https://www.peekvids.com/watch?v=vvwp0Y2p032, https://www.peekvids.com/watch?v=6Sn3LIZve8Q,
https://www.peekvids.com/watch?v=eqAfqrFjVYw, https://www.peekvids.com/watch?v=P6K6GLlILZL, https://www.peekvids.com/watch?v=wLdVnxu9LyT,
https://www.peekvids.com/watch?v=IUTPWyXv8ir, https://www.peekvids.com/watch?v=EQgA85Wn7l2, https://www.peekvids.com/watch?v=LiA-AiTssPI,
https://www.peekvids.com/watch?v=TNBZgGqxoJG, https://www.peekvids.com/watch?v=e6GHciKEAsz, https://www.peekvids.com/watch?v=hhoFDcYo-5h,
https://www.peekvids.com/watch?v=JJoVNPNVszL, https://www.peekvids.com/watch?v=kLqdFGIelJB, https://www.peekvids.com/watch?v=RDDNFQSjBNE,
https://www.peekvids.com/watch?v=TRRMFzxV8Be, https://www.peekvids.com/watch?v=0hMUVQP4h9A, https://www.peekvids.com/watch?v=xT5Vw0ajIBF,
https://www.peekvids.com/watch?v=IKXrey4dv-S, https://www.peekvids.com/watch?v=agfihm8bLUh, https://www.peekvids.com/watch?v=3uoKVLbAmoR,
https://www.peekvids.com/watch?v=TSaYaFcvNOZ, https://www.peekvids.com/watch?v=-ixw3nfbk9H, https://www.peekvids.com/watch?v=YTS9ZASetU3,
https://www.peekvids.com/watch?v=2cqXbm3sKEz, https://www.peekvids.com/watch?v=c0pngehFaZF, https://www.peekvids.com/watch?v=BHuc7V8jDna,
https://www.peekvids.com/watch?v=JCLGT3EST0u, https://www.peekvids.com/watch?v=j7nw3QO3ret, https://www.peekvids.com/watch?v=STDuiOG9nxy,
https://www.peekvids.com/watch?v=uttE4aCf6Tn, https://www.peekvids.com/watch?v=ARMxq9arWle, https://www.peekvids.com/watch?v=6M98N4IxIHF,
https://www.peekvids.com/watch?v=5qfilwRigCm, https://www.peekvids.com/watch?v=G7dOQs-EjGh, https://www.peekvids.com/watch?v=HZRrphIJpSr,
https://www.peekvids.com/watch?v=cL9gBFiPsxq, https://www.peekvids.com/watch?v=lz5LFfVQTrK, https://www.peekvids.com/watch?v=u5PUsaxenSj,
https://www.peekvids.com/watch?v=2W9hHQUccRa, https://www.peekvids.com/watch?v=bySHtLTmhMq, https://www.peekvids.com/watch?v=t7rKKdgpGeF,

https://www.peekvids.com/watch?v=L2u-CpepMU6, https://www.peekvids.com/watch?v=rlK3NYJhgHC, https://www.peekvids.com/watch?v=MT-sZB-De42,
https://www.peekvids.com/watch?v=OyRaMc-HKcw, https://www.peekvids.com/watch?v=Ita-r743WnZ, https://www.peekvids.com/watch?v=UKuL982K6xW,
https://www.peekvids.com/watch?v=jyz7MEybkxw, https://www.peekvids.com/watch?v=68VkfNRdBep, https://www.peekvids.com/watch?v=nnA23pklo9F,
https://www.peekvids.com/watch?v=AySkZdUgsMi, https://www.peekvids.com/watch?v=rJAZ9KcsvRS, https://www.peekvids.com/watch?v=ScZpleS4wQz,
https://www.peekvids.com/watch?v=-snEt4fRDMU, https://www.peekvids.com/watch?v=gp99UaAqIyh, https://www.peekvids.com/watch?v=iY4vCLPOnPo,
https://www.peekvids.com/watch?v=LorMvlMXNfR, https://www.peekvids.com/watch?v=4E9yLui5Y8p, https://www.peekvids.com/watch?v=A0RgLu5tzh4,
https://www.peekvids.com/watch?v=sZgmJ-pjpR9, https://www.peekvids.com/watch?v=-824VxSG7tr, https://www.peekvids.com/watch?v=SycclWQVf0v,
https://www.peekvids.com/watch?v=2OM2H8dzdud, https://www.peekvids.com/watch?v=jyGt3y6MiuI, https://www.peekvids.com/watch?v=anfyWM5D-ct,
https://www.peekvids.com/watch?v=h43U5ItqPBi, https://www.peekvids.com/watch?v=dPmMWmQXWSA, https://www.peekvids.com/watch?v=-Th7Qw0EWDV,
https://www.peekvids.com/watch?v=OmflHAPpfbp, https://www.peekvids.com/watch?v=eb3QXQohJAy, https://www.peekvids.com/watch?v=xyCE66qjRo7,
https://www.peekvids.com/watch?v=jGQy07ierR5, https://www.peekvids.com/watch?v=aKhr3uSLshV, https://www.peekvids.com/watch?v=luveCxE8jED,
https://www.peekvids.com/watch?v=zN5uZ-2ylLD, https://www.peekvids.com/watch?v=CWiJfD0zp7U, https://www.peekvids.com/watch?v=JH0N6zpu7ry,
https://www.peekvids.com/watch?v=B4iRMz0IIRj, https://www.peekvids.com/watch?v=Zgivm4b6kLn, https://www.peekvids.com/watch?v=D57NKBgQwrM,
https://www.peekvids.com/watch?v=6s7IJYQtc8N, https://www.peekvids.com/watch?v=MdTMKN3j5yZ, https://www.peekvids.com/watch?v=fG0TJWTPRzL,
https://www.peekvids.com/watch?v=SiILjjV5Dhn, https://www.peekvids.com/watch?v=HPFWaaiNabE, https://www.peekvids.com/watch?v=KVxpTgt6yaw,
https://www.peekvids.com/watch?v=KgZxfiu4G0C, https://www.peekvids.com/watch?v=nWLkyBZHOec, https://www.peekvids.com/watch?v=uug4NwJfF5-,
https://www.peekvids.com/watch?v=KUDX-yZ7ynC, https://www.peekvids.com/watch?v=VZBQOhqj7zF, https://www.peekvids.com/watch?v=DvYWKS3h-D0,
https://www.peekvids.com/watch?v=gGUTBk-Wgrl, https://www.peekvids.com/watch?v=ixvBbcZU5CN, https://www.peekvids.com/watch?v=ptBYRJqhfV-,
https://www.peekvids.com/watch?v=6Rw-ArdowTV, https://www.peekvids.com/watch?v=K-lSvhyWDBL, https://www.peekvids.com/watch?v=m6i03xXdgzp,
https://www.peekvids.com/watch?v=UjmBVD3Va8a, https://www.peekvids.com/watch?v=Mi8pLisbRZO, https://www.peekvids.com/watch?v=U5ZwUA6JPcx,
https://www.peekvids.com/watch?v=fsGTG5Dptt0, https://www.peekvids.com/watch?v=mjFISi7NYCp, https://www.peekvids.com/watch?v=GtDgX4zn7i-,
https://www.peekvids.com/watch?v=WVBeIva-6GN, https://www.peekvids.com/watch?v=eG-6tJ4lXGT, https://www.peekvids.com/watch?v=4RcRnPFwHLq,
https://www.peekvids.com/watch?v=2LjmupGnpXN, https://www.peekvids.com/watch?v=j6hjsS2y5ca, https://www.peekvids.com/watch?v=S6MeZGEzgqM,
https://www.peekvids.com/watch?v=zlxjvljrFMB, https://www.peekvids.com/watch?v=anfHnwdG9DP, https://www.peekvids.com/watch?v=sVMqcsp5QUI,
https://www.peekvids.com/watch?v=qdPC4tG6I95, https://www.peekvids.com/watch?v=yY3H-MeKBKX, https://www.peekvids.com/watch?v=lOhZ8FiQzel,
https://www.peekvids.com/watch?v=xuoFaG3q9Ba, https://www.peekvids.com/watch?v=nEB7YkYxX6m, https://www.peekvids.com/watch?v=ve5QB9r6NnQ,
https://www.peekvids.com/watch?v=eoHRO-5QtDo, https://www.peekvids.com/watch?v=6KSy0WNCHJM, https://www.peekvids.com/watch?v=0DTZSY7s4cB,
https://www.peekvids.com/watch?v=-HeYpLLS3AD, https://www.peekvids.com/watch?v=u4N7ZXCob-J, https://www.peekvids.com/watch?v=5uvaI8kfnRH,
https://www.peekvids.com/watch?v=R4rRI7Pzsod, https://www.peekvids.com/watch?v=gCbc6SPTLU0, https://www.peekvids.com/watch?v=BnIoplWgeJU,
https://www.peekvids.com/watch?v=6onk5eGoVno, https://www.peekvids.com/watch?v=DetLsgXTyCT, https://www.peekvids.com/watch?v=LnYwsTRSlmw,
https://www.peekvids.com/watch?v=-UCU40D6suA, https://www.peekvids.com/watch?v=rZjFLN35ytz, https://www.peekvids.com/watch?v=fDzscoVPbmg,
https://www.peekvids.com/watch?v=hDLdghmegm4, https://www.peekvids.com/watch?v=TjDasM-4Pro, https://www.peekvids.com/watch?v=QbYyUf4JFvz,
https://www.peekvids.com/watch?v=Zf4awQfAKy2, https://www.peekvids.com/watch?v=oeHWW-DVy52, https://www.peekvids.com/watch?v=OEeGFPRzYlF,
https://www.peekvids.com/watch?v=3FGlQBeKwTn, https://www.peekvids.com/watch?v=jjZ732FfvJF, https://www.peekvids.com/watch?v=CZvh9efoRs5,
https://www.peekvids.com/watch?v=dP3fNyn7GZI, https://www.peekvids.com/watch?v=HOfNwAr9CKX, https://www.peekvids.com/watch?v=-X8qG70xTwY,
https://www.peekvids.com/watch?v=rrq0wWUvnJG, https://www.peekvids.com/watch?v=9lVtH6f3Mud, https://www.peekvids.com/watch?v=e-bHP3izXBe,
https://www.peekvids.com/watch?v=CnqMbNz80Z5, https://www.peekvids.com/watch?v=Ir05lgCBcbx, https://www.peekvids.com/watch?v=QyJ3L6TVb0q,
https://www.peekvids.com/watch?v=d-vlmAryuP7, https://www.peekvids.com/watch?v=GdmW8IIFL-b, https://www.peekvids.com/watch?v=TrsXxGFPBdR,
https://www.peekvids.com/watch?v=hiP0SyyPRgh, https://www.peekvids.com/watch?v=MR8skZEfigV, https://www.peekvids.com/watch?v=9oTcyRFNniE,
https://www.peekvids.com/watch?v=C5Tuo0rIHDp, https://www.peekvids.com/watch?v=MdpsvDV4wXg, https://www.peekvids.com/watch?v=WZB66sYYKBE,
https://www.peekvids.com/watch?v=7VsYpXbBjRT, https://www.peekvids.com/watch?v=y0U73m4pOqs, https://www.peekvids.com/watch?v=QEIjBkPsNF5,
https://www.peekvids.com/watch?v=eRXvSrONZVh, https://www.peekvids.com/watch?v=pJPgRf0GII-, https://www.peekvids.com/watch?v=QZh8gqdJbeS,
https://www.peekvids.com/watch?v=iC60MBl60Ho, https://www.peekvids.com/watch?v=8o0B45ZdFJC, https://www.peekvids.com/watch?v=yjEOChunyCB
5.f. Date of third notice: 2015-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: reticulus
5.b. Uploader's email address: assdoitjojo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=reticulus
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Nh4vuOrlNVZ, https://www.peekvids.com/watch?v=LYXwSAieJGD,
https://www.peekvids.com/watch?v=W3sla-SG0Wa, https://www.peekvids.com/watch?v=pU3TLyWlXFF, https://www.peekvids.com/watch?v=TuWIig64WIs,
https://www.peekvids.com/watch?v=cUZXYxhYGzC, https://www.peekvids.com/watch?v=LVx2v9DZKK9, https://www.peekvids.com/watch?v=tblMcqhEzzx,
https://www.peekvids.com/watch?v=aYhIQCXCiOy, https://www.peekvids.com/watch?v=VOnW3kyHdxF, https://www.peekvids.com/watch?v=RBEYaau4T4N,
https://www.peekvids.com/watch?v=CwVmdhw8Lgh, https://www.peekvids.com/watch?v=4yr5l8f7XuR, https://www.peekvids.com/watch?v=QvjZUUemQkU,
https://www.peekvids.com/watch?v=XdKyoj6mHnd, https://www.peekvids.com/watch?v=j9dfChyEdBp, https://www.peekvids.com/watch?v=s5L-iajSnVV,
https://www.peekvids.com/watch?v=Pj8mX80XWdX, https://www.peekvids.com/watch?v=QW0JWF0SijW, https://www.peekvids.com/watch?v=7VEOT7hw6hs,
https://www.peekvids.com/watch?v=6F3CQbqIp7H, https://www.peekvids.com/watch?v=CcIBi2YQz5M, https://www.peekvids.com/watch?v=flGopTG-OUg,
https://www.peekvids.com/watch?v=WsQXCzanlg6, https://www.peekvids.com/watch?v=5bn8aD723gl, https://www.peekvids.com/watch?v=jSVOwIRrISU,
https://www.peekvids.com/watch?v=NslR3DhbhGT, https://www.peekvids.com/watch?v=qXf3oFuwZ-B, https://www.peekvids.com/watch?v=YvNsbUj7dm-,
https://www.peekvids.com/watch?v=A8wVEeA7wxB, https://www.peekvids.com/watch?v=GvgsmfhtSwg
5.f. Date of third notice: 2015-07-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: reville
5.b. Uploader's email address: fasadedefiopo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=reville
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=vUwDcS4R0-B, https://www.peekvids.com/watch?v=dhU1GYjYVyN,
https://www.peekvids.com/watch?v=CQWDYLkcPDZ, https://www.peekvids.com/watch?v=mMTI0Avg6rp, https://www.peekvids.com/watch?v=cA-BatH8Wj6,
https://www.peekvids.com/watch?v=f8SPoky-7mP, https://www.peekvids.com/watch?v=9JvohGOOOZ5, https://www.peekvids.com/watch?v=W540tF4_ghB,
https://www.peekvids.com/watch?v=sq6Nd6XTm48, https://www.peekvids.com/watch?v=fgbyyef0y4H, https://www.peekvids.com/watch?v=QAwMPBdCgFr,
https://www.peekvids.com/watch?v=b_2BuufFvyK, https://www.peekvids.com/watch?v=bjTSqVuL_QN, https://www.peekvids.com/watch?v=339ddis4UXx,
https://www.peekvids.com/watch?v=2-WGGgx4M8p, https://www.peekvids.com/watch?v=BVGTtr0YvBO, https://www.peekvids.com/watch?v=KNvlIHI_Edm,
https://www.peekvids.com/watch?v=FyIewIOnywY, https://www.peekvids.com/watch?v=tgDnFG3Pxw9, https://www.peekvids.com/watch?v=a-VLvyzMBJb,
https://www.peekvids.com/watch?v=fjxEvGBx7cw, https://www.peekvids.com/watch?v=yLhLbNtegvK, https://www.peekvids.com/watch?v=k8Wv1EAjEiL,
https://www.peekvids.com/watch?v=oRct1dE4jVS, https://www.peekvids.com/watch?v=TYL_6CV2fNb, https://www.peekvids.com/watch?v=3LtvQaMrNgu,
https://www.peekvids.com/watch?v=gSOAQeaaF3m, https://www.peekvids.com/watch?v=3SzlHzXUJJh, https://www.peekvids.com/watch?v=dVd2jexfe_p,
https://www.peekvids.com/watch?v=gFKdYNVLizV, https://www.peekvids.com/watch?v=WR_ZegAz7Ss, https://www.peekvids.com/watch?v=j82bX8byThq,
https://www.peekvids.com/watch?v=2X_swJlmddC, https://www.peekvids.com/watch?v=OX-zduuE9zm, https://www.peekvids.com/watch?v=Fic27odt34v,
https://www.peekvids.com/watch?v=sm6_-Feqanf, https://www.peekvids.com/watch?v=oXTkZ6Le2_J, https://www.peekvids.com/watch?v=oHgwhu3IonI,
https://www.peekvids.com/watch?v=wIVL8R_jhF3, https://www.peekvids.com/watch?v=0u14JhST8ZX, https://www.peekvids.com/watch?v=KiHOQc8qbYg,
https://www.peekvids.com/watch?v=QIKTfRuHTRw, https://www.peekvids.com/watch?v=i0FsXxbmrOI, https://www.peekvids.com/watch?v=l-arkMGV4hN,
https://www.peekvids.com/watch?v=s-OmjrIodoX, https://www.peekvids.com/watch?v=Uh_k9h6LR0U, https://www.peekvids.com/watch?v=5Ka9YtwrxNH,
https://www.peekvids.com/watch?v=qaS7WodLsjq, https://www.peekvids.com/watch?v=ZjEH0BAZKlL, https://www.peekvids.com/watch?v=vMiMbz_JjvQ,
https://www.peekvids.com/watch?v=g7_qID9pax8, https://www.peekvids.com/watch?v=2wV08gfHZ_Y, https://www.peekvids.com/watch?v=MVCRu76swUV,
https://www.peekvids.com/watch?v=869wfXN1HwK, https://www.peekvids.com/watch?v=rBNBPjs61MM, https://www.peekvids.com/watch?v=kMJR5z0K-B4
5.f. Date of third notice: 2015-08-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rexkooma
5.b. Uploader's email address: fillnelsonbull@gmx.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=rexkooma
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=3XjC3CamwNb, https://www.peekvids.com/watch?v=Sk7giKhAxrm,
https://www.peekvids.com/watch?v=no3ge5Yo4C5, https://www.peekvids.com/watch?v=sngpah8l8Fq, https://www.peekvids.com/watch?v=P86QxWmDbRq,
https://www.peekvids.com/watch?v=TnqqC39-ndg, https://www.peekvids.com/watch?v=sR4y0D-STa9, https://www.peekvids.com/watch?v=zvCUhBLnc6-,
https://www.peekvids.com/watch?v=PuODWh82XPi, https://www.peekvids.com/watch?v=h-OtWFDjd3P, https://www.peekvids.com/watch?v=qyx7ZzjPZBU,
https://www.peekvids.com/watch?v=SDrZEYEn7gr, https://www.peekvids.com/watch?v=PmaYXIQCSfB, https://www.peekvids.com/watch?v=naCqukt2B00,
https://www.peekvids.com/watch?v=CI5lkS-AZiX, https://www.peekvids.com/watch?v=OvgNhmuHjWT, https://www.peekvids.com/watch?v=b2t5jwQixbR,
https://www.peekvids.com/watch?v=6avNTGQ6D4B, https://www.peekvids.com/watch?v=tCIcTrA5lJB, https://www.peekvids.com/watch?v=LCEkCNZVcJc,
https://www.peekvids.com/watch?v=ZVSAQTn70ez, https://www.peekvids.com/watch?v=M5bj6C8JGhW, https://www.peekvids.com/watch?v=BRkTPjmJDTc,
https://www.peekvids.com/watch?v=OaxebHQPkGu, https://www.peekvids.com/watch?v=fPTC5tMTAEY, https://www.peekvids.com/watch?v=DTV0xXGc4fz,
https://www.peekvids.com/watch?v=8AEDQKiWZ6q, https://www.peekvids.com/watch?v=QdENRCXXiKm, https://www.peekvids.com/watch?v=TJ-yzBjTF4i,
https://www.peekvids.com/watch?v=ZK0PAbXYH6P, https://www.peekvids.com/watch?v=ggfmEgHiv6Q, https://www.peekvids.com/watch?v=JSzp0gPWF6r,
https://www.peekvids.com/watch?v=WaaPBhJDKKd, https://www.peekvids.com/watch?v=BC2ppspDYJM, https://www.peekvids.com/watch?v=jAACNqJvifI,
https://www.peekvids.com/watch?v=hhe2vm2FKD-, https://www.peekvids.com/watch?v=fThnCmInnHZ, https://www.peekvids.com/watch?v=GI6sBWr7LlX,
https://www.peekvids.com/watch?v=DxcX7uokldA, https://www.peekvids.com/watch?v=IzjJJfbGPHN, https://www.peekvids.com/watch?v=6h00jtaDSVe,
https://www.peekvids.com/watch?v=KlqoVvfJQIq, https://www.peekvids.com/watch?v=0MMmddCEro5, https://www.peekvids.com/watch?v=IGHAow7Lyzx,
https://www.peekvids.com/watch?v=AS3fChJM4CC, https://www.peekvids.com/watch?v=vBFFOcWQfH3, https://www.peekvids.com/watch?v=7OFXMeTzQML,
https://www.peekvids.com/watch?v=hkaJmWpjCYw, https://www.peekvids.com/watch?v=kzo3qvDjdKS, https://www.peekvids.com/watch?v=jPh8bUgb2xz,
https://www.peekvids.com/watch?v=joyINZRwvKE, https://www.peekvids.com/watch?v=KozVE7wnDE0, https://www.peekvids.com/watch?v=eJDU00c3c0R,
https://www.peekvids.com/watch?v=oQqyxWha7qH, https://www.peekvids.com/watch?v=8og9y7aLhaa, https://www.peekvids.com/watch?v=FEaQHBJpdiK,
https://www.peekvids.com/watch?v=d468C5ghZOo, https://www.peekvids.com/watch?v=N2N-JJFfbUm, https://www.peekvids.com/watch?v=03VediftkQh,
https://www.peekvids.com/watch?v=mttc3EYuKGJ, https://www.peekvids.com/watch?v=bs2A5OzD80l, https://www.peekvids.com/watch?v=ei7LeCLYdI0,
https://www.peekvids.com/watch?v=6UbWdtoSybB, https://www.peekvids.com/watch?v=rT34KCs5uT5, https://www.peekvids.com/watch?v=ubGlezn5gLU,
https://www.peekvids.com/watch?v=04PqX8lLElL, https://www.peekvids.com/watch?v=NijgCyOXvLT, https://www.peekvids.com/watch?v=qS2X0bBlOMM,
https://www.peekvids.com/watch?v=ujSPiJ4RXkN, https://www.peekvids.com/watch?v=UzS4-a4NsL5, https://www.peekvids.com/watch?v=9NVGqmiXcIE,
https://www.peekvids.com/watch?v=IBJKkgy0RXd, https://www.peekvids.com/watch?v=RQ38UFB7uFi, https://www.peekvids.com/watch?v=khZLRRWRSmp,
https://www.peekvids.com/watch?v=c6JE2BQHMGA, https://www.peekvids.com/watch?v=rQYsjubGJ8J, https://www.peekvids.com/watch?v=A2c-kdGPFXe,
https://www.peekvids.com/watch?v=psMLS9gQJVe, https://www.peekvids.com/watch?v=SdJZpWlcLRj, https://www.peekvids.com/watch?v=93irauAiICk,
https://www.peekvids.com/watch?v=rxgcygWEXxk, https://www.peekvids.com/watch?v=pk9W05ephQm, https://www.peekvids.com/watch?v=5pq45AqeaKH,
https://www.peekvids.com/watch?v=ozBUBG3koKm, https://www.peekvids.com/watch?v=KnxN65VVOtw, https://www.peekvids.com/watch?v=STpsBMB5M6T,
https://www.peekvids.com/watch?v=E6JOA4Vyt4x, https://www.peekvids.com/watch?v=5srB7wSRXzI, https://www.peekvids.com/watch?v=DhoADz-VQz0,
https://www.peekvids.com/watch?v=ySeC50AUAyh, https://www.peekvids.com/watch?v=jRakBTPadEd, https://www.peekvids.com/watch?v=OwfmAV0jfOJ,
https://www.peekvids.com/watch?v=QEPEQONw53b, https://www.peekvids.com/watch?v=whZbBF3amyZ, https://www.peekvids.com/watch?v=JgWshriOkEO,
https://www.peekvids.com/watch?v=kX28E3uGkW8, https://www.peekvids.com/watch?v=40SqKJmT5bF, https://www.peekvids.com/watch?v=8JVCplzO0WK,
https://www.peekvids.com/watch?v=V6pUVpawoYC, https://www.peekvids.com/watch?v=qVhz-sR3qU6, https://www.peekvids.com/watch?v=qR3eKHdxv6g,
https://www.peekvids.com/watch?v=6oEDHf2QLFw, https://www.peekvids.com/watch?v=uiTfYj7JggN, https://www.peekvids.com/watch?v=v07WnRYNhbl,
https://www.peekvids.com/watch?v=pqsEVlxtkXE, https://www.peekvids.com/watch?v=Yf4YN9srbcf, https://www.peekvids.com/watch?v=HyvDXPw9tCN,
https://www.peekvids.com/watch?v=V2lSs4kYOt0, https://www.peekvids.com/watch?v=MFkOH5xMn4i, https://www.peekvids.com/watch?v=YRvUCKigwTJ,
https://www.peekvids.com/watch?v=Dp6noMwkTws, https://www.peekvids.com/watch?v=qoHGWV7nMPn, https://www.peekvids.com/watch?v=3vrRXkvYBu5,
https://www.peekvids.com/watch?v=jsUpaCeWzcE, https://www.peekvids.com/watch?v=zuyiUL6Tn-S, https://www.peekvids.com/watch?v=e-kywh8mHBU,
https://www.peekvids.com/watch?v=8wm3G9SSDIc, https://www.peekvids.com/watch?v=fZoZcoIAvXN, https://www.peekvids.com/watch?v=ZN4Hrpcihx5,
https://www.peekvids.com/watch?v=Y2Qr9WLZ-yl, https://www.peekvids.com/watch?v=pnskAGWXRFj, https://www.peekvids.com/watch?v=GQTj343VqyF,
https://www.peekvids.com/watch?v=mwQYsUBiG84, https://www.peekvids.com/watch?v=2oKRywACacO, https://www.peekvids.com/watch?v=F7lusdzvxWd,
https://www.peekvids.com/watch?v=vn9bAnPLwOx, https://www.peekvids.com/watch?v=OjxdqkHeIRk, https://www.peekvids.com/watch?v=Ll5UtbE49aj,
https://www.peekvids.com/watch?v=OjdIK4F9jB7, https://www.peekvids.com/watch?v=Dn8QspWfgZ5, https://www.peekvids.com/watch?v=AFz3fIZ57zv,
https://www.peekvids.com/watch?v=PNk3C4tCshh, https://www.peekvids.com/watch?v=tgCVqHJfcbc, https://www.peekvids.com/watch?v=0cJoRgdcnr8,

https://www.peekvids.com/watch?v=eENEBdwF0i-, https://www.peekvids.com/watch?v=fU3cn9n6H3i, https://www.peekvids.com/watch?v=XCYEpMUjrFE,
https://www.peekvids.com/watch?v=mOWVuCsaeSe, https://www.peekvids.com/watch?v=oOcwsuIFAAC, https://www.peekvids.com/watch?v=pWF3TO3Onbx,
https://www.peekvids.com/watch?v=RNElhKjX7Bm, https://www.peekvids.com/watch?v=6yHerB8cRwH, https://www.peekvids.com/watch?v=PgtaBEyQiyc,
https://www.peekvids.com/watch?v=wCXWu3ujWrJ, https://www.peekvids.com/watch?v=qqXsn8aWCQV, https://www.peekvids.com/watch?v=Yd4XqYvj84-,
https://www.peekvids.com/watch?v=2v27KOdtlwN, https://www.peekvids.com/watch?v=SjWLoSfF26O, https://www.peekvids.com/watch?v=a4fsuu3-ArB,
https://www.peekvids.com/watch?v=cpDKj79lkDw, https://www.peekvids.com/watch?v=PUWI8qI3KGr, https://www.peekvids.com/watch?v=vNRoMRySIfD,
https://www.peekvids.com/watch?v=sjVgHTaJ5zI, https://www.peekvids.com/watch?v=mb8T7K5fx2C, https://www.peekvids.com/watch?v=nH6MBYSOyZB,
https://www.peekvids.com/watch?v=3ywuXIY8uEk, https://www.peekvids.com/watch?v=X5jV3cF-pXm, https://www.peekvids.com/watch?v=oMMyx4jJqSG,
https://www.peekvids.com/watch?v=IPevSTzZZxu, https://www.peekvids.com/watch?v=mf3xiEfr2Fd, https://www.peekvids.com/watch?v=rAAIRXRr4-5,
https://www.peekvids.com/watch?v=nq78Trx2AY3, https://www.peekvids.com/watch?v=CZIJZgw9U74, https://www.peekvids.com/watch?v=-AcHgv5st7e,
https://www.peekvids.com/watch?v=YlcL3vdiKz2, https://www.peekvids.com/watch?v=7r7SxdHru5W, https://www.peekvids.com/watch?v=RUOeivQuOke,
https://www.peekvids.com/watch?v=2KH5PAJ9sW-, https://www.peekvids.com/watch?v=9Qm73VHTnvw, https://www.peekvids.com/watch?v=JM2trT8FVuS
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rezina
5.b. Uploader's email address: dryavanceee@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=rezina
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Iu36NbIDO-j, https://www.peekvids.com/watch?v=jpIyA39fDpg,
https://www.peekvids.com/watch?v=KA2qziYCbh4, https://www.peekvids.com/watch?v=Jw-kvI8lSlM, https://www.peekvids.com/watch?v=d52zaRRFlA5,
https://www.peekvids.com/watch?v=TRPawhEQvhv, https://www.peekvids.com/watch?v=MF4ZRXIasTY, https://www.peekvids.com/watch?v=SiBpXufxPMz,
https://www.peekvids.com/watch?v=J64Yn8zml5B, https://www.peekvids.com/watch?v=UnPFs4wbDu2, https://www.peekvids.com/watch?v=a8qvdZVAhUq,
https://www.peekvids.com/watch?v=E-q2-F6VDxf, https://www.peekvids.com/watch?v=etz6KpfIcqV, https://www.peekvids.com/watch?v=ejzib7Y7zCa,
https://www.peekvids.com/watch?v=KFLZ5KQYT5F, https://www.peekvids.com/watch?v=GNMPjI4B-MK, https://www.peekvids.com/watch?v=38Is4z-smTR,
https://www.peekvids.com/watch?v=NGmeZzTaiJY, https://www.peekvids.com/watch?v=qjjYeR35xRt, https://www.peekvids.com/watch?v=zG7bbjMFWYL,
https://www.peekvids.com/watch?v=0Sj-HaHi4HF, https://www.peekvids.com/watch?v=RtzThgu6a4W, https://www.peekvids.com/watch?v=6FcRBpuhh4e,
https://www.peekvids.com/watch?v=tBTqSskEGCi, https://www.peekvids.com/watch?v=0x-iHnbusJs, https://www.peekvids.com/watch?v=ck3mFXsmZap,
https://www.peekvids.com/watch?v=zABrerO7PcJ, https://www.peekvids.com/watch?v=YUDdbBNVsAs, https://www.peekvids.com/watch?v=xAnLxhwOvSc,
https://www.peekvids.com/watch?v=Jt4ZvOVkpJX, https://www.peekvids.com/watch?v=UnN0Xa-lUis, https://www.peekvids.com/watch?v=dOFvLl6Cr4Q,
https://www.peekvids.com/watch?v=ijCWug3SAMn, https://www.peekvids.com/watch?v=GPfzeOIcw2a, https://www.peekvids.com/watch?v=zyYjqbwcBdP,
https://www.peekvids.com/watch?v=a-yl5chOugG, https://www.peekvids.com/watch?v=TBp9l5Ariaz, https://www.peekvids.com/watch?v=SFGTVCMtOON,
https://www.peekvids.com/watch?v=dCtHKVZQsMM, https://www.peekvids.com/watch?v=ERcUakJwbs3, https://www.peekvids.com/watch?v=t5HRpLZseDI,
https://www.peekvids.com/watch?v=rU45XN-xaTH, https://www.peekvids.com/watch?v=lpqo7Uu8-jK, https://www.peekvids.com/watch?v=K9axCpZP6zC,
https://www.peekvids.com/watch?v=83KdNEdimdP, https://www.peekvids.com/watch?v=HSCIZR84IjK, https://www.peekvids.com/watch?v=tsXCEjEiRJW,
https://www.peekvids.com/watch?v=t5YMNyk-80K, https://www.peekvids.com/watch?v=kajNjv-sOeE, https://www.peekvids.com/watch?v=aVqiyYwfYe5,
https://www.peekvids.com/watch?v=BbjGW8S-eV4, https://www.peekvids.com/watch?v=RgIowkTBO2S, https://www.peekvids.com/watch?v=E9IT4F8M89W,
https://www.peekvids.com/watch?v=z3B28eBf9mP, https://www.peekvids.com/watch?v=JSXkFaKoh-O, https://www.peekvids.com/watch?v=6k4N2zYstJF,
https://www.peekvids.com/watch?v=zwI9aeihzKo, https://www.peekvids.com/watch?v=vIUFwhZk-fN, https://www.peekvids.com/watch?v=6p8a87wApHZ,
https://www.peekvids.com/watch?v=rLuzYfg92Cz, https://www.peekvids.com/watch?v=4soUP9oqD0g, https://www.peekvids.com/watch?v=KrdvxZBK5BL,
https://www.peekvids.com/watch?v=FNkgLqt3ipY, https://www.peekvids.com/watch?v=IjDqF7YU4WS, https://www.peekvids.com/watch?v=N0sHwYVKG5b,
https://www.peekvids.com/watch?v=TBfIOzL5sEN, https://www.peekvids.com/watch?v=aAWUTxkKNKT, https://www.peekvids.com/watch?v=Lzv90wApHUZ,
https://www.peekvids.com/watch?v=okw5RdgZ2oe, https://www.peekvids.com/watch?v=xAXmjRS4i92, https://www.peekvids.com/watch?v=WvOpiPFSGVW,
https://www.peekvids.com/watch?v=H4-090Nrxyv, https://www.peekvids.com/watch?v=JVnkcrAc8fC, https://www.peekvids.com/watch?v=-lhOurnMhTB,
https://www.peekvids.com/watch?v=TxTIDfJOsbd, https://www.peekvids.com/watch?v=t3sLasa854p, https://www.peekvids.com/watch?v=BafqTEXPGYZ,
https://www.peekvids.com/watch?v=9zESHWjJ7Qw, https://www.peekvids.com/watch?v=eSM-rCpfmSj, https://www.peekvids.com/watch?v=4yv9jp5tjIl,
https://www.peekvids.com/watch?v=TIz7olXD64J, https://www.peekvids.com/watch?v=B7ovovOACvb, https://www.peekvids.com/watch?v=7lqdof3IA6b,
https://www.peekvids.com/watch?v=D8x8y5H4qzh, https://www.peekvids.com/watch?v=pX0p9OYZsDL, https://www.peekvids.com/watch?v=KISPDSI3Qr-,
https://www.peekvids.com/watch?v=RSWEPZfsixI, https://www.peekvids.com/watch?v=RCqBFhNXwmT, https://www.peekvids.com/watch?v=Sm6hkyPrZnh,
https://www.peekvids.com/watch?v=IH65Xkdm06k, https://www.peekvids.com/watch?v=9rXzCBm3y6G, https://www.peekvids.com/watch?v=j9oFkUrAXE6,
https://www.peekvids.com/watch?v=QJVvE6hIJbW, https://www.peekvids.com/watch?v=UMk4HDRKIVy, https://www.peekvids.com/watch?v=wBbXE7vJkWT,
https://www.peekvids.com/watch?v=NntW5cnpW-f, https://www.peekvids.com/watch?v=dzk9aF6aKrY, https://www.peekvids.com/watch?v=NFwoTwHrCZV,
https://www.peekvids.com/watch?v=4PxkNVhXIQl, https://www.peekvids.com/watch?v=FV-SZnriQQv, https://www.peekvids.com/watch?v=hxtFprlKoX7,
https://www.peekvids.com/watch?v=gsYZ8jzyyVG, https://www.peekvids.com/watch?v=nYCGkQEoUwf, https://www.peekvids.com/watch?v=WtIJtKtUP7A,
https://www.peekvids.com/watch?v=UbAgYmAvXdy, https://www.peekvids.com/watch?v=M5WWPeWzTcx, https://www.peekvids.com/watch?v=wHog4We-eVd,
https://www.peekvids.com/watch?v=VKVSDZd55-f, https://www.peekvids.com/watch?v=UriZ3VjpwWq, https://www.peekvids.com/watch?v=eIibMVbGruX,
https://www.peekvids.com/watch?v=Oh6aQy6DUFA, https://www.peekvids.com/watch?v=jbrKLXWyHjr, https://www.peekvids.com/watch?v=NTbYhJKcAUc,
https://www.peekvids.com/watch?v=uFpsaf7OMVp, https://www.peekvids.com/watch?v=-fNA3SZDQ4S, https://www.peekvids.com/watch?v=cMcA68PqB67,
https://www.peekvids.com/watch?v=lIo9yiIbVZ6, https://www.peekvids.com/watch?v=Q0rODWiqfex, https://www.peekvids.com/watch?v=CTe-KmiQmzd,
https://www.peekvids.com/watch?v=73AfX2iHnGh, https://www.peekvids.com/watch?v=Db0MOjyv2bc, https://www.peekvids.com/watch?v=GQeytLkEIlP,
https://www.peekvids.com/watch?v=JAZcoZDgWtH, https://www.peekvids.com/watch?v=C_rPNI82RMJ, https://www.peekvids.com/watch?v=uFYS8zIuEfK,
https://www.peekvids.com/watch?v=iRSMGSvWNKF, https://www.peekvids.com/watch?v=PyLMn83Uy84, https://www.peekvids.com/watch?v=K41TmymWYPY,
https://www.peekvids.com/watch?v=FEEQL-ShL4d, https://www.peekvids.com/watch?v=gHWsBQCz5Sd, https://www.peekvids.com/watch?v=u94LDtiPOfb,
https://www.peekvids.com/watch?v=GJp_zf8FDSJ, https://www.peekvids.com/watch?v=f2X5czxqT2v, https://www.peekvids.com/watch?v=Zq8JlfiAic7,
https://www.peekvids.com/watch?v=JItZdBuRNcl, https://www.peekvids.com/watch?v=7nqTscg6z8u, https://www.peekvids.com/watch?v=cx8H8NqCG22,
https://www.peekvids.com/watch?v=eqrhLO2EOdM, https://www.peekvids.com/watch?v=kC6ts5hZqCP, https://www.peekvids.com/watch?v=IC7Yj2JU96Q,
https://www.peekvids.com/watch?v=56ilezewWcT, https://www.peekvids.com/watch?v=PMKb8kEhVrC, https://www.peekvids.com/watch?v=bil1OYEalUw,
https://www.peekvids.com/watch?v=0FX9cYAsG1t, https://www.peekvids.com/watch?v=6uAwGGB89Vj, https://www.peekvids.com/watch?v=Z9LwdtTqpVD,
https://www.peekvids.com/watch?v=6NqVPphNBZi, https://www.peekvids.com/watch?v=TfxkNdMT3si, https://www.peekvids.com/watch?v=7gzayUU_3-j,
https://www.peekvids.com/watch?v=FiXgAon38b0, https://www.peekvids.com/watch?v=mXBd6T06xai, https://www.peekvids.com/watch?v=vzq0LfUeOQn,
https://www.peekvids.com/watch?v=eThzcu0-uFl, https://www.peekvids.com/watch?v=mSQCgqoOYm4, https://www.peekvids.com/watch?v=RsHY-U3J6Kd,
https://www.peekvids.com/watch?v=EoPZr23_TT0, https://www.peekvids.com/watch?v=MeHGnwFhtt4, https://www.peekvids.com/watch?v=ghvOxSJEbtn,
https://www.peekvids.com/watch?v=XnSBLj2ag7h, https://www.peekvids.com/watch?v=Dy1pqHdRm93, https://www.peekvids.com/watch?v=7S1XSVBYNQl,
https://www.peekvids.com/watch?v=qiG7bWsBdWH, https://www.peekvids.com/watch?v=SrSWuRLCNMY, https://www.peekvids.com/watch?v=mDe5Idk3MO4,
https://www.peekvids.com/watch?v=W0mKkV6CiAk, https://www.peekvids.com/watch?v=3MviS2vmesj, https://www.peekvids.com/watch?v=powsCf01sJv,
https://www.peekvids.com/watch?v=DjM7lRHgTaw, https://www.peekvids.com/watch?v=BeQ9iryHMDH, https://www.peekvids.com/watch?v=A8k-WMlpYGO,
https://www.peekvids.com/watch?v=ObjP_PgaS3N, https://www.peekvids.com/watch?v=p7AYrNECup0, https://www.peekvids.com/watch?v=SyRtaUwIyVD,
https://www.peekvids.com/watch?v=DOKt0y7pm_P, https://www.peekvids.com/watch?v=pGqzVNmuKQz, https://www.peekvids.com/watch?v=KZmmyuZ1G1D,
https://www.peekvids.com/watch?v=e5HeLFHqeuM, https://www.peekvids.com/watch?v=p6PMpd0lNSj, https://www.peekvids.com/watch?v=pwTeg6xzL0x
5.f. Date of third notice: 2015-03-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: robanuka
5.b. Uploader's email address: frankloon@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=robanuka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=b3jIvXMy_XP, https://www.peekvids.com/watch?v=GmkX4WQYLBh,
https://www.peekvids.com/watch?v=5pBuf-GphKN, https://www.peekvids.com/watch?v=U3ZyO2Yoltp, https://www.peekvids.com/watch?v=BupB6lK7wNL,
https://www.peekvids.com/watch?v=U3a4bfIz-rn, https://www.peekvids.com/watch?v=HysUGwq3qSh, https://www.peekvids.com/watch?v=hAGuRy4gpUP,
https://www.peekvids.com/watch?v=Ga_wWT6nO9J, https://www.peekvids.com/watch?v=h5liy5E8tCV, https://www.peekvids.com/watch?v=GKmSXTeLyqg,
https://www.peekvids.com/watch?v=wekf0M2aSXZ, https://www.peekvids.com/watch?v=Dm_X59VWEWG, https://www.peekvids.com/watch?v=nxiVrWYJjiS,
https://www.peekvids.com/watch?v=hgnEOArYE52, https://www.peekvids.com/watch?v=6T1vp6X7OH7, https://www.peekvids.com/watch?v=xVWyrZGyViD,
https://www.peekvids.com/watch?v=6wQhqEPTUeG, https://www.peekvids.com/watch?v=aCb6E-Y2PYy, https://www.peekvids.com/watch?v=7LkW36n8eyn,
https://www.peekvids.com/watch?v=VBsJq8HIJPW, https://www.peekvids.com/watch?v=dkmzSG9c-bj, https://www.peekvids.com/watch?v=FFwnIxqVav2,
https://www.peekvids.com/watch?v=4O1QLsEXo7Q, https://www.peekvids.com/watch?v=OI3D_54eezk, https://www.peekvids.com/watch?v=ajAK-sT26rD,
https://www.peekvids.com/watch?v=dWbIZCsAhnc, https://www.peekvids.com/watch?v=ta5SQAOiOhu, https://www.peekvids.com/watch?v=6gQsGYsvwUR,
https://www.peekvids.com/watch?v=R7e2NAtVv7H, https://www.peekvids.com/watch?v=vbvHQdnaVdm, https://www.peekvids.com/watch?v=IZaT9M6bjQm,
https://www.peekvids.com/watch?v=bd3qDL0RAUX, https://www.peekvids.com/watch?v=J4Uo1yHUoX9, https://www.peekvids.com/watch?v=9Lt0aPova3l,
https://www.peekvids.com/watch?v=SLCuk-rZcdd, https://www.peekvids.com/watch?v=CujojGlu3Da, https://www.peekvids.com/watch?v=lKmFRGP3XeU,
https://www.peekvids.com/watch?v=pa17EMXa_Of, https://www.peekvids.com/watch?v=GGNpDXSwhht, https://www.peekvids.com/watch?v=V-k8yQO3FsL,
https://www.peekvids.com/watch?v=m-jubpjE1wG, https://www.peekvids.com/watch?v=GGaKrslCRIw, https://www.peekvids.com/watch?v=r4mcK5r5dvw,
https://www.peekvids.com/watch?v=iM-4xF8SxLb, https://www.peekvids.com/watch?v=uquSa2RWlXo, https://www.peekvids.com/watch?v=3nSKdH6HMGq,
https://www.peekvids.com/watch?v=RA3ahT59vGt, https://www.peekvids.com/watch?v=IVASVhAaQ0E, https://www.peekvids.com/watch?v=FHwwP0tFHvK,
https://www.peekvids.com/watch?v=edWdx21xZs9, https://www.peekvids.com/watch?v=F1GQ83kljYF, https://www.peekvids.com/watch?v=E9fm0vsf1LL,
https://www.peekvids.com/watch?v=LawocLeUoLe, https://www.peekvids.com/watch?v=ltBRHy5u5cT, https://www.peekvids.com/watch?v=7SzlD3y_CvB,
https://www.peekvids.com/watch?v=YCDMYbRcPH5, https://www.peekvids.com/watch?v=YmxV0K-Jgl7, https://www.peekvids.com/watch?v=KkBsFS8AO0Y,
https://www.peekvids.com/watch?v=HagIbpp-LLT, https://www.peekvids.com/watch?v=yfAU-tX_6FK, https://www.peekvids.com/watch?v=B7qyuKtQaHI,
https://www.peekvids.com/watch?v=f42KYUAcb3a, https://www.peekvids.com/watch?v=XM7V6uxdblW
5.f. Date of third notice: 2015-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rodandtod
5.b. Uploader's email address: roddyflanders@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=rodandtod
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=kGxm9hn9Cxw, https://www.peekvids.com/watch?v=HPTfuIsKfjz,
https://www.peekvids.com/watch?v=z8pPfkUoLkC, https://www.peekvids.com/watch?v=wn26Vloc5zU, https://www.peekvids.com/watch?v=tw4gX3Aqqe4,
https://www.peekvids.com/watch?v=gM8cNiRhZhC, https://www.peekvids.com/watch?v=igTUPEqqMFP, https://www.peekvids.com/watch?v=3htWIk7bkoT,
https://www.peekvids.com/watch?v=8C2XpXIa4k5, https://www.peekvids.com/watch?v=UYM8wBRA-hm, https://www.peekvids.com/watch?v=fEEdS60g2WJ,
https://www.peekvids.com/watch?v=Bspt5v3KU-d, https://www.peekvids.com/watch?v=fn3qAdbNc5U, https://www.peekvids.com/watch?v=ozQPnw5cvRK,
https://www.peekvids.com/watch?v=2ZaMe8SBrFC, https://www.peekvids.com/watch?v=gJI5JMaj-hJ, https://www.peekvids.com/watch?v=SyA2kzWAAjS,
https://www.peekvids.com/watch?v=g3iXypoOoEy, https://www.peekvids.com/watch?v=6CceXmvDgc5, https://www.peekvids.com/watch?v=ws7uG5RnJ4j,
https://www.peekvids.com/watch?v=-O78xdP8WAK, https://www.peekvids.com/watch?v=Kyvbj7totWk, https://www.peekvids.com/watch?v=ZYch7IX0nR0,
https://www.peekvids.com/watch?v=EAjs27bQCi3, https://www.peekvids.com/watch?v=ocUhZJTgbld, https://www.peekvids.com/watch?v=ghXCaUNDtnR,
https://www.peekvids.com/watch?v=q6vIKgyfiTC, https://www.peekvids.com/watch?v=rPCdIDeBr2v, https://www.peekvids.com/watch?v=gwSV0AELYSW,
https://www.peekvids.com/watch?v=65tsT9xzalk, https://www.peekvids.com/watch?v=TtAWyAT6bo2, https://www.peekvids.com/watch?v=RxHFO2xDaXO,
https://www.peekvids.com/watch?v=9UnfXEj-PlN, https://www.peekvids.com/watch?v=KAECm0K3PWv, https://www.peekvids.com/watch?v=OYk2TBUg2Pd,
https://www.peekvids.com/watch?v=KQcIYbeIYP4, https://www.peekvids.com/watch?v=yTEhokg90ka, https://www.peekvids.com/watch?v=4i4BjXMe8hw,
https://www.peekvids.com/watch?v=sX-uRmxzLcI, https://www.peekvids.com/watch?v=IsvpXalyz3e, https://www.peekvids.com/watch?v=D55bWXe2cDb,
https://www.peekvids.com/watch?v=Bo4VipNT-NW, https://www.peekvids.com/watch?v=PjpeZ04NrT9, https://www.peekvids.com/watch?v=C440RbP-JQg,
https://www.peekvids.com/watch?v=YftSQysJRc2, https://www.peekvids.com/watch?v=NvlDcmpX5V3, https://www.peekvids.com/watch?v=vQ6m4AMJS4M,
https://www.peekvids.com/watch?v=wEJqCQxVI23, https://www.peekvids.com/watch?v=6powy7BbtXF, https://www.peekvids.com/watch?v=XtwGsSg9bvU,
https://www.peekvids.com/watch?v=7xpBI4OG2xh, https://www.peekvids.com/watch?v=jvuOtPYLpNc, https://www.peekvids.com/watch?v=UQazcdJltag,
https://www.peekvids.com/watch?v=UYSAEZ--U-M, https://www.peekvids.com/watch?v=mPMzxdgJiY6, https://www.peekvids.com/watch?v=DremFZJ8B6c,
https://www.peekvids.com/watch?v=VXC85P-G-27, https://www.peekvids.com/watch?v=IRENL5u3bTy, https://www.peekvids.com/watch?v=o9OYGnvEI-M,
https://www.peekvids.com/watch?v=M2mQXZMjqDU, https://www.peekvids.com/watch?v=0Zm7hdjnX4b, https://www.peekvids.com/watch?v=avnInUh6CRI,
https://www.peekvids.com/watch?v=qJJ3kGhYYi5, https://www.peekvids.com/watch?v=GxrxcjXEFFo, https://www.peekvids.com/watch?v=8KXuxRfspe7,
https://www.peekvids.com/watch?v=fr0id0F72rC, https://www.peekvids.com/watch?v=HcMQikWJAK7, https://www.peekvids.com/watch?v=3XAfETWLTBn,
https://www.peekvids.com/watch?v=hkeSrTNfQyd, https://www.peekvids.com/watch?v=HE-kJhuB4wE, https://www.peekvids.com/watch?v=53Yg07uZzRl,

https://www.peekvids.com/watch?v=vSFXeC-OaCQ, https://www.peekvids.com/watch?v=nmWn3qU5Bke, https://www.peekvids.com/watch?v=At7D2Dwn8NF,
https://www.peekvids.com/watch?v=iTNxwQ6Ql70, https://www.peekvids.com/watch?v=9c62FeUJcFZ, https://www.peekvids.com/watch?v=dovTVPnocoK,
https://www.peekvids.com/watch?v=E-hgTc83wOE, https://www.peekvids.com/watch?v=mbMj9BWhbTO, https://www.peekvids.com/watch?v=kf-8FJLUz4V,
https://www.peekvids.com/watch?v=StLBRsHkUs9, https://www.peekvids.com/watch?v=DwtvPWPQI8t, https://www.peekvids.com/watch?v=haWSOM-RlAC,
https://www.peekvids.com/watch?v=vi6xOzyA7Gd, https://www.peekvids.com/watch?v=AmXzZpEUc2c, https://www.peekvids.com/watch?v=TXdGGf-OOrr,
https://www.peekvids.com/watch?v=FY7YIkNp5sx, https://www.peekvids.com/watch?v=gcADpBjexlY, https://www.peekvids.com/watch?v=vuMIiFKzNKA,
https://www.peekvids.com/watch?v=eN3uePnvoKx, https://www.peekvids.com/watch?v=nerabIyKygJ, https://www.peekvids.com/watch?v=wj-RzcmNLuf,
https://www.peekvids.com/watch?v=n-GdZ3mTnRZ, https://www.peekvids.com/watch?v=3V63YUTCwk8, https://www.peekvids.com/watch?v=wh8mL3ZG4XO,
https://www.peekvids.com/watch?v=CEoEvPk65Yj, https://www.peekvids.com/watch?v=dbU38RTzKzM, https://www.peekvids.com/watch?v=N5YVmNc0f6h,
https://www.peekvids.com/watch?v=FLU78EpYcSQ, https://www.peekvids.com/watch?v=x8QDfVNbNGx, https://www.peekvids.com/watch?v=TeuS8uPMQye,
https://www.peekvids.com/watch?v=vbSIfsssk5E, https://www.peekvids.com/watch?v=cbOq4fo2Syw, https://www.peekvids.com/watch?v=p0cdldPS2iR,
https://www.peekvids.com/watch?v=TdbuY7FOH6g, https://www.peekvids.com/watch?v=37-u0vYk6G0, https://www.peekvids.com/watch?v=fKZHLxTJzVR,
https://www.peekvids.com/watch?v=VGgILIHpJa6, https://www.peekvids.com/watch?v=SqISWTmxELM, https://www.peekvids.com/watch?v=qR0hppsBlKy,
https://www.peekvids.com/watch?v=WGbY-c4366s, https://www.peekvids.com/watch?v=NhrtFd2x6np, https://www.peekvids.com/watch?v=CJr79yPDHak,
https://www.peekvids.com/watch?v=Q0w2b5vMcGZ, https://www.peekvids.com/watch?v=lgXe2Hp5kjQ, https://www.peekvids.com/watch?v=nJZPrVYLyNi,
https://www.peekvids.com/watch?v=8QpIg4iGAz6, https://www.peekvids.com/watch?v=UAc8VrHjriN, https://www.peekvids.com/watch?v=Oxhu6wnYH28,
https://www.peekvids.com/watch?v=SdYc5LvfZuM, https://www.peekvids.com/watch?v=3UEFnYT60Ax, https://www.peekvids.com/watch?v=RMThBs20zDz,
https://www.peekvids.com/watch?v=KXbpR9PafDy, https://www.peekvids.com/watch?v=vdVBU442yz0, https://www.peekvids.com/watch?v=m9CQGWorPk5,
https://www.peekvids.com/watch?v=x5HTKSPFGYO, https://www.peekvids.com/watch?v=ieDTEgEXZTa, https://www.peekvids.com/watch?v=7jxHqyg4Kf7,
https://www.peekvids.com/watch?v=mjtzB7IKcM8, https://www.peekvids.com/watch?v=9TfA2y8anA-, https://www.peekvids.com/watch?v=0FWVqnWAsum,
https://www.peekvids.com/watch?v=p6osWun4MTO, https://www.peekvids.com/watch?v=rxCdcgb4gUS, https://www.peekvids.com/watch?v=vK70ZntoZJw,
https://www.peekvids.com/watch?v=owEzy3MpiZe, https://www.peekvids.com/watch?v=s6J55O88grS, https://www.peekvids.com/watch?v=7x46gpG2KJ2,
https://www.peekvids.com/watch?v=YgHaX-NGLyI, https://www.peekvids.com/watch?v=PBbqkCDMM3a, https://www.peekvids.com/watch?v=mBtBdTF2qRk,
https://www.peekvids.com/watch?v=4zrd-NFNabE, https://www.peekvids.com/watch?v=P29gckHByds, https://www.peekvids.com/watch?v=9lTfr26ceiM,
https://www.peekvids.com/watch?v=NVUoc6THnBS, https://www.peekvids.com/watch?v=mCNc6GxJYJX, https://www.peekvids.com/watch?v=VPGuUyiv5da,
https://www.peekvids.com/watch?v=IGyfbRkrTeF, https://www.peekvids.com/watch?v=naRkktTHvcH, https://www.peekvids.com/watch?v=XeHcSrcvdwu,
https://www.peekvids.com/watch?v=0OcTsJLQQ5y, https://www.peekvids.com/watch?v=Timl7r4JOHX, https://www.peekvids.com/watch?v=h356SGe9-Y9,
https://www.peekvids.com/watch?v=9AMkV9XpZYo, https://www.peekvids.com/watch?v=aeZ8fcyee5c, https://www.peekvids.com/watch?v=fmmXlNG94JW,
https://www.peekvids.com/watch?v=Pokld2Z60Vk, https://www.peekvids.com/watch?v=AQtgCPjxE9O, https://www.peekvids.com/watch?v=JPEqv5eXQ0u,
https://www.peekvids.com/watch?v=604FRGtRYDp, https://www.peekvids.com/watch?v=XH8YUtfG0gK, https://www.peekvids.com/watch?v=uGw2WTtNuNq,
https://www.peekvids.com/watch?v=uJ7grGOqsjP, https://www.peekvids.com/watch?v=bv5gTXJYOzp, https://www.peekvids.com/watch?v=B4EYhEOq0cY,
https://www.peekvids.com/watch?v=UsaQIOPxEmI, https://www.peekvids.com/watch?v=Hgih4KkXaBM, https://www.peekvids.com/watch?v=Jq-suF8Ri6d,
https://www.peekvids.com/watch?v=kDSHYNmBebJ, https://www.peekvids.com/watch?v=G-OQy7BNm7X, https://www.peekvids.com/watch?v=NRl47DuidTx,
https://www.peekvids.com/watch?v=VCfXYjkiqRt, https://www.peekvids.com/watch?v=cgrQTrVw2FM, https://www.peekvids.com/watch?v=XOVTFgv7EEr,
https://www.peekvids.com/watch?v=PjcKFeUSKp0, https://www.peekvids.com/watch?v=6uk3lV6x75m, https://www.peekvids.com/watch?v=wfGh-yd2-9n,
https://www.peekvids.com/watch?v=cDPwhBLHfAy, https://www.peekvids.com/watch?v=jAIdetjULI5, https://www.peekvids.com/watch?v=Ml3BZ8u594F,
https://www.peekvids.com/watch?v=gb3CW9iXpyw, https://www.peekvids.com/watch?v=DBS-FTIIIu0, https://www.peekvids.com/watch?v=zWQy6mWDzg8,
https://www.peekvids.com/watch?v=8wPv8FzLoPs, https://www.peekvids.com/watch?v=i9FSyxkJeYR, https://www.peekvids.com/watch?v=poV7VfNKJ30,
https://www.peekvids.com/watch?v=CSWj4zkZDie, https://www.peekvids.com/watch?v=8o9Igdlfkd5, https://www.peekvids.com/watch?v=jIIztFU8Fxg,
https://www.peekvids.com/watch?v=BQ9HlkvCymj, https://www.peekvids.com/watch?v=xRsrxFsTWz6, https://www.peekvids.com/watch?v=HoNvaps6Qxl,
https://www.peekvids.com/watch?v=5bpdfNo4qn3, https://www.peekvids.com/watch?v=OS9uSdXhISk, https://www.peekvids.com/watch?v=o-IdbrTkXzk,
https://www.peekvids.com/watch?v=8endwCitOvL, https://www.peekvids.com/watch?v=OdolAT4kMcf, https://www.peekvids.com/watch?v=WIlLkHOymbJ,
https://www.peekvids.com/watch?v=sKCYo5EYX-Y, https://www.peekvids.com/watch?v=kA4L9jhXCjb, https://www.peekvids.com/watch?v=dlTlk2uX2oc,
https://www.peekvids.com/watch?v=jomDE8diGah, https://www.peekvids.com/watch?v=i-dmc5bXVic, https://www.peekvids.com/watch?v=VkLEC0qaZdf,
https://www.peekvids.com/watch?v=IA7TATYudfa, https://www.peekvids.com/watch?v=Pv0wUVIGp9M, https://www.peekvids.com/watch?v=83-dKaWrL60,
https://www.peekvids.com/watch?v=HtU64VOwPcH, https://www.peekvids.com/watch?v=TkUBUVACfj9, https://www.peekvids.com/watch?v=QA78jKdZ-hb,
https://www.peekvids.com/watch?v=NmPAnI0lORJ, https://www.peekvids.com/watch?v=QOr0ovP7ama, https://www.peekvids.com/watch?v=XWEj-w2uBKD,
https://www.peekvids.com/watch?v=sPgfNt7fhS5, https://www.peekvids.com/watch?v=hiHWBIDHgNw, https://www.peekvids.com/watch?v=fzPgP78NPZT,
https://www.peekvids.com/watch?v=estfCqRscpr, https://www.peekvids.com/watch?v=V5ZaRVEZrFx, https://www.peekvids.com/watch?v=6saJvfMZPgt,
https://www.peekvids.com/watch?v=ocejTbg7WUm, https://www.peekvids.com/watch?v=9L-5GsaM8pG, https://www.peekvids.com/watch?v=wj-5Q3AbGrR,
https://www.peekvids.com/watch?v=IqE9mQPMirF, https://www.peekvids.com/watch?v=vkg38nPJnvQ, https://www.peekvids.com/watch?v=k5HpxKUbVCP,
https://www.peekvids.com/watch?v=pydxfoE3gRL, https://www.peekvids.com/watch?v=7r4N-GUTegV, https://www.peekvids.com/watch?v=WJIxdGTKlWs,
https://www.peekvids.com/watch?v=ajp7FLjnJiy, https://www.peekvids.com/watch?v=xH93wW3lYCP, https://www.peekvids.com/watch?v=L52xDyMBbZC,
https://www.peekvids.com/watch?v=6dF4hxmbhbo, https://www.peekvids.com/watch?v=VGYkWrsahkL, https://www.peekvids.com/watch?v=LH7lm89FmJe,
https://www.peekvids.com/watch?v=XIRx2EItzVJ, https://www.peekvids.com/watch?v=AkuhnZcxEEn, https://www.peekvids.com/watch?v=iXaLuhpRvC0,
https://www.peekvids.com/watch?v=QiIZY4AvGA5, https://www.peekvids.com/watch?v=rv9JxKfltac, https://www.peekvids.com/watch?v=Dwetz3SOrlR,
https://www.peekvids.com/watch?v=fh6yM6hXjt3, https://www.peekvids.com/watch?v=mmEeBI5QaHe, https://www.peekvids.com/watch?v=ewF36kEfWpQ,
https://www.peekvids.com/watch?v=fwr6DhUim-y, https://www.peekvids.com/watch?v=gCJz2jwG3DW, https://www.peekvids.com/watch?v=ZEzhDnOu7yv,
https://www.peekvids.com/watch?v=0pJ6ey4rble, https://www.peekvids.com/watch?v=hrihEg598cW, https://www.peekvids.com/watch?v=LtB3JOW-WmH,
https://www.peekvids.com/watch?v=N0kHGd9HJqp, https://www.peekvids.com/watch?v=u7H04nKUKE-, https://www.peekvids.com/watch?v=il8QmivNwEe,
https://www.peekvids.com/watch?v=plXUQe4CgMx, https://www.peekvids.com/watch?v=ZWTXZ9xoFAc, https://www.peekvids.com/watch?v=8iDOQWzuTYj,
https://www.peekvids.com/watch?v=Rg5uDUheioo, https://www.peekvids.com/watch?v=n-ZfHL-Cw5v, https://www.peekvids.com/watch?v=FZ-FpKys-WE,
https://www.peekvids.com/watch?v=dP3xP6bqBgc, https://www.peekvids.com/watch?v=zwiha0lycxF, https://www.peekvids.com/watch?v=nXETMaBx6od,
https://www.peekvids.com/watch?v=2zDRxl25daJ, https://www.peekvids.com/watch?v=Me5RMqVTBoF, https://www.peekvids.com/watch?v=O7nmAlJU4Pg,
https://www.peekvids.com/watch?v=PDFxqLQHApO, https://www.peekvids.com/watch?v=OtkSfvFg32Y, https://www.peekvids.com/watch?v=PBXd4nsXvUi,
https://www.peekvids.com/watch?v=tpDks7spjuP, https://www.peekvids.com/watch?v=4fBg8HhyhnQ, https://www.peekvids.com/watch?v=tOPsRGsGVEK,
https://www.peekvids.com/watch?v=fEv7ScV6l96, https://www.peekvids.com/watch?v=v6gq8y0ZxL8, https://www.peekvids.com/watch?v=aERKMfk4QUr,
https://www.peekvids.com/watch?v=KGDNCeOwp3g, https://www.peekvids.com/watch?v=i39cZEOXIAB, https://www.peekvids.com/watch?v=Vf2gQilFr4a,
https://www.peekvids.com/watch?v=ts7vrpakCuR, https://www.peekvids.com/watch?v=3DUqovjVH4e, https://www.peekvids.com/watch?v=ezspybGI0c8,
https://www.peekvids.com/watch?v=S4TaKnt-lfW, https://www.peekvids.com/watch?v=nBHrfzaO2op, https://www.peekvids.com/watch?v=qWTrJOFGt8B,
https://www.peekvids.com/watch?v=8TNpvIfYyQy, https://www.peekvids.com/watch?v=a4iP7WbKOy2, https://www.peekvids.com/watch?v=XPZSgSzv-dl,
https://www.peekvids.com/watch?v=zTfIAaOtwhj, https://www.peekvids.com/watch?v=XFFEaX06-o8, https://www.peekvids.com/watch?v=krnFSX96MRT,
https://www.peekvids.com/watch?v=RL6L8QfsCvh, https://www.peekvids.com/watch?v=2xVnrh03f0M, https://www.peekvids.com/watch?v=T96eXfau6fo,
https://www.peekvids.com/watch?v=DrNbLde7Nk-
5.f. Date of third notice: 2015-04-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rogalik
5.b. Uploader's email address: missymisterpoo@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=rogalik
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=j5rVx7yx1Fi, https://www.peekvids.com/watch?v=H1UTp8zlRDk,
https://www.peekvids.com/watch?v=btHzipXWV2M, https://www.peekvids.com/watch?v=T3dieTDTYjl, https://www.peekvids.com/watch?v=HKWtjg1GqFL,
https://www.peekvids.com/watch?v=s-piVHn4FEI, https://www.peekvids.com/watch?v=wAxg5Z3jGtb, https://www.peekvids.com/watch?v=kTQdKX7GtdF,
https://www.peekvids.com/watch?v=mFq9lgwWs7U, https://www.peekvids.com/watch?v=oQ-WgjtmKDW, https://www.peekvids.com/watch?v=OA469woYuXB,
https://www.peekvids.com/watch?v=7aXFN_Ld0Rm, https://www.peekvids.com/watch?v=nMKsb-YuRZ2, https://www.peekvids.com/watch?v=gR9MI0sRsOq,
https://www.peekvids.com/watch?v=jzLY363v6Pl, https://www.peekvids.com/watch?v=HTbvx2Jc5Yz, https://www.peekvids.com/watch?v=Ii9AB_Rn5Vl,
https://www.peekvids.com/watch?v=SOSOoAZP01Z, https://www.peekvids.com/watch?v=bpwYst8aHKe, https://www.peekvids.com/watch?v=2OYtvPHqjh9,
https://www.peekvids.com/watch?v=bgYFJWvDyNE, https://www.peekvids.com/watch?v=PLZULa6k9Wl, https://www.peekvids.com/watch?v=HBddiaOg2dx,
https://www.peekvids.com/watch?v=C-NLezumIdk, https://www.peekvids.com/watch?v=GkhCYw_TjdT, https://www.peekvids.com/watch?v=zhzMloee5R3,
https://www.peekvids.com/watch?v=jdFk-dihFzj, https://www.peekvids.com/watch?v=gwBawyqko6Q, https://www.peekvids.com/watch?v=BBcWuqDVOu4,
https://www.peekvids.com/watch?v=lbKJYY6CDo7, https://www.peekvids.com/watch?v=a1Gt6fnOHjH, https://www.peekvids.com/watch?v=G0ebnat5qFp,
https://www.peekvids.com/watch?v=XU81kSkX-UU, https://www.peekvids.com/watch?v=Bedg_kiSjWp, https://www.peekvids.com/watch?v=PuwkYERGCjO,
https://www.peekvids.com/watch?v=vESs2x_xVum, https://www.peekvids.com/watch?v=X1rEL1P_TML, https://www.peekvids.com/watch?v=OHLIQ7dKX4c,
https://www.peekvids.com/watch?v=0zLHrkyS04Q, https://www.peekvids.com/watch?v=QdK7vlAQQGx, https://www.peekvids.com/watch?v=OC6T6G3LiJo,
https://www.peekvids.com/watch?v=9rFMpsQT6li, https://www.peekvids.com/watch?v=Ty7M8dbE5CC, https://www.peekvids.com/watch?v=zrtqMBQ_zPG,
https://www.peekvids.com/watch?v=Pp8maeK6_YW, https://www.peekvids.com/watch?v=3ZqWz8Oq2mq, https://www.peekvids.com/watch?v=nT8HP7XAzpZ,
https://www.peekvids.com/watch?v=lVZ0os0_bGr, https://www.peekvids.com/watch?v=PuyD8WApJHQ, https://www.peekvids.com/watch?v=L0y0TOnNi69,
https://www.peekvids.com/watch?v=swb7cIlP-pz, https://www.peekvids.com/watch?v=BduEvT8bZYh, https://www.peekvids.com/watch?v=t_mMt5kDsTo,
https://www.peekvids.com/watch?v=VL3q2jAJ92o, https://www.peekvids.com/watch?v=NwzPZJvkFR4, https://www.peekvids.com/watch?v=XtwDzLKbgfv,
https://www.peekvids.com/watch?v=rxHQC0Rfrzz, https://www.peekvids.com/watch?v=fp7r4TeCmul, https://www.peekvids.com/watch?v=Zxzxrelpb5x,
https://www.peekvids.com/watch?v=ZPU_gV5UYrF, https://www.peekvids.com/watch?v=x06J8bkCcSS, https://www.peekvids.com/watch?v=0e9OsssHCZ4,
https://www.peekvids.com/watch?v=q-QSNLmmwhL, https://www.peekvids.com/watch?v=pZvxPMsrfP2, https://www.peekvids.com/watch?v=BCvKBBUICxr,
https://www.peekvids.com/watch?v=4gxGFGhkZYN, https://www.peekvids.com/watch?v=5C7opQN4gXS, https://www.peekvids.com/watch?v=6D0ARW2c4DI,
https://www.peekvids.com/watch?v=hYAug1-uxtQ, https://www.peekvids.com/watch?v=7VKDZhLaAFK, https://www.peekvids.com/watch?v=2AJMpByr_Lj,
https://www.peekvids.com/watch?v=tohwl78BO9D, https://www.peekvids.com/watch?v=52U-McHrp7r, https://www.peekvids.com/watch?v=E9c6Rbwgc4B,
https://www.peekvids.com/watch?v=4O1NrjXaAdx, https://www.peekvids.com/watch?v=xDHfFdFVRld, https://www.peekvids.com/watch?v=jQZdxFeCRTN,
https://www.peekvids.com/watch?v=3gLXUQj82EI, https://www.peekvids.com/watch?v=ExrrIZ2TFZ8, https://www.peekvids.com/watch?v=dbFoTmSRyAn,
https://www.peekvids.com/watch?v=5PmlQFyXCtP, https://www.peekvids.com/watch?v=5pEEBZSQly3, https://www.peekvids.com/watch?v=PouL-7PA226,
https://www.peekvids.com/watch?v=sP8VrmfM4zx, https://www.peekvids.com/watch?v=OK-dz-2DXA6, https://www.peekvids.com/watch?v=bEAAJF3tPFe,
https://www.peekvids.com/watch?v=FxrC0RD9DRn, https://www.peekvids.com/watch?v=rgSW0uFITtz, https://www.peekvids.com/watch?v=jDk67lSg8CH,
https://www.peekvids.com/watch?v=wyV-tbb4tim, https://www.peekvids.com/watch?v=L2Obsgivgf5, https://www.peekvids.com/watch?v=eiPP0X86RW6,
https://www.peekvids.com/watch?v=36sPWcZ5uSW, https://www.peekvids.com/watch?v=8qkI6e1bAiu, https://www.peekvids.com/watch?v=JjSp5BaHQ5P,
https://www.peekvids.com/watch?v=Dvz3gj_Hk5O, https://www.peekvids.com/watch?v=OXRIBwNtlTx, https://www.peekvids.com/watch?v=mCXVTVY7cLz,
https://www.peekvids.com/watch?v=hgpsMeqsdhr, https://www.peekvids.com/watch?v=VoOW51NKbSf, https://www.peekvids.com/watch?v=gzyf--KF5PX,
https://www.peekvids.com/watch?v=HNKKvNV3-vR, https://www.peekvids.com/watch?v=bdz4ZuMJCH3, https://www.peekvids.com/watch?v=G2KsMlmEaCO,
https://www.peekvids.com/watch?v=9h08hf5Pt_S, https://www.peekvids.com/watch?v=lmbYd2efQPo, https://www.peekvids.com/watch?v=UW0zM3Nl2qK,
https://www.peekvids.com/watch?v=xHhDkaJcZoD, https://www.peekvids.com/watch?v=tecvfQ1mSVa, https://www.peekvids.com/watch?v=PR2TPxgTrol,
https://www.peekvids.com/watch?v=a2fFkqCuBbm, https://www.peekvids.com/watch?v=DUKp_gx2lOI, https://www.peekvids.com/watch?v=5S2SxH5yhwC,
https://www.peekvids.com/watch?v=qfYSG9Rt10o, https://www.peekvids.com/watch?v=7QyQtJLSPZY, https://www.peekvids.com/watch?v=eT5qQUHa3P7,
https://www.peekvids.com/watch?v=oW0zKq8QhIo, https://www.peekvids.com/watch?v=hvhymkAAiTE, https://www.peekvids.com/watch?v=sPSvuQefpLS,
https://www.peekvids.com/watch?v=GbLAJpHN0Ij, https://www.peekvids.com/watch?v=TFSX8lQT2RI, https://www.peekvids.com/watch?v=bmgRd6DwtlD,
https://www.peekvids.com/watch?v=h0ED7rMqS4J, https://www.peekvids.com/watch?v=BG7lyLPWJyF, https://www.peekvids.com/watch?v=Q9TawU4vwbi,
https://www.peekvids.com/watch?v=it-tglpynAC, https://www.peekvids.com/watch?v=CzNbwfeZVuN, https://www.peekvids.com/watch?v=3A3PMw4Co5P,
https://www.peekvids.com/watch?v=3jpPxLue6MX, https://www.peekvids.com/watch?v=7r0EIeR1auD, https://www.peekvids.com/watch?v=iRJln5grz5I,
https://www.peekvids.com/watch?v=5RgXpt1H8If, https://www.peekvids.com/watch?v=4OPAjFsfgAE, https://www.peekvids.com/watch?v=VLRr3dXO8rR,
https://www.peekvids.com/watch?v=4td0WEIrI4U, https://www.peekvids.com/watch?v=dh_m-twWqhh, https://www.peekvids.com/watch?v=7qdGIHuV44n,
https://www.peekvids.com/watch?v=rOCKqNnIbZI, https://www.peekvids.com/watch?v=4LiFdbkCF6l, https://www.peekvids.com/watch?v=eWpihPRgcbg,
https://www.peekvids.com/watch?v=zuQCjQ3Hzcn, https://www.peekvids.com/watch?v=XXfsVGZhsAl, https://www.peekvids.com/watch?v=Eiht3zmh6fj,
https://www.peekvids.com/watch?v=5yKUK4mnxvS, https://www.peekvids.com/watch?v=lD0tunV1SAK, https://www.peekvids.com/watch?v=6IOozvcUI03,
https://www.peekvids.com/watch?v=r-vKrPhCTTT, https://www.peekvids.com/watch?v=modrwla07U2, https://www.peekvids.com/watch?v=6k9ewE30hOv,
https://www.peekvids.com/watch?v=ZZLzeCGr1tp, https://www.peekvids.com/watch?v=ES3OKv4GWfn, https://www.peekvids.com/watch?v=8_90weC0B_N,
https://www.peekvids.com/watch?v=F-4FFfMYeTH, https://www.peekvids.com/watch?v=5AT7ztK4M50, https://www.peekvids.com/watch?v=OmgZ_-SLmu0,
https://www.peekvids.com/watch?v=tZzdVcbYWaJ, https://www.peekvids.com/watch?v=CbzDp4bw9Et, https://www.peekvids.com/watch?v=eYkVic_8mhd,
https://www.peekvids.com/watch?v=jeeIPcip9QL, https://www.peekvids.com/watch?v=uwRNsgA37O8, https://www.peekvids.com/watch?v=M2qijyj8XFC,
https://www.peekvids.com/watch?v=4ULPH7VEW8D, https://www.peekvids.com/watch?v=MM-ttURh382, https://www.peekvids.com/watch?v=NzRW2ngNmBA,
https://www.peekvids.com/watch?v=NyOWDv9cRWl, https://www.peekvids.com/watch?v=6kghFBAuSgX, https://www.peekvids.com/watch?v=dSAKowO9g-m,

https://www.peekvids.com/watch?v=ZwUGav_R1gE, https://www.peekvids.com/watch?v=KnyqYgUhgxJ, https://www.peekvids.com/watch?v=hXri4gQQhEa,
https://www.peekvids.com/watch?v=0eo5W7GHPjD, https://www.peekvids.com/watch?v=qi5eQSDqrC4, https://www.peekvids.com/watch?v=lmM_pmHUrvH,
https://www.peekvids.com/watch?v=ujqZYfFZUbV, https://www.peekvids.com/watch?v=NQEAS0v_uN2, https://www.peekvids.com/watch?v=v7TeyOG7Vdc,
https://www.peekvids.com/watch?v=0_9i1FKZoE3, https://www.peekvids.com/watch?v=ot1_jVhTwTZ, https://www.peekvids.com/watch?v=reMAW6f1ZlD,
https://www.peekvids.com/watch?v=yvbsxC5LGn3, https://www.peekvids.com/watch?v=8raqp6WKzaR, https://www.peekvids.com/watch?v=wDpvA52Di-M,
https://www.peekvids.com/watch?v=0iQwjQYdgRR, https://www.peekvids.com/watch?v=dfqfiOKKOGD, https://www.peekvids.com/watch?v=s6ObOfJTbpZ
5.f. Date of third notice: 2015-11-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: romanito
5.b. Uploader's email address: qiwillgoodeverything@yahoo.pl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=romanito
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=izSq8gYxxy3, https://www.peekvids.com/watch?v=zJRimsjSi6j,
https://www.peekvids.com/watch?v=yUCQefdpMJ3, https://www.peekvids.com/watch?v=SuymsF60rh7, https://www.peekvids.com/watch?v=RGOcD7-LaRF,
https://www.peekvids.com/watch?v=AKajzpe4MzQ, https://www.peekvids.com/watch?v=SyFZRYnxDZk, https://www.peekvids.com/watch?v=onvIb-rPL8I,
https://www.peekvids.com/watch?v=9bRMP9GXxyK, https://www.peekvids.com/watch?v=BVgFF7qN63W, https://www.peekvids.com/watch?v=Yu6M4pS_HKX,
https://www.peekvids.com/watch?v=HuQCaRH_muJ, https://www.peekvids.com/watch?v=Q1_pJnBFreR, https://www.peekvids.com/watch?v=jORjicx4WDF,
https://www.peekvids.com/watch?v=5G_ydQV5wrQ, https://www.peekvids.com/watch?v=A_Jy5ogMY2K, https://www.peekvids.com/watch?v=acdG9DtYHbl,
https://www.peekvids.com/watch?v=8pAosTnQMGS, https://www.peekvids.com/watch?v=IbvY9wqyftN, https://www.peekvids.com/watch?v=v4T2f1KKRFS,
https://www.peekvids.com/watch?v=XPp6MvYg4N6, https://www.peekvids.com/watch?v=pzAOhIY4KUJ, https://www.peekvids.com/watch?v=vJI-39bg8FS,
https://www.peekvids.com/watch?v=FJ8LwIDPlTU, https://www.peekvids.com/watch?v=wxuP28fggmU, https://www.peekvids.com/watch?v=mkLwIeyzFMs,
https://www.peekvids.com/watch?v=DW1XiWliPTg, https://www.peekvids.com/watch?v=LahwP6G3lu2, https://www.peekvids.com/watch?v=MLiyPgGcQI7,
https://www.peekvids.com/watch?v=NU9VVykADWA, https://www.peekvids.com/watch?v=F9XNtzmc1Uh, https://www.peekvids.com/watch?v=oKY1Sv-gWxg,
https://www.peekvids.com/watch?v=0rCBWKGkOgm, https://www.peekvids.com/watch?v=CvNlufqOIUF, https://www.peekvids.com/watch?v=DfoPDIFiSXc,
https://www.peekvids.com/watch?v=3H2DaFaSKMB, https://www.peekvids.com/watch?v=itCQoJZTrVp, https://www.peekvids.com/watch?v=JIl04VN_EWq,
https://www.peekvids.com/watch?v=96mF-1_8euT, https://www.peekvids.com/watch?v=UsEYwoyLOaI, https://www.peekvids.com/watch?v=GbRG39M84rd,
https://www.peekvids.com/watch?v=CaIwlm4JZht, https://www.peekvids.com/watch?v=vLl2TUfvBYj, https://www.peekvids.com/watch?v=7-wKYKJlAWd,
https://www.peekvids.com/watch?v=VUcFlIchV2I, https://www.peekvids.com/watch?v=Tzb-mhXRnvo, https://www.peekvids.com/watch?v=ZtxgJXGI8QI,
https://www.peekvids.com/watch?v=7otH4ieunr9, https://www.peekvids.com/watch?v=W7xFCH2OhzM, https://www.peekvids.com/watch?v=VEe-d0TZDCB,
https://www.peekvids.com/watch?v=Cc5GDrNeAXO, https://www.peekvids.com/watch?v=sbgrQlNig3F, https://www.peekvids.com/watch?v=6Ol2ScLDTuT,
https://www.peekvids.com/watch?v=uinzWZ14_HW, https://www.peekvids.com/watch?v=AkzylI6zX2S, https://www.peekvids.com/watch?v=i1U9FVYh-bB,
https://www.peekvids.com/watch?v=tNGOcfhmyE6, https://www.peekvids.com/watch?v=pQk96_cXmux, https://www.peekvids.com/watch?v=0ETbsK2XFu3,
https://www.peekvids.com/watch?v=2avwDCQTnJ0, https://www.peekvids.com/watch?v=kIy9_NDP7ht, https://www.peekvids.com/watch?v=ov4yHR05_le,
https://www.peekvids.com/watch?v=AeP0uiv_1sj, https://www.peekvids.com/watch?v=Laiuucrqfds, https://www.peekvids.com/watch?v=yRhgnBsY8-3,
https://www.peekvids.com/watch?v=gsuwiC3Dh_x, https://www.peekvids.com/watch?v=w-e0e3g_RaM, https://www.peekvids.com/watch?v=3GtYjytwtGQ,
https://www.peekvids.com/watch?v=B0FkbOIgbDQ, https://www.peekvids.com/watch?v=POqgBP4aXgw, https://www.peekvids.com/watch?v=cc2T962uEkF,
https://www.peekvids.com/watch?v=BpGaYtmu5pc, https://www.peekvids.com/watch?v=kpCKzbO8syx, https://www.peekvids.com/watch?v=d6pelZvPCHh
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: royboyday
5.b. Uploader's email address: winwinner1000@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=royboyday
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zxyAKCy6t0w, https://www.peekvids.com/watch?v=hqL2MDVG5gw,
https://www.peekvids.com/watch?v=u0niu3QVXQu, https://www.peekvids.com/watch?v=Ax6NMqNAAxb, https://www.peekvids.com/watch?v=IT-Ln6Sp6fG,
https://www.peekvids.com/watch?v=zxXaG2zG8P4, https://www.peekvids.com/watch?v=qi-9vCU0-cI, https://www.peekvids.com/watch?v=h6_ss7vqDY4,
https://www.peekvids.com/watch?v=sar8dnI15Wn, https://www.peekvids.com/watch?v=Exj6Lybejol, https://www.peekvids.com/watch?v=ynKhm2KGSlu,
https://www.peekvids.com/watch?v=3puvnU6v1I8, https://www.peekvids.com/watch?v=Wv78x25XcgK, https://www.peekvids.com/watch?v=XEGEmJpKlft,
https://www.peekvids.com/watch?v=ilGKGh0bWv0, https://www.peekvids.com/watch?v=D5QdoZ6iyok, https://www.peekvids.com/watch?v=Bqdx4ZRD783,
https://www.peekvids.com/watch?v=dOPUyKH7PWz, https://www.peekvids.com/watch?v=8HHLwcGdOXb, https://www.peekvids.com/watch?v=byh2TI5Eoql,
https://www.peekvids.com/watch?v=jOAdeJfqn3A, https://www.peekvids.com/watch?v=H93gh_VLVK7, https://www.peekvids.com/watch?v=5mZD5d52pVd,
https://www.peekvids.com/watch?v=HF4sMso1UDm, https://www.peekvids.com/watch?v=6u077AIlGrr, https://www.peekvids.com/watch?v=kelyRvIBTt8,
https://www.peekvids.com/watch?v=Y5NJX-6bFzx, https://www.peekvids.com/watch?v=LqmttOqwsRD, https://www.peekvids.com/watch?v=dJIcBbvOcRR,
https://www.peekvids.com/watch?v=lKw4bG4J6Qb, https://www.peekvids.com/watch?v=yvR0ZScf94U, https://www.peekvids.com/watch?v=pOKzdTT84JI,
https://www.peekvids.com/watch?v=vnSSS6zfdUE, https://www.peekvids.com/watch?v=kn_5kCQDD92, https://www.peekvids.com/watch?v=byBrIoBSpq2,
https://www.peekvids.com/watch?v=FGxDT_w-MjM, https://www.peekvids.com/watch?v=leLwv2CcNUm, https://www.peekvids.com/watch?v=ronq3G32_T3,
https://www.peekvids.com/watch?v=eoAQnWBFmuk, https://www.peekvids.com/watch?v=BcJa2gnV10D, https://www.peekvids.com/watch?v=Bhg2rYKxRGf,
https://www.peekvids.com/watch?v=GBEdi4u5kQM, https://www.peekvids.com/watch?v=TMb7TYLibEG, https://www.peekvids.com/watch?v=3NSmYBuZqD7,
https://www.peekvids.com/watch?v=aTma27cCWeq, https://www.peekvids.com/watch?v=CXbvSKXJRA2, https://www.peekvids.com/watch?v=e4d9iI7hrT4,
https://www.peekvids.com/watch?v=vxtwXfRfg2I, https://www.peekvids.com/watch?v=D6PI9QqLuBr, https://www.peekvids.com/watch?v=InPBd_2pPoA,
https://www.peekvids.com/watch?v=JFv-tjIt0Xc, https://www.peekvids.com/watch?v=CojQBkhFips, https://www.peekvids.com/watch?v=F1HAdYcLE2c,
https://www.peekvids.com/watch?v=0qw1qmqNDVK, https://www.peekvids.com/watch?v=cY2TxW6qGqs, https://www.peekvids.com/watch?v=ieVIJCBa_-V,
https://www.peekvids.com/watch?v=7YMsV6-ltos, https://www.peekvids.com/watch?v=QdsLM-YfBEt, https://www.peekvids.com/watch?v=XgxKVOH4i4k,
https://www.peekvids.com/watch?v=sy_jMc_Euos, https://www.peekvids.com/watch?v=ZfiHZ1HSpBy, https://www.peekvids.com/watch?v=KxEYAOPQ_vI,
https://www.peekvids.com/watch?v=wPoQ-NOOBPB, https://www.peekvids.com/watch?v=o_ZzdeQWslo, https://www.peekvids.com/watch?v=9QxXizOnpr7,
https://www.peekvids.com/watch?v=Dy_Os7tdgPy, https://www.peekvids.com/watch?v=0e0W4Ks5xmn, https://www.peekvids.com/watch?v=PRor2DymHJQ,
https://www.peekvids.com/watch?v=Txympxj-_WN, https://www.peekvids.com/watch?v=5bMGqRuSQUT, https://www.peekvids.com/watch?v=e8Cx1_HOVU8
5.f. Date of third notice: 2015-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rubin5
5.b. Uploader's email address: redheaddoog@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=rubin5
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Ep8m_wNSrmk, https://www.peekvids.com/watch?v=Dh8aN4WHouW,
https://www.peekvids.com/watch?v=vIEJK9p1IfS, https://www.peekvids.com/watch?v=c9pqwmXWJu9, https://www.peekvids.com/watch?v=AOOSnDkQTIY,
https://www.peekvids.com/watch?v=Tveo71Z4fTu, https://www.peekvids.com/watch?v=0pc3FcJMw83, https://www.peekvids.com/watch?v=iu9j3dHPKPL,
https://www.peekvids.com/watch?v=ASjDvxJSptM, https://www.peekvids.com/watch?v=vS9cFPJEXBA, https://www.peekvids.com/watch?v=eHZwJPM-5gd,
https://www.peekvids.com/watch?v=kgMFHlSnfHg, https://www.peekvids.com/watch?v=6iIKl5aZVF0, https://www.peekvids.com/watch?v=3eUFMvoRm8d,
https://www.peekvids.com/watch?v=lpwcNHixnPB, https://www.peekvids.com/watch?v=tWbtkIBx6KP, https://www.peekvids.com/watch?v=rq_xJ8aW2Om,
https://www.peekvids.com/watch?v=Y-4TMpKs58K, https://www.peekvids.com/watch?v=wgGfhDGZIAV, https://www.peekvids.com/watch?v=8m28bbPkyfz,
https://www.peekvids.com/watch?v=BQx7CuQOJ1D, https://www.peekvids.com/watch?v=AhRSKvGhNil, https://www.peekvids.com/watch?v=jDElarjoBzX,
https://www.peekvids.com/watch?v=OBRayyQLany, https://www.peekvids.com/watch?v=k5xxJ_M8bw7, https://www.peekvids.com/watch?v=L2_ySNHGd0W,
https://www.peekvids.com/watch?v=KWnFN0NF47G, https://www.peekvids.com/watch?v=pcA-p6xhdmq, https://www.peekvids.com/watch?v=3seP3aqfyip,
https://www.peekvids.com/watch?v=e5s0I71Uo4o, https://www.peekvids.com/watch?v=I7jiVo5m-R4, https://www.peekvids.com/watch?v=pX28oqlVyKj,
https://www.peekvids.com/watch?v=9Q657nhRw5I, https://www.peekvids.com/watch?v=O2EsX2q_DPJ, https://www.peekvids.com/watch?v=4X0kzgLo93p,
https://www.peekvids.com/watch?v=M5thhiJN_kD, https://www.peekvids.com/watch?v=5ndjj7DylhY, https://www.peekvids.com/watch?v=oxCh65mEOLi,
https://www.peekvids.com/watch?v=WD5YRcmK-JO, https://www.peekvids.com/watch?v=gRXyS36PJfe, https://www.peekvids.com/watch?v=f8onb0wlK27,
https://www.peekvids.com/watch?v=APwZH1xAK66, https://www.peekvids.com/watch?v=9IX8x_TeIub, https://www.peekvids.com/watch?v=PtO17kbr6qw,
https://www.peekvids.com/watch?v=bAADGfxeG0D, https://www.peekvids.com/watch?v=m-b-EKgO1eN, https://www.peekvids.com/watch?v=Rx9uxqvHJ2t,
https://www.peekvids.com/watch?v=qFv8_6g6Cmx, https://www.peekvids.com/watch?v=GtAPzyLtfSN, https://www.peekvids.com/watch?v=2ms_8uvXum0,
https://www.peekvids.com/watch?v=DCv0o8b_0bV, https://www.peekvids.com/watch?v=OXJItxLC4wq, https://www.peekvids.com/watch?v=qra08Xw3n8w,
https://www.peekvids.com/watch?v=Lu7jySTRJ4V, https://www.peekvids.com/watch?v=pBUJVAofN1t, https://www.peekvids.com/watch?v=tl3hKj9lo3i,
https://www.peekvids.com/watch?v=82nS5gQMCBw, https://www.peekvids.com/watch?v=NMfZi9SRqL4, https://www.peekvids.com/watch?v=c73_Rwwbovh,
https://www.peekvids.com/watch?v=Ed3il_5iyri, https://www.peekvids.com/watch?v=36rmWuUHEBx, https://www.peekvids.com/watch?v=aPSvs6QIS40,
https://www.peekvids.com/watch?v=bzR3YoirMiF, https://www.peekvids.com/watch?v=oJdBemr6qRU, https://www.peekvids.com/watch?v=HWRbGzy9s8a,
https://www.peekvids.com/watch?v=l7rD-ef_LGY, https://www.peekvids.com/watch?v=T2QeVR5SfZ3, https://www.peekvids.com/watch?v=QyLO00EHtQ6,
https://www.peekvids.com/watch?v=a7QC5UE8mO2, https://www.peekvids.com/watch?v=6UckeN-fZL8, https://www.peekvids.com/watch?v=NPVDoHXpiq7,
https://www.peekvids.com/watch?v=VmYxVsGURAb, https://www.peekvids.com/watch?v=PNALSTRRaeg
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: salsagl
5.b. Uploader's email address: manymaninbogo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=salsagl
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ghNoQxCXQxh, https://www.peekvids.com/watch?v=ANl4ziA8Lny,
https://www.peekvids.com/watch?v=FekQc6T8oug, https://www.peekvids.com/watch?v=uakzT23MKjn, https://www.peekvids.com/watch?v=pjLW7H-ohHa,
https://www.peekvids.com/watch?v=7VnVDtR4ZI5, https://www.peekvids.com/watch?v=2abj8VvGP2U, https://www.peekvids.com/watch?v=jyIZ8ZGrdVP,
https://www.peekvids.com/watch?v=QbuGZJG82Vh, https://www.peekvids.com/watch?v=JV7COoVFi8U, https://www.peekvids.com/watch?v=eiAJYw3UhwY,
https://www.peekvids.com/watch?v=qndI-R76PML, https://www.peekvids.com/watch?v=drWeESDvTwR, https://www.peekvids.com/watch?v=ue0IAOa8m6X,
https://www.peekvids.com/watch?v=cnkcIY2rYW9, https://www.peekvids.com/watch?v=AiBKzaPOv9f, https://www.peekvids.com/watch?v=vthRvIhGWEv,
https://www.peekvids.com/watch?v=UJZpeV6YxBj, https://www.peekvids.com/watch?v=JcQbHzv4yEx, https://www.peekvids.com/watch?v=o3IbiLE4QiO,
https://www.peekvids.com/watch?v=mz4tjqnia_0, https://www.peekvids.com/watch?v=OqTfjqQUb-z, https://www.peekvids.com/watch?v=Xn25mPIMBfN,
https://www.peekvids.com/watch?v=Qkf6Gpqgpbd, https://www.peekvids.com/watch?v=7YIEDVIZg32, https://www.peekvids.com/watch?v=uCX5ZL4XOP9,
https://www.peekvids.com/watch?v=RGSL3q87oN4, https://www.peekvids.com/watch?v=qsViO7fd959, https://www.peekvids.com/watch?v=PRhwDyxunmN,
https://www.peekvids.com/watch?v=y9-7nngJ0Kr, https://www.peekvids.com/watch?v=sjHgz99PrRE, https://www.peekvids.com/watch?v=ge6E2EkRdcW,
https://www.peekvids.com/watch?v=tFd5W_NdkJc, https://www.peekvids.com/watch?v=5MAnBA_pFvG, https://www.peekvids.com/watch?v=RpiBW4g5UgV,
https://www.peekvids.com/watch?v=FGR8Hc9RkWd, https://www.peekvids.com/watch?v=d0hU-2OA7lM, https://www.peekvids.com/watch?v=ThaD8_dNRUk,
https://www.peekvids.com/watch?v=DviWSSykwma, https://www.peekvids.com/watch?v=zWAqv2USIhk, https://www.peekvids.com/watch?v=nHqvEzG4J2A,
https://www.peekvids.com/watch?v=IKnKtnI_Y1s, https://www.peekvids.com/watch?v=4GCpoFbtUF0, https://www.peekvids.com/watch?v=oSFKkwgHFcN,
https://www.peekvids.com/watch?v=CIx_w85jP3R, https://www.peekvids.com/watch?v=paEdxUCj2V9, https://www.peekvids.com/watch?v=lfHQnmr_txK,
https://www.peekvids.com/watch?v=bAUm1ofTXWC, https://www.peekvids.com/watch?v=KjBWpclxmD8, https://www.peekvids.com/watch?v=IpyQyVNUDdU,
https://www.peekvids.com/watch?v=PVxgxIfBOyr, https://www.peekvids.com/watch?v=E439F9EMkAX, https://www.peekvids.com/watch?v=YtsGGpgpA9Z,
https://www.peekvids.com/watch?v=K9TWhX0dbNG, https://www.peekvids.com/watch?v=ampFmuUYp6A, https://www.peekvids.com/watch?v=t1IW6A3l3dW,
https://www.peekvids.com/watch?v=8jBvk_4LYQP, https://www.peekvids.com/watch?v=HW3TwZKSIbW, https://www.peekvids.com/watch?v=F-RDqGS1r3N,
https://www.peekvids.com/watch?v=iY5rMxIOv1n, https://www.peekvids.com/watch?v=yVW5pEGiW3o, https://www.peekvids.com/watch?v=IvRTaAo0ixy,
https://www.peekvids.com/watch?v=uToQmxrHrCO, https://www.peekvids.com/watch?v=j37XXoHkaah, https://www.peekvids.com/watch?v=cGcMWxq_SJw,
https://www.peekvids.com/watch?v=ESEPgJCbQ70, https://www.peekvids.com/watch?v=SPflPuhCh5p, https://www.peekvids.com/watch?v=nsHzQMGF4Y0,
https://www.peekvids.com/watch?v=Dj8OWcobJw3, https://www.peekvids.com/watch?v=FaNKlF5nQY6, https://www.peekvids.com/watch?v=MvuwGDlQhH5,
https://www.peekvids.com/watch?v=skpSMQBbLZs, https://www.peekvids.com/watch?v=ynwIivVQDHm, https://www.peekvids.com/watch?v=OLpdXTNZA5A,
https://www.peekvids.com/watch?v=HaJEKKT5P2J, https://www.peekvids.com/watch?v=n1tkeQnpYdK, https://www.peekvids.com/watch?v=sJACX9bsDCi,
https://www.peekvids.com/watch?v=2dhKi1OGqsM, https://www.peekvids.com/watch?v=OPzDOcr0359, https://www.peekvids.com/watch?v=tZH3OatOPjl,
https://www.peekvids.com/watch?v=K6N7cEO4oQd, https://www.peekvids.com/watch?v=xYxYFYOQnpf, https://www.peekvids.com/watch?v=UgfesVWYEv0,
https://www.peekvids.com/watch?v=YAQB1VhOsli, https://www.peekvids.com/watch?v=GWePqYYUU-n, https://www.peekvids.com/watch?v=ppQkMlbNJXV,
https://www.peekvids.com/watch?v=Mv5zLGY4FVz, https://www.peekvids.com/watch?v=x1oJK8umWB7, https://www.peekvids.com/watch?v=9uipW1XF0yP,
https://www.peekvids.com/watch?v=gg7DWZqjFKa, https://www.peekvids.com/watch?v=uOqxsBuq70I, https://www.peekvids.com/watch?v=cVxIVVGDJlN,
https://www.peekvids.com/watch?v=2vbYsHHg3RF, https://www.peekvids.com/watch?v=cs-ZecEz2o2, https://www.peekvids.com/watch?v=HNLngx53uqr,

https://www.peekvids.com/watch?v=hAONWR0drWL, https://www.peekvids.com/watch?v=nT8EoxaImAA, https://www.peekvids.com/watch?v=dnK0CWk2RkT, https://www.peekvids.com/watch?v=9hPRfSTVWkb, https://www.peekvids.com/watch?v=6VjiKAy2mUd, https://www.peekvids.com/watch?v=cPzu6BAQEz0, https://www.peekvids.com/watch?v=Uqzj55cn3xq, https://www.peekvids.com/watch?v=fIJ7bici8DY, https://www.peekvids.com/watch?v=ftk1t0uvhee, https://www.peekvids.com/watch?v=m31w8rNrvCp, https://www.peekvids.com/watch?v=yOz1YDOYubD, https://www.peekvids.com/watch?v=j9yugSpRE-r, https://www.peekvids.com/watch?v=yvuBOKyvLYo, https://www.peekvids.com/watch?v=tPeEgHvt-9Y, https://www.peekvids.com/watch?v=Q61-csapN-N, https://www.peekvids.com/watch?v=SNG4IZQcKgd, https://www.peekvids.com/watch?v=lLju0q2GJOQ, https://www.peekvids.com/watch?v=9THY31OPxdv, https://www.peekvids.com/watch?v=ek_vr4c5Ezi, https://www.peekvids.com/watch?v=wyLGm5ZPHIo, https://www.peekvids.com/watch?v=v5i1gM4nH32, https://www.peekvids.com/watch?v=3mia2kjnknX, https://www.peekvids.com/watch?v=Zls2Y0K1O2X, https://www.peekvids.com/watch?v=ITYS3ql0U3s, https://www.peekvids.com/watch?v=P5wgbwvUeIo, https://www.peekvids.com/watch?v=PU66KJOewar, https://www.peekvids.com/watch?v=K3zYt5XVcw6, https://www.peekvids.com/watch?v=5u5SfvUiLXx, https://www.peekvids.com/watch?v=PSFRhRkU1lh, https://www.peekvids.com/watch?v=q_ZFX49x6Pj, https://www.peekvids.com/watch?v=OvXPSccT-Rt, https://www.peekvids.com/watch?v=23sLgV-LpI0, https://www.peekvids.com/watch?v=bygZ8iAPwe6, https://www.peekvids.com/watch?v=MwHCOnnp-Vp, https://www.peekvids.com/watch?v=XrF9nrSoE8s, https://www.peekvids.com/watch?v=VT4wu7yehc7, https://www.peekvids.com/watch?v=NorcGYe_aXP, https://www.peekvids.com/watch?v=C0xDVNbeK4V, https://www.peekvids.com/watch?v=ZP7mVGKUi7T, https://www.peekvids.com/watch?v=NlxXn7Ag7uf, https://www.peekvids.com/watch?v=5R4ZGNgMUwK, https://www.peekvids.com/watch?v=fnTupLPs3Qd, https://www.peekvids.com/watch?v=842U8ZTVpDp, https://www.peekvids.com/watch?v=0g2Flvy5vcl, https://www.peekvids.com/watch?v=QKB5pN1Q-yN, https://www.peekvids.com/watch?v=Q1-QdvW9DIP, https://www.peekvids.com/watch?v=rquykIbpOyb, https://www.peekvids.com/watch?v=lauSivmExzm, https://www.peekvids.com/watch?v=sB5xF_mp3aN, https://www.peekvids.com/watch?v=gtYhyBDby5L, https://www.peekvids.com/watch?v=BY-Lart-NRb, https://www.peekvids.com/watch?v=MbnPpX6Pd5E, https://www.peekvids.com/watch?v=UUQCtJu8F60, https://www.peekvids.com/watch?v=ZUmZdEklzbL, https://www.peekvids.com/watch?v=N-s9hlwJtA0, https://www.peekvids.com/watch?v=vVv3bj3NZxX, https://www.peekvids.com/watch?v=pj-AEWdn_Yl, https://www.peekvids.com/watch?v=iOp-hjIZDjm, https://www.peekvids.com/watch?v=MMfkAJuNawE, https://www.peekvids.com/watch?v=HXVemO8Nu7u, https://www.peekvids.com/watch?v=F9-OzLpvx6W, https://www.peekvids.com/watch?v=JlSo4aCZ_lD, https://www.peekvids.com/watch?v=YmtxZb55opC, https://www.peekvids.com/watch?v=9TGjsMhuK7M, https://www.peekvids.com/watch?v=Vh57gPJxAS2, https://www.peekvids.com/watch?v=Sgq3YNSi3WU, https://www.peekvids.com/watch?v=NkBkiChTFyT, https://www.peekvids.com/watch?v=c3ZwJyGYvwf, https://www.peekvids.com/watch?v=sNLdcetcS6w, https://www.peekvids.com/watch?v=VvdJx1ktuio, https://www.peekvids.com/watch?v=tqJxOlVXd0w, https://www.peekvids.com/watch?v=J7uz5jABVnC, https://www.peekvids.com/watch?v=ia-6rD-iqj4, https://www.peekvids.com/watch?v=C1hj-2tVRq3, https://www.peekvids.com/watch?v=gy1a5OP1fml, https://www.peekvids.com/watch?v=yRSWCvQhYOu, https://www.peekvids.com/watch?v=9rlxwh23xxX, https://www.peekvids.com/watch?v=3S4eIxD_vyZ, https://www.peekvids.com/watch?v=HDl8zvshqQo, https://www.peekvids.com/watch?v=SzyYYlSwAHI, https://www.peekvids.com/watch?v=s0uP-OTLQsi, https://www.peekvids.com/watch?v=0bqX9Hhcj5G, https://www.peekvids.com/watch?v=7nblgH1RmAo, https://www.peekvids.com/watch?v=L_8rcGG06Ah, https://www.peekvids.com/watch?v=KJeqFMt-q_N, https://www.peekvids.com/watch?v=FS2lW9TynYa, https://www.peekvids.com/watch?v=BgN18j3S_Jz, https://www.peekvids.com/watch?v=EoKAiimX7fn, https://www.peekvids.com/watch?v=GJgVBzcz-B2, https://www.peekvids.com/watch?v=VMorebdNhp9, https://www.peekvids.com/watch?v=5j6e0yocfkx, https://www.peekvids.com/watch?v=tDZpZmHg_az, https://www.peekvids.com/watch?v=DmLzkNW-e6t, https://www.peekvids.com/watch?v=xDjCMlKtFih, https://www.peekvids.com/watch?v=GdHPDIc2Swa, https://www.peekvids.com/watch?v=MRUHa-Blwcw, https://www.peekvids.com/watch?v=Wjlb7DR5igC, https://www.peekvids.com/watch?v=eMRPGh1tzdT
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: samalu
5.b. Uploader's email address: dooggood@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=samalu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JZUM7LMuJFj, https://www.peekvids.com/watch?v=ro4XTRh3ueI, https://www.peekvids.com/watch?v=ohp4ka9HWbB, https://www.peekvids.com/watch?v=zXHaRGsEs7J, https://www.peekvids.com/watch?v=9TC_DQkWFWj, https://www.peekvids.com/watch?v=YRag-louwUC, https://www.peekvids.com/watch?v=JwC8qWL0W0P, https://www.peekvids.com/watch?v=u0_mVas2Y4P, https://www.peekvids.com/watch?v=9m2Bvc463fc, https://www.peekvids.com/watch?v=iQCWzuzIG_Z, https://www.peekvids.com/watch?v=MJ8cWeRaLIj, https://www.peekvids.com/watch?v=Nhw6g_9jBzF, https://www.peekvids.com/watch?v=X3pTA_NcKgT, https://www.peekvids.com/watch?v=wQBg0zEr32H, https://www.peekvids.com/watch?v=LS8l6OhiQAl, https://www.peekvids.com/watch?v=4DLwQwiJGTm, https://www.peekvids.com/watch?v=7Hq9moxlXTa, https://www.peekvids.com/watch?v=UIBln2Q9mrn, https://www.peekvids.com/watch?v=zfdrXwwCtqL, https://www.peekvids.com/watch?v=IXWNPIdaod3, https://www.peekvids.com/watch?v=EAxSPdNEPjg, https://www.peekvids.com/watch?v=Wh4lOExtSVk, https://www.peekvids.com/watch?v=CO21YeRn887, https://www.peekvids.com/watch?v=lP53pmdHeod, https://www.peekvids.com/watch?v=9Sn5b5FeVq0, https://www.peekvids.com/watch?v=A5-v8OO7n5S, https://www.peekvids.com/watch?v=e6BL1RLoq4E, https://www.peekvids.com/watch?v=a0kzluXc5HQ, https://www.peekvids.com/watch?v=7HouSTYl1tH, https://www.peekvids.com/watch?v=wT7QK47XKlq, https://www.peekvids.com/watch?v=cCxUtRRs-cX, https://www.peekvids.com/watch?v=6XWhKScySbr, https://www.peekvids.com/watch?v=YLRSgH9D-iA, https://www.peekvids.com/watch?v=opZfIRQclKH, https://www.peekvids.com/watch?v=aVqJqHLA8Un, https://www.peekvids.com/watch?v=jXrqrwptETx, https://www.peekvids.com/watch?v=AES4puVg4Hb, https://www.peekvids.com/watch?v=GvEW83jZaCw, https://www.peekvids.com/watch?v=LcIUoVYi6lz, https://www.peekvids.com/watch?v=hnH4T9CeZ6l, https://www.peekvids.com/watch?v=0EFOSlVWGmv, https://www.peekvids.com/watch?v=s7K7ld6Dnbj, https://www.peekvids.com/watch?v=bjQMu--4ow9, https://www.peekvids.com/watch?v=uUI0Zfy-dDO, https://www.peekvids.com/watch?v=VpGm-av7hRF, https://www.peekvids.com/watch?v=YZcngKPrlUl, https://www.peekvids.com/watch?v=S8mpmzGrllh, https://www.peekvids.com/watch?v=N8nX-uYrlJm, https://www.peekvids.com/watch?v=EPlIH6TVG-P, https://www.peekvids.com/watch?v=fuJBTMJLBNa, https://www.peekvids.com/watch?v=7pKqIQSOYhe, https://www.peekvids.com/watch?v=zKqO-a0QxIu, https://www.peekvids.com/watch?v=CrVeJn_HzGu, https://www.peekvids.com/watch?v=ouBI_zXzz5m, https://www.peekvids.com/watch?v=4sIazFD_ZOm, https://www.peekvids.com/watch?v=POnZOs0HUDF, https://www.peekvids.com/watch?v=KK7LmzyZ81y, https://www.peekvids.com/watch?v=3Fj21UO2eEQ, https://www.peekvids.com/watch?v=XBWqKpkCw0H, https://www.peekvids.com/watch?v=w-oL3zeyJZU, https://www.peekvids.com/watch?v=YHScg01Vr0s, https://www.peekvids.com/watch?v=Sn9qKDxcx0x, https://www.peekvids.com/watch?v=Wi5_1Os9Wf6, https://www.peekvids.com/watch?v=OTxnF-VlSvK, https://www.peekvids.com/watch?v=IZof8qfP9ln, https://www.peekvids.com/watch?v=FzHSZqcdvXl, https://www.peekvids.com/watch?v=afdqakt0H5j, https://www.peekvids.com/watch?v=LAwou7-ALIg, https://www.peekvids.com/watch?v=QAVPJ1MxqXu, https://www.peekvids.com/watch?v=vhLO-FrKZPW, https://www.peekvids.com/watch?v=yXStxMWvuog, https://www.peekvids.com/watch?v=YrdDWQ8_YK8, https://www.peekvids.com/watch?v=kueFJZ71-pN, https://www.peekvids.com/watch?v=O-XLc99Jl9w, https://www.peekvids.com/watch?v=hEzBn8jMkTp, https://www.peekvids.com/watch?v=A_qYqrPD6nO, https://www.peekvids.com/watch?v=DyxKmdPHHlW, https://www.peekvids.com/watch?v=hVBQpkgbLWB, https://www.peekvids.com/watch?v=scgGZL4Hnqh, https://www.peekvids.com/watch?v=ETN3ab0yMDx, https://www.peekvids.com/watch?v=HoQB2O-25_i, https://www.peekvids.com/watch?v=FBlf1l3l3XG, https://www.peekvids.com/watch?v=fTkQLiibq80, https://www.peekvids.com/watch?v=bBkBVZr280E, https://www.peekvids.com/watch?v=aBnf6qlCslo, https://www.peekvids.com/watch?v=zEQOCLt2EpD, https://www.peekvids.com/watch?v=lAS99NR0ZzJ, https://www.peekvids.com/watch?v=FPyqptT3oCO, https://www.peekvids.com/watch?v=IdSYAHEqhtV, https://www.peekvids.com/watch?v=UkFYYgDJN3A, https://www.peekvids.com/watch?v=z8UBIfi0rdI, https://www.peekvids.com/watch?v=AhXk--rMDVD, https://www.peekvids.com/watch?v=SW7c90vlxnY
5.f. Date of third notice: 2015-08-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: samiel
5.b. Uploader's email address: edicionfotograficaserie96@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=samiel
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Y2J3lvVT_uM, https://www.peekvids.com/watch?v=Vp65kGGGgeU, https://www.peekvids.com/watch?v=C673OykrYpN, https://www.peekvids.com/watch?v=HilACAlACDU, https://www.peekvids.com/watch?v=VcxRnFNxY1n, https://www.peekvids.com/watch?v=HXZlhnL9Mwl, https://www.peekvids.com/watch?v=G7SZ_x8tkz2, https://www.peekvids.com/watch?v=W4Tria09ino, https://www.peekvids.com/watch?v=GMpgLthF6CX, https://www.peekvids.com/watch?v=9s-LFzFqF3J, https://www.peekvids.com/watch?v=6ytYQsqxnth, https://www.peekvids.com/watch?v=ctSbqeWSQrF, https://www.peekvids.com/watch?v=OKMKQjlpLWt, https://www.peekvids.com/watch?v=tNrTTToUAT0, https://www.peekvids.com/watch?v=TBkM2CGbfys, https://www.peekvids.com/watch?v=OVfirQpqtYJ, https://www.peekvids.com/watch?v=pV6-FeNikr0, https://www.peekvids.com/watch?v=AUm1U1qooGm, https://www.peekvids.com/watch?v=hBD6cZhGbas, https://www.peekvids.com/watch?v=Dqei4dupYdC, https://www.peekvids.com/watch?v=kQC2OuBGDTp, https://www.peekvids.com/watch?v=S5LFPKrvy6G, https://www.peekvids.com/watch?v=WW0QZ2Chiqx, https://www.peekvids.com/watch?v=7OCfpGSD82m, https://www.peekvids.com/watch?v=lMYRl0D3U3S, https://www.peekvids.com/watch?v=lRfcvO7kZyh, https://www.peekvids.com/watch?v=4oG3Q90Kqfs, https://www.peekvids.com/watch?v=3F_rHHnI7Op, https://www.peekvids.com/watch?v=BX1Qh3uMe5W, https://www.peekvids.com/watch?v=8tY78YQDSMd, https://www.peekvids.com/watch?v=Rja6t8NB-L9, https://www.peekvids.com/watch?v=dTQMbfwWFEf, https://www.peekvids.com/watch?v=q0Cr54aV0Ct, https://www.peekvids.com/watch?v=OmvvyWLQYe3, https://www.peekvids.com/watch?v=lyM1QrXJcNZ, https://www.peekvids.com/watch?v=dznNzOGMQTP, https://www.peekvids.com/watch?v=oJoFmy56MPg, https://www.peekvids.com/watch?v=H0Z-oRwaF9w, https://www.peekvids.com/watch?v=xPIIb0rIlnR, https://www.peekvids.com/watch?v=jmLRynqTYKj, https://www.peekvids.com/watch?v=nojArecQFjl, https://www.peekvids.com/watch?v=81yb1PN2hvA, https://www.peekvids.com/watch?v=FuiXO1riHE7, https://www.peekvids.com/watch?v=bVkkGVSAwZJ, https://www.peekvids.com/watch?v=0tdNiCvrK-Q, https://www.peekvids.com/watch?v=PARBQ4uc_0N, https://www.peekvids.com/watch?v=V7XZiKayl9Z, https://www.peekvids.com/watch?v=S5-PEm4EhES, https://www.peekvids.com/watch?v=w0XAFdgBY2F, https://www.peekvids.com/watch?v=lKyhAz1v0x7, https://www.peekvids.com/watch?v=8AtGydfaHGA, https://www.peekvids.com/watch?v=3RCleR82FyI, https://www.peekvids.com/watch?v=FTZlN642HpC, https://www.peekvids.com/watch?v=SuAEQsABo_g, https://www.peekvids.com/watch?v=p7ELDdO3eU9, https://www.peekvids.com/watch?v=8Jd8XPc2EIq, https://www.peekvids.com/watch?v=H0bCRem1qGa, https://www.peekvids.com/watch?v=Xx1tNPnpNFh, https://www.peekvids.com/watch?v=As1pa2BsuhN, https://www.peekvids.com/watch?v=A9JANcC3Dym, https://www.peekvids.com/watch?v=8GMKAjnYgwV, https://www.peekvids.com/watch?v=2q0XKyV8xU6, https://www.peekvids.com/watch?v=5mMGbywmqkg, https://www.peekvids.com/watch?v=0fcnu_JfbRJ, https://www.peekvids.com/watch?v=xLj6kJF5NrL, https://www.peekvids.com/watch?v=S7Ys5ltBEuE, https://www.peekvids.com/watch?v=SrFvkP-ufKA, https://www.peekvids.com/watch?v=5o6eI9I4ZdG, https://www.peekvids.com/watch?v=MBYWglZ-4pJ, https://www.peekvids.com/watch?v=MI5gN0ah2mQ, https://www.peekvids.com/watch?v=Kv4OjY7yYmJ, https://www.peekvids.com/watch?v=cL3a2BnnjE6, https://www.peekvids.com/watch?v=8DzEHlXuG3b, https://www.peekvids.com/watch?v=mWnkdSlDlIx, https://www.peekvids.com/watch?v=0U8nGnkw8xC, https://www.peekvids.com/watch?v=IdFUbYsCdfE, https://www.peekvids.com/watch?v=HG82J0kCx8i, https://www.peekvids.com/watch?v=s6XFdLRFQco, https://www.peekvids.com/watch?v=4pWoMZBK7gk, https://www.peekvids.com/watch?v=KEy2NKGzjgC, https://www.peekvids.com/watch?v=WMbgYfSiOxz, https://www.peekvids.com/watch?v=dbMieojShBU, https://www.peekvids.com/watch?v=rsUBrY6ENEm, https://www.peekvids.com/watch?v=ptUNPMi7v8D, https://www.peekvids.com/watch?v=QoE2Or4EJRD, https://www.peekvids.com/watch?v=VuThVaWYx-a, https://www.peekvids.com/watch?v=Plk1kXebm1C, https://www.peekvids.com/watch?v=09CTlgmgef2, https://www.peekvids.com/watch?v=xFibpYmcrRw, https://www.peekvids.com/watch?v=nyvW9bAtsE7, https://www.peekvids.com/watch?v=c5qGFXBBsTV, https://www.peekvids.com/watch?v=tpMrcxXNSFn, https://www.peekvids.com/watch?v=meYMFGNmYZz, https://www.peekvids.com/watch?v=8__9hYb86Uj, https://www.peekvids.com/watch?v=64bDLo3SlG9, https://www.peekvids.com/watch?v=J4nZaLapujF, https://www.peekvids.com/watch?v=SmZYaOusf8k, https://www.peekvids.com/watch?v=idwPOp8dlNr, https://www.peekvids.com/watch?v=Jy6fityWtvI, https://www.peekvids.com/watch?v=oO_BOhi-fFg, https://www.peekvids.com/watch?v=pkgoDUsDpLa, https://www.peekvids.com/watch?v=fObUxjmwz5P, https://www.peekvids.com/watch?v=wK0UzQUJdNR, https://www.peekvids.com/watch?v=qncawaxn_gF, https://www.peekvids.com/watch?v=m4V_IjZ-dwr, https://www.peekvids.com/watch?v=e72n3RI9Fak, https://www.peekvids.com/watch?v=JzclYtwvaMG, https://www.peekvids.com/watch?v=JguJMxI0yqR, https://www.peekvids.com/watch?v=fT2aN-EFJWB, https://www.peekvids.com/watch?v=Zt5n-x5__2O, https://www.peekvids.com/watch?v=il_Kv94Xx28, https://www.peekvids.com/watch?v=V8BzmiohjQ3, https://www.peekvids.com/watch?v=INVKNhQTFyd, https://www.peekvids.com/watch?v=D1t6lmuqT9M, https://www.peekvids.com/watch?v=06_7UTDhRuW, https://www.peekvids.com/watch?v=P1mUmiObpjc, https://www.peekvids.com/watch?v=Fhy3ejzVcY5, https://www.peekvids.com/watch?v=5S50uHWqqvS, https://www.peekvids.com/watch?v=ZmDYIivbE-f, https://www.peekvids.com/watch?v=4h2Nek9UVJE, https://www.peekvids.com/watch?v=no8kPLOQxF9, https://www.peekvids.com/watch?v=uVqqGTJqish, https://www.peekvids.com/watch?v=eg03SCxLWoO, https://www.peekvids.com/watch?v=TGM6WywXWcp, https://www.peekvids.com/watch?v=zFDsCc5iQ2H, https://www.peekvids.com/watch?v=tlPZ1m1FMMy, https://www.peekvids.com/watch?v=vJSHXUxIhrN, https://www.peekvids.com/watch?v=KFNGwgtBzQa, https://www.peekvids.com/watch?v=IISE2XlgjsM, https://www.peekvids.com/watch?v=XAlFzgkYHb6, https://www.peekvids.com/watch?v=GFMItLRCHm0, https://www.peekvids.com/watch?v=k9FhhD10BZ4, https://www.peekvids.com/watch?v=Dv2Lw7EbSMr, https://www.peekvids.com/watch?v=KHoWtDGzHTK, https://www.peekvids.com/watch?v=rG8-bF32Ku5, https://www.peekvids.com/watch?v=uWeGl9iCrJl, https://www.peekvids.com/watch?v=0pNz-bmsS9Q, https://www.peekvids.com/watch?v=oc1IESFq76r, https://www.peekvids.com/watch?v=V6vrfIOBX-I, https://www.peekvids.com/watch?v=JZRYr3IboQi, https://www.peekvids.com/watch?v=sdigbdiyaXF, https://www.peekvids.com/watch?v=UuiQ0gYiguo, https://www.peekvids.com/watch?v=mLEIDQsm-iK, https://www.peekvids.com/watch?v=cU7yddolBV0, https://www.peekvids.com/watch?v=sT4QKs2r9Ft, https://www.peekvids.com/watch?v=KafWzdU6QY5, https://www.peekvids.com/watch?v=pZvtUB4Aiwg, https://www.peekvids.com/watch?v=wGf6VAk40wi, https://www.peekvids.com/watch?v=X4E35qEz9Kd, https://www.peekvids.com/watch?v=kgB7KSNneQZ, https://www.peekvids.com/watch?v=AWOBQ7M3YJ9, https://www.peekvids.com/watch?v=7OTjoKH09nr, https://www.peekvids.com/watch?v=aPXBnGQuCps, https://www.peekvids.com/watch?v=bwtvupculoT, https://www.peekvids.com/watch?v=a3rr5fKfQbp, https://www.peekvids.com/watch?v=LavoX8_ebqa, https://www.peekvids.com/watch?v=aDwNPHCwREr, https://www.peekvids.com/watch?v=OWWRZXyB5Se, https://www.peekvids.com/watch?v=LYuiDLbI7oE, https://www.peekvids.com/watch?v=omYqa_q5Mbj, https://www.peekvids.com/watch?v=FeQU0eQS5xH, https://www.peekvids.com/watch?v=55ZJDaUKHiI, https://www.peekvids.com/watch?v=Uac0-6EprXD, https://www.peekvids.com/watch?v=uwSUOsIhj-z, https://www.peekvids.com/watch?v=HXThx2H_0ic, https://www.peekvids.com/watch?v=ipy3ndnVeJc, https://www.peekvids.com/watch?v=fnFFOTfUrb0, https://www.peekvids.com/watch?v=xvKXcbi-SBW, https://www.peekvids.com/watch?v=NtF_EBpHIaJ, https://www.peekvids.com/watch?v=6YszsQ7AGYy, https://www.peekvids.com/watch?v=LIIntV1dHl7, https://www.peekvids.com/watch?v=VMbzHkJVkL2, https://www.peekvids.com/watch?v=6Jopox-ruXz, https://www.peekvids.com/watch?v=uZaPDDU5UEG, https://www.peekvids.com/watch?v=E9AjnTvMG2i, https://www.peekvids.com/watch?v=mxnRe6Lh1L3,

https://www.peekvids.com/watch?v=zw5UW0H2oyq, https://www.peekvids.com/watch?v=FOSXUnYOFPB, https://www.peekvids.com/watch?v=UYnkTHAJJbk,
https://www.peekvids.com/watch?v=XOR8a7gGghE, https://www.peekvids.com/watch?v=E8ZExe7Y7Je, https://www.peekvids.com/watch?v=4aCUUlXsluP,
https://www.peekvids.com/watch?v=9YucCxyToHP, https://www.peekvids.com/watch?v=70b4zOh9VUh, https://www.peekvids.com/watch?v=yMgAtLrBilZ,
https://www.peekvids.com/watch?v=waL4BtypDPu, https://www.peekvids.com/watch?v=icTfjFYeFr0, https://www.peekvids.com/watch?v=eFk1aP6KhQu,
https://www.peekvids.com/watch?v=a2frqLdKGQf, https://www.peekvids.com/watch?v=ElBTaAM7YtQ, https://www.peekvids.com/watch?v=HThlgDSZKZL,
https://www.peekvids.com/watch?v=ZsHv41ckbIE, https://www.peekvids.com/watch?v=z2AFKWiuNum, https://www.peekvids.com/watch?v=WyzvURqeHUn,
https://www.peekvids.com/watch?v=7gSHnfOz2j3, https://www.peekvids.com/watch?v=U5iBmBS8iOz, https://www.peekvids.com/watch?v=VwjSYDbdMyg,
https://www.peekvids.com/watch?v=BWbOl53B9ul, https://www.peekvids.com/watch?v=ZiS82xb3K6w, https://www.peekvids.com/watch?v=v0KVy-whWmQ,
https://www.peekvids.com/watch?v=N43ifH14ihE, https://www.peekvids.com/watch?v=wxajH_-17Zy, https://www.peekvids.com/watch?v=WwxXHpjPDfZ,
https://www.peekvids.com/watch?v=Hl7dxLxsY10, https://www.peekvids.com/watch?v=yUCoRgKPF-e, https://www.peekvids.com/watch?v=HimVRjwZ_MC
5.f. Date of third notice: 2015-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: samisusami
5.b. Uploader's email address: aloolasierro@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=samisusami
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=EvS5XCR9Hat, https://www.peekvids.com/watch?v=k7Rua-CWZ8y,
https://www.peekvids.com/watch?v=AJjuwVc6oKS, https://www.peekvids.com/watch?v=A3dSXbezzFx, https://www.peekvids.com/watch?v=D-joQHEGJT2,
https://www.peekvids.com/watch?v=YmonVfnMLX6, https://www.peekvids.com/watch?v=rANGneUlNVj, https://www.peekvids.com/watch?v=abG0T_JQ6Sa,
https://www.peekvids.com/watch?v=r0r7jhwpRgn, https://www.peekvids.com/watch?v=G4vrd5iTwy2, https://www.peekvids.com/watch?v=WqM7RRoU95y,
https://www.peekvids.com/watch?v=N-3hoKxJzn7, https://www.peekvids.com/watch?v=dfGIVPgby6p, https://www.peekvids.com/watch?v=MrO7tGmaRIq,
https://www.peekvids.com/watch?v=n4g9MHoQBsi, https://www.peekvids.com/watch?v=uIteK5YbCif, https://www.peekvids.com/watch?v=xti8KFPAt7k,
https://www.peekvids.com/watch?v=s_RqQD4vkBQ, https://www.peekvids.com/watch?v=KHFezNR-Jn9, https://www.peekvids.com/watch?v=2skHBrXkH5v,
https://www.peekvids.com/watch?v=CwN7P5Zci4t, https://www.peekvids.com/watch?v=YygXhYwn54K, https://www.peekvids.com/watch?v=dQBT00Ieel0,
https://www.peekvids.com/watch?v=mVzUoSwzbGm, https://www.peekvids.com/watch?v=GbG1Aly7a0d, https://www.peekvids.com/watch?v=GuyLecaa4Md,
https://www.peekvids.com/watch?v=2Q6s4Xc8QlU, https://www.peekvids.com/watch?v=GXQqikmBw3f, https://www.peekvids.com/watch?v=qSFSQkA2TMo,
https://www.peekvids.com/watch?v=cDUJCZVM7Dr, https://www.peekvids.com/watch?v=YxKg2L1nO5j, https://www.peekvids.com/watch?v=kD3YEH1VoJn,
https://www.peekvids.com/watch?v=qMlVKdpVRjN, https://www.peekvids.com/watch?v=X1Mg2s8xO09, https://www.peekvids.com/watch?v=XWT98JIHdvq,
https://www.peekvids.com/watch?v=DKztfP7jYp3, https://www.peekvids.com/watch?v=NvppqMZFYKX, https://www.peekvids.com/watch?v=FogczV6LcjX,
https://www.peekvids.com/watch?v=uVQfCcdBKYm, https://www.peekvids.com/watch?v=OLmJHjNwlVU, https://www.peekvids.com/watch?v=kKHHV6-Qf33,
https://www.peekvids.com/watch?v=A_1rf1PccVp, https://www.peekvids.com/watch?v=nwJf9C85dte, https://www.peekvids.com/watch?v=Kyok5EXkmjF,
https://www.peekvids.com/watch?v=0N61bEKDjVp, https://www.peekvids.com/watch?v=LMkMRbab7r6, https://www.peekvids.com/watch?v=Rz7HcPyJ--K,
https://www.peekvids.com/watch?v=sIskorOzQtz, https://www.peekvids.com/watch?v=gjgzygmE1oh, https://www.peekvids.com/watch?v=QJZKpXx431U,
https://www.peekvids.com/watch?v=Dc0pFSyuxN5, https://www.peekvids.com/watch?v=9CbaJMV_nDU, https://www.peekvids.com/watch?v=yBACr7ijPTV,
https://www.peekvids.com/watch?v=2f_wWw0cgvz, https://www.peekvids.com/watch?v=ZLECowQJdcL, https://www.peekvids.com/watch?v=LYA6jdGxDva,
https://www.peekvids.com/watch?v=vJnT8zQiifC, https://www.peekvids.com/watch?v=f5udwXnhkMb, https://www.peekvids.com/watch?v=ScF7gS0Mv2t,
https://www.peekvids.com/watch?v=ChQQwTEiqqw, https://www.peekvids.com/watch?v=phwopkJySLc, https://www.peekvids.com/watch?v=LE5gGNZWgO3,
https://www.peekvids.com/watch?v=9yYgKk6AlPM, https://www.peekvids.com/watch?v=y4_3l6-tiL6, https://www.peekvids.com/watch?v=eZ057s_txZy,
https://www.peekvids.com/watch?v=X7w_bKNIXok, https://www.peekvids.com/watch?v=58v6x7EY_OL, https://www.peekvids.com/watch?v=iuWYAzcIttS,
https://www.peekvids.com/watch?v=K9jj7a_rlSl, https://www.peekvids.com/watch?v=KJQCdmjwPZc, https://www.peekvids.com/watch?v=0y1GD1mH6Qr,
https://www.peekvids.com/watch?v=Pov_CH-fNS7, https://www.peekvids.com/watch?v=XOtjVIxUxP9, https://www.peekvids.com/watch?v=FLLRT4BeVJg,
https://www.peekvids.com/watch?v=8GKg1970kRJ, https://www.peekvids.com/watch?v=UX1cYr6Lh2K, https://www.peekvids.com/watch?v=a5wgofk8Ccf,
https://www.peekvids.com/watch?v=BvixNRs8Zhb, https://www.peekvids.com/watch?v=cmODYkRLv70, https://www.peekvids.com/watch?v=g5UPWoihFWN,
https://www.peekvids.com/watch?v=B71rAyhwWzY, https://www.peekvids.com/watch?v=vqM7mWtKtlI, https://www.peekvids.com/watch?v=wUVAWAYQHH9,
https://www.peekvids.com/watch?v=dandYISeWHB, https://www.peekvids.com/watch?v=Lsptwa1ZPZi, https://www.peekvids.com/watch?v=sO-qLr7rOIM,
https://www.peekvids.com/watch?v=UsRNspQQn6j, https://www.peekvids.com/watch?v=VR-6Z6-2tSt, https://www.peekvids.com/watch?v=0llrJx1F8gb,
https://www.peekvids.com/watch?v=VC21ZI4ww04, https://www.peekvids.com/watch?v=0YDhJHqNcVY, https://www.peekvids.com/watch?v=NMNMVzqTqDy,
https://www.peekvids.com/watch?v=yAVk3VMJJAG, https://www.peekvids.com/watch?v=kvBbAtUKkkC, https://www.peekvids.com/watch?v=Ocikh7jUSfJ,
https://www.peekvids.com/watch?v=62k6YBK21ET, https://www.peekvids.com/watch?v=bnwpbfKtkNi, https://www.peekvids.com/watch?v=aKX1Yofe3bK,
https://www.peekvids.com/watch?v=NC0ADqd1LKs, https://www.peekvids.com/watch?v=nUGyv9Nwrg3, https://www.peekvids.com/watch?v=B9InJgZfbXn,
https://www.peekvids.com/watch?v=mt3ZNpJX312, https://www.peekvids.com/watch?v=hf1Rpqwcfjb, https://www.peekvids.com/watch?v=XqzL6q3Lvt4,
https://www.peekvids.com/watch?v=rq5XeEOJ5YH, https://www.peekvids.com/watch?v=jVpcISc8bEP, https://www.peekvids.com/watch?v=UFM6aZthGVX,
https://www.peekvids.com/watch?v=Bhggr1JeFXH, https://www.peekvids.com/watch?v=8C2lNizSO_D, https://www.peekvids.com/watch?v=5VA9gdYYRvV,
https://www.peekvids.com/watch?v=o9iUozvp1id, https://www.peekvids.com/watch?v=D_6n4n96vKg, https://www.peekvids.com/watch?v=Q-45eTouYUL,
https://www.peekvids.com/watch?v=E7YmQz-oJiC, https://www.peekvids.com/watch?v=I9GSCTRAaWH, https://www.peekvids.com/watch?v=wBRKK7vw-bW,
https://www.peekvids.com/watch?v=mJKwospNGl6, https://www.peekvids.com/watch?v=Z9h8gSaQu3D, https://www.peekvids.com/watch?v=3K5ti4SkZkU,
https://www.peekvids.com/watch?v=qGnyemQxk1b, https://www.peekvids.com/watch?v=2rp6_A44yMf, https://www.peekvids.com/watch?v=uEPrMaUjPy3,
https://www.peekvids.com/watch?v=3R81xHbjnJy, https://www.peekvids.com/watch?v=cR-__xiX3gq, https://www.peekvids.com/watch?v=EOaSmAG3uce,
https://www.peekvids.com/watch?v=lf72p7qgP9a, https://www.peekvids.com/watch?v=jeQSrog--5o, https://www.peekvids.com/watch?v=vSF3KpghO0w,
https://www.peekvids.com/watch?v=IEAy2b6qn3F, https://www.peekvids.com/watch?v=Izo0MgvUVW4, https://www.peekvids.com/watch?v=CNI-SUfP7W9,
https://www.peekvids.com/watch?v=HFt1If3h6im, https://www.peekvids.com/watch?v=PkwLdA-rBUw, https://www.peekvids.com/watch?v=Tk9zla2DYXZ,
https://www.peekvids.com/watch?v=UqYpgly5PRE, https://www.peekvids.com/watch?v=ySllIS04ipA, https://www.peekvids.com/watch?v=5KNgpwq0jTH,
https://www.peekvids.com/watch?v=hJWXqpiLHYa, https://www.peekvids.com/watch?v=6CpBuaypvrw, https://www.peekvids.com/watch?v=sGPuEH5w_js,
https://www.peekvids.com/watch?v=H1i0Tw1QjSF, https://www.peekvids.com/watch?v=xGh6D36hLNE, https://www.peekvids.com/watch?v=ypvxzs9q7kr,
https://www.peekvids.com/watch?v=jmtt_lcirZv, https://www.peekvids.com/watch?v=uORDzGYlYpM, https://www.peekvids.com/watch?v=aBsDFMK2SZO,
https://www.peekvids.com/watch?v=z8hmweVX1FN, https://www.peekvids.com/watch?v=lYbj0jJV9R3, https://www.peekvids.com/watch?v=BTJgsmMJ9_D,
https://www.peekvids.com/watch?v=4N9hRztTpe2, https://www.peekvids.com/watch?v=jsCrgOi29bt, https://www.peekvids.com/watch?v=NsfuB4N3gNq,
https://www.peekvids.com/watch?v=ejZQvMFC2qb, https://www.peekvids.com/watch?v=LnVQg0YwtEE, https://www.peekvids.com/watch?v=6kVR2ah82Zt,
https://www.peekvids.com/watch?v=oDgHxv6NVOn, https://www.peekvids.com/watch?v=h7YJ3jWA-5u, https://www.peekvids.com/watch?v=tyLjbz1qepY,
https://www.peekvids.com/watch?v=GNKj1uYB5zP, https://www.peekvids.com/watch?v=dHSLSlQH2AF, https://www.peekvids.com/watch?v=q07ikl20bhd,
https://www.peekvids.com/watch?v=s1DiYEWM_4K, https://www.peekvids.com/watch?v=e2ZskpPXbjG, https://www.peekvids.com/watch?v=ot2lPEG_0wO,
https://www.peekvids.com/watch?v=MXBaSwarCJP, https://www.peekvids.com/watch?v=QhQGuUs3oAE, https://www.peekvids.com/watch?v=kJT6EY_W8o8,
https://www.peekvids.com/watch?v=jAuOLreRkZP, https://www.peekvids.com/watch?v=5k-Mp2YeaGf, https://www.peekvids.com/watch?v=xWLQvNgeSas,
https://www.peekvids.com/watch?v=HtEyHx-A5qA, https://www.peekvids.com/watch?v=biPwD6r8SKv, https://www.peekvids.com/watch?v=KauKDfCKy8J,
https://www.peekvids.com/watch?v=LS8gjGufv5r, https://www.peekvids.com/watch?v=cJ3rXMgz0Wq, https://www.peekvids.com/watch?v=NTVtHxyGJKR,
https://www.peekvids.com/watch?v=0Q6mWKNMa25, https://www.peekvids.com/watch?v=zHN-mSsIOMb, https://www.peekvids.com/watch?v=GxDwlT27TRQ,
https://www.peekvids.com/watch?v=udJsCAV-by0, https://www.peekvids.com/watch?v=pqgrQ-LAXCE, https://www.peekvids.com/watch?v=rt_Dt0WjmNn,
https://www.peekvids.com/watch?v=4tLcQDS6ySh, https://www.peekvids.com/watch?v=zacyrTwndMY, https://www.peekvids.com/watch?v=a-qxe00Tiak,
https://www.peekvids.com/watch?v=k5Tz9qm2r-e, https://www.peekvids.com/watch?v=cqV-pBi_KqP, https://www.peekvids.com/watch?v=fBukHzbAREu,
https://www.peekvids.com/watch?v=qlrxNreWo4c, https://www.peekvids.com/watch?v=9cadmXNaCiz, https://www.peekvids.com/watch?v=SEX5BDyVgAW,
https://www.peekvids.com/watch?v=jz87BAtVKlF, https://www.peekvids.com/watch?v=80sTNqvPhWd, https://www.peekvids.com/watch?v=25hPZmBAEHn,
https://www.peekvids.com/watch?v=nxi_wdndEmh, https://www.peekvids.com/watch?v=2jBg3EkKtP4, https://www.peekvids.com/watch?v=FmCde84hPx2,
https://www.peekvids.com/watch?v=zkdcR4rG7bW, https://www.peekvids.com/watch?v=mir-COJQeZe, https://www.peekvids.com/watch?v=dXfnf6WqCgH,
https://www.peekvids.com/watch?v=m8asMiNyOMY, https://www.peekvids.com/watch?v=Xf3hEI4szm6, https://www.peekvids.com/watch?v=fdeAawEDfzT,
https://www.peekvids.com/watch?v=wRWudtLjRbG, https://www.peekvids.com/watch?v=gY0tyR3VsVO, https://www.peekvids.com/watch?v=oX12mE31mJ0,
https://www.peekvids.com/watch?v=dJVp1moq3Wv, https://www.peekvids.com/watch?v=DBxI-gAdxPf, https://www.peekvids.com/watch?v=Ad58g8EkCQ4,
https://www.peekvids.com/watch?v=pU5BUCy8JwS, https://www.peekvids.com/watch?v=KEtkuuN3K0U, https://www.peekvids.com/watch?v=sbvvFSc9DmB,
https://www.peekvids.com/watch?v=sYZCG6FVRA0, https://www.peekvids.com/watch?v=Og88lh2xzW2, https://www.peekvids.com/watch?v=QnolRPwnwEu,
https://www.peekvids.com/watch?v=ckY7l9XNpA2, https://www.peekvids.com/watch?v=GlAT4fbOiDF, https://www.peekvids.com/watch?v=6uHjX51yHXv,
https://www.peekvids.com/watch?v=5CqGQCso1yj, https://www.peekvids.com/watch?v=yr-FKCA7wvX, https://www.peekvids.com/watch?v=ofI-zyeQVdD,
https://www.peekvids.com/watch?v=d4jbuBWUFNO, https://www.peekvids.com/watch?v=Z-ZjjEw_dEG, https://www.peekvids.com/watch?v=9eMlXxAfJ7k,
https://www.peekvids.com/watch?v=XbXTa8FNr54, https://www.peekvids.com/watch?v=M25w3JWu57Y, https://www.peekvids.com/watch?v=LI-g563wiUc,
https://www.peekvids.com/watch?v=bHvSKwSdNJa
5.f. Date of third notice: 2015-11-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: santaprize
5.b. Uploader's email address: paxlemoresizzz@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=santaprize
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=0QYYBMz7eif, https://www.peekvids.com/watch?v=goKBizytiYg,
https://www.peekvids.com/watch?v=inGgiB2T_Vk, https://www.peekvids.com/watch?v=3Go8Ma0NLVt, https://www.peekvids.com/watch?v=xR8Zmc0JJcX,
https://www.peekvids.com/watch?v=lv9NoSiZQnd, https://www.peekvids.com/watch?v=Ahqev0Mvcjb, https://www.peekvids.com/watch?v=e1JabTMlSYG,
https://www.peekvids.com/watch?v=BgJhjL8am_y, https://www.peekvids.com/watch?v=2rhTOr4Xl-O, https://www.peekvids.com/watch?v=KNMS6O3zUEY,
https://www.peekvids.com/watch?v=PVUJ1MNaxoL, https://www.peekvids.com/watch?v=AQ644VtbK07, https://www.peekvids.com/watch?v=r9Jzn8JxeXb,
https://www.peekvids.com/watch?v=Ipld2bx5QT0, https://www.peekvids.com/watch?v=7Blm8GjfbAA, https://www.peekvids.com/watch?v=gV6GZ6oyqHI,
https://www.peekvids.com/watch?v=5RbmKWKK_1o, https://www.peekvids.com/watch?v=Jml5FBnE6ZZ, https://www.peekvids.com/watch?v=tcsxLLViMwW,
https://www.peekvids.com/watch?v=r5LiCJszyBY, https://www.peekvids.com/watch?v=RlWfW8P_2kt, https://www.peekvids.com/watch?v=HLtF5ngv1Jp,
https://www.peekvids.com/watch?v=i8VJyPyidCc, https://www.peekvids.com/watch?v=R__rqFBk3hD, https://www.peekvids.com/watch?v=VywBMSvsdyO,
https://www.peekvids.com/watch?v=byTRgvJrb0I, https://www.peekvids.com/watch?v=ZyqeMzcx7PF, https://www.peekvids.com/watch?v=qHjwgZY0gjb,
https://www.peekvids.com/watch?v=6taiWohEu9p, https://www.peekvids.com/watch?v=aBgxY8uG8U4, https://www.peekvids.com/watch?v=zqb2AXRx0Lc,
https://www.peekvids.com/watch?v=ZBovBGtyf2q, https://www.peekvids.com/watch?v=9bu2YuIdvgN, https://www.peekvids.com/watch?v=szKYZnGIPmX,
https://www.peekvids.com/watch?v=xlxyCmT5EwN, https://www.peekvids.com/watch?v=3pD69ugD-bT, https://www.peekvids.com/watch?v=BQscCjgWnQQ,
https://www.peekvids.com/watch?v=GDcgRj4FC3r, https://www.peekvids.com/watch?v=qodzCgrNmbH, https://www.peekvids.com/watch?v=2zitV0t7xgt,
https://www.peekvids.com/watch?v=jj8XCRy5f2U, https://www.peekvids.com/watch?v=y5Hr3GjRc-r, https://www.peekvids.com/watch?v=5pJSl8bF46k,
https://www.peekvids.com/watch?v=jY93NVkfu6C, https://www.peekvids.com/watch?v=7-TtP1i3b7d, https://www.peekvids.com/watch?v=ezrj5eKavFu,
https://www.peekvids.com/watch?v=H6mVW_xqVxQ, https://www.peekvids.com/watch?v=S0uMC9Hp3du, https://www.peekvids.com/watch?v=Z5lfAlZYhTB,
https://www.peekvids.com/watch?v=Nq7U0gVBvdK, https://www.peekvids.com/watch?v=lI_APZghAmx, https://www.peekvids.com/watch?v=VkJHom27ill,
https://www.peekvids.com/watch?v=5upjdIYZ0F9, https://www.peekvids.com/watch?v=8jrPmphWiYE, https://www.peekvids.com/watch?v=ecsf8CAlizQ,
https://www.peekvids.com/watch?v=XbYBLAv5seF, https://www.peekvids.com/watch?v=yCSxbzhYxit, https://www.peekvids.com/watch?v=o4FCcyozCkh,
https://www.peekvids.com/watch?v=ttgtSQl8x-p, https://www.peekvids.com/watch?v=R0QZlCtxwBz, https://www.peekvids.com/watch?v=msyARRNxAB3,
https://www.peekvids.com/watch?v=MYQSXGlVnk6, https://www.peekvids.com/watch?v=r9JEoN-BIY6, https://www.peekvids.com/watch?v=tChe76EFSpL,
https://www.peekvids.com/watch?v=toMk0Ot5NDR, https://www.peekvids.com/watch?v=d227_KfayRt, https://www.peekvids.com/watch?v=8Q7A3j8A58H,
https://www.peekvids.com/watch?v=bPZCHS9zpGp, https://www.peekvids.com/watch?v=h3iCA1EX6NZ, https://www.peekvids.com/watch?v=io1nlurxsf4,
https://www.peekvids.com/watch?v=aadqLEnhJge, https://www.peekvids.com/watch?v=8msXRD0k8Rf, https://www.peekvids.com/watch?v=xYHxbj-nORb,
https://www.peekvids.com/watch?v=qizvN-xZh8l, https://www.peekvids.com/watch?v=mjaQClDsq0M, https://www.peekvids.com/watch?v=gF7kwpkRpq8,
https://www.peekvids.com/watch?v=BPmxMWX8si9, https://www.peekvids.com/watch?v=WlN14LD2gem, https://www.peekvids.com/watch?v=BU3ybPsYa4O,
https://www.peekvids.com/watch?v=FZHSc3c9APd, https://www.peekvids.com/watch?v=tbg1Y87tYrA, https://www.peekvids.com/watch?v=ThmkEB4-d_E,
https://www.peekvids.com/watch?v=EuefOwCepYn, https://www.peekvids.com/watch?v=0bwabVJwkpJ, https://www.peekvids.com/watch?v=K541Rf5VxiA,
https://www.peekvids.com/watch?v=hjxsdRZqRfS, https://www.peekvids.com/watch?v=8T6V-5rlZ4W, https://www.peekvids.com/watch?v=wNDdNiK7H6M,
https://www.peekvids.com/watch?v=8quHYdLnWFj, https://www.peekvids.com/watch?v=xfRL3nao3vp, https://www.peekvids.com/watch?v=xeIoJN98Yjp,
https://www.peekvids.com/watch?v=mTKoigMQYUx, https://www.peekvids.com/watch?v=cZ3xNzROysh, https://www.peekvids.com/watch?v=Ot6usQuDTGB,
https://www.peekvids.com/watch?v=ymcjKtYMtYG, https://www.peekvids.com/watch?v=QhORPHvG3sT, https://www.peekvids.com/watch?v=ew7g5VZ3ms6,
https://www.peekvids.com/watch?v=g_5guYeyKtM, https://www.peekvids.com/watch?v=P9xYJPxpfYR, https://www.peekvids.com/watch?v=RfU0xJfnrNM,
https://www.peekvids.com/watch?v=glpeqeLgOnz, https://www.peekvids.com/watch?v=dX8F9QBhUmd, https://www.peekvids.com/watch?v=irc3aMG7_Jf,
https://www.peekvids.com/watch?v=WK0c6rzbN6c, https://www.peekvids.com/watch?v=gr4b7hMyo8w, https://www.peekvids.com/watch?v=hxgRsjWle0w,
https://www.peekvids.com/watch?v=XhzTgIO_DTS, https://www.peekvids.com/watch?v=ESz6b5gnhA5, https://www.peekvids.com/watch?v=pPG3MaDTR2i,

https://www.peekvids.com/watch?v=cMyMRPJuyRO, https://www.peekvids.com/watch?v=X7ZvPu_N1fm, https://www.peekvids.com/watch?v=UkE1yw4pzmc,
https://www.peekvids.com/watch?v=arXU3rJNHPf, https://www.peekvids.com/watch?v=EhYOuNMwYcR, https://www.peekvids.com/watch?v=ugf9-yAJgbN,
https://www.peekvids.com/watch?v=zkvE1eCNMNC, https://www.peekvids.com/watch?v=4yCquvNSQja, https://www.peekvids.com/watch?v=jT2PTO7QCwh,
https://www.peekvids.com/watch?v=rs2vKKe89bU, https://www.peekvids.com/watch?v=FHlQl4Rw6bA, https://www.peekvids.com/watch?v=GwwUQIfzlae,
https://www.peekvids.com/watch?v=NIx68hLZ3GJ, https://www.peekvids.com/watch?v=D-UHNHEbZWx, https://www.peekvids.com/watch?v=PZ16yzV4UWj,
https://www.peekvids.com/watch?v=GEDCv2Sctai, https://www.peekvids.com/watch?v=MypUtd4pJrb, https://www.peekvids.com/watch?v=Q_18BmJqW0r,
https://www.peekvids.com/watch?v=qJ34DsPW-8i, https://www.peekvids.com/watch?v=cySHFwBIeIH, https://www.peekvids.com/watch?v=2sDjaUeeGvQ,
https://www.peekvids.com/watch?v=DUsZrJtsAZE, https://www.peekvids.com/watch?v=xXSjMn0lKLl, https://www.peekvids.com/watch?v=hak9s9_PQW4,
https://www.peekvids.com/watch?v=3I149dH0Pgn, https://www.peekvids.com/watch?v=FM1ex6HyWXA, https://www.peekvids.com/watch?v=i523zbTAbdC,
https://www.peekvids.com/watch?v=hzXd4HSEKNe, https://www.peekvids.com/watch?v=xxQFIGTm8wf, https://www.peekvids.com/watch?v=70CMgy3ocEv,
https://www.peekvids.com/watch?v=vW118Td8R8k, https://www.peekvids.com/watch?v=ueO08zvlF9t, https://www.peekvids.com/watch?v=JhigbJkQg9y,
https://www.peekvids.com/watch?v=L5jDc2Wh4LE, https://www.peekvids.com/watch?v=yud4vahs6kk, https://www.peekvids.com/watch?v=3i4c6yDspE9,
https://www.peekvids.com/watch?v=mkPXpLuZ6-e, https://www.peekvids.com/watch?v=gXR5JRFuIgc, https://www.peekvids.com/watch?v=Pvh8apN83Ur,
https://www.peekvids.com/watch?v=f95whY5AWBh, https://www.peekvids.com/watch?v=ZZGSFX1sip5, https://www.peekvids.com/watch?v=eWKhnDKemkI,
https://www.peekvids.com/watch?v=I2BvDHi6xeY, https://www.peekvids.com/watch?v=ZXJq2mBBO2i, https://www.peekvids.com/watch?v=OPUaDjkUiOb,
https://www.peekvids.com/watch?v=M712_TYw4YN, https://www.peekvids.com/watch?v=QN-DlQbKTJl, https://www.peekvids.com/watch?v=K5O5P23zXN3,
https://www.peekvids.com/watch?v=5tJDuw3vltc, https://www.peekvids.com/watch?v=SZTbd94rGYa, https://www.peekvids.com/watch?v=yzFsjIRlRSv,
https://www.peekvids.com/watch?v=pejLi-phUP8, https://www.peekvids.com/watch?v=43NBxD7dDXK, https://www.peekvids.com/watch?v=x0amXCPXKxd,
https://www.peekvids.com/watch?v=x6B6B5DNNNm, https://www.peekvids.com/watch?v=eWEf6TwgGWK, https://www.peekvids.com/watch?v=Yef3odJgKsO,
https://www.peekvids.com/watch?v=iK4wlExTS_Z, https://www.peekvids.com/watch?v=AbHOaCFeVwI, https://www.peekvids.com/watch?v=EBpB0229xxX,
https://www.peekvids.com/watch?v=ToFG4Jduj8U, https://www.peekvids.com/watch?v=p5Ta_hXxJhk, https://www.peekvids.com/watch?v=Xqe0X_zVKyi,
https://www.peekvids.com/watch?v=I8RQFSfTuws, https://www.peekvids.com/watch?v=coOwZIgaLHa, https://www.peekvids.com/watch?v=uZbFuow2RyQ,
https://www.peekvids.com/watch?v=f5TKZFiCH8U, https://www.peekvids.com/watch?v=CDrwWz6jlqW, https://www.peekvids.com/watch?v=MSm8GejKPLT,
https://www.peekvids.com/watch?v=o6T1Gce5JeG, https://www.peekvids.com/watch?v=6NCNZxoRKWH, https://www.peekvids.com/watch?v=9VTNfrjWNFI,
https://www.peekvids.com/watch?v=hYOgppvZ50s, https://www.peekvids.com/watch?v=cizgQSPPaof, https://www.peekvids.com/watch?v=MePe2PnmWOR,
https://www.peekvids.com/watch?v=kf6QICQW6V3, https://www.peekvids.com/watch?v=CU9qDLYvTBD, https://www.peekvids.com/watch?v=dkVJHlgfpte,
https://www.peekvids.com/watch?v=tTtP9bCxY99, https://www.peekvids.com/watch?v=9QaZxpc_teR, https://www.peekvids.com/watch?v=ZFNPrWdyz-0,
https://www.peekvids.com/watch?v=ORgpApHCz3K, https://www.peekvids.com/watch?v=fp8ZT9KpYic, https://www.peekvids.com/watch?v=x139QUyP8kF,
https://www.peekvids.com/watch?v=6KgOt7KAUTy, https://www.peekvids.com/watch?v=3LnEMF_KxGp, https://www.peekvids.com/watch?v=s1MMyaRYWdC,
https://www.peekvids.com/watch?v=Ub8CupdTLK2, https://www.peekvids.com/watch?v=6DlvrpwUcrx, https://www.peekvids.com/watch?v=AFvYfVBQgij,
https://www.peekvids.com/watch?v=AFMeINvZsUK, https://www.peekvids.com/watch?v=EtaFXWrwNm2, https://www.peekvids.com/watch?v=a-YXy2MrqRh,
https://www.peekvids.com/watch?v=541YigWf6ew, https://www.peekvids.com/watch?v=IYF3UPsb1s2, https://www.peekvids.com/watch?v=w05odNajOQT,
https://www.peekvids.com/watch?v=kfXnsfggYyi, https://www.peekvids.com/watch?v=Wil8a7okIa7, https://www.peekvids.com/watch?v=jTZkBrjmR6T,
https://www.peekvids.com/watch?v=wxCkYGulifT, https://www.peekvids.com/watch?v=G8UUXNbgc_0, https://www.peekvids.com/watch?v=vQbm6G1zrjW,
https://www.peekvids.com/watch?v=8COLP75ttb6, https://www.peekvids.com/watch?v=Xf9fxnphk8O, https://www.peekvids.com/watch?v=SMdnoyWPHBL,
https://www.peekvids.com/watch?v=hTAt7AYQEvm, https://www.peekvids.com/watch?v=VblcVgbggdY, https://www.peekvids.com/watch?v=a8SAc0iGQsd,
https://www.peekvids.com/watch?v=VqYDer3Ha1q, https://www.peekvids.com/watch?v=oVNeR3nWtEi, https://www.peekvids.com/watch?v=IUrrJaFAW66,
https://www.peekvids.com/watch?v=V6rh2N1JIL6, https://www.peekvids.com/watch?v=tjhALzMc7e5, https://www.peekvids.com/watch?v=ZSsrStXZopq,
https://www.peekvids.com/watch?v=TSnj9z2fvSW, https://www.peekvids.com/watch?v=tIBO1LKgN80, https://www.peekvids.com/watch?v=3zudMbYczJF,
https://www.peekvids.com/watch?v=bwi3GcpDu_o, https://www.peekvids.com/watch?v=K2UUDWRkCfM, https://www.peekvids.com/watch?v=v-7Em955tsU,
https://www.peekvids.com/watch?v=6S_u0d-5u0B, https://www.peekvids.com/watch?v=lbEfOm_qmLU, https://www.peekvids.com/watch?v=QmjoBwab9Nj,
https://www.peekvids.com/watch?v=XxGXGk2HbSW, https://www.peekvids.com/watch?v=A1x2P7gfZ8b, https://www.peekvids.com/watch?v=FPLCcaC0GL4,
https://www.peekvids.com/watch?v=mIdLX4FnbYS, https://www.peekvids.com/watch?v=AXjROxEyRLY, https://www.peekvids.com/watch?v=J_84OYVptP4,
https://www.peekvids.com/watch?v=yR3rebRGuM4, https://www.peekvids.com/watch?v=HlNg4dN4ZNO, https://www.peekvids.com/watch?v=kktYeHTv7Ru,
https://www.peekvids.com/watch?v=qnjcXE7kv0r, https://www.peekvids.com/watch?v=qJlogUjSlBB, https://www.peekvids.com/watch?v=Xa9JC_wksdP,
https://www.peekvids.com/watch?v=EIhAWbgX6gi, https://www.peekvids.com/watch?v=m8041pmhKuY, https://www.peekvids.com/watch?v=scrgMSmQCeC,
https://www.peekvids.com/watch?v=oeqdkIrzmpN, https://www.peekvids.com/watch?v=q18wiN7WRCH, https://www.peekvids.com/watch?v=qHbv-DYmI6y,
https://www.peekvids.com/watch?v=OfOlJx-F2mm, https://www.peekvids.com/watch?v=PQhCucgylfs, https://www.peekvids.com/watch?v=Wvpq4CMpESt,
https://www.peekvids.com/watch?v=D_X-GvzvaE5, https://www.peekvids.com/watch?v=p2tivHQptv4, https://www.peekvids.com/watch?v=edc_faVHmlG,
https://www.peekvids.com/watch?v=k-OxM6xv4wA, https://www.peekvids.com/watch?v=lY8KVEOHP2C, https://www.peekvids.com/watch?v=Me4fFWMtsyk,
https://www.peekvids.com/watch?v=GeKc1yab1JR, https://www.peekvids.com/watch?v=iQ0RUt355i7, https://www.peekvids.com/watch?v=QaGpNTF4xW9,
https://www.peekvids.com/watch?v=Hav7kWUjx7l, https://www.peekvids.com/watch?v=O6OwVYrQJ7d, https://www.peekvids.com/watch?v=32iRO3Df1_I,
https://www.peekvids.com/watch?v=0OvVZBU-jPj, https://www.peekvids.com/watch?v=JxHPxRiWM2m, https://www.peekvids.com/watch?v=hGytG1oL69N,
https://www.peekvids.com/watch?v=jAMK9NJEbcV, https://www.peekvids.com/watch?v=W9LI_S07vf5, https://www.peekvids.com/watch?v=gjaMRMWurKt,
https://www.peekvids.com/watch?v=RjdoDy9YIVc, https://www.peekvids.com/watch?v=kT5nkZDMjsC, https://www.peekvids.com/watch?v=q7wqPujBXXh,
https://www.peekvids.com/watch?v=yz3sVBPR1eY, https://www.peekvids.com/watch?v=QCNKg6jMdfF, https://www.peekvids.com/watch?v=Xv75U7ixNOQ,
https://www.peekvids.com/watch?v=SMKA8pALjkU, https://www.peekvids.com/watch?v=fidC8eDobLP, https://www.peekvids.com/watch?v=YH0oTdwFK2J,
https://www.peekvids.com/watch?v=Px4vG4Kjr1T, https://www.peekvids.com/watch?v=edRhXfqHcgZ, https://www.peekvids.com/watch?v=Jgq1ZF_NUPw,
https://www.peekvids.com/watch?v=Q55SmeQXS5M, https://www.peekvids.com/watch?v=3EfPuDp2U_H, https://www.peekvids.com/watch?v=w90KG7LTfP9,
https://www.peekvids.com/watch?v=rdGS6Iw7zwg, https://www.peekvids.com/watch?v=Cm-oVg2t5To, https://www.peekvids.com/watch?v=HijHqnSj-Ua,
https://www.peekvids.com/watch?v=U-6H6kSQU0E, https://www.peekvids.com/watch?v=KWbdSdtKlsx, https://www.peekvids.com/watch?v=LuiYEqcYUy6,
https://www.peekvids.com/watch?v=VmXMRgYksJy, https://www.peekvids.com/watch?v=5iyKO-2Tw-O, https://www.peekvids.com/watch?v=QP9-wAGwzmE,
https://www.peekvids.com/watch?v=OTg2vJIog-0, https://www.peekvids.com/watch?v=hncRqoySjmL, https://www.peekvids.com/watch?v=k8uXSqak75r,
https://www.peekvids.com/watch?v=53xCYlxr0cF, https://www.peekvids.com/watch?v=YlqlM5wPEuj, https://www.peekvids.com/watch?v=yEvY9uJFJVe,
https://www.peekvids.com/watch?v=p5OZWdiwjNh, https://www.peekvids.com/watch?v=UX-DUe9k-DG, https://www.peekvids.com/watch?v=V9wqeiKK_PN,
https://www.peekvids.com/watch?v=pkGJ6aNar-e, https://www.peekvids.com/watch?v=D8-_iIxM54k, https://www.peekvids.com/watch?v=IK5Z-z1SrJI,
https://www.peekvids.com/watch?v=kyjEC5p--LZ, https://www.peekvids.com/watch?v=JfUrGSd9yGR, https://www.peekvids.com/watch?v=c2XT7RjJd2p,
https://www.peekvids.com/watch?v=CaCfP_XL5-c, https://www.peekvids.com/watch?v=9mMl0lYgbjh, https://www.peekvids.com/watch?v=3_QQhcwHnRb,
https://www.peekvids.com/watch?v=32hz-7vO_uZ, https://www.peekvids.com/watch?v=NA7DNl1r4z9, https://www.peekvids.com/watch?v=mNtUsl0noQ8,
https://www.peekvids.com/watch?v=A7iyPzx1QG4, https://www.peekvids.com/watch?v=lBrpu32xSZA, https://www.peekvids.com/watch?v=BGa6FMRCZDz,
https://www.peekvids.com/watch?v=BdAD97zloRR, https://www.peekvids.com/watch?v=zxZ2FHBowwi, https://www.peekvids.com/watch?v=i77fgZLvUwJ,
https://www.peekvids.com/watch?v=lTG6_j_zxq9, https://www.peekvids.com/watch?v=sVAVqejHFgB, https://www.peekvids.com/watch?v=yNMzsectkoC,
https://www.peekvids.com/watch?v=ArPouKwH0VE, https://www.peekvids.com/watch?v=NTVhRn-cbhW, https://www.peekvids.com/watch?v=tPzpbbk51fs,
https://www.peekvids.com/watch?v=NsVCo0CgBAs, https://www.peekvids.com/watch?v=3hnfFPS0JKd, https://www.peekvids.com/watch?v=OqEnLsgY29m,
https://www.peekvids.com/watch?v=naCrAJy5n0o, https://www.peekvids.com/watch?v=SOL41Ksrq4G, https://www.peekvids.com/watch?v=jKBNF6AlykB,
https://www.peekvids.com/watch?v=IVxryhPe-we, https://www.peekvids.com/watch?v=EOaoExh0K1J, https://www.peekvids.com/watch?v=HHKhSBVhsju,
https://www.peekvids.com/watch?v=rs_x9vKQ9SP, https://www.peekvids.com/watch?v=phAqXBPEUbi, https://www.peekvids.com/watch?v=vIPh9lX5M2Z,
https://www.peekvids.com/watch?v=fQw92eBkWbT, https://www.peekvids.com/watch?v=0uikl9Jc1VT, https://www.peekvids.com/watch?v=ImZ9Ck7aWbD,
https://www.peekvids.com/watch?v=xvTr7qqpqTk, https://www.peekvids.com/watch?v=KGAln5YBqib, https://www.peekvids.com/watch?v=AdFhVg3WM_C,
https://www.peekvids.com/watch?v=skSoWARPzCF, https://www.peekvids.com/watch?v=IOZ7gFubOal, https://www.peekvids.com/watch?v=aLjTmh6fhEd,
https://www.peekvids.com/watch?v=r8cRJlo7_eu, https://www.peekvids.com/watch?v=eXZAn4IDtD9, https://www.peekvids.com/watch?v=oAhUh3Ered7,
https://www.peekvids.com/watch?v=q1Ixcfowt6F, https://www.peekvids.com/watch?v=9u24hhdaTcv, https://www.peekvids.com/watch?v=ClieWlTCQP6,
https://www.peekvids.com/watch?v=h1LL_0-hi8g, https://www.peekvids.com/watch?v=MTXfHSiKfAd, https://www.peekvids.com/watch?v=Wn5hjqERv3j,
https://www.peekvids.com/watch?v=G0CO9vK4LKZ, https://www.peekvids.com/watch?v=x7tF3FYl6yz, https://www.peekvids.com/watch?v=GvAcRIkBy9H,
https://www.peekvids.com/watch?v=SsrQEnmLgnB, https://www.peekvids.com/watch?v=V3cuCjXOPBn, https://www.peekvids.com/watch?v=2ZLL4JNiIRO,
https://www.peekvids.com/watch?v=bqXjgovgP-F, https://www.peekvids.com/watch?v=6LPuZVEl4MR, https://www.peekvids.com/watch?v=kOG4jh_vsIG,
https://www.peekvids.com/watch?v=zmy9ZfieHyi, https://www.peekvids.com/watch?v=3nPkTW8qUhJ, https://www.peekvids.com/watch?v=wg16zQuNYtR,
https://www.peekvids.com/watch?v=ne6O_CxQ2sv, https://www.peekvids.com/watch?v=ZbBZXRp1FgG, https://www.peekvids.com/watch?v=URqX9QFAj-z,
https://www.peekvids.com/watch?v=Ik6jgzlyjNt, https://www.peekvids.com/watch?v=5iOyE5ZGHV3, https://www.peekvids.com/watch?v=d_doGX6u_Pc,
https://www.peekvids.com/watch?v=2ki1wWVhbud, https://www.peekvids.com/watch?v=SUyWwocfcKA, https://www.peekvids.com/watch?v=Uo4EmVwSCyb,
https://www.peekvids.com/watch?v=PUjYB76WpGe, https://www.peekvids.com/watch?v=m6Fj-D0u2bK, https://www.peekvids.com/watch?v=FpqJ2IvG5Bk,
https://www.peekvids.com/watch?v=7wYpFriq0fQ, https://www.peekvids.com/watch?v=Mmc0xz5tbmk, https://www.peekvids.com/watch?v=z6Gne86iriZ,
https://www.peekvids.com/watch?v=jdZYu8mSb6e, https://www.peekvids.com/watch?v=Vh2j5H6ob3G, https://www.peekvids.com/watch?v=Mp-0fwGDIUV,
https://www.peekvids.com/watch?v=dZYULlKclB5, https://www.peekvids.com/watch?v=orzaD_q_7Ug, https://www.peekvids.com/watch?v=2AT9aPfVP5E,
https://www.peekvids.com/watch?v=YyPxljZs-j8, https://www.peekvids.com/watch?v=gsDnKrkq7Wd, https://www.peekvids.com/watch?v=8HEePwuszYq,
https://www.peekvids.com/watch?v=BP58ssx7yiJ, https://www.peekvids.com/watch?v=x8SR1i5989n, https://www.peekvids.com/watch?v=0MBNOC2LZKW,
https://www.peekvids.com/watch?v=5yA_zBxgccd, https://www.peekvids.com/watch?v=SX4d8wky5YO, https://www.peekvids.com/watch?v=CPm_9C0Bc_K,
https://www.peekvids.com/watch?v=0bCRD5GXFTP, https://www.peekvids.com/watch?v=b_QgBYPj68c, https://www.peekvids.com/watch?v=N_diNQi3lvB,
https://www.peekvids.com/watch?v=XiHdi7hgdp0, https://www.peekvids.com/watch?v=yEytHxEJEuE, https://www.peekvids.com/watch?v=8EiQLFGRAwX,
https://www.peekvids.com/watch?v=9GyNWTCZAyM, https://www.peekvids.com/watch?v=zHIcDhqqXfj, https://www.peekvids.com/watch?v=6mAkCkB9-ls,
https://www.peekvids.com/watch?v=FoDZPgkZ_ED, https://www.peekvids.com/watch?v=Ck0NpBZDuqF, https://www.peekvids.com/watch?v=lOpycMXcQLX,
https://www.peekvids.com/watch?v=bU5-YR0vKu5, https://www.peekvids.com/watch?v=FYGxkrw6AlR, https://www.peekvids.com/watch?v=x_QIzK7F7Bo,
https://www.peekvids.com/watch?v=fMoC_xSseDG, https://www.peekvids.com/watch?v=Hx_IrjGC6XW, https://www.peekvids.com/watch?v=rSlb6pw7a7o,
https://www.peekvids.com/watch?v=i2pnb79cr6G, https://www.peekvids.com/watch?v=UXv9iGmsWH9, https://www.peekvids.com/watch?v=tlvQ0f956wk,
https://www.peekvids.com/watch?v=ZtN3njPS2Qb, https://www.peekvids.com/watch?v=ssfwa0U_6Ou, https://www.peekvids.com/watch?v=NN_Ige18XCX,
https://www.peekvids.com/watch?v=u-1Ps1Mk0ay, https://www.peekvids.com/watch?v=dhtFuXE7x72, https://www.peekvids.com/watch?v=bOU7Dyzi7LP,
https://www.peekvids.com/watch?v=Ob5JvAI8gba, https://www.peekvids.com/watch?v=sBpFv5u132x, https://www.peekvids.com/watch?v=lAo-7SDcdpp,
https://www.peekvids.com/watch?v=3QAaMRM87Ug, https://www.peekvids.com/watch?v=xZAhBFk-tbU, https://www.peekvids.com/watch?v=J6v50ECa_Nl,
https://www.peekvids.com/watch?v=yDhhsHA3ePN
5.f. Date of third notice: 2015-06-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: saytou
5.b. Uploader's email address: herrmardolfbrunger@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=saytou
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DoTP5jNXI6W, https://www.peekvids.com/watch?v=yy8Zgd0VQbP,
https://www.peekvids.com/watch?v=f9n8IFZ4hHV, https://www.peekvids.com/watch?v=uHq5llbQYb4, https://www.peekvids.com/watch?v=FCWo1cN_yoh,
https://www.peekvids.com/watch?v=JZoysQyn477, https://www.peekvids.com/watch?v=RGGPSAU4ati, https://www.peekvids.com/watch?v=wh5oDeteywW,
https://www.peekvids.com/watch?v=fCSCbs583ay, https://www.peekvids.com/watch?v=p-W9WIRB6Bg, https://www.peekvids.com/watch?v=QZaXgBUu3dW,
https://www.peekvids.com/watch?v=3K5-QhwdtvW, https://www.peekvids.com/watch?v=CmqKJWanlPl, https://www.peekvids.com/watch?v=41o8uurgpyH,
https://www.peekvids.com/watch?v=2AJtevqBeei, https://www.peekvids.com/watch?v=IlsRJGgJP4D, https://www.peekvids.com/watch?v=G22ANImuHDC,
https://www.peekvids.com/watch?v=5p1fGuM299J, https://www.peekvids.com/watch?v=Ce7-e_DHqoO, https://www.peekvids.com/watch?v=5NBbhWGcXUV,
https://www.peekvids.com/watch?v=8sUFinLqU0e, https://www.peekvids.com/watch?v=i9s22L9cqhJ, https://www.peekvids.com/watch?v=V9JhI4Hcr3i,
https://www.peekvids.com/watch?v=dxuDt4xchAb, https://www.peekvids.com/watch?v=gNQj0XAWfFF, https://www.peekvids.com/watch?v=rxi-7CsPmZn,
https://www.peekvids.com/watch?v=c8mT-k-XtFk, https://www.peekvids.com/watch?v=OleQeDT8RG9, https://www.peekvids.com/watch?v=zwGpcS_eFan,
https://www.peekvids.com/watch?v=YCsATPfg15g, https://www.peekvids.com/watch?v=ZFGTxFgs9UK, https://www.peekvids.com/watch?v=AaunKLORJ7R,
https://www.peekvids.com/watch?v=IhUuqXCZtnh, https://www.peekvids.com/watch?v=Z-DWcRn-_13, https://www.peekvids.com/watch?v=p5f3mlV2ldu,
https://www.peekvids.com/watch?v=SHkKLW-jSDp, https://www.peekvids.com/watch?v=CjsP5Gzk3Ek, https://www.peekvids.com/watch?v=E1XtQcxTSJu,
https://www.peekvids.com/watch?v=mR_EqamPUl2, https://www.peekvids.com/watch?v=mvoQPJDwarJ, https://www.peekvids.com/watch?v=MDyxLcHEPhv,
https://www.peekvids.com/watch?v=QUylPBaOL4x
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: scotsD
5.b. Uploader's email address: jojoplayer@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=scotsD

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=rKifIfGKwwj, https://www.peekvids.com/watch?v=5PmmzxGGxB5, https://www.peekvids.com/watch?v=yvGtqGwqh8N, https://www.peekvids.com/watch?v=h5gD3yyYRym, https://www.peekvids.com/watch?v=9sWbovIteTb, https://www.peekvids.com/watch?v=VFVEHqk1GFR, https://www.peekvids.com/watch?v=8aT78uxvCJj, https://www.peekvids.com/watch?v=dqWNzngoQ6B, https://www.peekvids.com/watch?v=GYn42Cdw8Jj, https://www.peekvids.com/watch?v=sbJAtpk62We, https://www.peekvids.com/watch?v=KHMPALdMkSY, https://www.peekvids.com/watch?v=7cR-fQqMe7f, https://www.peekvids.com/watch?v=vGjCT0KhFib, https://www.peekvids.com/watch?v=P5-MrU8n_o3, https://www.peekvids.com/watch?v=RjnLdqInUKj, https://www.peekvids.com/watch?v=vcerILf3tw6, https://www.peekvids.com/watch?v=LsE2iqS7C0I, https://www.peekvids.com/watch?v=zYbuOZmbmM7, https://www.peekvids.com/watch?v=5lHgqKy5y4F, https://www.peekvids.com/watch?v=0vVJBZcBl5h, https://www.peekvids.com/watch?v=U9vzdFY_coE, https://www.peekvids.com/watch?v=D1U7hvldxht, https://www.peekvids.com/watch?v=TJzg91zLGxk, https://www.peekvids.com/watch?v=QqLZm_8Un1y, https://www.peekvids.com/watch?v=3e9sfdfWz3S, https://www.peekvids.com/watch?v=9oA7eCwCU7O, https://www.peekvids.com/watch?v=t9oNNOp-Sv0, https://www.peekvids.com/watch?v=sWBAxtmDD14, https://www.peekvids.com/watch?v=DkFVjPwJkoZ, https://www.peekvids.com/watch?v=EmfBLTpR9mB, https://www.peekvids.com/watch?v=wGD6yGKaT3F, https://www.peekvids.com/watch?v=WoOeAG9StLV, https://www.peekvids.com/watch?v=ATuRHrTgB9d, https://www.peekvids.com/watch?v=xayCXBvj0Co, https://www.peekvids.com/watch?v=p0vai_jbYKW, https://www.peekvids.com/watch?v=pafdaqggAiW, https://www.peekvids.com/watch?v=8ed-XpDdW8L, https://www.peekvids.com/watch?v=wgW8qtnsge4, https://www.peekvids.com/watch?v=07kOQtinExi, https://www.peekvids.com/watch?v=wP6Ruaa4QEQ, https://www.peekvids.com/watch?v=x-JPUNBdgpo, https://www.peekvids.com/watch?v=A8DF84qWIRQ, https://www.peekvids.com/watch?v=XkTIc6La8tE, https://www.peekvids.com/watch?v=8pwT7DWUVW6, https://www.peekvids.com/watch?v=Yo8aXB8_JP6, https://www.peekvids.com/watch?v=TqZ42udMIEU, https://www.peekvids.com/watch?v=D5fDE6iKbrT, https://www.peekvids.com/watch?v=pdYu0TKFLqt, https://www.peekvids.com/watch?v=8pErJujOlK8, https://www.peekvids.com/watch?v=v8PFsLg9GlJ, https://www.peekvids.com/watch?v=UnZDxJw6I6m, https://www.peekvids.com/watch?v=VtJbofjXTaI, https://www.peekvids.com/watch?v=3ssD8SlkX-w, https://www.peekvids.com/watch?v=lARVvMGh52u, https://www.peekvids.com/watch?v=J0TpU7j7I2m, https://www.peekvids.com/watch?v=hyLGTUceWjs, https://www.peekvids.com/watch?v=y9WJytOJ9pi, https://www.peekvids.com/watch?v=eupLxrp42EK, https://www.peekvids.com/watch?v=YBhfqripkff, https://www.peekvids.com/watch?v=6BZT0n0oYVK, https://www.peekvids.com/watch?v=kmN4XCcU9Qo, https://www.peekvids.com/watch?v=g2LIIeMOnel, https://www.peekvids.com/watch?v=esW-mRyd9Bp, https://www.peekvids.com/watch?v=jnEsV3v-IG4, https://www.peekvids.com/watch?v=2YkcjTEJ9oZ, https://www.peekvids.com/watch?v=8b1esxfZU3Q, https://www.peekvids.com/watch?v=FUFPQHapriq, https://www.peekvids.com/watch?v=Qhswm4hD2n3, https://www.peekvids.com/watch?v=FFfxCQGRl1P, https://www.peekvids.com/watch?v=6vFz5MhBuhZ, https://www.peekvids.com/watch?v=nPu-KfQsUoI, https://www.peekvids.com/watch?v=nMfaxrW1tny, https://www.peekvids.com/watch?v=cB5J2SAxCat, https://www.peekvids.com/watch?v=LgwYbNMHiLN, https://www.peekvids.com/watch?v=Rx9ySTwzNb0, https://www.peekvids.com/watch?v=7D6c7izxdfl, https://www.peekvids.com/watch?v=dVF90ErbXig, https://www.peekvids.com/watch?v=ZPeJACOz3Ma, https://www.peekvids.com/watch?v=u_7GSDZJY7o, https://www.peekvids.com/watch?v=0TlVoHgyZQT, https://www.peekvids.com/watch?v=dv1EDqRQVWl, https://www.peekvids.com/watch?v=qBZoW8rNTud, https://www.peekvids.com/watch?v=OlpLXY6VynT, https://www.peekvids.com/watch?v=RGY0wErtJtD, https://www.peekvids.com/watch?v=RKTb5LEsxtu, https://www.peekvids.com/watch?v=LYUqMAcN3m2, https://www.peekvids.com/watch?v=9_qvidyDXVm, https://www.peekvids.com/watch?v=Au6y6wLrJk2, https://www.peekvids.com/watch?v=ZmrRMPbAHWF, https://www.peekvids.com/watch?v=eZUsmO5mLJP, https://www.peekvids.com/watch?v=Yz7JAZ6RB3P, https://www.peekvids.com/watch?v=t9-N7V-slBs, https://www.peekvids.com/watch?v=WwjYzn3i1rI, https://www.peekvids.com/watch?v=oqp3yYlH2jS, https://www.peekvids.com/watch?v=8EtztJSzXVK, https://www.peekvids.com/watch?v=MVqHXfzzUud, https://www.peekvids.com/watch?v=M-hgXIdDWm4, https://www.peekvids.com/watch?v=7ixJXQ7KIA0, https://www.peekvids.com/watch?v=AEHG6SF3CIq, https://www.peekvids.com/watch?v=GKWqE8VW_wF, https://www.peekvids.com/watch?v=XeSwhUCsqKj, https://www.peekvids.com/watch?v=9IDZN2bUhbZ, https://www.peekvids.com/watch?v=6SqlT6TG5xf, https://www.peekvids.com/watch?v=3dtDodKZQUL, https://www.peekvids.com/watch?v=D1Y7dlCWRMj, https://www.peekvids.com/watch?v=mjgHmF1aJuJ, https://www.peekvids.com/watch?v=fKOgISfh1oA, https://www.peekvids.com/watch?v=Sxzg0GlfnQE, https://www.peekvids.com/watch?v=K76X78n0__z, https://www.peekvids.com/watch?v=p-xxcV56FgS, https://www.peekvids.com/watch?v=OMbKfitlWWm
5.f. Date of third notice: 2015-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shikarno
5.b. Uploader's email address: dinpitedlage@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=shikarno
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=yhQguJKqpeC, https://www.peekvids.com/watch?v=BxE6ChDXXZb, https://www.peekvids.com/watch?v=qLIy8teqNd4, https://www.peekvids.com/watch?v=7yrAbX-0fI3, https://www.peekvids.com/watch?v=qwwZSHiNYab, https://www.peekvids.com/watch?v=gH6dRh2nNfR, https://www.peekvids.com/watch?v=hUBRHHyD06i, https://www.peekvids.com/watch?v=zgPNDpZM_DL, https://www.peekvids.com/watch?v=ExhShlgbiMB, https://www.peekvids.com/watch?v=rou-iRkEdnp, https://www.peekvids.com/watch?v=i8FYgk3LfTu, https://www.peekvids.com/watch?v=Td975rEYpmV, https://www.peekvids.com/watch?v=xvZIAmJQC36, https://www.peekvids.com/watch?v=9AdtisK5G2b, https://www.peekvids.com/watch?v=Vydso-fok1p, https://www.peekvids.com/watch?v=mzJ-JIDEQDG, https://www.peekvids.com/watch?v=ZSCieee6ARb, https://www.peekvids.com/watch?v=GQxrOX6Ps8c, https://www.peekvids.com/watch?v=uJT94EG3oDj, https://www.peekvids.com/watch?v=xnAYrGKJbvI, https://www.peekvids.com/watch?v=KEx6c4qkUY4, https://www.peekvids.com/watch?v=8e2oqIDIZFL, https://www.peekvids.com/watch?v=iK_xzr5nyIn, https://www.peekvids.com/watch?v=dbqx3Jg5_Jw, https://www.peekvids.com/watch?v=aH8yuKogupf, https://www.peekvids.com/watch?v=0bQQaPH68Hf, https://www.peekvids.com/watch?v=9MoCe7_mnbK, https://www.peekvids.com/watch?v=pMX5MyVaQNo, https://www.peekvids.com/watch?v=qy0WvldXZGj, https://www.peekvids.com/watch?v=FRuJLW0hyB3, https://www.peekvids.com/watch?v=lBAEZLDOYEJ, https://www.peekvids.com/watch?v=8UMC6kI3xeU, https://www.peekvids.com/watch?v=6al4-q7gY-E, https://www.peekvids.com/watch?v=AXrh19LxxpP, https://www.peekvids.com/watch?v=SuEiHJqJVbe, https://www.peekvids.com/watch?v=YvKzGo07x5Y, https://www.peekvids.com/watch?v=RHyEa8Ar3hE, https://www.peekvids.com/watch?v=iIuYHDXFDio, https://www.peekvids.com/watch?v=FPlmbvgp1qQ, https://www.peekvids.com/watch?v=E8HtB7NL2Jx, https://www.peekvids.com/watch?v=POf4eDzyWUL, https://www.peekvids.com/watch?v=Y4BOGm8X2-B, https://www.peekvids.com/watch?v=2Mmw1gluL2Y, https://www.peekvids.com/watch?v=PlUsxjJq0cI, https://www.peekvids.com/watch?v=RelR86xLYPx, https://www.peekvids.com/watch?v=cdt2-PU6bbg, https://www.peekvids.com/watch?v=RQ04afCDwJk, https://www.peekvids.com/watch?v=HNsmJtn8Znt, https://www.peekvids.com/watch?v=yq-BO4h8XZE, https://www.peekvids.com/watch?v=gTNnc4wrfpg, https://www.peekvids.com/watch?v=8IA_Odp6uYB, https://www.peekvids.com/watch?v=NM1Ulvg6vJV, https://www.peekvids.com/watch?v=w3T3b-IYz5a, https://www.peekvids.com/watch?v=irN9rESs6_z, https://www.peekvids.com/watch?v=wFaFopvUH43, https://www.peekvids.com/watch?v=XXYoZ9Yksbv, https://www.peekvids.com/watch?v=PXkZheybR4C, https://www.peekvids.com/watch?v=nrxJeh1JUp0, https://www.peekvids.com/watch?v=QIbEGtVCRrd, https://www.peekvids.com/watch?v=allW_M7OPYJ, https://www.peekvids.com/watch?v=GldQt5HzhMd, https://www.peekvids.com/watch?v=6i8nbNZ2n48, https://www.peekvids.com/watch?v=GP4iFpkT2aS, https://www.peekvids.com/watch?v=xG2d4-r_Q1n, https://www.peekvids.com/watch?v=cAatR8f5ETJ, https://www.peekvids.com/watch?v=nyaWLw6NWDV, https://www.peekvids.com/watch?v=Q4FQtkIwxax, https://www.peekvids.com/watch?v=aXslN0TbNE8, https://www.peekvids.com/watch?v=2zDQJqyDXVN, https://www.peekvids.com/watch?v=u4RRUdv-tcl, https://www.peekvids.com/watch?v=rmjer2kH9fg, https://www.peekvids.com/watch?v=9ziree5B95k, https://www.peekvids.com/watch?v=zybiNwz59nr, https://www.peekvids.com/watch?v=E5ZmGDEoZS9, https://www.peekvids.com/watch?v=eKqyZ3xcG_h, https://www.peekvids.com/watch?v=JulwgYWyqTN, https://www.peekvids.com/watch?v=daWFrrSQjus, https://www.peekvids.com/watch?v=ypZ64UQ1rqr, https://www.peekvids.com/watch?v=5qVJo_VidRQ, https://www.peekvids.com/watch?v=cRiaikrIKC3, https://www.peekvids.com/watch?v=Od4Hc-p_CdC, https://www.peekvids.com/watch?v=lNi0C_BHQbC, https://www.peekvids.com/watch?v=DQgx8M9IFnp, https://www.peekvids.com/watch?v=cVRfiGmpnqW, https://www.peekvids.com/watch?v=dx3D9CAHCkM, https://www.peekvids.com/watch?v=PqL5kgN1Js0, https://www.peekvids.com/watch?v=AAn6_bVK2RX, https://www.peekvids.com/watch?v=e6dNBBy_1pF, https://www.peekvids.com/watch?v=nnbT00PEfGE, https://www.peekvids.com/watch?v=lwrbsMLZIWv, https://www.peekvids.com/watch?v=LCJ5nFMBIgr, https://www.peekvids.com/watch?v=de2iJkmn_mC, https://www.peekvids.com/watch?v=v1sIcgme2pk, https://www.peekvids.com/watch?v=0TWOVrxGd8k, https://www.peekvids.com/watch?v=pRCFCHReN2e, https://www.peekvids.com/watch?v=KTbhiyKaycv, https://www.peekvids.com/watch?v=hICZ9lGkXyJ, https://www.peekvids.com/watch?v=E37XW393JFh, https://www.peekvids.com/watch?v=p492BPxlw7G, https://www.peekvids.com/watch?v=e5e25oJHDds
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shortmix
5.b. Uploader's email address: toohearpoweboy@yahoo.nl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=shortmix
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=AogabzHN3GD, https://www.peekvids.com/watch?v=AjHRef6E97k, https://www.peekvids.com/watch?v=5CggSnK5Px9, https://www.peekvids.com/watch?v=ocLGq5txV60, https://www.peekvids.com/watch?v=4rsXafJ9VlZ, https://www.peekvids.com/watch?v=UKikVyQJX8U, https://www.peekvids.com/watch?v=Ff2mNq-Vy8m, https://www.peekvids.com/watch?v=THzmKiRDynJ, https://www.peekvids.com/watch?v=jQAWe5KPSLn, https://www.peekvids.com/watch?v=0WhLze44Fkl, https://www.peekvids.com/watch?v=AxDdSLW5X8-, https://www.peekvids.com/watch?v=T-ad8LM5SsU, https://www.peekvids.com/watch?v=ASQbmIBc0GR, https://www.peekvids.com/watch?v=LTHegqfHm4L, https://www.peekvids.com/watch?v=JNONvPL6RZl, https://www.peekvids.com/watch?v=nLUGVMnU9xp, https://www.peekvids.com/watch?v=ICcOEZO6FDc, https://www.peekvids.com/watch?v=ZdMxTctGDl3, https://www.peekvids.com/watch?v=NmSCoFNY-JJ, https://www.peekvids.com/watch?v=sIoljJixqd5, https://www.peekvids.com/watch?v=7t-UurJdkca, https://www.peekvids.com/watch?v=MXMwG9tYSo5, https://www.peekvids.com/watch?v=8OtX2Hh3l3b, https://www.peekvids.com/watch?v=wbLO-4Jk4RX, https://www.peekvids.com/watch?v=3kjU8OU8c2f, https://www.peekvids.com/watch?v=bTbxAa-eXWy, https://www.peekvids.com/watch?v=-6qUjLtL3FC, https://www.peekvids.com/watch?v=ZJdlLt3Zi6e, https://www.peekvids.com/watch?v=yVifIgMMFjM, https://www.peekvids.com/watch?v=bUFWljmhYTS, https://www.peekvids.com/watch?v=NM6J0gk8tWU, https://www.peekvids.com/watch?v=abdArgptmni, https://www.peekvids.com/watch?v=ZLcPZtBi42a, https://www.peekvids.com/watch?v=yrqzwunxmoe, https://www.peekvids.com/watch?v=Wt5S4NXhpP0, https://www.peekvids.com/watch?v=UAU-53EuwNl, https://www.peekvids.com/watch?v=yNCPBHVTWpU, https://www.peekvids.com/watch?v=ZC9ZwgH4yQ9, https://www.peekvids.com/watch?v=FkgDXIngoYf, https://www.peekvids.com/watch?v=seq482OVXzs, https://www.peekvids.com/watch?v=tH0iH8zAU8d, https://www.peekvids.com/watch?v=kq7WahoQEaa, https://www.peekvids.com/watch?v=Rh0CiZh2EmF, https://www.peekvids.com/watch?v=ZbhoChebL83, https://www.peekvids.com/watch?v=x2q5qJkVa6R, https://www.peekvids.com/watch?v=GTMbrLIKtOc, https://www.peekvids.com/watch?v=6twDXu4InZQ, https://www.peekvids.com/watch?v=Yx8seASNkbS, https://www.peekvids.com/watch?v=Q2Yg8dxWTJO, https://www.peekvids.com/watch?v=JemvGtwFR75, https://www.peekvids.com/watch?v=sFSFxEmO8EL, https://www.peekvids.com/watch?v=dpd4lJa46Vd, https://www.peekvids.com/watch?v=jY2Z7X8nCga, https://www.peekvids.com/watch?v=wsuPp-H70zN, https://www.peekvids.com/watch?v=0hYmMaKH5gk, https://www.peekvids.com/watch?v=8HsTZrPPdj8, https://www.peekvids.com/watch?v=N6WdE4lsBLl, https://www.peekvids.com/watch?v=8CFw9PDYXMr, https://www.peekvids.com/watch?v=esHQKUesb5j, https://www.peekvids.com/watch?v=JLaEeonZi79, https://www.peekvids.com/watch?v=dUIGeSDqzeg, https://www.peekvids.com/watch?v=tYvBIXsnbTR, https://www.peekvids.com/watch?v=YLShCtjQ0Il, https://www.peekvids.com/watch?v=joB9Mlgz2Pv, https://www.peekvids.com/watch?v=Ni0WUxOSXAB, https://www.peekvids.com/watch?v=njvMV6VXZ4X, https://www.peekvids.com/watch?v=qbjSSUfFM3g, https://www.peekvids.com/watch?v=du8Wazi5prW, https://www.peekvids.com/watch?v=klcSXi4bOG5, https://www.peekvids.com/watch?v=za3rx-lFSVd, https://www.peekvids.com/watch?v=Ukowg7wehX5, https://www.peekvids.com/watch?v=HxbBOYb0BHz, https://www.peekvids.com/watch?v=PRWwfmPnOYN, https://www.peekvids.com/watch?v=HqIqOEqY2k8, https://www.peekvids.com/watch?v=Lu98okFeAyE, https://www.peekvids.com/watch?v=kbflItvQluu, https://www.peekvids.com/watch?v=RiT8F95z2lM, https://www.peekvids.com/watch?v=bG4r-TTpiIA, https://www.peekvids.com/watch?v=FTij6A73YD4, https://www.peekvids.com/watch?v=BDUNkcqCjoZ, https://www.peekvids.com/watch?v=vmWQvnENHYO, https://www.peekvids.com/watch?v=UJYczPTafI4, https://www.peekvids.com/watch?v=uBGOHPF58yz, https://www.peekvids.com/watch?v=yRAxlfKamrl, https://www.peekvids.com/watch?v=NBctccdBGpG, https://www.peekvids.com/watch?v=BTNWEV00fiz, https://www.peekvids.com/watch?v=xo8v6V7Vdwv, https://www.peekvids.com/watch?v=nHaTrOHwgAf, https://www.peekvids.com/watch?v=KWUtpDNJwV3, https://www.peekvids.com/watch?v=dYveMl7udp7, https://www.peekvids.com/watch?v=dmFqz8RmWzb, https://www.peekvids.com/watch?v=UDATWoen5Wn, https://www.peekvids.com/watch?v=Avq6OPyFSXz, https://www.peekvids.com/watch?v=IS3jIhhZbtB, https://www.peekvids.com/watch?v=Y26xkDN7f8u, https://www.peekvids.com/watch?v=n0NcFXBwRHT, https://www.peekvids.com/watch?v=gfY6zPkUS8m, https://www.peekvids.com/watch?v=i3dDjSILVZD, https://www.peekvids.com/watch?v=nI9rdjTVABl, https://www.peekvids.com/watch?v=JDfAjA5cT4u, https://www.peekvids.com/watch?v=ThXCUKA-ksz, https://www.peekvids.com/watch?v=XX0dQuU2L09, https://www.peekvids.com/watch?v=Vm5ReACNNKd, https://www.peekvids.com/watch?v=z2-yzHWQUP2, https://www.peekvids.com/watch?v=zgvNtc60xEh, https://www.peekvids.com/watch?v=Uli6BhQKqlh, https://www.peekvids.com/watch?v=rc3fZMZOksJ, https://www.peekvids.com/watch?v=pxD0fYnmSCm, https://www.peekvids.com/watch?v=Y3Dab3IBhDA, https://www.peekvids.com/watch?v=Zr-J3EdgT3I, https://www.peekvids.com/watch?v=24Gpwd24SF6, https://www.peekvids.com/watch?v=-CPoe8rlKP2, https://www.peekvids.com/watch?v=rJtqZXK3Hcm, https://www.peekvids.com/watch?v=KXsuiltuRzP, https://www.peekvids.com/watch?v=Gf3KDpTpLOq, https://www.peekvids.com/watch?v=vb0QyIHgWK2, https://www.peekvids.com/watch?v=JhOBNgdDgPM, https://www.peekvids.com/watch?v=kjoknOGUCvM, https://www.peekvids.com/watch?v=6HmEc9OVwJu, https://www.peekvids.com/watch?v=HG2HVAThkF6, https://www.peekvids.com/watch?v=eSyM6vqeFad, https://www.peekvids.com/watch?v=6VtTToId-Wz, https://www.peekvids.com/watch?v=QIVSWUAHx3u, https://www.peekvids.com/watch?v=y5rttqBqJiZ, https://www.peekvids.com/watch?v=wBGxlO75Ax2, https://www.peekvids.com/watch?v=VDFefUaiPZo, https://www.peekvids.com/watch?v=LBdqgezwbj6, https://www.peekvids.com/watch?v=Km7t0KuSKhS, https://www.peekvids.com/watch?v=-MTHrtrw-qC, https://www.peekvids.com/watch?v=wmMRre8hH35, https://www.peekvids.com/watch?v=SFPK4C3zV3T, https://www.peekvids.com/watch?v=fVXCfqGwhjR, https://www.peekvids.com/watch?v=nJbNNv3H7g6, https://www.peekvids.com/watch?v=GCRucN030BU, https://www.peekvids.com/watch?v=7HiEyCQVAEr, https://www.peekvids.com/watch?v=QFx9oSsf7DQ, https://www.peekvids.com/watch?v=FQEwOTIrjo4, https://www.peekvids.com/watch?v=DZitr9WSZDv, https://www.peekvids.com/watch?v=hPtzBhhFGuX, https://www.peekvids.com/watch?v=lsoRhqRXNOf, https://www.peekvids.com/watch?v=w6VzKDM-NPu, https://www.peekvids.com/watch?v=9zUVQ8A-UPG, https://www.peekvids.com/watch?v=Uk69YSWsBJg, https://www.peekvids.com/watch?v=IsT-7SFoD9K, https://www.peekvids.com/watch?v=cO-j4SuzetU, https://www.peekvids.com/watch?v=iiIotrwGbdD, https://www.peekvids.com/watch?v=flIT4uPPBRB, https://www.peekvids.com/watch?v=TYRi3b4kOWC, https://www.peekvids.com/watch?v=zrSo-Iavsap, https://www.peekvids.com/watch?v=3Cw5SIgYSzJ, https://www.peekvids.com/watch?v=fsD4guEPPRq, https://www.peekvids.com/watch?v=TbQiibKNkJw, https://www.peekvids.com/watch?v=ukqffcAafiC, https://www.peekvids.com/watch?v=ICkR8Lh8aKU, https://www.peekvids.com/watch?v=L4AvVzyObue,

https://www.peekvids.com/watch?v=3X5avXViu5X, https://www.peekvids.com/watch?v=jDMOATS5MYF, https://www.peekvids.com/watch?v=RMrNDxihhFd,
https://www.peekvids.com/watch?v=de8o9L9m-cX, https://www.peekvids.com/watch?v=D4-ycYMVsm4, https://www.peekvids.com/watch?v=xZusHcUceOd,
https://www.peekvids.com/watch?v=R7AZRgrbGJX, https://www.peekvids.com/watch?v=nTaBPeiKDm4, https://www.peekvids.com/watch?v=cZ2h-oDZG89,
https://www.peekvids.com/watch?v=iQwiKqDFLnX, https://www.peekvids.com/watch?v=RVRlWKSpBfh, https://www.peekvids.com/watch?v=QaQsJGgWHiL,
https://www.peekvids.com/watch?v=3uQPppZ9eta, https://www.peekvids.com/watch?v=LmvVSgTiUzR, https://www.peekvids.com/watch?v=fVDSFBpNOlb,
https://www.peekvids.com/watch?v=QNRhowMNuZf, https://www.peekvids.com/watch?v=u7dmDWyo9y4, https://www.peekvids.com/watch?v=ZmRnTz8uCCE,
https://www.peekvids.com/watch?v=AyczW7jK6Ct, https://www.peekvids.com/watch?v=ygCc4hTOnL5, https://www.peekvids.com/watch?v=eR2Ranb6LxP,
https://www.peekvids.com/watch?v=HxypWGrliCb, https://www.peekvids.com/watch?v=5lvnTo0cidS, https://www.peekvids.com/watch?v=CgC7JuBsyBK,
https://www.peekvids.com/watch?v=5sZ6bW4tmzy, https://www.peekvids.com/watch?v=MIFYb0lkpiU, https://www.peekvids.com/watch?v=8-PKjVY2B4B,
https://www.peekvids.com/watch?v=SgEzt6fsBdi, https://www.peekvids.com/watch?v=89BXkMcswfm, https://www.peekvids.com/watch?v=0JtoYgTbtUr,
https://www.peekvids.com/watch?v=vnuFZxYmDau, https://www.peekvids.com/watch?v=l5j7bdKHNzM, https://www.peekvids.com/watch?v=YXrpojYtjVx,
https://www.peekvids.com/watch?v=iDuYEK8LibS, https://www.peekvids.com/watch?v=tNG9KUqlNHy, https://www.peekvids.com/watch?v=9E-2T0oyQ80,
https://www.peekvids.com/watch?v=rJIgLfc7Pmb, https://www.peekvids.com/watch?v=4Wx-iYiVEAI, https://www.peekvids.com/watch?v=IDiCngDf6eN,
https://www.peekvids.com/watch?v=qzuM50E0Tyj, https://www.peekvids.com/watch?v=x588CeIIhFn, https://www.peekvids.com/watch?v=ABq7UgdpBp6,
https://www.peekvids.com/watch?v=7h49WZ-rN7P, https://www.peekvids.com/watch?v=geEd0fkGipn, https://www.peekvids.com/watch?v=83ZyIjvLWfX,
https://www.peekvids.com/watch?v=iENdfQwLwcQ, https://www.peekvids.com/watch?v=dOVFsSucYp8, https://www.peekvids.com/watch?v=io-lWuFuUm4,
https://www.peekvids.com/watch?v=OVMgSTJWM4N, https://www.peekvids.com/watch?v=9rYNi07Oydg, https://www.peekvids.com/watch?v=H59RelcLdjG,
https://www.peekvids.com/watch?v=-IOLTIpPaF-, https://www.peekvids.com/watch?v=xGkJDw5eFKL, https://www.peekvids.com/watch?v=t7-lDbrELX8,
https://www.peekvids.com/watch?v=vMPEsIgwOHg, https://www.peekvids.com/watch?v=XBX-W89tlky, https://www.peekvids.com/watch?v=bOf0bOMiukg,
https://www.peekvids.com/watch?v=eu4yxv0QEP6, https://www.peekvids.com/watch?v=gfRcxX6eVrW, https://www.peekvids.com/watch?v=fkHmj80vo9N,
https://www.peekvids.com/watch?v=WfRLJl8JqqF, https://www.peekvids.com/watch?v=MsLuevVaj9-, https://www.peekvids.com/watch?v=lmtBKu2dPvf,
https://www.peekvids.com/watch?v=e2swltjlOwK, https://www.peekvids.com/watch?v=OFO7sCEiyno, https://www.peekvids.com/watch?v=Ov-YxfkcPJQ,
https://www.peekvids.com/watch?v=aKOdmwXndlv, https://www.peekvids.com/watch?v=VPauy7UtcAw, https://www.peekvids.com/watch?v=Far5rk2UgWk,
https://www.peekvids.com/watch?v=vrHEmEEa6MH, https://www.peekvids.com/watch?v=ydG8uHXACL9, https://www.peekvids.com/watch?v=A2p8mArvD9y,
https://www.peekvids.com/watch?v=J-tppL5Posd, https://www.peekvids.com/watch?v=2hHFzi3MPh9, https://www.peekvids.com/watch?v=7kyxENUHjTG,
https://www.peekvids.com/watch?v=ESUp9aU-hee, https://www.peekvids.com/watch?v=CCI7umMcqb2, https://www.peekvids.com/watch?v=dEp8zUnIoTv,
https://www.peekvids.com/watch?v=-WpO26zzuaB, https://www.peekvids.com/watch?v=fm6NIFWtXCU, https://www.peekvids.com/watch?v=rlJV2O4Wvx5,
https://www.peekvids.com/watch?v=ajj050rUdbA, https://www.peekvids.com/watch?v=VrwfsYIQc7f, https://www.peekvids.com/watch?v=YALFvBc0Hsu,
https://www.peekvids.com/watch?v=EXgysNX9kMV, https://www.peekvids.com/watch?v=NAb7GS5YH8K, https://www.peekvids.com/watch?v=QDO8mtGyOwS,
https://www.peekvids.com/watch?v=rXYeac9SDHK, https://www.peekvids.com/watch?v=0W3zE9dAUOI, https://www.peekvids.com/watch?v=Xd6sOI5zyho,
https://www.peekvids.com/watch?v=Vh08sp0KA9O, https://www.peekvids.com/watch?v=758Gf-Qtkli, https://www.peekvids.com/watch?v=nygv-hiLLnK,
https://www.peekvids.com/watch?v=t8K4W8I5c3q, https://www.peekvids.com/watch?v=HFrgOENWbYv, https://www.peekvids.com/watch?v=bxnK7JulyoJ,
https://www.peekvids.com/watch?v=46pj3ZkD9br, https://www.peekvids.com/watch?v=t4KYDqnotGX, https://www.peekvids.com/watch?v=xog8Xtnf5TN,
https://www.peekvids.com/watch?v=otn33BzTPOk, https://www.peekvids.com/watch?v=zh8iRoRlTd4, https://www.peekvids.com/watch?v=JVkFEuOM5Op,
https://www.peekvids.com/watch?v=jPVPUlwwSrL, https://www.peekvids.com/watch?v=mFy57IsHWxw, https://www.peekvids.com/watch?v=VGBluiVHfvA,
https://www.peekvids.com/watch?v=KlmtAN8piDv, https://www.peekvids.com/watch?v=aRTDchQjyRQ, https://www.peekvids.com/watch?v=hyfKzz4SroP,
https://www.peekvids.com/watch?v=kkzuo9PtdcZ, https://www.peekvids.com/watch?v=2J5B2Y39Huw, https://www.peekvids.com/watch?v=c-XavLl22AE,
https://www.peekvids.com/watch?v=GRCbs3j-bsq, https://www.peekvids.com/watch?v=9siYPlN7oSy, https://www.peekvids.com/watch?v=4ykNkyLdZGs,
https://www.peekvids.com/watch?v=MWuYGEyb7Hq, https://www.peekvids.com/watch?v=SXgFEbTpVvN, https://www.peekvids.com/watch?v=aebDaZ6Xc8z,
https://www.peekvids.com/watch?v=3ptr2kyCoaw, https://www.peekvids.com/watch?v=ePmdDuzG6B3, https://www.peekvids.com/watch?v=Ma0OYlh-I4F,
https://www.peekvids.com/watch?v=S8FWzhLLxQW, https://www.peekvids.com/watch?v=pUToqIRklCJ, https://www.peekvids.com/watch?v=LDQoAClasrk,
https://www.peekvids.com/watch?v=onQf4isK0Zp, https://www.peekvids.com/watch?v=eV-GNqvMEUn, https://www.peekvids.com/watch?v=FHzPDqJXqg4,
https://www.peekvids.com/watch?v=-0YvGwGOPsw, https://www.peekvids.com/watch?v=fo8q3J7EGCG, https://www.peekvids.com/watch?v=j8tNd7ToDGf,
https://www.peekvids.com/watch?v=Md-GtCIm-np, https://www.peekvids.com/watch?v=XXFHW82bRoy, https://www.peekvids.com/watch?v=PuxSVgsuc-m,
https://www.peekvids.com/watch?v=BZs3U80pVXM, https://www.peekvids.com/watch?v=8KvgcbthiKQ, https://www.peekvids.com/watch?v=ytAdRrA7kJr,
https://www.peekvids.com/watch?v=EWXpGO2qBul, https://www.peekvids.com/watch?v=hvfMRi5-LhC, https://www.peekvids.com/watch?v=vVgJUBVMdEB,
https://www.peekvids.com/watch?v=IxprafmN65Q, https://www.peekvids.com/watch?v=Ia9tmAh68E6, https://www.peekvids.com/watch?v=fTrQul9hDNT,
https://www.peekvids.com/watch?v=jE89mTn8K24, https://www.peekvids.com/watch?v=I9dJdI3sGxl, https://www.peekvids.com/watch?v=4imfuyqP3SJ,
https://www.peekvids.com/watch?v=mPEmhMYCimW, https://www.peekvids.com/watch?v=h0cbPn5ZyZM, https://www.peekvids.com/watch?v=WE83MngTsL3,
https://www.peekvids.com/watch?v=Y9LtHEpWDbo, https://www.peekvids.com/watch?v=AecMaCATSeZ, https://www.peekvids.com/watch?v=xCe4msrQtpd,
https://www.peekvids.com/watch?v=pUvSvZe2-i8, https://www.peekvids.com/watch?v=b7QBJPz53mV, https://www.peekvids.com/watch?v=23UHuLcqDgO,
https://www.peekvids.com/watch?v=r4MltgZEchK, https://www.peekvids.com/watch?v=8mnGa4ozCyU, https://www.peekvids.com/watch?v=PnMwNmneg8D,
https://www.peekvids.com/watch?v=oKuR6zKXbVt, https://www.peekvids.com/watch?v=hrdfyWq-wZI, https://www.peekvids.com/watch?v=D0YM2diaKO3,
https://www.peekvids.com/watch?v=Scactje7DSq, https://www.peekvids.com/watch?v=KTGKOWSZPPD, https://www.peekvids.com/watch?v=n-BUMZ-rkaW,
https://www.peekvids.com/watch?v=Ub7On8uwhUD, https://www.peekvids.com/watch?v=YVKtEslatKW, https://www.peekvids.com/watch?v=g36YRA4xQvE,
https://www.peekvids.com/watch?v=yVQLfwzcWo3, https://www.peekvids.com/watch?v=tKy4Jp32IF5, https://www.peekvids.com/watch?v=aGfqRy9Q8cj
5.f. Date of third notice: 2015-05-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shtruha
5.b. Uploader's email address: alealloboolago@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=shtruha
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=iVurwyqoo9w, https://www.peekvids.com/watch?v=ZYxF-iLk4tG,
https://www.peekvids.com/watch?v=NrFazPf3gBZ, https://www.peekvids.com/watch?v=eKrQDd2jT_J, https://www.peekvids.com/watch?v=dLjTFhAkZ6n,
https://www.peekvids.com/watch?v=ARjVyUd53Ck, https://www.peekvids.com/watch?v=tiUfM_7gOSr, https://www.peekvids.com/watch?v=KcgAnfJ_CVG,
https://www.peekvids.com/watch?v=oJMtXd4r4Bm, https://www.peekvids.com/watch?v=Sz8XNP5IY-O, https://www.peekvids.com/watch?v=r5I_8o20B7L,
https://www.peekvids.com/watch?v=4ICTlpTlBPn, https://www.peekvids.com/watch?v=atwxCFDtby0, https://www.peekvids.com/watch?v=wuI3PN3qIGl,
https://www.peekvids.com/watch?v=IlPhAmaqjsK, https://www.peekvids.com/watch?v=hsy5EX3HtOe, https://www.peekvids.com/watch?v=5-gtcYmDVnu,
https://www.peekvids.com/watch?v=mKUwA4WmTQR, https://www.peekvids.com/watch?v=hYZRPMSJeQs, https://www.peekvids.com/watch?v=LALLCeMqgIp,
https://www.peekvids.com/watch?v=GuVtULmRw32, https://www.peekvids.com/watch?v=6fPS0FalKld, https://www.peekvids.com/watch?v=Hy81ebrVm6l,
https://www.peekvids.com/watch?v=MUuOUuPiEzz, https://www.peekvids.com/watch?v=3rDNzkFVL0h, https://www.peekvids.com/watch?v=xTxi-s0fNpy,
https://www.peekvids.com/watch?v=6p6yH6VlTR0, https://www.peekvids.com/watch?v=XIj7auvk1ig, https://www.peekvids.com/watch?v=paUIVXxVNhm,
https://www.peekvids.com/watch?v=ehMIRbp9WRF, https://www.peekvids.com/watch?v=4eNyLQ5-TPB, https://www.peekvids.com/watch?v=nPom7osKeQy,
https://www.peekvids.com/watch?v=6kx3KkreeT2, https://www.peekvids.com/watch?v=GRGSuBTdwUq, https://www.peekvids.com/watch?v=bmF0fhRvb7K,
https://www.peekvids.com/watch?v=Kixl8ZfLXRP, https://www.peekvids.com/watch?v=6yoDtg4QAey, https://www.peekvids.com/watch?v=KztyWVBVQ-Z,
https://www.peekvids.com/watch?v=UKZHI7ny7Bd, https://www.peekvids.com/watch?v=lPCIyAwdp1C, https://www.peekvids.com/watch?v=XX-Wp4Vqs7h,
https://www.peekvids.com/watch?v=iGxkdMkBHln, https://www.peekvids.com/watch?v=kU6OM5x_EMw, https://www.peekvids.com/watch?v=fmut36gKBon,
https://www.peekvids.com/watch?v=FaccekQ4f3g, https://www.peekvids.com/watch?v=TCIqIpKRnum, https://www.peekvids.com/watch?v=QG5IGwpO_Ur,
https://www.peekvids.com/watch?v=UPQFP_u-Kuf, https://www.peekvids.com/watch?v=psAqrbhe_tV, https://www.peekvids.com/watch?v=psRFwbrQEvq,
https://www.peekvids.com/watch?v=qpc90cFLJmU, https://www.peekvids.com/watch?v=94D17cYpZL2, https://www.peekvids.com/watch?v=zGhIaGIQYaH,
https://www.peekvids.com/watch?v=xJxTCM9XsMx, https://www.peekvids.com/watch?v=4kw93zTaVwi, https://www.peekvids.com/watch?v=2M30egvjEZg,
https://www.peekvids.com/watch?v=BPxeFX12mt6, https://www.peekvids.com/watch?v=ddbNK54pD4t, https://www.peekvids.com/watch?v=uYyJ4eKhY3l,
https://www.peekvids.com/watch?v=kWxaQhMXs9y, https://www.peekvids.com/watch?v=m-SDwd60fVQ, https://www.peekvids.com/watch?v=rNtlE5bm4K4,
https://www.peekvids.com/watch?v=WOFQnVUeDVE, https://www.peekvids.com/watch?v=NTcA4UX7jmf, https://www.peekvids.com/watch?v=dB6ZPuAHT2R,
https://www.peekvids.com/watch?v=gSQ8RdNslut, https://www.peekvids.com/watch?v=SyqCaw26hTw, https://www.peekvids.com/watch?v=MDArGr5ok6W,
https://www.peekvids.com/watch?v=Hi4TlHYD_0J, https://www.peekvids.com/watch?v=wuxarzQ-gCM, https://www.peekvids.com/watch?v=Z4oxkvI2sPg,
https://www.peekvids.com/watch?v=8CsKhxgMRqu, https://www.peekvids.com/watch?v=75SNZwNl7iu, https://www.peekvids.com/watch?v=5JvQN6tHf4O,
https://www.peekvids.com/watch?v=bqF9zzXvKCc, https://www.peekvids.com/watch?v=qCgN7H7MX5g, https://www.peekvids.com/watch?v=a1vllJMf__I,
https://www.peekvids.com/watch?v=Fg3qLrCKT4i, https://www.peekvids.com/watch?v=WwoPSagDF1W, https://www.peekvids.com/watch?v=mwevD2cHeym,
https://www.peekvids.com/watch?v=twTGMw7USWb, https://www.peekvids.com/watch?v=WzjGLlzrjjo, https://www.peekvids.com/watch?v=O2pYQM598nc,
https://www.peekvids.com/watch?v=8FY2MYpUs-A, https://www.peekvids.com/watch?v=o1M_BO-6iaf, https://www.peekvids.com/watch?v=ZTHFFMvg39e,
https://www.peekvids.com/watch?v=i-ej4OYXgJO, https://www.peekvids.com/watch?v=EesQ_QBuNz8, https://www.peekvids.com/watch?v=cO0oeq3vMzK,
https://www.peekvids.com/watch?v=sTW0PwtpG8I, https://www.peekvids.com/watch?v=oRJAUL7sI7k, https://www.peekvids.com/watch?v=WjZpJj901TB,
https://www.peekvids.com/watch?v=wsLEjnqDwBj, https://www.peekvids.com/watch?v=R3_yOTxXvPd, https://www.peekvids.com/watch?v=ZvrlZnPKI4C,
https://www.peekvids.com/watch?v=n2xmYwaNJRv, https://www.peekvids.com/watch?v=e-NIEU9ixxE, https://www.peekvids.com/watch?v=0-2Bwkck1DN,
https://www.peekvids.com/watch?v=URkfJy7czeY, https://www.peekvids.com/watch?v=iutnsQqOQau, https://www.peekvids.com/watch?v=XNkOEf2HCIU,
https://www.peekvids.com/watch?v=RGcfg0CDQGX, https://www.peekvids.com/watch?v=eLt5Nqm9pEP, https://www.peekvids.com/watch?v=xB7pXuuFXUs,
https://www.peekvids.com/watch?v=shETkjD8MxA, https://www.peekvids.com/watch?v=XcTeMQAcYjn, https://www.peekvids.com/watch?v=L8ielOHJ2yC,
https://www.peekvids.com/watch?v=mlBPzU-1zhY, https://www.peekvids.com/watch?v=o212dFX4hqc, https://www.peekvids.com/watch?v=IYbnpYeIAWA,
https://www.peekvids.com/watch?v=uabYLW6dr7z, https://www.peekvids.com/watch?v=3WsiDUd5LjR, https://www.peekvids.com/watch?v=bkQXxbMTH6j,
https://www.peekvids.com/watch?v=hwkoI_f1NfE, https://www.peekvids.com/watch?v=G3bTmTSQS4P, https://www.peekvids.com/watch?v=jREhooGeF9E,
https://www.peekvids.com/watch?v=WsYbZ3GWxZC, https://www.peekvids.com/watch?v=PjJVNZYuifZ, https://www.peekvids.com/watch?v=ayYy6q3g-4j,
https://www.peekvids.com/watch?v=M8bgaz1lwIi, https://www.peekvids.com/watch?v=F_BTIcpSdbs, https://www.peekvids.com/watch?v=k7IDIK6hZyV,
https://www.peekvids.com/watch?v=pqjBtOjAbyg, https://www.peekvids.com/watch?v=akJrA7i31B0, https://www.peekvids.com/watch?v=fqNFmbjq-Er,
https://www.peekvids.com/watch?v=PKcFLK5jwJy, https://www.peekvids.com/watch?v=3KWBwGLyf42, https://www.peekvids.com/watch?v=gj_xcBQbEe0,
https://www.peekvids.com/watch?v=altlDGfo_xK, https://www.peekvids.com/watch?v=z3y2gc92AB8, https://www.peekvids.com/watch?v=hiB38NtYjsH,
https://www.peekvids.com/watch?v=zvqZeqKgLU5, https://www.peekvids.com/watch?v=mEiH1P9EfVZ, https://www.peekvids.com/watch?v=UDkSKqsaqbB,
https://www.peekvids.com/watch?v=31tqXGp7lY3, https://www.peekvids.com/watch?v=VH3yD9p8lRl, https://www.peekvids.com/watch?v=bUXTl-UYSke,
https://www.peekvids.com/watch?v=89WKGjxcbDN, https://www.peekvids.com/watch?v=keo9Tl9647o, https://www.peekvids.com/watch?v=0-89w5_krRI,
https://www.peekvids.com/watch?v=LOtjZTEyO4D, https://www.peekvids.com/watch?v=X9gbJo-ZLHI, https://www.peekvids.com/watch?v=urnK4hMnWbY,
https://www.peekvids.com/watch?v=321kZ2MHysY, https://www.peekvids.com/watch?v=ouelSerRMkX, https://www.peekvids.com/watch?v=rCS68t8RzvS,
https://www.peekvids.com/watch?v=b_Fexhpaqzi, https://www.peekvids.com/watch?v=5__H0qfcVvT, https://www.peekvids.com/watch?v=ZQpGw8doQ8q,
https://www.peekvids.com/watch?v=Gs_N0j3JFJE, https://www.peekvids.com/watch?v=Ah04hr_YQJS, https://www.peekvids.com/watch?v=BFwQo8ZJsan,
https://www.peekvids.com/watch?v=y7NLPOUgbB0, https://www.peekvids.com/watch?v=cffYpcB2bUA, https://www.peekvids.com/watch?v=yC01ak77QS5,
https://www.peekvids.com/watch?v=EJlW5xNEpwU, https://www.peekvids.com/watch?v=IV0XSU-yOLl, https://www.peekvids.com/watch?v=5_BYjV7HLpK,
https://www.peekvids.com/watch?v=4_nl_GjyK4Y, https://www.peekvids.com/watch?v=CxWDImZcyFV, https://www.peekvids.com/watch?v=ySg_Z4p6o2u,
https://www.peekvids.com/watch?v=p0F3nMDrPH7, https://www.peekvids.com/watch?v=Z0eaQalLTES, https://www.peekvids.com/watch?v=K4QfviTBRrH,
https://www.peekvids.com/watch?v=HxG1B15GT3X, https://www.peekvids.com/watch?v=SIZhGXib5LX, https://www.peekvids.com/watch?v=jQw9ZFkLhY9,
https://www.peekvids.com/watch?v=2NIVxIu2oXy, https://www.peekvids.com/watch?v=ZVu-zFNBJMs, https://www.peekvids.com/watch?v=cKCbLJ1oFyZ,
https://www.peekvids.com/watch?v=nHyTvX3Q9E7, https://www.peekvids.com/watch?v=nUUv4H4FDm5, https://www.peekvids.com/watch?v=O1J0UFEf_ac,
https://www.peekvids.com/watch?v=FefYvmkubfX, https://www.peekvids.com/watch?v=PtXAjXVgKFi, https://www.peekvids.com/watch?v=84r_nW9PNv4,
https://www.peekvids.com/watch?v=7VHJPF4JzzF, https://www.peekvids.com/watch?v=FE4iBdHS4oA
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shumsha
5.b. Uploader's email address: alpacitorro@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=shumsha
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=zxRYPO5Q3Rd, https://www.peekvids.com/watch?v=GZgzIyRBbut,
https://www.peekvids.com/watch?v=PmDQEL9ymS5, https://www.peekvids.com/watch?v=xXqSAaWm249, https://www.peekvids.com/watch?v=QqwBGGdV2s0,
https://www.peekvids.com/watch?v=U3x5YoTXbRo, https://www.peekvids.com/watch?v=N1ACjbW_wut, https://www.peekvids.com/watch?v=xaUgV_hld2C,
https://www.peekvids.com/watch?v=V4k4VOxVvxk, https://www.peekvids.com/watch?v=p8nvQhmEzXl, https://www.peekvids.com/watch?v=mKtjsgs7uW9,
https://www.peekvids.com/watch?v=0W53h1usAtz, https://www.peekvids.com/watch?v=2jdo47_-0Dl, https://www.peekvids.com/watch?v=BqKBC6S3Hjm,
https://www.peekvids.com/watch?v=j2DKQvTuZ7d, https://www.peekvids.com/watch?v=kDCOFoCx4qi, https://www.peekvids.com/watch?v=5qNGZir5htI,
https://www.peekvids.com/watch?v=fodAvSuK4f6, https://www.peekvids.com/watch?v=i0ppO3WMrv3, https://www.peekvids.com/watch?v=GOaa0GbcPNh,
https://www.peekvids.com/watch?v=8OLgdyILUzD, https://www.peekvids.com/watch?v=yPKegkra4vf, https://www.peekvids.com/watch?v=KXozuwdBuJ4,

https://www.peekvids.com/watch?v=b9j0v3cMNhg, https://www.peekvids.com/watch?v=zitOH_Tp_yl, https://www.peekvids.com/watch?v=xGbfijqx64S,
https://www.peekvids.com/watch?v=R31CX40zm_a, https://www.peekvids.com/watch?v=M6Y9C4gH3Bz, https://www.peekvids.com/watch?v=T5xZasQxZdr,
https://www.peekvids.com/watch?v=OxFJqYz_N_R, https://www.peekvids.com/watch?v=0hHqM9zwZhA, https://www.peekvids.com/watch?v=pelZ4IE5mUh,
https://www.peekvids.com/watch?v=Pp31KKiL0Tc, https://www.peekvids.com/watch?v=l48FE8EtpeD, https://www.peekvids.com/watch?v=K9kVIc9jacA,
https://www.peekvids.com/watch?v=O5zSWzYmH6k, https://www.peekvids.com/watch?v=SXbd6f98B7B, https://www.peekvids.com/watch?v=iiCGIA3rUOn,
https://www.peekvids.com/watch?v=ME4nhceVVex, https://www.peekvids.com/watch?v=DafF7U-hJzu, https://www.peekvids.com/watch?v=OJhdrolV2tm,
https://www.peekvids.com/watch?v=VBW823jVTXe, https://www.peekvids.com/watch?v=copIKOSPpx6, https://www.peekvids.com/watch?v=Pa22fJNBYqi,
https://www.peekvids.com/watch?v=4WUIjbvlaw2, https://www.peekvids.com/watch?v=hZaf3qPAkg9, https://www.peekvids.com/watch?v=3StvhOO5pyR,
https://www.peekvids.com/watch?v=RPgebgesvDr, https://www.peekvids.com/watch?v=vt0-xlH_Iap, https://www.peekvids.com/watch?v=Md0293kSSmx,
https://www.peekvids.com/watch?v=FXQ1JnLerbY, https://www.peekvids.com/watch?v=nLj2x83t-mb, https://www.peekvids.com/watch?v=HUdYQw52Yea,
https://www.peekvids.com/watch?v=dCUi72JKqcM, https://www.peekvids.com/watch?v=9LNqlolrRf9, https://www.peekvids.com/watch?v=RS95mLffZ5c,
https://www.peekvids.com/watch?v=p4K1mPqr2S9, https://www.peekvids.com/watch?v=WrAUaSJ2KOB, https://www.peekvids.com/watch?v=yAzHNMA_HsD,
https://www.peekvids.com/watch?v=N9Eiieim-W0, https://www.peekvids.com/watch?v=P1mO5vHdF4R, https://www.peekvids.com/watch?v=WdeCJ48T18I,
https://www.peekvids.com/watch?v=YQsTXasuRNr, https://www.peekvids.com/watch?v=qT7u-rGylEJ, https://www.peekvids.com/watch?v=tcSnJOz5GBQ,
https://www.peekvids.com/watch?v=nHpA0vLCNrE, https://www.peekvids.com/watch?v=HycJqzGbW-e, https://www.peekvids.com/watch?v=7Q9uSdRZdtB,
https://www.peekvids.com/watch?v=9aqeFlFIW8c, https://www.peekvids.com/watch?v=VLZPE4cZx-M, https://www.peekvids.com/watch?v=AnYyrhBVJlf,
https://www.peekvids.com/watch?v=dq3vl4Ff98T, https://www.peekvids.com/watch?v=3tARaLgsyym, https://www.peekvids.com/watch?v=8rA-2kgYZIF,
https://www.peekvids.com/watch?v=sij-GB_Mw6L, https://www.peekvids.com/watch?v=7CZiGSnRORZ, https://www.peekvids.com/watch?v=H2pc895cDex,
https://www.peekvids.com/watch?v=iOxQsmKHY5o, https://www.peekvids.com/watch?v=ZwOHd2XZ-mP, https://www.peekvids.com/watch?v=9z5-cAOdMJq,
https://www.peekvids.com/watch?v=NrCBr4_eiMY, https://www.peekvids.com/watch?v=7N_oyLJTrVh, https://www.peekvids.com/watch?v=H80tc3d5r-x,
https://www.peekvids.com/watch?v=CK8oaXoQ4kw, https://www.peekvids.com/watch?v=VuXlkR1Iifw, https://www.peekvids.com/watch?v=p6l71RH_xQT,
https://www.peekvids.com/watch?v=MKAD2vfQV0a, https://www.peekvids.com/watch?v=q9fMpsOluy0, https://www.peekvids.com/watch?v=RpwkwXjerZq,
https://www.peekvids.com/watch?v=rsaqoGTQqJt, https://www.peekvids.com/watch?v=Fu1JUYr0jYZ, https://www.peekvids.com/watch?v=Gh7Sli-87Rs,
https://www.peekvids.com/watch?v=P1qnVEL3IGK, https://www.peekvids.com/watch?v=p8jZj6Rx3ts, https://www.peekvids.com/watch?v=hnfBKvPhvCe,
https://www.peekvids.com/watch?v=HefhAxdarwD, https://www.peekvids.com/watch?v=pNoVfzqkk1Y, https://www.peekvids.com/watch?v=QVlgnwSIUbn,
https://www.peekvids.com/watch?v=zkfvg8PSwnl, https://www.peekvids.com/watch?v=LeWijo-oiqH, https://www.peekvids.com/watch?v=fzJCjpHYBtX,
https://www.peekvids.com/watch?v=oKn3mGVa8po, https://www.peekvids.com/watch?v=ZQSLrzH5y4u, https://www.peekvids.com/watch?v=j6nKbt0qDHP
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shwarzz
5.b. Uploader's email address: milmill778@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=shwarzz
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XBr6HQei7Pn, https://www.peekvids.com/watch?v=MGIFXG1Eg0f,
https://www.peekvids.com/watch?v=kQ6PxPHyavf, https://www.peekvids.com/watch?v=RcfegYqrC34, https://www.peekvids.com/watch?v=hNO_-ui6Mse,
https://www.peekvids.com/watch?v=a9YZOL5nhfQ, https://www.peekvids.com/watch?v=D2tB-ZKsZpr, https://www.peekvids.com/watch?v=zWDmLDkGx9J,
https://www.peekvids.com/watch?v=T6CcIthWS9C, https://www.peekvids.com/watch?v=jED5YCgNtKP, https://www.peekvids.com/watch?v=4GecD4WKnHQ,
https://www.peekvids.com/watch?v=DDwBit0e9yF, https://www.peekvids.com/watch?v=eVhHieYaETb, https://www.peekvids.com/watch?v=Hx0_2otoUJy,
https://www.peekvids.com/watch?v=nwgZ01dCCrZ, https://www.peekvids.com/watch?v=ZwsXUjxrV9p, https://www.peekvids.com/watch?v=bqEhBB-VR-m,
https://www.peekvids.com/watch?v=7lGgn9Z65nZ, https://www.peekvids.com/watch?v=IrRwXo0TVtQ, https://www.peekvids.com/watch?v=PB7JobNd1KA,
https://www.peekvids.com/watch?v=qJglG5eE7ji, https://www.peekvids.com/watch?v=iwHTwFxsd6W, https://www.peekvids.com/watch?v=bubDpYI9pV3,
https://www.peekvids.com/watch?v=aU4jnABEyut, https://www.peekvids.com/watch?v=LkdHLEEqM87, https://www.peekvids.com/watch?v=U-olvGtrID6,
https://www.peekvids.com/watch?v=3dC5lyo52uf, https://www.peekvids.com/watch?v=EL0XViMyGcC, https://www.peekvids.com/watch?v=tqAwRYwC5LY,
https://www.peekvids.com/watch?v=vBg09Gqf9GX, https://www.peekvids.com/watch?v=5BXy7jE3h5o, https://www.peekvids.com/watch?v=Be7LwzojyzA,
https://www.peekvids.com/watch?v=v5yJWiKRsAG, https://www.peekvids.com/watch?v=iivrO64s_cX, https://www.peekvids.com/watch?v=YfB9EWtDLZM,
https://www.peekvids.com/watch?v=2eHDxEIxuAy, https://www.peekvids.com/watch?v=fZ-9TpyLH06, https://www.peekvids.com/watch?v=3LwrBvXpimM,
https://www.peekvids.com/watch?v=b4xS8JQOpgA, https://www.peekvids.com/watch?v=tUubgZpAEBC, https://www.peekvids.com/watch?v=pDxdQSeLwtN,
https://www.peekvids.com/watch?v=K8vb8Bjbk9v, https://www.peekvids.com/watch?v=cijAjmlmL_W, https://www.peekvids.com/watch?v=20btj4F_4SU,
https://www.peekvids.com/watch?v=pmwle1m0sG3, https://www.peekvids.com/watch?v=ps44fVyvWO9, https://www.peekvids.com/watch?v=SMYR9qIqVGn,
https://www.peekvids.com/watch?v=TE1XG4A_grd, https://www.peekvids.com/watch?v=ot9cvuWp_3s, https://www.peekvids.com/watch?v=0Yg7DeibVCA,
https://www.peekvids.com/watch?v=cSt1RCMtCmh, https://www.peekvids.com/watch?v=c5C92qmVXNP, https://www.peekvids.com/watch?v=29IxTFUpRhK,
https://www.peekvids.com/watch?v=hcTg2HQqlCD, https://www.peekvids.com/watch?v=bjurPZRm98w, https://www.peekvids.com/watch?v=ycw4cpNDZ1F,
https://www.peekvids.com/watch?v=FPD0fOLlQTm, https://www.peekvids.com/watch?v=6jTb3RhGf2i, https://www.peekvids.com/watch?v=2tcZjpodckZ,
https://www.peekvids.com/watch?v=fj2Xc3Px_Dv, https://www.peekvids.com/watch?v=07mMc0SywzI, https://www.peekvids.com/watch?v=dHmvITS2Fkj,
https://www.peekvids.com/watch?v=XhpDh7lp-qX, https://www.peekvids.com/watch?v=mRPBxFQS4nO, https://www.peekvids.com/watch?v=wqElBnZu-5K,
https://www.peekvids.com/watch?v=VMMywGVJyL6, https://www.peekvids.com/watch?v=PySaLUL5isr, https://www.peekvids.com/watch?v=ppsLSP4lbL0,
https://www.peekvids.com/watch?v=ogsrLL-604R, https://www.peekvids.com/watch?v=ff6NlaVtHqN, https://www.peekvids.com/watch?v=WTMiPuTLCUa,
https://www.peekvids.com/watch?v=MQaFIKrKbBs, https://www.peekvids.com/watch?v=YNPAB30xiSV, https://www.peekvids.com/watch?v=Ba3TW0kvrcA,
https://www.peekvids.com/watch?v=wL5tkMQUUzw, https://www.peekvids.com/watch?v=cNnTz0edzyZ, https://www.peekvids.com/watch?v=vcKfVdg52Sy,
https://www.peekvids.com/watch?v=zLIJvAHR5IJ, https://www.peekvids.com/watch?v=h-JUftAZLWm, https://www.peekvids.com/watch?v=Sd_nzFxawAN,
https://www.peekvids.com/watch?v=PJig5rbn7ay, https://www.peekvids.com/watch?v=FVZ-WvZMo2W, https://www.peekvids.com/watch?v=WNcdkAGpvLF,
https://www.peekvids.com/watch?v=HP4nN7e-grF, https://www.peekvids.com/watch?v=WwPAPfnlo2R, https://www.peekvids.com/watch?v=eF3YELOsw72,
https://www.peekvids.com/watch?v=pYwDUz1owqR, https://www.peekvids.com/watch?v=KZI9fsMZseh, https://www.peekvids.com/watch?v=J-pj28aDFkZ,
https://www.peekvids.com/watch?v=S-G3wIIURdW, https://www.peekvids.com/watch?v=cttVet3v1Eh, https://www.peekvids.com/watch?v=A2WF2jEt8Cs,
https://www.peekvids.com/watch?v=Ew00ziYO8Fi, https://www.peekvids.com/watch?v=7MkYUUu5ki8, https://www.peekvids.com/watch?v=ctdHJqhTECO,
https://www.peekvids.com/watch?v=JMp4NteIVnd, https://www.peekvids.com/watch?v=AhngKnszTl3, https://www.peekvids.com/watch?v=w_RKwFmjwNy,
https://www.peekvids.com/watch?v=Xz87MTH21kv, https://www.peekvids.com/watch?v=9h053nagBul, https://www.peekvids.com/watch?v=mu0ZT5-v30q,
https://www.peekvids.com/watch?v=RCq5gXjbBoR, https://www.peekvids.com/watch?v=gzhbAdQuGZc, https://www.peekvids.com/watch?v=k5dgBoMM_07,
https://www.peekvids.com/watch?v=0RShIwnSxTR, https://www.peekvids.com/watch?v=teyTdb5hx3j, https://www.peekvids.com/watch?v=RuSkX20FAf5,
https://www.peekvids.com/watch?v=z9En5mweHER, https://www.peekvids.com/watch?v=K7586ZA6sSs, https://www.peekvids.com/watch?v=y2Zuy8b78em,
https://www.peekvids.com/watch?v=hFe-P9x7TX7, https://www.peekvids.com/watch?v=gbFsXmuvzX9, https://www.peekvids.com/watch?v=tO7c9Y2Gznu,
https://www.peekvids.com/watch?v=sONqv7VLJf0, https://www.peekvids.com/watch?v=jwQJbegRMlS, https://www.peekvids.com/watch?v=OBwtvbGPuNJ,
https://www.peekvids.com/watch?v=TEcQPY3oPnq, https://www.peekvids.com/watch?v=GuIl_sY9vru, https://www.peekvids.com/watch?v=qdme7VqQFZy,
https://www.peekvids.com/watch?v=jbiRuoKoA_W, https://www.peekvids.com/watch?v=Phg2Dyy2Tow, https://www.peekvids.com/watch?v=7WC2og214Di,
https://www.peekvids.com/watch?v=gezm-vChwv6, https://www.peekvids.com/watch?v=HUeJ0vQ_J2c, https://www.peekvids.com/watch?v=GZmRuCessZR,
https://www.peekvids.com/watch?v=LAulBiwCIlJ, https://www.peekvids.com/watch?v=G6HAqRVkdVe, https://www.peekvids.com/watch?v=y-t7WLRArpJ,
https://www.peekvids.com/watch?v=Am2tFmbPClF, https://www.peekvids.com/watch?v=E2tYTpAvX20, https://www.peekvids.com/watch?v=MyjBhyIqamn,
https://www.peekvids.com/watch?v=CsG9w3HNVjc, https://www.peekvids.com/watch?v=9MhxkSroIEr, https://www.peekvids.com/watch?v=GmQbuUzS-0s,
https://www.peekvids.com/watch?v=sigbesEBpCs, https://www.peekvids.com/watch?v=FwcDhsEMyF4, https://www.peekvids.com/watch?v=sCp1yxNYDlg,
https://www.peekvids.com/watch?v=RB-O6dFEXmz, https://www.peekvids.com/watch?v=8AN9Sh9RwwL, https://www.peekvids.com/watch?v=zRcG8KHkciA,
https://www.peekvids.com/watch?v=8PPiLNWo4Dp, https://www.peekvids.com/watch?v=c3ycVmNEXMF, https://www.peekvids.com/watch?v=tjf0kVKJnrL,
https://www.peekvids.com/watch?v=a_ofBNkn0Xb, https://www.peekvids.com/watch?v=yiun_m7wbfQ, https://www.peekvids.com/watch?v=9DBdEuDYoKO,
https://www.peekvids.com/watch?v=o4WWIfiWGQa, https://www.peekvids.com/watch?v=SJm4wfeRiNm, https://www.peekvids.com/watch?v=PZHQ9FyKb00,
https://www.peekvids.com/watch?v=gCLEs8pfccw, https://www.peekvids.com/watch?v=VaWcgZeDZOw, https://www.peekvids.com/watch?v=CrQVTfAt2f4,
https://www.peekvids.com/watch?v=m9RhGz5lIv2, https://www.peekvids.com/watch?v=a4b41WiC4g6, https://www.peekvids.com/watch?v=79bb6JrrReo
5.f. Date of third notice: 2015-09-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: signortomato
5.b. Uploader's email address: shutlzfondyweer@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=signortomato
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ZYHjU8G43XF, https://www.peekvids.com/watch?v=c9mrzm5oB24,
https://www.peekvids.com/watch?v=22KyiPMkobq, https://www.peekvids.com/watch?v=B75Q9k3gGjq, https://www.peekvids.com/watch?v=SjXoMOeL75h,
https://www.peekvids.com/watch?v=ckR-VdvHVdr, https://www.peekvids.com/watch?v=aHBf4A0dBdC, https://www.peekvids.com/watch?v=nXTQNA2jrbo,
https://www.peekvids.com/watch?v=hxJsTbnnVYM, https://www.peekvids.com/watch?v=AzKZHIN75YG, https://www.peekvids.com/watch?v=oaz9sSGjdLm,
https://www.peekvids.com/watch?v=Y0z-ojKD8dp, https://www.peekvids.com/watch?v=eZAErsGrXLz, https://www.peekvids.com/watch?v=dvMKyBRdzpm,
https://www.peekvids.com/watch?v=5txlESW2VJQ, https://www.peekvids.com/watch?v=waBF7m9746Z, https://www.peekvids.com/watch?v=ux8CafF52uQ,
https://www.peekvids.com/watch?v=W33Ff7IJ09l, https://www.peekvids.com/watch?v=2DOFhQnHiOI, https://www.peekvids.com/watch?v=RZG-NiyWpLJ,
https://www.peekvids.com/watch?v=NkkZhH6ZQEw, https://www.peekvids.com/watch?v=XpkyKCgFTtQ, https://www.peekvids.com/watch?v=ylOCCw4PWi9,
https://www.peekvids.com/watch?v=s288W0r2I5c, https://www.peekvids.com/watch?v=CuTzohxhP2d, https://www.peekvids.com/watch?v=u86jRjeGKpr,
https://www.peekvids.com/watch?v=DaTU9UcGkMK, https://www.peekvids.com/watch?v=V9zuEQMIeyb, https://www.peekvids.com/watch?v=Iqw9vfgUk5s,
https://www.peekvids.com/watch?v=Gcl7GwOPPEr, https://www.peekvids.com/watch?v=8Ybelupn2tR, https://www.peekvids.com/watch?v=CUfKaQJ5uZ7,
https://www.peekvids.com/watch?v=OLYWhzWAGEU, https://www.peekvids.com/watch?v=YHG0RXz9no4, https://www.peekvids.com/watch?v=5rbvh4m53sB,
https://www.peekvids.com/watch?v=6kElcxQmsoB, https://www.peekvids.com/watch?v=Z2vVpIrUbXD, https://www.peekvids.com/watch?v=jkNVfgPxwy6,
https://www.peekvids.com/watch?v=YMlhp9Z-V38, https://www.peekvids.com/watch?v=a65NtYBoQNS, https://www.peekvids.com/watch?v=7AK9b323rmL,
https://www.peekvids.com/watch?v=DvELAdb2zUo, https://www.peekvids.com/watch?v=Mije6T7RCNj, https://www.peekvids.com/watch?v=Gud2gtzxeBk,
https://www.peekvids.com/watch?v=MXbCralVsp4, https://www.peekvids.com/watch?v=iyawwe8wqEk, https://www.peekvids.com/watch?v=A6uzwBLlgl3,
https://www.peekvids.com/watch?v=PJdfKAJgmgD, https://www.peekvids.com/watch?v=6BTLh7OoCt3, https://www.peekvids.com/watch?v=t65yyMBDPML,
https://www.peekvids.com/watch?v=rhJtwuhy9f-, https://www.peekvids.com/watch?v=5Ksa-kEY866, https://www.peekvids.com/watch?v=qt-DFHZX-He,
https://www.peekvids.com/watch?v=CTNoWpYlfV0, https://www.peekvids.com/watch?v=l-v0eAiPnEl, https://www.peekvids.com/watch?v=QFcFsWCDrCF,
https://www.peekvids.com/watch?v=lOhokVLTwrs, https://www.peekvids.com/watch?v=spEZIwdTy46, https://www.peekvids.com/watch?v=d5Varh3aWXi,
https://www.peekvids.com/watch?v=XiyHDDhrFGB, https://www.peekvids.com/watch?v=KMv9bnaf6sU, https://www.peekvids.com/watch?v=xjtCCriBi03,
https://www.peekvids.com/watch?v=wJrcdE7wgJB, https://www.peekvids.com/watch?v=EMrA8TakIDY, https://www.peekvids.com/watch?v=McAPFzTcagl,
https://www.peekvids.com/watch?v=Sg2Pk2hW6Yi, https://www.peekvids.com/watch?v=mRIqArfr6H4, https://www.peekvids.com/watch?v=zpdIwlYyxqF,
https://www.peekvids.com/watch?v=-4SvaYDnqcb, https://www.peekvids.com/watch?v=uh0vzVSuiJq, https://www.peekvids.com/watch?v=ZFry0W6eU5J,
https://www.peekvids.com/watch?v=iaPG5YycvCl, https://www.peekvids.com/watch?v=S-Ix6T74HIl, https://www.peekvids.com/watch?v=8GyjycbTsRz,
https://www.peekvids.com/watch?v=8QQX-6EZD97, https://www.peekvids.com/watch?v=uGhXc2no3oJ, https://www.peekvids.com/watch?v=z2s7ipTcfL-,
https://www.peekvids.com/watch?v=fbqutwClUSd, https://www.peekvids.com/watch?v=lVcdRmYLRlr, https://www.peekvids.com/watch?v=YTkUez4il5L,
https://www.peekvids.com/watch?v=ub2Xf2wT8dW, https://www.peekvids.com/watch?v=N7oUbo0SVte, https://www.peekvids.com/watch?v=mVlawwD79Xh,
https://www.peekvids.com/watch?v=DwVLFzjNJdg, https://www.peekvids.com/watch?v=2bBbhbQ4nik, https://www.peekvids.com/watch?v=Tfna9C3nFVJ,
https://www.peekvids.com/watch?v=xPXq0OQCPuB, https://www.peekvids.com/watch?v=tIfimELe4jf, https://www.peekvids.com/watch?v=j56N7pbm-aP,
https://www.peekvids.com/watch?v=doM4XUGaqwK, https://www.peekvids.com/watch?v=cOU4UwfP6Df, https://www.peekvids.com/watch?v=Q8mJGq6XjD7,
https://www.peekvids.com/watch?v=TKojORPqglh, https://www.peekvids.com/watch?v=ixOGxPxanMO, https://www.peekvids.com/watch?v=F4NzA2RRcqY,
https://www.peekvids.com/watch?v=rbvVRkCUecW, https://www.peekvids.com/watch?v=hRZdvQt959c, https://www.peekvids.com/watch?v=v32WgENpkMz,
https://www.peekvids.com/watch?v=GbKjGQN-WRg, https://www.peekvids.com/watch?v=K44RKbXGnZC, https://www.peekvids.com/watch?v=GhFYThlYcZm,
https://www.peekvids.com/watch?v=c5kA4jHoDMf, https://www.peekvids.com/watch?v=kg6oaJzz2JG, https://www.peekvids.com/watch?v=iPxgIBkmjRc,
https://www.peekvids.com/watch?v=mZvBf3Lka5M, https://www.peekvids.com/watch?v=QwsdFEtkvPc, https://www.peekvids.com/watch?v=CGsdL86QMdm,
https://www.peekvids.com/watch?v=O7hzfhEoOEm, https://www.peekvids.com/watch?v=T2t-vA3LYQM, https://www.peekvids.com/watch?v=GuQLYbRnUjA,
https://www.peekvids.com/watch?v=oeBi-jed8LS, https://www.peekvids.com/watch?v=6iwHjrJMSRf, https://www.peekvids.com/watch?v=5-7g5ZGRGNr,
https://www.peekvids.com/watch?v=7xUp4pE2PJn, https://www.peekvids.com/watch?v=tys-Lb9Dzpp, https://www.peekvids.com/watch?v=jDuXTrhCEtH,
https://www.peekvids.com/watch?v=E8nBN-a4fug, https://www.peekvids.com/watch?v=bsYkqTARwsX, https://www.peekvids.com/watch?v=M5cKmcsNLXZ,
https://www.peekvids.com/watch?v=DeWBJCnjlwH, https://www.peekvids.com/watch?v=Qnmd3GxGOKJ, https://www.peekvids.com/watch?v=hqNnKy9mVyJ,
https://www.peekvids.com/watch?v=6i4iN6mdokS, https://www.peekvids.com/watch?v=YxgIab7m9yJ, https://www.peekvids.com/watch?v=hXlJTgrtzes,
https://www.peekvids.com/watch?v=WbuvCanUYmK, https://www.peekvids.com/watch?v=7cWaNUPdsjA, https://www.peekvids.com/watch?v=I-gPAsE4Bh8,
https://www.peekvids.com/watch?v=22-RsWIjWqN, https://www.peekvids.com/watch?v=IxW9ORcVvsU, https://www.peekvids.com/watch?v=rBY5NKJWI-P,
https://www.peekvids.com/watch?v=sDtFiD7fcRU, https://www.peekvids.com/watch?v=c6nGxCUhbar, https://www.peekvids.com/watch?v=49pM84RrG9g,

https://www.peekvids.com/watch?v=-i4KKDo3Eh9, https://www.peekvids.com/watch?v=PfNZ4fODn5L, https://www.peekvids.com/watch?v=5y-DYKpq3un,
https://www.peekvids.com/watch?v=QiB3aGn2mEl, https://www.peekvids.com/watch?v=Gb2wfIhowkh, https://www.peekvids.com/watch?v=4rRAABWHO7r,
https://www.peekvids.com/watch?v=2oogEhBRugg, https://www.peekvids.com/watch?v=42UYWP0lxth, https://www.peekvids.com/watch?v=U2SXzclhQlr,
https://www.peekvids.com/watch?v=pAY0vlVwO3q, https://www.peekvids.com/watch?v=43WPD2MfxL3, https://www.peekvids.com/watch?v=5xMQfZenQBW,
https://www.peekvids.com/watch?v=SKManJN9dhT, https://www.peekvids.com/watch?v=XnrLWiEo7mG, https://www.peekvids.com/watch?v=zc4WWs2VMEH,
https://www.peekvids.com/watch?v=faXwqCmBB0W, https://www.peekvids.com/watch?v=80icyprVAy5, https://www.peekvids.com/watch?v=rGQ8-AhGpvN,
https://www.peekvids.com/watch?v=6CpCE5QJ8sN, https://www.peekvids.com/watch?v=v4pfh3LxcCD, https://www.peekvids.com/watch?v=GAG6ADMACqC,
https://www.peekvids.com/watch?v=P3wDkB350Vj, https://www.peekvids.com/watch?v=KZOGCJi33N6, https://www.peekvids.com/watch?v=3xDPfwEHdcf,
https://www.peekvids.com/watch?v=4MXAZrQbRz0, https://www.peekvids.com/watch?v=62IGPGM973y, https://www.peekvids.com/watch?v=hC0QCcBEPcR,
https://www.peekvids.com/watch?v=AK6f7HvGNyq, https://www.peekvids.com/watch?v=-C2MJKK5Ers, https://www.peekvids.com/watch?v=9R4JwLETgQR,
https://www.peekvids.com/watch?v=YXnuQAr6Hbs, https://www.peekvids.com/watch?v=MrrJfB-uzyS, https://www.peekvids.com/watch?v=Mog9IVAtxFx,
https://www.peekvids.com/watch?v=GuOCQbYQINN, https://www.peekvids.com/watch?v=AbjUVxkkMoR, https://www.peekvids.com/watch?v=j4UDvMsbCWf,
https://www.peekvids.com/watch?v=eG4nrcX2n--, https://www.peekvids.com/watch?v=cwh7mgpaByT, https://www.peekvids.com/watch?v=Pu6dyT3YvcB,
https://www.peekvids.com/watch?v=bdUQKBOJoqv, https://www.peekvids.com/watch?v=yWxcTO6Actn, https://www.peekvids.com/watch?v=LNmu08zoeNS,
https://www.peekvids.com/watch?v=B-6LyXnrsXz, https://www.peekvids.com/watch?v=IcBg0WVmEQo, https://www.peekvids.com/watch?v=GFDc7vBAn67,
https://www.peekvids.com/watch?v=CPSnGb3PBi3, https://www.peekvids.com/watch?v=haAF3FsVlF-, https://www.peekvids.com/watch?v=w6eL7GXCCsc,
https://www.peekvids.com/watch?v=RhEXWAg6Mpb, https://www.peekvids.com/watch?v=eX6sJfTPq6i, https://www.peekvids.com/watch?v=kQd7PRmc4o4,
https://www.peekvids.com/watch?v=J6buorsQm-F, https://www.peekvids.com/watch?v=UuIQmo5k27R, https://www.peekvids.com/watch?v=Zijes7eX5dZ,
https://www.peekvids.com/watch?v=McfHXPfyv-Q, https://www.peekvids.com/watch?v=9BK4yeba5ye, https://www.peekvids.com/watch?v=Z8UKqaLjG2w,
https://www.peekvids.com/watch?v=9s-PZMIbPSS, https://www.peekvids.com/watch?v=uLDtpgHWwn0, https://www.peekvids.com/watch?v=faL3dZQqUKO,
https://www.peekvids.com/watch?v=My0F60epZCu, https://www.peekvids.com/watch?v=-lKpHZCDqaS, https://www.peekvids.com/watch?v=mLzXL7GMOc7,
https://www.peekvids.com/watch?v=ICDEgYNzkib, https://www.peekvids.com/watch?v=FFu5O5cHxcF, https://www.peekvids.com/watch?v=BUsNhgFnNkT,
https://www.peekvids.com/watch?v=gb5ejEiqXLg, https://www.peekvids.com/watch?v=WPTweoPPocr, https://www.peekvids.com/watch?v=DBBAkarKg0b,
https://www.peekvids.com/watch?v=TWTaOdAdIcB, https://www.peekvids.com/watch?v=Xp6kXtsV3nz, https://www.peekvids.com/watch?v=APdOlh3VCYF,
https://www.peekvids.com/watch?v=xiiMqpoyULv, https://www.peekvids.com/watch?v=dUOkhrFkdKP, https://www.peekvids.com/watch?v=LTu-LTbPPMF,
https://www.peekvids.com/watch?v=Q7rIvyPgW93, https://www.peekvids.com/watch?v=k9M0LryatLp, https://www.peekvids.com/watch?v=MMO4-0YmuVP,
https://www.peekvids.com/watch?v=ErZWvbIMird, https://www.peekvids.com/watch?v=rZz3lmpu2BX, https://www.peekvids.com/watch?v=ptBeMCs0cOF,
https://www.peekvids.com/watch?v=4RiO-wKqpjN, https://www.peekvids.com/watch?v=cz4TzPWDVOU, https://www.peekvids.com/watch?v=ZvQ-T8mXe3H,
https://www.peekvids.com/watch?v=LNUPJLbTOgO, https://www.peekvids.com/watch?v=hB23sxWbVci, https://www.peekvids.com/watch?v=TxBuHbser0G,
https://www.peekvids.com/watch?v=x-4wKj6LcIW, https://www.peekvids.com/watch?v=rbxNxa8NMLX, https://www.peekvids.com/watch?v=Mc5NyzyyA9M,
https://www.peekvids.com/watch?v=JXyJUD-S0jn, https://www.peekvids.com/watch?v=WlrDq80oZR-, https://www.peekvids.com/watch?v=DGhvF7v3Lph,
https://www.peekvids.com/watch?v=z65-u9SZJ2c, https://www.peekvids.com/watch?v=mzChfalGLKL, https://www.peekvids.com/watch?v=sOGeHINumIg,
https://www.peekvids.com/watch?v=Fy9Fo4LbAVs, https://www.peekvids.com/watch?v=XWwCn2zRwxX, https://www.peekvids.com/watch?v=4LCFSYabOOy,
https://www.peekvids.com/watch?v=yyQeijGQ9FR, https://www.peekvids.com/watch?v=phAQfs2j2Zd, https://www.peekvids.com/watch?v=oKTqcvlFId7,
https://www.peekvids.com/watch?v=MlzO5LPENV-, https://www.peekvids.com/watch?v=30QF8J5wTet, https://www.peekvids.com/watch?v=i8rsCGqOSmv,
https://www.peekvids.com/watch?v=hg6e-isqNfL, https://www.peekvids.com/watch?v=8CBsMhwXuto, https://www.peekvids.com/watch?v=YXbREj32Rbr,
https://www.peekvids.com/watch?v=-KX00XjUZ8Z, https://www.peekvids.com/watch?v=bBErciPQOK7, https://www.peekvids.com/watch?v=XlogQt8se0x,
https://www.peekvids.com/watch?v=CbNZymGilnN, https://www.peekvids.com/watch?v=LKM9uMNz8Xu, https://www.peekvids.com/watch?v=h6fJaSGVjMC,
https://www.peekvids.com/watch?v=RHTxlNSj9eH, https://www.peekvids.com/watch?v=pfxJdPDAevv, https://www.peekvids.com/watch?v=RSQQmzxveRu,
https://www.peekvids.com/watch?v=kM80AZNXF72, https://www.peekvids.com/watch?v=u9x6K8wq2Tm, https://www.peekvids.com/watch?v=N3UtH9-NZTv,
https://www.peekvids.com/watch?v=wtENj5hjQX9, https://www.peekvids.com/watch?v=6VotSXnSA6L, https://www.peekvids.com/watch?v=XeSiqCvBIDO,
https://www.peekvids.com/watch?v=27O9rIlK8L-, https://www.peekvids.com/watch?v=kjFal726hPs, https://www.peekvids.com/watch?v=ve0dwhHNYU4,
https://www.peekvids.com/watch?v=7PCtMPP3bzT, https://www.peekvids.com/watch?v=RqRPyK3ppLF, https://www.peekvids.com/watch?v=l2Hywk2zsaV,
https://www.peekvids.com/watch?v=4d60dHrqF43, https://www.peekvids.com/watch?v=4XNYFUfEnEH, https://www.peekvids.com/watch?v=kZkMVXKzNwj,
https://www.peekvids.com/watch?v=ur6AYZ53N9v, https://www.peekvids.com/watch?v=gxsBw7qADaa, https://www.peekvids.com/watch?v=UY3W3I7DgtO,
https://www.peekvids.com/watch?v=4HjCRnTzapy, https://www.peekvids.com/watch?v=dLul7XLw5mt, https://www.peekvids.com/watch?v=ngdkwu63JPg,
https://www.peekvids.com/watch?v=K7cWGhialWs, https://www.peekvids.com/watch?v=XFhrf0z7A5J, https://www.peekvids.com/watch?v=Lz8bbocXgfH,
https://www.peekvids.com/watch?v=XHzjZ4Gj4g8, https://www.peekvids.com/watch?v=EIH4DbrT5nZ, https://www.peekvids.com/watch?v=xxTuwLjDrDf,
https://www.peekvids.com/watch?v=4ZJZtMlS5Zf, https://www.peekvids.com/watch?v=9NMnpTAoZY9, https://www.peekvids.com/watch?v=Ze8jZGegljM,
https://www.peekvids.com/watch?v=8KptT2SKFYt, https://www.peekvids.com/watch?v=ToOM369FoCY, https://www.peekvids.com/watch?v=-rCKsqG8EAK,
https://www.peekvids.com/watch?v=mYBZz8oX8v8, https://www.peekvids.com/watch?v=YJwbQEnQ2Mp, https://www.peekvids.com/watch?v=OBxv2N3prF5,
https://www.peekvids.com/watch?v=nXWIxbSt2YL, https://www.peekvids.com/watch?v=H9CK2Y4jGf5, https://www.peekvids.com/watch?v=jKO8h0ujulG,
https://www.peekvids.com/watch?v=nqDv9QVmrK7, https://www.peekvids.com/watch?v=s0EEbnbI4uj, https://www.peekvids.com/watch?v=IFMu39yULzL,
https://www.peekvids.com/watch?v=KTnzkiz5jaC, https://www.peekvids.com/watch?v=kWk0Lf7-oMY, https://www.peekvids.com/watch?v=mqmHOgnsKUn,
https://www.peekvids.com/watch?v=DTN5Ocd9s3i, https://www.peekvids.com/watch?v=wpxcvcnElzU, https://www.peekvids.com/watch?v=X36D8-AgOzR,
https://www.peekvids.com/watch?v=HK6OUBT0gkY, https://www.peekvids.com/watch?v=eGQoAmHGRLb, https://www.peekvids.com/watch?v=ev9VaWp99-e,
https://www.peekvids.com/watch?v=TEfegzpxHqh, https://www.peekvids.com/watch?v=Rcd73t407cf, https://www.peekvids.com/watch?v=rmXrOq5k5Pr,
https://www.peekvids.com/watch?v=-85J6GPmEKy, https://www.peekvids.com/watch?v=XOonsWojoeI, https://www.peekvids.com/watch?v=Q36kCt-F25s,
https://www.peekvids.com/watch?v=pE9wNAaGJSO, https://www.peekvids.com/watch?v=IBQjubDml2l, https://www.peekvids.com/watch?v=jMYjia69I56,
https://www.peekvids.com/watch?v=7nlwnS77w8T, https://www.peekvids.com/watch?v=SG2PP4Xabpt, https://www.peekvids.com/watch?v=WdAZRaUXwzu,
https://www.peekvids.com/watch?v=fxMp-5CRMuc, https://www.peekvids.com/watch?v=Eypm9-bKKQZ, https://www.peekvids.com/watch?v=HzkCOopfqql,
https://www.peekvids.com/watch?v=v0KgRXNx0hl, https://www.peekvids.com/watch?v=QyKzABKwftU, https://www.peekvids.com/watch?v=gRQSFiPzRhr,
https://www.peekvids.com/watch?v=7fsEMsl7eXw, https://www.peekvids.com/watch?v=HkAgApocnZS, https://www.peekvids.com/watch?v=WOomLiQuv9K,
https://www.peekvids.com/watch?v=E8n93u4F5FZ, https://www.peekvids.com/watch?v=KN6SWjxGnlr, https://www.peekvids.com/watch?v=qbKuv4SMvM9,
https://www.peekvids.com/watch?v=YIQ07olQMfU, https://www.peekvids.com/watch?v=Ulo9zMzCsBz, https://www.peekvids.com/watch?v=eSdZEM8C6TX,
https://www.peekvids.com/watch?v=JZTizgddLt4, https://www.peekvids.com/watch?v=ER9WGoOj3oE, https://www.peekvids.com/watch?v=3TcLTIL80o7,
https://www.peekvids.com/watch?v=5i6UgrdNFdp, https://www.peekvids.com/watch?v=QG9KpKHz9Ia, https://www.peekvids.com/watch?v=ZOsqc573qOt,
https://www.peekvids.com/watch?v=BoDiM46ttKO, https://www.peekvids.com/watch?v=opq3y70WLwX, https://www.peekvids.com/watch?v=zCbvaXwhKi5,
https://www.peekvids.com/watch?v=lXCMUuBVIxy, https://www.peekvids.com/watch?v=PiWrnOyHmmK, https://www.peekvids.com/watch?v=zM3WFsz38ee,
https://www.peekvids.com/watch?v=9QXMSO27If4, https://www.peekvids.com/watch?v=m4AIv9i0Jwd, https://www.peekvids.com/watch?v=FkCFmqnv-vu,
https://www.peekvids.com/watch?v=iIY4OJzbiKw, https://www.peekvids.com/watch?v=EAl3rismOXo, https://www.peekvids.com/watch?v=B0tA7oVuC8p,
https://www.peekvids.com/watch?v=5D4U2gOiql8, https://www.peekvids.com/watch?v=M6oXUt8Snmv, https://www.peekvids.com/watch?v=Pw6PW938SjQ,
https://www.peekvids.com/watch?v=VtM0wit0KVK, https://www.peekvids.com/watch?v=0xS47StskGV, https://www.peekvids.com/watch?v=bkgrFY4UYgD,
https://www.peekvids.com/watch?v=OLkwkCBkAMx, https://www.peekvids.com/watch?v=UpRPPzxQ5wr, https://www.peekvids.com/watch?v=lF0xO5mXfAz,
https://www.peekvids.com/watch?v=M52c2Yf02xy, https://www.peekvids.com/watch?v=jTWlSGt522r, https://www.peekvids.com/watch?v=fdTW7H5MQF6,
https://www.peekvids.com/watch?v=XD0YNDpMdVR, https://www.peekvids.com/watch?v=xI6ofad5UXs, https://www.peekvids.com/watch?v=PyAzJ-SuJ2F,
https://www.peekvids.com/watch?v=3f5BeFcE2ws, https://www.peekvids.com/watch?v=zKrlzaUyExl, https://www.peekvids.com/watch?v=FAx9CjZ0oEJ,
https://www.peekvids.com/watch?v=CPHaCj4CjHC, https://www.peekvids.com/watch?v=SRZskqzNaD3, https://www.peekvids.com/watch?v=aeTDq6A8Hhy,
https://www.peekvids.com/watch?v=OxFwo4iaUQI, https://www.peekvids.com/watch?v=8WwvNokgQYF, https://www.peekvids.com/watch?v=Hq2YQFYjxeK,
https://www.peekvids.com/watch?v=RG9ipwFt2uI, https://www.peekvids.com/watch?v=7Tl8R53vTGG, https://www.peekvids.com/watch?v=JomtOko-2Ri,
https://www.peekvids.com/watch?v=LjufbQxr7zH, https://www.peekvids.com/watch?v=LJQ-hl0NhqX, https://www.peekvids.com/watch?v=4xjWVraJLJp,
https://www.peekvids.com/watch?v=edOzLUEMIut, https://www.peekvids.com/watch?v=Zi2CDGkcmG8, https://www.peekvids.com/watch?v=vj2I5FsnceA,
https://www.peekvids.com/watch?v=6i2nlRLdRlc, https://www.peekvids.com/watch?v=JCgOSdIHNkI, https://www.peekvids.com/watch?v=9Nu5M7xXrRb,
https://www.peekvids.com/watch?v=Ck56zTxhyG3, https://www.peekvids.com/watch?v=sspvEP8A3b0, https://www.peekvids.com/watch?v=w-lHaZomOC-,
https://www.peekvids.com/watch?v=SEwLwaqqQWY, https://www.peekvids.com/watch?v=EiGZD3J03gS, https://www.peekvids.com/watch?v=uTXLsNfaFP0,
https://www.peekvids.com/watch?v=4kdZOeuQVSX, https://www.peekvids.com/watch?v=-RIcvzdEiM5, https://www.peekvids.com/watch?v=BT0fpbeju9R,
https://www.peekvids.com/watch?v=TqoqlZMoL5l, https://www.peekvids.com/watch?v=zUPj3Ic5QYL, https://www.peekvids.com/watch?v=enBJFeXHSm7,
https://www.peekvids.com/watch?v=W5uYDbqkqTO, https://www.peekvids.com/watch?v=H5ssumarU-S, https://www.peekvids.com/watch?v=0eems2F3vA6,
https://www.peekvids.com/watch?v=HyUsdHoU9RN, https://www.peekvids.com/watch?v=gI2QswcyQQw, https://www.peekvids.com/watch?v=ceZhq9AzR94,
https://www.peekvids.com/watch?v=DihnX5PobIG, https://www.peekvids.com/watch?v=3RoKltRCA6C, https://www.peekvids.com/watch?v=HzRzD5D0vM8,
https://www.peekvids.com/watch?v=AJi9nWF3BoP, https://www.peekvids.com/watch?v=Xz98vMScCQn, https://www.peekvids.com/watch?v=GiJfBj0boxx,
https://www.peekvids.com/watch?v=j6mt--yEtgc, https://www.peekvids.com/watch?v=nvhwr6KgjU4, https://www.peekvids.com/watch?v=GXEqcZkaYYf,
https://www.peekvids.com/watch?v=pzn8uOVYAAk, https://www.peekvids.com/watch?v=545fTKxqr7e, https://www.peekvids.com/watch?v=4vPJRDzfXOg,
https://www.peekvids.com/watch?v=VefU9pIndPj, https://www.peekvids.com/watch?v=qhZkWXv6Oh7, https://www.peekvids.com/watch?v=jTU6f4iJbcG,
https://www.peekvids.com/watch?v=hLO5AhuR2oC, https://www.peekvids.com/watch?v=DDLkI6PsSjM, https://www.peekvids.com/watch?v=fi6S7-kqkgl,
https://www.peekvids.com/watch?v=hNB-UJD69j4, https://www.peekvids.com/watch?v=3v3G6igo9Ai, https://www.peekvids.com/watch?v=VzCzCOFZUGV,
https://www.peekvids.com/watch?v=0z3XggBKUrb, https://www.peekvids.com/watch?v=eFpN9yMD9H8, https://www.peekvids.com/watch?v=u83eM8NE-jT,
https://www.peekvids.com/watch?v=raB5U9WV7jA, https://www.peekvids.com/watch?v=jCEDk-de5ls, https://www.peekvids.com/watch?v=wjNnMd4Wf7t,
https://www.peekvids.com/watch?v=pJnVLfxt5Jb, https://www.peekvids.com/watch?v=GRzmG8wByIP, https://www.peekvids.com/watch?v=IuKo37d0QUP,
https://www.peekvids.com/watch?v=WlVcopO4CcQ, https://www.peekvids.com/watch?v=7W8zVZooFCN, https://www.peekvids.com/watch?v=vTuZ7lC8JW0,
https://www.peekvids.com/watch?v=I3jAHypB2rN, https://www.peekvids.com/watch?v=JehkgEr0NXF, https://www.peekvids.com/watch?v=Jq4vprdyHqi,
https://www.peekvids.com/watch?v=sGlIleaeTRo, https://www.peekvids.com/watch?v=V4FyhW9KumC, https://www.peekvids.com/watch?v=6JcsvNHncnb,
https://www.peekvids.com/watch?v=NDZaRozoYfR, https://www.peekvids.com/watch?v=8DkIoBJwcxe, https://www.peekvids.com/watch?v=iQ2AHFoc5H6,
https://www.peekvids.com/watch?v=7Eo6cBNMD3F, https://www.peekvids.com/watch?v=XLmHJbBUNql, https://www.peekvids.com/watch?v=fyCOHCHO34X,
https://www.peekvids.com/watch?v=3Po9dI3MJBu, https://www.peekvids.com/watch?v=KE53DQeh9Ov, https://www.peekvids.com/watch?v=YCLyxayD-y6,
https://www.peekvids.com/watch?v=aDoQCXKEosW, https://www.peekvids.com/watch?v=pWCpaT7BQQh, https://www.peekvids.com/watch?v=IOcmvJfOW50,
https://www.peekvids.com/watch?v=4bvNeOsSoFD, https://www.peekvids.com/watch?v=9bHj3-UIzE3, https://www.peekvids.com/watch?v=fZLmhxK8U6c,
https://www.peekvids.com/watch?v=WVPuYGXItC9, https://www.peekvids.com/watch?v=CenmmXzy59v, https://www.peekvids.com/watch?v=EFRyZAb--sv,
https://www.peekvids.com/watch?v=zSoZakOiyiO, https://www.peekvids.com/watch?v=u0fNgAuxrDr, https://www.peekvids.com/watch?v=fCgCt0lqG9F,
https://www.peekvids.com/watch?v=cvOAXdnE6uu, https://www.peekvids.com/watch?v=6xkyTDEkm2x, https://www.peekvids.com/watch?v=88oDWhullki,
https://www.peekvids.com/watch?v=biQcYmuRkM9, https://www.peekvids.com/watch?v=L0AeQhHZQe-, https://www.peekvids.com/watch?v=OZKKDTZkjag,
https://www.peekvids.com/watch?v=RDh3W7ohUSa, https://www.peekvids.com/watch?v=Mqyaypee0qm, https://www.peekvids.com/watch?v=RSnk23yhwyw,
https://www.peekvids.com/watch?v=9m0fOFKWG33, https://www.peekvids.com/watch?v=MwsjaQ0h028, https://www.peekvids.com/watch?v=9LfEuD4ufbY,
https://www.peekvids.com/watch?v=PPjjEoA0Rnp, https://www.peekvids.com/watch?v=Ao7S0T6FtIB, https://www.peekvids.com/watch?v=p6d9BzidQbj,
https://www.peekvids.com/watch?v=5DyhFURKsKW, https://www.peekvids.com/watch?v=kxmLlaSCwXQ, https://www.peekvids.com/watch?v=7rWMVdfxii5,
https://www.peekvids.com/watch?v=2pyT0iViZ-r, https://www.peekvids.com/watch?v=5FcO69Lz2ye, https://www.peekvids.com/watch?v=Z9a83eJl2RC,
https://www.peekvids.com/watch?v=25gGMW9Zzwq, https://www.peekvids.com/watch?v=vsmbLosHqpp, https://www.peekvids.com/watch?v=HcQsdv7iKzZ,
https://www.peekvids.com/watch?v=gRkKVkEXupd, https://www.peekvids.com/watch?v=UIbBtIOof79, https://www.peekvids.com/watch?v=uarWRw3LQof,
https://www.peekvids.com/watch?v=uEfD-zwYZ8t, https://www.peekvids.com/watch?v=i-pcb0SkD2K, https://www.peekvids.com/watch?v=OpZuG6ZbrJS,
https://www.peekvids.com/watch?v=nvM0t42xrdn, https://www.peekvids.com/watch?v=6bEa8OU39hU, https://www.peekvids.com/watch?v=i9ymjOqMZa8,
https://www.peekvids.com/watch?v=r0tGuT8f0ch, https://www.peekvids.com/watch?v=Xfr3Q4IjBG8, https://www.peekvids.com/watch?v=UsHuA0V3lyv,
https://www.peekvids.com/watch?v=A-oTmLOEVuj, https://www.peekvids.com/watch?v=MdO6bnK6R3f, https://www.peekvids.com/watch?v=TFQTDqiwvDe,
https://www.peekvids.com/watch?v=5YyQ4Wnp0qN, https://www.peekvids.com/watch?v=MyiLwBZK5MT, https://www.peekvids.com/watch?v=OHV7K-Q-JlE,
https://www.peekvids.com/watch?v=YhjF3LdiJOh, https://www.peekvids.com/watch?v=ngNcIB7q6Mx, https://www.peekvids.com/watch?v=wc8lssgGLYg,
https://www.peekvids.com/watch?v=DKNKGBGnnAC, https://www.peekvids.com/watch?v=jLH8XEr45ET, https://www.peekvids.com/watch?v=U-RgQe7EPSZ,
https://www.peekvids.com/watch?v=z3dG6ORQ-Qn, https://www.peekvids.com/watch?v=clXJmFf3jDA, https://www.peekvids.com/watch?v=Qh0LSfbG96L,
https://www.peekvids.com/watch?v=OFI6HoNcl2O, https://www.peekvids.com/watch?v=ZPuREHf60My, https://www.peekvids.com/watch?v=jcDoP7pnJPG,
https://www.peekvids.com/watch?v=jfvcwE5T-bA, https://www.peekvids.com/watch?v=89RQ3dOAQVN, https://www.peekvids.com/watch?v=zQpcdy59XMB,
https://www.peekvids.com/watch?v=Abv-Zhk4o5J, https://www.peekvids.com/watch?v=7W-vxGw3vXW, https://www.peekvids.com/watch?v=r6bMrbd6lDY,
https://www.peekvids.com/watch?v=37DNDGjlQrG, https://www.peekvids.com/watch?v=HtM8OQv6G8U, https://www.peekvids.com/watch?v=53QXgEVJKC2,
https://www.peekvids.com/watch?v=ZKwxvMAKxYn, https://www.peekvids.com/watch?v=VzZY8xFz9VC, https://www.peekvids.com/watch?v=9cwl9uPDG5V,
https://www.peekvids.com/watch?v=RnhuQvkc8M2, https://www.peekvids.com/watch?v=DBe98oycEdu, https://www.peekvids.com/watch?v=lSuwvrQfs4f,
https://www.peekvids.com/watch?v=b4T3Ml5lVAb, https://www.peekvids.com/watch?v=zV8z9R2d0Eo, https://www.peekvids.com/watch?v=NiI0OYzqh3r,
https://www.peekvids.com/watch?v=ISys5HZn2uA, https://www.peekvids.com/watch?v=Y0PMr08qeVd, https://www.peekvids.com/watch?v=nZS83cUdNwH,
https://www.peekvids.com/watch?v=eCDOigDIopR, https://www.peekvids.com/watch?v=EgYsF2GBbDw, https://www.peekvids.com/watch?v=RPDcyQzQSGC,
https://www.peekvids.com/watch?v=CZW5OYOVRfq, https://www.peekvids.com/watch?v=Q5sgPTBhEjm, https://www.peekvids.com/watch?v=oicjas8JfLC,

https://www.peekvids.com/watch?v=oWz0tPHT3IB, https://www.peekvids.com/watch?v=iwRsgdo98cQ, https://www.peekvids.com/watch?v=2FRPrCyJCMX, https://www.peekvids.com/watch?v=PPfZhpRK5M9, https://www.peekvids.com/watch?v=iezb-7Jvuoj, https://www.peekvids.com/watch?v=SvpzpgDfKof, https://www.peekvids.com/watch?v=8NvemYuzVEX, https://www.peekvids.com/watch?v=wjDx-x4XgcT, https://www.peekvids.com/watch?v=-4ipGHubmda, https://www.peekvids.com/watch?v=7oCGIvvBa0J, https://www.peekvids.com/watch?v=ay8mNBHw2t3, https://www.peekvids.com/watch?v=SoNXFcDveEH, https://www.peekvids.com/watch?v=JqIGPTLS2rx, https://www.peekvids.com/watch?v=C6dYGFQKQpl, https://www.peekvids.com/watch?v=F3zYHQBvBWh, https://www.peekvids.com/watch?v=krd-GjpPdlY

5.f. Date of third notice: 2015-03-20

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: simonahot

5.b. Uploader's email address: simonaedhinhobert@yahoo.de

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=simonahot

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=e7mNaPt6X4j, https://www.peekvids.com/watch?v=AuaIwfVrbyS, https://www.peekvids.com/watch?v=Pan26hnnwqY, https://www.peekvids.com/watch?v=NlH3JoZQyBE, https://www.peekvids.com/watch?v=69wxh48OTep, https://www.peekvids.com/watch?v=zLFTlf3adzG, https://www.peekvids.com/watch?v=savJlni54Uo, https://www.peekvids.com/watch?v=CciMoYzbQTN, https://www.peekvids.com/watch?v=dknA96kg42E, https://www.peekvids.com/watch?v=LFsaRTbpC8c, https://www.peekvids.com/watch?v=m9h9E45WAf6, https://www.peekvids.com/watch?v=7Ht4befJ8DA, https://www.peekvids.com/watch?v=8RI67YDxW8-, https://www.peekvids.com/watch?v=DrdITuB35Fw, https://www.peekvids.com/watch?v=kXp538sCl6u, https://www.peekvids.com/watch?v=xiXaWPwnt3p, https://www.peekvids.com/watch?v=ofr284Gmkqn, https://www.peekvids.com/watch?v=odIw9SFsDsq, https://www.peekvids.com/watch?v=bSlFbpYZa0d, https://www.peekvids.com/watch?v=czzIJApciPq, https://www.peekvids.com/watch?v=DtLWGt8ljBU, https://www.peekvids.com/watch?v=bLG8FeKhCcW, https://www.peekvids.com/watch?v=rdFzDqBEd8z, https://www.peekvids.com/watch?v=p8Ntjt6A0T8, https://www.peekvids.com/watch?v=4zTljxRtKvP, https://www.peekvids.com/watch?v=kUKpvdssPFD, https://www.peekvids.com/watch?v=dzifIfwApf0, https://www.peekvids.com/watch?v=rqV9Qre2jNG, https://www.peekvids.com/watch?v=K3IqG6et7uQ, https://www.peekvids.com/watch?v=GOpvN5TZnKl, https://www.peekvids.com/watch?v=QpEI-C2VFVz, https://www.peekvids.com/watch?v=0l7pk2RW-Jy, https://www.peekvids.com/watch?v=pd-7iu8zwFT, https://www.peekvids.com/watch?v=bLsV77cKuYS, https://www.peekvids.com/watch?v=AyT70alLFn6, https://www.peekvids.com/watch?v=ADlptlgwO6d, https://www.peekvids.com/watch?v=n5yC4Tjwhjy, https://www.peekvids.com/watch?v=vilGgvoXDeO, https://www.peekvids.com/watch?v=2tjZFsqpZhT, https://www.peekvids.com/watch?v=7iUsop-j-aL, https://www.peekvids.com/watch?v=IHi3jkVYlPF, https://www.peekvids.com/watch?v=ucrMXBk606m, https://www.peekvids.com/watch?v=8cj5LqAOUPG, https://www.peekvids.com/watch?v=Ajo2JVCMjI7, https://www.peekvids.com/watch?v=xfz3lYSq70E, https://www.peekvids.com/watch?v=BQ5KNiE5Joc, https://www.peekvids.com/watch?v=vrbOll7mBn4, https://www.peekvids.com/watch?v=Axi0NnF02eQ, https://www.peekvids.com/watch?v=pAFyecfM0Sh, https://www.peekvids.com/watch?v=UD9vSDvYW6l, https://www.peekvids.com/watch?v=awwLzoM8a2M, https://www.peekvids.com/watch?v=3KjMAwmLXsP, https://www.peekvids.com/watch?v=uZkBLVaICI4, https://www.peekvids.com/watch?v=q84Vr4aRvNe, https://www.peekvids.com/watch?v=TuM5Zoy5M8C, https://www.peekvids.com/watch?v=7a8A5B-GZiJ, https://www.peekvids.com/watch?v=WZjP-ntxAh9, https://www.peekvids.com/watch?v=IhrPVCyJgtc, https://www.peekvids.com/watch?v=A0P8dcbuegY, https://www.peekvids.com/watch?v=w5Z2hoohRtd, https://www.peekvids.com/watch?v=QucsPKCwha8, https://www.peekvids.com/watch?v=GSoQsRh30zA, https://www.peekvids.com/watch?v=OpEojRqxSYk, https://www.peekvids.com/watch?v=hlCMHR9ZLUe, https://www.peekvids.com/watch?v=8qQ0a0nh-Mn, https://www.peekvids.com/watch?v=DWVwhvfKtWI, https://www.peekvids.com/watch?v=TtNGVXCLTPP, https://www.peekvids.com/watch?v=duurxfCyHVw, https://www.peekvids.com/watch?v=68FH9UQViQM, https://www.peekvids.com/watch?v=kPH2teSXodr, https://www.peekvids.com/watch?v=eBG82izJ9YQ, https://www.peekvids.com/watch?v=lFkdrPYR0A4, https://www.peekvids.com/watch?v=VGnVsuDkMtV, https://www.peekvids.com/watch?v=97ds9G-YgRi, https://www.peekvids.com/watch?v=zfiWmiTK-aB, https://www.peekvids.com/watch?v=xGc5h5kdfxD, https://www.peekvids.com/watch?v=nIxVCDLH7ii, https://www.peekvids.com/watch?v=LPgR3TnH-xf, https://www.peekvids.com/watch?v=vYbNRFXt37i, https://www.peekvids.com/watch?v=jma9KQzY8aF, https://www.peekvids.com/watch?v=aZ8RBz08gla, https://www.peekvids.com/watch?v=G-q9QntirEd, https://www.peekvids.com/watch?v=ZHOfk2E0oOF, https://www.peekvids.com/watch?v=5nActoHRSKD, https://www.peekvids.com/watch?v=Ka8sibitvzi, https://www.peekvids.com/watch?v=DshDud3CT9S, https://www.peekvids.com/watch?v=HyxKXRvaS3Z, https://www.peekvids.com/watch?v=DmCUYMmQ7Hj, https://www.peekvids.com/watch?v=sSmPxrsRqHM, https://www.peekvids.com/watch?v=DC0M65yXUD8, https://www.peekvids.com/watch?v=treC8Rfckc5, https://www.peekvids.com/watch?v=PCNG8DVM-km, https://www.peekvids.com/watch?v=65uXDeWRpnJ, https://www.peekvids.com/watch?v=9HLSvn6ckCl, https://www.peekvids.com/watch?v=vAe6NC68qK3, https://www.peekvids.com/watch?v=w7UU0cL6nA-, https://www.peekvids.com/watch?v=ff4vsC8blCZ, https://www.peekvids.com/watch?v=cjBNSbG-Ifv, https://www.peekvids.com/watch?v=UTM0wvucYaG, https://www.peekvids.com/watch?v=rwzxPWPG5fK, https://www.peekvids.com/watch?v=D8UhkaR4AL0, https://www.peekvids.com/watch?v=Xs2alSLlfX4, https://www.peekvids.com/watch?v=-7GSlveDNfC, https://www.peekvids.com/watch?v=MeG7ou0YUV-, https://www.peekvids.com/watch?v=LOl3RadlgUV, https://www.peekvids.com/watch?v=3QcJJZPDGhF, https://www.peekvids.com/watch?v=58BwJ8hciEH, https://www.peekvids.com/watch?v=vtKiVmOQ7cf, https://www.peekvids.com/watch?v=Xb9oEZgBp0t, https://www.peekvids.com/watch?v=JP0gS4Gf-uH, https://www.peekvids.com/watch?v=Uu8r8BAlO-h, https://www.peekvids.com/watch?v=9pj2ht4aEuz, https://www.peekvids.com/watch?v=rhPYvUHRRJf, https://www.peekvids.com/watch?v=kL90kBQqMDM, https://www.peekvids.com/watch?v=QtbB5wTCdAk, https://www.peekvids.com/watch?v=2GQRT0KMKXi, https://www.peekvids.com/watch?v=i9zGAm78Iss, https://www.peekvids.com/watch?v=rYihABUdOQI, https://www.peekvids.com/watch?v=-krJrMhd8Nb, https://www.peekvids.com/watch?v=lw6EBgjLFCm, https://www.peekvids.com/watch?v=Zr6ZzDpHNbO, https://www.peekvids.com/watch?v=fWaJdjlQ29J, https://www.peekvids.com/watch?v=wzNZ-2cFgmY, https://www.peekvids.com/watch?v=YJZFTSqYiAV, https://www.peekvids.com/watch?v=hPldjrIADSW, https://www.peekvids.com/watch?v=RuDLhWrpiMk, https://www.peekvids.com/watch?v=Hxf-GknIDdx, https://www.peekvids.com/watch?v=ugRW64XCXKu, https://www.peekvids.com/watch?v=SIjWd2j2vVX, https://www.peekvids.com/watch?v=gH6dEh3tz5X, https://www.peekvids.com/watch?v=ePblyUOnrfz, https://www.peekvids.com/watch?v=fLISlQei-qJ, https://www.peekvids.com/watch?v=46eN5uREa-B, https://www.peekvids.com/watch?v=v5VyyKScR6a, https://www.peekvids.com/watch?v=o7wLoxJMJ7x, https://www.peekvids.com/watch?v=Nt5oaWC0H75, https://www.peekvids.com/watch?v=5sOzOTBgWOK, https://www.peekvids.com/watch?v=J0vuccMDxtG, https://www.peekvids.com/watch?v=GUegBNAI-Uu, https://www.peekvids.com/watch?v=iGZZqWHi6zR, https://www.peekvids.com/watch?v=V-pmVhdV3Hh, https://www.peekvids.com/watch?v=Wrq-9OXrqm5, https://www.peekvids.com/watch?v=9sqO5Pa0fnp, https://www.peekvids.com/watch?v=X-TUTfNbNC8, https://www.peekvids.com/watch?v=ZOYJRAwOAzu, https://www.peekvids.com/watch?v=D7tybsBBxtr, https://www.peekvids.com/watch?v=ioq0eKAXDN7, https://www.peekvids.com/watch?v=P8jHNVIRAeu, https://www.peekvids.com/watch?v=XRdgkG6NgP7, https://www.peekvids.com/watch?v=Mna2S0FF5e0, https://www.peekvids.com/watch?v=u2KqYiIgt9E, https://www.peekvids.com/watch?v=Igdd3WiT9Ye, https://www.peekvids.com/watch?v=x4nTVFncZUF, https://www.peekvids.com/watch?v=AAovqNYGlCH, https://www.peekvids.com/watch?v=mKq7tGUC7G4, https://www.peekvids.com/watch?v=j-lDyapEmC8, https://www.peekvids.com/watch?v=WznW0EQPKeK, https://www.peekvids.com/watch?v=0FqsvXoqqB4, https://www.peekvids.com/watch?v=TcOJSdEv5p2, https://www.peekvids.com/watch?v=0cQ9fC0MKvA, https://www.peekvids.com/watch?v=vq3FiIcFhUv, https://www.peekvids.com/watch?v=-707ouW0tM2, https://www.peekvids.com/watch?v=r5qgdZnwXSP, https://www.peekvids.com/watch?v=WC9iKTGdQZp, https://www.peekvids.com/watch?v=eeXKbo6TFgT, https://www.peekvids.com/watch?v=mD5dpNziXDp, https://www.peekvids.com/watch?v=T6zoZfl2tav, https://www.peekvids.com/watch?v=Qz5mgeo3lmo, https://www.peekvids.com/watch?v=UvJniuyItX3, https://www.peekvids.com/watch?v=wdo6QnTATQC, https://www.peekvids.com/watch?v=3f4Id0GbxdS, https://www.peekvids.com/watch?v=5Iunv3jYRZH, https://www.peekvids.com/watch?v=23ABhTqzaWk, https://www.peekvids.com/watch?v=qFB62-ZSTAd, https://www.peekvids.com/watch?v=VZGEURCQPfx, https://www.peekvids.com/watch?v=Dv8q5x0sg75, https://www.peekvids.com/watch?v=4-ohhaNPtVH, https://www.peekvids.com/watch?v=W6ZbxJ37oOr, https://www.peekvids.com/watch?v=kjMceuqezPt, https://www.peekvids.com/watch?v=auuI7VZFrb-, https://www.peekvids.com/watch?v=3FcfeNpMnjr, https://www.peekvids.com/watch?v=vn9RGQAbnIL, https://www.peekvids.com/watch?v=bdt6LUmpZ9n, https://www.peekvids.com/watch?v=KmECn4f706y, https://www.peekvids.com/watch?v=rmnJxHPIzfI, https://www.peekvids.com/watch?v=vWE-ORzp4JA, https://www.peekvids.com/watch?v=aQWSBXvFa3r, https://www.peekvids.com/watch?v=xVfXngJE9Ib, https://www.peekvids.com/watch?v=2EkWFnBTNG0, https://www.peekvids.com/watch?v=rNARHj4uBMH, https://www.peekvids.com/watch?v=6-EjZqHmiKS, https://www.peekvids.com/watch?v=r54ZapJkKmk, https://www.peekvids.com/watch?v=XgSU3Qej-BH, https://www.peekvids.com/watch?v=C5AvWtRQTNF, https://www.peekvids.com/watch?v=fWCYox03zuQ, https://www.peekvids.com/watch?v=oZyNnLdOP2Z, https://www.peekvids.com/watch?v=zTF-hyJRj98, https://www.peekvids.com/watch?v=ZhTn8A5RERZ, https://www.peekvids.com/watch?v=cwJPllF-M0b, https://www.peekvids.com/watch?v=GAEoUZ0jqVq, https://www.peekvids.com/watch?v=jbARkhaD9G3, https://www.peekvids.com/watch?v=oH2rLMCC8Cu, https://www.peekvids.com/watch?v=I8lEXg43l4P, https://www.peekvids.com/watch?v=vO5OixemxPg, https://www.peekvids.com/watch?v=T7zmYfnvrjU, https://www.peekvids.com/watch?v=cQvzpPIo-xv, https://www.peekvids.com/watch?v=H4qlzkOU7A2, https://www.peekvids.com/watch?v=K9fuIBIb9BY, https://www.peekvids.com/watch?v=9jGZS2Qu3YO, https://www.peekvids.com/watch?v=0hNRj-seDWz, https://www.peekvids.com/watch?v=McNgV67EXU5, https://www.peekvids.com/watch?v=HNeDwl-ITtn, https://www.peekvids.com/watch?v=-AZUjuSDV0c, https://www.peekvids.com/watch?v=OB7uAcnodbS

5.f. Date of third notice: 2015-03-24

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: skywakeof

5.b. Uploader's email address: ihaveatime8@gmail.com

5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=skywakeof

5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=GhWEm3i34eY, https://www.peekvids.com/watch?v=E3juFyy5kcv, https://www.peekvids.com/watch?v=P15GoRcUs3c, https://www.peekvids.com/watch?v=2qKNnmxLcFK, https://www.peekvids.com/watch?v=sRPLV3JEe_6, https://www.peekvids.com/watch?v=gsIGwk3vgdO, https://www.peekvids.com/watch?v=6l96hUDRTGz, https://www.peekvids.com/watch?v=DyAATU-uvuY, https://www.peekvids.com/watch?v=t36V_CR4U3T, https://www.peekvids.com/watch?v=pOun8Z2vnuQ, https://www.peekvids.com/watch?v=QB_F1EsIfPG, https://www.peekvids.com/watch?v=WB1AbhrZowZ, https://www.peekvids.com/watch?v=2Kj81hGM8WF, https://www.peekvids.com/watch?v=a0oFyWarQhV, https://www.peekvids.com/watch?v=9vC_JIECrjB, https://www.peekvids.com/watch?v=gHDaRiD1Wjt, https://www.peekvids.com/watch?v=wlfdkx92RVC, https://www.peekvids.com/watch?v=gk7mTE5XO2J, https://www.peekvids.com/watch?v=xPLv6Te0dDB, https://www.peekvids.com/watch?v=aRt3LCin2tD, https://www.peekvids.com/watch?v=9xZGwNwTJH6, https://www.peekvids.com/watch?v=EWHl2ePZXEd, https://www.peekvids.com/watch?v=6hmERBvFAcF, https://www.peekvids.com/watch?v=PH4PVR9AXIv, https://www.peekvids.com/watch?v=EZ43nOawR6h, https://www.peekvids.com/watch?v=yamRW-Z1BaP, https://www.peekvids.com/watch?v=9eSaTGAYJJo, https://www.peekvids.com/watch?v=NVbj5ej8jKq, https://www.peekvids.com/watch?v=g8XRH72cl7v, https://www.peekvids.com/watch?v=eHNOXW7sy-V, https://www.peekvids.com/watch?v=bw1Smf82FES, https://www.peekvids.com/watch?v=RpC4rg6rUNo, https://www.peekvids.com/watch?v=p7aacBtEv7q, https://www.peekvids.com/watch?v=6JNpXwvqwNB, https://www.peekvids.com/watch?v=quWhJM71F2N, https://www.peekvids.com/watch?v=V-C557IMIB4, https://www.peekvids.com/watch?v=7jhUiOn_IZT, https://www.peekvids.com/watch?v=W5tu14iOZON, https://www.peekvids.com/watch?v=bdjgIdTIk9f, https://www.peekvids.com/watch?v=9Y1LZTjfDRW, https://www.peekvids.com/watch?v=DXYgDOy9BLe, https://www.peekvids.com/watch?v=FJqzWsbD3nM, https://www.peekvids.com/watch?v=syMdGPGSSvI, https://www.peekvids.com/watch?v=UHIfcOCuv-A, https://www.peekvids.com/watch?v=CsUhDT_LoGQ, https://www.peekvids.com/watch?v=g-21VROK8Mn, https://www.peekvids.com/watch?v=a6DKGefDhEJ, https://www.peekvids.com/watch?v=VwFWvopeT9d, https://www.peekvids.com/watch?v=20BKSyEvuPH, https://www.peekvids.com/watch?v=Lkjtjh-0Hir, https://www.peekvids.com/watch?v=PIm3GvkgxHO, https://www.peekvids.com/watch?v=Ok34MRgIueU, https://www.peekvids.com/watch?v=Yi6RgrP8okn, https://www.peekvids.com/watch?v=RGR97RqCyvJ, https://www.peekvids.com/watch?v=etuzjJEEaUc, https://www.peekvids.com/watch?v=bnNBXDfr7DX, https://www.peekvids.com/watch?v=82g-wCVWwD3, https://www.peekvids.com/watch?v=4meOKlcxyxm, https://www.peekvids.com/watch?v=7rZ3T-4ZEfG, https://www.peekvids.com/watch?v=vlTrTT-GdyZ, https://www.peekvids.com/watch?v=Two_bs1YoeL, https://www.peekvids.com/watch?v=C1YogXp0iLM, https://www.peekvids.com/watch?v=Y_UHCVNYwJm, https://www.peekvids.com/watch?v=kDVmXrn8niC, https://www.peekvids.com/watch?v=JtDRkkIlVZT, https://www.peekvids.com/watch?v=htx8w_9IkAF, https://www.peekvids.com/watch?v=eNpeDlvr3zo, https://www.peekvids.com/watch?v=xhnrOapobna, https://www.peekvids.com/watch?v=N2aweHcj-rw, https://www.peekvids.com/watch?v=6RrWYNQbCwD, https://www.peekvids.com/watch?v=mTm8maCybgd, https://www.peekvids.com/watch?v=nZIWQDo1Qvh, https://www.peekvids.com/watch?v=YFD4FAyCXLj, https://www.peekvids.com/watch?v=SQ6cspIB4rz, https://www.peekvids.com/watch?v=B6YhrRUPPjm, https://www.peekvids.com/watch?v=Pfy4VBRReap, https://www.peekvids.com/watch?v=9j2mrS1Jd0v, https://www.peekvids.com/watch?v=4x8wRYeiT2T, https://www.peekvids.com/watch?v=KocMcE1xuFL, https://www.peekvids.com/watch?v=s6OmPtjcUvB, https://www.peekvids.com/watch?v=znVAlNbf0yi, https://www.peekvids.com/watch?v=VQvj0GqNzaC, https://www.peekvids.com/watch?v=FHUIuHkwWLK, https://www.peekvids.com/watch?v=x9ylwz36bUc, https://www.peekvids.com/watch?v=r3eTAJnlunE, https://www.peekvids.com/watch?v=2zes2K_F7JH, https://www.peekvids.com/watch?v=syzARtVggEP, https://www.peekvids.com/watch?v=Ffze4t-jp-q, https://www.peekvids.com/watch?v=4wfzHddc_sC, https://www.peekvids.com/watch?v=eRoBeen6LIb, https://www.peekvids.com/watch?v=NL8MSRFkrOZ, https://www.peekvids.com/watch?v=vFpEC9JgcY3, https://www.peekvids.com/watch?v=WdMrh1ASCAA, https://www.peekvids.com/watch?v=C0oBfjSvGZM, https://www.peekvids.com/watch?v=Id-AF4WftGV, https://www.peekvids.com/watch?v=S9_2aoUXKea, https://www.peekvids.com/watch?v=x-Gc5CrEc57, https://www.peekvids.com/watch?v=bq_Hvgp-wmR, https://www.peekvids.com/watch?v=37a1t0cKLtC, https://www.peekvids.com/watch?v=qdoJ0qY9hqo, https://www.peekvids.com/watch?v=ClibUQo0DfG, https://www.peekvids.com/watch?v=cbEopsksfRS, https://www.peekvids.com/watch?v=fu5mnBC0dzX, https://www.peekvids.com/watch?v=9BFU8rBYrx3, https://www.peekvids.com/watch?v=3Uc9os7WsLP, https://www.peekvids.com/watch?v=oG4gQ3tRfXW, https://www.peekvids.com/watch?v=GTe2TmVyEKc, https://www.peekvids.com/watch?v=GGhxs3m-ikM, https://www.peekvids.com/watch?v=XSeTJ6UoaZP, https://www.peekvids.com/watch?v=JYs3B9NYY6z, https://www.peekvids.com/watch?v=WlGadJVIQ-G, https://www.peekvids.com/watch?v=4GXVZEjxHiy, https://www.peekvids.com/watch?v=L-tQSZJy7r5, https://www.peekvids.com/watch?v=wuvQl8tATms, https://www.peekvids.com/watch?v=qEu3lfPf9CL, https://www.peekvids.com/watch?v=IWV_4G63-kA, https://www.peekvids.com/watch?v=LTXRMSTY7FA, https://www.peekvids.com/watch?v=9o2CI7Wj3Xl, https://www.peekvids.com/watch?v=0PiDgw-wL3U, https://www.peekvids.com/watch?v=qdx1XHZYcFa, https://www.peekvids.com/watch?v=UOe-d6_uvaR, https://www.peekvids.com/watch?v=inBKJXR8ji7, https://www.peekvids.com/watch?v=cDQmEQlL7_w, https://www.peekvids.com/watch?v=017rJKdsrPG, https://www.peekvids.com/watch?v=RpBX1cz62sY, https://www.peekvids.com/watch?v=k2DdXI5ghPn, https://www.peekvids.com/watch?v=8XYwy3dNDMB, https://www.peekvids.com/watch?v=UtcF38ICkmi, https://www.peekvids.com/watch?v=iqUDgXgsdzN, https://www.peekvids.com/watch?v=S2AXYKuaTv3, https://www.peekvids.com/watch?v=Ls5CbtnuFYu, https://www.peekvids.com/watch?v=DL0NufGDQMM, https://www.peekvids.com/watch?v=EtOI37iveAX, https://www.peekvids.com/watch?v=BJG3Z-p7JKa, https://www.peekvids.com/watch?v=XX7_Sdzntcf, https://www.peekvids.com/watch?v=qY58W8UDu1B, https://www.peekvids.com/watch?v=g7MkJQRMmIq,

https://www.peekvids.com/watch?v=LHThvLUahYn, https://www.peekvids.com/watch?v=fi4wa9Xqu5M, https://www.peekvids.com/watch?v=nYJPf0S0V1D, https://www.peekvids.com/watch?v=x70EMQUklbz
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: solovey
5.b. Uploader's email address: sosopablo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=solovey
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wEGp7OnwjVJ, https://www.peekvids.com/watch?v=9iEWl1EncvP, https://www.peekvids.com/watch?v=V1WxKufE1Fw, https://www.peekvids.com/watch?v=r-m8pFjH7yO, https://www.peekvids.com/watch?v=3hc2RKpl8lP, https://www.peekvids.com/watch?v=DJjWhl6iPqz, https://www.peekvids.com/watch?v=TjC1ABpjaIC, https://www.peekvids.com/watch?v=h7Emvee96wQ, https://www.peekvids.com/watch?v=mc9ROix9nor, https://www.peekvids.com/watch?v=2a0wP9TWDQ3, https://www.peekvids.com/watch?v=QpdKxgD6M2A, https://www.peekvids.com/watch?v=tWLQfpsBytW, https://www.peekvids.com/watch?v=R3tg1TmBcY5, https://www.peekvids.com/watch?v=GahjeZp82Dd, https://www.peekvids.com/watch?v=m1kbbI7NpAF, https://www.peekvids.com/watch?v=NSlV8FJFOOC, https://www.peekvids.com/watch?v=bhaEOnmmcZo, https://www.peekvids.com/watch?v=i7mcHoul5n5, https://www.peekvids.com/watch?v=DsxLP-ZsOh5, https://www.peekvids.com/watch?v=DsTlI8b9PLO, https://www.peekvids.com/watch?v=cDyFUMUp4On, https://www.peekvids.com/watch?v=QwKh_wBxrdr, https://www.peekvids.com/watch?v=Nu50nmHGGdz, https://www.peekvids.com/watch?v=YqU_7PTALqi, https://www.peekvids.com/watch?v=jYOr1KMEnEl, https://www.peekvids.com/watch?v=3QMCRrkcCBL, https://www.peekvids.com/watch?v=6UmdkbtNr2w, https://www.peekvids.com/watch?v=m4M4-cbLWDn, https://www.peekvids.com/watch?v=fB6QRaxT6Ht, https://www.peekvids.com/watch?v=Mn_QI0PcgsM, https://www.peekvids.com/watch?v=0VfBsTLCBcf, https://www.peekvids.com/watch?v=GRXhZX0UkdZ, https://www.peekvids.com/watch?v=zTm6c8PwobB, https://www.peekvids.com/watch?v=6makzWepExP, https://www.peekvids.com/watch?v=VMksfCCd9mP, https://www.peekvids.com/watch?v=BkxTXYQPmnt, https://www.peekvids.com/watch?v=A-IptApR6yg, https://www.peekvids.com/watch?v=XcZB6s7bbxc, https://www.peekvids.com/watch?v=ihjVY9ktSsG, https://www.peekvids.com/watch?v=JXfdjntTtVI, https://www.peekvids.com/watch?v=zNvEUnvgP3q, https://www.peekvids.com/watch?v=kWBi6f0_JxQ, https://www.peekvids.com/watch?v=QBZdOF40Jmb
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sovbez
5.b. Uploader's email address: likemariellojio@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=sovbez
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=9MXU4ZR4GVu, https://www.peekvids.com/watch?v=NLLKTnQkbfp, https://www.peekvids.com/watch?v=8c0w4fD-F8p, https://www.peekvids.com/watch?v=q93Sva40wrc, https://www.peekvids.com/watch?v=Fp6fstrqoz3, https://www.peekvids.com/watch?v=pwVam9jszBM, https://www.peekvids.com/watch?v=t8VQxCCvZJ7, https://www.peekvids.com/watch?v=KlGgBumovSy, https://www.peekvids.com/watch?v=cKbXgW9Poje, https://www.peekvids.com/watch?v=oI-s96XpABB, https://www.peekvids.com/watch?v=WARxHda2ejE, https://www.peekvids.com/watch?v=dZDAojF-RPq, https://www.peekvids.com/watch?v=akMgRVARX8e, https://www.peekvids.com/watch?v=NaD3XLo7eQU, https://www.peekvids.com/watch?v=SBIHI5i6UzG, https://www.peekvids.com/watch?v=YapBaov0KiF, https://www.peekvids.com/watch?v=GF7tFMbtF7C, https://www.peekvids.com/watch?v=ntddHM25pFF, https://www.peekvids.com/watch?v=g89uWqOkT4k, https://www.peekvids.com/watch?v=c2m4Tv3u8xK, https://www.peekvids.com/watch?v=pp6e8ZLTkZs, https://www.peekvids.com/watch?v=cYvXodKmheE, https://www.peekvids.com/watch?v=qsLcqWFY9CS, https://www.peekvids.com/watch?v=cZftwFV2Hah, https://www.peekvids.com/watch?v=s-5CF4kkkLl, https://www.peekvids.com/watch?v=mg2ZHkuoDmk, https://www.peekvids.com/watch?v=-LFJmzkN2wD, https://www.peekvids.com/watch?v=zlhKUddGoW8, https://www.peekvids.com/watch?v=T6jSMKrnvUa, https://www.peekvids.com/watch?v=T2eNlUYLVj6, https://www.peekvids.com/watch?v=27h4j5UXNBq, https://www.peekvids.com/watch?v=7E5gQ5YMXy8, https://www.peekvids.com/watch?v=TRS7e-Sprv3, https://www.peekvids.com/watch?v=8fQiftZtGSp, https://www.peekvids.com/watch?v=es97JobJ-44, https://www.peekvids.com/watch?v=lSyPgnIg579, https://www.peekvids.com/watch?v=RrotGZMr7hs, https://www.peekvids.com/watch?v=r4iWTiNtbYl, https://www.peekvids.com/watch?v=tmYTQdpsHNg, https://www.peekvids.com/watch?v=c3nxaKWEU9T, https://www.peekvids.com/watch?v=rv5eF3EDx6i, https://www.peekvids.com/watch?v=YLn4u2j0uku, https://www.peekvids.com/watch?v=FSQpKWALAn8, https://www.peekvids.com/watch?v=bj5rIrTsI7y, https://www.peekvids.com/watch?v=YKppnZIE7Fy, https://www.peekvids.com/watch?v=q4UmLguxkUJ, https://www.peekvids.com/watch?v=B0AFSgK7CQu, https://www.peekvids.com/watch?v=mYlJpejFCWt, https://www.peekvids.com/watch?v=ChutlRlUsbW, https://www.peekvids.com/watch?v=fIf3CN2qOME, https://www.peekvids.com/watch?v=7m6BOyHMfqD, https://www.peekvids.com/watch?v=tILc9DQJ4U2, https://www.peekvids.com/watch?v=zW7Kgkdsvpb, https://www.peekvids.com/watch?v=6VjbxDNuT7H, https://www.peekvids.com/watch?v=r4kYxoNvaPn, https://www.peekvids.com/watch?v=oIwOdTWp7w7, https://www.peekvids.com/watch?v=luhJRaR286D, https://www.peekvids.com/watch?v=AN86jy83Ckp, https://www.peekvids.com/watch?v=hiVkBVRlxVu, https://www.peekvids.com/watch?v=5O5TpP3lTSJ, https://www.peekvids.com/watch?v=0Y4pmtL8YGT, https://www.peekvids.com/watch?v=Kz3L6CrXbGf, https://www.peekvids.com/watch?v=PpPkykDDUod, https://www.peekvids.com/watch?v=XvZbWCF03CC, https://www.peekvids.com/watch?v=nM-zn7TvOC4, https://www.peekvids.com/watch?v=rB5dT7Lti58, https://www.peekvids.com/watch?v=Acmi9nxztNr, https://www.peekvids.com/watch?v=EouEPdsH7TQ, https://www.peekvids.com/watch?v=DSpkvOEDUOe, https://www.peekvids.com/watch?v=sX9Q9MykQuh, https://www.peekvids.com/watch?v=CkBlh9TXmvS, https://www.peekvids.com/watch?v=Z6bqSACYXhd, https://www.peekvids.com/watch?v=xnUWEbhnZkb, https://www.peekvids.com/watch?v=gYP805q6AzW, https://www.peekvids.com/watch?v=eEp3KW-gwYM, https://www.peekvids.com/watch?v=yRmUIM4LrH4, https://www.peekvids.com/watch?v=hPCMKzB4RPy, https://www.peekvids.com/watch?v=xZUOEjtg4bD, https://www.peekvids.com/watch?v=3OdulaX6-W4, https://www.peekvids.com/watch?v=geIMfMYw6PW, https://www.peekvids.com/watch?v=cVNtQJ7Wx6H, https://www.peekvids.com/watch?v=3X6eZEEyRJk, https://www.peekvids.com/watch?v=06VSm0xibSg, https://www.peekvids.com/watch?v=-pLAaCsJxeC, https://www.peekvids.com/watch?v=hoFhzKRqUoL, https://www.peekvids.com/watch?v=HvKQUQ4lHig, https://www.peekvids.com/watch?v=AQxDYpnmzwb, https://www.peekvids.com/watch?v=pdROZEIdSAz, https://www.peekvids.com/watch?v=MNducUnIy8z, https://www.peekvids.com/watch?v=Zudgtretr72, https://www.peekvids.com/watch?v=fjThcUukrF3, https://www.peekvids.com/watch?v=Br8WlM3ndZ9, https://www.peekvids.com/watch?v=yqM49fRPum5, https://www.peekvids.com/watch?v=EZ0zuNY40PO, https://www.peekvids.com/watch?v=ZXEnxtVV3e4, https://www.peekvids.com/watch?v=S2vFRG3upOU, https://www.peekvids.com/watch?v=03d3kKafMl7, https://www.peekvids.com/watch?v=-oXWgyOOA6t, https://www.peekvids.com/watch?v=V6Ur25sKT0P, https://www.peekvids.com/watch?v=Na72rsmfb4-, https://www.peekvids.com/watch?v=U03EkBTVY8K, https://www.peekvids.com/watch?v=lfOgkFWdTd3, https://www.peekvids.com/watch?v=Eu8BS-YPnu8, https://www.peekvids.com/watch?v=q-BJQ0q0nbx, https://www.peekvids.com/watch?v=ONy9x8CMaRB, https://www.peekvids.com/watch?v=uJUhumcKhbM, https://www.peekvids.com/watch?v=Urv3ZIa0XKI, https://www.peekvids.com/watch?v=obIFotv3auI, https://www.peekvids.com/watch?v=FJIEK3PW5Gz, https://www.peekvids.com/watch?v=dadcLQvzq5-, https://www.peekvids.com/watch?v=DIaN2TK4PRX, https://www.peekvids.com/watch?v=gSCcqoNWaKu, https://www.peekvids.com/watch?v=yadIHXBwLZe, https://www.peekvids.com/watch?v=5yr6xOhC3ph, https://www.peekvids.com/watch?v=LFjnXQayM3d, https://www.peekvids.com/watch?v=chDZ7zPvzHi, https://www.peekvids.com/watch?v=UeZ7CBx7Ywl, https://www.peekvids.com/watch?v=5qa3yvrw5zq, https://www.peekvids.com/watch?v=CWeuzFirF9f, https://www.peekvids.com/watch?v=KuePJsR-RbZ, https://www.peekvids.com/watch?v=LWVmEdtph8q
5.f. Date of third notice: 2015-05-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: startandgo
5.b. Uploader's email address: bubuhuhjhdree@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=startandgo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=yNy0Zhnegz2, https://www.peekvids.com/watch?v=aiIZLeQeKjJ, https://www.peekvids.com/watch?v=U5pyIW2tTqV, https://www.peekvids.com/watch?v=P0hKv1U5E4o, https://www.peekvids.com/watch?v=qKUdV8hzxSA, https://www.peekvids.com/watch?v=OGkDM1EXOJl, https://www.peekvids.com/watch?v=WEXIhy-wvyc, https://www.peekvids.com/watch?v=sGSO8FLmDbE, https://www.peekvids.com/watch?v=VaR-FOmWLUZ, https://www.peekvids.com/watch?v=OvZADekn5Bc, https://www.peekvids.com/watch?v=2vzbBQNaC9a, https://www.peekvids.com/watch?v=OdLPSEIChEA, https://www.peekvids.com/watch?v=pTqt1Ewn-_K, https://www.peekvids.com/watch?v=yR2J8yE_acT, https://www.peekvids.com/watch?v=e7T1DfpaBr7, https://www.peekvids.com/watch?v=41A9Jyy-e3N, https://www.peekvids.com/watch?v=PPOm6nqrNyR, https://www.peekvids.com/watch?v=pNj-8FGkLGB, https://www.peekvids.com/watch?v=OP0V96kQoOr, https://www.peekvids.com/watch?v=NqaP5xpljW2, https://www.peekvids.com/watch?v=ezbKKS4pQAG, https://www.peekvids.com/watch?v=VjB5t0TpkaC, https://www.peekvids.com/watch?v=060ml8BCfcq, https://www.peekvids.com/watch?v=yCZgoKjAVXv, https://www.peekvids.com/watch?v=gutmdTqEDtX, https://www.peekvids.com/watch?v=TD6M8MTk13p, https://www.peekvids.com/watch?v=9Y8ov8L3CYl, https://www.peekvids.com/watch?v=UrmK13paYmE, https://www.peekvids.com/watch?v=gKcPmp9PGlh, https://www.peekvids.com/watch?v=0CtCGmN-whi, https://www.peekvids.com/watch?v=y2xDCikbRfx, https://www.peekvids.com/watch?v=TI7Rz2gziDS, https://www.peekvids.com/watch?v=uUqib81k8ZB, https://www.peekvids.com/watch?v=exMcc7O5VSU, https://www.peekvids.com/watch?v=n1Eqqy8JxZj, https://www.peekvids.com/watch?v=G1-vNYHF35P, https://www.peekvids.com/watch?v=EpX_G9boK75
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: steeve5zh
5.b. Uploader's email address: rimarocky@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=steeve5zh
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=LkOW6GbRO8q, https://www.peekvids.com/watch?v=TEnLDQHfyPI, https://www.peekvids.com/watch?v=7T8wLTE6kHV, https://www.peekvids.com/watch?v=7D79HALgV0W, https://www.peekvids.com/watch?v=Rvl7xUh2f4S, https://www.peekvids.com/watch?v=ZEGMoz69eO4, https://www.peekvids.com/watch?v=bDr1qzbnx6p, https://www.peekvids.com/watch?v=xqPxZXGHruV, https://www.peekvids.com/watch?v=Bu48pe8qMI7, https://www.peekvids.com/watch?v=TFFPwdRlVQT, https://www.peekvids.com/watch?v=xocZfvc81Rq, https://www.peekvids.com/watch?v=zz64tXT9LWx, https://www.peekvids.com/watch?v=M5GBoFCT006, https://www.peekvids.com/watch?v=xovFFrFSzck, https://www.peekvids.com/watch?v=DX1uZAFByn0, https://www.peekvids.com/watch?v=UZOrH88mlms, https://www.peekvids.com/watch?v=s3NOyhPK8RY, https://www.peekvids.com/watch?v=LuCg9BBtApy, https://www.peekvids.com/watch?v=X-82MN0WvUQ, https://www.peekvids.com/watch?v=3N2Uw0jIJ1t, https://www.peekvids.com/watch?v=nLLRvlo3Kci, https://www.peekvids.com/watch?v=Yq0GucA7pn8, https://www.peekvids.com/watch?v=vxJaeQP4lZ9, https://www.peekvids.com/watch?v=0sEvF49G2fR, https://www.peekvids.com/watch?v=2LygrVaBl6C, https://www.peekvids.com/watch?v=xH3x1FFMhnG, https://www.peekvids.com/watch?v=mVvuOaL06uC, https://www.peekvids.com/watch?v=PJ8WMn1UyQG, https://www.peekvids.com/watch?v=hCF4uRkzVDx, https://www.peekvids.com/watch?v=fZb_6P9-Uyi, https://www.peekvids.com/watch?v=9h0j7xbYu3a, https://www.peekvids.com/watch?v=8KEkPxaivhb, https://www.peekvids.com/watch?v=0M0bWIClwsQ, https://www.peekvids.com/watch?v=Tk18xEtPg85, https://www.peekvids.com/watch?v=WB2in8PWvUt, https://www.peekvids.com/watch?v=y5K2mDzXNwK, https://www.peekvids.com/watch?v=QLBtXgtNUYU, https://www.peekvids.com/watch?v=20FFAXE1Djc, https://www.peekvids.com/watch?v=og0TA5_iNvP, https://www.peekvids.com/watch?v=E26T5IVL4rC, https://www.peekvids.com/watch?v=P32LAGdJJll, https://www.peekvids.com/watch?v=rcSG_G0ztqf, https://www.peekvids.com/watch?v=wehPqXXa4Hn, https://www.peekvids.com/watch?v=lueahAdKoXY, https://www.peekvids.com/watch?v=gbXcWcnXrqu, https://www.peekvids.com/watch?v=UsuQ6WqJcbb, https://www.peekvids.com/watch?v=VCvaGZh_TDT, https://www.peekvids.com/watch?v=KEMbideWznc, https://www.peekvids.com/watch?v=TkuJ5m9uouN, https://www.peekvids.com/watch?v=wPWwOrNDB09, https://www.peekvids.com/watch?v=5N_RKMxDd0P, https://www.peekvids.com/watch?v=BYXJKMa4aR0, https://www.peekvids.com/watch?v=T3CHx8b3CT2, https://www.peekvids.com/watch?v=SQWIezhVCd9, https://www.peekvids.com/watch?v=qbX34bqEUI7, https://www.peekvids.com/watch?v=UChWOkgc5-y, https://www.peekvids.com/watch?v=rHR-1AINvde, https://www.peekvids.com/watch?v=OONYv6hzeSt, https://www.peekvids.com/watch?v=T07ut-Bg_Yd, https://www.peekvids.com/watch?v=e15-a0uAvhA, https://www.peekvids.com/watch?v=yPuBj-tqJ8W, https://www.peekvids.com/watch?v=8zaM51_MdQ7, https://www.peekvids.com/watch?v=7vPO0kKPKUl, https://www.peekvids.com/watch?v=vMsfoMWV-XQ, https://www.peekvids.com/watch?v=P4tzGus5xji, https://www.peekvids.com/watch?v=6S4EzNcunlz, https://www.peekvids.com/watch?v=6FUBhWXy_yd, https://www.peekvids.com/watch?v=eY_5rUNecNT, https://www.peekvids.com/watch?v=r8XSSZ48VRf, https://www.peekvids.com/watch?v=g0qT8Vyn-od
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: storexxx
5.b. Uploader's email address: jimbiitkiales@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=storexxx
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=6jUXXGWzFBX, https://www.peekvids.com/watch?v=wRwS25lM79G, https://www.peekvids.com/watch?v=TUmdWCVrhcQ, https://www.peekvids.com/watch?v=3fYg3UlVm-m, https://www.peekvids.com/watch?v=Sbw_ubGwoZn, https://www.peekvids.com/watch?v=qwoc_HOPJmF, https://www.peekvids.com/watch?v=AtsClnyVxWT, https://www.peekvids.com/watch?v=F85zx-W15Sr, https://www.peekvids.com/watch?v=B2n81y7_Qhl, https://www.peekvids.com/watch?v=7i4jXHxmYQb, https://www.peekvids.com/watch?v=pTykWZ99ImJ, https://www.peekvids.com/watch?v=To6ky9mQktP, https://www.peekvids.com/watch?v=hHZ4RpUWSc7, https://www.peekvids.com/watch?v=fEHnT9Tgrme, https://www.peekvids.com/watch?v=I6OxwFyZhVz, https://www.peekvids.com/watch?v=MMm4f2opLoH, https://www.peekvids.com/watch?v=Imc9W3tVz5r, https://www.peekvids.com/watch?v=psU-cX74tcT, https://www.peekvids.com/watch?v=gHeCRrZsR-R, https://www.peekvids.com/watch?v=EiOi_N_q5wu, https://www.peekvids.com/watch?v=7sV6p8EfDbB, https://www.peekvids.com/watch?v=L7C2aFBSeQl, https://www.peekvids.com/watch?v=DI7F7y4oomN, https://www.peekvids.com/watch?v=j-jEclyItko, https://www.peekvids.com/watch?v=Q-yEiD2C4vr, https://www.peekvids.com/watch?v=sVjVVfEa97j, https://www.peekvids.com/watch?v=U-zPCAT1vmu, https://www.peekvids.com/watch?v=5OQW5K7ilQs, https://www.peekvids.com/watch?v=zKgXYFmZn0y, https://www.peekvids.com/watch?v=DU6eUOBvJKD, https://www.peekvids.com/watch?v=oncJAa873cw, https://www.peekvids.com/watch?v=qJVd2-RNKWY,

https://www.peekvids.com/watch?v=yyUWYxJisr9, https://www.peekvids.com/watch?v=iykt9O-TAyq, https://www.peekvids.com/watch?v=VY4MVXSXqda,
https://www.peekvids.com/watch?v=SewmcOuJeUv, https://www.peekvids.com/watch?v=gtfXzbY5w6w, https://www.peekvids.com/watch?v=fN-uzSeuQaV,
https://www.peekvids.com/watch?v=Vn2YThkysq2, https://www.peekvids.com/watch?v=89vtaWFppqM, https://www.peekvids.com/watch?v=X3BrTe1j6qA,
https://www.peekvids.com/watch?v=x_2GhNUNLp9, https://www.peekvids.com/watch?v=Fw2xIB_0pPX, https://www.peekvids.com/watch?v=xfzWajPwoYb,
https://www.peekvids.com/watch?v=AgGGeSqEdI3, https://www.peekvids.com/watch?v=c9SzmZ_ege0, https://www.peekvids.com/watch?v=InO1OFDQfD8,
https://www.peekvids.com/watch?v=50ksDHvY2rN, https://www.peekvids.com/watch?v=83J9CflMBC4, https://www.peekvids.com/watch?v=2LIrQjp8zVM,
https://www.peekvids.com/watch?v=xckFNEmhJcm, https://www.peekvids.com/watch?v=h-fX3f7EL7j, https://www.peekvids.com/watch?v=V0OR8AwCAv7,
https://www.peekvids.com/watch?v=VnTTEVwnaFJ, https://www.peekvids.com/watch?v=6m6xLBel558, https://www.peekvids.com/watch?v=onr_m5pOhvd,
https://www.peekvids.com/watch?v=OVuPNQn_mJZ, https://www.peekvids.com/watch?v=h472bcfoJ1D, https://www.peekvids.com/watch?v=gzbO1iW-x-u,
https://www.peekvids.com/watch?v=4m-JlMDnm0H, https://www.peekvids.com/watch?v=e3r0nvkI8Hm, https://www.peekvids.com/watch?v=EmuEdcTJB5H,
https://www.peekvids.com/watch?v=rC6OftvHicv, https://www.peekvids.com/watch?v=MwnabX0TfyH, https://www.peekvids.com/watch?v=FiaXnDBRRNW,
https://www.peekvids.com/watch?v=jX_qH4gR7J9, https://www.peekvids.com/watch?v=OQl5l5clDjO, https://www.peekvids.com/watch?v=gzieDV3cqYp,
https://www.peekvids.com/watch?v=kU8pFB0c4tp, https://www.peekvids.com/watch?v=Ne1wVIKKzpr, https://www.peekvids.com/watch?v=OO5d3fBr9cj,
https://www.peekvids.com/watch?v=QoNNIsnNY1e, https://www.peekvids.com/watch?v=ZcAecdMWmMG, https://www.peekvids.com/watch?v=D1sz2fWed9Z,
https://www.peekvids.com/watch?v=NzSy0d312Ez, https://www.peekvids.com/watch?v=RqS190BT_Vb, https://www.peekvids.com/watch?v=McB61e_J7_D,
https://www.peekvids.com/watch?v=fcyi6Jxd__j, https://www.peekvids.com/watch?v=J0EkJ8-9u0q, https://www.peekvids.com/watch?v=gzuJvV8vHnS,
https://www.peekvids.com/watch?v=QkFtENQAkSy, https://www.peekvids.com/watch?v=E3LfhkKV2Q5, https://www.peekvids.com/watch?v=Bix7CcPqr5I,
https://www.peekvids.com/watch?v=9U-YjqzdOWU, https://www.peekvids.com/watch?v=AnHAnnq209K, https://www.peekvids.com/watch?v=HBVEuS9kBis,
https://www.peekvids.com/watch?v=Ab8zVGejN8K, https://www.peekvids.com/watch?v=qYerG7ETZwi, https://www.peekvids.com/watch?v=N73rR9-44Gq,
https://www.peekvids.com/watch?v=5VqJtSvVUvL, https://www.peekvids.com/watch?v=VpWYs4lVnFB, https://www.peekvids.com/watch?v=2oLegDdyweA,
https://www.peekvids.com/watch?v=R2wio2zkue2, https://www.peekvids.com/watch?v=M6nYtNXZUDI, https://www.peekvids.com/watch?v=Wm5XwnBQPm2,
https://www.peekvids.com/watch?v=vSP_Nf-MCFX, https://www.peekvids.com/watch?v=oeqw9vi9Uhn, https://www.peekvids.com/watch?v=PPiCZEHq3YS,
https://www.peekvids.com/watch?v=6MMeu6Hlm8y, https://www.peekvids.com/watch?v=7GGVKvNdTrR, https://www.peekvids.com/watch?v=dSjy6KHQRMG,
https://www.peekvids.com/watch?v=gtwGj7qlWBt, https://www.peekvids.com/watch?v=ICD1wd17kWQ, https://www.peekvids.com/watch?v=YEK89TKdWm8,
https://www.peekvids.com/watch?v=flY7XobTell, https://www.peekvids.com/watch?v=KMylF7Mqhyr, https://www.peekvids.com/watch?v=9_fbf24ks6M,
https://www.peekvids.com/watch?v=MMDCaK5lAPZ, https://www.peekvids.com/watch?v=dmsTtggvH8W, https://www.peekvids.com/watch?v=xHNYkcJK1hd,
https://www.peekvids.com/watch?v=oYKuR6eht1J, https://www.peekvids.com/watch?v=9pbDWBJwd92, https://www.peekvids.com/watch?v=xX-S9ViIVHM,
https://www.peekvids.com/watch?v=C3EF2LrzVzm, https://www.peekvids.com/watch?v=XH1It507kbv, https://www.peekvids.com/watch?v=UjuZrbu0sOr,
https://www.peekvids.com/watch?v=jgqzcnAabjF, https://www.peekvids.com/watch?v=MIkLWWdFjRO, https://www.peekvids.com/watch?v=3pgoRvhDP-n,
https://www.peekvids.com/watch?v=ya2RZDwjuGc, https://www.peekvids.com/watch?v=V1ZoOadyTie, https://www.peekvids.com/watch?v=WlzZvirF6l4,
https://www.peekvids.com/watch?v=aDS3knxXZSJ, https://www.peekvids.com/watch?v=Fb3k0gOU-er, https://www.peekvids.com/watch?v=LA-PU6Yt08v,
https://www.peekvids.com/watch?v=AIsMpl6I0-4, https://www.peekvids.com/watch?v=4JT8s3n_w05, https://www.peekvids.com/watch?v=Z5mRFiQi1LB,
https://www.peekvids.com/watch?v=X_wSFaGaXqU, https://www.peekvids.com/watch?v=MeFt-ZasLcu, https://www.peekvids.com/watch?v=HKwgY_Q_GlA,
https://www.peekvids.com/watch?v=R4QCDW_nSKL, https://www.peekvids.com/watch?v=Ad-8N1soWB2, https://www.peekvids.com/watch?v=cX93QXwPNBf,
https://www.peekvids.com/watch?v=8MzQ0Z4Uz7V, https://www.peekvids.com/watch?v=PzXxzATjX2K, https://www.peekvids.com/watch?v=L24Y7iXSlAN,
https://www.peekvids.com/watch?v=Rk3088cWIj0, https://www.peekvids.com/watch?v=tgkeEDRXRny, https://www.peekvids.com/watch?v=d3r8mH6gWV9,
https://www.peekvids.com/watch?v=3qGMPoCem_2, https://www.peekvids.com/watch?v=lTbAmxVktx8, https://www.peekvids.com/watch?v=4rjB3-vKvA9,
https://www.peekvids.com/watch?v=gEJ0vJNY1Cp, https://www.peekvids.com/watch?v=Sfckk6xAClS, https://www.peekvids.com/watch?v=nbEv5DuCzXO,
https://www.peekvids.com/watch?v=fv2VsC7KtwZ, https://www.peekvids.com/watch?v=BdKc3D3KYhC, https://www.peekvids.com/watch?v=Etq5ucQWkax,
https://www.peekvids.com/watch?v=3jHfpA5GfSV, https://www.peekvids.com/watch?v=bjCHLBSZQaF, https://www.peekvids.com/watch?v=BvNHicXhtLM,
https://www.peekvids.com/watch?v=rimSkycDDEj, https://www.peekvids.com/watch?v=32qhGnSfo_T, https://www.peekvids.com/watch?v=H-JUHUIz0vc,
https://www.peekvids.com/watch?v=8TfXzfhXv4X, https://www.peekvids.com/watch?v=LAZPV_nJDn7, https://www.peekvids.com/watch?v=Bwx0PfxfBMo,
https://www.peekvids.com/watch?v=gPf37IpV5Yr, https://www.peekvids.com/watch?v=lV3Qt5DAFKM, https://www.peekvids.com/watch?v=uJ1eSkWxsdc,
https://www.peekvids.com/watch?v=Cmu6NJpHhj8, https://www.peekvids.com/watch?v=W6Qn2Mi2C7g, https://www.peekvids.com/watch?v=DYuAywBODuX,
https://www.peekvids.com/watch?v=ImD-yB5hGTh, https://www.peekvids.com/watch?v=sXYDRxFHI_T, https://www.peekvids.com/watch?v=VXUnd3S4q30,
https://www.peekvids.com/watch?v=fx9ZKKRvCn2, https://www.peekvids.com/watch?v=QhbxTFC5eNz, https://www.peekvids.com/watch?v=slMud2MvBlU,
https://www.peekvids.com/watch?v=8Uc58o5QESh, https://www.peekvids.com/watch?v=FD6WSF39tiv, https://www.peekvids.com/watch?v=nqEDy3Lbu_d,
https://www.peekvids.com/watch?v=zY1tVWoQdAo, https://www.peekvids.com/watch?v=oRWchba6twF, https://www.peekvids.com/watch?v=oLb7DiFxShh,
https://www.peekvids.com/watch?v=3dCUEGnzOp0, https://www.peekvids.com/watch?v=nl4v0rxUOqH, https://www.peekvids.com/watch?v=Rz2eaKgSAbX,
https://www.peekvids.com/watch?v=fVpvDDoXw9u
5.f. Date of third notice: 2015-10-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: stritmer
5.b. Uploader's email address: lexiplexy@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=stritmer
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JHMUDyScNbw, https://www.peekvids.com/watch?v=3LIHOYbHtSd,
https://www.peekvids.com/watch?v=JbxR4t1c7hR, https://www.peekvids.com/watch?v=haNOOXOPkch, https://www.peekvids.com/watch?v=HhHgWXtyext,
https://www.peekvids.com/watch?v=kt46rwDxd_T, https://www.peekvids.com/watch?v=RLucswYWLKy, https://www.peekvids.com/watch?v=dEFoin6kIvX,
https://www.peekvids.com/watch?v=QQLvumNiJjc, https://www.peekvids.com/watch?v=UsQRcH2LYj8, https://www.peekvids.com/watch?v=xllcgbwGBFI,
https://www.peekvids.com/watch?v=TJ8-0hHAJkN, https://www.peekvids.com/watch?v=zNIcISiZ0_j, https://www.peekvids.com/watch?v=ou2ZOqgJO3w,
https://www.peekvids.com/watch?v=9pG5M5uY15M, https://www.peekvids.com/watch?v=lmLRLTDB7uR, https://www.peekvids.com/watch?v=PARQlPK57Dw,
https://www.peekvids.com/watch?v=A7F3ZOs-QKb, https://www.peekvids.com/watch?v=0h0T2QPA-gn, https://www.peekvids.com/watch?v=l98VlkLmS9h,
https://www.peekvids.com/watch?v=m0snF5Nwi8Q, https://www.peekvids.com/watch?v=HBqcAihQcRb, https://www.peekvids.com/watch?v=UmU7e8y-3pV,
https://www.peekvids.com/watch?v=Um9OG4orT-x, https://www.peekvids.com/watch?v=G8ysNDHU_TF, https://www.peekvids.com/watch?v=e_-381qYheZ,
https://www.peekvids.com/watch?v=5NG-x7EqFBm, https://www.peekvids.com/watch?v=pnn02B_xyfO, https://www.peekvids.com/watch?v=29H7Dcc6ALj,
https://www.peekvids.com/watch?v=RDYaxTsIfwZ, https://www.peekvids.com/watch?v=PD5a2TVYHO7, https://www.peekvids.com/watch?v=PbtTZ26sm8P,
https://www.peekvids.com/watch?v=6OWDHocvzfU, https://www.peekvids.com/watch?v=4X1XgiD8dM2, https://www.peekvids.com/watch?v=lYdRbKxWelo,
https://www.peekvids.com/watch?v=F5DKTr2Q-J0, https://www.peekvids.com/watch?v=B_HT5j6n7eA, https://www.peekvids.com/watch?v=asjTIcVjMm7,
https://www.peekvids.com/watch?v=cppVxbCxH93, https://www.peekvids.com/watch?v=eSabYiH6zxW, https://www.peekvids.com/watch?v=i5_WHO-Uass,
https://www.peekvids.com/watch?v=SXol-D4q5uv, https://www.peekvids.com/watch?v=Bc0FefrDyGo, https://www.peekvids.com/watch?v=MPRWUj9OfRe,
https://www.peekvids.com/watch?v=QiqxVhC07lu, https://www.peekvids.com/watch?v=4EyE6U_UmnI, https://www.peekvids.com/watch?v=KlFTo5EeYZT,
https://www.peekvids.com/watch?v=a1_20lsUwy6, https://www.peekvids.com/watch?v=jnY80FezoM8, https://www.peekvids.com/watch?v=9A9wIDSxJmD,
https://www.peekvids.com/watch?v=o-yet6zbbmB, https://www.peekvids.com/watch?v=HSGTjj74Dto, https://www.peekvids.com/watch?v=lPJ5D3Tjccw,
https://www.peekvids.com/watch?v=CajK98BZDid, https://www.peekvids.com/watch?v=TyTTWq_HIy6, https://www.peekvids.com/watch?v=7ODb7W7eoAj,
https://www.peekvids.com/watch?v=QxoFKCaOzPs, https://www.peekvids.com/watch?v=7QD3wOU_G5j, https://www.peekvids.com/watch?v=JZapAfFyT4l,
https://www.peekvids.com/watch?v=N5KUCi2iGCm, https://www.peekvids.com/watch?v=Kx5-6LBYY3A, https://www.peekvids.com/watch?v=mhyZWMDesGt,
https://www.peekvids.com/watch?v=l_SCl0OSS9o, https://www.peekvids.com/watch?v=R68H2lqTcj9, https://www.peekvids.com/watch?v=5wxatFFWYNe,
https://www.peekvids.com/watch?v=AuuzpWq1uzl, https://www.peekvids.com/watch?v=7vIvxXs0oiN, https://www.peekvids.com/watch?v=89zt85AulQz,
https://www.peekvids.com/watch?v=i81RCGnO4xE, https://www.peekvids.com/watch?v=JRgY5dLDG1b, https://www.peekvids.com/watch?v=GXAnH90YZuR,
https://www.peekvids.com/watch?v=bpp9C9eYouk, https://www.peekvids.com/watch?v=GQtzGTThNCy, https://www.peekvids.com/watch?v=0sKTk5ZjORZ,
https://www.peekvids.com/watch?v=LnKtxASENBw, https://www.peekvids.com/watch?v=wzfuDDhLowI, https://www.peekvids.com/watch?v=O33YTuX5QwP,
https://www.peekvids.com/watch?v=FZEg8_aWWhx, https://www.peekvids.com/watch?v=Nmvz83a5F6v, https://www.peekvids.com/watch?v=dsN-ZRJjMyS,
https://www.peekvids.com/watch?v=VSTW-4S5_ly, https://www.peekvids.com/watch?v=skIrH0hDzrK, https://www.peekvids.com/watch?v=MUaKO09QsDO,
https://www.peekvids.com/watch?v=ehI9KJ5BAy9, https://www.peekvids.com/watch?v=aTT_8Qs7Vom, https://www.peekvids.com/watch?v=IpWqOPCn_IY,
https://www.peekvids.com/watch?v=rVwdC6e7san, https://www.peekvids.com/watch?v=jLKAYcYOEfY, https://www.peekvids.com/watch?v=dIom2y_0V8b,
https://www.peekvids.com/watch?v=mYHuIaZ3SWy, https://www.peekvids.com/watch?v=Ti4ATn63nzg, https://www.peekvids.com/watch?v=JXcee7PbzJv,
https://www.peekvids.com/watch?v=ZEMKnTBW2gl, https://www.peekvids.com/watch?v=9IGi0rFiLSt, https://www.peekvids.com/watch?v=CMZclmoZGkq,
https://www.peekvids.com/watch?v=6ZRmRXSGHre, https://www.peekvids.com/watch?v=bpD_zj1JsFp, https://www.peekvids.com/watch?v=IMGLEXZ4ASB
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: stupka
5.b. Uploader's email address: seemeinmisosuri@yahoo.pl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=stupka
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=34MdAUYd6T8, https://www.peekvids.com/watch?v=9Fp7f3afRyi,
https://www.peekvids.com/watch?v=O9GJJkPhOVe, https://www.peekvids.com/watch?v=K_OQa4UHPD0, https://www.peekvids.com/watch?v=F5r4ZNH6ul3,
https://www.peekvids.com/watch?v=DVaBdkloQkT, https://www.peekvids.com/watch?v=eyCMknPlASW, https://www.peekvids.com/watch?v=Vp4fDtTDECd,
https://www.peekvids.com/watch?v=RT3fMOoMQo9, https://www.peekvids.com/watch?v=bJpcPWzabiL, https://www.peekvids.com/watch?v=9kr0vdSQcY3,
https://www.peekvids.com/watch?v=9NYWmlfW8ZV, https://www.peekvids.com/watch?v=Puna0ASIgWQ, https://www.peekvids.com/watch?v=NKxC5Kz_koM,
https://www.peekvids.com/watch?v=CjuzthmSxrl, https://www.peekvids.com/watch?v=8TLEDZKDm4M, https://www.peekvids.com/watch?v=w_BqMQj2Nhm,
https://www.peekvids.com/watch?v=FhQncaDZucC, https://www.peekvids.com/watch?v=rJgvffePCPW, https://www.peekvids.com/watch?v=Z00CWSZqcH4,
https://www.peekvids.com/watch?v=D4za6ZA9Vld, https://www.peekvids.com/watch?v=d3s1W97r0pI, https://www.peekvids.com/watch?v=TFrKScps9EN,
https://www.peekvids.com/watch?v=jwQYPTv75Kx, https://www.peekvids.com/watch?v=Dv90yFcHHJE, https://www.peekvids.com/watch?v=tWR8EtLt6LJ,
https://www.peekvids.com/watch?v=ISPbnq9oQjE, https://www.peekvids.com/watch?v=TT8peIY5Uuh, https://www.peekvids.com/watch?v=egfTB1tHVry,
https://www.peekvids.com/watch?v=It4Wfmm7bPs, https://www.peekvids.com/watch?v=4GGXenPXMgK, https://www.peekvids.com/watch?v=TpHGuKqryKK,
https://www.peekvids.com/watch?v=PprCbudYFKZ, https://www.peekvids.com/watch?v=9Pl1aixFPeh, https://www.peekvids.com/watch?v=OlPLQknFNUn,
https://www.peekvids.com/watch?v=lskeb3dCAgp, https://www.peekvids.com/watch?v=ujupIrAp2Cw, https://www.peekvids.com/watch?v=zUX_q3xkOGi,
https://www.peekvids.com/watch?v=odXvTEaWK1E, https://www.peekvids.com/watch?v=TJvTskw5hTV, https://www.peekvids.com/watch?v=KAhcgs7wANa,
https://www.peekvids.com/watch?v=7c7iagevcox, https://www.peekvids.com/watch?v=4A0UDFCxCPp, https://www.peekvids.com/watch?v=8DNinDuo7Zb,
https://www.peekvids.com/watch?v=hh5s6AMTNlF, https://www.peekvids.com/watch?v=MrxgctLeApn, https://www.peekvids.com/watch?v=vQM7rupzxXW,
https://www.peekvids.com/watch?v=uLlHVwdoGYe, https://www.peekvids.com/watch?v=ueY0puBA7mB, https://www.peekvids.com/watch?v=U-BY35za7qb,
https://www.peekvids.com/watch?v=e5HX5GyhWoe, https://www.peekvids.com/watch?v=99g2MWMSskI, https://www.peekvids.com/watch?v=Ic_C7Zcze2U,
https://www.peekvids.com/watch?v=jUeXdIBJYcf, https://www.peekvids.com/watch?v=t_lxtZ8rMxP, https://www.peekvids.com/watch?v=6dTnmT956KY,
https://www.peekvids.com/watch?v=WdVL7C0_wTa, https://www.peekvids.com/watch?v=ZRPiLERbS4M, https://www.peekvids.com/watch?v=x3u55481prS,
https://www.peekvids.com/watch?v=IcZrX3afe1A, https://www.peekvids.com/watch?v=eChnjzH3MoG, https://www.peekvids.com/watch?v=xhKcr5ESRpc,
https://www.peekvids.com/watch?v=yvJ-zz77eaJ, https://www.peekvids.com/watch?v=LIcueSPBixU, https://www.peekvids.com/watch?v=irOUF8DRSRj,
https://www.peekvids.com/watch?v=hdkyDM9HDCH, https://www.peekvids.com/watch?v=Xix81lhKgxp, https://www.peekvids.com/watch?v=B08HXlLQy0y,
https://www.peekvids.com/watch?v=km_UlNK0eyq, https://www.peekvids.com/watch?v=z-ytujoHcBt, https://www.peekvids.com/watch?v=lMNHfBA8HOc,
https://www.peekvids.com/watch?v=YkW16BZSiGT, https://www.peekvids.com/watch?v=4s983PzoNWg, https://www.peekvids.com/watch?v=rqi6Q1Qswic,
https://www.peekvids.com/watch?v=dQFpImokqwE, https://www.peekvids.com/watch?v=C-4dwH0_Ey6, https://www.peekvids.com/watch?v=9RwSGKtaNLV,
https://www.peekvids.com/watch?v=J7C1Lq5mmJr, https://www.peekvids.com/watch?v=K3XgEl_idI2, https://www.peekvids.com/watch?v=odGw1h1zI6E,
https://www.peekvids.com/watch?v=7bDDBdBAX8x, https://www.peekvids.com/watch?v=UKlu8UeMNPy, https://www.peekvids.com/watch?v=5oHOtVSSNwx,
https://www.peekvids.com/watch?v=4uImf5x69dy, https://www.peekvids.com/watch?v=WLCbLL1-9Gb, https://www.peekvids.com/watch?v=d0FQmpBhatg,
https://www.peekvids.com/watch?v=W4fFtF3UZfS, https://www.peekvids.com/watch?v=2y1xXhyB96i, https://www.peekvids.com/watch?v=wWI828SlLvF,
https://www.peekvids.com/watch?v=CfKNPLl3T2q, https://www.peekvids.com/watch?v=OBMw-QOTIjl, https://www.peekvids.com/watch?v=YW0EVJ3U48U,
https://www.peekvids.com/watch?v=hv6YDUuwfJt, https://www.peekvids.com/watch?v=6UMoio2s3nh, https://www.peekvids.com/watch?v=OoBYZooSAFn,
https://www.peekvids.com/watch?v=fRcMTNcvBEs, https://www.peekvids.com/watch?v=QezHHpWn0OY, https://www.peekvids.com/watch?v=yOZQS0IkdZ7,
https://www.peekvids.com/watch?v=nQnRRXxDyom, https://www.peekvids.com/watch?v=jr7-Z9wutXA, https://www.peekvids.com/watch?v=IH_n5SGDQVq,
https://www.peekvids.com/watch?v=JXN72QPckRA, https://www.peekvids.com/watch?v=luk29a-au3G, https://www.peekvids.com/watch?v=hzF7Ab8K9IH,
https://www.peekvids.com/watch?v=dJHajDWzrE8, https://www.peekvids.com/watch?v=S_pXVfgAfcz, https://www.peekvids.com/watch?v=AkOM62j7O_w,
https://www.peekvids.com/watch?v=Id7ReLQHrbH, https://www.peekvids.com/watch?v=Z9_7o0vmX6d, https://www.peekvids.com/watch?v=YluB9MQ41AF,
https://www.peekvids.com/watch?v=SJG6itFbXhX, https://www.peekvids.com/watch?v=IkJfXS4K-gT, https://www.peekvids.com/watch?v=Tk49qPCG1Xz,
https://www.peekvids.com/watch?v=JsMrkIC7vFf, https://www.peekvids.com/watch?v=VfAJgZM9OFJ, https://www.peekvids.com/watch?v=X5BFzTOX_rL,
https://www.peekvids.com/watch?v=0Sufa08wsu4, https://www.peekvids.com/watch?v=U1nx1XcNDqg, https://www.peekvids.com/watch?v=CkO47iS4EdV,
https://www.peekvids.com/watch?v=NFL0YIRn-cG, https://www.peekvids.com/watch?v=DRuOEB49svd, https://www.peekvids.com/watch?v=kk0Q7GdDr9W,

https://www.peekvids.com/watch?v=J0Co5-rRqMA, https://www.peekvids.com/watch?v=Olhu3JNFR4k, https://www.peekvids.com/watch?v=tamYy6SUFcs,
https://www.peekvids.com/watch?v=7HW_XFx_BVv, https://www.peekvids.com/watch?v=u26pCHxvrwN, https://www.peekvids.com/watch?v=BjYver8osz7,
https://www.peekvids.com/watch?v=aNoNNq9aHC5, https://www.peekvids.com/watch?v=WXolQT9ejNL, https://www.peekvids.com/watch?v=4e8XEf3PWrD,
https://www.peekvids.com/watch?v=5utXT68gdtN, https://www.peekvids.com/watch?v=xVISzcMRrKS, https://www.peekvids.com/watch?v=LT__bCianVn,
https://www.peekvids.com/watch?v=VBH47JE2vgK, https://www.peekvids.com/watch?v=cV9ZMusBHXM, https://www.peekvids.com/watch?v=ggmO-HbCrZs,
https://www.peekvids.com/watch?v=58kMvb5Rwvi, https://www.peekvids.com/watch?v=YztL2eUzhTX, https://www.peekvids.com/watch?v=rjw3NlIrJ7b,
https://www.peekvids.com/watch?v=qIIDJAT-f_M, https://www.peekvids.com/watch?v=FsSKzNj33Qr, https://www.peekvids.com/watch?v=g1HKyZlijom,
https://www.peekvids.com/watch?v=9lnvJ-CiwXZ, https://www.peekvids.com/watch?v=ImkejC5osOx, https://www.peekvids.com/watch?v=jMKHxzfHGmU,
https://www.peekvids.com/watch?v=AEXZ5JQGhfp, https://www.peekvids.com/watch?v=IgM4tMPLAQW, https://www.peekvids.com/watch?v=Nw_lRaVf8rv,
https://www.peekvids.com/watch?v=LiLzQaUP6xs, https://www.peekvids.com/watch?v=tsZfBxVWtgr, https://www.peekvids.com/watch?v=CGcSubYMKnG,
https://www.peekvids.com/watch?v=jlg-OLqOO8W, https://www.peekvids.com/watch?v=JRlpO91kJcy, https://www.peekvids.com/watch?v=9izcA2fb-cN,
https://www.peekvids.com/watch?v=a1Bk0PzKU6z, https://www.peekvids.com/watch?v=yn_bstl2bdd, https://www.peekvids.com/watch?v=5qyIgzhmK-G,
https://www.peekvids.com/watch?v=JrO3DYvCm9y, https://www.peekvids.com/watch?v=Obp1vLnBAMn, https://www.peekvids.com/watch?v=zRoxaqSAX3h
5.f. Date of third notice: 2015-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: submarina
5.b. Uploader's email address: rodnoisikir@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=submarina
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=VpcQGfzUTlM, https://www.peekvids.com/watch?v=i7MMuoBc5fk,
https://www.peekvids.com/watch?v=GfiXEqOMtsJ, https://www.peekvids.com/watch?v=CsoV7vj5ZFw, https://www.peekvids.com/watch?v=Fsh9V0DPz_t,
https://www.peekvids.com/watch?v=JgdapPK9tAo, https://www.peekvids.com/watch?v=WxdyDeMZR94, https://www.peekvids.com/watch?v=4bSf5uzor4P,
https://www.peekvids.com/watch?v=AcsMNulyk3e, https://www.peekvids.com/watch?v=xQlEGipPmmt, https://www.peekvids.com/watch?v=ljmW4qZ0_Y6,
https://www.peekvids.com/watch?v=KRSu_y744r8, https://www.peekvids.com/watch?v=nW-5XyocFB9, https://www.peekvids.com/watch?v=FZ20t3fQ6PQ,
https://www.peekvids.com/watch?v=33z33T7Yt6K, https://www.peekvids.com/watch?v=niVEN85EXB5, https://www.peekvids.com/watch?v=rWmzdPtnX8p,
https://www.peekvids.com/watch?v=TzlYueH2rrH, https://www.peekvids.com/watch?v=fGMYnK5GPcT, https://www.peekvids.com/watch?v=PyOM-rDcLLA,
https://www.peekvids.com/watch?v=l883WNIZKrn, https://www.peekvids.com/watch?v=5k49dpCB2oO, https://www.peekvids.com/watch?v=vEU56c-xkr4,
https://www.peekvids.com/watch?v=SUaiexazy6Y, https://www.peekvids.com/watch?v=aibUF5L2ABJ, https://www.peekvids.com/watch?v=C-hXBXUgNIZ,
https://www.peekvids.com/watch?v=9YTaPn5BPmF, https://www.peekvids.com/watch?v=LpW5Q9dmxEG, https://www.peekvids.com/watch?v=VZ8hBAb6W7w,
https://www.peekvids.com/watch?v=WnLfPIdCeIb, https://www.peekvids.com/watch?v=uviZvY58Dr8, https://www.peekvids.com/watch?v=QoQGp8EwMLc,
https://www.peekvids.com/watch?v=dwOn_pZrfU2, https://www.peekvids.com/watch?v=ro9WV52fv86, https://www.peekvids.com/watch?v=67EmAmWfa4i,
https://www.peekvids.com/watch?v=muT6ddWfODy, https://www.peekvids.com/watch?v=uhG61r0G-FD, https://www.peekvids.com/watch?v=Bm9APX0MoV4,
https://www.peekvids.com/watch?v=3T-qijALASZ, https://www.peekvids.com/watch?v=nczK_Z3709J, https://www.peekvids.com/watch?v=42YkyfambxS,
https://www.peekvids.com/watch?v=gj1FMwZmHs4, https://www.peekvids.com/watch?v=nHOc3O8I3Eo, https://www.peekvids.com/watch?v=HAzycKPywip,
https://www.peekvids.com/watch?v=ilOa-XKyY5z, https://www.peekvids.com/watch?v=R8f0cdSCWut, https://www.peekvids.com/watch?v=O7W5LFaJSC3,
https://www.peekvids.com/watch?v=3E0J-aE9P29, https://www.peekvids.com/watch?v=EWUulxFnbFB, https://www.peekvids.com/watch?v=Hzf6N4G3KU5,
https://www.peekvids.com/watch?v=IqFOoa7cG3A, https://www.peekvids.com/watch?v=rt3mQpXJZaF, https://www.peekvids.com/watch?v=Uo0YVccb6U0,
https://www.peekvids.com/watch?v=3-E39VIyK0q, https://www.peekvids.com/watch?v=bEgPf9hE42C, https://www.peekvids.com/watch?v=Zbt4sZLMu9C,
https://www.peekvids.com/watch?v=6STXgk1tt1R, https://www.peekvids.com/watch?v=ZORm3k5Gv3b, https://www.peekvids.com/watch?v=lDFkgvPhXLz,
https://www.peekvids.com/watch?v=55Fr1Uxe6BW, https://www.peekvids.com/watch?v=EXnpF21S-Fz, https://www.peekvids.com/watch?v=TUUsxD3Yn4C,
https://www.peekvids.com/watch?v=fCWjSUAUmRb, https://www.peekvids.com/watch?v=kFPHyBK2yi7, https://www.peekvids.com/watch?v=GKXDb3hu_jX,
https://www.peekvids.com/watch?v=NpmF2oHLpJI, https://www.peekvids.com/watch?v=Da9WKI0qQ2f, https://www.peekvids.com/watch?v=s8IALp1B6hV,
https://www.peekvids.com/watch?v=ikSi_2vq843, https://www.peekvids.com/watch?v=H6Z0vH8qMPx, https://www.peekvids.com/watch?v=qmzlGwdivZ8,
https://www.peekvids.com/watch?v=Rg98I40kIWN, https://www.peekvids.com/watch?v=DZO5RXwHlIT, https://www.peekvids.com/watch?v=lzNjwAw6U6U,
https://www.peekvids.com/watch?v=G9TSlRNJ2yM, https://www.peekvids.com/watch?v=msPZMVJvG3T, https://www.peekvids.com/watch?v=rwEksxnlSXK,
https://www.peekvids.com/watch?v=RIXrGpPgWJv, https://www.peekvids.com/watch?v=zgSKnRTY79M, https://www.peekvids.com/watch?v=CKyozKen615,
https://www.peekvids.com/watch?v=hAdOgYY71rq, https://www.peekvids.com/watch?v=esJe9OelJyI, https://www.peekvids.com/watch?v=pYZk-vsKYcl,
https://www.peekvids.com/watch?v=CZ3NNzJ1EaI, https://www.peekvids.com/watch?v=aW8ClrCkwOD, https://www.peekvids.com/watch?v=ruB_LzyOSCu,
https://www.peekvids.com/watch?v=MXK936cPILB, https://www.peekvids.com/watch?v=Ol0U1s0Rblc, https://www.peekvids.com/watch?v=8SHniu_mRoo,
https://www.peekvids.com/watch?v=T6qS0C_93mk, https://www.peekvids.com/watch?v=p7glRWp8S5G, https://www.peekvids.com/watch?v=gcZfVvPf53m,
https://www.peekvids.com/watch?v=xAUEXx3KXBf, https://www.peekvids.com/watch?v=Rmwhld3acWm, https://www.peekvids.com/watch?v=2KIQHj_Co1a,
https://www.peekvids.com/watch?v=L1YgQ6d_D06, https://www.peekvids.com/watch?v=TQQECHlJHla, https://www.peekvids.com/watch?v=PQnrMHxmTz2,
https://www.peekvids.com/watch?v=tmDJKdQKzSs, https://www.peekvids.com/watch?v=Dg1B94zuiuU
5.f. Date of third notice: 2015-05-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: summersex
5.b. Uploader's email address: vachinhagarati@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=summersex
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=iTA1-YA0TQZ, https://www.peekvids.com/watch?v=yPqGff4Zcq0,
https://www.peekvids.com/watch?v=oYlGbLVtKhB, https://www.peekvids.com/watch?v=V2Pt58Jd_pY, https://www.peekvids.com/watch?v=8rXTHAESSl4,
https://www.peekvids.com/watch?v=Fk855oTFi3z, https://www.peekvids.com/watch?v=xpfC3q5oKns, https://www.peekvids.com/watch?v=uQWC2Tw7w3f,
https://www.peekvids.com/watch?v=Ltlo81Ix0vN, https://www.peekvids.com/watch?v=fZ9Wyt7k3XN, https://www.peekvids.com/watch?v=Ybw04dSU0XR,
https://www.peekvids.com/watch?v=DpWDeSUxW5F, https://www.peekvids.com/watch?v=EBS645ukznu, https://www.peekvids.com/watch?v=WiUd9385T_K,
https://www.peekvids.com/watch?v=HQR4MRgQ_ZP, https://www.peekvids.com/watch?v=rl2VQLqy0MJ, https://www.peekvids.com/watch?v=R4XZajHK8Ki,
https://www.peekvids.com/watch?v=G8EALv5DdCV, https://www.peekvids.com/watch?v=rEGRtn2FqVp, https://www.peekvids.com/watch?v=tsbbLqNvB-z,
https://www.peekvids.com/watch?v=JE9TSPbPO-a, https://www.peekvids.com/watch?v=XtcWdtmloUK, https://www.peekvids.com/watch?v=5reJF0jhVK4,
https://www.peekvids.com/watch?v=suCfaZ2GM5o, https://www.peekvids.com/watch?v=bPXvygP8iCi, https://www.peekvids.com/watch?v=Dz9CIrzfzzk,
https://www.peekvids.com/watch?v=bk3ornUz7qj, https://www.peekvids.com/watch?v=fUWR-q9Vv0e, https://www.peekvids.com/watch?v=y4sSJI2Me2G,
https://www.peekvids.com/watch?v=TTsXEgjLbCF, https://www.peekvids.com/watch?v=IPrUZlFmq5R, https://www.peekvids.com/watch?v=bKu7U6UwFFI,
https://www.peekvids.com/watch?v=cr7-4O99IAy, https://www.peekvids.com/watch?v=7PaIBbb4GfP, https://www.peekvids.com/watch?v=n_3AIDhCVrx,
https://www.peekvids.com/watch?v=zbsRHVdVLcs, https://www.peekvids.com/watch?v=LQr39t-KO6B, https://www.peekvids.com/watch?v=eiE0HMbIMWs,
https://www.peekvids.com/watch?v=EC8DBIXUAYk, https://www.peekvids.com/watch?v=X5ApyjU_H9y, https://www.peekvids.com/watch?v=tFrUYjMiEx5,
https://www.peekvids.com/watch?v=E7U65XSX9WH, https://www.peekvids.com/watch?v=r30Po0SWZoi, https://www.peekvids.com/watch?v=sJgbODrJF_U,
https://www.peekvids.com/watch?v=sYOZr_G3Uth, https://www.peekvids.com/watch?v=RDJEzcoRkh0, https://www.peekvids.com/watch?v=75vfbY4cLo7,
https://www.peekvids.com/watch?v=KZzXgNSDeK7, https://www.peekvids.com/watch?v=D6g3DvzUlOt, https://www.peekvids.com/watch?v=WpV3TwGLiii,
https://www.peekvids.com/watch?v=7KPPN9WAlnA, https://www.peekvids.com/watch?v=XWfcQR1-fhB, https://www.peekvids.com/watch?v=LCm_PCWnVH3,
https://www.peekvids.com/watch?v=ExrLZDrmyxo, https://www.peekvids.com/watch?v=4Jj2mzDo5bO, https://www.peekvids.com/watch?v=lR5XQzjcRy9,
https://www.peekvids.com/watch?v=vbK1zKAoEQb
5.f. Date of third notice: 2015-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: superboy1
5.b. Uploader's email address: energytophavert@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=superboy1
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=4MwrWSuDomp, https://www.peekvids.com/watch?v=txfEc8dHOe7,
https://www.peekvids.com/watch?v=NFkjveJqRNq, https://www.peekvids.com/watch?v=jrgdWyifjt6, https://www.peekvids.com/watch?v=WrTPGoIe4Wc,
https://www.peekvids.com/watch?v=-dujbruTh7f, https://www.peekvids.com/watch?v=ZlTbD2S8TrQ, https://www.peekvids.com/watch?v=tXDrjAyylJu,
https://www.peekvids.com/watch?v=hFABBuVLO8m, https://www.peekvids.com/watch?v=qTBm7YYW8Bn, https://www.peekvids.com/watch?v=6KsXTlCOy3M,
https://www.peekvids.com/watch?v=smRADF3mBMl, https://www.peekvids.com/watch?v=ThdRPOe8aih, https://www.peekvids.com/watch?v=uOlQivBG4t9,
https://www.peekvids.com/watch?v=AOqFzbFifHO, https://www.peekvids.com/watch?v=4efxorAkOZc, https://www.peekvids.com/watch?v=4pdmYEmzki0,
https://www.peekvids.com/watch?v=UesVtWJcH2H, https://www.peekvids.com/watch?v=XCaJ5RhrAj2, https://www.peekvids.com/watch?v=f6ORtvMxs7p,
https://www.peekvids.com/watch?v=69YURiSTFsb, https://www.peekvids.com/watch?v=5ABIl-t5mIg, https://www.peekvids.com/watch?v=HAHSAvvAsnk,
https://www.peekvids.com/watch?v=Lak2nqQ5WTs, https://www.peekvids.com/watch?v=UtZ0plXBVX6, https://www.peekvids.com/watch?v=bdVdZRJWN7o,
https://www.peekvids.com/watch?v=aIl9nyrTw7q, https://www.peekvids.com/watch?v=Y7zzPGbTRj-, https://www.peekvids.com/watch?v=ljjIVTa5sPP,
https://www.peekvids.com/watch?v=Vg8OCePTUJk, https://www.peekvids.com/watch?v=4n73h7MFkHM, https://www.peekvids.com/watch?v=mX6NTJASy7w,
https://www.peekvids.com/watch?v=Z5DT742Uts8, https://www.peekvids.com/watch?v=q-O9Y8wdfZ-, https://www.peekvids.com/watch?v=k7cJv7c5KHC,
https://www.peekvids.com/watch?v=h7mZwHQeCYC, https://www.peekvids.com/watch?v=O3azxPgw27n, https://www.peekvids.com/watch?v=8GD--ze8gua,
https://www.peekvids.com/watch?v=ElzCFjBdoUS, https://www.peekvids.com/watch?v=ciSNgHHNOiQ, https://www.peekvids.com/watch?v=2zC4Uq4sHg8,
https://www.peekvids.com/watch?v=B3G2lRkKuC3, https://www.peekvids.com/watch?v=qlMf8zLcXdK, https://www.peekvids.com/watch?v=fztYuqK-WoD,
https://www.peekvids.com/watch?v=GBDsJ-3TURf, https://www.peekvids.com/watch?v=F6EZkXwYSoK, https://www.peekvids.com/watch?v=Ke2u5zfYshO,
https://www.peekvids.com/watch?v=kv6NFNB5fFy, https://www.peekvids.com/watch?v=9XRny0AvcBL, https://www.peekvids.com/watch?v=lJnak08Kuc3,
https://www.peekvids.com/watch?v=SDGTMTCNdKL, https://www.peekvids.com/watch?v=SwqgYJQJgiB, https://www.peekvids.com/watch?v=J5ruYSTYkSQ,
https://www.peekvids.com/watch?v=z9iBFkqN7hY, https://www.peekvids.com/watch?v=q0yZ6H8p2Km, https://www.peekvids.com/watch?v=n6j3joxFme6,
https://www.peekvids.com/watch?v=GFdCEbyVJCv, https://www.peekvids.com/watch?v=9nuEnhY3TaZ, https://www.peekvids.com/watch?v=bvpWKW9Dy7T,
https://www.peekvids.com/watch?v=I-d3qp7IsDN, https://www.peekvids.com/watch?v=BCkTFd2WNuj, https://www.peekvids.com/watch?v=svHt6TTA2Cj,
https://www.peekvids.com/watch?v=jpTvaHM0cYF, https://www.peekvids.com/watch?v=PBsZ2vti3uU, https://www.peekvids.com/watch?v=CyvNWup0ep3,
https://www.peekvids.com/watch?v=hRPhnjZAhE6, https://www.peekvids.com/watch?v=y3pbrRgYJeU, https://www.peekvids.com/watch?v=RodTjdyymLd,
https://www.peekvids.com/watch?v=jmzPxNbuw8t, https://www.peekvids.com/watch?v=Atyk94XzUgL, https://www.peekvids.com/watch?v=mAaMhn8Ebt2,
https://www.peekvids.com/watch?v=YQRExHpkVo6, https://www.peekvids.com/watch?v=VwNrePF9rem, https://www.peekvids.com/watch?v=-oMM5YNRbbA,
https://www.peekvids.com/watch?v=xA9W4tDgCRH, https://www.peekvids.com/watch?v=TCK8B6rByYE, https://www.peekvids.com/watch?v=kGt3YVhuKjc,
https://www.peekvids.com/watch?v=U07giscnRtl, https://www.peekvids.com/watch?v=iJ7bbSNBBCd, https://www.peekvids.com/watch?v=iS0jRIEE3ED,
https://www.peekvids.com/watch?v=N2XDY7U-0vY, https://www.peekvids.com/watch?v=BxRyAsNWzxx, https://www.peekvids.com/watch?v=9o-rhebHYwF,
https://www.peekvids.com/watch?v=jJ5hPGwHrWk, https://www.peekvids.com/watch?v=ryBXZaqWcIU, https://www.peekvids.com/watch?v=CwEjHe-2rPj,
https://www.peekvids.com/watch?v=VpNHloF-EEJ, https://www.peekvids.com/watch?v=RymGkvhTin2, https://www.peekvids.com/watch?v=ScJ4NMHtKNw,
https://www.peekvids.com/watch?v=vQBiIRiszZN, https://www.peekvids.com/watch?v=0NFuK0eyCOb, https://www.peekvids.com/watch?v=YjPceNlUp8E,
https://www.peekvids.com/watch?v=TUthr9r7G9M, https://www.peekvids.com/watch?v=KfnzlEpXx29, https://www.peekvids.com/watch?v=VYCVpgmrCGn,
https://www.peekvids.com/watch?v=6DYdnv92a4F, https://www.peekvids.com/watch?v=kMTKQ6lgp0k, https://www.peekvids.com/watch?v=CCyoGXQX5xh,
https://www.peekvids.com/watch?v=lOb9L-wlpwX, https://www.peekvids.com/watch?v=y0xWB0vGUUE, https://www.peekvids.com/watch?v=uvHSeJ7OLpn,
https://www.peekvids.com/watch?v=BjHFb3SNWO5, https://www.peekvids.com/watch?v=zI94KLmQh3i, https://www.peekvids.com/watch?v=HcpGhEKvcVa,
https://www.peekvids.com/watch?v=7IkG8qZog3W, https://www.peekvids.com/watch?v=LU3M6tUdO90, https://www.peekvids.com/watch?v=mLAqd235E3w,
https://www.peekvids.com/watch?v=d9hREmk9mHv, https://www.peekvids.com/watch?v=9heaLGtPiSe, https://www.peekvids.com/watch?v=YiHNw7n6sXh,
https://www.peekvids.com/watch?v=ARzrrUI-oFW, https://www.peekvids.com/watch?v=sqA2gNh0pfM, https://www.peekvids.com/watch?v=KVzSjiuAmUS,
https://www.peekvids.com/watch?v=etjP5OuQUBa, https://www.peekvids.com/watch?v=WzGYKJqHQ2b, https://www.peekvids.com/watch?v=D58kGVK5rKO,
https://www.peekvids.com/watch?v=PvNm0kYSjNp, https://www.peekvids.com/watch?v=MGp0LdcQwHA, https://www.peekvids.com/watch?v=V7t3wuGDFDu,
https://www.peekvids.com/watch?v=KZVxljtHiwm, https://www.peekvids.com/watch?v=GokSwygEeET, https://www.peekvids.com/watch?v=7rfyl7Hk8tU,
https://www.peekvids.com/watch?v=Fu8w2VU2VZP, https://www.peekvids.com/watch?v=sZUufkhcmkM, https://www.peekvids.com/watch?v=oSgfCuUhvuG,
https://www.peekvids.com/watch?v=eMo-ODK4dv2, https://www.peekvids.com/watch?v=RZOqpiw-AFk, https://www.peekvids.com/watch?v=u7D0ny-WYHj,
https://www.peekvids.com/watch?v=4DH2HfavFNS, https://www.peekvids.com/watch?v=Q5bnaiQcYh6, https://www.peekvids.com/watch?v=rTOhwZJsfMI,
https://www.peekvids.com/watch?v=sh4oW6hybPk, https://www.peekvids.com/watch?v=rSNaRPFqqfc, https://www.peekvids.com/watch?v=NLcqPd6reDi,
https://www.peekvids.com/watch?v=RMijwyaP7rY, https://www.peekvids.com/watch?v=fO30km6cjL-, https://www.peekvids.com/watch?v=iaXhu49plZz,
https://www.peekvids.com/watch?v=yfLEDCMvDgN, https://www.peekvids.com/watch?v=EQIfbigeIZq, https://www.peekvids.com/watch?v=mSjz5DyTNgO,
https://www.peekvids.com/watch?v=Fk2rvwjuNXj, https://www.peekvids.com/watch?v=VxzbkUlge0P, https://www.peekvids.com/watch?v=Gi8zBIVYrgL,
https://www.peekvids.com/watch?v=qum9ro9RYX3, https://www.peekvids.com/watch?v=KgxCFdFnvLj, https://www.peekvids.com/watch?v=pBasRZGpIwA,
https://www.peekvids.com/watch?v=nxc606pbNM2, https://www.peekvids.com/watch?v=wI6ZsTPbSx3, https://www.peekvids.com/watch?v=lDCjhpVudcz,
https://www.peekvids.com/watch?v=y7nLA50E4Ol, https://www.peekvids.com/watch?v=4GSGwUjlmUF, https://www.peekvids.com/watch?v=TkVsdofrnys,

https://www.peekvids.com/watch?v=QXoY0Mxta2C, https://www.peekvids.com/watch?v=smgBwMpfRV5, https://www.peekvids.com/watch?v=3CqWRu2lvl8,
https://www.peekvids.com/watch?v=egtxAnw5skC, https://www.peekvids.com/watch?v=r9lljMYNniA, https://www.peekvids.com/watch?v=8arg3lwRFDw,
https://www.peekvids.com/watch?v=uNqHxJmMH4L, https://www.peekvids.com/watch?v=4eymG5O0dP, https://www.peekvids.com/watch?v=5olBO9Y6Rw5,
https://www.peekvids.com/watch?v=rM8NNEhqZv3, https://www.peekvids.com/watch?v=Y-n6rKJTL5w, https://www.peekvids.com/watch?v=kTgRXzMYysb,
https://www.peekvids.com/watch?v=Ib0nYyD-2TL, https://www.peekvids.com/watch?v=hFBD3nmvfU-, https://www.peekvids.com/watch?v=58rBUe5nbuk,
https://www.peekvids.com/watch?v=vhCplgxqNgC, https://www.peekvids.com/watch?v=S2i5aOfm3IP, https://www.peekvids.com/watch?v=JOzsCJRvy8Y,
https://www.peekvids.com/watch?v=kwTLOVsQq4u, https://www.peekvids.com/watch?v=-MGlmlgarNS, https://www.peekvids.com/watch?v=nNjCulOpPJA,
https://www.peekvids.com/watch?v=PFtq-NHbSQ0, https://www.peekvids.com/watch?v=d7SGPklqWCb, https://www.peekvids.com/watch?v=RU5tJ0eSWSj,
https://www.peekvids.com/watch?v=xNeXiZjb706, https://www.peekvids.com/watch?v=Dc6sfWjtNpH, https://www.peekvids.com/watch?v=KlwTxMx7tqR,
https://www.peekvids.com/watch?v=yAhvX4pW6CX, https://www.peekvids.com/watch?v=Mu3hoIvU2-5, https://www.peekvids.com/watch?v=W9oSgzMPJDT,
https://www.peekvids.com/watch?v=4hLIPK6MAxA, https://www.peekvids.com/watch?v=XrqroPvtm8b, https://www.peekvids.com/watch?v=LxIN8O4l-3r,
https://www.peekvids.com/watch?v=CrUkob2aaMI, https://www.peekvids.com/watch?v=UJDcn2n0LeY, https://www.peekvids.com/watch?v=b0vV84IYYxQ,
https://www.peekvids.com/watch?v=WznVja25D4r, https://www.peekvids.com/watch?v=hVF-0GEo3Xb, https://www.peekvids.com/watch?v=h7uYbzRdSbR,
https://www.peekvids.com/watch?v=HUIkBJGz9rs, https://www.peekvids.com/watch?v=aYY90VdYQUN, https://www.peekvids.com/watch?v=aIubwUUHl3m,
https://www.peekvids.com/watch?v=epzv6myKTJQ, https://www.peekvids.com/watch?v=KQdxdcEaZkA, https://www.peekvids.com/watch?v=dvbFCiiGP7S,
https://www.peekvids.com/watch?v=Ibd2z9Y8kOm, https://www.peekvids.com/watch?v=4GxfUaPM3WI, https://www.peekvids.com/watch?v=OzjeTZAQw6N,
https://www.peekvids.com/watch?v=93odYHirWq-, https://www.peekvids.com/watch?v=XIo0HHd2MFx, https://www.peekvids.com/watch?v=fJ87CB2wlZw,
https://www.peekvids.com/watch?v=eSVcPebPli2, https://www.peekvids.com/watch?v=cj88ix-CI4x, https://www.peekvids.com/watch?v=kic6vrEqxs7,
https://www.peekvids.com/watch?v=7AXPuZs-okc, https://www.peekvids.com/watch?v=HHdlcCsl-Wn, https://www.peekvids.com/watch?v=2qWSCgjexaf,
https://www.peekvids.com/watch?v=ok6Ozv55mXK, https://www.peekvids.com/watch?v=0QSXzLvVfYT, https://www.peekvids.com/watch?v=ecSedulGgme,
https://www.peekvids.com/watch?v=J2qmFjG6lq2, https://www.peekvids.com/watch?v=JVYT2M6TOiB, https://www.peekvids.com/watch?v=4NUgLeo0yjD,
https://www.peekvids.com/watch?v=Bh9bYnjtJql, https://www.peekvids.com/watch?v=Z2OwmOplJ3S, https://www.peekvids.com/watch?v=tf2yY-kQPtv,
https://www.peekvids.com/watch?v=GSrYwUPaf7Y, https://www.peekvids.com/watch?v=WeNoLDEC4Li, https://www.peekvids.com/watch?v=fAxdpOIKNqX,
https://www.peekvids.com/watch?v=iTBY5jqDEDr, https://www.peekvids.com/watch?v=NF5Cz3q3K-9, https://www.peekvids.com/watch?v=8pMuKhUWYNd,
https://www.peekvids.com/watch?v=8ZROfL78T05, https://www.peekvids.com/watch?v=C9LjqwgI2kD, https://www.peekvids.com/watch?v=QBDQE5MICYx,
https://www.peekvids.com/watch?v=tWJbT5xQBbd, https://www.peekvids.com/watch?v=ayU5hCq0tom, https://www.peekvids.com/watch?v=IDVoX4OJ-dE,
https://www.peekvids.com/watch?v=Hpc-yFXm2kP, https://www.peekvids.com/watch?v=qHqriv24HSq, https://www.peekvids.com/watch?v=zKanww3jz2w,
https://www.peekvids.com/watch?v=EKRmcNGU4y8, https://www.peekvids.com/watch?v=uqz8VjQn-o3, https://www.peekvids.com/watch?v=Odwgl3zowKJ,
https://www.peekvids.com/watch?v=TmhJj3J6hIT, https://www.peekvids.com/watch?v=XLbcQ9rkt9o, https://www.peekvids.com/watch?v=xHs3rfn2qmA,
https://www.peekvids.com/watch?v=aMVJqeRyHYq, https://www.peekvids.com/watch?v=XuHdrUdDFQo, https://www.peekvids.com/watch?v=7nFlkTGHTPR,
https://www.peekvids.com/watch?v=FDrH9dT5yGX, https://www.peekvids.com/watch?v=7L7V6Z9GiMA, https://www.peekvids.com/watch?v=qGwb2ianlJB,
https://www.peekvids.com/watch?v=86uR7ujZqyv, https://www.peekvids.com/watch?v=bRKnnof5Qvk, https://www.peekvids.com/watch?v=HJsWf0EIkiP,
https://www.peekvids.com/watch?v=fjII5r-5zL3, https://www.peekvids.com/watch?v=SQlhxRzwc4u, https://www.peekvids.com/watch?v=dhZBJQknU-b,
https://www.peekvids.com/watch?v=dkKkz60SO9l, https://www.peekvids.com/watch?v=AjHSzJiLdPC, https://www.peekvids.com/watch?v=v3pHGRoIFE-,
https://www.peekvids.com/watch?v=ZCcvyyozzgq, https://www.peekvids.com/watch?v=whEzAyq292E, https://www.peekvids.com/watch?v=PQJmf8cpPj5,
https://www.peekvids.com/watch?v=FKQAfWAzd7W, https://www.peekvids.com/watch?v=XJ-mmWIWCcF, https://www.peekvids.com/watch?v=fhTvyASWVDs,
https://www.peekvids.com/watch?v=ws68W45S9Gn, https://www.peekvids.com/watch?v=R6Ue8JwTJ5L, https://www.peekvids.com/watch?v=FHu764yvGUq,
https://www.peekvids.com/watch?v=Om8BfFa2H0b, https://www.peekvids.com/watch?v=wo0Qmv4cKBq, https://www.peekvids.com/watch?v=3470jwInz4M,
https://www.peekvids.com/watch?v=PhmNuvWziUA, https://www.peekvids.com/watch?v=C0uJyBbS8Do, https://www.peekvids.com/watch?v=bkwOkMwT6Yy,
https://www.peekvids.com/watch?v=SwR-AJAPwdT, https://www.peekvids.com/watch?v=mw2ql-oPpJU, https://www.peekvids.com/watch?v=b2XEfDXX6Bm,
https://www.peekvids.com/watch?v=Idf-jMBOKSu, https://www.peekvids.com/watch?v=5Bs2nmdtxQv, https://www.peekvids.com/watch?v=b0TqnQVz9lK,
https://www.peekvids.com/watch?v=HC8jqJSmsfe, https://www.peekvids.com/watch?v=RohRgHjWAyg, https://www.peekvids.com/watch?v=vWjdQFHSzWm,
https://www.peekvids.com/watch?v=gC0oWZKYbxF, https://www.peekvids.com/watch?v=tfnAS-XIOwi, https://www.peekvids.com/watch?v=ejBatkVEaTf,
https://www.peekvids.com/watch?v=ui2vkTqLu42, https://www.peekvids.com/watch?v=O8s8qJr8THI, https://www.peekvids.com/watch?v=aw7Ok2xGaeB,
https://www.peekvids.com/watch?v=RNw3NQ34Aj5, https://www.peekvids.com/watch?v=RVplX-83oxi, https://www.peekvids.com/watch?v=sFx0UBxHO36,
https://www.peekvids.com/watch?v=r0B-VjhjwqU, https://www.peekvids.com/watch?v=SabSycvGOSy, https://www.peekvids.com/watch?v=U0Vpsc2nEwE,
https://www.peekvids.com/watch?v=jEekyqurF0j, https://www.peekvids.com/watch?v=NTXxBAUrZcr, https://www.peekvids.com/watch?v=9nwfin6pAdP,
https://www.peekvids.com/watch?v=Ifk7sywHdKs, https://www.peekvids.com/watch?v=yFLJa7agKaq, https://www.peekvids.com/watch?v=pf-7tQmo5e6,
https://www.peekvids.com/watch?v=W0z3lhvCvYI, https://www.peekvids.com/watch?v=k6dnHBqls3z, https://www.peekvids.com/watch?v=w5dW7YfH73t,
https://www.peekvids.com/watch?v=PAcNz5c2Fsb, https://www.peekvids.com/watch?v=UXH-rjlp7GV, https://www.peekvids.com/watch?v=RY0UD3DUwNf,
https://www.peekvids.com/watch?v=GAKvCvUnQ3k, https://www.peekvids.com/watch?v=f0nD-7jVN3S, https://www.peekvids.com/watch?v=vqFkY5K5Phn,
https://www.peekvids.com/watch?v=WJTjaK5-yMa, https://www.peekvids.com/watch?v=Xgm-nMguaXD, https://www.peekvids.com/watch?v=9dyVViU7ld-,
https://www.peekvids.com/watch?v=WJw7avuki7K, https://www.peekvids.com/watch?v=P8v2gO8lcVz, https://www.peekvids.com/watch?v=3UNByYDEY4g,
https://www.peekvids.com/watch?v=gif2K6F9dbg, https://www.peekvids.com/watch?v=QA56SFMIcq2, https://www.peekvids.com/watch?v=s6xcdHEf2Qk,
https://www.peekvids.com/watch?v=p5cUS3eWpMM, https://www.peekvids.com/watch?v=T0ooPYYYMGd, https://www.peekvids.com/watch?v=8hmszAYAJCQ,
https://www.peekvids.com/watch?v=5fv-vvGOwME, https://www.peekvids.com/watch?v=omTIC47RKJ8, https://www.peekvids.com/watch?v=FmG8B2-KxRO,
https://www.peekvids.com/watch?v=U0J6kG96JLP, https://www.peekvids.com/watch?v=bXGaocYGP3x, https://www.peekvids.com/watch?v=GLQfhXf3Tl2,
https://www.peekvids.com/watch?v=RfAqWVqI5O4, https://www.peekvids.com/watch?v=YQmiERiFnXk, https://www.peekvids.com/watch?v=qqaMBDEF7HO,
https://www.peekvids.com/watch?v=UgSbn5l70hV, https://www.peekvids.com/watch?v=dtG66dHtHZa, https://www.peekvids.com/watch?v=QbXHzQirolv,
https://www.peekvids.com/watch?v=HHJRpk0Rx0L, https://www.peekvids.com/watch?v=fShfViEwwDA, https://www.peekvids.com/watch?v=qqPirs968k4,
https://www.peekvids.com/watch?v=fqdgBmMjbSD, https://www.peekvids.com/watch?v=WFJsEoRKx2D, https://www.peekvids.com/watch?v=9CquzAZpImi,
https://www.peekvids.com/watch?v=k3fan5yOucE, https://www.peekvids.com/watch?v=zyrkXtRs0IM, https://www.peekvids.com/watch?v=OEpwokOHtoU,
https://www.peekvids.com/watch?v=wufKlpSftsJ, https://www.peekvids.com/watch?v=yU7Ttk43Kkm, https://www.peekvids.com/watch?v=dlhApJil4iZ,
https://www.peekvids.com/watch?v=VCiLQKxdJXu, https://www.peekvids.com/watch?v=QorcCThYcgA, https://www.peekvids.com/watch?v=inGt2No5EpB,
https://www.peekvids.com/watch?v=Gf8UaXFqpHk, https://www.peekvids.com/watch?v=B0YG9YF-9u2
5.f. Date of third notice: 2015-07-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tabaochutu
5.b. Uploader's email address: klarahelixfildodo@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tabaochutu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=vsoVe76NgEN, https://www.peekvids.com/watch?v=BTTaEluP4GZ,
https://www.peekvids.com/watch?v=wfDCBz4yy72, https://www.peekvids.com/watch?v=RK8QJdxDZOT, https://www.peekvids.com/watch?v=f36mYAYqS7m,
https://www.peekvids.com/watch?v=kpo2yrgtV_v, https://www.peekvids.com/watch?v=rx1gmN711gz, https://www.peekvids.com/watch?v=j5RnI9kxO8p,
https://www.peekvids.com/watch?v=HHSsm5K8QWl, https://www.peekvids.com/watch?v=vNB0gSOW7tC, https://www.peekvids.com/watch?v=9gNvMog9dAT,
https://www.peekvids.com/watch?v=YFrdX8MiEqr, https://www.peekvids.com/watch?v=oz77qLH02q5, https://www.peekvids.com/watch?v=glDWYiC2nW4,
https://www.peekvids.com/watch?v=U01nkEHSIRw, https://www.peekvids.com/watch?v=KhtxWthyulz, https://www.peekvids.com/watch?v=yBoMYKCQk3d,
https://www.peekvids.com/watch?v=VyViU_8082z, https://www.peekvids.com/watch?v=zdb66Gvxnit, https://www.peekvids.com/watch?v=je3Swd6lJWj,
https://www.peekvids.com/watch?v=5Z06rdmYN8a, https://www.peekvids.com/watch?v=sTsDxHSMmaC, https://www.peekvids.com/watch?v=xhDRe60uSPs,
https://www.peekvids.com/watch?v=hvePLgz44Pe, https://www.peekvids.com/watch?v=DWrfG3lZw2t, https://www.peekvids.com/watch?v=Rs9DTyyuBkQ,
https://www.peekvids.com/watch?v=05d4VaJnTFK, https://www.peekvids.com/watch?v=Fejj7L0ttfh, https://www.peekvids.com/watch?v=qtbHY3sYeZQ,
https://www.peekvids.com/watch?v=vxfhX_BBa0G, https://www.peekvids.com/watch?v=6kzaAhf5zwQ, https://www.peekvids.com/watch?v=lvD0irmrODM,
https://www.peekvids.com/watch?v=mTnsbolfNy0, https://www.peekvids.com/watch?v=M0qqf2lcg8R, https://www.peekvids.com/watch?v=yzC_llsm--X,
https://www.peekvids.com/watch?v=rxSJX40qese, https://www.peekvids.com/watch?v=agJ5qtY3Cqz, https://www.peekvids.com/watch?v=mCLmncX4nws,
https://www.peekvids.com/watch?v=XWnDLKsgUmO, https://www.peekvids.com/watch?v=cLDyujAbo9K, https://www.peekvids.com/watch?v=8ydWFOSpQnI,
https://www.peekvids.com/watch?v=JoaJX3Giurn, https://www.peekvids.com/watch?v=AneMlzjhpAq, https://www.peekvids.com/watch?v=9eZHUDfDiUy,
https://www.peekvids.com/watch?v=pljiauvzcz5, https://www.peekvids.com/watch?v=joZ3ZMKCBxY, https://www.peekvids.com/watch?v=m0IUx3GerMV,
https://www.peekvids.com/watch?v=S8FkKts6IAB, https://www.peekvids.com/watch?v=mQ_8LgzQZGE, https://www.peekvids.com/watch?v=9rHHL5d1GsG,
https://www.peekvids.com/watch?v=dd3plIae-p2, https://www.peekvids.com/watch?v=OJtqbqxegH7, https://www.peekvids.com/watch?v=0xtypbsv3_D,
https://www.peekvids.com/watch?v=DYixMFrkY08, https://www.peekvids.com/watch?v=psrTTKdJv8u, https://www.peekvids.com/watch?v=ga0Gra5XWvA,
https://www.peekvids.com/watch?v=6EGFoGgi50r, https://www.peekvids.com/watch?v=u0tsTWRuVhu, https://www.peekvids.com/watch?v=glQZB55QrxK,
https://www.peekvids.com/watch?v=Znqd0aSLssZ, https://www.peekvids.com/watch?v=Qkd4Xgndauj, https://www.peekvids.com/watch?v=3tzN_Ay8RR7,
https://www.peekvids.com/watch?v=KnfxotQh3dy, https://www.peekvids.com/watch?v=gXv-kjZVHVe, https://www.peekvids.com/watch?v=624dtczpOBf,
https://www.peekvids.com/watch?v=pn61-gj7dzp, https://www.peekvids.com/watch?v=vpfKTcRvenm, https://www.peekvids.com/watch?v=pltD83K3tUK,
https://www.peekvids.com/watch?v=UmbZhirmo10, https://www.peekvids.com/watch?v=9-HdK6TU1ro, https://www.peekvids.com/watch?v=XPjV_Ea_s6H,
https://www.peekvids.com/watch?v=AdR6BvvsGuo, https://www.peekvids.com/watch?v=J64lpDqe_gF, https://www.peekvids.com/watch?v=yypWGUBN_Fx,
https://www.peekvids.com/watch?v=la4AhTDsn76, https://www.peekvids.com/watch?v=FfCwb_-FE3c, https://www.peekvids.com/watch?v=9EMeFn9sEw6,
https://www.peekvids.com/watch?v=wsUsOU_yxjr, https://www.peekvids.com/watch?v=anRndO832OH, https://www.peekvids.com/watch?v=fUUBuGfOKwP,
https://www.peekvids.com/watch?v=9PLMozrlYtk, https://www.peekvids.com/watch?v=t866EbpGe7r, https://www.peekvids.com/watch?v=SdwSmaJAutv,
https://www.peekvids.com/watch?v=v-Ba6pWkk6h, https://www.peekvids.com/watch?v=TWdBmJf4dm9, https://www.peekvids.com/watch?v=OmBbFSDMK82,
https://www.peekvids.com/watch?v=oGlHlGZtOCs, https://www.peekvids.com/watch?v=T66Z6plwrTF, https://www.peekvids.com/watch?v=RBwtbe0Paqx,
https://www.peekvids.com/watch?v=VE97qzmExvd, https://www.peekvids.com/watch?v=0z4ahgXwoK8, https://www.peekvids.com/watch?v=IwKPFjJsupX,
https://www.peekvids.com/watch?v=F6C218VA9YH, https://www.peekvids.com/watch?v=cNJYcGLLWVF, https://www.peekvids.com/watch?v=it7fkfbsPcP,
https://www.peekvids.com/watch?v=xoLgcEpPuJH, https://www.peekvids.com/watch?v=cmoCHYMzNmJ, https://www.peekvids.com/watch?v=qIR20jc05kK,
https://www.peekvids.com/watch?v=QLYm-_ODJsE, https://www.peekvids.com/watch?v=BtLZogz9nUY, https://www.peekvids.com/watch?v=EBDXLMRIJ2v,
https://www.peekvids.com/watch?v=DFMknAT51Y6, https://www.peekvids.com/watch?v=PzLhjBB44NN, https://www.peekvids.com/watch?v=rnlpZ_n-cF0,
https://www.peekvids.com/watch?v=4rGQFxN8yce, https://www.peekvids.com/watch?v=oDf0bad9Qgt, https://www.peekvids.com/watch?v=zga5TtlE75P,
https://www.peekvids.com/watch?v=uu9iX-xVscY, https://www.peekvids.com/watch?v=dKALqDKVwD8, https://www.peekvids.com/watch?v=tSNMLDYmNjq,
https://www.peekvids.com/watch?v=rzTkoKUzsLt, https://www.peekvids.com/watch?v=lp7p46eJ6r0, https://www.peekvids.com/watch?v=nnnvH5ISteR,
https://www.peekvids.com/watch?v=KtE4pGeOI1J, https://www.peekvids.com/watch?v=sCPJjpPLWAX, https://www.peekvids.com/watch?v=F_FYStKJo_r,
https://www.peekvids.com/watch?v=3loNpMEuFKq, https://www.peekvids.com/watch?v=N28bhYCRGkx, https://www.peekvids.com/watch?v=TV6UzD6Mm_v,
https://www.peekvids.com/watch?v=qL5xEGpoGTY, https://www.peekvids.com/watch?v=G9ELhi8b91I, https://www.peekvids.com/watch?v=Fh2T66ifh9o,
https://www.peekvids.com/watch?v=jQ8cBmdYL0B, https://www.peekvids.com/watch?v=y5FrHpD7bF0, https://www.peekvids.com/watch?v=fh5HNt_YrHw,
https://www.peekvids.com/watch?v=Mp4ohUGvo5q, https://www.peekvids.com/watch?v=kFs_HmgvmlC, https://www.peekvids.com/watch?v=wUEUGJp-X5O,
https://www.peekvids.com/watch?v=9xP1RH5NAmD, https://www.peekvids.com/watch?v=yKuuXHsx73B, https://www.peekvids.com/watch?v=N5WWjbAtgvF,
https://www.peekvids.com/watch?v=wz9URYoepCy, https://www.peekvids.com/watch?v=alUX7c-Hw6x, https://www.peekvids.com/watch?v=ccDsjFGfwAH,
https://www.peekvids.com/watch?v=EnMlEJMkZX5, https://www.peekvids.com/watch?v=dl2Vs1aUb7J, https://www.peekvids.com/watch?v=G8VXFcHBxku,
https://www.peekvids.com/watch?v=FDFnmxhIoWL, https://www.peekvids.com/watch?v=zTg5OaYfuVH, https://www.peekvids.com/watch?v=06QrcfoC6iF,
https://www.peekvids.com/watch?v=nW_6gdtvgu3, https://www.peekvids.com/watch?v=tibpamQR2FF, https://www.peekvids.com/watch?v=UOWwByAz5-v,
https://www.peekvids.com/watch?v=yvJodYknS-d, https://www.peekvids.com/watch?v=Xw-b5snb6rZ, https://www.peekvids.com/watch?v=PABbgycTmfb,
https://www.peekvids.com/watch?v=IlVDia5vu0E, https://www.peekvids.com/watch?v=phvO18-NFx2, https://www.peekvids.com/watch?v=XrokHeepU2O,
https://www.peekvids.com/watch?v=lalvhKSpW5X, https://www.peekvids.com/watch?v=8sdg9NAGXB8, https://www.peekvids.com/watch?v=lE9d_G-p4zF,
https://www.peekvids.com/watch?v=PnzcIdbpOSw, https://www.peekvids.com/watch?v=FLgYjA-L5tV, https://www.peekvids.com/watch?v=w_W2A8RXKFp,
https://www.peekvids.com/watch?v=BehmQ-cLBgD, https://www.peekvids.com/watch?v=7IrbXoAZS7R, https://www.peekvids.com/watch?v=Du1bsM0-788,
https://www.peekvids.com/watch?v=BRF5H1eQ4Nb, https://www.peekvids.com/watch?v=3ol8PDj_QOl, https://www.peekvids.com/watch?v=5tewroXfiGZ
5.f. Date of third notice: 2015-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: takeaminit
5.b. Uploader's email address: seeanpaul156@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=takeaminit
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Bf4IXBRGeTn, https://www.peekvids.com/watch?v=W-ZxSDuN4Qr,
https://www.peekvids.com/watch?v=jiz9RajaBPy, https://www.peekvids.com/watch?v=NSuu6TINDIL, https://www.peekvids.com/watch?v=zmpRTCREbLF,
https://www.peekvids.com/watch?v=UtmZI2C3x4a, https://www.peekvids.com/watch?v=H03GbkVVxhS, https://www.peekvids.com/watch?v=9NejV9Mv5bZ,
https://www.peekvids.com/watch?v=D1Q2zYXMreh, https://www.peekvids.com/watch?v=mC_vg7HlU7t, https://www.peekvids.com/watch?v=3gsH76hXjPw,
https://www.peekvids.com/watch?v=Ep240tzxxw7, https://www.peekvids.com/watch?v=qilOBjRKxK2, https://www.peekvids.com/watch?v=c262zgt0lUu,

https://www.peekvids.com/watch?v=MRRFkV0_bVz, https://www.peekvids.com/watch?v=SmrE8mzermG, https://www.peekvids.com/watch?v=Hc8Ckz1_D6Z,
https://www.peekvids.com/watch?v=A6RQ_epta4z, https://www.peekvids.com/watch?v=eMM8bmTnsGh, https://www.peekvids.com/watch?v=3KHOFF3fbAR,
https://www.peekvids.com/watch?v=PpmyLE1RblE, https://www.peekvids.com/watch?v=gj7MZE7NYbA, https://www.peekvids.com/watch?v=hXIUJiFhtWR,
https://www.peekvids.com/watch?v=NR3M9GqCSkj, https://www.peekvids.com/watch?v=yXvmkyvGpb9, https://www.peekvids.com/watch?v=OOzi8K0MXGS,
https://www.peekvids.com/watch?v=6Up-sBjx3ps, https://www.peekvids.com/watch?v=JnpN9RysMNz, https://www.peekvids.com/watch?v=Sp7oUGkbyTR,
https://www.peekvids.com/watch?v=X4vZ5VZSAAr, https://www.peekvids.com/watch?v=DnANU-cKr8L, https://www.peekvids.com/watch?v=fCL9oUsyciv,
https://www.peekvids.com/watch?v=qGZaozV7YhA, https://www.peekvids.com/watch?v=CnyAxzF8PLO, https://www.peekvids.com/watch?v=h2n7Nh4fc2u,
https://www.peekvids.com/watch?v=FTQMdJgwayU, https://www.peekvids.com/watch?v=XV4bVYmVT93, https://www.peekvids.com/watch?v=ZtdGlUBjJuH,
https://www.peekvids.com/watch?v=EuECMD9Volf, https://www.peekvids.com/watch?v=y0ijKkCB-wd, https://www.peekvids.com/watch?v=ssvJ3vHK9Ev,
https://www.peekvids.com/watch?v=22P7xLCCl-X, https://www.peekvids.com/watch?v=SwZ1BzjpYBh, https://www.peekvids.com/watch?v=MmjPcg7JtVN,
https://www.peekvids.com/watch?v=vdO4yRnXwRs, https://www.peekvids.com/watch?v=ZLzg4YxQMOs, https://www.peekvids.com/watch?v=aLeFaex0l-u,
https://www.peekvids.com/watch?v=BBqRng2N1JR, https://www.peekvids.com/watch?v=B0ryJjuQs2Z, https://www.peekvids.com/watch?v=TNRIBugmst9,
https://www.peekvids.com/watch?v=45tqtm4mR6d, https://www.peekvids.com/watch?v=ROfJ58cy-Go, https://www.peekvids.com/watch?v=jk8qhuPW6rk,
https://www.peekvids.com/watch?v=SIrcLfq2smd, https://www.peekvids.com/watch?v=APHyBND-Wx0, https://www.peekvids.com/watch?v=99IfutVNH8m,
https://www.peekvids.com/watch?v=zjT2t5_aPWX, https://www.peekvids.com/watch?v=x6dWK-icROW, https://www.peekvids.com/watch?v=ZyykhUr5jKf
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: taraltam
5.b. Uploader's email address: wegigiigga@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=taraltam
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=BrnerhGyjWL, https://www.peekvids.com/watch?v=kYmU7AGixvq,
https://www.peekvids.com/watch?v=6NfdxtsU8mw, https://www.peekvids.com/watch?v=S_qDp71EIbr, https://www.peekvids.com/watch?v=81Y99zdU1pE,
https://www.peekvids.com/watch?v=cALnHW_rOAv, https://www.peekvids.com/watch?v=UC60Z4n-RmN, https://www.peekvids.com/watch?v=nwA1VRG5wry,
https://www.peekvids.com/watch?v=ssXxixvadnN, https://www.peekvids.com/watch?v=YaRA2lesx_t, https://www.peekvids.com/watch?v=mBHG7DyLIPB,
https://www.peekvids.com/watch?v=sVp46mTzVcm, https://www.peekvids.com/watch?v=uAe4HLP7F-Z, https://www.peekvids.com/watch?v=pFs0Z9NnnRX,
https://www.peekvids.com/watch?v=B2qbjjzASSh, https://www.peekvids.com/watch?v=bD7jbek82IJ, https://www.peekvids.com/watch?v=qjkb1qAhN5J,
https://www.peekvids.com/watch?v=Cyf8-Docs6U, https://www.peekvids.com/watch?v=VllMcx4ujj8, https://www.peekvids.com/watch?v=3bhgsLNzohv,
https://www.peekvids.com/watch?v=l1DuaSEi_Nz, https://www.peekvids.com/watch?v=zpI-QqEQM0N, https://www.peekvids.com/watch?v=ICvdH7KOucQ,
https://www.peekvids.com/watch?v=N5O5HKQ0Vb3, https://www.peekvids.com/watch?v=yCQxUAPfgyZ, https://www.peekvids.com/watch?v=bz7hsySceE8,
https://www.peekvids.com/watch?v=g1ExbfLdTTz, https://www.peekvids.com/watch?v=4VAV23BYR73, https://www.peekvids.com/watch?v=u-6XXLSQmeR,
https://www.peekvids.com/watch?v=SKrCNQ50A1T, https://www.peekvids.com/watch?v=I8XBywuhKbi, https://www.peekvids.com/watch?v=4w6Fca9K9oO,
https://www.peekvids.com/watch?v=9AMuk93_W8F, https://www.peekvids.com/watch?v=kyKhXqoXal7, https://www.peekvids.com/watch?v=nzDyt8yZ9cB,
https://www.peekvids.com/watch?v=uOkOE1OlrkC, https://www.peekvids.com/watch?v=eeVIfsR8vtR, https://www.peekvids.com/watch?v=U3XSeBJhK08,
https://www.peekvids.com/watch?v=9wlJNhlpABP, https://www.peekvids.com/watch?v=He9oZQaSgnA, https://www.peekvids.com/watch?v=zHo1IFRxVFt,
https://www.peekvids.com/watch?v=gznsRRcGgSu, https://www.peekvids.com/watch?v=LwhtZPK-yYh, https://www.peekvids.com/watch?v=nr_44rj0aWI,
https://www.peekvids.com/watch?v=YzQ4Csc-RaR, https://www.peekvids.com/watch?v=QpEVSYlpFGA, https://www.peekvids.com/watch?v=EDNR_N97u-A,
https://www.peekvids.com/watch?v=RPn0Pr5V4AR, https://www.peekvids.com/watch?v=CcW8UcX6U-k, https://www.peekvids.com/watch?v=VeEFsPzyxQK,
https://www.peekvids.com/watch?v=Ucy1W8xgwKZ, https://www.peekvids.com/watch?v=Ekb6oFq_L5F, https://www.peekvids.com/watch?v=P80539XMfxR,
https://www.peekvids.com/watch?v=M3aBxdZPDN5, https://www.peekvids.com/watch?v=W3qYRXVDlnN, https://www.peekvids.com/watch?v=aGxRIqnLRsg,
https://www.peekvids.com/watch?v=tyVGKTTk1Na, https://www.peekvids.com/watch?v=WvQyRm88NTW, https://www.peekvids.com/watch?v=pJlzF6u6L1x,
https://www.peekvids.com/watch?v=JzXfiiEsCyK, https://www.peekvids.com/watch?v=CVnUY4c3dBd, https://www.peekvids.com/watch?v=l4ilR7tWejN,
https://www.peekvids.com/watch?v=g9hBPpljHpV, https://www.peekvids.com/watch?v=729t3bJkXMr, https://www.peekvids.com/watch?v=twAco1190-l,
https://www.peekvids.com/watch?v=gDkm11BhM3P, https://www.peekvids.com/watch?v=hTJKixwMR8Q, https://www.peekvids.com/watch?v=oQBponttJne,
https://www.peekvids.com/watch?v=03rfV6BdynQ, https://www.peekvids.com/watch?v=dp2Vi2qlUOX, https://www.peekvids.com/watch?v=Rfxrn7z4Trf,
https://www.peekvids.com/watch?v=Bc8B5eAVbTT, https://www.peekvids.com/watch?v=YZfa7c4an5V, https://www.peekvids.com/watch?v=lSjmOU2pbup,
https://www.peekvids.com/watch?v=K9Un9wlhbJc, https://www.peekvids.com/watch?v=EDLKriOeSsF, https://www.peekvids.com/watch?v=JUrbJPXBO7V,
https://www.peekvids.com/watch?v=Laamdo5Km76, https://www.peekvids.com/watch?v=770G53eftrp, https://www.peekvids.com/watch?v=hf-Cw29h49u,
https://www.peekvids.com/watch?v=PN2sfhyki32, https://www.peekvids.com/watch?v=gkF3AcfXoVB, https://www.peekvids.com/watch?v=eiR6O4x1dIe,
https://www.peekvids.com/watch?v=N-OsuCprqij, https://www.peekvids.com/watch?v=xQXtfWeMKaK, https://www.peekvids.com/watch?v=2p0VX75WNSt,
https://www.peekvids.com/watch?v=jPbGzSioLpA, https://www.peekvids.com/watch?v=QmX-qkvlF4e, https://www.peekvids.com/watch?v=P5eO_51I1-9,
https://www.peekvids.com/watch?v=XaiYUsSwIWZ, https://www.peekvids.com/watch?v=fy3PlWHw9QG, https://www.peekvids.com/watch?v=8ILkv-N5XJW,
https://www.peekvids.com/watch?v=evchM5LIlVn, https://www.peekvids.com/watch?v=IpVDpdfxNE0, https://www.peekvids.com/watch?v=6uqCvAIP_ZF,
https://www.peekvids.com/watch?v=CJC1cxW-Q6Q, https://www.peekvids.com/watch?v=x9yW1izyPxt, https://www.peekvids.com/watch?v=eS6CYu_4M2Y,
https://www.peekvids.com/watch?v=Qk2XV3g_aRs, https://www.peekvids.com/watch?v=3yPS6N7Nv9P, https://www.peekvids.com/watch?v=NaVBEZrPbkU,
https://www.peekvids.com/watch?v=I6FVWlWlPbX, https://www.peekvids.com/watch?v=s356WllafkX, https://www.peekvids.com/watch?v=Tx_iEd6axSn,
https://www.peekvids.com/watch?v=3pPII42cqAj, https://www.peekvids.com/watch?v=qJklB977eDc, https://www.peekvids.com/watch?v=X-CYNGchb-3,
https://www.peekvids.com/watch?v=5OtlN1ut8Zs, https://www.peekvids.com/watch?v=ROgYR9a75wn
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tarapuxo
5.b. Uploader's email address: tarontoglob@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tarapuxo
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=WSOvBpCuTIw, https://www.peekvids.com/watch?v=rYqTXXRTToz,
https://www.peekvids.com/watch?v=fRppL-iR84B, https://www.peekvids.com/watch?v=EpduxEiCk6C, https://www.peekvids.com/watch?v=oF7r6GRQ5Xi,
https://www.peekvids.com/watch?v=kToioN9AKOp, https://www.peekvids.com/watch?v=LfLAhU7rURg, https://www.peekvids.com/watch?v=oEBny7zWtDe,
https://www.peekvids.com/watch?v=4ps8WtPNTaC, https://www.peekvids.com/watch?v=l3AftVMsuQl, https://www.peekvids.com/watch?v=Rq8OJ4QVOiw,
https://www.peekvids.com/watch?v=f3KMwdMahCk, https://www.peekvids.com/watch?v=jysVF5gRgXv, https://www.peekvids.com/watch?v=QVIjs8XPiIy,
https://www.peekvids.com/watch?v=YuDM6OBQTp9, https://www.peekvids.com/watch?v=apEdNUlVln8, https://www.peekvids.com/watch?v=yIm6i97By0Q,
https://www.peekvids.com/watch?v=J-KL0iQKd44, https://www.peekvids.com/watch?v=JVfbfTU2z6J, https://www.peekvids.com/watch?v=j2OA7Sk54ux,
https://www.peekvids.com/watch?v=0seECIpsprl, https://www.peekvids.com/watch?v=o98ZDW5Mj5A, https://www.peekvids.com/watch?v=Pm2LHHk4FEP,
https://www.peekvids.com/watch?v=TooxYtizXzI, https://www.peekvids.com/watch?v=hcBBxe8Bgei, https://www.peekvids.com/watch?v=vY95gFfGeSD,
https://www.peekvids.com/watch?v=tkfB0sWnujg, https://www.peekvids.com/watch?v=iEw8Y4IVAo9, https://www.peekvids.com/watch?v=hN6R8ifARCJ,
https://www.peekvids.com/watch?v=LkPu83n8FNw, https://www.peekvids.com/watch?v=ORLSL6hWYVh, https://www.peekvids.com/watch?v=pImcOltcTge,
https://www.peekvids.com/watch?v=A3v4OkKFFWw, https://www.peekvids.com/watch?v=AGSjGSXqblY, https://www.peekvids.com/watch?v=fQzD6hTsHCV,
https://www.peekvids.com/watch?v=CPsDCB2LUgL, https://www.peekvids.com/watch?v=L9AdQWeGtBl, https://www.peekvids.com/watch?v=5dpTHkNH6Al,
https://www.peekvids.com/watch?v=zvZX52cHPzV, https://www.peekvids.com/watch?v=B2bZPS739SH, https://www.peekvids.com/watch?v=nj0pPiQAEnF,
https://www.peekvids.com/watch?v=cxvaNbXjlwe, https://www.peekvids.com/watch?v=pE5wxMuvPwC, https://www.peekvids.com/watch?v=QYlEyXV53em,
https://www.peekvids.com/watch?v=ax4Q8jwRDrB, https://www.peekvids.com/watch?v=MHNIIUVP4mE, https://www.peekvids.com/watch?v=8yAfKx8PpuJ,
https://www.peekvids.com/watch?v=SUF7TQcNyHH, https://www.peekvids.com/watch?v=5daW9ZGCpxP, https://www.peekvids.com/watch?v=yFHZP-dlRIT,
https://www.peekvids.com/watch?v=lpQ6v9hr3WV, https://www.peekvids.com/watch?v=NDNjyfUhs0p, https://www.peekvids.com/watch?v=gCTzDw2jyY0,
https://www.peekvids.com/watch?v=ktzT7RLGZUz, https://www.peekvids.com/watch?v=94FOh-zBjdV, https://www.peekvids.com/watch?v=aOI47fJ0KXv,
https://www.peekvids.com/watch?v=6SY97-DGbSO, https://www.peekvids.com/watch?v=zuhaM2Cqfmw, https://www.peekvids.com/watch?v=TOxaxYaAm8I,
https://www.peekvids.com/watch?v=70veeV-orzU, https://www.peekvids.com/watch?v=NrBWJmJoctR, https://www.peekvids.com/watch?v=6YwWtkQj7Vr,
https://www.peekvids.com/watch?v=lzGwiW4zfCw, https://www.peekvids.com/watch?v=RBIzY4wcfNA, https://www.peekvids.com/watch?v=xTXoR5Qpnwi,
https://www.peekvids.com/watch?v=aZdTLUg3pl8, https://www.peekvids.com/watch?v=e2BaCOd9WCn, https://www.peekvids.com/watch?v=MfrdECxiAo6,
https://www.peekvids.com/watch?v=OiZP0SdjARf, https://www.peekvids.com/watch?v=By6Tnhlsiyw, https://www.peekvids.com/watch?v=agRG3wQX7QJ,
https://www.peekvids.com/watch?v=7nUE0ErEKhc, https://www.peekvids.com/watch?v=DiAUJt9xD6A, https://www.peekvids.com/watch?v=oSU-aE4UxUK,
https://www.peekvids.com/watch?v=-nAANyG5klM, https://www.peekvids.com/watch?v=XyfSwsmuyKp, https://www.peekvids.com/watch?v=gZFBjlxLvnF,
https://www.peekvids.com/watch?v=ac-392iaShH, https://www.peekvids.com/watch?v=bT6AeVRXUmC, https://www.peekvids.com/watch?v=Bwy86cNbAaz,
https://www.peekvids.com/watch?v=2hZSCXAJY0m, https://www.peekvids.com/watch?v=RhmsAF6BKO7, https://www.peekvids.com/watch?v=eJBGTDqUCu2,
https://www.peekvids.com/watch?v=ZKPoNwaPS5Z, https://www.peekvids.com/watch?v=ivDgRQ5j6OX, https://www.peekvids.com/watch?v=zyCvobLvqY4,
https://www.peekvids.com/watch?v=KwI09p2x-xQ, https://www.peekvids.com/watch?v=jz4NBnirEE4, https://www.peekvids.com/watch?v=-obpylz3Izf,
https://www.peekvids.com/watch?v=AebW5dkV5n2, https://www.peekvids.com/watch?v=-Xd0qAFyTVg, https://www.peekvids.com/watch?v=vKx9eyW3z6s,
https://www.peekvids.com/watch?v=CqtDlq7gvge, https://www.peekvids.com/watch?v=M3FFSZ2iYbE, https://www.peekvids.com/watch?v=3zbInGTf94z,
https://www.peekvids.com/watch?v=3ruMmeniVuQ, https://www.peekvids.com/watch?v=LRXA62lTvVC, https://www.peekvids.com/watch?v=0s0C5X4tIzV,
https://www.peekvids.com/watch?v=uxqFv-c5SBK, https://www.peekvids.com/watch?v=sBLwFJobNdf, https://www.peekvids.com/watch?v=MPPKvZrf6WP,
https://www.peekvids.com/watch?v=Y0GWHJPDes6, https://www.peekvids.com/watch?v=Am7SYhfiH98, https://www.peekvids.com/watch?v=xDs9mAtEozy,
https://www.peekvids.com/watch?v=tnztd097o7J, https://www.peekvids.com/watch?v=HJgV4W4K5dm, https://www.peekvids.com/watch?v=2bfnrZzeryH,
https://www.peekvids.com/watch?v=kBi4FIR-iFy, https://www.peekvids.com/watch?v=T6EKU93455M, https://www.peekvids.com/watch?v=77Gzg7cT4Vv,
https://www.peekvids.com/watch?v=ipR6K6y8fEc, https://www.peekvids.com/watch?v=g38uDMXEFfz, https://www.peekvids.com/watch?v=9zdwCeGjzQK,
https://www.peekvids.com/watch?v=capteaBLhn3, https://www.peekvids.com/watch?v=K3ozGyrFcrT, https://www.peekvids.com/watch?v=rKxetnQLaO4,
https://www.peekvids.com/watch?v=xL7Ux4Ian33, https://www.peekvids.com/watch?v=VVWtF4R36Se, https://www.peekvids.com/watch?v=hExixsb8SLN,
https://www.peekvids.com/watch?v=QV6kCzoMqgy, https://www.peekvids.com/watch?v=jkhF9ljMy3j, https://www.peekvids.com/watch?v=9xzmqgPOX-f,
https://www.peekvids.com/watch?v=7WU7ZpMQ-U8, https://www.peekvids.com/watch?v=OP7EqvjIgVe, https://www.peekvids.com/watch?v=ATDjJWqNgIC,
https://www.peekvids.com/watch?v=NKNwFJSRCTR, https://www.peekvids.com/watch?v=39BPJgYRFwQ, https://www.peekvids.com/watch?v=jM4LW76EHUE,
https://www.peekvids.com/watch?v=TrRrVmKicOD, https://www.peekvids.com/watch?v=-rPEHa9ZzSv, https://www.peekvids.com/watch?v=7CwJt83JtrK,
https://www.peekvids.com/watch?v=Re4vJzMzCh-, https://www.peekvids.com/watch?v=HkFaVDimhDK, https://www.peekvids.com/watch?v=T03vzCqE2td,
https://www.peekvids.com/watch?v=HnKKSi2oO2O, https://www.peekvids.com/watch?v=S6jBnIU0eil, https://www.peekvids.com/watch?v=FsJ5am-5PF-,
https://www.peekvids.com/watch?v=BhgM4ugpDiR, https://www.peekvids.com/watch?v=j8pemMZ8RLe, https://www.peekvids.com/watch?v=xPmNEJWbQUW,
https://www.peekvids.com/watch?v=H2nWfQTn-hk, https://www.peekvids.com/watch?v=Cldfi8JfhkW, https://www.peekvids.com/watch?v=vNnIqKEBKbo,
https://www.peekvids.com/watch?v=2P0pFKmuDOu, https://www.peekvids.com/watch?v=WSuLLLyv7Sp, https://www.peekvids.com/watch?v=OFfpznLkNh6,
https://www.peekvids.com/watch?v=PJzBx30JD5B, https://www.peekvids.com/watch?v=uslOFWDDcwv, https://www.peekvids.com/watch?v=33-7TaFMzVt,
https://www.peekvids.com/watch?v=WRMbTdlc5IF, https://www.peekvids.com/watch?v=DlrfZwXn78f, https://www.peekvids.com/watch?v=AbVbtmbpXrW,
https://www.peekvids.com/watch?v=zH2ArfbUfZt, https://www.peekvids.com/watch?v=7bZqm8yUWfI, https://www.peekvids.com/watch?v=htScTCwBLEB,
https://www.peekvids.com/watch?v=kGDkLb6Dnet, https://www.peekvids.com/watch?v=KKwim4LpARd, https://www.peekvids.com/watch?v=WUAjLPUVZ7T,
https://www.peekvids.com/watch?v=yS7EsrZuzJA, https://www.peekvids.com/watch?v=AvRSue2A4bT, https://www.peekvids.com/watch?v=8peQUwET202,
https://www.peekvids.com/watch?v=y4zl70oxtgK, https://www.peekvids.com/watch?v=MqjllTNczMP, https://www.peekvids.com/watch?v=eGLxxbJn5Eh,
https://www.peekvids.com/watch?v=0kBsK9723GU, https://www.peekvids.com/watch?v=SVToteFeMgX, https://www.peekvids.com/watch?v=uFfa0-ahbNu,
https://www.peekvids.com/watch?v=DGe3GlBWuSo, https://www.peekvids.com/watch?v=YGeyfiKjXGM, https://www.peekvids.com/watch?v=5XgvrbTGZZV,
https://www.peekvids.com/watch?v=RlNhjVVRtf4, https://www.peekvids.com/watch?v=SHXlp68IrsV, https://www.peekvids.com/watch?v=wOUGgeRm9R2,
https://www.peekvids.com/watch?v=Hh3ftwBc5JP, https://www.peekvids.com/watch?v=LGhAUIhY5Zd, https://www.peekvids.com/watch?v=IEjbSDZruQP,
https://www.peekvids.com/watch?v=zkFH2vdc8eU, https://www.peekvids.com/watch?v=0nAfq0oPWtr, https://www.peekvids.com/watch?v=lTZEhrDKMkq,
https://www.peekvids.com/watch?v=SSP55lo0gAf, https://www.peekvids.com/watch?v=z2u87GyZE-B, https://www.peekvids.com/watch?v=jjnWQBFSc8a,
https://www.peekvids.com/watch?v=CYsLbaoSUqQ, https://www.peekvids.com/watch?v=pEtf0OYQiUc, https://www.peekvids.com/watch?v=s0zcpfZSzbL,
https://www.peekvids.com/watch?v=v4UvKa2EvkC, https://www.peekvids.com/watch?v=L9f0qJoxHvh, https://www.peekvids.com/watch?v=fadSGCn6Qfd,
https://www.peekvids.com/watch?v=RVLloWdlSU7, https://www.peekvids.com/watch?v=EgHqup-Dd2X, https://www.peekvids.com/watch?v=ZCb62MBSNHY,
https://www.peekvids.com/watch?v=yPn5Pg06owi, https://www.peekvids.com/watch?v=mtZuGioq-6u, https://www.peekvids.com/watch?v=vWsC5Yb6Li8,
https://www.peekvids.com/watch?v=HkCduRyQakG, https://www.peekvids.com/watch?v=k5Vd8nmzZzv, https://www.peekvids.com/watch?v=ZhLfAMDx6DB,
https://www.peekvids.com/watch?v=HuA5R5nAEOU, https://www.peekvids.com/watch?v=Zcmz2smfmqJ, https://www.peekvids.com/watch?v=NV46QLUC0jw,
https://www.peekvids.com/watch?v=k4MkbJaoAuc, https://www.peekvids.com/watch?v=vINcYBwMB8Z, https://www.peekvids.com/watch?v=ullGCcIwfLD,
https://www.peekvids.com/watch?v=yZ3TQqwZ9fg, https://www.peekvids.com/watch?v=5PJUBE0ui4h, https://www.peekvids.com/watch?v=kw8LuSztDJe,
https://www.peekvids.com/watch?v=CU92lPs4uWw, https://www.peekvids.com/watch?v=aOypYV5uWnZ, https://www.peekvids.com/watch?v=0rGF2mgzdjv,
https://www.peekvids.com/watch?v=MXLZrHMtuCh, https://www.peekvids.com/watch?v=h7F50P6kwMh, https://www.peekvids.com/watch?v=a-jLcxNr-ja,
https://www.peekvids.com/watch?v=IJsM-ihebfE, https://www.peekvids.com/watch?v=clIrQUgiPKv, https://www.peekvids.com/watch?v=Scy9mgSFK9V,

https://www.peekvids.com/watch?v=hB02xOVPI7E, https://www.peekvids.com/watch?v=tDXczRCJA6O, https://www.peekvids.com/watch?v=8GengYjdIpi,
https://www.peekvids.com/watch?v=kOa6jP9OOqu, https://www.peekvids.com/watch?v=zpa0-Wi-dqi, https://www.peekvids.com/watch?v=ozq4eUFtWvE,
https://www.peekvids.com/watch?v=krAaeN2Km0D, https://www.peekvids.com/watch?v=-rVLm8Tlagu, https://www.peekvids.com/watch?v=wTJSo5TkL-5,
https://www.peekvids.com/watch?v=wN4SUWp36LL, https://www.peekvids.com/watch?v=aayQM3Fky02, https://www.peekvids.com/watch?v=YvQTlQitn0h,
https://www.peekvids.com/watch?v=8HYC5xKWa54, https://www.peekvids.com/watch?v=nXlNEOIJm5l, https://www.peekvids.com/watch?v=Fmacmd-REOZ,
https://www.peekvids.com/watch?v=nME8JhSfoDe, https://www.peekvids.com/watch?v=tLeh3PyD06u, https://www.peekvids.com/watch?v=D62ezQJlBRQ,
https://www.peekvids.com/watch?v=jdzNs9if4aD, https://www.peekvids.com/watch?v=ljzFeMOwUxJ, https://www.peekvids.com/watch?v=dMAXJl5KKp7,
https://www.peekvids.com/watch?v=R5NgMkyUPTz, https://www.peekvids.com/watch?v=PrtzJraRrPA, https://www.peekvids.com/watch?v=5RW2eGl0it9,
https://www.peekvids.com/watch?v=PmlsoaWv7p-, https://www.peekvids.com/watch?v=YDgoTKXox3n, https://www.peekvids.com/watch?v=YTlbGCmlCoY,
https://www.peekvids.com/watch?v=TbrZbQfZjJT, https://www.peekvids.com/watch?v=fROk4SWaIxn, https://www.peekvids.com/watch?v=xlFnC6LQ8FY,
https://www.peekvids.com/watch?v=XhJujcfPsOi, https://www.peekvids.com/watch?v=jERNZ8HnKC6, https://www.peekvids.com/watch?v=X5JlklUo9g6,
https://www.peekvids.com/watch?v=Zdn4aZgqrUx, https://www.peekvids.com/watch?v=0kgy5E04h4i, https://www.peekvids.com/watch?v=njkeDoDCIdV,
https://www.peekvids.com/watch?v=7406KVv5Nb5, https://www.peekvids.com/watch?v=3Af3KYsqnCH, https://www.peekvids.com/watch?v=HcqngWBfbXo,
https://www.peekvids.com/watch?v=O-s3EQ9QS0V, https://www.peekvids.com/watch?v=mORMnVREHMw, https://www.peekvids.com/watch?v=Zw5GkgPgBIl,
https://www.peekvids.com/watch?v=TegJ3Ipn87p, https://www.peekvids.com/watch?v=6EXYjGXIzXm, https://www.peekvids.com/watch?v=CfLV6ODwv4A,
https://www.peekvids.com/watch?v=R7SDlgRDc-Q, https://www.peekvids.com/watch?v=Jc2mTdRvlsC, https://www.peekvids.com/watch?v=3T3S7yXV6Wn,
https://www.peekvids.com/watch?v=muekgh-CnuZ, https://www.peekvids.com/watch?v=SxLu2B3tAcf, https://www.peekvids.com/watch?v=Odwal0soKIG,
https://www.peekvids.com/watch?v=Laa4srnOomu, https://www.peekvids.com/watch?v=W7Tx836ivws, https://www.peekvids.com/watch?v=Q66JR4aCqCJ,
https://www.peekvids.com/watch?v=hvZaGr54w8i, https://www.peekvids.com/watch?v=zoXwS6YXdTh, https://www.peekvids.com/watch?v=kaSzgl8x6B6,
https://www.peekvids.com/watch?v=Vto2u2qEoyG, https://www.peekvids.com/watch?v=GaixTvmLCQI, https://www.peekvids.com/watch?v=yvWMgAuLNgZ,
https://www.peekvids.com/watch?v=m8pnkCyN6O7, https://www.peekvids.com/watch?v=wqtg42mlT9R, https://www.peekvids.com/watch?v=a5HhYxYIDTT,
https://www.peekvids.com/watch?v=gQb7KPsHXz9, https://www.peekvids.com/watch?v=Rrbg9ioyzcI, https://www.peekvids.com/watch?v=-Uzcxb4Ojjp,
https://www.peekvids.com/watch?v=ZroWCwMAyk0, https://www.peekvids.com/watch?v=N9MM2lheW6x, https://www.peekvids.com/watch?v=rL7MvkLXJer,
https://www.peekvids.com/watch?v=OFG4Z7y9Dk4, https://www.peekvids.com/watch?v=4vfhiUrCDUF, https://www.peekvids.com/watch?v=g0Mq6ZVviN3,
https://www.peekvids.com/watch?v=tqH-XNtqxeB, https://www.peekvids.com/watch?v=7IKj-p5EEYm, https://www.peekvids.com/watch?v=JH4QRPQ3l-h,
https://www.peekvids.com/watch?v=Tk9Vx9AJgRw, https://www.peekvids.com/watch?v=m7FGdshq6Nr, https://www.peekvids.com/watch?v=9nCwqXGLZga,
https://www.peekvids.com/watch?v=bnh9CU6Oi8o, https://www.peekvids.com/watch?v=TkrrAPfrNW8, https://www.peekvids.com/watch?v=9wYsbYtrr6G,
https://www.peekvids.com/watch?v=p-mGBqmZ5AM, https://www.peekvids.com/watch?v=aEEPrVjtQW8, https://www.peekvids.com/watch?v=IS8BKKKGRjG,
https://www.peekvids.com/watch?v=GnEkfhV4XKG, https://www.peekvids.com/watch?v=84BMthLzn7V, https://www.peekvids.com/watch?v=-j9K5IoibVY,
https://www.peekvids.com/watch?v=pSxDDOBB2rG, https://www.peekvids.com/watch?v=ybMkqH2opA3, https://www.peekvids.com/watch?v=ELfvLMhqlkF,
https://www.peekvids.com/watch?v=Z4s0Nrh5FfF, https://www.peekvids.com/watch?v=v7b8READf6p, https://www.peekvids.com/watch?v=uKqBxv2JdHG,
https://www.peekvids.com/watch?v=TiBUNUpKnqN, https://www.peekvids.com/watch?v=Lg5tzekvaA3, https://www.peekvids.com/watch?v=5FGcuHI7WRY,
https://www.peekvids.com/watch?v=aklTk9tuute, https://www.peekvids.com/watch?v=HkuNfKuumrT, https://www.peekvids.com/watch?v=6OWXV4z-PVr,
https://www.peekvids.com/watch?v=G3SQPJrczhM, https://www.peekvids.com/watch?v=8430VoT7gJp
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tempany
5.b. Uploader's email address: nikolenikkysixsex@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tempany
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=cOnV3eF58iY, https://www.peekvids.com/watch?v=NCRIXtsGu0b,
https://www.peekvids.com/watch?v=mpyVCfjOpks, https://www.peekvids.com/watch?v=fCb29pz8SuG, https://www.peekvids.com/watch?v=F7GkEgGg1Wo,
https://www.peekvids.com/watch?v=khHoE9AzYRQ, https://www.peekvids.com/watch?v=Ebdp2b7z_XL, https://www.peekvids.com/watch?v=DzWUDR24Uzh,
https://www.peekvids.com/watch?v=MJPptttVdw9, https://www.peekvids.com/watch?v=hGlHo-6SK3L, https://www.peekvids.com/watch?v=oU1ta-8lJme,
https://www.peekvids.com/watch?v=3QARxGhphZH, https://www.peekvids.com/watch?v=ll5f43AqULh, https://www.peekvids.com/watch?v=g_18VQIMLJx,
https://www.peekvids.com/watch?v=pcXgtiXOFcs, https://www.peekvids.com/watch?v=8xnT7_Mgc5E, https://www.peekvids.com/watch?v=EZ1Qo9r2OqD,
https://www.peekvids.com/watch?v=608TSgl9tOJ, https://www.peekvids.com/watch?v=A6bbU5T_8GM, https://www.peekvids.com/watch?v=RPDHObjPh5T,
https://www.peekvids.com/watch?v=ChSTwWqxCxU, https://www.peekvids.com/watch?v=Uf0tMYfj6bl, https://www.peekvids.com/watch?v=qrtRzkhnmIj,
https://www.peekvids.com/watch?v=aaxGogwlrVJ, https://www.peekvids.com/watch?v=ecb4uxd5NE0, https://www.peekvids.com/watch?v=lcbGPe-ZFOW,
https://www.peekvids.com/watch?v=hUUw6R8YgaQ, https://www.peekvids.com/watch?v=jxzYMsVmwpB, https://www.peekvids.com/watch?v=Ln_6ZnJV1fT,
https://www.peekvids.com/watch?v=bI89KsURI4d, https://www.peekvids.com/watch?v=DdAnoD5bWMP, https://www.peekvids.com/watch?v=ydknmpWRfAW,
https://www.peekvids.com/watch?v=QhU-fLMiEgv, https://www.peekvids.com/watch?v=7fWXo1ywRcR, https://www.peekvids.com/watch?v=QL2AOs4JCFd
5.f. Date of third notice: 2015-10-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: teodor
5.b. Uploader's email address: lexuswertuoz@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=teodor
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=eZ5pbML-B3N, https://www.peekvids.com/watch?v=8zyiPl-O8MW,
https://www.peekvids.com/watch?v=-JsW0UnkaIw, https://www.peekvids.com/watch?v=3mDcffgaoaw, https://www.peekvids.com/watch?v=gQCcoGmsJHq,
https://www.peekvids.com/watch?v=YnRbmsj0hIv, https://www.peekvids.com/watch?v=uMakjFTtlgm, https://www.peekvids.com/watch?v=OMESzSDAKbP,
https://www.peekvids.com/watch?v=DBwvdokQy7o, https://www.peekvids.com/watch?v=tVD52HZqnBC, https://www.peekvids.com/watch?v=SgsxoV-kwW9,
https://www.peekvids.com/watch?v=dDheW78cPky, https://www.peekvids.com/watch?v=kzz9O9UXS3E, https://www.peekvids.com/watch?v=GqY-vhuBUhV,
https://www.peekvids.com/watch?v=OcKPe3fHE0C, https://www.peekvids.com/watch?v=BUIJ-uy8SQL, https://www.peekvids.com/watch?v=grfDeT66wL5,
https://www.peekvids.com/watch?v=kNni6-ODWuw, https://www.peekvids.com/watch?v=wVL682O97Yo, https://www.peekvids.com/watch?v=hnCPsShOIBS,
https://www.peekvids.com/watch?v=F2-oIDanTZh, https://www.peekvids.com/watch?v=93EsyjYXGn4, https://www.peekvids.com/watch?v=RwrrUZVYrBl,
https://www.peekvids.com/watch?v=FTPwv7oltJX, https://www.peekvids.com/watch?v=tY07-ajmGvz, https://www.peekvids.com/watch?v=FwxWjStbaSb,
https://www.peekvids.com/watch?v=KaO9-XX-z9g, https://www.peekvids.com/watch?v=dNwlURTY-ER, https://www.peekvids.com/watch?v=uI0HEZ9q5m4,
https://www.peekvids.com/watch?v=NmlvZHmXZJT, https://www.peekvids.com/watch?v=DmLnZRnH9z9, https://www.peekvids.com/watch?v=qQR5UDi6Nas,
https://www.peekvids.com/watch?v=qCZajZgjL4S, https://www.peekvids.com/watch?v=L7YOuTOkFVE, https://www.peekvids.com/watch?v=yIxRIwgSyw9,
https://www.peekvids.com/watch?v=SkrDdgEUSYm, https://www.peekvids.com/watch?v=Cd3HNROCjEt, https://www.peekvids.com/watch?v=G33SsyoVfHq,
https://www.peekvids.com/watch?v=aea6n-A4bRq, https://www.peekvids.com/watch?v=058bM2olpV2, https://www.peekvids.com/watch?v=Vj88IyNp9jz,
https://www.peekvids.com/watch?v=X5VK0OwuBvv, https://www.peekvids.com/watch?v=Z0dAPqP5OE9, https://www.peekvids.com/watch?v=DtKtmi00B0e,
https://www.peekvids.com/watch?v=vOLH9u2yW2l, https://www.peekvids.com/watch?v=8nX2fN6ZDnI, https://www.peekvids.com/watch?v=VKSw2fsalDr,
https://www.peekvids.com/watch?v=CrwNBdz9N8I, https://www.peekvids.com/watch?v=5DwNMortHMx, https://www.peekvids.com/watch?v=ca0g8fhfKf0,
https://www.peekvids.com/watch?v=ULSjnk9VArF, https://www.peekvids.com/watch?v=p7LtNACRXtM, https://www.peekvids.com/watch?v=nekLCRZ8dLL,
https://www.peekvids.com/watch?v=EIZaDjze6iy, https://www.peekvids.com/watch?v=Nq5G6xZFsrT, https://www.peekvids.com/watch?v=VSzL2uow9H2,
https://www.peekvids.com/watch?v=KtJivwrxVmD, https://www.peekvids.com/watch?v=Ag0CDiv9S6G, https://www.peekvids.com/watch?v=nR9-Pqyszxv,
https://www.peekvids.com/watch?v=25RsR99I7jd, https://www.peekvids.com/watch?v=j8JUNkRBvZe, https://www.peekvids.com/watch?v=bWCkz5TpROZ,
https://www.peekvids.com/watch?v=HQNrQY9gy7k, https://www.peekvids.com/watch?v=B7RVH5mWKsd, https://www.peekvids.com/watch?v=0NFUuUo6vqd,
https://www.peekvids.com/watch?v=TH6X2QAbpen, https://www.peekvids.com/watch?v=Ay56klOdMA9, https://www.peekvids.com/watch?v=EjADveCFpO3,
https://www.peekvids.com/watch?v=5N7t26yYEHw, https://www.peekvids.com/watch?v=490USzZsEId, https://www.peekvids.com/watch?v=2B06ejTDNV3,
https://www.peekvids.com/watch?v=txgGrMVaQsk, https://www.peekvids.com/watch?v=Rqxn59sbHxu, https://www.peekvids.com/watch?v=AnDDAm3zxLH,
https://www.peekvids.com/watch?v=hvgojrQwWkD, https://www.peekvids.com/watch?v=fXKsAidMMu8, https://www.peekvids.com/watch?v=HQrfJdhm8uj,
https://www.peekvids.com/watch?v=W20C7mAn6Zy, https://www.peekvids.com/watch?v=9482qhWI8HB, https://www.peekvids.com/watch?v=UK6WWGYmDoX,
https://www.peekvids.com/watch?v=3WsPq2xxZ99, https://www.peekvids.com/watch?v=jOxcpx6jNqS, https://www.peekvids.com/watch?v=lV6P3lRK8f4,
https://www.peekvids.com/watch?v=IRkmf9KJDZn, https://www.peekvids.com/watch?v=vANY388xMm9, https://www.peekvids.com/watch?v=JVYRy5ol8Et,
https://www.peekvids.com/watch?v=6qLfL3wpn-C, https://www.peekvids.com/watch?v=c3WjjwzGWcO, https://www.peekvids.com/watch?v=P7ut-6VuDsQ,
https://www.peekvids.com/watch?v=FfRUeCooFLN, https://www.peekvids.com/watch?v=g9yiBnJYQuM, https://www.peekvids.com/watch?v=KdDMzzxFDBV,
https://www.peekvids.com/watch?v=HLIJTFNpBr4, https://www.peekvids.com/watch?v=LHZardpMJph, https://www.peekvids.com/watch?v=H50kQvWFJ-K,
https://www.peekvids.com/watch?v=bhrLJeZJ-v7, https://www.peekvids.com/watch?v=v-lOt53UBYZ, https://www.peekvids.com/watch?v=CKZgxCkEYek,
https://www.peekvids.com/watch?v=e6EZbYLzsX9, https://www.peekvids.com/watch?v=NqXw3S892dP, https://www.peekvids.com/watch?v=IaNPBd5gADc,
https://www.peekvids.com/watch?v=UHsdHMjf4wW, https://www.peekvids.com/watch?v=v96qluQgLSm, https://www.peekvids.com/watch?v=aoCbiLpFXZN,
https://www.peekvids.com/watch?v=j5hQVPZpaXt, https://www.peekvids.com/watch?v=JDCnXrIIAr7, https://www.peekvids.com/watch?v=nYQb7kH9kAO,
https://www.peekvids.com/watch?v=DBG9JyFe49E, https://www.peekvids.com/watch?v=RpE5AC8ybAn, https://www.peekvids.com/watch?v=cXZgdHV5DMd,
https://www.peekvids.com/watch?v=9zCvPQRvAjk, https://www.peekvids.com/watch?v=GkGFxswlrt7, https://www.peekvids.com/watch?v=DA7ChxB-iIw,
https://www.peekvids.com/watch?v=yeT7wEPIuj-, https://www.peekvids.com/watch?v=5G0nNSmRG3K, https://www.peekvids.com/watch?v=n9czpBSGnXD,
https://www.peekvids.com/watch?v=2T5oerVo4Ok, https://www.peekvids.com/watch?v=4mqg68MxrSo, https://www.peekvids.com/watch?v=kwW8xqLoG8F,
https://www.peekvids.com/watch?v=HhhAaTCGbx8, https://www.peekvids.com/watch?v=y8nEtweEZ9n, https://www.peekvids.com/watch?v=DAf9LqP57Zr,
https://www.peekvids.com/watch?v=uJxKgF0zEbG, https://www.peekvids.com/watch?v=-6jt-QnAkyw, https://www.peekvids.com/watch?v=bAMDqTfg3bL,
https://www.peekvids.com/watch?v=tctxBHr0l4Q, https://www.peekvids.com/watch?v=AkcAdi30xSz, https://www.peekvids.com/watch?v=cAbHNJ4lEDz,
https://www.peekvids.com/watch?v=dDWDaxVvVaB, https://www.peekvids.com/watch?v=IjvkxTkONVs, https://www.peekvids.com/watch?v=JxR-UKtGigS,
https://www.peekvids.com/watch?v=j7K5nyjdJHP, https://www.peekvids.com/watch?v=Wd7B2jbN9Lf, https://www.peekvids.com/watch?v=cAr3jfGP4F3,
https://www.peekvids.com/watch?v=hMliqMCbmKz, https://www.peekvids.com/watch?v=cKjjD3zXjgs, https://www.peekvids.com/watch?v=ZTznQkM-p5c,
https://www.peekvids.com/watch?v=82tdaOIuove, https://www.peekvids.com/watch?v=tgo4s2UeRmR, https://www.peekvids.com/watch?v=2x8PXSVcUiQ,
https://www.peekvids.com/watch?v=9hTYgFLQcEe, https://www.peekvids.com/watch?v=eV3uTVJwfzx, https://www.peekvids.com/watch?v=ZBbt6izb0rR,
https://www.peekvids.com/watch?v=djI6qxU-Oc2, https://www.peekvids.com/watch?v=5l-BSfukhM3, https://www.peekvids.com/watch?v=WlfathiEl4T,
https://www.peekvids.com/watch?v=T7mpQfQC90g, https://www.peekvids.com/watch?v=aeqShupkNzx, https://www.peekvids.com/watch?v=Nu-66tNUmSn,
https://www.peekvids.com/watch?v=yHKHxwYBbBP, https://www.peekvids.com/watch?v=H9ERDEI8yOO, https://www.peekvids.com/watch?v=2Gu2zlfcece,
https://www.peekvids.com/watch?v=gIFyR57WEGw, https://www.peekvids.com/watch?v=YQMN-hwJOIU, https://www.peekvids.com/watch?v=eb3ibsDEWR5,
https://www.peekvids.com/watch?v=niaoGnbKRDj, https://www.peekvids.com/watch?v=6cu5PcRj9RC, https://www.peekvids.com/watch?v=6OfWLxCgq3n,
https://www.peekvids.com/watch?v=bVpJ7ED35ui, https://www.peekvids.com/watch?v=9R9OOgATjE, https://www.peekvids.com/watch?v=3lL0PcsXbCV,
https://www.peekvids.com/watch?v=WwbLzjimjAq, https://www.peekvids.com/watch?v=lwZZa-fsCDh, https://www.peekvids.com/watch?v=YivOGa6Npbz,
https://www.peekvids.com/watch?v=f5evM7flAl3, https://www.peekvids.com/watch?v=sgJRmRytkBV, https://www.peekvids.com/watch?v=92VCa2EbH9T,
https://www.peekvids.com/watch?v=vbwQEVM8XQx, https://www.peekvids.com/watch?v=ShHytIA-uwM, https://www.peekvids.com/watch?v=V40-XcMA6RL,
https://www.peekvids.com/watch?v=uIqqGm7ENGF, https://www.peekvids.com/watch?v=jaOnOpu96If, https://www.peekvids.com/watch?v=mL4xG5n80Wp,
https://www.peekvids.com/watch?v=A4x7bXAfixz, https://www.peekvids.com/watch?v=m8gl0XsQRw-, https://www.peekvids.com/watch?v=TklQN47Is-t,
https://www.peekvids.com/watch?v=lUsiMItC3UW, https://www.peekvids.com/watch?v=8M4lm5uAYOI, https://www.peekvids.com/watch?v=WgaxQFlZwfK,
https://www.peekvids.com/watch?v=hFestTWZrYi, https://www.peekvids.com/watch?v=4ZowjMapPup, https://www.peekvids.com/watch?v=AvYmLFM9Nfx,
https://www.peekvids.com/watch?v=2kqT3nGH7WX, https://www.peekvids.com/watch?v=3WYX7lloKe4, https://www.peekvids.com/watch?v=qBJu0wPg32e,
https://www.peekvids.com/watch?v=tHWon2SW5tX, https://www.peekvids.com/watch?v=3qQn6yzxlwa, https://www.peekvids.com/watch?v=OoOlnWjQgDe,
https://www.peekvids.com/watch?v=ltN6IcrO3XE, https://www.peekvids.com/watch?v=uCC6J4qO6e2, https://www.peekvids.com/watch?v=9ygkJGLXwhp,
https://www.peekvids.com/watch?v=UCzbh2bBidc, https://www.peekvids.com/watch?v=yWTUAlCI3iE, https://www.peekvids.com/watch?v=IwMnoQtZ2Lc,
https://www.peekvids.com/watch?v=zT8bClvYTok, https://www.peekvids.com/watch?v=xfheNb-2dUJ, https://www.peekvids.com/watch?v=0BRkoFDkJrr,
https://www.peekvids.com/watch?v=j7EDMlhkbMG, https://www.peekvids.com/watch?v=p56Pq7Lzfn5, https://www.peekvids.com/watch?v=LxShqdKmjeT,
https://www.peekvids.com/watch?v=QdI0F6IF3aX, https://www.peekvids.com/watch?v=j9lbVc3hrW3, https://www.peekvids.com/watch?v=AWqC-iM-uVR,
https://www.peekvids.com/watch?v=zRs2kekKPLY, https://www.peekvids.com/watch?v=3V2gQnGGnZh, https://www.peekvids.com/watch?v=AGS7L-F6apF,
https://www.peekvids.com/watch?v=-pIPoomIR7D, https://www.peekvids.com/watch?v=a99WwWhSuG5, https://www.peekvids.com/watch?v=uxwkdfr4H5O,
https://www.peekvids.com/watch?v=UN0IO40f8c4, https://www.peekvids.com/watch?v=UjUyYMrP-cH, https://www.peekvids.com/watch?v=BhT6qCWv8E3,
https://www.peekvids.com/watch?v=vwLiYHGeusG, https://www.peekvids.com/watch?v=sVUmI28zrWf, https://www.peekvids.com/watch?v=SVMNtwMsVnQ,
https://www.peekvids.com/watch?v=wqVSuALoVfA, https://www.peekvids.com/watch?v=dBxU8lYZL6t, https://www.peekvids.com/watch?v=oCDIagF7RVi,
https://www.peekvids.com/watch?v=eX4vYncsc8I, https://www.peekvids.com/watch?v=iXEtGnIJMmh, https://www.peekvids.com/watch?v=Vcy8IhbRMGY,
https://www.peekvids.com/watch?v=DmyWWrhb2lF, https://www.peekvids.com/watch?v=do39vK2hNd6, https://www.peekvids.com/watch?v=0hx4v8zj0Gr,
https://www.peekvids.com/watch?v=A8dFiTtd8xo, https://www.peekvids.com/watch?v=XvttjERabIL, https://www.peekvids.com/watch?v=-8RKyUi-6JL,
https://www.peekvids.com/watch?v=novWPjceIop, https://www.peekvids.com/watch?v=yunyncDqKM5, https://www.peekvids.com/watch?v=EvUuffOvDV6,
https://www.peekvids.com/watch?v=c2qy3E7KUSd, https://www.peekvids.com/watch?v=8qD3d0gUjUp, https://www.peekvids.com/watch?v=kux7zSjH5N5,

https://www.peekvids.com/watch?v=BUswRYASyxa, https://www.peekvids.com/watch?v=MGKRJw2Dh3c, https://www.peekvids.com/watch?v=oqMWYznjaGi,
https://www.peekvids.com/watch?v=nuSsnXg39tB, https://www.peekvids.com/watch?v=cN8yGMov9Fr, https://www.peekvids.com/watch?v=jiPkJCllHlm,
https://www.peekvids.com/watch?v=gpncjprV0v7, https://www.peekvids.com/watch?v=2mB9973e4rl, https://www.peekvids.com/watch?v=QfUA8hCsTiR,
https://www.peekvids.com/watch?v=y9I4B88Sp7X, https://www.peekvids.com/watch?v=mIoJxIumCjq, https://www.peekvids.com/watch?v=Y55tSVosp5D,
https://www.peekvids.com/watch?v=77v6YjinkEL, https://www.peekvids.com/watch?v=Sw9yBX5YdU0, https://www.peekvids.com/watch?v=VGjY-tmKsu8,
https://www.peekvids.com/watch?v=lJ4ErIzgswA, https://www.peekvids.com/watch?v=KoIxwHPQ00T, https://www.peekvids.com/watch?v=WlpmxZM4Azg,
https://www.peekvids.com/watch?v=ouXiLuu2FBJ, https://www.peekvids.com/watch?v=3YQ-Pb59mnA, https://www.peekvids.com/watch?v=F7OYivhzdIu,
https://www.peekvids.com/watch?v=KDZeB5TMpbb, https://www.peekvids.com/watch?v=2XtAhVyEB0N, https://www.peekvids.com/watch?v=7gxEoLrdTGp,
https://www.peekvids.com/watch?v=JrKSKYHhZAT, https://www.peekvids.com/watch?v=lbR0zUBlR96, https://www.peekvids.com/watch?v=ivLtzblYMTb,
https://www.peekvids.com/watch?v=4xorgPKutHq, https://www.peekvids.com/watch?v=FMtu3bw8j0n, https://www.peekvids.com/watch?v=Jz0z7q0v3P9,
https://www.peekvids.com/watch?v=iZ3v9C4DIlZ, https://www.peekvids.com/watch?v=PEd38qbvd05, https://www.peekvids.com/watch?v=rwvOWlTvH8D,
https://www.peekvids.com/watch?v=2cDllhBpR3a, https://www.peekvids.com/watch?v=2nhpORrzynI, https://www.peekvids.com/watch?v=xWLs2rCe7ns,
https://www.peekvids.com/watch?v=FOZmYzh8kfd, https://www.peekvids.com/watch?v=3i3sQcGbMXF, https://www.peekvids.com/watch?v=ftFMt6mTd3t,
https://www.peekvids.com/watch?v=lMcSngg4Ujk, https://www.peekvids.com/watch?v=kSmJykUhMYp, https://www.peekvids.com/watch?v=G6-ahPmJKSm,
https://www.peekvids.com/watch?v=y2kP43FO6Fp, https://www.peekvids.com/watch?v=OvO54ahjubZ, https://www.peekvids.com/watch?v=Tvgwyf9ivTX,
https://www.peekvids.com/watch?v=RAPlfZe3NnE, https://www.peekvids.com/watch?v=i7oKn-KOobK, https://www.peekvids.com/watch?v=-jIzMeO-bul,
https://www.peekvids.com/watch?v=Q4B-tyYquR9, https://www.peekvids.com/watch?v=jubeGCVv9Kf, https://www.peekvids.com/watch?v=dp7uunSrVCb,
https://www.peekvids.com/watch?v=FbQpFMoRnRJ, https://www.peekvids.com/watch?v=DGpGUJjXFL-, https://www.peekvids.com/watch?v=UGMNHDZrN8F,
https://www.peekvids.com/watch?v=N5XkAOtgY0-, https://www.peekvids.com/watch?v=foU8l7SlWDm, https://www.peekvids.com/watch?v=9rrMHOdnvdH,
https://www.peekvids.com/watch?v=6HfxnSFPo-K, https://www.peekvids.com/watch?v=rbJm2Je8q9k, https://www.peekvids.com/watch?v=HY0NpgCD-O8,
https://www.peekvids.com/watch?v=YVyJzrYtnxD, https://www.peekvids.com/watch?v=23oGLrOBRrO, https://www.peekvids.com/watch?v=Jp4QY6PKiGw,
https://www.peekvids.com/watch?v=xS5rsXCS35J, https://www.peekvids.com/watch?v=POmsRR5R3N3, https://www.peekvids.com/watch?v=zX7QZfyogFT,
https://www.peekvids.com/watch?v=hFRpZ6hgCk4, https://www.peekvids.com/watch?v=Jdc5uzwgmK6, https://www.peekvids.com/watch?v=OGhRetbY-DE,
https://www.peekvids.com/watch?v=YnalqVbNl0n, https://www.peekvids.com/watch?v=StKBSTj0jRq, https://www.peekvids.com/watch?v=GDVLC4WdCEk,
https://www.peekvids.com/watch?v=KTVC0iJ-RTY, https://www.peekvids.com/watch?v=VZkFjzgPSWR, https://www.peekvids.com/watch?v=ySGE9IzSHrC,
https://www.peekvids.com/watch?v=W336LrCdeHr, https://www.peekvids.com/watch?v=QeAIIfDEZj3, https://www.peekvids.com/watch?v=phVxbvhEmil,
https://www.peekvids.com/watch?v=63nElckYhRa, https://www.peekvids.com/watch?v=qbDHfqhObGP, https://www.peekvids.com/watch?v=BjzV6yosZja,
https://www.peekvids.com/watch?v=JOVFZTNflYn, https://www.peekvids.com/watch?v=ebTpqP4Zx3Q, https://www.peekvids.com/watch?v=P2DFKb0POrk,
https://www.peekvids.com/watch?v=i8wlPE3pBV3, https://www.peekvids.com/watch?v=TABfFa7amoV, https://www.peekvids.com/watch?v=eDNUMlabmnD,
https://www.peekvids.com/watch?v=toEQpxOVHP8, https://www.peekvids.com/watch?v=E-w2tPehRf6, https://www.peekvids.com/watch?v=LHhPWXEZajW,
https://www.peekvids.com/watch?v=9iQ4Gq2H8Vv, https://www.peekvids.com/watch?v=KqGvRnzoh5c, https://www.peekvids.com/watch?v=JBBQMHR9DlB,
https://www.peekvids.com/watch?v=adyEOH6vC8Z, https://www.peekvids.com/watch?v=96IjbRivxo5, https://www.peekvids.com/watch?v=0OZgQbNtpec,
https://www.peekvids.com/watch?v=EU3jRUZDt2A, https://www.peekvids.com/watch?v=vjoTQjSiPTZ, https://www.peekvids.com/watch?v=TUvZrYxVeX6,
https://www.peekvids.com/watch?v=RDcCluS8-mh, https://www.peekvids.com/watch?v=aMXGtFlyPoI, https://www.peekvids.com/watch?v=uHSoXYsACgU,
https://www.peekvids.com/watch?v=RinY2HogFYW, https://www.peekvids.com/watch?v=IHYcMqBsxIv, https://www.peekvids.com/watch?v=dHIjlCWEsOQ,
https://www.peekvids.com/watch?v=45w9z-Fchzc, https://www.peekvids.com/watch?v=xeK5Bkzz67V, https://www.peekvids.com/watch?v=V7Apydzu9V4,
https://www.peekvids.com/watch?v=zGfQQAhEOPy, https://www.peekvids.com/watch?v=xxyXog0E4Qw, https://www.peekvids.com/watch?v=HEmwbnywpv5,
https://www.peekvids.com/watch?v=m37MiWTQBRY, https://www.peekvids.com/watch?v=iq6shjD8TXp, https://www.peekvids.com/watch?v=JTfP05GxUMT,
https://www.peekvids.com/watch?v=Huh0NdK5QZg, https://www.peekvids.com/watch?v=-nimWOeBOdw, https://www.peekvids.com/watch?v=x3itIxPiorv,
https://www.peekvids.com/watch?v=HSzfuHfSwCh, https://www.peekvids.com/watch?v=cFtwQHmQRop, https://www.peekvids.com/watch?v=kcZXRMaEXiQ,
https://www.peekvids.com/watch?v=vjQIgN9zXzK, https://www.peekvids.com/watch?v=N4VURZy9iWp, https://www.peekvids.com/watch?v=G-HFVqAz2im,
https://www.peekvids.com/watch?v=gwQKDI44Yta, https://www.peekvids.com/watch?v=OMTmMWXlfrI, https://www.peekvids.com/watch?v=t8cXwhBLWRG,
https://www.peekvids.com/watch?v=oj48ehuWRG7, https://www.peekvids.com/watch?v=Y7axmHl66y7, https://www.peekvids.com/watch?v=kVsU0PhRYom,
https://www.peekvids.com/watch?v=mb5g0Wxwroi, https://www.peekvids.com/watch?v=Coj48jLzB4J, https://www.peekvids.com/watch?v=SGD8accWOOu,
https://www.peekvids.com/watch?v=Uf2SQ3udzmh, https://www.peekvids.com/watch?v=AeZP2XE8QEp, https://www.peekvids.com/watch?v=R8If26VoBVO,
https://www.peekvids.com/watch?v=5wlNyeaiHMg, https://www.peekvids.com/watch?v=ktVzLqR7IgT, https://www.peekvids.com/watch?v=tZLBYcs2oLe,
https://www.peekvids.com/watch?v=ARx2Dk5u0fm, https://www.peekvids.com/watch?v=YXuBFAhW3Iv
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ticgtong
5.b. Uploader's email address: elzarlotuuus@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=ticgtong
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=aFC67s9SXnF, https://www.peekvids.com/watch?v=AW9XzBtcARN,
https://www.peekvids.com/watch?v=sXHk0oW624s, https://www.peekvids.com/watch?v=JtY_lFoXCNw, https://www.peekvids.com/watch?v=nrFUVlYHX2W,
https://www.peekvids.com/watch?v=w5dhakiDetF, https://www.peekvids.com/watch?v=42eblpM8toR, https://www.peekvids.com/watch?v=01PQaA7RRSJ,
https://www.peekvids.com/watch?v=pKzTnJz7edE, https://www.peekvids.com/watch?v=hNG1s54GM6E, https://www.peekvids.com/watch?v=af6-YvPWspl,
https://www.peekvids.com/watch?v=Zy5WsdGY-Ay, https://www.peekvids.com/watch?v=XQF1OOZZ9M2, https://www.peekvids.com/watch?v=qCqSlYDkJVD,
https://www.peekvids.com/watch?v=OWjL7iwvPvN, https://www.peekvids.com/watch?v=rBPDvUm7L-V, https://www.peekvids.com/watch?v=z0UkgGsjoIj,
https://www.peekvids.com/watch?v=sol4nrkypG8, https://www.peekvids.com/watch?v=V7r8wELUJNg, https://www.peekvids.com/watch?v=Jt7G6tAb0e2,
https://www.peekvids.com/watch?v=8r-vfBk-KIR, https://www.peekvids.com/watch?v=X8BxR7Ry6rz, https://www.peekvids.com/watch?v=OFL4LVRnQcc,
https://www.peekvids.com/watch?v=HADVxBN0tTe, https://www.peekvids.com/watch?v=e3Gm6PegHrh, https://www.peekvids.com/watch?v=pwfkD6KShdC,
https://www.peekvids.com/watch?v=qGhkyTKmX5d, https://www.peekvids.com/watch?v=QPBPeVwyDCD, https://www.peekvids.com/watch?v=NAfOsBbIZOV,
https://www.peekvids.com/watch?v=vfaoLUVdYy6, https://www.peekvids.com/watch?v=X9uEHYfJA3s, https://www.peekvids.com/watch?v=hoASH58kzXZ,
https://www.peekvids.com/watch?v=h6Yh7NmvMVN, https://www.peekvids.com/watch?v=ev0lQo6tjLn, https://www.peekvids.com/watch?v=xJDr5d75xBl,
https://www.peekvids.com/watch?v=Rz6aR7EDm0N, https://www.peekvids.com/watch?v=ONBLqLGVHk3, https://www.peekvids.com/watch?v=W1cWNGXo74j,
https://www.peekvids.com/watch?v=8t8xtw3K2vx, https://www.peekvids.com/watch?v=NxQuG4jVQ7j, https://www.peekvids.com/watch?v=ZL0DNnaRTqa,
https://www.peekvids.com/watch?v=5WWP9riRv2T, https://www.peekvids.com/watch?v=YAL5TdeD5yH, https://www.peekvids.com/watch?v=mQWsnzzSMDO,
https://www.peekvids.com/watch?v=nJ_KQMeJYDG, https://www.peekvids.com/watch?v=RTeeouEMLfD, https://www.peekvids.com/watch?v=dM5873wi_XF,
https://www.peekvids.com/watch?v=KMWQN4fMMHB, https://www.peekvids.com/watch?v=PTSNuMQKMpm, https://www.peekvids.com/watch?v=rgVAJkWi6-R,
https://www.peekvids.com/watch?v=w1ynbBfxcnI, https://www.peekvids.com/watch?v=E01d_HQBFL8, https://www.peekvids.com/watch?v=dJg_fznJaKm,
https://www.peekvids.com/watch?v=onWeL4YLrCa, https://www.peekvids.com/watch?v=cQLVwO1g73d, https://www.peekvids.com/watch?v=Zvr8c7KaF6Z,
https://www.peekvids.com/watch?v=osL_UUSX-sk, https://www.peekvids.com/watch?v=POdwSL0Mjrq, https://www.peekvids.com/watch?v=CEQ5s77hXlO,
https://www.peekvids.com/watch?v=EzpjWGSVHHN, https://www.peekvids.com/watch?v=JPOIuV8unac, https://www.peekvids.com/watch?v=YNnpoxGvJiS,
https://www.peekvids.com/watch?v=qyHlkjeT2l0, https://www.peekvids.com/watch?v=NiReTfu4TTz, https://www.peekvids.com/watch?v=IVhMGuL5B_L,
https://www.peekvids.com/watch?v=euPaGkh9d3h, https://www.peekvids.com/watch?v=9GIOTB9Ynqc, https://www.peekvids.com/watch?v=njPM9W15DLH,
https://www.peekvids.com/watch?v=jOU8qBcb24a, https://www.peekvids.com/watch?v=qcfRiKhivs0, https://www.peekvids.com/watch?v=T9lc8xpAkzf,
https://www.peekvids.com/watch?v=KQPBXndHBZ7, https://www.peekvids.com/watch?v=k8agygoqvAG, https://www.peekvids.com/watch?v=TYXcO9-5cRS,
https://www.peekvids.com/watch?v=6iCMXZjpkv9, https://www.peekvids.com/watch?v=oDNtt36--QW, https://www.peekvids.com/watch?v=Y0rqWb-q7OH,
https://www.peekvids.com/watch?v=k_stb3FgWKG, https://www.peekvids.com/watch?v=uLOgkgsbWMn, https://www.peekvids.com/watch?v=vjN2z_D1Xvz,
https://www.peekvids.com/watch?v=Lya9BnyHpoq, https://www.peekvids.com/watch?v=ivz-s4x-oge, https://www.peekvids.com/watch?v=cqLz-t1vxeE,
https://www.peekvids.com/watch?v=PFraKMmASXD, https://www.peekvids.com/watch?v=O7sX4WlIAct, https://www.peekvids.com/watch?v=bdni_YMe5wi,
https://www.peekvids.com/watch?v=lCwWN_cU6bQ, https://www.peekvids.com/watch?v=dHryD0TjT1Z, https://www.peekvids.com/watch?v=NHi8eAj8Mk2,
https://www.peekvids.com/watch?v=OpxNHNRVcvX, https://www.peekvids.com/watch?v=OU29q5Aa3Yy, https://www.peekvids.com/watch?v=lIMD0jicOrj,
https://www.peekvids.com/watch?v=p0h-oH1eE1M, https://www.peekvids.com/watch?v=Ut3O9LeYFew, https://www.peekvids.com/watch?v=hvEBdRafoFs,
https://www.peekvids.com/watch?v=47pHoaTzZZw, https://www.peekvids.com/watch?v=z5QGWZu79Nq
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: timbrunon
5.b. Uploader's email address: mallgubybybi@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=timbrunon
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=D3lcQt43VTO, https://www.peekvids.com/watch?v=hK6GPOTxXLB,
https://www.peekvids.com/watch?v=G8RQb0aNbJb, https://www.peekvids.com/watch?v=GTyMPNTF47d, https://www.peekvids.com/watch?v=Hki--C2UzD3,
https://www.peekvids.com/watch?v=ili50T3W1PY, https://www.peekvids.com/watch?v=eN3Wn4v5py6, https://www.peekvids.com/watch?v=to8wFo91PJn,
https://www.peekvids.com/watch?v=S-qiXNS-Q43, https://www.peekvids.com/watch?v=gmhbFumgNVY, https://www.peekvids.com/watch?v=04kXMXx7dX0,
https://www.peekvids.com/watch?v=bb70jN6sAmf, https://www.peekvids.com/watch?v=xiiZPeYSnip, https://www.peekvids.com/watch?v=kbU9CM46Efl,
https://www.peekvids.com/watch?v=Jyd3t7T93rb, https://www.peekvids.com/watch?v=nmtEuEIrnCs, https://www.peekvids.com/watch?v=llocX5BNdsM,
https://www.peekvids.com/watch?v=6kE_3Iyx3xc, https://www.peekvids.com/watch?v=fPKAE7Bi1JI, https://www.peekvids.com/watch?v=BQb1YfMC5_A,
https://www.peekvids.com/watch?v=AjrqGBqM0VW, https://www.peekvids.com/watch?v=VAF5eU8J0Ke, https://www.peekvids.com/watch?v=o7zIOvTZA-h,
https://www.peekvids.com/watch?v=d4aLAQ-Qcea, https://www.peekvids.com/watch?v=4izYsF1Ss1S, https://www.peekvids.com/watch?v=RYG2RdvAsK8,
https://www.peekvids.com/watch?v=bCuqWI6A986, https://www.peekvids.com/watch?v=G8LsTwq5cYc, https://www.peekvids.com/watch?v=IdXtYbXb1Lu,
https://www.peekvids.com/watch?v=IWPl-lJwwey, https://www.peekvids.com/watch?v=PbSv7EpnYMS, https://www.peekvids.com/watch?v=75_zLq_QN2I,
https://www.peekvids.com/watch?v=adzrgxxCxDe, https://www.peekvids.com/watch?v=iB8b2tJ7efo, https://www.peekvids.com/watch?v=zxpmmOzHte3,
https://www.peekvids.com/watch?v=jpMNDvAx3Mr, https://www.peekvids.com/watch?v=cWblCx8V4CT, https://www.peekvids.com/watch?v=t1MNuqJEMan,
https://www.peekvids.com/watch?v=qTFKs9sNXAA, https://www.peekvids.com/watch?v=xXrmyC0pKUG, https://www.peekvids.com/watch?v=00Z6BIHtIhA,
https://www.peekvids.com/watch?v=HptCZ70tBIF, https://www.peekvids.com/watch?v=jAeI8KwL9E7, https://www.peekvids.com/watch?v=UkwXJFHPYQ5,
https://www.peekvids.com/watch?v=E0n3cv4UaV4, https://www.peekvids.com/watch?v=AmUPKQ6pchP, https://www.peekvids.com/watch?v=AaimIR5ItF2,
https://www.peekvids.com/watch?v=JdzVLpbmQqM, https://www.peekvids.com/watch?v=gBmlyXomH4u, https://www.peekvids.com/watch?v=TkDryUfhdxk,
https://www.peekvids.com/watch?v=SJ93jF22cb0, https://www.peekvids.com/watch?v=g2E8Renkwr2, https://www.peekvids.com/watch?v=PzoNs5mCE04,
https://www.peekvids.com/watch?v=r4hL-wMfwuS, https://www.peekvids.com/watch?v=2JTkEv9e6Yf, https://www.peekvids.com/watch?v=PEfNo9Lcvur,
https://www.peekvids.com/watch?v=U4jHexbK_IM, https://www.peekvids.com/watch?v=e8B2L7fnsSK, https://www.peekvids.com/watch?v=lcHD2qqpSLJ,
https://www.peekvids.com/watch?v=xFJe6gT1SU4, https://www.peekvids.com/watch?v=4DZDI25S4DG, https://www.peekvids.com/watch?v=djBhofHnssO,
https://www.peekvids.com/watch?v=7Zkb9ysyvyu, https://www.peekvids.com/watch?v=NdUsqledcb5, https://www.peekvids.com/watch?v=eFCX0uSiTCN,
https://www.peekvids.com/watch?v=KRA6D00Gvi9, https://www.peekvids.com/watch?v=GGesN5a9BP4, https://www.peekvids.com/watch?v=syJRd_cRaom,
https://www.peekvids.com/watch?v=jWoBLWw17_L, https://www.peekvids.com/watch?v=mInsVG_wTLN, https://www.peekvids.com/watch?v=ijYRncLIBy9,
https://www.peekvids.com/watch?v=UCSdn9Z2s4A, https://www.peekvids.com/watch?v=4dDpa35i8pb, https://www.peekvids.com/watch?v=xMATXecG8HG,
https://www.peekvids.com/watch?v=0Qk4jVNbPTu, https://www.peekvids.com/watch?v=nI8shbbvB6r, https://www.peekvids.com/watch?v=VIFKvymzGMd,
https://www.peekvids.com/watch?v=l0xLqwGEPWJ, https://www.peekvids.com/watch?v=fNpUx0b8VbP, https://www.peekvids.com/watch?v=cHdIL7jw82e,
https://www.peekvids.com/watch?v=VEsKb-sJ-Ge, https://www.peekvids.com/watch?v=lWXQaMM9RWg, https://www.peekvids.com/watch?v=smBjXiGqH9M,
https://www.peekvids.com/watch?v=I1srk5-FZrX, https://www.peekvids.com/watch?v=Yf7iKKH4NJH, https://www.peekvids.com/watch?v=UOhD2_8PaLA,
https://www.peekvids.com/watch?v=0ntc-gvvPAw, https://www.peekvids.com/watch?v=jZhxug7EUA4, https://www.peekvids.com/watch?v=mvMD5mT4zWS,
https://www.peekvids.com/watch?v=haGhVb19epo, https://www.peekvids.com/watch?v=GF_fkmAeDnL, https://www.peekvids.com/watch?v=TgRTk68M8kp,
https://www.peekvids.com/watch?v=WsWbEba4a1X, https://www.peekvids.com/watch?v=SRYInx0B3e0, https://www.peekvids.com/watch?v=W1cx8OhRg0v,
https://www.peekvids.com/watch?v=BWuEmiAhRY6, https://www.peekvids.com/watch?v=LFHaQle42AN, https://www.peekvids.com/watch?v=8BOHSugWvFy,
https://www.peekvids.com/watch?v=E45zWhjCxOl, https://www.peekvids.com/watch?v=UoiZBPVgNjI, https://www.peekvids.com/watch?v=z9Ixlz8vaYQ,
https://www.peekvids.com/watch?v=bTTWImsl2ZI, https://www.peekvids.com/watch?v=L2tLeKMt-bp, https://www.peekvids.com/watch?v=ihZ5yVWCLB7,
https://www.peekvids.com/watch?v=qG7smStkCNp, https://www.peekvids.com/watch?v=Vw1RROU0JnE, https://www.peekvids.com/watch?v=AUncCQSj2Jy,
https://www.peekvids.com/watch?v=ioDxdwLPtyM, https://www.peekvids.com/watch?v=4BL1UiiN_5s, https://www.peekvids.com/watch?v=jb6SJXfwCQZ,
https://www.peekvids.com/watch?v=PlWAPqfsjSl, https://www.peekvids.com/watch?v=iUr1WZjIv_W, https://www.peekvids.com/watch?v=9hRtnw2gv18,
https://www.peekvids.com/watch?v=EliAG9YhS4C, https://www.peekvids.com/watch?v=kUEyyhluKiz, https://www.peekvids.com/watch?v=GuObIoC3DBz,
https://www.peekvids.com/watch?v=POPhlo3elqd, https://www.peekvids.com/watch?v=BuAWGZOS2q7, https://www.peekvids.com/watch?v=AllHB2C3jty,
https://www.peekvids.com/watch?v=BldB8JMc-O2, https://www.peekvids.com/watch?v=Gd1MvAFTJzs, https://www.peekvids.com/watch?v=paD44K9KP5b,
https://www.peekvids.com/watch?v=siPEmghvuFu, https://www.peekvids.com/watch?v=yrE-vdSxas2, https://www.peekvids.com/watch?v=akz754-zNZL,
https://www.peekvids.com/watch?v=5RwJkCL1u7Y, https://www.peekvids.com/watch?v=231OHF1dFY8, https://www.peekvids.com/watch?v=lWdewqn87qH,
https://www.peekvids.com/watch?v=GLiKOatIYZO, https://www.peekvids.com/watch?v=uAADrM2hS-t, https://www.peekvids.com/watch?v=9ql9cC2wYdD,

https://www.peekvids.com/watch?v=dlodUfm7nAP, https://www.peekvids.com/watch?v=eDbnP5ENsbL, https://www.peekvids.com/watch?v=T61FVpLcvgb,
https://www.peekvids.com/watch?v=kzrsFb67qwT, https://www.peekvids.com/watch?v=nGpNYlcBw9t, https://www.peekvids.com/watch?v=ES0Dv8L1bXz,
https://www.peekvids.com/watch?v=80UMA257f3b, https://www.peekvids.com/watch?v=RlApIp9XoYQ, https://www.peekvids.com/watch?v=QuQzTKe28qH,
https://www.peekvids.com/watch?v=HGoe9qKfXeA, https://www.peekvids.com/watch?v=WobR-zpXRTA, https://www.peekvids.com/watch?v=VjmkSwZXito,
https://www.peekvids.com/watch?v=gkbWCTicylp, https://www.peekvids.com/watch?v=eZ3YjdTmut4, https://www.peekvids.com/watch?v=MyuAcSWRD5v,
https://www.peekvids.com/watch?v=6lY_9kjjl_O, https://www.peekvids.com/watch?v=KwfI-JWi4qU, https://www.peekvids.com/watch?v=v2IcNWmzIRY,
https://www.peekvids.com/watch?v=TiVIMsuTusw, https://www.peekvids.com/watch?v=bOJoFMQLN-A, https://www.peekvids.com/watch?v=jc_XZuRONfe,
https://www.peekvids.com/watch?v=MBWbJQ0hceL, https://www.peekvids.com/watch?v=WutmLevdUHY, https://www.peekvids.com/watch?v=3zwCSbMKiuK
5.f. Date of third notice: 2015-10-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tittimitti
5.b. Uploader's email address: doroallerto@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tittimitti
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=wTlii4ZV00F, https://www.peekvids.com/watch?v=P7-2OEmiiY4,
https://www.peekvids.com/watch?v=uZRG-5xuSlw, https://www.peekvids.com/watch?v=gkaAVzVSCKq, https://www.peekvids.com/watch?v=OLhjidPiCyN,
https://www.peekvids.com/watch?v=59CuzZURn2k, https://www.peekvids.com/watch?v=jtmQMEf8rzt, https://www.peekvids.com/watch?v=h2-hKUdTV9l,
https://www.peekvids.com/watch?v=VCM4tZaDIZI, https://www.peekvids.com/watch?v=eHU6WaXk9HI, https://www.peekvids.com/watch?v=bPVdNTYo9pw,
https://www.peekvids.com/watch?v=Wsuu3K-nW-7, https://www.peekvids.com/watch?v=MFyhdDuWXk3, https://www.peekvids.com/watch?v=2Vym0L3oePb,
https://www.peekvids.com/watch?v=2hLe8zUr5Kr, https://www.peekvids.com/watch?v=vIyibJrXGPs, https://www.peekvids.com/watch?v=Vt9V07SYkt2,
https://www.peekvids.com/watch?v=JJfUZhj8oCG, https://www.peekvids.com/watch?v=wPZw-nttrym, https://www.peekvids.com/watch?v=wx8fF7ikeLw,
https://www.peekvids.com/watch?v=2bw4dWNDN5C, https://www.peekvids.com/watch?v=k5aemypjwYU, https://www.peekvids.com/watch?v=ExSXlH6HNNN,
https://www.peekvids.com/watch?v=mKRg8387QAC, https://www.peekvids.com/watch?v=NjalloGTWUp, https://www.peekvids.com/watch?v=RcVcuD6DnkX,
https://www.peekvids.com/watch?v=roqoAnwoOq4, https://www.peekvids.com/watch?v=mvYjsbIkROF, https://www.peekvids.com/watch?v=hs6LUUn6ZHN,
https://www.peekvids.com/watch?v=vLNggx8BYSh, https://www.peekvids.com/watch?v=vI74UBQ5xND, https://www.peekvids.com/watch?v=cz2qeBBgpFO,
https://www.peekvids.com/watch?v=fgi8p7oRFXG, https://www.peekvids.com/watch?v=xSwbRINZSdV, https://www.peekvids.com/watch?v=0yhMKzLOd3Q,
https://www.peekvids.com/watch?v=VBePeJaUm63, https://www.peekvids.com/watch?v=3-JA3TIL0mY, https://www.peekvids.com/watch?v=JHUliBqeWih,
https://www.peekvids.com/watch?v=2hIbQOpZ-u6, https://www.peekvids.com/watch?v=vO5bAptD24C, https://www.peekvids.com/watch?v=xsWTFJcszWx,
https://www.peekvids.com/watch?v=uwechHd6xm9, https://www.peekvids.com/watch?v=2U3Voozcbis, https://www.peekvids.com/watch?v=AOcFwQRxSXD,
https://www.peekvids.com/watch?v=Pq45p6IbyUk, https://www.peekvids.com/watch?v=S0ZKZ9NloEf, https://www.peekvids.com/watch?v=qQmjsiTwV4y,
https://www.peekvids.com/watch?v=5bJ3FwNxlkL, https://www.peekvids.com/watch?v=4HV7uX03YHo, https://www.peekvids.com/watch?v=N3HDIYqqPQ-,
https://www.peekvids.com/watch?v=fGsYBRzoZdJ, https://www.peekvids.com/watch?v=q5Ir2x5Dd44, https://www.peekvids.com/watch?v=ceD-SGPXQH5,
https://www.peekvids.com/watch?v=Cn0AergMdnA, https://www.peekvids.com/watch?v=O6BA9UFJukB, https://www.peekvids.com/watch?v=i7eIZHcNMwL,
https://www.peekvids.com/watch?v=EslKojLsach, https://www.peekvids.com/watch?v=hqvua2RTp5A, https://www.peekvids.com/watch?v=ZBTzuvJc8lw,
https://www.peekvids.com/watch?v=OG0QaOtRiS4, https://www.peekvids.com/watch?v=JxUrnc3AN-j, https://www.peekvids.com/watch?v=TErk4dDEk7i,
https://www.peekvids.com/watch?v=h8VkIAVjoAb, https://www.peekvids.com/watch?v=Px3AiSgIPs0, https://www.peekvids.com/watch?v=9oDAI29ke0p,
https://www.peekvids.com/watch?v=ZRU2TXsbYZ9, https://www.peekvids.com/watch?v=OXmRag3zb33, https://www.peekvids.com/watch?v=n4GNKlIm8mH,
https://www.peekvids.com/watch?v=grNZ9T5UPqz, https://www.peekvids.com/watch?v=7eTpwcT9wY4, https://www.peekvids.com/watch?v=GFcftBYV3pm,
https://www.peekvids.com/watch?v=mD6zjLJAExG, https://www.peekvids.com/watch?v=OKupeb0SBgP, https://www.peekvids.com/watch?v=sLD8FZqTSCA,
https://www.peekvids.com/watch?v=q8YgbGzhBvc, https://www.peekvids.com/watch?v=SNN37TardSS, https://www.peekvids.com/watch?v=HkM5HKrXmQF,
https://www.peekvids.com/watch?v=kufhKMnyw-p, https://www.peekvids.com/watch?v=qVzeQhgqFi6, https://www.peekvids.com/watch?v=fCpL3drB27X,
https://www.peekvids.com/watch?v=kIvKf9VSELd, https://www.peekvids.com/watch?v=bpyuVMmAEPD, https://www.peekvids.com/watch?v=jksTvEhaVbn,
https://www.peekvids.com/watch?v=xFae349JUBl, https://www.peekvids.com/watch?v=TZhblrtvvvZ, https://www.peekvids.com/watch?v=jbJaZZH39hs,
https://www.peekvids.com/watch?v=mqw9Sinq5tF, https://www.peekvids.com/watch?v=za7zlNfHOtq, https://www.peekvids.com/watch?v=wSXlp5AQc4f,
https://www.peekvids.com/watch?v=4tMzFpLpwmw, https://www.peekvids.com/watch?v=pklOV2RpY9l, https://www.peekvids.com/watch?v=6EYwtCKtPLb,
https://www.peekvids.com/watch?v=bPQQrwfDjHI, https://www.peekvids.com/watch?v=9BtSETeEVY8, https://www.peekvids.com/watch?v=ObOHnfrHfYA,
https://www.peekvids.com/watch?v=x6VhYiZcFb0, https://www.peekvids.com/watch?v=K8lpuFTavRd, https://www.peekvids.com/watch?v=t7L2FQDnuGn,
https://www.peekvids.com/watch?v=0bFq4VUvq3C, https://www.peekvids.com/watch?v=XJJ8gTmvBvh, https://www.peekvids.com/watch?v=rP40XMdQTfD,
https://www.peekvids.com/watch?v=fGuZDue9vkk, https://www.peekvids.com/watch?v=EAaaXYY48Uw, https://www.peekvids.com/watch?v=ioTLjniPj-G,
https://www.peekvids.com/watch?v=z7ypY9kHea6, https://www.peekvids.com/watch?v=S4IJalXr7JU, https://www.peekvids.com/watch?v=dgz7smzd2is,
https://www.peekvids.com/watch?v=bfAdUoTt2Pz, https://www.peekvids.com/watch?v=7CIZc-LwKFz, https://www.peekvids.com/watch?v=jE4ZtPm2tS6,
https://www.peekvids.com/watch?v=o0ghCbXLrUM, https://www.peekvids.com/watch?v=iVQAC-EJv9V, https://www.peekvids.com/watch?v=-IjuJNK4trs,
https://www.peekvids.com/watch?v=swGTs8A5Qit, https://www.peekvids.com/watch?v=5XgQCM3hrbr, https://www.peekvids.com/watch?v=QfEjRM3nfbD,
https://www.peekvids.com/watch?v=7J2sI6zDEr3, https://www.peekvids.com/watch?v=pvqnQ5bPIks, https://www.peekvids.com/watch?v=zS5NK3jZsZC,
https://www.peekvids.com/watch?v=2ASVja0EgOO, https://www.peekvids.com/watch?v=489ptQNnYBW, https://www.peekvids.com/watch?v=I6deefWWOYO,
https://www.peekvids.com/watch?v=7xoFJFVTCJ2, https://www.peekvids.com/watch?v=QY2VTr9sToZ, https://www.peekvids.com/watch?v=r5o-uxYKO0m,
https://www.peekvids.com/watch?v=GehHkbuuWG3, https://www.peekvids.com/watch?v=-6jvVO6yruH, https://www.peekvids.com/watch?v=Mf9qoS-3hEk,
https://www.peekvids.com/watch?v=VKF6eyJlOgU, https://www.peekvids.com/watch?v=MqOpYhkLx5j, https://www.peekvids.com/watch?v=jESTg6ZOMw6,
https://www.peekvids.com/watch?v=ue4QvFvEIun, https://www.peekvids.com/watch?v=VVOmoMZ4wu7, https://www.peekvids.com/watch?v=OfUeoeEuKo5,
https://www.peekvids.com/watch?v=LcAmZ0nbpnU, https://www.peekvids.com/watch?v=Wyvh9YF6Hx-, https://www.peekvids.com/watch?v=-vUnntmb2Sx,
https://www.peekvids.com/watch?v=PsEzPZ9Skdh, https://www.peekvids.com/watch?v=X-kxBMZlGt0, https://www.peekvids.com/watch?v=jiu3vvYjZAU,
https://www.peekvids.com/watch?v=Hq7XdF5L8GT, https://www.peekvids.com/watch?v=Dg6TxEVhSxE, https://www.peekvids.com/watch?v=JAGQ2Fym20V,
https://www.peekvids.com/watch?v=ff8EXgLKHMj, https://www.peekvids.com/watch?v=ati6H9NKUhf, https://www.peekvids.com/watch?v=AdBVOOLpeLm,
https://www.peekvids.com/watch?v=rz3nHoxF5Fe, https://www.peekvids.com/watch?v=cej-jUlrr02, https://www.peekvids.com/watch?v=YETVswZ96dP,
https://www.peekvids.com/watch?v=0etvWMUpdG3, https://www.peekvids.com/watch?v=GtEHFxX97Sr, https://www.peekvids.com/watch?v=Lyt3SejWnEg,
https://www.peekvids.com/watch?v=jymBIHUIOdR, https://www.peekvids.com/watch?v=6CKJCFqo-Xa, https://www.peekvids.com/watch?v=n4CQkEK6zIF,
https://www.peekvids.com/watch?v=czoBo93caot, https://www.peekvids.com/watch?v=Bt4kKCothPF, https://www.peekvids.com/watch?v=mPkebfNXfdc,
https://www.peekvids.com/watch?v=CJgtQyZWTfe, https://www.peekvids.com/watch?v=0h4WjfmCkQZ, https://www.peekvids.com/watch?v=JCmmUj49Mbw,
https://www.peekvids.com/watch?v=5WP8C9JxU2I, https://www.peekvids.com/watch?v=rLnapO8DF-I, https://www.peekvids.com/watch?v=mFVdejlChgV,
https://www.peekvids.com/watch?v=EzqwnMNDTHB, https://www.peekvids.com/watch?v=gYfYIzXB9Ih, https://www.peekvids.com/watch?v=88IOVu9IOiU,
https://www.peekvids.com/watch?v=RpIMdwbnaZK, https://www.peekvids.com/watch?v=N28Kg6kdaTh, https://www.peekvids.com/watch?v=-MZuGSCEpvt,
https://www.peekvids.com/watch?v=QFLKGIj5tKq, https://www.peekvids.com/watch?v=ZXUQtOOkhBP, https://www.peekvids.com/watch?v=KJbN5v-cdcr,
https://www.peekvids.com/watch?v=huKGKh-hQZp, https://www.peekvids.com/watch?v=8wUOIcSyopx, https://www.peekvids.com/watch?v=0oz0SDIPyXE,
https://www.peekvids.com/watch?v=0cGSYSqoWT0, https://www.peekvids.com/watch?v=IcSmTRnnPN5, https://www.peekvids.com/watch?v=QfUVWDtvxap,
https://www.peekvids.com/watch?v=gbUxkZc5glC, https://www.peekvids.com/watch?v=f0n6Nrwvn9-, https://www.peekvids.com/watch?v=K0ScMVm5Jxv,
https://www.peekvids.com/watch?v=dNqfutZZUaI, https://www.peekvids.com/watch?v=ed-9xdwKuT6, https://www.peekvids.com/watch?v=Ma4PuyXlXHR,
https://www.peekvids.com/watch?v=sbiEhuKZIcX, https://www.peekvids.com/watch?v=yOpB0uaGhWk, https://www.peekvids.com/watch?v=CAwJaBVZm9R,
https://www.peekvids.com/watch?v=v6vmQVf5FB8, https://www.peekvids.com/watch?v=x6Q9wuWrND9, https://www.peekvids.com/watch?v=riDff9d6dWg,
https://www.peekvids.com/watch?v=6vkpwoS9qKJ, https://www.peekvids.com/watch?v=I3dj634Egkx, https://www.peekvids.com/watch?v=3RZTlNDcNBp,
https://www.peekvids.com/watch?v=cazTXfnts6V, https://www.peekvids.com/watch?v=XfjmxBSOq-L, https://www.peekvids.com/watch?v=EifAB2tEs0h,
https://www.peekvids.com/watch?v=w9W5r9oWFU0, https://www.peekvids.com/watch?v=5SnJyimwrCx, https://www.peekvids.com/watch?v=xW7ijTgIZYl,
https://www.peekvids.com/watch?v=ha0r-NntJZ4, https://www.peekvids.com/watch?v=pW9PruX7w00, https://www.peekvids.com/watch?v=jpiaAQGN9wJ,
https://www.peekvids.com/watch?v=8KVQ7-7owwN, https://www.peekvids.com/watch?v=G-MBTW2odP0, https://www.peekvids.com/watch?v=EF6hH36KdWT,
https://www.peekvids.com/watch?v=VS5K7OIci4D, https://www.peekvids.com/watch?v=gGxaZQx3Tcw, https://www.peekvids.com/watch?v=OL-bbtvDAnS,
https://www.peekvids.com/watch?v=hLlhwxfyBlE, https://www.peekvids.com/watch?v=a6a47SXFyeE, https://www.peekvids.com/watch?v=7cUiQneXqS-,
https://www.peekvids.com/watch?v=qyIkKu0Ue6m, https://www.peekvids.com/watch?v=6XotPbw0FOT, https://www.peekvids.com/watch?v=GmHetCZpgqh,
https://www.peekvids.com/watch?v=IEFL9AwXvP2, https://www.peekvids.com/watch?v=2AMHM5klgOj, https://www.peekvids.com/watch?v=IF9HmUeMEJo,
https://www.peekvids.com/watch?v=YKcWIQbikDo, https://www.peekvids.com/watch?v=db-yDurwU8q, https://www.peekvids.com/watch?v=0C29SztgjOm,
https://www.peekvids.com/watch?v=2G2vntRW9BA, https://www.peekvids.com/watch?v=bcDS0YXYTrq, https://www.peekvids.com/watch?v=cFOFgZ22juX,
https://www.peekvids.com/watch?v=Um4EN6IKwQs, https://www.peekvids.com/watch?v=EnBdO4AKRgc, https://www.peekvids.com/watch?v=2uhZEX6RCZ-,
https://www.peekvids.com/watch?v=OASOsmos6oL, https://www.peekvids.com/watch?v=tvtnUQE8JNd, https://www.peekvids.com/watch?v=shCb9by8fub,
https://www.peekvids.com/watch?v=AXhfbu0Xvy3, https://www.peekvids.com/watch?v=0WJFzHj-qrc, https://www.peekvids.com/watch?v=NKCohPLEZUk,
https://www.peekvids.com/watch?v=fwkYAKtHqVv, https://www.peekvids.com/watch?v=kzsuH5PbdXJ, https://www.peekvids.com/watch?v=VGw4pHm3vHZ,
https://www.peekvids.com/watch?v=ZkMl6Ul6F2O, https://www.peekvids.com/watch?v=qFZpxLi0gw5, https://www.peekvids.com/watch?v=446Qo2izyiv,
https://www.peekvids.com/watch?v=gALpM9ioPYv, https://www.peekvids.com/watch?v=EqMIJUds694, https://www.peekvids.com/watch?v=aSRR-9s3uLD,
https://www.peekvids.com/watch?v=rLE4JaTsXKW, https://www.peekvids.com/watch?v=Dz9EW4Gjn29, https://www.peekvids.com/watch?v=QGW9oI2vRxB,
https://www.peekvids.com/watch?v=czsDBjTTyh5, https://www.peekvids.com/watch?v=I4Xh9d4hZTj, https://www.peekvids.com/watch?v=6fu62SSrnvg,
https://www.peekvids.com/watch?v=x6WOkwqlc4m, https://www.peekvids.com/watch?v=nVN8YqrVYXq, https://www.peekvids.com/watch?v=FWUk-e5fUX3,
https://www.peekvids.com/watch?v=QhFw54qaBw6, https://www.peekvids.com/watch?v=t8s3qHMrNcF, https://www.peekvids.com/watch?v=Qq4nuQeVcHT,
https://www.peekvids.com/watch?v=gCk4j5fk9Kf, https://www.peekvids.com/watch?v=R3zV3Fkuiqb, https://www.peekvids.com/watch?v=Ox7tjQorT9H,
https://www.peekvids.com/watch?v=T30FXHnNV6v, https://www.peekvids.com/watch?v=edCrPXHvZKF, https://www.peekvids.com/watch?v=m6MvU4I0-ol,
https://www.peekvids.com/watch?v=LEpieeDwp2F, https://www.peekvids.com/watch?v=YEYEk9tjVVB, https://www.peekvids.com/watch?v=G9V7xsqGUzp,
https://www.peekvids.com/watch?v=r5pZpSPwCfJ, https://www.peekvids.com/watch?v=vTLALxT8Bmn, https://www.peekvids.com/watch?v=Iq8hOfwEnju,
https://www.peekvids.com/watch?v=lYecYeyZuBC, https://www.peekvids.com/watch?v=QnaLhHIFLP-, https://www.peekvids.com/watch?v=XZg0MyKMK86,
https://www.peekvids.com/watch?v=e5UKX82JHF4, https://www.peekvids.com/watch?v=QuKFA8opl4A, https://www.peekvids.com/watch?v=JR-XaCO9alN,
https://www.peekvids.com/watch?v=-gDP502w8hV, https://www.peekvids.com/watch?v=hniqFU5AKXI, https://www.peekvids.com/watch?v=cDNawqlw24h,
https://www.peekvids.com/watch?v=O24WTj6mq7T, https://www.peekvids.com/watch?v=eifRms-RspG, https://www.peekvids.com/watch?v=dtvTMfAUmHQ,
https://www.peekvids.com/watch?v=mJ9SmImb3mx, https://www.peekvids.com/watch?v=qBslpvR3DZW, https://www.peekvids.com/watch?v=jps0yegvwwa,
https://www.peekvids.com/watch?v=5KQoTD4VDp9, https://www.peekvids.com/watch?v=wBKQezyzMHJ, https://www.peekvids.com/watch?v=-DAA6QeGFK7,
https://www.peekvids.com/watch?v=ywCF9kAPXpT, https://www.peekvids.com/watch?v=2tDNbBy4BAO, https://www.peekvids.com/watch?v=oi7lsV3N5lC,
https://www.peekvids.com/watch?v=XpZsgmmRglj, https://www.peekvids.com/watch?v=EOgWgceUVqm, https://www.peekvids.com/watch?v=FWfBkOC7gnL,
https://www.peekvids.com/watch?v=VlmUss4lfVJ, https://www.peekvids.com/watch?v=tZLWXrTi6T9, https://www.peekvids.com/watch?v=UdNhpkmE9Y5,
https://www.peekvids.com/watch?v=5iiYDbKkYhf, https://www.peekvids.com/watch?v=4uLzGnWhSLc, https://www.peekvids.com/watch?v=mFxqQ-ppNgT,
https://www.peekvids.com/watch?v=9AGxL3l5k46, https://www.peekvids.com/watch?v=VUDGGIQAMfj, https://www.peekvids.com/watch?v=uf7eWwsxvkS,
https://www.peekvids.com/watch?v=027GjiokPab, https://www.peekvids.com/watch?v=iRqyHrnsCUh, https://www.peekvids.com/watch?v=iDSbG-exI7n,
https://www.peekvids.com/watch?v=yFrP4kqDGJE, https://www.peekvids.com/watch?v=HSFOVnh5FdR
5.f. Date of third notice: 2015-07-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tonkdock
5.b. Uploader's email address: ellaelliot@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tonkdock
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=r-3ZilPDXUK, https://www.peekvids.com/watch?v=0qLAGAaHG34,
https://www.peekvids.com/watch?v=PJwSefEFA8F, https://www.peekvids.com/watch?v=G8EGnyHPa80, https://www.peekvids.com/watch?v=bza5_vZF4r2,
https://www.peekvids.com/watch?v=KbfBWeS4YaB, https://www.peekvids.com/watch?v=lIYd9UUpmLS, https://www.peekvids.com/watch?v=sqtnnCYmkK7,
https://www.peekvids.com/watch?v=0s9_6XEL-Zm, https://www.peekvids.com/watch?v=210PDHUF_oh, https://www.peekvids.com/watch?v=0GnbLP54jNf,
https://www.peekvids.com/watch?v=CYYZEatOVi3, https://www.peekvids.com/watch?v=yAIy2WjHYqW, https://www.peekvids.com/watch?v=Ks2IlSafY0T,
https://www.peekvids.com/watch?v=qBZ6xYR33vS, https://www.peekvids.com/watch?v=PJZvaZlr7fr, https://www.peekvids.com/watch?v=rELMijcPnoj,
https://www.peekvids.com/watch?v=37f97G2SBDr, https://www.peekvids.com/watch?v=kiDiky0m-CG, https://www.peekvids.com/watch?v=xx7-9FvH48o,
https://www.peekvids.com/watch?v=vUGzZKaexls, https://www.peekvids.com/watch?v=U6RrP45YW3E, https://www.peekvids.com/watch?v=geHbPOn1ARU,
https://www.peekvids.com/watch?v=bTdbsQh5Aiz, https://www.peekvids.com/watch?v=dvcb3INpD0c, https://www.peekvids.com/watch?v=oswGwo26h1h,
https://www.peekvids.com/watch?v=4Kz5JAcdNxY, https://www.peekvids.com/watch?v=J8zH-FHZzXb, https://www.peekvids.com/watch?v=YD-W7-hOQyz,
https://www.peekvids.com/watch?v=4uzgVV_7qFh, https://www.peekvids.com/watch?v=rviwB2OgGjG, https://www.peekvids.com/watch?v=GodHD6S2nCg,
https://www.peekvids.com/watch?v=DERa3ai0xbx, https://www.peekvids.com/watch?v=HXKQdFDvyHm, https://www.peekvids.com/watch?v=Il4AIiTTQ_i,
https://www.peekvids.com/watch?v=wmXbwBSs0mk, https://www.peekvids.com/watch?v=fFcOSUgmM0O, https://www.peekvids.com/watch?v=fLL6AVhJKM0,
https://www.peekvids.com/watch?v=Sp_RsUDRyzV, https://www.peekvids.com/watch?v=XbL-Ihk0Ik9, https://www.peekvids.com/watch?v=Jq8g6OXDwX9,

https://www.peekvids.com/watch?v=f2IE3XieM7S, https://www.peekvids.com/watch?v=I-2rOkZy1NL, https://www.peekvids.com/watch?v=of1Ksb3Escz,
https://www.peekvids.com/watch?v=I4qglR1T4Co, https://www.peekvids.com/watch?v=N7jlx3ZNfoT, https://www.peekvids.com/watch?v=G7U2Imw-wmU,
https://www.peekvids.com/watch?v=z2teRqhrJ0u, https://www.peekvids.com/watch?v=s685BL92yYN, https://www.peekvids.com/watch?v=K_mhxpXUZSk,
https://www.peekvids.com/watch?v=ceslIJVhEEr, https://www.peekvids.com/watch?v=AB_XrfHUFnn, https://www.peekvids.com/watch?v=Q_orG7OpIca,
https://www.peekvids.com/watch?v=fnskm0w9VX8, https://www.peekvids.com/watch?v=d4WwepjE2Vt, https://www.peekvids.com/watch?v=0x6FJz9pw58,
https://www.peekvids.com/watch?v=4eX2MX9NPNu, https://www.peekvids.com/watch?v=cL-NUg9me9n, https://www.peekvids.com/watch?v=sVUkCE44WR8,
https://www.peekvids.com/watch?v=xP6b9f2EPB8, https://www.peekvids.com/watch?v=Y2am3WbIUAF, https://www.peekvids.com/watch?v=kMdykpNCSBW,
https://www.peekvids.com/watch?v=0mjF_p1HtW5, https://www.peekvids.com/watch?v=E8lpEgCHArt, https://www.peekvids.com/watch?v=HNrLUefc_AP,
https://www.peekvids.com/watch?v=eJSzCpSxzrE, https://www.peekvids.com/watch?v=RP8uJ3-8v9o, https://www.peekvids.com/watch?v=Qr32riI7iUz,
https://www.peekvids.com/watch?v=InhsiFu-6iM, https://www.peekvids.com/watch?v=r-qOUzCnGLb, https://www.peekvids.com/watch?v=pqRnihb9n5H,
https://www.peekvids.com/watch?v=4F86Ny0e2xT, https://www.peekvids.com/watch?v=TJ0pVMu1ykZ, https://www.peekvids.com/watch?v=XpCXszvOKDy,
https://www.peekvids.com/watch?v=hDB1Ce0alwp, https://www.peekvids.com/watch?v=Hn0lXMJ6ddl, https://www.peekvids.com/watch?v=EStID_FXUha,
https://www.peekvids.com/watch?v=Xe6eAAX1SEm, https://www.peekvids.com/watch?v=P-OvAoKLzgT, https://www.peekvids.com/watch?v=qcavD2LvEJ7,
https://www.peekvids.com/watch?v=89ssjT3FxqE
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: toolove
5.b. Uploader's email address: ramloram@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=toolove
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=dU53GoBjY5x, https://www.peekvids.com/watch?v=7w5Qusr-CBy,
https://www.peekvids.com/watch?v=6TfcxBksYOw, https://www.peekvids.com/watch?v=qZi4fWW7sZ7, https://www.peekvids.com/watch?v=BEvKQnbdpjC,
https://www.peekvids.com/watch?v=xT8Mkm5kfd4, https://www.peekvids.com/watch?v=7KubrQweUDI, https://www.peekvids.com/watch?v=rsROs-vlHVs,
https://www.peekvids.com/watch?v=7kTa6IXEBHQ, https://www.peekvids.com/watch?v=VV9hdQGCNau, https://www.peekvids.com/watch?v=V4sR2qneiRm,
https://www.peekvids.com/watch?v=l6JbLqTenIF, https://www.peekvids.com/watch?v=8S7xjrGjSdj, https://www.peekvids.com/watch?v=N-gkSruTyck,
https://www.peekvids.com/watch?v=ELx2US3TqoC, https://www.peekvids.com/watch?v=Dboj6hgGWcx, https://www.peekvids.com/watch?v=TzH-xWXrzVe,
https://www.peekvids.com/watch?v=qUoJxcrrS5F, https://www.peekvids.com/watch?v=TE2HmvSdRd3, https://www.peekvids.com/watch?v=xUy4LlluVyD,
https://www.peekvids.com/watch?v=rWWcfNVyrPS, https://www.peekvids.com/watch?v=OL5IFvwfZgg, https://www.peekvids.com/watch?v=gvAH7-kuQ1U,
https://www.peekvids.com/watch?v=q21VfW72gFh, https://www.peekvids.com/watch?v=Bn0j7h_pjJD, https://www.peekvids.com/watch?v=0Rt_tfisISf,
https://www.peekvids.com/watch?v=CAiqWtBXIA0, https://www.peekvids.com/watch?v=f5Vga1noNG9, https://www.peekvids.com/watch?v=yOs6HZqSu9X,
https://www.peekvids.com/watch?v=UTTvZMAUqkh, https://www.peekvids.com/watch?v=NPL1iBIPa5H, https://www.peekvids.com/watch?v=zOKFpTmp0hF,
https://www.peekvids.com/watch?v=6eZmXJrE2su, https://www.peekvids.com/watch?v=T_b-T3g1UlG, https://www.peekvids.com/watch?v=HnqQ-if-mjy,
https://www.peekvids.com/watch?v=hY6Spp1qus5, https://www.peekvids.com/watch?v=ujWcHbhOJmG, https://www.peekvids.com/watch?v=TutHhlw9RRx,
https://www.peekvids.com/watch?v=s6muMyvPdCf, https://www.peekvids.com/watch?v=5f-b0hpbNDE, https://www.peekvids.com/watch?v=OF-yiLrxTax,
https://www.peekvids.com/watch?v=8dqoMr_wwPc, https://www.peekvids.com/watch?v=VNixDGs-R6A, https://www.peekvids.com/watch?v=C02aX3Xm1LG,
https://www.peekvids.com/watch?v=lyHgcMLyfwY, https://www.peekvids.com/watch?v=nNWKGxkeCXh, https://www.peekvids.com/watch?v=0fCeeRu_k-D,
https://www.peekvids.com/watch?v=LQrbzUr0ap8, https://www.peekvids.com/watch?v=VkIo9zdYV1G, https://www.peekvids.com/watch?v=ZupJ49_Z7lp,
https://www.peekvids.com/watch?v=NoQXootZAe5, https://www.peekvids.com/watch?v=zvELJv9T02t, https://www.peekvids.com/watch?v=Uj5w8iDHc4u,
https://www.peekvids.com/watch?v=u3rRzkyULhB, https://www.peekvids.com/watch?v=LakLr6SbqEh, https://www.peekvids.com/watch?v=ocnrU84UVXT,
https://www.peekvids.com/watch?v=oAFrAdc5o8a, https://www.peekvids.com/watch?v=rm8foWSbidl, https://www.peekvids.com/watch?v=V-qZgp3usqc,
https://www.peekvids.com/watch?v=op9ZfSlZni8, https://www.peekvids.com/watch?v=f2CYvpt9QkD, https://www.peekvids.com/watch?v=5n29dGiw1DA,
https://www.peekvids.com/watch?v=BMHlGuhtDw7, https://www.peekvids.com/watch?v=9BtttRJJvKj, https://www.peekvids.com/watch?v=X4IG5SUdoOv,
https://www.peekvids.com/watch?v=tWWSjHlyIet, https://www.peekvids.com/watch?v=mI3lOQhLui5, https://www.peekvids.com/watch?v=RSsyV4FM1zo,
https://www.peekvids.com/watch?v=6a_INx2RF02, https://www.peekvids.com/watch?v=677f8cOth-w, https://www.peekvids.com/watch?v=AUvnOGHIuKJ,
https://www.peekvids.com/watch?v=AAEfailXkNU, https://www.peekvids.com/watch?v=g_64vCM4xqN, https://www.peekvids.com/watch?v=UfhYa5ZNwCd,
https://www.peekvids.com/watch?v=rfkssFP_L2f, https://www.peekvids.com/watch?v=vUjg0q6Uhgr, https://www.peekvids.com/watch?v=lCH8K6IcsXR,
https://www.peekvids.com/watch?v=zqkTi2npZu8, https://www.peekvids.com/watch?v=irSOvMOvkLQ, https://www.peekvids.com/watch?v=2ootV5-EzLl,
https://www.peekvids.com/watch?v=pC18YvzkjWf, https://www.peekvids.com/watch?v=5zQEWzbKzMY, https://www.peekvids.com/watch?v=fQ-KgUfslZd,
https://www.peekvids.com/watch?v=RfkaWze-gZ2, https://www.peekvids.com/watch?v=P6_uYP1c4xm, https://www.peekvids.com/watch?v=ssrqLawHjOo,
https://www.peekvids.com/watch?v=ybtQPkY03jM, https://www.peekvids.com/watch?v=yLbHaYw_wtq, https://www.peekvids.com/watch?v=Q2VYIw19i6s
5.f. Date of third notice: 2015-07-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: torrez
5.b. Uploader's email address: rufuliinki@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=torrez
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=gNvyGmFNkbN, https://www.peekvids.com/watch?v=MrH44ugQZye,
https://www.peekvids.com/watch?v=N_MjRsuOItZ, https://www.peekvids.com/watch?v=Yl-niQjmkNO, https://www.peekvids.com/watch?v=ykAELeW9Hic,
https://www.peekvids.com/watch?v=EZnKfxzYAsh, https://www.peekvids.com/watch?v=zC48d1t-OZ2, https://www.peekvids.com/watch?v=8_rkwVfuIE5,
https://www.peekvids.com/watch?v=rfLttH3dXLb, https://www.peekvids.com/watch?v=YI5Z_9_rzvA, https://www.peekvids.com/watch?v=bRT2jRfc7yK,
https://www.peekvids.com/watch?v=H3xVch3y8cn, https://www.peekvids.com/watch?v=cbbtp_BBEAI, https://www.peekvids.com/watch?v=n5m5jVaYbSf,
https://www.peekvids.com/watch?v=ridYgdU1FDJ, https://www.peekvids.com/watch?v=cPqErNVuH4M, https://www.peekvids.com/watch?v=NeB0dZNX3_z,
https://www.peekvids.com/watch?v=8QNWhlI0vvK, https://www.peekvids.com/watch?v=AzSQErwcpdc, https://www.peekvids.com/watch?v=4W5pqbz0VRR,
https://www.peekvids.com/watch?v=kg2Do5y9Yge, https://www.peekvids.com/watch?v=GfTW7kbmxTP, https://www.peekvids.com/watch?v=aSnjP5x_8bj,
https://www.peekvids.com/watch?v=T16Hpph0zlP, https://www.peekvids.com/watch?v=Ktxj95oJ2VA, https://www.peekvids.com/watch?v=Y5sKVR16oYw,
https://www.peekvids.com/watch?v=XGgkipzcm2K, https://www.peekvids.com/watch?v=XbtTx_i24L8, https://www.peekvids.com/watch?v=QqrFQeOF7tn,
https://www.peekvids.com/watch?v=3qdiITo71RF, https://www.peekvids.com/watch?v=Txj_MxDcbAN, https://www.peekvids.com/watch?v=Qj0W3F8qn-h,
https://www.peekvids.com/watch?v=Ybt1p94wJwg, https://www.peekvids.com/watch?v=YQVfIH-8iEm, https://www.peekvids.com/watch?v=ntXXwiOZfHX,
https://www.peekvids.com/watch?v=i_vm1WY5DuN, https://www.peekvids.com/watch?v=IgDs1I2R22J, https://www.peekvids.com/watch?v=cDKUu9y5XTO,
https://www.peekvids.com/watch?v=g1IaTQvp2eD, https://www.peekvids.com/watch?v=6kIMpYWZT0S, https://www.peekvids.com/watch?v=vEF_mN9A2yP,
https://www.peekvids.com/watch?v=MFXt8wdcpqV, https://www.peekvids.com/watch?v=RzQhL98Fy_X, https://www.peekvids.com/watch?v=xgyMfOvahCa,
https://www.peekvids.com/watch?v=0mfF9K9CrzQ, https://www.peekvids.com/watch?v=eGwuoy5Tmsc, https://www.peekvids.com/watch?v=tGJVwTCmIqU,
https://www.peekvids.com/watch?v=r1tL9Yyp2B2, https://www.peekvids.com/watch?v=d4YWCw-osVD, https://www.peekvids.com/watch?v=C4_WtdZps5a,
https://www.peekvids.com/watch?v=0VgfcU121kL
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tutprigodilsa
5.b. Uploader's email address: aswelaizbooks@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=tutprigodilsa
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=W48tjFuMBxb, https://www.peekvids.com/watch?v=sLZ_TGY3ZDD,
https://www.peekvids.com/watch?v=SHjvLJR6Ekh, https://www.peekvids.com/watch?v=tuYCqDQ_dLV, https://www.peekvids.com/watch?v=EgdeqWiW7Of,
https://www.peekvids.com/watch?v=7ytB4VWR5B2, https://www.peekvids.com/watch?v=gYCe805fe6e, https://www.peekvids.com/watch?v=UzhDh9e0Tmf,
https://www.peekvids.com/watch?v=nAWYndn-0XX, https://www.peekvids.com/watch?v=7y0BAdl9A7w, https://www.peekvids.com/watch?v=gKYcauCrFuo,
https://www.peekvids.com/watch?v=wGDwoPBNa14, https://www.peekvids.com/watch?v=Di11cOR1oJZ, https://www.peekvids.com/watch?v=jrYhFtnudzG,
https://www.peekvids.com/watch?v=ynZmeLQXF5j, https://www.peekvids.com/watch?v=dngNI1vNnK6, https://www.peekvids.com/watch?v=4_unEIvIJnr,
https://www.peekvids.com/watch?v=W3S4NnIANxh, https://www.peekvids.com/watch?v=zniOoyGOMdG, https://www.peekvids.com/watch?v=RzJryhIMp1N,
https://www.peekvids.com/watch?v=LP_08tUinPj, https://www.peekvids.com/watch?v=Gg8AM8wDAH3, https://www.peekvids.com/watch?v=dAZb3CtwSkC,
https://www.peekvids.com/watch?v=Lw-HsklhuVs, https://www.peekvids.com/watch?v=qIyYI8b6LjN, https://www.peekvids.com/watch?v=08WWSoYxvgV,
https://www.peekvids.com/watch?v=mWEJpWEEdnx, https://www.peekvids.com/watch?v=G-ZtTIYnvOW, https://www.peekvids.com/watch?v=mEF-h0e6U4w,
https://www.peekvids.com/watch?v=5g2UHnMoSEj, https://www.peekvids.com/watch?v=JK9PNH1nDk5, https://www.peekvids.com/watch?v=78vyIbFkbKf,
https://www.peekvids.com/watch?v=6WPh6a_yjuh, https://www.peekvids.com/watch?v=XNU2Bcsb3nP, https://www.peekvids.com/watch?v=Ta4KrtE0qWb,
https://www.peekvids.com/watch?v=fyzYmHW2ZZq, https://www.peekvids.com/watch?v=mUlcOnmkJuV, https://www.peekvids.com/watch?v=tTTYFUbyAfQ,
https://www.peekvids.com/watch?v=BCHUtRfjEuy, https://www.peekvids.com/watch?v=ERN_CnYdF5m, https://www.peekvids.com/watch?v=zIUf5u2vtFe,
https://www.peekvids.com/watch?v=rNOHL9vyowC, https://www.peekvids.com/watch?v=HfZX8VLgZLC, https://www.peekvids.com/watch?v=4k-JGu1ONth,
https://www.peekvids.com/watch?v=KmsnjTSHEFY, https://www.peekvids.com/watch?v=rSs9gaqL1Ub, https://www.peekvids.com/watch?v=FDsSGG6CX5n,
https://www.peekvids.com/watch?v=IP523Je0_3j, https://www.peekvids.com/watch?v=kk-2RVFDJS4, https://www.peekvids.com/watch?v=U0Oz4bEa-3j,
https://www.peekvids.com/watch?v=ylB7HxzFDYD, https://www.peekvids.com/watch?v=QrkNVfKnQmi, https://www.peekvids.com/watch?v=00Ftr-n2mYi,
https://www.peekvids.com/watch?v=fVa4D-1GTu0, https://www.peekvids.com/watch?v=QJ7qEIpqOIa, https://www.peekvids.com/watch?v=QIbYLf6Syz5,
https://www.peekvids.com/watch?v=u224zxBJYjc, https://www.peekvids.com/watch?v=nsKKI4BhyGu, https://www.peekvids.com/watch?v=a7GyeMS42jv,
https://www.peekvids.com/watch?v=Vkyu7DYERKi, https://www.peekvids.com/watch?v=PPjGaTYVFqA, https://www.peekvids.com/watch?v=nRKd08LopZJ,
https://www.peekvids.com/watch?v=j-LNTzDCZUa, https://www.peekvids.com/watch?v=DLZMcjFEbeb, https://www.peekvids.com/watch?v=KXjK4FGXQCV,
https://www.peekvids.com/watch?v=cgqnUDV4LXR, https://www.peekvids.com/watch?v=gh4hUgETaGu, https://www.peekvids.com/watch?v=wTREZNrGN72,
https://www.peekvids.com/watch?v=4Bg8Zyl6RlX, https://www.peekvids.com/watch?v=4xD8xPZfYV7, https://www.peekvids.com/watch?v=eEYdw085_AK,
https://www.peekvids.com/watch?v=lG_aj3Q2d32, https://www.peekvids.com/watch?v=NozAVKj6bEk, https://www.peekvids.com/watch?v=RuC-vdikgpT,
https://www.peekvids.com/watch?v=ZEvcI3aSxVo, https://www.peekvids.com/watch?v=oxYwXRRjvEd, https://www.peekvids.com/watch?v=RDbB_txJMSm,
https://www.peekvids.com/watch?v=bYYc29hlngF, https://www.peekvids.com/watch?v=n4gsyoDG9BH, https://www.peekvids.com/watch?v=pExuob7C2S0,
https://www.peekvids.com/watch?v=8G1stBVsnfe, https://www.peekvids.com/watch?v=AmMqiu2u88q, https://www.peekvids.com/watch?v=FWKsu36i9PN,
https://www.peekvids.com/watch?v=eLHCPKhJzAJ, https://www.peekvids.com/watch?v=oJJP_j4ncyo, https://www.peekvids.com/watch?v=Gf84xnTJcLX,
https://www.peekvids.com/watch?v=DXgHPOV691J, https://www.peekvids.com/watch?v=hqQQZRwdx-L, https://www.peekvids.com/watch?v=p84fjKuVWRY,
https://www.peekvids.com/watch?v=goNsOZjSfEL, https://www.peekvids.com/watch?v=6KMz-0GdA0w, https://www.peekvids.com/watch?v=wcXQLw4kLyA,
https://www.peekvids.com/watch?v=faGSgQ6r8Z0, https://www.peekvids.com/watch?v=mpjpB13YveH, https://www.peekvids.com/watch?v=N6I6KhYW0us,
https://www.peekvids.com/watch?v=mUx3Wi9b1sO, https://www.peekvids.com/watch?v=0EMa5mqhbKC, https://www.peekvids.com/watch?v=NMc9nWn3sux,
https://www.peekvids.com/watch?v=EeWFcwYlPPx, https://www.peekvids.com/watch?v=Zjb5DmpoyAh, https://www.peekvids.com/watch?v=71OS35Fv7YF,
https://www.peekvids.com/watch?v=C5ZI1vm69KV, https://www.peekvids.com/watch?v=uS1mCFxq-oo, https://www.peekvids.com/watch?v=6tU9NVZ6BwY,
https://www.peekvids.com/watch?v=0Yk9bdUwyms, https://www.peekvids.com/watch?v=fGaLEKgwq3a, https://www.peekvids.com/watch?v=PB0_HGwYGzG,
https://www.peekvids.com/watch?v=ykvXatMMtde, https://www.peekvids.com/watch?v=nGxIqGuQUsv, https://www.peekvids.com/watch?v=7nBX7Gr_ama,
https://www.peekvids.com/watch?v=GFjaXANwUjb, https://www.peekvids.com/watch?v=xJLH6O3AiTH, https://www.peekvids.com/watch?v=YP0IgMJKpYB,
https://www.peekvids.com/watch?v=R05fRR-SU4T, https://www.peekvids.com/watch?v=y7TVsiuaCK9, https://www.peekvids.com/watch?v=iqPpmRVQ8qw,
https://www.peekvids.com/watch?v=jOS2bmBT2ss, https://www.peekvids.com/watch?v=gtB_VtRaPqB, https://www.peekvids.com/watch?v=3aWCnYOsWfu,
https://www.peekvids.com/watch?v=8vcqE2qgoqX, https://www.peekvids.com/watch?v=GdX7mKAYuoO, https://www.peekvids.com/watch?v=dqWQWeQKNaz,
https://www.peekvids.com/watch?v=N9gnSZn1Y_z, https://www.peekvids.com/watch?v=ZJ-peRuQvjE, https://www.peekvids.com/watch?v=M1KhL4rETBh,
https://www.peekvids.com/watch?v=a0MlAVaClx9, https://www.peekvids.com/watch?v=agDym-4RiCn, https://www.peekvids.com/watch?v=PskDdPcl5_6,
https://www.peekvids.com/watch?v=4MHw0IwYzI0, https://www.peekvids.com/watch?v=g0FFMXXVAsW, https://www.peekvids.com/watch?v=TF1X3dgxesg,
https://www.peekvids.com/watch?v=NH8qqDYkIjk, https://www.peekvids.com/watch?v=wq0k-f4RExL, https://www.peekvids.com/watch?v=jh1_rh3okxp,
https://www.peekvids.com/watch?v=D_wr3Z0ZOBZ, https://www.peekvids.com/watch?v=rk9ENgf2I7g, https://www.peekvids.com/watch?v=6--QtiJhOj5,
https://www.peekvids.com/watch?v=JFDNKDnFr5b, https://www.peekvids.com/watch?v=zuI7f1GrgiC, https://www.peekvids.com/watch?v=eFfS5UJRS5J,
https://www.peekvids.com/watch?v=gVrQpuKgOrx, https://www.peekvids.com/watch?v=5FGL_rG_aTq, https://www.peekvids.com/watch?v=8vP7GaBu9Pt,
https://www.peekvids.com/watch?v=lyOqdtUy2_h, https://www.peekvids.com/watch?v=bRGTKMNmxWV, https://www.peekvids.com/watch?v=3P7d1ye2e2w,
https://www.peekvids.com/watch?v=CGrXiSU5Iiv, https://www.peekvids.com/watch?v=cZNLHDQecye, https://www.peekvids.com/watch?v=ds6Oea4E5Wq,
https://www.peekvids.com/watch?v=WYFGCl27Ie3, https://www.peekvids.com/watch?v=c5KCDkJA1Sl, https://www.peekvids.com/watch?v=WyeL_PFoBRJ,
https://www.peekvids.com/watch?v=oGj2mn-GkGh, https://www.peekvids.com/watch?v=4U40BP6RAg6, https://www.peekvids.com/watch?v=SxFQ0Sig9CU,
https://www.peekvids.com/watch?v=esBslC9e0mP, https://www.peekvids.com/watch?v=lWcoD4hsq_q, https://www.peekvids.com/watch?v=O4rEHrjUQvd,
https://www.peekvids.com/watch?v=9NBEVWaFF-T, https://www.peekvids.com/watch?v=jPwfdKAupXL, https://www.peekvids.com/watch?v=VBww3KIJuce,
https://www.peekvids.com/watch?v=djk_ek6bN9e, https://www.peekvids.com/watch?v=oyovXN1RrZF, https://www.peekvids.com/watch?v=dxQ7UYnQL-V,
https://www.peekvids.com/watch?v=gERh9SiyNAn, https://www.peekvids.com/watch?v=mni-oFNee76, https://www.peekvids.com/watch?v=Sv1EW8Y65va,

https://www.peekvids.com/watch?v=SVN0y5wARd2, https://www.peekvids.com/watch?v=Wx5-bo9sKOQ, https://www.peekvids.com/watch?v=TyHz4oNDq3I,
https://www.peekvids.com/watch?v=kBCafU1aEiY, https://www.peekvids.com/watch?v=xITsCipqsj3, https://www.peekvids.com/watch?v=zvHUNSZbB4C,
https://www.peekvids.com/watch?v=wruyXQeQ06i, https://www.peekvids.com/watch?v=EavcHbUqraJ, https://www.peekvids.com/watch?v=CEJb-T3pGP3,
https://www.peekvids.com/watch?v=j_gcXefstGS, https://www.peekvids.com/watch?v=O38LnXv54lE, https://www.peekvids.com/watch?v=hiBeEvdKzJu,
https://www.peekvids.com/watch?v=zY2TZIEcw4v, https://www.peekvids.com/watch?v=lLhP42fwBfi, https://www.peekvids.com/watch?v=b4sJevmfJAi,
https://www.peekvids.com/watch?v=L8-b6gkZKIQ, https://www.peekvids.com/watch?v=bqXfKQGQX5R, https://www.peekvids.com/watch?v=hchTuNkd7XS,
https://www.peekvids.com/watch?v=qAqt7NW1ysX, https://www.peekvids.com/watch?v=bMsKf2mbmWy, https://www.peekvids.com/watch?v=n7ypSZSbaG2,
https://www.peekvids.com/watch?v=XUXaQUdN7tK, https://www.peekvids.com/watch?v=s8d9nPT-IqW, https://www.peekvids.com/watch?v=mhekoBBB8bO,
https://www.peekvids.com/watch?v=40bAT6k5ety, https://www.peekvids.com/watch?v=9Rg8w5YOoNQ, https://www.peekvids.com/watch?v=FzcfRpk53eJ,
https://www.peekvids.com/watch?v=g5Ec7OsUXhw, https://www.peekvids.com/watch?v=0W7XAuzUDEi, https://www.peekvids.com/watch?v=Y60ESizlF4y,
https://www.peekvids.com/watch?v=ds3auXmMyuK, https://www.peekvids.com/watch?v=AjIaLRzZFsZ, https://www.peekvids.com/watch?v=j8ysLYOYW5J,
https://www.peekvids.com/watch?v=p65pt69be8E, https://www.peekvids.com/watch?v=hB43N577leZ, https://www.peekvids.com/watch?v=7L5k0J_Zu4j,
https://www.peekvids.com/watch?v=KvxmYilVJ8b, https://www.peekvids.com/watch?v=sWWRBfHGDyG, https://www.peekvids.com/watch?v=mUlRlynf059,
https://www.peekvids.com/watch?v=KUSZwYyEc-J, https://www.peekvids.com/watch?v=mOvrtS9u9pd, https://www.peekvids.com/watch?v=BCx6ybbmNNF,
https://www.peekvids.com/watch?v=34fSbL_iFN7, https://www.peekvids.com/watch?v=fhhm_SRn0r8, https://www.peekvids.com/watch?v=ZO2vso66Nol,
https://www.peekvids.com/watch?v=Hj63mFxSK1r, https://www.peekvids.com/watch?v=6f2QSL2gWcR, https://www.peekvids.com/watch?v=Pslx5LFlO90,
https://www.peekvids.com/watch?v=Nl0K_iYy8e3, https://www.peekvids.com/watch?v=vs6wSXRpY2r, https://www.peekvids.com/watch?v=zNBEYVzuzlp,
https://www.peekvids.com/watch?v=nqBh3RWKfJZ, https://www.peekvids.com/watch?v=CSn4ug4SyBP, https://www.peekvids.com/watch?v=xlR5Moxy60B,
https://www.peekvids.com/watch?v=cSEIdE9IXb3, https://www.peekvids.com/watch?v=ADMSFoKWBG4, https://www.peekvids.com/watch?v=nUCfzZV-vzW,
https://www.peekvids.com/watch?v=n9eLe3T4p9R, https://www.peekvids.com/watch?v=QMnOXyHQztF, https://www.peekvids.com/watch?v=4uoTyPndqvE,
https://www.peekvids.com/watch?v=bNTy4CbQKYS, https://www.peekvids.com/watch?v=Er_92UJ5P2i, https://www.peekvids.com/watch?v=IKKe8cXfm6A,
https://www.peekvids.com/watch?v=cZ_FAndpOHp, https://www.peekvids.com/watch?v=2Aj8aRDMRzl, https://www.peekvids.com/watch?v=IWC6z5APOaS,
https://www.peekvids.com/watch?v=vRVAFNMu1BA, https://www.peekvids.com/watch?v=m_xLO71AAga, https://www.peekvids.com/watch?v=NIqQ_Ii4-IK,
https://www.peekvids.com/watch?v=fRwdDoBN_xH, https://www.peekvids.com/watch?v=DxwYPeqFuB4, https://www.peekvids.com/watch?v=JAtCO-76pqj,
https://www.peekvids.com/watch?v=9sPP33DJkhb, https://www.peekvids.com/watch?v=y0hcod4-RNR, https://www.peekvids.com/watch?v=naIuGY67m-r,
https://www.peekvids.com/watch?v=VHrIPBVR-Jq, https://www.peekvids.com/watch?v=nuLhHnT82HA, https://www.peekvids.com/watch?v=m-jchWK0BEE,
https://www.peekvids.com/watch?v=LNUzrsG8H38, https://www.peekvids.com/watch?v=z19-eMY-D4W, https://www.peekvids.com/watch?v=5opNBxKbVdE,
https://www.peekvids.com/watch?v=5gnEzhWrkFu, https://www.peekvids.com/watch?v=BfZfeHQknIA, https://www.peekvids.com/watch?v=0SpwI9T5MCh,
https://www.peekvids.com/watch?v=sCIQovcQkg8, https://www.peekvids.com/watch?v=qDq4xnOgiwO, https://www.peekvids.com/watch?v=KgIhcETFr24,
https://www.peekvids.com/watch?v=ZUN5rwQAgaA, https://www.peekvids.com/watch?v=x2SFqXI4l5h, https://www.peekvids.com/watch?v=p4VF6w4BNpU,
https://www.peekvids.com/watch?v=wCVd-rxYAXw, https://www.peekvids.com/watch?v=0YHa3wAdtqW, https://www.peekvids.com/watch?v=oCRvtQR1P0G,
https://www.peekvids.com/watch?v=Nq-HkzBOuFi, https://www.peekvids.com/watch?v=XgkzQf177ul, https://www.peekvids.com/watch?v=e3FaoNi11jw,
https://www.peekvids.com/watch?v=4ncI0PU1vkL, https://www.peekvids.com/watch?v=8b2SCJzeU4h, https://www.peekvids.com/watch?v=I7yR-iD5L_A,
https://www.peekvids.com/watch?v=NinxbuFe7Tq, https://www.peekvids.com/watch?v=kTlgB_CJNd4, https://www.peekvids.com/watch?v=6mV5ddSr3gX,
https://www.peekvids.com/watch?v=3zLtAlpcdww, https://www.peekvids.com/watch?v=pFTknRFf2sb, https://www.peekvids.com/watch?v=pA5AJKEp5nn,
https://www.peekvids.com/watch?v=Lcp1XkW8wuL, https://www.peekvids.com/watch?v=sGwiqltZ9ao, https://www.peekvids.com/watch?v=b8v2sPJkK0C,
https://www.peekvids.com/watch?v=scpZyuJXGOj, https://www.peekvids.com/watch?v=AunwjsZN0gL, https://www.peekvids.com/watch?v=WyF8DzmC2Qx,
https://www.peekvids.com/watch?v=io3ymDOTdO2, https://www.peekvids.com/watch?v=myxBH5cn9Hi, https://www.peekvids.com/watch?v=yukkA4IKBdP,
https://www.peekvids.com/watch?v=ryvoEsZGH9e, https://www.peekvids.com/watch?v=TUGvKPKJtmy, https://www.peekvids.com/watch?v=oDb6zUEEgBC,
https://www.peekvids.com/watch?v=AwGqx50GgYh, https://www.peekvids.com/watch?v=rxgLhv-Iwdg, https://www.peekvids.com/watch?v=Iq0Wnm2bufK,
https://www.peekvids.com/watch?v=ywdWvKPf5QM, https://www.peekvids.com/watch?v=Kp9P1g5xY8v, https://www.peekvids.com/watch?v=Gfus-FFYhGb,
https://www.peekvids.com/watch?v=kl8kCrYrXnA, https://www.peekvids.com/watch?v=6xUa8-RLNk5, https://www.peekvids.com/watch?v=pa2NGz_uPxC,
https://www.peekvids.com/watch?v=94R8JyBFeyW, https://www.peekvids.com/watch?v=Ly_57Mme_3e, https://www.peekvids.com/watch?v=jqUCQy9O_bN,
https://www.peekvids.com/watch?v=zP9wS6hCCB5, https://www.peekvids.com/watch?v=YDoumk38XMJ, https://www.peekvids.com/watch?v=wPgIbTpjZ6X,
https://www.peekvids.com/watch?v=lBToVuJ645q, https://www.peekvids.com/watch?v=579JCrEWUCt, https://www.peekvids.com/watch?v=XfjhS3Sw13S,
https://www.peekvids.com/watch?v=0xrhOdO3rXS, https://www.peekvids.com/watch?v=kd4pXXG1Wgh, https://www.peekvids.com/watch?v=LiPmrbGC7q8,
https://www.peekvids.com/watch?v=lId5afVLfz5, https://www.peekvids.com/watch?v=QLJHsBonVYs, https://www.peekvids.com/watch?v=pG-zQuWVoBp,
https://www.peekvids.com/watch?v=wcj0ETIOz5d, https://www.peekvids.com/watch?v=dx3Z51W2ekU, https://www.peekvids.com/watch?v=EdLobS6c4sq,
https://www.peekvids.com/watch?v=XHDTUr8lR0f, https://www.peekvids.com/watch?v=JeINVm3ZmnN, https://www.peekvids.com/watch?v=MP27cD7iWC3,
https://www.peekvids.com/watch?v=9uK8sY474S7, https://www.peekvids.com/watch?v=YEflpZlMg1R, https://www.peekvids.com/watch?v=ErfPhBNIWyB,
https://www.peekvids.com/watch?v=c1s1wcvGAEL, https://www.peekvids.com/watch?v=l6y6wpDUW8a, https://www.peekvids.com/watch?v=dLNHXA3ynrq,
https://www.peekvids.com/watch?v=rCcdyDtFjJi, https://www.peekvids.com/watch?v=SyxUQ2-mIvv, https://www.peekvids.com/watch?v=voQFlzuHRJF,
https://www.peekvids.com/watch?v=0jIDquQjCLi, https://www.peekvids.com/watch?v=09e60J6gQ4s, https://www.peekvids.com/watch?v=7_Gc_KdkONj,
https://www.peekvids.com/watch?v=chyfJbE5n-F, https://www.peekvids.com/watch?v=Vw1Tt_75ZM7, https://www.peekvids.com/watch?v=nPVqvqOJc1g,
https://www.peekvids.com/watch?v=giX9D-8A3wS, https://www.peekvids.com/watch?v=yxslH222o2M, https://www.peekvids.com/watch?v=LIxjOKa7yZO,
https://www.peekvids.com/watch?v=0VAJPHnm_Gs, https://www.peekvids.com/watch?v=DhEXoMaFIeW, https://www.peekvids.com/watch?v=sWQcrWEKNNY,
https://www.peekvids.com/watch?v=fB5Uos61R0P, https://www.peekvids.com/watch?v=VkDgY0TPfiI, https://www.peekvids.com/watch?v=uk96NC_gqJn,
https://www.peekvids.com/watch?v=MdV7Dza91d9, https://www.peekvids.com/watch?v=9EI6oE7HyY2, https://www.peekvids.com/watch?v=H9QgJc_38uK,
https://www.peekvids.com/watch?v=4pl51KF_YZF, https://www.peekvids.com/watch?v=sudsDrFBmPg, https://www.peekvids.com/watch?v=TELliQUamQF,
https://www.peekvids.com/watch?v=u2qeup4L7A5, https://www.peekvids.com/watch?v=Jq4eEB_EYOX, https://www.peekvids.com/watch?v=hxbQ39kRFLp,
https://www.peekvids.com/watch?v=tWBsr-OHvpj, https://www.peekvids.com/watch?v=gBmdyfQMNAU, https://www.peekvids.com/watch?v=PzMw4xCa-FJ,
https://www.peekvids.com/watch?v=jLt1AU2h8jU, https://www.peekvids.com/watch?v=CQp9Z9bzHGY, https://www.peekvids.com/watch?v=JQbpgFybLgN,
https://www.peekvids.com/watch?v=W-wRwIxrgwY, https://www.peekvids.com/watch?v=WGE48QS7ocl, https://www.peekvids.com/watch?v=y7QDsymeAQo,
https://www.peekvids.com/watch?v=UfI5KVUQFDM, https://www.peekvids.com/watch?v=x_MqvEmJ5VJ, https://www.peekvids.com/watch?v=oUDYpRLjMX9,
https://www.peekvids.com/watch?v=o9kPtqXkaPu, https://www.peekvids.com/watch?v=V9r0BDFwS9P, https://www.peekvids.com/watch?v=5MjCDLsZESX,
https://www.peekvids.com/watch?v=0j0cIkg3H2z, https://www.peekvids.com/watch?v=qECVUl1Y5iM, https://www.peekvids.com/watch?v=a09qCldtVv3,
https://www.peekvids.com/watch?v=yoTryFkNrSi, https://www.peekvids.com/watch?v=BkhSqr9wquJ, https://www.peekvids.com/watch?v=LDMqy1S0mK6,
https://www.peekvids.com/watch?v=MmxA9uRVc7x, https://www.peekvids.com/watch?v=ifxK99UK2rL, https://www.peekvids.com/watch?v=N6gJqlWHL1m,
https://www.peekvids.com/watch?v=V3Fols9561v, https://www.peekvids.com/watch?v=ys4-EviTs6Q, https://www.peekvids.com/watch?v=hrNIm38VlW9,
https://www.peekvids.com/watch?v=3YS8vfnsePs, https://www.peekvids.com/watch?v=LoM29uRCEnM, https://www.peekvids.com/watch?v=47t2KYv9VGt,
https://www.peekvids.com/watch?v=wFnzYayt6RJ, https://www.peekvids.com/watch?v=w4yJL7miYfg, https://www.peekvids.com/watch?v=VYNlV74Z-W8,
https://www.peekvids.com/watch?v=0jF3fw4JqFQ, https://www.peekvids.com/watch?v=wXJ3WwywKea, https://www.peekvids.com/watch?v=kFg499kVoIW,
https://www.peekvids.com/watch?v=ChUhxgILU-h, https://www.peekvids.com/watch?v=TARt2sHeOkK, https://www.peekvids.com/watch?v=xEn7J-2c5rY,
https://www.peekvids.com/watch?v=wfhBJrmAtX3, https://www.peekvids.com/watch?v=EI6WbO9egGi, https://www.peekvids.com/watch?v=8rrYDEMzSSA,
https://www.peekvids.com/watch?v=wbbEUau_pxW, https://www.peekvids.com/watch?v=dy6unPpPmsi, https://www.peekvids.com/watch?v=3XlaKBVauiN,
https://www.peekvids.com/watch?v=eD_VoaB6LVW, https://www.peekvids.com/watch?v=wqHXtEfePiu, https://www.peekvids.com/watch?v=EC0pu40iK3m,
https://www.peekvids.com/watch?v=Za0_KkUKXSF, https://www.peekvids.com/watch?v=CeS45iP4Diu, https://www.peekvids.com/watch?v=XgGnnjezQP9,
https://www.peekvids.com/watch?v=rils4iGHCkW, https://www.peekvids.com/watch?v=G-7vPDqRwns, https://www.peekvids.com/watch?v=37yXML_a7bu,
https://www.peekvids.com/watch?v=n9OFRFNFHb2, https://www.peekvids.com/watch?v=qJrwTGeWFVx, https://www.peekvids.com/watch?v=flKcxsZMq1N,
https://www.peekvids.com/watch?v=I8-lw0a4Tbn, https://www.peekvids.com/watch?v=dBXSlMqG5y5, https://www.peekvids.com/watch?v=qvAmzD6fy78,
https://www.peekvids.com/watch?v=LSd53vAWk_K, https://www.peekvids.com/watch?v=zsHngb6heP3, https://www.peekvids.com/watch?v=IxmQFZ9vIGV,
https://www.peekvids.com/watch?v=PTZv1ueAESe, https://www.peekvids.com/watch?v=zfam5o-M1jo, https://www.peekvids.com/watch?v=a9cjUXVFgq6,
https://www.peekvids.com/watch?v=N8RuVdUFcXp, https://www.peekvids.com/watch?v=0_n3RagXrqX, https://www.peekvids.com/watch?v=KUmlK0M4Ku6,
https://www.peekvids.com/watch?v=jZbKBov3euB, https://www.peekvids.com/watch?v=rDPA4Nv0td9, https://www.peekvids.com/watch?v=H1H8P-AX09J,
https://www.peekvids.com/watch?v=UjKQyM3OZ0L, https://www.peekvids.com/watch?v=jeF9ZDAlKax, https://www.peekvids.com/watch?v=PFAw1IRWsEy,
https://www.peekvids.com/watch?v=VnXeWQhczLR, https://www.peekvids.com/watch?v=2DuMMMWdiqs, https://www.peekvids.com/watch?v=DF4oW1g0AjU,
https://www.peekvids.com/watch?v=zQ0ZR3G0O3r, https://www.peekvids.com/watch?v=EZ0IpUYdTMx, https://www.peekvids.com/watch?v=nzrh6aPH0CQ,
https://www.peekvids.com/watch?v=lUefqFop0M9, https://www.peekvids.com/watch?v=6EwtfmIgyk9, https://www.peekvids.com/watch?v=0-MbkpxJwnO,
https://www.peekvids.com/watch?v=yZJQdaRLuhX, https://www.peekvids.com/watch?v=Op8gnSbQHIV, https://www.peekvids.com/watch?v=fyxE3Exc-Ob,
https://www.peekvids.com/watch?v=5F6mARLnxCZ, https://www.peekvids.com/watch?v=kgmf1_I8uHE, https://www.peekvids.com/watch?v=J1EHSLDCUHI,
https://www.peekvids.com/watch?v=D2gx1vYufe3, https://www.peekvids.com/watch?v=x2M8gQ1x8UO, https://www.peekvids.com/watch?v=u4SsGR-ZCv7,
https://www.peekvids.com/watch?v=kiXub45oekL, https://www.peekvids.com/watch?v=F0iC49wrZ9I
5.f. Date of third notice: 2015-06-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: twerki
5.b. Uploader's email address: haitiguugu@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=twerki
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=7FBbahwGjJC, https://www.peekvids.com/watch?v=mlcdHyk0mwM,
https://www.peekvids.com/watch?v=IHZZZh8tWqO, https://www.peekvids.com/watch?v=yzPub8lsHLj, https://www.peekvids.com/watch?v=yJZMkfH6dq0,
https://www.peekvids.com/watch?v=IUsoQeZ0TKM, https://www.peekvids.com/watch?v=FEMPXDzLecr, https://www.peekvids.com/watch?v=Gk0c7NXiZMg,
https://www.peekvids.com/watch?v=K8-AQKd45Vz, https://www.peekvids.com/watch?v=rHdVV1ua9Gc, https://www.peekvids.com/watch?v=7grp4fDFWFJ,
https://www.peekvids.com/watch?v=JqdGUZbPeEB, https://www.peekvids.com/watch?v=n6m6Znq7Vld, https://www.peekvids.com/watch?v=jzs1hWrlGh4,
https://www.peekvids.com/watch?v=EE4W1l_8v_N, https://www.peekvids.com/watch?v=FJmU-qfU71v, https://www.peekvids.com/watch?v=ObefwDB3-9L,
https://www.peekvids.com/watch?v=rrmhsXvxCxc, https://www.peekvids.com/watch?v=VgXzt6LCZUV, https://www.peekvids.com/watch?v=Wk9AfRHf8zW,
https://www.peekvids.com/watch?v=yg6KB93y-lt, https://www.peekvids.com/watch?v=b3lAgxbOIej, https://www.peekvids.com/watch?v=zUkiTY3phBL,
https://www.peekvids.com/watch?v=Th_oaM8PNob, https://www.peekvids.com/watch?v=RSQllG27sEW, https://www.peekvids.com/watch?v=NHmzrPkhO77,
https://www.peekvids.com/watch?v=komeZ0L1EbU, https://www.peekvids.com/watch?v=adIuePwak4f, https://www.peekvids.com/watch?v=sE03V_d9NYm,
https://www.peekvids.com/watch?v=Sez4yVjHQzy, https://www.peekvids.com/watch?v=uOCI276-Kw5, https://www.peekvids.com/watch?v=87AR4BeiwSY,
https://www.peekvids.com/watch?v=M-E5kvkmFzz, https://www.peekvids.com/watch?v=u9KdEXAAfJE, https://www.peekvids.com/watch?v=5K2JQey3jJ3,
https://www.peekvids.com/watch?v=x6ow3s8zpeP, https://www.peekvids.com/watch?v=Gdumvj7v2Xm, https://www.peekvids.com/watch?v=02a1aH2CY2H,
https://www.peekvids.com/watch?v=pZk6NnE2IDC, https://www.peekvids.com/watch?v=cOm5aP_Y4yP, https://www.peekvids.com/watch?v=Ep--lOLfifu,
https://www.peekvids.com/watch?v=77AQmfDwu5Z, https://www.peekvids.com/watch?v=3imB2-lvjB6, https://www.peekvids.com/watch?v=FMd4mNmCi0K,
https://www.peekvids.com/watch?v=jX6B0JMipTc, https://www.peekvids.com/watch?v=BDWSlZ_vHRV, https://www.peekvids.com/watch?v=CvDO120qrOf,
https://www.peekvids.com/watch?v=BnrqUitDd7C, https://www.peekvids.com/watch?v=NvAUKheKEAG, https://www.peekvids.com/watch?v=TGOdLfPPruq,
https://www.peekvids.com/watch?v=36NUCLvILdA, https://www.peekvids.com/watch?v=BDdrzOO5FNg, https://www.peekvids.com/watch?v=PF_nFxPRv6x,
https://www.peekvids.com/watch?v=gF9RwEzh_l4, https://www.peekvids.com/watch?v=3VELd4HXobu, https://www.peekvids.com/watch?v=rK5pch-AG3R,
https://www.peekvids.com/watch?v=uOEytQGs6m0, https://www.peekvids.com/watch?v=F9gI2pK_35a, https://www.peekvids.com/watch?v=AOPmi01he_N,
https://www.peekvids.com/watch?v=G5hpPvOAmZb, https://www.peekvids.com/watch?v=h9UwHbC41Si, https://www.peekvids.com/watch?v=Z0dHSL5kr0l,
https://www.peekvids.com/watch?v=HmTKTWrZTjj, https://www.peekvids.com/watch?v=jCrB0rKn3OH, https://www.peekvids.com/watch?v=eOG4PZx79gC,
https://www.peekvids.com/watch?v=X1oUBpHCKHE, https://www.peekvids.com/watch?v=VD_-PdaAqLX, https://www.peekvids.com/watch?v=dH8Jh7Es5TM,
https://www.peekvids.com/watch?v=ZqlBkYj-RgT, https://www.peekvids.com/watch?v=cE3Uo_TKuaJ, https://www.peekvids.com/watch?v=DZfQJ6Rjtaq,
https://www.peekvids.com/watch?v=pqqBvANKwMA, https://www.peekvids.com/watch?v=mE25bKP1dDE, https://www.peekvids.com/watch?v=PBSgwNyfxXa,
https://www.peekvids.com/watch?v=MZd4fRSramz, https://www.peekvids.com/watch?v=yxyjFLq7YSD, https://www.peekvids.com/watch?v=YNTUWzIw8Ta,
https://www.peekvids.com/watch?v=cgilWI_T_34, https://www.peekvids.com/watch?v=mBgJE6KWy8I, https://www.peekvids.com/watch?v=F9I6_CUId0T,
https://www.peekvids.com/watch?v=kTGbRTmVWLh, https://www.peekvids.com/watch?v=Rt_Voe7qbJC, https://www.peekvids.com/watch?v=qoxiTLkON84,
https://www.peekvids.com/watch?v=mExe_j8qQMz, https://www.peekvids.com/watch?v=7eWciEU4ahD, https://www.peekvids.com/watch?v=SM6N0p2pYGr,
https://www.peekvids.com/watch?v=XElWmVQm-8U, https://www.peekvids.com/watch?v=faN0az-ntFN, https://www.peekvids.com/watch?v=3DW6zCRiWde,
https://www.peekvids.com/watch?v=oHZgLIWkicI, https://www.peekvids.com/watch?v=sdZcmTL1zk4, https://www.peekvids.com/watch?v=rwF4bdyTljf,
https://www.peekvids.com/watch?v=N2-yo98zV_9, https://www.peekvids.com/watch?v=d9Vc2beuTNf, https://www.peekvids.com/watch?v=SLydXX9hYxx,
https://www.peekvids.com/watch?v=SeQivxs0vsO, https://www.peekvids.com/watch?v=DP0uyyRQa8a, https://www.peekvids.com/watch?v=lrDxu0PEt_R,
https://www.peekvids.com/watch?v=LoWdltFRSNd, https://www.peekvids.com/watch?v=mUj7twRAGfg, https://www.peekvids.com/watch?v=D_30nI_KJX2,
https://www.peekvids.com/watch?v=5pV0BgMjVEB, https://www.peekvids.com/watch?v=B7-1Z5Ejk5u, https://www.peekvids.com/watch?v=vBwisY1LX7o,
https://www.peekvids.com/watch?v=zAC45x6MP9g, https://www.peekvids.com/watch?v=T4ZfCnjyXOy, https://www.peekvids.com/watch?v=7yE5XVGsSuR,
https://www.peekvids.com/watch?v=DzaipMkchOK, https://www.peekvids.com/watch?v=wrcF_aMPxnl, https://www.peekvids.com/watch?v=M5tHH8M5KMU,
https://www.peekvids.com/watch?v=tkUcAXbi1nT, https://www.peekvids.com/watch?v=KNlMwMsOHKQ, https://www.peekvids.com/watch?v=2XwB9gpwppc,

https://www.peekvids.com/watch?v=tUCxaeEBiFw, https://www.peekvids.com/watch?v=X6HuoKxnQMP, https://www.peekvids.com/watch?v=za_UO6es943,
https://www.peekvids.com/watch?v=GgVWQgHjTtX, https://www.peekvids.com/watch?v=s41DC0_1YNV, https://www.peekvids.com/watch?v=mU85bAoHUya,
https://www.peekvids.com/watch?v=A_yRaAI34jm, https://www.peekvids.com/watch?v=ZMMVPyIc86A, https://www.peekvids.com/watch?v=tYgqs3iKFrK,
https://www.peekvids.com/watch?v=tq_EUgQaVbX, https://www.peekvids.com/watch?v=W0XCmk7QDtz, https://www.peekvids.com/watch?v=6zQgY3jw60r,
https://www.peekvids.com/watch?v=sev0QEFh2BG, https://www.peekvids.com/watch?v=nHjqq4WNBiF, https://www.peekvids.com/watch?v=yGXfuIToXdT,
https://www.peekvids.com/watch?v=A7L3e1HzzRq, https://www.peekvids.com/watch?v=zIbksAqALuM, https://www.peekvids.com/watch?v=njC4-J5PuyW,
https://www.peekvids.com/watch?v=G4fEksqfhNi, https://www.peekvids.com/watch?v=KAN4hOKdQOl, https://www.peekvids.com/watch?v=lxkjuXSd9hC,
https://www.peekvids.com/watch?v=gHTgR62Ola3, https://www.peekvids.com/watch?v=lGfCiCpfYBn, https://www.peekvids.com/watch?v=2tFqTcPu4_y,
https://www.peekvids.com/watch?v=km-0S-gJwc4, https://www.peekvids.com/watch?v=2rVFmarWrX0, https://www.peekvids.com/watch?v=deEVi97BFCX,
https://www.peekvids.com/watch?v=M_cCzFcqy6o, https://www.peekvids.com/watch?v=ns1VYeKNymp, https://www.peekvids.com/watch?v=gkxYz1Bdo3A,
https://www.peekvids.com/watch?v=DfLqTyuXy5j, https://www.peekvids.com/watch?v=sat2PIy1yX4, https://www.peekvids.com/watch?v=KNrWds-ZICK,
https://www.peekvids.com/watch?v=DwGMmNIIt0k, https://www.peekvids.com/watch?v=CGtpmgFNKRE, https://www.peekvids.com/watch?v=y0XCQUwdL2K,
https://www.peekvids.com/watch?v=XWsWWSXE0uS, https://www.peekvids.com/watch?v=YogAWHPu7Br, https://www.peekvids.com/watch?v=fzbBGihG45z,
https://www.peekvids.com/watch?v=zHzGN5GIC-j, https://www.peekvids.com/watch?v=dHheM6xRV1M, https://www.peekvids.com/watch?v=TCn-kDYD8rM,
https://www.peekvids.com/watch?v=UfNSvRwsQg9, https://www.peekvids.com/watch?v=q2jtWqjO0cS, https://www.peekvids.com/watch?v=h50nIGuN6g0,
https://www.peekvids.com/watch?v=lR1apB5xTiD, https://www.peekvids.com/watch?v=IGIA1AAngWT, https://www.peekvids.com/watch?v=eV20z71rDAJ,
https://www.peekvids.com/watch?v=bcDZqh6H_U2, https://www.peekvids.com/watch?v=NMyujGTlVv7, https://www.peekvids.com/watch?v=D-iB0eINU-t,
https://www.peekvids.com/watch?v=mH6NuvmOSDq, https://www.peekvids.com/watch?v=JQ48rfSC2I5, https://www.peekvids.com/watch?v=gZEy7Lrcgjc,
https://www.peekvids.com/watch?v=X-mWWW_Xnes, https://www.peekvids.com/watch?v=W2FUalTSkv0, https://www.peekvids.com/watch?v=KoLbhg-mhzc,
https://www.peekvids.com/watch?v=WcKvpkghP8i, https://www.peekvids.com/watch?v=nch-8KjXmq3, https://www.peekvids.com/watch?v=XvvLR4h-hYk
5.f. Date of third notice: 2015-11-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: twogirls
5.b. Uploader's email address: elexabusibnene@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=twogirls
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RJ1Ni5Rt1iw, https://www.peekvids.com/watch?v=ZPiGRPuZM_5,
https://www.peekvids.com/watch?v=Rxg7JyaSscx, https://www.peekvids.com/watch?v=04N-rOdddJf, https://www.peekvids.com/watch?v=WmM46iyAkRn,
https://www.peekvids.com/watch?v=H2n-On5kb1v, https://www.peekvids.com/watch?v=VV7caBtQAvR, https://www.peekvids.com/watch?v=so0SKC4WdoH,
https://www.peekvids.com/watch?v=6cwhxUtMmYI, https://www.peekvids.com/watch?v=l0NVZxxn3U8, https://www.peekvids.com/watch?v=eZHPbF_b0Qp,
https://www.peekvids.com/watch?v=zK9PjS-fcIS, https://www.peekvids.com/watch?v=KUpGyj5N73Z, https://www.peekvids.com/watch?v=Uy2VT7JEAuJ,
https://www.peekvids.com/watch?v=85imLi26cUK, https://www.peekvids.com/watch?v=rnn0ScoGw_f, https://www.peekvids.com/watch?v=t9cGHaz6twP,
https://www.peekvids.com/watch?v=H_c0iWYETPl, https://www.peekvids.com/watch?v=mVit8_REEjp, https://www.peekvids.com/watch?v=6Tn2CCxFVoD,
https://www.peekvids.com/watch?v=VlOR15PiOVB, https://www.peekvids.com/watch?v=XxHLAdOQjcd, https://www.peekvids.com/watch?v=x5UgMi123bu,
https://www.peekvids.com/watch?v=CKYd6t4B-U3, https://www.peekvids.com/watch?v=c4FeTZPBPZ3, https://www.peekvids.com/watch?v=uGG-l0vTO1E,
https://www.peekvids.com/watch?v=OPa8VzOB-0p, https://www.peekvids.com/watch?v=KBcx2tiB3LI, https://www.peekvids.com/watch?v=tGE22u3nCOD,
https://www.peekvids.com/watch?v=SbdVxsRIi4p, https://www.peekvids.com/watch?v=qEbcL-NRnSI, https://www.peekvids.com/watch?v=FkS-woMDcSR,
https://www.peekvids.com/watch?v=0bNZTuJvw3L, https://www.peekvids.com/watch?v=9PTB3_QD_8p, https://www.peekvids.com/watch?v=Tr7lf4Ky6Aw,
https://www.peekvids.com/watch?v=oMP7zdlwh5v, https://www.peekvids.com/watch?v=SsUNUQAKlQF, https://www.peekvids.com/watch?v=QHBqo2yIOYy,
https://www.peekvids.com/watch?v=X96_feBrbfi, https://www.peekvids.com/watch?v=6ME029HnW4l, https://www.peekvids.com/watch?v=Nkpaq5IIl5L,
https://www.peekvids.com/watch?v=OkQjrvr_M8m, https://www.peekvids.com/watch?v=2hPd_no4oSG, https://www.peekvids.com/watch?v=4IzUYghzlCQ,
https://www.peekvids.com/watch?v=y2D6VeFdbBw, https://www.peekvids.com/watch?v=939uvq7rB8s, https://www.peekvids.com/watch?v=lmtZVwT-JQ8,
https://www.peekvids.com/watch?v=vpcwmHfIcFu, https://www.peekvids.com/watch?v=maBsYuFMm8q, https://www.peekvids.com/watch?v=hZPOpXqcgYy,
https://www.peekvids.com/watch?v=PCtDKaeI0g3, https://www.peekvids.com/watch?v=FQYDPS4jfPK, https://www.peekvids.com/watch?v=uLh5F4IsvCk,
https://www.peekvids.com/watch?v=4SpCSC62TM3, https://www.peekvids.com/watch?v=wKFGoMDHZJF, https://www.peekvids.com/watch?v=e2fWVOMnIqR,
https://www.peekvids.com/watch?v=jI2CeaZB8Re, https://www.peekvids.com/watch?v=uilmn0NbN6y, https://www.peekvids.com/watch?v=WTqZfAEqIpG,
https://www.peekvids.com/watch?v=lR_B1J0Sf4H, https://www.peekvids.com/watch?v=b6Eo0bfBx8K, https://www.peekvids.com/watch?v=GI6InsA9dHq,
https://www.peekvids.com/watch?v=6JFh8LLT8Kx, https://www.peekvids.com/watch?v=fspRsmXLp_r, https://www.peekvids.com/watch?v=fKBkgoowc3D,
https://www.peekvids.com/watch?v=ZvbANj3nPyQ, https://www.peekvids.com/watch?v=b-K9Quh0pKY, https://www.peekvids.com/watch?v=HCwj8BFzw-k,
https://www.peekvids.com/watch?v=wluIYcHGbR9, https://www.peekvids.com/watch?v=V-1gR5AsdSI, https://www.peekvids.com/watch?v=JKkuwkKQP0S,
https://www.peekvids.com/watch?v=khIenOjSRkv, https://www.peekvids.com/watch?v=i-nFpGKvB-Z, https://www.peekvids.com/watch?v=3yWJTt1mivY,
https://www.peekvids.com/watch?v=DE-f__Qarps, https://www.peekvids.com/watch?v=Xk62VcrJHrb, https://www.peekvids.com/watch?v=I0ZT0RMERUT,
https://www.peekvids.com/watch?v=lxKFknYBThV, https://www.peekvids.com/watch?v=kzZdOvdruXm, https://www.peekvids.com/watch?v=JDIpOQUX2Me,
https://www.peekvids.com/watch?v=YQFLdpJVa9v, https://www.peekvids.com/watch?v=V5ZeNVo9m1E, https://www.peekvids.com/watch?v=DNfb020lTnp,
https://www.peekvids.com/watch?v=k5ZlnSVQ8jZ, https://www.peekvids.com/watch?v=OtpuUfV1zQz, https://www.peekvids.com/watch?v=twTL0CURRoR,
https://www.peekvids.com/watch?v=LnCcYu5TZ9U, https://www.peekvids.com/watch?v=bI284WZmY9o, https://www.peekvids.com/watch?v=3CAmRWo9d_S,
https://www.peekvids.com/watch?v=eGbKir4cBvS, https://www.peekvids.com/watch?v=XhZ4wJPgMBg, https://www.peekvids.com/watch?v=Heir8xKpP6u,
https://www.peekvids.com/watch?v=0kHXIyonwjv, https://www.peekvids.com/watch?v=yP-zGCDEpuz, https://www.peekvids.com/watch?v=BQZaovM4yKM,
https://www.peekvids.com/watch?v=WOg8axElkOD, https://www.peekvids.com/watch?v=UIlS9DIcapU, https://www.peekvids.com/watch?v=MZF-PmS58oI,
https://www.peekvids.com/watch?v=ddJvvuOb8_L, https://www.peekvids.com/watch?v=p6YYGsyqBLT, https://www.peekvids.com/watch?v=x3sQw6VO3rn,
https://www.peekvids.com/watch?v=RVo6-_mqIwd, https://www.peekvids.com/watch?v=0Ml3hH5b5ke, https://www.peekvids.com/watch?v=WjoYAxwyaF7,
https://www.peekvids.com/watch?v=ZeXyI0G-EWT, https://www.peekvids.com/watch?v=88SwgjHkkYH, https://www.peekvids.com/watch?v=lnBgqTvi6ge,
https://www.peekvids.com/watch?v=LoDsJm-HhUc
5.f. Date of third notice: 2015-09-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: useuseuse
5.b. Uploader's email address: ballubulla@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=useuseuse
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=I-vaAD95toW, https://www.peekvids.com/watch?v=36q1E59FfB9,
https://www.peekvids.com/watch?v=6_xGvhec3ZH, https://www.peekvids.com/watch?v=uYJLpFPux_v, https://www.peekvids.com/watch?v=i1q-qeRh-XL,
https://www.peekvids.com/watch?v=ss8eoBsW9I7, https://www.peekvids.com/watch?v=SCCG0nCj6de, https://www.peekvids.com/watch?v=Ufelql3TyVn,
https://www.peekvids.com/watch?v=UbluSVnPRyE, https://www.peekvids.com/watch?v=e05gfrMODGl, https://www.peekvids.com/watch?v=NaonMCo1VyL,
https://www.peekvids.com/watch?v=bTk4jCjpFBj, https://www.peekvids.com/watch?v=I2lppmN16yO, https://www.peekvids.com/watch?v=zmdGs-g_2ad,
https://www.peekvids.com/watch?v=UEpVbDzVjZv, https://www.peekvids.com/watch?v=mF4uOH4_bcx, https://www.peekvids.com/watch?v=Y0zv_mixXiT,
https://www.peekvids.com/watch?v=e7CR-SPqIiE, https://www.peekvids.com/watch?v=Hx-JOR63fkB, https://www.peekvids.com/watch?v=XULrs9NYYvF,
https://www.peekvids.com/watch?v=YC9dRkYZfbz, https://www.peekvids.com/watch?v=dO77uiplI15, https://www.peekvids.com/watch?v=QuoSmshdQ-f,
https://www.peekvids.com/watch?v=h44jjvoOUya, https://www.peekvids.com/watch?v=Dsj5mR-kjKz, https://www.peekvids.com/watch?v=lCZc8ZUnFof,
https://www.peekvids.com/watch?v=J1kjnBnyvBJ, https://www.peekvids.com/watch?v=x0c-w861ukC, https://www.peekvids.com/watch?v=EIbJV-88Q94,
https://www.peekvids.com/watch?v=7bnfiMVjAOq, https://www.peekvids.com/watch?v=hA8yihOcUfG, https://www.peekvids.com/watch?v=UjPP5GUByD0,
https://www.peekvids.com/watch?v=yZNO4TS3BxX, https://www.peekvids.com/watch?v=V4J89BdHpob, https://www.peekvids.com/watch?v=WwlTrx5LHHH,
https://www.peekvids.com/watch?v=PkEXdO4tO0D, https://www.peekvids.com/watch?v=ORsnxIjETiL, https://www.peekvids.com/watch?v=ygpS6Dy8qbp,
https://www.peekvids.com/watch?v=7Za4IcDiQ0R, https://www.peekvids.com/watch?v=lVY_dgOgbys, https://www.peekvids.com/watch?v=akiHJiX0xaG,
https://www.peekvids.com/watch?v=fKDZD0U1cO3, https://www.peekvids.com/watch?v=8iL75bDufhd, https://www.peekvids.com/watch?v=9jnAil-cG15,
https://www.peekvids.com/watch?v=9uxg8ITNn-N, https://www.peekvids.com/watch?v=9TE_7I2W0Yh, https://www.peekvids.com/watch?v=gk2ugqqLN_O,
https://www.peekvids.com/watch?v=z2iLMls4ZR3, https://www.peekvids.com/watch?v=k3nqNkeUiAY, https://www.peekvids.com/watch?v=g7QDRP99pNa,
https://www.peekvids.com/watch?v=chVQmmsUQ1B, https://www.peekvids.com/watch?v=zy6WhCLejjh, https://www.peekvids.com/watch?v=5DkUKe5MSKB,
https://www.peekvids.com/watch?v=J8WRocoVjkX, https://www.peekvids.com/watch?v=n0uFWhxwPvT, https://www.peekvids.com/watch?v=6s7tVyRZfTT,
https://www.peekvids.com/watch?v=MPM14trGZbN, https://www.peekvids.com/watch?v=BM0dFFmNbPk, https://www.peekvids.com/watch?v=8Qtrcl5bu7Q,
https://www.peekvids.com/watch?v=G1LpF7dnoY0, https://www.peekvids.com/watch?v=S_-owsByW0x, https://www.peekvids.com/watch?v=x2Nct4oW_yr,
https://www.peekvids.com/watch?v=Demku9wI5X5, https://www.peekvids.com/watch?v=qPlp8Fan_c6, https://www.peekvids.com/watch?v=MsTCMgRIAvL,
https://www.peekvids.com/watch?v=eiIm86xJhQ4, https://www.peekvids.com/watch?v=VMDY7qJkgFp, https://www.peekvids.com/watch?v=r0DqgMS_EzF,
https://www.peekvids.com/watch?v=u5wZn1vgwVE, https://www.peekvids.com/watch?v=2NVj9ydPEtu, https://www.peekvids.com/watch?v=lhAtvzijFng,
https://www.peekvids.com/watch?v=paSYgqB-fs8, https://www.peekvids.com/watch?v=ekYYxQPazyB, https://www.peekvids.com/watch?v=9SyCVR-sPiQ,
https://www.peekvids.com/watch?v=Z4HlnSBZBex, https://www.peekvids.com/watch?v=tFEdlYik71e, https://www.peekvids.com/watch?v=Kum7fPksZ3M,
https://www.peekvids.com/watch?v=b5MXKtwL8bw, https://www.peekvids.com/watch?v=2K8PAhsxixf, https://www.peekvids.com/watch?v=O327AlkTxcT,
https://www.peekvids.com/watch?v=Ldv5H9Qi1U5, https://www.peekvids.com/watch?v=nk9uuZp0kKH, https://www.peekvids.com/watch?v=SaTsX9s0xtg,
https://www.peekvids.com/watch?v=BytqUkWum02, https://www.peekvids.com/watch?v=OXjV5XWrdYW
5.f. Date of third notice: 2015-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: utopianow
5.b. Uploader's email address: fftendftendorff@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=utopianow
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DMG4rk_9dE8, https://www.peekvids.com/watch?v=nWwSkOT2Y0d,
https://www.peekvids.com/watch?v=RvoPqJ3XmME, https://www.peekvids.com/watch?v=x9KRrZMbx9n, https://www.peekvids.com/watch?v=lIiIT4zpqHl,
https://www.peekvids.com/watch?v=3m6qWu8pcEM, https://www.peekvids.com/watch?v=wF9Q11CbSJC, https://www.peekvids.com/watch?v=k7LnfbJ4Hrc,
https://www.peekvids.com/watch?v=TR8lFDIkF1M, https://www.peekvids.com/watch?v=AdxC4Dfja9E, https://www.peekvids.com/watch?v=4o7Pt7Z4mKj,
https://www.peekvids.com/watch?v=gOLJ-F0QJU0, https://www.peekvids.com/watch?v=cs08Eofbz1h, https://www.peekvids.com/watch?v=h5Qr9yaXPOX,
https://www.peekvids.com/watch?v=EplEa2bKxcS, https://www.peekvids.com/watch?v=4SkIfUX7KnY, https://www.peekvids.com/watch?v=JwcCU5Jc1pg,
https://www.peekvids.com/watch?v=CQrxntxJoOq, https://www.peekvids.com/watch?v=IXs8cD0sJgY, https://www.peekvids.com/watch?v=g7GwvJUhmRV,
https://www.peekvids.com/watch?v=6oeut3zoAQQ, https://www.peekvids.com/watch?v=XKHVkqa-7RB, https://www.peekvids.com/watch?v=sfPwfjuOzvf,
https://www.peekvids.com/watch?v=HbwlqgfTJor, https://www.peekvids.com/watch?v=K4V1KFxRX-R, https://www.peekvids.com/watch?v=Ho9wn8jR9Hb,
https://www.peekvids.com/watch?v=klBYz37jmR2, https://www.peekvids.com/watch?v=LaJ3mG3d5QP, https://www.peekvids.com/watch?v=xCQam8qyJva,
https://www.peekvids.com/watch?v=QMjg27oPz0v, https://www.peekvids.com/watch?v=7pzJn1GydHG, https://www.peekvids.com/watch?v=MhEQAqiQ-MY,
https://www.peekvids.com/watch?v=hiB2_AbWZLn, https://www.peekvids.com/watch?v=66__Oypnkqs, https://www.peekvids.com/watch?v=C-2GeV-3IJN,
https://www.peekvids.com/watch?v=JaqpKiovPqE, https://www.peekvids.com/watch?v=lkD4Uu918Kd, https://www.peekvids.com/watch?v=T9iKGLTQELy,
https://www.peekvids.com/watch?v=8EwijXZmOfS, https://www.peekvids.com/watch?v=85RHZW57Gs8, https://www.peekvids.com/watch?v=KB3G_psUUSw,
https://www.peekvids.com/watch?v=g4sBh2C_CpP, https://www.peekvids.com/watch?v=ANaKXOy_UiW, https://www.peekvids.com/watch?v=Sp6lSnJwhUp,
https://www.peekvids.com/watch?v=rGyQ05-zP4N, https://www.peekvids.com/watch?v=wJ2s90XFm3y, https://www.peekvids.com/watch?v=Y0y4f8-gVKZ,
https://www.peekvids.com/watch?v=0OJcO8wl7HD, https://www.peekvids.com/watch?v=A656_z_YI3O, https://www.peekvids.com/watch?v=3EXEeRQbzMA,
https://www.peekvids.com/watch?v=To-uLD2eh-x, https://www.peekvids.com/watch?v=DmaHq9VEQml, https://www.peekvids.com/watch?v=A3ANT6wzpmJ,
https://www.peekvids.com/watch?v=lj4vzW6Tirq, https://www.peekvids.com/watch?v=iUSKmMJngy6, https://www.peekvids.com/watch?v=fP1fpTSzv0i,
https://www.peekvids.com/watch?v=ShuYOC05d4H, https://www.peekvids.com/watch?v=xHIW9TUt_oX, https://www.peekvids.com/watch?v=eL1RcCZ7svA,
https://www.peekvids.com/watch?v=VJ47RMI8v6Y, https://www.peekvids.com/watch?v=ueL4SlykMYH, https://www.peekvids.com/watch?v=mzubcdLHDW9,
https://www.peekvids.com/watch?v=TcIOrFla0sE, https://www.peekvids.com/watch?v=VOxx0xlpKLR, https://www.peekvids.com/watch?v=z0zTZ8flA3O,
https://www.peekvids.com/watch?v=t4kUuD2FUg4, https://www.peekvids.com/watch?v=8xkKC0tHAU3, https://www.peekvids.com/watch?v=9SOvb8CFrVQ,
https://www.peekvids.com/watch?v=9odHAQpSFdg, https://www.peekvids.com/watch?v=bdf6VWrVz8Q, https://www.peekvids.com/watch?v=3Bjh1IFZBhZ,
https://www.peekvids.com/watch?v=dOWpOgVGkIm, https://www.peekvids.com/watch?v=W52ETMmp-uK, https://www.peekvids.com/watch?v=SZdVaXX4AG8,
https://www.peekvids.com/watch?v=MU0VojBwU1q, https://www.peekvids.com/watch?v=T86bPhDAsQH, https://www.peekvids.com/watch?v=8dtXDV-BSo3,
https://www.peekvids.com/watch?v=9P4XIqPIUuW, https://www.peekvids.com/watch?v=OOxqsAEfAkC, https://www.peekvids.com/watch?v=f8ePUgI60mM,
https://www.peekvids.com/watch?v=a-BZMLt7cjN, https://www.peekvids.com/watch?v=BBvL1IabkDv, https://www.peekvids.com/watch?v=rLcwFNoO36t,
https://www.peekvids.com/watch?v=G2fn_2HFRVf, https://www.peekvids.com/watch?v=RStChl4aAcO, https://www.peekvids.com/watch?v=gFGMBwTjVbo,
https://www.peekvids.com/watch?v=zoX1-EpIs-y, https://www.peekvids.com/watch?v=SCrVXpGiMuT, https://www.peekvids.com/watch?v=KkTT5cuiOCJ,
https://www.peekvids.com/watch?v=dRv479JPjt5, https://www.peekvids.com/watch?v=YYdGtTU2j1l, https://www.peekvids.com/watch?v=5X741JXNBYf,
https://www.peekvids.com/watch?v=YdNEagfW_u3, https://www.peekvids.com/watch?v=Qufry2o_PBV

5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: VikWolf
5.b. Uploader's email address: volkros@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=VikWolf
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XwuukWJHczr, https://www.peekvids.com/watch?v=uk22SbE3VIm,
https://www.peekvids.com/watch?v=bnJQDtEv4Sx, https://www.peekvids.com/watch?v=wcVpOqbc2Fh, https://www.peekvids.com/watch?v=GxF8Y4t6jh2,
https://www.peekvids.com/watch?v=5vQhxL7R3Es, https://www.peekvids.com/watch?v=HKjGDqpCx6U, https://www.peekvids.com/watch?v=u3iEwD2hiId,
https://www.peekvids.com/watch?v=wYsxURKkloj, https://www.peekvids.com/watch?v=FvICIuNYcPI, https://www.peekvids.com/watch?v=-jph-UlsqfR,
https://www.peekvids.com/watch?v=OvqL4hzJuyQ, https://www.peekvids.com/watch?v=WW3ZnS2uLVp, https://www.peekvids.com/watch?v=XJ89u5PmKKJ,
https://www.peekvids.com/watch?v=x2SkUXzTy2t, https://www.peekvids.com/watch?v=mKC4bFs2HFg, https://www.peekvids.com/watch?v=ovLkncVBulJ,
https://www.peekvids.com/watch?v=QSMOV5UZUFH, https://www.peekvids.com/watch?v=DVnR4zg3Nqn, https://www.peekvids.com/watch?v=P2QipFkK6NH,
https://www.peekvids.com/watch?v=wbiVKh2E8vH, https://www.peekvids.com/watch?v=2KkqXqGqn9a, https://www.peekvids.com/watch?v=bRYZgrL55A0,
https://www.peekvids.com/watch?v=Fzw88eqHiYy, https://www.peekvids.com/watch?v=5GFzSobMPK7, https://www.peekvids.com/watch?v=qo0ukb3bQBT,
https://www.peekvids.com/watch?v=VYJTUiMzBMc, https://www.peekvids.com/watch?v=EjeJZDguZza, https://www.peekvids.com/watch?v=i5C82jTOUvD,
https://www.peekvids.com/watch?v=AzTWIdXZEjm, https://www.peekvids.com/watch?v=s-XzYAXAuJV, https://www.peekvids.com/watch?v=iTzOUXjxC5N,
https://www.peekvids.com/watch?v=APeH3Gaxzur, https://www.peekvids.com/watch?v=75mZCTylYmG, https://www.peekvids.com/watch?v=tJrczteARJR,
https://www.peekvids.com/watch?v=JBFj8aZhXLW, https://www.peekvids.com/watch?v=PPqF2EgPOMt, https://www.peekvids.com/watch?v=yU6urCQMp6c,
https://www.peekvids.com/watch?v=cyS933GoApV, https://www.peekvids.com/watch?v=vOKnpofc3ay, https://www.peekvids.com/watch?v=xMYsOdVSt9e,
https://www.peekvids.com/watch?v=Xhg3Z7h5BYn, https://www.peekvids.com/watch?v=RAxrEa3WpEu, https://www.peekvids.com/watch?v=EA-FtNK0OmL,
https://www.peekvids.com/watch?v=Bhk3ZRuXIw0, https://www.peekvids.com/watch?v=KMAw6rECpZ2, https://www.peekvids.com/watch?v=o9INbq9xF5l,
https://www.peekvids.com/watch?v=b29Rh3AQgBr, https://www.peekvids.com/watch?v=pGUQpm9FHBu, https://www.peekvids.com/watch?v=OZ6cn9pKllw,
https://www.peekvids.com/watch?v=aMS2mzMJSNb, https://www.peekvids.com/watch?v=tZlwrDzuCee, https://www.peekvids.com/watch?v=0JiUYUZk4j-,
https://www.peekvids.com/watch?v=XIH4I69loVp, https://www.peekvids.com/watch?v=VtqYlQwPUWJ, https://www.peekvids.com/watch?v=kLlq3wj52vl,
https://www.peekvids.com/watch?v=SbQPnH3wu5s, https://www.peekvids.com/watch?v=QlHpn2ekcO5, https://www.peekvids.com/watch?v=naOfFROK04H,
https://www.peekvids.com/watch?v=rlP2Vbakh2C, https://www.peekvids.com/watch?v=GG5Lb7fzUsl, https://www.peekvids.com/watch?v=wrTHU0djN4b,
https://www.peekvids.com/watch?v=PsAOmQCITtB, https://www.peekvids.com/watch?v=QlxsL6x5PzD, https://www.peekvids.com/watch?v=PKqhyWjXDhp,
https://www.peekvids.com/watch?v=axjIvMdg-DR, https://www.peekvids.com/watch?v=UEvNEgUl-SP, https://www.peekvids.com/watch?v=ROsQYNqF20Y,
https://www.peekvids.com/watch?v=UYmtHtArVVm, https://www.peekvids.com/watch?v=wSfOFTsrUtc, https://www.peekvids.com/watch?v=Vo8RUZwJNZw,
https://www.peekvids.com/watch?v=lc70IrpyLsC, https://www.peekvids.com/watch?v=HEaVDTT6wEN, https://www.peekvids.com/watch?v=fI05T9RLyCb,
https://www.peekvids.com/watch?v=zrIbr4907oU, https://www.peekvids.com/watch?v=iALGWYrMuHo, https://www.peekvids.com/watch?v=YVlz3tMfNr4,
https://www.peekvids.com/watch?v=GTfZi8sYA8L, https://www.peekvids.com/watch?v=89KccKshg4n, https://www.peekvids.com/watch?v=kKq2qR5QxHg,
https://www.peekvids.com/watch?v=nDFhZ8SwO57, https://www.peekvids.com/watch?v=GXmfQhmEWLz, https://www.peekvids.com/watch?v=r9pYW6CFBrF,
https://www.peekvids.com/watch?v=Zl3ClzToaFt, https://www.peekvids.com/watch?v=Gla4JV0dbPX, https://www.peekvids.com/watch?v=uwtBtOR5pS8,
https://www.peekvids.com/watch?v=f9i9Mr4eEQn, https://www.peekvids.com/watch?v=QHKEtSU00zN, https://www.peekvids.com/watch?v=nS6dhxGRBGq,
https://www.peekvids.com/watch?v=Omwq4ZIgDLC, https://www.peekvids.com/watch?v=ymZIdKl6zBT, https://www.peekvids.com/watch?v=tGz33GhMJ27,
https://www.peekvids.com/watch?v=7J5t3jQFfat, https://www.peekvids.com/watch?v=cbhIdyMMKGS, https://www.peekvids.com/watch?v=mmEjW52e6Gv,
https://www.peekvids.com/watch?v=l-keLHc3uOX, https://www.peekvids.com/watch?v=Vq8ciigO6sD, https://www.peekvids.com/watch?v=c3dpyOUWjfw,
https://www.peekvids.com/watch?v=o6InnfdYhZC, https://www.peekvids.com/watch?v=pz7ZkUML-v7, https://www.peekvids.com/watch?v=s3qfldZt0IS,
https://www.peekvids.com/watch?v=HQsGVeluk0K, https://www.peekvids.com/watch?v=0pfqHcubTal, https://www.peekvids.com/watch?v=qVTFRLOErna,
https://www.peekvids.com/watch?v=HwKXoMBjezs, https://www.peekvids.com/watch?v=T7PUt-e7ofK, https://www.peekvids.com/watch?v=eOGc4JIfHpg,
https://www.peekvids.com/watch?v=JZKJPb08wzi, https://www.peekvids.com/watch?v=kftUICYBc9k, https://www.peekvids.com/watch?v=tAVUiEg7IdR,
https://www.peekvids.com/watch?v=DyLMTSgEoQz, https://www.peekvids.com/watch?v=EU_y0mtZP9m, https://www.peekvids.com/watch?v=nJYpXg_a6XZ,
https://www.peekvids.com/watch?v=QFiX1VazOLR, https://www.peekvids.com/watch?v=2P-LNtHQg1Q, https://www.peekvids.com/watch?v=jIRxp-HZtWy,
https://www.peekvids.com/watch?v=tb8_rY16R1u, https://www.peekvids.com/watch?v=v2uLlY-M3IR, https://www.peekvids.com/watch?v=lxaMenbDU2b,
https://www.peekvids.com/watch?v=4TrIrXZskpW, https://www.peekvids.com/watch?v=VPbsinxhQ_K, https://www.peekvids.com/watch?v=xZ0UqC6a0Vi,
https://www.peekvids.com/watch?v=irKhYq_xfvA, https://www.peekvids.com/watch?v=7SlvguAJX-6, https://www.peekvids.com/watch?v=2VpXXZTB1TU,
https://www.peekvids.com/watch?v=dv5wOaRTD4b, https://www.peekvids.com/watch?v=Z3Hv9NCGU0l, https://www.peekvids.com/watch?v=K17zMDkv_d4,
https://www.peekvids.com/watch?v=IZeniDqOGWS, https://www.peekvids.com/watch?v=JWRNQb96nop, https://www.peekvids.com/watch?v=ccW6_8-u46E,
https://www.peekvids.com/watch?v=UusbSiR30eb, https://www.peekvids.com/watch?v=K32dW981h1j, https://www.peekvids.com/watch?v=H6kfS_hsHMC,
https://www.peekvids.com/watch?v=U-gt2M8E6_U, https://www.peekvids.com/watch?v=0bf1ziDpsyV, https://www.peekvids.com/watch?v=iMTVTi-tz4K,
https://www.peekvids.com/watch?v=jPLpVdUZI7N, https://www.peekvids.com/watch?v=E_a-FviE5Af, https://www.peekvids.com/watch?v=LSycd_gDZIi,
https://www.peekvids.com/watch?v=nVdv2dq_8M7, https://www.peekvids.com/watch?v=SctVko8RtcR, https://www.peekvids.com/watch?v=4pPhKgdigOt,
https://www.peekvids.com/watch?v=6t7kEsW9weP, https://www.peekvids.com/watch?v=yqSPtYXJReI, https://www.peekvids.com/watch?v=ojG19bXmSJW,
https://www.peekvids.com/watch?v=l4jSnK2pHBl, https://www.peekvids.com/watch?v=whZjx94WElR, https://www.peekvids.com/watch?v=rPk-nK4tF9K,
https://www.peekvids.com/watch?v=rkNn-0yO-U8, https://www.peekvids.com/watch?v=tvNKJ-u-Xh8, https://www.peekvids.com/watch?v=H3mYqlXs_Ou,
https://www.peekvids.com/watch?v=CHbU91MBXvg, https://www.peekvids.com/watch?v=bC5mFdm3an3, https://www.peekvids.com/watch?v=WYSo35sTvHz,
https://www.peekvids.com/watch?v=pjHqMy2-c5w, https://www.peekvids.com/watch?v=TV82kPrhzKR, https://www.peekvids.com/watch?v=wMnwGMN_AZP,
https://www.peekvids.com/watch?v=Pb8LM_jY3-3, https://www.peekvids.com/watch?v=7l_nKYuV7Bv, https://www.peekvids.com/watch?v=92Sc8i57C_m,
https://www.peekvids.com/watch?v=0UM66DOGuRx, https://www.peekvids.com/watch?v=Mc7zN8dzgDB, https://www.peekvids.com/watch?v=RBZiUsEwtsN,
https://www.peekvids.com/watch?v=2KTWcDeCSbJ, https://www.peekvids.com/watch?v=bfxIoeaG-OM, https://www.peekvids.com/watch?v=SjufZboBhiH,
https://www.peekvids.com/watch?v=GEgVM-lwqZ2, https://www.peekvids.com/watch?v=dk6QApONkyQ, https://www.peekvids.com/watch?v=YStlQHDXgWK,
https://www.peekvids.com/watch?v=Nmjo180Y84p, https://www.peekvids.com/watch?v=NCsDzHd0Rhk, https://www.peekvids.com/watch?v=KbAEGVUpGuD,
https://www.peekvids.com/watch?v=4un1f8qWx_c, https://www.peekvids.com/watch?v=emsgduIYrSz, https://www.peekvids.com/watch?v=ZqaE5fcLBHy,
https://www.peekvids.com/watch?v=uwaxay_Laqn, https://www.peekvids.com/watch?v=dwBQIZO_BJW, https://www.peekvids.com/watch?v=9T6t2amIJIu,
https://www.peekvids.com/watch?v=a8wamfeWgVw, https://www.peekvids.com/watch?v=B3MkJsXpTSW, https://www.peekvids.com/watch?v=GZpOnqKc1xt,
https://www.peekvids.com/watch?v=TrzGT58T2XM, https://www.peekvids.com/watch?v=3IwXhVwpw53, https://www.peekvids.com/watch?v=qA0nu_ZSyT0,
https://www.peekvids.com/watch?v=a_VI9vhhnPm, https://www.peekvids.com/watch?v=7FT5ItYfRBx, https://www.peekvids.com/watch?v=lRzwG5vaEkm,
https://www.peekvids.com/watch?v=kxGBmBkTgvE, https://www.peekvids.com/watch?v=pvzlVp18kxF, https://www.peekvids.com/watch?v=jCaB_FfDdGO,
https://www.peekvids.com/watch?v=dn81uwTsyEd, https://www.peekvids.com/watch?v=O7X9VJpcGxH, https://www.peekvids.com/watch?v=v8JIpBLM7Eg,
https://www.peekvids.com/watch?v=lJ95Yf3beds, https://www.peekvids.com/watch?v=u9TvBgG6_6L, https://www.peekvids.com/watch?v=R1LdYI8qez6,
https://www.peekvids.com/watch?v=L7V2z92_xfA, https://www.peekvids.com/watch?v=K2uc4HsQlh7, https://www.peekvids.com/watch?v=AaTsWFkkjvZ,
https://www.peekvids.com/watch?v=vWM6UO7qb0z, https://www.peekvids.com/watch?v=v2xM-xIti1B, https://www.peekvids.com/watch?v=mAKxYgVHPp7,
https://www.peekvids.com/watch?v=fI5M_TSW0-e, https://www.peekvids.com/watch?v=smBAId5bm8T, https://www.peekvids.com/watch?v=XjSKHx1_weq,
https://www.peekvids.com/watch?v=gA1UD7b7TFq, https://www.peekvids.com/watch?v=QhIMxoFsq3S, https://www.peekvids.com/watch?v=UfSt-QL98Mv,
https://www.peekvids.com/watch?v=bJMe-XFuriZ, https://www.peekvids.com/watch?v=P4ynEO09yNx, https://www.peekvids.com/watch?v=mxyWWK9NERJ,
https://www.peekvids.com/watch?v=6_02H4tLXjT, https://www.peekvids.com/watch?v=vnRqcnyUML5, https://www.peekvids.com/watch?v=AHIKB-dSm_Z,
https://www.peekvids.com/watch?v=Rvwshy0bFU6, https://www.peekvids.com/watch?v=2w85wrKkGHl, https://www.peekvids.com/watch?v=8er-mfjI1OW,
https://www.peekvids.com/watch?v=77c1h1LqczY, https://www.peekvids.com/watch?v=8GjMs0MZp4x, https://www.peekvids.com/watch?v=qOUSMy3elYp,
https://www.peekvids.com/watch?v=S1wqtt1QvJE, https://www.peekvids.com/watch?v=JcRctXSrT6k, https://www.peekvids.com/watch?v=vDAMbieI98E,
https://www.peekvids.com/watch?v=eKiVFUiu-nV, https://www.peekvids.com/watch?v=PPsLjqu3Aal, https://www.peekvids.com/watch?v=IVDYcx9kerQ,
https://www.peekvids.com/watch?v=Eop1LsxBlLl, https://www.peekvids.com/watch?v=shZXbYMdtu9, https://www.peekvids.com/watch?v=DvRTETCWphu,
https://www.peekvids.com/watch?v=bHbuPlqAl_4, https://www.peekvids.com/watch?v=RFyNE8zGUTG, https://www.peekvids.com/watch?v=QRSjnRE9xJP,
https://www.peekvids.com/watch?v=ZTNUS_ZsZeT, https://www.peekvids.com/watch?v=5Y26ate5H-V, https://www.peekvids.com/watch?v=VVICQhpAmMA,
https://www.peekvids.com/watch?v=7AQa5-qmDJT, https://www.peekvids.com/watch?v=6H66CWFapws, https://www.peekvids.com/watch?v=uZGdiR9hTDZ,
https://www.peekvids.com/watch?v=DwJsDH4ZCyc, https://www.peekvids.com/watch?v=am1pULMzUXz, https://www.peekvids.com/watch?v=x4iKEdgvkZk,
https://www.peekvids.com/watch?v=ZWKSZLXWlwp, https://www.peekvids.com/watch?v=nPeqwaUNUSQ, https://www.peekvids.com/watch?v=kpJjFBP9B86,
https://www.peekvids.com/watch?v=SKfvRClVUby, https://www.peekvids.com/watch?v=Bpn-ReroYGT, https://www.peekvids.com/watch?v=TtTQ8KlgJ0I,
https://www.peekvids.com/watch?v=KJCkPoTNvvK, https://www.peekvids.com/watch?v=rM2ekODVNbQ, https://www.peekvids.com/watch?v=wh2edCuV5VG,
https://www.peekvids.com/watch?v=9VaaKy0j_v4, https://www.peekvids.com/watch?v=t_Dbi3zTkkU, https://www.peekvids.com/watch?v=b6WeKHDG3no,
https://www.peekvids.com/watch?v=8eQt9XAnQk6, https://www.peekvids.com/watch?v=xgQ_Y_BCNEp, https://www.peekvids.com/watch?v=zm-kVBKhtgY,
https://www.peekvids.com/watch?v=y-xfDh8pPR5, https://www.peekvids.com/watch?v=mTbTzgm4W7V, https://www.peekvids.com/watch?v=z6DnJkr0EuF,
https://www.peekvids.com/watch?v=oFv6z1o6Yup, https://www.peekvids.com/watch?v=hzvqQ4wEEyw, https://www.peekvids.com/watch?v=9oXZrPDjvZC,
https://www.peekvids.com/watch?v=fni6HnlUxgY, https://www.peekvids.com/watch?v=m53xTA77MFj, https://www.peekvids.com/watch?v=LzW2XqgG_7V,
https://www.peekvids.com/watch?v=HZFukFSFncH, https://www.peekvids.com/watch?v=bF1jyOCuJSq, https://www.peekvids.com/watch?v=8oGBkNPB02A,
https://www.peekvids.com/watch?v=r1uEEhlJQsN, https://www.peekvids.com/watch?v=VV6HwtooU9p, https://www.peekvids.com/watch?v=8zcP1ublQfP,
https://www.peekvids.com/watch?v=ZKs9chRGg6I, https://www.peekvids.com/watch?v=J7CZy30N4zS, https://www.peekvids.com/watch?v=ZynjR2jIIaa,
https://www.peekvids.com/watch?v=hnkozm1KdRG, https://www.peekvids.com/watch?v=k17fXKj05kJ, https://www.peekvids.com/watch?v=WdLte_HxMV2,
https://www.peekvids.com/watch?v=NdStcymHfEm, https://www.peekvids.com/watch?v=hszrbmj3qcz, https://www.peekvids.com/watch?v=b0JZetYxkqC,
https://www.peekvids.com/watch?v=hg61104qtB0, https://www.peekvids.com/watch?v=BvotT88r_-E, https://www.peekvids.com/watch?v=LFNV-40mdOn,
https://www.peekvids.com/watch?v=csp1hGNEOKA, https://www.peekvids.com/watch?v=M2m2Wcy0TC7, https://www.peekvids.com/watch?v=shXlCAcT2sZ,
https://www.peekvids.com/watch?v=M4KdlcvrRkI, https://www.peekvids.com/watch?v=QB2WkxqCw1s, https://www.peekvids.com/watch?v=s-0DLXdVB_R,
https://www.peekvids.com/watch?v=HEub3VZkS4h, https://www.peekvids.com/watch?v=RIsFLZ-Vbc9, https://www.peekvids.com/watch?v=JJ4h1uNbtU6,
https://www.peekvids.com/watch?v=otdjTUkkOko, https://www.peekvids.com/watch?v=HfUl8e4L6SE, https://www.peekvids.com/watch?v=J5jdiw2mmhR,
https://www.peekvids.com/watch?v=8abgNbaGQAC, https://www.peekvids.com/watch?v=D4k9LhWaxx5, https://www.peekvids.com/watch?v=va3YNTlLsyU,
https://www.peekvids.com/watch?v=Fxw8S9FQ6-k, https://www.peekvids.com/watch?v=ev_0HFRxa9K, https://www.peekvids.com/watch?v=sD-D56oxrlx,
https://www.peekvids.com/watch?v=w75J_tn5hrj, https://www.peekvids.com/watch?v=z11vZ6_ggdu, https://www.peekvids.com/watch?v=HRUwsCxJY1J,
https://www.peekvids.com/watch?v=k8kSl5_h6kQ, https://www.peekvids.com/watch?v=DCpV029vtas, https://www.peekvids.com/watch?v=3bglnGwZuOF,
https://www.peekvids.com/watch?v=qS1_oSOjRma, https://www.peekvids.com/watch?v=sAHNUZ_Sa6k, https://www.peekvids.com/watch?v=8l18cKVCp-h,
https://www.peekvids.com/watch?v=aTmimZpvomt, https://www.peekvids.com/watch?v=UeJrx6ta9DE, https://www.peekvids.com/watch?v=af2PG9KlRjb,
https://www.peekvids.com/watch?v=loisH_AeoJM, https://www.peekvids.com/watch?v=oNfVUeuMkLE, https://www.peekvids.com/watch?v=lR5tvkpQ8hi,
https://www.peekvids.com/watch?v=cu8d9lRj3Hs, https://www.peekvids.com/watch?v=fPNaVEeIR8f, https://www.peekvids.com/watch?v=4zk3sLPqH-O,
https://www.peekvids.com/watch?v=aMN92a8-X0h, https://www.peekvids.com/watch?v=Eb6qJj7w_-J, https://www.peekvids.com/watch?v=s7LuHjV5aMZ,
https://www.peekvids.com/watch?v=sAuZw9PHjKU, https://www.peekvids.com/watch?v=DbceXELEhr9, https://www.peekvids.com/watch?v=xWKRGFICRAp,
https://www.peekvids.com/watch?v=5kPuGze6Es6, https://www.peekvids.com/watch?v=9ytLrNMPoZH, https://www.peekvids.com/watch?v=Qx9bEggtBNL,
https://www.peekvids.com/watch?v=bNK9phlZ4es, https://www.peekvids.com/watch?v=wsos7GBfLjh, https://www.peekvids.com/watch?v=R14B9Hcw_Eu,
https://www.peekvids.com/watch?v=Ygk4bqN9a4Z, https://www.peekvids.com/watch?v=CLftwbzByNu, https://www.peekvids.com/watch?v=boqX9kktGVR,
https://www.peekvids.com/watch?v=bIW_coqBUmW, https://www.peekvids.com/watch?v=tiQuct1KnSa, https://www.peekvids.com/watch?v=RrnkuKAiCnc,
https://www.peekvids.com/watch?v=EcwNKpd4bpD, https://www.peekvids.com/watch?v=6KjGvxLsKOw, https://www.peekvids.com/watch?v=VwA34t6gwmb,
https://www.peekvids.com/watch?v=V8X_yUoYLtl, https://www.peekvids.com/watch?v=vdsfAWBCRWn, https://www.peekvids.com/watch?v=rD6ZT4sUaP2,
https://www.peekvids.com/watch?v=GV8-DV6UiKq, https://www.peekvids.com/watch?v=sp22DyfgNYn, https://www.peekvids.com/watch?v=H_glD2Kwf_n,
https://www.peekvids.com/watch?v=K8bUjlEy5we, https://www.peekvids.com/watch?v=iS6x0dXyC9Y, https://www.peekvids.com/watch?v=kde0yJzwJhW,
https://www.peekvids.com/watch?v=CTShikRcacd, https://www.peekvids.com/watch?v=erYz0uvubIX, https://www.peekvids.com/watch?v=GqNSoGXDVFo,
https://www.peekvids.com/watch?v=crs7XaGhF3B, https://www.peekvids.com/watch?v=D4xlZAaplNb, https://www.peekvids.com/watch?v=wvq8D19fxnI,
https://www.peekvids.com/watch?v=QGeVL7tobBw, https://www.peekvids.com/watch?v=RqpRU-9rVLo, https://www.peekvids.com/watch?v=44ixUB97n_G,
https://www.peekvids.com/watch?v=9bU1uCzafDM, https://www.peekvids.com/watch?v=ROWl6hpAR14, https://www.peekvids.com/watch?v=79yxQrha3cJ,
https://www.peekvids.com/watch?v=NQcy2C09aty, https://www.peekvids.com/watch?v=mYB1uMPxtgx, https://www.peekvids.com/watch?v=ZF69XGPRAsI,
https://www.peekvids.com/watch?v=B5U4-vcUdv8, https://www.peekvids.com/watch?v=snJIuBJTxQM, https://www.peekvids.com/watch?v=fFdUnDhaMfq,
https://www.peekvids.com/watch?v=qkrVCAWDkgD, https://www.peekvids.com/watch?v=ZV24UkHov1Y, https://www.peekvids.com/watch?v=QuIC1YUilN0,
https://www.peekvids.com/watch?v=Ej3T12Y6m8Y, https://www.peekvids.com/watch?v=kQGdhgQV8yN, https://www.peekvids.com/watch?v=mdiG7V2MyOE,
https://www.peekvids.com/watch?v=Q7mQ90-aA1b, https://www.peekvids.com/watch?v=TXK-NXuBCsN, https://www.peekvids.com/watch?v=mUvoP74B1ui,
https://www.peekvids.com/watch?v=katoC2SY76p, https://www.peekvids.com/watch?v=zBhtxj_SWih, https://www.peekvids.com/watch?v=IQ8C3bVYICR,
https://www.peekvids.com/watch?v=gimvGvV-F6x, https://www.peekvids.com/watch?v=kFgs22nxh_s, https://www.peekvids.com/watch?v=WyzP0EeQRkC,
https://www.peekvids.com/watch?v=hYfIUof4XXI, https://www.peekvids.com/watch?v=BBfNUtHm8FN, https://www.peekvids.com/watch?v=BMA8uaB1kSu,
https://www.peekvids.com/watch?v=3v8mNauvjkN, https://www.peekvids.com/watch?v=VCLwaCLe0wg, https://www.peekvids.com/watch?v=B2PHyWlOb2I,

https://www.peekvids.com/watch?v=kG9tIQC_0-b, https://www.peekvids.com/watch?v=xI2HAzknYcp, https://www.peekvids.com/watch?v=eKaw_hMOXU8, https://www.peekvids.com/watch?v=9JycqUiye9Z, https://www.peekvids.com/watch?v=EMJi73PLKaE, https://www.peekvids.com/watch?v=QIpV_Fhjdnz, https://www.peekvids.com/watch?v=wxncokZP9lf, https://www.peekvids.com/watch?v=rFURAaXMQiN, https://www.peekvids.com/watch?v=PWUsSzOGm9l, https://www.peekvids.com/watch?v=yc3TZGy-J6Q, https://www.peekvids.com/watch?v=F256rSINeqq, https://www.peekvids.com/watch?v=8SqTHZqL0cf, https://www.peekvids.com/watch?v=4ZOLrGz-2q0, https://www.peekvids.com/watch?v=AboIjxuKhtx, https://www.peekvids.com/watch?v=yDBFzB69AMV, https://www.peekvids.com/watch?v=HLE00cPVW58, https://www.peekvids.com/watch?v=9NKdMBUbhG9, https://www.peekvids.com/watch?v=VPzsWjoTHfs, https://www.peekvids.com/watch?v=5FxCF7s_ZyI, https://www.peekvids.com/watch?v=jMdoVVmhzEN, https://www.peekvids.com/watch?v=nHMgkhyCrY8, https://www.peekvids.com/watch?v=QAG4N2ZSCfF, https://www.peekvids.com/watch?v=hiGAsQVw51P, https://www.peekvids.com/watch?v=kitlpFs-gBH
5.f. Date of third notice: 2015-09-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vinodel
5.b. Uploader's email address: timurkonczelitze@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=vinodel
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=Vj3cGUy7vDj, https://www.peekvids.com/watch?v=BR8FKjEFd6R, https://www.peekvids.com/watch?v=PUs6qeoOdGt, https://www.peekvids.com/watch?v=Tg34xoTvLKd, https://www.peekvids.com/watch?v=5lQpUDSNwV2, https://www.peekvids.com/watch?v=osVTDSlxBHd, https://www.peekvids.com/watch?v=egVKPIlG3a5, https://www.peekvids.com/watch?v=Ncc9aE7wALz, https://www.peekvids.com/watch?v=MQfMb8YtfkD, https://www.peekvids.com/watch?v=SFVexD5-2Ou, https://www.peekvids.com/watch?v=GcdJclHtSwo, https://www.peekvids.com/watch?v=XKWLRFCm8CO, https://www.peekvids.com/watch?v=BJPV-EBVm7y, https://www.peekvids.com/watch?v=zeIw7foLuKU, https://www.peekvids.com/watch?v=V5l-gvMGdow, https://www.peekvids.com/watch?v=CCoN-Uthdmi, https://www.peekvids.com/watch?v=7EsEW8XPa-o, https://www.peekvids.com/watch?v=qVR3CJu0brW, https://www.peekvids.com/watch?v=HCpZGHH3Gto, https://www.peekvids.com/watch?v=Aos2VwaDEcL, https://www.peekvids.com/watch?v=KeQCfKeSlrA, https://www.peekvids.com/watch?v=oaAlw2WWbau, https://www.peekvids.com/watch?v=-IloVPvj8kY, https://www.peekvids.com/watch?v=jJEurcJckDq, https://www.peekvids.com/watch?v=AouUOg-q0zQ, https://www.peekvids.com/watch?v=IuJJmWfc7Zh, https://www.peekvids.com/watch?v=SRKFVZYmtu0, https://www.peekvids.com/watch?v=F4CuViHUt-s, https://www.peekvids.com/watch?v=NArjDm26RKR, https://www.peekvids.com/watch?v=V3IAVRyg8hu, https://www.peekvids.com/watch?v=CgGYRAzTZz0, https://www.peekvids.com/watch?v=c2T2x9DRNVy, https://www.peekvids.com/watch?v=sIyqFSkKyde, https://www.peekvids.com/watch?v=-i8EydzCxqH, https://www.peekvids.com/watch?v=o0qoGUQxERF, https://www.peekvids.com/watch?v=nhcQGOKwoIs, https://www.peekvids.com/watch?v=LO3OSsga9FM, https://www.peekvids.com/watch?v=OZVemkHPowI, https://www.peekvids.com/watch?v=Ii9harJpx2N, https://www.peekvids.com/watch?v=mg9inf5Eslv, https://www.peekvids.com/watch?v=hJSWYG4fBNK, https://www.peekvids.com/watch?v=2kRzB52EIyC, https://www.peekvids.com/watch?v=fCzYAtBvFFC, https://www.peekvids.com/watch?v=oFfXHcwcCjo, https://www.peekvids.com/watch?v=qxj5vA5ho05, https://www.peekvids.com/watch?v=pzCcqGOEVHC, https://www.peekvids.com/watch?v=2vYCrxO97yi, https://www.peekvids.com/watch?v=MplkhrcMsUv, https://www.peekvids.com/watch?v=HN6ULxzuL5m, https://www.peekvids.com/watch?v=67OxKpJxxlc, https://www.peekvids.com/watch?v=TWNdzQ07AEB, https://www.peekvids.com/watch?v=hmtYXbGDjK6, https://www.peekvids.com/watch?v=hXakfaqRHUi, https://www.peekvids.com/watch?v=DcEP0g57WVs, https://www.peekvids.com/watch?v=cS-zaGD-Gf6, https://www.peekvids.com/watch?v=c0QAsNc06VO, https://www.peekvids.com/watch?v=C8vjEfrXWJb, https://www.peekvids.com/watch?v=SGhlPnxb33e, https://www.peekvids.com/watch?v=GzPIIhLeETF, https://www.peekvids.com/watch?v=6Sgvi3QmIqZ, https://www.peekvids.com/watch?v=ymJ28TCsLzm, https://www.peekvids.com/watch?v=BBk3GcSSVPT, https://www.peekvids.com/watch?v=R7UHwTEh8px, https://www.peekvids.com/watch?v=ncnyFqyQk-f, https://www.peekvids.com/watch?v=Sx8C3ezhCOW
5.f. Date of third notice: 2015-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vivaldi
5.b. Uploader's email address: wsambroitaliano1940@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=vivaldi
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=odVSwA1AarR, https://www.peekvids.com/watch?v=rZpp94vAn_P, https://www.peekvids.com/watch?v=WeqhigBMNgP, https://www.peekvids.com/watch?v=oyMVjxEfTpM, https://www.peekvids.com/watch?v=cUHn0CCaRze, https://www.peekvids.com/watch?v=eOOxPhcF9-6, https://www.peekvids.com/watch?v=gNtWNxAHEhs, https://www.peekvids.com/watch?v=HW_FG1OoTbO, https://www.peekvids.com/watch?v=UynRy4T4xBz, https://www.peekvids.com/watch?v=DPwAIeN8l6g, https://www.peekvids.com/watch?v=vXd7Pz94x4n, https://www.peekvids.com/watch?v=AT7SBfJA9jh, https://www.peekvids.com/watch?v=DtYNCeoU7H7, https://www.peekvids.com/watch?v=T_WjpU1aR1O, https://www.peekvids.com/watch?v=Dt-WRzhNpBQ, https://www.peekvids.com/watch?v=LXlDOWWOiXN, https://www.peekvids.com/watch?v=6etS79ANYkg, https://www.peekvids.com/watch?v=OBzKNrVSQss, https://www.peekvids.com/watch?v=z1s4a3XjYiA, https://www.peekvids.com/watch?v=fDeOvDIXhNH, https://www.peekvids.com/watch?v=sQH4Zqm5rWK, https://www.peekvids.com/watch?v=7xD2irB7-p6, https://www.peekvids.com/watch?v=xaiXEba8ckr, https://www.peekvids.com/watch?v=JlsvreVjkZH, https://www.peekvids.com/watch?v=okDmS93oyib, https://www.peekvids.com/watch?v=q75r-LVv45F, https://www.peekvids.com/watch?v=JBpvt0zhuaZ, https://www.peekvids.com/watch?v=9R-bVI2mqWJ, https://www.peekvids.com/watch?v=NeC5A_NjKk7, https://www.peekvids.com/watch?v=q0InMYltyXc, https://www.peekvids.com/watch?v=Dchy-I9pW40, https://www.peekvids.com/watch?v=kaD96-WhK49, https://www.peekvids.com/watch?v=f5TZQixElII, https://www.peekvids.com/watch?v=h5wiB5vE_3w, https://www.peekvids.com/watch?v=bUh4vxymLUf, https://www.peekvids.com/watch?v=PMtWEUqIoEr, https://www.peekvids.com/watch?v=gfUI1xC-Naj, https://www.peekvids.com/watch?v=d6egYtm0uQl, https://www.peekvids.com/watch?v=8xtw80m5YTQ, https://www.peekvids.com/watch?v=ihQ0ANW-mx9, https://www.peekvids.com/watch?v=8xEqc_FjvaE, https://www.peekvids.com/watch?v=NVnnxYb8oIc, https://www.peekvids.com/watch?v=d3EQmQ6kCLf, https://www.peekvids.com/watch?v=T4XO-iX0Xm2, https://www.peekvids.com/watch?v=SxQ6BZfD6_z, https://www.peekvids.com/watch?v=GFySronFGT9, https://www.peekvids.com/watch?v=xS3bYzpu6XU, https://www.peekvids.com/watch?v=4e-CvZx_oM5, https://www.peekvids.com/watch?v=K9cJ5HCFPAz, https://www.peekvids.com/watch?v=AH951GCGfsN, https://www.peekvids.com/watch?v=aodEZ9xZWRZ, https://www.peekvids.com/watch?v=QxAmWgLdDoR, https://www.peekvids.com/watch?v=4MWQTt1qh6Z, https://www.peekvids.com/watch?v=4MsycKUvmIs, https://www.peekvids.com/watch?v=SU3vdbPYLUc, https://www.peekvids.com/watch?v=oCxK4MQ5hN6, https://www.peekvids.com/watch?v=PZNSAQNRIuk, https://www.peekvids.com/watch?v=C63PDYCI_Xa, https://www.peekvids.com/watch?v=tJNp-IXm4yx, https://www.peekvids.com/watch?v=Md_-Umj2Z0e, https://www.peekvids.com/watch?v=Mdvvd6CNH1r, https://www.peekvids.com/watch?v=B4sDijg8tCX, https://www.peekvids.com/watch?v=o7mpq3zZ7mF, https://www.peekvids.com/watch?v=ON0_b33TCoi, https://www.peekvids.com/watch?v=pzy_IkJlguK, https://www.peekvids.com/watch?v=MuxNT-aR1rd, https://www.peekvids.com/watch?v=QydF38rYUlC, https://www.peekvids.com/watch?v=Q_HVF-l7KvU, https://www.peekvids.com/watch?v=xivvWVM8ZKR, https://www.peekvids.com/watch?v=LvkBnjs5onE, https://www.peekvids.com/watch?v=9ChDkz9lQOq, https://www.peekvids.com/watch?v=JAI5dOlqE9K, https://www.peekvids.com/watch?v=SEmq-FeEqCY, https://www.peekvids.com/watch?v=HJQNfpJgORw, https://www.peekvids.com/watch?v=uzn5ZR12JTK, https://www.peekvids.com/watch?v=UUD6NGOYWWL, https://www.peekvids.com/watch?v=wKda2T1ytXZ, https://www.peekvids.com/watch?v=egyidnNSRx7, https://www.peekvids.com/watch?v=g1d-wU1amdz, https://www.peekvids.com/watch?v=jpipa-bBg8O, https://www.peekvids.com/watch?v=QNOKeNI1C9C, https://www.peekvids.com/watch?v=Wbs3vQrhGEq, https://www.peekvids.com/watch?v=XpgGQFK4NUq, https://www.peekvids.com/watch?v=u5pCpQzLy4I, https://www.peekvids.com/watch?v=mFcvVqQZBo0, https://www.peekvids.com/watch?v=3NXlvnC5kHX, https://www.peekvids.com/watch?v=AchuTKH1Hyr, https://www.peekvids.com/watch?v=lORj2CV233k, https://www.peekvids.com/watch?v=0CizCudMDUV, https://www.peekvids.com/watch?v=BR-iJr8174g, https://www.peekvids.com/watch?v=oN7eGxOvCEk, https://www.peekvids.com/watch?v=09TCcmuRLHD, https://www.peekvids.com/watch?v=ERclJ1hDJqx, https://www.peekvids.com/watch?v=4NJC2fBnYnA, https://www.peekvids.com/watch?v=RcI0PA5sVhh, https://www.peekvids.com/watch?v=dZ3AYE_gkdl, https://www.peekvids.com/watch?v=t6wxCcbnm2e, https://www.peekvids.com/watch?v=j7M7Ys1SYFh, https://www.peekvids.com/watch?v=Eh5rOs-L8o7, https://www.peekvids.com/watch?v=AVRuWi7UZRg, https://www.peekvids.com/watch?v=GMAajNTrW9A, https://www.peekvids.com/watch?v=o1V59JRQDmn, https://www.peekvids.com/watch?v=XTkUOiGYn_W, https://www.peekvids.com/watch?v=CxVqJJY1P58
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: volvos80
5.b. Uploader's email address: sclasspower@yahoo.pl
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=volvos80
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=WKoLitXoZCA, https://www.peekvids.com/watch?v=OqVYPHUwIBe, https://www.peekvids.com/watch?v=aNKbc6KxIgm, https://www.peekvids.com/watch?v=teNoMD0cug9, https://www.peekvids.com/watch?v=Zx9ulABCC9m, https://www.peekvids.com/watch?v=NUDlyQPKVGF, https://www.peekvids.com/watch?v=q4quBCUHwyq, https://www.peekvids.com/watch?v=PzDQcFeuNEq, https://www.peekvids.com/watch?v=quST8A4rVeM, https://www.peekvids.com/watch?v=zw-YcbcuV2e, https://www.peekvids.com/watch?v=ah474sGOHJD, https://www.peekvids.com/watch?v=IXzqISmIp3F, https://www.peekvids.com/watch?v=De8UFhzZQQO, https://www.peekvids.com/watch?v=4M3OY3TGjnJ, https://www.peekvids.com/watch?v=yROCFG_nO7Z, https://www.peekvids.com/watch?v=GypFiNa6aLp, https://www.peekvids.com/watch?v=oO6fz2F8r89, https://www.peekvids.com/watch?v=vM1MQC2k9C3, https://www.peekvids.com/watch?v=mf3yTcY2y7R, https://www.peekvids.com/watch?v=RUdo2ro59MC, https://www.peekvids.com/watch?v=pqgvd4GI_ca, https://www.peekvids.com/watch?v=bshHZHS0DH0, https://www.peekvids.com/watch?v=E_4dNbPe7MS, https://www.peekvids.com/watch?v=cW9OD_1m5dE, https://www.peekvids.com/watch?v=SJFdknCt7M5, https://www.peekvids.com/watch?v=ak-bEE50E15, https://www.peekvids.com/watch?v=hiNiRLAxdYm, https://www.peekvids.com/watch?v=eA9W1rgQRTz, https://www.peekvids.com/watch?v=oJesg6jWjlD, https://www.peekvids.com/watch?v=U4UW1XVnhf7, https://www.peekvids.com/watch?v=wkgD522uEbx, https://www.peekvids.com/watch?v=tzx0zURNM9s, https://www.peekvids.com/watch?v=62vPVu81KbM, https://www.peekvids.com/watch?v=Y9-jSildRlr, https://www.peekvids.com/watch?v=x3zJu6RX4KR, https://www.peekvids.com/watch?v=ufr7m_r1DmW, https://www.peekvids.com/watch?v=Q0EaCNCGZea, https://www.peekvids.com/watch?v=ppFe6jLQesX, https://www.peekvids.com/watch?v=UJrfEbMvduG, https://www.peekvids.com/watch?v=lUcZ0gVUZJA, https://www.peekvids.com/watch?v=34CLdXaVuAV, https://www.peekvids.com/watch?v=g-pJVivhA4c, https://www.peekvids.com/watch?v=F-l2X6V5W_q, https://www.peekvids.com/watch?v=O4hwTdzAMbG, https://www.peekvids.com/watch?v=9kJd2RsR5gg, https://www.peekvids.com/watch?v=j5ZwQZYt0Kl, https://www.peekvids.com/watch?v=VDJ7kAqGsWO, https://www.peekvids.com/watch?v=v0o1sne2frX, https://www.peekvids.com/watch?v=7JPoEwU0Qbr, https://www.peekvids.com/watch?v=03Mdi74OLDe, https://www.peekvids.com/watch?v=2TOKD9a6lYd, https://www.peekvids.com/watch?v=CrPN-CU3fOZ, https://www.peekvids.com/watch?v=LpNCcyb4knL, https://www.peekvids.com/watch?v=27ONAosjqij, https://www.peekvids.com/watch?v=7vlEykT8-IP, https://www.peekvids.com/watch?v=GWFfKsFpoOh, https://www.peekvids.com/watch?v=IrwTj1P7BCz, https://www.peekvids.com/watch?v=hYP6pwoxaEW, https://www.peekvids.com/watch?v=3Ap1sMyKq-T, https://www.peekvids.com/watch?v=hzItdBcUopq, https://www.peekvids.com/watch?v=H_Yc9hrmzMI, https://www.peekvids.com/watch?v=T25rnXMSAMU, https://www.peekvids.com/watch?v=mhvAtGs3iY0, https://www.peekvids.com/watch?v=iKv3JnoziXd, https://www.peekvids.com/watch?v=u9Xv2W0goYW, https://www.peekvids.com/watch?v=R_dsugRM1dg, https://www.peekvids.com/watch?v=ylMXR5Pb3Oc, https://www.peekvids.com/watch?v=qGrFYpHCCXI, https://www.peekvids.com/watch?v=mIWgp4OGR5L, https://www.peekvids.com/watch?v=XD7lYyy4KgH, https://www.peekvids.com/watch?v=R0w0Jwsq20g, https://www.peekvids.com/watch?v=guIfjTzRhSm, https://www.peekvids.com/watch?v=cuyENoeQN3O, https://www.peekvids.com/watch?v=OM2IjYOhAjB, https://www.peekvids.com/watch?v=dKnsWZTmTrb, https://www.peekvids.com/watch?v=4heeeFbjYgC, https://www.peekvids.com/watch?v=Tz4YY04An3x, https://www.peekvids.com/watch?v=vg0xEcb1kTk, https://www.peekvids.com/watch?v=ErM-EuCfqMo
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vvbwatle
5.b. Uploader's email address: greentotongi@yahoo.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=vvbwatle
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=DyHS-5LGlab, https://www.peekvids.com/watch?v=k-OTB0g9tnl, https://www.peekvids.com/watch?v=Vg8z1cx6Wto, https://www.peekvids.com/watch?v=H0uTeLlzagO, https://www.peekvids.com/watch?v=wIhRVRNBzqJ, https://www.peekvids.com/watch?v=gKt5fi8D2Lg, https://www.peekvids.com/watch?v=v7gWct_jxL0, https://www.peekvids.com/watch?v=T0tVTAA00Ne, https://www.peekvids.com/watch?v=KxUDfYgAnly, https://www.peekvids.com/watch?v=p9Sru_7PqO0, https://www.peekvids.com/watch?v=onzuyERjo5G, https://www.peekvids.com/watch?v=78sj8JIrX5q, https://www.peekvids.com/watch?v=Dj0X3zwKCpk, https://www.peekvids.com/watch?v=0RU1jg1vfEZ, https://www.peekvids.com/watch?v=00aUIcL8_zC, https://www.peekvids.com/watch?v=Ap-_-QQUfIq, https://www.peekvids.com/watch?v=rjbolM626fS, https://www.peekvids.com/watch?v=MX4IH0ftXY5, https://www.peekvids.com/watch?v=AYNd32c47FN, https://www.peekvids.com/watch?v=X6yhZUobzQF, https://www.peekvids.com/watch?v=ZORNSQM9ZGk, https://www.peekvids.com/watch?v=UOLLJsY0Ib2, https://www.peekvids.com/watch?v=DaBRbws6qtG, https://www.peekvids.com/watch?v=aD9zmLAREUy, https://www.peekvids.com/watch?v=HPl8Zoyq6d6, https://www.peekvids.com/watch?v=7mWfIf67MIE, https://www.peekvids.com/watch?v=4C5XZ7iXJuz, https://www.peekvids.com/watch?v=OGTXOyZbnTt, https://www.peekvids.com/watch?v=El5GSjnh2eY, https://www.peekvids.com/watch?v=JeJ7swbPFVK, https://www.peekvids.com/watch?v=JtjkP-V3Yp0, https://www.peekvids.com/watch?v=uySqG1Ubh48, https://www.peekvids.com/watch?v=5c2jOFL2Yek, https://www.peekvids.com/watch?v=gl0r3ngOjTy, https://www.peekvids.com/watch?v=WqBk-3o_CJU, https://www.peekvids.com/watch?v=kdDLGJpj8p0, https://www.peekvids.com/watch?v=lWxDHZK4fZ9, https://www.peekvids.com/watch?v=HAwKw_vULUp, https://www.peekvids.com/watch?v=SszmsIdnRWV, https://www.peekvids.com/watch?v=LsOYdRsLj4g, https://www.peekvids.com/watch?v=e6yGOF9Ak8t, https://www.peekvids.com/watch?v=uzZzc4Gt60R, https://www.peekvids.com/watch?v=MX6gOXaQICE, https://www.peekvids.com/watch?v=YL-QyrsJT2l, https://www.peekvids.com/watch?v=ceNfFl4MyXa, https://www.peekvids.com/watch?v=dojLJ_pFCss, https://www.peekvids.com/watch?v=qpeOxD34oB2, https://www.peekvids.com/watch?v=LQkYl-ym1E3, https://www.peekvids.com/watch?v=f2y8R65isgS, https://www.peekvids.com/watch?v=zxuohbx-TYT, https://www.peekvids.com/watch?v=24LCS1QhTEE, https://www.peekvids.com/watch?v=a-kG9IBksh9, https://www.peekvids.com/watch?v=C-qdm4buHRT, https://www.peekvids.com/watch?v=ACJXImuJ4nZ, https://www.peekvids.com/watch?v=qPRVNV1G6Dz, https://www.peekvids.com/watch?v=CSMXqM-yCis, https://www.peekvids.com/watch?v=kvYN7D9dgw0, https://www.peekvids.com/watch?v=Hr4SIjBUcRF, https://www.peekvids.com/watch?v=wgQbrniZblk,

https://www.peekvids.com/watch?v=MywGATg4Dl7, https://www.peekvids.com/watch?v=Im5XpWJ3RpX, https://www.peekvids.com/watch?v=cglgy2gVLx4,
https://www.peekvids.com/watch?v=y5EbyPFYINM, https://www.peekvids.com/watch?v=ZpBoSviqFr4, https://www.peekvids.com/watch?v=ePbrSAq_7Fq,
https://www.peekvids.com/watch?v=g0EmJBu2KYc, https://www.peekvids.com/watch?v=Z_nHb7dkWke, https://www.peekvids.com/watch?v=7T3Q7u83vd8,
https://www.peekvids.com/watch?v=n0fpLkVh2u5, https://www.peekvids.com/watch?v=Q6tBgWW4RPE, https://www.peekvids.com/watch?v=SVZ6R8EdElP,
https://www.peekvids.com/watch?v=8V59rncewuw, https://www.peekvids.com/watch?v=ySe1B0w9KuV, https://www.peekvids.com/watch?v=Bz3r3TlwD1w,
https://www.peekvids.com/watch?v=JPMN_YEY0vL, https://www.peekvids.com/watch?v=ELZEMEXt1uY, https://www.peekvids.com/watch?v=mId9kXVyHDb,
https://www.peekvids.com/watch?v=g3L9upWaMia, https://www.peekvids.com/watch?v=qsDHeZsNAbo, https://www.peekvids.com/watch?v=R5Txae4F_NV,
https://www.peekvids.com/watch?v=WioRh4vI_bC, https://www.peekvids.com/watch?v=azSI575l6Fh, https://www.peekvids.com/watch?v=etIBEM4LWPC,
https://www.peekvids.com/watch?v=rF2FnrDlc-E, https://www.peekvids.com/watch?v=s68SLnrnLPm, https://www.peekvids.com/watch?v=gt2cJGoHEe5,
https://www.peekvids.com/watch?v=etvyHIKCo-d, https://www.peekvids.com/watch?v=dWzqB9QQmtv, https://www.peekvids.com/watch?v=lG6xTM6Rg6J,
https://www.peekvids.com/watch?v=80T9j2z39qR, https://www.peekvids.com/watch?v=BGa2XifhWNe, https://www.peekvids.com/watch?v=r60Ut_70xIp,
https://www.peekvids.com/watch?v=Nb0VKQhZeqY, https://www.peekvids.com/watch?v=8XEnEC-OiVF, https://www.peekvids.com/watch?v=CvKl06X9s86,
https://www.peekvids.com/watch?v=aMrTrcfWzL4, https://www.peekvids.com/watch?v=C6K2GKXg6YG, https://www.peekvids.com/watch?v=GIaZ04SxAyd,
https://www.peekvids.com/watch?v=4LiwByfDdOb, https://www.peekvids.com/watch?v=DVxDq7Q2e1O, https://www.peekvids.com/watch?v=0F6cJESABvx,
https://www.peekvids.com/watch?v=i6v0L1Qe2CB, https://www.peekvids.com/watch?v=8Es6DpkQgJM, https://www.peekvids.com/watch?v=UOwChIzwCUk,
https://www.peekvids.com/watch?v=iBsfTgHtH4G, https://www.peekvids.com/watch?v=BK9mEV1Lv6W, https://www.peekvids.com/watch?v=00ngwWlJ5W7,
https://www.peekvids.com/watch?v=XvxpO-XI-GO, https://www.peekvids.com/watch?v=V5CSRgWYiKC, https://www.peekvids.com/watch?v=wGZDTTnB1ys,
https://www.peekvids.com/watch?v=twMesNmhsKs, https://www.peekvids.com/watch?v=EoAdUlWAnHc, https://www.peekvids.com/watch?v=UqQbxPJOCRG,
https://www.peekvids.com/watch?v=doSm0-NmABM, https://www.peekvids.com/watch?v=JDV41C2-84g, https://www.peekvids.com/watch?v=r-hk6bzHdgQ,
https://www.peekvids.com/watch?v=7bQwIgLTJ7z, https://www.peekvids.com/watch?v=ZjJtl5J4ces, https://www.peekvids.com/watch?v=yF_uzcKrQD2,
https://www.peekvids.com/watch?v=d2GhGN-Xmg3, https://www.peekvids.com/watch?v=w9XiabTR03Q, https://www.peekvids.com/watch?v=hk2qNtRwHnx,
https://www.peekvids.com/watch?v=RqLfS2bXQJC, https://www.peekvids.com/watch?v=DtpSn5YuH13, https://www.peekvids.com/watch?v=gdg-w0K7aD3,
https://www.peekvids.com/watch?v=DdNULMTANju, https://www.peekvids.com/watch?v=c2Mu8m-1uGk, https://www.peekvids.com/watch?v=zNv1RN69USh,
https://www.peekvids.com/watch?v=29Gyopz9TRr, https://www.peekvids.com/watch?v=j3jJbK5LWdh, https://www.peekvids.com/watch?v=bCGKi_gmzLS,
https://www.peekvids.com/watch?v=Mj3HB1n_kyU, https://www.peekvids.com/watch?v=e0RUNpuqKQE, https://www.peekvids.com/watch?v=IAb1MyLDzmw,
https://www.peekvids.com/watch?v=jUc7uHSq7-u, https://www.peekvids.com/watch?v=Of17elWdJMy, https://www.peekvids.com/watch?v=Kni6ExwO_NZ,
https://www.peekvids.com/watch?v=xJYDqq8_0Dz, https://www.peekvids.com/watch?v=PhSIvq-o8wr, https://www.peekvids.com/watch?v=EQGCXeexMc0,
https://www.peekvids.com/watch?v=uh9PEzzBMyh, https://www.peekvids.com/watch?v=fAZvfSxNa_g, https://www.peekvids.com/watch?v=sGayzaYjIs9,
https://www.peekvids.com/watch?v=hQSo5KZ7A5r, https://www.peekvids.com/watch?v=UEeKADpVqm4, https://www.peekvids.com/watch?v=7D2_QTHCtlB,
https://www.peekvids.com/watch?v=C3IXvWuLzyh, https://www.peekvids.com/watch?v=as2l__0W2Kd, https://www.peekvids.com/watch?v=CtgQEDCNAIu,
https://www.peekvids.com/watch?v=dpNM_dPyaiH, https://www.peekvids.com/watch?v=HQj2f68T3gP, https://www.peekvids.com/watch?v=HfrgVqsyngn,
https://www.peekvids.com/watch?v=7z95KfVN7eY, https://www.peekvids.com/watch?v=P9SbPwAZJlF, https://www.peekvids.com/watch?v=TsF0tLQSvSF,
https://www.peekvids.com/watch?v=sllbmdAaFIW, https://www.peekvids.com/watch?v=Oda_oKBQ5pd, https://www.peekvids.com/watch?v=rvktJzN0O3n,
https://www.peekvids.com/watch?v=niiglyaZLvm, https://www.peekvids.com/watch?v=AQJDvAM2V_x, https://www.peekvids.com/watch?v=jm6XE4l4OZp,
https://www.peekvids.com/watch?v=9MRZ8e27TGi, https://www.peekvids.com/watch?v=tnWt_NbGIjs, https://www.peekvids.com/watch?v=PANy_Nvtm7j,
https://www.peekvids.com/watch?v=bKYl0Ty4e6O, https://www.peekvids.com/watch?v=fte78MuEVlK, https://www.peekvids.com/watch?v=N79pJdUFt9L,
https://www.peekvids.com/watch?v=B8LSKhh7n1D, https://www.peekvids.com/watch?v=L4PpKTtty7H, https://www.peekvids.com/watch?v=MiM9sK0Lutb,
https://www.peekvids.com/watch?v=idxkn8YvJbi, https://www.peekvids.com/watch?v=qWrpR42CBlj, https://www.peekvids.com/watch?v=quAeXjCckwU,
https://www.peekvids.com/watch?v=FO0pMYyrKYE, https://www.peekvids.com/watch?v=TQxPWoS2ZjN, https://www.peekvids.com/watch?v=DI4Ceu-ZZ9K,
https://www.peekvids.com/watch?v=YTlHTAmO26c, https://www.peekvids.com/watch?v=r9d8-oLH0Vq, https://www.peekvids.com/watch?v=PuJJMW2TBmw,
https://www.peekvids.com/watch?v=v-up2gnPI0y, https://www.peekvids.com/watch?v=cqXsh4FWBuj, https://www.peekvids.com/watch?v=LDqVoCaaSxo,
https://www.peekvids.com/watch?v=gBACsE8vxwu, https://www.peekvids.com/watch?v=qyEDn0mSMh4, https://www.peekvids.com/watch?v=dw5QTnGHwwe,
https://www.peekvids.com/watch?v=E2JpgKOkXvr, https://www.peekvids.com/watch?v=SDOrr_rzAtY, https://www.peekvids.com/watch?v=aiZ72-FzK8b,
https://www.peekvids.com/watch?v=v3xN5PwwO9J, https://www.peekvids.com/watch?v=EaFNo3JCZ6H, https://www.peekvids.com/watch?v=Tri3kv9HwUF,
https://www.peekvids.com/watch?v=Ph8xw42Ixzg, https://www.peekvids.com/watch?v=Wp1svUeHfbK, https://www.peekvids.com/watch?v=DnD25NUoZjr,
https://www.peekvids.com/watch?v=vKhtVJn7nDT, https://www.peekvids.com/watch?v=bG1walJM8FX, https://www.peekvids.com/watch?v=fhSnEQ8dGpe,
https://www.peekvids.com/watch?v=Qf7SOiVG5Mf, https://www.peekvids.com/watch?v=NXGedUyzKPD, https://www.peekvids.com/watch?v=eFV9pJ7c24X,
https://www.peekvids.com/watch?v=PJqdsbiPV1s, https://www.peekvids.com/watch?v=yH5wwlB78-i, https://www.peekvids.com/watch?v=BP4vNT_vDBE
5.f. Date of third notice: 2015-10-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wannapussy
5.b. Uploader's email address: aloniikronu@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=wannapussy
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ZAZwylHJCI4, https://www.peekvids.com/watch?v=w-FBlxW8hhM,
https://www.peekvids.com/watch?v=rop1EhQu64P, https://www.peekvids.com/watch?v=f0mIsk2j_Ba, https://www.peekvids.com/watch?v=9I3ownoF1Rm,
https://www.peekvids.com/watch?v=aPCrvWYgaOo, https://www.peekvids.com/watch?v=Htbw2U6HWT7, https://www.peekvids.com/watch?v=JgDld4RUa2G,
https://www.peekvids.com/watch?v=DJtFMFFFl58, https://www.peekvids.com/watch?v=TjdcFlO3Pe6, https://www.peekvids.com/watch?v=li1sVl36xJv,
https://www.peekvids.com/watch?v=mgjr7HmBycj, https://www.peekvids.com/watch?v=ox_MzkzOzdg, https://www.peekvids.com/watch?v=DIXXjzgzA3D,
https://www.peekvids.com/watch?v=5x3OXlYwaCT, https://www.peekvids.com/watch?v=FYXRGlvh-xR, https://www.peekvids.com/watch?v=6A921wgH6pG,
https://www.peekvids.com/watch?v=sOZ6sg_uJE2, https://www.peekvids.com/watch?v=XPhPLuHCFWa, https://www.peekvids.com/watch?v=rmOWfxWR2To,
https://www.peekvids.com/watch?v=pUDMmjo9lw3, https://www.peekvids.com/watch?v=n0C-r8zpyAf, https://www.peekvids.com/watch?v=aihHdu5sOxv,
https://www.peekvids.com/watch?v=TL2bJ5bbuB9, https://www.peekvids.com/watch?v=kdxSZMpPc_2, https://www.peekvids.com/watch?v=uSyFFmu3NpF,
https://www.peekvids.com/watch?v=Zn8y5d1XMq2, https://www.peekvids.com/watch?v=sCFf0JiW8-U, https://www.peekvids.com/watch?v=FPsDE-QYUzs,
https://www.peekvids.com/watch?v=OKXjgJzES3R, https://www.peekvids.com/watch?v=dKIYzm75BJl, https://www.peekvids.com/watch?v=RMfVXTDacyU,
https://www.peekvids.com/watch?v=dCbMfGjiIFl, https://www.peekvids.com/watch?v=LcDcMAKyt8P, https://www.peekvids.com/watch?v=6kT-WGMVnAR,
https://www.peekvids.com/watch?v=zSBoENzGcrr, https://www.peekvids.com/watch?v=E1yxBrrDz8T, https://www.peekvids.com/watch?v=Vrfw-qBtqB2,
https://www.peekvids.com/watch?v=nYRcNKZQVDK, https://www.peekvids.com/watch?v=bxf9fFkAiUJ, https://www.peekvids.com/watch?v=W5fG7qNZyAQ,
https://www.peekvids.com/watch?v=djI9FYZo_Tb, https://www.peekvids.com/watch?v=n7tF0K0hNEj, https://www.peekvids.com/watch?v=HiN_KOHMBTb,
https://www.peekvids.com/watch?v=GHVDGpY8oNR, https://www.peekvids.com/watch?v=LMp_eR5yO0P, https://www.peekvids.com/watch?v=5jOiWAnxJBT,
https://www.peekvids.com/watch?v=aCLc1OtJqAz, https://www.peekvids.com/watch?v=D2ziglSs5Lu, https://www.peekvids.com/watch?v=oaW5Sj5eq3F,
https://www.peekvids.com/watch?v=4AqwZ7tCwhX, https://www.peekvids.com/watch?v=zu8aw0rmgIu, https://www.peekvids.com/watch?v=C0zF0-3YrHG,
https://www.peekvids.com/watch?v=fbgvfpufqNQ, https://www.peekvids.com/watch?v=pCEIzLl68Z4, https://www.peekvids.com/watch?v=uLGZvfNqq0C,
https://www.peekvids.com/watch?v=9tfSchYTdSB, https://www.peekvids.com/watch?v=KkoJsJoxJp8, https://www.peekvids.com/watch?v=IU9aIRMSpuf,
https://www.peekvids.com/watch?v=BtNfVafUb5r, https://www.peekvids.com/watch?v=56I4Q3LPcfZ, https://www.peekvids.com/watch?v=9HW4ckREceI,
https://www.peekvids.com/watch?v=EGuoRYAvTz8, https://www.peekvids.com/watch?v=V_BqC7ejuL0, https://www.peekvids.com/watch?v=Zucsoe2x8lW,
https://www.peekvids.com/watch?v=IZLXvYHJ3OO, https://www.peekvids.com/watch?v=vNoP7rj9vE7, https://www.peekvids.com/watch?v=gmFTta6l65Q,
https://www.peekvids.com/watch?v=FaVrP-bt3UY, https://www.peekvids.com/watch?v=spO7U7tV1VE, https://www.peekvids.com/watch?v=dbIrO5e6oVk,
https://www.peekvids.com/watch?v=3smLIvu0pRO, https://www.peekvids.com/watch?v=yeSd7SWb6TP, https://www.peekvids.com/watch?v=MBvNjjZIn9x,
https://www.peekvids.com/watch?v=0ZZrHrfL1sF, https://www.peekvids.com/watch?v=tRE80A0nNTk, https://www.peekvids.com/watch?v=RD6S8dVQMkm,
https://www.peekvids.com/watch?v=6qD547LekYZ, https://www.peekvids.com/watch?v=JjBZrVePBNR, https://www.peekvids.com/watch?v=hj5cEL_-k1G
5.f. Date of third notice: 2015-09-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: warwawrsha
5.b. Uploader's email address: megohoollywood@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=warwawrsha
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=cn91M0mmxDQ, https://www.peekvids.com/watch?v=P3o5kUr4K5f,
https://www.peekvids.com/watch?v=oV1L-KGfWdD, https://www.peekvids.com/watch?v=3_3Vv8GSroQ, https://www.peekvids.com/watch?v=eSPWmPvGt70,
https://www.peekvids.com/watch?v=lciFMKaQ3XN, https://www.peekvids.com/watch?v=S_WNvCqO7Z5, https://www.peekvids.com/watch?v=oIrzUX_EVXz,
https://www.peekvids.com/watch?v=yCKdkdBkzxc, https://www.peekvids.com/watch?v=p4YJ_rS6sR0, https://www.peekvids.com/watch?v=n763HGZkh0w,
https://www.peekvids.com/watch?v=toVoh243P0k, https://www.peekvids.com/watch?v=U5s-YpwVyFy, https://www.peekvids.com/watch?v=7IK5d0B5vwY,
https://www.peekvids.com/watch?v=UY6fxr46wf7, https://www.peekvids.com/watch?v=st5bRc4FEkp, https://www.peekvids.com/watch?v=AaExT7gb63u,
https://www.peekvids.com/watch?v=4njXj_E6ZJI, https://www.peekvids.com/watch?v=TBRtitjMmrY, https://www.peekvids.com/watch?v=YIZuC7OQtAB,
https://www.peekvids.com/watch?v=4XjF140lZBT, https://www.peekvids.com/watch?v=7rgPcsO5dCp, https://www.peekvids.com/watch?v=MbS1MliH6g4,
https://www.peekvids.com/watch?v=Ykdm1VZjgYY, https://www.peekvids.com/watch?v=DHLqGHMKzy7, https://www.peekvids.com/watch?v=4iXU7e2P-ZR,
https://www.peekvids.com/watch?v=tsD3znW_QlL, https://www.peekvids.com/watch?v=ZSIHDoJ956q, https://www.peekvids.com/watch?v=uehQFCObrmW,
https://www.peekvids.com/watch?v=PfhojxCEz0K, https://www.peekvids.com/watch?v=DP2j9lU6lfM, https://www.peekvids.com/watch?v=WGXUVJa7h8w,
https://www.peekvids.com/watch?v=wTAa9aGYi53, https://www.peekvids.com/watch?v=m_z3rL-nnFw, https://www.peekvids.com/watch?v=sDlUC4YbvkJ,
https://www.peekvids.com/watch?v=YcrAfKa0fF5, https://www.peekvids.com/watch?v=MB5hcAtYO-R, https://www.peekvids.com/watch?v=vRBeLQ6FCEa,
https://www.peekvids.com/watch?v=Vlwg2iLr5_0, https://www.peekvids.com/watch?v=yw8jbTD2Nox, https://www.peekvids.com/watch?v=auPeSP6XozI,
https://www.peekvids.com/watch?v=wKEDOM1T0mK, https://www.peekvids.com/watch?v=sPOpRLkoaeA, https://www.peekvids.com/watch?v=YLqurK6OFZk,
https://www.peekvids.com/watch?v=v0-YR-X8T5w, https://www.peekvids.com/watch?v=mTneh_sPP8y, https://www.peekvids.com/watch?v=gcP3tHOsNbK,
https://www.peekvids.com/watch?v=qPe-2GYuv5x, https://www.peekvids.com/watch?v=dnXkf3oPPiD, https://www.peekvids.com/watch?v=ey9SuX451bh,
https://www.peekvids.com/watch?v=XALW0U4nK5G, https://www.peekvids.com/watch?v=nNTn9H_qOrv, https://www.peekvids.com/watch?v=XfkF61ENt_R,
https://www.peekvids.com/watch?v=kCkNtd357NR, https://www.peekvids.com/watch?v=Nx8zAE67RfQ, https://www.peekvids.com/watch?v=I25eaLlsBXD,
https://www.peekvids.com/watch?v=bSEJWQOf0Od, https://www.peekvids.com/watch?v=abE2LVLp_LL, https://www.peekvids.com/watch?v=M76AoX1j48O,
https://www.peekvids.com/watch?v=UbQLHp1AYxQ, https://www.peekvids.com/watch?v=hWoPr-ZHZYu, https://www.peekvids.com/watch?v=ywMlmzQ7R-M,
https://www.peekvids.com/watch?v=TIAF0JeVrxd, https://www.peekvids.com/watch?v=6Hy-4L2EDT5, https://www.peekvids.com/watch?v=oomIX_rG2G9,
https://www.peekvids.com/watch?v=9kpR0VIo_ZT, https://www.peekvids.com/watch?v=GtiPnYWJ3Sn, https://www.peekvids.com/watch?v=MeM2CHooF2g,
https://www.peekvids.com/watch?v=9qUHI3sYMPR, https://www.peekvids.com/watch?v=JHdDK4GjWdZ, https://www.peekvids.com/watch?v=HdniJCLsPj9,
https://www.peekvids.com/watch?v=42VtsEurpEg, https://www.peekvids.com/watch?v=JGUxpKkm2E9, https://www.peekvids.com/watch?v=SdpJUtpJzc5,
https://www.peekvids.com/watch?v=C_3TeJmaXM8, https://www.peekvids.com/watch?v=gEGP5NNOVNh, https://www.peekvids.com/watch?v=Af1HwmXqS55,
https://www.peekvids.com/watch?v=uWgJpo3rDKI, https://www.peekvids.com/watch?v=UU4X9Kd8Bsh, https://www.peekvids.com/watch?v=52_U7nQ-OyE,
https://www.peekvids.com/watch?v=fMmeU4I08l5, https://www.peekvids.com/watch?v=kF_bc9ODmaG, https://www.peekvids.com/watch?v=juCyYNkWubd,
https://www.peekvids.com/watch?v=65b3JiRBwJx, https://www.peekvids.com/watch?v=qiP3JtsFo5z, https://www.peekvids.com/watch?v=xrO5wDc_UCa,
https://www.peekvids.com/watch?v=xmdJzSoOX9X, https://www.peekvids.com/watch?v=akwOfJMLVcK, https://www.peekvids.com/watch?v=71Vff4saKkV
5.f. Date of third notice: 2015-10-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: westchester
5.b. Uploader's email address: elegantplayvideo@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=westchester
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=L1xQgQlTi9i, https://www.peekvids.com/watch?v=ZZtXWPRzyvM,
https://www.peekvids.com/watch?v=RHQPtVCIpz8, https://www.peekvids.com/watch?v=7jR-hr-ynGq, https://www.peekvids.com/watch?v=nPhZRNGJxF9,
https://www.peekvids.com/watch?v=SDV5IIeSADF, https://www.peekvids.com/watch?v=Dgf1gvvadWd, https://www.peekvids.com/watch?v=HO1CPmDr32U,
https://www.peekvids.com/watch?v=aee9hKiQ3hY, https://www.peekvids.com/watch?v=G_wOJFtAMhJ, https://www.peekvids.com/watch?v=iYBD253uEMJ,
https://www.peekvids.com/watch?v=nqVnTSdlYHR, https://www.peekvids.com/watch?v=UIxuCJSFqr3, https://www.peekvids.com/watch?v=UUgeiTmUYJJ,
https://www.peekvids.com/watch?v=x6qe0OnN1cQ, https://www.peekvids.com/watch?v=Iymi7KGD8lq, https://www.peekvids.com/watch?v=GoLpzMLzeKK,
https://www.peekvids.com/watch?v=KQEaTZssPQJ, https://www.peekvids.com/watch?v=QwapAcgZ-p5, https://www.peekvids.com/watch?v=y1EL0kvQtFB,
https://www.peekvids.com/watch?v=P52UTBRdiry, https://www.peekvids.com/watch?v=K6FBDWuzrKN, https://www.peekvids.com/watch?v=Ya8aU6V0hnO,
https://www.peekvids.com/watch?v=OqK5WhpwciG, https://www.peekvids.com/watch?v=PFApJs6yQp2, https://www.peekvids.com/watch?v=Gn1HcRlpxWr,
https://www.peekvids.com/watch?v=wDZvpJ9SGKG, https://www.peekvids.com/watch?v=GR2ahYS64GD, https://www.peekvids.com/watch?v=JAB_lMgEdqk,
https://www.peekvids.com/watch?v=HrxfhoiPGFF, https://www.peekvids.com/watch?v=svci4GB_i_E, https://www.peekvids.com/watch?v=hk9MrbFtwRE,
https://www.peekvids.com/watch?v=8rq4kGyy8uw, https://www.peekvids.com/watch?v=oI4yaQmzGyY, https://www.peekvids.com/watch?v=khzaHWEnvSQ,
https://www.peekvids.com/watch?v=9CbQmXmw_EZ, https://www.peekvids.com/watch?v=FnpfG96Xnnv, https://www.peekvids.com/watch?v=6gsZiglcZh9,

https://www.peekvids.com/watch?v=l7h1CzXk78X, https://www.peekvids.com/watch?v=76VR8I75-jd, https://www.peekvids.com/watch?v=j5xh7jnbm0X,
https://www.peekvids.com/watch?v=9mX6U8_hYUL, https://www.peekvids.com/watch?v=KBd_GYHrwGM, https://www.peekvids.com/watch?v=cMiyP3cbyX8,
https://www.peekvids.com/watch?v=kK8rV8Hd0_y, https://www.peekvids.com/watch?v=wY6btPkEKse, https://www.peekvids.com/watch?v=FK3EAHGRhZU,
https://www.peekvids.com/watch?v=4HQGSw2tY-e, https://www.peekvids.com/watch?v=Up2BnT14ZOE, https://www.peekvids.com/watch?v=gCTCGldtAvW,
https://www.peekvids.com/watch?v=rk3lf0Vy-HW, https://www.peekvids.com/watch?v=RWHHJ-d2LX9, https://www.peekvids.com/watch?v=MuIwh6fbRFu,
https://www.peekvids.com/watch?v=ZtV_BA6h-wr, https://www.peekvids.com/watch?v=hm-wdZfxm8C, https://www.peekvids.com/watch?v=DHkJofFxn39,
https://www.peekvids.com/watch?v=9_sPu7FyDhN, https://www.peekvids.com/watch?v=kKmskONhUwo, https://www.peekvids.com/watch?v=mmn3W7zqqmJ,
https://www.peekvids.com/watch?v=SWYVEOJNSOp, https://www.peekvids.com/watch?v=hA_wAYxP1V0, https://www.peekvids.com/watch?v=Np6EjCQwtl4,
https://www.peekvids.com/watch?v=VkZVp8AR3_E, https://www.peekvids.com/watch?v=OshBhvebXFU, https://www.peekvids.com/watch?v=hWn0xZvkbD5,
https://www.peekvids.com/watch?v=X-nCUKI5jI8, https://www.peekvids.com/watch?v=PkEuZTktOU2, https://www.peekvids.com/watch?v=XCOcKlJmVTk,
https://www.peekvids.com/watch?v=tGcdCwaRaeo, https://www.peekvids.com/watch?v=SEsMzg8BIpB, https://www.peekvids.com/watch?v=lbYRXRZaYdH,
https://www.peekvids.com/watch?v=I5B6noZBipV, https://www.peekvids.com/watch?v=IzUwLZTWttl, https://www.peekvids.com/watch?v=bnKRVtVLe3r,
https://www.peekvids.com/watch?v=6n1WtbX6BV6, https://www.peekvids.com/watch?v=FLd9h-xcms6, https://www.peekvids.com/watch?v=iJ4pFnS-8cF,
https://www.peekvids.com/watch?v=kX1HcKKsXV6, https://www.peekvids.com/watch?v=HJy_5IMiD-b, https://www.peekvids.com/watch?v=bPaGBG-uS0K,
https://www.peekvids.com/watch?v=Qg7KSVFC_Zi, https://www.peekvids.com/watch?v=h_iryzAVOn6, https://www.peekvids.com/watch?v=SL170UjtP-5,
https://www.peekvids.com/watch?v=0Zl3GXgfMJY, https://www.peekvids.com/watch?v=rNZBmuukE6b, https://www.peekvids.com/watch?v=pwanEhA7PT6,
https://www.peekvids.com/watch?v=LuaErv4U59d, https://www.peekvids.com/watch?v=2C4tcMj1WUi, https://www.peekvids.com/watch?v=GSrSTkTg4Nm,
https://www.peekvids.com/watch?v=v5iBea_JYBk, https://www.peekvids.com/watch?v=gN7ZgLikToe, https://www.peekvids.com/watch?v=6KG_au-nv_a,
https://www.peekvids.com/watch?v=GAXppm-_z22, https://www.peekvids.com/watch?v=LW26ttZqPEz, https://www.peekvids.com/watch?v=7hxCSzc_lNR,
https://www.peekvids.com/watch?v=46onqYc4sjz, https://www.peekvids.com/watch?v=dRpihaDjH7w, https://www.peekvids.com/watch?v=t5LHEf38RZZ,
https://www.peekvids.com/watch?v=klGf7CQdE_5, https://www.peekvids.com/watch?v=o2qPOmC8UPy, https://www.peekvids.com/watch?v=8q2u9EitPCu,
https://www.peekvids.com/watch?v=gW1U342hb9W, https://www.peekvids.com/watch?v=bEmqbImw4P4, https://www.peekvids.com/watch?v=Em80mp7nnCa,
https://www.peekvids.com/watch?v=BfEq-39F2mZ, https://www.peekvids.com/watch?v=y0uOgJU-PA7, https://www.peekvids.com/watch?v=bwXjwTwwHrZ,
https://www.peekvids.com/watch?v=OMNAd3jw2th, https://www.peekvids.com/watch?v=J6-HfUTqcuA, https://www.peekvids.com/watch?v=RW-c3h4P-U0,
https://www.peekvids.com/watch?v=8wt8Jf_kEZX, https://www.peekvids.com/watch?v=Prf08nhRmoG, https://www.peekvids.com/watch?v=UuLqzapmjOr,
https://www.peekvids.com/watch?v=5QD6gjxHUa7, https://www.peekvids.com/watch?v=RewGSxjtclu, https://www.peekvids.com/watch?v=S6z4hSwKoDs,
https://www.peekvids.com/watch?v=KmNBMLxqqrX, https://www.peekvids.com/watch?v=QvPd1dd_Faq, https://www.peekvids.com/watch?v=HhTZMkN114P,
https://www.peekvids.com/watch?v=LABszglfZUm, https://www.peekvids.com/watch?v=a3euWc6kZiv, https://www.peekvids.com/watch?v=Bn4PED_0wN5,
https://www.peekvids.com/watch?v=XOYaHdm7oVg, https://www.peekvids.com/watch?v=Nou6E4q_N3N, https://www.peekvids.com/watch?v=uprbAeiKmCq,
https://www.peekvids.com/watch?v=FKgsw-dR86P, https://www.peekvids.com/watch?v=99VGnrTFBSg, https://www.peekvids.com/watch?v=s-yR7G0IWDU,
https://www.peekvids.com/watch?v=2-vpfZwdc15, https://www.peekvids.com/watch?v=X4wxhqspRK3, https://www.peekvids.com/watch?v=jH-kdn47jpJ,
https://www.peekvids.com/watch?v=XyND2uwqYxL, https://www.peekvids.com/watch?v=9rvl7PPoCyi, https://www.peekvids.com/watch?v=LU2CDqNFTUB,
https://www.peekvids.com/watch?v=jlDag3pFTbt, https://www.peekvids.com/watch?v=IDh_Y0Kyvtc, https://www.peekvids.com/watch?v=oYKNW4Oa41B,
https://www.peekvids.com/watch?v=FaV8q8odVVh, https://www.peekvids.com/watch?v=wSmfHA_yy3V, https://www.peekvids.com/watch?v=pMLIq984P4g,
https://www.peekvids.com/watch?v=RnyOdhiwdL3
5.f. Date of third notice: 2015-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whatisay
5.b. Uploader's email address: massoryamessorya@gmx.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=whatisay
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=RkPLbVxGBYX, https://www.peekvids.com/watch?v=jsvfLcurVvA,
https://www.peekvids.com/watch?v=Sd_JQPA_PKH, https://www.peekvids.com/watch?v=LfFVcLTTtmE, https://www.peekvids.com/watch?v=W2PppTC-kiT,
https://www.peekvids.com/watch?v=t6H1hM8nfOS, https://www.peekvids.com/watch?v=pcGxUZ8ea-0, https://www.peekvids.com/watch?v=dY7E_5ItgAP,
https://www.peekvids.com/watch?v=q2S0_Z7KiLm, https://www.peekvids.com/watch?v=PQDNUD16dDX, https://www.peekvids.com/watch?v=b24mn9qRlQk,
https://www.peekvids.com/watch?v=ouKfrL_TxOV, https://www.peekvids.com/watch?v=hIxfOr7IiPT, https://www.peekvids.com/watch?v=OsWoTmB1fsJ,
https://www.peekvids.com/watch?v=AHEgDQ72UCB, https://www.peekvids.com/watch?v=AwDHWnEuGoJ, https://www.peekvids.com/watch?v=of2Vvn9qDUE,
https://www.peekvids.com/watch?v=fzJYlnv7X2n, https://www.peekvids.com/watch?v=SjbhaYjQtiT, https://www.peekvids.com/watch?v=4lTQM4vOwcg,
https://www.peekvids.com/watch?v=b3zE3m1Htxe, https://www.peekvids.com/watch?v=KVLW3Stmh5w, https://www.peekvids.com/watch?v=jSKcNIlufU8,
https://www.peekvids.com/watch?v=8Z7PbKt0SxX, https://www.peekvids.com/watch?v=3uc9xOuq8TT, https://www.peekvids.com/watch?v=ZxTmw2b7Mcn,
https://www.peekvids.com/watch?v=PRsEPfPk2ox, https://www.peekvids.com/watch?v=pzkdOnfq7SJ, https://www.peekvids.com/watch?v=AaVkqciWI5k,
https://www.peekvids.com/watch?v=TxsmvT2tEQH, https://www.peekvids.com/watch?v=qD7klnTkYc7, https://www.peekvids.com/watch?v=nVwTqwFg8UQ,
https://www.peekvids.com/watch?v=ri-UOSah_jp, https://www.peekvids.com/watch?v=fK-y0u-fL9F, https://www.peekvids.com/watch?v=SZQfr7oVjPD,
https://www.peekvids.com/watch?v=Nzc-HENTXEl, https://www.peekvids.com/watch?v=YkjKfJ1aO86, https://www.peekvids.com/watch?v=UqYFo8j7Pzk,
https://www.peekvids.com/watch?v=k15sMmtMcBy, https://www.peekvids.com/watch?v=s65K3Nf0d_y, https://www.peekvids.com/watch?v=MOvLuLL0rML,
https://www.peekvids.com/watch?v=jrRNRPfbd90, https://www.peekvids.com/watch?v=oCIJwlt14_t, https://www.peekvids.com/watch?v=0O9tS4-lLZ0,
https://www.peekvids.com/watch?v=DeG7g0pOrP4, https://www.peekvids.com/watch?v=sAYe8yKIP1P, https://www.peekvids.com/watch?v=IqJfAEc7NJm,
https://www.peekvids.com/watch?v=btaJToPcq79, https://www.peekvids.com/watch?v=DI5rKAe5XDG, https://www.peekvids.com/watch?v=Yakn1wbM2V9,
https://www.peekvids.com/watch?v=DgAc_Vr8k33, https://www.peekvids.com/watch?v=2J4x93Nw6gR, https://www.peekvids.com/watch?v=hhAeDAUiUJ9,
https://www.peekvids.com/watch?v=rYXkBmgUrGX, https://www.peekvids.com/watch?v=or-PLq0MkC2, https://www.peekvids.com/watch?v=8RciLYMlcB7,
https://www.peekvids.com/watch?v=n_hbVzgqypD, https://www.peekvids.com/watch?v=CLSlwvIkvmd, https://www.peekvids.com/watch?v=wYq4zP9z-2o,
https://www.peekvids.com/watch?v=eGDKRs-F5yf, https://www.peekvids.com/watch?v=ikBE_E4IKat, https://www.peekvids.com/watch?v=Z4LOBpzS2VO,
https://www.peekvids.com/watch?v=bAbIXrk3h5o, https://www.peekvids.com/watch?v=vSQvw1nlUqP, https://www.peekvids.com/watch?v=BxK-8ZpNk9H,
https://www.peekvids.com/watch?v=usSRmbGqYBF, https://www.peekvids.com/watch?v=9aYfHpyZH-c, https://www.peekvids.com/watch?v=jf2uwmRWAXQ,
https://www.peekvids.com/watch?v=RsLLVlpGBNd, https://www.peekvids.com/watch?v=EUkjAO8SHv3, https://www.peekvids.com/watch?v=m9R_k6EgDNg,
https://www.peekvids.com/watch?v=UXm_z7mJOsO, https://www.peekvids.com/watch?v=xcNa7wdoYAZ, https://www.peekvids.com/watch?v=HznxllGUyIu,
https://www.peekvids.com/watch?v=pYL2jMQhLKO, https://www.peekvids.com/watch?v=Oawmc-n8TVy, https://www.peekvids.com/watch?v=Lt4dCFnd3NT,
https://www.peekvids.com/watch?v=wR4bbfzPlGf, https://www.peekvids.com/watch?v=ufq8ozm8tyC, https://www.peekvids.com/watch?v=jEyq3q2kaQ3,
https://www.peekvids.com/watch?v=AA36dqTf4Mr, https://www.peekvids.com/watch?v=M62gIA091aI, https://www.peekvids.com/watch?v=0YAi716seVF,
https://www.peekvids.com/watch?v=cQYE3YqsJHM, https://www.peekvids.com/watch?v=LclbqT5-I_H, https://www.peekvids.com/watch?v=rMFG7bea8qH,
https://www.peekvids.com/watch?v=VJu5-VaXpO3, https://www.peekvids.com/watch?v=IsuJTpgzt3z, https://www.peekvids.com/watch?v=SMSRfTeWukJ,
https://www.peekvids.com/watch?v=QlL0qaICNTc, https://www.peekvids.com/watch?v=Hn2iiYygMnp, https://www.peekvids.com/watch?v=NairLhpyL6v,
https://www.peekvids.com/watch?v=A3LSY-2hzTz, https://www.peekvids.com/watch?v=ZyCsR7I58H5, https://www.peekvids.com/watch?v=959xi5TWsO0,
https://www.peekvids.com/watch?v=7TxtoVfRQji, https://www.peekvids.com/watch?v=JdKsgX-n3Lj, https://www.peekvids.com/watch?v=gWtYF3rpW1V,
https://www.peekvids.com/watch?v=7ebeXvTtr-N, https://www.peekvids.com/watch?v=KSkWWVEmJ3C, https://www.peekvids.com/watch?v=YB-K7M4Q47s,
https://www.peekvids.com/watch?v=tExd-j-MT4w, https://www.peekvids.com/watch?v=sSsXelx9lDX, https://www.peekvids.com/watch?v=daeaDqTgzwZ,
https://www.peekvids.com/watch?v=fmY7gz2DFO7, https://www.peekvids.com/watch?v=5tyTjD7YT-N, https://www.peekvids.com/watch?v=CFWHKjfiEik,
https://www.peekvids.com/watch?v=myNqXNOruvA, https://www.peekvids.com/watch?v=3Y5S2SfgI0a, https://www.peekvids.com/watch?v=BbKWg9w-bLa,
https://www.peekvids.com/watch?v=TU-F9KQIESV, https://www.peekvids.com/watch?v=A-xz0WNemE3, https://www.peekvids.com/watch?v=oOzpIQ9T9Bi,
https://www.peekvids.com/watch?v=89zXHm4VlRe, https://www.peekvids.com/watch?v=bJdpWdvMM9X
5.f. Date of third notice: 2015-09-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whiteflower
5.b. Uploader's email address: leilealee@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=whiteflower
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=r3-M0X7QddB, https://www.peekvids.com/watch?v=hq3N6ckhlzx,
https://www.peekvids.com/watch?v=6P1_wCEIBEl, https://www.peekvids.com/watch?v=Adzn_siCWkG, https://www.peekvids.com/watch?v=nr0tu7t2Ndq,
https://www.peekvids.com/watch?v=QFQWT7wlxQB, https://www.peekvids.com/watch?v=zTmibwt_58s, https://www.peekvids.com/watch?v=HIjEyb29Kys,
https://www.peekvids.com/watch?v=jwc-A1umW7M, https://www.peekvids.com/watch?v=igjV7EZQBz3, https://www.peekvids.com/watch?v=sHqz8cGW846,
https://www.peekvids.com/watch?v=UCZODltL3O5, https://www.peekvids.com/watch?v=juLftnPycau, https://www.peekvids.com/watch?v=WG2I4pxt16k,
https://www.peekvids.com/watch?v=Ymjg3bKMvf9, https://www.peekvids.com/watch?v=l2uNgPUtlDE, https://www.peekvids.com/watch?v=gTeZb4yWdxL,
https://www.peekvids.com/watch?v=BslfJlQ-xCp, https://www.peekvids.com/watch?v=Bs_XZZDo5QY, https://www.peekvids.com/watch?v=fiKASpdwO0N,
https://www.peekvids.com/watch?v=fSSy6gULbat, https://www.peekvids.com/watch?v=uYKyApWXX7d, https://www.peekvids.com/watch?v=ikVBFqlwE1w,
https://www.peekvids.com/watch?v=KhFKlXSZjqV, https://www.peekvids.com/watch?v=8ltzmTDXfF8, https://www.peekvids.com/watch?v=hIuvI5s0KSc,
https://www.peekvids.com/watch?v=J4UkYFJ_rmB, https://www.peekvids.com/watch?v=7L8LcmdsuA3, https://www.peekvids.com/watch?v=CNV-cNSkyR4,
https://www.peekvids.com/watch?v=ZmURHKAzfWn, https://www.peekvids.com/watch?v=slVfhe_8naj, https://www.peekvids.com/watch?v=XWlqwPwkE5m,
https://www.peekvids.com/watch?v=uhHrGLDr1-I, https://www.peekvids.com/watch?v=PdbmK6BRogL, https://www.peekvids.com/watch?v=VnSpHwy4eqp,
https://www.peekvids.com/watch?v=jfmvFgvDG6Z, https://www.peekvids.com/watch?v=WGYDZRggVbC, https://www.peekvids.com/watch?v=dZXusRiv5G8,
https://www.peekvids.com/watch?v=S2ViH00AllV, https://www.peekvids.com/watch?v=yJo4sTdllSU, https://www.peekvids.com/watch?v=yJR2Po7E5S8,
https://www.peekvids.com/watch?v=UjJerNUIDne, https://www.peekvids.com/watch?v=C762A4nv5yc, https://www.peekvids.com/watch?v=aLpii1oH8QJ,
https://www.peekvids.com/watch?v=vkE1LsvuIuM, https://www.peekvids.com/watch?v=pFK3UQSWzva, https://www.peekvids.com/watch?v=Zr_twvjlB76,
https://www.peekvids.com/watch?v=eYEMIOYmVoc, https://www.peekvids.com/watch?v=rspOtqWpPYV, https://www.peekvids.com/watch?v=oELTCWlcfR9,
https://www.peekvids.com/watch?v=ofIRbiQtFGd, https://www.peekvids.com/watch?v=Rkv3lvfJtPF, https://www.peekvids.com/watch?v=dCrcfjHLttb,
https://www.peekvids.com/watch?v=Kn6g0cedIW0, https://www.peekvids.com/watch?v=dNy8EQUBaIU, https://www.peekvids.com/watch?v=OFm8-TJcmD8,
https://www.peekvids.com/watch?v=9GUAmM7zf7J, https://www.peekvids.com/watch?v=fwxrVyIzjal, https://www.peekvids.com/watch?v=WzI3tcNCisq,
https://www.peekvids.com/watch?v=bjZwJwYoxUj, https://www.peekvids.com/watch?v=mw5gQGLrBjD, https://www.peekvids.com/watch?v=h3Ols0Xy2wy,
https://www.peekvids.com/watch?v=QXskj-ZVOsV, https://www.peekvids.com/watch?v=rim0TgXwswR, https://www.peekvids.com/watch?v=dVlqL0sdfqn,
https://www.peekvids.com/watch?v=eT4JazFDVcu, https://www.peekvids.com/watch?v=9Brp4oLIqM5, https://www.peekvids.com/watch?v=yihRDatcptU,
https://www.peekvids.com/watch?v=QOSEQQY3a6i, https://www.peekvids.com/watch?v=dkCrfqE3kQV, https://www.peekvids.com/watch?v=gKHAO3Y6ckd,
https://www.peekvids.com/watch?v=SOD-6TJTFNt, https://www.peekvids.com/watch?v=LwLc7mWuAtN, https://www.peekvids.com/watch?v=wmSVKfeSfiZ,
https://www.peekvids.com/watch?v=wqNZabkgFQG, https://www.peekvids.com/watch?v=G2US_MWQ4Aa, https://www.peekvids.com/watch?v=ajT2Fy48XDb,
https://www.peekvids.com/watch?v=EPSfaJ_-c9K, https://www.peekvids.com/watch?v=tDtmmZ43nEf, https://www.peekvids.com/watch?v=QjSGHpfBSHi
5.f. Date of third notice: 2015-09-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whitegold
5.b. Uploader's email address: ronmayron184447@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=whitegold
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=j8KWKHCTHGI, https://www.peekvids.com/watch?v=ifLozvdPRUQ,
https://www.peekvids.com/watch?v=J4HXguG8MJy, https://www.peekvids.com/watch?v=knsy3cxvZEj, https://www.peekvids.com/watch?v=uDfWv4oK7Qg,
https://www.peekvids.com/watch?v=2vBfVAekcGf, https://www.peekvids.com/watch?v=8TIG3X5SZyK, https://www.peekvids.com/watch?v=WR4I3C53hwt,
https://www.peekvids.com/watch?v=w9QoYTGqAHC, https://www.peekvids.com/watch?v=cMLX00uAwue, https://www.peekvids.com/watch?v=HwGWck3uMk6,
https://www.peekvids.com/watch?v=cCSFYIR7GKj, https://www.peekvids.com/watch?v=B2bECxr8NLF, https://www.peekvids.com/watch?v=X9ErqyPhMVV,
https://www.peekvids.com/watch?v=MWj9H3bMraz, https://www.peekvids.com/watch?v=Wxt8tKptdOH, https://www.peekvids.com/watch?v=On9pmwzIYi8,
https://www.peekvids.com/watch?v=WYiplW7a4K3, https://www.peekvids.com/watch?v=BFMrVmXoiOM, https://www.peekvids.com/watch?v=KvRQkvUUsT2,
https://www.peekvids.com/watch?v=lFWOz0mzxJj, https://www.peekvids.com/watch?v=tVL5qQFdNle, https://www.peekvids.com/watch?v=Da5T4BSLN0T,
https://www.peekvids.com/watch?v=-Di-LP6S8c9, https://www.peekvids.com/watch?v=WdUvNpdyGpJ, https://www.peekvids.com/watch?v=Eyzg2upVpkQ,
https://www.peekvids.com/watch?v=KGBKhHGhbd9, https://www.peekvids.com/watch?v=PbkmZqHvnk6, https://www.peekvids.com/watch?v=bcPKI8WS74J,
https://www.peekvids.com/watch?v=IvRjRrSgzMM, https://www.peekvids.com/watch?v=5Nco38xrIyb, https://www.peekvids.com/watch?v=4sM7svER9Mi,
https://www.peekvids.com/watch?v=3VKNFcWZiIq, https://www.peekvids.com/watch?v=kwbY9BiP5SO, https://www.peekvids.com/watch?v=3R0Wqg8afAK,
https://www.peekvids.com/watch?v=SIjkFd-xhjq, https://www.peekvids.com/watch?v=QvQO3JPF0Q5, https://www.peekvids.com/watch?v=d4LeeLs5jHy,
https://www.peekvids.com/watch?v=xbxVXfB0aiF, https://www.peekvids.com/watch?v=6Zsl6JpLRqB, https://www.peekvids.com/watch?v=eiQgxQYnKxZ,
https://www.peekvids.com/watch?v=78B7jTo0lVp, https://www.peekvids.com/watch?v=z2i4yBBlYUP, https://www.peekvids.com/watch?v=ujbFK07Wnxs,
https://www.peekvids.com/watch?v=fplvvX5zGLz, https://www.peekvids.com/watch?v=bGZvxZsucnp, https://www.peekvids.com/watch?v=MNJgz-iVd6L,
https://www.peekvids.com/watch?v=-iax-nPHtZk, https://www.peekvids.com/watch?v=Pp0x5n4ibaV, https://www.peekvids.com/watch?v=-5ysA2xeHVB,

https://www.peekvids.com/watch?v=5n7i8LxcAWY, https://www.peekvids.com/watch?v=8gUbtLhPDd2, https://www.peekvids.com/watch?v=jG2NsM7M8bJ,
https://www.peekvids.com/watch?v=2LiUxFWgYsY, https://www.peekvids.com/watch?v=Q34d7BZyGCk, https://www.peekvids.com/watch?v=YnnWMYk3WrP,
https://www.peekvids.com/watch?v=qIX75sMA553, https://www.peekvids.com/watch?v=zcwowvBFjw5, https://www.peekvids.com/watch?v=mAvUvYNcwyN,
https://www.peekvids.com/watch?v=2PWcIJuoh7W, https://www.peekvids.com/watch?v=lQv9vWbqmaU, https://www.peekvids.com/watch?v=KRxNN-UtKqA,
https://www.peekvids.com/watch?v=66Tq97FCOLD, https://www.peekvids.com/watch?v=6ZwWnk6Egd-, https://www.peekvids.com/watch?v=u0N7P6jmN68,
https://www.peekvids.com/watch?v=lqIZVpfCpT6, https://www.peekvids.com/watch?v=kNevRf7P8Za, https://www.peekvids.com/watch?v=JrvSZT48ewA,
https://www.peekvids.com/watch?v=2fNtM-7cWci, https://www.peekvids.com/watch?v=BRZIVZYpplN, https://www.peekvids.com/watch?v=cjUPfMy5Ejs,
https://www.peekvids.com/watch?v=GtOYmGdCVyy, https://www.peekvids.com/watch?v=nYBJTTn8OdU, https://www.peekvids.com/watch?v=-gg0zBxLqLk,
https://www.peekvids.com/watch?v=R-dgPgCWHNL, https://www.peekvids.com/watch?v=kx84SqqhRlY, https://www.peekvids.com/watch?v=kSaWji3gbUa,
https://www.peekvids.com/watch?v=WaStOjTLfNM, https://www.peekvids.com/watch?v=xm22BvrPvn4, https://www.peekvids.com/watch?v=lKosUb98d5P,
https://www.peekvids.com/watch?v=5NDu0366yjg, https://www.peekvids.com/watch?v=k8kYLrzljK9, https://www.peekvids.com/watch?v=r5m-V3qSVni,
https://www.peekvids.com/watch?v=kzTTjCZC7ZI, https://www.peekvids.com/watch?v=bY5NFcwMy4w, https://www.peekvids.com/watch?v=CpcHlyMndpp,
https://www.peekvids.com/watch?v=x7tNuAMcK3f, https://www.peekvids.com/watch?v=twr7BeuI-S-, https://www.peekvids.com/watch?v=E22HO7ilCWh,
https://www.peekvids.com/watch?v=VnNdzxW-YBa, https://www.peekvids.com/watch?v=i9OBcylH3bq, https://www.peekvids.com/watch?v=DWuUZznoWvz,
https://www.peekvids.com/watch?v=3X0bdel9F8T, https://www.peekvids.com/watch?v=DT0GEMAaMBs, https://www.peekvids.com/watch?v=zwEZUjFjzC6,
https://www.peekvids.com/watch?v=2j8WmyvThto, https://www.peekvids.com/watch?v=QOOdrc8NOTB, https://www.peekvids.com/watch?v=yvw0SqCe5nX,
https://www.peekvids.com/watch?v=X4pfZQjkpj4, https://www.peekvids.com/watch?v=fj2d6DnDMvs, https://www.peekvids.com/watch?v=8cvYK-UTknF,
https://www.peekvids.com/watch?v=RnemboIEqmQ, https://www.peekvids.com/watch?v=UHyZcjB-znk, https://www.peekvids.com/watch?v=zBg7e6IaH-i,
https://www.peekvids.com/watch?v=8hX4RXehArO, https://www.peekvids.com/watch?v=KGzJvKLCsOu, https://www.peekvids.com/watch?v=ZZDCGSEMcJn,
https://www.peekvids.com/watch?v=F6iwSAlifCo, https://www.peekvids.com/watch?v=xU9qtiJmIlI, https://www.peekvids.com/watch?v=b5FU6WtJ2OO,
https://www.peekvids.com/watch?v=a0Lw4VfqHvD, https://www.peekvids.com/watch?v=hyvXByV7kiQ, https://www.peekvids.com/watch?v=vVrKULVmMZo,
https://www.peekvids.com/watch?v=RqdkwgUt0qX, https://www.peekvids.com/watch?v=0rpTD8MASQQ, https://www.peekvids.com/watch?v=ozSaJW-XsMO,
https://www.peekvids.com/watch?v=yEyO5uZZ24I, https://www.peekvids.com/watch?v=Tofo3CfM5Ue, https://www.peekvids.com/watch?v=2FaHhpGcOtN,
https://www.peekvids.com/watch?v=g0uc3Fwfy8B, https://www.peekvids.com/watch?v=5WGsWTiM8gZ, https://www.peekvids.com/watch?v=2lm9YZljBuk,
https://www.peekvids.com/watch?v=PHeXwwK5qrJ, https://www.peekvids.com/watch?v=GEapKJGtRo8, https://www.peekvids.com/watch?v=rdrEvkPMy9-,
https://www.peekvids.com/watch?v=z0D4qDArbmE, https://www.peekvids.com/watch?v=83pUfxwdft-, https://www.peekvids.com/watch?v=Osq6vBsClLt,
https://www.peekvids.com/watch?v=EdlBowQbUcy, https://www.peekvids.com/watch?v=iri9JvHZX3V, https://www.peekvids.com/watch?v=IvezrVKvjqv,
https://www.peekvids.com/watch?v=t7GD2OQOPgL, https://www.peekvids.com/watch?v=2slYDK23qxU, https://www.peekvids.com/watch?v=E8ZdKsO9T0B,
https://www.peekvids.com/watch?v=0rLmI04rhl9, https://www.peekvids.com/watch?v=t67FjWsBlxS, https://www.peekvids.com/watch?v=97UYkrplMIS,
https://www.peekvids.com/watch?v=6M-H6B7tbkS, https://www.peekvids.com/watch?v=w5t5b5A3VeG, https://www.peekvids.com/watch?v=n7Ae7RG8fjj,
https://www.peekvids.com/watch?v=ZahNaKbK7Vq, https://www.peekvids.com/watch?v=lkMVCqUlgmp, https://www.peekvids.com/watch?v=iW3bI8sftVi,
https://www.peekvids.com/watch?v=9ngsxPJDzrt, https://www.peekvids.com/watch?v=SXiFwYvWs3u, https://www.peekvids.com/watch?v=3fW4vwC3Qkg,
https://www.peekvids.com/watch?v=XLdavpUDWky, https://www.peekvids.com/watch?v=rfQ9AXe2dVS, https://www.peekvids.com/watch?v=5bebotDWX3K,
https://www.peekvids.com/watch?v=23Meclf3rNY, https://www.peekvids.com/watch?v=cgkIgzM2xZp, https://www.peekvids.com/watch?v=iBZtG7kyoqv,
https://www.peekvids.com/watch?v=ByENxf6c-no, https://www.peekvids.com/watch?v=SxTtlq9Ylw7, https://www.peekvids.com/watch?v=zAoKEEhxrAN,
https://www.peekvids.com/watch?v=jqu6u2-DieC, https://www.peekvids.com/watch?v=clsM6NTMiDv, https://www.peekvids.com/watch?v=dja-Q9HYXss,
https://www.peekvids.com/watch?v=kiggNJ43ujT, https://www.peekvids.com/watch?v=mUQSXvbAQF-, https://www.peekvids.com/watch?v=afZ6uWLe9sp,
https://www.peekvids.com/watch?v=ahLPd3we2f0, https://www.peekvids.com/watch?v=KVMaUzSkMtN, https://www.peekvids.com/watch?v=VQxzwDb2DQb,
https://www.peekvids.com/watch?v=bzh5ZWRnkqK, https://www.peekvids.com/watch?v=t5ulLEsoT4A, https://www.peekvids.com/watch?v=whqeR4VVKKq,
https://www.peekvids.com/watch?v=-oWoR5tFYlT, https://www.peekvids.com/watch?v=BEaYA0T0Q0O, https://www.peekvids.com/watch?v=Ay6rnl9tN6a,
https://www.peekvids.com/watch?v=O5OhKfRWyQF, https://www.peekvids.com/watch?v=OZ-OF8muVFM, https://www.peekvids.com/watch?v=LQytmvyvECD,
https://www.peekvids.com/watch?v=z9Jtn23G28x, https://www.peekvids.com/watch?v=6EguoJfGjY3, https://www.peekvids.com/watch?v=FFQTWcWXTwb,
https://www.peekvids.com/watch?v=4A9TGq3itkQ, https://www.peekvids.com/watch?v=5VHzGTUvoq0, https://www.peekvids.com/watch?v=FY0uAbiGI53,
https://www.peekvids.com/watch?v=UeihWJHT6mK, https://www.peekvids.com/watch?v=SjN5ElWB6gj, https://www.peekvids.com/watch?v=QtZGIw52g4J,
https://www.peekvids.com/watch?v=kStCgPutqS5, https://www.peekvids.com/watch?v=NG9qKIOOXJY, https://www.peekvids.com/watch?v=vTyJRhOc37a,
https://www.peekvids.com/watch?v=vtLUTThJlKL, https://www.peekvids.com/watch?v=-IXcioATVQC, https://www.peekvids.com/watch?v=Z5Cc4y6t74K,
https://www.peekvids.com/watch?v=7k23xrgAdBo, https://www.peekvids.com/watch?v=dEqQH5XZAAB, https://www.peekvids.com/watch?v=cR7WIiMauus,
https://www.peekvids.com/watch?v=34FAAlEzBTQ, https://www.peekvids.com/watch?v=hZcjLZ492ee, https://www.peekvids.com/watch?v=avPoh4UYroo,
https://www.peekvids.com/watch?v=6OmoO8klOKF, https://www.peekvids.com/watch?v=3iMSRlMbQF9, https://www.peekvids.com/watch?v=dhUM2ubmvTq,
https://www.peekvids.com/watch?v=orIY0UBhtGF, https://www.peekvids.com/watch?v=m95QXavdbXt, https://www.peekvids.com/watch?v=K5qdzdbydJr,
https://www.peekvids.com/watch?v=TI-WB6WfqrO, https://www.peekvids.com/watch?v=93HxureP2Hl, https://www.peekvids.com/watch?v=-7Z9mCMFgo2,
https://www.peekvids.com/watch?v=6eBaNqmbo47, https://www.peekvids.com/watch?v=7sOH3P8xcSI, https://www.peekvids.com/watch?v=5SK23VGDrc8,
https://www.peekvids.com/watch?v=aZN3hK6aN2F, https://www.peekvids.com/watch?v=Uoms8-pB7vV, https://www.peekvids.com/watch?v=Gx5mMiFsHIO,
https://www.peekvids.com/watch?v=XcAKSJ5bRvr, https://www.peekvids.com/watch?v=Y0cxisGgejU, https://www.peekvids.com/watch?v=EvLx490n9uq,
https://www.peekvids.com/watch?v=kjOg6TwnyWZ, https://www.peekvids.com/watch?v=vDIJLShI7-s, https://www.peekvids.com/watch?v=mB4LJycIOis,
https://www.peekvids.com/watch?v=MbP3y7n74VL, https://www.peekvids.com/watch?v=lUbVPVLBlY8, https://www.peekvids.com/watch?v=oIRdDTxxA0x,
https://www.peekvids.com/watch?v=aur-6JeT0I5, https://www.peekvids.com/watch?v=gA-syyMX3fx, https://www.peekvids.com/watch?v=QzLzoofNnu2,
https://www.peekvids.com/watch?v=99jDHHCzJy9, https://www.peekvids.com/watch?v=Nx5Cno6rutg, https://www.peekvids.com/watch?v=W6Fwx2iBIK4,
https://www.peekvids.com/watch?v=sWgj6pmblQw, https://www.peekvids.com/watch?v=uQnlpiYZyMb, https://www.peekvids.com/watch?v=WkvqfnzLYiy,
https://www.peekvids.com/watch?v=zCj78I-vE0l, https://www.peekvids.com/watch?v=OqTU-zfVJ2l, https://www.peekvids.com/watch?v=ga6TGa0R004,
https://www.peekvids.com/watch?v=B2Dl-Siltxw, https://www.peekvids.com/watch?v=2KX4QOo9MVP, https://www.peekvids.com/watch?v=Xm2SGYLhg8Y,
https://www.peekvids.com/watch?v=NoWwMkWCIcE, https://www.peekvids.com/watch?v=ZiNldL4nO3a, https://www.peekvids.com/watch?v=K4W8VrKuYiJ,
https://www.peekvids.com/watch?v=YRSQDr5DnIe, https://www.peekvids.com/watch?v=q0WoHOVbFwe, https://www.peekvids.com/watch?v=SYJ3qOAn6LM,
https://www.peekvids.com/watch?v=twGD3xMOYSC, https://www.peekvids.com/watch?v=hoYdoTs9gZM, https://www.peekvids.com/watch?v=iF2CWKx5AU8,
https://www.peekvids.com/watch?v=Rfrvl0CUzal, https://www.peekvids.com/watch?v=rb4ONv7UxsG, https://www.peekvids.com/watch?v=zs7tqC7chek,
https://www.peekvids.com/watch?v=DEf5UsPsLSU, https://www.peekvids.com/watch?v=NQvNUPQ2VfM, https://www.peekvids.com/watch?v=G97QCpBhPyq,
https://www.peekvids.com/watch?v=-HBh9-S3iFM, https://www.peekvids.com/watch?v=BeEXU8oYeHb, https://www.peekvids.com/watch?v=Jl3Klnm3W0m,
https://www.peekvids.com/watch?v=Y8xB7Wnm7Uw, https://www.peekvids.com/watch?v=b4fQNVt5efH, https://www.peekvids.com/watch?v=ziDbjYwB586,
https://www.peekvids.com/watch?v=dYgksXZnvYm, https://www.peekvids.com/watch?v=JWILaAYu57a, https://www.peekvids.com/watch?v=MYCPi2OXVYi,
https://www.peekvids.com/watch?v=c3HuzOzJy6K, https://www.peekvids.com/watch?v=SSpiCHNvuRQ, https://www.peekvids.com/watch?v=6s34qcjehAd,
https://www.peekvids.com/watch?v=gpPWN7-PBSZ, https://www.peekvids.com/watch?v=qbANNoEOH5f, https://www.peekvids.com/watch?v=RDpNu2nvfve,
https://www.peekvids.com/watch?v=H-JJkp6zVq0, https://www.peekvids.com/watch?v=cCq8DjExlvW, https://www.peekvids.com/watch?v=6y6PGMEDJsp,
https://www.peekvids.com/watch?v=Hs7kb9fAvJB, https://www.peekvids.com/watch?v=ILt5zFGYtEy, https://www.peekvids.com/watch?v=KhVM9MgrFXP,
https://www.peekvids.com/watch?v=0HzmY8DuEeY, https://www.peekvids.com/watch?v=T82SNsADt2v, https://www.peekvids.com/watch?v=8CucXyzpdMk,
https://www.peekvids.com/watch?v=IWWtK5wg6fu, https://www.peekvids.com/watch?v=BjrRyD-HfOE, https://www.peekvids.com/watch?v=6h7HsJC8wPm,
https://www.peekvids.com/watch?v=8zdr7f75fGj, https://www.peekvids.com/watch?v=AcgzpgSoJJS, https://www.peekvids.com/watch?v=rhGqGPK7NIn,
https://www.peekvids.com/watch?v=mNsEnGpGKko, https://www.peekvids.com/watch?v=bQxiczLU4-p, https://www.peekvids.com/watch?v=v8FYiReXsgy,
https://www.peekvids.com/watch?v=rWSJWw-nTx7, https://www.peekvids.com/watch?v=hrGgVfOOspz, https://www.peekvids.com/watch?v=xemQ3FR-LsG,
https://www.peekvids.com/watch?v=z8DkMYmdvdn, https://www.peekvids.com/watch?v=BL9UiPKFplK, https://www.peekvids.com/watch?v=C3WTx9AlAzU,
https://www.peekvids.com/watch?v=Mj3bJf9cDOv, https://www.peekvids.com/watch?v=TrYCO2rcoIR, https://www.peekvids.com/watch?v=zjWy-Rk5suh,
https://www.peekvids.com/watch?v=IDUj5k6Pn6m, https://www.peekvids.com/watch?v=0Pi-rXp2Eev, https://www.peekvids.com/watch?v=OYPOrhRyBDx,
https://www.peekvids.com/watch?v=FR0njBVdYVx, https://www.peekvids.com/watch?v=7lN9nefQ0fi, https://www.peekvids.com/watch?v=-UmNfDTPL4w,
https://www.peekvids.com/watch?v=NzT3H6suwnq, https://www.peekvids.com/watch?v=av58TWDOVF7, https://www.peekvids.com/watch?v=3U7EbcbAw52,
https://www.peekvids.com/watch?v=bNC3cpqhUN5, https://www.peekvids.com/watch?v=WtacUavivqe, https://www.peekvids.com/watch?v=MGKMK2WdK9c,
https://www.peekvids.com/watch?v=DNJqZKMAo-d, https://www.peekvids.com/watch?v=ujCR0fZW0qa, https://www.peekvids.com/watch?v=nfQ-paBR5UD,
https://www.peekvids.com/watch?v=rOJ5dwj5ykj, https://www.peekvids.com/watch?v=AIYE3kQDLTB, https://www.peekvids.com/watch?v=MQqtHT8gXbR,
https://www.peekvids.com/watch?v=vGRchj67gAh, https://www.peekvids.com/watch?v=w5pOxnxDS5e, https://www.peekvids.com/watch?v=GVQD9mhFHWB,
https://www.peekvids.com/watch?v=BRtRqfbh6Cl, https://www.peekvids.com/watch?v=O-XShZAaFi3, https://www.peekvids.com/watch?v=Lsx2x978OKG,
https://www.peekvids.com/watch?v=VrC0w5adtNQ, https://www.peekvids.com/watch?v=SV7EMnEQzj9, https://www.peekvids.com/watch?v=CxC2W7Qw7TU,
https://www.peekvids.com/watch?v=d5wLOtRCvzP, https://www.peekvids.com/watch?v=KGxSU822VWI, https://www.peekvids.com/watch?v=HziEArQcryZ,
https://www.peekvids.com/watch?v=FE34D4tCHxG, https://www.peekvids.com/watch?v=nLXXYx34FOd, https://www.peekvids.com/watch?v=WP7QIDn7GIZ,
https://www.peekvids.com/watch?v=c96IKN4pNRx, https://www.peekvids.com/watch?v=lcn5j9Quvsg, https://www.peekvids.com/watch?v=NSph9JtgJhm,
https://www.peekvids.com/watch?v=Had9c4tf7Qp, https://www.peekvids.com/watch?v=FGnwBjPQIUM, https://www.peekvids.com/watch?v=O3uf0Qe2tlW,
https://www.peekvids.com/watch?v=aSAltra9FAg, https://www.peekvids.com/watch?v=RxtyVk6CRjp, https://www.peekvids.com/watch?v=W2mKjP54RCR,
https://www.peekvids.com/watch?v=n9IBt48uAAq, https://www.peekvids.com/watch?v=jUNqzZJHbSY, https://www.peekvids.com/watch?v=Nj2Qj82fHM2,
https://www.peekvids.com/watch?v=UUb960WQvKe, https://www.peekvids.com/watch?v=pmdNpMVR8Kc, https://www.peekvids.com/watch?v=dYeSwv7sLQY,
https://www.peekvids.com/watch?v=6SRKHka4HHR, https://www.peekvids.com/watch?v=l3utUpqGe9A, https://www.peekvids.com/watch?v=W3VXhdCcI-A,
https://www.peekvids.com/watch?v=xhHifkvFvRV, https://www.peekvids.com/watch?v=BsY80iIMchV, https://www.peekvids.com/watch?v=tRs0Yqn0m3-,
https://www.peekvids.com/watch?v=Vj2HuenRNfo, https://www.peekvids.com/watch?v=b-WDwExyBFH, https://www.peekvids.com/watch?v=bE9czhGMwJa,
https://www.peekvids.com/watch?v=IsOssefzzGP, https://www.peekvids.com/watch?v=ijTQR4WL5tE, https://www.peekvids.com/watch?v=-XtGAYTdZd-,
https://www.peekvids.com/watch?v=CXlwLHEUwfT, https://www.peekvids.com/watch?v=9yHq4yT2gnE, https://www.peekvids.com/watch?v=c8Rw-8Hh6aP,
https://www.peekvids.com/watch?v=Vj9DkCCaeSI, https://www.peekvids.com/watch?v=oC2on-sN2P4, https://www.peekvids.com/watch?v=sqXFj-gLTCO
5.f. Date of third notice: 2015-03-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whitepowerC
5.b. Uploader's email address: ricotomas1990@mail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=whitepowerC
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=XqVYnneuzjk, https://www.peekvids.com/watch?v=9r64sitMu5j,
https://www.peekvids.com/watch?v=0tUtmJTfAm6, https://www.peekvids.com/watch?v=38u-tXHCs_H, https://www.peekvids.com/watch?v=qr3puP-B_D3,
https://www.peekvids.com/watch?v=X6UYddaWpn0, https://www.peekvids.com/watch?v=HH_p9yCb7zV, https://www.peekvids.com/watch?v=BA4XmUNdVKp,
https://www.peekvids.com/watch?v=Eo176n-skPV, https://www.peekvids.com/watch?v=W8332F-hVTE, https://www.peekvids.com/watch?v=Cy-HuikmYQq,
https://www.peekvids.com/watch?v=iyXYeB1tYV7, https://www.peekvids.com/watch?v=3vUIbpFz-XF, https://www.peekvids.com/watch?v=9ROCxqw7Khe,
https://www.peekvids.com/watch?v=GP9KBr-pcjX, https://www.peekvids.com/watch?v=OAywT1fhpyH, https://www.peekvids.com/watch?v=DKh36z3fOfY,
https://www.peekvids.com/watch?v=U1Wqez1_Oaw, https://www.peekvids.com/watch?v=oW4uxa82aQt, https://www.peekvids.com/watch?v=ooqJ-HcBl-t,
https://www.peekvids.com/watch?v=f1y0R5tDBli, https://www.peekvids.com/watch?v=afeCKmTUqvS, https://www.peekvids.com/watch?v=Ooiekgw6Bvk,
https://www.peekvids.com/watch?v=Y5iX0rYwZsu, https://www.peekvids.com/watch?v=wQvdolz6ShX, https://www.peekvids.com/watch?v=sM4aOPEMQjQ,
https://www.peekvids.com/watch?v=dMAsy385OyX, https://www.peekvids.com/watch?v=Grv44xctKmL, https://www.peekvids.com/watch?v=QeWLhkdnH9J,
https://www.peekvids.com/watch?v=a2JJFwz2W83, https://www.peekvids.com/watch?v=PYvuA9BLTtE, https://www.peekvids.com/watch?v=WLABmfztaiH,
https://www.peekvids.com/watch?v=4-2Mn0JKPcP, https://www.peekvids.com/watch?v=TK6R_dRy6tF, https://www.peekvids.com/watch?v=pG5UXzubW7Y,
https://www.peekvids.com/watch?v=oIpyPAKC0Gt, https://www.peekvids.com/watch?v=bBN6h6ASrgE, https://www.peekvids.com/watch?v=YJwIJIe4WwE,
https://www.peekvids.com/watch?v=keehzo7CYTT, https://www.peekvids.com/watch?v=m_FIoTzJEWf, https://www.peekvids.com/watch?v=7KuiHOGrdgL,
https://www.peekvids.com/watch?v=d8fpjn6XL10, https://www.peekvids.com/watch?v=L9JOpmHhnuO, https://www.peekvids.com/watch?v=aiN5hLK_9l2,
https://www.peekvids.com/watch?v=LkoGdUiNnfs, https://www.peekvids.com/watch?v=qJo6sg00-qQ, https://www.peekvids.com/watch?v=09DE_6FrxmD,
https://www.peekvids.com/watch?v=qS0aZX7MYTY, https://www.peekvids.com/watch?v=cLEuPCkS01J, https://www.peekvids.com/watch?v=G7-CfIw1szA
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whiterus
5.b. Uploader's email address: energymergo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=whiterus
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=mMtnvtXTuvg, https://www.peekvids.com/watch?v=TTla4ZqHGEi,
https://www.peekvids.com/watch?v=onzTYuDFrx0, https://www.peekvids.com/watch?v=bKZM_nBNY-X, https://www.peekvids.com/watch?v=bxCVDVcuhvi,
https://www.peekvids.com/watch?v=hB_jp1_huXc, https://www.peekvids.com/watch?v=knZ-Qznw7c9, https://www.peekvids.com/watch?v=fU2CbwT_hxI,
https://www.peekvids.com/watch?v=rGWZg3WIhIT, https://www.peekvids.com/watch?v=wNeHcK4JtZE, https://www.peekvids.com/watch?v=xCIrUxUNBrQ,
https://www.peekvids.com/watch?v=tlP4oKBzawS, https://www.peekvids.com/watch?v=wVHqsvvowmx, https://www.peekvids.com/watch?v=Asd8DVJf5y0,

https://www.peekvids.com/watch?v=6ewnaWunqMq, https://www.peekvids.com/watch?v=d7pw1YoesoV, https://www.peekvids.com/watch?v=v6xsJ9Lzr6M,
https://www.peekvids.com/watch?v=KBtYFHdi1Nu, https://www.peekvids.com/watch?v=zjujzpf5KiF, https://www.peekvids.com/watch?v=V9ic3MJYhQb,
https://www.peekvids.com/watch?v=5lou-z7fc4C, https://www.peekvids.com/watch?v=QnvTHsvntdk, https://www.peekvids.com/watch?v=ItOphtFyWNM,
https://www.peekvids.com/watch?v=fR2zzwgN8t4, https://www.peekvids.com/watch?v=gfjMpirtme5, https://www.peekvids.com/watch?v=YbdDnMZzWig,
https://www.peekvids.com/watch?v=wlHWoMQQClS, https://www.peekvids.com/watch?v=vJjOXwBxkVe, https://www.peekvids.com/watch?v=Uh1WVbsChki,
https://www.peekvids.com/watch?v=0LCl9OMj_9m, https://www.peekvids.com/watch?v=W_Q1ub1APAZ, https://www.peekvids.com/watch?v=7zNqPnCmhZN,
https://www.peekvids.com/watch?v=qzSArR-vDyA, https://www.peekvids.com/watch?v=TIGjKSZJLS2, https://www.peekvids.com/watch?v=gCPuncozWQN,
https://www.peekvids.com/watch?v=Jykum2mpvdJ, https://www.peekvids.com/watch?v=q09vvcW1ALC, https://www.peekvids.com/watch?v=9j4NDqu-5RX,
https://www.peekvids.com/watch?v=HTk3uh54BFL, https://www.peekvids.com/watch?v=zZOdFs-gerk, https://www.peekvids.com/watch?v=8LlC5_MwVdA,
https://www.peekvids.com/watch?v=DHaszRjWmsr, https://www.peekvids.com/watch?v=jJIk1_EIWPD, https://www.peekvids.com/watch?v=Q7512yP_L_L,
https://www.peekvids.com/watch?v=ZN8zNkEVJ9O, https://www.peekvids.com/watch?v=C5nJNCoTZrr, https://www.peekvids.com/watch?v=BArRUeqFAQb,
https://www.peekvids.com/watch?v=JGK4VDl6RJP, https://www.peekvids.com/watch?v=mKkb01KmM_t, https://www.peekvids.com/watch?v=CZ0gx0LP5P5,
https://www.peekvids.com/watch?v=O-Y39YbMOoN, https://www.peekvids.com/watch?v=9XTceCosHS2, https://www.peekvids.com/watch?v=QdZL84io1f9,
https://www.peekvids.com/watch?v=bNMyQaJRInl, https://www.peekvids.com/watch?v=YhCPvQHy8i4, https://www.peekvids.com/watch?v=tUDa2kJn2Nw,
https://www.peekvids.com/watch?v=oqRyHtNeO_T, https://www.peekvids.com/watch?v=jSJTv3pYK9x, https://www.peekvids.com/watch?v=5XnEAjLUIEc,
https://www.peekvids.com/watch?v=fkaiLreYJV2, https://www.peekvids.com/watch?v=Uttywrygdwm, https://www.peekvids.com/watch?v=BOBK58zWZoI,
https://www.peekvids.com/watch?v=c-g9wVePjud, https://www.peekvids.com/watch?v=C54RMKM-C5E, https://www.peekvids.com/watch?v=DG4PeTOa5Yb,
https://www.peekvids.com/watch?v=tsUf9pgJlZw, https://www.peekvids.com/watch?v=n3BY8cAo_FZ, https://www.peekvids.com/watch?v=r1YLn7UU2Yl,
https://www.peekvids.com/watch?v=Wcg2zMZlSJp, https://www.peekvids.com/watch?v=gP9CSfatgJ9, https://www.peekvids.com/watch?v=y0fAapxtX5H,
https://www.peekvids.com/watch?v=GMq5pso5xDn, https://www.peekvids.com/watch?v=fVMZ9L4BU13, https://www.peekvids.com/watch?v=wP6d_v4JG_2,
https://www.peekvids.com/watch?v=HqN-yRcCBa6, https://www.peekvids.com/watch?v=9xMaavYdu90, https://www.peekvids.com/watch?v=BMuCsglKYsb,
https://www.peekvids.com/watch?v=hXvJYty9SOp, https://www.peekvids.com/watch?v=gZj53jo-yAQ, https://www.peekvids.com/watch?v=RzPgQYRR8eo,
https://www.peekvids.com/watch?v=DIOnsBuL4Ra, https://www.peekvids.com/watch?v=9Rs9le0PEAP, https://www.peekvids.com/watch?v=x-2fNOC6Fn4,
https://www.peekvids.com/watch?v=zrxMDiPzF_s, https://www.peekvids.com/watch?v=TxPI9hfu0MN, https://www.peekvids.com/watch?v=jSWQpQXgz4x,
https://www.peekvids.com/watch?v=s7ypWa6c4PM, https://www.peekvids.com/watch?v=vtQ-PJFy1Za, https://www.peekvids.com/watch?v=mdAUeKGMqVP,
https://www.peekvids.com/watch?v=aqtUi2xZhJB, https://www.peekvids.com/watch?v=OLOrSQNaEhr, https://www.peekvids.com/watch?v=PkTNfvEVjTj,
https://www.peekvids.com/watch?v=7UeZOR9LolW, https://www.peekvids.com/watch?v=6yCYQQffsQl, https://www.peekvids.com/watch?v=q4xbjYpwR3T,
https://www.peekvids.com/watch?v=a6uNUC3z0QT, https://www.peekvids.com/watch?v=NKUJTHFp5I6, https://www.peekvids.com/watch?v=6_mQqYAlUvO,
https://www.peekvids.com/watch?v=womrSENOr-u, https://www.peekvids.com/watch?v=kbxWrXP9rwy, https://www.peekvids.com/watch?v=gfdN5rkqoNF,
https://www.peekvids.com/watch?v=IWuCnp4uv3b, https://www.peekvids.com/watch?v=xrUnCXEt48P, https://www.peekvids.com/watch?v=Mp5iPAaS47g,
https://www.peekvids.com/watch?v=VgdhpZ88xpK, https://www.peekvids.com/watch?v=c31tHbjMgAi, https://www.peekvids.com/watch?v=JsysqIGy0B4,
https://www.peekvids.com/watch?v=WcspcaD4pQY, https://www.peekvids.com/watch?v=v1_U9iFinjS, https://www.peekvids.com/watch?v=Aj9SxQULZIz,
https://www.peekvids.com/watch?v=GrcAlpsufu9, https://www.peekvids.com/watch?v=9L5ikTOoUct, https://www.peekvids.com/watch?v=HsF80BVU0B0,
https://www.peekvids.com/watch?v=rnK9lGuUtaY, https://www.peekvids.com/watch?v=MdtQeVEFKBu, https://www.peekvids.com/watch?v=8lmS6XN8eUv,
https://www.peekvids.com/watch?v=fMamT-U5hAS, https://www.peekvids.com/watch?v=hyIh330JWVP, https://www.peekvids.com/watch?v=N_G68-wKGzI,
https://www.peekvids.com/watch?v=YH3E6BCOZjh, https://www.peekvids.com/watch?v=o3Wq5YtNoFs, https://www.peekvids.com/watch?v=D7zrn1fbjym,
https://www.peekvids.com/watch?v=vpXDXlSN2mz, https://www.peekvids.com/watch?v=4unJfWLIUO0, https://www.peekvids.com/watch?v=yw6Ppij8MDg,
https://www.peekvids.com/watch?v=ekHdDApPki6, https://www.peekvids.com/watch?v=0_JODg36Gjs
5.f. Date of third notice: 2015-09-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: windows95
5.b. Uploader's email address: alonofrenco@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=windows95
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JeycxxIDI5I, https://www.peekvids.com/watch?v=HK2kcxHLMAj,
https://www.peekvids.com/watch?v=cqLYfvH9s4J, https://www.peekvids.com/watch?v=h-CrLmQMoCb, https://www.peekvids.com/watch?v=Vp83hVMZwal,
https://www.peekvids.com/watch?v=iLP1q9xY9i4, https://www.peekvids.com/watch?v=MgCEkIS7mk7, https://www.peekvids.com/watch?v=yKIa6mOP269,
https://www.peekvids.com/watch?v=B3I6r7bEMIQ, https://www.peekvids.com/watch?v=GY0AylzHMxY, https://www.peekvids.com/watch?v=X2aEuhVxyzH,
https://www.peekvids.com/watch?v=Ahq3FqicbOG, https://www.peekvids.com/watch?v=JSTkFAghRXd, https://www.peekvids.com/watch?v=52jq2HWIaSz,
https://www.peekvids.com/watch?v=bb-whVfkTeb, https://www.peekvids.com/watch?v=NU-KHiqr2Lk, https://www.peekvids.com/watch?v=xAK9mtlcJI8,
https://www.peekvids.com/watch?v=TOQOCSTHfxz, https://www.peekvids.com/watch?v=3vFYsG_e3dZ, https://www.peekvids.com/watch?v=TM90vi6dHPU,
https://www.peekvids.com/watch?v=IyMbRK4ABPb, https://www.peekvids.com/watch?v=M9RbG_hXxPT, https://www.peekvids.com/watch?v=wz97HC7vhhy,
https://www.peekvids.com/watch?v=Eqob6xm2uIe, https://www.peekvids.com/watch?v=CAK8iJzwHJA, https://www.peekvids.com/watch?v=64Gw-Web1Fc,
https://www.peekvids.com/watch?v=oqkoaPGcD3G, https://www.peekvids.com/watch?v=PwyoZjNFvSh, https://www.peekvids.com/watch?v=SVDXgDPftdo,
https://www.peekvids.com/watch?v=e51LwomIIkL, https://www.peekvids.com/watch?v=IDKAyhaLQsB, https://www.peekvids.com/watch?v=JfvB3u4mSRD,
https://www.peekvids.com/watch?v=nL2tnPIkN6K, https://www.peekvids.com/watch?v=4Ew_yDS-3Ep, https://www.peekvids.com/watch?v=lSGICGm8HYC,
https://www.peekvids.com/watch?v=Kv7JIU6n37h, https://www.peekvids.com/watch?v=MpQs2cJ3-Zn, https://www.peekvids.com/watch?v=c6bWdwqVPNS,
https://www.peekvids.com/watch?v=Yru1UCSBD73, https://www.peekvids.com/watch?v=x5LG-BrtrJN, https://www.peekvids.com/watch?v=jPpIEtfgZSS,
https://www.peekvids.com/watch?v=OPkeh-4al0P, https://www.peekvids.com/watch?v=PjvPVvxc-cY, https://www.peekvids.com/watch?v=a_kIh2avpVm,
https://www.peekvids.com/watch?v=HZFAYPeJfFn, https://www.peekvids.com/watch?v=0RQFkqEcxTD, https://www.peekvids.com/watch?v=dem6Tu7-Bdc,
https://www.peekvids.com/watch?v=ExDHwZLZyLv, https://www.peekvids.com/watch?v=7CZF6EYQh3t, https://www.peekvids.com/watch?v=Wz6WztOGm84,
https://www.peekvids.com/watch?v=2eqO0zJY9z3, https://www.peekvids.com/watch?v=FNZxJprT8M8, https://www.peekvids.com/watch?v=yX3yNj-ElqI,
https://www.peekvids.com/watch?v=yEuKNB4fiaF, https://www.peekvids.com/watch?v=g09QwyQdFzJ, https://www.peekvids.com/watch?v=N2sWi9qvzNi,
https://www.peekvids.com/watch?v=cemTO6iRpcY, https://www.peekvids.com/watch?v=Ce_qF71ke7d, https://www.peekvids.com/watch?v=2JNEE29CrGg,
https://www.peekvids.com/watch?v=m7P_EIotG33, https://www.peekvids.com/watch?v=YQ3X_xL2FWn, https://www.peekvids.com/watch?v=qdKTqhjLFoK,
https://www.peekvids.com/watch?v=FT6VuWd7sey, https://www.peekvids.com/watch?v=PrpzgfeNNfy, https://www.peekvids.com/watch?v=Kia30rBVRwV,
https://www.peekvids.com/watch?v=hXu6E7SBFyu, https://www.peekvids.com/watch?v=7uvtdaY5GJY, https://www.peekvids.com/watch?v=uc-rhownopU,
https://www.peekvids.com/watch?v=io-RqZTq1DY, https://www.peekvids.com/watch?v=zAQwfTI_XEC, https://www.peekvids.com/watch?v=tUp1w-1G16b,
https://www.peekvids.com/watch?v=mTvEQULykWG, https://www.peekvids.com/watch?v=Tc7IUGv8gkM, https://www.peekvids.com/watch?v=DN0G8Q6J-Fn,
https://www.peekvids.com/watch?v=U71eNnZiWKc, https://www.peekvids.com/watch?v=VCK_QnRictL, https://www.peekvids.com/watch?v=5FBRUEzY0mC,
https://www.peekvids.com/watch?v=Rt-tztZ0XTR, https://www.peekvids.com/watch?v=2UmY5oo2DTv, https://www.peekvids.com/watch?v=DaOneQg4-an,
https://www.peekvids.com/watch?v=49R66_qyzfP, https://www.peekvids.com/watch?v=HO8TJmtcE95, https://www.peekvids.com/watch?v=gKfquOu2dv9,
https://www.peekvids.com/watch?v=Qvv7c1WOeTd, https://www.peekvids.com/watch?v=CbOX4_So4-Y, https://www.peekvids.com/watch?v=M89VkoSL9Ms,
https://www.peekvids.com/watch?v=n3-5arnC4Ox, https://www.peekvids.com/watch?v=JL46AjlS4Cf, https://www.peekvids.com/watch?v=oHlL-C8JsGo,
https://www.peekvids.com/watch?v=owHeW-hwjfp, https://www.peekvids.com/watch?v=qZ6giGckyHa, https://www.peekvids.com/watch?v=BR_GUZ9aiGm,
https://www.peekvids.com/watch?v=qJ5YMqV3HTn, https://www.peekvids.com/watch?v=EdJXvrbJmoq, https://www.peekvids.com/watch?v=IAnLvW2hyah,
https://www.peekvids.com/watch?v=ZVpGH6kcyHy, https://www.peekvids.com/watch?v=m9Eecu6iVNP, https://www.peekvids.com/watch?v=vLlK2Y53dy8,
https://www.peekvids.com/watch?v=YB_1zomwKD7, https://www.peekvids.com/watch?v=6D66IRCLOKT, https://www.peekvids.com/watch?v=NDAjJLDos2n,
https://www.peekvids.com/watch?v=9vwgCcoRQjk, https://www.peekvids.com/watch?v=q7z5vuiRLlh, https://www.peekvids.com/watch?v=kaL_f4URevD,
https://www.peekvids.com/watch?v=NVWBGT6NjYW, https://www.peekvids.com/watch?v=QfARebIRjUK, https://www.peekvids.com/watch?v=Bj5evLc3d4w,
https://www.peekvids.com/watch?v=y0RZoqW9Vuv, https://www.peekvids.com/watch?v=DT79Cdm05if, https://www.peekvids.com/watch?v=8SBhNdO5mTA,
https://www.peekvids.com/watch?v=AwyMHLcJmjN, https://www.peekvids.com/watch?v=5ki2AWHBpex, https://www.peekvids.com/watch?v=9U-eBWUpeE2,
https://www.peekvids.com/watch?v=Q92ENscAycs, https://www.peekvids.com/watch?v=ydIdX79T6sc, https://www.peekvids.com/watch?v=uCBZtTKUALf,
https://www.peekvids.com/watch?v=9TEENRI8WRZ, https://www.peekvids.com/watch?v=m_OWr-rkIH0, https://www.peekvids.com/watch?v=VEvaCXELo_2,
https://www.peekvids.com/watch?v=aYXUZSHVgI2, https://www.peekvids.com/watch?v=9Va2k1niaEa, https://www.peekvids.com/watch?v=WDDpy1u-Vvv,
https://www.peekvids.com/watch?v=IcxMV9YbJcA, https://www.peekvids.com/watch?v=BnyQQFihF9r, https://www.peekvids.com/watch?v=6wjFoCB22eo,
https://www.peekvids.com/watch?v=pvcf3CLfnuL, https://www.peekvids.com/watch?v=xAdHGWykCDh, https://www.peekvids.com/watch?v=BSKa7R4ex4g,
https://www.peekvids.com/watch?v=R5mKIzM88IX, https://www.peekvids.com/watch?v=pZKL7zURSns, https://www.peekvids.com/watch?v=J5_N9n5opHg,
https://www.peekvids.com/watch?v=vabLmXZICud, https://www.peekvids.com/watch?v=ML2AcowyuCX, https://www.peekvids.com/watch?v=VVGhm0tY2Qi,
https://www.peekvids.com/watch?v=Xb4u86beppj, https://www.peekvids.com/watch?v=Mn-lOubxN-2, https://www.peekvids.com/watch?v=9xsLZ27V9Ki,
https://www.peekvids.com/watch?v=bUXWDIor0Kv, https://www.peekvids.com/watch?v=0RM_tZSQKrW, https://www.peekvids.com/watch?v=pXat88I2mx8,
https://www.peekvids.com/watch?v=YzAJM2UplAL, https://www.peekvids.com/watch?v=8-bM4C2vTor, https://www.peekvids.com/watch?v=b24tuUC2YpV,
https://www.peekvids.com/watch?v=h6DHybU7CoA, https://www.peekvids.com/watch?v=j6Pp8hK3-iR, https://www.peekvids.com/watch?v=EEgqtY7ZxpV,
https://www.peekvids.com/watch?v=zcxl8ZUtiC0, https://www.peekvids.com/watch?v=SgHJm6_cEpT, https://www.peekvids.com/watch?v=BtGuaiftXiA,
https://www.peekvids.com/watch?v=T0ASnSBBi4i, https://www.peekvids.com/watch?v=YFhcseSu6Sy, https://www.peekvids.com/watch?v=uPIGLECTvIy,
https://www.peekvids.com/watch?v=rW38C4gm9rT, https://www.peekvids.com/watch?v=xIjDdqwtPwa, https://www.peekvids.com/watch?v=gT4ewCmCuGj,
https://www.peekvids.com/watch?v=FuOnjOticwZ, https://www.peekvids.com/watch?v=ganZ2tAXeY7, https://www.peekvids.com/watch?v=DrSs48DXxzl,
https://www.peekvids.com/watch?v=tAhFXhqtlUI, https://www.peekvids.com/watch?v=eJpxpKSjzTp, https://www.peekvids.com/watch?v=CelIfldYLEB,
https://www.peekvids.com/watch?v=7g0oi8S1aJg, https://www.peekvids.com/watch?v=RO4-WVB8x9U, https://www.peekvids.com/watch?v=aYtT-YXij8Z,
https://www.peekvids.com/watch?v=cCoWqwoLVqY, https://www.peekvids.com/watch?v=S0IDYSiZVmE, https://www.peekvids.com/watch?v=FyYyM2kmQUx,
https://www.peekvids.com/watch?v=qGBiO7A-Czl, https://www.peekvids.com/watch?v=4fuOU4UzgLm, https://www.peekvids.com/watch?v=iGb5XwCdyZT,
https://www.peekvids.com/watch?v=FpINoGwgkIb, https://www.peekvids.com/watch?v=vpu7C1iL9rJ, https://www.peekvids.com/watch?v=bt2dg1HOTf5,
https://www.peekvids.com/watch?v=HiEL6vZHvRl, https://www.peekvids.com/watch?v=3bQcxJuesg2, https://www.peekvids.com/watch?v=fC437BOVRer,
https://www.peekvids.com/watch?v=SCobGtMU1M2, https://www.peekvids.com/watch?v=i1N2Yh9UAR4, https://www.peekvids.com/watch?v=H7nGtnkP7iE,
https://www.peekvids.com/watch?v=L9CTGmzXZDP, https://www.peekvids.com/watch?v=kR1aQf8xwpG, https://www.peekvids.com/watch?v=jkN9pVng2It,
https://www.peekvids.com/watch?v=odKQwzYhwzH, https://www.peekvids.com/watch?v=iHSioLPlnnH, https://www.peekvids.com/watch?v=rYiodEqytll,
https://www.peekvids.com/watch?v=aajOlNB2otR, https://www.peekvids.com/watch?v=rQoqN_fDyk7, https://www.peekvids.com/watch?v=DoledoSXbaw,
https://www.peekvids.com/watch?v=AiUuSJ0C2kI, https://www.peekvids.com/watch?v=5YBX30LzakB, https://www.peekvids.com/watch?v=Wz_tXmAQ0PH,
https://www.peekvids.com/watch?v=858SldyqVXr, https://www.peekvids.com/watch?v=gMy71NW8h7s, https://www.peekvids.com/watch?v=PQv4H3_8Qko,
https://www.peekvids.com/watch?v=c0dhDyHENhq, https://www.peekvids.com/watch?v=cdVWqtweqzZ, https://www.peekvids.com/watch?v=4JStx5Cna-B,
https://www.peekvids.com/watch?v=fkeiRTEzFio, https://www.peekvids.com/watch?v=ABvQtu7YjCm, https://www.peekvids.com/watch?v=tQdxL1m5F_C,
https://www.peekvids.com/watch?v=eFVJUskX0W0, https://www.peekvids.com/watch?v=TowK-m1yQry, https://www.peekvids.com/watch?v=bCEZvzur8pS,
https://www.peekvids.com/watch?v=xPNHbkK3xp4, https://www.peekvids.com/watch?v=8VcvBpEhfE5, https://www.peekvids.com/watch?v=yvISZHY72Ov,
https://www.peekvids.com/watch?v=6oqlvVgKDEX, https://www.peekvids.com/watch?v=ejR-xD2zDVI, https://www.peekvids.com/watch?v=wI-edHnHL0d,
https://www.peekvids.com/watch?v=NO_gm_SUq32, https://www.peekvids.com/watch?v=D_Oh1kJoc5u, https://www.peekvids.com/watch?v=VqaqcKb96HT,
https://www.peekvids.com/watch?v=g5yjje1a5lN, https://www.peekvids.com/watch?v=2zyFz74qc3m, https://www.peekvids.com/watch?v=XAYQjfwbfaT,
https://www.peekvids.com/watch?v=U5lAl0HrBEV, https://www.peekvids.com/watch?v=oryk2cq7FfL, https://www.peekvids.com/watch?v=jYMJKS5RfKH,
https://www.peekvids.com/watch?v=EzTu_SmSJwo, https://www.peekvids.com/watch?v=7BY8kgRyA5K, https://www.peekvids.com/watch?v=KJKacp1BXBH,
https://www.peekvids.com/watch?v=Y-n2QJoL6sJ, https://www.peekvids.com/watch?v=iGmXp2q1o1T, https://www.peekvids.com/watch?v=V3RULEMHryb,
https://www.peekvids.com/watch?v=wmBzrpgObiT, https://www.peekvids.com/watch?v=G0ZfXLyo646, https://www.peekvids.com/watch?v=3skYvFnfBOB,
https://www.peekvids.com/watch?v=Ebf1SUYHiOs, https://www.peekvids.com/watch?v=GwLK7Kwyq2L, https://www.peekvids.com/watch?v=NOXvbitl5kz,
https://www.peekvids.com/watch?v=HOK2eJuZc9j, https://www.peekvids.com/watch?v=g_b46_14vUN, https://www.peekvids.com/watch?v=H2GP_HCoWgu,
https://www.peekvids.com/watch?v=Pk7d4kT4oGv, https://www.peekvids.com/watch?v=8jiF4sgrpxj, https://www.peekvids.com/watch?v=hR6JJcs6Ko2,
https://www.peekvids.com/watch?v=ZgSjgbVA-GX, https://www.peekvids.com/watch?v=CuQMDOclC1i, https://www.peekvids.com/watch?v=V9gbYKTuJ5b,
https://www.peekvids.com/watch?v=O6WYCiwmf3n, https://www.peekvids.com/watch?v=crCtEtl0cCo, https://www.peekvids.com/watch?v=EU2RZYYeAsD,
https://www.peekvids.com/watch?v=8sNVV_rUcKf, https://www.peekvids.com/watch?v=eOeWSocE9Zb, https://www.peekvids.com/watch?v=y9aXSuGPc7L,
https://www.peekvids.com/watch?v=ThPRHhFrTVt, https://www.peekvids.com/watch?v=wBE4fP61gGu, https://www.peekvids.com/watch?v=z8ONnMC8igS,
https://www.peekvids.com/watch?v=7Nr0XvKanrq, https://www.peekvids.com/watch?v=GiHeszcN_Ec, https://www.peekvids.com/watch?v=AF19a_TzxUU,
https://www.peekvids.com/watch?v=G-ZKzjKjHUP, https://www.peekvids.com/watch?v=gYawcGKT8IR, https://www.peekvids.com/watch?v=6RngbTN7_ly,
https://www.peekvids.com/watch?v=IJqWH7eVWR8, https://www.peekvids.com/watch?v=9n2yotp7_gF, https://www.peekvids.com/watch?v=kVp_umMhtoo,
https://www.peekvids.com/watch?v=dY4IX20Qrak, https://www.peekvids.com/watch?v=bKesJAVGgJQ, https://www.peekvids.com/watch?v=rf8-aG0qcHF,
https://www.peekvids.com/watch?v=5WXcofHgVTO, https://www.peekvids.com/watch?v=q1lfZgNOnLy, https://www.peekvids.com/watch?v=0OvFbzHI0zq,
https://www.peekvids.com/watch?v=xp66DBnYMSI, https://www.peekvids.com/watch?v=cU2BM5rYLHo, https://www.peekvids.com/watch?v=EgOvNyj37Eu,
https://www.peekvids.com/watch?v=LTMJzejtemt, https://www.peekvids.com/watch?v=VAagtBhe-cI, https://www.peekvids.com/watch?v=eq78CLnFCvX,
https://www.peekvids.com/watch?v=pYUUH-GHBdm, https://www.peekvids.com/watch?v=FoO5ASJEg_H, https://www.peekvids.com/watch?v=gTw5n7J_CRc,
https://www.peekvids.com/watch?v=CBrhO5vdkDX, https://www.peekvids.com/watch?v=lJ0kRBA8J2L, https://www.peekvids.com/watch?v=VhWKemW6j_7,

https://www.peekvids.com/watch?v=HP4pQFNsHQ3, https://www.peekvids.com/watch?v=m2tASr5L8Dz, https://www.peekvids.com/watch?v=i0XKNrp2nBl,
https://www.peekvids.com/watch?v=90ePrqI3N_q, https://www.peekvids.com/watch?v=RG3u3BWRl2H, https://www.peekvids.com/watch?v=phGJOxYmeiE,
https://www.peekvids.com/watch?v=PSlrz8BHZ_I, https://www.peekvids.com/watch?v=cObW-93-N9K, https://www.peekvids.com/watch?v=xkUNmbN7iqW,
https://www.peekvids.com/watch?v=VU-LPmrrTch, https://www.peekvids.com/watch?v=QGdmj6NDmBz, https://www.peekvids.com/watch?v=oB35kb1cW_9,
https://www.peekvids.com/watch?v=CXamWh0Ncqm, https://www.peekvids.com/watch?v=oTXlGevZHlS, https://www.peekvids.com/watch?v=Vg-zjhL_avt,
https://www.peekvids.com/watch?v=Jx1Vuc0lnve, https://www.peekvids.com/watch?v=Dh6SnNV_tOw, https://www.peekvids.com/watch?v=dAV3XZbCGM5,
https://www.peekvids.com/watch?v=TVKUEJBA2CJ, https://www.peekvids.com/watch?v=mfOrIFxJ9ht, https://www.peekvids.com/watch?v=TETmdeAAzxI,
https://www.peekvids.com/watch?v=X2nfYx3d9TA, https://www.peekvids.com/watch?v=iU-MkiBt77g, https://www.peekvids.com/watch?v=7-11TepbTda,
https://www.peekvids.com/watch?v=oMeCzzOaHHl, https://www.peekvids.com/watch?v=gnMTAkt62xR, https://www.peekvids.com/watch?v=ixs6TlwmFla,
https://www.peekvids.com/watch?v=FWIWkE5ghAv, https://www.peekvids.com/watch?v=FEApXP083Ws, https://www.peekvids.com/watch?v=OlrqIRqrXbg,
https://www.peekvids.com/watch?v=hzjs8ehh7Pv, https://www.peekvids.com/watch?v=s9d3xhl1M6I, https://www.peekvids.com/watch?v=b3ka39-sWVy,
https://www.peekvids.com/watch?v=G3_wM5QxKlD, https://www.peekvids.com/watch?v=gvgCt9T15tk, https://www.peekvids.com/watch?v=woCt49Ngy9N,
https://www.peekvids.com/watch?v=Ky-5BookJh3, https://www.peekvids.com/watch?v=m_TJe3jLiGV, https://www.peekvids.com/watch?v=tZs16JN0wNj,
https://www.peekvids.com/watch?v=3YN3Vff_hay, https://www.peekvids.com/watch?v=a_k3KKbx6do, https://www.peekvids.com/watch?v=kr3knuqKlbz,
https://www.peekvids.com/watch?v=t5deZn2-t6g, https://www.peekvids.com/watch?v=ucO8Np1se23, https://www.peekvids.com/watch?v=wIH4tN8XQgP,
https://www.peekvids.com/watch?v=lVBHiLjNN7F, https://www.peekvids.com/watch?v=iVCLnIbR30s, https://www.peekvids.com/watch?v=s07OfsF29kH,
https://www.peekvids.com/watch?v=zxcaK0kIIgY, https://www.peekvids.com/watch?v=ucdzvREQ9ee, https://www.peekvids.com/watch?v=Jjjv3m9ZNo3,
https://www.peekvids.com/watch?v=9gZur00q0Zd, https://www.peekvids.com/watch?v=XkmZDNC5VFL, https://www.peekvids.com/watch?v=hZiuMpt03vT,
https://www.peekvids.com/watch?v=b4bYZ2pjReq, https://www.peekvids.com/watch?v=QiVU4OjTj62, https://www.peekvids.com/watch?v=eUddY_cdphv,
https://www.peekvids.com/watch?v=ywcZbnnXBj8, https://www.peekvids.com/watch?v=MSCKK0tDNJW, https://www.peekvids.com/watch?v=7cP2IMegJyD,
https://www.peekvids.com/watch?v=kjDb5XxJTFX, https://www.peekvids.com/watch?v=0ANXL1xRZR6, https://www.peekvids.com/watch?v=zag5d3uvryK,
https://www.peekvids.com/watch?v=S8w6JwyI_WK, https://www.peekvids.com/watch?v=nhjJEAaTk1O, https://www.peekvids.com/watch?v=pmR8lrGM5Qt,
https://www.peekvids.com/watch?v=4s-MAVbn9ob, https://www.peekvids.com/watch?v=9plfUL4ZHCw, https://www.peekvids.com/watch?v=mVn-fIDjF32,
https://www.peekvids.com/watch?v=AqNnVhia15T, https://www.peekvids.com/watch?v=YM_vijeevHd, https://www.peekvids.com/watch?v=Odq8UJ2zl2f,
https://www.peekvids.com/watch?v=3OpHzXXE29v, https://www.peekvids.com/watch?v=zT7zb_ppfvK, https://www.peekvids.com/watch?v=NvYj6ydPVSv,
https://www.peekvids.com/watch?v=fbmSq-q2jpG, https://www.peekvids.com/watch?v=qS8w55l3b3F, https://www.peekvids.com/watch?v=d52sONWg8qG,
https://www.peekvids.com/watch?v=2WRTCASDuVL, https://www.peekvids.com/watch?v=VZip22hJthk, https://www.peekvids.com/watch?v=wX-i1JJS8O3,
https://www.peekvids.com/watch?v=kFIY9I4cKTE, https://www.peekvids.com/watch?v=5wYsUKFvJq5, https://www.peekvids.com/watch?v=CtJDjgC5txb,
https://www.peekvids.com/watch?v=sXzpmJ_FKkp, https://www.peekvids.com/watch?v=4flnfk-UVEi, https://www.peekvids.com/watch?v=y7lLzfGMKnO,
https://www.peekvids.com/watch?v=BXTHATPR5Cp, https://www.peekvids.com/watch?v=Cs9KoYtcFKJ, https://www.peekvids.com/watch?v=D-WBfQCsWIo,
https://www.peekvids.com/watch?v=odsYI2RNfFf, https://www.peekvids.com/watch?v=vwMsYZONpfS, https://www.peekvids.com/watch?v=kLhPw-hb2RU,
https://www.peekvids.com/watch?v=2YvldROlC44, https://www.peekvids.com/watch?v=ke1FlDqBiUZ, https://www.peekvids.com/watch?v=P8eep9QvcOD,
https://www.peekvids.com/watch?v=7akCy01MfB8, https://www.peekvids.com/watch?v=YpATJK3AnHK, https://www.peekvids.com/watch?v=f_B4ym52IB0,
https://www.peekvids.com/watch?v=pEVLvkawjiC, https://www.peekvids.com/watch?v=oaY3SDVFhjf, https://www.peekvids.com/watch?v=aC6Kkq-cir5,
https://www.peekvids.com/watch?v=evcVIfeIv6z, https://www.peekvids.com/watch?v=KbMPkU84AY7, https://www.peekvids.com/watch?v=6PXjq4Q1Agh,
https://www.peekvids.com/watch?v=7R17eqbnYm6, https://www.peekvids.com/watch?v=N7sMI7Vc5cC, https://www.peekvids.com/watch?v=Tc-ZYZp90ry,
https://www.peekvids.com/watch?v=jCOFoRcW07l, https://www.peekvids.com/watch?v=e0IWbNWrfgF, https://www.peekvids.com/watch?v=XBP95_pWs8D,
https://www.peekvids.com/watch?v=Ao9_JCKXH0S, https://www.peekvids.com/watch?v=RzFrH9Rr6JC, https://www.peekvids.com/watch?v=8REAZWg9FwB,
https://www.peekvids.com/watch?v=zJ3QDDI_G5n, https://www.peekvids.com/watch?v=k7uTphYBnz5, https://www.peekvids.com/watch?v=d0Af-thXSav,
https://www.peekvids.com/watch?v=eEvg-OcyNjH, https://www.peekvids.com/watch?v=jHs8uZobAMd, https://www.peekvids.com/watch?v=B3hNVenTAx8,
https://www.peekvids.com/watch?v=HN8Ow790O06, https://www.peekvids.com/watch?v=DJEKN-VCXqn, https://www.peekvids.com/watch?v=X0m7nfnvydV,
https://www.peekvids.com/watch?v=nrd8_9UM7SL, https://www.peekvids.com/watch?v=hj8ICBorF19, https://www.peekvids.com/watch?v=RUdpyCL48_d,
https://www.peekvids.com/watch?v=cOzeOnyGcu8, https://www.peekvids.com/watch?v=e_o1_AtAqBj, https://www.peekvids.com/watch?v=knhNCS9rucZ,
https://www.peekvids.com/watch?v=dxE9UKTwG80, https://www.peekvids.com/watch?v=mqZ7_6AhnBn, https://www.peekvids.com/watch?v=lPw4QiZ_fB9,
https://www.peekvids.com/watch?v=T9-E6k5UDdW, https://www.peekvids.com/watch?v=JkoRfnoGTXZ, https://www.peekvids.com/watch?v=9dUpz7Qi91X,
https://www.peekvids.com/watch?v=wEbngKAQ-1B, https://www.peekvids.com/watch?v=wwq_2rHWTlr, https://www.peekvids.com/watch?v=YcmgTu2JAXQ,
https://www.peekvids.com/watch?v=y9_uK7xj_Dl, https://www.peekvids.com/watch?v=TFCJuL6Li94, https://www.peekvids.com/watch?v=UMgci5v-TPr,
https://www.peekvids.com/watch?v=on7RjHfzvyr, https://www.peekvids.com/watch?v=PwgL8shUhux, https://www.peekvids.com/watch?v=6ZKOJFlEPId,
https://www.peekvids.com/watch?v=P_OCUo65RiO, https://www.peekvids.com/watch?v=SxVqq8nkk-l, https://www.peekvids.com/watch?v=4UuBMzqLyYv,
https://www.peekvids.com/watch?v=5NzWePMMP1d, https://www.peekvids.com/watch?v=Be_63YjX7Gb, https://www.peekvids.com/watch?v=YVv9ZGbBTVA,
https://www.peekvids.com/watch?v=xGT2cW6i5ly, https://www.peekvids.com/watch?v=OePp5WGORQ8, https://www.peekvids.com/watch?v=SbHgWdcMWzC,
https://www.peekvids.com/watch?v=cKdYXMD55RL, https://www.peekvids.com/watch?v=6F7_R34qito, https://www.peekvids.com/watch?v=mx6FCkXtik4,
https://www.peekvids.com/watch?v=MoPUZDOkTd0, https://www.peekvids.com/watch?v=BFvkxNozat9, https://www.peekvids.com/watch?v=VRYPjNtuU8R,
https://www.peekvids.com/watch?v=i7uIRswVNX9, https://www.peekvids.com/watch?v=cMf-D8TyJqe, https://www.peekvids.com/watch?v=pbBMmULkmqP,
https://www.peekvids.com/watch?v=HRMF4fWMbvK, https://www.peekvids.com/watch?v=ydRbIEvgDD8, https://www.peekvids.com/watch?v=fsYviX-kVFw,
https://www.peekvids.com/watch?v=cLiLXOipt4P, https://www.peekvids.com/watch?v=m2iO79-GO7Z, https://www.peekvids.com/watch?v=5fmJcIG3Ipw,
https://www.peekvids.com/watch?v=5iWUedlJCxw, https://www.peekvids.com/watch?v=JSp5bTlPxU6, https://www.peekvids.com/watch?v=R7d9pTZajXh,
https://www.peekvids.com/watch?v=L4zb3dvgOWP, https://www.peekvids.com/watch?v=e0U-fOg2KWI, https://www.peekvids.com/watch?v=HyOM5fj2HNy,
https://www.peekvids.com/watch?v=99L1G3nFzyf, https://www.peekvids.com/watch?v=M98HN0jO3GV, https://www.peekvids.com/watch?v=n-Q6swMnEwm,
https://www.peekvids.com/watch?v=5OQnnzD2WaC, https://www.peekvids.com/watch?v=VGNOBIX7W87, https://www.peekvids.com/watch?v=QpNzC2TokD4,
https://www.peekvids.com/watch?v=d9JNApYGMQ8, https://www.peekvids.com/watch?v=rIJJWcfu0Au, https://www.peekvids.com/watch?v=Zl7UVfQB9jf,
https://www.peekvids.com/watch?v=QJ_4cqoBZSz, https://www.peekvids.com/watch?v=B0RFZHuEIT2, https://www.peekvids.com/watch?v=fS2-Jwy8iiy,
https://www.peekvids.com/watch?v=homUQAPYJCY, https://www.peekvids.com/watch?v=GJmsQlaDa6Z, https://www.peekvids.com/watch?v=tbrJXkHQiw7,
https://www.peekvids.com/watch?v=vO9uV6wi48s, https://www.peekvids.com/watch?v=Q37POIeS1Rf, https://www.peekvids.com/watch?v=f1uZxzbZrXl,
https://www.peekvids.com/watch?v=f-boJ9kc8iZ, https://www.peekvids.com/watch?v=2_C7YGWGijA, https://www.peekvids.com/watch?v=zKd0KQcAaEP,
https://www.peekvids.com/watch?v=7IIuCq3QfXw, https://www.peekvids.com/watch?v=3Upznks2lD2, https://www.peekvids.com/watch?v=4DEQOFpPJu8,
https://www.peekvids.com/watch?v=5vDvWHk29pZ, https://www.peekvids.com/watch?v=iXukRHY2zNz, https://www.peekvids.com/watch?v=CNqjCivvYQK,
https://www.peekvids.com/watch?v=tt15fWF9Bvb, https://www.peekvids.com/watch?v=eAns7mbP2uV, https://www.peekvids.com/watch?v=jH_q-q-OFOw,
https://www.peekvids.com/watch?v=4_95alcQVvB, https://www.peekvids.com/watch?v=pfxR5PzRUTm, https://www.peekvids.com/watch?v=YMoqu5MfVUM,
https://www.peekvids.com/watch?v=jA45goOFscP, https://www.peekvids.com/watch?v=Yr3UtXd6tmn, https://www.peekvids.com/watch?v=5NwnfUEmtOg,
https://www.peekvids.com/watch?v=R9DTLFc1MgS, https://www.peekvids.com/watch?v=t6WXv0vQ3IF, https://www.peekvids.com/watch?v=q5eQLoPxv8Q,
https://www.peekvids.com/watch?v=8SgnnnQXHmd, https://www.peekvids.com/watch?v=vEXYXCNNx9B, https://www.peekvids.com/watch?v=vQkkbWLMUsK,
https://www.peekvids.com/watch?v=AlybEZM19ic, https://www.peekvids.com/watch?v=KcwU9HWqKDz, https://www.peekvids.com/watch?v=qw1thWdxX9m,
https://www.peekvids.com/watch?v=g6E88LfD0zH, https://www.peekvids.com/watch?v=k9NgCPVbKDF, https://www.peekvids.com/watch?v=kVjAzPRhShX,
https://www.peekvids.com/watch?v=aPcxj0LUzBh, https://www.peekvids.com/watch?v=rb6K_cJD3gW, https://www.peekvids.com/watch?v=HxjuOmnF0hK,
https://www.peekvids.com/watch?v=VvQMkEw6UUr, https://www.peekvids.com/watch?v=DaOBXrj111l, https://www.peekvids.com/watch?v=QtD_9VuqATo,
https://www.peekvids.com/watch?v=539H50byvef, https://www.peekvids.com/watch?v=5lkFieRNMrV, https://www.peekvids.com/watch?v=tgUQrxnL8OW,
https://www.peekvids.com/watch?v=8sIr8WIvL9K, https://www.peekvids.com/watch?v=g1YCyMgnrqA, https://www.peekvids.com/watch?v=OmkXqMBYmuS,
https://www.peekvids.com/watch?v=cdXj7a4ngJ7, https://www.peekvids.com/watch?v=jeXHrlWX-5J, https://www.peekvids.com/watch?v=jAUkD-b2A2Z,
https://www.peekvids.com/watch?v=z_B1cZgPzb9, https://www.peekvids.com/watch?v=s26flqCoX65, https://www.peekvids.com/watch?v=QE237Adz07V,
https://www.peekvids.com/watch?v=uvgNyqL3-V9, https://www.peekvids.com/watch?v=MXhhaMMtJlB, https://www.peekvids.com/watch?v=0nP2mZknKzO,
https://www.peekvids.com/watch?v=70EQ3vQCtzP, https://www.peekvids.com/watch?v=Iklsf8rlRcT, https://www.peekvids.com/watch?v=MsUvNVYaj14,
https://www.peekvids.com/watch?v=yBuEm-PcumQ, https://www.peekvids.com/watch?v=Cvqtfd53tu3, https://www.peekvids.com/watch?v=ZIGBJlx4BrJ,
https://www.peekvids.com/watch?v=o8fmJIyjDC3, https://www.peekvids.com/watch?v=P-5m3Kz9gda, https://www.peekvids.com/watch?v=s_m7G_VYAlH,
https://www.peekvids.com/watch?v=BTewbwyfb80, https://www.peekvids.com/watch?v=SVXRRb_BUg4, https://www.peekvids.com/watch?v=h_46XO0B2Dx,
https://www.peekvids.com/watch?v=JZahJMsAEoV, https://www.peekvids.com/watch?v=nmGF3J3wQC0, https://www.peekvids.com/watch?v=eODjoDoHLlh,
https://www.peekvids.com/watch?v=auGtnnhYcll, https://www.peekvids.com/watch?v=pboWniGOkwi, https://www.peekvids.com/watch?v=ZgQaaC7oSJk,
https://www.peekvids.com/watch?v=U7sA1zlwaoq, https://www.peekvids.com/watch?v=2MATfc3xwkz, https://www.peekvids.com/watch?v=Mjoxf_ycggj,
https://www.peekvids.com/watch?v=liG8saTLG7O, https://www.peekvids.com/watch?v=XZD5SayY3xr, https://www.peekvids.com/watch?v=bO90am05oyy,
https://www.peekvids.com/watch?v=NJNcsS3RkCf, https://www.peekvids.com/watch?v=DMPK318MZgK, https://www.peekvids.com/watch?v=3alyYqm9knC,
https://www.peekvids.com/watch?v=PhxaT0XFecj, https://www.peekvids.com/watch?v=eVquJvla2e7, https://www.peekvids.com/watch?v=PwVEyNABZku,
https://www.peekvids.com/watch?v=3tVgou4ZNXu, https://www.peekvids.com/watch?v=YVM6TmI9Xek, https://www.peekvids.com/watch?v=wzETv7YyWUa,
https://www.peekvids.com/watch?v=ONfKxFFldjw, https://www.peekvids.com/watch?v=eSxwKqnFFy0, https://www.peekvids.com/watch?v=RuTRoa-KLk3,
https://www.peekvids.com/watch?v=VfM6idGAupt, https://www.peekvids.com/watch?v=pGQV48Eo4M8, https://www.peekvids.com/watch?v=I78TlcDJvEB,
https://www.peekvids.com/watch?v=Lfv7aE7kakg, https://www.peekvids.com/watch?v=gwoJz7LgKB0, https://www.peekvids.com/watch?v=d7NY_szo9dy,
https://www.peekvids.com/watch?v=a2LHmlrlFnO, https://www.peekvids.com/watch?v=q8RU48__VTh, https://www.peekvids.com/watch?v=xUFjD-CiXXr,
https://www.peekvids.com/watch?v=yZBmIIrY-ES, https://www.peekvids.com/watch?v=LEzgsRB_nPK, https://www.peekvids.com/watch?v=NybG2r-xoX8,
https://www.peekvids.com/watch?v=7FUGpo9aMNI, https://www.peekvids.com/watch?v=UROtBpW240v, https://www.peekvids.com/watch?v=MrzwpJFqKb4,
https://www.peekvids.com/watch?v=cRs8JobKzSl, https://www.peekvids.com/watch?v=tXK8uE0aQgH, https://www.peekvids.com/watch?v=xcJfoTMmBkr,
https://www.peekvids.com/watch?v=hVWVrhSWhMv, https://www.peekvids.com/watch?v=9IIEY0wvBJs, https://www.peekvids.com/watch?v=w-FvOHTSmd7,
https://www.peekvids.com/watch?v=f9vpQfMSnqr, https://www.peekvids.com/watch?v=InCZ9a9l89A, https://www.peekvids.com/watch?v=EugokNFt-nJ,
https://www.peekvids.com/watch?v=gFdefXSYsBC, https://www.peekvids.com/watch?v=ntLGkPwliPz, https://www.peekvids.com/watch?v=EQbfNlivau5,
https://www.peekvids.com/watch?v=7ErmUv3yV8d, https://www.peekvids.com/watch?v=4TW6aeBKJqB, https://www.peekvids.com/watch?v=JkvxYNAJtYS,
https://www.peekvids.com/watch?v=7jMiLRuzhYq, https://www.peekvids.com/watch?v=0nUibwTZuxO, https://www.peekvids.com/watch?v=ooSJxgUVSgO,
https://www.peekvids.com/watch?v=IMMye_yCYZQ, https://www.peekvids.com/watch?v=2lpiQ0yTxM6, https://www.peekvids.com/watch?v=4gxne6XTieQ,
https://www.peekvids.com/watch?v=OTUVz-C8DU9, https://www.peekvids.com/watch?v=KnRZjlJcjtu, https://www.peekvids.com/watch?v=2XwpSHI5hy8,
https://www.peekvids.com/watch?v=qISZqdWi6po, https://www.peekvids.com/watch?v=2U4VC93LGzT, https://www.peekvids.com/watch?v=h_3kZoIwi8i,
https://www.peekvids.com/watch?v=E7eGDVj2-kW, https://www.peekvids.com/watch?v=TOdAtjG9WkU, https://www.peekvids.com/watch?v=4uFBKF4NT9O,
https://www.peekvids.com/watch?v=gxtfjzm8vL3, https://www.peekvids.com/watch?v=8QOY_QrO0b9, https://www.peekvids.com/watch?v=tAW1N5XN4_g,
https://www.peekvids.com/watch?v=JLDoxpalThm, https://www.peekvids.com/watch?v=5pLA-Z0Rtar, https://www.peekvids.com/watch?v=oVCJpNkIcmQ,
https://www.peekvids.com/watch?v=BOYSfM8ZSRu, https://www.peekvids.com/watch?v=YgodNVPNE2k, https://www.peekvids.com/watch?v=w9YGH-I0lrf,
https://www.peekvids.com/watch?v=jWVqUlmynW5, https://www.peekvids.com/watch?v=O-URK8AMAI7, https://www.peekvids.com/watch?v=8PRgksK_r1b,
https://www.peekvids.com/watch?v=v9uILTzYZjR, https://www.peekvids.com/watch?v=Igyo3--aTMw, https://www.peekvids.com/watch?v=qLV_09Zclvo,
https://www.peekvids.com/watch?v=w39VQRUVmpG, https://www.peekvids.com/watch?v=Ord4pnFmei9, https://www.peekvids.com/watch?v=pYsqBKrp7pk,
https://www.peekvids.com/watch?v=oGs2NrEAYGP, https://www.peekvids.com/watch?v=a1KDRsJhgxI, https://www.peekvids.com/watch?v=DuNK9gkpmJa,
https://www.peekvids.com/watch?v=JxvXaNsnI24, https://www.peekvids.com/watch?v=prI542oaoXH, https://www.peekvids.com/watch?v=wVFT8G_RDZy,
https://www.peekvids.com/watch?v=8DOYa_xkbMa, https://www.peekvids.com/watch?v=gGDp4Bp5Iwt, https://www.peekvids.com/watch?v=SwgzCBy8fpW,
https://www.peekvids.com/watch?v=adXOeRDLRpB, https://www.peekvids.com/watch?v=niV6ZX-tZLS, https://www.peekvids.com/watch?v=7BKuTPRdcQ0,
https://www.peekvids.com/watch?v=BGPUjKiR2Ux, https://www.peekvids.com/watch?v=N2fgB0yeUkB, https://www.peekvids.com/watch?v=H7RJDktP9py,
https://www.peekvids.com/watch?v=UE8aKqltP5X, https://www.peekvids.com/watch?v=ud-EyGH9QIO, https://www.peekvids.com/watch?v=tlhqhBOVD4W,
https://www.peekvids.com/watch?v=9wE13MF0msN, https://www.peekvids.com/watch?v=xYUwPsMtL0I, https://www.peekvids.com/watch?v=rfrn37_Dms5,
https://www.peekvids.com/watch?v=XyHX51R_lUp, https://www.peekvids.com/watch?v=z4S9ftJg8PZ, https://www.peekvids.com/watch?v=US4c9uha6Gq,
https://www.peekvids.com/watch?v=4wmDav3qOXx, https://www.peekvids.com/watch?v=7rFel04lFt2, https://www.peekvids.com/watch?v=b9gDtaG3Ue7,
https://www.peekvids.com/watch?v=eroCCUeNeFh, https://www.peekvids.com/watch?v=9Xjpo4kwBth, https://www.peekvids.com/watch?v=IxzRnyAxS3t,
https://www.peekvids.com/watch?v=S3x-6GHzPYz, https://www.peekvids.com/watch?v=EUxmk-ADgTc, https://www.peekvids.com/watch?v=rZ6Qt9_FUOO,
https://www.peekvids.com/watch?v=3DrhRb6luuc, https://www.peekvids.com/watch?v=40tvYwVu3e3, https://www.peekvids.com/watch?v=pl7_dvIM34V,
https://www.peekvids.com/watch?v=ozGuXafZnPO, https://www.peekvids.com/watch?v=Prnx3WZfHpJ, https://www.peekvids.com/watch?v=sVMyM25NRn3,
https://www.peekvids.com/watch?v=GyrtZpCawZY, https://www.peekvids.com/watch?v=WdzCTE485I9, https://www.peekvids.com/watch?v=ES1A_74N1Bt,
https://www.peekvids.com/watch?v=OMm8tuMjUeJ, https://www.peekvids.com/watch?v=wxRVxrV6dlr, https://www.peekvids.com/watch?v=v_6CLfc55sY,
https://www.peekvids.com/watch?v=58AyHrg3ncu, https://www.peekvids.com/watch?v=aQionC7SdnB, https://www.peekvids.com/watch?v=9FhXCcCDJ1B,
https://www.peekvids.com/watch?v=Eg4z0LtNJ33, https://www.peekvids.com/watch?v=duTfCJTHzXX, https://www.peekvids.com/watch?v=cBjJTk-aCQH,
https://www.peekvids.com/watch?v=B6khA-GpxOO, https://www.peekvids.com/watch?v=kv1KlEYkiXV, https://www.peekvids.com/watch?v=BYGTRMsbpcM,
https://www.peekvids.com/watch?v=lTxqhp5QqiO, https://www.peekvids.com/watch?v=LH5O8O7RJ3k, https://www.peekvids.com/watch?v=02F6lBjr8Ni,
https://www.peekvids.com/watch?v=DnR0rl7Vh6b, https://www.peekvids.com/watch?v=B_zmLHPUsUU, https://www.peekvids.com/watch?v=bdM7Ltco4Ni,
https://www.peekvids.com/watch?v=NbuCCChMGQz, https://www.peekvids.com/watch?v=j4QPAXdTuNv, https://www.peekvids.com/watch?v=6orzBOolSOV,
https://www.peekvids.com/watch?v=9s9UUTJSi68, https://www.peekvids.com/watch?v=OHr0foBUBQv, https://www.peekvids.com/watch?v=BQoZ8_OHFJJ,

https://www.peekvids.com/watch?v=nqQI0thQ34D, https://www.peekvids.com/watch?v=fR8_iQolNN9, https://www.peekvids.com/watch?v=k1gY_DwRleS,
https://www.peekvids.com/watch?v=d4R2dabTJe7, https://www.peekvids.com/watch?v=RZ3FkRtvQN7, https://www.peekvids.com/watch?v=RGn399K3nr7,
https://www.peekvids.com/watch?v=bx06vq8ZOsk, https://www.peekvids.com/watch?v=9vuLptHsvNb, https://www.peekvids.com/watch?v=JGNMpqH4fbD,
https://www.peekvids.com/watch?v=z_hNJdOrCNm, https://www.peekvids.com/watch?v=gdCt9t5Xu_B, https://www.peekvids.com/watch?v=IkNk3Qnho74,
https://www.peekvids.com/watch?v=4S-h6ZmIRTr, https://www.peekvids.com/watch?v=Kf453bBhCDH, https://www.peekvids.com/watch?v=FUJ3bUG-QD5,
https://www.peekvids.com/watch?v=8wfHBEo0952, https://www.peekvids.com/watch?v=GgKW0S6kyHd, https://www.peekvids.com/watch?v=mFvWCpXnn_K,
https://www.peekvids.com/watch?v=ymLFa2b97RI, https://www.peekvids.com/watch?v=FeyYCeKID84, https://www.peekvids.com/watch?v=Gar1xhdPx3i,
https://www.peekvids.com/watch?v=tSjdF7JUsn0, https://www.peekvids.com/watch?v=B2Ax1FXh09v, https://www.peekvids.com/watch?v=ddI5htPcDcl,
https://www.peekvids.com/watch?v=4xXKBPKlLjr, https://www.peekvids.com/watch?v=o9Thwl4xv3q, https://www.peekvids.com/watch?v=xJOZieSJ4oD,
https://www.peekvids.com/watch?v=ZA-AaKRbUU7, https://www.peekvids.com/watch?v=dlDoMptfnRJ, https://www.peekvids.com/watch?v=Swy6xX-NI3T,
https://www.peekvids.com/watch?v=9VCF6eptS45, https://www.peekvids.com/watch?v=o-D8ER4QAbS, https://www.peekvids.com/watch?v=B-OgK1udrki,
https://www.peekvids.com/watch?v=iteyE1rA73e, https://www.peekvids.com/watch?v=GjLLeZHRuYq, https://www.peekvids.com/watch?v=0L4DOFsyUx7,
https://www.peekvids.com/watch?v=fKgJnLS1xgh, https://www.peekvids.com/watch?v=tpVAyCCGsj0, https://www.peekvids.com/watch?v=dQAI7Bxw040,
https://www.peekvids.com/watch?v=OWftIT323He, https://www.peekvids.com/watch?v=T5eJ_90TZzj, https://www.peekvids.com/watch?v=uZHnP8aqv_c,
https://www.peekvids.com/watch?v=uYhx95I2Ns5, https://www.peekvids.com/watch?v=PzhPMARuilp, https://www.peekvids.com/watch?v=nnA38gSVHUI,
https://www.peekvids.com/watch?v=eEdPJkNkFU0, https://www.peekvids.com/watch?v=gQZnScYJxsV, https://www.peekvids.com/watch?v=4cVeB5aRZuO,
https://www.peekvids.com/watch?v=Dnzvs7SvAn4, https://www.peekvids.com/watch?v=3NWy7SDXPGS, https://www.peekvids.com/watch?v=QHS5AaQW66Q,
https://www.peekvids.com/watch?v=e3uXbJc6PXi, https://www.peekvids.com/watch?v=8jKwk_nBTZ4, https://www.peekvids.com/watch?v=xG6zxqhsmwA,
https://www.peekvids.com/watch?v=xqJuJsdjMnP, https://www.peekvids.com/watch?v=eg1urc9b6qs, https://www.peekvids.com/watch?v=I8jIK4Dx6Cv,
https://www.peekvids.com/watch?v=Ss_fcFQp3xZ, https://www.peekvids.com/watch?v=EMSt4aSCzMz, https://www.peekvids.com/watch?v=uh5l4zDBYnV,
https://www.peekvids.com/watch?v=2ikWgirAA92, https://www.peekvids.com/watch?v=tBwWMoT6cEj, https://www.peekvids.com/watch?v=FOgImCo-T5W,
https://www.peekvids.com/watch?v=TR9DHahilFj, https://www.peekvids.com/watch?v=rzltFngORHI, https://www.peekvids.com/watch?v=K1rhgmIGcaP,
https://www.peekvids.com/watch?v=YJuGjGMsB4C, https://www.peekvids.com/watch?v=jZuo_0hg-Sh, https://www.peekvids.com/watch?v=MsUjTR0HQQq,
https://www.peekvids.com/watch?v=WZpitDK43Wh, https://www.peekvids.com/watch?v=fN3j2WQwjQL, https://www.peekvids.com/watch?v=bWeUr_0OIOC,
https://www.peekvids.com/watch?v=r1Uj2DcthmH, https://www.peekvids.com/watch?v=4ZiWLxnccPa, https://www.peekvids.com/watch?v=y9pUojY_yhN,
https://www.peekvids.com/watch?v=CrQ-Gujaawm, https://www.peekvids.com/watch?v=8xTfbepIw_3, https://www.peekvids.com/watch?v=n1o6zYcywQg,
https://www.peekvids.com/watch?v=FFS5oX6Cehv, https://www.peekvids.com/watch?v=XU6_DW5tOtZ, https://www.peekvids.com/watch?v=lbzXNV6zBEq,
https://www.peekvids.com/watch?v=u7IKD4Iwdku, https://www.peekvids.com/watch?v=P7PUKMqA-_n, https://www.peekvids.com/watch?v=lYtlrN3zq1Z,
https://www.peekvids.com/watch?v=7O78418SWIT, https://www.peekvids.com/watch?v=unnaAWInP8s, https://www.peekvids.com/watch?v=3nY62UFAXrA,
https://www.peekvids.com/watch?v=P75ZXFm3OeT, https://www.peekvids.com/watch?v=v22w20jAMsy, https://www.peekvids.com/watch?v=cBZSCE50tfz,
https://www.peekvids.com/watch?v=i5h0kkpHNKL, https://www.peekvids.com/watch?v=zCrcOH8dH2z, https://www.peekvids.com/watch?v=X8cqqEwPPSO,
https://www.peekvids.com/watch?v=bV79rZIw2UJ, https://www.peekvids.com/watch?v=v-lQeModB98, https://www.peekvids.com/watch?v=WEC3Jx7HXCo,
https://www.peekvids.com/watch?v=dFeUWnuqoEx, https://www.peekvids.com/watch?v=520uZUawgdk, https://www.peekvids.com/watch?v=06uXhJquRRO,
https://www.peekvids.com/watch?v=CrEDNq1mV_G, https://www.peekvids.com/watch?v=GYHbjkQ11WC, https://www.peekvids.com/watch?v=8rrI5tx991B,
https://www.peekvids.com/watch?v=L3pAsWCNGU5, https://www.peekvids.com/watch?v=BR7V9OzWvUy, https://www.peekvids.com/watch?v=iRjdhf5htEA,
https://www.peekvids.com/watch?v=U4u4IR7yDeS, https://www.peekvids.com/watch?v=MG5zbuzI21D, https://www.peekvids.com/watch?v=tKU9p3IVZuO,
https://www.peekvids.com/watch?v=8DhApRstY6K, https://www.peekvids.com/watch?v=A-c_1KWaD06, https://www.peekvids.com/watch?v=BW0NVjVVUmS,
https://www.peekvids.com/watch?v=oR4newjhaNg, https://www.peekvids.com/watch?v=jA5D2g9LJ13, https://www.peekvids.com/watch?v=cFnh2xo2_vg,
https://www.peekvids.com/watch?v=s7Sd-YBcJe3, https://www.peekvids.com/watch?v=OEUhUwmZD1T, https://www.peekvids.com/watch?v=e1hA8UWxnU2,
https://www.peekvids.com/watch?v=dNVmvL8bjdl, https://www.peekvids.com/watch?v=8knShE1c1aV, https://www.peekvids.com/watch?v=dYAPAzaMOt3,
https://www.peekvids.com/watch?v=Kqe3mM3TolP, https://www.peekvids.com/watch?v=Vm-TbR5vn2R, https://www.peekvids.com/watch?v=EmdUALY021T,
https://www.peekvids.com/watch?v=w3vLpFiq8YP, https://www.peekvids.com/watch?v=uqI90YU8x9G, https://www.peekvids.com/watch?v=v6rM3dsgPEk,
https://www.peekvids.com/watch?v=I4hZcGUSGGJ, https://www.peekvids.com/watch?v=SL5JIiFb4v5, https://www.peekvids.com/watch?v=ccAPQKMgj4D,
https://www.peekvids.com/watch?v=B5jFvkWZolL, https://www.peekvids.com/watch?v=E1sL84hxqqv, https://www.peekvids.com/watch?v=WWejwxU3XlC,
https://www.peekvids.com/watch?v=HRdXxjQbG1o, https://www.peekvids.com/watch?v=s0fY3oqG7Kc, https://www.peekvids.com/watch?v=iMC55q3NEFD,
https://www.peekvids.com/watch?v=fZW2yOf0BKH, https://www.peekvids.com/watch?v=dSP7g6h4KlJ, https://www.peekvids.com/watch?v=o5Iiq3u5XXY,
https://www.peekvids.com/watch?v=Cde9rRFocfe, https://www.peekvids.com/watch?v=ZlwyNc7A1JT, https://www.peekvids.com/watch?v=H19jG9CvScP,
https://www.peekvids.com/watch?v=w_NrG3XJH9S, https://www.peekvids.com/watch?v=mxQPCVwLHFd, https://www.peekvids.com/watch?v=2uqsmvnU62x,
https://www.peekvids.com/watch?v=hhtNMZ_Ocj8, https://www.peekvids.com/watch?v=wIO8hguhr8P, https://www.peekvids.com/watch?v=5LYn6Lb0f9e,
https://www.peekvids.com/watch?v=0k2ydqt6X3x, https://www.peekvids.com/watch?v=wz2A02ILL3m, https://www.peekvids.com/watch?v=4rIC2itdpLd,
https://www.peekvids.com/watch?v=2mrSdgHqQQy, https://www.peekvids.com/watch?v=IKcoXpjxCF3, https://www.peekvids.com/watch?v=DsM9gPyH2nM,
https://www.peekvids.com/watch?v=t33j6rh1VZd, https://www.peekvids.com/watch?v=Sgnvf7P0PsZ, https://www.peekvids.com/watch?v=MvRF9jdNwvn,
https://www.peekvids.com/watch?v=cFqJaexzbKb, https://www.peekvids.com/watch?v=hrrKqF8P0n2, https://www.peekvids.com/watch?v=oBgupmkB_vy,
https://www.peekvids.com/watch?v=trN6WXFizUj, https://www.peekvids.com/watch?v=O7oIHa25_f2, https://www.peekvids.com/watch?v=LCFI25j0pLg,
https://www.peekvids.com/watch?v=Po9ZO9jGgyp, https://www.peekvids.com/watch?v=qdNB7O4VVBT, https://www.peekvids.com/watch?v=jFfxlgueD34,
https://www.peekvids.com/watch?v=cVyuu1SmoAI, https://www.peekvids.com/watch?v=FWn1GPT97_F, https://www.peekvids.com/watch?v=eNlR-boTsYu,
https://www.peekvids.com/watch?v=fvSiT-LLRSi, https://www.peekvids.com/watch?v=RsMhujStNKe, https://www.peekvids.com/watch?v=kYlMS2wd6jr,
https://www.peekvids.com/watch?v=UblndxxrPf0, https://www.peekvids.com/watch?v=QgVO2lSDGXw, https://www.peekvids.com/watch?v=EepUd0rsnZ3,
https://www.peekvids.com/watch?v=wSO9VIQnVXg, https://www.peekvids.com/watch?v=sEIlvNmGsFv, https://www.peekvids.com/watch?v=4thWTQf83Qm,
https://www.peekvids.com/watch?v=utOITB-Imae, https://www.peekvids.com/watch?v=uUZoY2kNiPh, https://www.peekvids.com/watch?v=6qCDPK3jkWr,
https://www.peekvids.com/watch?v=Qg88LHdjgN6, https://www.peekvids.com/watch?v=AybwJJw3whx, https://www.peekvids.com/watch?v=dYo07kiIpIF,
https://www.peekvids.com/watch?v=FkV4P_vrKGk, https://www.peekvids.com/watch?v=ki7l4kbgIi4, https://www.peekvids.com/watch?v=wG7F-VktuhM,
https://www.peekvids.com/watch?v=OXVjehE0-WI, https://www.peekvids.com/watch?v=8zmHdFkPX_e, https://www.peekvids.com/watch?v=2Km_jbgWNAQ,
https://www.peekvids.com/watch?v=KfN-TYXJeuW, https://www.peekvids.com/watch?v=DPYAala44UL, https://www.peekvids.com/watch?v=zzGRxcGIT2c,
https://www.peekvids.com/watch?v=zlSlikaL7Ez, https://www.peekvids.com/watch?v=hDS_GfQPHB2, https://www.peekvids.com/watch?v=6eF4ueiHji2,
https://www.peekvids.com/watch?v=UiEEb71RMJV, https://www.peekvids.com/watch?v=VHrK_lf0J2l, https://www.peekvids.com/watch?v=SKfkBFgFbiu,
https://www.peekvids.com/watch?v=AjN7g9GjMVs, https://www.peekvids.com/watch?v=iVaFbNgfl2p, https://www.peekvids.com/watch?v=wfhvUepHyQD,
https://www.peekvids.com/watch?v=u8MgmBwxSal, https://www.peekvids.com/watch?v=9nXcbEEOSs3, https://www.peekvids.com/watch?v=uTeCvP9V1GK,
https://www.peekvids.com/watch?v=4Y6B56iE0S3, https://www.peekvids.com/watch?v=y0N7i_uQIgj, https://www.peekvids.com/watch?v=jZ5pmS1-uAZ,
https://www.peekvids.com/watch?v=v8cMnjyww-q, https://www.peekvids.com/watch?v=2iJfrAB7KpB, https://www.peekvids.com/watch?v=Tm2WD0PXk2e,
https://www.peekvids.com/watch?v=YIVo86XkeSX, https://www.peekvids.com/watch?v=YtfGJGj2e0z, https://www.peekvids.com/watch?v=oGwF4bT_giS,
https://www.peekvids.com/watch?v=Q5StuuYqjX7, https://www.peekvids.com/watch?v=vqqQoUcV9ud, https://www.peekvids.com/watch?v=EiTDdGPGPVp,
https://www.peekvids.com/watch?v=bhoTVhlsE4I, https://www.peekvids.com/watch?v=dkbahO9TZAs, https://www.peekvids.com/watch?v=TwoGmZfPxKA,
https://www.peekvids.com/watch?v=xPczWRxEEYV, https://www.peekvids.com/watch?v=J_OwuQji3Yb, https://www.peekvids.com/watch?v=edLYfwajo57,
https://www.peekvids.com/watch?v=aBFjoAnxp2Z, https://www.peekvids.com/watch?v=F9r1JUDJliK, https://www.peekvids.com/watch?v=TheZQKBHiKo,
https://www.peekvids.com/watch?v=jNMieS9eqnM, https://www.peekvids.com/watch?v=xYmG1qZBsQM, https://www.peekvids.com/watch?v=d161u8ox3xy,
https://www.peekvids.com/watch?v=Sokwe3CjsBe, https://www.peekvids.com/watch?v=fWpGt9SBvDB, https://www.peekvids.com/watch?v=4cD5FI2z9CT,
https://www.peekvids.com/watch?v=JrdMjgL1ICi, https://www.peekvids.com/watch?v=DQE352VjYW4, https://www.peekvids.com/watch?v=W9VAL3ZhGiJ,
https://www.peekvids.com/watch?v=v-EvyYOb4EY, https://www.peekvids.com/watch?v=I8_QK4_zytK, https://www.peekvids.com/watch?v=nq3S3YSb7-F,
https://www.peekvids.com/watch?v=h29Mp688u6j, https://www.peekvids.com/watch?v=HQDdFkh9VeS, https://www.peekvids.com/watch?v=HSyAS6GkJ1D,
https://www.peekvids.com/watch?v=vOCmxL-iFps, https://www.peekvids.com/watch?v=Jwm-9koWVvX, https://www.peekvids.com/watch?v=Wv1_E5FE3fH,
https://www.peekvids.com/watch?v=OY2GZuLlZFl, https://www.peekvids.com/watch?v=5BBeWosZ_Ix, https://www.peekvids.com/watch?v=KL3O-JcgKmQ,
https://www.peekvids.com/watch?v=9tzrSUwIXx8, https://www.peekvids.com/watch?v=EHCMfPsLoRk, https://www.peekvids.com/watch?v=SmDCvaJ1wms,
https://www.peekvids.com/watch?v=7ThAh1vYnU9, https://www.peekvids.com/watch?v=VAzHVNM6kyd, https://www.peekvids.com/watch?v=JufhgDfk0ou,
https://www.peekvids.com/watch?v=TdN3LPCMuT4, https://www.peekvids.com/watch?v=EIjHH-CrEYZ, https://www.peekvids.com/watch?v=7Vewv7h7uTx,
https://www.peekvids.com/watch?v=VQH1SM24EXt, https://www.peekvids.com/watch?v=lNNIGB33UXA, https://www.peekvids.com/watch?v=s61uxaPgvkW,
https://www.peekvids.com/watch?v=UrPHalKTbyW, https://www.peekvids.com/watch?v=Hk5zfrJEvQF, https://www.peekvids.com/watch?v=OBoKFyGRVqD,
https://www.peekvids.com/watch?v=n8yD2a9hHBb, https://www.peekvids.com/watch?v=XmLIkqdDxL2, https://www.peekvids.com/watch?v=xdeiSBb0Jrg,
https://www.peekvids.com/watch?v=3A_jtFlKxox, https://www.peekvids.com/watch?v=FERW__KrdP2, https://www.peekvids.com/watch?v=80N6PW-G5mg,
https://www.peekvids.com/watch?v=PikbtwRkXIO, https://www.peekvids.com/watch?v=00jtR9fduCa, https://www.peekvids.com/watch?v=sz-EJBm0RKt,
https://www.peekvids.com/watch?v=gsL1rnEIT0x, https://www.peekvids.com/watch?v=AEfQQhXjtgs, https://www.peekvids.com/watch?v=czinvUoNo8F,
https://www.peekvids.com/watch?v=PREi0OkRJI0, https://www.peekvids.com/watch?v=TcxGbh5TiCe, https://www.peekvids.com/watch?v=D7Pe_3QWAPH,
https://www.peekvids.com/watch?v=hVlV2xGhqwC, https://www.peekvids.com/watch?v=hbjCLo4BebQ, https://www.peekvids.com/watch?v=aQoe8fTlkZd,
https://www.peekvids.com/watch?v=oBdpXorDvvc, https://www.peekvids.com/watch?v=b6DA4tIof5j, https://www.peekvids.com/watch?v=OwDQeNSnbKk,
https://www.peekvids.com/watch?v=xZG0v70n0j2, https://www.peekvids.com/watch?v=0QGUvfvJedX, https://www.peekvids.com/watch?v=4QVaRWo971I,
https://www.peekvids.com/watch?v=QXqCjKX_Thd, https://www.peekvids.com/watch?v=VEKzYgjp9eN, https://www.peekvids.com/watch?v=k7iB4HKnmYl,
https://www.peekvids.com/watch?v=biKDs7sbSCb, https://www.peekvids.com/watch?v=t41UalvGwes, https://www.peekvids.com/watch?v=Or4h5or086r,
https://www.peekvids.com/watch?v=WkHcW5p9uQy, https://www.peekvids.com/watch?v=muK_UdLlf3V, https://www.peekvids.com/watch?v=u7eI7_0N2U6,
https://www.peekvids.com/watch?v=04cNiSGii9w, https://www.peekvids.com/watch?v=sSNO_dmFKDg, https://www.peekvids.com/watch?v=Fej8nLwebbr,
https://www.peekvids.com/watch?v=DY9buOWpQ7n, https://www.peekvids.com/watch?v=mFHgBJOnxXT, https://www.peekvids.com/watch?v=7s_f__pN3yn,
https://www.peekvids.com/watch?v=DstDBQq0LCN, https://www.peekvids.com/watch?v=ZVrQzoaEaBS, https://www.peekvids.com/watch?v=FDqog3CTp4q,
https://www.peekvids.com/watch?v=aRzMiACkGCG, https://www.peekvids.com/watch?v=9YKhEeeuYiZ, https://www.peekvids.com/watch?v=gU_Luxw1Lrh,
https://www.peekvids.com/watch?v=z-NnWRlTZMh, https://www.peekvids.com/watch?v=gEGHi1L1Jlz, https://www.peekvids.com/watch?v=O3aS7olhnKs,
https://www.peekvids.com/watch?v=Pw-lq6-NxXT, https://www.peekvids.com/watch?v=f9Wn9g5GyFF, https://www.peekvids.com/watch?v=smnRDR-8az9,
https://www.peekvids.com/watch?v=0dhGT2n81Dr, https://www.peekvids.com/watch?v=kI3eQGM0mtJ, https://www.peekvids.com/watch?v=6s6-XIPA0qu,
https://www.peekvids.com/watch?v=JOjY1rpQ5LM, https://www.peekvids.com/watch?v=FuZ9eb2kueJ, https://www.peekvids.com/watch?v=f5nEfnMaxQ7,
https://www.peekvids.com/watch?v=7n4Mrdwk0A0, https://www.peekvids.com/watch?v=SEa5QjmK18g, https://www.peekvids.com/watch?v=JQuWVJiCJUj,
https://www.peekvids.com/watch?v=tMoggCNzzN9, https://www.peekvids.com/watch?v=VRvsClicaJM, https://www.peekvids.com/watch?v=E64M741Ngx8,
https://www.peekvids.com/watch?v=sE9LQviZSa3, https://www.peekvids.com/watch?v=BEYK0Z7k0YK, https://www.peekvids.com/watch?v=BgM3WT1azWD,
https://www.peekvids.com/watch?v=NmEB3wAqZ2V, https://www.peekvids.com/watch?v=ZUkK25gYDC7, https://www.peekvids.com/watch?v=5fQP_L8_dlv,
https://www.peekvids.com/watch?v=ZdyRaXwFkpL, https://www.peekvids.com/watch?v=Q3cD4SnD9ib, https://www.peekvids.com/watch?v=5YlFSIzv5iq,
https://www.peekvids.com/watch?v=lu0cwxWiblB, https://www.peekvids.com/watch?v=em9Ta9pHlHV, https://www.peekvids.com/watch?v=dpZFgXjhnWM,
https://www.peekvids.com/watch?v=2jWJAPMyQDz, https://www.peekvids.com/watch?v=yguT8gx17Hv, https://www.peekvids.com/watch?v=dKJIrwrOfoZ,
https://www.peekvids.com/watch?v=b5TuhrLgY0C
5.f. Date of third notice: 2015-07-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wishingiwas
5.b. Uploader's email address: mostpappysas@gmx.de
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=wishingiwas
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=-MpGmG3Z9xl, https://www.peekvids.com/watch?v=q55G2yIqlQv,
https://www.peekvids.com/watch?v=f3ihCgcPtPt, https://www.peekvids.com/watch?v=bkknorxoOcp, https://www.peekvids.com/watch?v=kjNrfXuegtn,
https://www.peekvids.com/watch?v=DYqP40W6faR, https://www.peekvids.com/watch?v=iLXmnzQ9HyN, https://www.peekvids.com/watch?v=ABNA2H4TUqv,
https://www.peekvids.com/watch?v=AnShZwuRXln, https://www.peekvids.com/watch?v=mvq2JCsdvoy, https://www.peekvids.com/watch?v=ZCnzOKxSpNR,
https://www.peekvids.com/watch?v=mevgmv3Uov0, https://www.peekvids.com/watch?v=YSKXxlap2pG, https://www.peekvids.com/watch?v=V296aqhQFG7,
https://www.peekvids.com/watch?v=5AKlrND98k6, https://www.peekvids.com/watch?v=spwx2jmNtL6, https://www.peekvids.com/watch?v=dnXgc96XObC,
https://www.peekvids.com/watch?v=AYXraLhgTwx, https://www.peekvids.com/watch?v=KB9WCoU84uu, https://www.peekvids.com/watch?v=t9hIw5VeVn9,
https://www.peekvids.com/watch?v=JTtA0pi7f5D, https://www.peekvids.com/watch?v=9lC2fieCP66, https://www.peekvids.com/watch?v=s7fs0oTOIlk,
https://www.peekvids.com/watch?v=om4-XhZcAr-, https://www.peekvids.com/watch?v=Dois9evCRqj, https://www.peekvids.com/watch?v=LubJC75FFKN,
https://www.peekvids.com/watch?v=TCCqLODglrc, https://www.peekvids.com/watch?v=s7tAWQUDE7R, https://www.peekvids.com/watch?v=sSnHv66G2G0,
https://www.peekvids.com/watch?v=KmABOJSay36, https://www.peekvids.com/watch?v=zzquglcitAB, https://www.peekvids.com/watch?v=KmnnozpyKgS,
https://www.peekvids.com/watch?v=txbEsrVGxZT, https://www.peekvids.com/watch?v=uiJ2fvdXRDP, https://www.peekvids.com/watch?v=9zTLQyQIlgN,
https://www.peekvids.com/watch?v=L-4eVe3m-xF, https://www.peekvids.com/watch?v=cSZbgusyGmR, https://www.peekvids.com/watch?v=VFYR25008XT,
https://www.peekvids.com/watch?v=GvoR5o02qu-, https://www.peekvids.com/watch?v=-Hk8kcWaRJ4, https://www.peekvids.com/watch?v=6MXBQvxH26h,
https://www.peekvids.com/watch?v=y4ri2kDmSQP, https://www.peekvids.com/watch?v=QzSd87Uy4jp, https://www.peekvids.com/watch?v=EYvmJthKguh,
https://www.peekvids.com/watch?v=IxaJD3myBvi, https://www.peekvids.com/watch?v=5cZs-79FCnf, https://www.peekvids.com/watch?v=5tEfDfJ5Hd5,

https://www.peekvids.com/watch?v=tjfl0KEqvFm, https://www.peekvids.com/watch?v=DxCLNEmcdVl, https://www.peekvids.com/watch?v=DsNlibIOHUz,
https://www.peekvids.com/watch?v=VhZNwXgNb6p, https://www.peekvids.com/watch?v=Nl5yEqRsSR0, https://www.peekvids.com/watch?v=WpXrZAWg9E7,
https://www.peekvids.com/watch?v=bvFTcAsqGbn, https://www.peekvids.com/watch?v=5meWKVNTjPA, https://www.peekvids.com/watch?v=7SaK7bCLrsA,
https://www.peekvids.com/watch?v=94uHn0RFh-f, https://www.peekvids.com/watch?v=lQPyAmDKbDE, https://www.peekvids.com/watch?v=FWXMsj2udNE,
https://www.peekvids.com/watch?v=NVJIRo6NVRw, https://www.peekvids.com/watch?v=feH8rePEFar, https://www.peekvids.com/watch?v=2-2I8QP6cRV,
https://www.peekvids.com/watch?v=IPkm38ePgQt, https://www.peekvids.com/watch?v=PY9Nrm4qN8A, https://www.peekvids.com/watch?v=8rtj68xpwMZ,
https://www.peekvids.com/watch?v=eHwCoZ68fgG, https://www.peekvids.com/watch?v=VllKu0aySut, https://www.peekvids.com/watch?v=XAN-riV3FAv,
https://www.peekvids.com/watch?v=tAdqPGX0KMs, https://www.peekvids.com/watch?v=tVfOfXadVn3, https://www.peekvids.com/watch?v=YmNP4Vmjzor,
https://www.peekvids.com/watch?v=Wfgk-NGWYmC, https://www.peekvids.com/watch?v=6fVwdpMKz0R, https://www.peekvids.com/watch?v=mmEobC2nm9n,
https://www.peekvids.com/watch?v=mzWpAznhqpO, https://www.peekvids.com/watch?v=a4Nu-jFdUSt, https://www.peekvids.com/watch?v=qY0sZ3RCaso,
https://www.peekvids.com/watch?v=FnliT987ABQ, https://www.peekvids.com/watch?v=f2LseJGqZp0, https://www.peekvids.com/watch?v=64hQJ0VBRyK,
https://www.peekvids.com/watch?v=S74LcLWGgYj, https://www.peekvids.com/watch?v=kxhoH7sI9H8, https://www.peekvids.com/watch?v=yxhTvEQlMWq,
https://www.peekvids.com/watch?v=jggLDsvcyvs, https://www.peekvids.com/watch?v=OZX-vC2h8vY, https://www.peekvids.com/watch?v=8weL4NckLB8,
https://www.peekvids.com/watch?v=6XRYHTJ4YC7, https://www.peekvids.com/watch?v=hLypYXpUbei, https://www.peekvids.com/watch?v=-lvvlMUbNC3,
https://www.peekvids.com/watch?v=0QtBuEhFNWK, https://www.peekvids.com/watch?v=s-zP5ux2IkH, https://www.peekvids.com/watch?v=LwV7PdfsHSf,
https://www.peekvids.com/watch?v=FIs3CF7Q-HB, https://www.peekvids.com/watch?v=35XoefjvfGU, https://www.peekvids.com/watch?v=v2QKnsAoAAC,
https://www.peekvids.com/watch?v=m4I2bgqkQGg, https://www.peekvids.com/watch?v=awO09wjPDRN, https://www.peekvids.com/watch?v=x72kb5nDuud,
https://www.peekvids.com/watch?v=it7KeJqQ2ht, https://www.peekvids.com/watch?v=SGheIFz06iK, https://www.peekvids.com/watch?v=fFZYZOMUTgk,
https://www.peekvids.com/watch?v=-3cRLvJHHJp, https://www.peekvids.com/watch?v=ClSm3NKMI5k, https://www.peekvids.com/watch?v=K9qQyzq0FRG,
https://www.peekvids.com/watch?v=7JZKd96ZIOt, https://www.peekvids.com/watch?v=KRInUJ6NqeR, https://www.peekvids.com/watch?v=S6vL79YgM4k,
https://www.peekvids.com/watch?v=hzGAhKRkISq, https://www.peekvids.com/watch?v=2wwkiOOA-oi, https://www.peekvids.com/watch?v=QuojZlZZTqj,
https://www.peekvids.com/watch?v=pY6aPGdzkjV, https://www.peekvids.com/watch?v=Kx-l4Pto5ma, https://www.peekvids.com/watch?v=OGRFcCNkukr,
https://www.peekvids.com/watch?v=gZnyjF63gBx, https://www.peekvids.com/watch?v=yzidYUURBxH, https://www.peekvids.com/watch?v=rps7XTMFpqn,
https://www.peekvids.com/watch?v=RsQUKkDy9tA, https://www.peekvids.com/watch?v=dy9yxBBtq6Y, https://www.peekvids.com/watch?v=MxhK2t5ze4G,
https://www.peekvids.com/watch?v=JYxyY2-Nx6F, https://www.peekvids.com/watch?v=x4-9DOJQ-75, https://www.peekvids.com/watch?v=tmEx4wnSaMj,
https://www.peekvids.com/watch?v=NBE5qcm00Im, https://www.peekvids.com/watch?v=zKmczqlBuII, https://www.peekvids.com/watch?v=rXZrPAUtWSx,
https://www.peekvids.com/watch?v=JscjknTxD37, https://www.peekvids.com/watch?v=cFHwmZ9maO2, https://www.peekvids.com/watch?v=YSfdYXJepi9,
https://www.peekvids.com/watch?v=pfe2Di050Bg, https://www.peekvids.com/watch?v=ACuGwHXdhMZ, https://www.peekvids.com/watch?v=0uv3uu4rmxz,
https://www.peekvids.com/watch?v=AM68-AyoeAq, https://www.peekvids.com/watch?v=MGwIUwDPKEg, https://www.peekvids.com/watch?v=qtTN5XMMjU7
5.f. Date of third notice: 2015-04-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yacladu
5.b. Uploader's email address: misterstooone@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yacladu
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=h9yy-qoOgiV, https://www.peekvids.com/watch?v=pCwD3QcB2Ze,
https://www.peekvids.com/watch?v=QmEVyLfOisl, https://www.peekvids.com/watch?v=lkEljNbddHU, https://www.peekvids.com/watch?v=O4xjt6k68pb,
https://www.peekvids.com/watch?v=g9xarSjFS47, https://www.peekvids.com/watch?v=JemGW4DEE28, https://www.peekvids.com/watch?v=An83d3QddJi,
https://www.peekvids.com/watch?v=b1OSruuvwOg, https://www.peekvids.com/watch?v=WJ9TfNQkWoe, https://www.peekvids.com/watch?v=5hZ9RSmZTnx,
https://www.peekvids.com/watch?v=LmwijAz5pNW, https://www.peekvids.com/watch?v=mJXliJhz20x, https://www.peekvids.com/watch?v=PTg13BtNMfz,
https://www.peekvids.com/watch?v=JRWQsgHFC4U, https://www.peekvids.com/watch?v=eQgqf0-19I0, https://www.peekvids.com/watch?v=vtVTIepgoKi,
https://www.peekvids.com/watch?v=iltuxAHjyrL, https://www.peekvids.com/watch?v=XF_cCQj4BJJ, https://www.peekvids.com/watch?v=jhZHcpUPNan,
https://www.peekvids.com/watch?v=mMsDxDD17mc, https://www.peekvids.com/watch?v=HRZbEU8G3kG, https://www.peekvids.com/watch?v=f8XRqa8O9tr,
https://www.peekvids.com/watch?v=dMOZPtki0Ll, https://www.peekvids.com/watch?v=YozPd3KJhVA, https://www.peekvids.com/watch?v=yKuavEFdIvy,
https://www.peekvids.com/watch?v=IqT-0XQw41i, https://www.peekvids.com/watch?v=XQZp99A-Ctk, https://www.peekvids.com/watch?v=su7NRz1eH34,
https://www.peekvids.com/watch?v=aYHbysntz_t, https://www.peekvids.com/watch?v=0SZiNiNbETr, https://www.peekvids.com/watch?v=riwRPiVZ2lO,
https://www.peekvids.com/watch?v=8j0WwXllzT2, https://www.peekvids.com/watch?v=L-F4-68MmUR, https://www.peekvids.com/watch?v=JqYOKPsvVvd,
https://www.peekvids.com/watch?v=uRXNvaRir26, https://www.peekvids.com/watch?v=nhrBd32h1W5, https://www.peekvids.com/watch?v=q6Kc-4MF45L,
https://www.peekvids.com/watch?v=V21AToRVXlI, https://www.peekvids.com/watch?v=ESGmCJF_rGU, https://www.peekvids.com/watch?v=qPPOdrpUSTr,
https://www.peekvids.com/watch?v=9uk2N5sFCee, https://www.peekvids.com/watch?v=sVHaPT7JZzA, https://www.peekvids.com/watch?v=T9Xulqg4q5m,
https://www.peekvids.com/watch?v=4jayEDJYXr0, https://www.peekvids.com/watch?v=t3CNPgcRAgS, https://www.peekvids.com/watch?v=nnr0yvnHPjK,
https://www.peekvids.com/watch?v=iIprZIpg0-L, https://www.peekvids.com/watch?v=Ouzc_LJ31i0, https://www.peekvids.com/watch?v=zM23Tp7yK9l,
https://www.peekvids.com/watch?v=goJb45K9pb5, https://www.peekvids.com/watch?v=fN4ivuJ0wiD, https://www.peekvids.com/watch?v=3TR3PJ-gCst,
https://www.peekvids.com/watch?v=kyac_It8WqU, https://www.peekvids.com/watch?v=2HP01JUSeDt, https://www.peekvids.com/watch?v=OZsA96J-5FV,
https://www.peekvids.com/watch?v=b_k3s5VPLv9, https://www.peekvids.com/watch?v=BSS7YT3m6M2, https://www.peekvids.com/watch?v=68p3xeKHNsu,
https://www.peekvids.com/watch?v=Z1Geg8lLbDQ, https://www.peekvids.com/watch?v=dMBbLRBQ33X, https://www.peekvids.com/watch?v=pytm3SWuglC,
https://www.peekvids.com/watch?v=Q2gfkYJMXlO, https://www.peekvids.com/watch?v=ck8NE2xncvz, https://www.peekvids.com/watch?v=h3a17Yeu122,
https://www.peekvids.com/watch?v=EtHXV69Z_hc, https://www.peekvids.com/watch?v=tCGT2YPpzg8, https://www.peekvids.com/watch?v=Cw0PNgT3pG4,
https://www.peekvids.com/watch?v=eLsZE_qEb98, https://www.peekvids.com/watch?v=XAvIuLzA7as, https://www.peekvids.com/watch?v=7-tA3cW-MjC,
https://www.peekvids.com/watch?v=wOIoXNeKZus, https://www.peekvids.com/watch?v=XTzitSR-Zi8, https://www.peekvids.com/watch?v=CL17ezRhxu3,
https://www.peekvids.com/watch?v=RkYKR8SeD5S, https://www.peekvids.com/watch?v=R_BwrVQoQJS, https://www.peekvids.com/watch?v=T0raZNoHiVq,
https://www.peekvids.com/watch?v=6_xia-3F0dJ, https://www.peekvids.com/watch?v=BaxcpR5QcPb, https://www.peekvids.com/watch?v=Ql_cdDyOLCi,
https://www.peekvids.com/watch?v=n5dW5tLThwD, https://www.peekvids.com/watch?v=HGYAQdP3KJ5, https://www.peekvids.com/watch?v=bszE15gw9HE,
https://www.peekvids.com/watch?v=KW0ZdM9-rTF, https://www.peekvids.com/watch?v=40Ds37oBNN9, https://www.peekvids.com/watch?v=0khTggBo35B,
https://www.peekvids.com/watch?v=2DYJ9_JeoiP, https://www.peekvids.com/watch?v=ycTWUUmxJIy, https://www.peekvids.com/watch?v=WF2MroL95cv,
https://www.peekvids.com/watch?v=RQExoFOMj8q, https://www.peekvids.com/watch?v=JTEE0MClNKM, https://www.peekvids.com/watch?v=zrw4MuQFZDc,
https://www.peekvids.com/watch?v=ijv0gqxgcw9, https://www.peekvids.com/watch?v=jyw9vvQbiTB, https://www.peekvids.com/watch?v=epr3zgwSbzc,
https://www.peekvids.com/watch?v=KzEZRFAgqLs, https://www.peekvids.com/watch?v=9Hek8_elMGe, https://www.peekvids.com/watch?v=MHEk9knyxRG,
https://www.peekvids.com/watch?v=A2DYPTaS6XY, https://www.peekvids.com/watch?v=XZfl45_zN3c, https://www.peekvids.com/watch?v=zMlFTJ74IRV,
https://www.peekvids.com/watch?v=3prk32Fglv9, https://www.peekvids.com/watch?v=modPoRgDxiD, https://www.peekvids.com/watch?v=2_VaSttqT4w,
https://www.peekvids.com/watch?v=HLE6qtwwv9V, https://www.peekvids.com/watch?v=CciAKQFmpGl, https://www.peekvids.com/watch?v=yHZNfsaFs-O,
https://www.peekvids.com/watch?v=Cn3Bz1cdIhl, https://www.peekvids.com/watch?v=4mij8L84eXk, https://www.peekvids.com/watch?v=Z_BpracFbFN,
https://www.peekvids.com/watch?v=uHKeNfzWDeD, https://www.peekvids.com/watch?v=ZZPnhbm6j_l, https://www.peekvids.com/watch?v=lwtADybd2Rs
5.f. Date of third notice: 2015-08-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yasminefuck
5.b. Uploader's email address: myfaviritelife@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yasminefuck
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=OHsC6z0hvLr, https://www.peekvids.com/watch?v=ib2Y_nEzPAv,
https://www.peekvids.com/watch?v=dFJU97aI3n0, https://www.peekvids.com/watch?v=HQsmb79MkhE, https://www.peekvids.com/watch?v=kftvmZIrHi5,
https://www.peekvids.com/watch?v=0Uy2Wnkbvf8, https://www.peekvids.com/watch?v=l3WkGHgSJfY, https://www.peekvids.com/watch?v=FKn2sf3ZAXj,
https://www.peekvids.com/watch?v=EwxKZPYVhee, https://www.peekvids.com/watch?v=uF_LRXKEbDF, https://www.peekvids.com/watch?v=sZJIaWJVj6G,
https://www.peekvids.com/watch?v=h1OuS9oDUPo, https://www.peekvids.com/watch?v=j-NXHZ81DGl, https://www.peekvids.com/watch?v=o4g2zzb4Wed,
https://www.peekvids.com/watch?v=V4D07PwjNyu, https://www.peekvids.com/watch?v=IjDxLj70MV5, https://www.peekvids.com/watch?v=KF8FEuPZGr4,
https://www.peekvids.com/watch?v=WhVDbig1cli, https://www.peekvids.com/watch?v=CN-meylKlem, https://www.peekvids.com/watch?v=pveweb04jsR,
https://www.peekvids.com/watch?v=MrsW-a-Pcq2, https://www.peekvids.com/watch?v=Jx0BU6PA4DL, https://www.peekvids.com/watch?v=DU6d1h_a2cz,
https://www.peekvids.com/watch?v=jtuBArtmicR, https://www.peekvids.com/watch?v=68VzemKQZL7, https://www.peekvids.com/watch?v=mGmnE2HeYaY,
https://www.peekvids.com/watch?v=V6wbaOxBbT3, https://www.peekvids.com/watch?v=9ewh0wu_oub, https://www.peekvids.com/watch?v=Ie0_-uXjRmx,
https://www.peekvids.com/watch?v=c6whmxsh4nS, https://www.peekvids.com/watch?v=ORnP9dzGDJC, https://www.peekvids.com/watch?v=noWyzvY04RD,
https://www.peekvids.com/watch?v=aZL1KZiNG-j, https://www.peekvids.com/watch?v=IQMuFhU-kBo, https://www.peekvids.com/watch?v=bE9CTZA2EXG,
https://www.peekvids.com/watch?v=7zwqdhEJe25, https://www.peekvids.com/watch?v=rbpU1eEVt-Q, https://www.peekvids.com/watch?v=JOlHBLZzgcS,
https://www.peekvids.com/watch?v=FJAbfdf-Z7R, https://www.peekvids.com/watch?v=bt0cHrc36Pe, https://www.peekvids.com/watch?v=T2G0yWzDBfR,
https://www.peekvids.com/watch?v=lGA_FIEyaS3, https://www.peekvids.com/watch?v=YsrLSgmtH6x, https://www.peekvids.com/watch?v=Im-awndTRxb,
https://www.peekvids.com/watch?v=qYUIs4EmunM, https://www.peekvids.com/watch?v=PmKihSBdXxE, https://www.peekvids.com/watch?v=Sgk3lvn20Wt,
https://www.peekvids.com/watch?v=D5MSseayJWI, https://www.peekvids.com/watch?v=7XA3pHYegld, https://www.peekvids.com/watch?v=bErLcJBqwCI,
https://www.peekvids.com/watch?v=PJeFKvA35aF, https://www.peekvids.com/watch?v=Qp8w5a1KoXe, https://www.peekvids.com/watch?v=raT1JZ7Lp8K,
https://www.peekvids.com/watch?v=GsNot_sxlqx, https://www.peekvids.com/watch?v=lZH9nxMNpCJ, https://www.peekvids.com/watch?v=xxo01ZPi6iu,
https://www.peekvids.com/watch?v=2ioHO9dzrfS, https://www.peekvids.com/watch?v=88Ueo3ixtVB, https://www.peekvids.com/watch?v=PnDl5wUicY2,
https://www.peekvids.com/watch?v=3pdfWYyG7k2, https://www.peekvids.com/watch?v=rL10YFV87Kn, https://www.peekvids.com/watch?v=VeBZ5Zfwjrc,
https://www.peekvids.com/watch?v=JMt5ZRfA8cB, https://www.peekvids.com/watch?v=bTj-xbGVNK2, https://www.peekvids.com/watch?v=x0rStzqZoa2,
https://www.peekvids.com/watch?v=EFqE8U9sJXo, https://www.peekvids.com/watch?v=ZcvEtmpw4XT, https://www.peekvids.com/watch?v=nS5Dc57dgs4,
https://www.peekvids.com/watch?v=pPadXWrxzAP, https://www.peekvids.com/watch?v=pbFH49pu_FK, https://www.peekvids.com/watch?v=miJl2kfU6Gf,
https://www.peekvids.com/watch?v=mJv8VQL7p0I, https://www.peekvids.com/watch?v=QSWgmuLfjX2, https://www.peekvids.com/watch?v=YkM7CWcYsWv,
https://www.peekvids.com/watch?v=ySglovYS_Qo, https://www.peekvids.com/watch?v=T_CzgBv--Hc, https://www.peekvids.com/watch?v=JcZbty6LcS3,
https://www.peekvids.com/watch?v=PYahK3VS1wa, https://www.peekvids.com/watch?v=qicep7T2D0G, https://www.peekvids.com/watch?v=dmVJGiVirrI,
https://www.peekvids.com/watch?v=GJYQiDHmtdA, https://www.peekvids.com/watch?v=Wtp2M4XFCTS, https://www.peekvids.com/watch?v=GgBrWfLTJhi,
https://www.peekvids.com/watch?v=njp42q4bS3I, https://www.peekvids.com/watch?v=tXzrlSGtAM9, https://www.peekvids.com/watch?v=NJ_Qcj5oNEO,
https://www.peekvids.com/watch?v=IfQJLDUWtHI, https://www.peekvids.com/watch?v=IRxzNKxXZ60, https://www.peekvids.com/watch?v=8XX9Fj7Nn3c
5.f. Date of third notice: 2015-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yik001
5.b. Uploader's email address: gaymovie15042014@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yik001
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pcUoIPGHh89, https://www.peekvids.com/watch?v=hNdgnqW_e3w,
https://www.peekvids.com/watch?v=eJobbDs45jx, https://www.peekvids.com/watch?v=6tojrD9i07Y, https://www.peekvids.com/watch?v=dwqJmfmUEYO,
https://www.peekvids.com/watch?v=QGj0og1ekfp, https://www.peekvids.com/watch?v=zir1lM0pa6c, https://www.peekvids.com/watch?v=CrqNTg0j0K3,
https://www.peekvids.com/watch?v=NTBakN9JT-W, https://www.peekvids.com/watch?v=Bl092LlzVdA, https://www.peekvids.com/watch?v=u8ef89pzFTQ,
https://www.peekvids.com/watch?v=lgxueIDMYCf, https://www.peekvids.com/watch?v=z9K7Edfd7Eh, https://www.peekvids.com/watch?v=B1o8I_lWKeu,
https://www.peekvids.com/watch?v=sZkB7KzGYTR, https://www.peekvids.com/watch?v=619g3pNee7k, https://www.peekvids.com/watch?v=E2BCAehyDDH,
https://www.peekvids.com/watch?v=OHfmtP2DM5J, https://www.peekvids.com/watch?v=ISmGfXgMq0y, https://www.peekvids.com/watch?v=oSHejOjfl1m,
https://www.peekvids.com/watch?v=thtpXENUxeO, https://www.peekvids.com/watch?v=BdGGU2iiRRI, https://www.peekvids.com/watch?v=4jU_cfEPzoQ,
https://www.peekvids.com/watch?v=irROC40QQ0j, https://www.peekvids.com/watch?v=W4WswWMScRX, https://www.peekvids.com/watch?v=qcbofoZ09yJ,
https://www.peekvids.com/watch?v=C83KsDef94D, https://www.peekvids.com/watch?v=Vz859UgsVoM, https://www.peekvids.com/watch?v=XuQMWqkBKgT,
https://www.peekvids.com/watch?v=G6Jk7GNIQbV, https://www.peekvids.com/watch?v=j_9VIra3jP3, https://www.peekvids.com/watch?v=Vvz5VW7Stz0,
https://www.peekvids.com/watch?v=T5_qt-mE7EW, https://www.peekvids.com/watch?v=vcA22NqPFpL, https://www.peekvids.com/watch?v=8osi_jyosFn,
https://www.peekvids.com/watch?v=eNnwZ-zi7zs, https://www.peekvids.com/watch?v=7Wa9x0n51eT, https://www.peekvids.com/watch?v=QxaCHqhivdn,
https://www.peekvids.com/watch?v=sTRGcvEYpSo, https://www.peekvids.com/watch?v=ZtD3sbsZ59P, https://www.peekvids.com/watch?v=VZAMEvaZhw0,
https://www.peekvids.com/watch?v=aZVBQp33sxc, https://www.peekvids.com/watch?v=XIzoJeXtin3, https://www.peekvids.com/watch?v=gTcmJzLG6Is,
https://www.peekvids.com/watch?v=9G9C0mziWv3, https://www.peekvids.com/watch?v=Bhj8KxyLlbx, https://www.peekvids.com/watch?v=Vyfj5uH7V_E,
https://www.peekvids.com/watch?v=j_3qYTLiOXf, https://www.peekvids.com/watch?v=AdV7UaN-fID, https://www.peekvids.com/watch?v=TdPR3uteFth,
https://www.peekvids.com/watch?v=nD1XyfYGlRi, https://www.peekvids.com/watch?v=U-RV4gZIbLt, https://www.peekvids.com/watch?v=jSklvOC9sCE,
https://www.peekvids.com/watch?v=P6ElN6fXqLJ, https://www.peekvids.com/watch?v=YKBIkts5L1h, https://www.peekvids.com/watch?v=lS6DWnOP5Jm,
https://www.peekvids.com/watch?v=K-YRKWuT8HK, https://www.peekvids.com/watch?v=ZAO5GkNsIgt, https://www.peekvids.com/watch?v=SgDb4aLost6,
https://www.peekvids.com/watch?v=WlEwsL-v7i8, https://www.peekvids.com/watch?v=7SESGDq9qC4, https://www.peekvids.com/watch?v=Eh0SfKD7fCJ,

https://www.peekvids.com/watch?v=p_PHiw5VYLo, https://www.peekvids.com/watch?v=YGGQp7Comoq, https://www.peekvids.com/watch?v=pbtYMQckLMO,
https://www.peekvids.com/watch?v=Enje30ey14H, https://www.peekvids.com/watch?v=6-GDWi2Ty8N, https://www.peekvids.com/watch?v=Bh0CGcuBOuq,
https://www.peekvids.com/watch?v=2N-bcQe0miJ, https://www.peekvids.com/watch?v=yqaIbiGieBH, https://www.peekvids.com/watch?v=7MRQqmB-BQ7,
https://www.peekvids.com/watch?v=MD1ElljR9n6, https://www.peekvids.com/watch?v=9_mu4xsPmQb, https://www.peekvids.com/watch?v=GlY3FJ1SyEm,
https://www.peekvids.com/watch?v=QzS9Zk0yBNX, https://www.peekvids.com/watch?v=hPNjavxDd4f, https://www.peekvids.com/watch?v=Eqc0E8rULyx,
https://www.peekvids.com/watch?v=DUL6bDesx3C, https://www.peekvids.com/watch?v=5rbSU3u5XxL, https://www.peekvids.com/watch?v=WepbA-WnL5g,
https://www.peekvids.com/watch?v=TgiuTWdwqOR, https://www.peekvids.com/watch?v=Uk2QTcURiYs, https://www.peekvids.com/watch?v=mX7mRI1SX4d,
https://www.peekvids.com/watch?v=tJu6ZTOTCmx, https://www.peekvids.com/watch?v=bMNWW8auAHD, https://www.peekvids.com/watch?v=5c4d6D4CI5w,
https://www.peekvids.com/watch?v=audFwxPgAlB, https://www.peekvids.com/watch?v=s_TMHQL5PuF, https://www.peekvids.com/watch?v=KKR6bwupBVm,
https://www.peekvids.com/watch?v=rxpEP6IIejw, https://www.peekvids.com/watch?v=L-V_LTf4FXL
5.f. Date of third notice: 2015-11-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yik2014
5.b. Uploader's email address: gaymovie@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yik2014
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=rzKZ6zP7ECO, https://www.peekvids.com/watch?v=k65sJawZTmb,
https://www.peekvids.com/watch?v=tjUFTiafoIt, https://www.peekvids.com/watch?v=4vo50fVg9Gv, https://www.peekvids.com/watch?v=JU8y7JYJjCj,
https://www.peekvids.com/watch?v=-BbrpY0KH38, https://www.peekvids.com/watch?v=yebK0W8tEGw, https://www.peekvids.com/watch?v=9tHKWt8RCv2,
https://www.peekvids.com/watch?v=Sn2ILUK5q5P, https://www.peekvids.com/watch?v=ECt4e-zJhNI, https://www.peekvids.com/watch?v=GFZ0VbWW0Hb,
https://www.peekvids.com/watch?v=5hvHuQqiBtV, https://www.peekvids.com/watch?v=Vwoiqwi70wb, https://www.peekvids.com/watch?v=LQDk7sYrgm0,
https://www.peekvids.com/watch?v=OOrgIfVox0v, https://www.peekvids.com/watch?v=VVEk27Tuvro, https://www.peekvids.com/watch?v=H7MjKVic3O9,
https://www.peekvids.com/watch?v=t0EhdacGxBO, https://www.peekvids.com/watch?v=XSh8d2hn0hp, https://www.peekvids.com/watch?v=YOXMHfSEogu,
https://www.peekvids.com/watch?v=8SpnyYtyQmE, https://www.peekvids.com/watch?v=Xvuyb6luYWx, https://www.peekvids.com/watch?v=4rqACu5Hlj4,
https://www.peekvids.com/watch?v=V8rykYWdKCS, https://www.peekvids.com/watch?v=Can0OOGcXKY, https://www.peekvids.com/watch?v=5sDYSu2EJ9B,
https://www.peekvids.com/watch?v=pV6eYg4Bmiu, https://www.peekvids.com/watch?v=z6WtWI5Squw, https://www.peekvids.com/watch?v=hqw7EgEX8VZ,
https://www.peekvids.com/watch?v=5HZcRNui8UP, https://www.peekvids.com/watch?v=xHSNZ6zuwd-, https://www.peekvids.com/watch?v=mk557GviARZ,
https://www.peekvids.com/watch?v=c93DA-FTfdE, https://www.peekvids.com/watch?v=P739wo7eJvD, https://www.peekvids.com/watch?v=GkA4RJGLGYC,
https://www.peekvids.com/watch?v=LO0WwpH340I, https://www.peekvids.com/watch?v=KQagZVvDeHn, https://www.peekvids.com/watch?v=xSTREsL7tVL,
https://www.peekvids.com/watch?v=I2AY6tuibpB, https://www.peekvids.com/watch?v=JLuH9CnTC3Z, https://www.peekvids.com/watch?v=9WZkWIHL3aF,
https://www.peekvids.com/watch?v=oLn4bt96IZX, https://www.peekvids.com/watch?v=OF3N2HKAI2-, https://www.peekvids.com/watch?v=EUezgxOaXpT,
https://www.peekvids.com/watch?v=lH-vl93Psn5, https://www.peekvids.com/watch?v=mBzzoi9b9ZM, https://www.peekvids.com/watch?v=oD0A0QOl2vr,
https://www.peekvids.com/watch?v=zn6O6Jv8WDU, https://www.peekvids.com/watch?v=i0rZDtapgsJ, https://www.peekvids.com/watch?v=yGihmKDy34B,
https://www.peekvids.com/watch?v=0dibqj2ubES, https://www.peekvids.com/watch?v=wBM5v2wa9RX, https://www.peekvids.com/watch?v=FxXQKFo-oMt,
https://www.peekvids.com/watch?v=ngGLs3lKrrU, https://www.peekvids.com/watch?v=HvJc4duGi5i, https://www.peekvids.com/watch?v=rmntXBmOA4w,
https://www.peekvids.com/watch?v=y9Jz6vlRy38, https://www.peekvids.com/watch?v=3sbrDvICdos, https://www.peekvids.com/watch?v=9ZovyxQK4zC,
https://www.peekvids.com/watch?v=lCYg0SuBdvW, https://www.peekvids.com/watch?v=usouav7CA8R, https://www.peekvids.com/watch?v=xEuRJoVhjWW,
https://www.peekvids.com/watch?v=tR-z5n3x0dT, https://www.peekvids.com/watch?v=spstztQm0M8, https://www.peekvids.com/watch?v=kGkr-CvNDoP,
https://www.peekvids.com/watch?v=e5KWMpSWFAY, https://www.peekvids.com/watch?v=MKf7SGeVqyQ, https://www.peekvids.com/watch?v=fHfXqasHHfp,
https://www.peekvids.com/watch?v=8qltYha4Gy4, https://www.peekvids.com/watch?v=EfXDw25Hv3U, https://www.peekvids.com/watch?v=bBLrJbmaLtn,
https://www.peekvids.com/watch?v=pAWX9ltXxZ0, https://www.peekvids.com/watch?v=gNk9SWMyF6r, https://www.peekvids.com/watch?v=XBTM-Ue3mT5,
https://www.peekvids.com/watch?v=wTztpPSDkNk, https://www.peekvids.com/watch?v=XbeqUtbg6td, https://www.peekvids.com/watch?v=4bRm6LIXR4b,
https://www.peekvids.com/watch?v=KkRSjZmPNeC, https://www.peekvids.com/watch?v=3yBH5r-Ay2Y, https://www.peekvids.com/watch?v=oAdZH6elykZ,
https://www.peekvids.com/watch?v=G2FXxeREDd-, https://www.peekvids.com/watch?v=AOoTurYUSjr, https://www.peekvids.com/watch?v=Gd9SJcoVQR5,
https://www.peekvids.com/watch?v=DvhjkDA5xOP, https://www.peekvids.com/watch?v=FzM2CXu0RxU, https://www.peekvids.com/watch?v=N4XWscIeVhz,
https://www.peekvids.com/watch?v=LS-cT57PEte, https://www.peekvids.com/watch?v=yRlKCj60Y-Z, https://www.peekvids.com/watch?v=Kz4tAmy7528,
https://www.peekvids.com/watch?v=tUT2pvIz-EN, https://www.peekvids.com/watch?v=xEpQMMGLPjh, https://www.peekvids.com/watch?v=XJCOVVMOtLM,
https://www.peekvids.com/watch?v=VZxvYZ3KSXV, https://www.peekvids.com/watch?v=lgqp0TBSOLL, https://www.peekvids.com/watch?v=rD3eYTRnPbM,
https://www.peekvids.com/watch?v=evqyyFeyhPl, https://www.peekvids.com/watch?v=TR7UQdWsSIA, https://www.peekvids.com/watch?v=aImxyBqjFqg,
https://www.peekvids.com/watch?v=8fPrYsJ36oV, https://www.peekvids.com/watch?v=T0aSfhWXigP, https://www.peekvids.com/watch?v=QUqncZllIDZ,
https://www.peekvids.com/watch?v=JJtm0dLId7B, https://www.peekvids.com/watch?v=OJXdCEOCsoa, https://www.peekvids.com/watch?v=lcQpN2mJZ04,
https://www.peekvids.com/watch?v=kRjca-4qfTM, https://www.peekvids.com/watch?v=fo0dlWf8qPg, https://www.peekvids.com/watch?v=-3SXP7o58UB,
https://www.peekvids.com/watch?v=yoelZ4eLS4q, https://www.peekvids.com/watch?v=6GJr9TkNHs8, https://www.peekvids.com/watch?v=hQM78x8JPtm,
https://www.peekvids.com/watch?v=VsD3EF6XHXP, https://www.peekvids.com/watch?v=lcc9DYZMc98, https://www.peekvids.com/watch?v=iCr9jtkFcSA,
https://www.peekvids.com/watch?v=qLfL797XPwc, https://www.peekvids.com/watch?v=H63VMhyB0dd, https://www.peekvids.com/watch?v=DyDsaxGabLB,
https://www.peekvids.com/watch?v=lKIPHXkl0Ro, https://www.peekvids.com/watch?v=Y-qtqfDnp8M, https://www.peekvids.com/watch?v=anyOmIYQMOz,
https://www.peekvids.com/watch?v=i-ImR3BG6sj, https://www.peekvids.com/watch?v=CwElHnBNq2O, https://www.peekvids.com/watch?v=lbjQEVl-wcZ,
https://www.peekvids.com/watch?v=OdcWF4gRVNX, https://www.peekvids.com/watch?v=eaU3bU05e6U, https://www.peekvids.com/watch?v=lSwCT8lSqwb,
https://www.peekvids.com/watch?v=FgX7Wf2n24x, https://www.peekvids.com/watch?v=UTvcrn0F6Rl, https://www.peekvids.com/watch?v=nGT44QZnqBm,
https://www.peekvids.com/watch?v=wMBW7OByKKi, https://www.peekvids.com/watch?v=VyT4KFs6D77, https://www.peekvids.com/watch?v=ubWQsTpnIKi,
https://www.peekvids.com/watch?v=fbtXBF-5TdR, https://www.peekvids.com/watch?v=D9QTGanisnU, https://www.peekvids.com/watch?v=OZMYpEmxB35,
https://www.peekvids.com/watch?v=DS5Tbn0iaGH, https://www.peekvids.com/watch?v=BVU8lo9A6KQ, https://www.peekvids.com/watch?v=23RiR4ykr-A,
https://www.peekvids.com/watch?v=oLYgG93fEG2, https://www.peekvids.com/watch?v=c3fBB7tYHFZ, https://www.peekvids.com/watch?v=NSu6ukJe4bx,
https://www.peekvids.com/watch?v=7n7tccS6G9Z, https://www.peekvids.com/watch?v=DGSJUjJNTCv, https://www.peekvids.com/watch?v=OJdZ8H9a4FH,
https://www.peekvids.com/watch?v=7A89oolnd3p, https://www.peekvids.com/watch?v=bGaqFvt-ZPG, https://www.peekvids.com/watch?v=REcm5JWvFmU,
https://www.peekvids.com/watch?v=AFf86avE528, https://www.peekvids.com/watch?v=rRGWh6u5uSH, https://www.peekvids.com/watch?v=xMyAVE7FTgL,
https://www.peekvids.com/watch?v=6xahpiho-7Z, https://www.peekvids.com/watch?v=B7pllm7Mexk, https://www.peekvids.com/watch?v=s0AZkAKNB7N,
https://www.peekvids.com/watch?v=jSNxbs6T4-L, https://www.peekvids.com/watch?v=vgo8qzncFQ6, https://www.peekvids.com/watch?v=lszPvl3ZOke,
https://www.peekvids.com/watch?v=2QQa0kZkPt8, https://www.peekvids.com/watch?v=6Zj8cDkJvqe, https://www.peekvids.com/watch?v=UNOzKyjCYFS,
https://www.peekvids.com/watch?v=-vQOvi8t89E, https://www.peekvids.com/watch?v=ptyne9rsAdU, https://www.peekvids.com/watch?v=0jlRTXzZeqA,
https://www.peekvids.com/watch?v=NgVQJLwrSfk, https://www.peekvids.com/watch?v=8Q4staDg8M3, https://www.peekvids.com/watch?v=wnqSxpa3mAf,
https://www.peekvids.com/watch?v=XrOUsUZMhsO, https://www.peekvids.com/watch?v=9Uu4XekC8Gj, https://www.peekvids.com/watch?v=NfmYdxZiMbq,
https://www.peekvids.com/watch?v=2yUb3iGVcMm, https://www.peekvids.com/watch?v=DwJF7v-kApz, https://www.peekvids.com/watch?v=9IjPnAVZE5O,
https://www.peekvids.com/watch?v=uTlW7p5R7OS, https://www.peekvids.com/watch?v=TRTlMVZNm-G, https://www.peekvids.com/watch?v=GmhLHLWhtJT,
https://www.peekvids.com/watch?v=IAGL4jY8GWx, https://www.peekvids.com/watch?v=2mLAAdSvYsC, https://www.peekvids.com/watch?v=I4sJABPLrWF,
https://www.peekvids.com/watch?v=Oyu60ByvZrW, https://www.peekvids.com/watch?v=lrLbGIjzkBJ, https://www.peekvids.com/watch?v=5i5cbHZN7nN,
https://www.peekvids.com/watch?v=WIBzpiVLmyb, https://www.peekvids.com/watch?v=9P0U4IL2xB8, https://www.peekvids.com/watch?v=OknIfK2ulpP,
https://www.peekvids.com/watch?v=yKfNUzocJXW, https://www.peekvids.com/watch?v=lBcKxGJukL6, https://www.peekvids.com/watch?v=LztL7OuFtoT,
https://www.peekvids.com/watch?v=Y-6FLMgSfeM, https://www.peekvids.com/watch?v=23YqFsFeKUX, https://www.peekvids.com/watch?v=cCPCEFcRE7Y,
https://www.peekvids.com/watch?v=FkQwJB80rwM, https://www.peekvids.com/watch?v=68clRJP4K0e, https://www.peekvids.com/watch?v=-gOvxBu-v8f,
https://www.peekvids.com/watch?v=ORNKVntpd0U, https://www.peekvids.com/watch?v=Q6yH5MhRHW0, https://www.peekvids.com/watch?v=nghCb6fINee,
https://www.peekvids.com/watch?v=BhmjNEbprQy, https://www.peekvids.com/watch?v=a4wtoGeKl9N, https://www.peekvids.com/watch?v=dgNnTuwNsEA,
https://www.peekvids.com/watch?v=o3C9DbaNtsI, https://www.peekvids.com/watch?v=68wLSNMExSr, https://www.peekvids.com/watch?v=d3ANOgiL5LH,
https://www.peekvids.com/watch?v=mwmHFzRynue, https://www.peekvids.com/watch?v=Rox9c443ycC, https://www.peekvids.com/watch?v=w4Ha-8hyosj,
https://www.peekvids.com/watch?v=LAGP7ckw9hr, https://www.peekvids.com/watch?v=tX8W7HZjY4w, https://www.peekvids.com/watch?v=Id8EZ8n9YIZ,
https://www.peekvids.com/watch?v=lIYe3YHk7Y-, https://www.peekvids.com/watch?v=-m66vpoOHBG, https://www.peekvids.com/watch?v=Z8m4RUtOw0W,
https://www.peekvids.com/watch?v=WaRGUfHJZR3, https://www.peekvids.com/watch?v=gNubSUdKaEN, https://www.peekvids.com/watch?v=lmnpMLlScY4,
https://www.peekvids.com/watch?v=gokr0HPM4oU, https://www.peekvids.com/watch?v=aVVSy5iFbtQ, https://www.peekvids.com/watch?v=P97EoSBYhTh,
https://www.peekvids.com/watch?v=Sz3PFiRiNyD, https://www.peekvids.com/watch?v=jNYv90cAmW-, https://www.peekvids.com/watch?v=drD7yoymv7v,
https://www.peekvids.com/watch?v=dUzeSgPKIcY, https://www.peekvids.com/watch?v=5fQe6ccg2H2, https://www.peekvids.com/watch?v=2KuA83l-PGo,
https://www.peekvids.com/watch?v=0MYQIYgfTai, https://www.peekvids.com/watch?v=Z2LMYFl44rM, https://www.peekvids.com/watch?v=zHSJgfQz0xO,
https://www.peekvids.com/watch?v=9uanmSshvxn, https://www.peekvids.com/watch?v=xjIiIMbY8xw, https://www.peekvids.com/watch?v=tuvnGSIaaHj,
https://www.peekvids.com/watch?v=88g7WFUhSsX, https://www.peekvids.com/watch?v=v6lwV2l2DoO, https://www.peekvids.com/watch?v=EKDHDOxju3F,
https://www.peekvids.com/watch?v=noUzvrig9un, https://www.peekvids.com/watch?v=QoxMXsHrer6, https://www.peekvids.com/watch?v=4SsQOWQRpDU,
https://www.peekvids.com/watch?v=E-KH0Voxl3E, https://www.peekvids.com/watch?v=TdIZn7-ILHS, https://www.peekvids.com/watch?v=3c8hxKPxHvI,
https://www.peekvids.com/watch?v=Kn0yE864nhB, https://www.peekvids.com/watch?v=UWgNBf6A4Oy, https://www.peekvids.com/watch?v=V4Eiarw9zY7,
https://www.peekvids.com/watch?v=xdFKF-QcIXq, https://www.peekvids.com/watch?v=hsgHtNXzNvy, https://www.peekvids.com/watch?v=nU3H4rGqNnG,
https://www.peekvids.com/watch?v=I8jTUxoMayM, https://www.peekvids.com/watch?v=N3ubXYz2s8B, https://www.peekvids.com/watch?v=L75P6d2GTFX,
https://www.peekvids.com/watch?v=7ts--dw423W, https://www.peekvids.com/watch?v=2eAr-05sC3N, https://www.peekvids.com/watch?v=kVc-w-wcIgW,
https://www.peekvids.com/watch?v=ZXiA9vUXw8i, https://www.peekvids.com/watch?v=Hqi5YHdSU8R, https://www.peekvids.com/watch?v=tdBoY06IOX3,
https://www.peekvids.com/watch?v=pZr5seATGOs, https://www.peekvids.com/watch?v=3Gj5UsvetDe, https://www.peekvids.com/watch?v=DTMCKRYm8GC,
https://www.peekvids.com/watch?v=rJS7X-c9o5m, https://www.peekvids.com/watch?v=cm3CaV3pzxx, https://www.peekvids.com/watch?v=y3YXteUiIS-,
https://www.peekvids.com/watch?v=aLV08UzJ0WL, https://www.peekvids.com/watch?v=H8wfa8curGi, https://www.peekvids.com/watch?v=QUrnuXxcRhS,
https://www.peekvids.com/watch?v=sSTZMBtV9D4, https://www.peekvids.com/watch?v=xSFAEwKDjoS, https://www.peekvids.com/watch?v=o0Q0wrQzEEM,
https://www.peekvids.com/watch?v=-wbRlEO7geB, https://www.peekvids.com/watch?v=7LuqWvcVL-c, https://www.peekvids.com/watch?v=nTKSJwgJUsG,
https://www.peekvids.com/watch?v=qUXfSVYTOYb, https://www.peekvids.com/watch?v=Ch2voNCKh3Z, https://www.peekvids.com/watch?v=G6K6k8MS0PQ,
https://www.peekvids.com/watch?v=AxZKwxYHU5h, https://www.peekvids.com/watch?v=0IXWT4Bp-j9, https://www.peekvids.com/watch?v=JB8kZkaAWmI,
https://www.peekvids.com/watch?v=wA4sjJ4puug, https://www.peekvids.com/watch?v=JQAPJ4couYL, https://www.peekvids.com/watch?v=j5uVN-8Icq-,
https://www.peekvids.com/watch?v=rjDZWLW3z3C, https://www.peekvids.com/watch?v=EsxTykxonqA, https://www.peekvids.com/watch?v=brmWox56fo6,
https://www.peekvids.com/watch?v=wQcSi8EWEii, https://www.peekvids.com/watch?v=noESgFERIgb, https://www.peekvids.com/watch?v=2aFKhOwS9Ek,
https://www.peekvids.com/watch?v=reCTOcZ3uk8, https://www.peekvids.com/watch?v=f9YeqV5FAuu, https://www.peekvids.com/watch?v=7olXnCUx0p-,
https://www.peekvids.com/watch?v=-0RJKrjP7Qq, https://www.peekvids.com/watch?v=L-FJFNlkjPW, https://www.peekvids.com/watch?v=oRzvmrWGeVC,
https://www.peekvids.com/watch?v=JSgaHPuQAkM, https://www.peekvids.com/watch?v=diuOerjuncB, https://www.peekvids.com/watch?v=Xtu-r3R29TB,
https://www.peekvids.com/watch?v=WXYuLdZixNa, https://www.peekvids.com/watch?v=8aB66XtHVWr, https://www.peekvids.com/watch?v=VYrGvblbAnX,
https://www.peekvids.com/watch?v=SmmdyJfvEq9, https://www.peekvids.com/watch?v=Jnv76Z6078u, https://www.peekvids.com/watch?v=VP4N-pcsNxw,
https://www.peekvids.com/watch?v=BXyiEnlVf3i, https://www.peekvids.com/watch?v=jeswz35biAL, https://www.peekvids.com/watch?v=Nh0kNJo5PNq,
https://www.peekvids.com/watch?v=SwyCvd2t08I, https://www.peekvids.com/watch?v=IZBc-ucImGx, https://www.peekvids.com/watch?v=S3p9ZYMo9c5,
https://www.peekvids.com/watch?v=8IBtlCxhLT4, https://www.peekvids.com/watch?v=XbYech8cvrc, https://www.peekvids.com/watch?v=g7lraJWMUHd,
https://www.peekvids.com/watch?v=tMmibx4yxY-, https://www.peekvids.com/watch?v=jyZJuvMU2Kr, https://www.peekvids.com/watch?v=B7wPVxBpDCX,
https://www.peekvids.com/watch?v=PYbNFMZ2A33, https://www.peekvids.com/watch?v=raJqwm8XHhf, https://www.peekvids.com/watch?v=xDwbQmzf-Ff,
https://www.peekvids.com/watch?v=ymxcGqNiugM, https://www.peekvids.com/watch?v=w0R3e5HU2PD, https://www.peekvids.com/watch?v=ASt6C2i5F5a,
https://www.peekvids.com/watch?v=B68MlZlx6-L, https://www.peekvids.com/watch?v=Ul3Dp2rOOt5, https://www.peekvids.com/watch?v=v5rc54vr2ti,
https://www.peekvids.com/watch?v=zSOT5Ih3QQa, https://www.peekvids.com/watch?v=blAGUxYohvk, https://www.peekvids.com/watch?v=r-ss8aOBQC8,
https://www.peekvids.com/watch?v=CaKH-0fYEfk, https://www.peekvids.com/watch?v=4p34MvetxlB, https://www.peekvids.com/watch?v=8Q-JFGgsj4g,
https://www.peekvids.com/watch?v=mUEFH-GHYEm, https://www.peekvids.com/watch?v=obyUxnTXCza, https://www.peekvids.com/watch?v=lrW-wioaPU5,
https://www.peekvids.com/watch?v=0ULtsPqXJaJ, https://www.peekvids.com/watch?v=WTmKRkIjHDQ, https://www.peekvids.com/watch?v=4V-3K-2mtxx,
https://www.peekvids.com/watch?v=uS5Dc7GSp7E, https://www.peekvids.com/watch?v=c2CDB94LPGn, https://www.peekvids.com/watch?v=4IXZJScS-ZG,
https://www.peekvids.com/watch?v=oNlyFC0yece, https://www.peekvids.com/watch?v=QnpuEPGknm9, https://www.peekvids.com/watch?v=bjzNHOSIgGb,
https://www.peekvids.com/watch?v=QYFzYYMdmbc, https://www.peekvids.com/watch?v=xA8hcF3NOc2, https://www.peekvids.com/watch?v=oco2Gig8bUs,
https://www.peekvids.com/watch?v=aHLV3KU4eDU, https://www.peekvids.com/watch?v=4PYUxayZpCO, https://www.peekvids.com/watch?v=nAZO4Icqbcw,
https://www.peekvids.com/watch?v=Z4Y-ofqfV0e, https://www.peekvids.com/watch?v=K5roGxeHPr4, https://www.peekvids.com/watch?v=we-xFafjAJy,
https://www.peekvids.com/watch?v=g3jWHumYAMa, https://www.peekvids.com/watch?v=G9qI03PGgUs, https://www.peekvids.com/watch?v=BBRJ8xfudl6,
https://www.peekvids.com/watch?v=nFlB0lCwu7g, https://www.peekvids.com/watch?v=qpYDVAZn8Bc, https://www.peekvids.com/watch?v=hlS3Y7U9vww,
https://www.peekvids.com/watch?v=uEhTk2lQl0T, https://www.peekvids.com/watch?v=JtCdl7wsOTv, https://www.peekvids.com/watch?v=fDPUk6lgyy9,
https://www.peekvids.com/watch?v=r-xNiidhY5i, https://www.peekvids.com/watch?v=az9RSUkUW6A, https://www.peekvids.com/watch?v=9f3WwC9Cs9D,
https://www.peekvids.com/watch?v=zkBGJmdy8rR, https://www.peekvids.com/watch?v=cCMrJO2X5IV, https://www.peekvids.com/watch?v=Tx5M79z7Dum,

https://www.peekvids.com/watch?v=L9b5Yklt6vm, https://www.peekvids.com/watch?v=YXl0FjobiBy, https://www.peekvids.com/watch?v=sIK4gt0ps34,
https://www.peekvids.com/watch?v=iWaM3hkW8QA, https://www.peekvids.com/watch?v=OuIi4SV6ZLu, https://www.peekvids.com/watch?v=EgU5JlVFQhU,
https://www.peekvids.com/watch?v=DL8HUgYpl6N, https://www.peekvids.com/watch?v=RTDPdqJqujH, https://www.peekvids.com/watch?v=kDAzZBkB0J2,
https://www.peekvids.com/watch?v=r4v3u4FYjZS, https://www.peekvids.com/watch?v=i8PiHGDwJws, https://www.peekvids.com/watch?v=yibwjO03PCK,
https://www.peekvids.com/watch?v=CDxU0oCcCyf, https://www.peekvids.com/watch?v=pbRDLV0uGrB, https://www.peekvids.com/watch?v=T4CfzO0tAJh,
https://www.peekvids.com/watch?v=0hFHMW3d3wt, https://www.peekvids.com/watch?v=UrX32e7bzDY, https://www.peekvids.com/watch?v=7HDSioynH6r,
https://www.peekvids.com/watch?v=otENF5tf5B2, https://www.peekvids.com/watch?v=JaupZWE3Avs, https://www.peekvids.com/watch?v=zlpfw7tyepj,
https://www.peekvids.com/watch?v=fKF7Whs6BxX, https://www.peekvids.com/watch?v=iM4hRMvKwfy, https://www.peekvids.com/watch?v=nHZnJ5OCaOm,
https://www.peekvids.com/watch?v=TgavQowYagi, https://www.peekvids.com/watch?v=kRTyCgJ9JSW, https://www.peekvids.com/watch?v=8-65qyDz0xo,
https://www.peekvids.com/watch?v=3QKjz-pMgGM, https://www.peekvids.com/watch?v=h8ILuM4dBmP, https://www.peekvids.com/watch?v=thmK7lKKrIB,
https://www.peekvids.com/watch?v=4lIbFgN8h5v, https://www.peekvids.com/watch?v=Y8sXMTAkqvs, https://www.peekvids.com/watch?v=YitwOMwmE5g,
https://www.peekvids.com/watch?v=3oMkL6BBjSq, https://www.peekvids.com/watch?v=ZFc9UMDt3Ws, https://www.peekvids.com/watch?v=J4GhhL4FHgQ,
https://www.peekvids.com/watch?v=2ZZv2FtaTEg, https://www.peekvids.com/watch?v=CunepOsitbg, https://www.peekvids.com/watch?v=XmChNBX7MWy,
https://www.peekvids.com/watch?v=c6pXHyOhUyu, https://www.peekvids.com/watch?v=f-T8qP2bCBK, https://www.peekvids.com/watch?v=KSIy-dbEsdJ,
https://www.peekvids.com/watch?v=3R-wSQFXK8e, https://www.peekvids.com/watch?v=oiNKeZmspM4, https://www.peekvids.com/watch?v=Mj8SOX4fXAu,
https://www.peekvids.com/watch?v=ZbKAMHb3p0x, https://www.peekvids.com/watch?v=7WUZvumBpCF, https://www.peekvids.com/watch?v=IqINLWoVhqf,
https://www.peekvids.com/watch?v=o9Wjmw-kWpl, https://www.peekvids.com/watch?v=uw54FN7s8fg, https://www.peekvids.com/watch?v=IGkRurg2WuM,
https://www.peekvids.com/watch?v=ETv8bUdSA3v, https://www.peekvids.com/watch?v=Adlsnp-YjFb, https://www.peekvids.com/watch?v=QUKBKDYFAuD,
https://www.peekvids.com/watch?v=K8xpJW9ypMr, https://www.peekvids.com/watch?v=w7a7SXh7PtF, https://www.peekvids.com/watch?v=hXL3-LPYAvb,
https://www.peekvids.com/watch?v=3rI6u4PQ8I4, https://www.peekvids.com/watch?v=kSqHwlNT6c8, https://www.peekvids.com/watch?v=dvpc9jkfbs8,
https://www.peekvids.com/watch?v=xSUV4HpLT9H, https://www.peekvids.com/watch?v=giOZhEED9OS, https://www.peekvids.com/watch?v=VFe0yRtZ6UT,
https://www.peekvids.com/watch?v=-xam6hcAySw, https://www.peekvids.com/watch?v=24223OQaksV, https://www.peekvids.com/watch?v=k2YK9vLUOT0,
https://www.peekvids.com/watch?v=BWIowWG8z6W, https://www.peekvids.com/watch?v=eC50FhQ3-eT, https://www.peekvids.com/watch?v=HSYaTpPXtRE,
https://www.peekvids.com/watch?v=MJfd8oqnRyp, https://www.peekvids.com/watch?v=J4TvoVL6Dtw, https://www.peekvids.com/watch?v=0OuABqOqWNB,
https://www.peekvids.com/watch?v=YSCQZBewqRn, https://www.peekvids.com/watch?v=3PAONGn66Kx, https://www.peekvids.com/watch?v=KKz5yZA-rj9,
https://www.peekvids.com/watch?v=92LFJZLPLyZ, https://www.peekvids.com/watch?v=H5mdjuqKG29, https://www.peekvids.com/watch?v=rTXPBmh9Qr0,
https://www.peekvids.com/watch?v=KUwrd5582eV, https://www.peekvids.com/watch?v=sieeZxkQuLA, https://www.peekvids.com/watch?v=86oIdxuswSb,
https://www.peekvids.com/watch?v=MpIhJqJp0Br, https://www.peekvids.com/watch?v=R2qUGDURciz, https://www.peekvids.com/watch?v=ZApRq40XfAy,
https://www.peekvids.com/watch?v=yj79mkWTO--, https://www.peekvids.com/watch?v=QRyfbLkIJaa, https://www.peekvids.com/watch?v=uc4rnAKP2ax,
https://www.peekvids.com/watch?v=AEUAQo0JTrR, https://www.peekvids.com/watch?v=tViw5nkQS5X, https://www.peekvids.com/watch?v=sJrpu-sKKHH,
https://www.peekvids.com/watch?v=CapQ5iX2pci, https://www.peekvids.com/watch?v=dGsY6Il3lKd, https://www.peekvids.com/watch?v=7rgk6auw8fM,
https://www.peekvids.com/watch?v=EC-o4XX5O6C, https://www.peekvids.com/watch?v=EaOAmRr9Ctf, https://www.peekvids.com/watch?v=cXZP964GXj5,
https://www.peekvids.com/watch?v=CDZihn-Mx6s, https://www.peekvids.com/watch?v=neYjTjAwkI8, https://www.peekvids.com/watch?v=VYFmn92clsG,
https://www.peekvids.com/watch?v=vGD6slpmyYU, https://www.peekvids.com/watch?v=9KeR938hVRh, https://www.peekvids.com/watch?v=JRPLRuCnfqZ,
https://www.peekvids.com/watch?v=NJ3x0pPFA5o, https://www.peekvids.com/watch?v=iFjnZMRMlfz, https://www.peekvids.com/watch?v=C5ABHihcbm2,
https://www.peekvids.com/watch?v=CrxZ7iy53JV, https://www.peekvids.com/watch?v=l0q-2usAHvX, https://www.peekvids.com/watch?v=uBUh5LpaC4B,
https://www.peekvids.com/watch?v=NXFy59p5M8q, https://www.peekvids.com/watch?v=nSwY7bpT8yW, https://www.peekvids.com/watch?v=xFni2mCyQzL,
https://www.peekvids.com/watch?v=CRBjLV8ZOav, https://www.peekvids.com/watch?v=QslL4Vzcqje, https://www.peekvids.com/watch?v=zD2CeMJqpk0,
https://www.peekvids.com/watch?v=BOSftOrvLog, https://www.peekvids.com/watch?v=Xf3zx3mfrFv, https://www.peekvids.com/watch?v=AK58nawsSNq,
https://www.peekvids.com/watch?v=85RyiCFknyi, https://www.peekvids.com/watch?v=dxAMFgmMdGg, https://www.peekvids.com/watch?v=CixpmUoCGNK,
https://www.peekvids.com/watch?v=8tSKVz9y6eP, https://www.peekvids.com/watch?v=VU2uTFmAHTu, https://www.peekvids.com/watch?v=kbonF-O6Of0,
https://www.peekvids.com/watch?v=jk5CgGfUI48, https://www.peekvids.com/watch?v=T-z7rsVaaGm, https://www.peekvids.com/watch?v=bvEbjYWBWd9,
https://www.peekvids.com/watch?v=7-uEnehx9D3, https://www.peekvids.com/watch?v=lXRYMmm6LdZ, https://www.peekvids.com/watch?v=o0kA9a8Dc7O,
https://www.peekvids.com/watch?v=WNNj0FZbqSz, https://www.peekvids.com/watch?v=sVqH3hFbZ6t, https://www.peekvids.com/watch?v=F-Sgh8zpidk,
https://www.peekvids.com/watch?v=rivdccBHpuI, https://www.peekvids.com/watch?v=zmJYi08rKya, https://www.peekvids.com/watch?v=M8bkwZwc0Uh,
https://www.peekvids.com/watch?v=p9xomX7Llxp, https://www.peekvids.com/watch?v=rSv2SBmUpXN, https://www.peekvids.com/watch?v=EISv4sYjvMM,
https://www.peekvids.com/watch?v=VhBQpNXtyNh, https://www.peekvids.com/watch?v=oSGsCa8udq3, https://www.peekvids.com/watch?v=cQL7YoM9miA,
https://www.peekvids.com/watch?v=g-GulWl4u9t, https://www.peekvids.com/watch?v=DWXk3DO0E29, https://www.peekvids.com/watch?v=LqxXuBy5l-b,
https://www.peekvids.com/watch?v=S8335yWs8Y9, https://www.peekvids.com/watch?v=HejGB9tdEaI, https://www.peekvids.com/watch?v=Me3LnBvQwW6,
https://www.peekvids.com/watch?v=6qmBVU2W6X6, https://www.peekvids.com/watch?v=xxl3aAPnUhB, https://www.peekvids.com/watch?v=jDNQL7wVLEV,
https://www.peekvids.com/watch?v=TGMSjzc5tM8, https://www.peekvids.com/watch?v=-au77qsUljj, https://www.peekvids.com/watch?v=X7ZjZplW0AS,
https://www.peekvids.com/watch?v=KQYUj8alpMo, https://www.peekvids.com/watch?v=uMFgHV2UDu8, https://www.peekvids.com/watch?v=0pNtLhSLNsx,
https://www.peekvids.com/watch?v=eBEQn-0hbFZ, https://www.peekvids.com/watch?v=MTO4mQpNeoa, https://www.peekvids.com/watch?v=gHypQlKcRar,
https://www.peekvids.com/watch?v=aGOP4KiIBpz, https://www.peekvids.com/watch?v=tCeIP4GYJRk, https://www.peekvids.com/watch?v=Y4OhlvGEir4,
https://www.peekvids.com/watch?v=gZTtgL3fXlR, https://www.peekvids.com/watch?v=VVe2L88P8hd, https://www.peekvids.com/watch?v=Qu3eIM9eby9,
https://www.peekvids.com/watch?v=SpRcnSVkAfD, https://www.peekvids.com/watch?v=YIAkdJ2zIvi, https://www.peekvids.com/watch?v=IzPYmPDODxF,
https://www.peekvids.com/watch?v=HS48gbPCptj, https://www.peekvids.com/watch?v=dYVzd2QhPQa, https://www.peekvids.com/watch?v=pyAqODIU0BB,
https://www.peekvids.com/watch?v=vfvs72IL-Up, https://www.peekvids.com/watch?v=BAaASAHx3Iw, https://www.peekvids.com/watch?v=NR-08T-24g4,
https://www.peekvids.com/watch?v=2wYcZZsj5d-, https://www.peekvids.com/watch?v=G6Vn4yp6uyi, https://www.peekvids.com/watch?v=lWMX68KBEzD,
https://www.peekvids.com/watch?v=efF4-URDdhV, https://www.peekvids.com/watch?v=E2PfaRKl3Be, https://www.peekvids.com/watch?v=qqefJRp5BzM,
https://www.peekvids.com/watch?v=lBIodkk6xXM, https://www.peekvids.com/watch?v=Rk7Zl7ydDcp, https://www.peekvids.com/watch?v=kxMVnG5XaGM,
https://www.peekvids.com/watch?v=TMr83-NzUoW, https://www.peekvids.com/watch?v=wMumld6KFhi, https://www.peekvids.com/watch?v=kszb7W9xQW2,
https://www.peekvids.com/watch?v=yqYKQ8BsLGh, https://www.peekvids.com/watch?v=uti4xoSGWzx, https://www.peekvids.com/watch?v=M2PxZN4hDuB,
https://www.peekvids.com/watch?v=UKiTm662Pka, https://www.peekvids.com/watch?v=BIeUpZmrxEQ, https://www.peekvids.com/watch?v=InhCud5Pi4k,
https://www.peekvids.com/watch?v=ibyEJ4-Hnxv, https://www.peekvids.com/watch?v=3qYRdcoMgUo, https://www.peekvids.com/watch?v=6Rj6yyb0rwZ,
https://www.peekvids.com/watch?v=FkiXlbTNrBq, https://www.peekvids.com/watch?v=a8L8YcNvDGN, https://www.peekvids.com/watch?v=DYhahzHoVYA,
https://www.peekvids.com/watch?v=mxAVMveDkWT, https://www.peekvids.com/watch?v=u0oroSFxbud, https://www.peekvids.com/watch?v=umaS8lmxPTn,
https://www.peekvids.com/watch?v=Hr2hNOQwD4l, https://www.peekvids.com/watch?v=B5k3J4GSZL9, https://www.peekvids.com/watch?v=Df8eUPOx-8T,
https://www.peekvids.com/watch?v=jwRpLU0VLiq, https://www.peekvids.com/watch?v=oEKesIQdt7g, https://www.peekvids.com/watch?v=iT6NbQTGSqG,
https://www.peekvids.com/watch?v=mwPoL68MO4L, https://www.peekvids.com/watch?v=m9CDwiz4LZP, https://www.peekvids.com/watch?v=HGFfYITuSCn,
https://www.peekvids.com/watch?v=Q35PA-fKdjW, https://www.peekvids.com/watch?v=BrfDkhsqDi6, https://www.peekvids.com/watch?v=P5YGB2OGlf6,
https://www.peekvids.com/watch?v=NxWKSqRkvKr, https://www.peekvids.com/watch?v=aPI-ci3YQ5y, https://www.peekvids.com/watch?v=Nw0CLlOpWD-,
https://www.peekvids.com/watch?v=dfcTeqzTRLU, https://www.peekvids.com/watch?v=VhedyT8NJFn, https://www.peekvids.com/watch?v=NkAOMJi-9H5,
https://www.peekvids.com/watch?v=QXygUB3ufWX, https://www.peekvids.com/watch?v=bikqt9DzzuE, https://www.peekvids.com/watch?v=PPnvlnPQzsh,
https://www.peekvids.com/watch?v=t28iWnuKpmJ, https://www.peekvids.com/watch?v=rplHpWRIXo8, https://www.peekvids.com/watch?v=TTrRypYFcxE,
https://www.peekvids.com/watch?v=wtoLaSo0OmD, https://www.peekvids.com/watch?v=4AOBeov6cFi, https://www.peekvids.com/watch?v=kcKZpjttA66,
https://www.peekvids.com/watch?v=a5rNu4SisF9, https://www.peekvids.com/watch?v=DjInqio20Ot, https://www.peekvids.com/watch?v=dwcYPhHQlUK,
https://www.peekvids.com/watch?v=RkdHJZPeXEt, https://www.peekvids.com/watch?v=vIkpekgEBma, https://www.peekvids.com/watch?v=I7u8itMUbDK,
https://www.peekvids.com/watch?v=mgHsRawarZa, https://www.peekvids.com/watch?v=0udU4YNUzln, https://www.peekvids.com/watch?v=SlcUFuAnaES,
https://www.peekvids.com/watch?v=hMcyWfIcb7B, https://www.peekvids.com/watch?v=lk0qGpLCTab, https://www.peekvids.com/watch?v=YHy4uncn53s,
https://www.peekvids.com/watch?v=3yrLcbwZxU6, https://www.peekvids.com/watch?v=LyyZcVJmQ6m, https://www.peekvids.com/watch?v=YYAw-8vTXTC,
https://www.peekvids.com/watch?v=R-7UJCoLzCs, https://www.peekvids.com/watch?v=9yzNlSpqgvZ, https://www.peekvids.com/watch?v=FWyAM65btV9,
https://www.peekvids.com/watch?v=jftvNnl0j8R, https://www.peekvids.com/watch?v=Ol8vQA02vPp, https://www.peekvids.com/watch?v=ZDUL5eHDxSO,
https://www.peekvids.com/watch?v=axm4V-eLoSp, https://www.peekvids.com/watch?v=X7lFt-ci3PP, https://www.peekvids.com/watch?v=IDaTBtjRl4i,
https://www.peekvids.com/watch?v=cvrDrjzjAkw, https://www.peekvids.com/watch?v=eHhd4SOTwrq, https://www.peekvids.com/watch?v=I6yD8NCPFIe,
https://www.peekvids.com/watch?v=uhpdFoD6GQP, https://www.peekvids.com/watch?v=FEUlZoFBuRw, https://www.peekvids.com/watch?v=F0SmazrImre,
https://www.peekvids.com/watch?v=hlfmTyvfLed, https://www.peekvids.com/watch?v=tilo34w2cLF, https://www.peekvids.com/watch?v=LlkYLpsFMXz,
https://www.peekvids.com/watch?v=OMenxAcBJIP, https://www.peekvids.com/watch?v=c2gcPCdVBrp, https://www.peekvids.com/watch?v=YdwA7rvs7U-,
https://www.peekvids.com/watch?v=s5ZIj7Ex3YI, https://www.peekvids.com/watch?v=mhD5PHhP7M6, https://www.peekvids.com/watch?v=M0gWUDbuezX,
https://www.peekvids.com/watch?v=LQOiOqmlgOP, https://www.peekvids.com/watch?v=6UDuE556e2G, https://www.peekvids.com/watch?v=wFpRLT9URXm,
https://www.peekvids.com/watch?v=rudwFiydhg-, https://www.peekvids.com/watch?v=E9SVoTD62D-, https://www.peekvids.com/watch?v=96Ybz3xQx7N,
https://www.peekvids.com/watch?v=oTKslcgb0Iq, https://www.peekvids.com/watch?v=9yB8SnN-Q0R, https://www.peekvids.com/watch?v=ziDtes6mMNN,
https://www.peekvids.com/watch?v=DFBhd0P5vuN, https://www.peekvids.com/watch?v=5Fwd2meJOXj, https://www.peekvids.com/watch?v=7GcHBKQkKAR,
https://www.peekvids.com/watch?v=8Pu9OmvxOnO, https://www.peekvids.com/watch?v=cqci0pT6gTS, https://www.peekvids.com/watch?v=pZWZMpNrYEE,
https://www.peekvids.com/watch?v=TDA2dGGexqz, https://www.peekvids.com/watch?v=i6DGetfL4Tw, https://www.peekvids.com/watch?v=7tIY4ITPNgG,
https://www.peekvids.com/watch?v=vJexoksxEgy, https://www.peekvids.com/watch?v=KMjan0t53ry, https://www.peekvids.com/watch?v=NqkErN2Y9if,
https://www.peekvids.com/watch?v=ixsxIGE9llA, https://www.peekvids.com/watch?v=fICmlgRwi8E, https://www.peekvids.com/watch?v=r8eyyqiXa4x,
https://www.peekvids.com/watch?v=YJKKg8oK6mf, https://www.peekvids.com/watch?v=945KPpGdwL6, https://www.peekvids.com/watch?v=2isQ6x0j43n,
https://www.peekvids.com/watch?v=GCTBViuQiBg, https://www.peekvids.com/watch?v=tnQSDA-TQYV, https://www.peekvids.com/watch?v=dfItLM45TCt,
https://www.peekvids.com/watch?v=Ar03LPAwzOB, https://www.peekvids.com/watch?v=DfwmCyI5UB8, https://www.peekvids.com/watch?v=hk0eoSCuX9J,
https://www.peekvids.com/watch?v=YLxogG5qBgf, https://www.peekvids.com/watch?v=Vqc5qadCf0I, https://www.peekvids.com/watch?v=Ktv5P-QeVhf,
https://www.peekvids.com/watch?v=4NjEYDhcq0Y, https://www.peekvids.com/watch?v=oXN8Nk99BJ4, https://www.peekvids.com/watch?v=symMEbz9EJ4,
https://www.peekvids.com/watch?v=XSoi080DTDA, https://www.peekvids.com/watch?v=QuWrEIDPfp6, https://www.peekvids.com/watch?v=v8y98Uj0UsB,
https://www.peekvids.com/watch?v=jGqmvCvpjl5, https://www.peekvids.com/watch?v=yk99t4xbWIm, https://www.peekvids.com/watch?v=HJw6hX88XsE,
https://www.peekvids.com/watch?v=eFmBcKRnitd, https://www.peekvids.com/watch?v=NVvAiHEI2ro, https://www.peekvids.com/watch?v=37PjegMhBal,
https://www.peekvids.com/watch?v=TYwxil4CUvR, https://www.peekvids.com/watch?v=9Be8Pcb2mBm, https://www.peekvids.com/watch?v=S3AAX7ZzkiX,
https://www.peekvids.com/watch?v=U2HANKnqhan, https://www.peekvids.com/watch?v=DyvtAVulVGz, https://www.peekvids.com/watch?v=N49qovcSXV5,
https://www.peekvids.com/watch?v=RZO3wPVpfJt, https://www.peekvids.com/watch?v=VifsSz0NADL, https://www.peekvids.com/watch?v=23PLII0fkWj,
https://www.peekvids.com/watch?v=s0IbT3S-ga5, https://www.peekvids.com/watch?v=o7n0WB59XmH, https://www.peekvids.com/watch?v=P3VwCzFZsL5,
https://www.peekvids.com/watch?v=SceWSVTxy4E, https://www.peekvids.com/watch?v=ZzOd2sACjSJ, https://www.peekvids.com/watch?v=OOf62Pb6Ors,
https://www.peekvids.com/watch?v=zT4bLCJlT-G, https://www.peekvids.com/watch?v=4oxi3yjpXr3, https://www.peekvids.com/watch?v=PA-0EhHH7eW,
https://www.peekvids.com/watch?v=7JxmLozmGWQ, https://www.peekvids.com/watch?v=jNJU4e8vGf7, https://www.peekvids.com/watch?v=UVuI0F3nKaw,
https://www.peekvids.com/watch?v=Q0CdBvnyHFH, https://www.peekvids.com/watch?v=adxVbYeo7p9, https://www.peekvids.com/watch?v=8ifmFQweYRl,
https://www.peekvids.com/watch?v=FzBujsYhtLl, https://www.peekvids.com/watch?v=Xp78X0vRWUC, https://www.peekvids.com/watch?v=z9MUIqTgB9X,
https://www.peekvids.com/watch?v=frop9lNratk, https://www.peekvids.com/watch?v=2CgdTPtqGyk, https://www.peekvids.com/watch?v=fi69s4zvojG,
https://www.peekvids.com/watch?v=RwoZR4HYQlH, https://www.peekvids.com/watch?v=Cclq0oyPEfh, https://www.peekvids.com/watch?v=Jf7fayVB52G,
https://www.peekvids.com/watch?v=92SJndSlIAk, https://www.peekvids.com/watch?v=z7K7pVxTtge, https://www.peekvids.com/watch?v=tUVpFq9oXFx,
https://www.peekvids.com/watch?v=mSvlXAVbtax, https://www.peekvids.com/watch?v=Tvh-7YLYmTe, https://www.peekvids.com/watch?v=xGxITkNWzsE,
https://www.peekvids.com/watch?v=tNTyuaNzKPI, https://www.peekvids.com/watch?v=nS3w5ZS8EoE, https://www.peekvids.com/watch?v=6Hl05S0PQZn,
https://www.peekvids.com/watch?v=QQ8gtGzayAh, https://www.peekvids.com/watch?v=T-EVGxUeiho, https://www.peekvids.com/watch?v=0NopvD2q4zc,
https://www.peekvids.com/watch?v=IRhZfzVxg9-, https://www.peekvids.com/watch?v=ptc2yULHh80, https://www.peekvids.com/watch?v=R0lTLVR3v2m,
https://www.peekvids.com/watch?v=xp7JTYYasKX, https://www.peekvids.com/watch?v=TqGqhwu5oEC, https://www.peekvids.com/watch?v=MqXQsdy9aN6,
https://www.peekvids.com/watch?v=KdeUDS2YqjT, https://www.peekvids.com/watch?v=jJKBx6z3JjD, https://www.peekvids.com/watch?v=Z68gClgiMws,
https://www.peekvids.com/watch?v=sBnTyVfT2iY, https://www.peekvids.com/watch?v=g08v4bKag4m, https://www.peekvids.com/watch?v=2qKJsI3zfwK,
https://www.peekvids.com/watch?v=QAZlRRRnSXK, https://www.peekvids.com/watch?v=Ok8cKJ6Mz9k, https://www.peekvids.com/watch?v=N96surHuPtW,
https://www.peekvids.com/watch?v=VrpClb-Cxvu, https://www.peekvids.com/watch?v=ra--2uSwFBM, https://www.peekvids.com/watch?v=IGlEuTc55la,
https://www.peekvids.com/watch?v=OtLSw7vmbM3, https://www.peekvids.com/watch?v=Vfpkoiqz48v, https://www.peekvids.com/watch?v=SCEgw5drr7z,
https://www.peekvids.com/watch?v=HuwbtdIZcB5, https://www.peekvids.com/watch?v=FpHTw-oAFIj, https://www.peekvids.com/watch?v=Kc9DmJueBKk,
https://www.peekvids.com/watch?v=syRIipIWg2X, https://www.peekvids.com/watch?v=2HiHFgWxOuS, https://www.peekvids.com/watch?v=nOhTRVzQG3l,
https://www.peekvids.com/watch?v=Q9MY7xLrjBx, https://www.peekvids.com/watch?v=wTdQd-Qzg-w, https://www.peekvids.com/watch?v=ZkZVxH5SbVI,
https://www.peekvids.com/watch?v=Tf63MCbj8Wx, https://www.peekvids.com/watch?v=tpJYVhXFTlC, https://www.peekvids.com/watch?v=OdpAmu6jgx7,
https://www.peekvids.com/watch?v=uXOanhiCn8A, https://www.peekvids.com/watch?v=gGQGDwUlZBl, https://www.peekvids.com/watch?v=eQ-6WgQVMCp,
https://www.peekvids.com/watch?v=NOmrYtGMLb4, https://www.peekvids.com/watch?v=o65O9I6D44w, https://www.peekvids.com/watch?v=nlT7YJKEXUv,
https://www.peekvids.com/watch?v=G8RBAWGnxsH, https://www.peekvids.com/watch?v=Zwjav6PmF2F, https://www.peekvids.com/watch?v=9vDrqy2JnGR,
https://www.peekvids.com/watch?v=pqsUOHQ-tfz, https://www.peekvids.com/watch?v=FuJAtYgP9jZ, https://www.peekvids.com/watch?v=Z4JHdvIxYkg,
https://www.peekvids.com/watch?v=kL3QVWUpDVO, https://www.peekvids.com/watch?v=ykZZJtkcNwh, https://www.peekvids.com/watch?v=dYI8KS2ARvr,

https://www.peekvids.com/watch?v=3d2Zv55G5FJ, https://www.peekvids.com/watch?v=AUE2b83wRMM, https://www.peekvids.com/watch?v=S6WOvVlKJ0p,
https://www.peekvids.com/watch?v=mcJwtmZohMQ, https://www.peekvids.com/watch?v=z-SHZ5g2HHV, https://www.peekvids.com/watch?v=Is8F55QdXid,
https://www.peekvids.com/watch?v=4bwYUSxrvrd, https://www.peekvids.com/watch?v=WejV58wFpY0, https://www.peekvids.com/watch?v=YFEI2RTHLUF,
https://www.peekvids.com/watch?v=xrwXaKxK5oZ, https://www.peekvids.com/watch?v=JHLIB59Hqdt, https://www.peekvids.com/watch?v=kYkEXhkb8ra,
https://www.peekvids.com/watch?v=LBjXVm5WhTw, https://www.peekvids.com/watch?v=CSMDTWjZhzI, https://www.peekvids.com/watch?v=LEbsZ4tFCFI,
https://www.peekvids.com/watch?v=jcCjxjYrBHx, https://www.peekvids.com/watch?v=bguuFhplpyt, https://www.peekvids.com/watch?v=ljBghWaqfvw,
https://www.peekvids.com/watch?v=ZnUicxlpCGG, https://www.peekvids.com/watch?v=WxDzFAcr5qH, https://www.peekvids.com/watch?v=UogxFzhoUBw,
https://www.peekvids.com/watch?v=g8SdHqzXi-b, https://www.peekvids.com/watch?v=3KmC9nvtzff, https://www.peekvids.com/watch?v=G3gZAyzgymY,
https://www.peekvids.com/watch?v=O6GURq26W9p, https://www.peekvids.com/watch?v=QZ5s2A0ydpK, https://www.peekvids.com/watch?v=mArnM57EsbM,
https://www.peekvids.com/watch?v=8YG-4veYzyO, https://www.peekvids.com/watch?v=DKnQRZNhxIL, https://www.peekvids.com/watch?v=LAMLRvookuG,
https://www.peekvids.com/watch?v=u9Pftl6NsYw, https://www.peekvids.com/watch?v=CnLIJsI0ODz, https://www.peekvids.com/watch?v=D9A8RBzJTRR,
https://www.peekvids.com/watch?v=tsE6YmAnXZ5, https://www.peekvids.com/watch?v=9gnDRwrmdX6, https://www.peekvids.com/watch?v=F40kv-xtvQQ,
https://www.peekvids.com/watch?v=fs4AlAloMT2, https://www.peekvids.com/watch?v=aLHMM5wwLTj, https://www.peekvids.com/watch?v=h07DgripRrd,
https://www.peekvids.com/watch?v=gfYX43Ho3lg, https://www.peekvids.com/watch?v=RpRciBmME5-, https://www.peekvids.com/watch?v=XWia0aA3Ae6,
https://www.peekvids.com/watch?v=lbhwiMa4Dnh, https://www.peekvids.com/watch?v=qb-dWe5ECgI, https://www.peekvids.com/watch?v=deraYcuW0De,
https://www.peekvids.com/watch?v=YcRraba-FbP, https://www.peekvids.com/watch?v=Wc9Znjw9ooC, https://www.peekvids.com/watch?v=sPlYAkaCEAD,
https://www.peekvids.com/watch?v=4ABteVyzove, https://www.peekvids.com/watch?v=wlirwmbp7Dp, https://www.peekvids.com/watch?v=koHWUA0CATS,
https://www.peekvids.com/watch?v=B0GjZLoTtJz, https://www.peekvids.com/watch?v=3HvtqOmTxnK, https://www.peekvids.com/watch?v=ul24daczbbS,
https://www.peekvids.com/watch?v=a4RUF4PlA6P, https://www.peekvids.com/watch?v=9-pSEdijk4I, https://www.peekvids.com/watch?v=p5EIUIPDORi,
https://www.peekvids.com/watch?v=vFKmeuagtXa, https://www.peekvids.com/watch?v=yrK36YIRbLa, https://www.peekvids.com/watch?v=Civ3PapV35-,
https://www.peekvids.com/watch?v=8kooYWGpvK2, https://www.peekvids.com/watch?v=AG6vDrXI9Dc, https://www.peekvids.com/watch?v=YjsL3jhOzA2,
https://www.peekvids.com/watch?v=hQiqrH6mLtE, https://www.peekvids.com/watch?v=WMi9SJ7Zs5R, https://www.peekvids.com/watch?v=5k20xlGyVGz,
https://www.peekvids.com/watch?v=sNp3BUnQwUu, https://www.peekvids.com/watch?v=ZYx0vhY8t-l, https://www.peekvids.com/watch?v=YpVreTcqmFV,
https://www.peekvids.com/watch?v=quRjMm3IJos, https://www.peekvids.com/watch?v=bSiVshSlDxw, https://www.peekvids.com/watch?v=iRfcUP6G2Xx,
https://www.peekvids.com/watch?v=5apAkkegxe5, https://www.peekvids.com/watch?v=HdNhH3JSDBV, https://www.peekvids.com/watch?v=Q7Nj0gaSMf4,
https://www.peekvids.com/watch?v=uQIXncJNm9w, https://www.peekvids.com/watch?v=LnOb8jlD6TH, https://www.peekvids.com/watch?v=z53jDmEvtn9,
https://www.peekvids.com/watch?v=iDpm4KO3S58, https://www.peekvids.com/watch?v=VpSyxYvC8w2, https://www.peekvids.com/watch?v=PU-YiCQ9Rg-,
https://www.peekvids.com/watch?v=rKYyUUURVA6, https://www.peekvids.com/watch?v=n9tlpzlBOaf, https://www.peekvids.com/watch?v=wVXXMmHjiNq,
https://www.peekvids.com/watch?v=cK2sQZspdIv, https://www.peekvids.com/watch?v=NllB8rEEHiw, https://www.peekvids.com/watch?v=2nvvMA7noLB,
https://www.peekvids.com/watch?v=WAOiRYNxqNg, https://www.peekvids.com/watch?v=DVO3u29BYch, https://www.peekvids.com/watch?v=jxUTTHi-5GT,
https://www.peekvids.com/watch?v=zA2qhQPaKEt, https://www.peekvids.com/watch?v=K7MZBhdtzzt, https://www.peekvids.com/watch?v=9d0o3TOc6A5,
https://www.peekvids.com/watch?v=P52e6F7wXAi, https://www.peekvids.com/watch?v=K4UrwT8rYz4, https://www.peekvids.com/watch?v=W2hwmmajrjW,
https://www.peekvids.com/watch?v=QX4h9ztJelK, https://www.peekvids.com/watch?v=KESIAA_ikkG
5.f. Date of third notice: 2015-08-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yik2015
5.b. Uploader's email address: dvdx2013@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yik2015
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=N3R0IdxW4jA, https://www.peekvids.com/watch?v=kPD6pf251Ev,
https://www.peekvids.com/watch?v=ZKtxmqNnwYQ, https://www.peekvids.com/watch?v=IVtefLNFgBH, https://www.peekvids.com/watch?v=ClBtoUVLwQe,
https://www.peekvids.com/watch?v=Q9p46D_5cj6, https://www.peekvids.com/watch?v=fZ0VZnWFtso, https://www.peekvids.com/watch?v=DS7UNDSWHoD,
https://www.peekvids.com/watch?v=IbR9_cB2U1V, https://www.peekvids.com/watch?v=2RKq7zktoxi, https://www.peekvids.com/watch?v=426jW_G1e6P,
https://www.peekvids.com/watch?v=JFnNur6nTtT, https://www.peekvids.com/watch?v=Hpoi5ln4wBR, https://www.peekvids.com/watch?v=wjncD_U_zL7,
https://www.peekvids.com/watch?v=zY48QiLHvcE, https://www.peekvids.com/watch?v=lRSLNRwBbBA, https://www.peekvids.com/watch?v=e3usu0lO-P8,
https://www.peekvids.com/watch?v=HGqtDZQJUAb, https://www.peekvids.com/watch?v=b7xy4orfeet, https://www.peekvids.com/watch?v=WDauEgBS957,
https://www.peekvids.com/watch?v=IfWGrrluaqE, https://www.peekvids.com/watch?v=UgUUpiSiB9L, https://www.peekvids.com/watch?v=sNWjdh3L4Z7,
https://www.peekvids.com/watch?v=Fum9bKk9OFh, https://www.peekvids.com/watch?v=TX3TepacTJB, https://www.peekvids.com/watch?v=mkv52Hv1Fws,
https://www.peekvids.com/watch?v=f7ama8XaOhS, https://www.peekvids.com/watch?v=SrQ5ZlBHNa4, https://www.peekvids.com/watch?v=mzuU_qiAOiT,
https://www.peekvids.com/watch?v=uMpL_BopMU3, https://www.peekvids.com/watch?v=oIu4PqFDneO, https://www.peekvids.com/watch?v=FOY68t6LUyI,
https://www.peekvids.com/watch?v=xeWTGmU5_lZ, https://www.peekvids.com/watch?v=D0OR0B78zuh, https://www.peekvids.com/watch?v=DHyJvdAdsU0,
https://www.peekvids.com/watch?v=MVD79FP7hQq, https://www.peekvids.com/watch?v=cGjodcWWNJQ, https://www.peekvids.com/watch?v=QHoP201wxy3,
https://www.peekvids.com/watch?v=KkfJNt2SdHi, https://www.peekvids.com/watch?v=yBUZCdZgnCt, https://www.peekvids.com/watch?v=HvjfbIdtI2b,
https://www.peekvids.com/watch?v=RO_FZMHZbWw, https://www.peekvids.com/watch?v=gDtxCQOgpX5, https://www.peekvids.com/watch?v=maoJ5GwINUj,
https://www.peekvids.com/watch?v=36o2AzK-rmf, https://www.peekvids.com/watch?v=OKic9wGElnW, https://www.peekvids.com/watch?v=4BFtAmqjz4T,
https://www.peekvids.com/watch?v=DrTc3GD9TZW, https://www.peekvids.com/watch?v=FQt4DsY4Ls3, https://www.peekvids.com/watch?v=hyGrNcKp57i,
https://www.peekvids.com/watch?v=Ti2r1ZiVXtH, https://www.peekvids.com/watch?v=rq-iPD4vvwW, https://www.peekvids.com/watch?v=6Yv5QUdUkgi,
https://www.peekvids.com/watch?v=84HeUYP35vI, https://www.peekvids.com/watch?v=sH5u22KWwuq, https://www.peekvids.com/watch?v=YSg3WebnWJN,
https://www.peekvids.com/watch?v=fJ8OUp3qL-f, https://www.peekvids.com/watch?v=xHuGYVI3qMV, https://www.peekvids.com/watch?v=wo2nIMWfPBl,
https://www.peekvids.com/watch?v=t9GCYwWyUVf, https://www.peekvids.com/watch?v=MJcCPMHRvgN, https://www.peekvids.com/watch?v=jHf_F0e9QMA,
https://www.peekvids.com/watch?v=LGXZhrjEMvV, https://www.peekvids.com/watch?v=SyIroJttfye, https://www.peekvids.com/watch?v=q4JT7s9T5Ll,
https://www.peekvids.com/watch?v=vx9KltlnDYp, https://www.peekvids.com/watch?v=pQiYXCdD8ZI, https://www.peekvids.com/watch?v=jHywBu98Xd0,
https://www.peekvids.com/watch?v=q5de3X9l72G, https://www.peekvids.com/watch?v=p3t2xWYSQgg
5.f. Date of third notice: 2015-08-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yonigga
5.b. Uploader's email address: mistogonilla@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=yonigga
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=ejwnqaOCbnW, https://www.peekvids.com/watch?v=GcD0wmkKTtw,
https://www.peekvids.com/watch?v=WfJnXbBo3XF, https://www.peekvids.com/watch?v=AfJ5JgevAGf, https://www.peekvids.com/watch?v=FqSObtNXAUl,
https://www.peekvids.com/watch?v=PAXepjmAQKC, https://www.peekvids.com/watch?v=rnnxKnuPBHa, https://www.peekvids.com/watch?v=pLAKl7S7t49,
https://www.peekvids.com/watch?v=rBVYWhF3bDN, https://www.peekvids.com/watch?v=ND8W5Uw47hm, https://www.peekvids.com/watch?v=j_Bk2Is6L-O,
https://www.peekvids.com/watch?v=MchS-xNngWb, https://www.peekvids.com/watch?v=xGp34B9gh8t, https://www.peekvids.com/watch?v=y8_C-4vQyTN,
https://www.peekvids.com/watch?v=I0LQPGcROYr, https://www.peekvids.com/watch?v=q220R7rNpti, https://www.peekvids.com/watch?v=Xk8J0846Lhf,
https://www.peekvids.com/watch?v=Cwej4xaAUYD, https://www.peekvids.com/watch?v=Z77ks7M6_Hg, https://www.peekvids.com/watch?v=q7wnl5UEW8e,
https://www.peekvids.com/watch?v=hhsqeT8udmH, https://www.peekvids.com/watch?v=Nr7wRf0aZE3, https://www.peekvids.com/watch?v=sT_6pujM_Eu,
https://www.peekvids.com/watch?v=qM6PHy0ZxA6, https://www.peekvids.com/watch?v=v3DO2P4-Jdq, https://www.peekvids.com/watch?v=ZPElXqhvbs3,
https://www.peekvids.com/watch?v=KlJMOB7lyx7, https://www.peekvids.com/watch?v=FR4UbaKJpai, https://www.peekvids.com/watch?v=DVNlr9Ub7_k,
https://www.peekvids.com/watch?v=t2gT7BfsVJa, https://www.peekvids.com/watch?v=w4iRe_RYuNs, https://www.peekvids.com/watch?v=N_LRF-Gx25x,
https://www.peekvids.com/watch?v=X3Dar86FGE7, https://www.peekvids.com/watch?v=RBfIPKV_77n, https://www.peekvids.com/watch?v=CUnalHiij5V,
https://www.peekvids.com/watch?v=nZ7L4Dd60z9, https://www.peekvids.com/watch?v=5uaPvLzdtpE, https://www.peekvids.com/watch?v=Wh9Pdw3oCmC,
https://www.peekvids.com/watch?v=CjyO48V6iHq, https://www.peekvids.com/watch?v=gxZ1xaWkk0O, https://www.peekvids.com/watch?v=k7f6MwHL5eA,
https://www.peekvids.com/watch?v=2UZnZ_YwiPl, https://www.peekvids.com/watch?v=61MJwA3yV3b, https://www.peekvids.com/watch?v=b9H_5fvQkKW,
https://www.peekvids.com/watch?v=IvRYjPg4HOe, https://www.peekvids.com/watch?v=h4fJyoXn93t, https://www.peekvids.com/watch?v=6NXG_RtXzG3,
https://www.peekvids.com/watch?v=r7sEFZg0Bmg, https://www.peekvids.com/watch?v=KrvEecrYenH, https://www.peekvids.com/watch?v=ZND6_UYHRFY,
https://www.peekvids.com/watch?v=qc5uR1t2LLN, https://www.peekvids.com/watch?v=cPlifcGwu4S, https://www.peekvids.com/watch?v=JTTuvLnTH6L,
https://www.peekvids.com/watch?v=7CZWWH9XDPr, https://www.peekvids.com/watch?v=fVyOypu-afq, https://www.peekvids.com/watch?v=Q_9q9t9R0Qh,
https://www.peekvids.com/watch?v=Fk3ou8lMts5, https://www.peekvids.com/watch?v=bhohIXoh1yr, https://www.peekvids.com/watch?v=eUK78Dk-_nv,
https://www.peekvids.com/watch?v=XdOxcIlcpy2, https://www.peekvids.com/watch?v=4IM_BKk654m, https://www.peekvids.com/watch?v=zoJdDmP2kyN,
https://www.peekvids.com/watch?v=kvnIz5Pl5Ye, https://www.peekvids.com/watch?v=yOIwJSqjZLH, https://www.peekvids.com/watch?v=iSXxt_QuC5H,
https://www.peekvids.com/watch?v=CU_2n7mDXXN, https://www.peekvids.com/watch?v=T73RHiSopX4, https://www.peekvids.com/watch?v=MAR5Arshjzw,
https://www.peekvids.com/watch?v=QTF_4XvWLq8, https://www.peekvids.com/watch?v=qdQKlMxSA0C, https://www.peekvids.com/watch?v=3aAI2vIubRI,
https://www.peekvids.com/watch?v=pIwCZqBzoB4, https://www.peekvids.com/watch?v=Qj1WuCxnqQ2, https://www.peekvids.com/watch?v=EvnpT3odU6I,
https://www.peekvids.com/watch?v=gW7f9ZLXKTL, https://www.peekvids.com/watch?v=2snL5bpRFqN, https://www.peekvids.com/watch?v=kDc4eaIuVg9,
https://www.peekvids.com/watch?v=zQPqLpXnE0u, https://www.peekvids.com/watch?v=I0YxWbdjDUq, https://www.peekvids.com/watch?v=XcAXK454W5v,
https://www.peekvids.com/watch?v=ExrRpGLMSAi, https://www.peekvids.com/watch?v=W3KaKj0kf9J, https://www.peekvids.com/watch?v=Tak7Z4tcWdf,
https://www.peekvids.com/watch?v=Ugau3Isc9wZ, https://www.peekvids.com/watch?v=Yfz6jqkJlEC, https://www.peekvids.com/watch?v=YL_nDgiP51J,
https://www.peekvids.com/watch?v=W5bIK70xq_v, https://www.peekvids.com/watch?v=VBBPw6UukCy, https://www.peekvids.com/watch?v=pKpa1OBPEVt,
https://www.peekvids.com/watch?v=wFFwNYbfiDS, https://www.peekvids.com/watch?v=0J8CDlgSisl, https://www.peekvids.com/watch?v=zVpzDtTSATp,
https://www.peekvids.com/watch?v=JJJmkAdZahs, https://www.peekvids.com/watch?v=F6DHJCOYVz7, https://www.peekvids.com/watch?v=fXgQ2uycwh9,
https://www.peekvids.com/watch?v=dq6oyw1btTQ, https://www.peekvids.com/watch?v=M9lUhPKhrq8, https://www.peekvids.com/watch?v=caug-jBej_e,
https://www.peekvids.com/watch?v=YBwNmb3fpgG, https://www.peekvids.com/watch?v=aPQPujErAfy, https://www.peekvids.com/watch?v=2fxpVJ5DQmo,
https://www.peekvids.com/watch?v=3QnNVwrXUrt, https://www.peekvids.com/watch?v=tUgPsqNjCEe, https://www.peekvids.com/watch?v=Z407wXLo-Uq
5.f. Date of third notice: 2015-09-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: younhyong
5.b. Uploader's email address: missyeltonzo@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=younhyong
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=pEtjbLdFNR0, https://www.peekvids.com/watch?v=Q5NgPZm6fj0,
https://www.peekvids.com/watch?v=O3IMpuXgt8L, https://www.peekvids.com/watch?v=qBpP26Ir3Ri, https://www.peekvids.com/watch?v=FnW_vO6oEqt,
https://www.peekvids.com/watch?v=AxPbJ4NfVwP, https://www.peekvids.com/watch?v=RstCtg7XAho, https://www.peekvids.com/watch?v=oIH85z0dne9,
https://www.peekvids.com/watch?v=lnesttoKwWK, https://www.peekvids.com/watch?v=yt3KCs9Ws1o, https://www.peekvids.com/watch?v=aftQBIo1Zz4,
https://www.peekvids.com/watch?v=C0D3xPUWaIg, https://www.peekvids.com/watch?v=DhcjCbQlgxX, https://www.peekvids.com/watch?v=EQ6T7-M-99c,
https://www.peekvids.com/watch?v=KwjlLXigU9H, https://www.peekvids.com/watch?v=thI46N6R9mP, https://www.peekvids.com/watch?v=J59AJIuR4Gz,
https://www.peekvids.com/watch?v=dODBRA1glqJ, https://www.peekvids.com/watch?v=0G3EGuLnBwg, https://www.peekvids.com/watch?v=P8e9B-G-wNa,
https://www.peekvids.com/watch?v=VXLOfRu0OBY, https://www.peekvids.com/watch?v=u5KX070CbuS, https://www.peekvids.com/watch?v=U5IaeUAHvqO,
https://www.peekvids.com/watch?v=0Y-pyBXxy5A, https://www.peekvids.com/watch?v=rC5FA_Wob-K, https://www.peekvids.com/watch?v=NvhNwqhyz1p,
https://www.peekvids.com/watch?v=TWYhY2X1hN0, https://www.peekvids.com/watch?v=S-IIiFyfoUf, https://www.peekvids.com/watch?v=I3fZXkwOI99,
https://www.peekvids.com/watch?v=qEgZqAknVvd, https://www.peekvids.com/watch?v=oiXMtgk-qjN, https://www.peekvids.com/watch?v=6dE2j2L97gS,
https://www.peekvids.com/watch?v=QHzg7InGJVu, https://www.peekvids.com/watch?v=iH24UhzchMj, https://www.peekvids.com/watch?v=5i96NSXCM3b,
https://www.peekvids.com/watch?v=R0p-5SppDmG, https://www.peekvids.com/watch?v=w_Y9fQ1C8nw, https://www.peekvids.com/watch?v=ZPOabn1Y2Vi,
https://www.peekvids.com/watch?v=QDcSrGy41PS, https://www.peekvids.com/watch?v=7bz41-eDSgu, https://www.peekvids.com/watch?v=KjlvPnpQSAT,
https://www.peekvids.com/watch?v=L1q18DSukZi, https://www.peekvids.com/watch?v=iq3dfDVw-aq, https://www.peekvids.com/watch?v=cmaoxPUGtyy,
https://www.peekvids.com/watch?v=bypzJGgXMnu, https://www.peekvids.com/watch?v=SPfpRnmK_YA, https://www.peekvids.com/watch?v=mwZfSRTZoq5,
https://www.peekvids.com/watch?v=CyR_B_6mKqo, https://www.peekvids.com/watch?v=ibfwbZXs87T, https://www.peekvids.com/watch?v=J4AkOb3CcnT,
https://www.peekvids.com/watch?v=d_r2XtfU6mY, https://www.peekvids.com/watch?v=pSzdV9XHy1d, https://www.peekvids.com/watch?v=n8m85t8ZiGN,
https://www.peekvids.com/watch?v=2owIe4lx9VP, https://www.peekvids.com/watch?v=Xqr1pZ4WuKn, https://www.peekvids.com/watch?v=ZJIAzXhU9cx,
https://www.peekvids.com/watch?v=EEtS54b6bJ5, https://www.peekvids.com/watch?v=xUX1divFxV5, https://www.peekvids.com/watch?v=x0yC-lYVZ96,
https://www.peekvids.com/watch?v=T4VSZxNPzCm, https://www.peekvids.com/watch?v=2BFJvRF68gY, https://www.peekvids.com/watch?v=v0IRwQCJJJF,
https://www.peekvids.com/watch?v=g9jHvNvGv52, https://www.peekvids.com/watch?v=Sm5WWpg_BQ6, https://www.peekvids.com/watch?v=ERjRiTjCAfn,
https://www.peekvids.com/watch?v=3d26l1xfqTb, https://www.peekvids.com/watch?v=a1eh0hgyD1N, https://www.peekvids.com/watch?v=kHC4Apl2n92,
https://www.peekvids.com/watch?v=cxA8ZKzfQW5, https://www.peekvids.com/watch?v=ugLwAuWfh_C
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zagreb
5.b. Uploader's email address: hichipokki44@yahoo.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=zagreb
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=JXxFHscsp2E, https://www.peekvids.com/watch?v=E4kM3hwp7QM,
https://www.peekvids.com/watch?v=X2dEZORQkyp, https://www.peekvids.com/watch?v=kqvSYatrf7K, https://www.peekvids.com/watch?v=Wm1t-Atgy8h,
https://www.peekvids.com/watch?v=WYcBD3k_et0, https://www.peekvids.com/watch?v=tNciz48XxR3, https://www.peekvids.com/watch?v=Ohu7bg6ni3z,
https://www.peekvids.com/watch?v=jvhV_m_0__R, https://www.peekvids.com/watch?v=HXYEcRQLqRv, https://www.peekvids.com/watch?v=rb2nRStZiAL,
https://www.peekvids.com/watch?v=y-GXX_sA_Cq, https://www.peekvids.com/watch?v=SIiXaNRS1PO, https://www.peekvids.com/watch?v=D25eS6WhDvM,
https://www.peekvids.com/watch?v=QGAqjledaKF, https://www.peekvids.com/watch?v=CEz0ZANfyc0, https://www.peekvids.com/watch?v=ZkCqnvk7vym,
https://www.peekvids.com/watch?v=yPMbbwh7Zrj, https://www.peekvids.com/watch?v=rKU_mbFfsWz, https://www.peekvids.com/watch?v=yXwhVsblZIF,
https://www.peekvids.com/watch?v=5Fh__TtHZXP, https://www.peekvids.com/watch?v=tiBjVEwZvKP, https://www.peekvids.com/watch?v=gf3X5P7oYy9,
https://www.peekvids.com/watch?v=JzJo6q57jyD, https://www.peekvids.com/watch?v=9yj5BL0Vn_M, https://www.peekvids.com/watch?v=Wluk6cFp2e3,
https://www.peekvids.com/watch?v=Yyg6PVJx7xI, https://www.peekvids.com/watch?v=zcQx9GCLEWR, https://www.peekvids.com/watch?v=ZLQOgg7GBog,
https://www.peekvids.com/watch?v=xFHWz5ktMEJ, https://www.peekvids.com/watch?v=Vz04Q50fCbS, https://www.peekvids.com/watch?v=408-b6ILjzc,
https://www.peekvids.com/watch?v=egl3nqR4OkF, https://www.peekvids.com/watch?v=7VTLT1OZT4E, https://www.peekvids.com/watch?v=aYYUEQtBuQD,
https://www.peekvids.com/watch?v=5y8JI5MaW1Y, https://www.peekvids.com/watch?v=F286ouHKdDk, https://www.peekvids.com/watch?v=URKj6oFW6AX,
https://www.peekvids.com/watch?v=uN1AUGPAiPZ, https://www.peekvids.com/watch?v=w8H_qJRK6lr, https://www.peekvids.com/watch?v=Yy-Oc_XaZSN,
https://www.peekvids.com/watch?v=TJF7ZYic9ox, https://www.peekvids.com/watch?v=LzJknkvNZbf, https://www.peekvids.com/watch?v=JEyFc3nENwe,
https://www.peekvids.com/watch?v=AF3qMKLM_0k, https://www.peekvids.com/watch?v=Kb5DJxiyMpE, https://www.peekvids.com/watch?v=0jd0Rq_mT2W,
https://www.peekvids.com/watch?v=P-XRPJre9wb, https://www.peekvids.com/watch?v=sQEUd2RwoST, https://www.peekvids.com/watch?v=zk0EaX2u-BG,
https://www.peekvids.com/watch?v=w5scPhC6fUE, https://www.peekvids.com/watch?v=D3Cdeo4SzWt, https://www.peekvids.com/watch?v=cYun_Xiv48W,
https://www.peekvids.com/watch?v=Fl8INOheAmu, https://www.peekvids.com/watch?v=ZboznWdu71L, https://www.peekvids.com/watch?v=kobL37yBKiI,
https://www.peekvids.com/watch?v=dUGNthydimX, https://www.peekvids.com/watch?v=IWq0yT03u3k, https://www.peekvids.com/watch?v=TI92qwI7nCt,
https://www.peekvids.com/watch?v=Mj1-_2LV99u, https://www.peekvids.com/watch?v=TiNFoLHpbUx, https://www.peekvids.com/watch?v=BMc7LztHSrS,
https://www.peekvids.com/watch?v=dyyb0ptnjj0, https://www.peekvids.com/watch?v=MZNtkQCEC7n, https://www.peekvids.com/watch?v=5lFyfobg5WQ,
https://www.peekvids.com/watch?v=y7QisAt-kQ9, https://www.peekvids.com/watch?v=YRdI6WHQq0G, https://www.peekvids.com/watch?v=zkCip39LIJp,
https://www.peekvids.com/watch?v=8bwck1enjRZ, https://www.peekvids.com/watch?v=QX9ZT2KRDlI, https://www.peekvids.com/watch?v=iCOIsyNF4zg,
https://www.peekvids.com/watch?v=2YOntvo0okc, https://www.peekvids.com/watch?v=06K6Kctegge, https://www.peekvids.com/watch?v=s5nlVXEsdcF,
https://www.peekvids.com/watch?v=XaCdjGxgaiB, https://www.peekvids.com/watch?v=cYS-NiHnvrE, https://www.peekvids.com/watch?v=TdaIM-IieyV,
https://www.peekvids.com/watch?v=9rktqXmkJ7Q, https://www.peekvids.com/watch?v=IS8PiP1o8s5, https://www.peekvids.com/watch?v=Y7Xj_CG5qyM,
https://www.peekvids.com/watch?v=6Z_9_0pWTDY, https://www.peekvids.com/watch?v=xruVnJMVbmw, https://www.peekvids.com/watch?v=VXB02zK6Pub,
https://www.peekvids.com/watch?v=Zrz5gQIPnFJ, https://www.peekvids.com/watch?v=9ERj0hQzKDl, https://www.peekvids.com/watch?v=ZbAX6Nnm_pR,
https://www.peekvids.com/watch?v=lcKRPmJUMNV, https://www.peekvids.com/watch?v=pZei0PIDAya, https://www.peekvids.com/watch?v=JKVYkHfA9G8,
https://www.peekvids.com/watch?v=5zYmgmHFxSV, https://www.peekvids.com/watch?v=lVMS_cEpOrx, https://www.peekvids.com/watch?v=syPzVKLodE4,
https://www.peekvids.com/watch?v=IKqNOcjJXmk, https://www.peekvids.com/watch?v=3nfR1il4sXs, https://www.peekvids.com/watch?v=QouUgXm_85n,
https://www.peekvids.com/watch?v=EnYke9tZPbz, https://www.peekvids.com/watch?v=SBw8gG6YABA, https://www.peekvids.com/watch?v=MaPm5mvdYeD,
https://www.peekvids.com/watch?v=IkMsYwaos5L, https://www.peekvids.com/watch?v=Di8Yrluq_cm, https://www.peekvids.com/watch?v=nyBZKU1f0g3,
https://www.peekvids.com/watch?v=3Ya3tOSoM4b, https://www.peekvids.com/watch?v=BLfTvt6Hw-l, https://www.peekvids.com/watch?v=6dRXV-OBj-V,
https://www.peekvids.com/watch?v=iYj15Y77gWq, https://www.peekvids.com/watch?v=BLGSZEvJenm, https://www.peekvids.com/watch?v=owYSjjd4Fkp,
https://www.peekvids.com/watch?v=X3l58gD1KwR, https://www.peekvids.com/watch?v=zfgAt3Eu-zj, https://www.peekvids.com/watch?v=T8K88M3kWSH,
https://www.peekvids.com/watch?v=Q3apnsl-tZt, https://www.peekvids.com/watch?v=wzYCKyetvOZ, https://www.peekvids.com/watch?v=SSMXhrgD6jF,
https://www.peekvids.com/watch?v=4kX2tgxYDXw, https://www.peekvids.com/watch?v=Ijkxj7GwJKv, https://www.peekvids.com/watch?v=y524niWYcWo,
https://www.peekvids.com/watch?v=FoNSVrtcy4X, https://www.peekvids.com/watch?v=SuG0qkqe-ei, https://www.peekvids.com/watch?v=d2qDLnlBu3u,
https://www.peekvids.com/watch?v=dwKTCvF4XvM, https://www.peekvids.com/watch?v=B1s6Pr-vGMJ, https://www.peekvids.com/watch?v=bIcL8N3lt5D,
https://www.peekvids.com/watch?v=p8PvUPqUNGe, https://www.peekvids.com/watch?v=SMi2OqGtFAF, https://www.peekvids.com/watch?v=b7CCQ1Yci0V,
https://www.peekvids.com/watch?v=3MCPeuTCVnY, https://www.peekvids.com/watch?v=4efPQW4SOJN, https://www.peekvids.com/watch?v=mjOA2wPRhBJ,
https://www.peekvids.com/watch?v=xWsSYYbmre0, https://www.peekvids.com/watch?v=o5PmdU99J0x, https://www.peekvids.com/watch?v=ygLMnI_PCTq,
https://www.peekvids.com/watch?v=fwgZaj-Y_Tl, https://www.peekvids.com/watch?v=jY5AvUWuEbr, https://www.peekvids.com/watch?v=rn7IG-nS6ts,
https://www.peekvids.com/watch?v=2NCRq7-YYYJ, https://www.peekvids.com/watch?v=KmeJrwjgk_D, https://www.peekvids.com/watch?v=IWX0JM5Dllx,
https://www.peekvids.com/watch?v=I0oXPajkLSc, https://www.peekvids.com/watch?v=K5kb5kWXBVp, https://www.peekvids.com/watch?v=BwSXDiU-g9j,
https://www.peekvids.com/watch?v=zeaHOsEZI2E, https://www.peekvids.com/watch?v=jrZrXMbejkz, https://www.peekvids.com/watch?v=QgtizGijaTl,
https://www.peekvids.com/watch?v=AFbSsd-nrEq, https://www.peekvids.com/watch?v=Jar8jqsP6Sx, https://www.peekvids.com/watch?v=kh_T7XQMIRa,
https://www.peekvids.com/watch?v=86ekzkwaqAo, https://www.peekvids.com/watch?v=dwIKoS8EXEL, https://www.peekvids.com/watch?v=QJNSdasj6n2,
https://www.peekvids.com/watch?v=dNqRT9HXaAX, https://www.peekvids.com/watch?v=fH6OEmacsWP, https://www.peekvids.com/watch?v=0r1aYoARbUn,
https://www.peekvids.com/watch?v=gRGBTJ3gNuk, https://www.peekvids.com/watch?v=iMT0QaYc4Ai, https://www.peekvids.com/watch?v=oerqAGnisWD,
https://www.peekvids.com/watch?v=2U_iIEIxoCv, https://www.peekvids.com/watch?v=6NEt_DAeQnf, https://www.peekvids.com/watch?v=whjVV32jOsF,
https://www.peekvids.com/watch?v=nloJTLrzP8Y, https://www.peekvids.com/watch?v=FJON4yvGsi3, https://www.peekvids.com/watch?v=PRlKrd897CE,
https://www.peekvids.com/watch?v=e5H_XVq3Jsp, https://www.peekvids.com/watch?v=7Hwk9Qtm3nD, https://www.peekvids.com/watch?v=rqD9vGnMNrh,
https://www.peekvids.com/watch?v=CqCp_DGWfev, https://www.peekvids.com/watch?v=5dvTMa2Fcjf, https://www.peekvids.com/watch?v=nWepY_DBF8l,
https://www.peekvids.com/watch?v=7c5z_bX64DH, https://www.peekvids.com/watch?v=3T6mPKiwIsR, https://www.peekvids.com/watch?v=wvRC2oMKcgo,
https://www.peekvids.com/watch?v=IRpy7l8CHfZ, https://www.peekvids.com/watch?v=IlGZEuv31Ht, https://www.peekvids.com/watch?v=Ehe7VS1msQt,
https://www.peekvids.com/watch?v=vaUqUTur_fs, https://www.peekvids.com/watch?v=LHFjaukg9Il, https://www.peekvids.com/watch?v=6E3bFc7_QTi,
https://www.peekvids.com/watch?v=pegO6FlGVqW, https://www.peekvids.com/watch?v=ME7sI6SJAHg, https://www.peekvids.com/watch?v=TjCgmGmgx1u,
https://www.peekvids.com/watch?v=DI9xIvV6ARz, https://www.peekvids.com/watch?v=cF9FaL9b2pa, https://www.peekvids.com/watch?v=KDGg_6veOrS,
https://www.peekvids.com/watch?v=S5yYEaDP2PY, https://www.peekvids.com/watch?v=FBJl-CJX3ox, https://www.peekvids.com/watch?v=hoRMKJ0JKlm,
https://www.peekvids.com/watch?v=0AgUkyaR1Eu, https://www.peekvids.com/watch?v=zl3DTyXjVo4, https://www.peekvids.com/watch?v=D-uDbLGYUyX,
https://www.peekvids.com/watch?v=khr4DHe3VAE, https://www.peekvids.com/watch?v=X2sSkInpMJe, https://www.peekvids.com/watch?v=eM5oP-aVo3R,
https://www.peekvids.com/watch?v=HJhXFq8tnec, https://www.peekvids.com/watch?v=On7JZmAArhJ, https://www.peekvids.com/watch?v=jRRF6iuYCZ6,
https://www.peekvids.com/watch?v=daLCETD34hV, https://www.peekvids.com/watch?v=wWCZDoNTEoA, https://www.peekvids.com/watch?v=ZAtjW7Q9wRn,
https://www.peekvids.com/watch?v=IpdCjdOAALY, https://www.peekvids.com/watch?v=me8BDHETBg2, https://www.peekvids.com/watch?v=SmW9V7_IPv9,
https://www.peekvids.com/watch?v=hPQUl25LZXg, https://www.peekvids.com/watch?v=9WrtiwCku5o, https://www.peekvids.com/watch?v=iqK7JmPABwo,
https://www.peekvids.com/watch?v=YLvz7KeCUIs, https://www.peekvids.com/watch?v=7jDfGXDA_lm, https://www.peekvids.com/watch?v=ctEYs5X_yQ4,
https://www.peekvids.com/watch?v=tixQoPrGnwZ, https://www.peekvids.com/watch?v=P0_skqaVGlb, https://www.peekvids.com/watch?v=b9ralRuLS5s,
https://www.peekvids.com/watch?v=9VNBRb0jIce
5.f. Date of third notice: 2015-07-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zilinimgoit
5.b. Uploader's email address: asterixmollyonny@hotmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=zilinimgoit
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=xfXueo-gP0A, https://www.peekvids.com/watch?v=2LqD9pMI2q7,
https://www.peekvids.com/watch?v=LqGXEHcLMf5, https://www.peekvids.com/watch?v=ty_-WawcyUk, https://www.peekvids.com/watch?v=jPPgfN3MvUb,
https://www.peekvids.com/watch?v=R4hRYnrxbiM, https://www.peekvids.com/watch?v=EaHmlUWKhtL, https://www.peekvids.com/watch?v=lgfWqpM7k6g,
https://www.peekvids.com/watch?v=rronjygUob4, https://www.peekvids.com/watch?v=NKpPt0wqElq, https://www.peekvids.com/watch?v=jdvaOkLUMea,
https://www.peekvids.com/watch?v=2K4YQg4CotL, https://www.peekvids.com/watch?v=szBUt7cUzlI, https://www.peekvids.com/watch?v=MaG3aVXAQMK,
https://www.peekvids.com/watch?v=iOycGIIRAMw, https://www.peekvids.com/watch?v=TXjG0ejA3LP, https://www.peekvids.com/watch?v=Rv2vhDHijZE,
https://www.peekvids.com/watch?v=M4qdz7jDPD5, https://www.peekvids.com/watch?v=ZSM5ybcBIzh, https://www.peekvids.com/watch?v=yeQg2rOAaXH,
https://www.peekvids.com/watch?v=5Thf7g5q-CL, https://www.peekvids.com/watch?v=wewH6k27Axw, https://www.peekvids.com/watch?v=JJ_5WVpLpBg,
https://www.peekvids.com/watch?v=Svjo1c8U-ah, https://www.peekvids.com/watch?v=bv2sp4KOGLQ, https://www.peekvids.com/watch?v=MmGRrWxCtDm,
https://www.peekvids.com/watch?v=Ov_TEYfgrPL, https://www.peekvids.com/watch?v=an2cG1BbFaS, https://www.peekvids.com/watch?v=4LWpU2kkql2,
https://www.peekvids.com/watch?v=DSC4dNP-z98, https://www.peekvids.com/watch?v=JS3FyWhtpeA, https://www.peekvids.com/watch?v=qW5zskelD4n,
https://www.peekvids.com/watch?v=B9y1Uea55JM, https://www.peekvids.com/watch?v=cF1gu__Ad0D, https://www.peekvids.com/watch?v=0Bd6ut7yleu,
https://www.peekvids.com/watch?v=j6YDReS3roi, https://www.peekvids.com/watch?v=MMCANXdavZT, https://www.peekvids.com/watch?v=UjgovNY9M6a,
https://www.peekvids.com/watch?v=Y-eNLgs-p_X, https://www.peekvids.com/watch?v=7GhVK1_Kk2f, https://www.peekvids.com/watch?v=mVq-9CXcZMr,
https://www.peekvids.com/watch?v=n85GCjJwDZ6, https://www.peekvids.com/watch?v=DVjM3GViM0x, https://www.peekvids.com/watch?v=AhaOb-sVfK2,
https://www.peekvids.com/watch?v=G-8QEc-ZvKh, https://www.peekvids.com/watch?v=NYROd6bTSKM, https://www.peekvids.com/watch?v=JoTF31f501Z,
https://www.peekvids.com/watch?v=Pi5AYESjdCo, https://www.peekvids.com/watch?v=e1zyigssCq3, https://www.peekvids.com/watch?v=HqhgCAZk0xX,
https://www.peekvids.com/watch?v=GxNabP02xUu, https://www.peekvids.com/watch?v=ZAy49KJ8mEo, https://www.peekvids.com/watch?v=G49NjPrAT72,
https://www.peekvids.com/watch?v=MlZ5A13tKkO, https://www.peekvids.com/watch?v=zTz3vSSZXQr, https://www.peekvids.com/watch?v=RA1XKjlg6RL,
https://www.peekvids.com/watch?v=9H3kPBf48EC, https://www.peekvids.com/watch?v=kR5DbyTj-dU, https://www.peekvids.com/watch?v=VY5_wrfAdmT,
https://www.peekvids.com/watch?v=wysENDQrF5R, https://www.peekvids.com/watch?v=bL4lIDub5Pi, https://www.peekvids.com/watch?v=qNoYfeuSHSB,
https://www.peekvids.com/watch?v=vR7lgDcaqxk, https://www.peekvids.com/watch?v=nx7FtyjkAoz, https://www.peekvids.com/watch?v=frpV7Iusvhu,
https://www.peekvids.com/watch?v=ox78szXFPhF, https://www.peekvids.com/watch?v=E7ai9xNVWYk, https://www.peekvids.com/watch?v=uKNbFnBnTu2,
https://www.peekvids.com/watch?v=WyWsLghDyjA, https://www.peekvids.com/watch?v=zY3Lmt2BFXP, https://www.peekvids.com/watch?v=ZklIRk6ayjF,
https://www.peekvids.com/watch?v=9e4IYEtoz8z, https://www.peekvids.com/watch?v=FC0Arhzf9WA, https://www.peekvids.com/watch?v=N9IDIlZS3n7,
https://www.peekvids.com/watch?v=b0_jUjrOzCh, https://www.peekvids.com/watch?v=ZkwpKypH6Ua, https://www.peekvids.com/watch?v=MUST-tPPWb8,
https://www.peekvids.com/watch?v=upreEH_4e0O, https://www.peekvids.com/watch?v=QTW2LQeX5v3, https://www.peekvids.com/watch?v=p3AXlU8O2ov,
https://www.peekvids.com/watch?v=u_ZxDYkNtGA, https://www.peekvids.com/watch?v=WyXFZdAI2Hn, https://www.peekvids.com/watch?v=lkBQAPGSm_A,
https://www.peekvids.com/watch?v=kplZHBIsgjJ, https://www.peekvids.com/watch?v=V8yMUKhl1mu, https://www.peekvids.com/watch?v=x76aKQ6g5bW,
https://www.peekvids.com/watch?v=I8Fq2XlPu6l, https://www.peekvids.com/watch?v=emv5kzb3HjF, https://www.peekvids.com/watch?v=X8j07Qf-uz5,
https://www.peekvids.com/watch?v=rwh7vOHkcs3, https://www.peekvids.com/watch?v=37XkLNK1pUS, https://www.peekvids.com/watch?v=3e_75CtX_e8,
https://www.peekvids.com/watch?v=97QKphflzuP, https://www.peekvids.com/watch?v=4itChYonOkc, https://www.peekvids.com/watch?v=MxYy0vma3dD,
https://www.peekvids.com/watch?v=IZeC6iHQB0y, https://www.peekvids.com/watch?v=f03pKzQ1g0l, https://www.peekvids.com/watch?v=g0XTx2h1ihS,
https://www.peekvids.com/watch?v=6t212Z3j3KW, https://www.peekvids.com/watch?v=JnA2hPjSSQK, https://www.peekvids.com/watch?v=Ywl19rC9ENw,
https://www.peekvids.com/watch?v=Zim1YBQN9zD, https://www.peekvids.com/watch?v=J3DGPLw3T9N, https://www.peekvids.com/watch?v=6S-faRUn8vl,
https://www.peekvids.com/watch?v=i1k4ViFzqcE, https://www.peekvids.com/watch?v=9Hr7eTwCddU, https://www.peekvids.com/watch?v=zlNl6epY3XJ,
https://www.peekvids.com/watch?v=7dtyfOqM80j, https://www.peekvids.com/watch?v=j-YjWz8Ahc9, https://www.peekvids.com/watch?v=qwYcIoeGCdF,
https://www.peekvids.com/watch?v=vcURR446hsp, https://www.peekvids.com/watch?v=6ysyAgx8ptG, https://www.peekvids.com/watch?v=bQSOi3_2iiI,
https://www.peekvids.com/watch?v=lMv22vLZtWi, https://www.peekvids.com/watch?v=3B1c5qn2dqB, https://www.peekvids.com/watch?v=NYtZQ2vsqtu,
https://www.peekvids.com/watch?v=In26DPE_j8E, https://www.peekvids.com/watch?v=gWZde_oNK1a, https://www.peekvids.com/watch?v=r-jk9XiXzMJ,
https://www.peekvids.com/watch?v=36-mmZc_Fgc, https://www.peekvids.com/watch?v=FnjTX5V-Vpc, https://www.peekvids.com/watch?v=uUNRdocTkou,
https://www.peekvids.com/watch?v=FBDC82qeJhd, https://www.peekvids.com/watch?v=L8qB8R0t6Eh, https://www.peekvids.com/watch?v=GKLqE_spjFr,
https://www.peekvids.com/watch?v=yS8ejxco0Kx, https://www.peekvids.com/watch?v=Kuj9X2wFa4w, https://www.peekvids.com/watch?v=5tqnRzTBiBl,
https://www.peekvids.com/watch?v=PfTAggcyXle, https://www.peekvids.com/watch?v=C8ZzkkkAFej, https://www.peekvids.com/watch?v=f1hUhUqTOmg,
https://www.peekvids.com/watch?v=FCt9C8QoKZO, https://www.peekvids.com/watch?v=XtVgd8iV6od, https://www.peekvids.com/watch?v=Cvf6NVYiddI,
https://www.peekvids.com/watch?v=07V7nh0V6Z0, https://www.peekvids.com/watch?v=NqEgYP-uMI6, https://www.peekvids.com/watch?v=ZXQhst1I_tM,
https://www.peekvids.com/watch?v=PBJOyojGaju, https://www.peekvids.com/watch?v=p4XutBtTkLp, https://www.peekvids.com/watch?v=LR1RPTeIJNS,
https://www.peekvids.com/watch?v=jd6so0rk8Pc, https://www.peekvids.com/watch?v=TWf1fSVsWhQ, https://www.peekvids.com/watch?v=5IR6J3xUhyN,
https://www.peekvids.com/watch?v=gkoM9FbZoiZ, https://www.peekvids.com/watch?v=BPniRoqzli0, https://www.peekvids.com/watch?v=lS5sxXPNQpl,
https://www.peekvids.com/watch?v=6XRNtrI0qhV, https://www.peekvids.com/watch?v=LU-IJuRMK4n, https://www.peekvids.com/watch?v=WlZVgeHlM3a,
https://www.peekvids.com/watch?v=f4a5FIcJKqP, https://www.peekvids.com/watch?v=42byGVtsrFK, https://www.peekvids.com/watch?v=S59JHpMAkCz,
https://www.peekvids.com/watch?v=XRHS3mP5zDe, https://www.peekvids.com/watch?v=UCOujiMXk8X, https://www.peekvids.com/watch?v=dvFuNdHrIV5,
https://www.peekvids.com/watch?v=CHpjfFG9hqX, https://www.peekvids.com/watch?v=j8cc8xaeDA5, https://www.peekvids.com/watch?v=NiTzR1TyGT3,
https://www.peekvids.com/watch?v=X00xs_1FJIc, https://www.peekvids.com/watch?v=UCCXIvY3rhJ, https://www.peekvids.com/watch?v=5Z5KwL8RDJX,
https://www.peekvids.com/watch?v=jX1MTMn8Jod, https://www.peekvids.com/watch?v=fuuP9v4fqM7, https://www.peekvids.com/watch?v=xDrnEeTmGeR,

https://www.peekvids.com/watch?v=W-asXtlvXTS, https://www.peekvids.com/watch?v=g8yZqc2l_wC, https://www.peekvids.com/watch?v=oGdUEykrIPw, https://www.peekvids.com/watch?v=oOpvUkiA9XK, https://www.peekvids.com/watch?v=9zTtsFdnPyY, https://www.peekvids.com/watch?v=u7NvROFwY3M, https://www.peekvids.com/watch?v=XKwNQgvQZIy, https://www.peekvids.com/watch?v=J1wNPEtgFQv, https://www.peekvids.com/watch?v=Rh-adN8CUmg, https://www.peekvids.com/watch?v=7B3o40oPGHS, https://www.peekvids.com/watch?v=ElgZbWQWOmf, https://www.peekvids.com/watch?v=EnBvTPT5K3S, https://www.peekvids.com/watch?v=qqQmPymKzmB, https://www.peekvids.com/watch?v=gSyTJI18KR9, https://www.peekvids.com/watch?v=Am6j0slc9Cr, https://www.peekvids.com/watch?v=jMTuyogi3kt, https://www.peekvids.com/watch?v=2qqW0KwzQV6, https://www.peekvids.com/watch?v=w3oLSqwzKpt, https://www.peekvids.com/watch?v=wlAOjPAayBe, https://www.peekvids.com/watch?v=abo1J9BE3Rx, https://www.peekvids.com/watch?v=cfqq3z_buHc, https://www.peekvids.com/watch?v=raOvgqjnZFu, https://www.peekvids.com/watch?v=UHMnA2njnq9, https://www.peekvids.com/watch?v=4JEP8a0PaRa, https://www.peekvids.com/watch?v=Jf-EIc24eH9, https://www.peekvids.com/watch?v=2tXtDeWKS9w, https://www.peekvids.com/watch?v=i-t_dPdgZ7r, https://www.peekvids.com/watch?v=2EMSpS7loQU, https://www.peekvids.com/watch?v=QLLETDwke3y, https://www.peekvids.com/watch?v=H5UpAFamIem, https://www.peekvids.com/watch?v=aDVcDfBQ71h, https://www.peekvids.com/watch?v=rasoxWRaIBc, https://www.peekvids.com/watch?v=RTlDSjsHHpm, https://www.peekvids.com/watch?v=x9Szzmlb0v9, https://www.peekvids.com/watch?v=H6w1FTs5iQE, https://www.peekvids.com/watch?v=NIcO1u7YDJG, https://www.peekvids.com/watch?v=zQGSZ3FW6Qu, https://www.peekvids.com/watch?v=CXac8caPYUC, https://www.peekvids.com/watch?v=yiMiE1kWNa2, https://www.peekvids.com/watch?v=ILWEhpxacpS, https://www.peekvids.com/watch?v=aTx9Q1i9KYK, https://www.peekvids.com/watch?v=d_8lQmacoZJ, https://www.peekvids.com/watch?v=Ex50LWbmXod, https://www.peekvids.com/watch?v=Dk1pKaelV7j, https://www.peekvids.com/watch?v=YK1WothCgau
5.f. Date of third notice: 2015-10-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zxc246
5.b. Uploader's email address: zxc246@gmail.com
5.d. Uploader's profile: https://www.peekvids.com/user?act=feed&user=zxc246
5.e. List of videos posted by uploader: https://www.peekvids.com/watch?v=O71H-LUNrve, https://www.peekvids.com/watch?v=bNVNA7pkUJh, https://www.peekvids.com/watch?v=OL3zdGvqhUE, https://www.peekvids.com/watch?v=HZA9j4DJNws, https://www.peekvids.com/watch?v=TvRrDB8k5q7, https://www.peekvids.com/watch?v=Yts-E82HXsa
5.f. Date of third notice: 2015-10-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: facemico
5.b. Uploader's email address: mico037333113@kimo.com
5.d. Uploader's profile: http://www.playvid.com/member/facemico
5.e. List of videos posted by uploader: http://www.playvid.com/watch/g6PZg7EKPmj, http://www.playvid.com/watch/jqsEFwC8L6j, http://www.playvid.com/watch/HGP4CTmd2DG, http://www.playvid.com/watch/XAVTpsKZSWR
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: 08marie
5.b. Uploader's email address: lisarossi08@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/08marie
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KrJd6xvehyY, http://www.playvid.com/watch/Jz0xr07C8L4, http://www.playvid.com/watch/DQRSCRSnUob, http://www.playvid.com/watch/9h2JHl5AYnZ, http://www.playvid.com/watch/kKGXElBZfVY, http://www.playvid.com/watch/G0xQgSML0VI, http://www.playvid.com/watch/knfsKEJSyNO, http://www.playvid.com/watch/m3uBaZR3pIa, http://www.playvid.com/watch/CmsujaWBe6E, http://www.playvid.com/watch/zfONYueYKOe, http://www.playvid.com/watch/ZPn-FRCqdzx, http://www.playvid.com/watch/pSZbAVEWrAH, http://www.playvid.com/watch/0c6yt0rZvW-, http://www.playvid.com/watch/LcZj0vEfo9v, http://www.playvid.com/watch/ZAm0MeQBfzB, http://www.playvid.com/watch/dTQpbTZFNql, http://www.playvid.com/watch/87Z8Brat2Pu, http://www.playvid.com/watch/biovVNcNVl8, http://www.playvid.com/watch/oierV-i7RxT, http://www.playvid.com/watch/GWi5WBYaNYD, http://www.playvid.com/watch/6-Og-HFbvZu, http://www.playvid.com/watch/X5LOgjNqBNY, http://www.playvid.com/watch/BGosXDAjG7B, http://www.playvid.com/watch/htm54G3WJyy, http://www.playvid.com/watch/HL9I29pONMs, http://www.playvid.com/watch/vnRRT3DHk4x, http://www.playvid.com/watch/aoQ57ksmKzp, http://www.playvid.com/watch/QUmSJIVXsbJ, http://www.playvid.com/watch/viiDfJEJPTA, http://www.playvid.com/watch/FMgcIUnMguX, http://www.playvid.com/watch/p8fT73GDS8q, http://www.playvid.com/watch/hpf5gtiNnEz
5.f. Date of third notice: 2014-02-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: 20thhole
5.b. Uploader's email address: Theboss699@ymail.com
5.d. Uploader's profile: http://www.playvid.com/member/20thhole
5.e. List of videos posted by uploader: http://www.playvid.com/watch/l0r-7kMJPSb, http://www.playvid.com/watch/Kv5zqtzkknX, http://www.playvid.com/watch/EXruaVIIZY3, http://www.playvid.com/watch/b8kWW2TlZXK, http://www.playvid.com/watch/mHi6vZeVzcz, http://www.playvid.com/watch/qsBSTBQhRqG, http://www.playvid.com/watch/B6KCa72MzLq, http://www.playvid.com/watch/qQq9ZZZGF5F, http://www.playvid.com/watch/uuLaN9zO9B5, http://www.playvid.com/watch/d0dxYcszXdy, http://www.playvid.com/watch/6ZkI5MsWdmx, http://www.playvid.com/watch/gD02h9aq-Qv, http://www.playvid.com/watch/RgMZyE4CKLD, http://www.playvid.com/watch/Ojpm4MjxrUy, http://www.playvid.com/watch/Lz8GGiEofWo, http://www.playvid.com/watch/5zmB9UNHNVo, http://www.playvid.com/watch/puNLtxAYbkg, http://www.playvid.com/watch/lhzubyPHiB9, http://www.playvid.com/watch/EejEH8EnqCC, http://www.playvid.com/watch/q6L0LatEPc7, http://www.playvid.com/watch/Rxv6m3ViMw9, http://www.playvid.com/watch/u9NNEL49-wN, http://www.playvid.com/watch/FSzKMwJNCU6, http://www.playvid.com/watch/aIlIvQFVecS, http://www.playvid.com/watch/EoquxEBmTzI, http://www.playvid.com/watch/jYKHfa4vXoD, http://www.playvid.com/watch/SZBi4xiBGI3, http://www.playvid.com/watch/rgdiMAe7qJb, http://www.playvid.com/watch/2Gx8kcnudrT, http://www.playvid.com/watch/fA0mnJqzPos, http://www.playvid.com/watch/QdiY6HtU0BM, http://www.playvid.com/watch/FiTmiRnGFuG, http://www.playvid.com/watch/XXQkjvT3BAI, http://www.playvid.com/watch/ptstbKsboxW, http://www.playvid.com/watch/t65d0ZTYpn6, http://www.playvid.com/watch/l8vrp7RDqAs, http://www.playvid.com/watch/vCyR--sF9nt, http://www.playvid.com/watch/-dKLhviOM9D, http://www.playvid.com/watch/aBokBq6HvAG, http://www.playvid.com/watch/ecELumukzjr, http://www.playvid.com/watch/XfClTZ7boeL, http://www.playvid.com/watch/T8LG66bUFGT, http://www.playvid.com/watch/k8Ny47GushM, http://www.playvid.com/watch/LSVO3AQykts, http://www.playvid.com/watch/iAb2vLjdNvQ, http://www.playvid.com/watch/YvqOikSP7AU, http://www.playvid.com/watch/N8tBCheRD35, http://www.playvid.com/watch/YDpCwUIKwzL, http://www.playvid.com/watch/ZuMAv6XdfXG, http://www.playvid.com/watch/u9KBX3WiRcL, http://www.playvid.com/watch/H4a3JSfST34, http://www.playvid.com/watch/mP8yDaXeOZg, http://www.playvid.com/watch/lvghkThSLKw, http://www.playvid.com/watch/NAqOovYlbki, http://www.playvid.com/watch/zUrV6i7mKx0, http://www.playvid.com/watch/Cc63TlzHkqT, http://www.playvid.com/watch/QONuOPDcPwd, http://www.playvid.com/watch/AW7UjCJIfLo, http://www.playvid.com/watch/W2lHCrEX2As, http://www.playvid.com/watch/s4iYTcRd-MP, http://www.playvid.com/watch/tXwR-aWhMrn, http://www.playvid.com/watch/HPeY3nk0aUG, http://www.playvid.com/watch/0UQpZO-z4Tq, http://www.playvid.com/watch/fE7772SrZlS, http://www.playvid.com/watch/n9VSpjyQ0Jz, http://www.playvid.com/watch/LoNFyniN6NG, http://www.playvid.com/watch/WTIuMjohxqx, http://www.playvid.com/watch/7Vm55tsrAlI, http://www.playvid.com/watch/58moTJyzqDI, http://www.playvid.com/watch/hcEvj9cmf5c, http://www.playvid.com/watch/ynhauchHbxS, http://www.playvid.com/watch/khIOKlji2zh, http://www.playvid.com/watch/YsrG8nQD84z, http://www.playvid.com/watch/9M6aXeMRz99, http://www.playvid.com/watch/XGo5SUbcWBe, http://www.playvid.com/watch/ZPc49LvNWAG, http://www.playvid.com/watch/HSrXwHWdz0G, http://www.playvid.com/watch/2TSEucXG4hu, http://www.playvid.com/watch/gxLqYkHe2Qg, http://www.playvid.com/watch/BA3tBRihpBF, http://www.playvid.com/watch/8k8Qo4JepXb, http://www.playvid.com/watch/5nPCHpVqC2-, http://www.playvid.com/watch/jG2R7SaEcZF, http://www.playvid.com/watch/QHp9dFFGgh9, http://www.playvid.com/watch/U2BxQ0utOxI, http://www.playvid.com/watch/p0Hchr8wLCb, http://www.playvid.com/watch/Y25j6vRIjmP, http://www.playvid.com/watch/q9PyMbxTiPc, http://www.playvid.com/watch/NgGNdQrZfyr, http://www.playvid.com/watch/hTArGj6LfPK, http://www.playvid.com/watch/kjyzNlXsPyx, http://www.playvid.com/watch/4H35qaJZFrl, http://www.playvid.com/watch/leDqLrzLLFP, http://www.playvid.com/watch/CZXwIbSN5Rz, http://www.playvid.com/watch/tzxF5tLhLbP, http://www.playvid.com/watch/K7mercjbhD7, http://www.playvid.com/watch/qp6Esp8iqsm, http://www.playvid.com/watch/2aQusCsOeaa, http://www.playvid.com/watch/RgHOecQIAul, http://www.playvid.com/watch/5aCMkNEwDZg, http://www.playvid.com/watch/LHSVOHVz487, http://www.playvid.com/watch/e80GCCreKZe, http://www.playvid.com/watch/a5GRNKIkIAJ, http://www.playvid.com/watch/i3ihbm65ATN, http://www.playvid.com/watch/c3VJrFjXiP7, http://www.playvid.com/watch/kWuqUppVMGa, http://www.playvid.com/watch/AwGmvX-23xs, http://www.playvid.com/watch/zAL7rz9dnRu, http://www.playvid.com/watch/H_tty4SQOjF
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: 40OZ
5.b. Uploader's email address: miku_cosmin@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/40OZ
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UYrsUHLy3U-, http://www.playvid.com/watch/chdBlwGvPUW, http://www.playvid.com/watch/g9fVpUBZWqp, http://www.playvid.com/watch/WopT80QLBfN, http://www.playvid.com/watch/4PVNswmm5ON, http://www.playvid.com/watch/0A972tFvAE5, http://www.playvid.com/watch/uIrLiSiFkAj, http://www.playvid.com/watch/3FRoj5pW5WM, http://www.playvid.com/watch/KVIPesUBIl0, http://www.playvid.com/watch/eGuUg-KKPiO, http://www.playvid.com/watch/w6MWl59kRvg, http://www.playvid.com/watch/r3CjXUPR-MU, http://www.playvid.com/watch/ChLHEOJQvsg, http://www.playvid.com/watch/8EYwK-ZKMTp, http://www.playvid.com/watch/O4vKX305GqG, http://www.playvid.com/watch/UxDvR8gBYB8, http://www.playvid.com/watch/Ff9SfCCIgpd, http://www.playvid.com/watch/SasYxJoSzds, http://www.playvid.com/watch/w3bqwmUiM2F, http://www.playvid.com/watch/OvoL7l2MjM8, http://www.playvid.com/watch/dk2CtBq9fPS, http://www.playvid.com/watch/yzYtHD6FW2A, http://www.playvid.com/watch/pYM-bhd8C-h, http://www.playvid.com/watch/zKHabiY4d9T, http://www.playvid.com/watch/TgRTNZulZza, http://www.playvid.com/watch/MH696T8Lj3i, http://www.playvid.com/watch/Ch89l7EXeFg, http://www.playvid.com/watch/YxHGBp0BAUf, http://www.playvid.com/watch/tyVrPxwsNpC, http://www.playvid.com/watch/fYwCqdS4DdI, http://www.playvid.com/watch/K7SNJziWloL, http://www.playvid.com/watch/uEyaBoBYHtJ, http://www.playvid.com/watch/iWlzU6U9zaB, http://www.playvid.com/watch/9WPhFRfVhPd, http://www.playvid.com/watch/BZe7gNOnxyv, http://www.playvid.com/watch/A7mteb5ipPs, http://www.playvid.com/watch/Kdp5HXbHXl2, http://www.playvid.com/watch/gkK5KuQkSie, http://www.playvid.com/watch/A0y9m8wXfrm, http://www.playvid.com/watch/TWEDdxUrwCt, http://www.playvid.com/watch/p86q4YPYMfZ, http://www.playvid.com/watch/z2j2zniu7rs, http://www.playvid.com/watch/5uxPNFKaeRy, http://www.playvid.com/watch/GqC35vkKCG0, http://www.playvid.com/watch/820GA4lmKIU, http://www.playvid.com/watch/atYVM0hWjIF, http://www.playvid.com/watch/RRpLKqcRGMJ, http://www.playvid.com/watch/bsQlvsRGXSi, http://www.playvid.com/watch/NYYXe-Hp094, http://www.playvid.com/watch/3Yv8WjiLSc3, http://www.playvid.com/watch/wJjwSu4p8j3, http://www.playvid.com/watch/XZ6ueCXwbM0, http://www.playvid.com/watch/WODMTuN4Ils, http://www.playvid.com/watch/CNmRVVAOroJ, http://www.playvid.com/watch/8S25vWNyKw0, http://www.playvid.com/watch/ORndKwZaNW-, http://www.playvid.com/watch/g05l6fw-igg, http://www.playvid.com/watch/BuGA-l7g6Vj, http://www.playvid.com/watch/4kL53PE3mHU, http://www.playvid.com/watch/r5XVQZuAiqO, http://www.playvid.com/watch/YiSw0GLNk0f, http://www.playvid.com/watch/uRo52aHt8M3, http://www.playvid.com/watch/Ni7MUo-hygp, http://www.playvid.com/watch/xvVKpr4lqiL, http://www.playvid.com/watch/uIsE0S230at
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: 4ester
5.b. Uploader's email address: derbolly@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/4ester
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wU8JTFy2m3Y, http://www.playvid.com/watch/bb92nuLwkJ8,
http://www.playvid.com/watch/9Oj3W38KsoC, http://www.playvid.com/watch/rt9BpOhFmw6, http://www.playvid.com/watch/3j4sRXPdCNQ,
http://www.playvid.com/watch/LbxsvSTRYQX, http://www.playvid.com/watch/ZazFuZD6cnW, http://www.playvid.com/watch/bp6s55LLvOG,
http://www.playvid.com/watch/lDBY8YuVMCn, http://www.playvid.com/watch/GMrBnxo3iFa, http://www.playvid.com/watch/50vbl7NBX7y,
http://www.playvid.com/watch/hyDTkjQf8Ma, http://www.playvid.com/watch/EoFL0bch90s, http://www.playvid.com/watch/8bCsL63TJK5,
http://www.playvid.com/watch/IZSMN37zNNG, http://www.playvid.com/watch/uscUhKygPl-, http://www.playvid.com/watch/2IFt2Os3eU8,
http://www.playvid.com/watch/GrbmAN7cEhw, http://www.playvid.com/watch/ATuLV55u82l, http://www.playvid.com/watch/BD8Wbd62Yfk,
http://www.playvid.com/watch/-kaIxxHTutt, http://www.playvid.com/watch/0NWapNVxUgq, http://www.playvid.com/watch/4r-OP7dNK-7,
http://www.playvid.com/watch/r0xJd0FnoHE, http://www.playvid.com/watch/Vlna4j4OPtd, http://www.playvid.com/watch/LMjS8oOiPr4,
http://www.playvid.com/watch/I5B0rrKg6uH, http://www.playvid.com/watch/N7cTVGC90ic, http://www.playvid.com/watch/3mg3IIPstYP,
http://www.playvid.com/watch/6eO5daez9oA, http://www.playvid.com/watch/wXquF9OZlmS, http://www.playvid.com/watch/J4mHOF7fuUH,
http://www.playvid.com/watch/msmKdKLgdvc, http://www.playvid.com/watch/4qQwOweAPa-, http://www.playvid.com/watch/qPpQK5wLVhY,
http://www.playvid.com/watch/z26484Z8K4m, http://www.playvid.com/watch/Rkbxcrb2seN, http://www.playvid.com/watch/tIvGkX4xcJB,
http://www.playvid.com/watch/uPnmq084SqR, http://www.playvid.com/watch/oWof2OQLxof, http://www.playvid.com/watch/zHLbmfnp-OW,
http://www.playvid.com/watch/xMOg5aTVfMu, http://www.playvid.com/watch/upiB-iXdcv7, http://www.playvid.com/watch/Wbc4VbiDC8a,
http://www.playvid.com/watch/YgduDkGMLsP, http://www.playvid.com/watch/qu4PpwVfnFB, http://www.playvid.com/watch/rHU7FOuuGSQ,
http://www.playvid.com/watch/e5NQpFnokGc, http://www.playvid.com/watch/AmqQLi0aZy3, http://www.playvid.com/watch/V3pf4Bl7OCg,
http://www.playvid.com/watch/PnDhINLYtoi, http://www.playvid.com/watch/ifUHUsSc-fX, http://www.playvid.com/watch/Gxf6MRrusqu,
http://www.playvid.com/watch/NBZnRheYdWk, http://www.playvid.com/watch/ZziQ2iR0qfG, http://www.playvid.com/watch/vgEaSXOfEzy,
http://www.playvid.com/watch/Q6UQP83SBQn, http://www.playvid.com/watch/ut-bzlIbhyo, http://www.playvid.com/watch/EboX4DMsUcS,
http://www.playvid.com/watch/9Tg4xqYjCaI, http://www.playvid.com/watch/0KNuDlnWWWR, http://www.playvid.com/watch/3wv92IfIvEf,
http://www.playvid.com/watch/l8KvBiHEuBz, http://www.playvid.com/watch/m4DWJRDohfR, http://www.playvid.com/watch/CUhRPCgkP44,
http://www.playvid.com/watch/TNukCGaGifP, http://www.playvid.com/watch/bW43NXNplq8, http://www.playvid.com/watch/sbaLlwLwDAD,
http://www.playvid.com/watch/ilIbR3ft3R7, http://www.playvid.com/watch/wxRPbdu6rlt, http://www.playvid.com/watch/Ety22CbEjI0,
http://www.playvid.com/watch/F-UaDNGMDGS, http://www.playvid.com/watch/r-v54RdySpK, http://www.playvid.com/watch/irY79ikFF6j,
http://www.playvid.com/watch/7vIcxrF9Dt7, http://www.playvid.com/watch/lusWNpu6H5i, http://www.playvid.com/watch/NTln3I6Hezc,
http://www.playvid.com/watch/sJu0ZKJYKPE, http://www.playvid.com/watch/H6g7xhPzQfY, http://www.playvid.com/watch/dqWreniG5FW,
http://www.playvid.com/watch/tDM-43T9am3, http://www.playvid.com/watch/emQmSyvHOMs, http://www.playvid.com/watch/ux2AtX-IYHN,
http://www.playvid.com/watch/9Nb56ZvdBHi, http://www.playvid.com/watch/Q-obR3bQm5v, http://www.playvid.com/watch/jqoCCmnc8ZR,
http://www.playvid.com/watch/Ns9MQtCEvCm, http://www.playvid.com/watch/Y0OxvZjUEOC, http://www.playvid.com/watch/AwyoZNcDOQQ,
http://www.playvid.com/watch/mlQAjmlqaqF, http://www.playvid.com/watch/ul4FluGF25Z, http://www.playvid.com/watch/3nQzTOWT9VV,
http://www.playvid.com/watch/wpAtMwIhyVb, http://www.playvid.com/watch/pxxIbGWXIrh, http://www.playvid.com/watch/xizupOMdbSA,
http://www.playvid.com/watch/-NGPdPKuobX, http://www.playvid.com/watch/FeqPPMyq48g, http://www.playvid.com/watch/O4OXYeasmf8,
http://www.playvid.com/watch/9hyo4mDuO0J, http://www.playvid.com/watch/A34oqv2KDzg, http://www.playvid.com/watch/GhbMOcjWB2c,
http://www.playvid.com/watch/sh7K2AQu338, http://www.playvid.com/watch/mFnKoIiyA6q, http://www.playvid.com/watch/5CEnWxLgNTd,
http://www.playvid.com/watch/RuS7CYDxy5F, http://www.playvid.com/watch/bFxzNaGlFy8, http://www.playvid.com/watch/8sgqoeXf5vh,
http://www.playvid.com/watch/zz0DbCURd4v, http://www.playvid.com/watch/np5ux6NVHfI, http://www.playvid.com/watch/8yneUHekH6D,
http://www.playvid.com/watch/5bQo4I3SW6s, http://www.playvid.com/watch/QTJz0P0u2Q5, http://www.playvid.com/watch/FO7wjXLmqQM,
http://www.playvid.com/watch/pc7mCZmgvWu, http://www.playvid.com/watch/k6Zz3UAGCRK, http://www.playvid.com/watch/jBlgNF2wBRC,
http://www.playvid.com/watch/-6lqBIdYnEE, http://www.playvid.com/watch/-wupiCCPQgn, http://www.playvid.com/watch/Kj0QNhuuQuK,
http://www.playvid.com/watch/VtW4wHrH3Qt, http://www.playvid.com/watch/4u-UJz5qHGp, http://www.playvid.com/watch/9x-3S7lZnz4,
http://www.playvid.com/watch/b5XvoO5gadi, http://www.playvid.com/watch/iMtNR7ofaZs, http://www.playvid.com/watch/bYkwwPmTKwd,
http://www.playvid.com/watch/pdcCa-UdPwO, http://www.playvid.com/watch/Dqx3TOI04tB, http://www.playvid.com/watch/xNE8-mw5j8b,
http://www.playvid.com/watch/3vB6LLFyuqB, http://www.playvid.com/watch/MctnBmPgYzN
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: absolut
5.b. Uploader's email address: germangrey@yaho.com
5.d. Uploader's profile: http://www.playvid.com/member/absolut
5.e. List of videos posted by uploader: http://www.playvid.com/watch/R4L3cyax-C9, http://www.playvid.com/watch/3CyrucGzPgw,
http://www.playvid.com/watch/dKmLa6O8j03, http://www.playvid.com/watch/uSdMHgZgyoL, http://www.playvid.com/watch/uIPdlnTlVnC,
http://www.playvid.com/watch/N59OH7M2jeN, http://www.playvid.com/watch/bk6Iih8J4ry, http://www.playvid.com/watch/7VURqvxT6lm,
http://www.playvid.com/watch/M80vatGHRKD, http://www.playvid.com/watch/oi-8BurCUD0, http://www.playvid.com/watch/p8krwfo9uCo,
http://www.playvid.com/watch/UOL6EkTzGoo, http://www.playvid.com/watch/guMgzr4FQrp, http://www.playvid.com/watch/yn2rsHND8Dg,
http://www.playvid.com/watch/SN6InA-Xoe8, http://www.playvid.com/watch/mOmtRWKRJWD, http://www.playvid.com/watch/ca88qtcpdzp,
http://www.playvid.com/watch/LnC79oaU8Ys, http://www.playvid.com/watch/0M0ptCEHD9Q, http://www.playvid.com/watch/FMFRaX-kNMJ,
http://www.playvid.com/watch/D35PJInGgKC, http://www.playvid.com/watch/hYvFjFMTZi4, http://www.playvid.com/watch/PdgiMxwp7Qz,
http://www.playvid.com/watch/gGj2WfwKPpY, http://www.playvid.com/watch/78HxeBM5mQk, http://www.playvid.com/watch/tG5pRTAvl2Y,
http://www.playvid.com/watch/Gna-MKeVjMH, http://www.playvid.com/watch/pZIvx9S86J7, http://www.playvid.com/watch/Hd3ULYAzeRn,
http://www.playvid.com/watch/6hveyLVUv6Q, http://www.playvid.com/watch/7bvuVAXdVTK, http://www.playvid.com/watch/iFiLNNCfGBC,
http://www.playvid.com/watch/iBB0KsTDRaS, http://www.playvid.com/watch/x856XC4Otyi, http://www.playvid.com/watch/VGPrCQko-Eo,
http://www.playvid.com/watch/RAwG-nsnCUx, http://www.playvid.com/watch/VM9Bx4zYbnQ, http://www.playvid.com/watch/TOLc5fqSx7C,
http://www.playvid.com/watch/EQAztuOXTWe, http://www.playvid.com/watch/ZOaJlkVZyGR, http://www.playvid.com/watch/YOMIMLMS50t,
http://www.playvid.com/watch/r8f9N27JRAg, http://www.playvid.com/watch/VOvupXWTUbO, http://www.playvid.com/watch/7yIewA7A-g6,
http://www.playvid.com/watch/hnzxsJOCMkt, http://www.playvid.com/watch/4fVqHhzqfzj, http://www.playvid.com/watch/IzXDc5RAt9-,
http://www.playvid.com/watch/HpazKd5n8K9, http://www.playvid.com/watch/uNCzrC5weQw, http://www.playvid.com/watch/PL4Jq25hBzQ,
http://www.playvid.com/watch/T9HAKvg9TSP, http://www.playvid.com/watch/E0iLfq3LgPC, http://www.playvid.com/watch/hlBtWgGzdoz,
http://www.playvid.com/watch/6-sskhEvo53, http://www.playvid.com/watch/AY6oui0KSFA, http://www.playvid.com/watch/0m5tt7A0qUo,
http://www.playvid.com/watch/z0CNy2tLb6t, http://www.playvid.com/watch/dmVuDA9DMzO, http://www.playvid.com/watch/CWnaIPJTCtE,
http://www.playvid.com/watch/mjMU3PyEBJB, http://www.playvid.com/watch/ZX95WAwejA5, http://www.playvid.com/watch/0eKeb0bhm85,
http://www.playvid.com/watch/i2A7q2YjDzP, http://www.playvid.com/watch/FiZ0Rhc7m0-, http://www.playvid.com/watch/Twq4gSQuHzm,
http://www.playvid.com/watch/ky-kjkYJb4B, http://www.playvid.com/watch/20qwRkjb5U2, http://www.playvid.com/watch/VWSULnCvKg7,
http://www.playvid.com/watch/ENkLdGfSDIh, http://www.playvid.com/watch/ZoiGQ3bj3AE, http://www.playvid.com/watch/oHn8Ze2VTKe,
http://www.playvid.com/watch/0sPow-MnPHm, http://www.playvid.com/watch/4k2HmcCvdrn, http://www.playvid.com/watch/euFHnkB8bZ-,
http://www.playvid.com/watch/7ufKxbVgPqN, http://www.playvid.com/watch/ZPezdbZS6Fd, http://www.playvid.com/watch/xwCPARLgFH9,
http://www.playvid.com/watch/VJ7zWReLwR2, http://www.playvid.com/watch/lzYa6-5qLDF, http://www.playvid.com/watch/z3pBLecjgRg,
http://www.playvid.com/watch/VHRKXWdV6wS, http://www.playvid.com/watch/EsL5kIPDxa7, http://www.playvid.com/watch/oDwxCvDI8uA,
http://www.playvid.com/watch/5KLuUY2og04, http://www.playvid.com/watch/-XkwLwGGPKh, http://www.playvid.com/watch/dms6XnxAIpy,
http://www.playvid.com/watch/L55OYBqokX5, http://www.playvid.com/watch/5NjCeJjn2mj, http://www.playvid.com/watch/9Gmzg9sdDwq,
http://www.playvid.com/watch/M3nsO9AUq2x, http://www.playvid.com/watch/sOqYV2GYBzd, http://www.playvid.com/watch/9ByC5jgrJTH,
http://www.playvid.com/watch/ZERk3nDPWUl, http://www.playvid.com/watch/b2gYiKZhI5y, http://www.playvid.com/watch/IeNveSUB7Bk,
http://www.playvid.com/watch/xYfFP6SUC7t, http://www.playvid.com/watch/Fok8fopESHW, http://www.playvid.com/watch/l-cRLCecwhQ,
http://www.playvid.com/watch/sUpUPe79XIl, http://www.playvid.com/watch/utHog6MM-uM, http://www.playvid.com/watch/anVws7nXDuO,
http://www.playvid.com/watch/9pS8Qudf9bA, http://www.playvid.com/watch/XGHwLo2XaGD, http://www.playvid.com/watch/JAWAv3CLAkh,
http://www.playvid.com/watch/w66fn4Aky3g, http://www.playvid.com/watch/BTd5a3-jpsV, http://www.playvid.com/watch/HJSY5Dv85B4,
http://www.playvid.com/watch/WVdGc5myqfL, http://www.playvid.com/watch/07qZPesLRUL, http://www.playvid.com/watch/NEDh6ga8V-i,
http://www.playvid.com/watch/AFsE982JtlA, http://www.playvid.com/watch/3EE5r86mSSC, http://www.playvid.com/watch/km4gwsSr40x,
http://www.playvid.com/watch/NoVXvYu9zCG, http://www.playvid.com/watch/xp0j22OsjWO, http://www.playvid.com/watch/X22hmvsnLud,
http://www.playvid.com/watch/lvY9zdRTC8u, http://www.playvid.com/watch/sX6r-TAzTgE, http://www.playvid.com/watch/caQNLBkdkFm,
http://www.playvid.com/watch/gCPqNwtPvDi, http://www.playvid.com/watch/DhGLk2yknoG, http://www.playvid.com/watch/d8UOTF8WVH9,
http://www.playvid.com/watch/0jzogHj4ORq, http://www.playvid.com/watch/npdbYu6fBq3, http://www.playvid.com/watch/qceXg5e35qg,
http://www.playvid.com/watch/nk6sNbdrE8A, http://www.playvid.com/watch/65vElLk43ci, http://www.playvid.com/watch/yuQZl3mpnA5,

http://www.playvid.com/watch/ILSAKbbTkrL, http://www.playvid.com/watch/xB9j5gfXd8J, http://www.playvid.com/watch/IOXurPSPzj8, http://www.playvid.com/watch/wqbTdBN3xc8, http://www.playvid.com/watch/WoQLlbIKN93, http://www.playvid.com/watch/Y4n8slSs5ow, http://www.playvid.com/watch/oKtJNBpnILf, http://www.playvid.com/watch/ZpaQapi2MkL, http://www.playvid.com/watch/cyo2A-xFn3s, http://www.playvid.com/watch/UkM2naYfrqJ, http://www.playvid.com/watch/gLCN8xRzcmn, http://www.playvid.com/watch/kjOTvBV-kiR, http://www.playvid.com/watch/vVvepB-cVit, http://www.playvid.com/watch/anc5yNBXQ6K, http://www.playvid.com/watch/P3oaZh54atQ, http://www.playvid.com/watch/WJ4qQrZMb-9, http://www.playvid.com/watch/tK0Ncac2J4H, http://www.playvid.com/watch/EVFjMpfRMiA, http://www.playvid.com/watch/bNk8sNkVAI8, http://www.playvid.com/watch/ueKtrafOorR, http://www.playvid.com/watch/OHcVjtKJzft, http://www.playvid.com/watch/Otf0-kZ6vN9, http://www.playvid.com/watch/H4aAXi2LBUO, http://www.playvid.com/watch/e6IeMe9prwf, http://www.playvid.com/watch/SvwyQrhMA8B, http://www.playvid.com/watch/x3VuAjd0BPd, http://www.playvid.com/watch/kOLfs8zu972, http://www.playvid.com/watch/joYMYtYzqj0, http://www.playvid.com/watch/IJGRR9iMymH, http://www.playvid.com/watch/FyTLR2mL0jt, http://www.playvid.com/watch/X8mVZodx8A4, http://www.playvid.com/watch/twki3bSPnik, http://www.playvid.com/watch/l2bwLwHA3lg, http://www.playvid.com/watch/lMh3SfhI9Ih, http://www.playvid.com/watch/lTi3e9ywNQt, http://www.playvid.com/watch/9I7qfktbc-i, http://www.playvid.com/watch/0d6sF-LJW4F, http://www.playvid.com/watch/erdoGS-HdVR, http://www.playvid.com/watch/zjYhNwpH4on, http://www.playvid.com/watch/NHNhTrz5vbT, http://www.playvid.com/watch/q7ONQdHLN6h, http://www.playvid.com/watch/sS5olnMBr4A, http://www.playvid.com/watch/R5l0iM9Ljcu, http://www.playvid.com/watch/DfPfGE9MQul, http://www.playvid.com/watch/Gf4JGAWU4yd, http://www.playvid.com/watch/amD8tChoaMu, http://www.playvid.com/watch/dFdlJxScHSg, http://www.playvid.com/watch/QXQgfic2GhQ, http://www.playvid.com/watch/fmFSWpwMAaJ, http://www.playvid.com/watch/ANPDaExjSt7, http://www.playvid.com/watch/nlCeMldWnJx, http://www.playvid.com/watch/qbNyWtQAKZJ, http://www.playvid.com/watch/VJlQr2g9LRv, http://www.playvid.com/watch/ifqddH5PB2Y, http://www.playvid.com/watch/hOIEA5T-ag0, http://www.playvid.com/watch/Fh4qP3NRUOy, http://www.playvid.com/watch/rHQZuPpb0r2, http://www.playvid.com/watch/AsyRpQIDf76, http://www.playvid.com/watch/zsCBfedfbJ5, http://www.playvid.com/watch/yTmn7zMreCT, http://www.playvid.com/watch/h8T-hscDjtf, http://www.playvid.com/watch/to2iHKjPBiw, http://www.playvid.com/watch/FKyyIRvc2wv, http://www.playvid.com/watch/ZW7ubc434qh, http://www.playvid.com/watch/CatVWr9ZJN6, http://www.playvid.com/watch/vSi2qXavU97, http://www.playvid.com/watch/-uKsgDijoSz, http://www.playvid.com/watch/SewsvHQKFzk, http://www.playvid.com/watch/EbjyBPf4s2c, http://www.playvid.com/watch/AL-U-sjKBeS, http://www.playvid.com/watch/kBes42EbMzD, http://www.playvid.com/watch/6XgpJbry4Ea, http://www.playvid.com/watch/VU7jA29rWQX, http://www.playvid.com/watch/PuP6KGYYphJ, http://www.playvid.com/watch/pMKTM77HK2O, http://www.playvid.com/watch/oIC9PVtiSM9, http://www.playvid.com/watch/JfCTfoKDWtF, http://www.playvid.com/watch/Fx7zaUVdMdh, http://www.playvid.com/watch/TL8JnPRwfiX, http://www.playvid.com/watch/XdlYpk47BzQ, http://www.playvid.com/watch/08sBN-0dNVn, http://www.playvid.com/watch/eaB9JbzRCeE, http://www.playvid.com/watch/-zHRqDe67zG, http://www.playvid.com/watch/B-OLIlJ8uAx, http://www.playvid.com/watch/PODVSaM6PDz, http://www.playvid.com/watch/rxXXgsGO4U9, http://www.playvid.com/watch/kZ3JcIFmfve, http://www.playvid.com/watch/kcy0qbXg2rJ, http://www.playvid.com/watch/KYCNzQHAiZo, http://www.playvid.com/watch/rA5HfG0WNUe, http://www.playvid.com/watch/7mqewruFOMQ, http://www.playvid.com/watch/xkBQ-eebCc3, http://www.playvid.com/watch/z3fycn92EZl, http://www.playvid.com/watch/BsQJay9oXr3, http://www.playvid.com/watch/TXFa42qJv2b, http://www.playvid.com/watch/b9vGLCH0ZkL, http://www.playvid.com/watch/MRtOZIGeVdw, http://www.playvid.com/watch/s0rBoRZF-kl, http://www.playvid.com/watch/ttWtXeSj5dO, http://www.playvid.com/watch/w7-SwtjWRcI, http://www.playvid.com/watch/gm42fz0DVXm, http://www.playvid.com/watch/OBGlCnPsyON, http://www.playvid.com/watch/8oiVZ-Xjl9h, http://www.playvid.com/watch/7I8NdfhBXmh, http://www.playvid.com/watch/luFKfwIj3JB, http://www.playvid.com/watch/jkV-t4EV0DB, http://www.playvid.com/watch/42-djYPJfYk, http://www.playvid.com/watch/MOuSugze39h, http://www.playvid.com/watch/wDvrI7RKCEn, http://www.playvid.com/watch/kzCttJOoq08, http://www.playvid.com/watch/MOZkZxcmYja, http://www.playvid.com/watch/pk32MASoMmC, http://www.playvid.com/watch/P5WLMR9rycg, http://www.playvid.com/watch/5SEtLOyQA2h, http://www.playvid.com/watch/CK0V2Wppait, http://www.playvid.com/watch/8yF4coIiqu2, http://www.playvid.com/watch/NoTEKhgZb3g, http://www.playvid.com/watch/yVI45HYG2GZ, http://www.playvid.com/watch/fMTmTqDe9to, http://www.playvid.com/watch/AKy0f7-ASB8, http://www.playvid.com/watch/oE7H7VGacm0, http://www.playvid.com/watch/f7lG5-Gvkks, http://www.playvid.com/watch/hvVqiF4TPcq, http://www.playvid.com/watch/KGadEFOIEHR, http://www.playvid.com/watch/NxeKtvQP955, http://www.playvid.com/watch/3tiOkIjcyMG
5.f. Date of third notice: 2013-07-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: acevesuvius
5.b. Uploader's email address: acevesuvius@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/acevesuvius
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qfEaGTTlcoT, http://www.playvid.com/watch/hoPjXOGkaPg, http://www.playvid.com/watch/WkSrG6rYaZc, http://www.playvid.com/watch/UjUL0iSLPsz, http://www.playvid.com/watch/zGviIfE66lL, http://www.playvid.com/watch/Gg40hWuPJx5, http://www.playvid.com/watch/OrUr50gtFR0, http://www.playvid.com/watch/2yi49hzu1Zz, http://www.playvid.com/watch/RNu510WqfRv, http://www.playvid.com/watch/FsJ2TopCtfo, http://www.playvid.com/watch/gMacLwFeW6H, http://www.playvid.com/watch/oOM22vaM-qN, http://www.playvid.com/watch/Yj3e29i-Eon, http://www.playvid.com/watch/NfOrBQpyXl8, http://www.playvid.com/watch/8DZjLOlhLw9, http://www.playvid.com/watch/dCd2C24SfCs, http://www.playvid.com/watch/sFxmkBp0eSJ, http://www.playvid.com/watch/iRpUi4Yuxjm, http://www.playvid.com/watch/lhNj2OS2CrS, http://www.playvid.com/watch/fwcJQpLHIW8, http://www.playvid.com/watch/CX5vr8j58YR, http://www.playvid.com/watch/TOR9uy7fwiH, http://www.playvid.com/watch/NtK7p69FyCR, http://www.playvid.com/watch/LTfMHMAEnCC, http://www.playvid.com/watch/4-0-X-hgGZa, http://www.playvid.com/watch/Ehz0nYroBWs, http://www.playvid.com/watch/lvFquJ9jBFZ, http://www.playvid.com/watch/QCQu9_MZ5vQ, http://www.playvid.com/watch/f_zQCF-Vnil, http://www.playvid.com/watch/VN32I7Nhdhd, http://www.playvid.com/watch/zE-Bzz_cNZy, http://www.playvid.com/watch/ufWTGI-p-8O, http://www.playvid.com/watch/x63sLgBBUEp, http://www.playvid.com/watch/jmsY6tiDCD8, http://www.playvid.com/watch/GneyyDAePpJ, http://www.playvid.com/watch/hsobASgXtlX, http://www.playvid.com/watch/u13-hEwr5eC, http://www.playvid.com/watch/NoPxUNbmdkl, http://www.playvid.com/watch/oNaIwh8Zgbj, http://www.playvid.com/watch/9d76M6Ag6il, http://www.playvid.com/watch/R_Zd3SdM6pl, http://www.playvid.com/watch/UXFB1ioGuhC, http://www.playvid.com/watch/LECcyLqBrvo, http://www.playvid.com/watch/8V81gorhHOV, http://www.playvid.com/watch/cUnu1KvT4pt, http://www.playvid.com/watch/UFgl7KhyDFh, http://www.playvid.com/watch/cPVWJXkD9ou, http://www.playvid.com/watch/d6mXGomACwX, http://www.playvid.com/watch/X372llg4LsI, http://www.playvid.com/watch/s7ZkUAaZUvg, http://www.playvid.com/watch/PCVvAzPxvEk, http://www.playvid.com/watch/IAnnQh7qW2u, http://www.playvid.com/watch/pd1K3NtEsON, http://www.playvid.com/watch/8JY1kVMBJ_X, http://www.playvid.com/watch/l90Z__HDinb, http://www.playvid.com/watch/3yW-j2GHxTI, http://www.playvid.com/watch/OTnzqFgz8C7, http://www.playvid.com/watch/pY4M3unGMR0, http://www.playvid.com/watch/PcOYiz3DrFa, http://www.playvid.com/watch/kkqOITBDHG7, http://www.playvid.com/watch/vcUVye3tQTr, http://www.playvid.com/watch/aGBiBBIeVtZ, http://www.playvid.com/watch/Ggopl0RaIH4, http://www.playvid.com/watch/ts5r6JDkjKp, http://www.playvid.com/watch/2xsquGLCUIq, http://www.playvid.com/watch/lu-XDXi09mq, http://www.playvid.com/watch/LBMAe_tQ6dM, http://www.playvid.com/watch/jZbjGmDdGXu, http://www.playvid.com/watch/RbiVHuES6aJ, http://www.playvid.com/watch/PqKGUe22DvG, http://www.playvid.com/watch/OGdcZXdd5Ai, http://www.playvid.com/watch/GnBbCmZJ3_B, http://www.playvid.com/watch/KhJzoAVv18g, http://www.playvid.com/watch/NVVLUC1a9zc, http://www.playvid.com/watch/ARY1UevdZwz, http://www.playvid.com/watch/wGY8p2nNTxf, http://www.playvid.com/watch/pbtVv8qiPGk, http://www.playvid.com/watch/7JfAQnzx9Z2, http://www.playvid.com/watch/huopTiKAGPB, http://www.playvid.com/watch/cn2kcz38nBS, http://www.playvid.com/watch/cruMe3DoAqe, http://www.playvid.com/watch/mvJnTIA2UsF, http://www.playvid.com/watch/U_tuRMk_VcO, http://www.playvid.com/watch/zuqtqI80BC8, http://www.playvid.com/watch/BHuYB8FhCmT, http://www.playvid.com/watch/BeY1fnhGG1r, http://www.playvid.com/watch/dIJq3F07ZAC, http://www.playvid.com/watch/2wujsWJqYMN, http://www.playvid.com/watch/ljyyKyJMCH6, http://www.playvid.com/watch/JhlgQpBg7HV, http://www.playvid.com/watch/7RqqVjjx2-R, http://www.playvid.com/watch/bx4MqNz-BrU, http://www.playvid.com/watch/GhU6pR7zQHh, http://www.playvid.com/watch/ZrCD9HS78QM, http://www.playvid.com/watch/EuYEdKfFAbI, http://www.playvid.com/watch/KxeYFLQutaG, http://www.playvid.com/watch/U8Om86elr_j, http://www.playvid.com/watch/xsNEo9UYSSI, http://www.playvid.com/watch/ts0jVGOsP8Y, http://www.playvid.com/watch/asWCV6jMC4Q, http://www.playvid.com/watch/Rf-gTFr_1un, http://www.playvid.com/watch/sF5IuwgVjSj, http://www.playvid.com/watch/chUHa5EJtk4, http://www.playvid.com/watch/LJ6QiYeFtXL, http://www.playvid.com/watch/pQ7MOu_qG9L, http://www.playvid.com/watch/aNm9OT_JlrE, http://www.playvid.com/watch/7O6PaHRVU-H, http://www.playvid.com/watch/KUK9bjzS77S, http://www.playvid.com/watch/0V7WMor0hRs, http://www.playvid.com/watch/KQOZQo4Latr, http://www.playvid.com/watch/HgWQc19tLls, http://www.playvid.com/watch/ojO62GiBvKB, http://www.playvid.com/watch/GglCIL9sKT2, http://www.playvid.com/watch/VlwNdHg16CL, http://www.playvid.com/watch/c6dEBTaAsNj, http://www.playvid.com/watch/BXPujdFwkUm, http://www.playvid.com/watch/DZBHLaTNJEW, http://www.playvid.com/watch/LCIC5mS_DMf, http://www.playvid.com/watch/XNwflgSNNl9, http://www.playvid.com/watch/DhPManR3_I5, http://www.playvid.com/watch/xmojfxPIuQA, http://www.playvid.com/watch/WdpWoCfqyDV, http://www.playvid.com/watch/XRiS1KvPLDS, http://www.playvid.com/watch/oCwBJGhZfSa, http://www.playvid.com/watch/j_ZNeWLxm2M, http://www.playvid.com/watch/f58qKSu27Fc, http://www.playvid.com/watch/jh15c6JpHhl, http://www.playvid.com/watch/UFQ3aCfio3k, http://www.playvid.com/watch/kmPippxFNFj, http://www.playvid.com/watch/uagD6oCg6Qr, http://www.playvid.com/watch/mOvn1-7hGGH, http://www.playvid.com/watch/RM_fxE4f2Ck, http://www.playvid.com/watch/PlhNEwUZiuI, http://www.playvid.com/watch/eqvCk4G2TWP, http://www.playvid.com/watch/kenghpn1QzY, http://www.playvid.com/watch/Z5qrqRuChvZ, http://www.playvid.com/watch/9QRXCj9lYf0, http://www.playvid.com/watch/4Pkui6i7duo, http://www.playvid.com/watch/0EoJIpR5sEX, http://www.playvid.com/watch/P42pxaijXID, http://www.playvid.com/watch/UdkoBtmezlF, http://www.playvid.com/watch/WN2dRQqfPSa, http://www.playvid.com/watch/N08wn9em9Qh,

http://www.playvid.com/watch/gF8S_rLTIN4, http://www.playvid.com/watch/vxxb3Nccplc, http://www.playvid.com/watch/cHYcxWgAf7o, http://www.playvid.com/watch/QodQCuY0fPJ, http://www.playvid.com/watch/WpKjMfSxzuc, http://www.playvid.com/watch/mtt0Bhm2Gwi
5.f. Date of third notice: 2014-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: adaelion
5.b. Uploader's email address: adael_irizarry@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/adaelion
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FVjFouzSsrR, http://www.playvid.com/watch/jiis1FtJ-8V, http://www.playvid.com/watch/jcHaIfcEzf9, http://www.playvid.com/watch/qjA_T3Oa7iy, http://www.playvid.com/watch/oqrcgmFCRjc, http://www.playvid.com/watch/ztEIqVvr4zy, http://www.playvid.com/watch/uTusIdPmEZE, http://www.playvid.com/watch/onPWpdlTILA, http://www.playvid.com/watch/tgleD_0OAqG, http://www.playvid.com/watch/8sEnHvenuPq, http://www.playvid.com/watch/ntQACpuTa8T, http://www.playvid.com/watch/xspsrSjX7Ny, http://www.playvid.com/watch/u5bYXVxLxLF, http://www.playvid.com/watch/MZVq2K5jZXX, http://www.playvid.com/watch/BnBQLvwl0cu, http://www.playvid.com/watch/9BpO1F32I_9, http://www.playvid.com/watch/NAn5JarhjZ8, http://www.playvid.com/watch/UWb4PeFHdtX, http://www.playvid.com/watch/E2Q-6hyCEqu, http://www.playvid.com/watch/x7JFAsO84ey, http://www.playvid.com/watch/ZLaqYonUq9S, http://www.playvid.com/watch/x7EYo2CHR7z, http://www.playvid.com/watch/XItsMu9rsm0, http://www.playvid.com/watch/3HQrIg0__8x, http://www.playvid.com/watch/zOLT3bP_9s2, http://www.playvid.com/watch/782ZsHOzA0a, http://www.playvid.com/watch/GN5EcmvNCXk, http://www.playvid.com/watch/uagCr6uwa3l, http://www.playvid.com/watch/LRYNlCA2T5L, http://www.playvid.com/watch/3RgUdbZ-6eK, http://www.playvid.com/watch/wjjTpC77MO8, http://www.playvid.com/watch/retX9Ve8qcC, http://www.playvid.com/watch/wGyWgTpTlZ3, http://www.playvid.com/watch/W8G1QFA1k_7, http://www.playvid.com/watch/v7i-7MP7nvk, http://www.playvid.com/watch/u3ryMtTfcpe, http://www.playvid.com/watch/UOMKevpi3b5, http://www.playvid.com/watch/ytZUuM4pLK0, http://www.playvid.com/watch/UWd_2cf358I, http://www.playvid.com/watch/5eqQFsAo9mv, http://www.playvid.com/watch/7LPN-lXpOcN, http://www.playvid.com/watch/9_2Y11sPuPu, http://www.playvid.com/watch/KWhzwwYN6yJ, http://www.playvid.com/watch/MYPjWPD6nlv, http://www.playvid.com/watch/7jrJ_zjqp7d, http://www.playvid.com/watch/mRSq6v0cF6G, http://www.playvid.com/watch/YRjfao5zXes, http://www.playvid.com/watch/hzcskA79BG6, http://www.playvid.com/watch/TcF1wlYeDhn, http://www.playvid.com/watch/WhZDfECn6fc, http://www.playvid.com/watch/bkvUdfCQz37, http://www.playvid.com/watch/pbM5oyIGeHi, http://www.playvid.com/watch/FkABf9xfMpb, http://www.playvid.com/watch/OZoB8kO5_4V, http://www.playvid.com/watch/wSyzkNG7Ivq, http://www.playvid.com/watch/DGY0KBEc5Ar, http://www.playvid.com/watch/ZndZ586x0Ka, http://www.playvid.com/watch/AgAHc2ljJae, http://www.playvid.com/watch/mojeDHtodkN, http://www.playvid.com/watch/ry9mZ8VH_Bg, http://www.playvid.com/watch/Zbo9c4hAMl6, http://www.playvid.com/watch/rOaYJs20men, http://www.playvid.com/watch/26Q0vf4KBNx, http://www.playvid.com/watch/TBxk_gk8d1B, http://www.playvid.com/watch/Bb-M8GpxtbR, http://www.playvid.com/watch/5z706B0e3kt, http://www.playvid.com/watch/3fLNzfC-ExI, http://www.playvid.com/watch/AfV-2vgfhdO, http://www.playvid.com/watch/t4hHjBZCScu, http://www.playvid.com/watch/Z0TtOISXrZP, http://www.playvid.com/watch/ccQUMoRJDQq, http://www.playvid.com/watch/yzb5NEAtfZe, http://www.playvid.com/watch/8N90ngl0xHb, http://www.playvid.com/watch/bRjPqRYRLMF, http://www.playvid.com/watch/r3ZNIhu2umY, http://www.playvid.com/watch/kxH7KFXLS_6, http://www.playvid.com/watch/XjmeI8aQ1Cj, http://www.playvid.com/watch/CT7PCgeojxY, http://www.playvid.com/watch/3lTpE8L--LK, http://www.playvid.com/watch/xwBprNqhZjn, http://www.playvid.com/watch/GVyF8_9Hj6G, http://www.playvid.com/watch/bvTuB847yYX, http://www.playvid.com/watch/Lsft_TwY9pR, http://www.playvid.com/watch/RijmIzAD-Ox, http://www.playvid.com/watch/DhZ0-mJ6fax, http://www.playvid.com/watch/2WKTtqgeQyw, http://www.playvid.com/watch/b6FNwDADyia, http://www.playvid.com/watch/Rn7pQOIRbzk, http://www.playvid.com/watch/HOfWoIUEK3w, http://www.playvid.com/watch/3xyt2tsgHS9, http://www.playvid.com/watch/pgTOkRaKeJ8, http://www.playvid.com/watch/xkF2pI0Y__0, http://www.playvid.com/watch/4qIJOcDUf7m, http://www.playvid.com/watch/PtxgHvbHUeS, http://www.playvid.com/watch/xzBRCbFjw-y, http://www.playvid.com/watch/blHm3XBL9KY, http://www.playvid.com/watch/R-eATlzogYt, http://www.playvid.com/watch/hUNyhRopeSp, http://www.playvid.com/watch/yLXkLBFWz6d, http://www.playvid.com/watch/91PTJ-HphXx, http://www.playvid.com/watch/V4W3TxVT7Uc, http://www.playvid.com/watch/7lPu9fTv0Yp, http://www.playvid.com/watch/Nzw-ANUuTh3, http://www.playvid.com/watch/nn5H6Fzerl9, http://www.playvid.com/watch/x3d4EY0RPoo, http://www.playvid.com/watch/SmVdRU5RLmR, http://www.playvid.com/watch/aQ6n05vHOiT, http://www.playvid.com/watch/LUIOmqfA-1q, http://www.playvid.com/watch/eaLCRfWFW3c, http://www.playvid.com/watch/3ZpK60GdR69, http://www.playvid.com/watch/eSJugeSgV9Q, http://www.playvid.com/watch/WNLH4tFXDJN, http://www.playvid.com/watch/l3xDE3F6Ryl, http://www.playvid.com/watch/3VxIte2_COV, http://www.playvid.com/watch/pAVckqjvnMU, http://www.playvid.com/watch/I8BpP0gGxiw, http://www.playvid.com/watch/23JFU8_NPSJ, http://www.playvid.com/watch/loKMyE1K7sB, http://www.playvid.com/watch/OQdS1AhLwiH, http://www.playvid.com/watch/kU1TVma4PNy, http://www.playvid.com/watch/oXLkyzAmLvX, http://www.playvid.com/watch/K2RxK0eF7TP, http://www.playvid.com/watch/SmCJsFbGsMz, http://www.playvid.com/watch/P6FaiZjXlwZ, http://www.playvid.com/watch/sVSzpj6ZOKU, http://www.playvid.com/watch/GxlD3k28Rms, http://www.playvid.com/watch/ycmvoZgPo3d, http://www.playvid.com/watch/Rba9YAsrKGl, http://www.playvid.com/watch/ivsExM9tQjr, http://www.playvid.com/watch/iCeXXCcX3II, http://www.playvid.com/watch/JpVJKOASdR4, http://www.playvid.com/watch/xxFpGdMkV-r, http://www.playvid.com/watch/49J0o32WKES, http://www.playvid.com/watch/rq0ULDhdOR7, http://www.playvid.com/watch/YQoFcqotQbY, http://www.playvid.com/watch/h8JZJNF1RyF, http://www.playvid.com/watch/6o4C5-9DH4x, http://www.playvid.com/watch/gmjZs8CUUNb, http://www.playvid.com/watch/8fMpLsbgTwr, http://www.playvid.com/watch/raRiQ9_jsbe, http://www.playvid.com/watch/Ls3LD5ZLTXO, http://www.playvid.com/watch/5FeAIqo5oaa, http://www.playvid.com/watch/LIQIsxgMMK9, http://www.playvid.com/watch/4cbtBVWszoK, http://www.playvid.com/watch/9bzAm_0tlef, http://www.playvid.com/watch/GrKZs1uot4Z, http://www.playvid.com/watch/KOhP3o-eAU2, http://www.playvid.com/watch/jUKTZIUbtiL, http://www.playvid.com/watch/HObxh54h9oU, http://www.playvid.com/watch/eMiEqzwRUvJ, http://www.playvid.com/watch/CGO90W-UAup, http://www.playvid.com/watch/p0c2vhj38YR, http://www.playvid.com/watch/KoPROJpCTe0, http://www.playvid.com/watch/zw0Plx8g3QQ, http://www.playvid.com/watch/aQrrcKG7g85, http://www.playvid.com/watch/Y4QC3UHZ7AC
5.f. Date of third notice: 2015-09-14 12:47:23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: adikt
5.b. Uploader's email address: miklekirk@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/adikt
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wJLfu8kvkR7, http://www.playvid.com/watch/gd4M4VQe-IP, http://www.playvid.com/watch/tSOUsemrkOF, http://www.playvid.com/watch/E0jYbbXiZNb, http://www.playvid.com/watch/epJ2w9H97HX, http://www.playvid.com/watch/mNNnnN7xBlC, http://www.playvid.com/watch/W0vFX-OsSxU, http://www.playvid.com/watch/fCHkGMwxjLa, http://www.playvid.com/watch/IhkoMXC3Qkj, http://www.playvid.com/watch/p4kMdzpECKO, http://www.playvid.com/watch/RIVxnbVsefv, http://www.playvid.com/watch/6unMIbDpnmj, http://www.playvid.com/watch/kVLOQMIkO3J, http://www.playvid.com/watch/IxgjaAky4GB, http://www.playvid.com/watch/PZLqQ6zrpBq, http://www.playvid.com/watch/lUt0mzU9vZz, http://www.playvid.com/watch/PBX3Sq9264j, http://www.playvid.com/watch/lN6tuA0hSE9, http://www.playvid.com/watch/5Pl4l8nClCs, http://www.playvid.com/watch/ilduWkJwymp, http://www.playvid.com/watch/FUOWYtDpA2w, http://www.playvid.com/watch/BTIGQ7TCACg, http://www.playvid.com/watch/mLVfjuqSite, http://www.playvid.com/watch/ZwGeqBEcj0P, http://www.playvid.com/watch/4NjhGDqhivc, http://www.playvid.com/watch/s-FPl9V2ZjI, http://www.playvid.com/watch/lKz3btI0yqh, http://www.playvid.com/watch/9atVL7tvcRp, http://www.playvid.com/watch/mpCP6Iq8rXS, http://www.playvid.com/watch/YgbwfOxgeNx, http://www.playvid.com/watch/bPIgzLuxhdJ, http://www.playvid.com/watch/hQlDBwYxa7c, http://www.playvid.com/watch/4P2dopFx3FA, http://www.playvid.com/watch/M-qsNIIeDbt, http://www.playvid.com/watch/pfFImPpnGCR, http://www.playvid.com/watch/PkGC5r7iePj, http://www.playvid.com/watch/60U0fwRdd3s, http://www.playvid.com/watch/5-4Mc055rf4, http://www.playvid.com/watch/jPmwWCaZ8NF, http://www.playvid.com/watch/nZjrBOeAeXc, http://www.playvid.com/watch/ZecHMbtTJd0, http://www.playvid.com/watch/C4ZLmVyvk0e, http://www.playvid.com/watch/5dq7JkJeY59, http://www.playvid.com/watch/-MUwB9LiKSZ, http://www.playvid.com/watch/DazqldCaIgy, http://www.playvid.com/watch/MWoz5Uovqji, http://www.playvid.com/watch/dUsCdhq0X7E, http://www.playvid.com/watch/kQvnZ7dJCa6, http://www.playvid.com/watch/42ygC0EfJxd, http://www.playvid.com/watch/7NgWwyNTuTR, http://www.playvid.com/watch/ERSvOOAdAQx, http://www.playvid.com/watch/9OFjBHfEjY7, http://www.playvid.com/watch/9RdZmMZPhmK, http://www.playvid.com/watch/c7vF-gdHvpW, http://www.playvid.com/watch/AGQY77p9H4h, http://www.playvid.com/watch/6BeTlZCLmoB, http://www.playvid.com/watch/tJivESuLDyr, http://www.playvid.com/watch/iQqDQLZmV5U, http://www.playvid.com/watch/MfrtjkygEpR, http://www.playvid.com/watch/dcs2pRflpKW, http://www.playvid.com/watch/VjCRMlVjK4p, http://www.playvid.com/watch/AgUT2w2gRdZ, http://www.playvid.com/watch/tY7i-ZGF6Ix, http://www.playvid.com/watch/nxYozcikAHE, http://www.playvid.com/watch/eDbT5d0lPE7, http://www.playvid.com/watch/4FwfeBJVUfC, http://www.playvid.com/watch/zEY5OzQBDJl, http://www.playvid.com/watch/UI4koOTmYtP, http://www.playvid.com/watch/ydD5tlnYKQS, http://www.playvid.com/watch/xLzr9Ske-d2, http://www.playvid.com/watch/0tbaqiwaXJE, http://www.playvid.com/watch/Uttg0bn3BQq, http://www.playvid.com/watch/r3AnTmatbQN, http://www.playvid.com/watch/29R7KVlGTZB, http://www.playvid.com/watch/XKKPAGqQMI5, http://www.playvid.com/watch/qTbTE4ppph4, http://www.playvid.com/watch/kExUpP-FeGH, http://www.playvid.com/watch/wWPNLfyV47V, http://www.playvid.com/watch/kpaYHXuOdfx, http://www.playvid.com/watch/BhyXElCPQLV, http://www.playvid.com/watch/DLS7r5LE9aW, http://www.playvid.com/watch/l3XexpbhraN, http://www.playvid.com/watch/EKbdZdhb07Q, http://www.playvid.com/watch/5KbyLKq4-pc, http://www.playvid.com/watch/hN8PjQoZbVW, http://www.playvid.com/watch/qgSnShaVu4u,

http://www.playvid.com/watch/dkRb0TUdQa3, http://www.playvid.com/watch/8hY4WK6uOvH, http://www.playvid.com/watch/pV9UndlssUJ, http://www.playvid.com/watch/2IE3dnlVpG8, http://www.playvid.com/watch/r2Hwv-onLrm, http://www.playvid.com/watch/L7S4Y4j5Ofe, http://www.playvid.com/watch/WOrwr9vtwYg, http://www.playvid.com/watch/IK3MrJVn4D0, http://www.playvid.com/watch/9u0IsAE8cnl, http://www.playvid.com/watch/u3CMRnRshjA, http://www.playvid.com/watch/2mBkHLGLnzr, http://www.playvid.com/watch/68oFA9ZajeZ, http://www.playvid.com/watch/96bzjjfQqYB, http://www.playvid.com/watch/QivWgVaXVcf, http://www.playvid.com/watch/-2pSSnWCP2o, http://www.playvid.com/watch/wIetTwwE37-, http://www.playvid.com/watch/brmFYyYOz9G
5.f. Date of third notice: 2014-02-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aditim23
5.b. Uploader's email address: aditim23@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/aditim23
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zChjI-nGQW7, http://www.playvid.com/watch/ghBA3q26jK7, http://www.playvid.com/watch/OkfYh-GUc8Y, http://www.playvid.com/watch/usq9F3CiAIN, http://www.playvid.com/watch/WzSbfhRpDGQ, http://www.playvid.com/watch/mFc0LnN7Awc
5.f. Date of third notice: 2013-12-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: adventuregirl91
5.b. Uploader's email address: adventuregirl91@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/adventuregirl91
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xQlpPhCZAmj, http://www.playvid.com/watch/DToDgy5Cdhl, http://www.playvid.com/watch/qQhqqQ0Sg2X, http://www.playvid.com/watch/hHt2VeEc96l, http://www.playvid.com/watch/aGmSYJUAJIg, http://www.playvid.com/watch/PIM4iIG9OAR, http://www.playvid.com/watch/mY2o9SzqoIt, http://www.playvid.com/watch/r6rz-zOcOTq, http://www.playvid.com/watch/uBsyPDTorWw, http://www.playvid.com/watch/FbDHVUYOFVW, http://www.playvid.com/watch/pCVE0WGFxn-, http://www.playvid.com/watch/silzgzNsZ-v, http://www.playvid.com/watch/8xAijQwQdlK, http://www.playvid.com/watch/eFVFSm-aHi9, http://www.playvid.com/watch/v2CWKylKU7h, http://www.playvid.com/watch/6jB89svO6dh, http://www.playvid.com/watch/PMKSbUOyXnE, http://www.playvid.com/watch/fa5YXfPn3sO, http://www.playvid.com/watch/fzZAUHpXPZi, http://www.playvid.com/watch/eVklwGMy7ox, http://www.playvid.com/watch/uE-Xk7wwzs3, http://www.playvid.com/watch/Mv0ymZ8sscz, http://www.playvid.com/watch/pVUFHmCApwl, http://www.playvid.com/watch/9jwpk5VDnSs, http://www.playvid.com/watch/TGCjeM-986d, http://www.playvid.com/watch/yuMttISDhoN, http://www.playvid.com/watch/NFqymf-bUDn, http://www.playvid.com/watch/QSAWBQHtaWx, http://www.playvid.com/watch/5dyRZOfzSSx, http://www.playvid.com/watch/McDurVdl4TB, http://www.playvid.com/watch/mMvL8h2GAUK, http://www.playvid.com/watch/mfRvESvzdTN, http://www.playvid.com/watch/ivx4gEt5zwE, http://www.playvid.com/watch/rfFrKXoaCyC, http://www.playvid.com/watch/9Z9bZ2Ru6sS, http://www.playvid.com/watch/y2rnDdvPxgd, http://www.playvid.com/watch/MtpBQEDu2TY, http://www.playvid.com/watch/iMCH5HTxy5L, http://www.playvid.com/watch/PhZtgOsxmHN, http://www.playvid.com/watch/7qIRGp7xLaQ, http://www.playvid.com/watch/dHg3ex8w3pT, http://www.playvid.com/watch/HlicREaicMl, http://www.playvid.com/watch/4kLFUDKfVr9, http://www.playvid.com/watch/Sjn5DV3D3Ip, http://www.playvid.com/watch/3oV3PXuS-ca, http://www.playvid.com/watch/W8wu-X2pZCs, http://www.playvid.com/watch/Hm-vYDfUfnp, http://www.playvid.com/watch/THYFkywbQak, http://www.playvid.com/watch/MIyrT6UWV-b, http://www.playvid.com/watch/NTUrIICQZQr, http://www.playvid.com/watch/5o2JZ5jNJhW, http://www.playvid.com/watch/ok2fCkAJv3Y, http://www.playvid.com/watch/BeudiJq2Llt, http://www.playvid.com/watch/IT5nunqkfKh, http://www.playvid.com/watch/K9PqhXV39jx, http://www.playvid.com/watch/oXPwszLs7BT, http://www.playvid.com/watch/NIOIXKjXZDn, http://www.playvid.com/watch/RkKonMiQuh-, http://www.playvid.com/watch/eQV-uJ3Qzvo, http://www.playvid.com/watch/pZtfmVnuW5z, http://www.playvid.com/watch/vqK6kLrEDXt, http://www.playvid.com/watch/JuPcNHSiOi0, http://www.playvid.com/watch/ihaUIvnIvOe, http://www.playvid.com/watch/VRw5lQe70PD, http://www.playvid.com/watch/QPMJ2GbJ4DE, http://www.playvid.com/watch/nzjFiDUhLLv, http://www.playvid.com/watch/la0dvXqdRmM, http://www.playvid.com/watch/mYvrctIn67J, http://www.playvid.com/watch/qax5OLKIhNp, http://www.playvid.com/watch/m6RgIJcUCHO, http://www.playvid.com/watch/IsWZWBbz-sz, http://www.playvid.com/watch/J96UPG00HaF, http://www.playvid.com/watch/cEAPiYmkClp, http://www.playvid.com/watch/9bddrdB57RL, http://www.playvid.com/watch/wcoCk3jNTEb, http://www.playvid.com/watch/WsY0AUtJhmr, http://www.playvid.com/watch/InNm9TUQ3pf, http://www.playvid.com/watch/eGH9c2GiDPv, http://www.playvid.com/watch/iuqVndOKMzy, http://www.playvid.com/watch/DP642jy8u2i, http://www.playvid.com/watch/4Y5u8oGVmVd, http://www.playvid.com/watch/oSHU4FGpnve, http://www.playvid.com/watch/4njaqKcWSJc, http://www.playvid.com/watch/rN23lEtJ0fU, http://www.playvid.com/watch/gZqNuuuoYIr, http://www.playvid.com/watch/sRRVh3VkGY5, http://www.playvid.com/watch/euMp-uoMScZ, http://www.playvid.com/watch/4s48jxbSAcJ, http://www.playvid.com/watch/OlomVVCGroG, http://www.playvid.com/watch/AIk9U6lt6db, http://www.playvid.com/watch/80aF-oAh88z, http://www.playvid.com/watch/tP-SBV6dxyx, http://www.playvid.com/watch/NdS8NL02S80, http://www.playvid.com/watch/QCtloSPQv0J, http://www.playvid.com/watch/K94l8akSG3K, http://www.playvid.com/watch/VTP0Yxvg7Nn, http://www.playvid.com/watch/ZRNN8s409-e, http://www.playvid.com/watch/-vjtilQs7X5, http://www.playvid.com/watch/3aVHDZOlVt6, http://www.playvid.com/watch/Svpk50RBWq9, http://www.playvid.com/watch/JnogUkL4U5X, http://www.playvid.com/watch/9v8mOpugMny, http://www.playvid.com/watch/gC4jX-kPeHp, http://www.playvid.com/watch/OYt9Jw3W-ON, http://www.playvid.com/watch/eumnKOr3pZb, http://www.playvid.com/watch/R8J8RlmAyiU, http://www.playvid.com/watch/ErCQumyGcJQ, http://www.playvid.com/watch/GhJn7KCxfCc, http://www.playvid.com/watch/UvQQoDoIgKl, http://www.playvid.com/watch/2mubClzCPJX, http://www.playvid.com/watch/jUF66cpl9r8, http://www.playvid.com/watch/F7YDH5b81Vo, http://www.playvid.com/watch/JrvMksEuEHM, http://www.playvid.com/watch/D3WlkciuqtD, http://www.playvid.com/watch/ae0rGMFoMob, http://www.playvid.com/watch/YEbvwONuhC5, http://www.playvid.com/watch/ze02Igt3dyo, http://www.playvid.com/watch/3ny455ziwPV, http://www.playvid.com/watch/UltgXSOeopd, http://www.playvid.com/watch/zBFG8oKwYqh, http://www.playvid.com/watch/wx7hIvdK-td, http://www.playvid.com/watch/hAjVQWfHC0a, http://www.playvid.com/watch/lTimNHlOOiE, http://www.playvid.com/watch/CuOn63ACQQX, http://www.playvid.com/watch/xolQlQqBN3c, http://www.playvid.com/watch/TYClrVC4RVD, http://www.playvid.com/watch/nW7nYuSVzJX, http://www.playvid.com/watch/WoAqbVL1giH, http://www.playvid.com/watch/uVXJaNgSg6q, http://www.playvid.com/watch/6tfaL6XBYYC, http://www.playvid.com/watch/I92ZbjxBxPJ, http://www.playvid.com/watch/23NU-zAaOax, http://www.playvid.com/watch/jNyr3BIr2bP, http://www.playvid.com/watch/NrJ6aWy-NEW, http://www.playvid.com/watch/SLyQ1WgbRXy, http://www.playvid.com/watch/NyEd0-8o5sn, http://www.playvid.com/watch/GgcKygPF-p6, http://www.playvid.com/watch/fx83nAgtKeA, http://www.playvid.com/watch/Bye6app9oGQ, http://www.playvid.com/watch/vV65VLdxCd8, http://www.playvid.com/watch/OGNeYFVB8LU, http://www.playvid.com/watch/7SXiYi7I18B, http://www.playvid.com/watch/TGapjlvwjWO, http://www.playvid.com/watch/kDrqrHLDjdT, http://www.playvid.com/watch/YRgHOFTFLN4, http://www.playvid.com/watch/jngSrDd5Wkj, http://www.playvid.com/watch/wVnfBaJVaXb, http://www.playvid.com/watch/ETG9XCBXzVP, http://www.playvid.com/watch/qFSjUkan3pb, http://www.playvid.com/watch/crzBZ2Y4Ldt, http://www.playvid.com/watch/Itr1MfsR2W6, http://www.playvid.com/watch/mafLw-7tQw5, http://www.playvid.com/watch/nX0iH4ilhPw, http://www.playvid.com/watch/FUBK2Bpi4-f, http://www.playvid.com/watch/-j-7RWMQzZ-, http://www.playvid.com/watch/80qSggoJVY9, http://www.playvid.com/watch/2AQPSNLzUa8, http://www.playvid.com/watch/DIbn7T4Psy7, http://www.playvid.com/watch/VZhYRzhYP-n, http://www.playvid.com/watch/fgROFve3KR8, http://www.playvid.com/watch/YqECiHjY3XZ, http://www.playvid.com/watch/uQ6kGpEV159, http://www.playvid.com/watch/d7vABYoVMSO, http://www.playvid.com/watch/DYJsjPlX615, http://www.playvid.com/watch/asyWCweepi3, http://www.playvid.com/watch/5leK1Q7Fn96, http://www.playvid.com/watch/pSAunsBVDYN, http://www.playvid.com/watch/rbDLJK0FYsS, http://www.playvid.com/watch/bY7yFAjV9Ej, http://www.playvid.com/watch/czZa8g-e-7J, http://www.playvid.com/watch/7MtrfNbc-A6, http://www.playvid.com/watch/myB4IgujLyL, http://www.playvid.com/watch/dU5asWNiV1X, http://www.playvid.com/watch/vBbP04dxE99, http://www.playvid.com/watch/8bl2jbOSBoV, http://www.playvid.com/watch/R4qf6fZFlXQ, http://www.playvid.com/watch/vUWfT2VscMN, http://www.playvid.com/watch/dpXAWvGu2sk, http://www.playvid.com/watch/7dQlLOxLZV1, http://www.playvid.com/watch/vXOumf9ECwT, http://www.playvid.com/watch/FPlpo5RT7BC, http://www.playvid.com/watch/rJ1Q8DJ9--3, http://www.playvid.com/watch/7MnKuVePL17, http://www.playvid.com/watch/nb87p2k-LlY, http://www.playvid.com/watch/xyQMRPvaL80, http://www.playvid.com/watch/rxcou2OBL86, http://www.playvid.com/watch/tU0O26SeyAp, http://www.playvid.com/watch/220apTL8cPI, http://www.playvid.com/watch/mRHPK9ECbFo, http://www.playvid.com/watch/KEQiE0SbzZL, http://www.playvid.com/watch/fhWgLqMrolE, http://www.playvid.com/watch/9anFg6V1-DT, http://www.playvid.com/watch/lg3TebXx985, http://www.playvid.com/watch/3Sfh81kgcCq, http://www.playvid.com/watch/czOGL5pOhZg, http://www.playvid.com/watch/GgTXwGJ-jKJ, http://www.playvid.com/watch/sL4LSGkNbVh, http://www.playvid.com/watch/bgmT4oBEMnn, http://www.playvid.com/watch/CHVqfNEPfZm, http://www.playvid.com/watch/w6fKkj6lU9k, http://www.playvid.com/watch/zWEGPbtvAjv, http://www.playvid.com/watch/wCJDindz8kO, http://www.playvid.com/watch/REAr1k3-dNK, http://www.playvid.com/watch/t84AcfXatr5, http://www.playvid.com/watch/d25AcLSnyMT, http://www.playvid.com/watch/mt6E0y0ZJVl, http://www.playvid.com/watch/eXgbmVzBkDx, http://www.playvid.com/watch/aHs4AnnY4Lp, http://www.playvid.com/watch/qQvwDXMeytG, http://www.playvid.com/watch/9FR7PitPC4g, http://www.playvid.com/watch/FlAFZ9FOap3, http://www.playvid.com/watch/WA4udb2M1gY, http://www.playvid.com/watch/6kwyjpiz6B3, http://www.playvid.com/watch/lBkDN6RVSf2, http://www.playvid.com/watch/ebMnrPtA0zF, http://www.playvid.com/watch/RVgxfOnOdYq, http://www.playvid.com/watch/Vywzop4Awhf, http://www.playvid.com/watch/n95L4JlDQhU, http://www.playvid.com/watch/MxsS0Lxtopp, http://www.playvid.com/watch/CJoBIhDXY4G, http://www.playvid.com/watch/w7FrMrXteaF, http://www.playvid.com/watch/9he9pCyAdpU, http://www.playvid.com/watch/0DNMFxGzNT8, http://www.playvid.com/watch/QI0qlwzUt1q,

http://www.playvid.com/watch/BLeAhpNyBzp, http://www.playvid.com/watch/q5heJoI7lK2, http://www.playvid.com/watch/UKTFT67KzEP,
http://www.playvid.com/watch/LYLZz1t38of, http://www.playvid.com/watch/beWtvxsSy3g, http://www.playvid.com/watch/f7BVGIzfN2k,
http://www.playvid.com/watch/X5eHf0Gzyni, http://www.playvid.com/watch/kXqFjCiTy55, http://www.playvid.com/watch/KOBMRI32BMj,
http://www.playvid.com/watch/SqzMAl9n4XT, http://www.playvid.com/watch/6k0KB1Tdj-6, http://www.playvid.com/watch/90Fd9qIW3UF,
http://www.playvid.com/watch/dT8i6-KdKyz, http://www.playvid.com/watch/Arkozj88TEN, http://www.playvid.com/watch/QpqRriQ5Zwc,
http://www.playvid.com/watch/t4URrqdE5-f, http://www.playvid.com/watch/FouuhS7icpK, http://www.playvid.com/watch/P4I7GjTYQdA,
http://www.playvid.com/watch/0yEYCyMZu1V, http://www.playvid.com/watch/OptsfisUjCu, http://www.playvid.com/watch/HxQnxfus6bV,
http://www.playvid.com/watch/l9cmDhzmD2g, http://www.playvid.com/watch/PkqfU3T7RX4, http://www.playvid.com/watch/COtHe2EuC2d,
http://www.playvid.com/watch/G4cLxbrUFPc, http://www.playvid.com/watch/fiwBoDLvNfh, http://www.playvid.com/watch/3mKCLUMRtDW,
http://www.playvid.com/watch/WDiZuwHEw2Q, http://www.playvid.com/watch/feRSlIwmSID, http://www.playvid.com/watch/TSO4n8Gufql,
http://www.playvid.com/watch/SYm-MCm2rx5, http://www.playvid.com/watch/04YG4iAJjl3, http://www.playvid.com/watch/7AX1pB1RgNu,
http://www.playvid.com/watch/ezbLxoXf-oD, http://www.playvid.com/watch/T4aig8G3-ia, http://www.playvid.com/watch/eQJTE_r4iln,
http://www.playvid.com/watch/RqoV3v7iZyh, http://www.playvid.com/watch/R1fetOuPJ1E, http://www.playvid.com/watch/2WG6dQSfuzc,
http://www.playvid.com/watch/ml7PYqx4gaF, http://www.playvid.com/watch/AYOX_Gcmn17, http://www.playvid.com/watch/pfF3WO7xONA,
http://www.playvid.com/watch/yrTLtBtW9ub, http://www.playvid.com/watch/QOT5IgQp-HJ, http://www.playvid.com/watch/D_cNg4edX9r,
http://www.playvid.com/watch/ZNQmF33CAW2, http://www.playvid.com/watch/mLdDcWMLVoF, http://www.playvid.com/watch/cwuelaiirOz,
http://www.playvid.com/watch/dL2iN_BWwbp, http://www.playvid.com/watch/SZwuLPsHDQ5, http://www.playvid.com/watch/0sDQK7amxO7,
http://www.playvid.com/watch/NejcD-xdeSl, http://www.playvid.com/watch/P-xFAGS4sKs, http://www.playvid.com/watch/aLqCvFB3Vbd,
http://www.playvid.com/watch/0CPxI-kBY-K, http://www.playvid.com/watch/DlbK8hGJQJF, http://www.playvid.com/watch/dalZtJDx59Z,
http://www.playvid.com/watch/3Mwm8g7yd2M, http://www.playvid.com/watch/V1QSB1Ozmh4, http://www.playvid.com/watch/QbAir6diFGl,
http://www.playvid.com/watch/O7-gTIS2NjO, http://www.playvid.com/watch/O_DdFHI5o1W, http://www.playvid.com/watch/AUU72eOLzWo,
http://www.playvid.com/watch/QffhyxlpkcV, http://www.playvid.com/watch/6nwfkC-dZqN, http://www.playvid.com/watch/8Fq5UyWZ96I,
http://www.playvid.com/watch/cY8KHznY5XC, http://www.playvid.com/watch/sXZbIBTGaAI, http://www.playvid.com/watch/vMwxfXuFXYw,
http://www.playvid.com/watch/tyVuvoHpQQL, http://www.playvid.com/watch/rdbQN5LLWw0, http://www.playvid.com/watch/vTx4chxdZ-b,
http://www.playvid.com/watch/diVyZ5fwKZs, http://www.playvid.com/watch/lGHJqquJZsl, http://www.playvid.com/watch/ore3WjlAmXR,
http://www.playvid.com/watch/DctSPi0kktU, http://www.playvid.com/watch/y8eUnFRXZpz, http://www.playvid.com/watch/ogs57BP6_1i,
http://www.playvid.com/watch/WI7L5KABRCV, http://www.playvid.com/watch/EEU8XWa8Son, http://www.playvid.com/watch/3E_OYadYakX,
http://www.playvid.com/watch/pVoQwmawE8E, http://www.playvid.com/watch/9KKjyepwkrW, http://www.playvid.com/watch/m2xpBDuhbZG,
http://www.playvid.com/watch/vZiOy49jZ2g, http://www.playvid.com/watch/selnJR8Wyft, http://www.playvid.com/watch/O9v9GWnncA5,
http://www.playvid.com/watch/zqIKM-ksQI4, http://www.playvid.com/watch/fUNo9WI5w4C, http://www.playvid.com/watch/E_Y3hV1S-GE,
http://www.playvid.com/watch/4bUt5XC_LRX, http://www.playvid.com/watch/mlhqPG4TSPm, http://www.playvid.com/watch/jwAE5oelBjS,
http://www.playvid.com/watch/m-ToyxAAthg, http://www.playvid.com/watch/CPKpA5V1Af4, http://www.playvid.com/watch/Uvzp_sFzdPJ,
http://www.playvid.com/watch/CqVfmn_GgqW, http://www.playvid.com/watch/UeVowX3Berp, http://www.playvid.com/watch/HLfvMzZFvbf,
http://www.playvid.com/watch/MqSffr-Qehi, http://www.playvid.com/watch/TEKWhKeKiNu, http://www.playvid.com/watch/njMKeZPwocB,
http://www.playvid.com/watch/MKvXGpVCu7G, http://www.playvid.com/watch/z4a3kSrco-d, http://www.playvid.com/watch/2sm9K1SEpUc,
http://www.playvid.com/watch/88KzoJQu4aH, http://www.playvid.com/watch/ImFvCjSEv8z, http://www.playvid.com/watch/hBiBy7n9ntr,
http://www.playvid.com/watch/8yv2PR8D4px, http://www.playvid.com/watch/IOvPIKiOBR3, http://www.playvid.com/watch/a8JuTkwHXvK,
http://www.playvid.com/watch/o3BkDL7mkSU, http://www.playvid.com/watch/lfeqf3U6wcM, http://www.playvid.com/watch/sHwEh7t2yW3,
http://www.playvid.com/watch/QOeko8lMA3c, http://www.playvid.com/watch/zaLWzdm10bW, http://www.playvid.com/watch/eNT2bckcbgW,
http://www.playvid.com/watch/RnFB1nrvRFs, http://www.playvid.com/watch/4wisXvBWy4X, http://www.playvid.com/watch/j9TsW9sjkVz,
http://www.playvid.com/watch/qcJYrgwaD15, http://www.playvid.com/watch/92MThIYgs6K, http://www.playvid.com/watch/N0X7vdAmvBW,
http://www.playvid.com/watch/eVVsgnGcsNk, http://www.playvid.com/watch/WP5lcNEivdF, http://www.playvid.com/watch/XwVPDDYkfRU,
http://www.playvid.com/watch/2mpezWJ_U9B, http://www.playvid.com/watch/BmBUoGgTcST, http://www.playvid.com/watch/3i66jDMyKfW,
http://www.playvid.com/watch/zAiEYNc8ziE, http://www.playvid.com/watch/BhbWWCJrhbt, http://www.playvid.com/watch/vLlRscnX1WE,
http://www.playvid.com/watch/ITh0LEh1_Cu, http://www.playvid.com/watch/Um7VdEhmSsY, http://www.playvid.com/watch/AkPDkhMdcHt,
http://www.playvid.com/watch/08PTOJznJwX, http://www.playvid.com/watch/K7gVmf7FUO8, http://www.playvid.com/watch/PD2KWc6YqFH,
http://www.playvid.com/watch/TAXu1nQox8I, http://www.playvid.com/watch/eGCyN3jUTBF, http://www.playvid.com/watch/MMragVj2ZSi,
http://www.playvid.com/watch/eG9ODatCwSn, http://www.playvid.com/watch/K8BC4R8wnTV, http://www.playvid.com/watch/F1iU7yLd54r,
http://www.playvid.com/watch/WcMY3Hki29y, http://www.playvid.com/watch/J84x_39LHkW, http://www.playvid.com/watch/OVR1x2MpGZy,
http://www.playvid.com/watch/vEsLhwcyUYP, http://www.playvid.com/watch/fUHl9ok0ZEz, http://www.playvid.com/watch/jG1Xlk8RJL8,
http://www.playvid.com/watch/KJ4vx_HFukE, http://www.playvid.com/watch/YNuV2R4WzDt, http://www.playvid.com/watch/G3y-rmcw7Zh,
http://www.playvid.com/watch/CiDylXrXo5I, http://www.playvid.com/watch/7ARbEHyoIUJ, http://www.playvid.com/watch/C-DrIzVj9cW,
http://www.playvid.com/watch/8P8YZtZfU4l, http://www.playvid.com/watch/MHLWo7K5TL8, http://www.playvid.com/watch/zVG0IrAwXfd,
http://www.playvid.com/watch/a3aPl5_hAve, http://www.playvid.com/watch/L4i5EvFGz_m, http://www.playvid.com/watch/E2DhwS2puLe,
http://www.playvid.com/watch/4n5oZnk2MfT, http://www.playvid.com/watch/0BjjuUtvsl7, http://www.playvid.com/watch/TanvjLCkHbX,
http://www.playvid.com/watch/Fa81cIW0Lij, http://www.playvid.com/watch/sqjyeyXuGjB, http://www.playvid.com/watch/lyS0Wla8jMx,
http://www.playvid.com/watch/ELu3iTmzyap, http://www.playvid.com/watch/jnHYq2iNUsA, http://www.playvid.com/watch/qRPOuuQal7r,
http://www.playvid.com/watch/cswK2AJr3aF, http://www.playvid.com/watch/F3w9ngigCV5, http://www.playvid.com/watch/csZr6pZLcBu,
http://www.playvid.com/watch/gze64UwKu2y, http://www.playvid.com/watch/Nsjco9ZMBEJ, http://www.playvid.com/watch/Ooj1IDuOM84,
http://www.playvid.com/watch/ErO2zIcdC3F, http://www.playvid.com/watch/4xO_CdloErb, http://www.playvid.com/watch/nX-D9UmzaiS,
http://www.playvid.com/watch/q3XvmMJlx84, http://www.playvid.com/watch/AeBINQFfdVR, http://www.playvid.com/watch/bxMzp21HcsT,
http://www.playvid.com/watch/SM0pRvPSV8F, http://www.playvid.com/watch/Z8ZzAbrXQRh, http://www.playvid.com/watch/rvEfgJjMSce,
http://www.playvid.com/watch/UHaLHuKxNgt, http://www.playvid.com/watch/Exudvt9VXCH, http://www.playvid.com/watch/ds3d_EhDzs9,
http://www.playvid.com/watch/LnSoyOEM-5g, http://www.playvid.com/watch/Uj6i2uSVv46, http://www.playvid.com/watch/fmGyYq0YMmE,
http://www.playvid.com/watch/eKPbzwxV3I5, http://www.playvid.com/watch/ULzpfVrGy4p, http://www.playvid.com/watch/OEJmQsQMxX6,
http://www.playvid.com/watch/wa7Eza-Qvur, http://www.playvid.com/watch/rjQR2Ebd26n, http://www.playvid.com/watch/FWqzvjS9jV9,
http://www.playvid.com/watch/kFaObUFLInp, http://www.playvid.com/watch/VE8VMja0ZPK, http://www.playvid.com/watch/3tysChOapDL,
http://www.playvid.com/watch/NhtoaT-w0oN, http://www.playvid.com/watch/iJN9WsCcUSh, http://www.playvid.com/watch/2CAlkw_d-Lw,
http://www.playvid.com/watch/OZKz_P87MIl, http://www.playvid.com/watch/KrnhP-xDY_O, http://www.playvid.com/watch/IMkRhtZYuhY,
http://www.playvid.com/watch/EWq3q1P1pzj, http://www.playvid.com/watch/PAlojdOX-uA, http://www.playvid.com/watch/83aZEaY01G4,
http://www.playvid.com/watch/cdVh5Uk0bWJ, http://www.playvid.com/watch/NOREzBbg6eC, http://www.playvid.com/watch/nkRdVzHglNu,
http://www.playvid.com/watch/d8CZPd_AmPJ, http://www.playvid.com/watch/ALVsGT0tAry, http://www.playvid.com/watch/EPYZrq_qglb,
http://www.playvid.com/watch/rUbAZdPIefQ, http://www.playvid.com/watch/bb4pYlTupyu, http://www.playvid.com/watch/eI_PGDKQbpA,
http://www.playvid.com/watch/bsFOOOzwCXL, http://www.playvid.com/watch/3I0tgmjcNTL, http://www.playvid.com/watch/X3PBJIhEPFp,
http://www.playvid.com/watch/H2i9UgIGNUe, http://www.playvid.com/watch/phyBRKfwush, http://www.playvid.com/watch/I0Jq1UoI9Hj,
http://www.playvid.com/watch/lKCv610Ubx8, http://www.playvid.com/watch/m1qz1eyBKjk, http://www.playvid.com/watch/kdowbsuZw9R,
http://www.playvid.com/watch/oFl2Qaa9Nfw, http://www.playvid.com/watch/O1wqFWadwEY, http://www.playvid.com/watch/yGx7be4BnxE,
http://www.playvid.com/watch/oB6WrnUav3R, http://www.playvid.com/watch/tBNt3F0_zI2, http://www.playvid.com/watch/Q-RaezQrQtr,
http://www.playvid.com/watch/dB5EwK46sM9, http://www.playvid.com/watch/pp4LhiSGSrn, http://www.playvid.com/watch/T61UKeTZnJo,
http://www.playvid.com/watch/r35hVpOK3GW, http://www.playvid.com/watch/s1OiefEGAGl, http://www.playvid.com/watch/IZLlDEnmeyk,
http://www.playvid.com/watch/kGcTAknzpTw, http://www.playvid.com/watch/4hXHAwkuC6b, http://www.playvid.com/watch/g_gDBlAiVgs,
http://www.playvid.com/watch/v8G3BR_2wNf, http://www.playvid.com/watch/HEJQ6k441IM, http://www.playvid.com/watch/Jo2g6uxq6ot,
http://www.playvid.com/watch/ZBBExWyvH8u, http://www.playvid.com/watch/A-DPP5C51s5, http://www.playvid.com/watch/MYr-Zn2tNm3,
http://www.playvid.com/watch/hUgflEJoKZL, http://www.playvid.com/watch/E3XDB0Q5Wvq, http://www.playvid.com/watch/rfkfOXNMIwm,
http://www.playvid.com/watch/ReS-mxK6T1Z, http://www.playvid.com/watch/RMz75rDTLOY, http://www.playvid.com/watch/zX4i4jKrZom,
http://www.playvid.com/watch/a3b908xPysk, http://www.playvid.com/watch/oJhS-qqHjTE, http://www.playvid.com/watch/NVZLTvqhmZu,
http://www.playvid.com/watch/wmPblS6oMB7, http://www.playvid.com/watch/nuBWB0xOmnV, http://www.playvid.com/watch/pCSbm0Q1CjH,
http://www.playvid.com/watch/ZPeF1fBef2V, http://www.playvid.com/watch/2mHtGqcZKRj, http://www.playvid.com/watch/xX-VFpHzDWw,
http://www.playvid.com/watch/aNTrFpPLfLz, http://www.playvid.com/watch/fMrMd6WYSUL, http://www.playvid.com/watch/PEt67JghaRg,
http://www.playvid.com/watch/TbtHjeCG85D, http://www.playvid.com/watch/WvVMkeFR6yP, http://www.playvid.com/watch/X7icRmAkwWk,
http://www.playvid.com/watch/d5KWsXe8NVL, http://www.playvid.com/watch/IEVXhxgUdnh, http://www.playvid.com/watch/uaEbcngi3VJ,
http://www.playvid.com/watch/s7L6pQgRysb, http://www.playvid.com/watch/yrAve9S5T2q, http://www.playvid.com/watch/GUhi2ncKbz3,
http://www.playvid.com/watch/AtrjK3tstXT, http://www.playvid.com/watch/3OgBpC1KrCx, http://www.playvid.com/watch/FdIRdr2-URV,
http://www.playvid.com/watch/lySNF-F1tpN, http://www.playvid.com/watch/mF3Zun0U1qc, http://www.playvid.com/watch/Kg48K4uNLNz,
http://www.playvid.com/watch/i7m9a87TmO7, http://www.playvid.com/watch/jWcj5DCkL6w, http://www.playvid.com/watch/AwPOwcwWakZ,
http://www.playvid.com/watch/O-Scddt-Tme, http://www.playvid.com/watch/lZ-Q7WarYEO, http://www.playvid.com/watch/oCj47YlwRfC,

http://www.playvid.com/watch/sunEbCx-Aee, http://www.playvid.com/watch/WOCGI4wXOHH, http://www.playvid.com/watch/Cw197ylMF5j, http://www.playvid.com/watch/0BG4ZnxDMVx, http://www.playvid.com/watch/tDt7SivZm0x, http://www.playvid.com/watch/kBoehAOyjxW, http://www.playvid.com/watch/EciX4KmBF9u, http://www.playvid.com/watch/cfoAZgsGkdl, http://www.playvid.com/watch/R6CnLL7TINV, http://www.playvid.com/watch/6E7TEp6GaOb, http://www.playvid.com/watch/LBzJMGa4tsZ, http://www.playvid.com/watch/YUBgc6BW0Ch, http://www.playvid.com/watch/lN6sEOwqOFf, http://www.playvid.com/watch/7JTRI1stIdy, http://www.playvid.com/watch/jveyzbVjNiH, http://www.playvid.com/watch/v_UqrMd0LBO, http://www.playvid.com/watch/Eb8wNAEppuG, http://www.playvid.com/watch/UTFkX0KQtIK, http://www.playvid.com/watch/u4OFcdyw8Xt, http://www.playvid.com/watch/RH38eRrQUEs, http://www.playvid.com/watch/3ACptUxeoIn, http://www.playvid.com/watch/j-CcvHj8lpo, http://www.playvid.com/watch/imOKpnBvv2P, http://www.playvid.com/watch/zHzjMekfdMP, http://www.playvid.com/watch/HYp03vEdsWn, http://www.playvid.com/watch/viGM4eglb6C, http://www.playvid.com/watch/qJ_LIdpwVUw, http://www.playvid.com/watch/WoPDVWPGsfw, http://www.playvid.com/watch/SHwVEzoyZUv
5.f. Date of third notice: 2014-04-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ahmaddi
5.b. Uploader's email address: nelsonmilko@yahoo.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/ahmaddi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AwqctY8ngcT, http://www.playvid.com/watch/MhPJkgE65AB, http://www.playvid.com/watch/YMHsklKWb6C, http://www.playvid.com/watch/iQFcg7NCLh2, http://www.playvid.com/watch/zG8ulEMjftU, http://www.playvid.com/watch/oU64XrwWq4X, http://www.playvid.com/watch/6vaVE2coHca, http://www.playvid.com/watch/wybh25by0Ny, http://www.playvid.com/watch/llnm-YCeYe2, http://www.playvid.com/watch/gaRE0LPDd9Q, http://www.playvid.com/watch/l7f0kRLoche, http://www.playvid.com/watch/z88qUVdW5O6, http://www.playvid.com/watch/Buyq8mGPvmP, http://www.playvid.com/watch/xO5e6LGn65k, http://www.playvid.com/watch/qCJMw9M-utD, http://www.playvid.com/watch/jxeHNtFOPpS, http://www.playvid.com/watch/0L7uJo8c5Ga, http://www.playvid.com/watch/IwH2Z3H4gOI, http://www.playvid.com/watch/IgKXZk5Q44i, http://www.playvid.com/watch/JqoQtc2m9r-, http://www.playvid.com/watch/q75UveXsnQA, http://www.playvid.com/watch/LfgZEtYc6Um, http://www.playvid.com/watch/oxTLJDwyUQ9, http://www.playvid.com/watch/cPnY3gVieRn, http://www.playvid.com/watch/JP7J8nmc5HK, http://www.playvid.com/watch/OYjm4PvyJbv, http://www.playvid.com/watch/bP3ovDgzxeS, http://www.playvid.com/watch/b39q3tkhd8k, http://www.playvid.com/watch/yOduf2noMpg, http://www.playvid.com/watch/ZmULXGqJsEd, http://www.playvid.com/watch/GOayv70gvmZ, http://www.playvid.com/watch/BTz-OCYEA4P, http://www.playvid.com/watch/4VAbYM8exjb, http://www.playvid.com/watch/iqesL8KSe7Y, http://www.playvid.com/watch/izqXDL4uZh7, http://www.playvid.com/watch/EZgwUGr-zpF, http://www.playvid.com/watch/fHo2UT7VIy7, http://www.playvid.com/watch/KnQG3PVlVpN, http://www.playvid.com/watch/uKSSvV0NoK3, http://www.playvid.com/watch/P7SPRQrbj0D, http://www.playvid.com/watch/IYRXTdPcCCR, http://www.playvid.com/watch/zazqxJOu7GS, http://www.playvid.com/watch/evvKZDyl5CD, http://www.playvid.com/watch/mgZKHWdduY-, http://www.playvid.com/watch/9lfgDNbZVuT, http://www.playvid.com/watch/NFwMH8bqHcC, http://www.playvid.com/watch/Z7aLW2ccEh6, http://www.playvid.com/watch/cvP9-NYTFgN, http://www.playvid.com/watch/ZkIa9JWBA9X, http://www.playvid.com/watch/sIN97saQN8C, http://www.playvid.com/watch/zSDPHenGS-9, http://www.playvid.com/watch/k8dSYHTadav, http://www.playvid.com/watch/dwBgRNlvE0V, http://www.playvid.com/watch/CsTrdt-Bvpd, http://www.playvid.com/watch/5VUA7UpGqDG, http://www.playvid.com/watch/wWz0RNOaMQH, http://www.playvid.com/watch/FgwoQwbCRaO, http://www.playvid.com/watch/f7v-2LVxCTH, http://www.playvid.com/watch/MUyESrH-9f2, http://www.playvid.com/watch/ZI-9qvvO57l, http://www.playvid.com/watch/APj8HIMLuso, http://www.playvid.com/watch/McRn0XqC4HV, http://www.playvid.com/watch/P9mGO0k9IrM, http://www.playvid.com/watch/FWOmnXYunc6, http://www.playvid.com/watch/WzOvfupGK9l, http://www.playvid.com/watch/2CTsIFDDqTL, http://www.playvid.com/watch/QcqJ6gb9F8p, http://www.playvid.com/watch/5aoPQXbCBkT, http://www.playvid.com/watch/S3JNGtCJBkQ, http://www.playvid.com/watch/5wYwkt05pna, http://www.playvid.com/watch/Mk7tiFvufY4, http://www.playvid.com/watch/hHEMMGJkT90, http://www.playvid.com/watch/fiw0xBHNCd5, http://www.playvid.com/watch/AXYQ5Z89LlB, http://www.playvid.com/watch/spubTUBLHT8, http://www.playvid.com/watch/7UEjKOnFPKI, http://www.playvid.com/watch/Pujpy4iINcR
5.f. Date of third notice: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aipetri
5.b. Uploader's email address: fillpandora@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/aipetri
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Df-wRLUfbmU, http://www.playvid.com/watch/t9ucVJeNIy5, http://www.playvid.com/watch/w-vAV-cOttR, http://www.playvid.com/watch/wLoBHmUajkH, http://www.playvid.com/watch/67M-702axgy, http://www.playvid.com/watch/CGNWXRHcomF, http://www.playvid.com/watch/b7ZkPv0gEfK, http://www.playvid.com/watch/R852Uv3lLTb, http://www.playvid.com/watch/iOH2sylaz1r, http://www.playvid.com/watch/IPnBYwuKUgA, http://www.playvid.com/watch/nNSJMi2Cib4, http://www.playvid.com/watch/ujTaN118gcK, http://www.playvid.com/watch/ekSFK2CnDuC, http://www.playvid.com/watch/IA5orNWYvUI, http://www.playvid.com/watch/J_z_PZWJYeE, http://www.playvid.com/watch/XqhqZgDNHNy, http://www.playvid.com/watch/V9PqTK0VObq, http://www.playvid.com/watch/0spOvvBB5QH, http://www.playvid.com/watch/nOuK95sdvYL, http://www.playvid.com/watch/HRkcHJtwyzD, http://www.playvid.com/watch/ZbANnW3LTJQ, http://www.playvid.com/watch/4Xgt9RLaz12, http://www.playvid.com/watch/vi4EAdZ6kDo, http://www.playvid.com/watch/vSk1HZrFrME, http://www.playvid.com/watch/EXBTnXZCtI0, http://www.playvid.com/watch/xlIDaUEFSDf, http://www.playvid.com/watch/dTar5lyf-Xq, http://www.playvid.com/watch/Qhg5Ry9zkNy, http://www.playvid.com/watch/CvjNBhLvXTf, http://www.playvid.com/watch/GH3eFp3K9yX, http://www.playvid.com/watch/eanGOBqFa9c, http://www.playvid.com/watch/J8XrfvEP2SF, http://www.playvid.com/watch/ENEOKFyA3kO, http://www.playvid.com/watch/HILHwtkkuik, http://www.playvid.com/watch/3CBzi9sp9Hw, http://www.playvid.com/watch/bHQudHd_UdY, http://www.playvid.com/watch/ewnv1o8gLFV, http://www.playvid.com/watch/pQ9UJoUWkhZ, http://www.playvid.com/watch/xqobxYInHO0, http://www.playvid.com/watch/P3Ifld25wX6, http://www.playvid.com/watch/yLWXvBaWJah, http://www.playvid.com/watch/s0saxdG-VeU, http://www.playvid.com/watch/3IEk4u2j_RV, http://www.playvid.com/watch/RZbRfrONPXS, http://www.playvid.com/watch/MFByvZHNLT8, http://www.playvid.com/watch/9ICEGYJy3XG, http://www.playvid.com/watch/MkfLFivdm8K, http://www.playvid.com/watch/FbBYoK_fERW, http://www.playvid.com/watch/nAbcMWS_-dr, http://www.playvid.com/watch/HsX6MWfvCVu, http://www.playvid.com/watch/TZeoH4GomG5, http://www.playvid.com/watch/CwAsfEegqY6, http://www.playvid.com/watch/XCCK_UBFgaS, http://www.playvid.com/watch/nJZ-jkSNOc3, http://www.playvid.com/watch/0oiOyEEdbUi, http://www.playvid.com/watch/Cn_NmgSkcl6, http://www.playvid.com/watch/H6BbQYrf2lv, http://www.playvid.com/watch/bkkRNlpNcnX, http://www.playvid.com/watch/PFA15maLfgD, http://www.playvid.com/watch/eLMoyaSuNod, http://www.playvid.com/watch/4QjAEIK1ykU, http://www.playvid.com/watch/dGVf_zUUtID, http://www.playvid.com/watch/rxoKHTiRAox, http://www.playvid.com/watch/qSaXfz5KTnL, http://www.playvid.com/watch/nhkxXMWumKE, http://www.playvid.com/watch/Lw_FMZlpEjr, http://www.playvid.com/watch/g9X1h0098Gb, http://www.playvid.com/watch/TpDiht9AlCu, http://www.playvid.com/watch/MU5MC8BSM_X, http://www.playvid.com/watch/wXoEDyGPuY4, http://www.playvid.com/watch/2cdNZjscADg, http://www.playvid.com/watch/ZZ4DngQOgjI, http://www.playvid.com/watch/uuf5uz4jctt, http://www.playvid.com/watch/ERm_fTg3-K5, http://www.playvid.com/watch/94kksMH2YKr, http://www.playvid.com/watch/I-b7WgIlfBS, http://www.playvid.com/watch/dKrUAH7DEn7, http://www.playvid.com/watch/gl8Oq_PN0HC, http://www.playvid.com/watch/QucGUKuA7pH, http://www.playvid.com/watch/2SgnFgCeor9, http://www.playvid.com/watch/O1RJIa7hIXm, http://www.playvid.com/watch/rQoNSOzXJAd, http://www.playvid.com/watch/Fwc3h_lnndx, http://www.playvid.com/watch/oduC7GcSClx, http://www.playvid.com/watch/yoS6fFFx5Pe, http://www.playvid.com/watch/8OPNJDgR-LG, http://www.playvid.com/watch/vN6CubtuLou, http://www.playvid.com/watch/vSkR8sBM8BD, http://www.playvid.com/watch/6p7YwjOAkWp, http://www.playvid.com/watch/Pkw0XF8EfEN, http://www.playvid.com/watch/Q5YMsB320r9, http://www.playvid.com/watch/wPKGoq_8gnD, http://www.playvid.com/watch/pgoYWF1uWIx, http://www.playvid.com/watch/LVr0sB6dOvh, http://www.playvid.com/watch/eQANSpevVaK, http://www.playvid.com/watch/sp4KHJfoo8s, http://www.playvid.com/watch/5BkkKh7iCKP, http://www.playvid.com/watch/QoEGRURUL4F, http://www.playvid.com/watch/QUdcRzj1TOq, http://www.playvid.com/watch/mM0pURsR3vR, http://www.playvid.com/watch/SQKvZ5RuGZv, http://www.playvid.com/watch/7AM6J5pEZlt, http://www.playvid.com/watch/uk1unpTH_hR, http://www.playvid.com/watch/bRukLmcdNJM, http://www.playvid.com/watch/BSkMNy2Lf2k, http://www.playvid.com/watch/rO0JPqgy0KR, http://www.playvid.com/watch/w2lqn3Ct1s0, http://www.playvid.com/watch/uAbLmWPx7Qm, http://www.playvid.com/watch/oWeqx9CM68g, http://www.playvid.com/watch/Z9Zi7A-hWEc, http://www.playvid.com/watch/5z8S55gcdL6, http://www.playvid.com/watch/t05kGQjAZaD, http://www.playvid.com/watch/O_uyah31HqH, http://www.playvid.com/watch/WIiQ3YS1bWd, http://www.playvid.com/watch/lrHp-9ZMHTK, http://www.playvid.com/watch/v-qsJPYjGcn, http://www.playvid.com/watch/nwV_ZjAzvTy, http://www.playvid.com/watch/lXkeeZ1xpTX, http://www.playvid.com/watch/I0561OJv9jz, http://www.playvid.com/watch/Nuo1uUklyKt, http://www.playvid.com/watch/v2uUlu_y0fo, http://www.playvid.com/watch/O9u9d1vPsP4, http://www.playvid.com/watch/AEodIW-9A_y, http://www.playvid.com/watch/I1T2bPyr6Uu, http://www.playvid.com/watch/l0JoBe_FRsE, http://www.playvid.com/watch/38OZlT5-Dec, http://www.playvid.com/watch/rQi-mgg5Eek, http://www.playvid.com/watch/Zv02CdyUGlL, http://www.playvid.com/watch/dJqNqMqaTdR, http://www.playvid.com/watch/x3iJalmxBrC, http://www.playvid.com/watch/m6R0guChrfl, http://www.playvid.com/watch/08yGz17yles, http://www.playvid.com/watch/9TieJcZat5z, http://www.playvid.com/watch/7VurFgKU-1n, http://www.playvid.com/watch/EXEF8vb4buF, http://www.playvid.com/watch/znoKalv3hdU, http://www.playvid.com/watch/kZc_pYymr-p, http://www.playvid.com/watch/JCaEbdOuITz, http://www.playvid.com/watch/PE_82B_joVK, http://www.playvid.com/watch/GZWTOW9us0Y, http://www.playvid.com/watch/ZzHmh7xw68a, http://www.playvid.com/watch/zSDP6z9tczy, http://www.playvid.com/watch/6BDacu-5w4R,

http://www.playvid.com/watch/ZuwlqYOiyi9, http://www.playvid.com/watch/GdfA4Bwvr-O, http://www.playvid.com/watch/Jwx2G_vkK-2, http://www.playvid.com/watch/UbQINUd8kBJ, http://www.playvid.com/watch/XRvVw1HbYlF, http://www.playvid.com/watch/X3N1TH9VT7V, http://www.playvid.com/watch/Kdjq-ISwVSM, http://www.playvid.com/watch/FN85iSaBgfW, http://www.playvid.com/watch/hdVQPHSjJ3P, http://www.playvid.com/watch/cRvVKgEbtRs, http://www.playvid.com/watch/7S7ixG7pclE, http://www.playvid.com/watch/TIt1INyY9yb, http://www.playvid.com/watch/zr6NBj4oBBE, http://www.playvid.com/watch/4aDQX645Afu, http://www.playvid.com/watch/SqnSxW32F4V, http://www.playvid.com/watch/O24qEz3MzDr, http://www.playvid.com/watch/tJ_TZt9aShC, http://www.playvid.com/watch/pcnM5dil5A9, http://www.playvid.com/watch/BbZw0a6QBo8, http://www.playvid.com/watch/dTWrme7fes7, http://www.playvid.com/watch/ZILxrItSDXa, http://www.playvid.com/watch/DW6F3aYLMQa, http://www.playvid.com/watch/SvhQa1EBrpS, http://www.playvid.com/watch/ukxrleOCkGO, http://www.playvid.com/watch/6k4zyCRF6FU, http://www.playvid.com/watch/kT-pSi18TKy, http://www.playvid.com/watch/Ila98_Y6ZPk, http://www.playvid.com/watch/LNa37AisKKk, http://www.playvid.com/watch/orreIdPJ0Ba, http://www.playvid.com/watch/64s1Be_C5-M, http://www.playvid.com/watch/ZjSztLOT6ZJ, http://www.playvid.com/watch/VRY0-SOOsIf, http://www.playvid.com/watch/AEuaZ2_GoMy, http://www.playvid.com/watch/l1gdSFL4e1g, http://www.playvid.com/watch/yIWU3mXtHVy, http://www.playvid.com/watch/3dZRrd6HkWk, http://www.playvid.com/watch/dryuZmru32K, http://www.playvid.com/watch/Obdm2a5XAHD, http://www.playvid.com/watch/uuWrUdpnhU4, http://www.playvid.com/watch/Zg_RSsezzj3, http://www.playvid.com/watch/B6GM_70VqNq, http://www.playvid.com/watch/74YDmW3Ig-r, http://www.playvid.com/watch/0eD9VO6khCz, http://www.playvid.com/watch/vePI0AgYQyE, http://www.playvid.com/watch/FP-tup3z1e7, http://www.playvid.com/watch/M7rFflMWxje, http://www.playvid.com/watch/beGpmbNC2f6, http://www.playvid.com/watch/PMGCqYDbCWr, http://www.playvid.com/watch/ik0EhLIzFHo, http://www.playvid.com/watch/BXnpknuZUx4, http://www.playvid.com/watch/2Yo7D96inkV, http://www.playvid.com/watch/gNt4e0WtKXK, http://www.playvid.com/watch/L_g8aFUnSWm, http://www.playvid.com/watch/YQVhpx1klAk, http://www.playvid.com/watch/YsVpRPjb1xr, http://www.playvid.com/watch/I19e_6QQgSv, http://www.playvid.com/watch/yy5pzZbZuGb, http://www.playvid.com/watch/d2nLndOJAMs, http://www.playvid.com/watch/HkElNYUHJwl, http://www.playvid.com/watch/245rcoYr2JY, http://www.playvid.com/watch/JGl3W4vDupE, http://www.playvid.com/watch/bABE8WbL83Z, http://www.playvid.com/watch/tGFStq4t84g, http://www.playvid.com/watch/sDWtfJbQtPY, http://www.playvid.com/watch/ZY6AwfS3BN4, http://www.playvid.com/watch/k_UDyaLd78e, http://www.playvid.com/watch/UAaAlZWW3_N, http://www.playvid.com/watch/8fnAFKB5qLp, http://www.playvid.com/watch/0rNuPV6xCF9, http://www.playvid.com/watch/AXlDs0Lpfc2, http://www.playvid.com/watch/A64rfmIPMkQ, http://www.playvid.com/watch/vu3CC1rSMKm, http://www.playvid.com/watch/7CZnQShvAhZ, http://www.playvid.com/watch/zezqcDo8h5c, http://www.playvid.com/watch/rov5jxQAATZ, http://www.playvid.com/watch/xsdN7ctAVy8, http://www.playvid.com/watch/4i7Q_PUiaJB, http://www.playvid.com/watch/MTeOPdP3dZx, http://www.playvid.com/watch/2s2Y0bI-urK, http://www.playvid.com/watch/np8GmYWYCYL, http://www.playvid.com/watch/svy4LE6DOeJ, http://www.playvid.com/watch/RGov1lEjKAH, http://www.playvid.com/watch/XyAkhtHgX8z, http://www.playvid.com/watch/DsRyLelcCKS, http://www.playvid.com/watch/htcBeqMkEaI, http://www.playvid.com/watch/VeU2dgfJugS, http://www.playvid.com/watch/O47MVsjd8qf, http://www.playvid.com/watch/vHyRLkrxGNK, http://www.playvid.com/watch/rv-I4vH0OUC, http://www.playvid.com/watch/frLmFtx-R02, http://www.playvid.com/watch/6ZtsZvno_wA, http://www.playvid.com/watch/rLVcj4ma-YZ, http://www.playvid.com/watch/o-FN3Nt2Ma4, http://www.playvid.com/watch/4JNXdBg-U7z, http://www.playvid.com/watch/VzWD2e6xDGb, http://www.playvid.com/watch/XHIu-M38MFh, http://www.playvid.com/watch/bTrm4hBrCDS, http://www.playvid.com/watch/Iee6r7uOeOo, http://www.playvid.com/watch/vGgaV2wCEbg, http://www.playvid.com/watch/rLw0zNyhJKg, http://www.playvid.com/watch/XkRMW8-A6eN, http://www.playvid.com/watch/RkoduO0N6so, http://www.playvid.com/watch/aVbX74BQ-kf, http://www.playvid.com/watch/IBHkVBNgP5H, http://www.playvid.com/watch/eiZ5bq4thdT, http://www.playvid.com/watch/JScHzsQ8FmB, http://www.playvid.com/watch/n7FRNIoUAxy, http://www.playvid.com/watch/IZlhzikUd2y, http://www.playvid.com/watch/0RMkv4zZ4Hu, http://www.playvid.com/watch/l0Ig8-NkzQ0, http://www.playvid.com/watch/e2qvBq-AwOz, http://www.playvid.com/watch/Djelj-flyje, http://www.playvid.com/watch/Vqdc82muJUB, http://www.playvid.com/watch/etGGjVnGNxG, http://www.playvid.com/watch/jh5QqabaTSy, http://www.playvid.com/watch/dn7-BCxPF5a, http://www.playvid.com/watch/Tottj_DvQjV, http://www.playvid.com/watch/0QW6O07vDmE, http://www.playvid.com/watch/LszSRBqD6Ix, http://www.playvid.com/watch/hjmY-flgtaY, http://www.playvid.com/watch/cw9vuEeSM2j, http://www.playvid.com/watch/3StTkBCMNTe, http://www.playvid.com/watch/q0znY1KQkaM, http://www.playvid.com/watch/3-sZavVL1Jt, http://www.playvid.com/watch/PyRrMlCqI1e, http://www.playvid.com/watch/GYkVnMO1QzP, http://www.playvid.com/watch/RAmYF4Gt1Qc, http://www.playvid.com/watch/9mNth2ZENjN, http://www.playvid.com/watch/iFp1LWOFL06, http://www.playvid.com/watch/jdEJHFjrQua, http://www.playvid.com/watch/YJp2mpN9BoZ, http://www.playvid.com/watch/VOz-6u2nQf0, http://www.playvid.com/watch/NbmASTflwSB, http://www.playvid.com/watch/UdD1quyGM1Q, http://www.playvid.com/watch/yEsG1LAIQFZ, http://www.playvid.com/watch/MkHxOUM_RGd, http://www.playvid.com/watch/Eupq9V2YRfi, http://www.playvid.com/watch/byWt-7WqELu, http://www.playvid.com/watch/riwgNbrrm3o, http://www.playvid.com/watch/zD-qat3w59W, http://www.playvid.com/watch/xWWYCn3xIGO, http://www.playvid.com/watch/UCBj564cIjt, http://www.playvid.com/watch/ypF0EG5iilC, http://www.playvid.com/watch/Ubw55Dg8lwE, http://www.playvid.com/watch/f-kk6obqoHz, http://www.playvid.com/watch/f8p60arAgRh, http://www.playvid.com/watch/pXRgOO6lcpB, http://www.playvid.com/watch/2rUjlJjZwyF, http://www.playvid.com/watch/bSxpmHMtqqR, http://www.playvid.com/watch/gSEqpxWWhQv, http://www.playvid.com/watch/s0YAI55HS0c, http://www.playvid.com/watch/ekESsNeTUnB, http://www.playvid.com/watch/NF1l4JydOpQ, http://www.playvid.com/watch/rxcIoQPvinU, http://www.playvid.com/watch/G7QiFNhuQNF, http://www.playvid.com/watch/SqqjsUOfHOF, http://www.playvid.com/watch/YgnUaUB0X22, http://www.playvid.com/watch/6I_CrA8PCFg, http://www.playvid.com/watch/uv6n5trHI9K, http://www.playvid.com/watch/Zt0KQPXnw6D, http://www.playvid.com/watch/L0wtFFZegsK, http://www.playvid.com/watch/8tEnYqfC8uH, http://www.playvid.com/watch/s29rX481gAf, http://www.playvid.com/watch/VKkI4uhm_No, http://www.playvid.com/watch/6gr5IKhK2bm, http://www.playvid.com/watch/yF7FsDwzd0U, http://www.playvid.com/watch/RZ-N7mD4fve, http://www.playvid.com/watch/xd4pZxHNi4J, http://www.playvid.com/watch/FgoMRza1Rvr, http://www.playvid.com/watch/CJRoBtLwQcm, http://www.playvid.com/watch/tsU8n3VEmRP, http://www.playvid.com/watch/3rKgAOiCdSw, http://www.playvid.com/watch/eJmzvpRezzd, http://www.playvid.com/watch/DxQXqEHsxbL, http://www.playvid.com/watch/XRrnNoMJXI9, http://www.playvid.com/watch/BmGHBV4z_Vw, http://www.playvid.com/watch/s_pveK0cF0f, http://www.playvid.com/watch/xzeVCDz1i0M, http://www.playvid.com/watch/Tyu8azoaDvJ, http://www.playvid.com/watch/EF__kgTwjpe, http://www.playvid.com/watch/2pdvmGfeNo2, http://www.playvid.com/watch/oH-sw2axbRz, http://www.playvid.com/watch/C7kOMOiMEQn, http://www.playvid.com/watch/mpqOgGFO8xH
5.f. Date of third notice: 2014-08-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: akomeogi
5.b. Uploader's email address: uuzgagah@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/akomeogi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/38OYUtt4zm9, http://www.playvid.com/watch/Gv_oB_aen1k, http://www.playvid.com/watch/b5-c-UoshFB, http://www.playvid.com/watch/rNEplDLWqFK, http://www.playvid.com/watch/IBzLWahch9X, http://www.playvid.com/watch/96zLlc9-SBO, http://www.playvid.com/watch/32k9D6WHMhk, http://www.playvid.com/watch/yZVi6_AW-Ph, http://www.playvid.com/watch/CqBw9KNNYlK, http://www.playvid.com/watch/elVZ-xEiVyG, http://www.playvid.com/watch/UZrXWk9PmmR, http://www.playvid.com/watch/LAWTuj6ulag, http://www.playvid.com/watch/KkGhn3GdBIT, http://www.playvid.com/watch/FwfUmdLiGtC, http://www.playvid.com/watch/ndDQ-PDNi0x, http://www.playvid.com/watch/hRd9CY8DSpN, http://www.playvid.com/watch/DdD-1LuSJBL, http://www.playvid.com/watch/taqy4zPeBGB, http://www.playvid.com/watch/OGzwsLqCb9t, http://www.playvid.com/watch/PeP4sUJpSy4, http://www.playvid.com/watch/5yc9T6iT28U, http://www.playvid.com/watch/jwLb--g1KsN, http://www.playvid.com/watch/x7R8-nNaqLW, http://www.playvid.com/watch/JZtI7KqaOYG, http://www.playvid.com/watch/mT33OiYB0Fr, http://www.playvid.com/watch/rBff1740D-R, http://www.playvid.com/watch/AXXtDGplvDP
5.f. Date of third notice: 2015-03-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alabamboo
5.b. Uploader's email address: richyrochird@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/alabamboo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VBfflb5SmTY, http://www.playvid.com/watch/KLH-Vq1PgL1, http://www.playvid.com/watch/kyq2m876pza, http://www.playvid.com/watch/cjxTRmfZfKX, http://www.playvid.com/watch/clbm1HZ4epa, http://www.playvid.com/watch/QSGSQS20MVI, http://www.playvid.com/watch/7ahV34-qcRU, http://www.playvid.com/watch/tlkvzS7SdWl, http://www.playvid.com/watch/Mwx9KeWUr9H, http://www.playvid.com/watch/hcNxmzA08Wl, http://www.playvid.com/watch/u7AGHmN08qw, http://www.playvid.com/watch/4fuTFSRhwOY, http://www.playvid.com/watch/Ggnv3MQQWI7, http://www.playvid.com/watch/VmnzNf6Wa7H, http://www.playvid.com/watch/Hi6oHcPIUre, http://www.playvid.com/watch/odubV3R7rAQ, http://www.playvid.com/watch/VPP18NflLJK, http://www.playvid.com/watch/EEMBRZRcxwY, http://www.playvid.com/watch/ZrAHftqTK0e, http://www.playvid.com/watch/EG4yrXSAFpU, http://www.playvid.com/watch/SbXQ11PyWqA, http://www.playvid.com/watch/Be-8iFIZKuo, http://www.playvid.com/watch/29e4fZDQLSp, http://www.playvid.com/watch/UDLvmsUeLh2, http://www.playvid.com/watch/ASrRK6XkX9W, http://www.playvid.com/watch/4bD5eEsMrBo, http://www.playvid.com/watch/8WC4KzVUMFO, http://www.playvid.com/watch/cMfsZW03zek, http://www.playvid.com/watch/WLtd0T-1uhw, http://www.playvid.com/watch/L3QLiMCsTqV, http://www.playvid.com/watch/gLwL9lwcuWA, http://www.playvid.com/watch/3ZJeuwz7tch, http://www.playvid.com/watch/0tdPWQ9qr7e, http://www.playvid.com/watch/LDK5sTtPtB6, http://www.playvid.com/watch/WmG-amS4d76,

http://www.playvid.com/watch/3cZ1d6ks3x-, http://www.playvid.com/watch/KUAp1ujcrpB, http://www.playvid.com/watch/9uV-5UAt3EQ,
http://www.playvid.com/watch/votAlWOACu-, http://www.playvid.com/watch/jGhs9xQpaXX, http://www.playvid.com/watch/OgYnpg3ZGa6,
http://www.playvid.com/watch/XL94Mam294o, http://www.playvid.com/watch/wXEwRtaKkcQ, http://www.playvid.com/watch/3Jq-lw5ABZh,
http://www.playvid.com/watch/pR4Sr53hl6H, http://www.playvid.com/watch/CPtXEwkTKxK, http://www.playvid.com/watch/oBVluzxXxK8,
http://www.playvid.com/watch/LE3MjG0OGju, http://www.playvid.com/watch/TK9L54wMlDI, http://www.playvid.com/watch/maM6vRgVuP8,
http://www.playvid.com/watch/O6sq0qHaAyT, http://www.playvid.com/watch/7d2RCLsHLkw, http://www.playvid.com/watch/WJpB5KOivaR,
http://www.playvid.com/watch/JyYSEDeR4Lc, http://www.playvid.com/watch/WGcMnqS4yLA, http://www.playvid.com/watch/24-m64D-r3u,
http://www.playvid.com/watch/xto9ACDBtVt, http://www.playvid.com/watch/v-9Fct7It19, http://www.playvid.com/watch/Qi9L83fgdm6,
http://www.playvid.com/watch/pP2fWZ6zGiA, http://www.playvid.com/watch/t0JpSPJtM6U, http://www.playvid.com/watch/i2UZkqNNgji,
http://www.playvid.com/watch/jnnWTpJMG8E, http://www.playvid.com/watch/Qqq9hMazo-e, http://www.playvid.com/watch/SUYs5juzcgf,
http://www.playvid.com/watch/I5umINOt4As, http://www.playvid.com/watch/e3hofj5yKNf, http://www.playvid.com/watch/GP3gtOc86H-,
http://www.playvid.com/watch/alVOLxW2Q-y, http://www.playvid.com/watch/iNMgRUee-Xz, http://www.playvid.com/watch/qseFZ2Lj1lx,
http://www.playvid.com/watch/3YziN-lU6wY, http://www.playvid.com/watch/ji5LKlDrY49, http://www.playvid.com/watch/rMmlmbjjWLz,
http://www.playvid.com/watch/gK2pxSjuCz0, http://www.playvid.com/watch/SQc0CalgMLO, http://www.playvid.com/watch/IAvtgrmTQnv,
http://www.playvid.com/watch/QgAbdXrfRrF, http://www.playvid.com/watch/9Qijifad5DP, http://www.playvid.com/watch/yWpyv5uHmma,
http://www.playvid.com/watch/nhtdWQS8Rvf, http://www.playvid.com/watch/mOCjb6qhuC4, http://www.playvid.com/watch/A5Yc10i1wBD,
http://www.playvid.com/watch/goOk7YpP1OQ, http://www.playvid.com/watch/uWforSuNZn2, http://www.playvid.com/watch/RZ819d2b8vQ,
http://www.playvid.com/watch/A8MUZ4khP-k, http://www.playvid.com/watch/v9YeIaGqflM, http://www.playvid.com/watch/DXzgNy35ye4,
http://www.playvid.com/watch/HidDzrUHA84, http://www.playvid.com/watch/8C2JhQ2NTA-, http://www.playvid.com/watch/LmrqxndM35q,
http://www.playvid.com/watch/8PrvEwahDDe, http://www.playvid.com/watch/nyd18pagaRl, http://www.playvid.com/watch/aDp1tlCfhCC,
http://www.playvid.com/watch/XbDTVMckx1d, http://www.playvid.com/watch/kXyBbPKWNMU, http://www.playvid.com/watch/iSGnkpXEZfA,
http://www.playvid.com/watch/yUQp7Do0Aoj, http://www.playvid.com/watch/3sHHX0oAL9U, http://www.playvid.com/watch/XAOTAY6jMpR,
http://www.playvid.com/watch/lRPZWTuPD8J, http://www.playvid.com/watch/SM8i9xWAMlm
5.f. Date of third notice: 2014-02-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alanabi
5.b. Uploader's email address: amellomani@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/alanabi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/c0YfLv0Y6SF, http://www.playvid.com/watch/CW6ylNtXokQ,
http://www.playvid.com/watch/vJEEYSegQj5, http://www.playvid.com/watch/OO4sg-WYV4o, http://www.playvid.com/watch/fhQxvqGTiaZ,
http://www.playvid.com/watch/xSTQ0V2on3p, http://www.playvid.com/watch/qAkZiRt8PPw, http://www.playvid.com/watch/gTznietS3lC,
http://www.playvid.com/watch/qjN1Jji16y4, http://www.playvid.com/watch/o7RI6Zwi5kZ, http://www.playvid.com/watch/4_XIwHg6Ff6,
http://www.playvid.com/watch/237MpYeYEKO, http://www.playvid.com/watch/5RiI6SvHu-t, http://www.playvid.com/watch/agFQSbgpp0G,
http://www.playvid.com/watch/956vpmwlPqq, http://www.playvid.com/watch/0he3Wuaehvs, http://www.playvid.com/watch/b5yXsgx6yXj,
http://www.playvid.com/watch/D1JY2WoP_PU, http://www.playvid.com/watch/OC_Jg7gJDg6, http://www.playvid.com/watch/FPHXaoCUf_Q,
http://www.playvid.com/watch/LcM8l-oQILp, http://www.playvid.com/watch/FyMUSIQZDtW, http://www.playvid.com/watch/pSz1b1COJ3x,
http://www.playvid.com/watch/OEK1IXw2-3y, http://www.playvid.com/watch/pd7eZOx6neo, http://www.playvid.com/watch/aillN4Ffgro,
http://www.playvid.com/watch/8VExyfPkcns, http://www.playvid.com/watch/2q29NkJXYNw, http://www.playvid.com/watch/XtWbAvKj53w,
http://www.playvid.com/watch/FX9eDfO8fJr, http://www.playvid.com/watch/ySJi2eEzCKE, http://www.playvid.com/watch/AXwCNd4D0Gj,
http://www.playvid.com/watch/u6LWqDirXWe, http://www.playvid.com/watch/qpc_WtaEI1I, http://www.playvid.com/watch/WaEIVh8zkGk,
http://www.playvid.com/watch/RzaqLPQQJNr, http://www.playvid.com/watch/7sxuoz5dlrB, http://www.playvid.com/watch/asBApoAJ60a,
http://www.playvid.com/watch/C3foEMpLzZh, http://www.playvid.com/watch/9D6V-PIxeqx, http://www.playvid.com/watch/FcxIQRNsclu,
http://www.playvid.com/watch/Cl4OpyS2RbP, http://www.playvid.com/watch/OzV29UYiPib, http://www.playvid.com/watch/2h9rriUqSfD,
http://www.playvid.com/watch/nK8WqmLFoQk, http://www.playvid.com/watch/elw4I8GUpLp, http://www.playvid.com/watch/ooZdt6M3hoI,
http://www.playvid.com/watch/SWDkSnugL5y, http://www.playvid.com/watch/euyQKFBScGQ, http://www.playvid.com/watch/OeSC-I0Ry5o,
http://www.playvid.com/watch/t8FBiBKNGl5, http://www.playvid.com/watch/hvbWx8uXOQO, http://www.playvid.com/watch/AA_FnM3i08w,
http://www.playvid.com/watch/xtKVXpWcvFJ, http://www.playvid.com/watch/Iqhn5EP_XhS, http://www.playvid.com/watch/wHY-UmkjYh6,
http://www.playvid.com/watch/jP7zA4Wgg-t, http://www.playvid.com/watch/WEhIirWEDwF, http://www.playvid.com/watch/t0GYPa8SIls,
http://www.playvid.com/watch/WZYvxxlRVSV, http://www.playvid.com/watch/WPvlVjY40su, http://www.playvid.com/watch/Yf9Ujj-MRZT,
http://www.playvid.com/watch/SyhVWsI4yZK, http://www.playvid.com/watch/Fhw-XXftJK8, http://www.playvid.com/watch/MHwyGa63elp,
http://www.playvid.com/watch/v46c6Lyr_Xs, http://www.playvid.com/watch/zWHFiE_ATnw, http://www.playvid.com/watch/sbHSvCNoa9Z,
http://www.playvid.com/watch/KC-E8Pt3F8U, http://www.playvid.com/watch/DiqmnV0UJbY, http://www.playvid.com/watch/YArl6e3lJUh,
http://www.playvid.com/watch/Pi3AIU7qHkA, http://www.playvid.com/watch/Ot5FRWwvacp, http://www.playvid.com/watch/fjtvtdBt2VW,
http://www.playvid.com/watch/dkeC4QXXiRU, http://www.playvid.com/watch/mFQIPrnZqPO, http://www.playvid.com/watch/gVf-D7zZ8Og,
http://www.playvid.com/watch/Zxk_XlxX9y7, http://www.playvid.com/watch/BLr9rGRvPaF, http://www.playvid.com/watch/umim9j3HOup,
http://www.playvid.com/watch/loAbcDf6yQ6, http://www.playvid.com/watch/EfCVJKbuvgy, http://www.playvid.com/watch/2ErrqA80jad,
http://www.playvid.com/watch/puHsoZADjUC, http://www.playvid.com/watch/Ni2EK-8G-86, http://www.playvid.com/watch/XFU9OUJtHsL,
http://www.playvid.com/watch/Y22TftTqksS, http://www.playvid.com/watch/v82PNkMxEjQ, http://www.playvid.com/watch/QezmIyhd0TF,
http://www.playvid.com/watch/RuHkcNjUj0d, http://www.playvid.com/watch/LUBnutaeDQk, http://www.playvid.com/watch/RveehZOZacJ,
http://www.playvid.com/watch/97WqoejsV5w, http://www.playvid.com/watch/ceOq3mrpdjs, http://www.playvid.com/watch/tussjtghMMU,
http://www.playvid.com/watch/nZYPMR-LWof, http://www.playvid.com/watch/jDK2Y2yZwCA, http://www.playvid.com/watch/5JSKoxkCEdR,
http://www.playvid.com/watch/VvNYNgy33uq, http://www.playvid.com/watch/P3LMyQdjAYZ, http://www.playvid.com/watch/Adb7KbdARmr,
http://www.playvid.com/watch/QA2xx2QaC3b, http://www.playvid.com/watch/BekApG6Lt35, http://www.playvid.com/watch/r4hWboC_gLB,
http://www.playvid.com/watch/80jrN8O0cE2, http://www.playvid.com/watch/vLuUQDTInYV, http://www.playvid.com/watch/p-f9Favi8zK,
http://www.playvid.com/watch/Y2coIJrEzXG, http://www.playvid.com/watch/jD7BsvjmTVK, http://www.playvid.com/watch/ITbTy-gklgr,
http://www.playvid.com/watch/MR2i60gT_lw, http://www.playvid.com/watch/WMHoO50XeEt, http://www.playvid.com/watch/m-m3NrDEwj9,
http://www.playvid.com/watch/Uo7S4e6olZy, http://www.playvid.com/watch/8hyIkZFmJtK, http://www.playvid.com/watch/BkLDmT3cwUy,
http://www.playvid.com/watch/4vbgONoOEXe, http://www.playvid.com/watch/TUPaZF5eEMm, http://www.playvid.com/watch/3NekAE0IZ46,
http://www.playvid.com/watch/2Iyn5Wp9Lhe, http://www.playvid.com/watch/Ptb6EnbRxn2, http://www.playvid.com/watch/clL_Llsjdm3,
http://www.playvid.com/watch/2L_bSqrEYt2, http://www.playvid.com/watch/z_p61exjfjj, http://www.playvid.com/watch/dVWVAiG8wS2,
http://www.playvid.com/watch/ImmzISrWji5, http://www.playvid.com/watch/2ek2k2uGQma, http://www.playvid.com/watch/dkKJK465dSt,
http://www.playvid.com/watch/t3s0eZQtkVP, http://www.playvid.com/watch/PkkrxgiD9o5, http://www.playvid.com/watch/KyTilLe2GkZ,
http://www.playvid.com/watch/HbxSjkTY-hu, http://www.playvid.com/watch/nbfVRIHlcg0, http://www.playvid.com/watch/VIyYoqu8bzk,
http://www.playvid.com/watch/wP9Ye03PJM9, http://www.playvid.com/watch/CC2M8Z8PRDy, http://www.playvid.com/watch/KoUwspKCeiE,
http://www.playvid.com/watch/cblgS5TR414, http://www.playvid.com/watch/c8oK8VYSJiL, http://www.playvid.com/watch/GXahoBab_9i,
http://www.playvid.com/watch/L-4laTOM_zS, http://www.playvid.com/watch/Rnb39SOuNRo, http://www.playvid.com/watch/Z1cclOZictL,
http://www.playvid.com/watch/FsRWzuBCb9f, http://www.playvid.com/watch/3Ueze8q6xYN, http://www.playvid.com/watch/ftKd_yPLiMJ,
http://www.playvid.com/watch/0HKjeNhBjaJ, http://www.playvid.com/watch/NVsLz9dYp9p, http://www.playvid.com/watch/WDu3LZ8CReN,
http://www.playvid.com/watch/M38xgUcY_rT, http://www.playvid.com/watch/n5pmwrehVen, http://www.playvid.com/watch/qF-1haJwqM9,
http://www.playvid.com/watch/dXT5eSiSiHZ, http://www.playvid.com/watch/Frg059PxHJF, http://www.playvid.com/watch/02yke7ktsb0,
http://www.playvid.com/watch/DUrykbH8YwR, http://www.playvid.com/watch/a7Fj5b5BLH3, http://www.playvid.com/watch/hX3Ia2-gTEp,
http://www.playvid.com/watch/gY0M9cNN_K3, http://www.playvid.com/watch/DK2vCoF9Sbu, http://www.playvid.com/watch/FM21Vefh3yO,
http://www.playvid.com/watch/vj2J2MjePil, http://www.playvid.com/watch/JvV6HBuciig, http://www.playvid.com/watch/Td6FumO6-JF,
http://www.playvid.com/watch/kQGcoUQmYWl, http://www.playvid.com/watch/ux9tuQOfFgm, http://www.playvid.com/watch/PDIjTEKErGZ,
http://www.playvid.com/watch/dp7vWWqA45t, http://www.playvid.com/watch/KiRtt-5hYKs, http://www.playvid.com/watch/6dQOW6UMt0y,
http://www.playvid.com/watch/qzx0_qV4tBm, http://www.playvid.com/watch/Efj3bnPq4wc, http://www.playvid.com/watch/O-WImVDyMLa,
http://www.playvid.com/watch/3a5kFt8aUZO, http://www.playvid.com/watch/twQFa4dH64C, http://www.playvid.com/watch/i9VAv1JYZXR,
http://www.playvid.com/watch/F69GDE-lxjD, http://www.playvid.com/watch/nMGq9_UsJYd, http://www.playvid.com/watch/33_nvI7fTaI,
http://www.playvid.com/watch/X8Is2vz8vBn, http://www.playvid.com/watch/IXUCPigMkgU, http://www.playvid.com/watch/GhzkEOY-GLw,
http://www.playvid.com/watch/pF4koFEd5M9, http://www.playvid.com/watch/PPE1sGXjdvc, http://www.playvid.com/watch/yL9SzC_maBX,
http://www.playvid.com/watch/zxfgKxcCImZ, http://www.playvid.com/watch/0454uDYG_Hk, http://www.playvid.com/watch/VyC9QHFdOo8,
http://www.playvid.com/watch/HkRc9htXJkG, http://www.playvid.com/watch/vF_gfiN1SnU, http://www.playvid.com/watch/Yvc7ioXwf3t,
http://www.playvid.com/watch/tGK0Ve_QzSf, http://www.playvid.com/watch/R7DnZOBtgEm, http://www.playvid.com/watch/KQDdWLxUxR2,
http://www.playvid.com/watch/iPY1Eo_JtAE, http://www.playvid.com/watch/2CGHQE_eyxA, http://www.playvid.com/watch/wKmJA3sgYqu,
http://www.playvid.com/watch/oV4TzAhJzzo, http://www.playvid.com/watch/xpx2nZmMsQB, http://www.playvid.com/watch/Z2AsP7rkfyV,

http://www.playvid.com/watch/XA7hYCB830U, http://www.playvid.com/watch/BFLk_0_zrZU, http://www.playvid.com/watch/r9Rrvr9ihLT,
http://www.playvid.com/watch/fyAGgBF2JOa, http://www.playvid.com/watch/r8Ml17BcbQj, http://www.playvid.com/watch/rro9vfSP8Ag,
http://www.playvid.com/watch/RgwVpDsLEGH, http://www.playvid.com/watch/X5m59cnca6L, http://www.playvid.com/watch/cz5VYe2A-jt,
http://www.playvid.com/watch/oKbYyxkNbiZ, http://www.playvid.com/watch/5Aln_CBQBiY, http://www.playvid.com/watch/4Ld0tzJofLz,
http://www.playvid.com/watch/GOdsmwhj4aQ, http://www.playvid.com/watch/xiUITZUD30A, http://www.playvid.com/watch/E3jH8v_RiDo,
http://www.playvid.com/watch/ljMCIfgTEDy, http://www.playvid.com/watch/t9hPgjdgA8l, http://www.playvid.com/watch/qNxehZfshZV,
http://www.playvid.com/watch/4lA_ez30ZvW, http://www.playvid.com/watch/nUk6e5vvl3W, http://www.playvid.com/watch/5lVe6tZQnhD,
http://www.playvid.com/watch/7PK71abtTpd, http://www.playvid.com/watch/IdQfIRYvBvt, http://www.playvid.com/watch/cSST0j0Bk3d,
http://www.playvid.com/watch/yKTs6PYtT2A, http://www.playvid.com/watch/spsK9_nStDg, http://www.playvid.com/watch/aLk7CH7TVsW,
http://www.playvid.com/watch/TGLQ-XK88mR, http://www.playvid.com/watch/khD1m9JevgO, http://www.playvid.com/watch/aBpX1k2Fadk,
http://www.playvid.com/watch/LaPYywjwGvZ, http://www.playvid.com/watch/33qkAFXFeDH, http://www.playvid.com/watch/ohFQi4dOMEm,
http://www.playvid.com/watch/yM6Mwb1Iqsx, http://www.playvid.com/watch/Pn3ZZhG7TdM, http://www.playvid.com/watch/b9F0bzBDFJd,
http://www.playvid.com/watch/civbWJ40chk, http://www.playvid.com/watch/kf_VvJWGvDw, http://www.playvid.com/watch/uVbAGCWAWvd,
http://www.playvid.com/watch/Se90CQ_BYP7, http://www.playvid.com/watch/KjG5YqKbGa5, http://www.playvid.com/watch/IWY_dLJfvH8,
http://www.playvid.com/watch/EJYTqS379si, http://www.playvid.com/watch/Xw_MqKAb9Gw, http://www.playvid.com/watch/oBApJs0oETx,
http://www.playvid.com/watch/W3Gs9zW4GRh, http://www.playvid.com/watch/M9KflNq6jvk, http://www.playvid.com/watch/fJFR1_o2fzp,
http://www.playvid.com/watch/pBZR1M9FcIW, http://www.playvid.com/watch/n6wYpJqEYVb, http://www.playvid.com/watch/Wdyg5pKhD6D,
http://www.playvid.com/watch/S62hV-tRfQG, http://www.playvid.com/watch/x0ZXhsDFnm9, http://www.playvid.com/watch/gNCcIrVyNei,
http://www.playvid.com/watch/SGuIwXF4Dpb, http://www.playvid.com/watch/eWZczd9dNEf, http://www.playvid.com/watch/k6qig_oc5-l,
http://www.playvid.com/watch/gm1deNcEJU8, http://www.playvid.com/watch/IEEbcumrxJ2, http://www.playvid.com/watch/yrI_RmP5Urv,
http://www.playvid.com/watch/Z5bxe9GuMoP, http://www.playvid.com/watch/SP_JRCE9ssM, http://www.playvid.com/watch/SA7N5lYFdOq,
http://www.playvid.com/watch/TPP-56sspT5, http://www.playvid.com/watch/CIAebLck7CU, http://www.playvid.com/watch/tHjohFq9bGp,
http://www.playvid.com/watch/6YmWZLmqeVt, http://www.playvid.com/watch/4w4HYPOObKC, http://www.playvid.com/watch/mRVDpX_qRoG,
http://www.playvid.com/watch/jWpLJ5Jccl4, http://www.playvid.com/watch/WGvrpEQ9Zcs, http://www.playvid.com/watch/8kGev5X32jh,
http://www.playvid.com/watch/BdkePHQt01J, http://www.playvid.com/watch/yIb-EIAy9pe, http://www.playvid.com/watch/X6fM0XaEioX,
http://www.playvid.com/watch/ZDIms42p1DK, http://www.playvid.com/watch/P24weRYx46c, http://www.playvid.com/watch/tXrlK6mZ5iw,
http://www.playvid.com/watch/qkMlrEz3T-p, http://www.playvid.com/watch/av7Q8yJs7kU, http://www.playvid.com/watch/fxIpjum3Wcg,
http://www.playvid.com/watch/fuN-e7wIuwK, http://www.playvid.com/watch/un1EbjRXq0H, http://www.playvid.com/watch/YruY0zi7do9,
http://www.playvid.com/watch/VFJOyRnjcmu, http://www.playvid.com/watch/Z127PZSyga5, http://www.playvid.com/watch/PKOTN7VFTM5,
http://www.playvid.com/watch/r3NkSPs3Qm3, http://www.playvid.com/watch/uvdKc-2EaZo, http://www.playvid.com/watch/pQxwEP_h_Ma,
http://www.playvid.com/watch/Y_b1ZRG6L0F, http://www.playvid.com/watch/XPE8EbnmrLp, http://www.playvid.com/watch/EkdmzL6cUqA,
http://www.playvid.com/watch/DU97cn1L8Pe, http://www.playvid.com/watch/Cl7iQnnXAyv, http://www.playvid.com/watch/RwQOZubQxHk,
http://www.playvid.com/watch/xswG9QKmerB, http://www.playvid.com/watch/88727_b6gte, http://www.playvid.com/watch/atkIhIE-VZB,
http://www.playvid.com/watch/uMhfoNIiXah, http://www.playvid.com/watch/kvk8Xbq3AuJ, http://www.playvid.com/watch/7A1utVxaztd,
http://www.playvid.com/watch/uTsKfaBuaBU, http://www.playvid.com/watch/eBQf7oRr9Hz, http://www.playvid.com/watch/gOs4WZqWAMT,
http://www.playvid.com/watch/G0_mhAW2XUr, http://www.playvid.com/watch/Nuiew3gpq1e, http://www.playvid.com/watch/v5Fc5Mec5NE,
http://www.playvid.com/watch/enWY3Nv7OTb, http://www.playvid.com/watch/UgxhBWEbHyR, http://www.playvid.com/watch/Y4J4lN56Gsc,
http://www.playvid.com/watch/CdKQ1rHRi_j, http://www.playvid.com/watch/zVGusRI0VgX, http://www.playvid.com/watch/J-_j1xT4T_j,
http://www.playvid.com/watch/f9jiWsU-zzr, http://www.playvid.com/watch/PpZJdf4JgOP, http://www.playvid.com/watch/6jTioMtBdBG,
http://www.playvid.com/watch/7ecqG4ovTxf, http://www.playvid.com/watch/i12hzXmGaAV, http://www.playvid.com/watch/jqS_ghnUaEE,
http://www.playvid.com/watch/jpcei8I--1Z, http://www.playvid.com/watch/G9bu0s8psoz, http://www.playvid.com/watch/KlOjuaSkqD6,
http://www.playvid.com/watch/6-0mqIFrlb4, http://www.playvid.com/watch/eianUQgmxpX, http://www.playvid.com/watch/DWDk3EKQk7D,
http://www.playvid.com/watch/hYtfg6d4Mp4, http://www.playvid.com/watch/eUALZqlvsvx, http://www.playvid.com/watch/i_YigQEl3vn,
http://www.playvid.com/watch/jgGaxWEAZJo, http://www.playvid.com/watch/vMk0R7a7Cdw, http://www.playvid.com/watch/01m0n--Hg-Z,
http://www.playvid.com/watch/gRE4v6__gkB, http://www.playvid.com/watch/8GoVxZJX50K, http://www.playvid.com/watch/ZS4iMIl-U-z,
http://www.playvid.com/watch/mFyfOlYRNgV, http://www.playvid.com/watch/X_jXZZcChO7, http://www.playvid.com/watch/hSkok6hsrW6,
http://www.playvid.com/watch/A8Xbj0syjnx, http://www.playvid.com/watch/bg0B15-Qk9W, http://www.playvid.com/watch/hetC0BycruQ,
http://www.playvid.com/watch/mKHS5Bzw2pL, http://www.playvid.com/watch/5Yw5lOw1RtH, http://www.playvid.com/watch/nWSh_hUNdTC,
http://www.playvid.com/watch/kieM6SYc6vL, http://www.playvid.com/watch/yuDP43sfaBA, http://www.playvid.com/watch/jePhg5cu_Ml,
http://www.playvid.com/watch/lC9zW7XBvZw, http://www.playvid.com/watch/aPgO0JQK8Us, http://www.playvid.com/watch/KmpLTbd_gpL,
http://www.playvid.com/watch/cKVpf-wiqu3, http://www.playvid.com/watch/Y7C6ifLN1Nb, http://www.playvid.com/watch/zGkZTXVZmqc,
http://www.playvid.com/watch/vfsV7sZno_7, http://www.playvid.com/watch/9lTjHGbQDVA, http://www.playvid.com/watch/p6REpy_hu-b,
http://www.playvid.com/watch/KNYto9EHKam, http://www.playvid.com/watch/7vGdBXoCkqC, http://www.playvid.com/watch/EeCBmHuATTi,
http://www.playvid.com/watch/jbBHFaUIC_0, http://www.playvid.com/watch/OdJ1eVSc9-F, http://www.playvid.com/watch/3peVsyb95JH,
http://www.playvid.com/watch/SEbn4f0BZ9F, http://www.playvid.com/watch/fYQo5ozCXmO, http://www.playvid.com/watch/Pm4EWicTWSU,
http://www.playvid.com/watch/ccr4roBU8o8, http://www.playvid.com/watch/LG4n2uPPDmM, http://www.playvid.com/watch/C-uDUDsIPVN,
http://www.playvid.com/watch/ePGSRSemLNt, http://www.playvid.com/watch/sHL0aHosQYG, http://www.playvid.com/watch/BFa4zScqNxT,
http://www.playvid.com/watch/FFqJdyQWIn5, http://www.playvid.com/watch/nVJ0FMXI3xr, http://www.playvid.com/watch/KGpMEyC2fuH,
http://www.playvid.com/watch/KUG4-HKRdvM, http://www.playvid.com/watch/mRcSJomtF6O, http://www.playvid.com/watch/3Djg1U-Anvi,
http://www.playvid.com/watch/7pVsjvBxTxE, http://www.playvid.com/watch/yw5CNojZ-xp, http://www.playvid.com/watch/VP1K6fkstQX,
http://www.playvid.com/watch/htSLW653b7w, http://www.playvid.com/watch/zVhzDh0851X, http://www.playvid.com/watch/6AmwqcVGJEp,
http://www.playvid.com/watch/kHrHn-BfhlW, http://www.playvid.com/watch/hpbN2ZjTkB5, http://www.playvid.com/watch/XlbPly40S1J,
http://www.playvid.com/watch/cjh-cRIqblc, http://www.playvid.com/watch/wcnAMcFvVHs, http://www.playvid.com/watch/rYpGgsnjTPF,
http://www.playvid.com/watch/bXyf51eihJn, http://www.playvid.com/watch/6f7roJPo4aD, http://www.playvid.com/watch/G5IbuleBy-i,
http://www.playvid.com/watch/fNwth5Szi6d, http://www.playvid.com/watch/DUR_TqgdrrA, http://www.playvid.com/watch/ihgxlMXpnWD,
http://www.playvid.com/watch/6noJlsXJkds, http://www.playvid.com/watch/3Z3W3wyxdnm, http://www.playvid.com/watch/WeyF0gJ4QaC,
http://www.playvid.com/watch/Z1KjySTLWAu, http://www.playvid.com/watch/N_cYiPLvnrq, http://www.playvid.com/watch/s_ToxnCECHc,
http://www.playvid.com/watch/zdjw3gfj-rR, http://www.playvid.com/watch/7NeLz3yMUkh, http://www.playvid.com/watch/cipUrZvB3rA,
http://www.playvid.com/watch/BuReQkWrOEK, http://www.playvid.com/watch/oUG_b66rJe4, http://www.playvid.com/watch/c4_CLD1NUeF,
http://www.playvid.com/watch/zLzmveUx_zG, http://www.playvid.com/watch/b3XdHoY9XPR, http://www.playvid.com/watch/s-d-bkDXFlI,
http://www.playvid.com/watch/R_obtkOGoQU, http://www.playvid.com/watch/85QcOFTAEEG, http://www.playvid.com/watch/TuJTuYOQnAV,
http://www.playvid.com/watch/FdZ7mkQHQdH, http://www.playvid.com/watch/EPXld4KHQ3H, http://www.playvid.com/watch/Cqu3JZyrp6w,
http://www.playvid.com/watch/yaDAX33egZl, http://www.playvid.com/watch/JE-fJ9lMj8e, http://www.playvid.com/watch/XTql4jtMv3u,
http://www.playvid.com/watch/KNvKH0Znyux, http://www.playvid.com/watch/ckjRbvSshp0, http://www.playvid.com/watch/gOorkR_Dzir,
http://www.playvid.com/watch/DgZjKXMk-Q8, http://www.playvid.com/watch/7-CfEPSy6V3, http://www.playvid.com/watch/Iuq8L7xALm5,
http://www.playvid.com/watch/JYBJTsKBBSN, http://www.playvid.com/watch/ost1moWJ0VJ, http://www.playvid.com/watch/cGK4Y7FhrDX,
http://www.playvid.com/watch/XPDZBhKm9fh, http://www.playvid.com/watch/eMa5KZYkjsS, http://www.playvid.com/watch/OpHhb_E8el4,
http://www.playvid.com/watch/cpqP1Ku-NGc, http://www.playvid.com/watch/afgr7xXkqSG, http://www.playvid.com/watch/sMdJuvaRO0o,
http://www.playvid.com/watch/qk0LT5TFXef, http://www.playvid.com/watch/RAqGFKVzjsL, http://www.playvid.com/watch/xNbL_88fb7W,
http://www.playvid.com/watch/LcpiMCDZmdX, http://www.playvid.com/watch/2lnvuuZMAHx, http://www.playvid.com/watch/3fDDXX78R9y,
http://www.playvid.com/watch/T5lC8rKKZwV, http://www.playvid.com/watch/uhyaiTTA09q, http://www.playvid.com/watch/3_vHZFVBJ_H,
http://www.playvid.com/watch/WXHqlQI5X4l, http://www.playvid.com/watch/dzH-gVX-rhk, http://www.playvid.com/watch/uFtnpqzczfj,
http://www.playvid.com/watch/y3fqIIKQoNh, http://www.playvid.com/watch/TCiqYxRgfkg, http://www.playvid.com/watch/HJgl_qxV1kB,
http://www.playvid.com/watch/3xQFeKyWGCI, http://www.playvid.com/watch/y4nItd_P9n4, http://www.playvid.com/watch/0qSIuyuBj53,
http://www.playvid.com/watch/jKYYybeIsXx, http://www.playvid.com/watch/UQ6KC8laoLw, http://www.playvid.com/watch/cGeA6rNeIZO,
http://www.playvid.com/watch/R-Pef-9lTq4, http://www.playvid.com/watch/cBo_i28nM0x, http://www.playvid.com/watch/EeslO04XN_M,
http://www.playvid.com/watch/k75stTYM45b, http://www.playvid.com/watch/05TswZRvj4a, http://www.playvid.com/watch/J5SquXhPZok,
http://www.playvid.com/watch/H_WRJIsTH8P, http://www.playvid.com/watch/XG9j9GchLCm, http://www.playvid.com/watch/iVG3H-8QbzF,
http://www.playvid.com/watch/Fc409PDEZRY, http://www.playvid.com/watch/85He392urds, http://www.playvid.com/watch/cuqk64eF-o8,
http://www.playvid.com/watch/i7aX4mKUk4g, http://www.playvid.com/watch/qebzNWsDBhe, http://www.playvid.com/watch/PhCtMoey0kP,
http://www.playvid.com/watch/6SXDkxO04_o, http://www.playvid.com/watch/bqY00rMZ9fL, http://www.playvid.com/watch/nsHlGCDbMIT,
http://www.playvid.com/watch/AU-jI_yMWeh, http://www.playvid.com/watch/I1em1MX3yh5, http://www.playvid.com/watch/Qa1qRqVtGfB,
http://www.playvid.com/watch/Q4cCczCheLI, http://www.playvid.com/watch/pPhofL3t-Vt, http://www.playvid.com/watch/A37nQgYtEqm,
http://www.playvid.com/watch/kWz9x4BTU7I, http://www.playvid.com/watch/61BVQvbMFtn, http://www.playvid.com/watch/oY-n4iLsTUs,
http://www.playvid.com/watch/OxBM6u8SqpZ, http://www.playvid.com/watch/fM1poz1O3lQ
5.f. Date of third notice: 2014-05-15

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ALatinoMan559
5.b. Uploader's email address: biggis58@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ALatinoMan559
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zBY6cemlecv, http://www.playvid.com/watch/xSPa2WpSFDP, http://www.playvid.com/watch/DdIwOh0ysWZ, http://www.playvid.com/watch/-nptjgdlE53, http://www.playvid.com/watch/QEp6h5UrP7P, http://www.playvid.com/watch/lxNmCc8O5Sr, http://www.playvid.com/watch/i4B0MnsP4bj, http://www.playvid.com/watch/lS4vHJcVuGj, http://www.playvid.com/watch/6axpsti9a9Y, http://www.playvid.com/watch/ax5DElYDArI, http://www.playvid.com/watch/whutWD-zfnY, http://www.playvid.com/watch/C7bLqDxWSrI, http://www.playvid.com/watch/gLdn8t42gwa, http://www.playvid.com/watch/isdZLepALjo, http://www.playvid.com/watch/3uq6wO3rCs-, http://www.playvid.com/watch/5FmSOmP72Pq, http://www.playvid.com/watch/x-Yxcn2aIUs, http://www.playvid.com/watch/eRQsETmK6Ev, http://www.playvid.com/watch/GbjCRqAP2zr, http://www.playvid.com/watch/bWcoC-wVBI-, http://www.playvid.com/watch/TOzxoCgCW9J, http://www.playvid.com/watch/MDEPXPmuYfa, http://www.playvid.com/watch/E-yAq5H6O-U, http://www.playvid.com/watch/eZsE5uAUvld, http://www.playvid.com/watch/NDYUCOIPdSO, http://www.playvid.com/watch/6aOOXCG8Dpp, http://www.playvid.com/watch/3BX4nxka9Rl, http://www.playvid.com/watch/kRL0Vn2SfaJ, http://www.playvid.com/watch/NWTiFFE7XhL, http://www.playvid.com/watch/2vJ79EkhwlI, http://www.playvid.com/watch/N5hKUeAn5-y, http://www.playvid.com/watch/JeOewP2OGWl, http://www.playvid.com/watch/ZnOZsLn08Pg, http://www.playvid.com/watch/7-JZrCMqgng, http://www.playvid.com/watch/kg3wifwy53C, http://www.playvid.com/watch/oPakrjat5Wx, http://www.playvid.com/watch/FbTnek84mbQ, http://www.playvid.com/watch/s63uSWql5sa, http://www.playvid.com/watch/qhgRBglhKbQ, http://www.playvid.com/watch/IkaCkefOt5p, http://www.playvid.com/watch/hbC2m-LHAZh, http://www.playvid.com/watch/EyZSirKhrFy, http://www.playvid.com/watch/AoANPbp7ej4, http://www.playvid.com/watch/YRj3GyoffnI, http://www.playvid.com/watch/RHuimMNyMEW, http://www.playvid.com/watch/OEds48Xg5we, http://www.playvid.com/watch/8Ot8IXRNzP-, http://www.playvid.com/watch/rEXsBG7Z2Sn, http://www.playvid.com/watch/tRMXP-nkG0b, http://www.playvid.com/watch/fgcJRuAa0zx, http://www.playvid.com/watch/de2hsBo4FJf, http://www.playvid.com/watch/hbt7erlSrOR, http://www.playvid.com/watch/YbWZvwcmdiT, http://www.playvid.com/watch/kxwJexT2tvN, http://www.playvid.com/watch/TcP-OAVUMG9, http://www.playvid.com/watch/76WZ3D-wND-, http://www.playvid.com/watch/TCdBd7lLbc9, http://www.playvid.com/watch/nr7aCYV8knC, http://www.playvid.com/watch/n9oPIc-pPVe, http://www.playvid.com/watch/fUE7CtNP28S, http://www.playvid.com/watch/jZwEcIYJGMl, http://www.playvid.com/watch/q72d6qb0VBQ, http://www.playvid.com/watch/DAtbbufxTXB, http://www.playvid.com/watch/JRskCwbLOhY, http://www.playvid.com/watch/Gb4RRuZDi6d, http://www.playvid.com/watch/v0fuQWcg2xm, http://www.playvid.com/watch/mRrCqadTmID, http://www.playvid.com/watch/iRVcuzr6SDA, http://www.playvid.com/watch/GCd9MleDT9i, http://www.playvid.com/watch/KzCQWyVOVHX, http://www.playvid.com/watch/Tasw-Fkj82-, http://www.playvid.com/watch/amcn5kCnhL3, http://www.playvid.com/watch/UHE8qWWJuu0, http://www.playvid.com/watch/QUbPBvKR7UU, http://www.playvid.com/watch/cpLy0m798u-, http://www.playvid.com/watch/aUFL-T0WCIh, http://www.playvid.com/watch/diOPhaXZBgl, http://www.playvid.com/watch/yPeo3pTZIso, http://www.playvid.com/watch/PRk7vaqx-k0, http://www.playvid.com/watch/aNs6LkRxjUi, http://www.playvid.com/watch/dhLTVjckPV6, http://www.playvid.com/watch/JWaWpiAIEp0, http://www.playvid.com/watch/VIrn6fVDqhD, http://www.playvid.com/watch/-LOzF6S8PqT, http://www.playvid.com/watch/kGhUq6L2gxV, http://www.playvid.com/watch/-Qxn7IfRnd6, http://www.playvid.com/watch/lMFFQ9rGc6T, http://www.playvid.com/watch/2YHwl66Jjt3, http://www.playvid.com/watch/nMCDPm4cevR, http://www.playvid.com/watch/BI3tYjcIXFK, http://www.playvid.com/watch/z7JdMTmpsLX, http://www.playvid.com/watch/lTThQ36bwgm, http://www.playvid.com/watch/hosxTG3HBFR, http://www.playvid.com/watch/MAlgStJKiw0, http://www.playvid.com/watch/dqMd4fwxVri, http://www.playvid.com/watch/Lf4GthYVKDd, http://www.playvid.com/watch/REmGhP7PBD2, http://www.playvid.com/watch/-46pFe9wa5z, http://www.playvid.com/watch/JOSPg9N4MPF, http://www.playvid.com/watch/b6bccxYKPIP, http://www.playvid.com/watch/nwmBxiOOfaS, http://www.playvid.com/watch/uRfdS9iqNfQ, http://www.playvid.com/watch/jWUheiJ3rqo, http://www.playvid.com/watch/ixNdmYl7Rus, http://www.playvid.com/watch/HtyVFlPIB7m, http://www.playvid.com/watch/cdRCQqN-2vO, http://www.playvid.com/watch/okh26VQC-iz, http://www.playvid.com/watch/PRbEMdXbNs-, http://www.playvid.com/watch/AjujZEF2FM4, http://www.playvid.com/watch/uwwdfcwS7mS, http://www.playvid.com/watch/vX687JuJ2Xq, http://www.playvid.com/watch/GcfEMtmM74Q, http://www.playvid.com/watch/CLfDv6QW2QF, http://www.playvid.com/watch/LTBIpkBR2HE, http://www.playvid.com/watch/k2FU6BuomQQ, http://www.playvid.com/watch/lvwcJO43a-V, http://www.playvid.com/watch/TYkUdZKpU0c, http://www.playvid.com/watch/BvFKeTsLpsy, http://www.playvid.com/watch/tmZHAE4fkDx, http://www.playvid.com/watch/pLZrRiQlhzk, http://www.playvid.com/watch/ue3yST4w0Bb, http://www.playvid.com/watch/znrWJdkXfJv, http://www.playvid.com/watch/2WLevQ-Ym66, http://www.playvid.com/watch/qhVFhwIhJdm, http://www.playvid.com/watch/LVT4BOEKUZS, http://www.playvid.com/watch/YdSV9WvPU8a, http://www.playvid.com/watch/ZFv3gkYYspY, http://www.playvid.com/watch/kuavjkiWt59, http://www.playvid.com/watch/g-SoPVLQ5yp, http://www.playvid.com/watch/FXEASP2IazM, http://www.playvid.com/watch/QrZM7pYGwrQ, http://www.playvid.com/watch/gYSe6SWVIHU, http://www.playvid.com/watch/qD-I0PyXH5H, http://www.playvid.com/watch/f3f8b258rO3, http://www.playvid.com/watch/t4ll2bPLNYK, http://www.playvid.com/watch/CQHs5T2cLUa, http://www.playvid.com/watch/yae9U6rMVJ0, http://www.playvid.com/watch/JIaFU6o0ADW, http://www.playvid.com/watch/JmiYZgzOpnM, http://www.playvid.com/watch/8BqKpAOciWo, http://www.playvid.com/watch/DzxDOnwDklJ, http://www.playvid.com/watch/fSvLiEfC7ps, http://www.playvid.com/watch/YAA9oXdFv7Y, http://www.playvid.com/watch/79PFBWHP6zi, http://www.playvid.com/watch/3lpQjWrdUB-, http://www.playvid.com/watch/WSG-2N3WRbq, http://www.playvid.com/watch/5R0zvco7wXG, http://www.playvid.com/watch/48YOj-dtRH3, http://www.playvid.com/watch/v4XrELEHO6L, http://www.playvid.com/watch/MYb5eOU-Aq0, http://www.playvid.com/watch/60z5-YHHQp3, http://www.playvid.com/watch/zJIqvS45Hcm, http://www.playvid.com/watch/E9My9fWcDEf, http://www.playvid.com/watch/Ip2YZyyd0ML, http://www.playvid.com/watch/O5CzYCPY2Gt, http://www.playvid.com/watch/jDdJqZq4syo, http://www.playvid.com/watch/rC9Rz4LM7bq, http://www.playvid.com/watch/8-29DqfxyUi, http://www.playvid.com/watch/7EEqxLOhwK3, http://www.playvid.com/watch/4OqylVXaLRh, http://www.playvid.com/watch/m4Nxx4TuC4J, http://www.playvid.com/watch/DPR0l45IeQi, http://www.playvid.com/watch/ZmVbY0OfB9m, http://www.playvid.com/watch/S7GhUKCoKXe, http://www.playvid.com/watch/omkLlvi49N5, http://www.playvid.com/watch/DtsdXqU2GcP, http://www.playvid.com/watch/NBSMYsutnA3, http://www.playvid.com/watch/94e4rxxManv, http://www.playvid.com/watch/pHjBTjq8bbg, http://www.playvid.com/watch/7I8xL-KI3yL, http://www.playvid.com/watch/r9WDU8cfxdw, http://www.playvid.com/watch/8ITH30-xqrm, http://www.playvid.com/watch/QIsL2C8bjtI, http://www.playvid.com/watch/ibJL3CrEo9a, http://www.playvid.com/watch/UcFEVFmnPlI, http://www.playvid.com/watch/6wk2mMXGfoE, http://www.playvid.com/watch/3HeKZfSbWQu, http://www.playvid.com/watch/y8dwOm6gUpY, http://www.playvid.com/watch/xzOT5eYtxCi, http://www.playvid.com/watch/-wqPz9VcLxh, http://www.playvid.com/watch/Y3r92Ji3ZGt, http://www.playvid.com/watch/CNUTbAdqCQr, http://www.playvid.com/watch/8WmagwJKSaY, http://www.playvid.com/watch/Mkkvv5SKAa7, http://www.playvid.com/watch/Mwq9EcSP-Eb, http://www.playvid.com/watch/yiFcrILe6dS, http://www.playvid.com/watch/t1T2_Qixafl, http://www.playvid.com/watch/8-m_mWQQP_Z, http://www.playvid.com/watch/KLc2lIf8vwt, http://www.playvid.com/watch/2QnRx9guCRE, http://www.playvid.com/watch/cVuLU1HuKvy, http://www.playvid.com/watch/ZnQoYE9K6J8, http://www.playvid.com/watch/lFkrOT3I2YH
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: albertalberto
5.b. Uploader's email address: albertalbertosinn@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/albertalberto
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LVQyLldivyL, http://www.playvid.com/watch/I8QOvo9i-b7, http://www.playvid.com/watch/HNdIIeEd2bp, http://www.playvid.com/watch/mUe4sD2oZ-K, http://www.playvid.com/watch/h2Lty5RhciM, http://www.playvid.com/watch/dEE-xLAA22N, http://www.playvid.com/watch/Tkk6jgnEgYX, http://www.playvid.com/watch/4VFnD--WUsx, http://www.playvid.com/watch/SwtU8GHMFgP, http://www.playvid.com/watch/45Hd9bw3-sn, http://www.playvid.com/watch/hJDIxO2VhkZ, http://www.playvid.com/watch/onNpgePc2YZ, http://www.playvid.com/watch/0Aeij9ZnZFq, http://www.playvid.com/watch/LT7qXe6aKyT, http://www.playvid.com/watch/aYV3ncGL4jY, http://www.playvid.com/watch/5hZSPcKB5GD, http://www.playvid.com/watch/OED5dzkPyUr, http://www.playvid.com/watch/zH3PA-80jlM, http://www.playvid.com/watch/N-26Md2uLrI, http://www.playvid.com/watch/Qt44i6ECL35, http://www.playvid.com/watch/69kpKith79d, http://www.playvid.com/watch/YTMri0sj87e, http://www.playvid.com/watch/-PK3pXvnbGU, http://www.playvid.com/watch/T54b6q2-elE, http://www.playvid.com/watch/38DMyDvQMZr, http://www.playvid.com/watch/A0Tt6Z7ZnVb, http://www.playvid.com/watch/AIgZrwkjYt0, http://www.playvid.com/watch/pwOc79efE6d, http://www.playvid.com/watch/9Z5HNWgkUQT, http://www.playvid.com/watch/hqyI-gDtb-r, http://www.playvid.com/watch/Z6MPfpUlGJs, http://www.playvid.com/watch/PahZ3gAbSC4, http://www.playvid.com/watch/GOxEStLenL7, http://www.playvid.com/watch/lK0eq79Quva, http://www.playvid.com/watch/g75XETY55Ec, http://www.playvid.com/watch/hHtkhc8yDn9, http://www.playvid.com/watch/9qKPoUXq3t2, http://www.playvid.com/watch/5YELxdE-O46, http://www.playvid.com/watch/Ax7yISnvAbA, http://www.playvid.com/watch/TUqeqrjLOtD, http://www.playvid.com/watch/J3lSiYsO4TQ, http://www.playvid.com/watch/qMhrr5BpxOj, http://www.playvid.com/watch/62dnsl4PqhD, http://www.playvid.com/watch/ycAAR5X65bW, http://www.playvid.com/watch/24ovwg59gLr, http://www.playvid.com/watch/UI9VpodHmb2, http://www.playvid.com/watch/jpgjbIgnCmA, http://www.playvid.com/watch/bigriq9otyd, http://www.playvid.com/watch/EteLWDydD4b, http://www.playvid.com/watch/D4oAYVQWUGR, http://www.playvid.com/watch/u5O9lDLauyr, http://www.playvid.com/watch/bHfAPbl85lN, http://www.playvid.com/watch/6brI0QCCall, http://www.playvid.com/watch/OP2c0PnRlWd, http://www.playvid.com/watch/Hb9l5MR2XTU, http://www.playvid.com/watch/TAYQTp7svK3, http://www.playvid.com/watch/g34otiueLRh, http://www.playvid.com/watch/PQvH6k8O07k, http://www.playvid.com/watch/JKB8W86JplU,

http://www.playvid.com/watch/juPetyZ4sbY, http://www.playvid.com/watch/bh8R7INa4QH, http://www.playvid.com/watch/3RzdumjBjhd, http://www.playvid.com/watch/aZct-hng7LV, http://www.playvid.com/watch/6nBvStV25Q7, http://www.playvid.com/watch/0b5vn-c-arw, http://www.playvid.com/watch/uu2vPoCFC6n, http://www.playvid.com/watch/nDXSEPr55By, http://www.playvid.com/watch/SsPtHZ305Cl, http://www.playvid.com/watch/6gEOGst5Jpl, http://www.playvid.com/watch/DCz6UbAVyNo, http://www.playvid.com/watch/t7HSPI2brnZ, http://www.playvid.com/watch/UP03FmQLUUw, http://www.playvid.com/watch/BTp-9BkgVxg, http://www.playvid.com/watch/Jzu7fAKKNDf, http://www.playvid.com/watch/9j38umB5JQy, http://www.playvid.com/watch/yDNR6BG2tXG, http://www.playvid.com/watch/LX7Ia5Aqt3S, http://www.playvid.com/watch/sKOaJt9iKLm, http://www.playvid.com/watch/Nxf07q2VFFq, http://www.playvid.com/watch/JDl8m2CVN6A, http://www.playvid.com/watch/x97lJHf9TdG, http://www.playvid.com/watch/xpbH-kTNTqk, http://www.playvid.com/watch/pglqZF3hBCT, http://www.playvid.com/watch/nQEzgtabLeg, http://www.playvid.com/watch/3xwoSh5tuaU, http://www.playvid.com/watch/m6a8M7xRWcY, http://www.playvid.com/watch/QS9dJPOVcno, http://www.playvid.com/watch/Z44qFNCKUZL, http://www.playvid.com/watch/cYt7ALjmOdy, http://www.playvid.com/watch/DzhLqzFpUaA, http://www.playvid.com/watch/lclncVnih39, http://www.playvid.com/watch/YEHbTKlHlIq, http://www.playvid.com/watch/X69QnTufKZO, http://www.playvid.com/watch/l7r6Mhe74Nk, http://www.playvid.com/watch/nIKXcVutX9p, http://www.playvid.com/watch/Q-0bj3iaDQ7, http://www.playvid.com/watch/T96jFWVBufG, http://www.playvid.com/watch/i3Ya6cpQKsi, http://www.playvid.com/watch/6y2FCCRqCbm, http://www.playvid.com/watch/hECfZRAXqvM, http://www.playvid.com/watch/ly8xJzfOHuB, http://www.playvid.com/watch/WwMhIRaWlxL, http://www.playvid.com/watch/gXy2ZHIK4dJ, http://www.playvid.com/watch/ZNQP9ZP0TA4, http://www.playvid.com/watch/RETV7KnxeBw, http://www.playvid.com/watch/aT2IL3ZYSY8, http://www.playvid.com/watch/ZiyLZZbEZQF, http://www.playvid.com/watch/QlJuD8grMqf, http://www.playvid.com/watch/koldgtgbsTg, http://www.playvid.com/watch/03enjsVf5tE, http://www.playvid.com/watch/fL-CykRuDAo, http://www.playvid.com/watch/UICd6Qw627V, http://www.playvid.com/watch/ChF5lbyxVqK, http://www.playvid.com/watch/X8rcSnp2nCM, http://www.playvid.com/watch/fDmPsBIIEeY, http://www.playvid.com/watch/8MKMCIcVx6U, http://www.playvid.com/watch/fQB6jUPjPQB

5.f. Date of third notice: 2013-10-15

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Alexinho77

5.b. Uploader's email address: dexter_8907@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/Alexinho77

5.e. List of videos posted by uploader: http://www.playvid.com/watch/mowBPdKVbfU, http://www.playvid.com/watch/eRqMttP5L6E, http://www.playvid.com/watch/64w0_S3rLNs, http://www.playvid.com/watch/lxCdf-_PRBf, http://www.playvid.com/watch/njqtPiV8p0s, http://www.playvid.com/watch/DObIDW7kmHP, http://www.playvid.com/watch/xZJzZLiNfm2, http://www.playvid.com/watch/tqPMGsFHUCp, http://www.playvid.com/watch/fPPaHcpLHSd, http://www.playvid.com/watch/qImNcDzBQdl, http://www.playvid.com/watch/d1WFEpFN2Ie, http://www.playvid.com/watch/7XlZJ2uv6Jp, http://www.playvid.com/watch/R29CcDm7A0F, http://www.playvid.com/watch/cq6AjQf2goh, http://www.playvid.com/watch/rsczTUTh4Bl, http://www.playvid.com/watch/nS8kfrdJ6N0, http://www.playvid.com/watch/aKCqrXId2qm, http://www.playvid.com/watch/KK4VoR_U_yq, http://www.playvid.com/watch/HueMcHAaDDH, http://www.playvid.com/watch/NFuRj-fWjEH, http://www.playvid.com/watch/32KBjqkLttD, http://www.playvid.com/watch/tz4eDXWfDof, http://www.playvid.com/watch/QUjmFz4bIeH, http://www.playvid.com/watch/4BcF2hxR6X0, http://www.playvid.com/watch/LS5VyB7xuQ9, http://www.playvid.com/watch/6ywuaZkZIFt, http://www.playvid.com/watch/JtNP9xUhyhy, http://www.playvid.com/watch/7notSIRXpzv, http://www.playvid.com/watch/aCrpkAdjmFo, http://www.playvid.com/watch/7cSs9vM71wB, http://www.playvid.com/watch/vWmr68v9_NB, http://www.playvid.com/watch/HfSn5fPB49Q, http://www.playvid.com/watch/nOp66Qs2Swy, http://www.playvid.com/watch/jmYRhCqwKS3, http://www.playvid.com/watch/nvOmD279dnw, http://www.playvid.com/watch/tLhyGvJlNCh, http://www.playvid.com/watch/JfDB1xcckNS, http://www.playvid.com/watch/NxnAE6MtA_9, http://www.playvid.com/watch/ch7NCt30Tjl, http://www.playvid.com/watch/HEZYn9wv-dB, http://www.playvid.com/watch/mrEKQOw3jOC, http://www.playvid.com/watch/8KV9bFbTmT3, http://www.playvid.com/watch/cSMfxbuiUSN, http://www.playvid.com/watch/KzRx1ohYn27, http://www.playvid.com/watch/7--jeLTPq-d, http://www.playvid.com/watch/n0FVNtSD7-x, http://www.playvid.com/watch/ix5yel8SAZD, http://www.playvid.com/watch/GpZKH6WsY-q, http://www.playvid.com/watch/IvCUOOTbwpC, http://www.playvid.com/watch/0UgQ-o5C3bn, http://www.playvid.com/watch/GSh8U9DjVnW, http://www.playvid.com/watch/vWzgoBvDWqZ, http://www.playvid.com/watch/Po0LmtzrgdL, http://www.playvid.com/watch/a831gxtiU43, http://www.playvid.com/watch/372Jw0l-4L8, http://www.playvid.com/watch/McTeAaHpbH7, http://www.playvid.com/watch/yH-HVm6qdm5, http://www.playvid.com/watch/U59-5UuDkvK, http://www.playvid.com/watch/bFEHJaFUY6u, http://www.playvid.com/watch/4Q_BZhSO6lz, http://www.playvid.com/watch/N-SSAfpRfJD, http://www.playvid.com/watch/OoTinGAYcJl, http://www.playvid.com/watch/vfLB_jGgWKF, http://www.playvid.com/watch/UQqGEbEWdIJ, http://www.playvid.com/watch/CwwBR_LR0Ie, http://www.playvid.com/watch/l6MQ3ICYTxd, http://www.playvid.com/watch/W6ddVHF6Fnz, http://www.playvid.com/watch/7Cl7QDARsxJ, http://www.playvid.com/watch/DB-SLpyKVRt, http://www.playvid.com/watch/gfKf1ROgqw8, http://www.playvid.com/watch/PGzb5rqXqQB, http://www.playvid.com/watch/Gj1VGPGQGxL, http://www.playvid.com/watch/j1YFfGz2dfx, http://www.playvid.com/watch/388OzQE8JQu, http://www.playvid.com/watch/apEhV1QlsDt, http://www.playvid.com/watch/Om6CmTWQtrw, http://www.playvid.com/watch/wUbUvyHOch7, http://www.playvid.com/watch/Cf_mQFBQMqp, http://www.playvid.com/watch/vt3-lnbfISm, http://www.playvid.com/watch/RDkzigVoI0E, http://www.playvid.com/watch/9IDKIX-Wh3v, http://www.playvid.com/watch/KQ7SshpnzGY, http://www.playvid.com/watch/8BDDfjI0lQl, http://www.playvid.com/watch/9WP79K43d8p, http://www.playvid.com/watch/ovPy0uE9a-W, http://www.playvid.com/watch/Oh-L6VunsAF, http://www.playvid.com/watch/Giq0zfEhy5o, http://www.playvid.com/watch/LXOvgvd0rKf, http://www.playvid.com/watch/lmyEKNM4r0T, http://www.playvid.com/watch/T1tZY-j9mOw, http://www.playvid.com/watch/nWlEJ8WIoVE, http://www.playvid.com/watch/Suk1R6-oDQE, http://www.playvid.com/watch/j5ekpBw2_AK, http://www.playvid.com/watch/RoriKoc2Zts, http://www.playvid.com/watch/bqz_omrCPiU, http://www.playvid.com/watch/NFraoVvrLY7, http://www.playvid.com/watch/Kl0hxwFowpv, http://www.playvid.com/watch/w72hE8ZhcQQ, http://www.playvid.com/watch/lTF9BtaFUIm, http://www.playvid.com/watch/sMWs9psPc0U, http://www.playvid.com/watch/uB5Z7NmBJrG, http://www.playvid.com/watch/A91HEZ29Q2O, http://www.playvid.com/watch/IxEufHsgxsm, http://www.playvid.com/watch/CGD55i9Q4Hj, http://www.playvid.com/watch/IU6s-rHd2nU, http://www.playvid.com/watch/bDD3uphkHt0, http://www.playvid.com/watch/jx3k0zvRU2p, http://www.playvid.com/watch/QmaiYYqvhII, http://www.playvid.com/watch/wfIrq4ZqqJg, http://www.playvid.com/watch/OlHbmU8Xi5n, http://www.playvid.com/watch/iUzDcr9q7qf, http://www.playvid.com/watch/vTHv_Di8hbQ, http://www.playvid.com/watch/5yTde3mN5PE, http://www.playvid.com/watch/CQeeiIu5Upq, http://www.playvid.com/watch/jPf6xFg6Bja, http://www.playvid.com/watch/h6okUaLvv0C, http://www.playvid.com/watch/f4eSvuqVHIn, http://www.playvid.com/watch/wn2XRR9J73Z, http://www.playvid.com/watch/Vx_WkXlwIkL, http://www.playvid.com/watch/QmDb45T2F-z, http://www.playvid.com/watch/MjR7nlfVLLN, http://www.playvid.com/watch/Gv-diU97SuM, http://www.playvid.com/watch/Bt13PYlbzrx, http://www.playvid.com/watch/sjVoEFgru7O, http://www.playvid.com/watch/cEsqLA0-pVy, http://www.playvid.com/watch/Jw4tp-oMchg, http://www.playvid.com/watch/XnYXjUoNDAR, http://www.playvid.com/watch/k4PiZbhAd6D, http://www.playvid.com/watch/5RvdQ1A2gFV, http://www.playvid.com/watch/c48PlZpIMqI, http://www.playvid.com/watch/uSYEkNpcWHF, http://www.playvid.com/watch/KLB4iHrHgLr, http://www.playvid.com/watch/fGDbDRwnXAl, http://www.playvid.com/watch/v8fxGdFbT4e, http://www.playvid.com/watch/jciKP_prG_S, http://www.playvid.com/watch/6FUwe64vqWZ, http://www.playvid.com/watch/jEFdqJVfDij, http://www.playvid.com/watch/fjOPy_WOgjx, http://www.playvid.com/watch/xDz5P-3R2pd, http://www.playvid.com/watch/W-kVBz7OqfY, http://www.playvid.com/watch/iZzJ-hUlm8e, http://www.playvid.com/watch/xucoPfC90Yu, http://www.playvid.com/watch/hYIDrvrN1n6, http://www.playvid.com/watch/Rg-iAbkKyYx, http://www.playvid.com/watch/AyJL9WJTv32, http://www.playvid.com/watch/dgPURe9Akf8, http://www.playvid.com/watch/6HyY_Le4MlV, http://www.playvid.com/watch/E2bBnkUb_rh, http://www.playvid.com/watch/OMhKLY9UYNG, http://www.playvid.com/watch/CQd35aGMh9n, http://www.playvid.com/watch/fS1xaeoKFkj, http://www.playvid.com/watch/9HpXrts78do, http://www.playvid.com/watch/FzbF38AxPvp, http://www.playvid.com/watch/0Bey-pgcnUi, http://www.playvid.com/watch/0AbFN0iei5F, http://www.playvid.com/watch/QDt3SD7HyHW, http://www.playvid.com/watch/QUjQ_9aXy3O, http://www.playvid.com/watch/ek2gjJCKyNb, http://www.playvid.com/watch/a7YsbofU7Mg, http://www.playvid.com/watch/JM1OJ9qkmhK, http://www.playvid.com/watch/khYERz-Oy-T, http://www.playvid.com/watch/qt_dgaRexhe, http://www.playvid.com/watch/W2WHeIzrkPP, http://www.playvid.com/watch/5gf0QXwrGRw, http://www.playvid.com/watch/KiJw7zWQVd5, http://www.playvid.com/watch/VbIBlq1Sh4J, http://www.playvid.com/watch/gNIJofEpvtj, http://www.playvid.com/watch/ocd2fmVXsQ6, http://www.playvid.com/watch/TpgWtM0HLew, http://www.playvid.com/watch/zwKDnawKyjO, http://www.playvid.com/watch/e8ozOYnQHs6, http://www.playvid.com/watch/4Ce3vc_Umj4, http://www.playvid.com/watch/EtfWr6zPI3p, http://www.playvid.com/watch/VxPgL30RSf0, http://www.playvid.com/watch/UMdmhcq5LSX, http://www.playvid.com/watch/kxlN3PJ44jQ, http://www.playvid.com/watch/4jz5SLfpoqU, http://www.playvid.com/watch/nrvQ1nD_qt4, http://www.playvid.com/watch/KbQbNUsvAVO, http://www.playvid.com/watch/wENTjnCUcxu, http://www.playvid.com/watch/hTIkyEfHJOU, http://www.playvid.com/watch/ZGBjtlvZphI, http://www.playvid.com/watch/yKnbb2M-pZX, http://www.playvid.com/watch/h_OHm4blV_f, http://www.playvid.com/watch/lv1ZJw3rWie, http://www.playvid.com/watch/pNFMKWzg8dL, http://www.playvid.com/watch/fM0Zv2RbdCk, http://www.playvid.com/watch/RF7RjOB9J8v, http://www.playvid.com/watch/HHncE1-WGQQ, http://www.playvid.com/watch/cdmXXJoEyxa, http://www.playvid.com/watch/QZGuliul5Fk, http://www.playvid.com/watch/d1IOsPwLlYh, http://www.playvid.com/watch/SJ-Jy-n1dXi, http://www.playvid.com/watch/Fu6BpKdfOc6, http://www.playvid.com/watch/EEMOHc6Azji, http://www.playvid.com/watch/lUU2mbynpCi, http://www.playvid.com/watch/PR4jsh1hpg8, http://www.playvid.com/watch/zATZFtKxT3G, http://www.playvid.com/watch/mTkFcAIKSAZ, http://www.playvid.com/watch/UyXtrI_jx6c, http://www.playvid.com/watch/9HK_d_bjh_b, http://www.playvid.com/watch/lVN4R2xtRUf, http://www.playvid.com/watch/UIqBb5AQzWb, http://www.playvid.com/watch/mVgtz7Sb409, http://www.playvid.com/watch/j8ZFBHxt4PB, http://www.playvid.com/watch/w2Pkx7rcHKQ, http://www.playvid.com/watch/gGUTEzcx5hZ, http://www.playvid.com/watch/endDTk5dY1F, http://www.playvid.com/watch/WGICWLIgcuC,

http://www.playvid.com/watch/v8J7TGnmmTw, http://www.playvid.com/watch/KKJXqLLy_Ob, http://www.playvid.com/watch/8KefaJEaqQC,
http://www.playvid.com/watch/AVHA4c116Q9, http://www.playvid.com/watch/yTbkQyCe3fP, http://www.playvid.com/watch/wdKsdX36oCj,
http://www.playvid.com/watch/4cboaQwSuNg, http://www.playvid.com/watch/He6jAsX5F9u, http://www.playvid.com/watch/fz8iPYVBVuf,
http://www.playvid.com/watch/TTrlSO-UocW, http://www.playvid.com/watch/6pV55oOdZXI, http://www.playvid.com/watch/r3ZTKLVR0BD,
http://www.playvid.com/watch/ueysRTjkATE, http://www.playvid.com/watch/W_LaFPesvFH, http://www.playvid.com/watch/48HVhscw9fI,
http://www.playvid.com/watch/lky-zSqGxpy, http://www.playvid.com/watch/eJHalZaoyTi, http://www.playvid.com/watch/dmzyMxUKpX0,
http://www.playvid.com/watch/CdEiNjZiZuq, http://www.playvid.com/watch/n8fz9HPGtfh, http://www.playvid.com/watch/UtRSZry3X2C,
http://www.playvid.com/watch/VkDXmPT4TTD, http://www.playvid.com/watch/28qEQ9JgucW, http://www.playvid.com/watch/w_V-qjLh88g,
http://www.playvid.com/watch/Dd8wnxkIvh0, http://www.playvid.com/watch/dICvj_hcvRf, http://www.playvid.com/watch/0BBnc1oVEps,
http://www.playvid.com/watch/LwP-2DXcY2x, http://www.playvid.com/watch/hWwUox-iooG, http://www.playvid.com/watch/Pex7FQS1oBj,
http://www.playvid.com/watch/ebqe6boKuYg, http://www.playvid.com/watch/t8g3EpDWo_J, http://www.playvid.com/watch/taiGfOXg_aO,
http://www.playvid.com/watch/pBRFNm6voOI, http://www.playvid.com/watch/M8_3LJGucYR, http://www.playvid.com/watch/PBGbc8fAnLD,
http://www.playvid.com/watch/lL460e3MzSs, http://www.playvid.com/watch/cUtHfjSTdhN, http://www.playvid.com/watch/lPUk_IrdO5S,
http://www.playvid.com/watch/0h2bKJFsEJ7, http://www.playvid.com/watch/QQKXYh31Iqn, http://www.playvid.com/watch/EFea0Gnv63R,
http://www.playvid.com/watch/H-dh3_MYKtV, http://www.playvid.com/watch/KfwqzwbI_0D, http://www.playvid.com/watch/8SGIWpcMC04,
http://www.playvid.com/watch/ZcM_KAG-2Q6, http://www.playvid.com/watch/T8EtulEH166, http://www.playvid.com/watch/kL9T9nw65Qu,
http://www.playvid.com/watch/eguC8kgOo9k, http://www.playvid.com/watch/qQJf7miOawT, http://www.playvid.com/watch/Yxc2yR9AtG3,
http://www.playvid.com/watch/sWqLSG0vl3f, http://www.playvid.com/watch/4Ja0qxtu9kD, http://www.playvid.com/watch/5MI3KVktK0P,
http://www.playvid.com/watch/u-SI6umH88I, http://www.playvid.com/watch/TViSO1Qd-0O, http://www.playvid.com/watch/uBK7QOJoLHk,
http://www.playvid.com/watch/CKzhy2Op6-e, http://www.playvid.com/watch/YbqoQjD8DOe, http://www.playvid.com/watch/4KgpxRQk6QU,
http://www.playvid.com/watch/Q5pbixyoLbD, http://www.playvid.com/watch/55f976JYjzE, http://www.playvid.com/watch/o69V9NunT3E,
http://www.playvid.com/watch/choWfTPxnio, http://www.playvid.com/watch/mN6Oc6358Ei, http://www.playvid.com/watch/kIrFt5HHS4Z,
http://www.playvid.com/watch/MHVlfimleBv, http://www.playvid.com/watch/B4X9lxjLIlo, http://www.playvid.com/watch/tPBc75NR7Rf,
http://www.playvid.com/watch/xBwoUHmTI5M, http://www.playvid.com/watch/aAuEVswMsaz, http://www.playvid.com/watch/J2CrYi5hRZp,
http://www.playvid.com/watch/ddqNxn7mqlI, http://www.playvid.com/watch/xqwx29UTSsR, http://www.playvid.com/watch/CenjYNiir8g,
http://www.playvid.com/watch/DtRCAgwKOEQ, http://www.playvid.com/watch/allxU0KUekG, http://www.playvid.com/watch/yqQ7CnpWvTD,
http://www.playvid.com/watch/uZJX_8Z7V_4, http://www.playvid.com/watch/tB7o5PXd52a, http://www.playvid.com/watch/XVLK9_iznGo,
http://www.playvid.com/watch/wcffZ0PxgVo, http://www.playvid.com/watch/GKSM8r_uO_m, http://www.playvid.com/watch/EP0XMOdl4-6,
http://www.playvid.com/watch/yAPsFe9Kd6C, http://www.playvid.com/watch/MfzPbR-iW3t, http://www.playvid.com/watch/EzfuwnV0rMe,
http://www.playvid.com/watch/Jwr74-DGaKP, http://www.playvid.com/watch/nfttBxlLpki, http://www.playvid.com/watch/X8McwXKk5aF,
http://www.playvid.com/watch/TtDxSk9hPWq, http://www.playvid.com/watch/28xgzXmH-i3, http://www.playvid.com/watch/eQEj0Ud0Dqj,
http://www.playvid.com/watch/rH9ZLOebqJJ, http://www.playvid.com/watch/FyETHhTbrER, http://www.playvid.com/watch/tnV9t9HYli3,
http://www.playvid.com/watch/bxC_ct1q5qj, http://www.playvid.com/watch/zwGA6FlKCZ7, http://www.playvid.com/watch/R1bYm-lsetR,
http://www.playvid.com/watch/KSeQ0_ZL81q, http://www.playvid.com/watch/WzV5JUfCzrc, http://www.playvid.com/watch/srDbXB7Pq2Q,
http://www.playvid.com/watch/TKyrrYfu0ih, http://www.playvid.com/watch/s1EHKgZ8lBw, http://www.playvid.com/watch/PdKnf9mGIbz,
http://www.playvid.com/watch/3FnSjxhN_gw, http://www.playvid.com/watch/xWG7wTdm2Ve, http://www.playvid.com/watch/SuBil2J4Hga,
http://www.playvid.com/watch/dsvPbwcDTKo, http://www.playvid.com/watch/GGi-JRn8XiR, http://www.playvid.com/watch/jW5IAcq0dQl,
http://www.playvid.com/watch/aM15yp6giWd, http://www.playvid.com/watch/Yq_R1mop6gO, http://www.playvid.com/watch/415YjN-BYhN,
http://www.playvid.com/watch/ynQWRqWU09E, http://www.playvid.com/watch/853iTG8CFy3, http://www.playvid.com/watch/qTfaeVueQlJ,
http://www.playvid.com/watch/WVXzZ-nyLOH, http://www.playvid.com/watch/UmuOkvQ-s9f, http://www.playvid.com/watch/OzCZ-TudAiC,
http://www.playvid.com/watch/uD-bTfn7yxy, http://www.playvid.com/watch/OvTo3bXp6Qw, http://www.playvid.com/watch/dn3yJaTtqDY,
http://www.playvid.com/watch/a5RcMMndaDv, http://www.playvid.com/watch/YMOF8OFJe0e, http://www.playvid.com/watch/TA6hXP6SBsf,
http://www.playvid.com/watch/5bRjUdRck8t, http://www.playvid.com/watch/gcmt__drHNY, http://www.playvid.com/watch/Bvvxw8Qrf57,
http://www.playvid.com/watch/CLhwM0hhrxT, http://www.playvid.com/watch/SYCwrlTPyih, http://www.playvid.com/watch/04t4yaVheyk,
http://www.playvid.com/watch/zoEa34SWQz3, http://www.playvid.com/watch/2jruZ9etXUU, http://www.playvid.com/watch/5ZGyVaQCLg5,
http://www.playvid.com/watch/yyxKxU0FwCr, http://www.playvid.com/watch/X8TS2hr-OkQ, http://www.playvid.com/watch/TuLU9kHSMo9,
http://www.playvid.com/watch/yjhKzsAE3lr, http://www.playvid.com/watch/A0r7pUak5ce, http://www.playvid.com/watch/gh0WlwSdEjc,
http://www.playvid.com/watch/jisUGy6y1OC, http://www.playvid.com/watch/UINWRM2rFgY, http://www.playvid.com/watch/2Nafyi-OGF6,
http://www.playvid.com/watch/LkWT2aPGE8s, http://www.playvid.com/watch/0HIuen0KFHX, http://www.playvid.com/watch/AwwhKJ2MvQT,
http://www.playvid.com/watch/Kld5LyZzAuu, http://www.playvid.com/watch/RtDlFDN3lGF, http://www.playvid.com/watch/Zzg0_g9oi5a,
http://www.playvid.com/watch/YE4ados82We, http://www.playvid.com/watch/AZNEhq5-m60, http://www.playvid.com/watch/KN95RBkgNIt,
http://www.playvid.com/watch/BKBzTITdijA, http://www.playvid.com/watch/4oaD_suMtnb, http://www.playvid.com/watch/XmxVv-bqlLW,
http://www.playvid.com/watch/NlXhKDkBGt9, http://www.playvid.com/watch/ErAhRJH_B7E, http://www.playvid.com/watch/c5WX_VFxpRQ,
http://www.playvid.com/watch/ndjzaUVLROd, http://www.playvid.com/watch/iZ6dHNOT4NX, http://www.playvid.com/watch/fTEHoxFCfBe,
http://www.playvid.com/watch/sQ8EpL4s6Kq, http://www.playvid.com/watch/acNpc_uJ95S, http://www.playvid.com/watch/VBM51I0lTjg,
http://www.playvid.com/watch/v-jyaSpDUvU, http://www.playvid.com/watch/FfiyMn1TVLt, http://www.playvid.com/watch/uisTxoTvd7u,
http://www.playvid.com/watch/xAyKt6eEU80, http://www.playvid.com/watch/7wSfhmkmUJk, http://www.playvid.com/watch/Wp4RB_8uy1Q,
http://www.playvid.com/watch/Hub78ByyDv9, http://www.playvid.com/watch/88o3rpm9jZS, http://www.playvid.com/watch/UxeR8Z4JqVu,
http://www.playvid.com/watch/JppXqzoEizj, http://www.playvid.com/watch/EdNyU6xiJVh, http://www.playvid.com/watch/YuhVR2gWH7K,
http://www.playvid.com/watch/Ww-CAGwDc8H, http://www.playvid.com/watch/dl3iCpv-60x, http://www.playvid.com/watch/hdubyVUyg3F,
http://www.playvid.com/watch/TAp-DhB620Z, http://www.playvid.com/watch/nmaU7C03BRE, http://www.playvid.com/watch/rIOx5sJZEBO,
http://www.playvid.com/watch/4sbndjowc2D, http://www.playvid.com/watch/4DHxiIpkqUj, http://www.playvid.com/watch/7u3u_lSd4qc,
http://www.playvid.com/watch/6GI1rFMluiv, http://www.playvid.com/watch/gaW5chFl7bO, http://www.playvid.com/watch/od2HK43s7a0,
http://www.playvid.com/watch/pqWzKFK7NE4, http://www.playvid.com/watch/O8pcde2uP0E, http://www.playvid.com/watch/yyweEbxsy6c,
http://www.playvid.com/watch/ba3mI2tHSok, http://www.playvid.com/watch/DE2mwdUow2c, http://www.playvid.com/watch/78jARpxVAIb,
http://www.playvid.com/watch/PGCLIYiw9Ku, http://www.playvid.com/watch/LI6zC6q4fB2, http://www.playvid.com/watch/cGlFv_TFBeR,
http://www.playvid.com/watch/DKDPh-Q2mV8, http://www.playvid.com/watch/qlvH8KL3ZiD, http://www.playvid.com/watch/DijRZMl1Ehn,
http://www.playvid.com/watch/EgOiespqeM4, http://www.playvid.com/watch/3eTAJ5PlHQQ, http://www.playvid.com/watch/8eSoga0uJRS,
http://www.playvid.com/watch/00u97rw2zWM, http://www.playvid.com/watch/C3IBPRnJLMA, http://www.playvid.com/watch/SrlRle3NG53,
http://www.playvid.com/watch/F2taniFna9E, http://www.playvid.com/watch/Hkwx-3cdVru, http://www.playvid.com/watch/FPQIRa_9dOz,
http://www.playvid.com/watch/woGGL7MgiO3, http://www.playvid.com/watch/Xd0z2kZPEKu, http://www.playvid.com/watch/DzhjPxYyMyJ,
http://www.playvid.com/watch/J3-Li22xUvU, http://www.playvid.com/watch/AzpqwaUJayw, http://www.playvid.com/watch/lGt-P3EVF9m,
http://www.playvid.com/watch/j6UMyBlf5Ih, http://www.playvid.com/watch/wnXgMnIRftd, http://www.playvid.com/watch/4fbBOeGPxtu,
http://www.playvid.com/watch/dkmNxdG9bVC, http://www.playvid.com/watch/yTfzOZKUnLA, http://www.playvid.com/watch/6bQQggINqLg,
http://www.playvid.com/watch/TDo8omKXULM, http://www.playvid.com/watch/N53IaGmiT_7, http://www.playvid.com/watch/Xuyysfyt3z7,
http://www.playvid.com/watch/txuRA4zoV0y, http://www.playvid.com/watch/BhlTczzBKjM, http://www.playvid.com/watch/JbzzTIC1DVF,
http://www.playvid.com/watch/Gn57J88pImm, http://www.playvid.com/watch/rY12Ynx-v54, http://www.playvid.com/watch/ZsPlop19M0Q,
http://www.playvid.com/watch/4f8s3MIRMig, http://www.playvid.com/watch/9IGFMdzoQ-G, http://www.playvid.com/watch/28sg6K0NnXo,
http://www.playvid.com/watch/2uufPZCckwC, http://www.playvid.com/watch/VDQDhpWNG3v, http://www.playvid.com/watch/RT5Hx57TxGp,
http://www.playvid.com/watch/FCD-APXKl5z, http://www.playvid.com/watch/ve37IErODQI, http://www.playvid.com/watch/gZlxgQR8CeH,
http://www.playvid.com/watch/ycUjvYzUPcO, http://www.playvid.com/watch/W3r_P71ZLvR, http://www.playvid.com/watch/9zShbPZml2z,
http://www.playvid.com/watch/rF3A0g2Da9O, http://www.playvid.com/watch/ndKONQ8Zr4C, http://www.playvid.com/watch/7wDLdSx7Nmv,
http://www.playvid.com/watch/DrB9PmS8QPH, http://www.playvid.com/watch/McefndvPFqD, http://www.playvid.com/watch/SFZD7zeIXlt,
http://www.playvid.com/watch/EVDulBPTg0g, http://www.playvid.com/watch/EtYFW8Um2gn, http://www.playvid.com/watch/tlfGZjftR45,
http://www.playvid.com/watch/mRBtK8E07n6, http://www.playvid.com/watch/3BsA5qADqJi, http://www.playvid.com/watch/qFyj38mn5uw,
http://www.playvid.com/watch/fLoMGnZgOy5, http://www.playvid.com/watch/XoiyEKgtm2o, http://www.playvid.com/watch/C8byQoLAnPw,
http://www.playvid.com/watch/Md-AKR0EfZs, http://www.playvid.com/watch/UTgbAjfq9WL, http://www.playvid.com/watch/3bn1Gm2I1kO,
http://www.playvid.com/watch/4Paqq95_Yww, http://www.playvid.com/watch/wtnNhoZYVCw, http://www.playvid.com/watch/diyWLv0ujGf,
http://www.playvid.com/watch/BxZuLZPpfxi, http://www.playvid.com/watch/QgQkPQEYzxj, http://www.playvid.com/watch/VJnDmVJ9J-V,
http://www.playvid.com/watch/Nz1ybcthZTN, http://www.playvid.com/watch/vA_Xc5wS9BB, http://www.playvid.com/watch/KLQA_Q5LoFT,
http://www.playvid.com/watch/0bWf8-NqTaB, http://www.playvid.com/watch/i585mHYpjIQ, http://www.playvid.com/watch/o__I5orAd2V,
http://www.playvid.com/watch/04tWt6BxAHm, http://www.playvid.com/watch/i7F62W7nKTA, http://www.playvid.com/watch/LGun30IbbX9,
http://www.playvid.com/watch/vZFFhvm52Tx, http://www.playvid.com/watch/70MXd8rqd8v, http://www.playvid.com/watch/6qQG_Go2EmX,
http://www.playvid.com/watch/xS0Uic-Be6f, http://www.playvid.com/watch/4PlWVm8Q1yS, http://www.playvid.com/watch/3YxgBhB_vvl,
http://www.playvid.com/watch/gvXXS7bZZ3Q, http://www.playvid.com/watch/Yfik-fQWNwv, http://www.playvid.com/watch/C1t4cqj4oK3,
http://www.playvid.com/watch/8CvWFjJbylG, http://www.playvid.com/watch/AAPmyqrUaEC, http://www.playvid.com/watch/f2bBB62xdYl,

http://www.playvid.com/watch/HKBubBTb8jt, http://www.playvid.com/watch/HgnXlvrE0MX, http://www.playvid.com/watch/EgQN2ZWtnx5, http://www.playvid.com/watch/3xXgh8QZqnx, http://www.playvid.com/watch/p3FWz2T8DlL, http://www.playvid.com/watch/62SugeA0nku, http://www.playvid.com/watch/aQHvPMO3-5J, http://www.playvid.com/watch/lrpLKjRKjwT, http://www.playvid.com/watch/YuR5IlN3awd, http://www.playvid.com/watch/Ubl3GmAqFyJ, http://www.playvid.com/watch/mXqCkOnV4FO, http://www.playvid.com/watch/ydBU4f5N1PV, http://www.playvid.com/watch/eciG82-pxFd, http://www.playvid.com/watch/Qn5S36q3wse, http://www.playvid.com/watch/EIySsXPkkf2, http://www.playvid.com/watch/EVD37z3Q9jy, http://www.playvid.com/watch/AgxxDhceM_u, http://www.playvid.com/watch/iMTBgvKhO3i, http://www.playvid.com/watch/h1TtMM0DloI, http://www.playvid.com/watch/3XODI8Mqq6R, http://www.playvid.com/watch/206aGGuQ1qr, http://www.playvid.com/watch/zgpP4rLLZGK, http://www.playvid.com/watch/EYstOgipYy7, http://www.playvid.com/watch/8UDnQdJIL25, http://www.playvid.com/watch/qkZnwMaIEdm, http://www.playvid.com/watch/tKmyeIzNh5N, http://www.playvid.com/watch/NXmzA58vuLU, http://www.playvid.com/watch/mZI9Npjkzx8, http://www.playvid.com/watch/8AGZ4ihnkqJ, http://www.playvid.com/watch/i7nVW5x0n2Q, http://www.playvid.com/watch/8FgE_lDDFCk, http://www.playvid.com/watch/exDG7u-uw_5, http://www.playvid.com/watch/35ZYhkOwZis, http://www.playvid.com/watch/uLGwnOAu4Jd, http://www.playvid.com/watch/cinz5su8RN9, http://www.playvid.com/watch/IzEjSb1WtLd, http://www.playvid.com/watch/tTolsf81oeU, http://www.playvid.com/watch/Gy25doSxbbL, http://www.playvid.com/watch/hZjotmKXiAa, http://www.playvid.com/watch/3dL84QeVmCc, http://www.playvid.com/watch/v8DOwEmYEVB, http://www.playvid.com/watch/b9mxVlS5W6A, http://www.playvid.com/watch/Zxzqru49CQL, http://www.playvid.com/watch/yKXi4iGCBDc, http://www.playvid.com/watch/fDb0z380jPb, http://www.playvid.com/watch/ysueh0QuoHR, http://www.playvid.com/watch/C-eh9DBFqyK, http://www.playvid.com/watch/CWZcYYIDFON, http://www.playvid.com/watch/MsVJvc6fIDH, http://www.playvid.com/watch/fQdavnShL9u, http://www.playvid.com/watch/PVPDpAiesnb, http://www.playvid.com/watch/OrCXsTd09Wo, http://www.playvid.com/watch/NLhliumIpg0, http://www.playvid.com/watch/3MggILQOveT, http://www.playvid.com/watch/Y75u1vFCGPL, http://www.playvid.com/watch/cRDDM-2u-Zj, http://www.playvid.com/watch/gxRICXVGp7T, http://www.playvid.com/watch/nigp0ZG8WKc, http://www.playvid.com/watch/9bDpjS6-lCp, http://www.playvid.com/watch/wbAOW8t-I2P, http://www.playvid.com/watch/gX7kIa-vvCD, http://www.playvid.com/watch/LCdAPy065-Z, http://www.playvid.com/watch/CNzBQ_zYuLB, http://www.playvid.com/watch/N9jazAQsQGJ, http://www.playvid.com/watch/7bUBLy1-yuX, http://www.playvid.com/watch/v_nQSVGk6pz, http://www.playvid.com/watch/4xgQPhBYYfb, http://www.playvid.com/watch/PHKoStchVnp, http://www.playvid.com/watch/v1YwEGL8gsM, http://www.playvid.com/watch/TASA8wAhbee, http://www.playvid.com/watch/2QiWB4eNsRo, http://www.playvid.com/watch/7UJAIjKovio, http://www.playvid.com/watch/WbFTip4Vem0, http://www.playvid.com/watch/vjT0HpCCik2, http://www.playvid.com/watch/wXh8tlNpjpy, http://www.playvid.com/watch/dU1JBMLCaH3, http://www.playvid.com/watch/TLEBVA_0l8E, http://www.playvid.com/watch/3V78jgHGvxe, http://www.playvid.com/watch/sWSrZe5G7oR, http://www.playvid.com/watch/85piKN-2iSZ, http://www.playvid.com/watch/tdK5d4FoFWZ, http://www.playvid.com/watch/FOsVJf3hkbm, http://www.playvid.com/watch/ipeaKP7Opxg, http://www.playvid.com/watch/5GSx616c0CH, http://www.playvid.com/watch/xdT_b_2qgOb, http://www.playvid.com/watch/bL_NTu8b-bC, http://www.playvid.com/watch/s-rXxfhQvaZ, http://www.playvid.com/watch/LZSTB71Xr_d, http://www.playvid.com/watch/qIL4ZxFiBnq, http://www.playvid.com/watch/Kd0gPWAE0w2, http://www.playvid.com/watch/VC32VqetZ49, http://www.playvid.com/watch/bU5UdqrajGU, http://www.playvid.com/watch/UM6CpM9TZLO, http://www.playvid.com/watch/7OQ52VwrSfV, http://www.playvid.com/watch/ASlulAK_IdX, http://www.playvid.com/watch/GeVJvI1wgN2, http://www.playvid.com/watch/KbDHxyZOaxx, http://www.playvid.com/watch/TQrdd0tZKh2, http://www.playvid.com/watch/PWXafbtTHHZ, http://www.playvid.com/watch/dc7N-f6pwPh, http://www.playvid.com/watch/PwwlWMngiUa, http://www.playvid.com/watch/nzFb1_S2Fdk, http://www.playvid.com/watch/tIj9IcyGgK3, http://www.playvid.com/watch/2qjDTY55LoO, http://www.playvid.com/watch/A_erzs4BVBq, http://www.playvid.com/watch/xag45gHMCLe, http://www.playvid.com/watch/YEtzoNPUf9F, http://www.playvid.com/watch/jlguP2T04Ru, http://www.playvid.com/watch/kZXK_BlJ2t7, http://www.playvid.com/watch/oHbdinHCVIw, http://www.playvid.com/watch/lDGVkQCozfj, http://www.playvid.com/watch/NXy6s9-27QJ, http://www.playvid.com/watch/qwCqtD6xht9, http://www.playvid.com/watch/sKpXCIHfktg, http://www.playvid.com/watch/ArLaTSg8bvE, http://www.playvid.com/watch/9g_Hwj1r6nh, http://www.playvid.com/watch/v7yHD3FB3sL, http://www.playvid.com/watch/79qfYLyB4YO, http://www.playvid.com/watch/d3w2Nc9M2fi, http://www.playvid.com/watch/6Bdnx3vZ0Jb, http://www.playvid.com/watch/Q3P4r8DPRKy, http://www.playvid.com/watch/g6a_JXkTmTB, http://www.playvid.com/watch/qn8Z9Q4osHF, http://www.playvid.com/watch/kRbTVn732Wy, http://www.playvid.com/watch/Tw4vbQJIDJe, http://www.playvid.com/watch/URrIXGODbDF, http://www.playvid.com/watch/9IAVifeVAUO, http://www.playvid.com/watch/nXKgZR0tLiu, http://www.playvid.com/watch/FWqYVUM4kMQ, http://www.playvid.com/watch/Uv8kNNL2MTW, http://www.playvid.com/watch/Gw9gVuyT25j, http://www.playvid.com/watch/LkwEgT-7kRx, http://www.playvid.com/watch/LfVNWWYX01V, http://www.playvid.com/watch/d_FzVEyJk66, http://www.playvid.com/watch/Z4IGuFbWlIl, http://www.playvid.com/watch/hVjVVCmPWAX, http://www.playvid.com/watch/gqr4BN0Zudb, http://www.playvid.com/watch/SoHgno0H9nO, http://www.playvid.com/watch/OGBxVEy9fAK, http://www.playvid.com/watch/yx2jaHpSYjJ, http://www.playvid.com/watch/LNNTaKvjoVs, http://www.playvid.com/watch/wzV2Js5hc75, http://www.playvid.com/watch/tSZFN9C6Ae6, http://www.playvid.com/watch/x6Aa13lP6lR, http://www.playvid.com/watch/0ynQW8Nw6pZ, http://www.playvid.com/watch/CuvhXny77Br, http://www.playvid.com/watch/HY84IjsSksn, http://www.playvid.com/watch/unHgxFVFSWa, http://www.playvid.com/watch/Nn4IeR9qzJP, http://www.playvid.com/watch/TpCAUWQon8U, http://www.playvid.com/watch/RFE6dc4B3VC, http://www.playvid.com/watch/YD-tXQmSFsb, http://www.playvid.com/watch/onEz5LbZbvn, http://www.playvid.com/watch/vglVPHodImz, http://www.playvid.com/watch/hF7HG7_aBJZ, http://www.playvid.com/watch/TNvVGP9rv3r, http://www.playvid.com/watch/JMZn2I0lg75, http://www.playvid.com/watch/wf5hCXiFlmy, http://www.playvid.com/watch/KGrEA3sjGzc, http://www.playvid.com/watch/ciFIga4VpDO, http://www.playvid.com/watch/2Iu_PYLxBoo, http://www.playvid.com/watch/kSj2tu6PQlj, http://www.playvid.com/watch/iw_hOtgGNBr, http://www.playvid.com/watch/dymDJIu2-hk, http://www.playvid.com/watch/VDoWT8dryfE, http://www.playvid.com/watch/yFQyaALmAjS, http://www.playvid.com/watch/jee_TuqdczG, http://www.playvid.com/watch/M3KseOBY2_b, http://www.playvid.com/watch/8l_XhBrbBJa, http://www.playvid.com/watch/QgdpLqAjyHL, http://www.playvid.com/watch/x17EQ8OeSfN, http://www.playvid.com/watch/jX69Xt9eHnk, http://www.playvid.com/watch/La82K8KNmBT, http://www.playvid.com/watch/UY4uV5hf0Hh, http://www.playvid.com/watch/DyisTj9gpiO, http://www.playvid.com/watch/SOH7JtZe5uA, http://www.playvid.com/watch/srBjQnNeSwA, http://www.playvid.com/watch/bC-yhDFgMQJ, http://www.playvid.com/watch/4_N91vyBVtF, http://www.playvid.com/watch/zKVMxfoTiNO, http://www.playvid.com/watch/nxcNUURlSZc, http://www.playvid.com/watch/d1ap808Wy4k, http://www.playvid.com/watch/eMnz-Q3heLP, http://www.playvid.com/watch/hh4zgg0GTMd, http://www.playvid.com/watch/WnZ70ib62Nf, http://www.playvid.com/watch/8HygMjtf-Vg, http://www.playvid.com/watch/4qd3xkF8FgM, http://www.playvid.com/watch/q30a51qFeaf, http://www.playvid.com/watch/xlPvNzBWmui, http://www.playvid.com/watch/TisrZYSqNS9, http://www.playvid.com/watch/6Plh1txqz00, http://www.playvid.com/watch/5BAlZOJycsa, http://www.playvid.com/watch/ZhxPReK1q5L, http://www.playvid.com/watch/aFEGHPgYl-y, http://www.playvid.com/watch/OZQsT-3XpnN, http://www.playvid.com/watch/Fd3DIDaHOBZ, http://www.playvid.com/watch/rQbWUP8V4pW, http://www.playvid.com/watch/h6a6B6dYHW5, http://www.playvid.com/watch/sRVUwxz-4YK, http://www.playvid.com/watch/xXjR3AbTQzQ, http://www.playvid.com/watch/JAZTc1zBj2R, http://www.playvid.com/watch/7Ur_77eYzZG, http://www.playvid.com/watch/weNtca6atea, http://www.playvid.com/watch/yEEkVPhLdTt, http://www.playvid.com/watch/s5l8q73Gjg3, http://www.playvid.com/watch/FXLj0Rj_eVi, http://www.playvid.com/watch/5LEk0KRNZkw, http://www.playvid.com/watch/MfruL-xT7wt, http://www.playvid.com/watch/wDsvjmN4h78, http://www.playvid.com/watch/h77_CZJ7GlY, http://www.playvid.com/watch/Xgzgh6z6cxN, http://www.playvid.com/watch/pUCK8Gl0RsY, http://www.playvid.com/watch/8wMx4-oipzn, http://www.playvid.com/watch/BL7NlP9Z7WV, http://www.playvid.com/watch/mDOzy_ZIa3l, http://www.playvid.com/watch/SH6hPKqGgaz, http://www.playvid.com/watch/yhjXSbKDviy, http://www.playvid.com/watch/UZZAej8kN43, http://www.playvid.com/watch/2GFhbisfwy3, http://www.playvid.com/watch/hKZ0m63dq8z, http://www.playvid.com/watch/zW5alxBaVxT, http://www.playvid.com/watch/DKhmtIA4qgN, http://www.playvid.com/watch/VmoeZIjBxN7, http://www.playvid.com/watch/kup6zzFtgxi, http://www.playvid.com/watch/AkFPGw6Qj7K, http://www.playvid.com/watch/hRMrl-3dYR5, http://www.playvid.com/watch/E2TYKV7_8j7, http://www.playvid.com/watch/LHNLHSHUr-w, http://www.playvid.com/watch/v_GitEi-qSw, http://www.playvid.com/watch/NTKOIzheJMh, http://www.playvid.com/watch/VWk6NNKtCkL, http://www.playvid.com/watch/xx0Hb7O8axQ, http://www.playvid.com/watch/F545-ua_3E0, http://www.playvid.com/watch/AN6YJLcyN2o, http://www.playvid.com/watch/eiZ3KBtYD-3, http://www.playvid.com/watch/M2h2LLq2mTY, http://www.playvid.com/watch/cIG7PinXgU0, http://www.playvid.com/watch/N9wJXLGv9DO, http://www.playvid.com/watch/HgWJzd-4XC4, http://www.playvid.com/watch/TiyWCg3snBa, http://www.playvid.com/watch/EqF-7nUxZap, http://www.playvid.com/watch/xE7xQC0NNlR, http://www.playvid.com/watch/ngTRF0seeIK, http://www.playvid.com/watch/eguEj08yDHi, http://www.playvid.com/watch/gDRPCj0OQpK, http://www.playvid.com/watch/0jF-0-dKw29, http://www.playvid.com/watch/ABm5-Il0Yr2, http://www.playvid.com/watch/yY8re6FTF0f, http://www.playvid.com/watch/epJNagfjaQE, http://www.playvid.com/watch/te9hMxRToxM, http://www.playvid.com/watch/qPM0j7nMWUB, http://www.playvid.com/watch/WHsbMYWtfcN, http://www.playvid.com/watch/dsNuZmLR2nm, http://www.playvid.com/watch/5M_9eIi63nF, http://www.playvid.com/watch/t5khs2YKbYs, http://www.playvid.com/watch/58cK_0sS0c3, http://www.playvid.com/watch/hJkWyAlKgJb, http://www.playvid.com/watch/en1NVIwEiRT, http://www.playvid.com/watch/YavoNYfK7LN, http://www.playvid.com/watch/sOMTGT_IVJx, http://www.playvid.com/watch/jwef0p9Zv86, http://www.playvid.com/watch/dWepu_VXzgc

5.f. Date of third notice: 2014-03-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alextom
5.b. Uploader's email address: alextomikra@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/alextom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RbVfpEGYPBc, http://www.playvid.com/watch/4fhgfERGhUH, http://www.playvid.com/watch/nlDNmZSDc4r, http://www.playvid.com/watch/fUgRuWQefoc, http://www.playvid.com/watch/grFl3T980l4,

http://www.playvid.com/watch/hVrz189-cxU, http://www.playvid.com/watch/k7S9vi8MR5h, http://www.playvid.com/watch/pI8gz2Fuq-E,
http://www.playvid.com/watch/-msB-rk9fVR, http://www.playvid.com/watch/a7I2yv8bRpO, http://www.playvid.com/watch/Govj4l4QPi6,
http://www.playvid.com/watch/WMPWdyyc1k4, http://www.playvid.com/watch/jjPa1zjsT8d, http://www.playvid.com/watch/-ReyY7rvZF4,
http://www.playvid.com/watch/pGxm8ueQz4K, http://www.playvid.com/watch/2EDttCeFtFo, http://www.playvid.com/watch/3XTy6WcGgls,
http://www.playvid.com/watch/hfX5IzWDyAG, http://www.playvid.com/watch/MxV8oeAOphC, http://www.playvid.com/watch/9nR9OR20Kgx,
http://www.playvid.com/watch/pnElTjflVFP, http://www.playvid.com/watch/9T1II0rYK71, http://www.playvid.com/watch/kqD8j5NOK2w,
http://www.playvid.com/watch/RNqPe4SDGzV, http://www.playvid.com/watch/6qv8qc9iDxp, http://www.playvid.com/watch/p2OOpuPlseM,
http://www.playvid.com/watch/HdojjkBsWaL, http://www.playvid.com/watch/izRahwANKfn, http://www.playvid.com/watch/V4sxaY2Kjr9,
http://www.playvid.com/watch/OuS-ZJh2WI5, http://www.playvid.com/watch/gmlr1hKV1jb, http://www.playvid.com/watch/FBAMxMagdTN,
http://www.playvid.com/watch/RUXGzQhAtCX, http://www.playvid.com/watch/8VNVjwnInRF, http://www.playvid.com/watch/SeUsx1CQBVe,
http://www.playvid.com/watch/sjUrmCQbrPG, http://www.playvid.com/watch/cupULF6TMsa, http://www.playvid.com/watch/zD6pRW5Xh4v,
http://www.playvid.com/watch/t-cV1LYOfYR, http://www.playvid.com/watch/Y3JxG7ZDBDQ, http://www.playvid.com/watch/4XZRLT1B3s2,
http://www.playvid.com/watch/pH2hjUfKITl, http://www.playvid.com/watch/bLnKSR-sgXh, http://www.playvid.com/watch/9BeJzglf7LX,
http://www.playvid.com/watch/li8Ef3X4wib, http://www.playvid.com/watch/80A1Znlzz9K, http://www.playvid.com/watch/wXNj1449AhP,
http://www.playvid.com/watch/85NWLjDIH0j, http://www.playvid.com/watch/zQZGFRA1Wxs, http://www.playvid.com/watch/Vb05pMhjW9b,
http://www.playvid.com/watch/GkhafglUnf0, http://www.playvid.com/watch/nuGXEHERAVm, http://www.playvid.com/watch/YIU7dUBwDXr,
http://www.playvid.com/watch/Xi96zDnubTd, http://www.playvid.com/watch/38HB9zWSnXu, http://www.playvid.com/watch/5QFwVdMmXKX,
http://www.playvid.com/watch/wgy0scq00Gk, http://www.playvid.com/watch/QvT7cePDiWG, http://www.playvid.com/watch/jmLfU1yIAyo,
http://www.playvid.com/watch/FghZBjuCu-6, http://www.playvid.com/watch/pqwXepAHqtk, http://www.playvid.com/watch/9DKlAYBXqiT,
http://www.playvid.com/watch/IBZ10nSLF84, http://www.playvid.com/watch/VHQmjKorNsM
5.f. Date of third notice: 2015-10-27 21:39:30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Alex_Shun
5.b. Uploader's email address: alexshu2016@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Alex_Shun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9r7xLavv2-H, http://www.playvid.com/watch/7H5QnrJYiIi,
http://www.playvid.com/watch/pntHLO4E7VT, http://www.playvid.com/watch/LfOt2N1xnFS, http://www.playvid.com/watch/q69gQ6VPkG8,
http://www.playvid.com/watch/B2ZJOm1ItpC, http://www.playvid.com/watch/uFjsw7JHUOB, http://www.playvid.com/watch/trlkDSkoe8Y,
http://www.playvid.com/watch/szk5aaHWtk6, http://www.playvid.com/watch/5oWm1LFwKC5, http://www.playvid.com/watch/G8-F3naXP5y,
http://www.playvid.com/watch/34NWe-PHGwN, http://www.playvid.com/watch/9xCcHzM3uk8, http://www.playvid.com/watch/mS_0618oeLR,
http://www.playvid.com/watch/Ln9NPRBcG_T, http://www.playvid.com/watch/L1lfXFFhZfp, http://www.playvid.com/watch/QDNI4DzlMp4,
http://www.playvid.com/watch/OoHBi7nrkUA, http://www.playvid.com/watch/C6yckCD49i8, http://www.playvid.com/watch/xmRSLsRwUlv,
http://www.playvid.com/watch/HP3gyJnkIfb, http://www.playvid.com/watch/xnNeu4kNZV9, http://www.playvid.com/watch/gqpR6NvuhDx,
http://www.playvid.com/watch/AsG2ZzrPhE2, http://www.playvid.com/watch/uxr_ApAtyWQ, http://www.playvid.com/watch/SJh9LulXnv0,
http://www.playvid.com/watch/t0yN5mjEZjW, http://www.playvid.com/watch/zedaij57QJ9, http://www.playvid.com/watch/YjKJdXCV5Gv,
http://www.playvid.com/watch/6e-bQ3H-UXn, http://www.playvid.com/watch/5IxA3cvK-vk, http://www.playvid.com/watch/bCnJPuiFo-y,
http://www.playvid.com/watch/d9D3ggv_62b, http://www.playvid.com/watch/RTI6dHXLAB6, http://www.playvid.com/watch/LQ58bKGR1dw,
http://www.playvid.com/watch/ordbPWTm5I2, http://www.playvid.com/watch/MjFcRFCePF9, http://www.playvid.com/watch/2alASeBdCUG,
http://www.playvid.com/watch/8ASgfwhyy_g, http://www.playvid.com/watch/ar-UPJAQb1Z, http://www.playvid.com/watch/PrVLDOQsUDO,
http://www.playvid.com/watch/Agzi4ZHr22V, http://www.playvid.com/watch/8-eboruglnd, http://www.playvid.com/watch/83jOfES0avY,
http://www.playvid.com/watch/L_aNf5KKXje, http://www.playvid.com/watch/yqZd6A28tqS, http://www.playvid.com/watch/HbVHVYwuLOo,
http://www.playvid.com/watch/ljqGCTnGXKy, http://www.playvid.com/watch/HjIiaDb_MFc, http://www.playvid.com/watch/jlDx9awE4IK,
http://www.playvid.com/watch/tuhms9ZiTBd, http://www.playvid.com/watch/TWxdBwluxUh, http://www.playvid.com/watch/IhG9nnlh4X2,
http://www.playvid.com/watch/VHyutZXW3DX, http://www.playvid.com/watch/LQWWBMcNvAy, http://www.playvid.com/watch/czdSAlU5d1o,
http://www.playvid.com/watch/QWe-Kryol1L, http://www.playvid.com/watch/95TlEGTtw_T, http://www.playvid.com/watch/ZEom-cKYkYZ,
http://www.playvid.com/watch/cRgInMHNgrB, http://www.playvid.com/watch/NWUjFfFLD9C, http://www.playvid.com/watch/5McOrVxB3Dj,
http://www.playvid.com/watch/AwoI7UhL2zq, http://www.playvid.com/watch/NuW6RhWKPs2, http://www.playvid.com/watch/8fNLQTws1Ck,
http://www.playvid.com/watch/mEQGdyxxq-l, http://www.playvid.com/watch/nVNh98vlg5j, http://www.playvid.com/watch/HejuoBjIev4,
http://www.playvid.com/watch/yZu6AuU3kJI, http://www.playvid.com/watch/z48MM9MM5EV, http://www.playvid.com/watch/Z0DUBzEwfX9,
http://www.playvid.com/watch/rODpKLUSB4f, http://www.playvid.com/watch/amVwXJ5yKrS, http://www.playvid.com/watch/3H9molTVPtj,
http://www.playvid.com/watch/SOkOZT18ye5, http://www.playvid.com/watch/GPE40gcm79p, http://www.playvid.com/watch/aIFjlxW827v,
http://www.playvid.com/watch/Y_PjioGwTss, http://www.playvid.com/watch/XHqJKwn22qk, http://www.playvid.com/watch/9BzfaOyMpnd,
http://www.playvid.com/watch/Ec87pZmw71l, http://www.playvid.com/watch/QcldWZcoLcO, http://www.playvid.com/watch/GYR0OeVLRTe,
http://www.playvid.com/watch/6pdReJVuFpP, http://www.playvid.com/watch/R1XhsBUKJdg, http://www.playvid.com/watch/CwsTCRxYT0N,
http://www.playvid.com/watch/RlXaxwOVhMV, http://www.playvid.com/watch/9wKoJKXApWH, http://www.playvid.com/watch/B0oe9WR3HH3,
http://www.playvid.com/watch/hApFhiKz4sN, http://www.playvid.com/watch/Bnb4dVhVZlZ, http://www.playvid.com/watch/LnTKHEeU_rQ,
http://www.playvid.com/watch/ANib38qLAkw, http://www.playvid.com/watch/t_K7kHNA5aa, http://www.playvid.com/watch/Lnt1v5nbDRo,
http://www.playvid.com/watch/7jarBErjaVE, http://www.playvid.com/watch/B395fEvj_9W, http://www.playvid.com/watch/EPy3DG94OkK,
http://www.playvid.com/watch/lEZhsTUB009, http://www.playvid.com/watch/7DLxw0R7WQ8, http://www.playvid.com/watch/Nz7XdyJTjmZ,
http://www.playvid.com/watch/5657hWdja3i, http://www.playvid.com/watch/mbrueHtbgNy, http://www.playvid.com/watch/NmfRPjPhAON,
http://www.playvid.com/watch/iW1itK-RM4C, http://www.playvid.com/watch/mHV_z-Qbqgl, http://www.playvid.com/watch/RIuG1-OVmNI,
http://www.playvid.com/watch/hqqz3hNhTP2, http://www.playvid.com/watch/CPKFhLnkmoa, http://www.playvid.com/watch/dlRy1PieJBx,
http://www.playvid.com/watch/e602wVmoiQI, http://www.playvid.com/watch/xRUN6EGOZZc, http://www.playvid.com/watch/udTQC1iOmqd,
http://www.playvid.com/watch/LE87cfKIALf, http://www.playvid.com/watch/JmtY_CoBSga, http://www.playvid.com/watch/X7kkSc3xxxE,
http://www.playvid.com/watch/NI-IOxZTFcW, http://www.playvid.com/watch/VDHo21ZdL9O, http://www.playvid.com/watch/IIYudIDPsfd,
http://www.playvid.com/watch/FR4739Oc2SG, http://www.playvid.com/watch/V_RXRkI8C4L, http://www.playvid.com/watch/20phJfvjaE2,
http://www.playvid.com/watch/doPZZ7OMUV4, http://www.playvid.com/watch/sBsNWeZ3kow, http://www.playvid.com/watch/gWuTd0QS_M7,
http://www.playvid.com/watch/vogr-Dhrmxc, http://www.playvid.com/watch/zQrHg1NcG0u, http://www.playvid.com/watch/IYXZwJB_qlg,
http://www.playvid.com/watch/J6dSHESnRg0, http://www.playvid.com/watch/TtLO4wA-Abx, http://www.playvid.com/watch/qu8cEQ6e7z8,
http://www.playvid.com/watch/uGRws3D6H7F, http://www.playvid.com/watch/GouyJW-v6Xa, http://www.playvid.com/watch/QaYq2KBoO0H,
http://www.playvid.com/watch/Bnp1jveVALK, http://www.playvid.com/watch/aOQ54FtbA-0, http://www.playvid.com/watch/L0cdJgSoEg3,
http://www.playvid.com/watch/OQ1uVV3ylg8, http://www.playvid.com/watch/CVUnWBkBCIx, http://www.playvid.com/watch/kBUhZyN_C5e,
http://www.playvid.com/watch/M9BU3iYe6he, http://www.playvid.com/watch/4u-9Hj40DsC, http://www.playvid.com/watch/2OqJ4tFA8bo,
http://www.playvid.com/watch/A2ImEq04ODo, http://www.playvid.com/watch/eSDKnBIVI2t, http://www.playvid.com/watch/SIrhycuI8Eo,
http://www.playvid.com/watch/PZHN1LQK9Ja, http://www.playvid.com/watch/9KcBWSin0af, http://www.playvid.com/watch/5Z5Zp6vp0DI,
http://www.playvid.com/watch/j1_IuY5MyzE, http://www.playvid.com/watch/tbvrJ2IXhLV, http://www.playvid.com/watch/eMWph_Msrux,
http://www.playvid.com/watch/bZXGY_a9eR2, http://www.playvid.com/watch/zmU1bpb3Cuu, http://www.playvid.com/watch/wNckV5CminG,
http://www.playvid.com/watch/ecmqMsf_qMQ, http://www.playvid.com/watch/V5RToxFr0Sw, http://www.playvid.com/watch/fAu62lUqmVm,
http://www.playvid.com/watch/AX0dDE8AIBM, http://www.playvid.com/watch/N5ssFBSgFfZ, http://www.playvid.com/watch/iUoOx55fp9b,
http://www.playvid.com/watch/rQzzoDtnUoT, http://www.playvid.com/watch/hozEVD2p7Tu, http://www.playvid.com/watch/qdUVuEHMl_C,
http://www.playvid.com/watch/O6OO2b9fO_Y, http://www.playvid.com/watch/oF3IcFRREI5, http://www.playvid.com/watch/xH-d58lTPnA,
http://www.playvid.com/watch/cYaPu8oX4Tp, http://www.playvid.com/watch/twGKAtqbplq, http://www.playvid.com/watch/s89A5cMaIgy,
http://www.playvid.com/watch/VXQJpXOZ5zN, http://www.playvid.com/watch/a3xN9Rhh4iF, http://www.playvid.com/watch/6nssqUI_nTd,
http://www.playvid.com/watch/BNcJzO4k3Uf, http://www.playvid.com/watch/VXeEsEk0U8C, http://www.playvid.com/watch/MDCCfYBEnsE,
http://www.playvid.com/watch/7PpEdXBr_1W, http://www.playvid.com/watch/dR4nQaYO4tE, http://www.playvid.com/watch/jHqbNspQPr2,
http://www.playvid.com/watch/by3oTYZcyBm, http://www.playvid.com/watch/f-M57FMGfKt, http://www.playvid.com/watch/Vkt1T-zIoF0,
http://www.playvid.com/watch/mDVpbWhIXaK, http://www.playvid.com/watch/sAZP0S40XLG, http://www.playvid.com/watch/hzRoXV2p_GA,
http://www.playvid.com/watch/R4CzAen4Ii3, http://www.playvid.com/watch/nxlBl4bBPPa, http://www.playvid.com/watch/Wecw29bK1IG,
http://www.playvid.com/watch/xTC7IUbQTaX, http://www.playvid.com/watch/8z1BuaOrJGb, http://www.playvid.com/watch/4FFdyixwrB2,
http://www.playvid.com/watch/uR8pp2-Xz6W, http://www.playvid.com/watch/49W5YWdT0OI, http://www.playvid.com/watch/851ZnqMYcXO,
http://www.playvid.com/watch/hXHbrlO3CgV, http://www.playvid.com/watch/oe5WZPBPeMU, http://www.playvid.com/watch/F9b7wojFEXV,
http://www.playvid.com/watch/4JY2BC0of-4, http://www.playvid.com/watch/OXOCgzknTRV, http://www.playvid.com/watch/z6gKkvxS-lB,
http://www.playvid.com/watch/cVAnaddWEsQ, http://www.playvid.com/watch/pdCcVzftZ-9, http://www.playvid.com/watch/as2Ua-3aG8k,
http://www.playvid.com/watch/rMsWVaaG3wF, http://www.playvid.com/watch/nzBkGZpH3lB, http://www.playvid.com/watch/iwH76mgG7Bk,
http://www.playvid.com/watch/AoRRIegTe9V, http://www.playvid.com/watch/DFA2TH9HfuZ, http://www.playvid.com/watch/sUl5qWd4eCW,

http://www.playvid.com/watch/iYOu4QzIFbr, http://www.playvid.com/watch/fPaNtBR-YhC, http://www.playvid.com/watch/LpHmOrPKsm4, http://www.playvid.com/watch/NwkvWlxg8rb, http://www.playvid.com/watch/5l8jVweZj8Y, http://www.playvid.com/watch/VR3PZJz0mVe, http://www.playvid.com/watch/jJqntyd2HSM, http://www.playvid.com/watch/YuyWm4hviHi, http://www.playvid.com/watch/C4P-OhTr4-k, http://www.playvid.com/watch/WU0oQxxAN5S, http://www.playvid.com/watch/fnW6-NPzKyw, http://www.playvid.com/watch/Jfj4DqKbcCS, http://www.playvid.com/watch/EedJppmHUCO, http://www.playvid.com/watch/xyTt-WXkV02, http://www.playvid.com/watch/oir0TCagAfZ, http://www.playvid.com/watch/WGKLC_UmPDz, http://www.playvid.com/watch/IhnQUwgmtQN, http://www.playvid.com/watch/C-lSxXBeYBg, http://www.playvid.com/watch/l2jO2S3rbj9, http://www.playvid.com/watch/NgvH71OyF1Z, http://www.playvid.com/watch/ZoT6a0h38DT, http://www.playvid.com/watch/rFU0fzLJqEo, http://www.playvid.com/watch/BkMERZS2ZyH, http://www.playvid.com/watch/LffNBh7MbP8, http://www.playvid.com/watch/PKwqMXgzhmb, http://www.playvid.com/watch/Da1DcQJhwoU, http://www.playvid.com/watch/kGDW0nQBzNd, http://www.playvid.com/watch/YPLAuHign8c, http://www.playvid.com/watch/rCz1pnrF8Nl, http://www.playvid.com/watch/FGbjRb9aUD0, http://www.playvid.com/watch/vdklMALamIU, http://www.playvid.com/watch/MBOIMmFQWsw, http://www.playvid.com/watch/GOf-2mP1hd6, http://www.playvid.com/watch/A2QQW_CEnfw, http://www.playvid.com/watch/FknGbwZk9vt, http://www.playvid.com/watch/MhIBw8Bh3EX, http://www.playvid.com/watch/6-fbXR5Oucr
5.f. Date of third notice: 2015-09-30 21:16:15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: alfredboy
5.b. Uploader's email address: nickalfreed@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/alfredboy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Q8PB6kr4-Su, http://www.playvid.com/watch/Squ3OS-SdZv, http://www.playvid.com/watch/vWhYXeDgMaB, http://www.playvid.com/watch/bm-lEQGBcex, http://www.playvid.com/watch/UFcbFkKj-pZ, http://www.playvid.com/watch/lkSfukzfKui, http://www.playvid.com/watch/JoBz3Jc-T0n, http://www.playvid.com/watch/sRii8P-YXdP, http://www.playvid.com/watch/GIPQQUE8yed, http://www.playvid.com/watch/DQGD8ARb9f-, http://www.playvid.com/watch/NJcOhYpbSDy, http://www.playvid.com/watch/92ZVgydZayk, http://www.playvid.com/watch/hodjKdfx5fT, http://www.playvid.com/watch/cqcoRB4DynD, http://www.playvid.com/watch/hXvmjrfsfCw, http://www.playvid.com/watch/CI8bRRluhBo, http://www.playvid.com/watch/ieC26Df-OTn, http://www.playvid.com/watch/ieBhWdLy-H-, http://www.playvid.com/watch/hcBNIKOQKwn, http://www.playvid.com/watch/wTEHtceL7FG, http://www.playvid.com/watch/BqWCHReI-KE, http://www.playvid.com/watch/0hLMpug4O2Z, http://www.playvid.com/watch/720nv0ZBHGF, http://www.playvid.com/watch/GuVXtCghsZW, http://www.playvid.com/watch/sUAgeQsIVkY, http://www.playvid.com/watch/zVYBEIZ9EjJ, http://www.playvid.com/watch/tAwqG8IcKNE, http://www.playvid.com/watch/W9eghtpAnIR, http://www.playvid.com/watch/P7f7ZoKDITR, http://www.playvid.com/watch/03AHoy3G0Tv, http://www.playvid.com/watch/GQBdwZXDXZr, http://www.playvid.com/watch/h9q0Qbb-QmV, http://www.playvid.com/watch/Ssn64KIf9Us, http://www.playvid.com/watch/RZWtkgnvudE, http://www.playvid.com/watch/TfW-HzKBTt5, http://www.playvid.com/watch/t7JjAfx7paX, http://www.playvid.com/watch/Y84d5HbrVEk, http://www.playvid.com/watch/Hk5NziROASE, http://www.playvid.com/watch/q9xsOaYqoJL, http://www.playvid.com/watch/dn3NHQOw0er, http://www.playvid.com/watch/ydTNByErVWo, http://www.playvid.com/watch/7AK34gxLF8z, http://www.playvid.com/watch/F9892neFmVT, http://www.playvid.com/watch/Qnykr4hDHJX, http://www.playvid.com/watch/wK2FRKMpYGI, http://www.playvid.com/watch/Gl7ZD-RogZC, http://www.playvid.com/watch/WLTPZtWxsGS
5.f. Date of third notice: 2013-04-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Algonquinblue
5.b. Uploader's email address: deantreturner@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Algonquinblue
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TYM6YMpMTUa, http://www.playvid.com/watch/38Qm-OvUwtF, http://www.playvid.com/watch/ZBLbXCGsaqy, http://www.playvid.com/watch/egpQnyUMAtr, http://www.playvid.com/watch/yRDb3nMf5gO, http://www.playvid.com/watch/LyWoAxUa5kI, http://www.playvid.com/watch/quDRXsnxdQP, http://www.playvid.com/watch/c0N2DZFueOI, http://www.playvid.com/watch/6heDWVtsVSQ, http://www.playvid.com/watch/cRMpceuSxe7, http://www.playvid.com/watch/RQf0myP8gjZ, http://www.playvid.com/watch/lLvt5f9mQVH, http://www.playvid.com/watch/ETEXLRpR7tL, http://www.playvid.com/watch/Hxk2Flwq09V, http://www.playvid.com/watch/nhHsrZNGlZl, http://www.playvid.com/watch/9Fv2OWClkwp
5.f. Date of third notice: 2014-05-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: all-in
5.b. Uploader's email address: seroccosem@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/all-in
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Yj-UjmbBLxN, http://www.playvid.com/watch/h0tPmOdlT8O, http://www.playvid.com/watch/aJaTzKbrCWY, http://www.playvid.com/watch/lZAjqnWIXYl, http://www.playvid.com/watch/xdlUt3NQue9, http://www.playvid.com/watch/dbXJNK8Mxbc, http://www.playvid.com/watch/GT5DWbf58Av, http://www.playvid.com/watch/SFT2lggDA57, http://www.playvid.com/watch/rBSWtuMD8dZ, http://www.playvid.com/watch/rxHnggmwzBh, http://www.playvid.com/watch/fyZ-3dTymcY, http://www.playvid.com/watch/vxfpLaOiaDg, http://www.playvid.com/watch/px7yIVWhK7f, http://www.playvid.com/watch/B0IQW2PxxxF, http://www.playvid.com/watch/GeivaMcGMGx, http://www.playvid.com/watch/cTqLfwsl-SJ, http://www.playvid.com/watch/3RakXRVawfx, http://www.playvid.com/watch/QU8sQOCYxvg, http://www.playvid.com/watch/qsG9U93UYLU, http://www.playvid.com/watch/OlUzPFrD2h3, http://www.playvid.com/watch/6JtV4HvudQn, http://www.playvid.com/watch/DXu2LuTJZT8, http://www.playvid.com/watch/jpW7oud2jaF, http://www.playvid.com/watch/asUy8FmYaxR, http://www.playvid.com/watch/fFkA6l6MAxI, http://www.playvid.com/watch/JOnPTju9MOC, http://www.playvid.com/watch/MNJJfqMMbOS, http://www.playvid.com/watch/NNeMK5MVLLN, http://www.playvid.com/watch/Ws4vf0KBPFy, http://www.playvid.com/watch/ZR0fEAu8huL, http://www.playvid.com/watch/HHDYERoGFhb, http://www.playvid.com/watch/iE6IV-UoK3t, http://www.playvid.com/watch/KQnnFHN8Sb5, http://www.playvid.com/watch/phCiwJxnNiI, http://www.playvid.com/watch/VYJF9fkRsDF, http://www.playvid.com/watch/pgTPheblCom, http://www.playvid.com/watch/kX8JXsJCQEx, http://www.playvid.com/watch/vXETtrGNVps, http://www.playvid.com/watch/lllNWQLsel7, http://www.playvid.com/watch/YdpT3Kh8isN, http://www.playvid.com/watch/SL4tLvEKVu9, http://www.playvid.com/watch/cjrOoxSahUQ, http://www.playvid.com/watch/YkyysbIch0H, http://www.playvid.com/watch/3OP4g9QwIJr, http://www.playvid.com/watch/C6bY5FF5Wan, http://www.playvid.com/watch/qc3YYwNpRR9, http://www.playvid.com/watch/8UK3ExWR6Vs, http://www.playvid.com/watch/HnEj5YUuQ67, http://www.playvid.com/watch/OcKCFuU7szE, http://www.playvid.com/watch/JXE-emptppf, http://www.playvid.com/watch/YZoq5TztYhp, http://www.playvid.com/watch/8yBzzFeBBmM, http://www.playvid.com/watch/X8NatEKjU06, http://www.playvid.com/watch/ot2qwpkLIWG, http://www.playvid.com/watch/Mvdqg3ATXGv, http://www.playvid.com/watch/ihfAryxpjyI, http://www.playvid.com/watch/VfzmAnOaLQZ, http://www.playvid.com/watch/sFASYwIHYMD, http://www.playvid.com/watch/plQWAkJhahB, http://www.playvid.com/watch/UWTIvrK9y8b, http://www.playvid.com/watch/Esafp9oILL9, http://www.playvid.com/watch/9bYgHfK4Hd7, http://www.playvid.com/watch/KQTtqmP27gv, http://www.playvid.com/watch/I8HSPDEhm3H, http://www.playvid.com/watch/O-sVGiJ39dW, http://www.playvid.com/watch/PYXmyRTptaO, http://www.playvid.com/watch/IlPnNx4zvJ3, http://www.playvid.com/watch/JNP-NdduBti, http://www.playvid.com/watch/A55UsxyaSWQ, http://www.playvid.com/watch/zr97mKDVknx, http://www.playvid.com/watch/ERNTXZ3YATK, http://www.playvid.com/watch/8Lwhxn4PB28, http://www.playvid.com/watch/xoCLV8Y5NRf, http://www.playvid.com/watch/RwfBs98YPNv, http://www.playvid.com/watch/K9mZKZdHwCs, http://www.playvid.com/watch/XYsUOQc-8Sn, http://www.playvid.com/watch/tF7Ok-vs-nC, http://www.playvid.com/watch/tH6oNpJU0iJ, http://www.playvid.com/watch/NrrNf6zJedz, http://www.playvid.com/watch/diyjxI9jh5X, http://www.playvid.com/watch/RtNxbzc80ka, http://www.playvid.com/watch/KjgfAFACAnM, http://www.playvid.com/watch/PG4ALTKOhLr, http://www.playvid.com/watch/eVditLHcslb, http://www.playvid.com/watch/mz55YoYxMWn, http://www.playvid.com/watch/HTFwzLrWbEX, http://www.playvid.com/watch/94tvRbtxDMl, http://www.playvid.com/watch/n2ZELonrqiM, http://www.playvid.com/watch/rUl3sBYfXDR, http://www.playvid.com/watch/RJdxsytcDPm, http://www.playvid.com/watch/UlRd65AvH6w, http://www.playvid.com/watch/TSvllm4rv9X, http://www.playvid.com/watch/mypatG5BiAj, http://www.playvid.com/watch/LdlknCncySL, http://www.playvid.com/watch/KuGYOn-3ezs, http://www.playvid.com/watch/HoIBloAvqi0, http://www.playvid.com/watch/QhCNNWIXsnF, http://www.playvid.com/watch/ciCFW8fNZTH, http://www.playvid.com/watch/5-ympVZilqK, http://www.playvid.com/watch/rBtzrtV8DBf, http://www.playvid.com/watch/fXsIxuz2ZfK, http://www.playvid.com/watch/Y6xN02WHnZN, http://www.playvid.com/watch/LIbY4bBdEmR, http://www.playvid.com/watch/zxj46nnLXBi, http://www.playvid.com/watch/RjcdiTYK9dR, http://www.playvid.com/watch/HecNvXwQkzO, http://www.playvid.com/watch/jlhTfNszHNe, http://www.playvid.com/watch/SJgFZXc648r, http://www.playvid.com/watch/Avotz3mfc7o, http://www.playvid.com/watch/6JQ9piIeBME, http://www.playvid.com/watch/xiqq03Qm2VC, http://www.playvid.com/watch/otMzSTrU8sq, http://www.playvid.com/watch/Mn-jZegQOqW, http://www.playvid.com/watch/Tf4J2iSFhD2, http://www.playvid.com/watch/7einss6khRD, http://www.playvid.com/watch/k6OlIo4fFNR, http://www.playvid.com/watch/EX2AQhadFiO, http://www.playvid.com/watch/fk8TZsRs0pX, http://www.playvid.com/watch/VCQORJKecX9, http://www.playvid.com/watch/GgU8SQmndwg, http://www.playvid.com/watch/rPRDXEX3dei, http://www.playvid.com/watch/SBclSLczY2y, http://www.playvid.com/watch/07S0nK4JnNc, http://www.playvid.com/watch/dXXMIx6r6ZH, http://www.playvid.com/watch/i68X3XuCpt3, http://www.playvid.com/watch/nnysp2DRRA7, http://www.playvid.com/watch/6MKpIaoof4v, http://www.playvid.com/watch/x63UiuhMUDX,

http://www.playvid.com/watch/zFoVAMer6KB, http://www.playvid.com/watch/QEhW2dMRO9Z, http://www.playvid.com/watch/RzrO0vv9bCi,
http://www.playvid.com/watch/P58oHVcYLLp, http://www.playvid.com/watch/6bRdbeEnAm7, http://www.playvid.com/watch/-Yl6V2rB0KD,
http://www.playvid.com/watch/OZo4dsIOMUd, http://www.playvid.com/watch/MXt5KXvieF8, http://www.playvid.com/watch/7OgUuL4JHmn,
http://www.playvid.com/watch/imrD-jy-f8P, http://www.playvid.com/watch/0UBUDbuk5Ve, http://www.playvid.com/watch/L0H6SpO2llu,
http://www.playvid.com/watch/layKTJIny4I, http://www.playvid.com/watch/XxpgKXZQuZx, http://www.playvid.com/watch/BpoMfA9i5Y3,
http://www.playvid.com/watch/3tEJg3nnwub, http://www.playvid.com/watch/nxx2mIboO8-, http://www.playvid.com/watch/UW2BBiFz7wR,
http://www.playvid.com/watch/Sd39DwnNar3, http://www.playvid.com/watch/6OdamJMhnNM, http://www.playvid.com/watch/2fMxRHAcVut,
http://www.playvid.com/watch/FvHetlNkNet, http://www.playvid.com/watch/vVDk95gr52L, http://www.playvid.com/watch/R7r8QjCLv8Q,
http://www.playvid.com/watch/JfwSB9nlY-G, http://www.playvid.com/watch/hJZhT55eoMh, http://www.playvid.com/watch/JfXDn-dhVO3,
http://www.playvid.com/watch/AhG7tXyhgYf, http://www.playvid.com/watch/pg93YvaVokL, http://www.playvid.com/watch/WA3dpJeLALL,
http://www.playvid.com/watch/w0T7bOwNoli, http://www.playvid.com/watch/GdE-Ru74W5X, http://www.playvid.com/watch/GkN4GjnucLU,
http://www.playvid.com/watch/daayr3EiBnw, http://www.playvid.com/watch/qXwPl3SyvHa, http://www.playvid.com/watch/Me3eHtZVBeC,
http://www.playvid.com/watch/IJP-ASWGoE3, http://www.playvid.com/watch/mVhFljoLYPI, http://www.playvid.com/watch/QZQr6iUCYSf,
http://www.playvid.com/watch/Nz-0tobNOSM, http://www.playvid.com/watch/HsFsfiFHdV3, http://www.playvid.com/watch/pjjJXOT4G0J,
http://www.playvid.com/watch/H4zWSdNRDAn, http://www.playvid.com/watch/V3wIWAyoG7e, http://www.playvid.com/watch/pG2Zsjxsyb4,
http://www.playvid.com/watch/KAFsmDuNGrM, http://www.playvid.com/watch/GV2d2fxXedB, http://www.playvid.com/watch/AFVTnpxMCeW,
http://www.playvid.com/watch/4xD8OHUyh3J, http://www.playvid.com/watch/eG-hVmmam8v, http://www.playvid.com/watch/JhZG27FlcV5,
http://www.playvid.com/watch/sr4d233kOCu, http://www.playvid.com/watch/DOIs62ANCip, http://www.playvid.com/watch/LqewZIrCQBf,
http://www.playvid.com/watch/oR-hYHCCeAk, http://www.playvid.com/watch/r2JZgrzufKv, http://www.playvid.com/watch/seKNt-qIXvw,
http://www.playvid.com/watch/reAC0F3X5xW, http://www.playvid.com/watch/FHQELLPwLsE, http://www.playvid.com/watch/LCCXsBFhRBx,
http://www.playvid.com/watch/cOgo6vgX3AT, http://www.playvid.com/watch/S6sfQkCp83N, http://www.playvid.com/watch/TeW0oJvGIxT,
http://www.playvid.com/watch/m9ZIAcZ50Rk, http://www.playvid.com/watch/5Bu9mZvhohr, http://www.playvid.com/watch/spBSY0wXQ-4,
http://www.playvid.com/watch/RRfU7lDQdt4, http://www.playvid.com/watch/REtXpyXmKnv, http://www.playvid.com/watch/tyW0e9NkP90,
http://www.playvid.com/watch/eNWNCxMzb4-, http://www.playvid.com/watch/NMoJCzWrIRz, http://www.playvid.com/watch/NYbaCNPZoqI,
http://www.playvid.com/watch/MZ0wtIdEk3i, http://www.playvid.com/watch/PgTj4fF6RPJ, http://www.playvid.com/watch/UzvD86PznqB,
http://www.playvid.com/watch/xUpVdOW7erR, http://www.playvid.com/watch/v0Z3GWIjtvb, http://www.playvid.com/watch/c0sW7flptuI,
http://www.playvid.com/watch/CyM0H26v4fP, http://www.playvid.com/watch/hd-pinXYIyH, http://www.playvid.com/watch/rQHcAEEZvpx,
http://www.playvid.com/watch/999kYLE0DH2, http://www.playvid.com/watch/UqgPYV-eeJh, http://www.playvid.com/watch/fInBBUBXRaB,
http://www.playvid.com/watch/8Fa6Lfk75gV, http://www.playvid.com/watch/g2ybjLBAv7P, http://www.playvid.com/watch/IBMmik3sy4I,
http://www.playvid.com/watch/K0LoaZWLRo9, http://www.playvid.com/watch/TsSZsDodcrk, http://www.playvid.com/watch/MTHuOf2jN5M,
http://www.playvid.com/watch/RaJW7Ii94Hf, http://www.playvid.com/watch/xegRxp9yexG, http://www.playvid.com/watch/-AW5ly6Bjy4,
http://www.playvid.com/watch/c9iL5dHnGeK, http://www.playvid.com/watch/tVbfNxUvrBw, http://www.playvid.com/watch/qnVV7loHdQP,
http://www.playvid.com/watch/3AGYBahlcie, http://www.playvid.com/watch/EnUrNf900zE, http://www.playvid.com/watch/IaUF-S04Gc2,
http://www.playvid.com/watch/lcuWXlKEXZu, http://www.playvid.com/watch/pnVKTQauYpR, http://www.playvid.com/watch/7TWO02RaxvG,
http://www.playvid.com/watch/p6iqEasXW3O, http://www.playvid.com/watch/vyTi8wBzBqG, http://www.playvid.com/watch/KP9mxZBQ6lF,
http://www.playvid.com/watch/ovvG7EyNxiV, http://www.playvid.com/watch/DragJQzK96a, http://www.playvid.com/watch/ytkxkm7HLk7,
http://www.playvid.com/watch/QGQec0Hu-GD, http://www.playvid.com/watch/yJXstfkcWFR, http://www.playvid.com/watch/ers7YXGWZj9,
http://www.playvid.com/watch/VndpU9OOSJS, http://www.playvid.com/watch/uIXoQjoyDVC, http://www.playvid.com/watch/lJeH0gXmWcm,
http://www.playvid.com/watch/Xto0-MwKHFE, http://www.playvid.com/watch/ITIjtKqEYxY, http://www.playvid.com/watch/QSvZqo5kxXz,
http://www.playvid.com/watch/oc079q9MqmK, http://www.playvid.com/watch/rIwJR-0dfVB, http://www.playvid.com/watch/ZTLOBaVEQmK,
http://www.playvid.com/watch/df2k7QTABre, http://www.playvid.com/watch/8zno0et2MuM, http://www.playvid.com/watch/z6aRBxlZV6w,
http://www.playvid.com/watch/S9I2-ftUCM9, http://www.playvid.com/watch/lozo5b8wgXI, http://www.playvid.com/watch/QgFoe2in5uv,
http://www.playvid.com/watch/55pA9eWrSZc, http://www.playvid.com/watch/cMolSNrZnEK, http://www.playvid.com/watch/gpEv9Joo9Y-,
http://www.playvid.com/watch/IVeUPk2jzaX, http://www.playvid.com/watch/qRrK36H9iZb, http://www.playvid.com/watch/Y8UmOr3TtTr,
http://www.playvid.com/watch/X8TQjWg0xwP, http://www.playvid.com/watch/CiAOzknilYU, http://www.playvid.com/watch/8EsJfZGzP3u,
http://www.playvid.com/watch/d2Ms8F6s0Sk, http://www.playvid.com/watch/7mZu7isEpF0, http://www.playvid.com/watch/WX-raqNwROC,
http://www.playvid.com/watch/2FRUof6hpt-, http://www.playvid.com/watch/xI-v0bDxNNL, http://www.playvid.com/watch/YKq-RqnmZSf,
http://www.playvid.com/watch/oQGT3MPC6uO, http://www.playvid.com/watch/LxN6RXYSGH2, http://www.playvid.com/watch/LdrgLlZR2MH,
http://www.playvid.com/watch/HW02IvIA8oT, http://www.playvid.com/watch/qFrCyQACbA5, http://www.playvid.com/watch/qNtmLekwblQ,
http://www.playvid.com/watch/hutxPiSrPBV, http://www.playvid.com/watch/t98fwAuc6Pr, http://www.playvid.com/watch/sc3SkaGFxuR,
http://www.playvid.com/watch/WbH2eq7nsgi, http://www.playvid.com/watch/pHIBjH-XiAE, http://www.playvid.com/watch/q2qCOLX5XnG,
http://www.playvid.com/watch/xpLbYIeYY5e, http://www.playvid.com/watch/7Bro4MbQiIX, http://www.playvid.com/watch/qlaT8aAGF90,
http://www.playvid.com/watch/R3YFxraw8IA, http://www.playvid.com/watch/BVUijZRH2Cv, http://www.playvid.com/watch/eY9sXX3OaTH,
http://www.playvid.com/watch/ICLobmCsqY6, http://www.playvid.com/watch/aUqNU4iBnSR, http://www.playvid.com/watch/S4Ml-cj5uoq,
http://www.playvid.com/watch/UwRWRoU23Oc, http://www.playvid.com/watch/CLLbFbJydhQ, http://www.playvid.com/watch/GBAP-gH-ctE,
http://www.playvid.com/watch/J--ATxmqlDb, http://www.playvid.com/watch/Ja3umT5b3ZT, http://www.playvid.com/watch/csILkXxJ-C7,
http://www.playvid.com/watch/yIZAz0V6W7u, http://www.playvid.com/watch/te6Ys8h7PN8, http://www.playvid.com/watch/oaYnljrwowO,
http://www.playvid.com/watch/EUoRMix4eJM, http://www.playvid.com/watch/oue0MnvaKzF, http://www.playvid.com/watch/2x7auPGuFfa,
http://www.playvid.com/watch/AKs4XB07-g7, http://www.playvid.com/watch/l2IqtyToIJt, http://www.playvid.com/watch/dylMMABWohx,
http://www.playvid.com/watch/cP4PRkKLcWW, http://www.playvid.com/watch/l53hzStuxhC, http://www.playvid.com/watch/HVA4z2pz9FN,
http://www.playvid.com/watch/GF0vouzR3Ox, http://www.playvid.com/watch/ohb7T5MI2BL, http://www.playvid.com/watch/ek2mi9YEVXf,
http://www.playvid.com/watch/Yg9jCgDA89u, http://www.playvid.com/watch/yZSkfTSlcJv, http://www.playvid.com/watch/PNStL3sMclR,
http://www.playvid.com/watch/Pt8zi9yZPGZ, http://www.playvid.com/watch/Tu6jRz5TyLS, http://www.playvid.com/watch/NTN4TvCtDJT,
http://www.playvid.com/watch/3iTPPqmeeVW, http://www.playvid.com/watch/ghVWh7E89ea, http://www.playvid.com/watch/Oc08RsfpU2U,
http://www.playvid.com/watch/-hkyoLAku5a, http://www.playvid.com/watch/4zme7J5B7p3, http://www.playvid.com/watch/EIHHTElz8T3,
http://www.playvid.com/watch/fdsQCrKOJNh, http://www.playvid.com/watch/QCVQjUG8rJo, http://www.playvid.com/watch/gYXqmEi0dgD,
http://www.playvid.com/watch/WI2gJLrwnUq, http://www.playvid.com/watch/GJvpFXmZxUh, http://www.playvid.com/watch/XAYdNqrf5JT,
http://www.playvid.com/watch/OR2aWo4psmq, http://www.playvid.com/watch/6QNCVLaLZ60, http://www.playvid.com/watch/CgrAuWfE2UI,
http://www.playvid.com/watch/2-VgcjrOxeB, http://www.playvid.com/watch/CkLZ8BeOyIW, http://www.playvid.com/watch/2n2drLlXQyS,
http://www.playvid.com/watch/M6UHBETl98E, http://www.playvid.com/watch/kcTIX5JuiY-, http://www.playvid.com/watch/q77xRrriK40,
http://www.playvid.com/watch/iqSw3SEEeaw, http://www.playvid.com/watch/Q04HS3n2uYT, http://www.playvid.com/watch/XLGG4elx6vX,
http://www.playvid.com/watch/TsKtHsxslGj, http://www.playvid.com/watch/I0NYzbsW8T9, http://www.playvid.com/watch/Dy-PSkI5Bl-,
http://www.playvid.com/watch/ZbRuO2qTxnP, http://www.playvid.com/watch/z3WYhAwORQF, http://www.playvid.com/watch/q68lgLXLRNJ,
http://www.playvid.com/watch/T3u93FwSvn4, http://www.playvid.com/watch/Vyd2yZLlnEe, http://www.playvid.com/watch/KhITuFjU2rt,
http://www.playvid.com/watch/D9xXKFQNTuW, http://www.playvid.com/watch/TIyxNr3r0RN, http://www.playvid.com/watch/BMH4ltJKVOM,
http://www.playvid.com/watch/5Q8oWNDkef-, http://www.playvid.com/watch/vyoCKjVIX07, http://www.playvid.com/watch/ZXJs50SpMYT,
http://www.playvid.com/watch/BW-piXt9ADT, http://www.playvid.com/watch/CXBwmA9S-A7, http://www.playvid.com/watch/-efGxSswrVl,
http://www.playvid.com/watch/t9RgMlqRqpc, http://www.playvid.com/watch/7Q3oP5qUs2K, http://www.playvid.com/watch/9JsaVCwJlls,
http://www.playvid.com/watch/-2MLDx8yCy-, http://www.playvid.com/watch/lrJZQviuoVo, http://www.playvid.com/watch/RyZUZSS5jmB,
http://www.playvid.com/watch/lh76PX2xDtY, http://www.playvid.com/watch/mJqa7giDu6s, http://www.playvid.com/watch/wSJA9G6mnrp,
http://www.playvid.com/watch/uXXHfCNyupa, http://www.playvid.com/watch/rXdkq7EP3mk, http://www.playvid.com/watch/uyGToynjI6O,
http://www.playvid.com/watch/67CRhbfiGBw, http://www.playvid.com/watch/yW0JeVLoxCy, http://www.playvid.com/watch/FBO7pfV7UB3,
http://www.playvid.com/watch/nHfJx87dGct, http://www.playvid.com/watch/gjlpdECsp30, http://www.playvid.com/watch/Ulasx5w3ImI,
http://www.playvid.com/watch/z20ElIwlouR, http://www.playvid.com/watch/sKIE804BjBD, http://www.playvid.com/watch/faNlOUBpK-a,
http://www.playvid.com/watch/0q9tFlwNMuG, http://www.playvid.com/watch/sgFDd8bCmTz, http://www.playvid.com/watch/qQhBxKVm3aH,
http://www.playvid.com/watch/tiXczmLT9sH, http://www.playvid.com/watch/hqt60us0gH8, http://www.playvid.com/watch/EzriBjcY6Ap,
http://www.playvid.com/watch/Lyh3vSPJpmO, http://www.playvid.com/watch/lh6cb7PY2Yw, http://www.playvid.com/watch/TtaBlZZnKs0,
http://www.playvid.com/watch/rPjKguBCL2A, http://www.playvid.com/watch/6CQjRHeUxlH, http://www.playvid.com/watch/QqJnQIOM2Wj,
http://www.playvid.com/watch/5JLwv7w4pUK, http://www.playvid.com/watch/AJfVoulsOCj, http://www.playvid.com/watch/7Zh8Ox-QfGa,
http://www.playvid.com/watch/L4IEtEBKNMj, http://www.playvid.com/watch/ip9XUwFpBbK, http://www.playvid.com/watch/uLJG4HynryU,
http://www.playvid.com/watch/Eq392OY3cK7, http://www.playvid.com/watch/TlKsywoXuQq, http://www.playvid.com/watch/ZZJc2TijQWC,
http://www.playvid.com/watch/Qd3Q2FF7uvo, http://www.playvid.com/watch/sNuAntbnXv9, http://www.playvid.com/watch/hW90MLxwvFy,
http://www.playvid.com/watch/6xvDuI40i7H, http://www.playvid.com/watch/YJw25uXOKMD, http://www.playvid.com/watch/SI9NKthVyu3,
http://www.playvid.com/watch/GyIaadycwuy, http://www.playvid.com/watch/Z0B7yNrlWUh, http://www.playvid.com/watch/ZY9Db2yPLez,
http://www.playvid.com/watch/HT0TbER98Zl, http://www.playvid.com/watch/JsCIPcjBE48, http://www.playvid.com/watch/Q3iHK988Pjg,
http://www.playvid.com/watch/squanMOi4qz, http://www.playvid.com/watch/JTm7wJVlYEc, http://www.playvid.com/watch/8AJpnwX-Ahd,

http://www.playvid.com/watch/wtqDMwQ5zek, http://www.playvid.com/watch/KfklEmWR5cM, http://www.playvid.com/watch/Xo7r7SisAea, http://www.playvid.com/watch/Aov4RLtdiNo, http://www.playvid.com/watch/yiYJcdv8h3V, http://www.playvid.com/watch/6RkMjEBU2QR, http://www.playvid.com/watch/mVGSPsCtF2d, http://www.playvid.com/watch/FeD6845sgwg, http://www.playvid.com/watch/XOmdFCV35LC, http://www.playvid.com/watch/zHjnGJscV7e, http://www.playvid.com/watch/GewTnX5eMbx, http://www.playvid.com/watch/VLkTX-inz8m, http://www.playvid.com/watch/j9gMxCTVvIL, http://www.playvid.com/watch/cNEBWGFEcXr, http://www.playvid.com/watch/L8RD0CYG20H, http://www.playvid.com/watch/5bFvKra8efK, http://www.playvid.com/watch/3FNl5aWskIE, http://www.playvid.com/watch/mrzaSiZ8nNy, http://www.playvid.com/watch/fhJCokVJ9g0, http://www.playvid.com/watch/tCfMgi9P9it, http://www.playvid.com/watch/WnFRzOVsx9N, http://www.playvid.com/watch/qsd4NiCaRFZ, http://www.playvid.com/watch/MaewftMliVZ, http://www.playvid.com/watch/SkHHMHjNLfJ, http://www.playvid.com/watch/2FK9eGxPEYp, http://www.playvid.com/watch/W5WefusVz9V, http://www.playvid.com/watch/3PtFuH2mSHg, http://www.playvid.com/watch/h983ark2gsu, http://www.playvid.com/watch/8UMAKJrsI3C, http://www.playvid.com/watch/0xN4FA8SECo, http://www.playvid.com/watch/L4plpjgZ90E, http://www.playvid.com/watch/fq3rkDBRbBN, http://www.playvid.com/watch/uZM8wfE4S9a, http://www.playvid.com/watch/3DF0KxMZ6VM, http://www.playvid.com/watch/6zD472T-dYe, http://www.playvid.com/watch/2TM9Aw8rxul, http://www.playvid.com/watch/CFmA64Jl53N, http://www.playvid.com/watch/DOlt464DuXT, http://www.playvid.com/watch/92HVX3ITwm4, http://www.playvid.com/watch/jDkBVTuoC8I, http://www.playvid.com/watch/Fj4-yxYJvjQ, http://www.playvid.com/watch/TZttxvUYIm6, http://www.playvid.com/watch/cVYtbarv-2y, http://www.playvid.com/watch/4LLkjgDCJQv, http://www.playvid.com/watch/f2qR7BWkhBh, http://www.playvid.com/watch/gU6KwnNElfk, http://www.playvid.com/watch/5duFzlgHMGN, http://www.playvid.com/watch/SDidG8jqrbL, http://www.playvid.com/watch/qzWv4gkbgR-, http://www.playvid.com/watch/0QjvVCVEPM0, http://www.playvid.com/watch/FgxlLKwlFh6, http://www.playvid.com/watch/7YNUvxjsneW, http://www.playvid.com/watch/DLtCh6tH9tD, http://www.playvid.com/watch/LNzCMAmLKwr, http://www.playvid.com/watch/prXShw--mJL, http://www.playvid.com/watch/2zcpVMD6Nf3, http://www.playvid.com/watch/-p9JVxumPTR, http://www.playvid.com/watch/TrhWykvwq36, http://www.playvid.com/watch/vDSx6ekDxVx, http://www.playvid.com/watch/LhHasybgQEG, http://www.playvid.com/watch/borg-qmt8Js, http://www.playvid.com/watch/wzyQljfay3R, http://www.playvid.com/watch/REiJQoXJJPW, http://www.playvid.com/watch/YDYGGjvzbOS, http://www.playvid.com/watch/BaMXI5fs9cy, http://www.playvid.com/watch/GDvdCEp-biL, http://www.playvid.com/watch/hqk-nFXWukH, http://www.playvid.com/watch/sS7BDSHJoXB, http://www.playvid.com/watch/L0foblHnmD4, http://www.playvid.com/watch/9hxdu87gCL9, http://www.playvid.com/watch/828nhSd3qU8, http://www.playvid.com/watch/d7tPxyOwmbi, http://www.playvid.com/watch/Zaiinv73NQD, http://www.playvid.com/watch/J-bospi8W7b, http://www.playvid.com/watch/jJNCIMHjDPf, http://www.playvid.com/watch/Bv3FTaBeOoM
5.f. Date of third notice: 2013-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: amanito
5.b. Uploader's email address: dickniego@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/amanito
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fW158YK9M8B, http://www.playvid.com/watch/mP-KuTIR5Sc, http://www.playvid.com/watch/O2AhJsktV5D, http://www.playvid.com/watch/Et_dUCqo8IF, http://www.playvid.com/watch/re0-tlY5dgB, http://www.playvid.com/watch/Otk7A4UBmQ7, http://www.playvid.com/watch/3bLjYLww36o, http://www.playvid.com/watch/rl5rQ08G8dn, http://www.playvid.com/watch/ehFEFlTJTKy, http://www.playvid.com/watch/QDxaMoCp3G2, http://www.playvid.com/watch/JHVunEmabuc, http://www.playvid.com/watch/BT-6xhWmM12, http://www.playvid.com/watch/PHTgzow6wcZ, http://www.playvid.com/watch/pVkS6O9UVyb, http://www.playvid.com/watch/hBg7dsCxMPy, http://www.playvid.com/watch/X9Hk-RAsInj, http://www.playvid.com/watch/ZM0BIqKLXTq, http://www.playvid.com/watch/vH3GIOS-IXp, http://www.playvid.com/watch/zc_gwhpW9G9, http://www.playvid.com/watch/OlCZb_8o58l, http://www.playvid.com/watch/YkntHlGjOUA, http://www.playvid.com/watch/nUZF7aICg8i, http://www.playvid.com/watch/BNSvj4hq1d8, http://www.playvid.com/watch/LwACahttr2x, http://www.playvid.com/watch/MhIiEc0oARg, http://www.playvid.com/watch/uHO6K6VZYf2, http://www.playvid.com/watch/3BfXat36aMO, http://www.playvid.com/watch/twpzrqaIi3T, http://www.playvid.com/watch/vJVx9NheMrc, http://www.playvid.com/watch/Qn110maRBTM, http://www.playvid.com/watch/H7EwoPpVjKN, http://www.playvid.com/watch/tZIwaVKjbQp, http://www.playvid.com/watch/iygXQTlwbLp, http://www.playvid.com/watch/5wOBYgI09TB, http://www.playvid.com/watch/jnwuW_bY47k, http://www.playvid.com/watch/B-f5_qf3wAc, http://www.playvid.com/watch/Rh2Hlo1TAme, http://www.playvid.com/watch/UsR4X-wZhGA, http://www.playvid.com/watch/WjXWMhdFzSB, http://www.playvid.com/watch/cv09IZvQ-WS, http://www.playvid.com/watch/IS1mht_9pnZ, http://www.playvid.com/watch/Im9KZtymT2f, http://www.playvid.com/watch/iDv9TOcr2en, http://www.playvid.com/watch/HTTs2r7cFD8, http://www.playvid.com/watch/ujNktcaK4xT, http://www.playvid.com/watch/GQxS6h9sgnk, http://www.playvid.com/watch/cdEIBANYpja, http://www.playvid.com/watch/5dxEmcxOTAy, http://www.playvid.com/watch/6gsGSeo9w-U, http://www.playvid.com/watch/rDQU-qA1XlE, http://www.playvid.com/watch/SFD-MALkk6v, http://www.playvid.com/watch/tzF1w762Aai, http://www.playvid.com/watch/yC_HSZKRCpv, http://www.playvid.com/watch/kUArQJuSiUu, http://www.playvid.com/watch/PUIwU91n0DU, http://www.playvid.com/watch/r_DjTiR0vAN, http://www.playvid.com/watch/fmZnqAEtSwd, http://www.playvid.com/watch/R5XP9I3Vayy, http://www.playvid.com/watch/Y9pRkoG4JPq, http://www.playvid.com/watch/u18CNTC1C9G, http://www.playvid.com/watch/yAMlftwBv8P, http://www.playvid.com/watch/6V33Shw56AJ, http://www.playvid.com/watch/oJ_CQeqQGdx, http://www.playvid.com/watch/kX6vZKLcqC0, http://www.playvid.com/watch/fzh-vtka1Qh, http://www.playvid.com/watch/ExNdCYn7iFt, http://www.playvid.com/watch/qd_KBlssqxA, http://www.playvid.com/watch/RwgGv9OtKRm, http://www.playvid.com/watch/5zKHoCabX7I, http://www.playvid.com/watch/Vqq0EDJSISp, http://www.playvid.com/watch/DE1DkEe8Rrd, http://www.playvid.com/watch/n2_OjvaTaMu, http://www.playvid.com/watch/tdGHnXMblI7, http://www.playvid.com/watch/6FtOBWP9gl6, http://www.playvid.com/watch/ZqWooD1Yss5, http://www.playvid.com/watch/y4ixi2eUj_J, http://www.playvid.com/watch/JeyfIwzFSEw, http://www.playvid.com/watch/wsBbEDmH5yY, http://www.playvid.com/watch/0iiTH_fRPL7, http://www.playvid.com/watch/Z94k0yeP56i, http://www.playvid.com/watch/NJvFnD6Ni-c, http://www.playvid.com/watch/nGkin6kqGoB, http://www.playvid.com/watch/yUHwtvK5rWL, http://www.playvid.com/watch/wetfz3jVRg7, http://www.playvid.com/watch/wpz-B99RX7M, http://www.playvid.com/watch/Tu3pSQ1Z3hT, http://www.playvid.com/watch/2dRihothp-A, http://www.playvid.com/watch/QmeHocV7jpi, http://www.playvid.com/watch/hDDhHFyNa5J, http://www.playvid.com/watch/CBYJK6_l7g3, http://www.playvid.com/watch/U_T7rsrWbRR, http://www.playvid.com/watch/nZ2q84MFqjv, http://www.playvid.com/watch/OpsXYK8gu1J, http://www.playvid.com/watch/mZWrgmc_MaO, http://www.playvid.com/watch/umV64UKB0HL, http://www.playvid.com/watch/DKh_viCAWlq, http://www.playvid.com/watch/zkL6wZjz4_O, http://www.playvid.com/watch/aTQJFYL2RyF, http://www.playvid.com/watch/oUi_4MTZqW8, http://www.playvid.com/watch/3GifRtGjfg7, http://www.playvid.com/watch/seht02zYnKl, http://www.playvid.com/watch/dVyVTwpPb4y, http://www.playvid.com/watch/im1m2vlXbm7, http://www.playvid.com/watch/GkKdxCdzbPQ, http://www.playvid.com/watch/GJbJ4xiweQ5, http://www.playvid.com/watch/xgX8aI7ITxf, http://www.playvid.com/watch/gE8f77E7hN3, http://www.playvid.com/watch/qAD0YVUMEFR, http://www.playvid.com/watch/qMWdEkWrXnc, http://www.playvid.com/watch/zXDdc7ps2ve, http://www.playvid.com/watch/uBNvIosTcPx, http://www.playvid.com/watch/iZ1LoiZEPw0, http://www.playvid.com/watch/uKOxMqGJQYN, http://www.playvid.com/watch/IgGukYOK3Aa, http://www.playvid.com/watch/qyR_DKy4Er4, http://www.playvid.com/watch/POSP7jvQiYd, http://www.playvid.com/watch/hefWX4uwovw, http://www.playvid.com/watch/UpgjzzO9ONS, http://www.playvid.com/watch/SCZ07LxlIvo, http://www.playvid.com/watch/2fd6FeKltTG, http://www.playvid.com/watch/eCt82pasg-s, http://www.playvid.com/watch/Y6BXGiLckCu, http://www.playvid.com/watch/jaSGQnvMnDu, http://www.playvid.com/watch/QgR8BleUB6A, http://www.playvid.com/watch/RlKAT_KnZu8, http://www.playvid.com/watch/LdD47PkbyVZ, http://www.playvid.com/watch/Bd6rV5p4vQo, http://www.playvid.com/watch/JxrIW87jesM, http://www.playvid.com/watch/vioA12Ak5ul, http://www.playvid.com/watch/4aHREJ0nNtN, http://www.playvid.com/watch/Yj-XZenz9h7, http://www.playvid.com/watch/wbRMB0m3kvL, http://www.playvid.com/watch/MO_ztn3YTMN, http://www.playvid.com/watch/YIvc2mzLbzv, http://www.playvid.com/watch/4wyNkAkdxMv, http://www.playvid.com/watch/u-4E09TJiv6, http://www.playvid.com/watch/tuOBuCb7ruu, http://www.playvid.com/watch/TqHGySkKKsY, http://www.playvid.com/watch/hdeWJQDv4Gr, http://www.playvid.com/watch/D03K9jFWnsR, http://www.playvid.com/watch/IN4-exks5LN, http://www.playvid.com/watch/72T0U7ESiVA, http://www.playvid.com/watch/6Aakbu0X2Qx, http://www.playvid.com/watch/iGxpsYMnuu8, http://www.playvid.com/watch/xj3JQdOvyTe, http://www.playvid.com/watch/bubzYs1sEfI, http://www.playvid.com/watch/hLCMCKHgjJp, http://www.playvid.com/watch/E6XI0Ko55Oi, http://www.playvid.com/watch/BSb9yVnCEOk, http://www.playvid.com/watch/3kQvai2HR4U, http://www.playvid.com/watch/xpwiGR46LLR, http://www.playvid.com/watch/frfFjuahXI0, http://www.playvid.com/watch/FQ1tmP3BJXd, http://www.playvid.com/watch/PRUJVU11S_T, http://www.playvid.com/watch/7Qknzh3-kBE, http://www.playvid.com/watch/T3kksl1RWm3, http://www.playvid.com/watch/mPoYGafz_Km, http://www.playvid.com/watch/KmSXSxdCSqk, http://www.playvid.com/watch/SpGQskTzPTU, http://www.playvid.com/watch/qTp1uMhkgHo, http://www.playvid.com/watch/v5qwe0sMc7a, http://www.playvid.com/watch/MXfeYavhwCJ, http://www.playvid.com/watch/NKqQm9yht3V, http://www.playvid.com/watch/d_s3xxiSlVN, http://www.playvid.com/watch/gajoMbdlBxy, http://www.playvid.com/watch/BK8kMd_bfox, http://www.playvid.com/watch/OD_4I1I08H7, http://www.playvid.com/watch/6Vd_uMUvqwH, http://www.playvid.com/watch/HcwIdBWCCYf, http://www.playvid.com/watch/0q5KaEVlvCP, http://www.playvid.com/watch/5SWlLJi_fqm, http://www.playvid.com/watch/2Ak2sTyivvN, http://www.playvid.com/watch/v13BuP-5LbS, http://www.playvid.com/watch/f4hDnyqu3Sf, http://www.playvid.com/watch/Bfdlwz4q3Zd, http://www.playvid.com/watch/amwukr1sgMV, http://www.playvid.com/watch/GS_EV07PdrX, http://www.playvid.com/watch/F40xjakOE6o, http://www.playvid.com/watch/2Bnujh_SegT, http://www.playvid.com/watch/LVzsFYxdwF9, http://www.playvid.com/watch/rjL98Uu9FzM, http://www.playvid.com/watch/21sDfOE_kaG, http://www.playvid.com/watch/vAD7N2b3TtK, http://www.playvid.com/watch/M_pIGwiawH7, http://www.playvid.com/watch/eLCoZNYQja3, http://www.playvid.com/watch/iV1_FOGLwAE, http://www.playvid.com/watch/PhQoUc1RI0s, http://www.playvid.com/watch/xT3q4xEgQmd, http://www.playvid.com/watch/VeIpl3g-7_i, http://www.playvid.com/watch/4f7kOCflWGl, http://www.playvid.com/watch/RIIEi8tthOA,

http://www.playvid.com/watch/EJKhVX2-AAE, http://www.playvid.com/watch/PUgXiFKsgW8, http://www.playvid.com/watch/3AinNLr0SiS,
http://www.playvid.com/watch/xzqyUHrA0E8, http://www.playvid.com/watch/i4oe-k5TSs2, http://www.playvid.com/watch/5j2H9r9__Ev,
http://www.playvid.com/watch/lSlPcMSH2zB, http://www.playvid.com/watch/7xq2e8j8_s9, http://www.playvid.com/watch/KWYP8In7PsD,
http://www.playvid.com/watch/hhQnpt6_iAX, http://www.playvid.com/watch/BvSmYqwa9xC, http://www.playvid.com/watch/oyyNRw3fLfZ,
http://www.playvid.com/watch/isaS83eqaBE, http://www.playvid.com/watch/o3BsYf-3GZB
5.f. Date of third notice: 2014-04-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: amarok
5.b. Uploader's email address: elvispresleyyy@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/amarok
5.e. List of videos posted by uploader: http://www.playvid.com/watch/y4HevdPsQU9, http://www.playvid.com/watch/vI54ChVrX-d,
http://www.playvid.com/watch/Wm-6NrxdYEd, http://www.playvid.com/watch/D37yyIIM4zH, http://www.playvid.com/watch/GK2sUrQ6tWS,
http://www.playvid.com/watch/zYe4ixNfQpW, http://www.playvid.com/watch/6hU1XweydEM, http://www.playvid.com/watch/kzhf0EKK6RZ,
http://www.playvid.com/watch/u-QMWgbu1Gt, http://www.playvid.com/watch/W3ZwdndIgN6, http://www.playvid.com/watch/vfTt_q-gyEM,
http://www.playvid.com/watch/w_iCkgB7qpO, http://www.playvid.com/watch/9hk-aV02QGr, http://www.playvid.com/watch/FVgoPykjqwK,
http://www.playvid.com/watch/5c0yC3GHxEg, http://www.playvid.com/watch/gZCqsmLpHCn, http://www.playvid.com/watch/Dvs1WvkDjwb,
http://www.playvid.com/watch/p3G_D5NN5v2, http://www.playvid.com/watch/agyHtIb0d_A, http://www.playvid.com/watch/RE0-eahbzrn,
http://www.playvid.com/watch/4pqJKT3H_Jn, http://www.playvid.com/watch/zeE24i8IKvT, http://www.playvid.com/watch/sJ5fKgcTal0,
http://www.playvid.com/watch/IZpvS_0Etme, http://www.playvid.com/watch/zAERDByT0Xb, http://www.playvid.com/watch/WCSCSxInWGo,
http://www.playvid.com/watch/antHYG1V_It, http://www.playvid.com/watch/KMIOo4gigNv, http://www.playvid.com/watch/AJyxoRglgZO,
http://www.playvid.com/watch/pgQjspagCdU, http://www.playvid.com/watch/sNiaUlSZEoT, http://www.playvid.com/watch/B8dbYsb2FBt,
http://www.playvid.com/watch/8ZnMPvmz1Ox, http://www.playvid.com/watch/uKakO1fY3CO, http://www.playvid.com/watch/K1YNEw3_BiO,
http://www.playvid.com/watch/7m8KUeKjZkF, http://www.playvid.com/watch/oSJjTnwbHjl, http://www.playvid.com/watch/grHggpLUOV8,
http://www.playvid.com/watch/y6s66sXuIRE, http://www.playvid.com/watch/Vn3j0hOeJK7, http://www.playvid.com/watch/7OqaECpn1KX,
http://www.playvid.com/watch/J9J0R74C7d5, http://www.playvid.com/watch/pF5DI1zOELA, http://www.playvid.com/watch/5Y2mTMC4aQJ,
http://www.playvid.com/watch/XZe3XfV_yPx, http://www.playvid.com/watch/g8YlKLJS80L, http://www.playvid.com/watch/3eZ4yNY2tIQ,
http://www.playvid.com/watch/DGF5scfMtfj, http://www.playvid.com/watch/iXlbFQ3-dMc, http://www.playvid.com/watch/zpvnLeeVhQU,
http://www.playvid.com/watch/bZhSfq-YB7I, http://www.playvid.com/watch/zd2WVfvm4pJ, http://www.playvid.com/watch/7MN4p6YXWaY,
http://www.playvid.com/watch/Wm2q3Qy8Eko, http://www.playvid.com/watch/g4rDXA6dM9F, http://www.playvid.com/watch/8Wa6LIdvhNM,
http://www.playvid.com/watch/XSQ3xwULC2A, http://www.playvid.com/watch/BXa5ZYPEmJS, http://www.playvid.com/watch/Qrc1A6eF_ct,
http://www.playvid.com/watch/xWH0alTzghB, http://www.playvid.com/watch/zzszXmUbS5L, http://www.playvid.com/watch/6rULxzyMkNS,
http://www.playvid.com/watch/3V0Te1k1xDY, http://www.playvid.com/watch/WWT-Hl6v7qa, http://www.playvid.com/watch/P7ZgictieJc,
http://www.playvid.com/watch/jIEmp7xlGuL, http://www.playvid.com/watch/e7ks0ZoimKa, http://www.playvid.com/watch/3MYQSTLbVwn,
http://www.playvid.com/watch/Iwt-sEEoZPn, http://www.playvid.com/watch/rRQaNmZDItm, http://www.playvid.com/watch/Blxx60RN2qS,
http://www.playvid.com/watch/Jzyqjhbl1kF, http://www.playvid.com/watch/xFX0TZcNATf, http://www.playvid.com/watch/Zc0FJhoDi-W,
http://www.playvid.com/watch/T-D3UjkZHoD, http://www.playvid.com/watch/wGbq5FgpsrL, http://www.playvid.com/watch/3SnHihq7iSh,
http://www.playvid.com/watch/Ob7sTjrDQ-F, http://www.playvid.com/watch/qAW48gzb9Yn, http://www.playvid.com/watch/ZuUpCkQX07e,
http://www.playvid.com/watch/OviQ-hdqMJP, http://www.playvid.com/watch/Tbn_oL_OvPT, http://www.playvid.com/watch/b7ddTn17r6s,
http://www.playvid.com/watch/UZd6itI84Qn, http://www.playvid.com/watch/pZZE0m3ynaF, http://www.playvid.com/watch/NyAao0xSC4m,
http://www.playvid.com/watch/O6zjMBYw_xy, http://www.playvid.com/watch/7weBUdgyjGm, http://www.playvid.com/watch/HKV-hvKVJf7,
http://www.playvid.com/watch/nOpHOMGuYwh, http://www.playvid.com/watch/rSzuaqbUlQa, http://www.playvid.com/watch/Gbt6VOoU7aD,
http://www.playvid.com/watch/aus1cg_i6Yu, http://www.playvid.com/watch/tXY8V7a-gkL, http://www.playvid.com/watch/AARwb-foWI0,
http://www.playvid.com/watch/6UkFHcqC8kT, http://www.playvid.com/watch/X6D2ibJNMo8, http://www.playvid.com/watch/dk_KrRcsVOU,
http://www.playvid.com/watch/vSr7VHxzurd, http://www.playvid.com/watch/VctlY3gWUll, http://www.playvid.com/watch/R42LSCNOhhI,
http://www.playvid.com/watch/YxBpb7xCeyr, http://www.playvid.com/watch/7TQI18KgIGC, http://www.playvid.com/watch/ixr7Alq5SKa,
http://www.playvid.com/watch/Cl_HpRHeMbC, http://www.playvid.com/watch/s2RVf6zt5Nm, http://www.playvid.com/watch/nVop8Ly8PrD,
http://www.playvid.com/watch/RauupsOD9KC, http://www.playvid.com/watch/JcjKceHtETI, http://www.playvid.com/watch/gpEJiWDcDzM,
http://www.playvid.com/watch/UcrZy6HIi0D, http://www.playvid.com/watch/rgWZHyy5G0C, http://www.playvid.com/watch/qtJNStXadVW,
http://www.playvid.com/watch/YbRVZMcztXx, http://www.playvid.com/watch/WBT-tX9VGQJ, http://www.playvid.com/watch/UFHM98wKoas,
http://www.playvid.com/watch/l1NWLo45oQR, http://www.playvid.com/watch/uo20vTCPLrf, http://www.playvid.com/watch/umqe4ceMCaB,
http://www.playvid.com/watch/0GF5-GzEYAy, http://www.playvid.com/watch/uBDgfOJAyp8, http://www.playvid.com/watch/p8MZDFbAeJJ,
http://www.playvid.com/watch/O4vbd2fJgv9, http://www.playvid.com/watch/042OOeZZe5g, http://www.playvid.com/watch/bhEHixIgiBV,
http://www.playvid.com/watch/ci4BeISJ62i, http://www.playvid.com/watch/tbJUW_WYbWR, http://www.playvid.com/watch/FdD57J066k0,
http://www.playvid.com/watch/6i06Ssc_oJF, http://www.playvid.com/watch/zSP8EIz6nIM, http://www.playvid.com/watch/Tt8mjPAZeaB,
http://www.playvid.com/watch/NUsd1vV_pvk
5.f. Date of third notice: 2014-03-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: amateurfuck
5.b. Uploader's email address: nickjonson800@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/amateurfuck
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zMxdSGVuHZ2, http://www.playvid.com/watch/vxzcqoMuKE9,
http://www.playvid.com/watch/mhtd3soA2SS, http://www.playvid.com/watch/HPHGAihLqfz, http://www.playvid.com/watch/S9mioq_neuL,
http://www.playvid.com/watch/2ylz69ZvJ-S, http://www.playvid.com/watch/sm8ESqrBcsS, http://www.playvid.com/watch/UihIP0jwrAK,
http://www.playvid.com/watch/4OUE56_vQhm, http://www.playvid.com/watch/R5XtVxHCAwM, http://www.playvid.com/watch/0Bt4Rkt5_6W,
http://www.playvid.com/watch/cBb85I12jyo, http://www.playvid.com/watch/84H8NWCjY9M, http://www.playvid.com/watch/d_H5TwsCEMY,
http://www.playvid.com/watch/t-MxwmB97nf, http://www.playvid.com/watch/5Qy2nteoqD7, http://www.playvid.com/watch/RtR3VkScw8s,
http://www.playvid.com/watch/VXFhKrScdpi, http://www.playvid.com/watch/UZ-Luxtv68f, http://www.playvid.com/watch/K2ycgQiRSHf,
http://www.playvid.com/watch/LOie0BSAB2z, http://www.playvid.com/watch/Ui6OvgCpkUD, http://www.playvid.com/watch/8Kak_UkBZOG,
http://www.playvid.com/watch/O44ReG4_ugY, http://www.playvid.com/watch/vas1IGgD11I, http://www.playvid.com/watch/8S0ERqNY9Aw,
http://www.playvid.com/watch/laPu3oqbMFM, http://www.playvid.com/watch/DZAaWJmtLic, http://www.playvid.com/watch/gbouRp3R70b,
http://www.playvid.com/watch/ly4FyRe1OKx, http://www.playvid.com/watch/2cV8Xt4cVIg, http://www.playvid.com/watch/8VopWohYvhg,
http://www.playvid.com/watch/oLtH4HBwf7f, http://www.playvid.com/watch/mKKdvVNiXhD, http://www.playvid.com/watch/iZUoTZjbPdG,
http://www.playvid.com/watch/CfCj10pC3Kh, http://www.playvid.com/watch/B90uLj3NMBy, http://www.playvid.com/watch/rmEnwAWi4FU,
http://www.playvid.com/watch/cjziZMrs1Hh, http://www.playvid.com/watch/kNcAl78g49F, http://www.playvid.com/watch/co7z6SxYE4B,
http://www.playvid.com/watch/lVpflHl62C2, http://www.playvid.com/watch/ms2fQVjWd2V, http://www.playvid.com/watch/CGRU164dhCi,
http://www.playvid.com/watch/Czffvu9Wgj7, http://www.playvid.com/watch/vCBAB8PHTks, http://www.playvid.com/watch/IJuYO-nIlOQ,
http://www.playvid.com/watch/iaGC_W31iYm, http://www.playvid.com/watch/YNW3y0Zj2Z5, http://www.playvid.com/watch/Zvt-HOjfTMw,
http://www.playvid.com/watch/AxhYxE5vi1L, http://www.playvid.com/watch/wCFnRYk0hgK, http://www.playvid.com/watch/hjm3-WgaX4o,
http://www.playvid.com/watch/wM6dwfzcKZa, http://www.playvid.com/watch/jklsJOhQ10B, http://www.playvid.com/watch/LEvkVCuwG9z,
http://www.playvid.com/watch/ElA4sMynqo0, http://www.playvid.com/watch/0-uHF5pVOKN, http://www.playvid.com/watch/TE5p9i5GmRL,
http://www.playvid.com/watch/3BwFeGMMTRH, http://www.playvid.com/watch/kT2oBSYQbji, http://www.playvid.com/watch/VsUkrRUAJc3,
http://www.playvid.com/watch/Z7XOaT01rYF, http://www.playvid.com/watch/skhT4mMh-wg, http://www.playvid.com/watch/9rGq9bcPjlq,
http://www.playvid.com/watch/VxoNUcExM7W, http://www.playvid.com/watch/BI2EO6TKMJt, http://www.playvid.com/watch/lVs55IdUinq,
http://www.playvid.com/watch/fvkkfqrAw-G, http://www.playvid.com/watch/9pkshncPuBw, http://www.playvid.com/watch/BOCiSrXrQiF,
http://www.playvid.com/watch/rI-dfySjkcI, http://www.playvid.com/watch/Fv5xCfnkGqa, http://www.playvid.com/watch/wp4zroJeFQR,
http://www.playvid.com/watch/kSfxuEG9yM7, http://www.playvid.com/watch/cV5FCg1W1fp, http://www.playvid.com/watch/LGuM9Zfahpk,
http://www.playvid.com/watch/RLg7lAGQz0y, http://www.playvid.com/watch/oryuS0ox5CS, http://www.playvid.com/watch/7rOKH0CnswQ,
http://www.playvid.com/watch/LlhvcWUCjY3, http://www.playvid.com/watch/FrpSX2r-J-e, http://www.playvid.com/watch/THbTmoSksEx,
http://www.playvid.com/watch/L-pzmxCy6Bm, http://www.playvid.com/watch/AkfpgWKWaMj, http://www.playvid.com/watch/s5UcZkEA447,
http://www.playvid.com/watch/TAIV7k4b4Fy, http://www.playvid.com/watch/TPMAsbqNWP0, http://www.playvid.com/watch/NhOIDWye50F,
http://www.playvid.com/watch/mMDbcJ6z9AD, http://www.playvid.com/watch/6TnFa8ZYoTj, http://www.playvid.com/watch/YMzsCO-6-F5,
http://www.playvid.com/watch/DfbrSxVUtRR, http://www.playvid.com/watch/ud4VqMDyCbb, http://www.playvid.com/watch/9QpBE49cEJZ,
http://www.playvid.com/watch/d0O1FQ-Not6, http://www.playvid.com/watch/AIV3MaxiYMg, http://www.playvid.com/watch/OSJDQ91r1vQ,
http://www.playvid.com/watch/sxI85doAcMs

5.f. Date of third notice: 2014-12-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: amdx25201
5.b. Uploader's email address: subidagames02@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/amdx25201
5.e. List of videos posted by uploader: http://www.playvid.com/watch/p6hap9mqo6X, http://www.playvid.com/watch/OrNFck_aeAv, http://www.playvid.com/watch/RWVR5Ea4L3J, http://www.playvid.com/watch/sntqel7PgHi, http://www.playvid.com/watch/QnlPQhYYP-Y, http://www.playvid.com/watch/QfSCy1PJFCf, http://www.playvid.com/watch/Hf15H4atLKR, http://www.playvid.com/watch/To2GPv8LYRL, http://www.playvid.com/watch/2JHeBE-1Nq9, http://www.playvid.com/watch/rWr2-zWyOfZ, http://www.playvid.com/watch/okuXAKvmZ2e, http://www.playvid.com/watch/BgPc7Fuo8YI, http://www.playvid.com/watch/LodfGWVEVXv, http://www.playvid.com/watch/UEKst9pexyh, http://www.playvid.com/watch/LpQb4kY2hnR, http://www.playvid.com/watch/GsGRAWbmSHK, http://www.playvid.com/watch/4PWE7vS_QpX, http://www.playvid.com/watch/lv2C8D7vnt6, http://www.playvid.com/watch/mjGL00_pL76, http://www.playvid.com/watch/v4jY77zkNHZ, http://www.playvid.com/watch/yqgsKo3A5Qp, http://www.playvid.com/watch/SXiggClpL9d, http://www.playvid.com/watch/OjfXrhI8m3z, http://www.playvid.com/watch/2dmVN-S_LR4, http://www.playvid.com/watch/xvtPe1yWZvW, http://www.playvid.com/watch/BWBYdK6BYX4, http://www.playvid.com/watch/U33BzKdn-ol, http://www.playvid.com/watch/xB9sRKrqo2z, http://www.playvid.com/watch/W1yezJ1R_mS, http://www.playvid.com/watch/zVtGNHTfdCK, http://www.playvid.com/watch/MZMBwhcqRn3, http://www.playvid.com/watch/ZPJJvO0_W1Z, http://www.playvid.com/watch/Xg0tPlWHyOa, http://www.playvid.com/watch/NpcEb77f3C5, http://www.playvid.com/watch/WcXUDWkDbBI, http://www.playvid.com/watch/hj59U6znC6Z, http://www.playvid.com/watch/fumOjq6-5kD
5.f. Date of third notice: 2014-08-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: analsexx
5.b. Uploader's email address: armindobrunno@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/analsexx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/lli5dAwLIEA, http://www.playvid.com/watch/G20RqiMng6a, http://www.playvid.com/watch/h6RBH6XytVy, http://www.playvid.com/watch/oTcFxpe7wZO, http://www.playvid.com/watch/lgomhO6-KP2, http://www.playvid.com/watch/EBTGewv5bvx, http://www.playvid.com/watch/mOgI5-XK5dU, http://www.playvid.com/watch/5uobOalOQr8, http://www.playvid.com/watch/FieK2LIR79W, http://www.playvid.com/watch/aikUqy6hgwJ, http://www.playvid.com/watch/DcVhsCd26X9, http://www.playvid.com/watch/lv6EZ9vqKdC, http://www.playvid.com/watch/Rd7ymulykTQ, http://www.playvid.com/watch/Gu9HBeSwMZD, http://www.playvid.com/watch/59AftKEQDoq, http://www.playvid.com/watch/ZuXPhwKlu5Z, http://www.playvid.com/watch/5Ezk8yVhJOt, http://www.playvid.com/watch/KyeleD8sCG4, http://www.playvid.com/watch/oyoUc7EQnrV, http://www.playvid.com/watch/Im4tMhi3lla, http://www.playvid.com/watch/mpUIDmqHlnS, http://www.playvid.com/watch/4F6g4nXt7g6, http://www.playvid.com/watch/Kn0N8mDfD26, http://www.playvid.com/watch/MrVJFAJuT4Z, http://www.playvid.com/watch/9j9490g4ZiO, http://www.playvid.com/watch/UM3Xp3dsEgb, http://www.playvid.com/watch/jRxDr-lEj2h, http://www.playvid.com/watch/o3H5MikgHpJ, http://www.playvid.com/watch/vOq-5VU6o82, http://www.playvid.com/watch/AT4n9zIFlqv, http://www.playvid.com/watch/5LZwKPduIVF, http://www.playvid.com/watch/rogpjdgaKGA, http://www.playvid.com/watch/XYq7LbaTVqv, http://www.playvid.com/watch/Hlsbzf92Rl3, http://www.playvid.com/watch/gpID23u4euT, http://www.playvid.com/watch/EfdejBXTawO, http://www.playvid.com/watch/KUk36lC6LEP, http://www.playvid.com/watch/fYKhFUBau8F, http://www.playvid.com/watch/c6sRL6nL24o, http://www.playvid.com/watch/spUMI5Mew2i, http://www.playvid.com/watch/pChicggVzvd, http://www.playvid.com/watch/ZJTJF0xdzux, http://www.playvid.com/watch/f42zJtol5oR, http://www.playvid.com/watch/o9fdBEBwqSy, http://www.playvid.com/watch/-5q0lweiorF, http://www.playvid.com/watch/EPZo2Ly49xv, http://www.playvid.com/watch/enLrVxuSlOg, http://www.playvid.com/watch/AfpmpfwIe80, http://www.playvid.com/watch/elTe2CkbAoe, http://www.playvid.com/watch/gWflHpnlKRa, http://www.playvid.com/watch/bzo8x82OqbJ, http://www.playvid.com/watch/XnsZQ0KiwZp, http://www.playvid.com/watch/AZJFGVf0-YC, http://www.playvid.com/watch/PcCFGK6HGzJ, http://www.playvid.com/watch/qQYJdz-xHjL, http://www.playvid.com/watch/XOy3mbt88sX, http://www.playvid.com/watch/hpew5t6VKnu, http://www.playvid.com/watch/JHdFrr8GVdJ, http://www.playvid.com/watch/7PJ8IMOu06p, http://www.playvid.com/watch/q3PIpd64Wd3, http://www.playvid.com/watch/FNXYvCf88mv, http://www.playvid.com/watch/kmOxJjxDqwq, http://www.playvid.com/watch/P3i9lc7e3Ds, http://www.playvid.com/watch/QlMkWvguKaL, http://www.playvid.com/watch/gFFi2dh4PGX, http://www.playvid.com/watch/6aic38cgcr4, http://www.playvid.com/watch/j9mH2xFdzWu, http://www.playvid.com/watch/nlDM6kYf68N, http://www.playvid.com/watch/NRXrLObAoau, http://www.playvid.com/watch/50hpomRDDb3, http://www.playvid.com/watch/swbbHIbFLmi, http://www.playvid.com/watch/zUexyzS4qNL, http://www.playvid.com/watch/8GKSOz9NR2N, http://www.playvid.com/watch/SLtyWq8Pwss, http://www.playvid.com/watch/7LjmfsMyrFk, http://www.playvid.com/watch/3Egyvdhl7Re, http://www.playvid.com/watch/SUlInGig80W, http://www.playvid.com/watch/QHJrrlY0S0y, http://www.playvid.com/watch/kdBTedefpdg, http://www.playvid.com/watch/zmkDnQliiLs, http://www.playvid.com/watch/SM08YjLMjeI, http://www.playvid.com/watch/iB4IelS4yHL, http://www.playvid.com/watch/0gaRYsJbbz4, http://www.playvid.com/watch/5nM5wUvBLSw, http://www.playvid.com/watch/NlXFvY9Mje0, http://www.playvid.com/watch/jfyCUJWI5BL, http://www.playvid.com/watch/J4LV29k2Cog, http://www.playvid.com/watch/CAvAZ66uc5j, http://www.playvid.com/watch/prJsHvvQKI2, http://www.playvid.com/watch/rTmOz9n886L, http://www.playvid.com/watch/3VV9edwG-hS, http://www.playvid.com/watch/7y8ypCNKX-S, http://www.playvid.com/watch/P0BgR9iaHMw, http://www.playvid.com/watch/HBteC6JC7GL, http://www.playvid.com/watch/eh7PfgpjcLT, http://www.playvid.com/watch/-k5AVhJyGrz, http://www.playvid.com/watch/80X7NXtd3Tp, http://www.playvid.com/watch/3P6ze8DoaF5, http://www.playvid.com/watch/pk5f25pckIz, http://www.playvid.com/watch/DZqPkiKqCJ5, http://www.playvid.com/watch/Wrjbm2T2pPJ, http://www.playvid.com/watch/tBt7y6-oKfz, http://www.playvid.com/watch/NqjnM0xqokK, http://www.playvid.com/watch/xoizOlDTvtO, http://www.playvid.com/watch/pLESr89D3d-, http://www.playvid.com/watch/-ioi5080Um6, http://www.playvid.com/watch/xo4BmWIESxF, http://www.playvid.com/watch/QhikoXzTXtT, http://www.playvid.com/watch/Zr6rQp9kZSW, http://www.playvid.com/watch/bwe325VEdk9, http://www.playvid.com/watch/nutfdWHOAZf, http://www.playvid.com/watch/Tcsi5DrBhr4, http://www.playvid.com/watch/u60N74ieiqY, http://www.playvid.com/watch/aYWZllvvrf0, http://www.playvid.com/watch/XNaNtl2jQfL, http://www.playvid.com/watch/6hL86zcIgER, http://www.playvid.com/watch/9Om47zzJO4p, http://www.playvid.com/watch/pMfBn3KVABC, http://www.playvid.com/watch/-vPMb0IA-Me, http://www.playvid.com/watch/uWnPaJ3ny5Q, http://www.playvid.com/watch/emdAiMLjMnf, http://www.playvid.com/watch/MlNCtzZOxnz, http://www.playvid.com/watch/laZfjr3Q39W, http://www.playvid.com/watch/3wHk9EWfkfy, http://www.playvid.com/watch/lrEqfNJBSdm, http://www.playvid.com/watch/epsToBPEuZt, http://www.playvid.com/watch/uGlZhdU2PeV, http://www.playvid.com/watch/eCG4f3odm8V, http://www.playvid.com/watch/sX7VbiMDlWI, http://www.playvid.com/watch/-kaeXyqYhFK, http://www.playvid.com/watch/nIWCtaiHQdb, http://www.playvid.com/watch/vPeLRAzJ8u7, http://www.playvid.com/watch/3RT8fwf9bjd, http://www.playvid.com/watch/8MKfNIP55So, http://www.playvid.com/watch/N2J4dIVHvEq, http://www.playvid.com/watch/PTGwH-klZJj, http://www.playvid.com/watch/pSJUnup7dsB, http://www.playvid.com/watch/JhOFAc9THjC, http://www.playvid.com/watch/wPKRMYs5JsI, http://www.playvid.com/watch/Vo8aNxgpTI0, http://www.playvid.com/watch/Jqp4BFQa4b5, http://www.playvid.com/watch/gSThH0wolB9, http://www.playvid.com/watch/s5JswRql0Pl, http://www.playvid.com/watch/LlUdHuK78YQ, http://www.playvid.com/watch/3ha0VP0546H, http://www.playvid.com/watch/u9V4CzcI8c7, http://www.playvid.com/watch/bBGwISIPP2W, http://www.playvid.com/watch/QNkYgAGyrD-, http://www.playvid.com/watch/aKypyORI9fq, http://www.playvid.com/watch/TOkZ3qxRhmI, http://www.playvid.com/watch/EHPiRm-PFWb, http://www.playvid.com/watch/AkZrN7zov8z, http://www.playvid.com/watch/tVHVm4Yu4-V, http://www.playvid.com/watch/pVqY9-E0ufD, http://www.playvid.com/watch/RtZxcbcufB5, http://www.playvid.com/watch/XDYZ76mI0hm, http://www.playvid.com/watch/tJKUUe8zHwC, http://www.playvid.com/watch/dTolKy-jLRH, http://www.playvid.com/watch/bo53yTRFwo5, http://www.playvid.com/watch/sEnJISBZNWS, http://www.playvid.com/watch/dc6Ks09NPsK, http://www.playvid.com/watch/PkPPJ-FH7YL, http://www.playvid.com/watch/opTCZUyTlAl, http://www.playvid.com/watch/qFK4guyEj5-, http://www.playvid.com/watch/KhOCf8vJrOP, http://www.playvid.com/watch/GPGAejgiuWB, http://www.playvid.com/watch/xQJ4bmgkaRd, http://www.playvid.com/watch/l8jWc6Oqgfm, http://www.playvid.com/watch/uwLizj4xOml, http://www.playvid.com/watch/oUvglMDRU9U, http://www.playvid.com/watch/nlQDlqYwUmq, http://www.playvid.com/watch/ha4i8aUpDTu, http://www.playvid.com/watch/myHqMfKvd6R, http://www.playvid.com/watch/Qp3DNY0mrC6, http://www.playvid.com/watch/mhxl3on-cYA, http://www.playvid.com/watch/3vXAczwy6Z8, http://www.playvid.com/watch/dwMptRpYv6c, http://www.playvid.com/watch/owQUpVnTzyq, http://www.playvid.com/watch/VvNW-qWg4Ng, http://www.playvid.com/watch/8tEtGVvMTyJ, http://www.playvid.com/watch/kb7jBmuP3rf, http://www.playvid.com/watch/WjyEeU253No, http://www.playvid.com/watch/Bt0sRzJ9jk9, http://www.playvid.com/watch/gwXg2wcG0So, http://www.playvid.com/watch/7DIvqZIKT86, http://www.playvid.com/watch/KBrAEBdNEkV, http://www.playvid.com/watch/5EljP3MPKP8, http://www.playvid.com/watch/zVKyL7-VjH-, http://www.playvid.com/watch/nmZ5WrSromE, http://www.playvid.com/watch/-PyCH3Kiswd, http://www.playvid.com/watch/a5dPSThl5rv, http://www.playvid.com/watch/4NVzAv7yxyj, http://www.playvid.com/watch/hj4t7XNC5ns, http://www.playvid.com/watch/yk9C3pQUX-n, http://www.playvid.com/watch/x2FVqRn9cjv, http://www.playvid.com/watch/oCyoswoqyQ3, http://www.playvid.com/watch/GHruQ9YBlG2, http://www.playvid.com/watch/tUKpkAHpF2I, http://www.playvid.com/watch/kD7TALWfL-W, http://www.playvid.com/watch/ObBEE3wbfel, http://www.playvid.com/watch/fkWnBw-H4Fd, http://www.playvid.com/watch/RZKPBij4NRR, http://www.playvid.com/watch/xlTGQSosvur, http://www.playvid.com/watch/wCiGMPbuO0B, http://www.playvid.com/watch/xd-KRWTPdn6, http://www.playvid.com/watch/gEgGhUNbFjM, http://www.playvid.com/watch/WihdGZAFrXg, http://www.playvid.com/watch/oFTkEhPUjIc, http://www.playvid.com/watch/rUY0BhQGlKv, http://www.playvid.com/watch/q8gdV6DoYiF, http://www.playvid.com/watch/KghribNtKkh, http://www.playvid.com/watch/i3p4U0Nj3gU,

http://www.playvid.com/watch/ZZPdpPadEXZ, http://www.playvid.com/watch/5BuO4UpVQvZ, http://www.playvid.com/watch/DFxKfmx5oyt,
http://www.playvid.com/watch/eb2qznQE2ms, http://www.playvid.com/watch/iC3r2fe2e2Z, http://www.playvid.com/watch/O2qMseQKP27,
http://www.playvid.com/watch/B2OeLhJ6PyS, http://www.playvid.com/watch/Bf83RSdRn8U, http://www.playvid.com/watch/lXp49k6YKHh,
http://www.playvid.com/watch/UWTI8lCE0gp, http://www.playvid.com/watch/YRWfA783sr9, http://www.playvid.com/watch/DUYteuDvMwZ,
http://www.playvid.com/watch/acKgqLLke2b, http://www.playvid.com/watch/lLzyXdrE9xm, http://www.playvid.com/watch/XuxzTYR3Vmo,
http://www.playvid.com/watch/W8opMgpyXeJ, http://www.playvid.com/watch/qYxx8bTxuHp, http://www.playvid.com/watch/rPSTDXLCE4Z,
http://www.playvid.com/watch/KnRvJEr8yI2, http://www.playvid.com/watch/kIhomj3LAsu, http://www.playvid.com/watch/bgAOr5H-4nX,
http://www.playvid.com/watch/fWAuXbeSVrN, http://www.playvid.com/watch/06Gc6XKZJhK, http://www.playvid.com/watch/IoX50ZT5XIX,
http://www.playvid.com/watch/xMu6cG4SCLo, http://www.playvid.com/watch/mRvZzuSML7r, http://www.playvid.com/watch/cbFuCsyLNfQ,
http://www.playvid.com/watch/rgpJ8YYBlua, http://www.playvid.com/watch/qKun0N6M0Wj, http://www.playvid.com/watch/9QwApYJM3tX,
http://www.playvid.com/watch/GIOB9CJn4Su, http://www.playvid.com/watch/0xy49XMbqX5, http://www.playvid.com/watch/ofbNo0f3QBJ,
http://www.playvid.com/watch/rMr-HmII67n, http://www.playvid.com/watch/tF3cGKaTQit, http://www.playvid.com/watch/Ik7uZ3AOrPL,
http://www.playvid.com/watch/E9UkgtBHHs4, http://www.playvid.com/watch/LhBhveZ5d-K, http://www.playvid.com/watch/TGV8q9aqXbn,
http://www.playvid.com/watch/e6lIhmiStdJ, http://www.playvid.com/watch/oTOxFrB3vel, http://www.playvid.com/watch/fNY7rHGW4f0,
http://www.playvid.com/watch/OKhq66NReto, http://www.playvid.com/watch/E0fkQib6-MN, http://www.playvid.com/watch/lWci4-lRZK6,
http://www.playvid.com/watch/XIYDC8lD29u, http://www.playvid.com/watch/lJxyWC4HtAX, http://www.playvid.com/watch/qiXGg4bkliI,
http://www.playvid.com/watch/uCCBh06HEom, http://www.playvid.com/watch/smnUVHQQP0n, http://www.playvid.com/watch/j9Q6YpFcoY6,
http://www.playvid.com/watch/9XNZrMaW3fW, http://www.playvid.com/watch/amwr2TORXH8, http://www.playvid.com/watch/UJZGhXItLzU,
http://www.playvid.com/watch/YhEJWqz0xWH, http://www.playvid.com/watch/8oEzbWjtksy, http://www.playvid.com/watch/9lRdhgAyXqf,
http://www.playvid.com/watch/n3ZYtOytcPr, http://www.playvid.com/watch/QkY66yWG4i6, http://www.playvid.com/watch/gyFzb2nFufH,
http://www.playvid.com/watch/Ga23-Xu5FTF, http://www.playvid.com/watch/9Znde2UKftq, http://www.playvid.com/watch/zJe6BXXnVky,
http://www.playvid.com/watch/vBjdd88p0Kg, http://www.playvid.com/watch/kujlHkVtBqG, http://www.playvid.com/watch/Fv2sgO23EZ2,
http://www.playvid.com/watch/LgIdv9bwgkI, http://www.playvid.com/watch/dRmS2AXDOOI, http://www.playvid.com/watch/ulWal3JUnqT,
http://www.playvid.com/watch/VL0esopziCZ, http://www.playvid.com/watch/NCfZOvEYw45, http://www.playvid.com/watch/9Tl3SuBmI3H,
http://www.playvid.com/watch/oZWiaJ-d7jR, http://www.playvid.com/watch/BllwPnOYrWG, http://www.playvid.com/watch/CIWYcsFKCLe,
http://www.playvid.com/watch/apmH67mWC0j, http://www.playvid.com/watch/6qwoWQSet96, http://www.playvid.com/watch/78gPXWU8CJ6,
http://www.playvid.com/watch/rFrMs0y48zc, http://www.playvid.com/watch/GXtI0uufjUj, http://www.playvid.com/watch/tyLT95AC8rs,
http://www.playvid.com/watch/BeN4los-Gy7, http://www.playvid.com/watch/rDytdnsyZSb, http://www.playvid.com/watch/ZNb8hXylyjh,
http://www.playvid.com/watch/5h4aCFT7x9z, http://www.playvid.com/watch/ABZtEkMLym4, http://www.playvid.com/watch/lNW6vH4ME0p,
http://www.playvid.com/watch/is-tr9e6SWo, http://www.playvid.com/watch/9l7DxsUvV2h, http://www.playvid.com/watch/gqcq869xDkU,
http://www.playvid.com/watch/ZPGjcC8ZfVy, http://www.playvid.com/watch/fiupX-AUi0W, http://www.playvid.com/watch/saUGm5Guse9,
http://www.playvid.com/watch/qznypo435OI, http://www.playvid.com/watch/rHIPhZUiVaQ, http://www.playvid.com/watch/oxwe769NcJF,
http://www.playvid.com/watch/-06FaQWBkrp, http://www.playvid.com/watch/Dar5los5bRC, http://www.playvid.com/watch/SLdoB4hFW4T,
http://www.playvid.com/watch/thSiwu3JSXd, http://www.playvid.com/watch/AJQUhp37CW3, http://www.playvid.com/watch/KweZu5Fabme,
http://www.playvid.com/watch/8s-gRuhG2ob, http://www.playvid.com/watch/wdm6LVlAr9e, http://www.playvid.com/watch/eGh2JDmzLLg,
http://www.playvid.com/watch/uNXS3zj2knJ, http://www.playvid.com/watch/WVfCiRXUnrb, http://www.playvid.com/watch/xLWgvUh9MD4,
http://www.playvid.com/watch/VmvOB3uOCrm, http://www.playvid.com/watch/5iKudvL556U, http://www.playvid.com/watch/ULwHAfsXz9Y,
http://www.playvid.com/watch/TtoTa4Pii6Z, http://www.playvid.com/watch/qSA62H5Tnkg, http://www.playvid.com/watch/gAKZoz8o8Ek,
http://www.playvid.com/watch/xuqCyAOlKaS, http://www.playvid.com/watch/9oDkXkeafQy, http://www.playvid.com/watch/d8g9TXFWeRn,
http://www.playvid.com/watch/vIC4x7Kpr0v, http://www.playvid.com/watch/NZjCOkuicFc, http://www.playvid.com/watch/VVvD3AyZDyz,
http://www.playvid.com/watch/gvCJj3e3xGz, http://www.playvid.com/watch/Gh6Ic9gtthe, http://www.playvid.com/watch/HBQwo8R5hCY,
http://www.playvid.com/watch/Fbppeo9heeF, http://www.playvid.com/watch/moxSMOUfekD, http://www.playvid.com/watch/tbwGjqco6ar,
http://www.playvid.com/watch/xscbyo9rsg0, http://www.playvid.com/watch/Go37kp5nibV, http://www.playvid.com/watch/Xh85lRog7Dn,
http://www.playvid.com/watch/lfyQwQipY5G, http://www.playvid.com/watch/76yJ3Wa8rdC, http://www.playvid.com/watch/VakzWVBpyLA,
http://www.playvid.com/watch/U6wcHQBqABs, http://www.playvid.com/watch/etUaaztaFuu, http://www.playvid.com/watch/Bozg8tEQOPw,
http://www.playvid.com/watch/gExa-NcdTK0, http://www.playvid.com/watch/PjfNwGzGlNF, http://www.playvid.com/watch/977GV6PJrjv,
http://www.playvid.com/watch/TqhcOLCMUhW, http://www.playvid.com/watch/30Cx0U4rrot, http://www.playvid.com/watch/lnxn3sRcHXJ,
http://www.playvid.com/watch/RLxvhyFuSRB, http://www.playvid.com/watch/ngpBT3MxJi3, http://www.playvid.com/watch/PSyZdco6d6d,
http://www.playvid.com/watch/EsjYHw3lcEx, http://www.playvid.com/watch/ICrVNH8JTFl, http://www.playvid.com/watch/rydhXYCNN3E,
http://www.playvid.com/watch/6hFLg5lV4BL, http://www.playvid.com/watch/UhQC2csdply, http://www.playvid.com/watch/giE2lqnRXAl,
http://www.playvid.com/watch/qYYJtuqkEZF, http://www.playvid.com/watch/5FaJVvHRzpC, http://www.playvid.com/watch/Aj0LxRf79na,
http://www.playvid.com/watch/PrBlktPurdg, http://www.playvid.com/watch/dTubifwM4Lr, http://www.playvid.com/watch/Gbd2iywidQ4,
http://www.playvid.com/watch/Y5HU6CZ86V-, http://www.playvid.com/watch/PYKKBqcaaSu, http://www.playvid.com/watch/OxrHLX4P2k5,
http://www.playvid.com/watch/gWcNSJTClOV, http://www.playvid.com/watch/CyFM6uln2kI, http://www.playvid.com/watch/dxgm8Rg-K-H,
http://www.playvid.com/watch/UYbH2qCwrGG, http://www.playvid.com/watch/hAvJ3gQFzEh, http://www.playvid.com/watch/kJxaMWP5BvG,
http://www.playvid.com/watch/Lo2OEQx5iFD, http://www.playvid.com/watch/5bDBtjk6qAk, http://www.playvid.com/watch/LAPPRk9L7u0,
http://www.playvid.com/watch/gRbb8PEtKLf, http://www.playvid.com/watch/ecbkP7AdbTg, http://www.playvid.com/watch/QS323lNVXIj,
http://www.playvid.com/watch/9o9at7IqXGz, http://www.playvid.com/watch/AgY2BSIFiIy, http://www.playvid.com/watch/kT8ZHwDrvko,
http://www.playvid.com/watch/TF5Mmf2cEBo, http://www.playvid.com/watch/-dzwPhO7jqO, http://www.playvid.com/watch/oMYHNrwzm5R,
http://www.playvid.com/watch/UrqbEU-wazh, http://www.playvid.com/watch/5936U5pD5wF, http://www.playvid.com/watch/D646yyGWZ75,
http://www.playvid.com/watch/MtlXTek9XQv, http://www.playvid.com/watch/vVuUjVOR5MS, http://www.playvid.com/watch/gcvKUriuKJZ,
http://www.playvid.com/watch/ukWYhQscE0R, http://www.playvid.com/watch/QsvHgTI4tok, http://www.playvid.com/watch/iLIKEuurJjY,
http://www.playvid.com/watch/NUTQase7-i-, http://www.playvid.com/watch/AuPqr9-EnHQ, http://www.playvid.com/watch/AH6F8N9Neqw,
http://www.playvid.com/watch/0Lj3kMNiWxQ, http://www.playvid.com/watch/eHe6347hTen, http://www.playvid.com/watch/bpTmgJJ-QM-,
http://www.playvid.com/watch/frz02OA-vS5, http://www.playvid.com/watch/9xvWKJ0Po67, http://www.playvid.com/watch/jK42NlT4xjj,
http://www.playvid.com/watch/8v-q6YzV08X, http://www.playvid.com/watch/mTTuBhzNsvH, http://www.playvid.com/watch/tQcpUt4va0-,
http://www.playvid.com/watch/IM4P9LWrzZs, http://www.playvid.com/watch/zSYdWk6WnY5, http://www.playvid.com/watch/nGRr6ffmPBk,
http://www.playvid.com/watch/UPmpvg6cmCq, http://www.playvid.com/watch/s8JNxXYZcxW, http://www.playvid.com/watch/v7cvu5KxTV9,
http://www.playvid.com/watch/nThMc5ipN2X, http://www.playvid.com/watch/iXyyx2wHJlH, http://www.playvid.com/watch/toQWRLlurdU,
http://www.playvid.com/watch/GGpn2BfYkeT, http://www.playvid.com/watch/PSceHKFhKaL, http://www.playvid.com/watch/PCdZP3FteDN,
http://www.playvid.com/watch/LHOpGhHh4YL, http://www.playvid.com/watch/niph6JOlkXd, http://www.playvid.com/watch/a2jcaMGE4WR,
http://www.playvid.com/watch/YPWsOPn9KTN, http://www.playvid.com/watch/ppuwjIJ3wLx, http://www.playvid.com/watch/wwZHo-ehXN7,
http://www.playvid.com/watch/U4QrbT0Y-q6, http://www.playvid.com/watch/JTdGE-djhSJ, http://www.playvid.com/watch/o-kvqKWrZae,
http://www.playvid.com/watch/xAV37VomsPy, http://www.playvid.com/watch/ATW-yVwBNJg, http://www.playvid.com/watch/cltzMIOu7Wr,
http://www.playvid.com/watch/8z9cZVuPFHd, http://www.playvid.com/watch/JzMP7krcC8-, http://www.playvid.com/watch/bw3BuffTzoF,
http://www.playvid.com/watch/w7ibnTompKJ, http://www.playvid.com/watch/f6q3sx5SzoM, http://www.playvid.com/watch/duS9rSNqj5b,
http://www.playvid.com/watch/VjbcTtcJo5V, http://www.playvid.com/watch/kZ2XKukXUmk, http://www.playvid.com/watch/-FvF0kO4AGr,
http://www.playvid.com/watch/BfESFgHyb6V, http://www.playvid.com/watch/u-RxsNGgOVl, http://www.playvid.com/watch/Pj4LAvUyaXx,
http://www.playvid.com/watch/QclF3lqJWBq, http://www.playvid.com/watch/GioxgE3l2Wo, http://www.playvid.com/watch/LMqJ2os-Jzb,
http://www.playvid.com/watch/WbtPzISJeG2, http://www.playvid.com/watch/uUMShTMziXq, http://www.playvid.com/watch/dcT50WdOhdI,
http://www.playvid.com/watch/dcdxNNQ95zK, http://www.playvid.com/watch/jLjzGGWGCb5, http://www.playvid.com/watch/orKwpmzaMTl,
http://www.playvid.com/watch/A-BF7krW7sL, http://www.playvid.com/watch/47659u0-bfR, http://www.playvid.com/watch/XwIQcKTdWyS,
http://www.playvid.com/watch/WSdl4eeCcGU, http://www.playvid.com/watch/xD3evLwhr2V, http://www.playvid.com/watch/vXb0RZhPEDU,
http://www.playvid.com/watch/FAB6CXQ9KSH, http://www.playvid.com/watch/5Y8n47Pq83Y, http://www.playvid.com/watch/BDPLkx3OF67,
http://www.playvid.com/watch/Ochj-7gSkYX, http://www.playvid.com/watch/p4jnTHEzXG6, http://www.playvid.com/watch/2gnpFuAyrgu,
http://www.playvid.com/watch/VBC-RcpYHfD, http://www.playvid.com/watch/WiVnSDy8pQ4, http://www.playvid.com/watch/lnn0JgTK59E,
http://www.playvid.com/watch/vLVRqtZjj6i, http://www.playvid.com/watch/O7bWAMcL2gM, http://www.playvid.com/watch/yDW-hhTz2OX,
http://www.playvid.com/watch/-70t3nMdgyi, http://www.playvid.com/watch/ctdikJJng97, http://www.playvid.com/watch/qkC4r28cxz9,
http://www.playvid.com/watch/oJ30E4IoTEE, http://www.playvid.com/watch/GXAamYjsGvL, http://www.playvid.com/watch/bHAd8u5GcQW,
http://www.playvid.com/watch/5FnUtbW-59-, http://www.playvid.com/watch/4JRd9y5cc7S, http://www.playvid.com/watch/gR2ZgQKalYa,
http://www.playvid.com/watch/pkqdop8gCqM, http://www.playvid.com/watch/niYZkJHUMUj, http://www.playvid.com/watch/0QPNZbH44kB,
http://www.playvid.com/watch/b6LBHy37AfP, http://www.playvid.com/watch/EZJ7MSuHqCO, http://www.playvid.com/watch/NvPz77NPGEn,
http://www.playvid.com/watch/SPEWvwnoGAG, http://www.playvid.com/watch/YwU855iQeKJ, http://www.playvid.com/watch/FR8c0o5M7tu,
http://www.playvid.com/watch/htGzSbQ5VpV, http://www.playvid.com/watch/ToNrJOd8QM4, http://www.playvid.com/watch/HoCbUubRL0p,
http://www.playvid.com/watch/XpiBMtFvHUw, http://www.playvid.com/watch/s2cW7ox6HMB, http://www.playvid.com/watch/IOtAZkoAqGa,
http://www.playvid.com/watch/IYp5j3Fczlm, http://www.playvid.com/watch/yf5EpH6Go-H, http://www.playvid.com/watch/TQvxOIv28SH,

http://www.playvid.com/watch/83bf5gUySEX, http://www.playvid.com/watch/hgfNZhIbh6u, http://www.playvid.com/watch/toZchPxa9YE, http://www.playvid.com/watch/cLwIMKQF8HM, http://www.playvid.com/watch/IHxy7F3eBo-, http://www.playvid.com/watch/k6lt-NT083s, http://www.playvid.com/watch/GmrVQZx0PGo, http://www.playvid.com/watch/YJqdYYUM0RG, http://www.playvid.com/watch/AsL6ut-2D3q, http://www.playvid.com/watch/FR6WDR9brqz, http://www.playvid.com/watch/8-hlCvhDyrv, http://www.playvid.com/watch/p43kuSNLN4R, http://www.playvid.com/watch/SCzp3u99sMV, http://www.playvid.com/watch/WTuvoh-zyBr, http://www.playvid.com/watch/MI0x6-IUPsc, http://www.playvid.com/watch/ho7YzYOvyX2, http://www.playvid.com/watch/MKbUjG9DUL9, http://www.playvid.com/watch/5fhB0RYJC4m, http://www.playvid.com/watch/hSreiT9nIsD
5.f. Date of third notice: 2013-11-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Anastasia_95
5.b. Uploader's email address: gf@gfbiatch.com
5.d. Uploader's profile: http://www.playvid.com/member/Anastasia_95
5.e. List of videos posted by uploader: http://www.playvid.com/watch/au542gOzv7r, http://www.playvid.com/watch/GCbm9gTYYeI, http://www.playvid.com/watch/QZpoFoIvjNh, http://www.playvid.com/watch/gZy9WUEVdwT, http://www.playvid.com/watch/SeTVxE2m-eo, http://www.playvid.com/watch/cj-dSbfHIae, http://www.playvid.com/watch/eViGJyj43od, http://www.playvid.com/watch/rWsOS8HluUv, http://www.playvid.com/watch/pfPnsASDiS5, http://www.playvid.com/watch/vLFTO224th5, http://www.playvid.com/watch/LZfPvU6gxYI, http://www.playvid.com/watch/degQDGhJXjS, http://www.playvid.com/watch/DgZEC-rcR3d, http://www.playvid.com/watch/mN70Y29FAGC, http://www.playvid.com/watch/bW3Kj9ARtxO, http://www.playvid.com/watch/6rqPxxLmmRd, http://www.playvid.com/watch/ERzP9AriZVb, http://www.playvid.com/watch/gztCEg-aGAS, http://www.playvid.com/watch/qUZQfcwq-rc, http://www.playvid.com/watch/rxVtvOBpUyP, http://www.playvid.com/watch/72nj8Tm6y3k, http://www.playvid.com/watch/OFltS3AfuVq, http://www.playvid.com/watch/Yb0GUYMIfKz, http://www.playvid.com/watch/Frap9Fxk7fY, http://www.playvid.com/watch/7G8oa8VKSOK, http://www.playvid.com/watch/3Y1CymYqByb, http://www.playvid.com/watch/FOjJ0O4GvIV, http://www.playvid.com/watch/KHjwC2qudMA, http://www.playvid.com/watch/LdXGlW0IaQn, http://www.playvid.com/watch/KIBtwHVSJ7g, http://www.playvid.com/watch/kvDQXIcDP1n, http://www.playvid.com/watch/LYuiGrom8VJ, http://www.playvid.com/watch/0zPdtrZwjBt, http://www.playvid.com/watch/FdjX1uXFuBT, http://www.playvid.com/watch/azJHIfO6RM9, http://www.playvid.com/watch/pm6gsAbKX35, http://www.playvid.com/watch/pAFeJcVskSk, http://www.playvid.com/watch/bl0WIAT5Lmk, http://www.playvid.com/watch/MLZj9njAmSw, http://www.playvid.com/watch/woLcqOYyfQf, http://www.playvid.com/watch/tHl29DHISqh, http://www.playvid.com/watch/8vZRIimK5wd, http://www.playvid.com/watch/4oBQ-yee08T, http://www.playvid.com/watch/kV0-kb6zmdD, http://www.playvid.com/watch/p6zKzgTlW7k, http://www.playvid.com/watch/lk6SlqM2CTT, http://www.playvid.com/watch/xz4GHfLmEs-, http://www.playvid.com/watch/748Wll7TmuK, http://www.playvid.com/watch/ilqSTF9oHfW, http://www.playvid.com/watch/uGSWNdqY43P, http://www.playvid.com/watch/fpypYQgq-2i, http://www.playvid.com/watch/0I9OoCyn7kl, http://www.playvid.com/watch/qhwVauIQttA, http://www.playvid.com/watch/Io9F6XAK-YS, http://www.playvid.com/watch/5Q7JuFFo1n9, http://www.playvid.com/watch/6q7JqincrBx, http://www.playvid.com/watch/9WjpWe2mvId, http://www.playvid.com/watch/h8suIN03wEd, http://www.playvid.com/watch/X0KoMwUOVCl, http://www.playvid.com/watch/8O7o6VxRt93, http://www.playvid.com/watch/yhw4ziFxDRP, http://www.playvid.com/watch/8G2REOFW0yQ, http://www.playvid.com/watch/DHCVP4Xezwt, http://www.playvid.com/watch/dNaqTmFQVE0, http://www.playvid.com/watch/ZAjeiNJbKAd, http://www.playvid.com/watch/FuzVXXP9iWR, http://www.playvid.com/watch/rJHuA1xH3UM, http://www.playvid.com/watch/OtIopb76h3W, http://www.playvid.com/watch/plfMStfM4aV, http://www.playvid.com/watch/vHiiB55uaOI, http://www.playvid.com/watch/pLhIih0KJO5, http://www.playvid.com/watch/kApmJflLV7q, http://www.playvid.com/watch/bxqC4N3TObv, http://www.playvid.com/watch/pRL4QSWZ5cF, http://www.playvid.com/watch/iQTJgmHmmoY, http://www.playvid.com/watch/ar5qIdimn0G, http://www.playvid.com/watch/ySSnUMKMhvF, http://www.playvid.com/watch/vJJ8kVCAoGS, http://www.playvid.com/watch/GJsKNp7aYdb, http://www.playvid.com/watch/hX10noGK1JZ, http://www.playvid.com/watch/p7mOn-kjslT, http://www.playvid.com/watch/TDAnfruTFAj, http://www.playvid.com/watch/8Av7OZr-f5H, http://www.playvid.com/watch/crgyhrYX0gE, http://www.playvid.com/watch/3ECDH0OK74s, http://www.playvid.com/watch/OfpqCqNgWUo, http://www.playvid.com/watch/CaDVyMBZQi7, http://www.playvid.com/watch/cmlXVevLUwu, http://www.playvid.com/watch/FWwX3MQR3qU, http://www.playvid.com/watch/ofnCYi2XH-N, http://www.playvid.com/watch/0y4u7vQIn86, http://www.playvid.com/watch/pgcgVk7psOR, http://www.playvid.com/watch/o7dm0js0NN6, http://www.playvid.com/watch/gTBJQY1obiN, http://www.playvid.com/watch/U2mmolsQvKr, http://www.playvid.com/watch/bsSs9Tjz8mf, http://www.playvid.com/watch/Z9AHuLoqvzU, http://www.playvid.com/watch/nEIAApqfA0a, http://www.playvid.com/watch/QqqWZUupbur, http://www.playvid.com/watch/gPe2StpNqYE, http://www.playvid.com/watch/ZCJJYC8P792, http://www.playvid.com/watch/AylOpJXyaUr, http://www.playvid.com/watch/4mzntPDms3K, http://www.playvid.com/watch/T-9KUiwYzoK, http://www.playvid.com/watch/sCA7J-OyGdK, http://www.playvid.com/watch/zOMR1KVqDRD, http://www.playvid.com/watch/YEvl6RdK5Mq, http://www.playvid.com/watch/lJWzEWVhX3h, http://www.playvid.com/watch/AlInAC-EeV3, http://www.playvid.com/watch/wLkLJbG56Lo, http://www.playvid.com/watch/v7QNbT7v4Cf, http://www.playvid.com/watch/Lo_qjqOhZf8, http://www.playvid.com/watch/55oJYc6MYqn, http://www.playvid.com/watch/Tk7XuSvfAzV, http://www.playvid.com/watch/i14dBzsYz-4, http://www.playvid.com/watch/6IpVbAGn9cT, http://www.playvid.com/watch/TqQTBj2BW40, http://www.playvid.com/watch/mpE0oXkAb9J, http://www.playvid.com/watch/cYanw497ABa, http://www.playvid.com/watch/hEXGpTiE2DL, http://www.playvid.com/watch/IuV35KAsv3Q, http://www.playvid.com/watch/nMKm8-AVdS9, http://www.playvid.com/watch/hA_ekK5BdOb, http://www.playvid.com/watch/GeCSVsAUtFJ, http://www.playvid.com/watch/qA_PHc-uSU9, http://www.playvid.com/watch/B8B-Cl9TyHD, http://www.playvid.com/watch/60NMWOAaKxj, http://www.playvid.com/watch/ePT_eQlh2L5, http://www.playvid.com/watch/vA88nzgDiGM, http://www.playvid.com/watch/nlJ9MiekGk2, http://www.playvid.com/watch/q9Oi3YanxeJ, http://www.playvid.com/watch/EGA2FpqjJxt, http://www.playvid.com/watch/BkAyIEwzHNG, http://www.playvid.com/watch/WXggNskVA9E, http://www.playvid.com/watch/7Fupp1emeVY, http://www.playvid.com/watch/KvN84AeeRDM, http://www.playvid.com/watch/tx3sHEUDvpC, http://www.playvid.com/watch/E-aTtzEpADp, http://www.playvid.com/watch/qe-ncBCbxyU, http://www.playvid.com/watch/kW4I6ddTEPq, http://www.playvid.com/watch/HE4a3qpXA9D, http://www.playvid.com/watch/dSIe7t9tr2e, http://www.playvid.com/watch/T4XktNe4JaL, http://www.playvid.com/watch/JXxKWw6Y0km, http://www.playvid.com/watch/F3Z3Y_pMgo9, http://www.playvid.com/watch/815J8aRirtI, http://www.playvid.com/watch/aA8l-zC5Z2V, http://www.playvid.com/watch/2aRXiSqsuLQ, http://www.playvid.com/watch/ZysAg7nTPFN, http://www.playvid.com/watch/p00rYkvVWtW, http://www.playvid.com/watch/dQ2EAFkS80k, http://www.playvid.com/watch/nzY0dr62frZ, http://www.playvid.com/watch/Ek-MdQ5cOiK, http://www.playvid.com/watch/pcgPK09vxxt, http://www.playvid.com/watch/75AtBX4j99Q, http://www.playvid.com/watch/raZ_l6XhLy8, http://www.playvid.com/watch/Xw_fdAgfLf6, http://www.playvid.com/watch/bWIn24VpTuw, http://www.playvid.com/watch/NSD7quH00Ea, http://www.playvid.com/watch/VjFf1069BGm, http://www.playvid.com/watch/faNTkndhOVa, http://www.playvid.com/watch/YnOISzVc0gr, http://www.playvid.com/watch/rO7xKOd0HS6, http://www.playvid.com/watch/8BxBYd06f5w, http://www.playvid.com/watch/Fl1Lkjg1Fyp, http://www.playvid.com/watch/fhDeKBDpqzy, http://www.playvid.com/watch/2-tvTVVpAio, http://www.playvid.com/watch/ZGWY2FelK9c, http://www.playvid.com/watch/LhAWxNJWVOS, http://www.playvid.com/watch/apXp_-W9v0I, http://www.playvid.com/watch/fC310zV-As2, http://www.playvid.com/watch/hPIQ_i1XaEd, http://www.playvid.com/watch/y2LsXdo_mht, http://www.playvid.com/watch/QAoj4E7Tzer, http://www.playvid.com/watch/40ts_DQ8fbb, http://www.playvid.com/watch/E5R3q7qonGG, http://www.playvid.com/watch/ZyNWJkVRHrD, http://www.playvid.com/watch/7xqVOXveolw, http://www.playvid.com/watch/MsCIqa6x9RE, http://www.playvid.com/watch/MA22oq802QJ, http://www.playvid.com/watch/A-IQcsgKBP8, http://www.playvid.com/watch/nMEQc_s8sEl, http://www.playvid.com/watch/kCIWyeK7RUa, http://www.playvid.com/watch/FtSQrDoOzn7, http://www.playvid.com/watch/vgALTU3bSBn, http://www.playvid.com/watch/AnJxyky05MF, http://www.playvid.com/watch/NmqVdl2QjNq, http://www.playvid.com/watch/ZD1s1vtjfTF, http://www.playvid.com/watch/YH30xPqh8VU, http://www.playvid.com/watch/JLGd-2cz3hZ, http://www.playvid.com/watch/R_caGHfRjuX, http://www.playvid.com/watch/cdz52o5lyWp, http://www.playvid.com/watch/Vv0kGLD113g, http://www.playvid.com/watch/itP4ZDFW4cb, http://www.playvid.com/watch/0flPDnycl_D, http://www.playvid.com/watch/6OIx0Jgrazi, http://www.playvid.com/watch/SlgToGagLv3, http://www.playvid.com/watch/49bY3uJuNtI, http://www.playvid.com/watch/I6rCHTlBd7M, http://www.playvid.com/watch/pQMEVsQmfgo, http://www.playvid.com/watch/TpaQ-kfjgRF, http://www.playvid.com/watch/S3E_e1CJW1B, http://www.playvid.com/watch/EMWxhiun6lY, http://www.playvid.com/watch/VU6TiBrQSCO, http://www.playvid.com/watch/gUR5MA6vhCm, http://www.playvid.com/watch/lcoTEJizThI, http://www.playvid.com/watch/dN5mm0kfh5N, http://www.playvid.com/watch/dsp5NRfXImd, http://www.playvid.com/watch/NklDSxqujtQ, http://www.playvid.com/watch/q6cTOsB7rKm, http://www.playvid.com/watch/6HvwU30dX-k, http://www.playvid.com/watch/7bilTk2pK7W, http://www.playvid.com/watch/fLAJz2PTFkU, http://www.playvid.com/watch/Fs2vFZJNF1G, http://www.playvid.com/watch/OaIiXb5S_XA, http://www.playvid.com/watch/EtUXI-Sj4zy, http://www.playvid.com/watch/UokdHKWLDK2, http://www.playvid.com/watch/yjpQ6OJ74U7, http://www.playvid.com/watch/HedUCR-wM68, http://www.playvid.com/watch/KqswlKx5O-J, http://www.playvid.com/watch/bWwxkqMKU_O, http://www.playvid.com/watch/WF6jIGcI7sH, http://www.playvid.com/watch/suKNcZX8Siv, http://www.playvid.com/watch/ytYNbCE4Puy, http://www.playvid.com/watch/Gno1tOAYACl, http://www.playvid.com/watch/svzPfX4o2rS, http://www.playvid.com/watch/8pitvf6QS9l, http://www.playvid.com/watch/EKMGI6SmJb7, http://www.playvid.com/watch/JsCJC3Ai-Yn, http://www.playvid.com/watch/h9flptF7CaX, http://www.playvid.com/watch/jf090do35F9, http://www.playvid.com/watch/lhrOCd9qfDn, http://www.playvid.com/watch/hHbyoPSGijF, http://www.playvid.com/watch/FxhYgaKtZdd, http://www.playvid.com/watch/omHQms8RLvL, http://www.playvid.com/watch/Gc7Mou7VtAn, http://www.playvid.com/watch/CV7Jpjf80f9, http://www.playvid.com/watch/f1TO-8g3tQ2, http://www.playvid.com/watch/K-3c5I55DqS, http://www.playvid.com/watch/qBzFgGTM5AL, http://www.playvid.com/watch/M7pLDs-5JlM, http://www.playvid.com/watch/JUuTImlJXOy, http://www.playvid.com/watch/7sEoq8AbuJf, http://www.playvid.com/watch/t509CCe53TM, http://www.playvid.com/watch/dVcH0SFplaS, http://www.playvid.com/watch/21Hm5lac6Pc, http://www.playvid.com/watch/PD7IhKcX2AV, http://www.playvid.com/watch/vwdFF0j4rHd,

http://www.playvid.com/watch/yBfj9v9G9Lo, http://www.playvid.com/watch/Fa9srs5YsBg, http://www.playvid.com/watch/tnfiGmBmlsa,
http://www.playvid.com/watch/03AOSegWUHW, http://www.playvid.com/watch/NIa089Yco4j, http://www.playvid.com/watch/S4RZDGl1XgV,
http://www.playvid.com/watch/Vv24_D1UUxs, http://www.playvid.com/watch/UFdFH58N5F5, http://www.playvid.com/watch/GnZyce0EQxL,
http://www.playvid.com/watch/sVjZJkNGTwz, http://www.playvid.com/watch/i40XIAHMabk, http://www.playvid.com/watch/Aed7pJFBgSL,
http://www.playvid.com/watch/EAQ3qyF3qZM, http://www.playvid.com/watch/fKYgCD6zs4X, http://www.playvid.com/watch/tLmXag7nDTZ,
http://www.playvid.com/watch/r6buso04rDd, http://www.playvid.com/watch/iyVbkGiJV5S, http://www.playvid.com/watch/wnnK_QiJwnC,
http://www.playvid.com/watch/5T9b6j6SlTp, http://www.playvid.com/watch/QB7SvTH7h_I, http://www.playvid.com/watch/BBNRcnSA2Ua,
http://www.playvid.com/watch/HZYpDHu3MTX, http://www.playvid.com/watch/5KrAthti850, http://www.playvid.com/watch/GxMQeGhbPfv,
http://www.playvid.com/watch/EQvk2bSS3-W, http://www.playvid.com/watch/rhGHY3H0Oe9, http://www.playvid.com/watch/6MwHR36CzfA,
http://www.playvid.com/watch/Ou-pdTz6uLY, http://www.playvid.com/watch/hVdegskEuoH, http://www.playvid.com/watch/nllRomdlqJ8,
http://www.playvid.com/watch/mBWzCQTEUzl, http://www.playvid.com/watch/jiCLubD3tey, http://www.playvid.com/watch/ef-5R1h5q0F,
http://www.playvid.com/watch/sx_8AmT6x1m, http://www.playvid.com/watch/TIF3wCfrFqK, http://www.playvid.com/watch/zDbHoTtSydq,
http://www.playvid.com/watch/msy0AJ3EIEO, http://www.playvid.com/watch/C8wdAiyOpY8, http://www.playvid.com/watch/cfLjjLlyiy2,
http://www.playvid.com/watch/iVVQnnLPFf0, http://www.playvid.com/watch/Zt41qg7LVcI, http://www.playvid.com/watch/8rH4QM2D5Mv,
http://www.playvid.com/watch/KbfywZzWcnv, http://www.playvid.com/watch/tQXvvneezAq, http://www.playvid.com/watch/0K0JIYuMgzQ,
http://www.playvid.com/watch/JZ3byi_nmgz, http://www.playvid.com/watch/dj8g8HxwWko, http://www.playvid.com/watch/tmc0oc85AxB,
http://www.playvid.com/watch/IH7I492P6Ua, http://www.playvid.com/watch/XwGcr0TyJ_T, http://www.playvid.com/watch/w2K23GPnkzx,
http://www.playvid.com/watch/GHXcqmkZWFr, http://www.playvid.com/watch/i5PkN3JJsKS, http://www.playvid.com/watch/imNXdGSuADG,
http://www.playvid.com/watch/swXDQ0ui_8l, http://www.playvid.com/watch/EAU-kM79IZ6, http://www.playvid.com/watch/3CD2V8p7rRF,
http://www.playvid.com/watch/7RnLES65bcI, http://www.playvid.com/watch/T1k_lrWceNB, http://www.playvid.com/watch/7TxM8tdWCld,
http://www.playvid.com/watch/Qw2sopmnTek, http://www.playvid.com/watch/xEJ-chQh5Rw, http://www.playvid.com/watch/CuB05Nfx2Qx,
http://www.playvid.com/watch/0PgNAwsQaCC, http://www.playvid.com/watch/ITmJYUVJbpp, http://www.playvid.com/watch/h6ZsiPX3-Es,
http://www.playvid.com/watch/MxDDCi1NhXS, http://www.playvid.com/watch/g9__HvEVD4Z, http://www.playvid.com/watch/AxuB5UYTO-n,
http://www.playvid.com/watch/l03-VUXH6xs, http://www.playvid.com/watch/RvgrQ1jSHCE, http://www.playvid.com/watch/puCpX4dEKQw,
http://www.playvid.com/watch/QvHCXWPyW_U, http://www.playvid.com/watch/fUcjz-5o0Fr, http://www.playvid.com/watch/yRgI1E4VG_n,
http://www.playvid.com/watch/spKRaotRIEh, http://www.playvid.com/watch/nayi5m3dZpC, http://www.playvid.com/watch/wIwOTVMVeGB,
http://www.playvid.com/watch/5LsL1nbOb5B, http://www.playvid.com/watch/XnEyUurL8TT, http://www.playvid.com/watch/UtmlRH1GKpe,
http://www.playvid.com/watch/7YqcNL1eBtD, http://www.playvid.com/watch/j7GOS5qBLjm, http://www.playvid.com/watch/lNLTDD4Lc33,
http://www.playvid.com/watch/b1Q4JN5dlKH, http://www.playvid.com/watch/ZlMAyql5z0g, http://www.playvid.com/watch/r1kBI7RafrT,
http://www.playvid.com/watch/ewfc9hRUR6L, http://www.playvid.com/watch/SD9fdaLW1NA, http://www.playvid.com/watch/zV7pTY9mkrt,
http://www.playvid.com/watch/asWYSr3lUql, http://www.playvid.com/watch/C4_4qaEQxg3, http://www.playvid.com/watch/TK9ps4NynLr,
http://www.playvid.com/watch/q_ZEOCh6OHa, http://www.playvid.com/watch/ohXFfpEE5Gt, http://www.playvid.com/watch/B4dmV1Y5U_i,
http://www.playvid.com/watch/JsQOstlEwCv, http://www.playvid.com/watch/HRZ9XDV9rXR, http://www.playvid.com/watch/Z-D-7agovDp,
http://www.playvid.com/watch/6Y8g9T-Wf5o, http://www.playvid.com/watch/Wo0cjx5kNiQ, http://www.playvid.com/watch/J7CLDFnQ22R,
http://www.playvid.com/watch/z6vzNVSRf0C, http://www.playvid.com/watch/BLQqDHgSkQh, http://www.playvid.com/watch/V-RzqCMhq9q,
http://www.playvid.com/watch/9WCUgMS2Yfe, http://www.playvid.com/watch/rOM3eN7ALew, http://www.playvid.com/watch/xeEFn8Zhcih,
http://www.playvid.com/watch/b82f4nDMytx, http://www.playvid.com/watch/6D0e_97PMDN, http://www.playvid.com/watch/pI9thTV6QNd,
http://www.playvid.com/watch/EzmL7VMJLNk, http://www.playvid.com/watch/W-Bj8HyqYY8, http://www.playvid.com/watch/lCqco1-6IVa,
http://www.playvid.com/watch/cQK33_hgcA0, http://www.playvid.com/watch/7C_rVwmvIbR, http://www.playvid.com/watch/oYo7B4-OxDc,
http://www.playvid.com/watch/iJugAi3Ybmi, http://www.playvid.com/watch/EeSugQU1yGO, http://www.playvid.com/watch/ktz1xmyz_vo,
http://www.playvid.com/watch/aEpCK1ngNIU, http://www.playvid.com/watch/6maA4y-RzdU, http://www.playvid.com/watch/hZyh_-JxDBz,
http://www.playvid.com/watch/sPwgH2MZ75n, http://www.playvid.com/watch/GkxEMzC1_rT, http://www.playvid.com/watch/cQC5p376mIG,
http://www.playvid.com/watch/wg8IwY6yeqS, http://www.playvid.com/watch/kcXHlVWFh_x, http://www.playvid.com/watch/EZwZ8y3-gni,
http://www.playvid.com/watch/8IzuENIEx7V, http://www.playvid.com/watch/3rd1Hr2MJ5R, http://www.playvid.com/watch/kqEbVgxLtwt,
http://www.playvid.com/watch/wI1LW9rx8sf, http://www.playvid.com/watch/tvVCX1XIr3i, http://www.playvid.com/watch/xmD69vrAilQ,
http://www.playvid.com/watch/baX7Uclz7sH, http://www.playvid.com/watch/tLbTsyJ8gKV, http://www.playvid.com/watch/E1yT5s2XgIY,
http://www.playvid.com/watch/6CgdE47ov1f, http://www.playvid.com/watch/czz1sdB4bFI, http://www.playvid.com/watch/BQZVd59p8C4,
http://www.playvid.com/watch/5jWiKNu1qiv, http://www.playvid.com/watch/mAv_Jz0DdZG, http://www.playvid.com/watch/jHlSvOIuxxw,
http://www.playvid.com/watch/uImirvhW0dP, http://www.playvid.com/watch/WghJEKBFALe, http://www.playvid.com/watch/fLNvlJ33wtq,
http://www.playvid.com/watch/UJ9N_bQ_iRP, http://www.playvid.com/watch/v3X5GtA3ILh, http://www.playvid.com/watch/W3hELmxxMsI,
http://www.playvid.com/watch/C7FjiuElRJI, http://www.playvid.com/watch/u7v0bkU0arv, http://www.playvid.com/watch/lCTkt9HO14T,
http://www.playvid.com/watch/vk21nfCP_Am, http://www.playvid.com/watch/ny5vPRw3GuY, http://www.playvid.com/watch/zfYO0gV8rF3,
http://www.playvid.com/watch/3Z0VQVfgtSw, http://www.playvid.com/watch/dkWQ26I_EdD, http://www.playvid.com/watch/PXtzc5_aYBQ,
http://www.playvid.com/watch/sHJR_L3-IzO, http://www.playvid.com/watch/DagIkbUxl5m, http://www.playvid.com/watch/IlJr6cXPB0z,
http://www.playvid.com/watch/uReKSzp2E03, http://www.playvid.com/watch/N1TzjGR4Eqn, http://www.playvid.com/watch/JY05oEMhdau,
http://www.playvid.com/watch/ijqoqA-JYNJ, http://www.playvid.com/watch/UwwWNbRxunS, http://www.playvid.com/watch/YCnckkVsUfK,
http://www.playvid.com/watch/kVxrvvKnPAE, http://www.playvid.com/watch/Gz-q3Ri9j4U, http://www.playvid.com/watch/rl1jFYvD_Np,
http://www.playvid.com/watch/E5c3U2TlExd, http://www.playvid.com/watch/mIb0_gP7rCM, http://www.playvid.com/watch/VxxcsNuU1QE,
http://www.playvid.com/watch/VvgRsCIcTt8, http://www.playvid.com/watch/MygssqRrF64, http://www.playvid.com/watch/fy3_XW-aHfk,
http://www.playvid.com/watch/z81B3UahK53, http://www.playvid.com/watch/prU6brlA446, http://www.playvid.com/watch/9DhYG8LyPtY,
http://www.playvid.com/watch/PjvmX9UF05H, http://www.playvid.com/watch/aYMQ0WwFU8d, http://www.playvid.com/watch/Xt4u8UKPQ_C,
http://www.playvid.com/watch/sRb-G3-Ot8n, http://www.playvid.com/watch/NLNXP52i6sW, http://www.playvid.com/watch/Kqp3XoQbIng,
http://www.playvid.com/watch/J6BTysyU7PN, http://www.playvid.com/watch/cJ3RUHxC8az, http://www.playvid.com/watch/3zxrY4fk5lt,
http://www.playvid.com/watch/7IV7-b5C9ne, http://www.playvid.com/watch/5wGYGdhtDJh, http://www.playvid.com/watch/5qlBZD8sqYk,
http://www.playvid.com/watch/G0iyjoMAvaP, http://www.playvid.com/watch/6AyqkZWEv1s, http://www.playvid.com/watch/fnvEhmj1wOL,
http://www.playvid.com/watch/FC15lkVJ5Dr, http://www.playvid.com/watch/09vsB4vpgNc, http://www.playvid.com/watch/NoP4-Rkkx8a,
http://www.playvid.com/watch/eIIByVnmeJT, http://www.playvid.com/watch/7FE2gvA-Rdf, http://www.playvid.com/watch/l_siT9U3COd,
http://www.playvid.com/watch/i9rkWmpCrd5, http://www.playvid.com/watch/szZAAIegqIP, http://www.playvid.com/watch/ky9eJwk0lVN,
http://www.playvid.com/watch/ZlT6kmq83nN, http://www.playvid.com/watch/GNAHKNyAdGJ, http://www.playvid.com/watch/al81XIo2pSE,
http://www.playvid.com/watch/Ak7u5sXT3TX, http://www.playvid.com/watch/hlKzIrbJ-Rs, http://www.playvid.com/watch/Hvra_AjXbRH,
http://www.playvid.com/watch/O5OhdwaFZCY, http://www.playvid.com/watch/SSlZNSqdxXG, http://www.playvid.com/watch/LfTvmLmLuJB,
http://www.playvid.com/watch/7GfwMhEZxoT, http://www.playvid.com/watch/u06jZFp_WJl, http://www.playvid.com/watch/x4Dl69mrE1p,
http://www.playvid.com/watch/Ta3u20cZ3sU, http://www.playvid.com/watch/w5O5iJcmckI, http://www.playvid.com/watch/GEIHYuODLCC,
http://www.playvid.com/watch/b32BW6ULUed, http://www.playvid.com/watch/jEk1MZBJfJ9, http://www.playvid.com/watch/WAswRhs1mhg,
http://www.playvid.com/watch/m2mcRPWnNKm, http://www.playvid.com/watch/URoXE_vidzU, http://www.playvid.com/watch/aOo7lOcgZ8X,
http://www.playvid.com/watch/5mmMkCQrxzb, http://www.playvid.com/watch/6N8NCKtaaDv, http://www.playvid.com/watch/VyePw3qexXP,
http://www.playvid.com/watch/M7k_6IKA0pC, http://www.playvid.com/watch/4znIl99Crv2, http://www.playvid.com/watch/l2OHOTm_cJe,
http://www.playvid.com/watch/qGnF2IP1xsK, http://www.playvid.com/watch/kmW8agnpGZE, http://www.playvid.com/watch/dKqzFgWrDCK,
http://www.playvid.com/watch/yxqQbdPPpOh, http://www.playvid.com/watch/DNZFvRwmth9, http://www.playvid.com/watch/r7inYyEkQmE,
http://www.playvid.com/watch/zSxF0G1KVxj, http://www.playvid.com/watch/DeaUPHfapjX, http://www.playvid.com/watch/WSVme4sFT3E,
http://www.playvid.com/watch/HoFRtjlToDm, http://www.playvid.com/watch/budA1sToXxZ, http://www.playvid.com/watch/LOElQaUz_S7,
http://www.playvid.com/watch/QkmWQU_C-l5, http://www.playvid.com/watch/9vjRth_gBEe, http://www.playvid.com/watch/X1JrPNtrkNg,
http://www.playvid.com/watch/4coh9tOrZCk, http://www.playvid.com/watch/mcX9PHd4-Mp, http://www.playvid.com/watch/prpCc2hz9Cq,
http://www.playvid.com/watch/k8G8Madpljl, http://www.playvid.com/watch/HSZzFqqDkKl, http://www.playvid.com/watch/TijYyqA1vHa,
http://www.playvid.com/watch/bfq0BUXx8-M, http://www.playvid.com/watch/wM5ZQmhentY, http://www.playvid.com/watch/5W5wwZKwVXQ,
http://www.playvid.com/watch/H-M1D-3jPlw, http://www.playvid.com/watch/Lbe20pZvCFu, http://www.playvid.com/watch/f1N7tlx3RTX,
http://www.playvid.com/watch/y5qK2icBULy, http://www.playvid.com/watch/O7EUJ3hO0qU, http://www.playvid.com/watch/oliz3syVQeL,
http://www.playvid.com/watch/OqZC-Vqja35, http://www.playvid.com/watch/F0ae3bQi2kE, http://www.playvid.com/watch/NofG62ePVEB,
http://www.playvid.com/watch/f1UjIhu2_Zi, http://www.playvid.com/watch/9AF-UJM5t8m, http://www.playvid.com/watch/xh74O20iWOO,
http://www.playvid.com/watch/8IAC-PBfvBL, http://www.playvid.com/watch/rjgpfaul7lQ, http://www.playvid.com/watch/ZTO5sLutDO5,
http://www.playvid.com/watch/AV-1aCzWCOl, http://www.playvid.com/watch/ULhgOr7sX7A, http://www.playvid.com/watch/cmx_BSLdN_Q,
http://www.playvid.com/watch/mN4_gck5hRv, http://www.playvid.com/watch/Wa0HjM0gZnb, http://www.playvid.com/watch/J5iOELs0zaz,
http://www.playvid.com/watch/EivkgS6Ui4R, http://www.playvid.com/watch/A_DE6ox5lyk, http://www.playvid.com/watch/ZlVTJ08nl6H,
http://www.playvid.com/watch/B8KXWg1Kdk0, http://www.playvid.com/watch/d-0j6CaK3A2, http://www.playvid.com/watch/ksPltbZtSta,
http://www.playvid.com/watch/Noj2O0EH3Ie, http://www.playvid.com/watch/2Nk6PHrja74, http://www.playvid.com/watch/qHCBJGdn1fZ,
http://www.playvid.com/watch/MKhcdKA4pVV, http://www.playvid.com/watch/mlP5gdohDUQ, http://www.playvid.com/watch/jVXNXrwjRkY,

http://www.playvid.com/watch/WGSGQmP6fX4, http://www.playvid.com/watch/XLHWBVVmVpq, http://www.playvid.com/watch/EsEySDgsR6S,
http://www.playvid.com/watch/U1fP3h_Xne4, http://www.playvid.com/watch/iMD2us-Z4qt, http://www.playvid.com/watch/QOMzLkLdgwx,
http://www.playvid.com/watch/Hcu-tR_iNYU, http://www.playvid.com/watch/t8Rn4CmLDgd, http://www.playvid.com/watch/HcuGlEdFXQk,
http://www.playvid.com/watch/rRDVtfJTFXk, http://www.playvid.com/watch/ybpBBE-vkh9, http://www.playvid.com/watch/XrUPXBqbSCM,
http://www.playvid.com/watch/oZV5rUWWBsU, http://www.playvid.com/watch/82-qzcQPyKQ, http://www.playvid.com/watch/HPQqK62vOgZ,
http://www.playvid.com/watch/YTlusFx0GLm, http://www.playvid.com/watch/JnQiTugCXBo, http://www.playvid.com/watch/Ye8hJubH8bW,
http://www.playvid.com/watch/VYDerP9zgb2, http://www.playvid.com/watch/s7xtoGSSkBM, http://www.playvid.com/watch/GFOY9Wsk5hE,
http://www.playvid.com/watch/YGqZrC2cJ5V, http://www.playvid.com/watch/IzbPLGnyX25, http://www.playvid.com/watch/TXlQKqmWEEU,
http://www.playvid.com/watch/KieXD34KBAd, http://www.playvid.com/watch/HDA0gQ6aPHn, http://www.playvid.com/watch/vq3PY7vXQOC,
http://www.playvid.com/watch/OQ_7P_Zy1ka, http://www.playvid.com/watch/zgM--FjnvCY, http://www.playvid.com/watch/c6WbFMxoEtD,
http://www.playvid.com/watch/R2fNbjqzvRE, http://www.playvid.com/watch/T9FTB32Brg2, http://www.playvid.com/watch/KzMAKoXOLld,
http://www.playvid.com/watch/KrrbnAMXo5t, http://www.playvid.com/watch/QC1IhhsHftV, http://www.playvid.com/watch/etU83NQ2mZk,
http://www.playvid.com/watch/YVmG2S6-47d, http://www.playvid.com/watch/jhZsfesKLVx, http://www.playvid.com/watch/Xf7Ob6DxpAl,
http://www.playvid.com/watch/pAuXZcEH145, http://www.playvid.com/watch/J4NxQBCInAg, http://www.playvid.com/watch/diDUZp_1iNO,
http://www.playvid.com/watch/OrhmxUhFcc9, http://www.playvid.com/watch/tyYtRF-BgxR, http://www.playvid.com/watch/td0z6zMAEyl,
http://www.playvid.com/watch/286guIoeNVn, http://www.playvid.com/watch/6-bK1xlO8eb, http://www.playvid.com/watch/RH4mqGsg_xV,
http://www.playvid.com/watch/hQlhh7VLFtn, http://www.playvid.com/watch/j0Dozp2HcnH, http://www.playvid.com/watch/xjb6BCn9q1K,
http://www.playvid.com/watch/9D6J22yz4UI, http://www.playvid.com/watch/tKfaCx2y0UT, http://www.playvid.com/watch/UqNOiwOsvYp,
http://www.playvid.com/watch/8ryp3kAYqoK, http://www.playvid.com/watch/w1BGgr3vQKy, http://www.playvid.com/watch/VNivrs0-F19,
http://www.playvid.com/watch/KCbgX6S4not, http://www.playvid.com/watch/V6OGe99sFTE, http://www.playvid.com/watch/k7APVVwAiyP,
http://www.playvid.com/watch/GgLrCmG_tgj, http://www.playvid.com/watch/RiAp_txU2IO, http://www.playvid.com/watch/X861Nrc_aS4,
http://www.playvid.com/watch/YAf4IhbO2XD, http://www.playvid.com/watch/nkJ1l_YbByP, http://www.playvid.com/watch/u28W4OzkSLz,
http://www.playvid.com/watch/atc5D4spcTj, http://www.playvid.com/watch/2XjA7vdvXk7, http://www.playvid.com/watch/6nRuCVRz-BZ,
http://www.playvid.com/watch/BB5QfQFmNSf, http://www.playvid.com/watch/r7ZVUCAN-CM, http://www.playvid.com/watch/6J7pDR2Kqj4,
http://www.playvid.com/watch/DIj_GG75REY, http://www.playvid.com/watch/CCTlLccQnNb, http://www.playvid.com/watch/BPgGKnjvAr4,
http://www.playvid.com/watch/O2PKqAzov1u, http://www.playvid.com/watch/QZzcTbwD2Cy, http://www.playvid.com/watch/UL6m-zl0Yrq,
http://www.playvid.com/watch/aRwE_BXNrAq, http://www.playvid.com/watch/sMo4Z6SnSB2, http://www.playvid.com/watch/IpOS_Uu7nRY,
http://www.playvid.com/watch/B_QHIpRJHTe, http://www.playvid.com/watch/dhERhPTDUtu, http://www.playvid.com/watch/vjiV0LMJZNq,
http://www.playvid.com/watch/pqV3VOfdQBJ, http://www.playvid.com/watch/qF0V_vWlrHq, http://www.playvid.com/watch/bu4FdGCduoR,
http://www.playvid.com/watch/IMI9sJjdYJv, http://www.playvid.com/watch/Dege_L-J0gn, http://www.playvid.com/watch/CpXzrN7LVkM,
http://www.playvid.com/watch/pQGVyF3CR2c, http://www.playvid.com/watch/lqnLOH-O50E, http://www.playvid.com/watch/jMuY_K8wzwM,
http://www.playvid.com/watch/Nx5l-UOyI50, http://www.playvid.com/watch/wf-WFQOwJgA, http://www.playvid.com/watch/vWbYTS--itT,
http://www.playvid.com/watch/rxa4zvjvo0x, http://www.playvid.com/watch/a0P3CediqN0, http://www.playvid.com/watch/9mnFbF6vnsb,
http://www.playvid.com/watch/Hli6VsCeA3U, http://www.playvid.com/watch/EwnWfH3AZyb, http://www.playvid.com/watch/rKJpEZh-WLB,
http://www.playvid.com/watch/ZZNhv4HW5gz, http://www.playvid.com/watch/DgDoAC3Sx9w, http://www.playvid.com/watch/0ziGwhvv9pb,
http://www.playvid.com/watch/GhGFh-LV4OV, http://www.playvid.com/watch/V_O37dXYh4H, http://www.playvid.com/watch/qyn6FzAarRr,
http://www.playvid.com/watch/rx_LvpaboIy, http://www.playvid.com/watch/6BtieySVUYd, http://www.playvid.com/watch/c0AMT2jRG8C,
http://www.playvid.com/watch/DHXhgOpy-Ns, http://www.playvid.com/watch/3DyQ2kGewHg, http://www.playvid.com/watch/5k8B2b5foWF,
http://www.playvid.com/watch/KoFOW7t8uBt, http://www.playvid.com/watch/OykylYnnBbl, http://www.playvid.com/watch/WgkBxNYHzu3,
http://www.playvid.com/watch/LA7Tb9ru_Ze, http://www.playvid.com/watch/TqKnMDsxroR, http://www.playvid.com/watch/U4UMAtMD-ea,
http://www.playvid.com/watch/H2WnZOcW43l, http://www.playvid.com/watch/AMmdWAnxx9o, http://www.playvid.com/watch/fdB0RZYsDcb,
http://www.playvid.com/watch/8LnNmbYfjRb, http://www.playvid.com/watch/ElcR9j3Ckbu, http://www.playvid.com/watch/dN5N9I4MRIX,
http://www.playvid.com/watch/Zn3-Kn-AmVq, http://www.playvid.com/watch/Df87_cOPNl0, http://www.playvid.com/watch/KsQqafjWGvE,
http://www.playvid.com/watch/61f0oA4FAcM, http://www.playvid.com/watch/tPjNUkGfORy, http://www.playvid.com/watch/71xIj_ViYxW,
http://www.playvid.com/watch/HdNgdmOoUDm, http://www.playvid.com/watch/4Yb4JpL0Tpz, http://www.playvid.com/watch/koJo6M3N8_S,
http://www.playvid.com/watch/fZw8pxPydts, http://www.playvid.com/watch/JNn_6A5_LAo, http://www.playvid.com/watch/cvolIvTcZ-z,
http://www.playvid.com/watch/66Ds-n6Ua3N, http://www.playvid.com/watch/NQq6p15gd0D, http://www.playvid.com/watch/Q4bunEAQ6kd,
http://www.playvid.com/watch/LlJxP-kYuhe, http://www.playvid.com/watch/CE9RQX5NTIq, http://www.playvid.com/watch/E2OYSlImEb2,
http://www.playvid.com/watch/u5_TZIfOvxW, http://www.playvid.com/watch/Q6ThlJqah0G, http://www.playvid.com/watch/kdAWbfPi8Kw,
http://www.playvid.com/watch/kGUgkYmiGUX, http://www.playvid.com/watch/bUDgughgzbV, http://www.playvid.com/watch/OZGnwlhp-W6,
http://www.playvid.com/watch/VCHDJfhn0hz, http://www.playvid.com/watch/DoEo8VZqlJ8, http://www.playvid.com/watch/XVM2eDzwpdC,
http://www.playvid.com/watch/tBf7JJ5bKIV, http://www.playvid.com/watch/9WUvlBGWu2H, http://www.playvid.com/watch/OwlNhTweGGz,
http://www.playvid.com/watch/2pKzOUx7ilp, http://www.playvid.com/watch/zj9sC0fhUPG, http://www.playvid.com/watch/7yEqNnq64oy,
http://www.playvid.com/watch/UKm0sgl2eUy, http://www.playvid.com/watch/MziGhg99-Nh, http://www.playvid.com/watch/FRAjX7Tgu7L,
http://www.playvid.com/watch/bFctxxkJXXk, http://www.playvid.com/watch/jwW6WgEg-sn, http://www.playvid.com/watch/kNQz1AwmqsD,
http://www.playvid.com/watch/sdAxRUpUw1N, http://www.playvid.com/watch/PfcujYz0O9S, http://www.playvid.com/watch/WH6pJb3U-yj,
http://www.playvid.com/watch/GtM0DmhBi6d, http://www.playvid.com/watch/QIIMdOpeUet, http://www.playvid.com/watch/YZFhJNGDn2h,
http://www.playvid.com/watch/eplDmqUxpdX, http://www.playvid.com/watch/7bAu1bZ3zbt, http://www.playvid.com/watch/NQ3SGdWq7AC,
http://www.playvid.com/watch/oWQ6uGh82_t, http://www.playvid.com/watch/07x6Crjh7y6, http://www.playvid.com/watch/LyfXpyROm1v,
http://www.playvid.com/watch/ivxfRqUGRbu, http://www.playvid.com/watch/0MZkHKvgEnq, http://www.playvid.com/watch/zxkt6c3MDi6,
http://www.playvid.com/watch/zS880vkPOeN, http://www.playvid.com/watch/iVw3IsSOkdX, http://www.playvid.com/watch/gyTiZjfgS-X,
http://www.playvid.com/watch/ENtP0_AoLEJ, http://www.playvid.com/watch/5A1wtMA8xYr, http://www.playvid.com/watch/Thw7UQ0O2Uv,
http://www.playvid.com/watch/dyQDcKiP2NK, http://www.playvid.com/watch/CGnN3vH0Jtv, http://www.playvid.com/watch/fFI7EeWvqOD,
http://www.playvid.com/watch/Tkl3MfM7M4a, http://www.playvid.com/watch/ieL2o_ew6Zd, http://www.playvid.com/watch/s3oMlVxKIJK,
http://www.playvid.com/watch/bGzv9UIYbtA, http://www.playvid.com/watch/VMciqqOznpz, http://www.playvid.com/watch/tTZseg0qk6V,
http://www.playvid.com/watch/C3TLv0zpflA, http://www.playvid.com/watch/lpAcdfmw8-3, http://www.playvid.com/watch/p4uLtgzsnVS,
http://www.playvid.com/watch/QnR_QIuIIZz, http://www.playvid.com/watch/aoZjU0kmCHG, http://www.playvid.com/watch/mJl0vObMU4O,
http://www.playvid.com/watch/Hj3CcxF-cvC, http://www.playvid.com/watch/VkrGSMeAZEC, http://www.playvid.com/watch/FIEohj7rMTq,
http://www.playvid.com/watch/qWR53OVfzBl, http://www.playvid.com/watch/4aWwkW2v79T, http://www.playvid.com/watch/nin1A6yf3ci,
http://www.playvid.com/watch/0MqSK6XeDWJ, http://www.playvid.com/watch/dD416Jn1Od8, http://www.playvid.com/watch/0r1Ex21S4IO,
http://www.playvid.com/watch/2nVv10ksvPi, http://www.playvid.com/watch/Uzl78pFki2i, http://www.playvid.com/watch/Of_IyqqW0Hc,
http://www.playvid.com/watch/KI2m8xKB-Bg, http://www.playvid.com/watch/9R1fNJTHbh5, http://www.playvid.com/watch/8uO-tAS_txD,
http://www.playvid.com/watch/FKFVRqMq4LV, http://www.playvid.com/watch/uHP9Fztmzvj, http://www.playvid.com/watch/joM6Tn0mDN4,
http://www.playvid.com/watch/vkJ7MamRlpP, http://www.playvid.com/watch/A-wH2JNLv0z, http://www.playvid.com/watch/eotDzT5ivqo,
http://www.playvid.com/watch/0YlRW2tUWgp, http://www.playvid.com/watch/BSeSxG_Fzgh, http://www.playvid.com/watch/nS1hGyQx1yg,
http://www.playvid.com/watch/MHGZx0r-eCj, http://www.playvid.com/watch/00HIZSlL9c5, http://www.playvid.com/watch/BAP9b1YMcaS,
http://www.playvid.com/watch/rRJPECZC210, http://www.playvid.com/watch/rNi8A9lzI9M, http://www.playvid.com/watch/twO7Ym-rQQz,
http://www.playvid.com/watch/Zj20EgUo5to, http://www.playvid.com/watch/lcr8gFiazbR, http://www.playvid.com/watch/s9ZtftdXBx7,
http://www.playvid.com/watch/6BQDM2F7T3y, http://www.playvid.com/watch/S3y4QZWXiE6, http://www.playvid.com/watch/9R4VrtWMtoo,
http://www.playvid.com/watch/QQvIhl3VL4B, http://www.playvid.com/watch/DvzDNWWPsnL, http://www.playvid.com/watch/l4plLz9xHDy,
http://www.playvid.com/watch/cFMxSL8Rwca, http://www.playvid.com/watch/VVrF0VZ2euf, http://www.playvid.com/watch/8gA_-n8gBSh,
http://www.playvid.com/watch/aflqNNup2wg, http://www.playvid.com/watch/TKieF9BhwhX, http://www.playvid.com/watch/UXYPJ60cCme,
http://www.playvid.com/watch/eBIJmxqAF73, http://www.playvid.com/watch/CExoTHe1EwJ, http://www.playvid.com/watch/zB2sYnykzlU,
http://www.playvid.com/watch/MzLcEqXCRu8, http://www.playvid.com/watch/J2bqF52nQoS, http://www.playvid.com/watch/30Pcqpxlazi,
http://www.playvid.com/watch/zxB1c2KVpvV, http://www.playvid.com/watch/pFctxxJInTJ, http://www.playvid.com/watch/oSYrBfUYhLh,
http://www.playvid.com/watch/gsS527NLR7N, http://www.playvid.com/watch/Ynxu7O0YH0w, http://www.playvid.com/watch/UX5FQNwty_Q,
http://www.playvid.com/watch/N7Q6p_tIRJs, http://www.playvid.com/watch/imD3qeYb5DF, http://www.playvid.com/watch/tCzfUK4m0pK,
http://www.playvid.com/watch/nxh-t3QOFpo, http://www.playvid.com/watch/tz8YK9iHtnS, http://www.playvid.com/watch/UAqe-4lYfrA,
http://www.playvid.com/watch/7l1HEFJDYti, http://www.playvid.com/watch/sjGEa3ZXCBM, http://www.playvid.com/watch/Om5c7g5sjSj,
http://www.playvid.com/watch/sEHQHN3Z_EM, http://www.playvid.com/watch/PfHbYiZinjM, http://www.playvid.com/watch/nFKfhTlBF0b,
http://www.playvid.com/watch/xEQo0Qrq8yN, http://www.playvid.com/watch/g8PG0__MHJq, http://www.playvid.com/watch/xeMbWohzORU,
http://www.playvid.com/watch/wNjQ-CgNoAE, http://www.playvid.com/watch/kZbjLziTEPK, http://www.playvid.com/watch/KkhlfTrvM7Y,
http://www.playvid.com/watch/6B1HPRUbaZh, http://www.playvid.com/watch/wR1jh3N_dNE, http://www.playvid.com/watch/4oXDleLbBnK,
http://www.playvid.com/watch/6X9Rz_uK-Pn, http://www.playvid.com/watch/Y_IvNR3zIHA, http://www.playvid.com/watch/ppgD0iqEg5R,
http://www.playvid.com/watch/ueKlAcCcGVR, http://www.playvid.com/watch/XQeS0Z38OcG, http://www.playvid.com/watch/0rQcrpCoSUW,
http://www.playvid.com/watch/7IpzMKq2uLX, http://www.playvid.com/watch/vNxgBPVnsCt, http://www.playvid.com/watch/c4e2kgTorrw,

http://www.playvid.com/watch/9xInBlnMJoS, http://www.playvid.com/watch/5HEEDYLEyri, http://www.playvid.com/watch/uGpFUHEWCqF, http://www.playvid.com/watch/qZjNf5gZ7t0, http://www.playvid.com/watch/MBpatPsn0f5, http://www.playvid.com/watch/kp90xbg4zUM, http://www.playvid.com/watch/W5gw3qVANLH, http://www.playvid.com/watch/CgbDHXqq8kw, http://www.playvid.com/watch/Gkb-rXe8VpA, http://www.playvid.com/watch/Ikb9FSrFtlW, http://www.playvid.com/watch/EqoH3sSMhoN, http://www.playvid.com/watch/8DWuAnzaPm8, http://www.playvid.com/watch/IuZq1piZBAw, http://www.playvid.com/watch/HoQmZnzfXpf, http://www.playvid.com/watch/wyEjq1-qB7y, http://www.playvid.com/watch/NV70BYfT1Nn, http://www.playvid.com/watch/BWoyMp3OKbj, http://www.playvid.com/watch/aEsZF7OCGxE, http://www.playvid.com/watch/zKm_JPINKB6, http://www.playvid.com/watch/Y_sC3Sb90Ga, http://www.playvid.com/watch/CAPd0cQjxUg, http://www.playvid.com/watch/b8lPRN--Y_B, http://www.playvid.com/watch/2BG-eF4-Q8G, http://www.playvid.com/watch/tPMZVllixrr, http://www.playvid.com/watch/ROvHZV0ZKBj, http://www.playvid.com/watch/sAY-P8kZe8a, http://www.playvid.com/watch/lCmWvBPWIw0, http://www.playvid.com/watch/qrSMnT2cRFM, http://www.playvid.com/watch/uwYv--9xDOu, http://www.playvid.com/watch/5q3UFAmKkaP, http://www.playvid.com/watch/6p5kZo_eZBy, http://www.playvid.com/watch/2uUkw7Pz8ev, http://www.playvid.com/watch/mYI43zwp3uD, http://www.playvid.com/watch/5lV36PzpBqJ, http://www.playvid.com/watch/OMFUrspj4me, http://www.playvid.com/watch/eutcft-_Bdb, http://www.playvid.com/watch/RDeC14oSjce, http://www.playvid.com/watch/ccXDrc0jsrZ, http://www.playvid.com/watch/XXoYA-_CJla, http://www.playvid.com/watch/JtB-d4P7zzl, http://www.playvid.com/watch/KUP3di5Jk84, http://www.playvid.com/watch/o_4H8Cc4S4B, http://www.playvid.com/watch/kYykWZLcqGr, http://www.playvid.com/watch/HL05kgmwIX9, http://www.playvid.com/watch/McD73RKrwtl, http://www.playvid.com/watch/Q8raRjNXPbD, http://www.playvid.com/watch/yowG0i-NYx7, http://www.playvid.com/watch/h-DBF1r5pi7, http://www.playvid.com/watch/ncruIDtRqd6, http://www.playvid.com/watch/u_PVSIlU51U, http://www.playvid.com/watch/WGoLDWsNBm6, http://www.playvid.com/watch/u1esddguAdb, http://www.playvid.com/watch/5EHRg7If2ul, http://www.playvid.com/watch/p4eO_Wp4P7Z, http://www.playvid.com/watch/dmn_cV2QKPq, http://www.playvid.com/watch/ZEjHDwW0JKy, http://www.playvid.com/watch/scFI83a1X73, http://www.playvid.com/watch/9stnVp1pb1A, http://www.playvid.com/watch/3cIOZ_FuCuN, http://www.playvid.com/watch/XDNbbWeydkx, http://www.playvid.com/watch/TDEeEPaaXK4, http://www.playvid.com/watch/Iqqx0hbRR7S, http://www.playvid.com/watch/tHyYWmCjEv3, http://www.playvid.com/watch/8DHgHYOlpB5, http://www.playvid.com/watch/HqMkcWbEeC8, http://www.playvid.com/watch/XowA_NKiKnE, http://www.playvid.com/watch/fH0qPqSC93V, http://www.playvid.com/watch/jA7smTA99ov, http://www.playvid.com/watch/epw3wqJ23Jw, http://www.playvid.com/watch/JKBvlDATWpm, http://www.playvid.com/watch/MJRsymUilC6, http://www.playvid.com/watch/4gPYhAqBmG9, http://www.playvid.com/watch/mCDMD5CipeN
5.f. Date of third notice: 2014-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Anavrin
5.b. Uploader's email address: mufc19835@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Anavrin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4OoC40j5jQv, http://www.playvid.com/watch/Q8mSy0REhOR, http://www.playvid.com/watch/mZL2J7yEJcj, http://www.playvid.com/watch/-BjxmbSUBsa, http://www.playvid.com/watch/TISWo84yw5-, http://www.playvid.com/watch/MnajrX9J2ot, http://www.playvid.com/watch/IAhpS-eoEk6, http://www.playvid.com/watch/uua-hMVunXk, http://www.playvid.com/watch/DHyr2lEISQM, http://www.playvid.com/watch/pa27x9L-uYq, http://www.playvid.com/watch/Z4D8PEP-2cw, http://www.playvid.com/watch/AnBNChMHgXL, http://www.playvid.com/watch/-rGgENf0rMa, http://www.playvid.com/watch/sUA07q0OMq9, http://www.playvid.com/watch/BTlgKb5tAwn, http://www.playvid.com/watch/2xqRRe4Krgs, http://www.playvid.com/watch/giQUAw9mKhL, http://www.playvid.com/watch/tRSK5FAYkuF, http://www.playvid.com/watch/DoTK48WfvDt, http://www.playvid.com/watch/fEYydzh7c4q, http://www.playvid.com/watch/bPkUABnNRXQ, http://www.playvid.com/watch/xMAU9cT6vq3, http://www.playvid.com/watch/Lax-zDeWVxi, http://www.playvid.com/watch/wBZ3ulI7sIx, http://www.playvid.com/watch/O7engRoQP5Q, http://www.playvid.com/watch/FfPNos3AJhj, http://www.playvid.com/watch/F6WSFuCrtBg, http://www.playvid.com/watch/DOOGIksWAy2, http://www.playvid.com/watch/PD33mkZXSA6, http://www.playvid.com/watch/86C7-QASHb3, http://www.playvid.com/watch/auE-Y8fVD8i, http://www.playvid.com/watch/lLNkuFIoaPy, http://www.playvid.com/watch/FisYn79R3c9, http://www.playvid.com/watch/wNSbjQjfiBz, http://www.playvid.com/watch/jUv-QThLWko, http://www.playvid.com/watch/qMCDlHLXmpB, http://www.playvid.com/watch/EKGE3qIgY5e, http://www.playvid.com/watch/F8SecnleHDK, http://www.playvid.com/watch/Ebde5syuzXl, http://www.playvid.com/watch/gsAHYRYMEFo, http://www.playvid.com/watch/8APCBDTqNEA, http://www.playvid.com/watch/WGo7ZrYDkv0, http://www.playvid.com/watch/oFJ6YHYJK5x, http://www.playvid.com/watch/CLaqAYZAmLx, http://www.playvid.com/watch/Gqa48zgVzA4, http://www.playvid.com/watch/SI78GEFT3YY, http://www.playvid.com/watch/rnMBIP8SRKn, http://www.playvid.com/watch/kQam0vDuyQW, http://www.playvid.com/watch/4zvtdrmgRzI, http://www.playvid.com/watch/6Z2hN74wtSF, http://www.playvid.com/watch/RWAO2eLlWOd, http://www.playvid.com/watch/KalWeNUtbH6, http://www.playvid.com/watch/K2k4jLEHgej, http://www.playvid.com/watch/QhvoKKWPDMo, http://www.playvid.com/watch/w6DsrjkDUtd, http://www.playvid.com/watch/0SXDCGRWqzU, http://www.playvid.com/watch/bxhjHhs73jp, http://www.playvid.com/watch/ODD9LXw4cit, http://www.playvid.com/watch/ji8kA8-jXDI, http://www.playvid.com/watch/6T9EJFBqwzh, http://www.playvid.com/watch/qpq0ScgNrHW, http://www.playvid.com/watch/6U6TSyQG4QN, http://www.playvid.com/watch/DDTeHW-gFBA, http://www.playvid.com/watch/fzs5H45YvRp, http://www.playvid.com/watch/U4qKpSNa-U8, http://www.playvid.com/watch/R5VSnmLMUaQ, http://www.playvid.com/watch/hNfnxpTq8Vd, http://www.playvid.com/watch/odcrwqNbFu0, http://www.playvid.com/watch/8gCGyqDhP97, http://www.playvid.com/watch/mC4St5oHx6J, http://www.playvid.com/watch/lme97LbN-z4, http://www.playvid.com/watch/Uax5QY-Z6FL, http://www.playvid.com/watch/YECQAt3Bwnf, http://www.playvid.com/watch/Gz4k46pYd68, http://www.playvid.com/watch/9cMbzjL6wPP, http://www.playvid.com/watch/ThT6BzwS-8P, http://www.playvid.com/watch/-k3AKhI0bX-, http://www.playvid.com/watch/Ex08Wq3OVb6, http://www.playvid.com/watch/3hBrNF75nKC, http://www.playvid.com/watch/4dsHkRiNuku, http://www.playvid.com/watch/PGvQ6zUvfZp, http://www.playvid.com/watch/uthmIwEJ7UN, http://www.playvid.com/watch/KVTHkzrJpTN, http://www.playvid.com/watch/0FBtUBSe3Xr, http://www.playvid.com/watch/PbqHcn5AGBj, http://www.playvid.com/watch/ebYSyts3gep, http://www.playvid.com/watch/yaGfXisq0ku, http://www.playvid.com/watch/23rFaXDrfMr, http://www.playvid.com/watch/2MddTN7oWZl, http://www.playvid.com/watch/o3GVLQV5eAu, http://www.playvid.com/watch/6xTdOrvetT4, http://www.playvid.com/watch/LegjjYnf7Dx, http://www.playvid.com/watch/fIrmlaPr0V5, http://www.playvid.com/watch/3F8UkraPLR-, http://www.playvid.com/watch/LSctfXCh6FE, http://www.playvid.com/watch/9cAvJw7qAGw, http://www.playvid.com/watch/jG2xkVwfvPu, http://www.playvid.com/watch/B0jRqc-z4TR, http://www.playvid.com/watch/AJp90Mo8ipr, http://www.playvid.com/watch/o5cKfJe405w, http://www.playvid.com/watch/ujkQBzocGnL, http://www.playvid.com/watch/FcpfhDXpzRO, http://www.playvid.com/watch/3Uz00PsPQY9, http://www.playvid.com/watch/0Awo0f0nm8k, http://www.playvid.com/watch/BXcTSf8WI0v, http://www.playvid.com/watch/vOxZcxttTtq, http://www.playvid.com/watch/hq3SLe7GUcT, http://www.playvid.com/watch/CXpyI6Kn7nI, http://www.playvid.com/watch/0zDUQ2nqQbv, http://www.playvid.com/watch/r4VTtOKXisu, http://www.playvid.com/watch/qQdgEuKjj9p, http://www.playvid.com/watch/YQoRZeA6UV2, http://www.playvid.com/watch/9qKwLy707Lm, http://www.playvid.com/watch/GXDMM2oR3KA, http://www.playvid.com/watch/tTe-UAUFEh5, http://www.playvid.com/watch/rYbFeFviqWD, http://www.playvid.com/watch/kcfyG448gnV, http://www.playvid.com/watch/hx-HXBCvwWd, http://www.playvid.com/watch/GmaW7dEiPoA, http://www.playvid.com/watch/h34wYbwcL5J, http://www.playvid.com/watch/RCa3J4F7GRb, http://www.playvid.com/watch/rjrdSNTW8Oa, http://www.playvid.com/watch/tcps-ACqnWW, http://www.playvid.com/watch/nRXuJUcUaoA, http://www.playvid.com/watch/GkcgdN5lyjP, http://www.playvid.com/watch/UlDW5d6z07-, http://www.playvid.com/watch/INV8TxR6Jg7, http://www.playvid.com/watch/J4Ri954nSno, http://www.playvid.com/watch/qsuXXqsAhr9, http://www.playvid.com/watch/XEJT0otJ0Xa, http://www.playvid.com/watch/VG895jOJpxc, http://www.playvid.com/watch/UP9gDJETYWB, http://www.playvid.com/watch/P5zAedAClyM, http://www.playvid.com/watch/BiRlqepdvLi, http://www.playvid.com/watch/HE5HCvgPZhk, http://www.playvid.com/watch/T9gmhVgC6wo, http://www.playvid.com/watch/lMJJcRii3LF, http://www.playvid.com/watch/BurqaYAoMlC, http://www.playvid.com/watch/yx20qEiWhKy, http://www.playvid.com/watch/VOTbl4er8Rm, http://www.playvid.com/watch/pY7xNjS3BHS, http://www.playvid.com/watch/T6Dt-QApIj2, http://www.playvid.com/watch/GaltoYF5Rnq, http://www.playvid.com/watch/k3o473cJGYX, http://www.playvid.com/watch/yEtCwiCwzNT, http://www.playvid.com/watch/JwIcSRNop5T, http://www.playvid.com/watch/wiFWL5ljeqn, http://www.playvid.com/watch/-MJ0uXrCDdJ, http://www.playvid.com/watch/P4nE3Bi7Jvc, http://www.playvid.com/watch/MNQAXaBYalG, http://www.playvid.com/watch/aAwY5cW6nIO, http://www.playvid.com/watch/waKSAl6PQaD, http://www.playvid.com/watch/q8oOolf0lfX, http://www.playvid.com/watch/C0TQkv3MIrv, http://www.playvid.com/watch/tS0-KFSIwdP, http://www.playvid.com/watch/hiWxGSrDa8n, http://www.playvid.com/watch/MZQ4t7BIl8e, http://www.playvid.com/watch/rPkly4RHdvQ, http://www.playvid.com/watch/L707AvAzSsg, http://www.playvid.com/watch/upB9pc2j7KQ, http://www.playvid.com/watch/uyqijr-KQMs, http://www.playvid.com/watch/IvXAt2KScuy, http://www.playvid.com/watch/fexn8wVAg3O, http://www.playvid.com/watch/t8fm0p9m-kb, http://www.playvid.com/watch/hte8Sl7bWGk, http://www.playvid.com/watch/BSF74Cn5NqR, http://www.playvid.com/watch/rkWOLhsfccy, http://www.playvid.com/watch/Xzof-TXnCyf, http://www.playvid.com/watch/BqcYu8A-ih7, http://www.playvid.com/watch/YAQAXN42I46, http://www.playvid.com/watch/c4VOB66uPon, http://www.playvid.com/watch/7zAOZkm34jm, http://www.playvid.com/watch/qkpVJTSfPL-, http://www.playvid.com/watch/49ArhYuHhO-, http://www.playvid.com/watch/de5WLRqE9tl, http://www.playvid.com/watch/pHYUdNlhboO, http://www.playvid.com/watch/ZQrELvsAHOC, http://www.playvid.com/watch/IdAq9p9GEUX, http://www.playvid.com/watch/nnOKOgaBtSM, http://www.playvid.com/watch/I6VTSpgLsZv, http://www.playvid.com/watch/Dtr0bGYdsrg, http://www.playvid.com/watch/0FwkiJCuDQR, http://www.playvid.com/watch/uIvlm55xucE, http://www.playvid.com/watch/Z3PRriqkcJ5, http://www.playvid.com/watch/b8Hv9xb2Sq2, http://www.playvid.com/watch/oLx7RgCsb92, http://www.playvid.com/watch/-XLxIX6Yppe, http://www.playvid.com/watch/iPozrfk6JII, http://www.playvid.com/watch/bOOwBemT7pH, http://www.playvid.com/watch/AgvS4jRHvlQ, http://www.playvid.com/watch/PHHVIFiQh-V, http://www.playvid.com/watch/FjYcSdZZorb, http://www.playvid.com/watch/iFGZHVXDsv-, http://www.playvid.com/watch/CkjPXmDwe3V,

http://www.playvid.com/watch/c6vQsuhkjW2, http://www.playvid.com/watch/ndasjVuWKV6, http://www.playvid.com/watch/GfH5NDTvh3r,
http://www.playvid.com/watch/JnX8UFCo8Af, http://www.playvid.com/watch/6w6yK4YLgMP, http://www.playvid.com/watch/zwJKWAtL72S,
http://www.playvid.com/watch/c9ZHsWgD9Wc, http://www.playvid.com/watch/t9BWaaGJmif, http://www.playvid.com/watch/sM-3xcqrW2S,
http://www.playvid.com/watch/dwIkQlR2Bim, http://www.playvid.com/watch/eRb3Uip6aYU, http://www.playvid.com/watch/AYZFpUlwazO,
http://www.playvid.com/watch/Hc-2mxoEkf5, http://www.playvid.com/watch/QGlCnU9O9Fs, http://www.playvid.com/watch/YWJGKYjkmSP,
http://www.playvid.com/watch/x-GPhIs2Mau, http://www.playvid.com/watch/nHG9TzXesh6, http://www.playvid.com/watch/LHJEUTuqgFM,
http://www.playvid.com/watch/kWvAZZ8BezT, http://www.playvid.com/watch/-LtgsgbHcGr, http://www.playvid.com/watch/x93tbblpBnQ,
http://www.playvid.com/watch/hjz2Peqetbu, http://www.playvid.com/watch/YeXc4jMMQNa, http://www.playvid.com/watch/7wQjLP4WboP,
http://www.playvid.com/watch/SYjkdJdN5Z0, http://www.playvid.com/watch/Jef25E8JUZL, http://www.playvid.com/watch/9PEttcqJ0yE,
http://www.playvid.com/watch/NUAiVduoPjm, http://www.playvid.com/watch/R7WXt-fbtgH, http://www.playvid.com/watch/PVo9tnf85W0,
http://www.playvid.com/watch/xltqrXHpZpg, http://www.playvid.com/watch/0emSEuAx3AS, http://www.playvid.com/watch/b0cWXSlIIfE,
http://www.playvid.com/watch/tW2xPvO0uDn, http://www.playvid.com/watch/KrRzLZMrlGn, http://www.playvid.com/watch/tgeN0FCRnLC,
http://www.playvid.com/watch/yKZFd0y7i5y, http://www.playvid.com/watch/5YsnsDVvMMH, http://www.playvid.com/watch/qZDlvi8gQEr,
http://www.playvid.com/watch/3KIcMujqaus, http://www.playvid.com/watch/5K3iN8ubvxO, http://www.playvid.com/watch/8Jw6NK3s2RV,
http://www.playvid.com/watch/ciEFE8h-vXb, http://www.playvid.com/watch/W7e0tNHk9HA, http://www.playvid.com/watch/KYHY3TVrutn,
http://www.playvid.com/watch/0RvxXm8P-SJ, http://www.playvid.com/watch/f42Y4Zj0vKs, http://www.playvid.com/watch/jNf9sdrYFji,
http://www.playvid.com/watch/RsTOod3SN4-, http://www.playvid.com/watch/ckGItywBaHW, http://www.playvid.com/watch/bcdClZ98BqB,
http://www.playvid.com/watch/vLtZ8NIjCRO, http://www.playvid.com/watch/H3Wu962sFn7, http://www.playvid.com/watch/yjOmUR9nL8g,
http://www.playvid.com/watch/QsGY8qd-RjG, http://www.playvid.com/watch/H6WDkTsUCN6, http://www.playvid.com/watch/FReAe7hplcr,
http://www.playvid.com/watch/mzwLDu9ZNTq, http://www.playvid.com/watch/-Rw48KIYjWo, http://www.playvid.com/watch/bF5lTcBOqIc,
http://www.playvid.com/watch/SofIgLffFKw, http://www.playvid.com/watch/Gxm00azuH-g, http://www.playvid.com/watch/GoZNbN5QvCf,
http://www.playvid.com/watch/9TncOaDBLDG, http://www.playvid.com/watch/o5ohcnhE6DP, http://www.playvid.com/watch/AsTYEBG3k8o,
http://www.playvid.com/watch/KmcwHHLG26G, http://www.playvid.com/watch/3dhNM54avjF, http://www.playvid.com/watch/h8Xldi7Yijx,
http://www.playvid.com/watch/IDvrAl2EBqg, http://www.playvid.com/watch/svT-U2q0XVq, http://www.playvid.com/watch/JozBPK5zHEH,
http://www.playvid.com/watch/LvqxMWE-qUT, http://www.playvid.com/watch/hwWSxwRZ2Vr, http://www.playvid.com/watch/dU4aZVq9SNO,
http://www.playvid.com/watch/lojmhwwojHz, http://www.playvid.com/watch/VfmiSpUGsH6, http://www.playvid.com/watch/qK8GSJapGxA,
http://www.playvid.com/watch/ls8VhooJ9L8, http://www.playvid.com/watch/IIbjXrgdnQ9, http://www.playvid.com/watch/UEpESh6z3PE,
http://www.playvid.com/watch/OtKhaYmMVsk, http://www.playvid.com/watch/ahjl2vB39hx, http://www.playvid.com/watch/dv88q-s6TDm,
http://www.playvid.com/watch/8cSVTnbP76r, http://www.playvid.com/watch/xzJXLk5o4qr, http://www.playvid.com/watch/9XGOGBSyAsd,
http://www.playvid.com/watch/ypnqmQpgS4b, http://www.playvid.com/watch/jn7HRw8GQ9y, http://www.playvid.com/watch/tsq4dmd6fvt,
http://www.playvid.com/watch/Z0cmplBplhZ, http://www.playvid.com/watch/KNJz9n6oLbv, http://www.playvid.com/watch/VgngFOd0IRy,
http://www.playvid.com/watch/hIGaEDNjTpJ, http://www.playvid.com/watch/rKyztOEFhzY, http://www.playvid.com/watch/2fpywS9c7JA,
http://www.playvid.com/watch/2QGUgaMTInQ, http://www.playvid.com/watch/TkegDKtL2tR, http://www.playvid.com/watch/-jktC0HLDMV,
http://www.playvid.com/watch/-lM0tVaI4Ia, http://www.playvid.com/watch/rfh5eaBAHPH, http://www.playvid.com/watch/6k2vgo5Cv6T,
http://www.playvid.com/watch/kQjlMtM5xlC, http://www.playvid.com/watch/zlH0KQeFyY4, http://www.playvid.com/watch/0a6954JWF6T,
http://www.playvid.com/watch/A6N56wtAcQk, http://www.playvid.com/watch/oGXHjAQxwne, http://www.playvid.com/watch/VmXKUNd98bp,
http://www.playvid.com/watch/w-M8q3ixRP6, http://www.playvid.com/watch/9PBvcil45Cj, http://www.playvid.com/watch/4wSqB44pyPS,
http://www.playvid.com/watch/cMr0vZeNC0B, http://www.playvid.com/watch/FhrGRADDGFR, http://www.playvid.com/watch/Z0H4wrucNof,
http://www.playvid.com/watch/Yac0rBmtLta, http://www.playvid.com/watch/sUz8uXkkio5, http://www.playvid.com/watch/oxPEYApMsfX,
http://www.playvid.com/watch/VEEcFQv-6tc, http://www.playvid.com/watch/6jeaLS4A9LK, http://www.playvid.com/watch/yjEobt7EKvX,
http://www.playvid.com/watch/0bJbG0wLmiL, http://www.playvid.com/watch/9WKyAz2g3r2, http://www.playvid.com/watch/REizSlR9COb,
http://www.playvid.com/watch/3GsfAhQ20EY, http://www.playvid.com/watch/kkGXTB4qgy3, http://www.playvid.com/watch/5gChcxaUVMB,
http://www.playvid.com/watch/kxlaiD2rYUb, http://www.playvid.com/watch/2SQFgHOeywt, http://www.playvid.com/watch/ClntAZIIRqT,
http://www.playvid.com/watch/5x4yOuMBAQp, http://www.playvid.com/watch/7qhL9mRZunQ, http://www.playvid.com/watch/QXWmrGxgcKM,
http://www.playvid.com/watch/XhY9v8lCtIR, http://www.playvid.com/watch/io65eXd3S3j, http://www.playvid.com/watch/WVavaNT8dQa,
http://www.playvid.com/watch/AyHhch3N3Ki, http://www.playvid.com/watch/q3dUCzIKaZH, http://www.playvid.com/watch/hj6PiQulguj,
http://www.playvid.com/watch/d55aKjpdeAc, http://www.playvid.com/watch/E3Jl2cZ3Lut, http://www.playvid.com/watch/iKizSTy5Bno,
http://www.playvid.com/watch/AH4tgdY8DX-, http://www.playvid.com/watch/TQtggCdO987, http://www.playvid.com/watch/cM5n0aFpwDH,
http://www.playvid.com/watch/svlw456kLa0, http://www.playvid.com/watch/gkHb3fL9Gbb, http://www.playvid.com/watch/2wXMFqyf-CF,
http://www.playvid.com/watch/VU3doBjICq3, http://www.playvid.com/watch/UkrmOG9Laya, http://www.playvid.com/watch/mfTuY4fqR8z,
http://www.playvid.com/watch/MBVYdMquLmR, http://www.playvid.com/watch/pb2LM30hDo-, http://www.playvid.com/watch/P9UnWAguSpC,
http://www.playvid.com/watch/OwtvuYu4tY9, http://www.playvid.com/watch/qK293w4Q6Gl, http://www.playvid.com/watch/KcgT-aHGvA0,
http://www.playvid.com/watch/rIgKFzepxIr, http://www.playvid.com/watch/n6ebze7WaBN, http://www.playvid.com/watch/RFtP9yA5cXS,
http://www.playvid.com/watch/WVlol83Zyrr, http://www.playvid.com/watch/OW0lStBNIXo, http://www.playvid.com/watch/l2Ej8pFoto0,
http://www.playvid.com/watch/TGldJfKjnQO, http://www.playvid.com/watch/87CSVoY8e2q, http://www.playvid.com/watch/FJxYIWj84un,
http://www.playvid.com/watch/650uSxAGDPE, http://www.playvid.com/watch/k1wLRP3cqoW
5.f. Date of third notice: 2014-01-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: angriness
5.b. Uploader's email address: angriness@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/angriness
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iUShJ6y3u8I, http://www.playvid.com/watch/eMWTVo0-p9K,
http://www.playvid.com/watch/mNpJJPyy6dW, http://www.playvid.com/watch/i0xYBmuJiwc, http://www.playvid.com/watch/2-0KrjrHPTM,
http://www.playvid.com/watch/SyiqwzsNO2m, http://www.playvid.com/watch/nG4wwG67XAr, http://www.playvid.com/watch/JJFrWFJi2Z7,
http://www.playvid.com/watch/6bfpigUmTvm, http://www.playvid.com/watch/zJeBKu8ee3K, http://www.playvid.com/watch/Q9ivYl9JY4f,
http://www.playvid.com/watch/a5d8yN3Kvi5, http://www.playvid.com/watch/Xh8s2u72k2C, http://www.playvid.com/watch/AI2WSSxP8BQ,
http://www.playvid.com/watch/TuTbxTG4Z8G, http://www.playvid.com/watch/dq9cnAmEfpv, http://www.playvid.com/watch/etGvrdJhG9r,
http://www.playvid.com/watch/Yl0G-dMMEn8, http://www.playvid.com/watch/BKKjTvAf3kF, http://www.playvid.com/watch/7maHfkRBd3R,
http://www.playvid.com/watch/7H0pEDTp5-0, http://www.playvid.com/watch/mHonP2iKe60, http://www.playvid.com/watch/6nuRr6FneCW,
http://www.playvid.com/watch/Ja7HKYsIRRG, http://www.playvid.com/watch/4XwsiDGF3TJ, http://www.playvid.com/watch/V0CyyvbSEON,
http://www.playvid.com/watch/uACAqCX5Rif, http://www.playvid.com/watch/vGvgFQa430e, http://www.playvid.com/watch/s-wZw0rrnxL,
http://www.playvid.com/watch/Az5wuDJ50XR, http://www.playvid.com/watch/H7qFFUhkfnj, http://www.playvid.com/watch/8OvKZqyspJX,
http://www.playvid.com/watch/0i7Y0aOJ-w9, http://www.playvid.com/watch/It8J6vhgjNA, http://www.playvid.com/watch/ThwagCvo2Uw,
http://www.playvid.com/watch/7izzPaMX3dV, http://www.playvid.com/watch/GrNsD4mvFwo, http://www.playvid.com/watch/SW2MimoQSeK,
http://www.playvid.com/watch/cUchBPhXFf-, http://www.playvid.com/watch/Z75IGlk3DSl, http://www.playvid.com/watch/kswvs3bYeKe,
http://www.playvid.com/watch/X-vg6qT-d-Y, http://www.playvid.com/watch/tBUwLTfX9Fg, http://www.playvid.com/watch/DkR0XxXn4O6,
http://www.playvid.com/watch/KbClHGFepWZ, http://www.playvid.com/watch/pq3RBH4mGsr, http://www.playvid.com/watch/QoT0avwsRuD,
http://www.playvid.com/watch/D2GqtofmqPY, http://www.playvid.com/watch/dKF9AgxPk6C, http://www.playvid.com/watch/DFVBj6ebGtN,
http://www.playvid.com/watch/mFubedmH0sP, http://www.playvid.com/watch/MIxmH6WgqjP, http://www.playvid.com/watch/hqThb2VlZoX,
http://www.playvid.com/watch/AE95A-kqUiQ, http://www.playvid.com/watch/eRqRIJ9BP9K, http://www.playvid.com/watch/Qgn7xtQKraw,
http://www.playvid.com/watch/VGsHafipq-l, http://www.playvid.com/watch/IRA_zWlt-iL, http://www.playvid.com/watch/4eVRIDCzLcz,
http://www.playvid.com/watch/oz_VhS6GRPQ, http://www.playvid.com/watch/ZF-ZPv2-Bv4, http://www.playvid.com/watch/u-oPVVJWaNI,
http://www.playvid.com/watch/FeHhsn_nI1h, http://www.playvid.com/watch/CM32dw6lsuf, http://www.playvid.com/watch/rcEsIAiyzrL,
http://www.playvid.com/watch/DtvGLJFD1UI, http://www.playvid.com/watch/VduTr8syxOY, http://www.playvid.com/watch/vE6kTeJZfe4,
http://www.playvid.com/watch/v-UM2sztj2w, http://www.playvid.com/watch/Icp04-SkK3q, http://www.playvid.com/watch/PBzMTUmqLbg,
http://www.playvid.com/watch/VYfFSPDpg3N, http://www.playvid.com/watch/mpEEJ0rxbii, http://www.playvid.com/watch/lDYXLFNaN3x,
http://www.playvid.com/watch/0YTrNRSarZS, http://www.playvid.com/watch/xCt6qrN6pSr, http://www.playvid.com/watch/3Gr76Yg6HWH,
http://www.playvid.com/watch/YzAzJYIxDgN, http://www.playvid.com/watch/pr6AO7yJWM5, http://www.playvid.com/watch/Ksf3LDkepy6,
http://www.playvid.com/watch/JzGpQ_TDNqg, http://www.playvid.com/watch/h32R9wrJPda, http://www.playvid.com/watch/JbvWSAT6bLz,
http://www.playvid.com/watch/z4f8DO2_2Wt, http://www.playvid.com/watch/ZyGXBDpoTCx, http://www.playvid.com/watch/zVfq_46p41v,
http://www.playvid.com/watch/V9B3xCv4mKQ, http://www.playvid.com/watch/j4YSXV_y3vn, http://www.playvid.com/watch/PjctYjd3fNH,
http://www.playvid.com/watch/pqzdXNuQoNt, http://www.playvid.com/watch/hxo9TgD0_n8, http://www.playvid.com/watch/48UZAGYMxwt,
http://www.playvid.com/watch/YAihdioiIKb, http://www.playvid.com/watch/qzKXb5FIm1o, http://www.playvid.com/watch/rOAKXIdJsze,
http://www.playvid.com/watch/rl1b8z9z9M0, http://www.playvid.com/watch/9IN3XgQqArR, http://www.playvid.com/watch/3aErqChrJY8,
http://www.playvid.com/watch/KfW_8__ArCG, http://www.playvid.com/watch/sjGf4hJ82PC, http://www.playvid.com/watch/Q-3YzyYNBgU,

http://www.playvid.com/watch/AviR8cpcOyg, http://www.playvid.com/watch/UW_CAQuJQuP, http://www.playvid.com/watch/Vg-iwNzGxFG, http://www.playvid.com/watch/XBaINrhPxDJ, http://www.playvid.com/watch/gp5QpquhRYC, http://www.playvid.com/watch/n53Nk13pOSj, http://www.playvid.com/watch/GMCORsMSaV4, http://www.playvid.com/watch/qmwJzSIaxpa, http://www.playvid.com/watch/IT_I6ccVwyX, http://www.playvid.com/watch/ATO55dqJbu3, http://www.playvid.com/watch/mWvVVMIG6og, http://www.playvid.com/watch/Us1cnmcxLun, http://www.playvid.com/watch/DyyJW2AeG3n, http://www.playvid.com/watch/bHNpC8nTM9U, http://www.playvid.com/watch/01sAIGDhFNm, http://www.playvid.com/watch/wboqp1hWg19, http://www.playvid.com/watch/bzqTTn6IDsX, http://www.playvid.com/watch/cedaC6_-g1G, http://www.playvid.com/watch/GGOr8mT9rJ3, http://www.playvid.com/watch/eQpNO6v1zfs, http://www.playvid.com/watch/Mgp0TGd33rN, http://www.playvid.com/watch/rlghv6kQIBq, http://www.playvid.com/watch/qupHeEPyFKl, http://www.playvid.com/watch/ec890FsB2vs, http://www.playvid.com/watch/QjXuEd0zR7g, http://www.playvid.com/watch/n4GK7gJWwLJ, http://www.playvid.com/watch/fCfjoZcKSBN, http://www.playvid.com/watch/GDc8Sxyc7kp, http://www.playvid.com/watch/lsJX42UY559, http://www.playvid.com/watch/NMj1M76c4W0, http://www.playvid.com/watch/mPq0UtEblJG, http://www.playvid.com/watch/n0Y8GGW-9Ns, http://www.playvid.com/watch/I66nMfOcrqw, http://www.playvid.com/watch/HSD68Dbk0as, http://www.playvid.com/watch/0am5iyUJtvm, http://www.playvid.com/watch/EBUk9GzFmRq, http://www.playvid.com/watch/Z5jKnuJEVue, http://www.playvid.com/watch/jctXK0RZ7oV, http://www.playvid.com/watch/hitb7PqQAC6, http://www.playvid.com/watch/RWD-drCcPHj, http://www.playvid.com/watch/jyVUEZL5fRm, http://www.playvid.com/watch/rSIOmUJEdKL, http://www.playvid.com/watch/jewGWknZD5K, http://www.playvid.com/watch/n1KeM4ljj0A, http://www.playvid.com/watch/vec1_V1QHVW, http://www.playvid.com/watch/NTtgZgEMzRU, http://www.playvid.com/watch/amX7Y7MtXFJ, http://www.playvid.com/watch/ZgSUppaEC0E, http://www.playvid.com/watch/oyxRwsoYRue, http://www.playvid.com/watch/sz9kle1BEhi, http://www.playvid.com/watch/Q562pl92vtk, http://www.playvid.com/watch/YCRf4nn15jY, http://www.playvid.com/watch/vS9Xw8gpwK5, http://www.playvid.com/watch/0zHs9nCpDAy, http://www.playvid.com/watch/vAnxNMYvzdF, http://www.playvid.com/watch/vtBPy0AAaZx, http://www.playvid.com/watch/WoINo1gXa1k, http://www.playvid.com/watch/ncUHOBHyvTJ, http://www.playvid.com/watch/krtJhmrxL2M, http://www.playvid.com/watch/OIx9U80b2iW, http://www.playvid.com/watch/Zktzl0sp2sr, http://www.playvid.com/watch/DXta7BQqJBY, http://www.playvid.com/watch/VervGPEJJ-R, http://www.playvid.com/watch/9NdOCpZLNJZ, http://www.playvid.com/watch/m5r4tT0Urfi, http://www.playvid.com/watch/JsEP3eBVMHB, http://www.playvid.com/watch/3N5vsdWbgxk, http://www.playvid.com/watch/A-jVSHxlTri, http://www.playvid.com/watch/mlX08HuseXc, http://www.playvid.com/watch/LGWuRZCK_sn, http://www.playvid.com/watch/MHMrVmHRPeD, http://www.playvid.com/watch/7nZT_yHRJsZ, http://www.playvid.com/watch/L1vGaSuabLX, http://www.playvid.com/watch/ICf_KLjIaUZ, http://www.playvid.com/watch/eUOw0Ww9BKm, http://www.playvid.com/watch/Svc3E9CVxQN, http://www.playvid.com/watch/mjFeh7_HSFO, http://www.playvid.com/watch/qOAZlfk4FkA, http://www.playvid.com/watch/suwPdF47YXG, http://www.playvid.com/watch/xcJWlarJT4Q, http://www.playvid.com/watch/nq1dC4lCLfm, http://www.playvid.com/watch/S5cFJwy2UwD, http://www.playvid.com/watch/a0l0S3Wwtkd, http://www.playvid.com/watch/pp-Twdy6Zfy, http://www.playvid.com/watch/xohPxJxia3C, http://www.playvid.com/watch/EUxeLrsEivu, http://www.playvid.com/watch/DhhPmbr179y, http://www.playvid.com/watch/oWQxm3F_lbP, http://www.playvid.com/watch/72ChAVpygIR, http://www.playvid.com/watch/5DCczU9eLLW, http://www.playvid.com/watch/2qeI9nh4tId, http://www.playvid.com/watch/IedizNfTQc7, http://www.playvid.com/watch/V-flWywcIMG, http://www.playvid.com/watch/jkkTvc2oPxH, http://www.playvid.com/watch/BaQJPqHKk18, http://www.playvid.com/watch/qtNMNU4ZMAF, http://www.playvid.com/watch/FIgFij7jlcI, http://www.playvid.com/watch/cokdGLJocfX, http://www.playvid.com/watch/m8AHYphXfw6, http://www.playvid.com/watch/crpw8dZHbfT, http://www.playvid.com/watch/8yB1bsUImU4, http://www.playvid.com/watch/nXe91IBvUBb, http://www.playvid.com/watch/KuuzbTesEq8, http://www.playvid.com/watch/zq5TtWCF6yB, http://www.playvid.com/watch/R2QdVsnTK7x, http://www.playvid.com/watch/qsTlnORno9t, http://www.playvid.com/watch/c7DSEua8GRy, http://www.playvid.com/watch/ZPRU8RdIJvg, http://www.playvid.com/watch/PqCAFJP6eRG, http://www.playvid.com/watch/IDXf1qN3VzN, http://www.playvid.com/watch/jRFa4cADEIY, http://www.playvid.com/watch/4WQEc-IxEPD, http://www.playvid.com/watch/XioXH9VPQkt, http://www.playvid.com/watch/JUyUL9TrQIi, http://www.playvid.com/watch/ZvuI-D7ZIfM, http://www.playvid.com/watch/CRVmNqLOerI, http://www.playvid.com/watch/Iq0L691UbJB, http://www.playvid.com/watch/yJXo60LPj4y, http://www.playvid.com/watch/kRUcvXBcec3, http://www.playvid.com/watch/XE0Hjn0R_eX, http://www.playvid.com/watch/gKPHM1G-V68, http://www.playvid.com/watch/u6M-KBJUIuR, http://www.playvid.com/watch/cuRI5VYeT3R, http://www.playvid.com/watch/sbRwSgZ-tLW, http://www.playvid.com/watch/etHYVDdssvM, http://www.playvid.com/watch/E2Pjs6BwF48, http://www.playvid.com/watch/iPrSfQurCZS, http://www.playvid.com/watch/GaQG8CBA5KL, http://www.playvid.com/watch/wAXM6Hv1Zwq, http://www.playvid.com/watch/xSl53wd37KY, http://www.playvid.com/watch/lFCV99aZJEQ, http://www.playvid.com/watch/FQ36XwTbuMu, http://www.playvid.com/watch/hq28bfobYXS, http://www.playvid.com/watch/AS4xKPfszra, http://www.playvid.com/watch/WDynxItx_-n, http://www.playvid.com/watch/g_LenU7eeCV, http://www.playvid.com/watch/y7c1EDPdemL, http://www.playvid.com/watch/FXKdQmngtNB, http://www.playvid.com/watch/ILLWZcmQesz, http://www.playvid.com/watch/tAv7VwXLLzo, http://www.playvid.com/watch/j_oqTeyurE5, http://www.playvid.com/watch/T14lZM8SIVP, http://www.playvid.com/watch/zUcdEGgw8Ws, http://www.playvid.com/watch/GuL2X9tdHJ8, http://www.playvid.com/watch/0cY4OOYLm0i, http://www.playvid.com/watch/FPKt-9ufBkM, http://www.playvid.com/watch/w2gGaGfl2YG, http://www.playvid.com/watch/ckK8W7yDzn3, http://www.playvid.com/watch/wrBggLdlSKS, http://www.playvid.com/watch/tj7QWg2pwtJ, http://www.playvid.com/watch/nR55Jax21FI, http://www.playvid.com/watch/gS5vhMxi1Iq, http://www.playvid.com/watch/2ErmP4Qqo2T, http://www.playvid.com/watch/qL2X9ufmFOB, http://www.playvid.com/watch/udfm_SkXHnB, http://www.playvid.com/watch/8ed0vnqO3Xf, http://www.playvid.com/watch/mXvzMDTmZPC, http://www.playvid.com/watch/pqqsolL8e6I, http://www.playvid.com/watch/H685SkDVxFE, http://www.playvid.com/watch/xy5SqmtF2es, http://www.playvid.com/watch/YhCN0rXqV-D, http://www.playvid.com/watch/NjBBXEmYTLj, http://www.playvid.com/watch/VC4ZzROZG0v, http://www.playvid.com/watch/2KNoJikxXJx, http://www.playvid.com/watch/Kqc-Cf7-KXK, http://www.playvid.com/watch/bciEJyZE3oC, http://www.playvid.com/watch/WK2xx8zUz-9, http://www.playvid.com/watch/OD3Y8nb5Xsj, http://www.playvid.com/watch/zZXshCKdtaM, http://www.playvid.com/watch/tFdzSuHZiTi, http://www.playvid.com/watch/gnni6aNXiL4, http://www.playvid.com/watch/c4T-NBA-pQD, http://www.playvid.com/watch/WrZSt210HIk, http://www.playvid.com/watch/xe--qkP5ESU, http://www.playvid.com/watch/BjOIPOujhdn, http://www.playvid.com/watch/9-tUVx7DXi5, http://www.playvid.com/watch/xxdIytvPU3n, http://www.playvid.com/watch/ALN6Pat6J8f, http://www.playvid.com/watch/SSijbEzgosy, http://www.playvid.com/watch/nbMCQ7pZIt6, http://www.playvid.com/watch/zvnFLsNw9-e, http://www.playvid.com/watch/8fNN97cWBuu, http://www.playvid.com/watch/z1mBMjGMywx, http://www.playvid.com/watch/RBg0q52L3Ae, http://www.playvid.com/watch/PqIX2k9OnWd, http://www.playvid.com/watch/dsY37qlEOJT, http://www.playvid.com/watch/rLfAIACB1of, http://www.playvid.com/watch/zcK6tO5NHbc, http://www.playvid.com/watch/5wbqbraYUAI, http://www.playvid.com/watch/BmqGPmx2s0i, http://www.playvid.com/watch/NTMdX5ZeH2z

5.f. Date of third notice: 2015-07-16

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ankara

5.b. Uploader's email address: fabriciohashi@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/ankara

5.e. List of videos posted by uploader: http://www.playvid.com/watch/SQ7OhF8zLu7, http://www.playvid.com/watch/b3iD0f168El, http://www.playvid.com/watch/L0N3ZTtiOTV, http://www.playvid.com/watch/Gen4LItaPdi, http://www.playvid.com/watch/rduFc73DPUo, http://www.playvid.com/watch/If59EzHg8Lx, http://www.playvid.com/watch/soz_DeUAiS0, http://www.playvid.com/watch/jNvEiCY4c5q, http://www.playvid.com/watch/fWSpPs1rV7H, http://www.playvid.com/watch/4wfUCbKQb02, http://www.playvid.com/watch/b3ywK4Z00Yk, http://www.playvid.com/watch/Q7SbGn1rBz6, http://www.playvid.com/watch/QWN2UXcN2pW, http://www.playvid.com/watch/LnHUsEdfzEz, http://www.playvid.com/watch/Jh6BfG6fbK5, http://www.playvid.com/watch/7XR74fwz6ns, http://www.playvid.com/watch/HGScSi69Djr, http://www.playvid.com/watch/eUBwKuu0iAv, http://www.playvid.com/watch/AJ2CMzlWhVJ, http://www.playvid.com/watch/B3v6cMsq0Tr, http://www.playvid.com/watch/7aHLhfoIK3T, http://www.playvid.com/watch/hfpIO8PI63Q, http://www.playvid.com/watch/TxYbytezm9F, http://www.playvid.com/watch/ygdEaNN2aDO, http://www.playvid.com/watch/dLO-UXizOwP, http://www.playvid.com/watch/8xl972LqlWY, http://www.playvid.com/watch/bgSJyzQCeOH, http://www.playvid.com/watch/DqaN8aIiS0N, http://www.playvid.com/watch/Us9T7FOZlgI, http://www.playvid.com/watch/4UytvkOO7DA, http://www.playvid.com/watch/Db7TJGKtUYW, http://www.playvid.com/watch/k0vTxYQRwnp, http://www.playvid.com/watch/G446c8pD4a0, http://www.playvid.com/watch/P5_PztBrAcV, http://www.playvid.com/watch/2DW-eLGJu4d, http://www.playvid.com/watch/5H2qwH-1aZX, http://www.playvid.com/watch/2bdKwnDNSoa, http://www.playvid.com/watch/fDDrDUdyBK9, http://www.playvid.com/watch/XpKSLrE_u7m, http://www.playvid.com/watch/7zUDy7TcdnP, http://www.playvid.com/watch/kqepeJe5JSe, http://www.playvid.com/watch/AmCKxHMo818, http://www.playvid.com/watch/QfegLrFI9fG, http://www.playvid.com/watch/rx1hWxsmJjs, http://www.playvid.com/watch/xbotn_ypVWX, http://www.playvid.com/watch/5voSpl0cTWs, http://www.playvid.com/watch/HStXwmuTWa2, http://www.playvid.com/watch/30x9GibVbSe, http://www.playvid.com/watch/2D19TJfLzSv, http://www.playvid.com/watch/p4mCTIa8t4M, http://www.playvid.com/watch/krZZ6ozi4v6, http://www.playvid.com/watch/opeINL0rSWU, http://www.playvid.com/watch/lxksb6mES32, http://www.playvid.com/watch/exoei89dz_H, http://www.playvid.com/watch/z_0yLRor-qO, http://www.playvid.com/watch/JhO-sC5LAaw, http://www.playvid.com/watch/4rhkG49sIvs, http://www.playvid.com/watch/793Z7kOEzhd, http://www.playvid.com/watch/4H9fLVogPhX, http://www.playvid.com/watch/tXj74X5Ez6T, http://www.playvid.com/watch/4RHNVDTuZoI, http://www.playvid.com/watch/HFwL7sHVHZg, http://www.playvid.com/watch/tD3Vn-O2WE3, http://www.playvid.com/watch/29-hTCYRXYe, http://www.playvid.com/watch/9TGvbNpYSOZ, http://www.playvid.com/watch/leWZ-gbLe5V, http://www.playvid.com/watch/OFTFI3dJvQU, http://www.playvid.com/watch/mj9t7qYBTAL, http://www.playvid.com/watch/6BQgRire3KF, http://www.playvid.com/watch/NRj2LqEiesg, http://www.playvid.com/watch/g3zlWSSq9iT, http://www.playvid.com/watch/rDVPjZQFMgw, http://www.playvid.com/watch/vzL61dHEtmR, http://www.playvid.com/watch/BLi0jewcFUn, http://www.playvid.com/watch/t1IqP9DPKpO, http://www.playvid.com/watch/vpRtvQBi6mQ, http://www.playvid.com/watch/IsNwF8RXx7a,

http://www.playvid.com/watch/S1aET9KM5cq, http://www.playvid.com/watch/RGk3kG23-a4, http://www.playvid.com/watch/9KUZTBItPTd,
http://www.playvid.com/watch/QGl7Cu6cmsK, http://www.playvid.com/watch/UjCqSFb9hJL, http://www.playvid.com/watch/d1XsVUC2R-U,
http://www.playvid.com/watch/GecIjRDDXaR, http://www.playvid.com/watch/7KQVqX-fQuX, http://www.playvid.com/watch/IZkafxsrPkg,
http://www.playvid.com/watch/uVueAmxhr6S, http://www.playvid.com/watch/Go8GG-wrtdH, http://www.playvid.com/watch/0mlRJw5m1s0,
http://www.playvid.com/watch/rbnFtZmob6j, http://www.playvid.com/watch/fnlSMLlRLXY, http://www.playvid.com/watch/7wWX36e8PbW,
http://www.playvid.com/watch/9V_sF756fqi, http://www.playvid.com/watch/W2tRlwXcCYd, http://www.playvid.com/watch/3jbwBCTTNKK,
http://www.playvid.com/watch/0A6p3kBs6zO, http://www.playvid.com/watch/x3n8-qyLxFb, http://www.playvid.com/watch/NdY9CBudzpF,
http://www.playvid.com/watch/SyBpS0vgxHM, http://www.playvid.com/watch/MnRa_t0LbiV, http://www.playvid.com/watch/gJEMZk94HIc,
http://www.playvid.com/watch/VNNa5369M5Z, http://www.playvid.com/watch/fDN3rRhA_1B, http://www.playvid.com/watch/xvIHlaRClMO,
http://www.playvid.com/watch/85ZvlTU9pio, http://www.playvid.com/watch/muitLXzl2rB, http://www.playvid.com/watch/NJUM8md-XyN,
http://www.playvid.com/watch/q35A_LujaSc, http://www.playvid.com/watch/VbRkl2q8q4l, http://www.playvid.com/watch/sTTRn4ZU6G5,
http://www.playvid.com/watch/Uo09MFRuXWA, http://www.playvid.com/watch/NMHVsgijS8x, http://www.playvid.com/watch/nOpimbdzQSD,
http://www.playvid.com/watch/NK7a4in2ckC, http://www.playvid.com/watch/IXaAgWtmGEd, http://www.playvid.com/watch/7Qt9PGHsp0H,
http://www.playvid.com/watch/Zr6_dSvEd64, http://www.playvid.com/watch/F3zNGFwYaS6, http://www.playvid.com/watch/CuxFCjT2p3l,
http://www.playvid.com/watch/lK1Q8r2YOSK, http://www.playvid.com/watch/xZwcf3_2F8f, http://www.playvid.com/watch/TD3zHBM_FeA,
http://www.playvid.com/watch/PTxBoxYC22Z, http://www.playvid.com/watch/ISoZ1z8aWoe, http://www.playvid.com/watch/YbS4-JcxhnW,
http://www.playvid.com/watch/HS0AWXIaPRn, http://www.playvid.com/watch/ResKUXg68gl, http://www.playvid.com/watch/J-yKIA8QNU2,
http://www.playvid.com/watch/3MM00NY3T1k, http://www.playvid.com/watch/wBI0YlmzyKl, http://www.playvid.com/watch/zKyywsK5ODG,
http://www.playvid.com/watch/pGGxuY_nBE4, http://www.playvid.com/watch/yzRp_wdR6uI, http://www.playvid.com/watch/wxyJg6PKlFp,
http://www.playvid.com/watch/RPZyrIq7Lv5, http://www.playvid.com/watch/P_7U6-94WzZ, http://www.playvid.com/watch/LFTp0XhtTKz,
http://www.playvid.com/watch/uCjDb7kQ7p0, http://www.playvid.com/watch/uVfReg-MSwL, http://www.playvid.com/watch/iEvc5YpV2IM,
http://www.playvid.com/watch/iHtNoIHJtOv, http://www.playvid.com/watch/iXNVVxK2CsF, http://www.playvid.com/watch/pWOqaqx-_X3,
http://www.playvid.com/watch/pkJ0qojhOaW, http://www.playvid.com/watch/37N1bZCTc8M, http://www.playvid.com/watch/IIarOQRZWEK,
http://www.playvid.com/watch/fbvemaL6k5p, http://www.playvid.com/watch/iQF-zUCOHZH, http://www.playvid.com/watch/PXpH-aviXMY,
http://www.playvid.com/watch/8qyjGUxQplW, http://www.playvid.com/watch/DhmrVMA9jJP, http://www.playvid.com/watch/wLCYtunCdjK,
http://www.playvid.com/watch/qUJ5UvNlWxE, http://www.playvid.com/watch/M3FMyGA00xo, http://www.playvid.com/watch/dIQJgZygRE4,
http://www.playvid.com/watch/touByWBMhEt, http://www.playvid.com/watch/k4NrCcwctIA, http://www.playvid.com/watch/mgTDlVCNp7g,
http://www.playvid.com/watch/qE9aszGkVoD, http://www.playvid.com/watch/c1sE8H7grdc, http://www.playvid.com/watch/YJOC95pqyn9,
http://www.playvid.com/watch/KhJyxWqZqLC, http://www.playvid.com/watch/ZvTCrD2-kUX, http://www.playvid.com/watch/lJCT9xRxbse,
http://www.playvid.com/watch/wJ8garc9Ycj, http://www.playvid.com/watch/m5Euv13YrOz, http://www.playvid.com/watch/qq_hh0WdYmO,
http://www.playvid.com/watch/YzVZFWx1rPz, http://www.playvid.com/watch/Al-m-E-VNsu, http://www.playvid.com/watch/YkFm5GtMnFP,
http://www.playvid.com/watch/E8qeL6mtXIL, http://www.playvid.com/watch/W0jwSdlPGEL
5.f. Date of third notice: 2014-04-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: annpeter26
5.b. Uploader's email address: gajzlaj@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/annpeter26
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Llg94ErBAAv, http://www.playvid.com/watch/2DpgnTdVkem,
http://www.playvid.com/watch/4SyOVeGznYg, http://www.playvid.com/watch/I5r7MOCgXaE, http://www.playvid.com/watch/hxFr2qQfEAw,
http://www.playvid.com/watch/RWLmPIKPy2r, http://www.playvid.com/watch/Uf98e5LnnSz, http://www.playvid.com/watch/LcHmbWpSrus,
http://www.playvid.com/watch/TONeZdBJMgU, http://www.playvid.com/watch/YrYz9nLRILp, http://www.playvid.com/watch/UGCl9j5Zbgx,
http://www.playvid.com/watch/zrIhmp4fQSf, http://www.playvid.com/watch/aYmDdaLYTCM, http://www.playvid.com/watch/vO8dUZbWqJB,
http://www.playvid.com/watch/sula8aFvDQV, http://www.playvid.com/watch/tnetfM5WvmY, http://www.playvid.com/watch/9DJk8-drBBK,
http://www.playvid.com/watch/S6vCTmTuLmv, http://www.playvid.com/watch/yWFXOfSq-XJ, http://www.playvid.com/watch/cD3mBATs6ih,
http://www.playvid.com/watch/jK9jfUaEEq5, http://www.playvid.com/watch/-VaExvM7XxK, http://www.playvid.com/watch/l4IubRx6PKg,
http://www.playvid.com/watch/IvXVwlMs8yy, http://www.playvid.com/watch/IY2a2w09CQu, http://www.playvid.com/watch/FHXZc61bQnN,
http://www.playvid.com/watch/zxOGn-xwFeR, http://www.playvid.com/watch/HkW24g1Fn06, http://www.playvid.com/watch/tQ9Qscr4G5r,
http://www.playvid.com/watch/2k5IaK88bZf, http://www.playvid.com/watch/k-FTFHjTQ04, http://www.playvid.com/watch/mC99-Om5Y2t,
http://www.playvid.com/watch/FuxsPbmL5Qe, http://www.playvid.com/watch/UJuVGPiS2Ec, http://www.playvid.com/watch/txVCxGcxwCP,
http://www.playvid.com/watch/tyKtBIBHxYm, http://www.playvid.com/watch/hhNss6iMgOS, http://www.playvid.com/watch/Sc-9EP3KXTp,
http://www.playvid.com/watch/4p9AULv4qLD, http://www.playvid.com/watch/TEHsSxrGDWH, http://www.playvid.com/watch/jCpcmrItuFt,
http://www.playvid.com/watch/Lf4sno99wUJ, http://www.playvid.com/watch/vBJiTE2JN2z, http://www.playvid.com/watch/RoLapdo3sv-,
http://www.playvid.com/watch/fFn38AMnIl9, http://www.playvid.com/watch/fS23p00tuP9, http://www.playvid.com/watch/sxQgEfW-BAu,
http://www.playvid.com/watch/FNfw26MljPT, http://www.playvid.com/watch/kem4K2ZD0oz, http://www.playvid.com/watch/W9-rvQuWKYL,
http://www.playvid.com/watch/LXs9fSDnf3d, http://www.playvid.com/watch/HCJuszNVSRt, http://www.playvid.com/watch/AJnMG5Ews1s,
http://www.playvid.com/watch/D4yC7cmhzAZ, http://www.playvid.com/watch/7CY0uzA4LGY, http://www.playvid.com/watch/mf6DYxUoCb3,
http://www.playvid.com/watch/Ui3p6w-BlBV, http://www.playvid.com/watch/ri4jNp2K-YA, http://www.playvid.com/watch/Jp-y4mnsDo1,
http://www.playvid.com/watch/s0mMj66SpgC, http://www.playvid.com/watch/HwurjrG-JYE, http://www.playvid.com/watch/0vaoJ18jVS8,
http://www.playvid.com/watch/O2Sh0nTViqx, http://www.playvid.com/watch/d66RPPWtcXC, http://www.playvid.com/watch/MI5uJwdV4nO,
http://www.playvid.com/watch/6sz3M4OA7Nz, http://www.playvid.com/watch/gVgfCsNzf2b, http://www.playvid.com/watch/IM5GFUxK2n4,
http://www.playvid.com/watch/fvkqSrpo37J, http://www.playvid.com/watch/CwIPAanSC17, http://www.playvid.com/watch/fMlpEB6T26E,
http://www.playvid.com/watch/drxbmtJHSaR, http://www.playvid.com/watch/nbuCwVJJvfM, http://www.playvid.com/watch/TEXokJuuWGU,
http://www.playvid.com/watch/IUOoAv8L0hd, http://www.playvid.com/watch/0vTEsNDCaFW, http://www.playvid.com/watch/uuTCstvqKaq,
http://www.playvid.com/watch/U3yXBxiF72o, http://www.playvid.com/watch/yisSfLBFpLV, http://www.playvid.com/watch/bkjsGbl_zrG,
http://www.playvid.com/watch/t_HZqvP_nrz, http://www.playvid.com/watch/Q9HTiABMBbw, http://www.playvid.com/watch/uYKmiNcbEN7,
http://www.playvid.com/watch/g-T84eYDXYs, http://www.playvid.com/watch/V9hRUs1JG7n, http://www.playvid.com/watch/jLouZ_JkVG8,
http://www.playvid.com/watch/jKHNOVtvNeP, http://www.playvid.com/watch/GZX6EUxwv4U, http://www.playvid.com/watch/Cjyj4Wb6ujY,
http://www.playvid.com/watch/BO_vnL9AvZc, http://www.playvid.com/watch/uPURLL1JlzV, http://www.playvid.com/watch/vz7CZSzQrEL,
http://www.playvid.com/watch/ZmEFkTJNYNd, http://www.playvid.com/watch/fcysd0Tl-Vj, http://www.playvid.com/watch/xJGN-aheDfa,
http://www.playvid.com/watch/tTVq-dnMTXU, http://www.playvid.com/watch/8suxdECnnVZ, http://www.playvid.com/watch/BUpAL4HOdXh,
http://www.playvid.com/watch/JfKgph3BHTg, http://www.playvid.com/watch/v4NPvouhS5B, http://www.playvid.com/watch/kLpIuunt0MP,
http://www.playvid.com/watch/d0HVx1Il0Qj, http://www.playvid.com/watch/63v1d5fzxdV, http://www.playvid.com/watch/3hOEUZCYgqU,
http://www.playvid.com/watch/QsvbWitcQAA, http://www.playvid.com/watch/eRdRTVw7PxV, http://www.playvid.com/watch/5bSJI4HbclY,
http://www.playvid.com/watch/lO6vOOOtaS7, http://www.playvid.com/watch/aqEkzl9gdYg, http://www.playvid.com/watch/WPFZ6vgcnCb,
http://www.playvid.com/watch/gyZg01EkKK7, http://www.playvid.com/watch/n_2KdtOrLTG, http://www.playvid.com/watch/csooUXooyZZ,
http://www.playvid.com/watch/dgVWpId0FTn, http://www.playvid.com/watch/7wEPg8k6xYe, http://www.playvid.com/watch/4T2GOINaxNu,
http://www.playvid.com/watch/zkL8rWeBo5h, http://www.playvid.com/watch/Qib3jmE7iDH, http://www.playvid.com/watch/a0P4FW-iPmD,
http://www.playvid.com/watch/gqjR7seljR5, http://www.playvid.com/watch/MaXwk1ylkGk, http://www.playvid.com/watch/jXhD-ExsU5k,
http://www.playvid.com/watch/F7hMGIYAvkr, http://www.playvid.com/watch/kGweNuqkLVF, http://www.playvid.com/watch/OkDlKsLWyIt,
http://www.playvid.com/watch/d5mSwMBLVQ2, http://www.playvid.com/watch/VOeHQbpwsa3, http://www.playvid.com/watch/A0gWGclW0iC,
http://www.playvid.com/watch/hh6mS-G9GXE, http://www.playvid.com/watch/2_8wnLw2Nxo, http://www.playvid.com/watch/jTyaDH9Oem5,
http://www.playvid.com/watch/KJTF-jNdf9M, http://www.playvid.com/watch/n5W_oQgzX8E, http://www.playvid.com/watch/yNPSLeqGnHj,
http://www.playvid.com/watch/rDXmfOG-2hh, http://www.playvid.com/watch/tIIWn0rc4JP, http://www.playvid.com/watch/j5oSE5eZIlS,
http://www.playvid.com/watch/yvnGPAxRCIq, http://www.playvid.com/watch/pcW1hYESOGc, http://www.playvid.com/watch/tqq_0PUikfT,
http://www.playvid.com/watch/z7o3Er2U7bM, http://www.playvid.com/watch/6fTJLlt8pLn, http://www.playvid.com/watch/mLkq7FMCL4t,
http://www.playvid.com/watch/DgjJaGpCM0f, http://www.playvid.com/watch/zZ7PhWl04p2, http://www.playvid.com/watch/JPwEFyiBBjG,
http://www.playvid.com/watch/P-77kpKdxQP, http://www.playvid.com/watch/0qsX1kLCy6X, http://www.playvid.com/watch/HEWXYnG61Rl,
http://www.playvid.com/watch/brFz_0aqCAv, http://www.playvid.com/watch/R9lyuaIKCgY, http://www.playvid.com/watch/tDPkFbXSibN,
http://www.playvid.com/watch/rBDNMctb0-L, http://www.playvid.com/watch/bCBBb3DQS6q, http://www.playvid.com/watch/ipQO7r7aq9Q,
http://www.playvid.com/watch/V_PFbcSy0fK, http://www.playvid.com/watch/o5A-mL5-Rpi, http://www.playvid.com/watch/Rm-oV76HZv6,
http://www.playvid.com/watch/p7-RQ60953Y, http://www.playvid.com/watch/lkIDx3u6gUE, http://www.playvid.com/watch/F5KDJzmp2PO,
http://www.playvid.com/watch/22UEb9rsAs6, http://www.playvid.com/watch/Loyeqbiz7Y0, http://www.playvid.com/watch/jeEM8bgiGvp,
http://www.playvid.com/watch/v7MI7eimhLx, http://www.playvid.com/watch/iEOjTDlv_n8, http://www.playvid.com/watch/4YnCw1jKnGJ,
http://www.playvid.com/watch/vTDuDpbmhIX, http://www.playvid.com/watch/Bc3UVrjQokN, http://www.playvid.com/watch/xhmYG_47Axg,
http://www.playvid.com/watch/suYYMZtQp0X, http://www.playvid.com/watch/SymT1flHXGl, http://www.playvid.com/watch/K8oZoD6Ll0c,

http://www.playvid.com/watch/WrXRomSmUfR, http://www.playvid.com/watch/aS-6t9jJgVM, http://www.playvid.com/watch/i00NFapKmIG,
http://www.playvid.com/watch/PkTy5iahgZS, http://www.playvid.com/watch/LloXyZrbtBz, http://www.playvid.com/watch/4mD-xnD6GNp,
http://www.playvid.com/watch/vL-8jnAIwjT, http://www.playvid.com/watch/MQLhXyiSq1H, http://www.playvid.com/watch/5aRge9dcraX,
http://www.playvid.com/watch/9Wox9-1EXsO, http://www.playvid.com/watch/kstA3BmPYso, http://www.playvid.com/watch/XOOoJaIHxjw,
http://www.playvid.com/watch/CqLk6J_GFwn, http://www.playvid.com/watch/DO0S6EGsMFP, http://www.playvid.com/watch/DTcDO3t9xva,
http://www.playvid.com/watch/JOifXcyMvAu, http://www.playvid.com/watch/Fqsd3ZC0pdY, http://www.playvid.com/watch/LYv8g37yTOX,
http://www.playvid.com/watch/mltp71BGuqH, http://www.playvid.com/watch/8PyNjXP4Rmv, http://www.playvid.com/watch/JUu5iELTS_R,
http://www.playvid.com/watch/4cvuZm0JjwM, http://www.playvid.com/watch/9AoJjaUlqMx, http://www.playvid.com/watch/iyiMFxxvVHz,
http://www.playvid.com/watch/Cs3JIBxoYit, http://www.playvid.com/watch/7jpYSIBTBFP, http://www.playvid.com/watch/zrS-M25yJV3,
http://www.playvid.com/watch/Tl8P3_AyaOV, http://www.playvid.com/watch/MCNPxozkmQb, http://www.playvid.com/watch/73ouUl8Ogto,
http://www.playvid.com/watch/sw9xLHF3t-l, http://www.playvid.com/watch/Q5Vgm4W8HgK, http://www.playvid.com/watch/gxNqvVKFizh,
http://www.playvid.com/watch/vH5GYJXhZep, http://www.playvid.com/watch/mnKiiJup11M, http://www.playvid.com/watch/vDeitG9QjsZ,
http://www.playvid.com/watch/UhskipdoSvN, http://www.playvid.com/watch/gfVTEvJaNAA, http://www.playvid.com/watch/L-Aj5SJljlM,
http://www.playvid.com/watch/EYV54ecmEBE, http://www.playvid.com/watch/bK6vbhIbbBe, http://www.playvid.com/watch/m53O1SrWJFc,
http://www.playvid.com/watch/20uvU3l_HhA, http://www.playvid.com/watch/j3H6jsACGkE, http://www.playvid.com/watch/FKlUQ6ufA5Q,
http://www.playvid.com/watch/seWk_7FjhE8, http://www.playvid.com/watch/ZPHl-il7NKz, http://www.playvid.com/watch/Xt0DePlpgqj,
http://www.playvid.com/watch/LzzoBf8xMej, http://www.playvid.com/watch/unxjtU3_2z2, http://www.playvid.com/watch/8WM9QaWUAiG,
http://www.playvid.com/watch/HaCszM5q8Tw, http://www.playvid.com/watch/QWiTA72dvGX, http://www.playvid.com/watch/6t1196YEHMc,
http://www.playvid.com/watch/a_hyfAixw82, http://www.playvid.com/watch/n33A-nalk_j, http://www.playvid.com/watch/aic0kWwJ4qt,
http://www.playvid.com/watch/HSI85vxoKGI, http://www.playvid.com/watch/DmGyj3ZzfAU, http://www.playvid.com/watch/BtPOKyuvVeR,
http://www.playvid.com/watch/GkSHWPeMxJW, http://www.playvid.com/watch/69onu2e6M8q, http://www.playvid.com/watch/FzDmu0Dz8k6,
http://www.playvid.com/watch/88-ocHlWOxI, http://www.playvid.com/watch/02U8gqb8kKa, http://www.playvid.com/watch/D5XUpkhs0il,
http://www.playvid.com/watch/SUA_WlEnhNO, http://www.playvid.com/watch/rs7Uxdvq-Ci, http://www.playvid.com/watch/tOiaTsWh5v2,
http://www.playvid.com/watch/gNenQUBmiDq, http://www.playvid.com/watch/3hb-BEYccgu, http://www.playvid.com/watch/sA0_Ojcd0Vd,
http://www.playvid.com/watch/GQLzn9CFc0S, http://www.playvid.com/watch/AZyHZxFn9-X, http://www.playvid.com/watch/pqfiB_zBGV7,
http://www.playvid.com/watch/PLm2bVeapZM, http://www.playvid.com/watch/8tgeWlPZ73v, http://www.playvid.com/watch/7oPcTBRD7To,
http://www.playvid.com/watch/9lj14xoqvIs, http://www.playvid.com/watch/Of0Fzw96nto, http://www.playvid.com/watch/RlYNQl_tX0r,
http://www.playvid.com/watch/dyClkUKJk8A, http://www.playvid.com/watch/JPMefdu0j-r, http://www.playvid.com/watch/M3H7ocnZBDB,
http://www.playvid.com/watch/4trrrk5iQ4G, http://www.playvid.com/watch/iLXTzDybAAC, http://www.playvid.com/watch/lRk0QPFGFLL,
http://www.playvid.com/watch/FoE_KsgkPfk, http://www.playvid.com/watch/ccr3PRhoXlQ, http://www.playvid.com/watch/Bw--iXozg1B,
http://www.playvid.com/watch/PfGe_Kkawbk, http://www.playvid.com/watch/FYiDNa_24WW, http://www.playvid.com/watch/jKn6F2SQ3ui,
http://www.playvid.com/watch/jVLvEVevzYk, http://www.playvid.com/watch/ZeiH4Z9ahiQ, http://www.playvid.com/watch/ZHFN7_ii0aO,
http://www.playvid.com/watch/3vmER15thrm, http://www.playvid.com/watch/u84fWoE-hti, http://www.playvid.com/watch/S8i3cuhBymz,
http://www.playvid.com/watch/gJvQscraBWY, http://www.playvid.com/watch/DYlpJ0bkulE, http://www.playvid.com/watch/vkCTRnUjRko,
http://www.playvid.com/watch/R8Du_4Eqw90, http://www.playvid.com/watch/5Eutl4hkx0M, http://www.playvid.com/watch/ZnMQghKEcmS,
http://www.playvid.com/watch/53GEZHTuwfP, http://www.playvid.com/watch/RThblkoqEM9, http://www.playvid.com/watch/yFgavpQRTWs,
http://www.playvid.com/watch/HcaYlcGFrOx, http://www.playvid.com/watch/iG-hWQ716jl, http://www.playvid.com/watch/zBkaPIhSFYT,
http://www.playvid.com/watch/9GvxFj6Ny55, http://www.playvid.com/watch/9Mk1P92zWhq, http://www.playvid.com/watch/FioISTRoJZu,
http://www.playvid.com/watch/J1Xdh39ovAE, http://www.playvid.com/watch/AR1_4spxawx, http://www.playvid.com/watch/lCshTM040by,
http://www.playvid.com/watch/8m1Z-7LXr0q, http://www.playvid.com/watch/72see3Ag_sR, http://www.playvid.com/watch/E6WJJoQZSMe,
http://www.playvid.com/watch/rrisVtH0Yfb, http://www.playvid.com/watch/ypmzkpvRqnI, http://www.playvid.com/watch/GRdT-BSAFVr,
http://www.playvid.com/watch/byPyAN0Ow7Q, http://www.playvid.com/watch/ZvZyGup8dcr, http://www.playvid.com/watch/L2hhgA_vR3p,
http://www.playvid.com/watch/nD5F05-5ZnO, http://www.playvid.com/watch/VTUNBfEQ9rj, http://www.playvid.com/watch/3dkAx0SmfUW,
http://www.playvid.com/watch/vJjOZh0ayBt, http://www.playvid.com/watch/Ef32hx6XT4S, http://www.playvid.com/watch/SMb31g6vg1W,
http://www.playvid.com/watch/hEfAbqcwrjR, http://www.playvid.com/watch/Q2c7MRW3kCG, http://www.playvid.com/watch/Hyn3z0FHoVI,
http://www.playvid.com/watch/5PdYKeYuPGk, http://www.playvid.com/watch/MEH8Sw5ksLA, http://www.playvid.com/watch/ifjy1pB-wXJ,
http://www.playvid.com/watch/3H_DurpI1my, http://www.playvid.com/watch/vxm37d940wb, http://www.playvid.com/watch/foGs7PpQ8oY,
http://www.playvid.com/watch/IBnmvT2F4gA, http://www.playvid.com/watch/T9n_Nq9QqxE, http://www.playvid.com/watch/69ltTmmDj_I,
http://www.playvid.com/watch/T1gemPT1HvE, http://www.playvid.com/watch/WOEzM_MfETO, http://www.playvid.com/watch/6Gja3saKj9N,
http://www.playvid.com/watch/OEY--Yk7DR8, http://www.playvid.com/watch/kMyuU4p-Dzi, http://www.playvid.com/watch/wS0JMLZMhCf,
http://www.playvid.com/watch/qfwK4F29yFh, http://www.playvid.com/watch/F1FqQUixX7W, http://www.playvid.com/watch/IUsVrd3LjKT,
http://www.playvid.com/watch/8sZbnGqP102, http://www.playvid.com/watch/ITJeLROKcwu, http://www.playvid.com/watch/B4Uboxxo_nU,
http://www.playvid.com/watch/hi5JTR3I8dm, http://www.playvid.com/watch/CgPOKlIUR8H, http://www.playvid.com/watch/4VkXvS0ajgo,
http://www.playvid.com/watch/Znd_wzMPFUB, http://www.playvid.com/watch/JGY6GRsKJ0N, http://www.playvid.com/watch/p0JFn4JywKv,
http://www.playvid.com/watch/cGsHj1iiqPQ, http://www.playvid.com/watch/vjhv5JmF8rT, http://www.playvid.com/watch/qM-3z1HmK3o,
http://www.playvid.com/watch/yWxZvpGjd0D, http://www.playvid.com/watch/J1tDb9hjLnD, http://www.playvid.com/watch/uO5oF_X0LRc,
http://www.playvid.com/watch/RYn-xn_WTjk, http://www.playvid.com/watch/5-0ajijBXWj, http://www.playvid.com/watch/Q8JoaAxUOxz,
http://www.playvid.com/watch/ZkUXb0Vk6wP, http://www.playvid.com/watch/c3yrrHWUde8, http://www.playvid.com/watch/lrUiJYGvrUg,
http://www.playvid.com/watch/ReTZP3EzQk6, http://www.playvid.com/watch/9MvDXEa_he5, http://www.playvid.com/watch/fyvvY28jqmM,
http://www.playvid.com/watch/tXxgqyS97NU, http://www.playvid.com/watch/X7jEHVRSRw9, http://www.playvid.com/watch/uMnJOBrfh0k,
http://www.playvid.com/watch/LKp9BMwn8vP, http://www.playvid.com/watch/tTyu_860_dm, http://www.playvid.com/watch/8HrSJlb7kEJ,
http://www.playvid.com/watch/hgscRfNrofk, http://www.playvid.com/watch/8ZS4E9CIx2Z, http://www.playvid.com/watch/Z92c2-GZ_aF,
http://www.playvid.com/watch/aXDCHS3XEm0, http://www.playvid.com/watch/UoBLSl9wkF4, http://www.playvid.com/watch/B2cvLSvGAcR,
http://www.playvid.com/watch/xFWOfOzly27, http://www.playvid.com/watch/qtBsPtBZd4K, http://www.playvid.com/watch/DMoB2QUBxG3,
http://www.playvid.com/watch/uEAi6quwcaB, http://www.playvid.com/watch/uDj0DXArSnY, http://www.playvid.com/watch/HwTvkY1YEDw,
http://www.playvid.com/watch/If0RcdeEUvR, http://www.playvid.com/watch/mjUYToOZrt0, http://www.playvid.com/watch/0164_J-Oa1P,
http://www.playvid.com/watch/hsk7QhzMfwL, http://www.playvid.com/watch/sVAXzFwPS_C, http://www.playvid.com/watch/JMbUzNdYqFZ,
http://www.playvid.com/watch/Y9Ea90FQPLk, http://www.playvid.com/watch/SEBcytFKo2G, http://www.playvid.com/watch/iEPWNV_bVkj,
http://www.playvid.com/watch/jev7rPFRJu9, http://www.playvid.com/watch/cMwRvoBUEeX, http://www.playvid.com/watch/ABmWh93R-YF,
http://www.playvid.com/watch/whers8S81Ja, http://www.playvid.com/watch/PRGPtI7Oc6V, http://www.playvid.com/watch/txPbMH-BV3z,
http://www.playvid.com/watch/l4FsbF9khm6, http://www.playvid.com/watch/W4o7Ga9xA5f, http://www.playvid.com/watch/hHYfvWJLmAZ,
http://www.playvid.com/watch/xlqBJVnoH76, http://www.playvid.com/watch/obrbrrzCvhM, http://www.playvid.com/watch/rpw8txqO4tn,
http://www.playvid.com/watch/5IO0ZPuXb8T, http://www.playvid.com/watch/vY7JxX6FNdp, http://www.playvid.com/watch/QuL0Q9wPjpA,
http://www.playvid.com/watch/CvXd9ds000x, http://www.playvid.com/watch/xyQSgXjsydG, http://www.playvid.com/watch/cUik2nYcg1s,
http://www.playvid.com/watch/e7UNegOoo63, http://www.playvid.com/watch/wIkuQxlArda, http://www.playvid.com/watch/RvHEFeNgJ7z,
http://www.playvid.com/watch/PamP4TvrU4k, http://www.playvid.com/watch/Rz3O7LUaEW4, http://www.playvid.com/watch/uHHcOFm7tUF,
http://www.playvid.com/watch/Bi4BF3oNXmD, http://www.playvid.com/watch/ugpCvpyANIU, http://www.playvid.com/watch/tzmnrTuhgNs,
http://www.playvid.com/watch/2VwBVnkCh1U, http://www.playvid.com/watch/xQUwDPKJ--q, http://www.playvid.com/watch/rBOuQ6YMDBT,
http://www.playvid.com/watch/5vJBotj55Aw, http://www.playvid.com/watch/tRCiQD4LVK9, http://www.playvid.com/watch/fokdVvG_Xch,
http://www.playvid.com/watch/OK3FUmTlDEr, http://www.playvid.com/watch/24O-DSUI6WE, http://www.playvid.com/watch/c4oCGeSCObe,
http://www.playvid.com/watch/reCOrpaQN_i, http://www.playvid.com/watch/XLBVDoj80sz, http://www.playvid.com/watch/9EV6Yo3s1pT,
http://www.playvid.com/watch/ce0GdHygO_X, http://www.playvid.com/watch/F2qfOyv_CwC, http://www.playvid.com/watch/R52c8rr8OiA,
http://www.playvid.com/watch/9t3KBZbPTpa, http://www.playvid.com/watch/ZyBXOi3RA6N, http://www.playvid.com/watch/SlwJ56PezwA,
http://www.playvid.com/watch/wO0HlxPfyJN, http://www.playvid.com/watch/ptI90fO3KrY, http://www.playvid.com/watch/tQaHQrLd7ug,
http://www.playvid.com/watch/8mLZyEb2x0t, http://www.playvid.com/watch/E5hDDlC8whd, http://www.playvid.com/watch/Q2kUYK2CVJR,
http://www.playvid.com/watch/Lq9_qy7TmFR, http://www.playvid.com/watch/gLRMVocISpi, http://www.playvid.com/watch/P5bu0aoKElM,
http://www.playvid.com/watch/WxXyUOUabDj, http://www.playvid.com/watch/qbuibVht_pE, http://www.playvid.com/watch/5Yyuv4kQ0L3,
http://www.playvid.com/watch/q4ac2VW0dZP, http://www.playvid.com/watch/2NtYNA6bsoe, http://www.playvid.com/watch/rq5oGo__VDN,
http://www.playvid.com/watch/z8MD-BrJX25, http://www.playvid.com/watch/gxeBVr4LkXs, http://www.playvid.com/watch/JWzBvrmLamF,
http://www.playvid.com/watch/VkBc-kH9nDz, http://www.playvid.com/watch/l13MRkFoJ7z, http://www.playvid.com/watch/xhnnRPXDoqB,
http://www.playvid.com/watch/Jx3i-A1B3m2, http://www.playvid.com/watch/vD7dzsoyEZI, http://www.playvid.com/watch/fJ4wK5fbo5d,
http://www.playvid.com/watch/7mrvvwWqTG7, http://www.playvid.com/watch/VJCBESwFuiE, http://www.playvid.com/watch/v64z9z_pTp5,
http://www.playvid.com/watch/z_KXelN9bKj, http://www.playvid.com/watch/8KQkT5d7iif, http://www.playvid.com/watch/BYw9yJ1s1Go,
http://www.playvid.com/watch/6bKe2S5dxrL, http://www.playvid.com/watch/bDHPtYnthJr, http://www.playvid.com/watch/rWUxz1T-l5F,
http://www.playvid.com/watch/lDDCaEi1_Dr, http://www.playvid.com/watch/KHzP_1B-KLT, http://www.playvid.com/watch/MR88RZQLy0B,
http://www.playvid.com/watch/ns53Y8rHreA, http://www.playvid.com/watch/ELd9ZMiO2Tb, http://www.playvid.com/watch/Ax9VW3oa8iU,

http://www.playvid.com/watch/hiqhxtItJyb, http://www.playvid.com/watch/qEces5LiTCn, http://www.playvid.com/watch/ijJgQR1d9h7,
http://www.playvid.com/watch/KJ4eJ_Bon9K, http://www.playvid.com/watch/VTHU_TezxbT, http://www.playvid.com/watch/oI1Az-VhR9v,
http://www.playvid.com/watch/xeZ5pVbYPJi, http://www.playvid.com/watch/QyMGiHiPXPp, http://www.playvid.com/watch/VzNX6nSCCrC,
http://www.playvid.com/watch/TlouXP2-LbN, http://www.playvid.com/watch/TkmAf2SCDXB, http://www.playvid.com/watch/afHrPnvRKXS,
http://www.playvid.com/watch/OJDd9QXcl3C, http://www.playvid.com/watch/K6Qv3-m4Y-F, http://www.playvid.com/watch/pr1w_ZGcelv,
http://www.playvid.com/watch/lK4BGWwvF-E, http://www.playvid.com/watch/qd7MyLGlPYu, http://www.playvid.com/watch/fElgn1j4EpG,
http://www.playvid.com/watch/MSOgPpNx81R, http://www.playvid.com/watch/7F9OAtl-Edi, http://www.playvid.com/watch/SRe_scmq6ou,
http://www.playvid.com/watch/jtOECfKAJ_z, http://www.playvid.com/watch/sExMx4tAg1O, http://www.playvid.com/watch/GW2gLUzeAjH,
http://www.playvid.com/watch/uQ2Fqn5W0cP, http://www.playvid.com/watch/K5ENulcTEI0, http://www.playvid.com/watch/nEPO_m_WGZ7,
http://www.playvid.com/watch/kJK-i6UyCqY, http://www.playvid.com/watch/fXRTm3h741r, http://www.playvid.com/watch/nh_8FBorTSL,
http://www.playvid.com/watch/Ut0onOoh9ED, http://www.playvid.com/watch/fuQ_WKopJzz, http://www.playvid.com/watch/i_oRzA67u8Q,
http://www.playvid.com/watch/yjOURCMAB1d, http://www.playvid.com/watch/msdz3wSt-Ev, http://www.playvid.com/watch/4VBMm8MFKnJ,
http://www.playvid.com/watch/0LGllSmWqzI, http://www.playvid.com/watch/QedrAiovtpZ, http://www.playvid.com/watch/xHqF-mGA4B9,
http://www.playvid.com/watch/U2K6bf0m41P, http://www.playvid.com/watch/kucwL58ddhC, http://www.playvid.com/watch/GD0GtP6TRmU,
http://www.playvid.com/watch/MX6jRrcGSKP, http://www.playvid.com/watch/veZEMi6YAUK, http://www.playvid.com/watch/MA0pvF_TWLU,
http://www.playvid.com/watch/PlhJ5m3rYGs, http://www.playvid.com/watch/Cblm3-myRUp, http://www.playvid.com/watch/xlaEtCKm804,
http://www.playvid.com/watch/M2W0K2KuHYy, http://www.playvid.com/watch/eM825C4faFW, http://www.playvid.com/watch/7q_4xDcwBDa,
http://www.playvid.com/watch/tgDRi-l_gTE, http://www.playvid.com/watch/evogiN6VVnv, http://www.playvid.com/watch/C3_O9FqrYXH,
http://www.playvid.com/watch/udoeZ-_u-Nx, http://www.playvid.com/watch/VaXku4xPatd, http://www.playvid.com/watch/kQPxT71G3jo,
http://www.playvid.com/watch/tji7X8g6kgq, http://www.playvid.com/watch/30krjRkG6iS, http://www.playvid.com/watch/zlxLWKa8aXc,
http://www.playvid.com/watch/mCSS0YmBMb6, http://www.playvid.com/watch/YlnA6xC9hVn, http://www.playvid.com/watch/vPUR2RyBZhs,
http://www.playvid.com/watch/nNLA_UoPZzi, http://www.playvid.com/watch/NCD__gXrcrB, http://www.playvid.com/watch/fN6BGsDf9pw,
http://www.playvid.com/watch/Fgjv5hvkIoA, http://www.playvid.com/watch/RgcAM9sLrnU, http://www.playvid.com/watch/oHSA8etJ5mV,
http://www.playvid.com/watch/oiQp24hZLg2, http://www.playvid.com/watch/kY0XBTBXsTh, http://www.playvid.com/watch/ycOoybx5_Qt,
http://www.playvid.com/watch/vxYU7r5i-Jp, http://www.playvid.com/watch/U5B-rFJdBRE, http://www.playvid.com/watch/o4Ir7IxOL5f,
http://www.playvid.com/watch/ZE55vInUo7K, http://www.playvid.com/watch/E1Vyo1cEjx8, http://www.playvid.com/watch/ygXf7CC7roD,
http://www.playvid.com/watch/uMFb1DtCcsH, http://www.playvid.com/watch/yoc7Hz0OMme, http://www.playvid.com/watch/VzDFjo6Ts9o,
http://www.playvid.com/watch/K6tv1WbZOnG, http://www.playvid.com/watch/J5fJyzKeKyq, http://www.playvid.com/watch/ql1m6dQAjnH,
http://www.playvid.com/watch/ck8ek3eAUKh, http://www.playvid.com/watch/pBbGMuavP-A, http://www.playvid.com/watch/oap9M4GFnfr,
http://www.playvid.com/watch/SEx7x2eGrjW, http://www.playvid.com/watch/vkaOjXcoyZS, http://www.playvid.com/watch/B2W7xfQYV3E,
http://www.playvid.com/watch/q6eshoFXvUI, http://www.playvid.com/watch/XOoEOTPcZF3, http://www.playvid.com/watch/SNWkXJwDgIl,
http://www.playvid.com/watch/4fCPTZfnROq, http://www.playvid.com/watch/FJiSfu9bJQG, http://www.playvid.com/watch/g9IuqMe8Nrq,
http://www.playvid.com/watch/3enS_tD9MiW, http://www.playvid.com/watch/m4AjkwTApHW, http://www.playvid.com/watch/i57Qdj6urs6,
http://www.playvid.com/watch/kLmgxQlaUDL, http://www.playvid.com/watch/Id85xz1Ikap, http://www.playvid.com/watch/kcWWadiXMdB,
http://www.playvid.com/watch/dXFENEE5Y1r, http://www.playvid.com/watch/qJfkIxdEM72, http://www.playvid.com/watch/ZHCgr04hnoO,
http://www.playvid.com/watch/MCMKh5SSH3E, http://www.playvid.com/watch/WD59RY0WxBd, http://www.playvid.com/watch/ar5fIPZBiWH,
http://www.playvid.com/watch/m6zxlT3J6e2, http://www.playvid.com/watch/7xJi7BMSzw6, http://www.playvid.com/watch/AM5f9kwNs9v,
http://www.playvid.com/watch/4pdgDMDzemP, http://www.playvid.com/watch/rRwZ-xYu8QU, http://www.playvid.com/watch/iBASuTGmq2M,
http://www.playvid.com/watch/9d5NXaoDqJJ, http://www.playvid.com/watch/pUVvMNTVChO, http://www.playvid.com/watch/s1WYTzqFF76,
http://www.playvid.com/watch/QTr8Q7z19qG, http://www.playvid.com/watch/59Dwly4QWGE, http://www.playvid.com/watch/aQd8Xn3hBkP,
http://www.playvid.com/watch/AiT9gkrHqqX, http://www.playvid.com/watch/ivWbpGAeZ6E, http://www.playvid.com/watch/fKMpSwwCVPu,
http://www.playvid.com/watch/Zpp8fas0oZJ, http://www.playvid.com/watch/rCO7GXeYrzV, http://www.playvid.com/watch/pLiNviQVUiv,
http://www.playvid.com/watch/JFbdDq4Qc2Y, http://www.playvid.com/watch/tTFpTmp5oQo, http://www.playvid.com/watch/57EnyXJwmfe,
http://www.playvid.com/watch/W5ri_CB8Gdk, http://www.playvid.com/watch/Bgv0YV8efpY, http://www.playvid.com/watch/EZB9tNcbPr8,
http://www.playvid.com/watch/hfK2d6boPOx, http://www.playvid.com/watch/KjdaVDYRkv7, http://www.playvid.com/watch/7XnwtY-gcHe,
http://www.playvid.com/watch/KJhLF3vSfaQ, http://www.playvid.com/watch/sHNuf3jTTlc, http://www.playvid.com/watch/c9Lfifj0VLf,
http://www.playvid.com/watch/qf2ugG1NroP, http://www.playvid.com/watch/FBpxesVCwUw, http://www.playvid.com/watch/tHaUzRlYAmv,
http://www.playvid.com/watch/g4DDQ6QovEl, http://www.playvid.com/watch/KMKp74XXjUb, http://www.playvid.com/watch/2KyXDgDEwB3,
http://www.playvid.com/watch/BPkd49cJy1w, http://www.playvid.com/watch/XN89CYRYNcB, http://www.playvid.com/watch/x3ASIONTvTC,
http://www.playvid.com/watch/qZebvvikvNX, http://www.playvid.com/watch/jfl2-fsCv_V, http://www.playvid.com/watch/rKadhH_24bu,
http://www.playvid.com/watch/eAMwww8_dJP, http://www.playvid.com/watch/lXPLGEVgZi2, http://www.playvid.com/watch/PUdybKL38gj,
http://www.playvid.com/watch/hsve3ahBWQf, http://www.playvid.com/watch/gFxrkIrzpIH, http://www.playvid.com/watch/yejMfqmMjk4,
http://www.playvid.com/watch/MWCy-jM8_D8, http://www.playvid.com/watch/SSq4_ZL8ldC, http://www.playvid.com/watch/ymPPxEV-878,
http://www.playvid.com/watch/oxL8rdnx9ow, http://www.playvid.com/watch/lPZGElrqVvT, http://www.playvid.com/watch/ogbJERW76kG,
http://www.playvid.com/watch/B7ftlSgAW9r, http://www.playvid.com/watch/Zepie_HjDhj, http://www.playvid.com/watch/GTrj6u-fFe5,
http://www.playvid.com/watch/9D2G1S0KN4K, http://www.playvid.com/watch/sxw3r5lnEbz, http://www.playvid.com/watch/pc7c7R0XAs4,
http://www.playvid.com/watch/Tot1gcbwkja, http://www.playvid.com/watch/uvEBg-OTiz7, http://www.playvid.com/watch/tIO_QWq1B7O,
http://www.playvid.com/watch/VVcutswaoyQ, http://www.playvid.com/watch/uHSuV10V1MP, http://www.playvid.com/watch/ryK5J_Rsh8M,
http://www.playvid.com/watch/BRg5R6ghQJu, http://www.playvid.com/watch/B0vqSPYw_9n, http://www.playvid.com/watch/OcNxCRrDQ5e,
http://www.playvid.com/watch/Stji7F28_7i, http://www.playvid.com/watch/2MEX-n6a2_P, http://www.playvid.com/watch/eE0BWw7Kidg,
http://www.playvid.com/watch/n7x5kkaqXU2, http://www.playvid.com/watch/oAbqDjbVbpv, http://www.playvid.com/watch/yyMphWN4g8Y,
http://www.playvid.com/watch/QIUOyKym3Jn, http://www.playvid.com/watch/S3MFxq27diA, http://www.playvid.com/watch/Z3u4dvnXI7h,
http://www.playvid.com/watch/SzmJAJA9UmX, http://www.playvid.com/watch/I6XPfL573tY, http://www.playvid.com/watch/tJuBh4TtC0u,
http://www.playvid.com/watch/v7r06Na2KDf, http://www.playvid.com/watch/ZY9zteHgauf, http://www.playvid.com/watch/p1M8F9pp63W,
http://www.playvid.com/watch/6vFOXW_hPWl, http://www.playvid.com/watch/Vz1YQ0DQXAf, http://www.playvid.com/watch/rNJEax9As_E,
http://www.playvid.com/watch/soa_ZGUj00k, http://www.playvid.com/watch/vrGBeME-xWa, http://www.playvid.com/watch/dcegrjnb0M6,
http://www.playvid.com/watch/fhs2s2WWAtX, http://www.playvid.com/watch/C51I32qwelC, http://www.playvid.com/watch/uexLUtaYt8X,
http://www.playvid.com/watch/nflKuVAsuGF, http://www.playvid.com/watch/Xg1B3eiUufG, http://www.playvid.com/watch/J9hy5D-pBYI,
http://www.playvid.com/watch/oggm7fGMrsD, http://www.playvid.com/watch/Z4suHn_8rKe, http://www.playvid.com/watch/h4XbGYhe28s,
http://www.playvid.com/watch/5vZV8VCkcNj, http://www.playvid.com/watch/a9gqWD6ZEEQ, http://www.playvid.com/watch/XImGdr8u4-M,
http://www.playvid.com/watch/6Y_0Oef2oY8, http://www.playvid.com/watch/hdJm2gbD8LZ, http://www.playvid.com/watch/jw7KGVm_2ab,
http://www.playvid.com/watch/Kf8jyXHNOrD, http://www.playvid.com/watch/hpRbEM016te, http://www.playvid.com/watch/4kXP148bNbb,
http://www.playvid.com/watch/ZWdLv6haSXQ, http://www.playvid.com/watch/Wkd3MBA5VvY, http://www.playvid.com/watch/hPnenARyvuY,
http://www.playvid.com/watch/Z5CfQfJduhr, http://www.playvid.com/watch/QtOh-41Oqgy, http://www.playvid.com/watch/yGG1FDXJU1K,
http://www.playvid.com/watch/FjBHfgeHxjJ, http://www.playvid.com/watch/4tXjg3zra62, http://www.playvid.com/watch/o-Jirj7E8WZ,
http://www.playvid.com/watch/Bs15uOOK0a0, http://www.playvid.com/watch/ocx9wD1aE_X, http://www.playvid.com/watch/KsODlerAAYu,
http://www.playvid.com/watch/YTn0eLaeE5O, http://www.playvid.com/watch/pC8gaoMkmMm, http://www.playvid.com/watch/fcjJpRFoC1s,
http://www.playvid.com/watch/d6qk1U7qcoe, http://www.playvid.com/watch/VPyPoXLStYc, http://www.playvid.com/watch/5QlP-xg-6cU,
http://www.playvid.com/watch/CaHbI9a1X9w, http://www.playvid.com/watch/Rsm7d5VeAvE, http://www.playvid.com/watch/dKmf6arNoSU,
http://www.playvid.com/watch/H5FkujKPoCW, http://www.playvid.com/watch/NT4dK8wxpWn, http://www.playvid.com/watch/uw325YJnJEO,
http://www.playvid.com/watch/HgBlUMLAOw6, http://www.playvid.com/watch/85zMydhN75m, http://www.playvid.com/watch/tT-4MBmuiKU,
http://www.playvid.com/watch/V-qwaw1kcs2, http://www.playvid.com/watch/Unc5-neXNrd, http://www.playvid.com/watch/khLm75AEu-W,
http://www.playvid.com/watch/wB0TvqRtwA2, http://www.playvid.com/watch/wy_uoSokJ_v, http://www.playvid.com/watch/TdCzM0CO8C4,
http://www.playvid.com/watch/oXqJxkyF-1h, http://www.playvid.com/watch/C-CNLckqqwb, http://www.playvid.com/watch/5nH7FGnDDRD,
http://www.playvid.com/watch/0bGOVXAVcsY, http://www.playvid.com/watch/y46060oAVoF, http://www.playvid.com/watch/cMm-Pk8upfM,
http://www.playvid.com/watch/fw0Ez7YRztr, http://www.playvid.com/watch/soWSM6sm_SV, http://www.playvid.com/watch/noFqRXCV3RR,
http://www.playvid.com/watch/iR6L3mkGTu8, http://www.playvid.com/watch/9jV9v0MO27L, http://www.playvid.com/watch/gU4FCT3I5YV,
http://www.playvid.com/watch/LY0hskMo9bZ, http://www.playvid.com/watch/aMyoqpr7dex, http://www.playvid.com/watch/smwTZdGg-2q,
http://www.playvid.com/watch/u4SdM7Vv0ti, http://www.playvid.com/watch/qO2zeNXZHpX, http://www.playvid.com/watch/4C7TFdxVNmg,
http://www.playvid.com/watch/PQMhUYSrosQ, http://www.playvid.com/watch/cZMvX52SnfE, http://www.playvid.com/watch/BudaQ3dFJst,
http://www.playvid.com/watch/l5Z-0b5ZR-g, http://www.playvid.com/watch/goiEuuIEzJs, http://www.playvid.com/watch/6ZVC1p36-MB,
http://www.playvid.com/watch/herQgtuX33U, http://www.playvid.com/watch/7iRqkM14mHG, http://www.playvid.com/watch/TBMuA5PIAjA,
http://www.playvid.com/watch/eIhpl8qJ7l2, http://www.playvid.com/watch/avXuGI_MPkP, http://www.playvid.com/watch/FIzlDkSDHSZ,
http://www.playvid.com/watch/dSw_upZMG16, http://www.playvid.com/watch/hNIouuMng6O, http://www.playvid.com/watch/U0Ibt56FWb3,
http://www.playvid.com/watch/3D2x8jLXHVg, http://www.playvid.com/watch/dm9gPGZXczq, http://www.playvid.com/watch/sM0xPpR5xdn,
http://www.playvid.com/watch/eHHmjHppLNv, http://www.playvid.com/watch/Wt-m77GgH34, http://www.playvid.com/watch/ADeg2j72t1q,

http://www.playvid.com/watch/Kqg-CQmVghQ, http://www.playvid.com/watch/KAvNMyJUlXm, http://www.playvid.com/watch/4FatWxXNyeQ,
http://www.playvid.com/watch/mc_XQwkgXkW, http://www.playvid.com/watch/2QVhdlMQaaw, http://www.playvid.com/watch/QldAu9b8ast,
http://www.playvid.com/watch/IxZWRLMmGuN, http://www.playvid.com/watch/Cq8jbwnmSme, http://www.playvid.com/watch/irj_ow1xCr7,
http://www.playvid.com/watch/z2SAPiUeO7u, http://www.playvid.com/watch/PJk78pqPVCU, http://www.playvid.com/watch/U1pJsuVSKE4,
http://www.playvid.com/watch/EgHcJCumVqj, http://www.playvid.com/watch/uXD2SdCJmnK, http://www.playvid.com/watch/ByirMERLNQc,
http://www.playvid.com/watch/IuBDw__fDzz, http://www.playvid.com/watch/3C7HkymiqSm, http://www.playvid.com/watch/518XgkVPJq6,
http://www.playvid.com/watch/xuRm9xxpdZC, http://www.playvid.com/watch/fp0-nZbV_vy, http://www.playvid.com/watch/AFtXFo0N9JJ,
http://www.playvid.com/watch/fQnKLDQ7X8b, http://www.playvid.com/watch/o-6MGycNyrg, http://www.playvid.com/watch/OFipYhQY_o8,
http://www.playvid.com/watch/UHRpzPLPpKl, http://www.playvid.com/watch/HdGeiLx1G3o, http://www.playvid.com/watch/Qj7MOH2pGNj,
http://www.playvid.com/watch/cavWiKlEZ9d, http://www.playvid.com/watch/Z7pwj6pYcsw, http://www.playvid.com/watch/GM2Af1RZ71p,
http://www.playvid.com/watch/dYl-TsWsI6t, http://www.playvid.com/watch/wI770KO2B7T, http://www.playvid.com/watch/yW4MGhlYozX,
http://www.playvid.com/watch/uqv--7zgKbq, http://www.playvid.com/watch/e_WEltz4TkB, http://www.playvid.com/watch/qFmAcQ3DqZY,
http://www.playvid.com/watch/T43y30ap7hd, http://www.playvid.com/watch/PL2nRwDVdJf, http://www.playvid.com/watch/NhW0hkssKYy,
http://www.playvid.com/watch/nmwKR6CnjX0, http://www.playvid.com/watch/9QSqP593mk3, http://www.playvid.com/watch/We5WIOTsH2O,
http://www.playvid.com/watch/RG9ed8qJww7, http://www.playvid.com/watch/7BEAgbq_jHQ, http://www.playvid.com/watch/8oAlxZgte_0,
http://www.playvid.com/watch/AglrM3zocb0, http://www.playvid.com/watch/0FPQlCoaKYA, http://www.playvid.com/watch/NI8B4q9P1BQ,
http://www.playvid.com/watch/tginv4XfrNs, http://www.playvid.com/watch/rDvIx7GDJmc, http://www.playvid.com/watch/aMRwfwQtYxm,
http://www.playvid.com/watch/wbyN9wqqyVV, http://www.playvid.com/watch/swK3G9-SFmf, http://www.playvid.com/watch/wdGcDjujOPq,
http://www.playvid.com/watch/ZZELZDvl_O8, http://www.playvid.com/watch/YlvkKUQseNv, http://www.playvid.com/watch/s9JShoik-Rw,
http://www.playvid.com/watch/gxdMONMKBAk, http://www.playvid.com/watch/jlFFWpv51qI, http://www.playvid.com/watch/5quOICZfUMb,
http://www.playvid.com/watch/gxHiEF3H8m7, http://www.playvid.com/watch/gR8vxB36A9u, http://www.playvid.com/watch/nGktuRtodcX,
http://www.playvid.com/watch/CzhEKGYgrWC, http://www.playvid.com/watch/mAE6g2uaO89, http://www.playvid.com/watch/JhCss_Bu0Xy,
http://www.playvid.com/watch/Kozlx2L0SHw, http://www.playvid.com/watch/Kd7988p_uol, http://www.playvid.com/watch/r3w_OQjYvhi,
http://www.playvid.com/watch/Gqd19h-V3pV, http://www.playvid.com/watch/37srEiUnh1X, http://www.playvid.com/watch/CHU1G0d4hVn,
http://www.playvid.com/watch/VS6ArFR2o1o, http://www.playvid.com/watch/CgSLYA9g5Vg, http://www.playvid.com/watch/wybTWd2uhho,
http://www.playvid.com/watch/qSPV8jq2tW9, http://www.playvid.com/watch/dG_Ds0v-BIi, http://www.playvid.com/watch/6-OIVfrRA7G,
http://www.playvid.com/watch/rK5XiXtUXhx, http://www.playvid.com/watch/oN1Q01IRJAl, http://www.playvid.com/watch/QfilNsmMBJe,
http://www.playvid.com/watch/2N4S3hATqjG, http://www.playvid.com/watch/5e3IU-EglUe, http://www.playvid.com/watch/FyO8cXSOFiY,
http://www.playvid.com/watch/AHcE2msJA0D, http://www.playvid.com/watch/27UuVvy4lIs, http://www.playvid.com/watch/l1xtlDzl82n,
http://www.playvid.com/watch/DV0mizfebm9, http://www.playvid.com/watch/2lGbv13OxFN, http://www.playvid.com/watch/zxkJe5hKHwM,
http://www.playvid.com/watch/6c4L2HruRk4, http://www.playvid.com/watch/bSQ0zvZvBXC, http://www.playvid.com/watch/QcaDc-Rmo7Q,
http://www.playvid.com/watch/siIOAMx3kuT, http://www.playvid.com/watch/Gsl4s5w8U5r, http://www.playvid.com/watch/Zta5jUMhBSN,
http://www.playvid.com/watch/QgJMgU3bpyr, http://www.playvid.com/watch/a0qDMMrns45, http://www.playvid.com/watch/3_s1I8D1eiK,
http://www.playvid.com/watch/tYO0KzneEOs, http://www.playvid.com/watch/pKRL-S9xwnj, http://www.playvid.com/watch/QPUu5XNjDMB,
http://www.playvid.com/watch/r0PAB8kLAN9, http://www.playvid.com/watch/PSGrZVTLq-4, http://www.playvid.com/watch/lUZBNnXM6-3,
http://www.playvid.com/watch/EDrDeaVzo5c, http://www.playvid.com/watch/Ced-dPnqFDL, http://www.playvid.com/watch/0RROuPMIAaX,
http://www.playvid.com/watch/b2v4rnTGGyx, http://www.playvid.com/watch/YqZpQjBb2R9, http://www.playvid.com/watch/T8NUL-JIV8C,
http://www.playvid.com/watch/nASTGuFF89E, http://www.playvid.com/watch/Hl-l9yixJOM, http://www.playvid.com/watch/M8mhwKd9FG9,
http://www.playvid.com/watch/LxVpPEzvnXw, http://www.playvid.com/watch/lHyL_w3b6Aw, http://www.playvid.com/watch/Yr7ZORJ4yif,
http://www.playvid.com/watch/72q17AJq0e3, http://www.playvid.com/watch/BvU0OiEBpIm, http://www.playvid.com/watch/6WHDLzjfV2r,
http://www.playvid.com/watch/4brohAYaoGs, http://www.playvid.com/watch/MnvfDa0X6kE, http://www.playvid.com/watch/8VKr25-hHEh,
http://www.playvid.com/watch/w_QPjN0joXm, http://www.playvid.com/watch/VlG9zufYUa0, http://www.playvid.com/watch/sD6Yzh8SGAq,
http://www.playvid.com/watch/jlV9xWiHE3S, http://www.playvid.com/watch/LV1tIbBYqIO, http://www.playvid.com/watch/xAapyzoGiTy,
http://www.playvid.com/watch/396f97NdwCG, http://www.playvid.com/watch/ns_2-EsuUIA, http://www.playvid.com/watch/hPM4Czb3VAL,
http://www.playvid.com/watch/oZkhDIzES9f, http://www.playvid.com/watch/D9g1syAPx1E, http://www.playvid.com/watch/L_yt-5k6LnU,
http://www.playvid.com/watch/Sj2PL1GyE1C, http://www.playvid.com/watch/g1Chpu_OgCY, http://www.playvid.com/watch/amJsQnBdaAN,
http://www.playvid.com/watch/BNKPb3Nzu37, http://www.playvid.com/watch/Sapw6WHgjbC, http://www.playvid.com/watch/on3wN5E7cEs,
http://www.playvid.com/watch/A6oqT62VpWM, http://www.playvid.com/watch/Fyxtp_pc_yn, http://www.playvid.com/watch/NYppwA_6mau,
http://www.playvid.com/watch/CchTiRKoVfn, http://www.playvid.com/watch/QhZ7uB--JAM, http://www.playvid.com/watch/msZELXzfYFX,
http://www.playvid.com/watch/cVZnqTpkNzC, http://www.playvid.com/watch/47V8yMA28l8, http://www.playvid.com/watch/DcsFsorty7c,
http://www.playvid.com/watch/6P1gKOuniDm, http://www.playvid.com/watch/6vPpEMO53I9, http://www.playvid.com/watch/2bBfB28CKfu,
http://www.playvid.com/watch/LQmIyQgC6Pr, http://www.playvid.com/watch/brGvNc2Gotx, http://www.playvid.com/watch/7lVbAKUGt8I,
http://www.playvid.com/watch/Dvw6rMQovUS, http://www.playvid.com/watch/kkdOmhC9jnI, http://www.playvid.com/watch/dJDxaAant2p,
http://www.playvid.com/watch/S2rFsAW217c, http://www.playvid.com/watch/J94C_Q1xkh6, http://www.playvid.com/watch/ubSboAsyGHU,
http://www.playvid.com/watch/auRZF17UceP, http://www.playvid.com/watch/dKAqaBe33-a, http://www.playvid.com/watch/BsdotnlXMzQ,
http://www.playvid.com/watch/LYFq5j1hTCb, http://www.playvid.com/watch/TJ2G03QICKh, http://www.playvid.com/watch/SpUzOY9GyfL,
http://www.playvid.com/watch/jtf7w1cZfHW, http://www.playvid.com/watch/TWq_eNsRhkU, http://www.playvid.com/watch/D_0p8Tz8VeC,
http://www.playvid.com/watch/W0nr8dKMqqa, http://www.playvid.com/watch/FvChjWB-Y0G, http://www.playvid.com/watch/7IHq5ecEqMs,
http://www.playvid.com/watch/uN_uWFKKi0s, http://www.playvid.com/watch/GzyDU1nSRye, http://www.playvid.com/watch/fNFPTXOsj6X,
http://www.playvid.com/watch/t_g_UrtiBaL, http://www.playvid.com/watch/fFqPQChUZaO, http://www.playvid.com/watch/X7H9ImDW5a3,
http://www.playvid.com/watch/RI6MrSUudef, http://www.playvid.com/watch/tap-kt4vgKq, http://www.playvid.com/watch/Iip0V_h2Sjt,
http://www.playvid.com/watch/mi1juL3HELN, http://www.playvid.com/watch/gdE8d3ZZsrk, http://www.playvid.com/watch/JeYfPfXEWMG,
http://www.playvid.com/watch/FDTvP1khqki, http://www.playvid.com/watch/lzLwyZKexST, http://www.playvid.com/watch/i1Do6MQ2UkH,
http://www.playvid.com/watch/iiYUQeG-WWy, http://www.playvid.com/watch/kN8KRSJJe0i, http://www.playvid.com/watch/8K5NWSHxrX7,
http://www.playvid.com/watch/mnKVPoYjsom, http://www.playvid.com/watch/dPIxK8uARSP, http://www.playvid.com/watch/O81qE9yx_05,
http://www.playvid.com/watch/x-c51i5AUL8, http://www.playvid.com/watch/u1xv-qSZtQi, http://www.playvid.com/watch/nv8dXgUeIdM,
http://www.playvid.com/watch/mYWdhUWTyNq, http://www.playvid.com/watch/lJHDm2wexhX, http://www.playvid.com/watch/io1M6ojcmVL,
http://www.playvid.com/watch/QdAyVeODuI8, http://www.playvid.com/watch/BCuVYNAFlYs, http://www.playvid.com/watch/shmveJE7KaI,
http://www.playvid.com/watch/ba2NxLZ1-Xv, http://www.playvid.com/watch/7rPED6aC1mi, http://www.playvid.com/watch/cujuEM1aNX0,
http://www.playvid.com/watch/3gElfwt2VC6, http://www.playvid.com/watch/xoIg4TYLM2E, http://www.playvid.com/watch/slKIdrGENe5,
http://www.playvid.com/watch/gX6EK0PVT5R, http://www.playvid.com/watch/ehiR1ZLD4mX, http://www.playvid.com/watch/jPkgzfqLf6X,
http://www.playvid.com/watch/5M2c52CH6WI, http://www.playvid.com/watch/CIyZcLBP7Br, http://www.playvid.com/watch/m1HEbf0kUKM,
http://www.playvid.com/watch/yJY1-S3NpZb, http://www.playvid.com/watch/fCpwz_gM1OT, http://www.playvid.com/watch/wTB9QLzully,
http://www.playvid.com/watch/PXPtQ8HEVtq, http://www.playvid.com/watch/5P8n2d2B46P, http://www.playvid.com/watch/jnKBdPjqE55,
http://www.playvid.com/watch/BSQ1EjgI_fy, http://www.playvid.com/watch/vUkPj68QrIA, http://www.playvid.com/watch/kC5YBkzkC7n,
http://www.playvid.com/watch/lkkwm4Z7NRe, http://www.playvid.com/watch/bc_MDk52GDu, http://www.playvid.com/watch/BgW69Q_x_0p,
http://www.playvid.com/watch/spSuS4IW11W, http://www.playvid.com/watch/bOU5sMj2Q2y, http://www.playvid.com/watch/a3HpNETxeG7,
http://www.playvid.com/watch/g0zV204yIgp
5.f. Date of third notice: 2015-06-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ANORDOFHALL
5.b. Uploader's email address: a.nordofhall@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ANORDOFHALL
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BVBZXPfHhp3, http://www.playvid.com/watch/4oAz3mJOI5p,
http://www.playvid.com/watch/P2Brd-o4jYf, http://www.playvid.com/watch/YytQmQNY0ci, http://www.playvid.com/watch/3qjFBPWgElA,
http://www.playvid.com/watch/AXmuAWziyrP, http://www.playvid.com/watch/syA047cdiiy, http://www.playvid.com/watch/IbbDcrUiYBh,
http://www.playvid.com/watch/w592W69Xdtx, http://www.playvid.com/watch/GLPRej2XI2J, http://www.playvid.com/watch/ykPaDBru8ms,
http://www.playvid.com/watch/ZIgeD7clgtu, http://www.playvid.com/watch/YKGyUUixtS0, http://www.playvid.com/watch/j5I7WOYY9e0,
http://www.playvid.com/watch/zii6C0-OU3d, http://www.playvid.com/watch/vK9P5LXxyKo, http://www.playvid.com/watch/D6zL4SAU-yD,
http://www.playvid.com/watch/WjwSWCxTmSp, http://www.playvid.com/watch/xdW6qMyefrq, http://www.playvid.com/watch/0fDmMQcmkzk,
http://www.playvid.com/watch/5SxOYsa9Ifc, http://www.playvid.com/watch/uELA7ik2AW6, http://www.playvid.com/watch/ffH3wLceCPK,
http://www.playvid.com/watch/nPiPMdfNfNQ, http://www.playvid.com/watch/jSZJKCse1CW, http://www.playvid.com/watch/5G0_Awnu5nw,
http://www.playvid.com/watch/EBDMeUhl4Jx
5.f. Date of third notice: 2014-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Anthony9164
5.b. Uploader's email address: Anthonyxander9164@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Anthony9164
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wUcsB95czQu, http://www.playvid.com/watch/iTlHmeFLLGP, http://www.playvid.com/watch/OAos5Jhbdo7, http://www.playvid.com/watch/BhZI0QOKWRj, http://www.playvid.com/watch/xRCsKTCAJqZ, http://www.playvid.com/watch/2iQ7JMmwpDv, http://www.playvid.com/watch/kBDQxrCl6Ga, http://www.playvid.com/watch/QlGJgyXCQtR, http://www.playvid.com/watch/nHFmmtRqh9g, http://www.playvid.com/watch/YsMn0htNlYC, http://www.playvid.com/watch/2iYPUh0QbCt, http://www.playvid.com/watch/iQhafn-0zPm, http://www.playvid.com/watch/KzL5XPvdLEg, http://www.playvid.com/watch/Q8va37o-AIF, http://www.playvid.com/watch/ymr6u3E2cJX, http://www.playvid.com/watch/dRHT8Sy3N-U, http://www.playvid.com/watch/idqLlnvJufn, http://www.playvid.com/watch/JJ9Day48D8p, http://www.playvid.com/watch/BJ3bnmw5NIp, http://www.playvid.com/watch/X5zjqWxAvsh, http://www.playvid.com/watch/kf3023Hw4ot, http://www.playvid.com/watch/ZlDjjJlfCUV, http://www.playvid.com/watch/ppMdj93yoHu, http://www.playvid.com/watch/Nwzd0jMMVu-, http://www.playvid.com/watch/-tSv4ZmjRmX, http://www.playvid.com/watch/hqbIy-UHmmm, http://www.playvid.com/watch/-sjfp9aSYSd, http://www.playvid.com/watch/g-Sj2GKcxbP, http://www.playvid.com/watch/yAfDad-W5Dh, http://www.playvid.com/watch/a97XQnAY0wu, http://www.playvid.com/watch/LDW8X-m5hLi, http://www.playvid.com/watch/kXdmPEKU0e0, http://www.playvid.com/watch/Kkl-ly3-OSM, http://www.playvid.com/watch/WkBXml88GIi, http://www.playvid.com/watch/FP0z6Ywcsm2, http://www.playvid.com/watch/MqqOsXypHyn, http://www.playvid.com/watch/fPtLrLsisqh, http://www.playvid.com/watch/ElNsENDz8AW, http://www.playvid.com/watch/25p-CyNkY9h, http://www.playvid.com/watch/5RgSWomNPlv, http://www.playvid.com/watch/s-s-4SlctcJ, http://www.playvid.com/watch/w9kumlJlUFq, http://www.playvid.com/watch/EamEmgvw6Le, http://www.playvid.com/watch/4yigAdopapX, http://www.playvid.com/watch/fUPzt2TFY9x, http://www.playvid.com/watch/-bm9JWJa0G0, http://www.playvid.com/watch/F3uykeshqSy, http://www.playvid.com/watch/6adkOcM3xuk, http://www.playvid.com/watch/PkAoHizdy3j, http://www.playvid.com/watch/KwqvVO3MBPz, http://www.playvid.com/watch/SYSydWJTSvk, http://www.playvid.com/watch/RNWlQNUObc8, http://www.playvid.com/watch/pICcI3JYrdl, http://www.playvid.com/watch/rLNrtZ27yD-, http://www.playvid.com/watch/BL465sGq2sH, http://www.playvid.com/watch/IQixyDXaPeK, http://www.playvid.com/watch/empcib2sWkv, http://www.playvid.com/watch/htlTGOJWfhL, http://www.playvid.com/watch/v8vBW7Rq3CZ, http://www.playvid.com/watch/CzcyU3ZJdd-, http://www.playvid.com/watch/xzigsr0kYxo, http://www.playvid.com/watch/wAGmdQEcJYU, http://www.playvid.com/watch/fcy5qz2NEsr, http://www.playvid.com/watch/Ho9a3hi5sqC, http://www.playvid.com/watch/ZZJrhmnCotC, http://www.playvid.com/watch/OsUnj50zI0P, http://www.playvid.com/watch/bJXVFw2yFqO, http://www.playvid.com/watch/ZjlyPKbIqMH, http://www.playvid.com/watch/C0gmUtIClLi, http://www.playvid.com/watch/U7NPZpyKLeC, http://www.playvid.com/watch/yknkNV9xwY0, http://www.playvid.com/watch/muUgSsf7QF6, http://www.playvid.com/watch/b-YXbVC7EuT, http://www.playvid.com/watch/iPOruNRNRDA, http://www.playvid.com/watch/kya50LlF9WR, http://www.playvid.com/watch/8sa9zi8duVW, http://www.playvid.com/watch/-FaVOHy0hcJ, http://www.playvid.com/watch/FfLedA5ENeq, http://www.playvid.com/watch/6T72Sm5K6qb, http://www.playvid.com/watch/L5PFDVW5Th2, http://www.playvid.com/watch/HibBMDi55ni, http://www.playvid.com/watch/GfYOCfN2D45, http://www.playvid.com/watch/g5Vu2gOwegk, http://www.playvid.com/watch/AZnyHJ7kElH, http://www.playvid.com/watch/oZKX6DMdeAT, http://www.playvid.com/watch/OTSuakPxDIj, http://www.playvid.com/watch/5Eyi7dzgDv2, http://www.playvid.com/watch/2tEGzpqZiJJ, http://www.playvid.com/watch/SeGacXYCK0X, http://www.playvid.com/watch/ywxQOxAP0re, http://www.playvid.com/watch/im8vsaLecMG, http://www.playvid.com/watch/PGfciYwC--o, http://www.playvid.com/watch/u95RVwcLx0q, http://www.playvid.com/watch/rlJ274deuvU, http://www.playvid.com/watch/mfUvFQnOS2R, http://www.playvid.com/watch/C0mAr0dsusE, http://www.playvid.com/watch/yZFK0e77nCc, http://www.playvid.com/watch/AZ7BoLu0LVQ, http://www.playvid.com/watch/JPpk99POKdy, http://www.playvid.com/watch/IhjcoEzJbnG, http://www.playvid.com/watch/ns2mTv8eLPc, http://www.playvid.com/watch/F3hMX0EZe65, http://www.playvid.com/watch/jjKKRYUMF4U, http://www.playvid.com/watch/5T5lpDG7nrJ, http://www.playvid.com/watch/wwCOeLZ8d0b, http://www.playvid.com/watch/pIWiRnJMXJX, http://www.playvid.com/watch/gglsPtr3S6A, http://www.playvid.com/watch/lMH0DkupjUE, http://www.playvid.com/watch/Rh5U5rrnzEs, http://www.playvid.com/watch/uwR7To8sr3C, http://www.playvid.com/watch/deNmLlAIaRM, http://www.playvid.com/watch/AXFnxRDNvEZ, http://www.playvid.com/watch/JBRKULJhO5Z, http://www.playvid.com/watch/hsUmwyzl0H7, http://www.playvid.com/watch/susH5SgRuSj, http://www.playvid.com/watch/V4STAqXOoRP, http://www.playvid.com/watch/eSSbklcSt8f, http://www.playvid.com/watch/XQ5FGi75SK0, http://www.playvid.com/watch/qZnR-EKtO7v, http://www.playvid.com/watch/OiZjpCfqKy9, http://www.playvid.com/watch/aVIQ63k3ksB, http://www.playvid.com/watch/NOSwUi98vvQ, http://www.playvid.com/watch/pQXhUMTm8YM, http://www.playvid.com/watch/LuBSDbrcWS7, http://www.playvid.com/watch/V8oGY2yI72O, http://www.playvid.com/watch/vFYcoXj8t0B, http://www.playvid.com/watch/gdQFqn2oqXj, http://www.playvid.com/watch/3XikC7Xppw6, http://www.playvid.com/watch/QXrmTgJYoQk, http://www.playvid.com/watch/Y8NVNHAUt7f, http://www.playvid.com/watch/AwCS0qwnpNN, http://www.playvid.com/watch/7tNajmGKnFD, http://www.playvid.com/watch/GnPSCRd0I-m, http://www.playvid.com/watch/Ow8Z0WNwtao, http://www.playvid.com/watch/CTPJvDZt2xL, http://www.playvid.com/watch/8ZfNMy9OnZJ, http://www.playvid.com/watch/-qn5wV27pf6, http://www.playvid.com/watch/8lIq-64-FHr, http://www.playvid.com/watch/rWwcMjut2Ol, http://www.playvid.com/watch/TGnkZ3apS-z, http://www.playvid.com/watch/v9H6kOIj3ew, http://www.playvid.com/watch/uJuFlkGljCV, http://www.playvid.com/watch/rw2WWOmxTmO, http://www.playvid.com/watch/U0bHJ9KbfW5, http://www.playvid.com/watch/ttIXUuxUDPK, http://www.playvid.com/watch/qnGS7nWekya, http://www.playvid.com/watch/dwkMkS2osx0, http://www.playvid.com/watch/WTc3QENGlOa, http://www.playvid.com/watch/nlphNWUrzOD, http://www.playvid.com/watch/ji8T6Gfozli, http://www.playvid.com/watch/BIAnhCyCWAQ, http://www.playvid.com/watch/03W3cQiSy3n, http://www.playvid.com/watch/bAbYWIQkOt7, http://www.playvid.com/watch/-ZiP0kOeWU-, http://www.playvid.com/watch/jAdmqxJ3UKI, http://www.playvid.com/watch/HGLlzXKOgIV, http://www.playvid.com/watch/LZ3Y4Mxu9lp, http://www.playvid.com/watch/w7cVMIrJtqr, http://www.playvid.com/watch/tAKkTmVMvPp, http://www.playvid.com/watch/gyZ5Wd-bQtY, http://www.playvid.com/watch/qs9okt5pKgr, http://www.playvid.com/watch/uikGjZIPjTG, http://www.playvid.com/watch/GhfArj0XrpQ, http://www.playvid.com/watch/T9DKR7GYpjn, http://www.playvid.com/watch/jDYsdZG7kaR, http://www.playvid.com/watch/BTSzANUnwIv, http://www.playvid.com/watch/ZQnjuLsmM7W, http://www.playvid.com/watch/5vQHVpetc7T, http://www.playvid.com/watch/IMj3P6WPODg, http://www.playvid.com/watch/u6GhlKbHTVt, http://www.playvid.com/watch/ae2jh7B9wan, http://www.playvid.com/watch/rcZq0T6oJ6B, http://www.playvid.com/watch/voUnOmdhZmY, http://www.playvid.com/watch/QRKKsakYPsb, http://www.playvid.com/watch/U7mLw2wjTob, http://www.playvid.com/watch/deyHa678Wex, http://www.playvid.com/watch/mIJGuzsk6Ji, http://www.playvid.com/watch/KZnZfasPk8G, http://www.playvid.com/watch/qeg3miH-KT0, http://www.playvid.com/watch/LGNm2u5PPBy, http://www.playvid.com/watch/IxpskzGM5VK, http://www.playvid.com/watch/mvJyCFsb2x3, http://www.playvid.com/watch/cEvIOly20Ho, http://www.playvid.com/watch/keDUkc3RdcD, http://www.playvid.com/watch/2nC8yPanefK, http://www.playvid.com/watch/66fSIR3Yu42, http://www.playvid.com/watch/qq0549almOh, http://www.playvid.com/watch/iHxwLeRdrrA, http://www.playvid.com/watch/ayjtDD6QU5z, http://www.playvid.com/watch/A935LaFAQY2, http://www.playvid.com/watch/zXRWtuIdfXC, http://www.playvid.com/watch/HYwf-JAmwlF, http://www.playvid.com/watch/s6dcWzHoWFa, http://www.playvid.com/watch/ql0HcyvIoYe, http://www.playvid.com/watch/ZbVLCYNiI00, http://www.playvid.com/watch/CPZW4qpXV5U, http://www.playvid.com/watch/xCCBxiQAJfv, http://www.playvid.com/watch/dFhTtLblrxI, http://www.playvid.com/watch/KqljNtjuBlz, http://www.playvid.com/watch/aqspX9sy4yb, http://www.playvid.com/watch/XqFhmH9wVem, http://www.playvid.com/watch/Czcji9IXeeD, http://www.playvid.com/watch/g0VnNKS6Wv3, http://www.playvid.com/watch/GmFKYYWRojx, http://www.playvid.com/watch/SPJTW0o3HbH, http://www.playvid.com/watch/dgT7dwLjNRn, http://www.playvid.com/watch/OoXbbdDN6PQ, http://www.playvid.com/watch/FENiT4-AUFD, http://www.playvid.com/watch/5cT8YGgshUD, http://www.playvid.com/watch/UK7euTQ9Bjz, http://www.playvid.com/watch/VCHYUZDWEg4, http://www.playvid.com/watch/X475zD4ewpq, http://www.playvid.com/watch/l3fhZMgnBH4, http://www.playvid.com/watch/DGrEwzT6EDu, http://www.playvid.com/watch/q3f0nb0ObcX, http://www.playvid.com/watch/WvPo7BClYMc, http://www.playvid.com/watch/anarI9tU6Xj, http://www.playvid.com/watch/y6lAQZ4rqKW, http://www.playvid.com/watch/J0iEaWGVD7W, http://www.playvid.com/watch/u7wJfA2UNCT, http://www.playvid.com/watch/HhBNRSunaVK, http://www.playvid.com/watch/h3KSaETfaec, http://www.playvid.com/watch/A2ZY8psQyRW, http://www.playvid.com/watch/pcpFOAHAgNx, http://www.playvid.com/watch/BMZbJujCsuJ, http://www.playvid.com/watch/JdUDcoon7Au, http://www.playvid.com/watch/MgI0icbk6yC
5.f. Date of third notice: 2013-11-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: antoniomengali83
5.b. Uploader's email address: antoniomengali83@yahoo.it
5.d. Uploader's profile: http://www.playvid.com/member/antoniomengali83
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pKH49-lkc3D, http://www.playvid.com/watch/B3dn7-l4iRW, http://www.playvid.com/watch/NSRXCWbfYY4, http://www.playvid.com/watch/gR7mOdTM9RX, http://www.playvid.com/watch/vR8fSQQl0Cp, http://www.playvid.com/watch/hRKeTEA7NzI, http://www.playvid.com/watch/-mr5CHrDz9I, http://www.playvid.com/watch/KPCS7toCZXC, http://www.playvid.com/watch/YJwy4Z5cIgw, http://www.playvid.com/watch/yvTKeOJajfC, http://www.playvid.com/watch/kOLJbmlcC5H, http://www.playvid.com/watch/rKgeNvD35Zg, http://www.playvid.com/watch/GS0Rop82igv, http://www.playvid.com/watch/u0mDwJcWJlc, http://www.playvid.com/watch/jOUrp5QgY-8, http://www.playvid.com/watch/psR3Feqtb9c, http://www.playvid.com/watch/gUWjJms943-
5.f. Date of third notice: 2013-09-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: anusXXX

5.b. Uploader's email address: erickmillllton@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/anusXXX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/knyvehULhcO, http://www.playvid.com/watch/P2y9rC9HqCB,
http://www.playvid.com/watch/htrGVSg_r9J, http://www.playvid.com/watch/D0ixqC_cu8O, http://www.playvid.com/watch/tvBec-CT_5i,
http://www.playvid.com/watch/KGgE8Iwe7Pm, http://www.playvid.com/watch/IqbFJEfQQDw, http://www.playvid.com/watch/DGYrad2yMCj,
http://www.playvid.com/watch/oVgxC0I7aFP, http://www.playvid.com/watch/tuzH7A8ViAj, http://www.playvid.com/watch/2lsewxeiWWe,
http://www.playvid.com/watch/67zU_OQ_77q, http://www.playvid.com/watch/IF4bs-LiTU7, http://www.playvid.com/watch/Ol7wf0YefYR,
http://www.playvid.com/watch/gd4MZUDDjEQ, http://www.playvid.com/watch/JC3axJBqJY6, http://www.playvid.com/watch/Xg1cPE9O5c6,
http://www.playvid.com/watch/xlx9k9jOnTx, http://www.playvid.com/watch/vHkFuwuoPky, http://www.playvid.com/watch/oOVioM03wGn,
http://www.playvid.com/watch/LSKtlm4qkDp, http://www.playvid.com/watch/thjtDn4y3cw, http://www.playvid.com/watch/p5Q4c3rPg62,
http://www.playvid.com/watch/4iLATZvCnxk, http://www.playvid.com/watch/UV0PMsUT5Cj, http://www.playvid.com/watch/yXcAypcVHi3,
http://www.playvid.com/watch/nY0AWS-2kIV, http://www.playvid.com/watch/3Q6MOT8U98L, http://www.playvid.com/watch/beSh68XN3Cq,
http://www.playvid.com/watch/J2qqACY0Iy3, http://www.playvid.com/watch/4cjZEZ6ToOB, http://www.playvid.com/watch/N13VNYJv3In,
http://www.playvid.com/watch/CMRcPwtmTN7, http://www.playvid.com/watch/gQzK0_jSooD, http://www.playvid.com/watch/7nrRS0Hald9,
http://www.playvid.com/watch/VmjJhse8Nhf, http://www.playvid.com/watch/J3SpVXJByek, http://www.playvid.com/watch/Xfa_GAkK7xN,
http://www.playvid.com/watch/MLn-rIv6mh0, http://www.playvid.com/watch/KWRMFgXY6It, http://www.playvid.com/watch/AKC5iDHd1Ev,
http://www.playvid.com/watch/Vg62KugC7ll, http://www.playvid.com/watch/GUaoPKo4jqt, http://www.playvid.com/watch/5cMYu5g4PtK,
http://www.playvid.com/watch/u24T5stiMrR, http://www.playvid.com/watch/ASId5vDdpCQ, http://www.playvid.com/watch/Dj8Kd2eGwNB,
http://www.playvid.com/watch/P9_V5BZDGDK, http://www.playvid.com/watch/p-CjJEVbH3N, http://www.playvid.com/watch/oHDqrqKE65a,
http://www.playvid.com/watch/rngyJUT0bzt, http://www.playvid.com/watch/RCqWEp-OJ4Y, http://www.playvid.com/watch/UXno1M1mdhZ,
http://www.playvid.com/watch/6rU1Zp_NAcl, http://www.playvid.com/watch/xmwsHPqjHIE, http://www.playvid.com/watch/cFmLuKNvtFT,
http://www.playvid.com/watch/8NKC9I_H6iD, http://www.playvid.com/watch/Pv8dFrNiVou, http://www.playvid.com/watch/XJdzvGFi__y,
http://www.playvid.com/watch/fxGoZHZnIUx, http://www.playvid.com/watch/GSkQz3fBM_e, http://www.playvid.com/watch/2KHLy3bLpmM,
http://www.playvid.com/watch/hn1X9PebRu4, http://www.playvid.com/watch/jKT3xdH8l4g, http://www.playvid.com/watch/PApho7Xpn_E,
http://www.playvid.com/watch/GA4Rs9NHhYQ, http://www.playvid.com/watch/dFNy94O_Tx0, http://www.playvid.com/watch/hWW96oYZecw,
http://www.playvid.com/watch/Eq-Bp2TVam6, http://www.playvid.com/watch/7s-VfRgnNBx, http://www.playvid.com/watch/W7Nuy5e5EvD,
http://www.playvid.com/watch/Dc5Jm1Pf8CC, http://www.playvid.com/watch/NgHLRNB0_XA, http://www.playvid.com/watch/uaG0te5cW9o,
http://www.playvid.com/watch/VAfJ97hothg, http://www.playvid.com/watch/56lFjrE8-M9, http://www.playvid.com/watch/c6dvulywq0s,
http://www.playvid.com/watch/qiM6BN5lJgn, http://www.playvid.com/watch/HyAVIZi4ph3, http://www.playvid.com/watch/TdKmaSxxouX,
http://www.playvid.com/watch/0YyqHPjzVnq, http://www.playvid.com/watch/rgG8mIpaLwU, http://www.playvid.com/watch/7n3feQx9vaL,
http://www.playvid.com/watch/tPHYb5DX7_g, http://www.playvid.com/watch/OuzEYDDfvs0, http://www.playvid.com/watch/uR2iKVeX_Mx,
http://www.playvid.com/watch/BTwxxuQpszI, http://www.playvid.com/watch/NM_jeq4PERU, http://www.playvid.com/watch/vbxpAgWxJRp,
http://www.playvid.com/watch/ftNzZs9cODZ, http://www.playvid.com/watch/pxjuWnVPjjU, http://www.playvid.com/watch/Frk-yh2jZYt,
http://www.playvid.com/watch/Uqh4t0gcyfD, http://www.playvid.com/watch/x41mYIvf_jo, http://www.playvid.com/watch/2dlsJWqFQgC,
http://www.playvid.com/watch/4Rr31o8m3nO, http://www.playvid.com/watch/HyHC6wIZTra, http://www.playvid.com/watch/LE90f2cjn6o,
http://www.playvid.com/watch/dbabLXrH7Hq, http://www.playvid.com/watch/kr006EQtrC4, http://www.playvid.com/watch/Wnv9Hh0Ert9,
http://www.playvid.com/watch/J9lXh_KRtxk, http://www.playvid.com/watch/oB7fJF0NrYm, http://www.playvid.com/watch/gL7r1ejmayC,
http://www.playvid.com/watch/jxdYh0caaTC, http://www.playvid.com/watch/fr8FocTP9bi, http://www.playvid.com/watch/gRjdqQdx0gW,
http://www.playvid.com/watch/IzkttKmMGzF, http://www.playvid.com/watch/zk6nETXgJk5, http://www.playvid.com/watch/tsqo5sYQjPE,
http://www.playvid.com/watch/0SKdJXT69-p, http://www.playvid.com/watch/Rx0kaXWv9L2, http://www.playvid.com/watch/Nxu220XWx1v,
http://www.playvid.com/watch/8m0-zpHiNok, http://www.playvid.com/watch/OcKNp9CXDWp, http://www.playvid.com/watch/lG7kzs2Tt3U,
http://www.playvid.com/watch/ItaDz_mAmGk, http://www.playvid.com/watch/9y2BtQvf11k, http://www.playvid.com/watch/l3axPAzdZFH,
http://www.playvid.com/watch/7ck05rOLqWm, http://www.playvid.com/watch/0Sna4ozw4c4, http://www.playvid.com/watch/jO4QCoSf7Z8,
http://www.playvid.com/watch/7FP8epAr6UF, http://www.playvid.com/watch/uoXu0_BzYyW, http://www.playvid.com/watch/Ww6ZUGppe1S,
http://www.playvid.com/watch/WyIWzSJTGwC, http://www.playvid.com/watch/iGoA8TMDUNs, http://www.playvid.com/watch/jVjXe25vA4C,
http://www.playvid.com/watch/m4BUs79BL1p, http://www.playvid.com/watch/kfZdrICOj6I, http://www.playvid.com/watch/C7iDmNjanXZ,
http://www.playvid.com/watch/wACuOuHMAGv, http://www.playvid.com/watch/8dR3HXJ69wC, http://www.playvid.com/watch/b7nXL_YHR6N,
http://www.playvid.com/watch/hPr2QRLPqXl, http://www.playvid.com/watch/0MZgLQRxqAr, http://www.playvid.com/watch/s1L7_jBEiFU,
http://www.playvid.com/watch/EFqne4uQ1Ez, http://www.playvid.com/watch/036PhtDUV5B, http://www.playvid.com/watch/Wp58nlWJ8fF,
http://www.playvid.com/watch/i610x2hPllM, http://www.playvid.com/watch/s3nh_R2vZgz, http://www.playvid.com/watch/4Td3jZn1Fvn,
http://www.playvid.com/watch/l-s4668vZmI, http://www.playvid.com/watch/PiPEQBx6Q_G, http://www.playvid.com/watch/tKuS_SdySxj,
http://www.playvid.com/watch/l85UCgauoMV, http://www.playvid.com/watch/JT-ar5S5IDf, http://www.playvid.com/watch/n2V9COTjsUs,
http://www.playvid.com/watch/N4BAoX-VmhP, http://www.playvid.com/watch/ccLm3RKZaf4, http://www.playvid.com/watch/8ClrE04z_nR,
http://www.playvid.com/watch/eyJF77I5Lgg, http://www.playvid.com/watch/9hCSzW6T0av, http://www.playvid.com/watch/iWSqdEnEaY2,
http://www.playvid.com/watch/x08yCpBQALZ, http://www.playvid.com/watch/q79lrrxf7cb, http://www.playvid.com/watch/JfwFcRsoqPm,
http://www.playvid.com/watch/T8y73FKbOeb, http://www.playvid.com/watch/s-brggZXyja, http://www.playvid.com/watch/PJBpuyJyoQ0,
http://www.playvid.com/watch/QIBU3C_3NRb, http://www.playvid.com/watch/u5x_cunrM7P, http://www.playvid.com/watch/SiW7BnUhOpR,
http://www.playvid.com/watch/KIGnRfBb8Us, http://www.playvid.com/watch/AWM7cV2yY5i, http://www.playvid.com/watch/KPNMzhAuhxK,
http://www.playvid.com/watch/Pq5CKmM3Akn, http://www.playvid.com/watch/DFiC6ZsafN4, http://www.playvid.com/watch/bcY87eTjTAk,
http://www.playvid.com/watch/qTu9eTNty2t, http://www.playvid.com/watch/I1mxycUIZ4M, http://www.playvid.com/watch/w1GkdPEXRJD,
http://www.playvid.com/watch/EAjkrhRD0CK, http://www.playvid.com/watch/oJpduMGNehp, http://www.playvid.com/watch/276FiMxZMSm,
http://www.playvid.com/watch/xSz0QqBwsZL, http://www.playvid.com/watch/z6RMLjCvFRU, http://www.playvid.com/watch/JBmf8wBIdmS,
http://www.playvid.com/watch/SYRgLKqwJ6s, http://www.playvid.com/watch/DkYV289pH4a, http://www.playvid.com/watch/QR9DYdKhp9P,
http://www.playvid.com/watch/czCP8DSLNnC, http://www.playvid.com/watch/NGl5xMPfk-J, http://www.playvid.com/watch/iuqW-7n0cTS,
http://www.playvid.com/watch/NPkU_7CpQbc, http://www.playvid.com/watch/XMNN7tmtPDG, http://www.playvid.com/watch/2175BMb_MXc,
http://www.playvid.com/watch/yZU4IhLlaGp, http://www.playvid.com/watch/A2ztlGeyMvB, http://www.playvid.com/watch/MadtYfabyvV,
http://www.playvid.com/watch/ryT4KE3TIEC, http://www.playvid.com/watch/LxgIzhUXMhu, http://www.playvid.com/watch/sPRXRqYf1Gl,
http://www.playvid.com/watch/J7UuL_yiFpV, http://www.playvid.com/watch/LaJKSJ4OcwR, http://www.playvid.com/watch/74ZoTuECEa0,
http://www.playvid.com/watch/J4CVlkqaE_D, http://www.playvid.com/watch/bSvLlomJej5, http://www.playvid.com/watch/RPKBRHPtCHG,
http://www.playvid.com/watch/6WUc8X-Qijj, http://www.playvid.com/watch/JOVCVa42UFq, http://www.playvid.com/watch/u4QWe47Xu6o,
http://www.playvid.com/watch/OesfCnVAVgh, http://www.playvid.com/watch/R4Hp_UhgE3X, http://www.playvid.com/watch/6-I3Zkcirt0,
http://www.playvid.com/watch/GyPbbrkbhIJ, http://www.playvid.com/watch/V4nEN7SkvVP, http://www.playvid.com/watch/ZkOvPAhSk1X,
http://www.playvid.com/watch/xSa4F6eh0LN, http://www.playvid.com/watch/KbVA8_USTht, http://www.playvid.com/watch/Qez-MfFHkLf,
http://www.playvid.com/watch/gcYJnk9EFxx, http://www.playvid.com/watch/2ZSFrewlrnW, http://www.playvid.com/watch/ysWlsiiyYmN,
http://www.playvid.com/watch/pcYl_veJBlZ, http://www.playvid.com/watch/jplDlQgjeeY, http://www.playvid.com/watch/XSJyhDDA44q,
http://www.playvid.com/watch/peISatxsce6, http://www.playvid.com/watch/C4RXgI_Ohj9, http://www.playvid.com/watch/dEXZ0huEr-J,
http://www.playvid.com/watch/XYWm6pCTwiT, http://www.playvid.com/watch/nSMSITCir4a, http://www.playvid.com/watch/3pbHrypdABD,
http://www.playvid.com/watch/yx59XIlBpSU, http://www.playvid.com/watch/qzczeGnHgoR, http://www.playvid.com/watch/JW9SBN5Iuas,
http://www.playvid.com/watch/mB1k6uIsxiy, http://www.playvid.com/watch/9EzZgrGTqD8, http://www.playvid.com/watch/0aHjat31YXS,
http://www.playvid.com/watch/27tE5GonOhR, http://www.playvid.com/watch/XAA0CYjnifV, http://www.playvid.com/watch/gWvXbXhtLVA,
http://www.playvid.com/watch/LLSyYsltz5R, http://www.playvid.com/watch/FAuPX6czXYN, http://www.playvid.com/watch/D5Dj8dhmKTi,
http://www.playvid.com/watch/CBLuQQIbkPe, http://www.playvid.com/watch/S4-jjbtJFLZ, http://www.playvid.com/watch/ZjLLNl9PmTR,
http://www.playvid.com/watch/58Zc1PCikKL, http://www.playvid.com/watch/caLvHNxf4Lw, http://www.playvid.com/watch/o3LVYJ-669G,
http://www.playvid.com/watch/Dyw9xmwp-ku, http://www.playvid.com/watch/eUmPMZ1wenZ, http://www.playvid.com/watch/pKcxa51VMYR,
http://www.playvid.com/watch/JPU0CKFAeG9, http://www.playvid.com/watch/FQmVxwC_J1C, http://www.playvid.com/watch/bVEm2JofpRJ,
http://www.playvid.com/watch/YzrP1RMqLuI, http://www.playvid.com/watch/eyjJsPVvFOE, http://www.playvid.com/watch/W-ctb_vp8SC,
http://www.playvid.com/watch/k-x1gcaB_iL, http://www.playvid.com/watch/bZEMHORTNFn, http://www.playvid.com/watch/xe06g_JkBFe,
http://www.playvid.com/watch/uWQqqUNa2AY, http://www.playvid.com/watch/qR_c2-TsPAA, http://www.playvid.com/watch/dukGS85qKJ9,
http://www.playvid.com/watch/QGYk0wgr9zZ, http://www.playvid.com/watch/JjRpE1PEKPY, http://www.playvid.com/watch/YnPYVEWkKdi,
http://www.playvid.com/watch/l5UqxgYILq3, http://www.playvid.com/watch/Y1YnX5YphBK, http://www.playvid.com/watch/W_HiB7SNil7,
http://www.playvid.com/watch/mPzij_I7F2I, http://www.playvid.com/watch/EqQgZnl_W_v, http://www.playvid.com/watch/d-hK9fHIEfy,
http://www.playvid.com/watch/dt8t-HDkK36, http://www.playvid.com/watch/aH_vfdT2nr7, http://www.playvid.com/watch/T9a2cUsTozF,
http://www.playvid.com/watch/AyovM1-fLLE, http://www.playvid.com/watch/zH6m9Gcp5JP, http://www.playvid.com/watch/9-QZ6WYD7o7,
http://www.playvid.com/watch/eaHE1n8k7kn, http://www.playvid.com/watch/psqdmVSRX5C, http://www.playvid.com/watch/JnuvwIbYSrJ,
http://www.playvid.com/watch/ZQNsxCEJSDo, http://www.playvid.com/watch/99mkvetgqqb, http://www.playvid.com/watch/8g602HNJjnA,
http://www.playvid.com/watch/kZIlzS4Y41h, http://www.playvid.com/watch/MzAmDJraRQX, http://www.playvid.com/watch/HrqEPW6Cb9w,

http://www.playvid.com/watch/aa9hjlaIBV9, http://www.playvid.com/watch/V7t6Ji1OvS9, http://www.playvid.com/watch/eAcwx_qK5rO,
http://www.playvid.com/watch/QuOTlQBDxP0, http://www.playvid.com/watch/8lZkTgbivYN, http://www.playvid.com/watch/bjQE6Yj_R-A,
http://www.playvid.com/watch/4prW0EK6K_K, http://www.playvid.com/watch/cV9a4KPDSgC, http://www.playvid.com/watch/zaBDpvb7V7J,
http://www.playvid.com/watch/hIwzisijKYH, http://www.playvid.com/watch/ldXB07rArvv, http://www.playvid.com/watch/UL7gSg0SMq4,
http://www.playvid.com/watch/rhYcalsoZNr, http://www.playvid.com/watch/e0clw2SdKNM, http://www.playvid.com/watch/KGQXyBrAE05,
http://www.playvid.com/watch/RLoxASaPXOb, http://www.playvid.com/watch/cexU7fYCU-C, http://www.playvid.com/watch/0xi_YVWxEzt,
http://www.playvid.com/watch/76llXdJ0C3i, http://www.playvid.com/watch/s-YEy2m2LYI, http://www.playvid.com/watch/AhuTCj1-tYF,
http://www.playvid.com/watch/9gAAPGmIVEa, http://www.playvid.com/watch/7kBs-_v5O4m, http://www.playvid.com/watch/ZNO1a9Ki1zW,
http://www.playvid.com/watch/y7MzREE2mnO, http://www.playvid.com/watch/CKKAlRPV81g, http://www.playvid.com/watch/hGxwKXkJq-c,
http://www.playvid.com/watch/pv7D8WE9S5E, http://www.playvid.com/watch/e8SmscqLivW, http://www.playvid.com/watch/chMreA6gFsw,
http://www.playvid.com/watch/f6LRIvzU10s, http://www.playvid.com/watch/yD-ltcFUbUE, http://www.playvid.com/watch/3z5LzIwbKVe,
http://www.playvid.com/watch/Y3b1uCvTQDb, http://www.playvid.com/watch/ag3AAybrEG7, http://www.playvid.com/watch/iKMPFiyVkJM,
http://www.playvid.com/watch/Ku0kNI2ODt6, http://www.playvid.com/watch/fIo3r9vPf7p, http://www.playvid.com/watch/46zPzAklhLw,
http://www.playvid.com/watch/lXc5ParIF9t, http://www.playvid.com/watch/OT50k1BQom4, http://www.playvid.com/watch/5-r44LRaoDm,
http://www.playvid.com/watch/IkeYQomg9c4, http://www.playvid.com/watch/0k3dex7vL6H, http://www.playvid.com/watch/RdX5CMYdlWC,
http://www.playvid.com/watch/T4teGNzT_B3, http://www.playvid.com/watch/mtcoHDJiXWj, http://www.playvid.com/watch/uYCiloZA7kQ,
http://www.playvid.com/watch/pnnRajnzkNU, http://www.playvid.com/watch/jYVkvl6vxfU, http://www.playvid.com/watch/N95Hh9ENwFC,
http://www.playvid.com/watch/OTs7OpKMosU, http://www.playvid.com/watch/BFBECN7VHJe, http://www.playvid.com/watch/qATmPxqg-Lv,
http://www.playvid.com/watch/JP4edo9UOxx, http://www.playvid.com/watch/ykazC5sbLso, http://www.playvid.com/watch/vLBv0uNFviG,
http://www.playvid.com/watch/ztfERX2p4f9, http://www.playvid.com/watch/CzThpYkiRJ5, http://www.playvid.com/watch/4ulbP2rwfxY,
http://www.playvid.com/watch/v_CPQ_-TwZA, http://www.playvid.com/watch/rWFsvzzIHTY, http://www.playvid.com/watch/cxS9WBnw_04,
http://www.playvid.com/watch/T3y7glvcvcv, http://www.playvid.com/watch/wBXzlO_RX-5, http://www.playvid.com/watch/uxZQJs1dmRq,
http://www.playvid.com/watch/2TSGY_F1Plb, http://www.playvid.com/watch/LrR17hN-9Sl, http://www.playvid.com/watch/DQJhw4FDQYe,
http://www.playvid.com/watch/KCy6n7MloSe, http://www.playvid.com/watch/ZddUOBEZBsT, http://www.playvid.com/watch/5Gm2f65OvEU,
http://www.playvid.com/watch/osF62A6mpuR, http://www.playvid.com/watch/t5NrM05phcD, http://www.playvid.com/watch/rT3jmT0DqLv,
http://www.playvid.com/watch/ofhTpEJv7FX, http://www.playvid.com/watch/IsPIRFXBRij, http://www.playvid.com/watch/d5ggAhA-bZJ,
http://www.playvid.com/watch/NrxD4MhXSWV, http://www.playvid.com/watch/JuomTZSkn7I, http://www.playvid.com/watch/6nGXvFUBziP,
http://www.playvid.com/watch/rS8s2jSaWCj, http://www.playvid.com/watch/oVMAUxye9jW, http://www.playvid.com/watch/0CuxDmZVU_W,
http://www.playvid.com/watch/3GAUNDFErtA, http://www.playvid.com/watch/VmI4oRoauxp, http://www.playvid.com/watch/hmwF3-fzcGx,
http://www.playvid.com/watch/GJdllICkRBx, http://www.playvid.com/watch/X8J6BZ3r9t7, http://www.playvid.com/watch/tVsq_o1VFax,
http://www.playvid.com/watch/UR7dpwQMv7T, http://www.playvid.com/watch/3r82CJlSzZJ, http://www.playvid.com/watch/QIclUzFOnIp,
http://www.playvid.com/watch/KqnEJ3tBSLu, http://www.playvid.com/watch/NBeP_acRIt3, http://www.playvid.com/watch/pq80xT_EeBP,
http://www.playvid.com/watch/QQO5o_TNO-A, http://www.playvid.com/watch/V3pN_Gu4nE9, http://www.playvid.com/watch/w347oD_UxGe,
http://www.playvid.com/watch/e-vKgWAcUsw, http://www.playvid.com/watch/Kta220saOVZ, http://www.playvid.com/watch/PGH-havqI3D,
http://www.playvid.com/watch/fnp1_VZzPaT, http://www.playvid.com/watch/7e4wTInU9cL, http://www.playvid.com/watch/XUX0q2PVP7H,
http://www.playvid.com/watch/sq6hmtkDMnd, http://www.playvid.com/watch/mYx86s4_hbV, http://www.playvid.com/watch/47jM4XWMJSe,
http://www.playvid.com/watch/N5Alra1a0T8, http://www.playvid.com/watch/lS38dWWguxa, http://www.playvid.com/watch/YwHu-bHMOLw,
http://www.playvid.com/watch/mlqSmpqhPzd, http://www.playvid.com/watch/5aIoIgEjgot, http://www.playvid.com/watch/f1K_LMN0rJF,
http://www.playvid.com/watch/b0Y7AmiT8Kv, http://www.playvid.com/watch/oVtuN7rg8ZF, http://www.playvid.com/watch/uVsKIVAi5hH,
http://www.playvid.com/watch/SyGAAWNay-U, http://www.playvid.com/watch/ceKe19rnnGs, http://www.playvid.com/watch/OhHF3IfSb-r,
http://www.playvid.com/watch/iLv1MR-Pkxy, http://www.playvid.com/watch/L0zroFSXc0i, http://www.playvid.com/watch/VfHWH_Cipq8,
http://www.playvid.com/watch/GVsygnlGaEY, http://www.playvid.com/watch/Loe6D8FUG1a, http://www.playvid.com/watch/qa-bTB_1aCl,
http://www.playvid.com/watch/UkV_Q2BZCGB, http://www.playvid.com/watch/PkA4Ci7P_IU, http://www.playvid.com/watch/bQ64pEYpBB3,
http://www.playvid.com/watch/RTLf9o8QsIW, http://www.playvid.com/watch/ilILjAZ5PJ9, http://www.playvid.com/watch/bQnNhvpHhyl,
http://www.playvid.com/watch/9oXQhtDF07y, http://www.playvid.com/watch/Ix7IU_XDXBi, http://www.playvid.com/watch/0gn5ajb8dr6,
http://www.playvid.com/watch/jzdRVS6gu0v, http://www.playvid.com/watch/MgvyT47VolD, http://www.playvid.com/watch/DeuyME5gAeF,
http://www.playvid.com/watch/OzxmTj4DRDh, http://www.playvid.com/watch/hvq10-GMZFh, http://www.playvid.com/watch/xdJaqUdb1kM,
http://www.playvid.com/watch/yBsbx6D--Qz, http://www.playvid.com/watch/jPOU8RY4Yeb, http://www.playvid.com/watch/NvbvH6anmem,
http://www.playvid.com/watch/6mwHvL3Cm7m, http://www.playvid.com/watch/etF4g--w0y4, http://www.playvid.com/watch/0ISUtUKNP6a,
http://www.playvid.com/watch/NiOU9ZEfNSA, http://www.playvid.com/watch/mJFFiqJcR_b, http://www.playvid.com/watch/buC4I982l_s,
http://www.playvid.com/watch/0sW0Y9Dbiex, http://www.playvid.com/watch/Ej3K9FoNMvW, http://www.playvid.com/watch/qu0GqloILvF,
http://www.playvid.com/watch/97q3-tLoCsw, http://www.playvid.com/watch/Ah0aM4CDBP2, http://www.playvid.com/watch/Sj6mzvgFrQb,
http://www.playvid.com/watch/LZJfGE9p35f, http://www.playvid.com/watch/wH-H82g4Xu8, http://www.playvid.com/watch/j7qkjCpwF0k,
http://www.playvid.com/watch/6uObw8cKn_B, http://www.playvid.com/watch/jf72pGklJh7, http://www.playvid.com/watch/Y9z5KOu_aoF,
http://www.playvid.com/watch/OCYPhokIuEq, http://www.playvid.com/watch/cM90xa13Msq, http://www.playvid.com/watch/nFJd4KJvU-n,
http://www.playvid.com/watch/X1dC96SW_lb, http://www.playvid.com/watch/qRzx-DYx2O2, http://www.playvid.com/watch/zFGz8LJ9soB,
http://www.playvid.com/watch/T7euJgkwOll, http://www.playvid.com/watch/YSAXn8Oxphm, http://www.playvid.com/watch/rzLnYeArw_s,
http://www.playvid.com/watch/i2Gq9J9Ac2Z, http://www.playvid.com/watch/jmSzbDVPxiz, http://www.playvid.com/watch/iOVIE31qXqf,
http://www.playvid.com/watch/xryFJEAYxvA, http://www.playvid.com/watch/xjjCJTNT_tI, http://www.playvid.com/watch/wXdPCRMtCRV,
http://www.playvid.com/watch/KhqUaue4BqR, http://www.playvid.com/watch/vW6JoOD-6uh, http://www.playvid.com/watch/E6P0VaHeodn,
http://www.playvid.com/watch/2JSg_RO2BK7, http://www.playvid.com/watch/UjA9B57aTNT, http://www.playvid.com/watch/2MF_hnDqzIz,
http://www.playvid.com/watch/IpjqaMP_t-4, http://www.playvid.com/watch/o528xyj2rQp, http://www.playvid.com/watch/UskSTBVgbCC,
http://www.playvid.com/watch/muLYDmdgCoH, http://www.playvid.com/watch/hO8xb9zDkMr, http://www.playvid.com/watch/UQpkzYtGTOo,
http://www.playvid.com/watch/tlYPSLUCl3Q, http://www.playvid.com/watch/Rp-q2xmBYs2, http://www.playvid.com/watch/qXCoyXf1Z97,
http://www.playvid.com/watch/hTQH8a_jvCR, http://www.playvid.com/watch/EQBT0suSfBD, http://www.playvid.com/watch/o5RmyCVKDJQ,
http://www.playvid.com/watch/tDlVBENPFut, http://www.playvid.com/watch/nIZV5e284yh, http://www.playvid.com/watch/JKtSAxcHkcm,
http://www.playvid.com/watch/61crsbQ9X7t, http://www.playvid.com/watch/XZiUvLo4Jrn, http://www.playvid.com/watch/Od4qS2KSWOi,
http://www.playvid.com/watch/o8ztc2HM4Zz, http://www.playvid.com/watch/HCz-VLLpIoi, http://www.playvid.com/watch/m5tbcvltX3z,
http://www.playvid.com/watch/ltDscv4X_yR, http://www.playvid.com/watch/nHCRFwxquJr, http://www.playvid.com/watch/PFRBB7NEqQb,
http://www.playvid.com/watch/LWOZNvf8rek, http://www.playvid.com/watch/G2qJG4wLLfk, http://www.playvid.com/watch/3rS_LomAh0z,
http://www.playvid.com/watch/lAdo8o9CfK6, http://www.playvid.com/watch/NO4tbYLvHo6, http://www.playvid.com/watch/dzWSKSlE02e,
http://www.playvid.com/watch/MvnqtEKaXUQ
5.f. Date of third notice: 2014-07-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: anuus
5.b. Uploader's email address: creykdavid@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/anuus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/w9mtYDk_-uj, http://www.playvid.com/watch/yuxeKyhatqM,
http://www.playvid.com/watch/SE3X85WOGYR, http://www.playvid.com/watch/RUmDEOw_ZnE, http://www.playvid.com/watch/M8vD4A2-Wpt,
http://www.playvid.com/watch/nXUGfZ8-cQa, http://www.playvid.com/watch/mvFZpWgg3AW, http://www.playvid.com/watch/pxU-Ma5NVHN,
http://www.playvid.com/watch/UEInZ-dp6O2, http://www.playvid.com/watch/weT1bew27-u, http://www.playvid.com/watch/g5Yc7TY9pYj,
http://www.playvid.com/watch/4K0eHNsgQ-m, http://www.playvid.com/watch/4xjXe5WSVFN, http://www.playvid.com/watch/XTCEX98z0Nz,
http://www.playvid.com/watch/WY8FJA2IGYu, http://www.playvid.com/watch/yK4MNiDDQvL, http://www.playvid.com/watch/6nCSqk1UaY8,
http://www.playvid.com/watch/n5vi8gAy7Sc, http://www.playvid.com/watch/hEo9_RNqbvu, http://www.playvid.com/watch/amJ5-71AnwW,
http://www.playvid.com/watch/7KRwfPNIYqe, http://www.playvid.com/watch/mj-YN1jZCcl, http://www.playvid.com/watch/ikteiuc6B5I,
http://www.playvid.com/watch/bwFgMrajKik, http://www.playvid.com/watch/U-nsM-ISsVn, http://www.playvid.com/watch/ECZQ7vvzVB8,
http://www.playvid.com/watch/95UVvx-1LNj, http://www.playvid.com/watch/Hp8kt2aafEO, http://www.playvid.com/watch/C9X0AJI5EwF,
http://www.playvid.com/watch/4ItGmB2v4k2, http://www.playvid.com/watch/MS7UDHxmTjR, http://www.playvid.com/watch/jvGMQ7wLd5c,
http://www.playvid.com/watch/zSSHYGoLJcl, http://www.playvid.com/watch/F4GHzKySO_Z, http://www.playvid.com/watch/w3_tgnJEQT8,
http://www.playvid.com/watch/XTM-eS6AZK2, http://www.playvid.com/watch/fR90lgd4Rlt, http://www.playvid.com/watch/t_csingkvpZ,
http://www.playvid.com/watch/fQbMkjBD2ZK, http://www.playvid.com/watch/tfhmeVYtAup, http://www.playvid.com/watch/nkL4WSWF5-f,
http://www.playvid.com/watch/Or4MJFPmZai, http://www.playvid.com/watch/8XCBOBABPBB, http://www.playvid.com/watch/Xh7Wei2d09l,
http://www.playvid.com/watch/GAPD_Tq2kkR, http://www.playvid.com/watch/b42GhpvuIdE, http://www.playvid.com/watch/o7AIrlzrLTW,
http://www.playvid.com/watch/tuHvCBxkqIl, http://www.playvid.com/watch/HvOxhyjBph0, http://www.playvid.com/watch/0M1oIhtaJEI,
http://www.playvid.com/watch/4EZ8_96ZINE, http://www.playvid.com/watch/Mrg7z-KVRmD, http://www.playvid.com/watch/KJWKhoFbl-6,

http://www.playvid.com/watch/4MrGHpP7bbR, http://www.playvid.com/watch/jCuSZgzJdZT, http://www.playvid.com/watch/w24Tx11d7Lk,
http://www.playvid.com/watch/xftjKjI5NKg, http://www.playvid.com/watch/vA9uHzGoOlD, http://www.playvid.com/watch/GAr3UkCr5jB,
http://www.playvid.com/watch/tlElMBHY1oQ, http://www.playvid.com/watch/lBK1rc85EkH, http://www.playvid.com/watch/L79HOyE4AhI,
http://www.playvid.com/watch/TCGUiH60JAD, http://www.playvid.com/watch/2es-OD_KvRM, http://www.playvid.com/watch/ivgEs7SrExl,
http://www.playvid.com/watch/2s628h-vI_T, http://www.playvid.com/watch/xCgtE_Idbdt, http://www.playvid.com/watch/aAx8cztwFRm,
http://www.playvid.com/watch/8usxH6qE_OV, http://www.playvid.com/watch/jX_KaDIfL_4, http://www.playvid.com/watch/DzA5BFaYFjZ,
http://www.playvid.com/watch/BPF6KDlIy4o, http://www.playvid.com/watch/THyMSqI2QJc, http://www.playvid.com/watch/v6RPU9b5gDT,
http://www.playvid.com/watch/teqChWgeZIp, http://www.playvid.com/watch/ETeyNV-Udsh, http://www.playvid.com/watch/XWG3lHQDs5P,
http://www.playvid.com/watch/m5y9aB-tOmE, http://www.playvid.com/watch/F6hh4UYuFHs, http://www.playvid.com/watch/E2eTj6sssHS,
http://www.playvid.com/watch/QkpUeImLvsm, http://www.playvid.com/watch/W0kEHeWpPRz, http://www.playvid.com/watch/A2lC1ajwuM4,
http://www.playvid.com/watch/Pj3h-G2KPH4, http://www.playvid.com/watch/AYbxPdkk8U3, http://www.playvid.com/watch/3dQzwjFNQpp,
http://www.playvid.com/watch/ajUeGL41jmX, http://www.playvid.com/watch/pLHAuM3tO8G, http://www.playvid.com/watch/tQW1KAjrR0m,
http://www.playvid.com/watch/5Zdu4Toa3OO, http://www.playvid.com/watch/DmZzlLgH_vP, http://www.playvid.com/watch/Prf3wPMox1i,
http://www.playvid.com/watch/nTMqnQdmfCH, http://www.playvid.com/watch/cShl6HwkSP3, http://www.playvid.com/watch/XmtsR2z1RIx,
http://www.playvid.com/watch/JwlsOKWa8nI, http://www.playvid.com/watch/cx4xp4yZps3, http://www.playvid.com/watch/5VDZrEB2eLE,
http://www.playvid.com/watch/zdy0y5vv-ww, http://www.playvid.com/watch/3_xya_xjg7V, http://www.playvid.com/watch/0XOQmHJUSZ3,
http://www.playvid.com/watch/sqUFPpCGIyO, http://www.playvid.com/watch/JQHyUg3ETtX, http://www.playvid.com/watch/jQTdH31mVEh,
http://www.playvid.com/watch/YnbfD4envSi, http://www.playvid.com/watch/PA7e0z0JEGt, http://www.playvid.com/watch/WSabCXAwyVg,
http://www.playvid.com/watch/70iqGKQY-EP, http://www.playvid.com/watch/rxuvcO7GdiL, http://www.playvid.com/watch/eWIDWyfOIrL,
http://www.playvid.com/watch/P9mtTxO0PXb, http://www.playvid.com/watch/C2x21A8dPIJ, http://www.playvid.com/watch/SONHaXzG6Rh,
http://www.playvid.com/watch/vpzTjZ12X-7, http://www.playvid.com/watch/R27WuHgzswN, http://www.playvid.com/watch/al8GOnzVfHs,
http://www.playvid.com/watch/PHtVlej-KLf, http://www.playvid.com/watch/RmWIE2imhqH, http://www.playvid.com/watch/DaR2qyWahSv,
http://www.playvid.com/watch/wdtCR7uzAyB, http://www.playvid.com/watch/xkvu5Mk380R, http://www.playvid.com/watch/6v1d4aI4w6w,
http://www.playvid.com/watch/coFrd97mOmb, http://www.playvid.com/watch/O83hdxzDtZg, http://www.playvid.com/watch/r-XkmrlBL9v,
http://www.playvid.com/watch/qQ3OCBjc3Nn, http://www.playvid.com/watch/RBt8rrdJMLy, http://www.playvid.com/watch/YCG2aEPnW_j,
http://www.playvid.com/watch/aju2KL16yDf, http://www.playvid.com/watch/0J-4x8pXUlI, http://www.playvid.com/watch/zkXILm_XnOj,
http://www.playvid.com/watch/9M5zYo5oOfQ, http://www.playvid.com/watch/Pgm37G-u0zt, http://www.playvid.com/watch/2L8eCkEoZS2,
http://www.playvid.com/watch/P6XrmwuDBT5, http://www.playvid.com/watch/AZzAK21DuXR, http://www.playvid.com/watch/VqYBZHrEhTO,
http://www.playvid.com/watch/dzWamAkA_kM, http://www.playvid.com/watch/lzfmRRRKnbP, http://www.playvid.com/watch/u-SJRG2FOKa,
http://www.playvid.com/watch/meAM3EmGgbn, http://www.playvid.com/watch/kiAkSoIvXFF, http://www.playvid.com/watch/J5unXiFOVKp,
http://www.playvid.com/watch/8Xo7kOBsjB0, http://www.playvid.com/watch/3YRkn8wDb-7, http://www.playvid.com/watch/5jc9Nggr9Oj,
http://www.playvid.com/watch/bJ87yJrxsWI, http://www.playvid.com/watch/PWKNrM-KcAt, http://www.playvid.com/watch/w77DobuINx2,
http://www.playvid.com/watch/ZK_bayAhWMF, http://www.playvid.com/watch/qwTQaLymEUe, http://www.playvid.com/watch/BwaELpwrqtf,
http://www.playvid.com/watch/MfV9VV9UB3R, http://www.playvid.com/watch/HoJX_4tu6UL, http://www.playvid.com/watch/os3hgM-8bI3,
http://www.playvid.com/watch/4smLxhlfpBn, http://www.playvid.com/watch/P6b3AuQNz8M, http://www.playvid.com/watch/iwuDIzodlMC,
http://www.playvid.com/watch/7kMhb9ywu6q, http://www.playvid.com/watch/5rxaty8fREN, http://www.playvid.com/watch/YN5gJlOwyWV,
http://www.playvid.com/watch/EbdB3azQBuM, http://www.playvid.com/watch/YE4gH8cxdmQ, http://www.playvid.com/watch/JLNGJjsO2Pi,
http://www.playvid.com/watch/PBNEP1u1Osj, http://www.playvid.com/watch/u2lkNOgTnVO, http://www.playvid.com/watch/A1pB3OeP1eI,
http://www.playvid.com/watch/mO6Mv5KI9xi, http://www.playvid.com/watch/Oo50zX71Jxx, http://www.playvid.com/watch/DxgK8gM74vl,
http://www.playvid.com/watch/IG57xO2uS-n, http://www.playvid.com/watch/g375HJQ_OUW, http://www.playvid.com/watch/U5hHFOHh80j,
http://www.playvid.com/watch/FRilRTK4ms7, http://www.playvid.com/watch/FI72umcu65a, http://www.playvid.com/watch/N4ZRaeZKi5M,
http://www.playvid.com/watch/hK4LPOxND3N, http://www.playvid.com/watch/Oa3BXA4r-jf, http://www.playvid.com/watch/AFby6y0eRAA,
http://www.playvid.com/watch/YL54Mrcx4Ff, http://www.playvid.com/watch/79yRyqzS23G, http://www.playvid.com/watch/MX2CVlhKwqK,
http://www.playvid.com/watch/WK0WVDs2Phk, http://www.playvid.com/watch/0ydBzhaWJhM, http://www.playvid.com/watch/dsfkRlPll2N,
http://www.playvid.com/watch/U5Nss2wECZ3, http://www.playvid.com/watch/bxQTTLQIjHL, http://www.playvid.com/watch/QfyEmmlsHxk,
http://www.playvid.com/watch/C1A3K_VL-N9, http://www.playvid.com/watch/U1pw9nQlp1R, http://www.playvid.com/watch/MU_Y_X0BSqT,
http://www.playvid.com/watch/EvxZEwKHBii, http://www.playvid.com/watch/l89HS2xH29W, http://www.playvid.com/watch/nvLpaXkwYZm,
http://www.playvid.com/watch/L49NCjgirEl, http://www.playvid.com/watch/mMf7KvWJVOX, http://www.playvid.com/watch/kp4zQDHM825,
http://www.playvid.com/watch/nEm7jssDp19, http://www.playvid.com/watch/agVHv4kaIa4, http://www.playvid.com/watch/NqZTs5Un3re,
http://www.playvid.com/watch/ZJ0c_ljAPw7, http://www.playvid.com/watch/pyoIk4WmJ9m, http://www.playvid.com/watch/22JcQs00m9j,
http://www.playvid.com/watch/ZimCC9qm4a9, http://www.playvid.com/watch/MoaSASp6IuJ, http://www.playvid.com/watch/x1OM2AeUPyC,
http://www.playvid.com/watch/bu62w1l8F3m, http://www.playvid.com/watch/pyZhWb8f0Nb, http://www.playvid.com/watch/wK0s1tG7EXK,
http://www.playvid.com/watch/NXd-wKBFUB4, http://www.playvid.com/watch/xYFmolD9X0x, http://www.playvid.com/watch/QDfsB0UzVmm,
http://www.playvid.com/watch/GtzlCd8LCQd, http://www.playvid.com/watch/hH0WYlOOmFr, http://www.playvid.com/watch/thPYWKPs2s2,
http://www.playvid.com/watch/SaBoP8vMWFO, http://www.playvid.com/watch/ADRWFPf3UOx, http://www.playvid.com/watch/erRbUBh3jBc,
http://www.playvid.com/watch/W-5jBaL8EEb, http://www.playvid.com/watch/3XAKPD5wS6d, http://www.playvid.com/watch/nZJ1I38FBWI,
http://www.playvid.com/watch/JtVSy62wPHs, http://www.playvid.com/watch/OsgB12oKNgV, http://www.playvid.com/watch/GL_Vrko_ORp,
http://www.playvid.com/watch/EGMgeFlCaO6, http://www.playvid.com/watch/MCraaNbewQD, http://www.playvid.com/watch/50vjOAp-WYS,
http://www.playvid.com/watch/mW2Dn9-wFQq, http://www.playvid.com/watch/pAkNbFyrnqo, http://www.playvid.com/watch/TKlW91lrELY,
http://www.playvid.com/watch/AkMQfi-ROaP, http://www.playvid.com/watch/Fjwij_h1dl4, http://www.playvid.com/watch/HGeeSOPNypr,
http://www.playvid.com/watch/h80C7rP__D0, http://www.playvid.com/watch/vhzMXj_xP5k, http://www.playvid.com/watch/oT1rJK8DIUX,
http://www.playvid.com/watch/a3C45M4t6NQ, http://www.playvid.com/watch/OqqTg737VzC, http://www.playvid.com/watch/iTxGr6ISwqm,
http://www.playvid.com/watch/ERlZJJdLwNS, http://www.playvid.com/watch/5xPKfxgH09u, http://www.playvid.com/watch/l9zkFW3lpD4,
http://www.playvid.com/watch/Q-Lhwz4pBUA, http://www.playvid.com/watch/gZ2V1lZ3nvW, http://www.playvid.com/watch/PW18IPir0PH,
http://www.playvid.com/watch/bL2vZ34XOUo, http://www.playvid.com/watch/G-i14AC63kl, http://www.playvid.com/watch/WatCq1gooay,
http://www.playvid.com/watch/ML3vwDIoRAX, http://www.playvid.com/watch/qg1U1hqHjQj, http://www.playvid.com/watch/elhHta3I0aJ,
http://www.playvid.com/watch/bryEbOivAYd, http://www.playvid.com/watch/DJtV0_ie2YJ, http://www.playvid.com/watch/9bBi7y67qIs,
http://www.playvid.com/watch/aU_ind26VtL, http://www.playvid.com/watch/5Ckj1J2mVEs, http://www.playvid.com/watch/pIHz_JtIKHO,
http://www.playvid.com/watch/bl8FNASOVUz, http://www.playvid.com/watch/RvOqeitA8M9, http://www.playvid.com/watch/PCFjTUAtI8i,
http://www.playvid.com/watch/3IN6sn75tzW, http://www.playvid.com/watch/vpBXy_khIv9, http://www.playvid.com/watch/EBL0EjgVs5k,
http://www.playvid.com/watch/F1DCzAKedv3, http://www.playvid.com/watch/uFgRcargQhR, http://www.playvid.com/watch/lYrwlHWb80T,
http://www.playvid.com/watch/9p_sxiGOcLn, http://www.playvid.com/watch/uuLRbX4CufQ, http://www.playvid.com/watch/6pm-y5hlTAa,
http://www.playvid.com/watch/yNKMTCp5tIu, http://www.playvid.com/watch/bj6w92fAbfv, http://www.playvid.com/watch/FtoGpfrb2VT,
http://www.playvid.com/watch/rR8XSp54e35, http://www.playvid.com/watch/YSLbzSrlu60, http://www.playvid.com/watch/G6KOhGFMgRg,
http://www.playvid.com/watch/iBe3nODsyOm, http://www.playvid.com/watch/KIQePQbTR48, http://www.playvid.com/watch/lVcNzbygK0d,
http://www.playvid.com/watch/DTAnBOLzB5X, http://www.playvid.com/watch/nVJsC6VsOcp, http://www.playvid.com/watch/C0PWFYHrTmj,
http://www.playvid.com/watch/xJn7TAzoBnO, http://www.playvid.com/watch/j6PmXvWDQxi, http://www.playvid.com/watch/XajWEf_6HDq,
http://www.playvid.com/watch/h5O0HAr94vy, http://www.playvid.com/watch/SUqxOtRU1g5, http://www.playvid.com/watch/4B3WBV6u4Ux,
http://www.playvid.com/watch/9UhXFALm5od, http://www.playvid.com/watch/3q7HHI_UeWA, http://www.playvid.com/watch/JXNKPHWRJUS,
http://www.playvid.com/watch/9yGtDPxCAwO, http://www.playvid.com/watch/xVi8kiaEBhG, http://www.playvid.com/watch/SH1elOuYdpt,
http://www.playvid.com/watch/xTglsizArbp, http://www.playvid.com/watch/tIARZtCv86M, http://www.playvid.com/watch/kxS6c50r16D,
http://www.playvid.com/watch/soJhS5zCLXW, http://www.playvid.com/watch/qYb7Wbkoy7l, http://www.playvid.com/watch/HhGvsXbUr8Q,
http://www.playvid.com/watch/B8yHS2uC0GP, http://www.playvid.com/watch/z3mL1Q7u3Jg, http://www.playvid.com/watch/RDp7qYHDY0t,
http://www.playvid.com/watch/f5nSCjWeyo3, http://www.playvid.com/watch/mYzOldERvZ6, http://www.playvid.com/watch/jOn1FRRzS2R,
http://www.playvid.com/watch/5riHuNV94GT, http://www.playvid.com/watch/LFb6FgyowA7, http://www.playvid.com/watch/VKmR2EV3o4B,
http://www.playvid.com/watch/ZH91jY-_VkK, http://www.playvid.com/watch/gp3fG78M9Gj, http://www.playvid.com/watch/P4PCDPRc5Q3,
http://www.playvid.com/watch/EgVsb3dxslh, http://www.playvid.com/watch/jS3Nmjp36AE, http://www.playvid.com/watch/ahBL22DBpv9,
http://www.playvid.com/watch/elyM9r9h7Dm, http://www.playvid.com/watch/PA_bfdMf2ip, http://www.playvid.com/watch/91GwDtaEeci,
http://www.playvid.com/watch/y8b0IWSoS2W, http://www.playvid.com/watch/dxvUXaCL_KL, http://www.playvid.com/watch/kycASae6Ycc,
http://www.playvid.com/watch/0w6-IsXA1uS, http://www.playvid.com/watch/fRYNcIAjwh7, http://www.playvid.com/watch/I-vQQAwSo8U,
http://www.playvid.com/watch/3Wj0t-YBNhv, http://www.playvid.com/watch/ApgO3o59M47, http://www.playvid.com/watch/LW44YWcqrBq,
http://www.playvid.com/watch/V0G1NAHU8OE, http://www.playvid.com/watch/MtC-k66m-7F, http://www.playvid.com/watch/bgdTrnRr4ck,
http://www.playvid.com/watch/ax_ONWes5CZ, http://www.playvid.com/watch/zep8HvXjYtg, http://www.playvid.com/watch/JQFY5WNJqRb,
http://www.playvid.com/watch/BZkLYNBZShd, http://www.playvid.com/watch/iQyhqsYeFzT, http://www.playvid.com/watch/zr4fyNyClWs,
http://www.playvid.com/watch/mBAHvO98KlR, http://www.playvid.com/watch/cwMryjbjPWm, http://www.playvid.com/watch/v_B5Tj9-PLg,
http://www.playvid.com/watch/tuAGalLnq4P, http://www.playvid.com/watch/9k4vLwm7ZEA, http://www.playvid.com/watch/SnvWJDBWnFT,

http://www.playvid.com/watch/W2pzJk68HWC, http://www.playvid.com/watch/Jef7J46ob-n, http://www.playvid.com/watch/WW6tusni1cY, http://www.playvid.com/watch/uJddXR9d5MI, http://www.playvid.com/watch/A2d62t37uXR, http://www.playvid.com/watch/nwvb6via9l5, http://www.playvid.com/watch/wjNBc63EFXH, http://www.playvid.com/watch/rxWLrjuCdcF, http://www.playvid.com/watch/tN1UEFyQ3UD, http://www.playvid.com/watch/wXLQVenlqMC, http://www.playvid.com/watch/LFRkWPTaBhb, http://www.playvid.com/watch/stuIqH-Kk3i, http://www.playvid.com/watch/Z0pEp8pn1xr, http://www.playvid.com/watch/fBzyNlMhKEY, http://www.playvid.com/watch/v0BdBE7vFWK, http://www.playvid.com/watch/mRRdwV46Gnc, http://www.playvid.com/watch/PkUPYRL4H-U, http://www.playvid.com/watch/SJn4vUNH30P, http://www.playvid.com/watch/qatWSmH6YfO, http://www.playvid.com/watch/J2T2XLXpZdk, http://www.playvid.com/watch/WhP2n8mUfyY, http://www.playvid.com/watch/t4rQ26CZHa0, http://www.playvid.com/watch/E0ASSgb--7V, http://www.playvid.com/watch/jnjS-a8hx9r, http://www.playvid.com/watch/Zx3eVTubC7q, http://www.playvid.com/watch/IPh446XTCst, http://www.playvid.com/watch/ksFKGWhKzLJ, http://www.playvid.com/watch/wQCBCz9qK_S, http://www.playvid.com/watch/KcgDNDpNHZJ, http://www.playvid.com/watch/UIABVWihGyr, http://www.playvid.com/watch/Pr01cgS7QOy, http://www.playvid.com/watch/gaRsNi0Bj_l, http://www.playvid.com/watch/dgobSrYazzR, http://www.playvid.com/watch/zWDAkDUvC3l, http://www.playvid.com/watch/h9Q7UuseF60, http://www.playvid.com/watch/I-SvI63pvc3, http://www.playvid.com/watch/hFg9tTLbiEG, http://www.playvid.com/watch/F4UyxuTM81Z, http://www.playvid.com/watch/goWSYlvDEn2, http://www.playvid.com/watch/UcjiA1uML85, http://www.playvid.com/watch/YiMYNxOxzIj, http://www.playvid.com/watch/LzifuHMvcgR, http://www.playvid.com/watch/57JJrUqsxoy, http://www.playvid.com/watch/RNlTZahFn-G, http://www.playvid.com/watch/ytgdJUmdZ3X, http://www.playvid.com/watch/fJl1rkApg7t, http://www.playvid.com/watch/eONkvKgQiGx, http://www.playvid.com/watch/IWXLf5Y3vt2, http://www.playvid.com/watch/GxcTRthn6dW, http://www.playvid.com/watch/GzRQ57eGzVQ, http://www.playvid.com/watch/QSOPyZ-lQyb, http://www.playvid.com/watch/9LVgYmZIvvy, http://www.playvid.com/watch/yn-xVeBG9zV, http://www.playvid.com/watch/hYdkJ7yrHFZ, http://www.playvid.com/watch/jV8rMm_7-cl, http://www.playvid.com/watch/HVMJcQEYU3L, http://www.playvid.com/watch/j2C-KkPk098, http://www.playvid.com/watch/bjSNbFDRvI2, http://www.playvid.com/watch/bSp6F4bLaFS, http://www.playvid.com/watch/cW5UVtqbrt2, http://www.playvid.com/watch/l_MUkrT0TqJ, http://www.playvid.com/watch/3o9MF_u8tSW, http://www.playvid.com/watch/8h_sEmNWTGk, http://www.playvid.com/watch/hff7XbyC_FN, http://www.playvid.com/watch/PbCZ6pKPx6T, http://www.playvid.com/watch/km97ZcRhbpp, http://www.playvid.com/watch/ATA6tha1-Wp, http://www.playvid.com/watch/PATMJJMZbE7, http://www.playvid.com/watch/aI_HZWQ9Qzf, http://www.playvid.com/watch/uaJ1r7rPLjC, http://www.playvid.com/watch/JL50xKqPmqA, http://www.playvid.com/watch/5rA4LLAKT_s, http://www.playvid.com/watch/7Idd6TLOC5A, http://www.playvid.com/watch/Heu0dKP6Eqe, http://www.playvid.com/watch/GhJtMkgLSE6, http://www.playvid.com/watch/J5DQxH2s9Hb, http://www.playvid.com/watch/VJ-K0df9ZEX, http://www.playvid.com/watch/So_5AqB_Eu2, http://www.playvid.com/watch/BOFrCOCVM9A, http://www.playvid.com/watch/aRj5gzvf4P7, http://www.playvid.com/watch/FGmJJsbQkLQ, http://www.playvid.com/watch/0OZL10h6DTM, http://www.playvid.com/watch/iZS1i5Tz0EK, http://www.playvid.com/watch/wieOcgTw3XR, http://www.playvid.com/watch/RycVL2qcH1P, http://www.playvid.com/watch/Zpm3jO5kGwB, http://www.playvid.com/watch/SimvPu1oabt, http://www.playvid.com/watch/EDP8Sb3ACER, http://www.playvid.com/watch/7QME_CbvRWO, http://www.playvid.com/watch/x-EQxe4nDHC, http://www.playvid.com/watch/2DWftfv9NPa, http://www.playvid.com/watch/p3oGF-KzDnK, http://www.playvid.com/watch/4VZ6fzSeUwE, http://www.playvid.com/watch/i9rMKh5LPnP, http://www.playvid.com/watch/RifHCaIT6y9, http://www.playvid.com/watch/LzpH3eELfNB, http://www.playvid.com/watch/3VP4JVTX45y, http://www.playvid.com/watch/vNhr_DRs7Yx, http://www.playvid.com/watch/mpRHwuISHCc, http://www.playvid.com/watch/nJk8A2KUAnZ, http://www.playvid.com/watch/9X_JqqNL8wR, http://www.playvid.com/watch/LtN1QA3mP6Z, http://www.playvid.com/watch/abP_T3dodjT, http://www.playvid.com/watch/C2gRef_E6rf, http://www.playvid.com/watch/qNLgJw0EAOC, http://www.playvid.com/watch/dRLFE-IBS7T, http://www.playvid.com/watch/23wqtwW-iXf, http://www.playvid.com/watch/Gx4m7l4UPZW, http://www.playvid.com/watch/ThORt8D1uFS, http://www.playvid.com/watch/oGSDvMs9lWb, http://www.playvid.com/watch/usVdbo3jN6c, http://www.playvid.com/watch/WqSmdvT6hIM, http://www.playvid.com/watch/b8UgHBKN6Fe, http://www.playvid.com/watch/gTJhM-xWE7g, http://www.playvid.com/watch/UM4suqIDLXo, http://www.playvid.com/watch/xemcvx-QF-V, http://www.playvid.com/watch/zHe7CDNNAS7, http://www.playvid.com/watch/gsW0e9wXyHE, http://www.playvid.com/watch/A73gazPNWMv, http://www.playvid.com/watch/Rp0LHyNR1wq, http://www.playvid.com/watch/tlYuuDfuID0, http://www.playvid.com/watch/2DUOzWb0b4j, http://www.playvid.com/watch/9uMQt_PIG8x, http://www.playvid.com/watch/kMPKxevHWq5, http://www.playvid.com/watch/5iXFv8ObdCv, http://www.playvid.com/watch/WE4-Sb3DsAv, http://www.playvid.com/watch/8vLylb-ogcz, http://www.playvid.com/watch/9TXDDqFVdJB, http://www.playvid.com/watch/bARVQvY04LW, http://www.playvid.com/watch/Kk9AAH62tVc, http://www.playvid.com/watch/CAl0LyPPF0m, http://www.playvid.com/watch/NaSbQCsXmNz, http://www.playvid.com/watch/6Y6f2RGWUP2, http://www.playvid.com/watch/FxCGcRjvXDH, http://www.playvid.com/watch/yJwTNB_RXxY, http://www.playvid.com/watch/APvcx7l4WGa, http://www.playvid.com/watch/HTXU6s-KDiV, http://www.playvid.com/watch/b9ecL8wm375, http://www.playvid.com/watch/hXDMiGOhlVD
5.f. Date of third notice: 2014-09-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Apolon
5.b. Uploader's email address: richibarny@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Apolon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KEnupsU9EEm, http://www.playvid.com/watch/Cfvm-VcyJ6E, http://www.playvid.com/watch/WNAn7ONXjew, http://www.playvid.com/watch/VjiKs4OaWub, http://www.playvid.com/watch/xUq8kvlkv7u, http://www.playvid.com/watch/0C7OTNqXTHx, http://www.playvid.com/watch/xAswJIiq-vo, http://www.playvid.com/watch/4Gf0QJMhWNH, http://www.playvid.com/watch/WAndCDlAKDd, http://www.playvid.com/watch/Iud3VHufujv, http://www.playvid.com/watch/W1D5ei3TMMM, http://www.playvid.com/watch/aOUf99a_t3U, http://www.playvid.com/watch/SqBaWd5OKou, http://www.playvid.com/watch/Syjg4z8xi-H, http://www.playvid.com/watch/mNJBg1Pd61b, http://www.playvid.com/watch/ffBoMZoFiOG, http://www.playvid.com/watch/gRGHCof9kP4, http://www.playvid.com/watch/YUKpNvMuyvj, http://www.playvid.com/watch/TnBGBW6Ogmq, http://www.playvid.com/watch/NxGCq-2wSfw, http://www.playvid.com/watch/7qbIhsqcY0P, http://www.playvid.com/watch/pMhUvF5Qv5o, http://www.playvid.com/watch/z_WZp0gAJ-A, http://www.playvid.com/watch/BGDTFETYHMX, http://www.playvid.com/watch/jLP6hu12kLW, http://www.playvid.com/watch/F1LA919XPOC, http://www.playvid.com/watch/WFMTZOPxJvv, http://www.playvid.com/watch/7nBFVVVA9M4, http://www.playvid.com/watch/3gLSn7WKFMv, http://www.playvid.com/watch/addBjD8J1yr, http://www.playvid.com/watch/qhy5gXI_NLg, http://www.playvid.com/watch/m_qjR5d0wPq, http://www.playvid.com/watch/BtP-pqDrGbr, http://www.playvid.com/watch/H5nM4JFf1Nl, http://www.playvid.com/watch/I1LljVITLeA, http://www.playvid.com/watch/YPL8kKwV3xk, http://www.playvid.com/watch/OPFFxt-EaLk
5.f. Date of third notice: 2014-08-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aramis0815
5.b. Uploader's email address: aramis0815@aol.jp
5.d. Uploader's profile: http://www.playvid.com/member/aramis0815
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jpkquOavx20, http://www.playvid.com/watch/CrpLAgCuPlI, http://www.playvid.com/watch/mbML6gaW0AP, http://www.playvid.com/watch/j4m4NX8PI3k, http://www.playvid.com/watch/OtdTsswcqez, http://www.playvid.com/watch/9BSduTZxaVw, http://www.playvid.com/watch/zYvc6Q7qzBj, http://www.playvid.com/watch/Jq4U2ddVUtB, http://www.playvid.com/watch/bOlt-l-X8ud, http://www.playvid.com/watch/6TA472VDTVN, http://www.playvid.com/watch/B9wBTwXx3Vy, http://www.playvid.com/watch/q0qrundsS2P, http://www.playvid.com/watch/mo-KFQeftQ-, http://www.playvid.com/watch/IokYH9ZLxE4, http://www.playvid.com/watch/r5wiVpmrIcE, http://www.playvid.com/watch/mvBEQZO-UZT, http://www.playvid.com/watch/lskMamDaIL2, http://www.playvid.com/watch/-kDxajAAkxI, http://www.playvid.com/watch/CPKH92SAAHr, http://www.playvid.com/watch/rWjLDoRiJ-y, http://www.playvid.com/watch/cDGNasv2N8X, http://www.playvid.com/watch/TcsWL45-buQ, http://www.playvid.com/watch/KG5pN7caCj5, http://www.playvid.com/watch/ez7So4VnG6z, http://www.playvid.com/watch/WPOdWWXgzyd, http://www.playvid.com/watch/EwFTI6VBNNI, http://www.playvid.com/watch/y5PHdcTGWXT, http://www.playvid.com/watch/22iYiQnyNcz, http://www.playvid.com/watch/0kjddzXKlAS, http://www.playvid.com/watch/-QrWCA8yr8v, http://www.playvid.com/watch/AQc35deIJhM, http://www.playvid.com/watch/OOM8BIXVyhg, http://www.playvid.com/watch/sBNNmXVETVe, http://www.playvid.com/watch/x5lc3G2Ojr9, http://www.playvid.com/watch/3nv77jA0Euw, http://www.playvid.com/watch/mnEfrgWUZ5Q, http://www.playvid.com/watch/spns9ltrY6O, http://www.playvid.com/watch/MUYzBSKKcYD, http://www.playvid.com/watch/-YWbmgp8ckR, http://www.playvid.com/watch/Gyqivn2apoT, http://www.playvid.com/watch/iqZBMFtiPqc, http://www.playvid.com/watch/WMx5JDpG0iU, http://www.playvid.com/watch/emHsRCpPzUI, http://www.playvid.com/watch/pDcFy6VqTyj, http://www.playvid.com/watch/AQJBSRiv--i, http://www.playvid.com/watch/X0nMNBcSamg, http://www.playvid.com/watch/Ngem68XESHA, http://www.playvid.com/watch/YFvL7qgJxUN, http://www.playvid.com/watch/lLnW4NRLV9x, http://www.playvid.com/watch/3ACT87WHJxS, http://www.playvid.com/watch/nAmXvRoA2S3, http://www.playvid.com/watch/CBZEq08fKwq, http://www.playvid.com/watch/N2ZgXe04JM8, http://www.playvid.com/watch/Xsbj5mq2aHf, http://www.playvid.com/watch/oUXMKtfAF8L, http://www.playvid.com/watch/IT7x-30zmIU, http://www.playvid.com/watch/N0qDS7V9ZXy, http://www.playvid.com/watch/zlNGmzGwQkj, http://www.playvid.com/watch/ZTxuOTkJiBS, http://www.playvid.com/watch/HkxqGnZ42Iv, http://www.playvid.com/watch/7rZwro5xdmJ, http://www.playvid.com/watch/tDmw8SBARFw, http://www.playvid.com/watch/9StjbIabJRn, http://www.playvid.com/watch/e0xkzHuTMBw, http://www.playvid.com/watch/LsS5Lk3VXjc, http://www.playvid.com/watch/Nne0eO4Huce, http://www.playvid.com/watch/-iAghkUyvDc, http://www.playvid.com/watch/P-7dpiDQCin, http://www.playvid.com/watch/cUPc0YX0agA, http://www.playvid.com/watch/P9S3OZ9YI8d, http://www.playvid.com/watch/D8Rk7lbZsst,

http://www.playvid.com/watch/mh5zjbFsWbn, http://www.playvid.com/watch/IbBCdUo7PRn, http://www.playvid.com/watch/fF8cwJd09Sn,
http://www.playvid.com/watch/dK0mTBNi9Sy, http://www.playvid.com/watch/nCFJUDuhzyS, http://www.playvid.com/watch/PhoiFwHL-B0,
http://www.playvid.com/watch/0kjdoY47yLZ, http://www.playvid.com/watch/jv8qNoOPilx, http://www.playvid.com/watch/jEG9EZgw-vJ,
http://www.playvid.com/watch/iRQJyekBC69, http://www.playvid.com/watch/B0QVdQ0sZY2, http://www.playvid.com/watch/UB5oQWbwmXJ,
http://www.playvid.com/watch/hBupad93kZK, http://www.playvid.com/watch/6lK0vy-tohp, http://www.playvid.com/watch/5UpCrPDxv0Y,
http://www.playvid.com/watch/-DhnS2bDJrv, http://www.playvid.com/watch/AcLmjkMP3Rk, http://www.playvid.com/watch/5V2rOLS8PcU,
http://www.playvid.com/watch/hv--vfyeqkK, http://www.playvid.com/watch/v7V9RU7tOQz, http://www.playvid.com/watch/fpreX-FUHEQ,
http://www.playvid.com/watch/8ly2DLBST3G, http://www.playvid.com/watch/Is8dunZqzBt, http://www.playvid.com/watch/r5Wym8VB7BW,
http://www.playvid.com/watch/yJjgS-TLB6i, http://www.playvid.com/watch/UP4xAAXCqtP, http://www.playvid.com/watch/OfGGJIfSxj5,
http://www.playvid.com/watch/V8ar6LC4FrY, http://www.playvid.com/watch/GpkOR2DF0SJ, http://www.playvid.com/watch/tlYtKV7hBEL,
http://www.playvid.com/watch/Ny3Jggx5Kfj, http://www.playvid.com/watch/b42LLxzNG-A, http://www.playvid.com/watch/txQaqqqXuzD,
http://www.playvid.com/watch/JWNEBF9EV0Q, http://www.playvid.com/watch/CBdgg-a4hTY, http://www.playvid.com/watch/ERv44AqQd4z,
http://www.playvid.com/watch/rcZA6eSDB9B, http://www.playvid.com/watch/OZgMurd-R6C, http://www.playvid.com/watch/eb7ywXKs-P5,
http://www.playvid.com/watch/zZhvFKLz8UI, http://www.playvid.com/watch/6IW2UJK-Xhk, http://www.playvid.com/watch/UEUN4byD4tc,
http://www.playvid.com/watch/iysnx6XK5RS, http://www.playvid.com/watch/nEsH9yuSxGf, http://www.playvid.com/watch/Ddoq6cBJL0c,
http://www.playvid.com/watch/TK-aHCqLZQm, http://www.playvid.com/watch/oNbugZofwaj, http://www.playvid.com/watch/oNE6GuayVDg,
http://www.playvid.com/watch/INFpr9TfoYm, http://www.playvid.com/watch/yt2-7OgAVCG, http://www.playvid.com/watch/Zd4ReiCc8TY,
http://www.playvid.com/watch/o8oTMlNOlUp, http://www.playvid.com/watch/-P99RcOczkK, http://www.playvid.com/watch/HdIXHYwwUs2,
http://www.playvid.com/watch/kXQy704l2QQ, http://www.playvid.com/watch/JO8cR-fdgcg, http://www.playvid.com/watch/E3qwDm-VC6h,
http://www.playvid.com/watch/il2bI0Fzs0D, http://www.playvid.com/watch/XJvEsYGf9-P, http://www.playvid.com/watch/AiRciRJ4Tp-,
http://www.playvid.com/watch/eRDYS4MyAOT, http://www.playvid.com/watch/dDpkhnsRXbW, http://www.playvid.com/watch/WkSPRQNOYZJ,
http://www.playvid.com/watch/ObcVUyJh2se, http://www.playvid.com/watch/UDp9A8Ly8B8, http://www.playvid.com/watch/teT2h6stKyK,
http://www.playvid.com/watch/dEDivDTzpfB, http://www.playvid.com/watch/-u0mfQl5Wfj, http://www.playvid.com/watch/CxQv3sqfjPT,
http://www.playvid.com/watch/9l9WvE7Kibz, http://www.playvid.com/watch/d0OQK60hRfv, http://www.playvid.com/watch/BktrUpyOQ9Z,
http://www.playvid.com/watch/HUBwM30rnvN, http://www.playvid.com/watch/KT5tYiwk92k, http://www.playvid.com/watch/C5Wq3AkNkVN,
http://www.playvid.com/watch/YaV25pGzeAb, http://www.playvid.com/watch/KVOJAl0lagq, http://www.playvid.com/watch/KRUnP7Ng639,
http://www.playvid.com/watch/wzrYJI0FjVg, http://www.playvid.com/watch/pgbWgDSDHEJ, http://www.playvid.com/watch/8DxVtDY6M6S,
http://www.playvid.com/watch/O3H6BgCuAZS, http://www.playvid.com/watch/-2BDEhZS6EZ, http://www.playvid.com/watch/p3HY3-54vBM,
http://www.playvid.com/watch/27hsqfthHpx, http://www.playvid.com/watch/lldoM35DonZ, http://www.playvid.com/watch/TUvMt5qCMZk,
http://www.playvid.com/watch/tWgPWoUDZOK, http://www.playvid.com/watch/2FnHr7racPd, http://www.playvid.com/watch/j07SPD-F6rS,
http://www.playvid.com/watch/up0WUmWpjRt, http://www.playvid.com/watch/9ZqRM6lh2iI, http://www.playvid.com/watch/BE7AywMOx3L,
http://www.playvid.com/watch/dIQnlH7BMpb, http://www.playvid.com/watch/KPxIEgT0sMr, http://www.playvid.com/watch/HiNEuZFjWSY,
http://www.playvid.com/watch/iLReIAm542j, http://www.playvid.com/watch/wJLVio5Ltxn, http://www.playvid.com/watch/R2VBXQegIwi,
http://www.playvid.com/watch/CN3yhr6tA4G, http://www.playvid.com/watch/eRMKu-qhXiF, http://www.playvid.com/watch/fYJeFiKkMVM,
http://www.playvid.com/watch/0WAEY37pbbg, http://www.playvid.com/watch/22Pu84Bqxbz, http://www.playvid.com/watch/YvN-HMZxnTQ,
http://www.playvid.com/watch/aJopWLRt7In, http://www.playvid.com/watch/6qboFpSUP1z, http://www.playvid.com/watch/jxBZjh0HfUi,
http://www.playvid.com/watch/OoZKfnC3Kpa, http://www.playvid.com/watch/Q8WGjqxkuW1, http://www.playvid.com/watch/I0zmaAA5T9e,
http://www.playvid.com/watch/HwUtzDUbsEn, http://www.playvid.com/watch/Ds3c4xWnIek, http://www.playvid.com/watch/VOGPXuLRwRS,
http://www.playvid.com/watch/vYW2HVqQoz4, http://www.playvid.com/watch/83V5TZX6qI6, http://www.playvid.com/watch/ef8II2P6Jrb,
http://www.playvid.com/watch/4YkXa6YOhEZ, http://www.playvid.com/watch/VKG9D8WyxY-, http://www.playvid.com/watch/6mOIaRpKIl4,
http://www.playvid.com/watch/35gZx9-YXs6, http://www.playvid.com/watch/gypKhsYZVoW, http://www.playvid.com/watch/ZQGD83DyoFG,
http://www.playvid.com/watch/gMpmrziQ7vx, http://www.playvid.com/watch/-Ah9qK7We0u, http://www.playvid.com/watch/vlpz1CnxpPi,
http://www.playvid.com/watch/CfXC2b5woZt, http://www.playvid.com/watch/2jhPka12IMB, http://www.playvid.com/watch/hobyM3kviOn,
http://www.playvid.com/watch/WmAViut-FxH, http://www.playvid.com/watch/7cDwPcS2Bb7, http://www.playvid.com/watch/rRBRbwc4KyG,
http://www.playvid.com/watch/NTA-kUgvhTl, http://www.playvid.com/watch/nzo7J08hzv3, http://www.playvid.com/watch/MQPYOZIWG0L,
http://www.playvid.com/watch/VLkLtOMKynT, http://www.playvid.com/watch/roVobE4qpxc, http://www.playvid.com/watch/kSvI1XuH6tz,
http://www.playvid.com/watch/n7yeWfbAFkM, http://www.playvid.com/watch/whIiAwZIMSe, http://www.playvid.com/watch/tuS9n4EWn1U,
http://www.playvid.com/watch/Px2sp4ZGd88, http://www.playvid.com/watch/ITT611CZIX6, http://www.playvid.com/watch/Pee6bDCqkkv,
http://www.playvid.com/watch/QGcx-RLH51u, http://www.playvid.com/watch/UnIX5PXveYB, http://www.playvid.com/watch/pZCJftPkEhE,
http://www.playvid.com/watch/M9WxkTs9mRG, http://www.playvid.com/watch/FjImD-0x2Dj, http://www.playvid.com/watch/6ZNFpUDvGOC,
http://www.playvid.com/watch/BeUdtZF2YnC, http://www.playvid.com/watch/F9hgrPvc23v, http://www.playvid.com/watch/nDPf61DkjNL,
http://www.playvid.com/watch/QnErrBvUgZG, http://www.playvid.com/watch/72mcUnMpbGg, http://www.playvid.com/watch/qCfQjoJu-yn,
http://www.playvid.com/watch/OgSEpTKE9E8, http://www.playvid.com/watch/iSJZCyMcvJB, http://www.playvid.com/watch/Y82SJL6Vh18,
http://www.playvid.com/watch/24fMgoYsKBX, http://www.playvid.com/watch/G5nxUG2sAO2, http://www.playvid.com/watch/LKOXi9vgleR,
http://www.playvid.com/watch/SQ7nLRBRpgl, http://www.playvid.com/watch/PTIurPxEe6w, http://www.playvid.com/watch/HEgMH7l7q67,
http://www.playvid.com/watch/WneP3GNhwMo, http://www.playvid.com/watch/2RnT2SqPJHQ, http://www.playvid.com/watch/u-oVVjKYupT,
http://www.playvid.com/watch/SmW7CEVElKV, http://www.playvid.com/watch/nWM2uxkU2Gq, http://www.playvid.com/watch/lQODQLVPtyR,
http://www.playvid.com/watch/vsXRnIw-mUE, http://www.playvid.com/watch/8IajgTnbht5, http://www.playvid.com/watch/WGYOnJD3vKN,
http://www.playvid.com/watch/IlKqp4clNqy, http://www.playvid.com/watch/hywYcczkac1, http://www.playvid.com/watch/-77rjRYrVfa,
http://www.playvid.com/watch/qGvkiQfuX53, http://www.playvid.com/watch/duTsXkOrnBz, http://www.playvid.com/watch/pSXZ89iSPO0,
http://www.playvid.com/watch/rTl3-QzOvn6, http://www.playvid.com/watch/hR66SPlXgU8, http://www.playvid.com/watch/qTCHk-r65Sc,
http://www.playvid.com/watch/kDhg2tjotKd, http://www.playvid.com/watch/ZsWQQl5lMYv, http://www.playvid.com/watch/AOSrWg0-kTd,
http://www.playvid.com/watch/BBaywQTq2Jx, http://www.playvid.com/watch/z2Cl-MXVI0q, http://www.playvid.com/watch/4DiE8Gi-L1P,
http://www.playvid.com/watch/5FiWfkyRMN-, http://www.playvid.com/watch/u5nOePa93d6, http://www.playvid.com/watch/AU4J5m12uoH,
http://www.playvid.com/watch/rQtrakoPRJk, http://www.playvid.com/watch/hgmXdyHIRGH, http://www.playvid.com/watch/NZS6kLcbg3X,
http://www.playvid.com/watch/RWBEvg2c-ZZ, http://www.playvid.com/watch/RB4EM5RPnQh, http://www.playvid.com/watch/avTPN2jJQMD,
http://www.playvid.com/watch/qQ33TjjRQd0, http://www.playvid.com/watch/lObjJc9zCMV, http://www.playvid.com/watch/k6hBdRJz-Q8,
http://www.playvid.com/watch/vVzHYcvc6ds, http://www.playvid.com/watch/hnxoEhK5XYo, http://www.playvid.com/watch/nSl0hOS0pBc,
http://www.playvid.com/watch/OKWD07lwDxC, http://www.playvid.com/watch/yFl3rniVy1K, http://www.playvid.com/watch/QOf4oT4S7FZ,
http://www.playvid.com/watch/et3456SY6oB, http://www.playvid.com/watch/-SWSDucAgaF, http://www.playvid.com/watch/AyGFzIJ0kLb,
http://www.playvid.com/watch/R9Tn4K08zIK, http://www.playvid.com/watch/0K32tXEckE6, http://www.playvid.com/watch/n5tQe6iA1hm,
http://www.playvid.com/watch/jSkAs5ZXrsU, http://www.playvid.com/watch/NQrq4eFaKiF, http://www.playvid.com/watch/qouttZQAsIW,
http://www.playvid.com/watch/dmmrfZ81AJx, http://www.playvid.com/watch/jdN6viWj6-a, http://www.playvid.com/watch/3B1ZZT1xMp2,
http://www.playvid.com/watch/BNBwmrgH0Kq, http://www.playvid.com/watch/2TTcp543rLm, http://www.playvid.com/watch/qOQ0OHMem60,
http://www.playvid.com/watch/cVlRIAWkUzk, http://www.playvid.com/watch/oIkGDlbd3Vo, http://www.playvid.com/watch/jC7-PgFxFEs,
http://www.playvid.com/watch/uJypKMXAn5d, http://www.playvid.com/watch/Zlcoo2eisoX, http://www.playvid.com/watch/SMvlN8lDb-N,
http://www.playvid.com/watch/LZhlWDIMcUy, http://www.playvid.com/watch/KxDLQ0LiDhp, http://www.playvid.com/watch/pTLgGZwRQPe,
http://www.playvid.com/watch/fQ7W6wIfFNM, http://www.playvid.com/watch/lY3NXUYcdu-, http://www.playvid.com/watch/fKoCNxTctTp,
http://www.playvid.com/watch/gfgCPP-s31w, http://www.playvid.com/watch/qv5Qpd2544-, http://www.playvid.com/watch/ghB2KOrZmDR,
http://www.playvid.com/watch/EykVpmLET3V, http://www.playvid.com/watch/3WCSEukhvNA, http://www.playvid.com/watch/Qo73xfl0ALO,
http://www.playvid.com/watch/nE-RsJeKnuq, http://www.playvid.com/watch/xms8kICpzMP, http://www.playvid.com/watch/C5nfXcYP3rQ,
http://www.playvid.com/watch/tSt3dtZW1jB, http://www.playvid.com/watch/usgx2gYI5Xv, http://www.playvid.com/watch/MkUpdWajr8W,
http://www.playvid.com/watch/iZ09QAHiOCs, http://www.playvid.com/watch/D7HaC74fEkQ, http://www.playvid.com/watch/cTpSUrVZNVM,
http://www.playvid.com/watch/stUUnFqv1wA, http://www.playvid.com/watch/n5o7UFT929l, http://www.playvid.com/watch/vMukTrgnvJy,
http://www.playvid.com/watch/BSophAT4h7a, http://www.playvid.com/watch/fEUvPjNkPKK, http://www.playvid.com/watch/cZEh9aHlhlE,
http://www.playvid.com/watch/XsHuwQXkCtO, http://www.playvid.com/watch/FHQmRs7Lc0z, http://www.playvid.com/watch/Dt-zK59WVqb,
http://www.playvid.com/watch/CZ6o1CnHK3o, http://www.playvid.com/watch/AeEazj1IXqP, http://www.playvid.com/watch/zYRaBm9RmAH,
http://www.playvid.com/watch/VhrkakquolT, http://www.playvid.com/watch/rvnWk7slc28, http://www.playvid.com/watch/wS895eLZmtp,
http://www.playvid.com/watch/O3j0y7uQq40, http://www.playvid.com/watch/wWdgtUsofYw, http://www.playvid.com/watch/3PLRoyTAGqR,
http://www.playvid.com/watch/7G4e1FeACZQ, http://www.playvid.com/watch/eFpn6Z_PUxU, http://www.playvid.com/watch/wH_S5-98y73,
http://www.playvid.com/watch/6Hpigf9u0xj, http://www.playvid.com/watch/ZdSGNo2EITH, http://www.playvid.com/watch/SZ-GfhRmSwa,
http://www.playvid.com/watch/YRIRE3vlBsh, http://www.playvid.com/watch/fNheEj9stcZ, http://www.playvid.com/watch/4xxplaAzAFp,
http://www.playvid.com/watch/gNeoCPHjVku, http://www.playvid.com/watch/pqCtl7idRLp, http://www.playvid.com/watch/ISZRTOqMOts,
http://www.playvid.com/watch/tXHVKJ-jpXh, http://www.playvid.com/watch/C9Zb6t2ShYZ, http://www.playvid.com/watch/Qvc-BZoRKyg,
http://www.playvid.com/watch/tlmFYFp2HDn, http://www.playvid.com/watch/BGOowyqjkon, http://www.playvid.com/watch/IdgLn6CUscY,
http://www.playvid.com/watch/wXIltyLF_ZA, http://www.playvid.com/watch/dMEHkns6Ank, http://www.playvid.com/watch/qBqiMV-_wIC,

http://www.playvid.com/watch/rwgtiPJ4OQd, http://www.playvid.com/watch/r_rJ-O7keBz, http://www.playvid.com/watch/U63Bn5ba0JX,
http://www.playvid.com/watch/V8pg-NY0LZR, http://www.playvid.com/watch/wO4v5qc6kLN, http://www.playvid.com/watch/6Sxb8ysD-85,
http://www.playvid.com/watch/m8XJZirJ-pQ, http://www.playvid.com/watch/BZeAdy8-Z2I, http://www.playvid.com/watch/0ySp3CmDhT7,
http://www.playvid.com/watch/xX8HYjIepg6, http://www.playvid.com/watch/49S__iaKbEV, http://www.playvid.com/watch/gbPIchOjB_x,
http://www.playvid.com/watch/IobOE4Apo1O, http://www.playvid.com/watch/vzAl3pyZSiT, http://www.playvid.com/watch/lBhqO5k9APj,
http://www.playvid.com/watch/8a4Z-rYSXRp, http://www.playvid.com/watch/S4znDAhlVXW, http://www.playvid.com/watch/zZMIaUkqpKe,
http://www.playvid.com/watch/nUqQIYWOHpX, http://www.playvid.com/watch/eP3XlwI1FbB, http://www.playvid.com/watch/iUNUmjr9ZLw,
http://www.playvid.com/watch/Q_Xoj8E2yis, http://www.playvid.com/watch/LuJZ38bv_2b, http://www.playvid.com/watch/2boA_WeJmso,
http://www.playvid.com/watch/g1xty0NunSV, http://www.playvid.com/watch/65J5ynEluTn, http://www.playvid.com/watch/HumnRC_ngGz,
http://www.playvid.com/watch/CxI-rcp3OSp, http://www.playvid.com/watch/IXsDw9PRjbw, http://www.playvid.com/watch/Os6HDjDSICH,
http://www.playvid.com/watch/VdpkIaBZaiG, http://www.playvid.com/watch/4HVgHdE5T9u, http://www.playvid.com/watch/jgZskVVrmuK,
http://www.playvid.com/watch/IKD-XGix82G, http://www.playvid.com/watch/EnN9yhUnVyG, http://www.playvid.com/watch/AKME0wJDxVd,
http://www.playvid.com/watch/gT1dHq-pX3o, http://www.playvid.com/watch/Wv7T49iFBHH, http://www.playvid.com/watch/JnMnhoUlzGS,
http://www.playvid.com/watch/WfwJgrbbFhu, http://www.playvid.com/watch/6y39swyi3ID, http://www.playvid.com/watch/Fblmh5wp7hQ,
http://www.playvid.com/watch/e6YhZL5tEbR, http://www.playvid.com/watch/DQT80j_-YGe, http://www.playvid.com/watch/6yCfhHyzvHj,
http://www.playvid.com/watch/TC1hJfpkId3, http://www.playvid.com/watch/yDQcbMSTzuP, http://www.playvid.com/watch/Rc68klyezmW,
http://www.playvid.com/watch/ck4GiTNQtiT, http://www.playvid.com/watch/i-sJmz5S9Y3, http://www.playvid.com/watch/SRpuDJjw0Uo,
http://www.playvid.com/watch/IkaT8WLRcUG, http://www.playvid.com/watch/BKd3eAi0-gX, http://www.playvid.com/watch/xOqNCBupECY,
http://www.playvid.com/watch/89bnMflXHyb, http://www.playvid.com/watch/uYkDq22P0kN, http://www.playvid.com/watch/qleEue4GT2M,
http://www.playvid.com/watch/OekgJnmd1P8, http://www.playvid.com/watch/tPwou0AMJ92, http://www.playvid.com/watch/88fmE24GafV,
http://www.playvid.com/watch/HcvCTdFF1Xg, http://www.playvid.com/watch/VsFwFX1zWjq, http://www.playvid.com/watch/HHQlEpJkUTS,
http://www.playvid.com/watch/eIrdg5zwYJe, http://www.playvid.com/watch/oYrwl_SFCqB, http://www.playvid.com/watch/BQeqP0_hiZp,
http://www.playvid.com/watch/3tOD7KEyNQv, http://www.playvid.com/watch/QJJE6lDSEoo, http://www.playvid.com/watch/2CqYjwQVgrr,
http://www.playvid.com/watch/wur7Tbwx7kR, http://www.playvid.com/watch/p2s-_KBcrRx, http://www.playvid.com/watch/XAMWEaMZmic,
http://www.playvid.com/watch/6pRC2ae_lRt, http://www.playvid.com/watch/MZuH6CvmV6f, http://www.playvid.com/watch/SLm83N7lh1H,
http://www.playvid.com/watch/Q6KQc74i0fi, http://www.playvid.com/watch/sGavEBEd-DA, http://www.playvid.com/watch/uCwBA709Be3,
http://www.playvid.com/watch/I_JuGLwwsJ8, http://www.playvid.com/watch/E9bFJRPeL6h, http://www.playvid.com/watch/KvMcWB3jWUk,
http://www.playvid.com/watch/0xBQKmQtkgM, http://www.playvid.com/watch/Kvs8SPlh41A, http://www.playvid.com/watch/WJkL3aqanqj,
http://www.playvid.com/watch/90t5UnUHnTz, http://www.playvid.com/watch/dWDxLeGu9lZ, http://www.playvid.com/watch/WDomP7RMVbd,
http://www.playvid.com/watch/rLbvGY8x4Dq, http://www.playvid.com/watch/QozOmcAF_li, http://www.playvid.com/watch/PIUoYhZVn-g,
http://www.playvid.com/watch/TRWmjL5GYWe, http://www.playvid.com/watch/h3w9QGq2Z9l, http://www.playvid.com/watch/vDMcPJCHocB,
http://www.playvid.com/watch/532V6Wd3E6v, http://www.playvid.com/watch/ZI-mNaeTl6C, http://www.playvid.com/watch/KAKyMd5fnkD,
http://www.playvid.com/watch/Eq4RwPPWamW, http://www.playvid.com/watch/w261FYASX7m, http://www.playvid.com/watch/i4X0ogz3TJn,
http://www.playvid.com/watch/6qQUjh8p6Gj, http://www.playvid.com/watch/C7aCOfF1jio, http://www.playvid.com/watch/0lHkkQYJLcM,
http://www.playvid.com/watch/WQoifw6YF0V, http://www.playvid.com/watch/pVkKO4TYzeF
5.f. Date of third notice: 2014-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: arisha
5.b. Uploader's email address: banban1980@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/arisha
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dLhnD1YsFgm, http://www.playvid.com/watch/bO7W6BiAG8S,
http://www.playvid.com/watch/eZ9YEThq-W3, http://www.playvid.com/watch/RngmQC_dYZP, http://www.playvid.com/watch/GXfl9iTqFUE,
http://www.playvid.com/watch/K51t7PaUFuX, http://www.playvid.com/watch/m4j68hB3kCK, http://www.playvid.com/watch/yDXFExsyzBF,
http://www.playvid.com/watch/NZC5HxcU_Em, http://www.playvid.com/watch/5VgPT8frnVh, http://www.playvid.com/watch/E7iv3swyMC4,
http://www.playvid.com/watch/hsfu0WNy11f, http://www.playvid.com/watch/MxKk1zjVJTU, http://www.playvid.com/watch/Q0ms74mnR-5,
http://www.playvid.com/watch/hy-pFzbyID5, http://www.playvid.com/watch/PCIcWOjL9tZ, http://www.playvid.com/watch/uBoizb3-CB4,
http://www.playvid.com/watch/AQfUFK9FGLQ, http://www.playvid.com/watch/Tm2F8oWERyn, http://www.playvid.com/watch/qF_7LP5dtdw,
http://www.playvid.com/watch/2TQ0Vw9BLkr, http://www.playvid.com/watch/FaToWEeMGKx, http://www.playvid.com/watch/zg-n8ioN3UI,
http://www.playvid.com/watch/0PiqTOUGF44, http://www.playvid.com/watch/SrVIyvOH7CP, http://www.playvid.com/watch/WzYRm0wuPIP,
http://www.playvid.com/watch/4sAyn0qF02P, http://www.playvid.com/watch/2mz8qEBJSN7, http://www.playvid.com/watch/74yy6EWNl5P,
http://www.playvid.com/watch/02My_J-wChK, http://www.playvid.com/watch/tmySRqnZvnl, http://www.playvid.com/watch/eekNOcOEfON,
http://www.playvid.com/watch/Fa_z89HRVPO, http://www.playvid.com/watch/NjxV__SSYOE, http://www.playvid.com/watch/gS_rnC0AX8W,
http://www.playvid.com/watch/8mmvBu_vxQB, http://www.playvid.com/watch/KyQ2yfqHcTO, http://www.playvid.com/watch/gJUv-LNgI2n,
http://www.playvid.com/watch/4slY4OuZbxh, http://www.playvid.com/watch/meBqY2un4rL, http://www.playvid.com/watch/Dd-55vxx1pL,
http://www.playvid.com/watch/HvOFRzozG6Q, http://www.playvid.com/watch/OalPjiLq5iK, http://www.playvid.com/watch/uQgaBTY-mkw,
http://www.playvid.com/watch/osMOfKZTjJ6, http://www.playvid.com/watch/bcQXrRLV7ej, http://www.playvid.com/watch/YB1FWcj0HlO,
http://www.playvid.com/watch/w2Lc6VdpSgM, http://www.playvid.com/watch/j92k_N2-uWG, http://www.playvid.com/watch/7is-arZpDsW,
http://www.playvid.com/watch/B5UrM4cGrsc, http://www.playvid.com/watch/UF6eQQDHxnf, http://www.playvid.com/watch/IaM2DeEc4yv,
http://www.playvid.com/watch/mI_wW3NpHUi, http://www.playvid.com/watch/yj2HN8yYpRa, http://www.playvid.com/watch/SYIAyHyuUO2,
http://www.playvid.com/watch/jaTNKa3f7Lu, http://www.playvid.com/watch/APSyp--MI7Z, http://www.playvid.com/watch/5vD1MftEegH,
http://www.playvid.com/watch/S21e-l8iMGv, http://www.playvid.com/watch/oEEYb7N3taC, http://www.playvid.com/watch/yj-1XXkR0eg,
http://www.playvid.com/watch/gbt5JcUK8PY, http://www.playvid.com/watch/Z6yK348K4Wz, http://www.playvid.com/watch/lrCxHI2WLd8,
http://www.playvid.com/watch/qt-ulQvNt2j, http://www.playvid.com/watch/mcTpB-A5fNp, http://www.playvid.com/watch/Beytsv0lFG3,
http://www.playvid.com/watch/C2YbTYmVaMt, http://www.playvid.com/watch/8sbo2lFtg8c, http://www.playvid.com/watch/J1XCzwX1dt4,
http://www.playvid.com/watch/9YdrT29PkQA, http://www.playvid.com/watch/W0odBeRMiTT, http://www.playvid.com/watch/tOHz8-DdJI8,
http://www.playvid.com/watch/WBvCkJQYWhV, http://www.playvid.com/watch/b2Q_bm4W4ea, http://www.playvid.com/watch/juu58nw2f_0,
http://www.playvid.com/watch/9bhp7AboRvU, http://www.playvid.com/watch/UpRwoiutgm2, http://www.playvid.com/watch/jsBz0jIazAi,
http://www.playvid.com/watch/PG2PQrN92wp, http://www.playvid.com/watch/TahuN4CxlWk, http://www.playvid.com/watch/U_UwurnopFB,
http://www.playvid.com/watch/0i3Dt2jEegx, http://www.playvid.com/watch/YUzkkK54leb, http://www.playvid.com/watch/fbr5K2vGbpl,
http://www.playvid.com/watch/MoY6xS25M8d, http://www.playvid.com/watch/BGo6F_4Pp2Y, http://www.playvid.com/watch/NgFmbDanb4Z,
http://www.playvid.com/watch/bEaQm_FKKAu, http://www.playvid.com/watch/ErD5spKJaAn, http://www.playvid.com/watch/7xro9QbU5Jd,
http://www.playvid.com/watch/rYL6V1kFYxp
5.f. Date of third notice: 2014-04-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Arsenafan1
5.b. Uploader's email address: ianodoi@live.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/Arsenafan1
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8El5OJ5dHFZ, http://www.playvid.com/watch/9FriRF2l5U7,
http://www.playvid.com/watch/qphdgcbu3lx, http://www.playvid.com/watch/ocExsRSPbPR, http://www.playvid.com/watch/PvS4ugr2xBR,
http://www.playvid.com/watch/UJ7D4sBs0yx, http://www.playvid.com/watch/prw6TCkR4wx, http://www.playvid.com/watch/Sss7szXmmQz,
http://www.playvid.com/watch/dpqynjqb4w2, http://www.playvid.com/watch/tqfZUrFogUv, http://www.playvid.com/watch/gPWESv496aF,
http://www.playvid.com/watch/yNDEH6Tz2C5, http://www.playvid.com/watch/SQBJbyDFoNG, http://www.playvid.com/watch/XJEofwU4pJk,
http://www.playvid.com/watch/IXOfAIgWwLL, http://www.playvid.com/watch/qdYVAlzQluo, http://www.playvid.com/watch/JVDaaOy0-dV
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: asdf;lkj
5.b. Uploader's email address: asf@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/asdf%3Blkj
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rd6gzFu4myq, http://www.playvid.com/watch/5FAEqB39ZVH,
http://www.playvid.com/watch/B9zrVP2bZ05, http://www.playvid.com/watch/qKN76VAiemf, http://www.playvid.com/watch/zxzEs2gubBY,
http://www.playvid.com/watch/ky0vfvbpJOJ, http://www.playvid.com/watch/vsE5cRxe529, http://www.playvid.com/watch/KDZqGgGMYk6,
http://www.playvid.com/watch/TGV0QMlfHqh, http://www.playvid.com/watch/vnRpjGKN8rN, http://www.playvid.com/watch/sC0sJOuCkI2,
http://www.playvid.com/watch/ZfYWLSlNXSl, http://www.playvid.com/watch/V-dxetcOLeF, http://www.playvid.com/watch/5wBmxPr7w-E,

http://www.playvid.com/watch/r4SreUhF4Wu, http://www.playvid.com/watch/Nyw2sOF5wdU, http://www.playvid.com/watch/8OOCVdNMXk7,
http://www.playvid.com/watch/DqbA9-wlo8E, http://www.playvid.com/watch/6atVKAgph44, http://www.playvid.com/watch/NgHwQmzTU5E,
http://www.playvid.com/watch/vox2iLMuSwI, http://www.playvid.com/watch/CFycg5zVB2X, http://www.playvid.com/watch/ohXYKTARZLH,
http://www.playvid.com/watch/slReJDlC246, http://www.playvid.com/watch/ivCJQEvwDL2, http://www.playvid.com/watch/0uQLa6OSCGB,
http://www.playvid.com/watch/oR757GN0cte, http://www.playvid.com/watch/yCxooYnlgRv, http://www.playvid.com/watch/GXpfMmhfSKt,
http://www.playvid.com/watch/mCq-RvMd9Xa, http://www.playvid.com/watch/5Ts-tVl2jaI, http://www.playvid.com/watch/7cmxsT6R4jq,
http://www.playvid.com/watch/igqsmMe4Xdh, http://www.playvid.com/watch/Fwm7VkV3gEN, http://www.playvid.com/watch/g-JRGnFGHdK,
http://www.playvid.com/watch/P2gM2Keb52i, http://www.playvid.com/watch/bCud38862z2, http://www.playvid.com/watch/gozMXeripLu,
http://www.playvid.com/watch/nxYrEdnaOWP, http://www.playvid.com/watch/rZtUzgN83E8, http://www.playvid.com/watch/f2iTQSS847I,
http://www.playvid.com/watch/NtPhMxWZ6hn, http://www.playvid.com/watch/n3jbm3vfB70, http://www.playvid.com/watch/Iu9eYFO5l8U
5.f. Date of third notice: 2013-12-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: asslover696969
5.b. Uploader's email address: xxdownflamexx@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/asslover696969
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QTdW9HI5cum, http://www.playvid.com/watch/QFYEequKTvh,
http://www.playvid.com/watch/d0yn09_0OpX, http://www.playvid.com/watch/AhKk2ISkr3o, http://www.playvid.com/watch/qtZKFQvz3lD,
http://www.playvid.com/watch/cT2KeHlGbZC, http://www.playvid.com/watch/ldMguh20gEu, http://www.playvid.com/watch/ZGL1boqC8AG,
http://www.playvid.com/watch/3foEEZDSwlN, http://www.playvid.com/watch/YQpLVDGfb87, http://www.playvid.com/watch/6KcOpQISw8g,
http://www.playvid.com/watch/JSO2onYgj2t, http://www.playvid.com/watch/rX4PVR0MQsG, http://www.playvid.com/watch/l-rf6jEFzPU,
http://www.playvid.com/watch/Ab5h5-KkbJK, http://www.playvid.com/watch/UuHmQaokga3, http://www.playvid.com/watch/dKzcrdsAFZP,
http://www.playvid.com/watch/bYprauS77Nl, http://www.playvid.com/watch/R1sqBtsw63j, http://www.playvid.com/watch/2yLZaCMXzZg,
http://www.playvid.com/watch/6Y3Z9e9A0AB, http://www.playvid.com/watch/9hrmEFow88p, http://www.playvid.com/watch/x0irLlDQFQL,
http://www.playvid.com/watch/UJ0UGGjOb6w, http://www.playvid.com/watch/4uuGqcmFcN7, http://www.playvid.com/watch/Y-yMmuYeMKX,
http://www.playvid.com/watch/FdCzCFdMxA6, http://www.playvid.com/watch/bcV3LyU5939, http://www.playvid.com/watch/u6t9IOOkyfH,
http://www.playvid.com/watch/llnDQ9SjD5F, http://www.playvid.com/watch/9Co5pFVqzmO, http://www.playvid.com/watch/YK6eUmEtXIy,
http://www.playvid.com/watch/f9AZUMRAf0S, http://www.playvid.com/watch/xCA2bFyD_04, http://www.playvid.com/watch/52RPxzYNp4G,
http://www.playvid.com/watch/70JESdUIIZu, http://www.playvid.com/watch/a-RD5bk-P8I, http://www.playvid.com/watch/kBEuBhq-UbY
5.f. Date of third notice: 2015-02-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: asus
5.b. Uploader's email address: billymoloff@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/asus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5bbAEvBwlPq, http://www.playvid.com/watch/qOl6rFOLhhT,
http://www.playvid.com/watch/GaLKi5B4xVX, http://www.playvid.com/watch/lBkIu3JZbnA, http://www.playvid.com/watch/qPL5t0ld7wO,
http://www.playvid.com/watch/TrNQ8tzC7tx, http://www.playvid.com/watch/0PhUNiuE6IV, http://www.playvid.com/watch/w9QrTup6n-Q,
http://www.playvid.com/watch/0eUDenxS9yV, http://www.playvid.com/watch/OskfFsIIWAM, http://www.playvid.com/watch/JslGCwajIzi,
http://www.playvid.com/watch/KYRVHdxhSZO, http://www.playvid.com/watch/jhD5YkM-Zz0, http://www.playvid.com/watch/7IXM0baKntU,
http://www.playvid.com/watch/nTJs7mFwTck, http://www.playvid.com/watch/DxR02iIqGy9, http://www.playvid.com/watch/pla8uW3aj2N,
http://www.playvid.com/watch/uOejy0-B-pT, http://www.playvid.com/watch/UKvVevjC3Wg, http://www.playvid.com/watch/7luVflvYp0D,
http://www.playvid.com/watch/fOzYKufOJbU, http://www.playvid.com/watch/JJuij0ZDZSs, http://www.playvid.com/watch/CTsWSjzOxwy,
http://www.playvid.com/watch/KcVSNh84CcH, http://www.playvid.com/watch/pCZ3EaqhogX, http://www.playvid.com/watch/H-JnhaUQ6y-,
http://www.playvid.com/watch/yFxCySQmyNu, http://www.playvid.com/watch/BfyYq8sj80M, http://www.playvid.com/watch/bGhxZYBiS2u,
http://www.playvid.com/watch/nRxNclL-FPe, http://www.playvid.com/watch/lMko0idN3HP, http://www.playvid.com/watch/r6l9CG859Dl,
http://www.playvid.com/watch/kJi0e5K4QkA, http://www.playvid.com/watch/5lKwxXRUrhL, http://www.playvid.com/watch/pR80Ct-fLgz,
http://www.playvid.com/watch/TPGK3kNNtWH, http://www.playvid.com/watch/vUoUuP5Vmc0, http://www.playvid.com/watch/-vizXW9oQEn,
http://www.playvid.com/watch/Xyo6CwNVBlK, http://www.playvid.com/watch/e6AVNXIdIgV, http://www.playvid.com/watch/wtiC7q62eZ7,
http://www.playvid.com/watch/FZcrcaU436m, http://www.playvid.com/watch/3kml5iihEZg, http://www.playvid.com/watch/RayJUXt2CVj,
http://www.playvid.com/watch/YjMPXKwbpot, http://www.playvid.com/watch/IreCwBVvtss, http://www.playvid.com/watch/A8J67TNo-gT,
http://www.playvid.com/watch/e9uLEVhAKaZ, http://www.playvid.com/watch/e4BG9tBgSyq, http://www.playvid.com/watch/uWxlYrt88MN,
http://www.playvid.com/watch/nK08TfD3bYk, http://www.playvid.com/watch/iXwqLavIaQG, http://www.playvid.com/watch/WNb0GYb7DNW,
http://www.playvid.com/watch/5rsLfXjgIFX, http://www.playvid.com/watch/0aE8b0vQVRL, http://www.playvid.com/watch/IwoA78GNiwn,
http://www.playvid.com/watch/7nuRNaw-tGL, http://www.playvid.com/watch/h4HEoQmvorX, http://www.playvid.com/watch/ZM4NLj6DAX3,
http://www.playvid.com/watch/67zAD5xl0V2, http://www.playvid.com/watch/7Y7JvPELKMp, http://www.playvid.com/watch/drjiwouhVME,
http://www.playvid.com/watch/LocVwIfXUf2, http://www.playvid.com/watch/S0E5vkjvaIq, http://www.playvid.com/watch/mGbkrorzOJE,
http://www.playvid.com/watch/QQVBPYoNSqL, http://www.playvid.com/watch/y4LtMA6Qu7Y, http://www.playvid.com/watch/jlPegb-umkI,
http://www.playvid.com/watch/GqQXN5gIzpQ, http://www.playvid.com/watch/dXcbxYFnd05, http://www.playvid.com/watch/6ihq2RLLRYF,
http://www.playvid.com/watch/MhNgCUVB8bx, http://www.playvid.com/watch/n6ZxER2XVB8, http://www.playvid.com/watch/lC7pxiXrsV9,
http://www.playvid.com/watch/sHasX8X6t7J, http://www.playvid.com/watch/dz5t6HZdHcx, http://www.playvid.com/watch/fs5IQdmxeyx,
http://www.playvid.com/watch/ZR5fKY9Os3T, http://www.playvid.com/watch/drC-5yj8dnE, http://www.playvid.com/watch/ZVDXsLq2geM,
http://www.playvid.com/watch/hpxPpbZfJNq, http://www.playvid.com/watch/2qxZYIZKde3, http://www.playvid.com/watch/YZZM5slWWSo,
http://www.playvid.com/watch/jF0ENTbbGWK, http://www.playvid.com/watch/U4P9YSbBJPh, http://www.playvid.com/watch/RqLmz4ubxNe,
http://www.playvid.com/watch/zLKuexYrz7j, http://www.playvid.com/watch/6Xap3DWlyVk, http://www.playvid.com/watch/Wbn2Xparh5Y,
http://www.playvid.com/watch/X2yBZg9lwpF, http://www.playvid.com/watch/i4rDAgcPQOk, http://www.playvid.com/watch/CaGp62E37vI,
http://www.playvid.com/watch/V2qc8Ut3FJT, http://www.playvid.com/watch/9L8mkVNLseL, http://www.playvid.com/watch/pOx9RYK7QcZ,
http://www.playvid.com/watch/VmSUR3DDNnX, http://www.playvid.com/watch/wv8NaNywKKK, http://www.playvid.com/watch/yZzixCkaoUQ,
http://www.playvid.com/watch/22zvV8w4Vnb, http://www.playvid.com/watch/k-6RyDtoxuE, http://www.playvid.com/watch/o2ioxrtZgzt,
http://www.playvid.com/watch/so4f0fOYIIz, http://www.playvid.com/watch/AozwJSrtkZQ, http://www.playvid.com/watch/bzLKVCx-jgi,
http://www.playvid.com/watch/F8aMDax7vow, http://www.playvid.com/watch/C3TO6ajUn75, http://www.playvid.com/watch/e0dIvsRdkSs,
http://www.playvid.com/watch/l-W3M6W0Zjb, http://www.playvid.com/watch/7yLTh5D0kh0, http://www.playvid.com/watch/kHgsERO-Y9t,
http://www.playvid.com/watch/pdBcIOOiOJn, http://www.playvid.com/watch/NVYS8A-iJ7A, http://www.playvid.com/watch/YMOs9Kf2GrK,
http://www.playvid.com/watch/og-aBo9Y3px, http://www.playvid.com/watch/RRhinxfaPRQ, http://www.playvid.com/watch/BvxD7H7S4An,
http://www.playvid.com/watch/Q2psmq2fWA9, http://www.playvid.com/watch/pyyATlT3zXI, http://www.playvid.com/watch/VGv3E04KoEn,
http://www.playvid.com/watch/ZD3j2wixfxF, http://www.playvid.com/watch/Hqojw0pK6lE, http://www.playvid.com/watch/aZ0WoBA0H6x,
http://www.playvid.com/watch/jipDlwHFaVZ, http://www.playvid.com/watch/rj5z5ApiSzn, http://www.playvid.com/watch/s2YQNXH-YzG,
http://www.playvid.com/watch/rnDye7KCAsC, http://www.playvid.com/watch/kodhBribaUy, http://www.playvid.com/watch/H0EHVJ9MaSA,
http://www.playvid.com/watch/ROxfcNq0dan, http://www.playvid.com/watch/m-BOdaaCgkf, http://www.playvid.com/watch/4LdCX3GEJDU,
http://www.playvid.com/watch/827xykdi7nT, http://www.playvid.com/watch/NMnhuZHInke, http://www.playvid.com/watch/ocmYPiilFDD,
http://www.playvid.com/watch/zgLDErAF6Xh, http://www.playvid.com/watch/BfjMjmIqWLI, http://www.playvid.com/watch/D4axDWchWBN,
http://www.playvid.com/watch/H7sK-NKl6g-, http://www.playvid.com/watch/rQTOCZL3il0, http://www.playvid.com/watch/5uUWLmkM3Mj,
http://www.playvid.com/watch/dQBfdIrqhPR, http://www.playvid.com/watch/Kn7EDSv0XcP, http://www.playvid.com/watch/lcuMPaf84Th,
http://www.playvid.com/watch/LHF-6BA-XyG, http://www.playvid.com/watch/n9quocwYxSk, http://www.playvid.com/watch/SxW4TQyTEvi,
http://www.playvid.com/watch/nQVxy3OTvx3, http://www.playvid.com/watch/SlJYXHvePTF, http://www.playvid.com/watch/D8YiCpYDkTG,
http://www.playvid.com/watch/pHcPbnzvHfn, http://www.playvid.com/watch/dFhboFmsqoN, http://www.playvid.com/watch/gqgXLzj-lyL,
http://www.playvid.com/watch/QDDtPmTiEB4, http://www.playvid.com/watch/eXjWbDuMDUS, http://www.playvid.com/watch/JLXBwKRnTTA,
http://www.playvid.com/watch/r8FBgeV4aDC, http://www.playvid.com/watch/yQH7tBuDCvc, http://www.playvid.com/watch/hcWCejsRez6,
http://www.playvid.com/watch/dcYTTnmaJkt, http://www.playvid.com/watch/mCuwdPGAkVK, http://www.playvid.com/watch/2oqC9rrHbH-,
http://www.playvid.com/watch/z8ioAVrbv0a, http://www.playvid.com/watch/jTGFjeeTLPD, http://www.playvid.com/watch/U4WgQMfKJdh,
http://www.playvid.com/watch/itr-3aduxDH, http://www.playvid.com/watch/HFy9w3jN8vY, http://www.playvid.com/watch/v9lBIHI83oQ,
http://www.playvid.com/watch/VixAOhNq70o, http://www.playvid.com/watch/JxzC6SkGBc6, http://www.playvid.com/watch/Cc8KFQ5-7or,
http://www.playvid.com/watch/SdtwOAd6AP3, http://www.playvid.com/watch/OAJic2xakpB, http://www.playvid.com/watch/sHKWQOleDJK,
http://www.playvid.com/watch/-RRTifrgP7h, http://www.playvid.com/watch/AA09vJDQki0, http://www.playvid.com/watch/5v4py6ulYzH,
http://www.playvid.com/watch/0GuFsFi4Uck, http://www.playvid.com/watch/islXiIlmdgZ, http://www.playvid.com/watch/MsS3ENKH8LE,
http://www.playvid.com/watch/GVQDdNeIWER, http://www.playvid.com/watch/MlK0lwiPu95, http://www.playvid.com/watch/wrzygIQcDO9,

http://www.playvid.com/watch/FyHCIOTkD8B, http://www.playvid.com/watch/oyjxA9XN5tP, http://www.playvid.com/watch/rO73lb0p9wx, http://www.playvid.com/watch/ZnGPZWGpGMf, http://www.playvid.com/watch/ds-zz7My5hk, http://www.playvid.com/watch/fOx9ubf7XP8, http://www.playvid.com/watch/eYCcWPsNCf0, http://www.playvid.com/watch/grauewGHFsd, http://www.playvid.com/watch/m90LaaZV8Ei, http://www.playvid.com/watch/pBdl0aGfOoL, http://www.playvid.com/watch/PcdHRjVqkbS, http://www.playvid.com/watch/GBSeUkIJWC5, http://www.playvid.com/watch/rdhFyqvgyrY, http://www.playvid.com/watch/myPHPHR5iDy, http://www.playvid.com/watch/X7JmmutiRyC, http://www.playvid.com/watch/Xs8BtDlhAYj, http://www.playvid.com/watch/qde-6vl5SNP, http://www.playvid.com/watch/E8daHBEiOKI, http://www.playvid.com/watch/DC-d8cbSLzJ, http://www.playvid.com/watch/Fq9qdfErjwS, http://www.playvid.com/watch/wdMwVQH6ce0, http://www.playvid.com/watch/Q0F7AYTOgE0, http://www.playvid.com/watch/YIEITwQOrnj, http://www.playvid.com/watch/bOXSw78CzLI, http://www.playvid.com/watch/c0073uJ0h4c, http://www.playvid.com/watch/dc2rSZm9d7-, http://www.playvid.com/watch/Efo3Y0ruojE, http://www.playvid.com/watch/bJSDHbuY5ar, http://www.playvid.com/watch/d8swHeEHWkA, http://www.playvid.com/watch/m5KLfkWmgOX, http://www.playvid.com/watch/cvy5H2Ijl9O, http://www.playvid.com/watch/elmDjECI8Tq, http://www.playvid.com/watch/qYRCSPAnHJH, http://www.playvid.com/watch/Ict45-OvZ-E, http://www.playvid.com/watch/HllP5VGYhWv, http://www.playvid.com/watch/GB9KPtTnMos, http://www.playvid.com/watch/-7zz7dyZQwo, http://www.playvid.com/watch/MOY0vtxQ0Pn, http://www.playvid.com/watch/nJvX2IgTUWf, http://www.playvid.com/watch/ZnUZajGWMGM, http://www.playvid.com/watch/DAgyiNoeS9J, http://www.playvid.com/watch/SB8qKf4KiG9, http://www.playvid.com/watch/FHJZzKy3tUP, http://www.playvid.com/watch/MIRe33PSeY6, http://www.playvid.com/watch/eMNlOQdL9ic, http://www.playvid.com/watch/TCEs2eTIShc, http://www.playvid.com/watch/aimJfO5SU-X, http://www.playvid.com/watch/lHReIhPWiC-, http://www.playvid.com/watch/LXRt7K7akyD, http://www.playvid.com/watch/jRT3h3EGxMc, http://www.playvid.com/watch/DTCAgYZnovh, http://www.playvid.com/watch/s7dD--LTcpB, http://www.playvid.com/watch/DM0ClyANwql, http://www.playvid.com/watch/QjIHMNhn04G, http://www.playvid.com/watch/Cjf0-lnvFET, http://www.playvid.com/watch/orGG5NtBn2L, http://www.playvid.com/watch/W3BBY8ogwvY, http://www.playvid.com/watch/nTzBAtnDvZZ, http://www.playvid.com/watch/XEIap0T5MZu, http://www.playvid.com/watch/udF0zCO-Ug0, http://www.playvid.com/watch/0qf2cIcwcNA, http://www.playvid.com/watch/QuY4DUlaiHf, http://www.playvid.com/watch/MjeZkxAnj9i, http://www.playvid.com/watch/SWDVo70TOf2, http://www.playvid.com/watch/LmzGhF5Z9n2, http://www.playvid.com/watch/2OzwgtEQWYl, http://www.playvid.com/watch/mAjRu5Bq6vI, http://www.playvid.com/watch/HyjfOINV0yw, http://www.playvid.com/watch/PEkZmQyC8ox, http://www.playvid.com/watch/PfVUe8q5Hz5, http://www.playvid.com/watch/-fbJZyCg7HC, http://www.playvid.com/watch/yQSKof9KRl3, http://www.playvid.com/watch/cv5ckLGPSKQ, http://www.playvid.com/watch/a056nD6bEKm, http://www.playvid.com/watch/v5iv3Oaoa0H, http://www.playvid.com/watch/5EDHavLBFd-, http://www.playvid.com/watch/WxbbpYuQjK4, http://www.playvid.com/watch/Iv2HJogbwWc, http://www.playvid.com/watch/U7gsy4rfFDs, http://www.playvid.com/watch/LEQDalXCRRr, http://www.playvid.com/watch/HaEV7zOnD74, http://www.playvid.com/watch/8W7z7ZoNKke, http://www.playvid.com/watch/3KSvWFMSABr, http://www.playvid.com/watch/6YKnRDAp0W9, http://www.playvid.com/watch/tGmpxKU5EX6, http://www.playvid.com/watch/bHJ6i93wpOI, http://www.playvid.com/watch/aXlwakWw0-H, http://www.playvid.com/watch/Lf7-Z2BPx65, http://www.playvid.com/watch/3-XuCKKAn9S, http://www.playvid.com/watch/sDG4aMEwyIB, http://www.playvid.com/watch/MPeaJHIisYr, http://www.playvid.com/watch/z7lvunzPH0e, http://www.playvid.com/watch/nEBfsLFzpub, http://www.playvid.com/watch/NioPoPFpTIJ, http://www.playvid.com/watch/EbV3fYMI7T8, http://www.playvid.com/watch/4q9KAqeKZte, http://www.playvid.com/watch/w3rTlD8kYcR, http://www.playvid.com/watch/wKgY3msMYN-, http://www.playvid.com/watch/VCSXyq2LDKE, http://www.playvid.com/watch/XGBsavLMYON, http://www.playvid.com/watch/yM4PLc3PbQ8, http://www.playvid.com/watch/6KLNQ88woUZ, http://www.playvid.com/watch/gNh0GeBaxTu, http://www.playvid.com/watch/KZBiXR4Z6hW, http://www.playvid.com/watch/Mvc4NCyY4tg, http://www.playvid.com/watch/xc8YoBgt58n, http://www.playvid.com/watch/LCKKbiGmHLz, http://www.playvid.com/watch/Ea9COGNUiSU, http://www.playvid.com/watch/GZDj4chYNOx, http://www.playvid.com/watch/g7Jv9oKkR8k, http://www.playvid.com/watch/embDLz-aC2m, http://www.playvid.com/watch/pjRpifmLm3-, http://www.playvid.com/watch/QtBb-izcZKG, http://www.playvid.com/watch/iSbRUie6J45, http://www.playvid.com/watch/in8Nh0wV5N9, http://www.playvid.com/watch/YvhWkOUzOdG, http://www.playvid.com/watch/3Or8BYEjaE8, http://www.playvid.com/watch/lCF9nxON5k5, http://www.playvid.com/watch/4KMpv2UiWnA, http://www.playvid.com/watch/OJ8R9cOyc4Q, http://www.playvid.com/watch/VXxyI0NjtjK, http://www.playvid.com/watch/uvcV90lC7Mw, http://www.playvid.com/watch/9u0vT30gkPy, http://www.playvid.com/watch/8JTsl2I-FI5, http://www.playvid.com/watch/vX3rdTvdCky, http://www.playvid.com/watch/xxnUZ4MW-J5, http://www.playvid.com/watch/zydUBF7Wnxl, http://www.playvid.com/watch/tGTE3ISB5S5, http://www.playvid.com/watch/GNe3zH9zE00, http://www.playvid.com/watch/z2euz8uWqWY, http://www.playvid.com/watch/jL2uak0mSmV, http://www.playvid.com/watch/sNCt24QhKb2, http://www.playvid.com/watch/Vr4WKFjpost, http://www.playvid.com/watch/qfcVti5yjTw, http://www.playvid.com/watch/-ng9EcRe6m3, http://www.playvid.com/watch/KZc4VBXi3eK, http://www.playvid.com/watch/LC-nv0htAgw, http://www.playvid.com/watch/o9gby8a8rD7

5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aurelia
5.b. Uploader's email address: nicknikolsen124@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/aurelia
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QbT9nQc7bgm, http://www.playvid.com/watch/UUUDbegCH4Y, http://www.playvid.com/watch/x3SBFP_ngPM, http://www.playvid.com/watch/uBEUrRe3xcE, http://www.playvid.com/watch/ZBK67AC3W9Q, http://www.playvid.com/watch/36NMVV17Vaf, http://www.playvid.com/watch/SW9acaqiSze, http://www.playvid.com/watch/umCn7gNocHr, http://www.playvid.com/watch/CnUSViYw2BN, http://www.playvid.com/watch/ZrCgzma3IaQ, http://www.playvid.com/watch/9G0ypz-vWLS, http://www.playvid.com/watch/GAzePeybqP3, http://www.playvid.com/watch/Xy_IqczYn5y, http://www.playvid.com/watch/S78xmJpRScz, http://www.playvid.com/watch/H51djWYGtrK, http://www.playvid.com/watch/rqE1ggqJZ0r, http://www.playvid.com/watch/WqBG4RKWKmK, http://www.playvid.com/watch/4keDtKmwaDi, http://www.playvid.com/watch/olLP-y9eD4L, http://www.playvid.com/watch/9BKTCX-I404, http://www.playvid.com/watch/auj1I24NVP9, http://www.playvid.com/watch/wN4VPE1nnIF, http://www.playvid.com/watch/W1l-u4pjY5x, http://www.playvid.com/watch/A3yOjVblllc, http://www.playvid.com/watch/3pFOix5AZWf, http://www.playvid.com/watch/kH8QtR9avuu, http://www.playvid.com/watch/SwJjktoI9nQ, http://www.playvid.com/watch/BTP0CoAflRq, http://www.playvid.com/watch/ttyz0X6MsmV, http://www.playvid.com/watch/AjrvzZAXZbb, http://www.playvid.com/watch/l4AVn3JWrMs, http://www.playvid.com/watch/LC5nVJTrgT3, http://www.playvid.com/watch/AriNkBeqMuI, http://www.playvid.com/watch/GxUZ87rqK3f, http://www.playvid.com/watch/N1VcEssIk4G, http://www.playvid.com/watch/yr5_at7Fqzf, http://www.playvid.com/watch/eNegZr36dcX, http://www.playvid.com/watch/HGrcepAIMaQ, http://www.playvid.com/watch/tTaJ4WLn9An, http://www.playvid.com/watch/jAjkUH_LUO5, http://www.playvid.com/watch/qyai32A-2QK, http://www.playvid.com/watch/IkITX1SPHWy, http://www.playvid.com/watch/NnfSNEUFEWo, http://www.playvid.com/watch/X4vBHoO1DLW, http://www.playvid.com/watch/vBCs9JIcRrv, http://www.playvid.com/watch/0cCokoAGeWH, http://www.playvid.com/watch/GuXFVhKkiOb, http://www.playvid.com/watch/57OWIjOL98c, http://www.playvid.com/watch/OGItid7VaTk, http://www.playvid.com/watch/ZrPClisOgx5, http://www.playvid.com/watch/bTqR41iLF7U, http://www.playvid.com/watch/VVZDHipm3pL, http://www.playvid.com/watch/X8ACNiyPgVh, http://www.playvid.com/watch/G61gOoYKUD9, http://www.playvid.com/watch/3Q80jFVr5GU, http://www.playvid.com/watch/YE5FrTtGJUX, http://www.playvid.com/watch/DAQsIYPsvlu, http://www.playvid.com/watch/XQ3yL1QYNEl, http://www.playvid.com/watch/mogOWn6iDoY, http://www.playvid.com/watch/0K2EnSmcoZp, http://www.playvid.com/watch/8hjqHjg-ru2, http://www.playvid.com/watch/ZrE5jy3cgPZ, http://www.playvid.com/watch/2Ogn4GtAcXZ, http://www.playvid.com/watch/lQcxZDAYnvC, http://www.playvid.com/watch/PALOOpBx64E, http://www.playvid.com/watch/sB7AzgWsXIH, http://www.playvid.com/watch/5ZkPOCeGFiY, http://www.playvid.com/watch/dMKfmfKBMg0, http://www.playvid.com/watch/8b8yCZrHuyx, http://www.playvid.com/watch/wJ-Mzq9SHab, http://www.playvid.com/watch/VWBcaxKEk8V, http://www.playvid.com/watch/RDuuB0P3Iib, http://www.playvid.com/watch/3Yo1mkShVG2, http://www.playvid.com/watch/jMr0-W9FT4u, http://www.playvid.com/watch/lKmgxaxttvd, http://www.playvid.com/watch/Y4RTEh0H4Ql, http://www.playvid.com/watch/0C_KEZsAPqz, http://www.playvid.com/watch/gARpTH7y580, http://www.playvid.com/watch/b8jOzDMMl9S, http://www.playvid.com/watch/pV7kBsIM22K, http://www.playvid.com/watch/fS3R7yVe3Y3, http://www.playvid.com/watch/XCr1Alpjmtt, http://www.playvid.com/watch/AEuiWA8RLuh, http://www.playvid.com/watch/kJU4QDVIFCD, http://www.playvid.com/watch/Yd_5G3Uct0A, http://www.playvid.com/watch/ORyhWhBr0cD, http://www.playvid.com/watch/QHehAin4YQz, http://www.playvid.com/watch/6Oug49HmBMu, http://www.playvid.com/watch/6joBuOPqdIx, http://www.playvid.com/watch/q9xq0VKc5o3, http://www.playvid.com/watch/Pm_b_25qhSf, http://www.playvid.com/watch/iLCPhfvbxY7, http://www.playvid.com/watch/MM95CvvrQGK, http://www.playvid.com/watch/OVudv-ywmiC, http://www.playvid.com/watch/tZ3JwV-tpOo, http://www.playvid.com/watch/StBxEkhpYpJ, http://www.playvid.com/watch/QUqcoIzd55d, http://www.playvid.com/watch/tS4M_7Zg-9G, http://www.playvid.com/watch/dtkzPyHWyTP, http://www.playvid.com/watch/TLl8s0c_j2R, http://www.playvid.com/watch/FXD5bvq2xdE, http://www.playvid.com/watch/PEvZXPhxJ-8, http://www.playvid.com/watch/7LYPxfEy1Hz, http://www.playvid.com/watch/ViR-AffDPfs, http://www.playvid.com/watch/pNKBaoFo4i7, http://www.playvid.com/watch/LmINKc8IUhp, http://www.playvid.com/watch/Q4KmCA-sTwy, http://www.playvid.com/watch/CEqSYnThXTX, http://www.playvid.com/watch/uQMtdoF6qth, http://www.playvid.com/watch/GZAtkYk8O1H, http://www.playvid.com/watch/l636twO2Tqn, http://www.playvid.com/watch/NXdSnMkR7D9, http://www.playvid.com/watch/989_mM7EglN, http://www.playvid.com/watch/y9JZ7u0K7dZ, http://www.playvid.com/watch/fLRiMpBFBuI, http://www.playvid.com/watch/3z0pucxOR3j, http://www.playvid.com/watch/G5eIKFqKQsA, http://www.playvid.com/watch/vDFRJwjBfCx, http://www.playvid.com/watch/cakb5tpuis0, http://www.playvid.com/watch/CAGdoMzmEhT, http://www.playvid.com/watch/bzFammpo2MN, http://www.playvid.com/watch/vjB3Z0s67sS, http://www.playvid.com/watch/PrYJI3_-7CF, http://www.playvid.com/watch/jqc6ty213qk, http://www.playvid.com/watch/20u3VATGylV, http://www.playvid.com/watch/uJx0eI8FHhw, http://www.playvid.com/watch/SCfPIu-Jv2d, http://www.playvid.com/watch/X83NziF9X-f, http://www.playvid.com/watch/lt_ku0bC5BI, http://www.playvid.com/watch/mpp1lG2Wkrl, http://www.playvid.com/watch/XkwKisU35gB,

http://www.playvid.com/watch/jSVtqLDMAgy, http://www.playvid.com/watch/9FAarUpcbCM, http://www.playvid.com/watch/q9IV1B5-J5N,
http://www.playvid.com/watch/syX5gIV4HbG, http://www.playvid.com/watch/Lpjudh4DM5O, http://www.playvid.com/watch/ZA-6lAo_Cwg,
http://www.playvid.com/watch/ETI3hyb-4sT, http://www.playvid.com/watch/Tv9t_gyqsh6, http://www.playvid.com/watch/9CpRbm6PDL9,
http://www.playvid.com/watch/y2jgE0KDuFM, http://www.playvid.com/watch/zI-OsLcTgvI, http://www.playvid.com/watch/wUExujq1FfK,
http://www.playvid.com/watch/rYpmAa2zBED, http://www.playvid.com/watch/xUBUqWUS9hQ, http://www.playvid.com/watch/t218W4oxwTt,
http://www.playvid.com/watch/4UvePTmLVHU, http://www.playvid.com/watch/4B2-SdVGHsT, http://www.playvid.com/watch/wZeEQgh8iBd,
http://www.playvid.com/watch/Mdld4dbatND, http://www.playvid.com/watch/C51Lxqos9z6, http://www.playvid.com/watch/Fv-d3diny02,
http://www.playvid.com/watch/8W6483e59kF, http://www.playvid.com/watch/ZPEikSsoau0, http://www.playvid.com/watch/kANL4uRjOJL,
http://www.playvid.com/watch/cg8VZIM6_PB, http://www.playvid.com/watch/OsjVrbkoWKA, http://www.playvid.com/watch/hjWFa0SYQwn,
http://www.playvid.com/watch/HiWxEsexEfU, http://www.playvid.com/watch/wwIio5omdFw, http://www.playvid.com/watch/QhmJdYpR_vj,
http://www.playvid.com/watch/EWE2kNWl8CE, http://www.playvid.com/watch/z1GkV7M2y1Q, http://www.playvid.com/watch/2OK_5YdyoZT,
http://www.playvid.com/watch/SYZ4kH0DkkW, http://www.playvid.com/watch/M1T4ikZhJ9X, http://www.playvid.com/watch/ZhbTJsW4mhe,
http://www.playvid.com/watch/0ZoMQh19TTu, http://www.playvid.com/watch/WI1jzrmEjOY, http://www.playvid.com/watch/xGC__MwfMeD,
http://www.playvid.com/watch/nbicuIoezVI, http://www.playvid.com/watch/KB9JNGuMfFA, http://www.playvid.com/watch/c4LxBsfvBFD,
http://www.playvid.com/watch/YU7NWOwLInU, http://www.playvid.com/watch/wkzVkTeLwza, http://www.playvid.com/watch/P6vYcAa4jKu,
http://www.playvid.com/watch/DbanP0Gt2u7, http://www.playvid.com/watch/Wc4P16U4jrm, http://www.playvid.com/watch/ZlOWse3K74B,
http://www.playvid.com/watch/CwH9eB7YlB4, http://www.playvid.com/watch/FFq9u1Ukhqm, http://www.playvid.com/watch/Nztesmgccp8,
http://www.playvid.com/watch/uzfIc_Rzwza, http://www.playvid.com/watch/NHTBh-a8g3D, http://www.playvid.com/watch/PuagdhiekZx,
http://www.playvid.com/watch/OPPT-MobY6G, http://www.playvid.com/watch/yR-ffYjwO5F, http://www.playvid.com/watch/pcLr0MPYBR3,
http://www.playvid.com/watch/BksK1GFRWaq, http://www.playvid.com/watch/SD87JALlAcK, http://www.playvid.com/watch/tm6B6MYnYo0,
http://www.playvid.com/watch/D5E9Xc1qH_Y, http://www.playvid.com/watch/511WWJO611t, http://www.playvid.com/watch/9gRwWJZGv1b,
http://www.playvid.com/watch/Jfy64Gb0PRL, http://www.playvid.com/watch/GJEGbZODSfP, http://www.playvid.com/watch/hvQoLfSVDao,
http://www.playvid.com/watch/IhKxIppKvh2, http://www.playvid.com/watch/RSTsHiXSqxT, http://www.playvid.com/watch/JnCAtaF8sEQ,
http://www.playvid.com/watch/PWexGeOWJq2, http://www.playvid.com/watch/67GopwEvmSk, http://www.playvid.com/watch/dWpvi1LLn65,
http://www.playvid.com/watch/Ud0M5i7HSVa, http://www.playvid.com/watch/WtTc5vRZd-S, http://www.playvid.com/watch/Q7hvfQHIPyV,
http://www.playvid.com/watch/pAel9dcKvMl, http://www.playvid.com/watch/HtCBUXj-gGR, http://www.playvid.com/watch/lA_jwPIOROz,
http://www.playvid.com/watch/b8C_o7R8koP, http://www.playvid.com/watch/ZnWAdw9ifQT, http://www.playvid.com/watch/q3C3Ric5nx0,
http://www.playvid.com/watch/esmSnizGq0W, http://www.playvid.com/watch/PkJzmCU4qY2, http://www.playvid.com/watch/LkY8RoPNvas,
http://www.playvid.com/watch/sFQyllOO4DP, http://www.playvid.com/watch/dl2j4QbG50Q, http://www.playvid.com/watch/HVJCWWwVJDl,
http://www.playvid.com/watch/NH1YuV_nQkI, http://www.playvid.com/watch/GNqQ3Xnu29b, http://www.playvid.com/watch/hF72khOhqXl,
http://www.playvid.com/watch/AnJ3-u_dJnR, http://www.playvid.com/watch/fwD_4Fw2D26, http://www.playvid.com/watch/gpCQk3njHQk,
http://www.playvid.com/watch/zJc0lt2S_Hc, http://www.playvid.com/watch/N_TJumrBE-b, http://www.playvid.com/watch/lA2OiDv6lG7,
http://www.playvid.com/watch/j4HD0GUaPkH, http://www.playvid.com/watch/3_R7RA8IOO2, http://www.playvid.com/watch/AHaCxQQpsui,
http://www.playvid.com/watch/zm1fevyB6D2, http://www.playvid.com/watch/JHzv7KeoNoB, http://www.playvid.com/watch/DAHeWQ2rAdt,
http://www.playvid.com/watch/ln76yQ5hVk9, http://www.playvid.com/watch/6poSL_y5XqQ, http://www.playvid.com/watch/rDUJXw-ecCH,
http://www.playvid.com/watch/A83mENG9vND, http://www.playvid.com/watch/5h57smKQpzI, http://www.playvid.com/watch/FFhkieYpusN,
http://www.playvid.com/watch/0OiiHlOTTB0, http://www.playvid.com/watch/eazR0UQrkdo, http://www.playvid.com/watch/qpVTdT6jgef,
http://www.playvid.com/watch/s4GHbfcpEqh, http://www.playvid.com/watch/dITlbXFuoMr, http://www.playvid.com/watch/E7TVTZ8_s09,
http://www.playvid.com/watch/KTOQipEzbWx, http://www.playvid.com/watch/THiusH2nUIJ, http://www.playvid.com/watch/sSR_unPQaed,
http://www.playvid.com/watch/pzSWx5I6HfD, http://www.playvid.com/watch/XAggntmLAPE, http://www.playvid.com/watch/q7pyKXaVF7x,
http://www.playvid.com/watch/xVbHNAvrfZO, http://www.playvid.com/watch/eNSQ1WbXtSo, http://www.playvid.com/watch/mc7Bqz1wzdL,
http://www.playvid.com/watch/dss4TaKDJgy, http://www.playvid.com/watch/E4ae9ccTvWs, http://www.playvid.com/watch/joMYe7m2mSE,
http://www.playvid.com/watch/QUXCrPD4sJr, http://www.playvid.com/watch/Qb0lbsU81_U, http://www.playvid.com/watch/YbdU3YewlN9,
http://www.playvid.com/watch/S6FU6T3F3ef, http://www.playvid.com/watch/BOAm5a16mF3, http://www.playvid.com/watch/XKwzc16r-Sa,
http://www.playvid.com/watch/NKC8RwhahqS, http://www.playvid.com/watch/nhWCHSOk1rY, http://www.playvid.com/watch/4kOrziXeoZO,
http://www.playvid.com/watch/QDz6MEHTRCd, http://www.playvid.com/watch/cHFAshf3PNQ, http://www.playvid.com/watch/MMmASzp1VS6,
http://www.playvid.com/watch/RryrEoQ-qeO, http://www.playvid.com/watch/C0OhF5vJaOr, http://www.playvid.com/watch/vv50sCrXquY,
http://www.playvid.com/watch/5-MIivUmVpV, http://www.playvid.com/watch/a7HGmfNYlpk, http://www.playvid.com/watch/kX-7Is1mjXa,
http://www.playvid.com/watch/u2EtC-k-wSt, http://www.playvid.com/watch/r7p0uqGSMHU, http://www.playvid.com/watch/4lX1a8YZ9Sr,
http://www.playvid.com/watch/pLgGaaRjDIc, http://www.playvid.com/watch/b4-fTMnL5UO, http://www.playvid.com/watch/3E2UFMbigb2,
http://www.playvid.com/watch/jdQw7ouirI0, http://www.playvid.com/watch/jUnzL-pNlti, http://www.playvid.com/watch/QNgJbRNgzWg,
http://www.playvid.com/watch/KCPGRDyjy_Z, http://www.playvid.com/watch/qfJ2fVStqs2, http://www.playvid.com/watch/o90KG9p-kXh,
http://www.playvid.com/watch/vAoMJoZ6Cw5, http://www.playvid.com/watch/VoSSAvuZdRM, http://www.playvid.com/watch/fbLLih3Jd4P,
http://www.playvid.com/watch/Ote40E1KYL4, http://www.playvid.com/watch/OsygDFHllKX, http://www.playvid.com/watch/xs0a62mW2MD,
http://www.playvid.com/watch/Moe8JywjZza, http://www.playvid.com/watch/51lMfUuNhOt, http://www.playvid.com/watch/ArWBU8xh8Rq,
http://www.playvid.com/watch/CogkcVeL_63, http://www.playvid.com/watch/kYKnnCdCcEi, http://www.playvid.com/watch/5a9NYw-JnsW,
http://www.playvid.com/watch/GzAFGpYwHJn, http://www.playvid.com/watch/wqYKc1gSKSs, http://www.playvid.com/watch/6uLheJ5Kv6a,
http://www.playvid.com/watch/9sb2zLpKMM5, http://www.playvid.com/watch/nASXlNx3LNF, http://www.playvid.com/watch/QM6mChhpDce,
http://www.playvid.com/watch/sOxsCnHy58n, http://www.playvid.com/watch/WVCSKZeYqiC, http://www.playvid.com/watch/koxorhg0rug,
http://www.playvid.com/watch/WdDHnUWIH0m, http://www.playvid.com/watch/p43qXW7hcNO, http://www.playvid.com/watch/w7ClpKIjU9E,
http://www.playvid.com/watch/Lrmd3WHxl3w, http://www.playvid.com/watch/2-yrJOPSza4, http://www.playvid.com/watch/eqc-LWLSEFW,
http://www.playvid.com/watch/XNCf1p7Smby, http://www.playvid.com/watch/3YhLt1kExNk, http://www.playvid.com/watch/BHwZcvp3EvT,
http://www.playvid.com/watch/tagkK96by7g, http://www.playvid.com/watch/w0clDFBAHnR, http://www.playvid.com/watch/9E5IkvVFf-B,
http://www.playvid.com/watch/mMufuk1LHdG, http://www.playvid.com/watch/IU1MRcnXqjL, http://www.playvid.com/watch/TQcWZyJnDsH,
http://www.playvid.com/watch/atSgZTU9XlI, http://www.playvid.com/watch/z5rshyEkuNE, http://www.playvid.com/watch/97YWXmUQ2T8,
http://www.playvid.com/watch/HKOGynKpOnK, http://www.playvid.com/watch/EQepMtkq5Xk, http://www.playvid.com/watch/WCUod3ToMxF,
http://www.playvid.com/watch/rbBP3KLDdYd, http://www.playvid.com/watch/3BIklWZswYg, http://www.playvid.com/watch/qjZqH_v0Dov,
http://www.playvid.com/watch/mkgVYyhXcHJ, http://www.playvid.com/watch/FTaNVh2CY-s, http://www.playvid.com/watch/ZYvQrou6FDw,
http://www.playvid.com/watch/BO7aoSzNSAN, http://www.playvid.com/watch/jK6B5aZvthN, http://www.playvid.com/watch/Xf-Zq81LmPu,
http://www.playvid.com/watch/dwvFUvaHM-b, http://www.playvid.com/watch/zdjoPfXiVcY, http://www.playvid.com/watch/rM6B-7dZxtk,
http://www.playvid.com/watch/CgIBiHyJvSz, http://www.playvid.com/watch/rKzEhEBL-ix, http://www.playvid.com/watch/GDjIHNISHWK,
http://www.playvid.com/watch/qJUehp4UZSo, http://www.playvid.com/watch/NlhPsuFMUM8, http://www.playvid.com/watch/it1r7kFIuTy,
http://www.playvid.com/watch/6sjXFrM83cR, http://www.playvid.com/watch/BaV-J_hMuQa, http://www.playvid.com/watch/ir4hRx0DKaY,
http://www.playvid.com/watch/CLgHBnL3GGn, http://www.playvid.com/watch/Av8GHBxnm5Q, http://www.playvid.com/watch/IxPVPcgtAtI
5.f. Date of third notice: 2014-04-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aussie66
5.b. Uploader's email address: bagga66@tiscali.it
5.d. Uploader's profile: http://www.playvid.com/member/aussie66
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Zc949SnuLss, http://www.playvid.com/watch/MiXs7WrvsWP,
http://www.playvid.com/watch/JiGmUPyN9GW, http://www.playvid.com/watch/4DmAM-f8mob, http://www.playvid.com/watch/s6Sn7KLHmXB,
http://www.playvid.com/watch/vwjGEZYQ-qx, http://www.playvid.com/watch/22CqcJQLq4q, http://www.playvid.com/watch/mx5H44pYwLF,
http://www.playvid.com/watch/9P0rnUR0pFw, http://www.playvid.com/watch/g8f4MlDNyDA, http://www.playvid.com/watch/Of39oBdYo0s,
http://www.playvid.com/watch/8MDQk6z5mFF, http://www.playvid.com/watch/fXuhsjybEqK, http://www.playvid.com/watch/pva2jDFIiQa,
http://www.playvid.com/watch/BMe3DWqA2XR, http://www.playvid.com/watch/k6MSgxhJ28j, http://www.playvid.com/watch/46fm2JjrcQJ,
http://www.playvid.com/watch/VaeetsZ87s-, http://www.playvid.com/watch/ObJMnRW6zLh, http://www.playvid.com/watch/sDgLuYuzYYT,
http://www.playvid.com/watch/rhhz3AnPaq4, http://www.playvid.com/watch/vaUUQNBbbe5, http://www.playvid.com/watch/AyXKzBxojp3,
http://www.playvid.com/watch/UjtOxydie6I, http://www.playvid.com/watch/-YRkZQQZIuR, http://www.playvid.com/watch/ibF4wyOWbAi,
http://www.playvid.com/watch/eIvMSadUXOk, http://www.playvid.com/watch/SCJ6kmRr9Tz, http://www.playvid.com/watch/RS7QeSqJSb4,
http://www.playvid.com/watch/qIUM8tLV6t3, http://www.playvid.com/watch/AyaEloB9PeC, http://www.playvid.com/watch/lrEjM879hhh,
http://www.playvid.com/watch/cAH3JBjH75I, http://www.playvid.com/watch/4zsuj0cF5iY, http://www.playvid.com/watch/XhcJRfpdyfT,
http://www.playvid.com/watch/PjDqlcQ7-7w, http://www.playvid.com/watch/AZOTK-E4n0P, http://www.playvid.com/watch/v0zc-4jjjuD,
http://www.playvid.com/watch/ZrxQfVMAA80, http://www.playvid.com/watch/Yz6QTnCefWU, http://www.playvid.com/watch/ewCwlbWJFNn,
http://www.playvid.com/watch/wnAiFnrD9lR, http://www.playvid.com/watch/sjHWT4BZfJ3
5.f. Date of third notice: 2013-12-29

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Ava Rose
5.b. Uploader's email address: ava86rose@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Ava+Rose+
5.e. List of videos posted by uploader: http://www.playvid.com/watch/meSQJ4PMlps, http://www.playvid.com/watch/jnxDQD7gho9, http://www.playvid.com/watch/NImUbNsuuZF, http://www.playvid.com/watch/VZ9BssqQ9kc, http://www.playvid.com/watch/I-pIwHGhNaX, http://www.playvid.com/watch/MMd4TyObGLP, http://www.playvid.com/watch/ZeHeLSPBORi, http://www.playvid.com/watch/7OQH7cFBZU7, http://www.playvid.com/watch/VZxBv9Op8Jt, http://www.playvid.com/watch/uZywE6TZ3MV, http://www.playvid.com/watch/5NpJskQSz6c, http://www.playvid.com/watch/D8F4BP--KcH, http://www.playvid.com/watch/PF8H-eEEdVr, http://www.playvid.com/watch/8PLtMOLydwv, http://www.playvid.com/watch/VG4eKxIPExU, http://www.playvid.com/watch/gk-QOCrJxP2, http://www.playvid.com/watch/8Ezd6tvldNE, http://www.playvid.com/watch/WOYQpQ38CK5, http://www.playvid.com/watch/LubiAsrG5HS, http://www.playvid.com/watch/Qp3s7q-FmSX, http://www.playvid.com/watch/UDsdpUjMvZD, http://www.playvid.com/watch/037FEeM8UJ8, http://www.playvid.com/watch/-UyYwYZC8F2, http://www.playvid.com/watch/uNNsU4LFz6b
5.f. Date of third notice: 2013-10-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: awanakinkon
5.b. Uploader's email address: gregmotolinia@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/awanakinkon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ul6CAl-UPUS, http://www.playvid.com/watch/UN-2PQuAqva, http://www.playvid.com/watch/DqPplwijPZj, http://www.playvid.com/watch/MsWV2RIISgQ, http://www.playvid.com/watch/IrCxVoMJpht, http://www.playvid.com/watch/RIuMqE5Etpn, http://www.playvid.com/watch/jwsEdJlXrj5, http://www.playvid.com/watch/30Q0Ib2MlAA, http://www.playvid.com/watch/OEsd-dpX4IF, http://www.playvid.com/watch/6HIe765IyhN, http://www.playvid.com/watch/OTshUeWdEtx, http://www.playvid.com/watch/2atLsyr9ohN, http://www.playvid.com/watch/lSda9nElNcD, http://www.playvid.com/watch/iEDhMq8yxBW, http://www.playvid.com/watch/igTc-hFe0Qs, http://www.playvid.com/watch/iAYUgrOG6XA, http://www.playvid.com/watch/NJAAd3LUXFS, http://www.playvid.com/watch/8UCM4YYlBJP, http://www.playvid.com/watch/QV9h4Xe-KVn, http://www.playvid.com/watch/vtZPnnYPXhU, http://www.playvid.com/watch/GhSiY2iby2A, http://www.playvid.com/watch/4CdFpxOL4u4, http://www.playvid.com/watch/-dzGVV3aub-, http://www.playvid.com/watch/ZjC4ODqFBvr, http://www.playvid.com/watch/eoClQvOgPTh, http://www.playvid.com/watch/xVnCtiNV5OA, http://www.playvid.com/watch/YriRHTherr5, http://www.playvid.com/watch/XB8mGxYQ25d, http://www.playvid.com/watch/uiNpUvc5MpE, http://www.playvid.com/watch/Bu2iSTuZkZz, http://www.playvid.com/watch/SGI90jObSlN, http://www.playvid.com/watch/-VHPjZ3eeq8, http://www.playvid.com/watch/NS2fjiC38bx, http://www.playvid.com/watch/ATc74XwfNTh, http://www.playvid.com/watch/Zqzje0EQjnT, http://www.playvid.com/watch/2n6aN6oYp4W, http://www.playvid.com/watch/D94KaOp9qGq, http://www.playvid.com/watch/KrnvIkOzj-a, http://www.playvid.com/watch/C6RLJXnMT6L, http://www.playvid.com/watch/80ycJUm96bk, http://www.playvid.com/watch/cvBu2Q4u9d9, http://www.playvid.com/watch/7VLeRPs76at, http://www.playvid.com/watch/tDsfnLIULTT, http://www.playvid.com/watch/2MOnNBrKynb, http://www.playvid.com/watch/x0s3Q54YmSq, http://www.playvid.com/watch/OrMNiQMXq66, http://www.playvid.com/watch/shKmPJiSwao, http://www.playvid.com/watch/zv0TzRoDZCm, http://www.playvid.com/watch/89MYZ4O0lLD, http://www.playvid.com/watch/J8B3hOWCThn, http://www.playvid.com/watch/u7JsKM3OaI2, http://www.playvid.com/watch/GF2UI8bx3rK, http://www.playvid.com/watch/Yvc7rFeUYK3, http://www.playvid.com/watch/bpxBZcRu3xd, http://www.playvid.com/watch/SAQO0zFyZgt, http://www.playvid.com/watch/-eC3P55lw0P, http://www.playvid.com/watch/8mAfcHj7bEP, http://www.playvid.com/watch/YM7LFBzTWYq, http://www.playvid.com/watch/yHeBPexmGlW, http://www.playvid.com/watch/S8aSTOJYtNe, http://www.playvid.com/watch/9On2mwJKlUs, http://www.playvid.com/watch/5jZgWo5Zw0t, http://www.playvid.com/watch/FmuZw2dFhtm
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: babesvids_net
5.b. Uploader's email address: muzzy63@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/babesvids_net
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AfnLkr8NAUH, http://www.playvid.com/watch/8AcyyyoFnnt, http://www.playvid.com/watch/aH2EZjehACi, http://www.playvid.com/watch/BB8Uk7MMvPq, http://www.playvid.com/watch/t0hgHx6Mjpb, http://www.playvid.com/watch/QqXn2hYehMK, http://www.playvid.com/watch/84jYxoqkOoT, http://www.playvid.com/watch/BEgAsd2TbL4, http://www.playvid.com/watch/QsGwaWC0mOO, http://www.playvid.com/watch/n9kznbLI2Ls, http://www.playvid.com/watch/eRv0LYCwz0U, http://www.playvid.com/watch/vNZTSbU2USL, http://www.playvid.com/watch/VEWj04G4KDv, http://www.playvid.com/watch/qAzz0iTfpqf, http://www.playvid.com/watch/G909P4rc9Wk, http://www.playvid.com/watch/QA3HGD7YYO7, http://www.playvid.com/watch/JmlXgZ9iNVm, http://www.playvid.com/watch/LDxSK8L-TnU, http://www.playvid.com/watch/BHh-ISHGxKo, http://www.playvid.com/watch/2lmwNbAgLpi, http://www.playvid.com/watch/vFllmC9ztfo, http://www.playvid.com/watch/0TXiRQrGdGW, http://www.playvid.com/watch/Cs5RoNUNUjZ, http://www.playvid.com/watch/qyhi59VNv5V, http://www.playvid.com/watch/me0ziJWeP5i, http://www.playvid.com/watch/9vZRWXAhSEz, http://www.playvid.com/watch/jUV29hheFLz, http://www.playvid.com/watch/yaRHTTIadur, http://www.playvid.com/watch/jhpIxL04cHy, http://www.playvid.com/watch/hdjcGHHAYnh, http://www.playvid.com/watch/6k2IYIAFZ2Z, http://www.playvid.com/watch/a7W5FyXQdi5, http://www.playvid.com/watch/honlnMFMQyj, http://www.playvid.com/watch/x8veOwjnfbv, http://www.playvid.com/watch/xXtZOiV69RP, http://www.playvid.com/watch/OjobLkdHKDR, http://www.playvid.com/watch/j3Riut4NGCV, http://www.playvid.com/watch/EY83JSQAlyr, http://www.playvid.com/watch/7Y-Vpfeir5-, http://www.playvid.com/watch/SB8NTwrke5e, http://www.playvid.com/watch/KHtIO9eTPSt, http://www.playvid.com/watch/FBgdT-Zm05p, http://www.playvid.com/watch/-RrfcZOMysp, http://www.playvid.com/watch/UbOyqXq97Kr, http://www.playvid.com/watch/mv4AcNleDnZ, http://www.playvid.com/watch/xnDO0wLOVmX, http://www.playvid.com/watch/E2aZbvO0K8Z, http://www.playvid.com/watch/46kTY4oXkN6, http://www.playvid.com/watch/HpXGS5QSY4a, http://www.playvid.com/watch/BXxlYcJf0Zd, http://www.playvid.com/watch/wBuzV5P0EVn, http://www.playvid.com/watch/-IpTSaUGSn8, http://www.playvid.com/watch/DwoWP-nqOPd, http://www.playvid.com/watch/nkpixeN6s-H, http://www.playvid.com/watch/EwxHyDcxWlk, http://www.playvid.com/watch/IiOLASS4zqV, http://www.playvid.com/watch/URYu0i8lr03, http://www.playvid.com/watch/8f4Cmdum-8x, http://www.playvid.com/watch/UpEZQyZpiS5, http://www.playvid.com/watch/aAXri5SUaYQ, http://www.playvid.com/watch/LWnDAt-VJq2, http://www.playvid.com/watch/3jzkZjyE0YF, http://www.playvid.com/watch/VLeepJNQxsP, http://www.playvid.com/watch/8OzFoqDxOIT, http://www.playvid.com/watch/v5p7kjq6wJD, http://www.playvid.com/watch/oIbt2aXyz36, http://www.playvid.com/watch/TIqRYC36G4R, http://www.playvid.com/watch/vedRxE7pzBB, http://www.playvid.com/watch/clWOseTQnXJ, http://www.playvid.com/watch/vPul-TuXy0n, http://www.playvid.com/watch/GkjHbUsVeQy, http://www.playvid.com/watch/4mVAbGeKieL, http://www.playvid.com/watch/sIwm770Ck2m, http://www.playvid.com/watch/5fY9apZ9w73, http://www.playvid.com/watch/zNe3oWJh6Wm, http://www.playvid.com/watch/udekHxme0Tv, http://www.playvid.com/watch/vvblbY6HHml, http://www.playvid.com/watch/MbwyhE9QOQ5, http://www.playvid.com/watch/293BFLZSJjM, http://www.playvid.com/watch/K03E-mQaCEt, http://www.playvid.com/watch/VqHqJySOKBz, http://www.playvid.com/watch/864O2C0CM5n, http://www.playvid.com/watch/lU4Yr3YCn2U, http://www.playvid.com/watch/pt9S64kOtcT, http://www.playvid.com/watch/HRE22edDNxK, http://www.playvid.com/watch/hFMrAmjLYth, http://www.playvid.com/watch/pxk0ARVaABn, http://www.playvid.com/watch/iC9HOwkXhGk, http://www.playvid.com/watch/69lgr67QqYN, http://www.playvid.com/watch/JErgN7kthtY, http://www.playvid.com/watch/xbgn6ehzSBR, http://www.playvid.com/watch/0HzMSDd2GYa, http://www.playvid.com/watch/ReEt4V8v8x2, http://www.playvid.com/watch/lQYnpT7aTjP, http://www.playvid.com/watch/gKDUYilcgUg, http://www.playvid.com/watch/7EA7YRIVdqb, http://www.playvid.com/watch/zRbWjFQq2xt, http://www.playvid.com/watch/zi3bK9rV3hV, http://www.playvid.com/watch/saBYgyjuohz, http://www.playvid.com/watch/SRTrDsvTSyE, http://www.playvid.com/watch/73vFs3gsYXp, http://www.playvid.com/watch/uJ2XlzhbYTt, http://www.playvid.com/watch/OXAFWmi5caa, http://www.playvid.com/watch/nhp39xPMStW, http://www.playvid.com/watch/YAwPKWcey4l, http://www.playvid.com/watch/-8c5PdGnJsm, http://www.playvid.com/watch/73IPN6A3Pwq, http://www.playvid.com/watch/enrlbEUVER3, http://www.playvid.com/watch/pJcapa0AHO4, http://www.playvid.com/watch/9joj4rz2e60, http://www.playvid.com/watch/6fCW-JNdd6L, http://www.playvid.com/watch/n30IMqGsi5O, http://www.playvid.com/watch/bYt6VRchpHG, http://www.playvid.com/watch/iZvb8OBZlxz, http://www.playvid.com/watch/AACk2vq2y4-, http://www.playvid.com/watch/ZiABwcmhGRr, http://www.playvid.com/watch/HyqQ2cSOrGH, http://www.playvid.com/watch/7VBEAuFIYdK, http://www.playvid.com/watch/YwP3d2O0W-K, http://www.playvid.com/watch/-9aIorpTzJL, http://www.playvid.com/watch/j-u9U9uQWKL, http://www.playvid.com/watch/V3FAbIS7HdY, http://www.playvid.com/watch/NOHpP8H2gi0, http://www.playvid.com/watch/S8EaQKTbTo2, http://www.playvid.com/watch/yR4XuO4nI0t, http://www.playvid.com/watch/eLzFiqKNQjb, http://www.playvid.com/watch/H2PYpkjbCo9, http://www.playvid.com/watch/mkEXpSO-rpf, http://www.playvid.com/watch/pScvSxNEWni, http://www.playvid.com/watch/HMWcyFw4THP, http://www.playvid.com/watch/LpYAcbKctFr, http://www.playvid.com/watch/WiF0sBkTUai, http://www.playvid.com/watch/mMsCs4AU9Z6, http://www.playvid.com/watch/gPhAbEDWLxo, http://www.playvid.com/watch/R6SeeFczEA2, http://www.playvid.com/watch/VuoUxi6Omnu, http://www.playvid.com/watch/Mzd6j2bplsE, http://www.playvid.com/watch/HbpdtmtS3Jp, http://www.playvid.com/watch/6UszFpJn5fh, http://www.playvid.com/watch/difRPLhkbej, http://www.playvid.com/watch/0aZnqkXtHRR, http://www.playvid.com/watch/fzzZ-Vnd5Xm, http://www.playvid.com/watch/PhEZQGMf5Y0,

http://www.playvid.com/watch/LFJwRaeAvAo, http://www.playvid.com/watch/n8BClkpbEuB, http://www.playvid.com/watch/Q2AhvFPoKYF,
http://www.playvid.com/watch/tPdgITfsRSi, http://www.playvid.com/watch/fXIUsmSllDS, http://www.playvid.com/watch/5grON9Kh-cD,
http://www.playvid.com/watch/oNGbfKdAPvB, http://www.playvid.com/watch/q8OOBs0VxrV, http://www.playvid.com/watch/Ong3Pd8hzNy,
http://www.playvid.com/watch/n8AM86jUuD4, http://www.playvid.com/watch/ZtWy0w6yWoh, http://www.playvid.com/watch/wnbUGNNtnpk,
http://www.playvid.com/watch/QLSeuaBYEfy, http://www.playvid.com/watch/GTnVC9z73XH, http://www.playvid.com/watch/pMNylawRDA9,
http://www.playvid.com/watch/3GLm6nx86Eq, http://www.playvid.com/watch/Tce4I5LpN5F, http://www.playvid.com/watch/W6i28pP39vO,
http://www.playvid.com/watch/CXDo0VB6e79, http://www.playvid.com/watch/z0Bw3RtzUME, http://www.playvid.com/watch/DULySF90egi,
http://www.playvid.com/watch/z0Hn7yufXvP, http://www.playvid.com/watch/f-mMGnFaW0c, http://www.playvid.com/watch/87-IgfxiN6V,
http://www.playvid.com/watch/He3NqTL5b5N, http://www.playvid.com/watch/vymBUhnSwRw, http://www.playvid.com/watch/XlFfMmvfXhZ,
http://www.playvid.com/watch/i6TMyagMFDl, http://www.playvid.com/watch/HLTO97YQ3ph, http://www.playvid.com/watch/EAKCFto6WvH,
http://www.playvid.com/watch/L7oMwdDAXwW, http://www.playvid.com/watch/EUVKPUs8d83, http://www.playvid.com/watch/W439mu5vv8E,
http://www.playvid.com/watch/VjCGCUkxEXQ, http://www.playvid.com/watch/Fgbzs0iKQ55, http://www.playvid.com/watch/JPwxxx8ZKpG,
http://www.playvid.com/watch/c4h36wADIZf, http://www.playvid.com/watch/Si6xcOqyZEU, http://www.playvid.com/watch/vwY4jsXBpUt,
http://www.playvid.com/watch/HBbNxktvrpn, http://www.playvid.com/watch/x0eVIjLuVF9, http://www.playvid.com/watch/RWp70CZwJBy,
http://www.playvid.com/watch/6g9DihsU3y6, http://www.playvid.com/watch/bYZqSQ3M4xB, http://www.playvid.com/watch/rJKodMGdtur,
http://www.playvid.com/watch/IHL4ffsPnGA, http://www.playvid.com/watch/YWV78pXQjGP, http://www.playvid.com/watch/Rrq5n9QFdhl,
http://www.playvid.com/watch/Cpkw-cdu77W, http://www.playvid.com/watch/kxEMG9Jg5k5, http://www.playvid.com/watch/A4B8a0Dnpso,
http://www.playvid.com/watch/I-CC-qUpPr8, http://www.playvid.com/watch/S32XQyq8Gxh, http://www.playvid.com/watch/0xbzGMTsiSK,
http://www.playvid.com/watch/WVqqa6vWOFr, http://www.playvid.com/watch/PhKMGOJ-z8i, http://www.playvid.com/watch/MVmKSRcvcmU,
http://www.playvid.com/watch/heB-TF8plUJ, http://www.playvid.com/watch/SWM3JsfnKfV, http://www.playvid.com/watch/mXyoUjlNPzw,
http://www.playvid.com/watch/HxvOaXVJMuH, http://www.playvid.com/watch/9BjVOtSbJLn, http://www.playvid.com/watch/lYsim3Wfquo,
http://www.playvid.com/watch/J5tMNfc5SWx, http://www.playvid.com/watch/Ygiv6Om7c4c, http://www.playvid.com/watch/TECkV48ruAX,
http://www.playvid.com/watch/zsbr2KWBpay, http://www.playvid.com/watch/Ux4pWk0FHMl, http://www.playvid.com/watch/3X87ynOzQ7g,
http://www.playvid.com/watch/rSjFlu-Bmvm, http://www.playvid.com/watch/PrCJAkMViox, http://www.playvid.com/watch/-FYPQpyt4T0,
http://www.playvid.com/watch/ySHpKG2np3-, http://www.playvid.com/watch/gOsSEuOATHX, http://www.playvid.com/watch/IvmEE7ei7mf,
http://www.playvid.com/watch/cmiWU6B5P8u, http://www.playvid.com/watch/CT8vgsyxnMO, http://www.playvid.com/watch/Oiv4XmhOABl,
http://www.playvid.com/watch/gTy8TzMuEbC, http://www.playvid.com/watch/hFGC1UTvU-v, http://www.playvid.com/watch/nvbeIzGZqSK,
http://www.playvid.com/watch/U6Z_XxcXlzF, http://www.playvid.com/watch/Tsjg8B-nNiu, http://www.playvid.com/watch/tJL02FC-rpy,
http://www.playvid.com/watch/95xa5j3cCtZ, http://www.playvid.com/watch/FEsSI1M9PCo, http://www.playvid.com/watch/DcalcesDerK,
http://www.playvid.com/watch/fp05eF5ku-q, http://www.playvid.com/watch/Zr3EDNhDK9y, http://www.playvid.com/watch/Dz1aZ9P6o4F,
http://www.playvid.com/watch/Yy4BlQnA_4R, http://www.playvid.com/watch/jFDJIutpRXo, http://www.playvid.com/watch/VMqROuYbXmw,
http://www.playvid.com/watch/9fZpBZvpUQM, http://www.playvid.com/watch/EEThXX9uVBL, http://www.playvid.com/watch/B0bn6fGRzkD,
http://www.playvid.com/watch/BriqpXlDQSK, http://www.playvid.com/watch/foNH0PELevQ, http://www.playvid.com/watch/bv15dhcyDEo,
http://www.playvid.com/watch/6FFxS1jZ2Na, http://www.playvid.com/watch/gF6wockJHAB, http://www.playvid.com/watch/jrXM80j23mf,
http://www.playvid.com/watch/4pGRtbnhgnz, http://www.playvid.com/watch/N7RrLpybY2Y, http://www.playvid.com/watch/Yuv_zS8196O,
http://www.playvid.com/watch/7D-LhYCGw4B, http://www.playvid.com/watch/N-T1bEDFqeJ, http://www.playvid.com/watch/k0VAbgviKkQ,
http://www.playvid.com/watch/z2-_1wPFrIY, http://www.playvid.com/watch/QddEnXVyPcI, http://www.playvid.com/watch/xOZIRy-Vf5J,
http://www.playvid.com/watch/h0ZXggg1xwD, http://www.playvid.com/watch/hKeKOwpcoBY, http://www.playvid.com/watch/V9StZNM8Kf3,
http://www.playvid.com/watch/aJXkod4pCQA, http://www.playvid.com/watch/yTYVojlnzI8, http://www.playvid.com/watch/2k0A-pBM0cA,
http://www.playvid.com/watch/fUARNnIjZV9, http://www.playvid.com/watch/qkoRhqM1Dge, http://www.playvid.com/watch/cgAP6Cg_mQF,
http://www.playvid.com/watch/HPYlixhok42, http://www.playvid.com/watch/mxgQ4PRY5QA, http://www.playvid.com/watch/3_xizn8goqA,
http://www.playvid.com/watch/pJefRtEybtr, http://www.playvid.com/watch/jvqxcEvU_sU, http://www.playvid.com/watch/9tCc3BD9aFM,
http://www.playvid.com/watch/o6MJuy8bwA4, http://www.playvid.com/watch/Cea7baAQrZp, http://www.playvid.com/watch/ErcI_f2D3im,
http://www.playvid.com/watch/VigkG1u5VkF, http://www.playvid.com/watch/m1MCIHmlApb, http://www.playvid.com/watch/WXWapwuB7AG,
http://www.playvid.com/watch/i69QEFv1ovs, http://www.playvid.com/watch/A1C0Vv2-8kI, http://www.playvid.com/watch/OTtS1wZ7S8u,
http://www.playvid.com/watch/hlFXX_cDRzS, http://www.playvid.com/watch/ccmlch9Zvph, http://www.playvid.com/watch/UPmJ_nlK47B,
http://www.playvid.com/watch/72IJWZA6dAo, http://www.playvid.com/watch/kQ1JdG1yDio, http://www.playvid.com/watch/OWxQ_w-P7j8,
http://www.playvid.com/watch/AqaI3uyWZTW, http://www.playvid.com/watch/oEb4lnUC71N, http://www.playvid.com/watch/xVmmZEXdZjw,
http://www.playvid.com/watch/wDhDHOlKIJL, http://www.playvid.com/watch/bU8Iwwo2x4i, http://www.playvid.com/watch/KzU2Gbu4Aio,
http://www.playvid.com/watch/sDTnHhCrSVo, http://www.playvid.com/watch/iYkHnkr-QGV, http://www.playvid.com/watch/gh6eepSlWPp,
http://www.playvid.com/watch/vEZqRvKIgan, http://www.playvid.com/watch/h8Y3lJFdKdE, http://www.playvid.com/watch/5LPVGx8pojp,
http://www.playvid.com/watch/VdyPayhwsGb, http://www.playvid.com/watch/7hoXqMNTu6C, http://www.playvid.com/watch/2FT5OvDfGow,
http://www.playvid.com/watch/rYneSfvqSpV, http://www.playvid.com/watch/4Vy-YayYJQv, http://www.playvid.com/watch/gn7_fjscgCp,
http://www.playvid.com/watch/PIBp8udR9o6, http://www.playvid.com/watch/O92EYSR8tTN, http://www.playvid.com/watch/bqvwhBJB09X,
http://www.playvid.com/watch/s1l5FZtLczr, http://www.playvid.com/watch/iN5cm12gKIK, http://www.playvid.com/watch/dQamEpEACAP,
http://www.playvid.com/watch/W26a4zro0U4, http://www.playvid.com/watch/6dk_NaSYSoK, http://www.playvid.com/watch/Arzsq2lZsIK,
http://www.playvid.com/watch/sZMc_QB_DAr, http://www.playvid.com/watch/PM6GjAOwmZE, http://www.playvid.com/watch/XdB68zBmNLN,
http://www.playvid.com/watch/q1vob33twuB, http://www.playvid.com/watch/7dgFeIpAR3n, http://www.playvid.com/watch/n4O9A9cC2Kc,
http://www.playvid.com/watch/v6Nzt5I--aC, http://www.playvid.com/watch/ISMRtizM3Bf, http://www.playvid.com/watch/srMny3TRE5a,
http://www.playvid.com/watch/uZdTQoOoTaT, http://www.playvid.com/watch/BaHlV-akbaO, http://www.playvid.com/watch/e_KC7_fOaLX,
http://www.playvid.com/watch/I6ID5a_oZS8, http://www.playvid.com/watch/M4XezfIRprc, http://www.playvid.com/watch/6M5ch4R2jcN,
http://www.playvid.com/watch/LFIqdBmotxT, http://www.playvid.com/watch/9O72sXDnuXi, http://www.playvid.com/watch/FGITZ5hdq12,
http://www.playvid.com/watch/6EIypPtJ3Jx, http://www.playvid.com/watch/KF2k3M4kdfg, http://www.playvid.com/watch/9e6NRgEOlCJ,
http://www.playvid.com/watch/UpysUWNAUEp, http://www.playvid.com/watch/ANhLf46iuul, http://www.playvid.com/watch/U_55NxG5qzf,
http://www.playvid.com/watch/bAPkcwzSsVV, http://www.playvid.com/watch/KlwKmRA5FGr, http://www.playvid.com/watch/TdgytHo8nqj,
http://www.playvid.com/watch/Ee7n9oI6RwQ, http://www.playvid.com/watch/GHYFVuEWrSU, http://www.playvid.com/watch/2DrhhhvyWF9,
http://www.playvid.com/watch/NwO__CPKGtH, http://www.playvid.com/watch/55OgXaTtgoz, http://www.playvid.com/watch/DQxJ38biCQX,
http://www.playvid.com/watch/byySNyAabkT, http://www.playvid.com/watch/jErCKbx5hTa, http://www.playvid.com/watch/7JLsVvyInbi,
http://www.playvid.com/watch/YV7oVDAqdAf, http://www.playvid.com/watch/s9V4-pRqmXT, http://www.playvid.com/watch/Tbp1PLpfS5O,
http://www.playvid.com/watch/QpWNyJVSRH9, http://www.playvid.com/watch/JxxpIlBL228, http://www.playvid.com/watch/CTyoPIb6cSy,
http://www.playvid.com/watch/mbJyPLM8fYE, http://www.playvid.com/watch/NKPul3WCBza, http://www.playvid.com/watch/W8e_4OcEobo,
http://www.playvid.com/watch/UGfPKq9k-jL, http://www.playvid.com/watch/kwcxdMFmEoq, http://www.playvid.com/watch/f346UA0J7fY,
http://www.playvid.com/watch/M7ddkgzgJ4G, http://www.playvid.com/watch/urGIVUqtbsI, http://www.playvid.com/watch/mfeGzyk6tBE,
http://www.playvid.com/watch/MqPUtKRLzgY, http://www.playvid.com/watch/OnjS2NyzuoG, http://www.playvid.com/watch/QvcR5o_ueMp,
http://www.playvid.com/watch/mhlfiDxKjo8, http://www.playvid.com/watch/GiO_REucxLH, http://www.playvid.com/watch/4jO7yL8tSFn,
http://www.playvid.com/watch/9g91C5ftIPf, http://www.playvid.com/watch/QDr8XquRh9e, http://www.playvid.com/watch/CW2eTzs-Vpy,
http://www.playvid.com/watch/jvD_WfNjH2X, http://www.playvid.com/watch/7jaByCfHkJy, http://www.playvid.com/watch/B7tu27uU-ml,
http://www.playvid.com/watch/U28fuWI8lPO, http://www.playvid.com/watch/JDKHIkE-dfx, http://www.playvid.com/watch/zXEJ35V-PTy,
http://www.playvid.com/watch/yyx2PJIFXM4, http://www.playvid.com/watch/u6LnvdhdHj0, http://www.playvid.com/watch/K-s5zF5uFxN,
http://www.playvid.com/watch/hxlrMpbuheG, http://www.playvid.com/watch/L3FuWZm0MWn, http://www.playvid.com/watch/RFzZ4xR94wg,
http://www.playvid.com/watch/TRMxWdRAqZ3, http://www.playvid.com/watch/S1nuUqy-Bxh, http://www.playvid.com/watch/3le_ycEHQ_o,
http://www.playvid.com/watch/S40ALuaXSXn, http://www.playvid.com/watch/pL5pQD5rP3k, http://www.playvid.com/watch/rKIQ1Q4Gl-w,
http://www.playvid.com/watch/0EMp2hXCtMP, http://www.playvid.com/watch/RKUQ13qWavL, http://www.playvid.com/watch/whQwv0YEvkc,
http://www.playvid.com/watch/waTyQma033x, http://www.playvid.com/watch/UQusxMo74fb, http://www.playvid.com/watch/qW732VSLfds,
http://www.playvid.com/watch/JWB6yFElRbt, http://www.playvid.com/watch/i7XnTyzOAU8, http://www.playvid.com/watch/nldMkvvnM7w,
http://www.playvid.com/watch/wiZo6HNs8nw, http://www.playvid.com/watch/RS1r0e_fsmn, http://www.playvid.com/watch/HBpHXzCSA8S,
http://www.playvid.com/watch/y1rrY99p8nG, http://www.playvid.com/watch/8LcTw3tSoeY, http://www.playvid.com/watch/J32REamvZR8,
http://www.playvid.com/watch/kVI8OktS_aw, http://www.playvid.com/watch/crQku-u4ERy, http://www.playvid.com/watch/Jegy7IknY7c,
http://www.playvid.com/watch/hJZ9nJQjpfv, http://www.playvid.com/watch/DgUslTyD6MT

5.f. Date of third notice: 2013-10-07

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: babydash123

5.b. Uploader's email address: reex_95@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/babydash123

5.e. List of videos posted by uploader: http://www.playvid.com/watch/iynRiStRIOz, http://www.playvid.com/watch/JfeXrsVrAMK,

http://www.playvid.com/watch/tTUvscLo6Q4, http://www.playvid.com/watch/RsqkMHxeHsz, http://www.playvid.com/watch/aFIQPSDzd28, http://www.playvid.com/watch/YjRXTI0xs-6, http://www.playvid.com/watch/ywrYqLNPPOg, http://www.playvid.com/watch/QrS3XvpuBll, http://www.playvid.com/watch/JVYzSCnKMv4, http://www.playvid.com/watch/kYD3U7n-fYx, http://www.playvid.com/watch/Lq6OpaOmq3P, http://www.playvid.com/watch/daaTPiDzojl, http://www.playvid.com/watch/bDK3TK4EzYy, http://www.playvid.com/watch/HF7SnS9tEfj, http://www.playvid.com/watch/LlRGmoaw2e7, http://www.playvid.com/watch/OfemEqNsByb, http://www.playvid.com/watch/dFKFUOgeDf2, http://www.playvid.com/watch/V5TCoK2jW7J, http://www.playvid.com/watch/Nm6HXA96gSm, http://www.playvid.com/watch/WH5X59zJDYA, http://www.playvid.com/watch/QXR2IwKGwXr, http://www.playvid.com/watch/5cvHnya8kNx, http://www.playvid.com/watch/cZB-kKwnfyz, http://www.playvid.com/watch/D85XZUg55l4, http://www.playvid.com/watch/xpMJiH4VWKT, http://www.playvid.com/watch/pGa3VfeSCbq, http://www.playvid.com/watch/6BDpeZJy4Ig, http://www.playvid.com/watch/wTgUo2wISnq, http://www.playvid.com/watch/NZFJkc7bRk-, http://www.playvid.com/watch/dzHjGZYroKS, http://www.playvid.com/watch/D8BcBa4IbF9, http://www.playvid.com/watch/lTzEYCoeb9L, http://www.playvid.com/watch/JkfrK4LO6VR, http://www.playvid.com/watch/v5XtXRH-BvW, http://www.playvid.com/watch/zIAci34q-J7, http://www.playvid.com/watch/iloZpvT7X9c, http://www.playvid.com/watch/v5zvCeaScbi, http://www.playvid.com/watch/NfMtM88Y0km, http://www.playvid.com/watch/dDs0Wv9Suc3, http://www.playvid.com/watch/dKcWsyT8MW-, http://www.playvid.com/watch/gaaPnmvIpUP, http://www.playvid.com/watch/UusaXtkk0WV, http://www.playvid.com/watch/2FXqXZcs2WW, http://www.playvid.com/watch/9poUVB7BbWk, http://www.playvid.com/watch/V3nW6B4Inqh, http://www.playvid.com/watch/iIVxMYJxWVt, http://www.playvid.com/watch/KCxBhYDsGqP, http://www.playvid.com/watch/2VdbbkHHDDt, http://www.playvid.com/watch/fFb28DY990j, http://www.playvid.com/watch/t7mOsD-Za-6, http://www.playvid.com/watch/-Ls5c-owHfg, http://www.playvid.com/watch/XcM0GiMtaHp, http://www.playvid.com/watch/LvIRo93Db6E, http://www.playvid.com/watch/0Dnr5MMG2zT
5.f. Date of third notice: 2013-11-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Baddeley90
5.b. Uploader's email address: ybaddeleytie@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Baddeley90
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AYoj9fyds8r, http://www.playvid.com/watch/dTkKQOPSdpc, http://www.playvid.com/watch/O69F0a9oYnn, http://www.playvid.com/watch/DVcVsdbh8Ss, http://www.playvid.com/watch/QG7GWBWNorn, http://www.playvid.com/watch/H8Lz37m-VzQ, http://www.playvid.com/watch/S-4ek9O4F5W, http://www.playvid.com/watch/UijENBrxQmq, http://www.playvid.com/watch/Jmvv6v8IOuX, http://www.playvid.com/watch/qJgzbF0qtzm, http://www.playvid.com/watch/G5U3flQ3Yx4, http://www.playvid.com/watch/CBdO9YqU4rn, http://www.playvid.com/watch/ZidTXKscB2u, http://www.playvid.com/watch/C6qF9jhpHFS, http://www.playvid.com/watch/XKR6amcaykX, http://www.playvid.com/watch/SFkyLzpUFDY, http://www.playvid.com/watch/QpMARXwn0Mq, http://www.playvid.com/watch/ytXOwspfZTm, http://www.playvid.com/watch/v62cdvJPtNd, http://www.playvid.com/watch/aPyt6Nr8VL8, http://www.playvid.com/watch/MvnKNscuE5K, http://www.playvid.com/watch/T7Veucz7jfg, http://www.playvid.com/watch/mITiGbLzNeS, http://www.playvid.com/watch/N3kIvvvG7Wg, http://www.playvid.com/watch/-hwNAK4qsRN, http://www.playvid.com/watch/6n3xDWUD66C, http://www.playvid.com/watch/yCTQCEv0klh, http://www.playvid.com/watch/qb96Z4xHc5g, http://www.playvid.com/watch/q3ZmySDMPxO, http://www.playvid.com/watch/mEyw3Uz2dDm, http://www.playvid.com/watch/q8Qvcnhz2qV, http://www.playvid.com/watch/efwoeOZoJpm, http://www.playvid.com/watch/nvGYmdthAf5, http://www.playvid.com/watch/fh6pceOUqLx, http://www.playvid.com/watch/0rBq55MAJsh, http://www.playvid.com/watch/mbbFqJUMy-L, http://www.playvid.com/watch/v9AmxvP6uhh, http://www.playvid.com/watch/9bAsNXdExRr, http://www.playvid.com/watch/jHULZckTurj, http://www.playvid.com/watch/Ek6DW0KaSfT, http://www.playvid.com/watch/yVuHWPymMeA, http://www.playvid.com/watch/q86Tz5rYBRy, http://www.playvid.com/watch/RMeFBoQpmxT, http://www.playvid.com/watch/rvMuTRx0NnP, http://www.playvid.com/watch/hjh7RdTLfKx, http://www.playvid.com/watch/0TzrszRPGEF, http://www.playvid.com/watch/vQanBn9SKqJ, http://www.playvid.com/watch/P2HuT2dhzbq, http://www.playvid.com/watch/-XZwh5a-cg3, http://www.playvid.com/watch/yoML9HwddYs, http://www.playvid.com/watch/E0cAYvkb7FT, http://www.playvid.com/watch/cb8449xo86L, http://www.playvid.com/watch/UjamNVzMVf-, http://www.playvid.com/watch/39sQWL98iGd, http://www.playvid.com/watch/uhEr8W8cBMJ, http://www.playvid.com/watch/JdEvcK80e2S, http://www.playvid.com/watch/AIbGxSuzakX, http://www.playvid.com/watch/bKO8HSAZB7X, http://www.playvid.com/watch/-qVZvSpnqHN, http://www.playvid.com/watch/BqjJFE28Fw7, http://www.playvid.com/watch/QMPRUGa6nGK, http://www.playvid.com/watch/wpTJ0ZMiENA, http://www.playvid.com/watch/Yk3GxckuksF, http://www.playvid.com/watch/NRrkNFPee3L, http://www.playvid.com/watch/rbsbjHmszQ9, http://www.playvid.com/watch/w5DMupiOkqb, http://www.playvid.com/watch/2IN-4rt2p-P, http://www.playvid.com/watch/uVtl6Ob0uQm, http://www.playvid.com/watch/4eIjozmyIGP, http://www.playvid.com/watch/PHFzsBeKhuE, http://www.playvid.com/watch/ynB5hMVN-0w, http://www.playvid.com/watch/WvyPnoOXOx3, http://www.playvid.com/watch/dCnw68PSa9q, http://www.playvid.com/watch/OznLPBLMyLz, http://www.playvid.com/watch/4L4Mjb6wR9B, http://www.playvid.com/watch/bIfobbQ3fUo, http://www.playvid.com/watch/pccwKPy4lev, http://www.playvid.com/watch/M4CHFbX3S3G, http://www.playvid.com/watch/TgTAwsr5m8Z, http://www.playvid.com/watch/zTkyFypaJ5s, http://www.playvid.com/watch/TE7hWRwdxft, http://www.playvid.com/watch/0jvBzgy4yEc, http://www.playvid.com/watch/ZYOntjUViKl, http://www.playvid.com/watch/VRnfPLPpknl, http://www.playvid.com/watch/hCMyjBBFfbX, http://www.playvid.com/watch/3wfNVEn0LKp, http://www.playvid.com/watch/pidjyrcjxqe, http://www.playvid.com/watch/2DlWybK6wWW, http://www.playvid.com/watch/IngKoj63kiu, http://www.playvid.com/watch/oduvN4WzuHh, http://www.playvid.com/watch/rKOOGzs0Fni, http://www.playvid.com/watch/XNwtngYDmez, http://www.playvid.com/watch/HlQiaEkNLNj, http://www.playvid.com/watch/-Q6UdX5Mtok, http://www.playvid.com/watch/rubL88m0hRg, http://www.playvid.com/watch/ioGyrmkYb2T, http://www.playvid.com/watch/s2KqZF7ORI8, http://www.playvid.com/watch/UhIfqO8Hgc2, http://www.playvid.com/watch/aaBJUBnHJcr, http://www.playvid.com/watch/dgWDMN32cZ4, http://www.playvid.com/watch/UInhSrigtvr, http://www.playvid.com/watch/65rUdzy7POX, http://www.playvid.com/watch/OESOoleNAgf
5.f. Date of third notice: 2013-11-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: baharam
5.b. Uploader's email address: derekmikle@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/baharam
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-JyN9Mr7teo, http://www.playvid.com/watch/BDFkf7FekgY, http://www.playvid.com/watch/5FXLWoK0Ujf, http://www.playvid.com/watch/bNUvZT3jXhz, http://www.playvid.com/watch/kNsMnMm0iEJ, http://www.playvid.com/watch/wI3GMmJOigZ, http://www.playvid.com/watch/C34AYdPG8p4, http://www.playvid.com/watch/r8na2YkvimY, http://www.playvid.com/watch/qDsHfPDShLF, http://www.playvid.com/watch/me7HEccWwME, http://www.playvid.com/watch/jrMTR6QeM3T, http://www.playvid.com/watch/Mq2Q8gZRZ7t, http://www.playvid.com/watch/ftjtgfe7EAw, http://www.playvid.com/watch/fEWodUdAds8, http://www.playvid.com/watch/Ou7Jbcdqv5R, http://www.playvid.com/watch/rLEspFMW5vz, http://www.playvid.com/watch/xnbQVvBfzP7, http://www.playvid.com/watch/aleziDZ7jdE, http://www.playvid.com/watch/gaccXFDE8XR, http://www.playvid.com/watch/asgw4mNnmvd, http://www.playvid.com/watch/47BKcf9egA5, http://www.playvid.com/watch/NDt5nLADtE9, http://www.playvid.com/watch/4wyq3qOHNWG, http://www.playvid.com/watch/PTzmbwIp3mf, http://www.playvid.com/watch/v0CYHDyEmkz, http://www.playvid.com/watch/PdrMupXF-Ji, http://www.playvid.com/watch/iQcB9MBG5qp, http://www.playvid.com/watch/BjFGaqlRSI9, http://www.playvid.com/watch/UumKCfiC0GM, http://www.playvid.com/watch/aD8DijW7d7-, http://www.playvid.com/watch/HgEVR5SyNkd, http://www.playvid.com/watch/8ixA2A4Ka-y, http://www.playvid.com/watch/AWlZ0ybgdTH, http://www.playvid.com/watch/FVr8H9f6mj2, http://www.playvid.com/watch/36k6HahLxbc, http://www.playvid.com/watch/AVo3QQPT5nF, http://www.playvid.com/watch/AFvYPmRKHnp, http://www.playvid.com/watch/HlzJsiiIYvw, http://www.playvid.com/watch/BR9tE3yujB8, http://www.playvid.com/watch/PsBYYRpHRBy, http://www.playvid.com/watch/7UArCzAtxLu, http://www.playvid.com/watch/OrqXQAd4Lar, http://www.playvid.com/watch/0SO5sOyocdf, http://www.playvid.com/watch/MTkzv2GulAf, http://www.playvid.com/watch/jZs56j4Wfwu, http://www.playvid.com/watch/KkGrdONHsOq, http://www.playvid.com/watch/0JN3qeIqdDU, http://www.playvid.com/watch/QJG9uXzJqzg, http://www.playvid.com/watch/yRlmMHeeMmj, http://www.playvid.com/watch/AILKlkMJPIP, http://www.playvid.com/watch/3SwbgOALHmG, http://www.playvid.com/watch/56OPrIT8KM5, http://www.playvid.com/watch/0HvAl7IwP-w, http://www.playvid.com/watch/cc5ANwvGTDz, http://www.playvid.com/watch/aV9Kvovge2R, http://www.playvid.com/watch/ywCVD-v9Dbd, http://www.playvid.com/watch/laYq8agvjWM, http://www.playvid.com/watch/gFKqAcAq7yw, http://www.playvid.com/watch/JeJ38wyDBVu, http://www.playvid.com/watch/NAnQ5tqrftF, http://www.playvid.com/watch/Mue2pnHNOaM, http://www.playvid.com/watch/F9YuTTUWp0m, http://www.playvid.com/watch/tHSdGUucCmP, http://www.playvid.com/watch/4KVhe9cpLwf, http://www.playvid.com/watch/MTdEkIoQ8we, http://www.playvid.com/watch/ckwe2iztnZ9, http://www.playvid.com/watch/d7wGXxF5aNF, http://www.playvid.com/watch/NSD9EqP0Su2, http://www.playvid.com/watch/wljMCf4UTB-, http://www.playvid.com/watch/bXfwPvZ936N, http://www.playvid.com/watch/L5CgmIhxSbv, http://www.playvid.com/watch/wVtl8sBRJFA, http://www.playvid.com/watch/vyT3cRptk5f, http://www.playvid.com/watch/CRqNoHR4kol, http://www.playvid.com/watch/GUAkVuPfeyv, http://www.playvid.com/watch/pLiIcIRaqV5, http://www.playvid.com/watch/BPMfnlySXAW, http://www.playvid.com/watch/NdTwY9zznH0, http://www.playvid.com/watch/dXnkRrbQ-qO, http://www.playvid.com/watch/iMZYmaJUZZp, http://www.playvid.com/watch/A0MDOpForvl, http://www.playvid.com/watch/pK0Zbs553Qc, http://www.playvid.com/watch/Znp3is2hFrc, http://www.playvid.com/watch/DMWFj7fl-U-, http://www.playvid.com/watch/DPrnqmYcd-E, http://www.playvid.com/watch/ejRSGvCuNQx, http://www.playvid.com/watch/sPDORq7nDx4, http://www.playvid.com/watch/PJpstMTsn23, http://www.playvid.com/watch/dsGDdzYAzKr, http://www.playvid.com/watch/9sBKFsSQR4-, http://www.playvid.com/watch/U2gHJUs3yYe, http://www.playvid.com/watch/EluDBbNSPOA,

http://www.playvid.com/watch/JwDUWRLrDNs, http://www.playvid.com/watch/T-sNAYbH4-x, http://www.playvid.com/watch/T7G0dJbNVpx,
http://www.playvid.com/watch/9CMsfLwoiB-, http://www.playvid.com/watch/MHa-8h8AgQy, http://www.playvid.com/watch/4W2L8zTz-tv,
http://www.playvid.com/watch/UVX64Veau25, http://www.playvid.com/watch/FL5ZYVQ5Mue, http://www.playvid.com/watch/Ke9vi3FeOxk,
http://www.playvid.com/watch/zW4EUpTR8kL, http://www.playvid.com/watch/OQ3kkxXN7ya, http://www.playvid.com/watch/7ec9JOPQJof,
http://www.playvid.com/watch/4-tyisRiRUs, http://www.playvid.com/watch/-dLXpTqb3Rh, http://www.playvid.com/watch/ifW-dRs9mn8,
http://www.playvid.com/watch/BkaRvdjwMqV, http://www.playvid.com/watch/jdDtSpGz9ZH, http://www.playvid.com/watch/DKgoBlKipOb,
http://www.playvid.com/watch/yxEQzYtAano, http://www.playvid.com/watch/9JnFIAF9cfn, http://www.playvid.com/watch/NV8iVADiobg,
http://www.playvid.com/watch/ZTD2zqM3GrB, http://www.playvid.com/watch/gws6H6frJRb, http://www.playvid.com/watch/pXALo8rc5os,
http://www.playvid.com/watch/YEbFh3zAmns, http://www.playvid.com/watch/3TZnYCC-VGb, http://www.playvid.com/watch/V6c0UL79sFm,
http://www.playvid.com/watch/Db03c8zOfY2, http://www.playvid.com/watch/w0o29BhBgda, http://www.playvid.com/watch/Xx8HFgZ04R2,
http://www.playvid.com/watch/aQyBuQuZvLI, http://www.playvid.com/watch/KvC-ETfWRDt, http://www.playvid.com/watch/KEMAn7GPKao,
http://www.playvid.com/watch/PMCPb9GJeXP, http://www.playvid.com/watch/9Thbb-qTfC9, http://www.playvid.com/watch/aOFLiDZJ8EJ,
http://www.playvid.com/watch/JZhjMT3Dgdy, http://www.playvid.com/watch/AyR-nzxJGNC, http://www.playvid.com/watch/36K6F38Thqs,
http://www.playvid.com/watch/Vl2JYc5D-Fa, http://www.playvid.com/watch/ag-LUS7XMVo, http://www.playvid.com/watch/twuugqQglJg,
http://www.playvid.com/watch/bwZVkEmYCNy, http://www.playvid.com/watch/DvkdBWf9xmm, http://www.playvid.com/watch/xx8zASDU3xY,
http://www.playvid.com/watch/uFyfkMhRNnk, http://www.playvid.com/watch/wY9R44CqxBJ, http://www.playvid.com/watch/hMcpmldjVmY,
http://www.playvid.com/watch/h4TkInD4Y8Y, http://www.playvid.com/watch/-gePoUorO-w, http://www.playvid.com/watch/iJjC6qlBHSE,
http://www.playvid.com/watch/J4Rz0ZWK6o6, http://www.playvid.com/watch/VrqXTe9zU47, http://www.playvid.com/watch/NOfjQYlDMl8,
http://www.playvid.com/watch/o68DsirD5NR, http://www.playvid.com/watch/MDjxqYrij3m, http://www.playvid.com/watch/gp09aQIt2Gl,
http://www.playvid.com/watch/DZF7BC4ZYvZ, http://www.playvid.com/watch/Mf-t2gDbYVY, http://www.playvid.com/watch/QfyVM24hcvq,
http://www.playvid.com/watch/Zu5tQfgVx0A, http://www.playvid.com/watch/ykooRB5ULap, http://www.playvid.com/watch/VPgnyo8JnJC,
http://www.playvid.com/watch/NbxxmHP3IYI, http://www.playvid.com/watch/kJ8dRULEYQ6, http://www.playvid.com/watch/gzJfmfLM9B4,
http://www.playvid.com/watch/KFaAkEmIr3a, http://www.playvid.com/watch/qFC7zuQ5hD4, http://www.playvid.com/watch/SqSw6GcUjTR,
http://www.playvid.com/watch/p4AHpUYJmvh, http://www.playvid.com/watch/7vdzJLnenM0, http://www.playvid.com/watch/cuqVx0f4HwM,
http://www.playvid.com/watch/LS2MOzRAA4A, http://www.playvid.com/watch/xUgHqXY-ZCM, http://www.playvid.com/watch/l-7I5WWrUuO,
http://www.playvid.com/watch/6sg7jX9e7z0, http://www.playvid.com/watch/dQx-aotLppg, http://www.playvid.com/watch/ZuviCf-V8FW,
http://www.playvid.com/watch/y77e3PwRwSL, http://www.playvid.com/watch/GbK-URUiqYs, http://www.playvid.com/watch/Ed3FALR237E,
http://www.playvid.com/watch/ndoRZf38boy, http://www.playvid.com/watch/Wz-r-rDQtZh, http://www.playvid.com/watch/b6MzfJPI2dP,
http://www.playvid.com/watch/BsV584HRkUC, http://www.playvid.com/watch/mGxU-nzD5Wg, http://www.playvid.com/watch/uUMqhqnOjtl,
http://www.playvid.com/watch/7XUmCfxdD-t, http://www.playvid.com/watch/xGvWBELH9b4, http://www.playvid.com/watch/mhcolV7kJsd,
http://www.playvid.com/watch/D52z90LAU6T, http://www.playvid.com/watch/Y-sWvgiO672, http://www.playvid.com/watch/-FlJQyhA2TJ,
http://www.playvid.com/watch/gXfpjIhPbf6, http://www.playvid.com/watch/thZiFcZngEB, http://www.playvid.com/watch/s2IoFVyIBzx,
http://www.playvid.com/watch/bxEq6XHMlGT, http://www.playvid.com/watch/4iuhGo09mMa, http://www.playvid.com/watch/22SpNI4KJqF,
http://www.playvid.com/watch/F5KOSIAlonI, http://www.playvid.com/watch/QFDgHykkMbL, http://www.playvid.com/watch/BVEckIWKUdc,
http://www.playvid.com/watch/8OJSu4l3XoD, http://www.playvid.com/watch/79dNfJ7zfuo, http://www.playvid.com/watch/u8jXdDWtoRP,
http://www.playvid.com/watch/Pr8Q5jQnfKl, http://www.playvid.com/watch/LxQ7SJ6JoFv, http://www.playvid.com/watch/BTaQ0tkAKU0,
http://www.playvid.com/watch/28alaNy25dw, http://www.playvid.com/watch/xrIGURtB2GX, http://www.playvid.com/watch/kQAR8OpHrsO,
http://www.playvid.com/watch/5609--8NFDk, http://www.playvid.com/watch/yv9Oi302dz9, http://www.playvid.com/watch/8qylWRv8F0c,
http://www.playvid.com/watch/vBkZPOtEg5k, http://www.playvid.com/watch/C7YxF3Dbvdt, http://www.playvid.com/watch/QizXtPhRCBy,
http://www.playvid.com/watch/VwkU3RzOeRV, http://www.playvid.com/watch/lokYwyRNzhq, http://www.playvid.com/watch/xBfOCfECTZb,
http://www.playvid.com/watch/8XkDaA0vayt, http://www.playvid.com/watch/kDrleyg-OaK, http://www.playvid.com/watch/-YvuPPYIOU3,
http://www.playvid.com/watch/iXVoKNWUq2k, http://www.playvid.com/watch/qbBjy-jELV3, http://www.playvid.com/watch/3HVrArdznQd,
http://www.playvid.com/watch/SJhxBT6Etbh, http://www.playvid.com/watch/Mcx4mf8GmWO, http://www.playvid.com/watch/EwTyvgeEsUY,
http://www.playvid.com/watch/kybbgqOOjoo, http://www.playvid.com/watch/DZxes36oQ2f, http://www.playvid.com/watch/UsiKvh2YqpV,
http://www.playvid.com/watch/iLhSHR7ccJ2, http://www.playvid.com/watch/PsoekuAqiaN, http://www.playvid.com/watch/ziZ70aRsYH8,
http://www.playvid.com/watch/Wifrtndc2JE, http://www.playvid.com/watch/dgNidC0ot76, http://www.playvid.com/watch/SNm4j0EH4cf,
http://www.playvid.com/watch/69PFjSp95ZQ, http://www.playvid.com/watch/8neZ9b4ZOJu, http://www.playvid.com/watch/4eBDgOMFFUr,
http://www.playvid.com/watch/aoZ9qHy2VPd, http://www.playvid.com/watch/VmIXKmJXw2j, http://www.playvid.com/watch/pgrSRZ66xet,
http://www.playvid.com/watch/idzmyxvlBZ9, http://www.playvid.com/watch/ZdVh5sgbk26, http://www.playvid.com/watch/IGTyFa642RJ,
http://www.playvid.com/watch/Kfsb4HbBMXw, http://www.playvid.com/watch/WUHWXvxqayw, http://www.playvid.com/watch/p0X3PdHoSwr,
http://www.playvid.com/watch/BjA2XD8dl7n, http://www.playvid.com/watch/vJHnH-INWJe, http://www.playvid.com/watch/vaWLAYzrAF9,
http://www.playvid.com/watch/tykZrA8tGq7, http://www.playvid.com/watch/RW-OdHxLgIt, http://www.playvid.com/watch/uAyQZ-DzjJU,
http://www.playvid.com/watch/wQ5iJWdcWPG, http://www.playvid.com/watch/EBJkBxGYKdJ, http://www.playvid.com/watch/ldLmw5MtR-3,
http://www.playvid.com/watch/y5ZQOYvL5GW, http://www.playvid.com/watch/EM4czUfJlyN, http://www.playvid.com/watch/XBLh9da6tBe,
http://www.playvid.com/watch/50ckp-9d0GZ, http://www.playvid.com/watch/aSjWoPskl7b, http://www.playvid.com/watch/AX4P57vZGz7,
http://www.playvid.com/watch/vJg98rzmAXT, http://www.playvid.com/watch/T3-Lb74JSgB, http://www.playvid.com/watch/sqKZC3qvHbw,
http://www.playvid.com/watch/DgdwRx7E-9J, http://www.playvid.com/watch/hrQ3wV0tZlx, http://www.playvid.com/watch/VVSYRpKXRO9,
http://www.playvid.com/watch/hY3WBojzjII, http://www.playvid.com/watch/WkIcD8wemxl, http://www.playvid.com/watch/CJ60yco-GLS,
http://www.playvid.com/watch/OQhN43Dm74I, http://www.playvid.com/watch/JXfgLo53N8L, http://www.playvid.com/watch/i-hbTynv9G-,
http://www.playvid.com/watch/Y0mPX73WwCO, http://www.playvid.com/watch/ljUNPNb0K0d, http://www.playvid.com/watch/DdMgA-4FWI7,
http://www.playvid.com/watch/LCOsdE2Qgsu, http://www.playvid.com/watch/y-HrDnNPUva, http://www.playvid.com/watch/Dqavo2rR8oi,
http://www.playvid.com/watch/0C2xe7HG2cS, http://www.playvid.com/watch/yVVbEdSazH5, http://www.playvid.com/watch/6NfHZFV6Nif,
http://www.playvid.com/watch/XF06MJgfQyZ, http://www.playvid.com/watch/HcVTceQlaVT, http://www.playvid.com/watch/ezadVkdIwSB,
http://www.playvid.com/watch/PsCzI56Hd0C, http://www.playvid.com/watch/LDWi-AAMadp, http://www.playvid.com/watch/LRqMBZJ4MvU,
http://www.playvid.com/watch/2n4SNESBZzU, http://www.playvid.com/watch/fiOETJgYUc9, http://www.playvid.com/watch/7MLFK3zEa8E,
http://www.playvid.com/watch/8MrV0YN20kj, http://www.playvid.com/watch/8WyT6DGJSNK, http://www.playvid.com/watch/6kphzASIPWc,
http://www.playvid.com/watch/9c9T90TdOKG, http://www.playvid.com/watch/pwDx5ESykCb, http://www.playvid.com/watch/lAsAzQwtJrA,
http://www.playvid.com/watch/o9YBjC4tGgu, http://www.playvid.com/watch/uStxlbnkGON, http://www.playvid.com/watch/T99FcswO-aK,
http://www.playvid.com/watch/RXMoGf8pNR5, http://www.playvid.com/watch/PDNINUrb8tn, http://www.playvid.com/watch/eMerUAVhCGF,
http://www.playvid.com/watch/Yx2xg-0CLgM, http://www.playvid.com/watch/bUAigMLyZRy, http://www.playvid.com/watch/oaZvdICCabx,
http://www.playvid.com/watch/xouCrSDxGfv, http://www.playvid.com/watch/aSlBhEUPunH, http://www.playvid.com/watch/oeTLet33uj4,
http://www.playvid.com/watch/boKhzch2gvC, http://www.playvid.com/watch/HRrnrZy9NL2, http://www.playvid.com/watch/psEBJc7DlUu,
http://www.playvid.com/watch/6hCVBqnMnsF, http://www.playvid.com/watch/QIOG97Npyo8, http://www.playvid.com/watch/JqdLtty4voa,
http://www.playvid.com/watch/BYp50bgqB63, http://www.playvid.com/watch/YGeR9Vo3ijz, http://www.playvid.com/watch/dnVB-x0LJhT,
http://www.playvid.com/watch/MkZ0Hyet-cP, http://www.playvid.com/watch/JOhEvpXYdk5, http://www.playvid.com/watch/osytQRvwThO,
http://www.playvid.com/watch/POJH9WDi9kF, http://www.playvid.com/watch/k-g35OIufPh, http://www.playvid.com/watch/EkJIvMrEVeN,
http://www.playvid.com/watch/2EI7-sFb3oD, http://www.playvid.com/watch/jhJbvNG-00g, http://www.playvid.com/watch/enrzwkvLvlA,
http://www.playvid.com/watch/xAhus5QVJAT, http://www.playvid.com/watch/ciiRG9Sid6m, http://www.playvid.com/watch/8wy2QM5CxNq,
http://www.playvid.com/watch/gUbARNzqBJs, http://www.playvid.com/watch/5slW-PE-wi6, http://www.playvid.com/watch/uJv6l7vYw0L,
http://www.playvid.com/watch/G7KBrKN478t, http://www.playvid.com/watch/W2odUUGXwNo, http://www.playvid.com/watch/dh8knuLXFj2,
http://www.playvid.com/watch/EFJzhg7KyYE, http://www.playvid.com/watch/fp2axzL-bYV, http://www.playvid.com/watch/5CrKiFnokgp,
http://www.playvid.com/watch/is9DVpg69W0, http://www.playvid.com/watch/xUcv6Ycfvrw, http://www.playvid.com/watch/hXjqw7UwSNQ,
http://www.playvid.com/watch/cSjlxrXZkcb, http://www.playvid.com/watch/RthDOAhowzU, http://www.playvid.com/watch/zRwROmvh8vN,
http://www.playvid.com/watch/KW0ZbKYXban, http://www.playvid.com/watch/zjzceCJXWKw, http://www.playvid.com/watch/VbUvyW-zsHA,
http://www.playvid.com/watch/TEVTRPHONIi, http://www.playvid.com/watch/2JaGfkYzDSH, http://www.playvid.com/watch/-NEacjQKM8m,
http://www.playvid.com/watch/0cjlRnydKFC, http://www.playvid.com/watch/eG3H9UDxzCO, http://www.playvid.com/watch/-WqMX-W00QF,
http://www.playvid.com/watch/pmHwPg6sCWj, http://www.playvid.com/watch/r0yId627uJG, http://www.playvid.com/watch/GP2rDKB0cs6,
http://www.playvid.com/watch/2055v-TjD7r, http://www.playvid.com/watch/AwxZCsfkGPE, http://www.playvid.com/watch/jzRO76HZPlW,
http://www.playvid.com/watch/GyeffZmf84H, http://www.playvid.com/watch/CMnJyQVw8fn, http://www.playvid.com/watch/-yG6ZuAXzaX,
http://www.playvid.com/watch/rAz-FgDzwJ7, http://www.playvid.com/watch/5ivzaETHWnW, http://www.playvid.com/watch/rEe0xJMlOzO,
http://www.playvid.com/watch/Y9Ewp2mauys, http://www.playvid.com/watch/zYaKtQNzG2X, http://www.playvid.com/watch/-DvWenmXWvV,
http://www.playvid.com/watch/iYNT--VUPPK, http://www.playvid.com/watch/Q-i2v5EQKag, http://www.playvid.com/watch/deQKnMeJxqX,
http://www.playvid.com/watch/l6qCXNszAFQ, http://www.playvid.com/watch/SYePxmnWi7Y, http://www.playvid.com/watch/FDGagXpskXs,
http://www.playvid.com/watch/llKk4Y6M22n, http://www.playvid.com/watch/fa8l9556KQl, http://www.playvid.com/watch/33Alr2PCVzB,
http://www.playvid.com/watch/WbqT-hZd460, http://www.playvid.com/watch/ucyfg9Ke5zE, http://www.playvid.com/watch/P5Ex2Me50QI,
http://www.playvid.com/watch/IzZ-jb5CaQe, http://www.playvid.com/watch/ZcGwoh2QVz6, http://www.playvid.com/watch/3KPGSYIixiD,

http://www.playvid.com/watch/HDzj2smu4i0, http://www.playvid.com/watch/G7EMAlShIYd, http://www.playvid.com/watch/92lD9absbPA,
http://www.playvid.com/watch/w5uNKUTXRG4, http://www.playvid.com/watch/JnTujjLSo-z, http://www.playvid.com/watch/EagSocvaBNY,
http://www.playvid.com/watch/3gEmZP8XztG, http://www.playvid.com/watch/5VD2cCZ8HR0, http://www.playvid.com/watch/ivZDSjcBffe,
http://www.playvid.com/watch/LI2q-wy87-T, http://www.playvid.com/watch/nONPsDLATD4, http://www.playvid.com/watch/Jl4WdianxVG,
http://www.playvid.com/watch/NrTIG9npOJR, http://www.playvid.com/watch/M7oRS3yhESC, http://www.playvid.com/watch/SJTsYKVVc7R,
http://www.playvid.com/watch/Kcg0kC8Jd-e, http://www.playvid.com/watch/tVVzDdm4FYh, http://www.playvid.com/watch/CsBSIO5pqul,
http://www.playvid.com/watch/wYVONZCFruo, http://www.playvid.com/watch/WYsVm-eAwnj, http://www.playvid.com/watch/gckUDkjfOiT,
http://www.playvid.com/watch/rTH5XsKqeEF, http://www.playvid.com/watch/9OSaVuynwmY, http://www.playvid.com/watch/3SBEsdfwMjl,
http://www.playvid.com/watch/8IRd54scKPL, http://www.playvid.com/watch/4MaDq-wJrR-, http://www.playvid.com/watch/R4nnmvncuzT,
http://www.playvid.com/watch/tTf8WXTNNIq, http://www.playvid.com/watch/AKzcGmYSmwA, http://www.playvid.com/watch/7QbsDxxuY9Q,
http://www.playvid.com/watch/vwVwfHH3J4f, http://www.playvid.com/watch/h0mYUTxbTXi, http://www.playvid.com/watch/PRzjQFju35W,
http://www.playvid.com/watch/MGybTvyoS0G, http://www.playvid.com/watch/OOVUClkZ7pK, http://www.playvid.com/watch/Yt7EcrfMntz,
http://www.playvid.com/watch/F5KgcoJloOv, http://www.playvid.com/watch/XqedEfQXGV0, http://www.playvid.com/watch/-YHEY26uvjm,
http://www.playvid.com/watch/tnVZry3MmSa, http://www.playvid.com/watch/FYKERPtPWbT, http://www.playvid.com/watch/j6VME8G3eMC,
http://www.playvid.com/watch/8e-2COQlnhL, http://www.playvid.com/watch/7iEW6GZWRkL, http://www.playvid.com/watch/tqqrTcjIk5O,
http://www.playvid.com/watch/6H0Ur9Kdv0n, http://www.playvid.com/watch/zeME0lnAMUK, http://www.playvid.com/watch/rEWN5uPBeJ8,
http://www.playvid.com/watch/09T8eiZDuC7, http://www.playvid.com/watch/PA5zYLiwTGR, http://www.playvid.com/watch/Pi0GA-JVIIx,
http://www.playvid.com/watch/BdwpgHFaAzc, http://www.playvid.com/watch/65brDfamMZ8, http://www.playvid.com/watch/Nx53e9eVbIq,
http://www.playvid.com/watch/n7Ms2rSygih, http://www.playvid.com/watch/LB--ZUwiJ7l, http://www.playvid.com/watch/zrQcQ-oawyN,
http://www.playvid.com/watch/Nkha0szKiyO, http://www.playvid.com/watch/txkqCkcdn54, http://www.playvid.com/watch/MlRTOkm7m8q,
http://www.playvid.com/watch/aUwIT7YVtyj, http://www.playvid.com/watch/WtrZFlw7QKn, http://www.playvid.com/watch/PrF7U2PppSq,
http://www.playvid.com/watch/OZrbXWSzkO2, http://www.playvid.com/watch/HNiakwCctIZ, http://www.playvid.com/watch/Jd-MlC5jfC4,
http://www.playvid.com/watch/7cX4j48YdAd, http://www.playvid.com/watch/9PbLCLWzgTN, http://www.playvid.com/watch/XxjZ8olUnKU,
http://www.playvid.com/watch/UHCGU-HqBOc, http://www.playvid.com/watch/VF6h99Lf2Ab, http://www.playvid.com/watch/cU86QdhJc4m,
http://www.playvid.com/watch/fD0s2JBFK73, http://www.playvid.com/watch/tOVV6yHCi4-, http://www.playvid.com/watch/HX2zQxXzeJU,
http://www.playvid.com/watch/X8RrszEHxIV, http://www.playvid.com/watch/vvmAzsRIZRE, http://www.playvid.com/watch/IYap6oyb8Wd,
http://www.playvid.com/watch/grAQ6oAS0zp, http://www.playvid.com/watch/6SNxV7nlnXs, http://www.playvid.com/watch/tVPuQ0HYTlH,
http://www.playvid.com/watch/OZKGYa9wqYv, http://www.playvid.com/watch/GvxJnmRaNFK, http://www.playvid.com/watch/6OqLfIWMzKW,
http://www.playvid.com/watch/R69jom5ImDB, http://www.playvid.com/watch/l6L-MfMUdbT, http://www.playvid.com/watch/27oJTcYLj6Y,
http://www.playvid.com/watch/j7PKw3Dd3nl, http://www.playvid.com/watch/2F8SzhvtIB9, http://www.playvid.com/watch/ncGk8sSdHaU,
http://www.playvid.com/watch/9okxgmpTdf7, http://www.playvid.com/watch/wfs0ZHLkwOA, http://www.playvid.com/watch/XX7UkYNixVl,
http://www.playvid.com/watch/r667oqJMOXj, http://www.playvid.com/watch/CqgWkElk-y9, http://www.playvid.com/watch/s4x9Acn8hnw,
http://www.playvid.com/watch/Wqr3OKf27lY, http://www.playvid.com/watch/B44vjdalmtO, http://www.playvid.com/watch/Gx5UR5vjj4U,
http://www.playvid.com/watch/3llcP4G9qbF, http://www.playvid.com/watch/886ksDcjASG, http://www.playvid.com/watch/WLVcOuEegeW,
http://www.playvid.com/watch/nverNobq2T-, http://www.playvid.com/watch/ekmWzOCv2yA, http://www.playvid.com/watch/mC7RJHIb7cV,
http://www.playvid.com/watch/SbdfBKXDTpN, http://www.playvid.com/watch/HSCK2I7wnN2, http://www.playvid.com/watch/VKuzl95uTHn,
http://www.playvid.com/watch/hs9uSW0rWHR, http://www.playvid.com/watch/RHKPvHS0ZwU, http://www.playvid.com/watch/VIFfEJnsJw8,
http://www.playvid.com/watch/ZIARpbtaZsW, http://www.playvid.com/watch/oJ5Dd6xR-l0, http://www.playvid.com/watch/aV2OAj4g5Fw,
http://www.playvid.com/watch/xOdqteGyhI0, http://www.playvid.com/watch/7PYBBgOiIM5, http://www.playvid.com/watch/O7SdzQDrOiT,
http://www.playvid.com/watch/0dO8VAhqnsT, http://www.playvid.com/watch/U2TZbQAgZQv, http://www.playvid.com/watch/7IjAAVjWQtu,
http://www.playvid.com/watch/sg4FswD4CzR, http://www.playvid.com/watch/Zj5yAtfnNVF, http://www.playvid.com/watch/zySWnO5h3lB,
http://www.playvid.com/watch/GYFHEn7jwK-, http://www.playvid.com/watch/89CBiJYKGME, http://www.playvid.com/watch/rCXEwvQq8Qq,
http://www.playvid.com/watch/J-gKBwRRMWO, http://www.playvid.com/watch/CBIgPbGysdN, http://www.playvid.com/watch/l5r02QNsB3v,
http://www.playvid.com/watch/XR2njpkd89f, http://www.playvid.com/watch/vB6QtCo32L0, http://www.playvid.com/watch/gtdmyQ3gBzH,
http://www.playvid.com/watch/QG6PC6MGaE6, http://www.playvid.com/watch/XZL-8JP4gbe, http://www.playvid.com/watch/8BWelEcPsrx,
http://www.playvid.com/watch/-5WWNXAMqat, http://www.playvid.com/watch/qrp4RR6uE6e, http://www.playvid.com/watch/nUXJgjbGd9y,
http://www.playvid.com/watch/BBp5H633q6f, http://www.playvid.com/watch/oct7DpkGc0i, http://www.playvid.com/watch/3d5rHT6XeBS,
http://www.playvid.com/watch/JTHqUBNtzyD, http://www.playvid.com/watch/uYp5Dc6QNdt, http://www.playvid.com/watch/Xg2RDCd04WO,
http://www.playvid.com/watch/3Xm8XIEUipC, http://www.playvid.com/watch/9HIZ80qqrOv, http://www.playvid.com/watch/X-HM9AILsev,
http://www.playvid.com/watch/FCYo9G4ov-u, http://www.playvid.com/watch/Bzmaacldttw, http://www.playvid.com/watch/DfZjsRPz245,
http://www.playvid.com/watch/f855w6g5iFd, http://www.playvid.com/watch/hJzvOhrTgHc, http://www.playvid.com/watch/pVcdGyFm0Os,
http://www.playvid.com/watch/fU8vt36S9XM, http://www.playvid.com/watch/kHYQCexaBuE, http://www.playvid.com/watch/fzYyyHuj9WC,
http://www.playvid.com/watch/zKj4GRwT8M6, http://www.playvid.com/watch/YEzbW8GoTCo, http://www.playvid.com/watch/xR6nRuWZe8T,
http://www.playvid.com/watch/s5pVrqXdOLC, http://www.playvid.com/watch/NdX2YVKGtr-, http://www.playvid.com/watch/k75tah77joo,
http://www.playvid.com/watch/be8kI0azZYG, http://www.playvid.com/watch/HIEXB93tHls, http://www.playvid.com/watch/UenM9fLS7OR,
http://www.playvid.com/watch/yOgHRsWSBbd, http://www.playvid.com/watch/bzk5GI9vBMH, http://www.playvid.com/watch/7FqpdCS7UTu,
http://www.playvid.com/watch/efUIAx0qVmA, http://www.playvid.com/watch/zGftsnS-RBW, http://www.playvid.com/watch/2ARKLvHpqvX,
http://www.playvid.com/watch/EJr7K9ancFO, http://www.playvid.com/watch/odkD0gizEsp, http://www.playvid.com/watch/fGvdxJN5Kps,
http://www.playvid.com/watch/ADjAEObzdfJ, http://www.playvid.com/watch/g27skO3pHjB, http://www.playvid.com/watch/D-n9R2fdouM,
http://www.playvid.com/watch/qJXhedPHvrY, http://www.playvid.com/watch/IqSHMyVrPin, http://www.playvid.com/watch/YMZrOhvmjJI,
http://www.playvid.com/watch/r9hAx-hoohS, http://www.playvid.com/watch/TZTxMMAf0aH, http://www.playvid.com/watch/QuzGawW0v9a,
http://www.playvid.com/watch/eFYJL2GbiL7, http://www.playvid.com/watch/xWOe4-73kh-, http://www.playvid.com/watch/VnHJWcYRJwE,
http://www.playvid.com/watch/2w9L9M7hjco, http://www.playvid.com/watch/yV67PC5aVD4, http://www.playvid.com/watch/wFlW7CCxgOe,
http://www.playvid.com/watch/ADDELa2ZwaM, http://www.playvid.com/watch/ElMOgZW5-B-, http://www.playvid.com/watch/PydldENPxe7,
http://www.playvid.com/watch/3ybnf2ku6IF, http://www.playvid.com/watch/Nxfl89sWgbT, http://www.playvid.com/watch/2mlwDipSjHl,
http://www.playvid.com/watch/3DMoLYljMr3, http://www.playvid.com/watch/atXBeRZXNPl, http://www.playvid.com/watch/HWnHun5wxZa,
http://www.playvid.com/watch/z0HyCfM93wx, http://www.playvid.com/watch/FyG2Jd60cre, http://www.playvid.com/watch/4oRycnHTFMu,
http://www.playvid.com/watch/aLX2OX5ALXZ, http://www.playvid.com/watch/mbllDgKZexx, http://www.playvid.com/watch/s4m2bLAiAWM,
http://www.playvid.com/watch/yJnr9S28d0K, http://www.playvid.com/watch/zes0Pvm0hCg, http://www.playvid.com/watch/x7gwqxovgjQ,
http://www.playvid.com/watch/u7XiWaMBBYB, http://www.playvid.com/watch/EqHX6kX6jdw, http://www.playvid.com/watch/AQS9tm3ckvH,
http://www.playvid.com/watch/F8Ev9h2A6gF, http://www.playvid.com/watch/CYkF2ISesXK, http://www.playvid.com/watch/7nOxbVEjJOE,
http://www.playvid.com/watch/0iAXCYbvgyb, http://www.playvid.com/watch/FeoyM5OB6N-, http://www.playvid.com/watch/j5FY0d7EG77,
http://www.playvid.com/watch/iQdKORMZupd, http://www.playvid.com/watch/0ynFH8jHdzl, http://www.playvid.com/watch/TRjv-KX3v4b,
http://www.playvid.com/watch/AW7fGK047ty, http://www.playvid.com/watch/5H-47NPinuU, http://www.playvid.com/watch/cZ7zI2GqrXg
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bahru
5.b. Uploader's email address: elegantbilly@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bahru
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7YTD4IFurvC, http://www.playvid.com/watch/RkwA5A4180m,
http://www.playvid.com/watch/f8NITy6Tej9, http://www.playvid.com/watch/TNJfhMPaXMn, http://www.playvid.com/watch/0TRBjJ-WuBl,
http://www.playvid.com/watch/R69OUC_tbvJ, http://www.playvid.com/watch/NgSbQPhrXrU, http://www.playvid.com/watch/S_ayPxeM8im,
http://www.playvid.com/watch/vl3iMwmHTKU, http://www.playvid.com/watch/Kzn3g7SpcUT, http://www.playvid.com/watch/0xjg1rewaUD,
http://www.playvid.com/watch/c-5h5wfDuga, http://www.playvid.com/watch/5l7ZLwAng6F, http://www.playvid.com/watch/h_PcbNzy667,
http://www.playvid.com/watch/yLSNIB5XAba, http://www.playvid.com/watch/MLNCjKH0nsW, http://www.playvid.com/watch/DxvUsg5Zppf,
http://www.playvid.com/watch/2YCKYwRmNwT, http://www.playvid.com/watch/2MbORNbSEqm, http://www.playvid.com/watch/fj-dXzFHrRP,
http://www.playvid.com/watch/c9jLX4h8Vqb, http://www.playvid.com/watch/jnxMx7aimCP, http://www.playvid.com/watch/g33v9WBLh1D,
http://www.playvid.com/watch/ykn8feZdSG9, http://www.playvid.com/watch/NneEtCrNTXL, http://www.playvid.com/watch/R3HJYr7AMXH,
http://www.playvid.com/watch/5m852kDl4zq, http://www.playvid.com/watch/7MvTLvH70IS, http://www.playvid.com/watch/llmxWHTmBhF,
http://www.playvid.com/watch/50fUFEGdP8I, http://www.playvid.com/watch/rNn23i5_-Vv, http://www.playvid.com/watch/9KVEdKMsABd,
http://www.playvid.com/watch/WNm2tbMum4f, http://www.playvid.com/watch/K7r7lwse_sP, http://www.playvid.com/watch/iN8biWhYu-3,
http://www.playvid.com/watch/oIAgXETiPyB, http://www.playvid.com/watch/mV46SBccp76, http://www.playvid.com/watch/VEDfOLBjjdz,
http://www.playvid.com/watch/2HKczPPM6vY, http://www.playvid.com/watch/coarrv06-pd, http://www.playvid.com/watch/ButIqYtSXlR,
http://www.playvid.com/watch/zQvF3yIYGYc, http://www.playvid.com/watch/P5UtERlEDuj, http://www.playvid.com/watch/QBmrq6p9dVk,
http://www.playvid.com/watch/Q-DvjMZUjR4, http://www.playvid.com/watch/onR2szcwfNI, http://www.playvid.com/watch/unnk-HF_PEF,

http://www.playvid.com/watch/YbtyjxS46cM, http://www.playvid.com/watch/LAthRG_XQqQ, http://www.playvid.com/watch/SY3kZ8hLSRW, http://www.playvid.com/watch/gQp6nnCJicU, http://www.playvid.com/watch/Omf2yJbcA24, http://www.playvid.com/watch/WCcGLZuSaMX, http://www.playvid.com/watch/M0k-lHyJll2, http://www.playvid.com/watch/koNMCN04dkn, http://www.playvid.com/watch/Wk7Yweus__e, http://www.playvid.com/watch/B-lGiYRA7nU, http://www.playvid.com/watch/5401oOJzvzX, http://www.playvid.com/watch/jAZLbbXGYga, http://www.playvid.com/watch/E6box4ol8AG, http://www.playvid.com/watch/X5JC8vhW0Ya, http://www.playvid.com/watch/dVZj8VFVS3I, http://www.playvid.com/watch/m4sY_WzXlNA, http://www.playvid.com/watch/oF7yLJa5BrL, http://www.playvid.com/watch/yEwD9dWGIQD, http://www.playvid.com/watch/tOTPHEQwR-K, http://www.playvid.com/watch/oIr5ylC8lyP, http://www.playvid.com/watch/FWnk9QKhoBm, http://www.playvid.com/watch/06Brf1l13rw, http://www.playvid.com/watch/XPcFqrw6mP5, http://www.playvid.com/watch/l357_EF-NF6, http://www.playvid.com/watch/gcEKYsngH0y, http://www.playvid.com/watch/NKaTu7gDZQG, http://www.playvid.com/watch/Qw6OIUWztnA, http://www.playvid.com/watch/rJcVzIUNFF4, http://www.playvid.com/watch/0xsq0lT0OWH
5.f. Date of third notice: 2014-04-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bananana
5.b. Uploader's email address: alfredbananso@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bananana
5.e. List of videos posted by uploader: http://www.playvid.com/watch/USCktovoSpz, http://www.playvid.com/watch/pIg5GFUTR4D, http://www.playvid.com/watch/MSI0zoTtkVg, http://www.playvid.com/watch/xnNTAHCMFCQ, http://www.playvid.com/watch/HrBUMFKDSo9, http://www.playvid.com/watch/vlYP5nWfFIJ, http://www.playvid.com/watch/OVQlq3LxUYQ, http://www.playvid.com/watch/yRc2oa0AaPl, http://www.playvid.com/watch/2RHthxh3U36, http://www.playvid.com/watch/0aXPO7zpZzX, http://www.playvid.com/watch/bf5O9Ytuasm, http://www.playvid.com/watch/C97RDst0GQg, http://www.playvid.com/watch/XrzlWJfKHfO, http://www.playvid.com/watch/tZefZloEaA9, http://www.playvid.com/watch/XrwcrbX9Qfa, http://www.playvid.com/watch/LG088jlvl0h, http://www.playvid.com/watch/t4XKgPEMcme, http://www.playvid.com/watch/vzPmSdcOig9, http://www.playvid.com/watch/2Wry40R4ECP, http://www.playvid.com/watch/dhaXGgJiCsf, http://www.playvid.com/watch/RAlNMADAYxE, http://www.playvid.com/watch/3vVy5RlPWZQ, http://www.playvid.com/watch/BNT2GIDrsdp, http://www.playvid.com/watch/i-xuXcaGKeM, http://www.playvid.com/watch/g0tu5b6MjJ2, http://www.playvid.com/watch/EwLyREqNt37, http://www.playvid.com/watch/pwfOMlbi3ka, http://www.playvid.com/watch/zlZE0AMkYA0, http://www.playvid.com/watch/gqXvMp90KlC, http://www.playvid.com/watch/X23C-TeUY9Y, http://www.playvid.com/watch/-TboxoKsrT5, http://www.playvid.com/watch/FS0nvsinSYP, http://www.playvid.com/watch/f8xsH7Lgggp, http://www.playvid.com/watch/639vw87X5mQ, http://www.playvid.com/watch/DJ33Nsvev0H, http://www.playvid.com/watch/nSrinQojStg, http://www.playvid.com/watch/UA4xOOznFd5, http://www.playvid.com/watch/Q5z6oqTE5rU, http://www.playvid.com/watch/uNtJDa4CmAm, http://www.playvid.com/watch/Q0BVKw50LrV, http://www.playvid.com/watch/8j6vn9qVDjm, http://www.playvid.com/watch/xjg43Mt4rBU, http://www.playvid.com/watch/0iirjcYM-YS, http://www.playvid.com/watch/02yUTpBrSGB, http://www.playvid.com/watch/tjSX4SOr5Go, http://www.playvid.com/watch/f9xYSbE3Flr, http://www.playvid.com/watch/FeWNMxRtTiY, http://www.playvid.com/watch/xHTFJYMiMzc, http://www.playvid.com/watch/pF6BXuSFC69, http://www.playvid.com/watch/JlrnKmf4dnv, http://www.playvid.com/watch/s3FEb7oDvPg, http://www.playvid.com/watch/34orje-7-Pf, http://www.playvid.com/watch/Yzwb4GU2-3e, http://www.playvid.com/watch/6EWHMA357n5, http://www.playvid.com/watch/F82C3f-SeiW, http://www.playvid.com/watch/RqDOTbjmrle, http://www.playvid.com/watch/mXyAEsc8NQ7, http://www.playvid.com/watch/YuSWRc7kK0x, http://www.playvid.com/watch/dom9cW4yBYb, http://www.playvid.com/watch/6hoO0qXKAkU, http://www.playvid.com/watch/3Wjq34TzQNp, http://www.playvid.com/watch/YAP2bmVc6Kv, http://www.playvid.com/watch/ElVsDEtQfvC, http://www.playvid.com/watch/eb9Pb5TIwAA, http://www.playvid.com/watch/faMJmoiYDcZ, http://www.playvid.com/watch/IdFskdV-tGQ, http://www.playvid.com/watch/6mHrQ0aw3j0, http://www.playvid.com/watch/ol7-FMPWNgZ, http://www.playvid.com/watch/dclDK2l7cNC, http://www.playvid.com/watch/FQ5UFNsORdc, http://www.playvid.com/watch/qowssywaMbE, http://www.playvid.com/watch/hnmE2z9ZXKi, http://www.playvid.com/watch/oGwEKP23Rss, http://www.playvid.com/watch/tMSHq3BxHCH, http://www.playvid.com/watch/p88NXJ9yUPh, http://www.playvid.com/watch/Rgy0I60mCHK, http://www.playvid.com/watch/pi-GFzSem38, http://www.playvid.com/watch/EibvUWE7Hbt, http://www.playvid.com/watch/sO5lZTQKXRq, http://www.playvid.com/watch/Y-HaxFlT47w, http://www.playvid.com/watch/xzHTclSZE23, http://www.playvid.com/watch/nVRVYhf0CAI, http://www.playvid.com/watch/CqB02lKz5zz, http://www.playvid.com/watch/naseaBhYsar, http://www.playvid.com/watch/xw7OUajYQ0S, http://www.playvid.com/watch/U6zS3pSmJJv, http://www.playvid.com/watch/Qvfxo8xQkMI
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Bangbrosfan
5.b. Uploader's email address: Bangbrosfan@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Bangbrosfan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cW2JXSDhyuO, http://www.playvid.com/watch/A8FcGXJfRIi, http://www.playvid.com/watch/0Zz0dRCl4CZ, http://www.playvid.com/watch/t8NpICZjR3d, http://www.playvid.com/watch/AmW7vmOTVmZ, http://www.playvid.com/watch/L2PryRc6Ivr, http://www.playvid.com/watch/iBU99GMzhm6, http://www.playvid.com/watch/-ioUhMPsxI7, http://www.playvid.com/watch/b8CcCo3V0jV, http://www.playvid.com/watch/7Yvv5v7eTCz, http://www.playvid.com/watch/icW5WG3B0nU, http://www.playvid.com/watch/2RbzyVpam4o, http://www.playvid.com/watch/cL7GUDUs0Sj, http://www.playvid.com/watch/skFHppWXrcF, http://www.playvid.com/watch/hIXRLQXfuMe, http://www.playvid.com/watch/VWhy0Zj4RQu, http://www.playvid.com/watch/8qO7-bmdl0D, http://www.playvid.com/watch/iqk0dLgHg7B, http://www.playvid.com/watch/C7IkVJH7YL8, http://www.playvid.com/watch/4YZjiblphP5, http://www.playvid.com/watch/-r-PJ6c4kff, http://www.playvid.com/watch/W3indk2J-7m, http://www.playvid.com/watch/2NBqxUTyjDE, http://www.playvid.com/watch/lzJJY0T57E2, http://www.playvid.com/watch/xdnQERZ65Yn, http://www.playvid.com/watch/TZlqrKQ5YOs, http://www.playvid.com/watch/87bkwMzMfV9, http://www.playvid.com/watch/UqNfp7SeKVW, http://www.playvid.com/watch/Rf9syoiaJkE, http://www.playvid.com/watch/zqDJyOqfJZ6, http://www.playvid.com/watch/ECWfl4gM5gu, http://www.playvid.com/watch/WdBBvvQgRqu, http://www.playvid.com/watch/XubdQQLulce, http://www.playvid.com/watch/VGPhnAndgMm, http://www.playvid.com/watch/nz7dzu29ssR, http://www.playvid.com/watch/TDiqgGtbCHT, http://www.playvid.com/watch/tnOvT2IXa-Z, http://www.playvid.com/watch/w0mflhzOpgk, http://www.playvid.com/watch/cdTqpsuUPq2, http://www.playvid.com/watch/rvq06QjI7uY, http://www.playvid.com/watch/rnQPKRFDQ4L, http://www.playvid.com/watch/pB8HUqHZHb-, http://www.playvid.com/watch/vMF9FFUzlIE, http://www.playvid.com/watch/ykSlN0lmlxJ, http://www.playvid.com/watch/uExYUKQLv5G, http://www.playvid.com/watch/I89pRTljkFp, http://www.playvid.com/watch/G-LIqgvS4sU, http://www.playvid.com/watch/KlJGoMOMoHE, http://www.playvid.com/watch/qyuJI5myCmv, http://www.playvid.com/watch/lUal49kCaWR, http://www.playvid.com/watch/DN4Ak9qKcA-, http://www.playvid.com/watch/SRmp0DXGEYR, http://www.playvid.com/watch/IPYTLRcCPf8, http://www.playvid.com/watch/4-liTJaJPSR, http://www.playvid.com/watch/xQBcnANvsUE, http://www.playvid.com/watch/SKswstctxGi, http://www.playvid.com/watch/-Ac-AazqOLw, http://www.playvid.com/watch/7ce89azswJI, http://www.playvid.com/watch/lFcZVrQ0Nmw, http://www.playvid.com/watch/atSgxvR2y4W, http://www.playvid.com/watch/9zL9gYtEpu9, http://www.playvid.com/watch/p7E5r--av4i, http://www.playvid.com/watch/sOi7HmaHG9h, http://www.playvid.com/watch/fHCbrVFgxxv, http://www.playvid.com/watch/wl0ghXgD0DH, http://www.playvid.com/watch/ZXaTkoO05qV, http://www.playvid.com/watch/AziwhQD0bki, http://www.playvid.com/watch/ApIKQBFslo4, http://www.playvid.com/watch/0deMUyGOAZ2, http://www.playvid.com/watch/jdiaUT5g3ul, http://www.playvid.com/watch/yDyk-Yr7ZtS, http://www.playvid.com/watch/Cr6VnChoVI3, http://www.playvid.com/watch/Zq-b8lFuMQL, http://www.playvid.com/watch/N6pwASjqS-r, http://www.playvid.com/watch/J5CLcwKaYDL, http://www.playvid.com/watch/gfX82Is0CmK, http://www.playvid.com/watch/rwsCWxVsbFK, http://www.playvid.com/watch/RwYxCNelrR9, http://www.playvid.com/watch/iLB2t3PK2lv, http://www.playvid.com/watch/eeLPiKsNQDx, http://www.playvid.com/watch/CpyISxSBE4S, http://www.playvid.com/watch/RHbqy85SD7P, http://www.playvid.com/watch/kok6zZLLtWa, http://www.playvid.com/watch/XtftQjiUgdL, http://www.playvid.com/watch/jyDiiwyyvt5, http://www.playvid.com/watch/krmVZ4LUPFM, http://www.playvid.com/watch/tcCnTaxZauV, http://www.playvid.com/watch/WbGu6ySwclu, http://www.playvid.com/watch/L6aa5AjpXeG, http://www.playvid.com/watch/ZWCrEB9CJTz, http://www.playvid.com/watch/7OFeJk539ee, http://www.playvid.com/watch/3aG96fB2fUQ, http://www.playvid.com/watch/s2NHVvsrQCR, http://www.playvid.com/watch/xhK6vqmKIUg, http://www.playvid.com/watch/HOlF6bkLiwl, http://www.playvid.com/watch/f-VO2m7NGtJ, http://www.playvid.com/watch/II4DB2fIUU8, http://www.playvid.com/watch/-J-YQUt2tCI, http://www.playvid.com/watch/3EKb7MLsZDk, http://www.playvid.com/watch/fSV5G8n3lmj, http://www.playvid.com/watch/PMTOY8hjGqB, http://www.playvid.com/watch/zmXVf8CjPIL, http://www.playvid.com/watch/GPzrAX0jwnp, http://www.playvid.com/watch/-KJtZHY5xOG, http://www.playvid.com/watch/7Ax-3eBaBm2, http://www.playvid.com/watch/WoudfmoH9TS, http://www.playvid.com/watch/Vx0STVohu3k, http://www.playvid.com/watch/fgkiY6uxxE0, http://www.playvid.com/watch/u65wQ8WjL6p, http://www.playvid.com/watch/JKCa3N2sIMT, http://www.playvid.com/watch/7s0ebBTqH0E, http://www.playvid.com/watch/QG9PZvdoJce, http://www.playvid.com/watch/7hc33mKNycr, http://www.playvid.com/watch/KG6BUZvp8Ek, http://www.playvid.com/watch/Qmfd3Mhr9Zb, http://www.playvid.com/watch/gxHmCrX9ONm, http://www.playvid.com/watch/EcKg86m-Q6n, http://www.playvid.com/watch/Z90jfAoSeAr, http://www.playvid.com/watch/qZkWgIswsTX, http://www.playvid.com/watch/GLhngeqMiuj, http://www.playvid.com/watch/CYkpS7JPoHo, http://www.playvid.com/watch/6UAQApn9rZK, http://www.playvid.com/watch/R0BxldQK0Eq, http://www.playvid.com/watch/fH-AlnsplxS, http://www.playvid.com/watch/Oalp2CUbwhv, http://www.playvid.com/watch/owKs7mT3MgH, http://www.playvid.com/watch/LuOsMDHrAxB, http://www.playvid.com/watch/KKjTFAXDPDS, http://www.playvid.com/watch/DuBfS4GzLEm, http://www.playvid.com/watch/rvQyltWAqNh, http://www.playvid.com/watch/6VbcQH4cKGW,

http://www.playvid.com/watch/Ir4GUcJolFO, http://www.playvid.com/watch/fwpbc-BN6n7, http://www.playvid.com/watch/a7RBJRQm9j9, http://www.playvid.com/watch/SSzV-iCav3n, http://www.playvid.com/watch/3Z2FB6Qina6, http://www.playvid.com/watch/Int6rimrTsB, http://www.playvid.com/watch/OhMUyPUzMBf, http://www.playvid.com/watch/IU26OQPgPE0, http://www.playvid.com/watch/ew5VrwWLKEM, http://www.playvid.com/watch/2STtSEmbpVN, http://www.playvid.com/watch/t89M8fAarK2, http://www.playvid.com/watch/aCpz-HhvHMK, http://www.playvid.com/watch/hjbnYFrbpX7, http://www.playvid.com/watch/8T2nNVXUNTf, http://www.playvid.com/watch/ZaGGePIwmDh, http://www.playvid.com/watch/vDS-z2xuTQP, http://www.playvid.com/watch/UQsuCoxKErX, http://www.playvid.com/watch/JjNjmdJ5Svr, http://www.playvid.com/watch/BcD9oWeei-Q, http://www.playvid.com/watch/aO8JYUvonJK, http://www.playvid.com/watch/VxV4qzBtANd, http://www.playvid.com/watch/i2bcv4FL-Vn, http://www.playvid.com/watch/QQz3Bvo4QFa, http://www.playvid.com/watch/BSnKrRUVq9f, http://www.playvid.com/watch/mazdMde8ovM, http://www.playvid.com/watch/8PdqOjOLZ3e, http://www.playvid.com/watch/ovzHLLebEVS, http://www.playvid.com/watch/tOnnr9e3YkD, http://www.playvid.com/watch/cAVSv07bGlC, http://www.playvid.com/watch/XrUQs-XHOy3, http://www.playvid.com/watch/Zrgy8zqvEaa, http://www.playvid.com/watch/lX5KOWKayVA, http://www.playvid.com/watch/SIxzWaTXeNI, http://www.playvid.com/watch/P7btddi5Pez, http://www.playvid.com/watch/sjY3iE0tQCQ, http://www.playvid.com/watch/AEgY0Wm2Srm, http://www.playvid.com/watch/S-2TIJxcEDE, http://www.playvid.com/watch/uiGIQ5LpiSB, http://www.playvid.com/watch/TF0LWTEQzgO, http://www.playvid.com/watch/WGfMjrAIyZH, http://www.playvid.com/watch/YCgB-IN65JT, http://www.playvid.com/watch/LOrEGHuSGiy, http://www.playvid.com/watch/hGZM-zEzOHU, http://www.playvid.com/watch/jXepzI-SS2T, http://www.playvid.com/watch/BaVVTdQGSA9, http://www.playvid.com/watch/X8RHsXUVfNX, http://www.playvid.com/watch/fPZfqnrWVMg, http://www.playvid.com/watch/Sj6kDrsO8AL, http://www.playvid.com/watch/nt9-qYXUTNr, http://www.playvid.com/watch/d5IJrxJ6-MN, http://www.playvid.com/watch/QXPV3n2K3Le, http://www.playvid.com/watch/tRjkRGXOfhr, http://www.playvid.com/watch/7RFdcZd35vs, http://www.playvid.com/watch/h3tv7nVD6oO, http://www.playvid.com/watch/dT-ZC0Cwu4m, http://www.playvid.com/watch/7JUeHj4qX9l, http://www.playvid.com/watch/cyNg-drapT2, http://www.playvid.com/watch/I2Zr7eKDMFe, http://www.playvid.com/watch/FVK2g6yRTpg, http://www.playvid.com/watch/UKRQkCcfJ0H, http://www.playvid.com/watch/ayQGw3xbFKl, http://www.playvid.com/watch/u-QPEXD7MUb, http://www.playvid.com/watch/aTo33PfABYZ, http://www.playvid.com/watch/EYueP3bgyez, http://www.playvid.com/watch/X03JTZHN6YO, http://www.playvid.com/watch/LuAmSHQJZ6c, http://www.playvid.com/watch/3jdBsHZ75fO, http://www.playvid.com/watch/vAhM929fA77, http://www.playvid.com/watch/ryAqbnuwnul, http://www.playvid.com/watch/YfqPqmBqJNQ, http://www.playvid.com/watch/ayYfkcsFESP, http://www.playvid.com/watch/gIeB6nVJXxh, http://www.playvid.com/watch/AW649lzd07T, http://www.playvid.com/watch/lZCUZlAWNLQ, http://www.playvid.com/watch/HWkRisAGY8X, http://www.playvid.com/watch/VBMqRuTVEpF, http://www.playvid.com/watch/mkAPluoMKSv, http://www.playvid.com/watch/SFpqSJvGjz9, http://www.playvid.com/watch/xDXRDJ4Ot8X, http://www.playvid.com/watch/ka4cJ37HLht, http://www.playvid.com/watch/wZ8I5S2Xb2B, http://www.playvid.com/watch/QGmr-PJkvZk, http://www.playvid.com/watch/RwkzH5e7ACK, http://www.playvid.com/watch/iglHgxVcq4P, http://www.playvid.com/watch/DdSq2uiMTkp, http://www.playvid.com/watch/bUsDEY9rAwf, http://www.playvid.com/watch/PLgsKXCWL2K, http://www.playvid.com/watch/-HFlCZZwpXh, http://www.playvid.com/watch/dysrj-f6afV, http://www.playvid.com/watch/iCviyC004Mp, http://www.playvid.com/watch/noK3Xv4wAMa, http://www.playvid.com/watch/BpKX6b9ECWg, http://www.playvid.com/watch/mKdtwTxUbAZ, http://www.playvid.com/watch/Fw7tLfeMQs7, http://www.playvid.com/watch/eHRkVOUCtBE, http://www.playvid.com/watch/cD2vQYx0lf8, http://www.playvid.com/watch/YW3oNonYiht, http://www.playvid.com/watch/IlMsshNI6ql, http://www.playvid.com/watch/DPU44T29Lt5, http://www.playvid.com/watch/nCSp-Xx8tZu, http://www.playvid.com/watch/ooMOHFqXqcG, http://www.playvid.com/watch/o6YSMkedm3b, http://www.playvid.com/watch/4vFBfeg8NAg, http://www.playvid.com/watch/OtPe3cgoDCG, http://www.playvid.com/watch/iX7CnrrfRjf, http://www.playvid.com/watch/ioeA0zrKFMa, http://www.playvid.com/watch/0S5R-er42pj, http://www.playvid.com/watch/CozmoEpQ6kb, http://www.playvid.com/watch/A-Uf-5FCGki, http://www.playvid.com/watch/lYzuI989WbT, http://www.playvid.com/watch/KRPRpDWANyz, http://www.playvid.com/watch/hUDPIyFeQy9, http://www.playvid.com/watch/CzGrg67cxBY, http://www.playvid.com/watch/5ryfxctYJWV, http://www.playvid.com/watch/zA6Z5Dsjp4x, http://www.playvid.com/watch/VrifGdW-yeB, http://www.playvid.com/watch/uaFt6pJSPPm, http://www.playvid.com/watch/oXbG3zv79L7, http://www.playvid.com/watch/cBnn7kH5pOi, http://www.playvid.com/watch/k43vlHcAUW0, http://www.playvid.com/watch/FhAIF7Nur-T, http://www.playvid.com/watch/J9IDbpCWr3m, http://www.playvid.com/watch/hZHVF9kY6Zn, http://www.playvid.com/watch/Qj9WSu8AZt8, http://www.playvid.com/watch/CwK20xnlcFD, http://www.playvid.com/watch/itpzoOZb0c-, http://www.playvid.com/watch/vpmn2udlfwN, http://www.playvid.com/watch/cub5NbHOREv, http://www.playvid.com/watch/hjgkLi8vbtQ, http://www.playvid.com/watch/DMsqG-Q8sA8, http://www.playvid.com/watch/SDYL0KKysL8, http://www.playvid.com/watch/5cLtNxUcKYI, http://www.playvid.com/watch/oSazr36yU6O, http://www.playvid.com/watch/R6NvKe9SWGu, http://www.playvid.com/watch/YVWSpVbl2mM, http://www.playvid.com/watch/fK-5MEsCuyu, http://www.playvid.com/watch/GIHmRFNoQXC, http://www.playvid.com/watch/mcuQgnEX8VW, http://www.playvid.com/watch/brGKpsB5HJo, http://www.playvid.com/watch/UUvWm9A5rWC, http://www.playvid.com/watch/N3-sGqLNcKf, http://www.playvid.com/watch/ZJ5HLXpTaNl, http://www.playvid.com/watch/XtGiYz3Qj67, http://www.playvid.com/watch/8SwPmORMb78, http://www.playvid.com/watch/8IZZgHxVNsC, http://www.playvid.com/watch/fTriILVgxtO, http://www.playvid.com/watch/t4-9tkyzcrD, http://www.playvid.com/watch/FMjHHz5n6Fv, http://www.playvid.com/watch/g7bnfbhN8S8, http://www.playvid.com/watch/SUZbKLvLWXq, http://www.playvid.com/watch/tVloRbeY0XO, http://www.playvid.com/watch/6PfOtt3MPlc, http://www.playvid.com/watch/5ZRNnqiyEff, http://www.playvid.com/watch/4l9mBhjNMPJ, http://www.playvid.com/watch/P3HhnYuB5ph, http://www.playvid.com/watch/QEkZdCUdFiW, http://www.playvid.com/watch/ksSpWjO60YJ, http://www.playvid.com/watch/GB9DZnOAMIt, http://www.playvid.com/watch/AXW3OH8ZYSt, http://www.playvid.com/watch/BJV7MkEo3Bg, http://www.playvid.com/watch/JbVpN-m6S0k
5.f. Date of third notice: 2013-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barabas
5.b. Uploader's email address: bobbydomilo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/barabas
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BzCkX7MHQSJ, http://www.playvid.com/watch/L4bnj0P9Tm5, http://www.playvid.com/watch/y7hETj8bKYx, http://www.playvid.com/watch/92drdU07-YW, http://www.playvid.com/watch/Czs4M2Ty5f7, http://www.playvid.com/watch/oDxKjYk9Oms, http://www.playvid.com/watch/sXmoLG8fa0-, http://www.playvid.com/watch/MwnKhUVQLD9, http://www.playvid.com/watch/JGjXO2FKThb, http://www.playvid.com/watch/920TdCw95sU, http://www.playvid.com/watch/eHlyA8B6UPW, http://www.playvid.com/watch/m6X0PvSLnOJ, http://www.playvid.com/watch/GV494NWZNuZ, http://www.playvid.com/watch/P5l4dhC0OTx, http://www.playvid.com/watch/okEBwHtsMhU, http://www.playvid.com/watch/pTI4Is903oT, http://www.playvid.com/watch/Lh3O3WCMU-c, http://www.playvid.com/watch/7SqgB0c--RD, http://www.playvid.com/watch/ptA5hyc2i7I, http://www.playvid.com/watch/wlr-vT-JxmZ, http://www.playvid.com/watch/0q78DoU-3PC, http://www.playvid.com/watch/6ahd-u4EU-w, http://www.playvid.com/watch/TVHCKiDsCX4, http://www.playvid.com/watch/wSPe5YDR4zE, http://www.playvid.com/watch/QLh4dBQClox, http://www.playvid.com/watch/emYcAzLl3-6, http://www.playvid.com/watch/juHUUKUHccs, http://www.playvid.com/watch/9ARTqv4lVwV, http://www.playvid.com/watch/Do2tnwIBfc2, http://www.playvid.com/watch/DY5VhlOC0sV, http://www.playvid.com/watch/M7afEC2aUYu, http://www.playvid.com/watch/3xcbhyJROSg, http://www.playvid.com/watch/a4c-8qBZvFp, http://www.playvid.com/watch/o2ARMXd6PB4, http://www.playvid.com/watch/hnQGQmPZdlW, http://www.playvid.com/watch/fhYsv5Uroso, http://www.playvid.com/watch/mwKPCd4VOfQ, http://www.playvid.com/watch/i7YHGsRWl2q, http://www.playvid.com/watch/A80ryJT6FHu, http://www.playvid.com/watch/aT2nF3ndRMQ, http://www.playvid.com/watch/E-sXWcxGxOC, http://www.playvid.com/watch/Y-Q4k4Wam46, http://www.playvid.com/watch/J0UXI3Cfozp, http://www.playvid.com/watch/giLUA5f8qd3, http://www.playvid.com/watch/LrwrjglVcKa, http://www.playvid.com/watch/XRMadgRnzO7, http://www.playvid.com/watch/5yTWszY8tKw, http://www.playvid.com/watch/EJ09YOdMom-, http://www.playvid.com/watch/y66nvWnGwbv, http://www.playvid.com/watch/Qgb6oz7QZLQ, http://www.playvid.com/watch/VYDDbrC8ioE, http://www.playvid.com/watch/ZCGI45dEnYj, http://www.playvid.com/watch/2avlHij23q7, http://www.playvid.com/watch/uCSny4sNJY2, http://www.playvid.com/watch/Sv0ViP8cTqn, http://www.playvid.com/watch/JutaINJKRSd, http://www.playvid.com/watch/UyY2oYMUciT, http://www.playvid.com/watch/Jo86gD9Uzc8, http://www.playvid.com/watch/hNpZOl9sSxT, http://www.playvid.com/watch/ZDGlOlXNOFB, http://www.playvid.com/watch/kaunfT9AOFQ, http://www.playvid.com/watch/ULC0O3cJjt6, http://www.playvid.com/watch/vl3krOJtWf-, http://www.playvid.com/watch/rULj-EOQ8KH, http://www.playvid.com/watch/YrYBprmLEsN, http://www.playvid.com/watch/-t4H4ozGc6k, http://www.playvid.com/watch/fXQtZUhlV2E, http://www.playvid.com/watch/ny3b6fVZdpm, http://www.playvid.com/watch/bzeFdHEGUX2, http://www.playvid.com/watch/RqSKOLqmD-0, http://www.playvid.com/watch/ZMMr0sWFW-H, http://www.playvid.com/watch/YFRkJegoXVm, http://www.playvid.com/watch/wsV-9IaDM8q, http://www.playvid.com/watch/T2T2sTZmQwh, http://www.playvid.com/watch/Slio75K5RyC, http://www.playvid.com/watch/K5E6kt7sRzN, http://www.playvid.com/watch/paY9nXCyaL2, http://www.playvid.com/watch/j0tFh3v0O7Y, http://www.playvid.com/watch/dKmD4F6YLfc, http://www.playvid.com/watch/36SYGaKOo0j, http://www.playvid.com/watch/V9r2wtsaUBB, http://www.playvid.com/watch/8Is78YMUeWJ, http://www.playvid.com/watch/fZJXRBmPdIL, http://www.playvid.com/watch/45eylmtceVX, http://www.playvid.com/watch/DfgNWNESbkc, http://www.playvid.com/watch/uk7SDuNCPnx, http://www.playvid.com/watch/RRDLCIACp5a, http://www.playvid.com/watch/lV8s4h2-8HK, http://www.playvid.com/watch/pgA7pa9JfXI, http://www.playvid.com/watch/uB78anOspKd, http://www.playvid.com/watch/3mbbB0EMZda, http://www.playvid.com/watch/kSrDntyq4mP, http://www.playvid.com/watch/UabWEGD3jPj, http://www.playvid.com/watch/HMhlC6w7Vru, http://www.playvid.com/watch/sqWRpT78h3j, http://www.playvid.com/watch/Ypxlql7Bn4P, http://www.playvid.com/watch/vaIUGrMrupU, http://www.playvid.com/watch/Zk86vHwDJyI, http://www.playvid.com/watch/qYM2ohwTQRl, http://www.playvid.com/watch/QD6Hnd9kt90, http://www.playvid.com/watch/pgzPzotxflQ, http://www.playvid.com/watch/HNdMgr6EH5B, http://www.playvid.com/watch/b39H4q4V-p0, http://www.playvid.com/watch/CwodSdhud3z, http://www.playvid.com/watch/lpV9ul5muAy, http://www.playvid.com/watch/9DkX3VWvs46, http://www.playvid.com/watch/7BHat0mgipB,

http://www.playvid.com/watch/b-bQGVrn-Ii, http://www.playvid.com/watch/ZLXVmaDOv3l, http://www.playvid.com/watch/hHfhTjh7IMu,
http://www.playvid.com/watch/nc00260H84R, http://www.playvid.com/watch/E0TVAyIiDtT, http://www.playvid.com/watch/NZKAn-yTVmD,
http://www.playvid.com/watch/Vdl62QoOq9V, http://www.playvid.com/watch/H7xdn4OZWba
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barabass
5.b. Uploader's email address: diegoadver@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/barabass
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sRlCFpGj-vw, http://www.playvid.com/watch/rK6nSZbuvWP,
http://www.playvid.com/watch/8HeIbbayy44, http://www.playvid.com/watch/LaVABRNIALP, http://www.playvid.com/watch/anlRFN4Sv34,
http://www.playvid.com/watch/k-8UfKsqFe-, http://www.playvid.com/watch/jNchXcHI9B2, http://www.playvid.com/watch/a9x50WTmhbK,
http://www.playvid.com/watch/3vZ0oEcMv48, http://www.playvid.com/watch/-9EiCcBzztZ, http://www.playvid.com/watch/nYAJIyJ7f9A,
http://www.playvid.com/watch/Y87XEOw3luh, http://www.playvid.com/watch/zBQMJrw2Yde, http://www.playvid.com/watch/5O2D-QwxsKN,
http://www.playvid.com/watch/IX-ut7FrQBl, http://www.playvid.com/watch/gdJIsRA0-Aq, http://www.playvid.com/watch/gk5fRMDCyta,
http://www.playvid.com/watch/8FBrqhuPX4I, http://www.playvid.com/watch/8kWnLVboa5u, http://www.playvid.com/watch/Ap2AnLEApyU,
http://www.playvid.com/watch/8Fn8zow0TK0, http://www.playvid.com/watch/Z2uGK2QTEPn, http://www.playvid.com/watch/eh2XKOqc3H0,
http://www.playvid.com/watch/Xn4UTaONNvS, http://www.playvid.com/watch/e2hgnqdVFUv, http://www.playvid.com/watch/p7Q5bhWxIH4,
http://www.playvid.com/watch/uGY7-vA8uUa, http://www.playvid.com/watch/NR-XVhodpwu, http://www.playvid.com/watch/VEoBzHmntMw,
http://www.playvid.com/watch/sCIFcmQ4U0r, http://www.playvid.com/watch/AgFvmrkV7oz, http://www.playvid.com/watch/Zmeg7OnqozR,
http://www.playvid.com/watch/vK3u4rXPBaB, http://www.playvid.com/watch/MD-zXPizm0U, http://www.playvid.com/watch/FRUAVZkXIcN,
http://www.playvid.com/watch/sqZQEmdWUML, http://www.playvid.com/watch/uB72USW72bj, http://www.playvid.com/watch/I0O90DWBcte,
http://www.playvid.com/watch/DJY2cay6cMT, http://www.playvid.com/watch/HfGGAfyGVqQ, http://www.playvid.com/watch/-OQf8x2jowV,
http://www.playvid.com/watch/p5IkPZxqgZz, http://www.playvid.com/watch/qC6UFyMErt7, http://www.playvid.com/watch/a8vERjiPtH8,
http://www.playvid.com/watch/bOTlVXUugCU, http://www.playvid.com/watch/RNmUlqbvMgM, http://www.playvid.com/watch/YTqka7EFCQa,
http://www.playvid.com/watch/mTcftLwRkEp, http://www.playvid.com/watch/vR2yQNfWLch, http://www.playvid.com/watch/HJqeRR4zhPi,
http://www.playvid.com/watch/4QiEBQwBPah, http://www.playvid.com/watch/qhTdO6HDBOK, http://www.playvid.com/watch/Ha4A4jCgvdP,
http://www.playvid.com/watch/KJexo-ObWh3, http://www.playvid.com/watch/-d6qHNnphM6, http://www.playvid.com/watch/4Tu-p-aaYpR,
http://www.playvid.com/watch/n5eKedcpUJv, http://www.playvid.com/watch/EgOUYPWaCWV, http://www.playvid.com/watch/FcuPjF64nst,
http://www.playvid.com/watch/sYqEnN39oSg, http://www.playvid.com/watch/JWUuEGrwIA0, http://www.playvid.com/watch/EilVmfu7Gmg,
http://www.playvid.com/watch/pwIcOde-SoE, http://www.playvid.com/watch/C54rp8EbSvy, http://www.playvid.com/watch/ebBHhWKXz-7,
http://www.playvid.com/watch/ApbCUzFf4JB, http://www.playvid.com/watch/rroJpRSAfuw, http://www.playvid.com/watch/I02ujfYcT6M,
http://www.playvid.com/watch/LXRu5aiU7Ua, http://www.playvid.com/watch/RcVNgIt8E0Z, http://www.playvid.com/watch/U99fUGDxDaA,
http://www.playvid.com/watch/updtAM7vfah, http://www.playvid.com/watch/kV5enZlmXt3, http://www.playvid.com/watch/sRyqYDymhGD,
http://www.playvid.com/watch/q4r-STKGB6B, http://www.playvid.com/watch/fHc3u5ETpck, http://www.playvid.com/watch/XVynEkjprec,
http://www.playvid.com/watch/4-Ssf3Vcq73, http://www.playvid.com/watch/JC07uCBvs69, http://www.playvid.com/watch/HLLZSYd0EII,
http://www.playvid.com/watch/NHUHYVWfLLw, http://www.playvid.com/watch/HrIyfcAa84A, http://www.playvid.com/watch/8brNt567oss,
http://www.playvid.com/watch/tL8od-queaG, http://www.playvid.com/watch/Kv9DjZbvJIb, http://www.playvid.com/watch/uemGMhpsZIV,
http://www.playvid.com/watch/5gWvK3GN-e8, http://www.playvid.com/watch/CHnnOtpcytr, http://www.playvid.com/watch/Ie46QEunKwW,
http://www.playvid.com/watch/azgpMTUZF0s, http://www.playvid.com/watch/haciSKkC4Jl, http://www.playvid.com/watch/oAuOidw6aWm,
http://www.playvid.com/watch/tKHhbY7oHWi, http://www.playvid.com/watch/JbVvjj3ext2, http://www.playvid.com/watch/SmHtuQ6IEND,
http://www.playvid.com/watch/5cRTOhrbtmD, http://www.playvid.com/watch/Cjq4RbbHGSs, http://www.playvid.com/watch/r22ZlraEEUM,
http://www.playvid.com/watch/pIwbrmscUg5, http://www.playvid.com/watch/BMUSk-hJ66b, http://www.playvid.com/watch/ecgGFaEIwOr,
http://www.playvid.com/watch/8WHjyTKVx7U, http://www.playvid.com/watch/it9YiSWoCJa, http://www.playvid.com/watch/Tpel6RznDPK,
http://www.playvid.com/watch/RY5PqCoCmQX, http://www.playvid.com/watch/lPbbEJWAs3N, http://www.playvid.com/watch/LJLAmSTDv0i,
http://www.playvid.com/watch/mPlgzHYNZGr, http://www.playvid.com/watch/pdlpuZUPr9t, http://www.playvid.com/watch/0k9NqF2BP8x,
http://www.playvid.com/watch/tZ7dabQMROL, http://www.playvid.com/watch/LDYqjrHx88w, http://www.playvid.com/watch/6PAHKvpXXue,
http://www.playvid.com/watch/eFmWGeP9VX6, http://www.playvid.com/watch/-J6f3kib5kI, http://www.playvid.com/watch/w-CWSph7PeD,
http://www.playvid.com/watch/2QMyosgA-oq, http://www.playvid.com/watch/pTqH37nvTmn, http://www.playvid.com/watch/06feCiLTclu,
http://www.playvid.com/watch/OGG46ybCo4y, http://www.playvid.com/watch/3mX25F53yJl, http://www.playvid.com/watch/qFToD5FPZcm,
http://www.playvid.com/watch/3fhSfUtszwD, http://www.playvid.com/watch/t9xYgYENlx0, http://www.playvid.com/watch/OiU7h6Z5boW,
http://www.playvid.com/watch/LLP3sIihEQc, http://www.playvid.com/watch/hby6LSpwNXQ, http://www.playvid.com/watch/OizORHD-7vA,
http://www.playvid.com/watch/UP6hU8nLt3h, http://www.playvid.com/watch/0-gmR7UTLsz, http://www.playvid.com/watch/6EtkThgbY39,
http://www.playvid.com/watch/trsBFH8HHfl, http://www.playvid.com/watch/nW27pBzzaFH, http://www.playvid.com/watch/xksQqdTngvx,
http://www.playvid.com/watch/29yKiQvRfeI, http://www.playvid.com/watch/CME-iFoAwE8, http://www.playvid.com/watch/N9GEyG3au8G,
http://www.playvid.com/watch/XDFumxAjG0f, http://www.playvid.com/watch/nNaQDOkFyQl, http://www.playvid.com/watch/fteIDghLQvP,
http://www.playvid.com/watch/0-fWRu42fjf, http://www.playvid.com/watch/Xhe6ww9if0d, http://www.playvid.com/watch/olXwpbXZ0LX,
http://www.playvid.com/watch/7fRPQCdNmgA, http://www.playvid.com/watch/2m4-EUO8xi7, http://www.playvid.com/watch/h4XA3GjaoQv,
http://www.playvid.com/watch/9wzvmJuZ00R, http://www.playvid.com/watch/7qgcR-9M7-N, http://www.playvid.com/watch/f80WtONzuVT,
http://www.playvid.com/watch/7Gciypw0hCL, http://www.playvid.com/watch/-STeRMNaKU4, http://www.playvid.com/watch/E5taJjcWdPl,
http://www.playvid.com/watch/07oyftu6PPc, http://www.playvid.com/watch/kt3iag8Yeu9, http://www.playvid.com/watch/riPMgZKrzJf,
http://www.playvid.com/watch/RI4JbmxsSUf, http://www.playvid.com/watch/SL9gikVs0pS, http://www.playvid.com/watch/mAhwtazhkKA,
http://www.playvid.com/watch/oaQv7mccQ7a, http://www.playvid.com/watch/E2TGjhC2cBm, http://www.playvid.com/watch/Ww6roBuLHNq,
http://www.playvid.com/watch/gLgj5UGH3Kk, http://www.playvid.com/watch/8ErS7w6So29, http://www.playvid.com/watch/qjWC3wagGls,
http://www.playvid.com/watch/vAxDmTJ-8cP, http://www.playvid.com/watch/A6RmeTqC-wi, http://www.playvid.com/watch/PH4e4t0kP9W,
http://www.playvid.com/watch/k9Ee7WXJbK7, http://www.playvid.com/watch/KZhQvq9heVM, http://www.playvid.com/watch/jdIRHlpNUnW,
http://www.playvid.com/watch/IgUTc7tizXY, http://www.playvid.com/watch/R6Px5Bw0hnN, http://www.playvid.com/watch/ShmrlqI39Yj,
http://www.playvid.com/watch/yPXZVnKLHnX, http://www.playvid.com/watch/DhUoLq6vRpF, http://www.playvid.com/watch/-C2w42y4edT,
http://www.playvid.com/watch/uz2zKv5jLhk, http://www.playvid.com/watch/VAzeQvleF7i, http://www.playvid.com/watch/V3OoNTH0-2o,
http://www.playvid.com/watch/P5GHM4HLpWe, http://www.playvid.com/watch/crBsGvUDefq, http://www.playvid.com/watch/dia2BVARcOs,
http://www.playvid.com/watch/gdJ0lnxRtMK, http://www.playvid.com/watch/M55jOSUckx5, http://www.playvid.com/watch/iJwpcHHGP2O,
http://www.playvid.com/watch/-rWI69LXkEM, http://www.playvid.com/watch/5kyR9shA-Wk, http://www.playvid.com/watch/bf77wqbREXa,
http://www.playvid.com/watch/ndDzFNDEQoO, http://www.playvid.com/watch/Hb53K8adOay, http://www.playvid.com/watch/BX6VxUUr0dT,
http://www.playvid.com/watch/Y7zNnvQhvXP, http://www.playvid.com/watch/JgbYqDcq-85, http://www.playvid.com/watch/kyQFzAghPEc,
http://www.playvid.com/watch/fpoXlo5wNc4, http://www.playvid.com/watch/YIB3o6kHbAh, http://www.playvid.com/watch/--Mcz3m7BTP,
http://www.playvid.com/watch/0JYU5kzp6VX, http://www.playvid.com/watch/9ootHhMLDtZ, http://www.playvid.com/watch/urWFReSnjfF,
http://www.playvid.com/watch/p4p6ELjNfzU, http://www.playvid.com/watch/XveXwKDA0-N, http://www.playvid.com/watch/MCUXx-adXNC,
http://www.playvid.com/watch/EOyJo-mFDpI, http://www.playvid.com/watch/63wxA3Wgr9P, http://www.playvid.com/watch/85P2R5szzlN,
http://www.playvid.com/watch/bpCCXkjWTbj, http://www.playvid.com/watch/QX0oiBQX9W5, http://www.playvid.com/watch/CyGkcEPDB7H,
http://www.playvid.com/watch/ALRvsR048ua, http://www.playvid.com/watch/oYEVixkrhaa, http://www.playvid.com/watch/Q7wPtfgRVuP,
http://www.playvid.com/watch/2OrKlViOAXY, http://www.playvid.com/watch/ZWGqZwmNpCw, http://www.playvid.com/watch/NPF9Ecoo-oM,
http://www.playvid.com/watch/vyt5WHVgJay, http://www.playvid.com/watch/8nXTletVt2O, http://www.playvid.com/watch/fPLPOt0Kdm4,
http://www.playvid.com/watch/nuXcfiH0gHl, http://www.playvid.com/watch/0DFBCo2xAQs, http://www.playvid.com/watch/xeH-89C83hh,
http://www.playvid.com/watch/8gKSKOUQZwp, http://www.playvid.com/watch/feRjQozfOuJ, http://www.playvid.com/watch/R0r7DFt-IXq,
http://www.playvid.com/watch/LLqPAoPj-qs, http://www.playvid.com/watch/k9C5Wbwopsz, http://www.playvid.com/watch/tJjQo2KhHX4,
http://www.playvid.com/watch/ih2jsJIddze, http://www.playvid.com/watch/M6JlvXrwGXr, http://www.playvid.com/watch/bopVwEgNqj8,
http://www.playvid.com/watch/TOfprxv2oep, http://www.playvid.com/watch/wPE5GEfoi6-, http://www.playvid.com/watch/NHVDlficQbM,
http://www.playvid.com/watch/DATQgqxVwB6, http://www.playvid.com/watch/IioAqfxwaNl, http://www.playvid.com/watch/gmQEe-pqMEn,
http://www.playvid.com/watch/w4wvh9dp2Cv, http://www.playvid.com/watch/pPwrIWIYzPf, http://www.playvid.com/watch/I646excgJtz,
http://www.playvid.com/watch/V80JmluWjxj, http://www.playvid.com/watch/uGTEtyW-Ppd, http://www.playvid.com/watch/tzBCFsQ7nOp,
http://www.playvid.com/watch/dPVmD6oZia3, http://www.playvid.com/watch/zzb-qpo-kDw, http://www.playvid.com/watch/BLLl0JIxPtW,
http://www.playvid.com/watch/lFn0H8U9Nxd, http://www.playvid.com/watch/NSQg-xrbbhY, http://www.playvid.com/watch/gJQBI8Wv8Xe,
http://www.playvid.com/watch/fALW9x7iGzc, http://www.playvid.com/watch/N0ofnBccMln, http://www.playvid.com/watch/8BYZMGVoutR,
http://www.playvid.com/watch/r7CGv33vQro, http://www.playvid.com/watch/YxFujnccQjH, http://www.playvid.com/watch/g7-ZS-lcjGw,
http://www.playvid.com/watch/BZYdPAJp4r-, http://www.playvid.com/watch/uF7soP9JfOF, http://www.playvid.com/watch/HilytiIOi0o,
http://www.playvid.com/watch/yHc0rspHAC9, http://www.playvid.com/watch/G8DICxYAJEQ, http://www.playvid.com/watch/0Uaa8yWPPxL,

http://www.playvid.com/watch/28KtNwZLVAu, http://www.playvid.com/watch/jajyq3YeHIB, http://www.playvid.com/watch/j0jHVNqCwiH,
http://www.playvid.com/watch/6lXumN5EQeN, http://www.playvid.com/watch/Qdh5XfgkLwt, http://www.playvid.com/watch/SpABTdZRjT4,
http://www.playvid.com/watch/OxVW0RTj2NH, http://www.playvid.com/watch/0gcYBNZUZXy, http://www.playvid.com/watch/wraeA4Huwfd,
http://www.playvid.com/watch/PwDW569xal-, http://www.playvid.com/watch/2A4-WyACtli, http://www.playvid.com/watch/OxEwRJOpNbS,
http://www.playvid.com/watch/SlnZGLRMWVx, http://www.playvid.com/watch/ZsTAiKtTNMX, http://www.playvid.com/watch/f5hjS9NpUNm,
http://www.playvid.com/watch/ID2bS5q6nbP, http://www.playvid.com/watch/L7gdRwS90KF, http://www.playvid.com/watch/BV30M3sdpa3,
http://www.playvid.com/watch/BGT6FQLbQIV, http://www.playvid.com/watch/Arqyls0HSZI, http://www.playvid.com/watch/olNGfzSgwUI,
http://www.playvid.com/watch/LWfpr6XiBRz, http://www.playvid.com/watch/QmQIFIHvBlJ, http://www.playvid.com/watch/73RVuc24ORX,
http://www.playvid.com/watch/NwuCycEo7NR, http://www.playvid.com/watch/87mIK9dwuPL, http://www.playvid.com/watch/uenGx4xicES,
http://www.playvid.com/watch/M8VhUiDLw--, http://www.playvid.com/watch/HsUjbF7JWbB, http://www.playvid.com/watch/upNWWNHLVjX,
http://www.playvid.com/watch/y7NKROPmHzl, http://www.playvid.com/watch/iFC5mS88d0D, http://www.playvid.com/watch/biuPTskE5Iq,
http://www.playvid.com/watch/fur-ZoNMbBX, http://www.playvid.com/watch/QVSHl0xycMw, http://www.playvid.com/watch/QvFFs3Ax4oE,
http://www.playvid.com/watch/ECfB6KTatAv, http://www.playvid.com/watch/Zskme8o-Th8, http://www.playvid.com/watch/Axn2zZFFWlf,
http://www.playvid.com/watch/8QHvwTQdjY7, http://www.playvid.com/watch/ZlGeFEsvCYq, http://www.playvid.com/watch/anrzaPIo-EJ,
http://www.playvid.com/watch/WwyFzTJSaGg, http://www.playvid.com/watch/cPy2l-G0fmQ, http://www.playvid.com/watch/z5cdaz3KJPa,
http://www.playvid.com/watch/JOpNiVpjbrv, http://www.playvid.com/watch/tkjFMeXi8Fo, http://www.playvid.com/watch/oTmbY5Xx5Qh,
http://www.playvid.com/watch/NowiPaOVRDU, http://www.playvid.com/watch/amWsEnPJ2gH, http://www.playvid.com/watch/hrsDTHgT9Um,
http://www.playvid.com/watch/YkhB5f7hNpX, http://www.playvid.com/watch/Q47hMeLwfXu, http://www.playvid.com/watch/XOOgVE-s3mH,
http://www.playvid.com/watch/lzqMr3QoM0T, http://www.playvid.com/watch/gOcfci4Ohrm, http://www.playvid.com/watch/xWGSf6W-7mq,
http://www.playvid.com/watch/vUyEoy-4Dus, http://www.playvid.com/watch/AOcZ2Xrj-zY, http://www.playvid.com/watch/ajMmZMgcmVs,
http://www.playvid.com/watch/0fbTKi4Gpa5, http://www.playvid.com/watch/drjSRB0Bqfh, http://www.playvid.com/watch/2n0WJOXLPpH,
http://www.playvid.com/watch/CKjUs4gBE0o, http://www.playvid.com/watch/rT7mTIBac0W, http://www.playvid.com/watch/VeCwfMUiSbq,
http://www.playvid.com/watch/AhNTggBQJ4R, http://www.playvid.com/watch/2k6qLCAhQBm, http://www.playvid.com/watch/aoSl5GwIDuN,
http://www.playvid.com/watch/Wn48aMTPeD0, http://www.playvid.com/watch/qTjFMzAkRNy, http://www.playvid.com/watch/ShT-llKtTbZ,
http://www.playvid.com/watch/LDINj7Fu7bl, http://www.playvid.com/watch/3W53Q0qy9lK, http://www.playvid.com/watch/r5EQ3NZI3gC,
http://www.playvid.com/watch/wd6yT9pT0a5, http://www.playvid.com/watch/NiwJJmTIxgA, http://www.playvid.com/watch/5XrTDAdLod2,
http://www.playvid.com/watch/TVa4KyaaBZD, http://www.playvid.com/watch/-4p4HUX8zRF, http://www.playvid.com/watch/hiunQZIuEBO,
http://www.playvid.com/watch/ro4ZXGpVhH4, http://www.playvid.com/watch/RKglYFkS-Fa, http://www.playvid.com/watch/UZ9rlDZvZM6,
http://www.playvid.com/watch/cY9hSdUDnJI, http://www.playvid.com/watch/9giQiVI6ITf, http://www.playvid.com/watch/cyzcllpXtbs,
http://www.playvid.com/watch/aAigEbQyuuq, http://www.playvid.com/watch/c9wzIgaT-ar, http://www.playvid.com/watch/bBPSRWh-c3j,
http://www.playvid.com/watch/XyhFdNM73Nj, http://www.playvid.com/watch/fEp0RFPkprI, http://www.playvid.com/watch/G7wC9HDmzkP,
http://www.playvid.com/watch/evBdgJ-wkmQ, http://www.playvid.com/watch/Rj-BfegwZaG, http://www.playvid.com/watch/QRqXPATZSh4,
http://www.playvid.com/watch/Ilpk6YfquFO, http://www.playvid.com/watch/-w55HKPXz7m, http://www.playvid.com/watch/8NSfS53Hl0q,
http://www.playvid.com/watch/-KbSaRGCqcu, http://www.playvid.com/watch/xwJiZ5j7aNa, http://www.playvid.com/watch/4eB28DFXCGK,
http://www.playvid.com/watch/bhzGlABM0SN, http://www.playvid.com/watch/n0ycE9i3BZV, http://www.playvid.com/watch/iYYSeJEHVWm,
http://www.playvid.com/watch/cFuuqaalFeR, http://www.playvid.com/watch/sd2I-4TDvzP, http://www.playvid.com/watch/797g4vS9ZvW,
http://www.playvid.com/watch/WvbzAkpqWrf, http://www.playvid.com/watch/vAD86Q3TbVm, http://www.playvid.com/watch/Ebx8sdNxgg9,
http://www.playvid.com/watch/U3ykZd0M7Mi, http://www.playvid.com/watch/xhnbkbg2Mxr, http://www.playvid.com/watch/SN9ExJKYsJe,
http://www.playvid.com/watch/4ipq-zblx9i, http://www.playvid.com/watch/zb2zG70Odxs, http://www.playvid.com/watch/CbTWLwRvJwj,
http://www.playvid.com/watch/mWxbzjY2xQP, http://www.playvid.com/watch/WOfa3q4fC-L, http://www.playvid.com/watch/BU2OnZgidSE,
http://www.playvid.com/watch/b-XpZ0woymb, http://www.playvid.com/watch/OYQe7H5mI3Q, http://www.playvid.com/watch/5tlYmue7q5b,
http://www.playvid.com/watch/Dw7xqdzkXEA, http://www.playvid.com/watch/rrrvZjXIOxL, http://www.playvid.com/watch/dK52XyqOKPp,
http://www.playvid.com/watch/H0lu23XSBxA, http://www.playvid.com/watch/v4EQRXdmENS, http://www.playvid.com/watch/3VRjWOclqso,
http://www.playvid.com/watch/mqqMIAf9WQv, http://www.playvid.com/watch/UGsNmysYrCZ, http://www.playvid.com/watch/YjAXHpT9wAI,
http://www.playvid.com/watch/KHMiG3etEu8, http://www.playvid.com/watch/n4oxSh67SDG, http://www.playvid.com/watch/9S3tHNHt23R,
http://www.playvid.com/watch/2T3I4-qXSY6, http://www.playvid.com/watch/KppSeRJeGzW, http://www.playvid.com/watch/lJoH0vkg6lG,
http://www.playvid.com/watch/8saEHOT3c56, http://www.playvid.com/watch/yq2o50QU3RS, http://www.playvid.com/watch/JfrnqvKkVbd,
http://www.playvid.com/watch/SCuGvnJ8atV, http://www.playvid.com/watch/GN7pv-qVk93, http://www.playvid.com/watch/fyhrZXvunBz,
http://www.playvid.com/watch/xljeH9gbdm4, http://www.playvid.com/watch/jORDNUlzmcM, http://www.playvid.com/watch/SX6vEayib26,
http://www.playvid.com/watch/9v57bUKfEDF, http://www.playvid.com/watch/gouiALYeK9g, http://www.playvid.com/watch/ZTj7tPMO9nc,
http://www.playvid.com/watch/3523ubhg9TM, http://www.playvid.com/watch/yZtZd9IyigI, http://www.playvid.com/watch/KkbCrnazXq-,
http://www.playvid.com/watch/5pR3CBKoFMM, http://www.playvid.com/watch/2xNwbBQkxQT, http://www.playvid.com/watch/cWidCtWMt3o,
http://www.playvid.com/watch/gnysCjdgDPz, http://www.playvid.com/watch/CLBmShCKAj5, http://www.playvid.com/watch/rxpEiZlaKnk,
http://www.playvid.com/watch/ogAFnjqC3VY, http://www.playvid.com/watch/M5sIR9kDoMX, http://www.playvid.com/watch/-Sdajo8M0gb,
http://www.playvid.com/watch/KbJHQbTJE9R, http://www.playvid.com/watch/P8dfWreToVY, http://www.playvid.com/watch/aAgcBstlqPb,
http://www.playvid.com/watch/bIQJynW3CK2, http://www.playvid.com/watch/k3gp6X0Q49o, http://www.playvid.com/watch/O4ykDTyuvVH,
http://www.playvid.com/watch/zdfjFhahuws, http://www.playvid.com/watch/cOq4P6r7wrg, http://www.playvid.com/watch/r9nIaydTguw,
http://www.playvid.com/watch/cMSo5xfVbDQ, http://www.playvid.com/watch/S8rfVPq3SCf, http://www.playvid.com/watch/r6DBeG9Kcxl,
http://www.playvid.com/watch/5WXwFS3Gy6c, http://www.playvid.com/watch/gx7RaCCmuK5, http://www.playvid.com/watch/6hel22DxnKP,
http://www.playvid.com/watch/mXln6OPWr70, http://www.playvid.com/watch/otXRMhabk0S, http://www.playvid.com/watch/iTET8py7py7,
http://www.playvid.com/watch/AQclEa7k7GH, http://www.playvid.com/watch/LRXc6Spsiab, http://www.playvid.com/watch/M3cZn6aMX62,
http://www.playvid.com/watch/VWiXS8Op--Z, http://www.playvid.com/watch/Gh5GxHkURae, http://www.playvid.com/watch/0VIv2VqGW-y,
http://www.playvid.com/watch/SU3XYrpLHRM, http://www.playvid.com/watch/uPGutScwK9F, http://www.playvid.com/watch/Oq2vUALtLIh,
http://www.playvid.com/watch/Zwc2e4srLao, http://www.playvid.com/watch/THt9fPn7l84, http://www.playvid.com/watch/T2KNqNYWR4V,
http://www.playvid.com/watch/jogCg4pfWfH, http://www.playvid.com/watch/DAQKdeRGHqX, http://www.playvid.com/watch/9n8AyRdAsdz,
http://www.playvid.com/watch/XsWCjFE6KLW, http://www.playvid.com/watch/aj9Px4EgSVb, http://www.playvid.com/watch/GvsrSdDfYMN,
http://www.playvid.com/watch/Qy63Ir7hXCO, http://www.playvid.com/watch/x4-VDOZpprX, http://www.playvid.com/watch/t8uJXJvP5vc,
http://www.playvid.com/watch/NqO7iQ7Xgrm, http://www.playvid.com/watch/II9InbuGs04, http://www.playvid.com/watch/2BMCqnciPCt,
http://www.playvid.com/watch/mNJLZ65Rw46, http://www.playvid.com/watch/5WFXXw-fg-Q, http://www.playvid.com/watch/ieVN97Nr65W,
http://www.playvid.com/watch/Q9dNGKzzEkF, http://www.playvid.com/watch/hZ9Na0xPSI0, http://www.playvid.com/watch/ymUeKP8j74r,
http://www.playvid.com/watch/vU0vMLPXeQs, http://www.playvid.com/watch/jsPUPdjcjqh, http://www.playvid.com/watch/RzVffKrvsSV,
http://www.playvid.com/watch/ZlNvAblQns6, http://www.playvid.com/watch/R6tbsP6zxL0, http://www.playvid.com/watch/5MRuuk-LyXC,
http://www.playvid.com/watch/pTAfA4wFmOt, http://www.playvid.com/watch/q8e9jWAXx5p, http://www.playvid.com/watch/4PlO5mohm4x,
http://www.playvid.com/watch/bjibEKHDJjQ, http://www.playvid.com/watch/X48bg8YrMO6, http://www.playvid.com/watch/HQxDzgKNPN-,
http://www.playvid.com/watch/YPUhtuNoLjW, http://www.playvid.com/watch/FR7tQsqE4QI, http://www.playvid.com/watch/px7nfEIheZA,
http://www.playvid.com/watch/KH8BZQzAT6B, http://www.playvid.com/watch/N9wJ2HXbQfN, http://www.playvid.com/watch/s5OQVTpSfN9,
http://www.playvid.com/watch/G24XmmG9rHw, http://www.playvid.com/watch/mI8jKegyvTc, http://www.playvid.com/watch/HF6QZCZwsjc,
http://www.playvid.com/watch/ACuofxWrlsT, http://www.playvid.com/watch/rca-fRDHdzq, http://www.playvid.com/watch/cnYb5v52OtX,
http://www.playvid.com/watch/9pFNM7o2nI8, http://www.playvid.com/watch/nTl-Sa6f-m5, http://www.playvid.com/watch/oHhYOF8yJzI,
http://www.playvid.com/watch/vW4xaLJ2Ain, http://www.playvid.com/watch/5AARooF49vk, http://www.playvid.com/watch/WYycu53cSHk,
http://www.playvid.com/watch/8Rc3QdBE0u5, http://www.playvid.com/watch/GDou4SwNmfP, http://www.playvid.com/watch/OyuU7EIVxfr,
http://www.playvid.com/watch/o8V5oDuVAHP, http://www.playvid.com/watch/0yfLLFNu4BG, http://www.playvid.com/watch/oQuLLoNog8M,
http://www.playvid.com/watch/wa40n3uxNKe, http://www.playvid.com/watch/0vb-FbrJSCz, http://www.playvid.com/watch/euo3Ag6JOhS,
http://www.playvid.com/watch/sxunrxg03Rm, http://www.playvid.com/watch/YhMU8RFgItk, http://www.playvid.com/watch/4j6ObypdBMk,
http://www.playvid.com/watch/NPdTHZ5NzJk, http://www.playvid.com/watch/i9o5f-5cfK4, http://www.playvid.com/watch/CPj9IAhfo32,
http://www.playvid.com/watch/DBcthrvWQXI, http://www.playvid.com/watch/iwtHgbgIkdT, http://www.playvid.com/watch/fd6Mz7uRFYx,
http://www.playvid.com/watch/eXQS5ci4pRG, http://www.playvid.com/watch/nKtxee6h6YB, http://www.playvid.com/watch/uFg2lr0RhRc,
http://www.playvid.com/watch/xgnOWYid89Q, http://www.playvid.com/watch/AXikFnH2zS4, http://www.playvid.com/watch/mXfvE5AyOSE,
http://www.playvid.com/watch/GK9EGMGzg-E, http://www.playvid.com/watch/3LONZjID7rj, http://www.playvid.com/watch/LbeQKMJxNEv,
http://www.playvid.com/watch/bc37vmaaJOO, http://www.playvid.com/watch/LudoUhRb-Oo, http://www.playvid.com/watch/ly2W2pYVtqZ,
http://www.playvid.com/watch/sbn9Qncz4n7, http://www.playvid.com/watch/POUchduC7aX, http://www.playvid.com/watch/Z6U6AGizzP4,
http://www.playvid.com/watch/2JFcIQ-xpcv, http://www.playvid.com/watch/Um5Za2Z-IkN, http://www.playvid.com/watch/vcqIE0kAPsz,
http://www.playvid.com/watch/znE5kT5PcuT, http://www.playvid.com/watch/Na7R0hjcCeN, http://www.playvid.com/watch/DcTn0fzsbJx,
http://www.playvid.com/watch/tuldEXkTyZI, http://www.playvid.com/watch/t5f36aDJcpr, http://www.playvid.com/watch/rxAkA7gStW6,
http://www.playvid.com/watch/Qr8ByImfFIr, http://www.playvid.com/watch/OCWLVTTRcPq, http://www.playvid.com/watch/4gF4Sh5zIGX,
http://www.playvid.com/watch/Kg5QZwmERxK, http://www.playvid.com/watch/vybpYir6ltq, http://www.playvid.com/watch/oZbl4jjRhtg,

http://www.playvid.com/watch/olil9Z6rqmo, http://www.playvid.com/watch/WQdeDvMGOff, http://www.playvid.com/watch/-lqMV4YQ4Dv,
http://www.playvid.com/watch/QX0IJmm3VKG, http://www.playvid.com/watch/iX8gtZfRGj5, http://www.playvid.com/watch/rti78G949EW,
http://www.playvid.com/watch/2Ne6NWpoEzI, http://www.playvid.com/watch/HT7MDElTGXH, http://www.playvid.com/watch/YakyZ8HGLFr,
http://www.playvid.com/watch/SFh3dOSm6TF, http://www.playvid.com/watch/exjyt3JfgQj, http://www.playvid.com/watch/llVbPqDnNVS,
http://www.playvid.com/watch/ccIBpN9hnSM, http://www.playvid.com/watch/iLElL29bPyD, http://www.playvid.com/watch/K6EaDrYuFwQ,
http://www.playvid.com/watch/eDlyOo3CyM2, http://www.playvid.com/watch/kKxXoYqL-gf, http://www.playvid.com/watch/9587p2ERc8u,
http://www.playvid.com/watch/OX7ZiSLyJ4W, http://www.playvid.com/watch/GtOpjnRNpfQ, http://www.playvid.com/watch/XEPrTuvmH23,
http://www.playvid.com/watch/mGFUKBHAWE-, http://www.playvid.com/watch/JdDC3LulaEw, http://www.playvid.com/watch/7PKN28smRGx,
http://www.playvid.com/watch/CovNpkON4aX, http://www.playvid.com/watch/qBKVApw5rLl, http://www.playvid.com/watch/vqBx7Z2CsFa,
http://www.playvid.com/watch/Cc26q7FlAGP, http://www.playvid.com/watch/ftzZuwePSIT, http://www.playvid.com/watch/nc6V7lWlEaW,
http://www.playvid.com/watch/9FRElkg8euT, http://www.playvid.com/watch/6PuTThfEGNq, http://www.playvid.com/watch/4qozvSrjrPP,
http://www.playvid.com/watch/jVGiLwSa4QI, http://www.playvid.com/watch/MOOZ2IZ5sJ7, http://www.playvid.com/watch/Mc00hJRRO9M,
http://www.playvid.com/watch/yFcZgztWmCQ, http://www.playvid.com/watch/Q8DMcDeqYNd, http://www.playvid.com/watch/seJB7DS3yys,
http://www.playvid.com/watch/QCyIw9caUUy, http://www.playvid.com/watch/oTUtMwvBxN6, http://www.playvid.com/watch/52PLBGXsEbx,
http://www.playvid.com/watch/e9mYLMSsbUe, http://www.playvid.com/watch/BzS2hk0mGPp, http://www.playvid.com/watch/-VkJxXJ9vU6,
http://www.playvid.com/watch/Esnbrvtq2Zs, http://www.playvid.com/watch/kK9YrehinJe, http://www.playvid.com/watch/7HM0eB9gzfx,
http://www.playvid.com/watch/F8HfVacs3l9, http://www.playvid.com/watch/3UPA0R6Lr3w, http://www.playvid.com/watch/4YzNtPmCH8u,
http://www.playvid.com/watch/J4y6Mx9Gk9r, http://www.playvid.com/watch/oOsGgvyILld, http://www.playvid.com/watch/4axJ2Lz44K6,
http://www.playvid.com/watch/hXNg-Oc5oJq, http://www.playvid.com/watch/gCtk2GAfhuZ, http://www.playvid.com/watch/rZRKAZY4mbd,
http://www.playvid.com/watch/5kS-rh7tzrq, http://www.playvid.com/watch/Qcqgqgmszzk, http://www.playvid.com/watch/LjtL6v9ZvWI,
http://www.playvid.com/watch/V3Ck4ICXkbA, http://www.playvid.com/watch/drNmMKZ85S8, http://www.playvid.com/watch/tMD5Wxbg7OE,
http://www.playvid.com/watch/RniXXdK0lao, http://www.playvid.com/watch/ZqN-QNaVftr, http://www.playvid.com/watch/aCaIEiGbHot,
http://www.playvid.com/watch/S0Gsb9ODuGa, http://www.playvid.com/watch/GzqVNLciUX6, http://www.playvid.com/watch/fmPDRetRqre,
http://www.playvid.com/watch/poJER2o-ZrV, http://www.playvid.com/watch/RuDMoStC0hp, http://www.playvid.com/watch/PTvQD-UdZW4,
http://www.playvid.com/watch/BYPFTowGmh6, http://www.playvid.com/watch/noJulVaW5GL, http://www.playvid.com/watch/tawop6Eyjsm,
http://www.playvid.com/watch/3TM7DMf3O5i, http://www.playvid.com/watch/mniFR6bThwm, http://www.playvid.com/watch/-jq3ghx54QS,
http://www.playvid.com/watch/Cl5wap3qCU4, http://www.playvid.com/watch/IuQPWSTCI38, http://www.playvid.com/watch/Uf5VMxcqdKA,
http://www.playvid.com/watch/4BZSyUBw7bj, http://www.playvid.com/watch/Sl49wtZ8RwH, http://www.playvid.com/watch/ecYHmkfLULP,
http://www.playvid.com/watch/XDMjaZr7MaD, http://www.playvid.com/watch/39KmIQmtPqr, http://www.playvid.com/watch/rdOoV5pGr6s,
http://www.playvid.com/watch/74ZQ02dddlD, http://www.playvid.com/watch/f3nDa3ZjZ-6, http://www.playvid.com/watch/Hy0B3LPCXOF,
http://www.playvid.com/watch/g2sSXWgg5s4, http://www.playvid.com/watch/MyrDyAoIQLq, http://www.playvid.com/watch/pAJD5okVd4u,
http://www.playvid.com/watch/h5mpgt4On7g, http://www.playvid.com/watch/fJCy4KufV6y, http://www.playvid.com/watch/UfxCiKRETop,
http://www.playvid.com/watch/XUkG66A9XdL, http://www.playvid.com/watch/hT9zSTK6sC4, http://www.playvid.com/watch/gLhjLtYiYj-,
http://www.playvid.com/watch/LaSHygH2CBD, http://www.playvid.com/watch/3ENu6qDAfMW, http://www.playvid.com/watch/3xBMjeoYvNk,
http://www.playvid.com/watch/D3K3NXMc8MT, http://www.playvid.com/watch/aKRbV6P72ZG, http://www.playvid.com/watch/RMHI3wVOtzx,
http://www.playvid.com/watch/ckz9lfBnyBN, http://www.playvid.com/watch/bVy4qSuRZFj, http://www.playvid.com/watch/6lEsW9YCQS2,
http://www.playvid.com/watch/FdwXHrL68zf, http://www.playvid.com/watch/rijMnb66Qgx, http://www.playvid.com/watch/R6-oMdRgO2O,
http://www.playvid.com/watch/PlOgX2uHR54, http://www.playvid.com/watch/gF9y-Sj7eZt, http://www.playvid.com/watch/uJNa9XkXHue,
http://www.playvid.com/watch/sTckHjgF6Uo, http://www.playvid.com/watch/XTPHDWzbnQ3, http://www.playvid.com/watch/2GYO703MTe7,
http://www.playvid.com/watch/eG9YZqkfZHj, http://www.playvid.com/watch/pYTrFbHAEQV, http://www.playvid.com/watch/N0kOeqCEwRV,
http://www.playvid.com/watch/IVFEyeovCAM, http://www.playvid.com/watch/-EeFSwKIy59, http://www.playvid.com/watch/Yao7kwbKUvs,
http://www.playvid.com/watch/aHbpsxGkntg, http://www.playvid.com/watch/CZjmGh5AkPd, http://www.playvid.com/watch/fkPw4hfwQgK,
http://www.playvid.com/watch/0t2L6C0Omyz, http://www.playvid.com/watch/JdBKLLvuK7i, http://www.playvid.com/watch/ez6Uf0l7OZf,
http://www.playvid.com/watch/kwRIRQmSiHV, http://www.playvid.com/watch/wNjPDJtv4Ry, http://www.playvid.com/watch/Sptm7ZEQPIl
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barbara140
5.b. Uploader's email address: gogopolokii@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/barbara140
5.e. List of videos posted by uploader: http://www.playvid.com/watch/O4A3AF992GQ, http://www.playvid.com/watch/YMhZXLw7oLn,
http://www.playvid.com/watch/hHYR6AA5D8P, http://www.playvid.com/watch/EpM0-bsgCPI, http://www.playvid.com/watch/P9qcO4vudqI,
http://www.playvid.com/watch/otEf8L96dEd, http://www.playvid.com/watch/7WOLrsRnhYA, http://www.playvid.com/watch/JU94dfgu9MW,
http://www.playvid.com/watch/WsyPo6OwzHY, http://www.playvid.com/watch/4Ybrp9IjIaK, http://www.playvid.com/watch/RPmFgnbivvJ,
http://www.playvid.com/watch/sKjYv7I-pFx, http://www.playvid.com/watch/8nMJMxSHTYL, http://www.playvid.com/watch/v55rsQCBfFz,
http://www.playvid.com/watch/CB4tSKiMCWY, http://www.playvid.com/watch/wbJ2rNUSoeb, http://www.playvid.com/watch/-EWHOzX5ElX,
http://www.playvid.com/watch/LSTIWwYCyrb, http://www.playvid.com/watch/86AIFYK4NqE, http://www.playvid.com/watch/-NMoCatpPUL,
http://www.playvid.com/watch/bAjvyN3M2xK, http://www.playvid.com/watch/eomRZ3BQlMM, http://www.playvid.com/watch/3AxJOcDFEZI,
http://www.playvid.com/watch/V03FSyQp-5k, http://www.playvid.com/watch/ye7Bak87TrO, http://www.playvid.com/watch/b6wXpqgZnfG,
http://www.playvid.com/watch/QO3-nSepzKN, http://www.playvid.com/watch/5pTVutZmVRZ, http://www.playvid.com/watch/WNvw2kS5fkI,
http://www.playvid.com/watch/6fL8V7h3DDn, http://www.playvid.com/watch/3azVcjNmQrk, http://www.playvid.com/watch/v9hHL3Xrv7-,
http://www.playvid.com/watch/WmVWK9u6kaM, http://www.playvid.com/watch/3I0YrD2EVxM, http://www.playvid.com/watch/xuAi-BNdNrR,
http://www.playvid.com/watch/7rjZqpx7F-z, http://www.playvid.com/watch/MVhJQv3au-E, http://www.playvid.com/watch/QDtR8Z6GDW2,
http://www.playvid.com/watch/f6wsj5COyNo, http://www.playvid.com/watch/3mQvvwqVflf, http://www.playvid.com/watch/bOOqLjRtNRz,
http://www.playvid.com/watch/XrwFBnfXI8d, http://www.playvid.com/watch/HhCJ0vGZrBt, http://www.playvid.com/watch/MF8cWEmpiKm,
http://www.playvid.com/watch/HysA2fW-DFf, http://www.playvid.com/watch/tj2wYJeg6iW, http://www.playvid.com/watch/LV-N4POyfiC,
http://www.playvid.com/watch/4FngoZDIeQM, http://www.playvid.com/watch/PttqRaRk7KD, http://www.playvid.com/watch/AJEE5n5G6i6,
http://www.playvid.com/watch/0y76mqW3pMK, http://www.playvid.com/watch/TRcMBauBCFo, http://www.playvid.com/watch/lYJgOujQXLT,
http://www.playvid.com/watch/nVw7GUV9rdI, http://www.playvid.com/watch/03mpldDgBfc, http://www.playvid.com/watch/7UHdM9iQ9nM,
http://www.playvid.com/watch/9Cwv7SytrVt, http://www.playvid.com/watch/tf-DIGqGY-k, http://www.playvid.com/watch/Z6YWwCpoQKn,
http://www.playvid.com/watch/3kd0Gw4cliJ, http://www.playvid.com/watch/qfZ6PR9i3iw, http://www.playvid.com/watch/-m-PmpTSUqO,
http://www.playvid.com/watch/GwqUINxAqPP, http://www.playvid.com/watch/C4yKD4xHcqA, http://www.playvid.com/watch/akRynmz8-LY,
http://www.playvid.com/watch/pwvrD8Aztgq
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bariialibas
5.b. Uploader's email address: bariialibas1900@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bariialibas
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sc10nITWf0L, http://www.playvid.com/watch/5vjTllhp7d0,
http://www.playvid.com/watch/AuxQy1YWetZ, http://www.playvid.com/watch/LOQ-ye5Emn2, http://www.playvid.com/watch/5aDadVDBlM4,
http://www.playvid.com/watch/E9jksvsBTn5, http://www.playvid.com/watch/5NIuu00HXqd, http://www.playvid.com/watch/wNTnoNn-SCM,
http://www.playvid.com/watch/wX3LV86IVYK, http://www.playvid.com/watch/dLgvQ7Dk1MP, http://www.playvid.com/watch/Rhqvt44Hfpr,
http://www.playvid.com/watch/0aV8heDRvd4, http://www.playvid.com/watch/qKVwpO93qwH, http://www.playvid.com/watch/fntEJrbbAZx,
http://www.playvid.com/watch/ugYBzJ6SWSc, http://www.playvid.com/watch/iRpd6nbyXVv, http://www.playvid.com/watch/ua4ubD7Mqnz,
http://www.playvid.com/watch/zKxEcWHG90a, http://www.playvid.com/watch/4qoxqradX-T, http://www.playvid.com/watch/kGgX198z0L8,
http://www.playvid.com/watch/KpB7v20ydMe, http://www.playvid.com/watch/PEgClRJMrzi, http://www.playvid.com/watch/sfYpeXx8jc0,
http://www.playvid.com/watch/lak5rjj-fRu, http://www.playvid.com/watch/5fd2WR5AbHW, http://www.playvid.com/watch/b8BeGvDeYy9,
http://www.playvid.com/watch/Tjhv9Zvumb2, http://www.playvid.com/watch/tRB5Qc6Wi-G, http://www.playvid.com/watch/QDHXK8CdWft,
http://www.playvid.com/watch/grdqdKYjmll, http://www.playvid.com/watch/KRvyEvDolSE, http://www.playvid.com/watch/N-yrZM-sMiS,
http://www.playvid.com/watch/27UBmLZpc1P, http://www.playvid.com/watch/BhNbDjfQ8Hc, http://www.playvid.com/watch/WCvoHQDWWiC,
http://www.playvid.com/watch/RWVNSrCV4fa, http://www.playvid.com/watch/9YZIt43Uzrg, http://www.playvid.com/watch/zAdcZkdnUCD,
http://www.playvid.com/watch/kcIbrRd8wnI, http://www.playvid.com/watch/krdrV7dJ2Xi, http://www.playvid.com/watch/L8QbL1tB0Gi,
http://www.playvid.com/watch/S5d7yOUjGku, http://www.playvid.com/watch/z1LQvzJBEvl, http://www.playvid.com/watch/quTgPI-5Pwe,
http://www.playvid.com/watch/G172R7XAeIt, http://www.playvid.com/watch/c6LIua9G3u1, http://www.playvid.com/watch/hGUWVslx1On,
http://www.playvid.com/watch/DWG668gZ82b, http://www.playvid.com/watch/2Dn8vtKuxCo, http://www.playvid.com/watch/vld6pitTh2y,

http://www.playvid.com/watch/aBXhDR54coQ, http://www.playvid.com/watch/kI7SJ9XPMoN, http://www.playvid.com/watch/Vmf7dGTTHaQ, http://www.playvid.com/watch/l9xIL7H4A9b, http://www.playvid.com/watch/V3QzPJ9Q6Rt, http://www.playvid.com/watch/xOIOQHeOB2b, http://www.playvid.com/watch/W67NFOBZq2q, http://www.playvid.com/watch/yv8MSIJUBiF, http://www.playvid.com/watch/lR635U5MxlU, http://www.playvid.com/watch/-KrqQ-sANMW, http://www.playvid.com/watch/kQFxuxl0YbC, http://www.playvid.com/watch/s9pFzcNpdIf, http://www.playvid.com/watch/jaSyrngzbfS, http://www.playvid.com/watch/hPDxYhlPmHk, http://www.playvid.com/watch/bWp7L7b9H0B, http://www.playvid.com/watch/8zjAu10lhqU, http://www.playvid.com/watch/vnOS9OXqD20, http://www.playvid.com/watch/l9kDF4htH0i, http://www.playvid.com/watch/igPxKmKjYel, http://www.playvid.com/watch/XswKrQWAM27, http://www.playvid.com/watch/cl3FnOvJTLy, http://www.playvid.com/watch/9P3c-U3AUhd, http://www.playvid.com/watch/tecTjCgoJNf, http://www.playvid.com/watch/jKdNZpusueP, http://www.playvid.com/watch/TIiooMlLV4Z, http://www.playvid.com/watch/2pH1EYa6IrP, http://www.playvid.com/watch/lbPbeAvD36d, http://www.playvid.com/watch/doorZG5Xbvk, http://www.playvid.com/watch/5uxGh0M2q0U, http://www.playvid.com/watch/h0QwJDAgYPB, http://www.playvid.com/watch/P77pxR7UeFS, http://www.playvid.com/watch/0YbBGuqv8Rx, http://www.playvid.com/watch/JmryaZGfUu-, http://www.playvid.com/watch/MYQQP2vLS4z, http://www.playvid.com/watch/a-V-CSDvraM, http://www.playvid.com/watch/wNvT-NvWzUL, http://www.playvid.com/watch/v35VGGHVMgd, http://www.playvid.com/watch/h10zOH4ZlGT, http://www.playvid.com/watch/lVArJerOyIT, http://www.playvid.com/watch/PatYx2okI8z, http://www.playvid.com/watch/acZqJ4KEy-H, http://www.playvid.com/watch/XWngpu2QLkU, http://www.playvid.com/watch/g3DUeGk4N76, http://www.playvid.com/watch/u1Uwf1kP4vR, http://www.playvid.com/watch/e5UHmR2H7x5, http://www.playvid.com/watch/RJdCtBDOfw0, http://www.playvid.com/watch/hqwndAJTQDm, http://www.playvid.com/watch/EJkABQhrhRw, http://www.playvid.com/watch/WixGsaf3D1b, http://www.playvid.com/watch/JMiENZdv7kr, http://www.playvid.com/watch/Tgn-pXwpZW5, http://www.playvid.com/watch/0rmhjTLXKlg, http://www.playvid.com/watch/hrUdK2mzKzt, http://www.playvid.com/watch/TIhkRCt-ioV, http://www.playvid.com/watch/a0F2ylJqI24, http://www.playvid.com/watch/ZykHjmMsYVA, http://www.playvid.com/watch/SFbxVz3JUHc, http://www.playvid.com/watch/hdbbsq6bfPK, http://www.playvid.com/watch/toWgpi7g7Uc, http://www.playvid.com/watch/qmACGEyU0kz, http://www.playvid.com/watch/pbqhNEf-sA2, http://www.playvid.com/watch/ki6PPsZrJFM, http://www.playvid.com/watch/vVROGKyvtGZ, http://www.playvid.com/watch/yjjjYrlkHzr, http://www.playvid.com/watch/li9hbDgrWpD, http://www.playvid.com/watch/UXFCjS8JaQ6, http://www.playvid.com/watch/BmLi7VZnei7, http://www.playvid.com/watch/IxrZ4r8QRzT, http://www.playvid.com/watch/kSbDdXHVdcH, http://www.playvid.com/watch/bSdFfuXcogU, http://www.playvid.com/watch/Wz7mo3VagMR, http://www.playvid.com/watch/Ug5T70Cl84z, http://www.playvid.com/watch/SThRsf4gczC, http://www.playvid.com/watch/nTpqI9C5ueG, http://www.playvid.com/watch/zgKlLY6UXH2, http://www.playvid.com/watch/Jx0p4DOwjuA, http://www.playvid.com/watch/gcV27J4zGYh, http://www.playvid.com/watch/dUJobA3X9AZ, http://www.playvid.com/watch/FvcsGhb539U, http://www.playvid.com/watch/6fP4HHSf9zN, http://www.playvid.com/watch/VkzCqjJzIom, http://www.playvid.com/watch/zs4IAHPjRTj, http://www.playvid.com/watch/Drv3Sk7JeBH, http://www.playvid.com/watch/wIBnlXCqw9k, http://www.playvid.com/watch/e6vyuSCFuBJ, http://www.playvid.com/watch/FpBlNZtSpoH, http://www.playvid.com/watch/nH5eM4PD8yF, http://www.playvid.com/watch/8GQxMGApmAO, http://www.playvid.com/watch/QhJJqUeuF56, http://www.playvid.com/watch/MQLhmz8jc-r, http://www.playvid.com/watch/NIIA3KDYFth, http://www.playvid.com/watch/4vUQxLw6nAw, http://www.playvid.com/watch/bHFfkjqamNM, http://www.playvid.com/watch/QZlGaCtKdAu, http://www.playvid.com/watch/dKKRWcOcaRH, http://www.playvid.com/watch/efPFKWeFbfU, http://www.playvid.com/watch/iv-J3H9uusj, http://www.playvid.com/watch/jnSKvTyXWIp, http://www.playvid.com/watch/gDJXcsxaypR, http://www.playvid.com/watch/cY4lqdlaXgm, http://www.playvid.com/watch/VMJqlUxaUyP

5.f. Date of third notice: 2013-07-19

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bariigavaev

5.b. Uploader's email address: borismoris@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/bariigavaev

5.e. List of videos posted by uploader: http://www.playvid.com/watch/w5iMBCiv4mo, http://www.playvid.com/watch/ihvzmAptsTE, http://www.playvid.com/watch/lNbzM50HW7H, http://www.playvid.com/watch/ljAQWpbXmZz, http://www.playvid.com/watch/hyndd-eo-V6, http://www.playvid.com/watch/jbK-paUnWD8, http://www.playvid.com/watch/KOcksCHEdtp, http://www.playvid.com/watch/FuNEV8dXoJ9, http://www.playvid.com/watch/Wi3QYzrNLLm, http://www.playvid.com/watch/u9dJJtph3VH, http://www.playvid.com/watch/kPyzlKUOlxS, http://www.playvid.com/watch/rZDhncqWgCP, http://www.playvid.com/watch/ZZM8zTNoKFs, http://www.playvid.com/watch/pCdWTWSrDbU, http://www.playvid.com/watch/cAdKmqV0e-e, http://www.playvid.com/watch/TvrXKBLqxCx, http://www.playvid.com/watch/PBqA3czSEn4, http://www.playvid.com/watch/IZYSQWVgBO6, http://www.playvid.com/watch/vEr4o6LRE0S, http://www.playvid.com/watch/9GEgHvQC6o0, http://www.playvid.com/watch/eNnZgeb9X5J, http://www.playvid.com/watch/lGZ4FSG6fBQ, http://www.playvid.com/watch/656LHOPAILY, http://www.playvid.com/watch/dqT78OgLsDH, http://www.playvid.com/watch/a-I5k62Cjwe, http://www.playvid.com/watch/thNLvM4V2-J, http://www.playvid.com/watch/8ATrQftNdcR, http://www.playvid.com/watch/JXaYQl9vVCR, http://www.playvid.com/watch/3pE43n37IEw, http://www.playvid.com/watch/bykV7noDwly, http://www.playvid.com/watch/q0WkhKrwFkm, http://www.playvid.com/watch/bgLDI7rcau3, http://www.playvid.com/watch/OHXMca0pex9, http://www.playvid.com/watch/zB9b2cnHFbJ, http://www.playvid.com/watch/rUeaps-iyyf, http://www.playvid.com/watch/GqraLS6n77C, http://www.playvid.com/watch/peqnOLT2Fwh, http://www.playvid.com/watch/t5UlwII7gpI, http://www.playvid.com/watch/j3w0jH90F7j, http://www.playvid.com/watch/GSfpfCmdOu9, http://www.playvid.com/watch/aGLxPbVwM2r, http://www.playvid.com/watch/T9akQtVTS0T, http://www.playvid.com/watch/9pqkdTATaV4, http://www.playvid.com/watch/k0aLKOgkMkq, http://www.playvid.com/watch/dnoviAYGQaW, http://www.playvid.com/watch/kEGA6EOk06h, http://www.playvid.com/watch/E22JxRgX-RI, http://www.playvid.com/watch/iM6P5KuX2ps, http://www.playvid.com/watch/R2z607nuyCn, http://www.playvid.com/watch/eIcU6GwVWll, http://www.playvid.com/watch/vOI0NuGILPl, http://www.playvid.com/watch/uTWiy0srhEz, http://www.playvid.com/watch/9WAVj4S7U-g, http://www.playvid.com/watch/weVjH73G7H8, http://www.playvid.com/watch/ufB3pSmjmCb, http://www.playvid.com/watch/qJ6u4KRL2ar, http://www.playvid.com/watch/eeZFfRAYAtH, http://www.playvid.com/watch/I7Kr3SxqvQi, http://www.playvid.com/watch/uDragTQo8VD, http://www.playvid.com/watch/rhyh00GcHS5, http://www.playvid.com/watch/jIV8CMWE78k, http://www.playvid.com/watch/5isEaHdrWW6, http://www.playvid.com/watch/XGt3xI2JhAv, http://www.playvid.com/watch/rkcpBB-mGDy, http://www.playvid.com/watch/QFUMA7B2Vmt, http://www.playvid.com/watch/5ZlK2QSF-Uk, http://www.playvid.com/watch/o-PctSzyVL9, http://www.playvid.com/watch/cfZ8SBy4Vts, http://www.playvid.com/watch/xTDG3gxB59x, http://www.playvid.com/watch/0QLO30VH84a, http://www.playvid.com/watch/ZBnspkzuKP3, http://www.playvid.com/watch/wNfzpiCHrek, http://www.playvid.com/watch/4umAbw40ZzF, http://www.playvid.com/watch/i-5eSqi6lXD, http://www.playvid.com/watch/sPE-zJ0DHLe, http://www.playvid.com/watch/Xo00YovFEtE, http://www.playvid.com/watch/YsJvVecjTj8, http://www.playvid.com/watch/JCJtNcpzMOw, http://www.playvid.com/watch/rt8cWSgDsy0, http://www.playvid.com/watch/DSbUi8vZDUS, http://www.playvid.com/watch/IZv4GQnUEex, http://www.playvid.com/watch/T-5VSYkcruh, http://www.playvid.com/watch/WKww5sKl8Dp, http://www.playvid.com/watch/uUHzLkyIcAZ, http://www.playvid.com/watch/q59PDZfLgd9, http://www.playvid.com/watch/ZCnwGistUga, http://www.playvid.com/watch/HFYzPaiSn9I, http://www.playvid.com/watch/8JoifdSuJl8, http://www.playvid.com/watch/7DOs8Sy-fpE, http://www.playvid.com/watch/2vuhU7eQwtX, http://www.playvid.com/watch/KjatjNIMVJx, http://www.playvid.com/watch/wXc5ofNDaiC, http://www.playvid.com/watch/09dq3puFTu6, http://www.playvid.com/watch/JvVvTZbz6Zi, http://www.playvid.com/watch/CXqFqJUymmo, http://www.playvid.com/watch/E44q2CliumA, http://www.playvid.com/watch/Kz0iTlYqRX2, http://www.playvid.com/watch/QlO8cb8oEkR, http://www.playvid.com/watch/vZch06esK2r, http://www.playvid.com/watch/alDCBd7sdy5, http://www.playvid.com/watch/IwtjXI4gVoU, http://www.playvid.com/watch/Pmmx8Qq3VSp, http://www.playvid.com/watch/7k9l97ZoNH0, http://www.playvid.com/watch/yDGZ7yZNgmy, http://www.playvid.com/watch/chiSxa-yY5d, http://www.playvid.com/watch/muP5-HWS8Qn, http://www.playvid.com/watch/aCloq3vtN9H, http://www.playvid.com/watch/7VJs8izm8U4, http://www.playvid.com/watch/BiiTfi42D3U, http://www.playvid.com/watch/ozrHSNZ3Z95, http://www.playvid.com/watch/5ltKf6XysWT, http://www.playvid.com/watch/yoSf6JYeVrN, http://www.playvid.com/watch/x23Y6iBZV4e, http://www.playvid.com/watch/sVGUneoGWSy, http://www.playvid.com/watch/FPnR3iQEOJZ, http://www.playvid.com/watch/Z3UbbGw4pYS, http://www.playvid.com/watch/6pINqwSGAGg, http://www.playvid.com/watch/ip5eq6dROD3, http://www.playvid.com/watch/ZB2zR0ZnSmF, http://www.playvid.com/watch/PEiOQgoftKg, http://www.playvid.com/watch/d5jOvJJqlJF, http://www.playvid.com/watch/9-gxZvBbvx9, http://www.playvid.com/watch/ImJUErKPA6Z, http://www.playvid.com/watch/-KKYyfUntEd, http://www.playvid.com/watch/WYoD7LRW789, http://www.playvid.com/watch/SbIeT8JlObN, http://www.playvid.com/watch/VkeoL9DY-35, http://www.playvid.com/watch/FRioF2FnNCs, http://www.playvid.com/watch/FbDpqFnNVNo, http://www.playvid.com/watch/TbYiNy2MnDX, http://www.playvid.com/watch/szYpCwt02m5, http://www.playvid.com/watch/KqDDb5w6oFC, http://www.playvid.com/watch/uSmGLXg8SlB, http://www.playvid.com/watch/CE4-bPfWG0x, http://www.playvid.com/watch/MV5SdphoGzE, http://www.playvid.com/watch/vXOD9nHbY2y, http://www.playvid.com/watch/jui2IagRqoV, http://www.playvid.com/watch/DxmFYzvt3qS, http://www.playvid.com/watch/G3HD9b9j7fu, http://www.playvid.com/watch/0XarJN5HRVo, http://www.playvid.com/watch/z4-3Pij99pA, http://www.playvid.com/watch/a8oboOaHhkB, http://www.playvid.com/watch/vnMPxCZ8vfM, http://www.playvid.com/watch/7SXIgAxlzkg, http://www.playvid.com/watch/kT3tBWHDQ-N, http://www.playvid.com/watch/dPhCbedJfJv, http://www.playvid.com/watch/o3WnSltHUJZ, http://www.playvid.com/watch/iqDpO-LJn2Q, http://www.playvid.com/watch/cVxoP326a3u, http://www.playvid.com/watch/RIeoaIfze9W, http://www.playvid.com/watch/qUvsA4T2ecX, http://www.playvid.com/watch/8eGAdr7yy8E, http://www.playvid.com/watch/hrOnxwYM7Am, http://www.playvid.com/watch/ENBhIk8mqN9, http://www.playvid.com/watch/U7FGL37mqi8, http://www.playvid.com/watch/fdCNcWj8uhG, http://www.playvid.com/watch/NQBpbDCr8YU, http://www.playvid.com/watch/WazvC-08fbC, http://www.playvid.com/watch/DBLZZ6px74r, http://www.playvid.com/watch/Mmrq7rODtpJ, http://www.playvid.com/watch/ubK4G6rVNWc, http://www.playvid.com/watch/SDyoHsbvsbF, http://www.playvid.com/watch/P0RBaAnshtV, http://www.playvid.com/watch/ytcu8QZZD69, http://www.playvid.com/watch/3yaGGirQzBy, http://www.playvid.com/watch/bKP92xXg4SW, http://www.playvid.com/watch/6mVwcfSSs0L,

http://www.playvid.com/watch/oddaqbxjnSK, http://www.playvid.com/watch/hBKmA3cATCt, http://www.playvid.com/watch/kECRJG25VWt,
http://www.playvid.com/watch/M7PljWIBYwM, http://www.playvid.com/watch/CEftTPhnuAP, http://www.playvid.com/watch/uB7Gz4eXR-8,
http://www.playvid.com/watch/qmkmqjHr5lu, http://www.playvid.com/watch/0hj28xgZz-W, http://www.playvid.com/watch/MubYHLcghvC,
http://www.playvid.com/watch/ROp8-6gQeQ3, http://www.playvid.com/watch/LUevFdPwV6F, http://www.playvid.com/watch/vFdnFT7QmTx,
http://www.playvid.com/watch/J9XlfMtxNOt, http://www.playvid.com/watch/bg3JlOPtiCn, http://www.playvid.com/watch/UY--jfQpgID,
http://www.playvid.com/watch/ZoT28xIOihr, http://www.playvid.com/watch/YaESpHwkJoU, http://www.playvid.com/watch/8eJH3ddmry0,
http://www.playvid.com/watch/AzWvY3W5kiX, http://www.playvid.com/watch/i-XasKJuxdE, http://www.playvid.com/watch/UdS-5Dh9A5Q,
http://www.playvid.com/watch/ApA0oefLeN9, http://www.playvid.com/watch/ntkAZOXCA9l, http://www.playvid.com/watch/-DMHS6rJ2I6,
http://www.playvid.com/watch/zpzK8tuW3Ab, http://www.playvid.com/watch/FOuvzPmfDFJ, http://www.playvid.com/watch/QSNvruZdfmk,
http://www.playvid.com/watch/6iWk6PQVMYm, http://www.playvid.com/watch/GfmbXw0z8L-, http://www.playvid.com/watch/7dbMMGQvlUH,
http://www.playvid.com/watch/KsXHiLTirLC, http://www.playvid.com/watch/oqtzLvdMWeu, http://www.playvid.com/watch/Dw0suEOYGy4,
http://www.playvid.com/watch/etiwizfOVB5, http://www.playvid.com/watch/aJSjc0lFKUI, http://www.playvid.com/watch/w-xAWlu4Mct,
http://www.playvid.com/watch/8QMxJ3jwyBK, http://www.playvid.com/watch/q6cRJXbLrRX, http://www.playvid.com/watch/jcVXWtRk5SY,
http://www.playvid.com/watch/nhVjdNvvT7L, http://www.playvid.com/watch/7f7oCYWQlm5, http://www.playvid.com/watch/yztnceD2kQ9,
http://www.playvid.com/watch/lqjZeEdHtIP, http://www.playvid.com/watch/XWpJ5pb0HrN, http://www.playvid.com/watch/C8BYRJ2CxAi,
http://www.playvid.com/watch/zLbXI04PSjh, http://www.playvid.com/watch/vrOaf-8VvpK, http://www.playvid.com/watch/OO9XJ0ZWB4B,
http://www.playvid.com/watch/aZFjpBrNsfY, http://www.playvid.com/watch/7oov453QYcg, http://www.playvid.com/watch/3dNcouHSueQ,
http://www.playvid.com/watch/3XAp-hbMJBH, http://www.playvid.com/watch/0L09XhqXRRr, http://www.playvid.com/watch/vCc4Rv-AMtz,
http://www.playvid.com/watch/UcA3cPCFhzW, http://www.playvid.com/watch/UG36W2tu4iO, http://www.playvid.com/watch/77d5I7RdE65,
http://www.playvid.com/watch/X5ZokFae0vI, http://www.playvid.com/watch/aZnwEOd-sNz, http://www.playvid.com/watch/KRkfP4xFq5t,
http://www.playvid.com/watch/8GzxNb88B4S, http://www.playvid.com/watch/HyFIPL-vd3A, http://www.playvid.com/watch/v2WUNsAkGKD,
http://www.playvid.com/watch/rw5LxqzFxp2, http://www.playvid.com/watch/Zh5j0nNnLf0, http://www.playvid.com/watch/wMuolBOtMCg,
http://www.playvid.com/watch/gCSR5v-kATq, http://www.playvid.com/watch/8cDLcyIGMKd, http://www.playvid.com/watch/KqOQp-EjehD,
http://www.playvid.com/watch/FBlhE3SALX2, http://www.playvid.com/watch/s0V4Ks074wn, http://www.playvid.com/watch/EFnURd9ml8i,
http://www.playvid.com/watch/H35q3IKo-dk, http://www.playvid.com/watch/WSnw60Nac2S, http://www.playvid.com/watch/Eex3dMs24Nb,
http://www.playvid.com/watch/y9cEmSrelOx, http://www.playvid.com/watch/OxyouS2GbnG, http://www.playvid.com/watch/E9FkLUj-xUW,
http://www.playvid.com/watch/TNDUheVB-cO, http://www.playvid.com/watch/jFLlNVvupNa, http://www.playvid.com/watch/xd4-LhsGg4U,
http://www.playvid.com/watch/BiObADYoMup, http://www.playvid.com/watch/MWBRnvfDbtf, http://www.playvid.com/watch/0VOWKHeaewv,
http://www.playvid.com/watch/LhaNuHaLqMu, http://www.playvid.com/watch/fXk8XgSkyno, http://www.playvid.com/watch/2Ji-NqKXSfy,
http://www.playvid.com/watch/G2wf9CA5v-3, http://www.playvid.com/watch/tBBxYEu93zJ, http://www.playvid.com/watch/GWoUOCtIeZP,
http://www.playvid.com/watch/LMJ5oXX0Mit, http://www.playvid.com/watch/j2wQOHeEDyI, http://www.playvid.com/watch/ACqWt0qobiN,
http://www.playvid.com/watch/QGVvIMchTHq, http://www.playvid.com/watch/LFfosGvgFu8, http://www.playvid.com/watch/p2I59vZgmld,
http://www.playvid.com/watch/5gHYO9IcDHZ, http://www.playvid.com/watch/l-GyykST3O5, http://www.playvid.com/watch/TAJ7UBCjZl7,
http://www.playvid.com/watch/fNoArA4gUna, http://www.playvid.com/watch/ULDZ8DCt9dC, http://www.playvid.com/watch/wJloveu39R7,
http://www.playvid.com/watch/Y92WyPQf7Va, http://www.playvid.com/watch/xF02ryEuAEF, http://www.playvid.com/watch/ShCzGRKA4VW,
http://www.playvid.com/watch/04QkbtT9y4m, http://www.playvid.com/watch/hMoB-r2-fmq, http://www.playvid.com/watch/oN5SKKHczWH,
http://www.playvid.com/watch/6kOqy-HruMZ, http://www.playvid.com/watch/aOy7QyHyQrk, http://www.playvid.com/watch/xA0j0PxbRt6,
http://www.playvid.com/watch/6V65tJGOcVu, http://www.playvid.com/watch/d44hYLiwEbo, http://www.playvid.com/watch/J6ioof4TFpm,
http://www.playvid.com/watch/iJW9x9f4KLT, http://www.playvid.com/watch/fCXA5ROpAkP, http://www.playvid.com/watch/cUz4rPEllRS,
http://www.playvid.com/watch/awmDxySUJHd, http://www.playvid.com/watch/ajjuflQLiYW, http://www.playvid.com/watch/08wqnihsxix,
http://www.playvid.com/watch/fDh2v645G8B, http://www.playvid.com/watch/jkvK5CFiReh, http://www.playvid.com/watch/JAODzIs06a-,
http://www.playvid.com/watch/-AVr4R0x762, http://www.playvid.com/watch/8DxGwBZUrUM, http://www.playvid.com/watch/XOAMy5Pts5D,
http://www.playvid.com/watch/mWAtwapEpHZ, http://www.playvid.com/watch/ShTDIFs3seM, http://www.playvid.com/watch/TghYY2ujSbf,
http://www.playvid.com/watch/wHLaBKmQSJa, http://www.playvid.com/watch/jrGIRdPWxoN, http://www.playvid.com/watch/lTH3dnaY8Cw,
http://www.playvid.com/watch/5uxo3UUCHpL, http://www.playvid.com/watch/z3Jp2yMGa7r, http://www.playvid.com/watch/YIvGnXu5-G6,
http://www.playvid.com/watch/v6wu98d4UoK, http://www.playvid.com/watch/qyTsiLcvFmi, http://www.playvid.com/watch/Ck93PO30wpR,
http://www.playvid.com/watch/egxR0SgmyHm, http://www.playvid.com/watch/IrOqjNFPb9e, http://www.playvid.com/watch/KiEfnGEzKeQ,
http://www.playvid.com/watch/PbYJ7LYs6DD, http://www.playvid.com/watch/ODXKoIhMk0S, http://www.playvid.com/watch/8xzSwXC9h4x,
http://www.playvid.com/watch/6RsLslCi8Li, http://www.playvid.com/watch/c7shR2uINfp, http://www.playvid.com/watch/PjAbUGtZFie,
http://www.playvid.com/watch/X36Kxw6dlfR, http://www.playvid.com/watch/vZ2KljgQ9UT, http://www.playvid.com/watch/MRTJqxTOOXd,
http://www.playvid.com/watch/RuuZPXpS846, http://www.playvid.com/watch/yfpALKgdzsj, http://www.playvid.com/watch/3dRXHhOJrDF,
http://www.playvid.com/watch/7bKeRCqcHov, http://www.playvid.com/watch/Vh6xAPMSryJ, http://www.playvid.com/watch/hTliGA3RMEa,
http://www.playvid.com/watch/FUH2UiZb0aX, http://www.playvid.com/watch/xTStqjGgtC-, http://www.playvid.com/watch/4TTxlu7WlIM,
http://www.playvid.com/watch/6RuKOAcVAu5, http://www.playvid.com/watch/VgBZy-eq30w, http://www.playvid.com/watch/bWRhOo7N9Aa,
http://www.playvid.com/watch/vqU2--BIPxW, http://www.playvid.com/watch/DMpf9IXl6g6, http://www.playvid.com/watch/ue-BbQFl5qo,
http://www.playvid.com/watch/aaahYcaa6an, http://www.playvid.com/watch/GGAE7DmQjOP, http://www.playvid.com/watch/CornHmPrU4a,
http://www.playvid.com/watch/0jnTuffDnb-, http://www.playvid.com/watch/bZ4wHj86C6s, http://www.playvid.com/watch/IBKJfKVi5Ak,
http://www.playvid.com/watch/BAKb7ml8hDn, http://www.playvid.com/watch/vPTFIq3E5sr, http://www.playvid.com/watch/EjIL3wrm7q6,
http://www.playvid.com/watch/zCLrPThLqRD, http://www.playvid.com/watch/Mi56Blye4Rs, http://www.playvid.com/watch/6HQR5LvjhIg,
http://www.playvid.com/watch/kNO5fBqctVC, http://www.playvid.com/watch/9hVBADaR-Jo, http://www.playvid.com/watch/POshiASlubM,
http://www.playvid.com/watch/wLH5SDggvKY, http://www.playvid.com/watch/YywYHOQCFu6, http://www.playvid.com/watch/vnXHPJSct5m,
http://www.playvid.com/watch/UVZoZM3afq-, http://www.playvid.com/watch/lf2tc5O9fOL, http://www.playvid.com/watch/VJH8A0hi95y,
http://www.playvid.com/watch/ZSwVGiFUDjJ, http://www.playvid.com/watch/WMOkBKNtSzY, http://www.playvid.com/watch/5PAm79qSSI5,
http://www.playvid.com/watch/Vu-g2CjQops, http://www.playvid.com/watch/5XFNcPIjYtu, http://www.playvid.com/watch/9G8qVW7cPxz,
http://www.playvid.com/watch/AfisoDTQVUW, http://www.playvid.com/watch/St3eQLV7G02, http://www.playvid.com/watch/RI-dHe8gv3I,
http://www.playvid.com/watch/-uzktl6O7zR, http://www.playvid.com/watch/EbQ2L9pvo54, http://www.playvid.com/watch/ekwYWXN2cvH,
http://www.playvid.com/watch/J50q2lsIlMh, http://www.playvid.com/watch/IaanQwkN2fz, http://www.playvid.com/watch/N-QUl6sJZB5,
http://www.playvid.com/watch/NbzsVJwdser, http://www.playvid.com/watch/2WItZfOUpll, http://www.playvid.com/watch/gluIdaEdCGO,
http://www.playvid.com/watch/8sIKscGQ8Xc, http://www.playvid.com/watch/Xt0mna5spwt, http://www.playvid.com/watch/TbnqSa6V5M3,
http://www.playvid.com/watch/UkU9LCEUYL8, http://www.playvid.com/watch/qs9-y6AdOto, http://www.playvid.com/watch/HfzzRPcAYxc,
http://www.playvid.com/watch/VS-H0oqKQHJ, http://www.playvid.com/watch/98Jx36WiiYf, http://www.playvid.com/watch/lUITMYyCcYp,
http://www.playvid.com/watch/jl3b3xQBD56, http://www.playvid.com/watch/a-mxsbeBSr6, http://www.playvid.com/watch/RvpuvF5niof,
http://www.playvid.com/watch/uhOGywO6xP4, http://www.playvid.com/watch/pJczsH4Skdz, http://www.playvid.com/watch/27HKtHIS-xX,
http://www.playvid.com/watch/02jbMgPOaoR, http://www.playvid.com/watch/acIrtrrPXrK, http://www.playvid.com/watch/anUTRhlhuQb,
http://www.playvid.com/watch/mRkAL9Csa8E, http://www.playvid.com/watch/mpMJrMnroWH, http://www.playvid.com/watch/I05pPgbDkJw,
http://www.playvid.com/watch/Nd9kzmJ-BEF, http://www.playvid.com/watch/0Xt9-IkpI6F, http://www.playvid.com/watch/quiwSITgEAj,
http://www.playvid.com/watch/82Ab0B7hM5Z
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barin
5.b. Uploader's email address: fernandomoro@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/barin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9aLft6yEVY8, http://www.playvid.com/watch/g-ZMsmQQI8c,
http://www.playvid.com/watch/KzVP4aZfJMu, http://www.playvid.com/watch/7Cfq5kDMW46, http://www.playvid.com/watch/z9BFZI9z4om,
http://www.playvid.com/watch/xhhujFQMMHW, http://www.playvid.com/watch/oAyGCClu-E3, http://www.playvid.com/watch/rXXzbGxaF3h,
http://www.playvid.com/watch/4DfQf-f7aSx, http://www.playvid.com/watch/ZlMW77xveFQ, http://www.playvid.com/watch/iGro8h3UOVU,
http://www.playvid.com/watch/0jLMI22tQBM, http://www.playvid.com/watch/DC0ve5-K5po, http://www.playvid.com/watch/WoXaYR7ZWJp,
http://www.playvid.com/watch/iZp5jPW9LAz, http://www.playvid.com/watch/55YrwEcUcnX, http://www.playvid.com/watch/N8BLlZo664D,
http://www.playvid.com/watch/QkC0tPwcVt6, http://www.playvid.com/watch/eqlQuI9xNSb, http://www.playvid.com/watch/ey-sqtHpaAu,
http://www.playvid.com/watch/TlPQsiu6pcM, http://www.playvid.com/watch/Nyokb5p4i3E, http://www.playvid.com/watch/d2eTpXpIq49,
http://www.playvid.com/watch/GP3M2VzRodC, http://www.playvid.com/watch/ClB6LQfmOUn, http://www.playvid.com/watch/EFsrJWwIw3n,
http://www.playvid.com/watch/-MgsGmhL8lt, http://www.playvid.com/watch/Z-jlRYyeMWw, http://www.playvid.com/watch/8gjovN0b5cs,
http://www.playvid.com/watch/lpbPOd8KlRs, http://www.playvid.com/watch/pCyPGlzzJHs, http://www.playvid.com/watch/OXue5m9c8HA,
http://www.playvid.com/watch/viLMB6lVL85, http://www.playvid.com/watch/slznilIu2Am, http://www.playvid.com/watch/uF8QX67YwTW,
http://www.playvid.com/watch/epETFohzfRq, http://www.playvid.com/watch/jYmImOa-i80, http://www.playvid.com/watch/72FRONBb2sE,

http://www.playvid.com/watch/Mm5sslXuXy7, http://www.playvid.com/watch/nfBbbl8Zuld, http://www.playvid.com/watch/6mF0GWOUGPL,
http://www.playvid.com/watch/6qDJGvFPDsD, http://www.playvid.com/watch/bNmIFe-zZaQ, http://www.playvid.com/watch/Q-6BoU6PBQA,
http://www.playvid.com/watch/oAlqm9qIzYh, http://www.playvid.com/watch/YclkdueGr0g, http://www.playvid.com/watch/4ihRVxOarTR,
http://www.playvid.com/watch/EHGtA80Em7u, http://www.playvid.com/watch/VUc92IIm2uw, http://www.playvid.com/watch/h9FfiBAGfOK,
http://www.playvid.com/watch/JY4GzSWQLzD, http://www.playvid.com/watch/huOvruv3nsR, http://www.playvid.com/watch/Yumwhs-bxn2,
http://www.playvid.com/watch/lWPgwyI00mQ, http://www.playvid.com/watch/IzSPfvkE74v, http://www.playvid.com/watch/jSU4GjL3rZv,
http://www.playvid.com/watch/v0JUu9wFPq5, http://www.playvid.com/watch/jUxyHKUwFPo, http://www.playvid.com/watch/ILTTssWagWh,
http://www.playvid.com/watch/H9iBKaC9gtf, http://www.playvid.com/watch/Hxjl2253tUM, http://www.playvid.com/watch/pvP6qUZMkks,
http://www.playvid.com/watch/yXgk63PZChU, http://www.playvid.com/watch/T-ug52IIl3h, http://www.playvid.com/watch/uucsLVzuxfp,
http://www.playvid.com/watch/oZVPYazwlG3, http://www.playvid.com/watch/tcIdQ4qq5dF, http://www.playvid.com/watch/cyUg0k7Z7vO,
http://www.playvid.com/watch/0JJBHXyzJKK, http://www.playvid.com/watch/RiQ9LfqDiz2, http://www.playvid.com/watch/hsUVoM-64H5,
http://www.playvid.com/watch/u7jy8hTZpcT, http://www.playvid.com/watch/Cb9-UephZUs, http://www.playvid.com/watch/4HLgoBjOrrp,
http://www.playvid.com/watch/jDmjd7Hre4R, http://www.playvid.com/watch/SX425nuG-w8, http://www.playvid.com/watch/gb3nept5f7c,
http://www.playvid.com/watch/nL5lqh6c2bX, http://www.playvid.com/watch/lCMRyz5n5UY, http://www.playvid.com/watch/Gj4gQzsKoQb,
http://www.playvid.com/watch/xZBb-kr0xwx, http://www.playvid.com/watch/EQQaujmhd4I, http://www.playvid.com/watch/c6qLLJ3Vwnl,
http://www.playvid.com/watch/hPCSZDUy60o, http://www.playvid.com/watch/Circ9FQXiyM, http://www.playvid.com/watch/uZykWSzFepT,
http://www.playvid.com/watch/rtR7K7uVU5I, http://www.playvid.com/watch/55NW-m9MfQ6, http://www.playvid.com/watch/goXTtymQUIf,
http://www.playvid.com/watch/DKgpjQIBwPA, http://www.playvid.com/watch/OwjbB5jA5GB, http://www.playvid.com/watch/Ku759N0oGib,
http://www.playvid.com/watch/rYsnFLeggLu, http://www.playvid.com/watch/bDO5AFzCQnQ, http://www.playvid.com/watch/8FBwa0aVPh6,
http://www.playvid.com/watch/xTywulSQoB7, http://www.playvid.com/watch/q3NclOgFwFW, http://www.playvid.com/watch/5cVL4HXIZIB,
http://www.playvid.com/watch/y72aXkQzZ4D, http://www.playvid.com/watch/xjmlAOK4YFj, http://www.playvid.com/watch/yAqK4GclHm8,
http://www.playvid.com/watch/pqtDOT53CNE, http://www.playvid.com/watch/bZK2dyZzz2u, http://www.playvid.com/watch/XZjgMDG8dx-,
http://www.playvid.com/watch/ksti6ukLW75, http://www.playvid.com/watch/rgI5NO2tnDl, http://www.playvid.com/watch/Rllvh6AqNiL,
http://www.playvid.com/watch/5tmCjtcxdHQ, http://www.playvid.com/watch/hGr0rG6UuKr, http://www.playvid.com/watch/VDfCtxPVMdk,
http://www.playvid.com/watch/lZRmCS9I3Zk, http://www.playvid.com/watch/EOrEIxkFVhO, http://www.playvid.com/watch/zhgOj6mZ3P8,
http://www.playvid.com/watch/9xXF3mhS6tJ, http://www.playvid.com/watch/NgADwx2Ke4G, http://www.playvid.com/watch/IzQ2AKL8QdM,
http://www.playvid.com/watch/D8LZhOnbEJ5, http://www.playvid.com/watch/NhkJ9zchHB9, http://www.playvid.com/watch/Yu-60Dh8JxC,
http://www.playvid.com/watch/WcvDbIuVI8y, http://www.playvid.com/watch/x0lrYSnXrZh, http://www.playvid.com/watch/nH09s36koQj,
http://www.playvid.com/watch/U88tSEyh9Dd, http://www.playvid.com/watch/AopFrz6ipxx, http://www.playvid.com/watch/z6n54OoghvU,
http://www.playvid.com/watch/CmP-RiFX48X, http://www.playvid.com/watch/sIHKsDR9R-f, http://www.playvid.com/watch/zfZtV7V0OBU,
http://www.playvid.com/watch/dM6PU8Bp72w, http://www.playvid.com/watch/Jfiv0SgkMCF, http://www.playvid.com/watch/Z9X4IpUp8mn,
http://www.playvid.com/watch/NQt6SEYLjmr, http://www.playvid.com/watch/aTbTzNkYazW, http://www.playvid.com/watch/DJlhZQqCwgI,
http://www.playvid.com/watch/AI86CSm5Gp4, http://www.playvid.com/watch/DoOWtfkVs5O, http://www.playvid.com/watch/PoHrRlSEvtV,
http://www.playvid.com/watch/0rTJ3ox2Vqf, http://www.playvid.com/watch/FpJ6doOZdiW, http://www.playvid.com/watch/l-zvObxoxEr,
http://www.playvid.com/watch/FAlDGIEuBnY, http://www.playvid.com/watch/ExenqGaUWq9, http://www.playvid.com/watch/Ew7B3liCmqf,
http://www.playvid.com/watch/cULTvMHSvgW, http://www.playvid.com/watch/xB3NgDmVo20, http://www.playvid.com/watch/U3fz-FyW7IM,
http://www.playvid.com/watch/fRWqjkEbvFw, http://www.playvid.com/watch/WNz-Y5cgwNm, http://www.playvid.com/watch/8NkcCLjcZq3,
http://www.playvid.com/watch/9feI0jCQB-h, http://www.playvid.com/watch/gNJtjjtuzan, http://www.playvid.com/watch/I-bb7h-shsH,
http://www.playvid.com/watch/-vnrefAVvJ3, http://www.playvid.com/watch/8RunVysJZgt, http://www.playvid.com/watch/R8WxxnXYpy9,
http://www.playvid.com/watch/oKt4IMGg9jy, http://www.playvid.com/watch/2ZsDers780t, http://www.playvid.com/watch/R0xiyIkqQ9W,
http://www.playvid.com/watch/59jwvPK2PLf, http://www.playvid.com/watch/7CsSqMvV7pZ, http://www.playvid.com/watch/5pvVqNA0Vo2,
http://www.playvid.com/watch/kyUqW2rVKPF, http://www.playvid.com/watch/oDIJ6g6DG3u, http://www.playvid.com/watch/3CSLpb7xtgN,
http://www.playvid.com/watch/bLbC-Gp-0Tx, http://www.playvid.com/watch/CrbpRRtjRhf, http://www.playvid.com/watch/UWD0ACr9Rce,
http://www.playvid.com/watch/6klPiJeK7gO, http://www.playvid.com/watch/eLWIitXSTDY, http://www.playvid.com/watch/eDN5rpPAi2P,
http://www.playvid.com/watch/YZBpykiRFzO, http://www.playvid.com/watch/tcwnymUlUtA, http://www.playvid.com/watch/xFkvdkKKj6A,
http://www.playvid.com/watch/HMAqoQsleLr, http://www.playvid.com/watch/SXKN6rRwap6, http://www.playvid.com/watch/K2E66OFFYB7,
http://www.playvid.com/watch/MZubBYIec-N, http://www.playvid.com/watch/Tx5L-z0xl3F, http://www.playvid.com/watch/eYra4wfIWBT,
http://www.playvid.com/watch/2DYuLcHibY4, http://www.playvid.com/watch/eIZ0zPQVoSf, http://www.playvid.com/watch/tPStFPU0ieM,
http://www.playvid.com/watch/4NtgzafN-UZ, http://www.playvid.com/watch/hxG2atDMuic, http://www.playvid.com/watch/gpXgauXWwy0,
http://www.playvid.com/watch/cDoAj4w34-3, http://www.playvid.com/watch/SGQiMVmE3vO, http://www.playvid.com/watch/zsYVZYv8FO2,
http://www.playvid.com/watch/JP5sM40fQT9, http://www.playvid.com/watch/io8GaAoX4fK, http://www.playvid.com/watch/Ge5HgBAPTNU,
http://www.playvid.com/watch/Tl2yPDjEQQk, http://www.playvid.com/watch/pBoQkRGclrY, http://www.playvid.com/watch/QSSzUOkLLtd,
http://www.playvid.com/watch/655QRqJ2K-f, http://www.playvid.com/watch/J9lsfqGv-qQ, http://www.playvid.com/watch/e9MYqxZ0KZt,
http://www.playvid.com/watch/365RVMgvF5U, http://www.playvid.com/watch/7k0QUfTuaMZ, http://www.playvid.com/watch/JbkMDz6FgqV,
http://www.playvid.com/watch/gwsSXyNFKsr, http://www.playvid.com/watch/fiGZcSJiyEm, http://www.playvid.com/watch/2eOBx7J4Xj2,
http://www.playvid.com/watch/LeFCtGM8lmv, http://www.playvid.com/watch/Cl6JO6VPRSI, http://www.playvid.com/watch/ieEXG4NTM5k,
http://www.playvid.com/watch/w5Npgi5XnVr, http://www.playvid.com/watch/QWVzots9TzV, http://www.playvid.com/watch/i6zpFAoquut,
http://www.playvid.com/watch/nIyi9NOy36T, http://www.playvid.com/watch/8rOChZpny-3, http://www.playvid.com/watch/MkWCBBfi89u,
http://www.playvid.com/watch/l4hEJkizttL, http://www.playvid.com/watch/gofyBpSlFRv, http://www.playvid.com/watch/OPdGiefKFsd,
http://www.playvid.com/watch/F0ui4mWprlz, http://www.playvid.com/watch/OLfWPs-Wcek, http://www.playvid.com/watch/cG8YK0T2kJ5,
http://www.playvid.com/watch/iRlJnLHnzg8, http://www.playvid.com/watch/KTPhyzFL8X4, http://www.playvid.com/watch/4fdwrJVA4a0,
http://www.playvid.com/watch/bVXdfbMs43k, http://www.playvid.com/watch/TEoAI705tIB, http://www.playvid.com/watch/jOYSn6bJLZD,
http://www.playvid.com/watch/hCRjgGkaN7O, http://www.playvid.com/watch/chkrzNy7xIS, http://www.playvid.com/watch/F4SqyvtMV3l,
http://www.playvid.com/watch/HVCrkVfJEMq, http://www.playvid.com/watch/-kolv2SbXPt, http://www.playvid.com/watch/JJc40YQIHnG,
http://www.playvid.com/watch/zvJN5empVAn, http://www.playvid.com/watch/vKBIykwlmdk, http://www.playvid.com/watch/8C2oFexfV5t,
http://www.playvid.com/watch/gY9NJcIahq3, http://www.playvid.com/watch/oFXWZMvjGoO, http://www.playvid.com/watch/KXj5s8MSk3b,
http://www.playvid.com/watch/CtyOMhIY4vx, http://www.playvid.com/watch/T2LoDqxY8e4, http://www.playvid.com/watch/PX7K55mxPRe,
http://www.playvid.com/watch/F-gm3OEQBvY, http://www.playvid.com/watch/yPQXfgGKUAm, http://www.playvid.com/watch/MTJ-haDH7rb,
http://www.playvid.com/watch/GLRSQvndUR4, http://www.playvid.com/watch/fmR8jLVzmLJ, http://www.playvid.com/watch/Zz0VrUI6xtF,
http://www.playvid.com/watch/8D4z3qAQSy9, http://www.playvid.com/watch/WWJbrE4wxRO, http://www.playvid.com/watch/hlnAFNSi4YS,
http://www.playvid.com/watch/EEjtZUtvaen, http://www.playvid.com/watch/5u9wt85C4IR, http://www.playvid.com/watch/ntBuNZOixhX,
http://www.playvid.com/watch/W7D0Mngq2Oi, http://www.playvid.com/watch/vDQ4vUYe5Eu, http://www.playvid.com/watch/8OHx8drrkgi,
http://www.playvid.com/watch/TIKZCU3oLj0, http://www.playvid.com/watch/zMZCLPCI3zT, http://www.playvid.com/watch/SIIBLipVdIS,
http://www.playvid.com/watch/jOVoVG3erBX, http://www.playvid.com/watch/j2VVeZvBzLj, http://www.playvid.com/watch/cEfJ28aagJP,
http://www.playvid.com/watch/39oCXKcj-P9, http://www.playvid.com/watch/HxAun-KFiqj, http://www.playvid.com/watch/27q0uaFGQUM,
http://www.playvid.com/watch/39RFUKQy8Tp, http://www.playvid.com/watch/EZfQVWgdwdE, http://www.playvid.com/watch/LByum8PuHNw,
http://www.playvid.com/watch/h5o4VIMA4OI, http://www.playvid.com/watch/-qh3jaGc5GN, http://www.playvid.com/watch/tCBLqQbMnpu,
http://www.playvid.com/watch/8F9P06ni-lV, http://www.playvid.com/watch/b02PnypjdRY, http://www.playvid.com/watch/i6v7jCOiZcu,
http://www.playvid.com/watch/tSqazmiKIIX, http://www.playvid.com/watch/JOkDlQ6H7IP, http://www.playvid.com/watch/8c2yF4L26xp,
http://www.playvid.com/watch/L7WykfZu7vV, http://www.playvid.com/watch/t63JfARpcNL, http://www.playvid.com/watch/qXDRuG42-GO,
http://www.playvid.com/watch/Glw58ZN-qMx, http://www.playvid.com/watch/BB-MCsf5eVC, http://www.playvid.com/watch/0Z8J-gUfRG5,
http://www.playvid.com/watch/ZaeRmvXvfcM, http://www.playvid.com/watch/mVbF8YWbxBq, http://www.playvid.com/watch/XS2IJSEPLiA,
http://www.playvid.com/watch/HUGNWTu5Qmy, http://www.playvid.com/watch/FFfP2twIuMU
5.f. Date of third notice: 2013-06-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bariton
5.b. Uploader's email address: kilpokiden@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bariton
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9M-vPfVQKRY, http://www.playvid.com/watch/LsBLyhU8QPd,
http://www.playvid.com/watch/WdnPWq6uBNE, http://www.playvid.com/watch/NZgLN0NYyx9, http://www.playvid.com/watch/POXrnYx02ef,
http://www.playvid.com/watch/S6j2vgAsixY, http://www.playvid.com/watch/5VwB2AWwZrP, http://www.playvid.com/watch/7QUpc4JEof4,
http://www.playvid.com/watch/jCvZ-3OqCKo, http://www.playvid.com/watch/00DY5PF7yIu, http://www.playvid.com/watch/CMOf4owcOla,
http://www.playvid.com/watch/WTfE6ZkCNU9, http://www.playvid.com/watch/xVtGWVcwlpC, http://www.playvid.com/watch/TIhko7WU8Ah,
http://www.playvid.com/watch/jwa7FPkV8PL, http://www.playvid.com/watch/YDzA7KP6kLw, http://www.playvid.com/watch/mCjEY-9YNLq,
http://www.playvid.com/watch/F-5PmbfxGKi, http://www.playvid.com/watch/Bn4MG4qpdNo, http://www.playvid.com/watch/K9lwnETwHFW,

http://www.playvid.com/watch/Rv6AK2wcV4T, http://www.playvid.com/watch/U77HSxi6qVn, http://www.playvid.com/watch/DSNjedGZ2SH,
http://www.playvid.com/watch/AfbVBEu34lW, http://www.playvid.com/watch/kGIKaljk9K8, http://www.playvid.com/watch/KXEwBApX8zM,
http://www.playvid.com/watch/d5rudXVjxAE, http://www.playvid.com/watch/oRnv7suSsWs, http://www.playvid.com/watch/gr05ylRg5SC,
http://www.playvid.com/watch/eCSE-qOU64r, http://www.playvid.com/watch/FqqeSwkqClm, http://www.playvid.com/watch/7xAcwabeLdF,
http://www.playvid.com/watch/OUDmZmydInL, http://www.playvid.com/watch/8SPhLmbq6FC, http://www.playvid.com/watch/sBBeJ6hgjVQ,
http://www.playvid.com/watch/kgp80q00kSj, http://www.playvid.com/watch/uNW5Fb-7xGO, http://www.playvid.com/watch/ZnDWJpDehMi,
http://www.playvid.com/watch/WcK93CkONix, http://www.playvid.com/watch/bkWo6MqTmkW, http://www.playvid.com/watch/94oEkUe0wJ9,
http://www.playvid.com/watch/0DaHWrVrr62, http://www.playvid.com/watch/k4Sgki0pYnY, http://www.playvid.com/watch/6PH4FOWP7iC,
http://www.playvid.com/watch/YUFj7cCuEXp, http://www.playvid.com/watch/wCSMTyJXptg, http://www.playvid.com/watch/4CZKrku5FQd,
http://www.playvid.com/watch/e9PKhFBgwJn, http://www.playvid.com/watch/aDsRscYiFKa, http://www.playvid.com/watch/U8pE5tFMdVR,
http://www.playvid.com/watch/fkBbNi5oBMw, http://www.playvid.com/watch/j54mSyNYFYt, http://www.playvid.com/watch/ZKp2OUHWA-f,
http://www.playvid.com/watch/2Knbypds-s0, http://www.playvid.com/watch/IgohvDzVnOv, http://www.playvid.com/watch/xXuTeMVIcAk,
http://www.playvid.com/watch/HBs4gc3v5yR, http://www.playvid.com/watch/j9bek7H9bBE, http://www.playvid.com/watch/5g4iHWFUos3,
http://www.playvid.com/watch/uACwWvMynyA, http://www.playvid.com/watch/y0pFb6O0aTw, http://www.playvid.com/watch/jHYwIHQ3jvy,
http://www.playvid.com/watch/KFiTSSqeQle, http://www.playvid.com/watch/HHTf-n77MXZ, http://www.playvid.com/watch/CB6aSGbHsNW,
http://www.playvid.com/watch/gBGl-mKiwX3, http://www.playvid.com/watch/ci2ofQnLqvP, http://www.playvid.com/watch/qOcfgFUt6MK,
http://www.playvid.com/watch/CVJhQXYRKHA, http://www.playvid.com/watch/G4RIZGyHEQy, http://www.playvid.com/watch/cHRPVrJRsjP,
http://www.playvid.com/watch/7DsvGIBrcua, http://www.playvid.com/watch/EBenpmduZHK, http://www.playvid.com/watch/UPQECKGUuOt,
http://www.playvid.com/watch/H9LRmvzMyhM, http://www.playvid.com/watch/8Kn4MbUpawh, http://www.playvid.com/watch/F9x5xk2GCdJ,
http://www.playvid.com/watch/xYYpGYvmlPq, http://www.playvid.com/watch/m6-8xqGRBpg, http://www.playvid.com/watch/r-5NfhMTD9e,
http://www.playvid.com/watch/AScc-oRUyJU, http://www.playvid.com/watch/obtdxNKNGXc, http://www.playvid.com/watch/mXN5CrM9tga,
http://www.playvid.com/watch/TyY6UViH50-, http://www.playvid.com/watch/yCOmYtciHxZ, http://www.playvid.com/watch/uUaWfSDCB5O,
http://www.playvid.com/watch/NxAOYmiaFkH, http://www.playvid.com/watch/D7W9BVgPTyw, http://www.playvid.com/watch/8tbPkFNZyDC,
http://www.playvid.com/watch/U7KOyvzNYcg, http://www.playvid.com/watch/oymGT6p4LTE, http://www.playvid.com/watch/HqB8oztb8YY,
http://www.playvid.com/watch/Q3SXPPqbwuT, http://www.playvid.com/watch/lBbt99Zvzra, http://www.playvid.com/watch/L5UOjjJHwA3,
http://www.playvid.com/watch/ddsE2L-2JZ8, http://www.playvid.com/watch/HjiTj4B77bT, http://www.playvid.com/watch/GB38DPVZugl,
http://www.playvid.com/watch/8pqRGFQN0AY, http://www.playvid.com/watch/Gk2EdJUgcpe, http://www.playvid.com/watch/N4YuL90CXv3,
http://www.playvid.com/watch/3YAdOJtaJPW, http://www.playvid.com/watch/c4smP6m-XpH, http://www.playvid.com/watch/qEXvfFfdfyO,
http://www.playvid.com/watch/32wuqRQgtwh, http://www.playvid.com/watch/gBcSxRJNnm9, http://www.playvid.com/watch/tZjTVOiOKVs,
http://www.playvid.com/watch/faquyv7lpCw, http://www.playvid.com/watch/YqbXUgQ8jJd, http://www.playvid.com/watch/je7TmJpqu4-,
http://www.playvid.com/watch/GMvzXvrJy3D, http://www.playvid.com/watch/8o6skkWnAh-, http://www.playvid.com/watch/xHlaR3nHA9l,
http://www.playvid.com/watch/HXgGjlbsccs, http://www.playvid.com/watch/-9yODRXLikw, http://www.playvid.com/watch/k-t2eeR-pkk,
http://www.playvid.com/watch/brDZfl6603A, http://www.playvid.com/watch/srHYaqSwQi2, http://www.playvid.com/watch/-7LAfEoV94s,
http://www.playvid.com/watch/Etx8LbPhYbs, http://www.playvid.com/watch/i6Bsgjmulw2, http://www.playvid.com/watch/lsok3OYByky,
http://www.playvid.com/watch/LCXsVQjEzUC, http://www.playvid.com/watch/iyGiN3e05Wr, http://www.playvid.com/watch/aSn0vocFLnK,
http://www.playvid.com/watch/NJgtA6vxq7Z, http://www.playvid.com/watch/jtwkTLekTfZ, http://www.playvid.com/watch/l4B8micEF-g,
http://www.playvid.com/watch/nL9UkMQySuA, http://www.playvid.com/watch/ECnRcvPqzUT, http://www.playvid.com/watch/X96bgIZLHdT,
http://www.playvid.com/watch/eOTNzcuFDzQ, http://www.playvid.com/watch/QuUOQvQvnqM, http://www.playvid.com/watch/b7bisMDi5EB,
http://www.playvid.com/watch/E2c0jGQOH99, http://www.playvid.com/watch/HMc2mZZxobF, http://www.playvid.com/watch/oVI--yjabya,
http://www.playvid.com/watch/j6M3lRqG4cG, http://www.playvid.com/watch/ftORSom3dgc, http://www.playvid.com/watch/GWFzEhR2Vm0,
http://www.playvid.com/watch/FOLBUAxTfwj, http://www.playvid.com/watch/EmmPqVvmM7T
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barokko
5.b. Uploader's email address: meriodaff@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/barokko
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JGQzvpfjftA, http://www.playvid.com/watch/5pLCf6LggsS,
http://www.playvid.com/watch/nGdKcJFKn5b, http://www.playvid.com/watch/eFYivvtLFCO, http://www.playvid.com/watch/haSseQPfILG,
http://www.playvid.com/watch/BjvZYo-LLZK, http://www.playvid.com/watch/US8rTI7UOBt, http://www.playvid.com/watch/75Bsm7UP5ug,
http://www.playvid.com/watch/B8dv86Fg8mA, http://www.playvid.com/watch/Gehbyb-tVFB, http://www.playvid.com/watch/8af42ljbjjh,
http://www.playvid.com/watch/ETqjosbJZtr, http://www.playvid.com/watch/AWpVTzTH6Fi, http://www.playvid.com/watch/U9eyeE4kwY0,
http://www.playvid.com/watch/GMiAbp2xpRh, http://www.playvid.com/watch/8dqvRqVyE7k, http://www.playvid.com/watch/qXZwLVRbd2F,
http://www.playvid.com/watch/Q7GIYbloPQP, http://www.playvid.com/watch/VlcQ53ChFCE, http://www.playvid.com/watch/rcZD5AdRRR6,
http://www.playvid.com/watch/ziVvG2EL3ys, http://www.playvid.com/watch/wgNoNhzvweK, http://www.playvid.com/watch/CrTHkZGTqSw,
http://www.playvid.com/watch/PMjTdLzjlU0, http://www.playvid.com/watch/qqMGvw4Ebzl, http://www.playvid.com/watch/M4K7QHqxEXQ,
http://www.playvid.com/watch/DNdUlwLw5fl, http://www.playvid.com/watch/5wH4iDkTQuX, http://www.playvid.com/watch/zEPGuLmx5QU,
http://www.playvid.com/watch/cR2ho-uC9aP, http://www.playvid.com/watch/0UZ8penHNM5, http://www.playvid.com/watch/8voraklLXpp,
http://www.playvid.com/watch/CZNVyONRyrr, http://www.playvid.com/watch/240IXY3U9xt, http://www.playvid.com/watch/3H-xSXHLdbb,
http://www.playvid.com/watch/tpEJAaJuIWS, http://www.playvid.com/watch/fJve2K8ypRP, http://www.playvid.com/watch/D-RHXhDiYyG,
http://www.playvid.com/watch/YSzGacSN8lF, http://www.playvid.com/watch/hnI2sAzV-St, http://www.playvid.com/watch/-6M6TPyfBeo,
http://www.playvid.com/watch/TzvtL8hXyqi, http://www.playvid.com/watch/PW7eAJ7Y8bR, http://www.playvid.com/watch/4stdUb24-fB,
http://www.playvid.com/watch/LEZ7OaTQWgt, http://www.playvid.com/watch/sg5KQ95YKST, http://www.playvid.com/watch/5fcy6TSo4V2,
http://www.playvid.com/watch/kSzckcNgHlJ, http://www.playvid.com/watch/2dpyxwqT7b5, http://www.playvid.com/watch/zqUQjmGoIZ4,
http://www.playvid.com/watch/Jh-fTwSIYzC, http://www.playvid.com/watch/Z4s3-dHusdf, http://www.playvid.com/watch/HkcrWFFjKjy,
http://www.playvid.com/watch/tJAA55D6tgt, http://www.playvid.com/watch/zCvmJLn67BQ, http://www.playvid.com/watch/X7tNkaWeTvJ,
http://www.playvid.com/watch/p-JtMedoXJe, http://www.playvid.com/watch/eAwCbcCniNW, http://www.playvid.com/watch/r6dCgPCUC54,
http://www.playvid.com/watch/eIiwGlDrzxu, http://www.playvid.com/watch/3hjert3PMUT, http://www.playvid.com/watch/pbAqKe5L7R2,
http://www.playvid.com/watch/rw6XF4GhjIi, http://www.playvid.com/watch/sktuKOn9sbT, http://www.playvid.com/watch/KsHAw3LFEjC,
http://www.playvid.com/watch/X0-bQ5vTajV, http://www.playvid.com/watch/H3FQRM2Y8RC, http://www.playvid.com/watch/Ky2zAu75ZTf,
http://www.playvid.com/watch/rTBSG7tTAcv, http://www.playvid.com/watch/wJSjN9KhCwL, http://www.playvid.com/watch/0jVqJCZjlnQ,
http://www.playvid.com/watch/lAMEXQcFLfQ, http://www.playvid.com/watch/spCLS8anVr3, http://www.playvid.com/watch/dYuw0Qt-i77,
http://www.playvid.com/watch/UwiEuJD0LCI, http://www.playvid.com/watch/nhYyjVpAwHs, http://www.playvid.com/watch/A4BaUSmhfHB,
http://www.playvid.com/watch/pCAMLjM7sfp, http://www.playvid.com/watch/xm4fbPCrRw-, http://www.playvid.com/watch/8cRCMVlLpqk,
http://www.playvid.com/watch/tlh-SEYEdkS, http://www.playvid.com/watch/5PWtjXWLjPW, http://www.playvid.com/watch/N8GGl4uAh3a
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: barrywhite
5.b. Uploader's email address: barrywhitealgorn@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/barrywhite
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jly7vrwrto2, http://www.playvid.com/watch/gRU7jbHh-DQ,
http://www.playvid.com/watch/ZMDQJcMGJ5Z, http://www.playvid.com/watch/S2jTywya7xe, http://www.playvid.com/watch/vxRwb4XTCbk,
http://www.playvid.com/watch/6EQjQ6BHeGe, http://www.playvid.com/watch/CfIrw7kapeH, http://www.playvid.com/watch/LogcIsQWOn6,
http://www.playvid.com/watch/JmRHCPUmwg6, http://www.playvid.com/watch/vC6YmgPRZWE, http://www.playvid.com/watch/BkUnI8Gj7pJ,
http://www.playvid.com/watch/qNNpxz0-bnb, http://www.playvid.com/watch/mBYbb34cBJm, http://www.playvid.com/watch/UUNaCHiB7oL,
http://www.playvid.com/watch/uWpnpnP2zNp, http://www.playvid.com/watch/45VUEAR6jAU, http://www.playvid.com/watch/O4cTLns8aNG,
http://www.playvid.com/watch/aW6u7T-m3H5, http://www.playvid.com/watch/JggKKianxtL, http://www.playvid.com/watch/eGEbPWizKND,
http://www.playvid.com/watch/aD5YXlxnXXD, http://www.playvid.com/watch/ZPiZnu5EUbU, http://www.playvid.com/watch/DVfdeLXKEfX,
http://www.playvid.com/watch/njxHAISpf2Y, http://www.playvid.com/watch/-RUoFY7dAQC, http://www.playvid.com/watch/shV00CexgV4,
http://www.playvid.com/watch/2hcfFwOTTKz, http://www.playvid.com/watch/ws0aqPuEVkR, http://www.playvid.com/watch/FY8HMklkxgC,
http://www.playvid.com/watch/8yVX2thhqPa, http://www.playvid.com/watch/3m4WA20xQ9d, http://www.playvid.com/watch/Eli0SkBaeYv,
http://www.playvid.com/watch/y2CXZP7ysFj, http://www.playvid.com/watch/RJRCmCNv7En, http://www.playvid.com/watch/O80bAB53EgM,
http://www.playvid.com/watch/aMEoc8fbLzs, http://www.playvid.com/watch/vXr9kTfovcV, http://www.playvid.com/watch/-IVm4-sA4L0,
http://www.playvid.com/watch/efVEnADcyNZ, http://www.playvid.com/watch/BTlwbZ8LK5t, http://www.playvid.com/watch/x2Z248jnaWh,
http://www.playvid.com/watch/lyofVzMNOpf, http://www.playvid.com/watch/UWC4BWGdJ8h, http://www.playvid.com/watch/WwFmkEz6Fs6,

http://www.playvid.com/watch/Cu5qOK5jQhW, http://www.playvid.com/watch/4ZWRPeUZZE4, http://www.playvid.com/watch/IHWMJek54Ag,
http://www.playvid.com/watch/XeM8qZi8dGR, http://www.playvid.com/watch/v-5Fc-fcfh4, http://www.playvid.com/watch/ZhchI92-wNs,
http://www.playvid.com/watch/28Nr-5lRziv, http://www.playvid.com/watch/so3jf9TIh-v, http://www.playvid.com/watch/zcccb0DaTD9,
http://www.playvid.com/watch/zkfUq0Z2SY3, http://www.playvid.com/watch/xQHxa70wKDC, http://www.playvid.com/watch/8SxHZWtVbUN,
http://www.playvid.com/watch/Iq8T8VibV4W, http://www.playvid.com/watch/7zIYTClujiY, http://www.playvid.com/watch/YjDXF9HRyXb,
http://www.playvid.com/watch/XRMknDAFDp7, http://www.playvid.com/watch/uEKpvs-PHiw, http://www.playvid.com/watch/WLQO2I3mNmR,
http://www.playvid.com/watch/jnMEH6zzmnQ, http://www.playvid.com/watch/X9L-fkcCGPI, http://www.playvid.com/watch/numNn-2TaI9,
http://www.playvid.com/watch/3mSEUT8dgiP, http://www.playvid.com/watch/CyJafba49zP, http://www.playvid.com/watch/2exC7uJZPvr,
http://www.playvid.com/watch/zHzYIYq0IBJ, http://www.playvid.com/watch/0RVbNzDMXFA, http://www.playvid.com/watch/eOHUxdoMROp,
http://www.playvid.com/watch/GmACUxAoNoA, http://www.playvid.com/watch/g-36Nk5HmxB, http://www.playvid.com/watch/EknhlzSwnrm,
http://www.playvid.com/watch/dCqiwnDVNNE, http://www.playvid.com/watch/k3yN8JXqPAM, http://www.playvid.com/watch/RUAcv0x4ayz,
http://www.playvid.com/watch/GA4JER3Zxus, http://www.playvid.com/watch/FrDAfbU-6zk, http://www.playvid.com/watch/qnBHFGKRMYw,
http://www.playvid.com/watch/IIbKtoZmr8X, http://www.playvid.com/watch/jlbo9iKy9xP, http://www.playvid.com/watch/qd4WQsE8LG8,
http://www.playvid.com/watch/BiWHyimVBix, http://www.playvid.com/watch/qrlPfLn5qmf, http://www.playvid.com/watch/KsLqhDdUkLw,
http://www.playvid.com/watch/VwAbe9Fh3FJ, http://www.playvid.com/watch/qjILs2k96u5, http://www.playvid.com/watch/nsVxhOR-3gm,
http://www.playvid.com/watch/8QAKjunOCYP, http://www.playvid.com/watch/7IdgQlgJb4r, http://www.playvid.com/watch/hJ2ZMDziJin,
http://www.playvid.com/watch/CZ4xIFXtkGo, http://www.playvid.com/watch/iPFTtXndoev, http://www.playvid.com/watch/jg2Qitpmsgv,
http://www.playvid.com/watch/VZVRaEHacKA, http://www.playvid.com/watch/nv8pbn3dDuF, http://www.playvid.com/watch/OHsGmnvhRj5,
http://www.playvid.com/watch/RPuXlpBedJh, http://www.playvid.com/watch/5GFCLvqlP3A, http://www.playvid.com/watch/mShs0ZC6x6u,
http://www.playvid.com/watch/4d6BVOXhxvb, http://www.playvid.com/watch/Y3ul0N6fdyP, http://www.playvid.com/watch/sbZ5p7sPrWA,
http://www.playvid.com/watch/jWRGIxBav8S, http://www.playvid.com/watch/47gI8rTTvLr, http://www.playvid.com/watch/rUK3cvUif4Q,
http://www.playvid.com/watch/b8VU56N5vph, http://www.playvid.com/watch/wGi-Ugao3dj, http://www.playvid.com/watch/z9WEe8UKM69,
http://www.playvid.com/watch/u4tzBOR3MDy, http://www.playvid.com/watch/KEJxLfgxe9R, http://www.playvid.com/watch/lCaVV0PIXH5,
http://www.playvid.com/watch/rMcw8iowaM3, http://www.playvid.com/watch/dUkmG4qKsGd, http://www.playvid.com/watch/s803VUsmkhi,
http://www.playvid.com/watch/tL3IY2-RiJ2, http://www.playvid.com/watch/XwTAZO3cAW7
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bartsimpson79
5.b. Uploader's email address: bartsimpson0979@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bartsimpson79
5.e. List of videos posted by uploader: http://www.playvid.com/watch/k7DoEvyt9FX, http://www.playvid.com/watch/YQRFBRWt4LZ,
http://www.playvid.com/watch/I1yQDPVXph6, http://www.playvid.com/watch/FHEJH1-viVN, http://www.playvid.com/watch/JchGSlTqq5w,
http://www.playvid.com/watch/YiAwGEOeD0W, http://www.playvid.com/watch/l3z8EACfxxu, http://www.playvid.com/watch/TTc7hyd7EL5,
http://www.playvid.com/watch/PEnriptGaBJ, http://www.playvid.com/watch/PYuYnMa9Nnc, http://www.playvid.com/watch/7GBGcUgINTF,
http://www.playvid.com/watch/AdIFD0Bgffp, http://www.playvid.com/watch/QArwAOSHzXJ, http://www.playvid.com/watch/phhzkac44d9,
http://www.playvid.com/watch/hGwM5eepKtI, http://www.playvid.com/watch/G4ImLlkGn0Y, http://www.playvid.com/watch/kyeqwn0i2V8,
http://www.playvid.com/watch/0Eay8vLwnhE, http://www.playvid.com/watch/rCkNVeOqv2p, http://www.playvid.com/watch/aOpGFNJn2Rc,
http://www.playvid.com/watch/bGiG7A-iLjd, http://www.playvid.com/watch/LyH0ILNNf0q, http://www.playvid.com/watch/H6Uvyh5h9mD,
http://www.playvid.com/watch/4V4Lshs0GRB, http://www.playvid.com/watch/lhtaJXWcpPA, http://www.playvid.com/watch/kr6bYV3enSt,
http://www.playvid.com/watch/wqcDfvuPz1h, http://www.playvid.com/watch/BcHTxHbz435, http://www.playvid.com/watch/Rc-oeWMdKzX,
http://www.playvid.com/watch/4CqwpuXulZp, http://www.playvid.com/watch/uC6ZaS5xIEC, http://www.playvid.com/watch/-jRBvt4zEK2,
http://www.playvid.com/watch/sCaZXJTuz0J, http://www.playvid.com/watch/f5r2g1xH99F, http://www.playvid.com/watch/CnPOsZSdS-Y,
http://www.playvid.com/watch/SFHpucWfR2q, http://www.playvid.com/watch/dMAYZjzZMMF, http://www.playvid.com/watch/anvwPElKA01,
http://www.playvid.com/watch/7rU20-7AgGK, http://www.playvid.com/watch/MrFgtB7B82c, http://www.playvid.com/watch/icmBKx0fyg4,
http://www.playvid.com/watch/3DrE6IuzeLF, http://www.playvid.com/watch/2rELF50ESzb, http://www.playvid.com/watch/9tRket1KnlE,
http://www.playvid.com/watch/0wXKtUXUvE-, http://www.playvid.com/watch/nwyvGoQCOZX, http://www.playvid.com/watch/ZWDLmCpoJ0-,
http://www.playvid.com/watch/hRg0JgGKymt, http://www.playvid.com/watch/5vpPCtGpntn, http://www.playvid.com/watch/4qQPlDB4hBF,
http://www.playvid.com/watch/d0Qch2DgsIl, http://www.playvid.com/watch/AFdUWcu6Ygg, http://www.playvid.com/watch/i3nYWSB5wc3,
http://www.playvid.com/watch/ptJ-KoKsUBz, http://www.playvid.com/watch/ltmkcUXwJdI, http://www.playvid.com/watch/RrlCoWTtKJX,
http://www.playvid.com/watch/O-xzfNyp5h2, http://www.playvid.com/watch/aGnU6-w6U-v, http://www.playvid.com/watch/AColdsVCeKZ,
http://www.playvid.com/watch/WO7s520nm0s, http://www.playvid.com/watch/i05mSsfYoUw, http://www.playvid.com/watch/pn33HvuHLRz,
http://www.playvid.com/watch/uWuqR1qypEx, http://www.playvid.com/watch/ZuOPBbw8sZ8, http://www.playvid.com/watch/PZoec6Atwfo,
http://www.playvid.com/watch/J23dez50VAq, http://www.playvid.com/watch/l2qzMwpkdMF, http://www.playvid.com/watch/3TmSf3ZHWAX,
http://www.playvid.com/watch/HSwBdIsQXGw
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Battousai
5.b. Uploader's email address: ryan_clapp@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Battousai
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sfs8PCrFPuA, http://www.playvid.com/watch/rOhpTTjmzki,
http://www.playvid.com/watch/quQ9U9q5WRt, http://www.playvid.com/watch/5hNFXyxpf8V, http://www.playvid.com/watch/4ayyvV4QI35,
http://www.playvid.com/watch/bY5AfiKClWo, http://www.playvid.com/watch/gt38M5cq40v, http://www.playvid.com/watch/Tv9Lkaw0ClD,
http://www.playvid.com/watch/JD4K3DhuT27, http://www.playvid.com/watch/n8ptWw8rBvy, http://www.playvid.com/watch/h3DTNNKgeaZ,
http://www.playvid.com/watch/bOmH9qS9Qba, http://www.playvid.com/watch/JeR8aPsje5b, http://www.playvid.com/watch/w6cWn0B5GXo,
http://www.playvid.com/watch/ZY7EHd5utYs, http://www.playvid.com/watch/fFp40nZI33a, http://www.playvid.com/watch/L2tyXTPzeLz,
http://www.playvid.com/watch/AgcMttRHQDE, http://www.playvid.com/watch/2R3BJvlQncZ, http://www.playvid.com/watch/RAmGPxt5JcV,
http://www.playvid.com/watch/uxPv2LjeVNZ, http://www.playvid.com/watch/rtspMf5jDmv, http://www.playvid.com/watch/k7fPX9fZSXR,
http://www.playvid.com/watch/K8aFMegVabb, http://www.playvid.com/watch/KXOkk6SbuPK, http://www.playvid.com/watch/8lGtYFed2qp,
http://www.playvid.com/watch/4HZVVQfkBAn, http://www.playvid.com/watch/MOlPpkHyo99, http://www.playvid.com/watch/Myq8pCmuDZI,
http://www.playvid.com/watch/xX2UKfHoN7Z, http://www.playvid.com/watch/k4DKD-7qBN5, http://www.playvid.com/watch/xogccmzXLh8,
http://www.playvid.com/watch/Kaef2v6UfOh, http://www.playvid.com/watch/0fMML7vwRg-, http://www.playvid.com/watch/5blMEZNd9rc,
http://www.playvid.com/watch/V6FXZZTEa7m, http://www.playvid.com/watch/N6TVWXJ5TrN, http://www.playvid.com/watch/0OWx703l5b7,
http://www.playvid.com/watch/7BY-AlzAwfD, http://www.playvid.com/watch/YmPUIIHGHIb, http://www.playvid.com/watch/TYG4lBF2FFy,
http://www.playvid.com/watch/v9fdYy2kjLG, http://www.playvid.com/watch/6bB0lZcPqDr, http://www.playvid.com/watch/8xbJOpZrs9K,
http://www.playvid.com/watch/tiDADMs5h94, http://www.playvid.com/watch/Ub5vE4sVv7P, http://www.playvid.com/watch/GIl0ffYwiAw,
http://www.playvid.com/watch/KqYydAeSgGF, http://www.playvid.com/watch/pKEcm32NY9Y, http://www.playvid.com/watch/MKebticcDtW,
http://www.playvid.com/watch/xWheQMwJmKT, http://www.playvid.com/watch/gqhKM7lusGF, http://www.playvid.com/watch/6fojUevsaEZ,
http://www.playvid.com/watch/K2ks8ZVE0E2, http://www.playvid.com/watch/k2wZrxIidxk, http://www.playvid.com/watch/B75SqQwkUg7,
http://www.playvid.com/watch/4UzrRQZGYUa, http://www.playvid.com/watch/dRIp5BYjXXw, http://www.playvid.com/watch/vN42sXVnQfI,
http://www.playvid.com/watch/l34pFDOaghX, http://www.playvid.com/watch/cFrL8yRXowM, http://www.playvid.com/watch/rtzHZyfvU3Q,
http://www.playvid.com/watch/TrpvYbTtCkp, http://www.playvid.com/watch/bgYCLPIPn4V, http://www.playvid.com/watch/7OmCjQTfmLS,
http://www.playvid.com/watch/LD-Fq8txfs3, http://www.playvid.com/watch/ebsSB-8F-a2, http://www.playvid.com/watch/xCstmEGPp4p,
http://www.playvid.com/watch/4BfuVlPufNN, http://www.playvid.com/watch/YzcTC5HPHDx, http://www.playvid.com/watch/fBABgpeRrn0,
http://www.playvid.com/watch/Mv7R7hg9qSv, http://www.playvid.com/watch/YqnU5rv-Bri, http://www.playvid.com/watch/hdjoZKCgsxD,
http://www.playvid.com/watch/x9rFOGEAXtB, http://www.playvid.com/watch/7OFgMGu2HrS, http://www.playvid.com/watch/VPMezFgWSWe,
http://www.playvid.com/watch/EhvP4fXs34f, http://www.playvid.com/watch/dKFCeFjLzOm, http://www.playvid.com/watch/iAOXyk6h3Jp,
http://www.playvid.com/watch/3GrLMbrbO9F, http://www.playvid.com/watch/w3k70TT6Gci, http://www.playvid.com/watch/xYtFEa8qtYq,
http://www.playvid.com/watch/vSZB7SL6yFn, http://www.playvid.com/watch/CEXK9wHBwuc, http://www.playvid.com/watch/zpUO3hf7rsE,
http://www.playvid.com/watch/AlqSD4DKF5h, http://www.playvid.com/watch/38q5Zk4dT5W, http://www.playvid.com/watch/6HMxUzW79A6,
http://www.playvid.com/watch/IwHKKEFDdN9, http://www.playvid.com/watch/vrj-lQaFzFN, http://www.playvid.com/watch/zbQpqpZZv8V,
http://www.playvid.com/watch/3DDKVBe0uSl, http://www.playvid.com/watch/zlPh6gADPC-, http://www.playvid.com/watch/HOchuGpGoIf,
http://www.playvid.com/watch/8cqLuiNU2P8, http://www.playvid.com/watch/Xy4X0aUonYy, http://www.playvid.com/watch/VcCo7CAFpIf,
http://www.playvid.com/watch/oZU00duzrmA, http://www.playvid.com/watch/GuaKjhoxQq5, http://www.playvid.com/watch/BISMZE-dLxD,
http://www.playvid.com/watch/RiSezZuxe23, http://www.playvid.com/watch/bPa5v9XgO5K, http://www.playvid.com/watch/upS5rhMRQfL,

http://www.playvid.com/watch/4hDxZ4JOueB, http://www.playvid.com/watch/9cJfXCwvyDb, http://www.playvid.com/watch/yd4JYQAY8zX,
http://www.playvid.com/watch/3ycg-DC3YPd, http://www.playvid.com/watch/GQvJZHwvnq2, http://www.playvid.com/watch/j9LMGBlwuaq,
http://www.playvid.com/watch/Fcdfo0Vb2ci, http://www.playvid.com/watch/4PJklfvn-q8, http://www.playvid.com/watch/98PEMQqMz6K,
http://www.playvid.com/watch/0mesMfoVefG, http://www.playvid.com/watch/eRuI8LmK3nl, http://www.playvid.com/watch/HCzpvbZvfcB,
http://www.playvid.com/watch/bcYyXHoRx7v, http://www.playvid.com/watch/TeFfwsEqrG9, http://www.playvid.com/watch/JKdbUtak7BS,
http://www.playvid.com/watch/FMbj7RrHKPD, http://www.playvid.com/watch/Tf4VF00uypF, http://www.playvid.com/watch/UTuyaor65oY,
http://www.playvid.com/watch/EXhFwmabdmq, http://www.playvid.com/watch/PBVK8AdnVVX, http://www.playvid.com/watch/FrHyQqRkPEK,
http://www.playvid.com/watch/k9PKOwMOM0B, http://www.playvid.com/watch/ALGOhTMVTlH, http://www.playvid.com/watch/8Ofhx4j8GNZ,
http://www.playvid.com/watch/XWsv7v6MHDY, http://www.playvid.com/watch/Hl34lfhzBT6, http://www.playvid.com/watch/KRl6VmZS6H2,
http://www.playvid.com/watch/JeXBW-Ywcr8, http://www.playvid.com/watch/tjDFJX8ZPLT, http://www.playvid.com/watch/i3WsacUranw,
http://www.playvid.com/watch/Bd0hJCNy9C-, http://www.playvid.com/watch/mAMy9dzRmKJ, http://www.playvid.com/watch/2Tt2RvxWIio,
http://www.playvid.com/watch/dTGVEu7gTct, http://www.playvid.com/watch/DlWJyeD5u7E, http://www.playvid.com/watch/2DyUU26NgUF,
http://www.playvid.com/watch/9kxyhKsqn0S, http://www.playvid.com/watch/pBOssX8Tft7, http://www.playvid.com/watch/Zw9dWNjJwaP,
http://www.playvid.com/watch/hfVygEbiJdv, http://www.playvid.com/watch/8uwEWG2xfEm, http://www.playvid.com/watch/ty2laGC4MS5,
http://www.playvid.com/watch/LZG3GAmlqae, http://www.playvid.com/watch/gy-VCkedABY, http://www.playvid.com/watch/HPch3iuKbe8,
http://www.playvid.com/watch/M4fBH9xTalF, http://www.playvid.com/watch/85gdbEneby3, http://www.playvid.com/watch/KykyNKjHa0x,
http://www.playvid.com/watch/LQxgTJUdgcM, http://www.playvid.com/watch/KQ-IHPl6gFF, http://www.playvid.com/watch/Sm2A0FK7tBF,
http://www.playvid.com/watch/5qYiitr7HQv, http://www.playvid.com/watch/MExgQ0o0nfY, http://www.playvid.com/watch/kr75MFFwcfF,
http://www.playvid.com/watch/LzvULiIByiU, http://www.playvid.com/watch/EaDHUKeSWxl, http://www.playvid.com/watch/Kz5xc9pD7G4,
http://www.playvid.com/watch/C-TEWAQR7Vn, http://www.playvid.com/watch/WIMul0gzTEG, http://www.playvid.com/watch/R94Nij4Dfcv,
http://www.playvid.com/watch/BgdD75Hj4YN, http://www.playvid.com/watch/OaVnAOusi7s, http://www.playvid.com/watch/yEk9PnSiejX,
http://www.playvid.com/watch/TLWaaXf0oom, http://www.playvid.com/watch/mToEmxwFb9C, http://www.playvid.com/watch/sYFWjpvXTPz,
http://www.playvid.com/watch/xfo5RZqjjjn, http://www.playvid.com/watch/vGtXWelufbx, http://www.playvid.com/watch/KbzLbWIY5eo,
http://www.playvid.com/watch/-DRR-2aV44w, http://www.playvid.com/watch/w4RwSxLgbuO, http://www.playvid.com/watch/PDBEo4jIJNK,
http://www.playvid.com/watch/f9MWJAuMWaK, http://www.playvid.com/watch/EHBoQG8xNNx, http://www.playvid.com/watch/fdvFIKslixC,
http://www.playvid.com/watch/MvfnqNJ06sF, http://www.playvid.com/watch/vzu4I3jN7Hv, http://www.playvid.com/watch/gA5aLQtFjb7,
http://www.playvid.com/watch/Wf7XNndFAWU, http://www.playvid.com/watch/npsKV2ALp3M, http://www.playvid.com/watch/bplXUUuOPj6,
http://www.playvid.com/watch/4lHogHisXzl, http://www.playvid.com/watch/wxS5B8GJTqX, http://www.playvid.com/watch/CZyX3slF6rR,
http://www.playvid.com/watch/hrbgj3QZMZG, http://www.playvid.com/watch/79KoUcusCcc, http://www.playvid.com/watch/bLYvqHi0Dbb,
http://www.playvid.com/watch/PdIisut7jDN, http://www.playvid.com/watch/SlocZIiKVZo, http://www.playvid.com/watch/tOGfJ4rG2-P,
http://www.playvid.com/watch/tjWvguNJvQh, http://www.playvid.com/watch/mDr6bSZKBOW, http://www.playvid.com/watch/spsVb02-KHG,
http://www.playvid.com/watch/QY25tIKnNNH, http://www.playvid.com/watch/9vhsxSkuRBv, http://www.playvid.com/watch/eDjLZ9KRFYe,
http://www.playvid.com/watch/QAx5hc3NJyv, http://www.playvid.com/watch/LRWHkMk2Q05, http://www.playvid.com/watch/QHgxurMn5TH,
http://www.playvid.com/watch/nxdMAQEICcT, http://www.playvid.com/watch/S4ZLWuHnb9h, http://www.playvid.com/watch/ea2YFHRLKM-,
http://www.playvid.com/watch/WYS-8RBsugH, http://www.playvid.com/watch/PjnSDMDaff7, http://www.playvid.com/watch/wPETGh4Br7y,
http://www.playvid.com/watch/weDWvIhZ3eo, http://www.playvid.com/watch/MIWf8HDXVQW, http://www.playvid.com/watch/8xoS0fiJTT3,
http://www.playvid.com/watch/n7FEIzE2ZYR, http://www.playvid.com/watch/Qik2EchiRe0, http://www.playvid.com/watch/T5xtyfCLB8B,
http://www.playvid.com/watch/RTv8MxOTptF, http://www.playvid.com/watch/bLN2MLe3W6Y, http://www.playvid.com/watch/EI3m4wlH88-,
http://www.playvid.com/watch/tea2QBCQ9ms, http://www.playvid.com/watch/tBzXocMSqbM, http://www.playvid.com/watch/59IbDQIgJi6,
http://www.playvid.com/watch/VO3ZZ-22Wzw, http://www.playvid.com/watch/f-QjcIbINJQ, http://www.playvid.com/watch/DK7UhStUdaO,
http://www.playvid.com/watch/T0l6ae7bY23, http://www.playvid.com/watch/lOXvmfvATfj, http://www.playvid.com/watch/uKRFcOnVcPM,
http://www.playvid.com/watch/9peckyCIDrl, http://www.playvid.com/watch/UmZhrz0HBh5, http://www.playvid.com/watch/9sFVgwDsM8E,
http://www.playvid.com/watch/vmlWO85nIOH, http://www.playvid.com/watch/SHoQGpHWWcD, http://www.playvid.com/watch/I6FOISBZHyS,
http://www.playvid.com/watch/RWQWGVrfRp5, http://www.playvid.com/watch/GxHWwLP-rHW, http://www.playvid.com/watch/208NXOvkanC,
http://www.playvid.com/watch/HqtWlRxkvpM, http://www.playvid.com/watch/ZF73ZSdG5cj, http://www.playvid.com/watch/NGuWlFsAozB,
http://www.playvid.com/watch/SilhV0p6WPf, http://www.playvid.com/watch/6qou-Q4Oupb, http://www.playvid.com/watch/cR54EylnlBv,
http://www.playvid.com/watch/7WtmQlKfp8r, http://www.playvid.com/watch/x8Ku0hdhy2V, http://www.playvid.com/watch/wxHtP9FP8AO,
http://www.playvid.com/watch/tVqqKICTYKZ, http://www.playvid.com/watch/XZbhJtHdKie, http://www.playvid.com/watch/IbMwzaDqQ0P,
http://www.playvid.com/watch/Nsx4ilI2wjv, http://www.playvid.com/watch/lj5c4F94gnm, http://www.playvid.com/watch/wyHPvizWU6l,
http://www.playvid.com/watch/eP3zkhNqjV4, http://www.playvid.com/watch/0vzAgQgkQpN, http://www.playvid.com/watch/vBOo5Fvn9bl,
http://www.playvid.com/watch/fnkJ8KgrbvV, http://www.playvid.com/watch/TwR3Gm3vDhA, http://www.playvid.com/watch/n8lXtECGTQn,
http://www.playvid.com/watch/awJldIWSE-I, http://www.playvid.com/watch/MTtTepOPKUQ, http://www.playvid.com/watch/SI8CqfH6Du6,
http://www.playvid.com/watch/0RXCtuFclwb, http://www.playvid.com/watch/7SWUorHpm5Z, http://www.playvid.com/watch/T9QvbLERI-w,
http://www.playvid.com/watch/JMzZR5jrPCI, http://www.playvid.com/watch/4fX-e7T-d6y, http://www.playvid.com/watch/nTH2lMl6XqN,
http://www.playvid.com/watch/uwMkbQwzQui, http://www.playvid.com/watch/pTV6EVyeVyG, http://www.playvid.com/watch/-zjrAErz8Q4,
http://www.playvid.com/watch/JNGXezJkFuV, http://www.playvid.com/watch/wmeV9A7S4tx, http://www.playvid.com/watch/3Lr6Wmp4wkZ,
http://www.playvid.com/watch/7k5gdaVQXwy, http://www.playvid.com/watch/sYNxn8rTYBk, http://www.playvid.com/watch/Wth5DKn4234,
http://www.playvid.com/watch/q4ncBZCgdu5, http://www.playvid.com/watch/8TjMEZWUxyp, http://www.playvid.com/watch/9knKX0Uh0Hj,
http://www.playvid.com/watch/VhyX24GPdZ8, http://www.playvid.com/watch/EaX8bOIj9fE, http://www.playvid.com/watch/vKg7HSzd8iv,
http://www.playvid.com/watch/T2xwRNpfkUy, http://www.playvid.com/watch/P8PodEFjKTQ, http://www.playvid.com/watch/e3DpBrtmbkw,
http://www.playvid.com/watch/y9l4cVSBX-3, http://www.playvid.com/watch/oOSv7pGSVrO, http://www.playvid.com/watch/TK8VB6U6GaO,
http://www.playvid.com/watch/gLD3IBhzHgk, http://www.playvid.com/watch/UvGerAYjzGh, http://www.playvid.com/watch/fhICFeWW33h,
http://www.playvid.com/watch/il2k6oBdqXO, http://www.playvid.com/watch/vHpS75SOwoF, http://www.playvid.com/watch/BJO3KpOzuEI,
http://www.playvid.com/watch/voJDv9Iv0Hl, http://www.playvid.com/watch/eRHjkRJI4Kb, http://www.playvid.com/watch/ircVeSuAEPx,
http://www.playvid.com/watch/5JFzxI-e8UG, http://www.playvid.com/watch/cOt2gVrey3H, http://www.playvid.com/watch/ovb-0B2zjSi,
http://www.playvid.com/watch/RBzO3azq4aA, http://www.playvid.com/watch/eIQdJ7GToic, http://www.playvid.com/watch/56BAPbuSqo4,
http://www.playvid.com/watch/OiYoGsaoPgl, http://www.playvid.com/watch/OP8ptH-PKin, http://www.playvid.com/watch/K5LjlCDk7iZ,
http://www.playvid.com/watch/JeCHJcxGwwU, http://www.playvid.com/watch/4CWMc9kO2yI, http://www.playvid.com/watch/MCxhPLICSGf,
http://www.playvid.com/watch/IrFNuGeYV4T, http://www.playvid.com/watch/SDAzYBoXYJO, http://www.playvid.com/watch/cKOXe79w607,
http://www.playvid.com/watch/MbEgqi44bxM, http://www.playvid.com/watch/EjjTAwwwooj, http://www.playvid.com/watch/RJAWJIdvIJo,
http://www.playvid.com/watch/ziYRX6hppvO, http://www.playvid.com/watch/qFuTy2Eo-og, http://www.playvid.com/watch/u53aHRQ9KHS,
http://www.playvid.com/watch/UWkXYdHirJA, http://www.playvid.com/watch/JCZdmccu0Sb, http://www.playvid.com/watch/-Vw7OgWNrAV,
http://www.playvid.com/watch/G26x8OXPdiB, http://www.playvid.com/watch/abfj7lRXGFw, http://www.playvid.com/watch/wKNaDKHukbX,
http://www.playvid.com/watch/c83FTboN5yY, http://www.playvid.com/watch/-EfKF8i90hs, http://www.playvid.com/watch/ANmYgQCoqlZ,
http://www.playvid.com/watch/4u8pIm7ocC5, http://www.playvid.com/watch/L5789v2rvog, http://www.playvid.com/watch/64RDoMdFr7P,
http://www.playvid.com/watch/UlZmRuF4rfg, http://www.playvid.com/watch/xR7gaIyIzCS, http://www.playvid.com/watch/cp3nHBLAYGz,
http://www.playvid.com/watch/6SRod4LDFTW, http://www.playvid.com/watch/3Bo8shiW0jm, http://www.playvid.com/watch/m9HOU2S8hLD,
http://www.playvid.com/watch/FyJ-2rMMfir, http://www.playvid.com/watch/zYJxw6F7ISp, http://www.playvid.com/watch/8K6EdYyNCfr,
http://www.playvid.com/watch/YadG7JdhB5E, http://www.playvid.com/watch/9qYRXG-SEFb, http://www.playvid.com/watch/ouWVGR9lfLs,
http://www.playvid.com/watch/GPMpOpskWD9, http://www.playvid.com/watch/txvHSkALn8O, http://www.playvid.com/watch/j3Jt7wPedPQ,
http://www.playvid.com/watch/9PxW8R2oqqD, http://www.playvid.com/watch/ykxxCS9Pq8Q, http://www.playvid.com/watch/xZHzgU3EoQY,
http://www.playvid.com/watch/3qcD3TxLcLw, http://www.playvid.com/watch/sJ6haQTmWu4, http://www.playvid.com/watch/-fIk8HE-jaH,
http://www.playvid.com/watch/4O-px8ol3G9, http://www.playvid.com/watch/MVREsHnGBt0, http://www.playvid.com/watch/FqActt4p74O,
http://www.playvid.com/watch/oFZy78n2drD, http://www.playvid.com/watch/5SMh0DzZyN8, http://www.playvid.com/watch/CkhtwX0kJ7N,
http://www.playvid.com/watch/oy8JaSCus0Z, http://www.playvid.com/watch/6VL-FJkUneR, http://www.playvid.com/watch/swtccXHcAwN,
http://www.playvid.com/watch/fn9XSb4kZNm, http://www.playvid.com/watch/9w2KsxjAYx-, http://www.playvid.com/watch/oI2M8DOYTvP,
http://www.playvid.com/watch/YiUR8sJQ0hT, http://www.playvid.com/watch/dkKAWZIPE-k, http://www.playvid.com/watch/cQCC3VgZiZX,
http://www.playvid.com/watch/ubMqR3-4Koh, http://www.playvid.com/watch/3jgx0FIMdbh, http://www.playvid.com/watch/skTL0p03miL,
http://www.playvid.com/watch/kasXybl-7xq, http://www.playvid.com/watch/jlC9uxCXPfY, http://www.playvid.com/watch/oLsrAWmKjMu,
http://www.playvid.com/watch/w5qkMTA8WeT, http://www.playvid.com/watch/nCyQikbLFyO, http://www.playvid.com/watch/8ouEiuJMP5g,
http://www.playvid.com/watch/tNQklfv--M9, http://www.playvid.com/watch/q6RaErAtIQ5, http://www.playvid.com/watch/2-q5oufeOrK,
http://www.playvid.com/watch/0ae-sQSy9Ey, http://www.playvid.com/watch/G4OlgQlUXlG, http://www.playvid.com/watch/pWpWbLERTv9,
http://www.playvid.com/watch/cTA-694nMqA, http://www.playvid.com/watch/anqsJ09vIGg, http://www.playvid.com/watch/iHVij-DGeKM,
http://www.playvid.com/watch/RpoonE6qKoD, http://www.playvid.com/watch/qpr7D4UngkL, http://www.playvid.com/watch/SBura6D28U6,
http://www.playvid.com/watch/rQI5L3bbCOm, http://www.playvid.com/watch/eAxwI705u0s, http://www.playvid.com/watch/iqfVVgkamiW,
http://www.playvid.com/watch/TdsZK28z3YX, http://www.playvid.com/watch/JzqjRcO2fNi, http://www.playvid.com/watch/BavYT4VQ3sm,

http://www.playvid.com/watch/m-cWtf3R79u, http://www.playvid.com/watch/QFiksa4e5uZ, http://www.playvid.com/watch/-m7TVMROjjw, http://www.playvid.com/watch/jHs74KMikV3, http://www.playvid.com/watch/Ok8-eZRl-7w, http://www.playvid.com/watch/SaoB5aOIUdb, http://www.playvid.com/watch/ENGSppsejtl, http://www.playvid.com/watch/m46rGaEbkh0, http://www.playvid.com/watch/fvXqqDCPvlo, http://www.playvid.com/watch/prOAQFBUV2m, http://www.playvid.com/watch/OwpOLPjrAkF, http://www.playvid.com/watch/jMrRrTucyDu, http://www.playvid.com/watch/JWjLEKNJu54, http://www.playvid.com/watch/7MlWmWNE2Lt, http://www.playvid.com/watch/YNmhYvpnURg, http://www.playvid.com/watch/ppZRBoOJhgK, http://www.playvid.com/watch/yiNN3IsDp3M, http://www.playvid.com/watch/iEYouUJFBL6, http://www.playvid.com/watch/uC46lsQJIA8, http://www.playvid.com/watch/BP5rqmmcT8S, http://www.playvid.com/watch/5mlduKiCHey, http://www.playvid.com/watch/E5NpDXzddxM, http://www.playvid.com/watch/stDctfc3s0H, http://www.playvid.com/watch/aRealzfx-FO, http://www.playvid.com/watch/MEVrCW5093A, http://www.playvid.com/watch/7OHLStz3dST, http://www.playvid.com/watch/IRYadkiqtLl, http://www.playvid.com/watch/-J4-X5Kfw6N, http://www.playvid.com/watch/7wSFtDIvJ6T, http://www.playvid.com/watch/j9iTEY-tHej, http://www.playvid.com/watch/J8J8FffXSwF, http://www.playvid.com/watch/hWAosyZdNTc, http://www.playvid.com/watch/YEBCEyYY3G7, http://www.playvid.com/watch/IluVycIlghQ, http://www.playvid.com/watch/4EzQI7rxYuS, http://www.playvid.com/watch/K-CkunuiF9v, http://www.playvid.com/watch/5ZYm3Qv6ylI, http://www.playvid.com/watch/zddb9LrXNjv, http://www.playvid.com/watch/meSRqsKuwdO, http://www.playvid.com/watch/kPbDZOFBJtY, http://www.playvid.com/watch/jGemnRWmRX3, http://www.playvid.com/watch/Rug-I9etnvs, http://www.playvid.com/watch/WrDHZwpjp-B, http://www.playvid.com/watch/3nEfyv9buzZ, http://www.playvid.com/watch/0B8rzg483XR, http://www.playvid.com/watch/hduDWJFYCj2, http://www.playvid.com/watch/nV3ZKaIAFKo, http://www.playvid.com/watch/G996K3e-6Va, http://www.playvid.com/watch/DscOIUq8HJH, http://www.playvid.com/watch/fDHFBK7D4e8, http://www.playvid.com/watch/9eTIfhIJ0ad, http://www.playvid.com/watch/obqg2PZ0Kn2, http://www.playvid.com/watch/Ealrvm4cip9, http://www.playvid.com/watch/SHFnZQxvJNF, http://www.playvid.com/watch/kom84-LFLtx, http://www.playvid.com/watch/RKVShRwr3ah, http://www.playvid.com/watch/9xtFXAPMvk2, http://www.playvid.com/watch/y7ItZmqA0Hv, http://www.playvid.com/watch/RZ66rTZFYHj, http://www.playvid.com/watch/rUbS6gYYPZ9, http://www.playvid.com/watch/kMOi3WzAhrm, http://www.playvid.com/watch/Kf5S-05RGQf, http://www.playvid.com/watch/mqcUeUumo7J, http://www.playvid.com/watch/pkAjwoldj30, http://www.playvid.com/watch/WvJT-yNoII-, http://www.playvid.com/watch/jkmJKezeW23, http://www.playvid.com/watch/7HaBmfC4qhu, http://www.playvid.com/watch/X80yRIBXjbB, http://www.playvid.com/watch/Nb4k-eHxh7d, http://www.playvid.com/watch/oPfzz-FODz3, http://www.playvid.com/watch/SYck69mhSdw, http://www.playvid.com/watch/hxBvQ2nrBfl, http://www.playvid.com/watch/-DH8mVHV5e5, http://www.playvid.com/watch/YGPKbCy9js5, http://www.playvid.com/watch/27ZkNaDdYD5, http://www.playvid.com/watch/eEInnigP2Y4, http://www.playvid.com/watch/3iQ7BLUjd87, http://www.playvid.com/watch/ssOtaiFWlJw, http://www.playvid.com/watch/LOrvZ4j35NP, http://www.playvid.com/watch/Pdv-bMLfP2c, http://www.playvid.com/watch/XZNT6ZinySH, http://www.playvid.com/watch/ip06RJAxwEk, http://www.playvid.com/watch/xnYdNpkRh8Y, http://www.playvid.com/watch/2oRbJivrS58, http://www.playvid.com/watch/PFfmDSDpL0W, http://www.playvid.com/watch/HbSm99rroJr, http://www.playvid.com/watch/FlNreseD83K, http://www.playvid.com/watch/NrFScvSP-0i, http://www.playvid.com/watch/LSATv8C9Xr0, http://www.playvid.com/watch/ZyK8oGx3dDh, http://www.playvid.com/watch/PK77LTFQ8Fm, http://www.playvid.com/watch/e7JlYsJjjyM, http://www.playvid.com/watch/CrlqyhWRHcr, http://www.playvid.com/watch/nzIeLINYqxN, http://www.playvid.com/watch/Zved6RNrUdE, http://www.playvid.com/watch/IzSqAStE8gg, http://www.playvid.com/watch/HNXy33HO17E, http://www.playvid.com/watch/Gyb21PK7Mzo, http://www.playvid.com/watch/rKyt83L7jak, http://www.playvid.com/watch/TYw9Qgr90G8, http://www.playvid.com/watch/47csNLgWsAa, http://www.playvid.com/watch/cYdxoqguzvp, http://www.playvid.com/watch/bqWJ2eaXhJa, http://www.playvid.com/watch/0LQ8NfzXjPn, http://www.playvid.com/watch/X0QYY4jHlC4, http://www.playvid.com/watch/L-4fADgXs92, http://www.playvid.com/watch/WtNrF0Ye4CG, http://www.playvid.com/watch/7DEedwWQ1kf, http://www.playvid.com/watch/KIJOzMcrW7k, http://www.playvid.com/watch/0F7xZiekheV, http://www.playvid.com/watch/Kh3Pk4IUvXL, http://www.playvid.com/watch/CCBSaDc6koB, http://www.playvid.com/watch/moSsvjq5CPZ, http://www.playvid.com/watch/Qz1NCAayc4Z, http://www.playvid.com/watch/znyHxOUCcnT, http://www.playvid.com/watch/i-kEXpuJe1h, http://www.playvid.com/watch/arnv5TU6EkU, http://www.playvid.com/watch/UmZiCzzwd7U, http://www.playvid.com/watch/MRN1ppC8CdL, http://www.playvid.com/watch/G-3oIa9OQOX, http://www.playvid.com/watch/miSaiOx4NDx, http://www.playvid.com/watch/lN1JcT0A7v5, http://www.playvid.com/watch/HgfMFs3bfjS, http://www.playvid.com/watch/vJcye0FBGyJ, http://www.playvid.com/watch/eblxzvLRKWr, http://www.playvid.com/watch/7ncZFYvvAAt, http://www.playvid.com/watch/fAeyC6o-xNM, http://www.playvid.com/watch/u0umWIp4aVd, http://www.playvid.com/watch/0iWX6eO05zE, http://www.playvid.com/watch/mfMByHzVYtP, http://www.playvid.com/watch/lftQk3tlVsL, http://www.playvid.com/watch/aozbrxOOMWp, http://www.playvid.com/watch/A77iS-JSfEJ, http://www.playvid.com/watch/6eYhCPzIBEj, http://www.playvid.com/watch/Nscrlx4JxhO, http://www.playvid.com/watch/qkeOuF7YAXJ, http://www.playvid.com/watch/0uop3WRlIQr, http://www.playvid.com/watch/G2OyFUv9jOZ, http://www.playvid.com/watch/lJGuPwmWFMg, http://www.playvid.com/watch/IvGU95sjRGW, http://www.playvid.com/watch/T9q7ymgnHug, http://www.playvid.com/watch/keqs3AUbi03, http://www.playvid.com/watch/W6AejM79TeA, http://www.playvid.com/watch/p34ClZ-eGkm, http://www.playvid.com/watch/9oWQ7QhoPDU, http://www.playvid.com/watch/Pc1bKJjVg5g, http://www.playvid.com/watch/cA9y6lbuc0i, http://www.playvid.com/watch/2uBCkvac9f5, http://www.playvid.com/watch/TSjPUv6lyfp, http://www.playvid.com/watch/3BRlETYqP_e
5.f. Date of third notice: 2014-02-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Batxxx
5.b. Uploader's email address: batmanh7@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Batxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Eu2qGLCaEA-, http://www.playvid.com/watch/hOr5I7CXaRI, http://www.playvid.com/watch/AG7w0jXWIjg, http://www.playvid.com/watch/3j4nG6CZX64, http://www.playvid.com/watch/NK-f2CG9ruj, http://www.playvid.com/watch/8ZxsuY5e8PX, http://www.playvid.com/watch/MRIHi97CXBS, http://www.playvid.com/watch/G8xZ-2aF8Bx
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bavarii
5.b. Uploader's email address: fagustoraanonu@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bavarii
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bn5QtxFKcZ3, http://www.playvid.com/watch/dzbnWRzCzC4, http://www.playvid.com/watch/MzKtWR2v-hJ, http://www.playvid.com/watch/qUUy9jf1cS0, http://www.playvid.com/watch/Fz9rvzZvImx, http://www.playvid.com/watch/nLDD9rOLRBH, http://www.playvid.com/watch/p-n2nd0JEzw, http://www.playvid.com/watch/kmTolBlet-S, http://www.playvid.com/watch/6ksaoIZM4t9, http://www.playvid.com/watch/lXcbdHQfL9-, http://www.playvid.com/watch/kWZy2E3Hay8, http://www.playvid.com/watch/hWLfD5ckckY, http://www.playvid.com/watch/NMXjENOHjP5, http://www.playvid.com/watch/SvrzBv94eK8, http://www.playvid.com/watch/QXVpUWOywZb, http://www.playvid.com/watch/GvulKVMzdN6, http://www.playvid.com/watch/yAVWuijJnGc, http://www.playvid.com/watch/bXhiP24b6kh, http://www.playvid.com/watch/W6fgEgsWm0P, http://www.playvid.com/watch/a5b8lz6NEwE, http://www.playvid.com/watch/ncYA9jkFP5A, http://www.playvid.com/watch/o4WeE6foJZc, http://www.playvid.com/watch/eo0hV8Yl2MB, http://www.playvid.com/watch/5De90KstcBb, http://www.playvid.com/watch/daqKl2wKo-8, http://www.playvid.com/watch/yfmB7dPrdHO, http://www.playvid.com/watch/77MJMcnKVXE, http://www.playvid.com/watch/Ximst30nQB4, http://www.playvid.com/watch/UfUaaJnVPaE, http://www.playvid.com/watch/OOUS7n8LlWM, http://www.playvid.com/watch/qkuLip2-1d2, http://www.playvid.com/watch/t-bg69xF88p, http://www.playvid.com/watch/RvCSALLtoxs, http://www.playvid.com/watch/Upt1ea7-PYP, http://www.playvid.com/watch/c95S8R5H-y8, http://www.playvid.com/watch/rF5OLK-YMTE, http://www.playvid.com/watch/AAmDgfEK23h, http://www.playvid.com/watch/CTtahdnJZXe, http://www.playvid.com/watch/pcpaZTfg0PG, http://www.playvid.com/watch/4k3qLfFEKg4, http://www.playvid.com/watch/DokUsXYrr6k, http://www.playvid.com/watch/QEeuvv4DlM0, http://www.playvid.com/watch/qQcrvhSc69I, http://www.playvid.com/watch/nfLitNcaFDj, http://www.playvid.com/watch/QC9TyzFUNf3, http://www.playvid.com/watch/oITRNuaWtvT, http://www.playvid.com/watch/aAfG2up5myl, http://www.playvid.com/watch/pT84uBqWHqM, http://www.playvid.com/watch/OHuP-pnYGFB, http://www.playvid.com/watch/njGPCX4O0C7, http://www.playvid.com/watch/IqfGypb1wFj, http://www.playvid.com/watch/fiTsAF510bn, http://www.playvid.com/watch/qFvI1skAcQg, http://www.playvid.com/watch/3QN3AIGCgF6, http://www.playvid.com/watch/yatace2fLpd, http://www.playvid.com/watch/TqgwppFj7nO, http://www.playvid.com/watch/NHLtAYOjzuz, http://www.playvid.com/watch/LG2iplGutYl, http://www.playvid.com/watch/cGxWZYrTOgV, http://www.playvid.com/watch/CsvswoBkEdm, http://www.playvid.com/watch/7Gr6Jd3gs64, http://www.playvid.com/watch/bVkfefx7DDT, http://www.playvid.com/watch/gIwSUqIooSh, http://www.playvid.com/watch/Q4RYcF2X3ad, http://www.playvid.com/watch/YWmIkASsduO, http://www.playvid.com/watch/SdgFOcBELv0, http://www.playvid.com/watch/AvbmLuMrEHw, http://www.playvid.com/watch/K0j9ygPyYSV, http://www.playvid.com/watch/SqJt8nzepCp, http://www.playvid.com/watch/vm4rJ8Sjypu, http://www.playvid.com/watch/6YXR8RWRavT, http://www.playvid.com/watch/jns0IoawMvx, http://www.playvid.com/watch/9STBCi-c6XJ, http://www.playvid.com/watch/A3PyBPL8Jk2, http://www.playvid.com/watch/MnrpUVl36WZ, http://www.playvid.com/watch/U2qkwQhxy77, http://www.playvid.com/watch/Rs5M9jfGo5g, http://www.playvid.com/watch/4NkeHK5Oiue, http://www.playvid.com/watch/-yLfX6N-9pF, http://www.playvid.com/watch/QP0WOu1Bvzp, http://www.playvid.com/watch/CyFYCRkOfgl, http://www.playvid.com/watch/8s0wrXbFH1e, http://www.playvid.com/watch/VhdoWo-xLdH, http://www.playvid.com/watch/Rty7hnQoPPp, http://www.playvid.com/watch/00kOFtdZTfr, http://www.playvid.com/watch/RGoDvIhAJIi, http://www.playvid.com/watch/JLVAPBmZ9hU, http://www.playvid.com/watch/NFBS4AhqsB4, http://www.playvid.com/watch/YI9uHiQhi8R, http://www.playvid.com/watch/q5QMUnZPLZE, http://www.playvid.com/watch/Lw7k6qdcyJY, http://www.playvid.com/watch/ynrx1gX6ksY,

http://www.playvid.com/watch/5Cntwz3cGcZ, http://www.playvid.com/watch/WXbGfZkpwNE, http://www.playvid.com/watch/UR5U0RBRp7i,
http://www.playvid.com/watch/83mNgU3DPM3, http://www.playvid.com/watch/JT0omnBJI31, http://www.playvid.com/watch/94fvZjt2MFI,
http://www.playvid.com/watch/hyWjXu7voEd, http://www.playvid.com/watch/fJOnjf7ZvqT, http://www.playvid.com/watch/MZUp53GaEgL,
http://www.playvid.com/watch/8p-HCyL4Caa, http://www.playvid.com/watch/GGjbsXJ12l7, http://www.playvid.com/watch/kUEaThpj75X,
http://www.playvid.com/watch/KMdNE2LRdol, http://www.playvid.com/watch/5dl-xsx4FW9, http://www.playvid.com/watch/8TnJDJlQCh5,
http://www.playvid.com/watch/UMGaTJMRApJ, http://www.playvid.com/watch/uwSaaYWtdJa, http://www.playvid.com/watch/xB3CXOj41Xe,
http://www.playvid.com/watch/YjrFRi87hSm, http://www.playvid.com/watch/srYunXXnFju, http://www.playvid.com/watch/6nv2xYQqlr3,
http://www.playvid.com/watch/YaO1xvJ9wZC, http://www.playvid.com/watch/RFLD-dAnBhZ, http://www.playvid.com/watch/I6VnOKvJkgS,
http://www.playvid.com/watch/K6KDOdM4k9G, http://www.playvid.com/watch/lJXL-LrQGy0, http://www.playvid.com/watch/yA2DU2r8JrE,
http://www.playvid.com/watch/vboey4Ylj4z, http://www.playvid.com/watch/ZzMjCfLpi1A, http://www.playvid.com/watch/J-R7N0y2DZN,
http://www.playvid.com/watch/NB0dbk7-tPV, http://www.playvid.com/watch/NTCfCgTPW3D, http://www.playvid.com/watch/V02rAc5dXBE,
http://www.playvid.com/watch/hZd-jsxrQ2X, http://www.playvid.com/watch/5d8qV4Gdf-R, http://www.playvid.com/watch/8PB6kKE4z16,
http://www.playvid.com/watch/CeBaxii6X3U, http://www.playvid.com/watch/EHBq83aTGE9, http://www.playvid.com/watch/QpPYHrWTUfD,
http://www.playvid.com/watch/MDxfdebo3LW, http://www.playvid.com/watch/omudPvHJpQo, http://www.playvid.com/watch/QXCU0tyzDyy,
http://www.playvid.com/watch/u-hhmGJOV3g, http://www.playvid.com/watch/ZFbxfPUKroI, http://www.playvid.com/watch/koqGbRScCkW,
http://www.playvid.com/watch/VQ5KB1WKgC7, http://www.playvid.com/watch/U-sTndMiNxm, http://www.playvid.com/watch/QHVPSCwl4H5,
http://www.playvid.com/watch/vg27OFBNNod, http://www.playvid.com/watch/xfgdjLF2wv0, http://www.playvid.com/watch/wV6Nh69H-2l,
http://www.playvid.com/watch/6QiAD47MtbH, http://www.playvid.com/watch/hvkbZrD9aZn, http://www.playvid.com/watch/QCSWhBwzQ4L,
http://www.playvid.com/watch/xR0BZ82petL, http://www.playvid.com/watch/oXvHTWjmo2q, http://www.playvid.com/watch/NOOvwYGecoA,
http://www.playvid.com/watch/PwdQEM-b5d0, http://www.playvid.com/watch/BmpAjmTgof7, http://www.playvid.com/watch/W3Qzel4hRCr,
http://www.playvid.com/watch/KDbd1n1Pjs-, http://www.playvid.com/watch/fUNO4oGY4Pb, http://www.playvid.com/watch/J7aRBLLxceM,
http://www.playvid.com/watch/YM4Zjunjueo, http://www.playvid.com/watch/xDLRBv2qtZh, http://www.playvid.com/watch/UyaF9QnNgFc,
http://www.playvid.com/watch/9m03gBzSEp1, http://www.playvid.com/watch/XYyLIuzoF5X, http://www.playvid.com/watch/vY7SQgQv-En,
http://www.playvid.com/watch/n4Lpm1Klgc2, http://www.playvid.com/watch/LvNg8Jrhf92, http://www.playvid.com/watch/0ipkKzxrW1e,
http://www.playvid.com/watch/4oMyssCRE21, http://www.playvid.com/watch/6hDfWAEeTee, http://www.playvid.com/watch/B4A0CD3acVp,
http://www.playvid.com/watch/ZmNdb82R9jG, http://www.playvid.com/watch/i5WBg-z24mu, http://www.playvid.com/watch/osOnt4Tfft8,
http://www.playvid.com/watch/cmTjPRsrsJh, http://www.playvid.com/watch/fPCwf4tieWG, http://www.playvid.com/watch/2d0RVZ7TLUn,
http://www.playvid.com/watch/qw7iIjiPRRl, http://www.playvid.com/watch/h6e2xaCVwfE, http://www.playvid.com/watch/fcD5Beoo32Q,
http://www.playvid.com/watch/WaqLFNWyX2U, http://www.playvid.com/watch/idOhxzR3W7a, http://www.playvid.com/watch/NCtccTmHf1m,
http://www.playvid.com/watch/Ta3w2E3CYVx, http://www.playvid.com/watch/ZEsRFdQeRPX, http://www.playvid.com/watch/rhFtgRIPYdA,
http://www.playvid.com/watch/YF7-M-1WHji, http://www.playvid.com/watch/aQ7onziMacz, http://www.playvid.com/watch/HY32lMR9j55,
http://www.playvid.com/watch/yerbiYtltYD, http://www.playvid.com/watch/MaceLylBaR8, http://www.playvid.com/watch/wpV6ig5eJgb,
http://www.playvid.com/watch/GLwCYS1RGdm, http://www.playvid.com/watch/KDkqQt4VtKf, http://www.playvid.com/watch/KPnRPMJJY4O,
http://www.playvid.com/watch/klwEJY7C7V4, http://www.playvid.com/watch/r0hZG636vJj, http://www.playvid.com/watch/d643QrIy8vD,
http://www.playvid.com/watch/Pzk-IpVdAlO, http://www.playvid.com/watch/xGFAPSl4Vx3, http://www.playvid.com/watch/cw8fEyG0E4D,
http://www.playvid.com/watch/6PuHMSVx8Al, http://www.playvid.com/watch/WZLEqd4lgjW, http://www.playvid.com/watch/Z-Xca57nXfw,
http://www.playvid.com/watch/9VPU7rFpR0W, http://www.playvid.com/watch/o07p3wZxBPp, http://www.playvid.com/watch/yEYrefRujY4,
http://www.playvid.com/watch/aGlUO2yFKKA, http://www.playvid.com/watch/eB2jjyo4BSZ, http://www.playvid.com/watch/nbSM9dfLkYI,
http://www.playvid.com/watch/cGpEexn99gg, http://www.playvid.com/watch/hZZlqfaSLXr, http://www.playvid.com/watch/Pe1Om3vjYap,
http://www.playvid.com/watch/dAzzKnsSdjL, http://www.playvid.com/watch/kaEqQVhEiuz, http://www.playvid.com/watch/xBZUtVAXVNP,
http://www.playvid.com/watch/XwXLgIlmXGE, http://www.playvid.com/watch/HzasQK0a9Vb, http://www.playvid.com/watch/Gs-qg-FIWVz,
http://www.playvid.com/watch/ry8r23T1zIq, http://www.playvid.com/watch/zhOH3BFNA2P, http://www.playvid.com/watch/njMUKA6cVbO,
http://www.playvid.com/watch/nNLKDadVvdc, http://www.playvid.com/watch/q-J8I1X9nH3, http://www.playvid.com/watch/oORvlwLXohu,
http://www.playvid.com/watch/h2WDXBu3Flr, http://www.playvid.com/watch/YWvAk12tGgG, http://www.playvid.com/watch/wqFpg9RXItt,
http://www.playvid.com/watch/TYA0LIToLYV, http://www.playvid.com/watch/GHcQUmetKLb, http://www.playvid.com/watch/v2sOa1wgfg6,
http://www.playvid.com/watch/tLWovb9SG9e, http://www.playvid.com/watch/4CguobzP7CE, http://www.playvid.com/watch/dR-SGVkB4kG,
http://www.playvid.com/watch/CkxJsoIOYCn, http://www.playvid.com/watch/c-vLmn-YmDP, http://www.playvid.com/watch/Ua0aXaHPQ8O,
http://www.playvid.com/watch/2trE17wJZsC, http://www.playvid.com/watch/SqXkQKhpzjN, http://www.playvid.com/watch/FEXj0m7hTaw,
http://www.playvid.com/watch/QyFLCfmhmSR, http://www.playvid.com/watch/N36UwFyu175, http://www.playvid.com/watch/MFxIFj67Dzx,
http://www.playvid.com/watch/agJklAGd5wL, http://www.playvid.com/watch/JRXgMm2y_9A, http://www.playvid.com/watch/Mfr2OgY0f35,
http://www.playvid.com/watch/K64veVnJAl9, http://www.playvid.com/watch/uETEUg6aAM8, http://www.playvid.com/watch/FIDjCduYi9v,
http://www.playvid.com/watch/HbZVHhTiiEB, http://www.playvid.com/watch/d3UJFJN5UjN, http://www.playvid.com/watch/C6hX8lFT2fI,
http://www.playvid.com/watch/PtB7tWhbWak, http://www.playvid.com/watch/jJbvyDqkYEm, http://www.playvid.com/watch/ZiCJBUCg1BS,
http://www.playvid.com/watch/qpLr2ZCCSWN, http://www.playvid.com/watch/UpfZzUGN3p9, http://www.playvid.com/watch/V5YcVe6-tnE,
http://www.playvid.com/watch/0K1i9CCUDf3, http://www.playvid.com/watch/RPG-t9PtOks, http://www.playvid.com/watch/HSHeNNW8vZ7,
http://www.playvid.com/watch/CjpN5M2rQ35, http://www.playvid.com/watch/A28Nt9VbY8y, http://www.playvid.com/watch/fPLEmJNGZIa,
http://www.playvid.com/watch/t9yEbihIHDp, http://www.playvid.com/watch/NnKB8TFxuNg, http://www.playvid.com/watch/v5F-3rNSo7x,
http://www.playvid.com/watch/fomHKuEDP9p, http://www.playvid.com/watch/2xlEXfD296p, http://www.playvid.com/watch/p8y0JvKsfsu,
http://www.playvid.com/watch/Zi2w4hwM5ij, http://www.playvid.com/watch/fYm9W6JN2hi, http://www.playvid.com/watch/G2C_Vv2flax,
http://www.playvid.com/watch/lm_AYXmaFEV, http://www.playvid.com/watch/nNjVhMAYRQ3, http://www.playvid.com/watch/QCwMMri8wXC,
http://www.playvid.com/watch/Mh_61YPmtxI, http://www.playvid.com/watch/WJiMGSUlAqL, http://www.playvid.com/watch/PhmYwE-mCYZ,
http://www.playvid.com/watch/YjDouCfFZRm, http://www.playvid.com/watch/a-F0fwVQZlo, http://www.playvid.com/watch/S5qmiPfG_2B,
http://www.playvid.com/watch/8LK9Qm5uJar, http://www.playvid.com/watch/PeLOGMhMSaH, http://www.playvid.com/watch/CPrvU1mWl1q,
http://www.playvid.com/watch/W76vvJ7jAdM, http://www.playvid.com/watch/4zf-5Otbo-N, http://www.playvid.com/watch/a4v72MdxU_q,
http://www.playvid.com/watch/Y4pcArfVkF6, http://www.playvid.com/watch/Tg4FSy9LYuM, http://www.playvid.com/watch/SC3AnyIYzFM,
http://www.playvid.com/watch/PyuD2J1FP30, http://www.playvid.com/watch/4DEbexm5wef, http://www.playvid.com/watch/baDQ9XT48jk,
http://www.playvid.com/watch/olFaGBhR107, http://www.playvid.com/watch/fSKnumPAHzx, http://www.playvid.com/watch/fSovONMxZia,
http://www.playvid.com/watch/h9EWPapQZHI, http://www.playvid.com/watch/zDoU1BLDAvC, http://www.playvid.com/watch/9ugfgWBXFbz,
http://www.playvid.com/watch/u_JU_FJuxMr, http://www.playvid.com/watch/Stq4e_g3CP8, http://www.playvid.com/watch/hHkEG-5XNVy,
http://www.playvid.com/watch/D6rD0otCmcx, http://www.playvid.com/watch/7G085ARExfG, http://www.playvid.com/watch/vxdQzg46Myi,
http://www.playvid.com/watch/H2pKdqJVjbd, http://www.playvid.com/watch/0HFETAsGi6z, http://www.playvid.com/watch/jK5M5qBYfBV,
http://www.playvid.com/watch/XHTSE23UjSI, http://www.playvid.com/watch/2tkMZAbhP9C, http://www.playvid.com/watch/7BZehP5e9EM,
http://www.playvid.com/watch/Cj9sXOA_Tas, http://www.playvid.com/watch/pgs49KU1kZP, http://www.playvid.com/watch/t3wsQbx12Ap,
http://www.playvid.com/watch/J5tLHwOHkuF, http://www.playvid.com/watch/OlnpXiF-hil, http://www.playvid.com/watch/IuDeD7KQxzw,
http://www.playvid.com/watch/jmsZ04zUl4J, http://www.playvid.com/watch/5S1d0RjU3ir, http://www.playvid.com/watch/3Qm6VJgO5lS,
http://www.playvid.com/watch/D91E2Yl9zsn, http://www.playvid.com/watch/8vidxzyR5Zy, http://www.playvid.com/watch/N7YquJNt5Ty,
http://www.playvid.com/watch/bq7oaYzErv8, http://www.playvid.com/watch/u_-Z04Hr0eF, http://www.playvid.com/watch/gOaSVeuHuoR,
http://www.playvid.com/watch/27PvtQC2AEw, http://www.playvid.com/watch/DruxXlS40jx, http://www.playvid.com/watch/8PXMdsT_xan,
http://www.playvid.com/watch/SeCg5GJgDfZ, http://www.playvid.com/watch/xSgWC5RUbql, http://www.playvid.com/watch/3bC_nCwD-AY,
http://www.playvid.com/watch/I4hZANiyz0m, http://www.playvid.com/watch/cf-ae3Usfs4, http://www.playvid.com/watch/rVWCrhBSMtu,
http://www.playvid.com/watch/FTyOkeo5YBo, http://www.playvid.com/watch/zoxBP9zUNIn, http://www.playvid.com/watch/kDSJe18T5Za,
http://www.playvid.com/watch/zg8wW38InXI, http://www.playvid.com/watch/lX97t2n6Ims, http://www.playvid.com/watch/pXHnhn3ABvw,
http://www.playvid.com/watch/XFgarNXlDcF, http://www.playvid.com/watch/Uu5YZpyYnKC, http://www.playvid.com/watch/ZM3A1jXxZUI,
http://www.playvid.com/watch/qUWpuZzEOps, http://www.playvid.com/watch/3yNuL8vJf7O, http://www.playvid.com/watch/ko2e55R9EKE,
http://www.playvid.com/watch/EQlxzDCRxD2, http://www.playvid.com/watch/ssHOtsTfQfO, http://www.playvid.com/watch/g_23ivZxq5M,
http://www.playvid.com/watch/OQ84PVehAlP, http://www.playvid.com/watch/6JOqCwPFEtb, http://www.playvid.com/watch/tN8MSBIpTo0,
http://www.playvid.com/watch/ZrTOrT3LXlD, http://www.playvid.com/watch/OFyl5W191xy, http://www.playvid.com/watch/Xh1nCt15JuT,
http://www.playvid.com/watch/eV7agCPEW9G, http://www.playvid.com/watch/aidoU0p0Zq4, http://www.playvid.com/watch/NlgEMcLR1Yx,
http://www.playvid.com/watch/CtU2nney4oz, http://www.playvid.com/watch/nn4DvWwTYTI, http://www.playvid.com/watch/ASbBnAn7VML,
http://www.playvid.com/watch/ZgvRhXeyHvL, http://www.playvid.com/watch/YazTzh5rT54, http://www.playvid.com/watch/J3OOf6nU_wZ,
http://www.playvid.com/watch/ksqnvX7P0lA, http://www.playvid.com/watch/oVDqbb0pYBL, http://www.playvid.com/watch/lSN-HFHZuMt,
http://www.playvid.com/watch/3dsVpi7hr4M, http://www.playvid.com/watch/xVRl6T6hGT7, http://www.playvid.com/watch/xs_44-U2WeR,
http://www.playvid.com/watch/tr7_MkToF1L, http://www.playvid.com/watch/4WRpJfTmvbt, http://www.playvid.com/watch/8EptcvoTLAu,
http://www.playvid.com/watch/stk7tTSFhoE, http://www.playvid.com/watch/hQeHbl8ueY5, http://www.playvid.com/watch/46Z_nYV65GA,
http://www.playvid.com/watch/xeEPAw9iCuE, http://www.playvid.com/watch/PpyhW7N6UAG, http://www.playvid.com/watch/N1kKejdT8Tl,
http://www.playvid.com/watch/PBnIs8R_G6h, http://www.playvid.com/watch/DmplOXAwarI, http://www.playvid.com/watch/VjnMoaQ8Mxd,

http://www.playvid.com/watch/P-QuImHuMXm, http://www.playvid.com/watch/nMZQ3Q8bU0X, http://www.playvid.com/watch/wbuLafSiBde,
http://www.playvid.com/watch/3Hlk25-dPk3, http://www.playvid.com/watch/JiYueZBGD5p, http://www.playvid.com/watch/MuAeoigmlNr,
http://www.playvid.com/watch/8Z4Pm75xPvf, http://www.playvid.com/watch/txVFhtkgG7b, http://www.playvid.com/watch/faghpXhdGkK,
http://www.playvid.com/watch/HUg4CedCnLn, http://www.playvid.com/watch/GPG8jJPke8h, http://www.playvid.com/watch/f-8QPHFcSdr,
http://www.playvid.com/watch/R9-qlnqbZnv, http://www.playvid.com/watch/9aWKNPF9Lu7, http://www.playvid.com/watch/St1dJFUOvP4,
http://www.playvid.com/watch/TRB9og14lRs, http://www.playvid.com/watch/F8yRZ17ODp5
5.f. Date of third notice: 2014-02-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: BC320KC
5.b. Uploader's email address: boss_191998@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/BC320KC
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UY7-6UcyUuL, http://www.playvid.com/watch/y9xTatqIGvF,
http://www.playvid.com/watch/YydEKR5x92K, http://www.playvid.com/watch/M4I4X2kWTBr, http://www.playvid.com/watch/ydVJxMgFwSi,
http://www.playvid.com/watch/ptxvi0n7xvM
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beamer5
5.b. Uploader's email address: patonicky@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/beamer5
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PuPxZceBh4r, http://www.playvid.com/watch/dLRuZoqM4gN,
http://www.playvid.com/watch/FbtBiBtLRXW, http://www.playvid.com/watch/KaHNw4M61Rt, http://www.playvid.com/watch/iuJXo1qp6se,
http://www.playvid.com/watch/pktONOD0kNw, http://www.playvid.com/watch/DPTjpnQAH4Q, http://www.playvid.com/watch/b6PhT9_xTCq,
http://www.playvid.com/watch/xL0Ztj-ZwqE, http://www.playvid.com/watch/hzQmZnhDt-T, http://www.playvid.com/watch/ITLGznXXlUp,
http://www.playvid.com/watch/rnALNJmh_Bk, http://www.playvid.com/watch/TSYaeIgJj3j, http://www.playvid.com/watch/KXBBBk1uYuJ,
http://www.playvid.com/watch/jRUo_7kq9bb, http://www.playvid.com/watch/UCBMrgwRUcE, http://www.playvid.com/watch/PIFdcUsaYvB,
http://www.playvid.com/watch/rqdNFWtmbBO, http://www.playvid.com/watch/zHeIbMNskjG, http://www.playvid.com/watch/yX-bF3lGV5r,
http://www.playvid.com/watch/kGtmncHri5K, http://www.playvid.com/watch/bF9RtjKTowU, http://www.playvid.com/watch/BGmGWH6Vijp,
http://www.playvid.com/watch/C8q-lVdH-1G, http://www.playvid.com/watch/hNxZyMnBPDm, http://www.playvid.com/watch/nRkkI8RawEo,
http://www.playvid.com/watch/w0KXhNdVhCR, http://www.playvid.com/watch/PjqXTUoa1mu, http://www.playvid.com/watch/6XOAVSBdY0Q,
http://www.playvid.com/watch/0lQfz7Qdqe5, http://www.playvid.com/watch/XPcvPFQI3lL, http://www.playvid.com/watch/IsGK1VkWs9Y,
http://www.playvid.com/watch/qtvceGWujs4, http://www.playvid.com/watch/m35G1Leavc9, http://www.playvid.com/watch/2yuWGCRjpCh,
http://www.playvid.com/watch/v7rA-OpPeTz, http://www.playvid.com/watch/sOtq0xsJEUA, http://www.playvid.com/watch/gPgqlrQOWO5,
http://www.playvid.com/watch/LSMh3rXEd-2, http://www.playvid.com/watch/0b_DpAhSNDp, http://www.playvid.com/watch/CI0OeXufiYt,
http://www.playvid.com/watch/vmWi_HomMGE, http://www.playvid.com/watch/RmOqPtkQUOd, http://www.playvid.com/watch/9PniSUo3w76,
http://www.playvid.com/watch/DZwuteT11tV, http://www.playvid.com/watch/b6inKkvXOT8, http://www.playvid.com/watch/9cM_EXKoqdS,
http://www.playvid.com/watch/7YvYJU-q1b3, http://www.playvid.com/watch/pAikRsEVe3a, http://www.playvid.com/watch/YOUlFCEIPqA,
http://www.playvid.com/watch/a-2Ws0MEi2U, http://www.playvid.com/watch/lRjZqV403Vr, http://www.playvid.com/watch/drizUhmVKN7,
http://www.playvid.com/watch/kRZySpd6AQE, http://www.playvid.com/watch/F7UhR6Bj1wL, http://www.playvid.com/watch/2yELHaWz8mo,
http://www.playvid.com/watch/vfM4wVX8nJM, http://www.playvid.com/watch/k3ZX8lbsAsP, http://www.playvid.com/watch/Dr_lgr54xwP,
http://www.playvid.com/watch/3RKtYhVQSPl, http://www.playvid.com/watch/6JvnXgMuetf, http://www.playvid.com/watch/nO1iDGDju1c,
http://www.playvid.com/watch/0JfOJGlo1PP, http://www.playvid.com/watch/y0Jaly2iq9i, http://www.playvid.com/watch/wCu1iuQ22lM,
http://www.playvid.com/watch/3EQegugoc6O, http://www.playvid.com/watch/v71b_fg5V6x, http://www.playvid.com/watch/GNvm12f-Zuk,
http://www.playvid.com/watch/HKphVL4xt2J, http://www.playvid.com/watch/72KdAU6K3jf, http://www.playvid.com/watch/aG_uPfVo6cC,
http://www.playvid.com/watch/uRw4-7xzX-Y, http://www.playvid.com/watch/L21dDm3jukD, http://www.playvid.com/watch/Wq2DOhFMZYd,
http://www.playvid.com/watch/Cei8ih0M6ia, http://www.playvid.com/watch/TQrlC-WmnAZ, http://www.playvid.com/watch/NQb1Fmn-fTk,
http://www.playvid.com/watch/aAxIAmeY0g8, http://www.playvid.com/watch/zh14xp-d2Dt, http://www.playvid.com/watch/8qmvydmsCWL,
http://www.playvid.com/watch/jN7jAsA6Tqf, http://www.playvid.com/watch/x4zcIPqiWsh, http://www.playvid.com/watch/bzIpCD53R32,
http://www.playvid.com/watch/D2klhHiwlM5, http://www.playvid.com/watch/Mn-nA_5eDXT, http://www.playvid.com/watch/YyPjLEaQDZ8,
http://www.playvid.com/watch/83mLQyyZ6sA, http://www.playvid.com/watch/bDulYFQo8hf, http://www.playvid.com/watch/KeHv5l_FgrX,
http://www.playvid.com/watch/MdgxHGHlIOY, http://www.playvid.com/watch/o0-fDNu9ZTV, http://www.playvid.com/watch/shNbeOCN6tn,
http://www.playvid.com/watch/OZamrTI05SV, http://www.playvid.com/watch/Kj1DKaSoGaM, http://www.playvid.com/watch/Zl-bk0tr9xG,
http://www.playvid.com/watch/5-ghU8T6cmo, http://www.playvid.com/watch/LFWe-ZTc0Ky, http://www.playvid.com/watch/qnu4ZZyvRAH,
http://www.playvid.com/watch/iObioabGw-k, http://www.playvid.com/watch/rzx5m1nnXm9, http://www.playvid.com/watch/VfEOOXXEznS,
http://www.playvid.com/watch/aBLjuvCD-h3, http://www.playvid.com/watch/lvhtCcCdTmx, http://www.playvid.com/watch/WUI_Ljf9Ha8,
http://www.playvid.com/watch/bqPuPA3pSgX, http://www.playvid.com/watch/9C1BCgaHZTX, http://www.playvid.com/watch/BQav0YEaPNh,
http://www.playvid.com/watch/pA8Ft4f7NDj, http://www.playvid.com/watch/DybW9B4fEkf, http://www.playvid.com/watch/EDPlC0Bd_N4,
http://www.playvid.com/watch/bx2IcUyaWZo, http://www.playvid.com/watch/2CUgS80SLPJ, http://www.playvid.com/watch/DD2Feb3d0v8,
http://www.playvid.com/watch/mjLGkBiD2hj, http://www.playvid.com/watch/pBbOEnMhqNR, http://www.playvid.com/watch/s1b6YDrxMCG,
http://www.playvid.com/watch/Grgd5MWdM8j, http://www.playvid.com/watch/m-dUBRQpD-V, http://www.playvid.com/watch/JktsWsuXtm3,
http://www.playvid.com/watch/ttFgp5SaD1W, http://www.playvid.com/watch/t2d_UeObLoP, http://www.playvid.com/watch/T-4UqyoEh_X,
http://www.playvid.com/watch/QP6NjCh-Qm9, http://www.playvid.com/watch/poOoZqG_RSc, http://www.playvid.com/watch/tJHvOnGdxKS,
http://www.playvid.com/watch/HQIRzylJSEe, http://www.playvid.com/watch/c74tQT3DHSa, http://www.playvid.com/watch/9Cvqh1aJAS5,
http://www.playvid.com/watch/hod_X-mevb9, http://www.playvid.com/watch/728QKgf4zVD, http://www.playvid.com/watch/0Duxkas34os,
http://www.playvid.com/watch/zYQsGrEWWfM, http://www.playvid.com/watch/wxuVVb-mL7j, http://www.playvid.com/watch/vo60U7uKnm9,
http://www.playvid.com/watch/litI6HGM2Wc, http://www.playvid.com/watch/hFobAcZiqpL, http://www.playvid.com/watch/4etGWlh-ylp,
http://www.playvid.com/watch/WggESvbM9wL, http://www.playvid.com/watch/9_BG5kf63n4, http://www.playvid.com/watch/ftgVXI3_ToY,
http://www.playvid.com/watch/qXYZAO7zPVX, http://www.playvid.com/watch/jYLCKfN4Mb9, http://www.playvid.com/watch/NIxwuY3Gerq,
http://www.playvid.com/watch/0SIMqOcFvF8, http://www.playvid.com/watch/Wp4vU-DpPzm, http://www.playvid.com/watch/sVbz5P6Iggo,
http://www.playvid.com/watch/zEM_WFf67XL, http://www.playvid.com/watch/2ptfg2GmuFv, http://www.playvid.com/watch/WtjRg9dCPE9,
http://www.playvid.com/watch/4_VD7_q9Kv8, http://www.playvid.com/watch/MBPQP1Gey3k, http://www.playvid.com/watch/PFDhdk8xHGz,
http://www.playvid.com/watch/nJLrqXQ2SLy, http://www.playvid.com/watch/gFzPgB3pTMw, http://www.playvid.com/watch/8iwYQZv9hOD,
http://www.playvid.com/watch/jfbM7CccDKZ, http://www.playvid.com/watch/oBEEh_Zq4EB, http://www.playvid.com/watch/q4oJSstt39i,
http://www.playvid.com/watch/5AhK-UseqZY, http://www.playvid.com/watch/45KTvrrDWL7, http://www.playvid.com/watch/HfX9aPwlmac,
http://www.playvid.com/watch/eSx4EbDuwA7, http://www.playvid.com/watch/dKUYTQaj3Nz, http://www.playvid.com/watch/Uj9gipRWZn7,
http://www.playvid.com/watch/iFkr8x6T-7r, http://www.playvid.com/watch/AWLsGU5IAjj, http://www.playvid.com/watch/Ijy2Vst6870,
http://www.playvid.com/watch/4pKUDCZe6uR, http://www.playvid.com/watch/wTcmU8-lowV, http://www.playvid.com/watch/OKrTAUddf3u,
http://www.playvid.com/watch/Y0NeS180K_G, http://www.playvid.com/watch/5XuXccz8keB, http://www.playvid.com/watch/S8keEyfe88a,
http://www.playvid.com/watch/oZjp6SBQDEa, http://www.playvid.com/watch/UrlLdFzyfpf, http://www.playvid.com/watch/skg1SKMvqE3,
http://www.playvid.com/watch/Ert8J_xvaJW, http://www.playvid.com/watch/A15AsnZpz0r, http://www.playvid.com/watch/O1gCahRsnYO,
http://www.playvid.com/watch/Hv2M5qDFka6, http://www.playvid.com/watch/aNkUJpDMW95, http://www.playvid.com/watch/b9FGjy_JPTY,
http://www.playvid.com/watch/G33cQh2DT1I, http://www.playvid.com/watch/MelnrvUf_z0, http://www.playvid.com/watch/BkTLYDdBz4I,
http://www.playvid.com/watch/0Hk79BafPTh, http://www.playvid.com/watch/yy5se3JJOCj, http://www.playvid.com/watch/t9kqG5cSVbY,
http://www.playvid.com/watch/RbUzmBtq3GR, http://www.playvid.com/watch/6oj5PkhG9Kq, http://www.playvid.com/watch/dOABtmGI-Gf,
http://www.playvid.com/watch/Hl9l7KRlG0u, http://www.playvid.com/watch/sF-P6nvYmNQ, http://www.playvid.com/watch/cthMYhdYOvB,
http://www.playvid.com/watch/DOEqtLC3uYl, http://www.playvid.com/watch/x4WFCcLUAcW, http://www.playvid.com/watch/o1l-Jq-j1nQ,
http://www.playvid.com/watch/GWkw6psktNW, http://www.playvid.com/watch/dqzx2B4Yckc, http://www.playvid.com/watch/g1a4kDD7itg,
http://www.playvid.com/watch/MJoqEjggJvj, http://www.playvid.com/watch/0r_8vPzgPng, http://www.playvid.com/watch/xbSmKDXCrxK,
http://www.playvid.com/watch/T0BZ5YotDbg, http://www.playvid.com/watch/HVlIbxbJ_RG, http://www.playvid.com/watch/OeS3djtp7zQ,
http://www.playvid.com/watch/rYRemEJUWEu, http://www.playvid.com/watch/yQuI70Gr0vg, http://www.playvid.com/watch/99P9rGBGZmU,
http://www.playvid.com/watch/vOIkIjt9Q5o, http://www.playvid.com/watch/o4-NfC8Ertn, http://www.playvid.com/watch/aUrDIUe_mr8,
http://www.playvid.com/watch/e8cEJq6SVi0, http://www.playvid.com/watch/zTfg2_EB4sU, http://www.playvid.com/watch/h2IWlfeuZas,
http://www.playvid.com/watch/xcQmu6Wc266, http://www.playvid.com/watch/ZpKndjmbb2a, http://www.playvid.com/watch/xR6agZq3pWq,
http://www.playvid.com/watch/lUM2dY4lnF3, http://www.playvid.com/watch/2carKUlv4gd, http://www.playvid.com/watch/FML9e3VTxl0,
http://www.playvid.com/watch/8M2wTMIuKkU, http://www.playvid.com/watch/pO8WxSKgczy, http://www.playvid.com/watch/S-YE3JMwsM8,

http://www.playvid.com/watch/rdETx3ccWzf, http://www.playvid.com/watch/Xqm09WR8Zew, http://www.playvid.com/watch/73wHMv1f0-q, http://www.playvid.com/watch/LvtCO9tor9n, http://www.playvid.com/watch/K--55e0jxfb, http://www.playvid.com/watch/i9Od02EqfUi, http://www.playvid.com/watch/YsWjINe2Brd, http://www.playvid.com/watch/uTSHIx02LMZ, http://www.playvid.com/watch/zVZi6axNsCr, http://www.playvid.com/watch/zZYNBFn8A5Q, http://www.playvid.com/watch/wmd1UU2Co3b, http://www.playvid.com/watch/l9XqDSKLN5R, http://www.playvid.com/watch/2Qs3QF14EO3, http://www.playvid.com/watch/8DkuxXHGmrz, http://www.playvid.com/watch/RICPHgXnLR3, http://www.playvid.com/watch/SWMbsLzPlnb
5.f. Date of third notice: 2014-11-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beast87
5.b. Uploader's email address: bogdanv87@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/beast87
5.e. List of videos posted by uploader: http://www.playvid.com/watch/l63RjGdqEFC, http://www.playvid.com/watch/V0sNlv-G-Yw, http://www.playvid.com/watch/2Jhg0snjUrD, http://www.playvid.com/watch/JuNVXBCxdwL, http://www.playvid.com/watch/RqTMw9tHFYx, http://www.playvid.com/watch/VDyIddZfTV4, http://www.playvid.com/watch/w9-ulzr9ZqP, http://www.playvid.com/watch/V4s6FoK-nNX, http://www.playvid.com/watch/fl7DdqcrwQL, http://www.playvid.com/watch/pVY2f5vnxlU, http://www.playvid.com/watch/0CM-08kU6Ip, http://www.playvid.com/watch/v87e3I4hWPH, http://www.playvid.com/watch/S9nvd708T8D, http://www.playvid.com/watch/qkijbwKcJ24, http://www.playvid.com/watch/V4P8YFYV8BP, http://www.playvid.com/watch/BYhwVJoc2Fb, http://www.playvid.com/watch/BZCFb9-VXBV, http://www.playvid.com/watch/sJOTpt7Jjii, http://www.playvid.com/watch/tyFaZm7As-E, http://www.playvid.com/watch/wuxK2TuqD23, http://www.playvid.com/watch/oi4v7Iumg3I, http://www.playvid.com/watch/nRnunSFz0Tb, http://www.playvid.com/watch/qjNApq2WA5E, http://www.playvid.com/watch/ylq09xwdYo5
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beatless
5.b. Uploader's email address: retnooyoh@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/beatless
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ebYCwFywG8m, http://www.playvid.com/watch/NNJlZ5Zfk-v, http://www.playvid.com/watch/5d6tz3uSMOF, http://www.playvid.com/watch/U04K9K9eo3m, http://www.playvid.com/watch/ycJFtrLBr-R, http://www.playvid.com/watch/Pw7HPVnr7JT, http://www.playvid.com/watch/5ka3uy5vz7w, http://www.playvid.com/watch/Gt50ZUdlKyj, http://www.playvid.com/watch/JRl3JhPixkp, http://www.playvid.com/watch/umad-bGCiTG, http://www.playvid.com/watch/ycwN4Lb-7no, http://www.playvid.com/watch/57dsaKY4efE, http://www.playvid.com/watch/vjCKzgKjhwm, http://www.playvid.com/watch/iFZ8Tz44Vl9, http://www.playvid.com/watch/4qUyzI3QXPv, http://www.playvid.com/watch/tzgnL9Ff0Vx, http://www.playvid.com/watch/f6NTNKevj5v, http://www.playvid.com/watch/CckhRouA0G4, http://www.playvid.com/watch/sTPWhDFZq99, http://www.playvid.com/watch/Rb0Kfj04RlU, http://www.playvid.com/watch/Wp9cKyFFK3y, http://www.playvid.com/watch/yzPnuNVjQkb, http://www.playvid.com/watch/AACAJ744Nlx, http://www.playvid.com/watch/0Gfu9ovn2bL, http://www.playvid.com/watch/lliaad99DMP, http://www.playvid.com/watch/7C-tPrcjBrz, http://www.playvid.com/watch/x-yY2FKipmp, http://www.playvid.com/watch/pDWVtIxw9mv, http://www.playvid.com/watch/io86ZK9hTv7, http://www.playvid.com/watch/DoWdiZTUqy8, http://www.playvid.com/watch/CpxeOmZZ2zy, http://www.playvid.com/watch/5QEscM0F69D, http://www.playvid.com/watch/HsrS-HdXb-s, http://www.playvid.com/watch/G3A4PK9dU6q, http://www.playvid.com/watch/BtWHkLRGkIz, http://www.playvid.com/watch/vl0N340KFFu, http://www.playvid.com/watch/mFWt42FPRMA, http://www.playvid.com/watch/uocxAzz9zeJ, http://www.playvid.com/watch/JQIDT65UWj9, http://www.playvid.com/watch/KWhknXAzF8C, http://www.playvid.com/watch/4O78h6ey7VC, http://www.playvid.com/watch/Tre2jYXkIms, http://www.playvid.com/watch/n8hLALeIZCK, http://www.playvid.com/watch/O-iS-pfBO9A, http://www.playvid.com/watch/OR72tCX0Eg5, http://www.playvid.com/watch/W079ECAKBmx, http://www.playvid.com/watch/Y-n3GJVp3Pe, http://www.playvid.com/watch/JyTyBcA3vmj, http://www.playvid.com/watch/US3Okn-rZm4, http://www.playvid.com/watch/ySPnSZEtqaX, http://www.playvid.com/watch/Q3b8SJyIa6m, http://www.playvid.com/watch/3ho0OKHtGPT, http://www.playvid.com/watch/ATWBrd2256C, http://www.playvid.com/watch/rXlYxmoNtCK, http://www.playvid.com/watch/a3kcVD9lpHK, http://www.playvid.com/watch/sxG504jNXph, http://www.playvid.com/watch/oyCnIp-NZTu, http://www.playvid.com/watch/d50h-p5iiHU, http://www.playvid.com/watch/dWevNm3xDYZ, http://www.playvid.com/watch/sxdwahskpr9, http://www.playvid.com/watch/G8uhfv7c26-, http://www.playvid.com/watch/I3hmmWgTTms, http://www.playvid.com/watch/HPXoE2e5YGY, http://www.playvid.com/watch/XG8WchrXYSR, http://www.playvid.com/watch/wwiOgWdqQR9, http://www.playvid.com/watch/yusLp-UUzLs, http://www.playvid.com/watch/S9WbWlkORMf, http://www.playvid.com/watch/6EBXahmcv0O, http://www.playvid.com/watch/MIHn2nYvreX, http://www.playvid.com/watch/GinxtWYMJwW, http://www.playvid.com/watch/ReoWXh4evnG, http://www.playvid.com/watch/WOJHPt5ruZL, http://www.playvid.com/watch/L4lAkRfzHaV, http://www.playvid.com/watch/xP5vdSSvfQ0, http://www.playvid.com/watch/PawTMjOzTGw, http://www.playvid.com/watch/XdSsJ-2k0Xl, http://www.playvid.com/watch/S-DsBX0qXc5, http://www.playvid.com/watch/BC3E4E68Yva, http://www.playvid.com/watch/UoEsftNEQhV, http://www.playvid.com/watch/nn37ML3-Yli, http://www.playvid.com/watch/OrP8HUkaHVE, http://www.playvid.com/watch/SgOlbyoJ4Ht, http://www.playvid.com/watch/3uUeYzeMUHu, http://www.playvid.com/watch/gYm5-JJvTId, http://www.playvid.com/watch/NZIbByFhdXJ, http://www.playvid.com/watch/fEpdXB39VRL, http://www.playvid.com/watch/JXFd4F0iNSO, http://www.playvid.com/watch/pONaDwGwYPq, http://www.playvid.com/watch/4k3RASnQbOx, http://www.playvid.com/watch/kE3Z4Tt3E40, http://www.playvid.com/watch/9foLQaTEkaJ, http://www.playvid.com/watch/M-ZTvqbW-rv, http://www.playvid.com/watch/kqb-FuTOBhK, http://www.playvid.com/watch/ts0wk3EA8zo, http://www.playvid.com/watch/uSbH5CCntaY, http://www.playvid.com/watch/b7rckwoqxoZ, http://www.playvid.com/watch/KL995vUrSjC, http://www.playvid.com/watch/wmyX2XfVaT6, http://www.playvid.com/watch/9aOFs9wPD2i, http://www.playvid.com/watch/yUNBp-W7VO3, http://www.playvid.com/watch/p2lwvxZ9weS, http://www.playvid.com/watch/p2uD7sq6gdf, http://www.playvid.com/watch/Ry9gjqe7l2a, http://www.playvid.com/watch/ySN7QaUT6on, http://www.playvid.com/watch/R6FtjU-4lcz, http://www.playvid.com/watch/c3h5-9aH9Ym, http://www.playvid.com/watch/6eWDhAWXeWe, http://www.playvid.com/watch/7YbXIB5nn-2, http://www.playvid.com/watch/fhMXBSwwlV5, http://www.playvid.com/watch/0ncNqTiX3hD, http://www.playvid.com/watch/7XukygD-d03, http://www.playvid.com/watch/QrQYuG27T2l, http://www.playvid.com/watch/cwVmcMpW7ua, http://www.playvid.com/watch/fIJQ6PMpYxX, http://www.playvid.com/watch/PVF9B-Ciqug, http://www.playvid.com/watch/dcUIhOhnvp4, http://www.playvid.com/watch/CSNbKUoWHuG, http://www.playvid.com/watch/9OMCeO34XuZ, http://www.playvid.com/watch/Qf6pyisaBPq, http://www.playvid.com/watch/NZpJ--FIwE6, http://www.playvid.com/watch/SA7CZQn9msc, http://www.playvid.com/watch/HXKgQeF-OgO, http://www.playvid.com/watch/mKteiwnOou0, http://www.playvid.com/watch/0kPswaeQrkG, http://www.playvid.com/watch/LCWceeQK7dc, http://www.playvid.com/watch/UvkijZVf6ee, http://www.playvid.com/watch/47RDHfvPlZJ, http://www.playvid.com/watch/kADwdWyVSMK, http://www.playvid.com/watch/7CPuNIzMg0v, http://www.playvid.com/watch/GLTEoDS65TZ, http://www.playvid.com/watch/ltpXghKqFSE, http://www.playvid.com/watch/7jryIXZou9g, http://www.playvid.com/watch/TS-0bwSnJ4J, http://www.playvid.com/watch/Ucqo6jPxAD-, http://www.playvid.com/watch/-Xq8DeaPniN, http://www.playvid.com/watch/q2dcAO5ElS7, http://www.playvid.com/watch/0tZX4v2LSCW, http://www.playvid.com/watch/yXReJzt8wQm, http://www.playvid.com/watch/e0cPFpdcZJ4, http://www.playvid.com/watch/eQktHNhWkBY, http://www.playvid.com/watch/aRBxEmPqFGx, http://www.playvid.com/watch/xtiencRPgAK, http://www.playvid.com/watch/9uMZdOHyWO5, http://www.playvid.com/watch/-OwqsQhP2sN, http://www.playvid.com/watch/tB5-zv9gNLd, http://www.playvid.com/watch/xryF3V6sRm9, http://www.playvid.com/watch/tGBRIXuNaNA, http://www.playvid.com/watch/7dqVRYyza3A, http://www.playvid.com/watch/gbeRiv0lBgc, http://www.playvid.com/watch/CIW72GflUnS, http://www.playvid.com/watch/AJjvKaYCE6I, http://www.playvid.com/watch/tY4UrXL8xyU, http://www.playvid.com/watch/aaPcwbMMOqE, http://www.playvid.com/watch/7S2ioIyMmnn, http://www.playvid.com/watch/zmmVWCIKyqa, http://www.playvid.com/watch/I55LZ3EWJ8u, http://www.playvid.com/watch/mNxROfUlPaQ, http://www.playvid.com/watch/NNFbwbLRbqC, http://www.playvid.com/watch/p6ojQqXcgDl, http://www.playvid.com/watch/ksoTVh2USw2, http://www.playvid.com/watch/caTJ0fIFMcU, http://www.playvid.com/watch/GDHKi-Qh-5Z, http://www.playvid.com/watch/kqFqGbdVu4W, http://www.playvid.com/watch/mjZZcp8OfWu, http://www.playvid.com/watch/oL3bjprqPjI, http://www.playvid.com/watch/jOHo58jccPZ, http://www.playvid.com/watch/WFRVsQpqJGt, http://www.playvid.com/watch/Hy8Hk49a60C, http://www.playvid.com/watch/z5h8uIujq73, http://www.playvid.com/watch/biGLMeDN8GH, http://www.playvid.com/watch/LlBZ3h5E6jl, http://www.playvid.com/watch/haSrXkUNkvh, http://www.playvid.com/watch/Dv7tCpCvzQe, http://www.playvid.com/watch/yHv6v0sloKe, http://www.playvid.com/watch/cbsBWhgfBL3, http://www.playvid.com/watch/66qhNKDufmi, http://www.playvid.com/watch/0Z-yaYs7Ohc, http://www.playvid.com/watch/0q7aUbUpSFH, http://www.playvid.com/watch/dezg5WH9Nhq, http://www.playvid.com/watch/bb4yGphGVTw, http://www.playvid.com/watch/7JulkX22aAK, http://www.playvid.com/watch/JcCuJVxYKru, http://www.playvid.com/watch/HGzeTlGB50o, http://www.playvid.com/watch/0ZAeBN6KhEE, http://www.playvid.com/watch/HbjLB2rtdqP, http://www.playvid.com/watch/finiZ0mWLLG, http://www.playvid.com/watch/w4DSs0M0xqb, http://www.playvid.com/watch/mDz93aKWDQ-, http://www.playvid.com/watch/Og0sITDFAWn, http://www.playvid.com/watch/Hz66Ab-kIWZ, http://www.playvid.com/watch/TZokr4JBWMC, http://www.playvid.com/watch/VCQZ67suB0g, http://www.playvid.com/watch/MSCSA9HxrDP, http://www.playvid.com/watch/XQwKHXlbkVY, http://www.playvid.com/watch/n9IucBnZU7Y, http://www.playvid.com/watch/NGmDWXBkJ50, http://www.playvid.com/watch/ZNqa-jruco7, http://www.playvid.com/watch/EnR0djOKNcf, http://www.playvid.com/watch/4PLXAvpzZcs, http://www.playvid.com/watch/64GTypqtMoT, http://www.playvid.com/watch/J-LQBnRU-yw, http://www.playvid.com/watch/XFj3LdLAloq, http://www.playvid.com/watch/-2C8GW0NZR8, http://www.playvid.com/watch/ot3mCGPB-V3, http://www.playvid.com/watch/l38ienDuBfK, http://www.playvid.com/watch/-wWex3MsEJd,

http://www.playvid.com/watch/xVBl-L4rMJq, http://www.playvid.com/watch/7t652mSU0B4, http://www.playvid.com/watch/6OM3YbcDKHU, http://www.playvid.com/watch/3sO0TrsEbq4, http://www.playvid.com/watch/z-VP7IEtgOs, http://www.playvid.com/watch/YeM0JAEgKLX, http://www.playvid.com/watch/EcKTaAAdAJ9, http://www.playvid.com/watch/nuk0YY9YNlU, http://www.playvid.com/watch/4ex5sbVQ5id, http://www.playvid.com/watch/f3oNRsJUN3c, http://www.playvid.com/watch/5R3MSixMEfb, http://www.playvid.com/watch/jbDlhhLTOXp, http://www.playvid.com/watch/SsMoXwARU-p, http://www.playvid.com/watch/8D0xIUsFm3u, http://www.playvid.com/watch/3OSU8fCraNB, http://www.playvid.com/watch/vEOmuI2QhAJ, http://www.playvid.com/watch/wEZQUcEgiH4, http://www.playvid.com/watch/YDvvl2bgdbK, http://www.playvid.com/watch/woiU0w2p-sM, http://www.playvid.com/watch/G-Bg5O8eVnV, http://www.playvid.com/watch/LiXw4WM-6eN, http://www.playvid.com/watch/a77UqSjQWbJ, http://www.playvid.com/watch/CyzkZLLCFDf, http://www.playvid.com/watch/KbyEK4loUoq, http://www.playvid.com/watch/g9rA538-ZIp, http://www.playvid.com/watch/GwV5AJ-JspI, http://www.playvid.com/watch/HjaJGpKBzOi, http://www.playvid.com/watch/CfSXczQoJyQ, http://www.playvid.com/watch/Z2NhEOmVVG8, http://www.playvid.com/watch/Fwe-v5NfS0s, http://www.playvid.com/watch/RC6v6ZoIiXF, http://www.playvid.com/watch/5WfJXOUHRyE, http://www.playvid.com/watch/fp9fJcGCOxB, http://www.playvid.com/watch/TCnoizgK4-z, http://www.playvid.com/watch/Dhi7uubMUJ3, http://www.playvid.com/watch/QVkHQvUHTZF, http://www.playvid.com/watch/K9xlm0Dx2Ra, http://www.playvid.com/watch/t2RORdjMBjH, http://www.playvid.com/watch/ar259pa-exM, http://www.playvid.com/watch/AAsXlKHWUYK, http://www.playvid.com/watch/rwXp6fpPA2i, http://www.playvid.com/watch/nS643DOwXwK, http://www.playvid.com/watch/QOHWQ6tAnZX, http://www.playvid.com/watch/H5csRuZgFZ-, http://www.playvid.com/watch/TMpggcW3i4X, http://www.playvid.com/watch/oEHThDDoThm, http://www.playvid.com/watch/k8JvG2GZwFP, http://www.playvid.com/watch/A4rqjDBFpjB, http://www.playvid.com/watch/Tc4wRnCQYMH, http://www.playvid.com/watch/JZlZshr-bQi, http://www.playvid.com/watch/FJyJu5fxN6A, http://www.playvid.com/watch/6duvb3QOORX, http://www.playvid.com/watch/eMMkKLrxzOH, http://www.playvid.com/watch/4ybvH7iiMpG, http://www.playvid.com/watch/9OTMOr482ux, http://www.playvid.com/watch/ZQMt4mvCba4, http://www.playvid.com/watch/vNaDNbibHQK, http://www.playvid.com/watch/aVWYrDKRyJb, http://www.playvid.com/watch/q3769GytHIo, http://www.playvid.com/watch/NHpKK-P5VRN, http://www.playvid.com/watch/By8cSGi56H2, http://www.playvid.com/watch/OB2wGsprgPV, http://www.playvid.com/watch/hR2399y-Q2n, http://www.playvid.com/watch/a-A5Nd3yDGc, http://www.playvid.com/watch/sPF5XmHWeIJ, http://www.playvid.com/watch/HYWbDPjngE7, http://www.playvid.com/watch/tRnFpqGIFcx, http://www.playvid.com/watch/L0IaCzZwkzu, http://www.playvid.com/watch/0sEmHnp8L6g, http://www.playvid.com/watch/IOQY4lTItGf, http://www.playvid.com/watch/8WNbi98oYAP, http://www.playvid.com/watch/jjhBNwnflum, http://www.playvid.com/watch/IQh7Y2BuUGA, http://www.playvid.com/watch/BSsxUDgCLdW, http://www.playvid.com/watch/jb-DOBV6pA4, http://www.playvid.com/watch/qqFdD0OOGrl, http://www.playvid.com/watch/RMNaq-Ssh3M, http://www.playvid.com/watch/fk5vOx-lxha, http://www.playvid.com/watch/K2vOH9RrRNB, http://www.playvid.com/watch/0FV-sjQpqa7, http://www.playvid.com/watch/LgMh0HzuJsY, http://www.playvid.com/watch/EaLh2ZnXMVp, http://www.playvid.com/watch/MVtSbLuYtgp, http://www.playvid.com/watch/2Xk5RMJzFet, http://www.playvid.com/watch/oWBsApNecmu, http://www.playvid.com/watch/6cHsuBzsiKe, http://www.playvid.com/watch/exCjFO6YRFm, http://www.playvid.com/watch/0C4PF3S2RLw, http://www.playvid.com/watch/icGYWSNTjAp, http://www.playvid.com/watch/3NbRX4SH03J, http://www.playvid.com/watch/2OgVLMmeZGR, http://www.playvid.com/watch/wgMtbaFyTOO, http://www.playvid.com/watch/CdtcruGWsOp, http://www.playvid.com/watch/m9Dx2KAdHej, http://www.playvid.com/watch/rEDJ3nPhvPu, http://www.playvid.com/watch/bfWup7S93Do, http://www.playvid.com/watch/4enmn0lpvmZ, http://www.playvid.com/watch/CmegbN-IyJn, http://www.playvid.com/watch/tvcbfrh7jUb, http://www.playvid.com/watch/lxT6aIglO2z, http://www.playvid.com/watch/xJqSby57Pzy, http://www.playvid.com/watch/Oyr8eqWyJPp, http://www.playvid.com/watch/7nN7EV5zMhW, http://www.playvid.com/watch/tXEqPxUzSNX, http://www.playvid.com/watch/N622hlpxF4f, http://www.playvid.com/watch/P6CXRpOXsRp, http://www.playvid.com/watch/kd2aYXhQZTe, http://www.playvid.com/watch/G9C-tI4SSPY, http://www.playvid.com/watch/DakMdwT55q2, http://www.playvid.com/watch/kpmmBm8Z-tt, http://www.playvid.com/watch/sjfhMhkMESG, http://www.playvid.com/watch/P7ie29q7p74, http://www.playvid.com/watch/wXXVBpduoYf, http://www.playvid.com/watch/eTqcUfWGjgw, http://www.playvid.com/watch/uj6AJEFVJhx, http://www.playvid.com/watch/DjaZgHP6EJN, http://www.playvid.com/watch/2TCgkgAhTux, http://www.playvid.com/watch/WSe5dJ26I4f, http://www.playvid.com/watch/9VQyVxJCgpI, http://www.playvid.com/watch/4yuEVAj2ReG, http://www.playvid.com/watch/3cYIFboyF9Z, http://www.playvid.com/watch/2MmewkQD-8w, http://www.playvid.com/watch/j8gV6Pn4kIb, http://www.playvid.com/watch/ftnXssNZo7a, http://www.playvid.com/watch/0KCmDH2OpIW, http://www.playvid.com/watch/y73vII56V8D, http://www.playvid.com/watch/0VYtTauwdjb, http://www.playvid.com/watch/YZkSsIJe7PX, http://www.playvid.com/watch/hHko26Hr3NP, http://www.playvid.com/watch/OHm3EOD-M-k, http://www.playvid.com/watch/0QidxH5PrdU, http://www.playvid.com/watch/WnQnpKmDttM, http://www.playvid.com/watch/Iu9T4PTw0pN, http://www.playvid.com/watch/tvwNS4LCOvm, http://www.playvid.com/watch/pgeF95Kfb9W, http://www.playvid.com/watch/QkJ2tVl0aaY, http://www.playvid.com/watch/qqSfzrnKVd6, http://www.playvid.com/watch/gNhJb4X-Mgj, http://www.playvid.com/watch/0quMnjDRN0H, http://www.playvid.com/watch/XHtJnga5UoE, http://www.playvid.com/watch/6tZQDhnLjUG, http://www.playvid.com/watch/Ph670DcGQ6l, http://www.playvid.com/watch/9-paLjXAbZB, http://www.playvid.com/watch/J2CFsxs-6KG, http://www.playvid.com/watch/-O0QbRhrbTu, http://www.playvid.com/watch/sHSmjyas3bn, http://www.playvid.com/watch/pmYMUk6jNuX, http://www.playvid.com/watch/YMxXwAeYdSA, http://www.playvid.com/watch/AgfDTZ2p0rG, http://www.playvid.com/watch/iF5FxY2kMw5, http://www.playvid.com/watch/nAvsj-ehGB0, http://www.playvid.com/watch/hQPhD6htC73, http://www.playvid.com/watch/Vy535bohaeC, http://www.playvid.com/watch/pKTq7-84lxJ, http://www.playvid.com/watch/-BqccBcoaIV, http://www.playvid.com/watch/5rWxbLWc9I0, http://www.playvid.com/watch/aiLDH0ylpMo, http://www.playvid.com/watch/ctZnK4MdQho, http://www.playvid.com/watch/hqSfh99VxcH, http://www.playvid.com/watch/TO7TPEULJOP, http://www.playvid.com/watch/Q9JYYUCtIgy, http://www.playvid.com/watch/UcCLEgzlNtn, http://www.playvid.com/watch/Mf3I-enGqgb, http://www.playvid.com/watch/ucz2NcazTy3, http://www.playvid.com/watch/0V9DLOoG2p0, http://www.playvid.com/watch/OLFZOdf3vXX, http://www.playvid.com/watch/BWcGHOsB0lh, http://www.playvid.com/watch/4Sn3zriBbqX, http://www.playvid.com/watch/rYdzO5nbJnl, http://www.playvid.com/watch/F8j06sFuk8x, http://www.playvid.com/watch/f7Z26sjUjx5, http://www.playvid.com/watch/lypUM77-vwF, http://www.playvid.com/watch/4GsJx6FbxUo, http://www.playvid.com/watch/DWxwL62rM9V, http://www.playvid.com/watch/O5XNJvSKj0R, http://www.playvid.com/watch/vCKKcyazNEc, http://www.playvid.com/watch/7pF2krLoG7X, http://www.playvid.com/watch/QXF3mVFIVnR, http://www.playvid.com/watch/2vhIUaq84Qo, http://www.playvid.com/watch/gDrn7ffLvXy, http://www.playvid.com/watch/sc9fybHV-Yn, http://www.playvid.com/watch/sgwr9R0CwVf, http://www.playvid.com/watch/qhUVzxF6jE4, http://www.playvid.com/watch/rRjQy6fIKqP, http://www.playvid.com/watch/GpqFLku35EI, http://www.playvid.com/watch/U94uownGjXR, http://www.playvid.com/watch/kE3ABMCIm98, http://www.playvid.com/watch/CJ2xiydMkic, http://www.playvid.com/watch/ORbHaMbWB3E, http://www.playvid.com/watch/p09YmX6dXHP, http://www.playvid.com/watch/rWWJB6B6JFm, http://www.playvid.com/watch/q0W37qTwo4W, http://www.playvid.com/watch/ggUUhFmEd56, http://www.playvid.com/watch/hi8OSud7oi5, http://www.playvid.com/watch/piQG5J23GH0, http://www.playvid.com/watch/kCENm4jgy-6, http://www.playvid.com/watch/SiHTG7DFPNu, http://www.playvid.com/watch/d-X0x7Ec6oz, http://www.playvid.com/watch/OyckvSGq6jP, http://www.playvid.com/watch/avIEkC-R6b4, http://www.playvid.com/watch/7SkiSVvYb4O, http://www.playvid.com/watch/LzYR-8MfKkC, http://www.playvid.com/watch/S0wdz9lXfh8, http://www.playvid.com/watch/MnG0ev43bRF, http://www.playvid.com/watch/oIVHU0RzZjT, http://www.playvid.com/watch/obIyiLP2VNW, http://www.playvid.com/watch/3feRRc5Lu7V, http://www.playvid.com/watch/8glrNRLyq-C, http://www.playvid.com/watch/8GyqVuG7B4K, http://www.playvid.com/watch/gTSivvG8Kvr, http://www.playvid.com/watch/lhdgWbxn-Vz, http://www.playvid.com/watch/IPKLfdp0Q5-, http://www.playvid.com/watch/TEqf2znpU6l, http://www.playvid.com/watch/4GUqZUu03gx, http://www.playvid.com/watch/KKkl8contZM, http://www.playvid.com/watch/tkonyKw-bXG, http://www.playvid.com/watch/v53IGmfZQaj, http://www.playvid.com/watch/bKQXfDDtVWD, http://www.playvid.com/watch/hnCelIEHisi, http://www.playvid.com/watch/cIqJ5o995TE, http://www.playvid.com/watch/bw-8vIar2PM, http://www.playvid.com/watch/U5LqtFoEUnC, http://www.playvid.com/watch/blbItko7mYc, http://www.playvid.com/watch/zRb4bhVF3GQ, http://www.playvid.com/watch/dVAsmRc7GjJ, http://www.playvid.com/watch/C6KtJK9E7VN, http://www.playvid.com/watch/oim6QSJSFX5, http://www.playvid.com/watch/Qt80anfu9TH, http://www.playvid.com/watch/LlVc2yK6Gjl, http://www.playvid.com/watch/MIJUnVV6AKc, http://www.playvid.com/watch/Ro2e6yI7u5n, http://www.playvid.com/watch/8hDXv-aXFXK, http://www.playvid.com/watch/0oFzC3TqFRi, http://www.playvid.com/watch/aw-ya-cB5w5, http://www.playvid.com/watch/ZR3Xg9bGDsq, http://www.playvid.com/watch/3dwFiyz5Im0, http://www.playvid.com/watch/CJMYAAQuUQ5, http://www.playvid.com/watch/iUqJzjB6dLE, http://www.playvid.com/watch/w2dk3fUZJja, http://www.playvid.com/watch/4iXciSTCGky, http://www.playvid.com/watch/vucn8wNSbbH, http://www.playvid.com/watch/Tfin57yeAQz, http://www.playvid.com/watch/ikCCrpB5H93, http://www.playvid.com/watch/8cTtthmqZHK, http://www.playvid.com/watch/ngeipSsbA-p, http://www.playvid.com/watch/WKUv3PZ4b8k, http://www.playvid.com/watch/PDIRb22pXdd, http://www.playvid.com/watch/7Wio3t3NHyu, http://www.playvid.com/watch/0-b5BD98PUl, http://www.playvid.com/watch/uGXw4-ON9dh, http://www.playvid.com/watch/wKlm8pbLrQF, http://www.playvid.com/watch/GUyeMWktUZC, http://www.playvid.com/watch/iluEkvsQWFc, http://www.playvid.com/watch/7XgYed3MiBP, http://www.playvid.com/watch/kwUC4AVUQbP, http://www.playvid.com/watch/uuKlFPQpLsc, http://www.playvid.com/watch/RPqMOhzDGR4, http://www.playvid.com/watch/t9uWxBq-ZSd, http://www.playvid.com/watch/phWOhkJIXkP, http://www.playvid.com/watch/p7syhSifCEa, http://www.playvid.com/watch/DKwW62szKG4, http://www.playvid.com/watch/DRturqAHvTJ, http://www.playvid.com/watch/y7VIQPm0Lfl, http://www.playvid.com/watch/if49-xBsPIW, http://www.playvid.com/watch/uIQUgbEPI2R, http://www.playvid.com/watch/vph7BxmtJty, http://www.playvid.com/watch/CeX6iJBvePb, http://www.playvid.com/watch/ueBLLHEs4cM, http://www.playvid.com/watch/6xZOhbA7d0v, http://www.playvid.com/watch/GQ-l0Y7MwmM, http://www.playvid.com/watch/EraiwZWctri, http://www.playvid.com/watch/K2SpklsrRin, http://www.playvid.com/watch/8ASFJke876N, http://www.playvid.com/watch/DUf6NCVewNP, http://www.playvid.com/watch/8TVH9pa72Xi, http://www.playvid.com/watch/FzaWJUz3tFP, http://www.playvid.com/watch/nKjNtiMY0bJ, http://www.playvid.com/watch/giaAMXVjdEc, http://www.playvid.com/watch/pWtTQr5Oyxd, http://www.playvid.com/watch/iIZyAJqtV6N, http://www.playvid.com/watch/q7fwYgGAC4T, http://www.playvid.com/watch/hBv5dOd-jnc, http://www.playvid.com/watch/BSK08xdg2cV, http://www.playvid.com/watch/msfgIf2zCNX, http://www.playvid.com/watch/58BU2KSAZuU, http://www.playvid.com/watch/GYe8Mqq4Uyh, http://www.playvid.com/watch/db9AOpP7r-m, http://www.playvid.com/watch/3DwVUAbk0qR,

http://www.playvid.com/watch/MsXUHagBn3f, http://www.playvid.com/watch/jHxo-wEp0K7, http://www.playvid.com/watch/4lYTXKDl8Oe,
http://www.playvid.com/watch/lebVvkK4-uO, http://www.playvid.com/watch/OT9oUbUdGIT, http://www.playvid.com/watch/w8PWZ4uCvzO,
http://www.playvid.com/watch/F807TjdQcHB, http://www.playvid.com/watch/ZLV0MPvyTa7, http://www.playvid.com/watch/FGTcHnPGaxq,
http://www.playvid.com/watch/bbPm9Mw8Uq-, http://www.playvid.com/watch/9VzD2PhwwbJ, http://www.playvid.com/watch/a79CodQsScI,
http://www.playvid.com/watch/yX5A9GSrm6i, http://www.playvid.com/watch/VGg6Rvsf0mb, http://www.playvid.com/watch/HBAB75r38Tn,
http://www.playvid.com/watch/K8mRMV7RmKG, http://www.playvid.com/watch/SNMnaeBISwh, http://www.playvid.com/watch/PeZ0sRFW5Qh
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beautybath
5.b. Uploader's email address: mamonnonmon@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/beautybath
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NPiv35ToppT, http://www.playvid.com/watch/oOHyVdkDePK,
http://www.playvid.com/watch/9JBJB7zrwlU, http://www.playvid.com/watch/Rtm4NBMGwzC, http://www.playvid.com/watch/WhwLSJe7p2E,
http://www.playvid.com/watch/VA0Tli7GEl4, http://www.playvid.com/watch/wMZX0qQtVNY, http://www.playvid.com/watch/CaR2gDKG5y4,
http://www.playvid.com/watch/Z93_JhEYHdU, http://www.playvid.com/watch/fEVW0WO8zH8, http://www.playvid.com/watch/kRSdAIgI9iD,
http://www.playvid.com/watch/m00hhu1OwhZ, http://www.playvid.com/watch/7k1p6Drkeat, http://www.playvid.com/watch/aq-yHY4J73B,
http://www.playvid.com/watch/rx2ffWoiqAz, http://www.playvid.com/watch/4ilTT5D2g_R, http://www.playvid.com/watch/zahwT1KjPIB,
http://www.playvid.com/watch/Q4uMVjBU9ps, http://www.playvid.com/watch/8hNYxe1kv5g, http://www.playvid.com/watch/ntz0IkDQK8T,
http://www.playvid.com/watch/6ZRdQTUMO3m, http://www.playvid.com/watch/gBjVCjg5Y6M, http://www.playvid.com/watch/IKfYoaAxdEe,
http://www.playvid.com/watch/obeHMK-4yvq, http://www.playvid.com/watch/JPaFT0y0Nhl, http://www.playvid.com/watch/SyEgIvTvkRK,
http://www.playvid.com/watch/b3ZG2Ao2LHG, http://www.playvid.com/watch/aV0t0U92ziG, http://www.playvid.com/watch/qJ13xMmXVhg,
http://www.playvid.com/watch/7QAm9-Gnt8m, http://www.playvid.com/watch/4OGChdL6sLY, http://www.playvid.com/watch/U71C805Ik2P,
http://www.playvid.com/watch/EV5e4C4Xg7I, http://www.playvid.com/watch/P0LAZXwpN5a, http://www.playvid.com/watch/q1Iuew2dMhI,
http://www.playvid.com/watch/eHM-0ps95U5, http://www.playvid.com/watch/Q5yFxeNS2F7, http://www.playvid.com/watch/9V2UT1OByff,
http://www.playvid.com/watch/JPQt4oh9dEK, http://www.playvid.com/watch/d0pZWF2IFVI, http://www.playvid.com/watch/y54TD88CjUg,
http://www.playvid.com/watch/twYdQWa8LXc, http://www.playvid.com/watch/65AcNlUO-hf, http://www.playvid.com/watch/VK-Gysw_5bJ,
http://www.playvid.com/watch/o2MV26jXali, http://www.playvid.com/watch/cK081i96o7Q, http://www.playvid.com/watch/8H7MDip-Mld,
http://www.playvid.com/watch/QhmWylr_AYj, http://www.playvid.com/watch/fNLCJpburfY, http://www.playvid.com/watch/H2nQfadsx99,
http://www.playvid.com/watch/SmEuNiuU62R, http://www.playvid.com/watch/YHShSSnUj4U, http://www.playvid.com/watch/PWjc_W8BEFT,
http://www.playvid.com/watch/P8R8xvgLnNr, http://www.playvid.com/watch/Eezye1_7GmE, http://www.playvid.com/watch/7OZDs7QAWFY,
http://www.playvid.com/watch/9uE_fKFsGTw
5.f. Date of third notice: 2015-08-24 22:56:55
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beautylife
5.b. Uploader's email address: whitesnoxtoo@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/beautylife
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pGYXDcxXXVL, http://www.playvid.com/watch/7V1GwgXxC29,
http://www.playvid.com/watch/s4rK6oJQAIF, http://www.playvid.com/watch/JSvXVk1S7lo, http://www.playvid.com/watch/S0dKPBpWWbB,
http://www.playvid.com/watch/s7OCwr7xHJE, http://www.playvid.com/watch/TVsyGMr9-l5, http://www.playvid.com/watch/APusqpbbkqn,
http://www.playvid.com/watch/lKmAfJPv7Nm, http://www.playvid.com/watch/fU00SGTPU7h, http://www.playvid.com/watch/KXBcu_d_p8g,
http://www.playvid.com/watch/r8uyTjNH50k, http://www.playvid.com/watch/I3hhFzhnHhV, http://www.playvid.com/watch/xq2r0dU0GPD,
http://www.playvid.com/watch/dXZjoH5XWO6, http://www.playvid.com/watch/NzIHg9AZUyY, http://www.playvid.com/watch/Re8jz9GsTyQ,
http://www.playvid.com/watch/CD3Fxd4xe5m, http://www.playvid.com/watch/UPh-1iEN4Hj, http://www.playvid.com/watch/DNocZUVWd2q,
http://www.playvid.com/watch/NDOMWx2a7Qs, http://www.playvid.com/watch/ztkJOa9sZew, http://www.playvid.com/watch/I4Gc51osulw,
http://www.playvid.com/watch/ZDgUHBCmb9L, http://www.playvid.com/watch/vbrm31MQgZT, http://www.playvid.com/watch/rRv1vfX0cGG,
http://www.playvid.com/watch/bcbSqFYUuzt, http://www.playvid.com/watch/CX1u4d4uwLI, http://www.playvid.com/watch/XwbbJHjIN6a,
http://www.playvid.com/watch/qqXzWECcfj3, http://www.playvid.com/watch/vdgi4U7tdqY, http://www.playvid.com/watch/ZoqfJJ1bJ98,
http://www.playvid.com/watch/u4eshpKU6fk, http://www.playvid.com/watch/08PEmhR08zt, http://www.playvid.com/watch/8MNP0dRGNEv,
http://www.playvid.com/watch/daWtV5TzHpf, http://www.playvid.com/watch/3yvmhqZJCUs, http://www.playvid.com/watch/fl_joKo86-A,
http://www.playvid.com/watch/Kdk4f_un-9c, http://www.playvid.com/watch/DZGTRIi4MoO, http://www.playvid.com/watch/ijMKPrWoDuP,
http://www.playvid.com/watch/cBmtcWTV_S3, http://www.playvid.com/watch/7C3Y0rrnbFx, http://www.playvid.com/watch/zNyhht5f60n,
http://www.playvid.com/watch/qhLDb3rL8RU, http://www.playvid.com/watch/uxYbyMk_Yad, http://www.playvid.com/watch/d6zFMzQHDn8,
http://www.playvid.com/watch/eCCHHD4CZJo, http://www.playvid.com/watch/DeH5UZ1PKQe, http://www.playvid.com/watch/fosgwuXQF7Y,
http://www.playvid.com/watch/qqYb6UnnRHd, http://www.playvid.com/watch/WnoP45YG3dZ, http://www.playvid.com/watch/H8UrWvjHjDD,
http://www.playvid.com/watch/b9LjDrzpRrc, http://www.playvid.com/watch/aduZna431uC, http://www.playvid.com/watch/87TXnuCon5t,
http://www.playvid.com/watch/JTHW2ometfB, http://www.playvid.com/watch/iyVFnAoBx1K, http://www.playvid.com/watch/EP_c-CeZItb,
http://www.playvid.com/watch/TCQ5SYJ5w7B, http://www.playvid.com/watch/SeJ83kNMu23, http://www.playvid.com/watch/fUT7d7UffhZ,
http://www.playvid.com/watch/vBUal4s8jOd, http://www.playvid.com/watch/nmUsJZwr2aq, http://www.playvid.com/watch/BpVdZEdVZJy,
http://www.playvid.com/watch/y8OzgtLDNb2, http://www.playvid.com/watch/fEiPJ9-798t, http://www.playvid.com/watch/AxP8QCQJKgJ,
http://www.playvid.com/watch/qVkYwSBSI53, http://www.playvid.com/watch/NDGb5wGt7PP, http://www.playvid.com/watch/QmTBl_sAPIs,
http://www.playvid.com/watch/veVE2-R8qAe, http://www.playvid.com/watch/YZcNwj43q7h, http://www.playvid.com/watch/M6klEAXQswD,
http://www.playvid.com/watch/Z-ODCaa1b2Y, http://www.playvid.com/watch/DLFoEqD0UGW, http://www.playvid.com/watch/BV0HOfInaSm,
http://www.playvid.com/watch/9C_W6cs80UB, http://www.playvid.com/watch/VmvGNNQlCZs, http://www.playvid.com/watch/LUzfksliJIK,
http://www.playvid.com/watch/J41dWqChTE2, http://www.playvid.com/watch/SGzYgjYTDTZ, http://www.playvid.com/watch/RX5aJhmee1E,
http://www.playvid.com/watch/25v908529Hl, http://www.playvid.com/watch/t82vcy19GzH, http://www.playvid.com/watch/KDLnyDAif-2,
http://www.playvid.com/watch/nTIia_gUJRb, http://www.playvid.com/watch/sEG0hVDDnhE, http://www.playvid.com/watch/s1RCT0GRWmQ,
http://www.playvid.com/watch/e0fUYF0RqP0, http://www.playvid.com/watch/q2PUQ_It4v7, http://www.playvid.com/watch/b84vTBmjgbM,
http://www.playvid.com/watch/a7yOYaWdl_i, http://www.playvid.com/watch/tDkUNS1GWcv, http://www.playvid.com/watch/HJjmFu4wD-6,
http://www.playvid.com/watch/xRqWcT3-9Od, http://www.playvid.com/watch/7F3xH-pu-Cp, http://www.playvid.com/watch/J5DXY__-agP,
http://www.playvid.com/watch/mUt23JrAgZt, http://www.playvid.com/watch/7nopzu50Yd2, http://www.playvid.com/watch/QN0cLkf54KP,
http://www.playvid.com/watch/LAIcfLMu735, http://www.playvid.com/watch/YLeDw1yWxO8, http://www.playvid.com/watch/eY7BZFOAK6r,
http://www.playvid.com/watch/s7Ux2lYdqNe, http://www.playvid.com/watch/9KpBcmZYL3K, http://www.playvid.com/watch/DyoJCveSk1p,
http://www.playvid.com/watch/UCKoFmLRlaj, http://www.playvid.com/watch/J4cUbdQMeC6, http://www.playvid.com/watch/zZ6cOHlvozE,
http://www.playvid.com/watch/BZ7YD4r1n0g, http://www.playvid.com/watch/vAW6es7bbxZ, http://www.playvid.com/watch/olW5wCFIUBO,
http://www.playvid.com/watch/WwBQCs6yY7G, http://www.playvid.com/watch/LxDtmDDTP4m, http://www.playvid.com/watch/VJwRRF-PLJl
5.f. Date of third notice: 2015-08-23 18:43:54
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: belaladonna
5.b. Uploader's email address: balaladonna@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/belaladonna
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hEmKmwp2SSp, http://www.playvid.com/watch/SFg6602f8Q3,
http://www.playvid.com/watch/0zWY6RAl-Sj, http://www.playvid.com/watch/ZXHXP4sEzIx, http://www.playvid.com/watch/65emUFReKg7,
http://www.playvid.com/watch/RFtcq4l2sJx, http://www.playvid.com/watch/Uh93J9rnvKQ, http://www.playvid.com/watch/L4-osA9JxlB,
http://www.playvid.com/watch/owz0K-lAsXH, http://www.playvid.com/watch/jHHdM2HK99h, http://www.playvid.com/watch/qAq4cIKKUnK,
http://www.playvid.com/watch/C3K4P8d4WBk, http://www.playvid.com/watch/8EOhAKnvhEz, http://www.playvid.com/watch/JSZ9na6rpPi,
http://www.playvid.com/watch/UpDM8evVYkR, http://www.playvid.com/watch/S-zisAvk2r5, http://www.playvid.com/watch/o22LjBUm7az,
http://www.playvid.com/watch/wj8STGyODsx, http://www.playvid.com/watch/EbpT9RzT6de, http://www.playvid.com/watch/lavctw3jvM-,
http://www.playvid.com/watch/ESDhFRyr3wB, http://www.playvid.com/watch/K7hX-V9CtQG, http://www.playvid.com/watch/zFeLpxJHrez,
http://www.playvid.com/watch/Ni7N4NpT6Fo, http://www.playvid.com/watch/znxK8DnScig, http://www.playvid.com/watch/mO4R8aopt2e,
http://www.playvid.com/watch/P7PnT-qXbL9, http://www.playvid.com/watch/tfMwpWxac-r, http://www.playvid.com/watch/RPjeWBAS2Gu,
http://www.playvid.com/watch/V-fiDcMN3qt, http://www.playvid.com/watch/Gi0Fvb04QB-, http://www.playvid.com/watch/arM6wkVyzXP,
http://www.playvid.com/watch/PH8i3FB7lR8, http://www.playvid.com/watch/E9zFI4kboeB, http://www.playvid.com/watch/qM7dDiow-5p,
http://www.playvid.com/watch/viR2NGrXuYl, http://www.playvid.com/watch/53EbnSE7qnS, http://www.playvid.com/watch/6j8F604csTY,

http://www.playvid.com/watch/abPdgyAwqpT, http://www.playvid.com/watch/Et4PTD3yGOG, http://www.playvid.com/watch/KkNxIPcc7Q-, http://www.playvid.com/watch/3uERyAFVITJ, http://www.playvid.com/watch/RDBXFWl34mD, http://www.playvid.com/watch/fnfnYg2IHwo, http://www.playvid.com/watch/mBNCJMiMBtg, http://www.playvid.com/watch/LkZ2vWvlUjZ, http://www.playvid.com/watch/6wpqLtwKSwb, http://www.playvid.com/watch/vt4H8UAlTiH, http://www.playvid.com/watch/XAUuu4pJ06e, http://www.playvid.com/watch/SgSXibQKaEr, http://www.playvid.com/watch/hzhIF0eAd5m, http://www.playvid.com/watch/3CiMLztXtZK, http://www.playvid.com/watch/MweZ4mGYq64, http://www.playvid.com/watch/0MqszEzL-8d, http://www.playvid.com/watch/zHNM5yRsJuh, http://www.playvid.com/watch/pYDiJBpqWEr, http://www.playvid.com/watch/O0D9BIKMb5c, http://www.playvid.com/watch/a3f3RGaTrUN, http://www.playvid.com/watch/RxAoTND8xRM, http://www.playvid.com/watch/UDP44U98BXD, http://www.playvid.com/watch/yrMWkAZ3QpH, http://www.playvid.com/watch/ln6BV3yc3-x, http://www.playvid.com/watch/SSEOd0txg0i, http://www.playvid.com/watch/Zg95-iEoJBv, http://www.playvid.com/watch/WCL0XImxf4H, http://www.playvid.com/watch/ku5vDNkkeR9, http://www.playvid.com/watch/PsZ2G0OPd2n, http://www.playvid.com/watch/6dm4zdQdwPV, http://www.playvid.com/watch/z7Ui-AEOY29, http://www.playvid.com/watch/5eABIHWdki4, http://www.playvid.com/watch/Tn3bnTI9X3v, http://www.playvid.com/watch/CbfrPp4Fgiy, http://www.playvid.com/watch/6j4y63SHns3, http://www.playvid.com/watch/Ffa66rrA53f, http://www.playvid.com/watch/eM4SDjoyGnC, http://www.playvid.com/watch/QGnikb9zIhU, http://www.playvid.com/watch/XghKGZWO5o2, http://www.playvid.com/watch/fBQS7DrSFyd, http://www.playvid.com/watch/0jJ05R8E6DL, http://www.playvid.com/watch/O0w8sZPry3q, http://www.playvid.com/watch/C5LDyGUbnA0, http://www.playvid.com/watch/-XjZ4ePtwUD, http://www.playvid.com/watch/GUYOc3m0T8C, http://www.playvid.com/watch/nvJNg5TP4CC, http://www.playvid.com/watch/h4yrPRwb9V2
5.f. Date of third notice: 2015-08-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bellside51
5.b. Uploader's email address: chiles28@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bellside51
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GzibHcXYeNv, http://www.playvid.com/watch/6lRr-JVFSYF, http://www.playvid.com/watch/2mMtZOxLOd-, http://www.playvid.com/watch/icqdfTY-rJP, http://www.playvid.com/watch/QpGPkcDf0gF, http://www.playvid.com/watch/QnmkBoZUKP8, http://www.playvid.com/watch/a-n4wP9HJ8q, http://www.playvid.com/watch/dWcDQ-WtVDV, http://www.playvid.com/watch/JpgXQYhYHSo, http://www.playvid.com/watch/HG9p7WNP2He, http://www.playvid.com/watch/ovOW2SQ-8Px, http://www.playvid.com/watch/gqh-SynwPiK, http://www.playvid.com/watch/z8DQYcZdVaJ, http://www.playvid.com/watch/aMigfZBEJA4, http://www.playvid.com/watch/TB23nrp3OJw, http://www.playvid.com/watch/T4qcidVqx65, http://www.playvid.com/watch/RKp2aif4asY, http://www.playvid.com/watch/FtsRZWUB-Od, http://www.playvid.com/watch/fukxzKH34S7, http://www.playvid.com/watch/BDILkE2XKNk, http://www.playvid.com/watch/7tnc7Duy8Vn, http://www.playvid.com/watch/5sXRBYbGNjz, http://www.playvid.com/watch/PJMwUN-w2Cz, http://www.playvid.com/watch/2ZubATdebpO, http://www.playvid.com/watch/r7dDiZI7Jmk, http://www.playvid.com/watch/k4svakAITh6, http://www.playvid.com/watch/WyEeO8d54nj, http://www.playvid.com/watch/lkAfDYVPXCQ, http://www.playvid.com/watch/w82YGkNtsco, http://www.playvid.com/watch/h-qRgQ7bDQh, http://www.playvid.com/watch/vFEPJOxZEA2, http://www.playvid.com/watch/FKq67Acd8GZ, http://www.playvid.com/watch/S83tVAYzemP, http://www.playvid.com/watch/eCuEzo2s549, http://www.playvid.com/watch/Hnh7GEIQ0dK, http://www.playvid.com/watch/6oPuxVB8OMF, http://www.playvid.com/watch/NWKTQBJyQGK, http://www.playvid.com/watch/X7g-WzZEJTM, http://www.playvid.com/watch/xBg87ZrEdeF, http://www.playvid.com/watch/6cHqBMaw3EE, http://www.playvid.com/watch/syFxBSjYhzX, http://www.playvid.com/watch/VG68JbLMwHf, http://www.playvid.com/watch/52mi0cB-ghD, http://www.playvid.com/watch/XBdkqYUIVU9, http://www.playvid.com/watch/iWRWZb4qmXn, http://www.playvid.com/watch/yi23OhUxcqf, http://www.playvid.com/watch/f5hEUUJZGz3, http://www.playvid.com/watch/ggFRbbftVVZ, http://www.playvid.com/watch/-p23RCqSKHb, http://www.playvid.com/watch/MDEPd-B74JP, http://www.playvid.com/watch/v49m32I27Dm, http://www.playvid.com/watch/07YsapIYTaj, http://www.playvid.com/watch/cco8UdBh0ot, http://www.playvid.com/watch/Y6MJHhuhqot, http://www.playvid.com/watch/HsQpXqb8MxA, http://www.playvid.com/watch/FlYa-cTI3RH, http://www.playvid.com/watch/WdeF3fPt-3b, http://www.playvid.com/watch/FVuPT-vOStP, http://www.playvid.com/watch/nfzvl62Rxik, http://www.playvid.com/watch/fWi0YoUHAIg, http://www.playvid.com/watch/SaGNe-fykfN, http://www.playvid.com/watch/IaaRiM3Xbhb, http://www.playvid.com/watch/XUZF-WlkJ-n, http://www.playvid.com/watch/4IeDCzg2r7m, http://www.playvid.com/watch/FrMeRSe8Hbc, http://www.playvid.com/watch/nfRE9pxCu82, http://www.playvid.com/watch/AtqYOoty5dO, http://www.playvid.com/watch/h8cpLReIG-8, http://www.playvid.com/watch/ellR0i0n9yq, http://www.playvid.com/watch/jvB7vxIARcX, http://www.playvid.com/watch/jkpAheOVL8p, http://www.playvid.com/watch/veajMpUF8aO, http://www.playvid.com/watch/ErynWDZ9mHZ, http://www.playvid.com/watch/ePQhSoCgAmR
5.f. Date of third notice: 2014-01-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: beluga40
5.b. Uploader's email address: weelehifi@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/beluga40
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CflVToXNhA4, http://www.playvid.com/watch/m1I_whtBQok, http://www.playvid.com/watch/u0obhQURpBf, http://www.playvid.com/watch/jyeOtc0Y5md, http://www.playvid.com/watch/YmQxsgS6988, http://www.playvid.com/watch/9WgqMye0nYZ, http://www.playvid.com/watch/ya4IWOlMVUJ, http://www.playvid.com/watch/U2gqQrEQwA9, http://www.playvid.com/watch/ILA7QBUzfV2, http://www.playvid.com/watch/hEFWdks8y1s, http://www.playvid.com/watch/Y9q4Xk87aYq, http://www.playvid.com/watch/Id-W2ArN5JZ, http://www.playvid.com/watch/lR-GYb0qTyj, http://www.playvid.com/watch/sucwM3UYaDy, http://www.playvid.com/watch/G0YIFSJtpvE, http://www.playvid.com/watch/7RNhTcQZXd8, http://www.playvid.com/watch/dQ7mxheLPPF, http://www.playvid.com/watch/5nBbpmiWUrN, http://www.playvid.com/watch/7i8k9zXoeax, http://www.playvid.com/watch/F5aOIZ5ksMO, http://www.playvid.com/watch/9hxq8t5lwXv, http://www.playvid.com/watch/ImCI01BSB3r, http://www.playvid.com/watch/YA5foE12kNt, http://www.playvid.com/watch/laH91ej_4Mg, http://www.playvid.com/watch/pGemvGgSEuC, http://www.playvid.com/watch/DY_Dx0QHhoq, http://www.playvid.com/watch/uK9X-kDA_JS, http://www.playvid.com/watch/HiX6uwexYCW, http://www.playvid.com/watch/DFpjCy63gtp, http://www.playvid.com/watch/uegUUposToa, http://www.playvid.com/watch/5g1WaH-dVkg, http://www.playvid.com/watch/myfnUr3w3EH, http://www.playvid.com/watch/LXW0JeIgHT7, http://www.playvid.com/watch/dvXaUg0l7gT, http://www.playvid.com/watch/5YsSYbZNnVR, http://www.playvid.com/watch/7YbjGH8chfs, http://www.playvid.com/watch/PzD-cUD_Er7, http://www.playvid.com/watch/W2sQxJoKkr2, http://www.playvid.com/watch/beE_HRqpkts, http://www.playvid.com/watch/UsToOjkOIIN, http://www.playvid.com/watch/kbmzJC22Pkg, http://www.playvid.com/watch/RGO9Bn_xbNb, http://www.playvid.com/watch/l87PN3678x5, http://www.playvid.com/watch/lLgXP81cJr0, http://www.playvid.com/watch/Mola6ixswMV, http://www.playvid.com/watch/mmOBXsDxhRC, http://www.playvid.com/watch/sbcx3S62y4q, http://www.playvid.com/watch/7IrX8dfYCjd, http://www.playvid.com/watch/VclJys_av44, http://www.playvid.com/watch/cA2qagrbX-l, http://www.playvid.com/watch/3CR_954TJrL, http://www.playvid.com/watch/jyw7m0ElMZX, http://www.playvid.com/watch/V1gKj55ckxs, http://www.playvid.com/watch/pERDh1o3lgQ, http://www.playvid.com/watch/BTi6nszBYHL, http://www.playvid.com/watch/ya2o7ol1-uw, http://www.playvid.com/watch/H9QJ7YV73ON, http://www.playvid.com/watch/S4HqMyYpbpX, http://www.playvid.com/watch/vkAkzNiYW2H, http://www.playvid.com/watch/5gUBvh7z3mK, http://www.playvid.com/watch/rIiNd482eSr, http://www.playvid.com/watch/hGn0ep-nXHz, http://www.playvid.com/watch/5P9ie4M9TxX, http://www.playvid.com/watch/lc6EJfgzDrJ, http://www.playvid.com/watch/V5GwIac6UD8, http://www.playvid.com/watch/SMYGmB0JBaO, http://www.playvid.com/watch/spTpMvbkQJQ, http://www.playvid.com/watch/0aFfBAwC1r8, http://www.playvid.com/watch/3gGPmMylLKn, http://www.playvid.com/watch/y_aurrH_itt, http://www.playvid.com/watch/31opT3vfrGn, http://www.playvid.com/watch/gyT7zPe7nqh, http://www.playvid.com/watch/4OJrlWbd2Dg, http://www.playvid.com/watch/A616V61BH7x, http://www.playvid.com/watch/8hhloVzqpyu, http://www.playvid.com/watch/9NDA0pRoU3v, http://www.playvid.com/watch/xdKdfYXcFf0, http://www.playvid.com/watch/thUPyHqFV4R, http://www.playvid.com/watch/HcGgXqdfWjT, http://www.playvid.com/watch/RRaYwQ6lnQH, http://www.playvid.com/watch/HTXEuH0HQ6N, http://www.playvid.com/watch/VCCoBTaLkvD, http://www.playvid.com/watch/Fc8trGZn-T9, http://www.playvid.com/watch/4tu46A6BzL2, http://www.playvid.com/watch/IDiOKuSyh8n, http://www.playvid.com/watch/thq611Thp_Q, http://www.playvid.com/watch/YaINhvrb_K2, http://www.playvid.com/watch/kw0k8rssLGL, http://www.playvid.com/watch/itOEFDxacug, http://www.playvid.com/watch/MgCm6FSWiTR, http://www.playvid.com/watch/iiGQLf5C2Ut, http://www.playvid.com/watch/cucER4Sle3a, http://www.playvid.com/watch/OsCR7p-LI0z, http://www.playvid.com/watch/2QaffX-ot-S, http://www.playvid.com/watch/njb7lL_1GKA, http://www.playvid.com/watch/n8x9fba7YmD, http://www.playvid.com/watch/CZWHbHdzkFP, http://www.playvid.com/watch/Z8V5upej69U, http://www.playvid.com/watch/9ZfBHEsX4Pz, http://www.playvid.com/watch/Np5hFODBLd5, http://www.playvid.com/watch/qggoXN8IU27, http://www.playvid.com/watch/LL9svyqCtDh, http://www.playvid.com/watch/DcgLI0Mu1gn, http://www.playvid.com/watch/br1IM5SpxqA, http://www.playvid.com/watch/t0JQyrK8Z9L, http://www.playvid.com/watch/MF4_tXU2i6c, http://www.playvid.com/watch/P-Yu7XLxRcA, http://www.playvid.com/watch/8vrtaXFIAeB, http://www.playvid.com/watch/DRD9FUIK_bX, http://www.playvid.com/watch/0MDWPAvDOYL, http://www.playvid.com/watch/4Rk4wOC8Lwh, http://www.playvid.com/watch/fueUrJFOcJs, http://www.playvid.com/watch/hTrtuzHnv2v, http://www.playvid.com/watch/OfYfcvZLYWR, http://www.playvid.com/watch/O4d7b7eF4Ar, http://www.playvid.com/watch/DYN5xVDlrDx, http://www.playvid.com/watch/hITbIaCIfhp, http://www.playvid.com/watch/E9mX41aggWA, http://www.playvid.com/watch/Jmmh3QxigBO, http://www.playvid.com/watch/6nfPEuQ8PsX, http://www.playvid.com/watch/Vs-U7qMilGV, http://www.playvid.com/watch/BWck2iPHJ8q, http://www.playvid.com/watch/Cx6b3mknbpf, http://www.playvid.com/watch/pZDOZsG2S8q, http://www.playvid.com/watch/ezuEnUkrdL7, http://www.playvid.com/watch/qxGN3E9y793, http://www.playvid.com/watch/uz2DbNu0_Sy, http://www.playvid.com/watch/KcesfhlL6ip,

http://www.playvid.com/watch/XoiN71ZzkP7, http://www.playvid.com/watch/XmdK-ZLTktD, http://www.playvid.com/watch/xTvbuclEhVu,
http://www.playvid.com/watch/RHlWee6Uldy, http://www.playvid.com/watch/bWKeCMBExmU, http://www.playvid.com/watch/a1JnQZ18hW7,
http://www.playvid.com/watch/h-Hr4TOyVSS, http://www.playvid.com/watch/OjmNfKKewQl, http://www.playvid.com/watch/cC4RMK0vD4H,
http://www.playvid.com/watch/ODnMKgl1RII, http://www.playvid.com/watch/RESGs84ZZvh, http://www.playvid.com/watch/gCzqjb31ifM,
http://www.playvid.com/watch/8vtZablQ2Uk, http://www.playvid.com/watch/WfhuJX-TCrw, http://www.playvid.com/watch/OIaMMhQGGpH,
http://www.playvid.com/watch/smJi9Xh63kT, http://www.playvid.com/watch/mS8SvCN0BKs, http://www.playvid.com/watch/zO1c4MfEh0V,
http://www.playvid.com/watch/mUJGmK-GOGM, http://www.playvid.com/watch/9_hw9Fhujn9, http://www.playvid.com/watch/YgDtY4kRdxS,
http://www.playvid.com/watch/wNb-ypQEE9Q, http://www.playvid.com/watch/nzL5Dbpv0Fs, http://www.playvid.com/watch/vDiGqmYd8TX,
http://www.playvid.com/watch/nY5jeyIYRR7, http://www.playvid.com/watch/p4h8lojF6cF, http://www.playvid.com/watch/dVwgE1a9Qqf,
http://www.playvid.com/watch/mfQdzl98C0p, http://www.playvid.com/watch/2LGkH62ptoT, http://www.playvid.com/watch/AMGh3P7tbuC,
http://www.playvid.com/watch/iHDhVk3XmmW, http://www.playvid.com/watch/bB8C6xkgkR8, http://www.playvid.com/watch/KqK3X2qHJm5,
http://www.playvid.com/watch/9IVvxLvd4Ap, http://www.playvid.com/watch/LBMGzo2w7at, http://www.playvid.com/watch/XJlPn5MvgmP,
http://www.playvid.com/watch/oebZ-B-c95y, http://www.playvid.com/watch/6a0fM9cjvbY, http://www.playvid.com/watch/Kk86dA7tBEK,
http://www.playvid.com/watch/s2geFK-4GJD, http://www.playvid.com/watch/b5GP5H4lrjZ, http://www.playvid.com/watch/26dj_2dihwX,
http://www.playvid.com/watch/QVQHoTyDGyi, http://www.playvid.com/watch/ffyM9XipiIm, http://www.playvid.com/watch/GsX7771mOhY,
http://www.playvid.com/watch/uVS-9zkeL4J, http://www.playvid.com/watch/0Jj1Lr4WoPi, http://www.playvid.com/watch/mGILsbjqAst,
http://www.playvid.com/watch/8xvAgycIPtt, http://www.playvid.com/watch/p_s1kkOAlF0, http://www.playvid.com/watch/pZfrgWBpv2O,
http://www.playvid.com/watch/AGQy1SdCf7B, http://www.playvid.com/watch/CL8uTrqkyEC, http://www.playvid.com/watch/9uI1-OIBRVc,
http://www.playvid.com/watch/T5CbTvftRCD, http://www.playvid.com/watch/TebXEgC52BS, http://www.playvid.com/watch/iYpH_TWHcOi,
http://www.playvid.com/watch/jhKroDjkg1q, http://www.playvid.com/watch/BtU8neEeAnW, http://www.playvid.com/watch/RZtQFeLaAV2,
http://www.playvid.com/watch/c4r28wv_WnJ, http://www.playvid.com/watch/FAp-aDQslIt, http://www.playvid.com/watch/Zy5Vw7qdbYG,
http://www.playvid.com/watch/7a9D5GN3kj4, http://www.playvid.com/watch/xtjQ8bUWSW7, http://www.playvid.com/watch/jtw8AbiQzmm,
http://www.playvid.com/watch/ZzwWHLQse-w, http://www.playvid.com/watch/yitxpiM3MNt, http://www.playvid.com/watch/3Q3AKrh-9iA,
http://www.playvid.com/watch/0dqN2ZkKg3O, http://www.playvid.com/watch/W0Anh4RGQIO, http://www.playvid.com/watch/Xdh8K1qVBpV,
http://www.playvid.com/watch/r1xJ5iJYwWs, http://www.playvid.com/watch/DJuVVsuM8Pa, http://www.playvid.com/watch/AVGOILyfbkI,
http://www.playvid.com/watch/4pHo0TOc0TG, http://www.playvid.com/watch/ke9RyEeJght, http://www.playvid.com/watch/WGwbOr4BEC9,
http://www.playvid.com/watch/kKxC44u0ZjZ, http://www.playvid.com/watch/WVizmHAGSH5, http://www.playvid.com/watch/vmEOTuNL1pj,
http://www.playvid.com/watch/8-C47qtrcYA, http://www.playvid.com/watch/PpJyPY4hivj, http://www.playvid.com/watch/xluozzH_fcB,
http://www.playvid.com/watch/vd5w3E25mzI, http://www.playvid.com/watch/etKBbIY--Gn, http://www.playvid.com/watch/SSTt040HRRW,
http://www.playvid.com/watch/3IATkwtlA2g, http://www.playvid.com/watch/xz1niiZZl-X, http://www.playvid.com/watch/K6PQnF1mQc8,
http://www.playvid.com/watch/9cHxwJfyYUT, http://www.playvid.com/watch/teu1Pdsd8XB, http://www.playvid.com/watch/qvU6rhJLcwM,
http://www.playvid.com/watch/kXQgYz0sdaK, http://www.playvid.com/watch/aJPiBMQNIGe, http://www.playvid.com/watch/uvG3ys-5sNV,
http://www.playvid.com/watch/t9c3bH_xxf0, http://www.playvid.com/watch/AmnCtHTOEYH, http://www.playvid.com/watch/K18rd_cjAll,
http://www.playvid.com/watch/rka4BzuMdYn, http://www.playvid.com/watch/5U8LTdLxz3L, http://www.playvid.com/watch/sC7oLpoTCee,
http://www.playvid.com/watch/bCVN1H9jX-S, http://www.playvid.com/watch/dU27vQ_f-o0, http://www.playvid.com/watch/WeVE48_9YNw,
http://www.playvid.com/watch/oOKCaYhfNZO, http://www.playvid.com/watch/ptYMhEX3oo4, http://www.playvid.com/watch/h2eNzfLWtEn,
http://www.playvid.com/watch/ne0zhLuzBIM, http://www.playvid.com/watch/bgF0KwPW_dq, http://www.playvid.com/watch/dkVjwFkAuRF,
http://www.playvid.com/watch/AufFwTbZVJ7, http://www.playvid.com/watch/wOS0MxKwgLe, http://www.playvid.com/watch/Kinxw7y5GqV,
http://www.playvid.com/watch/UGnptwISsor, http://www.playvid.com/watch/BpOtQh_Qsu5, http://www.playvid.com/watch/Sa_LTmbdMaq,
http://www.playvid.com/watch/O018lQDsXsd, http://www.playvid.com/watch/qK9pYvdMqzi, http://www.playvid.com/watch/MFesrAuSwKM,
http://www.playvid.com/watch/6jJd_d8ggMa, http://www.playvid.com/watch/pAMhdvKkIzm, http://www.playvid.com/watch/TzJnVzmki1B,
http://www.playvid.com/watch/Tokjp01bWLO, http://www.playvid.com/watch/iI8i3c1Db-n, http://www.playvid.com/watch/oor74c4A2Sj,
http://www.playvid.com/watch/2LFO5YoYl6B, http://www.playvid.com/watch/yvJHMkBnzEg, http://www.playvid.com/watch/KuIx8l9I0Q4,
http://www.playvid.com/watch/LIHq4uBaWUZ, http://www.playvid.com/watch/dCvzqfLfgZI, http://www.playvid.com/watch/6wpUho8co5h,
http://www.playvid.com/watch/Nn_nKYf8Cmq, http://www.playvid.com/watch/T-PCVypdQEU, http://www.playvid.com/watch/4QCbFQ5O3QE,
http://www.playvid.com/watch/4jnWCJaU5Dd, http://www.playvid.com/watch/RSjsjZgX_VX, http://www.playvid.com/watch/sq9_gy1WLvq,
http://www.playvid.com/watch/s7u7MXNT6Iv, http://www.playvid.com/watch/OcaJjDC8sdk, http://www.playvid.com/watch/u59siu-1Ysv,
http://www.playvid.com/watch/zQbRdGN5Y7o, http://www.playvid.com/watch/yHoMGsyzK69, http://www.playvid.com/watch/0dM0QwSlZSq,
http://www.playvid.com/watch/BGEWBhi5O_V, http://www.playvid.com/watch/Bn-TQGwjq7g, http://www.playvid.com/watch/BcKDl66pBZ0,
http://www.playvid.com/watch/VIGDRkB8xB6, http://www.playvid.com/watch/hHlQJl-sMnR, http://www.playvid.com/watch/mpprkbvB8eo,
http://www.playvid.com/watch/FAEhCJ9tSex, http://www.playvid.com/watch/JdjE94Z-UcN, http://www.playvid.com/watch/YuiQGbCLqcx,
http://www.playvid.com/watch/CgfNKw4HD_q, http://www.playvid.com/watch/A3cql5KlMiC, http://www.playvid.com/watch/HJZ-Oczs5nW,
http://www.playvid.com/watch/Utow5SLuPWf, http://www.playvid.com/watch/OFrWdjN_Mwm, http://www.playvid.com/watch/ri2KbMMP2UA,
http://www.playvid.com/watch/ngATkPNZFrC, http://www.playvid.com/watch/Uu71CQXS9yh, http://www.playvid.com/watch/xXk7Dz-Z08u,
http://www.playvid.com/watch/LsXwXkfkCNy, http://www.playvid.com/watch/S-NXtT-HIPG, http://www.playvid.com/watch/fgmo0RCUCHm,
http://www.playvid.com/watch/hFSDNBjMXMM, http://www.playvid.com/watch/nMfawzQ9sik, http://www.playvid.com/watch/QPTiQVjqm-Q,
http://www.playvid.com/watch/KvSUheGjFY3, http://www.playvid.com/watch/3cwu8UaBVLA, http://www.playvid.com/watch/vTHQ3CxZwAv,
http://www.playvid.com/watch/kNPzC-ObUYC, http://www.playvid.com/watch/PsqiuAp9GUx, http://www.playvid.com/watch/GZYKjJiUG6g,
http://www.playvid.com/watch/XiEFX0P4pTN, http://www.playvid.com/watch/cVajmKv1rRQ, http://www.playvid.com/watch/mQCgENicpvO,
http://www.playvid.com/watch/4Ac5--UWdoy, http://www.playvid.com/watch/0OvaHj-b4CY, http://www.playvid.com/watch/oebVYqmL-Wj,
http://www.playvid.com/watch/NKSYG_xCdEx, http://www.playvid.com/watch/nb-JBZq3GKU, http://www.playvid.com/watch/fUH0f8breD6,
http://www.playvid.com/watch/F8FvCQKd83X, http://www.playvid.com/watch/hGFle62_bpP, http://www.playvid.com/watch/6ywjzPmaHHo,
http://www.playvid.com/watch/giAOwljqR8U, http://www.playvid.com/watch/8mBmwEAMqjO, http://www.playvid.com/watch/N_9E9uha9MI,
http://www.playvid.com/watch/hVdOSQfICuX, http://www.playvid.com/watch/JeGor9xmxUg, http://www.playvid.com/watch/Ythq4ppSOtb,
http://www.playvid.com/watch/NRiJ9GmndrP, http://www.playvid.com/watch/XmhA6Eaj5Sb, http://www.playvid.com/watch/iYXrB6mYF_l,
http://www.playvid.com/watch/3EG9521m8R0, http://www.playvid.com/watch/CyN8B77-Em5, http://www.playvid.com/watch/V3UTDyas78x,
http://www.playvid.com/watch/B3hcN3pO6Dw, http://www.playvid.com/watch/fu3_DVS2SC6, http://www.playvid.com/watch/RJpR3Nx08gC,
http://www.playvid.com/watch/MPZCKCZcv8T, http://www.playvid.com/watch/K_aARfiDB03, http://www.playvid.com/watch/2Swk-0DRDMq,
http://www.playvid.com/watch/SL5BvbVt6h9, http://www.playvid.com/watch/qhetaF01AgM, http://www.playvid.com/watch/CbIl0fZ_aKN,
http://www.playvid.com/watch/r3970AFvs4d, http://www.playvid.com/watch/5h2KB2aV1m5, http://www.playvid.com/watch/Yrao-l-D76e,
http://www.playvid.com/watch/h0DNdULMJeJ, http://www.playvid.com/watch/RoIvAig9CZG, http://www.playvid.com/watch/ROornP-E1kY,
http://www.playvid.com/watch/pIzOOQkR0wq, http://www.playvid.com/watch/zMaT5XJW8aB, http://www.playvid.com/watch/cDZNpOxLFCC,
http://www.playvid.com/watch/43XxgZJoh6L, http://www.playvid.com/watch/ocghL_b-A38, http://www.playvid.com/watch/V1jGBllhB4i,
http://www.playvid.com/watch/t8tmjKdPmEB, http://www.playvid.com/watch/In4mNh8F4db, http://www.playvid.com/watch/j-xjidiYZyl,
http://www.playvid.com/watch/9xE_nwvkiXo, http://www.playvid.com/watch/suGLFbui2gU, http://www.playvid.com/watch/MFD-H_KaxLZ,
http://www.playvid.com/watch/TAgcjJDlJo6, http://www.playvid.com/watch/FuKg9Gc0Y13, http://www.playvid.com/watch/NhfAYzpkk1V,
http://www.playvid.com/watch/ALA0mCioRjw, http://www.playvid.com/watch/Q-1H7WlcLh2, http://www.playvid.com/watch/adsUdxGi789,
http://www.playvid.com/watch/7zn-xT9ba2H, http://www.playvid.com/watch/H01wjLBQlcU, http://www.playvid.com/watch/fQsNbPMEJDE,
http://www.playvid.com/watch/L2n_s4gk9KO, http://www.playvid.com/watch/28v8yQMPqOd, http://www.playvid.com/watch/JWJYUnJczYp,
http://www.playvid.com/watch/ZyCKHkXgfhV, http://www.playvid.com/watch/u9kmuto_mc6, http://www.playvid.com/watch/k2ey9A_qbaK,
http://www.playvid.com/watch/B9blZCFJJn9, http://www.playvid.com/watch/kN_jtGIANM6, http://www.playvid.com/watch/BYko-TTNGRE,
http://www.playvid.com/watch/L3EFtCv6VQq, http://www.playvid.com/watch/C_Ypl0Tm_dK, http://www.playvid.com/watch/zFaKwfXuEoS,
http://www.playvid.com/watch/w2Fi6sdT0-P, http://www.playvid.com/watch/dcqFha0xOIO, http://www.playvid.com/watch/EZMAh29EjRp,
http://www.playvid.com/watch/W4_sD6GUzu3, http://www.playvid.com/watch/T8FW_5Ad9Hz, http://www.playvid.com/watch/Dl97MsS088S,
http://www.playvid.com/watch/nY7CbCUGTpE, http://www.playvid.com/watch/KEnk4ghjiuX, http://www.playvid.com/watch/El3saXRNUmD,
http://www.playvid.com/watch/G-BWREErK4G, http://www.playvid.com/watch/MdtdGPZkGhY, http://www.playvid.com/watch/kyPfpZQ8Kgl,
http://www.playvid.com/watch/KQ3U6wloMCK, http://www.playvid.com/watch/dStOG_LvhoB, http://www.playvid.com/watch/uXALfdNZyJJ,
http://www.playvid.com/watch/ppMtIa4AEnJ, http://www.playvid.com/watch/a1Pbx5dDTEq, http://www.playvid.com/watch/IJUlBbsUZRQ,
http://www.playvid.com/watch/qfdSE074xGV, http://www.playvid.com/watch/4R3BKo1QJao, http://www.playvid.com/watch/gaAvjZmCgJA,
http://www.playvid.com/watch/FrrWTxp1ygC, http://www.playvid.com/watch/It9HfPXpeFm, http://www.playvid.com/watch/gOBXIwwPMb0,
http://www.playvid.com/watch/ZCN0GQaYog7, http://www.playvid.com/watch/WbvPHcZsIST, http://www.playvid.com/watch/tVMIMYVTCR7,
http://www.playvid.com/watch/Da3Yo8lBRl2, http://www.playvid.com/watch/TAhVqRC2AOL, http://www.playvid.com/watch/NEYZ6SjPFLP,
http://www.playvid.com/watch/jjIE7LjIl8s, http://www.playvid.com/watch/DcGPI4Bgk7q, http://www.playvid.com/watch/OQtqncj_y_z,
http://www.playvid.com/watch/mufnJAW50nG, http://www.playvid.com/watch/ak3u5k5HeJ4, http://www.playvid.com/watch/AIV2hWi0tis,
http://www.playvid.com/watch/bJOct_PLojw, http://www.playvid.com/watch/NUPu7qCWJ30, http://www.playvid.com/watch/ABLDYFylKEI,
http://www.playvid.com/watch/fq9vCKw6IJi, http://www.playvid.com/watch/abFo4M-4XZc, http://www.playvid.com/watch/pckmt0DLuFd,

http://www.playvid.com/watch/VOnQkpwdffX
5.f. Date of third notice: 2015-10-27 16:09:31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: benhen
5.b. Uploader's email address: benjamin_henri@hotmail.fr
5.d. Uploader's profile: http://www.playvid.com/member/benhen
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mLT3uIYtB7B, http://www.playvid.com/watch/Q3MngsJLS8a, http://www.playvid.com/watch/YdH3LcVSB_a, http://www.playvid.com/watch/krApjw26VKq, http://www.playvid.com/watch/LUoQAXZujI3, http://www.playvid.com/watch/qQ8ESS6GbeO
5.f. Date of third notice: 2014-10-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: berlin
5.b. Uploader's email address: adamstern@yahoo.de
5.d. Uploader's profile: http://www.playvid.com/member/berlin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BGUZahBx-wW, http://www.playvid.com/watch/A8XCSTr3U0B,
http://www.playvid.com/watch/HRL5BWdz2oB, http://www.playvid.com/watch/8KeaAmXlwoa, http://www.playvid.com/watch/LAvomCw850k,
http://www.playvid.com/watch/EltKeLFYsPt, http://www.playvid.com/watch/HjT3ZgfvZeO, http://www.playvid.com/watch/ANtBz2OOqYy,
http://www.playvid.com/watch/NVRy4zp8k92, http://www.playvid.com/watch/yz9mxffrAGE, http://www.playvid.com/watch/XzbDetXeYiR,
http://www.playvid.com/watch/6agSZDCFGLw, http://www.playvid.com/watch/a0Z5oRzlCTF, http://www.playvid.com/watch/FqyLQ-v2JfN,
http://www.playvid.com/watch/6Z9Jng6zcPk, http://www.playvid.com/watch/vIR7Xm7bA55, http://www.playvid.com/watch/6e4IvKTExV9,
http://www.playvid.com/watch/HkZ6QEY0Fiq, http://www.playvid.com/watch/8qa3yaeSO-U, http://www.playvid.com/watch/-TFycRqslCe,
http://www.playvid.com/watch/L9YgiXApa2K, http://www.playvid.com/watch/20la5NP4qDJ, http://www.playvid.com/watch/9ZcP8sFsSNx,
http://www.playvid.com/watch/LVCGZbN8WU7, http://www.playvid.com/watch/DTYI8Li84pi, http://www.playvid.com/watch/wIkROUfrKOi,
http://www.playvid.com/watch/MAM87uyNIG2, http://www.playvid.com/watch/fCurTE02NCX, http://www.playvid.com/watch/T7xsPmQY-mk,
http://www.playvid.com/watch/yr574VMAs5y, http://www.playvid.com/watch/hTFfomL500I, http://www.playvid.com/watch/u8OubSByJSK,
http://www.playvid.com/watch/oPJvSQsjZHY, http://www.playvid.com/watch/64eIDIYuHW7, http://www.playvid.com/watch/3LXr9lNmTzb,
http://www.playvid.com/watch/hGsmpSlIoYZ, http://www.playvid.com/watch/pDnxjoelK06, http://www.playvid.com/watch/YjjVdrKfWAy,
http://www.playvid.com/watch/cDf42OtSdTf, http://www.playvid.com/watch/GJrkc6jrvP9, http://www.playvid.com/watch/-h6LEkqjjKT,
http://www.playvid.com/watch/9535cizuKuE, http://www.playvid.com/watch/8YVudpTlPV9, http://www.playvid.com/watch/uiGJ8SS5yv7,
http://www.playvid.com/watch/ZMeJyJWoLOf, http://www.playvid.com/watch/Bdtg7ZL9EjE, http://www.playvid.com/watch/rObJnIT2ckU,
http://www.playvid.com/watch/vAPMxbY6rC8, http://www.playvid.com/watch/zyicXeSV0et, http://www.playvid.com/watch/RYY6lQCr5ed,
http://www.playvid.com/watch/EakO8xaHuBr, http://www.playvid.com/watch/PeP8fym9lp6, http://www.playvid.com/watch/3TlPcDMIcmw,
http://www.playvid.com/watch/7CvixpSUsaZ, http://www.playvid.com/watch/UIs6dY4Bb3r, http://www.playvid.com/watch/JlXmfMgXcgF,
http://www.playvid.com/watch/pLzMEMCiNxp, http://www.playvid.com/watch/sHMb0Xek4Eo, http://www.playvid.com/watch/HFeRftZ9utS,
http://www.playvid.com/watch/w57SBehUbss, http://www.playvid.com/watch/Y6933nSpy3K, http://www.playvid.com/watch/Q3JxQkqDZBc,
http://www.playvid.com/watch/7q9NMZ3gjBd, http://www.playvid.com/watch/wfHjnmDvYiC, http://www.playvid.com/watch/AkA55qI0X6a,
http://www.playvid.com/watch/CiseWkaYKFh, http://www.playvid.com/watch/eHowdHfR550, http://www.playvid.com/watch/7xy87yMBrgH,
http://www.playvid.com/watch/lr9Pi53b6Zs, http://www.playvid.com/watch/oMTmePfpPi3, http://www.playvid.com/watch/xISCH0KZOK-,
http://www.playvid.com/watch/76C9yiR6VVw, http://www.playvid.com/watch/enpy3R55wz2, http://www.playvid.com/watch/WHTzUsrUspI,
http://www.playvid.com/watch/5F8lvmYtJSq, http://www.playvid.com/watch/4QYDbWhvYZX, http://www.playvid.com/watch/iQ3oPDLCrY7,
http://www.playvid.com/watch/ESXUzChyOpT, http://www.playvid.com/watch/wL3xo0k-WrF, http://www.playvid.com/watch/Y5jjtXRZOJB,
http://www.playvid.com/watch/AyLPdkaW0t7, http://www.playvid.com/watch/IxEYJDPqpL4, http://www.playvid.com/watch/BSaZtmGDgCj,
http://www.playvid.com/watch/CGHvW4ANNnD, http://www.playvid.com/watch/xcYCalNQca6, http://www.playvid.com/watch/bvccK9B3sUD,
http://www.playvid.com/watch/SX9HT2JOiby, http://www.playvid.com/watch/nHe3MT4RQa-, http://www.playvid.com/watch/dvjImUoH9xq,
http://www.playvid.com/watch/7LL9GTvmS77, http://www.playvid.com/watch/OfchrnPkRga, http://www.playvid.com/watch/yavRCleLf8F,
http://www.playvid.com/watch/9ITgPO3mXsN, http://www.playvid.com/watch/7BYRshOnKm5, http://www.playvid.com/watch/cQc4dqaJUJZ,
http://www.playvid.com/watch/Gq3lXw0MSV6, http://www.playvid.com/watch/qrCIBq6aDHo, http://www.playvid.com/watch/ApGrebtLVX6,
http://www.playvid.com/watch/2qSOrSi0vRz, http://www.playvid.com/watch/zf4mbtTWwUC, http://www.playvid.com/watch/EZSkXhhuhTS,
http://www.playvid.com/watch/JJT9DZEnQKY, http://www.playvid.com/watch/gqjaBMg3Ffo, http://www.playvid.com/watch/Nq0xmZx6nKn,
http://www.playvid.com/watch/YkIoTH2Rm5U, http://www.playvid.com/watch/UcH4LWoO56r, http://www.playvid.com/watch/pfBjwMga8ic,
http://www.playvid.com/watch/XrwZRwpP7MK, http://www.playvid.com/watch/m93t8fWyeQP, http://www.playvid.com/watch/6zUYbKyRcP7,
http://www.playvid.com/watch/qKcIZ7ECxk2, http://www.playvid.com/watch/DXtssI-8D0-, http://www.playvid.com/watch/upSlVGV4jK6,
http://www.playvid.com/watch/jBXVOkOCsJt, http://www.playvid.com/watch/AHjNIzZMTxb, http://www.playvid.com/watch/23duOCFTLxw,
http://www.playvid.com/watch/tfJoXLsqVyp, http://www.playvid.com/watch/O6Z7EHYD0Jd, http://www.playvid.com/watch/thmlFTQZTEU,
http://www.playvid.com/watch/b8vEZKAwYMk, http://www.playvid.com/watch/lCCTQyquQS9, http://www.playvid.com/watch/5CjNxeframd,
http://www.playvid.com/watch/amhoG0enUrt, http://www.playvid.com/watch/SeKfM-M-Hfx, http://www.playvid.com/watch/WddE-0VmUaI,
http://www.playvid.com/watch/IBKfqM0Etrk, http://www.playvid.com/watch/Wb6IFufZRxz, http://www.playvid.com/watch/8rbH7wJLUlk,
http://www.playvid.com/watch/rX6IpBa6OJC, http://www.playvid.com/watch/a6lH63NpKUU, http://www.playvid.com/watch/2nlWuCUgHSc,
http://www.playvid.com/watch/Ip0Mhf8BNS9, http://www.playvid.com/watch/dmadaXpEy-k, http://www.playvid.com/watch/TNAoJ3od2dv,
http://www.playvid.com/watch/0TnQN6srn9q, http://www.playvid.com/watch/tY4bjtlONOI, http://www.playvid.com/watch/EbGK3KseFtl,
http://www.playvid.com/watch/hwug6LBL9UV, http://www.playvid.com/watch/fXCA6NM6utb, http://www.playvid.com/watch/Fcns39-8iVp,
http://www.playvid.com/watch/QVgsjvWEAWB, http://www.playvid.com/watch/XOGpHKT0c6a, http://www.playvid.com/watch/SReZj4GcwNa,
http://www.playvid.com/watch/THsOuBCYJRN, http://www.playvid.com/watch/04mEdWtpdwS, http://www.playvid.com/watch/ntlWg36YNze,
http://www.playvid.com/watch/3zc2EuGzVY6, http://www.playvid.com/watch/TXA0XOakYhu, http://www.playvid.com/watch/5-0XW3p7Lmw,
http://www.playvid.com/watch/wA7V4zH9EG7, http://www.playvid.com/watch/lI43pfXVrqK, http://www.playvid.com/watch/BX4Lgk6sZRD,
http://www.playvid.com/watch/7SPgPiothJl, http://www.playvid.com/watch/RgZoBptyGeW, http://www.playvid.com/watch/nEyqVdDTeGY,
http://www.playvid.com/watch/hwYVJs5CjvO, http://www.playvid.com/watch/x4kjT5FP2Ui, http://www.playvid.com/watch/H2FtS-8z9Fv,
http://www.playvid.com/watch/ayzPFUj4Qm6, http://www.playvid.com/watch/TnRjTQcYSAW, http://www.playvid.com/watch/dufYEgmrc5Z,
http://www.playvid.com/watch/w3fvgZwyCbG, http://www.playvid.com/watch/LIYwbtUw-zt, http://www.playvid.com/watch/fpFME6iVrtq,
http://www.playvid.com/watch/-bq9OhNEgjk, http://www.playvid.com/watch/DJiK9irKhze, http://www.playvid.com/watch/vKvpZTxZFu6,
http://www.playvid.com/watch/laa6SHXo4lu, http://www.playvid.com/watch/xqUCTCFEIul, http://www.playvid.com/watch/Xb7JXwbcWay,
http://www.playvid.com/watch/cbemLRVwwK6, http://www.playvid.com/watch/gOVfpeLou56, http://www.playvid.com/watch/RSB7zoKlim5,
http://www.playvid.com/watch/czZZNwD65J6, http://www.playvid.com/watch/fLEKzglVGcg, http://www.playvid.com/watch/gGb9Dy9eUhV,
http://www.playvid.com/watch/XutE3XbmJn3, http://www.playvid.com/watch/OoHskC4zLKh, http://www.playvid.com/watch/pJVLNtyXtbq,
http://www.playvid.com/watch/6HrEQjMSfnc, http://www.playvid.com/watch/WXgmoj-GA0H, http://www.playvid.com/watch/Mh5petnYz-V,
http://www.playvid.com/watch/r5ygPxRhuCk, http://www.playvid.com/watch/Q8ZKTaxyeNd, http://www.playvid.com/watch/FAUWu6s7fW5,
http://www.playvid.com/watch/OGPLVIw4S7J, http://www.playvid.com/watch/QNcGaOOK4Fw, http://www.playvid.com/watch/4ZBh467tD3D,
http://www.playvid.com/watch/HfPhbTR4eAA, http://www.playvid.com/watch/Xxxk268kG-a, http://www.playvid.com/watch/7kfNIdcnOFe,
http://www.playvid.com/watch/f7Js6AdOeMV, http://www.playvid.com/watch/YuOCIxmq8y0, http://www.playvid.com/watch/rfgq4i0g4e4,
http://www.playvid.com/watch/amR3S4ybmIA, http://www.playvid.com/watch/NJ4XdutK0hM, http://www.playvid.com/watch/dsph9ivOoZK,
http://www.playvid.com/watch/jcO27DqXF8J, http://www.playvid.com/watch/s8kgCa-P0ui, http://www.playvid.com/watch/FJWJUadn4lm,
http://www.playvid.com/watch/lV-gnlimyaB, http://www.playvid.com/watch/N2OqwRMW0Ld, http://www.playvid.com/watch/ExUbZxVvAwp,
http://www.playvid.com/watch/d8yv4OxAyof, http://www.playvid.com/watch/qoRdOKhgc2r, http://www.playvid.com/watch/78Kcz5YOpkB,
http://www.playvid.com/watch/JfJ24j6jcCT, http://www.playvid.com/watch/zSH3oM8tzqj, http://www.playvid.com/watch/qlafoTTmNqi,
http://www.playvid.com/watch/w4R87MXyoFx, http://www.playvid.com/watch/kMimHD4N-eO, http://www.playvid.com/watch/xbR4BG29uZX,
http://www.playvid.com/watch/w5wiXVqrAi6, http://www.playvid.com/watch/OFqVlE3pwjo, http://www.playvid.com/watch/xv3IDxSySXG,
http://www.playvid.com/watch/rlHyq5DyiiC, http://www.playvid.com/watch/abLNSDBDuNQ, http://www.playvid.com/watch/SLEqUvbWvjd,
http://www.playvid.com/watch/PuG3iAUOmPM, http://www.playvid.com/watch/0fohyRQDCRG, http://www.playvid.com/watch/wAcUjdMlcWL,
http://www.playvid.com/watch/vDjtrzQT33u, http://www.playvid.com/watch/yKTIMUVem5i, http://www.playvid.com/watch/nJj8DEmdLHk,
http://www.playvid.com/watch/CcKKjkt22kz, http://www.playvid.com/watch/cvpBODBCjpk, http://www.playvid.com/watch/euOjtkbmaXz,
http://www.playvid.com/watch/u20eV3xJUcd, http://www.playvid.com/watch/uT02SWzMYbp, http://www.playvid.com/watch/3YeOYqLx7Ip,
http://www.playvid.com/watch/CHHOjdBiyhd, http://www.playvid.com/watch/UZh0IAUHhsf, http://www.playvid.com/watch/R4LH8y-MUqs,
http://www.playvid.com/watch/USUNK8pEq8y, http://www.playvid.com/watch/-j9JYzGgYrb, http://www.playvid.com/watch/vmPYNUi2HHz,
http://www.playvid.com/watch/VJO8vRn-BYt, http://www.playvid.com/watch/T-jHfXlNVVE, http://www.playvid.com/watch/N2t2goYcnKj,

http://www.playvid.com/watch/XuK7QRstuh7, http://www.playvid.com/watch/mAK-fNIOYJz, http://www.playvid.com/watch/oCV8Es9Gn2K,
http://www.playvid.com/watch/4qNT-Kwby9n, http://www.playvid.com/watch/zCGeQqJjHsX, http://www.playvid.com/watch/n8VtpfLoawt,
http://www.playvid.com/watch/ZuFxie4befr, http://www.playvid.com/watch/BPRLmnPoqrX, http://www.playvid.com/watch/vqw88LHvrUk,
http://www.playvid.com/watch/aTgOc3uamZB, http://www.playvid.com/watch/DDU8ROuGsGX, http://www.playvid.com/watch/owwcPZqCC6r,
http://www.playvid.com/watch/jXOxgIwob5R, http://www.playvid.com/watch/-GfYkimVe9p, http://www.playvid.com/watch/PomW5uAfPJl,
http://www.playvid.com/watch/em7AAryFBLY, http://www.playvid.com/watch/JFWIf4NOLqu, http://www.playvid.com/watch/0jc2Cx2ZXzK,
http://www.playvid.com/watch/NxPW7MAiLNL, http://www.playvid.com/watch/3t7yqT7XfLc, http://www.playvid.com/watch/l2JyVFZHVat,
http://www.playvid.com/watch/5IgCGZTRb8G, http://www.playvid.com/watch/weB5xfuKDTL, http://www.playvid.com/watch/6WC7onocL3I,
http://www.playvid.com/watch/ItaFrCGdWUr, http://www.playvid.com/watch/y92BdXK7pM9, http://www.playvid.com/watch/5xGfbJIDuRY,
http://www.playvid.com/watch/L9mRryBLh8g, http://www.playvid.com/watch/vzjBRLFGMR5, http://www.playvid.com/watch/TPfgOepVFdi,
http://www.playvid.com/watch/slv-D0J9b5x, http://www.playvid.com/watch/0P4UBmBDPfb, http://www.playvid.com/watch/NXBiR-bf42z,
http://www.playvid.com/watch/AeKpbkKbwuw, http://www.playvid.com/watch/qAZJppGna0M, http://www.playvid.com/watch/oA4IdG8mAHR,
http://www.playvid.com/watch/-BvHiwxhzQB, http://www.playvid.com/watch/EOV9yQB-BWV, http://www.playvid.com/watch/uq4NMhysi5f,
http://www.playvid.com/watch/4LIdi7ITVV9, http://www.playvid.com/watch/pM7zE3A3u5E, http://www.playvid.com/watch/VqnOhEI-mox,
http://www.playvid.com/watch/gdr-HOAcOUp, http://www.playvid.com/watch/LalxCUBgeUy, http://www.playvid.com/watch/BAX9Xw6nSCe,
http://www.playvid.com/watch/jyfW0H8hsyP, http://www.playvid.com/watch/ooaJSDpLS9t, http://www.playvid.com/watch/q9C5HLNEDqZ,
http://www.playvid.com/watch/WNKMo38Vlz-, http://www.playvid.com/watch/crIJc0UNGm0, http://www.playvid.com/watch/4UiuhXPmSxa,
http://www.playvid.com/watch/-gRkhZHh-uH, http://www.playvid.com/watch/eZsC9N7Zevm, http://www.playvid.com/watch/MF3oalFBadO,
http://www.playvid.com/watch/CFqItcLBHGo, http://www.playvid.com/watch/-Y6CmRK4RAH, http://www.playvid.com/watch/QDC6f2RHNaq,
http://www.playvid.com/watch/ClaHrBXkfDP, http://www.playvid.com/watch/6NK0APzevW9, http://www.playvid.com/watch/BrmCyD5iy9I,
http://www.playvid.com/watch/SwsAjZmvbRw, http://www.playvid.com/watch/CD2Wt8DyiIK, http://www.playvid.com/watch/mu7DGD68Vbr,
http://www.playvid.com/watch/5tyGPeWMG27, http://www.playvid.com/watch/PGrG4GxLhoF, http://www.playvid.com/watch/0TnjfdANKYN,
http://www.playvid.com/watch/zu36gZyoin6, http://www.playvid.com/watch/GGaEI3Ecjl8, http://www.playvid.com/watch/FB9Q36mj4AW,
http://www.playvid.com/watch/akNf9oJ2LlQ, http://www.playvid.com/watch/J7fLzyaE8nX, http://www.playvid.com/watch/uyjengvaq-z,
http://www.playvid.com/watch/2ymQxA8Ah4P, http://www.playvid.com/watch/m-TvNKKHn9Q, http://www.playvid.com/watch/fP5j-Fxlsfx,
http://www.playvid.com/watch/R6s4DocEDJC, http://www.playvid.com/watch/55k8vZCQwFR, http://www.playvid.com/watch/4CW454PKsd4,
http://www.playvid.com/watch/QTge8H0seYd, http://www.playvid.com/watch/QP72v623QC2, http://www.playvid.com/watch/mT-rCb4y5LK,
http://www.playvid.com/watch/XDJ9082ZC23, http://www.playvid.com/watch/rRUEjVyhQp-, http://www.playvid.com/watch/YkOAzE0VPXm,
http://www.playvid.com/watch/LhWhbBR3VBG, http://www.playvid.com/watch/irudGxmFPiz, http://www.playvid.com/watch/iHSa-5An3WI,
http://www.playvid.com/watch/5k2xxyMWTiW, http://www.playvid.com/watch/MJac75a0OGh, http://www.playvid.com/watch/8vU7xa-tjSM,
http://www.playvid.com/watch/NnPfRCxvOwJ, http://www.playvid.com/watch/l9Wafdk2X7c, http://www.playvid.com/watch/PuqFlWxULm-,
http://www.playvid.com/watch/X2pZLYlSTWY, http://www.playvid.com/watch/YlU4Yf-iEjO, http://www.playvid.com/watch/YgUOizKQT6y,
http://www.playvid.com/watch/k2PP4f9qA33, http://www.playvid.com/watch/qCpBSbrIh0t, http://www.playvid.com/watch/hpX89eGOEGh,
http://www.playvid.com/watch/eIn6yuXIETv, http://www.playvid.com/watch/aOMfTbqxnci, http://www.playvid.com/watch/M7qNmNVLT7o,
http://www.playvid.com/watch/sVFcz0uYQhR, http://www.playvid.com/watch/KWl5CjkxspL, http://www.playvid.com/watch/dqpW4TtMkQh,
http://www.playvid.com/watch/CoMPK5AAyhf, http://www.playvid.com/watch/3jZI6ou2Ck7, http://www.playvid.com/watch/oPxvcfC0mfo,
http://www.playvid.com/watch/OZd6TjRvIOa, http://www.playvid.com/watch/oHNdxuQCAqg, http://www.playvid.com/watch/NKkyhqZ63DI,
http://www.playvid.com/watch/gCzs5a69jnA, http://www.playvid.com/watch/GXtcic8wy3l, http://www.playvid.com/watch/dIKL7oIGABk,
http://www.playvid.com/watch/cbfyogu0Nrc, http://www.playvid.com/watch/oS2p707Kmni, http://www.playvid.com/watch/alxz8797Lna,
http://www.playvid.com/watch/g0mMxuYCDra, http://www.playvid.com/watch/bb5kcJX64Yp, http://www.playvid.com/watch/Q6CZJuszwTl,
http://www.playvid.com/watch/egGR5QHuL9V, http://www.playvid.com/watch/PPB22mS8Jzy, http://www.playvid.com/watch/c-lOAXT63cS,
http://www.playvid.com/watch/NXOivIHm7Dk, http://www.playvid.com/watch/fTsDg0PLex-, http://www.playvid.com/watch/daALgmsYZa-,
http://www.playvid.com/watch/XYeKt0jEM8z, http://www.playvid.com/watch/Tuq7rso9r9s, http://www.playvid.com/watch/6MlgRzo8QRw,
http://www.playvid.com/watch/9LEfhxwuGlY, http://www.playvid.com/watch/UbDUmqcCofO, http://www.playvid.com/watch/F5d6fKkIGE9,
http://www.playvid.com/watch/ViMK6RrwkVT, http://www.playvid.com/watch/LKKLEJIlqYR, http://www.playvid.com/watch/ZNkI3idtp6p,
http://www.playvid.com/watch/NBR7-Tiwuzs, http://www.playvid.com/watch/MvCv7-gxIwd, http://www.playvid.com/watch/xGYZ4mF0kLa,
http://www.playvid.com/watch/j-vyDW78VI2, http://www.playvid.com/watch/pTyIEu8znM9, http://www.playvid.com/watch/IvZjdndXzLK,
http://www.playvid.com/watch/g-gjgWuBYJc, http://www.playvid.com/watch/gal3ORKDcSb, http://www.playvid.com/watch/fEdJ-ST0uHN,
http://www.playvid.com/watch/P4XBchbLU5F, http://www.playvid.com/watch/yzfLUGkk4ay, http://www.playvid.com/watch/7YKJpm8qIlJ,
http://www.playvid.com/watch/ujeOXe9m3vt, http://www.playvid.com/watch/PRrw2wsCTdd, http://www.playvid.com/watch/C5rtQg668o-,
http://www.playvid.com/watch/5Z2xf7aIiIY, http://www.playvid.com/watch/dE6qvGjZQmY, http://www.playvid.com/watch/FKaCGQBj6Uv,
http://www.playvid.com/watch/EuMMDfsKQzV, http://www.playvid.com/watch/thcj3QF5oMA, http://www.playvid.com/watch/nXywk53ydUH,
http://www.playvid.com/watch/4O7wvpMAYPY, http://www.playvid.com/watch/WtnWnCYOUHB, http://www.playvid.com/watch/MESX-aiFolZ,
http://www.playvid.com/watch/7kXCdcWakWP, http://www.playvid.com/watch/gywQ6hyaOUH, http://www.playvid.com/watch/hj6X5GFZFzg,
http://www.playvid.com/watch/IzJLdaHGEyA, http://www.playvid.com/watch/wYp-RMpn96j, http://www.playvid.com/watch/B2CknTxyx-Q,
http://www.playvid.com/watch/MHuGX3TXSwW, http://www.playvid.com/watch/PqOOVYkP3EB, http://www.playvid.com/watch/5U09XmKzugY,
http://www.playvid.com/watch/Cdi45hFNmwj, http://www.playvid.com/watch/XUGibeHA9Bh, http://www.playvid.com/watch/hM8b7cdL6zL,
http://www.playvid.com/watch/bIcYS-oSObj, http://www.playvid.com/watch/VDjtYTkJlc-, http://www.playvid.com/watch/4VbfQmREnKq,
http://www.playvid.com/watch/2uCkNdWnA56, http://www.playvid.com/watch/t2ofYKbEQqD, http://www.playvid.com/watch/FVUrdrMKJy8,
http://www.playvid.com/watch/txsvJkmybpx, http://www.playvid.com/watch/bQbBJemtCph, http://www.playvid.com/watch/sXOVKLIFxEm,
http://www.playvid.com/watch/W3RGEH7D6Oh, http://www.playvid.com/watch/ZWNo4H9IcCh, http://www.playvid.com/watch/S3NSISmlkJY,
http://www.playvid.com/watch/2VWteMtdnxw, http://www.playvid.com/watch/aM3x7gn6qjr, http://www.playvid.com/watch/8BjTNwesl9i,
http://www.playvid.com/watch/9CdQSfaX54b, http://www.playvid.com/watch/Uh2Obx5s9hZ, http://www.playvid.com/watch/wM9EWy9EyaI,
http://www.playvid.com/watch/s6de9SLaaGd, http://www.playvid.com/watch/sLpnOfOjpDy, http://www.playvid.com/watch/l-wXBVPuT2j,
http://www.playvid.com/watch/mFFO5Y6KIRm, http://www.playvid.com/watch/alvMYaEtK8i, http://www.playvid.com/watch/nHypVY2QrlK,
http://www.playvid.com/watch/R4ZTzqr0ZBX, http://www.playvid.com/watch/Dua-z06f4jp, http://www.playvid.com/watch/hCIEQwCzZrl,
http://www.playvid.com/watch/CdGtlVmwX0Y, http://www.playvid.com/watch/NT0eQLSKpbq, http://www.playvid.com/watch/ZTbKKbgakLR,
http://www.playvid.com/watch/CqGgqfF6ZPT, http://www.playvid.com/watch/FwZt0RScOTg, http://www.playvid.com/watch/oDmMXaFkLCb,
http://www.playvid.com/watch/Bnfj5lEHPwu, http://www.playvid.com/watch/eX4WD9Okn0P, http://www.playvid.com/watch/8Kd2tK7ADXp,
http://www.playvid.com/watch/rr5ivH8lGhM, http://www.playvid.com/watch/AjaZvBBHg8C, http://www.playvid.com/watch/ROLwWUsED5k,
http://www.playvid.com/watch/8CnRVcILHtu, http://www.playvid.com/watch/pQurNxkkllr, http://www.playvid.com/watch/E5-lOmxnWGt,
http://www.playvid.com/watch/uBIWrTtuuXH, http://www.playvid.com/watch/acnoOhDiijC, http://www.playvid.com/watch/OLhWhC8hVEP,
http://www.playvid.com/watch/JzidcCGciPQ, http://www.playvid.com/watch/Q-U5A5aAVNz, http://www.playvid.com/watch/C2MAnaS5AU8,
http://www.playvid.com/watch/Fhs-ICP-mTN, http://www.playvid.com/watch/q9LHvVMvafK, http://www.playvid.com/watch/9FUYumV0Qzi,
http://www.playvid.com/watch/TBqcQuAWyMq, http://www.playvid.com/watch/WuK2ZGG9Hj8, http://www.playvid.com/watch/kGkj55HW6XL,
http://www.playvid.com/watch/RXqSH7hy6Wr, http://www.playvid.com/watch/E3sWBUT-rLx, http://www.playvid.com/watch/dcqMGd2HNrc,
http://www.playvid.com/watch/ONhgua-sLpC, http://www.playvid.com/watch/6O7E0jtVmy4, http://www.playvid.com/watch/5F87s0J9Aey,
http://www.playvid.com/watch/NoHQEwUq5rM, http://www.playvid.com/watch/AcFZ97g5anh, http://www.playvid.com/watch/vlPYSuKOiw0,
http://www.playvid.com/watch/XBHRq0eRHCq, http://www.playvid.com/watch/-2UZ7yYw26X, http://www.playvid.com/watch/PX7pQgOlvFx,
http://www.playvid.com/watch/kbi539TGejP, http://www.playvid.com/watch/hWnhpoG7U9k, http://www.playvid.com/watch/WOILNvpEGAN,
http://www.playvid.com/watch/CrNVXpDId2M, http://www.playvid.com/watch/enZm727Ozsf, http://www.playvid.com/watch/HFaOjEVUUCA,
http://www.playvid.com/watch/QzLv45pmI3j, http://www.playvid.com/watch/DjmWWrd-gMw, http://www.playvid.com/watch/LR0cj02-kuO,
http://www.playvid.com/watch/jix8u8H6lbe, http://www.playvid.com/watch/FCQ-c56P3ll, http://www.playvid.com/watch/4qw83AzgcDD,
http://www.playvid.com/watch/BXthEXN6dqA, http://www.playvid.com/watch/gfB7s3weBSA, http://www.playvid.com/watch/h4w0YyETxKN,
http://www.playvid.com/watch/tnyZf3Z9Fhz, http://www.playvid.com/watch/Zbaf3Rt4RWt, http://www.playvid.com/watch/9D82Tdbh4pD,
http://www.playvid.com/watch/O82HH6Vl2Sf, http://www.playvid.com/watch/J72A7hONM5i, http://www.playvid.com/watch/m2LBv88gwFx,
http://www.playvid.com/watch/MiOeWiGokxW, http://www.playvid.com/watch/k-St34i5WT2, http://www.playvid.com/watch/YOzBhy06qM8,
http://www.playvid.com/watch/g5j3YxvZPcU, http://www.playvid.com/watch/pyipBgwTMC4, http://www.playvid.com/watch/ifN0wCxeAjB,
http://www.playvid.com/watch/X2Rfs6Acfol, http://www.playvid.com/watch/yD7YznYmAvj, http://www.playvid.com/watch/7OkcwT7N5XR,
http://www.playvid.com/watch/UzyLN6ga36k, http://www.playvid.com/watch/MFVqVwBio6A, http://www.playvid.com/watch/3gD0SYumqVj,
http://www.playvid.com/watch/8u7yLgxjsJl, http://www.playvid.com/watch/gyLoSxWbJc-, http://www.playvid.com/watch/8QXSNDZoa7o,
http://www.playvid.com/watch/hjYCUpHRcYD, http://www.playvid.com/watch/dXDY6YFkK4y, http://www.playvid.com/watch/CkEh7wdyfMC,
http://www.playvid.com/watch/vvKWZFDjNm8, http://www.playvid.com/watch/sF3MzK7PLFC, http://www.playvid.com/watch/fSx25MHmtml,
http://www.playvid.com/watch/IGyE8YPxu8i, http://www.playvid.com/watch/l9Y6z9xLoKe, http://www.playvid.com/watch/mBqTbchtTYN,
http://www.playvid.com/watch/BliB-IKIwDw, http://www.playvid.com/watch/bbDYYBoiUQf, http://www.playvid.com/watch/0r2zjtKwSN-,
http://www.playvid.com/watch/6dyB42veKUS, http://www.playvid.com/watch/tD63xru7ttI, http://www.playvid.com/watch/FBgmEJSPAcn,

http://www.playvid.com/watch/aLUziEkA8ZU, http://www.playvid.com/watch/pPUEvCWCCNi, http://www.playvid.com/watch/tHsdRpKozYd,
http://www.playvid.com/watch/xVFsJyjTKy7, http://www.playvid.com/watch/K5YQ3XgXgbB, http://www.playvid.com/watch/bRZM9X27ioa,
http://www.playvid.com/watch/5AcJ7O8-nxb, http://www.playvid.com/watch/hRokoIln9Ht, http://www.playvid.com/watch/cKF34xCfYMH,
http://www.playvid.com/watch/f3yVWxKaKGT, http://www.playvid.com/watch/VRJfK76Lb4W, http://www.playvid.com/watch/rnMJLp0UptG,
http://www.playvid.com/watch/6PNVO3I5TO-, http://www.playvid.com/watch/3iic-335zor, http://www.playvid.com/watch/gIgroqMPga-,
http://www.playvid.com/watch/TevRWjXnrJy, http://www.playvid.com/watch/qY2xrPyCGNX, http://www.playvid.com/watch/7TZ3OAhpoyt,
http://www.playvid.com/watch/VPytxOllize, http://www.playvid.com/watch/SwIepUoiagE, http://www.playvid.com/watch/IvV6cJXzC4O,
http://www.playvid.com/watch/2ysiy68taSb, http://www.playvid.com/watch/zsNI5tzNcu5, http://www.playvid.com/watch/KKfLzRBfzHU,
http://www.playvid.com/watch/XItMoAQqylR, http://www.playvid.com/watch/No964GhEVb-, http://www.playvid.com/watch/MTQlMMup4Xl,
http://www.playvid.com/watch/RHI7ag6xiY3, http://www.playvid.com/watch/JrUcQIFLYlJ, http://www.playvid.com/watch/Xq-Eo5r-429,
http://www.playvid.com/watch/54YMfyV5ogu, http://www.playvid.com/watch/ahVNqYcpKta, http://www.playvid.com/watch/Z7sDuHOOCN6,
http://www.playvid.com/watch/i7cGrBNYDBv, http://www.playvid.com/watch/vzFpFqPDzRI, http://www.playvid.com/watch/K2mtROL4wWo,
http://www.playvid.com/watch/CZmJyOujskL, http://www.playvid.com/watch/8LF8aB3bBIz, http://www.playvid.com/watch/sfZ0yeW6qXe,
http://www.playvid.com/watch/eHa8DqoaKGX, http://www.playvid.com/watch/NEa98Dz8Map, http://www.playvid.com/watch/i8oePcWfxUA,
http://www.playvid.com/watch/wmXSrPJBFDD, http://www.playvid.com/watch/WNo2obJmSHH, http://www.playvid.com/watch/cNsRgZbHcET,
http://www.playvid.com/watch/qkiq0IAZu7R, http://www.playvid.com/watch/Z7UtJZluN-a, http://www.playvid.com/watch/Ea57b-3fnbX,
http://www.playvid.com/watch/Uj9BGZXxM9J, http://www.playvid.com/watch/3FT3k20po0H, http://www.playvid.com/watch/fNTe6OS86YF,
http://www.playvid.com/watch/IIm--OvIheC, http://www.playvid.com/watch/F04UluKz7Bb, http://www.playvid.com/watch/rNr6AXjsrMm,
http://www.playvid.com/watch/tW5GvFZurOs, http://www.playvid.com/watch/bk-7YUwWFQj, http://www.playvid.com/watch/0NTb2w8Y6mc,
http://www.playvid.com/watch/K5vJm5hC6d7, http://www.playvid.com/watch/wcRNmNxJnCw, http://www.playvid.com/watch/ynrDawWhaks,
http://www.playvid.com/watch/E9tvE5ZsKuc, http://www.playvid.com/watch/-gKXQQPxSK5, http://www.playvid.com/watch/QXKPHwRyeoS,
http://www.playvid.com/watch/Kz5UV-JeilY, http://www.playvid.com/watch/SRxLJ2lmZWJ, http://www.playvid.com/watch/LAhE4hDhbCM,
http://www.playvid.com/watch/VTH69eJ4nB4, http://www.playvid.com/watch/TU-qZO2Ovtz, http://www.playvid.com/watch/0QhV4D6OcxR,
http://www.playvid.com/watch/52Mi8pTCjDW, http://www.playvid.com/watch/A5nJKE43Tj6, http://www.playvid.com/watch/9EQQwI4Aw3Y,
http://www.playvid.com/watch/p4iiTh0cJ-w, http://www.playvid.com/watch/sI8rt4nW8eX, http://www.playvid.com/watch/k-jlYxNoCWv,
http://www.playvid.com/watch/saeUE-raAHH, http://www.playvid.com/watch/wMjqXsrH-M8, http://www.playvid.com/watch/utineOnr56C,
http://www.playvid.com/watch/zTV3ggUy7-t, http://www.playvid.com/watch/TU98XsVocxF, http://www.playvid.com/watch/D8opNBDOFFF,
http://www.playvid.com/watch/qNnGLXOa-35, http://www.playvid.com/watch/ZJ8S6qHZCXd, http://www.playvid.com/watch/nIlwu-7Il72,
http://www.playvid.com/watch/QZMLlP-nRmb, http://www.playvid.com/watch/fAstMvONv2n, http://www.playvid.com/watch/gebjY2fjn53,
http://www.playvid.com/watch/jQjJipOJkE8, http://www.playvid.com/watch/S7dHJmxCvsH, http://www.playvid.com/watch/9lPBYDA5COU,
http://www.playvid.com/watch/vlIC4klS9AB, http://www.playvid.com/watch/y4mkFkYfh9q, http://www.playvid.com/watch/vTvkqzTxknA,
http://www.playvid.com/watch/v0bMlKHVRM8, http://www.playvid.com/watch/FDhdUAMp03n, http://www.playvid.com/watch/soC05OEBpZz,
http://www.playvid.com/watch/GjgLsTwJ3it, http://www.playvid.com/watch/g2HXdUzkzJz, http://www.playvid.com/watch/DR-NOqxJcGf,
http://www.playvid.com/watch/bpdf-okejuO, http://www.playvid.com/watch/HkrZusGOdJe, http://www.playvid.com/watch/l2FmE67UbNw,
http://www.playvid.com/watch/OsC5MIW8RrV, http://www.playvid.com/watch/g2D0V5BXeDR, http://www.playvid.com/watch/nVsmYIihDdT,
http://www.playvid.com/watch/ORXFw-4bHMM, http://www.playvid.com/watch/78DxXWpIdHp, http://www.playvid.com/watch/bR-ZMBf94Y8,
http://www.playvid.com/watch/nj2z37LbFus, http://www.playvid.com/watch/bFvQVImy365, http://www.playvid.com/watch/gbyRY64tRpg,
http://www.playvid.com/watch/xadUagR6I6u, http://www.playvid.com/watch/w3nGdYHkMrE, http://www.playvid.com/watch/M-A4CK3C4o0,
http://www.playvid.com/watch/AfA37ryUOew, http://www.playvid.com/watch/wOunbIR3hRZ, http://www.playvid.com/watch/RRkquuJs6Wd,
http://www.playvid.com/watch/qSkOL6O7Sd8, http://www.playvid.com/watch/9k8DMmPhyQe, http://www.playvid.com/watch/aHaA2tZNkN0,
http://www.playvid.com/watch/5coaVBjrkEm, http://www.playvid.com/watch/ZwLiz-HwtGy, http://www.playvid.com/watch/Ob9qH6UW4YL,
http://www.playvid.com/watch/KoHvAT2uhJa, http://www.playvid.com/watch/EpEXNh8aciy, http://www.playvid.com/watch/Re4mggMOxbG,
http://www.playvid.com/watch/Sa3IZctQUW4, http://www.playvid.com/watch/XtAngmFRkRR, http://www.playvid.com/watch/gOB0wMADZ5D,
http://www.playvid.com/watch/TZDvDU77QyD, http://www.playvid.com/watch/GEv7-0YLZzB, http://www.playvid.com/watch/y8vXybNmn8B,
http://www.playvid.com/watch/LBNAgSFLl59, http://www.playvid.com/watch/xwV72iY5RA2, http://www.playvid.com/watch/v7jKQk0TJoc,
http://www.playvid.com/watch/Kh4uVJnJCNx, http://www.playvid.com/watch/fC6a00yGyCG, http://www.playvid.com/watch/2IBumi--IgY,
http://www.playvid.com/watch/wUkuEijOrwL, http://www.playvid.com/watch/d-zg209TJ57, http://www.playvid.com/watch/IdJu8Ft-IU7,
http://www.playvid.com/watch/g9ajGZiaK3f, http://www.playvid.com/watch/GPvZj8wHz7S, http://www.playvid.com/watch/tR7QDzJkLxG,
http://www.playvid.com/watch/gkD-lD2VVmk, http://www.playvid.com/watch/HpHO4SwVc9R, http://www.playvid.com/watch/P8NXHs5xafz,
http://www.playvid.com/watch/W3twb2bNnQM, http://www.playvid.com/watch/5h7KLQRXW3r, http://www.playvid.com/watch/7dFAI0Hhpm7,
http://www.playvid.com/watch/XS-NEm3HA9U, http://www.playvid.com/watch/5kJJCC3Veow, http://www.playvid.com/watch/A-Z2tOC7-GN,
http://www.playvid.com/watch/RDqqhjVfoKS, http://www.playvid.com/watch/qbzSb4pV086, http://www.playvid.com/watch/eTbqQnZ6opy,
http://www.playvid.com/watch/-uW98Tzn9T-, http://www.playvid.com/watch/0Z8FfpSZU0C, http://www.playvid.com/watch/AQDA6FyPc9N,
http://www.playvid.com/watch/uQnrPeNBDu7, http://www.playvid.com/watch/IbGqSk8WcIS, http://www.playvid.com/watch/3eUOggAON7b
5.f. Date of third notice: 2013-10-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: berthheltz
5.b. Uploader's email address: berthheltzz@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/berthheltz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bYDmGbT0qvM, http://www.playvid.com/watch/GflCcJTvI1A,
http://www.playvid.com/watch/CYI0yOPzeuY, http://www.playvid.com/watch/PiJWgJsckcD, http://www.playvid.com/watch/VyyQqcGg2cW,
http://www.playvid.com/watch/8IstVcHqnDZ, http://www.playvid.com/watch/coTe0dDXZ2P, http://www.playvid.com/watch/v9iCKi3FzAW,
http://www.playvid.com/watch/U0uD9NgVW52, http://www.playvid.com/watch/i-xE8tUL8Eg, http://www.playvid.com/watch/PNM-QDGXfUf,
http://www.playvid.com/watch/kBhVwQaW-ae, http://www.playvid.com/watch/IzufkbzNoCp, http://www.playvid.com/watch/sLj8WBFHmao,
http://www.playvid.com/watch/ijnZI2D1Cvl, http://www.playvid.com/watch/FWgujJpbuKx, http://www.playvid.com/watch/dgR0EfQB8ay,
http://www.playvid.com/watch/hwCDlUgxe18, http://www.playvid.com/watch/DQCQq7n-1eJ, http://www.playvid.com/watch/gn-41g7Am5h,
http://www.playvid.com/watch/OMaCNjGDTXU, http://www.playvid.com/watch/l5NuwrPDPwZ, http://www.playvid.com/watch/m8ABypDkyzA,
http://www.playvid.com/watch/XTgp0bSxuec, http://www.playvid.com/watch/Ln2uIGs9Wfx, http://www.playvid.com/watch/cF9i4jEeBPj,
http://www.playvid.com/watch/mcf1ivm8-XP, http://www.playvid.com/watch/p6RDPOmVSb0, http://www.playvid.com/watch/e4r3tMECIXU,
http://www.playvid.com/watch/dpY-4kjnmJI, http://www.playvid.com/watch/CFvdzx1kkgC, http://www.playvid.com/watch/6jrprE0eSYT,
http://www.playvid.com/watch/XBRpLtVI2-c, http://www.playvid.com/watch/5bgv1JVjMVX, http://www.playvid.com/watch/PL46BuRyU1k,
http://www.playvid.com/watch/tlf30mzGD4V, http://www.playvid.com/watch/zIadQW5WQZL, http://www.playvid.com/watch/HS8OMyUqLGS,
http://www.playvid.com/watch/Is6vjlJeBNp, http://www.playvid.com/watch/qQ-Bh-f9EZb, http://www.playvid.com/watch/-jPDgGl2gIX,
http://www.playvid.com/watch/Ng-T-FVFxWf, http://www.playvid.com/watch/Z2ugzPeNHuz, http://www.playvid.com/watch/pXZqVRiyjun,
http://www.playvid.com/watch/UdelYBOEhHh, http://www.playvid.com/watch/s5bikk9eIqN, http://www.playvid.com/watch/FsVbRiyZNeE,
http://www.playvid.com/watch/OPNW6bdHHbO, http://www.playvid.com/watch/YvsagpDcIVb, http://www.playvid.com/watch/BhNCg0dYfy3
5.f. Date of third notice: 2014-02-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: berzerker
5.b. Uploader's email address: mindsphere@sapo.pt
5.d. Uploader's profile: http://www.playvid.com/member/berzerker
5.e. List of videos posted by uploader: http://www.playvid.com/watch/q6whUXyr3A0, http://www.playvid.com/watch/8-NwlTbsY5L,
http://www.playvid.com/watch/foKCCrklZvz, http://www.playvid.com/watch/MQ8Sy0DyyTM, http://www.playvid.com/watch/GmVeYAaXOaY,
http://www.playvid.com/watch/bKkfpWVx9M-, http://www.playvid.com/watch/dmpPRab8jsB, http://www.playvid.com/watch/RKQextJeuC7,
http://www.playvid.com/watch/O82dg5QLeko, http://www.playvid.com/watch/ng262JfU84h, http://www.playvid.com/watch/tBHxym9QE9J,
http://www.playvid.com/watch/QfHlPzIulPe, http://www.playvid.com/watch/cIW0EoRc5U4, http://www.playvid.com/watch/zVUYRnQGibE,
http://www.playvid.com/watch/wOO0tKJZuNj, http://www.playvid.com/watch/Iq8QXXgUIk8, http://www.playvid.com/watch/pg6LYyKMwIh,
http://www.playvid.com/watch/5c06mq9dmpA, http://www.playvid.com/watch/w4hgJsqGlRv, http://www.playvid.com/watch/IWg308FCdpw,
http://www.playvid.com/watch/Nq29xarXEj6, http://www.playvid.com/watch/SRcNiwBQAX7, http://www.playvid.com/watch/XmrGlxRGH7r,
http://www.playvid.com/watch/XrqLFjLIs8p, http://www.playvid.com/watch/QGA7MhgKbjx, http://www.playvid.com/watch/nzB7smGPdNf,
http://www.playvid.com/watch/TtFFglBJR35, http://www.playvid.com/watch/SlrC8SOUaQl, http://www.playvid.com/watch/3TIzWOl-Flh,
http://www.playvid.com/watch/xG8ecEwkS6H, http://www.playvid.com/watch/GoMt3PmuKW8, http://www.playvid.com/watch/Lp5KXf9B5Lw,
http://www.playvid.com/watch/jzSH0YcEIBD, http://www.playvid.com/watch/qtwK-Kb-7nG, http://www.playvid.com/watch/j6M3AhLg0YE,
http://www.playvid.com/watch/0QQcrhiOkw4, http://www.playvid.com/watch/zxKw5BM5hdJ, http://www.playvid.com/watch/xo6i3QephtB,

http://www.playvid.com/watch/62WbXRSQPFA, http://www.playvid.com/watch/FMcokxjlQbh, http://www.playvid.com/watch/DzN4s83fwqj,
http://www.playvid.com/watch/Dr69FGqh-9h, http://www.playvid.com/watch/3PnhmMXLzLk, http://www.playvid.com/watch/rB3SdvQ7--k,
http://www.playvid.com/watch/WoPtmOf6EZW, http://www.playvid.com/watch/aRxXXgE96E-, http://www.playvid.com/watch/dA-QLb-Qkl5,
http://www.playvid.com/watch/MNrjNJME4vC, http://www.playvid.com/watch/JrUfn2pqUSn, http://www.playvid.com/watch/4a4oM60Dy9B,
http://www.playvid.com/watch/F9Cb34DLWKa, http://www.playvid.com/watch/HnBBi2Y8Uch, http://www.playvid.com/watch/vu0ZuXLJ-fe,
http://www.playvid.com/watch/XRkD7mOo29P, http://www.playvid.com/watch/LKPeiSIwQct, http://www.playvid.com/watch/vr8nQIvDaaI,
http://www.playvid.com/watch/-Z3aBeLb78n, http://www.playvid.com/watch/nHqqB9FJbpm, http://www.playvid.com/watch/VD9RMyIMzBL,
http://www.playvid.com/watch/s45AXL0FpaM, http://www.playvid.com/watch/wxcS9mJWYgk, http://www.playvid.com/watch/ynhrHFSvIIN,
http://www.playvid.com/watch/ACyYB9ZQW49, http://www.playvid.com/watch/9tb2JABVTU-, http://www.playvid.com/watch/-P3j7sgIuf8,
http://www.playvid.com/watch/iZgFpYpmdpI, http://www.playvid.com/watch/Q3mrneHxaqJ, http://www.playvid.com/watch/aIXOvCrdjKP,
http://www.playvid.com/watch/FDlZA2GCwj0, http://www.playvid.com/watch/mSevbomSzww, http://www.playvid.com/watch/jzfLmMVS3JW,
http://www.playvid.com/watch/exISTiy7Z6x, http://www.playvid.com/watch/9pygZgX-Qsl, http://www.playvid.com/watch/upciV5oJpfE,
http://www.playvid.com/watch/TBexeDCFbzJ, http://www.playvid.com/watch/dGEvFRlFK2e, http://www.playvid.com/watch/bkEpMhdq-xZ,
http://www.playvid.com/watch/vmrUaGy4DZL, http://www.playvid.com/watch/4HETT4hry73, http://www.playvid.com/watch/tYyArJrU3r7,
http://www.playvid.com/watch/6ahJikyuRqz, http://www.playvid.com/watch/lvwbNvXJYID, http://www.playvid.com/watch/kPNsgis5T0M,
http://www.playvid.com/watch/Zth28BodHTI, http://www.playvid.com/watch/4IoMh7MA9rW, http://www.playvid.com/watch/6ug0fD9x8Wc,
http://www.playvid.com/watch/kMri3yst4pS, http://www.playvid.com/watch/6yNIXaONVme, http://www.playvid.com/watch/yD4PzBBcA04,
http://www.playvid.com/watch/lTov3i4N7-n, http://www.playvid.com/watch/HHdmAC8tdiC, http://www.playvid.com/watch/OsycdfplVoW,
http://www.playvid.com/watch/lftTw6aDEHC, http://www.playvid.com/watch/LMjwoRCMUxd, http://www.playvid.com/watch/TvPwjOc3yFM,
http://www.playvid.com/watch/loS7EM8kjg5, http://www.playvid.com/watch/rtkIni5LCEB, http://www.playvid.com/watch/WzhvjRGfu58,
http://www.playvid.com/watch/ni6uDMWD7Nf, http://www.playvid.com/watch/Gu5ZT5ADlRc, http://www.playvid.com/watch/wAqgooMHVnh,
http://www.playvid.com/watch/N0ZXEoYtvGw, http://www.playvid.com/watch/kb7glKnJmZS, http://www.playvid.com/watch/25R5CPtFhro,
http://www.playvid.com/watch/jHDtP2uUbxF, http://www.playvid.com/watch/IXWwHyhXKA9, http://www.playvid.com/watch/SwhjWno-bnS,
http://www.playvid.com/watch/9TsCVPujYmb, http://www.playvid.com/watch/ekXxu98ZFEp, http://www.playvid.com/watch/IKsZem9-R4h,
http://www.playvid.com/watch/kCQPT2Fokpp, http://www.playvid.com/watch/UFdAluy0Yrz, http://www.playvid.com/watch/U02riC8O5H8,
http://www.playvid.com/watch/MDOS88JCQcq, http://www.playvid.com/watch/gkcVkXZfAp0, http://www.playvid.com/watch/85JeAPYpi-b,
http://www.playvid.com/watch/Pp6aHxJHNQz, http://www.playvid.com/watch/Zxny0lIxa5S, http://www.playvid.com/watch/uAyadGc7wmM,
http://www.playvid.com/watch/bHObNXa3dK9, http://www.playvid.com/watch/InorBadLCtI, http://www.playvid.com/watch/3Mjr89j4EL4,
http://www.playvid.com/watch/kuqKdfg2MSR, http://www.playvid.com/watch/E824J9tsjoh, http://www.playvid.com/watch/0u6U3-Nzw4C,
http://www.playvid.com/watch/VXa7TUlsCgJ, http://www.playvid.com/watch/EmmGikCucZn, http://www.playvid.com/watch/gC7ZNkdVfpO,
http://www.playvid.com/watch/owX8j-cMt4i, http://www.playvid.com/watch/8aQD82g9IlH, http://www.playvid.com/watch/6dSqWTlgrAj,
http://www.playvid.com/watch/0vgHwPcf3X4, http://www.playvid.com/watch/kF78KcDjCjD, http://www.playvid.com/watch/cNbOxxmEx-r,
http://www.playvid.com/watch/6U8JQ83SpKS, http://www.playvid.com/watch/v7huzVJ5BQV, http://www.playvid.com/watch/VV9vjVfDkdM,
http://www.playvid.com/watch/JpzeQYhvfpN, http://www.playvid.com/watch/KEHgCGSgiA3, http://www.playvid.com/watch/VfsWqXWbvGd,
http://www.playvid.com/watch/u0nBhyTMB57, http://www.playvid.com/watch/sxO6ieFxgml, http://www.playvid.com/watch/X-ZCqRGLXRT,
http://www.playvid.com/watch/zgRqY2xIO08, http://www.playvid.com/watch/tKPhuJ5OW3W, http://www.playvid.com/watch/8xK3HOv8U9J,
http://www.playvid.com/watch/ytuBogHFTGW, http://www.playvid.com/watch/-weJjzyGm3y, http://www.playvid.com/watch/U8yA59NGnaC,
http://www.playvid.com/watch/YQ5YxTQJzH2, http://www.playvid.com/watch/Gs9yANflwF8, http://www.playvid.com/watch/zMhYtolI9TQ,
http://www.playvid.com/watch/ySxf25q7CZR, http://www.playvid.com/watch/xYrHorP6eUE, http://www.playvid.com/watch/JiK6ccpvGDm,
http://www.playvid.com/watch/LD3ekGiuyKH, http://www.playvid.com/watch/jzLM632ztuP, http://www.playvid.com/watch/Xe0HYvoHstu,
http://www.playvid.com/watch/LXy7CaGZ66o, http://www.playvid.com/watch/fyySvyDmolv, http://www.playvid.com/watch/kydvY5SrIvQ,
http://www.playvid.com/watch/ZKZQIWUuwMr, http://www.playvid.com/watch/SFbital9mZQ, http://www.playvid.com/watch/bRHpkFXO5BC,
http://www.playvid.com/watch/8uQ0IuSPprz, http://www.playvid.com/watch/E8vAr55CV7d, http://www.playvid.com/watch/C2RmlNxKVLv,
http://www.playvid.com/watch/z-OXuxvRH8l, http://www.playvid.com/watch/g2RKTeHN43f, http://www.playvid.com/watch/Fz9rbjmZGCV,
http://www.playvid.com/watch/akW3evpQiAk, http://www.playvid.com/watch/m8HpRD5cAA-, http://www.playvid.com/watch/93vgAeIoYWw,
http://www.playvid.com/watch/g2-BgRwApj8, http://www.playvid.com/watch/4sFkM-tCaZp, http://www.playvid.com/watch/XubETiNH67T,
http://www.playvid.com/watch/65OtzSYutUA, http://www.playvid.com/watch/zizAKfeRcXL, http://www.playvid.com/watch/9LBr3N5-4X4,
http://www.playvid.com/watch/eO0RNPPJqd-, http://www.playvid.com/watch/hwMwvY-diCu, http://www.playvid.com/watch/wf3wMGeH-Mp,
http://www.playvid.com/watch/G7ngbgCPPXR, http://www.playvid.com/watch/OLrxvhCVgAX, http://www.playvid.com/watch/WoFNeXYZoJE,
http://www.playvid.com/watch/LhgRzUqikqK, http://www.playvid.com/watch/JI33X-quaM3, http://www.playvid.com/watch/y3JXcPFEi82,
http://www.playvid.com/watch/xsZWObHxbSM, http://www.playvid.com/watch/Z6OIkaL6ezF, http://www.playvid.com/watch/FdFuWIHFY9W,
http://www.playvid.com/watch/0jLjeadJV45, http://www.playvid.com/watch/6OSwQCxFby6, http://www.playvid.com/watch/o5JOcTS62Bo,
http://www.playvid.com/watch/MNWwWcdUdgy, http://www.playvid.com/watch/SIrVHRy5GPT, http://www.playvid.com/watch/kLf6IbF3XUN,
http://www.playvid.com/watch/oCGqoBj48Lj, http://www.playvid.com/watch/xj2tD05WVe9, http://www.playvid.com/watch/Kv7YdzzveZa,
http://www.playvid.com/watch/9iHdERKAVx6, http://www.playvid.com/watch/lk45iIxOIeW, http://www.playvid.com/watch/vNPsT0n2uJo,
http://www.playvid.com/watch/zrfvZNXvfzR, http://www.playvid.com/watch/tvEPXQ46XOV, http://www.playvid.com/watch/JjzDvsUEV0v,
http://www.playvid.com/watch/iW2vhtEl6ew, http://www.playvid.com/watch/rc8GTy7d3kd, http://www.playvid.com/watch/TjhVRaNON8N,
http://www.playvid.com/watch/4bSRypg83CI, http://www.playvid.com/watch/0AQuPMzlX6M, http://www.playvid.com/watch/9SyCfTfld59,
http://www.playvid.com/watch/Ybnw4Aca9sc, http://www.playvid.com/watch/-M1GVBGRswn, http://www.playvid.com/watch/mKqaRbzQv6v,
http://www.playvid.com/watch/lLV24geCN79, http://www.playvid.com/watch/BxmSUqj5a5S, http://www.playvid.com/watch/obVN2IDnN3L,
http://www.playvid.com/watch/LVoNzmdT-YP, http://www.playvid.com/watch/j03hDvQOAoj, http://www.playvid.com/watch/TgH-y-Bzwb7,
http://www.playvid.com/watch/o9mKMgYdw8p, http://www.playvid.com/watch/M79ffBhlmb1, http://www.playvid.com/watch/HWoQEhcnmF4,
http://www.playvid.com/watch/bb4Ay5x7OP1, http://www.playvid.com/watch/VLfVEQpAgRW, http://www.playvid.com/watch/MtjGOKPx4Q-,
http://www.playvid.com/watch/bh6nVIuVoHC, http://www.playvid.com/watch/nTrNjq6KEao, http://www.playvid.com/watch/VMEKQw2j7-J,
http://www.playvid.com/watch/An5Xlk6l6l0, http://www.playvid.com/watch/RT40V2LE4mj, http://www.playvid.com/watch/zA-uWskhODT,
http://www.playvid.com/watch/wLL9ES9Tj5y, http://www.playvid.com/watch/PQQDvzAKra4, http://www.playvid.com/watch/kqdM0WC0JH-,
http://www.playvid.com/watch/DIOyitPdxgI, http://www.playvid.com/watch/kizsqF6hQFZ, http://www.playvid.com/watch/Au8wRQDqkMz,
http://www.playvid.com/watch/9SYdDrUSR0z, http://www.playvid.com/watch/fU0DcERh0Ds, http://www.playvid.com/watch/y5PK7rBySm2,
http://www.playvid.com/watch/C0hyYMQyAg8, http://www.playvid.com/watch/tEKz9LV8fST, http://www.playvid.com/watch/wPAgbHOoZb-,
http://www.playvid.com/watch/4JWpVBelNiK, http://www.playvid.com/watch/szyLxJthDNx, http://www.playvid.com/watch/jvsZPR-nhZB,
http://www.playvid.com/watch/P4cwEiWjAk5, http://www.playvid.com/watch/dlHt3OFBoJx, http://www.playvid.com/watch/ocRxL6CQe1m,
http://www.playvid.com/watch/YFdc6F8asem, http://www.playvid.com/watch/W6CvHL01Xw4, http://www.playvid.com/watch/pWLzkeNSHMr,
http://www.playvid.com/watch/i2424KZF70L, http://www.playvid.com/watch/4etDuoA1kRw, http://www.playvid.com/watch/BQ7qhwVFSZw,
http://www.playvid.com/watch/nDqSBwUInYf, http://www.playvid.com/watch/s9Z3-jrYcG7, http://www.playvid.com/watch/mE-yxypSaBe,
http://www.playvid.com/watch/HNvpwSrx1Dz, http://www.playvid.com/watch/F-lY6hWSgMG, http://www.playvid.com/watch/C-KSSbeBKsp,
http://www.playvid.com/watch/T6phzUILQ4y, http://www.playvid.com/watch/Oh1M0jULGJJ, http://www.playvid.com/watch/mvQ3FAF6xDG,
http://www.playvid.com/watch/s6r1CNC2XJz, http://www.playvid.com/watch/MLzQpyg6Bf3, http://www.playvid.com/watch/ZpJkZFnvBJG,
http://www.playvid.com/watch/fMCJUAvHIj2, http://www.playvid.com/watch/k3nXsRXmfH6, http://www.playvid.com/watch/Nr2-yYPoZca,
http://www.playvid.com/watch/68CMgCu3xpB, http://www.playvid.com/watch/wgti3bB-Hpq, http://www.playvid.com/watch/FjF42ZT3tqx,
http://www.playvid.com/watch/TiQ00bqn7Tf, http://www.playvid.com/watch/GZIBMasj6Ku, http://www.playvid.com/watch/AzE1xDvPeyD,
http://www.playvid.com/watch/0wlPCTRh7dL, http://www.playvid.com/watch/BeVs4DlmUJr, http://www.playvid.com/watch/LaAcClcZmXR,
http://www.playvid.com/watch/xTlaPma6eza, http://www.playvid.com/watch/hkDqQj-Sfpp, http://www.playvid.com/watch/H6bAqsVgUTA,
http://www.playvid.com/watch/HfljLO87YGj, http://www.playvid.com/watch/JNvC8gohfZn, http://www.playvid.com/watch/uLHK8ypIYsa,
http://www.playvid.com/watch/CJeLX5spyUr, http://www.playvid.com/watch/LQnD8wwO5ns, http://www.playvid.com/watch/ZH7bluPeLpV,
http://www.playvid.com/watch/FrFA0CaJvV-, http://www.playvid.com/watch/zA-K9UnHsPA, http://www.playvid.com/watch/yD3maIl3-Yf,
http://www.playvid.com/watch/9syUuJO-6v7, http://www.playvid.com/watch/qEYi5U0dz1q, http://www.playvid.com/watch/Ubh0dafvAWh,
http://www.playvid.com/watch/bQotZdxW7RB, http://www.playvid.com/watch/L--IEGlLXZk, http://www.playvid.com/watch/5mHDPmAzT43,
http://www.playvid.com/watch/eLbWtilxjAd, http://www.playvid.com/watch/M634inf3BJQ, http://www.playvid.com/watch/EkvWzWtUh0g,
http://www.playvid.com/watch/jCuD2xfyTW4, http://www.playvid.com/watch/SzlwK2QhGFb, http://www.playvid.com/watch/RExP0kg6bW9,
http://www.playvid.com/watch/XQrHB3BKqxX, http://www.playvid.com/watch/7vdq9xZ9kkK, http://www.playvid.com/watch/uQtu7ZFxPhO,
http://www.playvid.com/watch/rua_o45S8_y, http://www.playvid.com/watch/r_nXyJG7meU, http://www.playvid.com/watch/RgjQvqlA4A7,
http://www.playvid.com/watch/8de9a_eL_ya, http://www.playvid.com/watch/uLflYs9XeLr, http://www.playvid.com/watch/HNFpWDYxKSZ,
http://www.playvid.com/watch/J1IcR-fOwKr, http://www.playvid.com/watch/8_UCNpbAVcl, http://www.playvid.com/watch/0_rp5sMfubv,
http://www.playvid.com/watch/zavxVNgFNKh, http://www.playvid.com/watch/gjI3VzU5lg9, http://www.playvid.com/watch/0wuXzUC4bJB,
http://www.playvid.com/watch/lpEwRuH17RZ, http://www.playvid.com/watch/YLURkDE9SuE, http://www.playvid.com/watch/IUdyO8S9kA4,
http://www.playvid.com/watch/mdiIN241Ca4, http://www.playvid.com/watch/q3fre8rLts8, http://www.playvid.com/watch/z4-Shcgxuyn,

http://www.playvid.com/watch/aiffpDpqo3r, http://www.playvid.com/watch/MCK1YFD-D-g, http://www.playvid.com/watch/g1zxnc4F0A9, http://www.playvid.com/watch/O8PuEHugwiT, http://www.playvid.com/watch/h-FWCPQ7U04, http://www.playvid.com/watch/NcftFQkBZLm, http://www.playvid.com/watch/lZ8XtdnFUlI, http://www.playvid.com/watch/dppak4S1gYD, http://www.playvid.com/watch/NT2wTrl5aZU, http://www.playvid.com/watch/0SLdIbiEHeI, http://www.playvid.com/watch/K4d1SjISIj6, http://www.playvid.com/watch/Uh8KfgURhv4, http://www.playvid.com/watch/doxaT_of4Ik, http://www.playvid.com/watch/xkhJnq4dClx, http://www.playvid.com/watch/BtKvY8oTVIT, http://www.playvid.com/watch/CSkECgoB9Yo, http://www.playvid.com/watch/Nx4_NdzFExW, http://www.playvid.com/watch/3YzRqZJQSlp, http://www.playvid.com/watch/sTk3uTTBTeq, http://www.playvid.com/watch/QBA3kEmjel5
5.f. Date of third notice: 2013-10-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bestdick
5.b. Uploader's email address: lilohambur@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/bestdick
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LJdtT63UXKw, http://www.playvid.com/watch/6Iw-UZbiNjd, http://www.playvid.com/watch/PIKpW7NTpPt, http://www.playvid.com/watch/K4eqbArFn6r, http://www.playvid.com/watch/V3KyfaCk7JF, http://www.playvid.com/watch/rk9x5nZbp7c, http://www.playvid.com/watch/5M8lOyDjLyB, http://www.playvid.com/watch/p6nkSr3dPNT, http://www.playvid.com/watch/6eu7pRHIUSh, http://www.playvid.com/watch/OLskz94-x7a, http://www.playvid.com/watch/Br6PR4Vfb1c, http://www.playvid.com/watch/XogIaJo-MHe, http://www.playvid.com/watch/KQWxqi9tMMQ, http://www.playvid.com/watch/6YHqItxbVkD, http://www.playvid.com/watch/Pw7hjWog6Gx, http://www.playvid.com/watch/8SoXJeAHND3, http://www.playvid.com/watch/z74uD2B6ZUS, http://www.playvid.com/watch/giPId9HzFbY, http://www.playvid.com/watch/idcF0SZUVOj, http://www.playvid.com/watch/hCOHqExcs4O, http://www.playvid.com/watch/58rHoThUUKD, http://www.playvid.com/watch/uEZuqt4SxDN, http://www.playvid.com/watch/BJdvccNQoq9, http://www.playvid.com/watch/bn5RR24aNhw, http://www.playvid.com/watch/swl8ZbksfwN, http://www.playvid.com/watch/LVnKCZq7-XQ, http://www.playvid.com/watch/F71SWDDBApv, http://www.playvid.com/watch/UBYDfn3tWFt, http://www.playvid.com/watch/TZW6vZ2mx1B, http://www.playvid.com/watch/tE25WV2fLPU, http://www.playvid.com/watch/faVoA0zO-mP, http://www.playvid.com/watch/cEVQWc4G1ey, http://www.playvid.com/watch/hxmpxcN2xQg, http://www.playvid.com/watch/quh5KEuVvko, http://www.playvid.com/watch/JqlTH3UD8aD, http://www.playvid.com/watch/XB2QumTJiE9, http://www.playvid.com/watch/BpIIXT1yzfZ
5.f. Date of third notice: 2014-03-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bestfriend
5.b. Uploader's email address: maurohey@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bestfriend
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ywC3J9tN4vz, http://www.playvid.com/watch/WobV98MqGVe, http://www.playvid.com/watch/urR3PNmcCZF, http://www.playvid.com/watch/mYb4qnyqYIa, http://www.playvid.com/watch/ygUU7Q9-Mv-, http://www.playvid.com/watch/rEjqoF6l58h, http://www.playvid.com/watch/5EcZDp8mfdZ, http://www.playvid.com/watch/VUaiDb9x3XL, http://www.playvid.com/watch/pGWaHILtAjr, http://www.playvid.com/watch/5gv4UQRVQ3g, http://www.playvid.com/watch/QfM4ikUMQvw, http://www.playvid.com/watch/DD0mXokxR8d, http://www.playvid.com/watch/wLWcKfLAaoj, http://www.playvid.com/watch/VN7-Yr2HKji, http://www.playvid.com/watch/JDF-Sk6Q6nH, http://www.playvid.com/watch/6kVr0RbJJva, http://www.playvid.com/watch/JUMoSiUzaHJ, http://www.playvid.com/watch/KosfyCRb86U, http://www.playvid.com/watch/foJpfGDEs-h, http://www.playvid.com/watch/6sHtCAPAkPD, http://www.playvid.com/watch/5SQGcP-ufiO, http://www.playvid.com/watch/5oy8blfO-Ic, http://www.playvid.com/watch/tXPO4B5Spf4, http://www.playvid.com/watch/3Umz6cCgGVP, http://www.playvid.com/watch/w0aoR5WxLEP, http://www.playvid.com/watch/hIz7pN93c7L, http://www.playvid.com/watch/d-ZPit3u7J3, http://www.playvid.com/watch/n-QQHL7TVW7, http://www.playvid.com/watch/kGbVCUMYVr5, http://www.playvid.com/watch/ccxe0G8W2FQ, http://www.playvid.com/watch/VQpJuxmgFh7, http://www.playvid.com/watch/Hu0f7lBJT77, http://www.playvid.com/watch/GBc25wpk9ry, http://www.playvid.com/watch/POnRqp4pYkC, http://www.playvid.com/watch/JorXSUEEcEE, http://www.playvid.com/watch/4EgmOrb7MIu, http://www.playvid.com/watch/5ZnR3z2s7RE, http://www.playvid.com/watch/5vKcpr2eOaC, http://www.playvid.com/watch/lH8djOQdA24, http://www.playvid.com/watch/YjeDZ4LIlFn, http://www.playvid.com/watch/KFGU3opCQNm, http://www.playvid.com/watch/bxbKZzw8Vhk, http://www.playvid.com/watch/l8UtVXJTAuK, http://www.playvid.com/watch/HbmrgPVq0B5, http://www.playvid.com/watch/tx-RsDajS3D, http://www.playvid.com/watch/29HkYltG-50, http://www.playvid.com/watch/l8gvHuNNTgu, http://www.playvid.com/watch/jyvqFxczjON, http://www.playvid.com/watch/taZK-LqCcbm, http://www.playvid.com/watch/E8bvAJNNsEa, http://www.playvid.com/watch/dpMgteTaAdl, http://www.playvid.com/watch/wTSg-B6h4qn, http://www.playvid.com/watch/eKHRj2bHRnl, http://www.playvid.com/watch/drzmj2upx5P, http://www.playvid.com/watch/4w6v3-5lpR5, http://www.playvid.com/watch/gHknIYA7xhn, http://www.playvid.com/watch/Sti0yaCRZ8g, http://www.playvid.com/watch/M0tzu2wdQrL, http://www.playvid.com/watch/ubCrNvq8V7Q, http://www.playvid.com/watch/a5but2H3a0T, http://www.playvid.com/watch/BhqdUeNNqAO, http://www.playvid.com/watch/DBN767MGHOs, http://www.playvid.com/watch/WZdKIKnWCcx, http://www.playvid.com/watch/DU7COPyNOwV, http://www.playvid.com/watch/GQ7nUfHneUW, http://www.playvid.com/watch/lbx8TawERHn, http://www.playvid.com/watch/o8slC6z6VES, http://www.playvid.com/watch/qlHsY0ZaOEI, http://www.playvid.com/watch/oCmfDJTq5rV, http://www.playvid.com/watch/ubeKI66mgXt, http://www.playvid.com/watch/gdJ5sdbSfM4, http://www.playvid.com/watch/rfkLyZq2imm, http://www.playvid.com/watch/9kkRdasVPPp, http://www.playvid.com/watch/wsh2zx8pLc8, http://www.playvid.com/watch/MFWWPfXksYx, http://www.playvid.com/watch/jHhqciic3nM, http://www.playvid.com/watch/aOhwuth4r5Q, http://www.playvid.com/watch/Akh4KMrFc7I, http://www.playvid.com/watch/p-aLzIvhE9a, http://www.playvid.com/watch/Cr9d-0Gbiml, http://www.playvid.com/watch/ls24h50pnKr, http://www.playvid.com/watch/xzWhA-txynR, http://www.playvid.com/watch/Nf2Dsqq7oW5, http://www.playvid.com/watch/i9zP3cNboHg, http://www.playvid.com/watch/qhWkgdjf7tX, http://www.playvid.com/watch/iMl3oNAyEsy, http://www.playvid.com/watch/MR830xXV0Ys, http://www.playvid.com/watch/uDxXZtKiZRe, http://www.playvid.com/watch/JAUPwTXz-5n, http://www.playvid.com/watch/JArOvkEL547, http://www.playvid.com/watch/u8M3Ktw90YZ, http://www.playvid.com/watch/JdbifmCxlFK, http://www.playvid.com/watch/Db4dZ2Ajv3W, http://www.playvid.com/watch/ehjQlsFq-c7, http://www.playvid.com/watch/2OKVMOpgfww, http://www.playvid.com/watch/xmWxfEPCrP5, http://www.playvid.com/watch/ucY6hZwcpOh, http://www.playvid.com/watch/dsMAZkOjgzN, http://www.playvid.com/watch/RLw65sy2f9z, http://www.playvid.com/watch/N6bgTyojDw5, http://www.playvid.com/watch/w4NVQH-JVor, http://www.playvid.com/watch/0d2c60tHDuj, http://www.playvid.com/watch/7JqREMqfYdl, http://www.playvid.com/watch/HjggJhAir-L, http://www.playvid.com/watch/bN3rrOzrX0n, http://www.playvid.com/watch/6ibsjYIpNCk, http://www.playvid.com/watch/mSLIjrlCbkv, http://www.playvid.com/watch/4t-UsQFaxH9, http://www.playvid.com/watch/fZ57OmPxGBQ, http://www.playvid.com/watch/c88FBXbg2Ly, http://www.playvid.com/watch/bdvOndiGjo5, http://www.playvid.com/watch/gxiGSAaXsd7, http://www.playvid.com/watch/FtolOp2AwC3, http://www.playvid.com/watch/nhfntCJRM3I, http://www.playvid.com/watch/pQqPPA8os2P, http://www.playvid.com/watch/TA6h0wXzMOl, http://www.playvid.com/watch/hopTLDR4jyn, http://www.playvid.com/watch/MM4XPI8H5Ln, http://www.playvid.com/watch/M5JVy5cF6Pp, http://www.playvid.com/watch/f9kqQpPglYi, http://www.playvid.com/watch/k5Xu2MmLsZb, http://www.playvid.com/watch/e2bUkkjE-po, http://www.playvid.com/watch/CZUZGzPoGKa, http://www.playvid.com/watch/jwmhFDANtrL, http://www.playvid.com/watch/xC68NY9nD5a, http://www.playvid.com/watch/qnq98Gw97Aw, http://www.playvid.com/watch/zG3rYx2gNZp, http://www.playvid.com/watch/Xmj--CwQCz-, http://www.playvid.com/watch/cOKRMWMIIn7, http://www.playvid.com/watch/NkyFZ7atCBa, http://www.playvid.com/watch/RY5cSncSZ02, http://www.playvid.com/watch/A4QrpUsX0pT, http://www.playvid.com/watch/BCg0qeuuu87, http://www.playvid.com/watch/n3qI9CpIqqk, http://www.playvid.com/watch/eCb89xuBzuT, http://www.playvid.com/watch/2OYcHxLi3s-, http://www.playvid.com/watch/BrnbGzLEoub, http://www.playvid.com/watch/fENuKDncUVc, http://www.playvid.com/watch/jAmFgEugrCV, http://www.playvid.com/watch/Qvq-8PfTGKl, http://www.playvid.com/watch/D3Qn5NGZWA3, http://www.playvid.com/watch/ESQWr-7VIyg, http://www.playvid.com/watch/EwnGsECnej6, http://www.playvid.com/watch/Ad8IH73dQo6, http://www.playvid.com/watch/QtfB4b-ydme, http://www.playvid.com/watch/fkLCLodsPZf, http://www.playvid.com/watch/HDga4pDOCRH, http://www.playvid.com/watch/N4Rx6EQVQ4V, http://www.playvid.com/watch/OdqzIYUqT6N, http://www.playvid.com/watch/itUbQMBwedV
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: BestVideoChat
5.b. Uploader's email address: banidinporno@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/BestVideoChat
5.e. List of videos posted by uploader: http://www.playvid.com/watch/q4NKUXDdCDL, http://www.playvid.com/watch/H52Fy9hbkEQ, http://www.playvid.com/watch/Kzdg8RnwFlI, http://www.playvid.com/watch/dYP8lV7-2Jv, http://www.playvid.com/watch/xq6DUWU7lbj, http://www.playvid.com/watch/qfhHSRhow4s, http://www.playvid.com/watch/lCmul7HyIxd, http://www.playvid.com/watch/rYL9N-2EyIx, http://www.playvid.com/watch/OVp24eyGuDn, http://www.playvid.com/watch/4-WNOnEbsFe, http://www.playvid.com/watch/t2FxFQJwuNX, http://www.playvid.com/watch/B5kHnr9K62q, http://www.playvid.com/watch/0Ie24mAw-gG, http://www.playvid.com/watch/RROwf5GiOIT, http://www.playvid.com/watch/J80K-N3kMfu, http://www.playvid.com/watch/BspwMYq97Yg
5.f. Date of third notice: 2014-01-20

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: big314
5.b. Uploader's email address: tony63130@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/big314
5.e. List of videos posted by uploader: http://www.playvid.com/watch/okrajduYQ4E, http://www.playvid.com/watch/VvDGBoQSh4L, http://www.playvid.com/watch/Y-DbuFejC8u, http://www.playvid.com/watch/KWLEERJriVd, http://www.playvid.com/watch/LyaiHFNP33e, http://www.playvid.com/watch/Yc7pq-Qwdf-, http://www.playvid.com/watch/P7n4KpkduOS, http://www.playvid.com/watch/neTw3yzxctX, http://www.playvid.com/watch/zUKM6DhXhxp, http://www.playvid.com/watch/5j-W6s8iZuo, http://www.playvid.com/watch/CLzzAexOaXp, http://www.playvid.com/watch/x4VOAF5oOH3, http://www.playvid.com/watch/6Tz0mS3FH2p, http://www.playvid.com/watch/9Lll9B-H08M, http://www.playvid.com/watch/gRts7TiUV6r, http://www.playvid.com/watch/9KjUBBIzg2E, http://www.playvid.com/watch/YORKIe5NUYh, http://www.playvid.com/watch/njW2i5Ztuu6, http://www.playvid.com/watch/zsMR72ZmRSl, http://www.playvid.com/watch/4oDaXSA0Jg2, http://www.playvid.com/watch/v4Psu0MbKXU, http://www.playvid.com/watch/-nVVwr9fCRi, http://www.playvid.com/watch/EYct4WnunVL, http://www.playvid.com/watch/H5QdEFKjVD-, http://www.playvid.com/watch/AkpLN7nEWjC, http://www.playvid.com/watch/rsVYWQvjlvj, http://www.playvid.com/watch/ErQizjqpTxp, http://www.playvid.com/watch/fPdjYrEx060, http://www.playvid.com/watch/x0hlmPDQScF, http://www.playvid.com/watch/OqDlhX7fSv2, http://www.playvid.com/watch/ja0De-XVfnE, http://www.playvid.com/watch/M3N4FyYsFrD, http://www.playvid.com/watch/uh2BfboUNFm, http://www.playvid.com/watch/zJVZZnmDDpW, http://www.playvid.com/watch/jBJWhu6DuTg, http://www.playvid.com/watch/j2CYjmxo34D, http://www.playvid.com/watch/zhSBIZAn8sw, http://www.playvid.com/watch/t5JXRQ5L-rT, http://www.playvid.com/watch/NZc5rVICLIq, http://www.playvid.com/watch/UUmnnNLVgtV, http://www.playvid.com/watch/l9Ujfz4aGeH, http://www.playvid.com/watch/bbBbkCM288H, http://www.playvid.com/watch/kP7UqqfgCdt, http://www.playvid.com/watch/0BhIrjsTXgP, http://www.playvid.com/watch/-aAW3H5dPt2, http://www.playvid.com/watch/VVas6sFX0AD, http://www.playvid.com/watch/ffGfPzzEQPT, http://www.playvid.com/watch/WYlOQhUHJDQ, http://www.playvid.com/watch/YPJJnHhSTJd, http://www.playvid.com/watch/Lz6oqDMLZq7, http://www.playvid.com/watch/K-3d3RT7CTP, http://www.playvid.com/watch/EtaaD27QULe, http://www.playvid.com/watch/a9OsHjGcDfD, http://www.playvid.com/watch/2zJNspYZKh6, http://www.playvid.com/watch/BfKjec58GON, http://www.playvid.com/watch/FApvTDnDOwH, http://www.playvid.com/watch/o5fRcMnaxZH, http://www.playvid.com/watch/igajIFiWCNU, http://www.playvid.com/watch/vxxPfgO2gEb, http://www.playvid.com/watch/jU3t4ucdCpD, http://www.playvid.com/watch/AJ5mEnXVwTZ, http://www.playvid.com/watch/ZbyFxdTsFCj, http://www.playvid.com/watch/aSUc8yLZFiK, http://www.playvid.com/watch/xcY8mSPzqyh, http://www.playvid.com/watch/6dgWbgHodYG, http://www.playvid.com/watch/moNtfJJ8d8k
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigban700
5.b. Uploader's email address: arturartuur78@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bigban700
5.e. List of videos posted by uploader: http://www.playvid.com/watch/obq9K2NTYfK, http://www.playvid.com/watch/EJZ3tcnEIkS, http://www.playvid.com/watch/iUPn4uaZ2i-, http://www.playvid.com/watch/y5DnZ9c00IR, http://www.playvid.com/watch/cfPNkc4Lgst, http://www.playvid.com/watch/QNPU0LGfY8R, http://www.playvid.com/watch/hq945ZPgfKV, http://www.playvid.com/watch/fJyVaicXyho, http://www.playvid.com/watch/JsnqhA7w-tY, http://www.playvid.com/watch/atmIefOzEVi, http://www.playvid.com/watch/vSMhEHuZuLL, http://www.playvid.com/watch/FMP7NTDIW83, http://www.playvid.com/watch/uiiuTqgH-Hp, http://www.playvid.com/watch/U7Za3k8ersJ, http://www.playvid.com/watch/x0wjAKsbIvI, http://www.playvid.com/watch/v-3hmGVyuRI, http://www.playvid.com/watch/g4C2kdvmldR, http://www.playvid.com/watch/h8asoY7Sb-C, http://www.playvid.com/watch/kp26Y7r2WjS, http://www.playvid.com/watch/NaPEA2pHT8O, http://www.playvid.com/watch/EjYcdQnuUwS, http://www.playvid.com/watch/W--PsBY-Wn5, http://www.playvid.com/watch/gKVSOKUzWBP, http://www.playvid.com/watch/6LgKt4N5jAM, http://www.playvid.com/watch/H9gwLb-FAEn, http://www.playvid.com/watch/AUNWNgZ3BCF, http://www.playvid.com/watch/B9DCq43a-Hs, http://www.playvid.com/watch/ePa9CX6L0rF, http://www.playvid.com/watch/IBWnwtDMrBl, http://www.playvid.com/watch/LTopfgJ2rvW, http://www.playvid.com/watch/UQyIgjsBJfH, http://www.playvid.com/watch/2L86X5yWbdB, http://www.playvid.com/watch/rzqdvYecleM, http://www.playvid.com/watch/FlTenJcCdyk, http://www.playvid.com/watch/DcTvdpQY9ov, http://www.playvid.com/watch/YFiHNFQjHhc, http://www.playvid.com/watch/v7i2P8wGImv, http://www.playvid.com/watch/zDtPPsaouKi, http://www.playvid.com/watch/vNlv04emm9a, http://www.playvid.com/watch/lpicBhJ86jv, http://www.playvid.com/watch/msTeIyIK-M2, http://www.playvid.com/watch/d3amutYdPsI, http://www.playvid.com/watch/sCCB3eeGpvm, http://www.playvid.com/watch/iiVn8Ifyl9p, http://www.playvid.com/watch/Csf4nveYLtq, http://www.playvid.com/watch/xk27gD9nO4v, http://www.playvid.com/watch/NCwaeMBWk86, http://www.playvid.com/watch/VxubNnjjnJE, http://www.playvid.com/watch/g4BQFr0i2x-, http://www.playvid.com/watch/aZIw29Zlf2X, http://www.playvid.com/watch/-ESlqvM5GU2, http://www.playvid.com/watch/zurs4iAgdjk, http://www.playvid.com/watch/x0uZr2ePamm, http://www.playvid.com/watch/pjpt8rA5A9I, http://www.playvid.com/watch/IfjtNK4JZrl, http://www.playvid.com/watch/PXyjYvOD6Uq, http://www.playvid.com/watch/FOvQkEdbvDH, http://www.playvid.com/watch/YvJE-cHrFe4, http://www.playvid.com/watch/gHzB-hvhSBd, http://www.playvid.com/watch/LRfDU3Q4qlQ, http://www.playvid.com/watch/zEeNpq24zYj, http://www.playvid.com/watch/BvDILuTnPMF, http://www.playvid.com/watch/ZYuHe-VadGp, http://www.playvid.com/watch/Lj7cbTvDTID, http://www.playvid.com/watch/uOy-jFvnChc, http://www.playvid.com/watch/mm9DIOrjaS2, http://www.playvid.com/watch/-PNGnAwzbIb, http://www.playvid.com/watch/72IpGy-LDRK, http://www.playvid.com/watch/DZHz09UFHUa, http://www.playvid.com/watch/hEchgOJS-fj, http://www.playvid.com/watch/Tf2yA9sSzGZ, http://www.playvid.com/watch/iUxCtoZlWJz, http://www.playvid.com/watch/3keNGwtrHmM, http://www.playvid.com/watch/gwo3wFCj5PH, http://www.playvid.com/watch/hkRmZSeHI6V, http://www.playvid.com/watch/ewIaevhIwPZ, http://www.playvid.com/watch/59Twj3P7HEa, http://www.playvid.com/watch/TDNw05a7NyG, http://www.playvid.com/watch/J3PRvrQUQmV, http://www.playvid.com/watch/QK0Xs3HdLKY, http://www.playvid.com/watch/RUjbgRc9U3U, http://www.playvid.com/watch/zc6I-LWuz6a, http://www.playvid.com/watch/a54x0sjCTum, http://www.playvid.com/watch/glye4sUWOHf, http://www.playvid.com/watch/KkV4lyB6aEo, http://www.playvid.com/watch/EKw-UyL4Q4T, http://www.playvid.com/watch/AZGlASckZqi, http://www.playvid.com/watch/rtb2iJNi6Db, http://www.playvid.com/watch/r2eq86JQ-ux, http://www.playvid.com/watch/OTw4rRuhd0v, http://www.playvid.com/watch/mU5WdpI-RQK, http://www.playvid.com/watch/w4BhsjQwzJS, http://www.playvid.com/watch/yuKf9QFvaeZ, http://www.playvid.com/watch/OwciwNH7RIH, http://www.playvid.com/watch/pPhYXagLEnS, http://www.playvid.com/watch/2Pcg7p0MXNr, http://www.playvid.com/watch/L4LiBs8u6ex, http://www.playvid.com/watch/OTVrfSouDsZ, http://www.playvid.com/watch/TZg68eyVgl-, http://www.playvid.com/watch/fXwJ9l0-yL-, http://www.playvid.com/watch/kepUsPaEKyl, http://www.playvid.com/watch/vzp6rUVQFPX, http://www.playvid.com/watch/Xq8-qn6hINZ, http://www.playvid.com/watch/JZtJe6wDfDU, http://www.playvid.com/watch/zVIBTjEG3Ne, http://www.playvid.com/watch/b3pupx6d0lY, http://www.playvid.com/watch/QLoxI02U0dm, http://www.playvid.com/watch/mP0qU4nObWY, http://www.playvid.com/watch/QhwhEzZHDUI, http://www.playvid.com/watch/g6tuPkQNenv, http://www.playvid.com/watch/TqmKRaydsRf, http://www.playvid.com/watch/lMWyxvJgfWV, http://www.playvid.com/watch/eg35roFuctt, http://www.playvid.com/watch/oKhgtxPqohr, http://www.playvid.com/watch/YmdeE0WZzUZ, http://www.playvid.com/watch/R8rXOkkOM3d, http://www.playvid.com/watch/2jcnjlfM-4K, http://www.playvid.com/watch/v2XWnz86Jo8, http://www.playvid.com/watch/FeadWpvmdNH, http://www.playvid.com/watch/JWz9AEd-liT, http://www.playvid.com/watch/0J28p7XdoWP, http://www.playvid.com/watch/RFxLyvwXdR9, http://www.playvid.com/watch/SpMKAY9gV2W, http://www.playvid.com/watch/SGosLqcDnn4, http://www.playvid.com/watch/5u4pRpsNSgQ, http://www.playvid.com/watch/dU-grQfEDto, http://www.playvid.com/watch/7Mxx45yoI4K, http://www.playvid.com/watch/2Cc90LN0DVg, http://www.playvid.com/watch/hG67sED6677, http://www.playvid.com/watch/EMLhTVRyMDV, http://www.playvid.com/watch/qzPdgYTaPUw, http://www.playvid.com/watch/W5RqbweaqXo, http://www.playvid.com/watch/36T0uTg-K6S, http://www.playvid.com/watch/mvIFY0R4qqN, http://www.playvid.com/watch/gzuluCR0Ih4, http://www.playvid.com/watch/huVXOBMW5nJ, http://www.playvid.com/watch/fJgsRxBhmdX, http://www.playvid.com/watch/wuZKyQbJkBX, http://www.playvid.com/watch/oHaTom57Zuf, http://www.playvid.com/watch/vIq38CwRoyv, http://www.playvid.com/watch/j9HV-AYZ7Lq, http://www.playvid.com/watch/ubZ5R3CKDND, http://www.playvid.com/watch/B9UG9fsUXKJ, http://www.playvid.com/watch/UfDCmkO5-tv, http://www.playvid.com/watch/8xvSibiJxni, http://www.playvid.com/watch/WoT52B-4xY0, http://www.playvid.com/watch/S0m2wh047V0, http://www.playvid.com/watch/X-aoHH3xXH9, http://www.playvid.com/watch/2duANsD0SDh, http://www.playvid.com/watch/kqWCZ8eyuJH, http://www.playvid.com/watch/nUa9agcUf2c, http://www.playvid.com/watch/WXrTDyYqxWD, http://www.playvid.com/watch/OJ5vxtGQYjd, http://www.playvid.com/watch/i7vi4G30atl, http://www.playvid.com/watch/uoOevoL4Z54, http://www.playvid.com/watch/huXyExdOvfd, http://www.playvid.com/watch/9mZJAVJ7KH7, http://www.playvid.com/watch/0ZIgIxukMfX, http://www.playvid.com/watch/BnzyPWbH-iY, http://www.playvid.com/watch/jhzAhHSCjOR, http://www.playvid.com/watch/wsFP9uvgDUl, http://www.playvid.com/watch/6G-7KFYUAX2, http://www.playvid.com/watch/8Jskt7pgv3v, http://www.playvid.com/watch/Savzcau2vrb, http://www.playvid.com/watch/9MAteBUF9Rp, http://www.playvid.com/watch/ldSjho2mGzK, http://www.playvid.com/watch/vp6HW6K2PjR, http://www.playvid.com/watch/RbHa75uUmID, http://www.playvid.com/watch/Na2MrbaK2af, http://www.playvid.com/watch/EqHO3Rvygss, http://www.playvid.com/watch/j-R0B6ga-RV, http://www.playvid.com/watch/tgPI0Ez4UEm, http://www.playvid.com/watch/Xh8tZYjYaM4, http://www.playvid.com/watch/-rEzIJ48GmA, http://www.playvid.com/watch/dyA0J8HbhSJ, http://www.playvid.com/watch/4LHVAgYzBwT, http://www.playvid.com/watch/5WlK2zl2hcp, http://www.playvid.com/watch/dofLACbkw9H, http://www.playvid.com/watch/upjAButks8N, http://www.playvid.com/watch/C3TffrL7bIF, http://www.playvid.com/watch/rfSRyt-2Cwb, http://www.playvid.com/watch/23qa22kV2yL, http://www.playvid.com/watch/OLKdrdPwl6J, http://www.playvid.com/watch/Ozq-wMc57RL, http://www.playvid.com/watch/JSQ2Qg9AkCd,

http://www.playvid.com/watch/bIb2KFRFyHZ, http://www.playvid.com/watch/hY9-cCCQjPS, http://www.playvid.com/watch/jhND3886lXM,
http://www.playvid.com/watch/FzXwb2iimgy, http://www.playvid.com/watch/cKzan-9Z2uz, http://www.playvid.com/watch/NS6aG5B5zG8,
http://www.playvid.com/watch/2BYmZupY4c3, http://www.playvid.com/watch/-wKmOCIaL5I, http://www.playvid.com/watch/cgnqlPicoVE,
http://www.playvid.com/watch/Me5q-cl3wBw, http://www.playvid.com/watch/Oq4kKcylg3o, http://www.playvid.com/watch/sUoCrydhkbB,
http://www.playvid.com/watch/LCu5S6cOEde, http://www.playvid.com/watch/Sodzbllxvc4, http://www.playvid.com/watch/84Qh6clB7eB,
http://www.playvid.com/watch/ackaGb-IuPT, http://www.playvid.com/watch/BFIOlbRrqTy, http://www.playvid.com/watch/qLt7FvsycEL,
http://www.playvid.com/watch/isxGofkBgMg, http://www.playvid.com/watch/3xeEv2Jx3Yd, http://www.playvid.com/watch/ggChUr6ATY6,
http://www.playvid.com/watch/tWEe28a2VMO, http://www.playvid.com/watch/rEUvRFn-oWN, http://www.playvid.com/watch/axPkwgt3WsO,
http://www.playvid.com/watch/X3nMp9wfgdX, http://www.playvid.com/watch/PGal6z0yXhd, http://www.playvid.com/watch/PXhGACN9e50,
http://www.playvid.com/watch/XPuM-s5nTWV, http://www.playvid.com/watch/nSBvFTXjuSg, http://www.playvid.com/watch/ZZBYbcbb2wc,
http://www.playvid.com/watch/Ki2r863Z6Dj, http://www.playvid.com/watch/goKsHHqGEsi, http://www.playvid.com/watch/NaCLEch0w04,
http://www.playvid.com/watch/f0BvdiviMDq, http://www.playvid.com/watch/2Lz4D05sy3m, http://www.playvid.com/watch/RwYqd8BI7A6,
http://www.playvid.com/watch/VEnyUAawiAt, http://www.playvid.com/watch/LVfU9PLyoeX, http://www.playvid.com/watch/ZkdpHbSeP0e,
http://www.playvid.com/watch/gGXH8i0DUu8, http://www.playvid.com/watch/EcqlVQO0EBL, http://www.playvid.com/watch/JVJLVvB6byL,
http://www.playvid.com/watch/MoTkjMPKrp3, http://www.playvid.com/watch/ejzUd9klyeq, http://www.playvid.com/watch/Q3IwBfhILe5,
http://www.playvid.com/watch/RcC7swBSXg4, http://www.playvid.com/watch/8IJNBwM-3U5, http://www.playvid.com/watch/bqKeZAd3V5t,
http://www.playvid.com/watch/A4zGlLrH3WJ, http://www.playvid.com/watch/u0zLVgr5g3Z, http://www.playvid.com/watch/wapBlHAJb9W,
http://www.playvid.com/watch/OtGqWFVC9jM, http://www.playvid.com/watch/O8pN7R5jvoB, http://www.playvid.com/watch/B9JCwq26SdS,
http://www.playvid.com/watch/4Bhe3fHvf89, http://www.playvid.com/watch/PEULF2j0yC-, http://www.playvid.com/watch/bbYRAsE0vjL,
http://www.playvid.com/watch/IM3SFXEV5bo, http://www.playvid.com/watch/TrBw0UtubFv, http://www.playvid.com/watch/ykrayZObF73,
http://www.playvid.com/watch/jVHxGYhSG4P, http://www.playvid.com/watch/CFbxftdahZw, http://www.playvid.com/watch/qOQ55ZsMdUV,
http://www.playvid.com/watch/dfA8G8l8k5I, http://www.playvid.com/watch/nmmfAn9B2MS, http://www.playvid.com/watch/wGyUieGNBca,
http://www.playvid.com/watch/uBW-xTnA-Kr, http://www.playvid.com/watch/599HPuXPtIT, http://www.playvid.com/watch/-Ow4eAHRiT0,
http://www.playvid.com/watch/Z45U5t7knI8, http://www.playvid.com/watch/UDOJEb-fLTd, http://www.playvid.com/watch/cGcZlGXbLJT,
http://www.playvid.com/watch/NggHObCTCPH, http://www.playvid.com/watch/XfL8QT4U5bD, http://www.playvid.com/watch/qi0JX37rKSK,
http://www.playvid.com/watch/SWbSs4vGYbx, http://www.playvid.com/watch/k9Sg-OBVYs0, http://www.playvid.com/watch/M3qNzFzSIt2,
http://www.playvid.com/watch/WgXQPH6prQO, http://www.playvid.com/watch/z6M4UIydejX, http://www.playvid.com/watch/Qis6kCgeC7F,
http://www.playvid.com/watch/QD9sY2aYy6r, http://www.playvid.com/watch/GKgS4Gn3yiX, http://www.playvid.com/watch/T0zjRcgnB5N,
http://www.playvid.com/watch/-Zhczu2ugqr, http://www.playvid.com/watch/hh90YsExjLg, http://www.playvid.com/watch/caIkOuLukPS,
http://www.playvid.com/watch/eYUruuo54ch, http://www.playvid.com/watch/Mc-tKRXEFwy, http://www.playvid.com/watch/fpZw9ITBkhF,
http://www.playvid.com/watch/TupaLfVkszs, http://www.playvid.com/watch/AIrfexfpIfi, http://www.playvid.com/watch/yidFO5CGRb-,
http://www.playvid.com/watch/fpG--4bYpPo, http://www.playvid.com/watch/za2fqSDYxg8, http://www.playvid.com/watch/wX8JW5pKvXy,
http://www.playvid.com/watch/NjwSrGimOJx, http://www.playvid.com/watch/M0gGH9dY8rw, http://www.playvid.com/watch/AySzZSfOhQW,
http://www.playvid.com/watch/hRrX7wZnDRO, http://www.playvid.com/watch/rdVJlJLBXir, http://www.playvid.com/watch/S8lE3SlDrSI,
http://www.playvid.com/watch/dmXQ0raRZmB, http://www.playvid.com/watch/5g86iORh-jq, http://www.playvid.com/watch/BNnjLZRrC29,
http://www.playvid.com/watch/kI9aLB40Pq4, http://www.playvid.com/watch/ZFMXxfcf2yR, http://www.playvid.com/watch/KPwDXbjpRX5,
http://www.playvid.com/watch/s6wwRkikimL, http://www.playvid.com/watch/XIH76dMtp2d, http://www.playvid.com/watch/7CJd3y-jbxu,
http://www.playvid.com/watch/AXX9YS3vGGO, http://www.playvid.com/watch/kHo9tpU2XPG, http://www.playvid.com/watch/FebEgvYV2pT,
http://www.playvid.com/watch/fp9kZL3ausE, http://www.playvid.com/watch/S2ctA6H3fI8, http://www.playvid.com/watch/yMGHyMiFjq6,
http://www.playvid.com/watch/3Dk3Led7VfV, http://www.playvid.com/watch/KFXmtJFXMl7, http://www.playvid.com/watch/zWzpI85TaRa,
http://www.playvid.com/watch/rHULWwdIQCZ, http://www.playvid.com/watch/dIcm9L-O-dt, http://www.playvid.com/watch/gcExGXYyF9E,
http://www.playvid.com/watch/tiFI0Z7Ovk0, http://www.playvid.com/watch/rSRKAjMhAuL, http://www.playvid.com/watch/r5SpdrdLYbo,
http://www.playvid.com/watch/A-rdaKraOP4, http://www.playvid.com/watch/flEXf4ygMJ9, http://www.playvid.com/watch/7cs8fBUqf0m,
http://www.playvid.com/watch/-R3ZGcAt6Cp, http://www.playvid.com/watch/aUbMvJyp5QL, http://www.playvid.com/watch/lpYIc6KjgVQ,
http://www.playvid.com/watch/Lw6QJN88vXj, http://www.playvid.com/watch/XZAtMoG8spI, http://www.playvid.com/watch/jv5wroB5Jyi,
http://www.playvid.com/watch/mMY3tmyGv-V, http://www.playvid.com/watch/jqNb5Glwo3z, http://www.playvid.com/watch/DhtPImAklGK,
http://www.playvid.com/watch/QvWwM-aVECU, http://www.playvid.com/watch/O89kxvKY2wg, http://www.playvid.com/watch/plD-8xEaad7,
http://www.playvid.com/watch/EK35TKRincE, http://www.playvid.com/watch/VoOe0qrDN5q, http://www.playvid.com/watch/ORGyanxG-NL,
http://www.playvid.com/watch/jVXjE6chGBl, http://www.playvid.com/watch/khUxV8HP9ph, http://www.playvid.com/watch/wAmTTTfYUpr,
http://www.playvid.com/watch/RQVN7ViN-Rr, http://www.playvid.com/watch/UmYRxTO8LKW, http://www.playvid.com/watch/ekj27NQwHzo,
http://www.playvid.com/watch/29vPu9ustvh, http://www.playvid.com/watch/h3k4DPorvJg, http://www.playvid.com/watch/j2OLDwlG2Zr,
http://www.playvid.com/watch/tuXruJcMp54, http://www.playvid.com/watch/U3zjR6IIEAJ, http://www.playvid.com/watch/BaAsISH6jCL,
http://www.playvid.com/watch/EbzgNGkR4mF, http://www.playvid.com/watch/TgJ6o8tKtnF, http://www.playvid.com/watch/ySbQKgyJVZs,
http://www.playvid.com/watch/ZNFiWNonviO, http://www.playvid.com/watch/THlJHaVBXVz, http://www.playvid.com/watch/buNoi67nRva,
http://www.playvid.com/watch/h0bMVsTV5dU, http://www.playvid.com/watch/qw-TAaf7hTk, http://www.playvid.com/watch/UX7OE6t8XcD,
http://www.playvid.com/watch/Fhy3-AN-Wk8, http://www.playvid.com/watch/aPnbuJBMKjN, http://www.playvid.com/watch/sr4rHwntXY7,
http://www.playvid.com/watch/bc2WH0sJ2OL, http://www.playvid.com/watch/GksLS9JVwRy, http://www.playvid.com/watch/T-4r3W6afLF,
http://www.playvid.com/watch/SuQBcwiZvPC, http://www.playvid.com/watch/dUkrIYmPyNu, http://www.playvid.com/watch/MYkIDZuu0N0,
http://www.playvid.com/watch/gJUqhrxmn7B, http://www.playvid.com/watch/L6cv4Pp-p54, http://www.playvid.com/watch/q4nxrLTbe56,
http://www.playvid.com/watch/ywzRBmIXsyG, http://www.playvid.com/watch/ffLLhXvbx0z, http://www.playvid.com/watch/CAx9iJCE0LM,
http://www.playvid.com/watch/8HXlvwCMMlG, http://www.playvid.com/watch/VR794nJgiEh, http://www.playvid.com/watch/2uYd6AQGtM5,
http://www.playvid.com/watch/dLUu6wlzjJL, http://www.playvid.com/watch/JTvB36jMNWP, http://www.playvid.com/watch/7Siv9hd7OVw,
http://www.playvid.com/watch/nmDtLZB0s5R, http://www.playvid.com/watch/FCDp9h-CmZP, http://www.playvid.com/watch/ayIWPcauja4,
http://www.playvid.com/watch/wDISdn8w64u, http://www.playvid.com/watch/lZnvz6-EczM, http://www.playvid.com/watch/RXvSOu3qb5R,
http://www.playvid.com/watch/iaBlMhGFlgq, http://www.playvid.com/watch/OoDQmiUt-4e, http://www.playvid.com/watch/7mAxO5jX7U3,
http://www.playvid.com/watch/5x7-ET9BxqT, http://www.playvid.com/watch/L7LsrrhFtpo, http://www.playvid.com/watch/5X2t-QfSkBY,
http://www.playvid.com/watch/8f8imQXUSer, http://www.playvid.com/watch/tdTZFgDsGMS, http://www.playvid.com/watch/fm-A3UNdbv5,
http://www.playvid.com/watch/0IDKCmsl-Kz, http://www.playvid.com/watch/QVhh8CVd9TD, http://www.playvid.com/watch/Dsh-8XWzNFJ,
http://www.playvid.com/watch/kgVS4hx2fVC, http://www.playvid.com/watch/bAVdZQHykVX, http://www.playvid.com/watch/Og42Cc079pi,
http://www.playvid.com/watch/mrZBCFhntho, http://www.playvid.com/watch/5sFCYaWJ9XS, http://www.playvid.com/watch/A8F9QssFNEH,
http://www.playvid.com/watch/SB0Vi2qW8ef, http://www.playvid.com/watch/ESf5iVkDiN2, http://www.playvid.com/watch/Donozj9xqVw,
http://www.playvid.com/watch/6RGCxDF3BP9, http://www.playvid.com/watch/cZEsCmLLVF4, http://www.playvid.com/watch/5vUT3k7rxPf,
http://www.playvid.com/watch/K0ovnKP7LbA, http://www.playvid.com/watch/fCUF59b45K6, http://www.playvid.com/watch/DYNNYNvqViD,
http://www.playvid.com/watch/wzuxV0vTCdM, http://www.playvid.com/watch/eRAoPQb9Wbx, http://www.playvid.com/watch/-UHhNBUnhc0,
http://www.playvid.com/watch/MXdixVOuFtw, http://www.playvid.com/watch/HeYPq20XPwL, http://www.playvid.com/watch/jbcysUBA5r7,
http://www.playvid.com/watch/qH6wpbmuKum, http://www.playvid.com/watch/PeYrRUnnYXs, http://www.playvid.com/watch/d8A60hFQdeo,
http://www.playvid.com/watch/8US4P9KNRds, http://www.playvid.com/watch/56lf-hjJQcy, http://www.playvid.com/watch/iTQFV6OtwaO,
http://www.playvid.com/watch/o-wMyl0uTTs, http://www.playvid.com/watch/QIUhd8J4MPq, http://www.playvid.com/watch/yimi9DBz0D9,
http://www.playvid.com/watch/ZuiAXi9jYmd, http://www.playvid.com/watch/6RQdF0flPm4, http://www.playvid.com/watch/b9RDASH-F72,
http://www.playvid.com/watch/Ku0mhgH0jQs, http://www.playvid.com/watch/r93mNvaicLR, http://www.playvid.com/watch/tBciEaqWtoE,
http://www.playvid.com/watch/2P3aDqojyVd, http://www.playvid.com/watch/9T6WjNzCkIw, http://www.playvid.com/watch/6wOaMBmxpVk,
http://www.playvid.com/watch/tAIJ8bPAWBI, http://www.playvid.com/watch/-B87tAMcy4F, http://www.playvid.com/watch/QLkjyqUa0gg,
http://www.playvid.com/watch/G-dnW-ubEfr, http://www.playvid.com/watch/vjEVPR2BJLL, http://www.playvid.com/watch/fgoMp5lIeJy,
http://www.playvid.com/watch/bFtzpgM4Fvx, http://www.playvid.com/watch/TC2gswgRDGw, http://www.playvid.com/watch/9hOdGQuWvZw,
http://www.playvid.com/watch/b963f5mhmB4, http://www.playvid.com/watch/8SMSQMcBU4G, http://www.playvid.com/watch/ZL0X3dZcTxF,
http://www.playvid.com/watch/YuFcVSwHc0q, http://www.playvid.com/watch/ayOUzvoA-wa, http://www.playvid.com/watch/qhzKLxr4nxd,
http://www.playvid.com/watch/FML2nhLOiMB, http://www.playvid.com/watch/ZE0tflfZK3I, http://www.playvid.com/watch/tPijczYO3jO,
http://www.playvid.com/watch/QxNDzyhkfk5, http://www.playvid.com/watch/cjJCUE03LoA, http://www.playvid.com/watch/X9NFdu3DJNY,
http://www.playvid.com/watch/miKNeoYagz5, http://www.playvid.com/watch/K9IY2bfsFpT, http://www.playvid.com/watch/VnjJ678tIXM,
http://www.playvid.com/watch/soiSg-fIT7j, http://www.playvid.com/watch/OIFfWnHrLSB, http://www.playvid.com/watch/rhIgnm9MYlD,
http://www.playvid.com/watch/--OFQEouuv5, http://www.playvid.com/watch/mrlE8oTTNCn, http://www.playvid.com/watch/7i5Al2RHr2I,
http://www.playvid.com/watch/x8PV8uDFCnM, http://www.playvid.com/watch/P4WJf9t-Z2j, http://www.playvid.com/watch/kZ55tljxhRK,
http://www.playvid.com/watch/dpdgDIctUUm, http://www.playvid.com/watch/nAMtn38NKEm, http://www.playvid.com/watch/Ms20FZQpJCu,
http://www.playvid.com/watch/7gLe8jI7C98, http://www.playvid.com/watch/jM2ANFc3Mku, http://www.playvid.com/watch/Bxp3UulvyMU,
http://www.playvid.com/watch/x6GVE6qRSgG, http://www.playvid.com/watch/lDUKFpvr3Nu, http://www.playvid.com/watch/snM62OiA8oM,
http://www.playvid.com/watch/T-7xcyrOmvQ, http://www.playvid.com/watch/dZ25asIpIul, http://www.playvid.com/watch/XKxNi-OFfwg,

http://www.playvid.com/watch/eUmb-rus6sU, http://www.playvid.com/watch/fukv9KUEu7C, http://www.playvid.com/watch/OGcfHgikamp,
http://www.playvid.com/watch/9Jre9hqNqdY, http://www.playvid.com/watch/WHZM6J89Lyg, http://www.playvid.com/watch/OgRJsjr4CBM,
http://www.playvid.com/watch/KTB2ZMxLwdC, http://www.playvid.com/watch/5cTT0fZ5fzS, http://www.playvid.com/watch/2UC6QDnfDM5,
http://www.playvid.com/watch/LDdIL29aqXQ, http://www.playvid.com/watch/KMY7byQMGiz, http://www.playvid.com/watch/Hox8zFCZCNl,
http://www.playvid.com/watch/RhHaDcslQvL, http://www.playvid.com/watch/UJQcOiNyjMY, http://www.playvid.com/watch/oPxBktsZSX7,
http://www.playvid.com/watch/A-tiG-mVHpA, http://www.playvid.com/watch/-hZDmAWACsD, http://www.playvid.com/watch/E3DJlrcIxOs,
http://www.playvid.com/watch/ADTJZoUwZPK, http://www.playvid.com/watch/tu-CtRjGTx4, http://www.playvid.com/watch/dIvjMt2xzve,
http://www.playvid.com/watch/N88jJxO0CEC, http://www.playvid.com/watch/SDUzgXaWSZi, http://www.playvid.com/watch/PPcOHhcwh3s,
http://www.playvid.com/watch/wWgMmTYInkv, http://www.playvid.com/watch/q75e59eyofi, http://www.playvid.com/watch/-wlG0Cj7uOK,
http://www.playvid.com/watch/Z5a56LIhlu0, http://www.playvid.com/watch/E6vxhdYPKcB, http://www.playvid.com/watch/R55y45txv3O,
http://www.playvid.com/watch/MtfzQhll5Fh, http://www.playvid.com/watch/Xy5I7WqMvWH, http://www.playvid.com/watch/vMwcorApijM,
http://www.playvid.com/watch/K0QJi73CqCJ, http://www.playvid.com/watch/J7lSFpr-rlQ, http://www.playvid.com/watch/dH34H3YFNQP,
http://www.playvid.com/watch/z6muR67Q8cc, http://www.playvid.com/watch/SyoHJtAsBUa, http://www.playvid.com/watch/qG3mxD8Syf3,
http://www.playvid.com/watch/tV-hvI9EcbF, http://www.playvid.com/watch/8FE0OR75eAN, http://www.playvid.com/watch/oQkwrikzWNF,
http://www.playvid.com/watch/40nYmoRgLid, http://www.playvid.com/watch/y2FICdryj97, http://www.playvid.com/watch/anLxR-Z8Rpa,
http://www.playvid.com/watch/ilWEkRvY0Rs, http://www.playvid.com/watch/-3UziGmSqFh, http://www.playvid.com/watch/jr4WDIr9Sr0,
http://www.playvid.com/watch/FyNCZWTxSXq, http://www.playvid.com/watch/JV0Xo4c-NkD, http://www.playvid.com/watch/-mJTAM7cJby,
http://www.playvid.com/watch/ClHln7D50U5, http://www.playvid.com/watch/IJzlnNnLvZ7, http://www.playvid.com/watch/HExIULwStuW
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Bigboobsz
5.b. Uploader's email address: jonesmaverick69@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Bigboobsz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zxcOsSMSfVi, http://www.playvid.com/watch/ixtuZ3E37aF,
http://www.playvid.com/watch/twIXwcQgRJx, http://www.playvid.com/watch/vgJidfEc-dV, http://www.playvid.com/watch/PmCcSDbWYmg
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigfather
5.b. Uploader's email address: hernanjuan10@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bigfather
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YzPML9vTi87, http://www.playvid.com/watch/iS3GcElKp8R,
http://www.playvid.com/watch/UANWfV1836p, http://www.playvid.com/watch/HprklkBT0lT, http://www.playvid.com/watch/uL2PaiC5iNX,
http://www.playvid.com/watch/qHxR68mssxF, http://www.playvid.com/watch/OWs6S-MjHRz, http://www.playvid.com/watch/0wKHDibGA4E,
http://www.playvid.com/watch/bqDfPdzmCqh, http://www.playvid.com/watch/LxAq3UkANKB, http://www.playvid.com/watch/wpUvezKRSKw,
http://www.playvid.com/watch/6KhAibIFOZB, http://www.playvid.com/watch/VTUbBGHA3WK, http://www.playvid.com/watch/e6gWjE17H9f,
http://www.playvid.com/watch/7r1fPan8dj3, http://www.playvid.com/watch/sasBRMNOyZq, http://www.playvid.com/watch/bRJtmahvl6H,
http://www.playvid.com/watch/Dy1kmcvmftU, http://www.playvid.com/watch/OkkMUuxB68r, http://www.playvid.com/watch/YEGWlHw5tFO,
http://www.playvid.com/watch/28B4jQBO25Q, http://www.playvid.com/watch/8blzkQ3B5oB, http://www.playvid.com/watch/HN88KZNnwpM,
http://www.playvid.com/watch/kwb0hUzFj1E, http://www.playvid.com/watch/uVBmr82rbbJ, http://www.playvid.com/watch/rHT2SSm3ZgH,
http://www.playvid.com/watch/xXr5atcWAvT, http://www.playvid.com/watch/O52F07Qsaa0, http://www.playvid.com/watch/p2TeT1K7l1m,
http://www.playvid.com/watch/r1TvBtJUyvm, http://www.playvid.com/watch/7vDHYYPF0e9, http://www.playvid.com/watch/qCLulMzBagK,
http://www.playvid.com/watch/uQWO7Z-NOQm, http://www.playvid.com/watch/fxxAj9IG2cR, http://www.playvid.com/watch/uG6xohxr7W7,
http://www.playvid.com/watch/xerQj-zBjTZ, http://www.playvid.com/watch/ydayLehhxc5, http://www.playvid.com/watch/IkRzfKeq-wR,
http://www.playvid.com/watch/960ihb6y7bH, http://www.playvid.com/watch/WKuvqu3jZyf, http://www.playvid.com/watch/PgPUPhCnz4L,
http://www.playvid.com/watch/3J0AOY57uNS, http://www.playvid.com/watch/n65BK-1aNje, http://www.playvid.com/watch/VRostfqA2A2,
http://www.playvid.com/watch/SUBRyiuLgFR, http://www.playvid.com/watch/aXdlavEaINv, http://www.playvid.com/watch/wkvGlFPWXBO,
http://www.playvid.com/watch/2WHx3iBrHbe, http://www.playvid.com/watch/i5wUR1f8F6B, http://www.playvid.com/watch/5nDOlmGEEGv,
http://www.playvid.com/watch/bzJEu7K-9ep, http://www.playvid.com/watch/IOhr9zmvaVX, http://www.playvid.com/watch/ul58f2QL0wa,
http://www.playvid.com/watch/k7na3TQho8j, http://www.playvid.com/watch/ouhKIrioieh, http://www.playvid.com/watch/JP1Kq3ut9KF,
http://www.playvid.com/watch/96f98WIdtzg, http://www.playvid.com/watch/lW0vKEtZ4nc, http://www.playvid.com/watch/uB3HB52cCYq,
http://www.playvid.com/watch/QJ1lXnHOukw, http://www.playvid.com/watch/rAbnnBCk7Om, http://www.playvid.com/watch/J2W2j0oTlsL,
http://www.playvid.com/watch/hEzLrKQ6B0L, http://www.playvid.com/watch/xgdaXfkQmzz, http://www.playvid.com/watch/3Nd76QI5VzQ,
http://www.playvid.com/watch/y8Knzs6pZ1O, http://www.playvid.com/watch/La5eNCxK3KL, http://www.playvid.com/watch/EJ-CzExi1f-,
http://www.playvid.com/watch/d56JrAYpWcN, http://www.playvid.com/watch/jZz1MOE2LjU, http://www.playvid.com/watch/-62Lph0ziFz,
http://www.playvid.com/watch/-aAqAfBTslR, http://www.playvid.com/watch/LnQ5j78V-Ug, http://www.playvid.com/watch/-Xm9hHgLJsi,
http://www.playvid.com/watch/IC8tXy0JpL4
5.f. Date of third notice: 2015-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigfranky
5.b. Uploader's email address: frankgeer470@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bigfranky
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TGIAkRLaDIB, http://www.playvid.com/watch/D7oPAPWHBsw,
http://www.playvid.com/watch/9EB9Q-v3MMe, http://www.playvid.com/watch/JQ2haPha6Oy, http://www.playvid.com/watch/-Jko4yai7lq,
http://www.playvid.com/watch/wswvPymgDaH, http://www.playvid.com/watch/Pmduz1ewyBY, http://www.playvid.com/watch/Gczr4pHu5py,
http://www.playvid.com/watch/BAlutuFPLoS, http://www.playvid.com/watch/OLTxkpwz2Ku, http://www.playvid.com/watch/AR-kHjFLrXb,
http://www.playvid.com/watch/lwOWa89lC8s, http://www.playvid.com/watch/vigysFV6OeT, http://www.playvid.com/watch/XlBaeif5n1H,
http://www.playvid.com/watch/8BK2p5H5ll8, http://www.playvid.com/watch/r5SgtntIUAL, http://www.playvid.com/watch/wLtg9wGfQcJ,
http://www.playvid.com/watch/23yiKA3YOdK, http://www.playvid.com/watch/rFzxzdROuk-, http://www.playvid.com/watch/9DmIAgZ4oj7,
http://www.playvid.com/watch/FTOiqTB1Yut, http://www.playvid.com/watch/w6YztJg0lM-, http://www.playvid.com/watch/8L7ek57qPSD,
http://www.playvid.com/watch/PWpufb7ISsh, http://www.playvid.com/watch/pux-uVFTA5R, http://www.playvid.com/watch/hdrg5sXjcn9,
http://www.playvid.com/watch/3NpTQwqXKXF, http://www.playvid.com/watch/bOBnegeEv03, http://www.playvid.com/watch/PEYwXO4sqCF,
http://www.playvid.com/watch/R7hFCuAkNGR, http://www.playvid.com/watch/duwXTjkwk1s, http://www.playvid.com/watch/uYZkfOH8pSl,
http://www.playvid.com/watch/KXMOhy4cwCB, http://www.playvid.com/watch/gZ9Pavv0dYF, http://www.playvid.com/watch/DGBZoSZTXDO,
http://www.playvid.com/watch/b-47ya8mdyW, http://www.playvid.com/watch/v53sY0S4si6, http://www.playvid.com/watch/AMaB49jmcUD,
http://www.playvid.com/watch/BdbqKzTj3jG, http://www.playvid.com/watch/xiCZQ81h2Pe, http://www.playvid.com/watch/MlbXbJAMpGx,
http://www.playvid.com/watch/YFpkFzQ5YZi, http://www.playvid.com/watch/RIevCeV-hYo, http://www.playvid.com/watch/YvUBrGcJjf0,
http://www.playvid.com/watch/hAgenH-FeRZ, http://www.playvid.com/watch/JQDO67h0HI7, http://www.playvid.com/watch/Fe7dV8YWJ2X,
http://www.playvid.com/watch/WR8tSce5nrZ, http://www.playvid.com/watch/uZfOgscy6HB, http://www.playvid.com/watch/lVWze6tElbt,
http://www.playvid.com/watch/hy03xK8zvdw, http://www.playvid.com/watch/5Lfee5KnKKD, http://www.playvid.com/watch/7Yy17Wqc1D3,
http://www.playvid.com/watch/96nOsCxKoQI
5.f. Date of third notice: 2015-07-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigredhead
5.b. Uploader's email address: HEDMIKEESEX@YAHOO.COM
5.d. Uploader's profile: http://www.playvid.com/member/bigredhead
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jFIjZbDXSK-, http://www.playvid.com/watch/gn4rLUJo4JC,
http://www.playvid.com/watch/BchToCL3Rgx, http://www.playvid.com/watch/LI4VhwRYkyP, http://www.playvid.com/watch/J5UI8xrXSJo,
http://www.playvid.com/watch/2Mg4wHSAvsB, http://www.playvid.com/watch/4KQAhZkTNDt, http://www.playvid.com/watch/lS6vPzC9Bki,
http://www.playvid.com/watch/c8r8iqJKAog, http://www.playvid.com/watch/UGhVLDktOaJ, http://www.playvid.com/watch/ldFwyQEfKPc,
http://www.playvid.com/watch/3MkWuf0fEeR, http://www.playvid.com/watch/4FLXsTs-oP4, http://www.playvid.com/watch/i97aVBJB5Y3,
http://www.playvid.com/watch/LTnL8LfSOfM, http://www.playvid.com/watch/AAmjSlr9efN, http://www.playvid.com/watch/Gom5R7GNA5W,
http://www.playvid.com/watch/RjClAeMFUbO, http://www.playvid.com/watch/Uc06YE2uPt3, http://www.playvid.com/watch/YztC2shmOwW,

http://www.playvid.com/watch/xu4rV4m80vT, http://www.playvid.com/watch/RK2I6xbk5OX, http://www.playvid.com/watch/25nBC3akcK-,
http://www.playvid.com/watch/sv8LOZ8CAVa, http://www.playvid.com/watch/wHoLw3HQ9P2, http://www.playvid.com/watch/dazjlUjBOtR,
http://www.playvid.com/watch/CD7b9mbW0sQ, http://www.playvid.com/watch/6HLqlAFFq-b, http://www.playvid.com/watch/Hus5dBCxJ85,
http://www.playvid.com/watch/0ujuY2Sjwsj, http://www.playvid.com/watch/5FpEL6mRjk9, http://www.playvid.com/watch/AJ-97KcPvFx,
http://www.playvid.com/watch/pf5oL3enScL, http://www.playvid.com/watch/eWJu69LtIMj, http://www.playvid.com/watch/vH0NAgg5qjX,
http://www.playvid.com/watch/vgLyUSE6qGm, http://www.playvid.com/watch/MpiJHGYEyRy, http://www.playvid.com/watch/nme9DAFPRqW,
http://www.playvid.com/watch/PQfGxSrOSoe, http://www.playvid.com/watch/aBCoO3o6Kj0, http://www.playvid.com/watch/xgoSIrcA5p3,
http://www.playvid.com/watch/osz3u6GMVwt, http://www.playvid.com/watch/XATlpwbLVWJ, http://www.playvid.com/watch/ExW8lBsmEKw,
http://www.playvid.com/watch/tvKsZEuk0az, http://www.playvid.com/watch/6Vhb7vKkqFv, http://www.playvid.com/watch/xUzHl3YEvdH,
http://www.playvid.com/watch/xErcUxXIBSo, http://www.playvid.com/watch/ewGlk6sv5CU, http://www.playvid.com/watch/C-SE6ChCGzk,
http://www.playvid.com/watch/geZE5Bv907Q, http://www.playvid.com/watch/ODCUNvMjTzW, http://www.playvid.com/watch/KTJc9Q7wPmn,
http://www.playvid.com/watch/9kWb2GsqaQW, http://www.playvid.com/watch/X833Aza6kqA, http://www.playvid.com/watch/q3Gz7v9lEcN,
http://www.playvid.com/watch/xbfb0DRQr6l, http://www.playvid.com/watch/EFCuft6vi-P, http://www.playvid.com/watch/pADnJQYLTtv,
http://www.playvid.com/watch/VqZDwGnhQ6-, http://www.playvid.com/watch/PsrrueHJBej, http://www.playvid.com/watch/6xyxTLTpMWs,
http://www.playvid.com/watch/FAkB4lGCMic, http://www.playvid.com/watch/b3yjFD3Hon9, http://www.playvid.com/watch/DzjFnvDN5j3,
http://www.playvid.com/watch/TRWzV-EwdSY, http://www.playvid.com/watch/xN-Fetl3wuw, http://www.playvid.com/watch/EaUWkQrPE3v,
http://www.playvid.com/watch/agSJ9MoaUno, http://www.playvid.com/watch/ayCOObIwLNz, http://www.playvid.com/watch/m03yKzUSXW9,
http://www.playvid.com/watch/svmvKby-Z4w, http://www.playvid.com/watch/WezKTNoNdcj, http://www.playvid.com/watch/Huk3Dlqkqe7,
http://www.playvid.com/watch/xjzX2Xub2ss, http://www.playvid.com/watch/cHBgwURnb52, http://www.playvid.com/watch/Bplm9A8ni9q,
http://www.playvid.com/watch/ifLAV8EF5g9, http://www.playvid.com/watch/3Hl4l7JWfKG, http://www.playvid.com/watch/HMkg-3ZC8dH,
http://www.playvid.com/watch/FQwRo-zLYbP, http://www.playvid.com/watch/BKtLVS8993u, http://www.playvid.com/watch/q4U6YDH7FdO,
http://www.playvid.com/watch/K0FRP7lhGOq, http://www.playvid.com/watch/reAd6GOGPlr, http://www.playvid.com/watch/-XDoyIEiMQV,
http://www.playvid.com/watch/klur9cV-9xk, http://www.playvid.com/watch/hXqvD7a2pCV, http://www.playvid.com/watch/dGDWft4MyT4,
http://www.playvid.com/watch/tQxCE3zX4SW, http://www.playvid.com/watch/7949s-mdZUq, http://www.playvid.com/watch/GoqE3bReUto,
http://www.playvid.com/watch/-zcKpQQ9ESW, http://www.playvid.com/watch/boGLudGW-Wr, http://www.playvid.com/watch/E3FEMjhlzs4,
http://www.playvid.com/watch/oUAuUD2Zu6J, http://www.playvid.com/watch/l5oOicPl2oX, http://www.playvid.com/watch/ty0Uv2okmgE,
http://www.playvid.com/watch/tcHEhy2b4Fq, http://www.playvid.com/watch/02fd9wR5Fjh, http://www.playvid.com/watch/GoatGWorvrW,
http://www.playvid.com/watch/Q8Yq8Xno0Rq, http://www.playvid.com/watch/pd-OzMtOHDf, http://www.playvid.com/watch/t07AHUuKLiz,
http://www.playvid.com/watch/2mcG6xhgbev, http://www.playvid.com/watch/MOrB8jBvhlw, http://www.playvid.com/watch/J28TkU7OvT9,
http://www.playvid.com/watch/VjYDEvC3w5H, http://www.playvid.com/watch/xt78R4zkBII, http://www.playvid.com/watch/soX9uRwtcm0,
http://www.playvid.com/watch/4q9B-qp6Skb, http://www.playvid.com/watch/GgQSEoDOQTy, http://www.playvid.com/watch/PdyzLVPGmCl,
http://www.playvid.com/watch/NWPAVEnlHqV, http://www.playvid.com/watch/tLAiTFYsDQT, http://www.playvid.com/watch/7YX89S6LyFB,
http://www.playvid.com/watch/uN6rK4wSTTq, http://www.playvid.com/watch/6HAmneR-tpR, http://www.playvid.com/watch/xdBVaocdvgx,
http://www.playvid.com/watch/gJO8K5EsLb4, http://www.playvid.com/watch/t7ZhKDnMH0x, http://www.playvid.com/watch/vLX5Qh42lfr,
http://www.playvid.com/watch/Afov9lHFAf-, http://www.playvid.com/watch/nalm4iaolaX, http://www.playvid.com/watch/GwoByeKIGtS,
http://www.playvid.com/watch/M-WVi-dc2yf, http://www.playvid.com/watch/WdAbOinorWf, http://www.playvid.com/watch/jkLXAet2znQ,
http://www.playvid.com/watch/HC9xzq6HILb, http://www.playvid.com/watch/IrJ8LPjLSN6, http://www.playvid.com/watch/V35Z0889JiJ,
http://www.playvid.com/watch/e9MpLZTT7Xo, http://www.playvid.com/watch/I4BfrUkcGwI, http://www.playvid.com/watch/l3s9Ix2wDPj,
http://www.playvid.com/watch/WI7GyIdHJTJ, http://www.playvid.com/watch/tZomayMuUV3, http://www.playvid.com/watch/BdI9DP7Glkn,
http://www.playvid.com/watch/ZaukPYLMivU, http://www.playvid.com/watch/x9dtCPYmc5x, http://www.playvid.com/watch/wSFVteMUBpH,
http://www.playvid.com/watch/uWGCf-caFfq, http://www.playvid.com/watch/lnFr3PTqeed, http://www.playvid.com/watch/Q2XH9zRBBkY,
http://www.playvid.com/watch/YeaGt-vuwWN, http://www.playvid.com/watch/FL38yWrGFud, http://www.playvid.com/watch/PGWblHD4Feh,
http://www.playvid.com/watch/OvbBt-I0jD-, http://www.playvid.com/watch/DKdpsSuH6uS, http://www.playvid.com/watch/5TBjy9fFlNg,
http://www.playvid.com/watch/3Z-X7yXUDv5, http://www.playvid.com/watch/KsyR7aYNFmn, http://www.playvid.com/watch/cosVbAp9vW3,
http://www.playvid.com/watch/v0EqL0S0C09, http://www.playvid.com/watch/exT6wd4ldUu, http://www.playvid.com/watch/zwcdnJrs9Xn,
http://www.playvid.com/watch/WR2MBLiRIap, http://www.playvid.com/watch/t6RtaQwsvUy, http://www.playvid.com/watch/7WMLpixyYuS,
http://www.playvid.com/watch/FVCDW-OK5CW, http://www.playvid.com/watch/lB5RR0qgssL, http://www.playvid.com/watch/YEfRNINWrSE,
http://www.playvid.com/watch/BoPoUnbHVqd, http://www.playvid.com/watch/QszQeMeEb6W, http://www.playvid.com/watch/7mIg7wt4zDa,
http://www.playvid.com/watch/NKAtOvgsLvR, http://www.playvid.com/watch/KDAIV-79w9y, http://www.playvid.com/watch/aYBGQt6IbkN,
http://www.playvid.com/watch/Nzdmr953LN2, http://www.playvid.com/watch/w7ouf67NULj, http://www.playvid.com/watch/ODA7KoxTVVI,
http://www.playvid.com/watch/3Tj-HiSIx0b, http://www.playvid.com/watch/mn-aLjRnGdy, http://www.playvid.com/watch/k5FCLMCgOK7,
http://www.playvid.com/watch/wDxzp4H4h83, http://www.playvid.com/watch/pUPf2UF9ENV, http://www.playvid.com/watch/-6JbckGgby2,
http://www.playvid.com/watch/aWIUjoRSrrR, http://www.playvid.com/watch/NADETtqzLCo, http://www.playvid.com/watch/bXMfwrxY-rq,
http://www.playvid.com/watch/eLeZ02WIyIA, http://www.playvid.com/watch/NS9R8jOE8cI, http://www.playvid.com/watch/VrcUhLvUBWq,
http://www.playvid.com/watch/3MnEMYSTokb, http://www.playvid.com/watch/2yM7U4dbnCL, http://www.playvid.com/watch/4wYLRwfOlZz,
http://www.playvid.com/watch/BdihqyfGjdm, http://www.playvid.com/watch/2u38Iy8jriS, http://www.playvid.com/watch/zVr8LoIF7bo,
http://www.playvid.com/watch/3q0d-4S6CGZ, http://www.playvid.com/watch/Mb4oNmFOGnJ, http://www.playvid.com/watch/aOMFRMA25ZI,
http://www.playvid.com/watch/aQCCgQXdfL-, http://www.playvid.com/watch/frmyrjLkOys, http://www.playvid.com/watch/7TLFCGRMUQx,
http://www.playvid.com/watch/p9dOAHvam7p, http://www.playvid.com/watch/TtApXwzbbMG, http://www.playvid.com/watch/XFJgEsQgNsH,
http://www.playvid.com/watch/f9Gpy9yZRDh, http://www.playvid.com/watch/EtmFeOaKw8h, http://www.playvid.com/watch/gvybb0VMe7v,
http://www.playvid.com/watch/6uc9tbazgeJ, http://www.playvid.com/watch/-4LBwhi-RyF, http://www.playvid.com/watch/Ap3wWqhIX5T,
http://www.playvid.com/watch/r7hCC6kxCqj, http://www.playvid.com/watch/gXwHGcRIFhC, http://www.playvid.com/watch/SgIL9CkSOv7,
http://www.playvid.com/watch/nCJu0GYBKiq, http://www.playvid.com/watch/yGSzmcASKYh, http://www.playvid.com/watch/iOGvTAy50HG,
http://www.playvid.com/watch/XIQeviF8mfD, http://www.playvid.com/watch/yz8tJntFgHv, http://www.playvid.com/watch/7bjZzB6fBMh,
http://www.playvid.com/watch/Y9LS7Qojtzp
5.f. Date of third notice: 2013-07-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigsanta
5.b. Uploader's email address: deilklenford@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bigsanta
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EIf2m3mqAgA, http://www.playvid.com/watch/JK20FO2p9Xs,
http://www.playvid.com/watch/jE7a5DdXWm2, http://www.playvid.com/watch/TNQmxH-HAlH, http://www.playvid.com/watch/3jVEY2dEgMx,
http://www.playvid.com/watch/k-SvHF2vx0M, http://www.playvid.com/watch/OcKgZClnolx, http://www.playvid.com/watch/sxpSFJcUeAg,
http://www.playvid.com/watch/xfzjoklAHRY, http://www.playvid.com/watch/yyAH7bD-m-z, http://www.playvid.com/watch/fHxszizqKp-,
http://www.playvid.com/watch/k90ap8m20t2, http://www.playvid.com/watch/Pj3NDBjyS0q, http://www.playvid.com/watch/Nk9cEAuEI8U,
http://www.playvid.com/watch/cYFXRFWC9e4, http://www.playvid.com/watch/FNRtu-IRGPO, http://www.playvid.com/watch/nDeIsK0rsHL,
http://www.playvid.com/watch/IPJhdr58vCC, http://www.playvid.com/watch/8F5pmDBHRif, http://www.playvid.com/watch/P-Film9tVac,
http://www.playvid.com/watch/4vKl2V8y9Ih, http://www.playvid.com/watch/ADx-Xq7H5ek, http://www.playvid.com/watch/HlI8SVMrUAc,
http://www.playvid.com/watch/p29m3CaPigV, http://www.playvid.com/watch/RV-cW6UbXon, http://www.playvid.com/watch/UfO602bpIh2,
http://www.playvid.com/watch/cSyB3WwfQU9, http://www.playvid.com/watch/U7vPFYuedO2, http://www.playvid.com/watch/3vQuYKBsx74,
http://www.playvid.com/watch/USdTXUNNwYX, http://www.playvid.com/watch/V9UVjym4Z5X, http://www.playvid.com/watch/TM6XOrHp6Lz,
http://www.playvid.com/watch/lKu89tJg2Hb, http://www.playvid.com/watch/WnFh6Mm0wjP, http://www.playvid.com/watch/XsgUZRena67,
http://www.playvid.com/watch/ndQJH7gBH37, http://www.playvid.com/watch/stQJIjAehmO, http://www.playvid.com/watch/JuTh4bbXNzP,
http://www.playvid.com/watch/oVcCuaVXJpr, http://www.playvid.com/watch/m2S5wF7oWSx, http://www.playvid.com/watch/oFlFN8Tmhnq,
http://www.playvid.com/watch/7DGOvECXxBQ, http://www.playvid.com/watch/Lhn-Ifi-hCR, http://www.playvid.com/watch/QRFMY5uKH6h,
http://www.playvid.com/watch/4A79ne7z4-B, http://www.playvid.com/watch/mQiZu8NCu5J, http://www.playvid.com/watch/omGRRHEtsNF,
http://www.playvid.com/watch/3WWMnxD54tw, http://www.playvid.com/watch/bSNsoMczH3K, http://www.playvid.com/watch/7s7lNdBZdWQ,
http://www.playvid.com/watch/7t8jtUbqWxL, http://www.playvid.com/watch/p0QkonQ4X6m, http://www.playvid.com/watch/X2sNmTMzair,
http://www.playvid.com/watch/BX0ZXnZpl5X, http://www.playvid.com/watch/3qDh7b27-Gg, http://www.playvid.com/watch/o49paGpn0AI,
http://www.playvid.com/watch/3-Fej7wBcGs, http://www.playvid.com/watch/4w9MO6Dovm6, http://www.playvid.com/watch/KmbREIbbXen,
http://www.playvid.com/watch/ylCgdCBEOID, http://www.playvid.com/watch/i6fDg-qVawm, http://www.playvid.com/watch/WY6mgTphMPY,
http://www.playvid.com/watch/F8hFdrQ4JIU, http://www.playvid.com/watch/RBdgOyhZEBD, http://www.playvid.com/watch/89e2hNjXdOD,
http://www.playvid.com/watch/04kUyS9NdWY, http://www.playvid.com/watch/a2MD5V586CJ, http://www.playvid.com/watch/q7eid79okKe,
http://www.playvid.com/watch/NmWzwQNvyEl, http://www.playvid.com/watch/rXsWqWaVQZt, http://www.playvid.com/watch/o4Mpoj-q2WN,
http://www.playvid.com/watch/cBPS2vQ9q6k, http://www.playvid.com/watch/LtpgGTUHZ9I, http://www.playvid.com/watch/fuNTWQJlZBq,

http://www.playvid.com/watch/UzUhDAE-yLE, http://www.playvid.com/watch/bMR32hHmWxV, http://www.playvid.com/watch/lJPMcV22Z9N,
http://www.playvid.com/watch/lxUVERSQTmp, http://www.playvid.com/watch/cJjjgin03zb, http://www.playvid.com/watch/Tx3mzG38Qx7,
http://www.playvid.com/watch/jBe5gmFYqYS, http://www.playvid.com/watch/nRxTUnc3hOb, http://www.playvid.com/watch/GtVwxm9AdVO,
http://www.playvid.com/watch/G2jngzyf5qV, http://www.playvid.com/watch/McQ3DmYTDGV, http://www.playvid.com/watch/BEmZsGUIQfG,
http://www.playvid.com/watch/EVgFhjFsPJB, http://www.playvid.com/watch/sdsgp5Ttufc, http://www.playvid.com/watch/xn44UWK0-98,
http://www.playvid.com/watch/6sa2IIzU52c, http://www.playvid.com/watch/qyUSe-nP-db, http://www.playvid.com/watch/q6kMRwx4gLY,
http://www.playvid.com/watch/NrKbA8rTLkX, http://www.playvid.com/watch/6ZWOEfyKnVf, http://www.playvid.com/watch/VyGNgBn3otB,
http://www.playvid.com/watch/Oln-UNXfuHb, http://www.playvid.com/watch/F97AEjLLPWd, http://www.playvid.com/watch/rmQLq5hE0lT,
http://www.playvid.com/watch/E0GCNv7hHlt, http://www.playvid.com/watch/drRKnMWCL9p, http://www.playvid.com/watch/hnKFQUAgF8P,
http://www.playvid.com/watch/fUvhGoRArb4, http://www.playvid.com/watch/MTfERqXtSll, http://www.playvid.com/watch/t4ZBmntWYZF,
http://www.playvid.com/watch/i5U8PUyQGEN, http://www.playvid.com/watch/30nJezbOjnK, http://www.playvid.com/watch/wycK7ZzSd-5,
http://www.playvid.com/watch/M7m35Kx59NT, http://www.playvid.com/watch/ec6nfy0wic0, http://www.playvid.com/watch/l20IUoT5dPp,
http://www.playvid.com/watch/m05GGkiVcTb, http://www.playvid.com/watch/CWaQFqMXrfV, http://www.playvid.com/watch/vftaT62cwO2,
http://www.playvid.com/watch/2hITT2qQ9V3, http://www.playvid.com/watch/3kVdDXskAbu, http://www.playvid.com/watch/zp7Plxqp3-m,
http://www.playvid.com/watch/TX3sT9F8477, http://www.playvid.com/watch/SGaOPtCMAxV, http://www.playvid.com/watch/587Sgnzml2B,
http://www.playvid.com/watch/sC7rNKIQsWF, http://www.playvid.com/watch/IYbinAdqXMq, http://www.playvid.com/watch/vvmEwpE55RV,
http://www.playvid.com/watch/gkpuDzT27mO, http://www.playvid.com/watch/tbTajLd6xHL, http://www.playvid.com/watch/L7dX6tAzoNX,
http://www.playvid.com/watch/3OKAbcZlB9H, http://www.playvid.com/watch/N4iRmFnrrMa, http://www.playvid.com/watch/873j8fKzlqV,
http://www.playvid.com/watch/Glk-j2W-2Ai, http://www.playvid.com/watch/wx3EIb-cr6a, http://www.playvid.com/watch/BxFP7NA5iqK,
http://www.playvid.com/watch/ZgeMiIShr5L, http://www.playvid.com/watch/Y-WKIlaop4-, http://www.playvid.com/watch/5JeErOBWzpv,
http://www.playvid.com/watch/Y5HuK-eGDv7, http://www.playvid.com/watch/5mE3qx2PmZ0, http://www.playvid.com/watch/G6S-VIj3xPX,
http://www.playvid.com/watch/dhwvZ8fufgQ, http://www.playvid.com/watch/zd6C2kVLWRA, http://www.playvid.com/watch/hK7LHJO4hNH,
http://www.playvid.com/watch/9E84EDJ3iN6, http://www.playvid.com/watch/bhNnQN5qgzQ, http://www.playvid.com/watch/Pb0DXsOryuV,
http://www.playvid.com/watch/Fn4AW4DPG5i, http://www.playvid.com/watch/ZINmBQIghCq, http://www.playvid.com/watch/6Hjefth0JU3,
http://www.playvid.com/watch/6gCejShPEAE, http://www.playvid.com/watch/QFftLcJxDPu, http://www.playvid.com/watch/wPUhXkORpYg,
http://www.playvid.com/watch/we5vpR4g3Ux, http://www.playvid.com/watch/Zf0KFUClZgJ, http://www.playvid.com/watch/XrPJJeHyEJu,
http://www.playvid.com/watch/LHEDuyeXMUZ, http://www.playvid.com/watch/9jxDrOUtYTT, http://www.playvid.com/watch/unllzj4gX6K,
http://www.playvid.com/watch/GPHJdtYadlX, http://www.playvid.com/watch/Y4gJ4GSbblq, http://www.playvid.com/watch/RCNclNGIGfR,
http://www.playvid.com/watch/uTcbaGyg82w, http://www.playvid.com/watch/ezjcUCB25DX, http://www.playvid.com/watch/TVSE8b6eYEm,
http://www.playvid.com/watch/9PTr63VrEKd, http://www.playvid.com/watch/VSUq--93rrY
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigsizee
5.b. Uploader's email address: emmanuilkolbo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bigsizee
5.e. List of videos posted by uploader: http://www.playvid.com/watch/a5X4detw65N, http://www.playvid.com/watch/f5ePCztIP2N,
http://www.playvid.com/watch/4ulRLlgwejM, http://www.playvid.com/watch/sGXRA4rbou3, http://www.playvid.com/watch/tIvKNCnobta,
http://www.playvid.com/watch/TQBUaweruWZ, http://www.playvid.com/watch/LyQE-70jKNG, http://www.playvid.com/watch/JjIiYbujENA,
http://www.playvid.com/watch/5y6e4u53PRb, http://www.playvid.com/watch/HMkTks3KOxG, http://www.playvid.com/watch/Z5Gd9jgHDp7,
http://www.playvid.com/watch/XqFYYNYGFRC, http://www.playvid.com/watch/agiPIFjp-J3, http://www.playvid.com/watch/7KT6eQFBXMg,
http://www.playvid.com/watch/XbpDUUi0Iet, http://www.playvid.com/watch/hLehZwRDiPP, http://www.playvid.com/watch/IcJasRCZ8cC,
http://www.playvid.com/watch/OlRDAmmyj7W, http://www.playvid.com/watch/zfrhve9Pa-E, http://www.playvid.com/watch/Lyi2c5HgCvz,
http://www.playvid.com/watch/dSP9hmBFOLY, http://www.playvid.com/watch/rI4BqZFels4, http://www.playvid.com/watch/xdPebkjBAxY,
http://www.playvid.com/watch/iWaBCZkibuN, http://www.playvid.com/watch/t65t6y4cG73, http://www.playvid.com/watch/aT0W9SOxS6S,
http://www.playvid.com/watch/bSJsIrMtS5s, http://www.playvid.com/watch/CzBUoHng5vk, http://www.playvid.com/watch/VAYfgdbaaMt,
http://www.playvid.com/watch/ON6wvz8MydS, http://www.playvid.com/watch/vgY3KOLF57o, http://www.playvid.com/watch/UPT4w--3vyQ,
http://www.playvid.com/watch/hq9eSRLAG2G, http://www.playvid.com/watch/LKsgHkJGHHN, http://www.playvid.com/watch/gH2n9w4UowA,
http://www.playvid.com/watch/ZzA4HTOnljy, http://www.playvid.com/watch/QT3AcJ-hll5, http://www.playvid.com/watch/OpNmLY42Sha,
http://www.playvid.com/watch/dwJvD-6fnrN, http://www.playvid.com/watch/ga2xC62-cAc, http://www.playvid.com/watch/YkMlER0qj09,
http://www.playvid.com/watch/MbvbvTkJePg, http://www.playvid.com/watch/ekFSCShjkND, http://www.playvid.com/watch/7fz94EYotnU,
http://www.playvid.com/watch/kYXk3Fu73WY, http://www.playvid.com/watch/5pOiueowOQ5, http://www.playvid.com/watch/gWjnnJPgwLR,
http://www.playvid.com/watch/gk2YLJ5JPeh, http://www.playvid.com/watch/zTeZiAGDnjZ, http://www.playvid.com/watch/m0RssySWtCx,
http://www.playvid.com/watch/wn22p8QbCxk, http://www.playvid.com/watch/o9nuCFWnVUs, http://www.playvid.com/watch/2LSefpYv3lF,
http://www.playvid.com/watch/acK6-LaQu4G, http://www.playvid.com/watch/tzjJN2l7YJ4, http://www.playvid.com/watch/EfcoPEbQmAI,
http://www.playvid.com/watch/6CbZbAe5DAM, http://www.playvid.com/watch/XqQ4SJig-mu, http://www.playvid.com/watch/Kbo3AmONHkZ,
http://www.playvid.com/watch/8OMuxCoVDbi, http://www.playvid.com/watch/8M89dCl8N0b, http://www.playvid.com/watch/e3b0E2wJYoM,
http://www.playvid.com/watch/-ijKc9aD3Hm, http://www.playvid.com/watch/s7cTa7nBJVr, http://www.playvid.com/watch/VDPXL2iBcbz,
http://www.playvid.com/watch/iNPRlkFAKX7, http://www.playvid.com/watch/c0inGhDjbr9, http://www.playvid.com/watch/f-0QiF5e9pd,
http://www.playvid.com/watch/r86WrWzSyOT, http://www.playvid.com/watch/YuWQPx8DJKJ, http://www.playvid.com/watch/jBrbHg5G9LK,
http://www.playvid.com/watch/vZZXBfZ0jDX, http://www.playvid.com/watch/p05Bfl9ehqX, http://www.playvid.com/watch/GPZmkYja8TO,
http://www.playvid.com/watch/qu6fpBEYzhM, http://www.playvid.com/watch/Rj04VOWMx5N, http://www.playvid.com/watch/pLNJZqSQBOb,
http://www.playvid.com/watch/QTwZzfFsv8I, http://www.playvid.com/watch/35DeFrajbCf, http://www.playvid.com/watch/VhsqXqNP6ti,
http://www.playvid.com/watch/6DcGf68Zq80, http://www.playvid.com/watch/jtoxJwwwT8Y, http://www.playvid.com/watch/G6PFvE3adx2,
http://www.playvid.com/watch/bcGVHBqcpUq, http://www.playvid.com/watch/FWOQXBeOnCp, http://www.playvid.com/watch/PZKynpisWXh,
http://www.playvid.com/watch/ny7Ad7fkB7g, http://www.playvid.com/watch/wa2z4jtAamf, http://www.playvid.com/watch/7dJAbN2i9JV,
http://www.playvid.com/watch/5TY7MOmp8Io, http://www.playvid.com/watch/8oHWnaXHyHo, http://www.playvid.com/watch/fNuzlDymwhu,
http://www.playvid.com/watch/KkIsXBlUX26, http://www.playvid.com/watch/dIZRRSZ34Bk, http://www.playvid.com/watch/hJXMLWYV98o,
http://www.playvid.com/watch/itVAfI98GVt, http://www.playvid.com/watch/Lq9zj3UhUtK, http://www.playvid.com/watch/VMUXsJuXvKl,
http://www.playvid.com/watch/hohPLTM6lLW, http://www.playvid.com/watch/y0DtolOHdaa, http://www.playvid.com/watch/DY7NrLmY9K2,
http://www.playvid.com/watch/Bm0h384IrOS, http://www.playvid.com/watch/eu4UbQIGPoL, http://www.playvid.com/watch/o-moCEhonpP,
http://www.playvid.com/watch/Wen0d9QQmuw, http://www.playvid.com/watch/OZnYCy5CqzO, http://www.playvid.com/watch/jFit9Mx9bMx,
http://www.playvid.com/watch/4xMnjpiIjnq, http://www.playvid.com/watch/2nG9YmOiCMK, http://www.playvid.com/watch/Ct6YIfgklcI,
http://www.playvid.com/watch/KxV29Yo4hur, http://www.playvid.com/watch/kVEdijyocSx, http://www.playvid.com/watch/qOFppHgqpah,
http://www.playvid.com/watch/xn99LazTXlm, http://www.playvid.com/watch/e830HGol57x, http://www.playvid.com/watch/XuBtuRBVioC,
http://www.playvid.com/watch/PdgUMYEMd2o, http://www.playvid.com/watch/wl--q774-AB, http://www.playvid.com/watch/3fdcbUApKUv,
http://www.playvid.com/watch/pc46RPF-4q8, http://www.playvid.com/watch/W9FggyNrW22, http://www.playvid.com/watch/2VwTVkwPs5B,
http://www.playvid.com/watch/s20XPrtQneo, http://www.playvid.com/watch/jTmq6tFkwZW, http://www.playvid.com/watch/OEJrPuN6eRU,
http://www.playvid.com/watch/nGlGC8MtAik, http://www.playvid.com/watch/tpShYxYebtP, http://www.playvid.com/watch/t4A6YqBXkiZ,
http://www.playvid.com/watch/35YgyhB8hke, http://www.playvid.com/watch/Ytyo6wSMP89, http://www.playvid.com/watch/ufcg4IHKb8h,
http://www.playvid.com/watch/A4glU4yuatP, http://www.playvid.com/watch/nsPfiziFtYy, http://www.playvid.com/watch/J-oBl3-weZz,
http://www.playvid.com/watch/lP0k4i5nsHj, http://www.playvid.com/watch/v6fu60kmdpk, http://www.playvid.com/watch/-lj8VuTRGLG,
http://www.playvid.com/watch/QtrTuSP0-5u, http://www.playvid.com/watch/Swn79R6rNIp, http://www.playvid.com/watch/X3REC7NRiAI,
http://www.playvid.com/watch/TG6AGThW0CB, http://www.playvid.com/watch/gS9pt544RYd, http://www.playvid.com/watch/oHsCkx95oI3,
http://www.playvid.com/watch/aFeerCtXFU0, http://www.playvid.com/watch/4kci-M7iFDA, http://www.playvid.com/watch/BifH6eqS0J2,
http://www.playvid.com/watch/WRb889Bq0gT, http://www.playvid.com/watch/N2HgAbKWu0E, http://www.playvid.com/watch/LXDGfPijEH6,
http://www.playvid.com/watch/9aCFYRddmpX, http://www.playvid.com/watch/lUBC2z8uAIV, http://www.playvid.com/watch/xuSTk0ZfInA,
http://www.playvid.com/watch/sgpWvjkSfrQ, http://www.playvid.com/watch/ygyEbJSBrGv, http://www.playvid.com/watch/5BF3NJqOamr,
http://www.playvid.com/watch/fU08RcVcHSf, http://www.playvid.com/watch/E4YwNZkZwSh, http://www.playvid.com/watch/glYgjP2gI0S,
http://www.playvid.com/watch/ueuC5FDvJ4T, http://www.playvid.com/watch/rImVh2VWm5J, http://www.playvid.com/watch/4Wb0XfQFFBs,
http://www.playvid.com/watch/OfGddt7HysV, http://www.playvid.com/watch/NelpM7EqGUf, http://www.playvid.com/watch/Vq0ebTLno5N,
http://www.playvid.com/watch/Pxq08DlF4EO, http://www.playvid.com/watch/feM40d8NHE8, http://www.playvid.com/watch/ngYLsMOLUqM,
http://www.playvid.com/watch/8rbXJuaI74D, http://www.playvid.com/watch/LaDHNz5Nq-8, http://www.playvid.com/watch/YkBdaolgseR,
http://www.playvid.com/watch/wGB3qPZP7dm, http://www.playvid.com/watch/VWg2AD0iY53, http://www.playvid.com/watch/S5L3jqSRlBj,
http://www.playvid.com/watch/QghQQWFaEBK, http://www.playvid.com/watch/iQ4GLGzzTh9, http://www.playvid.com/watch/reoHA4bhRGZ,
http://www.playvid.com/watch/fpaOKs2nb0q, http://www.playvid.com/watch/kWIcUrVi0Bg, http://www.playvid.com/watch/-9swlBkjl4W,

http://www.playvid.com/watch/GVfoymflval, http://www.playvid.com/watch/DKkDqdG0bnH, http://www.playvid.com/watch/Kzgnh7mvVAZ, http://www.playvid.com/watch/wJhjavhdVc-, http://www.playvid.com/watch/-sdNnfmLr4B, http://www.playvid.com/watch/CfRWLd-qgfD, http://www.playvid.com/watch/Xg5FOf3PQfj, http://www.playvid.com/watch/TIiMyvSLpVW, http://www.playvid.com/watch/KoR7jsb-B4r, http://www.playvid.com/watch/z-uBdJLr-F-, http://www.playvid.com/watch/23SdL-IHi5s, http://www.playvid.com/watch/fIlPDmH9iYu, http://www.playvid.com/watch/pZC6kbxTZWM
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: BigTitsCreampieFavour
5.b. Uploader's email address: sheanshean0529@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/BigTitsCreampieFavour
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ihg3HnQuWGy, http://www.playvid.com/watch/y4zyxEu8zSH, http://www.playvid.com/watch/ncXV6mIZPVR, http://www.playvid.com/watch/jBsz4C2mMJL, http://www.playvid.com/watch/GmXKDEbFdyx, http://www.playvid.com/watch/txlw8MEA8EP, http://www.playvid.com/watch/vJyys-yiBiN, http://www.playvid.com/watch/OKjNAIZJ7OC, http://www.playvid.com/watch/canLWG-vgps
5.f. Date of third notice: 2014-05-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bigwally09
5.b. Uploader's email address: rondenver@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/bigwally09
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kaVhtM_1LZl, http://www.playvid.com/watch/Kpt6hoV5dnz, http://www.playvid.com/watch/77to0SeWzIJ, http://www.playvid.com/watch/q-H8fj1LrV9, http://www.playvid.com/watch/jN5T4OncYVH, http://www.playvid.com/watch/NDqO9eLQfrQ, http://www.playvid.com/watch/5FuftBY0rWw, http://www.playvid.com/watch/PS6sE3PfhLz, http://www.playvid.com/watch/0ZA3K_N_NNH, http://www.playvid.com/watch/muS7dZwVYog, http://www.playvid.com/watch/glJpHa5M1EQ, http://www.playvid.com/watch/w0Khxa1xscz, http://www.playvid.com/watch/ma3I0LDcfIP, http://www.playvid.com/watch/PVmLl4QWvwC, http://www.playvid.com/watch/uytEt3lPcRn, http://www.playvid.com/watch/8uOMoihjZtE, http://www.playvid.com/watch/T648okptrDm, http://www.playvid.com/watch/NXr7QMU7ySU, http://www.playvid.com/watch/tnYTutC86JO, http://www.playvid.com/watch/RonrOJgBErJ, http://www.playvid.com/watch/4_akMu_FA1c, http://www.playvid.com/watch/BW-NLuSqmvj
5.f. Date of third notice: 2015-02-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bingobongo
5.b. Uploader's email address: alekssabero@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bingobongo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PCPMtIE2pbh, http://www.playvid.com/watch/sCYX5LaRvGf, http://www.playvid.com/watch/GEiuiJv90AH, http://www.playvid.com/watch/ABD6GRvdrDP, http://www.playvid.com/watch/tbfWZunK-0o, http://www.playvid.com/watch/mDk9qzceVc9, http://www.playvid.com/watch/ysodFqUFPB9, http://www.playvid.com/watch/Lty8Rav6Ygm, http://www.playvid.com/watch/E9QXMtxvaEs, http://www.playvid.com/watch/SO7kyn-V5WE, http://www.playvid.com/watch/djzKpx7odt6, http://www.playvid.com/watch/6gCElH3HyVr, http://www.playvid.com/watch/JpAuQqjcc36, http://www.playvid.com/watch/DX9hqo0-mRi, http://www.playvid.com/watch/kI4CTTeC26D, http://www.playvid.com/watch/7FmYASZbsvT, http://www.playvid.com/watch/-BNS5wAsj0H, http://www.playvid.com/watch/Ug6ffBAO6Yi, http://www.playvid.com/watch/B4Gd8wygpMR, http://www.playvid.com/watch/ufa5ZrKKseu, http://www.playvid.com/watch/HLbLiIBkJps, http://www.playvid.com/watch/4IrrFAKYt64, http://www.playvid.com/watch/-lltnBxOi0T, http://www.playvid.com/watch/a4-UAnWFE5h, http://www.playvid.com/watch/vcE7w44d4p-, http://www.playvid.com/watch/sCGxM-t2P5Z, http://www.playvid.com/watch/bwVki9hB2uk, http://www.playvid.com/watch/bUxCSOWkuIV, http://www.playvid.com/watch/bd5xEmHuUiM, http://www.playvid.com/watch/xWdSGDsKcAx, http://www.playvid.com/watch/tIIQweNXAId, http://www.playvid.com/watch/72W-IN75fz-, http://www.playvid.com/watch/xdiKp7TleaR, http://www.playvid.com/watch/xQoGA-ES0Ip, http://www.playvid.com/watch/AQXRfbNXhY4, http://www.playvid.com/watch/KRrlq-Imzxp, http://www.playvid.com/watch/lRl-ZrecBMo, http://www.playvid.com/watch/izASTRpR5Yl, http://www.playvid.com/watch/LmCqifnJXr7, http://www.playvid.com/watch/QVBiyvXHiUN, http://www.playvid.com/watch/7-P04kaGu36, http://www.playvid.com/watch/rbhC608BrSS, http://www.playvid.com/watch/jUGaQEGK8yW, http://www.playvid.com/watch/WCiKt45eP4R, http://www.playvid.com/watch/jwAFfwUOqsr, http://www.playvid.com/watch/CCDtNqq-UkH, http://www.playvid.com/watch/wxwsL6ozG68, http://www.playvid.com/watch/MTDZluNZYnk, http://www.playvid.com/watch/eZB7dVCdap4, http://www.playvid.com/watch/l9EIouFFrUf, http://www.playvid.com/watch/ChmhRdxdQ5q, http://www.playvid.com/watch/exLj-c-MSM4, http://www.playvid.com/watch/soLx5zAeJ4o, http://www.playvid.com/watch/FIUyJhlm2Wo, http://www.playvid.com/watch/jumbGLvDh7x, http://www.playvid.com/watch/6V6eMvejGgw, http://www.playvid.com/watch/D4HZWWGZz7-, http://www.playvid.com/watch/6S9JbrR5QAD, http://www.playvid.com/watch/WZIRkdyorqP, http://www.playvid.com/watch/WXpYWJDWuby, http://www.playvid.com/watch/ji0fgjaYxeN, http://www.playvid.com/watch/T6rw-jYr8GF, http://www.playvid.com/watch/a43Ir-satsJ, http://www.playvid.com/watch/io42w5e0gBF, http://www.playvid.com/watch/j0TKs5QnLUj, http://www.playvid.com/watch/MPWRGud-oHM, http://www.playvid.com/watch/fF65pNLVRni, http://www.playvid.com/watch/9ZUbifgUhc8, http://www.playvid.com/watch/Zk4HI6jhEYQ, http://www.playvid.com/watch/FyG5cXgoiuM, http://www.playvid.com/watch/XpX8ZmztBD6, http://www.playvid.com/watch/g8Eq08CwEoJ, http://www.playvid.com/watch/PifSqf69rQu, http://www.playvid.com/watch/oBtrcpmE8-F, http://www.playvid.com/watch/oEZpXrW-27h, http://www.playvid.com/watch/ouCOpB97Ne3, http://www.playvid.com/watch/hNyMgpqFxaW, http://www.playvid.com/watch/I8qqqrlabGk, http://www.playvid.com/watch/2dzHHSM0fHK, http://www.playvid.com/watch/L6YHc9LoNaS, http://www.playvid.com/watch/CroHCIIKe9j, http://www.playvid.com/watch/eqPWbDHoh3I, http://www.playvid.com/watch/ZzQaOVXmK26, http://www.playvid.com/watch/OxGuJPcXpTg, http://www.playvid.com/watch/3BnPHCXXnfL, http://www.playvid.com/watch/omc3ovAIftM, http://www.playvid.com/watch/cxMQIiGISZw, http://www.playvid.com/watch/PhniftbSKFQ, http://www.playvid.com/watch/IzRPuXhT2U2, http://www.playvid.com/watch/TeyV88bh-Sx, http://www.playvid.com/watch/f9B95x2UHrT, http://www.playvid.com/watch/Q5Clejlos4u, http://www.playvid.com/watch/TxBYh6OQUX2, http://www.playvid.com/watch/Vj7B7smhIvQ, http://www.playvid.com/watch/PwIYeYBNMhs, http://www.playvid.com/watch/T9v5fFlzTNy, http://www.playvid.com/watch/o8qrii2HNhq, http://www.playvid.com/watch/G2biX2rzdNf, http://www.playvid.com/watch/5GcHh6mKYxg, http://www.playvid.com/watch/njIjlqjjCmi, http://www.playvid.com/watch/4H6jGrrWHAB, http://www.playvid.com/watch/f-C3n2GDEnu, http://www.playvid.com/watch/uAC0QtuezLs, http://www.playvid.com/watch/bycIPB0IS-o, http://www.playvid.com/watch/lMbfUy2Mefx, http://www.playvid.com/watch/7KHERy6Eo28, http://www.playvid.com/watch/T4QOEboqRz5, http://www.playvid.com/watch/allqi82ySJE, http://www.playvid.com/watch/V7zhWqDHrVi, http://www.playvid.com/watch/u5CyNXZil8y, http://www.playvid.com/watch/ZU4XTKYPYaW, http://www.playvid.com/watch/bHYIq59lobL, http://www.playvid.com/watch/QsQHAPJ2CDE, http://www.playvid.com/watch/zXmtiGun-rc, http://www.playvid.com/watch/BHXtwNRMPfo, http://www.playvid.com/watch/cKQ7Plif5VD, http://www.playvid.com/watch/DHnvRHeOOSA, http://www.playvid.com/watch/yoZLtBVKkBL, http://www.playvid.com/watch/igDT3ygQ7Tb, http://www.playvid.com/watch/nIqJJ435El-, http://www.playvid.com/watch/Q3StxyD06Rm, http://www.playvid.com/watch/wvSAIMEimvR, http://www.playvid.com/watch/yhxi-WoPS9R, http://www.playvid.com/watch/j8SNsjamPw8, http://www.playvid.com/watch/J6k37EO0RXp, http://www.playvid.com/watch/nhUhlfT2mjW, http://www.playvid.com/watch/ih3Hqb5SjyK, http://www.playvid.com/watch/q5hrIaSS2aF, http://www.playvid.com/watch/BeMr8micVqt, http://www.playvid.com/watch/wkFoJOmrsEA, http://www.playvid.com/watch/Ncy0vq2YZYA, http://www.playvid.com/watch/T3ebe4CwppZ, http://www.playvid.com/watch/0aOgcdCFRF4, http://www.playvid.com/watch/45tBrS-F6lM, http://www.playvid.com/watch/IhluezvbQYc, http://www.playvid.com/watch/HaguL-t8LwX, http://www.playvid.com/watch/omLRPLGRAea, http://www.playvid.com/watch/Ysow5Qns68Z, http://www.playvid.com/watch/87HRstqN9rH, http://www.playvid.com/watch/omaAKn9lEJI, http://www.playvid.com/watch/PAoYvTbjQLn, http://www.playvid.com/watch/rQKeldA2qXG, http://www.playvid.com/watch/AEkP9QZauyu, http://www.playvid.com/watch/aCy3Eh-WBSx, http://www.playvid.com/watch/OkTOMp7ujzl, http://www.playvid.com/watch/moiMvpkhrqu, http://www.playvid.com/watch/aSIQoBgQv7Z, http://www.playvid.com/watch/94yQ5XnZ8p3, http://www.playvid.com/watch/lJc9xDgdRJt, http://www.playvid.com/watch/YFqO-6beqJx, http://www.playvid.com/watch/YY5WWgyCvxo, http://www.playvid.com/watch/V5S6nWZ8Pnl, http://www.playvid.com/watch/8H503yLXgHb, http://www.playvid.com/watch/TVArOqmuwWd, http://www.playvid.com/watch/fKEUvj9ZbuO, http://www.playvid.com/watch/oJ7XplQu7VW, http://www.playvid.com/watch/KR0DugP8kS4, http://www.playvid.com/watch/LrXgwCZZM6h, http://www.playvid.com/watch/w2QsYbGupRk, http://www.playvid.com/watch/l9k5kDn06zb, http://www.playvid.com/watch/kXKfstxAQrC, http://www.playvid.com/watch/fxt40mXBz0a, http://www.playvid.com/watch/b0noDjw7vzr, http://www.playvid.com/watch/YgSRmkCvVxh, http://www.playvid.com/watch/32-oSY46eYZ, http://www.playvid.com/watch/cfyvQS3RKn5, http://www.playvid.com/watch/umilcno54GX, http://www.playvid.com/watch/4Zx6niZSSOn, http://www.playvid.com/watch/HyXo3xw63aM, http://www.playvid.com/watch/wkUc4nnKHiz, http://www.playvid.com/watch/j0j--Lg0Zza, http://www.playvid.com/watch/wLcgT4hH38f, http://www.playvid.com/watch/pAXNZlEmQNP, http://www.playvid.com/watch/0EstPRfgTf6, http://www.playvid.com/watch/eyliX364YB3, http://www.playvid.com/watch/IlfcQ2f9w3v, http://www.playvid.com/watch/xcneSedl4Qt, http://www.playvid.com/watch/CtQddM9MHJG, http://www.playvid.com/watch/5B9awroDmHQ, http://www.playvid.com/watch/TF7sxrwbCza, http://www.playvid.com/watch/TJRv3BiBlNH, http://www.playvid.com/watch/A6tZhaOJYvr,

http://www.playvid.com/watch/6zG9wJE0VNf, http://www.playvid.com/watch/KGBduOgIblg, http://www.playvid.com/watch/4N548BM7aIE,
http://www.playvid.com/watch/ZxDqh5cuO6U, http://www.playvid.com/watch/CaIR2eLRvUG, http://www.playvid.com/watch/J4FWpV23isl,
http://www.playvid.com/watch/bqk0kQrM4IK, http://www.playvid.com/watch/x4J7Oy-2XHo, http://www.playvid.com/watch/kTY3K3M4xt4,
http://www.playvid.com/watch/-wv3yt-ZMSj, http://www.playvid.com/watch/h4M-xZVOyFM, http://www.playvid.com/watch/dk5XRiGdKuz,
http://www.playvid.com/watch/WJ6fVqM9HO0, http://www.playvid.com/watch/Fc-0t5oH3Yf, http://www.playvid.com/watch/bTRHehosVEv,
http://www.playvid.com/watch/Umc5aBYDjzy, http://www.playvid.com/watch/eok4rtHl33I, http://www.playvid.com/watch/O0mtxziknZx,
http://www.playvid.com/watch/tTCK7MnFxCm, http://www.playvid.com/watch/HDJssXESwQX, http://www.playvid.com/watch/cF-Zf650lHZ,
http://www.playvid.com/watch/OKUWCfTu6I2, http://www.playvid.com/watch/VwpKTnzyeLR, http://www.playvid.com/watch/pHqFVbSX7Tp,
http://www.playvid.com/watch/Prrc5ZTbtOG, http://www.playvid.com/watch/8yf4825Suu5, http://www.playvid.com/watch/E3JW6fVVlRP,
http://www.playvid.com/watch/TLsrAJuyQfJ, http://www.playvid.com/watch/i7oMadS-pqU, http://www.playvid.com/watch/4uMamv9sYVS,
http://www.playvid.com/watch/jxEbyGOre74, http://www.playvid.com/watch/jCZULsTYIjx, http://www.playvid.com/watch/-28N3ned6Jq,
http://www.playvid.com/watch/chhEHHiOD7g, http://www.playvid.com/watch/6N5kFlxfSak, http://www.playvid.com/watch/Dy0K8rDyW5N,
http://www.playvid.com/watch/mQxp3a0wJOC, http://www.playvid.com/watch/lnY0IdkeJYX, http://www.playvid.com/watch/08g08tH0T3H,
http://www.playvid.com/watch/Dfv-B0mzMeK, http://www.playvid.com/watch/ahAJVHBJrJ5, http://www.playvid.com/watch/OmlHbXUMW2p,
http://www.playvid.com/watch/YA0lkfGPBx8, http://www.playvid.com/watch/oXJRdBrYrNk, http://www.playvid.com/watch/2gbl6ohM6Iv,
http://www.playvid.com/watch/RXji06rRx7H, http://www.playvid.com/watch/D8h9Np2pa--, http://www.playvid.com/watch/u0rEegTSAAA,
http://www.playvid.com/watch/DYpSAI5T-lo, http://www.playvid.com/watch/TBzaSRdIDkn, http://www.playvid.com/watch/fPRg6euRB68,
http://www.playvid.com/watch/w6z7tu2-BKl, http://www.playvid.com/watch/wA8-SGlZpup, http://www.playvid.com/watch/v9hmMcb3--0,
http://www.playvid.com/watch/CU45jmWCVPt, http://www.playvid.com/watch/sOqqQ-gjVFz, http://www.playvid.com/watch/qk2Tpd8gvcy,
http://www.playvid.com/watch/gNph0jyF9hw, http://www.playvid.com/watch/sdMDFjYfJhp, http://www.playvid.com/watch/0Akv0mLRJ35,
http://www.playvid.com/watch/qSvYcUCdmFf, http://www.playvid.com/watch/b0taHumjehH, http://www.playvid.com/watch/AGHO2M3KHNm,
http://www.playvid.com/watch/m2ydZrV7eWT, http://www.playvid.com/watch/u8TQ-vikSxK, http://www.playvid.com/watch/fv4ASVEXDjS,
http://www.playvid.com/watch/wNO8excJGRz, http://www.playvid.com/watch/wS48inHMi72, http://www.playvid.com/watch/8RYuGsVgFDO,
http://www.playvid.com/watch/y4KLBa8ccAr, http://www.playvid.com/watch/7VDM7jZDWH8, http://www.playvid.com/watch/YfoXwfbhSnJ,
http://www.playvid.com/watch/m0AKzwfo7Nf, http://www.playvid.com/watch/GQV8TBkn5sK, http://www.playvid.com/watch/g6oAIpWdQgX,
http://www.playvid.com/watch/2JD0SuAR7w5, http://www.playvid.com/watch/tBEa9b7vUor, http://www.playvid.com/watch/KfFbIsmO8cD,
http://www.playvid.com/watch/bjDUWmdyvBn, http://www.playvid.com/watch/iIlHJH-Iqwy, http://www.playvid.com/watch/c5BmgT2BHa6,
http://www.playvid.com/watch/uEXD5VPdpoq, http://www.playvid.com/watch/dzpQ4Fnbn9N, http://www.playvid.com/watch/9nWgaK9dw9W,
http://www.playvid.com/watch/KmYsAombQRO, http://www.playvid.com/watch/LcfIpgAMiP2, http://www.playvid.com/watch/FeWW8NDk2GE,
http://www.playvid.com/watch/raAGKy44wP2, http://www.playvid.com/watch/v94vFSBpOsV, http://www.playvid.com/watch/mS6AVkHA2e-,
http://www.playvid.com/watch/m7VSuqOxN4N, http://www.playvid.com/watch/QgJWkQUTUDB, http://www.playvid.com/watch/Hk5JsoGoL-r,
http://www.playvid.com/watch/lFqOCbie9r5, http://www.playvid.com/watch/4mecPTtrV-Y, http://www.playvid.com/watch/E4A4spz4v65,
http://www.playvid.com/watch/aW6h4a3XQZm, http://www.playvid.com/watch/GhM6cGRTv6H, http://www.playvid.com/watch/ugJ-a5jiQrv,
http://www.playvid.com/watch/U49AfxqHtdl, http://www.playvid.com/watch/qAEkxrvRhaI, http://www.playvid.com/watch/D6Ujw2XrjCj,
http://www.playvid.com/watch/c5xjrJ4WW7w, http://www.playvid.com/watch/9SijdvBHobG, http://www.playvid.com/watch/ERJzXFCKHR0,
http://www.playvid.com/watch/Yqx7swtqJgx, http://www.playvid.com/watch/ZmvKfR-esjt, http://www.playvid.com/watch/TgblhvyiPhJ,
http://www.playvid.com/watch/2qAxzyhO27P, http://www.playvid.com/watch/4l2ATO9uQdx, http://www.playvid.com/watch/jIOcQKgb3jC,
http://www.playvid.com/watch/7bka6iAgCJv, http://www.playvid.com/watch/HE75-hM3uQT, http://www.playvid.com/watch/Po7g52jGSSe,
http://www.playvid.com/watch/ZypxUhINoIY, http://www.playvid.com/watch/NGtmnrfMURn, http://www.playvid.com/watch/-6-HKDTqlza,
http://www.playvid.com/watch/TeknjmiizSw, http://www.playvid.com/watch/Ya-Bw2vJQXf, http://www.playvid.com/watch/OTP8k6CXnnL,
http://www.playvid.com/watch/IAnWf4u2hX3, http://www.playvid.com/watch/X3ma-wSR0BQ, http://www.playvid.com/watch/bk7J9YE9pdC,
http://www.playvid.com/watch/FYuDdy74Jra, http://www.playvid.com/watch/5xiklks057k, http://www.playvid.com/watch/AuPgjHbK-If,
http://www.playvid.com/watch/W3IavP3ZHgL, http://www.playvid.com/watch/XApEB6dEbVv, http://www.playvid.com/watch/n9i9JXP53Rb,
http://www.playvid.com/watch/ziPy-oRAiXx, http://www.playvid.com/watch/piUI-YCQiaO, http://www.playvid.com/watch/SqNIMx808eu,
http://www.playvid.com/watch/oQfCMADlExc, http://www.playvid.com/watch/3V20DHr9Rlb, http://www.playvid.com/watch/0fTKDCAAiVq,
http://www.playvid.com/watch/Y04ghnHHWP3, http://www.playvid.com/watch/eOOqBH62JNu, http://www.playvid.com/watch/5eealkh3yut,
http://www.playvid.com/watch/pVOq9Cy2Ph7, http://www.playvid.com/watch/XsZ9kHnxSec, http://www.playvid.com/watch/IKOG0VOiims,
http://www.playvid.com/watch/VKoasS9d5JV, http://www.playvid.com/watch/BG-LyGnelUc, http://www.playvid.com/watch/RIUXdBkLNWg,
http://www.playvid.com/watch/L9U0BcuSi-7, http://www.playvid.com/watch/i0jN7GALPNe, http://www.playvid.com/watch/Dru0AsZ5XpS,
http://www.playvid.com/watch/DCMvbPppgdc, http://www.playvid.com/watch/AKeMBaPWMMI, http://www.playvid.com/watch/Wz48EeAEAK0,
http://www.playvid.com/watch/zy0UbmSYJp7, http://www.playvid.com/watch/h-okCWWi4cu, http://www.playvid.com/watch/AwnzIywDPwn,
http://www.playvid.com/watch/2lKoI0NXpP5, http://www.playvid.com/watch/O0iXsFmx9-y, http://www.playvid.com/watch/Yzxg4PgvQ3J,
http://www.playvid.com/watch/atARYrvFkFE, http://www.playvid.com/watch/Zu8E0YtXEc3, http://www.playvid.com/watch/kIYei3TXjlv,
http://www.playvid.com/watch/SSo40KsfE8E, http://www.playvid.com/watch/s25gq2bdAM9, http://www.playvid.com/watch/EqJWJtB4Suj,
http://www.playvid.com/watch/gPopXTXV47-, http://www.playvid.com/watch/wNZrWNSn39P, http://www.playvid.com/watch/eqiLx3rYl3p,
http://www.playvid.com/watch/SafOQHOV3LU, http://www.playvid.com/watch/UaJIte5jh7n, http://www.playvid.com/watch/C5mxWUR4KQb,
http://www.playvid.com/watch/rSadsdhcd7e, http://www.playvid.com/watch/72Vr6MjzQLU, http://www.playvid.com/watch/aScbgZcXzyo,
http://www.playvid.com/watch/9tKMBsEQjDz, http://www.playvid.com/watch/XO3Z6LVJEPq, http://www.playvid.com/watch/P53m5J92xJj,
http://www.playvid.com/watch/UQREM2kUZbD, http://www.playvid.com/watch/DUh8-qTNemh, http://www.playvid.com/watch/ooAMVe2OSvn,
http://www.playvid.com/watch/oa-S6nbZ4Cj, http://www.playvid.com/watch/XDlCMVT54s2, http://www.playvid.com/watch/d0B-hlK3EIi,
http://www.playvid.com/watch/VM-ekCZZX0O, http://www.playvid.com/watch/kEYFVOWKyC2, http://www.playvid.com/watch/yHFAXM9HaeQ,
http://www.playvid.com/watch/MdGwqLoGejB, http://www.playvid.com/watch/ZHLcJJlmaOj, http://www.playvid.com/watch/o4ek4YpuM7o,
http://www.playvid.com/watch/yMUUydX8x92, http://www.playvid.com/watch/XsSBuoSNNZY, http://www.playvid.com/watch/4NyMcvhSBxm,
http://www.playvid.com/watch/E6aBeRiLJNe, http://www.playvid.com/watch/Yyjps7mY8yS, http://www.playvid.com/watch/aj5rEZ2eIbL,
http://www.playvid.com/watch/Z2gW8YSLLJC, http://www.playvid.com/watch/ISIhzZyW5fb, http://www.playvid.com/watch/NWlP-cM6rrg,
http://www.playvid.com/watch/FEo4aYBW4Ys, http://www.playvid.com/watch/il2nojyOnyI, http://www.playvid.com/watch/UvyxevsOk-c,
http://www.playvid.com/watch/sxfvlcECeuP, http://www.playvid.com/watch/7xwuQnyWbBK, http://www.playvid.com/watch/XDvS72WH4GF,
http://www.playvid.com/watch/ONHnP99LAyP, http://www.playvid.com/watch/xtxt2ir3kzH, http://www.playvid.com/watch/KltCLiu3t5o,
http://www.playvid.com/watch/iHNkgnvtnaC, http://www.playvid.com/watch/MsXZessSTaS, http://www.playvid.com/watch/qTOuN4ocOm5,
http://www.playvid.com/watch/wCKqgFhaJRN, http://www.playvid.com/watch/mR9pVT9CDu0, http://www.playvid.com/watch/hzdOvC3ryrp,
http://www.playvid.com/watch/cl9OB8EuZEG, http://www.playvid.com/watch/i3GRKmdtSQ5, http://www.playvid.com/watch/EmJ6RZOSfq4,
http://www.playvid.com/watch/VJUbQsf2h-P, http://www.playvid.com/watch/aRBYiSTzV6z, http://www.playvid.com/watch/gv74Spqbgzt,
http://www.playvid.com/watch/WPMleNVuIs7, http://www.playvid.com/watch/OMPU93Utfc4, http://www.playvid.com/watch/WVyi8KHMBhO,
http://www.playvid.com/watch/tLGWHO0PpK4, http://www.playvid.com/watch/q0Ceu52dBZT, http://www.playvid.com/watch/-47ifI6zr4o,
http://www.playvid.com/watch/7zqBn4PcFBN, http://www.playvid.com/watch/KMN3gDLYln4, http://www.playvid.com/watch/m63p36HHNM4,
http://www.playvid.com/watch/7yi0wXmTSgd, http://www.playvid.com/watch/NPXtXckCACS, http://www.playvid.com/watch/nCi09TDyxkc,
http://www.playvid.com/watch/VY95alTibCp, http://www.playvid.com/watch/9FI5B2AQH82, http://www.playvid.com/watch/af2smlgVs5e,
http://www.playvid.com/watch/AWc4fKSFBU8, http://www.playvid.com/watch/D-G04kDYLYR, http://www.playvid.com/watch/cciiQFvh3GT,
http://www.playvid.com/watch/susqC8XiyWb, http://www.playvid.com/watch/r8HUZkfcyq-, http://www.playvid.com/watch/Mw4NjuQaabu,
http://www.playvid.com/watch/3VGTbZ5-0sS, http://www.playvid.com/watch/Zhodg8g-qAf, http://www.playvid.com/watch/JMeGd7OUkFg,
http://www.playvid.com/watch/oUOy7T8vhru, http://www.playvid.com/watch/koQj4KryKhW, http://www.playvid.com/watch/LiIxiLTgjHv,
http://www.playvid.com/watch/nBIyEtX-ipm, http://www.playvid.com/watch/IWVK3HNn0NU, http://www.playvid.com/watch/9IdIYeIL9Q0,
http://www.playvid.com/watch/E3U3ZRmFWz6, http://www.playvid.com/watch/I9m5gjgermY, http://www.playvid.com/watch/-sIM6rcqfNy,
http://www.playvid.com/watch/0CBSwuoxKjs, http://www.playvid.com/watch/4OXAERAut6n, http://www.playvid.com/watch/VaIHzDwreZk,
http://www.playvid.com/watch/JDo9QzlgGev, http://www.playvid.com/watch/Rno5asKbVjS, http://www.playvid.com/watch/PznD3Tktoq7,
http://www.playvid.com/watch/HQ0SrKPpqc9, http://www.playvid.com/watch/levNYr2vCMT, http://www.playvid.com/watch/yU6PnMRg2d8,
http://www.playvid.com/watch/2LgWUwEJVYQ, http://www.playvid.com/watch/E4iTbD33dlB, http://www.playvid.com/watch/AjT4QMmlFV2,
http://www.playvid.com/watch/4IYEMmppCmf, http://www.playvid.com/watch/SXVaLESSrpn, http://www.playvid.com/watch/VhdDzWk2duF,
http://www.playvid.com/watch/HasTt5DQ5Df, http://www.playvid.com/watch/I5Pu3sP84Iw, http://www.playvid.com/watch/tuS8igZREL6,
http://www.playvid.com/watch/V9W3r29C4br, http://www.playvid.com/watch/Mjh4oMCc-5b, http://www.playvid.com/watch/iUjgCTvCeMP,
http://www.playvid.com/watch/Ck3JiV6stD9, http://www.playvid.com/watch/FVECciwCD-h, http://www.playvid.com/watch/7jEzsBBROOU,
http://www.playvid.com/watch/8maHb2mXFDZ, http://www.playvid.com/watch/-fTKA5Ux8MU, http://www.playvid.com/watch/aylQRilKe2X,
http://www.playvid.com/watch/-Bs73XAmWVd, http://www.playvid.com/watch/8RJ3LcCE5qm, http://www.playvid.com/watch/BGfnLTKcfQ2,
http://www.playvid.com/watch/ig-nmQ0IC68, http://www.playvid.com/watch/mpvaQxhGazP, http://www.playvid.com/watch/NlYop7K0wAH,
http://www.playvid.com/watch/w9RGUDzb9CK, http://www.playvid.com/watch/YjBVura9CxE, http://www.playvid.com/watch/7oFO5qCl8BM,
http://www.playvid.com/watch/miuEMqtqs3y, http://www.playvid.com/watch/CKiMSZHSBdx, http://www.playvid.com/watch/gLK24s7V56J,

http://www.playvid.com/watch/OaBSKj-zZKc, http://www.playvid.com/watch/BXZv2neh6jV, http://www.playvid.com/watch/OoaMYBcvzu8,
http://www.playvid.com/watch/gj4aLH-SeyO, http://www.playvid.com/watch/dKgRTzdyxBT, http://www.playvid.com/watch/l-eKRc3I7yO,
http://www.playvid.com/watch/tRdZEQnqW5-, http://www.playvid.com/watch/o3WVzT5ASvU, http://www.playvid.com/watch/6lA2LCMuOTE,
http://www.playvid.com/watch/qZzpYZsBlyP, http://www.playvid.com/watch/uObTTkxL-SH, http://www.playvid.com/watch/hhihcJCB28l,
http://www.playvid.com/watch/tRA93B8hRXq, http://www.playvid.com/watch/Okb8WNJjhzN, http://www.playvid.com/watch/gGRiTD6Dx2m,
http://www.playvid.com/watch/f86qNOj6EPx, http://www.playvid.com/watch/wXMGocbR2MQ, http://www.playvid.com/watch/esnwY50Rz7x,
http://www.playvid.com/watch/JIcMXtidyDC, http://www.playvid.com/watch/fsiQIXWL6kX, http://www.playvid.com/watch/qAtYmCKYuSm,
http://www.playvid.com/watch/pKVreiJEnbs, http://www.playvid.com/watch/ko-IptF3UcX, http://www.playvid.com/watch/TF3UhHwH9ii,
http://www.playvid.com/watch/SmLDjqOAVd2, http://www.playvid.com/watch/xC0ttgHSxnq, http://www.playvid.com/watch/SnvVoCukbFp,
http://www.playvid.com/watch/FGKAWYZtSuY, http://www.playvid.com/watch/fkIUTVFKwEL, http://www.playvid.com/watch/Yf0WGQmMSpR,
http://www.playvid.com/watch/o73c0qZYAdn, http://www.playvid.com/watch/YDYQoOzCxaz, http://www.playvid.com/watch/8Yirw6Yr9Qd,
http://www.playvid.com/watch/WQmKvGhld2x, http://www.playvid.com/watch/J9O4q9-rhgM, http://www.playvid.com/watch/7mTODcYC5EK,
http://www.playvid.com/watch/SPnPt7PZjts, http://www.playvid.com/watch/JYm8wQr9Bgd, http://www.playvid.com/watch/ubISQnSGyvD,
http://www.playvid.com/watch/f0Me8CA2qlF, http://www.playvid.com/watch/ixbGmc79MRL, http://www.playvid.com/watch/Sz6oVEqkNaN,
http://www.playvid.com/watch/AhztiJ80MpQ, http://www.playvid.com/watch/Nms6vF2UYua, http://www.playvid.com/watch/nNDg6Ez0UXG,
http://www.playvid.com/watch/MFIfoBPq87c, http://www.playvid.com/watch/T2tFJSkl2RX, http://www.playvid.com/watch/uOV5GidbUAs,
http://www.playvid.com/watch/Tgf56d-LlWU, http://www.playvid.com/watch/8mk7CauY-r2, http://www.playvid.com/watch/iFm-YpQ70fv,
http://www.playvid.com/watch/KDHDsStn2aI, http://www.playvid.com/watch/XGJXpDcIgJh, http://www.playvid.com/watch/x7P9aoD-IKa,
http://www.playvid.com/watch/kvOTM9-enoh, http://www.playvid.com/watch/30HwcO4D-w8, http://www.playvid.com/watch/ZUkqlQxQ5RF,
http://www.playvid.com/watch/JV428d5z3WX, http://www.playvid.com/watch/5ynMJtAr0nb, http://www.playvid.com/watch/SVhFf2sMnyM,
http://www.playvid.com/watch/an6UMRcAP7T, http://www.playvid.com/watch/QCdKGP4pvFF, http://www.playvid.com/watch/04SlfJRPBvf,
http://www.playvid.com/watch/70FhxnL3jxh, http://www.playvid.com/watch/QDm4BWoc9-o, http://www.playvid.com/watch/cT3u5wLUNKU,
http://www.playvid.com/watch/AjsBaOYrdhQ, http://www.playvid.com/watch/iogzovE8fSF, http://www.playvid.com/watch/rFEHfBFdicq,
http://www.playvid.com/watch/CHuKC7Wy5x6, http://www.playvid.com/watch/dhvUfOAu7vd, http://www.playvid.com/watch/wm2Nxgfnc2n,
http://www.playvid.com/watch/iqaeJVhLQW6, http://www.playvid.com/watch/-rBitHXfuNk, http://www.playvid.com/watch/yK5lV4HIeDd,
http://www.playvid.com/watch/xleCkIcT39C, http://www.playvid.com/watch/jX97tTeBpQV, http://www.playvid.com/watch/IlmAdvKYFpq,
http://www.playvid.com/watch/74MRxVzeTdI, http://www.playvid.com/watch/eme9JZ777-M, http://www.playvid.com/watch/PUd2s3WA5Ib,
http://www.playvid.com/watch/SM-GxKK-H0o, http://www.playvid.com/watch/nyNmiZZhWCf, http://www.playvid.com/watch/75TKrMQpfBJ,
http://www.playvid.com/watch/y5lokQ05xj2, http://www.playvid.com/watch/zo2Uojo6ZzP, http://www.playvid.com/watch/qMnVaqlRUeE,
http://www.playvid.com/watch/aJqQvSyBWhX, http://www.playvid.com/watch/CluabCTJXb4, http://www.playvid.com/watch/vdyw6eDNvXW,
http://www.playvid.com/watch/OGvJwDYQu0V, http://www.playvid.com/watch/Fn2V77qlibV, http://www.playvid.com/watch/3c3VRrkefBu,
http://www.playvid.com/watch/liVG7LE0-ct, http://www.playvid.com/watch/IFCKIAnGlFP, http://www.playvid.com/watch/LNhxUsQ6hAo,
http://www.playvid.com/watch/BgmLF-xrE6Z, http://www.playvid.com/watch/UEYrtASIY5l, http://www.playvid.com/watch/msv0RsUpKvN,
http://www.playvid.com/watch/nj7lF-Z9wvK, http://www.playvid.com/watch/xJaKwGqoBvm, http://www.playvid.com/watch/VUrUv3EqiF2,
http://www.playvid.com/watch/nc7UXK3sYTd, http://www.playvid.com/watch/uUmO-X0OIoz, http://www.playvid.com/watch/ADXC94Cmney,
http://www.playvid.com/watch/TQZ9MNFF0sA, http://www.playvid.com/watch/CwdcF0KUdLG, http://www.playvid.com/watch/9e0h90DkkPe,
http://www.playvid.com/watch/rBgx6IpnfJE, http://www.playvid.com/watch/nZLnNxk5YOw, http://www.playvid.com/watch/3ZSczTxX7Xa,
http://www.playvid.com/watch/64vx-2wFIDf, http://www.playvid.com/watch/kUYYebhQUNw, http://www.playvid.com/watch/uU0yVw8-GDR,
http://www.playvid.com/watch/dl4CPej-MqA, http://www.playvid.com/watch/fYnSlrsjwNT, http://www.playvid.com/watch/S7MOBpipg9V,
http://www.playvid.com/watch/U-3VKpl7Vb-, http://www.playvid.com/watch/XjuJrbq6EH-, http://www.playvid.com/watch/3b-5nIzGNHI,
http://www.playvid.com/watch/zuLWJezpNBF, http://www.playvid.com/watch/7ZH6oBGL3Et, http://www.playvid.com/watch/RTSixZrjLGD,
http://www.playvid.com/watch/9ZEoWKPR5es, http://www.playvid.com/watch/-42vgSDlKgv, http://www.playvid.com/watch/WTki8TPFr32,
http://www.playvid.com/watch/tKEUZFvVAc9, http://www.playvid.com/watch/XfsjlrivzUy, http://www.playvid.com/watch/YkKJ74ciOMm,
http://www.playvid.com/watch/0xFoRYr-us3, http://www.playvid.com/watch/aJoTQHOe-6H, http://www.playvid.com/watch/uq9ziRtyt97,
http://www.playvid.com/watch/P-VWofYe40c, http://www.playvid.com/watch/QoITNTBrisE, http://www.playvid.com/watch/z7vE3OZjxHZ,
http://www.playvid.com/watch/l6ozL87p7xx, http://www.playvid.com/watch/SmuXI6kwAqw, http://www.playvid.com/watch/mmP8i4ojzDD,
http://www.playvid.com/watch/4BVSKOr62RU, http://www.playvid.com/watch/ss9oi-GAt8d, http://www.playvid.com/watch/NiZKbb79MO8,
http://www.playvid.com/watch/EE5ZyFJnedW, http://www.playvid.com/watch/drcR00OHBn8, http://www.playvid.com/watch/M4FsZ4jhbYo,
http://www.playvid.com/watch/KboYLPjm0S5, http://www.playvid.com/watch/zPcb-L9CFLR, http://www.playvid.com/watch/s-6geofcpQl,
http://www.playvid.com/watch/soG0VBR63KI, http://www.playvid.com/watch/ErM-HWGjvhU, http://www.playvid.com/watch/kkVfqKKdE6W,
http://www.playvid.com/watch/eKvZlZYbTnb, http://www.playvid.com/watch/BMMFQXKLVLV, http://www.playvid.com/watch/KbRbNBpD7Ay,
http://www.playvid.com/watch/Kf863m6cNGD, http://www.playvid.com/watch/PD0uZ0n2vG5, http://www.playvid.com/watch/4aFf6fP4dw4,
http://www.playvid.com/watch/GYt4RVuUpCM, http://www.playvid.com/watch/m-r5mg2ptYe, http://www.playvid.com/watch/ZgsnW9-i3Pt,
http://www.playvid.com/watch/9QJvsfqRtfV, http://www.playvid.com/watch/I2RatA3j83u, http://www.playvid.com/watch/Y3buGfLzJQc,
http://www.playvid.com/watch/zT5OdreJypY
5.f. Date of third notice: 2013-07-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: birgit82
5.b. Uploader's email address: webmaster@yesvisit.me
5.d. Uploader's profile: http://www.playvid.com/member/birgit82
5.e. List of videos posted by uploader: http://www.playvid.com/watch/uzwnrBHsqQF, http://www.playvid.com/watch/N-NRxDG0RK9,
http://www.playvid.com/watch/V3s3lnHAbOA, http://www.playvid.com/watch/IS8XYMqCsiS, http://www.playvid.com/watch/hj0HTJ0pooC,
http://www.playvid.com/watch/zq79wbGMfYC, http://www.playvid.com/watch/HRqru9SxiWv, http://www.playvid.com/watch/tlyBuC2cHtR,
http://www.playvid.com/watch/vMRvh-18NIl, http://www.playvid.com/watch/lRd4-PnIWFv, http://www.playvid.com/watch/-mQUdSYjIgn,
http://www.playvid.com/watch/VBqBl7_Li-b, http://www.playvid.com/watch/rj2Uuc0Da28, http://www.playvid.com/watch/UrWjdB0HYxD,
http://www.playvid.com/watch/nwUfp00LE9O, http://www.playvid.com/watch/Lie_Yka2gln, http://www.playvid.com/watch/rxWNo2rRO7a,
http://www.playvid.com/watch/y5nV0u5qc87, http://www.playvid.com/watch/7mDyQCX4Tsl, http://www.playvid.com/watch/86vgjZ2JN_f,
http://www.playvid.com/watch/94lZZ5xOxKd, http://www.playvid.com/watch/gqXGQXp48QV, http://www.playvid.com/watch/3D_DrcIwXRw,
http://www.playvid.com/watch/EsmCnledAV0, http://www.playvid.com/watch/mNE6yeaaBqx, http://www.playvid.com/watch/mPWOsulrxwV,
http://www.playvid.com/watch/jQ8oIWzU9ms, http://www.playvid.com/watch/tPBTXp7Gzre, http://www.playvid.com/watch/tJ7ssrVAHCX,
http://www.playvid.com/watch/tHrLsnohwBe, http://www.playvid.com/watch/yLJjrLAW7Xi, http://www.playvid.com/watch/fgy9D-fYZHO,
http://www.playvid.com/watch/L2Ij9W0-TZu, http://www.playvid.com/watch/3TvtP_HAzyD, http://www.playvid.com/watch/MA2U0LTQ9V7,
http://www.playvid.com/watch/wVPrTVxDsdn, http://www.playvid.com/watch/JgyMNLo6_4g, http://www.playvid.com/watch/7VMFpfDetHc,
http://www.playvid.com/watch/zKDuL2xLoSe, http://www.playvid.com/watch/nLGVHRie1_h, http://www.playvid.com/watch/T6WMR2GMe-0,
http://www.playvid.com/watch/IfLxQgE53P3, http://www.playvid.com/watch/ELl67SfUr8L, http://www.playvid.com/watch/9d30k1zltoi,
http://www.playvid.com/watch/S45fF2JNbej, http://www.playvid.com/watch/kkPgzaRgOVt, http://www.playvid.com/watch/k3shfeD2h5j,
http://www.playvid.com/watch/GmjjyqAOyPJ, http://www.playvid.com/watch/nZ2XNIBS-Gn, http://www.playvid.com/watch/2UQlfYtP1su,
http://www.playvid.com/watch/hErW5R96W_E, http://www.playvid.com/watch/yeCCzwIJK8B, http://www.playvid.com/watch/UWuAIIy0KCv,
http://www.playvid.com/watch/RDda671PjqH, http://www.playvid.com/watch/C_-DkjtMivC, http://www.playvid.com/watch/kC20NgpQslu,
http://www.playvid.com/watch/QWl0JSQZJwb, http://www.playvid.com/watch/UeaD2SQnDX6, http://www.playvid.com/watch/ZZ-Fo9xg6Ns,
http://www.playvid.com/watch/lt81ZJC3X4Y, http://www.playvid.com/watch/lmcUAqtZ2G9, http://www.playvid.com/watch/Ir-i-c_A-NS,
http://www.playvid.com/watch/LYIMngOSQIc, http://www.playvid.com/watch/LhmfmoBPwwy, http://www.playvid.com/watch/i6tI1Z0vgRc,
http://www.playvid.com/watch/soo8wDkTRog, http://www.playvid.com/watch/WNAABqZPqTx, http://www.playvid.com/watch/doDCeRI28WE,
http://www.playvid.com/watch/EpFLeBKflct, http://www.playvid.com/watch/Cs1Iw9eTqZY, http://www.playvid.com/watch/NDYt1A8rpgY,
http://www.playvid.com/watch/Edgjf5O5xhj, http://www.playvid.com/watch/0cJYeKBDq3S, http://www.playvid.com/watch/t1HSOr-jKfH,
http://www.playvid.com/watch/MjWquzzxS1w, http://www.playvid.com/watch/3iGHlNoV_gD, http://www.playvid.com/watch/E33moWz37tn,
http://www.playvid.com/watch/rxl6Bc-f27a, http://www.playvid.com/watch/kWVsDV5q2os, http://www.playvid.com/watch/H5ldsAYQvz0,
http://www.playvid.com/watch/sof6qXMaHqO, http://www.playvid.com/watch/hNNfMzRoF40, http://www.playvid.com/watch/fLEIMLGxosU,
http://www.playvid.com/watch/LL6N1-gk7Ib, http://www.playvid.com/watch/VUIYT7qh9LG, http://www.playvid.com/watch/ZN8dnajgslv,
http://www.playvid.com/watch/3ZKOGoIOAEd, http://www.playvid.com/watch/nQ8y2REwo_K, http://www.playvid.com/watch/TTfEu4RHtp2,
http://www.playvid.com/watch/cB0X_-tBWrC, http://www.playvid.com/watch/Akpd0bsefWT, http://www.playvid.com/watch/KOu4gz7s8MQ,
http://www.playvid.com/watch/jlVBsDLBnkK, http://www.playvid.com/watch/4fRwOAMa1bm, http://www.playvid.com/watch/zllo2fUfIfG,
http://www.playvid.com/watch/LbhGRurB6UZ, http://www.playvid.com/watch/qB6xCF8E3Gu, http://www.playvid.com/watch/jB05cgg5vTL,
http://www.playvid.com/watch/aqobb5-dMp6, http://www.playvid.com/watch/vzdiwpulHNV, http://www.playvid.com/watch/GQhhWoVsJJF,
http://www.playvid.com/watch/wfU4AUo-4sf, http://www.playvid.com/watch/Kf8UijnTcKD, http://www.playvid.com/watch/TTN_CeIf0uu,

http://www.playvid.com/watch/HD2sxP2jsvB, http://www.playvid.com/watch/x_22BO925W3, http://www.playvid.com/watch/pOLnhRYJshR,
http://www.playvid.com/watch/ubHABjClXIO, http://www.playvid.com/watch/wMPQCGh2R3L, http://www.playvid.com/watch/dRY6Pgks6gr,
http://www.playvid.com/watch/gWLWWO0aIpQ, http://www.playvid.com/watch/GRiR9sdBMK9, http://www.playvid.com/watch/EpAzKe7thW8,
http://www.playvid.com/watch/eyU5HaPbf7Q, http://www.playvid.com/watch/WbYt_y7rjTs, http://www.playvid.com/watch/iS64f2NBKbq,
http://www.playvid.com/watch/aLqLOmoAreX, http://www.playvid.com/watch/Cq3UXl-WLmV, http://www.playvid.com/watch/m1hhEQdq_8z,
http://www.playvid.com/watch/83a4gUtSIJd, http://www.playvid.com/watch/DHLnfsC372K, http://www.playvid.com/watch/5z2y1LQ8IFI,
http://www.playvid.com/watch/YKxrhhbyvyi, http://www.playvid.com/watch/yTvbiWZTSVK, http://www.playvid.com/watch/CWqumgwPiAy,
http://www.playvid.com/watch/VjYyHStk8XO, http://www.playvid.com/watch/I-17ZPjD1kg, http://www.playvid.com/watch/ixFasEDME3u,
http://www.playvid.com/watch/hUXDwaZYAaB, http://www.playvid.com/watch/NXW_R0vacei, http://www.playvid.com/watch/wpNOOVN1wRU,
http://www.playvid.com/watch/0_EEIltkLx3, http://www.playvid.com/watch/TwZBhnRAkD2, http://www.playvid.com/watch/V252xNHuynS,
http://www.playvid.com/watch/acUbz5qBHmN, http://www.playvid.com/watch/8lYRISoG2uy, http://www.playvid.com/watch/jboa6grveEK,
http://www.playvid.com/watch/uSTiiNsSfdm, http://www.playvid.com/watch/oTt7Ab6j9Mu, http://www.playvid.com/watch/Zkq7kQCt85S,
http://www.playvid.com/watch/fLQ9A2KIbO7, http://www.playvid.com/watch/EgbrLdgoCap, http://www.playvid.com/watch/Cz5aPpLdhy2,
http://www.playvid.com/watch/HSlOP7AkELm, http://www.playvid.com/watch/LjIz3TJFsPh, http://www.playvid.com/watch/miIogePp7DP,
http://www.playvid.com/watch/rbrHCx-sAwn, http://www.playvid.com/watch/lNTkqMYgZZ7, http://www.playvid.com/watch/Ut_iw13j7yG,
http://www.playvid.com/watch/il9Ea801JWr, http://www.playvid.com/watch/zK1YyVMIq_5, http://www.playvid.com/watch/F-kyjrBfFwO,
http://www.playvid.com/watch/3de2JwEBYjC, http://www.playvid.com/watch/ay3jdODM18l, http://www.playvid.com/watch/mUdQunlMH2u,
http://www.playvid.com/watch/wsMB-3Fu5vA, http://www.playvid.com/watch/TlG3dyQCYTA, http://www.playvid.com/watch/r4gCoDFjkOO,
http://www.playvid.com/watch/0PsyibeJvVm, http://www.playvid.com/watch/S_SNg3eFI6E, http://www.playvid.com/watch/QULiAChOmal,
http://www.playvid.com/watch/Z0yTDogDZU0, http://www.playvid.com/watch/aUT8GEk1Sp8, http://www.playvid.com/watch/krpThWxh6KY,
http://www.playvid.com/watch/A8KS0ydU8BU, http://www.playvid.com/watch/uLpW7eszcjy, http://www.playvid.com/watch/jLVehX0qrNQ,
http://www.playvid.com/watch/iqJ2c-2-q9y, http://www.playvid.com/watch/djf0m3ev9tT, http://www.playvid.com/watch/dBKQkx1jCcS,
http://www.playvid.com/watch/FczYEhLZE5B, http://www.playvid.com/watch/N1gN-4N02fL, http://www.playvid.com/watch/Oig1unpSAg6,
http://www.playvid.com/watch/Wf_n2DADT_C, http://www.playvid.com/watch/r-ZDkyRmj0t, http://www.playvid.com/watch/Ws_JpKhmkDv,
http://www.playvid.com/watch/jFCvl1-ea6h, http://www.playvid.com/watch/cxerNu1u_5J, http://www.playvid.com/watch/Pj77V39Gn8P,
http://www.playvid.com/watch/SyqRClMk_b2, http://www.playvid.com/watch/LVe33A4Y0RJ, http://www.playvid.com/watch/fWaziIzVxou,
http://www.playvid.com/watch/E17HmHRQbKe, http://www.playvid.com/watch/ctA66L--Gqq, http://www.playvid.com/watch/fNRaY3oqCeZ,
http://www.playvid.com/watch/zlYGOTVyEeR, http://www.playvid.com/watch/KrONKpOAELm, http://www.playvid.com/watch/exhjz1yUD14,
http://www.playvid.com/watch/9s6MO-AHy9K, http://www.playvid.com/watch/I-qmpT0uZ0b, http://www.playvid.com/watch/O9LQlPsOTtV,
http://www.playvid.com/watch/Wzpw63gu9pS, http://www.playvid.com/watch/KMg7qbJ92mC, http://www.playvid.com/watch/QaRfHiCvgrP,
http://www.playvid.com/watch/wTWsOAeDKww, http://www.playvid.com/watch/9eY2pdZQ1RS, http://www.playvid.com/watch/xf7j0tQ40PQ,
http://www.playvid.com/watch/I0j84CbSVQr, http://www.playvid.com/watch/RcV7OtUk7Et, http://www.playvid.com/watch/9zNcnJjfGHT,
http://www.playvid.com/watch/CnWMHeTEgsk, http://www.playvid.com/watch/ZlrokwZAXsz, http://www.playvid.com/watch/7DOsB5x54F0,
http://www.playvid.com/watch/F9DwiT0YAhY, http://www.playvid.com/watch/zj3mF2YnRSS, http://www.playvid.com/watch/QWwgnlMoveL,
http://www.playvid.com/watch/qDZZsFM5tJg, http://www.playvid.com/watch/v6xX9pJgVpv, http://www.playvid.com/watch/rT1v5sewRWE,
http://www.playvid.com/watch/p9Yidk2L42H, http://www.playvid.com/watch/dYuJUooR1ve, http://www.playvid.com/watch/q3x_XUHAzMi,
http://www.playvid.com/watch/DnO_lYoXUFN, http://www.playvid.com/watch/U1t1Xzoz_Cf, http://www.playvid.com/watch/7G5CYy0AbDZ,
http://www.playvid.com/watch/usp4XXQmcJf, http://www.playvid.com/watch/faPCFIMeQDl, http://www.playvid.com/watch/B9RQEdn5PTe,
http://www.playvid.com/watch/lPiPQBrTYmD, http://www.playvid.com/watch/rWtZDELD26U, http://www.playvid.com/watch/dU3aBSPXfdJ,
http://www.playvid.com/watch/ho5qnTfxpEm, http://www.playvid.com/watch/aPRIZBr_Fts, http://www.playvid.com/watch/NftPX5QS87z,
http://www.playvid.com/watch/P1yHtLyvz34, http://www.playvid.com/watch/MCeASQrV088, http://www.playvid.com/watch/5FjFaJ6j2VL,
http://www.playvid.com/watch/uycnfvXG4Ey, http://www.playvid.com/watch/h5CIhf_JxNo, http://www.playvid.com/watch/hvbYxc1DSJo,
http://www.playvid.com/watch/MIy-r692uwM, http://www.playvid.com/watch/KHGAjve5-lB, http://www.playvid.com/watch/Qn0NsqkBTSF,
http://www.playvid.com/watch/4IviK2_plWz, http://www.playvid.com/watch/sPd2EYiMW8B, http://www.playvid.com/watch/n8Ic4Xwirge,
http://www.playvid.com/watch/jD1IGDDxM0t, http://www.playvid.com/watch/jVhyvYqzQsp, http://www.playvid.com/watch/PHiDhEUaWxw,
http://www.playvid.com/watch/zkeSlzrn-kC, http://www.playvid.com/watch/O86fP0hx8bE, http://www.playvid.com/watch/D4njGCil0dZ,
http://www.playvid.com/watch/AtHY9f7LOaB, http://www.playvid.com/watch/8HUw9J3vRx5, http://www.playvid.com/watch/YuteMNSn_Ja,
http://www.playvid.com/watch/Kj97N_VEX3Z, http://www.playvid.com/watch/iccQwKGyY6n, http://www.playvid.com/watch/ClSKfl9oqen,
http://www.playvid.com/watch/I0HviBn6UIV, http://www.playvid.com/watch/xQRE10XZRNu, http://www.playvid.com/watch/colLWFZT2Un,
http://www.playvid.com/watch/l7MVFn9Cwwj, http://www.playvid.com/watch/VJelDWgzQ4G, http://www.playvid.com/watch/QBMlBkwCqdK,
http://www.playvid.com/watch/mD2gyK0BT3w, http://www.playvid.com/watch/YqZPstXpPP8, http://www.playvid.com/watch/UBKly6R4yEu,
http://www.playvid.com/watch/x8zbhcsR8Ms, http://www.playvid.com/watch/pv0oWkD-qaW, http://www.playvid.com/watch/7nMh1e5h8Kp,
http://www.playvid.com/watch/conRpwn6Rf6, http://www.playvid.com/watch/Qli11jAC_R2, http://www.playvid.com/watch/rRl-XK-zOHp,
http://www.playvid.com/watch/7CNr9TQsZdD, http://www.playvid.com/watch/U9S_inu4dw9, http://www.playvid.com/watch/hFFGicRUOWx,
http://www.playvid.com/watch/uB1Os9_lsqI, http://www.playvid.com/watch/akdTZe0fx_z, http://www.playvid.com/watch/ZVjUdzYsBdJ,
http://www.playvid.com/watch/HNJ5gLA5VAt, http://www.playvid.com/watch/e2S2FGQmm9V, http://www.playvid.com/watch/Gyf8QumjDrx,
http://www.playvid.com/watch/8smgsJAvWVY, http://www.playvid.com/watch/YXh3R4yOUL0, http://www.playvid.com/watch/Z0UACUaA_O3,
http://www.playvid.com/watch/0qaJjOXFYuC, http://www.playvid.com/watch/mkp9V70py6o, http://www.playvid.com/watch/fau-0DvjVIY,
http://www.playvid.com/watch/etXPe0LM3uS, http://www.playvid.com/watch/YP-tAuETxKQ, http://www.playvid.com/watch/u3r31IldFgO,
http://www.playvid.com/watch/P1dmnFpTTGk, http://www.playvid.com/watch/6sjaTPWFwN9, http://www.playvid.com/watch/Qv9H-AWIwFI,
http://www.playvid.com/watch/hfRA3vCO_gP, http://www.playvid.com/watch/JmtWFSvzOgS, http://www.playvid.com/watch/4TEb95p4D_8,
http://www.playvid.com/watch/L45UsiSa2m8, http://www.playvid.com/watch/hrP6DAXMa8G, http://www.playvid.com/watch/5Ax9u9_Fcfr,
http://www.playvid.com/watch/K1GHAtdir3I, http://www.playvid.com/watch/I-wfuKjbMnr, http://www.playvid.com/watch/OZdYhMhzwcj,
http://www.playvid.com/watch/R_mhzInGe8c, http://www.playvid.com/watch/dGaL2xxQt66, http://www.playvid.com/watch/zuqoJEXjKGb,
http://www.playvid.com/watch/FwztFzsR9K9, http://www.playvid.com/watch/ttrkOspvteh, http://www.playvid.com/watch/SaoOYWT6P0y,
http://www.playvid.com/watch/Rgrkt6d6tCs, http://www.playvid.com/watch/gpfvHDL6K6T, http://www.playvid.com/watch/mnnVFnF6Jil,
http://www.playvid.com/watch/eRWDAr4q2nJ, http://www.playvid.com/watch/v0nEahPo5oP, http://www.playvid.com/watch/VEbmhMy7yqr,
http://www.playvid.com/watch/zLfSZ97dZOy, http://www.playvid.com/watch/Da_cZ0F36r0, http://www.playvid.com/watch/tnV6tBZPm2i,
http://www.playvid.com/watch/lK2doavZsGO, http://www.playvid.com/watch/TJTqQiH_qty, http://www.playvid.com/watch/KgZ2g1ZlK6i,
http://www.playvid.com/watch/kflSyVBPODw, http://www.playvid.com/watch/LxP3YJA-1iC, http://www.playvid.com/watch/gzXCsMVJ2tI,
http://www.playvid.com/watch/53ryThZ_nMV, http://www.playvid.com/watch/XOzI1Ik3gcW, http://www.playvid.com/watch/MWP5e-rcejd,
http://www.playvid.com/watch/VP3N4ZYaNTq, http://www.playvid.com/watch/0b9i9BYqe_T, http://www.playvid.com/watch/JYjyBqjMKLe,
http://www.playvid.com/watch/ARYScn-S3Q8, http://www.playvid.com/watch/vkd1v-ws0TU, http://www.playvid.com/watch/SsiUanJyyqT,
http://www.playvid.com/watch/aehsP_okASK, http://www.playvid.com/watch/zlVHxiaWDL7, http://www.playvid.com/watch/bCJdmE9ZrZ0,
http://www.playvid.com/watch/H-w1uVotRyU, http://www.playvid.com/watch/7e-WZXbbGbX, http://www.playvid.com/watch/wZdXqadpg7J,
http://www.playvid.com/watch/qcwfHZpN1nW, http://www.playvid.com/watch/3NqAKHDbd-Y, http://www.playvid.com/watch/d_1TRypYVXF,
http://www.playvid.com/watch/A3Cg9uNGAWW, http://www.playvid.com/watch/FsKNyYMmJhf, http://www.playvid.com/watch/nCARKJ3PxJZ,
http://www.playvid.com/watch/VdMK6IXDJY8, http://www.playvid.com/watch/MnSmmYfKh9m, http://www.playvid.com/watch/uIHnZzYECbe,
http://www.playvid.com/watch/oMgoFFDCBeI, http://www.playvid.com/watch/9bIaeUHsdZ6, http://www.playvid.com/watch/OLfEX1G0uoZ,
http://www.playvid.com/watch/2_Y6HM_kmcQ, http://www.playvid.com/watch/RVxvbe91W2u, http://www.playvid.com/watch/edZ_NIqfCaH,
http://www.playvid.com/watch/9an-OjHA3BQ, http://www.playvid.com/watch/VKYxB8jXdX3, http://www.playvid.com/watch/S9lQ2ei9sDh,
http://www.playvid.com/watch/gZQqcmIwbTt, http://www.playvid.com/watch/LQ31NxuDujM, http://www.playvid.com/watch/AYsbh2JYduy,
http://www.playvid.com/watch/YGKsZ3d-FFJ, http://www.playvid.com/watch/ZusgPmaF9JO, http://www.playvid.com/watch/EluNhf7z6-L,
http://www.playvid.com/watch/kevMyiuGNqE, http://www.playvid.com/watch/vUaOOSBIYzv, http://www.playvid.com/watch/jtajFh8DGGJ,
http://www.playvid.com/watch/J3Em-VMuG2p, http://www.playvid.com/watch/q-6HFVZcVQJ, http://www.playvid.com/watch/UlJdkI70_tj,
http://www.playvid.com/watch/2oV2T_fOEqy, http://www.playvid.com/watch/kBKFaCg4-mz, http://www.playvid.com/watch/EnCCgGRop19,
http://www.playvid.com/watch/7gxji94T2aC, http://www.playvid.com/watch/MD0-dbnBS0Y, http://www.playvid.com/watch/2aXneD_oVjC,
http://www.playvid.com/watch/Bl6jcBjRvzL, http://www.playvid.com/watch/eZLQ-dS94OI, http://www.playvid.com/watch/9r3LRlN0H6C,
http://www.playvid.com/watch/NQaq0CfFZhE, http://www.playvid.com/watch/XZKsg2KrPVz, http://www.playvid.com/watch/TP2_1W7EIlZ,
http://www.playvid.com/watch/HMqXZEeMl6S, http://www.playvid.com/watch/P2ebwxIMrhm, http://www.playvid.com/watch/lOsKL6pc9UC,
http://www.playvid.com/watch/YYTupiNrF6X, http://www.playvid.com/watch/LQJ2V_YoTab, http://www.playvid.com/watch/ScxKOQ10Xlg,
http://www.playvid.com/watch/SBDQm8YvP37, http://www.playvid.com/watch/j-G_4vKoJEA, http://www.playvid.com/watch/Z17rXdKqPVM,
http://www.playvid.com/watch/WottlZx4S2K, http://www.playvid.com/watch/oALRaxzwkNz, http://www.playvid.com/watch/OvoEPSTp75m,
http://www.playvid.com/watch/xsuy_SiRDjQ, http://www.playvid.com/watch/tQfOr7n4aNL, http://www.playvid.com/watch/C3rWtnALX3l,
http://www.playvid.com/watch/uJ4va9bRBAN, http://www.playvid.com/watch/bTMqc9IkNNI, http://www.playvid.com/watch/U5SJaisbajN,
http://www.playvid.com/watch/w5iVcJfZ6bI, http://www.playvid.com/watch/Dk-zrjtQlZK, http://www.playvid.com/watch/qG69SX0nr8P,

http://www.playvid.com/watch/wWbS0-teVXL, http://www.playvid.com/watch/R2LJ2LPoObT, http://www.playvid.com/watch/xDezEaRoWUK,
http://www.playvid.com/watch/yNjLW7ZH9V9, http://www.playvid.com/watch/F6Z47RiS6vV, http://www.playvid.com/watch/BS1gmRI_21B,
http://www.playvid.com/watch/j4mo6EfLSjP, http://www.playvid.com/watch/D6CUq5xUjcv, http://www.playvid.com/watch/8LYAHCE729x,
http://www.playvid.com/watch/3KSmqsHJPyj, http://www.playvid.com/watch/tIGYpu0RERZ, http://www.playvid.com/watch/Jg8Nl90r6-B,
http://www.playvid.com/watch/eK9RZLIX_a8, http://www.playvid.com/watch/EVDD2U-mryO, http://www.playvid.com/watch/R4R27HE4xMu,
http://www.playvid.com/watch/a5rWOxlmqIQ, http://www.playvid.com/watch/TUSLAJC2A0B, http://www.playvid.com/watch/bBBcQCS5J23,
http://www.playvid.com/watch/xJugefXmJfM, http://www.playvid.com/watch/4j29D3nG5W9, http://www.playvid.com/watch/dm7ZvQF5R8l,
http://www.playvid.com/watch/49LASTNGjkj, http://www.playvid.com/watch/VvOS7N9O8St, http://www.playvid.com/watch/TOl1xA7w3WF,
http://www.playvid.com/watch/D3CVP_uDwEK, http://www.playvid.com/watch/xakdvT86ozy, http://www.playvid.com/watch/jNjVEBqAx0C,
http://www.playvid.com/watch/zz9hxLSx017, http://www.playvid.com/watch/2WwsoUH1eA4, http://www.playvid.com/watch/WtIWz6TlI5d,
http://www.playvid.com/watch/MGVgeYI1P4w, http://www.playvid.com/watch/sHJV0IpAfmn, http://www.playvid.com/watch/dJ1j7wYm8mq,
http://www.playvid.com/watch/e8z3Y7dnm2U, http://www.playvid.com/watch/e2uCsCgmlrE, http://www.playvid.com/watch/Kc9UvdiaMeo,
http://www.playvid.com/watch/LiQF_5O2faE, http://www.playvid.com/watch/eklBc9RvxA3, http://www.playvid.com/watch/PaeyN7RBo0n,
http://www.playvid.com/watch/GizXFXvURoC, http://www.playvid.com/watch/w5-1uPFUh9U, http://www.playvid.com/watch/M6wyVwf8yob,
http://www.playvid.com/watch/HELBsVe9rns, http://www.playvid.com/watch/Ymu8twhEgqF, http://www.playvid.com/watch/uqshImNy5GQ,
http://www.playvid.com/watch/w5XZ5RGdrLq, http://www.playvid.com/watch/nhQevQ6RJrg, http://www.playvid.com/watch/TIrIe1Fg760,
http://www.playvid.com/watch/YEU61Yn5o0f, http://www.playvid.com/watch/3FIA3k3-f5H, http://www.playvid.com/watch/cKQeamKiSPz,
http://www.playvid.com/watch/YSLCIwWQTV6, http://www.playvid.com/watch/pioJPUIrW1y, http://www.playvid.com/watch/2Zd3UHppQJs,
http://www.playvid.com/watch/VN4yk_9SMHb, http://www.playvid.com/watch/52uIIjh1mE6, http://www.playvid.com/watch/EDhfjmp6xWY,
http://www.playvid.com/watch/sZ1xOjoRmwl, http://www.playvid.com/watch/a0T7BmnyquY, http://www.playvid.com/watch/Z7R8fw3xn9x,
http://www.playvid.com/watch/JZZqIxeJCLD, http://www.playvid.com/watch/4e6d75nLloy, http://www.playvid.com/watch/FvlzVpnbwdr,
http://www.playvid.com/watch/jQzQ_64-IRp, http://www.playvid.com/watch/ZOxsb2OpeGr, http://www.playvid.com/watch/CtJobfgU6Jq,
http://www.playvid.com/watch/n0OiWRKTSfq, http://www.playvid.com/watch/x-jMXphgqvo, http://www.playvid.com/watch/T1_sorMIl46,
http://www.playvid.com/watch/ZzZ2BkfIHRR, http://www.playvid.com/watch/V3PISVenUDB, http://www.playvid.com/watch/zq5NltTGC27,
http://www.playvid.com/watch/HW96CMBFEpM, http://www.playvid.com/watch/2HBhzIF3Dbc, http://www.playvid.com/watch/pxvNxX9DSmt,
http://www.playvid.com/watch/nMdY6mfcFEl, http://www.playvid.com/watch/M_UJKZEPvGw, http://www.playvid.com/watch/lkXy40HgEDC,
http://www.playvid.com/watch/asOq6RgMOwa, http://www.playvid.com/watch/sLvQipFUZyN, http://www.playvid.com/watch/EjVyWs-upZG,
http://www.playvid.com/watch/RiQXOnKH7Bg, http://www.playvid.com/watch/Sw_qGKVqnIU, http://www.playvid.com/watch/Aw8vNAbqHKW,
http://www.playvid.com/watch/c-4XWgE1Fl2, http://www.playvid.com/watch/sz50e0iJ94t, http://www.playvid.com/watch/DP_Z2FJFbRz,
http://www.playvid.com/watch/zF4T4PLo3oa, http://www.playvid.com/watch/kBicJ9Cs0w0, http://www.playvid.com/watch/mo3yt2qpLkd,
http://www.playvid.com/watch/32l72LH0UOa, http://www.playvid.com/watch/uu9zSHs-CjC, http://www.playvid.com/watch/3_7TW_TysY3,
http://www.playvid.com/watch/qf5x6fb5JQs, http://www.playvid.com/watch/iQrZ5bw6EaR, http://www.playvid.com/watch/ODkypEZiWCZ,
http://www.playvid.com/watch/iNKlaYA4tL9, http://www.playvid.com/watch/GLxrTfWZZaD, http://www.playvid.com/watch/cAHx95EGHHP,
http://www.playvid.com/watch/9LG93E2Nq8P, http://www.playvid.com/watch/9W6cmKyF8AT, http://www.playvid.com/watch/ShU4_5bpJgL,
http://www.playvid.com/watch/fmzy1gljKLt, http://www.playvid.com/watch/tvbadh_n6Oa, http://www.playvid.com/watch/A2eqpUexUsT,
http://www.playvid.com/watch/UegqNHEnFtO, http://www.playvid.com/watch/PegkELBtMO9, http://www.playvid.com/watch/84Cwc3D09Ka,
http://www.playvid.com/watch/Wwq94Y0zwgW, http://www.playvid.com/watch/SA6QJtDpH9N, http://www.playvid.com/watch/6fh1MwUprgi,
http://www.playvid.com/watch/ydL79MXnqiN, http://www.playvid.com/watch/X3tE2cQG4ms, http://www.playvid.com/watch/bM20BzKadZD,
http://www.playvid.com/watch/RTRUwSg7dl8, http://www.playvid.com/watch/Lceq7SH04wi, http://www.playvid.com/watch/ftWK8SwbAVI,
http://www.playvid.com/watch/dAiiRrQVH70, http://www.playvid.com/watch/NlPfyJt7B-T, http://www.playvid.com/watch/aKQdYYQVVD3,
http://www.playvid.com/watch/STsHb9OKZMC, http://www.playvid.com/watch/UIMDOlLvZkP, http://www.playvid.com/watch/m7KYbMczeus,
http://www.playvid.com/watch/VA6kTk4Rp6J, http://www.playvid.com/watch/zaQFSUMyUAV, http://www.playvid.com/watch/cpff4e1QHT0,
http://www.playvid.com/watch/BXCTukS4IH3, http://www.playvid.com/watch/Pk2xgSLnemG, http://www.playvid.com/watch/WEOAyWE5xoJ,
http://www.playvid.com/watch/Q_15vWoPE97, http://www.playvid.com/watch/EzZPXoAjpgX, http://www.playvid.com/watch/55Fiqn3P6o9,
http://www.playvid.com/watch/ddSEk-OfVII, http://www.playvid.com/watch/nOIHE35Bsa2, http://www.playvid.com/watch/yptFplRXqah,
http://www.playvid.com/watch/seIB7Tk63rD, http://www.playvid.com/watch/spYsY9XauhS, http://www.playvid.com/watch/V7TAlhAN1hP,
http://www.playvid.com/watch/PZX_OhoYRKj, http://www.playvid.com/watch/neIzoI5IK2S, http://www.playvid.com/watch/8-zgw9Xo_Qz,
http://www.playvid.com/watch/VAmrreo0eYw, http://www.playvid.com/watch/YKtkteW7Ojw, http://www.playvid.com/watch/JOzRPsmxUL6,
http://www.playvid.com/watch/zJFj4uppktc, http://www.playvid.com/watch/wzJnXmf75oM, http://www.playvid.com/watch/B4Nr954bIhy,
http://www.playvid.com/watch/i4mkL6qmwcn, http://www.playvid.com/watch/qrZFZFLWndI, http://www.playvid.com/watch/j4FCheuBRuK,
http://www.playvid.com/watch/A-3E8YJzqW2, http://www.playvid.com/watch/0yKAHM1PH1z, http://www.playvid.com/watch/ob4tpt_GSFm,
http://www.playvid.com/watch/ZhUJqdTVKEX, http://www.playvid.com/watch/KcrG3UWfdqy, http://www.playvid.com/watch/2XFei-Vrktb,
http://www.playvid.com/watch/T-k3yN5yjUc, http://www.playvid.com/watch/Ip1oNSmbpaB, http://www.playvid.com/watch/o5fzSWrN9o7,
http://www.playvid.com/watch/JYCZMmAuVFc, http://www.playvid.com/watch/zziD04oOCyg, http://www.playvid.com/watch/tspdXjLxVbm,
http://www.playvid.com/watch/EH_v_NP2eYg, http://www.playvid.com/watch/Dzxsu8Apoow, http://www.playvid.com/watch/pZYk_4hftt3,
http://www.playvid.com/watch/iGuIz3Kx4AW, http://www.playvid.com/watch/uuStKLkE1mc, http://www.playvid.com/watch/e81GGocACCv,
http://www.playvid.com/watch/WzY1rx0UTa4, http://www.playvid.com/watch/PpxpKoz717G, http://www.playvid.com/watch/AmfWGA58H6F,
http://www.playvid.com/watch/vtavoakwjp2, http://www.playvid.com/watch/aBQO4YfQW6C, http://www.playvid.com/watch/R7YyryY_W7M,
http://www.playvid.com/watch/of8jmAPiJ7W, http://www.playvid.com/watch/WKb7rZO5YQo, http://www.playvid.com/watch/8MEqV1-c7vo,
http://www.playvid.com/watch/WEkdPK6g9bz, http://www.playvid.com/watch/d1XpAk-kM_b, http://www.playvid.com/watch/Y0RazaUDZQi,
http://www.playvid.com/watch/iffP_xiZLIO, http://www.playvid.com/watch/a7LK9PiDWNz, http://www.playvid.com/watch/cQOlKxZF99z,
http://www.playvid.com/watch/ageQlKvcvp2, http://www.playvid.com/watch/sM0e4zZKUWQ, http://www.playvid.com/watch/X6-0vQVEoNj,
http://www.playvid.com/watch/O5OJDNJqrlU, http://www.playvid.com/watch/LAprEfugwqh, http://www.playvid.com/watch/TZ32gssw_9x,
http://www.playvid.com/watch/7jWgfu7BXoL, http://www.playvid.com/watch/VXbRPEObUGY, http://www.playvid.com/watch/TAziAh_WIIm,
http://www.playvid.com/watch/V8nJBZhZqVH, http://www.playvid.com/watch/76awfBSWRmd, http://www.playvid.com/watch/kEtWWtd-cPy,
http://www.playvid.com/watch/9Vgv5agqduH, http://www.playvid.com/watch/9GONb3ZjfgK, http://www.playvid.com/watch/qREvDxr473l,
http://www.playvid.com/watch/cOJIMcWfj2h, http://www.playvid.com/watch/ssJ3I1cAlgy, http://www.playvid.com/watch/gMpcWSWZm6Y,
http://www.playvid.com/watch/KmE-LsYhShI, http://www.playvid.com/watch/yvSkBkjfKlP, http://www.playvid.com/watch/X03TtpxNWg7,
http://www.playvid.com/watch/QlnC9nKRSD3, http://www.playvid.com/watch/qx8dWU33K6Y, http://www.playvid.com/watch/A9rnEe_hmiE,
http://www.playvid.com/watch/vMVRozhSoX0, http://www.playvid.com/watch/qmyNovgBVJc, http://www.playvid.com/watch/DM0TSYwpZAk,
http://www.playvid.com/watch/DMTOZqi7N86, http://www.playvid.com/watch/6qXHLK7LVJS, http://www.playvid.com/watch/hcqFtY5fGP6,
http://www.playvid.com/watch/kPIxPBl5XSS, http://www.playvid.com/watch/FDNvVPqYlyR, http://www.playvid.com/watch/6mgXxFa9ELY,
http://www.playvid.com/watch/xTFp0WQle53, http://www.playvid.com/watch/MfAP61nso0P, http://www.playvid.com/watch/UPmA4kKzzxg,
http://www.playvid.com/watch/4dR8XeNR_ae, http://www.playvid.com/watch/3NMwdnHE9Qv, http://www.playvid.com/watch/N42Sg8Pfp_w,
http://www.playvid.com/watch/Txu1eZe9L84, http://www.playvid.com/watch/f0L3_63dwsX, http://www.playvid.com/watch/DTRxFKYCb9b,
http://www.playvid.com/watch/i0R2HqQkvpr, http://www.playvid.com/watch/yWkDtvNz4GC, http://www.playvid.com/watch/0ji7Tmg5-F8,
http://www.playvid.com/watch/dDvyUZA34rf, http://www.playvid.com/watch/wBtGBrPaoiA, http://www.playvid.com/watch/wLmjwUxpx0c,
http://www.playvid.com/watch/QI-mFAOuiTY, http://www.playvid.com/watch/hNEyZKpHeaD, http://www.playvid.com/watch/hohkHzJL-22,
http://www.playvid.com/watch/rcBAsjxLDEO, http://www.playvid.com/watch/04mAHHTMLqO, http://www.playvid.com/watch/YPSduxog9pd,
http://www.playvid.com/watch/K2-33NB1ch7, http://www.playvid.com/watch/lS0NMxWSuib, http://www.playvid.com/watch/7d3HJlLqXVQ,
http://www.playvid.com/watch/BLEn8Jxt5_o, http://www.playvid.com/watch/WKjKNN4zm0c, http://www.playvid.com/watch/Ymu_Jw0JAmb,
http://www.playvid.com/watch/tOtVEc6yHAv, http://www.playvid.com/watch/li01hUXQV8m, http://www.playvid.com/watch/qhe0zOzp2FH,
http://www.playvid.com/watch/YtJh6-kN-M5, http://www.playvid.com/watch/mRF1sIk6Ymm, http://www.playvid.com/watch/nh8zSH91MFE,
http://www.playvid.com/watch/r5eveX7pBmX, http://www.playvid.com/watch/MMAeuwtlL7K, http://www.playvid.com/watch/z1IiL1OkSMZ,
http://www.playvid.com/watch/Wd4hg2nq5-B, http://www.playvid.com/watch/k6rFvXdYhQl, http://www.playvid.com/watch/AQVvbvpjpon,
http://www.playvid.com/watch/3jS_txRvHdW, http://www.playvid.com/watch/vVovOiKG9-h, http://www.playvid.com/watch/vKCcqBoPSV7,
http://www.playvid.com/watch/UcslWreGARN, http://www.playvid.com/watch/LPL6eIRGPqA, http://www.playvid.com/watch/9CTku6f94WU,
http://www.playvid.com/watch/q5wEERI7dD7, http://www.playvid.com/watch/sAAro3vJZeU, http://www.playvid.com/watch/yheqmRsSOWH,
http://www.playvid.com/watch/LMck5_m1mHf, http://www.playvid.com/watch/XPftruk2XK4, http://www.playvid.com/watch/3iUTZXAXSHb,
http://www.playvid.com/watch/zgybw7ggVar, http://www.playvid.com/watch/TcfRs_tO5NG, http://www.playvid.com/watch/SpqVjzv_gln,
http://www.playvid.com/watch/I3kjEo0tsZz, http://www.playvid.com/watch/G-GC66zDTIe, http://www.playvid.com/watch/MErrLBDLTmy,
http://www.playvid.com/watch/TYga0q70rwU, http://www.playvid.com/watch/E3OFRV8M_gt, http://www.playvid.com/watch/tr4j1Bffr4W,
http://www.playvid.com/watch/wbNSU_iFvTJ, http://www.playvid.com/watch/xAnkCOEmW90, http://www.playvid.com/watch/QCJDto4JvzP,
http://www.playvid.com/watch/JsZvvx9X5PX, http://www.playvid.com/watch/kmradYUFgVQ, http://www.playvid.com/watch/UvW4DWovCNA,
http://www.playvid.com/watch/uGMdVOe7wsw, http://www.playvid.com/watch/qgsj9NECemA, http://www.playvid.com/watch/8xrbNpVaTpv,
http://www.playvid.com/watch/TMHlTK8mYRE, http://www.playvid.com/watch/nUkvXda5D1r, http://www.playvid.com/watch/2Xc7EBqeeZa,

http://www.playvid.com/watch/mQpq8my_ev9, http://www.playvid.com/watch/4jnUmwqGlGd, http://www.playvid.com/watch/3dgnfCYRKyQ,
http://www.playvid.com/watch/viTeW6ZcYlu, http://www.playvid.com/watch/xMQ64lmRiN7, http://www.playvid.com/watch/3XcYahYHBSH,
http://www.playvid.com/watch/UDwru51Z3g7, http://www.playvid.com/watch/VXdnWXVFFbS, http://www.playvid.com/watch/n87zkdxATdw,
http://www.playvid.com/watch/b9KYAHwVRTI, http://www.playvid.com/watch/SvW68gqxhW5, http://www.playvid.com/watch/I7baxt-12Dp,
http://www.playvid.com/watch/DN_j6fiqS0G, http://www.playvid.com/watch/4zTvt7f-vaI, http://www.playvid.com/watch/dnwqdo2nqSj,
http://www.playvid.com/watch/hep4RL4-ffu, http://www.playvid.com/watch/gsQP_kqlGku, http://www.playvid.com/watch/oqhYY4R5PC3,
http://www.playvid.com/watch/o9u5hoTKP2V, http://www.playvid.com/watch/ivYjYfL0jPl, http://www.playvid.com/watch/7c0BF0xvw3B,
http://www.playvid.com/watch/ExbaKzSy98k, http://www.playvid.com/watch/Euvk0JmdMry, http://www.playvid.com/watch/SB4H_-86moL,
http://www.playvid.com/watch/CeI9N3Plros, http://www.playvid.com/watch/sNP-wboS26v, http://www.playvid.com/watch/3f2MrUFdciA,
http://www.playvid.com/watch/Ue-llWuzn7v, http://www.playvid.com/watch/lcjWAzF-H5S, http://www.playvid.com/watch/07SPc-SnZ5K,
http://www.playvid.com/watch/mhNjNq74_xq, http://www.playvid.com/watch/4nFCR75RozT, http://www.playvid.com/watch/x72NcxNSa_A,
http://www.playvid.com/watch/4PQxLZEcJSj, http://www.playvid.com/watch/tNEn8ZAHlvS, http://www.playvid.com/watch/TTXslXpIymZ,
http://www.playvid.com/watch/9qqlHiKJZSE, http://www.playvid.com/watch/jXDQ67FqjYq, http://www.playvid.com/watch/pC1LtKkHPsf,
http://www.playvid.com/watch/ZrEtIiKwI1l, http://www.playvid.com/watch/n2P89FJYKUk, http://www.playvid.com/watch/tpWj4RWyeWT,
http://www.playvid.com/watch/Icn82Q0HPYz, http://www.playvid.com/watch/hVk-hZOJYfW, http://www.playvid.com/watch/ZKuRBsfZuZn,
http://www.playvid.com/watch/f2RHyE93I_4, http://www.playvid.com/watch/yPp5l6Y09rk, http://www.playvid.com/watch/8URMvPh5Vas,
http://www.playvid.com/watch/0A5G2AG-Y_t, http://www.playvid.com/watch/H4tWzizW5lO, http://www.playvid.com/watch/mJUk8L-7bAb,
http://www.playvid.com/watch/YX-HEAzz2pG, http://www.playvid.com/watch/K_sCrzP_VWm, http://www.playvid.com/watch/e7YKRQ3AuoJ,
http://www.playvid.com/watch/Ho5rsP_VWVe, http://www.playvid.com/watch/LJ2P_Xk13dL, http://www.playvid.com/watch/lXc1txA52dR,
http://www.playvid.com/watch/Unj2pHOtuzA, http://www.playvid.com/watch/FZxItHzlo3o, http://www.playvid.com/watch/PqVj4BNL0FH,
http://www.playvid.com/watch/0msizjt8neM, http://www.playvid.com/watch/DUi-z__Rh-P, http://www.playvid.com/watch/938EdxfQHah,
http://www.playvid.com/watch/FhWMR3TC7gw, http://www.playvid.com/watch/K_3r-pw06K2, http://www.playvid.com/watch/B1mUfrmjwSB,
http://www.playvid.com/watch/bGQQIy0oSAu, http://www.playvid.com/watch/KTnNzWQklkh, http://www.playvid.com/watch/aL78EsE8tvP,
http://www.playvid.com/watch/AbD0hd4OmlZ, http://www.playvid.com/watch/YjOxWngOx_h, http://www.playvid.com/watch/rvv2dhMOIPm,
http://www.playvid.com/watch/G3tWZyYHMRf, http://www.playvid.com/watch/cEYrxtjFfco, http://www.playvid.com/watch/fR5kwpinMQC,
http://www.playvid.com/watch/W1yMW-Fuwtf, http://www.playvid.com/watch/K4FhttupmX7, http://www.playvid.com/watch/EFAv1ZjCJFY,
http://www.playvid.com/watch/MjNGTABxWKj, http://www.playvid.com/watch/kMUb3Fk3cgt, http://www.playvid.com/watch/caPjbjv1FFX,
http://www.playvid.com/watch/DfOdiOf6MOB, http://www.playvid.com/watch/Q-Iv3gaDKnS, http://www.playvid.com/watch/jO5C38n2IoX,
http://www.playvid.com/watch/6IvP3ur2tDD, http://www.playvid.com/watch/ZwQrbDMTsJx, http://www.playvid.com/watch/Rqw7R4UtM9k,
http://www.playvid.com/watch/FvUpr9HzonK, http://www.playvid.com/watch/CJU-Z0R_8Oe, http://www.playvid.com/watch/QMmsi27UPWi,
http://www.playvid.com/watch/5y-zggBmT79, http://www.playvid.com/watch/iN_pTuqknYD, http://www.playvid.com/watch/UMAiEhBF72f,
http://www.playvid.com/watch/XvNYxLCWZGn, http://www.playvid.com/watch/AJ6Uswtq1MP, http://www.playvid.com/watch/gKA-60YGBIj,
http://www.playvid.com/watch/EhlNBO0WLuz, http://www.playvid.com/watch/RIrUqziRD7E, http://www.playvid.com/watch/HDC-PXQ3Gaa,
http://www.playvid.com/watch/FDCTOyMHHlz, http://www.playvid.com/watch/I10pRQZJivR, http://www.playvid.com/watch/Mmz_ExS15Bd,
http://www.playvid.com/watch/Yopb2ZZ0NNv, http://www.playvid.com/watch/lSRMgvX53gA, http://www.playvid.com/watch/ghn1goazXKI,
http://www.playvid.com/watch/oCaggOTZkV2, http://www.playvid.com/watch/mlkFUc3xW4C, http://www.playvid.com/watch/GKmjgW7l7rx,
http://www.playvid.com/watch/jqkL1HeGo36, http://www.playvid.com/watch/Nv1_17gqsqb, http://www.playvid.com/watch/6Eec2aK-Dxr,
http://www.playvid.com/watch/cDSkrzVLuq5, http://www.playvid.com/watch/4GGUx_eOY3o, http://www.playvid.com/watch/hoV1E77hcwh,
http://www.playvid.com/watch/jf8PCYjhpvU, http://www.playvid.com/watch/LzPOr0suW4A, http://www.playvid.com/watch/mOyNCgOQOu8,
http://www.playvid.com/watch/e-oj--1uzIO, http://www.playvid.com/watch/w3rEjeuN8m2, http://www.playvid.com/watch/IL-chl8rznD,
http://www.playvid.com/watch/tpVFDghcSKV, http://www.playvid.com/watch/rkYvpu9Cs7K, http://www.playvid.com/watch/N-JCgeT_9h4,
http://www.playvid.com/watch/meQIJSMCX6Y, http://www.playvid.com/watch/w3U-f6ikgUg, http://www.playvid.com/watch/tYxdSwaLFK8,
http://www.playvid.com/watch/nEyw6-dwmq6, http://www.playvid.com/watch/VD3vrz60KiG, http://www.playvid.com/watch/aj--nQlpGBD,
http://www.playvid.com/watch/TzHoG01OI5z, http://www.playvid.com/watch/EMtAgFaiPhB, http://www.playvid.com/watch/OdR2TvFzjUb,
http://www.playvid.com/watch/qDSqQeCMh7D, http://www.playvid.com/watch/pjRx_OStjLK, http://www.playvid.com/watch/SOtS-30imtv,
http://www.playvid.com/watch/4nG2ZjVF14A, http://www.playvid.com/watch/3MTiysjDby5, http://www.playvid.com/watch/GC33I2DFY8s,
http://www.playvid.com/watch/HG7g8vrtbWQ, http://www.playvid.com/watch/xwUW4S5OO8R, http://www.playvid.com/watch/Bhe4ZkEYxeJ,
http://www.playvid.com/watch/ve33GzwM0Gp, http://www.playvid.com/watch/Ns2BhTQv005, http://www.playvid.com/watch/Lcb65liFIpe,
http://www.playvid.com/watch/IQB5fYzLavD, http://www.playvid.com/watch/VkP6WegvFsd, http://www.playvid.com/watch/hEUH8CX4W2i,
http://www.playvid.com/watch/aVB5RdRO8vd, http://www.playvid.com/watch/8wuPc-7b3nR, http://www.playvid.com/watch/QvRGWNNG5dg,
http://www.playvid.com/watch/Hxa52jwyfwi, http://www.playvid.com/watch/8Ns1QoAXWT9, http://www.playvid.com/watch/6QZHXEib9VK,
http://www.playvid.com/watch/7mgoVe3-mGL, http://www.playvid.com/watch/s8gLZtqxYcE, http://www.playvid.com/watch/rOIDEWFzU2G,
http://www.playvid.com/watch/PUYeYnvw2KE, http://www.playvid.com/watch/nBi6oMEZhT8, http://www.playvid.com/watch/uRY3ZIMMEQ9,
http://www.playvid.com/watch/C2O0iEJCdvr, http://www.playvid.com/watch/8PoVOQD9ytZ, http://www.playvid.com/watch/sdGZC9ybUTp,
http://www.playvid.com/watch/MdlFLKSpaol, http://www.playvid.com/watch/uM9SrYLg1Kp, http://www.playvid.com/watch/3qdsjixn81t,
http://www.playvid.com/watch/5Xvm-VkRkAH, http://www.playvid.com/watch/cwEgph3OPuZ, http://www.playvid.com/watch/HUz_RvdTuly,
http://www.playvid.com/watch/SxxqLyTbWwE, http://www.playvid.com/watch/TUa2Pt4FfWT, http://www.playvid.com/watch/yuGH_z4-prO,
http://www.playvid.com/watch/jaZx5-Xfe03, http://www.playvid.com/watch/fIR6U-aH9Rs, http://www.playvid.com/watch/iU7ulhOgpqg,
http://www.playvid.com/watch/cxgVHHJy13s, http://www.playvid.com/watch/F_bxde0O3fQ, http://www.playvid.com/watch/rnnSouv1t4N,
http://www.playvid.com/watch/H2pv2c19lDs, http://www.playvid.com/watch/IyikEc2EXn3, http://www.playvid.com/watch/fcWBSFeMPcO,
http://www.playvid.com/watch/a_ujqs-o2d0, http://www.playvid.com/watch/LFjlsxnEXgn, http://www.playvid.com/watch/mwJfVFFOGEU,
http://www.playvid.com/watch/ZH0oyBOiUhH, http://www.playvid.com/watch/hiIdLTkfagO, http://www.playvid.com/watch/5qJxSg2sScp,
http://www.playvid.com/watch/CYTot4R0Rlw, http://www.playvid.com/watch/6_9QsLGz70e, http://www.playvid.com/watch/dj37GWPM1nn,
http://www.playvid.com/watch/MdUU9q7g4Tr, http://www.playvid.com/watch/vRtHG9dVXVO, http://www.playvid.com/watch/LcjnhlzyI4P,
http://www.playvid.com/watch/svYRrh6k9i6, http://www.playvid.com/watch/xRvAHLrSzuO, http://www.playvid.com/watch/meqW8uDcJqn,
http://www.playvid.com/watch/KZuIXVevKs3, http://www.playvid.com/watch/Gj19tstU648, http://www.playvid.com/watch/AliGKEQfZD4,
http://www.playvid.com/watch/j38pg2AdD_Q, http://www.playvid.com/watch/ewmoOmkpPld, http://www.playvid.com/watch/5XXsOvNEMTs,
http://www.playvid.com/watch/6s7k98Uaije, http://www.playvid.com/watch/hSyiopuwquf, http://www.playvid.com/watch/dyMDxpXJyrd,
http://www.playvid.com/watch/w2qqVSLVIYH, http://www.playvid.com/watch/co7m3IyIx-e, http://www.playvid.com/watch/s0afC0Mup9c,
http://www.playvid.com/watch/f7rnxpFPNAZ, http://www.playvid.com/watch/717anAlz7nv, http://www.playvid.com/watch/ozjvmzFeGH3,
http://www.playvid.com/watch/cg1r4E618KW, http://www.playvid.com/watch/7nLhVQhwY0h, http://www.playvid.com/watch/mfXqLOIDRGb,
http://www.playvid.com/watch/JlWl2gIitc3, http://www.playvid.com/watch/VyzzhVOvcEq, http://www.playvid.com/watch/U4UUeGqxzlH,
http://www.playvid.com/watch/DPwm4J0HaPM, http://www.playvid.com/watch/K_Qan-Pmw6v, http://www.playvid.com/watch/w3KfPDUZheR,
http://www.playvid.com/watch/SVEjvpIdFRq, http://www.playvid.com/watch/Aw7lV2UQnsl, http://www.playvid.com/watch/c-16S2HCcNt,
http://www.playvid.com/watch/W2uhotPj97d, http://www.playvid.com/watch/w0xTnygdQ4T, http://www.playvid.com/watch/nb30QwZvES8,
http://www.playvid.com/watch/tXmWRstUjsl, http://www.playvid.com/watch/DT7KurnrlGU, http://www.playvid.com/watch/MZ1HDMde-yd,
http://www.playvid.com/watch/UYvo8fexKhK, http://www.playvid.com/watch/IiIC5F9DMzU, http://www.playvid.com/watch/qvpSUQbfg1N,
http://www.playvid.com/watch/DJJE_qLrRyr, http://www.playvid.com/watch/fXr5T3vWupJ, http://www.playvid.com/watch/SXDQ3Qx663a,
http://www.playvid.com/watch/mHaaG--QM2z, http://www.playvid.com/watch/kL4YXFhf655, http://www.playvid.com/watch/MSbNCocNxLp,
http://www.playvid.com/watch/kSkWT2c_C5C, http://www.playvid.com/watch/sNEp8vKRYlU, http://www.playvid.com/watch/4y7bWzC9uhB,
http://www.playvid.com/watch/CIRp4oTkW5c, http://www.playvid.com/watch/dP5-KmRLUtW, http://www.playvid.com/watch/yY1s3LIhrOC,
http://www.playvid.com/watch/7r47hQlyyrd, http://www.playvid.com/watch/3EflTlx1a90, http://www.playvid.com/watch/aUGLfu5Y2PJ,
http://www.playvid.com/watch/uCChsRbICbE, http://www.playvid.com/watch/Qf2zL3GX1TJ, http://www.playvid.com/watch/QyK3w8w36-3,
http://www.playvid.com/watch/68DWwmTFo5B, http://www.playvid.com/watch/B63W6fkEkDA, http://www.playvid.com/watch/QrmKlkrLkzj,
http://www.playvid.com/watch/EtqgQD3Lcsl, http://www.playvid.com/watch/B3i20afftX7, http://www.playvid.com/watch/WDwq1h9goF3,
http://www.playvid.com/watch/YcEJZiimAVo, http://www.playvid.com/watch/ij6lQbxNcFu, http://www.playvid.com/watch/6rpim0_G-f3,
http://www.playvid.com/watch/HHd6iRWWbz6, http://www.playvid.com/watch/67VZtxAp6L5, http://www.playvid.com/watch/QoS4LwEa3_B,
http://www.playvid.com/watch/ywsDNo0pMgm, http://www.playvid.com/watch/6syDSnb1QII, http://www.playvid.com/watch/7_PW5Yhn11C,
http://www.playvid.com/watch/0WC0XJoICLY, http://www.playvid.com/watch/YWDpefpdYqE, http://www.playvid.com/watch/klPqnvFbxFr,
http://www.playvid.com/watch/iWBqW1A-u3U, http://www.playvid.com/watch/u_IaB734asN, http://www.playvid.com/watch/FhH2Ae70JGz,
http://www.playvid.com/watch/TofDD9ObQZj, http://www.playvid.com/watch/ou-JWivKwzv, http://www.playvid.com/watch/xRVQsGXXiu9,
http://www.playvid.com/watch/hPnlT8GBgCn, http://www.playvid.com/watch/ka0zAI8yhwz, http://www.playvid.com/watch/nePUDyUF099,
http://www.playvid.com/watch/yi3xbpunUnB, http://www.playvid.com/watch/Kdlr3k7S3on, http://www.playvid.com/watch/m7Sj3fsyTjc,
http://www.playvid.com/watch/FTa9eg3Auzq, http://www.playvid.com/watch/DARjBBUi4WH, http://www.playvid.com/watch/lEdTsY-Wfzv,
http://www.playvid.com/watch/ajeGoH08Tn8, http://www.playvid.com/watch/Cn52Ipw3br4, http://www.playvid.com/watch/m4Ks2p2M7Bn,
http://www.playvid.com/watch/R99X5pQ-Qwl, http://www.playvid.com/watch/akFM2AZvp9Z, http://www.playvid.com/watch/YJUJ2IwhBI6,

http://www.playvid.com/watch/B4gXu565rqj, http://www.playvid.com/watch/GD3aFjSnCni, http://www.playvid.com/watch/UWOB7RwvWPT, http://www.playvid.com/watch/oLkteu7f_1g, http://www.playvid.com/watch/yXdeHS-S6B0, http://www.playvid.com/watch/z8Im0GDgoKD, http://www.playvid.com/watch/QTClD67LCZE, http://www.playvid.com/watch/K_J_scNC9ia, http://www.playvid.com/watch/0eJ-w2bLMQr, http://www.playvid.com/watch/CYCLxJhNQGe, http://www.playvid.com/watch/7PMO3RBGEhV, http://www.playvid.com/watch/3AoEsmBMkwH, http://www.playvid.com/watch/7DnWNOxnh6H, http://www.playvid.com/watch/dVtu83Q8ha3, http://www.playvid.com/watch/mPo6yRnTBhK, http://www.playvid.com/watch/PGcdewFX3mq, http://www.playvid.com/watch/3m9g4nHmhCZ, http://www.playvid.com/watch/F1SFGvW8sui, http://www.playvid.com/watch/5PIr4oZjw8d, http://www.playvid.com/watch/TrE6VFbTC5b, http://www.playvid.com/watch/SOIVMLQ-KCo, http://www.playvid.com/watch/quYvddPw6r0
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: BlaCFace
5.b. Uploader's email address: blackstar_36@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/BlaCFace
5.e. List of videos posted by uploader: http://www.playvid.com/watch/gl3Yl2KtrUB, http://www.playvid.com/watch/XxZiX7LBPmj, http://www.playvid.com/watch/bfiZvlQG80P, http://www.playvid.com/watch/3qT4FkkDv9G, http://www.playvid.com/watch/eCofh0q3vCt, http://www.playvid.com/watch/o-PETCwBi9F, http://www.playvid.com/watch/CNWNg2EWdgg, http://www.playvid.com/watch/IbqUJUbwHdi, http://www.playvid.com/watch/JPIXVx4iVwU, http://www.playvid.com/watch/QDrAXatAlnV, http://www.playvid.com/watch/pH8cMpfwhCz, http://www.playvid.com/watch/5Upm9jFaEpb, http://www.playvid.com/watch/FY4qciOBtgh, http://www.playvid.com/watch/Ou0eXmmjzuR, http://www.playvid.com/watch/bEhO67LpHXB
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: blackdog
5.b. Uploader's email address: assaibouruo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/blackdog
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zP8rJCfAQsl, http://www.playvid.com/watch/GZdZ6rT696h, http://www.playvid.com/watch/4ZjnPw24sMZ, http://www.playvid.com/watch/M60ff6TdIkC, http://www.playvid.com/watch/-Wlf9w3irbV, http://www.playvid.com/watch/oIIzzmh6Kaw, http://www.playvid.com/watch/2VBirN89wO6, http://www.playvid.com/watch/TtqZ39aadrU, http://www.playvid.com/watch/fQ4S4ZIjOpj, http://www.playvid.com/watch/lMdCWZBXOT7, http://www.playvid.com/watch/4HFiEmYeMEq, http://www.playvid.com/watch/mwUwrzvadne, http://www.playvid.com/watch/Z857qlJkUBS, http://www.playvid.com/watch/0MUGij-BAuq, http://www.playvid.com/watch/YQknKYw6p0i, http://www.playvid.com/watch/UJ5EGHydgQ8, http://www.playvid.com/watch/ULdftDuErw7, http://www.playvid.com/watch/qaHQzRFWpYr, http://www.playvid.com/watch/KM9Q6mM7ojz, http://www.playvid.com/watch/oxeAPX6j-P0, http://www.playvid.com/watch/vM-0WJqVDcJ, http://www.playvid.com/watch/xUxarKvz9e9, http://www.playvid.com/watch/KDOPjzcQUsS, http://www.playvid.com/watch/dPsjXEzYEcM, http://www.playvid.com/watch/x8Wlhz6w4fe, http://www.playvid.com/watch/SBRPM8sjERb, http://www.playvid.com/watch/b9hbzOQMO7s, http://www.playvid.com/watch/JgmtURxXC7m, http://www.playvid.com/watch/-z548cjvU4z, http://www.playvid.com/watch/ggIKnwayQ5C, http://www.playvid.com/watch/u4b-XqeZmaI, http://www.playvid.com/watch/gosu5-XPqDA, http://www.playvid.com/watch/9XkGwbs-2K2, http://www.playvid.com/watch/T7Ycz6iAEUT, http://www.playvid.com/watch/deF08rpDeS-, http://www.playvid.com/watch/kkMZpCkZASA, http://www.playvid.com/watch/t2eWC2Y6lID, http://www.playvid.com/watch/LoTgcWSKwCl, http://www.playvid.com/watch/HcgYDTSeYgt, http://www.playvid.com/watch/hVPUiuBW6KV, http://www.playvid.com/watch/CEbRtuM7vBb, http://www.playvid.com/watch/vB29JuHRiGB, http://www.playvid.com/watch/6eGdBEZ3rXD, http://www.playvid.com/watch/gDQrToik-aJ, http://www.playvid.com/watch/GpzSA7CICtA, http://www.playvid.com/watch/9MtrUzTK5-v, http://www.playvid.com/watch/uOaaHAfLnnj, http://www.playvid.com/watch/5BgjmqiVLY7, http://www.playvid.com/watch/OPJSanicyyA, http://www.playvid.com/watch/BbR8EPcQtXv, http://www.playvid.com/watch/9h5dTIEU6Qx, http://www.playvid.com/watch/nNAzFObnYwk, http://www.playvid.com/watch/mGjQKkGkOR-, http://www.playvid.com/watch/9LdKLLqsxDq, http://www.playvid.com/watch/-Z9YYJd5sac, http://www.playvid.com/watch/kGxz0GyO26r, http://www.playvid.com/watch/0HYNgPQA9Ql, http://www.playvid.com/watch/OVHQ-XHKi7C, http://www.playvid.com/watch/Z3ZoZjVIJJE, http://www.playvid.com/watch/GpZhPPW4QMF, http://www.playvid.com/watch/Kl-GpTvOXmA, http://www.playvid.com/watch/GIfP6SMSb8m, http://www.playvid.com/watch/j-e6Z3obaoA, http://www.playvid.com/watch/zWs8wz2KI06, http://www.playvid.com/watch/CKZLTY3vcXC, http://www.playvid.com/watch/RLrLDy08htm, http://www.playvid.com/watch/nO65FtJXBOp, http://www.playvid.com/watch/zdkpXbovptb, http://www.playvid.com/watch/I8s58tmpxvd, http://www.playvid.com/watch/citCpbt6bK6, http://www.playvid.com/watch/uwnEACMAkn4, http://www.playvid.com/watch/GNrAXfjwCwm, http://www.playvid.com/watch/eejoXHfsqPH, http://www.playvid.com/watch/A5Vvm2-ARUb, http://www.playvid.com/watch/8GhgcgKSpG4, http://www.playvid.com/watch/MwTMhM0SRcf, http://www.playvid.com/watch/vFNQs-6a4tv, http://www.playvid.com/watch/Ndtyqv0jWNF, http://www.playvid.com/watch/8vFjD6E9BiC, http://www.playvid.com/watch/y5QVmTEfi2H, http://www.playvid.com/watch/ErNKjFfCUZH, http://www.playvid.com/watch/IMNOBZC2T3K, http://www.playvid.com/watch/P85jNvvaVWx, http://www.playvid.com/watch/R2wIZqYKqnv, http://www.playvid.com/watch/yBjsdSff-a3, http://www.playvid.com/watch/7XY2WMNEVFu, http://www.playvid.com/watch/wLn6MrHC4zs, http://www.playvid.com/watch/JODL5TLXedA, http://www.playvid.com/watch/TTbxXKj5Jrq, http://www.playvid.com/watch/B7VYnPlPnJp, http://www.playvid.com/watch/tJsAImt2e03, http://www.playvid.com/watch/rqHjITtRl0p, http://www.playvid.com/watch/nVuNno4R0sp, http://www.playvid.com/watch/JBnZHQKFDqP, http://www.playvid.com/watch/7HpdSHM7TCS, http://www.playvid.com/watch/XX6NYSizUvm, http://www.playvid.com/watch/TIZmGBi4T8E, http://www.playvid.com/watch/8NCvapJzCC2, http://www.playvid.com/watch/3SYgt9LuDir, http://www.playvid.com/watch/-6bXwHPc0r4, http://www.playvid.com/watch/pVxmRCOl0O3, http://www.playvid.com/watch/wFMUweTpDO0, http://www.playvid.com/watch/3FDGGtLK-q2, http://www.playvid.com/watch/OopNQDBVxeu, http://www.playvid.com/watch/7FClpANRtiC, http://www.playvid.com/watch/Z9OREGIuTCl, http://www.playvid.com/watch/5gyFptMY3Ds, http://www.playvid.com/watch/CjFC2FcsqqX, http://www.playvid.com/watch/YSJUzk8INK6, http://www.playvid.com/watch/oEGs9RhXG6y, http://www.playvid.com/watch/Ax0omMlHDwY, http://www.playvid.com/watch/0RBiXIrPmgW, http://www.playvid.com/watch/-0E5MqANsVc, http://www.playvid.com/watch/6qrFZTWYiJx, http://www.playvid.com/watch/c6EmluJlAPT, http://www.playvid.com/watch/2vCqNxo8Gt7, http://www.playvid.com/watch/lWStJaw4VzQ, http://www.playvid.com/watch/CVJk0rBzS4o, http://www.playvid.com/watch/oNDVIk7E8vU, http://www.playvid.com/watch/sEXlpAcffRw, http://www.playvid.com/watch/8weSBeyl8Y8, http://www.playvid.com/watch/JqvqViFKAF-, http://www.playvid.com/watch/R-TFrlKZfzX, http://www.playvid.com/watch/kKPNlgSHE2F, http://www.playvid.com/watch/ag7oLmtjyB8, http://www.playvid.com/watch/EzDw8aiO5xn, http://www.playvid.com/watch/rAXK4iSKM4A, http://www.playvid.com/watch/U6I3D9Jr9Sx
5.f. Date of third notice: 2013-08-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: blackfuck
5.b. Uploader's email address: goodmikeleso@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/blackfuck
5.e. List of videos posted by uploader: http://www.playvid.com/watch/66tQf_2q43m, http://www.playvid.com/watch/joSl3lCwDdm, http://www.playvid.com/watch/G6G7GSYwtmo, http://www.playvid.com/watch/VLN-MAvFy6p, http://www.playvid.com/watch/wjWgcj_XQfb, http://www.playvid.com/watch/OCppKoKygxx, http://www.playvid.com/watch/2ns2ncp1CcP, http://www.playvid.com/watch/rvVWRrqae_b, http://www.playvid.com/watch/ceWu3gZYBgI, http://www.playvid.com/watch/Qqy6h34bOcl, http://www.playvid.com/watch/wZr5XA4wvxX, http://www.playvid.com/watch/ovV6K9BjGNu, http://www.playvid.com/watch/3jBYya2wSjN, http://www.playvid.com/watch/Tx5IELvMFFU, http://www.playvid.com/watch/DMYwigV9nq9, http://www.playvid.com/watch/uboRvt8m8DK, http://www.playvid.com/watch/NdrKCPW-OFb, http://www.playvid.com/watch/VFUk49uU8cp, http://www.playvid.com/watch/D5gEafqb3dQ, http://www.playvid.com/watch/X90Oig-X9Ns, http://www.playvid.com/watch/I46VOhswSKK, http://www.playvid.com/watch/Lr7rrcQsHG8, http://www.playvid.com/watch/4vysNh5zvOx, http://www.playvid.com/watch/dN_wmhTZRqg, http://www.playvid.com/watch/pZ3udl4_y_z, http://www.playvid.com/watch/F1th1SlY3Wx, http://www.playvid.com/watch/kzAcG0cnK17, http://www.playvid.com/watch/K6JiWwg77mp, http://www.playvid.com/watch/qgpAIcda_Vf, http://www.playvid.com/watch/nsL4YYpeM9Y, http://www.playvid.com/watch/gZ_b5d0-I-O, http://www.playvid.com/watch/p4Aw6aUEJBy, http://www.playvid.com/watch/I0xFncZFjSK, http://www.playvid.com/watch/d6LmFZBbmeL, http://www.playvid.com/watch/wHyJabUStVr, http://www.playvid.com/watch/5ea_XpceIRY, http://www.playvid.com/watch/nKP7LGslxl5, http://www.playvid.com/watch/7VX94KeMwEa, http://www.playvid.com/watch/cXHmnposscW, http://www.playvid.com/watch/xZlADoNFNAg, http://www.playvid.com/watch/HLwSv1DmgeL, http://www.playvid.com/watch/IOxjVc2IzTM, http://www.playvid.com/watch/QVqdHnaPotJ, http://www.playvid.com/watch/lMGi0h7pigp, http://www.playvid.com/watch/YE_mIstsxaT, http://www.playvid.com/watch/kYJmiLFHyKf, http://www.playvid.com/watch/ppQat_Wqkrj, http://www.playvid.com/watch/HUT5K6CMyBT, http://www.playvid.com/watch/dORoUgKwIlf, http://www.playvid.com/watch/cmz47CH-qZ3, http://www.playvid.com/watch/lnLXejQADOh, http://www.playvid.com/watch/o_tS3uY5RjM, http://www.playvid.com/watch/mK8_B9sSqNA, http://www.playvid.com/watch/Z_K6x116G3Y, http://www.playvid.com/watch/aIawpbTAHfy, http://www.playvid.com/watch/RbBvleTR9j8, http://www.playvid.com/watch/OZEwstf0f0k, http://www.playvid.com/watch/z58VApTCsCl, http://www.playvid.com/watch/l2cfiWI61fu, http://www.playvid.com/watch/m5kfn-kpQOl, http://www.playvid.com/watch/duTCyIgPavn, http://www.playvid.com/watch/ODbO4k_n4rc,

http://www.playvid.com/watch/rjvPlUQZf4V, http://www.playvid.com/watch/RGfCPhAUUay, http://www.playvid.com/watch/AiWrw4S_8tK
5.f. Date of third notice: 2015-08-27 17:18:57
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: blackmage888
5.b. Uploader's email address: bryanthew@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/blackmage888
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rTSgFp5up7f, http://www.playvid.com/watch/PeTbMB1qjFy,
http://www.playvid.com/watch/mcSa2-d8Hn4, http://www.playvid.com/watch/Ek8VqUk9lRU, http://www.playvid.com/watch/dhhw6Rno9FM,
http://www.playvid.com/watch/avUdNvnXi54, http://www.playvid.com/watch/qdjdJ58bjX9, http://www.playvid.com/watch/eFqdzNBBYla,
http://www.playvid.com/watch/Kumkm1u8QGq, http://www.playvid.com/watch/FPTtXx5nYfr, http://www.playvid.com/watch/lO9Z83D_SrS,
http://www.playvid.com/watch/uXRQTxo6LQh, http://www.playvid.com/watch/ehydSE3zbQK, http://www.playvid.com/watch/0e7V3tLGoEq,
http://www.playvid.com/watch/ZzVEQvHcYf7, http://www.playvid.com/watch/iyabzMK46qt, http://www.playvid.com/watch/MgxAcrQxZvY,
http://www.playvid.com/watch/O7X5HfgZ8nB, http://www.playvid.com/watch/C1HKPPMqt9X, http://www.playvid.com/watch/qF3O1qCthYs,
http://www.playvid.com/watch/irv0-AaR1aS, http://www.playvid.com/watch/oe7nwWUQGSB, http://www.playvid.com/watch/BkV0ie8Z3F8,
http://www.playvid.com/watch/iQcamkWrbFA, http://www.playvid.com/watch/OlzikZYJTqU, http://www.playvid.com/watch/pTs09HdGHX9,
http://www.playvid.com/watch/5BissIqmXG7, http://www.playvid.com/watch/9Uty_mnqkib, http://www.playvid.com/watch/CSSCIcCm7Dx,
http://www.playvid.com/watch/bQAUCQAfoVW, http://www.playvid.com/watch/VpH1W_CRNi9, http://www.playvid.com/watch/astkUky9rL2,
http://www.playvid.com/watch/g8OVospepqM, http://www.playvid.com/watch/2yEZvaQW1mH, http://www.playvid.com/watch/rYLo-TpN_nB,
http://www.playvid.com/watch/BS_tgAkVqhX, http://www.playvid.com/watch/PYIYkFYRJkB, http://www.playvid.com/watch/FWbPIlvusbU,
http://www.playvid.com/watch/7zkeuD6LV4D, http://www.playvid.com/watch/EiXFKE3cZfU, http://www.playvid.com/watch/u5g_ZvnJvKK,
http://www.playvid.com/watch/fvcXVpmo3TE, http://www.playvid.com/watch/EyUstFT5G1k, http://www.playvid.com/watch/QZLnzKMJL6s,
http://www.playvid.com/watch/aBgnYXIKw-7, http://www.playvid.com/watch/kquH3fny8Il, http://www.playvid.com/watch/MUSWhQJEzMB,
http://www.playvid.com/watch/xDmmP9Pvkic, http://www.playvid.com/watch/uOkcCOTkZIz, http://www.playvid.com/watch/cIs9fDFf2ZM,
http://www.playvid.com/watch/G2PGLAxVrzm, http://www.playvid.com/watch/qtuXf7gZS8U, http://www.playvid.com/watch/rNgJW3cxN3P,
http://www.playvid.com/watch/Otbx5MdY2S3, http://www.playvid.com/watch/qr6ll1_DMxY, http://www.playvid.com/watch/f8uTN9dHJYO,
http://www.playvid.com/watch/9TX1fva1NtT, http://www.playvid.com/watch/RIYyjvk-683, http://www.playvid.com/watch/78z4nzIoHLn,
http://www.playvid.com/watch/SnNkOzwPKYk, http://www.playvid.com/watch/HfXwoLZMyZu, http://www.playvid.com/watch/jv0VGSmDUx8,
http://www.playvid.com/watch/ya8ftcqE0-M, http://www.playvid.com/watch/b08jh6404Jo, http://www.playvid.com/watch/4n39h9iecKq,
http://www.playvid.com/watch/F7cP1-a1kBq, http://www.playvid.com/watch/QU_jpyaEeIa, http://www.playvid.com/watch/glLK3oxMpZp,
http://www.playvid.com/watch/5q1eH2PK1qB, http://www.playvid.com/watch/hII39LcIUFZ, http://www.playvid.com/watch/fZiZBSviMse,
http://www.playvid.com/watch/qXU8rAz0EoP, http://www.playvid.com/watch/Mk9ckc-XNuI, http://www.playvid.com/watch/fT39Tt_Rsil,
http://www.playvid.com/watch/l9LPWOVZQ2f, http://www.playvid.com/watch/8z6DmhnkN1r, http://www.playvid.com/watch/DFXQvDQ6vLl,
http://www.playvid.com/watch/CciKM3D5quT, http://www.playvid.com/watch/f3ZOiazP9TW, http://www.playvid.com/watch/7z0WQuo_vSQ,
http://www.playvid.com/watch/d_DIAqjxQaM, http://www.playvid.com/watch/YB0tOOsdFE2, http://www.playvid.com/watch/PUyAGo_N2LD,
http://www.playvid.com/watch/tsJERGWry6A, http://www.playvid.com/watch/YLSi2q82Qch, http://www.playvid.com/watch/729Tep8iEnV,
http://www.playvid.com/watch/5X1iuP6FOdQ, http://www.playvid.com/watch/Lb68nXDYFJr, http://www.playvid.com/watch/3UxUSnSv2E9,
http://www.playvid.com/watch/mc0GjoR4FYQ, http://www.playvid.com/watch/Hssv_1GBc0G, http://www.playvid.com/watch/cbfvc24kuZy,
http://www.playvid.com/watch/NNjAB_k372n, http://www.playvid.com/watch/zOCD6dOUF0Q, http://www.playvid.com/watch/bC0LYzlsZEk,
http://www.playvid.com/watch/ATHMvmRjSIU, http://www.playvid.com/watch/fgiePhzBseS, http://www.playvid.com/watch/uiIRiFTV2kX,
http://www.playvid.com/watch/n4bYNalZQAg, http://www.playvid.com/watch/t7CBPyFgCpr, http://www.playvid.com/watch/WYHBZiVyi3W,
http://www.playvid.com/watch/Vuk053RWNjK, http://www.playvid.com/watch/NsIgQG6eyVn, http://www.playvid.com/watch/GgiuleA_WxT,
http://www.playvid.com/watch/jOnrNN4h57u, http://www.playvid.com/watch/XYLBkA_BlDJ, http://www.playvid.com/watch/CVNrzPkWVvx,
http://www.playvid.com/watch/XbbLdGOIPJo, http://www.playvid.com/watch/tLP9aT5wLZ5, http://www.playvid.com/watch/ZXW-0u4XvbH,
http://www.playvid.com/watch/M7RjH5Qlbus, http://www.playvid.com/watch/xpFICu2y_wO, http://www.playvid.com/watch/xLqWEEIJWad,
http://www.playvid.com/watch/LQqNgZ8I8tO, http://www.playvid.com/watch/4yP359WuPvS, http://www.playvid.com/watch/OwdaQk6pgKD,
http://www.playvid.com/watch/bsZmPt3gjmF, http://www.playvid.com/watch/VYT7vMA-sd9, http://www.playvid.com/watch/fncKKqj0PeG,
http://www.playvid.com/watch/pfFpZcWvk1a, http://www.playvid.com/watch/lIpsPco3EPk, http://www.playvid.com/watch/9aEO2EPSOf7,
http://www.playvid.com/watch/Z_cTnzuCmJS, http://www.playvid.com/watch/DZ6VqCqj9bw, http://www.playvid.com/watch/3TNVzKAGUtx,
http://www.playvid.com/watch/KJ86B5YsPDm, http://www.playvid.com/watch/47Yg6No7mLU, http://www.playvid.com/watch/0IUA-tfzKle,
http://www.playvid.com/watch/57zSLV4SN7k, http://www.playvid.com/watch/24iGwzY7TM0, http://www.playvid.com/watch/rUItn_lGz4N,
http://www.playvid.com/watch/w2OygUQzlqU, http://www.playvid.com/watch/a6UJrOixnpw, http://www.playvid.com/watch/x6u0gBNT9_U,
http://www.playvid.com/watch/72WjdaulbBC, http://www.playvid.com/watch/A624ZgnJwoM, http://www.playvid.com/watch/FQkjO49jN-L,
http://www.playvid.com/watch/8jgB9VA3vZG, http://www.playvid.com/watch/YTf4mJWtF27, http://www.playvid.com/watch/5XQto4DeT0W,
http://www.playvid.com/watch/gQu3zab4Lwf, http://www.playvid.com/watch/Y6p-Fx36Hmd, http://www.playvid.com/watch/uJ7cVFTVuMe,
http://www.playvid.com/watch/nM979wzEW44, http://www.playvid.com/watch/b75TVrBk659, http://www.playvid.com/watch/E3iJi78pvV8,
http://www.playvid.com/watch/qv0e5bubfOT, http://www.playvid.com/watch/xmRwFrbq8jw, http://www.playvid.com/watch/L3TI3RzrBsF,
http://www.playvid.com/watch/EYEfyElzK-U, http://www.playvid.com/watch/96_Wzkh1bZs, http://www.playvid.com/watch/jMBG-EEK3an,
http://www.playvid.com/watch/rASCeHektVI, http://www.playvid.com/watch/vPXcPvgPgBw, http://www.playvid.com/watch/vqUOnMQBoH7,
http://www.playvid.com/watch/bvM5WIXA4N6, http://www.playvid.com/watch/p3RNXEIjxE6, http://www.playvid.com/watch/POzr1Ii9wFk,
http://www.playvid.com/watch/J_Ls6KmFtPn, http://www.playvid.com/watch/eD0XA3ayl5d, http://www.playvid.com/watch/YFPcyKxfBLS,
http://www.playvid.com/watch/8orJryFDIlF, http://www.playvid.com/watch/8yTpE4OVD4s, http://www.playvid.com/watch/Gb8nrG0CVQ3,
http://www.playvid.com/watch/cOU-GXIvZHK, http://www.playvid.com/watch/aX2jIhf4_X9, http://www.playvid.com/watch/5iCdQyi8FJT,
http://www.playvid.com/watch/CqKyat6SQxk, http://www.playvid.com/watch/JEtFCELJ2EB, http://www.playvid.com/watch/gAqcLgq_pwU,
http://www.playvid.com/watch/uSmMVctN0F0, http://www.playvid.com/watch/SxogRCoIfpu, http://www.playvid.com/watch/XJm9jTPeELR,
http://www.playvid.com/watch/Mrd1yGswDu7, http://www.playvid.com/watch/SxR7nUYD0AJ, http://www.playvid.com/watch/ZYHbNHtdPEu,
http://www.playvid.com/watch/t1zZbBzWqB6, http://www.playvid.com/watch/vnPGyj3q2Rg, http://www.playvid.com/watch/6U_p1sRk9J4,
http://www.playvid.com/watch/55eSu4ZbkNa, http://www.playvid.com/watch/oTx2xzC1LJI, http://www.playvid.com/watch/cwpajxLwQoU,
http://www.playvid.com/watch/27px9xaFj4I, http://www.playvid.com/watch/ES-Km-CC2WS, http://www.playvid.com/watch/xztjmNr2lI9,
http://www.playvid.com/watch/INChck0Csdw, http://www.playvid.com/watch/AJ4CBi5KTJM, http://www.playvid.com/watch/mXhnc5mu-6o,
http://www.playvid.com/watch/tFyh5FWrdkh, http://www.playvid.com/watch/vTeK9qFEbGk, http://www.playvid.com/watch/e6uhgHUiUfP,
http://www.playvid.com/watch/YaiXc4gIdUe, http://www.playvid.com/watch/L2ayqweGLIu, http://www.playvid.com/watch/oKE1q-GZ47r,
http://www.playvid.com/watch/2QiMhbKS84q, http://www.playvid.com/watch/pTveNWhxGoE, http://www.playvid.com/watch/m6Q1uP4St4o,
http://www.playvid.com/watch/Mo0aupoVMZu, http://www.playvid.com/watch/GnsNkh5kQs5, http://www.playvid.com/watch/JqKkseAvrpS,
http://www.playvid.com/watch/x0EAe0nbE40, http://www.playvid.com/watch/nrCswp4ikN0, http://www.playvid.com/watch/YCxYCquItKp,
http://www.playvid.com/watch/gbxqdWeIsjh, http://www.playvid.com/watch/Gg1xEV0F8KG, http://www.playvid.com/watch/tzJZK4Y1FQ2,
http://www.playvid.com/watch/CpDRmFZD0Lz, http://www.playvid.com/watch/LSTv_UlJhax, http://www.playvid.com/watch/YRpR5nTse-N,
http://www.playvid.com/watch/ZYWbjMUTjj6, http://www.playvid.com/watch/QxvxaRI8E2b, http://www.playvid.com/watch/HOVksEia0IG
5.f. Date of third notice: 2014-12-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bobbibob19
5.b. Uploader's email address: bobbibob19@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bobbibob19
5.e. List of videos posted by uploader: http://www.playvid.com/watch/V3CYXNzAqlk, http://www.playvid.com/watch/yekeXjHCt7D,
http://www.playvid.com/watch/ZF4nLbZj-dA, http://www.playvid.com/watch/zL5OsyseHP5, http://www.playvid.com/watch/X5jvruXMt9y,
http://www.playvid.com/watch/BKPYGn6SsgG, http://www.playvid.com/watch/pU9nLwZkHDK, http://www.playvid.com/watch/4i3x8qj4vco,
http://www.playvid.com/watch/OkFHZafWWPG, http://www.playvid.com/watch/jNLleKQFXIb, http://www.playvid.com/watch/420L9CfJpBT,
http://www.playvid.com/watch/Z2tNODwtx4t, http://www.playvid.com/watch/YikzGOsNxYe, http://www.playvid.com/watch/TmgaF5TO6Q8,
http://www.playvid.com/watch/B0Q956A8eZb, http://www.playvid.com/watch/cWqI-Qjmc-z, http://www.playvid.com/watch/ppoGizn6lCd,
http://www.playvid.com/watch/OEJXW6HqtYJ, http://www.playvid.com/watch/aN6nXdJdJsq, http://www.playvid.com/watch/yBIFbB5Y7bD,
http://www.playvid.com/watch/OeYH9IpY7EO, http://www.playvid.com/watch/xc0qpYAKCM8, http://www.playvid.com/watch/qVtqSkPnVMj,
http://www.playvid.com/watch/jVnqrYY5k1k, http://www.playvid.com/watch/81CJ7HqH11u, http://www.playvid.com/watch/p3YyzqSwTAd,
http://www.playvid.com/watch/giPfU-cSy0Z, http://www.playvid.com/watch/LGNjwvYEvpY, http://www.playvid.com/watch/OPb1fgUnELv,
http://www.playvid.com/watch/XE5S25VBlUX
5.f. Date of third notice: 2013-06-07

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bodybool
5.b. Uploader's email address: zenelasero@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bodybool
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Zr9FePVCH3z, http://www.playvid.com/watch/ieYMaM2RxVH, http://www.playvid.com/watch/pAzBnC9JHXt, http://www.playvid.com/watch/9ssTPFr7U4M, http://www.playvid.com/watch/vOXN0XHmhB2, http://www.playvid.com/watch/cx3qeCO2-3r, http://www.playvid.com/watch/hr4IWQWo8Gb, http://www.playvid.com/watch/KEbH0d9qmXZ, http://www.playvid.com/watch/3do9EvuNCEu, http://www.playvid.com/watch/jA6E-ViGvtL, http://www.playvid.com/watch/t-FngshBQVt, http://www.playvid.com/watch/vE0xlOIx3Gc, http://www.playvid.com/watch/FtCMq0G9r2I, http://www.playvid.com/watch/ecGkDl9otqX, http://www.playvid.com/watch/25JK-pK70lI, http://www.playvid.com/watch/lMgszcEwPzG, http://www.playvid.com/watch/whTpzWR0-0J, http://www.playvid.com/watch/RrsyY7FbdNb, http://www.playvid.com/watch/iVByDwNPLTs, http://www.playvid.com/watch/YOv4D8iZ8NW, http://www.playvid.com/watch/mCuxCduEsOP, http://www.playvid.com/watch/CiRt-guXbfS, http://www.playvid.com/watch/q68zEyPNYdh, http://www.playvid.com/watch/f8UbT0X0aI6, http://www.playvid.com/watch/NwV9jForYt-, http://www.playvid.com/watch/a7ApjH0OF8F, http://www.playvid.com/watch/oOQABFGXhLw, http://www.playvid.com/watch/raneIBOeE4v, http://www.playvid.com/watch/Ks2odlnTjew, http://www.playvid.com/watch/3qvix3S0c8t, http://www.playvid.com/watch/t-52t2jNguS, http://www.playvid.com/watch/BK9MK0WQGcR, http://www.playvid.com/watch/idYLMZQ7Jxm, http://www.playvid.com/watch/sdCMheQSc6J, http://www.playvid.com/watch/SRP7PUdZcJ7, http://www.playvid.com/watch/qiW-zBDRHWJ, http://www.playvid.com/watch/MnA57xsdBws, http://www.playvid.com/watch/KEngXXLKURa, http://www.playvid.com/watch/uDThpfGBur8, http://www.playvid.com/watch/th9LWJtT-YY, http://www.playvid.com/watch/MiKlpdJ4ZEf, http://www.playvid.com/watch/rZ9aR6WHxDH, http://www.playvid.com/watch/obnjEXrs7Ri, http://www.playvid.com/watch/C8CMHUZJV7s, http://www.playvid.com/watch/uuz5XmP67T-, http://www.playvid.com/watch/rkCLIRGyQWL, http://www.playvid.com/watch/bFrFrmPPuAU, http://www.playvid.com/watch/Yd7wn2-s2u2, http://www.playvid.com/watch/R723nfXY05M, http://www.playvid.com/watch/o-UJjhGCyz4, http://www.playvid.com/watch/8UDa2L0cBe2, http://www.playvid.com/watch/9xVsP2vflcY, http://www.playvid.com/watch/psG4XRzd66a, http://www.playvid.com/watch/Ifu9EwCbI0X, http://www.playvid.com/watch/EEMvrX-TgbE, http://www.playvid.com/watch/eQzqX0uKPEK, http://www.playvid.com/watch/GWIRiLXYxgp, http://www.playvid.com/watch/eJmVsYpq8pk, http://www.playvid.com/watch/v8K2dfHj49H, http://www.playvid.com/watch/kvjnQ-aRemM, http://www.playvid.com/watch/iEgoeyk4RuC, http://www.playvid.com/watch/hPxEvUPmU58, http://www.playvid.com/watch/cis-RJBwOGg, http://www.playvid.com/watch/bY0iRQ4Kg7q, http://www.playvid.com/watch/IvyVF9zzOQ3, http://www.playvid.com/watch/B60lAk9k2Yj, http://www.playvid.com/watch/ZLDUArPN6OG, http://www.playvid.com/watch/kEUev5NA-TW, http://www.playvid.com/watch/6ISu8NAo8Sd, http://www.playvid.com/watch/INUcaQlo5IT, http://www.playvid.com/watch/lAdkfzHScs-, http://www.playvid.com/watch/WDDYOBXGQZx, http://www.playvid.com/watch/WFDnGcOMGGL, http://www.playvid.com/watch/WAwPS6vYe5j, http://www.playvid.com/watch/OAOLF2z2fA5, http://www.playvid.com/watch/MT4K98KLley, http://www.playvid.com/watch/LMJVfjQiZL4, http://www.playvid.com/watch/nMiOv3K69VK, http://www.playvid.com/watch/MZL4aiE8A9Y, http://www.playvid.com/watch/nDuT-qs5U9j, http://www.playvid.com/watch/nnPKfnEcLKj, http://www.playvid.com/watch/GcZzzDZYCcK, http://www.playvid.com/watch/ca63uNb-o2C, http://www.playvid.com/watch/mLrstSWWmhU, http://www.playvid.com/watch/syF2OittnKA, http://www.playvid.com/watch/EN2XZsGId37, http://www.playvid.com/watch/TnUgASxCveV, http://www.playvid.com/watch/Z6XgxVlUk7k, http://www.playvid.com/watch/ltuLpGjkUUb, http://www.playvid.com/watch/EaOplvSgHI5, http://www.playvid.com/watch/2TSJJJsosOv, http://www.playvid.com/watch/73oiwFWu0Lb, http://www.playvid.com/watch/Vno6s0mMqOn, http://www.playvid.com/watch/O9GI6MJDNZw, http://www.playvid.com/watch/orKM94IbQLB, http://www.playvid.com/watch/acFBx-MUWpy, http://www.playvid.com/watch/u8OXUHLFZTw, http://www.playvid.com/watch/pq9MABsuwwl, http://www.playvid.com/watch/QCFqJkPvwt6, http://www.playvid.com/watch/Z3kkcZA-t7k, http://www.playvid.com/watch/70rTdzwR9pC, http://www.playvid.com/watch/0GchaZVgaym, http://www.playvid.com/watch/NC0DYGYkzdU, http://www.playvid.com/watch/ZQAWgze5NTh, http://www.playvid.com/watch/g8yZtxbkS5-, http://www.playvid.com/watch/T-bHCauHyKY, http://www.playvid.com/watch/8eayvupBncy, http://www.playvid.com/watch/yCI35oa23MU, http://www.playvid.com/watch/kojmYGBcb4k, http://www.playvid.com/watch/RdaRDx7SzHX, http://www.playvid.com/watch/RlKHDDMhjiX, http://www.playvid.com/watch/fFOdvWb-xt0, http://www.playvid.com/watch/uHYlBnNx3oQ, http://www.playvid.com/watch/4TV3N0Yw6gp, http://www.playvid.com/watch/sjCiokivFDz, http://www.playvid.com/watch/7GiypKMHCcp, http://www.playvid.com/watch/nQwynj4YDYg, http://www.playvid.com/watch/hUhawhtxDu9, http://www.playvid.com/watch/zO4QdvPKbxT, http://www.playvid.com/watch/0d-ZWyEg6p4, http://www.playvid.com/watch/QmsjAQbRYpT, http://www.playvid.com/watch/JU-WcKMiE5t, http://www.playvid.com/watch/5WqTdUOCtuC, http://www.playvid.com/watch/yLqRrfeXsAz, http://www.playvid.com/watch/pjjoBKVZ2Qw, http://www.playvid.com/watch/QXrUdvXJi0y, http://www.playvid.com/watch/Ke6qBXf22qV, http://www.playvid.com/watch/gcKxweEmRNK, http://www.playvid.com/watch/VOeMOL7Oatm, http://www.playvid.com/watch/AIfHA8EGiVb, http://www.playvid.com/watch/Jw2xY73B3tV, http://www.playvid.com/watch/e0nvaWZjwHp, http://www.playvid.com/watch/R7CfKmHtCir, http://www.playvid.com/watch/Vf6KmKseyTi, http://www.playvid.com/watch/eS-eWz2o7kJ, http://www.playvid.com/watch/ZWrIJ99oT2T, http://www.playvid.com/watch/ouIIUa58fgG, http://www.playvid.com/watch/ZmOLnPPjLtF, http://www.playvid.com/watch/Fpv2PzFdWEq, http://www.playvid.com/watch/FtbAGI7D36X, http://www.playvid.com/watch/LLkRRipkXnu, http://www.playvid.com/watch/S9YaEmP9UEY, http://www.playvid.com/watch/kwbChRnKwvy, http://www.playvid.com/watch/zHedYORgZoB, http://www.playvid.com/watch/Yp04drZA8sO, http://www.playvid.com/watch/4wHCuz54Ih6, http://www.playvid.com/watch/2EERzarVtZd, http://www.playvid.com/watch/z0jcDI-LviT, http://www.playvid.com/watch/EobFePL2GO4, http://www.playvid.com/watch/7zSa3ZdUlQ9, http://www.playvid.com/watch/eZTK3VaxhM5, http://www.playvid.com/watch/HFi62Z8DsWX, http://www.playvid.com/watch/ogyDDbwmIpR, http://www.playvid.com/watch/kmcG6jAbsy3, http://www.playvid.com/watch/ELAQIU-Ofkk, http://www.playvid.com/watch/FCJfkqC22TZ, http://www.playvid.com/watch/P5kX6PdVyDF, http://www.playvid.com/watch/jr2E2itUcTw, http://www.playvid.com/watch/xtGAfkERZgO, http://www.playvid.com/watch/j00DhZbbEVi, http://www.playvid.com/watch/UCOogkHhKeQ, http://www.playvid.com/watch/t-POyA8wkCY, http://www.playvid.com/watch/8vnS7S7chAG, http://www.playvid.com/watch/Lx7Y4SAQnwF, http://www.playvid.com/watch/RHM8jf4GWdR, http://www.playvid.com/watch/twMWKMRpchq, http://www.playvid.com/watch/EbrALDa5HzN, http://www.playvid.com/watch/KYZiAVtatLZ, http://www.playvid.com/watch/koT0xVCm0eJ, http://www.playvid.com/watch/toaNNFaUn9s, http://www.playvid.com/watch/ILqsxuLtA2v, http://www.playvid.com/watch/FSirciKN9LX, http://www.playvid.com/watch/bXx42fZuV5W, http://www.playvid.com/watch/byZCLkz6B7Y, http://www.playvid.com/watch/8mcu7QsiWEM, http://www.playvid.com/watch/RCWmGR6iG4u, http://www.playvid.com/watch/pmQhggdwX7U, http://www.playvid.com/watch/Xo3XVvVNscA, http://www.playvid.com/watch/2zRV5KBNWpf, http://www.playvid.com/watch/8qdZ4pXUzIV, http://www.playvid.com/watch/JaWnzuRJMdG, http://www.playvid.com/watch/3e6bu9Y8txu, http://www.playvid.com/watch/8u5JfJnxMxJ, http://www.playvid.com/watch/vrdtBZivzjv, http://www.playvid.com/watch/yBahsn9wfZA
5.f. Date of third notice: 2013-08-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boltun100
5.b. Uploader's email address: lukasfeliksz@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/boltun100
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BJoRKDtbvGu, http://www.playvid.com/watch/zPK6srB67N5, http://www.playvid.com/watch/PhyUDTpR4XO, http://www.playvid.com/watch/28YVSSdfq9W, http://www.playvid.com/watch/LwdrYNbjV4q, http://www.playvid.com/watch/YWMyDH66RPI, http://www.playvid.com/watch/agmGDN6j2hF, http://www.playvid.com/watch/VUpYPzBg32e, http://www.playvid.com/watch/JE6DRHDqTCK, http://www.playvid.com/watch/-r-tpCwVWTD, http://www.playvid.com/watch/iuoi9p7rDiR, http://www.playvid.com/watch/StR7KlXdgZs, http://www.playvid.com/watch/n43jPKpz3Uc, http://www.playvid.com/watch/57jh2C8arCp, http://www.playvid.com/watch/DoJkiU4FGC3, http://www.playvid.com/watch/qhbyncEVQsW, http://www.playvid.com/watch/nCFsMbbCBI6, http://www.playvid.com/watch/AP5qeiUeYGl, http://www.playvid.com/watch/O4v7mZigfXn, http://www.playvid.com/watch/n2iUHmVvFnW, http://www.playvid.com/watch/x0yDvbUpeo8, http://www.playvid.com/watch/DGVt3FqVcRv, http://www.playvid.com/watch/YR09K0FlwVN, http://www.playvid.com/watch/Scidva4yjyt, http://www.playvid.com/watch/Y0KRmCUa6Np, http://www.playvid.com/watch/AeOUosc2dRQ, http://www.playvid.com/watch/fGKhYhVDFDD, http://www.playvid.com/watch/mrGZfbR0tLE, http://www.playvid.com/watch/-Rj6QvJ6O5x, http://www.playvid.com/watch/hTXAEnS6DCC, http://www.playvid.com/watch/XLMfJdBbqsb, http://www.playvid.com/watch/dzN-Bpli-4C, http://www.playvid.com/watch/HEnp9SWdxLo, http://www.playvid.com/watch/Jduz4TAae3u, http://www.playvid.com/watch/mhsCNOtWf0N, http://www.playvid.com/watch/RzdDUhhmQG9, http://www.playvid.com/watch/8RJocLSuQlc, http://www.playvid.com/watch/Kg90HHsi43f, http://www.playvid.com/watch/bfl6aXwRlsC, http://www.playvid.com/watch/aPwWLflkLPX, http://www.playvid.com/watch/vxgERdbubbe, http://www.playvid.com/watch/Bo9giFjuWLj, http://www.playvid.com/watch/Xd9ulOrMO4k, http://www.playvid.com/watch/UyGcMFCbhfr, http://www.playvid.com/watch/u6jNcxCxEhM, http://www.playvid.com/watch/ODcrcGXY7EW, http://www.playvid.com/watch/c2umbBxfsm0, http://www.playvid.com/watch/vxiCHkvhASx, http://www.playvid.com/watch/loLigKusp7i, http://www.playvid.com/watch/90oe4IR5620, http://www.playvid.com/watch/AMrStYsH3aP, http://www.playvid.com/watch/mgS6cn8Qvh8, http://www.playvid.com/watch/3nibn-5tGsG, http://www.playvid.com/watch/ybqP3WQXeS6, http://www.playvid.com/watch/USobnAD0G3H, http://www.playvid.com/watch/C0sSotG4Skb, http://www.playvid.com/watch/TYeJEozNPn4, http://www.playvid.com/watch/VIXphgZ8VK3, http://www.playvid.com/watch/aV33khJ69BO, http://www.playvid.com/watch/qBNQTDP672t, http://www.playvid.com/watch/u2b-AjGkPBI, http://www.playvid.com/watch/BCHtNocNnHg, http://www.playvid.com/watch/UjXwJc94xmO, http://www.playvid.com/watch/83f9bNrU2d5, http://www.playvid.com/watch/mVNhgFHAJFI, http://www.playvid.com/watch/edi3fptvK7y, http://www.playvid.com/watch/s--MphXeaW3, http://www.playvid.com/watch/w2vkLviXCXO,

http://www.playvid.com/watch/9wYN3YJA9jJ, http://www.playvid.com/watch/bq9hFZmFKNE, http://www.playvid.com/watch/gpeCU8WuRix,
http://www.playvid.com/watch/PCRDOiDNvwn, http://www.playvid.com/watch/mNzW5rgww0T, http://www.playvid.com/watch/bB7B4H27r6g,
http://www.playvid.com/watch/cXBisO3p3yq, http://www.playvid.com/watch/eq5o38LnR9H, http://www.playvid.com/watch/Cy6Vy9c8xfZ,
http://www.playvid.com/watch/ZlPWK8JcFSw, http://www.playvid.com/watch/sDd9ZZ9TERc, http://www.playvid.com/watch/rDBDen-xHYx,
http://www.playvid.com/watch/SVXRG7TKP-O, http://www.playvid.com/watch/qMSyiIGHS-p, http://www.playvid.com/watch/eqNs4IxEI0v,
http://www.playvid.com/watch/y0pFn42b8ud, http://www.playvid.com/watch/XXkMpZcQDLP, http://www.playvid.com/watch/eDgdNLr92iC,
http://www.playvid.com/watch/zEDkvwvjK7W, http://www.playvid.com/watch/nTnrNR5uE3Y, http://www.playvid.com/watch/y9e4MJ357oJ,
http://www.playvid.com/watch/q9K3Yylt0qc, http://www.playvid.com/watch/WbvHyyHhRpe, http://www.playvid.com/watch/Ooz-hAUfF4k,
http://www.playvid.com/watch/T0JO7JJmHuk, http://www.playvid.com/watch/hzEbpmBUL6h, http://www.playvid.com/watch/ToxbGWVGbFp,
http://www.playvid.com/watch/EL-dMO4qbsT, http://www.playvid.com/watch/qSLsPYZMJlB, http://www.playvid.com/watch/HStzTbvPVqq,
http://www.playvid.com/watch/a-yGPHdLfwp, http://www.playvid.com/watch/Uzq2EjyuQVy, http://www.playvid.com/watch/sXqFwyP3nes,
http://www.playvid.com/watch/nC-aVYIfBCA, http://www.playvid.com/watch/vlmVLoPxWxj, http://www.playvid.com/watch/OLAsJWcJcl-,
http://www.playvid.com/watch/TelEgzNz23Q, http://www.playvid.com/watch/E5zZmPrDZl4, http://www.playvid.com/watch/MYs7yTeTBlq,
http://www.playvid.com/watch/CEpxyIlfs23, http://www.playvid.com/watch/OFiWagbSAqE, http://www.playvid.com/watch/-Dg5NRQo7W4,
http://www.playvid.com/watch/kolbvMiq9WT, http://www.playvid.com/watch/BwM05qdJNBg, http://www.playvid.com/watch/tBiaZ2pqsRQ,
http://www.playvid.com/watch/BNWd8gYixgr, http://www.playvid.com/watch/yoe5K59keSf, http://www.playvid.com/watch/c4DGiTg9ezh,
http://www.playvid.com/watch/pCacolnPGYJ, http://www.playvid.com/watch/JicgH4aJEla, http://www.playvid.com/watch/GgkeFAF3RPf,
http://www.playvid.com/watch/BkuLOIxfKHc, http://www.playvid.com/watch/vmRzeQZHP67, http://www.playvid.com/watch/pAGiwCLQyUx,
http://www.playvid.com/watch/BSDsBlnqb2K, http://www.playvid.com/watch/4sDEIV7-Ck6, http://www.playvid.com/watch/k3BULxZYKMd,
http://www.playvid.com/watch/YYqK9N85u5F, http://www.playvid.com/watch/yYR0vbIhpku, http://www.playvid.com/watch/ADm423JxbaZ,
http://www.playvid.com/watch/-t0Dyk4qQpA, http://www.playvid.com/watch/e3ITUQQA74-, http://www.playvid.com/watch/IoeFyyKSIJF,
http://www.playvid.com/watch/zrJhEtrp02i, http://www.playvid.com/watch/KWiHAt39Y82, http://www.playvid.com/watch/GqBR8zLpsZn,
http://www.playvid.com/watch/tnnVulecjAr, http://www.playvid.com/watch/3ObXzITKTTv, http://www.playvid.com/watch/U9Swb7cHS3c,
http://www.playvid.com/watch/RDtU7yoCwBn, http://www.playvid.com/watch/s3gYdXnlP3f, http://www.playvid.com/watch/7W69pSx35QC,
http://www.playvid.com/watch/4lJM996PgF7, http://www.playvid.com/watch/ev2AwQir3AZ, http://www.playvid.com/watch/6WiFT2GQazo,
http://www.playvid.com/watch/wCPCMp5OClj, http://www.playvid.com/watch/hUJ7S3hG2t0, http://www.playvid.com/watch/OUSHkbf-7Mg,
http://www.playvid.com/watch/gWItdorRbpk, http://www.playvid.com/watch/QOEQjTiFOxF, http://www.playvid.com/watch/SbtYrPYcVuB,
http://www.playvid.com/watch/j8eax3uCKMi, http://www.playvid.com/watch/gFPsjL8qry-, http://www.playvid.com/watch/nqXPSXKIQ88,
http://www.playvid.com/watch/suwpPzcA08s, http://www.playvid.com/watch/Ii9jcZF-qAx, http://www.playvid.com/watch/Qr5Yq30IvP2,
http://www.playvid.com/watch/I5Q-CEZ7arA, http://www.playvid.com/watch/C8F4FYGgzXm, http://www.playvid.com/watch/TRpFyDI6EoW,
http://www.playvid.com/watch/a5YnmWPlEXt, http://www.playvid.com/watch/iOm9I4cFZvD, http://www.playvid.com/watch/sp-cH07poGl,
http://www.playvid.com/watch/UBg82ykr5jV, http://www.playvid.com/watch/AAHhZ3lV2La, http://www.playvid.com/watch/7VuET87sf5r,
http://www.playvid.com/watch/d0jdA9JJYgP, http://www.playvid.com/watch/VSslbrrFAx8, http://www.playvid.com/watch/GFYOUGEcigz,
http://www.playvid.com/watch/fnls4irvFrs, http://www.playvid.com/watch/ZQhfJNuawFV, http://www.playvid.com/watch/-OfG0gTuf0I,
http://www.playvid.com/watch/9fbyr5SSCMd, http://www.playvid.com/watch/8naqwR3dIQx, http://www.playvid.com/watch/V0XgTZlHrkU,
http://www.playvid.com/watch/Cbabw-LONA6, http://www.playvid.com/watch/zFSrDMrUwhf, http://www.playvid.com/watch/IDp7vupewUg,
http://www.playvid.com/watch/HUjHWXAu7ZV, http://www.playvid.com/watch/9d7EACvTB0y, http://www.playvid.com/watch/kHjuKQMA9OX,
http://www.playvid.com/watch/gAUC3nvX5ZV, http://www.playvid.com/watch/6XZjxxCkeeB, http://www.playvid.com/watch/V0UQwgHjV0O,
http://www.playvid.com/watch/Dvl0QzOwLHH, http://www.playvid.com/watch/0RfkgvdoWwA, http://www.playvid.com/watch/HAGdFkDYhM8,
http://www.playvid.com/watch/RtgfDtESD4o, http://www.playvid.com/watch/2h8I6ZuqZCU, http://www.playvid.com/watch/FNlOCTS2vpR,
http://www.playvid.com/watch/4Qd72lSP0Ll, http://www.playvid.com/watch/Ddhu7loLhe5, http://www.playvid.com/watch/ADfL4ZZjiYN,
http://www.playvid.com/watch/Vj97RBMaHmT, http://www.playvid.com/watch/27esR7lsuOE, http://www.playvid.com/watch/TVu3ZIJjRtY,
http://www.playvid.com/watch/leqp3vfo34U, http://www.playvid.com/watch/tBm973mQB5c, http://www.playvid.com/watch/bcKj9YzOJbn,
http://www.playvid.com/watch/GVlJaT4FSm7, http://www.playvid.com/watch/kkB4LHs6n0h, http://www.playvid.com/watch/b9k-IoeiPAi,
http://www.playvid.com/watch/anqxJyHe7aT, http://www.playvid.com/watch/omKY-UEHFGS, http://www.playvid.com/watch/Y4ekIbdcvLO,
http://www.playvid.com/watch/zCLcGSF92hp, http://www.playvid.com/watch/cGyN4wdIzMc, http://www.playvid.com/watch/Mz4QcoqzPAc,
http://www.playvid.com/watch/dp4NdTFgvVq, http://www.playvid.com/watch/FUvI6A8SwzC, http://www.playvid.com/watch/KNMSHHhcWra,
http://www.playvid.com/watch/vb5xqCFqDhT, http://www.playvid.com/watch/aQrn5YZ-396, http://www.playvid.com/watch/We-m9GKEW9m,
http://www.playvid.com/watch/2E7-yugWvoD, http://www.playvid.com/watch/MEcx4k3bxDI, http://www.playvid.com/watch/ib7KmVfVCSL,
http://www.playvid.com/watch/3PMIivIzRv2, http://www.playvid.com/watch/SSmX2O7FSVB, http://www.playvid.com/watch/4BB0Lx-l475,
http://www.playvid.com/watch/TdeEtwzYUkL, http://www.playvid.com/watch/UJE6KyBq4y8, http://www.playvid.com/watch/EBhCARxZPf4,
http://www.playvid.com/watch/yeft-kJWE5W, http://www.playvid.com/watch/l2FmKwvNazL, http://www.playvid.com/watch/sPNEOJx0qYV,
http://www.playvid.com/watch/AVVm7ZjJXSr, http://www.playvid.com/watch/gy3fKQuCTcG, http://www.playvid.com/watch/Eb-3diDb4xE,
http://www.playvid.com/watch/F478vAvSB02, http://www.playvid.com/watch/WrwHtxMcgSa, http://www.playvid.com/watch/uX66u7H8bhE,
http://www.playvid.com/watch/JTQNLEqZyZ-, http://www.playvid.com/watch/9ECW9-GiGt6, http://www.playvid.com/watch/24m7WuApSwO,
http://www.playvid.com/watch/bsEK-x7akhJ, http://www.playvid.com/watch/T-DcY0zNfCU, http://www.playvid.com/watch/CWZ4tOByAbZ,
http://www.playvid.com/watch/dehLn9VN8yZ, http://www.playvid.com/watch/U-9ykXwk5FZ, http://www.playvid.com/watch/2oj05KIkfte,
http://www.playvid.com/watch/fJwBx9YCm38, http://www.playvid.com/watch/5xT7iyky-Hv, http://www.playvid.com/watch/CAGahszBra0,
http://www.playvid.com/watch/eCoFvGiurbh, http://www.playvid.com/watch/o-OrkNBGSJi, http://www.playvid.com/watch/42TdTpdVNVH,
http://www.playvid.com/watch/cpegxlVOLi-, http://www.playvid.com/watch/fNIffb7vcqh, http://www.playvid.com/watch/PMZ3a4gg9Cy,
http://www.playvid.com/watch/K24Nm4FqXaD, http://www.playvid.com/watch/5anxEY5poJR, http://www.playvid.com/watch/iRGGszqEpun,
http://www.playvid.com/watch/lIILCccBsVU, http://www.playvid.com/watch/ftnFxNezoVq, http://www.playvid.com/watch/lIBo0SIy5mS,
http://www.playvid.com/watch/h7V5TglVhfA, http://www.playvid.com/watch/BYh6Zc2WDrn, http://www.playvid.com/watch/skbG970C4Cf,
http://www.playvid.com/watch/5XIW3ZJyS6D, http://www.playvid.com/watch/KwoMKQBm8pr, http://www.playvid.com/watch/20xVYD22Eyo,
http://www.playvid.com/watch/6ZMbEthDYxE, http://www.playvid.com/watch/84Pc9WUvoVX, http://www.playvid.com/watch/XfWaa9ikOSr,
http://www.playvid.com/watch/oKiBufE0Acf, http://www.playvid.com/watch/DIdmvNoGAdF, http://www.playvid.com/watch/0Dih2cwxQSb,
http://www.playvid.com/watch/IUGcnFvG8zQ, http://www.playvid.com/watch/ZUM7aM3aMli, http://www.playvid.com/watch/u7BUaMCkzG7,
http://www.playvid.com/watch/fhNxAFQMVvb, http://www.playvid.com/watch/pUZcMl2DgnH, http://www.playvid.com/watch/8KtxUihQmhd,
http://www.playvid.com/watch/-MIdx4XWY2E, http://www.playvid.com/watch/2IanGPhg04n, http://www.playvid.com/watch/wL50YjUfGqA,
http://www.playvid.com/watch/TPXTzVXeonS, http://www.playvid.com/watch/zW3Fmw06zcv, http://www.playvid.com/watch/j9sJElL8ngi,
http://www.playvid.com/watch/vgZkpPgHC4V, http://www.playvid.com/watch/EyPyJDiv65m, http://www.playvid.com/watch/7kcl8g2tZl0,
http://www.playvid.com/watch/zhUyGHMEpMf, http://www.playvid.com/watch/eVjodJAOStd, http://www.playvid.com/watch/6DRWJXJWoKk,
http://www.playvid.com/watch/Y6smzDTD7K2, http://www.playvid.com/watch/QJSnYbnO5Ai, http://www.playvid.com/watch/ObK07fCU8xI,
http://www.playvid.com/watch/jRVKZmkbqCr, http://www.playvid.com/watch/BW7blrPrBb-, http://www.playvid.com/watch/sCJyQRxn0Gf,
http://www.playvid.com/watch/yVeY5yXOC3h, http://www.playvid.com/watch/2aqOYRHdS4Q, http://www.playvid.com/watch/vDbxf5awBSP,
http://www.playvid.com/watch/YBJuIFoysNz, http://www.playvid.com/watch/lspzTWCYILd, http://www.playvid.com/watch/M4mBMfux0wG,
http://www.playvid.com/watch/N0xvDHgi6dd, http://www.playvid.com/watch/vVKgPum0gu7, http://www.playvid.com/watch/4Z8SkmqSe6L,
http://www.playvid.com/watch/OdvkEYJbpb-, http://www.playvid.com/watch/0SpCdovIcCi, http://www.playvid.com/watch/wUQb5Mu43xc,
http://www.playvid.com/watch/rUqVcrqTpHo, http://www.playvid.com/watch/yWNtoQhv7Y7, http://www.playvid.com/watch/zBmnDLKCgsi,
http://www.playvid.com/watch/eJM-c-VJRx3, http://www.playvid.com/watch/0PnuFoefnJI, http://www.playvid.com/watch/rsAt2NpsNES,
http://www.playvid.com/watch/0S8NMtznCGb, http://www.playvid.com/watch/3zzmhZMSFdc, http://www.playvid.com/watch/rZavScWg3hU,
http://www.playvid.com/watch/6ZR6oXZZfI6, http://www.playvid.com/watch/TNWb8PHyQDH, http://www.playvid.com/watch/EuQC6kFzowf,
http://www.playvid.com/watch/VCXZmL5J0fi, http://www.playvid.com/watch/IgIoHaLuQrd, http://www.playvid.com/watch/kg6NJlt8Yjy,
http://www.playvid.com/watch/0h5fxOzmros, http://www.playvid.com/watch/TALOO5J3KQK, http://www.playvid.com/watch/IQeOcBUJYXf,
http://www.playvid.com/watch/889gvMLXgKq, http://www.playvid.com/watch/-8DoYJyCow5, http://www.playvid.com/watch/e8VImlMGOXH,
http://www.playvid.com/watch/fXOKCJDzcxa, http://www.playvid.com/watch/gVZvq8GUiV8, http://www.playvid.com/watch/WAtRNvX4etK,
http://www.playvid.com/watch/gUPS3QUtRps, http://www.playvid.com/watch/3HjyOoR6Gub, http://www.playvid.com/watch/2BF-K6uDkee,
http://www.playvid.com/watch/TWL-Ha2LQPQ, http://www.playvid.com/watch/oIhT89-RXlP, http://www.playvid.com/watch/xIKHrb-OBpE,
http://www.playvid.com/watch/d2Lv4n8KJU8, http://www.playvid.com/watch/AuNCwM7pYIq, http://www.playvid.com/watch/A74ZSLlYI7M,
http://www.playvid.com/watch/OEOZ9xlVnTC, http://www.playvid.com/watch/3z4YFEWeby2, http://www.playvid.com/watch/vDvdtURycGw,
http://www.playvid.com/watch/hI3A6rxPIbA, http://www.playvid.com/watch/OwSo42OBBzA, http://www.playvid.com/watch/DRTUusXavUH,
http://www.playvid.com/watch/HxAoXYSd2ud, http://www.playvid.com/watch/zVy8-qXZmg2, http://www.playvid.com/watch/ayKhmjxL-DR,
http://www.playvid.com/watch/WTD-t9oe2Wb, http://www.playvid.com/watch/anDRiuSQUsd, http://www.playvid.com/watch/rVEi0-ffSeP,
http://www.playvid.com/watch/R6jy33zWbDn, http://www.playvid.com/watch/6-qZDWuu0b6, http://www.playvid.com/watch/SnDno2icOeH,
http://www.playvid.com/watch/ZlMC6YrHd-q, http://www.playvid.com/watch/vgiAUCuRo2Z, http://www.playvid.com/watch/lB0hmp2zOd5,
http://www.playvid.com/watch/i7sGAnNWvhC, http://www.playvid.com/watch/AUGfaEaQFkh, http://www.playvid.com/watch/vdEhnpdtEjM,

http://www.playvid.com/watch/crbudH6ZGI7, http://www.playvid.com/watch/DZ0bUAUH3nN, http://www.playvid.com/watch/N0P5KwRMwpw, http://www.playvid.com/watch/gtXs0i9Ony7, http://www.playvid.com/watch/Et6WQsB2MWe, http://www.playvid.com/watch/uTr7PiFTSIg, http://www.playvid.com/watch/HllvFPN7nzW, http://www.playvid.com/watch/HKW9MpDwwm8, http://www.playvid.com/watch/PmFqWINF779, http://www.playvid.com/watch/S5rFmulf7Cs, http://www.playvid.com/watch/O-afMSQJQuq, http://www.playvid.com/watch/Cy2lvBembPn, http://www.playvid.com/watch/OeRKeuRuqBa, http://www.playvid.com/watch/kHDr8MiKeX6, http://www.playvid.com/watch/FPAT4EwYAYv, http://www.playvid.com/watch/8tDerEx6wYW, http://www.playvid.com/watch/rJTYMtMpfjh, http://www.playvid.com/watch/hF0WzPDSfdm, http://www.playvid.com/watch/cnzZaWUxV6m, http://www.playvid.com/watch/W2BgkqFk7rw, http://www.playvid.com/watch/k62zRhKFpf5, http://www.playvid.com/watch/74RxCGFFMwT, http://www.playvid.com/watch/SqNKNC5L9LJ, http://www.playvid.com/watch/Z49inBIyLQC, http://www.playvid.com/watch/XSAQpIZJwUp, http://www.playvid.com/watch/FbGPlyxuwIJ, http://www.playvid.com/watch/SAEsHPpq9yt, http://www.playvid.com/watch/MJHnWKCcghE, http://www.playvid.com/watch/rAQSSbKdBhb, http://www.playvid.com/watch/ck4-hw664Gq, http://www.playvid.com/watch/xXwzWbySPM3, http://www.playvid.com/watch/bqRaKtdJ9Yk, http://www.playvid.com/watch/DpYXLhmeWzQ, http://www.playvid.com/watch/gCXOLpAzX2b, http://www.playvid.com/watch/zBrMhCZdKaZ, http://www.playvid.com/watch/4TJRf4shkJx, http://www.playvid.com/watch/Rm4odUS2nNh, http://www.playvid.com/watch/OcRWITaowac, http://www.playvid.com/watch/LWfef0tWHcC, http://www.playvid.com/watch/PlqxdO4LQTz, http://www.playvid.com/watch/kwYfUGFZS6r, http://www.playvid.com/watch/7lvUPYC3Bcv, http://www.playvid.com/watch/zSj7fxiadXP, http://www.playvid.com/watch/FlIuGaFnuIv, http://www.playvid.com/watch/VdgJ2SQeXDD, http://www.playvid.com/watch/OxMJLaw9zi-, http://www.playvid.com/watch/gHdvDtrtHgx, http://www.playvid.com/watch/YZPnW2FmcsZ, http://www.playvid.com/watch/yDPVBmQ-5Yc, http://www.playvid.com/watch/gGkOim3Hc4t, http://www.playvid.com/watch/DscEtKOH6gl, http://www.playvid.com/watch/9UrEOv-9irW, http://www.playvid.com/watch/zKrxZpRcq7v, http://www.playvid.com/watch/qVPrJE7XrXt, http://www.playvid.com/watch/nqLU09QMOiY, http://www.playvid.com/watch/yNZPEq27vQy, http://www.playvid.com/watch/S6EgNzuSD-r, http://www.playvid.com/watch/XLcCglw7axv, http://www.playvid.com/watch/MhsHYo6hjPl, http://www.playvid.com/watch/8HkzTeJVjuf, http://www.playvid.com/watch/h0nJWhmWIgx, http://www.playvid.com/watch/O5fRq5elqzG, http://www.playvid.com/watch/LY30gQcuf7-, http://www.playvid.com/watch/RSakQ8LBqJe, http://www.playvid.com/watch/mJ8nelP5hKT, http://www.playvid.com/watch/Fi6w6YTvLCE, http://www.playvid.com/watch/lzMyniC0xvo, http://www.playvid.com/watch/ndw7A9GGkzs, http://www.playvid.com/watch/eVQleLIwsC8, http://www.playvid.com/watch/0cbSWETYDkg, http://www.playvid.com/watch/urC8n6-o4VS, http://www.playvid.com/watch/tz73lWr68nI, http://www.playvid.com/watch/ApvzsmNYfHp, http://www.playvid.com/watch/J7azf749ozY, http://www.playvid.com/watch/R87pj6RfQRv, http://www.playvid.com/watch/FrfsceztoEf, http://www.playvid.com/watch/GXI3o3745Ac, http://www.playvid.com/watch/6Vb5AFSpWCu, http://www.playvid.com/watch/zn8t0bG-55w, http://www.playvid.com/watch/MsnuRFOmePo, http://www.playvid.com/watch/lprFxZyXXKS, http://www.playvid.com/watch/2PfrozpUjCm, http://www.playvid.com/watch/QjZonvyiEzL, http://www.playvid.com/watch/faAFgTl7cmd, http://www.playvid.com/watch/W92zgqGoe9h, http://www.playvid.com/watch/MT7lHIzCkjd, http://www.playvid.com/watch/LTAFWYS7oIJ, http://www.playvid.com/watch/CPmrxXP3rNH, http://www.playvid.com/watch/lAHDv9f4lNE, http://www.playvid.com/watch/w05nFvUDCjC, http://www.playvid.com/watch/ow9FJctO34N, http://www.playvid.com/watch/Ndddw6UiyY8, http://www.playvid.com/watch/y-EtkRbzDFi, http://www.playvid.com/watch/Ix0swHa3qUJ, http://www.playvid.com/watch/KV-zK75ywH-, http://www.playvid.com/watch/RARzUjSIkCd, http://www.playvid.com/watch/dIWOOeN0YN8, http://www.playvid.com/watch/C2KPEjOA998, http://www.playvid.com/watch/IzG5OSV-VDc, http://www.playvid.com/watch/SM22hy8ZPAQ, http://www.playvid.com/watch/OVrWrWNlmzF, http://www.playvid.com/watch/uFdhYmO5SkT, http://www.playvid.com/watch/VqRj3qNiFcW

5.f. Date of third notice: 2013-09-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bomboomer

5.b. Uploader's email address: asdidiego@mail.com

5.d. Uploader's profile: http://www.playvid.com/member/bomboomer

5.e. List of videos posted by uploader: http://www.playvid.com/watch/bAFMyfLX6Ah, http://www.playvid.com/watch/7BsKnjHHetU, http://www.playvid.com/watch/URr7QLUuRL2, http://www.playvid.com/watch/VOxUzVnlCrg, http://www.playvid.com/watch/QQIk2Ct4p5j, http://www.playvid.com/watch/K7-z4gdEv42, http://www.playvid.com/watch/3KXprqmHjMf, http://www.playvid.com/watch/A70LqwrDAdV, http://www.playvid.com/watch/SUcElF-fmSp, http://www.playvid.com/watch/xG847e5IiGP, http://www.playvid.com/watch/H2Iwu7lu95i, http://www.playvid.com/watch/qcJh_zLKD8D, http://www.playvid.com/watch/vzm0YNebJGW, http://www.playvid.com/watch/4vjoVTrRVBC, http://www.playvid.com/watch/73XXZgySEjJ, http://www.playvid.com/watch/5Fl76USoIED, http://www.playvid.com/watch/emHdnYLegTF, http://www.playvid.com/watch/zPCf2puKvyF, http://www.playvid.com/watch/86-5gcq1ivR, http://www.playvid.com/watch/ENjxjEOVdci, http://www.playvid.com/watch/c2refisWsb6, http://www.playvid.com/watch/YJwUegiIvRq, http://www.playvid.com/watch/iQW26EztCTU, http://www.playvid.com/watch/OxpiEjAMY0y, http://www.playvid.com/watch/Ew4iuy-WLIN, http://www.playvid.com/watch/rRP1ObamXWT, http://www.playvid.com/watch/vcCvnJ4_sOt, http://www.playvid.com/watch/gx4yznec_es, http://www.playvid.com/watch/w0Ky8g9jxmB, http://www.playvid.com/watch/r8Ucbnp3kkZ, http://www.playvid.com/watch/LMy0Gw2b6RB, http://www.playvid.com/watch/Bs7wNCZo7tF, http://www.playvid.com/watch/VXUi87uJ51M, http://www.playvid.com/watch/r-nS3s4IowW, http://www.playvid.com/watch/4bkfnEee9fm, http://www.playvid.com/watch/yHYe00WSPXQ, http://www.playvid.com/watch/FAJOSYBXaZY, http://www.playvid.com/watch/6bqmuTMJawb, http://www.playvid.com/watch/73Nhv6r_gEQ, http://www.playvid.com/watch/RhOLEHum9Xc, http://www.playvid.com/watch/A-g2F4Sszfm, http://www.playvid.com/watch/P_qz0yLF_04, http://www.playvid.com/watch/r9s6E0vNL8Z, http://www.playvid.com/watch/dPXKiwxr2xO, http://www.playvid.com/watch/SN6xxiHJvFn, http://www.playvid.com/watch/m7LrDGjZGqP, http://www.playvid.com/watch/i8tOtFnzypX, http://www.playvid.com/watch/j0t01FWpd8P, http://www.playvid.com/watch/UGnFuExpfCa, http://www.playvid.com/watch/H16XgsiF1LU, http://www.playvid.com/watch/nq4ArR7YvuN, http://www.playvid.com/watch/7lX9D2fnIzz, http://www.playvid.com/watch/9d9NjJ6yIg0, http://www.playvid.com/watch/ppKlkj9C7je, http://www.playvid.com/watch/Seb0ghNyhp6, http://www.playvid.com/watch/2t5yOxWIIbI, http://www.playvid.com/watch/z1AzEyEicUz, http://www.playvid.com/watch/QdSQASY-Yjk, http://www.playvid.com/watch/jBI0ZoWY-xZ, http://www.playvid.com/watch/9SdBo5NGBqD, http://www.playvid.com/watch/oSwKGL5nbdm, http://www.playvid.com/watch/Xdla-5EC6Bk, http://www.playvid.com/watch/9M16Z1mO-Wx, http://www.playvid.com/watch/rsv3aIgKvGc, http://www.playvid.com/watch/yIYkqb2MaLP, http://www.playvid.com/watch/L75Q48qfvwC, http://www.playvid.com/watch/T5A3UcboGEz, http://www.playvid.com/watch/PjZOxccvBvC, http://www.playvid.com/watch/v34m4UKv1rL, http://www.playvid.com/watch/OXNQppUUuSH, http://www.playvid.com/watch/uLHymZcLhXb, http://www.playvid.com/watch/YOd_qFVn_vu, http://www.playvid.com/watch/stWtB_CPjuD, http://www.playvid.com/watch/mDu7PwrpuNI, http://www.playvid.com/watch/Y7BHlaiDeAU, http://www.playvid.com/watch/7IOb-s-N-OX, http://www.playvid.com/watch/sUtURYtaKfT, http://www.playvid.com/watch/fMxxerdILKs, http://www.playvid.com/watch/asM58StHkyW, http://www.playvid.com/watch/Klhi-U5PBzl, http://www.playvid.com/watch/0FDAEBE5-4l, http://www.playvid.com/watch/2dPVfoEVb-L, http://www.playvid.com/watch/Hhdu7lj1jOm, http://www.playvid.com/watch/8BEePgjEyOq, http://www.playvid.com/watch/vWjpj9iZnDY, http://www.playvid.com/watch/4MPjii5KNoq, http://www.playvid.com/watch/MOpJXYR4JHy, http://www.playvid.com/watch/Jv4ZNn8bijx, http://www.playvid.com/watch/s5JJeHJYR98, http://www.playvid.com/watch/tsvbg1OC5tt, http://www.playvid.com/watch/2K-eQM6EosU, http://www.playvid.com/watch/PlSV-7M09yX, http://www.playvid.com/watch/Btoqjt2Vh8q, http://www.playvid.com/watch/kkR1eCb6DsO, http://www.playvid.com/watch/6MJhJwxNIs8, http://www.playvid.com/watch/kRYx9C2uGxN, http://www.playvid.com/watch/VfSi1tnAGsW, http://www.playvid.com/watch/6HUy3fxmoOt, http://www.playvid.com/watch/ILpOtPatNen, http://www.playvid.com/watch/kvFOyLpPatU, http://www.playvid.com/watch/cfwpiO0ddrN, http://www.playvid.com/watch/KKqCgy5-Vbv, http://www.playvid.com/watch/p5mpUowipMV, http://www.playvid.com/watch/ziNMoKI1wkT, http://www.playvid.com/watch/d1X4QeThZkR, http://www.playvid.com/watch/nmE-yDo8hKP, http://www.playvid.com/watch/gdFLTehMOA0, http://www.playvid.com/watch/Nq7BMIGDZGC, http://www.playvid.com/watch/AemJSCxxcul, http://www.playvid.com/watch/kug_LG_nsPz, http://www.playvid.com/watch/P47digbTXmS, http://www.playvid.com/watch/6guikEKPxjI, http://www.playvid.com/watch/mX6Sz0nrSvD, http://www.playvid.com/watch/U1KlAeTrz0j, http://www.playvid.com/watch/eOHvuJX34Zx, http://www.playvid.com/watch/v_XtiCSDRgx, http://www.playvid.com/watch/IgcqCgu6dDL, http://www.playvid.com/watch/w6GqajN2wwZ, http://www.playvid.com/watch/mqcKM71ybw5, http://www.playvid.com/watch/zrQ-x7JDGGk, http://www.playvid.com/watch/qS_avWHSaIv, http://www.playvid.com/watch/HoWYXVKFvty, http://www.playvid.com/watch/sL8Et1JkvnA, http://www.playvid.com/watch/n2EfqMadcZA, http://www.playvid.com/watch/eA7HL0H8XUA, http://www.playvid.com/watch/of9bXc4dFNw, http://www.playvid.com/watch/2aonXVJ5v9p, http://www.playvid.com/watch/yYZW4lvm91q, http://www.playvid.com/watch/46DYIRxoYrJ, http://www.playvid.com/watch/K9HpzWV5Vf5, http://www.playvid.com/watch/zEHRuWdPeVl, http://www.playvid.com/watch/mLyTTxIYFkZ, http://www.playvid.com/watch/uxXn-Ss-PH3, http://www.playvid.com/watch/7KVcwk9lJ_E, http://www.playvid.com/watch/jBCbUI7aezC, http://www.playvid.com/watch/hGaD7fgoZaB, http://www.playvid.com/watch/pBsFk7W_eIu, http://www.playvid.com/watch/SubelVpdNGU, http://www.playvid.com/watch/E9CWK0-cTJX, http://www.playvid.com/watch/RewKHrRCyjt, http://www.playvid.com/watch/BRTK0X1agIa, http://www.playvid.com/watch/y0-ukC8Wx06, http://www.playvid.com/watch/WKKhex8INzS, http://www.playvid.com/watch/OyAQPwebJDl, http://www.playvid.com/watch/k_VvzRbf7NA, http://www.playvid.com/watch/59ASk7PRiA2, http://www.playvid.com/watch/IIfM5fBMOKl, http://www.playvid.com/watch/VVGkIFbOlDm, http://www.playvid.com/watch/fIBTcxHa5mz, http://www.playvid.com/watch/9i9g3Q0ehIt, http://www.playvid.com/watch/smf_o8fDvux, http://www.playvid.com/watch/WzQ7yNoI2Qu, http://www.playvid.com/watch/T-Gk8cGlzpU, http://www.playvid.com/watch/rjmNEvmzSmu, http://www.playvid.com/watch/YVYGYr2QUV4, http://www.playvid.com/watch/3acZMV7e0gZ, http://www.playvid.com/watch/gh6UnSeQJCg, http://www.playvid.com/watch/brt2CpBybjH, http://www.playvid.com/watch/vnDOMMyKDXT, http://www.playvid.com/watch/mjJc9PU9_NJ, http://www.playvid.com/watch/7fQDByUacp8, http://www.playvid.com/watch/e4-TZJ7tDuz, http://www.playvid.com/watch/y24iDn6bmAH, http://www.playvid.com/watch/Y7V9m8GGEtG,

http://www.playvid.com/watch/eJS85KTALWC, http://www.playvid.com/watch/YrdDmhapHZG, http://www.playvid.com/watch/035o_uBaRQm,
http://www.playvid.com/watch/ic-qnAUE3Kt, http://www.playvid.com/watch/mItwoLsyN-b, http://www.playvid.com/watch/c3wmDTd7tLt,
http://www.playvid.com/watch/qgqOc3SCYi3, http://www.playvid.com/watch/sgKgCc2w22w, http://www.playvid.com/watch/YEZGRjKs4RX,
http://www.playvid.com/watch/XN64BmF8cut, http://www.playvid.com/watch/P5yvELQPe0z, http://www.playvid.com/watch/Q2XQvmBQWNa,
http://www.playvid.com/watch/e6LWaguRLpe, http://www.playvid.com/watch/VCK3G-p-Ffn, http://www.playvid.com/watch/UJwmN7yOFtJ,
http://www.playvid.com/watch/bJh-xJNM0vq, http://www.playvid.com/watch/67KTr8ZRag9, http://www.playvid.com/watch/4YeMgMYcUgy,
http://www.playvid.com/watch/EXWK6ulhQgc, http://www.playvid.com/watch/hp4EmjYR73R, http://www.playvid.com/watch/LJIOP0ht5AP,
http://www.playvid.com/watch/6zmU8vsTUNI, http://www.playvid.com/watch/jcRXIFXAAoZ, http://www.playvid.com/watch/V9goseOEbMo,
http://www.playvid.com/watch/iYr7G-MRPyv, http://www.playvid.com/watch/Hxhk2VuWVe4, http://www.playvid.com/watch/hA3s4mEOptp,
http://www.playvid.com/watch/fhCNCE2fbv4, http://www.playvid.com/watch/6O5BKpzMwOu, http://www.playvid.com/watch/8JV9PuZyb9N,
http://www.playvid.com/watch/KnwUxlXl31e, http://www.playvid.com/watch/FAxUVrsapS0, http://www.playvid.com/watch/QWuFh3kPP0z,
http://www.playvid.com/watch/JoVXf6yNCVW, http://www.playvid.com/watch/ULW8MTr0TJn, http://www.playvid.com/watch/OQZ0iSWrlUb,
http://www.playvid.com/watch/Qx_lVCwD8sB, http://www.playvid.com/watch/lL61M3V-uQp, http://www.playvid.com/watch/9GfiMa2WVhs,
http://www.playvid.com/watch/LyGv5CH2r8z, http://www.playvid.com/watch/yxf4O05xniA, http://www.playvid.com/watch/FWHSLDHOJzv,
http://www.playvid.com/watch/CSycZY8tUW2, http://www.playvid.com/watch/fvh0D-rki9I, http://www.playvid.com/watch/fufy7vbJAra,
http://www.playvid.com/watch/48Z883g87jK, http://www.playvid.com/watch/Idk4Un0NBlQ, http://www.playvid.com/watch/bS9CJWpSC3Y,
http://www.playvid.com/watch/9S7EtCdacYD, http://www.playvid.com/watch/h2cIDh9daE4, http://www.playvid.com/watch/7xger1gmxgX,
http://www.playvid.com/watch/HhCDJ-7I_SW, http://www.playvid.com/watch/wK8xSj2T9lz, http://www.playvid.com/watch/60AO0ZpKxp4,
http://www.playvid.com/watch/JoB5LHthltL, http://www.playvid.com/watch/LeoSLkTzU-f, http://www.playvid.com/watch/UDGmp0Hk8vn,
http://www.playvid.com/watch/huKFJuZWABI, http://www.playvid.com/watch/cP_6uq29Qgp, http://www.playvid.com/watch/gwyzYAH5c7G,
http://www.playvid.com/watch/45yxKA1CmlJ, http://www.playvid.com/watch/eKhdcYfsDoJ, http://www.playvid.com/watch/a-xUlhDDllF,
http://www.playvid.com/watch/FCNdG85lkEF, http://www.playvid.com/watch/eW7m0xjJQJM, http://www.playvid.com/watch/XIcUxEwudyP,
http://www.playvid.com/watch/4A6-fRtYxum, http://www.playvid.com/watch/TTeEOyrsOrV, http://www.playvid.com/watch/fy6Wr2kzo9V,
http://www.playvid.com/watch/k-sFZ6Kauj6, http://www.playvid.com/watch/JLfOZIEm8Rw, http://www.playvid.com/watch/boT0_ZJWWpK,
http://www.playvid.com/watch/hF8HRgp4q8w, http://www.playvid.com/watch/7HkRQGHW9RQ, http://www.playvid.com/watch/gjrS1fjbHnY,
http://www.playvid.com/watch/Yg8Vjfwy45H, http://www.playvid.com/watch/LuD_Ablll_S, http://www.playvid.com/watch/SqzDvZKEkiE,
http://www.playvid.com/watch/QujsohUHce4, http://www.playvid.com/watch/8SAcsdsSztp, http://www.playvid.com/watch/XkuZcvj99uA,
http://www.playvid.com/watch/DEwVzDteuTa, http://www.playvid.com/watch/PfTPqAAnAL5, http://www.playvid.com/watch/lET99YcGEQv,
http://www.playvid.com/watch/5R4jV32rzLG, http://www.playvid.com/watch/Z80-zzH5w4S
5.f. Date of third notice: 2015-10-13 17:09:32
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bonjur
5.b. Uploader's email address: sadebiol@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bonjur
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4HtQkL0FoVj, http://www.playvid.com/watch/Jvj99XdR42W,
http://www.playvid.com/watch/ulUrJl-yBCv, http://www.playvid.com/watch/P3GoXCmOInv, http://www.playvid.com/watch/syIvIjII4rO,
http://www.playvid.com/watch/5SEDg0nUFIG, http://www.playvid.com/watch/Fg6oPtrY6jp, http://www.playvid.com/watch/gqo6mahwzS8,
http://www.playvid.com/watch/RLEFMuX2-Ah, http://www.playvid.com/watch/nE5QNEtaM7j, http://www.playvid.com/watch/nWsplcMv8XV,
http://www.playvid.com/watch/O7qM7gQWY5Z, http://www.playvid.com/watch/qkplexSW-d4, http://www.playvid.com/watch/7oBD4USRc7y,
http://www.playvid.com/watch/irBhtdN57Di, http://www.playvid.com/watch/DfSxbQPVduY, http://www.playvid.com/watch/fHKtWKsM0fF,
http://www.playvid.com/watch/QXxZnIIJLYO, http://www.playvid.com/watch/Fn8N5wquAU5, http://www.playvid.com/watch/PhFL6vE2T5j,
http://www.playvid.com/watch/ojhMCZKJ6uP, http://www.playvid.com/watch/4bbH4kWsjD7, http://www.playvid.com/watch/HGNbx4FERgR,
http://www.playvid.com/watch/jnhFMl5pBJ8, http://www.playvid.com/watch/DWF5nQB2Oso, http://www.playvid.com/watch/vQBX8rUTPpb,
http://www.playvid.com/watch/7jxtNf537on, http://www.playvid.com/watch/rhuLhCCa3e0, http://www.playvid.com/watch/FMfWVbrBhuC,
http://www.playvid.com/watch/SdM5LQb-W4x, http://www.playvid.com/watch/8c3SPrdZp9l, http://www.playvid.com/watch/HFxaYTRUKt7,
http://www.playvid.com/watch/-d-8WAJzI4s, http://www.playvid.com/watch/tPpLUVWn0kO, http://www.playvid.com/watch/KdbYnROIGzx,
http://www.playvid.com/watch/uRhFE2FGb7v, http://www.playvid.com/watch/zMdj4-2uGTQ, http://www.playvid.com/watch/BogQr20AtvK,
http://www.playvid.com/watch/lwt6uLkMqLD, http://www.playvid.com/watch/s7Vfioco3jq, http://www.playvid.com/watch/ti6k9Zn4G0v,
http://www.playvid.com/watch/Jqcdr5NK4a5, http://www.playvid.com/watch/GV0UUlOMULM, http://www.playvid.com/watch/rHJFfmzekqG,
http://www.playvid.com/watch/NiQdz2b74dY, http://www.playvid.com/watch/aKfCRbFPpeL, http://www.playvid.com/watch/kx-2OzDbull,
http://www.playvid.com/watch/Ro-t9bpweoJ, http://www.playvid.com/watch/2-jk6s9xg70, http://www.playvid.com/watch/798ankqByVr,
http://www.playvid.com/watch/sxg9f0WASQs, http://www.playvid.com/watch/JrVT9lUlk9W, http://www.playvid.com/watch/-Dsi5FMBqqD,
http://www.playvid.com/watch/oXH9P2uYsEf, http://www.playvid.com/watch/8-8haph4pty, http://www.playvid.com/watch/4ZDdsSKIb3N,
http://www.playvid.com/watch/Wu8cLqLNIMX, http://www.playvid.com/watch/TodbDRyG7Tl, http://www.playvid.com/watch/avirqOh936w,
http://www.playvid.com/watch/9jCDt5BGZei, http://www.playvid.com/watch/uSx2xijf5mh, http://www.playvid.com/watch/UQmCtWUXf6I,
http://www.playvid.com/watch/dOJv8uT3kMW, http://www.playvid.com/watch/4kqz-SZKkOq, http://www.playvid.com/watch/l6LNUyvMu7a,
http://www.playvid.com/watch/6WYktAuxlI7, http://www.playvid.com/watch/RAlJU5QJgqW, http://www.playvid.com/watch/0TLzxCglbce,
http://www.playvid.com/watch/wZNJWgXBWTK, http://www.playvid.com/watch/QG0GljqlGwu, http://www.playvid.com/watch/-Xpik-vbaKd,
http://www.playvid.com/watch/qACiqCELDFA, http://www.playvid.com/watch/Shmyu34zH6W, http://www.playvid.com/watch/LiScceNNnRI,
http://www.playvid.com/watch/eTTyDVvtOGR, http://www.playvid.com/watch/gYDX4rgYiu8, http://www.playvid.com/watch/Ss-KFz7LyQI,
http://www.playvid.com/watch/WRCadIfvQal, http://www.playvid.com/watch/0mLq5qlcI5J, http://www.playvid.com/watch/DXkycJ5ORh2,
http://www.playvid.com/watch/UxkvmgbZjfZ, http://www.playvid.com/watch/9Iq3eAmVyPV, http://www.playvid.com/watch/wsqLvZpNLne,
http://www.playvid.com/watch/5BR9nqlkdGT, http://www.playvid.com/watch/cvZDmjlyYD7, http://www.playvid.com/watch/uowuTe6nhyv,
http://www.playvid.com/watch/jg9HtAQsTFC, http://www.playvid.com/watch/dkdkav3-4H6, http://www.playvid.com/watch/NTMYpSaqsfw,
http://www.playvid.com/watch/NY-HdBOC4nc, http://www.playvid.com/watch/oqh8unb47uQ, http://www.playvid.com/watch/pAJp0FinMM6,
http://www.playvid.com/watch/vbPwqnoc6uw, http://www.playvid.com/watch/Wzzgs5Gt4ps, http://www.playvid.com/watch/dA89IXcwCyc,
http://www.playvid.com/watch/KYeovoerEWC, http://www.playvid.com/watch/gEOGQgTeR8Q, http://www.playvid.com/watch/klnYf6nkl8H,
http://www.playvid.com/watch/pbX3G9-jcuA, http://www.playvid.com/watch/zLTQkRfVwKd, http://www.playvid.com/watch/96GJZzQIcFE,
http://www.playvid.com/watch/-dOQlxKSgdo, http://www.playvid.com/watch/9uQYwIp4fsw, http://www.playvid.com/watch/jiNOfBZQBRw,
http://www.playvid.com/watch/-bI7rVMJIjn, http://www.playvid.com/watch/dXzhnZjQWde, http://www.playvid.com/watch/762fulK0Apr,
http://www.playvid.com/watch/tAUjVcUyDTT, http://www.playvid.com/watch/h3roU6yIb-V, http://www.playvid.com/watch/PlCJc-0nkRR,
http://www.playvid.com/watch/IkGYKDgdkuv, http://www.playvid.com/watch/HAgezxqtLBS, http://www.playvid.com/watch/k0lIrIkdgYI,
http://www.playvid.com/watch/vnES3nYUnv8, http://www.playvid.com/watch/XXQhvMnhqXC, http://www.playvid.com/watch/acecT4lvZnZ
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bonus7
5.b. Uploader's email address: richikichiman@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bonus7
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VI7CQL8-EOh, http://www.playvid.com/watch/TlST6t7n6DG,
http://www.playvid.com/watch/6SouDxap34x, http://www.playvid.com/watch/uAZe-R1fySD, http://www.playvid.com/watch/nyDJslgwAXM,
http://www.playvid.com/watch/TY3Wn_0s4SS, http://www.playvid.com/watch/UQmIORNF7zS, http://www.playvid.com/watch/WUDz8Km3dQT,
http://www.playvid.com/watch/TcJi5oNTf_9, http://www.playvid.com/watch/uaRYVxVCEJc, http://www.playvid.com/watch/lizlgjKP7tY,
http://www.playvid.com/watch/ZI3hpuxp0X8, http://www.playvid.com/watch/TO0bKnndF-u, http://www.playvid.com/watch/EqhoW9OOlQY,
http://www.playvid.com/watch/YT9Tu9t-z7H, http://www.playvid.com/watch/yGnwPS2V_7S, http://www.playvid.com/watch/uYxfKh5PLCx,
http://www.playvid.com/watch/ad8Ig13PZVM, http://www.playvid.com/watch/DhAebQOSMC9, http://www.playvid.com/watch/Fo9Fmn5fZVA,
http://www.playvid.com/watch/bZFL0mOUI7K, http://www.playvid.com/watch/I1Ql8BCfufM, http://www.playvid.com/watch/e-WPziawMr4,
http://www.playvid.com/watch/IEs_3lEa1Hs, http://www.playvid.com/watch/b2guLAcOUnD, http://www.playvid.com/watch/em__BBc3PZV,
http://www.playvid.com/watch/ppWB9ouLTpp, http://www.playvid.com/watch/93IyMHKVq9h, http://www.playvid.com/watch/x-crMpE4sYI,
http://www.playvid.com/watch/NKIjPIsD2oo, http://www.playvid.com/watch/ncDKr0o-L_p, http://www.playvid.com/watch/tgylNQSnJ8T,
http://www.playvid.com/watch/ugrVwwbmXBv, http://www.playvid.com/watch/LMlW_X47ZBo, http://www.playvid.com/watch/7GMixplPUHi,
http://www.playvid.com/watch/M321xgSlA6E, http://www.playvid.com/watch/XOFH6csdSCJ, http://www.playvid.com/watch/o-jUfi1pl4J,
http://www.playvid.com/watch/TQqfG6-MVZQ, http://www.playvid.com/watch/IjENuxGwfh2, http://www.playvid.com/watch/2iyf9bRcMYr,
http://www.playvid.com/watch/hLLAYF7ULAl, http://www.playvid.com/watch/ooopDIqrj30, http://www.playvid.com/watch/iWBEbO8N5lB,
http://www.playvid.com/watch/nrO1r7xkloT, http://www.playvid.com/watch/UNs1cbxx3sB, http://www.playvid.com/watch/WMFAdEj9dp9,

http://www.playvid.com/watch/fsfvn5j1fiB, http://www.playvid.com/watch/u4orUip_8Vn, http://www.playvid.com/watch/VSusbC71ZMC,
http://www.playvid.com/watch/PLvAbgF7OJD, http://www.playvid.com/watch/Q5QwdhNqJkm, http://www.playvid.com/watch/zrKGr_lXuQn,
http://www.playvid.com/watch/rEJaQ1WKAWZ, http://www.playvid.com/watch/FZIgTX25X5s, http://www.playvid.com/watch/nWkOViKmSvz,
http://www.playvid.com/watch/g6GwfkfNtya, http://www.playvid.com/watch/vFEk6TPwnja, http://www.playvid.com/watch/AygY_xThBEp,
http://www.playvid.com/watch/c1McQivslm5, http://www.playvid.com/watch/M_1t5cYjnRg, http://www.playvid.com/watch/J9ouMmLpT98,
http://www.playvid.com/watch/7RXKhtlNm9U, http://www.playvid.com/watch/P3GfZnV84HT, http://www.playvid.com/watch/JfNx0nabBLH,
http://www.playvid.com/watch/iFhiNUEpARF, http://www.playvid.com/watch/FXUswN55-B7, http://www.playvid.com/watch/0ZSSne1mGpG,
http://www.playvid.com/watch/8kTocLNwjX6, http://www.playvid.com/watch/l-WMXzumCpY, http://www.playvid.com/watch/oxFI3rC_2ml,
http://www.playvid.com/watch/H7uO4T6ey7i, http://www.playvid.com/watch/ffR7BwxInO2, http://www.playvid.com/watch/UiIS66d8_Pc,
http://www.playvid.com/watch/QSqemVuSn_Z, http://www.playvid.com/watch/4sE-010su2D, http://www.playvid.com/watch/7cawUIIm7XI,
http://www.playvid.com/watch/E34ZkfF1nAZ, http://www.playvid.com/watch/LkOqHXyzZLw, http://www.playvid.com/watch/q5O-HxPVPIY,
http://www.playvid.com/watch/PGKW578k_FR, http://www.playvid.com/watch/MZd7xgCXEn3, http://www.playvid.com/watch/d2ODmc_ep_v,
http://www.playvid.com/watch/2bzhneRO9DY, http://www.playvid.com/watch/W53iZnFmHfO, http://www.playvid.com/watch/iNC7TMjxO6Y,
http://www.playvid.com/watch/nmfpWcaEV0Z, http://www.playvid.com/watch/weHEOgrT5ZI, http://www.playvid.com/watch/DNf-urxD77O,
http://www.playvid.com/watch/GF7NVX0fhuG, http://www.playvid.com/watch/G5GHsGC-Fbd, http://www.playvid.com/watch/TcGYCvpr6c2,
http://www.playvid.com/watch/LMV-4965HWF, http://www.playvid.com/watch/yCIoaUZaJLU, http://www.playvid.com/watch/3VJUTqWWnxu,
http://www.playvid.com/watch/5eQUMlcMcnM, http://www.playvid.com/watch/Vq1pDda5HVN, http://www.playvid.com/watch/cc8p7Qt-c16,
http://www.playvid.com/watch/VjPkmCwdF5U, http://www.playvid.com/watch/6BcnPIVBucM, http://www.playvid.com/watch/WVF4suGdKVe,
http://www.playvid.com/watch/dacF7UzUzOq, http://www.playvid.com/watch/YPaqdwLfR4M, http://www.playvid.com/watch/I0JKge_Ddvj,
http://www.playvid.com/watch/THCtZKBL39l, http://www.playvid.com/watch/e0Gfgb3lZZS, http://www.playvid.com/watch/hUsZC1vnj7s,
http://www.playvid.com/watch/Jgq_mf7FmNf, http://www.playvid.com/watch/dPEPSVyepFk, http://www.playvid.com/watch/8Kwlc48O_s2,
http://www.playvid.com/watch/PX8AO_lxtFr, http://www.playvid.com/watch/ivQ-cgkpShE, http://www.playvid.com/watch/4psdut0H8Ai,
http://www.playvid.com/watch/fLZw2nqRZAD, http://www.playvid.com/watch/zr6MzpACyVj, http://www.playvid.com/watch/qNKDTbMrg_e,
http://www.playvid.com/watch/Dv4Cjz2hzEJ, http://www.playvid.com/watch/BgrYhiL8HhX, http://www.playvid.com/watch/gJn7XuYUWJy,
http://www.playvid.com/watch/aG49Op4RvQo, http://www.playvid.com/watch/OYuSFSC3mMx, http://www.playvid.com/watch/M3RJlJqsGdJ,
http://www.playvid.com/watch/WN9HoUCjIXJ, http://www.playvid.com/watch/noPB6kR7m0p, http://www.playvid.com/watch/YA29yFjEvDf,
http://www.playvid.com/watch/VT46LJNDTm4, http://www.playvid.com/watch/6-l-Tofunjo, http://www.playvid.com/watch/rXRZhyFbdlB,
http://www.playvid.com/watch/CQpLQDliLn0, http://www.playvid.com/watch/VbQlsSN07eq, http://www.playvid.com/watch/dfgaFY9EWg9,
http://www.playvid.com/watch/qRc9HCda3ya, http://www.playvid.com/watch/oyyPapcauXt, http://www.playvid.com/watch/jOEPu7HGH5J,
http://www.playvid.com/watch/CFovcc3i3xs, http://www.playvid.com/watch/GKsL8h1zkkS, http://www.playvid.com/watch/uFNqLfm0d4E,
http://www.playvid.com/watch/3f_3WyBJtPG, http://www.playvid.com/watch/at5q943MlVY, http://www.playvid.com/watch/wp46MQlPQik,
http://www.playvid.com/watch/UMQRTd7dfuK, http://www.playvid.com/watch/07wS-T0C6P5, http://www.playvid.com/watch/2oL120TIkxV,
http://www.playvid.com/watch/khRp8zy6ELY, http://www.playvid.com/watch/VR-pEi_Ao42, http://www.playvid.com/watch/C5c-6-RUQhV,
http://www.playvid.com/watch/YjetI3D74DM, http://www.playvid.com/watch/cfYsXjgtmcc, http://www.playvid.com/watch/WcpogJ4rTI5,
http://www.playvid.com/watch/UqfQY80vcAf, http://www.playvid.com/watch/Y1Iuw536nzE, http://www.playvid.com/watch/o9bdlxkx3-c,
http://www.playvid.com/watch/oT2KD3SGH0G, http://www.playvid.com/watch/yxP5t4Nk2fH, http://www.playvid.com/watch/VqLZuWqMrO9,
http://www.playvid.com/watch/8S9Qo-4TbVI, http://www.playvid.com/watch/uM8UMkf9ZIQ, http://www.playvid.com/watch/bMhHPTN7DEL,
http://www.playvid.com/watch/cMZMQjjJgrZ, http://www.playvid.com/watch/QCeL2yg7XD6, http://www.playvid.com/watch/btc9-g4O7LN,
http://www.playvid.com/watch/qOnsxUhd7ur, http://www.playvid.com/watch/UTkzJEyxT7W, http://www.playvid.com/watch/d7XMaZK_DMf,
http://www.playvid.com/watch/cG5rSEV4u1i, http://www.playvid.com/watch/pWpLlBmMs8P, http://www.playvid.com/watch/nCwKBPBXrmd,
http://www.playvid.com/watch/0pfbgvXhqdq, http://www.playvid.com/watch/0RHtIQ_VvuW, http://www.playvid.com/watch/UxATiTfAked,
http://www.playvid.com/watch/ALL7Q0_N8tI, http://www.playvid.com/watch/QNNjgmxq3JO, http://www.playvid.com/watch/xkM2e4NUm5R,
http://www.playvid.com/watch/oAWzoBQV6su, http://www.playvid.com/watch/guj1aLNRv2A, http://www.playvid.com/watch/cIxG7JvE4mC,
http://www.playvid.com/watch/JJtViuKwNGv, http://www.playvid.com/watch/579XNc6bsKi, http://www.playvid.com/watch/lpYG_E3A2Hr,
http://www.playvid.com/watch/cGRCrVukUuu, http://www.playvid.com/watch/G_nFReKhEIr, http://www.playvid.com/watch/vyWAYua-fGe,
http://www.playvid.com/watch/yYIGTiFAjFu, http://www.playvid.com/watch/0kmLFS0GZyI, http://www.playvid.com/watch/wRBugXy1xT8,
http://www.playvid.com/watch/kRq_6nXR_EV, http://www.playvid.com/watch/G6TpWgF43Ul, http://www.playvid.com/watch/N8ggq1LIYH7,
http://www.playvid.com/watch/SedURuw2iMi, http://www.playvid.com/watch/kzFj2DSF0AM, http://www.playvid.com/watch/FHGAwdGfIzf,
http://www.playvid.com/watch/ltexVfs6x48, http://www.playvid.com/watch/pkcGwlH0A2y, http://www.playvid.com/watch/LpDhU-MT_Lx,
http://www.playvid.com/watch/h5b-vcj8mAp, http://www.playvid.com/watch/N82ExIQmCyZ, http://www.playvid.com/watch/rW0v6QKYkrC,
http://www.playvid.com/watch/Lk8Tv4GZOmu, http://www.playvid.com/watch/MCl3TL_f_dT, http://www.playvid.com/watch/fVt49ZO87n5,
http://www.playvid.com/watch/6Yoqx-vCTWt, http://www.playvid.com/watch/5sTdoiECVSr, http://www.playvid.com/watch/H_LVq2Sbz8h,
http://www.playvid.com/watch/YggIP7UyCjV, http://www.playvid.com/watch/wHeJqhM5D_G, http://www.playvid.com/watch/8JXtI5jsE0J,
http://www.playvid.com/watch/F2HudLW-cxO, http://www.playvid.com/watch/iuUKfdFeU3i, http://www.playvid.com/watch/Y07gWIde04z,
http://www.playvid.com/watch/R6-RZ0xAfkQ, http://www.playvid.com/watch/OZeaY3IbIt0, http://www.playvid.com/watch/cWZCXM5sK3H,
http://www.playvid.com/watch/AAY6nOz-tjh, http://www.playvid.com/watch/eIx8r9nvVjS, http://www.playvid.com/watch/KZ0Cp0kGvDc,
http://www.playvid.com/watch/RHMrmj4oF2U, http://www.playvid.com/watch/rgs9lANzTH5, http://www.playvid.com/watch/W2kw2LM0Ykl,
http://www.playvid.com/watch/tLxCz7dmnRS, http://www.playvid.com/watch/woyrcdVHvMe, http://www.playvid.com/watch/tVm4J3NTdEe,
http://www.playvid.com/watch/7vRnQjtfKYB, http://www.playvid.com/watch/szSiMqQOtu7, http://www.playvid.com/watch/io02JL_-P_h,
http://www.playvid.com/watch/SUSVXjwebjB, http://www.playvid.com/watch/oPXRqhr-j_b, http://www.playvid.com/watch/gvTpy0atWrw,
http://www.playvid.com/watch/6_1_Z4Me_HS, http://www.playvid.com/watch/Yc4K92vl4hj, http://www.playvid.com/watch/l7NCsNXUuIc,
http://www.playvid.com/watch/BLKaPGRLv_C, http://www.playvid.com/watch/64jcHAQhnjC, http://www.playvid.com/watch/N1ZPsMKPCyn,
http://www.playvid.com/watch/lQm1B2SZyMw, http://www.playvid.com/watch/dZr-LD6o4VD, http://www.playvid.com/watch/lzp3_aPeMAs,
http://www.playvid.com/watch/skDjL7Kbmgl, http://www.playvid.com/watch/ycTfzXmnnSQ, http://www.playvid.com/watch/Ki3y7HaPnAC,
http://www.playvid.com/watch/KxYqcxAN6tD, http://www.playvid.com/watch/HwnpvRbWmcK, http://www.playvid.com/watch/QdNAT6AuAEn,
http://www.playvid.com/watch/xlD0yTXDzc6, http://www.playvid.com/watch/sa0vAVcgpWe, http://www.playvid.com/watch/LY0VIf2cfbl,
http://www.playvid.com/watch/eZbarpfVq_d, http://www.playvid.com/watch/TsiUaM1Kv9j, http://www.playvid.com/watch/XzT_ClMhY8Z,
http://www.playvid.com/watch/VrPE60M5VfL, http://www.playvid.com/watch/lzrgq8afLsE, http://www.playvid.com/watch/Ba16Rk4D5Mt,
http://www.playvid.com/watch/PdXMt-Q40-J, http://www.playvid.com/watch/sknUaUanGqU, http://www.playvid.com/watch/OfzlA3n3kMJ,
http://www.playvid.com/watch/i3nI5YXIRom, http://www.playvid.com/watch/cRLDU0RVqdl, http://www.playvid.com/watch/bdGFbbSE8pz,
http://www.playvid.com/watch/tfFR2oSHr2n, http://www.playvid.com/watch/JJPCSFnawmV, http://www.playvid.com/watch/mcnj9dx9kDk,
http://www.playvid.com/watch/Yj8QPkzFEAV, http://www.playvid.com/watch/8oN13lumQZr, http://www.playvid.com/watch/rB3qpM5zIPZ,
http://www.playvid.com/watch/OyPX1JYZd2e, http://www.playvid.com/watch/zLXnnUjBPz8, http://www.playvid.com/watch/RG_0UIl-eaU,
http://www.playvid.com/watch/6ZvnZq14_Kv, http://www.playvid.com/watch/ZfQEzCXJ-Ic, http://www.playvid.com/watch/bqr4FhawM3G,
http://www.playvid.com/watch/S5jRWeJ2ezD, http://www.playvid.com/watch/G5-2mmVmAtM, http://www.playvid.com/watch/ysoE4xqxoo8,
http://www.playvid.com/watch/F8o2C0qzoih, http://www.playvid.com/watch/I6Ug7a565hk, http://www.playvid.com/watch/Dl-8Ccvv9Nr,
http://www.playvid.com/watch/B5tQ4Ki1jJN, http://www.playvid.com/watch/gBQj0FZ2yg2, http://www.playvid.com/watch/NYb1lJS98v8,
http://www.playvid.com/watch/KxDmYEvAmxR, http://www.playvid.com/watch/w6AtDIpRsvS, http://www.playvid.com/watch/DePbbQ9HU3p,
http://www.playvid.com/watch/9fArzQiSPHd, http://www.playvid.com/watch/9xK5ihdj7vY, http://www.playvid.com/watch/xcI6r9DR3WI,
http://www.playvid.com/watch/h_WbmcvV1Sx, http://www.playvid.com/watch/WdWBpjlCzWv, http://www.playvid.com/watch/8Wu4YFpoMHv,
http://www.playvid.com/watch/giARKj4zCDo, http://www.playvid.com/watch/lwatbYwhpHq, http://www.playvid.com/watch/zLVX1hadfwK,
http://www.playvid.com/watch/oZNG7SIlYhp, http://www.playvid.com/watch/mvPMD5_TKut, http://www.playvid.com/watch/o5PWLZAeVx8,
http://www.playvid.com/watch/xgpI7UvXgBN, http://www.playvid.com/watch/wKyMk_au1oV, http://www.playvid.com/watch/n49q5ndsASs,
http://www.playvid.com/watch/UJZRj6xblrJ, http://www.playvid.com/watch/aHSRg2JFtbT, http://www.playvid.com/watch/UAE14ISu50o,
http://www.playvid.com/watch/TkuiJgocDxy, http://www.playvid.com/watch/FpQqZh0ddR3, http://www.playvid.com/watch/wAS2gGgL-7F,
http://www.playvid.com/watch/wB7WHrsRrb7, http://www.playvid.com/watch/wzcsxxtvBdi, http://www.playvid.com/watch/Q10qUUbzUCm,
http://www.playvid.com/watch/lMBBcTOSG6P, http://www.playvid.com/watch/Kqz6tNJnSOE, http://www.playvid.com/watch/PbRNuvqfUwp,
http://www.playvid.com/watch/29uEyOr4RMA, http://www.playvid.com/watch/rpuIj35liu2, http://www.playvid.com/watch/cDgYuxagOP2,
http://www.playvid.com/watch/YxguQrjH9-7, http://www.playvid.com/watch/fJDJ7bldIRo, http://www.playvid.com/watch/V5b4TgP4den,
http://www.playvid.com/watch/3TGRCqfIf0s, http://www.playvid.com/watch/JZjQ1-S4Nqy, http://www.playvid.com/watch/voadg9QFuSS,
http://www.playvid.com/watch/8kPQuCo0OJ3, http://www.playvid.com/watch/zM_qCJebbjj, http://www.playvid.com/watch/IE5YmQAHoT0,
http://www.playvid.com/watch/MKyRgd6VMVj, http://www.playvid.com/watch/KHMo28E7R1l, http://www.playvid.com/watch/3lX274fIn4g,
http://www.playvid.com/watch/a3n_1IZec7L, http://www.playvid.com/watch/zdybIBGUPwW, http://www.playvid.com/watch/9QEaSOkq4eq,
http://www.playvid.com/watch/TrrvPn3umBK, http://www.playvid.com/watch/nlgQBlnGaGV, http://www.playvid.com/watch/ZTeNXezQ542,
http://www.playvid.com/watch/91FToM7mhir, http://www.playvid.com/watch/L35yf2VrZGf, http://www.playvid.com/watch/L9f60lW9aJ2,
http://www.playvid.com/watch/JcPc9YJNs1i, http://www.playvid.com/watch/WLoPmPCx4en, http://www.playvid.com/watch/yTd1bzQBI-p,

http://www.playvid.com/watch/wsd-dlXdYEJ, http://www.playvid.com/watch/w7RXY4fPPcK, http://www.playvid.com/watch/Dy4owI0h3HF,
http://www.playvid.com/watch/bXjCbDXEJB9, http://www.playvid.com/watch/ZA93dMVMxnE, http://www.playvid.com/watch/i3uZQsvo25Z,
http://www.playvid.com/watch/rwJVgxL_V3L, http://www.playvid.com/watch/Nofxyvy2Ts8, http://www.playvid.com/watch/cQoJGMnXtBz,
http://www.playvid.com/watch/Tpb-V66K-js, http://www.playvid.com/watch/fT8EFIigNyt, http://www.playvid.com/watch/J4ypHA16v8d,
http://www.playvid.com/watch/Eu5baogRPxX, http://www.playvid.com/watch/p6fkGNm1Bcv, http://www.playvid.com/watch/XPZasHblLgo,
http://www.playvid.com/watch/E3EGq_zkSQO, http://www.playvid.com/watch/NNpG0cwKhTm, http://www.playvid.com/watch/bDn6D7x9yUF,
http://www.playvid.com/watch/nWndQ691Zqx, http://www.playvid.com/watch/v15B0KHRQpf, http://www.playvid.com/watch/2qaFXd8Cvjs,
http://www.playvid.com/watch/fGMVmKoPAfO, http://www.playvid.com/watch/Z8Wnn3rOvkZ, http://www.playvid.com/watch/XIBVUum6S0K,
http://www.playvid.com/watch/FsxQCzvVPHq, http://www.playvid.com/watch/SmHC9JqXoXl, http://www.playvid.com/watch/VQk3Em0q-eR,
http://www.playvid.com/watch/ubgBkygEG-2, http://www.playvid.com/watch/j7_tH5AHE3j, http://www.playvid.com/watch/8GCqxoVIx0n,
http://www.playvid.com/watch/SXUDgJhuYl6, http://www.playvid.com/watch/GQDCQ3YVJVl, http://www.playvid.com/watch/bxr9jcj6GqO,
http://www.playvid.com/watch/aa25yLOJ54n, http://www.playvid.com/watch/T10AvT0fZfB, http://www.playvid.com/watch/fpSvXktWxKQ,
http://www.playvid.com/watch/U12mUPBojGz, http://www.playvid.com/watch/k1Y0KzDPD4F, http://www.playvid.com/watch/hZ2VJ8SD0Jv,
http://www.playvid.com/watch/3uDLtqGZDcE, http://www.playvid.com/watch/QWLujYO4yY4, http://www.playvid.com/watch/vU0ceLGNQlH,
http://www.playvid.com/watch/0tiCJspXA60, http://www.playvid.com/watch/key3u3opqr3, http://www.playvid.com/watch/7bgZ3SYbWSa,
http://www.playvid.com/watch/uj9TWHpwfe5, http://www.playvid.com/watch/CI65ruBLRxo, http://www.playvid.com/watch/fmZoYu_h35K,
http://www.playvid.com/watch/Jqw93UjUavp, http://www.playvid.com/watch/PLDxGXM8LLn, http://www.playvid.com/watch/iiMWLJ_s750,
http://www.playvid.com/watch/bsVjBSnVx-q, http://www.playvid.com/watch/4zeKZXxK5Tu, http://www.playvid.com/watch/Svawzo4Aqvg,
http://www.playvid.com/watch/zNhl2sUBZ2X, http://www.playvid.com/watch/UDpq9vsof4w, http://www.playvid.com/watch/FHeKJ3-Wf2l,
http://www.playvid.com/watch/JdudkQnVZG2, http://www.playvid.com/watch/xcvmahLEJLI, http://www.playvid.com/watch/KeL8prGarrJ,
http://www.playvid.com/watch/lkCdbHsq-CV, http://www.playvid.com/watch/Yzu3WWZl612, http://www.playvid.com/watch/G3YNCgqorTS,
http://www.playvid.com/watch/u8TXXMJna-q, http://www.playvid.com/watch/nquQaTKiPj7, http://www.playvid.com/watch/8CUyVb2LCVP,
http://www.playvid.com/watch/kX6u8EBIP_9, http://www.playvid.com/watch/RMsHLU5D43l, http://www.playvid.com/watch/f9dz9f-gv2U,
http://www.playvid.com/watch/YQKqT08Eezu, http://www.playvid.com/watch/lX-4O_WZVqe, http://www.playvid.com/watch/G8fLkexw_Am,
http://www.playvid.com/watch/b_Njnq2mJdY, http://www.playvid.com/watch/ObGO-2E6mTO, http://www.playvid.com/watch/7G0E_I_4lb2,
http://www.playvid.com/watch/SUMEdm8hrUO, http://www.playvid.com/watch/hMUZ3YGErsh, http://www.playvid.com/watch/BDpTkc4xs3I,
http://www.playvid.com/watch/pX1MFkUrqCz, http://www.playvid.com/watch/dCv2OIeu_-w, http://www.playvid.com/watch/Rw96Q7Do8PU,
http://www.playvid.com/watch/zXuQSSoPou8, http://www.playvid.com/watch/id8q2--fY3W, http://www.playvid.com/watch/etebpvppfIs,
http://www.playvid.com/watch/04p2EMsdcOs, http://www.playvid.com/watch/U70ghlFN4Nz, http://www.playvid.com/watch/FylGw-5nxMd,
http://www.playvid.com/watch/jYxL63Lq-nV, http://www.playvid.com/watch/txy4j3JywLy, http://www.playvid.com/watch/rCffYmVt7HL,
http://www.playvid.com/watch/oWqZP_j-Cvo, http://www.playvid.com/watch/opuJR4rPyBx, http://www.playvid.com/watch/x9GvNqTC8iu,
http://www.playvid.com/watch/Rf4W2Xq5r6c, http://www.playvid.com/watch/NhNWglu3M4k, http://www.playvid.com/watch/kKyrmz7Fo6p,
http://www.playvid.com/watch/IJcpoNkE5Kq, http://www.playvid.com/watch/RssSvHLIphZ, http://www.playvid.com/watch/xjyJjX0MadK,
http://www.playvid.com/watch/s0s-K37ADcA, http://www.playvid.com/watch/e0bGUw9NaeB, http://www.playvid.com/watch/w6ZpSWlw3JG,
http://www.playvid.com/watch/L97T7Ptkdem, http://www.playvid.com/watch/72Qg4xRw0fJ, http://www.playvid.com/watch/aLzu7qw31Lo,
http://www.playvid.com/watch/9nVY7j3kjk4, http://www.playvid.com/watch/NNPhtqWz7Ib, http://www.playvid.com/watch/bcW5F5CQYpa,
http://www.playvid.com/watch/GneifqmRfKk, http://www.playvid.com/watch/gGdTP9PkM1a, http://www.playvid.com/watch/tS6yYygm83e,
http://www.playvid.com/watch/iKWko-aH1jj, http://www.playvid.com/watch/iJeLhHPT9ls, http://www.playvid.com/watch/vOeyfiu71EG,
http://www.playvid.com/watch/BpewSoSNBVs, http://www.playvid.com/watch/3K9RbTCJd0X, http://www.playvid.com/watch/K5sX0B6SfZF,
http://www.playvid.com/watch/cwTcSzRfc9p, http://www.playvid.com/watch/aiBlNvV48oL, http://www.playvid.com/watch/sr2Xtf3KyPz,
http://www.playvid.com/watch/y1DYqakvHFO, http://www.playvid.com/watch/yG7xhiexBzC, http://www.playvid.com/watch/M8lf5a3NZ1g,
http://www.playvid.com/watch/HmleEtY79RT, http://www.playvid.com/watch/U8iHbdS7fHI, http://www.playvid.com/watch/YjRZfO2ZJWd,
http://www.playvid.com/watch/NzEQvxGjyzr, http://www.playvid.com/watch/zYLMRBSgNfc, http://www.playvid.com/watch/duGk2RvwbYN,
http://www.playvid.com/watch/INb8rkQHY-l, http://www.playvid.com/watch/odGTE_Wm0JA, http://www.playvid.com/watch/pg3LZYASamA,
http://www.playvid.com/watch/DG6Y05Fjwdu, http://www.playvid.com/watch/itjmUqG4p6c, http://www.playvid.com/watch/RDzxYIpGI_l,
http://www.playvid.com/watch/qPuuxHzWhTz, http://www.playvid.com/watch/cplRVtYKnLW, http://www.playvid.com/watch/JARFL-kc8Vc,
http://www.playvid.com/watch/0j8BtnYvFKH, http://www.playvid.com/watch/yfJpFiOYDuF, http://www.playvid.com/watch/5AA-7MQTshD,
http://www.playvid.com/watch/fxZUnNs_QIS, http://www.playvid.com/watch/O6DNwnSOOpA, http://www.playvid.com/watch/vPgVcK5vBft,
http://www.playvid.com/watch/ae6Zi8rf_-K, http://www.playvid.com/watch/ya7vbWe4P88, http://www.playvid.com/watch/69QL4V3QTxg,
http://www.playvid.com/watch/W-k_0TA12IU, http://www.playvid.com/watch/6XsjTZ1fIv7, http://www.playvid.com/watch/LrzWA-1KI8h,
http://www.playvid.com/watch/GdR5Gzkfbio, http://www.playvid.com/watch/3FoiIe1pyoq, http://www.playvid.com/watch/Xuchq2FqfIL,
http://www.playvid.com/watch/eRx-SJxk_Fx, http://www.playvid.com/watch/RTFSIRSUN0v, http://www.playvid.com/watch/ta3YzKoMnWU,
http://www.playvid.com/watch/vNzth2IEUlf, http://www.playvid.com/watch/GwxIP1etk4z, http://www.playvid.com/watch/Av69SCEtZFK,
http://www.playvid.com/watch/OsspIzFgyr3, http://www.playvid.com/watch/BTL1--IXqSk, http://www.playvid.com/watch/BHjmsFczn08,
http://www.playvid.com/watch/OSZ50NULwrY, http://www.playvid.com/watch/wVZDVTNuCwl, http://www.playvid.com/watch/5mSLosQL78w,
http://www.playvid.com/watch/ZFEshWzUCH6, http://www.playvid.com/watch/N_9nb0zEw1I, http://www.playvid.com/watch/Wyf1sUDCTsP,
http://www.playvid.com/watch/coITV786F9l, http://www.playvid.com/watch/tKb7AmmuMqH, http://www.playvid.com/watch/6JFJo06J184,
http://www.playvid.com/watch/c7WVZRteF2T, http://www.playvid.com/watch/zrb2cMYZ49y, http://www.playvid.com/watch/21GWoqg7-m2,
http://www.playvid.com/watch/59pWnN_Ly_m, http://www.playvid.com/watch/4w0CxKWLAGf, http://www.playvid.com/watch/Xaea7BYBoDF,
http://www.playvid.com/watch/8hv8THQkHhv, http://www.playvid.com/watch/BQJfAoG4lDV, http://www.playvid.com/watch/fhfy-zj0udg,
http://www.playvid.com/watch/jRTsF5UlQwD, http://www.playvid.com/watch/DGXiU4nuntf, http://www.playvid.com/watch/ohJEIwkTr9R,
http://www.playvid.com/watch/E-H--PcoC-c, http://www.playvid.com/watch/uoWn9rC1bRl, http://www.playvid.com/watch/TOTURHYsN4z,
http://www.playvid.com/watch/oE0k9DdyGf2, http://www.playvid.com/watch/kKM2AGL1_-U, http://www.playvid.com/watch/J_htQnOQvJC,
http://www.playvid.com/watch/H8DtG3sw3Vf, http://www.playvid.com/watch/KzmRMNP2CeN, http://www.playvid.com/watch/7rZfp-fuf9s,
http://www.playvid.com/watch/jXYidavKM02, http://www.playvid.com/watch/pkWl_Z4pQKf, http://www.playvid.com/watch/5EH9HyFJqvQ,
http://www.playvid.com/watch/pn1sAKYbtEH, http://www.playvid.com/watch/0k2PJQzAciS, http://www.playvid.com/watch/vizz4yOSmXL,
http://www.playvid.com/watch/7YgTjpxd0kG, http://www.playvid.com/watch/tCzckUY_tTh, http://www.playvid.com/watch/Y1jSFeDwb-v,
http://www.playvid.com/watch/tVSkUnqGcZh, http://www.playvid.com/watch/H2W9aYCBLbI, http://www.playvid.com/watch/6gaUDe4v4UI,
http://www.playvid.com/watch/UCp9x6JFnCY, http://www.playvid.com/watch/Im0qZ7GwHqM, http://www.playvid.com/watch/FfNeTEjAMI3,
http://www.playvid.com/watch/cwBakDnPFHm, http://www.playvid.com/watch/F-brfqNzNin, http://www.playvid.com/watch/V_gCStNA_wr,
http://www.playvid.com/watch/lvD3ctG0OOL, http://www.playvid.com/watch/eazoG94yfbo, http://www.playvid.com/watch/GxgJO68RueP,
http://www.playvid.com/watch/j-pRGKV49Nv, http://www.playvid.com/watch/q4P4KVIPwfs, http://www.playvid.com/watch/vnL2jaoZWla,
http://www.playvid.com/watch/Y6tNBR6crPD, http://www.playvid.com/watch/7b9_yD90kGt, http://www.playvid.com/watch/BRqZ_sCF9TZ,
http://www.playvid.com/watch/hP8uXuJ8L_O, http://www.playvid.com/watch/gWba4ZVkVs8, http://www.playvid.com/watch/2ChUx60mIdn,
http://www.playvid.com/watch/Sp085NcNeeE, http://www.playvid.com/watch/qLhFpNbCmWZ, http://www.playvid.com/watch/zGxswpePpld,
http://www.playvid.com/watch/TWpJMqVRMdZ, http://www.playvid.com/watch/VuRvbKUp_c6, http://www.playvid.com/watch/vRiOV54U01w,
http://www.playvid.com/watch/lcfoYUbL4l4, http://www.playvid.com/watch/mLlHZERJAt9, http://www.playvid.com/watch/2_5zBKDfhiR,
http://www.playvid.com/watch/6m6MAYOD3cu, http://www.playvid.com/watch/A567_HAsC0W, http://www.playvid.com/watch/9NOMA_WlrRn,
http://www.playvid.com/watch/ajXO9DdP2Vl, http://www.playvid.com/watch/noucpUjUCO3, http://www.playvid.com/watch/o8Ofbot27gL
5.f. Date of third notice: 2014-06-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boober
5.b. Uploader's email address: hoppohop@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/boober
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Sv2GnctS6rO, http://www.playvid.com/watch/JcsGQXncRib,
http://www.playvid.com/watch/pDyhsHMWXDv, http://www.playvid.com/watch/YsVemHDiXXT, http://www.playvid.com/watch/gPANk7ccSEA,
http://www.playvid.com/watch/9j6j9pRwDzQ, http://www.playvid.com/watch/yTfyHOCkqQy, http://www.playvid.com/watch/BCQTN4l7S2o,
http://www.playvid.com/watch/Q2AEnW2lpK7, http://www.playvid.com/watch/oQsw8t42ebu, http://www.playvid.com/watch/oVVdWHE03KA,
http://www.playvid.com/watch/J3y4ICSpTNQ, http://www.playvid.com/watch/mp0bt6ZnR5S, http://www.playvid.com/watch/JfyjQPdOmJc,
http://www.playvid.com/watch/8NGokuLviGM, http://www.playvid.com/watch/Wip0IVnRf0F, http://www.playvid.com/watch/Te7jdqyMX95,
http://www.playvid.com/watch/Wv4LJbEk3wO, http://www.playvid.com/watch/KTp4mA5w0XT, http://www.playvid.com/watch/BAJemE20ERU,
http://www.playvid.com/watch/hK7s8rsMwxA, http://www.playvid.com/watch/NTm4jzUKW6S, http://www.playvid.com/watch/ZddYCZSgDUT,
http://www.playvid.com/watch/TiPM9pMrQBB, http://www.playvid.com/watch/Bl0yoxG8c5c, http://www.playvid.com/watch/8vAvgTR7l2i,
http://www.playvid.com/watch/q7KHGmkwHjm, http://www.playvid.com/watch/rOmBOsfk0Lr, http://www.playvid.com/watch/Bjn6ItkXD5Y,
http://www.playvid.com/watch/QSsCMrBIZQP, http://www.playvid.com/watch/vZhrkdai424, http://www.playvid.com/watch/cR-IqI05RIq,

http://www.playvid.com/watch/ZBbbpQL6toN, http://www.playvid.com/watch/C7nk7otedV6, http://www.playvid.com/watch/i05BQx0gUV-,
http://www.playvid.com/watch/TyWwmqkDZeb, http://www.playvid.com/watch/65I4sx6xMEC, http://www.playvid.com/watch/HdXJ4VWytrx,
http://www.playvid.com/watch/T96F44z29pS, http://www.playvid.com/watch/rcgNFonjlZh, http://www.playvid.com/watch/zpZRGr5u2rH,
http://www.playvid.com/watch/bwbBgpvfJ9X, http://www.playvid.com/watch/sP5BBWLs3u7, http://www.playvid.com/watch/NO4bOmqZ7WW,
http://www.playvid.com/watch/szLV7XYpPbQ, http://www.playvid.com/watch/J9zhpB87Me6, http://www.playvid.com/watch/OkChL2mZmJO,
http://www.playvid.com/watch/vg9VKXyicud, http://www.playvid.com/watch/cK80-LOX8Zv, http://www.playvid.com/watch/7lNOn5RAIZS,
http://www.playvid.com/watch/7crEeweasaH, http://www.playvid.com/watch/giSZAqWdXtF, http://www.playvid.com/watch/xLdIYkpXhvA,
http://www.playvid.com/watch/shRkUL6kci6, http://www.playvid.com/watch/ghttuunYElH, http://www.playvid.com/watch/ePYM7VVYckD,
http://www.playvid.com/watch/0uKlo8AXfdm, http://www.playvid.com/watch/XGUedK3Hsd3, http://www.playvid.com/watch/N-NgmnIo3aS,
http://www.playvid.com/watch/BnO4Tc5tiSb, http://www.playvid.com/watch/2fUTKdbQCF6, http://www.playvid.com/watch/dDn8PhMVRud,
http://www.playvid.com/watch/nyCqGLh0fZC, http://www.playvid.com/watch/n7fxAz6R7K4, http://www.playvid.com/watch/t5bQhNBNUBb,
http://www.playvid.com/watch/P9FlSb7rSWZ, http://www.playvid.com/watch/G5biDqd25Zu, http://www.playvid.com/watch/x5wLciPqCS2,
http://www.playvid.com/watch/GEwpXLGUgA0, http://www.playvid.com/watch/I9GwJhbC9AX, http://www.playvid.com/watch/eubQaMgYLYi,
http://www.playvid.com/watch/5FpdMcaPs-S, http://www.playvid.com/watch/mMUdrWoPWWS, http://www.playvid.com/watch/FeVsQo-SYaX,
http://www.playvid.com/watch/TOJ4yOVGeaq, http://www.playvid.com/watch/2DaoKKH-IYV, http://www.playvid.com/watch/i5Ms6iJgAZA,
http://www.playvid.com/watch/DmNh7LvYypb, http://www.playvid.com/watch/CV2ujwPf5pm, http://www.playvid.com/watch/yvnJ8mVQ9n9,
http://www.playvid.com/watch/7ApILz5NR-E, http://www.playvid.com/watch/QSqg5j4ePRr, http://www.playvid.com/watch/dtDJdxVNcLb,
http://www.playvid.com/watch/wnV9QND4CVM, http://www.playvid.com/watch/ies9oJWLUOR, http://www.playvid.com/watch/MPKPxE6TIZf,
http://www.playvid.com/watch/NMzefi8zkxs, http://www.playvid.com/watch/e0dIh-Bu7ug, http://www.playvid.com/watch/HLTnRfivail,
http://www.playvid.com/watch/E9KpN9oB53i, http://www.playvid.com/watch/ryqdslZ7U7D, http://www.playvid.com/watch/avpOZZnEcrQ,
http://www.playvid.com/watch/V78em-Kuymh, http://www.playvid.com/watch/B84Uwj7NrnJ, http://www.playvid.com/watch/6meJZ5PGXci,
http://www.playvid.com/watch/OyU6t5rkf5r, http://www.playvid.com/watch/5XDZJA7vDPA, http://www.playvid.com/watch/2KCU73NdszQ,
http://www.playvid.com/watch/K2PUMWLLbOA, http://www.playvid.com/watch/GjdWCLsM3CF, http://www.playvid.com/watch/SibwEMChnnG,
http://www.playvid.com/watch/XIdy6BxzBQt, http://www.playvid.com/watch/-JyCFwrRtOm, http://www.playvid.com/watch/WTWu-9NwS2R,
http://www.playvid.com/watch/XyqErSshlKT, http://www.playvid.com/watch/xit8E4mo92Q, http://www.playvid.com/watch/e7Yzlri0Hj7,
http://www.playvid.com/watch/CVjRAKCWYoV, http://www.playvid.com/watch/JJvDazR2Wx0, http://www.playvid.com/watch/DGIKbza5L5R,
http://www.playvid.com/watch/xMZC26V2ZZw, http://www.playvid.com/watch/mP6K39EArty, http://www.playvid.com/watch/6MRnDZDQi-o,
http://www.playvid.com/watch/tSlKvwdyf2a, http://www.playvid.com/watch/OG3sZh7GBH7, http://www.playvid.com/watch/6rPROd6B2kZ,
http://www.playvid.com/watch/pmf9l2bjOuR, http://www.playvid.com/watch/wgIC3cKS9z9, http://www.playvid.com/watch/oN7gL4FN0s9,
http://www.playvid.com/watch/uBwASQQ8fUO, http://www.playvid.com/watch/znlIOg3RHdr, http://www.playvid.com/watch/d6jbKw7u0OD,
http://www.playvid.com/watch/XUFJOPMsEMA, http://www.playvid.com/watch/hxZDuqwGzYS, http://www.playvid.com/watch/juJKb5aqiKJ,
http://www.playvid.com/watch/P4vq9ujvgtQ, http://www.playvid.com/watch/F4VxxVgE0tM, http://www.playvid.com/watch/ubRINR0fL5I,
http://www.playvid.com/watch/y-qOBf5xvhz, http://www.playvid.com/watch/-9Oxdx7ei4P, http://www.playvid.com/watch/Ddsc3pNAZ8l,
http://www.playvid.com/watch/TWfiUz3DySY, http://www.playvid.com/watch/Q2PM4WEEVuL
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boomboom
5.b. Uploader's email address: assaihoopik@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/boomboom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/u0K-KiFtJMb, http://www.playvid.com/watch/v3v4IuOqrXt,
http://www.playvid.com/watch/qjdLI8kTcnD, http://www.playvid.com/watch/dZ7dQ5B-qvw, http://www.playvid.com/watch/DNH0AYfrr3A,
http://www.playvid.com/watch/bx2gR8Xc999, http://www.playvid.com/watch/HPsqa9C6ncm, http://www.playvid.com/watch/VGBYl3rmGVr,
http://www.playvid.com/watch/0zH3bkogtf8, http://www.playvid.com/watch/ne9BL6Qqdta, http://www.playvid.com/watch/-DllKv7fdFc,
http://www.playvid.com/watch/UW4dNzcoly8, http://www.playvid.com/watch/HZyFPpIWLxx, http://www.playvid.com/watch/MdwTCzgXcwo,
http://www.playvid.com/watch/jp0e0C8fhZb, http://www.playvid.com/watch/HIESbe3twBx, http://www.playvid.com/watch/zw-G0ItMjD4,
http://www.playvid.com/watch/p6c7rYIUX3f, http://www.playvid.com/watch/3EhtoTLNk0y, http://www.playvid.com/watch/oaRQ2aP-hmS,
http://www.playvid.com/watch/nAY43JTryXu, http://www.playvid.com/watch/cEkSk-ylTjd, http://www.playvid.com/watch/nHPpH37FREB,
http://www.playvid.com/watch/HofSLFhNaoQ, http://www.playvid.com/watch/-JBwDUp0lnw, http://www.playvid.com/watch/oCqIuN2gx2F,
http://www.playvid.com/watch/AbM6bzZWqko, http://www.playvid.com/watch/uAAnlm3R58Y, http://www.playvid.com/watch/8sT9zQWdjpv,
http://www.playvid.com/watch/Tet-bF3O4Ls, http://www.playvid.com/watch/W32ylg-R6U8, http://www.playvid.com/watch/XbcYwctQu3d,
http://www.playvid.com/watch/Guhjy5N5iIi, http://www.playvid.com/watch/IfeQq27DJkO, http://www.playvid.com/watch/YTdEgh3gk4o,
http://www.playvid.com/watch/CDPtH7jc5dT, http://www.playvid.com/watch/drGA-yOSKKe, http://www.playvid.com/watch/oY0sLKh6p-o,
http://www.playvid.com/watch/gqcJBjm8iZ8, http://www.playvid.com/watch/SarBjoqZ4rQ, http://www.playvid.com/watch/fpH8LcHs2bU,
http://www.playvid.com/watch/sonlHnHIJuL, http://www.playvid.com/watch/izONoSCAjCf, http://www.playvid.com/watch/TQPGes0XEb5,
http://www.playvid.com/watch/AFAqemtydxl, http://www.playvid.com/watch/KHCfQUfBYaL, http://www.playvid.com/watch/ftakt5MuXZi,
http://www.playvid.com/watch/4-qdqa5GO3U, http://www.playvid.com/watch/0F7Nrt2bKCA, http://www.playvid.com/watch/ZmR6ZlZdEzT,
http://www.playvid.com/watch/Spcek6zegzD, http://www.playvid.com/watch/N0IgskG5iux, http://www.playvid.com/watch/FPpsK2UYXdI,
http://www.playvid.com/watch/Mv2nAWwH26Y, http://www.playvid.com/watch/nQxHAYh77Fl, http://www.playvid.com/watch/QXDO3kJTTT9,
http://www.playvid.com/watch/CwaPPBxJYon, http://www.playvid.com/watch/zbgZECwZ0dx, http://www.playvid.com/watch/pheTdCSGn2w,
http://www.playvid.com/watch/34DjIpTBF23, http://www.playvid.com/watch/jHvTQE3vFeX, http://www.playvid.com/watch/qUoeq08tkTi,
http://www.playvid.com/watch/wbD-pg2Qf4g, http://www.playvid.com/watch/VpNeanRs4AO, http://www.playvid.com/watch/JTq4hoK9OD-,
http://www.playvid.com/watch/SCKizsY3hA9, http://www.playvid.com/watch/2JOitL-V-cX, http://www.playvid.com/watch/SR4Rzm4u5ZA,
http://www.playvid.com/watch/NYwkEJm3RKM, http://www.playvid.com/watch/sHdhfgvRWA2, http://www.playvid.com/watch/bVwNKhCKsgm,
http://www.playvid.com/watch/usqqws7-Agh, http://www.playvid.com/watch/vMV5sRQPPfU, http://www.playvid.com/watch/Oo2iqtaDzgw,
http://www.playvid.com/watch/TarcIfFsgHB, http://www.playvid.com/watch/FTEG8JE3QL7, http://www.playvid.com/watch/2IQLvSNKthe,
http://www.playvid.com/watch/oZGzFmfYN7N, http://www.playvid.com/watch/W3HWY3TRVWo, http://www.playvid.com/watch/K0k0lwWRpar,
http://www.playvid.com/watch/v0UXb2cbqz6, http://www.playvid.com/watch/N2zPHknNYNq, http://www.playvid.com/watch/Jb3vQO2S2jm,
http://www.playvid.com/watch/0Vz3nnJg5R4, http://www.playvid.com/watch/NXBOd9p7nu2, http://www.playvid.com/watch/wjSbRrdMS87,
http://www.playvid.com/watch/wnmXD2wV25Y, http://www.playvid.com/watch/znxq-pqXZRs, http://www.playvid.com/watch/9FVvgMkS-Xi,
http://www.playvid.com/watch/OniZnobYvfR, http://www.playvid.com/watch/VZpPMJKoujU, http://www.playvid.com/watch/UJZzC6KHWBX,
http://www.playvid.com/watch/p2lIUv90UKi, http://www.playvid.com/watch/86FfIIWu2C9, http://www.playvid.com/watch/QFnrev9ue0F,
http://www.playvid.com/watch/SlWgwWHPMwv, http://www.playvid.com/watch/w705WhplYtk, http://www.playvid.com/watch/lo897jKRubv,
http://www.playvid.com/watch/YQAnwjkhGKe, http://www.playvid.com/watch/hA82-mqS0I5, http://www.playvid.com/watch/hqHP5QSxwds,
http://www.playvid.com/watch/YXPxeQ82Gao, http://www.playvid.com/watch/NHJyhvZFVex, http://www.playvid.com/watch/EEWzkkQ6nxK,
http://www.playvid.com/watch/OphhypSsEca, http://www.playvid.com/watch/s6q0sWCTGbV, http://www.playvid.com/watch/pwxR8xtUQPA,
http://www.playvid.com/watch/T7-csjk9WMi, http://www.playvid.com/watch/Ay9u8CepLoJ, http://www.playvid.com/watch/RhOJLU4XRw4,
http://www.playvid.com/watch/rFqmE2ZdRVj, http://www.playvid.com/watch/oWiZSVxkfcf, http://www.playvid.com/watch/4RrSWyKKJmZ,
http://www.playvid.com/watch/SbycfzItp6Z, http://www.playvid.com/watch/aPTwP3UY4D6, http://www.playvid.com/watch/eS5kGkxlnZS,
http://www.playvid.com/watch/LvBmK7vxzk6, http://www.playvid.com/watch/DPL4LdLtR-y, http://www.playvid.com/watch/Jdu4dg8EZv3,
http://www.playvid.com/watch/QfXLlSH6O00, http://www.playvid.com/watch/b5Q-WRaQF2Y, http://www.playvid.com/watch/rP5Hww7J92v,
http://www.playvid.com/watch/Uox9zVAaOBo, http://www.playvid.com/watch/5zLyG8kztYK, http://www.playvid.com/watch/lMqkexNgZ68,
http://www.playvid.com/watch/chPXrtxOGWa, http://www.playvid.com/watch/MhhClxJVmX-, http://www.playvid.com/watch/OrJmtZCf2RB,
http://www.playvid.com/watch/eW67IttGNxB, http://www.playvid.com/watch/niteJAl9kzQ, http://www.playvid.com/watch/nDXH3C8fYaI,
http://www.playvid.com/watch/kj098NIp7hI, http://www.playvid.com/watch/vCJkt-X3I9Y, http://www.playvid.com/watch/fMgYE06pxH4,
http://www.playvid.com/watch/i-KSXE2AWf4, http://www.playvid.com/watch/iIYFyTduDeZ, http://www.playvid.com/watch/lavfXBDzyhp,
http://www.playvid.com/watch/u-2oE-ZpShZ, http://www.playvid.com/watch/zGFbIBdS0Gb, http://www.playvid.com/watch/3chDxuISnOC,
http://www.playvid.com/watch/ZrsDq-Yousg, http://www.playvid.com/watch/oyt5bDL7r-x, http://www.playvid.com/watch/7dj8Nq4kJt-,
http://www.playvid.com/watch/MxPtiOOQeT4, http://www.playvid.com/watch/-cuEi9noBE8, http://www.playvid.com/watch/nlVjkWSNFTz,
http://www.playvid.com/watch/uXnt9YFEodn, http://www.playvid.com/watch/FJ68JSSb9bj, http://www.playvid.com/watch/YSxK4ZINCWA,
http://www.playvid.com/watch/Pws7X8SFrAr, http://www.playvid.com/watch/Ph06y9e2dSo, http://www.playvid.com/watch/sYaoOQRMurc,
http://www.playvid.com/watch/QK4iE4txgLJ, http://www.playvid.com/watch/bV58u40ygTL, http://www.playvid.com/watch/qeLD7JoT74K,
http://www.playvid.com/watch/pbCRvEWWrpT, http://www.playvid.com/watch/Suke9Zos32B, http://www.playvid.com/watch/UwT8XijCgsZ,
http://www.playvid.com/watch/9zmDKiB84EP, http://www.playvid.com/watch/I8X6UarzZOE, http://www.playvid.com/watch/GSWziguOVhZ,
http://www.playvid.com/watch/xr77P8-J3AG, http://www.playvid.com/watch/PNpfp7Yrsvd, http://www.playvid.com/watch/473irlQXJo5,
http://www.playvid.com/watch/vFz0e02P3B8, http://www.playvid.com/watch/3t46RXe0njc, http://www.playvid.com/watch/gnX8OPiZaKq,

http://www.playvid.com/watch/IbWHl-M9rsh, http://www.playvid.com/watch/oFEGkbuDAmJ, http://www.playvid.com/watch/qvNuJ0MVmxq,
http://www.playvid.com/watch/eYAhoeXMKK5, http://www.playvid.com/watch/WIQI6kGRc22, http://www.playvid.com/watch/YnLIVLBcUZm,
http://www.playvid.com/watch/AiYcpz40Fk7, http://www.playvid.com/watch/QKGx0ufq4Z8, http://www.playvid.com/watch/D2VkGCgOPbx,
http://www.playvid.com/watch/UPsiIPN0reI, http://www.playvid.com/watch/99LJFiJ8i2n, http://www.playvid.com/watch/mkLAoyuGyc4,
http://www.playvid.com/watch/wZjS9kdMFT-, http://www.playvid.com/watch/XgWuaGZnM0V, http://www.playvid.com/watch/qtdd6Y65Vsr,
http://www.playvid.com/watch/Mnvc8tXn2p0, http://www.playvid.com/watch/aUYNOozpzRd, http://www.playvid.com/watch/5GZAyCVi-jU,
http://www.playvid.com/watch/GiOyH30sRBk, http://www.playvid.com/watch/qlVl5Be2Rv0, http://www.playvid.com/watch/PYw6v-3gF3V,
http://www.playvid.com/watch/VVcX4EeVf05, http://www.playvid.com/watch/3ZugVrRAn4W, http://www.playvid.com/watch/sX4Bw0nUokh,
http://www.playvid.com/watch/LMuxJpbpXUN, http://www.playvid.com/watch/8WnIzdPsDS6, http://www.playvid.com/watch/blbOb0LH6YJ,
http://www.playvid.com/watch/UByBxS02Bls, http://www.playvid.com/watch/K2wfEs8R3R5, http://www.playvid.com/watch/cvqUhLKlT0e,
http://www.playvid.com/watch/FMLqTSks5wc, http://www.playvid.com/watch/oVAd23g8KgM, http://www.playvid.com/watch/neLsaeKMjak,
http://www.playvid.com/watch/bLBvt7gvMrZ, http://www.playvid.com/watch/gfEsF5yTQq5, http://www.playvid.com/watch/rZxonRImwMl,
http://www.playvid.com/watch/arN3RtWnLYY, http://www.playvid.com/watch/zTrZeBMT8sb, http://www.playvid.com/watch/K-gxIn07jEz,
http://www.playvid.com/watch/oBDSZqfXjqM, http://www.playvid.com/watch/2nxi86pQ9iq, http://www.playvid.com/watch/F9K2jyE5TSU,
http://www.playvid.com/watch/ufd24k8L66O, http://www.playvid.com/watch/UqQ5xAxJO4g, http://www.playvid.com/watch/eHkldNHVIaM,
http://www.playvid.com/watch/3JsUaxkRWcR, http://www.playvid.com/watch/szCs3ktcmx9, http://www.playvid.com/watch/GmV8pVI2ijx,
http://www.playvid.com/watch/duFbZR5Ajzf, http://www.playvid.com/watch/SRnzhwCrcK4, http://www.playvid.com/watch/DG9-uu5Q3G2,
http://www.playvid.com/watch/vBZa-mAusyR, http://www.playvid.com/watch/8rFaIjbLeMN, http://www.playvid.com/watch/oNXU32odjyd,
http://www.playvid.com/watch/rhRXs7PL58c, http://www.playvid.com/watch/PmiQ9e6syyj, http://www.playvid.com/watch/LUVYemFSazl,
http://www.playvid.com/watch/5vNUt7hOQqJ, http://www.playvid.com/watch/5bNCC848HB0, http://www.playvid.com/watch/uQx35n3uLYf,
http://www.playvid.com/watch/0VvTAoCJeym, http://www.playvid.com/watch/SKiXyChWEtT, http://www.playvid.com/watch/iNKc3OBu-lB,
http://www.playvid.com/watch/Cj4RAJn4s29, http://www.playvid.com/watch/hl-zNCP42YE, http://www.playvid.com/watch/qW0avEbku0o,
http://www.playvid.com/watch/KQBAog3tkAS, http://www.playvid.com/watch/NJvYQlb9Khi, http://www.playvid.com/watch/O2-tlrDoUTp,
http://www.playvid.com/watch/GiqynNIZdPR, http://www.playvid.com/watch/zP4EiQfVHDh, http://www.playvid.com/watch/tmRgbOtsB4F,
http://www.playvid.com/watch/f-p9KD8gJxW, http://www.playvid.com/watch/cgYTvbYUOwN, http://www.playvid.com/watch/KwOiM60l7vy,
http://www.playvid.com/watch/pGS9BOGYqws, http://www.playvid.com/watch/HPLsd9FXioD, http://www.playvid.com/watch/PLOSLefTllQ,
http://www.playvid.com/watch/Khjd9359P7k, http://www.playvid.com/watch/KFUwRDtbJPe, http://www.playvid.com/watch/LLnyyOKQ2Fs,
http://www.playvid.com/watch/KbYfezMqK7b, http://www.playvid.com/watch/0zcmjxLyidE, http://www.playvid.com/watch/XiNzIeGcoJD,
http://www.playvid.com/watch/EiTzwBhl8NA, http://www.playvid.com/watch/w7fIGS0LaxK, http://www.playvid.com/watch/iYruqXp-z4O,
http://www.playvid.com/watch/TFfGxyebre9, http://www.playvid.com/watch/DrkxyPtFcgT, http://www.playvid.com/watch/m-bQx3-gRMP,
http://www.playvid.com/watch/IWTHOlVTrj7, http://www.playvid.com/watch/J-pQlfKaiLZ, http://www.playvid.com/watch/fYtK2MRMeMR,
http://www.playvid.com/watch/dB3K4doKy4b, http://www.playvid.com/watch/IJ7z9uikAm9, http://www.playvid.com/watch/eoy2jdcsDP7,
http://www.playvid.com/watch/lCRYyyTFPAF, http://www.playvid.com/watch/2AcOuxGiR07, http://www.playvid.com/watch/jGSnqBAPrTL,
http://www.playvid.com/watch/90RfnJ89-H8, http://www.playvid.com/watch/lKcNfpuAA6m, http://www.playvid.com/watch/votO4YD6FNE,
http://www.playvid.com/watch/l3-OBPZZqAR, http://www.playvid.com/watch/HQLkx2vAh4u, http://www.playvid.com/watch/Iy6LISGQ58Z,
http://www.playvid.com/watch/J3rGghzxGAd, http://www.playvid.com/watch/Xxyzsq378BU, http://www.playvid.com/watch/MweYGKpWSHL,
http://www.playvid.com/watch/o7Axl-a-toX, http://www.playvid.com/watch/UqtdfIMvVbk, http://www.playvid.com/watch/05NTJCRvuuz,
http://www.playvid.com/watch/2vVi0Qjnpqc, http://www.playvid.com/watch/5i-cbQOZVLE, http://www.playvid.com/watch/hgA4o0qHVZ7,
http://www.playvid.com/watch/wO2waMJGGsb, http://www.playvid.com/watch/FZFrR-YWAfT, http://www.playvid.com/watch/4EXvvRKCPhM,
http://www.playvid.com/watch/Kej-wJg6gLe, http://www.playvid.com/watch/uN8cy0yKLfN, http://www.playvid.com/watch/0-wQ6Rav7RT,
http://www.playvid.com/watch/Bon8VC0s37s, http://www.playvid.com/watch/38CuqWqHbnI, http://www.playvid.com/watch/mWAIyw5z6Mp,
http://www.playvid.com/watch/T4bjiQ7kds4, http://www.playvid.com/watch/EaVbDnT689b, http://www.playvid.com/watch/D2UQhuRK3yq,
http://www.playvid.com/watch/LQkMSWL49TL, http://www.playvid.com/watch/IwafC8gV0je, http://www.playvid.com/watch/7jEwYVGa9n7,
http://www.playvid.com/watch/cOYE9Ahjzb6, http://www.playvid.com/watch/ydx0kApzWdZ, http://www.playvid.com/watch/VHw2Z0lPwAa,
http://www.playvid.com/watch/4SuVS6yE0u7, http://www.playvid.com/watch/p6M2FVvp7oY, http://www.playvid.com/watch/sDHDw0bNLmp,
http://www.playvid.com/watch/Y4a4nC23wGA, http://www.playvid.com/watch/EazQ2GUvqB0, http://www.playvid.com/watch/atWlqmUKdRM,
http://www.playvid.com/watch/33Mc5QG8toM, http://www.playvid.com/watch/hp2mHmmBmOF, http://www.playvid.com/watch/H0lWHMoIyM8,
http://www.playvid.com/watch/vgS6Jen-pWO, http://www.playvid.com/watch/4lwOPzqheRD, http://www.playvid.com/watch/90iBs0OBQq3,
http://www.playvid.com/watch/Dwcy3N654-Y, http://www.playvid.com/watch/lFQzv5LgNwa, http://www.playvid.com/watch/lK3kWXdlLBn,
http://www.playvid.com/watch/3Wi9IIecgOK, http://www.playvid.com/watch/UwE25XIIzjv, http://www.playvid.com/watch/6uN5zasTQs4,
http://www.playvid.com/watch/t65Lwyeqj3d, http://www.playvid.com/watch/KB6psBdnYXR, http://www.playvid.com/watch/M7Wf9f60vFR,
http://www.playvid.com/watch/UPnJx7TD-7v, http://www.playvid.com/watch/Jeu0dqUsUZw, http://www.playvid.com/watch/86fVZ7GQ7x3,
http://www.playvid.com/watch/UVRiv6490tq, http://www.playvid.com/watch/mJH60xAnLkQ, http://www.playvid.com/watch/PjzyOCwXdS6,
http://www.playvid.com/watch/-vwygN6V27Z, http://www.playvid.com/watch/2ppvGVungnT, http://www.playvid.com/watch/76zrpo-ca3r,
http://www.playvid.com/watch/d-KKgKIwJME, http://www.playvid.com/watch/AsEAKdowIRR, http://www.playvid.com/watch/adx8u8CEQQd,
http://www.playvid.com/watch/AjRS6dbmkNv, http://www.playvid.com/watch/Zu7XatT5D0A, http://www.playvid.com/watch/7hT9fxNekjy,
http://www.playvid.com/watch/LZpaL4gD8VQ, http://www.playvid.com/watch/OKs0IH7ZkFN, http://www.playvid.com/watch/HnvZKBMPlkU,
http://www.playvid.com/watch/HNz2RGBAm0a, http://www.playvid.com/watch/exqjrG8acNM, http://www.playvid.com/watch/-MCNXzWMrGK,
http://www.playvid.com/watch/bKCBjS0RzuW, http://www.playvid.com/watch/s9EM24JHTKM, http://www.playvid.com/watch/nv3ji-2tsPj,
http://www.playvid.com/watch/e2XVI6hRgpo, http://www.playvid.com/watch/aeTbwLntUOK, http://www.playvid.com/watch/KCCngrP-sWn,
http://www.playvid.com/watch/-LKmeiJnQJp, http://www.playvid.com/watch/tOAWDoEgwNx, http://www.playvid.com/watch/PDILURfW43E,
http://www.playvid.com/watch/TMlFNIIAOP2, http://www.playvid.com/watch/GFeec9GjoBu, http://www.playvid.com/watch/VSttk6YD3Xh,
http://www.playvid.com/watch/oS3mGmbYtYF, http://www.playvid.com/watch/cbpHOwayaQ0, http://www.playvid.com/watch/l2y9fYiwKL5,
http://www.playvid.com/watch/UvmdStjhdxy, http://www.playvid.com/watch/XlBcAddXehP, http://www.playvid.com/watch/yGFdsofB6qA,
http://www.playvid.com/watch/70jhnw2Ecam, http://www.playvid.com/watch/-vUKJkhHerE, http://www.playvid.com/watch/vp8pbWEdRMn,
http://www.playvid.com/watch/k9thvCN24wk, http://www.playvid.com/watch/pPxuAy0Hfrs, http://www.playvid.com/watch/mhGTXNdZaYA,
http://www.playvid.com/watch/SjurQ8jqnak, http://www.playvid.com/watch/D0Qov2fRSDk, http://www.playvid.com/watch/WmFgnlHVEmd,
http://www.playvid.com/watch/gzCQC9iHivT, http://www.playvid.com/watch/serazvGlxJi, http://www.playvid.com/watch/rf583EvEDK8,
http://www.playvid.com/watch/kliTNxzkyUL, http://www.playvid.com/watch/Y4qwPOOsc0B, http://www.playvid.com/watch/09IoRqfCQKY,
http://www.playvid.com/watch/nJ4SBe6GTZD, http://www.playvid.com/watch/uykJGjqdSsO, http://www.playvid.com/watch/U5rsJJ7cjo6,
http://www.playvid.com/watch/CKjnJv0W5iz, http://www.playvid.com/watch/Gb9KO54jsS2, http://www.playvid.com/watch/ShFk46sU7xj,
http://www.playvid.com/watch/3bAevMmkABO, http://www.playvid.com/watch/c84n-qaLqsX, http://www.playvid.com/watch/39MxrKdWvII,
http://www.playvid.com/watch/4HP0aQnV4OM, http://www.playvid.com/watch/R9UvuycA8ek, http://www.playvid.com/watch/piJStFtURuP,
http://www.playvid.com/watch/hZUTpabtekm, http://www.playvid.com/watch/FI3VFxLMRCO, http://www.playvid.com/watch/yg7AdFuMpzH,
http://www.playvid.com/watch/WxCPVlFHkwp, http://www.playvid.com/watch/3HLLoPz3QRJ, http://www.playvid.com/watch/l73UlPfohkg,
http://www.playvid.com/watch/OowqMF2lfsO, http://www.playvid.com/watch/rl3e339Ggn0, http://www.playvid.com/watch/0QZLQm64g6k,
http://www.playvid.com/watch/8VhXo7mRA6M, http://www.playvid.com/watch/rd5SYe3uiV4, http://www.playvid.com/watch/LJTPOdZ8AeC,
http://www.playvid.com/watch/gquM-jFpuLb, http://www.playvid.com/watch/ryciTcEDl6-, http://www.playvid.com/watch/NDh03qTsc2u,
http://www.playvid.com/watch/hdBvuoujTZU, http://www.playvid.com/watch/BD7ogZYrl2n, http://www.playvid.com/watch/hrFfe8tIvlT,
http://www.playvid.com/watch/wqsr6gQCeUx, http://www.playvid.com/watch/9LQVKchmk-8, http://www.playvid.com/watch/weLEd9BkbnS,
http://www.playvid.com/watch/daE4z4O-BVK, http://www.playvid.com/watch/yV3L8cSLkWD, http://www.playvid.com/watch/Qanf9vDfPCN,
http://www.playvid.com/watch/OSq4LwlKA7Z, http://www.playvid.com/watch/FjQydmMXkW2, http://www.playvid.com/watch/alm072HbQsW,
http://www.playvid.com/watch/xQKMTcd4pv2, http://www.playvid.com/watch/MwJTWnCeZKr, http://www.playvid.com/watch/9lCEJ9ZfbJY,
http://www.playvid.com/watch/paGSqQcfLKI, http://www.playvid.com/watch/yHJXesrDQwA, http://www.playvid.com/watch/a564ibd5nun,
http://www.playvid.com/watch/FI9ybFRtR3D, http://www.playvid.com/watch/KrBgyga3Zkn, http://www.playvid.com/watch/6L8jc8oaVuE,
http://www.playvid.com/watch/cE8zuxVZNjA, http://www.playvid.com/watch/MLgGRmGTg4G, http://www.playvid.com/watch/TyLqiCB2l9E,
http://www.playvid.com/watch/eytoGnvX90l, http://www.playvid.com/watch/IvqODClvxBE, http://www.playvid.com/watch/xAnsnQsqvWC,
http://www.playvid.com/watch/wFMANxWcRuC, http://www.playvid.com/watch/jYbcnaQ4Fwl, http://www.playvid.com/watch/2Ya4r7jsJkl,
http://www.playvid.com/watch/R6I9zVrchHe, http://www.playvid.com/watch/KwPzPcEucFi, http://www.playvid.com/watch/MePq497S6rq,
http://www.playvid.com/watch/XuNFxvMtNEk, http://www.playvid.com/watch/6Y8Ntom9FiJ, http://www.playvid.com/watch/YdYtmu5W5lx,
http://www.playvid.com/watch/qvAk8Lxr7vZ, http://www.playvid.com/watch/f-ALnHtAlKF, http://www.playvid.com/watch/rdu4Fk54p6L,
http://www.playvid.com/watch/wylVrUsPsDI, http://www.playvid.com/watch/DCkUFQhgzpi, http://www.playvid.com/watch/yZLbcFsoWTy,
http://www.playvid.com/watch/XW-ougxC38R, http://www.playvid.com/watch/pi3jRDfPw-g, http://www.playvid.com/watch/PZgsv2EAQka,
http://www.playvid.com/watch/BJOr9fkZIIj, http://www.playvid.com/watch/zB9tFgBkW3d, http://www.playvid.com/watch/-OCc4UOr3vC,
http://www.playvid.com/watch/wCBgSxW7Ejz, http://www.playvid.com/watch/o298qFUKX30, http://www.playvid.com/watch/aZ3WHqI2RQR,
http://www.playvid.com/watch/m8yZkgn78mm, http://www.playvid.com/watch/zsVta3lMFHj, http://www.playvid.com/watch/ZYAdzuAk63X,

http://www.playvid.com/watch/YiaeYPySIFI, http://www.playvid.com/watch/rI-e0Qo4Up-, http://www.playvid.com/watch/eCgEILzf43-, http://www.playvid.com/watch/tDvOOOWpiYP, http://www.playvid.com/watch/toKxAYb2LPZ, http://www.playvid.com/watch/yzo7Cv00R4Y, http://www.playvid.com/watch/uOyotFz2jdZ, http://www.playvid.com/watch/M3J9q8s-pNy, http://www.playvid.com/watch/hfw0ybi3-N-, http://www.playvid.com/watch/CM0Ey4XHi6S, http://www.playvid.com/watch/iCATjTbxqyh, http://www.playvid.com/watch/giXI4iSZGiZ, http://www.playvid.com/watch/lVWw2bnIIeq, http://www.playvid.com/watch/U-G8TGWsg66, http://www.playvid.com/watch/wEUFqqoUduF, http://www.playvid.com/watch/hP56IuQ8r7f, http://www.playvid.com/watch/TxEV7Wmqvhw, http://www.playvid.com/watch/Zspm8Pyk4dP, http://www.playvid.com/watch/VxcJdZq2O-n, http://www.playvid.com/watch/I52BqjaORRd, http://www.playvid.com/watch/VpZXDXlNLW-, http://www.playvid.com/watch/K3jRMXoLbIZ, http://www.playvid.com/watch/GW7FGRf92Vj, http://www.playvid.com/watch/tMyLDxnha8u, http://www.playvid.com/watch/qpkgl9nBJbV, http://www.playvid.com/watch/SSEuG9YBrTT, http://www.playvid.com/watch/Whb8zYyxVmZ, http://www.playvid.com/watch/DDH-26qlQer, http://www.playvid.com/watch/DrVeZr8-RAr, http://www.playvid.com/watch/GqyymFe6m9a, http://www.playvid.com/watch/HRE9FkM8nSw, http://www.playvid.com/watch/2eEXB3kHwz-, http://www.playvid.com/watch/wEP62NFb-c-, http://www.playvid.com/watch/5Zn0eZ3MRet, http://www.playvid.com/watch/hdsEBmZsEDn, http://www.playvid.com/watch/s3W4oSafdpz, http://www.playvid.com/watch/Bn9AAIo6wrV, http://www.playvid.com/watch/CecA00nJDGE, http://www.playvid.com/watch/XFlUVyp26ll, http://www.playvid.com/watch/of2xP3KGE5W, http://www.playvid.com/watch/6N0UJEI9hd9, http://www.playvid.com/watch/J57oh5MiVrK, http://www.playvid.com/watch/MOLhJAeA6Dh, http://www.playvid.com/watch/w52u08FtdJR, http://www.playvid.com/watch/hvJg3e0RM65, http://www.playvid.com/watch/yaLNSAowhQR, http://www.playvid.com/watch/R3c5HeB0Jq6, http://www.playvid.com/watch/XItoUSysaBG, http://www.playvid.com/watch/WRpesDKodv0, http://www.playvid.com/watch/-zIR3uB5aB3, http://www.playvid.com/watch/X7cnBalriZy, http://www.playvid.com/watch/9TjuXc-eJik, http://www.playvid.com/watch/bLpMRghZSe5, http://www.playvid.com/watch/dWuVBHEsFI5, http://www.playvid.com/watch/oZVj9v7ytuw, http://www.playvid.com/watch/nQ8DmrtJEqN, http://www.playvid.com/watch/xDg5NpVSeAy, http://www.playvid.com/watch/d0KaQGOhGx8, http://www.playvid.com/watch/mQSqoweQvvh, http://www.playvid.com/watch/pZAHA-DA6bb, http://www.playvid.com/watch/SWe5H2cFrrH, http://www.playvid.com/watch/WGwd3SMmlIW, http://www.playvid.com/watch/Tq0cEHw668E, http://www.playvid.com/watch/--65mjD9rFa, http://www.playvid.com/watch/UMTikMgoWDJ, http://www.playvid.com/watch/uWuktBGiJ5e, http://www.playvid.com/watch/dLTpvq6TbiP, http://www.playvid.com/watch/MRfsc6jsbt9, http://www.playvid.com/watch/d0DPL-Mcy9g, http://www.playvid.com/watch/Q7Vy0NDZQWh, http://www.playvid.com/watch/hPipBK5p3ef, http://www.playvid.com/watch/9XoztRK94jh, http://www.playvid.com/watch/EOWvAQhkX0J, http://www.playvid.com/watch/joy9wU5YJm8, http://www.playvid.com/watch/nK9u2AvmNdI, http://www.playvid.com/watch/aTmwSFjYcFL, http://www.playvid.com/watch/v4fEAODIMmp, http://www.playvid.com/watch/PSL45Nomjjc, http://www.playvid.com/watch/mWYR2jgxebn, http://www.playvid.com/watch/UpVOk6iF9WK, http://www.playvid.com/watch/Djs7s6DyQRP, http://www.playvid.com/watch/f34BLrxwbiv, http://www.playvid.com/watch/RlR9oiwsKYl, http://www.playvid.com/watch/7T3pMmxargw, http://www.playvid.com/watch/bxDHj9uk9tR, http://www.playvid.com/watch/jCaDK0GC9S9, http://www.playvid.com/watch/fuyDDxa4Hgi, http://www.playvid.com/watch/4HmtuyB2iTA, http://www.playvid.com/watch/RVrd-DKfIxO, http://www.playvid.com/watch/tnE27D6bxOB, http://www.playvid.com/watch/A4U7XcGTANd, http://www.playvid.com/watch/B2MIc-Qeniv, http://www.playvid.com/watch/5AhvsSXi4kO, http://www.playvid.com/watch/KXChLRDnXHf, http://www.playvid.com/watch/Mo9YayxwNan, http://www.playvid.com/watch/fpQWgUqfjOL, http://www.playvid.com/watch/XSXg9O4Whtz, http://www.playvid.com/watch/eVa2SibB8u2, http://www.playvid.com/watch/LpVd0FQ8QjF, http://www.playvid.com/watch/W8CgPCO-MlF, http://www.playvid.com/watch/vWIdHFhrf7F, http://www.playvid.com/watch/ZViJ2MvqdLr, http://www.playvid.com/watch/f30wB5nlyMZ, http://www.playvid.com/watch/sxjnuavhbO-, http://www.playvid.com/watch/CZem6xVwdbO, http://www.playvid.com/watch/ycELRPdzLhx, http://www.playvid.com/watch/vv-ZEZQx4cy, http://www.playvid.com/watch/QQyTpLFCpWJ, http://www.playvid.com/watch/nWaLLz7yNoJ, http://www.playvid.com/watch/cyiXOHpqze9, http://www.playvid.com/watch/lXIj9QYHXqy, http://www.playvid.com/watch/zUoNWibC9u4, http://www.playvid.com/watch/XTEj93fXDrc, http://www.playvid.com/watch/BpLGH7FlmZl, http://www.playvid.com/watch/p4nwvcyqX5R, http://www.playvid.com/watch/oO9a3DnOEVu, http://www.playvid.com/watch/xEiivNSxrPH, http://www.playvid.com/watch/2nw44ynRaAa, http://www.playvid.com/watch/TkYvC9Br5Pw, http://www.playvid.com/watch/nXHtTwtM4ae, http://www.playvid.com/watch/Sx3yaESIeRd, http://www.playvid.com/watch/2Cy4-59hBPH, http://www.playvid.com/watch/cDWWxG-mXnQ, http://www.playvid.com/watch/5QnQLJlQAhc, http://www.playvid.com/watch/FcTPRAglnhW, http://www.playvid.com/watch/tij4YIZRptd, http://www.playvid.com/watch/w9kocxT93nl, http://www.playvid.com/watch/yIPTnsFxIMl, http://www.playvid.com/watch/aOEJLnOQSii, http://www.playvid.com/watch/YSj7p24IJMe, http://www.playvid.com/watch/pdyQNChkayP, http://www.playvid.com/watch/HVKYCmS40lm, http://www.playvid.com/watch/DJt7pOLcEUw, http://www.playvid.com/watch/L-9IponALGR, http://www.playvid.com/watch/IWiUi9E08-n, http://www.playvid.com/watch/bufZlFEyT9v, http://www.playvid.com/watch/xiNK9ULV9Hh, http://www.playvid.com/watch/r0OzBfWSpUW, http://www.playvid.com/watch/d3JIJFRmlbq, http://www.playvid.com/watch/qI2DyDMOyZE, http://www.playvid.com/watch/i3SoArg7RlP, http://www.playvid.com/watch/D3DGFf3IrZl, http://www.playvid.com/watch/hjvOEF6tRMC, http://www.playvid.com/watch/BnRvvCo9FW6, http://www.playvid.com/watch/Qzy3JhIG2Fi, http://www.playvid.com/watch/jSzdal57svf, http://www.playvid.com/watch/SMXbkLPvLSf, http://www.playvid.com/watch/PHJusDyy3WL, http://www.playvid.com/watch/-MkiKnflN9W, http://www.playvid.com/watch/myfz4pR-SUy, http://www.playvid.com/watch/d3OfGoeKlju, http://www.playvid.com/watch/0s-V4NZ-CL4, http://www.playvid.com/watch/jK3inHIYlkE, http://www.playvid.com/watch/TfPI9qzcM7r, http://www.playvid.com/watch/nKP6KY0n9vi, http://www.playvid.com/watch/5Lo4fWxKztg, http://www.playvid.com/watch/tWZeEkNiXXq, http://www.playvid.com/watch/6hGdXZJmeph, http://www.playvid.com/watch/4dXiWJ0ptEu, http://www.playvid.com/watch/RgDGJaX8-kq, http://www.playvid.com/watch/vfKhEKHywmJ, http://www.playvid.com/watch/udGFjeNn75a, http://www.playvid.com/watch/7JHcfTvcmwX, http://www.playvid.com/watch/wmGOGD4gswQ, http://www.playvid.com/watch/sevPCVOKlSs, http://www.playvid.com/watch/B9aIyrnSC-R, http://www.playvid.com/watch/oKu04Y6NIfj, http://www.playvid.com/watch/C32yJOGzUT6, http://www.playvid.com/watch/Ck-V6qpL928, http://www.playvid.com/watch/DzjbjPRGBME, http://www.playvid.com/watch/xIZENwRNQHW, http://www.playvid.com/watch/sPhqUzSnEms, http://www.playvid.com/watch/A09FZb-L0Dj, http://www.playvid.com/watch/gkII0E7mrS8, http://www.playvid.com/watch/VnegNuPs2fU, http://www.playvid.com/watch/Ztjod2ME-Gm, http://www.playvid.com/watch/gPF7saPWvJQ, http://www.playvid.com/watch/0Ha0j7jdIxT, http://www.playvid.com/watch/yPpq5rEW9Uj, http://www.playvid.com/watch/chzhkWkms6z, http://www.playvid.com/watch/2bWM86IWagX, http://www.playvid.com/watch/f73dfmQxpHi, http://www.playvid.com/watch/K9DNwz6jKeA, http://www.playvid.com/watch/djPteFw8fFW, http://www.playvid.com/watch/NV2hAb-jXiN, http://www.playvid.com/watch/Y0B5yvcTgof, http://www.playvid.com/watch/ti5fvuTYga0, http://www.playvid.com/watch/SyBPANQq56Y, http://www.playvid.com/watch/3gnSu5WGEnw, http://www.playvid.com/watch/W-HIBsjQp7G, http://www.playvid.com/watch/w6-SXLlUQyx, http://www.playvid.com/watch/NLzw7pQeAew, http://www.playvid.com/watch/QOV66nqrEnJ, http://www.playvid.com/watch/S5txcVBMmF9, http://www.playvid.com/watch/A9Z7Jb9uAoT, http://www.playvid.com/watch/IqH6jftutQT, http://www.playvid.com/watch/yVT6Iy29YgQ, http://www.playvid.com/watch/EG5CL4RhphK, http://www.playvid.com/watch/YsSLPB23zSU, http://www.playvid.com/watch/SEfBcNUX5Sh, http://www.playvid.com/watch/GMSwwrHISlN, http://www.playvid.com/watch/BpnrKj7UX0B, http://www.playvid.com/watch/yzY0xxP9iup, http://www.playvid.com/watch/CGeLlomixyo, http://www.playvid.com/watch/JSJJE9NZL94, http://www.playvid.com/watch/y3v34rJMMCk, http://www.playvid.com/watch/ZnlKkGaSPNt, http://www.playvid.com/watch/U7QaYD-Q2Ix, http://www.playvid.com/watch/TwvglzNyDIc, http://www.playvid.com/watch/nvaISIj8Vak, http://www.playvid.com/watch/U4Uje7X-Fzt, http://www.playvid.com/watch/lLS3bYi3NUL, http://www.playvid.com/watch/mDfsI88ZUBE
5.f. Date of third notice: 2013-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boomroom
5.b. Uploader's email address: urimanson1980@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/boomroom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DaG9sF6obAf, http://www.playvid.com/watch/66vKdI2RJtG, http://www.playvid.com/watch/WEuOomahFsv, http://www.playvid.com/watch/BxxGkn80wro, http://www.playvid.com/watch/zSy3ri-N6Py, http://www.playvid.com/watch/pChSqeU5P5D, http://www.playvid.com/watch/jC7V6Yq65Qz, http://www.playvid.com/watch/mmN5oxawNJc, http://www.playvid.com/watch/MzobcQlf62V, http://www.playvid.com/watch/b7adD2eyt4a, http://www.playvid.com/watch/OPRwmiTkg2v, http://www.playvid.com/watch/AbC9ayD9aDV, http://www.playvid.com/watch/wzWcKp-nRGi, http://www.playvid.com/watch/0uYW3yxkcbv, http://www.playvid.com/watch/dW0PZGA-4cw, http://www.playvid.com/watch/vvXNoiJecjS, http://www.playvid.com/watch/9z-1DfJMwM5, http://www.playvid.com/watch/DGB5UF3Ccvz, http://www.playvid.com/watch/2ponet0Lx3i, http://www.playvid.com/watch/AHi69La3feT, http://www.playvid.com/watch/U-1jxVybsZB, http://www.playvid.com/watch/x_9BUbKN3SD, http://www.playvid.com/watch/6cJY8vp1nSQ, http://www.playvid.com/watch/Iq3JTLAhsRO, http://www.playvid.com/watch/SF2XZWir-il, http://www.playvid.com/watch/LES_FO2ehOk, http://www.playvid.com/watch/YMnrnQTqkXi, http://www.playvid.com/watch/BvcxN3eC1IM, http://www.playvid.com/watch/KLXcbZoK3Jx, http://www.playvid.com/watch/cHqfeU5i73P, http://www.playvid.com/watch/0TBzUgTLYoQ, http://www.playvid.com/watch/h133ZwxoLYu, http://www.playvid.com/watch/lKx0ayISkRK, http://www.playvid.com/watch/75ccmZwo1TD, http://www.playvid.com/watch/Zc0wEzp0Cb7, http://www.playvid.com/watch/p1QNo3f9MlI, http://www.playvid.com/watch/OVePrzTX3pN, http://www.playvid.com/watch/FEuiBY5n1Sq, http://www.playvid.com/watch/yCE9rjW6AG2, http://www.playvid.com/watch/XZdbe3gHEde, http://www.playvid.com/watch/xQe-cxe_UYH, http://www.playvid.com/watch/eD5n1rxg06Q, http://www.playvid.com/watch/5Gu64qC7Xhc, http://www.playvid.com/watch/kOUgp-n4nh9, http://www.playvid.com/watch/kX0bhC2Y9pu, http://www.playvid.com/watch/n1GYCnWAfQm, http://www.playvid.com/watch/IrMRA3kePP6, http://www.playvid.com/watch/bA1myekpu7C, http://www.playvid.com/watch/MlmPWxUL3ih, http://www.playvid.com/watch/ReqTHH0KI7F, http://www.playvid.com/watch/hOY_13PikOg, http://www.playvid.com/watch/iyu3ZZZM6nA, http://www.playvid.com/watch/YW5oRE0MmDk, http://www.playvid.com/watch/ZkZCqWEKmmC, http://www.playvid.com/watch/W32AhTJGZqC, http://www.playvid.com/watch/STAvkgEGr9d,

http://www.playvid.com/watch/dIskDnIMntk, http://www.playvid.com/watch/y5kwNVxXVvh, http://www.playvid.com/watch/f54iowt-XQ7,
http://www.playvid.com/watch/QV1GO_nXMoe, http://www.playvid.com/watch/7LQB6AySFq2, http://www.playvid.com/watch/e7to-9Opv8M,
http://www.playvid.com/watch/Jph8u5bPRwM, http://www.playvid.com/watch/FsI7ewWQS_Q, http://www.playvid.com/watch/6GW0h3ydtoX,
http://www.playvid.com/watch/l50uN6pDPPL, http://www.playvid.com/watch/IvJX-reh3sE, http://www.playvid.com/watch/RqucxWfO6ol,
http://www.playvid.com/watch/L9jc16_KDBP, http://www.playvid.com/watch/j0haUsAWriu, http://www.playvid.com/watch/pfRL_QU3Fs4,
http://www.playvid.com/watch/GhmOGhJFbE2, http://www.playvid.com/watch/LHzGSeI6FrZ, http://www.playvid.com/watch/7m94Bky2Nsf,
http://www.playvid.com/watch/ksdCYQGb530, http://www.playvid.com/watch/MI98BrIAZ12, http://www.playvid.com/watch/t4jK5_F4DIF,
http://www.playvid.com/watch/hnFH0_WYR4p, http://www.playvid.com/watch/XlQRD8NreeD, http://www.playvid.com/watch/dHgpwbPtsdY,
http://www.playvid.com/watch/dJfCpMPYswU, http://www.playvid.com/watch/dFmalw-FqQu, http://www.playvid.com/watch/G4qQLLEyTBV,
http://www.playvid.com/watch/mk3p2lNw7cN, http://www.playvid.com/watch/K85YyjSJuzy, http://www.playvid.com/watch/MtclLVkpy5L,
http://www.playvid.com/watch/YAnBCRxx-ZL, http://www.playvid.com/watch/i8mWMLXnLRo, http://www.playvid.com/watch/7esrde8ajkl,
http://www.playvid.com/watch/ChKsvDTgSPx, http://www.playvid.com/watch/WZoLCAjaDns, http://www.playvid.com/watch/pE2W-M-ZWry,
http://www.playvid.com/watch/ijfTl52ouy4, http://www.playvid.com/watch/LZ60DzknfhQ, http://www.playvid.com/watch/9u9u5tX5gsh,
http://www.playvid.com/watch/TxWMbBQZkaM, http://www.playvid.com/watch/brY-En6lw-p, http://www.playvid.com/watch/m_tVfIqWZm2,
http://www.playvid.com/watch/M_NpoU7cJfs, http://www.playvid.com/watch/B466TyVOJuX, http://www.playvid.com/watch/vTqd7M0deMZ,
http://www.playvid.com/watch/Wiub6BEM23c, http://www.playvid.com/watch/6ViasS-8Qwi, http://www.playvid.com/watch/i0KTH9NLrDw,
http://www.playvid.com/watch/BGgFpzp9Dgu, http://www.playvid.com/watch/M5lopnrnRqG, http://www.playvid.com/watch/v1Y3D8R0a00,
http://www.playvid.com/watch/cDWhtSO2_ny, http://www.playvid.com/watch/7xS_0qtWON4, http://www.playvid.com/watch/tPs90JcqYFN,
http://www.playvid.com/watch/s7yFMavH1ZP, http://www.playvid.com/watch/MCgEJVqeBLH, http://www.playvid.com/watch/FkTRZzoHDIq,
http://www.playvid.com/watch/MTMEBMOND-9, http://www.playvid.com/watch/9kYTFXpaYe0, http://www.playvid.com/watch/G2OL_sWkoQK,
http://www.playvid.com/watch/K-IXpjnxu0y, http://www.playvid.com/watch/uBRM2IeUS2l, http://www.playvid.com/watch/7tsogK67N1p,
http://www.playvid.com/watch/78L-HbhR-oy, http://www.playvid.com/watch/S-OktrE8Psx, http://www.playvid.com/watch/sIxEkiaN6Zi,
http://www.playvid.com/watch/EiFrQgSVjbq, http://www.playvid.com/watch/fOMAcK1QlaU, http://www.playvid.com/watch/VD2g-4d_kyX,
http://www.playvid.com/watch/7z2_-PfnrH7, http://www.playvid.com/watch/P5e5KerYLvW, http://www.playvid.com/watch/oB2ApmDidcl,
http://www.playvid.com/watch/sT4EPWsKLGH, http://www.playvid.com/watch/nQZ5NHoW-fV, http://www.playvid.com/watch/zCDdxw836io,
http://www.playvid.com/watch/aNm4qbvqUA9, http://www.playvid.com/watch/w5fNVD9tSvA, http://www.playvid.com/watch/InzA27TM1fp,
http://www.playvid.com/watch/IeGlCE86oqn, http://www.playvid.com/watch/MihaIrCxK9H, http://www.playvid.com/watch/D46wXBO16ql,
http://www.playvid.com/watch/ucEudtZeW6w, http://www.playvid.com/watch/L5iK330qelH, http://www.playvid.com/watch/TG6ktQ9NIHd,
http://www.playvid.com/watch/4cblTsZDh_p, http://www.playvid.com/watch/O1i9krGETDA, http://www.playvid.com/watch/c0TsgjPeCrg,
http://www.playvid.com/watch/UVh06rlziC7, http://www.playvid.com/watch/n6leW9m9mVv, http://www.playvid.com/watch/n7zMAXzsKe6,
http://www.playvid.com/watch/MnbJ_MHJMbh, http://www.playvid.com/watch/d37WsCM3Trz, http://www.playvid.com/watch/FVANJb0R0ev,
http://www.playvid.com/watch/YrP9V-mvO0g, http://www.playvid.com/watch/sqtrLx9t9gS, http://www.playvid.com/watch/2X4TyvzScE9,
http://www.playvid.com/watch/kx0pce7wY8G, http://www.playvid.com/watch/f51b0FGz8vw, http://www.playvid.com/watch/xru946Ozwz0,
http://www.playvid.com/watch/IwMDne-g8vJ, http://www.playvid.com/watch/NB1AhB4Zx_m, http://www.playvid.com/watch/DJPj7JFh3nw,
http://www.playvid.com/watch/7_UGxhZk8wo, http://www.playvid.com/watch/kBsHsnxIHSX, http://www.playvid.com/watch/E_C6hmuz1UW,
http://www.playvid.com/watch/9L9ckKnyfLH, http://www.playvid.com/watch/3LsuLAKOGOw, http://www.playvid.com/watch/k81YUQicyXS,
http://www.playvid.com/watch/zrL7MsT5hwS, http://www.playvid.com/watch/DxXxmLw2fev, http://www.playvid.com/watch/CNWGg1vsiHd,
http://www.playvid.com/watch/T0Zxrk1n6Zn, http://www.playvid.com/watch/d2L2YKD74EV, http://www.playvid.com/watch/itZUSlrABk8,
http://www.playvid.com/watch/DDNLbUuqucz, http://www.playvid.com/watch/zd8ymBn3X4c, http://www.playvid.com/watch/JWHigzLfC7T,
http://www.playvid.com/watch/TNSYVl1ssrY, http://www.playvid.com/watch/xb_SgTA7Egs, http://www.playvid.com/watch/OqNC1SW97xB,
http://www.playvid.com/watch/TtZsvWwB330, http://www.playvid.com/watch/K9iqOtBpgxE, http://www.playvid.com/watch/44pqV5Lh9tV,
http://www.playvid.com/watch/MZDw12YFiuS, http://www.playvid.com/watch/f2dDVZX9lTu, http://www.playvid.com/watch/KSquyUO5bUo,
http://www.playvid.com/watch/rDB3CkQck0U, http://www.playvid.com/watch/Zzy0e3SbI79, http://www.playvid.com/watch/jyNAIHWPlvk,
http://www.playvid.com/watch/8XGMW_JUxTR, http://www.playvid.com/watch/oCmEkG1LVxt, http://www.playvid.com/watch/6mr4bxmPtvn,
http://www.playvid.com/watch/E1dCkOFxAUN, http://www.playvid.com/watch/svWEKzz1mkn, http://www.playvid.com/watch/8-Xi6mt9-qZ,
http://www.playvid.com/watch/YWTIPru9VHq, http://www.playvid.com/watch/HCea1BOXHbj, http://www.playvid.com/watch/zkVyk5yfuP3,
http://www.playvid.com/watch/V1z6jcQIUi4, http://www.playvid.com/watch/ADV7KAOWznv, http://www.playvid.com/watch/dC6UP-pkzZ9,
http://www.playvid.com/watch/bJsR6JrXu_8, http://www.playvid.com/watch/sDcrwPl9ZhU, http://www.playvid.com/watch/aLYipN5gkMQ,
http://www.playvid.com/watch/frbMf1JyWeB, http://www.playvid.com/watch/mdTYp_Uyx06, http://www.playvid.com/watch/Uct6zlDivGL,
http://www.playvid.com/watch/V9lq2Z6bESF, http://www.playvid.com/watch/qX6K0YECL9P, http://www.playvid.com/watch/7wqnYU8TWkW,
http://www.playvid.com/watch/3eF7vCxkDj8, http://www.playvid.com/watch/ohwqQwmibt5, http://www.playvid.com/watch/oq1yUpdC1go,
http://www.playvid.com/watch/sWm6XLaMQG4, http://www.playvid.com/watch/g937ba1kt9p, http://www.playvid.com/watch/ApxWsd4CzEY,
http://www.playvid.com/watch/Q69M7NZ9F_o, http://www.playvid.com/watch/8hsbrsaWuIM, http://www.playvid.com/watch/yrNVbJIZRwI,
http://www.playvid.com/watch/QC7_dk0cFu7, http://www.playvid.com/watch/Fy8jCE8Z5QL, http://www.playvid.com/watch/X8Xwlvx3TCy,
http://www.playvid.com/watch/AjFE9ZU4BNb, http://www.playvid.com/watch/bkYK_PoUEgU, http://www.playvid.com/watch/HS0s3Fign43,
http://www.playvid.com/watch/V9gUO3mG1JA, http://www.playvid.com/watch/NARMJoSOqU2, http://www.playvid.com/watch/AJv_wkToGiC,
http://www.playvid.com/watch/Dtrrc4_azKP, http://www.playvid.com/watch/bo0o53XD4om, http://www.playvid.com/watch/dgRwsb2lYFy,
http://www.playvid.com/watch/WfGBeEV90NM, http://www.playvid.com/watch/a2JsU2ElxEl, http://www.playvid.com/watch/nJjgOuf6uNl,
http://www.playvid.com/watch/lbKD3WHCeIU, http://www.playvid.com/watch/X14Ip7sFvjA, http://www.playvid.com/watch/xkwvdno89Dm,
http://www.playvid.com/watch/r81JK-qTeKu, http://www.playvid.com/watch/JLc63sQ13HT, http://www.playvid.com/watch/3AYyLR2bSn2,
http://www.playvid.com/watch/wQsHT9dBf9H, http://www.playvid.com/watch/uIVUVgyG2ox, http://www.playvid.com/watch/0taOxejlYOd,
http://www.playvid.com/watch/z9iopsZ0Ycd, http://www.playvid.com/watch/a5P-WaSXm_l, http://www.playvid.com/watch/qh3p85ptlaf,
http://www.playvid.com/watch/rnxb3Plo8HB, http://www.playvid.com/watch/aVvSuQEOPQE, http://www.playvid.com/watch/NtZ-0AMAywO,
http://www.playvid.com/watch/git3NlM-cQZ, http://www.playvid.com/watch/foT1kYnaIUw, http://www.playvid.com/watch/ist-bvHWn9m,
http://www.playvid.com/watch/Z2FfjwDojEX, http://www.playvid.com/watch/Zkt5dWsILtN, http://www.playvid.com/watch/zHQ3ctXXhci,
http://www.playvid.com/watch/ixQL6I4YVpP, http://www.playvid.com/watch/eXrcfLPz3tn, http://www.playvid.com/watch/Y7U8lqEBuS3,
http://www.playvid.com/watch/0G68pWlnZr5, http://www.playvid.com/watch/3MLBpMF94fp, http://www.playvid.com/watch/5rWop9oQPca,
http://www.playvid.com/watch/tZ3OlGUULOY, http://www.playvid.com/watch/LqTWWmUJ6M9, http://www.playvid.com/watch/eeucMKlFKjX,
http://www.playvid.com/watch/dH3QI08WLyH, http://www.playvid.com/watch/aPN5Q6CM1XG, http://www.playvid.com/watch/tOw_v5Oxska,
http://www.playvid.com/watch/MxR5w5LzlZ7, http://www.playvid.com/watch/jm0l9ywXXUG, http://www.playvid.com/watch/O8IMTZOmw52,
http://www.playvid.com/watch/eju156VujHo, http://www.playvid.com/watch/ZIK_A1um-Ew, http://www.playvid.com/watch/Je_RmKoWLIb,
http://www.playvid.com/watch/0vYB5nto1sp, http://www.playvid.com/watch/LNfgU5I9TFH, http://www.playvid.com/watch/IqNco1zwnma,
http://www.playvid.com/watch/VCO9wxBvc4w, http://www.playvid.com/watch/QTWGAMrOO-W, http://www.playvid.com/watch/FrWOf8VJB_k,
http://www.playvid.com/watch/iC-LLUuroZZ, http://www.playvid.com/watch/w97j1fTvB7G, http://www.playvid.com/watch/yAEnwH_SXrK,
http://www.playvid.com/watch/uJCq6xl2EIZ, http://www.playvid.com/watch/Oe6Gg4yM5TH, http://www.playvid.com/watch/Lp4S7vsVYXI,
http://www.playvid.com/watch/26ped8g0AaO, http://www.playvid.com/watch/gMFEZrA2Hw2, http://www.playvid.com/watch/H9ZGc5kdE-v,
http://www.playvid.com/watch/J2wW14raoKC, http://www.playvid.com/watch/aW4EkOaaTHA, http://www.playvid.com/watch/MsZPwaCQV0k,
http://www.playvid.com/watch/cbwtcH4y8nH, http://www.playvid.com/watch/BnTVL8t-Kol, http://www.playvid.com/watch/tYMZsAnKsOS,
http://www.playvid.com/watch/wIJQwzX0JrF, http://www.playvid.com/watch/bMhERjg3uKv, http://www.playvid.com/watch/RKd9OjqCJvM,
http://www.playvid.com/watch/99zv1fUbf0Q, http://www.playvid.com/watch/yYPfG73F4Ql, http://www.playvid.com/watch/vH-n8SxCjQf,
http://www.playvid.com/watch/4w6Y4QVZRRM, http://www.playvid.com/watch/vNxQeL9M1Em, http://www.playvid.com/watch/HbfsWZWRKfF,
http://www.playvid.com/watch/2DMwP-54fbY, http://www.playvid.com/watch/2Yy4DEwxAVo, http://www.playvid.com/watch/u-vzc2D0CSL,
http://www.playvid.com/watch/N-eW4-eiyph, http://www.playvid.com/watch/W5eXFnihJff, http://www.playvid.com/watch/CGqo9SEmOFV,
http://www.playvid.com/watch/fLPYmjucvz7, http://www.playvid.com/watch/q-g9RAW7I2i, http://www.playvid.com/watch/wR-UlvaivKx,
http://www.playvid.com/watch/cPicoscbnWv, http://www.playvid.com/watch/E2S4P2ajk1J, http://www.playvid.com/watch/QibFTIfNoyj,
http://www.playvid.com/watch/Lp-5aLYr2b9, http://www.playvid.com/watch/B060x7KEIvb, http://www.playvid.com/watch/Xc5XAqJl_fu,
http://www.playvid.com/watch/LP_STM0scwX, http://www.playvid.com/watch/l2GbRmTREOY, http://www.playvid.com/watch/pVw_1kd2stf,
http://www.playvid.com/watch/OhiLnL43BOI, http://www.playvid.com/watch/ITbTu5u1Noi, http://www.playvid.com/watch/XYhZrEEbOlG,
http://www.playvid.com/watch/LZzsxlkkPhd, http://www.playvid.com/watch/9ogEGRH0GJJ, http://www.playvid.com/watch/zHcBXytDj8U,
http://www.playvid.com/watch/JOw-MfmeLHE, http://www.playvid.com/watch/MupJ0SiPm1F, http://www.playvid.com/watch/pQaUIIJirQo,
http://www.playvid.com/watch/UMGdVvJ2Omi, http://www.playvid.com/watch/NVprNCDB16j, http://www.playvid.com/watch/bDIaqkXTk8E,
http://www.playvid.com/watch/ZEez6dK8DgZ, http://www.playvid.com/watch/laH9e1knmQx, http://www.playvid.com/watch/RCpFYDeHULQ,
http://www.playvid.com/watch/Nbeyrgq0D26, http://www.playvid.com/watch/wmYyXXCM2D5, http://www.playvid.com/watch/VDkvl92SrSA,
http://www.playvid.com/watch/8nT5VBjUQPw, http://www.playvid.com/watch/vCYhR4vJvki, http://www.playvid.com/watch/Ws9RjZ3JTKs,
http://www.playvid.com/watch/uyMJ8H3Z6ME, http://www.playvid.com/watch/2pEaWz0YjHB, http://www.playvid.com/watch/I4tymd6qlJ2,
http://www.playvid.com/watch/HNnRnL0rt8x, http://www.playvid.com/watch/agcXXXWm9pJ, http://www.playvid.com/watch/wO1oJNDn6jG,

http://www.playvid.com/watch/BPVfy7OoAVl, http://www.playvid.com/watch/Kj_8k2PReag, http://www.playvid.com/watch/32WvQE9ynNr,
http://www.playvid.com/watch/rtKRLvtKn9S, http://www.playvid.com/watch/rVu3Oh2Uo_c, http://www.playvid.com/watch/Lq-AJbAHTbE,
http://www.playvid.com/watch/BLQBOOLhsQN, http://www.playvid.com/watch/LukBdZSnDi3, http://www.playvid.com/watch/02SdU46FRlG,
http://www.playvid.com/watch/kDO-NA7kp-o, http://www.playvid.com/watch/to80ccbFfQC, http://www.playvid.com/watch/v81b4Agt04p,
http://www.playvid.com/watch/LLyANQ8M0hs, http://www.playvid.com/watch/mfI6yfXJT_w, http://www.playvid.com/watch/oFZmJejWCyL,
http://www.playvid.com/watch/C9YWCiWCBk6, http://www.playvid.com/watch/EBfgN9v0rJJ, http://www.playvid.com/watch/UNESywqPE9r,
http://www.playvid.com/watch/Ih9wrZe6pYY, http://www.playvid.com/watch/PBMlj8YwRZn, http://www.playvid.com/watch/Mkd0TeDvInh,
http://www.playvid.com/watch/XpuYw5CwO0R, http://www.playvid.com/watch/bpT34MZdVMP, http://www.playvid.com/watch/MxWXyIrRe1A,
http://www.playvid.com/watch/S_h4sFQnaBd, http://www.playvid.com/watch/aKxi4Etilmz, http://www.playvid.com/watch/kr7Jba8w2qW,
http://www.playvid.com/watch/kT44onG5JzW, http://www.playvid.com/watch/FJ-kP5-v05c, http://www.playvid.com/watch/C18x6BqVinD,
http://www.playvid.com/watch/TSkuRvwNIY0, http://www.playvid.com/watch/gYnG3o4gSiu, http://www.playvid.com/watch/NFD4sETpmVZ,
http://www.playvid.com/watch/IyuUeK--BqK, http://www.playvid.com/watch/L_ZqKI6eZ2D, http://www.playvid.com/watch/Tab8JffuID5,
http://www.playvid.com/watch/D2AXz-vPSUD, http://www.playvid.com/watch/r9uW3PJ5qUg, http://www.playvid.com/watch/SeKsGg6yNId,
http://www.playvid.com/watch/70A8vECt9Ap, http://www.playvid.com/watch/AXZMJQR6VQu, http://www.playvid.com/watch/DLQTyEh3bxR,
http://www.playvid.com/watch/R_RYSe6Mtnw, http://www.playvid.com/watch/BidHLzdYGts, http://www.playvid.com/watch/MuaFmMtqv55,
http://www.playvid.com/watch/oglv5vqowFz, http://www.playvid.com/watch/GC8XQe0vQSY, http://www.playvid.com/watch/tbTIZw7gP6r,
http://www.playvid.com/watch/m2BL3WN9QA7, http://www.playvid.com/watch/4DwvGV3Oli6, http://www.playvid.com/watch/ES601faqtZX,
http://www.playvid.com/watch/d-PD8A5UY8s, http://www.playvid.com/watch/FbzN76O28BK, http://www.playvid.com/watch/3lVmV8jDcRJ,
http://www.playvid.com/watch/v2WK1ZLTYpd, http://www.playvid.com/watch/tyxUtyisev4, http://www.playvid.com/watch/vF5gxIAP3O3,
http://www.playvid.com/watch/NBUy4ezKZcU, http://www.playvid.com/watch/Kvpy30my8tm, http://www.playvid.com/watch/HjyPAvvgbK3,
http://www.playvid.com/watch/DUS6_slJ2K6, http://www.playvid.com/watch/IFNOcilthJA, http://www.playvid.com/watch/C2vQnUMEHQW,
http://www.playvid.com/watch/EFQBrR3dJO5, http://www.playvid.com/watch/frmigb9zR4J, http://www.playvid.com/watch/mcr4B6cI_5t,
http://www.playvid.com/watch/0QC_CbmGPw6, http://www.playvid.com/watch/ZNzyHDmy8Ot, http://www.playvid.com/watch/eN1aA89RvVW,
http://www.playvid.com/watch/z-9ciErFj6O, http://www.playvid.com/watch/YBD4qmV3wPJ, http://www.playvid.com/watch/gc6MKw32cgq,
http://www.playvid.com/watch/x3VWYSCJ0Vd, http://www.playvid.com/watch/x_1WNAPyP4F, http://www.playvid.com/watch/0FrI1wlN0Li,
http://www.playvid.com/watch/fKyChTTHgSN, http://www.playvid.com/watch/DII1rq3rBhJ, http://www.playvid.com/watch/O3kKV8sKNhR,
http://www.playvid.com/watch/fsqA88pBMYJ, http://www.playvid.com/watch/bL0buvU3izm, http://www.playvid.com/watch/cE4J4qwRs9u,
http://www.playvid.com/watch/aR-qE0xEaIt, http://www.playvid.com/watch/5MccDNgLviw, http://www.playvid.com/watch/RGErFdJz83q,
http://www.playvid.com/watch/TJIGT-ZDb3Y, http://www.playvid.com/watch/vpK1ubovfDU, http://www.playvid.com/watch/TjQwiviZABa,
http://www.playvid.com/watch/ViJNbZvNmCO, http://www.playvid.com/watch/L8sTXElJijP, http://www.playvid.com/watch/QsCHy1hEr4y,
http://www.playvid.com/watch/fEqVf0XXW_B, http://www.playvid.com/watch/Cpih1hdBRzT, http://www.playvid.com/watch/fYmZNPDTUoZ,
http://www.playvid.com/watch/q7dPTqxNYLs, http://www.playvid.com/watch/RGkxbLQa5Ul, http://www.playvid.com/watch/f3jivFphGhu,
http://www.playvid.com/watch/wkpJIu-a_SP, http://www.playvid.com/watch/zI3-AvrtamZ, http://www.playvid.com/watch/k_-AF4TMU4L,
http://www.playvid.com/watch/P-4EkjGmoY2, http://www.playvid.com/watch/HexZuDVfZKu, http://www.playvid.com/watch/oMemKTHjGEa,
http://www.playvid.com/watch/fL4Gg1Xv3GE, http://www.playvid.com/watch/01TkMHvXo9j, http://www.playvid.com/watch/e9gsvMwKWnW,
http://www.playvid.com/watch/CbTWpM9be0w, http://www.playvid.com/watch/4qjZQFPCnrS, http://www.playvid.com/watch/4r_cbKPjmlK,
http://www.playvid.com/watch/i6406lntZZt, http://www.playvid.com/watch/5Yk930L6_mO, http://www.playvid.com/watch/Yfu-f7yjov6,
http://www.playvid.com/watch/0BjU8OCIzpE, http://www.playvid.com/watch/0oyI0SidgiS, http://www.playvid.com/watch/ZZWmsaEyJWB,
http://www.playvid.com/watch/fvYpYBXiGtD, http://www.playvid.com/watch/maZu0NZqRdK, http://www.playvid.com/watch/Sx11x7fhHnf,
http://www.playvid.com/watch/nJHotFgJUHQ, http://www.playvid.com/watch/ngC2ca59Etv, http://www.playvid.com/watch/MZ5VFD3UDlO,
http://www.playvid.com/watch/CoMpjzRY2VF, http://www.playvid.com/watch/b-shWeHrrL0, http://www.playvid.com/watch/W4D_ljsTmxV,
http://www.playvid.com/watch/J8Ww6T0uNvI, http://www.playvid.com/watch/RLAjNirIeiW, http://www.playvid.com/watch/ItSAGU4tQ9L,
http://www.playvid.com/watch/IdW2J3_5Nvl, http://www.playvid.com/watch/3JBKvFM6suk, http://www.playvid.com/watch/C5_Co-0gwmj,
http://www.playvid.com/watch/DR-RHxAs8BU, http://www.playvid.com/watch/q5YLz5ihA1u, http://www.playvid.com/watch/9tUEgT0yliJ,
http://www.playvid.com/watch/oxl6rt2Aju2, http://www.playvid.com/watch/mtj_48I69hB, http://www.playvid.com/watch/PTBatYKd-xg,
http://www.playvid.com/watch/fAlULT_u0CR, http://www.playvid.com/watch/Wb15ayP-uqu, http://www.playvid.com/watch/L4zGnMkp3Dq,
http://www.playvid.com/watch/7LMOK6RTfG6, http://www.playvid.com/watch/dDNY6YCz1nn, http://www.playvid.com/watch/6MrknE6o90J,
http://www.playvid.com/watch/EW9hfHGIrSQ, http://www.playvid.com/watch/ALThUBLZMmO, http://www.playvid.com/watch/P6kzgnjijWg,
http://www.playvid.com/watch/aNhBSChqP-a, http://www.playvid.com/watch/Mq3MjF7v0C3, http://www.playvid.com/watch/wIAwy3PNFWb,
http://www.playvid.com/watch/ZJyv5AGSn5t, http://www.playvid.com/watch/76B-psaLhpa, http://www.playvid.com/watch/IrYyHEBh1Fw,
http://www.playvid.com/watch/83-eK0DV9dZ, http://www.playvid.com/watch/HVj2l2VwrCB, http://www.playvid.com/watch/Hv1F-lcQvTc,
http://www.playvid.com/watch/cLslfWmIhYG, http://www.playvid.com/watch/wC_QXsQQyNF, http://www.playvid.com/watch/Q8yT1wljTEC,
http://www.playvid.com/watch/N3ewkLHhqxz, http://www.playvid.com/watch/Uv46NMg-yw4, http://www.playvid.com/watch/p2CXhTx_n0N
5.f. Date of third notice: 2014-12-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Borisyeltsin1991
5.b. Uploader's email address: B.yeltsin1991@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Borisyeltsin1991
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bsxmkDR8gvI, http://www.playvid.com/watch/eNCVwOoeE2J,
http://www.playvid.com/watch/Q3uhZ9SvHaI, http://www.playvid.com/watch/WyqGEPlDWSl, http://www.playvid.com/watch/qjKSb0VzZE8,
http://www.playvid.com/watch/T-TXq7HIB2K, http://www.playvid.com/watch/LN9ttXQ03-N, http://www.playvid.com/watch/c9gpNkThgxr,
http://www.playvid.com/watch/0vD8O9bwfg5, http://www.playvid.com/watch/6X4wgCot8GO, http://www.playvid.com/watch/LkP8wVOo5vB
5.f. Date of third notice: 2014-01-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bounty
5.b. Uploader's email address: vanesssaagray@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bounty
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4uBKW8QSHAt, http://www.playvid.com/watch/scUEDHWhTBp,
http://www.playvid.com/watch/piyPItPUQiS, http://www.playvid.com/watch/LDRv8-8E9QY, http://www.playvid.com/watch/4OQc59zAdVU,
http://www.playvid.com/watch/iYxmOhZqrUk, http://www.playvid.com/watch/jWYKuamyKXk, http://www.playvid.com/watch/bbwRXWE2OAt,
http://www.playvid.com/watch/ZeFMSRcYjUr, http://www.playvid.com/watch/QWtlBADj-ye, http://www.playvid.com/watch/NmFAfecBmtS,
http://www.playvid.com/watch/RJ8GugJhcP0, http://www.playvid.com/watch/ReZt5Pfy6MT, http://www.playvid.com/watch/cDWEcwI7jiP,
http://www.playvid.com/watch/0BMjF2lTNNs, http://www.playvid.com/watch/SvAgVHfb4oc, http://www.playvid.com/watch/o5CmKTaxpXN,
http://www.playvid.com/watch/IQQi5iFasQv, http://www.playvid.com/watch/NnKn9kTgSny, http://www.playvid.com/watch/ipdP8FQl4gJ,
http://www.playvid.com/watch/lRtyAiZRFei, http://www.playvid.com/watch/uCLPSYPei3K, http://www.playvid.com/watch/jHFBJVCT09b,
http://www.playvid.com/watch/olHHml5x6uY, http://www.playvid.com/watch/juWAQO36uhH, http://www.playvid.com/watch/uFcmeInCAfk,
http://www.playvid.com/watch/8zY5FxXMybG, http://www.playvid.com/watch/UY423KcPbFo, http://www.playvid.com/watch/WOHyt9enW2y,
http://www.playvid.com/watch/JRA6S7pTMtR, http://www.playvid.com/watch/D6ZbhbVlQNF, http://www.playvid.com/watch/kKalCONdHrS,
http://www.playvid.com/watch/0sKQqYL4DP-, http://www.playvid.com/watch/5voaPgETPDf, http://www.playvid.com/watch/dlfbz7NEVUs,
http://www.playvid.com/watch/GWmgdfxPOC2, http://www.playvid.com/watch/ZzYT2HpUkiu, http://www.playvid.com/watch/GMTozuRT-Zv,
http://www.playvid.com/watch/oRlDwuF4Z4c, http://www.playvid.com/watch/AuRKwQsPld3, http://www.playvid.com/watch/Gy8LCh5wJTP,
http://www.playvid.com/watch/4GhTDO8AqHT, http://www.playvid.com/watch/R8D5FHNoOtr, http://www.playvid.com/watch/JMus3cGM-qp,
http://www.playvid.com/watch/TkFWxYVDmGa, http://www.playvid.com/watch/n78WKZR8k0h, http://www.playvid.com/watch/l0nOZbTMmea,
http://www.playvid.com/watch/7k0Oyq0cpXl, http://www.playvid.com/watch/Ko8usQx638-, http://www.playvid.com/watch/JzfLKoiRKTD,
http://www.playvid.com/watch/o7K7lmLDJYJ, http://www.playvid.com/watch/PdEcxPHcNse, http://www.playvid.com/watch/a2FaULlAmED,
http://www.playvid.com/watch/pZZDAb0M2Rc, http://www.playvid.com/watch/OoFeVXnJPJ5, http://www.playvid.com/watch/HSMFyXKGddy,
http://www.playvid.com/watch/FS5T-0b2ER3, http://www.playvid.com/watch/lS8TkLnUY5H, http://www.playvid.com/watch/3ysUYpc4mIY,
http://www.playvid.com/watch/pvigJ2Cx3MX, http://www.playvid.com/watch/hH5ssKPmVEH, http://www.playvid.com/watch/rtcGDfq5xxr,
http://www.playvid.com/watch/uxRSiXdCOjr, http://www.playvid.com/watch/F-qpQuYXzAA, http://www.playvid.com/watch/UZCLXRGBcXW,
http://www.playvid.com/watch/hSeiiZSKkWn, http://www.playvid.com/watch/R0oESWiPmwQ, http://www.playvid.com/watch/2DAgl99rUQN,
http://www.playvid.com/watch/uwVKTGHS4TH, http://www.playvid.com/watch/JWFe2HOdNgo, http://www.playvid.com/watch/WoTbn-4Iksx,
http://www.playvid.com/watch/p8DoD6mNmjG, http://www.playvid.com/watch/ONTlHzUIWvF, http://www.playvid.com/watch/kHxFKQDNvn7,
http://www.playvid.com/watch/UMIBn55A6MQ, http://www.playvid.com/watch/X4-gwfYTF-o, http://www.playvid.com/watch/MrzIVGfB5Ia,
http://www.playvid.com/watch/xzLkHrnLYlI, http://www.playvid.com/watch/x-MF4Owwl9i, http://www.playvid.com/watch/lSiMdOjWLfD,

http://www.playvid.com/watch/XxZmMtCV77b, http://www.playvid.com/watch/9MZDbflI4jV, http://www.playvid.com/watch/Xrb6zEBRDek,
http://www.playvid.com/watch/oAMPqaMBYMw, http://www.playvid.com/watch/0DEpkmwEKw8, http://www.playvid.com/watch/A3TRQHbvvUd,
http://www.playvid.com/watch/DDf-NPwdSj4, http://www.playvid.com/watch/62rgDXulft8, http://www.playvid.com/watch/Wz5BawKcAww,
http://www.playvid.com/watch/pEw7qb-Q-aM, http://www.playvid.com/watch/p89KTOxR7JO, http://www.playvid.com/watch/gUNSSqAw97M,
http://www.playvid.com/watch/m4aAyKdgEFQ, http://www.playvid.com/watch/xBklKA2rtlY, http://www.playvid.com/watch/GgEgAcR7bpt,
http://www.playvid.com/watch/tnm94GfyZzz, http://www.playvid.com/watch/8he0A-rNr9A, http://www.playvid.com/watch/S70R2NJsfpD,
http://www.playvid.com/watch/7GlLoLhbUo0, http://www.playvid.com/watch/y2IMVo2WjVd, http://www.playvid.com/watch/Ei8Pt0gtLRB,
http://www.playvid.com/watch/oDjmK8GXU9h, http://www.playvid.com/watch/t3ye275mUeI, http://www.playvid.com/watch/6Ifh5yH0zTB,
http://www.playvid.com/watch/LmvFIBf3kiH, http://www.playvid.com/watch/SuvpZujZtVj, http://www.playvid.com/watch/YRgFBLPzmZG,
http://www.playvid.com/watch/Tawz0PcD9hO, http://www.playvid.com/watch/Tw7IsXRBZI8, http://www.playvid.com/watch/G2eJtLbBaHF,
http://www.playvid.com/watch/NUty3fYboC5, http://www.playvid.com/watch/FfwUom-jK7V, http://www.playvid.com/watch/QbGG8ZOcN6B,
http://www.playvid.com/watch/fITfKmfHklv, http://www.playvid.com/watch/pGz6LIFZ7ax, http://www.playvid.com/watch/Vf5dmXnPTvu,
http://www.playvid.com/watch/Hoy070-7XDo, http://www.playvid.com/watch/cv8wgafpmTs, http://www.playvid.com/watch/POmAnPgoMUO,
http://www.playvid.com/watch/0EqlFcikuX6, http://www.playvid.com/watch/46dn79iMwmh, http://www.playvid.com/watch/BI6dqSAe3ow,
http://www.playvid.com/watch/IVRO0FeQIhI, http://www.playvid.com/watch/Xmsy-Nb2cxZ, http://www.playvid.com/watch/UMbJ8xPcdxP,
http://www.playvid.com/watch/aN44dElVB5N, http://www.playvid.com/watch/Oz4-HvAuEdp, http://www.playvid.com/watch/5RdanYVUsmQ,
http://www.playvid.com/watch/vHaqSlM0W0z, http://www.playvid.com/watch/hevc4EBzK-j, http://www.playvid.com/watch/owZafUCyLYS,
http://www.playvid.com/watch/IPVlOeOBWeG, http://www.playvid.com/watch/J08TUTGuZ9G, http://www.playvid.com/watch/uvX2WGUy6I6,
http://www.playvid.com/watch/KYEIr35w6ah, http://www.playvid.com/watch/hjh6qkKQfo4, http://www.playvid.com/watch/y0FyWC2kpU-,
http://www.playvid.com/watch/Hx9HV3GFxQi, http://www.playvid.com/watch/R3wTTQ4sXEj, http://www.playvid.com/watch/QWbE6AXkhvG,
http://www.playvid.com/watch/n3xPmbTDVJx, http://www.playvid.com/watch/iRxdoMF073T, http://www.playvid.com/watch/8QS0iOOOJ7t,
http://www.playvid.com/watch/sFtyyU9Kbfq, http://www.playvid.com/watch/WbYlNlvkTYB, http://www.playvid.com/watch/dM6S6gOjpK9,
http://www.playvid.com/watch/gQugvgWHePQ, http://www.playvid.com/watch/N6tUOe8QrD6, http://www.playvid.com/watch/G94dQVEbvK2,
http://www.playvid.com/watch/09rr8PuXK4v, http://www.playvid.com/watch/LOi2V2XpLIL, http://www.playvid.com/watch/FlaouTJg5FH,
http://www.playvid.com/watch/2LQHGXuymdf, http://www.playvid.com/watch/Uty03HxssVc, http://www.playvid.com/watch/ZxpJgpSAnZN,
http://www.playvid.com/watch/gsByNHyduSO, http://www.playvid.com/watch/Fp-ymKw8wzC, http://www.playvid.com/watch/yNDszKbPOnn,
http://www.playvid.com/watch/k4rwQ7ALrsI, http://www.playvid.com/watch/zzDbtNxuKzZ, http://www.playvid.com/watch/CMw3sNucOYy,
http://www.playvid.com/watch/IzK8RHwv-CH, http://www.playvid.com/watch/adkld0XlYWM, http://www.playvid.com/watch/yEjeFWOqUA-,
http://www.playvid.com/watch/vCn5LmHmXeE, http://www.playvid.com/watch/qYcSVCr6uRR, http://www.playvid.com/watch/9akTqDOF9XP,
http://www.playvid.com/watch/ZrtthrNnCZ7, http://www.playvid.com/watch/pr9i-ppfQz4, http://www.playvid.com/watch/CyhYW8bNA0W,
http://www.playvid.com/watch/b5g0zjSqSqc, http://www.playvid.com/watch/Tj8hcXMZTTf, http://www.playvid.com/watch/FeO6wQwNqku,
http://www.playvid.com/watch/DOEPUd-KL2R, http://www.playvid.com/watch/7Lh8Oe9F5hw, http://www.playvid.com/watch/bs5CV0SypWx,
http://www.playvid.com/watch/kXtiIQazPMX, http://www.playvid.com/watch/qRSDly78gns, http://www.playvid.com/watch/wALfQiraEiP,
http://www.playvid.com/watch/sT6BNEJ92U3, http://www.playvid.com/watch/Ul0hlRsCVqB, http://www.playvid.com/watch/ZHKQ6xZ69la,
http://www.playvid.com/watch/9FfaR7rnECp, http://www.playvid.com/watch/zzbvd3UbVHz, http://www.playvid.com/watch/l-qUrdyQ4dR,
http://www.playvid.com/watch/HuwW4YooKFz, http://www.playvid.com/watch/MqUxl-k-xDV, http://www.playvid.com/watch/F2AkjG7fZH5,
http://www.playvid.com/watch/srl5idBGFu3, http://www.playvid.com/watch/xqRpjewr4gF, http://www.playvid.com/watch/LOIV4Hi7XI2,
http://www.playvid.com/watch/bllfV3bHnbn, http://www.playvid.com/watch/5LwQuLr66wb, http://www.playvid.com/watch/QVAVPLioLUY,
http://www.playvid.com/watch/9SZQsPaZmn2, http://www.playvid.com/watch/ulbEjljIRt9, http://www.playvid.com/watch/QWfY9tSmowL,
http://www.playvid.com/watch/OFlAy6HXrUu, http://www.playvid.com/watch/wBO5Op6g7ue, http://www.playvid.com/watch/lFtYr46Ywrd,
http://www.playvid.com/watch/jxcuhMBJIIR, http://www.playvid.com/watch/jRaru6dtKe8, http://www.playvid.com/watch/7i4-Ad5LB4t,
http://www.playvid.com/watch/gkLLiv4o9wr, http://www.playvid.com/watch/4ShqlOpMvBw, http://www.playvid.com/watch/Fe68ninZaUw,
http://www.playvid.com/watch/hXkSuTjdhDz, http://www.playvid.com/watch/kspluUpz5xL, http://www.playvid.com/watch/TUM6nb4SXjU,
http://www.playvid.com/watch/FFORgDqkUvo, http://www.playvid.com/watch/wdqq6mITnko, http://www.playvid.com/watch/twqRAX-UZdy,
http://www.playvid.com/watch/ZaDQ4FWO0O5, http://www.playvid.com/watch/m0d62TGnVLd, http://www.playvid.com/watch/7LWuF0dlP7I,
http://www.playvid.com/watch/Ma6A4JIl76o, http://www.playvid.com/watch/4EYC4I836in, http://www.playvid.com/watch/rkJfRKKTmbu,
http://www.playvid.com/watch/yTDwAbHulsc, http://www.playvid.com/watch/oMFvCMUH8qt, http://www.playvid.com/watch/vGqX-Tmgk9z,
http://www.playvid.com/watch/iLiF5g52w9-, http://www.playvid.com/watch/QVeySiAIwVd, http://www.playvid.com/watch/2nTHxY6wryg,
http://www.playvid.com/watch/NPoPMxAx9BX, http://www.playvid.com/watch/I2UiFuBAcg9, http://www.playvid.com/watch/SnAO5fi8hsl,
http://www.playvid.com/watch/q4lWCUJw4JH, http://www.playvid.com/watch/NVHdyUm7EI5, http://www.playvid.com/watch/lcbDg2LZi24,
http://www.playvid.com/watch/rk0q3bydMCw, http://www.playvid.com/watch/ODVBKzWpnAr, http://www.playvid.com/watch/CkUZQKzgiAT,
http://www.playvid.com/watch/N5g2nYBTMnQ, http://www.playvid.com/watch/UiwkkNbSf0N, http://www.playvid.com/watch/K9Bk7mueo3G,
http://www.playvid.com/watch/tXSiLC2MuMk, http://www.playvid.com/watch/3JzwngkdQU5, http://www.playvid.com/watch/SyRp5m7acU4,
http://www.playvid.com/watch/2vxPP9L3M8A, http://www.playvid.com/watch/HNpM5Zpia-A, http://www.playvid.com/watch/SvrGRCc-D03,
http://www.playvid.com/watch/EVk2sZI0ajp, http://www.playvid.com/watch/jv4mr8uSbAL, http://www.playvid.com/watch/iZCZ9gULkVe,
http://www.playvid.com/watch/Uic8TvoJbbm, http://www.playvid.com/watch/nqPBBtkn-EN, http://www.playvid.com/watch/yznspsbco00,
http://www.playvid.com/watch/SRyHmXnHohQ, http://www.playvid.com/watch/38bUtHO-0gO, http://www.playvid.com/watch/2uAmO2JTaKP,
http://www.playvid.com/watch/nYYa9GuZXvQ, http://www.playvid.com/watch/SMK6IFGxHkg, http://www.playvid.com/watch/4Y52eZkJMX3,
http://www.playvid.com/watch/Xk0zIbIfvpX, http://www.playvid.com/watch/mF7fq6gz4IP, http://www.playvid.com/watch/K6zlHN7Psk-,
http://www.playvid.com/watch/nOXgJCbisQ9, http://www.playvid.com/watch/RVhXnV48Oyg, http://www.playvid.com/watch/mMiE8prUrzO,
http://www.playvid.com/watch/8aREnEJsqjS, http://www.playvid.com/watch/Ex4ux4is4oB, http://www.playvid.com/watch/yYd3YlUmujj,
http://www.playvid.com/watch/gXolzfHtEUP, http://www.playvid.com/watch/tz0uydkvJRw, http://www.playvid.com/watch/hmpl-562muZ,
http://www.playvid.com/watch/BOvnC4Mxovb, http://www.playvid.com/watch/LOLxqy4TpLo, http://www.playvid.com/watch/rHPpm58KxHY,
http://www.playvid.com/watch/6CL300U6Hv2, http://www.playvid.com/watch/tzLUub8XFJo, http://www.playvid.com/watch/DBHZmxryx7c,
http://www.playvid.com/watch/OiUxIqeTLgx, http://www.playvid.com/watch/xcEJlpkx-uf, http://www.playvid.com/watch/TVVjQRgmvsN,
http://www.playvid.com/watch/h6JcZyjHiPa, http://www.playvid.com/watch/Xx2qVkd4jUM, http://www.playvid.com/watch/QS4QuU5s9vd,
http://www.playvid.com/watch/lSMpNYuErHr, http://www.playvid.com/watch/C7E33vjyPzV, http://www.playvid.com/watch/cNuMhlATSjK,
http://www.playvid.com/watch/RMBNDEpttIw, http://www.playvid.com/watch/JifvlPRgGCA, http://www.playvid.com/watch/o2mHKMniWHP,
http://www.playvid.com/watch/MOjzw7hJAX5, http://www.playvid.com/watch/mUfletqonv7, http://www.playvid.com/watch/AOXejiTBXDc,
http://www.playvid.com/watch/v7JoncQV23j, http://www.playvid.com/watch/mafL9HViuQw, http://www.playvid.com/watch/OvLch6ZxV5O,
http://www.playvid.com/watch/D0udmkSeNOY, http://www.playvid.com/watch/R0D9aNlkhtT, http://www.playvid.com/watch/4ULvpjEfNYW,
http://www.playvid.com/watch/8F9oTlJPcD0, http://www.playvid.com/watch/lUUXu5Ac63o, http://www.playvid.com/watch/jMdecTEYICo,
http://www.playvid.com/watch/v7ESBeyR-uA, http://www.playvid.com/watch/Irff-rW8TGx, http://www.playvid.com/watch/Uam5DdAc4Ta,
http://www.playvid.com/watch/xVlDnT03nZq, http://www.playvid.com/watch/Fro6PMPijer, http://www.playvid.com/watch/q7SJzrzNOEF,
http://www.playvid.com/watch/Z7iStj5kvyu, http://www.playvid.com/watch/jxKDN3K7duG, http://www.playvid.com/watch/IkrHizXUd2D,
http://www.playvid.com/watch/3cvfGJYzaDn, http://www.playvid.com/watch/ecoRGJjAmyv, http://www.playvid.com/watch/IwvDTeG96wI,
http://www.playvid.com/watch/fp096MRtzfD, http://www.playvid.com/watch/pJez2QbqSOY, http://www.playvid.com/watch/9YVKTpXYCYk,
http://www.playvid.com/watch/curw44my-j8, http://www.playvid.com/watch/HAccAdgnSb2, http://www.playvid.com/watch/kE6OE-GItq7,
http://www.playvid.com/watch/BpVkwe0AipL, http://www.playvid.com/watch/soKZpc5RUPZ, http://www.playvid.com/watch/yRBzcFV-jBS,
http://www.playvid.com/watch/HiKp9d8zykj, http://www.playvid.com/watch/K2luLxAK4Wy, http://www.playvid.com/watch/KJcwJbgPAaa,
http://www.playvid.com/watch/IkuL06rQGkZ, http://www.playvid.com/watch/MOZCyshTCgE, http://www.playvid.com/watch/OZOZlNrMmSv,
http://www.playvid.com/watch/5nDf9dPVMAY, http://www.playvid.com/watch/H50JHvylqQS, http://www.playvid.com/watch/R87cGk534Bu,
http://www.playvid.com/watch/Nx4u04xz-hE, http://www.playvid.com/watch/OjU0YyOaDMM, http://www.playvid.com/watch/XK9IyJi-OAJ,
http://www.playvid.com/watch/g-3wqQuORTp, http://www.playvid.com/watch/0flMgKa3yjd, http://www.playvid.com/watch/rcFfFhb07Ki,
http://www.playvid.com/watch/-aXCt0Bp0-I, http://www.playvid.com/watch/x23CzmLjrtw, http://www.playvid.com/watch/YcSAbFOPpau,
http://www.playvid.com/watch/hG9iQQpLgt4, http://www.playvid.com/watch/zR-fbp6qz6c, http://www.playvid.com/watch/K-smwzUQncf,
http://www.playvid.com/watch/7CfdU6XaVLW, http://www.playvid.com/watch/uvRAtxeFxWw, http://www.playvid.com/watch/aBhnYRgq4SU,
http://www.playvid.com/watch/5Zh5dC9ns5F, http://www.playvid.com/watch/TmsLPyUe8ND, http://www.playvid.com/watch/qP0OV3TY8sa,
http://www.playvid.com/watch/IPUVpaThDJb, http://www.playvid.com/watch/98CFfnfX9Zc, http://www.playvid.com/watch/Ax6Dzst9ht-,
http://www.playvid.com/watch/7ylIjPTXzl6, http://www.playvid.com/watch/6wCGgOlKfvB, http://www.playvid.com/watch/rbMXL4BMbe0,
http://www.playvid.com/watch/hwLugNRBE56, http://www.playvid.com/watch/xLaV7im7OYi, http://www.playvid.com/watch/IwN0OG8VRWe,
http://www.playvid.com/watch/tRxqPPygSfu, http://www.playvid.com/watch/f3fmooRWOqT, http://www.playvid.com/watch/zoxwIt-tnZx,
http://www.playvid.com/watch/K93rJcANUgc, http://www.playvid.com/watch/hbew4FRZNJ6, http://www.playvid.com/watch/p6wZkFZbO6g,
http://www.playvid.com/watch/Sd3CoFnYJNl, http://www.playvid.com/watch/EYRlF8Xcvzh, http://www.playvid.com/watch/vGMGb4MatS9,
http://www.playvid.com/watch/FkE6njYOP56, http://www.playvid.com/watch/uCz0RjRLijK, http://www.playvid.com/watch/9isOkRdusQX,
http://www.playvid.com/watch/bZav8j-ywUP, http://www.playvid.com/watch/uA8MGeK3w5Y, http://www.playvid.com/watch/QQyqyfLEfLs,

http://www.playvid.com/watch/2DkNHc4FgeI, http://www.playvid.com/watch/9GsBtYI6ROx, http://www.playvid.com/watch/ewB0F08iMH-, http://www.playvid.com/watch/trdEg7OgsyP, http://www.playvid.com/watch/t457MPAGi-d, http://www.playvid.com/watch/9hJBckerCYs, http://www.playvid.com/watch/G94enaw--jv, http://www.playvid.com/watch/w3aVyWSt2eY, http://www.playvid.com/watch/IMyaJPdorU8, http://www.playvid.com/watch/v8G5inCUbDg, http://www.playvid.com/watch/5gq7jVQahFt, http://www.playvid.com/watch/V7xYkhmH0Vy, http://www.playvid.com/watch/FwuCoRuIc0Z, http://www.playvid.com/watch/fukZgfkv-8T, http://www.playvid.com/watch/eeWPy0VUCJX, http://www.playvid.com/watch/oP035imePnb, http://www.playvid.com/watch/buP4tgOZst6, http://www.playvid.com/watch/aoP8Tm2DV6z, http://www.playvid.com/watch/UD9VCQpQpQT, http://www.playvid.com/watch/Ydxp-gcwIUK, http://www.playvid.com/watch/nIOHgEiyj-l, http://www.playvid.com/watch/m5lmWhjIIzM, http://www.playvid.com/watch/ZxuseAYGQC3, http://www.playvid.com/watch/3AKqVJoU-vo, http://www.playvid.com/watch/xWgNIoWosr-, http://www.playvid.com/watch/2mLLWt-g4tH, http://www.playvid.com/watch/uku45tjIx0W, http://www.playvid.com/watch/-PB9zZY6UI6, http://www.playvid.com/watch/dbpIcm3ml9A, http://www.playvid.com/watch/FwLCstiEoGS, http://www.playvid.com/watch/DIuYfwUUqWP, http://www.playvid.com/watch/mQtyI9dW-HM, http://www.playvid.com/watch/9xDcxxIbyHi, http://www.playvid.com/watch/PU4quJiv0pC, http://www.playvid.com/watch/stYeJ3hkhFF, http://www.playvid.com/watch/DnT54TMWkyX, http://www.playvid.com/watch/IWckKkMzbuM, http://www.playvid.com/watch/dVDrUzvHV9S, http://www.playvid.com/watch/ixDTuqxlTGz, http://www.playvid.com/watch/KQmM6S-oVYL, http://www.playvid.com/watch/2WjoutSmJ9W, http://www.playvid.com/watch/oteMm26zS2P, http://www.playvid.com/watch/N4lVQ7d-0x3, http://www.playvid.com/watch/PaUzSEeN9Dr, http://www.playvid.com/watch/Uznaoiq4IBx, http://www.playvid.com/watch/tsn8Ut-BMb3, http://www.playvid.com/watch/68Nsphir7dk, http://www.playvid.com/watch/JoZ9a8EMekk, http://www.playvid.com/watch/6noN7abc6Zx, http://www.playvid.com/watch/SgLd2H8dxwm, http://www.playvid.com/watch/C3D7SfQkQU2, http://www.playvid.com/watch/xqSw2gFZo4W, http://www.playvid.com/watch/v-yXmkJj76e, http://www.playvid.com/watch/BsQpjyH6GNW, http://www.playvid.com/watch/AFs8w4P5AW9, http://www.playvid.com/watch/6W9IfoQnFNr, http://www.playvid.com/watch/EIRLV6WqNC2, http://www.playvid.com/watch/Vod2C6dWSJQ, http://www.playvid.com/watch/UPNqB8hWqtC, http://www.playvid.com/watch/4-XSoEbQlEw, http://www.playvid.com/watch/nga4Oa2adaF, http://www.playvid.com/watch/8KV645ZIXOL, http://www.playvid.com/watch/yen6GuHXxk0, http://www.playvid.com/watch/fnjPtPRDKK6
5.f. Date of third notice: 2013-08-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: boyforyou
5.b. Uploader's email address: frankkykfrank@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/boyforyou
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SBCgvvNk3SK, http://www.playvid.com/watch/kub6BAFa5CD, http://www.playvid.com/watch/ETKXzo7Fp2N, http://www.playvid.com/watch/3njkhvOELM0, http://www.playvid.com/watch/K2LOvHreMll, http://www.playvid.com/watch/jN8rprOUTAo, http://www.playvid.com/watch/YO6yYo5J8OF, http://www.playvid.com/watch/dIBQzUBrljZ, http://www.playvid.com/watch/srBsVfGIv6v, http://www.playvid.com/watch/cDt0PnIdC7E, http://www.playvid.com/watch/rNlWsSlmiYJ, http://www.playvid.com/watch/ySGqCeYviAa, http://www.playvid.com/watch/HLKYE8hfd9e, http://www.playvid.com/watch/xlIvxHSyEdI, http://www.playvid.com/watch/U6dkQMvwx9G, http://www.playvid.com/watch/PyuXchyly5J, http://www.playvid.com/watch/2C8fuJW5M58, http://www.playvid.com/watch/NQ8argcVrGk, http://www.playvid.com/watch/Yh29LInmyQv, http://www.playvid.com/watch/66LufnWMne2, http://www.playvid.com/watch/vDgbMqCDrH2, http://www.playvid.com/watch/tEiNWRYmxFC, http://www.playvid.com/watch/m4Q-5qnROEv, http://www.playvid.com/watch/YUz5c5HOvso, http://www.playvid.com/watch/2TKYPjEyQ4G, http://www.playvid.com/watch/BjLubLhYqRe, http://www.playvid.com/watch/7V4U0hZ5gKV, http://www.playvid.com/watch/6qHvogkIfqB, http://www.playvid.com/watch/hBEc7fCk-QQ, http://www.playvid.com/watch/Cwalm75S49M, http://www.playvid.com/watch/SKNlNIxM3Yd, http://www.playvid.com/watch/CvmaDX6DGje, http://www.playvid.com/watch/vva05gRinrq, http://www.playvid.com/watch/9qOHGMXmnjC, http://www.playvid.com/watch/gnhP26lDNyY, http://www.playvid.com/watch/Gnmz4a5-FQi, http://www.playvid.com/watch/XMkMQz6ks75, http://www.playvid.com/watch/rJ8ugrh8lE9, http://www.playvid.com/watch/qaL3h2SYpiE, http://www.playvid.com/watch/o5JS5oLuSpi, http://www.playvid.com/watch/yDM9DB3s8IF, http://www.playvid.com/watch/yXEIGfP78Xz, http://www.playvid.com/watch/eK4K3tjPL9N, http://www.playvid.com/watch/BrbY85Pe0Qy, http://www.playvid.com/watch/wF3EyGk3L4p, http://www.playvid.com/watch/CLsLeXgNNZj, http://www.playvid.com/watch/jVYSzEd8h0W, http://www.playvid.com/watch/YYc9cYsdBxj, http://www.playvid.com/watch/a70-C8bpSYX, http://www.playvid.com/watch/oc2Rw4fgBn0, http://www.playvid.com/watch/U3iQKWbkt5a, http://www.playvid.com/watch/Iw7Gl4nJwlO, http://www.playvid.com/watch/VeILA05kB-e, http://www.playvid.com/watch/4hyALuN4-QD, http://www.playvid.com/watch/mE8eOOu6XNU, http://www.playvid.com/watch/bN8OUfybdFP, http://www.playvid.com/watch/bz3qIRvrzvb, http://www.playvid.com/watch/8XN97sxRsLv, http://www.playvid.com/watch/K-9VbCWCJBB, http://www.playvid.com/watch/J-PmHA4IDYh, http://www.playvid.com/watch/fFQAIIkw7M4, http://www.playvid.com/watch/dXT6VsOz-Xw, http://www.playvid.com/watch/rPncspDtntq, http://www.playvid.com/watch/Ivc-Vaz0wNx, http://www.playvid.com/watch/TJfUO7-4Kqp, http://www.playvid.com/watch/XHmSCvzkrrf, http://www.playvid.com/watch/muuTH8vGQAf, http://www.playvid.com/watch/jcpF2tnyJ44, http://www.playvid.com/watch/feDKDfLR7Vv, http://www.playvid.com/watch/IkArYj2OLXc, http://www.playvid.com/watch/PT7ZKCOtGtZ, http://www.playvid.com/watch/VF74nZWaJUM, http://www.playvid.com/watch/2jyaW9HDUtw, http://www.playvid.com/watch/h4YWOY4DcqU, http://www.playvid.com/watch/kT4iavl-iZB, http://www.playvid.com/watch/t6G69vGxl9e, http://www.playvid.com/watch/wglmbk28aMw, http://www.playvid.com/watch/DasUQ3ToC4b, http://www.playvid.com/watch/SsPHKGLo8oS, http://www.playvid.com/watch/4UcVzSeorAz, http://www.playvid.com/watch/Jl3e-bHl6rV, http://www.playvid.com/watch/OL0EYzmGowz, http://www.playvid.com/watch/5W5N3LXypvv, http://www.playvid.com/watch/ed6QYC26fwY, http://www.playvid.com/watch/EI0lBkomSlN, http://www.playvid.com/watch/wYlFy9X3Ibl, http://www.playvid.com/watch/4gwhmTJuy8B, http://www.playvid.com/watch/PZtaJw9EkDe, http://www.playvid.com/watch/LkJDZACVoX-, http://www.playvid.com/watch/cD6z3XoCLuB, http://www.playvid.com/watch/lfW7s6ZBBLG, http://www.playvid.com/watch/uPiNJAp9GcZ, http://www.playvid.com/watch/v7h968upWSK, http://www.playvid.com/watch/kWo9Q8BXxnF, http://www.playvid.com/watch/oy3zCKipEyY, http://www.playvid.com/watch/aFAUKiiHazd, http://www.playvid.com/watch/5qVrrpU5TtQ, http://www.playvid.com/watch/Tri-9na6p0Q, http://www.playvid.com/watch/7-nfr5KYVif, http://www.playvid.com/watch/8NEhEl6JxlS, http://www.playvid.com/watch/suOL6pumd3f, http://www.playvid.com/watch/cNff0i04vWj, http://www.playvid.com/watch/SZYN6hkXdtv, http://www.playvid.com/watch/uc8wTCqAMnj, http://www.playvid.com/watch/NV-srlarUFX, http://www.playvid.com/watch/6pipQjP5bNY, http://www.playvid.com/watch/-6UVCGABfAT, http://www.playvid.com/watch/-bRSLFiIyIV, http://www.playvid.com/watch/zHOJPqzdUFd, http://www.playvid.com/watch/RR0jYbJo6h4, http://www.playvid.com/watch/90JeDJkMqEP, http://www.playvid.com/watch/yx-TiI-ZwOU, http://www.playvid.com/watch/2yLHHw8hK96, http://www.playvid.com/watch/t8JdRGxTHYN, http://www.playvid.com/watch/TovGThA3BOD, http://www.playvid.com/watch/TNEVEdY5m-v
5.f. Date of third notice: 2014-04-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: br0f1st
5.b. Uploader's email address: yegua.gris@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/br0f1st
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rMtewJw-TDw, http://www.playvid.com/watch/gDtq0jS3Bud, http://www.playvid.com/watch/4PVz0b2CdCb, http://www.playvid.com/watch/9TE2a5aCMYo, http://www.playvid.com/watch/VPuIP7Ffj7K
5.f. Date of third notice: 2014-05-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: brabusg600
5.b. Uploader's email address: brabusg600daniel@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/brabusg600
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tV0nj0tX2D6, http://www.playvid.com/watch/MGs7ZP1-4j2, http://www.playvid.com/watch/kJ8J65rPNBL, http://www.playvid.com/watch/P6MxHFdVkx4, http://www.playvid.com/watch/GJSOWa-tsZ9, http://www.playvid.com/watch/JWZT5UdtwET, http://www.playvid.com/watch/jSOljf3unay, http://www.playvid.com/watch/A7KYnqCWBpB, http://www.playvid.com/watch/IL-U2pOVT0M, http://www.playvid.com/watch/q2wvUfxXWAs, http://www.playvid.com/watch/o0AvS0IhCVE, http://www.playvid.com/watch/T9j0d1NUtdC, http://www.playvid.com/watch/0vWutEK1rff, http://www.playvid.com/watch/E1b5q1yP-m4, http://www.playvid.com/watch/iIXQKl6vX8e, http://www.playvid.com/watch/Ng6f2k4WD1H, http://www.playvid.com/watch/7RQEFtWcO2o, http://www.playvid.com/watch/XWXFA8xj1h6, http://www.playvid.com/watch/lvKIkIFAQlA, http://www.playvid.com/watch/0r1-8q23uBs, http://www.playvid.com/watch/JB2TwjBH4Vq, http://www.playvid.com/watch/lomzaO8dHb7, http://www.playvid.com/watch/jQ1CYaGvG8f, http://www.playvid.com/watch/KWPkDmEI9Zo, http://www.playvid.com/watch/lauQPZH9vTX, http://www.playvid.com/watch/f6at9QBfftZ, http://www.playvid.com/watch/DSiu2tAt647, http://www.playvid.com/watch/cHwA8HsQVmO, http://www.playvid.com/watch/xaJZQ6R8bsX, http://www.playvid.com/watch/FicCiH32uBW, http://www.playvid.com/watch/WHDLh-zQ8D5, http://www.playvid.com/watch/9x3KgNyCFTz, http://www.playvid.com/watch/dsU-PjgWTId, http://www.playvid.com/watch/HUsrcwTjcph, http://www.playvid.com/watch/I4EywN27422, http://www.playvid.com/watch/nHzjSvZlvuy, http://www.playvid.com/watch/eC7v4HG-0CG, http://www.playvid.com/watch/BqLCJYZVzEi, http://www.playvid.com/watch/3dLfIjhrWrx, http://www.playvid.com/watch/EkZn0N3UqO0, http://www.playvid.com/watch/iC9uLR8qFH3, http://www.playvid.com/watch/8jt8gZZYv47, http://www.playvid.com/watch/R-6H9d9jO9s, http://www.playvid.com/watch/UO0UX0GhtlK,

http://www.playvid.com/watch/4KmiWlaSWh6, http://www.playvid.com/watch/cCz13VPcJuE, http://www.playvid.com/watch/sQ6Qf6gAR1a, http://www.playvid.com/watch/P-syOYijBEl, http://www.playvid.com/watch/k6Xnwmt02Fj, http://www.playvid.com/watch/2UzzgfheOcT, http://www.playvid.com/watch/GSAaXlEKROH, http://www.playvid.com/watch/teJ6C6DPLCS, http://www.playvid.com/watch/YdnMq077cah, http://www.playvid.com/watch/5HcuyibmVKM, http://www.playvid.com/watch/b7lyCXKkCWO, http://www.playvid.com/watch/g1hQpubfc3h, http://www.playvid.com/watch/x7HlUi1lydj, http://www.playvid.com/watch/sELtWUsvtD5, http://www.playvid.com/watch/tZf8PYvE9Pb, http://www.playvid.com/watch/QqMA0VkQ06r, http://www.playvid.com/watch/puVI6S41oZp, http://www.playvid.com/watch/00gn9XdqO5v, http://www.playvid.com/watch/SXsufXvtdWf, http://www.playvid.com/watch/VpkcjCBt4ya, http://www.playvid.com/watch/pstVF2Gn8At
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: brandon55629
5.b. Uploader's email address: b.jorr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/brandon55629
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Al52n2xsHV2, http://www.playvid.com/watch/9zLQmF25jdn, http://www.playvid.com/watch/qsb5s2lm6Ze, http://www.playvid.com/watch/KFKtFIoPBGO, http://www.playvid.com/watch/XiXGMA0u9YA, http://www.playvid.com/watch/tTk0BOu60tD, http://www.playvid.com/watch/rv0B5pU6lCU, http://www.playvid.com/watch/MDr2FjnahAD, http://www.playvid.com/watch/oJo6UffJf6z, http://www.playvid.com/watch/85Rj9JcmGys, http://www.playvid.com/watch/Fm7k3ljFWF0, http://www.playvid.com/watch/Pe3aJFzpXXr, http://www.playvid.com/watch/LfIID2jsIlN, http://www.playvid.com/watch/HA4XO6dht93, http://www.playvid.com/watch/Oq7dYy5Q4H7, http://www.playvid.com/watch/bPvuppr0524, http://www.playvid.com/watch/buvuOVUcX9r, http://www.playvid.com/watch/QFwAoaczdRH, http://www.playvid.com/watch/7ksvtwha2qT, http://www.playvid.com/watch/bqHf4Yo6Hm6, http://www.playvid.com/watch/Tfy9oSZvpf5, http://www.playvid.com/watch/5mXcJQvtM-7, http://www.playvid.com/watch/Weiu4J9R5AI, http://www.playvid.com/watch/XWDPk9BsTqG, http://www.playvid.com/watch/lWd599fQ0lw, http://www.playvid.com/watch/C2FcSgXry7a, http://www.playvid.com/watch/dWeq9mmEOcf, http://www.playvid.com/watch/FMUjM8UA8XG, http://www.playvid.com/watch/5X8-rAS3WE5, http://www.playvid.com/watch/hrEvjB86ZRW, http://www.playvid.com/watch/6dzyrpG7mQg, http://www.playvid.com/watch/4avBjqHJpUU, http://www.playvid.com/watch/MlnWLTvEDlV, http://www.playvid.com/watch/is2amqSRrCN, http://www.playvid.com/watch/0VJtZc3jgxA, http://www.playvid.com/watch/ri-rIfLhMQT, http://www.playvid.com/watch/ZoTbUW0Z7Ar, http://www.playvid.com/watch/uMLC0hnXxH8, http://www.playvid.com/watch/ulKXkeaZRV4, http://www.playvid.com/watch/582zRfi90Bp, http://www.playvid.com/watch/rrSjFGHSym3, http://www.playvid.com/watch/FyIf3InqQW-, http://www.playvid.com/watch/DI98QplnNV8, http://www.playvid.com/watch/sNEIH8j3xKb, http://www.playvid.com/watch/uM3Bcw-j58J, http://www.playvid.com/watch/WCb0qpB7u4T, http://www.playvid.com/watch/zZDvCGIk4W8, http://www.playvid.com/watch/puXDUN6DX-Q, http://www.playvid.com/watch/ZCAbdlosH7i, http://www.playvid.com/watch/80ghCBoAh07, http://www.playvid.com/watch/e3O4qaFm3zr, http://www.playvid.com/watch/ERuRCmAY3Rk, http://www.playvid.com/watch/OCFiWATdieL, http://www.playvid.com/watch/Cuxrfl33sNS, http://www.playvid.com/watch/jiuzkVkXZH7, http://www.playvid.com/watch/aJyNP2YzLCC, http://www.playvid.com/watch/k2nlCf0hFIK, http://www.playvid.com/watch/ZwgKNppI4Bh, http://www.playvid.com/watch/A6R5T-jNYUc, http://www.playvid.com/watch/4aJZZO7Rw6u, http://www.playvid.com/watch/-ZfUZd7yaaz, http://www.playvid.com/watch/FZDASQUU4Hd, http://www.playvid.com/watch/XCTf5IiVxg9, http://www.playvid.com/watch/eBGtu4-Xqzt, http://www.playvid.com/watch/-hvUrWQtQL6, http://www.playvid.com/watch/hID2vTD0yF4, http://www.playvid.com/watch/rjOgcflIsck, http://www.playvid.com/watch/eBRHngXWzyl, http://www.playvid.com/watch/vMVoGj3SQ0R, http://www.playvid.com/watch/TY9rIE3FSJ4, http://www.playvid.com/watch/bLfXk2Cdu-B, http://www.playvid.com/watch/Ijp2ae8fz39, http://www.playvid.com/watch/Mwo8D2vSpMA, http://www.playvid.com/watch/7-PACA4LQpv, http://www.playvid.com/watch/JOxBjHNehLv, http://www.playvid.com/watch/QsDWkmoVGzO, http://www.playvid.com/watch/JIH7NWmuUuC, http://www.playvid.com/watch/3DQaYAdfZJM, http://www.playvid.com/watch/TSneyNfLpXK, http://www.playvid.com/watch/TllYK0Kq96u, http://www.playvid.com/watch/HtHgitGGo4x, http://www.playvid.com/watch/uRRgBvFQIAH, http://www.playvid.com/watch/G2iB4QsyTw4, http://www.playvid.com/watch/aWkYFjUgFUm, http://www.playvid.com/watch/UCWkDDtPVxy, http://www.playvid.com/watch/jqDn-k9DcSw, http://www.playvid.com/watch/DhLgq4QoDbH, http://www.playvid.com/watch/BQIh-HlTn8U, http://www.playvid.com/watch/wJWXUGc-JIS, http://www.playvid.com/watch/Fdb77dI0LBg, http://www.playvid.com/watch/J640D9VRvwV, http://www.playvid.com/watch/jVyXe4l6tFr, http://www.playvid.com/watch/uEiEsDgs5GT, http://www.playvid.com/watch/PZMSQ53DRUF, http://www.playvid.com/watch/iOt4B5N2S0C, http://www.playvid.com/watch/XKmomHt2WRb, http://www.playvid.com/watch/AeK5DNwAkcv, http://www.playvid.com/watch/aSR7MGsF4Mv, http://www.playvid.com/watch/Du2K3w2YlX5, http://www.playvid.com/watch/2psZIYIyUgn, http://www.playvid.com/watch/JdW88Zjnge8, http://www.playvid.com/watch/wGvFBKZw6ba, http://www.playvid.com/watch/N0nk6qxjHVS, http://www.playvid.com/watch/IqEmyes-WM2, http://www.playvid.com/watch/jDDEcLCIWOj, http://www.playvid.com/watch/K8jeUCcvXUe, http://www.playvid.com/watch/-k3njMRJALs, http://www.playvid.com/watch/QZNEqaM83qj, http://www.playvid.com/watch/HG5GlFWLZ6-, http://www.playvid.com/watch/2tF0pZjKwaR, http://www.playvid.com/watch/ZbL-ndxM64f
5.f. Date of third notice: 2014-02-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: brasov
5.b. Uploader's email address: dertalore@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/brasov
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XMoTGJbMAid, http://www.playvid.com/watch/5iDh3weV-sB, http://www.playvid.com/watch/ygDc0V2cnmB, http://www.playvid.com/watch/0szj2Cf9uQd, http://www.playvid.com/watch/jUgXHJeGyJF, http://www.playvid.com/watch/pdp7VGGAJRQ, http://www.playvid.com/watch/4fm0m-NTYZa, http://www.playvid.com/watch/EyOVRG9jUMY, http://www.playvid.com/watch/iLBz3edmoLL, http://www.playvid.com/watch/LfGNkhJCrXT, http://www.playvid.com/watch/MwZeBOzCnc-, http://www.playvid.com/watch/BJ7AETosr3f, http://www.playvid.com/watch/SicEeEuIbkW, http://www.playvid.com/watch/nqAYKbvyTPH, http://www.playvid.com/watch/3QfCz9pZ5k6, http://www.playvid.com/watch/HpUcBvQrpFu, http://www.playvid.com/watch/0hTAjM-nKyE, http://www.playvid.com/watch/kBBaUXYmwbJ, http://www.playvid.com/watch/iMdZrrTxv79, http://www.playvid.com/watch/sIb3nWU2EGZ, http://www.playvid.com/watch/T8G2Dr9GFRF, http://www.playvid.com/watch/gsBnBq7GFGi, http://www.playvid.com/watch/2SWIq7RuPNj, http://www.playvid.com/watch/-NFvkCCwYDn, http://www.playvid.com/watch/qi7P33duai3, http://www.playvid.com/watch/HbQuEkdEu2G, http://www.playvid.com/watch/hEk95boVn83, http://www.playvid.com/watch/w90Qd9vAAjN, http://www.playvid.com/watch/dlZg8J8dawu, http://www.playvid.com/watch/fDJ8TTMk9eX, http://www.playvid.com/watch/dasgvGeDcua, http://www.playvid.com/watch/WWtgjQvZYlY, http://www.playvid.com/watch/chkgA0RfiZ5, http://www.playvid.com/watch/HRA4xJN688s, http://www.playvid.com/watch/aZ6IXWB47OP, http://www.playvid.com/watch/7u8sBA7cU7I, http://www.playvid.com/watch/qpfS2S55vi9, http://www.playvid.com/watch/TshRXTtFq9q, http://www.playvid.com/watch/zR5pmcFG5m7, http://www.playvid.com/watch/3Pq3kFFMj5U, http://www.playvid.com/watch/3MAw6t5FlEO, http://www.playvid.com/watch/bPvvvbDxuQx, http://www.playvid.com/watch/XFVIJHjuTHu, http://www.playvid.com/watch/NaIOnqwH2rU, http://www.playvid.com/watch/5j2LYOVlOSc, http://www.playvid.com/watch/NcoCq6hYxnM, http://www.playvid.com/watch/AvaWhHgUgO-, http://www.playvid.com/watch/yTVtpeAye7b, http://www.playvid.com/watch/rv9LM0-FxZx, http://www.playvid.com/watch/zB-cZgZMlm2, http://www.playvid.com/watch/2GFCTl9BTKo, http://www.playvid.com/watch/mXfesDWnFur, http://www.playvid.com/watch/L6fNYsopYXL, http://www.playvid.com/watch/s7IcAcm4ZOP, http://www.playvid.com/watch/OKqlvj8YLfe, http://www.playvid.com/watch/eWWzSY9U093, http://www.playvid.com/watch/QHWXipC9NaP, http://www.playvid.com/watch/Q9qPt5v9nF5, http://www.playvid.com/watch/9Ndx-BAKNU-
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bratherr
5.b. Uploader's email address: oslomerio@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bratherr
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7O7wDSMkJeC, http://www.playvid.com/watch/oP3YNwyeIZR, http://www.playvid.com/watch/w3GoU0T25sg, http://www.playvid.com/watch/La82My7jwSq, http://www.playvid.com/watch/6wMXWOYHOnm, http://www.playvid.com/watch/qQ4j39y7OFm, http://www.playvid.com/watch/Iv3aCFekKfK, http://www.playvid.com/watch/GhtazOYY7h7, http://www.playvid.com/watch/xjkckQiF6GC, http://www.playvid.com/watch/QrZVJ707oTz, http://www.playvid.com/watch/HooC0yuaNL6, http://www.playvid.com/watch/tOiyzBcvxu0, http://www.playvid.com/watch/eAh3TxNWaTY, http://www.playvid.com/watch/V6jVeQsV-Ov, http://www.playvid.com/watch/DgLA7zYkTFS, http://www.playvid.com/watch/Lo6EzGZjsF4, http://www.playvid.com/watch/-DciFqmL0O2, http://www.playvid.com/watch/gTOob3roUn3, http://www.playvid.com/watch/qkYp3ywrVyH, http://www.playvid.com/watch/FXJAewVoP2E, http://www.playvid.com/watch/9CGyYWemtp9, http://www.playvid.com/watch/8f2zEO5rz-N, http://www.playvid.com/watch/qhcC6tjfE2F, http://www.playvid.com/watch/OwAik-vp3UR, http://www.playvid.com/watch/6kkIEQeCIsK, http://www.playvid.com/watch/Vsi5Djld2TK, http://www.playvid.com/watch/7pwI0Pvwxri, http://www.playvid.com/watch/jWWt0evLI-J, http://www.playvid.com/watch/U762zH-5286, http://www.playvid.com/watch/D0koe4pSMJs, http://www.playvid.com/watch/TCSuNv5BKJy, http://www.playvid.com/watch/yeTuqidxJpZ, http://www.playvid.com/watch/GtQyvQJWM9E, http://www.playvid.com/watch/T9P0qkB8uqQ, http://www.playvid.com/watch/20xM8EpfiQf, http://www.playvid.com/watch/-8HNGXt4apA, http://www.playvid.com/watch/yMzUvEcOV5n, http://www.playvid.com/watch/E3oidurSCzp,

http://www.playvid.com/watch/nA0esYhwCfx, http://www.playvid.com/watch/SirorFWg8-9, http://www.playvid.com/watch/ddTPnoWYyu3,
http://www.playvid.com/watch/nCXvfSmOsgY, http://www.playvid.com/watch/GBWTS8xjwzz, http://www.playvid.com/watch/qG2jfijMB82,
http://www.playvid.com/watch/ANBth9ktP40, http://www.playvid.com/watch/E2b0ITyJ3he, http://www.playvid.com/watch/ChmClAmqVGU,
http://www.playvid.com/watch/GrW-jHGWkwp, http://www.playvid.com/watch/-EZPB2VkrUw, http://www.playvid.com/watch/dhypEA6EC6B,
http://www.playvid.com/watch/XXrdPofQCiq, http://www.playvid.com/watch/zezzCpi0kEF, http://www.playvid.com/watch/AlZL7DU4Q2D,
http://www.playvid.com/watch/liouky4thmd, http://www.playvid.com/watch/jotuTGaXdNg, http://www.playvid.com/watch/0H3GhdpBIFK,
http://www.playvid.com/watch/Hz6LcHPqSau, http://www.playvid.com/watch/ASMXZElghdF, http://www.playvid.com/watch/tORjBZFNb0a,
http://www.playvid.com/watch/I4KNHvUIRpl, http://www.playvid.com/watch/2D0ahjQTKep, http://www.playvid.com/watch/xtigWLKMyJr,
http://www.playvid.com/watch/xqKQZUag6xC, http://www.playvid.com/watch/ViOKK9NmQJN, http://www.playvid.com/watch/KbJKsMt4xmN,
http://www.playvid.com/watch/LWAQzZzcpc5, http://www.playvid.com/watch/ydRJNm-3lGz, http://www.playvid.com/watch/qHNmi6Sbes9,
http://www.playvid.com/watch/jhfIMyFZCQR, http://www.playvid.com/watch/iSxXfzTnFX2, http://www.playvid.com/watch/zMSCp2eh4ja,
http://www.playvid.com/watch/SikuDL7bUzj, http://www.playvid.com/watch/QDutZiFixoK, http://www.playvid.com/watch/vyciH8GgOPu,
http://www.playvid.com/watch/5FzNEnQo7gy, http://www.playvid.com/watch/u7nzvhs5U8S, http://www.playvid.com/watch/KzyV0eI3ggz,
http://www.playvid.com/watch/mY7pHV4Wqeh, http://www.playvid.com/watch/pqN4QgTppXI, http://www.playvid.com/watch/vVCK2oUdNeG,
http://www.playvid.com/watch/9p2AfpaURSQ, http://www.playvid.com/watch/we5e3fvIzKV, http://www.playvid.com/watch/6juUqe7CTmY,
http://www.playvid.com/watch/Jbee9PEH30r, http://www.playvid.com/watch/n6QRh80NV5b, http://www.playvid.com/watch/xeOaMZM4WBV,
http://www.playvid.com/watch/jjxuAluiFzj, http://www.playvid.com/watch/W3wgMwm7xXC, http://www.playvid.com/watch/kif297lFnbQ,
http://www.playvid.com/watch/RJckWrIQcKn, http://www.playvid.com/watch/6pxY20seTY5, http://www.playvid.com/watch/JCjVbHxPoDO,
http://www.playvid.com/watch/AMZ-bkGrUgY, http://www.playvid.com/watch/zUvTDO8t9O3, http://www.playvid.com/watch/i8HvbgY9mpN,
http://www.playvid.com/watch/VdHTPsQyQ2h, http://www.playvid.com/watch/jtXRJ4okZ6s, http://www.playvid.com/watch/JU9SUnirZXP,
http://www.playvid.com/watch/KIbrKu2Txmn, http://www.playvid.com/watch/i3GiAxjPV6n, http://www.playvid.com/watch/N6VAYIWWFm6,
http://www.playvid.com/watch/dmEMt2CeeFk, http://www.playvid.com/watch/ZGepEVmlEYj, http://www.playvid.com/watch/KAlVOixaMpB,
http://www.playvid.com/watch/R0KV3mOfCtz, http://www.playvid.com/watch/VnL-siha58p, http://www.playvid.com/watch/k4QbhN-uT7-,
http://www.playvid.com/watch/piuRY2WHpsQ, http://www.playvid.com/watch/Kiyf57iG9qg, http://www.playvid.com/watch/awizc85NLuA,
http://www.playvid.com/watch/WQ46APnRoVg, http://www.playvid.com/watch/2ybMBBAoxm4, http://www.playvid.com/watch/5qTcVdVDgkE,
http://www.playvid.com/watch/8-ejJWiMjvH, http://www.playvid.com/watch/Dg4Psr0xopK, http://www.playvid.com/watch/lWddwcD2yMn,
http://www.playvid.com/watch/YTxs3saVYzP, http://www.playvid.com/watch/jmGg0OXvVmA, http://www.playvid.com/watch/V0oAo3WxBcq,
http://www.playvid.com/watch/4fnnjGGGYtd, http://www.playvid.com/watch/4rv4WpGLXdc, http://www.playvid.com/watch/yyDXgQyd9oA,
http://www.playvid.com/watch/jCFXStwvZgv, http://www.playvid.com/watch/gkjBA6kA3v0, http://www.playvid.com/watch/24VUaSbw5Vn,
http://www.playvid.com/watch/rxszPZ0IHSz, http://www.playvid.com/watch/2bXfVAdjNo-, http://www.playvid.com/watch/O6XR4gr-qe6,
http://www.playvid.com/watch/INJmhpQbzwe, http://www.playvid.com/watch/ZwQiFEZ099B, http://www.playvid.com/watch/XpO2BtPohTy,
http://www.playvid.com/watch/JChAUndNU0V, http://www.playvid.com/watch/s4EqttWqSAo, http://www.playvid.com/watch/W8d-hanXPYX,
http://www.playvid.com/watch/0ZITXuRs0Oo, http://www.playvid.com/watch/93WJj6DOTyc, http://www.playvid.com/watch/wuSiP5TNfjR,
http://www.playvid.com/watch/aD9phf5W-KY, http://www.playvid.com/watch/RkBF8w3Ibb8, http://www.playvid.com/watch/T4FmNlTopPN,
http://www.playvid.com/watch/rQB2eCluouC, http://www.playvid.com/watch/rU38zoxdjs5, http://www.playvid.com/watch/qjd6Xc2ddrk,
http://www.playvid.com/watch/bHVWkzklnpL, http://www.playvid.com/watch/NZF7FqtvjBe, http://www.playvid.com/watch/YSLGcxOpZON,
http://www.playvid.com/watch/zHfiKAQx5xF, http://www.playvid.com/watch/qMaGrDV8pal, http://www.playvid.com/watch/gOaGL0ejZOu,
http://www.playvid.com/watch/kpzBgIVqIk3, http://www.playvid.com/watch/USML9g-tHqj, http://www.playvid.com/watch/DOYMAca4X7y,
http://www.playvid.com/watch/FaeOxazusWx, http://www.playvid.com/watch/d7Y5Y5TifyR, http://www.playvid.com/watch/p97ZbZqRIDM,
http://www.playvid.com/watch/Gl0rCLPi5oJ, http://www.playvid.com/watch/xAa-VdIJzFI, http://www.playvid.com/watch/4x4J6CqKDM9,
http://www.playvid.com/watch/Ogzi0xnKQ2r, http://www.playvid.com/watch/0XGm4trVAMM, http://www.playvid.com/watch/ScGbM4-SQ0n,
http://www.playvid.com/watch/ct8itEPMS5h, http://www.playvid.com/watch/FgZE0O3S5aT, http://www.playvid.com/watch/A7hC0xLtyNr,
http://www.playvid.com/watch/8p7UuzYl9OT, http://www.playvid.com/watch/CMf4HM-B4tP, http://www.playvid.com/watch/fCnDiyQfLEy,
http://www.playvid.com/watch/W5qIixEdvV4, http://www.playvid.com/watch/Ry230YORZvx, http://www.playvid.com/watch/vkotIzoHPJ5,
http://www.playvid.com/watch/V7aYEYAoGsz, http://www.playvid.com/watch/BOEpUJSYpvv, http://www.playvid.com/watch/Akgur2DgolP,
http://www.playvid.com/watch/a4jtkGM5NFP, http://www.playvid.com/watch/cry7-5GmHKK, http://www.playvid.com/watch/alAT42juQf8,
http://www.playvid.com/watch/gi9mHITYMsN, http://www.playvid.com/watch/IzUaBdtaZqH, http://www.playvid.com/watch/i2tMn8qHDBo,
http://www.playvid.com/watch/SNbpOitarOu, http://www.playvid.com/watch/8gcxutVgsJ3, http://www.playvid.com/watch/Uph8dyS2LmK,
http://www.playvid.com/watch/399OPKqaLQT, http://www.playvid.com/watch/6HhewtO8YW0, http://www.playvid.com/watch/oRXymDGq7zq,
http://www.playvid.com/watch/WHYqZlvIP05, http://www.playvid.com/watch/X9eGAOZ7Q2p, http://www.playvid.com/watch/RIvO2Q0T89H,
http://www.playvid.com/watch/gJqi4QLfuFv, http://www.playvid.com/watch/2cvqAZj5rQj, http://www.playvid.com/watch/s6dKWcBmBd0,
http://www.playvid.com/watch/bvl-XOrup4C, http://www.playvid.com/watch/sFhpCVXQeZN, http://www.playvid.com/watch/notWOXuOmsE,
http://www.playvid.com/watch/gdlGdmFZ3Fy, http://www.playvid.com/watch/h3AxA-abkbd, http://www.playvid.com/watch/48liLm80v5P,
http://www.playvid.com/watch/YB6HtfF8nkb, http://www.playvid.com/watch/52G6YLGBkl5, http://www.playvid.com/watch/5EKZDbAr50h,
http://www.playvid.com/watch/OFLeipHnsUE, http://www.playvid.com/watch/6OrR48gL4QF, http://www.playvid.com/watch/UHRHv2zbgN6,
http://www.playvid.com/watch/MziekzjAth6, http://www.playvid.com/watch/hWAvICBqjwd, http://www.playvid.com/watch/NmPTzN8sWc6,
http://www.playvid.com/watch/7HcxFV87BHR, http://www.playvid.com/watch/es9YbKdjDld, http://www.playvid.com/watch/DNnB4n-fCOT,
http://www.playvid.com/watch/LzwQzw8S0Ew, http://www.playvid.com/watch/2sSYwW7KJ4h, http://www.playvid.com/watch/gsR0eoRCuo-,
http://www.playvid.com/watch/2oJAPbI-cP6, http://www.playvid.com/watch/NYnWJmIPzk6, http://www.playvid.com/watch/q4-exg9a7NL,
http://www.playvid.com/watch/4jkB49ofpoM, http://www.playvid.com/watch/60idJdcXCkt, http://www.playvid.com/watch/JOvk8ktL8EM,
http://www.playvid.com/watch/Mz7qjljleVp, http://www.playvid.com/watch/HDxndxd3keC, http://www.playvid.com/watch/g56tsXpHge9,
http://www.playvid.com/watch/Q8ph6KNleJ-, http://www.playvid.com/watch/pDAqNtKu5vg, http://www.playvid.com/watch/56c7njnmQ-3
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bremen
5.b. Uploader's email address: brabusadar@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/bremen
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TclUERyuK4r, http://www.playvid.com/watch/Dab7bHmA3aw,
http://www.playvid.com/watch/Oi53voPpouc, http://www.playvid.com/watch/tINRTbuZXy6, http://www.playvid.com/watch/KjTQE-kvful,
http://www.playvid.com/watch/L7Dv7nNvBbt, http://www.playvid.com/watch/oE0DnJqeHbd, http://www.playvid.com/watch/vlhZYLpuOhz,
http://www.playvid.com/watch/2DG-EKnc2pg, http://www.playvid.com/watch/pJItjEiCzGC, http://www.playvid.com/watch/fQP8nvVUiNk,
http://www.playvid.com/watch/c9vkujB7nzw, http://www.playvid.com/watch/oNFsUiIQW0Q, http://www.playvid.com/watch/ynkU0297lLU,
http://www.playvid.com/watch/AscuYrFHcCW, http://www.playvid.com/watch/Mz0KreikOOC, http://www.playvid.com/watch/kfkl-WREYKL,
http://www.playvid.com/watch/r0nbJAuEl8E, http://www.playvid.com/watch/i-QkoMY2JI-, http://www.playvid.com/watch/UZyk2Fbg4Ji,
http://www.playvid.com/watch/dZrXpb9FaYb, http://www.playvid.com/watch/KSK4FFdoFDN, http://www.playvid.com/watch/93h4zTKp8QE,
http://www.playvid.com/watch/fN36F3TLpKc, http://www.playvid.com/watch/57TCokSMgz2, http://www.playvid.com/watch/rA36vEHEQVG,
http://www.playvid.com/watch/AOQAl9DirGj, http://www.playvid.com/watch/p5nLQBLZUHN, http://www.playvid.com/watch/UyRNxMvI90F,
http://www.playvid.com/watch/t53bgbIkXdV, http://www.playvid.com/watch/TqXDpEmAkes, http://www.playvid.com/watch/JsKFJWyyT07,
http://www.playvid.com/watch/fh87T0eIpOs, http://www.playvid.com/watch/0TJr4cjTcXI, http://www.playvid.com/watch/yd0Qjbi6egV,
http://www.playvid.com/watch/VPbREdnngzg, http://www.playvid.com/watch/I3CiWk0hg9w, http://www.playvid.com/watch/qcWKE0B7NVe,
http://www.playvid.com/watch/M0zmvmfIjxR, http://www.playvid.com/watch/7Jh3f5OrQtO, http://www.playvid.com/watch/TRVjljLshPu,
http://www.playvid.com/watch/kjHNpV5WuZj, http://www.playvid.com/watch/F-MAQhxhrkw, http://www.playvid.com/watch/LDoxYN6lUku,
http://www.playvid.com/watch/CmgzXjXF9HF, http://www.playvid.com/watch/a6WejwU69sn, http://www.playvid.com/watch/9vqc3rEmGIM,
http://www.playvid.com/watch/r0IAVHmwmDh, http://www.playvid.com/watch/NmraWXWbJ3c, http://www.playvid.com/watch/sPbtYMsV-X8,
http://www.playvid.com/watch/GHZynRjjebo, http://www.playvid.com/watch/XdzvsvHOUPS, http://www.playvid.com/watch/LkHgn9fmMpJ,
http://www.playvid.com/watch/XzwqoEazGxw, http://www.playvid.com/watch/EKJNJpzgBUR, http://www.playvid.com/watch/9xT6YCkXmeJ,
http://www.playvid.com/watch/ogiiYVJU7iw, http://www.playvid.com/watch/bWkIpQGEKNV, http://www.playvid.com/watch/uxR9zcF5THG,
http://www.playvid.com/watch/tcw7dG9cG-N, http://www.playvid.com/watch/Chd4royaTxX, http://www.playvid.com/watch/05lphbQ0e90,
http://www.playvid.com/watch/eyBBrcIV5wD, http://www.playvid.com/watch/FF6Rnij-l2I, http://www.playvid.com/watch/5M4FTLJaKsJ,
http://www.playvid.com/watch/zfGYkoKYVbu, http://www.playvid.com/watch/JzN0imB70Pv, http://www.playvid.com/watch/3iAoggvnziZ,
http://www.playvid.com/watch/Xe6s4XzZqP3, http://www.playvid.com/watch/vr6F3jhs-SJ, http://www.playvid.com/watch/GX-kW8VJQML,
http://www.playvid.com/watch/7NVZqE20CjM, http://www.playvid.com/watch/Asya-drLHqm, http://www.playvid.com/watch/9IYJKmoH9pY,
http://www.playvid.com/watch/MJL4Nots5TD, http://www.playvid.com/watch/xWEON60ifby, http://www.playvid.com/watch/BgNBwZEhmSi,
http://www.playvid.com/watch/whTWYsFgPCI, http://www.playvid.com/watch/pyX7Lzd56-p, http://www.playvid.com/watch/OHdoKoeFlRq,
http://www.playvid.com/watch/YwlH26P9J8p, http://www.playvid.com/watch/F797QthXi7z, http://www.playvid.com/watch/mbJfqMKKkcr,

http://www.playvid.com/watch/4lxRyqJG7Wn, http://www.playvid.com/watch/yfraKSgYAZG, http://www.playvid.com/watch/TOJSxkIX2bW,
http://www.playvid.com/watch/-vLNBT8S6jt, http://www.playvid.com/watch/BvzieFz3mED, http://www.playvid.com/watch/EnCSO-NHYgb,
http://www.playvid.com/watch/9P7V6QZ53EO, http://www.playvid.com/watch/iJQ5zrdQDMC, http://www.playvid.com/watch/fTfMCKVwgs9,
http://www.playvid.com/watch/add747XOb2Z, http://www.playvid.com/watch/yO3xb3sX7Ck, http://www.playvid.com/watch/EHN3lIhniLu,
http://www.playvid.com/watch/P-E5DFxH9Ae, http://www.playvid.com/watch/xLF5ynZeyXY, http://www.playvid.com/watch/J8vpWWFByoH,
http://www.playvid.com/watch/idaq7G6U8mn, http://www.playvid.com/watch/YZnugk0vUPL, http://www.playvid.com/watch/4o93wCGBuc2,
http://www.playvid.com/watch/qjbwmaW3-9O, http://www.playvid.com/watch/qT6bQxwEhSK, http://www.playvid.com/watch/lk4C0gzjzkX,
http://www.playvid.com/watch/Eb8uZhZ9szJ, http://www.playvid.com/watch/z3WQqqPvkMq, http://www.playvid.com/watch/zWhxwUGAhx-,
http://www.playvid.com/watch/QEOHCg6VHSo, http://www.playvid.com/watch/gbDyBliPbZe, http://www.playvid.com/watch/eA39yHRlLy5,
http://www.playvid.com/watch/TGGyGe8R-lf, http://www.playvid.com/watch/mG6boAYwDzy, http://www.playvid.com/watch/c7dqtVUhhJA,
http://www.playvid.com/watch/FAJr68YyvWJ, http://www.playvid.com/watch/usu7cvjya7t, http://www.playvid.com/watch/r4EeMuQQnso,
http://www.playvid.com/watch/VoOw2MYe8ka, http://www.playvid.com/watch/R4S8jmo7-nA, http://www.playvid.com/watch/ymROeZeC-IM,
http://www.playvid.com/watch/Of6HKTRcYSs, http://www.playvid.com/watch/YysoK4aFvFn, http://www.playvid.com/watch/cah8dskwuGZ,
http://www.playvid.com/watch/c-QpaGeGgL-, http://www.playvid.com/watch/54Vxl6iKbyx, http://www.playvid.com/watch/Llk3i-6PsU6,
http://www.playvid.com/watch/c4D5tijrfrX, http://www.playvid.com/watch/BWL5HYCySxP, http://www.playvid.com/watch/h4r2ydIIYkB,
http://www.playvid.com/watch/ocl4nL6ffmG, http://www.playvid.com/watch/Dbf32StJhlE, http://www.playvid.com/watch/CO89pSHJyuO,
http://www.playvid.com/watch/25lRXszfYb7, http://www.playvid.com/watch/Tk4zEYczayC, http://www.playvid.com/watch/qsyO36d5-bw,
http://www.playvid.com/watch/xAmhZtuYUYA, http://www.playvid.com/watch/ohBAa9MahYp, http://www.playvid.com/watch/-fO2zf6vfN0,
http://www.playvid.com/watch/6xJfy7-IZBR, http://www.playvid.com/watch/lCuHjWt5fRS, http://www.playvid.com/watch/0NMCsWB3jI8,
http://www.playvid.com/watch/k4cPHNcyM2M, http://www.playvid.com/watch/3OpLVe3DWVd, http://www.playvid.com/watch/0FA-BHcOQVy,
http://www.playvid.com/watch/c62CFk2zVOz, http://www.playvid.com/watch/33Nv6KR8m43, http://www.playvid.com/watch/4CkbKoUkLa4,
http://www.playvid.com/watch/dj4pBC2wgXA, http://www.playvid.com/watch/HIFeStmZSUK, http://www.playvid.com/watch/3Et6-P76eM2,
http://www.playvid.com/watch/V99J3FqRaPf, http://www.playvid.com/watch/37fcrvGcfzZ, http://www.playvid.com/watch/J26owuh2QUi,
http://www.playvid.com/watch/5pt-WCZ4JFm, http://www.playvid.com/watch/AF4q9MwmIwN, http://www.playvid.com/watch/h4J8JfCYONH,
http://www.playvid.com/watch/8kDX9z05P88, http://www.playvid.com/watch/jJbYVUkHVYo, http://www.playvid.com/watch/CLLgMc5Iyu-,
http://www.playvid.com/watch/tTJddDfsER4, http://www.playvid.com/watch/NMXXq5Onubk, http://www.playvid.com/watch/P9fVAlXY5DP,
http://www.playvid.com/watch/ICkr8RiD8CS, http://www.playvid.com/watch/fFyzmeMGyxx, http://www.playvid.com/watch/hjg3u48f9cx,
http://www.playvid.com/watch/CCGezE5rFql, http://www.playvid.com/watch/xktNxfCavqQ
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: brest
5.b. Uploader's email address: karlosnovikov@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/brest
5.e. List of videos posted by uploader: http://www.playvid.com/watch/naXPHkNMCzj, http://www.playvid.com/watch/IjxvBQwchrN,
http://www.playvid.com/watch/LPRxwleaWK2, http://www.playvid.com/watch/HKjCPLiRREk, http://www.playvid.com/watch/tQ0OmqnwlNf,
http://www.playvid.com/watch/gfqzkNNEXUj, http://www.playvid.com/watch/a4G9tf9aQrZ, http://www.playvid.com/watch/9hwDnSpbdpU,
http://www.playvid.com/watch/ScPvD2pW0s4, http://www.playvid.com/watch/kHNEhGuFb6p, http://www.playvid.com/watch/EZvy7pewUTT,
http://www.playvid.com/watch/88-DlKPd7Rg, http://www.playvid.com/watch/RaqLoTv6gpZ, http://www.playvid.com/watch/wAcDapswi8s,
http://www.playvid.com/watch/oofqyIMR3vS, http://www.playvid.com/watch/xbdxzw-wF4l, http://www.playvid.com/watch/thRIgow5cD7,
http://www.playvid.com/watch/uXSe7cKP7uq, http://www.playvid.com/watch/pEWA3z-vGsK, http://www.playvid.com/watch/bY3mm7tEcGk,
http://www.playvid.com/watch/L2SAzJZDVqS, http://www.playvid.com/watch/4q9XgKqYJeZ, http://www.playvid.com/watch/Em5lMtZXQqM,
http://www.playvid.com/watch/ojQp8SVHmFB, http://www.playvid.com/watch/-Vnbl37PeOL, http://www.playvid.com/watch/rzZEIVI5wAE,
http://www.playvid.com/watch/VB2FluDeeKM, http://www.playvid.com/watch/NcptYdcW4UN, http://www.playvid.com/watch/SpN0tPJ5Vhs,
http://www.playvid.com/watch/s0SmK79po8c, http://www.playvid.com/watch/kWcuQv4WKaF, http://www.playvid.com/watch/CJgNVqqOtnS,
http://www.playvid.com/watch/pCwps0MelcO, http://www.playvid.com/watch/Wzfz88D2ZOA, http://www.playvid.com/watch/IGK6meWuLK6,
http://www.playvid.com/watch/yzcuD6TQm6P, http://www.playvid.com/watch/ehcSV5GOrp0, http://www.playvid.com/watch/7jbuwEHU7jT,
http://www.playvid.com/watch/sMmSjtx-rt6, http://www.playvid.com/watch/aNd2NsqKzQ4, http://www.playvid.com/watch/QCyps20HSyV,
http://www.playvid.com/watch/UpUVNB3jR6Y, http://www.playvid.com/watch/rH8u8K7CT8m, http://www.playvid.com/watch/NPtEH8DYzEo,
http://www.playvid.com/watch/RNFZxto87B6, http://www.playvid.com/watch/dQa-0tbBaHH, http://www.playvid.com/watch/3DoWaAl5W2E,
http://www.playvid.com/watch/8fiFpBT-m00, http://www.playvid.com/watch/PXtGR0NuqOn, http://www.playvid.com/watch/zHAaPESHSp8,
http://www.playvid.com/watch/0ITFx98FdNo, http://www.playvid.com/watch/QdVrNUzo-2G, http://www.playvid.com/watch/0-YyOj7tMzk,
http://www.playvid.com/watch/9O-k3Euf2en, http://www.playvid.com/watch/nPX57kbePuW, http://www.playvid.com/watch/PHntnzWXLbd,
http://www.playvid.com/watch/HsfTCyT34Wh, http://www.playvid.com/watch/JgEyCNWTRqx, http://www.playvid.com/watch/2hZDem3Z0Fv,
http://www.playvid.com/watch/zfkCxGxho80, http://www.playvid.com/watch/47QSLpvQgsG, http://www.playvid.com/watch/iGz0pL8yWCP,
http://www.playvid.com/watch/9jCQBw-lFyu, http://www.playvid.com/watch/XHNjPX8RW9w, http://www.playvid.com/watch/lHyyxJhXbYR,
http://www.playvid.com/watch/-nA5KMZ5IOU, http://www.playvid.com/watch/4oH4Pw2x9ic, http://www.playvid.com/watch/2zzCgQ2NAdb,
http://www.playvid.com/watch/hAyuUTuivKH, http://www.playvid.com/watch/VIZpEtkskck, http://www.playvid.com/watch/jA5cLEXXghJ,
http://www.playvid.com/watch/VVsrG7hWLku, http://www.playvid.com/watch/IhUpe-q3tJx, http://www.playvid.com/watch/iO6wwoiPKlX,
http://www.playvid.com/watch/CheS9E-mBeC, http://www.playvid.com/watch/w6eBXsyT80P, http://www.playvid.com/watch/HqZH-vYSheH,
http://www.playvid.com/watch/PtPcsQAIAjr, http://www.playvid.com/watch/vSoLQmaf4G5, http://www.playvid.com/watch/ntRh7nMFBOY,
http://www.playvid.com/watch/3FNSCMpAHBj, http://www.playvid.com/watch/ICMVFobrlws, http://www.playvid.com/watch/KPAIocaezhk,
http://www.playvid.com/watch/q4xRwKhmeeP, http://www.playvid.com/watch/82jAVWlspXu, http://www.playvid.com/watch/fgdoEAQPfW8,
http://www.playvid.com/watch/FwZza5oYNs3, http://www.playvid.com/watch/ZBuw0kipwB5, http://www.playvid.com/watch/7NcBFyCNOXK,
http://www.playvid.com/watch/rYPvtyG70D5, http://www.playvid.com/watch/MQXuasXAb28, http://www.playvid.com/watch/JYO-iIVc3mD,
http://www.playvid.com/watch/naoiyRunewa, http://www.playvid.com/watch/dkpZQlGVgVk, http://www.playvid.com/watch/i-37QtuiEoS,
http://www.playvid.com/watch/vNvpHhRpbPc, http://www.playvid.com/watch/AfEDNgsDQ4Q, http://www.playvid.com/watch/i5Qjyrz8X6B,
http://www.playvid.com/watch/pXdd8LN3dB3, http://www.playvid.com/watch/MVKuyjs4034, http://www.playvid.com/watch/Up2q0Dvths0,
http://www.playvid.com/watch/UTuw-HpYgZu, http://www.playvid.com/watch/7irPC8JTlZQ, http://www.playvid.com/watch/eqb6n6KNNgy,
http://www.playvid.com/watch/aPgoKfcFH4k, http://www.playvid.com/watch/ph3vL2a8LNw, http://www.playvid.com/watch/ZNLdORQDta7,
http://www.playvid.com/watch/wnC0wEdOU3q, http://www.playvid.com/watch/f5RTruDpDcR, http://www.playvid.com/watch/2LEjcEnlg6D,
http://www.playvid.com/watch/eY268OB-WU3, http://www.playvid.com/watch/DE0S9jUBgFe, http://www.playvid.com/watch/GDuOSrEDRoC,
http://www.playvid.com/watch/xBEr0cF7FBk, http://www.playvid.com/watch/phtT40nLHXZ, http://www.playvid.com/watch/jRTI9bOWmjU,
http://www.playvid.com/watch/HTVptishLDg, http://www.playvid.com/watch/Df5d0vpkbnX, http://www.playvid.com/watch/Udrvvey4XNb,
http://www.playvid.com/watch/vhtN87q3VcW, http://www.playvid.com/watch/A7gYkPRS-vr, http://www.playvid.com/watch/Cgjl53cpFVo,
http://www.playvid.com/watch/ji73hQ5CB5E, http://www.playvid.com/watch/qQtFbi3Kl-i, http://www.playvid.com/watch/hE7oJbkeCHZ,
http://www.playvid.com/watch/GsmRSrNAomp, http://www.playvid.com/watch/NZ4Bj4U8tVY, http://www.playvid.com/watch/o0Ch4O2WiMJ,
http://www.playvid.com/watch/-DJK08x7KnC, http://www.playvid.com/watch/jXihMFlERaL, http://www.playvid.com/watch/wn4d3kuP2US,
http://www.playvid.com/watch/NEV58kvqI7L, http://www.playvid.com/watch/XvY0FtJURFc, http://www.playvid.com/watch/yiHLL3ACZwo,
http://www.playvid.com/watch/pIFL3OJQ5eY, http://www.playvid.com/watch/56r-yPoPv7l, http://www.playvid.com/watch/aMxwlITUTtH,
http://www.playvid.com/watch/UAV-Dce2K7q, http://www.playvid.com/watch/3mr3Bk4z6wh, http://www.playvid.com/watch/58La0bFlwZw,
http://www.playvid.com/watch/RCoVqSzPfKX, http://www.playvid.com/watch/enMdX8rjeva, http://www.playvid.com/watch/C8TaLxboNzA,
http://www.playvid.com/watch/HkXB65hoxep, http://www.playvid.com/watch/5IERO0cbDJh, http://www.playvid.com/watch/xofxmNBb-Ow,
http://www.playvid.com/watch/hISEV5WbAJI, http://www.playvid.com/watch/QMd7VyU-os6, http://www.playvid.com/watch/ZXIempLBKnm,
http://www.playvid.com/watch/4Vqo80Qd-j5, http://www.playvid.com/watch/Er9LWI2nLsD, http://www.playvid.com/watch/SqLEspIh2bP,
http://www.playvid.com/watch/rmEfv9-7Oin, http://www.playvid.com/watch/xpDhez8O-eM, http://www.playvid.com/watch/hWRXb2wFIZP,
http://www.playvid.com/watch/6y-5bMiXBKi, http://www.playvid.com/watch/zpBrMuovPoF, http://www.playvid.com/watch/yV9Q-3TV5v0,
http://www.playvid.com/watch/TtWzAe34bpv, http://www.playvid.com/watch/dZbwOfyB-je, http://www.playvid.com/watch/MfCPpZUh8jA,
http://www.playvid.com/watch/0EhbgePVuyB, http://www.playvid.com/watch/RTMtK2PCTFX, http://www.playvid.com/watch/6SHmIp6Whrq,
http://www.playvid.com/watch/FbcbhmfdSzG, http://www.playvid.com/watch/RkO264qhiIf, http://www.playvid.com/watch/mXJPJ2pnYm4,
http://www.playvid.com/watch/LS0C7RwRsO2, http://www.playvid.com/watch/awa9NPcukv7, http://www.playvid.com/watch/YCNtT-Y4YCJ,
http://www.playvid.com/watch/M0DL5r5ZOIn, http://www.playvid.com/watch/-ruvJrgsnL8, http://www.playvid.com/watch/zfURyjmyCNh,
http://www.playvid.com/watch/D6bhtEMdmGi, http://www.playvid.com/watch/UuKsB5XrmSS, http://www.playvid.com/watch/ivLdL2nEkoH,
http://www.playvid.com/watch/BZhjlbUbMZU, http://www.playvid.com/watch/DN77d3ArAiM, http://www.playvid.com/watch/BhbGEwXKWh3,
http://www.playvid.com/watch/flo4PBcOExe, http://www.playvid.com/watch/R9Z7H7RHiCW, http://www.playvid.com/watch/EYTJAbc5RoD,
http://www.playvid.com/watch/rSrF4RuoG3G, http://www.playvid.com/watch/RxPkEfBe9yq, http://www.playvid.com/watch/AkiPB6F8Ps2,

http://www.playvid.com/watch/3-YszfGjxvG, http://www.playvid.com/watch/3vB2aOD5x2v, http://www.playvid.com/watch/AtvQ7dRVCdS,
http://www.playvid.com/watch/tMuiuIdk2W8, http://www.playvid.com/watch/xwGmstcwiTq, http://www.playvid.com/watch/wXwe3AAV5VS,
http://www.playvid.com/watch/0gfF7WMHjAT, http://www.playvid.com/watch/cADASOrYU4t, http://www.playvid.com/watch/rSfjQK5NKMB,
http://www.playvid.com/watch/Ic3rMFdSPmg, http://www.playvid.com/watch/mPK8kv4tY-f, http://www.playvid.com/watch/lOm3DgOWCmK,
http://www.playvid.com/watch/XxkJHWyPnUm, http://www.playvid.com/watch/TZqM2Um6OYZ, http://www.playvid.com/watch/SFgYxVAiKyB,
http://www.playvid.com/watch/UrqkoKZM398, http://www.playvid.com/watch/27N9QHuDScA, http://www.playvid.com/watch/ijf3aGSDhEf,
http://www.playvid.com/watch/4jvBtaYbArp, http://www.playvid.com/watch/O8AYvkUhIjV, http://www.playvid.com/watch/vWL5Z8bzyjh,
http://www.playvid.com/watch/or6-IFNr3LI, http://www.playvid.com/watch/MbVvCzxkslP, http://www.playvid.com/watch/8dyXzSgQY9K,
http://www.playvid.com/watch/BIYrIzGRLJ2, http://www.playvid.com/watch/YpgO2AEINXd, http://www.playvid.com/watch/bLzur2ZmAon,
http://www.playvid.com/watch/IiXj560KdS3, http://www.playvid.com/watch/LYyA8W2iT5u, http://www.playvid.com/watch/e8AnKbxMJbd,
http://www.playvid.com/watch/u75Yhkz2i2l, http://www.playvid.com/watch/VZg7dbKg5yC, http://www.playvid.com/watch/DKocINq5pph,
http://www.playvid.com/watch/nb0VHHvNmFX, http://www.playvid.com/watch/cO5csBUAs8P, http://www.playvid.com/watch/i4an8VimKs5,
http://www.playvid.com/watch/dJrlYcaKOrd, http://www.playvid.com/watch/rChxi6vSkHR, http://www.playvid.com/watch/KwLlFwBZanQ,
http://www.playvid.com/watch/FQlCrZmqJP3, http://www.playvid.com/watch/zWvBbJzRBZL, http://www.playvid.com/watch/fz4p5zlaKp5,
http://www.playvid.com/watch/eQt7kAJmm6P, http://www.playvid.com/watch/a6X7Qpy7uc7, http://www.playvid.com/watch/Tfdti20NwS5,
http://www.playvid.com/watch/MlTvh4crsyz, http://www.playvid.com/watch/03d6KcdzRAD, http://www.playvid.com/watch/ABYMYKHCBgs,
http://www.playvid.com/watch/ck-tl5hhLwG, http://www.playvid.com/watch/Xg2nmqqJHW3, http://www.playvid.com/watch/LrrIX-CAzr0,
http://www.playvid.com/watch/E7E6dXtry6h, http://www.playvid.com/watch/RpGp-LtCGk4, http://www.playvid.com/watch/PwYrTNJQHYO,
http://www.playvid.com/watch/9IQ2oze4IHT, http://www.playvid.com/watch/EyQ8sPbtIDX, http://www.playvid.com/watch/m5nhoOxxOCV,
http://www.playvid.com/watch/0A6UZgiQfwH, http://www.playvid.com/watch/50bux6SZzCh, http://www.playvid.com/watch/cTjV4WgDbLb,
http://www.playvid.com/watch/Q7NUFb9A2Al, http://www.playvid.com/watch/MVCQwp46uR6, http://www.playvid.com/watch/Dwwvv2amxPj,
http://www.playvid.com/watch/SmegMIVFaY5, http://www.playvid.com/watch/0qI6EpgU2sv, http://www.playvid.com/watch/7B95bBeIf59,
http://www.playvid.com/watch/mMifNLOKoRj, http://www.playvid.com/watch/dLRC-0WNeUP, http://www.playvid.com/watch/6aR9GqO8Klf,
http://www.playvid.com/watch/ysYXbclLran, http://www.playvid.com/watch/TZUeCYPCuN9, http://www.playvid.com/watch/AAQmNBLSuE3,
http://www.playvid.com/watch/ASVHqljRSi7, http://www.playvid.com/watch/DydhUiXvu2o
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: brunorpires
5.b. Uploader's email address: brunorpires@me.com
5.d. Uploader's profile: http://www.playvid.com/member/brunorpires
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DbZ3MzVa-Tn, http://www.playvid.com/watch/vTKs9E0Gc2a,
http://www.playvid.com/watch/TY4HlVKJ6yv, http://www.playvid.com/watch/tzLDSBgbc5E, http://www.playvid.com/watch/ST2leAGG-hz,
http://www.playvid.com/watch/7qIWSXoYDoG, http://www.playvid.com/watch/05J63yJPfo6, http://www.playvid.com/watch/tLUqXNOSNbA,
http://www.playvid.com/watch/RSWETbosU98, http://www.playvid.com/watch/deu4soq5SJj, http://www.playvid.com/watch/-2zRZt0EBYN,
http://www.playvid.com/watch/zUfW8peK6AR, http://www.playvid.com/watch/ODQvWuEbq22, http://www.playvid.com/watch/qKixCea62yg,
http://www.playvid.com/watch/hXuvbkHDNja, http://www.playvid.com/watch/MXADsfuzN6q, http://www.playvid.com/watch/EyJsfqdedSb,
http://www.playvid.com/watch/S8XJqNLK3es, http://www.playvid.com/watch/QWcVwCqo-rj, http://www.playvid.com/watch/Ewwxr-akJ3y
5.f. Date of third notice: 2014-02-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bruuno
5.b. Uploader's email address: eanikpriv@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/bruuno
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iGyXetOPY7S, http://www.playvid.com/watch/UnWKALB8Zt6,
http://www.playvid.com/watch/r8hC6ynQWeM, http://www.playvid.com/watch/gG8c54Y5Kqd, http://www.playvid.com/watch/Hr32Xfb9qa0,
http://www.playvid.com/watch/3QqAA8UbOGo, http://www.playvid.com/watch/HTXRHfd-IhG, http://www.playvid.com/watch/iAj7gQhwk4u,
http://www.playvid.com/watch/Wnjmotl6U-R, http://www.playvid.com/watch/XhYKWSLNCF-, http://www.playvid.com/watch/3xm2xeZrNAd,
http://www.playvid.com/watch/AETwpBx6WxT, http://www.playvid.com/watch/dbu0fAR6krX, http://www.playvid.com/watch/qgddRzyr6ve,
http://www.playvid.com/watch/-LO5xzQQope, http://www.playvid.com/watch/hg-wRZ6MUcG, http://www.playvid.com/watch/XMKhMHhN2N2,
http://www.playvid.com/watch/Wz4asD7NTwI, http://www.playvid.com/watch/a0FAYnyVWt3, http://www.playvid.com/watch/f6Xvg87oHSJ,
http://www.playvid.com/watch/qgAyWNIhMiK, http://www.playvid.com/watch/NgJX0gzPuyq, http://www.playvid.com/watch/XSggRLN7yTp,
http://www.playvid.com/watch/pwX4Z6N8-4L, http://www.playvid.com/watch/7BIn0hI8jPs, http://www.playvid.com/watch/hKnTs7r8Z9V,
http://www.playvid.com/watch/yXJWgnwfuhL, http://www.playvid.com/watch/fsRlQNXG8eg, http://www.playvid.com/watch/QfHMuX6vM6h,
http://www.playvid.com/watch/lHhN0M-2Shl, http://www.playvid.com/watch/ooOq73EUYgj, http://www.playvid.com/watch/FPqxLN5drTI,
http://www.playvid.com/watch/0OpRUikEWKa, http://www.playvid.com/watch/CMcDtokxorY, http://www.playvid.com/watch/ZbxzbilBw7w,
http://www.playvid.com/watch/xvVALybKkaP, http://www.playvid.com/watch/EjTxoaZZWk5, http://www.playvid.com/watch/oQoYFfgYck4,
http://www.playvid.com/watch/CXcWYcxLnSY, http://www.playvid.com/watch/uMlXL-jpSNJ, http://www.playvid.com/watch/3vfAS8G2NIR,
http://www.playvid.com/watch/CS4qHZEN4aj, http://www.playvid.com/watch/2tz5Krxblis, http://www.playvid.com/watch/VmXiOpsNMJB,
http://www.playvid.com/watch/GiqEJmiU2dl, http://www.playvid.com/watch/-5qiq6xpfPG, http://www.playvid.com/watch/NRN4nnmeANI,
http://www.playvid.com/watch/mUV-eS5UyJo, http://www.playvid.com/watch/FVTywquVnCc, http://www.playvid.com/watch/L-HCeaklaOU,
http://www.playvid.com/watch/QTtB7nACFM4, http://www.playvid.com/watch/sQwEBiR2MJH, http://www.playvid.com/watch/vEYY-38hcHE,
http://www.playvid.com/watch/Pro9Zsc6CY7, http://www.playvid.com/watch/Njk-TDHkIrI, http://www.playvid.com/watch/oQPx5lNwRks,
http://www.playvid.com/watch/-oMn2hm49gd, http://www.playvid.com/watch/wtQMk2Bt4FQ, http://www.playvid.com/watch/-MYayXOlgFu,
http://www.playvid.com/watch/8M5rRxuPw0m, http://www.playvid.com/watch/8tVA6uMaW2U, http://www.playvid.com/watch/KaVG9nug7X6,
http://www.playvid.com/watch/jLgKSVU0voL, http://www.playvid.com/watch/gVcc2PnGR-P, http://www.playvid.com/watch/dH-qfzYHGH8,
http://www.playvid.com/watch/IS0CRBunTVO, http://www.playvid.com/watch/LynFKBPcdFK, http://www.playvid.com/watch/jVKbgmeqxZl,
http://www.playvid.com/watch/-hi3nM8tIXi, http://www.playvid.com/watch/3dEuunEIUda, http://www.playvid.com/watch/xCua92cGlLT,
http://www.playvid.com/watch/beehywLQeK-, http://www.playvid.com/watch/AjFzxcgRqzH, http://www.playvid.com/watch/bE2J87aSPEZ,
http://www.playvid.com/watch/I0I3uUXKJLf, http://www.playvid.com/watch/KETsEkGVHQ3, http://www.playvid.com/watch/LIKbvXyiYwT,
http://www.playvid.com/watch/irPO-phQD7t, http://www.playvid.com/watch/fSfVuNWnhFg, http://www.playvid.com/watch/hhuJn3vTGB5,
http://www.playvid.com/watch/UiEOuHpHvhI, http://www.playvid.com/watch/kUT7DfTORMx, http://www.playvid.com/watch/OhcqLuL-NT3,
http://www.playvid.com/watch/NEkK4SAnbR9, http://www.playvid.com/watch/xAcW2nUxpMa, http://www.playvid.com/watch/2bo3JkF26Tl,
http://www.playvid.com/watch/uGt4J20eabA, http://www.playvid.com/watch/R322-mdqXRr, http://www.playvid.com/watch/6iN7pJpslcn,
http://www.playvid.com/watch/gp8exQx4TgZ, http://www.playvid.com/watch/jpe8ibfR9Oo, http://www.playvid.com/watch/aGqDBvZpQck,
http://www.playvid.com/watch/mXTwj85zDxj, http://www.playvid.com/watch/pl3A5Uma-P0, http://www.playvid.com/watch/esrzWttVUAD,
http://www.playvid.com/watch/PQ8mFwZJE5f, http://www.playvid.com/watch/oOcCKhFocdW, http://www.playvid.com/watch/xiytgaNkNgb,
http://www.playvid.com/watch/bF835vZTB78, http://www.playvid.com/watch/Mtjok5Aah4x, http://www.playvid.com/watch/PYQmWWYqkHF,
http://www.playvid.com/watch/cpmPOXlf9Mr, http://www.playvid.com/watch/8hsTO-MlRr7, http://www.playvid.com/watch/jCyM0VLs4Hk,
http://www.playvid.com/watch/HsK9eW-QYnu, http://www.playvid.com/watch/0W5NUKek-GP, http://www.playvid.com/watch/AoQOreF2wAM,
http://www.playvid.com/watch/ySch5ndh2k3, http://www.playvid.com/watch/hK2CyrzTJZS, http://www.playvid.com/watch/59FckH8nGd5,
http://www.playvid.com/watch/f0T-IUju6hU, http://www.playvid.com/watch/JVu-qsQcrA8, http://www.playvid.com/watch/rUm9iEMSRY2,
http://www.playvid.com/watch/UF07OBTfYUE, http://www.playvid.com/watch/QTOgZLz2LyO, http://www.playvid.com/watch/EV2wV86ueLj,
http://www.playvid.com/watch/Hir7depfY-x, http://www.playvid.com/watch/fMZNOTKQXDJ, http://www.playvid.com/watch/sr9oyBvilff,
http://www.playvid.com/watch/rpdt75xIpKo, http://www.playvid.com/watch/WjYFPXdTq-I, http://www.playvid.com/watch/RUc4C6Q6wlw,
http://www.playvid.com/watch/7uaLjEsWQAJ, http://www.playvid.com/watch/92eoqaD3h8x, http://www.playvid.com/watch/IzGKyuXa4Nr,
http://www.playvid.com/watch/6OYd2zp-gWw, http://www.playvid.com/watch/87b-W0IUM4m, http://www.playvid.com/watch/W0DVm8ZiQVH,
http://www.playvid.com/watch/bdvnAT0dweZ, http://www.playvid.com/watch/ikMKeUMtIWR, http://www.playvid.com/watch/6KYUIfVMTzh,
http://www.playvid.com/watch/5zv7IdC4Q5z, http://www.playvid.com/watch/iK00bBCifMS, http://www.playvid.com/watch/GRRasHgYhkE,
http://www.playvid.com/watch/30D9oPcIgRw, http://www.playvid.com/watch/dRJxISzwOPZ, http://www.playvid.com/watch/yFLMIwSvFUp,
http://www.playvid.com/watch/rCwGob5IsO0, http://www.playvid.com/watch/2XPxrCNYlAb, http://www.playvid.com/watch/zEqtjVxIZNX,
http://www.playvid.com/watch/OI8LaU8iDej, http://www.playvid.com/watch/DyWYBGNydXq, http://www.playvid.com/watch/Tb8eWDgBfpi,
http://www.playvid.com/watch/95dcOY6BxHW, http://www.playvid.com/watch/keTJCZGj3Vz, http://www.playvid.com/watch/pu2xSPsxEJX,
http://www.playvid.com/watch/2bGowP-u-aU, http://www.playvid.com/watch/79SRSXYJCWs, http://www.playvid.com/watch/I6gmoT0QK-4,
http://www.playvid.com/watch/j9nEjeoFoMo, http://www.playvid.com/watch/qeS9WUHRb6G, http://www.playvid.com/watch/yMUOt4LWDHb,
http://www.playvid.com/watch/eciwp-IQA8f, http://www.playvid.com/watch/XVeJ0hitis6, http://www.playvid.com/watch/6Tw-ygDz2bh,

http://www.playvid.com/watch/y-gTlRBT5yi, http://www.playvid.com/watch/AlJZcNi8MfK, http://www.playvid.com/watch/FbCbseAdfD-,
http://www.playvid.com/watch/VY-s3qecrwq, http://www.playvid.com/watch/MzhqrUW2ROM, http://www.playvid.com/watch/KbtPEXDqedZ,
http://www.playvid.com/watch/DiIhUxRo33u, http://www.playvid.com/watch/W0v4CVGL6dG, http://www.playvid.com/watch/xKobFoCtfZ3,
http://www.playvid.com/watch/tLpwgPP0dQg, http://www.playvid.com/watch/lHGoHuQriFd, http://www.playvid.com/watch/jaMUvRuyKgi,
http://www.playvid.com/watch/sgTKalK6TBr, http://www.playvid.com/watch/lj2sno5NLK0, http://www.playvid.com/watch/Mt5dysoDQBd,
http://www.playvid.com/watch/qKcZ5UgERKt, http://www.playvid.com/watch/852xBgxcA8E, http://www.playvid.com/watch/USYZm4IO9Sx,
http://www.playvid.com/watch/Jx5UwP7g-xO, http://www.playvid.com/watch/W6WhD29hflh, http://www.playvid.com/watch/qA822LVXpVU,
http://www.playvid.com/watch/oTKR85IjRti, http://www.playvid.com/watch/G4u7WwjaEuY, http://www.playvid.com/watch/UJf-NVeHvL5,
http://www.playvid.com/watch/599dWo4TT4o, http://www.playvid.com/watch/y9qsOioUise, http://www.playvid.com/watch/ELnrfklMQGK,
http://www.playvid.com/watch/SWmQKRh-7WT, http://www.playvid.com/watch/dYEZiU4V5zf, http://www.playvid.com/watch/9ULhnJ564jL,
http://www.playvid.com/watch/irjkWNlTGpO, http://www.playvid.com/watch/pv9QCiPJPeM, http://www.playvid.com/watch/48CBXNzp7kG,
http://www.playvid.com/watch/DivuYXlRok3, http://www.playvid.com/watch/N73Qt-lnBwP, http://www.playvid.com/watch/PDCUi5cowNm,
http://www.playvid.com/watch/85tZ-Q46R3S, http://www.playvid.com/watch/7MnFqtecQXH, http://www.playvid.com/watch/Kh2riA5TNmY,
http://www.playvid.com/watch/NDgWWHOXDqc, http://www.playvid.com/watch/qj6MG7QfynW, http://www.playvid.com/watch/AKBlR2p4ZaU,
http://www.playvid.com/watch/99TpOdx9Wh0, http://www.playvid.com/watch/Hf9RigzLtLn, http://www.playvid.com/watch/bRDRb92bFt-,
http://www.playvid.com/watch/SywAq5IEBap, http://www.playvid.com/watch/QutfCSfUqMl, http://www.playvid.com/watch/D7iulgE3UvS,
http://www.playvid.com/watch/rFfpJGVwvJM, http://www.playvid.com/watch/98QPbYsKKcO, http://www.playvid.com/watch/aFf9oAC7mXy,
http://www.playvid.com/watch/-xqCLDemna3, http://www.playvid.com/watch/eH356V-kjvJ, http://www.playvid.com/watch/yElWI3MggxK,
http://www.playvid.com/watch/hOlw5GVL3lS, http://www.playvid.com/watch/csDXbzKDwd0, http://www.playvid.com/watch/Jh-tlJV5T23,
http://www.playvid.com/watch/In5JAPzYb0j, http://www.playvid.com/watch/r9WQy7hwY09, http://www.playvid.com/watch/B5wq-fBWiR5,
http://www.playvid.com/watch/Qb9KqwzYL9L, http://www.playvid.com/watch/6L6kxqLiEcl, http://www.playvid.com/watch/nqQN-9xrHZi,
http://www.playvid.com/watch/ybgnGtz8Wen, http://www.playvid.com/watch/Ntve97s9gFK, http://www.playvid.com/watch/3TOul3Sw6ys,
http://www.playvid.com/watch/kwU498UIiDC, http://www.playvid.com/watch/Q74SGHvzI65, http://www.playvid.com/watch/82IfprDFACd,
http://www.playvid.com/watch/h3RCnrq25gA, http://www.playvid.com/watch/J9NXFV2OO-f, http://www.playvid.com/watch/zFPaCP7oFCx,
http://www.playvid.com/watch/NAQhE9Btdal, http://www.playvid.com/watch/qYrXw6hELEh, http://www.playvid.com/watch/DVrdAk2XWiD,
http://www.playvid.com/watch/jwKIGDengJE, http://www.playvid.com/watch/uM-Z2QT3klH, http://www.playvid.com/watch/FNPxUNkNfRQ,
http://www.playvid.com/watch/VQAuhRu0HQA, http://www.playvid.com/watch/rhFeWS0sMEe, http://www.playvid.com/watch/pEKIqvUJvHt,
http://www.playvid.com/watch/gbIGbApHSEa, http://www.playvid.com/watch/-PW9AJcMuPQ, http://www.playvid.com/watch/vD08x7kBRGI,
http://www.playvid.com/watch/yPaQB0ljgOr, http://www.playvid.com/watch/6d220iEt-xc, http://www.playvid.com/watch/XegGf5NULwm,
http://www.playvid.com/watch/dlrBYPEnZmR, http://www.playvid.com/watch/m6wGupWLwUy, http://www.playvid.com/watch/Ac8-SeQtqD7,
http://www.playvid.com/watch/NNouxCHxnCM, http://www.playvid.com/watch/CRW5ahmk7TX, http://www.playvid.com/watch/DcpBbua0BPb,
http://www.playvid.com/watch/y4nR3cR6iqU, http://www.playvid.com/watch/6xT5uAmVIWO, http://www.playvid.com/watch/MxXJnLOX8DK,
http://www.playvid.com/watch/Q6eyLtkaZvj, http://www.playvid.com/watch/yGne6Fqpwx3, http://www.playvid.com/watch/lzYT03SmOQp,
http://www.playvid.com/watch/7cCUKcsnhE-, http://www.playvid.com/watch/72CDIBBF5aa, http://www.playvid.com/watch/dspH3n4NQFf,
http://www.playvid.com/watch/zYEBvgTCeZb, http://www.playvid.com/watch/deLf3N0eyhx, http://www.playvid.com/watch/zoxElsspTtM,
http://www.playvid.com/watch/8TimWhYNIOF, http://www.playvid.com/watch/9cTNuCygW9H, http://www.playvid.com/watch/H-efIVTA656,
http://www.playvid.com/watch/nnMBZSTnWwa, http://www.playvid.com/watch/OJckRXsGuMp, http://www.playvid.com/watch/m-gGgjewjAx,
http://www.playvid.com/watch/wYUljQIOxml, http://www.playvid.com/watch/PN5i9Zv5z0E, http://www.playvid.com/watch/4ZsZ5tcstiS,
http://www.playvid.com/watch/B4yfhyvogjR, http://www.playvid.com/watch/-teH95PFl6h, http://www.playvid.com/watch/QnzjI8uJCtc,
http://www.playvid.com/watch/QOmnnA7Ksft, http://www.playvid.com/watch/xnwrXV-Gx-h, http://www.playvid.com/watch/4qxKfdZQHRQ,
http://www.playvid.com/watch/6LUr29wsMuu, http://www.playvid.com/watch/FC5pWMdTK3i, http://www.playvid.com/watch/CbxR8xxoVcL,
http://www.playvid.com/watch/7pCyn5QfljW, http://www.playvid.com/watch/qm92WytqCc4, http://www.playvid.com/watch/J5TjRktrMmZ,
http://www.playvid.com/watch/L42nTP8SQfQ, http://www.playvid.com/watch/amzjGxZyfZF, http://www.playvid.com/watch/sBdSZwjCS8Y,
http://www.playvid.com/watch/XUinHJKoQwe, http://www.playvid.com/watch/EoV7TIqh6G-, http://www.playvid.com/watch/6w2lZvSxY9Y,
http://www.playvid.com/watch/aC6TJrB-Xfa, http://www.playvid.com/watch/nsP3ulofHXk, http://www.playvid.com/watch/dYgOX9LpzxF,
http://www.playvid.com/watch/AWZ83Kj4S7v, http://www.playvid.com/watch/g9byjzHBfj2, http://www.playvid.com/watch/NoJfwGPT6Bx,
http://www.playvid.com/watch/PnGOBYRmA4S, http://www.playvid.com/watch/oKThLjmkEg0, http://www.playvid.com/watch/Z2Lefc7QLJb,
http://www.playvid.com/watch/HLKWPTlNwh4, http://www.playvid.com/watch/ktUKBxqLbdy, http://www.playvid.com/watch/FMSJHT4orgk,
http://www.playvid.com/watch/UPCwFM9bm2I, http://www.playvid.com/watch/2WT-HJTYCU6, http://www.playvid.com/watch/SUeoMmYhEan,
http://www.playvid.com/watch/XJ9ldAwknQz, http://www.playvid.com/watch/UanHhFMSzbf, http://www.playvid.com/watch/yEaTfxlmoG8,
http://www.playvid.com/watch/2brXeDaawvz, http://www.playvid.com/watch/3jgm8zEGEyz, http://www.playvid.com/watch/rXkpfBPRZLi,
http://www.playvid.com/watch/zAhDrC4yBho, http://www.playvid.com/watch/e3ejgwzbYBO, http://www.playvid.com/watch/3tHxIstr2Jz,
http://www.playvid.com/watch/-yDHzuI8gdz, http://www.playvid.com/watch/zlNJGcceLMI, http://www.playvid.com/watch/5QObYHXUQtn,
http://www.playvid.com/watch/VQH6qS76G-k, http://www.playvid.com/watch/JsGNB-UjozV, http://www.playvid.com/watch/DdLASmL4vBT,
http://www.playvid.com/watch/9VMIFNIbMlB, http://www.playvid.com/watch/5pFpw9NLvZl, http://www.playvid.com/watch/w0kXUi0Bs83,
http://www.playvid.com/watch/2vIvSl5TZPk, http://www.playvid.com/watch/eYoUtQCVLmf, http://www.playvid.com/watch/l-CzzpB6QpA,
http://www.playvid.com/watch/YzYWoytuDGB, http://www.playvid.com/watch/gEVtQT8RyYi, http://www.playvid.com/watch/HD55msC0IdE,
http://www.playvid.com/watch/t4X0-puTx7N, http://www.playvid.com/watch/9U6VoVhXf0C, http://www.playvid.com/watch/2NBWMPNVNC2,
http://www.playvid.com/watch/lo5xerjfaE6, http://www.playvid.com/watch/J8Gl2lv6dAZ, http://www.playvid.com/watch/BlqIkDjCgLN,
http://www.playvid.com/watch/6Qy7-I2UNQe, http://www.playvid.com/watch/PTbwZv56uUm, http://www.playvid.com/watch/OvBqORkL2HG,
http://www.playvid.com/watch/6wpA2Ju8JI9, http://www.playvid.com/watch/2qRjWyG6PkR, http://www.playvid.com/watch/t3dbEesVpCH,
http://www.playvid.com/watch/sBiaWm0ZKqZ, http://www.playvid.com/watch/PFAJinM3fVT, http://www.playvid.com/watch/oCiwIxhtfyR,
http://www.playvid.com/watch/hUO32MojZq6, http://www.playvid.com/watch/ek4PMc7vOVG, http://www.playvid.com/watch/Slgnl4-h7q2,
http://www.playvid.com/watch/I7B0kxyyNnv, http://www.playvid.com/watch/WXGspcyqjxT, http://www.playvid.com/watch/zG3IAknvGTx,
http://www.playvid.com/watch/upwBei2oaOA, http://www.playvid.com/watch/rzDaiKlq6cx, http://www.playvid.com/watch/ZEBiYrJ5oJV,
http://www.playvid.com/watch/9kmo0y-prc5, http://www.playvid.com/watch/xRc-aX-GfUL, http://www.playvid.com/watch/enje9g5uS3d,
http://www.playvid.com/watch/oVAYe9DmjpO, http://www.playvid.com/watch/oI8hm9PUkqP, http://www.playvid.com/watch/7rWR0hJaZ5n,
http://www.playvid.com/watch/tqVJZPEyqiy, http://www.playvid.com/watch/FWbc0PCcZJG, http://www.playvid.com/watch/oPYXscU4SFb,
http://www.playvid.com/watch/5Bi67J28r8o, http://www.playvid.com/watch/JR43n0DC6O9, http://www.playvid.com/watch/Y8cuqDlXGNC,
http://www.playvid.com/watch/CZzlRskWGei, http://www.playvid.com/watch/HjgWng3MqJl, http://www.playvid.com/watch/CHrUcxqb4XW,
http://www.playvid.com/watch/X-cBMDzksBX, http://www.playvid.com/watch/GZluD4YFxep, http://www.playvid.com/watch/bqZf4Zu75X-,
http://www.playvid.com/watch/gW2xlrkYy0V, http://www.playvid.com/watch/2DigbeH2o6q, http://www.playvid.com/watch/HgZfhryJ76h,
http://www.playvid.com/watch/FJ94ObvRBRF, http://www.playvid.com/watch/CGYexlmtsw6, http://www.playvid.com/watch/tyYVagjEetu,
http://www.playvid.com/watch/pRytIUtDJod, http://www.playvid.com/watch/USEqa-aPtXY, http://www.playvid.com/watch/VOpkD6iqBQF,
http://www.playvid.com/watch/8Phx7Dej6L5, http://www.playvid.com/watch/PX2LNAOJubT, http://www.playvid.com/watch/Lyk8fuyWaA2,
http://www.playvid.com/watch/giu4D0XYaH0, http://www.playvid.com/watch/Udavm5DDPth, http://www.playvid.com/watch/54XCNB08b-B,
http://www.playvid.com/watch/9fXKDt8B85Y, http://www.playvid.com/watch/0TNnX4cotGd, http://www.playvid.com/watch/8Qlj9pT8sa9,
http://www.playvid.com/watch/aZa3l0Y55s5, http://www.playvid.com/watch/OUDzi8ZPPbV, http://www.playvid.com/watch/R3Rn9-Px-HD,
http://www.playvid.com/watch/cdXeA2UvzlE, http://www.playvid.com/watch/LsMswHJhxLy, http://www.playvid.com/watch/Vj3RpHHt6wG,
http://www.playvid.com/watch/GKPVWsAhghm, http://www.playvid.com/watch/MrSSImHvIp5, http://www.playvid.com/watch/Ci04i3oIIZO,
http://www.playvid.com/watch/XdjQ4OLcUvn, http://www.playvid.com/watch/K47DXXeE48R, http://www.playvid.com/watch/iYjRrV8skd0,
http://www.playvid.com/watch/lYOOQKhK7Kw, http://www.playvid.com/watch/f2YbdTVACwy, http://www.playvid.com/watch/4rFtue3QSRh,
http://www.playvid.com/watch/N6BpmdU7FcF, http://www.playvid.com/watch/YaIoOEb-IJR, http://www.playvid.com/watch/YhZDd5od3Il,
http://www.playvid.com/watch/w5pbWF7hveV, http://www.playvid.com/watch/P00Ya9Con-e, http://www.playvid.com/watch/yDaOYTCBSt9,
http://www.playvid.com/watch/jdMr43Q9oXJ, http://www.playvid.com/watch/dYzae2JKFFt, http://www.playvid.com/watch/Y2XLQnRXa7F,
http://www.playvid.com/watch/fcpaYRZP7tB, http://www.playvid.com/watch/IVHGOo0yQHt, http://www.playvid.com/watch/gm4Nt6vVkfX,
http://www.playvid.com/watch/GWP3kKxHYnY, http://www.playvid.com/watch/-ZyGsbiuCpZ, http://www.playvid.com/watch/ErOdY7e3WqW,
http://www.playvid.com/watch/qdT7Y7cWUdj, http://www.playvid.com/watch/YYnUNnMZwhM, http://www.playvid.com/watch/ekhknkz-58v,
http://www.playvid.com/watch/CVlMmgp8yJ2, http://www.playvid.com/watch/tWsgL7FuAsk, http://www.playvid.com/watch/ih5UIMk8keb,
http://www.playvid.com/watch/qTjji2mCdjp, http://www.playvid.com/watch/PMIxjJCAGqy, http://www.playvid.com/watch/FaUW-R9UK77,
http://www.playvid.com/watch/YY5KlDGpbAj

5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: bruusadam
5.b. Uploader's email address: bruusadamadma@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/bruusadam
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TgQF0ECFnJG, http://www.playvid.com/watch/2fgO3sjV9nV,
http://www.playvid.com/watch/vdnbBuRlOmm, http://www.playvid.com/watch/Vco4wXAufNZ, http://www.playvid.com/watch/8j6XwC872kH,
http://www.playvid.com/watch/BjmoQlPPHc7, http://www.playvid.com/watch/UF-FLkeIx2p, http://www.playvid.com/watch/bjhO0dTPxPB,
http://www.playvid.com/watch/QU-sTZ-J-fm, http://www.playvid.com/watch/EAeEA2fEAJm, http://www.playvid.com/watch/ol5WDLAqesL,
http://www.playvid.com/watch/vk6ARKI4n8J, http://www.playvid.com/watch/PjHd0JSHhMm, http://www.playvid.com/watch/QuenAMnRQUx,
http://www.playvid.com/watch/kEweGKhlPkD, http://www.playvid.com/watch/47y2qBMC-9u, http://www.playvid.com/watch/wIk4h6HkAP7,
http://www.playvid.com/watch/0DSxCMujwmY, http://www.playvid.com/watch/YiEe6Dk73Ar, http://www.playvid.com/watch/YzMG0vDLHnN,
http://www.playvid.com/watch/3xRsJA3D7E8, http://www.playvid.com/watch/SLMwc9Tj-Ak, http://www.playvid.com/watch/50uu9Ts8zZh,
http://www.playvid.com/watch/zWkZsrEMdkw, http://www.playvid.com/watch/4z6F2HyvfJF, http://www.playvid.com/watch/H7jsPUO65XK,
http://www.playvid.com/watch/B0UtF3zoptm, http://www.playvid.com/watch/eka3GhBJwsz, http://www.playvid.com/watch/JFMVluRakFn,
http://www.playvid.com/watch/ZZ86GdOfzHw, http://www.playvid.com/watch/nBPBEuuebxU, http://www.playvid.com/watch/yuj5WTNLxes,
http://www.playvid.com/watch/yICgIc8Ul3J, http://www.playvid.com/watch/qEEKRD4NU0f, http://www.playvid.com/watch/0QnI2QDVe3V,
http://www.playvid.com/watch/JwkhT8pPZKj, http://www.playvid.com/watch/i7AbyjTTxjg, http://www.playvid.com/watch/MnA-2PUC4gy,
http://www.playvid.com/watch/cwdFZhI4YES, http://www.playvid.com/watch/UxfcIyJjLmK, http://www.playvid.com/watch/-d5sRBP33-e,
http://www.playvid.com/watch/5Ptm2VqRH63, http://www.playvid.com/watch/sbKnc6lHXo7, http://www.playvid.com/watch/-UUhwYfljzi,
http://www.playvid.com/watch/eqP9c2r5NXW, http://www.playvid.com/watch/9-W2xhORBFV, http://www.playvid.com/watch/LlDBzQ-7yxy,
http://www.playvid.com/watch/Y9pekfp05L4, http://www.playvid.com/watch/abCI3RY90-H, http://www.playvid.com/watch/KeUe9jt0hSR,
http://www.playvid.com/watch/Hf0Qip3etSi, http://www.playvid.com/watch/yK9CjUsfc7H, http://www.playvid.com/watch/95gjKOYOT8J,
http://www.playvid.com/watch/NBflaK8bzGp, http://www.playvid.com/watch/9V-k4O0mfxm, http://www.playvid.com/watch/a--CVLfmd7V,
http://www.playvid.com/watch/BTqwbtEv43K, http://www.playvid.com/watch/QuyughVq9Au, http://www.playvid.com/watch/yhTWXa5VY3j,
http://www.playvid.com/watch/bC69daCJSmv, http://www.playvid.com/watch/C5IAi2wVryl, http://www.playvid.com/watch/-ThRaK9yMvY,
http://www.playvid.com/watch/aX-6wt3tQgw, http://www.playvid.com/watch/YB29-nmrDJE, http://www.playvid.com/watch/i43O4Ji9Z95,
http://www.playvid.com/watch/J2ajbtOTLZ0, http://www.playvid.com/watch/hKZDpw74piW, http://www.playvid.com/watch/qUTBrbhHmIE,
http://www.playvid.com/watch/T-dez9vYAhX, http://www.playvid.com/watch/UsvRKApVVjm, http://www.playvid.com/watch/toRn7BkgQG9,
http://www.playvid.com/watch/fO9YedUyiOH, http://www.playvid.com/watch/EGOTwY-8BY3, http://www.playvid.com/watch/dXXEZ67izna,
http://www.playvid.com/watch/UrQHCHB97Ck, http://www.playvid.com/watch/qzSPe2FLp0d, http://www.playvid.com/watch/US6JjMyNw-m,
http://www.playvid.com/watch/kjrV7eMWHOD, http://www.playvid.com/watch/cl5L5b-zXaT, http://www.playvid.com/watch/2uYZeOnIw0Z,
http://www.playvid.com/watch/cBpaNzhBi5X, http://www.playvid.com/watch/xxMZWQB-eIP, http://www.playvid.com/watch/QXDyNqSgj7O,
http://www.playvid.com/watch/6k53npxeu-R, http://www.playvid.com/watch/54PuNU0lALD, http://www.playvid.com/watch/LloXtt9xYlT,
http://www.playvid.com/watch/0ZruGd8BYn6, http://www.playvid.com/watch/B4Tm2Gttd4X, http://www.playvid.com/watch/vgXKh37X9w7,
http://www.playvid.com/watch/F87xHLxoiUR, http://www.playvid.com/watch/Fu0B7DA-aYW, http://www.playvid.com/watch/kxHQacUxlQY,
http://www.playvid.com/watch/GSX4NdtsJax, http://www.playvid.com/watch/asA0mKiv5kk, http://www.playvid.com/watch/FePI7wtBe4T,
http://www.playvid.com/watch/h3dw5My8zra, http://www.playvid.com/watch/TnTzSaRBbfK, http://www.playvid.com/watch/CttGUyzmUMg,
http://www.playvid.com/watch/Cc6TZ6wUK7i, http://www.playvid.com/watch/MxsH7Udu8F0, http://www.playvid.com/watch/VtYxiwgEBwm,
http://www.playvid.com/watch/boPl-juR8ST, http://www.playvid.com/watch/YAyrs3ktnn8, http://www.playvid.com/watch/hrnnLZqymB-,
http://www.playvid.com/watch/BDY54my6RRr, http://www.playvid.com/watch/vtfwYZ0UMbF, http://www.playvid.com/watch/BTzs7VtLiVe,
http://www.playvid.com/watch/ZEDqO98AuJI, http://www.playvid.com/watch/Ok79TPOJJpO, http://www.playvid.com/watch/C7lBTqwaJMd,
http://www.playvid.com/watch/vkgQG-wIO2a, http://www.playvid.com/watch/zPd6zCrwNuJ, http://www.playvid.com/watch/RhklT4bPsig,
http://www.playvid.com/watch/YqLqo-FaTRc, http://www.playvid.com/watch/bsZP0NQIgJO, http://www.playvid.com/watch/RVuuZ5R-ETd,
http://www.playvid.com/watch/x0SXRdoJ4Me, http://www.playvid.com/watch/YhWkp6oXCDW, http://www.playvid.com/watch/6-VSfXJNfY9,
http://www.playvid.com/watch/dV7GrKEIo2w, http://www.playvid.com/watch/x8kWQCTiBZ5, http://www.playvid.com/watch/3sV0-ZTXznG,
http://www.playvid.com/watch/-GhSBK9bsCY, http://www.playvid.com/watch/ufGwMtejCrw, http://www.playvid.com/watch/UIcycxJBBux,
http://www.playvid.com/watch/pSaF8mQCiZB, http://www.playvid.com/watch/-f9YX2lJCl7, http://www.playvid.com/watch/PgZ-IGawnPm,
http://www.playvid.com/watch/chhSB0MIIah, http://www.playvid.com/watch/zle5G6wCyWC, http://www.playvid.com/watch/ExK4Br8NLNA,
http://www.playvid.com/watch/aWo6AuDJCfa, http://www.playvid.com/watch/JKSRJi7f5HH, http://www.playvid.com/watch/KVNkjqeEoTL,
http://www.playvid.com/watch/umwym0k4wYk, http://www.playvid.com/watch/yscJSvqfruF, http://www.playvid.com/watch/yM4ygvX8e5K,
http://www.playvid.com/watch/JtyXWSPIoSl, http://www.playvid.com/watch/wQS8S255Kiv, http://www.playvid.com/watch/ZMagP23cZK0,
http://www.playvid.com/watch/n8qwvacnIRI, http://www.playvid.com/watch/n4UvEPDBYrL, http://www.playvid.com/watch/7K4bNgAgsIK,
http://www.playvid.com/watch/iKI3z-Ys-Yo, http://www.playvid.com/watch/LmGR7XXCEEE, http://www.playvid.com/watch/no7Zq7IW6KQ,
http://www.playvid.com/watch/sfznrUGuHc8, http://www.playvid.com/watch/FBbeU2yDUX6, http://www.playvid.com/watch/gWCoPHOH-ua,
http://www.playvid.com/watch/8W-8MPBN8ny, http://www.playvid.com/watch/cpVJUedQvNT, http://www.playvid.com/watch/dbs5yKXWO0I,
http://www.playvid.com/watch/GFyGtGrqcPn, http://www.playvid.com/watch/82cMikHF3gp, http://www.playvid.com/watch/lrtiBGLcLX6,
http://www.playvid.com/watch/xc8rAXWBFNq, http://www.playvid.com/watch/M-bcGkP99gd, http://www.playvid.com/watch/DBKqP8RFllx,
http://www.playvid.com/watch/w3khrTBhZWw, http://www.playvid.com/watch/0jBlKGrxq22, http://www.playvid.com/watch/er75E-z2EoV,
http://www.playvid.com/watch/0godx0SVn8d, http://www.playvid.com/watch/sgPuexdZBdf, http://www.playvid.com/watch/wnFTIBQFfoQ,
http://www.playvid.com/watch/t4uZdlKMFIA, http://www.playvid.com/watch/L3CxUWtOVyy, http://www.playvid.com/watch/86RvJLs-Wt0,
http://www.playvid.com/watch/m45c3jsv277, http://www.playvid.com/watch/4f4fSpke7lo, http://www.playvid.com/watch/ClipV3-ZtKr,
http://www.playvid.com/watch/vVyRcRh2cOL, http://www.playvid.com/watch/282P3FmtteK, http://www.playvid.com/watch/MWunjEHIuyJ,
http://www.playvid.com/watch/VrH-NazqCwh, http://www.playvid.com/watch/j4SMSZ7ziRu, http://www.playvid.com/watch/4d6Ms9LUfps,
http://www.playvid.com/watch/0WuRZxYgZLG, http://www.playvid.com/watch/eUgVFKF9kb9, http://www.playvid.com/watch/BF8Dd7tqVp9,
http://www.playvid.com/watch/fwNIJ9xdua9, http://www.playvid.com/watch/IGo4QdMI9Mm, http://www.playvid.com/watch/BwvDyUhVp40,
http://www.playvid.com/watch/7GqPC4qENpl, http://www.playvid.com/watch/WvRRTVexVW-, http://www.playvid.com/watch/TejuSuafdpQ,
http://www.playvid.com/watch/7xUHqk2M4mG, http://www.playvid.com/watch/ANk3VHepXm5, http://www.playvid.com/watch/-OLVMqfu57-,
http://www.playvid.com/watch/DaZLyZ5p-Pq, http://www.playvid.com/watch/mvMB9XasYVt, http://www.playvid.com/watch/iVaMHeQyGDU,
http://www.playvid.com/watch/jiNA06JTvJy, http://www.playvid.com/watch/V2reNVk8xUc, http://www.playvid.com/watch/5ji6rsbNPN5,
http://www.playvid.com/watch/N2LyyzUdc4d, http://www.playvid.com/watch/QDloSWV2H6R, http://www.playvid.com/watch/oSqppQyvJNv,
http://www.playvid.com/watch/SqCUXcaLGlc, http://www.playvid.com/watch/WpW-mKWKqRt, http://www.playvid.com/watch/TUrGihhMobN,
http://www.playvid.com/watch/jqBUUctD243, http://www.playvid.com/watch/XfT6Yx2Z8mV, http://www.playvid.com/watch/u6UoAu74V4P,
http://www.playvid.com/watch/ieZ2j8i5FLZ, http://www.playvid.com/watch/90p6Nek6GfC, http://www.playvid.com/watch/AkUW6AEUo0i,
http://www.playvid.com/watch/ASr4SUDdvyD, http://www.playvid.com/watch/VqSAuAGKaMT, http://www.playvid.com/watch/Mqbcdh5U88J,
http://www.playvid.com/watch/ljfPZdwH6e4, http://www.playvid.com/watch/EP7-YqIWvj3, http://www.playvid.com/watch/Vp3nFTOmL8N,
http://www.playvid.com/watch/35VQdpLoe2w, http://www.playvid.com/watch/MWUPbN3G2nk, http://www.playvid.com/watch/wCetBkpSwNj,
http://www.playvid.com/watch/qRV8Kc6Q4NO, http://www.playvid.com/watch/3Okd7-arX-2, http://www.playvid.com/watch/GrKZ7GCXStw,
http://www.playvid.com/watch/I2mOVWjWDXk, http://www.playvid.com/watch/Xt8pyzug-Nj, http://www.playvid.com/watch/dUsqggBBpXt,
http://www.playvid.com/watch/JlJROs-pPSR, http://www.playvid.com/watch/4M3DAjz29Cw, http://www.playvid.com/watch/w3RofcRaRYF,
http://www.playvid.com/watch/0WwOhQ4ohlF, http://www.playvid.com/watch/XZ9y8RxGcA5, http://www.playvid.com/watch/dJrvUBI0Rhn,
http://www.playvid.com/watch/5YIQMnDGpam, http://www.playvid.com/watch/VGprHJ85Nu0, http://www.playvid.com/watch/QUxjMDBrSCV,
http://www.playvid.com/watch/xvw0Yym6S6a, http://www.playvid.com/watch/ZC0-iN7XBG2, http://www.playvid.com/watch/noNs9I5FCWS,
http://www.playvid.com/watch/XpwuPLlnWHa, http://www.playvid.com/watch/PWrEzoicv7p, http://www.playvid.com/watch/kgaEFtmIAod,
http://www.playvid.com/watch/f0LdoSpkq5j, http://www.playvid.com/watch/9JuecS3Igx2, http://www.playvid.com/watch/imtir-3OjFi,
http://www.playvid.com/watch/72eQ2qUxJAf, http://www.playvid.com/watch/mWdeULVVUjn, http://www.playvid.com/watch/PDhZc9uhW5I,
http://www.playvid.com/watch/eUeQyy5O6RZ, http://www.playvid.com/watch/mI0qmfFR4nx, http://www.playvid.com/watch/T5v0iGfnlae,
http://www.playvid.com/watch/58n-O7bEBBq, http://www.playvid.com/watch/gjW55kL8XYm, http://www.playvid.com/watch/eboWfo2q6iF,
http://www.playvid.com/watch/nyqdBZZRJBR, http://www.playvid.com/watch/DICaAsxiBtx, http://www.playvid.com/watch/ssiEXKVBZHj,
http://www.playvid.com/watch/RcFdSWCY8My, http://www.playvid.com/watch/jVwMC7ruegu, http://www.playvid.com/watch/bTgXTEIAt4Q,
http://www.playvid.com/watch/RX5BnAYzbmS, http://www.playvid.com/watch/-lLqsze28dv, http://www.playvid.com/watch/74ppCQnW6MF,
http://www.playvid.com/watch/7l7esZhwN0Z, http://www.playvid.com/watch/Z49jK-ctQJy, http://www.playvid.com/watch/GxjWzgkmsWi
5.f. Date of third notice: 2013-08-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: caledoniya
5.b. Uploader's email address: kirkdooglas@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/caledoniya
5.e. List of videos posted by uploader: http://www.playvid.com/watch/G7MCCUIZHm-, http://www.playvid.com/watch/rjVOAn3SQor,
http://www.playvid.com/watch/gWPzstmhxnO, http://www.playvid.com/watch/3GQDDNVtq54, http://www.playvid.com/watch/IlEo963fIxS,

http://www.playvid.com/watch/V-IPzDOEcTE, http://www.playvid.com/watch/k9V2phfhAei, http://www.playvid.com/watch/e5hUYhAid0g, http://www.playvid.com/watch/J2takWakUTH, http://www.playvid.com/watch/wwOrhOoQCTm, http://www.playvid.com/watch/pSZh8qLPchu, http://www.playvid.com/watch/zIGpLAt9V9m, http://www.playvid.com/watch/7cS7lbYdBkh, http://www.playvid.com/watch/wv74zO4TXOu, http://www.playvid.com/watch/POpa4gNn-2V, http://www.playvid.com/watch/ZBAZ9pi-QHI, http://www.playvid.com/watch/Z3qTaRQa7Op, http://www.playvid.com/watch/hDGH9Fm9qjS, http://www.playvid.com/watch/bzVXiUXE0dT, http://www.playvid.com/watch/EPOkw4gu3dG, http://www.playvid.com/watch/Pfe0cLDqTcx, http://www.playvid.com/watch/CTbtNTVIpkz, http://www.playvid.com/watch/OET8jQgdv90, http://www.playvid.com/watch/HWdUMCoYdK3, http://www.playvid.com/watch/YWsvFSWfUNq, http://www.playvid.com/watch/VATbTD4UDLg, http://www.playvid.com/watch/TQb9ZhE-cRX, http://www.playvid.com/watch/NOnZeOmhcxA, http://www.playvid.com/watch/g6ASQz8wGXl, http://www.playvid.com/watch/xdTpwCp6Lrp, http://www.playvid.com/watch/dSyTOMG8YUn, http://www.playvid.com/watch/HyHM9dANSte, http://www.playvid.com/watch/SBDbf9Nu3CM, http://www.playvid.com/watch/AMRMRCkIfGT, http://www.playvid.com/watch/QWBuv-kIiy2, http://www.playvid.com/watch/YzBOKSNa8Il, http://www.playvid.com/watch/ujockmW9u4h, http://www.playvid.com/watch/74ySbUmaioP, http://www.playvid.com/watch/E6lxaO49RUD, http://www.playvid.com/watch/k65KOWnCQea, http://www.playvid.com/watch/VYszYN7-7ga, http://www.playvid.com/watch/Rl1MheGYVxW, http://www.playvid.com/watch/HkhB4JDzHJa, http://www.playvid.com/watch/kH0ciYsep03, http://www.playvid.com/watch/nUUFtakw6uv, http://www.playvid.com/watch/hzoagH0dKGW, http://www.playvid.com/watch/dquPE2PdiV-, http://www.playvid.com/watch/DpdMol6oqdJ, http://www.playvid.com/watch/b8VEDtRooTM, http://www.playvid.com/watch/mmgdRF5ajOm, http://www.playvid.com/watch/AEWG9ZdTqBA, http://www.playvid.com/watch/QoJE632WO8c, http://www.playvid.com/watch/Cviedz-PfkC, http://www.playvid.com/watch/riAVbGTBLaD, http://www.playvid.com/watch/2AzeXrJtMp2, http://www.playvid.com/watch/fgg-ilrpCc3, http://www.playvid.com/watch/UfUyIZdUeqP, http://www.playvid.com/watch/8BiczDZaJ1t, http://www.playvid.com/watch/g6vTnA6ZlBX, http://www.playvid.com/watch/OFjzxO7-Azm, http://www.playvid.com/watch/DlG1dQsngM5, http://www.playvid.com/watch/r7Vbe061MCS, http://www.playvid.com/watch/zLNGvTIKABL, http://www.playvid.com/watch/jpSCVLwsKwd, http://www.playvid.com/watch/QtE8V-Flfkk, http://www.playvid.com/watch/ASC7ZasZqLl, http://www.playvid.com/watch/J3vJAZPYS3H, http://www.playvid.com/watch/x9dPvL-X8jY, http://www.playvid.com/watch/adpxFg7DZix, http://www.playvid.com/watch/3U3SATzQefK, http://www.playvid.com/watch/BzHY1neOcuS, http://www.playvid.com/watch/Bvr1oau-QK5, http://www.playvid.com/watch/IvdRJ4jPkEl, http://www.playvid.com/watch/xHSy3cSVqHb, http://www.playvid.com/watch/ipFNQbjbvUp, http://www.playvid.com/watch/SxxNGe4hdF5, http://www.playvid.com/watch/7TgO5jzovMh, http://www.playvid.com/watch/xJmNtFsKBLB, http://www.playvid.com/watch/8DT8UMpsYsU, http://www.playvid.com/watch/7npJ4qmb15K, http://www.playvid.com/watch/BW3z2vJWSq-, http://www.playvid.com/watch/rviivdk6cZP, http://www.playvid.com/watch/bolsCCMySlM, http://www.playvid.com/watch/oSaR7a9vM2o, http://www.playvid.com/watch/HMpHGVguXGg, http://www.playvid.com/watch/nt7StKfFJP5, http://www.playvid.com/watch/n-HwlmIJZwx, http://www.playvid.com/watch/striaPe22W6, http://www.playvid.com/watch/d5o4NMCYF6T, http://www.playvid.com/watch/II2pWNo5WuL, http://www.playvid.com/watch/tKk1zhwWloC, http://www.playvid.com/watch/-UYlnyxVQk5, http://www.playvid.com/watch/wp5biK9-qmY, http://www.playvid.com/watch/r8dHsvdw0VD, http://www.playvid.com/watch/6TdhasKdkhj, http://www.playvid.com/watch/j7OSoBmnQQU, http://www.playvid.com/watch/S6h2m96s45F, http://www.playvid.com/watch/tdsLFblw1KM, http://www.playvid.com/watch/AxT3rHRZ6K3, http://www.playvid.com/watch/zoWEBeEoN7m, http://www.playvid.com/watch/Qp4hoT2u-Jw, http://www.playvid.com/watch/9NxrLeV6CDv, http://www.playvid.com/watch/QXHYYxnmgU3, http://www.playvid.com/watch/iux6vb8PBDV, http://www.playvid.com/watch/YQHqIhspgzF, http://www.playvid.com/watch/peEfr3CA52Z, http://www.playvid.com/watch/VhWC5G9-BDU, http://www.playvid.com/watch/l5dfgInl7ty, http://www.playvid.com/watch/pYzVT7A4LKa, http://www.playvid.com/watch/z7W8fQwKM2F, http://www.playvid.com/watch/39OB84MT62h, http://www.playvid.com/watch/EH4XBvmvmaS, http://www.playvid.com/watch/s8ITGAS-nEA, http://www.playvid.com/watch/D_EZ4CQMjRJ, http://www.playvid.com/watch/J7sN_EZtGP9, http://www.playvid.com/watch/iKkCvnEeFW9, http://www.playvid.com/watch/LjGoTUxuIWZ, http://www.playvid.com/watch/oRhBdeVwHww, http://www.playvid.com/watch/vhkaqdBSY93, http://www.playvid.com/watch/QBHkLwuBBbw, http://www.playvid.com/watch/E258tmDOB5X, http://www.playvid.com/watch/oCMmr4ZsGRj, http://www.playvid.com/watch/NNON6TEsvSc, http://www.playvid.com/watch/we_-yiB3mBC, http://www.playvid.com/watch/Y-WpAfhv3Dc, http://www.playvid.com/watch/CdOvZYTKQsG, http://www.playvid.com/watch/S9M10RjKBl3, http://www.playvid.com/watch/wDvwaeyM1SV, http://www.playvid.com/watch/KAQEC7JLLCg, http://www.playvid.com/watch/9c_1xyWBsFq, http://www.playvid.com/watch/uQXitYfr1ln, http://www.playvid.com/watch/l6mQeo3UBol, http://www.playvid.com/watch/zL_EPT0lelI, http://www.playvid.com/watch/XiTbQHkSQ2b, http://www.playvid.com/watch/bqOM-1gGPH0, http://www.playvid.com/watch/eczk1ctMfmo, http://www.playvid.com/watch/U2qctJR2ARt, http://www.playvid.com/watch/Mmjg6FoKT9K, http://www.playvid.com/watch/66Sg8tjvl12, http://www.playvid.com/watch/jANXmbbeYz7, http://www.playvid.com/watch/T-4KaVjZvJ7, http://www.playvid.com/watch/smnrHfJ2WrM, http://www.playvid.com/watch/9cOL4uxBvZW, http://www.playvid.com/watch/Czt5OULktQi, http://www.playvid.com/watch/3CkvWna1YCh, http://www.playvid.com/watch/lyljrOcWTo5, http://www.playvid.com/watch/o715DaMh2NC, http://www.playvid.com/watch/qTIyURmh2s9, http://www.playvid.com/watch/jxEi1f1nylX, http://www.playvid.com/watch/kiAtuU76D1k, http://www.playvid.com/watch/HUc_3a_J8tZ, http://www.playvid.com/watch/DnlJfJ3Bkpq, http://www.playvid.com/watch/u0sK8fQpMU9, http://www.playvid.com/watch/UkH7fGPGyUE, http://www.playvid.com/watch/MjSeTqqrbB8, http://www.playvid.com/watch/AwMI7UJgxH4, http://www.playvid.com/watch/S02qxEN9ZHS, http://www.playvid.com/watch/zv6Q01Y06d6, http://www.playvid.com/watch/K8beMV5XZfu, http://www.playvid.com/watch/bfZXV86OWjK, http://www.playvid.com/watch/3LXyVGsHlAa, http://www.playvid.com/watch/eSo-ZMxB1Ok, http://www.playvid.com/watch/Q6Z0WArF_Cd, http://www.playvid.com/watch/Vbx77kwarCi, http://www.playvid.com/watch/LGGwGBokTKp, http://www.playvid.com/watch/uMqHGIgvZ7x, http://www.playvid.com/watch/sCyb9TrkZaz, http://www.playvid.com/watch/GVeEUNIehzU, http://www.playvid.com/watch/3M3NX9tVWCu, http://www.playvid.com/watch/DZlRlJJ_xCH, http://www.playvid.com/watch/XZigS5l_ktK, http://www.playvid.com/watch/c_sWBPRxskA, http://www.playvid.com/watch/z-UCmzBruFM, http://www.playvid.com/watch/uabsc6V8IER, http://www.playvid.com/watch/Tdpg-oGcM5W, http://www.playvid.com/watch/HvTuyWjcw-a, http://www.playvid.com/watch/eyEGUwo2Hua, http://www.playvid.com/watch/Sez65rAIhc2, http://www.playvid.com/watch/s8Bl8xXw9eo, http://www.playvid.com/watch/7Bxma2bz9QA, http://www.playvid.com/watch/Rhl4nJIX-2Z, http://www.playvid.com/watch/D_fkt_T8R-o, http://www.playvid.com/watch/BcXzUWPErej, http://www.playvid.com/watch/OBiITo_wr7m, http://www.playvid.com/watch/pj7igc6CNiA, http://www.playvid.com/watch/WNZWScDY01Q, http://www.playvid.com/watch/svURKfGZ28T, http://www.playvid.com/watch/m8Kz8ABwxfV, http://www.playvid.com/watch/Ve60dXxCD5h, http://www.playvid.com/watch/hWZX_VfGeVV, http://www.playvid.com/watch/4KAZnl9ZKjd, http://www.playvid.com/watch/FVhqnfw9-PO, http://www.playvid.com/watch/UIb79YfLpsr

5.f. Date of third notice: 2014-03-02

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cam4free2

5.b. Uploader's email address: modelprofiles69@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/cam4free2

5.e. List of videos posted by uploader: http://www.playvid.com/watch/yTpSZt6Y-oX, http://www.playvid.com/watch/0TdXHwoXu2v, http://www.playvid.com/watch/TnsPRYv-haa, http://www.playvid.com/watch/0sTdvuC052i, http://www.playvid.com/watch/KkPB6ayBC3Y, http://www.playvid.com/watch/9qbbIdRADW9, http://www.playvid.com/watch/QFYOZ6t-D8H, http://www.playvid.com/watch/DSjYH4Z8yPz, http://www.playvid.com/watch/HfVO8gnHbUw, http://www.playvid.com/watch/GKwzwqRQp7G, http://www.playvid.com/watch/aylUpgYbaNJ, http://www.playvid.com/watch/p2A6XXuZI0e, http://www.playvid.com/watch/37nDwRJ-KJG, http://www.playvid.com/watch/4I5wX2WwxN4, http://www.playvid.com/watch/BUgxjNfhSQZ, http://www.playvid.com/watch/JxRxjdxcLMx, http://www.playvid.com/watch/qZtW25kNiaJ, http://www.playvid.com/watch/Aru0Ozm5IBp, http://www.playvid.com/watch/MqxbdXNXYYB, http://www.playvid.com/watch/KM5hvE2SQEA, http://www.playvid.com/watch/lwkiQGZTaED, http://www.playvid.com/watch/K-HqUqLiQeM, http://www.playvid.com/watch/t85gaqCjh3u, http://www.playvid.com/watch/kJdcHR2e3VW, http://www.playvid.com/watch/CADvPDZv2Pc, http://www.playvid.com/watch/3pl6YxENDbx, http://www.playvid.com/watch/jV6Ye9lsS6V, http://www.playvid.com/watch/jgDQ-HRhm5Q, http://www.playvid.com/watch/uuBWmxXcCm9, http://www.playvid.com/watch/-pl3zH8yLMK, http://www.playvid.com/watch/gwaZXOL4aM7, http://www.playvid.com/watch/nIKPSd7n9Kg, http://www.playvid.com/watch/Q5O85yT2CyH, http://www.playvid.com/watch/4MkuAy6mI77, http://www.playvid.com/watch/BF92EwZIat9, http://www.playvid.com/watch/3NZ4fp8jac6, http://www.playvid.com/watch/qBv4dp5E0Sb, http://www.playvid.com/watch/U0ucxOLWtPc, http://www.playvid.com/watch/u63TgOkdDE4, http://www.playvid.com/watch/AGvkXGH5EFv, http://www.playvid.com/watch/Iwy2QdwDLHL, http://www.playvid.com/watch/ijkQrbbiZGl, http://www.playvid.com/watch/DKnyqi-lSxv, http://www.playvid.com/watch/wYbiOmnrY6m, http://www.playvid.com/watch/bzTyS3rLiO2, http://www.playvid.com/watch/-FZHUSQWgzE, http://www.playvid.com/watch/JGjhY9lHcS0, http://www.playvid.com/watch/L26eElrNrUc, http://www.playvid.com/watch/pJIrDWyPBDF, http://www.playvid.com/watch/tBB4YcRSxIj, http://www.playvid.com/watch/XIY2lIb5skv, http://www.playvid.com/watch/Rh3lzGY8IHd, http://www.playvid.com/watch/AhXXrwBxoEv, http://www.playvid.com/watch/dZxnLIpxftK, http://www.playvid.com/watch/jsg2-7G0JHZ, http://www.playvid.com/watch/sd5mGe66-tG, http://www.playvid.com/watch/SJwNqUKUOpo, http://www.playvid.com/watch/COitM8VBLzQ, http://www.playvid.com/watch/C39AgGm0eoU, http://www.playvid.com/watch/GbMJscia-k4, http://www.playvid.com/watch/9nXi2RL8A5X, http://www.playvid.com/watch/exHFgdDdDNs, http://www.playvid.com/watch/QTJJEiokkE6, http://www.playvid.com/watch/nI6XIsLnEVg, http://www.playvid.com/watch/2jO8y7WoSPW, http://www.playvid.com/watch/HBuKel3i24F, http://www.playvid.com/watch/0MzzrM38C0F, http://www.playvid.com/watch/ABibfT78zIN, http://www.playvid.com/watch/nLDFSd8bf7h, http://www.playvid.com/watch/FsQrYzkQ5Gy, http://www.playvid.com/watch/7g2gckGkrN8, http://www.playvid.com/watch/azdiZUbpZwh, http://www.playvid.com/watch/8cUbmQanXmj, http://www.playvid.com/watch/fcUPEqrCmua, http://www.playvid.com/watch/mggbvKSSZlh, http://www.playvid.com/watch/SFRi559nFTb, http://www.playvid.com/watch/OuSCplVc23y, http://www.playvid.com/watch/N4jvrR4dNqJ, http://www.playvid.com/watch/g6pkioN-omo, http://www.playvid.com/watch/4XJoSVRuzN8,

http://www.playvid.com/watch/F0d2Vva32g8, http://www.playvid.com/watch/QZpXOFOCXNi, http://www.playvid.com/watch/Aibfg0s4mvx,
http://www.playvid.com/watch/ISnAPtkekhI, http://www.playvid.com/watch/to3O6RqT5Bd, http://www.playvid.com/watch/rQcetFsxM6I,
http://www.playvid.com/watch/T-MoWTSR4P-, http://www.playvid.com/watch/cKbIuBwnkFf, http://www.playvid.com/watch/x2TenjABsg3,
http://www.playvid.com/watch/EzmR5Ke6X4h, http://www.playvid.com/watch/262Tg3-Gyg3, http://www.playvid.com/watch/zbxQHn8C4f9,
http://www.playvid.com/watch/n4yJ-uB49CH, http://www.playvid.com/watch/ZpV-uveomEe, http://www.playvid.com/watch/zJdkczkvCms,
http://www.playvid.com/watch/rPQxQiauo5O, http://www.playvid.com/watch/VMSzMti9OB2, http://www.playvid.com/watch/488fGaxxxb3,
http://www.playvid.com/watch/gprUvT67Ww8, http://www.playvid.com/watch/59fkI4cUPGC, http://www.playvid.com/watch/dTBnDq-et0i,
http://www.playvid.com/watch/TbQcrqYfNTn, http://www.playvid.com/watch/zBKV4oKAHUt, http://www.playvid.com/watch/wlBjt7B8D6q,
http://www.playvid.com/watch/hN8EVjvAXAF, http://www.playvid.com/watch/GjFH8NtVJfi, http://www.playvid.com/watch/GebXTpXbkWX,
http://www.playvid.com/watch/aHsTjaX0Vlg, http://www.playvid.com/watch/QbdWtquDZI9, http://www.playvid.com/watch/KS2aeD0Y3KF,
http://www.playvid.com/watch/vJCx-8vD6Mt, http://www.playvid.com/watch/OHVzoFubx9c, http://www.playvid.com/watch/8JdNOZvsN03,
http://www.playvid.com/watch/dHLI5bIBE7r, http://www.playvid.com/watch/zZf4Vqe0ymR, http://www.playvid.com/watch/PQqSgxUIei0,
http://www.playvid.com/watch/0bkr9-MCj4L, http://www.playvid.com/watch/h2wUHM5Umaa, http://www.playvid.com/watch/t6r4SBcKDDs,
http://www.playvid.com/watch/OgpSBDCntMT, http://www.playvid.com/watch/HiJEDcpSHoU, http://www.playvid.com/watch/dVUFpBAeOhZ,
http://www.playvid.com/watch/mQj8HxeGPP0, http://www.playvid.com/watch/zWroVRVTGH3, http://www.playvid.com/watch/fiDX359upQU,
http://www.playvid.com/watch/iwGUhrwWkhn, http://www.playvid.com/watch/USjecs6hK-c, http://www.playvid.com/watch/PxIPWkbTXyj,
http://www.playvid.com/watch/XVjeKgUFc5c, http://www.playvid.com/watch/OFa0b7euGUU, http://www.playvid.com/watch/g8cTVb2fO4v,
http://www.playvid.com/watch/ol2-xWqQgCt, http://www.playvid.com/watch/H4fG75GqFyO, http://www.playvid.com/watch/K7CBe6XJTTL,
http://www.playvid.com/watch/pc--3kuYMgY, http://www.playvid.com/watch/6karEmcLDDx, http://www.playvid.com/watch/yTNLKwHJWAV,
http://www.playvid.com/watch/FtrzsZvAqyt, http://www.playvid.com/watch/bQVVgMj4uVP, http://www.playvid.com/watch/leGZjkXxeVn,
http://www.playvid.com/watch/seIHR9RYZBB, http://www.playvid.com/watch/6U3mmtJzz6U, http://www.playvid.com/watch/AGypP5bjqUE,
http://www.playvid.com/watch/uB97Gsz8ZDz, http://www.playvid.com/watch/b7MQT5Yc2us, http://www.playvid.com/watch/oX0FREod3rx,
http://www.playvid.com/watch/Sv20gVOhnot, http://www.playvid.com/watch/ck8V3vJqfb4, http://www.playvid.com/watch/yevbljyphmw,
http://www.playvid.com/watch/n4U0QNSq37N, http://www.playvid.com/watch/Fk9wMaRbAhP, http://www.playvid.com/watch/JHpukvlOh8M,
http://www.playvid.com/watch/nQ8pWeXTmst, http://www.playvid.com/watch/zIJxyQDbDtk, http://www.playvid.com/watch/QSgQspl2DZm,
http://www.playvid.com/watch/B3Y5EP5exgu, http://www.playvid.com/watch/GTjT9jK8zjq, http://www.playvid.com/watch/WeyLtf3MwC-,
http://www.playvid.com/watch/HIYJnETEfqa, http://www.playvid.com/watch/LKmdT5eIl3m, http://www.playvid.com/watch/L8P6mMhrCRt,
http://www.playvid.com/watch/30PMlsYMBXg, http://www.playvid.com/watch/XMoypfIbd3U, http://www.playvid.com/watch/-DF93moM9kA,
http://www.playvid.com/watch/oXmuEx22Qxa, http://www.playvid.com/watch/fUzwCOiVI30, http://www.playvid.com/watch/QioL8gge_Ok,
http://www.playvid.com/watch/RfUdhl5oG7x, http://www.playvid.com/watch/httEpwDhdrK, http://www.playvid.com/watch/tKIALKtGB6D,
http://www.playvid.com/watch/SgK9cVpg4d3, http://www.playvid.com/watch/ozucQzLfDNH, http://www.playvid.com/watch/MnV6LG5ev2d,
http://www.playvid.com/watch/4IVrGMSwy8G, http://www.playvid.com/watch/Jt8mbnNTTzH, http://www.playvid.com/watch/Ty2GakJjVEG,
http://www.playvid.com/watch/3JWvvdZWnA4, http://www.playvid.com/watch/z7EgdwQzyHt, http://www.playvid.com/watch/bIrydTF-J5Z,
http://www.playvid.com/watch/G2CkYGz1Y7g, http://www.playvid.com/watch/bTeDHejEssk, http://www.playvid.com/watch/mC4_Oh8BG0c,
http://www.playvid.com/watch/yc9gpKWBhMY, http://www.playvid.com/watch/eBghQv0rw5c, http://www.playvid.com/watch/p1h7drfqr5r,
http://www.playvid.com/watch/NPX2dJLQJle, http://www.playvid.com/watch/48gmmLWzjyx, http://www.playvid.com/watch/hlnGL2lslde,
http://www.playvid.com/watch/buvzNZpEbxj, http://www.playvid.com/watch/uaVUfnFRC7W, http://www.playvid.com/watch/jwh03mA22Cd,
http://www.playvid.com/watch/kqh9FW9NHZn, http://www.playvid.com/watch/GiMGWH9ta1M, http://www.playvid.com/watch/STvvicjN3ZQ,
http://www.playvid.com/watch/ccmbUqoV4qq, http://www.playvid.com/watch/RxrVfoG3aYL, http://www.playvid.com/watch/I34HVu3J4O3,
http://www.playvid.com/watch/DkccJNALzlP, http://www.playvid.com/watch/w8ufUMbc6l2, http://www.playvid.com/watch/EbcsMgTr9Q3,
http://www.playvid.com/watch/dWSTbSo--iq, http://www.playvid.com/watch/NJjqoe_DxGM, http://www.playvid.com/watch/l7Y6Qip1dRH,
http://www.playvid.com/watch/X7y9Tbtcwjt, http://www.playvid.com/watch/p3J0Pn0LwWh, http://www.playvid.com/watch/ms4vMzQwwia,
http://www.playvid.com/watch/oMV4KGUbJ_c, http://www.playvid.com/watch/isCCMm944sF, http://www.playvid.com/watch/CrfTm5DDYZD,
http://www.playvid.com/watch/gs27JM3ygF6, http://www.playvid.com/watch/2QFbkI7ZfVL, http://www.playvid.com/watch/J1ErcEfnxjr,
http://www.playvid.com/watch/b_p7WmCrNZ4, http://www.playvid.com/watch/w7rk2l0pBuG, http://www.playvid.com/watch/Pp2udQN7vJe,
http://www.playvid.com/watch/ZXbke3-0S9T, http://www.playvid.com/watch/qktf42ZodBY, http://www.playvid.com/watch/60tzweZekwd,
http://www.playvid.com/watch/S_GNDecG4JP, http://www.playvid.com/watch/Jqr8vJ4IWTJ, http://www.playvid.com/watch/5r5auluv6XZ,
http://www.playvid.com/watch/hOIdVWMEi8i, http://www.playvid.com/watch/Y1_JPT3ftso, http://www.playvid.com/watch/Q-u8_-oRDxt,
http://www.playvid.com/watch/cqtfR5qVrco, http://www.playvid.com/watch/peDCKfz3EmS, http://www.playvid.com/watch/Xvm35G80K83,
http://www.playvid.com/watch/FGk9L-Phg_3, http://www.playvid.com/watch/vxIQPUKAZkn, http://www.playvid.com/watch/0NTh8tdWAMt,
http://www.playvid.com/watch/p84Pusil5fC, http://www.playvid.com/watch/PVL-y2ykwEY, http://www.playvid.com/watch/JxV6FGY6Dn2,
http://www.playvid.com/watch/cLXu3wqeNcU, http://www.playvid.com/watch/pB3zSlOrYkK, http://www.playvid.com/watch/0NvPL3JKuH9,
http://www.playvid.com/watch/2BCxk5xytub, http://www.playvid.com/watch/ijUL-zUv8bx, http://www.playvid.com/watch/PBHRXVEJTVn,
http://www.playvid.com/watch/nCu43Fvn13v, http://www.playvid.com/watch/HTS_i-PBvSk, http://www.playvid.com/watch/pwH15aLphKa,
http://www.playvid.com/watch/2ifyfm_YNJC, http://www.playvid.com/watch/DHOgohEaLBP, http://www.playvid.com/watch/MTV-BhmUeku,
http://www.playvid.com/watch/0vl8rCclF_4, http://www.playvid.com/watch/oaZLRacVyav, http://www.playvid.com/watch/NFu5e7MuWKv,
http://www.playvid.com/watch/VIqNoIkBEp0, http://www.playvid.com/watch/innOzPB8xjS, http://www.playvid.com/watch/Pr5mycBQZmX,
http://www.playvid.com/watch/T0FG9F9Q-1Q, http://www.playvid.com/watch/6MAm3uZLOfH, http://www.playvid.com/watch/YhI1vAKez4t,
http://www.playvid.com/watch/2z5HQlRPBHs, http://www.playvid.com/watch/VsRIO2FAmeL, http://www.playvid.com/watch/LGqmWZxOWd7,
http://www.playvid.com/watch/Naa6_t4uxBz, http://www.playvid.com/watch/rRkEInOCX1J, http://www.playvid.com/watch/n8LBV5nICL6,
http://www.playvid.com/watch/TYcXQUqer_W, http://www.playvid.com/watch/wmBsUAtA4vD, http://www.playvid.com/watch/U_ObJFGRCKN,
http://www.playvid.com/watch/jldPwJ68wri, http://www.playvid.com/watch/w-GRST63KiK, http://www.playvid.com/watch/gP1SZeibVEP,
http://www.playvid.com/watch/a2HCwzjikXp, http://www.playvid.com/watch/aTKuOQRRjAg, http://www.playvid.com/watch/pMURiuTZT_p,
http://www.playvid.com/watch/8ae7Xkf1S6A, http://www.playvid.com/watch/oiYCBrV5Dn8, http://www.playvid.com/watch/OBR55m7gpin,
http://www.playvid.com/watch/w7ZeZSzdgz2, http://www.playvid.com/watch/3aW-CKtJQIt, http://www.playvid.com/watch/H0MdY-r6nQP,
http://www.playvid.com/watch/JsKjoBuNCjW, http://www.playvid.com/watch/xHVgsq03E3z, http://www.playvid.com/watch/Uz1E6Ow9kn5,
http://www.playvid.com/watch/s8hR-hYfhzv, http://www.playvid.com/watch/7K8nS4XaeMZ, http://www.playvid.com/watch/nOEzRJxwYSv,
http://www.playvid.com/watch/V2B6K_34svi, http://www.playvid.com/watch/R7xY4gTG9tD, http://www.playvid.com/watch/7A1auqKHLPJ,
http://www.playvid.com/watch/Sm-TmcMgs9k, http://www.playvid.com/watch/I2oi-6uFWfG, http://www.playvid.com/watch/u_gr5DM5S0t,
http://www.playvid.com/watch/2ssr2KMtzvO, http://www.playvid.com/watch/Vhmh7U-kGRi, http://www.playvid.com/watch/dDZOK6DgIKI,
http://www.playvid.com/watch/UvUlohVI4RY, http://www.playvid.com/watch/RfQr81nDcW4, http://www.playvid.com/watch/IKt1louW6te,
http://www.playvid.com/watch/nOF9_yPghhQ, http://www.playvid.com/watch/rv9APF298t2, http://www.playvid.com/watch/Ee19i_farjZ,
http://www.playvid.com/watch/ufgLaBQcuoM, http://www.playvid.com/watch/CcwtdREE7Dg, http://www.playvid.com/watch/EmFaRVROG_g,
http://www.playvid.com/watch/wZ774hsILOs, http://www.playvid.com/watch/jPqHKQd9NkX, http://www.playvid.com/watch/g0Me5PAer2i,
http://www.playvid.com/watch/fabg3YO0JsW, http://www.playvid.com/watch/JqNl_NDaSgp, http://www.playvid.com/watch/96asV2_RdEH,
http://www.playvid.com/watch/S7c5u7ESyko, http://www.playvid.com/watch/eZAewNPGFLs, http://www.playvid.com/watch/mQkU9kHwjgS,
http://www.playvid.com/watch/4Stlg_a9YAj, http://www.playvid.com/watch/600_c_FRbzo, http://www.playvid.com/watch/QdkuonIdh5L,
http://www.playvid.com/watch/KwboSEuipaX, http://www.playvid.com/watch/SKVvqvLCTPY, http://www.playvid.com/watch/yrKRgbCAReF,
http://www.playvid.com/watch/GnlLic80u-O, http://www.playvid.com/watch/5DTdFqADt6p, http://www.playvid.com/watch/iDt3YVEU9md,
http://www.playvid.com/watch/oSaYvbPUcS6, http://www.playvid.com/watch/3u6ytfcETLE, http://www.playvid.com/watch/bP8s-pecTlx,
http://www.playvid.com/watch/Y6z1VpCfXoC, http://www.playvid.com/watch/ydqc9EljApW, http://www.playvid.com/watch/LY0Wmn3slB7,
http://www.playvid.com/watch/D4PiPhtktTQ, http://www.playvid.com/watch/xaKLFdUHKuP, http://www.playvid.com/watch/yiiQDC390P9,
http://www.playvid.com/watch/xsaxOPh8urV, http://www.playvid.com/watch/pwsnROce-Eq, http://www.playvid.com/watch/L21twtHp_5c,
http://www.playvid.com/watch/3sgOWqHU1fR, http://www.playvid.com/watch/hYpuACdgOwa, http://www.playvid.com/watch/uhyqH9-CNo4,
http://www.playvid.com/watch/L-W5gxmDx9K, http://www.playvid.com/watch/uJceHt1trRx, http://www.playvid.com/watch/rYx3ESKKAXm,
http://www.playvid.com/watch/WeD2as4p5sy, http://www.playvid.com/watch/PR3e6d2rGug, http://www.playvid.com/watch/QmCgHIXKnle,
http://www.playvid.com/watch/X5IRNAnsd42, http://www.playvid.com/watch/C1X3ix5xn8L, http://www.playvid.com/watch/H1D87hedpU5,
http://www.playvid.com/watch/N6HTGla9goX, http://www.playvid.com/watch/69AZYOJNtBl, http://www.playvid.com/watch/KIfdSakOtJG,
http://www.playvid.com/watch/tu5y_PyD8me, http://www.playvid.com/watch/He9LxOpKNqg, http://www.playvid.com/watch/yM3kE7zVvJu,
http://www.playvid.com/watch/vDYeDlNUeAs, http://www.playvid.com/watch/FXWghZoNWKS, http://www.playvid.com/watch/P9Qv7BgcyF7,
http://www.playvid.com/watch/uGg4xlaT-63, http://www.playvid.com/watch/LO7JYi2yKIG, http://www.playvid.com/watch/m007V6JC8SB,
http://www.playvid.com/watch/KFuAM1rRIqY, http://www.playvid.com/watch/5taBvoC3yLH, http://www.playvid.com/watch/zFGA7JxPEDd,
http://www.playvid.com/watch/coSZMgF5nr6, http://www.playvid.com/watch/zv1ZlbS62Hn, http://www.playvid.com/watch/p3hMHxne1Tx,
http://www.playvid.com/watch/jIicMwfwoPC

5.f. Date of third notice: 2014-05-08

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: camjab
5.b. Uploader's email address: camjab69@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/camjab
5.e. List of videos posted by uploader: http://www.playvid.com/watch/A2z0cuoqHQL, http://www.playvid.com/watch/PWPGOEVrSFQ, http://www.playvid.com/watch/Fc2EZdXwJ9l, http://www.playvid.com/watch/5aYvCGnvp6l, http://www.playvid.com/watch/rNhWjkCvTfS, http://www.playvid.com/watch/OrIw3kW2kaK, http://www.playvid.com/watch/86S8HQNSYw0, http://www.playvid.com/watch/hJSWO7NVTIq, http://www.playvid.com/watch/vlwohIK-NiZ, http://www.playvid.com/watch/9fvjoTDD0dy, http://www.playvid.com/watch/Ict6BrWSqB4, http://www.playvid.com/watch/dCWoMmnMVPN, http://www.playvid.com/watch/Gqi54qdMsSG, http://www.playvid.com/watch/cfB0N-tuZEv, http://www.playvid.com/watch/3XFDCRktSBR, http://www.playvid.com/watch/q9wTBib-YUH, http://www.playvid.com/watch/7b68b-9Pxg4, http://www.playvid.com/watch/cp7ebuXMUKr, http://www.playvid.com/watch/NIvjbg-u9yd, http://www.playvid.com/watch/49UyADWsaKK, http://www.playvid.com/watch/qFk4w0GKnO2, http://www.playvid.com/watch/EiLjGpCvWXq, http://www.playvid.com/watch/6eVrGJjanIq, http://www.playvid.com/watch/Wt2xDW3R5lx, http://www.playvid.com/watch/dmvWahksc-x, http://www.playvid.com/watch/giml7Q8o-MQ, http://www.playvid.com/watch/HH5zgyhFsFA, http://www.playvid.com/watch/9P7casLcmYW, http://www.playvid.com/watch/9Aa9JPN7oln, http://www.playvid.com/watch/DgUVCRYrROM, http://www.playvid.com/watch/iXO9FaKb4wP, http://www.playvid.com/watch/cjV2DUy-w-q, http://www.playvid.com/watch/Vsj6uGT3cvi, http://www.playvid.com/watch/Va4-YUi6bPS, http://www.playvid.com/watch/aJxYwztBaXP, http://www.playvid.com/watch/7ONYvsLMM0l, http://www.playvid.com/watch/4ggtgEsRVCb, http://www.playvid.com/watch/lwttEWHG0X7, http://www.playvid.com/watch/3Rrpk8ecBxj, http://www.playvid.com/watch/6axBOcxoIeM, http://www.playvid.com/watch/gkHXUZMvBfU, http://www.playvid.com/watch/zB7UB4sX2vg, http://www.playvid.com/watch/qcLj27bpiBe, http://www.playvid.com/watch/oMV00obYBDZ, http://www.playvid.com/watch/Z2NKvLimS5h, http://www.playvid.com/watch/wyRwBtzqEtF, http://www.playvid.com/watch/ReRiM2dTjeC, http://www.playvid.com/watch/uWurwLoKsLV, http://www.playvid.com/watch/KvPoAWyH9w8, http://www.playvid.com/watch/xUvuH99VawU, http://www.playvid.com/watch/febkBUSsSly, http://www.playvid.com/watch/BMpOJwT83C3, http://www.playvid.com/watch/WphnUgb0BTs, http://www.playvid.com/watch/jzK2m3LOCRw, http://www.playvid.com/watch/B7J0rn8Z2lw, http://www.playvid.com/watch/QZM34FlyYia, http://www.playvid.com/watch/cVPJXc9t882, http://www.playvid.com/watch/mKQdZdZgERP, http://www.playvid.com/watch/EyaXgAD3dcC, http://www.playvid.com/watch/ZMBM4I9H2-W, http://www.playvid.com/watch/GQFWgpRmroJ, http://www.playvid.com/watch/KO5vcWKTbRG, http://www.playvid.com/watch/xMl-p3fjhDm, http://www.playvid.com/watch/ZeKGeC8HNQb, http://www.playvid.com/watch/kibN6kQrmWo, http://www.playvid.com/watch/FC05YhmpQhE, http://www.playvid.com/watch/hKKWQ7ho-fN, http://www.playvid.com/watch/RTs-nzId9iE, http://www.playvid.com/watch/Q0mf84PAykX, http://www.playvid.com/watch/ptz2Cf5EGJy, http://www.playvid.com/watch/IC3s-8G4YMj, http://www.playvid.com/watch/HCr2Z-d2Xcv, http://www.playvid.com/watch/68vRqoZxDXL, http://www.playvid.com/watch/PtSGZLnNphd, http://www.playvid.com/watch/IiWWqiwOBx7, http://www.playvid.com/watch/ECv2p05k2Tp, http://www.playvid.com/watch/PruIXati6p2, http://www.playvid.com/watch/MFA0kIDXtzq, http://www.playvid.com/watch/gUDDRdLnOES, http://www.playvid.com/watch/3XBHOjNkszb, http://www.playvid.com/watch/MzFEWCVqN7f, http://www.playvid.com/watch/rTb3cpcknvN, http://www.playvid.com/watch/pUM5tTUYMX9, http://www.playvid.com/watch/yc45hJjP020, http://www.playvid.com/watch/s484sj6Q4-B, http://www.playvid.com/watch/XzApjn5d5EY, http://www.playvid.com/watch/vvTpnNwZqC-, http://www.playvid.com/watch/L0zyONL3oDX, http://www.playvid.com/watch/cGXOJPW4Ffq, http://www.playvid.com/watch/mOPDKccYmBZ, http://www.playvid.com/watch/aUfDO6axHE8, http://www.playvid.com/watch/vpN2diz7axl, http://www.playvid.com/watch/ZyorHQwgYT9, http://www.playvid.com/watch/5ZHnsVjw0Nv, http://www.playvid.com/watch/gwWKF2Gumsf, http://www.playvid.com/watch/OVdSiH4NuaT, http://www.playvid.com/watch/a6A2p8GBdz4, http://www.playvid.com/watch/LQHOPn89mHI, http://www.playvid.com/watch/v_brm7TNBek, http://www.playvid.com/watch/g1Pmz_kkcwE, http://www.playvid.com/watch/ukqNrICRRHd, http://www.playvid.com/watch/sYF6M1_ejF2, http://www.playvid.com/watch/7blFKXTrWzL, http://www.playvid.com/watch/6deyaiXq2Jv, http://www.playvid.com/watch/Ka74Yby3RP0, http://www.playvid.com/watch/8K5cK4kBKIk, http://www.playvid.com/watch/cXvgIfoRq0H, http://www.playvid.com/watch/Z7aqsMGc1c8, http://www.playvid.com/watch/RhzRLDiymfS, http://www.playvid.com/watch/tvb4kt2biXe, http://www.playvid.com/watch/3kLNxX6ihTG, http://www.playvid.com/watch/VkaFKs1SyFo, http://www.playvid.com/watch/IKEP4vIPdNK, http://www.playvid.com/watch/YzcE8P0-g78, http://www.playvid.com/watch/eH91G4nWkBo, http://www.playvid.com/watch/Mu7UUYEFOMB, http://www.playvid.com/watch/hk--M1Z9yhu, http://www.playvid.com/watch/zxyFDsBu-ln, http://www.playvid.com/watch/D0mlQM30Oag, http://www.playvid.com/watch/5J48dgPE21y, http://www.playvid.com/watch/zGhtDS0ASUa, http://www.playvid.com/watch/mxYr3XAEs8n, http://www.playvid.com/watch/lMCHLYlGuTF, http://www.playvid.com/watch/DN3-0Ggzm9z, http://www.playvid.com/watch/UnWzxe3eysr, http://www.playvid.com/watch/zxQnDeZv6ov, http://www.playvid.com/watch/JE7USNn4CVx, http://www.playvid.com/watch/sH3ysXDGk-x, http://www.playvid.com/watch/Y1uRlj_n6nM, http://www.playvid.com/watch/blDVARxqATw, http://www.playvid.com/watch/wbn0uAfE5NW, http://www.playvid.com/watch/9RGYbJ05HFk, http://www.playvid.com/watch/el1m1qqpR3h, http://www.playvid.com/watch/ejyH_JkTHkI, http://www.playvid.com/watch/vJVBux3ymjh, http://www.playvid.com/watch/Xf2LbyVBeis, http://www.playvid.com/watch/j48igtoNAMi, http://www.playvid.com/watch/8ZOSW4tfjLN, http://www.playvid.com/watch/po8NDuzg4CR, http://www.playvid.com/watch/PhVq4QPdhoE, http://www.playvid.com/watch/repc0gTLDTN, http://www.playvid.com/watch/NS7rEPIE5X0, http://www.playvid.com/watch/Pwx_BlLF_NK, http://www.playvid.com/watch/LK1UNO0LeJ8, http://www.playvid.com/watch/CI-iIRq1cSK
5.f. Date of third notice: 2014-01-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: candyass
5.b. Uploader's email address: ferratoybo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/candyass
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7m5H8148vlL, http://www.playvid.com/watch/9wabZeviXMK, http://www.playvid.com/watch/0Szh8ZgJUAr, http://www.playvid.com/watch/nRy3bOINwV8, http://www.playvid.com/watch/8JvfF6I6x7Z, http://www.playvid.com/watch/abLXbjUB-i9, http://www.playvid.com/watch/720ma0CbTYw, http://www.playvid.com/watch/ge_uw2KnJ07, http://www.playvid.com/watch/52B59_g8Nra, http://www.playvid.com/watch/TVuvFg58ZwT, http://www.playvid.com/watch/n_40_xQfEhl, http://www.playvid.com/watch/hDQvbblRD8Q, http://www.playvid.com/watch/SY2e_MSgsd6, http://www.playvid.com/watch/fT5Ab9hYbRJ, http://www.playvid.com/watch/fYUZ568NV-z, http://www.playvid.com/watch/YjrlWZqJ7KX, http://www.playvid.com/watch/Y0KHojLPCg3, http://www.playvid.com/watch/SDfldQVwGqh, http://www.playvid.com/watch/jXRH8CJXRys, http://www.playvid.com/watch/VNJmU8khAyZ, http://www.playvid.com/watch/M9nXMzwCbkp, http://www.playvid.com/watch/H32HKOXlp0V, http://www.playvid.com/watch/B40uAIPQtiR, http://www.playvid.com/watch/KqTuWaU55D9, http://www.playvid.com/watch/PVPsgqrrQcN, http://www.playvid.com/watch/buH8nDcPNDD, http://www.playvid.com/watch/t-kX5P4WoAW, http://www.playvid.com/watch/bvyRAOvuvER, http://www.playvid.com/watch/gRnPwYEuDWt, http://www.playvid.com/watch/FtcKJvzvWe7, http://www.playvid.com/watch/pTzL0CMH72n, http://www.playvid.com/watch/CXbW2kbc-Up, http://www.playvid.com/watch/ybDptb6cU_K, http://www.playvid.com/watch/syIpQ9s9sZu, http://www.playvid.com/watch/4lUOmhTvwJA, http://www.playvid.com/watch/h9ENMyH0i4N, http://www.playvid.com/watch/NUee06RHY25, http://www.playvid.com/watch/PNkaExOobgG, http://www.playvid.com/watch/5OfGFfLed7e, http://www.playvid.com/watch/e80AwGir3hy, http://www.playvid.com/watch/QL6PVxweDcv, http://www.playvid.com/watch/Jr_kkqtpvvH, http://www.playvid.com/watch/BjYMIR2DLsP, http://www.playvid.com/watch/R4bWvboJ4gf, http://www.playvid.com/watch/9d_kQxcp18O, http://www.playvid.com/watch/es1D8-lpTi0, http://www.playvid.com/watch/f7nLXgESVbf, http://www.playvid.com/watch/2DN88fn-GHx, http://www.playvid.com/watch/GyuYs0v2Q27, http://www.playvid.com/watch/6_6Ug7QYXiy, http://www.playvid.com/watch/jxB2HEezlWR, http://www.playvid.com/watch/neje4C4zxzu, http://www.playvid.com/watch/Pby-8GKDFtO, http://www.playvid.com/watch/r5GTxIt04R5, http://www.playvid.com/watch/eEuydLT6HKi, http://www.playvid.com/watch/MjZzkdaKZzu, http://www.playvid.com/watch/OzAWsKS_Epd, http://www.playvid.com/watch/9u46jyywUpd, http://www.playvid.com/watch/Rfw4RCkSxNZ, http://www.playvid.com/watch/vUZsnXBLdFP, http://www.playvid.com/watch/H3ObX2vdmXE, http://www.playvid.com/watch/e6dU9mHM0Sx, http://www.playvid.com/watch/xPyQiRzX5vT, http://www.playvid.com/watch/GEw_N89mpNG, http://www.playvid.com/watch/F8GiwHEsySx, http://www.playvid.com/watch/7EkUxAGs2p6, http://www.playvid.com/watch/hv0hLw_mV8W, http://www.playvid.com/watch/lJTSbmeSIHG, http://www.playvid.com/watch/ZugXbebtbpa, http://www.playvid.com/watch/oqchuQowm9z, http://www.playvid.com/watch/U-fkS6l0ZKT, http://www.playvid.com/watch/NFJkaip0WXV, http://www.playvid.com/watch/MOFgYBDCQl7, http://www.playvid.com/watch/zHVakJ9WHKv, http://www.playvid.com/watch/WH6XDpv-eXb, http://www.playvid.com/watch/l7jkibdQRBf, http://www.playvid.com/watch/jCEbQ_pwj1S, http://www.playvid.com/watch/6Q6VbzjGPVi, http://www.playvid.com/watch/8CSLzD1heoK, http://www.playvid.com/watch/sI9Wtidedqf, http://www.playvid.com/watch/ItRShxep2Fu, http://www.playvid.com/watch/8LEJm02Yycw, http://www.playvid.com/watch/tP0ToRiKC2G, http://www.playvid.com/watch/35DKj8QN5Ax, http://www.playvid.com/watch/usEnk1_sYzz, http://www.playvid.com/watch/v8m4VpNPgj5, http://www.playvid.com/watch/vF5BSSGg5Nu, http://www.playvid.com/watch/QmrNdo4ARBX, http://www.playvid.com/watch/VL5EeiCP9qB, http://www.playvid.com/watch/uiwSwLQ2cDj, http://www.playvid.com/watch/hwYDPV_tfbA, http://www.playvid.com/watch/7CfNpAH4R2k, http://www.playvid.com/watch/Lecl4Ws0DBQ, http://www.playvid.com/watch/qN9YGPPRcBH, http://www.playvid.com/watch/qpf2ToQd93J, http://www.playvid.com/watch/gMvrnXam3PM, http://www.playvid.com/watch/UlXnG1mNWIU, http://www.playvid.com/watch/NaLq6oi2rIk, http://www.playvid.com/watch/6BUbGPERkBK, http://www.playvid.com/watch/Lln7pCKrRBy, http://www.playvid.com/watch/UH0U-pWj7tU, http://www.playvid.com/watch/4Lv1hvUm63D, http://www.playvid.com/watch/ovfQZAYYaIw, http://www.playvid.com/watch/Gg4qkcvA0K6, http://www.playvid.com/watch/N5JGBcDfJsc, http://www.playvid.com/watch/5DuxjCXVbIp, http://www.playvid.com/watch/J7ebVAoYRyv, http://www.playvid.com/watch/CfgsDBV-qlo, http://www.playvid.com/watch/UqD7Ir2BZcn, http://www.playvid.com/watch/JGL1HAqCN7o,

http://www.playvid.com/watch/xPpk1ChSNwx, http://www.playvid.com/watch/s8JhRlb3VoK, http://www.playvid.com/watch/kgD43_7zCRd,
http://www.playvid.com/watch/Via54X4fhSa, http://www.playvid.com/watch/MTyyW9O_iGo, http://www.playvid.com/watch/nv1rv-GfFf4,
http://www.playvid.com/watch/uaA8-90DDii, http://www.playvid.com/watch/wTZQ_-I5bEs, http://www.playvid.com/watch/HK1S-Qm5XRj,
http://www.playvid.com/watch/L1njmR3kdfb, http://www.playvid.com/watch/UJNFLC6h_uz, http://www.playvid.com/watch/mwwYhFz9Jlp,
http://www.playvid.com/watch/ayY-iTiuSQN, http://www.playvid.com/watch/VJPOefRAw-m, http://www.playvid.com/watch/SITEwfoNy82,
http://www.playvid.com/watch/m6W6OxsvI5H, http://www.playvid.com/watch/yoZ6bX0pzWu, http://www.playvid.com/watch/MqVQ1m6rdhc,
http://www.playvid.com/watch/pB51QEe0Gi0, http://www.playvid.com/watch/uihGvCbc_wP, http://www.playvid.com/watch/J8M33gg1NSe,
http://www.playvid.com/watch/j5-SwTKwdX7, http://www.playvid.com/watch/vt03Nvx-GtC, http://www.playvid.com/watch/Iqu2IBZrYLd,
http://www.playvid.com/watch/FjAgTn4z06e, http://www.playvid.com/watch/cfDKAOMhlQh, http://www.playvid.com/watch/JTwX-MMIxTj,
http://www.playvid.com/watch/PETfCVWBypu, http://www.playvid.com/watch/O2cvX2JB46Z, http://www.playvid.com/watch/F9RcYjAONxR,
http://www.playvid.com/watch/yG_-sUlAlO0, http://www.playvid.com/watch/ghkWSy_z3-w, http://www.playvid.com/watch/rwmKoWj-Dli,
http://www.playvid.com/watch/oqqR9ymbuDP, http://www.playvid.com/watch/QAK7VRsslri, http://www.playvid.com/watch/eouv_Om3hT0,
http://www.playvid.com/watch/T5uqJcPQVMq, http://www.playvid.com/watch/ndrKaxMC5aK, http://www.playvid.com/watch/OEJV8OcMtYl,
http://www.playvid.com/watch/DMHU-SCRspr, http://www.playvid.com/watch/uF7q12KbWqZ, http://www.playvid.com/watch/vskZuQvborO,
http://www.playvid.com/watch/jAHlitZ4gUq, http://www.playvid.com/watch/ZLEPo5rDbbq, http://www.playvid.com/watch/XJyJd4pNmWJ,
http://www.playvid.com/watch/ZqU2GYVvuYQ, http://www.playvid.com/watch/8r-hAPLGj3F, http://www.playvid.com/watch/T9O-4Hgo3Pi,
http://www.playvid.com/watch/F5k3uvpvW3M, http://www.playvid.com/watch/e3RR8hGUTTG, http://www.playvid.com/watch/siPRm8FpdcU,
http://www.playvid.com/watch/f6fgENgeLR3, http://www.playvid.com/watch/gHqlfS6FNe6, http://www.playvid.com/watch/zHRnnFEEOT9,
http://www.playvid.com/watch/ZxYy2I1QcJJ, http://www.playvid.com/watch/theDQtYZJgU, http://www.playvid.com/watch/429tPdQMyBy,
http://www.playvid.com/watch/s54LjqK1u1W, http://www.playvid.com/watch/tiNxSTNY-mj, http://www.playvid.com/watch/J9exDKZ-Jz4,
http://www.playvid.com/watch/CVZ1wwUcb_R, http://www.playvid.com/watch/hP_YPjG_6AA, http://www.playvid.com/watch/A7NJA0BBDS6,
http://www.playvid.com/watch/SawbXjwmfRC, http://www.playvid.com/watch/7YVTvL_iMvM, http://www.playvid.com/watch/KFaNSTuLqg7,
http://www.playvid.com/watch/b68EVSKWwNZ, http://www.playvid.com/watch/xd6h5GTy0tX, http://www.playvid.com/watch/etf2Efi1iAG,
http://www.playvid.com/watch/B7t3mXgtMRh, http://www.playvid.com/watch/4T0pEHy6HMG, http://www.playvid.com/watch/8ZbaIaEOEhc,
http://www.playvid.com/watch/5C3oKQ1URFr, http://www.playvid.com/watch/RelYPMD4oSI, http://www.playvid.com/watch/iAWnv2cRySp,
http://www.playvid.com/watch/xVy6xoITllU, http://www.playvid.com/watch/ESOmjsz6iMD
5.f. Date of third notice: 2015-10-09 20:09:10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cannabis
5.b. Uploader's email address: tomcruze@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cannabis
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YbX6tLrmJBH, http://www.playvid.com/watch/PJj7DUvOlpF,
http://www.playvid.com/watch/LlKsR6MSNna, http://www.playvid.com/watch/o-e57sNfXvY, http://www.playvid.com/watch/9clkEwoJGQz,
http://www.playvid.com/watch/xW-K7Apj5x8, http://www.playvid.com/watch/mLhyjxxx380, http://www.playvid.com/watch/jRU0R5mmDFp,
http://www.playvid.com/watch/rE2zeWFxyES, http://www.playvid.com/watch/eyElXKRVepn, http://www.playvid.com/watch/iWKO34DWx3N,
http://www.playvid.com/watch/5IgUewfNsLB, http://www.playvid.com/watch/ctcB7n4DHVW, http://www.playvid.com/watch/dua8gJGDkPA,
http://www.playvid.com/watch/bIORBKf6Dhp, http://www.playvid.com/watch/5U0J7XAhPWK, http://www.playvid.com/watch/BSnQqUt6vqQ,
http://www.playvid.com/watch/x7U4ooHQuRh, http://www.playvid.com/watch/kXice45k88u, http://www.playvid.com/watch/odjEVk4fLs6,
http://www.playvid.com/watch/c-hvk6RyFqd, http://www.playvid.com/watch/ywoFDVbxsWz, http://www.playvid.com/watch/5jbyBaphg50,
http://www.playvid.com/watch/seg8Myio3Dg, http://www.playvid.com/watch/32o-3WVsS5H, http://www.playvid.com/watch/P9YkNlizY32,
http://www.playvid.com/watch/nNp5mYvmNoz, http://www.playvid.com/watch/yjtDkfPtAB5, http://www.playvid.com/watch/WBwca7eMnno,
http://www.playvid.com/watch/Tk9Usj4kKWb, http://www.playvid.com/watch/MmIl9RnKWqo, http://www.playvid.com/watch/o0vAZoTO3Ye,
http://www.playvid.com/watch/RqG5VkI0Qrf, http://www.playvid.com/watch/BBVdqm5QlbK, http://www.playvid.com/watch/t-3KHIawxBL,
http://www.playvid.com/watch/G6eWeeCY92B, http://www.playvid.com/watch/Cmoml4APv9a, http://www.playvid.com/watch/wfRWfFuQ6RC,
http://www.playvid.com/watch/WN3DhLu-nTt, http://www.playvid.com/watch/QA0T5hg-6eh, http://www.playvid.com/watch/Dbi5Mn0gvg2,
http://www.playvid.com/watch/22udltxJ07F, http://www.playvid.com/watch/PvSMRrpww6-, http://www.playvid.com/watch/PIev3AvnoTs,
http://www.playvid.com/watch/mp03spSFU2k, http://www.playvid.com/watch/M9v4lIGIDfi, http://www.playvid.com/watch/qvNVUuQW3Nv,
http://www.playvid.com/watch/2JBmc8bpSpH, http://www.playvid.com/watch/8z--KtErrNs, http://www.playvid.com/watch/xVR-J5xz70-,
http://www.playvid.com/watch/0FZEYSpngKZ, http://www.playvid.com/watch/4HsOyaIKmbg, http://www.playvid.com/watch/iSh7QxjB5ng,
http://www.playvid.com/watch/npCoVxgvurW, http://www.playvid.com/watch/2FzFNvogJsp, http://www.playvid.com/watch/dJcI5RfyR9L,
http://www.playvid.com/watch/mMpN2rmeciw, http://www.playvid.com/watch/NMJItb5SmJh, http://www.playvid.com/watch/2T-mEkafIe0,
http://www.playvid.com/watch/nCXKsjItBel, http://www.playvid.com/watch/iFNRJDXzReN, http://www.playvid.com/watch/hqliVvt2fAw,
http://www.playvid.com/watch/hC-2irGwJt5, http://www.playvid.com/watch/HPpR-bvroi4, http://www.playvid.com/watch/S9IDOzXSiSh,
http://www.playvid.com/watch/FsRMAQsbFyB, http://www.playvid.com/watch/ygHBd8efbCK, http://www.playvid.com/watch/rR7PpKLflVC,
http://www.playvid.com/watch/Bz4miHhJ6KQ, http://www.playvid.com/watch/PT3KP89zyVf, http://www.playvid.com/watch/jo0XDbJTU30,
http://www.playvid.com/watch/zqcw7oTHRK4, http://www.playvid.com/watch/RKyYeLEfXbL, http://www.playvid.com/watch/Yc7GtDwk0jw,
http://www.playvid.com/watch/esbLXb6INEp, http://www.playvid.com/watch/OfeqvGQpio8, http://www.playvid.com/watch/rbeGCZVXzDy,
http://www.playvid.com/watch/2qqUZ6om7h7, http://www.playvid.com/watch/uRdXsYWasC6, http://www.playvid.com/watch/LpfE-w8JPvY,
http://www.playvid.com/watch/BcmwJ84VUDt, http://www.playvid.com/watch/Zlez4sDVnOI, http://www.playvid.com/watch/QqceGz29bOL,
http://www.playvid.com/watch/aOtCz4QeWXy, http://www.playvid.com/watch/tDaxOQH2nAv, http://www.playvid.com/watch/YX2F90C75WY,
http://www.playvid.com/watch/A6TGYq0MO-Q, http://www.playvid.com/watch/UEcrJJoE4vk, http://www.playvid.com/watch/sNo6eWUFQFF,
http://www.playvid.com/watch/xfbGMkiL8fa, http://www.playvid.com/watch/yMPBebsdqjT, http://www.playvid.com/watch/LiReE623eq0,
http://www.playvid.com/watch/WTWl8RCC9z4, http://www.playvid.com/watch/A2uXV-R-qjH, http://www.playvid.com/watch/eU9zdoAmcsj,
http://www.playvid.com/watch/BADk-GdnQIT, http://www.playvid.com/watch/axMnXk7-r9Q, http://www.playvid.com/watch/CqW4h07gBOo,
http://www.playvid.com/watch/fWwXiOb4qd2, http://www.playvid.com/watch/3bGrheoQxjU, http://www.playvid.com/watch/F98zHSNVRhn,
http://www.playvid.com/watch/Epvq5HaecVG, http://www.playvid.com/watch/Kumt9acBX78, http://www.playvid.com/watch/Zf8Pr0j2-N0,
http://www.playvid.com/watch/FDzMKRBveDs, http://www.playvid.com/watch/GjCiJt7bXRk, http://www.playvid.com/watch/tvxomh6GxBh,
http://www.playvid.com/watch/9Gnc5wmmQCJ, http://www.playvid.com/watch/e7sDeY-t-l9, http://www.playvid.com/watch/zsQ74CrAnt0,
http://www.playvid.com/watch/r6Qgea0J0JN, http://www.playvid.com/watch/BLaHM32zija, http://www.playvid.com/watch/0aCtinIvIS8,
http://www.playvid.com/watch/z9kkuvs7w4h, http://www.playvid.com/watch/zJkrtdc2t0E, http://www.playvid.com/watch/DoqM0mphXvO,
http://www.playvid.com/watch/bMLp046wVRO, http://www.playvid.com/watch/kLLEvixHv9J, http://www.playvid.com/watch/V8qPmQsb9BO,
http://www.playvid.com/watch/QCXOpzWCTKY, http://www.playvid.com/watch/z0-4K4GleIT, http://www.playvid.com/watch/VMGCqq5M2kd,
http://www.playvid.com/watch/aAYMBBHsTNx, http://www.playvid.com/watch/pzqCtWGLsx8, http://www.playvid.com/watch/O3l4o9oEzsl,
http://www.playvid.com/watch/EcRmsBiEh4w, http://www.playvid.com/watch/fo7lcC9WnSE, http://www.playvid.com/watch/lLtdrKm7bY4,
http://www.playvid.com/watch/yZbEKTC4Lkw, http://www.playvid.com/watch/nQmIE6C23Ck, http://www.playvid.com/watch/ZSlfBJP0sG-,
http://www.playvid.com/watch/ngzkYQPhcdw, http://www.playvid.com/watch/6WrjhedpCeM, http://www.playvid.com/watch/AORi2xntHaK,
http://www.playvid.com/watch/MJGle4YmQDc, http://www.playvid.com/watch/zZtftglT6Br, http://www.playvid.com/watch/i6-0NJzTLIb,
http://www.playvid.com/watch/NmSSAeHbBDJ, http://www.playvid.com/watch/S00JEl0xgbf, http://www.playvid.com/watch/mZx7BntVDAq,
http://www.playvid.com/watch/M8ThNIoKizC, http://www.playvid.com/watch/U-SL0zVEllM, http://www.playvid.com/watch/RRTdJTdFaVf,
http://www.playvid.com/watch/cYkCH6p7uJi, http://www.playvid.com/watch/3W3tSR5lPrr, http://www.playvid.com/watch/aBvD9WAsXc3,
http://www.playvid.com/watch/dAa6KOU8SZw, http://www.playvid.com/watch/kEpjxOCcVga, http://www.playvid.com/watch/Rxp2IkM33-f,
http://www.playvid.com/watch/e4XXDeeTVus, http://www.playvid.com/watch/Ou0jp3hFkq7, http://www.playvid.com/watch/S44LyJwObv3,
http://www.playvid.com/watch/Lax48LYvmMD, http://www.playvid.com/watch/i4IS46jkFI5, http://www.playvid.com/watch/Oye6iPztYzb,
http://www.playvid.com/watch/iG-XgruBykQ, http://www.playvid.com/watch/CooxHSoiAzr, http://www.playvid.com/watch/mBjxihmd4WT,
http://www.playvid.com/watch/kAvavCT03dS, http://www.playvid.com/watch/J-dQ-Jh-P7C, http://www.playvid.com/watch/9jSUzvpSbIs,
http://www.playvid.com/watch/LLCW2p76ysb, http://www.playvid.com/watch/lbahJ7ajMBG, http://www.playvid.com/watch/9jvwK0xfNVP,
http://www.playvid.com/watch/DjnQCHeW7V7, http://www.playvid.com/watch/Zt2IVK87TTn, http://www.playvid.com/watch/pSm6pNPZ3jz,
http://www.playvid.com/watch/pdogB54zzdl, http://www.playvid.com/watch/Y9LPAvWiQ-V, http://www.playvid.com/watch/xVxHSnN98Ox,
http://www.playvid.com/watch/kTk6Z7cu6gt, http://www.playvid.com/watch/4yNKbXP5KCy, http://www.playvid.com/watch/5C8sBFJGVZH,
http://www.playvid.com/watch/gLGKMSvivr9, http://www.playvid.com/watch/86HJX9NRqhH, http://www.playvid.com/watch/coivDxp8MGS,
http://www.playvid.com/watch/SZvvM2Q30ur, http://www.playvid.com/watch/zIwHmPIn9XF, http://www.playvid.com/watch/Z03ILIsOqP5,
http://www.playvid.com/watch/s22OehQ4fTu, http://www.playvid.com/watch/zh-RoYxSTvE, http://www.playvid.com/watch/hEqiKIwU9RU,
http://www.playvid.com/watch/ffEx2Ngk5j-, http://www.playvid.com/watch/YcInpVrduJx, http://www.playvid.com/watch/rG7XHHxFGfA,
http://www.playvid.com/watch/rxwKMixjcEP, http://www.playvid.com/watch/GDCLZdCRJhY, http://www.playvid.com/watch/tkDUbwrXOn3,
http://www.playvid.com/watch/hVbvPLP4UHD, http://www.playvid.com/watch/AzPvjtQf2KJ, http://www.playvid.com/watch/uDBfdnSi3sF,

http://www.playvid.com/watch/OvqEsovm8Jt, http://www.playvid.com/watch/QdZIuQabHCI, http://www.playvid.com/watch/YWg3PRbUZEI,
http://www.playvid.com/watch/8xAmak4HwpC, http://www.playvid.com/watch/ZpEQOv2bdLc, http://www.playvid.com/watch/jEmK3UkjXLt,
http://www.playvid.com/watch/VQiQtWWRtf9, http://www.playvid.com/watch/Cp4LPc0UCWN, http://www.playvid.com/watch/3fGP5Nkwbt2,
http://www.playvid.com/watch/uHDjG2-rjgV, http://www.playvid.com/watch/K30M94IHLQH, http://www.playvid.com/watch/mJ-Gtyy8Uaz,
http://www.playvid.com/watch/bhj4ydGv3Ii, http://www.playvid.com/watch/G9m4Oc68yhO, http://www.playvid.com/watch/LYbocal9XKt,
http://www.playvid.com/watch/W8QZFiMpU9N, http://www.playvid.com/watch/QkZHHD2k83B, http://www.playvid.com/watch/vobIz2nsepz,
http://www.playvid.com/watch/L5x45up2XG6, http://www.playvid.com/watch/N0jKoNAsCDL, http://www.playvid.com/watch/sfiXLvCA4bR,
http://www.playvid.com/watch/C2HriP5MpZa, http://www.playvid.com/watch/bPaXGBICWv9, http://www.playvid.com/watch/CDa8TnW9p2V,
http://www.playvid.com/watch/oaaIqLTpiWT, http://www.playvid.com/watch/e0fUP7DwccS, http://www.playvid.com/watch/ZFL-pYarj2q,
http://www.playvid.com/watch/dxzjkGGnBqp, http://www.playvid.com/watch/eM9i5R05FjJ, http://www.playvid.com/watch/BW9j7Ey9GMa,
http://www.playvid.com/watch/RSnSfA8dN5u, http://www.playvid.com/watch/Tbcau8AWdsS, http://www.playvid.com/watch/Bfmc5eH-udV,
http://www.playvid.com/watch/OAVohBY9RJH, http://www.playvid.com/watch/UPDbrR5FDbJ, http://www.playvid.com/watch/6YZwxgNCuZ6,
http://www.playvid.com/watch/feMn-OCgSjG, http://www.playvid.com/watch/CWLTlqVoIaM, http://www.playvid.com/watch/C3M9MdI4vHX,
http://www.playvid.com/watch/nQQJbdaEvpH, http://www.playvid.com/watch/i3m72uZmGs3, http://www.playvid.com/watch/QvkM5IZQMPr,
http://www.playvid.com/watch/ejoUjr0gcch, http://www.playvid.com/watch/vkkqhJN8gBc, http://www.playvid.com/watch/tX3H-lrV6EK,
http://www.playvid.com/watch/EscS4JhmupA, http://www.playvid.com/watch/oExPLp4nlGH, http://www.playvid.com/watch/As42ZPicpJx,
http://www.playvid.com/watch/06HQ3jFE95O, http://www.playvid.com/watch/AMjRjGItwsd, http://www.playvid.com/watch/Uf6EsREyrGN,
http://www.playvid.com/watch/iAYDaBh6gRS, http://www.playvid.com/watch/XuHB4zUSMnE, http://www.playvid.com/watch/095uQBZW75I,
http://www.playvid.com/watch/QV7Xf4RVJgO, http://www.playvid.com/watch/QsYrU5jEStD, http://www.playvid.com/watch/8XpHgru7Dhr,
http://www.playvid.com/watch/vPPPaHMiJ7G, http://www.playvid.com/watch/WFSfIxu9nEC, http://www.playvid.com/watch/mp50HkFDkEv,
http://www.playvid.com/watch/YUQxnrsSKU2, http://www.playvid.com/watch/n3jQWhFp9M8, http://www.playvid.com/watch/qznMCJD7zPT,
http://www.playvid.com/watch/ZWmU6BBWNvI, http://www.playvid.com/watch/SdMnkfScJSr, http://www.playvid.com/watch/dJQ0oS4UwxH,
http://www.playvid.com/watch/TRLqIbAFB2V, http://www.playvid.com/watch/6si2DahxVBq, http://www.playvid.com/watch/QATvL35Fi7m,
http://www.playvid.com/watch/M2SiTAPEial, http://www.playvid.com/watch/bRRAH4DO4xs, http://www.playvid.com/watch/76yw4Ygrzxe,
http://www.playvid.com/watch/KnOrXKROGou, http://www.playvid.com/watch/286VYJg7hXs, http://www.playvid.com/watch/zSmZ-0zHT8c,
http://www.playvid.com/watch/yyZ3wTH3trJ, http://www.playvid.com/watch/MX2dFiBZ6Zc, http://www.playvid.com/watch/tGpsU36EbRN,
http://www.playvid.com/watch/9XpoWtEch2x, http://www.playvid.com/watch/JlBfxslcWED, http://www.playvid.com/watch/cmw7Yud2CLl,
http://www.playvid.com/watch/9XTgNlG7Hgo, http://www.playvid.com/watch/uYQ6a2ii97T, http://www.playvid.com/watch/ZRn9M9cCGy-,
http://www.playvid.com/watch/aMqKwUjLkEz, http://www.playvid.com/watch/CZjEmJd8PzH, http://www.playvid.com/watch/ovqFbuCzzzY,
http://www.playvid.com/watch/uFeywrv8bwi, http://www.playvid.com/watch/bW3ktx7-EEb, http://www.playvid.com/watch/x9sDbvLxNau,
http://www.playvid.com/watch/TS5PGaInVit, http://www.playvid.com/watch/-kPKD0fDRFJ, http://www.playvid.com/watch/0gMxwOLSIkC,
http://www.playvid.com/watch/VJpcNjIsABD, http://www.playvid.com/watch/7tPtwepPcvG, http://www.playvid.com/watch/aJyqPoWrpV5,
http://www.playvid.com/watch/84eUxFeBYti, http://www.playvid.com/watch/0VHOG4Rel4x, http://www.playvid.com/watch/v66oc0pYJas,
http://www.playvid.com/watch/BXXafBUz9YW, http://www.playvid.com/watch/fWW77qAjKGo, http://www.playvid.com/watch/DVSUhSgMN9p,
http://www.playvid.com/watch/MJEQAF4OiqT, http://www.playvid.com/watch/9hXEkHFaXps, http://www.playvid.com/watch/GY5AcXbcH5z,
http://www.playvid.com/watch/LJiY0lvl70e, http://www.playvid.com/watch/04TyeyFfpBQ, http://www.playvid.com/watch/h8PqNktOpyE,
http://www.playvid.com/watch/JGB-serEmDO, http://www.playvid.com/watch/VQZVxITFwrs, http://www.playvid.com/watch/kExJHIRpgps,
http://www.playvid.com/watch/fvgWobA5jyK, http://www.playvid.com/watch/wRmPhkJDnvK, http://www.playvid.com/watch/5nPgcIO5cVG,
http://www.playvid.com/watch/Vwl5FuC78sY, http://www.playvid.com/watch/B0LCGVvsuTu, http://www.playvid.com/watch/GstGserVG57,
http://www.playvid.com/watch/spkkiDBvKrv, http://www.playvid.com/watch/ovAlKsa9OFr, http://www.playvid.com/watch/zcQyDagYKqz,
http://www.playvid.com/watch/KacOrm898Ep, http://www.playvid.com/watch/s4XnO2j3rOR, http://www.playvid.com/watch/V7chYrRtbdp,
http://www.playvid.com/watch/02HfIiZS-pH, http://www.playvid.com/watch/e3YMSftceB2, http://www.playvid.com/watch/l69YmpVR5tT,
http://www.playvid.com/watch/s0kLUrFt7hY, http://www.playvid.com/watch/3r9V4JNbRkl, http://www.playvid.com/watch/cjdJ99-aVbd,
http://www.playvid.com/watch/sNLVkwhCR0W, http://www.playvid.com/watch/RbD2F0Aczhs, http://www.playvid.com/watch/MOgOqXFXvbr,
http://www.playvid.com/watch/7DUszdCvzzc, http://www.playvid.com/watch/AefLaMmPwIv, http://www.playvid.com/watch/uxWKCufndrc,
http://www.playvid.com/watch/P-oagX3kAO8, http://www.playvid.com/watch/SBA5uPECKuw, http://www.playvid.com/watch/REoAlr4WmCe,
http://www.playvid.com/watch/qW-lnkkMYjC, http://www.playvid.com/watch/Yanbx2Sp3FD, http://www.playvid.com/watch/IDE9wzc4BmI,
http://www.playvid.com/watch/wgFwqn7q3F5, http://www.playvid.com/watch/45HIKbgGqrI, http://www.playvid.com/watch/nyPX4cm8dLX,
http://www.playvid.com/watch/59xmU5Bv-gR, http://www.playvid.com/watch/2fCN8uOAvxs, http://www.playvid.com/watch/a59zUN6K9c4,
http://www.playvid.com/watch/MhYY2SOIt7C, http://www.playvid.com/watch/ediMwG6IdeC, http://www.playvid.com/watch/L-vvPbL2fQM,
http://www.playvid.com/watch/Jr52lL4BAJR, http://www.playvid.com/watch/Y59XPw0HVPi, http://www.playvid.com/watch/NAPbC06LuHt,
http://www.playvid.com/watch/hSWtAlsH9TM, http://www.playvid.com/watch/A5rskH8mlzL, http://www.playvid.com/watch/PcbDxnJJbz0,
http://www.playvid.com/watch/jqoqvH70QGQ, http://www.playvid.com/watch/3ofTfDe8mcS, http://www.playvid.com/watch/SNBoepIMjQZ,
http://www.playvid.com/watch/s7DrQtVkmzv, http://www.playvid.com/watch/sJYKAUzc--S, http://www.playvid.com/watch/CK006g3hID6,
http://www.playvid.com/watch/LPMstl3rr6j, http://www.playvid.com/watch/RVXOL3dSoG5, http://www.playvid.com/watch/bZsuSGPgViR,
http://www.playvid.com/watch/mOirt6UA3Kj, http://www.playvid.com/watch/uK5MqnyBAXX, http://www.playvid.com/watch/sHgqOHVDAt9,
http://www.playvid.com/watch/F-gEFmPiS0D, http://www.playvid.com/watch/mqX4gc-gqhx, http://www.playvid.com/watch/D-W2ioRPJqL,
http://www.playvid.com/watch/vCFWLh4hxi4, http://www.playvid.com/watch/m-IxHMRJVFw, http://www.playvid.com/watch/S9Cl6eVQVbD,
http://www.playvid.com/watch/yh6OETLDTXQ, http://www.playvid.com/watch/tVbbVH39dQg, http://www.playvid.com/watch/YkLWWEDGYY8,
http://www.playvid.com/watch/PYD4h7y-oKm, http://www.playvid.com/watch/aiIrjLnpMXC, http://www.playvid.com/watch/kuMenrTEa2V,
http://www.playvid.com/watch/-NOvEiEIUKI, http://www.playvid.com/watch/mtnagQT90bx, http://www.playvid.com/watch/4qgCXnHoIWO,
http://www.playvid.com/watch/TgwUe-V-WGV, http://www.playvid.com/watch/HjWREFoG7Fm, http://www.playvid.com/watch/S6PGLjebmJP,
http://www.playvid.com/watch/XMTHer4BYuQ, http://www.playvid.com/watch/Xxv26IWNW00, http://www.playvid.com/watch/Y3ogxgiVizy,
http://www.playvid.com/watch/PqEqKxUzJ6I, http://www.playvid.com/watch/nNBaUGXxleb, http://www.playvid.com/watch/LMaHNWJntRo,
http://www.playvid.com/watch/bAAmBhmbcsa, http://www.playvid.com/watch/aVisXQ3t2kt, http://www.playvid.com/watch/jE9UCmXIC2p,
http://www.playvid.com/watch/-ZNw3jS8gQr, http://www.playvid.com/watch/tylSA3E3sku, http://www.playvid.com/watch/lQEy35XCHxz,
http://www.playvid.com/watch/I2cYbGIrJUT, http://www.playvid.com/watch/ejbAmaNxPAZ, http://www.playvid.com/watch/Dja7kmW6ppN,
http://www.playvid.com/watch/FQzILuisC0I, http://www.playvid.com/watch/rph9o9y4MXc, http://www.playvid.com/watch/OiXK8Ys8OCU,
http://www.playvid.com/watch/zPGl5K-Jzs7, http://www.playvid.com/watch/jhOhUvmQulP, http://www.playvid.com/watch/rYcI6rqP5us,
http://www.playvid.com/watch/55RyRQ28MSc, http://www.playvid.com/watch/Hoh7a2c33Bj, http://www.playvid.com/watch/Vo3SQd2RQdR,
http://www.playvid.com/watch/FYEbIcMrfJA, http://www.playvid.com/watch/xrXUQC0PrDK, http://www.playvid.com/watch/tpnfNI9YYk3,
http://www.playvid.com/watch/k4mfSsOgD3w, http://www.playvid.com/watch/bnS2tqvjsx0, http://www.playvid.com/watch/Zwere0BaliF,
http://www.playvid.com/watch/TOhnElUgDFv, http://www.playvid.com/watch/WQZ2r9NTOke, http://www.playvid.com/watch/-q0BjlSVPBK,
http://www.playvid.com/watch/SAYXbAKpF44, http://www.playvid.com/watch/CQCOCxsYEON, http://www.playvid.com/watch/lWXK9eXR3e4,
http://www.playvid.com/watch/ZTJeGqAI4ib, http://www.playvid.com/watch/3ZiTVTklknu, http://www.playvid.com/watch/wLWe6UCNJFk,
http://www.playvid.com/watch/EC339cQy8d4, http://www.playvid.com/watch/Qo5Njlh60ff, http://www.playvid.com/watch/marReSkSqBl,
http://www.playvid.com/watch/XamYtt-EsR5, http://www.playvid.com/watch/tJR3n0EdCP8, http://www.playvid.com/watch/RArxfbJ3sv4,
http://www.playvid.com/watch/9gUINGm8UrY, http://www.playvid.com/watch/36k8cynI0Nj, http://www.playvid.com/watch/RQbOgT-l2zr,
http://www.playvid.com/watch/nQBYEPUKncl, http://www.playvid.com/watch/-QLdn0QN7Op, http://www.playvid.com/watch/KKbokmtT2YS,
http://www.playvid.com/watch/0TzFQA4XkzM, http://www.playvid.com/watch/ZVGFHRsSMFh, http://www.playvid.com/watch/QAezQhCtekq,
http://www.playvid.com/watch/bNHHD9vytoV, http://www.playvid.com/watch/se2rfuQCeXf, http://www.playvid.com/watch/UDcIpGguASa,
http://www.playvid.com/watch/XDyrJmE-cUr, http://www.playvid.com/watch/l8MCVAmhbbH, http://www.playvid.com/watch/sFl0bFYTjWS,
http://www.playvid.com/watch/uT6HOZ-n8YC, http://www.playvid.com/watch/Iiu9IwvYNRM, http://www.playvid.com/watch/N7UEf2QMEUi,
http://www.playvid.com/watch/xhHjsWzX-7k, http://www.playvid.com/watch/Avp63yb8Pe7, http://www.playvid.com/watch/WFGrOY9EOd-,
http://www.playvid.com/watch/ebDY8FlGvur, http://www.playvid.com/watch/3mckiTHB8Xx, http://www.playvid.com/watch/rdw44fDBoXA,
http://www.playvid.com/watch/TqVKgg36BQt, http://www.playvid.com/watch/-2KtoOJMbSa, http://www.playvid.com/watch/LtPOFBWbukj,
http://www.playvid.com/watch/YGkMGhW-5sG, http://www.playvid.com/watch/b9g-sdrj6O5, http://www.playvid.com/watch/YdbdKKeVjr2,
http://www.playvid.com/watch/xktrkkhry5N, http://www.playvid.com/watch/ivaZuoGuPw5, http://www.playvid.com/watch/ul2gudnxmts,
http://www.playvid.com/watch/iSCZg-sboUX, http://www.playvid.com/watch/pbwuqb8iv0r, http://www.playvid.com/watch/hcZGuUll0GX,
http://www.playvid.com/watch/v0-cj2f7nrw, http://www.playvid.com/watch/PydG73303mE, http://www.playvid.com/watch/cxJmWF0DyLY,
http://www.playvid.com/watch/Dn6D0fDXk-c, http://www.playvid.com/watch/mlZr3rEkJeT, http://www.playvid.com/watch/sgRTZLmzcPI,
http://www.playvid.com/watch/i3hA8rx0pO2, http://www.playvid.com/watch/SczaG55ejeP, http://www.playvid.com/watch/JKTjkCKNm0w,
http://www.playvid.com/watch/CFbBykrG0nG, http://www.playvid.com/watch/2pTgrJRPk3t, http://www.playvid.com/watch/f8w3FqB8MEI,
http://www.playvid.com/watch/U4l3tlpSUK9, http://www.playvid.com/watch/J3IQ3vlMEgb, http://www.playvid.com/watch/sD2cNgTc6UX,
http://www.playvid.com/watch/fPUX3Mg7EYF, http://www.playvid.com/watch/Ap3m0-c3UON, http://www.playvid.com/watch/kGhJuTA9L0N,
http://www.playvid.com/watch/GiES3egJp2T, http://www.playvid.com/watch/-7nxImPrHY, http://www.playvid.com/watch/uvyv76e5x7v,

http://www.playvid.com/watch/d2964P58C95, http://www.playvid.com/watch/JHoft6w6d8e, http://www.playvid.com/watch/Crbl9uIxWKj,
http://www.playvid.com/watch/nuXWuSAMf4S, http://www.playvid.com/watch/rUF4TrNYoj2, http://www.playvid.com/watch/V-y3bPELTT2,
http://www.playvid.com/watch/PqXDLrGbVew, http://www.playvid.com/watch/jJugTGuuGki, http://www.playvid.com/watch/KgynUk2-8Sh,
http://www.playvid.com/watch/Y0QCm2WYABO, http://www.playvid.com/watch/Ab68Q2tWN73, http://www.playvid.com/watch/gW0ntzUIFdE,
http://www.playvid.com/watch/t-Ofg8yuWyL, http://www.playvid.com/watch/vUDoCLLZiCM, http://www.playvid.com/watch/tyUmGnQq6jT,
http://www.playvid.com/watch/GmIXAqV-DNu, http://www.playvid.com/watch/Mk0r5Qh2FRL, http://www.playvid.com/watch/YOxtMB53qva,
http://www.playvid.com/watch/qiaSEAuHnu6, http://www.playvid.com/watch/mcyPMiabE-k, http://www.playvid.com/watch/etnBrKIHPKt,
http://www.playvid.com/watch/gVNadf5PQXw, http://www.playvid.com/watch/mvK9yGUQLsu, http://www.playvid.com/watch/7RGsHdjXcv9,
http://www.playvid.com/watch/mpnIYi3mVq9, http://www.playvid.com/watch/AoCqbnC5U33, http://www.playvid.com/watch/2SXcFhtxbTe,
http://www.playvid.com/watch/Wjdi7PhWJJu, http://www.playvid.com/watch/64ISCuVDZyb, http://www.playvid.com/watch/0F2EuAkj229,
http://www.playvid.com/watch/C0bd534TBFA, http://www.playvid.com/watch/yuoLAafBFAh, http://www.playvid.com/watch/dcEtPjonGlJ,
http://www.playvid.com/watch/FSPHKgY4My5, http://www.playvid.com/watch/-9QmCVAky9U, http://www.playvid.com/watch/dd48chmFXge,
http://www.playvid.com/watch/fjRg9mM2r75, http://www.playvid.com/watch/gsARLsiz6Ps, http://www.playvid.com/watch/9c3Eo0eCgUG,
http://www.playvid.com/watch/ZPuIYzkA6jl, http://www.playvid.com/watch/Yq0VgFh5ps3, http://www.playvid.com/watch/lhONpFQuAhn,
http://www.playvid.com/watch/r4zS6uPyRTJ, http://www.playvid.com/watch/PUTlz-bx2Cx, http://www.playvid.com/watch/ROffqCeWHRv,
http://www.playvid.com/watch/AkIOKDsAnsE, http://www.playvid.com/watch/tjicn8oWN-R, http://www.playvid.com/watch/oZvLzGIT-LS,
http://www.playvid.com/watch/VIQlWiBYw5S, http://www.playvid.com/watch/IuyaxOvHRMG, http://www.playvid.com/watch/y97PBoMo22v,
http://www.playvid.com/watch/PT93r-rwU79, http://www.playvid.com/watch/iCbhuIeRwGn, http://www.playvid.com/watch/vQS-auYMuS6,
http://www.playvid.com/watch/aQ-4Tk5xOAC, http://www.playvid.com/watch/siTxqUS4Pdz, http://www.playvid.com/watch/gWG-vi4x83b,
http://www.playvid.com/watch/wVbrs6OZcuO, http://www.playvid.com/watch/kJxXfaxxyEY, http://www.playvid.com/watch/w0eYYV56-jP,
http://www.playvid.com/watch/B2zF8ujIEx-, http://www.playvid.com/watch/2-jOeM92UlL, http://www.playvid.com/watch/hQYy5XF2RfW,
http://www.playvid.com/watch/QuczTIf5mcv, http://www.playvid.com/watch/8i6e03FFM2N, http://www.playvid.com/watch/nIvLU45gmjj,
http://www.playvid.com/watch/XMJedDy3NAg, http://www.playvid.com/watch/I7a4o6GuW-2, http://www.playvid.com/watch/QZ7Cr4UTkla,
http://www.playvid.com/watch/XPbbTBBaFWX, http://www.playvid.com/watch/oRtq20KZ-zV, http://www.playvid.com/watch/7br7d8xjzT4,
http://www.playvid.com/watch/3xGWYYdwwWG, http://www.playvid.com/watch/p3XmHuIC6VJ, http://www.playvid.com/watch/orPZo6v09p8,
http://www.playvid.com/watch/B4PGUoO9hRs, http://www.playvid.com/watch/VcN0bTge5Di, http://www.playvid.com/watch/G3oRzpJEUan,
http://www.playvid.com/watch/FLqdPWUEcUI, http://www.playvid.com/watch/6O7ZmZN2veG, http://www.playvid.com/watch/FZgh4Rwjc4E,
http://www.playvid.com/watch/Oycq--QWoBU, http://www.playvid.com/watch/KPljyS4kwcZ, http://www.playvid.com/watch/hPnYmmXJu0S,
http://www.playvid.com/watch/PWGh2HYva4q, http://www.playvid.com/watch/Tdt3DC4MRWx, http://www.playvid.com/watch/XIknmokpV0n,
http://www.playvid.com/watch/ft2kEh2eByP, http://www.playvid.com/watch/r0Ec5ynH0QS, http://www.playvid.com/watch/BD-x4d-hDeU,
http://www.playvid.com/watch/uPVjTgpMT89, http://www.playvid.com/watch/00DGxTT0Er0, http://www.playvid.com/watch/t9NBBSpLGyl,
http://www.playvid.com/watch/xTUiI-6EtN8, http://www.playvid.com/watch/WIXxKuVJWa3, http://www.playvid.com/watch/En8UAkM6weS,
http://www.playvid.com/watch/p3eZB2OQzrE, http://www.playvid.com/watch/d4Je83Nr-m2, http://www.playvid.com/watch/eeLoi-CPL3q,
http://www.playvid.com/watch/v3uDZEiA7tZ, http://www.playvid.com/watch/K0CCxaFHc5y, http://www.playvid.com/watch/JrpOGHmt2ho,
http://www.playvid.com/watch/lDMlz-wQQo6, http://www.playvid.com/watch/qG7YbdJLMQy, http://www.playvid.com/watch/zB4mtU8lFga,
http://www.playvid.com/watch/MvKH4SFXcZ4, http://www.playvid.com/watch/2L82IoS-4fy, http://www.playvid.com/watch/bYOa4yT0aJF,
http://www.playvid.com/watch/8cXnPsA2yDz, http://www.playvid.com/watch/z8Udw5mLNEj, http://www.playvid.com/watch/7-zGpsXhnPK,
http://www.playvid.com/watch/uqqD58dU5Uh, http://www.playvid.com/watch/4gMWyuA-vXF, http://www.playvid.com/watch/2DEJLUuw4h9,
http://www.playvid.com/watch/hxTQKkjgSpe, http://www.playvid.com/watch/qCaox3bnyd7, http://www.playvid.com/watch/3IWrqg9yqUz,
http://www.playvid.com/watch/7tqU2dsRWUM, http://www.playvid.com/watch/TAqRhM0xuBG, http://www.playvid.com/watch/YC4OZ5YtuOn,
http://www.playvid.com/watch/AOQrt7kJSIH, http://www.playvid.com/watch/0k8qNvcqmCE, http://www.playvid.com/watch/wXxiZUXyaLM,
http://www.playvid.com/watch/2mvtWFZqx2C, http://www.playvid.com/watch/LpNWm3ZYAdc, http://www.playvid.com/watch/JGO0qO0CGcE,
http://www.playvid.com/watch/sU9IDcJ2tF3, http://www.playvid.com/watch/bt8GiSTTISW, http://www.playvid.com/watch/bun8jGJwRbI,
http://www.playvid.com/watch/J5BiwHrevkj, http://www.playvid.com/watch/SX6d9N6EmXT
5.f. Date of third notice: 2013-09-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: casablanca07
5.b. Uploader's email address: ernestosioko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/casablanca07
5.e. List of videos posted by uploader: http://www.playvid.com/watch/p425P5zXXRT, http://www.playvid.com/watch/lZX_Vm71-96,
http://www.playvid.com/watch/hFkqi7cLNS9, http://www.playvid.com/watch/3sTDjrbM9ss, http://www.playvid.com/watch/2dRtgKSLcGf,
http://www.playvid.com/watch/8tCQXvWnDcG, http://www.playvid.com/watch/zdwhZZEnukX, http://www.playvid.com/watch/S9JzsuVZYKR,
http://www.playvid.com/watch/obBbmqOQRSp, http://www.playvid.com/watch/TeHyeF2_iwx, http://www.playvid.com/watch/zkV8cqWYbLQ,
http://www.playvid.com/watch/O3A9Jp61IkU, http://www.playvid.com/watch/0mWq4yJ8mbk, http://www.playvid.com/watch/0FCY2ebdu4W,
http://www.playvid.com/watch/sJWCViYKD9b, http://www.playvid.com/watch/XWmq-uNmru7, http://www.playvid.com/watch/O7rky4bNiCP,
http://www.playvid.com/watch/zl5_YA_tkZC, http://www.playvid.com/watch/wgiOd4n_zwl, http://www.playvid.com/watch/jbAT6UA_I3L,
http://www.playvid.com/watch/b5nknidDkBu, http://www.playvid.com/watch/D9WPMfB_KQr, http://www.playvid.com/watch/9QdlA5X4Pq8,
http://www.playvid.com/watch/kvGaiTgXnn0, http://www.playvid.com/watch/F6VVJ3W0U0M, http://www.playvid.com/watch/v_V9_5izssb,
http://www.playvid.com/watch/xSDNXOOTIcY, http://www.playvid.com/watch/0jBhhYYXZ9o, http://www.playvid.com/watch/TZHsICtzkti,
http://www.playvid.com/watch/hXDgHpudeCH, http://www.playvid.com/watch/dLOi6BqoeCp, http://www.playvid.com/watch/U7QyMjsx0fl,
http://www.playvid.com/watch/NXg_df98IYm, http://www.playvid.com/watch/ZOXBuf1zP_S, http://www.playvid.com/watch/vyiYUjYBy0z,
http://www.playvid.com/watch/2kQckxHOrzM, http://www.playvid.com/watch/8EUWdB_ip9L, http://www.playvid.com/watch/HT0KGGjfkNT,
http://www.playvid.com/watch/b4Bw039TyE7, http://www.playvid.com/watch/EK9ObPWeFpx, http://www.playvid.com/watch/z_SbfFl0b4v,
http://www.playvid.com/watch/pbGTERPq4f2, http://www.playvid.com/watch/UlUIT2YkiWa, http://www.playvid.com/watch/HIm9Lh1zxFU,
http://www.playvid.com/watch/JAVwE1DLwWv, http://www.playvid.com/watch/rQN41kun02l, http://www.playvid.com/watch/p06hTQ9U_qD,
http://www.playvid.com/watch/aBx2OQL8aAs, http://www.playvid.com/watch/5wugtTAiDbv, http://www.playvid.com/watch/CgyIxqpVrt7,
http://www.playvid.com/watch/wcfpl3IuJub, http://www.playvid.com/watch/kzO8M2ZmrMC, http://www.playvid.com/watch/CSEbRYflmmi,
http://www.playvid.com/watch/dpNiV2GneuH, http://www.playvid.com/watch/IrAXXYnxGS2, http://www.playvid.com/watch/dUyYwu547ey,
http://www.playvid.com/watch/gZLlqioZNkM, http://www.playvid.com/watch/xYq58NIxLLm, http://www.playvid.com/watch/7WmL7NfVYmc,
http://www.playvid.com/watch/ckm5u3bfybr, http://www.playvid.com/watch/O-WfHwoVFB2, http://www.playvid.com/watch/t0AcClKNtTg,
http://www.playvid.com/watch/O5q3W3O-afL, http://www.playvid.com/watch/juP6us2FsVu, http://www.playvid.com/watch/Z6kriwzxPPE,
http://www.playvid.com/watch/UPTLIlY0tEk, http://www.playvid.com/watch/B2wYHAvL7jk, http://www.playvid.com/watch/IJE6sGxVzib,
http://www.playvid.com/watch/Bge15oOQK1G, http://www.playvid.com/watch/QeWTr_87U6R, http://www.playvid.com/watch/Sh9Qf_gwfC4,
http://www.playvid.com/watch/kR3g-2t21sk, http://www.playvid.com/watch/MMoDmv0KnDU, http://www.playvid.com/watch/o8wc9_AN0R7,
http://www.playvid.com/watch/UxPc57y7tW7, http://www.playvid.com/watch/duPOJJoNuJH, http://www.playvid.com/watch/UEypnjsPhB2,
http://www.playvid.com/watch/OSjceW25fHf, http://www.playvid.com/watch/OjlyMgp0TFi, http://www.playvid.com/watch/spZHxZItUBr,
http://www.playvid.com/watch/s4wDauY43Ye, http://www.playvid.com/watch/zuzUaVz4klE, http://www.playvid.com/watch/jESfkyuSvmi,
http://www.playvid.com/watch/V8E9dRJ3kwb, http://www.playvid.com/watch/VccXdhzPTRe, http://www.playvid.com/watch/7fX-irLpuQJ,
http://www.playvid.com/watch/48vhwwvp2OE, http://www.playvid.com/watch/qPH7CBQuc8v, http://www.playvid.com/watch/R6fnbTwKhWw,
http://www.playvid.com/watch/iOAh8K7Agum, http://www.playvid.com/watch/He6wPbNBubS, http://www.playvid.com/watch/3FmvU6MOk5x,
http://www.playvid.com/watch/HBKz9_JYTxR, http://www.playvid.com/watch/94ALbS81Xif, http://www.playvid.com/watch/VC_DWqt7560,
http://www.playvid.com/watch/k_3VlvFv_LH, http://www.playvid.com/watch/oUrVUkNt3vS, http://www.playvid.com/watch/Dqdd4G3iaZm,
http://www.playvid.com/watch/8D8dP_T3OwE, http://www.playvid.com/watch/z_aXifFGosI, http://www.playvid.com/watch/SuSkfUiDdGu,
http://www.playvid.com/watch/2NVIuQaMbKi, http://www.playvid.com/watch/B2zz37NoD5U, http://www.playvid.com/watch/6kQXnxGNAiQ,
http://www.playvid.com/watch/4JCm1cvBC2H, http://www.playvid.com/watch/FSvnK0mByVj, http://www.playvid.com/watch/41hJHYSMsJd,
http://www.playvid.com/watch/yXAArUhKC7O, http://www.playvid.com/watch/4i6BB4Lm3cY, http://www.playvid.com/watch/cLx6VJA4Grv,
http://www.playvid.com/watch/sFlJOc0nCUy, http://www.playvid.com/watch/qBKuKq2jz3U, http://www.playvid.com/watch/8VpETJPAG0J,
http://www.playvid.com/watch/8pTvVxvbFgA, http://www.playvid.com/watch/NOYsB4fycRJ, http://www.playvid.com/watch/4Aal0NSZVkL,
http://www.playvid.com/watch/nNDTLHyiyID, http://www.playvid.com/watch/ByGlGgd-bLI, http://www.playvid.com/watch/eCHbR1vhTrQ,
http://www.playvid.com/watch/dwJUiWfOxGU, http://www.playvid.com/watch/vvIHcOmRfm5, http://www.playvid.com/watch/2-GP0l4XJT7,
http://www.playvid.com/watch/RAH2vtABIV5, http://www.playvid.com/watch/i4IZ8b5KLRM, http://www.playvid.com/watch/wcyW3o3KSIv,
http://www.playvid.com/watch/QXulJkD3XYN, http://www.playvid.com/watch/K8zNI7yJJqM, http://www.playvid.com/watch/5YsL8zMUvM8,
http://www.playvid.com/watch/fvhHWC7J2nP, http://www.playvid.com/watch/icnc4ywgnnr, http://www.playvid.com/watch/MUY3gblGR66,
http://www.playvid.com/watch/0YLfUPQxNC6, http://www.playvid.com/watch/eNTJvguAH57, http://www.playvid.com/watch/P-0og-iYQUb,
http://www.playvid.com/watch/LMMnmcuAAR8, http://www.playvid.com/watch/YxPn2pcJtOm, http://www.playvid.com/watch/TE88EFwD5Hy,

http://www.playvid.com/watch/YIhBdPfaLIp, http://www.playvid.com/watch/ilQF4VlEgjf, http://www.playvid.com/watch/3V5Gp41L00F,
http://www.playvid.com/watch/bCtBDYENaLd, http://www.playvid.com/watch/S-lVoW9nNiL, http://www.playvid.com/watch/Ihv4xq85rEF,
http://www.playvid.com/watch/c5Twv1y7Eda, http://www.playvid.com/watch/rr3i_HgtveZ, http://www.playvid.com/watch/SiWTnCxPw1O,
http://www.playvid.com/watch/BTi7WCtQW5i, http://www.playvid.com/watch/WGk9B-0c-LD, http://www.playvid.com/watch/yyVYAPER_4g,
http://www.playvid.com/watch/TSAlkmQXnpY, http://www.playvid.com/watch/JZjnFCZVecJ, http://www.playvid.com/watch/gNJ4DyzzHv2,
http://www.playvid.com/watch/rbEY1eqy8We, http://www.playvid.com/watch/MZJOM_vmhKn, http://www.playvid.com/watch/qls44r78cKN,
http://www.playvid.com/watch/oACbIfCbNxA, http://www.playvid.com/watch/xWtI2e5lUzc, http://www.playvid.com/watch/ghcW1yvlYJ0,
http://www.playvid.com/watch/GNC1tFk5LFu, http://www.playvid.com/watch/P3VlvEwIZ0F, http://www.playvid.com/watch/vC1E7RTnhEQ,
http://www.playvid.com/watch/fIfSZlHu-jM, http://www.playvid.com/watch/e0AN71QK6Rk, http://www.playvid.com/watch/v1l04m44LqU,
http://www.playvid.com/watch/q0KjRXINvKp, http://www.playvid.com/watch/Br8dU4BHK-L, http://www.playvid.com/watch/ADm9fWPC1wU,
http://www.playvid.com/watch/5f6dd-LBZHW, http://www.playvid.com/watch/lwYhVknvaNa, http://www.playvid.com/watch/CITmhheFlQ9,
http://www.playvid.com/watch/JxHyKwhewqo, http://www.playvid.com/watch/d0p9phBucgy, http://www.playvid.com/watch/itbodypeVs7,
http://www.playvid.com/watch/Kqw9rmEeqTG, http://www.playvid.com/watch/NZieh-NFB9M, http://www.playvid.com/watch/8g_2Jwq83LY,
http://www.playvid.com/watch/3EDNmsNWVzA, http://www.playvid.com/watch/EccsV6G_lYP, http://www.playvid.com/watch/MShuQDoTO03,
http://www.playvid.com/watch/EKsMjG-n0Nl, http://www.playvid.com/watch/svGkhGHC8yS, http://www.playvid.com/watch/at_9wIN4GL2,
http://www.playvid.com/watch/lfae2JPPX3w, http://www.playvid.com/watch/KpNuRilzEgb, http://www.playvid.com/watch/rb1zGf38j_v,
http://www.playvid.com/watch/5iSUPmc9nrj, http://www.playvid.com/watch/mmUejjxZ2bJ, http://www.playvid.com/watch/Pk0QBUEzhts,
http://www.playvid.com/watch/EX6l8xgjTXU, http://www.playvid.com/watch/kwKxPF1YiKd, http://www.playvid.com/watch/GtQYaFDS1uv,
http://www.playvid.com/watch/LVteVarphCl, http://www.playvid.com/watch/UzhQL1eNo2e, http://www.playvid.com/watch/TP7-GxKQIXd,
http://www.playvid.com/watch/z2Xssm1Bz7e, http://www.playvid.com/watch/HHkgnoAzJtj, http://www.playvid.com/watch/b7AY0JcArKl,
http://www.playvid.com/watch/WVXkxo5wAny, http://www.playvid.com/watch/albNk7IEJFd, http://www.playvid.com/watch/QH4iFGhKcFf,
http://www.playvid.com/watch/YUR5w5VBgGZ, http://www.playvid.com/watch/VeLFPwE7JHN, http://www.playvid.com/watch/DYtr5Wm8kqB,
http://www.playvid.com/watch/ibOXHsDLecR, http://www.playvid.com/watch/MgtMqfYRU4o, http://www.playvid.com/watch/wtPYHdlK2GI,
http://www.playvid.com/watch/BSkmzC36pUJ, http://www.playvid.com/watch/J4-AGmeIDAZ, http://www.playvid.com/watch/cS_FRX9Zf4Z,
http://www.playvid.com/watch/VupGKf_NEed, http://www.playvid.com/watch/hKMOQNk4_Ym, http://www.playvid.com/watch/Gj7VQx7QFu3,
http://www.playvid.com/watch/zURHnbG8WkH, http://www.playvid.com/watch/LFN1mMVTCwZ, http://www.playvid.com/watch/MrrCcQP_nsP,
http://www.playvid.com/watch/u3bmK4aIgyO, http://www.playvid.com/watch/xZI37soOvHi, http://www.playvid.com/watch/21g32xCKkON,
http://www.playvid.com/watch/c9FPVVxcw4T, http://www.playvid.com/watch/6UHT5xVbAW3, http://www.playvid.com/watch/wy4sYxRD-Wa,
http://www.playvid.com/watch/hOyXU2Hz06z, http://www.playvid.com/watch/F-0ImzICpE5, http://www.playvid.com/watch/LNZ0qO4QWoq,
http://www.playvid.com/watch/6zAserOXVM7, http://www.playvid.com/watch/OCIvgNa2OOK, http://www.playvid.com/watch/BIAOMF94fFl,
http://www.playvid.com/watch/0rjyuu8l1Gn, http://www.playvid.com/watch/KrtegSNkMNE, http://www.playvid.com/watch/z4A_60_VpWj,
http://www.playvid.com/watch/X6nkXyPpTsM, http://www.playvid.com/watch/OSq6lsCULWt, http://www.playvid.com/watch/jBton52c6Vz,
http://www.playvid.com/watch/w2S4C9rifAg, http://www.playvid.com/watch/LNP2sfYyS3O, http://www.playvid.com/watch/Vw3WZkNZZTU,
http://www.playvid.com/watch/JbsLysEK4Xz, http://www.playvid.com/watch/E8wWFJAvmxd, http://www.playvid.com/watch/eWk-tQPxIqu,
http://www.playvid.com/watch/dV-u_-IkMBJ, http://www.playvid.com/watch/EUHA2MOajP9, http://www.playvid.com/watch/Eay8vNCEf50,
http://www.playvid.com/watch/bc4nLfc6ZjP, http://www.playvid.com/watch/UYtYhoOgUPh, http://www.playvid.com/watch/JdQD6O6q_eS,
http://www.playvid.com/watch/s50V_kEfwNQ, http://www.playvid.com/watch/g5GWkDdLrko, http://www.playvid.com/watch/5A8EudCb77f,
http://www.playvid.com/watch/84VTavOIPeh, http://www.playvid.com/watch/utUblmh2l93, http://www.playvid.com/watch/T28XZpKTzPt
5.f. Date of third notice: 2014-05-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Cattivo Nome
5.b. Uploader's email address: Cattivo_Nome@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Cattivo+Nome
5.e. List of videos posted by uploader: http://www.playvid.com/watch/gXKW06PZLxn, http://www.playvid.com/watch/ED-TkviAJPu,
http://www.playvid.com/watch/TjRSfaFVL3q, http://www.playvid.com/watch/O8OykpIuHcP, http://www.playvid.com/watch/kdXzJvQI8mU,
http://www.playvid.com/watch/rbm20A-5OhT, http://www.playvid.com/watch/uh6LKmb--sP, http://www.playvid.com/watch/XSiYcdwiFNa,
http://www.playvid.com/watch/MTxjoTXA5qZ, http://www.playvid.com/watch/R8lr3t9BoU3, http://www.playvid.com/watch/PBtW6XQ5kUv,
http://www.playvid.com/watch/3ryYITfMc5Q, http://www.playvid.com/watch/tGhGkFIuaaR, http://www.playvid.com/watch/i04Z397-XVZ,
http://www.playvid.com/watch/nkLuQhtTZEH, http://www.playvid.com/watch/NGBQ9NIjCL-, http://www.playvid.com/watch/xsuGIZ2sUok,
http://www.playvid.com/watch/-0PEMY7OVSC, http://www.playvid.com/watch/CzEhmN28R4a, http://www.playvid.com/watch/vrsYLzDiyFN,
http://www.playvid.com/watch/w0PDfk6Q-vP, http://www.playvid.com/watch/kvlurtDEPja, http://www.playvid.com/watch/O6WEMwM6wEt,
http://www.playvid.com/watch/r8vW59D2h0u, http://www.playvid.com/watch/b0GrD-bxqXf, http://www.playvid.com/watch/269H5tOkppm,
http://www.playvid.com/watch/CVvfJ0-4b5D, http://www.playvid.com/watch/ZAaOr3tgaqQ, http://www.playvid.com/watch/Bg5t9bg2SmG,
http://www.playvid.com/watch/RC99X3eUrpI, http://www.playvid.com/watch/0QCygjCVv3r, http://www.playvid.com/watch/zIgJ-dFw8X5,
http://www.playvid.com/watch/6igNg9D8d9X, http://www.playvid.com/watch/nicnqVGTEZH, http://www.playvid.com/watch/ZfEdEytGKWh,
http://www.playvid.com/watch/2uKUOt6u3Gi, http://www.playvid.com/watch/AV7TyZH9I6z, http://www.playvid.com/watch/dlc2QrWdGPT,
http://www.playvid.com/watch/x5kB4sDsahC, http://www.playvid.com/watch/Eugutddpfy0, http://www.playvid.com/watch/KcylWhEs8lG,
http://www.playvid.com/watch/Wtgmi4zcioU, http://www.playvid.com/watch/5veWGBihXk4, http://www.playvid.com/watch/IK8LYJ0CkqK,
http://www.playvid.com/watch/uKDwSTzdgp6, http://www.playvid.com/watch/rkyGdipNzwS, http://www.playvid.com/watch/yfk0sObIzPU,
http://www.playvid.com/watch/bUyaI-CSYln, http://www.playvid.com/watch/ZsgoESNEwKo, http://www.playvid.com/watch/3MmDzT0Geiw,
http://www.playvid.com/watch/X4NkQEpR0SE, http://www.playvid.com/watch/7rvWmL-MATM, http://www.playvid.com/watch/U-Ig5uy9QIz,
http://www.playvid.com/watch/g03CT7uKxXq, http://www.playvid.com/watch/3DV7ElyLqfs, http://www.playvid.com/watch/toL-dwiC6hj,
http://www.playvid.com/watch/EZlcQ4fSGva, http://www.playvid.com/watch/F5nu657drF4, http://www.playvid.com/watch/K98OiMqEVmh,
http://www.playvid.com/watch/MWDr3qPgpMI, http://www.playvid.com/watch/qgWlCxndNQn, http://www.playvid.com/watch/E9-2VpPVXmG,
http://www.playvid.com/watch/lcSNu4wkvOA, http://www.playvid.com/watch/fbkkV8mithe, http://www.playvid.com/watch/VRXj0nLJsAX,
http://www.playvid.com/watch/UKdo3Zxb3e6, http://www.playvid.com/watch/zkRFWtnsrTb, http://www.playvid.com/watch/dAi7moCP3DK,
http://www.playvid.com/watch/A48Bitg29wF, http://www.playvid.com/watch/0mt6SIGvcYp, http://www.playvid.com/watch/qNuSHtnmlio,
http://www.playvid.com/watch/epRGWRjmXoq, http://www.playvid.com/watch/WhWILtP4NY2, http://www.playvid.com/watch/-JOJYS-ganq,
http://www.playvid.com/watch/rsLtUyGtg7z, http://www.playvid.com/watch/Ezu693iQhR2, http://www.playvid.com/watch/4eDTUeq4wEh,
http://www.playvid.com/watch/ntINmLLiQtl, http://www.playvid.com/watch/Ix8x6fL8PgH, http://www.playvid.com/watch/gVURPXmVfNz,
http://www.playvid.com/watch/ioc8eFvIJIv, http://www.playvid.com/watch/2bUu3V-E9qo, http://www.playvid.com/watch/EFbjHss0QLV,
http://www.playvid.com/watch/oiGZbT9yekc, http://www.playvid.com/watch/WuSNYAEFuLe, http://www.playvid.com/watch/vAsOXayWorZ,
http://www.playvid.com/watch/xhDBRzSG-nt, http://www.playvid.com/watch/oiPeF7QiiPB, http://www.playvid.com/watch/lGKOHQaDXik,
http://www.playvid.com/watch/VdGu9uTTevH, http://www.playvid.com/watch/f98SKdl0Brr, http://www.playvid.com/watch/0T36CFpgIkl,
http://www.playvid.com/watch/sYupCRZ9Du8, http://www.playvid.com/watch/CYPrVV36ea6, http://www.playvid.com/watch/xkGMephOGPb,
http://www.playvid.com/watch/9UAPqgadrGd, http://www.playvid.com/watch/-VUPmX--zXt, http://www.playvid.com/watch/9xXSpUtaqZC,
http://www.playvid.com/watch/jsNKqFcp9Nf, http://www.playvid.com/watch/7aLPbyEpXj9, http://www.playvid.com/watch/KaJUcVvD4kD,
http://www.playvid.com/watch/XN5L5aCo3om, http://www.playvid.com/watch/3dBwRtIRyqY, http://www.playvid.com/watch/w0QTuUn2Q7W,
http://www.playvid.com/watch/-VxqAdaPIwz, http://www.playvid.com/watch/Pvt-ipMOXGr, http://www.playvid.com/watch/3RHq-oxlIR6,
http://www.playvid.com/watch/qqsE4cJfyxT, http://www.playvid.com/watch/riYzQqRXyYN, http://www.playvid.com/watch/TQiPtfsDb9T,
http://www.playvid.com/watch/lvwg5r3SWLs, http://www.playvid.com/watch/zMGa9irbio7, http://www.playvid.com/watch/vbEDLqtsU2Y,
http://www.playvid.com/watch/otQ9MEa9kQj, http://www.playvid.com/watch/uRIRQ9g5-Jp, http://www.playvid.com/watch/CJhRk6gy83l,
http://www.playvid.com/watch/bFKcbIc0eba, http://www.playvid.com/watch/ayXzg5JdljE, http://www.playvid.com/watch/mGXAWaikrg9,
http://www.playvid.com/watch/BJjdUoXJRqk, http://www.playvid.com/watch/-QPUv0hPmuB, http://www.playvid.com/watch/M0sdDUwOoVg,
http://www.playvid.com/watch/ZLO73gVwIEt, http://www.playvid.com/watch/nvdTNgRLNjK, http://www.playvid.com/watch/GwtHYrLdjDV,
http://www.playvid.com/watch/zrLZVBRLGJs, http://www.playvid.com/watch/8wZbz82c4mP, http://www.playvid.com/watch/ZsugQVETXLf,
http://www.playvid.com/watch/JmSoBHBAzVG, http://www.playvid.com/watch/KzfptMdQ3aq, http://www.playvid.com/watch/ritBrXJdd3H,
http://www.playvid.com/watch/kxRWjrsNPlD, http://www.playvid.com/watch/ebVwBmoJL9b, http://www.playvid.com/watch/uM4rGTHWQbD,
http://www.playvid.com/watch/8kWk0A37ZhR, http://www.playvid.com/watch/B3q7U5jTBIQ, http://www.playvid.com/watch/yK6437wWAnE,
http://www.playvid.com/watch/0due9p4eq6F, http://www.playvid.com/watch/NqmwqtZ2RiT, http://www.playvid.com/watch/fYvOLow0Re-,
http://www.playvid.com/watch/XhQAfsUpDsN, http://www.playvid.com/watch/mBeqvtM2gHf, http://www.playvid.com/watch/cOOlQoXoIn0,
http://www.playvid.com/watch/UDLt8OptDvi, http://www.playvid.com/watch/nZiSKPD8Msx, http://www.playvid.com/watch/pIdNWk0K7Rt,
http://www.playvid.com/watch/RNCOXpYXMHT, http://www.playvid.com/watch/OMVefIS7ITp, http://www.playvid.com/watch/vN2Q0O5DiTX,
http://www.playvid.com/watch/dazxCTdyYan, http://www.playvid.com/watch/pzyRugJ-oP2, http://www.playvid.com/watch/OyeDTQE7jFr,
http://www.playvid.com/watch/fkOUjFnmdnx, http://www.playvid.com/watch/Yn7ZitDcH0Y, http://www.playvid.com/watch/JpIjwDW5bAq,

http://www.playvid.com/watch/oKKdQMmovxZ, http://www.playvid.com/watch/exgZM47RHG5, http://www.playvid.com/watch/KymKlCB8fw8,
http://www.playvid.com/watch/q-RKj98sXen, http://www.playvid.com/watch/Yk6ILAqHEno, http://www.playvid.com/watch/GXh8KVLksoz,
http://www.playvid.com/watch/fpu0b5RvjBl, http://www.playvid.com/watch/WZAGXrgZCBR, http://www.playvid.com/watch/w9lCRKNDWHY,
http://www.playvid.com/watch/Sm899MC9RRm, http://www.playvid.com/watch/0rxYwnu4How, http://www.playvid.com/watch/7fJaK5hMV7S,
http://www.playvid.com/watch/LhE06cpeU09, http://www.playvid.com/watch/FUa7HYGPN-w, http://www.playvid.com/watch/Ac-k8THBehq,
http://www.playvid.com/watch/FLoaqRt6nai, http://www.playvid.com/watch/tFcfX0DWmiR, http://www.playvid.com/watch/F7GTy330SUe,
http://www.playvid.com/watch/3I8jg-7gbGP, http://www.playvid.com/watch/EO95uqC-pla, http://www.playvid.com/watch/qevwsHNsYT4,
http://www.playvid.com/watch/8LrE6QRipUh, http://www.playvid.com/watch/ZOjKBbjL86E, http://www.playvid.com/watch/nGKDJpS2Hiq,
http://www.playvid.com/watch/2k4wJEzCtYM, http://www.playvid.com/watch/QErtGUQVP7b, http://www.playvid.com/watch/rVC0jOaspl7,
http://www.playvid.com/watch/V2mbpTSGTED, http://www.playvid.com/watch/zc4lqto25M-, http://www.playvid.com/watch/IivUIgMuLEL,
http://www.playvid.com/watch/scIFxRUt5q3, http://www.playvid.com/watch/U-0BRHJhU-E, http://www.playvid.com/watch/sStMFWz9ytm,
http://www.playvid.com/watch/OR4P0TsMYKF, http://www.playvid.com/watch/mVfYcbZK8uf, http://www.playvid.com/watch/h5rajS0U2xX,
http://www.playvid.com/watch/sATnM4VO5Mr, http://www.playvid.com/watch/MYBzuZPKhpW, http://www.playvid.com/watch/3rqwazUcliP,
http://www.playvid.com/watch/eMAoQlE-yJG, http://www.playvid.com/watch/gLqF5oxUFRy, http://www.playvid.com/watch/sRg40RlXugv,
http://www.playvid.com/watch/u-ECVtZMKup, http://www.playvid.com/watch/NfuxZ7q2BK5, http://www.playvid.com/watch/jGHSEmP7v0L,
http://www.playvid.com/watch/Vh7gxAViGex, http://www.playvid.com/watch/JH5mhNNVWLn, http://www.playvid.com/watch/YcLXJk37cbs,
http://www.playvid.com/watch/AxdhBaH5lsR, http://www.playvid.com/watch/6JJgSz-whJh, http://www.playvid.com/watch/lWT95UcUVSH,
http://www.playvid.com/watch/9MQbHxmlTj7, http://www.playvid.com/watch/5IxKNdM8T3H, http://www.playvid.com/watch/tG9ITNtT9Sg,
http://www.playvid.com/watch/ITfz5HPIkR3, http://www.playvid.com/watch/ltDSLDQ9E9s, http://www.playvid.com/watch/W6UmosJVKhZ,
http://www.playvid.com/watch/qEX2L-k97fB, http://www.playvid.com/watch/CAOLNTZjQMp, http://www.playvid.com/watch/NOFPLPmrq9c,
http://www.playvid.com/watch/zX4Xl-VOBCv, http://www.playvid.com/watch/BztOAaWXaT5, http://www.playvid.com/watch/0GW-siFbOYU,
http://www.playvid.com/watch/MjYu0vHDSbn, http://www.playvid.com/watch/WeT5wq27ZUF, http://www.playvid.com/watch/5K-FUhwOJjC,
http://www.playvid.com/watch/xPz48dnobdI, http://www.playvid.com/watch/5OO9CGuj8bg, http://www.playvid.com/watch/xUo6mnlUIWh,
http://www.playvid.com/watch/wDcUEXIYWey, http://www.playvid.com/watch/TlmQXceFiBF, http://www.playvid.com/watch/bzAnahmSsMX,
http://www.playvid.com/watch/Zbhmp-qMPG3, http://www.playvid.com/watch/qzeQpwhJN5U, http://www.playvid.com/watch/Rd6wHXQMAsm,
http://www.playvid.com/watch/gyGy3CRQ7F4, http://www.playvid.com/watch/cRaO555ogmv, http://www.playvid.com/watch/HzaokXERYvm,
http://www.playvid.com/watch/iQag7WHOYzN, http://www.playvid.com/watch/j8DRvh5ENOW, http://www.playvid.com/watch/ikwQJJr0-0p,
http://www.playvid.com/watch/LfqLc-GSDYY, http://www.playvid.com/watch/sBa4KvAXCGH, http://www.playvid.com/watch/2us-q3ARgRn,
http://www.playvid.com/watch/8s09T-lESZC, http://www.playvid.com/watch/Co0NccR5ifc, http://www.playvid.com/watch/OkVZlGWsuS0,
http://www.playvid.com/watch/vEHJqKkXUrt, http://www.playvid.com/watch/6NDDpUdbZZK, http://www.playvid.com/watch/dnDyJdNnr-x,
http://www.playvid.com/watch/c8xt4hu-pUM, http://www.playvid.com/watch/zx6aDDCzAr0, http://www.playvid.com/watch/yZhbJLiOVWK,
http://www.playvid.com/watch/kPuCFCflaQu, http://www.playvid.com/watch/g6vNCCjlItc, http://www.playvid.com/watch/YI2v-RzVWF9,
http://www.playvid.com/watch/Y-O0p2-UAzG, http://www.playvid.com/watch/vkcVizJchqb, http://www.playvid.com/watch/9mZg-jNrGLa,
http://www.playvid.com/watch/avYgP6bx4Wg, http://www.playvid.com/watch/fvQih8Dfqqx, http://www.playvid.com/watch/TaS6iikHUPZ,
http://www.playvid.com/watch/N54-WgGC5Kk, http://www.playvid.com/watch/ubPedq49hKr, http://www.playvid.com/watch/IwmJbJ2ZEKO,
http://www.playvid.com/watch/3goCQAMM9Nk, http://www.playvid.com/watch/qL5PBB7rxSl, http://www.playvid.com/watch/RCE6irwekB0,
http://www.playvid.com/watch/yxONLFb4TEe, http://www.playvid.com/watch/8ffDNNmztNH, http://www.playvid.com/watch/sCpUHzTNj07,
http://www.playvid.com/watch/mAFMXDz3onF, http://www.playvid.com/watch/V47Pc6-Gcfi, http://www.playvid.com/watch/Zqst6bhSSj6,
http://www.playvid.com/watch/VP0Sy26Mnxt, http://www.playvid.com/watch/BRKfiMVO3Ph, http://www.playvid.com/watch/9CPBEeIEdX8,
http://www.playvid.com/watch/bc4mjYmFFel, http://www.playvid.com/watch/3NVecNT5ojv, http://www.playvid.com/watch/iyeawf51yWs,
http://www.playvid.com/watch/ncg0PlMZjUp, http://www.playvid.com/watch/3ciOB1PwhzT, http://www.playvid.com/watch/Mu_kG378Uui,
http://www.playvid.com/watch/8qA7nv5Uatc, http://www.playvid.com/watch/eCHU2eVkpDQ
5.f. Date of third notice: 2013-11-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: centre
5.b. Uploader's email address: paulisanmori@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/centre
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rv4cJlXRKxI, http://www.playvid.com/watch/--F3Pij8xOc,
http://www.playvid.com/watch/h2KJfSqgoiO, http://www.playvid.com/watch/vnWrvvGCfTZ, http://www.playvid.com/watch/NUFpu-aeAS3,
http://www.playvid.com/watch/njUcWCmSPhl, http://www.playvid.com/watch/7WaIHbwQCgP, http://www.playvid.com/watch/auCfP6oNOcw,
http://www.playvid.com/watch/8Ijyoxr6pEz, http://www.playvid.com/watch/prYzhDHlDTU, http://www.playvid.com/watch/lhxd2S49xHB,
http://www.playvid.com/watch/kZleeuc7Fji, http://www.playvid.com/watch/ER4ZJyd7tN9, http://www.playvid.com/watch/g9kn4BDQWr9,
http://www.playvid.com/watch/y8iYo6raGqj, http://www.playvid.com/watch/Z-nhqY3z-ph, http://www.playvid.com/watch/cNH3OLEbzgp,
http://www.playvid.com/watch/kPjzBwWuSpR, http://www.playvid.com/watch/fNLgsN9CPZM, http://www.playvid.com/watch/-WDfFfn8XhM,
http://www.playvid.com/watch/QkiX9AcbEVL, http://www.playvid.com/watch/ITstupPWXfZ, http://www.playvid.com/watch/BwM6xTEzrI9,
http://www.playvid.com/watch/AQKfAeUkY0j, http://www.playvid.com/watch/hFWqcPASxM2, http://www.playvid.com/watch/xXfl7CuobBP,
http://www.playvid.com/watch/gpj5NRld-xG, http://www.playvid.com/watch/F8HdN6r45pv, http://www.playvid.com/watch/QjEUc0wDDtw,
http://www.playvid.com/watch/3EvbDSchBpN, http://www.playvid.com/watch/owWDQxQHh50, http://www.playvid.com/watch/eUS-RBGn4WN,
http://www.playvid.com/watch/XGb0FYPHRhs, http://www.playvid.com/watch/fB8dlLUxZ-u, http://www.playvid.com/watch/srf5b3XojSB,
http://www.playvid.com/watch/zb4EF-mhNHw, http://www.playvid.com/watch/UfHSG4pliOu, http://www.playvid.com/watch/Ivlosjgowup,
http://www.playvid.com/watch/De7BXOm2g8n, http://www.playvid.com/watch/BOpgdvPuOBl, http://www.playvid.com/watch/gfSfVuYFkIN,
http://www.playvid.com/watch/kRmSTusoRpQ, http://www.playvid.com/watch/UkMnAepKQyk, http://www.playvid.com/watch/lqyAWJroq3Z,
http://www.playvid.com/watch/PYnR-3eUE39, http://www.playvid.com/watch/aKc4qpALRDB, http://www.playvid.com/watch/gzuDywzpp2r,
http://www.playvid.com/watch/qstnMesGM6Z, http://www.playvid.com/watch/l3JKhhgLFJy, http://www.playvid.com/watch/B-Ao7mntvyB,
http://www.playvid.com/watch/X4WD4Ky8zhX, http://www.playvid.com/watch/r5L46vROUQj, http://www.playvid.com/watch/jLFAXgN4LTK,
http://www.playvid.com/watch/L5wrZStuvdO, http://www.playvid.com/watch/5MIoO86J5A8, http://www.playvid.com/watch/nTQh9IPNNZh,
http://www.playvid.com/watch/MI0sJW8dzjA, http://www.playvid.com/watch/c9yj82-uuVR, http://www.playvid.com/watch/BQxgVFTnIjb,
http://www.playvid.com/watch/KEvPngUFS4J, http://www.playvid.com/watch/BXX9Mr4qbgL, http://www.playvid.com/watch/eKI5ueP3hFm,
http://www.playvid.com/watch/SP7GmnsqAmd, http://www.playvid.com/watch/ZXq6VoSrkm-, http://www.playvid.com/watch/5g8KIyh6KOk,
http://www.playvid.com/watch/ziTWRZK44uz, http://www.playvid.com/watch/L5Pzjb2GWmC, http://www.playvid.com/watch/wa59HYaBooh,
http://www.playvid.com/watch/0t94lHuwdxC, http://www.playvid.com/watch/ngQMtmQ3KTV, http://www.playvid.com/watch/xWVb9q-OXRb,
http://www.playvid.com/watch/MF2Dh3tJXVh, http://www.playvid.com/watch/mMpwda7HA2k, http://www.playvid.com/watch/l4QuAQDkMQK,
http://www.playvid.com/watch/djvTfMLabU0, http://www.playvid.com/watch/iT6WFocccar, http://www.playvid.com/watch/rYgI2S4Wmm2,
http://www.playvid.com/watch/vpieiIkzrvW, http://www.playvid.com/watch/HzscC-cWp5g, http://www.playvid.com/watch/99V38JlT5JZ,
http://www.playvid.com/watch/GQ54KOVuHE7, http://www.playvid.com/watch/gY0xJZc26LR, http://www.playvid.com/watch/QCRM-g5bJ4e,
http://www.playvid.com/watch/4EdA7zQWhJ8, http://www.playvid.com/watch/Lnnmsp2xlMw, http://www.playvid.com/watch/YCugnfrhxpt,
http://www.playvid.com/watch/p86JkLCUvnX, http://www.playvid.com/watch/riX8czB0-4C, http://www.playvid.com/watch/UAC-p9E0SZ8,
http://www.playvid.com/watch/4Z-ZIQuU5LL, http://www.playvid.com/watch/ibiZsVTfbDP, http://www.playvid.com/watch/TdyjzKniUgN,
http://www.playvid.com/watch/l78FFRzSs70, http://www.playvid.com/watch/kmxmnbcUMhV, http://www.playvid.com/watch/0g2He8CxOZi,
http://www.playvid.com/watch/ZOKFykt-KLN, http://www.playvid.com/watch/KeyarM6ECd4, http://www.playvid.com/watch/TJY9GXXIJXw,
http://www.playvid.com/watch/xdWaNGZv9Sa, http://www.playvid.com/watch/Dd0IYM6qe7q, http://www.playvid.com/watch/FL-ke22l8vf,
http://www.playvid.com/watch/ioLyrAVbY7m, http://www.playvid.com/watch/97SuDAxj5gc, http://www.playvid.com/watch/po3MMMC5njJ,
http://www.playvid.com/watch/BcSLye7CAnd, http://www.playvid.com/watch/IcmaGcFG0rn, http://www.playvid.com/watch/gS5gIrxeFF3,
http://www.playvid.com/watch/NWFU9bxGZ4m, http://www.playvid.com/watch/KHGxR4VRljs, http://www.playvid.com/watch/08y3mCnfS8l,
http://www.playvid.com/watch/-iD020dMeeM, http://www.playvid.com/watch/LNLo8YKvWPy, http://www.playvid.com/watch/OlTLo-8Ua9d,
http://www.playvid.com/watch/cUsVjm9dS9h, http://www.playvid.com/watch/pT5yXds0whL, http://www.playvid.com/watch/DlqtG3iJpZY,
http://www.playvid.com/watch/IO25CYBjBQG, http://www.playvid.com/watch/j2ZzMrjUjlU, http://www.playvid.com/watch/FD20LC9JLLi,
http://www.playvid.com/watch/oA8-svcTvTP, http://www.playvid.com/watch/Ifo6KinLHuc, http://www.playvid.com/watch/3ZYEbOXHE4C,
http://www.playvid.com/watch/siZbvNuRGbB, http://www.playvid.com/watch/smjkr-Xfn7g, http://www.playvid.com/watch/WX4idOrk-IE,
http://www.playvid.com/watch/zZzBUspLaJJ, http://www.playvid.com/watch/F-Ff3U9b9hV, http://www.playvid.com/watch/pRuO-nTbvTh,
http://www.playvid.com/watch/mDGUjXwGltf, http://www.playvid.com/watch/cTpOqfk6aJT, http://www.playvid.com/watch/wdLgaM-vv6B,
http://www.playvid.com/watch/jF7FzeGGR0r, http://www.playvid.com/watch/4ddew6Ch8NA, http://www.playvid.com/watch/iP8wibrn6y7,
http://www.playvid.com/watch/VkPmHRc7mAk, http://www.playvid.com/watch/mslbUtPOmTR, http://www.playvid.com/watch/WpXGy9q56yL,
http://www.playvid.com/watch/HkJrrPdKVZu, http://www.playvid.com/watch/ClarRD0kSDV, http://www.playvid.com/watch/QC28dmj5CUO,
http://www.playvid.com/watch/xlX8oVneUsk, http://www.playvid.com/watch/xmPVLLrWSGK, http://www.playvid.com/watch/cttXVmoy3os

5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cezar01
5.b. Uploader's email address: alamadoore@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cezar01
5.e. List of videos posted by uploader: http://www.playvid.com/watch/x48_T6J1X2s, http://www.playvid.com/watch/Yr3mfiGLTJH,
http://www.playvid.com/watch/GpNCXxM6HSx, http://www.playvid.com/watch/GnGISHQ2Uli, http://www.playvid.com/watch/rWZvQffzXRD,
http://www.playvid.com/watch/qaOmboayiBh, http://www.playvid.com/watch/KkdEkhOWe8m, http://www.playvid.com/watch/iBdoTsfDIxn,
http://www.playvid.com/watch/rMcIGGjQd70, http://www.playvid.com/watch/MOGjFydJ7GY, http://www.playvid.com/watch/Ro8SAE0HnnE,
http://www.playvid.com/watch/ZQhHGT642IQ, http://www.playvid.com/watch/bw5Mf4IIsC7, http://www.playvid.com/watch/WjxoLOUKF_5,
http://www.playvid.com/watch/FEo9xqLHPfH, http://www.playvid.com/watch/okxzRTqzvka, http://www.playvid.com/watch/695zSEhtn1U,
http://www.playvid.com/watch/wfPfpb8zij6, http://www.playvid.com/watch/t_nSg2mJSHT, http://www.playvid.com/watch/t6oLKdTeQTG,
http://www.playvid.com/watch/joba7Uk37gx, http://www.playvid.com/watch/6zrYu08K-Tk, http://www.playvid.com/watch/nbmTIPQtplD,
http://www.playvid.com/watch/TerW4BBty1j, http://www.playvid.com/watch/zjQ-Y5Plz6Q, http://www.playvid.com/watch/JCqaHr3qUAk,
http://www.playvid.com/watch/YRFdlGIvtZf, http://www.playvid.com/watch/2GiLi2ow0R5, http://www.playvid.com/watch/ESgEEqdf4Mq,
http://www.playvid.com/watch/CwhdOW_-l5P, http://www.playvid.com/watch/BgDyB0-pWuj, http://www.playvid.com/watch/agKcYNSU_k3,
http://www.playvid.com/watch/pZ5BBgB9xlv, http://www.playvid.com/watch/dh7n0PUInTo, http://www.playvid.com/watch/IHIdZ5FO1HX,
http://www.playvid.com/watch/Q2ETf8dWuVc, http://www.playvid.com/watch/zmckay97QRz, http://www.playvid.com/watch/3nqSQMnykIS,
http://www.playvid.com/watch/Lj4LvTlGdHk, http://www.playvid.com/watch/r3zlLGunwpq, http://www.playvid.com/watch/SXuS55RdTln,
http://www.playvid.com/watch/713b29uyJZo, http://www.playvid.com/watch/S7loJJgm3rl, http://www.playvid.com/watch/efDF6Kc7org,
http://www.playvid.com/watch/5m-dvoJC9xp, http://www.playvid.com/watch/50ooH5j_4Dx, http://www.playvid.com/watch/HPuU3q0vni9,
http://www.playvid.com/watch/FqZ7Xke12Iy, http://www.playvid.com/watch/J-uonWjC8n6, http://www.playvid.com/watch/nN2ARkPmjjp,
http://www.playvid.com/watch/86R5fCc95Ca, http://www.playvid.com/watch/hbLt4CYT6rd, http://www.playvid.com/watch/sWUmObV9YBA,
http://www.playvid.com/watch/i0uhRV3Ij3p, http://www.playvid.com/watch/8uL-_jTPN50, http://www.playvid.com/watch/LvPL3yofFVF,
http://www.playvid.com/watch/5iUPlyfaRIe, http://www.playvid.com/watch/bGhbpV35ooK, http://www.playvid.com/watch/nKO5LpesbK2,
http://www.playvid.com/watch/ZjZCtNhH74J, http://www.playvid.com/watch/oUMHdj0Iviq, http://www.playvid.com/watch/NlX1ijbm8ZQ,
http://www.playvid.com/watch/P8Z3a1SBQ3F, http://www.playvid.com/watch/QsgM0TGNqYm, http://www.playvid.com/watch/aZ3LDo2lpps,
http://www.playvid.com/watch/cxDBwJsGKTT, http://www.playvid.com/watch/4WFkn_dcs1m, http://www.playvid.com/watch/Ip9JFpwiibM,
http://www.playvid.com/watch/nsZPcpEx5GT, http://www.playvid.com/watch/Hgs0kl-m5sC, http://www.playvid.com/watch/BggF-yRxbdE,
http://www.playvid.com/watch/w8on19Fe5Gv, http://www.playvid.com/watch/du8grMSa887, http://www.playvid.com/watch/ywfAAMUSGa3,
http://www.playvid.com/watch/ZdQvaVqcuKd, http://www.playvid.com/watch/99dgYjk7xmi, http://www.playvid.com/watch/b2CxnArV8kE,
http://www.playvid.com/watch/cUKJRIUzsnD, http://www.playvid.com/watch/gtng4BE_trx, http://www.playvid.com/watch/DITgv4m7ExH,
http://www.playvid.com/watch/qriCBIKvaIE, http://www.playvid.com/watch/s1vIvnaSNhK, http://www.playvid.com/watch/bT1kdv8tEKP,
http://www.playvid.com/watch/3QVWp-Hgt2d, http://www.playvid.com/watch/flMxXrjAgeF, http://www.playvid.com/watch/xfDLxrbysze,
http://www.playvid.com/watch/nlmBThkV02E, http://www.playvid.com/watch/X00AX1WaUT4, http://www.playvid.com/watch/CkBK01abJYx,
http://www.playvid.com/watch/0ZwN-aoS3zJ, http://www.playvid.com/watch/LigoSGtcHQu, http://www.playvid.com/watch/iZ_-9p_42fT,
http://www.playvid.com/watch/RhSggJIaDZb, http://www.playvid.com/watch/eS8vu538As8, http://www.playvid.com/watch/dRtR9ycXOiy,
http://www.playvid.com/watch/GTls7tpwAUd, http://www.playvid.com/watch/mKGiptpufG7, http://www.playvid.com/watch/LGk4ZrP0EH5,
http://www.playvid.com/watch/mm353SSHfTX, http://www.playvid.com/watch/uDYc3pfxc9M, http://www.playvid.com/watch/ceHDDcDWjfP,
http://www.playvid.com/watch/ZlaswqYkVaD, http://www.playvid.com/watch/FB7qQWDqUb0, http://www.playvid.com/watch/E908GQ2pFIt,
http://www.playvid.com/watch/g7olBP6CMCp, http://www.playvid.com/watch/vYF903ZwBlB, http://www.playvid.com/watch/BYcfHQvrPQy,
http://www.playvid.com/watch/APfqwHg-o7q, http://www.playvid.com/watch/B_a1RimBXZv, http://www.playvid.com/watch/kOCPTlY-XZi,
http://www.playvid.com/watch/6nggxwTnVNI, http://www.playvid.com/watch/9obJoz3_9BT, http://www.playvid.com/watch/4hefjrSPuBa,
http://www.playvid.com/watch/QI941qOZ2HJ, http://www.playvid.com/watch/eQFMBZiF1Yy, http://www.playvid.com/watch/ME6EsDyepdA,
http://www.playvid.com/watch/aOJSx0QnlMs, http://www.playvid.com/watch/AhZyE1h7fHY, http://www.playvid.com/watch/9ibfyey-TPb,
http://www.playvid.com/watch/UXltk3GOhbc, http://www.playvid.com/watch/EkcZT8Jc4mC, http://www.playvid.com/watch/jkJAi9tim3r,
http://www.playvid.com/watch/gnJeHbogdGg, http://www.playvid.com/watch/QB35O7LBrVX, http://www.playvid.com/watch/jojihYPBQ4C,
http://www.playvid.com/watch/ytHWqKfmbUI, http://www.playvid.com/watch/GOY9FcAeqqi, http://www.playvid.com/watch/H2swfMLFYbr,
http://www.playvid.com/watch/WDXRvUhzTWo, http://www.playvid.com/watch/GJbUJ4DX2x5, http://www.playvid.com/watch/sHgPHT_R2Ze,
http://www.playvid.com/watch/Y3AFEIq8B5I, http://www.playvid.com/watch/el8iX7PMPIL, http://www.playvid.com/watch/HabnLCDgZuU,
http://www.playvid.com/watch/yhjp5c2jsNK, http://www.playvid.com/watch/LWx0CGndQ9k, http://www.playvid.com/watch/047ruxHcfl8,
http://www.playvid.com/watch/FGj5SocsgEO, http://www.playvid.com/watch/q-23vuKoHtd, http://www.playvid.com/watch/ENc6myljLSM,
http://www.playvid.com/watch/0HuTiFBILwR, http://www.playvid.com/watch/IWBUCj73F6M, http://www.playvid.com/watch/ifAFhJcUhUt,
http://www.playvid.com/watch/HAP8MaKw6ZW, http://www.playvid.com/watch/2KV-Zb52RI2, http://www.playvid.com/watch/ffLbjD6oXpn,
http://www.playvid.com/watch/D2gqd5mI1U8, http://www.playvid.com/watch/IDjas-0JIHZ, http://www.playvid.com/watch/LI3RfYwYtRK,
http://www.playvid.com/watch/gVi6bKE1Wze, http://www.playvid.com/watch/KL1oQVKk8TF, http://www.playvid.com/watch/azUHtTPqCxi,
http://www.playvid.com/watch/h2YY_FYHRRl, http://www.playvid.com/watch/Oq-E0i2ZCs4, http://www.playvid.com/watch/IQJty5tSn1b,
http://www.playvid.com/watch/tzZhR5p37Pe, http://www.playvid.com/watch/5-5v2O81JpJ, http://www.playvid.com/watch/Sn9_ccjxzKa,
http://www.playvid.com/watch/nzF39mAmTmY, http://www.playvid.com/watch/O10hY8bf-32, http://www.playvid.com/watch/CpaGWsVWMGU,
http://www.playvid.com/watch/NpEpbi5EJ5O, http://www.playvid.com/watch/KFYzKRd5Yth, http://www.playvid.com/watch/AmUbVDL_T4K,
http://www.playvid.com/watch/ccLvdOtIaLH, http://www.playvid.com/watch/bwm3zi4pq2T, http://www.playvid.com/watch/t33KQZ9stBq,
http://www.playvid.com/watch/S38XZk-hDuh, http://www.playvid.com/watch/T-iozvxVpXg, http://www.playvid.com/watch/EcAPGg3Ptv5,
http://www.playvid.com/watch/rLGf_FnBsJ2, http://www.playvid.com/watch/KtIHpWI2dYr, http://www.playvid.com/watch/Sl9UDfsKowP,
http://www.playvid.com/watch/9GIUNRJ3Oie, http://www.playvid.com/watch/L0nc4GQsMxI, http://www.playvid.com/watch/dDLdUdMyPIw,
http://www.playvid.com/watch/uET0MArZg5I, http://www.playvid.com/watch/enHS97n6xdl, http://www.playvid.com/watch/5a3aLsK4HVK,
http://www.playvid.com/watch/SV4dcHHmFEu, http://www.playvid.com/watch/C0dWp8-GiYs, http://www.playvid.com/watch/a7ej84WPmza,
http://www.playvid.com/watch/NalsJI71gv5, http://www.playvid.com/watch/OEZXnvz1Qtp, http://www.playvid.com/watch/95xqaWIiFGu,
http://www.playvid.com/watch/qy0p4Iq5INg, http://www.playvid.com/watch/Prb7I96sTkP, http://www.playvid.com/watch/JMB-2-52rPC,
http://www.playvid.com/watch/DkMWs-QzpCY, http://www.playvid.com/watch/PxFGz1oLHSp, http://www.playvid.com/watch/9VSOKnhgUsP,
http://www.playvid.com/watch/NF0-z0iiLRh, http://www.playvid.com/watch/2MlCkBBZMbI, http://www.playvid.com/watch/QPEJ0Nr1Wbj,
http://www.playvid.com/watch/VDhYfHR9ouh, http://www.playvid.com/watch/oK_ccS4SNld, http://www.playvid.com/watch/5SSV22nsse2,
http://www.playvid.com/watch/lNqC0o3qQYi, http://www.playvid.com/watch/uqb-ArYqX2p, http://www.playvid.com/watch/YlQg1YGGWMU,
http://www.playvid.com/watch/afZWQucRFQA, http://www.playvid.com/watch/yKgQmxUlRfh, http://www.playvid.com/watch/DG9aF33_TeZ,
http://www.playvid.com/watch/qiju1bXHYb4, http://www.playvid.com/watch/OTAqoZQMzZP, http://www.playvid.com/watch/ka5hiLB7caa,
http://www.playvid.com/watch/c2lx1uPABfC, http://www.playvid.com/watch/SByeqXwBdYC, http://www.playvid.com/watch/ToBpLFNpAkr,
http://www.playvid.com/watch/eK1DgGsscy8, http://www.playvid.com/watch/PmBoqPjSrkF, http://www.playvid.com/watch/513MlZlPhW0,
http://www.playvid.com/watch/ewK652umjDN, http://www.playvid.com/watch/vRieyN4Tv7r, http://www.playvid.com/watch/KX-F8IW_6TL,
http://www.playvid.com/watch/cVV-7BV_z3K, http://www.playvid.com/watch/GFqhilHLRPG, http://www.playvid.com/watch/kZVz2p2fZyn,
http://www.playvid.com/watch/KEEdhGbziUK, http://www.playvid.com/watch/7dvNpvSIIK3, http://www.playvid.com/watch/Nw258lkCjl7,
http://www.playvid.com/watch/KmMIlYZVUKE, http://www.playvid.com/watch/mK0pOdIO3WC, http://www.playvid.com/watch/aWsTyIe1Qv8,
http://www.playvid.com/watch/HAWlGDIHXQg, http://www.playvid.com/watch/wd_wYtv6_wV, http://www.playvid.com/watch/S9H4r3xrU1X,
http://www.playvid.com/watch/46fgYdmXTKN, http://www.playvid.com/watch/LsCy6FaA0Mq, http://www.playvid.com/watch/M1g6VEYzM9D,
http://www.playvid.com/watch/R_zKVdzZDFG, http://www.playvid.com/watch/ZmNJNswVbWT, http://www.playvid.com/watch/hBIb70PKLon,
http://www.playvid.com/watch/EMCuwzVx3DJ, http://www.playvid.com/watch/6uGOMvxO27t, http://www.playvid.com/watch/LHEBxnDv3WU,
http://www.playvid.com/watch/IA5XVJVsEQx, http://www.playvid.com/watch/6VgNxfqg4h2, http://www.playvid.com/watch/tB71A5G5FoE,
http://www.playvid.com/watch/aGOBj0ABYzD, http://www.playvid.com/watch/az-iog4fyPA, http://www.playvid.com/watch/439XCKc8okh,
http://www.playvid.com/watch/jDg7WtymqfY, http://www.playvid.com/watch/Z3m5RJH9rg8, http://www.playvid.com/watch/l_XDGRorP6S,
http://www.playvid.com/watch/egO1sDs9kRZ, http://www.playvid.com/watch/qrqF0pJPFOi, http://www.playvid.com/watch/M2JKb4zO4wN,
http://www.playvid.com/watch/yesU6tDxWyr, http://www.playvid.com/watch/OqjDwDnVdGU, http://www.playvid.com/watch/2lsIapFSPkA,
http://www.playvid.com/watch/RgfkXtB-BIY, http://www.playvid.com/watch/HvWK4DA6DN7, http://www.playvid.com/watch/j2AzJJiuetU,
http://www.playvid.com/watch/FWHn1-bPgGT, http://www.playvid.com/watch/2UfER8HzeE4, http://www.playvid.com/watch/3suGkXxn1Az,
http://www.playvid.com/watch/n1QwseQG6mm, http://www.playvid.com/watch/uvdcZrXEKd2, http://www.playvid.com/watch/dlh_0pHAUY6,
http://www.playvid.com/watch/VqBJ8o-0wCr, http://www.playvid.com/watch/U9A20nORxWN, http://www.playvid.com/watch/uwHbuVnENim,
http://www.playvid.com/watch/R6UYUKUHSac, http://www.playvid.com/watch/D2GK9vk3-qx, http://www.playvid.com/watch/5Ee0iFm46C2,
http://www.playvid.com/watch/LqUl6-ppgc5, http://www.playvid.com/watch/OEB0Ep52Cs3, http://www.playvid.com/watch/guQwmZiWTGj,

http://www.playvid.com/watch/3pj38jtO3m0, http://www.playvid.com/watch/Z1AS_a3cWbW, http://www.playvid.com/watch/Qvg2UVE-gpJ,
http://www.playvid.com/watch/r-1cuDyMMGT, http://www.playvid.com/watch/KqsejY1hLF2, http://www.playvid.com/watch/MtxjQvB04U7,
http://www.playvid.com/watch/VYENwBnIU03, http://www.playvid.com/watch/8fJvi4-c3EP, http://www.playvid.com/watch/cKx2WnuhPgd,
http://www.playvid.com/watch/DHFUbEnz-E4, http://www.playvid.com/watch/4i__-bcvmMU, http://www.playvid.com/watch/zCYRHdO2hw7,
http://www.playvid.com/watch/uvTCACulgPO, http://www.playvid.com/watch/FPygNNQx-8u, http://www.playvid.com/watch/sht7TC8EQTK,
http://www.playvid.com/watch/T08G_3ZVyrS, http://www.playvid.com/watch/s0Md_klWfGl, http://www.playvid.com/watch/OU9bGi19neW,
http://www.playvid.com/watch/ufKfQWIdOjv, http://www.playvid.com/watch/BD97DcwWarB, http://www.playvid.com/watch/2WIg3YuW-LK,
http://www.playvid.com/watch/ssnM14nMQMV, http://www.playvid.com/watch/IO_866Y4AYT, http://www.playvid.com/watch/Qw8V3_eB_60,
http://www.playvid.com/watch/aFkETJi52Al, http://www.playvid.com/watch/MtXS2fG14tL, http://www.playvid.com/watch/Vx4ojTCcVqf,
http://www.playvid.com/watch/Z32ijNEWvD3, http://www.playvid.com/watch/3QBZq8SYTWS, http://www.playvid.com/watch/tPXUinhQnIA,
http://www.playvid.com/watch/aI4KhNvohOs, http://www.playvid.com/watch/qxdzNh346wW, http://www.playvid.com/watch/fFPjUz1rMZz,
http://www.playvid.com/watch/oOlkcOhME-x, http://www.playvid.com/watch/UmkovlxSLQi, http://www.playvid.com/watch/Mnoyf7fKqpt,
http://www.playvid.com/watch/FqonkWFyGya, http://www.playvid.com/watch/nYgpH0jTz2T, http://www.playvid.com/watch/NbaY3xBxCvc,
http://www.playvid.com/watch/DMY3igm-92h, http://www.playvid.com/watch/fP-PodCrzeI, http://www.playvid.com/watch/mo8oJt4vndT,
http://www.playvid.com/watch/PS1ZW2mOCi0, http://www.playvid.com/watch/CjQHr1_cYMW, http://www.playvid.com/watch/SgEOHtdiuOJ,
http://www.playvid.com/watch/UZng6h0cPZX, http://www.playvid.com/watch/LjMooVLsl8e, http://www.playvid.com/watch/tJoIKnrRTE3,
http://www.playvid.com/watch/0KL773wGEV5, http://www.playvid.com/watch/dpNyhjmuSkP, http://www.playvid.com/watch/foofs_bb-de,
http://www.playvid.com/watch/zlOT6zY74nd, http://www.playvid.com/watch/zWzfAqTidPJ, http://www.playvid.com/watch/TbIR6asiUtf,
http://www.playvid.com/watch/LOOcMI70-Qi, http://www.playvid.com/watch/qxOMPxaWW6P, http://www.playvid.com/watch/SzzFitMKnL5,
http://www.playvid.com/watch/84FFNSafiqw, http://www.playvid.com/watch/wZ4fLUwCuN4, http://www.playvid.com/watch/mukqsb6NiAI,
http://www.playvid.com/watch/0Io9P3lGcEL, http://www.playvid.com/watch/7rNf92VHQvD, http://www.playvid.com/watch/PO1J6c7hNOR,
http://www.playvid.com/watch/cPSGwabM4pB, http://www.playvid.com/watch/iOtTc2D5VM6, http://www.playvid.com/watch/L3X06V5HjA8,
http://www.playvid.com/watch/keT3fJ8UBC6, http://www.playvid.com/watch/AtZX_cuVWWY, http://www.playvid.com/watch/VRaHNbRrACt,
http://www.playvid.com/watch/YyvwokCV6Pi, http://www.playvid.com/watch/uGbpHN0ihn9, http://www.playvid.com/watch/YvZ-3oe8KAc,
http://www.playvid.com/watch/JdRJCq26WW7, http://www.playvid.com/watch/rNyEbTejusW, http://www.playvid.com/watch/VSdzPM605Pa,
http://www.playvid.com/watch/2Eg_wAlmXwK, http://www.playvid.com/watch/kmjeRhT2Yo2, http://www.playvid.com/watch/Z5dYDjdui9R,
http://www.playvid.com/watch/uBvx3t12djQ, http://www.playvid.com/watch/mIWRur6j7IY, http://www.playvid.com/watch/PWL5F5T4zpt,
http://www.playvid.com/watch/neC7V9LPqw8, http://www.playvid.com/watch/PBrDpkzYpZW, http://www.playvid.com/watch/sLaTlj3mYBy,
http://www.playvid.com/watch/Z_UI6tNQcnu, http://www.playvid.com/watch/kdC2cnG9AgH, http://www.playvid.com/watch/dCNb6uKL0Hr,
http://www.playvid.com/watch/SHyCWKZWkgc, http://www.playvid.com/watch/ArEtRV_ePFg, http://www.playvid.com/watch/vwSlHNJmD_H,
http://www.playvid.com/watch/q6Nv1vzURiX, http://www.playvid.com/watch/NivODnTHZyy, http://www.playvid.com/watch/b5Q8j6a-EIM,
http://www.playvid.com/watch/r5zbPclkM0B, http://www.playvid.com/watch/UucHfR1n73X, http://www.playvid.com/watch/BF7UlI-Y3fW,
http://www.playvid.com/watch/HImyT7d3jME, http://www.playvid.com/watch/p94RN3HJmzq, http://www.playvid.com/watch/htzjkxc24ZA,
http://www.playvid.com/watch/jnt-g25U4Ew, http://www.playvid.com/watch/XRwDIfHvjKv, http://www.playvid.com/watch/SVauv_vmXkW,
http://www.playvid.com/watch/EWmcisrvPm4, http://www.playvid.com/watch/SU5qS5kG7E3, http://www.playvid.com/watch/CBkn_vne4fT,
http://www.playvid.com/watch/Ted5u2j5rXp, http://www.playvid.com/watch/EAkSLMtPEpD, http://www.playvid.com/watch/g5abpoDNY3L,
http://www.playvid.com/watch/EZgl85LAufR, http://www.playvid.com/watch/IqTWHPSPEoK, http://www.playvid.com/watch/wExmoNbQvr2,
http://www.playvid.com/watch/I2pOMm_qzCc, http://www.playvid.com/watch/tVarpdkls7h, http://www.playvid.com/watch/cQ2pGqOk3iW,
http://www.playvid.com/watch/CLXAwzLoUCp, http://www.playvid.com/watch/85YChIeszaJ, http://www.playvid.com/watch/iHAiNcJdKlo,
http://www.playvid.com/watch/4rbYzagAv-b, http://www.playvid.com/watch/Up5G7RbyLHJ, http://www.playvid.com/watch/S2VIIfWRMzT,
http://www.playvid.com/watch/9G6TBd1YrX9, http://www.playvid.com/watch/w88h-lMa2vO, http://www.playvid.com/watch/JbHnFgwAv33,
http://www.playvid.com/watch/aIEoCNHgmN6, http://www.playvid.com/watch/qaI-f31tsM4, http://www.playvid.com/watch/I1MM3ltILHu,
http://www.playvid.com/watch/pbDkoRhiQXz, http://www.playvid.com/watch/OSgvbxZEk-8, http://www.playvid.com/watch/sDYyY7MwQ4Z,
http://www.playvid.com/watch/JXnQehBZXqN, http://www.playvid.com/watch/yrIb5_eBBPj, http://www.playvid.com/watch/k0i3V-Ca8HB,
http://www.playvid.com/watch/X9tgYbpowB8, http://www.playvid.com/watch/Yb6Yzxe7KMT, http://www.playvid.com/watch/nixdne4Nm-N,
http://www.playvid.com/watch/sUMChnbj-4N, http://www.playvid.com/watch/iMmRKEL3bs6, http://www.playvid.com/watch/D-ejEpMzILg,
http://www.playvid.com/watch/yv-1jeFZYtM, http://www.playvid.com/watch/jw57hzVZtIE, http://www.playvid.com/watch/K8m1nwaBqSd,
http://www.playvid.com/watch/qGQXO964VbK, http://www.playvid.com/watch/aPQid118__B, http://www.playvid.com/watch/K4hK-MBZt1u,
http://www.playvid.com/watch/Ia5iVEMIama, http://www.playvid.com/watch/R7uhnWxVl0e, http://www.playvid.com/watch/aESa_S4Vosi,
http://www.playvid.com/watch/pRZjdZmcmTx, http://www.playvid.com/watch/SH2ahmyP7A9, http://www.playvid.com/watch/MC2B513rtrG,
http://www.playvid.com/watch/7weL_YqqrKv, http://www.playvid.com/watch/RS2Pc1PzyQI, http://www.playvid.com/watch/VO-TBaTXZeY,
http://www.playvid.com/watch/PtXBOeQnppX, http://www.playvid.com/watch/ucdJ7NUp59n, http://www.playvid.com/watch/2INHYMMc1DX,
http://www.playvid.com/watch/j5zeAmaGKaq, http://www.playvid.com/watch/qRGwF5BFjAE, http://www.playvid.com/watch/ZaNNXVL0pEu,
http://www.playvid.com/watch/6-4zWAYN_Gw, http://www.playvid.com/watch/zEpLLZls144, http://www.playvid.com/watch/RBx07VUfn0n,
http://www.playvid.com/watch/Q652aj7GXpt, http://www.playvid.com/watch/y5ww_12IVay, http://www.playvid.com/watch/QQzrrxpwlxf,
http://www.playvid.com/watch/P6Ozp62rldS, http://www.playvid.com/watch/dgHhikWhCv6, http://www.playvid.com/watch/rDGUbIk6w3X,
http://www.playvid.com/watch/LVjXkq2IrFD, http://www.playvid.com/watch/LBfY2UVhYYU, http://www.playvid.com/watch/E_BbG8tLOqz,
http://www.playvid.com/watch/IJb9INxUXvs, http://www.playvid.com/watch/JWLZIa2VCTL, http://www.playvid.com/watch/9xeh4OHXPPB,
http://www.playvid.com/watch/tA-ER6J6L_H, http://www.playvid.com/watch/YLKMND-Rra3, http://www.playvid.com/watch/Dh5pQwDyWP9,
http://www.playvid.com/watch/pMAnxfReOnL, http://www.playvid.com/watch/Pa0AG8B-Umy, http://www.playvid.com/watch/BQM9X4yo8Uh,
http://www.playvid.com/watch/geraKGt5Ezr, http://www.playvid.com/watch/pNGUgl_Q-8z, http://www.playvid.com/watch/df-IiM0xEoB,
http://www.playvid.com/watch/xULMHCNefrt, http://www.playvid.com/watch/VOSjy3uxIFv, http://www.playvid.com/watch/x56sbkkXvSN,
http://www.playvid.com/watch/ygm7m2JyDSL, http://www.playvid.com/watch/VOm-ehZeKkU, http://www.playvid.com/watch/nOMS0XeMqwg,
http://www.playvid.com/watch/yQLc5xnTIOh, http://www.playvid.com/watch/5n8IvmJbVLf, http://www.playvid.com/watch/Sv6S8Z6-zQN,
http://www.playvid.com/watch/cCM3jJNcj8P, http://www.playvid.com/watch/qz52QofVPXv, http://www.playvid.com/watch/elXCJDHPdWZ,
http://www.playvid.com/watch/AV77zbHWlJ3, http://www.playvid.com/watch/JBYMTtgiZA9, http://www.playvid.com/watch/O4Xnsd8yn7y,
http://www.playvid.com/watch/zHzoxnJbyOY, http://www.playvid.com/watch/AbO8UoZe6tk, http://www.playvid.com/watch/QaZnFURtv19,
http://www.playvid.com/watch/mAA-FgunINE, http://www.playvid.com/watch/zAcv6wZGUua, http://www.playvid.com/watch/8X_Kp9Ru0XJ,
http://www.playvid.com/watch/YzAJ1gBFdnI, http://www.playvid.com/watch/77aSIIWedCt, http://www.playvid.com/watch/CCxei4BeA8X,
http://www.playvid.com/watch/j57XZfxNzOS, http://www.playvid.com/watch/zXfjffMs2Fv, http://www.playvid.com/watch/kadRxsziodz,
http://www.playvid.com/watch/8WN3_1BNQi0, http://www.playvid.com/watch/HN7IeXDZqlf, http://www.playvid.com/watch/rkxj4K2-meZ,
http://www.playvid.com/watch/RjBkoPbisz9, http://www.playvid.com/watch/dpaZqEehrQH, http://www.playvid.com/watch/UsrigMmLord,
http://www.playvid.com/watch/2b8yZmY0Ra7, http://www.playvid.com/watch/vGevqXALVva, http://www.playvid.com/watch/ipCMGpaZV1X,
http://www.playvid.com/watch/8oEyIju71gJ, http://www.playvid.com/watch/z7-8QMHnv5T, http://www.playvid.com/watch/Pz2hfRO8DAO,
http://www.playvid.com/watch/OmjBQtLaYZa, http://www.playvid.com/watch/0dR7225zos6, http://www.playvid.com/watch/b3O_blxA_QO,
http://www.playvid.com/watch/L9_z5IzR7qi, http://www.playvid.com/watch/s4SYdikYsOr, http://www.playvid.com/watch/or5s8f127oc,
http://www.playvid.com/watch/20c66mqcXq0, http://www.playvid.com/watch/SwXAXo0xNXB, http://www.playvid.com/watch/nd8b-2xWbfn,
http://www.playvid.com/watch/Pq6lN0bzuA3, http://www.playvid.com/watch/bMRDkBVvDcQ, http://www.playvid.com/watch/TEDZQHlqMc8,
http://www.playvid.com/watch/4q-31JXAEHw, http://www.playvid.com/watch/SUXYw7oCOOz, http://www.playvid.com/watch/KVFdVsL9Ygv,
http://www.playvid.com/watch/YJCXoC4JwwN, http://www.playvid.com/watch/EXc9KYgLZ5f, http://www.playvid.com/watch/0WCJWFv0bE0,
http://www.playvid.com/watch/hsDArganZbD, http://www.playvid.com/watch/IT8pfnLuqOj, http://www.playvid.com/watch/AqoEEnv4pJ3,
http://www.playvid.com/watch/LsqE5WZhxLM, http://www.playvid.com/watch/oo40xMbPaZW, http://www.playvid.com/watch/f2u2clGibcF,
http://www.playvid.com/watch/JCrkCdwxJ_b, http://www.playvid.com/watch/al_nDCzMoUJ, http://www.playvid.com/watch/ijeZb5EfVB6,
http://www.playvid.com/watch/uanA45CAaaE, http://www.playvid.com/watch/u4Au8-j8Ziq, http://www.playvid.com/watch/jHU-iSAvL5I,
http://www.playvid.com/watch/Ot6MXkUD0LT, http://www.playvid.com/watch/AQyJGYiRbtJ, http://www.playvid.com/watch/J-G2S-169cI,
http://www.playvid.com/watch/C2uIuAhCovH, http://www.playvid.com/watch/zWXIJamh9tj, http://www.playvid.com/watch/Jj2PyfDkv4B,
http://www.playvid.com/watch/MX7GE4Kp74V, http://www.playvid.com/watch/rwWST3hlKW8, http://www.playvid.com/watch/W_L63QZwQRx,
http://www.playvid.com/watch/o6gVXgLKd6W, http://www.playvid.com/watch/VeSaEpuiXFc, http://www.playvid.com/watch/EasV0jbUcv9,
http://www.playvid.com/watch/S8jcMhRS-Uy, http://www.playvid.com/watch/vXOXe0m1q8T, http://www.playvid.com/watch/K0V-ecVF4iK,
http://www.playvid.com/watch/ryfVhvrZ8H0, http://www.playvid.com/watch/w6fJXlhkVHY, http://www.playvid.com/watch/EVUhuouNne6,
http://www.playvid.com/watch/jlXbMMrQw-7, http://www.playvid.com/watch/t2GcrWK2JRT, http://www.playvid.com/watch/UtrwuauYLGb,
http://www.playvid.com/watch/eFEZN5iC-kQ, http://www.playvid.com/watch/i5I4u5EMp7Z, http://www.playvid.com/watch/H1uiy5Zkvjj,
http://www.playvid.com/watch/4pDSuAWBakA, http://www.playvid.com/watch/53Lu-GbzF7N, http://www.playvid.com/watch/HNcDhBMrqnD,
http://www.playvid.com/watch/JqC8Z9FCSPC, http://www.playvid.com/watch/7kuUFaOtiTR, http://www.playvid.com/watch/5143PxF5HPv,
http://www.playvid.com/watch/DrTbd30kDTc, http://www.playvid.com/watch/x-XiwHP6uMB, http://www.playvid.com/watch/4Uhsc5yWRxE,
http://www.playvid.com/watch/9SW2XL1m_4z, http://www.playvid.com/watch/M0vRtu11bPS, http://www.playvid.com/watch/zGTRVdCyeRU,

http://www.playvid.com/watch/s8fU5fH48F6
5.f. Date of third notice: 2015-07-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Chacolate
5.b. Uploader's email address: mikeyros99@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Chacolate
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4CzEo38rtSh, http://www.playvid.com/watch/ai7J3cbe0MO, http://www.playvid.com/watch/4mSlqLG4R86, http://www.playvid.com/watch/7KhEe40-HzI, http://www.playvid.com/watch/DSHFjKxXHvv, http://www.playvid.com/watch/8S7_IdBQRRl, http://www.playvid.com/watch/t56hwd-lpmF, http://www.playvid.com/watch/dpWaqj_fFnA
5.f. Date of third notice: 2014-04-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chanchano
5.b. Uploader's email address: anclebabomarri@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/chanchano
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GwbBA88QUQt, http://www.playvid.com/watch/OCaqH7rPFvG, http://www.playvid.com/watch/S7Hd5ggQzen, http://www.playvid.com/watch/skXketo3dv5, http://www.playvid.com/watch/WjWZEP9QDIN, http://www.playvid.com/watch/slwMzV15KNG, http://www.playvid.com/watch/5pM00iGgZDV, http://www.playvid.com/watch/Rj2i78V4AS3, http://www.playvid.com/watch/MzucK-F9kzT, http://www.playvid.com/watch/td-I_ef_CA5, http://www.playvid.com/watch/4fonifI_1Mh, http://www.playvid.com/watch/bS4ddIkSvCL, http://www.playvid.com/watch/WPxYZzj_v0m, http://www.playvid.com/watch/UL-U6HH1Nj7, http://www.playvid.com/watch/u4nvqQj3A8G, http://www.playvid.com/watch/94ykSfSiiUr, http://www.playvid.com/watch/Ort-DGaayXQ, http://www.playvid.com/watch/LpyWxI_-M5O, http://www.playvid.com/watch/mx1n5XjFvQC, http://www.playvid.com/watch/oqY-HZPmN70, http://www.playvid.com/watch/OTp9mnTOnlu, http://www.playvid.com/watch/Ir4rdNuuD1s, http://www.playvid.com/watch/S4fqcJGmjvv, http://www.playvid.com/watch/VaIljq08Svt, http://www.playvid.com/watch/eBhg1Ryti17, http://www.playvid.com/watch/WN5MKvSJ7Em, http://www.playvid.com/watch/PuGm2021vIF, http://www.playvid.com/watch/ylKWrFPRVWy, http://www.playvid.com/watch/ttN874ap3_r, http://www.playvid.com/watch/59Z0ttkwbVE, http://www.playvid.com/watch/UCW2l6RPzon, http://www.playvid.com/watch/5AuXuo8F_nd, http://www.playvid.com/watch/NfyfV3er6z8, http://www.playvid.com/watch/kO_mLvJSlgV, http://www.playvid.com/watch/8Xrvyi94ZWK, http://www.playvid.com/watch/LjGEGS39AuP, http://www.playvid.com/watch/urRHc-1S8Mu, http://www.playvid.com/watch/JUCgTgZVtii, http://www.playvid.com/watch/XFkBU7Z9Mmg, http://www.playvid.com/watch/hldmJUTQDlp, http://www.playvid.com/watch/BUSmTzjqgJy, http://www.playvid.com/watch/UCOU5dPJtZJ, http://www.playvid.com/watch/lZ_pnQws4Wm, http://www.playvid.com/watch/8pmJX0bE5Sl, http://www.playvid.com/watch/mPmSZGzrpWP, http://www.playvid.com/watch/RDVfsjwt3Ow, http://www.playvid.com/watch/5_qmRONVtTY, http://www.playvid.com/watch/geuabycjDQT, http://www.playvid.com/watch/pcCQ15YdVTs, http://www.playvid.com/watch/I53vpkcq2Il
5.f. Date of third notice: 2014-12-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Charo_BBC
5.b. Uploader's email address: roquemartin@outlook.fr
5.d. Uploader's profile: http://www.playvid.com/member/Charo_BBC
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BHniwY49yzq, http://www.playvid.com/watch/QR3F_6x85ol, http://www.playvid.com/watch/gy87wb0xymx, http://www.playvid.com/watch/3vdHF_lbgQU, http://www.playvid.com/watch/I3qkCAzp6TM, http://www.playvid.com/watch/vmiplCrZwPH, http://www.playvid.com/watch/u4M7LKBQ_CR, http://www.playvid.com/watch/cJ4eC-0QQbq, http://www.playvid.com/watch/cRchAiKkUc4, http://www.playvid.com/watch/TULZlrzfn_x
5.f. Date of third notice: 2015-11-01 13:36:18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chekist
5.b. Uploader's email address: arninvan@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/chekist
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JEGSWqygZ7I, http://www.playvid.com/watch/2g6bheH4r-v, http://www.playvid.com/watch/7wCDex8xd25, http://www.playvid.com/watch/mZPo3w3LyIw, http://www.playvid.com/watch/vnC6RDVQdLM, http://www.playvid.com/watch/ZYpmQjGfWO2, http://www.playvid.com/watch/h3V3XEIE5DC, http://www.playvid.com/watch/mJUhvax9Rxe, http://www.playvid.com/watch/IZ4DOPuEDIS, http://www.playvid.com/watch/O4tQUMeYSAi, http://www.playvid.com/watch/q25GJMOWuI3, http://www.playvid.com/watch/xkbuTzKeIhW, http://www.playvid.com/watch/eALq6IGTBVN, http://www.playvid.com/watch/2ZSWxRCglKj, http://www.playvid.com/watch/XIa7x6ObVS3, http://www.playvid.com/watch/4MXQBi4chUr, http://www.playvid.com/watch/MIHL5N22cBq, http://www.playvid.com/watch/MQh-HRMOVke, http://www.playvid.com/watch/EEyaAbDBErT, http://www.playvid.com/watch/20V59H9klhq, http://www.playvid.com/watch/DqpEx7vqF5y, http://www.playvid.com/watch/BIrmDg0uB0l, http://www.playvid.com/watch/eAHO-Gwwvw3, http://www.playvid.com/watch/XqCKssBzqld, http://www.playvid.com/watch/OX2209q6f0A, http://www.playvid.com/watch/wzgZgAI5P8G, http://www.playvid.com/watch/oxgExqDOgXx, http://www.playvid.com/watch/B6N-w733YEG, http://www.playvid.com/watch/UvgQYIXyD67, http://www.playvid.com/watch/6G7SDjYISJy, http://www.playvid.com/watch/pbkzIl67wC0, http://www.playvid.com/watch/vG6eZnl4Afw, http://www.playvid.com/watch/9Oj6Y0NlCYc, http://www.playvid.com/watch/AoCXpmwIxv-, http://www.playvid.com/watch/-W7Wowuf9Za, http://www.playvid.com/watch/j0zf3Mlncpe, http://www.playvid.com/watch/8o2Gksxn7Sj, http://www.playvid.com/watch/QwFI94sHPVs, http://www.playvid.com/watch/M9YiDTphkJn, http://www.playvid.com/watch/e7d9TIwL4ZZ, http://www.playvid.com/watch/RacWAKBzgXW, http://www.playvid.com/watch/IOrt4KNdiTq, http://www.playvid.com/watch/mNF3cx7BnVQ, http://www.playvid.com/watch/jQ8m6W9Tcm2, http://www.playvid.com/watch/acWCRekCe9W, http://www.playvid.com/watch/cMdE5np6z-R, http://www.playvid.com/watch/yhBm2Eirafy, http://www.playvid.com/watch/ef0SMvb73Cl, http://www.playvid.com/watch/dW7WX-BgC5P, http://www.playvid.com/watch/b3aDYMS-Kqp, http://www.playvid.com/watch/tbWMYPxjCWB, http://www.playvid.com/watch/yyG0YcYpaez, http://www.playvid.com/watch/pXH3AF2HfWR, http://www.playvid.com/watch/Rr740Nfnitg, http://www.playvid.com/watch/yG0AOj3Kejq, http://www.playvid.com/watch/YvlmIHJ60k0, http://www.playvid.com/watch/Kfy-NpC83rV, http://www.playvid.com/watch/L93bVqvdL7M, http://www.playvid.com/watch/YsKOWzfk4ls, http://www.playvid.com/watch/vJdzo3symTp, http://www.playvid.com/watch/EXzacAaUbpn, http://www.playvid.com/watch/zTR5GTEvd4M, http://www.playvid.com/watch/7CSqe4SISfH, http://www.playvid.com/watch/vhyHIHYj7xV, http://www.playvid.com/watch/rHGOgPVccjB, http://www.playvid.com/watch/qjTzuVaUZH7, http://www.playvid.com/watch/rRvZFJ9VE9e, http://www.playvid.com/watch/zcVkXnfNxxK, http://www.playvid.com/watch/yxUmTs3mOa9, http://www.playvid.com/watch/09Xkom2sAiS, http://www.playvid.com/watch/lKMutUzSEzb, http://www.playvid.com/watch/y-B-gdFg0a8, http://www.playvid.com/watch/FkVb7Imnibk, http://www.playvid.com/watch/SlZMp4tLUTo, http://www.playvid.com/watch/JsUDsm2QGLl, http://www.playvid.com/watch/XnRmhQlXhvb, http://www.playvid.com/watch/UMrobJPnKsT, http://www.playvid.com/watch/P-DiqWua5P5, http://www.playvid.com/watch/7mJP49Oip2t, http://www.playvid.com/watch/em8tVeQVNOM, http://www.playvid.com/watch/9Sd55pzVUFU, http://www.playvid.com/watch/nAV6mEU2zDy, http://www.playvid.com/watch/hDo3dMYW2ur, http://www.playvid.com/watch/T-Ie7Ew0xXu, http://www.playvid.com/watch/8dCaiTyLDxQ, http://www.playvid.com/watch/bKo5krPGcB3, http://www.playvid.com/watch/KsZxPvzd6ej, http://www.playvid.com/watch/wGDNvl3Y0yq, http://www.playvid.com/watch/cYzucIc7e2L, http://www.playvid.com/watch/Nb4H8iOEC0K, http://www.playvid.com/watch/qmDAEaw4vSJ, http://www.playvid.com/watch/umR4hlxnuXO, http://www.playvid.com/watch/WcSc22bgQwc, http://www.playvid.com/watch/xE0fw72kJns, http://www.playvid.com/watch/U6QSRcS7X6z, http://www.playvid.com/watch/giiKucq0RN3, http://www.playvid.com/watch/obI88g2REnc, http://www.playvid.com/watch/n8DwPiZ7RBc, http://www.playvid.com/watch/od9iJ6ol0H-, http://www.playvid.com/watch/qwDNyLS4HTX, http://www.playvid.com/watch/bJK0U5e8Epy, http://www.playvid.com/watch/krSQaZg802J, http://www.playvid.com/watch/W54U6ZQL6kT, http://www.playvid.com/watch/iGj7uGuL-ON, http://www.playvid.com/watch/iLgYhLcZ40d, http://www.playvid.com/watch/K0zmonby8dD, http://www.playvid.com/watch/0yw03kfHvlG, http://www.playvid.com/watch/kPMXDWhXezG, http://www.playvid.com/watch/wajTythZxGs, http://www.playvid.com/watch/tbeD7Zmbo99, http://www.playvid.com/watch/l-gkSDFbkpW, http://www.playvid.com/watch/KEJFxywEhp6, http://www.playvid.com/watch/CIsq9NtHPpL, http://www.playvid.com/watch/QK-eKm8lswB, http://www.playvid.com/watch/EFPU0MM2nH4, http://www.playvid.com/watch/Fd07xcEpu2F, http://www.playvid.com/watch/xChD2oB95My, http://www.playvid.com/watch/ndzkhffKrjT, http://www.playvid.com/watch/m43jjjssbZ6, http://www.playvid.com/watch/Sgg0JuSN8Hz, http://www.playvid.com/watch/UgIFFszl84n, http://www.playvid.com/watch/wNw3mfSJEu4, http://www.playvid.com/watch/5kZNEyPzsJY, http://www.playvid.com/watch/VCwSezJ4wL5, http://www.playvid.com/watch/Hcr-QzY3apz, http://www.playvid.com/watch/hesLBbBz-cX, http://www.playvid.com/watch/nbdqguXZsA4, http://www.playvid.com/watch/bAf6RwvTjSy, http://www.playvid.com/watch/f3JosXIsIzn, http://www.playvid.com/watch/3-SBBXshmyb, http://www.playvid.com/watch/hDMUa-FijUp, http://www.playvid.com/watch/O73uJXes8Qu, http://www.playvid.com/watch/ufU3l2G8SXx, http://www.playvid.com/watch/MBgntDelb8p, http://www.playvid.com/watch/e7YUl-SBaMZ, http://www.playvid.com/watch/8mY0symMh0h, http://www.playvid.com/watch/V0r3pLkuGgT, http://www.playvid.com/watch/PNlNET4QWlh, http://www.playvid.com/watch/Iklg34wOGHQ, http://www.playvid.com/watch/ccNSbwXV0Sd,

http://www.playvid.com/watch/rV7HSMA5rvn, http://www.playvid.com/watch/7SGKczNS4Px, http://www.playvid.com/watch/PLOKqwN7Fqu,
http://www.playvid.com/watch/MidZqL3do6X, http://www.playvid.com/watch/TFRdBKPnOtQ, http://www.playvid.com/watch/86nYqohk4-i,
http://www.playvid.com/watch/PYswJeiCpN9, http://www.playvid.com/watch/x5j-IUfxh--, http://www.playvid.com/watch/G4YPAXFIJOy,
http://www.playvid.com/watch/0U-IgjIgIDI, http://www.playvid.com/watch/LOOt8tVAnMP, http://www.playvid.com/watch/oHuuApQ6cNe,
http://www.playvid.com/watch/jADAY0f-kdj, http://www.playvid.com/watch/acCHcNHUocz, http://www.playvid.com/watch/ShUS72d7n7R,
http://www.playvid.com/watch/FdvxhJbvNH4, http://www.playvid.com/watch/L6udbYv9sg8, http://www.playvid.com/watch/detxqnV5vrw,
http://www.playvid.com/watch/Q68Rluf2hm6, http://www.playvid.com/watch/soMDOwD4nt5, http://www.playvid.com/watch/zM3v3IINTyR,
http://www.playvid.com/watch/qDLLOEZSl4j, http://www.playvid.com/watch/p6BJU-hek-q, http://www.playvid.com/watch/QrkksLCcq5k,
http://www.playvid.com/watch/ye9MMPTinTd, http://www.playvid.com/watch/fxIYzxLyY4u, http://www.playvid.com/watch/GaoyxvVJW2q,
http://www.playvid.com/watch/EdgaVEP0mRO, http://www.playvid.com/watch/c-AuiGsCsRa, http://www.playvid.com/watch/dmRe3twiUNZ,
http://www.playvid.com/watch/20matd6A4l8, http://www.playvid.com/watch/UZWHUPNjzcq, http://www.playvid.com/watch/uw0aBJM7wMJ,
http://www.playvid.com/watch/dDkaisCXdJG, http://www.playvid.com/watch/7yRKUoh2MEB, http://www.playvid.com/watch/eLrSHNV2Oja,
http://www.playvid.com/watch/nD9ipq2UM9-, http://www.playvid.com/watch/6aCD7yUJeta, http://www.playvid.com/watch/pT6X-g7Ma7h,
http://www.playvid.com/watch/4e0YzFmfr5Z, http://www.playvid.com/watch/iL0cGt3iZpj, http://www.playvid.com/watch/Iz4dAolsHLh,
http://www.playvid.com/watch/gzMuyYdF820, http://www.playvid.com/watch/YXcIkPbPCwJ, http://www.playvid.com/watch/Ck9xSZeAkAD,
http://www.playvid.com/watch/klU62B6CrMv, http://www.playvid.com/watch/tb2yZqy8P00, http://www.playvid.com/watch/2wYrYQu2NjQ,
http://www.playvid.com/watch/EMAeKvMzqZC, http://www.playvid.com/watch/8xZHEILIriS, http://www.playvid.com/watch/R0knK0d6JMp,
http://www.playvid.com/watch/4mxh7eAKSzZ, http://www.playvid.com/watch/xhXNrpa-ja6, http://www.playvid.com/watch/KyNhOa8d9jU,
http://www.playvid.com/watch/PZ8yJ6wkoWI, http://www.playvid.com/watch/duadrUiOGHM, http://www.playvid.com/watch/dNyuM2DeFZp,
http://www.playvid.com/watch/rTBHZkpwjcq, http://www.playvid.com/watch/QzG9ofJV2Zx, http://www.playvid.com/watch/59hVV0MiN7E,
http://www.playvid.com/watch/xnf4Ts5W4rd, http://www.playvid.com/watch/xjb4xGbkhcr, http://www.playvid.com/watch/y7wAGmY2uNH,
http://www.playvid.com/watch/Yan9ZGdI5QQ, http://www.playvid.com/watch/2VKIItaeIXC, http://www.playvid.com/watch/IgjoCFEO4Tz,
http://www.playvid.com/watch/bS89UmcJ6aW, http://www.playvid.com/watch/wkXbvSeNDWj, http://www.playvid.com/watch/xsutRWHu99Y,
http://www.playvid.com/watch/zoimGt9c6a4, http://www.playvid.com/watch/i6X-LVlGr2w, http://www.playvid.com/watch/PFqRJlAlEDM
5.f. Date of third notice: 2013-07-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Cheo42
5.b. Uploader's email address: cheeo42@Gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Cheo42
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AE8RbzDvY43, http://www.playvid.com/watch/lDtW9YjViFd,
http://www.playvid.com/watch/VQQwhSXbFY4, http://www.playvid.com/watch/cyNodWHqGq5, http://www.playvid.com/watch/iqVngAZ8oWh,
http://www.playvid.com/watch/NRJwBttSqPI, http://www.playvid.com/watch/ahytky8nTb-, http://www.playvid.com/watch/YgGDzSjRSce,
http://www.playvid.com/watch/qgDYm7yUuN2, http://www.playvid.com/watch/tHymOb5JYI0, http://www.playvid.com/watch/MvR-93SvuW0,
http://www.playvid.com/watch/WYz6rxjnDnA, http://www.playvid.com/watch/h7802FeW80t, http://www.playvid.com/watch/6eIwcLEmIih,
http://www.playvid.com/watch/68J0aQcLorP, http://www.playvid.com/watch/vlztH39U9XO, http://www.playvid.com/watch/a70ewZIsGCQ,
http://www.playvid.com/watch/sDDQnPjnCKa, http://www.playvid.com/watch/MDvKuAzwjFM, http://www.playvid.com/watch/ecn6Op7JRDG,
http://www.playvid.com/watch/ZbuJl3nn7kP, http://www.playvid.com/watch/KfTUET5OLtl, http://www.playvid.com/watch/3KAMExzl0xj,
http://www.playvid.com/watch/3v0GQS6hMN0, http://www.playvid.com/watch/IlNhB6NYCPa, http://www.playvid.com/watch/k2j7OIxecf8,
http://www.playvid.com/watch/qjYDef2bdoO, http://www.playvid.com/watch/8Bn78AJe0WR, http://www.playvid.com/watch/PZHRvP5QycP,
http://www.playvid.com/watch/t5-Ddq28C4E, http://www.playvid.com/watch/P2vLDYV6Y3O, http://www.playvid.com/watch/UTrudjNOPXI,
http://www.playvid.com/watch/5NQOY9-dS5P, http://www.playvid.com/watch/TyG57OcbLbK, http://www.playvid.com/watch/5U2u5GsQFdA,
http://www.playvid.com/watch/kUEqInK2YQU, http://www.playvid.com/watch/EdCPwRVKQhE, http://www.playvid.com/watch/029JIAvSfCb,
http://www.playvid.com/watch/aJ2APBul-gz, http://www.playvid.com/watch/6hAUEcAalzM, http://www.playvid.com/watch/XrUgAgwbQHX,
http://www.playvid.com/watch/yypqpnmPve2, http://www.playvid.com/watch/xSyTrvkmPK2, http://www.playvid.com/watch/PBXQ-oDxSF7,
http://www.playvid.com/watch/N3uzn4kK8QJ, http://www.playvid.com/watch/YiBB7uYi4oQ, http://www.playvid.com/watch/SiPy7L7QJvZ,
http://www.playvid.com/watch/YGo0oxiyMMR, http://www.playvid.com/watch/meGaY4fWcPn, http://www.playvid.com/watch/IvyfSbkC-47,
http://www.playvid.com/watch/kliC5PEnY5-, http://www.playvid.com/watch/y-0b4GkJQnl, http://www.playvid.com/watch/-xFBTFlkTh8,
http://www.playvid.com/watch/y4S8jta9In3, http://www.playvid.com/watch/aw9r2UZDI2H, http://www.playvid.com/watch/rxZ0co0wqOm,
http://www.playvid.com/watch/fVX0F-aSfMg, http://www.playvid.com/watch/yoCCjyTLfpr, http://www.playvid.com/watch/PvsACIqahPW,
http://www.playvid.com/watch/5hO0ECumWMw, http://www.playvid.com/watch/-Xj7O8QseTr, http://www.playvid.com/watch/6fFNeUYRoHu,
http://www.playvid.com/watch/Ymb-6LeAGXF, http://www.playvid.com/watch/lMEqOQAiUKR, http://www.playvid.com/watch/AfRdgotGIUW,
http://www.playvid.com/watch/b3nlxTwy9aG, http://www.playvid.com/watch/xavYt-hF8Ni, http://www.playvid.com/watch/TfRVdmVxaai,
http://www.playvid.com/watch/CUjwwP5dB8k, http://www.playvid.com/watch/LqUKrsNtKCd, http://www.playvid.com/watch/cq9l4JdsTkj,
http://www.playvid.com/watch/LQNqOHViDot, http://www.playvid.com/watch/zH2aKP7Ms0p, http://www.playvid.com/watch/pSv0ws2hP7Z,
http://www.playvid.com/watch/kSAA9skke6g, http://www.playvid.com/watch/qGwC6yRCTHe, http://www.playvid.com/watch/VH4sM8joSPz,
http://www.playvid.com/watch/5v9NuOVg9oB, http://www.playvid.com/watch/czSroZbHXVB, http://www.playvid.com/watch/ZdxbCYKyAEO,
http://www.playvid.com/watch/pT9nudZ74Py, http://www.playvid.com/watch/jjYhbYraigu, http://www.playvid.com/watch/Jjc3qnZ4bEQ,
http://www.playvid.com/watch/UHY0jUQRtVz, http://www.playvid.com/watch/8TjupbsrJjj, http://www.playvid.com/watch/2FPcTtUbCGt,
http://www.playvid.com/watch/XFMwwmFdfpo, http://www.playvid.com/watch/me7c4fYs6zU, http://www.playvid.com/watch/ASY3TkfKFel,
http://www.playvid.com/watch/GAfGG2ZnJ2R, http://www.playvid.com/watch/VmSwXZQESLn, http://www.playvid.com/watch/k-MKrUvwoxF,
http://www.playvid.com/watch/WOeaabeT7MQ, http://www.playvid.com/watch/tv4P3nAyImo, http://www.playvid.com/watch/53q8NpLoTEs,
http://www.playvid.com/watch/pV9d4B-2PAL, http://www.playvid.com/watch/FYjauSTqOre, http://www.playvid.com/watch/7jkqZUeboJD,
http://www.playvid.com/watch/WEtJroJMObk, http://www.playvid.com/watch/ZLdljsnN-SJ, http://www.playvid.com/watch/CWstRbcIk-b,
http://www.playvid.com/watch/08S5YoqpLMc, http://www.playvid.com/watch/rZMMTXw0zp4, http://www.playvid.com/watch/UBMrNtoqPmr,
http://www.playvid.com/watch/AVtKHPQ2I46, http://www.playvid.com/watch/eI-6MmEoTBr, http://www.playvid.com/watch/ogU6YEMlb9F,
http://www.playvid.com/watch/sukino5mdDX, http://www.playvid.com/watch/VLHT2vc8RSw, http://www.playvid.com/watch/s4995Auoz9l,
http://www.playvid.com/watch/wPSJM66LkOV, http://www.playvid.com/watch/gfmYa0EKjQv, http://www.playvid.com/watch/yr-z-UMHwOQ,
http://www.playvid.com/watch/Xl8tZAJNqXS, http://www.playvid.com/watch/7syGguKQIdY, http://www.playvid.com/watch/qVc993oj0vq,
http://www.playvid.com/watch/rclDkWlXDpL, http://www.playvid.com/watch/oF2jnNK94WQ, http://www.playvid.com/watch/P3-fPWxPeJu,
http://www.playvid.com/watch/m-mAwLbTerC, http://www.playvid.com/watch/BFh2f8k4ALV, http://www.playvid.com/watch/rSo7XYqBeqw,
http://www.playvid.com/watch/ecbC6tUdfli, http://www.playvid.com/watch/if2jF3RKGb4, http://www.playvid.com/watch/NMabhj9TyRz,
http://www.playvid.com/watch/zl5jMdkDw9q, http://www.playvid.com/watch/QItFIWsEeEl, http://www.playvid.com/watch/HCqe5yIzPSG,
http://www.playvid.com/watch/aPGF88MfJYg, http://www.playvid.com/watch/0YnpzM9knRx, http://www.playvid.com/watch/aJWAlZyuHtA,
http://www.playvid.com/watch/OA3R6ZGeIKU, http://www.playvid.com/watch/B8JvhzoM6mz, http://www.playvid.com/watch/slVIfRx2cw5,
http://www.playvid.com/watch/p36QBLqN2pv, http://www.playvid.com/watch/lJ0HeIkAAug, http://www.playvid.com/watch/pQSC2Sj-Fs8,
http://www.playvid.com/watch/VdD0i7RqfSc, http://www.playvid.com/watch/3eiKsL9xo50, http://www.playvid.com/watch/e2VaT4VckKD,
http://www.playvid.com/watch/mg5qfxo37pr, http://www.playvid.com/watch/rlm9IDs2nt4, http://www.playvid.com/watch/WwL5Y4QITDw,
http://www.playvid.com/watch/ksTYdW4xbj0, http://www.playvid.com/watch/zVzqW505Eib, http://www.playvid.com/watch/ulDoZDhaFrZ,
http://www.playvid.com/watch/k5M-kNnawYL, http://www.playvid.com/watch/eE7kApFUEdd, http://www.playvid.com/watch/4KJfLHL6nK2,
http://www.playvid.com/watch/ST6OlNQNobn, http://www.playvid.com/watch/T4AIp3OIPrj, http://www.playvid.com/watch/FxSj03mQpnr,
http://www.playvid.com/watch/UA4GtD42wyu, http://www.playvid.com/watch/Mz9qmHjGmyx, http://www.playvid.com/watch/PbppRGLtXX0,
http://www.playvid.com/watch/M9b8Cp35FNO, http://www.playvid.com/watch/b4LV3lQVV6p, http://www.playvid.com/watch/qPHG0ms2UUp,
http://www.playvid.com/watch/QLWtA7GiYvn, http://www.playvid.com/watch/G53BMfQV7JX, http://www.playvid.com/watch/5wLml2jIBG7,
http://www.playvid.com/watch/VT7bEW-uxBA, http://www.playvid.com/watch/u539N53RK9e, http://www.playvid.com/watch/KjJmbe6G7hE,
http://www.playvid.com/watch/GYg5OgXnRJr, http://www.playvid.com/watch/VGKLSrJf0KY, http://www.playvid.com/watch/DLgbooSbOGc,
http://www.playvid.com/watch/NC4547aKx09, http://www.playvid.com/watch/QWIpJeDhN37, http://www.playvid.com/watch/uzmTp0livv5,
http://www.playvid.com/watch/6bQhKHFxVC8, http://www.playvid.com/watch/aWD6mCJJB8Q, http://www.playvid.com/watch/rDwWxGI3gnh,
http://www.playvid.com/watch/ilvdOvLUP4H, http://www.playvid.com/watch/TFriQfH83oC, http://www.playvid.com/watch/DnnS3-eJSpa,
http://www.playvid.com/watch/iZraQkTbsJ3, http://www.playvid.com/watch/HRr7fhlj9gx, http://www.playvid.com/watch/LOyEq8VlTyu,
http://www.playvid.com/watch/a9lLXxpB6GJ, http://www.playvid.com/watch/UIL6XfJMWfG, http://www.playvid.com/watch/oddA38csUGz,
http://www.playvid.com/watch/5zE3ugtOnVr, http://www.playvid.com/watch/dN4D8RAQ4Mj, http://www.playvid.com/watch/eBBqsP75s08,
http://www.playvid.com/watch/iWsqMoSX6ET, http://www.playvid.com/watch/RuY7tPwqFxu, http://www.playvid.com/watch/G9ZCgHSwkxQ,
http://www.playvid.com/watch/2ZqMCvtboQe, http://www.playvid.com/watch/HZcy9pcydt9, http://www.playvid.com/watch/dhEbnWFpvpp,
http://www.playvid.com/watch/82VbIW5ok5w, http://www.playvid.com/watch/oqo-lthdfqX, http://www.playvid.com/watch/BADAujE0Q38,
http://www.playvid.com/watch/-JFNhHRs6FN, http://www.playvid.com/watch/0Y7zcFRpcSQ, http://www.playvid.com/watch/S5-alLTa8Dj,

http://www.playvid.com/watch/mnCLMbVsFp0, http://www.playvid.com/watch/gqOwLPIeM2G, http://www.playvid.com/watch/A3PmP2l56X3,
http://www.playvid.com/watch/GYkXVkW2UxW, http://www.playvid.com/watch/JVkox2lKWSF, http://www.playvid.com/watch/oCJpv8nPm-N,
http://www.playvid.com/watch/0Zn8MNQiLYt, http://www.playvid.com/watch/gYnKnBPo4xx, http://www.playvid.com/watch/rzAF6eINAis,
http://www.playvid.com/watch/54Fhe67qyQM, http://www.playvid.com/watch/R5HoWXGox0l, http://www.playvid.com/watch/TChuN2Zu-q0,
http://www.playvid.com/watch/sBoCbPUfGhM, http://www.playvid.com/watch/bqPhh8Xdtn-, http://www.playvid.com/watch/QN7hfVjDkGs,
http://www.playvid.com/watch/W5cImpnrle3, http://www.playvid.com/watch/lu2iy7phIxN, http://www.playvid.com/watch/UqFSBI6r9bf,
http://www.playvid.com/watch/4uw5xDtqHFp, http://www.playvid.com/watch/KXJq53pY8MJ, http://www.playvid.com/watch/RipPw5dIohN,
http://www.playvid.com/watch/KrXM-FrgOCJ, http://www.playvid.com/watch/YFWGbm8IzF6, http://www.playvid.com/watch/-j2hbqTYEYU,
http://www.playvid.com/watch/vuF7XwvxiCb, http://www.playvid.com/watch/UhaqOCgXdpw, http://www.playvid.com/watch/sf2ImTZrlQS,
http://www.playvid.com/watch/7wohYplhjA3, http://www.playvid.com/watch/mXsr3iUYrsE, http://www.playvid.com/watch/2CvJ-iXCblu,
http://www.playvid.com/watch/Kv4BlLMpWIO, http://www.playvid.com/watch/FuKKb4-UWBa, http://www.playvid.com/watch/aJpL554vJeY,
http://www.playvid.com/watch/PeOlBZwAPL4, http://www.playvid.com/watch/Qi29lAmjz0T, http://www.playvid.com/watch/sbCCloWNmSm,
http://www.playvid.com/watch/REMnOqvKKtZ, http://www.playvid.com/watch/bEnJBY656RI, http://www.playvid.com/watch/zPEvYdU2o85,
http://www.playvid.com/watch/Ayi-uOPsulG, http://www.playvid.com/watch/MWO40jicvY6, http://www.playvid.com/watch/bP7-MUHwjhz,
http://www.playvid.com/watch/PDzzQKliDkt, http://www.playvid.com/watch/0dsP3LURbRg, http://www.playvid.com/watch/0zSQTZbHfXL,
http://www.playvid.com/watch/VvP9kLmZPlX, http://www.playvid.com/watch/LXNaCCZmWdi, http://www.playvid.com/watch/4qxIQBwOdGq,
http://www.playvid.com/watch/5G0eQI6oeiD, http://www.playvid.com/watch/-DXMnRELBMG, http://www.playvid.com/watch/C46E4R9iVD-,
http://www.playvid.com/watch/wDE3vDItGNw, http://www.playvid.com/watch/uof9li4O5Ye, http://www.playvid.com/watch/nIZnqae095J,
http://www.playvid.com/watch/FAlvgrSFtUJ, http://www.playvid.com/watch/kjfLJ6TPYY7, http://www.playvid.com/watch/cC6LggLhSzJ,
http://www.playvid.com/watch/TTv8c7ySUyI, http://www.playvid.com/watch/67Bthma4gIB, http://www.playvid.com/watch/6mSCmqoySBV,
http://www.playvid.com/watch/gvOir4tYJeP, http://www.playvid.com/watch/CJUaIM8opIC, http://www.playvid.com/watch/2Vvk7gRFHIB,
http://www.playvid.com/watch/NGGbcuivQkU, http://www.playvid.com/watch/PbIcjTELrMp, http://www.playvid.com/watch/Ai6UZlNTzb7,
http://www.playvid.com/watch/luahhPgtXhE, http://www.playvid.com/watch/IPnD2K9ISzU, http://www.playvid.com/watch/iRb4mreeNye,
http://www.playvid.com/watch/ALCQi2rHtbD, http://www.playvid.com/watch/NuTv79EblN2, http://www.playvid.com/watch/B3a9ZYETEus,
http://www.playvid.com/watch/4bB8kgs6qAb, http://www.playvid.com/watch/63GbOXEScOV, http://www.playvid.com/watch/uzbZXWiPUUF,
http://www.playvid.com/watch/wV975-GZCku, http://www.playvid.com/watch/cdsbrrNM8sb, http://www.playvid.com/watch/zVstw4pw-dn,
http://www.playvid.com/watch/h2GtB8xajgA, http://www.playvid.com/watch/3fA0chLSt7P, http://www.playvid.com/watch/zaY4-bXG2oG,
http://www.playvid.com/watch/H9SDYtFQbO0, http://www.playvid.com/watch/Rnh3hgidrEn, http://www.playvid.com/watch/bjeFp0QqsLo,
http://www.playvid.com/watch/3aJggFVggwQ, http://www.playvid.com/watch/OcXj4UvgOlC, http://www.playvid.com/watch/vzCQ2LzMqp6,
http://www.playvid.com/watch/TvouRZ6-SlC, http://www.playvid.com/watch/lEOyezkmBlw, http://www.playvid.com/watch/4gbEUGy5xjn,
http://www.playvid.com/watch/-Bwf7HISGnr, http://www.playvid.com/watch/Bto4YKUTx5B, http://www.playvid.com/watch/wOGi0GAv5vk,
http://www.playvid.com/watch/Pu5ZpFbZmHG, http://www.playvid.com/watch/aWfVIz9t6jQ, http://www.playvid.com/watch/zMzFeJiHmsK,
http://www.playvid.com/watch/hUKRpolrofv, http://www.playvid.com/watch/7o8AmkshJQ-, http://www.playvid.com/watch/ymkvyVRbELf,
http://www.playvid.com/watch/VSIskzYwcM-, http://www.playvid.com/watch/MuEnRCnoc8O, http://www.playvid.com/watch/vln8bmHU6jT,
http://www.playvid.com/watch/8m9joXUlnNT, http://www.playvid.com/watch/2d8dgipVwdr, http://www.playvid.com/watch/o4msKClbvoO,
http://www.playvid.com/watch/xa6ov4dQCz8, http://www.playvid.com/watch/bKQAKBFod5z, http://www.playvid.com/watch/mLXTdRf-CCy,
http://www.playvid.com/watch/MGQa04Jnf7d, http://www.playvid.com/watch/oiUZHL0w9BV, http://www.playvid.com/watch/yuOdAVZC7sf,
http://www.playvid.com/watch/oerm6XnzyP3, http://www.playvid.com/watch/AOBQGaNnQP-, http://www.playvid.com/watch/9rV4Nk8KuQN,
http://www.playvid.com/watch/PAryLTzkXlv, http://www.playvid.com/watch/zaSb-4XlFmE, http://www.playvid.com/watch/DyEXqc80HMA,
http://www.playvid.com/watch/YQmyBMg8dkE, http://www.playvid.com/watch/4tbfcvUH2to, http://www.playvid.com/watch/yatTP7ZpWTD,
http://www.playvid.com/watch/mxJK-hsP37i, http://www.playvid.com/watch/cqDHjftKgMB, http://www.playvid.com/watch/WU80LKEBzMD,
http://www.playvid.com/watch/dWe5ElEcnL9, http://www.playvid.com/watch/vcwd5-sLXsw, http://www.playvid.com/watch/Zu2P0UDKK68,
http://www.playvid.com/watch/JO-3m0RtfBV, http://www.playvid.com/watch/mg5K5HZAOqD, http://www.playvid.com/watch/w4YnHiZTvm9,
http://www.playvid.com/watch/shscXeXuORE, http://www.playvid.com/watch/PgB-xxYJIUa, http://www.playvid.com/watch/dmKPpNWhbp0,
http://www.playvid.com/watch/Oo9cnhDMw5S, http://www.playvid.com/watch/AsyiTJGylXp, http://www.playvid.com/watch/fRUCon4IOX5,
http://www.playvid.com/watch/NCRGN4DPAJQ, http://www.playvid.com/watch/FxsVwsEeALq, http://www.playvid.com/watch/Mwyw6OXtXBv,
http://www.playvid.com/watch/yWhRygDn8Zt, http://www.playvid.com/watch/JsKV3MnoKSC, http://www.playvid.com/watch/ALFty3bPyAp,
http://www.playvid.com/watch/nLWJKilwUBk, http://www.playvid.com/watch/APbRdrPYWIL, http://www.playvid.com/watch/OR2dF5wC2ot,
http://www.playvid.com/watch/bbEQp4T3YdV, http://www.playvid.com/watch/3BkSXHXMTz6, http://www.playvid.com/watch/HZHWGBS7ME9,
http://www.playvid.com/watch/C6Ehtp3a34v, http://www.playvid.com/watch/f0kV8Ebs2q8, http://www.playvid.com/watch/sHVT5evxOhK,
http://www.playvid.com/watch/pp0HOEPkC0g, http://www.playvid.com/watch/WVHnyLEJd05, http://www.playvid.com/watch/cbmH48Mdbuj,
http://www.playvid.com/watch/LIamp4y6clL, http://www.playvid.com/watch/SZRGPy79nNJ, http://www.playvid.com/watch/N-hUrjpsBG7,
http://www.playvid.com/watch/WEdWDLFEJOQ, http://www.playvid.com/watch/yRmNMe3QLa4, http://www.playvid.com/watch/LYb9cwOhc4E,
http://www.playvid.com/watch/AvXF5bXtiYO, http://www.playvid.com/watch/FjXydwSUkrD, http://www.playvid.com/watch/MKBGcH2CjWK,
http://www.playvid.com/watch/FuBQYqRuwh5, http://www.playvid.com/watch/JXw57Jh3qNu, http://www.playvid.com/watch/S5QSdNHBsx9,
http://www.playvid.com/watch/LMqDIIOMUPz, http://www.playvid.com/watch/hqe8LGFUKrO, http://www.playvid.com/watch/Hk3HZEiPtdU,
http://www.playvid.com/watch/8sds5e0mDiV, http://www.playvid.com/watch/Rb2xcvZfpLG, http://www.playvid.com/watch/WrOXbWtvxkf,
http://www.playvid.com/watch/bOjTT3DTAlx, http://www.playvid.com/watch/5cXFMpqzYmG, http://www.playvid.com/watch/-G3bUwaMAii,
http://www.playvid.com/watch/LTblHjTxuQw, http://www.playvid.com/watch/d8IbUCpQARW, http://www.playvid.com/watch/LJuJrqNT4Yd,
http://www.playvid.com/watch/2thRztK42IV, http://www.playvid.com/watch/MQBt7VRkuuA, http://www.playvid.com/watch/YUM8zMhcOHY,
http://www.playvid.com/watch/gQAOgYODdHl, http://www.playvid.com/watch/FtdHyjAHYD5, http://www.playvid.com/watch/e2LGcG7VxQu,
http://www.playvid.com/watch/J3XgfbEJj6b, http://www.playvid.com/watch/CNpkzeGO9Zj, http://www.playvid.com/watch/DRBkJ4O60SV,
http://www.playvid.com/watch/9W7xueynsXN, http://www.playvid.com/watch/D2GtP3VZm5R, http://www.playvid.com/watch/KdWMh2pfO-X,
http://www.playvid.com/watch/wWdbX470doE, http://www.playvid.com/watch/DghroGxipK9, http://www.playvid.com/watch/w8XyspGHnGC,
http://www.playvid.com/watch/Da06c6ezNj9, http://www.playvid.com/watch/ug0kSYbPxhH, http://www.playvid.com/watch/Rs3hWmF2zWi,
http://www.playvid.com/watch/QOYYCtTKD6e, http://www.playvid.com/watch/sIHjDnVSQeD, http://www.playvid.com/watch/yVNJiVBheOr,
http://www.playvid.com/watch/x9tnPrqHcr9, http://www.playvid.com/watch/hI5UtPfpd2F, http://www.playvid.com/watch/JfvJzliyV3F,
http://www.playvid.com/watch/9M36vAKh077, http://www.playvid.com/watch/gtZlXzuM5zU, http://www.playvid.com/watch/4Qs3HqAPnhV,
http://www.playvid.com/watch/qlfdsh6Ck6W, http://www.playvid.com/watch/u0VWMeMr8Rc, http://www.playvid.com/watch/7Ez3ykGY9G8,
http://www.playvid.com/watch/3vBPWRBriF-, http://www.playvid.com/watch/SfK5sa8cxtP, http://www.playvid.com/watch/FKYzzk4DITZ,
http://www.playvid.com/watch/6oqN8nzsOAT, http://www.playvid.com/watch/aLKfXopKk3N, http://www.playvid.com/watch/AU9YYq0Rof5,
http://www.playvid.com/watch/WFoNiERdVf2, http://www.playvid.com/watch/rxtRJ5OYzA5, http://www.playvid.com/watch/YtM57ccbJJt,
http://www.playvid.com/watch/nsmrlT-bmzS, http://www.playvid.com/watch/g7I9XOTT-d4, http://www.playvid.com/watch/bb7eQGm0KdK,
http://www.playvid.com/watch/6VNBYo6ctfS, http://www.playvid.com/watch/TzKA97qeHAG, http://www.playvid.com/watch/ewox5KpUDGv,
http://www.playvid.com/watch/EIiaI7hBFxU, http://www.playvid.com/watch/QI23y5Hmq8v, http://www.playvid.com/watch/impfPPOYl6h,
http://www.playvid.com/watch/ZZaMnwMF3DV, http://www.playvid.com/watch/FmAJzZEoDZ-, http://www.playvid.com/watch/IRBKd4wVUpd,
http://www.playvid.com/watch/CSgiwVWeV2T, http://www.playvid.com/watch/EKtz874qmKk, http://www.playvid.com/watch/iDSAaridhNU,
http://www.playvid.com/watch/HGDWQ0cD0DT, http://www.playvid.com/watch/mvyBMpVsSPE, http://www.playvid.com/watch/6S7T9JvU2i6,
http://www.playvid.com/watch/8obaiBdIL9v, http://www.playvid.com/watch/gCU6UYdeF2U, http://www.playvid.com/watch/tDrvI4Qwnd4,
http://www.playvid.com/watch/FIdWKm8BCSW, http://www.playvid.com/watch/SRbGnPT5ocz, http://www.playvid.com/watch/aJQHJgvVUdX,
http://www.playvid.com/watch/GsNje-88ue2, http://www.playvid.com/watch/-YboS87X9yA, http://www.playvid.com/watch/keoJX4CDm-n,
http://www.playvid.com/watch/0y7n9acFXm6, http://www.playvid.com/watch/fDoaVup7DFt, http://www.playvid.com/watch/Nxs6LBNXUcY,
http://www.playvid.com/watch/R4SgtovrfVY, http://www.playvid.com/watch/UY9iCYWWeBg, http://www.playvid.com/watch/CwTovnYbPmi,
http://www.playvid.com/watch/E2XQYWJt8RV, http://www.playvid.com/watch/QSGX88lLCWN, http://www.playvid.com/watch/ONFjnwACmBO,
http://www.playvid.com/watch/33Xtz8AA0JL, http://www.playvid.com/watch/jpXreXbplv4, http://www.playvid.com/watch/PKBURG8gBNl,
http://www.playvid.com/watch/3leXsnlYLfV, http://www.playvid.com/watch/J6DtFztBRQA, http://www.playvid.com/watch/MZIkrSO49T3,
http://www.playvid.com/watch/aKttwEzKs8W, http://www.playvid.com/watch/GLTNb8if7i9, http://www.playvid.com/watch/m8reFBPUYdg,
http://www.playvid.com/watch/2v8SS34juMs, http://www.playvid.com/watch/04QeqBPTQS8, http://www.playvid.com/watch/EbeBNk2gmWH,
http://www.playvid.com/watch/53yRvIObk85, http://www.playvid.com/watch/ftBOXiD8LYJ, http://www.playvid.com/watch/jLQiOXVlyH7,
http://www.playvid.com/watch/SQ-zrEmJHhi, http://www.playvid.com/watch/yPDsFa82J7r, http://www.playvid.com/watch/OUN3lsxEwn4,
http://www.playvid.com/watch/vNTOXJxn0Pn, http://www.playvid.com/watch/zf8OqFbpCGA, http://www.playvid.com/watch/QwLYmNTmP47,
http://www.playvid.com/watch/tv3UL9n7zNW, http://www.playvid.com/watch/rueA7fMzmtm, http://www.playvid.com/watch/EiuUGLngsxq,
http://www.playvid.com/watch/j4zdZbdl2NG, http://www.playvid.com/watch/20dmLzNdgTz, http://www.playvid.com/watch/JakDxoJOm83,
http://www.playvid.com/watch/WAsUuh4NeRK, http://www.playvid.com/watch/aUO5tphcunK, http://www.playvid.com/watch/kJOuFIZ6nFc,
http://www.playvid.com/watch/rzA88wJDikN, http://www.playvid.com/watch/PNKbDUOBzeA, http://www.playvid.com/watch/8KteT-AgLLZ,
http://www.playvid.com/watch/UEUfb4oSDOO, http://www.playvid.com/watch/nW7KdcGvG3S, http://www.playvid.com/watch/IccAoVPEQH2,

http://www.playvid.com/watch/PsQV5gGzsDK, http://www.playvid.com/watch/dskrQ6mMkeT, http://www.playvid.com/watch/zQO8uso7q-9,
http://www.playvid.com/watch/5S9LTdUZu--, http://www.playvid.com/watch/hNj8yKhumPn, http://www.playvid.com/watch/uAjkTG-peWd,
http://www.playvid.com/watch/2zEYXBoHlvE, http://www.playvid.com/watch/xzg26wmhU2Z, http://www.playvid.com/watch/Jzyob74i2gh,
http://www.playvid.com/watch/2QLQsfRi9EG, http://www.playvid.com/watch/S6ASMJPxsEX, http://www.playvid.com/watch/mb5yIMJp35d,
http://www.playvid.com/watch/p4WRn0xwlkM, http://www.playvid.com/watch/AGJIqIEVo0P, http://www.playvid.com/watch/qJJxi67Jp8Y,
http://www.playvid.com/watch/KD5dAjcva2K, http://www.playvid.com/watch/Vq3YeKaTKQR, http://www.playvid.com/watch/A7DPcc-pmlJ,
http://www.playvid.com/watch/lo8A8qjqPJe, http://www.playvid.com/watch/i6XAof95DCk, http://www.playvid.com/watch/6iM4Nk-NdtE,
http://www.playvid.com/watch/LKNZwdR5w9o, http://www.playvid.com/watch/ILVcmCoCpn0, http://www.playvid.com/watch/brEyLmuvl-p,
http://www.playvid.com/watch/EhZsjnJUoEM, http://www.playvid.com/watch/bWOo5A0cenv, http://www.playvid.com/watch/voTCGv9BMjO,
http://www.playvid.com/watch/iJDlE-4sjDL, http://www.playvid.com/watch/8eGt6ZvvlWi, http://www.playvid.com/watch/dUzazFa6eO0,
http://www.playvid.com/watch/lIgJY4GU7z5, http://www.playvid.com/watch/NuN7aZtccT6, http://www.playvid.com/watch/UDJgrY7XNuK,
http://www.playvid.com/watch/wlcc-dhI5fv, http://www.playvid.com/watch/efy2Uyk5ekB, http://www.playvid.com/watch/UC3AR-6TTj4,
http://www.playvid.com/watch/yqbwRllj04P, http://www.playvid.com/watch/BnfT4D89KI8, http://www.playvid.com/watch/Gd86RPG9zjS,
http://www.playvid.com/watch/vZHG88RWsDX, http://www.playvid.com/watch/jIO0cZdrf92, http://www.playvid.com/watch/K-2zC8GJZ-C,
http://www.playvid.com/watch/FXeLTPBX3yM, http://www.playvid.com/watch/WAefu96NFNg, http://www.playvid.com/watch/PXFCom3YyEE,
http://www.playvid.com/watch/lXC7ApUgiCE, http://www.playvid.com/watch/puSnUQXFExL, http://www.playvid.com/watch/JU9aQw5mSz8,
http://www.playvid.com/watch/DlwRUTnMa8i, http://www.playvid.com/watch/sG7dSzuwrMl, http://www.playvid.com/watch/Aiqd7N3P2MI,
http://www.playvid.com/watch/Iq0PfgjZjdK, http://www.playvid.com/watch/BfJe8uFDST0, http://www.playvid.com/watch/8IzP4QCzpR3,
http://www.playvid.com/watch/kbArrNNzJI6, http://www.playvid.com/watch/zugWV9TCA-d, http://www.playvid.com/watch/bDQVGJP5gtr,
http://www.playvid.com/watch/cEOZOoCT3en, http://www.playvid.com/watch/sK0JYHx6ZWp, http://www.playvid.com/watch/3Ql9xyYkEIZ,
http://www.playvid.com/watch/DLsN0bykHPI, http://www.playvid.com/watch/4ewVRm9u4Fi, http://www.playvid.com/watch/R3oJCDs4ijo,
http://www.playvid.com/watch/EH-SotzQWOv, http://www.playvid.com/watch/euT3r696d38, http://www.playvid.com/watch/TP5FZlPtlra,
http://www.playvid.com/watch/Xf9y3oNTMr7, http://www.playvid.com/watch/qinXwrbapd8, http://www.playvid.com/watch/ABzKX0FydVL,
http://www.playvid.com/watch/4H7Uzqvt2R4, http://www.playvid.com/watch/vzhjWzEZz2A, http://www.playvid.com/watch/Q50Ti4FWW5f,
http://www.playvid.com/watch/osDGNieelPM, http://www.playvid.com/watch/uGgLDSi7pOT, http://www.playvid.com/watch/uw0gbPwIIuM,
http://www.playvid.com/watch/HTptcIsRpGb, http://www.playvid.com/watch/Meg2khojuR0, http://www.playvid.com/watch/e-86tafSy8S,
http://www.playvid.com/watch/IRQTjzn8vKM, http://www.playvid.com/watch/cBMshM7sb05, http://www.playvid.com/watch/xNiGbC7z7KW,
http://www.playvid.com/watch/qKCoUXBidH7, http://www.playvid.com/watch/X5GS8QP3kje, http://www.playvid.com/watch/q3wwVdK6z4T,
http://www.playvid.com/watch/ezHA7mBH2ZD, http://www.playvid.com/watch/eTXbqyH8q4f, http://www.playvid.com/watch/3B66XDhzdss,
http://www.playvid.com/watch/EvkoBVMBkNA, http://www.playvid.com/watch/uVynCH7Mpd5, http://www.playvid.com/watch/tlMmic6tWkF,
http://www.playvid.com/watch/bxYsvLpld79, http://www.playvid.com/watch/IWDMIJpsGZQ, http://www.playvid.com/watch/yxPnCYO43ZM,
http://www.playvid.com/watch/LnK7b9ESI-s, http://www.playvid.com/watch/z8tYSqoDsuw, http://www.playvid.com/watch/6DtbtNv0XqM,
http://www.playvid.com/watch/nLGac4AdD--, http://www.playvid.com/watch/iBRLji3XiRp, http://www.playvid.com/watch/ZYyUGsos4Ks,
http://www.playvid.com/watch/87k0Ly6s8zi, http://www.playvid.com/watch/KXlHgxiNopB, http://www.playvid.com/watch/oYXBOZEqRYJ,
http://www.playvid.com/watch/IpGSYVJYMAV, http://www.playvid.com/watch/rKfs5WnXVR9, http://www.playvid.com/watch/w2mLqJ-EybD,
http://www.playvid.com/watch/argd4LfpFqJ, http://www.playvid.com/watch/Zs0d7XAT2PI, http://www.playvid.com/watch/RVlcPsPtDQR,
http://www.playvid.com/watch/4BUUm6U47Y3, http://www.playvid.com/watch/hzDok-mjdiw, http://www.playvid.com/watch/RfiHMSK9mrv,
http://www.playvid.com/watch/3oeTnIjPwUL, http://www.playvid.com/watch/oJVjMbGTGTv, http://www.playvid.com/watch/vQnUpZm4e8z,
http://www.playvid.com/watch/2pvmTwMygtH, http://www.playvid.com/watch/XTeRwnIW0FR, http://www.playvid.com/watch/kqs7mDIhmGI,
http://www.playvid.com/watch/3XM23Tjv9Y6, http://www.playvid.com/watch/pjnJGao5oPv, http://www.playvid.com/watch/B5IlQEW-ZSJ,
http://www.playvid.com/watch/OiVQhrTmBCy, http://www.playvid.com/watch/griqHVyFW6Z, http://www.playvid.com/watch/b4bUe2T7Lm8,
http://www.playvid.com/watch/Nn8cZhXtZjd, http://www.playvid.com/watch/IMdgsFpyXR9, http://www.playvid.com/watch/KTT6rhEWO6l,
http://www.playvid.com/watch/7Fnz8elLQLw, http://www.playvid.com/watch/qv3f7B2HfWY, http://www.playvid.com/watch/Cc3Sz0HAkuf,
http://www.playvid.com/watch/Q--nc9ORw4b, http://www.playvid.com/watch/bvb3IH79MaK, http://www.playvid.com/watch/vTwNDmtbBOh,
http://www.playvid.com/watch/6Als-eH976O, http://www.playvid.com/watch/wvAfdq88req, http://www.playvid.com/watch/GPCAmb9Rgrx,
http://www.playvid.com/watch/nwkhCB-8vXB, http://www.playvid.com/watch/nPoCTABgabv, http://www.playvid.com/watch/Uf8DnZIhogl,
http://www.playvid.com/watch/6hrOhRs5HRE, http://www.playvid.com/watch/DBywOAxhaXz, http://www.playvid.com/watch/PQS-qhBuc5U,
http://www.playvid.com/watch/cXE4b8HK7ds, http://www.playvid.com/watch/uJPmBKOUYVZ, http://www.playvid.com/watch/agLKy6Ns4V6,
http://www.playvid.com/watch/EfSBIDV6NQk, http://www.playvid.com/watch/c6-tdZCQqPn, http://www.playvid.com/watch/ZHCHD--laeY,
http://www.playvid.com/watch/QCpIjXsMYlk, http://www.playvid.com/watch/fz9QBYyXQAe, http://www.playvid.com/watch/qaYCewhzynM,
http://www.playvid.com/watch/gPcN4RRYaPY, http://www.playvid.com/watch/Br2ppEcHwuD, http://www.playvid.com/watch/byfDeuI5AqD,
http://www.playvid.com/watch/EHsHTUeLCC8, http://www.playvid.com/watch/GEdDFpIKAEW, http://www.playvid.com/watch/rWl4slrJ5QC,
http://www.playvid.com/watch/0nPoUgVUVyI, http://www.playvid.com/watch/d7pDHVHqARc, http://www.playvid.com/watch/-wsKFwQEz0d,
http://www.playvid.com/watch/MYNqjw8wgl5, http://www.playvid.com/watch/tBCvD0qjK5z, http://www.playvid.com/watch/lxBHMO6q5yP,
http://www.playvid.com/watch/rwp9tKqEQ7m, http://www.playvid.com/watch/f-viRyiadvF, http://www.playvid.com/watch/8nU7q3Z7YwC,
http://www.playvid.com/watch/rR785xy83yq, http://www.playvid.com/watch/oEIpkGnI2tD, http://www.playvid.com/watch/siwkwlJftop,
http://www.playvid.com/watch/wswCxYkvtPE, http://www.playvid.com/watch/VR8V4HaNEwQ, http://www.playvid.com/watch/nzG-WrV-yH8,
http://www.playvid.com/watch/zc4ah9fYGZb, http://www.playvid.com/watch/CSWUz8bE-nO, http://www.playvid.com/watch/HqIpvF6w5ZU,
http://www.playvid.com/watch/xFZEN64GVnU, http://www.playvid.com/watch/sH85fm-Vjpv, http://www.playvid.com/watch/NkJaV4d-0BR,
http://www.playvid.com/watch/-L7QPG7Yq3k, http://www.playvid.com/watch/3xGuCcb6zC5, http://www.playvid.com/watch/hZdCHb2u2Ed,
http://www.playvid.com/watch/DoQLCMeyx6T, http://www.playvid.com/watch/GCOpC3z--R5, http://www.playvid.com/watch/IQJa8EUeOwH,
http://www.playvid.com/watch/aS0qGaoZqX8, http://www.playvid.com/watch/aG-8OyesonT, http://www.playvid.com/watch/05S0vUA6pLY,
http://www.playvid.com/watch/WxUzA0m2mjG, http://www.playvid.com/watch/YCGOxpXoI-S, http://www.playvid.com/watch/gSvbnf-XTGt,
http://www.playvid.com/watch/W8cfkQU-8cS, http://www.playvid.com/watch/5V4crzOGCHT, http://www.playvid.com/watch/FwspxDV0Rdg,
http://www.playvid.com/watch/4q3TJoScLIn, http://www.playvid.com/watch/QeFF8s9Nbmi, http://www.playvid.com/watch/vDRC8MPGrCp,
http://www.playvid.com/watch/I0QUk0UZA7A, http://www.playvid.com/watch/Ike7ADQ8XHz, http://www.playvid.com/watch/IMNE2Gfh2C7,
http://www.playvid.com/watch/OkRcoeCur4M, http://www.playvid.com/watch/GqvPytIWKtQ, http://www.playvid.com/watch/mhRDbtH4flT,
http://www.playvid.com/watch/7RgrX7r3G0e, http://www.playvid.com/watch/4nr8erQBLnS, http://www.playvid.com/watch/BlHNx3VRPYg,
http://www.playvid.com/watch/4ub7kW0W9OO, http://www.playvid.com/watch/9VZe3SUghV6, http://www.playvid.com/watch/IQIhcA-uTnJ,
http://www.playvid.com/watch/sbcn8anSEPm, http://www.playvid.com/watch/-ihgpOBUxfV, http://www.playvid.com/watch/TRyvFgFpEpt,
http://www.playvid.com/watch/A4eMsAjAJD9, http://www.playvid.com/watch/FbTEDgHQjFj, http://www.playvid.com/watch/YMHixAA2kUw,
http://www.playvid.com/watch/7IfkVN8Tvy0, http://www.playvid.com/watch/vvvyt5Cgw5c, http://www.playvid.com/watch/baAI0KNswco,
http://www.playvid.com/watch/2H3PL26GYjN, http://www.playvid.com/watch/bWXxfEyLC2s, http://www.playvid.com/watch/S6BpLq46fEB,
http://www.playvid.com/watch/NDnRF-TNLrF, http://www.playvid.com/watch/tguh3i5OBmJ, http://www.playvid.com/watch/xtc0ydfUHAS,
http://www.playvid.com/watch/yml3nCiH8It, http://www.playvid.com/watch/d6BnHdNZQHG, http://www.playvid.com/watch/2uOtq4zIb30,
http://www.playvid.com/watch/0cFBbHTmNuz, http://www.playvid.com/watch/V5pVPH9DcHO, http://www.playvid.com/watch/wYWpaM8d9Kv,
http://www.playvid.com/watch/AjZOghYHanq, http://www.playvid.com/watch/gLbHXZcOtuA, http://www.playvid.com/watch/qPQmPvF0poC,
http://www.playvid.com/watch/hXqSM7ULbh2, http://www.playvid.com/watch/U5YZvRjnzCP, http://www.playvid.com/watch/PWhWCsX3HLu,
http://www.playvid.com/watch/GAVBlFvXkyG, http://www.playvid.com/watch/s5B8Ft-gI7s, http://www.playvid.com/watch/HhcbGZ9OycI,
http://www.playvid.com/watch/RMh5rC2tr7q, http://www.playvid.com/watch/moEjuXSZqQM, http://www.playvid.com/watch/wPH2IGsPGOr,
http://www.playvid.com/watch/QQaepcNtoNH, http://www.playvid.com/watch/CpWT2AJm6dV, http://www.playvid.com/watch/Jg6fIyVST-u,
http://www.playvid.com/watch/VD70NOFH-4B, http://www.playvid.com/watch/62oxG3G5UTw, http://www.playvid.com/watch/v4SQxGIVFVE,
http://www.playvid.com/watch/ync3ZyEl5Zs, http://www.playvid.com/watch/7qfViL0JhBE, http://www.playvid.com/watch/E6cAm36izqE,
http://www.playvid.com/watch/WKOn23n-yx9, http://www.playvid.com/watch/LGw-DVpWQId, http://www.playvid.com/watch/hQ7Bp9vgfzK,
http://www.playvid.com/watch/zekRlnoWVvp, http://www.playvid.com/watch/27rkduQdgV3, http://www.playvid.com/watch/qgGT6bhlXPH,
http://www.playvid.com/watch/Ksqru9LLwnR, http://www.playvid.com/watch/A6dm03BTUxu, http://www.playvid.com/watch/fuInEhbrG3W,
http://www.playvid.com/watch/SzOMGL6uxYy, http://www.playvid.com/watch/z8mB6liXEK4, http://www.playvid.com/watch/IwUJIXnXkQ8,
http://www.playvid.com/watch/nrV-GlfvZCK, http://www.playvid.com/watch/cTNBaVKV5tY, http://www.playvid.com/watch/CbDEfB5JHYd,
http://www.playvid.com/watch/IO8I6K9jAb4, http://www.playvid.com/watch/UMe8zVmH9P4, http://www.playvid.com/watch/TVnxcbUIyin,
http://www.playvid.com/watch/BcCWLsJLki4, http://www.playvid.com/watch/HnKOV37-HXF, http://www.playvid.com/watch/-GK6T-kNHU8,
http://www.playvid.com/watch/OqWHCFlc2xi, http://www.playvid.com/watch/FfaNo9RLGK3, http://www.playvid.com/watch/jsOsR5KiF97,
http://www.playvid.com/watch/jDQi5KjG7eY, http://www.playvid.com/watch/Yj3e9AMmwzo, http://www.playvid.com/watch/qdNq0MERPHc,
http://www.playvid.com/watch/pWDd2YVGNR6, http://www.playvid.com/watch/Zk92Sdsgyy-, http://www.playvid.com/watch/SirJAPygyHM,
http://www.playvid.com/watch/kagjh6d7cYI, http://www.playvid.com/watch/uZlTloIXuLt, http://www.playvid.com/watch/WPSR8ppxIle,
http://www.playvid.com/watch/9A98mW9VjZy, http://www.playvid.com/watch/g0wUIeGwm0j, http://www.playvid.com/watch/E5SDyr9YQzL,
http://www.playvid.com/watch/9CZ0VCFFkl2, http://www.playvid.com/watch/sdFDJYXeneB, http://www.playvid.com/watch/Bl2dEoyfhPd,

http://www.playvid.com/watch/E9nFqUYzkLU, http://www.playvid.com/watch/pQY9ceEvkme, http://www.playvid.com/watch/Tee8fSt8uTk,
http://www.playvid.com/watch/2FTOdwOO4kS, http://www.playvid.com/watch/bw0KbT2YdNi, http://www.playvid.com/watch/7SNCl4o82rM,
http://www.playvid.com/watch/aR9gFUeF5kj, http://www.playvid.com/watch/wAosrxYmEax, http://www.playvid.com/watch/hdNJ4C7mYOd,
http://www.playvid.com/watch/lYSut9qADga, http://www.playvid.com/watch/FRhABAGjPPq, http://www.playvid.com/watch/DGPOmCxE9fW,
http://www.playvid.com/watch/bPtmiVr89uw, http://www.playvid.com/watch/wmRmNSmep_W, http://www.playvid.com/watch/KCKWeMl91uA,
http://www.playvid.com/watch/MSwNYrN-T3A, http://www.playvid.com/watch/VfPl8CtdgdH, http://www.playvid.com/watch/A_l3HBN3SVy,
http://www.playvid.com/watch/jv3TeWz3Bd0, http://www.playvid.com/watch/ebJ8S_KM-hm, http://www.playvid.com/watch/CHc-JX-sD5l,
http://www.playvid.com/watch/T6B7kbP4gza, http://www.playvid.com/watch/qKcNW-2822E, http://www.playvid.com/watch/LbqnCp9NK22,
http://www.playvid.com/watch/oaVYjQgsPVc
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chestershawn815
5.b. Uploader's email address: chestershawn815@aim.com
5.d. Uploader's profile: http://www.playvid.com/member/chestershawn815
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YlpMHXgHzg7, http://www.playvid.com/watch/xWFyDWNDiy2,
http://www.playvid.com/watch/CK1i6VmoESa, http://www.playvid.com/watch/CuG8U-1y7J0, http://www.playvid.com/watch/4JD3QHkC5IO,
http://www.playvid.com/watch/VrenLVVcL8Z, http://www.playvid.com/watch/8I85QC1cjjw, http://www.playvid.com/watch/HEUmqO6Gb8D,
http://www.playvid.com/watch/R29tjYTNYJq, http://www.playvid.com/watch/wag3tJw5aNp, http://www.playvid.com/watch/Xdo7vPx5xBE,
http://www.playvid.com/watch/sJlAO0RwVGi, http://www.playvid.com/watch/b8yffqZRtN9, http://www.playvid.com/watch/g3g7h3HTo7O,
http://www.playvid.com/watch/6iNfHq5ebu7, http://www.playvid.com/watch/qa1OWLB30HO, http://www.playvid.com/watch/uuAW4DYsMfU,
http://www.playvid.com/watch/Bi3Q3WtO72t, http://www.playvid.com/watch/UUO1w0wq0IG, http://www.playvid.com/watch/KPvvZiP1-5b,
http://www.playvid.com/watch/CYpzmLlPBE9, http://www.playvid.com/watch/EaPvfTx9sIQ, http://www.playvid.com/watch/6b5fUZmqNmG,
http://www.playvid.com/watch/FTbAn67VFha, http://www.playvid.com/watch/TahHdXDpr6L, http://www.playvid.com/watch/tgTXp4XsMfV,
http://www.playvid.com/watch/tIj21UC2YkK, http://www.playvid.com/watch/2B84eh2FD9p, http://www.playvid.com/watch/djaagbNddHq,
http://www.playvid.com/watch/HP0SdRC9Fpu, http://www.playvid.com/watch/vcljSVnGrKx, http://www.playvid.com/watch/6vuPvpujbwJ,
http://www.playvid.com/watch/CtCxTyHBe7i, http://www.playvid.com/watch/xdlbXmHGSbW, http://www.playvid.com/watch/rRgFWsrrOuY,
http://www.playvid.com/watch/bc6rdkvJwqS, http://www.playvid.com/watch/mr1UoznZity, http://www.playvid.com/watch/u27QzRVKv5I,
http://www.playvid.com/watch/6Mbh3yGVLUE, http://www.playvid.com/watch/MSNS9m0S2IJ, http://www.playvid.com/watch/-iTpk2N0-0f,
http://www.playvid.com/watch/ieEBHiA2NT4, http://www.playvid.com/watch/ctsAItX6FZV, http://www.playvid.com/watch/Oxuma6xCEEX,
http://www.playvid.com/watch/EqU2AGSZgjO, http://www.playvid.com/watch/eOhSQEyMyO1, http://www.playvid.com/watch/a4si3xAPmYR,
http://www.playvid.com/watch/Zty-EXDI2hu, http://www.playvid.com/watch/3v2D-qTbH6X, http://www.playvid.com/watch/PGxty1EXWXO,
http://www.playvid.com/watch/2n-3IafLfGd, http://www.playvid.com/watch/4jyqPZcdRWL, http://www.playvid.com/watch/KovzVJaNx2A,
http://www.playvid.com/watch/dLsGfZ4c6bh, http://www.playvid.com/watch/8dgdt0fYYjT, http://www.playvid.com/watch/Yh9-NJW64a7,
http://www.playvid.com/watch/gKBS40c8r-5, http://www.playvid.com/watch/qXwiSUQw8za, http://www.playvid.com/watch/0N6wyKeujpI,
http://www.playvid.com/watch/6vA8X7qmfPc, http://www.playvid.com/watch/LfJZq1wfpym, http://www.playvid.com/watch/H41hx8Oy6Av,
http://www.playvid.com/watch/IexHZtG8RsW, http://www.playvid.com/watch/VcrnHXgO8Ah, http://www.playvid.com/watch/Z9LhetjLiEj,
http://www.playvid.com/watch/rHOVFUNxDst, http://www.playvid.com/watch/jUAnBMFBsea, http://www.playvid.com/watch/o0OOkIlSfxq,
http://www.playvid.com/watch/w8rQJiiyqIg, http://www.playvid.com/watch/03wdW27ZvBX, http://www.playvid.com/watch/nAAbtZ697Az,
http://www.playvid.com/watch/fVyBGsQn7E6, http://www.playvid.com/watch/bVTDpm8ddR5, http://www.playvid.com/watch/ZxyKKebHyGt,
http://www.playvid.com/watch/jsIALKUAjod, http://www.playvid.com/watch/9n5Gcy4aN1u, http://www.playvid.com/watch/LLpeMp9XWvG,
http://www.playvid.com/watch/nTATZzcryjm, http://www.playvid.com/watch/XevgARyn7-r, http://www.playvid.com/watch/5kSYd78Kh6L,
http://www.playvid.com/watch/RGlhFb5w2yX, http://www.playvid.com/watch/FH4YY-EYLr2, http://www.playvid.com/watch/IXrldwxYtXp,
http://www.playvid.com/watch/5MwFPwi47KY, http://www.playvid.com/watch/ihQXiHe0OXy, http://www.playvid.com/watch/ZIg9ZwL09qc,
http://www.playvid.com/watch/nPLcs2DzVOF, http://www.playvid.com/watch/urtyRsULhvn, http://www.playvid.com/watch/ikGR47mne9V,
http://www.playvid.com/watch/yqhFzJvAvKr, http://www.playvid.com/watch/RS33GFj1Sp9, http://www.playvid.com/watch/3FvW9Vr2-1Z,
http://www.playvid.com/watch/Ea9THQBZYbP, http://www.playvid.com/watch/gjJ7VXII4uw, http://www.playvid.com/watch/32ciARJBrWB,
http://www.playvid.com/watch/GXTXJ7MeMCP, http://www.playvid.com/watch/dUWRtwSY4v1, http://www.playvid.com/watch/PDVZZWWmOYI,
http://www.playvid.com/watch/oeSGJIgp-2C, http://www.playvid.com/watch/ztnkyc6t2Pv, http://www.playvid.com/watch/Qqs0Ewpk8RI,
http://www.playvid.com/watch/crtYElNNP1u, http://www.playvid.com/watch/T0ULgylFEjT, http://www.playvid.com/watch/74KxF6oTGnR,
http://www.playvid.com/watch/LRXRFSbOHA5, http://www.playvid.com/watch/u5R1VFGIAjH, http://www.playvid.com/watch/uJET3r2QVlf,
http://www.playvid.com/watch/6dh6KTPr6at, http://www.playvid.com/watch/RgfXKmAcUgj, http://www.playvid.com/watch/2JK5MPuLTgT,
http://www.playvid.com/watch/IeWixx-iXk8, http://www.playvid.com/watch/iJUVUIwQ5mz, http://www.playvid.com/watch/C6nNG0zAf3R,
http://www.playvid.com/watch/CaPzBnwgq0d, http://www.playvid.com/watch/nzRKb4YzFoI, http://www.playvid.com/watch/ItQlDshLS7G,
http://www.playvid.com/watch/gSrH-M5csL7, http://www.playvid.com/watch/oINzR_9rgk4, http://www.playvid.com/watch/P2Kt7l6k8gE,
http://www.playvid.com/watch/0Kk5EFsO2vT, http://www.playvid.com/watch/atbWMn-zH34, http://www.playvid.com/watch/Lsarf6sXDvu,
http://www.playvid.com/watch/4G0SzKNH9E4, http://www.playvid.com/watch/myJ4-y2z_cK, http://www.playvid.com/watch/53fIVFCNDpV,
http://www.playvid.com/watch/HMaqsWRCWjD, http://www.playvid.com/watch/5LELSSw_6wt, http://www.playvid.com/watch/214CPGARHiR,
http://www.playvid.com/watch/iG_NpuBfOE7, http://www.playvid.com/watch/uNRRv85Fw-s, http://www.playvid.com/watch/mTl9Ab_KYjU,
http://www.playvid.com/watch/OdwFRg11I7t, http://www.playvid.com/watch/kbyV4RLGqUa, http://www.playvid.com/watch/yXALGcU-KD0,
http://www.playvid.com/watch/Ie7Nfp6oHdk, http://www.playvid.com/watch/H8s5V-jq9fr, http://www.playvid.com/watch/Lge9XcaYxoV,
http://www.playvid.com/watch/ItIotvhXvuT, http://www.playvid.com/watch/uJx6JNkL9El, http://www.playvid.com/watch/rKbOd6RGUlJ,
http://www.playvid.com/watch/eaiVt73ACDz, http://www.playvid.com/watch/knYpefPx7jV, http://www.playvid.com/watch/ZC2shGSPO5o,
http://www.playvid.com/watch/MXFLB8YJVmQ, http://www.playvid.com/watch/Iq9V24hGeaH, http://www.playvid.com/watch/eo2OntXLv2m,
http://www.playvid.com/watch/uk11T0-zZ2C, http://www.playvid.com/watch/dUMbv8QHDu5, http://www.playvid.com/watch/fuq1JY6FNUw,
http://www.playvid.com/watch/al9VpLwW8bH, http://www.playvid.com/watch/wK8JjwZG5B3, http://www.playvid.com/watch/YIaUmIuIajd,
http://www.playvid.com/watch/MOJOP3MKj0V, http://www.playvid.com/watch/KP7Ptt59ntt, http://www.playvid.com/watch/aBSSXlhA79g,
http://www.playvid.com/watch/fH0YvoZfAoY, http://www.playvid.com/watch/GjleWfGvPIo, http://www.playvid.com/watch/QBx1VnrqbAH,
http://www.playvid.com/watch/yMCzlos-ois, http://www.playvid.com/watch/HmKXAfd7b0g, http://www.playvid.com/watch/uFfsi5RW8nH,
http://www.playvid.com/watch/8QkZTP7qebG, http://www.playvid.com/watch/0MUPfb23aDp, http://www.playvid.com/watch/p0kf0E-MMsM,
http://www.playvid.com/watch/hSqQglamQL6, http://www.playvid.com/watch/P3oVUGJBZzp, http://www.playvid.com/watch/n24_h1ue_aa,
http://www.playvid.com/watch/h0t_FiFLyf0, http://www.playvid.com/watch/QaF6Fph7wVI, http://www.playvid.com/watch/EZcOLDF0_Ci,
http://www.playvid.com/watch/qJvmssof_-X, http://www.playvid.com/watch/fn0a5fPhfTP, http://www.playvid.com/watch/MbASg8EYkIb,
http://www.playvid.com/watch/BvoSt-7bEeY, http://www.playvid.com/watch/9PkQQIkHFE6, http://www.playvid.com/watch/vfp58giIlzJ,
http://www.playvid.com/watch/tNAC9mfI5pX, http://www.playvid.com/watch/22ZUxriWmBC, http://www.playvid.com/watch/UV1BVtJJg2m,
http://www.playvid.com/watch/ehbVp4R7-oj, http://www.playvid.com/watch/h_Zn9RTf4x4, http://www.playvid.com/watch/O-4f62l2QIz,
http://www.playvid.com/watch/XUN-W9_SKLE, http://www.playvid.com/watch/3Bh3y9Oy8GJ, http://www.playvid.com/watch/mt6n06MES8B,
http://www.playvid.com/watch/LuXibkP6B3n, http://www.playvid.com/watch/xF5Un-gFwhg, http://www.playvid.com/watch/eZgw--LHyyF,
http://www.playvid.com/watch/lH4vK7LRXcs, http://www.playvid.com/watch/yX1ltfh51Nh, http://www.playvid.com/watch/hbAeFFeFYVE,
http://www.playvid.com/watch/0-Vw6e_8R7j, http://www.playvid.com/watch/r6jZ3Cqmt-s, http://www.playvid.com/watch/0ewDcNpeJSs,
http://www.playvid.com/watch/nn7pbql65s2, http://www.playvid.com/watch/wCQhRwtGTAl, http://www.playvid.com/watch/d90CKfgtNn6,
http://www.playvid.com/watch/3Hmw8Vfa-ol, http://www.playvid.com/watch/sNaKyA_bTCr, http://www.playvid.com/watch/kkP2AQ6yto9,
http://www.playvid.com/watch/LlRsP0ixCrK, http://www.playvid.com/watch/NSb3xhMdeoi, http://www.playvid.com/watch/ZPWUdo3qBzQ,
http://www.playvid.com/watch/aeNhmzSqQ-2, http://www.playvid.com/watch/GuefbgQQf6w, http://www.playvid.com/watch/LOGODI7XL1A,
http://www.playvid.com/watch/hsROAhRbGyx, http://www.playvid.com/watch/gY4TrH8YcaJ, http://www.playvid.com/watch/AIgZ5qBLaIB,
http://www.playvid.com/watch/7pMzZePLM5Y, http://www.playvid.com/watch/I5T3yPMTsOv, http://www.playvid.com/watch/KezLIwyEmTT,
http://www.playvid.com/watch/2lt0ndGemov, http://www.playvid.com/watch/0jyk9JE3gI8, http://www.playvid.com/watch/AFKSoDzcF80,
http://www.playvid.com/watch/7jKdQJkHRRc, http://www.playvid.com/watch/xJjkAvniurc, http://www.playvid.com/watch/qMLPoJvtEdk,
http://www.playvid.com/watch/VR87knh_A_Y, http://www.playvid.com/watch/SbAxlRXuUm5, http://www.playvid.com/watch/Nib6UR7VuQn,
http://www.playvid.com/watch/bCqo2VgEupV, http://www.playvid.com/watch/HcafFKKCNDp, http://www.playvid.com/watch/xMWXmUjkRhJ,
http://www.playvid.com/watch/XSiLh-IL3p4, http://www.playvid.com/watch/irjL3bXIKrm, http://www.playvid.com/watch/d_gkmY14Oo8,
http://www.playvid.com/watch/GvKti3HAeFA, http://www.playvid.com/watch/uPpaaTD_o78, http://www.playvid.com/watch/EJfk0voD7qk,
http://www.playvid.com/watch/V6rg8rwLZtv, http://www.playvid.com/watch/VWOlwxoOTFj, http://www.playvid.com/watch/pPTWcpY_-tK,
http://www.playvid.com/watch/Pr7KvmgbUjW, http://www.playvid.com/watch/YoE8gjXHMty, http://www.playvid.com/watch/Cvpzr9ijTpx,
http://www.playvid.com/watch/Mk81Qy2a_Nw, http://www.playvid.com/watch/fRAC9bsXO0z, http://www.playvid.com/watch/3grQSgy1yHf,
http://www.playvid.com/watch/4qJmZWP-zYN, http://www.playvid.com/watch/BF3pLGaK8eh, http://www.playvid.com/watch/bDL4Z85muv6,

http://www.playvid.com/watch/Ui4ikwKXUTI, http://www.playvid.com/watch/zXYLceAHZeq, http://www.playvid.com/watch/ruNUgKAwH8z,
http://www.playvid.com/watch/ozlpb-pSFdd, http://www.playvid.com/watch/jy76QiIecxw, http://www.playvid.com/watch/8NqFKWMOsa5,
http://www.playvid.com/watch/DFrj0xI8tyi, http://www.playvid.com/watch/aRi6j8W7Mh3, http://www.playvid.com/watch/uXQzVPto39x,
http://www.playvid.com/watch/y8sg5Pfhwa0, http://www.playvid.com/watch/gpncDFY-3ZB, http://www.playvid.com/watch/JL4LAOKJuVr,
http://www.playvid.com/watch/r8w6y6IJZqI, http://www.playvid.com/watch/Th8FAa9okmo, http://www.playvid.com/watch/eo2NZ7YgfvT,
http://www.playvid.com/watch/yjyriFTBXrA, http://www.playvid.com/watch/YszPCG37_dc, http://www.playvid.com/watch/P3kZk68QRhq,
http://www.playvid.com/watch/lGB1WijzvJE, http://www.playvid.com/watch/bGv6gvAFH_N, http://www.playvid.com/watch/rODciV-pfFw,
http://www.playvid.com/watch/HgL8CnjxfNa, http://www.playvid.com/watch/wAYyK8OIgfG, http://www.playvid.com/watch/0kMMcg050Iz,
http://www.playvid.com/watch/t4_k6Aq3b9n, http://www.playvid.com/watch/tSc0EPvEr7N, http://www.playvid.com/watch/Z-wCkDnn7k0,
http://www.playvid.com/watch/qGRrBTsmEjg, http://www.playvid.com/watch/r0dEJVCmWRi, http://www.playvid.com/watch/TnIRou2b3Lr,
http://www.playvid.com/watch/MgeBFTbjZPf, http://www.playvid.com/watch/mPAENBZh25r, http://www.playvid.com/watch/RD2aThIUhS5,
http://www.playvid.com/watch/3cy23erbFbv, http://www.playvid.com/watch/Jjrg5ac0rqg, http://www.playvid.com/watch/gWftW3oF1PJ,
http://www.playvid.com/watch/EMRxsLHNP9z, http://www.playvid.com/watch/FII9juvSYGQ, http://www.playvid.com/watch/xKM-o5-qec6,
http://www.playvid.com/watch/DZ2Ucyjchq4, http://www.playvid.com/watch/f5iADMTLIcA, http://www.playvid.com/watch/gKuPVJaNBPl,
http://www.playvid.com/watch/5OuOC69H94r, http://www.playvid.com/watch/C7jA-7xxFfB, http://www.playvid.com/watch/21rD9785qtb,
http://www.playvid.com/watch/DvdljBMToLt, http://www.playvid.com/watch/kU_YN2MHoj6, http://www.playvid.com/watch/Cr-XByP8WSl,
http://www.playvid.com/watch/0VlHs0VBC5G, http://www.playvid.com/watch/vbtS_WqQ6Ex, http://www.playvid.com/watch/VSQJyyY0J05,
http://www.playvid.com/watch/go5ERLvFKOh, http://www.playvid.com/watch/LmKaR-D2viN, http://www.playvid.com/watch/7Mu3sWhTHAG,
http://www.playvid.com/watch/OiWQH6NZb0W, http://www.playvid.com/watch/z7EsJZxOr6B, http://www.playvid.com/watch/iY1TZfQXi2t,
http://www.playvid.com/watch/eB8Ag47fXQK, http://www.playvid.com/watch/BQI1egrhZ4Q, http://www.playvid.com/watch/uNCgusfE-Zz,
http://www.playvid.com/watch/d0AxEF-f7AW, http://www.playvid.com/watch/8V2GvvKJb94, http://www.playvid.com/watch/GheLLBj7J2A,
http://www.playvid.com/watch/RwRwAH8TFKy, http://www.playvid.com/watch/vGJiKNasXGb, http://www.playvid.com/watch/eoIK3Y93daM,
http://www.playvid.com/watch/PfUF3_I23zw, http://www.playvid.com/watch/6ZP5sH5Fi5p, http://www.playvid.com/watch/Whl9_L4fqcD,
http://www.playvid.com/watch/0RJht_97N0t, http://www.playvid.com/watch/NKTD1LELOHG, http://www.playvid.com/watch/GSmLQD53dNm,
http://www.playvid.com/watch/KpL4-dEhzso, http://www.playvid.com/watch/HUoT_8BVRZM, http://www.playvid.com/watch/I0Vr5Ww9rcj,
http://www.playvid.com/watch/zjOYJfO6_Uy, http://www.playvid.com/watch/BN4qtfX0Ee6, http://www.playvid.com/watch/JDXql1jEvRC,
http://www.playvid.com/watch/NSyPiaSe6VM, http://www.playvid.com/watch/fQcsNBwkaiH, http://www.playvid.com/watch/plXaaPyMOir,
http://www.playvid.com/watch/BbZkqg5EhJi, http://www.playvid.com/watch/20q7OSytfMM, http://www.playvid.com/watch/JHsj6Pc_WnG,
http://www.playvid.com/watch/k7xXHbWd8Ji, http://www.playvid.com/watch/LIjdOhQ5niU, http://www.playvid.com/watch/i3zmLJsTAwD,
http://www.playvid.com/watch/9FDJa55c_po, http://www.playvid.com/watch/aX4s_ZCvGaw, http://www.playvid.com/watch/fpQS3MXGTUG,
http://www.playvid.com/watch/P8YN7o9QcTw, http://www.playvid.com/watch/zZkviRw7J8e, http://www.playvid.com/watch/MCFB6muTlBL,
http://www.playvid.com/watch/LrYjDkPgvGi, http://www.playvid.com/watch/W-ShuUnlCad, http://www.playvid.com/watch/Z-ctdA3_ydh,
http://www.playvid.com/watch/3IC1kmWwbas, http://www.playvid.com/watch/we9vMv2kIv2, http://www.playvid.com/watch/aOG3bTivHb2,
http://www.playvid.com/watch/eRykMPkzW1L, http://www.playvid.com/watch/FxToFm3a3lo, http://www.playvid.com/watch/DkLG4v8kaI9,
http://www.playvid.com/watch/H6R7E8Yt2qt, http://www.playvid.com/watch/hAS1fFp31ih, http://www.playvid.com/watch/XMMG0ij9aSG,
http://www.playvid.com/watch/R7F23iA1jpt, http://www.playvid.com/watch/cZJQXlZ8Y35, http://www.playvid.com/watch/IjisvchfPx0,
http://www.playvid.com/watch/TgEyfuFW2az, http://www.playvid.com/watch/fv-hspYhwU0, http://www.playvid.com/watch/6s561UWzLlC,
http://www.playvid.com/watch/r7wp5O8UftK, http://www.playvid.com/watch/OSvNdGdPQm4, http://www.playvid.com/watch/ium5onf9abU,
http://www.playvid.com/watch/ojmeJJBJ1SX, http://www.playvid.com/watch/ubU2A4Tc54n, http://www.playvid.com/watch/n0s51yhbhml,
http://www.playvid.com/watch/387ZQWzYe0I, http://www.playvid.com/watch/or00XRCjAJJ, http://www.playvid.com/watch/hQTqYx8Eu8Y,
http://www.playvid.com/watch/nlLV1gLVno0, http://www.playvid.com/watch/VdHn0KMN6-p, http://www.playvid.com/watch/MkA5GQacf58,
http://www.playvid.com/watch/mUAFhBxS_ty, http://www.playvid.com/watch/lNpgJ9uBOfU, http://www.playvid.com/watch/RiCEI7Q4HOX,
http://www.playvid.com/watch/fZhlYX4itXm, http://www.playvid.com/watch/dZ229D4eey2, http://www.playvid.com/watch/3cg9lpxiEca,
http://www.playvid.com/watch/2nZKIYP_hsy, http://www.playvid.com/watch/OldN3xwlnFk, http://www.playvid.com/watch/NnNPLfTqaAW,
http://www.playvid.com/watch/3jGCslkystg, http://www.playvid.com/watch/NMqLh9jRouK, http://www.playvid.com/watch/N8SQcFNhvsK,
http://www.playvid.com/watch/5tg1sesXCPP, http://www.playvid.com/watch/P6HP07DSPNq, http://www.playvid.com/watch/ng3huoUjjTA,
http://www.playvid.com/watch/Ls2N777kz73, http://www.playvid.com/watch/0i85Gcn_oGo, http://www.playvid.com/watch/9mMCGTomzSJ,
http://www.playvid.com/watch/MydjyIP0pSm, http://www.playvid.com/watch/RJgN5in59sD, http://www.playvid.com/watch/jTRF3FUnfuN,
http://www.playvid.com/watch/BrfiRq8iua9, http://www.playvid.com/watch/n-gDR9zJ6M8, http://www.playvid.com/watch/L6fzROTjqcQ,
http://www.playvid.com/watch/oiCKl6ObC0z, http://www.playvid.com/watch/5M4tHb4w-sT, http://www.playvid.com/watch/F1X9ZCTiXiI,
http://www.playvid.com/watch/g-Flq4pu3gu, http://www.playvid.com/watch/t3Wa7gwj0va, http://www.playvid.com/watch/ovxjEwjEPLt,
http://www.playvid.com/watch/oJO-VXV4axy, http://www.playvid.com/watch/K7to6y9ksTG, http://www.playvid.com/watch/hO0J3_scq8S,
http://www.playvid.com/watch/dqOqSnvXpjQ, http://www.playvid.com/watch/A2SdDk0m9w0, http://www.playvid.com/watch/CfG-NWUt8tF,
http://www.playvid.com/watch/tDoc4H0pRs9, http://www.playvid.com/watch/3lOkT0kYf7t, http://www.playvid.com/watch/ttzR4qmQTUN,
http://www.playvid.com/watch/fiwT9KEriFW, http://www.playvid.com/watch/fzuTklHha5y, http://www.playvid.com/watch/o9cU-q_bjlQ,
http://www.playvid.com/watch/d3LO3e9IlQb, http://www.playvid.com/watch/EglV_J6nReX, http://www.playvid.com/watch/MGE8YI5cTqs,
http://www.playvid.com/watch/XMvuc0BHGa7, http://www.playvid.com/watch/pLJHWsAq8cB, http://www.playvid.com/watch/zc_JfDJnbEC,
http://www.playvid.com/watch/ZlE5Zo7zAqk, http://www.playvid.com/watch/oaJ1KOGl2Yi, http://www.playvid.com/watch/4lne1UpSmFJ,
http://www.playvid.com/watch/lIGQV-XtHdK, http://www.playvid.com/watch/aylo6mGzc9p, http://www.playvid.com/watch/29Aka-UyLHA,
http://www.playvid.com/watch/6b3fCmPn9xX, http://www.playvid.com/watch/TixaEj-_PBS, http://www.playvid.com/watch/fk4Su_cgGSy,
http://www.playvid.com/watch/To0sgP-5j4u, http://www.playvid.com/watch/2SDvBdCqzLT, http://www.playvid.com/watch/kBhZaO-TDAu,
http://www.playvid.com/watch/sCrLsRKQ-GD, http://www.playvid.com/watch/UFengvRmrZY, http://www.playvid.com/watch/Q-7ejkLjPY0,
http://www.playvid.com/watch/wuI5KR-l4-L, http://www.playvid.com/watch/KKPO6CPOwpz, http://www.playvid.com/watch/3CNJMcRQRwo,
http://www.playvid.com/watch/446G9wEtX_c, http://www.playvid.com/watch/oL1eMWZSB_k, http://www.playvid.com/watch/risVzxyfmLB,
http://www.playvid.com/watch/lArnEwDIEP8, http://www.playvid.com/watch/fmpLGd8nWId, http://www.playvid.com/watch/EGre_TDU3xM,
http://www.playvid.com/watch/nSLWLYkzyEG, http://www.playvid.com/watch/404TIiTrYRg, http://www.playvid.com/watch/X_48_ZgkgJl,
http://www.playvid.com/watch/5KMlqM_FE7c, http://www.playvid.com/watch/QUyTTyurLno, http://www.playvid.com/watch/Fx-Q74d-jXB,
http://www.playvid.com/watch/IHweixl5L-j, http://www.playvid.com/watch/a_HTQXTm2YH, http://www.playvid.com/watch/asROciUpuKq,
http://www.playvid.com/watch/KbPssZ335OD, http://www.playvid.com/watch/9gJA5U_TFPG, http://www.playvid.com/watch/JENZoQd2_KA,
http://www.playvid.com/watch/9pP6Y3ASmVL, http://www.playvid.com/watch/u019jr1rBb2, http://www.playvid.com/watch/Vuw0XQ-52MD,
http://www.playvid.com/watch/41C2GLp065o, http://www.playvid.com/watch/7F9kxgLOaRG, http://www.playvid.com/watch/L9feBdFOdwu,
http://www.playvid.com/watch/F9HBETq1sRn, http://www.playvid.com/watch/gS7Jo5zixeO, http://www.playvid.com/watch/BwHQHl7Z5vY,
http://www.playvid.com/watch/yem6ns8W8hu, http://www.playvid.com/watch/8H224IRrhmF, http://www.playvid.com/watch/imfCUaKr1Sc,
http://www.playvid.com/watch/OCJqhXTOIka, http://www.playvid.com/watch/yTrJEx8qh68, http://www.playvid.com/watch/CR3NexSthbw,
http://www.playvid.com/watch/NGlQpazCb4U, http://www.playvid.com/watch/p8BYGgZgAiB, http://www.playvid.com/watch/um_WhhscCSx,
http://www.playvid.com/watch/7kMYEQ2uMq0, http://www.playvid.com/watch/dzG_iKM0qCi, http://www.playvid.com/watch/riaDAhEqqp5,
http://www.playvid.com/watch/OVpvOuIrrcT, http://www.playvid.com/watch/4aJHU6kUeAj, http://www.playvid.com/watch/38Ywxn-Ojab,
http://www.playvid.com/watch/z2Exu9xY0Z7, http://www.playvid.com/watch/OZRleEzSFl3, http://www.playvid.com/watch/uXPC7IvFJJa,
http://www.playvid.com/watch/R50O3QGoYje, http://www.playvid.com/watch/Rdf9jlNn6hF, http://www.playvid.com/watch/fsYy5EZs8mH,
http://www.playvid.com/watch/bBQivdjfZo4, http://www.playvid.com/watch/HtPihIzuhDB, http://www.playvid.com/watch/cUBmku9_o7V,
http://www.playvid.com/watch/ZtU3FFkwZ6m, http://www.playvid.com/watch/lWv9pUJ6psk, http://www.playvid.com/watch/IAQBnAH-WIK,
http://www.playvid.com/watch/IwxLAidoYhj, http://www.playvid.com/watch/zF8smlmNZVS, http://www.playvid.com/watch/vxsGkL8s2u7,
http://www.playvid.com/watch/kWQ3UUCFVJl, http://www.playvid.com/watch/NK8khbGL5cq, http://www.playvid.com/watch/ooOCcBHGbbY,
http://www.playvid.com/watch/N5Zzdb2oil7, http://www.playvid.com/watch/ZvrW1wNHsVW, http://www.playvid.com/watch/VTsM8FGOf8F,
http://www.playvid.com/watch/v66P1qqCM6k, http://www.playvid.com/watch/I1N0oKFb6zG, http://www.playvid.com/watch/UBRaEOG4oXm,
http://www.playvid.com/watch/mDATgnyryIa, http://www.playvid.com/watch/bgNVQ0PrR4A, http://www.playvid.com/watch/RXjqUdUKz1h,
http://www.playvid.com/watch/3t6k1qrMLB9, http://www.playvid.com/watch/qNXSuXkmxau, http://www.playvid.com/watch/opipa-yQvRa,
http://www.playvid.com/watch/dPSiJTVwbDI, http://www.playvid.com/watch/dHS0gnjWv3s, http://www.playvid.com/watch/fZdbb2dO5Ua,
http://www.playvid.com/watch/i4fWQItxn7i, http://www.playvid.com/watch/ejCjQTMSFCm, http://www.playvid.com/watch/hHdSHrfCTlZ,
http://www.playvid.com/watch/UQRmFuFBeUI, http://www.playvid.com/watch/tzFDh_DerxT, http://www.playvid.com/watch/IvmFrIexWaH,
http://www.playvid.com/watch/Sjqtqf8LjUY, http://www.playvid.com/watch/a_PP5wcSEqX, http://www.playvid.com/watch/ylhbc85Dxcc,
http://www.playvid.com/watch/aDjSJ8kBT5K, http://www.playvid.com/watch/SkO0oiSzuFO, http://www.playvid.com/watch/eWKvwv9M8hG,
http://www.playvid.com/watch/gwTXytT_Eyj, http://www.playvid.com/watch/SR7lLY-v3K5, http://www.playvid.com/watch/Dy50Y4_82kt,
http://www.playvid.com/watch/9uZab6EuscJ, http://www.playvid.com/watch/cuBwvOvtXFS, http://www.playvid.com/watch/dYaos9dsqpG,
http://www.playvid.com/watch/CatE6FE3i2j, http://www.playvid.com/watch/7yXvvy6pRcy, http://www.playvid.com/watch/WudzC9AxcHJ,
http://www.playvid.com/watch/FOJ4F-ZTbpV, http://www.playvid.com/watch/kLqYKn_oQ66, http://www.playvid.com/watch/6TAxbzfsUdq,

http://www.playvid.com/watch/iwHESdlcfaq, http://www.playvid.com/watch/Kjg2EwKgAzW, http://www.playvid.com/watch/s4ME5M9eXNo,
http://www.playvid.com/watch/DXa_G5F5Uxg, http://www.playvid.com/watch/iccb4QbZ2eU, http://www.playvid.com/watch/ftcdu05eMKx,
http://www.playvid.com/watch/ywJODnCRphf, http://www.playvid.com/watch/d70ZNFgI6cX, http://www.playvid.com/watch/lEEua2fY33H,
http://www.playvid.com/watch/FLgnWGJQbaw, http://www.playvid.com/watch/CrtFhe-GW_H, http://www.playvid.com/watch/0TTwGGSyqVN,
http://www.playvid.com/watch/SVuJJdQlEZg, http://www.playvid.com/watch/aOTfeBeEHJc, http://www.playvid.com/watch/QtDQbHOPFPk,
http://www.playvid.com/watch/lxOmm4I2AX6, http://www.playvid.com/watch/H1DH2K2K3wV, http://www.playvid.com/watch/JNdfZrLCVix,
http://www.playvid.com/watch/Bu7P_tdckcc, http://www.playvid.com/watch/JHwKotqyRSn, http://www.playvid.com/watch/tbJYPzrct79,
http://www.playvid.com/watch/k4Be3rbfxSS, http://www.playvid.com/watch/ajckHpcXxYu, http://www.playvid.com/watch/P3RT92LxSct,
http://www.playvid.com/watch/hpasrO4RMxz, http://www.playvid.com/watch/J_xed4Rx8bX, http://www.playvid.com/watch/M_8a135rR8V,
http://www.playvid.com/watch/EyrMvmlofR5, http://www.playvid.com/watch/eraoyLMqmXU, http://www.playvid.com/watch/rfT_9Z2P2L3,
http://www.playvid.com/watch/Bv69sIPTHpj, http://www.playvid.com/watch/5997cR9mQ6X, http://www.playvid.com/watch/d4wBW0VLyEv,
http://www.playvid.com/watch/RridwQznLca, http://www.playvid.com/watch/aSjFXjSyzd9, http://www.playvid.com/watch/FimpSfXxJhl,
http://www.playvid.com/watch/J1-D6E0AMxG, http://www.playvid.com/watch/x6b_UMnmPsQ, http://www.playvid.com/watch/xbIqlrf5M4T,
http://www.playvid.com/watch/PoW9MkZlpCJ, http://www.playvid.com/watch/f6tfYEsWO3O, http://www.playvid.com/watch/hT2nHBr8U0q,
http://www.playvid.com/watch/2zlzfG3y5jm, http://www.playvid.com/watch/k4FwDiHdfUG, http://www.playvid.com/watch/Ha5RBCpRnO0,
http://www.playvid.com/watch/PE_7p-SqEK2, http://www.playvid.com/watch/gMP0uTzV5NM, http://www.playvid.com/watch/VQZLYZr1mpz,
http://www.playvid.com/watch/EvfFsBsQ93t, http://www.playvid.com/watch/a4I1-h8nzvf, http://www.playvid.com/watch/K63P2jevm8W,
http://www.playvid.com/watch/mW6DrFQL8lr, http://www.playvid.com/watch/LYhSx3LClyQ, http://www.playvid.com/watch/46ZfmiH5Tfy,
http://www.playvid.com/watch/ZHpLjezJK-H, http://www.playvid.com/watch/anUCmiZKsXx, http://www.playvid.com/watch/u5unefuccva,
http://www.playvid.com/watch/xU1jAUAr9fb, http://www.playvid.com/watch/wsuUviF8W3r, http://www.playvid.com/watch/YzC0RavlvEf,
http://www.playvid.com/watch/B1YdkU-w7zf, http://www.playvid.com/watch/Uclul0HLcdA, http://www.playvid.com/watch/sfceV-zh_lC,
http://www.playvid.com/watch/pBgwkc9QZVp, http://www.playvid.com/watch/6RwxId3q_9W, http://www.playvid.com/watch/sAIu_4_2pma,
http://www.playvid.com/watch/p29wCCjqb3c, http://www.playvid.com/watch/xcqnLy_xlqa, http://www.playvid.com/watch/k6M5MZxDNPU,
http://www.playvid.com/watch/k14H2ve5XmU, http://www.playvid.com/watch/NxkQpTyaETW, http://www.playvid.com/watch/ZfL-OPaU3WY,
http://www.playvid.com/watch/GpubfIxGhOB, http://www.playvid.com/watch/omg8Fq7F09o, http://www.playvid.com/watch/zhsTq78ibhG,
http://www.playvid.com/watch/TzCXgfNv75Y, http://www.playvid.com/watch/heNn4kNgM0r, http://www.playvid.com/watch/qSl9c8-_GHh,
http://www.playvid.com/watch/yL8LGu3i4Oa, http://www.playvid.com/watch/OkNH7Fv6s6V, http://www.playvid.com/watch/gMaf9pXQUWX,
http://www.playvid.com/watch/asK_dIJ-jEg, http://www.playvid.com/watch/Kw6gtFNBBKT, http://www.playvid.com/watch/lG5mYh53naj,
http://www.playvid.com/watch/Dwc4IZSPRor, http://www.playvid.com/watch/pRQuhoUz1vT, http://www.playvid.com/watch/HBhsfflCAW8,
http://www.playvid.com/watch/bBHICTDgpic, http://www.playvid.com/watch/TjB1JoLBJwB, http://www.playvid.com/watch/Dv8rzKKXoub,
http://www.playvid.com/watch/0d_TpWr_c5f, http://www.playvid.com/watch/BSQWWG1ovpZ, http://www.playvid.com/watch/veKKqusetbE,
http://www.playvid.com/watch/TLKXxx_bL6o, http://www.playvid.com/watch/UjbHlpio6-t, http://www.playvid.com/watch/DNeqGM695TA,
http://www.playvid.com/watch/o9EEF8yq6CH, http://www.playvid.com/watch/EtuzgtI3Ua4, http://www.playvid.com/watch/ll1zKRgj3Up,
http://www.playvid.com/watch/tUxZRrUNSZ7, http://www.playvid.com/watch/2_rqDknPkxW, http://www.playvid.com/watch/fKapm6oKyko,
http://www.playvid.com/watch/Nd_hV6_FRqt, http://www.playvid.com/watch/trrpZYaZr82, http://www.playvid.com/watch/VVG-IYrbyb5,
http://www.playvid.com/watch/8Zro9hTkgbR, http://www.playvid.com/watch/Cv4aN3dgNx2, http://www.playvid.com/watch/VJXQ00XOMgA,
http://www.playvid.com/watch/eboFxU_2KQC, http://www.playvid.com/watch/yVKhmjL9hMs, http://www.playvid.com/watch/qr4QoD0yKxG,
http://www.playvid.com/watch/bKH7zeq1U-v, http://www.playvid.com/watch/oHykrj2urbW, http://www.playvid.com/watch/vKo0dhP5eYB,
http://www.playvid.com/watch/uExCLgXls8u, http://www.playvid.com/watch/oPZsQjvJ1jZ, http://www.playvid.com/watch/RLWEZVYPIe6,
http://www.playvid.com/watch/aC774-B2Cib, http://www.playvid.com/watch/tsTdvniDF8v, http://www.playvid.com/watch/o_sQaijjMmS,
http://www.playvid.com/watch/TEwrZIdutBD, http://www.playvid.com/watch/FsgVqaLUBnW, http://www.playvid.com/watch/QKihLAl1Fxv,
http://www.playvid.com/watch/F_XbEHguOj8, http://www.playvid.com/watch/GFVT10wStPJ, http://www.playvid.com/watch/vZjgBuepSQD,
http://www.playvid.com/watch/pxIvJ8059iL, http://www.playvid.com/watch/sYhJVoBEc4O, http://www.playvid.com/watch/WpJGRVUCrNe,
http://www.playvid.com/watch/fpb6JIg1rKW, http://www.playvid.com/watch/p5c2SSllby4, http://www.playvid.com/watch/r0kRqPvqNhq,
http://www.playvid.com/watch/NYxdsWxT5Nv, http://www.playvid.com/watch/p6rfCYOuCmn, http://www.playvid.com/watch/Y8ne1_usew9,
http://www.playvid.com/watch/T8L0MbjWo-o, http://www.playvid.com/watch/Epjuy2TB3fz, http://www.playvid.com/watch/f3LbVvbHu0g,
http://www.playvid.com/watch/U0dnqOBVsZK, http://www.playvid.com/watch/ymxOc8BMb47, http://www.playvid.com/watch/Psy8awvXgUd,
http://www.playvid.com/watch/2FWODFZAwCz, http://www.playvid.com/watch/Q5kufZLVN9n, http://www.playvid.com/watch/XenZurRYyKQ,
http://www.playvid.com/watch/V6Yu8XOxLEu, http://www.playvid.com/watch/PATBp6nDYZZ, http://www.playvid.com/watch/olguF_F8t4P,
http://www.playvid.com/watch/d_nu4SuXocs, http://www.playvid.com/watch/z6TFqhxus0B, http://www.playvid.com/watch/MS324zeVq1R,
http://www.playvid.com/watch/yITJS8jQK2P, http://www.playvid.com/watch/gdnIbN43N3V, http://www.playvid.com/watch/PFRGggQFuWj,
http://www.playvid.com/watch/bx5_xsRYssa, http://www.playvid.com/watch/i5-wS_V9jzC, http://www.playvid.com/watch/w1vK1L1abvI,
http://www.playvid.com/watch/5DVrfoFbCpD, http://www.playvid.com/watch/6wsqrOWFhcg, http://www.playvid.com/watch/iu7Pdx-Ya4B,
http://www.playvid.com/watch/PqT3PMLFZce, http://www.playvid.com/watch/GnzTL1FkRxM, http://www.playvid.com/watch/2RcRDZ2fTxJ,
http://www.playvid.com/watch/TEl_kwbPXem, http://www.playvid.com/watch/m-m4XtsVh1i, http://www.playvid.com/watch/Wy7mktC8qKU,
http://www.playvid.com/watch/LKhp0VPLn2y, http://www.playvid.com/watch/Q2yKrdBnKd6, http://www.playvid.com/watch/IpW1Z-vZoMs,
http://www.playvid.com/watch/OguflKjnTeA, http://www.playvid.com/watch/WFZegjiJ0VH, http://www.playvid.com/watch/I_gLpdhbz4n,
http://www.playvid.com/watch/CiwTgK1xd2x, http://www.playvid.com/watch/vt2p69839Z9, http://www.playvid.com/watch/P63duELjG9M,
http://www.playvid.com/watch/JVVACgriTRR, http://www.playvid.com/watch/REXxbrNaJ_3, http://www.playvid.com/watch/Lg03yFyye5C,
http://www.playvid.com/watch/tfsuwe_o1j4, http://www.playvid.com/watch/zAlWJ-lanpy, http://www.playvid.com/watch/NuWs4yqCf7O,
http://www.playvid.com/watch/Vn9QVBzuFgt, http://www.playvid.com/watch/f0Ii33Mou9E, http://www.playvid.com/watch/WgAicPP4GW6,
http://www.playvid.com/watch/h0r3kO64a6Z, http://www.playvid.com/watch/LvDj-JiO5pF, http://www.playvid.com/watch/cGhj9G4SfTb,
http://www.playvid.com/watch/WYwk3jrtfEi, http://www.playvid.com/watch/Gx-Bf2xGq3G, http://www.playvid.com/watch/Yl86_jUIHRP,
http://www.playvid.com/watch/50WhZNy26yX, http://www.playvid.com/watch/27sUr_ipsF3, http://www.playvid.com/watch/urfHbbpYn0S,
http://www.playvid.com/watch/Bombu0AlNgA, http://www.playvid.com/watch/ldkbqAwKIZ8, http://www.playvid.com/watch/UX7x_RFgBwO,
http://www.playvid.com/watch/SWemvCqWEtQ, http://www.playvid.com/watch/QZjf41P5yQx, http://www.playvid.com/watch/hGqcWkrnCoG,
http://www.playvid.com/watch/W4l34M6wk1O, http://www.playvid.com/watch/pdlayvWqqpr, http://www.playvid.com/watch/dr-0P2xQKmd,
http://www.playvid.com/watch/M_cA0v1PEMd, http://www.playvid.com/watch/H0IBBYmjird, http://www.playvid.com/watch/vfL_CQ4G0rh,
http://www.playvid.com/watch/EgEGtOjg4Fk, http://www.playvid.com/watch/bavof1GN_St, http://www.playvid.com/watch/WlZmwBrgqno,
http://www.playvid.com/watch/p1dF01IhlfI, http://www.playvid.com/watch/JJHX70pDGiY, http://www.playvid.com/watch/m3vWC2Nz_nv,
http://www.playvid.com/watch/c3dEnMfPoxC, http://www.playvid.com/watch/eOoiAxKWKrT, http://www.playvid.com/watch/gjkA8kTwvNY,
http://www.playvid.com/watch/NfK3NgIAkPi, http://www.playvid.com/watch/gF85mz5ufRl, http://www.playvid.com/watch/FIImTehj2ff,
http://www.playvid.com/watch/htanP8XyaIg, http://www.playvid.com/watch/kjaD5mE-H2h, http://www.playvid.com/watch/3Z1lIcyDLPe,
http://www.playvid.com/watch/HXbxpdzUeNm, http://www.playvid.com/watch/rIyKk8MTKud, http://www.playvid.com/watch/o9vqqRT1gXx,
http://www.playvid.com/watch/qIN68FXNgdY, http://www.playvid.com/watch/JtSbXBiRLYK, http://www.playvid.com/watch/uzWeBuczoyQ,
http://www.playvid.com/watch/gHc_We_x_g7, http://www.playvid.com/watch/Uj4YvyC6I09, http://www.playvid.com/watch/KqAZjeWWW_j,
http://www.playvid.com/watch/6tPJ3T_yKIY, http://www.playvid.com/watch/EOB1UgyscJA, http://www.playvid.com/watch/Ss-lzPqJPfF,
http://www.playvid.com/watch/VPzmYsRSadH, http://www.playvid.com/watch/H-16DEYrj9Z, http://www.playvid.com/watch/OxO_3pH6GQn,
http://www.playvid.com/watch/zTwnrishDjy, http://www.playvid.com/watch/a0A-P3dTorN, http://www.playvid.com/watch/Gi0alMKdeIb,
http://www.playvid.com/watch/HB60cQZbRgJ, http://www.playvid.com/watch/X9vk6P0B9_L, http://www.playvid.com/watch/xtFSj_4iATT,
http://www.playvid.com/watch/FSekaRrfG3y, http://www.playvid.com/watch/B8SjiuHBK7W, http://www.playvid.com/watch/G1JKFVO8rku,
http://www.playvid.com/watch/C3UbbvgFd6Z, http://www.playvid.com/watch/jaScgFL9nQn, http://www.playvid.com/watch/9zNd3hOPro2,
http://www.playvid.com/watch/qPfjlav9F1B, http://www.playvid.com/watch/52m1HqfawyD, http://www.playvid.com/watch/lq2EzNH-TGU,
http://www.playvid.com/watch/t8xzoZx7a5G, http://www.playvid.com/watch/zo3TGz3-kgB, http://www.playvid.com/watch/3HeWHHhp8IY,
http://www.playvid.com/watch/woHfNPtiBSU, http://www.playvid.com/watch/SVqUlOMjgc8, http://www.playvid.com/watch/2KsLi6sGpmh,
http://www.playvid.com/watch/F2TWYHQNUSa, http://www.playvid.com/watch/yJdsdzyDYAC, http://www.playvid.com/watch/IDG1VTZm41m,
http://www.playvid.com/watch/ZgwF7krvbWd, http://www.playvid.com/watch/wXA2PSo0nOD, http://www.playvid.com/watch/7BfzkD8EpgV,
http://www.playvid.com/watch/O81XcQZ_amp, http://www.playvid.com/watch/JdcSTv11MqI, http://www.playvid.com/watch/Ygv6S8HFz9R,
http://www.playvid.com/watch/fsOm_vqpWqF, http://www.playvid.com/watch/KekhQVO8D6X, http://www.playvid.com/watch/FVY8WbP1aR3,
http://www.playvid.com/watch/6g0B5lpUpGS, http://www.playvid.com/watch/pU0gBomty2L, http://www.playvid.com/watch/SI_LVuRsNfX,
http://www.playvid.com/watch/Av0FzI6yV9C, http://www.playvid.com/watch/ywv7Qghz_wP, http://www.playvid.com/watch/pdkVT4zSI-0,
http://www.playvid.com/watch/Of8ZZP25fwF, http://www.playvid.com/watch/mcAkGRcWJoT, http://www.playvid.com/watch/kH3bsgD7bJj,
http://www.playvid.com/watch/Aw0zkvUSb7K, http://www.playvid.com/watch/uxj5CpAwKpQ, http://www.playvid.com/watch/2jv3mwsWDXW,
http://www.playvid.com/watch/FFfFjndmnGg, http://www.playvid.com/watch/24Pa-5G_FdW, http://www.playvid.com/watch/pRut3IHFaKv,
http://www.playvid.com/watch/bTBRFCNtNUl, http://www.playvid.com/watch/82G4n-3ndvC, http://www.playvid.com/watch/v0DUYRhNxGt,
http://www.playvid.com/watch/MrW9JgC_FKG, http://www.playvid.com/watch/9nKaq_rHlSu, http://www.playvid.com/watch/9sX5-0vEQmR,

http://www.playvid.com/watch/FsW6Q9eq_uA, http://www.playvid.com/watch/eJwWOCE6QMa, http://www.playvid.com/watch/vflJlcvcP_I, http://www.playvid.com/watch/gpt8VLlJhJx, http://www.playvid.com/watch/bFofP74WSu8, http://www.playvid.com/watch/L6LxOtIpjqK, http://www.playvid.com/watch/yje7MM10fGo, http://www.playvid.com/watch/JT08ZtSw3Qq, http://www.playvid.com/watch/qcUaInmsUzw, http://www.playvid.com/watch/Fs4Ku7XxNVs, http://www.playvid.com/watch/U39kFiMoOsM, http://www.playvid.com/watch/oVXEummGV9K, http://www.playvid.com/watch/uBE8HEu9G-G, http://www.playvid.com/watch/yZ5pbdYrTCH, http://www.playvid.com/watch/46XVqaJaUsv, http://www.playvid.com/watch/rWOT3KGrsCn, http://www.playvid.com/watch/TA6f40M2gDI, http://www.playvid.com/watch/hayQwEpvqxh, http://www.playvid.com/watch/PC1qUwg_sOk, http://www.playvid.com/watch/D-DUrbKAlEV, http://www.playvid.com/watch/R6SIcProitT, http://www.playvid.com/watch/xTaj1h3veVn, http://www.playvid.com/watch/FOoSLN2wNcm, http://www.playvid.com/watch/R0MQSYgUUQz, http://www.playvid.com/watch/pVKWlwcOAbV, http://www.playvid.com/watch/q0zv1lC66o9, http://www.playvid.com/watch/W_hHG58n8Pm, http://www.playvid.com/watch/JhsFE5w_W1Y, http://www.playvid.com/watch/fTKp4E-JYT3, http://www.playvid.com/watch/zZb2EScPkmC, http://www.playvid.com/watch/mz7ojU3eWLG, http://www.playvid.com/watch/d-C3jba-22j, http://www.playvid.com/watch/NKyfZJ4BnMk, http://www.playvid.com/watch/HnP1IBIVhsz, http://www.playvid.com/watch/RZX0zsM4lXh, http://www.playvid.com/watch/vO2V5Q1It1t, http://www.playvid.com/watch/oMQjOUgYTov, http://www.playvid.com/watch/0Ix8Q_FHYqb, http://www.playvid.com/watch/rN0FwLDF8aP, http://www.playvid.com/watch/FX6eMgT4-Jz, http://www.playvid.com/watch/cVaj4D699oX, http://www.playvid.com/watch/rLAfptBr2NZ, http://www.playvid.com/watch/568Vbh128PG, http://www.playvid.com/watch/6pEXyd7XZPK, http://www.playvid.com/watch/mHALrYCOJH3, http://www.playvid.com/watch/eXv52RnpvYE, http://www.playvid.com/watch/gwDS1gFj4Mn, http://www.playvid.com/watch/MQB0-qDPhWX, http://www.playvid.com/watch/Py453hB-Njj, http://www.playvid.com/watch/nBYcFv6TOOE, http://www.playvid.com/watch/gREOX5Bsrcr, http://www.playvid.com/watch/EeTuQnKLIfz, http://www.playvid.com/watch/z30gqimpMPk, http://www.playvid.com/watch/wJcHni2dtwY, http://www.playvid.com/watch/n3j0AkMQXLV, http://www.playvid.com/watch/jXxXjGIeDio, http://www.playvid.com/watch/ktIUIKZK_a4, http://www.playvid.com/watch/ij2MDzSsboC, http://www.playvid.com/watch/c183nuou-TR, http://www.playvid.com/watch/oQx3zmybRAa, http://www.playvid.com/watch/fslURpRSa_K, http://www.playvid.com/watch/SWRR7V8bgas, http://www.playvid.com/watch/VFiTxoM3qPD, http://www.playvid.com/watch/SYdtX6M4ZCK, http://www.playvid.com/watch/7CsENixtTEF, http://www.playvid.com/watch/AEW2x_Hs-wR, http://www.playvid.com/watch/rnlt-YNpi6V, http://www.playvid.com/watch/EFMnUHIo8jR, http://www.playvid.com/watch/WStR6SZfDmy, http://www.playvid.com/watch/pytRDzCyiZB, http://www.playvid.com/watch/e4_9P3DoKIH, http://www.playvid.com/watch/dOJEzz_xFv5, http://www.playvid.com/watch/K9ZsuWN4L8M, http://www.playvid.com/watch/VdGBxk8GRlY, http://www.playvid.com/watch/CH8q96w0uFJ, http://www.playvid.com/watch/Z0nMcd9v3o2, http://www.playvid.com/watch/kl5eyAFNUHC, http://www.playvid.com/watch/cd96EnezYwI, http://www.playvid.com/watch/g1qXhZaKanx, http://www.playvid.com/watch/raXxeWl1H5B, http://www.playvid.com/watch/i8Xb7BljTyB, http://www.playvid.com/watch/Gq1nXvumYFp, http://www.playvid.com/watch/h2VRL5IA6tQ, http://www.playvid.com/watch/xYEgJ9HVcVS, http://www.playvid.com/watch/MrUuvfKJNV9, http://www.playvid.com/watch/vKMiAttkN7M, http://www.playvid.com/watch/99z10TARVZ7, http://www.playvid.com/watch/G67N8Z-FF30, http://www.playvid.com/watch/QLIgtHh_NwN, http://www.playvid.com/watch/TCEl61rpEEp, http://www.playvid.com/watch/VOETO8VmaCn, http://www.playvid.com/watch/PRuHdnG1iFc, http://www.playvid.com/watch/ez-npgzOLtd, http://www.playvid.com/watch/792uzjhLU73, http://www.playvid.com/watch/DIOgSyVmBNM, http://www.playvid.com/watch/d2ubzvlSJNw, http://www.playvid.com/watch/MkH90Gjlj4w, http://www.playvid.com/watch/R8HAVoVB2oc, http://www.playvid.com/watch/MdADhVfPSdc, http://www.playvid.com/watch/zzkR0B2q7Rt, http://www.playvid.com/watch/RZ_S7-sW5Sp, http://www.playvid.com/watch/GN6zXwB7ldy, http://www.playvid.com/watch/4xyY0HO439g, http://www.playvid.com/watch/YxzyxAeJs55, http://www.playvid.com/watch/ir5xyMEQaQg, http://www.playvid.com/watch/nS59KII53Yz, http://www.playvid.com/watch/qz6L1qTFyxK, http://www.playvid.com/watch/i9qPH-TspEL, http://www.playvid.com/watch/lStVLpJLNw2, http://www.playvid.com/watch/95xB_ewE0oz, http://www.playvid.com/watch/RmcgCUDgWQq, http://www.playvid.com/watch/3MikJEPsgwh, http://www.playvid.com/watch/0g28JaooWJ7, http://www.playvid.com/watch/ouvTWrHU1WC, http://www.playvid.com/watch/8jTOa6LY0en, http://www.playvid.com/watch/BUp7T7NmOO5, http://www.playvid.com/watch/bZ2ExlUwmpG, http://www.playvid.com/watch/rFdDZgOMKGv, http://www.playvid.com/watch/hrY08vPMNOR, http://www.playvid.com/watch/CIIajjV_Y9m, http://www.playvid.com/watch/A13TKjIwLCE, http://www.playvid.com/watch/SSyNMb7kJsU, http://www.playvid.com/watch/Hme7mnaD7_w, http://www.playvid.com/watch/xegQ0UbUrye, http://www.playvid.com/watch/JMaOqq3iUQ5, http://www.playvid.com/watch/r-6EoCXoPOo, http://www.playvid.com/watch/GHLQ-21C7QP, http://www.playvid.com/watch/3qwEd80fQJ0, http://www.playvid.com/watch/LbHY1bzt6_y, http://www.playvid.com/watch/5HCPPXgCaqO, http://www.playvid.com/watch/puFBTJDze0f, http://www.playvid.com/watch/HHJ_ulxFncO, http://www.playvid.com/watch/HQwjkHV-R29, http://www.playvid.com/watch/IzVRFm8ozX9, http://www.playvid.com/watch/GVAHu70e_St, http://www.playvid.com/watch/XyRnqZ2TX0K, http://www.playvid.com/watch/kLaODbVzbfd, http://www.playvid.com/watch/WUUfghsHv_L, http://www.playvid.com/watch/UQyQ9IcSntb, http://www.playvid.com/watch/hc7KfDbgwzH, http://www.playvid.com/watch/eF3UY_5vt4T, http://www.playvid.com/watch/pKD_I4EspZ8, http://www.playvid.com/watch/AkF4Uk4Nbs8, http://www.playvid.com/watch/afZwLG2vBdD, http://www.playvid.com/watch/Af_nidz9rpx, http://www.playvid.com/watch/2GBKUVMZhiY, http://www.playvid.com/watch/Sz7amPIh2Yp, http://www.playvid.com/watch/T1T_a8eMqc9, http://www.playvid.com/watch/6Q4WvwTPOpQ, http://www.playvid.com/watch/S4_ru6bakCy, http://www.playvid.com/watch/EavH7d50gsv, http://www.playvid.com/watch/dKm7TxNo7i4, http://www.playvid.com/watch/GyQgtHXRLw5, http://www.playvid.com/watch/jVSJDQ7iBmp, http://www.playvid.com/watch/mLiOH51LHzJ, http://www.playvid.com/watch/c4wWDwAlRL0, http://www.playvid.com/watch/QgJOuIs2UbK, http://www.playvid.com/watch/w40Ey0m-P1b, http://www.playvid.com/watch/ERlJ0HmYvmm, http://www.playvid.com/watch/g-YiMjO-hgu, http://www.playvid.com/watch/OKIe3yjPtqG, http://www.playvid.com/watch/vvRjOCgrOqe, http://www.playvid.com/watch/IaopWGQoko2, http://www.playvid.com/watch/Zc9voXVwi5x, http://www.playvid.com/watch/pq3u2LvOkl5, http://www.playvid.com/watch/rRJRx9PbMUs, http://www.playvid.com/watch/Gt3nI-8F8YR, http://www.playvid.com/watch/c2i_RNTbob9, http://www.playvid.com/watch/brXgG1O-soN, http://www.playvid.com/watch/yzPzjoq943j, http://www.playvid.com/watch/inGv1l5rtf4, http://www.playvid.com/watch/xwN_FLLzhDX, http://www.playvid.com/watch/0zZfNo189Vu, http://www.playvid.com/watch/n5fPGjKFM8i, http://www.playvid.com/watch/v5rDljY9FY3, http://www.playvid.com/watch/2JpCTcWRQn5, http://www.playvid.com/watch/rk-kAf2okJu, http://www.playvid.com/watch/QRewq238baL, http://www.playvid.com/watch/jnAWzEyd7se, http://www.playvid.com/watch/hnZXTR31297, http://www.playvid.com/watch/YO0XfEnOatB, http://www.playvid.com/watch/C012RIqQ6EX, http://www.playvid.com/watch/61XRGEkvTYL, http://www.playvid.com/watch/Sju74XpPaFQ, http://www.playvid.com/watch/L0JfIkfEqoM, http://www.playvid.com/watch/KfVplZBEefz, http://www.playvid.com/watch/Ug-JzfEsh53, http://www.playvid.com/watch/SjRerY6JIdO, http://www.playvid.com/watch/r_noznZQuwp, http://www.playvid.com/watch/7QCMJzOZKfN, http://www.playvid.com/watch/EM8j0wyQdsN, http://www.playvid.com/watch/PXytZ3fFsy8, http://www.playvid.com/watch/kwDQpL7Obh8, http://www.playvid.com/watch/Flelcnv4QDV, http://www.playvid.com/watch/4N1VIJtcITH, http://www.playvid.com/watch/EhxtAEc5zE2, http://www.playvid.com/watch/hPC0blI83lM, http://www.playvid.com/watch/P1Qd8qOERbe, http://www.playvid.com/watch/7uii1vPu3ch, http://www.playvid.com/watch/zz_AGZHz0gV, http://www.playvid.com/watch/ptsFTCesYwl, http://www.playvid.com/watch/2I2VNv70ptt, http://www.playvid.com/watch/I_ks5lLqj2c, http://www.playvid.com/watch/RxAXx9YFvTV, http://www.playvid.com/watch/nDYMTF0SrGV, http://www.playvid.com/watch/bk_QlYtiXkx, http://www.playvid.com/watch/8QtNIBZbl67, http://www.playvid.com/watch/h-_JG3jcvbu
5.f. Date of third notice: 2014-04-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ChilenoHunkTv
5.b. Uploader's email address: chilenogk1992@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ChilenoHunkTv
5.e. List of videos posted by uploader: http://www.playvid.com/watch/lNhtdcuurXO, http://www.playvid.com/watch/TveO7UBk3ts, http://www.playvid.com/watch/kVtQKslYquW, http://www.playvid.com/watch/UelPwsaacwp, http://www.playvid.com/watch/fVTpbB-mCXo, http://www.playvid.com/watch/GkGMUmr7Xnl, http://www.playvid.com/watch/FCkWlv63Shz
5.f. Date of third notice: 2014-03-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chilimo
5.b. Uploader's email address: webasaytere@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/chilimo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AV335IMmtr3, http://www.playvid.com/watch/8f6tVizrPlg, http://www.playvid.com/watch/hN3MG7TS-i0, http://www.playvid.com/watch/fSSaQbS47GE, http://www.playvid.com/watch/7EgmRiraXoS, http://www.playvid.com/watch/U4ylEycGUH8, http://www.playvid.com/watch/aY6gWV3ZKPu, http://www.playvid.com/watch/WyAnChFpVJy, http://www.playvid.com/watch/jaifI-EhqUw, http://www.playvid.com/watch/sEloEcCclKk, http://www.playvid.com/watch/RxGcnqLfmZ8, http://www.playvid.com/watch/djWWOm9G7-3, http://www.playvid.com/watch/l9MvwnbCJa0, http://www.playvid.com/watch/wOwnCJAt5XZ, http://www.playvid.com/watch/Pa2pwwma4x2, http://www.playvid.com/watch/rUUvGZFq-Dj, http://www.playvid.com/watch/yO97rhcpXXj, http://www.playvid.com/watch/xx5KiSqLWV7, http://www.playvid.com/watch/tV8QAYyv5S3, http://www.playvid.com/watch/x57aVYWXGdA, http://www.playvid.com/watch/bn8yj90v2Qm, http://www.playvid.com/watch/bEz5Z5B22Yk, http://www.playvid.com/watch/e7duMO37d7b, http://www.playvid.com/watch/4Uxo3CnLspI, http://www.playvid.com/watch/NoYkBmW28Gw, http://www.playvid.com/watch/szMgTCb28Ze, http://www.playvid.com/watch/Ehn8so2kYE0, http://www.playvid.com/watch/WQ3Bq7q7D0e, http://www.playvid.com/watch/N-hTwybkxSI, http://www.playvid.com/watch/UNo0joFXCjm, http://www.playvid.com/watch/9-hxq9YlpqC, http://www.playvid.com/watch/pwlH6cbXuBc,

http://www.playvid.com/watch/OfwHlZVcjm6, http://www.playvid.com/watch/KlKUwQNsZYA, http://www.playvid.com/watch/zh7TPRSbJOf, http://www.playvid.com/watch/TfYBZDgweAs, http://www.playvid.com/watch/m-0Egn6DVLw, http://www.playvid.com/watch/ntASoqOcX8O, http://www.playvid.com/watch/C3jF7SjsKWs, http://www.playvid.com/watch/JRhAafRzuEi, http://www.playvid.com/watch/9dSwEsQiyYV, http://www.playvid.com/watch/uFohV7SCEMD, http://www.playvid.com/watch/rhfHqav5UPr, http://www.playvid.com/watch/wEai3qIDWkc, http://www.playvid.com/watch/6DOP7Un0Vv8, http://www.playvid.com/watch/LivTEVM3y77, http://www.playvid.com/watch/lkPFqHz2bgy, http://www.playvid.com/watch/k4VOzCYH-V3, http://www.playvid.com/watch/4M3A2zsUiQE, http://www.playvid.com/watch/43yhLyK0vkK, http://www.playvid.com/watch/ycw4b3PYXwS, http://www.playvid.com/watch/gpOuGtcI0Mo, http://www.playvid.com/watch/XyBy6p5bhQ0, http://www.playvid.com/watch/AfgFdxxZrvC, http://www.playvid.com/watch/o2ZanJBo86O, http://www.playvid.com/watch/WG-CrU95Yu4, http://www.playvid.com/watch/CDR4mv5BFEH, http://www.playvid.com/watch/LE2Fxmmvuc5, http://www.playvid.com/watch/4cLGB3im9jH, http://www.playvid.com/watch/6xqljff6FAY, http://www.playvid.com/watch/hc--W8r8NOZ, http://www.playvid.com/watch/YPmEbTz88LV, http://www.playvid.com/watch/-vj2ZPN0gP4, http://www.playvid.com/watch/e5GFCy0YsVd, http://www.playvid.com/watch/hRwfyP9yer6, http://www.playvid.com/watch/jIDjuyk2L0N, http://www.playvid.com/watch/YLiQHLKtyle, http://www.playvid.com/watch/3stp4wOnlCJ, http://www.playvid.com/watch/mb-Mpmmjbqi, http://www.playvid.com/watch/Gq3EL6wwai-, http://www.playvid.com/watch/AnB33sEDRC8, http://www.playvid.com/watch/NcqnUHajexr, http://www.playvid.com/watch/Am3rIxRZ08s, http://www.playvid.com/watch/jLYKoSyUkya, http://www.playvid.com/watch/sS0eNLlzQ7Q, http://www.playvid.com/watch/ITKtFGBH0uI, http://www.playvid.com/watch/wTx3xBxgGlV, http://www.playvid.com/watch/tj8NHxTbJc7, http://www.playvid.com/watch/bPkNBhCZbB8, http://www.playvid.com/watch/RpsrMPSDFDJ, http://www.playvid.com/watch/x3Hx3lIigrd, http://www.playvid.com/watch/PbC52KDfDNj, http://www.playvid.com/watch/0rTkwLfAeSM, http://www.playvid.com/watch/EesZWEDppFi, http://www.playvid.com/watch/FcRFiU2Kpjn, http://www.playvid.com/watch/Lj4XiBVRn0m, http://www.playvid.com/watch/K8zPOJqYBKy, http://www.playvid.com/watch/Wi78nzhf86w, http://www.playvid.com/watch/VNIebotjypP, http://www.playvid.com/watch/XyclXdAhFIF, http://www.playvid.com/watch/wxoeVp-iz9o, http://www.playvid.com/watch/qbZTePJ6eAD, http://www.playvid.com/watch/zSgMNJTuM4l, http://www.playvid.com/watch/9XBeDoINQpl, http://www.playvid.com/watch/h5N3GX3i3Tb, http://www.playvid.com/watch/XBr353DZXkv, http://www.playvid.com/watch/g86UU9olHT-, http://www.playvid.com/watch/5UdfB3xPSfn, http://www.playvid.com/watch/pljN0szCvW0, http://www.playvid.com/watch/sX5bgUKQ6-9, http://www.playvid.com/watch/KoLrK2KfRuM, http://www.playvid.com/watch/9KyHWI33KZL, http://www.playvid.com/watch/99QY3weDM9W, http://www.playvid.com/watch/ljHV9RDjlZ6, http://www.playvid.com/watch/S8SLsx8VWxJ, http://www.playvid.com/watch/rryMuWXtDxc, http://www.playvid.com/watch/DrfjlOYiR9z, http://www.playvid.com/watch/IHDBzNTjgvm, http://www.playvid.com/watch/FAJymLURgDT, http://www.playvid.com/watch/yx-ZxpBkRWP, http://www.playvid.com/watch/fRK-sIzJ-C9, http://www.playvid.com/watch/y8EeVRugnjG, http://www.playvid.com/watch/ElrImXWSEsO, http://www.playvid.com/watch/o2hjUPmYI7w, http://www.playvid.com/watch/iQeIUoCkbue, http://www.playvid.com/watch/aS3A4okyWP9, http://www.playvid.com/watch/pGX5r32wrPV, http://www.playvid.com/watch/9AMH6X6Txr-, http://www.playvid.com/watch/ne7QrR4kUgF, http://www.playvid.com/watch/uH6ZCWpcBKZ, http://www.playvid.com/watch/7alFEdK4XW8, http://www.playvid.com/watch/DAMZzY0j29i, http://www.playvid.com/watch/uZd3bDpExVj, http://www.playvid.com/watch/PGkKKe-XLQO, http://www.playvid.com/watch/Z4nvG8qG4un, http://www.playvid.com/watch/erDgF0tfdiQ, http://www.playvid.com/watch/g40UqBPp2CY, http://www.playvid.com/watch/SooBS4WHW69, http://www.playvid.com/watch/OA4iX57bxDM, http://www.playvid.com/watch/WgvUOJ2iyWp, http://www.playvid.com/watch/ZWiQ4Excq7H, http://www.playvid.com/watch/MzBSrY5dlXr, http://www.playvid.com/watch/AyrBnfqSnnI, http://www.playvid.com/watch/U3uBhKTESPe, http://www.playvid.com/watch/TMeVk9v3LEd, http://www.playvid.com/watch/oSB4qq4wS7s, http://www.playvid.com/watch/gctmyI7qUj4, http://www.playvid.com/watch/hI-Gh44srCz, http://www.playvid.com/watch/nsXCx8tHdAU, http://www.playvid.com/watch/0hAVeOEyZij, http://www.playvid.com/watch/Pacxibsdz-N, http://www.playvid.com/watch/zRX4SAt86e7, http://www.playvid.com/watch/rxjBAAgeIh4, http://www.playvid.com/watch/HdfQ3y7iErF, http://www.playvid.com/watch/Z0OJxOm5am2, http://www.playvid.com/watch/b2BZMWfdXxt, http://www.playvid.com/watch/RGWXWCSD8ec, http://www.playvid.com/watch/aHmWsX73hMG, http://www.playvid.com/watch/u2yEdtQ0e32, http://www.playvid.com/watch/LiVQvDg277-, http://www.playvid.com/watch/ecI-Rv6qgIk, http://www.playvid.com/watch/uMAp5KMgr7Y, http://www.playvid.com/watch/EYhk8ruiJFP, http://www.playvid.com/watch/sgNB5LBDiJA, http://www.playvid.com/watch/-AkHPiUcAPs, http://www.playvid.com/watch/oeFuvpvB7RE, http://www.playvid.com/watch/I-t99FCVm0y, http://www.playvid.com/watch/0jBkRqJb727, http://www.playvid.com/watch/lOUYMYOycw6, http://www.playvid.com/watch/4ObuSZtiV5l, http://www.playvid.com/watch/oa8En86uf8a, http://www.playvid.com/watch/4G68JBfxuX6, http://www.playvid.com/watch/ZH8cXAXdNNV, http://www.playvid.com/watch/HaRCu3yGaRZ, http://www.playvid.com/watch/HnOG3J4m4dO, http://www.playvid.com/watch/4iQ-3H4fzCV, http://www.playvid.com/watch/PvQQrFyusqT, http://www.playvid.com/watch/NRQxeaoXoOX, http://www.playvid.com/watch/SybbdmRs5UZ, http://www.playvid.com/watch/j75U7IYzOFU, http://www.playvid.com/watch/RK0KUnv-Vu0, http://www.playvid.com/watch/HFGofAm-Yzo, http://www.playvid.com/watch/7V9gjRxze0d, http://www.playvid.com/watch/wK3aXSbS3BA, http://www.playvid.com/watch/5kgnIrQ30TE, http://www.playvid.com/watch/i6kHLUGNple, http://www.playvid.com/watch/trdVZ0MYVkS, http://www.playvid.com/watch/dw6zm-N-w0U, http://www.playvid.com/watch/ngB3hRkF3Dn, http://www.playvid.com/watch/YtwdmXfdKgb, http://www.playvid.com/watch/m4yBi6enZa4, http://www.playvid.com/watch/GFk3ZncjC-T, http://www.playvid.com/watch/iz5zJKYp7eD, http://www.playvid.com/watch/foX6FVJbqeZ, http://www.playvid.com/watch/Hx5fPk30j6v, http://www.playvid.com/watch/AI-EGWJ47K9, http://www.playvid.com/watch/rm7KzLVXcx7, http://www.playvid.com/watch/h2QOYiEOUIu, http://www.playvid.com/watch/AqSYQ3PnptJ, http://www.playvid.com/watch/9o8R-3IaTbi, http://www.playvid.com/watch/IJ9jik2TqKu, http://www.playvid.com/watch/TpLAFueS6mA, http://www.playvid.com/watch/YPbYmv-teWH, http://www.playvid.com/watch/WMntgkW2-Vu, http://www.playvid.com/watch/AUgpPDHIwKX, http://www.playvid.com/watch/nlt2qT56AeQ, http://www.playvid.com/watch/09dDkErjg5b, http://www.playvid.com/watch/C4enn9mNwAw, http://www.playvid.com/watch/xtf-5goJCKE, http://www.playvid.com/watch/DlcrefV0ZH7, http://www.playvid.com/watch/7STCL3u0pgP
5.f. Date of third notice: 2015-02-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chimichanga2013
5.b. Uploader's email address: anonymous_o_s@yahoo.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/chimichanga2013
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YOMteeVpgjK, http://www.playvid.com/watch/rU6puFroAWT, http://www.playvid.com/watch/J8W8kDGhgGM, http://www.playvid.com/watch/ll0jOqoZLWy, http://www.playvid.com/watch/BTW7ViqJMcH, http://www.playvid.com/watch/DzFfgmlpLRn, http://www.playvid.com/watch/0ceY9C28l3B, http://www.playvid.com/watch/ehnvJsNDKws, http://www.playvid.com/watch/sNnC4mmGosv, http://www.playvid.com/watch/kA42SZ0R6z0, http://www.playvid.com/watch/-a3q6MkoiaA, http://www.playvid.com/watch/BoH5CccdNy3, http://www.playvid.com/watch/IXrfXpXC4in, http://www.playvid.com/watch/XJ-I5SrFMhl, http://www.playvid.com/watch/Q3itf-XRbtS, http://www.playvid.com/watch/M8qXeKEyC5G, http://www.playvid.com/watch/W6iF8UbQXir, http://www.playvid.com/watch/jkxeVNyY7B6, http://www.playvid.com/watch/blpxWjY3jgQ, http://www.playvid.com/watch/eyEcQk5L6RQ, http://www.playvid.com/watch/cx5w2c0zwJL, http://www.playvid.com/watch/jtX7lj96Qe7, http://www.playvid.com/watch/oZF3O6p5Ngf, http://www.playvid.com/watch/K-XHj3TxUu5, http://www.playvid.com/watch/etwaN075R6C, http://www.playvid.com/watch/jDgDvfoRFiQ, http://www.playvid.com/watch/-MSeJ4VLdhB, http://www.playvid.com/watch/9Y-TaZeoDxW, http://www.playvid.com/watch/8UoZdcPTfXX, http://www.playvid.com/watch/fcZn-3cuAif, http://www.playvid.com/watch/RAZ2Xf8RJEs, http://www.playvid.com/watch/8-t9XZpIZLt, http://www.playvid.com/watch/S2xLnGockn9, http://www.playvid.com/watch/HcPuQywk6kp, http://www.playvid.com/watch/RodEUseN0mJ, http://www.playvid.com/watch/cJFkUF73sup, http://www.playvid.com/watch/Nkq-CYS8Rlz, http://www.playvid.com/watch/KXTPwv0SPAV, http://www.playvid.com/watch/VEg88ZpLfCW, http://www.playvid.com/watch/koDSO7B8V3d, http://www.playvid.com/watch/M8XWgq7xkme, http://www.playvid.com/watch/seHnaAjp6OV, http://www.playvid.com/watch/XyW8DzqBSZS, http://www.playvid.com/watch/s9MH5gIKe8B, http://www.playvid.com/watch/6r3wRSdM6Wy, http://www.playvid.com/watch/wO69oKWxs84, http://www.playvid.com/watch/BziEguF5Hvu, http://www.playvid.com/watch/Xu6mRr-3l8p, http://www.playvid.com/watch/xnfOtzmU40X, http://www.playvid.com/watch/gHqHppNAYTq, http://www.playvid.com/watch/zvLXOAIqj7B, http://www.playvid.com/watch/ijXhqGH-9zq, http://www.playvid.com/watch/uyzNBwb0-Zc, http://www.playvid.com/watch/3L4ldNNTJqf, http://www.playvid.com/watch/3MH4ZlTZdkp, http://www.playvid.com/watch/0GuE6oqR-w9, http://www.playvid.com/watch/3pSwt4ZBpP9, http://www.playvid.com/watch/7AXFhPCW0aN, http://www.playvid.com/watch/jToK57HPg6c, http://www.playvid.com/watch/3cRPtJhp7nv, http://www.playvid.com/watch/u3RxPuy6eGU, http://www.playvid.com/watch/KPlnTJpc-tA, http://www.playvid.com/watch/-T-mkwuPOKe, http://www.playvid.com/watch/TqXk3VKy6-O, http://www.playvid.com/watch/f6wJsJND-2j, http://www.playvid.com/watch/9FIzTHjLbT9, http://www.playvid.com/watch/IbIhtvaWxE2, http://www.playvid.com/watch/3N0TFh0Fs0E, http://www.playvid.com/watch/2W0d6vjtK8B, http://www.playvid.com/watch/u3jQyrTDA7I, http://www.playvid.com/watch/SyWBab6tlxB, http://www.playvid.com/watch/W6yqgjPlfnX, http://www.playvid.com/watch/Ze6pVcES4Jd, http://www.playvid.com/watch/nlrfGZdI7Fy, http://www.playvid.com/watch/N2mWlo-AwlO, http://www.playvid.com/watch/3h9fzV6rSSo, http://www.playvid.com/watch/UQF63-llfqQ, http://www.playvid.com/watch/Bg2IC-BynUw, http://www.playvid.com/watch/KcRDpmHHmtQ, http://www.playvid.com/watch/cVFjXCUFey0, http://www.playvid.com/watch/SK3KzunqVm9, http://www.playvid.com/watch/jzIJomNxZto, http://www.playvid.com/watch/HAFZweZf8ZJ, http://www.playvid.com/watch/7dKgSes5O5U, http://www.playvid.com/watch/7zFkzk8VQHX, http://www.playvid.com/watch/WNUCcUfLbYG, http://www.playvid.com/watch/JwSCFc-VYDi, http://www.playvid.com/watch/WLb6MEoT8HH, http://www.playvid.com/watch/87b8jtDWojH, http://www.playvid.com/watch/8pKMEG-qkKo, http://www.playvid.com/watch/qFavc93Xsiq, http://www.playvid.com/watch/IIxwej9GbXS, http://www.playvid.com/watch/Y-FYRRMnaIB, http://www.playvid.com/watch/Yvf2-4ZL7qP, http://www.playvid.com/watch/mfQkUYfFX6Y, http://www.playvid.com/watch/0d7s2xBFYRg, http://www.playvid.com/watch/OZujD7xK3CG, http://www.playvid.com/watch/IukRf8uv5OF,

http://www.playvid.com/watch/nf6v7ZJAK0x, http://www.playvid.com/watch/y8X2eLvmJiT, http://www.playvid.com/watch/WbCvvkGlOou,
http://www.playvid.com/watch/ES4ttspT9sB, http://www.playvid.com/watch/F0EIpYhEmr3, http://www.playvid.com/watch/HJdYBbyos4H,
http://www.playvid.com/watch/iKMbu6OKhX3, http://www.playvid.com/watch/gvjuCw3eMYh, http://www.playvid.com/watch/Ob9kSmcz4Ll,
http://www.playvid.com/watch/Qr4BvdE7rfw, http://www.playvid.com/watch/tKYlhk8naWa, http://www.playvid.com/watch/Pn9JKuUGFNC,
http://www.playvid.com/watch/xneIWZO2qSt, http://www.playvid.com/watch/Ct7QMgBMvr-, http://www.playvid.com/watch/VTH65szwjrT,
http://www.playvid.com/watch/2S4Yi4H0dFH, http://www.playvid.com/watch/244E9xLi5so, http://www.playvid.com/watch/p5T9WqrZngc,
http://www.playvid.com/watch/0CTPCh3otb8, http://www.playvid.com/watch/PKsTs24eoeQ, http://www.playvid.com/watch/w9-iGrbfiHb,
http://www.playvid.com/watch/ezL6H4xeAKC, http://www.playvid.com/watch/qbyFMCez7XJ, http://www.playvid.com/watch/xEHZOW0AaV9,
http://www.playvid.com/watch/RTwEhBLO4sR, http://www.playvid.com/watch/m9Luy4RFYEz, http://www.playvid.com/watch/fCihtaSObnU,
http://www.playvid.com/watch/9V7mbs2DRDO, http://www.playvid.com/watch/dVftheMxqM9, http://www.playvid.com/watch/TdffyaDMNn7,
http://www.playvid.com/watch/sxCiisCcVaN, http://www.playvid.com/watch/vg5U83bNAYK, http://www.playvid.com/watch/NgSFQP5m8gz,
http://www.playvid.com/watch/UNmhM6PIyAV, http://www.playvid.com/watch/3g5mLrY3dLl, http://www.playvid.com/watch/TdcGu0Lxo56,
http://www.playvid.com/watch/gyy2EkOiopa, http://www.playvid.com/watch/OYpVqZgz3R7, http://www.playvid.com/watch/Yp0UYzveuTq,
http://www.playvid.com/watch/4dWr0Tt5vuU, http://www.playvid.com/watch/QUGSSkMKkNt, http://www.playvid.com/watch/Dw6mGEShagY,
http://www.playvid.com/watch/zMZYrETiovr, http://www.playvid.com/watch/r2lfdgqmQKL, http://www.playvid.com/watch/G9Z0xh68mLo,
http://www.playvid.com/watch/gc32UGlizrS, http://www.playvid.com/watch/KNaDQxsdHQC, http://www.playvid.com/watch/ni-BTNuNJHG,
http://www.playvid.com/watch/JMJ-5VzO6Jc, http://www.playvid.com/watch/8FahkRBqkDc, http://www.playvid.com/watch/HEDFPYtZ5Iv,
http://www.playvid.com/watch/PSl0fRhTetu, http://www.playvid.com/watch/ARiscjeWdLa, http://www.playvid.com/watch/4y4ALaoapNv,
http://www.playvid.com/watch/RONI79baSei, http://www.playvid.com/watch/eKAjtKmRQje, http://www.playvid.com/watch/8X6qnmkU5Bj,
http://www.playvid.com/watch/7PX7-IBtGBb, http://www.playvid.com/watch/7yterUq6bZD, http://www.playvid.com/watch/VG3fKWbi9nw,
http://www.playvid.com/watch/PpfyipIej48, http://www.playvid.com/watch/FhGEeHkkU6N, http://www.playvid.com/watch/LLsKfIzAGwy,
http://www.playvid.com/watch/ngPwHl5FiGA, http://www.playvid.com/watch/In4TI4eQWRL, http://www.playvid.com/watch/Jh2dIX2eZde,
http://www.playvid.com/watch/7TMi-ig6yHa, http://www.playvid.com/watch/m7wvbwBylNl, http://www.playvid.com/watch/c50HmVMZ09-,
http://www.playvid.com/watch/UY5Nn9zLeYo, http://www.playvid.com/watch/4b9y4DP-SmA, http://www.playvid.com/watch/krFXLU3Kuzy,
http://www.playvid.com/watch/J0OUcLKcWfi, http://www.playvid.com/watch/E9BjOcMXOqR, http://www.playvid.com/watch/T5NFDn0lLCk,
http://www.playvid.com/watch/KvZvSGg6IOa, http://www.playvid.com/watch/GqKWNLYMO8w, http://www.playvid.com/watch/eFUFcx1-Ade,
http://www.playvid.com/watch/qF5qFoLbmKR, http://www.playvid.com/watch/8V5bGIl2m3u, http://www.playvid.com/watch/zSGYV8eNpBU,
http://www.playvid.com/watch/NOb5EBR0nK7, http://www.playvid.com/watch/4-Xt-R2ESsW, http://www.playvid.com/watch/y9F3ikk8tDp,
http://www.playvid.com/watch/4m6mYhQznsJ, http://www.playvid.com/watch/zR1xAs3oQoK, http://www.playvid.com/watch/EbydkB74fqg,
http://www.playvid.com/watch/wJ9pev0kfFp, http://www.playvid.com/watch/dVo85hHRA04, http://www.playvid.com/watch/ryjYsqS8Zcx,
http://www.playvid.com/watch/pNl63vmB1JA, http://www.playvid.com/watch/5kDEmw8Q3Ry, http://www.playvid.com/watch/LlpkIVVezVx,
http://www.playvid.com/watch/jspdabcWg5b, http://www.playvid.com/watch/KWGYW0kn5Ku, http://www.playvid.com/watch/NtPb-zXySqQ,
http://www.playvid.com/watch/Xw18uNUSBV2, http://www.playvid.com/watch/Bm4i9NeaIm7, http://www.playvid.com/watch/YVAbItwSHRd,
http://www.playvid.com/watch/N-PBpZSZ9q2, http://www.playvid.com/watch/u9H5onFCe38, http://www.playvid.com/watch/aZetUza7aDD,
http://www.playvid.com/watch/vFjwtseJZMw, http://www.playvid.com/watch/Z9nmtSZUFou, http://www.playvid.com/watch/pspTNKgLABk,
http://www.playvid.com/watch/yGMmnPSciWc, http://www.playvid.com/watch/pcx88b_ilkr, http://www.playvid.com/watch/G-9TjjZiIwA,
http://www.playvid.com/watch/nCDaRUPpgzJ, http://www.playvid.com/watch/A7n9X7ilITU, http://www.playvid.com/watch/hj5BCvzTzLy,
http://www.playvid.com/watch/h7nnN7_7xyh, http://www.playvid.com/watch/qlF2wCZa7sG, http://www.playvid.com/watch/qYAkIKnZqEX,
http://www.playvid.com/watch/WInKH_VqR5D, http://www.playvid.com/watch/usguENrZsLG, http://www.playvid.com/watch/VmER9V6BICU,
http://www.playvid.com/watch/JWxfQyHhB1z, http://www.playvid.com/watch/cppW8WjUKl0, http://www.playvid.com/watch/SyMzIVukADP,
http://www.playvid.com/watch/kQii3hVItuP, http://www.playvid.com/watch/M5y2pKcufQp, http://www.playvid.com/watch/a28kJdg72Uw,
http://www.playvid.com/watch/YcTRY_00fGh, http://www.playvid.com/watch/CKeuvQX05EN, http://www.playvid.com/watch/lHWLHkXZxwJ,
http://www.playvid.com/watch/ZJMSfc_s10r, http://www.playvid.com/watch/fA4PVLRjA0y, http://www.playvid.com/watch/XPjB91tUaso,
http://www.playvid.com/watch/DCWZ3dSde2A, http://www.playvid.com/watch/lac5PRf3noh, http://www.playvid.com/watch/lIpQKdc_Q8a,
http://www.playvid.com/watch/iSwe0dXd_UQ, http://www.playvid.com/watch/mhzN_QeCTxx, http://www.playvid.com/watch/mc7SkmlZLaE,
http://www.playvid.com/watch/bdXezglFcfR, http://www.playvid.com/watch/NSsCCdqwBCo, http://www.playvid.com/watch/ir_-M5XHHZm,
http://www.playvid.com/watch/KH8KUFCHptf, http://www.playvid.com/watch/9ihv_IbPvq5, http://www.playvid.com/watch/i51EcUFxhcY,
http://www.playvid.com/watch/ZVhDZRs1spN, http://www.playvid.com/watch/xqT1hQ584YM, http://www.playvid.com/watch/qxmvvjrdPki,
http://www.playvid.com/watch/0doOqtzMVM8, http://www.playvid.com/watch/iV4itt4TCzj, http://www.playvid.com/watch/AvEfSulWxzS,
http://www.playvid.com/watch/XmQVVcci1hH, http://www.playvid.com/watch/F3d3wvY-Pgl, http://www.playvid.com/watch/Lbtcbb5tm75,
http://www.playvid.com/watch/cBrxQdjuJpr, http://www.playvid.com/watch/rbQmGNsAbpa, http://www.playvid.com/watch/7OYUEBM_UUG,
http://www.playvid.com/watch/FN3NaKvwls2, http://www.playvid.com/watch/UJXab2NhmNi, http://www.playvid.com/watch/XT1YBWPy4DI,
http://www.playvid.com/watch/zqxR9J9iadm, http://www.playvid.com/watch/fN0VbOQ0pMO, http://www.playvid.com/watch/5WvjLuYlXdX,
http://www.playvid.com/watch/3dyTWSufciu, http://www.playvid.com/watch/TdeYjxW2G7p, http://www.playvid.com/watch/bbgmPQarKWA,
http://www.playvid.com/watch/V6AO7Zs5LQ4, http://www.playvid.com/watch/yJTA5cBIfDe, http://www.playvid.com/watch/5obGMH0Ha19,
http://www.playvid.com/watch/aQITe-bXcEn, http://www.playvid.com/watch/51laFESq2Cj, http://www.playvid.com/watch/RKaNGVizns5,
http://www.playvid.com/watch/c71G1Dpk4Ma, http://www.playvid.com/watch/D0sv3mYGyxq, http://www.playvid.com/watch/cjNp0ZzIYRD,
http://www.playvid.com/watch/Ua-rA-4aJ52, http://www.playvid.com/watch/A7ZGKmCzX8o, http://www.playvid.com/watch/dXLvPZTmTdp,
http://www.playvid.com/watch/qLNnl726GM2, http://www.playvid.com/watch/YXRrkuSM8Px, http://www.playvid.com/watch/W3fT9aZ3oxg,
http://www.playvid.com/watch/pIlQganCQuK, http://www.playvid.com/watch/pXgH0-wD5MX, http://www.playvid.com/watch/jkc4dNtL2A3,
http://www.playvid.com/watch/A3FsP9R35uW, http://www.playvid.com/watch/Ol-yVZJkLiM, http://www.playvid.com/watch/F34EVIohohZ,
http://www.playvid.com/watch/xJF8o6Su7Sr, http://www.playvid.com/watch/Lxgvc7910TO, http://www.playvid.com/watch/3FDyCXZKgZO,
http://www.playvid.com/watch/LDIwq3seq2J, http://www.playvid.com/watch/n2iM5qKLTOs, http://www.playvid.com/watch/TAidj8h5A38,
http://www.playvid.com/watch/DQizgaILCs0, http://www.playvid.com/watch/XqSgdKNtYTV, http://www.playvid.com/watch/0MnP19GOVPX,
http://www.playvid.com/watch/qvAzadyh1PD, http://www.playvid.com/watch/f4gYyBdUpoD, http://www.playvid.com/watch/hE8onpyI0O9,
http://www.playvid.com/watch/SF2kPQ7g0S3, http://www.playvid.com/watch/GR3t0q3NDaL, http://www.playvid.com/watch/ECBOGmLEOtP,
http://www.playvid.com/watch/EPnUI2yyDmi, http://www.playvid.com/watch/gtpA5jcDg6w, http://www.playvid.com/watch/K8WVDKjB6RE,
http://www.playvid.com/watch/dZtYA2u83Jn, http://www.playvid.com/watch/cIreXQBng96, http://www.playvid.com/watch/egUfkh19kBa,
http://www.playvid.com/watch/p3Ue2zIdh7p, http://www.playvid.com/watch/YAYloIBWBR8, http://www.playvid.com/watch/qRjW45qGnDV,
http://www.playvid.com/watch/7SyWRtJm3r6, http://www.playvid.com/watch/qteGKfnYwN5, http://www.playvid.com/watch/v8X4xWrbx0E,
http://www.playvid.com/watch/8jP13-e6_Hn, http://www.playvid.com/watch/0ILYffyFK1Z, http://www.playvid.com/watch/ehGqnJHmrjP,
http://www.playvid.com/watch/GCwxqI7lj-b, http://www.playvid.com/watch/wZY7z6Wikcd, http://www.playvid.com/watch/wMYVXhZMuw9,
http://www.playvid.com/watch/sk1VxXCLKQ6, http://www.playvid.com/watch/St3VDVepwQE, http://www.playvid.com/watch/KDe4RzrHC8H,
http://www.playvid.com/watch/C6owANRQuJi, http://www.playvid.com/watch/QjNgR26vVNn, http://www.playvid.com/watch/6FXdg6Y0uHg,
http://www.playvid.com/watch/RcX105DREZR, http://www.playvid.com/watch/7UhHoxChH5p, http://www.playvid.com/watch/NLrc0hGii8u,
http://www.playvid.com/watch/R_-tKIGP1zI, http://www.playvid.com/watch/e2EcztkSlBI, http://www.playvid.com/watch/NHhi11UsxIB,
http://www.playvid.com/watch/zmZfJMYCfoH, http://www.playvid.com/watch/wydVZ5rfYdg, http://www.playvid.com/watch/6Z-bY_E9N0z,
http://www.playvid.com/watch/oOHSRulwSQG, http://www.playvid.com/watch/R25yVH8BuBk, http://www.playvid.com/watch/nMh0OBkpSUP,
http://www.playvid.com/watch/MWAjevS7dJF, http://www.playvid.com/watch/uW-Qb8fSxyQ, http://www.playvid.com/watch/fXCIhrfTwtl,
http://www.playvid.com/watch/haSjwZSCl_r, http://www.playvid.com/watch/6xgUXElIdLS, http://www.playvid.com/watch/ETKPD9E9Xm0,
http://www.playvid.com/watch/dcvsfmrBXpY, http://www.playvid.com/watch/ht8yNBsqcWN, http://www.playvid.com/watch/giEgvAJCdBL,
http://www.playvid.com/watch/Ac0j5mr1svf, http://www.playvid.com/watch/r4s-htW9dqs, http://www.playvid.com/watch/YAiPw-E6NI2,
http://www.playvid.com/watch/4UARVLvwIAo, http://www.playvid.com/watch/K1ni5gWMddH, http://www.playvid.com/watch/aY_3828b8u8,
http://www.playvid.com/watch/uuIt8n_8L8T, http://www.playvid.com/watch/HRf9QXiyaYW, http://www.playvid.com/watch/WoMTvsGM7lU,
http://www.playvid.com/watch/QsNuHTdaova, http://www.playvid.com/watch/Lzr-Wtj3DSw, http://www.playvid.com/watch/T5O8REWFqzO,
http://www.playvid.com/watch/JSngkcXUMN0, http://www.playvid.com/watch/G0LbavlMHXX, http://www.playvid.com/watch/N1iWZ4PUXM9,
http://www.playvid.com/watch/lUbQ-wkiPjD, http://www.playvid.com/watch/dE0lDc_ri7j, http://www.playvid.com/watch/PbBRgqlygLa,
http://www.playvid.com/watch/rVPM8lVXFlM, http://www.playvid.com/watch/IWd27xWJK4f, http://www.playvid.com/watch/07oKl7s0-C2,
http://www.playvid.com/watch/b7Zckg8BCID, http://www.playvid.com/watch/lBEG9JBG1JK, http://www.playvid.com/watch/mtZvqR9icMk,
http://www.playvid.com/watch/PiYk-0LGApW, http://www.playvid.com/watch/UWV9c0p3qsQ, http://www.playvid.com/watch/0_HuOoQtggR,
http://www.playvid.com/watch/HDnPMUYRpTt, http://www.playvid.com/watch/yWDrDEkfcCK, http://www.playvid.com/watch/eXnXkGMAFsm,
http://www.playvid.com/watch/Nm-FUUyGQJe, http://www.playvid.com/watch/uozyHwvNRBj, http://www.playvid.com/watch/yqd694cFa7T,
http://www.playvid.com/watch/JXh9J7opVnb, http://www.playvid.com/watch/GgU7Epk0RLG, http://www.playvid.com/watch/jH7f4Rtq9GD,
http://www.playvid.com/watch/81mDIeypeBT, http://www.playvid.com/watch/aqf5c2cVOEd, http://www.playvid.com/watch/KsWYuVjqugj,
http://www.playvid.com/watch/x--4TjaoWfS, http://www.playvid.com/watch/xJd1kRO1crx, http://www.playvid.com/watch/MTlSgUui7Xa,
http://www.playvid.com/watch/5ZxcXMiSl4S, http://www.playvid.com/watch/qjfYHGPzwsI, http://www.playvid.com/watch/4Ou5MEWFlTa,

http://www.playvid.com/watch/X1ZhUS4ejyE, http://www.playvid.com/watch/7PHQbpab4r3, http://www.playvid.com/watch/iBAl331KKDs, http://www.playvid.com/watch/uJn7YzPiv8R, http://www.playvid.com/watch/d95ZvWuGTAy, http://www.playvid.com/watch/i0Q8Lc1YLLq, http://www.playvid.com/watch/YUWUbw15Vlm, http://www.playvid.com/watch/pZxXbPt_z6T, http://www.playvid.com/watch/Pj6adH4XS1m, http://www.playvid.com/watch/FtTNjsWHnjr, http://www.playvid.com/watch/Q9c9IuQGcIL, http://www.playvid.com/watch/y449DmytIss, http://www.playvid.com/watch/pvlmNg0xyAs, http://www.playvid.com/watch/Cw921yQaHon, http://www.playvid.com/watch/xhfYkJLD74e, http://www.playvid.com/watch/CXxdKuC0OAV, http://www.playvid.com/watch/unsA5HSLk6n, http://www.playvid.com/watch/EujWaIdvl2U, http://www.playvid.com/watch/Nje6tPcS2RT, http://www.playvid.com/watch/H62PCrIOk1Q, http://www.playvid.com/watch/9DDgCkJ09Fr, http://www.playvid.com/watch/LCEK-a0jOz3, http://www.playvid.com/watch/Rj4GvbHtz3q, http://www.playvid.com/watch/s5riKLVCSyN, http://www.playvid.com/watch/y5UwgfxRK1Z, http://www.playvid.com/watch/kUqY6k3gveT, http://www.playvid.com/watch/w8GDYVDhwyI, http://www.playvid.com/watch/vSuvdclbPbS, http://www.playvid.com/watch/0Um-RVj5vPl, http://www.playvid.com/watch/a8XLxlIJ0Hz, http://www.playvid.com/watch/KTfyZrpJXXc, http://www.playvid.com/watch/NDAyI1HsaEx, http://www.playvid.com/watch/dJfjIeirVfC, http://www.playvid.com/watch/Hbrs1gRvGDm, http://www.playvid.com/watch/znmG8tD6UrX, http://www.playvid.com/watch/oLtbXLy5D2G, http://www.playvid.com/watch/Uw58armpgVv, http://www.playvid.com/watch/N40IqRmgu7x, http://www.playvid.com/watch/r1CFTJcvChJ, http://www.playvid.com/watch/DaRv-HfOSLE, http://www.playvid.com/watch/X4k9KbmLQqV, http://www.playvid.com/watch/t7PlWv7HcCa, http://www.playvid.com/watch/CwNmBeRXaj0, http://www.playvid.com/watch/yTAvkEiT-p5, http://www.playvid.com/watch/GIws9sEdmFt, http://www.playvid.com/watch/EkljcXgFYVh, http://www.playvid.com/watch/o9B0vK-UsjF, http://www.playvid.com/watch/Z5N-KS9dASW, http://www.playvid.com/watch/sBxJ8DFelW8, http://www.playvid.com/watch/4ALVEYme9Xb, http://www.playvid.com/watch/6mK6Uxuk6vd, http://www.playvid.com/watch/lMLB3d0gVmo, http://www.playvid.com/watch/l2S223Mm1iO, http://www.playvid.com/watch/Y_nagw9nn5L, http://www.playvid.com/watch/xy0tP6GIXNQ, http://www.playvid.com/watch/zpjzUVIggVP, http://www.playvid.com/watch/Ov-g3B0kZBn, http://www.playvid.com/watch/4EbwHf-NCWW, http://www.playvid.com/watch/k_9VFH-OXOY, http://www.playvid.com/watch/8Is4myNYGiJ, http://www.playvid.com/watch/odV988ycz1P, http://www.playvid.com/watch/RNp5ZFZ10f9, http://www.playvid.com/watch/tjd-QwqaQI5, http://www.playvid.com/watch/nsVyxMUCRjI, http://www.playvid.com/watch/sSypbzY8PDE, http://www.playvid.com/watch/3Jzxgwep01d, http://www.playvid.com/watch/Hj6G6mwgfpU, http://www.playvid.com/watch/0fRXuDp-sEd, http://www.playvid.com/watch/9IVE9oaC53f, http://www.playvid.com/watch/YYU14U1ppz5, http://www.playvid.com/watch/ctxEwHghzOI, http://www.playvid.com/watch/nY_VpyLdbq0, http://www.playvid.com/watch/eJ0__qUQw4a, http://www.playvid.com/watch/7LD83uA5Zgn, http://www.playvid.com/watch/fuPL8BLE8Bi, http://www.playvid.com/watch/nJJsVdNSCN3, http://www.playvid.com/watch/ANZ9zf_H222, http://www.playvid.com/watch/JhSsq0bkt0g, http://www.playvid.com/watch/7TvVwWTbHrt, http://www.playvid.com/watch/Htgd0kLXVTc, http://www.playvid.com/watch/68yzv5Knvfu, http://www.playvid.com/watch/zG0-iLMZ7f4, http://www.playvid.com/watch/VhCLQoxI3Ah, http://www.playvid.com/watch/V-j5Pm_WVTk, http://www.playvid.com/watch/oThvOFT9EzW, http://www.playvid.com/watch/6a7k9HfMCbc, http://www.playvid.com/watch/domDCyeJsxq, http://www.playvid.com/watch/NJOUiq6V-9l, http://www.playvid.com/watch/L_BVSEsf2mc, http://www.playvid.com/watch/x6WicJSbXhS, http://www.playvid.com/watch/7u0FtLuG4LL, http://www.playvid.com/watch/aMGgTJVIgrI, http://www.playvid.com/watch/XyJSdywy_kr, http://www.playvid.com/watch/Lt7AV9sAvDk, http://www.playvid.com/watch/O10qm0VYlEo, http://www.playvid.com/watch/bfYEoKPfcVB, http://www.playvid.com/watch/cb6qkSLw9Zw, http://www.playvid.com/watch/C1_nrs7O03e, http://www.playvid.com/watch/t3ymXkV7o72, http://www.playvid.com/watch/huV4gQwxeKr, http://www.playvid.com/watch/LIdbua0EQOC, http://www.playvid.com/watch/Ph-KUj1_7f6, http://www.playvid.com/watch/buous99U-pD, http://www.playvid.com/watch/h7PinQwaZRC, http://www.playvid.com/watch/BUnSJoSZY6m, http://www.playvid.com/watch/7zSr3ryZ505, http://www.playvid.com/watch/E0F8CoxtVYL, http://www.playvid.com/watch/Btcblq0e7tH, http://www.playvid.com/watch/8cJkbXVsq3f, http://www.playvid.com/watch/mmPCqDJmnGH, http://www.playvid.com/watch/ccXHV25ilm3, http://www.playvid.com/watch/7sv-NIXOBXF, http://www.playvid.com/watch/awJ8qpSawD5, http://www.playvid.com/watch/HEbz4RePXCo, http://www.playvid.com/watch/KXSXsSH6p5d, http://www.playvid.com/watch/KHB8ucutWLd, http://www.playvid.com/watch/XAwWSCjsUza, http://www.playvid.com/watch/0boPT_q9fqa, http://www.playvid.com/watch/hogA15UWgUo, http://www.playvid.com/watch/v-XdVZ17YzB, http://www.playvid.com/watch/HFva2V83etO, http://www.playvid.com/watch/UtuQfxW2YmN, http://www.playvid.com/watch/gU9GNn71ldu, http://www.playvid.com/watch/6d5nVKTc-vx, http://www.playvid.com/watch/qZASekcpvXp, http://www.playvid.com/watch/hnWeEGOD_Lo, http://www.playvid.com/watch/RTWoa__kRdS, http://www.playvid.com/watch/MAo8sY-MBCO, http://www.playvid.com/watch/sKJyaP7y_Y0, http://www.playvid.com/watch/aamY4UBWFD9, http://www.playvid.com/watch/pYvuNet2oR3, http://www.playvid.com/watch/AzDri85Dt4P, http://www.playvid.com/watch/BeT1tE451cS, http://www.playvid.com/watch/mmXQbmKIfh0, http://www.playvid.com/watch/HgkvEuMk_Jb, http://www.playvid.com/watch/Xi8OC72-hQK, http://www.playvid.com/watch/Fjx7D_gYvjY, http://www.playvid.com/watch/B1UKNKhBhjN, http://www.playvid.com/watch/TlHcTrV204J, http://www.playvid.com/watch/uEjK61UjIbm, http://www.playvid.com/watch/hxF-LdpA4Py, http://www.playvid.com/watch/rVZkgTQhJG2, http://www.playvid.com/watch/GaDLfhu99rS, http://www.playvid.com/watch/7Oznt652tUZ, http://www.playvid.com/watch/mgqak7oaJZu, http://www.playvid.com/watch/usCHR8vxB5C, http://www.playvid.com/watch/VP4Mq9GaG3u, http://www.playvid.com/watch/dSDGssk5Xgy, http://www.playvid.com/watch/eq78-6_5wvk, http://www.playvid.com/watch/zq4ko9bKN1g, http://www.playvid.com/watch/TxmacwPwEVr, http://www.playvid.com/watch/VBYNmUWePEG, http://www.playvid.com/watch/pAmlPneszid, http://www.playvid.com/watch/Cr2YYqjKBKN, http://www.playvid.com/watch/A89jNzfbfts, http://www.playvid.com/watch/noYNRKp4Hz6, http://www.playvid.com/watch/oqwVc1_AE06, http://www.playvid.com/watch/bU-osVUp13Q, http://www.playvid.com/watch/v2qoeMXmTKn, http://www.playvid.com/watch/P1L99ri3YDZ, http://www.playvid.com/watch/e3Nfmig7Qqv, http://www.playvid.com/watch/2boO87DBlIU, http://www.playvid.com/watch/jkS2B_ZUIgg, http://www.playvid.com/watch/6e-wKnuKnEw, http://www.playvid.com/watch/ahSRk2RvNRV, http://www.playvid.com/watch/pYLglsvhqQE, http://www.playvid.com/watch/eHHF-9yYS5z, http://www.playvid.com/watch/cvhB-v702Xh, http://www.playvid.com/watch/3nKk5xxB2kE, http://www.playvid.com/watch/G2oJcrHd1gC, http://www.playvid.com/watch/rCwFnr-HXgu, http://www.playvid.com/watch/kVQq9BgcNeo, http://www.playvid.com/watch/4PrUWUsZRD0, http://www.playvid.com/watch/AoCWV90ibne, http://www.playvid.com/watch/8yP-iIZKlfB, http://www.playvid.com/watch/uCvlNaw7g9Z, http://www.playvid.com/watch/QE6UMdCBwUu, http://www.playvid.com/watch/maElZSttggq, http://www.playvid.com/watch/OKLxZm0VRg9, http://www.playvid.com/watch/CrTZqYi-IF0, http://www.playvid.com/watch/XbxoSF2gnEf, http://www.playvid.com/watch/lObj8aBIZG4, http://www.playvid.com/watch/aD9vSyKICye, http://www.playvid.com/watch/LCaiLb6o17Y, http://www.playvid.com/watch/H529Q4CSePU, http://www.playvid.com/watch/emOydMxFrE7, http://www.playvid.com/watch/P7pPF4IHxSq, http://www.playvid.com/watch/dC6odYM0WXN, http://www.playvid.com/watch/CFRAJvRBWwd, http://www.playvid.com/watch/SX6vgqNcmv4, http://www.playvid.com/watch/IiqOg9rXZNv, http://www.playvid.com/watch/gKlfCGz6iyE, http://www.playvid.com/watch/rggJA-HtAvt, http://www.playvid.com/watch/QcMi7aCYPNE, http://www.playvid.com/watch/yYmNx-HJkgO, http://www.playvid.com/watch/A3szrx-c59Y, http://www.playvid.com/watch/VaA7kHRNpqN, http://www.playvid.com/watch/ieHRA-IdcqG, http://www.playvid.com/watch/q0e7tS1x0ZS, http://www.playvid.com/watch/WPBV07de5C4, http://www.playvid.com/watch/I0J4w1n7Jx8, http://www.playvid.com/watch/msFx3AszxGR, http://www.playvid.com/watch/lcQm_b4nahp, http://www.playvid.com/watch/h4Pba5PbgF2, http://www.playvid.com/watch/Ha2pw2KiSzq, http://www.playvid.com/watch/O6sLgIWhank, http://www.playvid.com/watch/9gVqOnbK9mD, http://www.playvid.com/watch/Q9wiGalu7hB, http://www.playvid.com/watch/Sovui_YKNVx, http://www.playvid.com/watch/sJRzp-LnRvU, http://www.playvid.com/watch/Ci-Ee5QoHcW, http://www.playvid.com/watch/9fJv7XAlR3b, http://www.playvid.com/watch/kW1TR2gSiGk, http://www.playvid.com/watch/CIRfnssmqWv, http://www.playvid.com/watch/05rMTCUncpJ, http://www.playvid.com/watch/I99U52XdAy7, http://www.playvid.com/watch/gKr1PgBamgd, http://www.playvid.com/watch/9WTTAJeI61B, http://www.playvid.com/watch/kCVEym6I4fb, http://www.playvid.com/watch/6ln56BbR_lA, http://www.playvid.com/watch/5rTbaB0LUMZ, http://www.playvid.com/watch/OpZQtV_Zdij, http://www.playvid.com/watch/ZdQ9TU334cR, http://www.playvid.com/watch/htc0PncyBao, http://www.playvid.com/watch/DXeeBc_-KXn, http://www.playvid.com/watch/2UHdgpQGmTK, http://www.playvid.com/watch/9Z_H7IRoMm8, http://www.playvid.com/watch/ooDr2c-vaUU, http://www.playvid.com/watch/aartBsBJ9bu, http://www.playvid.com/watch/KFZunbW8x0u, http://www.playvid.com/watch/gXuWyOOa-Pk, http://www.playvid.com/watch/vKjC7Lf8Q4w, http://www.playvid.com/watch/oHG4qn6ywbm, http://www.playvid.com/watch/8cW19TcZN6H, http://www.playvid.com/watch/p9EDmHt9bPQ, http://www.playvid.com/watch/YQj2K_dmpxQ, http://www.playvid.com/watch/UW-nAA9fCPc, http://www.playvid.com/watch/SEVwN3nsC-Q, http://www.playvid.com/watch/b14oQ7_pdd0, http://www.playvid.com/watch/5W4uk5YbG3O, http://www.playvid.com/watch/SxqGlE8wEhE, http://www.playvid.com/watch/5q2rthSDEIH, http://www.playvid.com/watch/a--Dg8NElW9, http://www.playvid.com/watch/FToF_VN-LMF, http://www.playvid.com/watch/wy4qtYLzZAy, http://www.playvid.com/watch/UKPR9M1rBd6, http://www.playvid.com/watch/tUfDAYmBj-s, http://www.playvid.com/watch/Jvn4UcWJKlp, http://www.playvid.com/watch/G1HpVLKHBog, http://www.playvid.com/watch/XMPfVfMmOCo, http://www.playvid.com/watch/PQ6bWzi3ZD4, http://www.playvid.com/watch/uV7nTgcGhTU, http://www.playvid.com/watch/q3HTWWtW0R7, http://www.playvid.com/watch/e-zhNLtr3XY, http://www.playvid.com/watch/FqXCPnywDqt, http://www.playvid.com/watch/MDN3XcU74QB, http://www.playvid.com/watch/zS1QNhHw1IO, http://www.playvid.com/watch/22_6dcidkM3, http://www.playvid.com/watch/eEvxFv8uYFT, http://www.playvid.com/watch/Wd14cnZgI0l, http://www.playvid.com/watch/GbXWbzVFZqz, http://www.playvid.com/watch/NHC0ivOMl55, http://www.playvid.com/watch/S0gD1zafnfE, http://www.playvid.com/watch/JgxrC5CKA6p, http://www.playvid.com/watch/N9IQCTLPmBW, http://www.playvid.com/watch/TIq39z3zRAK, http://www.playvid.com/watch/Hoq9ixOikls, http://www.playvid.com/watch/ZIlUd3vty94, http://www.playvid.com/watch/60Ht5WximvU, http://www.playvid.com/watch/Bnhce2VUrRB, http://www.playvid.com/watch/QtHb12T15_G, http://www.playvid.com/watch/OaXHjRriOq5, http://www.playvid.com/watch/nZtgGTNQ-es, http://www.playvid.com/watch/EE-JuPD5KGX, http://www.playvid.com/watch/54kEStNyr52, http://www.playvid.com/watch/woYF2Zcf_qd, http://www.playvid.com/watch/8EoVVCFZVaC, http://www.playvid.com/watch/V_KRv51Q20T, http://www.playvid.com/watch/0C40aqPu25A, http://www.playvid.com/watch/73Zjw8Gp50r, http://www.playvid.com/watch/FYpGst6BiIG, http://www.playvid.com/watch/9rwz6GPx3fb, http://www.playvid.com/watch/4_4L4hQ70X9, http://www.playvid.com/watch/p8X3aX-QNyQ, http://www.playvid.com/watch/mYxnQ2kniO7, http://www.playvid.com/watch/acCoSNcw3ea, http://www.playvid.com/watch/w_nD-Qc6kZO, http://www.playvid.com/watch/AI93R7yTN1e,

http://www.playvid.com/watch/K29OpcoWu1e, http://www.playvid.com/watch/ngyKj6_6zZ8, http://www.playvid.com/watch/XXdKbarDswH,
http://www.playvid.com/watch/tkfgnf0uMhw, http://www.playvid.com/watch/ybsQ6Xt6Jrs, http://www.playvid.com/watch/AOIOGGIosvj,
http://www.playvid.com/watch/borWqHcMLeQ, http://www.playvid.com/watch/DW4I-mjZOdm, http://www.playvid.com/watch/2W0yHf0_xY0,
http://www.playvid.com/watch/Qwtxo81D3gi, http://www.playvid.com/watch/9vNPR4gx9rK, http://www.playvid.com/watch/bjwhD894zHO,
http://www.playvid.com/watch/mLU44tRfhj5, http://www.playvid.com/watch/xlUPTxHtsgo, http://www.playvid.com/watch/ZCjFO4w9W5B
5.f. Date of third notice: 2013-11-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chiorio
5.b. Uploader's email address: adamsmeet@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/chiorio
5.e. List of videos posted by uploader: http://www.playvid.com/watch/seMT9jcfggi, http://www.playvid.com/watch/uJZYilopgvj,
http://www.playvid.com/watch/ArrQ7mWtwKV, http://www.playvid.com/watch/nCal3qRYm8t, http://www.playvid.com/watch/PCAnbTbzhSv,
http://www.playvid.com/watch/BIDKUuTcKKU, http://www.playvid.com/watch/Sh3WAvZ-deV, http://www.playvid.com/watch/Xe6tpL8Y8pa,
http://www.playvid.com/watch/Hek0B28JHXe, http://www.playvid.com/watch/iFQzEatJ4Ns, http://www.playvid.com/watch/vLTRurfchTH,
http://www.playvid.com/watch/uKhK0VB5KmM, http://www.playvid.com/watch/qegLma6x2JO, http://www.playvid.com/watch/mFmhH8GU5rY,
http://www.playvid.com/watch/WISA0hJqiuP, http://www.playvid.com/watch/3oiwYaNeI37, http://www.playvid.com/watch/jszxLKduilv,
http://www.playvid.com/watch/xDX4X6DM79L, http://www.playvid.com/watch/irWJv6ZWB90, http://www.playvid.com/watch/2A2IJlIgYl9,
http://www.playvid.com/watch/QEavQ06FAPZ, http://www.playvid.com/watch/bT5WYONxFpq, http://www.playvid.com/watch/Thk5YhY3t4X,
http://www.playvid.com/watch/exSbLAwNlLH, http://www.playvid.com/watch/9ngLVYlAa7Y, http://www.playvid.com/watch/oWEFgayHifE,
http://www.playvid.com/watch/DWiFvResEHZ, http://www.playvid.com/watch/Nob7V-FqBCd, http://www.playvid.com/watch/Ed6fX7BZhlg,
http://www.playvid.com/watch/jRoGfkqsaaz, http://www.playvid.com/watch/HZzBSsgRn8J, http://www.playvid.com/watch/irFJ9cvtjS6,
http://www.playvid.com/watch/s2UVDGua5fi, http://www.playvid.com/watch/xCBQdT6etD3, http://www.playvid.com/watch/GQo4pgbaqMK,
http://www.playvid.com/watch/AwqShXXJ3ME, http://www.playvid.com/watch/4a3dSsclBnp, http://www.playvid.com/watch/S4TacOrclal,
http://www.playvid.com/watch/3iHIFfDUzTo, http://www.playvid.com/watch/FiRpIoaTvd9, http://www.playvid.com/watch/JrM6crmRtOn,
http://www.playvid.com/watch/EBI9yUiUKiz, http://www.playvid.com/watch/pKA2b5W2xVq, http://www.playvid.com/watch/feE43AWCcC2,
http://www.playvid.com/watch/R5M2RvdNvPa, http://www.playvid.com/watch/m0Y4tbPg5YA, http://www.playvid.com/watch/3iso0Geuv4Y,
http://www.playvid.com/watch/ItoiKqqChEo, http://www.playvid.com/watch/wqlR8uTFdye, http://www.playvid.com/watch/dI7jom9nuRu,
http://www.playvid.com/watch/sEYA4V03-zG, http://www.playvid.com/watch/CuY805o0-bl, http://www.playvid.com/watch/dJY6YoHmvVx,
http://www.playvid.com/watch/wxYtJiuphhH, http://www.playvid.com/watch/YvWIcQkww-Y, http://www.playvid.com/watch/m0wGi4GARjR,
http://www.playvid.com/watch/KDWXIc5Rraf, http://www.playvid.com/watch/FG7TrBL8736, http://www.playvid.com/watch/asjtn4rBDzJ,
http://www.playvid.com/watch/kpUGNnLBiTc, http://www.playvid.com/watch/NgcauwOkBOD, http://www.playvid.com/watch/igatDuw5QnP,
http://www.playvid.com/watch/6PeOk5wMUqB, http://www.playvid.com/watch/Wsoxacak88F, http://www.playvid.com/watch/xwB5CbLsVq4,
http://www.playvid.com/watch/rfORZVsgXbd, http://www.playvid.com/watch/knV9yzgHIui, http://www.playvid.com/watch/gszEoG-pHlL,
http://www.playvid.com/watch/8JC4I5B5y3J, http://www.playvid.com/watch/YRkTuuyTmxr, http://www.playvid.com/watch/j5kOxbfbEDa,
http://www.playvid.com/watch/kC0hXZqtXBK, http://www.playvid.com/watch/0QsQ5GuEnNu, http://www.playvid.com/watch/OFQKAUPPqa-,
http://www.playvid.com/watch/R8U3sdv54xV, http://www.playvid.com/watch/IEHrFuIerKz, http://www.playvid.com/watch/iWGzWwsKVJP,
http://www.playvid.com/watch/IdCcTI3po2g, http://www.playvid.com/watch/lV7on9C3xyB, http://www.playvid.com/watch/lP7xUE2GAwr,
http://www.playvid.com/watch/U9ZucG4tXWy, http://www.playvid.com/watch/6LCvSjoaZDz, http://www.playvid.com/watch/io5LKi3Snky,
http://www.playvid.com/watch/cgB3Lq-VO-s, http://www.playvid.com/watch/zlFOtpECzUK, http://www.playvid.com/watch/cCyY2g6yLky,
http://www.playvid.com/watch/4euZR2I0D7o, http://www.playvid.com/watch/GgEx9bDsCC2, http://www.playvid.com/watch/06MvgvA5EeW,
http://www.playvid.com/watch/f8-zH8WpHAK, http://www.playvid.com/watch/3vUmbtjMeVD, http://www.playvid.com/watch/e3gA5KaprDW,
http://www.playvid.com/watch/nS959cfuiKD, http://www.playvid.com/watch/hAHMrSfx5Co, http://www.playvid.com/watch/f4Pdi5ijAM0,
http://www.playvid.com/watch/jqkDUOzx5aF, http://www.playvid.com/watch/KP8pbMrL-5O, http://www.playvid.com/watch/TIs2vm2qYbY,
http://www.playvid.com/watch/HQlZLrVlk89, http://www.playvid.com/watch/zfyjnQeNBGy, http://www.playvid.com/watch/ILNGy0aEnje,
http://www.playvid.com/watch/Du5lYB7JO6L, http://www.playvid.com/watch/BUekAN-sooL, http://www.playvid.com/watch/ITGXSjLJUvE,
http://www.playvid.com/watch/wD2iXaDrUHS, http://www.playvid.com/watch/RNaIA32h6l9, http://www.playvid.com/watch/CeNAywSXn54,
http://www.playvid.com/watch/TKLtY0hCVV4, http://www.playvid.com/watch/uLtjmzTtBe8, http://www.playvid.com/watch/AdirubTy2Vt,
http://www.playvid.com/watch/NyvvDjCBnKT, http://www.playvid.com/watch/w4ta-ijg78W, http://www.playvid.com/watch/sJxPA36LOUL,
http://www.playvid.com/watch/0kSHR5W-3QH, http://www.playvid.com/watch/GHJ-nwSdGYj, http://www.playvid.com/watch/R-ZZJSghrBq,
http://www.playvid.com/watch/elkuZH-3Lwu, http://www.playvid.com/watch/jP9EDamwHfd, http://www.playvid.com/watch/4ktuXHqv9wu,
http://www.playvid.com/watch/wwwVyQ92lnz, http://www.playvid.com/watch/co4opw5HrdO, http://www.playvid.com/watch/yXwAozdg7Mm,
http://www.playvid.com/watch/d8hU6hNwcmx, http://www.playvid.com/watch/l3nBTHuqCEX, http://www.playvid.com/watch/J6W9vwoPN5U,
http://www.playvid.com/watch/dszW24X2SRH, http://www.playvid.com/watch/fLwpHIyNQHn, http://www.playvid.com/watch/nJNWqDI5gmQ,
http://www.playvid.com/watch/Jhu764-FlZ4, http://www.playvid.com/watch/iEgrGBTzDCl, http://www.playvid.com/watch/MbpYEGR0AWs,
http://www.playvid.com/watch/givWTKos4Fr, http://www.playvid.com/watch/CsyQAFEH2lY, http://www.playvid.com/watch/JIvbhXIt33l,
http://www.playvid.com/watch/SFe3Pol9pa5, http://www.playvid.com/watch/rOx7dT4XNOq, http://www.playvid.com/watch/YfASG0KIB08,
http://www.playvid.com/watch/bEnoMsHNbhi, http://www.playvid.com/watch/UC5GKRK-ooS, http://www.playvid.com/watch/Ljr03ymHRsX,
http://www.playvid.com/watch/h8He-5KTqv0, http://www.playvid.com/watch/YmISUDdz7Yn, http://www.playvid.com/watch/PxoIQ0szelZ,
http://www.playvid.com/watch/7sTMMGUwyEn, http://www.playvid.com/watch/4oyMi7w7ubp, http://www.playvid.com/watch/q-DZpdyi6tN,
http://www.playvid.com/watch/ciQK7VzyycG, http://www.playvid.com/watch/CuU5tK3w02H, http://www.playvid.com/watch/Y8Pk7TeOEN2,
http://www.playvid.com/watch/z2tPpPrEalO, http://www.playvid.com/watch/NHzmxc7BRpB, http://www.playvid.com/watch/SjLbSReY6DK,
http://www.playvid.com/watch/UVJsmbgiwb0, http://www.playvid.com/watch/KZ3J2eIhruz, http://www.playvid.com/watch/cp4bSEgxzkK,
http://www.playvid.com/watch/8qdrLhQmAgE, http://www.playvid.com/watch/T73VDaRQKFe, http://www.playvid.com/watch/5zANFGDf2mS,
http://www.playvid.com/watch/3YgZjWjqGlv, http://www.playvid.com/watch/b5BOyQsnDW5, http://www.playvid.com/watch/PH5lU6jKcRf,
http://www.playvid.com/watch/haPxG0jHXRT, http://www.playvid.com/watch/8coIKZmQip6, http://www.playvid.com/watch/yiWps-DMmNx,
http://www.playvid.com/watch/KIXlstG32dT, http://www.playvid.com/watch/LFzWn-7bjqx, http://www.playvid.com/watch/8-AuZWnWHzu,
http://www.playvid.com/watch/aHBkVVoLfYP, http://www.playvid.com/watch/KiPLEuhqdkX, http://www.playvid.com/watch/KPFLdRCh2es,
http://www.playvid.com/watch/YLYtzEl7a0f, http://www.playvid.com/watch/uOp8FUnO2xJ, http://www.playvid.com/watch/kenipEkbxhM,
http://www.playvid.com/watch/4x9IKjAHCBB, http://www.playvid.com/watch/8eTrbHtsJl0, http://www.playvid.com/watch/b8teBaZd88V,
http://www.playvid.com/watch/FJWQtapVhrr, http://www.playvid.com/watch/6gZunR9FbKK, http://www.playvid.com/watch/9mPntjp5jP3,
http://www.playvid.com/watch/viTlHQobh-z, http://www.playvid.com/watch/LnIqHIoo-pw, http://www.playvid.com/watch/6wGasbZ9Ea7,
http://www.playvid.com/watch/Sz7dZCiWh2Z, http://www.playvid.com/watch/X-ux6R33ThW, http://www.playvid.com/watch/Cizadit5K6s,
http://www.playvid.com/watch/QHkfvs4kXvH, http://www.playvid.com/watch/a3jRL4cy8z0, http://www.playvid.com/watch/v808tLBNKfk,
http://www.playvid.com/watch/yCcMLsAcc8a, http://www.playvid.com/watch/9uQ0GeOixOJ, http://www.playvid.com/watch/jqNXKALnDIM,
http://www.playvid.com/watch/83ByZEPf3X9, http://www.playvid.com/watch/gik7vhMetz6, http://www.playvid.com/watch/0UfMLph8xZN,
http://www.playvid.com/watch/NwxGGL0yC8e, http://www.playvid.com/watch/lEoyHz7LmgG, http://www.playvid.com/watch/MMEJnvAAIZW,
http://www.playvid.com/watch/6AgOzE0nVaV, http://www.playvid.com/watch/iK4uSYjbO-L, http://www.playvid.com/watch/xnaFWv9HaqP,
http://www.playvid.com/watch/Yhb9DVlG4mf, http://www.playvid.com/watch/a5mP5sZVbrL, http://www.playvid.com/watch/w9BeK8iHgj7,
http://www.playvid.com/watch/6rWgoS5a02N, http://www.playvid.com/watch/Zfwza6MVf2z, http://www.playvid.com/watch/f0ZkGzkVi0G,
http://www.playvid.com/watch/n-4gLodRY0e, http://www.playvid.com/watch/r6n2yMNqHKE, http://www.playvid.com/watch/bTTsUaSHLtS,
http://www.playvid.com/watch/DKnQW9i4BxL, http://www.playvid.com/watch/0wlcrUUiXCG, http://www.playvid.com/watch/guR7aJCEb2h,
http://www.playvid.com/watch/a7dGZMuqR0B, http://www.playvid.com/watch/gRnpkAGKt7w, http://www.playvid.com/watch/iOXqdSn7uIw,
http://www.playvid.com/watch/rUVTa0KnPvO, http://www.playvid.com/watch/uYIUoThNNaU, http://www.playvid.com/watch/s8rbpXhKKD5,
http://www.playvid.com/watch/ObmXjOUjzWA, http://www.playvid.com/watch/ZCF8nAauBuI
5.f. Date of third notice: 2013-07-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chirik
5.b. Uploader's email address: albertoolopo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/chirik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9cp4e3VQCJS, http://www.playvid.com/watch/efdrS4ZrxmF,
http://www.playvid.com/watch/9igi6GZhzVL, http://www.playvid.com/watch/737Qcw8ii8z, http://www.playvid.com/watch/wdMt0hHV4BJ,
http://www.playvid.com/watch/42uV2mAzWnp, http://www.playvid.com/watch/vD5jyYH2nWU, http://www.playvid.com/watch/cjR3qsRnDOs,
http://www.playvid.com/watch/neEmwoboNfO, http://www.playvid.com/watch/R7g2m2znMfh, http://www.playvid.com/watch/3n40M7VwPXC,
http://www.playvid.com/watch/O7r5DByGskI, http://www.playvid.com/watch/RwiQKgDOKfa, http://www.playvid.com/watch/4sr-CaS3YTm,

http://www.playvid.com/watch/SM0uqCX-bvj, http://www.playvid.com/watch/GmL2yfREMmv, http://www.playvid.com/watch/UBll-WNGrPh,
http://www.playvid.com/watch/HetJaIxD7HZ, http://www.playvid.com/watch/F0GFIcp3k4q, http://www.playvid.com/watch/hujhQkFpFU8,
http://www.playvid.com/watch/KxhGVpxy8KT, http://www.playvid.com/watch/yXpxUBePIfr, http://www.playvid.com/watch/QPfKpGogmoX,
http://www.playvid.com/watch/5yT4RKHJ3CQ, http://www.playvid.com/watch/nFPkxVU8bHE, http://www.playvid.com/watch/grXJIp0XYfG,
http://www.playvid.com/watch/nE4KY5RbKH6, http://www.playvid.com/watch/DgO5-wWrWnK, http://www.playvid.com/watch/VLwoM5i2DY2,
http://www.playvid.com/watch/x-wlAtCHXGK, http://www.playvid.com/watch/ML-BN-fkh6x, http://www.playvid.com/watch/tpYsNL4Irvt,
http://www.playvid.com/watch/V0ByVPKlp26, http://www.playvid.com/watch/MnMEw8kpP-j, http://www.playvid.com/watch/KMBOr3nGw-3,
http://www.playvid.com/watch/S4mp7A-Wozg, http://www.playvid.com/watch/rvgcldGSLhp, http://www.playvid.com/watch/iXplQErt2ej,
http://www.playvid.com/watch/H8oUYpFaDbE, http://www.playvid.com/watch/sslFECK-G3x, http://www.playvid.com/watch/qvqKYwMsMGe,
http://www.playvid.com/watch/qXXr7HRJ0va, http://www.playvid.com/watch/f8VmXDTKQN3, http://www.playvid.com/watch/S5OrZARXIqH,
http://www.playvid.com/watch/lruyfIRJhnG, http://www.playvid.com/watch/gDGrriCHRYI, http://www.playvid.com/watch/fV6inj8VJVA,
http://www.playvid.com/watch/cNIUS9UJmbd, http://www.playvid.com/watch/AbmeP2dN2xd, http://www.playvid.com/watch/MpDSYUxHC2I,
http://www.playvid.com/watch/dv4u0MOdIJS, http://www.playvid.com/watch/jwc5aR2N6TC, http://www.playvid.com/watch/ExuvuI9CKzQ,
http://www.playvid.com/watch/gxDNJpHQ9Vx, http://www.playvid.com/watch/daQsBHzlnnC, http://www.playvid.com/watch/STpOC0K04hS,
http://www.playvid.com/watch/MzuNwungsJk, http://www.playvid.com/watch/rp3kRTyv7tD, http://www.playvid.com/watch/fsOFVYAUxat,
http://www.playvid.com/watch/yQ0ZTuztmzK, http://www.playvid.com/watch/lSOrbsNmxRD, http://www.playvid.com/watch/2eZUqtKbokR,
http://www.playvid.com/watch/bNQJ7tVMUip, http://www.playvid.com/watch/vWOrcteT-zC, http://www.playvid.com/watch/WNg7p-qzRax,
http://www.playvid.com/watch/EBMws863izP, http://www.playvid.com/watch/coiwuhVBEtH, http://www.playvid.com/watch/UNIBVhOMZ8R,
http://www.playvid.com/watch/GUeYQU2ZCUc, http://www.playvid.com/watch/AZHrQJ2bN7f, http://www.playvid.com/watch/hGB3oUZDAK3,
http://www.playvid.com/watch/JrLwOLk3Luf, http://www.playvid.com/watch/mOeJ5ShpEsC, http://www.playvid.com/watch/6O9V7v8Bejk,
http://www.playvid.com/watch/QbDuOpQUiIB, http://www.playvid.com/watch/AE3LDwLeVSR, http://www.playvid.com/watch/sTjnfvdVISu,
http://www.playvid.com/watch/rluXZ7QwcFS, http://www.playvid.com/watch/UFbxsvM47Nu, http://www.playvid.com/watch/vCDMNRmtAUV,
http://www.playvid.com/watch/723RNqP6KkO, http://www.playvid.com/watch/RZd9hkUPwuJ, http://www.playvid.com/watch/Q4oJleycW2N,
http://www.playvid.com/watch/Vqz9Ht3jhIp, http://www.playvid.com/watch/4bdBW73w-F5, http://www.playvid.com/watch/oAXJ0V2LwGn,
http://www.playvid.com/watch/TzPNsxoy8os, http://www.playvid.com/watch/VPnbYEOGSez, http://www.playvid.com/watch/v8k6yohMKR2,
http://www.playvid.com/watch/ZewARMDgAQq, http://www.playvid.com/watch/rLbvqFwQRMg, http://www.playvid.com/watch/Q49H-NYM5WG,
http://www.playvid.com/watch/0707bTnguDo, http://www.playvid.com/watch/gpRP7ZC2efF, http://www.playvid.com/watch/PS4rXbmLwQj,
http://www.playvid.com/watch/BEFpMKr7IBH, http://www.playvid.com/watch/iToZOP0C6DH, http://www.playvid.com/watch/jMinRAnKhp-,
http://www.playvid.com/watch/brI5RTgKNv-, http://www.playvid.com/watch/YIeI4OPTaSw, http://www.playvid.com/watch/KS5moWX66d-,
http://www.playvid.com/watch/4Cb6ODV2N5X, http://www.playvid.com/watch/PA8qbzXoQ8Z, http://www.playvid.com/watch/nre6QQTZmsY,
http://www.playvid.com/watch/my7WRAQ3Bya, http://www.playvid.com/watch/GrEbq63GmYx, http://www.playvid.com/watch/8stziMi8WGR,
http://www.playvid.com/watch/wvna-ncJrTO, http://www.playvid.com/watch/djz7TA4Zfsm, http://www.playvid.com/watch/gvBv82xfSAx,
http://www.playvid.com/watch/U6Pb0ci7Ct8, http://www.playvid.com/watch/h8bteSRHc7s, http://www.playvid.com/watch/G6ZuYOgfmGG,
http://www.playvid.com/watch/0ShttCMVF2i, http://www.playvid.com/watch/RKvBu-TBICd, http://www.playvid.com/watch/ZK4goYpQ-S7,
http://www.playvid.com/watch/scUMmGgS2pe, http://www.playvid.com/watch/WAO5n6USEsM, http://www.playvid.com/watch/q6lisqINIDN,
http://www.playvid.com/watch/uwm9UfgSUC9, http://www.playvid.com/watch/Xw57poA3KJN, http://www.playvid.com/watch/F0H2eLbJG0m,
http://www.playvid.com/watch/9sjx9IOOUT5, http://www.playvid.com/watch/6X6XjcjwVNl, http://www.playvid.com/watch/P3KKDzlVK0G,
http://www.playvid.com/watch/cU7yGyY5oKU, http://www.playvid.com/watch/XkGFoFRSXY3, http://www.playvid.com/watch/YwsLhkgccfZ,
http://www.playvid.com/watch/dG-lQ-4DOAv, http://www.playvid.com/watch/eSiwvlnnmcw, http://www.playvid.com/watch/c5KH9Gdy6u-,
http://www.playvid.com/watch/zh69ukBqq36, http://www.playvid.com/watch/e3pQSIXYOzP, http://www.playvid.com/watch/-WgIYcjlGpV,
http://www.playvid.com/watch/r9qsSNonSXn, http://www.playvid.com/watch/YDqhcESlXjs, http://www.playvid.com/watch/iS8UJtGnizJ,
http://www.playvid.com/watch/72UT4hzzk4a, http://www.playvid.com/watch/gw7quNY5Dnb, http://www.playvid.com/watch/MLVA50Bd0M9,
http://www.playvid.com/watch/hyZKH69l-ne, http://www.playvid.com/watch/L98DaUX844F, http://www.playvid.com/watch/TmakHrE4HQl,
http://www.playvid.com/watch/fKKjt7Ts7lZ, http://www.playvid.com/watch/7Emk7wFPoKZ, http://www.playvid.com/watch/QR8sHBaEQOP,
http://www.playvid.com/watch/i0LI3SVRGHj, http://www.playvid.com/watch/z-v5zvOZ0AZ, http://www.playvid.com/watch/gZmMbr2FIpR,
http://www.playvid.com/watch/m8qKdB-YBOc, http://www.playvid.com/watch/XrOuquwzCTO, http://www.playvid.com/watch/6fip9Fq5nz8,
http://www.playvid.com/watch/oREpEs7xXVV, http://www.playvid.com/watch/xqWnrGxtu8Y, http://www.playvid.com/watch/CNahrqz0Lx5,
http://www.playvid.com/watch/PQCJuGtMPEL, http://www.playvid.com/watch/Xqd-FTMABHe, http://www.playvid.com/watch/-g0kxwnTzuK,
http://www.playvid.com/watch/EKGtbpLJC-q, http://www.playvid.com/watch/GO5G0HvvfRL, http://www.playvid.com/watch/5zUwHpIstno,
http://www.playvid.com/watch/r7PpOJaQuKw, http://www.playvid.com/watch/LUSJ2YiCguo, http://www.playvid.com/watch/4uW-oTLy5N0,
http://www.playvid.com/watch/qCvW0-UyDAG, http://www.playvid.com/watch/is5GDMDSCRN, http://www.playvid.com/watch/N79-wqi5dZH,
http://www.playvid.com/watch/PW8-8JtEvNB, http://www.playvid.com/watch/MlJRaeo4ona, http://www.playvid.com/watch/AiRSjoHaXfk,
http://www.playvid.com/watch/V2iXa3GpBab, http://www.playvid.com/watch/zklELHIY-lx, http://www.playvid.com/watch/6M74IqPryQm,
http://www.playvid.com/watch/NPyEgqKtPJI, http://www.playvid.com/watch/4ED3SDJ2bXn, http://www.playvid.com/watch/dCIb7CKnMlH,
http://www.playvid.com/watch/ZiXMAMcx26X, http://www.playvid.com/watch/D9KNrv2Qg09, http://www.playvid.com/watch/PwoSQLBCI3A,
http://www.playvid.com/watch/5BAxbFl3q0A, http://www.playvid.com/watch/3TuGylC5aCc, http://www.playvid.com/watch/nZiKjkNvts9,
http://www.playvid.com/watch/pojxcHVNaj2, http://www.playvid.com/watch/NYr6mnGhmC3, http://www.playvid.com/watch/GVB2J3O8RGQ,
http://www.playvid.com/watch/zqdbdR7Ofmb, http://www.playvid.com/watch/j8vYP7YhpZn, http://www.playvid.com/watch/H7d-FlRM2y8,
http://www.playvid.com/watch/c-Kyk0wgWBh, http://www.playvid.com/watch/iyFiGzCJqcI, http://www.playvid.com/watch/LcYj3d7OOw4,
http://www.playvid.com/watch/GI4Lcg6EDAQ, http://www.playvid.com/watch/hubhBQX9M9N, http://www.playvid.com/watch/w9dKigNNm3I,
http://www.playvid.com/watch/IeRQ7Y9PTEo, http://www.playvid.com/watch/vLaDIf7fA30, http://www.playvid.com/watch/xydCVAklHuC,
http://www.playvid.com/watch/Q33yJUCXOHS
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chocomamboex
5.b. Uploader's email address: edmers2009@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/chocomamboex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9R4VBOt4EQn, http://www.playvid.com/watch/OZFr-V2zw0v,
http://www.playvid.com/watch/yNySTGR9eVj, http://www.playvid.com/watch/aTI6RjvP8kA, http://www.playvid.com/watch/oAqYRLVfce7,
http://www.playvid.com/watch/0MUtjREpcT5, http://www.playvid.com/watch/p6pSj9w2ia0, http://www.playvid.com/watch/ON5OIzyZ-GI,
http://www.playvid.com/watch/cfn230SjI52, http://www.playvid.com/watch/DEVShAar3JU, http://www.playvid.com/watch/L5moR--nUTQ,
http://www.playvid.com/watch/gKhLWN20QkM, http://www.playvid.com/watch/HkRfJsphVRf, http://www.playvid.com/watch/MPm3fCWv7IW,
http://www.playvid.com/watch/L3untLDMMQf, http://www.playvid.com/watch/WkjPtTVrajA, http://www.playvid.com/watch/N0gUKibvFQs,
http://www.playvid.com/watch/ZZ2FUXEPlkD, http://www.playvid.com/watch/ZEsMLe7lBa7, http://www.playvid.com/watch/H0ZVHx6Zi0I,
http://www.playvid.com/watch/ebyrD7gGlvz, http://www.playvid.com/watch/h2oxkqcqsS3, http://www.playvid.com/watch/KO4fnD6TaUZ,
http://www.playvid.com/watch/wwMcflbVbD4, http://www.playvid.com/watch/z-pSibQbC5O, http://www.playvid.com/watch/2Kn4QyhjK-c,
http://www.playvid.com/watch/VjI5XYvJGS4, http://www.playvid.com/watch/N7SwL4SV08s, http://www.playvid.com/watch/W9HBDx7zSix,
http://www.playvid.com/watch/fc5yvrmiYom, http://www.playvid.com/watch/gHNgoPZVoOW, http://www.playvid.com/watch/8BxQcZufRdm,
http://www.playvid.com/watch/FDh8Fu9pLKY, http://www.playvid.com/watch/wXnpxBUkJAq, http://www.playvid.com/watch/wFyiPan4HFw,
http://www.playvid.com/watch/gAQBVpiq95Q, http://www.playvid.com/watch/ilzPKlKUXI4, http://www.playvid.com/watch/vNsva5ppGPi,
http://www.playvid.com/watch/GLjm7r2-whu, http://www.playvid.com/watch/ZNOMiQnZ09X, http://www.playvid.com/watch/G8uotXHtDdu,
http://www.playvid.com/watch/59yUqzLtp6Y, http://www.playvid.com/watch/Ff43bYKITwD, http://www.playvid.com/watch/K5zRKU0lR80,
http://www.playvid.com/watch/FaJfD4568Bn, http://www.playvid.com/watch/vt4EoJfnCbP, http://www.playvid.com/watch/qkVVJEluxF3,
http://www.playvid.com/watch/f4XpYA9mX02, http://www.playvid.com/watch/HbvsY9TQ0h8, http://www.playvid.com/watch/2n7sSFcJ5RE,
http://www.playvid.com/watch/eiIYGBDi3jg, http://www.playvid.com/watch/Eb2ZB3rdtYb, http://www.playvid.com/watch/ABEHsvJtaRB,
http://www.playvid.com/watch/hl-orvzzC5J, http://www.playvid.com/watch/coSzbpDOBmf, http://www.playvid.com/watch/hb0n8vRE08-,
http://www.playvid.com/watch/8yRd-4mkZ5f, http://www.playvid.com/watch/r-PuFsK6Yng, http://www.playvid.com/watch/oAsgk8UkjJe,
http://www.playvid.com/watch/Y3a-UJYYt8A, http://www.playvid.com/watch/cSxPU4I2M0Z, http://www.playvid.com/watch/hSR8pCwBbxK,
http://www.playvid.com/watch/TUt-fjOKcDZ, http://www.playvid.com/watch/PYRdOqI3odb, http://www.playvid.com/watch/DliPdcIL2ES,
http://www.playvid.com/watch/usQJRWuG4Po, http://www.playvid.com/watch/6saBcBs-3ve, http://www.playvid.com/watch/f6FA6ckIlll,
http://www.playvid.com/watch/mF3CJz4H5Q7, http://www.playvid.com/watch/b8DkAA8lzUl, http://www.playvid.com/watch/EVsRjE0cEhx,
http://www.playvid.com/watch/LSQ4J9lONEw, http://www.playvid.com/watch/4MZ7-GQxNmQ, http://www.playvid.com/watch/XP4rp9eRMg9,
http://www.playvid.com/watch/8WGVhdTz9ep, http://www.playvid.com/watch/3AOLrKS3fcf, http://www.playvid.com/watch/ezYz0YCKoqk,
http://www.playvid.com/watch/HoFawDkBV7q, http://www.playvid.com/watch/KwinJPt6TgC, http://www.playvid.com/watch/cEUsCspZ7rz,
http://www.playvid.com/watch/Kb2ZZD6cWYV, http://www.playvid.com/watch/F6LLyQOEUw0, http://www.playvid.com/watch/Fjmby-iARpJ,

http://www.playvid.com/watch/89IIxJYIpIZ, http://www.playvid.com/watch/C5Eap89a5C4, http://www.playvid.com/watch/k7gKopWfcK6
5.f. Date of third notice: 2013-11-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chokodick
5.b. Uploader's email address: mantpmhafkins@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/chokodick
5.e. List of videos posted by uploader: http://www.playvid.com/watch/voLLF0DZTtn, http://www.playvid.com/watch/NjpRaITefXD,
http://www.playvid.com/watch/ldCMDyAMLN6, http://www.playvid.com/watch/AWS0Wpvjp06, http://www.playvid.com/watch/nOJvdRYyTgX,
http://www.playvid.com/watch/wpVGZTEt9-d, http://www.playvid.com/watch/RlAMJikeLEK, http://www.playvid.com/watch/4aorNic6wjw,
http://www.playvid.com/watch/EvNhImnRqIs, http://www.playvid.com/watch/PJV2YRcZgFv, http://www.playvid.com/watch/60IeKQg4rcv,
http://www.playvid.com/watch/V-hjSTReFrQ, http://www.playvid.com/watch/GWc-rdDkUaf, http://www.playvid.com/watch/pJutnRoFLey,
http://www.playvid.com/watch/MgqcHu6apSV, http://www.playvid.com/watch/q0rCSgrjsYZ, http://www.playvid.com/watch/DNPRCgtjC6s,
http://www.playvid.com/watch/qpzXrHeQKZb, http://www.playvid.com/watch/zk0qyASW2RL, http://www.playvid.com/watch/oUYX6NfZsYZ,
http://www.playvid.com/watch/n7bnT6TEesE, http://www.playvid.com/watch/n4n54HanvEj, http://www.playvid.com/watch/aBhaz04pJia,
http://www.playvid.com/watch/cgu-Tnvhc8p, http://www.playvid.com/watch/8w0NGjKYbj5, http://www.playvid.com/watch/uadoVREunFA,
http://www.playvid.com/watch/u3uRLBi-jSf, http://www.playvid.com/watch/gOEoXvrbq6S, http://www.playvid.com/watch/pVfCtvjRPYW,
http://www.playvid.com/watch/khWCp32cjc0, http://www.playvid.com/watch/hFZQOkhcA8R, http://www.playvid.com/watch/SCxYvp0PfR8,
http://www.playvid.com/watch/0GF82Be6J9P, http://www.playvid.com/watch/jN3CVG3DIYk, http://www.playvid.com/watch/QTjWGtqsKlA,
http://www.playvid.com/watch/XrDiINQmS9q, http://www.playvid.com/watch/L2Y8oEzRswi, http://www.playvid.com/watch/3Xc4dnK7ivo,
http://www.playvid.com/watch/98Fir-7J0TH, http://www.playvid.com/watch/XsEkSBBqg-w, http://www.playvid.com/watch/gpqfqmgOkLm,
http://www.playvid.com/watch/rQgtDCTP0yq, http://www.playvid.com/watch/YhUZzxjhZlh, http://www.playvid.com/watch/vSMTRPgNeL2,
http://www.playvid.com/watch/-qtrzZgcEzS, http://www.playvid.com/watch/KB2n5KgHfGY, http://www.playvid.com/watch/JA-Uamu7FHH,
http://www.playvid.com/watch/hhO8pts3snC, http://www.playvid.com/watch/9JRIvyywRQm, http://www.playvid.com/watch/nlL6qHUXwbQ,
http://www.playvid.com/watch/w0ejEH08m5p, http://www.playvid.com/watch/S58FkucJO4k, http://www.playvid.com/watch/7y7eSpdyeiQ,
http://www.playvid.com/watch/Qu8lPC9Ykgt, http://www.playvid.com/watch/WMoL3d4Ueo8, http://www.playvid.com/watch/C6Mo78V6DwD,
http://www.playvid.com/watch/Du588J43oew, http://www.playvid.com/watch/ObR8Ji4yVC7, http://www.playvid.com/watch/9du2LGNzMNm,
http://www.playvid.com/watch/ovSW5ojvssP, http://www.playvid.com/watch/PbylYMEByvU, http://www.playvid.com/watch/BbIwFZDUNS0,
http://www.playvid.com/watch/KbKA8AjA-cL, http://www.playvid.com/watch/6nkRkEDuang, http://www.playvid.com/watch/hpGZvIJOBWw,
http://www.playvid.com/watch/qT8MTtTYONi, http://www.playvid.com/watch/7aBFXqzBT5i, http://www.playvid.com/watch/VKnSs7KdmZ5,
http://www.playvid.com/watch/f4F-sCnPHzl, http://www.playvid.com/watch/RVfrzCLCfUf, http://www.playvid.com/watch/xB5sxv2260v,
http://www.playvid.com/watch/RbHd30Put3D, http://www.playvid.com/watch/YQ3XmciCMRa, http://www.playvid.com/watch/HGyL6aBjs2Z,
http://www.playvid.com/watch/c8SggzDxpjw, http://www.playvid.com/watch/rZvJvwRWJFk, http://www.playvid.com/watch/3oMBsJvOJSl,
http://www.playvid.com/watch/Ia7L6jXiKv5, http://www.playvid.com/watch/YEZ9UCGdPnI, http://www.playvid.com/watch/eTDhqyOVWdn,
http://www.playvid.com/watch/xjjdgLpohS5, http://www.playvid.com/watch/GluBb7hWqPf, http://www.playvid.com/watch/8vak5eugLCe,
http://www.playvid.com/watch/Nd-IWJrkOuO, http://www.playvid.com/watch/GbepkmdhjDE, http://www.playvid.com/watch/wThREARFxeh,
http://www.playvid.com/watch/zM6-vBa4Vo4, http://www.playvid.com/watch/eGrPxai7jk-, http://www.playvid.com/watch/oleI0zNHvrB,
http://www.playvid.com/watch/LyKFRJrcyy7, http://www.playvid.com/watch/F6s74a8LOUx, http://www.playvid.com/watch/5HVcHWR0vdg,
http://www.playvid.com/watch/ceztpgH-ZNY, http://www.playvid.com/watch/ZTxZUx9aSgG, http://www.playvid.com/watch/9CTkrBVOWJy,
http://www.playvid.com/watch/zpddSgI2OSd, http://www.playvid.com/watch/jEHE7BezFST, http://www.playvid.com/watch/Pseo-hSqa8G,
http://www.playvid.com/watch/5GqZSYAmLhk, http://www.playvid.com/watch/NLrOh7z-Pl6, http://www.playvid.com/watch/suIASj5Txv6,
http://www.playvid.com/watch/hf7jfnffe3J, http://www.playvid.com/watch/t9hGB5-LfxX, http://www.playvid.com/watch/6OutYLnOeiN,
http://www.playvid.com/watch/99LRbamGxOg, http://www.playvid.com/watch/5EJAB46-SEC, http://www.playvid.com/watch/YBvOi7lLGFq,
http://www.playvid.com/watch/idZZw98waZh, http://www.playvid.com/watch/5rk8MsDVCYb, http://www.playvid.com/watch/hGFbUkEQrps,
http://www.playvid.com/watch/wwEqTbOEgVp, http://www.playvid.com/watch/IYcoLJ6-IUp, http://www.playvid.com/watch/fad-Nmaj2jY,
http://www.playvid.com/watch/RBQVBc0GRtR, http://www.playvid.com/watch/cUTwZ5Mmyt5, http://www.playvid.com/watch/f7OltVl50T9,
http://www.playvid.com/watch/8M-YY9hqCra, http://www.playvid.com/watch/YOyb3ZfhMlK, http://www.playvid.com/watch/CIqSpw0uiLu,
http://www.playvid.com/watch/6NqsqxgvhuD, http://www.playvid.com/watch/3p3iA9Ghq43, http://www.playvid.com/watch/HXRomUXZ7Iw,
http://www.playvid.com/watch/9yPN-jPyYYB, http://www.playvid.com/watch/5k48-wbGFrr, http://www.playvid.com/watch/zrZep0-sPnh,
http://www.playvid.com/watch/I9GUUGXqNOk, http://www.playvid.com/watch/550LErfoofo, http://www.playvid.com/watch/HfqmXuEI-6C,
http://www.playvid.com/watch/R60fb83CWR8, http://www.playvid.com/watch/MfUEOm4cOyb, http://www.playvid.com/watch/xH9SSxhll4h,
http://www.playvid.com/watch/0VoeH9oy6gc, http://www.playvid.com/watch/8CooVjyIo5p, http://www.playvid.com/watch/f8eeZm3ENcx,
http://www.playvid.com/watch/eCBx6ik4X0b, http://www.playvid.com/watch/wvrvJl5k24l, http://www.playvid.com/watch/2VkDunAfFT0,
http://www.playvid.com/watch/7rfN7OPQybF, http://www.playvid.com/watch/uhe2P2y5TI-, http://www.playvid.com/watch/xzXbVhZVj-q,
http://www.playvid.com/watch/wXmKOC28L7o, http://www.playvid.com/watch/DFEKetUlTvD, http://www.playvid.com/watch/0HraaZv6Wo2,
http://www.playvid.com/watch/zxboB57S-Jn, http://www.playvid.com/watch/0RIJOzMVocw, http://www.playvid.com/watch/9fDTIsVy5iX,
http://www.playvid.com/watch/Ur4wfgXvVfh, http://www.playvid.com/watch/TjhgwTlKlAp, http://www.playvid.com/watch/NCYr3erfi58,
http://www.playvid.com/watch/8vylIsW4E4n, http://www.playvid.com/watch/rIaFAnrXWq9, http://www.playvid.com/watch/dlLMugBWPqY,
http://www.playvid.com/watch/HCHb32aQYZw, http://www.playvid.com/watch/777ZeSZJvEb, http://www.playvid.com/watch/A9UPzJ8N6rf,
http://www.playvid.com/watch/JVGtBAYrF02, http://www.playvid.com/watch/6wvpZJUy6pt, http://www.playvid.com/watch/2FGE34U5T9t,
http://www.playvid.com/watch/rWockWa3Fxa, http://www.playvid.com/watch/5DnbMIXj6ff, http://www.playvid.com/watch/8KuoDAcbBYs,
http://www.playvid.com/watch/CUGsrXssMOo, http://www.playvid.com/watch/Sxrpa-DFWH6, http://www.playvid.com/watch/hd6l6LduFW3,
http://www.playvid.com/watch/kASWVaNNKxI, http://www.playvid.com/watch/aFb8FHKwBnC, http://www.playvid.com/watch/mLJ5TlR3TsP,
http://www.playvid.com/watch/LHCACOTdmIm, http://www.playvid.com/watch/G2AukuXid74, http://www.playvid.com/watch/OwRsZzTRQhP,
http://www.playvid.com/watch/wvfvoJ52VQ-, http://www.playvid.com/watch/eb6lkTKXdA0, http://www.playvid.com/watch/LnrHr07yP4S,
http://www.playvid.com/watch/e0i4TqYYv8z, http://www.playvid.com/watch/mlwuirwGMGS, http://www.playvid.com/watch/asKA7TdZGyv,
http://www.playvid.com/watch/xcvJxjyNH54, http://www.playvid.com/watch/63ki4HtA8z3, http://www.playvid.com/watch/Wl0S28MHW8v,
http://www.playvid.com/watch/AViDOp8ltkb, http://www.playvid.com/watch/0EDP0ldSr3e, http://www.playvid.com/watch/dNin-GnVEhx,
http://www.playvid.com/watch/e75CxoqU7nX, http://www.playvid.com/watch/Xk3VBMaGIFX, http://www.playvid.com/watch/t9czx9PdUXo,
http://www.playvid.com/watch/30p4TKbb5Ml, http://www.playvid.com/watch/YUVqbk7G7zx, http://www.playvid.com/watch/CJH8jpotXlY,
http://www.playvid.com/watch/YzAKHpXAyuB, http://www.playvid.com/watch/sLmk4ZY97vf, http://www.playvid.com/watch/nxtHxDFzZkO,
http://www.playvid.com/watch/bTlUvdw9jNt, http://www.playvid.com/watch/SWmPSoHRfpD, http://www.playvid.com/watch/bgfZfbObElm,
http://www.playvid.com/watch/hw8YBGT4L3L, http://www.playvid.com/watch/sk3TKw2KayX, http://www.playvid.com/watch/ekZBTuFjgBV,
http://www.playvid.com/watch/bIH0Ib2prRR, http://www.playvid.com/watch/xonaUCXvy4I, http://www.playvid.com/watch/tNR3Dc9YtEz,
http://www.playvid.com/watch/UKMBO-fkSLU, http://www.playvid.com/watch/msBYeOyLT39, http://www.playvid.com/watch/SdLrbRASFQx,
http://www.playvid.com/watch/ZpN9TPL8qKb, http://www.playvid.com/watch/T5NguoAgNT6, http://www.playvid.com/watch/-Wn33jsm0JE,
http://www.playvid.com/watch/EP8XUc5xUpE, http://www.playvid.com/watch/2cYrUqeD-4J, http://www.playvid.com/watch/ewfFAbchvX7,
http://www.playvid.com/watch/FRNhpwZbCdV, http://www.playvid.com/watch/8X-a8RruXr9, http://www.playvid.com/watch/nsZak0OPHjb,
http://www.playvid.com/watch/q8f0FTLXeIt, http://www.playvid.com/watch/MKnQ-JSX5Bo, http://www.playvid.com/watch/6BSrhAlqKp3,
http://www.playvid.com/watch/vS38Qrg3eLQ, http://www.playvid.com/watch/SRnbI0w8tYr, http://www.playvid.com/watch/os5SfqZ9lh2,
http://www.playvid.com/watch/PagZ8-Hnu9c, http://www.playvid.com/watch/RMmydps3YlQ, http://www.playvid.com/watch/Vz4OvWJvVXT,
http://www.playvid.com/watch/i2U4aOrUyxy, http://www.playvid.com/watch/lEll3Q3YBok, http://www.playvid.com/watch/lsKqxEXR6QC,
http://www.playvid.com/watch/oaYkLLzfsd2, http://www.playvid.com/watch/iVnAJuTJ-Lz, http://www.playvid.com/watch/Htmq9k5GdbM,
http://www.playvid.com/watch/d20FUDMdbnx, http://www.playvid.com/watch/rcCdnMycspR, http://www.playvid.com/watch/qydCAmKuR7S,
http://www.playvid.com/watch/tFoUbT2guQM, http://www.playvid.com/watch/B3iKTdpoDkM, http://www.playvid.com/watch/aZrmUVKHpFg,
http://www.playvid.com/watch/YIh2QssSUr2, http://www.playvid.com/watch/yFuXhA9gfNo, http://www.playvid.com/watch/CVvA3ntKLnl,
http://www.playvid.com/watch/pTtKL3hC83I, http://www.playvid.com/watch/iheaIHmoBbn, http://www.playvid.com/watch/2ycWyz6WL3J,
http://www.playvid.com/watch/tuShcb0vM9e, http://www.playvid.com/watch/4-NwCUKIGjL, http://www.playvid.com/watch/wHtEE2rd5fs,
http://www.playvid.com/watch/Ie4lpPRHCkq, http://www.playvid.com/watch/o-gPX6lAbtT, http://www.playvid.com/watch/Uh43heI4VpY,
http://www.playvid.com/watch/hDbR7cHRz6X, http://www.playvid.com/watch/HkdWCR02rC7, http://www.playvid.com/watch/MZJK7kremkS,
http://www.playvid.com/watch/kclvzkwhVFl, http://www.playvid.com/watch/g7NRxSbA0Vj, http://www.playvid.com/watch/zV3z4vhUfSx,
http://www.playvid.com/watch/2nzTNsfUdlD, http://www.playvid.com/watch/tH8FcECvrkj, http://www.playvid.com/watch/W5esUl-y8Oy,
http://www.playvid.com/watch/acWvo6alUHI, http://www.playvid.com/watch/3r4D4vCJaAW, http://www.playvid.com/watch/nDrGyhApCJ8,
http://www.playvid.com/watch/wfvv5uN4LAM, http://www.playvid.com/watch/UI7JPoqcNoz, http://www.playvid.com/watch/O5gTcwteG7j,
http://www.playvid.com/watch/yjc05ibKLwB, http://www.playvid.com/watch/20KxPU8TxLZ, http://www.playvid.com/watch/q8O0wHrlDYk,
http://www.playvid.com/watch/rujvDWFwwp8, http://www.playvid.com/watch/PojrDnnmcEx, http://www.playvid.com/watch/dBzrJybleJr,

http://www.playvid.com/watch/jvevMCUk6fX, http://www.playvid.com/watch/S3JcwDy4YJ8, http://www.playvid.com/watch/aqqJIAjbkmz,
http://www.playvid.com/watch/4SinwcZKRh6, http://www.playvid.com/watch/jFTjPBANMrU, http://www.playvid.com/watch/UyEIYFe70Ft,
http://www.playvid.com/watch/-KMhYEktCil, http://www.playvid.com/watch/LCxBP2qMPgm, http://www.playvid.com/watch/yrIQdqpP7xq,
http://www.playvid.com/watch/37pV0a5eHqP, http://www.playvid.com/watch/4rXxeGu4sJ9, http://www.playvid.com/watch/3YqRuSiktY2,
http://www.playvid.com/watch/x6cuRFx90XB, http://www.playvid.com/watch/mp5pMq4ulzG, http://www.playvid.com/watch/KOmgT8TnKs5,
http://www.playvid.com/watch/sgCOXuEuhAi, http://www.playvid.com/watch/NAleJbs-b0b, http://www.playvid.com/watch/75wkNKtashU,
http://www.playvid.com/watch/nKP-mwi5f-h, http://www.playvid.com/watch/QN2sanhpwZn, http://www.playvid.com/watch/DUBJwMWyy-g,
http://www.playvid.com/watch/QOEuCAgbeqU, http://www.playvid.com/watch/bYbPF596U-3, http://www.playvid.com/watch/5QdQ4P73IMn,
http://www.playvid.com/watch/4iEarwAayYL, http://www.playvid.com/watch/3HX6GPPnC4r, http://www.playvid.com/watch/5XgDjLjCgXb,
http://www.playvid.com/watch/p8k7ZJXgkwv, http://www.playvid.com/watch/MbBRxOUzzna, http://www.playvid.com/watch/6OgluFt4KQ0,
http://www.playvid.com/watch/8fUT5LXGZ8N, http://www.playvid.com/watch/-AreDjjJBXt, http://www.playvid.com/watch/HqCig2KTp9g,
http://www.playvid.com/watch/DZcqKmd0sCl, http://www.playvid.com/watch/ittGYK23JRz, http://www.playvid.com/watch/ZonxeQBXSCf,
http://www.playvid.com/watch/E-YG8-o3OV4, http://www.playvid.com/watch/fDPX0j2yn3C, http://www.playvid.com/watch/zgxazkbumkj,
http://www.playvid.com/watch/bA6PjY9qf6G, http://www.playvid.com/watch/FdwOzdqN4w4, http://www.playvid.com/watch/kl4FCr2lfX9,
http://www.playvid.com/watch/G0SN-qPwxx4, http://www.playvid.com/watch/3qVcqqAWBZS, http://www.playvid.com/watch/TSaDpJtItUH,
http://www.playvid.com/watch/bSpiYfYB-eM, http://www.playvid.com/watch/eAAsF59tUik, http://www.playvid.com/watch/XiU-qhtkabU,
http://www.playvid.com/watch/hhLia-BgViG, http://www.playvid.com/watch/m6AOaYrMMGV, http://www.playvid.com/watch/DUcsEZExCnf,
http://www.playvid.com/watch/R7YdK23RA4r, http://www.playvid.com/watch/r2RSjV394VY, http://www.playvid.com/watch/kZWSuLPXwGT,
http://www.playvid.com/watch/c-sX2hy0dsG, http://www.playvid.com/watch/o6nw75JpBqD, http://www.playvid.com/watch/n2eUxjVZriF,
http://www.playvid.com/watch/0WBHbS4ENIA, http://www.playvid.com/watch/6EhjiFzCLmW, http://www.playvid.com/watch/3PsTUdaEYpa,
http://www.playvid.com/watch/bdIEYP4rDeH, http://www.playvid.com/watch/0Har3ycG78O, http://www.playvid.com/watch/HpzR5PDa6eo,
http://www.playvid.com/watch/tPZEc5OCUSa, http://www.playvid.com/watch/-YhW9Pb-omd, http://www.playvid.com/watch/Sh5xgUZIODv,
http://www.playvid.com/watch/s2fi9uefAaO, http://www.playvid.com/watch/pYZM8m2-zBg, http://www.playvid.com/watch/0K8CaPUD7lY,
http://www.playvid.com/watch/56ppavPb-lk, http://www.playvid.com/watch/LCyN5SzkTPQ, http://www.playvid.com/watch/o49ezERA6Ey,
http://www.playvid.com/watch/Idj0p2WQqwg, http://www.playvid.com/watch/f5miBhFM2Vm, http://www.playvid.com/watch/Ht5Fq7Ue3d8,
http://www.playvid.com/watch/iew2VQiTg8R, http://www.playvid.com/watch/7YO02jMkSxQ, http://www.playvid.com/watch/9M6elcBrrT3,
http://www.playvid.com/watch/ffChmAEJHTL, http://www.playvid.com/watch/VXD6LrkCBZS, http://www.playvid.com/watch/G3v2Gnv3u6g,
http://www.playvid.com/watch/HSR0XUKhlMB, http://www.playvid.com/watch/PLxrvrlCFJx, http://www.playvid.com/watch/ua7WTMj4luv,
http://www.playvid.com/watch/QhA0jAX5oSf, http://www.playvid.com/watch/3YaQbh35bK5, http://www.playvid.com/watch/-ThqvH-nfik,
http://www.playvid.com/watch/7PZz5GYE0W3, http://www.playvid.com/watch/y5jpq7dYRAY, http://www.playvid.com/watch/QsaWg9zn6Zm,
http://www.playvid.com/watch/IkN3BJGq4UG, http://www.playvid.com/watch/qQfkyhmTYvw, http://www.playvid.com/watch/2s-Sf9aGGVJ,
http://www.playvid.com/watch/GJYLYHaWrD7, http://www.playvid.com/watch/7a6VYsXvy85, http://www.playvid.com/watch/q-VO8VK80XU,
http://www.playvid.com/watch/aHKw6SAUxbW, http://www.playvid.com/watch/z2knSFRMa9U, http://www.playvid.com/watch/w-bIdCHUn3T,
http://www.playvid.com/watch/GrcyLPBwdU0, http://www.playvid.com/watch/XGnuv4bFeXR, http://www.playvid.com/watch/Tbm2qNjh5ck,
http://www.playvid.com/watch/TfwTfE5cBfk, http://www.playvid.com/watch/MwRk-e6UlRU, http://www.playvid.com/watch/QzQMyfrKJ9e,
http://www.playvid.com/watch/hdj5C0fRUYW, http://www.playvid.com/watch/uLU6BoMGHb6, http://www.playvid.com/watch/ucSwIF8ZVQs,
http://www.playvid.com/watch/Bsh8c4awprF, http://www.playvid.com/watch/nHTuwJ9-toz, http://www.playvid.com/watch/3sX4avCVnuP,
http://www.playvid.com/watch/KvjwCtZdInm, http://www.playvid.com/watch/Y2kkEPjtx0x, http://www.playvid.com/watch/vqwqbC67fQ2,
http://www.playvid.com/watch/doaEdZp4bu9, http://www.playvid.com/watch/cu2I6S853oE, http://www.playvid.com/watch/62aB28-0cS9,
http://www.playvid.com/watch/l-yBORSLGWq, http://www.playvid.com/watch/HukvPRSFhLZ, http://www.playvid.com/watch/I2SGoxnRN5I,
http://www.playvid.com/watch/nwONlPALg5U, http://www.playvid.com/watch/56yo06LOe9B, http://www.playvid.com/watch/r8FJscmT52U,
http://www.playvid.com/watch/MEuTHbVfEU2, http://www.playvid.com/watch/WtEaM8xvrFV, http://www.playvid.com/watch/fByNvBQxEcn,
http://www.playvid.com/watch/xR3DDrpLbV6, http://www.playvid.com/watch/5zDsQ9muvp8, http://www.playvid.com/watch/XKxJg9S3L69,
http://www.playvid.com/watch/4WCo9FvOB5m, http://www.playvid.com/watch/VMl0BhLyuKs, http://www.playvid.com/watch/Z2AeJXjyvaC,
http://www.playvid.com/watch/NtMYTXLL4NK, http://www.playvid.com/watch/6tUHvyLMUHa, http://www.playvid.com/watch/U-vhqOh9zeN,
http://www.playvid.com/watch/5Qi-VccLIkL, http://www.playvid.com/watch/NpZhsNIGpky, http://www.playvid.com/watch/-q2ZILYKANh,
http://www.playvid.com/watch/CYMLpr0TDNY, http://www.playvid.com/watch/Or6TV8Tf7uA, http://www.playvid.com/watch/k4B5X-C-a2f,
http://www.playvid.com/watch/ZNgZoitvFwC, http://www.playvid.com/watch/TdVI33gol7y, http://www.playvid.com/watch/-nmB3YND-oL,
http://www.playvid.com/watch/WC8fKHaBbm4, http://www.playvid.com/watch/VuzlG3Kcro6, http://www.playvid.com/watch/i95qvIR4Q-h,
http://www.playvid.com/watch/o-fsvWCHFuU, http://www.playvid.com/watch/7W7tUpd5j-X, http://www.playvid.com/watch/Pk7FFBFDdL0,
http://www.playvid.com/watch/SDm8DspYeSv, http://www.playvid.com/watch/TudHipFNbHR, http://www.playvid.com/watch/xay7Bwxvylg,
http://www.playvid.com/watch/I5CUPjB55Rt, http://www.playvid.com/watch/fxvoRVhjgfZ, http://www.playvid.com/watch/MZtr6isB3uj,
http://www.playvid.com/watch/pJaPaNSfRn0, http://www.playvid.com/watch/mjg0h3co9pf, http://www.playvid.com/watch/BgBzXYyIgUE,
http://www.playvid.com/watch/oaQk9I7ZER-, http://www.playvid.com/watch/w05V9iYf4Q2, http://www.playvid.com/watch/PxsBzSG0v6T,
http://www.playvid.com/watch/9RpnI0pg8po, http://www.playvid.com/watch/cy8Dpfk7gU6, http://www.playvid.com/watch/I3-ATqbj4bj,
http://www.playvid.com/watch/IKkQqRprAPp, http://www.playvid.com/watch/gvivSRNilNX, http://www.playvid.com/watch/DyGp-Ywj5mb,
http://www.playvid.com/watch/NtK5nbuRfXI, http://www.playvid.com/watch/CEDh5eldjix, http://www.playvid.com/watch/DiAjTz9TXBx,
http://www.playvid.com/watch/yLQUUL8WrSi, http://www.playvid.com/watch/PyOFCBsBFR6, http://www.playvid.com/watch/4TVL0ZPnwhG,
http://www.playvid.com/watch/dlW7kRloG3a, http://www.playvid.com/watch/meVv53j2hx4, http://www.playvid.com/watch/7KjyHX26Vg8,
http://www.playvid.com/watch/F9UgfhXypbj, http://www.playvid.com/watch/5ygfKM4dBVr, http://www.playvid.com/watch/hRnoJiVWEUi,
http://www.playvid.com/watch/5YVaUd9M327, http://www.playvid.com/watch/QbUwDlAAJLP, http://www.playvid.com/watch/WrYNu46SxMw,
http://www.playvid.com/watch/mJPJ4RN7PGc, http://www.playvid.com/watch/CTY-TIKuObb, http://www.playvid.com/watch/8jrMQvSBR66,
http://www.playvid.com/watch/LiU63rSrKoI, http://www.playvid.com/watch/dv7CoLJC2Ux, http://www.playvid.com/watch/VfEFzNiH94A,
http://www.playvid.com/watch/FYp9CtIdvr3, http://www.playvid.com/watch/Y0ADn3UogXy, http://www.playvid.com/watch/4S0ZWdmHxeK,
http://www.playvid.com/watch/X4ORIh4Fqgq, http://www.playvid.com/watch/aidRtwMDvjL, http://www.playvid.com/watch/Cx4MXyTzk98,
http://www.playvid.com/watch/UyT-EKaIqzV, http://www.playvid.com/watch/o9c7Vh6nYfw, http://www.playvid.com/watch/s2J0FSlJnB0,
http://www.playvid.com/watch/NhcjRtC9dyV, http://www.playvid.com/watch/xSKdrwHjPdK, http://www.playvid.com/watch/xgW2i2wF9w9,
http://www.playvid.com/watch/lZUoUnxY4Ul, http://www.playvid.com/watch/mNTRoUizcfx, http://www.playvid.com/watch/idJM4qLT8kG,
http://www.playvid.com/watch/Rkor2nXb0lv, http://www.playvid.com/watch/fScDAYOjG96, http://www.playvid.com/watch/65d2HHI43dc,
http://www.playvid.com/watch/jO7P7zWsnI4, http://www.playvid.com/watch/h3TFqlInKph, http://www.playvid.com/watch/Xt97BJZVwO5,
http://www.playvid.com/watch/w7oA4t93DoP, http://www.playvid.com/watch/THnH95a2aWW, http://www.playvid.com/watch/IyYQd6sN4wo,
http://www.playvid.com/watch/GCNmkZcFixy, http://www.playvid.com/watch/VArQhLTlp4i, http://www.playvid.com/watch/DbMQfRhQMfv,
http://www.playvid.com/watch/Bv6-ets4qIN, http://www.playvid.com/watch/eoMn899DrAD, http://www.playvid.com/watch/wcaPFhwOZlm,
http://www.playvid.com/watch/sIOFdeweicp, http://www.playvid.com/watch/2K2kYu5zGZ8, http://www.playvid.com/watch/gXgmizT8LwR,
http://www.playvid.com/watch/4xz2wA4ZycJ, http://www.playvid.com/watch/3M4YOaLTV9f, http://www.playvid.com/watch/SnlTGxpjByd,
http://www.playvid.com/watch/uLyqClDgPYR, http://www.playvid.com/watch/vDutdTLMxhP, http://www.playvid.com/watch/QpUV6h0jxmk,
http://www.playvid.com/watch/G6mxXOwXx7d, http://www.playvid.com/watch/PhWa85ZnbK-, http://www.playvid.com/watch/f4dMdt4rN3t,
http://www.playvid.com/watch/ZwN9wXIXmQT, http://www.playvid.com/watch/DoSj2ShejCb, http://www.playvid.com/watch/Uko3JCipFPl,
http://www.playvid.com/watch/hsxUGBqXHlz, http://www.playvid.com/watch/bvrNejt-Jwh, http://www.playvid.com/watch/kMw-SW-ZkVy,
http://www.playvid.com/watch/sgWybKozYzX, http://www.playvid.com/watch/weuMJU9JLMs, http://www.playvid.com/watch/VSju9uV6SCJ,
http://www.playvid.com/watch/4mEjJTo9pMx, http://www.playvid.com/watch/Bd75F8uDXFb, http://www.playvid.com/watch/K0ZXiuwbLpX,
http://www.playvid.com/watch/Vz0c6bRZeMQ, http://www.playvid.com/watch/ZEDKgoqjcJ0, http://www.playvid.com/watch/zaKCcVdgMe4,
http://www.playvid.com/watch/LgGGS7Ce9xe, http://www.playvid.com/watch/sXlp-bmc4Wz, http://www.playvid.com/watch/bs46Oup3p9l,
http://www.playvid.com/watch/X0Sj2SIOt8s, http://www.playvid.com/watch/WhYlOWBIUAp, http://www.playvid.com/watch/M3ee8lnI8wT,
http://www.playvid.com/watch/cwB4OpfpZc-, http://www.playvid.com/watch/-MrUevIG8Lj, http://www.playvid.com/watch/3XkgmMjPZKE,
http://www.playvid.com/watch/7bF73wUuZRg, http://www.playvid.com/watch/cx9zcQyh0Hy, http://www.playvid.com/watch/oSicfku6xrS,
http://www.playvid.com/watch/kNHaxxVmGsW, http://www.playvid.com/watch/qnJq-902OM4, http://www.playvid.com/watch/TqTvztyDz7R,
http://www.playvid.com/watch/QSOfGcCMuVZ, http://www.playvid.com/watch/KUPgAY3BTA7, http://www.playvid.com/watch/wz4yDz3e0cd,
http://www.playvid.com/watch/VxDtW3GWkRY, http://www.playvid.com/watch/iU04-BVBs7c, http://www.playvid.com/watch/Y7-IPgyjny8,
http://www.playvid.com/watch/XPI8vsoN0vA, http://www.playvid.com/watch/39RLAlOQ0g8, http://www.playvid.com/watch/8SSGdNZm26B,
http://www.playvid.com/watch/iBhx-t7lPLt, http://www.playvid.com/watch/HXiV8myJule, http://www.playvid.com/watch/LLAXksJAXxt,
http://www.playvid.com/watch/KRvOcr8l3Vb, http://www.playvid.com/watch/6pmN7YP4tWn, http://www.playvid.com/watch/W9cyIxqrUYz,
http://www.playvid.com/watch/VorhxAN6MmL, http://www.playvid.com/watch/DPGBWqz6wZJ, http://www.playvid.com/watch/vlyWpnINP68,
http://www.playvid.com/watch/Kf5Y4MvTvJn, http://www.playvid.com/watch/4SGRpKeYgvg, http://www.playvid.com/watch/FTYTcKxUuXc,
http://www.playvid.com/watch/7qrrpN6Th-n, http://www.playvid.com/watch/3WlAGAGfRhC, http://www.playvid.com/watch/H2uBGhr6R2o,
http://www.playvid.com/watch/cIDVV5YfgHN, http://www.playvid.com/watch/36UfLa9JITG, http://www.playvid.com/watch/kSaynVx0z0S,

http://www.playvid.com/watch/JJ5qrhUi7V0, http://www.playvid.com/watch/eKLJbnNGmaM, http://www.playvid.com/watch/kwtfKSFZ6kG,
http://www.playvid.com/watch/hAT5HlVMRsT, http://www.playvid.com/watch/TPf4unhcG6z, http://www.playvid.com/watch/Xxn44EXDHEs,
http://www.playvid.com/watch/ob5RzUyQkUh, http://www.playvid.com/watch/y49L3Wzum2r, http://www.playvid.com/watch/ECbopjnhp3q,
http://www.playvid.com/watch/xsWf004mZhK, http://www.playvid.com/watch/O4W8q3Db3N9, http://www.playvid.com/watch/aiYOnowLtac,
http://www.playvid.com/watch/KHHRCTTR44p, http://www.playvid.com/watch/8KXaBG8GuZU, http://www.playvid.com/watch/VjAXeqLBFCA,
http://www.playvid.com/watch/RJruFuyhlTu, http://www.playvid.com/watch/pOthnr-0ZqT, http://www.playvid.com/watch/gmYiKKmJj8I,
http://www.playvid.com/watch/xZOC2VJFS-N, http://www.playvid.com/watch/DMeCs4ixdER, http://www.playvid.com/watch/i3RrxyTIsym,
http://www.playvid.com/watch/KtNae3gDCgi, http://www.playvid.com/watch/c8gQtNEKMuN, http://www.playvid.com/watch/MiDympSlw0D,
http://www.playvid.com/watch/SwwvwyiesQA, http://www.playvid.com/watch/XPymZY-Km3V, http://www.playvid.com/watch/wmKCJhkpXOr,
http://www.playvid.com/watch/DEkIlIJtquh, http://www.playvid.com/watch/5SplmB9NivK, http://www.playvid.com/watch/WL9o8nffcMA,
http://www.playvid.com/watch/enGN95SS7PZ, http://www.playvid.com/watch/dthFRyzcZtf, http://www.playvid.com/watch/GwpnyLfGwv4,
http://www.playvid.com/watch/HbX7waWCfzg, http://www.playvid.com/watch/Hht-Ge83yUa, http://www.playvid.com/watch/hCSzuVCx-hR,
http://www.playvid.com/watch/zfTWlzQxQdp, http://www.playvid.com/watch/wnKJvVrc32y, http://www.playvid.com/watch/yv-DnEZJ6ek,
http://www.playvid.com/watch/CbahqSxzgn3, http://www.playvid.com/watch/56I8T-tcXdu, http://www.playvid.com/watch/bOMH7VqlohW,
http://www.playvid.com/watch/aej-p9OeES5, http://www.playvid.com/watch/RhT5b5jIe8M, http://www.playvid.com/watch/MOv8ANasEyJ,
http://www.playvid.com/watch/bBpfmSPfsuq, http://www.playvid.com/watch/IK8cbLAGeWO, http://www.playvid.com/watch/6C7DotICZSC,
http://www.playvid.com/watch/-5AlRx4Mw9I, http://www.playvid.com/watch/AVi6AJXNIcl, http://www.playvid.com/watch/AoeUDq5D9sp,
http://www.playvid.com/watch/EdH4Wg8F2tu, http://www.playvid.com/watch/g6dTp-uHneq, http://www.playvid.com/watch/ghP8X2UWZaz,
http://www.playvid.com/watch/5f24L4SaOdj, http://www.playvid.com/watch/SqOAnzqxtjN, http://www.playvid.com/watch/BAjktEBqg9K,
http://www.playvid.com/watch/WdmB2o2JnUM, http://www.playvid.com/watch/75P8IfqEIHS, http://www.playvid.com/watch/8429u-pNPFP,
http://www.playvid.com/watch/NtvgSM5k65B, http://www.playvid.com/watch/FUFMyIHMdiL, http://www.playvid.com/watch/048thpk0VLg,
http://www.playvid.com/watch/mh8d7JX-DOj, http://www.playvid.com/watch/9dCPaPPFfVM, http://www.playvid.com/watch/QiEjG8IafOL,
http://www.playvid.com/watch/qjPaJ9GW0KC, http://www.playvid.com/watch/5cif3BY3Op6, http://www.playvid.com/watch/KYcJyZQopSk,
http://www.playvid.com/watch/4zUKhQszLGE, http://www.playvid.com/watch/k84A3PsC5p3, http://www.playvid.com/watch/w0NVsV9xjqI,
http://www.playvid.com/watch/BpNKLtP9uwf, http://www.playvid.com/watch/0ZuqsOCn0eP, http://www.playvid.com/watch/DLaKQWi5kNA,
http://www.playvid.com/watch/OucSp2Vis5e, http://www.playvid.com/watch/AW8ajNQ05rU, http://www.playvid.com/watch/MHA7BNNyuCK,
http://www.playvid.com/watch/5VtkPIj-nPG, http://www.playvid.com/watch/voPJ6EdTKCg, http://www.playvid.com/watch/bz4St8uovru,
http://www.playvid.com/watch/IbyVZmyfkE6, http://www.playvid.com/watch/Nkqq0HbVfYs, http://www.playvid.com/watch/jEbmK8l0juV,
http://www.playvid.com/watch/r7VGJALcXxq, http://www.playvid.com/watch/8nfdRzGZxd7, http://www.playvid.com/watch/j2mBR5RwRWj,
http://www.playvid.com/watch/6m8I38rjY2Q, http://www.playvid.com/watch/5sWNgMEG0xq, http://www.playvid.com/watch/5Eci7Js2vr6,
http://www.playvid.com/watch/izJQ7-tacUt, http://www.playvid.com/watch/cZUpRTHoMiP, http://www.playvid.com/watch/nR9QCKlrh-W,
http://www.playvid.com/watch/KDZ3zmB3939, http://www.playvid.com/watch/qBE4xIsDKlj, http://www.playvid.com/watch/nRn9Cs5M-B5,
http://www.playvid.com/watch/qrH4H-ln4f9, http://www.playvid.com/watch/DG59FLxoSuL, http://www.playvid.com/watch/2NrETsBCYpe,
http://www.playvid.com/watch/jsWT2Se9JEn, http://www.playvid.com/watch/q2yjVTSV5b0, http://www.playvid.com/watch/Hz26hlkz4Rj,
http://www.playvid.com/watch/yW3DDykePBq, http://www.playvid.com/watch/8omUhD9HoMq, http://www.playvid.com/watch/LhbprO07KYl,
http://www.playvid.com/watch/IR0-lPIjTIk, http://www.playvid.com/watch/ynclhzwXWCO, http://www.playvid.com/watch/yHrwUOLTGWp,
http://www.playvid.com/watch/w6AxGek4shX, http://www.playvid.com/watch/LD3b4x2Jjcd, http://www.playvid.com/watch/DvxUOtoIJUL,
http://www.playvid.com/watch/I2HBXXBlRPZ, http://www.playvid.com/watch/3yrHiWkg6Qs, http://www.playvid.com/watch/3TwzcPRfHq0,
http://www.playvid.com/watch/ldygjnOzs8c, http://www.playvid.com/watch/OtdG6Sf-74C, http://www.playvid.com/watch/xEWdjNPHCvT,
http://www.playvid.com/watch/77IlMihgl0Q, http://www.playvid.com/watch/8VLnepQsgV8, http://www.playvid.com/watch/zNw-FQdyjd3,
http://www.playvid.com/watch/PxpUbKApdI5, http://www.playvid.com/watch/bLhkcrWtU5B, http://www.playvid.com/watch/fTMkcaLaP86,
http://www.playvid.com/watch/vZlb2aOtNqC, http://www.playvid.com/watch/zwFBV9QqGNk, http://www.playvid.com/watch/y-yzJGCzRuG,
http://www.playvid.com/watch/v9uZS8lLs2i, http://www.playvid.com/watch/SS3S5sWNCFp, http://www.playvid.com/watch/9UHHSQ8Yitv,
http://www.playvid.com/watch/6aWH6bFyCEl, http://www.playvid.com/watch/WscdRl-7X6s, http://www.playvid.com/watch/eORHHacu7MU,
http://www.playvid.com/watch/tW5aVcV2Zh0, http://www.playvid.com/watch/VHRA4qgM3nu, http://www.playvid.com/watch/bccxKjj7iG3,
http://www.playvid.com/watch/4hlJYvb2Qak, http://www.playvid.com/watch/4hWV6EyxV3c, http://www.playvid.com/watch/MAZROf6rdiS,
http://www.playvid.com/watch/6Q2EXr-EQCv, http://www.playvid.com/watch/eEXYfWTeYsV, http://www.playvid.com/watch/mx0QLzlQTUE,
http://www.playvid.com/watch/I-mxVfxzSTv, http://www.playvid.com/watch/aDeLFaBYfZY, http://www.playvid.com/watch/M0PyksPGlXX,
http://www.playvid.com/watch/Wotn3GRnEZu, http://www.playvid.com/watch/wGt3cKHAgJa, http://www.playvid.com/watch/nyfFH4KSIuN,
http://www.playvid.com/watch/oZY3ktBfyT6, http://www.playvid.com/watch/K65wFfCvNxd, http://www.playvid.com/watch/WThNGzOHFGL,
http://www.playvid.com/watch/yJGMMficLyK, http://www.playvid.com/watch/S0NO9QP49Sb, http://www.playvid.com/watch/0QOigNGZatx,
http://www.playvid.com/watch/nmnjnEcIkEw, http://www.playvid.com/watch/L9GUazJRUD7, http://www.playvid.com/watch/vGZqDwGNaQg
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chokzo
5.b. Uploader's email address: ivlindoono@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/chokzo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8CmR3KcJUr6, http://www.playvid.com/watch/2VGQUJHURhu,
http://www.playvid.com/watch/fXylbxdb5bj, http://www.playvid.com/watch/W3AV3VEPx0M, http://www.playvid.com/watch/SfJ_9eh0kbp,
http://www.playvid.com/watch/2CsxFd-nViP, http://www.playvid.com/watch/xcWrfPq5bXj, http://www.playvid.com/watch/PNrVVx38rYO,
http://www.playvid.com/watch/u2fw37RTQ1m, http://www.playvid.com/watch/QdgWSln9cqK, http://www.playvid.com/watch/V-lo-A4SHz3,
http://www.playvid.com/watch/lXjQSDFc6fD, http://www.playvid.com/watch/lSl1MhhheqT, http://www.playvid.com/watch/8u25B-EQHGa,
http://www.playvid.com/watch/5GHHoxA3DGO, http://www.playvid.com/watch/0IZysnbnM2N, http://www.playvid.com/watch/jBz7MJC-ExQ,
http://www.playvid.com/watch/xHqXKIcxqzG, http://www.playvid.com/watch/7Sy-KxP2HJC, http://www.playvid.com/watch/xXg83kYWceq,
http://www.playvid.com/watch/7cCsIyleiyx, http://www.playvid.com/watch/c0AlS6JEyNZ, http://www.playvid.com/watch/7195vgOpyGN,
http://www.playvid.com/watch/drEflFqzLAz, http://www.playvid.com/watch/sUstEpwYVoe, http://www.playvid.com/watch/0-x0SDEamTO,
http://www.playvid.com/watch/9Ivplw0yyui, http://www.playvid.com/watch/rHTl8qX7RYW, http://www.playvid.com/watch/9NBX2HeRpdm,
http://www.playvid.com/watch/zCEtf9KBLZp, http://www.playvid.com/watch/vUQ2dsh-opd, http://www.playvid.com/watch/rBTqczcWCLY,
http://www.playvid.com/watch/v44tmo30Dj0, http://www.playvid.com/watch/djiB-rW4UM5, http://www.playvid.com/watch/A-rDujmySkG,
http://www.playvid.com/watch/sBfLpWSPCKa, http://www.playvid.com/watch/EVqIDkpTa3D, http://www.playvid.com/watch/yMrQ2F-Ze8k,
http://www.playvid.com/watch/6kdHrSvMjAu, http://www.playvid.com/watch/WrD6PxyVLdb, http://www.playvid.com/watch/Eb0pD2iX5mg,
http://www.playvid.com/watch/ZV8kN92kSEv, http://www.playvid.com/watch/rTM7y-7klHB, http://www.playvid.com/watch/wAJx8NT03lQ,
http://www.playvid.com/watch/u_D8qnRNfO3, http://www.playvid.com/watch/LIdtgFhqwzh, http://www.playvid.com/watch/Yg4YwdbKCGs,
http://www.playvid.com/watch/NWnQv5fF6z8, http://www.playvid.com/watch/t4UijyMW0OR, http://www.playvid.com/watch/77goHsYBzNJ,
http://www.playvid.com/watch/tCHEgn7Lq1P, http://www.playvid.com/watch/tkYDHxZkxCV, http://www.playvid.com/watch/tvsFIpIZ19l,
http://www.playvid.com/watch/jHVM4bszpsr, http://www.playvid.com/watch/hqB35n7YiML, http://www.playvid.com/watch/K8ZQmwzMnMd,
http://www.playvid.com/watch/R037BUKhN6U, http://www.playvid.com/watch/hqegwQyLlOT, http://www.playvid.com/watch/ik7PVXWoFrM,
http://www.playvid.com/watch/lY5SJYHJ5rS, http://www.playvid.com/watch/0ig5mxPGIbQ, http://www.playvid.com/watch/Wa7bjWiNKpm,
http://www.playvid.com/watch/4iPkMFsxzFC, http://www.playvid.com/watch/sDj01OzoQy0, http://www.playvid.com/watch/FN7y3lIa9zq,
http://www.playvid.com/watch/QkT5OXG6p28, http://www.playvid.com/watch/rg4GGMdZTQ4, http://www.playvid.com/watch/AQiVbPKtPNK,
http://www.playvid.com/watch/Dnq4l58CSYV, http://www.playvid.com/watch/G4CXkKF7sno, http://www.playvid.com/watch/I9cPq7PHw_c,
http://www.playvid.com/watch/s9u-Y4hNzXy, http://www.playvid.com/watch/BR_nxv7FAR4, http://www.playvid.com/watch/jxy0RRet7-V,
http://www.playvid.com/watch/682SJUT1h9h, http://www.playvid.com/watch/2dQBhnAt58t, http://www.playvid.com/watch/k5Cd8cGhj3U,
http://www.playvid.com/watch/IRjmXBNVjAp, http://www.playvid.com/watch/0TFzMl4GIb0, http://www.playvid.com/watch/XkMAXvX1_z7,
http://www.playvid.com/watch/tQfQou_vMPE, http://www.playvid.com/watch/ZFiosI8OsL7, http://www.playvid.com/watch/riGlFMoJRpW,
http://www.playvid.com/watch/GT47mvBXrxV, http://www.playvid.com/watch/HVfLj9szJUp, http://www.playvid.com/watch/nYfGffyehkj,
http://www.playvid.com/watch/6_FOHwz9gLP, http://www.playvid.com/watch/ySOShMSoQAR, http://www.playvid.com/watch/Tecj1CUDAfv,
http://www.playvid.com/watch/HccZfu5QIkP, http://www.playvid.com/watch/B64ymfNq1t3, http://www.playvid.com/watch/VjJmAlgRsUc,
http://www.playvid.com/watch/IQrqzDjpxkx, http://www.playvid.com/watch/lsJGrGpp_tj, http://www.playvid.com/watch/fR0MY_DII5A,
http://www.playvid.com/watch/i5V1U-G80cK, http://www.playvid.com/watch/D150IvinMQV, http://www.playvid.com/watch/4RO1DxfIksv,
http://www.playvid.com/watch/K5z1nyk0cQ9, http://www.playvid.com/watch/2569RpwZ2G8, http://www.playvid.com/watch/ezSBUOTnpzI,
http://www.playvid.com/watch/wWGjb37AGyc, http://www.playvid.com/watch/3XqNOYTSFsb, http://www.playvid.com/watch/NjErzvcaeks,
http://www.playvid.com/watch/Oiq96SwIrIi, http://www.playvid.com/watch/wxSlKwrtiqT, http://www.playvid.com/watch/8DG2Sji4dZR,
http://www.playvid.com/watch/w0AHeAiuqMz, http://www.playvid.com/watch/Hcx5OigYAlx, http://www.playvid.com/watch/iBbA3LQ3Qor,
http://www.playvid.com/watch/h_uRfHI4a_M, http://www.playvid.com/watch/OyQumivY902, http://www.playvid.com/watch/lboZ8ZoS7-z,

http://www.playvid.com/watch/amRoYVwEWE8, http://www.playvid.com/watch/8C2wENOxaa0, http://www.playvid.com/watch/yGW_IuS0q-H,
http://www.playvid.com/watch/6ohcEXpnAyu, http://www.playvid.com/watch/wlRZhcUkFvw, http://www.playvid.com/watch/exrljfQQoJQ,
http://www.playvid.com/watch/753rnDnJ7Us, http://www.playvid.com/watch/uEt48Jcj-bO, http://www.playvid.com/watch/oD4UUsuiS3t,
http://www.playvid.com/watch/yk8aePNwFpc, http://www.playvid.com/watch/QT4syVOEKfA, http://www.playvid.com/watch/aQdnGrdYpJ2,
http://www.playvid.com/watch/pmSA3NZvDYh, http://www.playvid.com/watch/xCJfDbckYYs, http://www.playvid.com/watch/vkoKkef-kox,
http://www.playvid.com/watch/uoZEuL4G__K, http://www.playvid.com/watch/FvShCqggZ_3, http://www.playvid.com/watch/dG5exlRvL1T,
http://www.playvid.com/watch/QPA88JQjYLu, http://www.playvid.com/watch/SSA5PEHLSTW, http://www.playvid.com/watch/wiKPE_3Lk2o,
http://www.playvid.com/watch/S3hXwmhq_KW, http://www.playvid.com/watch/f5l1Q7ejmTp, http://www.playvid.com/watch/k3RrF6PaKUC,
http://www.playvid.com/watch/GWhvWUIri4c, http://www.playvid.com/watch/XQBH4R6C_aw, http://www.playvid.com/watch/oFklg3-9dSy,
http://www.playvid.com/watch/MGLdRrF3QwY, http://www.playvid.com/watch/Ts1feoJYprR, http://www.playvid.com/watch/GeYiZkpbQL3,
http://www.playvid.com/watch/JebJvWGz3FP, http://www.playvid.com/watch/QgBzNdo2IYE, http://www.playvid.com/watch/toIrcL3INAj,
http://www.playvid.com/watch/l-bgC_2R363, http://www.playvid.com/watch/B9Wgs5KaTTf, http://www.playvid.com/watch/DxDMFQEQEVl,
http://www.playvid.com/watch/o6Ukp9uAj4d, http://www.playvid.com/watch/YV_CPZaAxYR, http://www.playvid.com/watch/WkfTTRTRnAp,
http://www.playvid.com/watch/Eu773gcxr95, http://www.playvid.com/watch/xOt-zd4DFcW, http://www.playvid.com/watch/APWPXAT3lOF,
http://www.playvid.com/watch/hHfBrYH0e2g, http://www.playvid.com/watch/zfJEnC6q_Om, http://www.playvid.com/watch/B8V-NZMcobN,
http://www.playvid.com/watch/qmztU1f1H3M, http://www.playvid.com/watch/CGodVmEf2GX, http://www.playvid.com/watch/ofeUOpHHFXT,
http://www.playvid.com/watch/E_TI_nWpnEK, http://www.playvid.com/watch/uAlZVP7wQox, http://www.playvid.com/watch/2loPSo7KV78,
http://www.playvid.com/watch/2hH-8F2YBXi, http://www.playvid.com/watch/G5a1sydMUdO, http://www.playvid.com/watch/BxXwHXvUysa,
http://www.playvid.com/watch/rtNk03PKdlV, http://www.playvid.com/watch/YVJp0iNBS7m, http://www.playvid.com/watch/Vv7K9sXDuNK,
http://www.playvid.com/watch/04gFSsgUHzY, http://www.playvid.com/watch/Op-uzZ54to0, http://www.playvid.com/watch/soW0HvybSFe,
http://www.playvid.com/watch/v6j2TzX9O77, http://www.playvid.com/watch/M4qey4dFkfi, http://www.playvid.com/watch/ulKwbSS8WNT,
http://www.playvid.com/watch/shFrngS-RRx, http://www.playvid.com/watch/xQ1vfRxJO0O, http://www.playvid.com/watch/7vAs7a-GTLm,
http://www.playvid.com/watch/dsOYJt69pFb, http://www.playvid.com/watch/wrtOVfozEHO, http://www.playvid.com/watch/hre2e-NEbeq,
http://www.playvid.com/watch/gKc_F0lgtGQ, http://www.playvid.com/watch/3VeZBfvqYHs, http://www.playvid.com/watch/FaMGLrQMzgt,
http://www.playvid.com/watch/mvIgV2yaIcx, http://www.playvid.com/watch/VdWctiWb5AU, http://www.playvid.com/watch/RPU3rmTMdFr,
http://www.playvid.com/watch/zBtfmSR-u0a, http://www.playvid.com/watch/ubGy87CXgpq, http://www.playvid.com/watch/dY-ZAY3VRbB,
http://www.playvid.com/watch/n23uWHHtTSF, http://www.playvid.com/watch/RRwDQB0BCve, http://www.playvid.com/watch/Yd-JUZsJp5H,
http://www.playvid.com/watch/3YO-jAy_kXJ, http://www.playvid.com/watch/oQ_5ucMDX_z, http://www.playvid.com/watch/E5YExhE8nQe,
http://www.playvid.com/watch/6zEMQViCQnq, http://www.playvid.com/watch/bA_AYVp7VRZ, http://www.playvid.com/watch/MbKjpjTQ8rM,
http://www.playvid.com/watch/Ip1O2ucYtsO, http://www.playvid.com/watch/gDqo-f7C3O9, http://www.playvid.com/watch/zNoco-u4PtF,
http://www.playvid.com/watch/TvzkB8C_xRK, http://www.playvid.com/watch/uI4r9SugJKd, http://www.playvid.com/watch/mofBWWDuA7w,
http://www.playvid.com/watch/HI2NRhv31pA, http://www.playvid.com/watch/qHus-JEcqiQ, http://www.playvid.com/watch/Ugl3ck4_KGf,
http://www.playvid.com/watch/lwrYNV8L8jE, http://www.playvid.com/watch/d02Uwf8u5l4, http://www.playvid.com/watch/XCC-CdGadFU,
http://www.playvid.com/watch/dci8ZKadtNw, http://www.playvid.com/watch/OdplLl2sCHZ, http://www.playvid.com/watch/Ei9XTceLyPN,
http://www.playvid.com/watch/E3139o4jHOq, http://www.playvid.com/watch/Nq-qQaHc-X8, http://www.playvid.com/watch/eKddaU7Ohcy,
http://www.playvid.com/watch/kOw8orWKJDb, http://www.playvid.com/watch/Umnp8vESZsC, http://www.playvid.com/watch/DDc7xszeovn,
http://www.playvid.com/watch/vhUbgFlx8mz, http://www.playvid.com/watch/rcDAY9EQ22c, http://www.playvid.com/watch/wC-u_1kV18H,
http://www.playvid.com/watch/zn0HLCtok_t, http://www.playvid.com/watch/RdEReP89-Dv, http://www.playvid.com/watch/iENr-y38Xn4,
http://www.playvid.com/watch/stJvSxiH2vW, http://www.playvid.com/watch/kMGtcqHeM3r, http://www.playvid.com/watch/WCFuj5UuXSC,
http://www.playvid.com/watch/NC3WaBZV807, http://www.playvid.com/watch/GYkYncKi2b5, http://www.playvid.com/watch/RNV2oPPWmrP,
http://www.playvid.com/watch/MuLQBP7iC2k, http://www.playvid.com/watch/Rpggdqyoc0c, http://www.playvid.com/watch/vWJJ9ebrazR,
http://www.playvid.com/watch/nUji6dRt4_G, http://www.playvid.com/watch/NISWpl7ouWM, http://www.playvid.com/watch/dROCy8m7XcQ,
http://www.playvid.com/watch/cqshMBffWs8, http://www.playvid.com/watch/ERUo6oZB-8e, http://www.playvid.com/watch/08m3SWCexyg,
http://www.playvid.com/watch/3p63pAPKUd6, http://www.playvid.com/watch/e1vTOdb7vqL, http://www.playvid.com/watch/ydy8_dfJ2ww,
http://www.playvid.com/watch/NWHRjlUcAqy, http://www.playvid.com/watch/O0kE5tzsUHx, http://www.playvid.com/watch/OQwAw_jyPg8,
http://www.playvid.com/watch/nK1fzfH6n23, http://www.playvid.com/watch/wvR1Uzb-vJa, http://www.playvid.com/watch/DmIe6xQ8NDu,
http://www.playvid.com/watch/OB79_oXASC3, http://www.playvid.com/watch/8o6Ep-bDhwQ, http://www.playvid.com/watch/j2Ec-aQqlpa,
http://www.playvid.com/watch/TqFcSa49_Vq, http://www.playvid.com/watch/lxqhVcldjBA, http://www.playvid.com/watch/sY5aC-qsKuS,
http://www.playvid.com/watch/Bkgv03cVJtn, http://www.playvid.com/watch/srcDkPS_TOV, http://www.playvid.com/watch/usymYYtusOO,
http://www.playvid.com/watch/6arvp3J4czV, http://www.playvid.com/watch/j18KMVbnCA4, http://www.playvid.com/watch/Yuz5SdeGT6A,
http://www.playvid.com/watch/PaiThN5EKg3, http://www.playvid.com/watch/4QQEePPDd2S, http://www.playvid.com/watch/LamVKWr6vlz,
http://www.playvid.com/watch/kwDTco8ojkH, http://www.playvid.com/watch/NVd5Ufw1Cdb, http://www.playvid.com/watch/Y2-F_-YUznV,
http://www.playvid.com/watch/VgcZ-9f0EKy, http://www.playvid.com/watch/QLYi_5t30cb, http://www.playvid.com/watch/rt2iexzpAhC,
http://www.playvid.com/watch/uZJIayadX_q, http://www.playvid.com/watch/2yORF6Co5pQ, http://www.playvid.com/watch/T3Z6GF5niRy,
http://www.playvid.com/watch/HtSeSQqPcB3, http://www.playvid.com/watch/aYXfvNCT--n, http://www.playvid.com/watch/S2TusCY-1WI,
http://www.playvid.com/watch/opLvnI6mIms, http://www.playvid.com/watch/F4NLK7DJD0u, http://www.playvid.com/watch/8aX-ahIbU83,
http://www.playvid.com/watch/2DL377sOdKR, http://www.playvid.com/watch/f0ecBIyXokI, http://www.playvid.com/watch/sfiQBz8a_8n,
http://www.playvid.com/watch/CQBWbYjnXyp, http://www.playvid.com/watch/hxnM-sQP_Ff, http://www.playvid.com/watch/HGXhy7webF4,
http://www.playvid.com/watch/4caTgg1G-FE, http://www.playvid.com/watch/ASeMfza-U96, http://www.playvid.com/watch/uCQJVVUHbRQ,
http://www.playvid.com/watch/NE0_QayKpyz, http://www.playvid.com/watch/dGKIhx4-dVu, http://www.playvid.com/watch/btZ-eavOwZd,
http://www.playvid.com/watch/EWNe-GcyddJ, http://www.playvid.com/watch/QqSRuUphYqn, http://www.playvid.com/watch/kNybXZTuqYn,
http://www.playvid.com/watch/n_aIC0O00uI, http://www.playvid.com/watch/lmnKHHOZ5DI, http://www.playvid.com/watch/ShQilIvcvUH,
http://www.playvid.com/watch/N7MisLpVWqk, http://www.playvid.com/watch/UctTtX5D-kt, http://www.playvid.com/watch/IJ6swuCZdEh,
http://www.playvid.com/watch/pLpDt41oCte, http://www.playvid.com/watch/8Q2btll1qHu, http://www.playvid.com/watch/3kLoJzzJI2Q,
http://www.playvid.com/watch/FVmFNMBq8Sb, http://www.playvid.com/watch/Kt-xKiQEMhy, http://www.playvid.com/watch/FfbzXkpGaU2,
http://www.playvid.com/watch/rzcmg7h6G88, http://www.playvid.com/watch/ezau8Ya2WAi, http://www.playvid.com/watch/7JpeLU_cj_m,
http://www.playvid.com/watch/mRpaYzIzL4L, http://www.playvid.com/watch/Yq0aFf1QNpX, http://www.playvid.com/watch/SpTV9A2D8oT,
http://www.playvid.com/watch/g4geB18b-oQ, http://www.playvid.com/watch/GIl9hkGT6a4, http://www.playvid.com/watch/NAwlnxJYKEF,
http://www.playvid.com/watch/ggNwcL4rbOa, http://www.playvid.com/watch/KIztI8d_ovr, http://www.playvid.com/watch/uMI-FFYCS2p,
http://www.playvid.com/watch/RxVC04-7FnR, http://www.playvid.com/watch/hxiK6GfrDv3, http://www.playvid.com/watch/uEwkkncpHUn,
http://www.playvid.com/watch/VzwABygH-SH, http://www.playvid.com/watch/9Mql4tLqXlx, http://www.playvid.com/watch/BHTGtopTVxI,
http://www.playvid.com/watch/3YYKbDJ7U5T, http://www.playvid.com/watch/rGwSqh6eaKA, http://www.playvid.com/watch/900aJSKoPZB,
http://www.playvid.com/watch/UWa-7VxK-VC, http://www.playvid.com/watch/rwLlZ1gMIS6, http://www.playvid.com/watch/p1qvSAFE9AX,
http://www.playvid.com/watch/Da8dn-0eeLy, http://www.playvid.com/watch/m5ZxdBxSira, http://www.playvid.com/watch/f1tJ-yCWbYo,
http://www.playvid.com/watch/pKH_Dqt_-9z, http://www.playvid.com/watch/qwRClOqA2YT, http://www.playvid.com/watch/qQdBOqQDjZn,
http://www.playvid.com/watch/BkOq6icT_4E, http://www.playvid.com/watch/b6ZnXW3xGVP, http://www.playvid.com/watch/FcgLkXkWpbs,
http://www.playvid.com/watch/bxgGn_Iowff, http://www.playvid.com/watch/LOj245sj8Pk, http://www.playvid.com/watch/ZFJ1Uq52Q6S,
http://www.playvid.com/watch/crwzskERHUw, http://www.playvid.com/watch/UA8KD_mspRu, http://www.playvid.com/watch/QFuMFPkv8di,
http://www.playvid.com/watch/P7xJWs_bMbq, http://www.playvid.com/watch/3RE06icVSje, http://www.playvid.com/watch/v5F-wQdNPRt,
http://www.playvid.com/watch/zopNjUyh2lz, http://www.playvid.com/watch/CfHW3uyNGJy, http://www.playvid.com/watch/jNBEZT_ccSQ,
http://www.playvid.com/watch/UQQ-KTZuwoK, http://www.playvid.com/watch/QoduNwjN34N, http://www.playvid.com/watch/etoRAoYSHUY,
http://www.playvid.com/watch/hDcKPhNWjtE, http://www.playvid.com/watch/VS-PV75oU5k, http://www.playvid.com/watch/q2w7uGVIi9K,
http://www.playvid.com/watch/HNmHncoGsJN, http://www.playvid.com/watch/fae5BNIpEe7, http://www.playvid.com/watch/DxbTh0fgzyn,
http://www.playvid.com/watch/ai711uvEZ4n, http://www.playvid.com/watch/BH1CV3cRumK, http://www.playvid.com/watch/QW1zSdNdAHP,
http://www.playvid.com/watch/lgqI5tUV2sr, http://www.playvid.com/watch/6tMJo9n1P6t, http://www.playvid.com/watch/jfMPC1Zv9ka,
http://www.playvid.com/watch/MVXNWyOcB4L, http://www.playvid.com/watch/WvaWV0F1N4Z, http://www.playvid.com/watch/dwxY0Dw3HDJ,
http://www.playvid.com/watch/QpUSNzYRv8s, http://www.playvid.com/watch/UK8ZU3xViec, http://www.playvid.com/watch/FpcpflJq9nR,
http://www.playvid.com/watch/jiLxGNfMRsL, http://www.playvid.com/watch/3NoHbyVZ0nc, http://www.playvid.com/watch/XAE2rFuuHLs,
http://www.playvid.com/watch/HNs-9Z2tsI4, http://www.playvid.com/watch/5jJ5Z-ZGjOj, http://www.playvid.com/watch/s1xP9ZkfQti,
http://www.playvid.com/watch/77db0tNrGNp, http://www.playvid.com/watch/GumkKvRE0fH, http://www.playvid.com/watch/yZPrrllu8Ev,
http://www.playvid.com/watch/os2uIxB4avg, http://www.playvid.com/watch/COvEkvPe_V6, http://www.playvid.com/watch/uZR6Q8AuAhY,
http://www.playvid.com/watch/x8nC1ZcpyFQ, http://www.playvid.com/watch/kqVPfmMIPpr, http://www.playvid.com/watch/MWS0V7l2Pfu,
http://www.playvid.com/watch/gBK80lgUKuL, http://www.playvid.com/watch/9j0K1XvyFgd, http://www.playvid.com/watch/ZiU7J2W9W9H,
http://www.playvid.com/watch/vjAuBiE6xQ9, http://www.playvid.com/watch/OhpGW0bmHT6, http://www.playvid.com/watch/mNCm-OqqHgK,
http://www.playvid.com/watch/ejQO17j53sW, http://www.playvid.com/watch/eyx4Gmu76ud, http://www.playvid.com/watch/NbmdV1SELrN,
http://www.playvid.com/watch/4on5SsinRvA, http://www.playvid.com/watch/UYl8YSDHyj5, http://www.playvid.com/watch/6L9yxMzAD5B,

http://www.playvid.com/watch/S1wqgAK42De, http://www.playvid.com/watch/5ZmFqQ5C2vf, http://www.playvid.com/watch/9WIg51LjOYb,
http://www.playvid.com/watch/e8Cj38gk8Cw, http://www.playvid.com/watch/qb-Hhkfxhsf, http://www.playvid.com/watch/l_lkN4COHqq,
http://www.playvid.com/watch/yTfEmcX2g6m, http://www.playvid.com/watch/xxQD_6j0eJI, http://www.playvid.com/watch/hBhB4zJPva8,
http://www.playvid.com/watch/nQ-x3CEJ2Kn, http://www.playvid.com/watch/CChhDuDdZry, http://www.playvid.com/watch/KP5ZI1NxU8F,
http://www.playvid.com/watch/sGmOVD6vvJi, http://www.playvid.com/watch/7cMKU_U9G2i, http://www.playvid.com/watch/qnP1e8ZtPAB,
http://www.playvid.com/watch/5w1E-t1nfXa, http://www.playvid.com/watch/jKMp6TCZfoY, http://www.playvid.com/watch/NqYrpGKql2L,
http://www.playvid.com/watch/RJHxirdICZe, http://www.playvid.com/watch/vAJ4wXLrVK4, http://www.playvid.com/watch/IcleYXZLqfB,
http://www.playvid.com/watch/9VB8mY_2IG8, http://www.playvid.com/watch/ZAGRZv4sUfj, http://www.playvid.com/watch/E4cyuMvS-fI,
http://www.playvid.com/watch/UePThyLJAnN, http://www.playvid.com/watch/f3rOW2XwM6P, http://www.playvid.com/watch/HkRi9GWxW0X,
http://www.playvid.com/watch/NSM8kpCctO7, http://www.playvid.com/watch/2t-4X7bRbMe, http://www.playvid.com/watch/8wL-8ceIUNr,
http://www.playvid.com/watch/JXpyUXpeI5y, http://www.playvid.com/watch/3htZTEOynbO, http://www.playvid.com/watch/X14pATcj2Gl,
http://www.playvid.com/watch/OJfo_AAghsq, http://www.playvid.com/watch/DckI8UmdvoI, http://www.playvid.com/watch/C94kyZQZUtT,
http://www.playvid.com/watch/3tEheg8nE2X, http://www.playvid.com/watch/HYp_aF0qikJ, http://www.playvid.com/watch/BqgcNDXXHg4,
http://www.playvid.com/watch/TWNNDTjOHnQ, http://www.playvid.com/watch/2wc78tijzVg, http://www.playvid.com/watch/o-Gol0tLnOR,
http://www.playvid.com/watch/SBVE0hDRcye, http://www.playvid.com/watch/e-ltHKBtmMK, http://www.playvid.com/watch/WH-Nvrk4SsJ,
http://www.playvid.com/watch/nUkQ5mWeh4a, http://www.playvid.com/watch/b-aBc8ZRNff, http://www.playvid.com/watch/V4AVN23uw2i,
http://www.playvid.com/watch/WSq30dUQHEU, http://www.playvid.com/watch/jCf8dBVqpYr, http://www.playvid.com/watch/UdWwk5wfhKx,
http://www.playvid.com/watch/JoxKjC2zOi9, http://www.playvid.com/watch/xQd_hwiqsYd, http://www.playvid.com/watch/y6UrTVDQJal,
http://www.playvid.com/watch/9Dn4EB4EUDx, http://www.playvid.com/watch/jt4NL0iPF1M, http://www.playvid.com/watch/EfU_CQv8FmV,
http://www.playvid.com/watch/uuhl9AIV6dd, http://www.playvid.com/watch/vjRDf578Tzw, http://www.playvid.com/watch/76bcTHvxSxv,
http://www.playvid.com/watch/XW83Ueo2uHN, http://www.playvid.com/watch/9tCWmsaDMHz, http://www.playvid.com/watch/uoJQDiy4L3W,
http://www.playvid.com/watch/CYcHFrahPP5, http://www.playvid.com/watch/r0mVKavExrH, http://www.playvid.com/watch/bEm6pi76kI9,
http://www.playvid.com/watch/hcingLQUG9d, http://www.playvid.com/watch/2zOQ4ZE9JVV, http://www.playvid.com/watch/gdOGtL_TaS3,
http://www.playvid.com/watch/v7-LIiZO2yF, http://www.playvid.com/watch/kylnCT8d-aW, http://www.playvid.com/watch/u6ALeZpeBkZ,
http://www.playvid.com/watch/SQPwwFBwtnO, http://www.playvid.com/watch/dznuRplSlH7, http://www.playvid.com/watch/BIh4Jhv4QlE,
http://www.playvid.com/watch/oycB_OZvUer, http://www.playvid.com/watch/yYWC1UqtJT4, http://www.playvid.com/watch/QJRnTHMot4o,
http://www.playvid.com/watch/GUjhd8xmihZ, http://www.playvid.com/watch/FMvShGajSUq, http://www.playvid.com/watch/2HpyyiKEzI5,
http://www.playvid.com/watch/dKn69Uklxsj, http://www.playvid.com/watch/YzJ_c0FA6wa, http://www.playvid.com/watch/4Jxb4qReW39,
http://www.playvid.com/watch/AmRHjH4M1Il, http://www.playvid.com/watch/h31W87ZBgh5, http://www.playvid.com/watch/VHArI0rmQnv,
http://www.playvid.com/watch/RfBu-iKE0FY, http://www.playvid.com/watch/a_fsNJ4YLzz, http://www.playvid.com/watch/W0RVX5vUD5G,
http://www.playvid.com/watch/8ZKAaQn84Cf, http://www.playvid.com/watch/JUWPFNPVbMJ, http://www.playvid.com/watch/lsbjZ79i6tQ,
http://www.playvid.com/watch/OaSSFZefEL4, http://www.playvid.com/watch/IrndCuV_RQf, http://www.playvid.com/watch/sp-czkzSuL4,
http://www.playvid.com/watch/KuCMnu-dZuS, http://www.playvid.com/watch/Ubec8cIQfWU, http://www.playvid.com/watch/CeaFqLNpVZP,
http://www.playvid.com/watch/4bq_bqWyg9x, http://www.playvid.com/watch/AKp7_js-zLO, http://www.playvid.com/watch/zPhFhTAw9aP,
http://www.playvid.com/watch/SZGZcPZvb-P, http://www.playvid.com/watch/eOKhdYqYjm3, http://www.playvid.com/watch/ZPsdcOw8sUk,
http://www.playvid.com/watch/UnM5r4Coyzu, http://www.playvid.com/watch/lJz78XxL7bN, http://www.playvid.com/watch/MOS6nmBJ-Vs,
http://www.playvid.com/watch/iKsIM1Itw2G, http://www.playvid.com/watch/myORpyoB9R7
5.f. Date of third notice: 2014-05-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chubo
5.b. Uploader's email address: dernolo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/chubo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kbtpMPhSEUE, http://www.playvid.com/watch/oRyAb7U-YCi,
http://www.playvid.com/watch/TmhluBjm45n, http://www.playvid.com/watch/ZxJIdSxYACp, http://www.playvid.com/watch/W7giJjk5xzu,
http://www.playvid.com/watch/fFv6ga35OAe, http://www.playvid.com/watch/vQcb7zggtgp, http://www.playvid.com/watch/krSCQ7MWnQ5,
http://www.playvid.com/watch/WgjPgIcREPs, http://www.playvid.com/watch/WdEvvIMMKOu, http://www.playvid.com/watch/9DJWMPRESvg,
http://www.playvid.com/watch/HA-U0qsliSf, http://www.playvid.com/watch/xezl0hrpzq9, http://www.playvid.com/watch/QDUqypzP2GB,
http://www.playvid.com/watch/z32uddnuZJk, http://www.playvid.com/watch/fOI4pTortOy, http://www.playvid.com/watch/AwVkjedaaYR,
http://www.playvid.com/watch/jNQuna5hnUq, http://www.playvid.com/watch/LFGrx8JZdxs, http://www.playvid.com/watch/E9eYFK7tHH6,
http://www.playvid.com/watch/WLxHQk8FOCq, http://www.playvid.com/watch/uK7Z8w9G6IR, http://www.playvid.com/watch/8Xc66bTDD5K,
http://www.playvid.com/watch/TjWSpyYrFdd, http://www.playvid.com/watch/C28aJC2z0SA, http://www.playvid.com/watch/BRcnn6cp3ID,
http://www.playvid.com/watch/OQdZidGrwEz, http://www.playvid.com/watch/xqycSpXogGb, http://www.playvid.com/watch/0I2zogiqR6u,
http://www.playvid.com/watch/FyVlNAFMYhd, http://www.playvid.com/watch/ud-IUrPvIUv, http://www.playvid.com/watch/n2MsGupggMX,
http://www.playvid.com/watch/4C35OCDyKIJ, http://www.playvid.com/watch/YJW6GCqbaCp, http://www.playvid.com/watch/0umlWVmwPDT,
http://www.playvid.com/watch/Gi0bmnaRYuo, http://www.playvid.com/watch/M7jRGQs6ihe, http://www.playvid.com/watch/Qh3PMBLEM-n,
http://www.playvid.com/watch/QG9wqRucUf5, http://www.playvid.com/watch/q-Uk5ulaAWg, http://www.playvid.com/watch/kPeZ7Q4xqYM,
http://www.playvid.com/watch/lL4AFug7in2, http://www.playvid.com/watch/NR0gDrnXBHN, http://www.playvid.com/watch/XQdxEHmgpfu,
http://www.playvid.com/watch/Kn4wURmqoMU, http://www.playvid.com/watch/ojv9jP9CYJ4, http://www.playvid.com/watch/ccWV7BX6Pp-,
http://www.playvid.com/watch/fYKWz5k6fvu, http://www.playvid.com/watch/o9HrPW9EKos, http://www.playvid.com/watch/mWWIL0NbUHo,
http://www.playvid.com/watch/VmzVphTohwG, http://www.playvid.com/watch/ncHx78t3qBE, http://www.playvid.com/watch/8Er4GYe3kzs,
http://www.playvid.com/watch/JPJWXF0OqO8, http://www.playvid.com/watch/o2MtT5o00jL, http://www.playvid.com/watch/umoW63dEMuV,
http://www.playvid.com/watch/focXJGTqWa3, http://www.playvid.com/watch/H57-TcBlE6h, http://www.playvid.com/watch/mTbPDsyfakX,
http://www.playvid.com/watch/qvBFAlxMuHX, http://www.playvid.com/watch/nLQJutW3Wuw, http://www.playvid.com/watch/hMWAg6GwdLR,
http://www.playvid.com/watch/ehFCi5Cm20Y, http://www.playvid.com/watch/kQIHWr0HM95, http://www.playvid.com/watch/p6a4CddCXa7,
http://www.playvid.com/watch/mA582rruxdB, http://www.playvid.com/watch/mN2vcT-QmcY, http://www.playvid.com/watch/kYgpZ7I6y-d,
http://www.playvid.com/watch/wFL07vLa0d6, http://www.playvid.com/watch/Xo4LokN0Ern, http://www.playvid.com/watch/M2luVh5my-N,
http://www.playvid.com/watch/0odIyvoynKw, http://www.playvid.com/watch/5a2R88-jAFR, http://www.playvid.com/watch/KxBiqPJ-jTM,
http://www.playvid.com/watch/d09m4C9H0Xz, http://www.playvid.com/watch/PGbPWdOQCnx, http://www.playvid.com/watch/fYTnGpnWSyl,
http://www.playvid.com/watch/7VU96SiqN39, http://www.playvid.com/watch/PTrEZv4L9DO, http://www.playvid.com/watch/2KUBeAQ5pBN,
http://www.playvid.com/watch/YAm5Rl30agU, http://www.playvid.com/watch/vXrXn84EYeT, http://www.playvid.com/watch/FJ20ObU6VlC,
http://www.playvid.com/watch/YPsOoTwXrr-, http://www.playvid.com/watch/WBvxgtK-hxL, http://www.playvid.com/watch/i-n7ZcnTswq,
http://www.playvid.com/watch/7IrBKwRsq-0, http://www.playvid.com/watch/URfniMy0WcR, http://www.playvid.com/watch/VSjMpys0ZUp,
http://www.playvid.com/watch/u3EfHkYHxnY, http://www.playvid.com/watch/TLHKnvqWGRk, http://www.playvid.com/watch/QHsAV0einq3,
http://www.playvid.com/watch/-myfcQEM7IJ, http://www.playvid.com/watch/yAFfRY6J0jG, http://www.playvid.com/watch/nqF8p0Uzbof,
http://www.playvid.com/watch/h807lRrbv64, http://www.playvid.com/watch/0FBkOkYY3Bf
5.f. Date of third notice: 2013-09-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: chupachups
5.b. Uploader's email address: varfolomeev.evgeny@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/chupachups
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bUu6kfE8Bpn, http://www.playvid.com/watch/ZwNgkDDS6VH,
http://www.playvid.com/watch/FG5QTpRLXei, http://www.playvid.com/watch/yapMfeNpRLs, http://www.playvid.com/watch/TQrMk_a75F4,
http://www.playvid.com/watch/YpQLGD4sOse, http://www.playvid.com/watch/Jv1CQsquF9U, http://www.playvid.com/watch/j3cii54IpEs,
http://www.playvid.com/watch/MUlTZILqYRL, http://www.playvid.com/watch/xjjhj8I3O5g, http://www.playvid.com/watch/QMsvsN8IQEE,
http://www.playvid.com/watch/JavmkjWsBaU, http://www.playvid.com/watch/ZllSwKbIknO, http://www.playvid.com/watch/dp19kh50WAy,
http://www.playvid.com/watch/SshHNZNdS9I, http://www.playvid.com/watch/ggd1QobrZ4J, http://www.playvid.com/watch/XpZIkp42sFN,
http://www.playvid.com/watch/Q4aY4wL1oJQ, http://www.playvid.com/watch/2lF8jOE0Jdd, http://www.playvid.com/watch/pFGd3I5D4hM,
http://www.playvid.com/watch/igJg6Jx9jup, http://www.playvid.com/watch/uU-iqzHeVFn, http://www.playvid.com/watch/zl54uVMKGPy,
http://www.playvid.com/watch/7qgAfMYa0Zn, http://www.playvid.com/watch/8-QrHsGQTLY, http://www.playvid.com/watch/F42xLxGJuXg,
http://www.playvid.com/watch/qRzoXfErPEg, http://www.playvid.com/watch/LikocIUrHOy, http://www.playvid.com/watch/wvn7akAXSLZ,
http://www.playvid.com/watch/t_cthxwMByb, http://www.playvid.com/watch/kgAD27Qph88, http://www.playvid.com/watch/gRBTXdp0Gv2,
http://www.playvid.com/watch/W_n7CnyTWKd, http://www.playvid.com/watch/eQgXQOfVSxY, http://www.playvid.com/watch/xnt8ha86867,
http://www.playvid.com/watch/zvrVo7_tuEf, http://www.playvid.com/watch/c31kGO3QGaG, http://www.playvid.com/watch/5pD2gT8w0rL,
http://www.playvid.com/watch/mfM6FNFTO0s, http://www.playvid.com/watch/KJ1_VXah-EF, http://www.playvid.com/watch/IivCC2tNP1v,

http://www.playvid.com/watch/eAviKjaBwA5, http://www.playvid.com/watch/T318YBFNqeD, http://www.playvid.com/watch/7F-YM0qfHVV,
http://www.playvid.com/watch/GuJAskQWB8w, http://www.playvid.com/watch/tZ7WFxjYjZD, http://www.playvid.com/watch/6vyi4gorCF5,
http://www.playvid.com/watch/rG1IKtYIIwZ, http://www.playvid.com/watch/4KeByz2D1ck, http://www.playvid.com/watch/EwhsQsR_sLO,
http://www.playvid.com/watch/5pH4_jpeJRo, http://www.playvid.com/watch/ILS_HblYeRC, http://www.playvid.com/watch/dsnKicn_36i,
http://www.playvid.com/watch/mcZsCzPtC2B, http://www.playvid.com/watch/Jj8fr21eSzG, http://www.playvid.com/watch/zs4slrkuLXW,
http://www.playvid.com/watch/VSf82qd2gTa, http://www.playvid.com/watch/A9yuD9UwM15, http://www.playvid.com/watch/dLpmuCuGIP9,
http://www.playvid.com/watch/sDjFQ5c7XHM, http://www.playvid.com/watch/NLHlILwC1i7, http://www.playvid.com/watch/S4_zsiZex9s,
http://www.playvid.com/watch/O5sSeSCUinU, http://www.playvid.com/watch/777tFYK9JyN, http://www.playvid.com/watch/zD3aOlptPmg,
http://www.playvid.com/watch/AgOvmf1aSba, http://www.playvid.com/watch/of7DURYWvxx, http://www.playvid.com/watch/UglxnOQo4ie,
http://www.playvid.com/watch/pcWrcfijwxK, http://www.playvid.com/watch/2lVQL8GVcG4, http://www.playvid.com/watch/YI7lhH9P6cF,
http://www.playvid.com/watch/oGrOQ8nP5Rb, http://www.playvid.com/watch/j0-NV-KUDwM, http://www.playvid.com/watch/zyOKTY4BqCV,
http://www.playvid.com/watch/EKRde5MEbeC, http://www.playvid.com/watch/qrpbTUE89HY, http://www.playvid.com/watch/CGJaHojqMuW,
http://www.playvid.com/watch/OiheJ3XFsAa, http://www.playvid.com/watch/LBruucc7lj6, http://www.playvid.com/watch/kBDBfpQVJ4v,
http://www.playvid.com/watch/J1kqDjRQoxT, http://www.playvid.com/watch/YyZn2S2AmXV, http://www.playvid.com/watch/Bj_4qPRbK58,
http://www.playvid.com/watch/BOOHP58IPmw, http://www.playvid.com/watch/9x7Z9vx4yrw, http://www.playvid.com/watch/AEC5es5b_9Z,
http://www.playvid.com/watch/PFs9kbSGGlR, http://www.playvid.com/watch/qTjpCinK6sD, http://www.playvid.com/watch/d501hjeZvqH,
http://www.playvid.com/watch/C2a2lzvYozC, http://www.playvid.com/watch/yovsH0FW1DZ, http://www.playvid.com/watch/KcfVbLw-yz7,
http://www.playvid.com/watch/KXu2jw-ACJk, http://www.playvid.com/watch/2PkVL9Uwu3Y, http://www.playvid.com/watch/5nnwvxTHuil,
http://www.playvid.com/watch/f6_WHeFTJVv, http://www.playvid.com/watch/OtHVgI-s1np, http://www.playvid.com/watch/81FdXhHhMdu,
http://www.playvid.com/watch/Br7mEQ4wl7V, http://www.playvid.com/watch/njKwu2dDioY, http://www.playvid.com/watch/N6b6sdvd-tt,
http://www.playvid.com/watch/2OAXEqTRiTz, http://www.playvid.com/watch/d5ucFtinwmY, http://www.playvid.com/watch/SmbwvA0QCs5,
http://www.playvid.com/watch/252WVNFLtsB, http://www.playvid.com/watch/7WsgA_yMj92, http://www.playvid.com/watch/GPtWDhkkCHG,
http://www.playvid.com/watch/XwBSmZcN9Ie, http://www.playvid.com/watch/MHkwNt0_Hbn, http://www.playvid.com/watch/OcRsAkNYqe4,
http://www.playvid.com/watch/clXUMLzCKqC, http://www.playvid.com/watch/ad1KCE0PPjT, http://www.playvid.com/watch/fbd0vkV2A3k,
http://www.playvid.com/watch/vWvS01ehK1h, http://www.playvid.com/watch/EZ4i0VHeUvz, http://www.playvid.com/watch/ZbsLwFTOG5f,
http://www.playvid.com/watch/5YuYBhwPBzG, http://www.playvid.com/watch/uhlrE0Xs7Jp, http://www.playvid.com/watch/3VBA9QhO8NW,
http://www.playvid.com/watch/orB2sMZGDGM, http://www.playvid.com/watch/YxmjZyQlzA2, http://www.playvid.com/watch/U1K_C87cgH6,
http://www.playvid.com/watch/YLWyVP5YsWR, http://www.playvid.com/watch/E68zs9h1FNR, http://www.playvid.com/watch/CHQ59YwxgAY,
http://www.playvid.com/watch/p0Bbw5ZqIuM, http://www.playvid.com/watch/u4-JpeVsFTZ, http://www.playvid.com/watch/Bkak4T63Pq2,
http://www.playvid.com/watch/UCpb5WwmM5K, http://www.playvid.com/watch/bOi-6rfgWdp, http://www.playvid.com/watch/xod0rJRNnY6,
http://www.playvid.com/watch/ypjAfcuZUw9, http://www.playvid.com/watch/CrcfCzhzgli, http://www.playvid.com/watch/w-cNItfpFpi,
http://www.playvid.com/watch/UPUpsTMpLlE, http://www.playvid.com/watch/CurBHiGLKAP, http://www.playvid.com/watch/eQIp9pNnt_H,
http://www.playvid.com/watch/WCeQC40Rh1c, http://www.playvid.com/watch/tEt03IZI08D, http://www.playvid.com/watch/k4YO-QKZIHR,
http://www.playvid.com/watch/eMoKhNyuJeR, http://www.playvid.com/watch/us9YGKS1GZD, http://www.playvid.com/watch/Iyr3kLFwF40,
http://www.playvid.com/watch/gfjx_0Ma2DQ, http://www.playvid.com/watch/f1e5qqcg-kw, http://www.playvid.com/watch/H8e8bRmcfCi,
http://www.playvid.com/watch/qfKIzhRDbcA, http://www.playvid.com/watch/NJLCWqrRIZG, http://www.playvid.com/watch/ah5JQ6_4O2B,
http://www.playvid.com/watch/Bov0e0f63e7, http://www.playvid.com/watch/PmWRYvp9uRF, http://www.playvid.com/watch/o1D79PJ-3mF,
http://www.playvid.com/watch/4StRvF4LLAk, http://www.playvid.com/watch/js-UOHEBz1N, http://www.playvid.com/watch/Rq70eFxmGdU,
http://www.playvid.com/watch/DiOqqkKRHI2, http://www.playvid.com/watch/LBw5xfKNDYh, http://www.playvid.com/watch/Fj1flRjBF3j,
http://www.playvid.com/watch/UVyhUmUUclA, http://www.playvid.com/watch/uGm9aZX02L8, http://www.playvid.com/watch/2hPJJO0M53n,
http://www.playvid.com/watch/KfBZFxeb2sb, http://www.playvid.com/watch/39pXQ9kb0F6, http://www.playvid.com/watch/CWqCgJ7waL0,
http://www.playvid.com/watch/Q606u9X4G0F, http://www.playvid.com/watch/6QFKgNnyGlN, http://www.playvid.com/watch/tkXRvcypQPb,
http://www.playvid.com/watch/dWlSqo8Z5Tm, http://www.playvid.com/watch/s4AkHtYj2KY, http://www.playvid.com/watch/rtgdaT1ycqX,
http://www.playvid.com/watch/onNOlUqterH, http://www.playvid.com/watch/sOslCwo63V8, http://www.playvid.com/watch/K9-MrC6oGIk,
http://www.playvid.com/watch/NKZJ5_dWrc5, http://www.playvid.com/watch/eXBSzpE5w-8, http://www.playvid.com/watch/4AM4JSZNi5T,
http://www.playvid.com/watch/KzpvlYTpU2r, http://www.playvid.com/watch/N-mKLSpYW3T, http://www.playvid.com/watch/q1BttS0iM8r
5.f. Date of third notice: 2014-05-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: churros80
5.b. Uploader's email address: markus@jizzparade.com
5.d. Uploader's profile: http://www.playvid.com/member/churros80
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GP8fO5lfgje, http://www.playvid.com/watch/fmK5U4gnvmr,
http://www.playvid.com/watch/HQV8HjKxdZz, http://www.playvid.com/watch/zI0zbA0ITKT, http://www.playvid.com/watch/rtUPoUxim37,
http://www.playvid.com/watch/94UTjYzOYuv, http://www.playvid.com/watch/VD389CjXNF2, http://www.playvid.com/watch/z8iVY0XWMqy,
http://www.playvid.com/watch/jbQrfDYlGJC, http://www.playvid.com/watch/HZN9JOKx0uD, http://www.playvid.com/watch/uvbLC5ggFWi,
http://www.playvid.com/watch/zkNCpvPJHNi, http://www.playvid.com/watch/bIr8I2bNfqm, http://www.playvid.com/watch/8c8XCe9b4WM,
http://www.playvid.com/watch/6mGI5ew8Wbv, http://www.playvid.com/watch/iLMtn52vgPf, http://www.playvid.com/watch/O4zhwQkdDLj,
http://www.playvid.com/watch/FHokRRHpOUz, http://www.playvid.com/watch/0ZR24P4aJmx, http://www.playvid.com/watch/La0kshaM-XZ,
http://www.playvid.com/watch/BtF8WLp8hVG, http://www.playvid.com/watch/Ylm4Re-IbNy, http://www.playvid.com/watch/YxEx-KYu5Oi,
http://www.playvid.com/watch/Wj4fetr2zC4, http://www.playvid.com/watch/QcjRKYQ70Hv, http://www.playvid.com/watch/g2o4U6cAjZT,
http://www.playvid.com/watch/Sgye0rwkG-7, http://www.playvid.com/watch/pud0qiNGzFH, http://www.playvid.com/watch/K2kLNDsUSmI,
http://www.playvid.com/watch/KWcOck52ki4, http://www.playvid.com/watch/5ajmJURJ90T, http://www.playvid.com/watch/9twisLi94qy,
http://www.playvid.com/watch/KuVUxupR-Bv, http://www.playvid.com/watch/8oi3x5twa52, http://www.playvid.com/watch/P6wfjowX5IU,
http://www.playvid.com/watch/8o5QNvy9ugv, http://www.playvid.com/watch/X0Hta6Huu6g, http://www.playvid.com/watch/mNmoxgD3bwO,
http://www.playvid.com/watch/X0S7aSI5RTK, http://www.playvid.com/watch/p9NMqm6fk-6, http://www.playvid.com/watch/hvqd62JOeX-,
http://www.playvid.com/watch/ji7-HRGp5Jn, http://www.playvid.com/watch/KtoEe5KfomA, http://www.playvid.com/watch/MD7BvGjp8ZC,
http://www.playvid.com/watch/hQ8gSesOEeh, http://www.playvid.com/watch/6EfAu0RG8f9, http://www.playvid.com/watch/mSaxvhoe3Kd,
http://www.playvid.com/watch/9hMhxEh-LfY, http://www.playvid.com/watch/L4LVk40y9XD, http://www.playvid.com/watch/KMZrRyShlYj,
http://www.playvid.com/watch/PLItAz5kbmk, http://www.playvid.com/watch/UD4MwPbOTbI, http://www.playvid.com/watch/IzPPdX8L-XR,
http://www.playvid.com/watch/fZIqKlyGh5B, http://www.playvid.com/watch/SyE0gYCr7wA, http://www.playvid.com/watch/lQNJIx0CrG7,
http://www.playvid.com/watch/09PDSY6hNTT, http://www.playvid.com/watch/Q6oCenCpvlh, http://www.playvid.com/watch/4RZEf3ZuFwr,
http://www.playvid.com/watch/TF06unfe8UT, http://www.playvid.com/watch/rQTdlhidSa9, http://www.playvid.com/watch/Izz7F5rcYEr,
http://www.playvid.com/watch/mlGVoaiSd-P, http://www.playvid.com/watch/xDO8uutbJSu, http://www.playvid.com/watch/Z6dB9BR6FUb,
http://www.playvid.com/watch/Qvk7TPPIp5R, http://www.playvid.com/watch/GCt9QYHQwZY, http://www.playvid.com/watch/cgH2dHz0H9b,
http://www.playvid.com/watch/4pEkETwII60, http://www.playvid.com/watch/-qtvQjkpaaG, http://www.playvid.com/watch/mqwYxIXHToq,
http://www.playvid.com/watch/ZYUElNfaBCy, http://www.playvid.com/watch/rpnRdM6LiNM, http://www.playvid.com/watch/jOFyZ4q7iNr,
http://www.playvid.com/watch/N7pSHKwcCkL, http://www.playvid.com/watch/9xh-zeEXSR6, http://www.playvid.com/watch/d-P-XS8bnSy,
http://www.playvid.com/watch/pUPhI5p-wFZ, http://www.playvid.com/watch/8abS3Yu63t-, http://www.playvid.com/watch/C6yPpDZ-757,
http://www.playvid.com/watch/v9GwbPwaWEN, http://www.playvid.com/watch/nl2XI8iBhHZ, http://www.playvid.com/watch/7BHgSU-Z9CU,
http://www.playvid.com/watch/0mdsZWj9u99, http://www.playvid.com/watch/-nFZO2s8nCo, http://www.playvid.com/watch/UHXiwfHdDp7,
http://www.playvid.com/watch/iEcgY4OANKx, http://www.playvid.com/watch/ciwuU5MTX2O, http://www.playvid.com/watch/QJrufXB0HMA,
http://www.playvid.com/watch/pAfS0my-JSM, http://www.playvid.com/watch/JtG-o7zVYdJ, http://www.playvid.com/watch/tTQagMkvkyb,
http://www.playvid.com/watch/-wVTYRRAmNC, http://www.playvid.com/watch/JmFeFh3yn6q, http://www.playvid.com/watch/ONlmtLqMnZ0,
http://www.playvid.com/watch/dGY6CsdeeQt, http://www.playvid.com/watch/Gy9oLCh-h8z, http://www.playvid.com/watch/VuQcoODmr-5,
http://www.playvid.com/watch/MDsXlbeKbsg, http://www.playvid.com/watch/tQqW5fVj66E, http://www.playvid.com/watch/sKECvq4AY4v,
http://www.playvid.com/watch/ZrLSc-ySjjC, http://www.playvid.com/watch/RJ2d5kXqgHU, http://www.playvid.com/watch/uNRSVih2jVw,
http://www.playvid.com/watch/lLhi6R6mAJz, http://www.playvid.com/watch/Kz68UkzMuVn, http://www.playvid.com/watch/tv7NT7-gzJa,
http://www.playvid.com/watch/upIgCYXDe56, http://www.playvid.com/watch/oycndI4GnTt, http://www.playvid.com/watch/o8KafTvb9QI,
http://www.playvid.com/watch/jKyrwOikT0C, http://www.playvid.com/watch/CwH-HRelvpq, http://www.playvid.com/watch/H0xDWTXxt3H,
http://www.playvid.com/watch/TW8K3xyNZMV, http://www.playvid.com/watch/SxkA2zlwNCt, http://www.playvid.com/watch/vaGKQ6rvkPb,
http://www.playvid.com/watch/roBuHXg7Rzh, http://www.playvid.com/watch/Z3TJWqxZqw8, http://www.playvid.com/watch/66kKY2cZb9H,
http://www.playvid.com/watch/sOAa0vBQwFu, http://www.playvid.com/watch/5L-tA5dejlc, http://www.playvid.com/watch/9wQQl6c37vj,
http://www.playvid.com/watch/jIghOGAsiL4, http://www.playvid.com/watch/8kh8FYFlYVz, http://www.playvid.com/watch/bUVuuPGlLfC,
http://www.playvid.com/watch/ZLvudeXDZIh, http://www.playvid.com/watch/5UFjRdYkXMq, http://www.playvid.com/watch/2WB5tzLK3fd,
http://www.playvid.com/watch/W7SZOguiROf, http://www.playvid.com/watch/LaD7Y5iESLg, http://www.playvid.com/watch/vka7M6yy3cd,

http://www.playvid.com/watch/DgIHvLVcUrm, http://www.playvid.com/watch/4umQWckuBmB, http://www.playvid.com/watch/Vr4z6iHqX-U,
http://www.playvid.com/watch/d2h5tJWvwGG, http://www.playvid.com/watch/FokPgUiV8Ol, http://www.playvid.com/watch/xnt4I5rTbFa,
http://www.playvid.com/watch/GS39veMxgah, http://www.playvid.com/watch/pfW5LRHxfAQ, http://www.playvid.com/watch/hVz69oeU6r6,
http://www.playvid.com/watch/zfGvzEiZ5wI, http://www.playvid.com/watch/NWCZGOD-bBK, http://www.playvid.com/watch/lH23GAO-Y0E,
http://www.playvid.com/watch/HzzIP9WSEHk, http://www.playvid.com/watch/UhzxpLryGoz, http://www.playvid.com/watch/6HhpfUG8sTq,
http://www.playvid.com/watch/3Lk5WKwifKs, http://www.playvid.com/watch/OYCsG9taJmu, http://www.playvid.com/watch/smSYlOoAuDr,
http://www.playvid.com/watch/Xlvyt3ETruL, http://www.playvid.com/watch/bIi5yHr98fX, http://www.playvid.com/watch/Vt9-GioMw92,
http://www.playvid.com/watch/lL0vcQpQAYz, http://www.playvid.com/watch/O79Ayt5QVTp, http://www.playvid.com/watch/yTJ-WJVnfF0,
http://www.playvid.com/watch/PzYNUzbKSYR, http://www.playvid.com/watch/MAi6rosjmNu, http://www.playvid.com/watch/sDhOReRErp2,
http://www.playvid.com/watch/s8M3b9ciMdk, http://www.playvid.com/watch/-9ElaGNUkr4, http://www.playvid.com/watch/ZbWs3L9KVJl,
http://www.playvid.com/watch/Ba7Ka0awYuc, http://www.playvid.com/watch/u8UaSGh2zUW, http://www.playvid.com/watch/rwdc0o0ss0W,
http://www.playvid.com/watch/VmCG4IG2WRu, http://www.playvid.com/watch/XXPkv4p5r0E, http://www.playvid.com/watch/8geHLLa5NMm,
http://www.playvid.com/watch/0m8GCvmDQ2U, http://www.playvid.com/watch/aPcQQvGzJ85, http://www.playvid.com/watch/wuZEQWce4Na,
http://www.playvid.com/watch/YgF8bFQhwbc, http://www.playvid.com/watch/sNCqvYXB6U-, http://www.playvid.com/watch/Bp0ypDif5ca,
http://www.playvid.com/watch/M9vGYHpQDLN, http://www.playvid.com/watch/BP5iOTNdPmb, http://www.playvid.com/watch/5LwQO6srQbV,
http://www.playvid.com/watch/WUQKgl7ABvw, http://www.playvid.com/watch/JYeRlHc6X8x, http://www.playvid.com/watch/bEzJZG8LKFD,
http://www.playvid.com/watch/KjvPmNtkqJN, http://www.playvid.com/watch/nAH4V8VgGeg, http://www.playvid.com/watch/isvilWwoInC,
http://www.playvid.com/watch/ubRfeAahLBf, http://www.playvid.com/watch/zEc8oEz-NJM, http://www.playvid.com/watch/SNYE4t8Gu2m,
http://www.playvid.com/watch/hrS6HTfxRma, http://www.playvid.com/watch/mSP2JsXnBoV, http://www.playvid.com/watch/jELVJjGeJQV,
http://www.playvid.com/watch/lxEjiAEjpo-, http://www.playvid.com/watch/-ROWLEk9rQA, http://www.playvid.com/watch/Za-LEvj2MsO,
http://www.playvid.com/watch/d6J6SlMBQnp, http://www.playvid.com/watch/iXdju2uUmsG, http://www.playvid.com/watch/aWiAp7mAjEm,
http://www.playvid.com/watch/gqWZlL0iZFr, http://www.playvid.com/watch/5dWsAktjqRy, http://www.playvid.com/watch/tEQ27yz5thr,
http://www.playvid.com/watch/84gq2S7CzPJ, http://www.playvid.com/watch/te4M7Kaednd, http://www.playvid.com/watch/vmKXDm9Gqin,
http://www.playvid.com/watch/LyICQVGFN58, http://www.playvid.com/watch/I0GDxX4BBO0, http://www.playvid.com/watch/bpvfNfHNaqU,
http://www.playvid.com/watch/VB5sSsr0Bu9, http://www.playvid.com/watch/ulxjw3wpIdP, http://www.playvid.com/watch/q7JTgFkbIFO,
http://www.playvid.com/watch/6zXgprKZvQH, http://www.playvid.com/watch/IsxfmPfbkSa, http://www.playvid.com/watch/rhwnBhdtS-Z,
http://www.playvid.com/watch/QZPuJPsGguh, http://www.playvid.com/watch/mKpwX-AUmOc, http://www.playvid.com/watch/GoSghwoWllT,
http://www.playvid.com/watch/5fssrTuwdxp, http://www.playvid.com/watch/0ZaKkDQNiJf, http://www.playvid.com/watch/nrGmsgPlQH5,
http://www.playvid.com/watch/hAuOwU08QnW, http://www.playvid.com/watch/KGdxBucLoWh, http://www.playvid.com/watch/A7goDYCwBSl,
http://www.playvid.com/watch/ytOPxoBv7Fj, http://www.playvid.com/watch/LxEY6oiZodj, http://www.playvid.com/watch/3E-StvagGwB,
http://www.playvid.com/watch/KLT8aJDwg-j, http://www.playvid.com/watch/Fw6MpgBTYsX, http://www.playvid.com/watch/bDyNhFVI2y8,
http://www.playvid.com/watch/i3ozcp8ozVH, http://www.playvid.com/watch/GivSSGK7aU4, http://www.playvid.com/watch/3k3lbGSHWlN,
http://www.playvid.com/watch/jWBANqfFV2E, http://www.playvid.com/watch/IY8bPQlX-0o, http://www.playvid.com/watch/itiv2Z6L6DM,
http://www.playvid.com/watch/S2dY4HP5zlE, http://www.playvid.com/watch/War6aFkkJuc, http://www.playvid.com/watch/sG782mcTaad,
http://www.playvid.com/watch/JCZenc8BD4g, http://www.playvid.com/watch/MHiUtbh3jY4, http://www.playvid.com/watch/eQPU8NNUYWv,
http://www.playvid.com/watch/gKHf7dluTcU, http://www.playvid.com/watch/bbHmWhzQb80, http://www.playvid.com/watch/6Z8txdPm0kz,
http://www.playvid.com/watch/G4y9BPSv6hT, http://www.playvid.com/watch/RM69fn4Kq9a, http://www.playvid.com/watch/CrvfIZj0Jgn,
http://www.playvid.com/watch/FFSP97k0ZNl, http://www.playvid.com/watch/Py87njftsfV, http://www.playvid.com/watch/c0gAbDjZ9mP,
http://www.playvid.com/watch/ZaoQauHpspC, http://www.playvid.com/watch/rbaCQLKSMh8, http://www.playvid.com/watch/3W62nYY8pYB,
http://www.playvid.com/watch/cL2O5cznnVb, http://www.playvid.com/watch/ixwhNBYVbhV, http://www.playvid.com/watch/OvWCNHYBJHc,
http://www.playvid.com/watch/rnskDAv-zXB, http://www.playvid.com/watch/XHRtmaJH2cU, http://www.playvid.com/watch/tLCqKhzfe0r,
http://www.playvid.com/watch/y2He7U6ksSW, http://www.playvid.com/watch/6zInXF5hELg, http://www.playvid.com/watch/ScGe0NlIYFx,
http://www.playvid.com/watch/FUNhX7rLbeI, http://www.playvid.com/watch/IOkyIK72Alc, http://www.playvid.com/watch/Btv542j-QDs,
http://www.playvid.com/watch/e6YcC4CycuU, http://www.playvid.com/watch/ZDeuxQVpQdb, http://www.playvid.com/watch/llnY9iDmJ2L,
http://www.playvid.com/watch/es4C8p4Q5iU, http://www.playvid.com/watch/CCwYFND7Khc, http://www.playvid.com/watch/0vahD-vhOBQ,
http://www.playvid.com/watch/PumOwMVdfVu, http://www.playvid.com/watch/xs9-YoFuZV9, http://www.playvid.com/watch/wSSBlj2yw7m,
http://www.playvid.com/watch/FlxtlZXfXz6, http://www.playvid.com/watch/0827QcgGp82, http://www.playvid.com/watch/xvhdlK8J88d,
http://www.playvid.com/watch/Ktg-GX64g8u, http://www.playvid.com/watch/R7NstJgQGWu, http://www.playvid.com/watch/HM37gwM-vRC,
http://www.playvid.com/watch/-6O0X6mXNaZ, http://www.playvid.com/watch/PlSzSD5WdfT, http://www.playvid.com/watch/NC2zDKso7xW,
http://www.playvid.com/watch/3p2wFXDmrzJ, http://www.playvid.com/watch/v6GCLTPoz0i, http://www.playvid.com/watch/JQQp9CrIY3Y,
http://www.playvid.com/watch/CC5CQm4S8Ec, http://www.playvid.com/watch/3aNEkUrvkiG, http://www.playvid.com/watch/oGxqEu02OpS,
http://www.playvid.com/watch/COnnhwuvMTl, http://www.playvid.com/watch/TQzFGi4yVP7, http://www.playvid.com/watch/W76dAszrgVZ,
http://www.playvid.com/watch/IevCBPcR5Zx, http://www.playvid.com/watch/bY-pEPFhxVn, http://www.playvid.com/watch/5eY2Cvr70ha,
http://www.playvid.com/watch/UOsASWHI99j, http://www.playvid.com/watch/zRhG7QSSa9d, http://www.playvid.com/watch/GEcfDiHMJPq,
http://www.playvid.com/watch/dBMx0FBZ7KM, http://www.playvid.com/watch/NqhHR3g9Kus, http://www.playvid.com/watch/egNA-Rf0ogC,
http://www.playvid.com/watch/ayZihMZsO-0, http://www.playvid.com/watch/AaGEvoNq2ih, http://www.playvid.com/watch/wDT4KKfWEAk,
http://www.playvid.com/watch/BAgY4Nc4o-l, http://www.playvid.com/watch/OtXMPmVcOUV, http://www.playvid.com/watch/X4gSuqZRpmv,
http://www.playvid.com/watch/mRAcg5Ps5va, http://www.playvid.com/watch/CBXVqVwP8jT, http://www.playvid.com/watch/Xk7VN-icsul,
http://www.playvid.com/watch/o4J9fHGtzJp, http://www.playvid.com/watch/Qb-tsrsAKeE, http://www.playvid.com/watch/-QxqaAKox6s,
http://www.playvid.com/watch/68ukg6ltbMO, http://www.playvid.com/watch/NMpDLlRL2Zb, http://www.playvid.com/watch/WHJ26cpZ804,
http://www.playvid.com/watch/6KnUGX6QIna, http://www.playvid.com/watch/930JEfT5Cwn, http://www.playvid.com/watch/33T0hk6p7Kx,
http://www.playvid.com/watch/gR2ujQ4gx85, http://www.playvid.com/watch/D46KxqS7Eys, http://www.playvid.com/watch/qdBonyHL8oq,
http://www.playvid.com/watch/vlW6278iTvD, http://www.playvid.com/watch/4-5nTcJw-8v, http://www.playvid.com/watch/6ztzTH7WjKd,
http://www.playvid.com/watch/grFP23WxZ-j, http://www.playvid.com/watch/SdeXpnRLgus, http://www.playvid.com/watch/EscWb-pv74n,
http://www.playvid.com/watch/zkkDs2Giboi, http://www.playvid.com/watch/Xum3n06bH-4, http://www.playvid.com/watch/GJz9DelWvZW,
http://www.playvid.com/watch/bZqSWblm90a, http://www.playvid.com/watch/5saec3a8ofI, http://www.playvid.com/watch/-69RRlXOYYC,
http://www.playvid.com/watch/cxYww-Dyi9A, http://www.playvid.com/watch/aIjU9dCANk2, http://www.playvid.com/watch/DfPryw-6oQJ,
http://www.playvid.com/watch/v7KlOZmSJCG, http://www.playvid.com/watch/hfrQKLUVQDO, http://www.playvid.com/watch/zc5NsCXAM7R,
http://www.playvid.com/watch/IOOE6oFeV-C, http://www.playvid.com/watch/hd9FvMZruvd, http://www.playvid.com/watch/z42wQ4AlKK-,
http://www.playvid.com/watch/AJtEcnFn7qm, http://www.playvid.com/watch/fko5s7RQPas, http://www.playvid.com/watch/nVpVdZh-IVB,
http://www.playvid.com/watch/O2mlTfnoQpE, http://www.playvid.com/watch/HM0Wz95OPpr, http://www.playvid.com/watch/w8YKBhNak0h,
http://www.playvid.com/watch/GWZxa6JkO4k, http://www.playvid.com/watch/5diiALegoF-, http://www.playvid.com/watch/quVXZWq3Zrf,
http://www.playvid.com/watch/b4ONvxvtLpr, http://www.playvid.com/watch/hxeGpIJpauv, http://www.playvid.com/watch/hKL4iJFe8Ny,
http://www.playvid.com/watch/j5hSW2yBRCC, http://www.playvid.com/watch/cGmLf4cOqwh, http://www.playvid.com/watch/mRtb5qwNNCm,
http://www.playvid.com/watch/aoqP08ahkF0, http://www.playvid.com/watch/XiXMGMiYLX2, http://www.playvid.com/watch/qmWPRMUqbGu,
http://www.playvid.com/watch/EsWYFg8270U, http://www.playvid.com/watch/QbpD6msVZmo, http://www.playvid.com/watch/TzfKza9aWNw,
http://www.playvid.com/watch/LFo9E5tfxGS, http://www.playvid.com/watch/mi7SoyYor6s, http://www.playvid.com/watch/dj9l9BWqjhW,
http://www.playvid.com/watch/HwjaN6MCmpV, http://www.playvid.com/watch/Y2Hwxp97XsW, http://www.playvid.com/watch/5irAC0AlcJ3,
http://www.playvid.com/watch/6lVIr9bEHwX, http://www.playvid.com/watch/NAektcoOIj-, http://www.playvid.com/watch/ZeQPaXxPUeK,
http://www.playvid.com/watch/gBZ3zHMBGKS, http://www.playvid.com/watch/dffluxbQsfw, http://www.playvid.com/watch/KVK83yce3bS,
http://www.playvid.com/watch/nVnQkQH6Ae-, http://www.playvid.com/watch/J39dzYXXNiw, http://www.playvid.com/watch/oqxouPyx-he,
http://www.playvid.com/watch/WgxuyQqwSxe, http://www.playvid.com/watch/6jksKr-QFjN, http://www.playvid.com/watch/Urnmwz-kMs-,
http://www.playvid.com/watch/v9bapLAUnC7, http://www.playvid.com/watch/v67xIO3Jrex, http://www.playvid.com/watch/UGNv6z44NsA,
http://www.playvid.com/watch/TQzdJbxQgHF, http://www.playvid.com/watch/6kerSoquoo4, http://www.playvid.com/watch/mz9O4kaBa9V,
http://www.playvid.com/watch/Ll4ooNTkwyU, http://www.playvid.com/watch/6he3vm0EnKs, http://www.playvid.com/watch/C-Hdx6tk8QB,
http://www.playvid.com/watch/7Cd4nBfaEB-, http://www.playvid.com/watch/MWBC7A96r3I, http://www.playvid.com/watch/TzL424-ZGPo,
http://www.playvid.com/watch/UbjqqZG8Qhb, http://www.playvid.com/watch/Zi2Scxw3psm, http://www.playvid.com/watch/aNptGGAS2j3,
http://www.playvid.com/watch/9bwbqn8RwO6, http://www.playvid.com/watch/BI-KzUMD9Xj, http://www.playvid.com/watch/Ug5slPyiZ9p,
http://www.playvid.com/watch/yKvPJ3qJCjS, http://www.playvid.com/watch/Ly209VrPiCd, http://www.playvid.com/watch/zDu-Rd582Uc,
http://www.playvid.com/watch/6Q9A3xiu2nS, http://www.playvid.com/watch/wBg5XojNdjw, http://www.playvid.com/watch/3Q3XUactdmE,
http://www.playvid.com/watch/h96ZZ2KXJ3u, http://www.playvid.com/watch/XKlA7Pw5Y29, http://www.playvid.com/watch/wYXYtMaFgMZ,
http://www.playvid.com/watch/SSU5-lIMy0s, http://www.playvid.com/watch/PjfFtpmCLIO, http://www.playvid.com/watch/998yNM37alN,
http://www.playvid.com/watch/Rgyxco8i2mT, http://www.playvid.com/watch/K2hehUeo-05, http://www.playvid.com/watch/HA7VPOIc38j,
http://www.playvid.com/watch/y6zzMWAV8Q5, http://www.playvid.com/watch/Am25s-grscp, http://www.playvid.com/watch/GLEV4OiIaXX,
http://www.playvid.com/watch/zvgz5O45PG9, http://www.playvid.com/watch/iNjh90jaCi4, http://www.playvid.com/watch/8UZLSS7oxQA,
http://www.playvid.com/watch/qU6CUNnWpA4, http://www.playvid.com/watch/gV7bZv5JrYX, http://www.playvid.com/watch/N8quOoxsJOt,

http://www.playvid.com/watch/NTC-lcdoPq5, http://www.playvid.com/watch/C69y6P2wiZJ, http://www.playvid.com/watch/xDj-fe8calg,
http://www.playvid.com/watch/WjntlF5IvHs, http://www.playvid.com/watch/GnsM6sQRfn9, http://www.playvid.com/watch/tLHbyQHgOA7,
http://www.playvid.com/watch/UNDLQB3JZJx, http://www.playvid.com/watch/mQtVm2ri-XR, http://www.playvid.com/watch/4vsz8wmj3n4,
http://www.playvid.com/watch/5LUHOoYy2xI, http://www.playvid.com/watch/8cC47NaBF4B, http://www.playvid.com/watch/UfYmTS2K42H,
http://www.playvid.com/watch/cFiVYhoSE-H, http://www.playvid.com/watch/Hw3zLU4mHq4, http://www.playvid.com/watch/P9UmS7w54BI,
http://www.playvid.com/watch/PfzfSBIFzZn, http://www.playvid.com/watch/mnkuCiGItFY, http://www.playvid.com/watch/wczkPKV2amW,
http://www.playvid.com/watch/yVS9IbzKEoZ, http://www.playvid.com/watch/F7WUbPt327O, http://www.playvid.com/watch/zVAHx8B8O9A,
http://www.playvid.com/watch/5SlMGQLjSol, http://www.playvid.com/watch/cyLLNuGXSdF, http://www.playvid.com/watch/PibZnT7J0tl,
http://www.playvid.com/watch/7kQ8qsoccA8, http://www.playvid.com/watch/U3HmSYcMdJx, http://www.playvid.com/watch/8PH6Ro5tyMw,
http://www.playvid.com/watch/uzriRXuPXpZ, http://www.playvid.com/watch/CFuzy2VCtQr, http://www.playvid.com/watch/g9EJeeYhRZ2,
http://www.playvid.com/watch/GSdEF-5Ff-f, http://www.playvid.com/watch/-zaw3xm59Op, http://www.playvid.com/watch/DBBXCz2IWaw,
http://www.playvid.com/watch/2Dzh-Wknh5-, http://www.playvid.com/watch/0yRH2dOycN2, http://www.playvid.com/watch/8lN3LkBVgIN,
http://www.playvid.com/watch/tcKSoizgC9J, http://www.playvid.com/watch/GTYVcyq5Yg2, http://www.playvid.com/watch/F6jo0twlmjo,
http://www.playvid.com/watch/wO0LrJnzMpo, http://www.playvid.com/watch/muSKgnjq5IY, http://www.playvid.com/watch/n9TwH7D8cTt,
http://www.playvid.com/watch/RBSijdmtD6g, http://www.playvid.com/watch/iCOrhuQ7hhs, http://www.playvid.com/watch/zOlm5n92TpD,
http://www.playvid.com/watch/kURaYYsL4hs, http://www.playvid.com/watch/BJaQGrfdFr7, http://www.playvid.com/watch/jjL7bHxZPDZ,
http://www.playvid.com/watch/crNgnJywACW, http://www.playvid.com/watch/hLPcYNkbykS, http://www.playvid.com/watch/h2MQTLyQjCd,
http://www.playvid.com/watch/5jJVLKZnWXW, http://www.playvid.com/watch/X8OLUC6KOa4, http://www.playvid.com/watch/vIIzeHEcJx2,
http://www.playvid.com/watch/JBkSUEQUmgb, http://www.playvid.com/watch/8OoxI76EbeV, http://www.playvid.com/watch/qSZVr-RCxK2,
http://www.playvid.com/watch/QeDphgCIZ6Q, http://www.playvid.com/watch/eiZtwDzdCkJ, http://www.playvid.com/watch/evxzQL8WJAC,
http://www.playvid.com/watch/FuRhZAUFBqK, http://www.playvid.com/watch/2Hro7uG5J55, http://www.playvid.com/watch/UNRm4dx6ar3,
http://www.playvid.com/watch/AlH0UPIPu5J, http://www.playvid.com/watch/S8WMQW4ZNSK, http://www.playvid.com/watch/aH7ysF7h6J5,
http://www.playvid.com/watch/r2JSzjiv0v-, http://www.playvid.com/watch/lL30LzMwyT0, http://www.playvid.com/watch/rpSJZEC0LqB,
http://www.playvid.com/watch/bApPVkj0scw, http://www.playvid.com/watch/74oPo5wohEs, http://www.playvid.com/watch/PRBYEPdSbVV,
http://www.playvid.com/watch/VNUAs2Q2nbb, http://www.playvid.com/watch/UCdH9FhmtmG, http://www.playvid.com/watch/gqYl8go5N6h,
http://www.playvid.com/watch/qeLeYqjLYSa, http://www.playvid.com/watch/P5SfI6MMqh4, http://www.playvid.com/watch/eSXKHVRnKl6,
http://www.playvid.com/watch/eqh-fOdIiUX, http://www.playvid.com/watch/NSpNhdtp9j0, http://www.playvid.com/watch/8-QPkH6EnYT,
http://www.playvid.com/watch/CZIYSpamFLX, http://www.playvid.com/watch/kFwGtbHLnnR, http://www.playvid.com/watch/LebBbjVgvUe,
http://www.playvid.com/watch/DsC0jzLfZeU, http://www.playvid.com/watch/ZZu8DyzdD5R, http://www.playvid.com/watch/PswgJ88DQl3,
http://www.playvid.com/watch/Xt-ljNdQsRD, http://www.playvid.com/watch/TCcq77DXke4, http://www.playvid.com/watch/fwrb5VriChB,
http://www.playvid.com/watch/3aSyk3FGbzN, http://www.playvid.com/watch/GLg7FWzUa2N, http://www.playvid.com/watch/rur2JEZwuIR,
http://www.playvid.com/watch/tZxPrRMis-4, http://www.playvid.com/watch/JXmLNvBtzkD, http://www.playvid.com/watch/QvpjFmQs8T2,
http://www.playvid.com/watch/UDI6lIKBzS5, http://www.playvid.com/watch/xRwHGaN7ete, http://www.playvid.com/watch/tPtk0rJvd5y,
http://www.playvid.com/watch/7auenYa58hC, http://www.playvid.com/watch/4BeTmbeAI3s, http://www.playvid.com/watch/6KG79PJsoeu,
http://www.playvid.com/watch/VairgEjT2wd, http://www.playvid.com/watch/eUfPQd7nsxe, http://www.playvid.com/watch/t8h-9mmtifY,
http://www.playvid.com/watch/wt37a0CVv5P, http://www.playvid.com/watch/xgMeKIhLKKc, http://www.playvid.com/watch/yNzJPg7ADQI,
http://www.playvid.com/watch/MEhAX9Uw8qg, http://www.playvid.com/watch/YtbIqj6NHXz, http://www.playvid.com/watch/hE09kn0grzV,
http://www.playvid.com/watch/z2hRyqOfvL8, http://www.playvid.com/watch/kuc0OkyBOq8, http://www.playvid.com/watch/I--bzeo0sZL,
http://www.playvid.com/watch/joF0hh89dw7, http://www.playvid.com/watch/qBAg9MXAMvw, http://www.playvid.com/watch/u3zh-n2xBm0,
http://www.playvid.com/watch/6fBBbY2ukCY, http://www.playvid.com/watch/zce7TLUEwGg, http://www.playvid.com/watch/gZXXKlp4evR,
http://www.playvid.com/watch/fWJht7yK5RU, http://www.playvid.com/watch/TZ5X2JmGyTm, http://www.playvid.com/watch/4ewuP5YZy5B,
http://www.playvid.com/watch/P3CRyWEFr5X, http://www.playvid.com/watch/l2yMU9LW4QY, http://www.playvid.com/watch/OJip0Xlsmei,
http://www.playvid.com/watch/IW9CpGcZHm0, http://www.playvid.com/watch/6dWu4buLKcn, http://www.playvid.com/watch/zDiDApA59nr,
http://www.playvid.com/watch/wogL7G44Emg, http://www.playvid.com/watch/zHYQupxlbCW, http://www.playvid.com/watch/Y6r-mYDhk50,
http://www.playvid.com/watch/XqV-28pA3H0, http://www.playvid.com/watch/OmfoPV10YsL, http://www.playvid.com/watch/7OK69QKEuNh,
http://www.playvid.com/watch/x9UczuXY9Zt, http://www.playvid.com/watch/xYfqWeBkjpZ, http://www.playvid.com/watch/CNUnyCFpQOS,
http://www.playvid.com/watch/-yZe3QGU4zp, http://www.playvid.com/watch/gb9aXLgRCZz, http://www.playvid.com/watch/fdctBm1ZLK9,
http://www.playvid.com/watch/WmT32mrxG6q, http://www.playvid.com/watch/td0DAL3wyQi, http://www.playvid.com/watch/oZo5bZiEgVI,
http://www.playvid.com/watch/eg33EipjZP3, http://www.playvid.com/watch/HVVRKXMC3Xi, http://www.playvid.com/watch/OdbjFqjQBqO,
http://www.playvid.com/watch/EIMEDgp5Zfi, http://www.playvid.com/watch/Vg-xzh9M1R0, http://www.playvid.com/watch/YtcvKjr5c8d,
http://www.playvid.com/watch/DsqZYoTKZPu, http://www.playvid.com/watch/rsP-zQKoOw6, http://www.playvid.com/watch/L8J5vcVgCI7,
http://www.playvid.com/watch/JTolTEgkehe, http://www.playvid.com/watch/-WYvU6LWm8M, http://www.playvid.com/watch/Mf5Nbtd-Hun,
http://www.playvid.com/watch/x0rDhTROK6C, http://www.playvid.com/watch/QLzliGARX9A, http://www.playvid.com/watch/50NSXfPvaDu,
http://www.playvid.com/watch/JqvSJsRbjLX, http://www.playvid.com/watch/OXVDCOY-giy, http://www.playvid.com/watch/y8e2Eb3aUXC,
http://www.playvid.com/watch/KBsG6yDxsDi, http://www.playvid.com/watch/jcp8c0qzEc8, http://www.playvid.com/watch/VQcxBzTXxym,
http://www.playvid.com/watch/ldnsXRp3Lap, http://www.playvid.com/watch/3iwlqHeBCb2, http://www.playvid.com/watch/mYMi51FjVc-,
http://www.playvid.com/watch/mVSe-ebtaVs, http://www.playvid.com/watch/BBEmLFon45J, http://www.playvid.com/watch/HsOL7MVdq-0,
http://www.playvid.com/watch/m3TQ3ZY2bdm, http://www.playvid.com/watch/eES3x1DGXXs, http://www.playvid.com/watch/T8q5Kn5FOnm,
http://www.playvid.com/watch/UR77CyIZ9gH, http://www.playvid.com/watch/F8ftDwk8X4J, http://www.playvid.com/watch/dmmuulUqlKs,
http://www.playvid.com/watch/zclT9LwcnLJ, http://www.playvid.com/watch/M8eBo0wH0EW, http://www.playvid.com/watch/z5cYpRaM69K,
http://www.playvid.com/watch/By2dtwYCs5B, http://www.playvid.com/watch/VWNQo7xl4T-, http://www.playvid.com/watch/WJUVKXu1iQH,
http://www.playvid.com/watch/SJqJeg8utlN, http://www.playvid.com/watch/R7XTgu8NSiN, http://www.playvid.com/watch/fXCR6Xz3tBO,
http://www.playvid.com/watch/HITnJg-uOSq, http://www.playvid.com/watch/SqwTon-vATo, http://www.playvid.com/watch/lkilUX0-pgC,
http://www.playvid.com/watch/odmPCns4X2L, http://www.playvid.com/watch/hqbSCM3ioUt, http://www.playvid.com/watch/ZAyFIH2ZKnJ,
http://www.playvid.com/watch/dt2m-KMCv3z, http://www.playvid.com/watch/XDCK3TC5KwF, http://www.playvid.com/watch/N3hccsKbnIx,
http://www.playvid.com/watch/dgDsBZgfZpd, http://www.playvid.com/watch/OztOtRaJGJX, http://www.playvid.com/watch/TeSPiBJR8pH,
http://www.playvid.com/watch/X0Rj1LesPeX, http://www.playvid.com/watch/3pZ69Wwp4O3, http://www.playvid.com/watch/Cwp9onHFKxX,
http://www.playvid.com/watch/OmDcsZrkzKy, http://www.playvid.com/watch/HCqfVJT35rK, http://www.playvid.com/watch/pbJTOpH1sON,
http://www.playvid.com/watch/QRk6TFmajl7, http://www.playvid.com/watch/mZc6XCqRLnp, http://www.playvid.com/watch/WeA5AvK3bgo,
http://www.playvid.com/watch/pyK3pe547aL, http://www.playvid.com/watch/mgFxUbLx66T, http://www.playvid.com/watch/nNyBq0D-XY2,
http://www.playvid.com/watch/NlK-2fdFBb1, http://www.playvid.com/watch/2g9WS0r8DLG, http://www.playvid.com/watch/exjHBYM3u-V,
http://www.playvid.com/watch/Fk5AsQG1Lhy, http://www.playvid.com/watch/6BczEtvK0Dw, http://www.playvid.com/watch/wfb1F2vJRK0,
http://www.playvid.com/watch/USOrY2Oe8CD, http://www.playvid.com/watch/Ug1bFyaIH2B, http://www.playvid.com/watch/QAnNwmCarma,
http://www.playvid.com/watch/X7DDiL-VDyA, http://www.playvid.com/watch/BHY2X7TfJuR, http://www.playvid.com/watch/Bro0k79AdRF,
http://www.playvid.com/watch/94adGfZdkOW, http://www.playvid.com/watch/ZUgPHmQUbrw, http://www.playvid.com/watch/ikbplehs5x4,
http://www.playvid.com/watch/FOoewL-ix6M, http://www.playvid.com/watch/lOqzwVMfKBO, http://www.playvid.com/watch/fHxzvzE3iq8,
http://www.playvid.com/watch/GXMiHjfL5EG, http://www.playvid.com/watch/IU15nicBADp, http://www.playvid.com/watch/K5dTL1WJca1,
http://www.playvid.com/watch/WJjYDYTzE5V, http://www.playvid.com/watch/fIuDfnzxzub, http://www.playvid.com/watch/e4RZPM9rQ-A,
http://www.playvid.com/watch/i6brqfSsoOY, http://www.playvid.com/watch/3FYTnKfh5-0, http://www.playvid.com/watch/WIfA21j1M-l,
http://www.playvid.com/watch/LbJJuD0070K, http://www.playvid.com/watch/i8exKfg1x7V, http://www.playvid.com/watch/OF8spKuKpgT,
http://www.playvid.com/watch/7whkC4QIDKf, http://www.playvid.com/watch/h9D73YUPVJC, http://www.playvid.com/watch/FnZvkE16r3b,
http://www.playvid.com/watch/uTmFS7LD44k, http://www.playvid.com/watch/THgi3fXRUPX, http://www.playvid.com/watch/6qYPDOqPb03,
http://www.playvid.com/watch/pZfxognPF5V, http://www.playvid.com/watch/C0WqbNcp2ed, http://www.playvid.com/watch/yO4VHTOL6UL,
http://www.playvid.com/watch/oR2xh2swPSA, http://www.playvid.com/watch/uUMdDf2D7fN, http://www.playvid.com/watch/PVhrlEScqB9,
http://www.playvid.com/watch/2-yvWMZNIke, http://www.playvid.com/watch/lmIJG1T4-z7, http://www.playvid.com/watch/yz3CyfnuoCw,
http://www.playvid.com/watch/N7iq5v6YoXg, http://www.playvid.com/watch/ZWtQRgUlhsE, http://www.playvid.com/watch/n7FX9ehCKjC,
http://www.playvid.com/watch/iKp9fJRBCvZ, http://www.playvid.com/watch/L5bAkF3-OdS, http://www.playvid.com/watch/VpoUFdB2LUT,
http://www.playvid.com/watch/x9aFEftDTOt, http://www.playvid.com/watch/-Ifvtn1985c, http://www.playvid.com/watch/REwHN1Ir68N,
http://www.playvid.com/watch/qkvNFiKIMQd, http://www.playvid.com/watch/uhPPPZjR4jD, http://www.playvid.com/watch/bTIblxz5oer,
http://www.playvid.com/watch/8P5WVTDkNe3, http://www.playvid.com/watch/cEljFoy7NAk, http://www.playvid.com/watch/sksGf2RO9dt,
http://www.playvid.com/watch/Rx0EJEDBN13, http://www.playvid.com/watch/TfANY7q1RqO, http://www.playvid.com/watch/gRXe8GymoU8,
http://www.playvid.com/watch/IPBgmOI50zN, http://www.playvid.com/watch/EOAGIVRwa69, http://www.playvid.com/watch/OamMwXhyWPQ,
http://www.playvid.com/watch/5aOWSpyOCKC, http://www.playvid.com/watch/7tmznLsU0hb, http://www.playvid.com/watch/DjIC1sPbEHs,
http://www.playvid.com/watch/mjy40Elg8LR, http://www.playvid.com/watch/aHHiWcf1kxY, http://www.playvid.com/watch/AvfhKBpVBfA,
http://www.playvid.com/watch/hot9o3bDs8L, http://www.playvid.com/watch/SfZSn4eiblS, http://www.playvid.com/watch/eVpM51l8sHF,
http://www.playvid.com/watch/kwlPezR3jh6, http://www.playvid.com/watch/WQfDj7qtfO0, http://www.playvid.com/watch/DLHAn8UHlmY,

http://www.playvid.com/watch/iuu6BmLbb-t, http://www.playvid.com/watch/4YDVxbsd-DH, http://www.playvid.com/watch/8txYY41GBZZ,
http://www.playvid.com/watch/jLAEuRa7sIo, http://www.playvid.com/watch/ZF9ox0XiwGD, http://www.playvid.com/watch/Nz4nZGtfP5z,
http://www.playvid.com/watch/oXfAiUIvTN3, http://www.playvid.com/watch/z8qVqEMP-LZ, http://www.playvid.com/watch/8hMf10pi10h,
http://www.playvid.com/watch/ikRiEhr_WLu, http://www.playvid.com/watch/FRXsfnKeYUy, http://www.playvid.com/watch/L0_EWET2b-u,
http://www.playvid.com/watch/2cSOjAgSWja, http://www.playvid.com/watch/oL9CkJzbjkq, http://www.playvid.com/watch/QAUN345hAv4,
http://www.playvid.com/watch/Yg2j7vSzN9Q, http://www.playvid.com/watch/t5pu50d-iea, http://www.playvid.com/watch/DlkH2WimnNW,
http://www.playvid.com/watch/zTjkaCMELFy, http://www.playvid.com/watch/35BPHXAPlpE, http://www.playvid.com/watch/an3wxO-J8hd,
http://www.playvid.com/watch/MjQilzB4C9k, http://www.playvid.com/watch/vlaBatb2UTh, http://www.playvid.com/watch/uT4bsLsF6eG,
http://www.playvid.com/watch/0ATGemjr3b0, http://www.playvid.com/watch/xGbI7idxYOv, http://www.playvid.com/watch/KB1B77OcyrR,
http://www.playvid.com/watch/UJLde4DMjFa, http://www.playvid.com/watch/HutmpOWhAyV, http://www.playvid.com/watch/k0_aAX57A8e,
http://www.playvid.com/watch/N-pxFOy6w3P, http://www.playvid.com/watch/22YivbV_igm, http://www.playvid.com/watch/UpZBN1inch8,
http://www.playvid.com/watch/VVFcD2lnQw6, http://www.playvid.com/watch/mtnzft5mkAY, http://www.playvid.com/watch/lz0-CQ8nGfd,
http://www.playvid.com/watch/Me2eaBcuvLU, http://www.playvid.com/watch/yvivsvpnVO0, http://www.playvid.com/watch/tg5ORLGOtH4,
http://www.playvid.com/watch/Pq-YdncYrBI, http://www.playvid.com/watch/jbRwkNVnzfm, http://www.playvid.com/watch/4u6vVY63yjk,
http://www.playvid.com/watch/5rEw-KQSPAM, http://www.playvid.com/watch/wH4uPFfXVrs, http://www.playvid.com/watch/9_OzJheyFZK,
http://www.playvid.com/watch/J3jNac69V6E, http://www.playvid.com/watch/48kHlDPtted, http://www.playvid.com/watch/Y9Cw8RloWAE,
http://www.playvid.com/watch/Z_kVfEn1CUc, http://www.playvid.com/watch/BH90IMTffVl, http://www.playvid.com/watch/5fXeygvM8sq,
http://www.playvid.com/watch/5jM_d977wU2, http://www.playvid.com/watch/87ZZDGMArFq, http://www.playvid.com/watch/ahkBxpzhWdC,
http://www.playvid.com/watch/lZz20Q6ugis, http://www.playvid.com/watch/hA8ipCmh3ss, http://www.playvid.com/watch/uJ_u8rp8mRB,
http://www.playvid.com/watch/dcPSNga52VN, http://www.playvid.com/watch/m9n1xu8wWWs, http://www.playvid.com/watch/7zqwLrV9g0l,
http://www.playvid.com/watch/fDkEfb9zbox, http://www.playvid.com/watch/9orWZj4gSvS, http://www.playvid.com/watch/GQCoujN-WFY,
http://www.playvid.com/watch/4AQ8KuU_lbG, http://www.playvid.com/watch/YCW6Bj2sATH, http://www.playvid.com/watch/JfOjrEOnJgA,
http://www.playvid.com/watch/rr8rUTTJCa4, http://www.playvid.com/watch/Zjzv68iskej, http://www.playvid.com/watch/A7J3NpTcwTd,
http://www.playvid.com/watch/URyHXj8RExS, http://www.playvid.com/watch/Tfrl9s3y3BL, http://www.playvid.com/watch/tcp1EwQwf_9,
http://www.playvid.com/watch/av6Ge5ugCgv, http://www.playvid.com/watch/tYD1eBkUaT0, http://www.playvid.com/watch/lq-PkmoiHJi,
http://www.playvid.com/watch/BFkMWMdqRKV, http://www.playvid.com/watch/Z3MgjkUZ5UQ, http://www.playvid.com/watch/PDYQH99pPPn,
http://www.playvid.com/watch/l_h8D1mHq4X, http://www.playvid.com/watch/7W21sNQpet5, http://www.playvid.com/watch/9uZ9lFLfJ4i,
http://www.playvid.com/watch/Y0IrJvWcLS7, http://www.playvid.com/watch/KRBkUKX7Bkf, http://www.playvid.com/watch/KbsU-qBWtC2,
http://www.playvid.com/watch/2outn-RbDQb, http://www.playvid.com/watch/cVLHydCccMz, http://www.playvid.com/watch/qRtGJKA59CF,
http://www.playvid.com/watch/ePuqtcKci8e, http://www.playvid.com/watch/HFcMFlnYkfZ, http://www.playvid.com/watch/ZzY5joDDDrR,
http://www.playvid.com/watch/maU-3aqydG2, http://www.playvid.com/watch/ps2MJsPm7sW, http://www.playvid.com/watch/2PX-Ba5znHK,
http://www.playvid.com/watch/HKlRYcTCZHP, http://www.playvid.com/watch/O-R1Z4oPnBu, http://www.playvid.com/watch/RlbausdmX8p,
http://www.playvid.com/watch/Dgf468odyhv, http://www.playvid.com/watch/rnEqmmo9vZ5, http://www.playvid.com/watch/nasrPv4Hw1l,
http://www.playvid.com/watch/2ix4-EGdS5P, http://www.playvid.com/watch/pbYcfevmWqe, http://www.playvid.com/watch/r7k1AR-DbjF,
http://www.playvid.com/watch/tzqc2QCVxHx, http://www.playvid.com/watch/YnU-_tHI_Us, http://www.playvid.com/watch/gw1XLWvP93S,
http://www.playvid.com/watch/D6kGfTM5xeh, http://www.playvid.com/watch/9WACteUMmw9, http://www.playvid.com/watch/W9tuXs7tWZI,
http://www.playvid.com/watch/XLQP8jl2-rJ, http://www.playvid.com/watch/AiFvqpb4C-d, http://www.playvid.com/watch/pHlcorBWCNi,
http://www.playvid.com/watch/8oLzdJMpfq4, http://www.playvid.com/watch/7nNaNCnOOtQ, http://www.playvid.com/watch/dpIS2xVjk_7,
http://www.playvid.com/watch/s526hkRseXO, http://www.playvid.com/watch/8nUzwat3rVo, http://www.playvid.com/watch/nhgirJD3hsb,
http://www.playvid.com/watch/HbLMiZRmxCg, http://www.playvid.com/watch/fSRIlxbE3Le, http://www.playvid.com/watch/GIHrmRSEPGP,
http://www.playvid.com/watch/NMmssfqiOeU, http://www.playvid.com/watch/MegO_joG0rI, http://www.playvid.com/watch/2HZJznVVDjC,
http://www.playvid.com/watch/ms85SiU44PI, http://www.playvid.com/watch/UeVahy57kPW, http://www.playvid.com/watch/2tR43ak-nEy,
http://www.playvid.com/watch/S3SBcnGAU5N, http://www.playvid.com/watch/8PIB20wBoip, http://www.playvid.com/watch/K3NT9gleJHs,
http://www.playvid.com/watch/pdsZuBaGFxn, http://www.playvid.com/watch/xJFHlvwgQKB, http://www.playvid.com/watch/nioNhWgXSDK,
http://www.playvid.com/watch/jhrMZxnWBb7, http://www.playvid.com/watch/FZNWwG0R_WW, http://www.playvid.com/watch/IflzPKe9TSY,
http://www.playvid.com/watch/u7NFNk5sTHF, http://www.playvid.com/watch/nnx70MkQU3o, http://www.playvid.com/watch/yyZ7uZR0fJd,
http://www.playvid.com/watch/sU5EWOn0VPo, http://www.playvid.com/watch/KAMs04AFrIa, http://www.playvid.com/watch/44WleMlnTpS,
http://www.playvid.com/watch/yp6K3QM9H1Q, http://www.playvid.com/watch/0t05vBKUMtx, http://www.playvid.com/watch/sYKJR34CyxM,
http://www.playvid.com/watch/u-EWVXN9EeL, http://www.playvid.com/watch/KEcVRCXtxXq, http://www.playvid.com/watch/e6JXWUefgZn,
http://www.playvid.com/watch/yKTm7GaAtvN, http://www.playvid.com/watch/5tV2A_EzPxn, http://www.playvid.com/watch/Fkza3gi0JCF,
http://www.playvid.com/watch/kewGFbR34R7, http://www.playvid.com/watch/Fx_BScIoO96, http://www.playvid.com/watch/U4nBLbFMbSv,
http://www.playvid.com/watch/vF_LSqgFvG2, http://www.playvid.com/watch/kJVrt6xn1wp, http://www.playvid.com/watch/8XKs1eEikGc,
http://www.playvid.com/watch/ZzSMfPh2s9R, http://www.playvid.com/watch/dYokviOSXOs, http://www.playvid.com/watch/aG2uL9j_WSO,
http://www.playvid.com/watch/to2IPPPQ2RO, http://www.playvid.com/watch/7tedg8om8zQ, http://www.playvid.com/watch/AOZ8WCtcSes,
http://www.playvid.com/watch/YvrUwozXHfU, http://www.playvid.com/watch/ECtsWJpQBA8, http://www.playvid.com/watch/egyR8WdXsRt,
http://www.playvid.com/watch/A_xNgJTd8Yy, http://www.playvid.com/watch/YmnZhqeJVmA, http://www.playvid.com/watch/K7hQasnltB2,
http://www.playvid.com/watch/WZmmSvX5tsf, http://www.playvid.com/watch/G_qtsgOEXW4, http://www.playvid.com/watch/a98OAueFdSv,
http://www.playvid.com/watch/KG6miB8TPDO, http://www.playvid.com/watch/sDj7PzNt346, http://www.playvid.com/watch/Lvs0oueyEMl,
http://www.playvid.com/watch/jleCldxk58C, http://www.playvid.com/watch/klAt-mrQzW8, http://www.playvid.com/watch/XiaJPeDlAwH,
http://www.playvid.com/watch/ke5LI1C7Pp3, http://www.playvid.com/watch/lO2qYhXlWk4, http://www.playvid.com/watch/er8oYmzdGLf,
http://www.playvid.com/watch/iX_gf8S4KOo, http://www.playvid.com/watch/M9GKy85svgo, http://www.playvid.com/watch/gWDNnC6ldWU,
http://www.playvid.com/watch/PVzmb-Oaqhw, http://www.playvid.com/watch/6ip-sp7eF-s, http://www.playvid.com/watch/BkhgbMIu_WC,
http://www.playvid.com/watch/6ZS4W_DAfoU, http://www.playvid.com/watch/nfqsduVE1t0, http://www.playvid.com/watch/zcmY4ln8Bfp,
http://www.playvid.com/watch/K95wPLk6h6q, http://www.playvid.com/watch/Y344zInbhmj, http://www.playvid.com/watch/43EmmPd_JCC,
http://www.playvid.com/watch/GsSEk0lX6Lm, http://www.playvid.com/watch/JsR-Dot4n0y, http://www.playvid.com/watch/UjG_S6IN8WA,
http://www.playvid.com/watch/FhBQGS834Fu, http://www.playvid.com/watch/YGdVgzS5Mg3, http://www.playvid.com/watch/jimwbiuM_X4,
http://www.playvid.com/watch/ze74mMmOoRW, http://www.playvid.com/watch/o_llFC1FJOU, http://www.playvid.com/watch/Yp_Hn46CGhq,
http://www.playvid.com/watch/5Us4kxA4ZM0, http://www.playvid.com/watch/bHZrjrdM3py, http://www.playvid.com/watch/9nd0SYC-MkA,
http://www.playvid.com/watch/Vj-Oi8gYZWt, http://www.playvid.com/watch/K_QwCFp7VQr, http://www.playvid.com/watch/QlbAoWvQVjx,
http://www.playvid.com/watch/2yt3u8hRfHh, http://www.playvid.com/watch/7aSdjMHLMIC, http://www.playvid.com/watch/kF4QeMcJFdb,
http://www.playvid.com/watch/wlhDKeXvlb2, http://www.playvid.com/watch/DEUFirjpbjd, http://www.playvid.com/watch/EC61jmwG_x0,
http://www.playvid.com/watch/zNY-eUHCB4e, http://www.playvid.com/watch/kt_8x8KikFk, http://www.playvid.com/watch/TkLaSuXXiJY,
http://www.playvid.com/watch/IYlNwcT_FwS, http://www.playvid.com/watch/QKKijtsgh-x, http://www.playvid.com/watch/9nR_I-XZXe5,
http://www.playvid.com/watch/53ebO8oMnPK, http://www.playvid.com/watch/xPCu8EX_5m6, http://www.playvid.com/watch/fOC3MWA384I,
http://www.playvid.com/watch/gsuwTRu24sK, http://www.playvid.com/watch/g2ms9CCCt45, http://www.playvid.com/watch/IeGM2E9s3CK,
http://www.playvid.com/watch/81fZX2qS0iZ, http://www.playvid.com/watch/Tl3LkT75jXC, http://www.playvid.com/watch/bWKhjP3wv9V,
http://www.playvid.com/watch/k_4NSZQv94E, http://www.playvid.com/watch/TUqdvGW9Asa, http://www.playvid.com/watch/3BwBcXGDJ5r,
http://www.playvid.com/watch/RSVp0zy4dlB, http://www.playvid.com/watch/5JD9_a6FTPR, http://www.playvid.com/watch/ouA0EUS5LER,
http://www.playvid.com/watch/CF5X-CyBSb8, http://www.playvid.com/watch/KWZI93G_KW5, http://www.playvid.com/watch/YxfKCRizJDY,
http://www.playvid.com/watch/BSYVmKev97v, http://www.playvid.com/watch/9J3q4cUs4wu, http://www.playvid.com/watch/yEfrJe3BCv6,
http://www.playvid.com/watch/eVQxBB7uhI6, http://www.playvid.com/watch/y0u-_SDGiML, http://www.playvid.com/watch/b3cz35pqv45,
http://www.playvid.com/watch/Ptcc3jUJdk0, http://www.playvid.com/watch/ZevZ7xqNPNJ, http://www.playvid.com/watch/zD5pKIsvNT8,
http://www.playvid.com/watch/AgzL7aoZ3Og, http://www.playvid.com/watch/KEvZlj_jLho, http://www.playvid.com/watch/HXHgMW5a6mQ,
http://www.playvid.com/watch/XD9ySQwZI5R, http://www.playvid.com/watch/cfTMcOJqlNX, http://www.playvid.com/watch/Qr6rZ0w15_U,
http://www.playvid.com/watch/3lSqd32evRl, http://www.playvid.com/watch/5r4MtMS88zb, http://www.playvid.com/watch/lrZeK45o2gH,
http://www.playvid.com/watch/QFVa8POhCjL, http://www.playvid.com/watch/qLt4Gw-Zi97, http://www.playvid.com/watch/h7xzQi-KpFj,
http://www.playvid.com/watch/m5G4VqlNvZZ, http://www.playvid.com/watch/b8Iw7QEO0k0, http://www.playvid.com/watch/5J1I446j5G8,
http://www.playvid.com/watch/GpS1LPS0jq8, http://www.playvid.com/watch/O_gdAaSLvtK, http://www.playvid.com/watch/OQh7Qiv7igX,
http://www.playvid.com/watch/qdJGWx10FHK, http://www.playvid.com/watch/zf7go-hNH8W, http://www.playvid.com/watch/E5pln7UIeRs,
http://www.playvid.com/watch/JV61iw1kc8A, http://www.playvid.com/watch/VX4_Z_16vNk, http://www.playvid.com/watch/H8SyddATGph,
http://www.playvid.com/watch/AP6BD-p3CTw, http://www.playvid.com/watch/SOQDBl9uSPv, http://www.playvid.com/watch/30dQmAoETeu,
http://www.playvid.com/watch/zqVSG7aa3fE, http://www.playvid.com/watch/CtdP_Vh8zDQ, http://www.playvid.com/watch/4XgxrAY7nLr,
http://www.playvid.com/watch/HcKWOz0CwP8, http://www.playvid.com/watch/Tu_mpyuY8Fj, http://www.playvid.com/watch/AKAMWci06ZJ,
http://www.playvid.com/watch/ERtJLtteH3l, http://www.playvid.com/watch/qMJiHDeb1FF, http://www.playvid.com/watch/a5GqgRmOwha,
http://www.playvid.com/watch/4Mgjx2dbg8U, http://www.playvid.com/watch/76NVwlHidZI, http://www.playvid.com/watch/3W8RC2HCMQ2,
http://www.playvid.com/watch/BfhNJaI6qyw, http://www.playvid.com/watch/5jsDlD2bSRH, http://www.playvid.com/watch/Wvo9H4p5nUA,

http://www.playvid.com/watch/YwMsJ_XD9CQ, http://www.playvid.com/watch/RHCYnhtoLzV, http://www.playvid.com/watch/xELZ-7MYmQN,
http://www.playvid.com/watch/kpojlibOASF, http://www.playvid.com/watch/d6jIFTuAK2j, http://www.playvid.com/watch/Nni0v4cr2Vx,
http://www.playvid.com/watch/nEUQ64emyqp, http://www.playvid.com/watch/I-rJhKqGrG0, http://www.playvid.com/watch/aqqQBPWxPfU,
http://www.playvid.com/watch/Snkqz79TDsW, http://www.playvid.com/watch/qesU1p8L6VN, http://www.playvid.com/watch/B2nBFWlIygW,
http://www.playvid.com/watch/3YoJiuOuWLE, http://www.playvid.com/watch/adH_gOQAUiV, http://www.playvid.com/watch/JKnv4PKDOQu,
http://www.playvid.com/watch/BRRZsjZ-P97, http://www.playvid.com/watch/I0mEapL6mQT, http://www.playvid.com/watch/bDWtGk6sb9Z,
http://www.playvid.com/watch/OkAGOTWIU9E, http://www.playvid.com/watch/g9994Cn3D-B, http://www.playvid.com/watch/sDYGp3sAZbj,
http://www.playvid.com/watch/HAUFF5XvydQ, http://www.playvid.com/watch/BpcFlb8JhHq, http://www.playvid.com/watch/KQGUAqz2Gqg,
http://www.playvid.com/watch/5obx6VYFT8C, http://www.playvid.com/watch/qBSEBzp7JdN, http://www.playvid.com/watch/MKvqF_mxP_V,
http://www.playvid.com/watch/zl0LjcBDOdH, http://www.playvid.com/watch/Ope_EvOCNNB, http://www.playvid.com/watch/Of7j-njT_pF,
http://www.playvid.com/watch/qQylIiNF5qq, http://www.playvid.com/watch/wFbhG_YqMZy, http://www.playvid.com/watch/vvz3LsBQoFR,
http://www.playvid.com/watch/avaUg-rRlvm, http://www.playvid.com/watch/hw61Xe95bGN, http://www.playvid.com/watch/yF33-bugTOb,
http://www.playvid.com/watch/6t1hQ2flw5I, http://www.playvid.com/watch/bgfa6tTsaV7, http://www.playvid.com/watch/bVTS-ZR3A4z,
http://www.playvid.com/watch/EtzDkMy3OGz, http://www.playvid.com/watch/0bO1XDLYVyc, http://www.playvid.com/watch/Dv0fVDINoiw,
http://www.playvid.com/watch/Uy9nDVw-_uc, http://www.playvid.com/watch/dxAbmchpfgX, http://www.playvid.com/watch/uubgjpfDpDk,
http://www.playvid.com/watch/8SnQ0brg1Eg, http://www.playvid.com/watch/7YMVi-VEZQd, http://www.playvid.com/watch/qEynQIfB2JV,
http://www.playvid.com/watch/R0SFwd-dG-L, http://www.playvid.com/watch/BTaMy8lst0w, http://www.playvid.com/watch/ABQni4RgPqE,
http://www.playvid.com/watch/wBvkxs5Mi_F, http://www.playvid.com/watch/VkJ32ynQhMD, http://www.playvid.com/watch/nWpEHamrmvE,
http://www.playvid.com/watch/xd-gI08Pq0L, http://www.playvid.com/watch/7kOgXMoQico, http://www.playvid.com/watch/rM1QDK6L2C3,
http://www.playvid.com/watch/ZbIKWaLQcjA, http://www.playvid.com/watch/qj_0TV5ub5C, http://www.playvid.com/watch/Xd0PV9ZIBVm,
http://www.playvid.com/watch/pxqHWWbZb4S, http://www.playvid.com/watch/TfEzUugZ7GA, http://www.playvid.com/watch/f85hSRlDkPQ,
http://www.playvid.com/watch/92eqjaR8Lb0, http://www.playvid.com/watch/sbI0C4vILzg, http://www.playvid.com/watch/AREgw07yVqi,
http://www.playvid.com/watch/lrLmMTxy4QX, http://www.playvid.com/watch/sOzFAixA-rP, http://www.playvid.com/watch/uSV-IPQ88UU,
http://www.playvid.com/watch/Z7IkUgpSaIx, http://www.playvid.com/watch/ooy_Dwq9OeH, http://www.playvid.com/watch/DcJe0sO3SGX,
http://www.playvid.com/watch/DeGiVv4FnGn, http://www.playvid.com/watch/tvk6O2muNup, http://www.playvid.com/watch/ekoZvi2S1X4,
http://www.playvid.com/watch/Xi741pc-9YG, http://www.playvid.com/watch/iDJ6jLaBTrF, http://www.playvid.com/watch/xeHL6IbZEUW,
http://www.playvid.com/watch/Zcg2Nb3nIGc, http://www.playvid.com/watch/afbBPKjsL59, http://www.playvid.com/watch/HUJdnL6FOIM,
http://www.playvid.com/watch/uQDrt_nl3DS, http://www.playvid.com/watch/3FbxBnW19be, http://www.playvid.com/watch/hzLLMPB5KeD,
http://www.playvid.com/watch/tuydphmSnQn, http://www.playvid.com/watch/je8wRTA-06H, http://www.playvid.com/watch/9Lf-Ily3v0i,
http://www.playvid.com/watch/zNVASMns5dT, http://www.playvid.com/watch/r1Uyobzvbra, http://www.playvid.com/watch/B9dfw1hR8Wo,
http://www.playvid.com/watch/BUeP2cG4wEx, http://www.playvid.com/watch/bmt7Huuld_F, http://www.playvid.com/watch/MTJyU1WvXNS,
http://www.playvid.com/watch/GYbkpLhlNJy, http://www.playvid.com/watch/D_FyFsmfs6Z, http://www.playvid.com/watch/wbJTkjY2MPr,
http://www.playvid.com/watch/y3CrRjYPejF, http://www.playvid.com/watch/zkWCm0Y2skq, http://www.playvid.com/watch/Gn-5JM5Qk03,
http://www.playvid.com/watch/cq0zcj8K9QR, http://www.playvid.com/watch/T3Wxkaffuu3, http://www.playvid.com/watch/XV7kaYyJLmj,
http://www.playvid.com/watch/SmkhcdRd3Im, http://www.playvid.com/watch/3-kC8it5Tdc, http://www.playvid.com/watch/aup-sOKm6WU,
http://www.playvid.com/watch/F691kThmdAd, http://www.playvid.com/watch/JnWOMvmdfna, http://www.playvid.com/watch/vAuxofXYcit,
http://www.playvid.com/watch/NO7bN3D-_Uq, http://www.playvid.com/watch/BmxbJwVK2h3, http://www.playvid.com/watch/XdHsW67mjav,
http://www.playvid.com/watch/2bAzF_sAPwS, http://www.playvid.com/watch/Qb1UP61rU_Q, http://www.playvid.com/watch/7P4bvPVq4LE,
http://www.playvid.com/watch/cSMR46pY6mq, http://www.playvid.com/watch/u84JxRlj0Lv, http://www.playvid.com/watch/qWtbz_lMuyY,
http://www.playvid.com/watch/6EnG4uxwb9p, http://www.playvid.com/watch/JZKxGaRvtAn, http://www.playvid.com/watch/C6rnlohjXAY,
http://www.playvid.com/watch/FRkoDzbyQ6k, http://www.playvid.com/watch/6PsYmxe8mTj, http://www.playvid.com/watch/n0ApJV0PaaW,
http://www.playvid.com/watch/9vcJT4-Kxor, http://www.playvid.com/watch/4oy9UL6nwMN, http://www.playvid.com/watch/QluuFd02Q77,
http://www.playvid.com/watch/r0zFa6vfi7y, http://www.playvid.com/watch/dqwRhqZMmB3, http://www.playvid.com/watch/GRjtIJ7Jg1x,
http://www.playvid.com/watch/5xcWcucaV3E, http://www.playvid.com/watch/0qZnUvrS04d, http://www.playvid.com/watch/xpxK7YN984I,
http://www.playvid.com/watch/e6FOKFaR4Yj, http://www.playvid.com/watch/9z2ubpl0NEH, http://www.playvid.com/watch/838qrJIKmcQ,
http://www.playvid.com/watch/D-yzhPZ6dWx, http://www.playvid.com/watch/DLernGu2Bva, http://www.playvid.com/watch/HwHY1xVTTWh,
http://www.playvid.com/watch/uyMbl9KGzpj, http://www.playvid.com/watch/ml5N3oUAnyR, http://www.playvid.com/watch/qigosxUodqM,
http://www.playvid.com/watch/GdS-iqZJHdn, http://www.playvid.com/watch/dRGo6BQtOiU, http://www.playvid.com/watch/e3VGeSFMRec,
http://www.playvid.com/watch/cYc_W0yUTg0, http://www.playvid.com/watch/b37zSeUKAyM, http://www.playvid.com/watch/6bqWo09WdVZ,
http://www.playvid.com/watch/UyJF9bJZ50K, http://www.playvid.com/watch/elh_Ho5ifmK, http://www.playvid.com/watch/2XTNjoIK_45,
http://www.playvid.com/watch/54lYBw9BlEr, http://www.playvid.com/watch/zUYU-S0mIJi, http://www.playvid.com/watch/kO12dZ--Ftz,
http://www.playvid.com/watch/clviAY15r_y, http://www.playvid.com/watch/Xca3D-KILdV, http://www.playvid.com/watch/EHxtwFFkhns,
http://www.playvid.com/watch/BixgGaNuPkF, http://www.playvid.com/watch/0mszqA2DQ08, http://www.playvid.com/watch/hPbNQC4km64,
http://www.playvid.com/watch/kOmyaaLLX1W, http://www.playvid.com/watch/x7LcWaitooq, http://www.playvid.com/watch/7G0fOp6_T0r,
http://www.playvid.com/watch/Mq8uhhxE9Ky, http://www.playvid.com/watch/qx8YcxwzL0H, http://www.playvid.com/watch/BNd429f1uOW,
http://www.playvid.com/watch/9no0l2Ge8A2, http://www.playvid.com/watch/JMpAIbM9KQK, http://www.playvid.com/watch/FPJaQUMOybF,
http://www.playvid.com/watch/9FdpImUSjTw, http://www.playvid.com/watch/BWWlDcvnzad, http://www.playvid.com/watch/0ua4PwlU4Da,
http://www.playvid.com/watch/tD-ATWjfh5d, http://www.playvid.com/watch/hKCMV9ipTED, http://www.playvid.com/watch/4wT6UgFzpBB,
http://www.playvid.com/watch/vcLaMBUYUGZ, http://www.playvid.com/watch/zN1qL8waCmH, http://www.playvid.com/watch/Gx1epy6m5k2,
http://www.playvid.com/watch/A_6cz3L3sWQ, http://www.playvid.com/watch/NOT4PmFVD6l, http://www.playvid.com/watch/c2_JqfDnreX,
http://www.playvid.com/watch/tnOlKJxPoMN, http://www.playvid.com/watch/mFZ9w3EOt87, http://www.playvid.com/watch/Iukv2NXJ9VH,
http://www.playvid.com/watch/kPBkUWRhXNU, http://www.playvid.com/watch/qnS-d0-XooC, http://www.playvid.com/watch/T94_D4BnqLD,
http://www.playvid.com/watch/0PA1xRZYrdF, http://www.playvid.com/watch/pY8ckCkKFzb, http://www.playvid.com/watch/W9H8Wg9gNzZ,
http://www.playvid.com/watch/dOsI53Wm7II, http://www.playvid.com/watch/39KvBokusiu, http://www.playvid.com/watch/tOeG5Ab1SF8,
http://www.playvid.com/watch/TRNaf9ET6RB, http://www.playvid.com/watch/PxYspqs7ciA, http://www.playvid.com/watch/cTbcmjbNVF8,
http://www.playvid.com/watch/xeL8dZTo51B, http://www.playvid.com/watch/Hyx8OSRpJJ6, http://www.playvid.com/watch/RbZp3YUjiZZ,
http://www.playvid.com/watch/bQ2EgEtxV3r, http://www.playvid.com/watch/N1Zrs1bOznv, http://www.playvid.com/watch/KJ_A9dujDVS,
http://www.playvid.com/watch/dpaGRFRE4Bp, http://www.playvid.com/watch/B5h3cJ4MP2R, http://www.playvid.com/watch/SiaZ7lWSj14,
http://www.playvid.com/watch/NFrf9BsPCQx, http://www.playvid.com/watch/beZpukpgJz3, http://www.playvid.com/watch/hhXfro9DJho,
http://www.playvid.com/watch/k8PmhXhqkxb, http://www.playvid.com/watch/Vx5zC5EgdrN, http://www.playvid.com/watch/Eh9-Ztn4GTN,
http://www.playvid.com/watch/sT_FZBJKnTV, http://www.playvid.com/watch/MeEwRA2eKDE, http://www.playvid.com/watch/UCog1OSIFXG,
http://www.playvid.com/watch/5z63KwyrcrG, http://www.playvid.com/watch/abI98P3pWnV, http://www.playvid.com/watch/ov_nes5prIF,
http://www.playvid.com/watch/IUPJ76jHd8A, http://www.playvid.com/watch/LjzYte_N54N, http://www.playvid.com/watch/LBkB1ZV-hYi,
http://www.playvid.com/watch/ygd40lvKPUc, http://www.playvid.com/watch/mrOkXPsA0iN, http://www.playvid.com/watch/kSU8NPFOGMO,
http://www.playvid.com/watch/VQ0IFpa6plv, http://www.playvid.com/watch/dPZPTrAnQQh, http://www.playvid.com/watch/vNEJEf1VRjQ,
http://www.playvid.com/watch/lq06Y_UsBDu, http://www.playvid.com/watch/YHcUs-4k9nn, http://www.playvid.com/watch/SMaA2AqecEe,
http://www.playvid.com/watch/iI-kWhL5rZb, http://www.playvid.com/watch/glY0SkVaLQR, http://www.playvid.com/watch/CFgxA_ipaoj,
http://www.playvid.com/watch/bVXv0IqjN7z, http://www.playvid.com/watch/a6_3hZelSoZ, http://www.playvid.com/watch/lFOD0jGkm2b,
http://www.playvid.com/watch/FyjQj0Myrdn, http://www.playvid.com/watch/r76jusd_tdH, http://www.playvid.com/watch/QCohReyO6pO,
http://www.playvid.com/watch/O9H5Zn-XB_a, http://www.playvid.com/watch/rcYialUBnwi, http://www.playvid.com/watch/20xARQwc0lk,
http://www.playvid.com/watch/iAc8bPNdae0, http://www.playvid.com/watch/3wandiQQKn8, http://www.playvid.com/watch/Rt4llC0Uhdh,
http://www.playvid.com/watch/ZNfp4EP8VxN, http://www.playvid.com/watch/Wvf5kZRMSCn, http://www.playvid.com/watch/hgRD2klozDz,
http://www.playvid.com/watch/cr2RZstJcdl, http://www.playvid.com/watch/coT5_Bb7zHt, http://www.playvid.com/watch/knnyEC6g5xZ,
http://www.playvid.com/watch/YntUbc2tmXb, http://www.playvid.com/watch/OcFAhrzn_87, http://www.playvid.com/watch/KNcmLLGW4FM,
http://www.playvid.com/watch/JJbsZsHeWTp, http://www.playvid.com/watch/f340t_Bv0Dz, http://www.playvid.com/watch/jbI52-8QBvE,
http://www.playvid.com/watch/uV8dlOzOBvc, http://www.playvid.com/watch/gZVhafLjXhg, http://www.playvid.com/watch/eOeYs7ZgvIT,
http://www.playvid.com/watch/zux7yGRNEwJ, http://www.playvid.com/watch/JlH0OUoFnOh, http://www.playvid.com/watch/x24FIgKKeqh,
http://www.playvid.com/watch/Vt_fOWlpAYI, http://www.playvid.com/watch/GhJ_eBVNpWH, http://www.playvid.com/watch/PZ1RvVfMhKO,
http://www.playvid.com/watch/VkxkYCm3B9c, http://www.playvid.com/watch/lgXTnDXk0CW, http://www.playvid.com/watch/PVymp7aZcbL,
http://www.playvid.com/watch/KRIzjKWImfR, http://www.playvid.com/watch/LQmud2kn1DF, http://www.playvid.com/watch/4lKzNcm9xy3,
http://www.playvid.com/watch/9BNQ3biqBlO, http://www.playvid.com/watch/Yd518zEYgNG, http://www.playvid.com/watch/R4wG_lFcTqT,
http://www.playvid.com/watch/nOCFkCtULY2, http://www.playvid.com/watch/Bc9cpzPRNuE, http://www.playvid.com/watch/AXJASmLidRj,
http://www.playvid.com/watch/doPhjaTdhNa, http://www.playvid.com/watch/CmVqehGwCjI, http://www.playvid.com/watch/N9BzXLVQp9x,
http://www.playvid.com/watch/71e7uJGlRK0, http://www.playvid.com/watch/tXNmhLn_tFa, http://www.playvid.com/watch/PJRr5BMYpii,
http://www.playvid.com/watch/44A8bgBY5Bz, http://www.playvid.com/watch/MnRGpzzudEE, http://www.playvid.com/watch/F_jC1bGblEh,
http://www.playvid.com/watch/mvFv01o3WXa, http://www.playvid.com/watch/ALbzXgSIkty, http://www.playvid.com/watch/TijYQUImg62,

http://www.playvid.com/watch/OAUc2qW6km7, http://www.playvid.com/watch/8tgby-xsagA, http://www.playvid.com/watch/jVIl-9Z9b9B,
http://www.playvid.com/watch/l2NVPzSCy1E, http://www.playvid.com/watch/CzmKSAnGke0, http://www.playvid.com/watch/XLNJg1Wxjys,
http://www.playvid.com/watch/DMeu5iYQBTF, http://www.playvid.com/watch/BKgWJd7tp7V, http://www.playvid.com/watch/FCW81o0Bype,
http://www.playvid.com/watch/vB27ew5llTZ, http://www.playvid.com/watch/Nu5Tri_bTbn, http://www.playvid.com/watch/T8gYmxUFEAF,
http://www.playvid.com/watch/cKq3gabdlIp, http://www.playvid.com/watch/Awn0Z-SEZQ6, http://www.playvid.com/watch/IxdwiuefdQo,
http://www.playvid.com/watch/CHnuSuT1hQp, http://www.playvid.com/watch/Cl0JqtkGTa2, http://www.playvid.com/watch/iDyTuO0t0Ji,
http://www.playvid.com/watch/5ONwIYXjS1P, http://www.playvid.com/watch/461kX-FEfNI, http://www.playvid.com/watch/Cw7NE-JZONL,
http://www.playvid.com/watch/HQxNKZO_eZY, http://www.playvid.com/watch/QqY5yrsb0lV, http://www.playvid.com/watch/BOi_lx-aVqD,
http://www.playvid.com/watch/WbBfsL-795E, http://www.playvid.com/watch/zpvBCzfN5fc, http://www.playvid.com/watch/iHrgEpxCizf,
http://www.playvid.com/watch/PfUZ3PPInxB, http://www.playvid.com/watch/a3IukmJaqtB, http://www.playvid.com/watch/CO91mI2cwt5,
http://www.playvid.com/watch/C2zTxrytueD, http://www.playvid.com/watch/WzZv-qXiQc9, http://www.playvid.com/watch/Vckubcv7Gmb,
http://www.playvid.com/watch/IoyTs21rmug, http://www.playvid.com/watch/Fs6d3xNuh4j, http://www.playvid.com/watch/IG6UcEhOtCc,
http://www.playvid.com/watch/rRCMvwKuALa, http://www.playvid.com/watch/R1GsHeFIUD7, http://www.playvid.com/watch/EUKYF36uQ7c,
http://www.playvid.com/watch/6JxQaFMunng, http://www.playvid.com/watch/ePqhtLYjE7W, http://www.playvid.com/watch/CVP4I2dBs4L,
http://www.playvid.com/watch/us5JXibliWp, http://www.playvid.com/watch/5MpDeNkQ4Zr, http://www.playvid.com/watch/AtRWldPrHBv,
http://www.playvid.com/watch/3Alr8-DATzq, http://www.playvid.com/watch/Tyjws89xAVC, http://www.playvid.com/watch/aFNCBo5Xlkc,
http://www.playvid.com/watch/He9e4Z6tUuR, http://www.playvid.com/watch/ZjjgJy6KOZB, http://www.playvid.com/watch/0oQT1aszFD7,
http://www.playvid.com/watch/GghNJcN10qj, http://www.playvid.com/watch/QWa8eU2f3lA, http://www.playvid.com/watch/WBbfMfdpMzu,
http://www.playvid.com/watch/HiecpmTR_bL, http://www.playvid.com/watch/9tYq4IQmX3A, http://www.playvid.com/watch/5a74Rbmd8qL,
http://www.playvid.com/watch/2FisNN2LjJF, http://www.playvid.com/watch/LT9yRU5gtnL, http://www.playvid.com/watch/CqbtBeT-oku,
http://www.playvid.com/watch/YWyM8cgAybs, http://www.playvid.com/watch/co3vvWUbVNx, http://www.playvid.com/watch/O_SeS5hnSoq,
http://www.playvid.com/watch/7U7xBX9HMSs, http://www.playvid.com/watch/W02GgPCB9Rg, http://www.playvid.com/watch/jlkEGLhahGv,
http://www.playvid.com/watch/deEEvn4gfwg, http://www.playvid.com/watch/uptARUs-fIE, http://www.playvid.com/watch/Y1dkTT12wfu,
http://www.playvid.com/watch/VyEFKX7lz5E, http://www.playvid.com/watch/6qw7mJJGlJx, http://www.playvid.com/watch/WKamvmFK3Rq,
http://www.playvid.com/watch/aLOBTd7KuzW, http://www.playvid.com/watch/yppo4LdygAu, http://www.playvid.com/watch/Knfr9yUIRXb,
http://www.playvid.com/watch/iOQHXsVx9O4, http://www.playvid.com/watch/au2pvl7R0oM, http://www.playvid.com/watch/oHW6Wv8xwIZ,
http://www.playvid.com/watch/kh7M9M99WkX, http://www.playvid.com/watch/qeeVgjWs5XR, http://www.playvid.com/watch/3a11BC9GVZ0,
http://www.playvid.com/watch/z6QCUB8AM8Q, http://www.playvid.com/watch/BBYsFBBYl3H, http://www.playvid.com/watch/2y2FExyslF2,
http://www.playvid.com/watch/uw5vITxdBQo, http://www.playvid.com/watch/SQ-RQgbOaVS, http://www.playvid.com/watch/cam7V2C2ZJM,
http://www.playvid.com/watch/Tn0IQIUgtBH, http://www.playvid.com/watch/ulsIs2tPpHX, http://www.playvid.com/watch/0mGx6BctvEX,
http://www.playvid.com/watch/41qbe8gl9Nc, http://www.playvid.com/watch/o5Mx2MK_A7s, http://www.playvid.com/watch/hQNqocC84vr,
http://www.playvid.com/watch/FJp0w_RWFuY, http://www.playvid.com/watch/8gUmw1uJEkW, http://www.playvid.com/watch/t3_wzg7UYDO,
http://www.playvid.com/watch/Na-djJIsPHl, http://www.playvid.com/watch/Vcs8qZdShBt, http://www.playvid.com/watch/CobduRfZH_T,
http://www.playvid.com/watch/KZd1zjgQDrM, http://www.playvid.com/watch/weeVqtmzufD, http://www.playvid.com/watch/rTgij9xFOWO,
http://www.playvid.com/watch/GcddD7b5wLC, http://www.playvid.com/watch/deDSOWCPQkg, http://www.playvid.com/watch/sAOaPPZw814,
http://www.playvid.com/watch/sJkoFNXJBeU, http://www.playvid.com/watch/CxP5KRJZ0T7, http://www.playvid.com/watch/r5hwNGy6ju5,
http://www.playvid.com/watch/r9ZxWZIS2M6, http://www.playvid.com/watch/bS7s6xgXkUn, http://www.playvid.com/watch/Xhxni9z6OR7,
http://www.playvid.com/watch/wYGvNseCIdS, http://www.playvid.com/watch/uy17ByVS_BT, http://www.playvid.com/watch/Zyc_K8lhtag,
http://www.playvid.com/watch/aIycblFjbcT, http://www.playvid.com/watch/8mvpyoBEiFO, http://www.playvid.com/watch/FI-lGrgiPvl,
http://www.playvid.com/watch/85_gwZ63r2w, http://www.playvid.com/watch/bkrF3zU5RMO, http://www.playvid.com/watch/vVjgNiZTAE3,
http://www.playvid.com/watch/2V5ipBcDfjZ, http://www.playvid.com/watch/yqE3wmhWtyS, http://www.playvid.com/watch/Y0neVTHZWLY,
http://www.playvid.com/watch/MxkTU5Owovm, http://www.playvid.com/watch/MrkDJJPRVtG, http://www.playvid.com/watch/0B7xLuJTCeS,
http://www.playvid.com/watch/jlqge034srp, http://www.playvid.com/watch/yL16hXU9yIA, http://www.playvid.com/watch/PqqsLwzkM6T,
http://www.playvid.com/watch/6JACltHq3bh, http://www.playvid.com/watch/vshOGGXLsO8, http://www.playvid.com/watch/Bikb66-AO-3,
http://www.playvid.com/watch/Q2jJOExlHz0, http://www.playvid.com/watch/hgB66xuc1lE, http://www.playvid.com/watch/YUU-y8T8TnC,
http://www.playvid.com/watch/izRO66JM9Zj, http://www.playvid.com/watch/q4PmulRhktK, http://www.playvid.com/watch/2LqFUBzv4G8,
http://www.playvid.com/watch/UDrjxuatwBj, http://www.playvid.com/watch/suVyG5L3-ti, http://www.playvid.com/watch/Fzgn0Y4OHJC,
http://www.playvid.com/watch/WYnmmT2xh8q, http://www.playvid.com/watch/INBum3wDYa2, http://www.playvid.com/watch/786gVt7IlXg,
http://www.playvid.com/watch/Fp0dAVgcpAx, http://www.playvid.com/watch/zXrTeHHPdJO, http://www.playvid.com/watch/dsWwD_waxnR,
http://www.playvid.com/watch/t-rTKTxB3Z9, http://www.playvid.com/watch/KsbktuxVUqV, http://www.playvid.com/watch/Ddu1dokkewt,
http://www.playvid.com/watch/rE0dpZcrj4l, http://www.playvid.com/watch/dZnPNuGx6Ud, http://www.playvid.com/watch/Q556i6mvHeY,
http://www.playvid.com/watch/w9hM1fWH480, http://www.playvid.com/watch/HxREeMJFf4H, http://www.playvid.com/watch/Mo-Qi55eU0T,
http://www.playvid.com/watch/miGgZEqu5v7, http://www.playvid.com/watch/w5jS8G8zPCm, http://www.playvid.com/watch/ZDY6_r-yrCg,
http://www.playvid.com/watch/p3k1F6v2c1E, http://www.playvid.com/watch/LH9abX1qJOh, http://www.playvid.com/watch/W2DqYDrHTIu,
http://www.playvid.com/watch/fDgG4BMKbqT, http://www.playvid.com/watch/JDgPp3rm8xv, http://www.playvid.com/watch/Tg9N0tsN830,
http://www.playvid.com/watch/ORt6gzT42Z6, http://www.playvid.com/watch/TNOZ4P0p5w9, http://www.playvid.com/watch/TiK2Z8xpmyE,
http://www.playvid.com/watch/6lFzh0pBNeG, http://www.playvid.com/watch/Pib8jsH9Jmq, http://www.playvid.com/watch/IRrMVLxjx-i,
http://www.playvid.com/watch/rbz0TkS6BAR, http://www.playvid.com/watch/Qe5ncG74Dun, http://www.playvid.com/watch/mD5AtTe4TIU,
http://www.playvid.com/watch/gnOrJmv8nUI, http://www.playvid.com/watch/sj07wFoJLI5, http://www.playvid.com/watch/oj3v6xMpQEP,
http://www.playvid.com/watch/FmiZfl7ohgA, http://www.playvid.com/watch/EuRm1gYdLHb, http://www.playvid.com/watch/stbFb10inIe,
http://www.playvid.com/watch/B00Q56XRu1k, http://www.playvid.com/watch/3roVLvNbC6D, http://www.playvid.com/watch/JVngfbcBrGA,
http://www.playvid.com/watch/FalxEZCDqdt, http://www.playvid.com/watch/uju5hhhjnSl, http://www.playvid.com/watch/Sc00kYcTP0e,
http://www.playvid.com/watch/aPRfVgr-_55, http://www.playvid.com/watch/2eApaEKnP2l, http://www.playvid.com/watch/fV6FB8nvxFa,
http://www.playvid.com/watch/fnutEJsvjX7, http://www.playvid.com/watch/eSE1I62vu5Y, http://www.playvid.com/watch/uuIfehuwEpd,
http://www.playvid.com/watch/KH8AbArbczw, http://www.playvid.com/watch/xPf28bB3nBT, http://www.playvid.com/watch/DoLxRBDxBgN,
http://www.playvid.com/watch/91FrvS-iwHg, http://www.playvid.com/watch/nYG20ExPRkH, http://www.playvid.com/watch/V1_WAHv9z5R,
http://www.playvid.com/watch/LN8j3nkBRbS, http://www.playvid.com/watch/q5Zq6dQZJqA, http://www.playvid.com/watch/YM2HHMP1aLt,
http://www.playvid.com/watch/sw274uVVd9K, http://www.playvid.com/watch/5ci01JAa0-R, http://www.playvid.com/watch/rrIeTMI7Gze,
http://www.playvid.com/watch/K63DlzDtVMr, http://www.playvid.com/watch/eJk6h71C1aB, http://www.playvid.com/watch/WsD39Q-DiqP,
http://www.playvid.com/watch/otoBHPWbe8i, http://www.playvid.com/watch/V9Dhn_mdFYT, http://www.playvid.com/watch/u9T8wvFb5iR,
http://www.playvid.com/watch/WbWPDE9KMW9, http://www.playvid.com/watch/LoG2Tm4rNaV, http://www.playvid.com/watch/O1Q6hxoMYrW,
http://www.playvid.com/watch/x3MP9qUVaqe, http://www.playvid.com/watch/ZnHZnfyBKIH, http://www.playvid.com/watch/VsAno7KNY0n,
http://www.playvid.com/watch/WMQKH7IkbrN, http://www.playvid.com/watch/NEpdL9D6jou, http://www.playvid.com/watch/uCcFym5A-Ga,
http://www.playvid.com/watch/h7uFiCsLgHg, http://www.playvid.com/watch/9QGxlkuQKLF, http://www.playvid.com/watch/Qh_0HrBhy58,
http://www.playvid.com/watch/KOJlCyyii9i, http://www.playvid.com/watch/2VnAF7lL_Kd, http://www.playvid.com/watch/pKwJ5woG5w7,
http://www.playvid.com/watch/wUdfDKc8b5l, http://www.playvid.com/watch/Tq0cu5AJhSH, http://www.playvid.com/watch/KhWThTRS44e,
http://www.playvid.com/watch/ycVeYBErdCA, http://www.playvid.com/watch/rUAvUCzvqUy, http://www.playvid.com/watch/dtI7MHbMZhR,
http://www.playvid.com/watch/qm1rDT0gzjq, http://www.playvid.com/watch/rdfGmPwY6yY, http://www.playvid.com/watch/BkcAq-xmmGN,
http://www.playvid.com/watch/Knyi71TbTz4, http://www.playvid.com/watch/ccbanK_tSkS, http://www.playvid.com/watch/SaclrWyZQTf,
http://www.playvid.com/watch/yK6uYEN0MRb, http://www.playvid.com/watch/rrt2BpQ6Nwz, http://www.playvid.com/watch/6Ju2cH8WsdK,
http://www.playvid.com/watch/D1a3rmzDQMg, http://www.playvid.com/watch/ezrCZWTqHYD, http://www.playvid.com/watch/iu8259Xp8VU,
http://www.playvid.com/watch/9H1mgxUHbja, http://www.playvid.com/watch/nlPAAmc2JFa, http://www.playvid.com/watch/EV1Xq3RCheY,
http://www.playvid.com/watch/sNV5Zo_4yWQ, http://www.playvid.com/watch/4wwp9uG_DJZ, http://www.playvid.com/watch/Wy4VXi8T8Vy,
http://www.playvid.com/watch/fCNDu89jK-J, http://www.playvid.com/watch/b6WjalFUlG7, http://www.playvid.com/watch/PTnykA9k-kA,
http://www.playvid.com/watch/qei3Je7o3hR, http://www.playvid.com/watch/o3YSF1MQNqp, http://www.playvid.com/watch/8A8hXjkHYVN,
http://www.playvid.com/watch/qTx2qvDZRJe, http://www.playvid.com/watch/k63uAjv1RGo, http://www.playvid.com/watch/0qabTS6uY3o,
http://www.playvid.com/watch/X1ZA8SzSwxK, http://www.playvid.com/watch/CB8tL9ikQLA, http://www.playvid.com/watch/n46_FI8RMFa,
http://www.playvid.com/watch/mZVbvmoOTPJ, http://www.playvid.com/watch/MGcJhDOGDkv, http://www.playvid.com/watch/LrSaQzD7Qos,
http://www.playvid.com/watch/kistjVSEP9p, http://www.playvid.com/watch/DmfrFdugelx, http://www.playvid.com/watch/o20s4MGw2L4,
http://www.playvid.com/watch/5S_kw2zqk9B, http://www.playvid.com/watch/FCA1R0Fzl6A, http://www.playvid.com/watch/pos2l8Mx1tD,
http://www.playvid.com/watch/ZvQ0lUN2lNv, http://www.playvid.com/watch/VzmzXlMSfTL, http://www.playvid.com/watch/bcJ4LUeaFSI,
http://www.playvid.com/watch/8fi37CXXNw6, http://www.playvid.com/watch/Pv-zss_wqtJ, http://www.playvid.com/watch/60KZyfIL_NN,
http://www.playvid.com/watch/B1V7JaY2bew, http://www.playvid.com/watch/acGW23_VRwA, http://www.playvid.com/watch/kzq75Y9ailF,
http://www.playvid.com/watch/9qQYd5sOgFP, http://www.playvid.com/watch/M2C8NVigQSm, http://www.playvid.com/watch/PrhJy-66fuv,
http://www.playvid.com/watch/AUZdsNpP2tT, http://www.playvid.com/watch/K5vhUS0dbSc, http://www.playvid.com/watch/ybpvG8MHSra,
http://www.playvid.com/watch/GCl42DI_kQf, http://www.playvid.com/watch/E1brnx56l05, http://www.playvid.com/watch/tNhJ4nRlUQC,

http://www.playvid.com/watch/qvYL3Dc3Oxe, http://www.playvid.com/watch/rjNPsNJ8LUY, http://www.playvid.com/watch/u96IY2XZm5t,
http://www.playvid.com/watch/YPqLZ7NmKkw, http://www.playvid.com/watch/WTYVp1VBa5A, http://www.playvid.com/watch/gxhZ8AF85F7,
http://www.playvid.com/watch/7jzeDbniQTo, http://www.playvid.com/watch/sbNQo4_lrCe, http://www.playvid.com/watch/W_KTkclzKzJ,
http://www.playvid.com/watch/POxH-gRKT53, http://www.playvid.com/watch/uXjXP3l1SN9, http://www.playvid.com/watch/aTKp-t8wKzL,
http://www.playvid.com/watch/TPM14MuC_xi, http://www.playvid.com/watch/lUCsostPCuV, http://www.playvid.com/watch/9zsPcgthodg,
http://www.playvid.com/watch/jSc3yrzmoIM, http://www.playvid.com/watch/7l6i-OgwfOn, http://www.playvid.com/watch/C4MAW8Fbppx,
http://www.playvid.com/watch/VBF-AX3lCDv, http://www.playvid.com/watch/6Zg4mpmoRhV, http://www.playvid.com/watch/Ls0LjYs8AV3,
http://www.playvid.com/watch/92Qw7MirAp7, http://www.playvid.com/watch/P2_jFsdf00J, http://www.playvid.com/watch/RiW77G_EDs8,
http://www.playvid.com/watch/LitNnMsmL13, http://www.playvid.com/watch/RxnNp-zA3L4, http://www.playvid.com/watch/rj_Ze9OW1C5,
http://www.playvid.com/watch/4ZTZ1NXJgl9, http://www.playvid.com/watch/dCzAN7dJ_sP, http://www.playvid.com/watch/m2UUFOd9zXV,
http://www.playvid.com/watch/G-TdrIFMnhy, http://www.playvid.com/watch/u3EtX0k9hgp, http://www.playvid.com/watch/AUU_dEsz7Nu,
http://www.playvid.com/watch/4AQ3vDek7hP, http://www.playvid.com/watch/j_2749gh24k, http://www.playvid.com/watch/n-ActyGt_bU,
http://www.playvid.com/watch/5FatlE8CgbH, http://www.playvid.com/watch/Lfb9fUajemK, http://www.playvid.com/watch/cButBwfjNRI,
http://www.playvid.com/watch/iOBJ93ZjWj8, http://www.playvid.com/watch/I4wcnoVeJWA, http://www.playvid.com/watch/z3cu3XQp7yH,
http://www.playvid.com/watch/JrvG59tHmjP, http://www.playvid.com/watch/Y-nAfqP8ZkL, http://www.playvid.com/watch/z4ui0o902Tb,
http://www.playvid.com/watch/nRY8jR_APjc, http://www.playvid.com/watch/3COs7L4Pwuq, http://www.playvid.com/watch/jnLvW5cl-Ji,
http://www.playvid.com/watch/TMijSTfs3s3, http://www.playvid.com/watch/UtsHqVTaZV7, http://www.playvid.com/watch/e4PpxKqThGz,
http://www.playvid.com/watch/Shw6I7dCGnM, http://www.playvid.com/watch/bp_Pq6kkN3F, http://www.playvid.com/watch/yzcjAv7jbAS,
http://www.playvid.com/watch/8HtUuRSf6n5, http://www.playvid.com/watch/0hNwYR0z0rI, http://www.playvid.com/watch/hTioFPEmoQW,
http://www.playvid.com/watch/6t4HXML-kLx, http://www.playvid.com/watch/R2O2hJYaVOx, http://www.playvid.com/watch/7ol9Jf49pDs,
http://www.playvid.com/watch/3OwgLcNCwLH, http://www.playvid.com/watch/KP-bYx6CLcr, http://www.playvid.com/watch/Ud2HGFQy3Hh,
http://www.playvid.com/watch/7ASD4Q9-iid, http://www.playvid.com/watch/tgdwDVpXvxr, http://www.playvid.com/watch/eImvVp9uN6l,
http://www.playvid.com/watch/hkl3WrDIVWA, http://www.playvid.com/watch/QL-uKItZDHo, http://www.playvid.com/watch/dZ1Rgm6Pe8R,
http://www.playvid.com/watch/NaOf4WIR7Ie, http://www.playvid.com/watch/giSNh8qWK3q, http://www.playvid.com/watch/Zw_uMlusxpr,
http://www.playvid.com/watch/iIfHU7UcMRh, http://www.playvid.com/watch/qb2mTaphFeC, http://www.playvid.com/watch/mK8LbUVfGRv,
http://www.playvid.com/watch/HnveEj9ZaWm, http://www.playvid.com/watch/o5iWPOuFZUO, http://www.playvid.com/watch/OoqeTQPZXyI,
http://www.playvid.com/watch/8oF-ucZ-EBX, http://www.playvid.com/watch/c-urRPEp8uw, http://www.playvid.com/watch/uMnzCPng4gS,
http://www.playvid.com/watch/Fd2TdoHOeRt, http://www.playvid.com/watch/SDbWltpS7dV, http://www.playvid.com/watch/gKYxHC8Wyy8,
http://www.playvid.com/watch/BXDTRzGX2sc, http://www.playvid.com/watch/orst1x6fP03, http://www.playvid.com/watch/byTGA0jZ4ss,
http://www.playvid.com/watch/t-ICK7JNlTx, http://www.playvid.com/watch/sHDSQIzNFOe, http://www.playvid.com/watch/6E9Fs73Bk7T,
http://www.playvid.com/watch/ZKOotJk2yJ6, http://www.playvid.com/watch/kjFzLv4Zuor, http://www.playvid.com/watch/37OrfPU7d3e,
http://www.playvid.com/watch/pVItSJ1gGXG, http://www.playvid.com/watch/VHklIEjp6IK, http://www.playvid.com/watch/YmSEC3CNh3e,
http://www.playvid.com/watch/zOZDNR_wQGp, http://www.playvid.com/watch/dlCeT58Aa1b, http://www.playvid.com/watch/UVDscYeGzQQ,
http://www.playvid.com/watch/dAjg12YdPeK, http://www.playvid.com/watch/mZgzBAecwC3, http://www.playvid.com/watch/PoQcwBAIdjq,
http://www.playvid.com/watch/ZYLG-H8x-8A, http://www.playvid.com/watch/oC-05tt_0ml, http://www.playvid.com/watch/KjPgXMLnCkS,
http://www.playvid.com/watch/M7R9ZNZHHK8, http://www.playvid.com/watch/6UuDZu-qxVP, http://www.playvid.com/watch/c-_Iiz8Fa9s,
http://www.playvid.com/watch/uaTvLWvYaJH, http://www.playvid.com/watch/VDP9K21y2yB, http://www.playvid.com/watch/TsLoZ3pFTN0,
http://www.playvid.com/watch/rTbhvadsHrP, http://www.playvid.com/watch/WszpmWdnZaD, http://www.playvid.com/watch/kpTXnFhrpR7,
http://www.playvid.com/watch/ZJf940P-o3b, http://www.playvid.com/watch/HLySKSvBc9c, http://www.playvid.com/watch/8lzUVoNwlKL,
http://www.playvid.com/watch/rFO8Tp6Duk4, http://www.playvid.com/watch/6sVs9T-C8AV, http://www.playvid.com/watch/tVFafncTURG,
http://www.playvid.com/watch/BdgmsJXQXP4, http://www.playvid.com/watch/aZNwFRnzirp, http://www.playvid.com/watch/j8P6DpmMt5V,
http://www.playvid.com/watch/8Iv09ru3mqa, http://www.playvid.com/watch/prOOW1FDnN9, http://www.playvid.com/watch/ba8ujtPNq1B,
http://www.playvid.com/watch/u0OR1A92-9c, http://www.playvid.com/watch/nh6WKfxjVNM, http://www.playvid.com/watch/zr4eqzX5gKK,
http://www.playvid.com/watch/QbQle6YbvG4, http://www.playvid.com/watch/NxpC52hbhvM, http://www.playvid.com/watch/CzNrcGsjpHB,
http://www.playvid.com/watch/n1aTHgFg6Dw, http://www.playvid.com/watch/zfzOemctKhg, http://www.playvid.com/watch/pOxUUciHuN9,
http://www.playvid.com/watch/afUUP_4kWKG, http://www.playvid.com/watch/jHTw-EZlBWX, http://www.playvid.com/watch/JMvCrtQtGf5,
http://www.playvid.com/watch/uJ_ebVPLxP9, http://www.playvid.com/watch/6ApQhXpDayU, http://www.playvid.com/watch/L3KKNijYG8l,
http://www.playvid.com/watch/OvqKtHwuwVd, http://www.playvid.com/watch/m_5Z1mfo7lM, http://www.playvid.com/watch/ZobM0vBIpqw,
http://www.playvid.com/watch/Wumh5JBYY15, http://www.playvid.com/watch/D_cHNqPnV0Y, http://www.playvid.com/watch/X2xD-00cfVf,
http://www.playvid.com/watch/HnqQYFKZqd7, http://www.playvid.com/watch/JyyX95zG15r, http://www.playvid.com/watch/4U7Lm5xI3Bb,
http://www.playvid.com/watch/ScQe5aPNm_d, http://www.playvid.com/watch/B7hJ5CvWt3i, http://www.playvid.com/watch/nY5aZ8WTHJS,
http://www.playvid.com/watch/0zL0FGNUzCT, http://www.playvid.com/watch/pdUWvfX9hxD, http://www.playvid.com/watch/mSCkY0bbnZ6,
http://www.playvid.com/watch/mJwT5VPCyS2, http://www.playvid.com/watch/Cz6Oi29WtKy, http://www.playvid.com/watch/IcCCIKrrqX2,
http://www.playvid.com/watch/TZLgHCEs02t, http://www.playvid.com/watch/G0zCog0p--6, http://www.playvid.com/watch/MEPXhhAlxgf,
http://www.playvid.com/watch/VdecPiKLImK, http://www.playvid.com/watch/2iDqMQihuM6, http://www.playvid.com/watch/28ydyqE3EPr,
http://www.playvid.com/watch/Tj98SBG7IuC, http://www.playvid.com/watch/TKzwfIkWX6U, http://www.playvid.com/watch/uiXkga_1uTK,
http://www.playvid.com/watch/PhEqDXjBta2, http://www.playvid.com/watch/GoERpy7wrt2, http://www.playvid.com/watch/ht54w93dxyk,
http://www.playvid.com/watch/jhD3-z8amFT, http://www.playvid.com/watch/nyiCPtSD-_B, http://www.playvid.com/watch/KYjoHD_rsHt,
http://www.playvid.com/watch/x3aHiAraagr, http://www.playvid.com/watch/rd4yfR0FcMd, http://www.playvid.com/watch/MNWb-5rtw2Y,
http://www.playvid.com/watch/cOb-zs_cmYW, http://www.playvid.com/watch/9sK23RbQiIR, http://www.playvid.com/watch/mCb6k473e0L,
http://www.playvid.com/watch/8cVkT1wE4dd, http://www.playvid.com/watch/7kUxOQArPxI, http://www.playvid.com/watch/FzvhpMnyExz,
http://www.playvid.com/watch/LgB-gTw2JIB, http://www.playvid.com/watch/3NJmQSfmRmI, http://www.playvid.com/watch/d61B9ueC0q2,
http://www.playvid.com/watch/A_3D6u6ubwX, http://www.playvid.com/watch/v7Wv3FZ_86b, http://www.playvid.com/watch/5JPsMAD4VxT,
http://www.playvid.com/watch/rLPdMIRQnYK, http://www.playvid.com/watch/v2m79MACxIy, http://www.playvid.com/watch/812zMAwaXyH,
http://www.playvid.com/watch/grabTqX6RvO, http://www.playvid.com/watch/F4P9Rnbd1T5, http://www.playvid.com/watch/fX0PdSkJs3O,
http://www.playvid.com/watch/yTZKRQExQ0Z, http://www.playvid.com/watch/mCLDpC92qxS, http://www.playvid.com/watch/kLdTeTC3ksG,
http://www.playvid.com/watch/Op5eNSZRfqp, http://www.playvid.com/watch/nwXpSucuqyZ, http://www.playvid.com/watch/5IkpC0aIq1L,
http://www.playvid.com/watch/U1k57Eq3RGt, http://www.playvid.com/watch/StfokiLvPW3, http://www.playvid.com/watch/WtYIYG6fP23,
http://www.playvid.com/watch/8J_jkoMQDMq, http://www.playvid.com/watch/oCKf7vn7CdP, http://www.playvid.com/watch/Kc0vuJf6s4M,
http://www.playvid.com/watch/XSwcnxS11GN, http://www.playvid.com/watch/GjPg7HcYVmb, http://www.playvid.com/watch/xMipj0TBwDm,
http://www.playvid.com/watch/kfFQWM8RJth, http://www.playvid.com/watch/JESqmWgw_gx, http://www.playvid.com/watch/d3fuFmeQP1J,
http://www.playvid.com/watch/fY4-8G1VHqf, http://www.playvid.com/watch/DFtbbYuWFby, http://www.playvid.com/watch/D5RS7ukU567,
http://www.playvid.com/watch/8YhLoNlVxh4, http://www.playvid.com/watch/jFwCzW7iSxR, http://www.playvid.com/watch/ZlFwO9GkDug,
http://www.playvid.com/watch/qj_jlnsK1pF, http://www.playvid.com/watch/tAPnknNMM0L, http://www.playvid.com/watch/TPMfLay5yHc,
http://www.playvid.com/watch/cfDsh3VJkIS, http://www.playvid.com/watch/VhH2BeU_7TA, http://www.playvid.com/watch/cc38EftTR1O,
http://www.playvid.com/watch/xDlvL7sCm_7, http://www.playvid.com/watch/ksWK5AIDyaH, http://www.playvid.com/watch/rIwhOSfqayd,
http://www.playvid.com/watch/P-CkphnNXvJ, http://www.playvid.com/watch/PAw1_rXrivw, http://www.playvid.com/watch/sKkh5J7qsJd,
http://www.playvid.com/watch/XD1mvilD3IN, http://www.playvid.com/watch/KW3udB5FJmY, http://www.playvid.com/watch/uFOwdoqJnDY,
http://www.playvid.com/watch/vBPPSu3Sxxy, http://www.playvid.com/watch/wnnzJA_wySX, http://www.playvid.com/watch/4paKgayuTMJ,
http://www.playvid.com/watch/Gc3zLUp-S3S, http://www.playvid.com/watch/PU9Nhqfuazf, http://www.playvid.com/watch/ct30gn-mq8M,
http://www.playvid.com/watch/v9gue_wcRBL, http://www.playvid.com/watch/pQlQ0G1RkEa, http://www.playvid.com/watch/hhJn50UqeYj,
http://www.playvid.com/watch/mPQ4H8kmm36, http://www.playvid.com/watch/7yOXad2FPEG, http://www.playvid.com/watch/f6yiFP_WY1g,
http://www.playvid.com/watch/YmLeLRFeMr6, http://www.playvid.com/watch/2_roeuSmybw, http://www.playvid.com/watch/OXTVLIZPoG6,
http://www.playvid.com/watch/q-_UIEsSTbJ, http://www.playvid.com/watch/Q-6aeNTtY6N, http://www.playvid.com/watch/FKeIc97RMLJ,
http://www.playvid.com/watch/KzX5rQYBUgj, http://www.playvid.com/watch/WQlVP836hFL, http://www.playvid.com/watch/KVAEwNHM_WB,
http://www.playvid.com/watch/A7ELZFpkZuF, http://www.playvid.com/watch/TmNjHVxFDyi, http://www.playvid.com/watch/i-40QdeMx05,
http://www.playvid.com/watch/tb69Aqol8Bh, http://www.playvid.com/watch/5QB3UG8H87b, http://www.playvid.com/watch/Q1a7HmrzIk8,
http://www.playvid.com/watch/h6MlXfINbCi, http://www.playvid.com/watch/39b-3UexM_H, http://www.playvid.com/watch/vPjKn5j0SRK,
http://www.playvid.com/watch/w-MnoV4y9ps, http://www.playvid.com/watch/GsdWWQN_1zV, http://www.playvid.com/watch/Az6a5FTdbaM,
http://www.playvid.com/watch/d_pGEegCfqf, http://www.playvid.com/watch/OAEO-bcZ6gx, http://www.playvid.com/watch/Sncw2HauEce,
http://www.playvid.com/watch/29VVQOvHclH, http://www.playvid.com/watch/evV9qq52nxQ, http://www.playvid.com/watch/HEoxSQREWpO,
http://www.playvid.com/watch/x7SM0MvH3KU, http://www.playvid.com/watch/8HNhRR9j8Ro, http://www.playvid.com/watch/LRYICiLqrLX,
http://www.playvid.com/watch/WSqdsv1C4He, http://www.playvid.com/watch/3UynGI5zcvV, http://www.playvid.com/watch/4Umtl8bwhU4,
http://www.playvid.com/watch/sTdT7J6a4fX, http://www.playvid.com/watch/8fhavZ7P6ia, http://www.playvid.com/watch/7-j6jXi9m9K,
http://www.playvid.com/watch/VHTPO08GoPE, http://www.playvid.com/watch/QTKQ-UF9S8f, http://www.playvid.com/watch/ynV4QLk2AbX,
http://www.playvid.com/watch/ZyPeDUYChtx, http://www.playvid.com/watch/dM6mrffOq70, http://www.playvid.com/watch/7K-vmS85nuC,

http://www.playvid.com/watch/iOVuLi8ADf7, http://www.playvid.com/watch/k5paXSXYAE3, http://www.playvid.com/watch/gYgbhLmwDSX,
http://www.playvid.com/watch/MKlCILqihdW, http://www.playvid.com/watch/UiPdPLO2SOO, http://www.playvid.com/watch/4GTvfKqBbua,
http://www.playvid.com/watch/5fYO__324Uz, http://www.playvid.com/watch/Wk3S39-LZIC, http://www.playvid.com/watch/zECZPQfL9FU,
http://www.playvid.com/watch/d_42h6-0CTF, http://www.playvid.com/watch/N-U8GkB4vWh, http://www.playvid.com/watch/TkpxqG6Sj89,
http://www.playvid.com/watch/xqf1CQmY5W6, http://www.playvid.com/watch/KQ6CVmjgues, http://www.playvid.com/watch/pWFY0Ee6iN4,
http://www.playvid.com/watch/id0g5U-uSSZ, http://www.playvid.com/watch/UQvNfi8Vx0s, http://www.playvid.com/watch/RRzPcsqMsUJ,
http://www.playvid.com/watch/ZTfo22VzDoL, http://www.playvid.com/watch/0wBwu20TcaJ, http://www.playvid.com/watch/PyHqExSWUNO,
http://www.playvid.com/watch/0vfhsnFKQx4, http://www.playvid.com/watch/jrRvdS3y0cF, http://www.playvid.com/watch/otwcKpB4HrE,
http://www.playvid.com/watch/x4BNoElht_l, http://www.playvid.com/watch/KMkaMiBziC2, http://www.playvid.com/watch/yUXPH9UL6-m,
http://www.playvid.com/watch/dOxWDXTPS-a, http://www.playvid.com/watch/oF26Xs0rDOC, http://www.playvid.com/watch/pHV76caYv9l,
http://www.playvid.com/watch/nQkE5fzw0MG, http://www.playvid.com/watch/eLHyv9OoAmJ, http://www.playvid.com/watch/OvRAwFZEreq,
http://www.playvid.com/watch/PEmt-wmSCOR, http://www.playvid.com/watch/VldXN5f-qmG, http://www.playvid.com/watch/dWDCXqbcNOf,
http://www.playvid.com/watch/u2R8ypsMLc7, http://www.playvid.com/watch/5w80YQvcDfW, http://www.playvid.com/watch/KRP0_I793xq,
http://www.playvid.com/watch/EDdtpsythya, http://www.playvid.com/watch/KrtyMN4iYBd, http://www.playvid.com/watch/KaQxMgNaDzR,
http://www.playvid.com/watch/RFDnvqX98Eq, http://www.playvid.com/watch/f-IrsSj0S5q, http://www.playvid.com/watch/0YrVIr_495o,
http://www.playvid.com/watch/JUsN0gE5wZq, http://www.playvid.com/watch/a2JG8gyJqrv, http://www.playvid.com/watch/Qhzsomm9XHB,
http://www.playvid.com/watch/8C1303akdH3, http://www.playvid.com/watch/ARMOD1pJKKF, http://www.playvid.com/watch/fBbFJg8mK4I,
http://www.playvid.com/watch/gVP4M2AAoqh, http://www.playvid.com/watch/m_0IE5R2IsL, http://www.playvid.com/watch/h72sgmg8Shv,
http://www.playvid.com/watch/7rW1toCKBsT, http://www.playvid.com/watch/iFTVmqtEkI3, http://www.playvid.com/watch/nE7Ly9WWKNg,
http://www.playvid.com/watch/L3FVhG399Rg, http://www.playvid.com/watch/A3u3BNks5lN, http://www.playvid.com/watch/S2F3Yal_7VQ,
http://www.playvid.com/watch/RTYjosq6R3h, http://www.playvid.com/watch/skXbjs7OtMF, http://www.playvid.com/watch/aKigD3PCnal,
http://www.playvid.com/watch/5pzp_JbrmgK, http://www.playvid.com/watch/IK9qkidYXA3, http://www.playvid.com/watch/3dn0rBZP3TI,
http://www.playvid.com/watch/x1D7khY8HFu, http://www.playvid.com/watch/B3cU2x2BF19, http://www.playvid.com/watch/JWvbw5yoPyF,
http://www.playvid.com/watch/27UswrqE-qE, http://www.playvid.com/watch/zID_Snquyky, http://www.playvid.com/watch/rTewWh2jbgN,
http://www.playvid.com/watch/WZCQrdCJcxq, http://www.playvid.com/watch/TIvGs4cJvQR, http://www.playvid.com/watch/vV-9pv1JpFM,
http://www.playvid.com/watch/Amx17aOeWhu, http://www.playvid.com/watch/DOIx4mPsU80, http://www.playvid.com/watch/2tu7pPD-7yW,
http://www.playvid.com/watch/MfTuIxOIQQl, http://www.playvid.com/watch/vBWGRy5Cv_P, http://www.playvid.com/watch/x6BHk51MWQ8,
http://www.playvid.com/watch/0UGU3HYEhSH, http://www.playvid.com/watch/w3nc926JqKm, http://www.playvid.com/watch/8wTn0BDNymK,
http://www.playvid.com/watch/UJwNvLQ1Imm, http://www.playvid.com/watch/C9XVZS7IExJ, http://www.playvid.com/watch/L1QXYq_E-CA,
http://www.playvid.com/watch/LrAgh1W27OQ, http://www.playvid.com/watch/uCqu9U8hK_x, http://www.playvid.com/watch/PDroqzX8hxQ,
http://www.playvid.com/watch/ZLKdRO3YdYB, http://www.playvid.com/watch/EO5sYNboTh8, http://www.playvid.com/watch/3B9gCVTzmEf,
http://www.playvid.com/watch/sSYnsQvbHzs, http://www.playvid.com/watch/qjrDhWA_2Yw, http://www.playvid.com/watch/RKHMj3IGucW,
http://www.playvid.com/watch/3DgPMxYFcBO, http://www.playvid.com/watch/6jbBDVTuMOh, http://www.playvid.com/watch/WUZ5lEt0aIc,
http://www.playvid.com/watch/RlkC4L8LhGy, http://www.playvid.com/watch/abbeeTrcWMU, http://www.playvid.com/watch/tzDxH_AyOyv,
http://www.playvid.com/watch/i1XSd-skmm2, http://www.playvid.com/watch/8LYOl4_Bo2T, http://www.playvid.com/watch/LNf8Vuu5scS,
http://www.playvid.com/watch/mfd-7r5MyYj, http://www.playvid.com/watch/vQ1YjbVW55y, http://www.playvid.com/watch/e_y8OHWGTlG,
http://www.playvid.com/watch/zp2v9CZfVcm, http://www.playvid.com/watch/t21X2j70xPI, http://www.playvid.com/watch/Det0aZtzL8v,
http://www.playvid.com/watch/N1hlgm60t6B, http://www.playvid.com/watch/zLPpdMVY1cE, http://www.playvid.com/watch/a5MYiJY2MNs,
http://www.playvid.com/watch/mdKFneBLpXV, http://www.playvid.com/watch/RJTw6uHbRng, http://www.playvid.com/watch/Wx7uzexU_SE,
http://www.playvid.com/watch/4i_IQPeGeHv, http://www.playvid.com/watch/7Z8dLiJWlVB, http://www.playvid.com/watch/5ZaQ7C1pKNQ,
http://www.playvid.com/watch/9pqx9kHwdOJ, http://www.playvid.com/watch/UIbaHfRgdug, http://www.playvid.com/watch/kMuRVSXeKfS,
http://www.playvid.com/watch/kduq-5m8INf, http://www.playvid.com/watch/BfuWWfum577, http://www.playvid.com/watch/7A1FRE5X-MD,
http://www.playvid.com/watch/jjzL11UIwDI, http://www.playvid.com/watch/vl3URaXn1Br, http://www.playvid.com/watch/h2hIh1gbzeh,
http://www.playvid.com/watch/uUgJNZKerUl, http://www.playvid.com/watch/QuRF5Lmfjl0, http://www.playvid.com/watch/IlV2_aSTqxt,
http://www.playvid.com/watch/Lo60qsiY0SG, http://www.playvid.com/watch/QigM2cJxtCt, http://www.playvid.com/watch/Wdja-zuXrXV,
http://www.playvid.com/watch/A89iM5Ez2Mq, http://www.playvid.com/watch/AXf9eV21Lr0, http://www.playvid.com/watch/rt42KUER6Tb,
http://www.playvid.com/watch/Y-kKDxlHNft, http://www.playvid.com/watch/v_k9tzmw_9L, http://www.playvid.com/watch/U1ymTkvhlfH,
http://www.playvid.com/watch/BA7pJVv68ws, http://www.playvid.com/watch/ZoeYldEe8bA, http://www.playvid.com/watch/LJs5NiEfQJ0,
http://www.playvid.com/watch/zd5GCIYWYoU, http://www.playvid.com/watch/A_8m7oZsRL8, http://www.playvid.com/watch/o63iO8aEasD,
http://www.playvid.com/watch/3tpllxnyKiQ, http://www.playvid.com/watch/5Bobtxi3goi, http://www.playvid.com/watch/QYXtQfyEZgW,
http://www.playvid.com/watch/aOG4HEYfjg5, http://www.playvid.com/watch/6wgXIeULmdA, http://www.playvid.com/watch/IHA857riIgG,
http://www.playvid.com/watch/bMvi8-g5Sb9, http://www.playvid.com/watch/IOhwGTb2RC9, http://www.playvid.com/watch/FKH7wfqtjgn,
http://www.playvid.com/watch/vDxIIKSbwbB, http://www.playvid.com/watch/oEI15Eo9-hB, http://www.playvid.com/watch/9LpkjyryCTD,
http://www.playvid.com/watch/Aa_i9tDkteJ, http://www.playvid.com/watch/CkeQfuE54R6, http://www.playvid.com/watch/o6uKU2zE_Ii,
http://www.playvid.com/watch/dzhnSvNQvJJ, http://www.playvid.com/watch/RBdEGTUOGnt, http://www.playvid.com/watch/JeOQ3hC0ZwK,
http://www.playvid.com/watch/C9cpO5YcIab, http://www.playvid.com/watch/K33OM18Ao1T, http://www.playvid.com/watch/zloE_4d82gF,
http://www.playvid.com/watch/B_XX2IJDHGw, http://www.playvid.com/watch/w2GYAu0cbEN, http://www.playvid.com/watch/vh-XqH9KcxP,
http://www.playvid.com/watch/SYV7WaBH3eI, http://www.playvid.com/watch/ou-Lwj76nUb, http://www.playvid.com/watch/ePZNbZQHwli,
http://www.playvid.com/watch/TsRxrJVpPQY, http://www.playvid.com/watch/UEEh_glSR4N, http://www.playvid.com/watch/nRbave5mWRm,
http://www.playvid.com/watch/uZLh8JxMmxo, http://www.playvid.com/watch/38K9jaOcNAt, http://www.playvid.com/watch/tOHFmTM1jse,
http://www.playvid.com/watch/yE46oQ7EQY7, http://www.playvid.com/watch/jHegHtq26L5, http://www.playvid.com/watch/psSIPj7vl7O,
http://www.playvid.com/watch/xggUoQ5lq9E, http://www.playvid.com/watch/ncp6beBa0gr, http://www.playvid.com/watch/8g50m1ETKhG,
http://www.playvid.com/watch/rd5_PgesU3H, http://www.playvid.com/watch/TSBZrrbtzbj, http://www.playvid.com/watch/6rrZTJvH6p9,
http://www.playvid.com/watch/D9eq5BlMNO2, http://www.playvid.com/watch/eeC_gW_dp_3, http://www.playvid.com/watch/tcScAAHaDBl,
http://www.playvid.com/watch/2GeSEUlnofr, http://www.playvid.com/watch/e3tvqE4QYHk, http://www.playvid.com/watch/4LEcjFeDyFV,
http://www.playvid.com/watch/SJJ9xoyxu2S, http://www.playvid.com/watch/SXBVphhy1UF, http://www.playvid.com/watch/BZZlcGwrWfi,
http://www.playvid.com/watch/EAm_LyjNd79, http://www.playvid.com/watch/qGWE7buCy-G, http://www.playvid.com/watch/g2uQSozW3zm,
http://www.playvid.com/watch/s_UvtSs93xe, http://www.playvid.com/watch/YIMPCqCaJ8w, http://www.playvid.com/watch/KEz7F6CvN7C,
http://www.playvid.com/watch/a8Xp6f9cPAG, http://www.playvid.com/watch/82UTCpbhdmT, http://www.playvid.com/watch/qqWlVc3kJ3k,
http://www.playvid.com/watch/RwB0mWEAHNz, http://www.playvid.com/watch/kjYflRhCVjJ, http://www.playvid.com/watch/rokND_hoBvx,
http://www.playvid.com/watch/B9KX368iF_6, http://www.playvid.com/watch/L6YyvlCEyUg, http://www.playvid.com/watch/IhEq8D8NxGI,
http://www.playvid.com/watch/CgwX8r_7mgI, http://www.playvid.com/watch/MdtrXbIcULw, http://www.playvid.com/watch/rm4dnnrCAOo,
http://www.playvid.com/watch/EUE-x9PeFCb, http://www.playvid.com/watch/VBOLxOrlJh4, http://www.playvid.com/watch/FpEN8syC30E,
http://www.playvid.com/watch/IIG9rjQQA_I, http://www.playvid.com/watch/tvMiWtHwXGt, http://www.playvid.com/watch/bDiP-XmfzJL,
http://www.playvid.com/watch/c-tUnGjrCGU, http://www.playvid.com/watch/ZTm2KfbqVyG, http://www.playvid.com/watch/lNmXfYCclxu,
http://www.playvid.com/watch/GB_dcm3nza3, http://www.playvid.com/watch/o2NuEFewqo5, http://www.playvid.com/watch/oEizqpo9igf,
http://www.playvid.com/watch/CjZv3ql9-Ta, http://www.playvid.com/watch/H7bxSwdy3zo, http://www.playvid.com/watch/vE5IujRwvfo,
http://www.playvid.com/watch/Z7pGwLPr2_c, http://www.playvid.com/watch/Q5xz1_aWfH5, http://www.playvid.com/watch/HMhYzdBls3L,
http://www.playvid.com/watch/c_0hJotc3dJ, http://www.playvid.com/watch/CIOl5kGTSPp, http://www.playvid.com/watch/c7pg_apm6nK,
http://www.playvid.com/watch/BmRDqJZbQy0, http://www.playvid.com/watch/ZF9MVytojFt, http://www.playvid.com/watch/9FHIH_0udkp,
http://www.playvid.com/watch/0nziGcxnCUn, http://www.playvid.com/watch/SYEwDSAQwoh, http://www.playvid.com/watch/dHh5UrWRlIM,
http://www.playvid.com/watch/aScAfCpUBCv, http://www.playvid.com/watch/mQampHwRcBr, http://www.playvid.com/watch/fCwQhnJ_LQY,
http://www.playvid.com/watch/L2jyoWh-fQP, http://www.playvid.com/watch/ds5IgVpr54S, http://www.playvid.com/watch/47Nxgw5luqB,
http://www.playvid.com/watch/N0EF4CK2Koi, http://www.playvid.com/watch/KWTa5cGfJvf, http://www.playvid.com/watch/lVm9E7Zo-ct,
http://www.playvid.com/watch/SvLXtr93E7r, http://www.playvid.com/watch/fhrPeBf8rCZ, http://www.playvid.com/watch/Djk952LAui9,
http://www.playvid.com/watch/R8MUkGHJ4cg, http://www.playvid.com/watch/KqVhbeVYCbi, http://www.playvid.com/watch/6x2_JhXYZ-C,
http://www.playvid.com/watch/ArKDDMf8oNz, http://www.playvid.com/watch/dC9aQ342F3r, http://www.playvid.com/watch/v5COsP5NcQl,
http://www.playvid.com/watch/Fxt9F4VVwML, http://www.playvid.com/watch/BT928O_-spq, http://www.playvid.com/watch/9sl9BNqT-BQ,
http://www.playvid.com/watch/wtx9AAixaty, http://www.playvid.com/watch/MgsNOHYPPnI, http://www.playvid.com/watch/N97AHOYccJB,
http://www.playvid.com/watch/SEx1sTs5wtl, http://www.playvid.com/watch/EZXUGHBR81i, http://www.playvid.com/watch/rIkTjWOkGhx,
http://www.playvid.com/watch/XudoqjPMBTH, http://www.playvid.com/watch/k8OaH11Dz1C, http://www.playvid.com/watch/s5HZdskpFD9,
http://www.playvid.com/watch/Oaoa4gpBczy, http://www.playvid.com/watch/lCaOps2Z0pm, http://www.playvid.com/watch/jfvQM-raf83,
http://www.playvid.com/watch/jXUWrBfo3Zn, http://www.playvid.com/watch/TG1ikYzMYMa, http://www.playvid.com/watch/lNcRweemujp,
http://www.playvid.com/watch/PB_osPz8-GI, http://www.playvid.com/watch/LockxnoQ5b2, http://www.playvid.com/watch/ET2zbvKCDMW,
http://www.playvid.com/watch/8s1S6K-taKb, http://www.playvid.com/watch/uXeO-o1kPbs, http://www.playvid.com/watch/yFce4iSXZDA,
http://www.playvid.com/watch/WvGAuE2G4zQ, http://www.playvid.com/watch/Rxap0rAnzMn, http://www.playvid.com/watch/2rpDoKhdQy8,

http://www.playvid.com/watch/5L90P8tqho4, http://www.playvid.com/watch/wG9By-ihC0A, http://www.playvid.com/watch/ObfszC6hJUd,
http://www.playvid.com/watch/ILhGDQBk37s, http://www.playvid.com/watch/B_ZdBLBoCZr, http://www.playvid.com/watch/cFuPh0nfd-w,
http://www.playvid.com/watch/D_NqhzaY2lz, http://www.playvid.com/watch/zljkyKv-cvH, http://www.playvid.com/watch/PYOudzavQEf,
http://www.playvid.com/watch/BU_NvYjHiYv, http://www.playvid.com/watch/81wz6jyDexM, http://www.playvid.com/watch/uiNk4IADwnA,
http://www.playvid.com/watch/ywkHEOdmk8Z, http://www.playvid.com/watch/Y99go2HrVCX, http://www.playvid.com/watch/l0gJV06vCKW,
http://www.playvid.com/watch/bfBM8k-GXuu, http://www.playvid.com/watch/JBv6rpGZNMR, http://www.playvid.com/watch/ibuYVg3QChu,
http://www.playvid.com/watch/zP0r_QDLpWW, http://www.playvid.com/watch/p22sj7wSWIm, http://www.playvid.com/watch/ZZhbhJy6rZX,
http://www.playvid.com/watch/Yaqg4hHlEKy, http://www.playvid.com/watch/nLDOm0XrN86, http://www.playvid.com/watch/GCqAYyYFuwS,
http://www.playvid.com/watch/EYbs-y9Ddb4, http://www.playvid.com/watch/oivLTflB-q3, http://www.playvid.com/watch/iHhz6CdPOEz,
http://www.playvid.com/watch/Y1xIQVAiAQL, http://www.playvid.com/watch/vMMi5jUA6C3, http://www.playvid.com/watch/U0DVRi6FKye,
http://www.playvid.com/watch/9FaEWFSimnR, http://www.playvid.com/watch/S2AJVOvDLaW, http://www.playvid.com/watch/U8OqztLaYf0,
http://www.playvid.com/watch/ca7xMiO0-Nn, http://www.playvid.com/watch/Ho5gOiJVMnt, http://www.playvid.com/watch/qbUxvgbNRmN,
http://www.playvid.com/watch/7RZuMGj0whd, http://www.playvid.com/watch/wnm2s7qyXqC, http://www.playvid.com/watch/eBXePI3EkWm,
http://www.playvid.com/watch/bKWBGBmG33L, http://www.playvid.com/watch/ZX-8tkRGjev, http://www.playvid.com/watch/A-IbBUrVfk6,
http://www.playvid.com/watch/hQEUDJjAkRz, http://www.playvid.com/watch/Rafgqg7YCT0, http://www.playvid.com/watch/5TUGpIcBg1Z,
http://www.playvid.com/watch/SmD-YHRbLmQ, http://www.playvid.com/watch/77aeIiIV0X5, http://www.playvid.com/watch/gzQcM6zr3XN,
http://www.playvid.com/watch/qA0sLO9YQ7s, http://www.playvid.com/watch/I8Jeg5WO7bZ, http://www.playvid.com/watch/nxlhvzdNbB0,
http://www.playvid.com/watch/u7SprjNHAyv, http://www.playvid.com/watch/eLxnoAW33Ax, http://www.playvid.com/watch/qporr8V65ED,
http://www.playvid.com/watch/56Gf8Sszqqk, http://www.playvid.com/watch/2NrdDxxqd0p, http://www.playvid.com/watch/NhGa1VOEM-D,
http://www.playvid.com/watch/YPKqs-yF5qh, http://www.playvid.com/watch/H5UxuYGmOsc, http://www.playvid.com/watch/e13tweXdrZ3,
http://www.playvid.com/watch/3XuRBmPLR2F, http://www.playvid.com/watch/BqEAUxl9z6v, http://www.playvid.com/watch/yBLYwf3M5jU,
http://www.playvid.com/watch/eQSq1UXGdOG, http://www.playvid.com/watch/yfN1pE09WjT, http://www.playvid.com/watch/AZtoQpHVlFA,
http://www.playvid.com/watch/PfSNEiOHFMl, http://www.playvid.com/watch/8b8YtDnNTRx, http://www.playvid.com/watch/Qzwf3mLDhNe,
http://www.playvid.com/watch/VWeZg4klpQo, http://www.playvid.com/watch/gEMHlxKDAUC, http://www.playvid.com/watch/DxLcjbpwlxB,
http://www.playvid.com/watch/eOcT-Go3h-h, http://www.playvid.com/watch/c-T2mkbQeUc, http://www.playvid.com/watch/RI1bukGChuw,
http://www.playvid.com/watch/4UMVNqGeBdC, http://www.playvid.com/watch/rWmb1-0fpF3, http://www.playvid.com/watch/FjKIMxG_K9i,
http://www.playvid.com/watch/9uMYgBCViqO, http://www.playvid.com/watch/JFQtEaUZdTa, http://www.playvid.com/watch/os3jkx0Nfdp,
http://www.playvid.com/watch/MEikj5UYw8L, http://www.playvid.com/watch/YWhkzHEf4GI, http://www.playvid.com/watch/9RG5slXALTB,
http://www.playvid.com/watch/SaRm3FRBwyi, http://www.playvid.com/watch/IEew57Ql0HP, http://www.playvid.com/watch/r8DyEcYJFAg,
http://www.playvid.com/watch/wGPbtE8fNNp, http://www.playvid.com/watch/rjn774uikMQ, http://www.playvid.com/watch/Lmif0H4n3nN,
http://www.playvid.com/watch/ItdXZBRp_E7, http://www.playvid.com/watch/qjih9h33Wb0, http://www.playvid.com/watch/fQP1klLtFC5,
http://www.playvid.com/watch/ko8V0OeyQKF, http://www.playvid.com/watch/GwJA29gpAKc, http://www.playvid.com/watch/jFQJwjCiLAW,
http://www.playvid.com/watch/HmlnPr7-VR8, http://www.playvid.com/watch/tJbw_0IdQhK, http://www.playvid.com/watch/3CbB4Y2W2yc,
http://www.playvid.com/watch/MwoSFHBkJAn, http://www.playvid.com/watch/tfXyJLtPq7C, http://www.playvid.com/watch/u2VGR2PhkSK,
http://www.playvid.com/watch/pmpwoSmgytV, http://www.playvid.com/watch/j5-FIhD2f9G, http://www.playvid.com/watch/3-dYa5crFqR,
http://www.playvid.com/watch/Jl1DaRLaFt6, http://www.playvid.com/watch/bJphVh8wqvb, http://www.playvid.com/watch/uTegGjeoLaD,
http://www.playvid.com/watch/vcq91cqTG7x, http://www.playvid.com/watch/HQ4X8BqlzQd, http://www.playvid.com/watch/9fl2rFXKU_T,
http://www.playvid.com/watch/ydAnhntwYKF, http://www.playvid.com/watch/0WHJG1bh1jc, http://www.playvid.com/watch/gAZWHuGExdZ,
http://www.playvid.com/watch/AsSb-FqkKVS, http://www.playvid.com/watch/PmvYs8X3-dT, http://www.playvid.com/watch/0JFP3ajDCpX,
http://www.playvid.com/watch/Spy4kV5TLZT, http://www.playvid.com/watch/LiVOQ0uSMNj, http://www.playvid.com/watch/2TRp3tQyjsh,
http://www.playvid.com/watch/pFZzPN5DfRQ, http://www.playvid.com/watch/4hrEirsCGDR, http://www.playvid.com/watch/eEIK9oKleVF,
http://www.playvid.com/watch/I1F0M1V4k72, http://www.playvid.com/watch/UY8o1anyql6, http://www.playvid.com/watch/2TSKpk9S0aK,
http://www.playvid.com/watch/SkE_IL7NZ4R, http://www.playvid.com/watch/Gah5UODRwTD, http://www.playvid.com/watch/ntXN87mPsG0,
http://www.playvid.com/watch/pJ7i4fZMkYb, http://www.playvid.com/watch/0tXz8dhkbsH, http://www.playvid.com/watch/YgDpddqffdK,
http://www.playvid.com/watch/HqVQwzP_6JJ, http://www.playvid.com/watch/fI0WJp_BsBV, http://www.playvid.com/watch/kBrBzRFyhda,
http://www.playvid.com/watch/rBuSYr7h0B0, http://www.playvid.com/watch/dCrGGLJk8Jv, http://www.playvid.com/watch/tf8P7inPpCZ,
http://www.playvid.com/watch/9jYRowbzeV0, http://www.playvid.com/watch/qmFRMzanCeU, http://www.playvid.com/watch/y8Q9UpLCtHN,
http://www.playvid.com/watch/ZBVA4u03fbj, http://www.playvid.com/watch/Dl0Mut9Xwgn, http://www.playvid.com/watch/0LsesP7q7Ba,
http://www.playvid.com/watch/iXhM2txoizz, http://www.playvid.com/watch/dlxSqskIY3G, http://www.playvid.com/watch/m67MWa-5heJ,
http://www.playvid.com/watch/oBpilcEfL60, http://www.playvid.com/watch/l27I7DDUIRr, http://www.playvid.com/watch/yuzjqiUSLRS,
http://www.playvid.com/watch/oSw0mV77t88, http://www.playvid.com/watch/mBMQHtQ5-bL, http://www.playvid.com/watch/IBaOSa1O1X5,
http://www.playvid.com/watch/DvlCoEA0nCC, http://www.playvid.com/watch/cAGN2YhVEBi, http://www.playvid.com/watch/5e1JrxOiGdB,
http://www.playvid.com/watch/iLzEIgicd2d, http://www.playvid.com/watch/u38rfBNsEi2, http://www.playvid.com/watch/iW-7ELWbO1D,
http://www.playvid.com/watch/K0JswrKxcP7, http://www.playvid.com/watch/el1R3nf_RsJ, http://www.playvid.com/watch/IAu5QN21fQs,
http://www.playvid.com/watch/IXuft6NVXyb, http://www.playvid.com/watch/xl-5vCVG8VR, http://www.playvid.com/watch/mGOGOrmofeW,
http://www.playvid.com/watch/isbE6uFHaxj, http://www.playvid.com/watch/Wf8ZpjLoir7, http://www.playvid.com/watch/v2KS-gZhXFg,
http://www.playvid.com/watch/KMGzJaXYPhp, http://www.playvid.com/watch/NRxTcG3Sg_j, http://www.playvid.com/watch/pRo1vgNa0w3,
http://www.playvid.com/watch/VFUrhbS16A7, http://www.playvid.com/watch/fUOxOGass1P, http://www.playvid.com/watch/T-TGvUeTpWw,
http://www.playvid.com/watch/5kR3wmTgQJX, http://www.playvid.com/watch/JzCiyrg01M9, http://www.playvid.com/watch/2EBDVOKJTLk,
http://www.playvid.com/watch/OEn4HN4CWaU, http://www.playvid.com/watch/gjO9Zt_Zti7, http://www.playvid.com/watch/Jpa0A3j3cIX,
http://www.playvid.com/watch/dlehqPMO6fB, http://www.playvid.com/watch/O-oC6zWYiwS, http://www.playvid.com/watch/IgKgoySxciG,
http://www.playvid.com/watch/ByxHJYzp9JF, http://www.playvid.com/watch/A61MSnza0io, http://www.playvid.com/watch/cAGf0wV8a_s,
http://www.playvid.com/watch/TUZZqXXNwyD, http://www.playvid.com/watch/sUjsdG9LbIo, http://www.playvid.com/watch/t3kxIKBCx3q,
http://www.playvid.com/watch/0fAulqHpTqj, http://www.playvid.com/watch/fCduu-UZR8A, http://www.playvid.com/watch/WhHSQcrxlbJ,
http://www.playvid.com/watch/ujgGG6Ef9YQ, http://www.playvid.com/watch/chkqLsBUeEX, http://www.playvid.com/watch/EkM46qRpuS6,
http://www.playvid.com/watch/MO_cvi9wJCb, http://www.playvid.com/watch/eFuYhxB55Oa, http://www.playvid.com/watch/NS451e6POF2,
http://www.playvid.com/watch/eD4YE4FwDJY, http://www.playvid.com/watch/LFTDZGBu6J6, http://www.playvid.com/watch/CIcMDF1v_JN,
http://www.playvid.com/watch/LH2ahMx96_N, http://www.playvid.com/watch/fzIWoRNbsN5, http://www.playvid.com/watch/WV5icw7R27T,
http://www.playvid.com/watch/C9nJEjgCHX4, http://www.playvid.com/watch/OsF2IX0NAKy, http://www.playvid.com/watch/PwaHFkEZWqx,
http://www.playvid.com/watch/TraeFzXpfFL, http://www.playvid.com/watch/WxJ9tF5wRw7, http://www.playvid.com/watch/mAagYZbXWMJ,
http://www.playvid.com/watch/clQ4z1ccch6, http://www.playvid.com/watch/ZCo7AZKmIKv, http://www.playvid.com/watch/MssJfq4GaSM,
http://www.playvid.com/watch/tTVvAAozL4F, http://www.playvid.com/watch/wY5DzgcghVM, http://www.playvid.com/watch/suX2zGJAr8a,
http://www.playvid.com/watch/vZWfYt_tc4R, http://www.playvid.com/watch/QzDGykD95Jr, http://www.playvid.com/watch/PLCCK_Xg-fi,
http://www.playvid.com/watch/CxrTPJhtxiG, http://www.playvid.com/watch/FwrV_Optfah, http://www.playvid.com/watch/KhQyJy0vr1z,
http://www.playvid.com/watch/CTXkJlFMyeQ, http://www.playvid.com/watch/BYPxz2lfor4, http://www.playvid.com/watch/wqywLr6zWC9,
http://www.playvid.com/watch/5cu8kbMYhWY, http://www.playvid.com/watch/RPkxN_0sh8m, http://www.playvid.com/watch/35XtSXDigyB,
http://www.playvid.com/watch/Tc6ACbDcFv5, http://www.playvid.com/watch/8-Mw33TZ_mo, http://www.playvid.com/watch/Oaofwq-7Ob0,
http://www.playvid.com/watch/kO5PCJFf1yA, http://www.playvid.com/watch/yP3-36CSnQn, http://www.playvid.com/watch/BL5pnfAqkXp,
http://www.playvid.com/watch/7iqmom4nenq, http://www.playvid.com/watch/zr51aTcuNeZ, http://www.playvid.com/watch/c5nt3PCyCYt,
http://www.playvid.com/watch/ilWvrK8F3Um, http://www.playvid.com/watch/PBFVd5l1h4T, http://www.playvid.com/watch/kj9G3c38oGv,
http://www.playvid.com/watch/pU-qucVi2UL, http://www.playvid.com/watch/CTztR1xhPXW, http://www.playvid.com/watch/akeWvRE2w9a,
http://www.playvid.com/watch/baGvOhp0BS2, http://www.playvid.com/watch/RU49vkmj9Zi, http://www.playvid.com/watch/vu7zRTn3EQQ,
http://www.playvid.com/watch/EtLf7lvefX9, http://www.playvid.com/watch/L7H_Hgo1PW8, http://www.playvid.com/watch/7vt3o7M9a4c,
http://www.playvid.com/watch/Z4OGOtDr9eR, http://www.playvid.com/watch/4wUT1VRxgZG, http://www.playvid.com/watch/8sHUYwxlksU,
http://www.playvid.com/watch/50Baf8MzV5B, http://www.playvid.com/watch/JCKZfCW0boF, http://www.playvid.com/watch/Zj6zlgIPS-y,
http://www.playvid.com/watch/2Z11H9RhCfN, http://www.playvid.com/watch/uGdydGHtzAY, http://www.playvid.com/watch/PNn51w2BYeX,
http://www.playvid.com/watch/vA_CzRNGrkt, http://www.playvid.com/watch/IjoHQ1f_oeK, http://www.playvid.com/watch/g1xf0cDzWcF,
http://www.playvid.com/watch/y2EtoyIAaQN, http://www.playvid.com/watch/E9f0Fub_XXS, http://www.playvid.com/watch/8nu-BIPQ2vC,
http://www.playvid.com/watch/DfhypfHcpb4, http://www.playvid.com/watch/RSnJgh4Zp7f, http://www.playvid.com/watch/x4u45QbOlCV,
http://www.playvid.com/watch/cdhb1lQU4zb, http://www.playvid.com/watch/0qTRL9pWVD0, http://www.playvid.com/watch/bHNt8W6cogJ,
http://www.playvid.com/watch/ygneO8QKtBk, http://www.playvid.com/watch/HW--j3Fxrn7, http://www.playvid.com/watch/VwbVdXF9hDe,
http://www.playvid.com/watch/2caK-nMGVPR, http://www.playvid.com/watch/oISr5hihNcM, http://www.playvid.com/watch/p6X7VpeQfm9,
http://www.playvid.com/watch/ssrkChaID-j, http://www.playvid.com/watch/7pP7HEcw6F3, http://www.playvid.com/watch/XWEogGimSdO,
http://www.playvid.com/watch/XHFD8DumgTv, http://www.playvid.com/watch/zx8XHrltllN, http://www.playvid.com/watch/98GWSl6DW4Z,
http://www.playvid.com/watch/g31k-XDO06N, http://www.playvid.com/watch/lyR77DHjoyK, http://www.playvid.com/watch/kP2VdJ3PwEA,
http://www.playvid.com/watch/Vitpe8af-NH, http://www.playvid.com/watch/5B26aze2hnF, http://www.playvid.com/watch/kc0V15Oxzks,

http://www.playvid.com/watch/nRxrb12kGfL, http://www.playvid.com/watch/P8HNZUqFiSj, http://www.playvid.com/watch/JO6b8WnwMKT, http://www.playvid.com/watch/L0TDHWtiRJ5, http://www.playvid.com/watch/ChsSxbM_l6i, http://www.playvid.com/watch/ykFBw8MPWsl, http://www.playvid.com/watch/pwsYzGDTbe3, http://www.playvid.com/watch/muHgypkFzYc, http://www.playvid.com/watch/DHosCrBvI3H, http://www.playvid.com/watch/0a6jYSServ8, http://www.playvid.com/watch/sBpOGNrRHVX, http://www.playvid.com/watch/q1P_1DMhYJo, http://www.playvid.com/watch/dBnMf1HO3rC, http://www.playvid.com/watch/oYHcmfwpbxS, http://www.playvid.com/watch/2LFzAWODMFc, http://www.playvid.com/watch/JLUNtjD_9Y0, http://www.playvid.com/watch/munWAzTHPlf, http://www.playvid.com/watch/tmlOK9eh9q4, http://www.playvid.com/watch/6SdTMMqX9hL, http://www.playvid.com/watch/JLduwr9DhbO, http://www.playvid.com/watch/yHqgi7QwVZr, http://www.playvid.com/watch/R9zzFR3cmTa, http://www.playvid.com/watch/MLU_JCozc9t, http://www.playvid.com/watch/kluDf0okoOZ, http://www.playvid.com/watch/qKNQRwFA9Xl, http://www.playvid.com/watch/4Vxm5J3Ge_m, http://www.playvid.com/watch/Q_syXjJyhZq, http://www.playvid.com/watch/OTNqkSsyzMI, http://www.playvid.com/watch/gN863UVglE5, http://www.playvid.com/watch/RzQ4o_YGQlk, http://www.playvid.com/watch/ApSmSDdA_v7, http://www.playvid.com/watch/lNMQysPWwiP, http://www.playvid.com/watch/rp0O5d_-HGr, http://www.playvid.com/watch/uR6Xnd6HMgF, http://www.playvid.com/watch/PhEISjYoO5d, http://www.playvid.com/watch/wEAk6P-AUnO, http://www.playvid.com/watch/fZ5fEQthGMz, http://www.playvid.com/watch/Kj6o_BTFkMY, http://www.playvid.com/watch/Igh556_Vglz, http://www.playvid.com/watch/QepxPyU5sA5, http://www.playvid.com/watch/IdMnJC0HwS6, http://www.playvid.com/watch/I0b22RCGgxt, http://www.playvid.com/watch/qw3RhtKiYfF, http://www.playvid.com/watch/EizDyj2TQbS, http://www.playvid.com/watch/oDSe-Kf344s, http://www.playvid.com/watch/LJ0PO0qN4ct, http://www.playvid.com/watch/ruoDLfhDaR0, http://www.playvid.com/watch/3rYJFdUmVFY, http://www.playvid.com/watch/FdxyjjGIJTP, http://www.playvid.com/watch/6LcL7WJVLRE, http://www.playvid.com/watch/ZCYeamOLqU3, http://www.playvid.com/watch/PCCQx2PCknE, http://www.playvid.com/watch/42BNpCCnUrr, http://www.playvid.com/watch/lKJstYhhW8d, http://www.playvid.com/watch/XZq7tBOW-6h, http://www.playvid.com/watch/bnMWbgihzvl, http://www.playvid.com/watch/WbdkCGuEnzB, http://www.playvid.com/watch/oIywn4xQzqH, http://www.playvid.com/watch/sHz03Jzk1tP, http://www.playvid.com/watch/y68RPqIYiN3, http://www.playvid.com/watch/PV9X5kNkD3O, http://www.playvid.com/watch/szM9TEfhudx, http://www.playvid.com/watch/X8AZ3_3fIK5, http://www.playvid.com/watch/BBxjfVt4Ubu, http://www.playvid.com/watch/mT7DfaeG4qu, http://www.playvid.com/watch/pLLbv6UAmut, http://www.playvid.com/watch/aytyCuhlC59, http://www.playvid.com/watch/DWU-7EqfksG, http://www.playvid.com/watch/NlWpJqJx7wb, http://www.playvid.com/watch/ZWkvV4eb9ef, http://www.playvid.com/watch/kWZiSc5KQhH, http://www.playvid.com/watch/ZVD7SBFbEOX, http://www.playvid.com/watch/UcAIZjxvS28, http://www.playvid.com/watch/nM8msaFViIb, http://www.playvid.com/watch/bN98B7QFyVk, http://www.playvid.com/watch/pobwcVrAISK, http://www.playvid.com/watch/JH7y9uOP6Cd, http://www.playvid.com/watch/PIh0bf_uYaX, http://www.playvid.com/watch/g3miJN6FMrc, http://www.playvid.com/watch/8109cTy92P8, http://www.playvid.com/watch/M0FuBYL4S5v, http://www.playvid.com/watch/XAxdrpJVI52, http://www.playvid.com/watch/v8IsecQjIyy, http://www.playvid.com/watch/SboGZeMiFiq, http://www.playvid.com/watch/ZSlP9xTRHYh, http://www.playvid.com/watch/uobUq9Kb12g, http://www.playvid.com/watch/H_NI1il0uzc, http://www.playvid.com/watch/cVDeEVBMTcJ, http://www.playvid.com/watch/VWBgmzbEj2P, http://www.playvid.com/watch/n84Kn3gf7r6, http://www.playvid.com/watch/jfZ0wUKsVAY, http://www.playvid.com/watch/CuSfUq5EJL2, http://www.playvid.com/watch/B4v9HdNvHsn, http://www.playvid.com/watch/bcU-L9Mj5iU, http://www.playvid.com/watch/cL2b83OhYn6, http://www.playvid.com/watch/X0qpFWNMRle, http://www.playvid.com/watch/CHVuWhSTR2n, http://www.playvid.com/watch/PvhCcOifaBM, http://www.playvid.com/watch/eBKf_8O7llg, http://www.playvid.com/watch/SFMDISvl7-a, http://www.playvid.com/watch/4HetMw3caYk, http://www.playvid.com/watch/mW0nU5HmaPQ, http://www.playvid.com/watch/33r_s9klcea, http://www.playvid.com/watch/a8SvEOurX6u, http://www.playvid.com/watch/O7emQbqoGJW, http://www.playvid.com/watch/7KLQ737RWWW, http://www.playvid.com/watch/8G09Yx5y3ZL, http://www.playvid.com/watch/2XieHgsdL7m, http://www.playvid.com/watch/94QQ2KOdcBm, http://www.playvid.com/watch/EcPsg0JCagx, http://www.playvid.com/watch/7gU6eHZCOVQ, http://www.playvid.com/watch/0HF0CkttQhm, http://www.playvid.com/watch/JKSaufVFgSj, http://www.playvid.com/watch/rGr4vmawYyY, http://www.playvid.com/watch/DcoFKI4Xdk7, http://www.playvid.com/watch/uBWYyBrNrV3, http://www.playvid.com/watch/BX_yoc8837I, http://www.playvid.com/watch/fmczJu5-ho4, http://www.playvid.com/watch/NtC6NUFB9Ej, http://www.playvid.com/watch/FXTvVLV7WfT, http://www.playvid.com/watch/7areJddSbaq, http://www.playvid.com/watch/2KyuO9A_7CK, http://www.playvid.com/watch/hnY1jtmreSH, http://www.playvid.com/watch/88FiGbZ5fTB, http://www.playvid.com/watch/Z-zo5vBExy6, http://www.playvid.com/watch/M-20Uze5OvN, http://www.playvid.com/watch/lWAPUBtSWDC, http://www.playvid.com/watch/9h1e8ZeahHa, http://www.playvid.com/watch/2Qey1nemEeG, http://www.playvid.com/watch/yEtPej5lLld, http://www.playvid.com/watch/QWcSXrblulx, http://www.playvid.com/watch/TmjBThAWpGk, http://www.playvid.com/watch/HY-iyXp9Phg, http://www.playvid.com/watch/gEexWvt0z6g, http://www.playvid.com/watch/k4VDEFYuVqv, http://www.playvid.com/watch/hhR1Gqpk7eJ, http://www.playvid.com/watch/0YvR7-NTGcR, http://www.playvid.com/watch/bouofJxt9po, http://www.playvid.com/watch/JXmwBrr6Oga, http://www.playvid.com/watch/oC_lPXBTti9, http://www.playvid.com/watch/owzj3fGADyx, http://www.playvid.com/watch/R3YhUKE2ubc, http://www.playvid.com/watch/UtZKhNElGZf, http://www.playvid.com/watch/3dewVyuGACY, http://www.playvid.com/watch/UVmxYBNGp4I, http://www.playvid.com/watch/nFwHEFXJLCY, http://www.playvid.com/watch/Kpku2vn1XYf, http://www.playvid.com/watch/ZdNyrmtEgjv, http://www.playvid.com/watch/R5jMF3n3v53, http://www.playvid.com/watch/QLp296IZ0rh, http://www.playvid.com/watch/upNRRua3rKP, http://www.playvid.com/watch/c-Ol4sN7R0c, http://www.playvid.com/watch/2DupQMbOafb, http://www.playvid.com/watch/5TC9PmuObDH, http://www.playvid.com/watch/k7Gb41-6kxN, http://www.playvid.com/watch/Hv5zTXA8LEc, http://www.playvid.com/watch/rvB-InvOt-s, http://www.playvid.com/watch/jD0rBlFPinf, http://www.playvid.com/watch/p_O9qxRgMez, http://www.playvid.com/watch/lj1yFLA1Xco, http://www.playvid.com/watch/Lg3rfiQedTw, http://www.playvid.com/watch/sWqrlmTu0hP, http://www.playvid.com/watch/crU92LLsVU7, http://www.playvid.com/watch/muOiQeQ-24s, http://www.playvid.com/watch/fD8P_pU9iPP, http://www.playvid.com/watch/roBd8tPccI0, http://www.playvid.com/watch/seYG03Y-ZJe, http://www.playvid.com/watch/M94Wtm7FdzD, http://www.playvid.com/watch/aUClRMdB2wI, http://www.playvid.com/watch/Kj0W-Ius0tm, http://www.playvid.com/watch/3mEpKtKdIMy, http://www.playvid.com/watch/8kMQn8R4T2j, http://www.playvid.com/watch/waIJXKcEx3i, http://www.playvid.com/watch/b3h8Q3ywV1d, http://www.playvid.com/watch/TdkpC6w-eoZ, http://www.playvid.com/watch/GPyH4b0M70q, http://www.playvid.com/watch/eJHFOcfVeAz, http://www.playvid.com/watch/nlKS2CClr3h, http://www.playvid.com/watch/PUvyUZxs_ub, http://www.playvid.com/watch/Odd3ycBdYEJ, http://www.playvid.com/watch/5dPZFvDW2Ow, http://www.playvid.com/watch/fJKRum79KUZ, http://www.playvid.com/watch/xKI_k3VKIlK, http://www.playvid.com/watch/liie_KaQG3f, http://www.playvid.com/watch/OzrPonMXe4G, http://www.playvid.com/watch/CuU5bP0MRzj, http://www.playvid.com/watch/3ZAAexSqLCT, http://www.playvid.com/watch/IK9K04NOA1P, http://www.playvid.com/watch/X-O-Ascppqb, http://www.playvid.com/watch/DcCkAgIaFVl, http://www.playvid.com/watch/E7lnil0p-_k, http://www.playvid.com/watch/3CVy1Tv-qiz, http://www.playvid.com/watch/HotVHj_ZseO, http://www.playvid.com/watch/MB8Ccke-5kj, http://www.playvid.com/watch/6dvyl2ReneI, http://www.playvid.com/watch/JExSJdb3Qs3, http://www.playvid.com/watch/DEwwQxiy-nT, http://www.playvid.com/watch/A0KS41UA3jr, http://www.playvid.com/watch/kaJYCqcyrn5, http://www.playvid.com/watch/OAcyRO8PPRp, http://www.playvid.com/watch/F-O1ZzE4lxg, http://www.playvid.com/watch/t0F2Ix-w1hH, http://www.playvid.com/watch/gEAAfuPivlp, http://www.playvid.com/watch/Gp9foQG-QKK
5.f. Date of third notice: 2014-01-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Cinneun
5.b. Uploader's email address: Cinneun@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Cinneun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SwwgwiXgx7Y, http://www.playvid.com/watch/SJ4iUef-ErV, http://www.playvid.com/watch/dHF8Zj29dtc, http://www.playvid.com/watch/YuIJf9E0V3P, http://www.playvid.com/watch/rHEur-WQPz0, http://www.playvid.com/watch/m6yEMeU80xh, http://www.playvid.com/watch/jlLVRE-MwVp, http://www.playvid.com/watch/EFWzyIXhCaY, http://www.playvid.com/watch/vQwekJcJMts, http://www.playvid.com/watch/NS3doji8CWn, http://www.playvid.com/watch/rQBCbCTfjF2, http://www.playvid.com/watch/R37sMKJDBsG, http://www.playvid.com/watch/K0ha-pWuiOw, http://www.playvid.com/watch/-GiwKoXNP7V, http://www.playvid.com/watch/TaKCFG2ahXu, http://www.playvid.com/watch/hD5gZOzpgD8, http://www.playvid.com/watch/087aG0afltv, http://www.playvid.com/watch/ADlvi5PH7aH, http://www.playvid.com/watch/To896imn9Zw, http://www.playvid.com/watch/DtEq4SY8ywh, http://www.playvid.com/watch/cPvB2sOaWvS, http://www.playvid.com/watch/vVqAi-h4M7a, http://www.playvid.com/watch/DbZgGH6O7-7, http://www.playvid.com/watch/IXWaGteEVWn, http://www.playvid.com/watch/7nwBKZMCXni, http://www.playvid.com/watch/tDt4MfOjFGO, http://www.playvid.com/watch/PnWwaaoxT4s, http://www.playvid.com/watch/X0GWHh3-Dyk, http://www.playvid.com/watch/CFP5g3aIY6T, http://www.playvid.com/watch/cpsnXIyKxO9, http://www.playvid.com/watch/mKbc2UrLGti, http://www.playvid.com/watch/JYwfDTnQuxC, http://www.playvid.com/watch/2ahqhuXBxrp, http://www.playvid.com/watch/vLvCyKIDcnl, http://www.playvid.com/watch/PhtjOuKSPCX, http://www.playvid.com/watch/F7iEMNv4zsg, http://www.playvid.com/watch/KPSHqgqGJlW, http://www.playvid.com/watch/JwBeT5Ypj29, http://www.playvid.com/watch/gvUPMQ3s52a, http://www.playvid.com/watch/gB0G8JYMgia, http://www.playvid.com/watch/QuT3uunj00F, http://www.playvid.com/watch/JdVtzDDbVi6, http://www.playvid.com/watch/aC-Sp8rHLyE, http://www.playvid.com/watch/8eNQxqfZnEd, http://www.playvid.com/watch/xP2E9pa0Rzk, http://www.playvid.com/watch/n--mLqLeiIa, http://www.playvid.com/watch/ApruhEa28GC, http://www.playvid.com/watch/MoTv2IqtZWB, http://www.playvid.com/watch/9yjCUkqVBzk, http://www.playvid.com/watch/GzzSzeYOWGG, http://www.playvid.com/watch/WHyXloa6uSN, http://www.playvid.com/watch/olAsSorDJjX, http://www.playvid.com/watch/JemDSVXrlar, http://www.playvid.com/watch/MN5FQPNFytV, http://www.playvid.com/watch/L9iSFjNFzEu, http://www.playvid.com/watch/YUlDD3lZ6-X, http://www.playvid.com/watch/N7NXZ-CesvO, http://www.playvid.com/watch/SISiPWd4lnl, http://www.playvid.com/watch/YrWLCda5Qv3, http://www.playvid.com/watch/TsjoIzwFRK3, http://www.playvid.com/watch/U594SpdfqJV, http://www.playvid.com/watch/Wnt5bBLRTJ-, http://www.playvid.com/watch/mqSHPcd7FHJ, http://www.playvid.com/watch/iNu0yur9FHu, http://www.playvid.com/watch/wDDxm2uJOOk,

http://www.playvid.com/watch/8-5HUeQ2YhB, http://www.playvid.com/watch/LJHWO6OgDtx, http://www.playvid.com/watch/mq7mt6pTRaa,
http://www.playvid.com/watch/CdRXNXnLkE6, http://www.playvid.com/watch/Do7KlEVdeud, http://www.playvid.com/watch/0qMwkrGaAD0,
http://www.playvid.com/watch/p3d6a0jMzgf, http://www.playvid.com/watch/7toLrcXbKWq, http://www.playvid.com/watch/n3SXdOyBw7x,
http://www.playvid.com/watch/etraSbC2ATv, http://www.playvid.com/watch/ZA0UfpRKazP, http://www.playvid.com/watch/LzFdBUEibW-,
http://www.playvid.com/watch/VgU4nfCBZ9p, http://www.playvid.com/watch/mAj2SA2IHwv, http://www.playvid.com/watch/iVeB5huUvEc,
http://www.playvid.com/watch/i4XUnEfQM2A, http://www.playvid.com/watch/3YMUt3Xh-8w, http://www.playvid.com/watch/xEXu9Gn7sax,
http://www.playvid.com/watch/vLp7Dqnm0YH, http://www.playvid.com/watch/j6Nh7YjHzRn, http://www.playvid.com/watch/rz86Eyz2BQh,
http://www.playvid.com/watch/qo8ba3v5e29, http://www.playvid.com/watch/TyLCckCYZN6, http://www.playvid.com/watch/WyZLHpDmh6i,
http://www.playvid.com/watch/Kzr0m8Iclzs, http://www.playvid.com/watch/HsV-q2KAqhp, http://www.playvid.com/watch/cPYv9tu2cfm,
http://www.playvid.com/watch/ltKL4NxKvwf, http://www.playvid.com/watch/Cgvs6K4tXDH, http://www.playvid.com/watch/Ea8LQDWSatx,
http://www.playvid.com/watch/2izZMHIot8I, http://www.playvid.com/watch/WUCrmbMp8za, http://www.playvid.com/watch/625-maXhPLr,
http://www.playvid.com/watch/camZsMR5pPi, http://www.playvid.com/watch/Fbi4WAw4Gq4, http://www.playvid.com/watch/3YAO6iNaFL3,
http://www.playvid.com/watch/WRYQrNS7tFG, http://www.playvid.com/watch/4R42evFl7YO, http://www.playvid.com/watch/ibuMdA7LfdO,
http://www.playvid.com/watch/aCrf50fw9kY, http://www.playvid.com/watch/Do94qjWbBK8, http://www.playvid.com/watch/Oe2eF7u5PYR,
http://www.playvid.com/watch/B-Wpxlg02Qj, http://www.playvid.com/watch/VsvxSjSA0ZU, http://www.playvid.com/watch/Sal-i9E6xTt,
http://www.playvid.com/watch/nfuaanMREwM, http://www.playvid.com/watch/xxfef6IvI3q, http://www.playvid.com/watch/YA7mDtTfZDw,
http://www.playvid.com/watch/vo-xbWixrkW, http://www.playvid.com/watch/Lkjsda3FLid, http://www.playvid.com/watch/mvZpzx2wbyg,
http://www.playvid.com/watch/clcKbNwIK2c, http://www.playvid.com/watch/-Nk8NUjO8zl, http://www.playvid.com/watch/P3j-75DTeMq,
http://www.playvid.com/watch/A5w2CU3uWiQ, http://www.playvid.com/watch/quEk2CF-pa6, http://www.playvid.com/watch/ZpYj6Ux-cRQ,
http://www.playvid.com/watch/ju3UrjKYDa0, http://www.playvid.com/watch/IFlDKJmgSyH, http://www.playvid.com/watch/S8si4Dxltv3,
http://www.playvid.com/watch/mgCSFUJvaBr, http://www.playvid.com/watch/3vxftrNusub, http://www.playvid.com/watch/VeLBLd-AW6E,
http://www.playvid.com/watch/IzBSsWoELyh, http://www.playvid.com/watch/IEhOb2YLoIU, http://www.playvid.com/watch/NWHOydgCXqU,
http://www.playvid.com/watch/UYYcP2t3KGX, http://www.playvid.com/watch/CctRO33ajpG, http://www.playvid.com/watch/TVZDlIDy7On,
http://www.playvid.com/watch/usWOOvogGJj, http://www.playvid.com/watch/Jj8Q5As8sCk, http://www.playvid.com/watch/RPw-xnaXAc0,
http://www.playvid.com/watch/BjxusaT5TIp, http://www.playvid.com/watch/VkNgbdUIBMu, http://www.playvid.com/watch/E6oKGbPq23r,
http://www.playvid.com/watch/eiUwe3QuCdQ, http://www.playvid.com/watch/OLDZ8evQPyU, http://www.playvid.com/watch/PO3alCciPMK,
http://www.playvid.com/watch/rY2jUY-UGfG, http://www.playvid.com/watch/E4zjtAVtoOn, http://www.playvid.com/watch/hE89bt8tE-9,
http://www.playvid.com/watch/J3gs4MIlSDE, http://www.playvid.com/watch/dUTeQ6OEl4v, http://www.playvid.com/watch/EO9wnG-E2NN,
http://www.playvid.com/watch/u5XlPCEsr6Y, http://www.playvid.com/watch/tAinVK0FdSw, http://www.playvid.com/watch/XmmfQuNHatX,
http://www.playvid.com/watch/hiuUO9-WkwA, http://www.playvid.com/watch/zHsiixwaB0b, http://www.playvid.com/watch/fw3o5TpHmwT,
http://www.playvid.com/watch/LZLC-YTSzMB, http://www.playvid.com/watch/tsUP6eO075g, http://www.playvid.com/watch/8h0wcOH8dCb,
http://www.playvid.com/watch/Dot44oAWu7O, http://www.playvid.com/watch/Tm-hdZb909g, http://www.playvid.com/watch/aBPos4CdEH2,
http://www.playvid.com/watch/stAcHZbTQMy, http://www.playvid.com/watch/TOn7EjQxBK9, http://www.playvid.com/watch/sfjXbeyBfyk,
http://www.playvid.com/watch/YuKqK60UHjY, http://www.playvid.com/watch/2BswGIi-4aU, http://www.playvid.com/watch/uNJzo6BTxxA,
http://www.playvid.com/watch/LX0JYqKXj-A, http://www.playvid.com/watch/l2LnSBrILBq, http://www.playvid.com/watch/AamfJDaf808,
http://www.playvid.com/watch/wxugSXnf8hR, http://www.playvid.com/watch/KYfiyKtc57f, http://www.playvid.com/watch/ouvFVo8D5jx,
http://www.playvid.com/watch/7gxgfDEAvGV, http://www.playvid.com/watch/G-5TQAXgqsE, http://www.playvid.com/watch/Bfb8V5VJGf4,
http://www.playvid.com/watch/VqTF-6FcPqQ, http://www.playvid.com/watch/9NTpNGZnQ34, http://www.playvid.com/watch/JZTpst2pBkK,
http://www.playvid.com/watch/c8dPGntQ2U8, http://www.playvid.com/watch/RIalmNejzl-, http://www.playvid.com/watch/fmw-PfnFy3S,
http://www.playvid.com/watch/RG8-k2Ci7NN, http://www.playvid.com/watch/2n4BhKnHX8P, http://www.playvid.com/watch/jiGXuU5QOcg,
http://www.playvid.com/watch/JFbhdHxjMsB, http://www.playvid.com/watch/gW0cDcgW76x, http://www.playvid.com/watch/PQoIGDOGuCy,
http://www.playvid.com/watch/Ih6rzAdS2OD, http://www.playvid.com/watch/79rlJfQdAQp, http://www.playvid.com/watch/S73QDXDt9Vp,
http://www.playvid.com/watch/s5JZAfPzAnZ, http://www.playvid.com/watch/myvq6eoN9p6, http://www.playvid.com/watch/ZYgGu8ceLcN,
http://www.playvid.com/watch/wuRT3xj6Ppc, http://www.playvid.com/watch/Qas9fmNehaB, http://www.playvid.com/watch/DbvQ-Z5r8gK,
http://www.playvid.com/watch/qtTs8Hgr7Fv, http://www.playvid.com/watch/JN4E8Y72HrJ, http://www.playvid.com/watch/KIQycmx8QaW,
http://www.playvid.com/watch/wBnDcuEOsrB, http://www.playvid.com/watch/Deg5uMnKVYN, http://www.playvid.com/watch/BY8dK45t2iT,
http://www.playvid.com/watch/vTR3k6A70FU, http://www.playvid.com/watch/6n-KJxwRM4d, http://www.playvid.com/watch/YynORhLrGF9,
http://www.playvid.com/watch/w5QSaGBVMXB, http://www.playvid.com/watch/CS43mb7yEHu, http://www.playvid.com/watch/-f4D3yndT5j,
http://www.playvid.com/watch/RXT5rBV0n8K, http://www.playvid.com/watch/y7Fo9FQPf5u, http://www.playvid.com/watch/wnLMKbj8jY7,
http://www.playvid.com/watch/bfFJUanlQnd, http://www.playvid.com/watch/CGJ0Sz7TcUI, http://www.playvid.com/watch/im-jNjfkQjj,
http://www.playvid.com/watch/zo73slSVaXJ, http://www.playvid.com/watch/IcRl4d7HTdu, http://www.playvid.com/watch/cNYUbCDSmBL,
http://www.playvid.com/watch/JEzL4KAlzOz, http://www.playvid.com/watch/M9CAsuqKw3F, http://www.playvid.com/watch/CnRajsQQdeO,
http://www.playvid.com/watch/45HkuvGQt3w, http://www.playvid.com/watch/wQ6ILP43dxw, http://www.playvid.com/watch/k9CkPHqhD73,
http://www.playvid.com/watch/WmkY87dQAoy, http://www.playvid.com/watch/auPXyilNwFB, http://www.playvid.com/watch/vSTJgQ4AlaI,
http://www.playvid.com/watch/dGSe3RGm-ql, http://www.playvid.com/watch/9Wl5Zdi6KDa, http://www.playvid.com/watch/8a6EGblG8i0,
http://www.playvid.com/watch/mzE8a7kTlKm, http://www.playvid.com/watch/zz-wr4p8lG5, http://www.playvid.com/watch/JvcKqgUanVs,
http://www.playvid.com/watch/uIx-uGeMd2z, http://www.playvid.com/watch/sQEZVzVcDpu, http://www.playvid.com/watch/HFJtecvwNOo,
http://www.playvid.com/watch/tTLMBSi5-UY, http://www.playvid.com/watch/7jUPGKMRh3j, http://www.playvid.com/watch/gqhX-NhsI9F,
http://www.playvid.com/watch/df-GXPvESY4, http://www.playvid.com/watch/jpFwtIdMLeU, http://www.playvid.com/watch/PoJpDcQ0UNG,
http://www.playvid.com/watch/oOxn8eHoSKH, http://www.playvid.com/watch/9tVEdfERLTr, http://www.playvid.com/watch/fKuGiWZWxDF,
http://www.playvid.com/watch/jkKm7G0rJhI, http://www.playvid.com/watch/pHWQac8GlE2, http://www.playvid.com/watch/CAtf30CNA8m,
http://www.playvid.com/watch/X0MPoats3k5, http://www.playvid.com/watch/3lPsg7hwXVh, http://www.playvid.com/watch/7c3HKZUirZx,
http://www.playvid.com/watch/gwrY247snzD, http://www.playvid.com/watch/MNqqYzDanIa, http://www.playvid.com/watch/vuv6hMJuCV6,
http://www.playvid.com/watch/OAJ9UMKfe53, http://www.playvid.com/watch/k8L-UakMFCm, http://www.playvid.com/watch/LkNE94VdPxq,
http://www.playvid.com/watch/u-k38l54rnh, http://www.playvid.com/watch/b7ON4nYnKJX, http://www.playvid.com/watch/w3v3fxxn9Ig,
http://www.playvid.com/watch/F7ODSBIEfww, http://www.playvid.com/watch/mjEe8PiLVlJ, http://www.playvid.com/watch/oS4Y37HfiVZ,
http://www.playvid.com/watch/8HRLewVvYJ5, http://www.playvid.com/watch/ICkixJBIevo, http://www.playvid.com/watch/FrpDhkms9yQ,
http://www.playvid.com/watch/xHBwuSeIStt, http://www.playvid.com/watch/RUUEPSG2lAK, http://www.playvid.com/watch/bXFwg6d6Lih,
http://www.playvid.com/watch/3e3Yy7nvAJM, http://www.playvid.com/watch/YjYmqHFTwBl, http://www.playvid.com/watch/qUOREYmQPUC,
http://www.playvid.com/watch/UgPVRF9EpJj, http://www.playvid.com/watch/MTVrmK3Dy0R, http://www.playvid.com/watch/FuVoqVYlPRe,
http://www.playvid.com/watch/ck3eh5kxxiF, http://www.playvid.com/watch/NQ00NzsCTGa, http://www.playvid.com/watch/AQDxMQ-Nbuk,
http://www.playvid.com/watch/dxrWeJmgEcj, http://www.playvid.com/watch/2xoM0XS2yrq, http://www.playvid.com/watch/ishdt9eGlgg,
http://www.playvid.com/watch/mVHqLlQRU4c, http://www.playvid.com/watch/nzGeYdjffug, http://www.playvid.com/watch/kEsr8DkcL5L,
http://www.playvid.com/watch/x2KdaqC9855, http://www.playvid.com/watch/jc53kSi-l5a, http://www.playvid.com/watch/67MfIclfzmW,
http://www.playvid.com/watch/9V6oI4bd5PI, http://www.playvid.com/watch/wKdPb7cxBR7, http://www.playvid.com/watch/TJdSBAMprdI,
http://www.playvid.com/watch/eEd5sv5a3HB, http://www.playvid.com/watch/rgHnsP-l6PK, http://www.playvid.com/watch/4WsC5cTS6X5,
http://www.playvid.com/watch/2V5cnNj7lBl, http://www.playvid.com/watch/Yi4XH9W7znF, http://www.playvid.com/watch/UwXDPppenKU,
http://www.playvid.com/watch/mtCYyvc8Hbi, http://www.playvid.com/watch/eHkO2u5Ixad, http://www.playvid.com/watch/mX4vjLvUkYe,
http://www.playvid.com/watch/RnYUzKRQfxa, http://www.playvid.com/watch/zFU8TdvTrqd, http://www.playvid.com/watch/rlDYj-0ZjKR,
http://www.playvid.com/watch/Xa4mcPaIKic, http://www.playvid.com/watch/jz4xjoUekRa, http://www.playvid.com/watch/aVkpesCq4rv,
http://www.playvid.com/watch/-TWEmd7NS64, http://www.playvid.com/watch/6yZknS9WrKm, http://www.playvid.com/watch/iQpmujNZ-9S,
http://www.playvid.com/watch/mAFr9NlYeGP, http://www.playvid.com/watch/6iEoz9TCyQs, http://www.playvid.com/watch/E3LuZga9HJG,
http://www.playvid.com/watch/toAtnIoVcJA, http://www.playvid.com/watch/MJ2icBhwxMI, http://www.playvid.com/watch/LAlv0LZmPeE,
http://www.playvid.com/watch/IgfIBhOhjYq, http://www.playvid.com/watch/n5EB86i0Yyq, http://www.playvid.com/watch/RzlcvpMwlUf,
http://www.playvid.com/watch/IRSNH2UNMCo, http://www.playvid.com/watch/DdG7VE3LvOQ, http://www.playvid.com/watch/jHaEHDAQW5H,
http://www.playvid.com/watch/teDcPyqh3Xx, http://www.playvid.com/watch/nI0AjaAGAF6, http://www.playvid.com/watch/GytHywDPKrV,
http://www.playvid.com/watch/eEK00UUs8Ks, http://www.playvid.com/watch/-hetRXP5g7j, http://www.playvid.com/watch/XK3F-znvBJo,
http://www.playvid.com/watch/Zmwoe54ZsDW, http://www.playvid.com/watch/IZYc4rp5N2n, http://www.playvid.com/watch/52x46deqrl0,
http://www.playvid.com/watch/9wN4qDPTx4j, http://www.playvid.com/watch/qoGicMlnZDg, http://www.playvid.com/watch/hKvAiqCGpUA,
http://www.playvid.com/watch/aIF9tFrgoVW, http://www.playvid.com/watch/zps3PUsRo8W, http://www.playvid.com/watch/r2GsZIV-Rd-,
http://www.playvid.com/watch/bkKhlG2cmVm, http://www.playvid.com/watch/ymsNRhmpNCL, http://www.playvid.com/watch/9i6gFL65Gd2,
http://www.playvid.com/watch/hdiivh6kyOM, http://www.playvid.com/watch/MoyQtGtLVfR, http://www.playvid.com/watch/hNfsrmlRpqu,
http://www.playvid.com/watch/eKZ5I69Mklj, http://www.playvid.com/watch/YfI4l6QuzgR, http://www.playvid.com/watch/U7Qo7PcEwVX,
http://www.playvid.com/watch/ogSqIdvRlnP, http://www.playvid.com/watch/QRlIkPfvrAD, http://www.playvid.com/watch/SUtHCbz0jdj,
http://www.playvid.com/watch/fiQfiyWOk6a, http://www.playvid.com/watch/MNpvEpRjqER, http://www.playvid.com/watch/iQ9YIdlI7Uj,
http://www.playvid.com/watch/OKNJ5mvbR9W, http://www.playvid.com/watch/d0n-HS99e-p, http://www.playvid.com/watch/imx9qkgolo4,

http://www.playvid.com/watch/xZjV94CfQ-c, http://www.playvid.com/watch/QpQ9iNhIEXM, http://www.playvid.com/watch/LB2ynaKUyw4,
http://www.playvid.com/watch/knOUiWHfPJg, http://www.playvid.com/watch/ukDKwW2AkDQ, http://www.playvid.com/watch/YVPje6qPLz8,
http://www.playvid.com/watch/8FjQd4RO6s8, http://www.playvid.com/watch/9Bqn5cH-B6g, http://www.playvid.com/watch/NMuaBDEC8hK,
http://www.playvid.com/watch/aPLG0wMzx6l, http://www.playvid.com/watch/oNZ6-cs49xO, http://www.playvid.com/watch/OZuBWfvOwci,
http://www.playvid.com/watch/cH8yW65xOjw, http://www.playvid.com/watch/xVLucJ-ps8D, http://www.playvid.com/watch/PFunPxidCGQ,
http://www.playvid.com/watch/Z3HtqXPWURA, http://www.playvid.com/watch/MqzeLBpI89n, http://www.playvid.com/watch/7FI9SV9pak5,
http://www.playvid.com/watch/Z5PQNlp8tCn, http://www.playvid.com/watch/jU4E3plMccD, http://www.playvid.com/watch/aVgffAeujoO,
http://www.playvid.com/watch/ex2YG2oLnn7, http://www.playvid.com/watch/iYUyPhmXoIY, http://www.playvid.com/watch/naraveu0vzI,
http://www.playvid.com/watch/Ws9t2YhASFs, http://www.playvid.com/watch/2hWz7mudbLT, http://www.playvid.com/watch/y8LOji8RP6E,
http://www.playvid.com/watch/GgHN7rLbn2H, http://www.playvid.com/watch/hhqBISrDqyt, http://www.playvid.com/watch/DdXlBJZUz3I,
http://www.playvid.com/watch/AFfSlaHT8wc, http://www.playvid.com/watch/QMbln7KhmIn, http://www.playvid.com/watch/OuaofcpZzG2,
http://www.playvid.com/watch/uiOsyhP5vjt, http://www.playvid.com/watch/ZWjjXV0KyJu, http://www.playvid.com/watch/UUrkhjqPMvK,
http://www.playvid.com/watch/hNlaswf67dE, http://www.playvid.com/watch/K9oDjKVDVaL, http://www.playvid.com/watch/azXIiBO4Jjc,
http://www.playvid.com/watch/wsPL58HPUtx, http://www.playvid.com/watch/6hi8TPFcezp, http://www.playvid.com/watch/X83yFAvLTMQ,
http://www.playvid.com/watch/SuXBClFJCT3, http://www.playvid.com/watch/qFSzhYtrX-d, http://www.playvid.com/watch/RAHi-yAUBUB,
http://www.playvid.com/watch/75YN4YQGqB-, http://www.playvid.com/watch/qHPOdNnXnQl, http://www.playvid.com/watch/wduYkeW97My,
http://www.playvid.com/watch/mB5QOJNkoYC, http://www.playvid.com/watch/tJOUtgYqsVQ, http://www.playvid.com/watch/WwuAozxJZvN,
http://www.playvid.com/watch/VUj-VaJYw22, http://www.playvid.com/watch/3GEaknJxonN, http://www.playvid.com/watch/VA8mc3zjUw-,
http://www.playvid.com/watch/JzFWpB9Xos4, http://www.playvid.com/watch/CgzMZTlbP8z, http://www.playvid.com/watch/JZgwKfpj-oK,
http://www.playvid.com/watch/qT3GCCZo6Fr, http://www.playvid.com/watch/UcWCUCRsEiO, http://www.playvid.com/watch/qDr9mh3d9ht,
http://www.playvid.com/watch/4GQdtDXo8Jb, http://www.playvid.com/watch/dCdUnLVAo6w, http://www.playvid.com/watch/TYNtmDERmpL,
http://www.playvid.com/watch/sGYQ96A9BHC, http://www.playvid.com/watch/G8GJxBWMOxC, http://www.playvid.com/watch/sOSV7i9A4no,
http://www.playvid.com/watch/dmMNlSvJpen, http://www.playvid.com/watch/CFm2ow-7kTd, http://www.playvid.com/watch/UHnagULhbTj,
http://www.playvid.com/watch/Z9EOejByvXg, http://www.playvid.com/watch/YPUNX3v7HcT, http://www.playvid.com/watch/-WLQlj2-LSA,
http://www.playvid.com/watch/uFhNPOLAsvQ, http://www.playvid.com/watch/xOyELdIesFO, http://www.playvid.com/watch/FEyraSPcC4u,
http://www.playvid.com/watch/DImr0SRVLhG, http://www.playvid.com/watch/swlV9jEj4Zd, http://www.playvid.com/watch/vickU9C0r6b,
http://www.playvid.com/watch/v9QLJ7MgYse, http://www.playvid.com/watch/AQj2BughC8s, http://www.playvid.com/watch/pCBZF9Pydez,
http://www.playvid.com/watch/3ht0VXUDqN0, http://www.playvid.com/watch/3UJLxLGoOTo, http://www.playvid.com/watch/zDDLdIogfeZ,
http://www.playvid.com/watch/T6g6RNxQOGT, http://www.playvid.com/watch/tVLZUcScza-, http://www.playvid.com/watch/vNoOofW4QX3,
http://www.playvid.com/watch/NB6EeMoHXzv, http://www.playvid.com/watch/lwamZ9f8TRh, http://www.playvid.com/watch/kdQEceMwNUk,
http://www.playvid.com/watch/EKTiPUCWFoX, http://www.playvid.com/watch/9dZ2CMm9mnG, http://www.playvid.com/watch/7wdd6inQYNU,
http://www.playvid.com/watch/x5xtyn2eM6W, http://www.playvid.com/watch/H7dsyx52Kzz, http://www.playvid.com/watch/Zfw5C60-unl,
http://www.playvid.com/watch/-rR03W7cdOj, http://www.playvid.com/watch/pF7WH7YzEtZ, http://www.playvid.com/watch/YODthLZiWLF,
http://www.playvid.com/watch/6lhEtVseE2l, http://www.playvid.com/watch/5WQetZBGoYy, http://www.playvid.com/watch/uGVOIaMRW2N,
http://www.playvid.com/watch/AQgKoDXowIs, http://www.playvid.com/watch/VVfAjmXq5dA, http://www.playvid.com/watch/O55ycagD4b3,
http://www.playvid.com/watch/FMcPpwpqgEh, http://www.playvid.com/watch/xxVB0hO7MmP, http://www.playvid.com/watch/ck3Ku4QrKGz,
http://www.playvid.com/watch/5KbUBv8HEng, http://www.playvid.com/watch/Nq5L9tlWLO0, http://www.playvid.com/watch/Ut9qRXrbbB2,
http://www.playvid.com/watch/3F6qR-KxZnE, http://www.playvid.com/watch/7zlMDEnoxxU, http://www.playvid.com/watch/nyWg-Z3FIyP,
http://www.playvid.com/watch/lmk5Hm5xXru, http://www.playvid.com/watch/QLn337PDinI, http://www.playvid.com/watch/zQxFNXA0d8l,
http://www.playvid.com/watch/FLYZ-oEy5KJ, http://www.playvid.com/watch/Xem2ZsrRVDT, http://www.playvid.com/watch/K06bRNc-CHy,
http://www.playvid.com/watch/iOw-q5F-msV, http://www.playvid.com/watch/qPRiBXoBiR9, http://www.playvid.com/watch/Lc2qeLaIupR,
http://www.playvid.com/watch/DMhOQmtDeqA, http://www.playvid.com/watch/uaLss40f600, http://www.playvid.com/watch/BUOTJfEw9Ha,
http://www.playvid.com/watch/f8wDPlT6mWg, http://www.playvid.com/watch/xBXTbaLJVWd, http://www.playvid.com/watch/6ciDc6Wg8Kd,
http://www.playvid.com/watch/r6xWb7rUHWM, http://www.playvid.com/watch/EQrmJmRtWJD, http://www.playvid.com/watch/KWljNrwd0Be,
http://www.playvid.com/watch/6BBKCikYYit, http://www.playvid.com/watch/td6uvCXl7eM, http://www.playvid.com/watch/HDpgzchJPGW,
http://www.playvid.com/watch/e7Q2-4acGs2, http://www.playvid.com/watch/gn-oBYAulGp, http://www.playvid.com/watch/DYNwX53wLUS,
http://www.playvid.com/watch/3IsRv0p7VkL, http://www.playvid.com/watch/w36B5iWY00M, http://www.playvid.com/watch/okaxJTivw7u,
http://www.playvid.com/watch/jZP2JpN45CO, http://www.playvid.com/watch/AmaksHGgxSl, http://www.playvid.com/watch/h7lxQ3ZdxC-,
http://www.playvid.com/watch/sIvBXJ8o9jM, http://www.playvid.com/watch/UFHTf-SPW3Y, http://www.playvid.com/watch/Az3gqRyI8pB,
http://www.playvid.com/watch/Issd7xpR6qQ, http://www.playvid.com/watch/2DFr7wmtvjp, http://www.playvid.com/watch/fFxHDaokiCu,
http://www.playvid.com/watch/THHDPVwUE53, http://www.playvid.com/watch/tMOlJ4bt7xv, http://www.playvid.com/watch/kaYskg48lpb,
http://www.playvid.com/watch/HyL5r8Vnrvz, http://www.playvid.com/watch/avSDIRl6URa, http://www.playvid.com/watch/92YiTmKLb9v,
http://www.playvid.com/watch/kNHedpvvziI, http://www.playvid.com/watch/qqtHcHor71L, http://www.playvid.com/watch/yxhmwpk7AxN,
http://www.playvid.com/watch/loSfLwkeeoS, http://www.playvid.com/watch/4EF3neUmHUW, http://www.playvid.com/watch/ZU7BEYqXxQU,
http://www.playvid.com/watch/jlrcLbvrAvn, http://www.playvid.com/watch/69-x-zUulq-, http://www.playvid.com/watch/66rhdwDfHCy,
http://www.playvid.com/watch/JmVWwguCaQ1, http://www.playvid.com/watch/neHFT9Vql6f, http://www.playvid.com/watch/F4PqteUom-b,
http://www.playvid.com/watch/KWv4csWWSSd, http://www.playvid.com/watch/ZRabm5-z3QQ, http://www.playvid.com/watch/qqwuPlV2Kfh,
http://www.playvid.com/watch/5uVh2qh6YDY, http://www.playvid.com/watch/qqorumUKlqG, http://www.playvid.com/watch/fpl1lsegZXg,
http://www.playvid.com/watch/E7y6IxTAP0t, http://www.playvid.com/watch/gu5TTGXVqY0, http://www.playvid.com/watch/POOh5HLYVC4,
http://www.playvid.com/watch/73IIhduOwfs, http://www.playvid.com/watch/SVkmRphkLVJ, http://www.playvid.com/watch/aq7kjwSCMdi,
http://www.playvid.com/watch/KkIMwhXjmHa, http://www.playvid.com/watch/7JiT7Vrqo6a, http://www.playvid.com/watch/6Hg1fV3C74l,
http://www.playvid.com/watch/pdskpKEV79K, http://www.playvid.com/watch/qiaTJfhevcn, http://www.playvid.com/watch/vzbNR0FhSuU,
http://www.playvid.com/watch/i5lrHFohpPy, http://www.playvid.com/watch/7gJSg2fYmXU, http://www.playvid.com/watch/DIqP6xD8Wjj,
http://www.playvid.com/watch/mPBMt442V8F, http://www.playvid.com/watch/TzYgaH0UREj, http://www.playvid.com/watch/mPx9-PBeqLJ,
http://www.playvid.com/watch/6xvcSI9vd1M, http://www.playvid.com/watch/PCBrFvsHnHU, http://www.playvid.com/watch/veKn1P4cmHe,
http://www.playvid.com/watch/oaquQKvlgH8, http://www.playvid.com/watch/vswXw1UbU8o, http://www.playvid.com/watch/hc1W7xqgYtB,
http://www.playvid.com/watch/Ff8eeHD3lfh, http://www.playvid.com/watch/4LOKUU1k3K4, http://www.playvid.com/watch/lN1LSZvXPId,
http://www.playvid.com/watch/5DGesfPonBn, http://www.playvid.com/watch/X-USqFc8OfY, http://www.playvid.com/watch/-LzHqVQHtYX,
http://www.playvid.com/watch/n0sMTdwk4iO, http://www.playvid.com/watch/YnNGNIAyvb5, http://www.playvid.com/watch/hBiZnxr-Yu5,
http://www.playvid.com/watch/pzyMTGaNUOw, http://www.playvid.com/watch/dEzHWYOGmk5, http://www.playvid.com/watch/Xx9UO7684XR,
http://www.playvid.com/watch/puRZ5M1kgE8, http://www.playvid.com/watch/pDG84CtItGE, http://www.playvid.com/watch/4DmXBks8v0q,
http://www.playvid.com/watch/dZ4taPGgV8q, http://www.playvid.com/watch/Xd1e4CyFO3R, http://www.playvid.com/watch/zQ-AP77YA75,
http://www.playvid.com/watch/5htvdnNBdOI, http://www.playvid.com/watch/RlLKIK2crT6, http://www.playvid.com/watch/23TeQrVWwpb,
http://www.playvid.com/watch/LADN85jFJdn, http://www.playvid.com/watch/nPruCmhBXdF, http://www.playvid.com/watch/dmnq7PFPB9W,
http://www.playvid.com/watch/BlruEJjbNX7, http://www.playvid.com/watch/qURr4oh2kQ7, http://www.playvid.com/watch/Z6-bhW7kikw,
http://www.playvid.com/watch/pvGH5SxDKaN, http://www.playvid.com/watch/cuWXhru5PRu, http://www.playvid.com/watch/hof6gc-mAsq,
http://www.playvid.com/watch/Fnc7qvUXFAC, http://www.playvid.com/watch/2cbA2GKqs26, http://www.playvid.com/watch/mnFViQhV7Ap,
http://www.playvid.com/watch/eFxZAABCb27, http://www.playvid.com/watch/f5K5TPMRWsd, http://www.playvid.com/watch/IXOmc0KQ92E,
http://www.playvid.com/watch/bofWassO-7q, http://www.playvid.com/watch/awcxKDRe9uq, http://www.playvid.com/watch/xpruzCvNGZE,
http://www.playvid.com/watch/nSPB8Hf8lEK, http://www.playvid.com/watch/DUBgNbri03R, http://www.playvid.com/watch/Azlv18wViJv,
http://www.playvid.com/watch/mbzvPQYg0tC, http://www.playvid.com/watch/6MfqEFoEd4w, http://www.playvid.com/watch/lnSQ73pUE3m,
http://www.playvid.com/watch/f20jSU376fH, http://www.playvid.com/watch/JBBkK-54cAd, http://www.playvid.com/watch/zw0sDpIvjvY,
http://www.playvid.com/watch/589zOhRjZpW, http://www.playvid.com/watch/y7FNiytlRxi, http://www.playvid.com/watch/zvnOswXp7XF,
http://www.playvid.com/watch/8cSx9rhgH05, http://www.playvid.com/watch/uYlEedtd4Hg, http://www.playvid.com/watch/u-1zL2PcsMV,
http://www.playvid.com/watch/M6Ja2bFwe90, http://www.playvid.com/watch/ZcFRWYmrzE0, http://www.playvid.com/watch/waAyB40rnIG,
http://www.playvid.com/watch/EpYBWo41CbK, http://www.playvid.com/watch/hFLC-ZejYKv, http://www.playvid.com/watch/8oU_3DzlGUm,
http://www.playvid.com/watch/chozftFGI2n, http://www.playvid.com/watch/4WGOu0ysjcN, http://www.playvid.com/watch/tt_g95B2t-I,
http://www.playvid.com/watch/cjpe4xFsVYt, http://www.playvid.com/watch/ew33GT7pnDv, http://www.playvid.com/watch/mlajKA3Tx7c,
http://www.playvid.com/watch/fcZj1VsjI2S, http://www.playvid.com/watch/L_hXc0zG-7k, http://www.playvid.com/watch/21OUrPpf1FB,
http://www.playvid.com/watch/Ag6pNR4YtCC, http://www.playvid.com/watch/J-S1UMQyDuC, http://www.playvid.com/watch/XBuS8X0LMvP,
http://www.playvid.com/watch/itmgDuYwGhB, http://www.playvid.com/watch/zKvpeQ4dWSs, http://www.playvid.com/watch/ruOhSi2P3eh,
http://www.playvid.com/watch/CtnqS3YCLmz, http://www.playvid.com/watch/PmIZfW4T2sF, http://www.playvid.com/watch/huwDg7VIYMS,
http://www.playvid.com/watch/o0_biUHlSze, http://www.playvid.com/watch/yhJEk68Cay5, http://www.playvid.com/watch/3bTwTwComiY,
http://www.playvid.com/watch/TntrHvZSQ1p, http://www.playvid.com/watch/zlN--_trcRU, http://www.playvid.com/watch/jB_-ZAXeVCB,
http://www.playvid.com/watch/tBngnCt1lLM, http://www.playvid.com/watch/XRvoSNMyUDd, http://www.playvid.com/watch/fq_G-E8aszQ,
http://www.playvid.com/watch/4-Ap5kGm7fx, http://www.playvid.com/watch/FsYXK56xpOT, http://www.playvid.com/watch/XtuzxFAg3nS,

http://www.playvid.com/watch/Fdd8vAOnJkt, http://www.playvid.com/watch/R5gGhvDEemx, http://www.playvid.com/watch/S4lSvHAeH2x,
http://www.playvid.com/watch/2pZSQ1TYJwC, http://www.playvid.com/watch/EUnZLPCozZl, http://www.playvid.com/watch/iZvxkE3yj4h,
http://www.playvid.com/watch/C4JpGWAorLh, http://www.playvid.com/watch/sR3S-xmVXiY, http://www.playvid.com/watch/LIUSUFU3u34,
http://www.playvid.com/watch/UUGCMUsQSee, http://www.playvid.com/watch/cfk70aAxpe7, http://www.playvid.com/watch/j5vbXBqJFns,
http://www.playvid.com/watch/Ix5vZw86FMq, http://www.playvid.com/watch/6Fr8U_FhZCa, http://www.playvid.com/watch/tKHIoVz2PHA,
http://www.playvid.com/watch/GLdV-CROW5Z, http://www.playvid.com/watch/V8ZQ3XEmGLs, http://www.playvid.com/watch/iX3T69fl5aE,
http://www.playvid.com/watch/2BMN1xpjuJU, http://www.playvid.com/watch/opj4f__hfov, http://www.playvid.com/watch/FauU27gUS7R,
http://www.playvid.com/watch/HZ_EfNaBq7b, http://www.playvid.com/watch/d_e2Vkvo0Zm, http://www.playvid.com/watch/6mZFueRQG6S,
http://www.playvid.com/watch/JrRGspDx4VE, http://www.playvid.com/watch/2x2FP6MjN4z, http://www.playvid.com/watch/VFhsg53GaqG,
http://www.playvid.com/watch/JJLMC6HHlzh, http://www.playvid.com/watch/wvbsnYO5HKK, http://www.playvid.com/watch/BAwQixxSkfG,
http://www.playvid.com/watch/WeipTQ9R-Bj, http://www.playvid.com/watch/YJbDlc5743q, http://www.playvid.com/watch/NbVLAqxDEIC,
http://www.playvid.com/watch/xmv96U452WJ, http://www.playvid.com/watch/0z3WSaA-sYp, http://www.playvid.com/watch/ubMKlWF1KxO,
http://www.playvid.com/watch/x_N1M3bRr3C, http://www.playvid.com/watch/lGGxyWymhiL, http://www.playvid.com/watch/sxF5kydCBSh,
http://www.playvid.com/watch/pfbw8qn90-M, http://www.playvid.com/watch/fHLyDifk545, http://www.playvid.com/watch/XUGZz11-JF4,
http://www.playvid.com/watch/X4k_aZJNkMO, http://www.playvid.com/watch/hNyNHG_Oier, http://www.playvid.com/watch/0AbOUpzrr4U,
http://www.playvid.com/watch/WadiYEf-cio, http://www.playvid.com/watch/c0h7Fss3Mox, http://www.playvid.com/watch/E0zn_-zb_H9,
http://www.playvid.com/watch/yU1rKAx5D2i, http://www.playvid.com/watch/gj9SyYyciBC, http://www.playvid.com/watch/64r9D2gpVoZ,
http://www.playvid.com/watch/VVfLq4hy80f, http://www.playvid.com/watch/ONnz3vdm2Ud, http://www.playvid.com/watch/7T-3N_SPQ6H,
http://www.playvid.com/watch/221GQE2tpAj, http://www.playvid.com/watch/t8bGn3GwDP2, http://www.playvid.com/watch/5TxeTE_wEOB,
http://www.playvid.com/watch/TYT36Ug8MVp, http://www.playvid.com/watch/W_79opeATt5, http://www.playvid.com/watch/7446dO8BhEM,
http://www.playvid.com/watch/NQ32rMgjeTQ, http://www.playvid.com/watch/A4Pm1So4LNA, http://www.playvid.com/watch/Z3tk88zMRA7,
http://www.playvid.com/watch/0DZ1V3rJ6m8, http://www.playvid.com/watch/AKlVsULJR7B, http://www.playvid.com/watch/ExZMQ6K7pE2,
http://www.playvid.com/watch/HKT3ARhTjrA, http://www.playvid.com/watch/AJdXs7DxAuX, http://www.playvid.com/watch/oULq31WfHvb,
http://www.playvid.com/watch/93LYdJbwSpF, http://www.playvid.com/watch/DIshysB0b1T, http://www.playvid.com/watch/iwRgL4ZWJwY,
http://www.playvid.com/watch/sVvqrQY8nYa, http://www.playvid.com/watch/i07XXMdBlzs, http://www.playvid.com/watch/x0tbXxncaZI,
http://www.playvid.com/watch/rRGvZLYv-mL, http://www.playvid.com/watch/eb1U6nMDnIR, http://www.playvid.com/watch/l9ToHh143CN,
http://www.playvid.com/watch/68Mlx-RoYJ0, http://www.playvid.com/watch/W5QGyEyx5dJ, http://www.playvid.com/watch/mmjJ2RzWHtq,
http://www.playvid.com/watch/UeX8aUQ9qHA, http://www.playvid.com/watch/42CRdQLYBbC, http://www.playvid.com/watch/SQz38KS6VM0,
http://www.playvid.com/watch/ZNhG97oST4r, http://www.playvid.com/watch/O_1rsOC9Nma, http://www.playvid.com/watch/r7luJLdBQWQ,
http://www.playvid.com/watch/2gm353WEoop, http://www.playvid.com/watch/mB9oFZ-AmYW, http://www.playvid.com/watch/NTHnTsPHtOw,
http://www.playvid.com/watch/CuSoVaK9cVZ, http://www.playvid.com/watch/IrBqzwbXpgm, http://www.playvid.com/watch/FPzITlToRlV,
http://www.playvid.com/watch/F_5WyywsBac, http://www.playvid.com/watch/tSQhA-vz6U6, http://www.playvid.com/watch/vy0S40LDo12,
http://www.playvid.com/watch/7y_zZQo5H-8, http://www.playvid.com/watch/zpbw6LcKTie, http://www.playvid.com/watch/ce7tuoV1bEY,
http://www.playvid.com/watch/cdstReaeMPJ, http://www.playvid.com/watch/F5W979SHJYI, http://www.playvid.com/watch/WylvZ2nr1jY,
http://www.playvid.com/watch/bYMDTIMjeKt, http://www.playvid.com/watch/SYJV2SjjiBH, http://www.playvid.com/watch/4vH-Q0Xz6G2,
http://www.playvid.com/watch/aF5u_cogbvE, http://www.playvid.com/watch/qnGcxojGHiz, http://www.playvid.com/watch/sT8YnwhAYy3,
http://www.playvid.com/watch/2eCJGEXT0oF, http://www.playvid.com/watch/C6Y3kCbhi7n, http://www.playvid.com/watch/dYnr0aZi1Pi,
http://www.playvid.com/watch/WSsJmUodToL, http://www.playvid.com/watch/xnGivOCPEMK, http://www.playvid.com/watch/Q-GxQqfzozF,
http://www.playvid.com/watch/j-zRi02crDh, http://www.playvid.com/watch/QLa1geoSRMl, http://www.playvid.com/watch/pPWmcpx6GXd,
http://www.playvid.com/watch/TFHa0B1pwVW, http://www.playvid.com/watch/akg4imDjrRd, http://www.playvid.com/watch/oSIGJi_HbPR,
http://www.playvid.com/watch/G-CUQ21kYEA, http://www.playvid.com/watch/toYlpZV380N, http://www.playvid.com/watch/TZm82CtW8fX,
http://www.playvid.com/watch/NkS0ftrQqqE, http://www.playvid.com/watch/43nPxuMT91J, http://www.playvid.com/watch/abojlAl9tUy,
http://www.playvid.com/watch/cFZ8Pw-uv0M, http://www.playvid.com/watch/Q2fW16f-d0k, http://www.playvid.com/watch/EgIkipqMsfA,
http://www.playvid.com/watch/i1DiEhkrDBv, http://www.playvid.com/watch/N01udSrqjLm, http://www.playvid.com/watch/THGLDlluEjO,
http://www.playvid.com/watch/jxcZ5gZwxnv, http://www.playvid.com/watch/BgI_8LssT_c, http://www.playvid.com/watch/ORrIOTEoQ_I,
http://www.playvid.com/watch/k_B_IsM2jhD, http://www.playvid.com/watch/Wna2urm91AZ, http://www.playvid.com/watch/vGadK7NUSxd,
http://www.playvid.com/watch/8hBtcxK-mC9, http://www.playvid.com/watch/Qiynq9nADPB, http://www.playvid.com/watch/y0_WIpFMq4i,
http://www.playvid.com/watch/9gKCD1sAeWm, http://www.playvid.com/watch/RrmrsU9rQnk, http://www.playvid.com/watch/SmXZ63VIyhy,
http://www.playvid.com/watch/b5nAdGDx65L, http://www.playvid.com/watch/EbR1WYFvs_S, http://www.playvid.com/watch/dp9_sEdURNr,
http://www.playvid.com/watch/8r8K_W8Q0WN, http://www.playvid.com/watch/ARt0XmUu2eU, http://www.playvid.com/watch/y1_DdA1P_J6,
http://www.playvid.com/watch/6yWgZJQVBeV, http://www.playvid.com/watch/w6JXvQbLxSA, http://www.playvid.com/watch/Kmtp3JIt4jn,
http://www.playvid.com/watch/GXRpE4NGeOS, http://www.playvid.com/watch/xH24detJ_v7, http://www.playvid.com/watch/vjdRVh-Loxn,
http://www.playvid.com/watch/aFhiK88xLQm, http://www.playvid.com/watch/2D96uyWMNNu, http://www.playvid.com/watch/Q5UeH2Pyq2V,
http://www.playvid.com/watch/lPxdn25I1Yh, http://www.playvid.com/watch/D-3tTueT2Sq, http://www.playvid.com/watch/6FZ82RWHgaV,
http://www.playvid.com/watch/oODzTuHNk63, http://www.playvid.com/watch/V-mVzvtBl0c, http://www.playvid.com/watch/mRJeVYI8xl9,
http://www.playvid.com/watch/d2ft89PR3dT, http://www.playvid.com/watch/EIu4lSC6SYw, http://www.playvid.com/watch/4TchDnfME1g,
http://www.playvid.com/watch/iQcbx6u03oN, http://www.playvid.com/watch/Gb-UQvOXCkb, http://www.playvid.com/watch/Nfm7Y1hM1xH,
http://www.playvid.com/watch/BvQCKvtjS_j, http://www.playvid.com/watch/qL1cNDScNAb, http://www.playvid.com/watch/GJjJb0n-aOT,
http://www.playvid.com/watch/4JzxgtZRxpt, http://www.playvid.com/watch/S_t0nRnKVwl, http://www.playvid.com/watch/VIreCq2qlZu,
http://www.playvid.com/watch/erL5bLSCHQ2, http://www.playvid.com/watch/re4dn-n-qsh, http://www.playvid.com/watch/jvazsaWkI1U,
http://www.playvid.com/watch/wenN8zQeUFK, http://www.playvid.com/watch/aBbq-Jt-FQJ, http://www.playvid.com/watch/KB5iFLMyUPA,
http://www.playvid.com/watch/dZAFlqR8by0, http://www.playvid.com/watch/7B94uvcUUnX, http://www.playvid.com/watch/lbZh6wWEdzO,
http://www.playvid.com/watch/FdSPVjlZ9Rl, http://www.playvid.com/watch/5ssUaWWqdLz, http://www.playvid.com/watch/z1asekgmvWF,
http://www.playvid.com/watch/ZUlc3PdSoWl, http://www.playvid.com/watch/bFdGvUf70-8, http://www.playvid.com/watch/MKOaqrdd4kW,
http://www.playvid.com/watch/208Sb7C5efV, http://www.playvid.com/watch/tYgxgXEZIi3, http://www.playvid.com/watch/lZ_6Snsytjl,
http://www.playvid.com/watch/6EYoR97JUj4, http://www.playvid.com/watch/rnbT2pBboel, http://www.playvid.com/watch/qNxxi1ioxcE,
http://www.playvid.com/watch/BeEI3L55IHK, http://www.playvid.com/watch/oaylUjoCY0d, http://www.playvid.com/watch/t8cbDzvovr9,
http://www.playvid.com/watch/72ll5X23Ary, http://www.playvid.com/watch/m6R1xK-bCot, http://www.playvid.com/watch/gkdBw-Xwyt0,
http://www.playvid.com/watch/kqViJVRhCKM, http://www.playvid.com/watch/xv6AQxDSB4u, http://www.playvid.com/watch/2CBax2-eaAi,
http://www.playvid.com/watch/gwdJTmtf_7j, http://www.playvid.com/watch/pIJdVl5ll88, http://www.playvid.com/watch/JXBRKK-i8ia,
http://www.playvid.com/watch/901v8VyOaSz, http://www.playvid.com/watch/7XnMAoegkSt, http://www.playvid.com/watch/leTGWHrBhd5,
http://www.playvid.com/watch/GwTZH9MXR9i, http://www.playvid.com/watch/iMqZ675B0O2, http://www.playvid.com/watch/IkxeINsV6vy,
http://www.playvid.com/watch/GVX5NHeFc-Y, http://www.playvid.com/watch/x1PMkUvxMxS, http://www.playvid.com/watch/9U3Q3j-osXc,
http://www.playvid.com/watch/r5MpvZwSUZP, http://www.playvid.com/watch/PlklA2Z1xKB, http://www.playvid.com/watch/BwVnKuNeIsz,
http://www.playvid.com/watch/ybsGi-AxxDz, http://www.playvid.com/watch/mqr4wnOWlfX, http://www.playvid.com/watch/45-EtTM9uqH,
http://www.playvid.com/watch/KEITEcyJKWe, http://www.playvid.com/watch/yiawTyoczKH, http://www.playvid.com/watch/yr1-SFRWnon,
http://www.playvid.com/watch/ZLAq-w8KiAT, http://www.playvid.com/watch/Y--ng_RQWHm, http://www.playvid.com/watch/y4FeHLzVrVa,
http://www.playvid.com/watch/DEuk_7JhO4p, http://www.playvid.com/watch/mYRxGYmL7Zq, http://www.playvid.com/watch/hdyiN5_f05p,
http://www.playvid.com/watch/iuACVLKG8il, http://www.playvid.com/watch/0P_iSkClR_l, http://www.playvid.com/watch/SsLGcQ639LQ,
http://www.playvid.com/watch/69UUJ-LCpMv, http://www.playvid.com/watch/YReaXgLgzLk, http://www.playvid.com/watch/Xaou4Uk55O3,
http://www.playvid.com/watch/8CA2foOrPEr, http://www.playvid.com/watch/ANNJO_qbntz, http://www.playvid.com/watch/7PQbctm6nod,
http://www.playvid.com/watch/ZiYdD-KiHqH, http://www.playvid.com/watch/IEWXWsyKrLr, http://www.playvid.com/watch/j3eUy2wDCfz,
http://www.playvid.com/watch/gyeBkmllMhK, http://www.playvid.com/watch/zEDhF4IeNAV, http://www.playvid.com/watch/NkH_vBs_B1s,
http://www.playvid.com/watch/EzOI6OMw33v, http://www.playvid.com/watch/Cc1_5Nyild4, http://www.playvid.com/watch/kGddnq4dxCz,
http://www.playvid.com/watch/bDdptCBsASe, http://www.playvid.com/watch/EwR9UU8QYvK, http://www.playvid.com/watch/KsGXQtDSUcs,
http://www.playvid.com/watch/4zK7uleaZrk, http://www.playvid.com/watch/RjpEYeb6iKj, http://www.playvid.com/watch/KpXL4J8Tszw,
http://www.playvid.com/watch/c_3aQZQETjt, http://www.playvid.com/watch/A87RWmmA_Dj, http://www.playvid.com/watch/GVWy0RMuIRH,
http://www.playvid.com/watch/4HtE8dJ3Ep6, http://www.playvid.com/watch/ggaDfEEaPib, http://www.playvid.com/watch/oFjlk8vxK1v,
http://www.playvid.com/watch/vFHyjk7m94q, http://www.playvid.com/watch/wXtI_zYdvtw, http://www.playvid.com/watch/PHOSw0oc9EV,
http://www.playvid.com/watch/yowsXZM_SGV, http://www.playvid.com/watch/B_o5ETN2PfQ, http://www.playvid.com/watch/aQFsDoTmzVZ,
http://www.playvid.com/watch/95zzdBVFxOa, http://www.playvid.com/watch/syn-8wW2N_X, http://www.playvid.com/watch/7FPE7XUV1rb,
http://www.playvid.com/watch/q-oRHVabk00, http://www.playvid.com/watch/sLI9qEhFR28, http://www.playvid.com/watch/81AGc7sj_yo,
http://www.playvid.com/watch/vq8oHE4_klt, http://www.playvid.com/watch/gqgDlL6cKlz, http://www.playvid.com/watch/YS-BMmK8Ue5,
http://www.playvid.com/watch/afPJ2JohyFU, http://www.playvid.com/watch/zMovunH5DWZ, http://www.playvid.com/watch/4s1RQ4DSxtR,
http://www.playvid.com/watch/w3pjOt2sVnc, http://www.playvid.com/watch/cdD9A_Dxlwi, http://www.playvid.com/watch/in_TO_KJXU4,
http://www.playvid.com/watch/TUNttovgfUV, http://www.playvid.com/watch/Yj4ME8IXXrG, http://www.playvid.com/watch/EFxr-9cIdaV,

http://www.playvid.com/watch/Ie1DNsmsAXn, http://www.playvid.com/watch/IUgYvTkhtOE, http://www.playvid.com/watch/ilwLImXarQX,
http://www.playvid.com/watch/MfNsombl08f, http://www.playvid.com/watch/r-XUo1z1sIY, http://www.playvid.com/watch/cmmwNFOEQgq,
http://www.playvid.com/watch/gSPK1zBrXxQ, http://www.playvid.com/watch/hYlDS6mgWEh, http://www.playvid.com/watch/jZFwUKoz3nC,
http://www.playvid.com/watch/svXN3gSrzwd, http://www.playvid.com/watch/jHQCxiwHIcD, http://www.playvid.com/watch/SeXAAPUhtHp,
http://www.playvid.com/watch/JnZ4Ix7lV-c, http://www.playvid.com/watch/9oFfKc-EVfq, http://www.playvid.com/watch/3ycN9XslQff,
http://www.playvid.com/watch/gieBsUweMCS, http://www.playvid.com/watch/IQAlAuI9qjR, http://www.playvid.com/watch/pM8ZqU9C0Sj,
http://www.playvid.com/watch/6Sl3yLDfhHb, http://www.playvid.com/watch/jN0CR0XnJqE, http://www.playvid.com/watch/7Zgn3uT3KaL,
http://www.playvid.com/watch/iNPM688mj4H, http://www.playvid.com/watch/63mvBoOMDQE, http://www.playvid.com/watch/GVZ9eyrGlJO,
http://www.playvid.com/watch/CZdpF97piEf, http://www.playvid.com/watch/bFoLjt_eWWQ, http://www.playvid.com/watch/PhsngEbR81Q,
http://www.playvid.com/watch/Vr6U9GBrMmZ, http://www.playvid.com/watch/cscLOg6yrTt, http://www.playvid.com/watch/soyglilj4gu,
http://www.playvid.com/watch/Ssm012azgVC, http://www.playvid.com/watch/iql55YCKVeF, http://www.playvid.com/watch/obmH4e59wnA,
http://www.playvid.com/watch/mMNaEIgFQfY, http://www.playvid.com/watch/qmjsscdacfn, http://www.playvid.com/watch/SCqseC7t-rW,
http://www.playvid.com/watch/mLpReEb3QoJ, http://www.playvid.com/watch/HN3fLW--wVB, http://www.playvid.com/watch/ovYSzjhYvG9,
http://www.playvid.com/watch/e3zDO5nQI1D, http://www.playvid.com/watch/bhYsZTemiYL, http://www.playvid.com/watch/7CT2wR2k62T,
http://www.playvid.com/watch/ZqiVglIE2c9, http://www.playvid.com/watch/FDlQTVgAWo0, http://www.playvid.com/watch/etnpkrtbwN0,
http://www.playvid.com/watch/TGSgkNQUxjO, http://www.playvid.com/watch/7MOthOa7XNZ, http://www.playvid.com/watch/7eZpdjwujM7,
http://www.playvid.com/watch/pEOUPVSvUsZ, http://www.playvid.com/watch/JwVoY2WcvTm, http://www.playvid.com/watch/TC8s6zLSaCw,
http://www.playvid.com/watch/0a8-EfJDkEu, http://www.playvid.com/watch/iRCko89ghYf, http://www.playvid.com/watch/dBW6NnJB_PZ,
http://www.playvid.com/watch/tH9nnwOg8OG, http://www.playvid.com/watch/plK2PZJEO-l, http://www.playvid.com/watch/l2YCyA6tan7,
http://www.playvid.com/watch/TxjkqJxa8mt, http://www.playvid.com/watch/BtQJOaqE1gW, http://www.playvid.com/watch/QUFXToHp5ix,
http://www.playvid.com/watch/p32cEB6R1vF, http://www.playvid.com/watch/wThtz5wIqwx, http://www.playvid.com/watch/MgMi3AVK-Hf,
http://www.playvid.com/watch/9GddxkBcZlP, http://www.playvid.com/watch/8cE8ojeXLaF, http://www.playvid.com/watch/PxAmnqaRDqx,
http://www.playvid.com/watch/QP2khCux83U, http://www.playvid.com/watch/932nJTTPaPI, http://www.playvid.com/watch/geMFg87_oBw,
http://www.playvid.com/watch/CwtuoBXFWeR, http://www.playvid.com/watch/lJb6vFM-SST, http://www.playvid.com/watch/YAV-9t99N6T,
http://www.playvid.com/watch/Z1NzHvz8vPr, http://www.playvid.com/watch/BhvPlhAbgdK, http://www.playvid.com/watch/rCDfjTPexx8,
http://www.playvid.com/watch/x_svYw_M04i, http://www.playvid.com/watch/n2oT3Egeo6F, http://www.playvid.com/watch/rLMFMQPN3_2,
http://www.playvid.com/watch/G6CS9Rj_KOz, http://www.playvid.com/watch/Gh-1Oy7Ooyq, http://www.playvid.com/watch/BZUkQ6lYRHH,
http://www.playvid.com/watch/3HI6cwX4l4O, http://www.playvid.com/watch/boXhs1y8KA0, http://www.playvid.com/watch/wW0q9X-QjkB,
http://www.playvid.com/watch/hBoi8PTR4zL, http://www.playvid.com/watch/oHJlZSaYxaV, http://www.playvid.com/watch/ccEw2qjehlb,
http://www.playvid.com/watch/DxAaeHqOVrr, http://www.playvid.com/watch/qCBiebC0tX3, http://www.playvid.com/watch/4UzCt2AILVS,
http://www.playvid.com/watch/sM1z0nw7pjX, http://www.playvid.com/watch/V345Z8Q5MOw, http://www.playvid.com/watch/tveHAQcicgM,
http://www.playvid.com/watch/ANA-ZqyF_cQ, http://www.playvid.com/watch/3riPF6cgZhd, http://www.playvid.com/watch/80f-n1nXkMG,
http://www.playvid.com/watch/XiYM36E1Bs2, http://www.playvid.com/watch/J51fbT2jnk5, http://www.playvid.com/watch/d_U1MmtVX36,
http://www.playvid.com/watch/eQ5bHn_dD0X, http://www.playvid.com/watch/drfVjyK7_hd, http://www.playvid.com/watch/sThYc_0dENF,
http://www.playvid.com/watch/paTZsltRm7Z, http://www.playvid.com/watch/0_ugqTmYfQK, http://www.playvid.com/watch/lMfEKuitYag,
http://www.playvid.com/watch/lBuORLih3F4, http://www.playvid.com/watch/Ej4eb61b2Qm, http://www.playvid.com/watch/yNIZeZ2oAlW,
http://www.playvid.com/watch/SABtziC9ade, http://www.playvid.com/watch/hN7o6Y2Uvsu, http://www.playvid.com/watch/f0YcuiqFkZk,
http://www.playvid.com/watch/BKz286XAkfw, http://www.playvid.com/watch/PCBtLpvupHO, http://www.playvid.com/watch/Qw8F9MUn14w,
http://www.playvid.com/watch/JpYhltXRHhk, http://www.playvid.com/watch/WdWMcwEJMDV, http://www.playvid.com/watch/F1uN-2lupqN,
http://www.playvid.com/watch/KTfKr0NzvG0, http://www.playvid.com/watch/SrroRKl4g84, http://www.playvid.com/watch/gGnopbaCfLC,
http://www.playvid.com/watch/wkzOk0eQMAY, http://www.playvid.com/watch/jZ6_cM_Igjg, http://www.playvid.com/watch/dXendZF5V1b,
http://www.playvid.com/watch/bY95GpiNdMp, http://www.playvid.com/watch/Sfmn6bOo813, http://www.playvid.com/watch/RfQlQ9TMIGV,
http://www.playvid.com/watch/vqkvxT-rywJ, http://www.playvid.com/watch/pnR8hv2Z6wE, http://www.playvid.com/watch/B1otUU3lTYC,
http://www.playvid.com/watch/Leqhn0_FFL7, http://www.playvid.com/watch/4XULd74wMSH, http://www.playvid.com/watch/snHt_CqcUnH,
http://www.playvid.com/watch/H6BoUBvrntQ, http://www.playvid.com/watch/rqSJyz8WTuy, http://www.playvid.com/watch/csN93Yw8zq2,
http://www.playvid.com/watch/XAhP65ZNcQE, http://www.playvid.com/watch/4y2-Ox94A84, http://www.playvid.com/watch/zEoGoClEIPn,
http://www.playvid.com/watch/elzy53NzIdE, http://www.playvid.com/watch/X5n73sLYdy0, http://www.playvid.com/watch/eha_8aVF9vX,
http://www.playvid.com/watch/Tx6wwUAeiYP, http://www.playvid.com/watch/P_tC0WIRIhg, http://www.playvid.com/watch/qLdFewYwrku,
http://www.playvid.com/watch/z2fvFBuklNJ, http://www.playvid.com/watch/Q33-FN4Vajo, http://www.playvid.com/watch/KdIJrW05YN4,
http://www.playvid.com/watch/wkRG3sNSoGd, http://www.playvid.com/watch/ZnnKKPz01Cc, http://www.playvid.com/watch/ijD8IC7MKJB,
http://www.playvid.com/watch/AmhLBlaJPbo, http://www.playvid.com/watch/rZkOfcpuurT, http://www.playvid.com/watch/Vqj66a0ZPGB,
http://www.playvid.com/watch/SVWOmxmRBys, http://www.playvid.com/watch/vKIFjptiiLg, http://www.playvid.com/watch/AMM9ZEVd5SI,
http://www.playvid.com/watch/gTBPCf246hE, http://www.playvid.com/watch/Hfukt_OCKAx, http://www.playvid.com/watch/J7KuH3E5vR0,
http://www.playvid.com/watch/8AlW9PXNHxt, http://www.playvid.com/watch/mcE86R0HwP9, http://www.playvid.com/watch/cSLrQSfwS3a,
http://www.playvid.com/watch/QmP3y8aJHSw, http://www.playvid.com/watch/XndCUvsMJFo, http://www.playvid.com/watch/nib530P9AHQ,
http://www.playvid.com/watch/F_XiC9M6DYC, http://www.playvid.com/watch/G7Ii1oOXtYv, http://www.playvid.com/watch/BvMxFdCCFXi,
http://www.playvid.com/watch/WGkAQFj_ojP, http://www.playvid.com/watch/DmSQBEKaBy0, http://www.playvid.com/watch/yTxUL3TPuuu,
http://www.playvid.com/watch/IaJhUXKuzL3, http://www.playvid.com/watch/J8Qe1kf01pz, http://www.playvid.com/watch/MMHHDDiJs6W,
http://www.playvid.com/watch/h_ERBd-egoe, http://www.playvid.com/watch/5Aaydgs2y_z, http://www.playvid.com/watch/MQZtdgXu8JL,
http://www.playvid.com/watch/F_KBw15y47z, http://www.playvid.com/watch/kMCMQRWdCGp, http://www.playvid.com/watch/vX-7X_1hbXw,
http://www.playvid.com/watch/BGujDSWCCgf, http://www.playvid.com/watch/eHUpCVYVaCH, http://www.playvid.com/watch/6tc9ChuJ2K9,
http://www.playvid.com/watch/mhu1Oh4wc38, http://www.playvid.com/watch/azRQqR_qPmC, http://www.playvid.com/watch/XK1ew6aaEcd,
http://www.playvid.com/watch/pPbPyZwzDxu, http://www.playvid.com/watch/eA4eFfJBHZG, http://www.playvid.com/watch/Z5psfMEpxw2,
http://www.playvid.com/watch/ym34aBCIMqV, http://www.playvid.com/watch/LQwPHGmbbZI, http://www.playvid.com/watch/TMQ3OMlf6cf,
http://www.playvid.com/watch/OOypFpZnxON, http://www.playvid.com/watch/XGE7Uh9GGMr, http://www.playvid.com/watch/InkcfSoWtny,
http://www.playvid.com/watch/9y9ak9lIIIx, http://www.playvid.com/watch/Njqbks4yrhB, http://www.playvid.com/watch/SrsRVD2BFX2,
http://www.playvid.com/watch/vNaA-SGG-35, http://www.playvid.com/watch/oO4D9ahezVl, http://www.playvid.com/watch/6m1v-DGeexI,
http://www.playvid.com/watch/mX-Ys5tdZx0, http://www.playvid.com/watch/E2SbzLkgNv3, http://www.playvid.com/watch/a3yZzKbQP_n,
http://www.playvid.com/watch/i1b7g5Q2YVA, http://www.playvid.com/watch/bbYm-XAArf0, http://www.playvid.com/watch/PPzSc0lwGKc,
http://www.playvid.com/watch/oWJ0X_3nNxE, http://www.playvid.com/watch/v2LlreITNEL, http://www.playvid.com/watch/iUp6hxgnp1b,
http://www.playvid.com/watch/mjrYbcqudGV, http://www.playvid.com/watch/rUS0iat-tz2, http://www.playvid.com/watch/c6CxlYWsDFR,
http://www.playvid.com/watch/sGwA1c9-W6S, http://www.playvid.com/watch/HtHKOayk37o, http://www.playvid.com/watch/zGl8w8t9Tan,
http://www.playvid.com/watch/W7ovy6xuobR, http://www.playvid.com/watch/DwMBZQTEzTx, http://www.playvid.com/watch/X_jSMzKi3PT,
http://www.playvid.com/watch/V1K2nIwbjBn, http://www.playvid.com/watch/07_rKYZo2pV, http://www.playvid.com/watch/VD8inM47pBl,
http://www.playvid.com/watch/Okynn-vFM56, http://www.playvid.com/watch/a3sMmSHZU1p, http://www.playvid.com/watch/uq1p_ugHQOp,
http://www.playvid.com/watch/tjVItztXq34, http://www.playvid.com/watch/cGp95OF1rBT, http://www.playvid.com/watch/mK7iw-2KBRq,
http://www.playvid.com/watch/Yns9fG9ksnt, http://www.playvid.com/watch/w5vO0Qvl-ao, http://www.playvid.com/watch/Lu53c_4VeJm,
http://www.playvid.com/watch/ybD9kvM62m9, http://www.playvid.com/watch/hUr5cmg3WNV, http://www.playvid.com/watch/sXCr0zmocwk,
http://www.playvid.com/watch/fBdlWyQzlnS, http://www.playvid.com/watch/lc9zGPvRAEe, http://www.playvid.com/watch/89ubx3Enldj,
http://www.playvid.com/watch/6pwUEsrPp73, http://www.playvid.com/watch/TJT0xY_iqSK, http://www.playvid.com/watch/sSdGuFCOj8w,
http://www.playvid.com/watch/Pnj3jnaHPbc, http://www.playvid.com/watch/Lj9bka1U6Na, http://www.playvid.com/watch/tkb85fzajl3,
http://www.playvid.com/watch/LRDgYCHPty0, http://www.playvid.com/watch/XPDd32Z3CRJ, http://www.playvid.com/watch/3-_zXd3oVHP,
http://www.playvid.com/watch/pFCpEpaLsMM, http://www.playvid.com/watch/tjOA85Fa1xq, http://www.playvid.com/watch/hdso8zFCllc,
http://www.playvid.com/watch/sCPQZvlS_EC, http://www.playvid.com/watch/XQstPQ5yeI8, http://www.playvid.com/watch/YSNdEd_6I_9,
http://www.playvid.com/watch/zY3RPPUDDPr, http://www.playvid.com/watch/TWIrIgnTX79, http://www.playvid.com/watch/kjijlREqO39,
http://www.playvid.com/watch/47-ioYVa7mm, http://www.playvid.com/watch/F_wG5rwVjO0, http://www.playvid.com/watch/VezGncGR2ob,
http://www.playvid.com/watch/8cp6zrfDOtD, http://www.playvid.com/watch/UZ7bdYTGenz, http://www.playvid.com/watch/N1zZEPddJBo,
http://www.playvid.com/watch/vuo_TWd_4BA, http://www.playvid.com/watch/zQXubY8oImJ, http://www.playvid.com/watch/sXpmnoJ3O7I,
http://www.playvid.com/watch/jVdHMJUP4oG, http://www.playvid.com/watch/mauz45a68UX, http://www.playvid.com/watch/qXrD6iPapZE,
http://www.playvid.com/watch/K8PAKQKzdLc, http://www.playvid.com/watch/lgz94DRm-uS, http://www.playvid.com/watch/KY8klNUz-w0,
http://www.playvid.com/watch/plyZZxGNXBC, http://www.playvid.com/watch/W48X8-oWyKM, http://www.playvid.com/watch/CSd0moiZLuk,
http://www.playvid.com/watch/eXB0W9fHbES, http://www.playvid.com/watch/57rcqhqkxYD, http://www.playvid.com/watch/EqCbJIEZICh,
http://www.playvid.com/watch/AQ9HXcp9sUA, http://www.playvid.com/watch/Z7qvpmNyBLB, http://www.playvid.com/watch/0p3ZSrsqNuQ,
http://www.playvid.com/watch/aUrTp41gGP8, http://www.playvid.com/watch/A7ETy4TQIvp, http://www.playvid.com/watch/BQMk3RuU2mv,
http://www.playvid.com/watch/dAU1w9vhBuN, http://www.playvid.com/watch/iXHQT-Cvwk9, http://www.playvid.com/watch/JWg-Hsb2YA3,
http://www.playvid.com/watch/O3lyCJ_I0lg, http://www.playvid.com/watch/P-SumV_nJHe, http://www.playvid.com/watch/UjzOK6M-g1P,

http://www.playvid.com/watch/R6qk5JpMN4G, http://www.playvid.com/watch/GvtXxjIPGW7, http://www.playvid.com/watch/QKt1ul7zB_v,
http://www.playvid.com/watch/cF6N9yLxl16, http://www.playvid.com/watch/SJmJ2mQwdhf, http://www.playvid.com/watch/eGMlF-nneC6,
http://www.playvid.com/watch/vqmBpUCQ9s8, http://www.playvid.com/watch/VYxlW_EphhD, http://www.playvid.com/watch/NdHveWfNHKR,
http://www.playvid.com/watch/7GKzR4TGu5G, http://www.playvid.com/watch/PvKsIvQy7pO, http://www.playvid.com/watch/VIf7xE3Gyj3,
http://www.playvid.com/watch/EYYnQs-OQZ3, http://www.playvid.com/watch/QfE0rbGFJ2L, http://www.playvid.com/watch/Mm--ebIbjee,
http://www.playvid.com/watch/oUCxyBO2Y-W, http://www.playvid.com/watch/uDZgRn8URYY, http://www.playvid.com/watch/rFt3udZlPY7,
http://www.playvid.com/watch/A0GUbPeAsit, http://www.playvid.com/watch/NV4mu0pHSdX, http://www.playvid.com/watch/f002vUJ0dDb,
http://www.playvid.com/watch/oqpn4A-OjwE, http://www.playvid.com/watch/uB-i-7pd_ng, http://www.playvid.com/watch/tqdnxATbYGb,
http://www.playvid.com/watch/ThNS-kP8Zhc, http://www.playvid.com/watch/sr1Ha9vrQYa, http://www.playvid.com/watch/0ZCeBwVGh_6,
http://www.playvid.com/watch/tE0Hntl4Ube, http://www.playvid.com/watch/aFNKTJFG93H, http://www.playvid.com/watch/U1dsS-PyK4S,
http://www.playvid.com/watch/lAy_5CN4SXy, http://www.playvid.com/watch/vzH155Saz_b, http://www.playvid.com/watch/lM9nGsk3MQT,
http://www.playvid.com/watch/dPS6PoZ5UTq, http://www.playvid.com/watch/lwrY8yrayKG, http://www.playvid.com/watch/Gc0VMNeGTYw,
http://www.playvid.com/watch/SjQiqzp31bq, http://www.playvid.com/watch/wH5RStmoGcp, http://www.playvid.com/watch/5i-w7tWTvj4,
http://www.playvid.com/watch/WsEsMX7smUu, http://www.playvid.com/watch/ODeCOgn8D4x, http://www.playvid.com/watch/XwiJ9wM2ogO,
http://www.playvid.com/watch/6Z2sL6uiIwx, http://www.playvid.com/watch/TYb_InvwCpZ, http://www.playvid.com/watch/TouHd1NsPd0,
http://www.playvid.com/watch/v8-9-thiQgP, http://www.playvid.com/watch/QzzeXDz9-r7, http://www.playvid.com/watch/gh4T8I94EiG,
http://www.playvid.com/watch/vCH6g4sj7kp, http://www.playvid.com/watch/INHJGBNkCPj, http://www.playvid.com/watch/KWCGHbmSiAe,
http://www.playvid.com/watch/JQiAtgpHU4w, http://www.playvid.com/watch/KUN0U85zEDN, http://www.playvid.com/watch/VTubsgNNNlG,
http://www.playvid.com/watch/lkBRhc09s3I, http://www.playvid.com/watch/aEjk03J970B, http://www.playvid.com/watch/ArCWw6Fy_Cr,
http://www.playvid.com/watch/GczD3wRIJJa, http://www.playvid.com/watch/P6Iho2UpfVy, http://www.playvid.com/watch/D0FuhUFKVn3,
http://www.playvid.com/watch/XfLd5cK95Iu, http://www.playvid.com/watch/S-anOhFjCzy, http://www.playvid.com/watch/Uz1OjpMHhlK,
http://www.playvid.com/watch/454ydahpruA, http://www.playvid.com/watch/vDv7Rgross6, http://www.playvid.com/watch/MedMzUspvFg,
http://www.playvid.com/watch/lVajrYbkl-e, http://www.playvid.com/watch/4aeKPPWhIWY, http://www.playvid.com/watch/KTdULQrw__Z,
http://www.playvid.com/watch/KDCCd9CG7X6, http://www.playvid.com/watch/SIbWA7ih5CW, http://www.playvid.com/watch/L3oDhjgDjUf,
http://www.playvid.com/watch/T3wT09xrVpZ, http://www.playvid.com/watch/GhYxhKffbYO, http://www.playvid.com/watch/YJTPrkJlixO,
http://www.playvid.com/watch/qsbKQBXGlBg, http://www.playvid.com/watch/NFnxBi9btaw, http://www.playvid.com/watch/a7zAxM3FuvP,
http://www.playvid.com/watch/m7lz5xbWgda, http://www.playvid.com/watch/LzVkuGGL7wt, http://www.playvid.com/watch/U4GC8Xh09wz,
http://www.playvid.com/watch/OcB4UrTgC97, http://www.playvid.com/watch/6kzvIbEn1TY, http://www.playvid.com/watch/Tuf8DpELfCq,
http://www.playvid.com/watch/7TG7Pn0B52M, http://www.playvid.com/watch/isSPQybZzX4, http://www.playvid.com/watch/ZqvBLlZf2cz,
http://www.playvid.com/watch/5vPEHbuO2qL, http://www.playvid.com/watch/d8o7o-IUsy4, http://www.playvid.com/watch/of8Tdd8iOLO,
http://www.playvid.com/watch/qTrB_MTG6d7, http://www.playvid.com/watch/GiudNX5r7qr, http://www.playvid.com/watch/ClaU5gl2dAI,
http://www.playvid.com/watch/UkME-JRf_eE, http://www.playvid.com/watch/9ZVvHssw8Dx, http://www.playvid.com/watch/roCU2IW8kTt,
http://www.playvid.com/watch/APlN3SkGAII, http://www.playvid.com/watch/vEpPetGLcQP, http://www.playvid.com/watch/FUjcCMF0GD9,
http://www.playvid.com/watch/lPuWnB6eK5U, http://www.playvid.com/watch/zyQzUHa9N5B, http://www.playvid.com/watch/QeY2C8bEij8,
http://www.playvid.com/watch/V74qJRogHH2, http://www.playvid.com/watch/s5icJNwyJsV, http://www.playvid.com/watch/szY5c2oXP-z,
http://www.playvid.com/watch/gfhs8AXk64F, http://www.playvid.com/watch/PJdAA2zBOKA, http://www.playvid.com/watch/AgOvhhnjcl3,
http://www.playvid.com/watch/GAPLgoTEfCK, http://www.playvid.com/watch/PnMBJ2JiXPK, http://www.playvid.com/watch/TJvC2mCbsWk,
http://www.playvid.com/watch/YiwBD8qyV6h, http://www.playvid.com/watch/LRXqrmm9ZZ3, http://www.playvid.com/watch/w3b9W4x5iao,
http://www.playvid.com/watch/5gOoytK6cq5, http://www.playvid.com/watch/aOhxmjGqGjD, http://www.playvid.com/watch/8LvLBeL1qP0,
http://www.playvid.com/watch/zXOjX3Pav0P, http://www.playvid.com/watch/oSJwJKE9Y-y, http://www.playvid.com/watch/lmLH2fQOgFt,
http://www.playvid.com/watch/b-_iLRqgkHC, http://www.playvid.com/watch/7ieWFNggbqs, http://www.playvid.com/watch/dJJOBOQVxwN,
http://www.playvid.com/watch/GNyDnKb36-B, http://www.playvid.com/watch/qL7ipUGEaGT, http://www.playvid.com/watch/4YzzApwf8Xu,
http://www.playvid.com/watch/KzTqjV5vLBj, http://www.playvid.com/watch/yRn5dP09HW3, http://www.playvid.com/watch/tf9ui8h27OP,
http://www.playvid.com/watch/5ZmT8XJC2pY, http://www.playvid.com/watch/IdK-T4Jmgku, http://www.playvid.com/watch/QI1EGVRg_UV,
http://www.playvid.com/watch/6LPmM-XuuR3, http://www.playvid.com/watch/OzJ0IDgWQnx, http://www.playvid.com/watch/x-XhtTjJlf7,
http://www.playvid.com/watch/h8AVa46tYdL, http://www.playvid.com/watch/ryTWYRhB5sI, http://www.playvid.com/watch/gXSMo3rqaRW,
http://www.playvid.com/watch/y23cYldD55V, http://www.playvid.com/watch/OlazUMmGG-Z, http://www.playvid.com/watch/wMk8F0-0ZUC,
http://www.playvid.com/watch/bTMTQ1iiu5g, http://www.playvid.com/watch/fKjsqvnqBuU, http://www.playvid.com/watch/8yF00hmim0D,
http://www.playvid.com/watch/DC1ZZcmq2Ei, http://www.playvid.com/watch/eXRb2KMImMP, http://www.playvid.com/watch/bvgsIYsfirr,
http://www.playvid.com/watch/LG1jazSm8n0, http://www.playvid.com/watch/OM8V5c1gvqU, http://www.playvid.com/watch/NmaN56vIOYP,
http://www.playvid.com/watch/Mq-Bs15Ze8Q, http://www.playvid.com/watch/Ndnu3ErjUOI, http://www.playvid.com/watch/6YzjwZDpjLI,
http://www.playvid.com/watch/CTafRsS0Kza, http://www.playvid.com/watch/Xy6L0-AvNZ5, http://www.playvid.com/watch/Trq3gEZRZDM,
http://www.playvid.com/watch/V4hb0hRiAVi, http://www.playvid.com/watch/EBH8UX5BSCg, http://www.playvid.com/watch/v6STMvoPpqr,
http://www.playvid.com/watch/C4K2BK4XkwQ, http://www.playvid.com/watch/oqpSt9u9dL0, http://www.playvid.com/watch/ULy2SPxIlou,
http://www.playvid.com/watch/ZK-N5Y5sggN, http://www.playvid.com/watch/dChorRVIgG8, http://www.playvid.com/watch/9r3ufQoqp-E,
http://www.playvid.com/watch/lKHErERHtPj, http://www.playvid.com/watch/yNT6U-Da_NZ, http://www.playvid.com/watch/90O_cSe21za,
http://www.playvid.com/watch/xKhlCOdoJcd, http://www.playvid.com/watch/xbXuozAcaur, http://www.playvid.com/watch/plv6z8k1LcV,
http://www.playvid.com/watch/cEbueotvacE, http://www.playvid.com/watch/bwfM6LXs570, http://www.playvid.com/watch/kNfM2r9cVjP
5.f. Date of third notice: 2014-05-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: clan
5.b. Uploader's email address: oodamarasengan20@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/clan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ldemj3TJRhL, http://www.playvid.com/watch/58iMa0O92uh,
http://www.playvid.com/watch/mqTsJnOYFa-, http://www.playvid.com/watch/johPvinbtFy, http://www.playvid.com/watch/XT05T9U5yVc,
http://www.playvid.com/watch/V2swDNVtazv, http://www.playvid.com/watch/WjRDgYiM5RX, http://www.playvid.com/watch/fmufguThlSi,
http://www.playvid.com/watch/Lzoywhu7pqX, http://www.playvid.com/watch/UxvsnTM6CXP, http://www.playvid.com/watch/ec-8jUMIBKd,
http://www.playvid.com/watch/VheIm8zltt7, http://www.playvid.com/watch/puRRwYKdyi8, http://www.playvid.com/watch/SHad7a7-9Gu,
http://www.playvid.com/watch/C4n2iD6VD7r, http://www.playvid.com/watch/LE3hyGEGJ-6, http://www.playvid.com/watch/oXGaW9hJBry,
http://www.playvid.com/watch/d4oL8H9-I87, http://www.playvid.com/watch/Az-NqHhH42f, http://www.playvid.com/watch/IhsRzCfQS4G,
http://www.playvid.com/watch/LJUcF0PzoGg, http://www.playvid.com/watch/daPSmqSqSCk, http://www.playvid.com/watch/IUPIX2ksBDr,
http://www.playvid.com/watch/QLLtvD32ukW, http://www.playvid.com/watch/4paccHEcamp, http://www.playvid.com/watch/Fylpds5LyMR,
http://www.playvid.com/watch/ve4W5xK6H3J, http://www.playvid.com/watch/Wkz4r5tm5d2, http://www.playvid.com/watch/tyqwvzuE4wL
5.f. Date of third notice: 2014-04-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: claracarl
5.b. Uploader's email address: eidogdoggy@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/claracarl
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fZXeX_WZHDB, http://www.playvid.com/watch/n1o_lFUcNfj,
http://www.playvid.com/watch/Upon41yutWt, http://www.playvid.com/watch/JoV2HB0gJ1J, http://www.playvid.com/watch/M2TdlWu-S4j,
http://www.playvid.com/watch/toMRRqtIN09, http://www.playvid.com/watch/EZqmwttG64M, http://www.playvid.com/watch/fISakSa1IJo,
http://www.playvid.com/watch/sle-hfCJuNA, http://www.playvid.com/watch/pz4ercMJ0gS, http://www.playvid.com/watch/c-kEwVXNFVm,
http://www.playvid.com/watch/KBWeIBXbmIt, http://www.playvid.com/watch/F2zZVkqDeq8, http://www.playvid.com/watch/ge0dcxuVVHo,
http://www.playvid.com/watch/sBgIzbBV_Ac, http://www.playvid.com/watch/Edl-ZrKds8M, http://www.playvid.com/watch/WZiIQBPxO1f,
http://www.playvid.com/watch/ExJJLevgOjm, http://www.playvid.com/watch/vmZvkDdG3sr, http://www.playvid.com/watch/Qgt7q3hhgna,
http://www.playvid.com/watch/U0oXQB332tk, http://www.playvid.com/watch/dxH-RhxhzeO, http://www.playvid.com/watch/3x7eqR2JHGV,
http://www.playvid.com/watch/VLV8QFr0kAr, http://www.playvid.com/watch/qGYW6LW4rmr, http://www.playvid.com/watch/9BPVyHTM00i,
http://www.playvid.com/watch/m3F2LAtgOHs, http://www.playvid.com/watch/DKC9tL3syHL, http://www.playvid.com/watch/szgp2xXB2rp,
http://www.playvid.com/watch/44_REsmccKJ, http://www.playvid.com/watch/8HuW_vugk9W, http://www.playvid.com/watch/me04HCKzhce,
http://www.playvid.com/watch/21ftirf750p, http://www.playvid.com/watch/gMs7B6gj-vK, http://www.playvid.com/watch/75BSmoawo5j,
http://www.playvid.com/watch/OGqdpkOgGq2, http://www.playvid.com/watch/cDsfcTYqCl0, http://www.playvid.com/watch/oNa5n6vDZEv,
http://www.playvid.com/watch/lu45yfHoCHr, http://www.playvid.com/watch/MtkKNSBK-dM, http://www.playvid.com/watch/jEUAG0S-aBj,
http://www.playvid.com/watch/J7gM3Z-RQRr, http://www.playvid.com/watch/ZVPpWC0e4Xm, http://www.playvid.com/watch/UXPr-SOCJQo,
http://www.playvid.com/watch/yTVdD2jY4-h, http://www.playvid.com/watch/tKBkH8lYDnH, http://www.playvid.com/watch/TcQKVZWuQSN,

http://www.playvid.com/watch/s2rpejLgQGG, http://www.playvid.com/watch/E1rjrIIpXnQ, http://www.playvid.com/watch/R83by58132u,
http://www.playvid.com/watch/3WtCKvIUfqS, http://www.playvid.com/watch/mTj0UKjYKvD, http://www.playvid.com/watch/9Btw-_BxI5S,
http://www.playvid.com/watch/MB_3jXymN99, http://www.playvid.com/watch/iHmumfWIwIu, http://www.playvid.com/watch/y2PXAVAAYoI,
http://www.playvid.com/watch/j7KsjRSyUIQ, http://www.playvid.com/watch/A_cpZ4_wFqp, http://www.playvid.com/watch/kmAA9iINHXL,
http://www.playvid.com/watch/2SZtNZBrjDF, http://www.playvid.com/watch/uKe0O6wX1Lq, http://www.playvid.com/watch/dDeRHnVmQ_6,
http://www.playvid.com/watch/QO7-XLcSmej, http://www.playvid.com/watch/XSSsQ3ZdTQ2, http://www.playvid.com/watch/wZkvfgQLf4a,
http://www.playvid.com/watch/0O5c1hhqGCj, http://www.playvid.com/watch/LCDmDf9XUOe, http://www.playvid.com/watch/ns66RTbR8gp,
http://www.playvid.com/watch/MmepaMOcYIB, http://www.playvid.com/watch/0z-f_ZYnInQ, http://www.playvid.com/watch/JM16_8ij-fz,
http://www.playvid.com/watch/NWeb8mVfMq6, http://www.playvid.com/watch/3sDpBmQMTbP, http://www.playvid.com/watch/Q4boQETgxTe,
http://www.playvid.com/watch/pLuDbPZ9AWE, http://www.playvid.com/watch/4IDldTbRvmE, http://www.playvid.com/watch/hw4hAfqw-lJ,
http://www.playvid.com/watch/aYasbb08yyv, http://www.playvid.com/watch/xrSjkzfO57p, http://www.playvid.com/watch/qdpGU15Z0Va,
http://www.playvid.com/watch/toCxDYSn2dq, http://www.playvid.com/watch/75LlpgKpKsu, http://www.playvid.com/watch/KYXxCqy5A3D,
http://www.playvid.com/watch/C3PlTwI4lwf, http://www.playvid.com/watch/FLveEJUsuXN, http://www.playvid.com/watch/L97jOYY_Kom,
http://www.playvid.com/watch/3xLRfKJ1jLH, http://www.playvid.com/watch/5DEWyfFJgFu, http://www.playvid.com/watch/SO3PW2Yz72H,
http://www.playvid.com/watch/vQ8hfUBDSBG, http://www.playvid.com/watch/8u-9FQefAuF, http://www.playvid.com/watch/3m-mzNEtO9H,
http://www.playvid.com/watch/ZhpaUcoc2ns, http://www.playvid.com/watch/jbVu1rw6hqa, http://www.playvid.com/watch/J-WSobxFTfz,
http://www.playvid.com/watch/2Ytj8UvogEs, http://www.playvid.com/watch/aLg5ZZSS5yJ, http://www.playvid.com/watch/D_xssHVrIUp,
http://www.playvid.com/watch/mERwo_N1Q67, http://www.playvid.com/watch/VYiI5NIKKtw, http://www.playvid.com/watch/fSYlgv1E0cs,
http://www.playvid.com/watch/M5dgsTrXVKQ, http://www.playvid.com/watch/ccXKj-jwUPB, http://www.playvid.com/watch/Xa91yXmKMfM,
http://www.playvid.com/watch/zZt_GDkfryS, http://www.playvid.com/watch/B_wQNU3dy5D, http://www.playvid.com/watch/q6x5WHgwabz,
http://www.playvid.com/watch/EQHciD5k1XS, http://www.playvid.com/watch/CMnDt76ZEgj, http://www.playvid.com/watch/fx0nRfSF2sC,
http://www.playvid.com/watch/53cRVTRekWV, http://www.playvid.com/watch/sg6L90XzwCz, http://www.playvid.com/watch/noRg-DVeRso,
http://www.playvid.com/watch/KD3mGzt8tpN, http://www.playvid.com/watch/yrAQJIxNxV4, http://www.playvid.com/watch/YtKBQuwSV3e,
http://www.playvid.com/watch/4CJN_vSjElW, http://www.playvid.com/watch/Wxxz3HzkrYL, http://www.playvid.com/watch/2M8q2WlGDuv,
http://www.playvid.com/watch/RAGfRyk9Uph, http://www.playvid.com/watch/laBGx245tpU, http://www.playvid.com/watch/mZdDdbIanLj,
http://www.playvid.com/watch/LDfXvP5sG_w, http://www.playvid.com/watch/dqRB7SyPJJv, http://www.playvid.com/watch/XONVa3mP2_5,
http://www.playvid.com/watch/4qAyO6lj1ic, http://www.playvid.com/watch/5nEOrVo-gK6, http://www.playvid.com/watch/kIuufsMB1E0,
http://www.playvid.com/watch/rihoWnQBcSJ, http://www.playvid.com/watch/d6_AZufQHF7, http://www.playvid.com/watch/aNiY0uA31ip,
http://www.playvid.com/watch/UVsBtMTOuqL, http://www.playvid.com/watch/qPMqpqTr_wQ, http://www.playvid.com/watch/mnayiRtPWky,
http://www.playvid.com/watch/QNDPSLala17, http://www.playvid.com/watch/k2zoJ8Omvrx, http://www.playvid.com/watch/if7KJobGN6n,
http://www.playvid.com/watch/lBNdaXYrXMs, http://www.playvid.com/watch/nOuepjC72u3, http://www.playvid.com/watch/8zPugntQr9O,
http://www.playvid.com/watch/O7cgIkNYCYr, http://www.playvid.com/watch/XeD3QkYekPO, http://www.playvid.com/watch/unqCoPBJrtd,
http://www.playvid.com/watch/hRKrmNG5ZcU, http://www.playvid.com/watch/Gbk3wIGgUSd, http://www.playvid.com/watch/hiLUxvrOLVY,
http://www.playvid.com/watch/T3_f-gaf_Jo, http://www.playvid.com/watch/vbrW5zCE3Iy, http://www.playvid.com/watch/u1Hg5Gxraap,
http://www.playvid.com/watch/LNpAkHupoil, http://www.playvid.com/watch/6p4hm0pBdn9, http://www.playvid.com/watch/oiAtLUl_Lah,
http://www.playvid.com/watch/rFfefJpsCGX, http://www.playvid.com/watch/fU-TeBE6XWL, http://www.playvid.com/watch/5Pa5NgaucyA,
http://www.playvid.com/watch/N15gvMg1OUp, http://www.playvid.com/watch/JLAeJUvTaET, http://www.playvid.com/watch/S_IRo7DObkz,
http://www.playvid.com/watch/U-L9tlxlBxW, http://www.playvid.com/watch/ci1B2PYsqYG, http://www.playvid.com/watch/nZ5YfPE1XSQ,
http://www.playvid.com/watch/Gq0Bft45BxX, http://www.playvid.com/watch/7Xl_yUdAzC5, http://www.playvid.com/watch/Qf2gTEUP-WR,
http://www.playvid.com/watch/itjpYmQyaIX, http://www.playvid.com/watch/BE-XX_ng88T, http://www.playvid.com/watch/I0hHItaDp49,
http://www.playvid.com/watch/0AgIzl2CvM3, http://www.playvid.com/watch/NFQC1bSfTC6, http://www.playvid.com/watch/W0H4wtNRvOu,
http://www.playvid.com/watch/JjrEWhnE-8R, http://www.playvid.com/watch/l2DbyCVmHQT, http://www.playvid.com/watch/OgJn6KCqC0K,
http://www.playvid.com/watch/La7CwVHC66y, http://www.playvid.com/watch/nksSIH9BzBZ, http://www.playvid.com/watch/9GdDpBNtwTD,
http://www.playvid.com/watch/OEDWleTCXec, http://www.playvid.com/watch/TijfKtZEvmW, http://www.playvid.com/watch/Fax5zr_Svtm,
http://www.playvid.com/watch/679Rtgk-9j3, http://www.playvid.com/watch/L88msWpLcSi, http://www.playvid.com/watch/tgdAiwXIPZI,
http://www.playvid.com/watch/TFpfg5YJkLj, http://www.playvid.com/watch/Pc4SvC8CgRX, http://www.playvid.com/watch/wuFNi7ODurX
5.f. Date of third notice: 2015-09-04 19:17:26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cmi1206
5.b. Uploader's email address: cm.isontheedge@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cmi1206
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IuPicY1rT9y, http://www.playvid.com/watch/dCdHN78zFHW,
http://www.playvid.com/watch/F1rC9eIgbRv, http://www.playvid.com/watch/XEoISVlSZXU, http://www.playvid.com/watch/kWUkaaNihKF,
http://www.playvid.com/watch/pjM1_hn50-j, http://www.playvid.com/watch/pYw5TsqoA7Y, http://www.playvid.com/watch/UBtVaCoc4lV,
http://www.playvid.com/watch/Ku_UEmrinwv, http://www.playvid.com/watch/mbH44thbgl3, http://www.playvid.com/watch/ruqATq0csSD,
http://www.playvid.com/watch/vbvDOYiqVJG, http://www.playvid.com/watch/CZuOs1UXrb0, http://www.playvid.com/watch/l8FX6x4CEnG,
http://www.playvid.com/watch/CCKRTQrXi44, http://www.playvid.com/watch/C2udVc4pzaB, http://www.playvid.com/watch/k61VWbxlrui,
http://www.playvid.com/watch/wWHvo_8R8Ld, http://www.playvid.com/watch/CPCaecjVEFb, http://www.playvid.com/watch/kB5FBZe6H8t,
http://www.playvid.com/watch/gZl9DjfHDWL, http://www.playvid.com/watch/UAxMchloVMx, http://www.playvid.com/watch/FkFb9_mTmFQ,
http://www.playvid.com/watch/MDHpc9wbSCp, http://www.playvid.com/watch/Y49EtzepBYQ, http://www.playvid.com/watch/EEu_ogvi6Rv,
http://www.playvid.com/watch/Joid30_DmhZ, http://www.playvid.com/watch/kd45siPnbnR, http://www.playvid.com/watch/HYur1GYKjLF,
http://www.playvid.com/watch/ekBvZA7uiVG, http://www.playvid.com/watch/Qyvj-SbHyuI, http://www.playvid.com/watch/KOi1gpaiiIc,
http://www.playvid.com/watch/UzIbmsTBzWT, http://www.playvid.com/watch/j6PYwZX1wUK, http://www.playvid.com/watch/gJcThr2BEOZ,
http://www.playvid.com/watch/8X7TFwBvL_R, http://www.playvid.com/watch/Tp0oIp8r9Ck, http://www.playvid.com/watch/j_VEysc6ZUJ,
http://www.playvid.com/watch/sDCQ0t_iA3S, http://www.playvid.com/watch/MXfu2sZU6Wy, http://www.playvid.com/watch/XqzT_lXBFqf,
http://www.playvid.com/watch/0_O725VNGL2, http://www.playvid.com/watch/oZOFUdKLbub, http://www.playvid.com/watch/9gWDAcHpvlt,
http://www.playvid.com/watch/GBgFDjlF0YU, http://www.playvid.com/watch/27NLVc9Wvhf, http://www.playvid.com/watch/wUeM6V2WP_n,
http://www.playvid.com/watch/U8pO7VeCVG5, http://www.playvid.com/watch/ebRjr-KJEGd, http://www.playvid.com/watch/qCd1nKdkSO9,
http://www.playvid.com/watch/9VNgj8NmpmW, http://www.playvid.com/watch/eruiFIY9poF, http://www.playvid.com/watch/YLadaYwomCv,
http://www.playvid.com/watch/Qt75SCNH9jk, http://www.playvid.com/watch/hv4NYGJr_qo, http://www.playvid.com/watch/aipvqCVYNsa,
http://www.playvid.com/watch/W9CzuSd00-w, http://www.playvid.com/watch/6j38tdzE4tN, http://www.playvid.com/watch/HecYDunKPQU,
http://www.playvid.com/watch/RMgb1FDVh6a, http://www.playvid.com/watch/MSHHBonoiC0, http://www.playvid.com/watch/SH7ipjejmDp,
http://www.playvid.com/watch/s4iPHJKMknN, http://www.playvid.com/watch/aVx5xIijYnO, http://www.playvid.com/watch/Bes66NqZn_Z,
http://www.playvid.com/watch/LCCcG14DYD4, http://www.playvid.com/watch/Kg01Tim_NjV, http://www.playvid.com/watch/yzm-vbPo9vm,
http://www.playvid.com/watch/8Cxsru1kg1s, http://www.playvid.com/watch/vBkRSbjftWG, http://www.playvid.com/watch/IUF3tNbE7Oi,
http://www.playvid.com/watch/EDR8ud9h-jI, http://www.playvid.com/watch/6pgX8Kztp-S, http://www.playvid.com/watch/GAVK_kdVbvE,
http://www.playvid.com/watch/LEcw18oYcZQ, http://www.playvid.com/watch/mxRJJGA4DXC, http://www.playvid.com/watch/8bBab3UT1ur,
http://www.playvid.com/watch/ARFz4om6UZF, http://www.playvid.com/watch/BOhWB_L31EA, http://www.playvid.com/watch/hJN98eFDGZh,
http://www.playvid.com/watch/mmWLvRAg0Dy, http://www.playvid.com/watch/rv5u7G4SxCg, http://www.playvid.com/watch/DF3MZo4kTbU,
http://www.playvid.com/watch/r8vt83TyEi5, http://www.playvid.com/watch/sdtwkbavL5g, http://www.playvid.com/watch/0QWSiDgo8dm,
http://www.playvid.com/watch/0TrTDBwwgIl, http://www.playvid.com/watch/z_9PDuX_i9D, http://www.playvid.com/watch/Suq_GBA2GI3,
http://www.playvid.com/watch/DBKsauxBjpb, http://www.playvid.com/watch/R_1pS66q1X7, http://www.playvid.com/watch/d-bJBXv6Srk,
http://www.playvid.com/watch/RVQFbsmHjRA, http://www.playvid.com/watch/ik45eEnfKX3, http://www.playvid.com/watch/O0JVz6_r3cD,
http://www.playvid.com/watch/RWlu0I4ankd, http://www.playvid.com/watch/Gvwo5Ss7GhH, http://www.playvid.com/watch/43C3v6ylIdO,
http://www.playvid.com/watch/Y8ErJrxMBGY, http://www.playvid.com/watch/tmwS1DgxQun, http://www.playvid.com/watch/WG--sEb-iW4,
http://www.playvid.com/watch/u_MiNTTIX9e, http://www.playvid.com/watch/fyaoIlDoo1x, http://www.playvid.com/watch/edQQ42WoVVi,
http://www.playvid.com/watch/BZd0vtzB9SH, http://www.playvid.com/watch/DFfGHGFNLvN, http://www.playvid.com/watch/HtfDJjxbNay,
http://www.playvid.com/watch/JEU6S26ZOk0, http://www.playvid.com/watch/5D0uSunuo9D, http://www.playvid.com/watch/MyxhvM6nfkc,
http://www.playvid.com/watch/e5wq-oML-Sk, http://www.playvid.com/watch/6bAhFKUlKmK, http://www.playvid.com/watch/9DHxDL7Fk52,
http://www.playvid.com/watch/ZyzJYetxvze, http://www.playvid.com/watch/CtjWUfvj4At, http://www.playvid.com/watch/7amNRt2u2Tn,
http://www.playvid.com/watch/D0fMmXQe9M3, http://www.playvid.com/watch/9zM0XcgQVOK, http://www.playvid.com/watch/ctZIZjVJqqM,
http://www.playvid.com/watch/nH-wi2qseKu, http://www.playvid.com/watch/qtkSMVkoK1b, http://www.playvid.com/watch/KeROPkTbnuy,
http://www.playvid.com/watch/XW0aeGaxyrf, http://www.playvid.com/watch/OfBmigG-_YQ, http://www.playvid.com/watch/FeySI64N51c,
http://www.playvid.com/watch/exZBmk4-M3i, http://www.playvid.com/watch/rTuNgN3bjs4, http://www.playvid.com/watch/FhVMD4jl-_U,
http://www.playvid.com/watch/56dH2cn6DPQ, http://www.playvid.com/watch/mRlFTyrHxyz, http://www.playvid.com/watch/whYN9o3cwzS,

http://www.playvid.com/watch/eG-rVFACxCF, http://www.playvid.com/watch/KUNhLFIEXZK, http://www.playvid.com/watch/6-clDKPvocA,
http://www.playvid.com/watch/4BdXBFN_Bjq, http://www.playvid.com/watch/nx5rJBOCYeF, http://www.playvid.com/watch/eXqd41r_mU5,
http://www.playvid.com/watch/6y28teLytOe, http://www.playvid.com/watch/jMLSoehqW9T, http://www.playvid.com/watch/os5kVse4nKC,
http://www.playvid.com/watch/TsnVaxObuex, http://www.playvid.com/watch/9L79qgRnFjZ, http://www.playvid.com/watch/Db6tykx1n-T,
http://www.playvid.com/watch/MKkJ_AdFQvN, http://www.playvid.com/watch/moP1Wh483DG, http://www.playvid.com/watch/NSSAwScU_Nw,
http://www.playvid.com/watch/mZplL-56Kay, http://www.playvid.com/watch/n8YWJl5OJ9i, http://www.playvid.com/watch/u-H9O2WpkRz,
http://www.playvid.com/watch/CCRQmRS16n9, http://www.playvid.com/watch/78unsMsgeHS, http://www.playvid.com/watch/6zdbO532pjW,
http://www.playvid.com/watch/mv1ursCnohU, http://www.playvid.com/watch/Ck4kzGHz_wQ, http://www.playvid.com/watch/95kZzVDIb4G,
http://www.playvid.com/watch/HYqcyX6RUDk, http://www.playvid.com/watch/l6aTJsNSsSm, http://www.playvid.com/watch/llzRu8P96tK,
http://www.playvid.com/watch/GI2PJ-eimqW, http://www.playvid.com/watch/Yubc8rq5imq, http://www.playvid.com/watch/FAJZ67sPa5s,
http://www.playvid.com/watch/8MxVO-j-19t, http://www.playvid.com/watch/utIkw883207, http://www.playvid.com/watch/eJkeK8zlr6e,
http://www.playvid.com/watch/m82UT0-_d-9, http://www.playvid.com/watch/L1UQSizxMTV, http://www.playvid.com/watch/ViywCorSeez,
http://www.playvid.com/watch/knnQp4rVrWz, http://www.playvid.com/watch/cPibuFYWpaH, http://www.playvid.com/watch/HMoqx2Dx5Pr,
http://www.playvid.com/watch/0IKFgBJJ7DL, http://www.playvid.com/watch/06LiYQznpnK, http://www.playvid.com/watch/OHYySyuys8Q,
http://www.playvid.com/watch/xt4Uox1AjPH, http://www.playvid.com/watch/QDn0VYU1zu8, http://www.playvid.com/watch/ovn4nexYPV2,
http://www.playvid.com/watch/p7-AOcbb6Qv, http://www.playvid.com/watch/WFCoohH9yyX, http://www.playvid.com/watch/oMHnhmMGfa0,
http://www.playvid.com/watch/38qw2cCqf_6, http://www.playvid.com/watch/n1xO5rp6Fes, http://www.playvid.com/watch/F2HqzFII-jR,
http://www.playvid.com/watch/3DFcz4kLYyc, http://www.playvid.com/watch/jdrCLZtRFRG, http://www.playvid.com/watch/y1BfyoDvLbg,
http://www.playvid.com/watch/dOC2FXqGwaZ, http://www.playvid.com/watch/JcqlS8eaw23, http://www.playvid.com/watch/OIezfzdqO1B,
http://www.playvid.com/watch/JY5PdpkCLvr, http://www.playvid.com/watch/AtyiJlN2Iis, http://www.playvid.com/watch/m1aSMjQbRlF,
http://www.playvid.com/watch/lxghR9u8tYk, http://www.playvid.com/watch/fnLNLxfw9wX, http://www.playvid.com/watch/E7pzcUX0pDS,
http://www.playvid.com/watch/ekG23Ug_6BU, http://www.playvid.com/watch/tr9LDXHaxY9, http://www.playvid.com/watch/iGnb2TlJwiW,
http://www.playvid.com/watch/vppkphkLoOy, http://www.playvid.com/watch/BLAeKJHF0MJ, http://www.playvid.com/watch/ZeiFFz_up1Q,
http://www.playvid.com/watch/Q0Dgo0bU-DT, http://www.playvid.com/watch/jZb_DsSFuhu, http://www.playvid.com/watch/8S95Lh9Qfun,
http://www.playvid.com/watch/nY2tSNca_2P, http://www.playvid.com/watch/00IH00jKFhp, http://www.playvid.com/watch/cabteQXMZTu,
http://www.playvid.com/watch/o5F-XQchCOI, http://www.playvid.com/watch/oQrnib-bcGD, http://www.playvid.com/watch/aH0lDV9b7yX,
http://www.playvid.com/watch/STM5_bkkG8X, http://www.playvid.com/watch/qtJFzdgUJxz, http://www.playvid.com/watch/DtWwECmAwRT,
http://www.playvid.com/watch/8jJHrRbVlqr, http://www.playvid.com/watch/L057zXM_JVJ, http://www.playvid.com/watch/YkbKKAuxRtl,
http://www.playvid.com/watch/rb2N4C3pK7n, http://www.playvid.com/watch/hTT9KgKFfbf, http://www.playvid.com/watch/aizAqmlXXhH,
http://www.playvid.com/watch/sLxCG5EJ_Rr, http://www.playvid.com/watch/X4v-RKGBmry, http://www.playvid.com/watch/quW-hPo8YyQ,
http://www.playvid.com/watch/L9OZ-5sZ5XS, http://www.playvid.com/watch/44vQTQnNAO0, http://www.playvid.com/watch/rhy8NyqPsDD,
http://www.playvid.com/watch/dl_kYpawRgq, http://www.playvid.com/watch/Vcl7Olji8wS, http://www.playvid.com/watch/kjmaqjLpgji,
http://www.playvid.com/watch/ovQAu84bIxG, http://www.playvid.com/watch/gXZv21LJvGV, http://www.playvid.com/watch/QcWA7BA6Zoy,
http://www.playvid.com/watch/JR-g7UCT6Tn, http://www.playvid.com/watch/c39gYnx0_DR, http://www.playvid.com/watch/AdF7VxmtNoh,
http://www.playvid.com/watch/zpmsjOu5NDv, http://www.playvid.com/watch/cO7KSfrjw0I, http://www.playvid.com/watch/3yYzRz96Xxi,
http://www.playvid.com/watch/j7Pmm6-H-Xn, http://www.playvid.com/watch/9xPP5mD_Cd5, http://www.playvid.com/watch/fLz28yOxA-i,
http://www.playvid.com/watch/ytPT3eKzzMc, http://www.playvid.com/watch/GbX0oZ0M8u7, http://www.playvid.com/watch/FvM_JuZ0Jjj,
http://www.playvid.com/watch/uHiCWXPrbts, http://www.playvid.com/watch/VHjfz1q1j_4, http://www.playvid.com/watch/PaNZUB5R2ag,
http://www.playvid.com/watch/MwfVJC-O9KZ, http://www.playvid.com/watch/I4zV5RXK5Zk, http://www.playvid.com/watch/bZGwzW7GryD,
http://www.playvid.com/watch/k9dEfozBCbb, http://www.playvid.com/watch/ZOB5gj_wmj4, http://www.playvid.com/watch/glirGZQb45M,
http://www.playvid.com/watch/qOJWcT9dnN0, http://www.playvid.com/watch/OlAsx4jByV7, http://www.playvid.com/watch/Y-vzvQfUDtV,
http://www.playvid.com/watch/DZjy_T6v5uh, http://www.playvid.com/watch/UorTRPMI1ad, http://www.playvid.com/watch/kn5Gxy7p7DL,
http://www.playvid.com/watch/hUofgHKwZdJ, http://www.playvid.com/watch/aDoQnQqSGBw, http://www.playvid.com/watch/TQuEmQ_isTL,
http://www.playvid.com/watch/6jD65ezagGf, http://www.playvid.com/watch/220YD_nfrRl, http://www.playvid.com/watch/LpU8wAnN3iC,
http://www.playvid.com/watch/9vJlKfdgAJT, http://www.playvid.com/watch/s2o2WnAAPBM, http://www.playvid.com/watch/JFo4jTEI4Xj,
http://www.playvid.com/watch/6eiVcRGCbAa, http://www.playvid.com/watch/NqgXssQ0voi, http://www.playvid.com/watch/XVn-GDU4cIz,
http://www.playvid.com/watch/X68mE9TK1U4, http://www.playvid.com/watch/OEUIEjMabwP, http://www.playvid.com/watch/5DTnIidUH79,
http://www.playvid.com/watch/FwZkzugJbjl, http://www.playvid.com/watch/nY03bj_ReQG, http://www.playvid.com/watch/5aIPfX14xob,
http://www.playvid.com/watch/YbqqvMXFPDX, http://www.playvid.com/watch/LgDoA4XByDp, http://www.playvid.com/watch/bL_6499PhT2,
http://www.playvid.com/watch/lSZEpi5Egjg, http://www.playvid.com/watch/mZGX-7-eju4, http://www.playvid.com/watch/p-jLbNLc-ql,
http://www.playvid.com/watch/eN-7-CwiukZ, http://www.playvid.com/watch/kpKC7XAcioj, http://www.playvid.com/watch/7Irv1yTDiz4,
http://www.playvid.com/watch/vIQ32BasRlh, http://www.playvid.com/watch/QEzgZMx1kjo, http://www.playvid.com/watch/ObHePyXDzaZ,
http://www.playvid.com/watch/K5E16yjoW0d, http://www.playvid.com/watch/S6FYRj33GBu, http://www.playvid.com/watch/QAQ16udcajx,
http://www.playvid.com/watch/9IginALjSYk, http://www.playvid.com/watch/sjm9mQxKoQI, http://www.playvid.com/watch/aBXcFdfRRFf,
http://www.playvid.com/watch/hCu3pEbmaVo, http://www.playvid.com/watch/v48JF39V-lK, http://www.playvid.com/watch/9fbR-iJEI6O,
http://www.playvid.com/watch/Yztx8QEY65I, http://www.playvid.com/watch/Ax1sjvKwARU, http://www.playvid.com/watch/BsMfcgO4hnh,
http://www.playvid.com/watch/GzveqkZvKU0, http://www.playvid.com/watch/qUgdu1KP6Hw, http://www.playvid.com/watch/4u4IGKqzm3K,
http://www.playvid.com/watch/ZZs8rlJ-Qok, http://www.playvid.com/watch/bxcMMH1UbOH, http://www.playvid.com/watch/bYkYC88SxSn,
http://www.playvid.com/watch/0HLIkTrJTHc, http://www.playvid.com/watch/i6hhWdSx-os, http://www.playvid.com/watch/D461ntBsM4z,
http://www.playvid.com/watch/8cE8UmM6k-q, http://www.playvid.com/watch/nZ3CzD3Cv-e, http://www.playvid.com/watch/8XI-fdyTdE4,
http://www.playvid.com/watch/VjDA2i4tUUr, http://www.playvid.com/watch/UX3Lc0ej1qh, http://www.playvid.com/watch/t-x7bNwyHVI,
http://www.playvid.com/watch/iFQnWYb8yEs, http://www.playvid.com/watch/fiWMG8ZbR3o, http://www.playvid.com/watch/XViusRF_XLH,
http://www.playvid.com/watch/cY3BDJmVZzn, http://www.playvid.com/watch/4XCStKPrbCL, http://www.playvid.com/watch/sjqiJL1CmqB,
http://www.playvid.com/watch/Izn1SJ8qD_T, http://www.playvid.com/watch/jpfMbGAa5W9, http://www.playvid.com/watch/Uyomca2l_Ed,
http://www.playvid.com/watch/zRuAJnkrySc, http://www.playvid.com/watch/kp7IT3Jpyon, http://www.playvid.com/watch/5fx5PpVnxcX,
http://www.playvid.com/watch/DzIQpeo7cnL, http://www.playvid.com/watch/6JLDyyTPz9M, http://www.playvid.com/watch/HaxGezsX4r7,
http://www.playvid.com/watch/IOkpC7zl5On, http://www.playvid.com/watch/c4Q9uLAD5PS, http://www.playvid.com/watch/KE-Dx7LX-FP,
http://www.playvid.com/watch/s_zNn-abSlH, http://www.playvid.com/watch/ULCMW4vyAqb, http://www.playvid.com/watch/w1ezS8ZM_7P,
http://www.playvid.com/watch/QofPf103_sq, http://www.playvid.com/watch/LD_L8Ge5kyR, http://www.playvid.com/watch/5aKmvpiRp92,
http://www.playvid.com/watch/j47U-bsFXvD, http://www.playvid.com/watch/G9Xj3Oj_jJg, http://www.playvid.com/watch/Caa15Ip-CKu,
http://www.playvid.com/watch/BSrsYEF6WRl, http://www.playvid.com/watch/OpCYr1TPiyo, http://www.playvid.com/watch/l_TAPK_uQoI,
http://www.playvid.com/watch/3xV26tVplE3, http://www.playvid.com/watch/KjnQKTNrJS8, http://www.playvid.com/watch/f9Y9KVsbfJK,
http://www.playvid.com/watch/87_seXzZORC, http://www.playvid.com/watch/H8Qt0mjrMYU, http://www.playvid.com/watch/gA9w44MLTcc,
http://www.playvid.com/watch/bijoscR_f4K, http://www.playvid.com/watch/exFyzzRaEb4, http://www.playvid.com/watch/M0wWqIA99JS,
http://www.playvid.com/watch/Vz-VJZ8g4gi, http://www.playvid.com/watch/5legJ39mKbS, http://www.playvid.com/watch/kL3WjBMFGOs,
http://www.playvid.com/watch/DHe4jw_qgLl, http://www.playvid.com/watch/y58jRACy0kM, http://www.playvid.com/watch/kHQkoYJGHji,
http://www.playvid.com/watch/5bSJP4WXKoR, http://www.playvid.com/watch/loC6bjWp7jO, http://www.playvid.com/watch/nUL_lNL8DJf,
http://www.playvid.com/watch/kNqJbnfaAG9, http://www.playvid.com/watch/hqdxJO5mb2k
5.f. Date of third notice: 2014-09-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cmi1207
5.b. Uploader's email address: cm.isontheedge+01@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cmi1207
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SeuHoCtKURD, http://www.playvid.com/watch/P83TRppvmI5,
http://www.playvid.com/watch/4DRyNWSMgnP, http://www.playvid.com/watch/8VCNTzNXINg, http://www.playvid.com/watch/j9la1ZOEcPW,
http://www.playvid.com/watch/AIQon5ytP3Z, http://www.playvid.com/watch/VcKH0SaZerJ, http://www.playvid.com/watch/pX1rj1m2tXK,
http://www.playvid.com/watch/m5kakrZmX3Z, http://www.playvid.com/watch/6h1-r9xMdvP, http://www.playvid.com/watch/qFAKUEKDgJB,
http://www.playvid.com/watch/WB-45jUPOLc, http://www.playvid.com/watch/C-O49EGbX4I, http://www.playvid.com/watch/ECCpBJtBCJc,
http://www.playvid.com/watch/6XEp670mdEN, http://www.playvid.com/watch/urT0ApK21zc, http://www.playvid.com/watch/5rhtMeLOsoB,
http://www.playvid.com/watch/729IUvElAnv, http://www.playvid.com/watch/XT7f9g54zLd, http://www.playvid.com/watch/tWj8qCDd1wF,
http://www.playvid.com/watch/hp8K7kcTQJ9, http://www.playvid.com/watch/0kLeYkDbFS3, http://www.playvid.com/watch/k2WckTP-Bsr,
http://www.playvid.com/watch/c3ch4N77aGc, http://www.playvid.com/watch/zArGfVdmSQr, http://www.playvid.com/watch/3Lrw2rGRglZ,
http://www.playvid.com/watch/Dmbug8HeuV3, http://www.playvid.com/watch/YvqtG7-aNzi, http://www.playvid.com/watch/0Ekx0u87oXI,
http://www.playvid.com/watch/U_VvIy7uOhi, http://www.playvid.com/watch/MJ78iQ5nBao, http://www.playvid.com/watch/sp6tgBvrIO9,
http://www.playvid.com/watch/QMUxeekyvOU, http://www.playvid.com/watch/NBDZ3aXrW0T, http://www.playvid.com/watch/LsWsGN0IttV,

http://www.playvid.com/watch/Ei9wghAmWYE, http://www.playvid.com/watch/F6UjSXIOD07, http://www.playvid.com/watch/nlvg8oqOri8,
http://www.playvid.com/watch/m7URxbsLWNX, http://www.playvid.com/watch/dQ9weUUJFI7, http://www.playvid.com/watch/WfPgd7jeFyx,
http://www.playvid.com/watch/nkL9iN3dl2y, http://www.playvid.com/watch/VJ2TR9LpYnO, http://www.playvid.com/watch/F8pU7odI1KU,
http://www.playvid.com/watch/duWNEhwci_p, http://www.playvid.com/watch/US2pFAwdICF, http://www.playvid.com/watch/sh_RMTyppoh,
http://www.playvid.com/watch/Q2ILmKGpTCp, http://www.playvid.com/watch/5RIestZ2HPh, http://www.playvid.com/watch/jlubSPPPhg4,
http://www.playvid.com/watch/5hWqiKPB1CF, http://www.playvid.com/watch/9hCbeaFefks, http://www.playvid.com/watch/VBeF4WIhl4p,
http://www.playvid.com/watch/30K1-F9_6C7, http://www.playvid.com/watch/CgG9Lcp6M9U, http://www.playvid.com/watch/kNat_eU1Q_7,
http://www.playvid.com/watch/FbG_8I24l3h, http://www.playvid.com/watch/dfN_kYJKEPH, http://www.playvid.com/watch/iRCbrKm131C,
http://www.playvid.com/watch/99sywxJKXdV, http://www.playvid.com/watch/ljaBEcusLnS, http://www.playvid.com/watch/jCPnQBIgmSX,
http://www.playvid.com/watch/DBPcSQQgWxL, http://www.playvid.com/watch/y28PK43NATl, http://www.playvid.com/watch/4443hKmaOdJ,
http://www.playvid.com/watch/vxoRh1jpmmx, http://www.playvid.com/watch/FX8UfRRxYuw, http://www.playvid.com/watch/cvmPHY4WljP,
http://www.playvid.com/watch/7E0aL5J5fWk, http://www.playvid.com/watch/2zspTCv6faN, http://www.playvid.com/watch/pPXdCFjnXZ0,
http://www.playvid.com/watch/VUQxcass7Zi, http://www.playvid.com/watch/4yzR4g1bAR3, http://www.playvid.com/watch/aQNQJ0KQgq0,
http://www.playvid.com/watch/voQgHywvrfN, http://www.playvid.com/watch/2DLzLruYT3s, http://www.playvid.com/watch/jwM-gcTN0ys,
http://www.playvid.com/watch/2TgqdEZNq2x, http://www.playvid.com/watch/PCMGUMD7Vcb, http://www.playvid.com/watch/lzCE6cirX0Q,
http://www.playvid.com/watch/FAGF27fyXlE, http://www.playvid.com/watch/d2z6E0OQaF3, http://www.playvid.com/watch/lu17xDyUhTJ,
http://www.playvid.com/watch/Y4aAOY3awOf, http://www.playvid.com/watch/TS7GME98FDW, http://www.playvid.com/watch/nvTA1SfGUIj,
http://www.playvid.com/watch/Rhzn9a7Xus2, http://www.playvid.com/watch/gGbxOLaeBDK, http://www.playvid.com/watch/r67biXjwIGc,
http://www.playvid.com/watch/oCvJSePX1FN, http://www.playvid.com/watch/osuXJNszZN5, http://www.playvid.com/watch/2owhszF6VQm,
http://www.playvid.com/watch/Ju8hkttQDex, http://www.playvid.com/watch/oBvUuuau-yV, http://www.playvid.com/watch/eHJSZSRDppM,
http://www.playvid.com/watch/AVGmPg-zBfB, http://www.playvid.com/watch/AlAq2RmxCDW, http://www.playvid.com/watch/b1rFgm63wVy,
http://www.playvid.com/watch/oHwkYk2ItLj, http://www.playvid.com/watch/mHJu4na8Otj, http://www.playvid.com/watch/CC9YP6DmSOp,
http://www.playvid.com/watch/SOU3x3E_7tI, http://www.playvid.com/watch/v9wqSZX5cHq, http://www.playvid.com/watch/l2tp2o2SFKJ,
http://www.playvid.com/watch/VV1eG8kr2RL, http://www.playvid.com/watch/P7G4fdZTrOg, http://www.playvid.com/watch/LM0jp9MwyLR,
http://www.playvid.com/watch/W5k4FAeXDy4, http://www.playvid.com/watch/idr5fNMvQzO, http://www.playvid.com/watch/L33X3AjN13M,
http://www.playvid.com/watch/FZwYri6cIgr, http://www.playvid.com/watch/rLX6ynw13SJ, http://www.playvid.com/watch/O2Iq0iANUsM,
http://www.playvid.com/watch/o_LdJaK35eo, http://www.playvid.com/watch/umaR4GD9cLQ, http://www.playvid.com/watch/2iD8Vzd73do,
http://www.playvid.com/watch/eHPRR8f1liM, http://www.playvid.com/watch/20XeKE3m6tb, http://www.playvid.com/watch/47tVCh7m0ZH,
http://www.playvid.com/watch/XvkdIiV2cpR, http://www.playvid.com/watch/9WVKZ1DAbOl, http://www.playvid.com/watch/MQiTAGHPUKu,
http://www.playvid.com/watch/2JIBDleaYKl, http://www.playvid.com/watch/vZ3GgLEM90C, http://www.playvid.com/watch/v3jHfTPOr1G,
http://www.playvid.com/watch/KiTS72H9FzX, http://www.playvid.com/watch/NEBboQ5bgUm, http://www.playvid.com/watch/T941lUObG3w,
http://www.playvid.com/watch/fOk5oqi-RDb, http://www.playvid.com/watch/RdiYQkLZTsw, http://www.playvid.com/watch/3tusoSfs0wi,
http://www.playvid.com/watch/C_q39ounQVx, http://www.playvid.com/watch/wQdawdmp2lN, http://www.playvid.com/watch/Zdh2_ahtmfp,
http://www.playvid.com/watch/aWumXEDFTBl, http://www.playvid.com/watch/6hxwxdphOvl, http://www.playvid.com/watch/Gb5fU_6DezH,
http://www.playvid.com/watch/l72ckU6zOYg, http://www.playvid.com/watch/0inEg_bt8bX, http://www.playvid.com/watch/QgLqcH8C-Vf,
http://www.playvid.com/watch/B8BPNCXIEgk, http://www.playvid.com/watch/3C6rovYukN8, http://www.playvid.com/watch/8vwFEszVLn2,
http://www.playvid.com/watch/ZR3U9NufGkq, http://www.playvid.com/watch/LjgLdTf3QyF, http://www.playvid.com/watch/nq87b7AbVbL,
http://www.playvid.com/watch/9pqzH3Qyd3r, http://www.playvid.com/watch/FHkofUoST1x, http://www.playvid.com/watch/2Ge7XsSRVYn,
http://www.playvid.com/watch/LEjcpcgiPnG, http://www.playvid.com/watch/f89IJQl68L2, http://www.playvid.com/watch/Bej8X7ILQwX,
http://www.playvid.com/watch/ctCJ77RRmjp, http://www.playvid.com/watch/IWhsDA_AEQb, http://www.playvid.com/watch/o7almSxUPci,
http://www.playvid.com/watch/ZxY-_uxtwQn, http://www.playvid.com/watch/SjFWCyphLBX, http://www.playvid.com/watch/NW8jFrg_inQ,
http://www.playvid.com/watch/8qVBHvC-CzU, http://www.playvid.com/watch/AhIgQ4jfk-6, http://www.playvid.com/watch/hER2_aRW0Rb,
http://www.playvid.com/watch/OwTMWsrcU94, http://www.playvid.com/watch/cDCpe04Whp9, http://www.playvid.com/watch/7uNRM_2ly1r,
http://www.playvid.com/watch/LhMSzAdI_x0, http://www.playvid.com/watch/yE9d93tf3pM, http://www.playvid.com/watch/t3PGHH_pMZi,
http://www.playvid.com/watch/Uf9IIH5RJHG, http://www.playvid.com/watch/uPeMIIpSpXD, http://www.playvid.com/watch/wVwzxlh5F5j,
http://www.playvid.com/watch/8yLV6e2fF-9, http://www.playvid.com/watch/aDI1OJW6ES5, http://www.playvid.com/watch/ey4kr8ujmNN,
http://www.playvid.com/watch/jQxJlzZgLYp, http://www.playvid.com/watch/HF_875mHOpA, http://www.playvid.com/watch/s8xvupzy8kE,
http://www.playvid.com/watch/nOQpKfrtg4S, http://www.playvid.com/watch/Oc0xSwy66n2, http://www.playvid.com/watch/H685unNRUAu,
http://www.playvid.com/watch/IwExX0aBp_S, http://www.playvid.com/watch/opZQMtQLMfl, http://www.playvid.com/watch/6cSekhbhpAE,
http://www.playvid.com/watch/K-YqBBiguWR, http://www.playvid.com/watch/2u2sajBnXvt, http://www.playvid.com/watch/hIYIT50rRgr,
http://www.playvid.com/watch/L8YaGtHGaF5, http://www.playvid.com/watch/wRsFai9S7qF, http://www.playvid.com/watch/I6wgGnxa4l6,
http://www.playvid.com/watch/jmvQPa3ErKN, http://www.playvid.com/watch/3LNmkisOU-D, http://www.playvid.com/watch/y4E8K1KXW0p,
http://www.playvid.com/watch/VsGNTkTQVJl, http://www.playvid.com/watch/AnEHLOeATsU, http://www.playvid.com/watch/j6HH30HiPO4,
http://www.playvid.com/watch/wuY5AqJ7Xbj, http://www.playvid.com/watch/PaCvY-VkQxn, http://www.playvid.com/watch/UcHjZEiQw3D,
http://www.playvid.com/watch/7GJRJfjP_fA, http://www.playvid.com/watch/Kxx9y2_-NCT, http://www.playvid.com/watch/hg6aZBf6yhF,
http://www.playvid.com/watch/z1V8VAZG0t6, http://www.playvid.com/watch/OnFFaVfoOnA, http://www.playvid.com/watch/fJQS6oPV6ef,
http://www.playvid.com/watch/TLoxVPCkY-E, http://www.playvid.com/watch/UgnpBX_prgL, http://www.playvid.com/watch/pmlF5Zyv3IQ,
http://www.playvid.com/watch/Fv1VL_v4J-p, http://www.playvid.com/watch/q8RBAECcro4, http://www.playvid.com/watch/xhmIdgiG5XT,
http://www.playvid.com/watch/7HyRXTVpnpk, http://www.playvid.com/watch/7g7nfbQNZ76, http://www.playvid.com/watch/IAfxcrB-8jI,
http://www.playvid.com/watch/gqBeWLxun9C, http://www.playvid.com/watch/ekcwW443aPG, http://www.playvid.com/watch/tzPZKBIdtN5,
http://www.playvid.com/watch/WmVBgbODkBH, http://www.playvid.com/watch/8sCYUT2KY2c, http://www.playvid.com/watch/tycVC_M6czP,
http://www.playvid.com/watch/YQQbMhBM5uG, http://www.playvid.com/watch/9hJqyyDArG6, http://www.playvid.com/watch/7oausf6X2TX,
http://www.playvid.com/watch/gOqnO6GfL-o, http://www.playvid.com/watch/Zxes0hHRoOx, http://www.playvid.com/watch/KwRf-wqEeDy,
http://www.playvid.com/watch/8HwquvrvIM2, http://www.playvid.com/watch/uRtKj3fyKSm, http://www.playvid.com/watch/bg7Hc4rof_B,
http://www.playvid.com/watch/TThZBKh6c07, http://www.playvid.com/watch/oZgLV1_lTuJ, http://www.playvid.com/watch/TkI1f78LGcn,
http://www.playvid.com/watch/32GbH34-38r, http://www.playvid.com/watch/KJWyc86TNO7, http://www.playvid.com/watch/ZS_IEUX34mI,
http://www.playvid.com/watch/Hdp-4FJvm2r, http://www.playvid.com/watch/t-mcvC4Uoma, http://www.playvid.com/watch/Mg9iP6SrSzJ,
http://www.playvid.com/watch/fngIzj5Cug3, http://www.playvid.com/watch/lj_1pR7zfGs, http://www.playvid.com/watch/2VL9MJG2Apq,
http://www.playvid.com/watch/hq9lpBDaKnQ, http://www.playvid.com/watch/lNm3yyBgX3P, http://www.playvid.com/watch/clagJ8e_S9z,
http://www.playvid.com/watch/O_R5ZG_od4Q, http://www.playvid.com/watch/WbnWxfuwvSo, http://www.playvid.com/watch/Hx3BnXm3U2l,
http://www.playvid.com/watch/kkFA4onhphn, http://www.playvid.com/watch/Du-orv8Bwup, http://www.playvid.com/watch/olOluJhgH23,
http://www.playvid.com/watch/QLz61L6H0PV, http://www.playvid.com/watch/01sdlYKbAyB, http://www.playvid.com/watch/n3ZuauJb_zX,
http://www.playvid.com/watch/aC1AI9V6Mbv, http://www.playvid.com/watch/tWdivTn14Vv, http://www.playvid.com/watch/lNFk037_zWA,
http://www.playvid.com/watch/JZb0fkFrEFc, http://www.playvid.com/watch/KsMnnZuSUjx, http://www.playvid.com/watch/nxrFm-dJ6i7,
http://www.playvid.com/watch/Aj0cQz_2kOM, http://www.playvid.com/watch/HJCtnNmI5fF, http://www.playvid.com/watch/Ge-c2ocl9vl,
http://www.playvid.com/watch/Vsg5qmR26lU, http://www.playvid.com/watch/B-rCEONPGlY, http://www.playvid.com/watch/s42DNRKN3kS,
http://www.playvid.com/watch/xpsAl1E32mO, http://www.playvid.com/watch/tS4C0HSbYZB, http://www.playvid.com/watch/PD6pS0j5UnL,
http://www.playvid.com/watch/pemBqNUKix5, http://www.playvid.com/watch/yLD5p3gXXp6, http://www.playvid.com/watch/cNLKKhmzpNo,
http://www.playvid.com/watch/iBBPqVLRSOr, http://www.playvid.com/watch/UHKoqdhNJSZ, http://www.playvid.com/watch/dwPG204Srhs,
http://www.playvid.com/watch/M104N3mxc2R, http://www.playvid.com/watch/xcIqXnmWQYe, http://www.playvid.com/watch/XukZnUhPLh0,
http://www.playvid.com/watch/Oqbqw5SshU5, http://www.playvid.com/watch/GMue7lmHiUJ, http://www.playvid.com/watch/pbyWAlHOViV,
http://www.playvid.com/watch/guveJNllc2h, http://www.playvid.com/watch/xaMMSy5csqE, http://www.playvid.com/watch/FC293uA6MOY,
http://www.playvid.com/watch/GGKKjGiOpLl, http://www.playvid.com/watch/NNFMKWu65N3, http://www.playvid.com/watch/x2QslA6Us4B,
http://www.playvid.com/watch/L3GwUSM1V2Q, http://www.playvid.com/watch/pxB0nYJXjpT, http://www.playvid.com/watch/AwZ9Qf-ZF70,
http://www.playvid.com/watch/XtGJngKKMq0, http://www.playvid.com/watch/vl8sjwcKyRH, http://www.playvid.com/watch/r8bbs1zJ_vv,
http://www.playvid.com/watch/cJRkfyR1iMy, http://www.playvid.com/watch/K9bDHZtK63A, http://www.playvid.com/watch/TOFB9ex711c,
http://www.playvid.com/watch/o1CB0F-VN88, http://www.playvid.com/watch/gPP_nKk8DRq, http://www.playvid.com/watch/3ZuAEIc2ctd,
http://www.playvid.com/watch/JX3E2yj0QiP, http://www.playvid.com/watch/qqHykXL1NFb, http://www.playvid.com/watch/gUSE8SoFUxz,
http://www.playvid.com/watch/BOMg3tTMojM, http://www.playvid.com/watch/4pdp3B7dGoU, http://www.playvid.com/watch/gfX7oQQCsZJ,
http://www.playvid.com/watch/5HdIqOROJYO, http://www.playvid.com/watch/gpK2McRDJXf, http://www.playvid.com/watch/DdEw-Wm2oyx,
http://www.playvid.com/watch/NKu92Ju0V8N, http://www.playvid.com/watch/HbKDUlgRALT, http://www.playvid.com/watch/x5aSNaw4vsu,
http://www.playvid.com/watch/Uyh0GVymLXP, http://www.playvid.com/watch/9BFmYHcGYhZ, http://www.playvid.com/watch/4osiSA-9903,
http://www.playvid.com/watch/LULnTss9XPO, http://www.playvid.com/watch/3aSdZ6Y7Jxc, http://www.playvid.com/watch/6kttoT4r2ri,
http://www.playvid.com/watch/M-R0SPV4Nkk, http://www.playvid.com/watch/IduRKlfZe_b, http://www.playvid.com/watch/umS9qWbjb2b,
http://www.playvid.com/watch/7JlxSyGYQbW, http://www.playvid.com/watch/CTjeFlYcouw, http://www.playvid.com/watch/LQYmRFMKSLa,
http://www.playvid.com/watch/9Dlaf0V6w3Y, http://www.playvid.com/watch/r97shhhRBqg, http://www.playvid.com/watch/wjQz0hycoHu,

http://www.playvid.com/watch/Av_hKXLAB3B, http://www.playvid.com/watch/hIWkKWy66Sv, http://www.playvid.com/watch/BnBCPmlaz3u, http://www.playvid.com/watch/uIKLvGR1dRF, http://www.playvid.com/watch/GTQ16nxyBCx, http://www.playvid.com/watch/GShx85mX8Nh, http://www.playvid.com/watch/bQx2s3RqbyK, http://www.playvid.com/watch/qKWQV9xTEYt, http://www.playvid.com/watch/FL5v067eH69, http://www.playvid.com/watch/EV-Ho_Mmax5, http://www.playvid.com/watch/Xku1mKgRIu5, http://www.playvid.com/watch/HM-9GqzKegO, http://www.playvid.com/watch/K6eaTgVyRDS, http://www.playvid.com/watch/ThBm45FUoqP, http://www.playvid.com/watch/IEAJcuNfiht, http://www.playvid.com/watch/rLvA_pQQTv9, http://www.playvid.com/watch/W1PZnXJhNc5, http://www.playvid.com/watch/6DNAMYjodXS, http://www.playvid.com/watch/G4GD1pwpwnH, http://www.playvid.com/watch/2LqFsgYcA0G, http://www.playvid.com/watch/eQGhWyfcQyJ, http://www.playvid.com/watch/TIHIYmj_9wx, http://www.playvid.com/watch/DA9C7IhEo4D, http://www.playvid.com/watch/2ANar679UJH, http://www.playvid.com/watch/7muDSPZaDNs, http://www.playvid.com/watch/uRVv_z8zx5Y, http://www.playvid.com/watch/C_8EUhUJxSv, http://www.playvid.com/watch/Tax7nqTOMDN, http://www.playvid.com/watch/3G5cB7HU4eX, http://www.playvid.com/watch/H4xKbI8ERLX, http://www.playvid.com/watch/whne7IrQrIy, http://www.playvid.com/watch/omlwcQDMlFL, http://www.playvid.com/watch/7HotxlwRUeR, http://www.playvid.com/watch/xdkgMyilhP8, http://www.playvid.com/watch/zGxhlyVRvOR, http://www.playvid.com/watch/AgtZ91gb_9g, http://www.playvid.com/watch/5H9jne9iX40, http://www.playvid.com/watch/IO9QVZxegBq, http://www.playvid.com/watch/DC_cM7SmyG0, http://www.playvid.com/watch/rUSB91Cfeff, http://www.playvid.com/watch/LaU4uPfSVqO, http://www.playvid.com/watch/er88sTtV0zf, http://www.playvid.com/watch/ZbKgj5Dc3Eb, http://www.playvid.com/watch/jOS8Z0ELFxp, http://www.playvid.com/watch/4KRDN5lQw8L, http://www.playvid.com/watch/yObWS0guoMn, http://www.playvid.com/watch/boFPETLG8Qx, http://www.playvid.com/watch/xKjjcKoLWzJ, http://www.playvid.com/watch/GtdEpW4Ze_w, http://www.playvid.com/watch/KxoSSwX3SxM, http://www.playvid.com/watch/08aR9uDLBFV, http://www.playvid.com/watch/BUR-UR7iGot, http://www.playvid.com/watch/9Za59R86iyh, http://www.playvid.com/watch/SjtrAXsFX87, http://www.playvid.com/watch/RITkZZLpBV8, http://www.playvid.com/watch/jokvTcUwRgL, http://www.playvid.com/watch/v5ZVCfRIlo9, http://www.playvid.com/watch/6qlRbku7CTn, http://www.playvid.com/watch/XSROPUP4zmF, http://www.playvid.com/watch/we3ax4h6C3e, http://www.playvid.com/watch/CNKQSMgv7PK, http://www.playvid.com/watch/ueU24m1cMyW, http://www.playvid.com/watch/NsMviyVzvij, http://www.playvid.com/watch/xiyTM5HylYK, http://www.playvid.com/watch/nJNR_a09Bs4, http://www.playvid.com/watch/9UDEVQeP7fs, http://www.playvid.com/watch/eUelSeDFV-8, http://www.playvid.com/watch/OJ_VMvkONn7, http://www.playvid.com/watch/MUu2cmt-1cD, http://www.playvid.com/watch/aLX0es7lAWS, http://www.playvid.com/watch/LAcLGxpYBu6, http://www.playvid.com/watch/Op2H4_7Div3, http://www.playvid.com/watch/M4EqggE-GEe, http://www.playvid.com/watch/HDZaTsDJQ0E, http://www.playvid.com/watch/KRsxPZ3s80O, http://www.playvid.com/watch/kDcPSaoVhm9, http://www.playvid.com/watch/wnCvkvNIxCX, http://www.playvid.com/watch/LMK3mS3fnGD, http://www.playvid.com/watch/QAKCtzBlFav, http://www.playvid.com/watch/kFCesFLGtVI, http://www.playvid.com/watch/2r9sCX7zjGC, http://www.playvid.com/watch/PzIAFvfovGp, http://www.playvid.com/watch/08qY1xrKmhi, http://www.playvid.com/watch/dyzucA1StEG, http://www.playvid.com/watch/G41quzGRqlo, http://www.playvid.com/watch/6nPHdUPkj6Y, http://www.playvid.com/watch/HRFOxDEkkOH, http://www.playvid.com/watch/MOhDWwR435L, http://www.playvid.com/watch/O_NnI9QVLHG, http://www.playvid.com/watch/msJF3Nq25mK, http://www.playvid.com/watch/synARYKLmSc, http://www.playvid.com/watch/plDfTwQT2Z5, http://www.playvid.com/watch/Dk2CjHUxVNz, http://www.playvid.com/watch/f03AbN3f-G7, http://www.playvid.com/watch/FtHVxQ7cRF3, http://www.playvid.com/watch/I2k8PwOusX7, http://www.playvid.com/watch/rRldmZjt3tP, http://www.playvid.com/watch/ZDzUomy7Ekt, http://www.playvid.com/watch/ysJenwNndKS, http://www.playvid.com/watch/OQD9CeXg1mt, http://www.playvid.com/watch/eZg0bslsfRv, http://www.playvid.com/watch/Gfkrh86KAmV, http://www.playvid.com/watch/5mmGOxbpk0d, http://www.playvid.com/watch/maWxiQNNFHm, http://www.playvid.com/watch/MlcwT4xU5Nd, http://www.playvid.com/watch/KJll7X5GCyL, http://www.playvid.com/watch/KTJNBeLiTal, http://www.playvid.com/watch/GPvZQcHgd0O, http://www.playvid.com/watch/aJOcC_zuuYc, http://www.playvid.com/watch/CVa4Q4fRF0h
5.f. Date of third notice: 2014-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cmi1208
5.b. Uploader's email address: cm.isontheedge+02@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cmi1208
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FROC4EtZd0Q, http://www.playvid.com/watch/2WrMiAGTckf, http://www.playvid.com/watch/hIih-wjiZfJ, http://www.playvid.com/watch/hG8lXMGZfrW, http://www.playvid.com/watch/a1wfpg7Ne8p, http://www.playvid.com/watch/D7QAVBgx-YV, http://www.playvid.com/watch/YjBV54AKfXu, http://www.playvid.com/watch/geroJB4Y0bA, http://www.playvid.com/watch/lRN71SrJgGT, http://www.playvid.com/watch/t7e_08Rai9p, http://www.playvid.com/watch/Fgs5bJFYwnp, http://www.playvid.com/watch/eVCqKxSj-bC, http://www.playvid.com/watch/aOmyRXhxEg9, http://www.playvid.com/watch/Wa4VwImKMSd, http://www.playvid.com/watch/v5IdMaSO7E9, http://www.playvid.com/watch/Xodup_7OyGz, http://www.playvid.com/watch/wcMHz2-JWkU, http://www.playvid.com/watch/9JhQvUh2Mnf, http://www.playvid.com/watch/QNU5CVwx9vs, http://www.playvid.com/watch/cJl2nKtY6_W, http://www.playvid.com/watch/foFKMzamk_V, http://www.playvid.com/watch/wlMzPF_8GTk, http://www.playvid.com/watch/Xp90qcRHebE, http://www.playvid.com/watch/D5aG-GHnl3K, http://www.playvid.com/watch/6NSVztAIwXN, http://www.playvid.com/watch/vuLZOUPr7ez, http://www.playvid.com/watch/SJjiKElVmNf, http://www.playvid.com/watch/sndv8BFd-t4, http://www.playvid.com/watch/IYOKfGPCXKo, http://www.playvid.com/watch/AGclkRjhEOx, http://www.playvid.com/watch/fT9njAY3DwV, http://www.playvid.com/watch/5lnmUypLjCz, http://www.playvid.com/watch/zxbezbACcxg, http://www.playvid.com/watch/YlEg_qChoCf, http://www.playvid.com/watch/zW8m01Q3UiD, http://www.playvid.com/watch/Igh9S_GYzRD, http://www.playvid.com/watch/XWb4NKK3YYr, http://www.playvid.com/watch/8JWHOKsRTzK, http://www.playvid.com/watch/kEOokL18Uo7, http://www.playvid.com/watch/ScZy49-ubQM, http://www.playvid.com/watch/rZV5h-UXPvy, http://www.playvid.com/watch/KSzGncQFnH8, http://www.playvid.com/watch/nz0g3k3I-k0, http://www.playvid.com/watch/XdaMhmJap_P, http://www.playvid.com/watch/NNT8n17Ijjt, http://www.playvid.com/watch/NKb2b4kFhNC, http://www.playvid.com/watch/EKCNdQqBAVY, http://www.playvid.com/watch/hroiEZovxE4, http://www.playvid.com/watch/cX557WB77so, http://www.playvid.com/watch/QNnsVCqxlH0, http://www.playvid.com/watch/FSJg52ElDYj, http://www.playvid.com/watch/Qnnw_iW6Imo, http://www.playvid.com/watch/9205USxUhKS, http://www.playvid.com/watch/YW3X24YWur0, http://www.playvid.com/watch/Gllza66YYSk, http://www.playvid.com/watch/VMEg4vGcJ66, http://www.playvid.com/watch/QPAGHqAspn5, http://www.playvid.com/watch/JKr0UcG-iyQ, http://www.playvid.com/watch/ozyT_7q5dJm, http://www.playvid.com/watch/nWLSlErZ7Qe, http://www.playvid.com/watch/c0hHJLSuUwA, http://www.playvid.com/watch/TMv4nYo9IZO, http://www.playvid.com/watch/bXGt7M60fkR, http://www.playvid.com/watch/zvTbwDbLd4V, http://www.playvid.com/watch/MU-89ZZjtNZ, http://www.playvid.com/watch/J3VLv2KRtwg, http://www.playvid.com/watch/ZMP_t063_FR, http://www.playvid.com/watch/XezHcX4-EOe, http://www.playvid.com/watch/ri98tbvpgVJ, http://www.playvid.com/watch/koMb79OGvEF, http://www.playvid.com/watch/cyJy6hPavtm, http://www.playvid.com/watch/QAF5xx6HrPO, http://www.playvid.com/watch/on8XwdpH5YJ, http://www.playvid.com/watch/gJQJIv4-XhJ, http://www.playvid.com/watch/ObXqWjMn3Jy, http://www.playvid.com/watch/HbOoeylcVts, http://www.playvid.com/watch/New3oZUtIUC, http://www.playvid.com/watch/R23povHU8rD, http://www.playvid.com/watch/N9k-cQelzp0, http://www.playvid.com/watch/XiKqv-s1Zo3, http://www.playvid.com/watch/QLhy6ceh-X4, http://www.playvid.com/watch/pcwWfNbxRZS, http://www.playvid.com/watch/2ZvCqNOhqHI, http://www.playvid.com/watch/p3fgsZ64Vbo, http://www.playvid.com/watch/mfv-mcUMQ3b, http://www.playvid.com/watch/FTA-W8eNsxY, http://www.playvid.com/watch/fK31pRo5twM, http://www.playvid.com/watch/bCHBWeqmraf, http://www.playvid.com/watch/qIHqzqiyfwb, http://www.playvid.com/watch/DtXp8ebPA5H, http://www.playvid.com/watch/6THIYY-jEWF, http://www.playvid.com/watch/3yKBKNOMbX7, http://www.playvid.com/watch/pjkmTlC9Fur, http://www.playvid.com/watch/fAW2rOpvUfo, http://www.playvid.com/watch/CNwkvvojdQo, http://www.playvid.com/watch/wVWrLEe3cY5, http://www.playvid.com/watch/w6-U5VrAqaU, http://www.playvid.com/watch/6jLqos_oT-8, http://www.playvid.com/watch/vYhslY7-kJa, http://www.playvid.com/watch/w8A_b1eHcMs, http://www.playvid.com/watch/WoT87EKZfCk, http://www.playvid.com/watch/LMI-HpPSK_S, http://www.playvid.com/watch/vicdIF32F0A, http://www.playvid.com/watch/Qt2DF66aT42, http://www.playvid.com/watch/IRvHAFxz_WO, http://www.playvid.com/watch/gUCV4XCr6mj, http://www.playvid.com/watch/wE5VkeklWQ0, http://www.playvid.com/watch/bcPBbIgGSzY, http://www.playvid.com/watch/XMWg_3B1Mli, http://www.playvid.com/watch/nbtgszd_M89, http://www.playvid.com/watch/5jESF1dlSKK, http://www.playvid.com/watch/X1XzS_WlaCC, http://www.playvid.com/watch/OCtv7wkezCn, http://www.playvid.com/watch/k14947ju0ca, http://www.playvid.com/watch/NPQMtB874b0, http://www.playvid.com/watch/EPXTUsOlVGs, http://www.playvid.com/watch/8Rq3k-LGr0t, http://www.playvid.com/watch/G_RWz3gBWhw, http://www.playvid.com/watch/QO5hE8BGmZv
5.f. Date of third notice: 2014-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cmi125
5.b. Uploader's email address: ison.k.chan07@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cmi125
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Z_RpnW_llYX, http://www.playvid.com/watch/88pjTFzoziR, http://www.playvid.com/watch/aGXeThIhlsA, http://www.playvid.com/watch/OxdoNUsb_tq, http://www.playvid.com/watch/Tt0yg8aEGvP, http://www.playvid.com/watch/my-uVxDQqxJ, http://www.playvid.com/watch/kDcq7UWGoh5, http://www.playvid.com/watch/C8LJJquUb1I, http://www.playvid.com/watch/Bkf75JG4s1u, http://www.playvid.com/watch/Sss9Ut7cgO5, http://www.playvid.com/watch/8RRpVLx-YlD, http://www.playvid.com/watch/27J0L1XtdGh, http://www.playvid.com/watch/aBDin8auMC6, http://www.playvid.com/watch/6ZGNMcyBheW, http://www.playvid.com/watch/sTrEqfWaJ3w, http://www.playvid.com/watch/fU80gTDOnWc, http://www.playvid.com/watch/kLTmF5vz3Fj, http://www.playvid.com/watch/EUef627cBNq, http://www.playvid.com/watch/kvOJs3UAs-L, http://www.playvid.com/watch/JsMG3KedFOq,

http://www.playvid.com/watch/87KiOfjzd-H, http://www.playvid.com/watch/NnmRNlBQgMK, http://www.playvid.com/watch/hoq5vDvqMPo, http://www.playvid.com/watch/vCJLjOeTI7i, http://www.playvid.com/watch/BSUSuHjor_W, http://www.playvid.com/watch/dNzF_AuU9LN, http://www.playvid.com/watch/kLs6eRY25aO, http://www.playvid.com/watch/Mp1JtEmSzgu, http://www.playvid.com/watch/z7J9a_ODzRj, http://www.playvid.com/watch/5wj6YfExTaF, http://www.playvid.com/watch/PGX36q5Kk4t, http://www.playvid.com/watch/slIkS4hYWRl, http://www.playvid.com/watch/4rpiS1NYGrZ, http://www.playvid.com/watch/pXt_u3s8XE5, http://www.playvid.com/watch/p4uOEqNH4Kf, http://www.playvid.com/watch/dsEKIrDyag9, http://www.playvid.com/watch/QiAiBJONsub, http://www.playvid.com/watch/Ca9MpDnd8sN, http://www.playvid.com/watch/2LH45MK1v4I, http://www.playvid.com/watch/EK18h8vJxSn, http://www.playvid.com/watch/Y4YuVSYE549, http://www.playvid.com/watch/ivteWNxds5A, http://www.playvid.com/watch/9GjEzwtnPTb, http://www.playvid.com/watch/8Aj7bKAtsSp, http://www.playvid.com/watch/4B49PFR8HQo, http://www.playvid.com/watch/od-VyRbDs6L, http://www.playvid.com/watch/ECYzHMPo7Wf, http://www.playvid.com/watch/hoC2kRJ_9MV, http://www.playvid.com/watch/99hBA48YmQf, http://www.playvid.com/watch/gpqc0MsRd99, http://www.playvid.com/watch/HPUOrjo_p0L, http://www.playvid.com/watch/kz48HXyEeEv, http://www.playvid.com/watch/rmwkeRCSCFJ, http://www.playvid.com/watch/vF3QTx_cw-4, http://www.playvid.com/watch/kiCQaVGvYPc, http://www.playvid.com/watch/trdOg8QVvFq, http://www.playvid.com/watch/kHehS2Fy32Z, http://www.playvid.com/watch/Wo95EURUzKx, http://www.playvid.com/watch/AjMkig2xtPs, http://www.playvid.com/watch/VwztYBlGoUw, http://www.playvid.com/watch/Y2ztyu5YwWD, http://www.playvid.com/watch/8sIYeQQW-Ps, http://www.playvid.com/watch/Ea1ejEpnNwF, http://www.playvid.com/watch/C2sWZK3OZrI, http://www.playvid.com/watch/RQgrdHwFN6L, http://www.playvid.com/watch/Q-RZrCjXIHr, http://www.playvid.com/watch/VapBXyXU_Dq, http://www.playvid.com/watch/VNmc8Lhp89Y, http://www.playvid.com/watch/z6BrxQjw5Ne, http://www.playvid.com/watch/88A_Y9Y2YZI, http://www.playvid.com/watch/wwEhbLsnI86, http://www.playvid.com/watch/2xS0vmQPpEd, http://www.playvid.com/watch/tdO7PIJ0_7Y, http://www.playvid.com/watch/Fo8bqjS7Rw2, http://www.playvid.com/watch/RD8kqxPlQgf, http://www.playvid.com/watch/QlxlUAxbK6y, http://www.playvid.com/watch/YMmcG55_hDy, http://www.playvid.com/watch/kJ5LaKvNREJ, http://www.playvid.com/watch/s6egylnz4ua, http://www.playvid.com/watch/6wlmMIrAMBf, http://www.playvid.com/watch/jM91kCZf5bi, http://www.playvid.com/watch/afPdYY6S04Y, http://www.playvid.com/watch/CHBPAclaPo3, http://www.playvid.com/watch/iiSz9iP60dO, http://www.playvid.com/watch/25kUpcsRhvf, http://www.playvid.com/watch/i8WaTdIylek, http://www.playvid.com/watch/hQrcDQe0M32, http://www.playvid.com/watch/S00HqeUMjY0, http://www.playvid.com/watch/ivgby_Z-6Cv, http://www.playvid.com/watch/vHAnPrleHTU, http://www.playvid.com/watch/ykkytw7vMHG, http://www.playvid.com/watch/mBv9yOWP5BT, http://www.playvid.com/watch/Rq_ZWYIihAh, http://www.playvid.com/watch/XvgmFYWD2VH, http://www.playvid.com/watch/8DKuInIYkqW, http://www.playvid.com/watch/WGRiok-_gjL, http://www.playvid.com/watch/zPEWTbQBDsO, http://www.playvid.com/watch/kUxE1fn7Z3M, http://www.playvid.com/watch/dOnL2NpgdSw, http://www.playvid.com/watch/nVjM-KrnbP2, http://www.playvid.com/watch/KNO4GI4B7ve, http://www.playvid.com/watch/bWLZZ6japbf, http://www.playvid.com/watch/jvegUGz7KJW, http://www.playvid.com/watch/AoJQn8yehex, http://www.playvid.com/watch/JKsLeK6BsBH, http://www.playvid.com/watch/kbMr_E-LKpZ, http://www.playvid.com/watch/GLC-smT7IPf, http://www.playvid.com/watch/YIhqNv5jROA, http://www.playvid.com/watch/PD7JtMajz7x, http://www.playvid.com/watch/zWyk-wAtfpp, http://www.playvid.com/watch/5SqM0qtM6bK, http://www.playvid.com/watch/aw01fY3gBQR, http://www.playvid.com/watch/N45CE7G4Wbc, http://www.playvid.com/watch/XGvMCKNGKkm, http://www.playvid.com/watch/NuhTpPfGOce, http://www.playvid.com/watch/UQ6Dvhl8CYp, http://www.playvid.com/watch/jqrihCaszhM, http://www.playvid.com/watch/k6P2pa_RZGG, http://www.playvid.com/watch/M92mevXdOMo, http://www.playvid.com/watch/HSvRJJtYrd9, http://www.playvid.com/watch/VIWxoLp9S2c, http://www.playvid.com/watch/msQnePhafK0, http://www.playvid.com/watch/RUNVRmat5sC, http://www.playvid.com/watch/kqhKN-GrTpV, http://www.playvid.com/watch/vMKLRUxgi6e, http://www.playvid.com/watch/p6U94Sh_9ES, http://www.playvid.com/watch/5fDifmGQjSh, http://www.playvid.com/watch/Vj19P05S2ih, http://www.playvid.com/watch/tbSwRKU-azd, http://www.playvid.com/watch/0frwokqoa6M, http://www.playvid.com/watch/igKUw6YGjvS, http://www.playvid.com/watch/0A317A0M-N0, http://www.playvid.com/watch/f-gxjannO_k, http://www.playvid.com/watch/KKuc-x_8YBC, http://www.playvid.com/watch/2zKOMG3GPtt, http://www.playvid.com/watch/JU-66s8XJDo, http://www.playvid.com/watch/FUyNKWmirYL, http://www.playvid.com/watch/jDj-mNr246Y, http://www.playvid.com/watch/u_god_B8xKS, http://www.playvid.com/watch/bbDFst2Gv-P, http://www.playvid.com/watch/CdW_qvyaCQp, http://www.playvid.com/watch/D5l-uoJrw9F, http://www.playvid.com/watch/DUhAgE2GRFo, http://www.playvid.com/watch/fbJYsjNJDoC, http://www.playvid.com/watch/WJ68_rS3RI5, http://www.playvid.com/watch/OsNrXA05flp, http://www.playvid.com/watch/EF4H_rDa83u, http://www.playvid.com/watch/PJiWH08bOgF, http://www.playvid.com/watch/j1Lv7czqdo4, http://www.playvid.com/watch/2KValdTvfnO, http://www.playvid.com/watch/s6oMH25B7JP, http://www.playvid.com/watch/0aMJzxrBVgI, http://www.playvid.com/watch/zb4--t7xioe, http://www.playvid.com/watch/SmMIkNdIprV, http://www.playvid.com/watch/Fn1f00LfI10, http://www.playvid.com/watch/sHMfhmjc3qZ, http://www.playvid.com/watch/xYatTqb4Rcd, http://www.playvid.com/watch/mk1ck2Ymcfz, http://www.playvid.com/watch/AfAJpOsnk32, http://www.playvid.com/watch/W5hUibsnOXR, http://www.playvid.com/watch/oIlcZG1L3ZR, http://www.playvid.com/watch/72mg70UuBAf, http://www.playvid.com/watch/L8EADNVlTJb, http://www.playvid.com/watch/Wsnlmu8O0fZ, http://www.playvid.com/watch/YqRLUMrsvbq, http://www.playvid.com/watch/YHOYSGDsHYp, http://www.playvid.com/watch/M9x5EsUnOJc, http://www.playvid.com/watch/8dLAd2Sxka2, http://www.playvid.com/watch/oqcjM6Qoeae, http://www.playvid.com/watch/7eRlF8mgZ_x, http://www.playvid.com/watch/TkjFQUdeGPc, http://www.playvid.com/watch/dn7GSn0JTjH, http://www.playvid.com/watch/l4H4Br2UzDl, http://www.playvid.com/watch/cShc-HgxBeG, http://www.playvid.com/watch/IAnM5fYiWrm, http://www.playvid.com/watch/gFGPN9S-jv8, http://www.playvid.com/watch/hfHZT9vBh8N, http://www.playvid.com/watch/36q_gGOu7w0, http://www.playvid.com/watch/BoYTsbOVnIf, http://www.playvid.com/watch/tgsH6aGwtst, http://www.playvid.com/watch/cheWxuTkURI, http://www.playvid.com/watch/t2YMBNcMGeY, http://www.playvid.com/watch/i3nqF797e3K, http://www.playvid.com/watch/tJMsb7cmoM7, http://www.playvid.com/watch/wPfWQOy0Ndi, http://www.playvid.com/watch/z51f9kasX03, http://www.playvid.com/watch/ExTo4Um_04Z, http://www.playvid.com/watch/C-175M9CtqL, http://www.playvid.com/watch/u3xxBXq8JhW, http://www.playvid.com/watch/rg1su_xWyUy, http://www.playvid.com/watch/c1G1qmMwl-F, http://www.playvid.com/watch/e_aKwpsP4Mt, http://www.playvid.com/watch/MgN3876cxgt, http://www.playvid.com/watch/cVZbkOG7KHd, http://www.playvid.com/watch/E-8OfPLnWYI, http://www.playvid.com/watch/NEVKoh1Aoxk, http://www.playvid.com/watch/KLDv6q18rxQ, http://www.playvid.com/watch/uxXbnn7axsS, http://www.playvid.com/watch/EtbX3lR4n5R, http://www.playvid.com/watch/C8JYDV4weUI, http://www.playvid.com/watch/DrPPhzg0WFq, http://www.playvid.com/watch/utkoZe5cI-l, http://www.playvid.com/watch/ZGep4a9t3h2, http://www.playvid.com/watch/yIHS51uP15P, http://www.playvid.com/watch/MM1tE_m-nGV, http://www.playvid.com/watch/C7vyuC_NnlS, http://www.playvid.com/watch/idsAHl5qiJT, http://www.playvid.com/watch/sy3GeJ2JpU9, http://www.playvid.com/watch/5wsliWVBdIY, http://www.playvid.com/watch/CHL0FsCucqN, http://www.playvid.com/watch/BsMu76E8d0N, http://www.playvid.com/watch/V_RYnSzdJm4, http://www.playvid.com/watch/nUMpVwufx0O, http://www.playvid.com/watch/7KUuRrQ_k5z, http://www.playvid.com/watch/kZ2de69Ju79, http://www.playvid.com/watch/Nq7Y5el1pAT, http://www.playvid.com/watch/ldZgvP5i8KU, http://www.playvid.com/watch/4_6WOAoREj9, http://www.playvid.com/watch/7CQtowZ3oTx, http://www.playvid.com/watch/SasstkAYvxT, http://www.playvid.com/watch/Ytw3lME_B_s, http://www.playvid.com/watch/zGbzP-G69d3, http://www.playvid.com/watch/QdBWjEv4YF9, http://www.playvid.com/watch/drWfFpdf5RR, http://www.playvid.com/watch/dKdqWAPpILD, http://www.playvid.com/watch/bI7FfhfNfsJ, http://www.playvid.com/watch/p_8QAfh8jrg, http://www.playvid.com/watch/AxUpZV2Womx, http://www.playvid.com/watch/Jg-y0JBBOGC, http://www.playvid.com/watch/zijyJmzQbLn, http://www.playvid.com/watch/47SLDov5Rlc, http://www.playvid.com/watch/kcQZ9X-d_EO, http://www.playvid.com/watch/mqDqFx_GY0a, http://www.playvid.com/watch/LK2GcVuLd-Q, http://www.playvid.com/watch/Kt81NkSICzL
5.f. Date of third notice: 2014-10-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ColtonSmithUK
5.b. Uploader's email address: coltonsmithuk@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/ColtonSmithUK
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zrl7xgkK7Sv, http://www.playvid.com/watch/LomZmx6H3bF, http://www.playvid.com/watch/Of8dQlJHM7R, http://www.playvid.com/watch/BrpxafM4P4a, http://www.playvid.com/watch/5Se4nLEOqRk, http://www.playvid.com/watch/iwZ5IbAs02U, http://www.playvid.com/watch/8yMoqfhb83C, http://www.playvid.com/watch/idoa5eJTtvr, http://www.playvid.com/watch/toirwRmDimP, http://www.playvid.com/watch/NjgWgI1wrWR, http://www.playvid.com/watch/OGVhzzLV5L5, http://www.playvid.com/watch/ypTHjyuMMRr, http://www.playvid.com/watch/WMRBhMaYHT5, http://www.playvid.com/watch/AQxI5pxMTd0, http://www.playvid.com/watch/b58g8-tvWnV, http://www.playvid.com/watch/UDOlTqthy56
5.f. Date of third notice: 2014-03-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: comabackgodhead
5.b. Uploader's email address: russell@griggsolutions.com
5.d. Uploader's profile: http://www.playvid.com/member/comabackgodhead
5.e. List of videos posted by uploader: http://www.playvid.com/watch/G-YRzh9FmWO, http://www.playvid.com/watch/AxqKjoMtRa8, http://www.playvid.com/watch/BcBp0cWeko-, http://www.playvid.com/watch/IEXMLp3PvPB, http://www.playvid.com/watch/nYa5zbXFtjJ, http://www.playvid.com/watch/akKDpamLVaq, http://www.playvid.com/watch/n2iVkpaIAgS, http://www.playvid.com/watch/lHaxjeioIT8, http://www.playvid.com/watch/fEqlGEe5X3H, http://www.playvid.com/watch/ELLw0MW9yqk, http://www.playvid.com/watch/vbjiVUcowej, http://www.playvid.com/watch/GhNt-77ECbg, http://www.playvid.com/watch/GYYWYX7gRNb, http://www.playvid.com/watch/tSA6v-THo72, http://www.playvid.com/watch/KaINlDI7YTm, http://www.playvid.com/watch/u0uJUaP2gZt, http://www.playvid.com/watch/OYFknlcgEBm,

http://www.playvid.com/watch/6KjVPMhwbOu, http://www.playvid.com/watch/j3fRvAiWtPu, http://www.playvid.com/watch/7wbQ2-i6Xjs,
http://www.playvid.com/watch/fRmF9DqlQ4s, http://www.playvid.com/watch/KA2TG82gZo0, http://www.playvid.com/watch/TPd-wtUJUTg,
http://www.playvid.com/watch/0D5ZveeCpKF, http://www.playvid.com/watch/XLEX72GePE5, http://www.playvid.com/watch/k5xpAWHhY9j,
http://www.playvid.com/watch/K8ryU0cZIq-, http://www.playvid.com/watch/Q8jgvxrCG8u, http://www.playvid.com/watch/plTgTzxCLmY,
http://www.playvid.com/watch/eY9WjBI4GBH, http://www.playvid.com/watch/z6YZFHtmWWg, http://www.playvid.com/watch/awl6lFNbVru,
http://www.playvid.com/watch/5enLTB75rYY, http://www.playvid.com/watch/FKkC8X9qwRh, http://www.playvid.com/watch/TtoJN0SVWnk,
http://www.playvid.com/watch/j2FBaU2jlhL, http://www.playvid.com/watch/O7BBLHHbcsB, http://www.playvid.com/watch/bzYuwezwiKN,
http://www.playvid.com/watch/Zmovn2X4vqy, http://www.playvid.com/watch/CsCY4ZapIBy, http://www.playvid.com/watch/gsocA4tISDP,
http://www.playvid.com/watch/JeqSMcxamb5, http://www.playvid.com/watch/qBAL4MSGbfW, http://www.playvid.com/watch/La6R2-KPvPi,
http://www.playvid.com/watch/6hcf9-y0AX2, http://www.playvid.com/watch/EHiPtWMG82D, http://www.playvid.com/watch/Or8JG8cBkPB,
http://www.playvid.com/watch/WnkDGIRxXNO, http://www.playvid.com/watch/nPNk4ZKR7Ln, http://www.playvid.com/watch/nfQIjxjrL-0,
http://www.playvid.com/watch/b3MZfvjha--, http://www.playvid.com/watch/jYuZyddpSsm, http://www.playvid.com/watch/3I3Gd8M54Sf,
http://www.playvid.com/watch/vKnw-tLJud5, http://www.playvid.com/watch/0KXbOz3QnVe, http://www.playvid.com/watch/EcGiJTlShvo,
http://www.playvid.com/watch/YCDYB4gKec0, http://www.playvid.com/watch/JBxv0P0OdF9, http://www.playvid.com/watch/Q3d5YZVz6uH,
http://www.playvid.com/watch/gxPqpRYEq9P, http://www.playvid.com/watch/zKqvL2GIxD9, http://www.playvid.com/watch/lQk98IBXuZz,
http://www.playvid.com/watch/MbtDGuIDoTs, http://www.playvid.com/watch/8AnEINcbwWX, http://www.playvid.com/watch/skZFGUPj50i,
http://www.playvid.com/watch/2Is0LJLYLFs, http://www.playvid.com/watch/mgMraVY0Ort, http://www.playvid.com/watch/IJEgEcgklBp,
http://www.playvid.com/watch/uBk-0f9GnNj, http://www.playvid.com/watch/GXYp8HJkrel, http://www.playvid.com/watch/IsXGoyQX-c4,
http://www.playvid.com/watch/6faBhXVldYs, http://www.playvid.com/watch/OSWTYkDxU6y, http://www.playvid.com/watch/RcpQHRbSzKt,
http://www.playvid.com/watch/hU0-MQZgPsM, http://www.playvid.com/watch/9rArvLji9tf, http://www.playvid.com/watch/tXioQreUCw-,
http://www.playvid.com/watch/vWMM7eONAif, http://www.playvid.com/watch/AVWldNsiRdV, http://www.playvid.com/watch/wqYGfmM9KAr,
http://www.playvid.com/watch/YRa6bXp2sSi, http://www.playvid.com/watch/hpp6ygC2T7f, http://www.playvid.com/watch/wFUFOhSsPKe,
http://www.playvid.com/watch/MBaOLPwsqlR, http://www.playvid.com/watch/obQn5TuvdHL, http://www.playvid.com/watch/x3vPzGEDkKA,
http://www.playvid.com/watch/WqQPe-p4UR6, http://www.playvid.com/watch/NvYVvLXKldI, http://www.playvid.com/watch/AkElmOy5X9Z,
http://www.playvid.com/watch/KpvZilGWvti, http://www.playvid.com/watch/eCn3X9Xi4c2, http://www.playvid.com/watch/YQDSLp90Qth,
http://www.playvid.com/watch/GJcaNBJ0ld6, http://www.playvid.com/watch/I2xZSIvnHIj, http://www.playvid.com/watch/8OlOZCp9glJ,
http://www.playvid.com/watch/rBMyjehD08a, http://www.playvid.com/watch/zvk5MfefEpk, http://www.playvid.com/watch/GgzVW2bQSeG,
http://www.playvid.com/watch/0mowrhii54W, http://www.playvid.com/watch/EnimVrS3RwQ, http://www.playvid.com/watch/MmlY9vbQGDt,
http://www.playvid.com/watch/YtXYbw3dAOy, http://www.playvid.com/watch/d6fdOBWecwI, http://www.playvid.com/watch/vD92EyL-BZw,
http://www.playvid.com/watch/DEbSX9bQ9x0, http://www.playvid.com/watch/ty8qiDX5Ko4, http://www.playvid.com/watch/jgtEzQTRYAS,
http://www.playvid.com/watch/leevS3hqLW4, http://www.playvid.com/watch/XRETeeJlF8D, http://www.playvid.com/watch/iIMlwMIec0m,
http://www.playvid.com/watch/Nj-LLRGqWhP, http://www.playvid.com/watch/RDPuyLMaFis, http://www.playvid.com/watch/MoQvQDHb77Q,
http://www.playvid.com/watch/4pmSjSBay5Q, http://www.playvid.com/watch/5QkEW25Yccz, http://www.playvid.com/watch/-LgtDPbcDi2,
http://www.playvid.com/watch/Axrt9WHLMhL, http://www.playvid.com/watch/nexp3QxuS6Q, http://www.playvid.com/watch/s9z8NFfOOLe,
http://www.playvid.com/watch/SZctHUqIuRh, http://www.playvid.com/watch/2Pvbcaf064C, http://www.playvid.com/watch/aowz-szr5XO,
http://www.playvid.com/watch/vel2VulrFrw, http://www.playvid.com/watch/E8erWC7cnki, http://www.playvid.com/watch/MJD4kU0Y7WH,
http://www.playvid.com/watch/nDDE3LRhgaz, http://www.playvid.com/watch/-LZLKJ-ZvQu, http://www.playvid.com/watch/4houclb3Yhq,
http://www.playvid.com/watch/v-grjGRSQoF, http://www.playvid.com/watch/aH9OoOtmwMv, http://www.playvid.com/watch/uW8WfAmrFfL,
http://www.playvid.com/watch/A3QG-I8nTEt, http://www.playvid.com/watch/0zmixb2y7ZM, http://www.playvid.com/watch/QzUErIz3MLL,
http://www.playvid.com/watch/j2yCLUSLWBi, http://www.playvid.com/watch/H4a7POXjin2, http://www.playvid.com/watch/GOqVkdU9E6Z,
http://www.playvid.com/watch/tEJ2zcarIDH, http://www.playvid.com/watch/HWQZ8QShfsb, http://www.playvid.com/watch/VzDZAn4PzK0,
http://www.playvid.com/watch/WZ-2SZVoosd, http://www.playvid.com/watch/HyOjyf-lNRq, http://www.playvid.com/watch/0qoZYIHv809,
http://www.playvid.com/watch/7i0jT6he6ZQ, http://www.playvid.com/watch/yspFew5pfuQ, http://www.playvid.com/watch/UtRjNwCZuZg,
http://www.playvid.com/watch/MuLoFkjDRkf, http://www.playvid.com/watch/3Eiy0sbkXpM, http://www.playvid.com/watch/JE7hBPGtmuo,
http://www.playvid.com/watch/GcKAqAohYfJ, http://www.playvid.com/watch/9fSbKHOvLqM, http://www.playvid.com/watch/whgfPzjpuLy,
http://www.playvid.com/watch/t5MCVRWWk2y, http://www.playvid.com/watch/mEUhuFlxkDv, http://www.playvid.com/watch/m36xxskcvWB,
http://www.playvid.com/watch/DbjO7njgS-s, http://www.playvid.com/watch/0tsjSvoZsKP, http://www.playvid.com/watch/R3o4BHaU8kV,
http://www.playvid.com/watch/NWqoXaRdnpf, http://www.playvid.com/watch/zHKCawmC8vp, http://www.playvid.com/watch/wDAGiKjObvW,
http://www.playvid.com/watch/c2WUNMM9Ghb, http://www.playvid.com/watch/Qwd95VZ2KQB, http://www.playvid.com/watch/3Im-0paXgGS,
http://www.playvid.com/watch/ZcDG7aAciLo, http://www.playvid.com/watch/6IzBfVAFzRI, http://www.playvid.com/watch/VcvHg5ddgkZ,
http://www.playvid.com/watch/9rkuHL-KnsV, http://www.playvid.com/watch/6Pi9J5d4OrT, http://www.playvid.com/watch/cCTesTmA44C,
http://www.playvid.com/watch/rKjWfzNOewm, http://www.playvid.com/watch/Wi7J6O7p7QC, http://www.playvid.com/watch/UqQK4YwUneS,
http://www.playvid.com/watch/TpPNNjuoUGm, http://www.playvid.com/watch/pd9DbYQ5K4o, http://www.playvid.com/watch/5jBlJNlTeFU,
http://www.playvid.com/watch/3qYhLYwfvo8, http://www.playvid.com/watch/E7-o8OiQt8h, http://www.playvid.com/watch/9stn77ppFmi,
http://www.playvid.com/watch/6EnbshvW6dL, http://www.playvid.com/watch/mvod8Bg-jiY, http://www.playvid.com/watch/eqRGfCxyoct,
http://www.playvid.com/watch/IaOn3JxjqbT, http://www.playvid.com/watch/qVvurpE0H3y, http://www.playvid.com/watch/vK-l-AUiatd,
http://www.playvid.com/watch/bwHPilbmnYU, http://www.playvid.com/watch/zFlQ30gz7rl, http://www.playvid.com/watch/2kkdLnLZRJr,
http://www.playvid.com/watch/jcwosdUxGiV, http://www.playvid.com/watch/qD-RgCzkHNx, http://www.playvid.com/watch/wsQVP-xWXxI,
http://www.playvid.com/watch/pvdnL-oILmd, http://www.playvid.com/watch/MVF6S3sDs4E, http://www.playvid.com/watch/Sxv3Ktb9ZLN,
http://www.playvid.com/watch/ERmemEgGXup, http://www.playvid.com/watch/HBnX8UzW7ZG, http://www.playvid.com/watch/Hev-KOp9P3W,
http://www.playvid.com/watch/36RBKLMS646, http://www.playvid.com/watch/ZBivXJRg4re, http://www.playvid.com/watch/ia07rTMIHRZ,
http://www.playvid.com/watch/IdTWCVlM62I, http://www.playvid.com/watch/L2E7IIUBLyU, http://www.playvid.com/watch/MHmJW-l2NZR,
http://www.playvid.com/watch/j40dTRK0AHI, http://www.playvid.com/watch/EnwuH-JM3zL, http://www.playvid.com/watch/l2BnyMDRXCm,
http://www.playvid.com/watch/MC2w5X0RtXc, http://www.playvid.com/watch/AHDbtdSNPcI, http://www.playvid.com/watch/BrYpxJXGVSs,
http://www.playvid.com/watch/nO5H5OFHJ8E, http://www.playvid.com/watch/9pRUzYTqIzh, http://www.playvid.com/watch/kh9XZ77w8dt,
http://www.playvid.com/watch/Xq8EqOoabNe, http://www.playvid.com/watch/-XZ-KV4wygD, http://www.playvid.com/watch/nUH0j9lv0Nj,
http://www.playvid.com/watch/lPVLwScJEE3, http://www.playvid.com/watch/ar-wFlKjCJ8, http://www.playvid.com/watch/RrzAmyQHFmC,
http://www.playvid.com/watch/7DMHfJr5Mfz, http://www.playvid.com/watch/WDHwH-AiNQD, http://www.playvid.com/watch/euyz3YuEWdB,
http://www.playvid.com/watch/4Vxx6DQLvPA, http://www.playvid.com/watch/9HS23noLylh, http://www.playvid.com/watch/E4Cs2Kep2wo,
http://www.playvid.com/watch/gIZOVXuxLjw, http://www.playvid.com/watch/zkh543Iwb3A, http://www.playvid.com/watch/br0EF6LjiVU,
http://www.playvid.com/watch/4ML4oG9a5KF, http://www.playvid.com/watch/FKekQFTKtP7, http://www.playvid.com/watch/7Z5a2twpdT8,
http://www.playvid.com/watch/yhsLUIKwrWO, http://www.playvid.com/watch/MClcSx7gJKN, http://www.playvid.com/watch/sibmp82Wsr0,
http://www.playvid.com/watch/5bBXrrSOzxr, http://www.playvid.com/watch/EFcK6DPylFj, http://www.playvid.com/watch/chJee9BupHO,
http://www.playvid.com/watch/6S8rHNKu42v, http://www.playvid.com/watch/tph7aJLkcBt, http://www.playvid.com/watch/g2Or84ilIYp,
http://www.playvid.com/watch/HvfqWW-U4FS, http://www.playvid.com/watch/W8AKBFXhzk4, http://www.playvid.com/watch/QI5OGbRLLuM,
http://www.playvid.com/watch/osZ0OH8eakE, http://www.playvid.com/watch/PGIS4Hhw4EX, http://www.playvid.com/watch/EDdsBV-uAFD,
http://www.playvid.com/watch/lZYtlwtUpS4, http://www.playvid.com/watch/X2FzEyCnMUg, http://www.playvid.com/watch/3VROaxWEfpM,
http://www.playvid.com/watch/0Y4idtVh8CA, http://www.playvid.com/watch/gsOJziYapaH, http://www.playvid.com/watch/7DYFmwa32Se,
http://www.playvid.com/watch/vviAtIf2D5v, http://www.playvid.com/watch/YgTm5KtUEdO, http://www.playvid.com/watch/k2oT0Tgmh5s,
http://www.playvid.com/watch/TjnZmk5cA9l, http://www.playvid.com/watch/4XkfbfmwxVt, http://www.playvid.com/watch/nBm252VaEn3,
http://www.playvid.com/watch/oSpWDIXcORv, http://www.playvid.com/watch/MjXnxmDtnBi, http://www.playvid.com/watch/Iw8u7e5X3Fq,
http://www.playvid.com/watch/4lbE6-AE984, http://www.playvid.com/watch/fRajBjDYKHo, http://www.playvid.com/watch/rIHQ5qgpLCY,
http://www.playvid.com/watch/szFhOeTQQLA, http://www.playvid.com/watch/jViTYTfkn5J, http://www.playvid.com/watch/XiPFPswOCU0,
http://www.playvid.com/watch/CYa06tAhtDu, http://www.playvid.com/watch/I3apyZ2qXok, http://www.playvid.com/watch/GO9ypKiwmar,
http://www.playvid.com/watch/3a9JCIPRnGp, http://www.playvid.com/watch/tjrBMSCNtmC, http://www.playvid.com/watch/lkfaW-aja0N,
http://www.playvid.com/watch/ASsulrTusyv, http://www.playvid.com/watch/GXRaKcV0uN7, http://www.playvid.com/watch/Satl0vNgLvT,
http://www.playvid.com/watch/S-hRi-DA9xS, http://www.playvid.com/watch/UtVKZBrK7Ep, http://www.playvid.com/watch/cgTaobqxhY9,
http://www.playvid.com/watch/OdciNvshnpA, http://www.playvid.com/watch/vZjnY6oZ6mn, http://www.playvid.com/watch/NEKE69lLgJs,
http://www.playvid.com/watch/Bj0vH5LfdLV, http://www.playvid.com/watch/bjjv9stumn2, http://www.playvid.com/watch/eFh8ViOKOtm,
http://www.playvid.com/watch/rrrE0ZpG6nM, http://www.playvid.com/watch/zQrnKg6hW0g, http://www.playvid.com/watch/jg-p5CkETJb,
http://www.playvid.com/watch/7EVwV7UVnVM, http://www.playvid.com/watch/lOHZz5v47Qu, http://www.playvid.com/watch/N-KyrNlDw22,
http://www.playvid.com/watch/t6-QUXfNCIk, http://www.playvid.com/watch/TCPmv-wcNyG, http://www.playvid.com/watch/W5PJCg5aapm,
http://www.playvid.com/watch/G4xST9MEdSn, http://www.playvid.com/watch/bjYqP5QX7OH, http://www.playvid.com/watch/R8TJ3dRFkIb,
http://www.playvid.com/watch/BHyU8i9sbOy, http://www.playvid.com/watch/qqGQKmssotZ, http://www.playvid.com/watch/sXpHmhMOvuj,
http://www.playvid.com/watch/tB-sFMJvYGF, http://www.playvid.com/watch/WK2NktGB4EU, http://www.playvid.com/watch/g4mDhaPl6uS,
http://www.playvid.com/watch/rLdB-7lCHR6, http://www.playvid.com/watch/3UTUVG6HKKt, http://www.playvid.com/watch/lBpDnhzTzmf,

http://www.playvid.com/watch/J88ektE06qv, http://www.playvid.com/watch/5RxUQhgr7Pb, http://www.playvid.com/watch/0rIHwat4K0z,
http://www.playvid.com/watch/2Z4hWLbc48m, http://www.playvid.com/watch/6EGDzz0tEW6, http://www.playvid.com/watch/HilqubR2nJA,
http://www.playvid.com/watch/UryKooxYUco, http://www.playvid.com/watch/dSC9N9O8Ib2, http://www.playvid.com/watch/PF37oXl2kSS,
http://www.playvid.com/watch/M6De9nWRx9C, http://www.playvid.com/watch/CsYzNjCsSy3, http://www.playvid.com/watch/qtdxz-GgZnp,
http://www.playvid.com/watch/vECH6TjwGOB, http://www.playvid.com/watch/NEmPQPG2T4t, http://www.playvid.com/watch/FqhHPzJExgU,
http://www.playvid.com/watch/RiYiSFzGsUS, http://www.playvid.com/watch/LcIwr7YF3yi, http://www.playvid.com/watch/yQ-zkUrDXbb,
http://www.playvid.com/watch/5H3dKZ7tQnf, http://www.playvid.com/watch/rpn7i4E3Iwo, http://www.playvid.com/watch/v7HOnqaz5k2,
http://www.playvid.com/watch/rCgmt62MYVb, http://www.playvid.com/watch/ys7pUXt-sAi, http://www.playvid.com/watch/RkwNY2IbRSp,
http://www.playvid.com/watch/TjfzSSNbuYD, http://www.playvid.com/watch/tcwYDv5Ykfq, http://www.playvid.com/watch/FWCbOmwcxjE,
http://www.playvid.com/watch/HvfO0BGZgw-, http://www.playvid.com/watch/0qZeFA72Cxl, http://www.playvid.com/watch/lhJ-9CUNZxR,
http://www.playvid.com/watch/KwV9tijM7V3, http://www.playvid.com/watch/Dg2hPcKDJvE, http://www.playvid.com/watch/ikLEU-ldMOg,
http://www.playvid.com/watch/JEeBLt0-Pt9, http://www.playvid.com/watch/arAiaxc8Mfo, http://www.playvid.com/watch/oHsmAl7-hrG,
http://www.playvid.com/watch/IEuqKLYdAj7, http://www.playvid.com/watch/yw8rW-4Yn7V, http://www.playvid.com/watch/hHnjo4qyqGW,
http://www.playvid.com/watch/ploztfE7Wyy, http://www.playvid.com/watch/qqSDUcLeqkq, http://www.playvid.com/watch/gGxHo5tlj4U,
http://www.playvid.com/watch/YGcoFi2oPsE, http://www.playvid.com/watch/ZzIIEMMBgCx, http://www.playvid.com/watch/c8LpUUhbNwd,
http://www.playvid.com/watch/V2zIW3TGHIU, http://www.playvid.com/watch/FXyTTk5y3cs, http://www.playvid.com/watch/Y2a6hpPO-sl,
http://www.playvid.com/watch/l3BtXa6QNTw, http://www.playvid.com/watch/XWCMLFwxtCO, http://www.playvid.com/watch/uBVzsF92Gd9,
http://www.playvid.com/watch/Bz8qHvedeMn, http://www.playvid.com/watch/WlOeeECfsak, http://www.playvid.com/watch/-U8UAlbUJJx,
http://www.playvid.com/watch/prfAuJYlkCK, http://www.playvid.com/watch/-mw7Dm49vvr, http://www.playvid.com/watch/FfKGEUDx-Qc,
http://www.playvid.com/watch/FrdTmQcX3Kn, http://www.playvid.com/watch/UixeAiyvgzy, http://www.playvid.com/watch/Z2puI07hhWZ,
http://www.playvid.com/watch/BZ-3ze0Zr5c, http://www.playvid.com/watch/Zx4bzcI-H5t, http://www.playvid.com/watch/Heh6oxBrX2o,
http://www.playvid.com/watch/rgUaEgr6I6k, http://www.playvid.com/watch/0hkSgTzg9ct, http://www.playvid.com/watch/SpbMVHLQAFf,
http://www.playvid.com/watch/ygqQhOeF35V, http://www.playvid.com/watch/Unx2DhGTV-e, http://www.playvid.com/watch/nZQy5Esel4o,
http://www.playvid.com/watch/L7p8jVXt3Ka, http://www.playvid.com/watch/hf8puiddAbQ, http://www.playvid.com/watch/SVoVUNRZbac,
http://www.playvid.com/watch/LtcIWAdewU2, http://www.playvid.com/watch/fqKu8HUKNEi, http://www.playvid.com/watch/CVTZTI3w94l,
http://www.playvid.com/watch/vI7PVv8Tu76, http://www.playvid.com/watch/r5vHhkOeIGW, http://www.playvid.com/watch/tZryjpZ4QYv,
http://www.playvid.com/watch/rI0Khwui5HD, http://www.playvid.com/watch/cUaGuN2untS, http://www.playvid.com/watch/97rmFJUyHE-,
http://www.playvid.com/watch/SGu6UYAJ4lq, http://www.playvid.com/watch/VS24rbO6vEt, http://www.playvid.com/watch/TJekx7pRNAU,
http://www.playvid.com/watch/ND7moxrouRs, http://www.playvid.com/watch/6hO6H6yZMgf, http://www.playvid.com/watch/nLRYW6rynX2,
http://www.playvid.com/watch/wwhJqYYq4wT, http://www.playvid.com/watch/JEI-IVR4QrK, http://www.playvid.com/watch/pO5rLmh8uA6,
http://www.playvid.com/watch/uKSR7rC9jJo, http://www.playvid.com/watch/YNeB4Tmn07D, http://www.playvid.com/watch/abcv6G4xklf,
http://www.playvid.com/watch/aHvrMEOikDm, http://www.playvid.com/watch/JOmS7-jxLP7, http://www.playvid.com/watch/l2bSlPwnFAJ,
http://www.playvid.com/watch/J5YWCAsnGA5, http://www.playvid.com/watch/NGx87P5veei, http://www.playvid.com/watch/eltpzj7stbP,
http://www.playvid.com/watch/AnQopAlcHDc, http://www.playvid.com/watch/qgt7uwnL4Fh, http://www.playvid.com/watch/A5X2O3-L4FQ,
http://www.playvid.com/watch/M8tglMtmIgD, http://www.playvid.com/watch/Zujo2PzGMyd, http://www.playvid.com/watch/V4eSg65oIz6,
http://www.playvid.com/watch/aogsSDH0PHx, http://www.playvid.com/watch/YAI9aXMnur4, http://www.playvid.com/watch/vECQMUL56ad,
http://www.playvid.com/watch/CWo-ckhggsk, http://www.playvid.com/watch/lz5XLoN8GAv, http://www.playvid.com/watch/UbPZmL0C2t7,
http://www.playvid.com/watch/syziyeTc2jT, http://www.playvid.com/watch/HnQcnqOjTMX, http://www.playvid.com/watch/WRZPcoKUdxj,
http://www.playvid.com/watch/KDcb5EneMTv, http://www.playvid.com/watch/Mgrsk9rh4IM, http://www.playvid.com/watch/N8KWgOU4LBI,
http://www.playvid.com/watch/FrSxHErlJw5, http://www.playvid.com/watch/vi5bX7SdcgQ, http://www.playvid.com/watch/DkS87MAXB3V,
http://www.playvid.com/watch/P4ZuA088rDT, http://www.playvid.com/watch/CtNkHij6Md5, http://www.playvid.com/watch/amG9U0YTvaQ,
http://www.playvid.com/watch/qAlHk6LuzKw, http://www.playvid.com/watch/DqkqUsgsnif, http://www.playvid.com/watch/biaBEeL8r-g,
http://www.playvid.com/watch/aWpwLx9das6, http://www.playvid.com/watch/V-5-pkXeP4D, http://www.playvid.com/watch/RaAJzffxiln,
http://www.playvid.com/watch/AoqAYvH-yBP, http://www.playvid.com/watch/rrVszVqCy0w, http://www.playvid.com/watch/xlpdXG3D3Vu,
http://www.playvid.com/watch/q3mx7NjkMRB, http://www.playvid.com/watch/exM8snIESPv, http://www.playvid.com/watch/SnFXMEESv6T,
http://www.playvid.com/watch/2QrKHbvCprF, http://www.playvid.com/watch/tMFRDNlKZps, http://www.playvid.com/watch/N-aOgo7pEpV,
http://www.playvid.com/watch/yWRg-E8ItEM, http://www.playvid.com/watch/uau-PFxvCOf, http://www.playvid.com/watch/oyoqM3jrzpZ,
http://www.playvid.com/watch/veyOE7KisA7, http://www.playvid.com/watch/zyOaytQgfUh, http://www.playvid.com/watch/ZpHIRob4yMy,
http://www.playvid.com/watch/kEj8kruW3dp, http://www.playvid.com/watch/gvKzc-6suZ8, http://www.playvid.com/watch/uQh7rB873bH,
http://www.playvid.com/watch/DdUuc-MI9rd, http://www.playvid.com/watch/vtjsbTJQCPO, http://www.playvid.com/watch/XsJj3fzlMka,
http://www.playvid.com/watch/L4KWKlR06G7, http://www.playvid.com/watch/Y72-o9m6Dxe, http://www.playvid.com/watch/XgCFYIVss7Z,
http://www.playvid.com/watch/Rtxq1f0RTuQ, http://www.playvid.com/watch/lKdVRb4yIt3, http://www.playvid.com/watch/NoIzjW0AKh9,
http://www.playvid.com/watch/6dGcKTI8O9R, http://www.playvid.com/watch/h9JtcYzaBfz, http://www.playvid.com/watch/rLGTLuxoGDb,
http://www.playvid.com/watch/Tts6hnGzjLL, http://www.playvid.com/watch/Wr5lw4mTORc, http://www.playvid.com/watch/iR2EXGH1WyP,
http://www.playvid.com/watch/Xa17pDeBNfa, http://www.playvid.com/watch/6hdkX2r0x5F, http://www.playvid.com/watch/UbXMfvWQB8w,
http://www.playvid.com/watch/40ZJtsanrdk, http://www.playvid.com/watch/lKJK1DlZ3RN, http://www.playvid.com/watch/vGSRhcPsYp5,
http://www.playvid.com/watch/xc2wuiVMlGl, http://www.playvid.com/watch/2anFAQTaQip, http://www.playvid.com/watch/vJK7FObJNEf,
http://www.playvid.com/watch/CUlL6nkDLLJ, http://www.playvid.com/watch/N28pbP1_Jas, http://www.playvid.com/watch/qyoq1lGaOh6,
http://www.playvid.com/watch/xpajmvUNz6X, http://www.playvid.com/watch/ryUCUfKWtSv, http://www.playvid.com/watch/i5MBFvLSIGr,
http://www.playvid.com/watch/fck8F07J1Yk, http://www.playvid.com/watch/qFGxSjGSc0L
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: combelcome
5.b. Uploader's email address: tomcombell@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/combelcome
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rSpYdqaI5ZG, http://www.playvid.com/watch/9-wfrmjyP-t,
http://www.playvid.com/watch/g4KtiAHFz7Y, http://www.playvid.com/watch/EorVC6D98AK, http://www.playvid.com/watch/vJ537rptAH1,
http://www.playvid.com/watch/GCPSML9vPw-, http://www.playvid.com/watch/VYLajzIbN2I, http://www.playvid.com/watch/b3EKt5dYrDP,
http://www.playvid.com/watch/Rvy1aMMMVTd, http://www.playvid.com/watch/IxHz0H70Pxd, http://www.playvid.com/watch/SvgQbuEjKTg,
http://www.playvid.com/watch/vmcTMvgYx6-, http://www.playvid.com/watch/WDVXkefb-i2, http://www.playvid.com/watch/vaft4Ei7Me4,
http://www.playvid.com/watch/ylf8JuMl4ON, http://www.playvid.com/watch/Hy4CIoT3avl, http://www.playvid.com/watch/p6EevDW9LUt,
http://www.playvid.com/watch/-BbeWSK9BOc, http://www.playvid.com/watch/YZphoa7r3-s, http://www.playvid.com/watch/BzgG38pH7P5,
http://www.playvid.com/watch/KOpsW51MZE3, http://www.playvid.com/watch/oWYFvmMyW6S, http://www.playvid.com/watch/EyPJIzyXS9d,
http://www.playvid.com/watch/gNiDeQuHy6k, http://www.playvid.com/watch/Ov-sTS1LIuV, http://www.playvid.com/watch/F6zWY22UJvf,
http://www.playvid.com/watch/A1OZbeJH6fi, http://www.playvid.com/watch/9tdKbwZI7yu, http://www.playvid.com/watch/lWtihQZ5J-n,
http://www.playvid.com/watch/6fz2Dw82Nda, http://www.playvid.com/watch/oscmL2Lm0nh, http://www.playvid.com/watch/iVVMO-MM910,
http://www.playvid.com/watch/kBuzOOvkLL6, http://www.playvid.com/watch/unC7plLKjeV, http://www.playvid.com/watch/zN5vwryXQHH,
http://www.playvid.com/watch/S5lwq6SWwdx, http://www.playvid.com/watch/gxwUgwLyGzG, http://www.playvid.com/watch/f3D7TlvKI4N,
http://www.playvid.com/watch/ilFojoIJQxJ, http://www.playvid.com/watch/oT6T4OZccrg, http://www.playvid.com/watch/w4gVChrRDff,
http://www.playvid.com/watch/S4ENLKRAMaV, http://www.playvid.com/watch/i5k0T9RD7by, http://www.playvid.com/watch/HwKI9Lr6taN,
http://www.playvid.com/watch/EwwZeCblWrE, http://www.playvid.com/watch/b1O9cCLHprz, http://www.playvid.com/watch/mpD1-NFiquk,
http://www.playvid.com/watch/q2VOyBsmLjl, http://www.playvid.com/watch/hN2lOaDxZmR, http://www.playvid.com/watch/XQfB5OlQffH,
http://www.playvid.com/watch/jEHHiPkkmpM, http://www.playvid.com/watch/Tm4OM1SB37t, http://www.playvid.com/watch/rGbAWC58Ri8,
http://www.playvid.com/watch/3ltEDDvdlEA, http://www.playvid.com/watch/rr4ba-PBU5P, http://www.playvid.com/watch/XRdW0AEjLQw,
http://www.playvid.com/watch/DGumQtvFa7Y, http://www.playvid.com/watch/rXybI1VHFKl, http://www.playvid.com/watch/OpqNpbvs8JM,
http://www.playvid.com/watch/cc39N4S2u0g, http://www.playvid.com/watch/w5diHiy4X1K, http://www.playvid.com/watch/K5P38lXYAWo,
http://www.playvid.com/watch/hiJK1qHgSb1, http://www.playvid.com/watch/390eTJwfd9G, http://www.playvid.com/watch/7wtGmHNZ4P6,
http://www.playvid.com/watch/Pt0Jjer7twg, http://www.playvid.com/watch/TbzxYTS8S1b, http://www.playvid.com/watch/cC-BSqNz9NY,
http://www.playvid.com/watch/djice2hwdQ3, http://www.playvid.com/watch/AoXRZ5F5vqF, http://www.playvid.com/watch/lt7yEuMBHOs,
http://www.playvid.com/watch/FWCVtsMN1XE, http://www.playvid.com/watch/QxQHysLKPws, http://www.playvid.com/watch/7t5WcDTSE5i,
http://www.playvid.com/watch/QiYgikXvVEe, http://www.playvid.com/watch/A0YJ-sZUnZk, http://www.playvid.com/watch/7lgVsIWwLA0,
http://www.playvid.com/watch/DP-w5M-grf8, http://www.playvid.com/watch/X4dxO2RmqUv, http://www.playvid.com/watch/i1wcKhFnXPt,
http://www.playvid.com/watch/6kHhNjUd9zZ, http://www.playvid.com/watch/EKd83-aqErV, http://www.playvid.com/watch/g0m85N7xWhs,
http://www.playvid.com/watch/c5lEcb0XBVQ, http://www.playvid.com/watch/qoC7xUbz2FO, http://www.playvid.com/watch/05AZPWS8EJj,
http://www.playvid.com/watch/lValdVqnijw, http://www.playvid.com/watch/AQb2Wd9oLJ6, http://www.playvid.com/watch/TB7jwyppK6c,

http://www.playvid.com/watch/kL2sidMH8w1
5.f. Date of third notice: 2015-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cooolbo
5.b. Uploader's email address: lexalexz@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/cooolbo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zeHuAsOZ24k, http://www.playvid.com/watch/xluBX6Kb2Sk, http://www.playvid.com/watch/p49Da-Of7EA, http://www.playvid.com/watch/X1IMkMyl2kU, http://www.playvid.com/watch/OxQgQU2mV4p, http://www.playvid.com/watch/o0Z1qB4BQLH, http://www.playvid.com/watch/SfuVtgC-zmH, http://www.playvid.com/watch/0JnsT2D13Jw, http://www.playvid.com/watch/gGP4D6sz0CF, http://www.playvid.com/watch/3K3UAdQ-n07, http://www.playvid.com/watch/46UGPzZ3Ozg, http://www.playvid.com/watch/rX44jaTq1_C, http://www.playvid.com/watch/AF-LlP_hqyj, http://www.playvid.com/watch/bPNp8vfzk97, http://www.playvid.com/watch/Y3lIA0_XbUX, http://www.playvid.com/watch/c-NFfgO0Zlk, http://www.playvid.com/watch/SOLBqGxO3uS, http://www.playvid.com/watch/AyRrpgke3Ys, http://www.playvid.com/watch/MkfyJxlJnvu, http://www.playvid.com/watch/C1q4ORHok4i, http://www.playvid.com/watch/yuf5rYhPLKp, http://www.playvid.com/watch/jBTZYxaPhhk, http://www.playvid.com/watch/Bksl_me4SaN, http://www.playvid.com/watch/nS_E6G--5HZ, http://www.playvid.com/watch/wJ-r2iW1QZf, http://www.playvid.com/watch/TvlsxihFLq9, http://www.playvid.com/watch/kwd_jqFJpO4, http://www.playvid.com/watch/vlfM7Z-LM24, http://www.playvid.com/watch/YaGj3Pd9qFG, http://www.playvid.com/watch/xCLghO3J6Pr, http://www.playvid.com/watch/oJ2JmE9t85h, http://www.playvid.com/watch/9L4jI0T-F9c, http://www.playvid.com/watch/tNWbPH9WGCt, http://www.playvid.com/watch/Ze41HVDL92f, http://www.playvid.com/watch/tKNTeGZswqg, http://www.playvid.com/watch/W7Jfu9dbOfl, http://www.playvid.com/watch/nOq5bLGLh_o, http://www.playvid.com/watch/q1JD7Ap7w30, http://www.playvid.com/watch/eERJE-HJTEV, http://www.playvid.com/watch/AobADSg-tSB, http://www.playvid.com/watch/XFhQcQM2h0S, http://www.playvid.com/watch/y804tX5QZnP, http://www.playvid.com/watch/OdGRScPCIfV, http://www.playvid.com/watch/Nd9kTK9ojkh, http://www.playvid.com/watch/z9XbJGgjg3I, http://www.playvid.com/watch/08in-gwpL5D, http://www.playvid.com/watch/ajasvDZH3Mw, http://www.playvid.com/watch/Qxii_o4aCAk, http://www.playvid.com/watch/TH4ggHHCw7q, http://www.playvid.com/watch/cr5bUoNAS9D, http://www.playvid.com/watch/ztf_SL767Y9, http://www.playvid.com/watch/D-Q-g2EnJHV, http://www.playvid.com/watch/w1dPdkTgSVu, http://www.playvid.com/watch/k67tLaScTWl, http://www.playvid.com/watch/PTzrRpxZk15, http://www.playvid.com/watch/xAD2WjdFSAb, http://www.playvid.com/watch/E86B7ANbmea, http://www.playvid.com/watch/rLDq1qkQRAP, http://www.playvid.com/watch/UKCCbEE92gi, http://www.playvid.com/watch/ht8KW_co74u, http://www.playvid.com/watch/W2f0-1RON8U, http://www.playvid.com/watch/V5OCLdihsdv, http://www.playvid.com/watch/wPusthAg7vt, http://www.playvid.com/watch/RKASaVcSvpm, http://www.playvid.com/watch/cwxRCbdoeX4, http://www.playvid.com/watch/HmtUboIkrV8, http://www.playvid.com/watch/j48FO5FlOQQ, http://www.playvid.com/watch/6eiuM2HPxav, http://www.playvid.com/watch/f_RiEyJGGc9, http://www.playvid.com/watch/dzfTndxdZ5N, http://www.playvid.com/watch/8uLtJYKOXPy, http://www.playvid.com/watch/AQpvkYSztEG, http://www.playvid.com/watch/eKMJTIeegBq, http://www.playvid.com/watch/I02ahlFUwaY, http://www.playvid.com/watch/Ty-1S94UM_4, http://www.playvid.com/watch/M8dVTOTvc_f, http://www.playvid.com/watch/iY4PJysEJdf, http://www.playvid.com/watch/nOwVBJwKX-c, http://www.playvid.com/watch/UQqsydqH97k, http://www.playvid.com/watch/7tOiTf1Xn8i, http://www.playvid.com/watch/jYg44vWWC5e, http://www.playvid.com/watch/Cyrc_altFxL, http://www.playvid.com/watch/uQ3b1vSC9gp
5.f. Date of third notice: 2014-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: crastyburger
5.b. Uploader's email address: zerukmaaldo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/crastyburger
5.e. List of videos posted by uploader: http://www.playvid.com/watch/W0E13wIx_-a, http://www.playvid.com/watch/YwZ3Xhga02i, http://www.playvid.com/watch/HB6aksIAZ5J, http://www.playvid.com/watch/lAn7RS9JmwV, http://www.playvid.com/watch/sQU4ILX_qpW, http://www.playvid.com/watch/ndTTC7QKONe, http://www.playvid.com/watch/pdZJTXi57LJ, http://www.playvid.com/watch/f9MlEZ4QvGT, http://www.playvid.com/watch/r0_BiGjmCe0, http://www.playvid.com/watch/F2vx2bMTmrf, http://www.playvid.com/watch/rgbRUk4m5Ir, http://www.playvid.com/watch/QsbkogUKuYF, http://www.playvid.com/watch/mKyva5jIwsX, http://www.playvid.com/watch/vHe1yeQRft7, http://www.playvid.com/watch/u-tIUhAMqnt, http://www.playvid.com/watch/rYDw1BPCjSv, http://www.playvid.com/watch/gbQyb9ghFnZ, http://www.playvid.com/watch/svNwg_GhHj9, http://www.playvid.com/watch/o_S7iN6fHfV, http://www.playvid.com/watch/x44Gc3R5wnl, http://www.playvid.com/watch/VYC6qz4-140, http://www.playvid.com/watch/YC4l3rBTxXR, http://www.playvid.com/watch/RSyHEK86f7C, http://www.playvid.com/watch/k3XbRgyC4P2, http://www.playvid.com/watch/Y6ApG4cDBZk, http://www.playvid.com/watch/aWg8iuf1INA, http://www.playvid.com/watch/VNIy8bBmMpN, http://www.playvid.com/watch/a8pq_MH_Mv4, http://www.playvid.com/watch/zW4b3UF09wy, http://www.playvid.com/watch/aYW-1QVQWp9, http://www.playvid.com/watch/343z5hRSb3a, http://www.playvid.com/watch/p0lUS9krK0J, http://www.playvid.com/watch/cnz5A2W1kPe, http://www.playvid.com/watch/iRfdRw8x8DE, http://www.playvid.com/watch/S1WJQvzKue3, http://www.playvid.com/watch/mlTm4LjBYPo, http://www.playvid.com/watch/f6LCLmFIkJI, http://www.playvid.com/watch/IsVMfwJVnSJ, http://www.playvid.com/watch/sgH6HkVraUQ, http://www.playvid.com/watch/u2ERzmhf-yW, http://www.playvid.com/watch/6WKM9DR44sV, http://www.playvid.com/watch/QntE1gJo2Ek, http://www.playvid.com/watch/iqfBK9O6dcr, http://www.playvid.com/watch/pzg-nJ0FyHH, http://www.playvid.com/watch/Ojnyx2VVVnm, http://www.playvid.com/watch/eUtKBcoxhv6, http://www.playvid.com/watch/wFe_wSyrMz3, http://www.playvid.com/watch/phS_PZ2dkvq, http://www.playvid.com/watch/zbCTuXE5TJQ, http://www.playvid.com/watch/SYvBIcxEzhO, http://www.playvid.com/watch/bL9Z5TBXnmd, http://www.playvid.com/watch/ZqVXvx59Qu9, http://www.playvid.com/watch/xUQ1s-8gGGk, http://www.playvid.com/watch/gyMU_d2P7Kj, http://www.playvid.com/watch/teIgEDc1I7X, http://www.playvid.com/watch/axJ-jJ01xLg, http://www.playvid.com/watch/E8QTKOs8RTu, http://www.playvid.com/watch/8pnruidfufN, http://www.playvid.com/watch/eHSp2GgnNb7, http://www.playvid.com/watch/9LMqTfgXfSw, http://www.playvid.com/watch/fMwJuciqhZF, http://www.playvid.com/watch/k-mptXYXiOk, http://www.playvid.com/watch/NHFJEk4EyJS, http://www.playvid.com/watch/Fnwd1-sbDJO, http://www.playvid.com/watch/TjuQtn04LXp, http://www.playvid.com/watch/JR-yIDxwxjl, http://www.playvid.com/watch/Rch0AhjYBWf, http://www.playvid.com/watch/lWPRM2lRy5X, http://www.playvid.com/watch/GOyK9V3vxFF, http://www.playvid.com/watch/coEYWkz0PaT, http://www.playvid.com/watch/qjj7DnuM36c, http://www.playvid.com/watch/LwPTrUIM1Kn, http://www.playvid.com/watch/dD8Jl7T-gvh, http://www.playvid.com/watch/E_YfgSt-7g7, http://www.playvid.com/watch/ZucWtZnfw3A, http://www.playvid.com/watch/2ftWnMaCbyh, http://www.playvid.com/watch/c4Q45tFSMUK, http://www.playvid.com/watch/jslfV2-sxJz, http://www.playvid.com/watch/G0HIGCTCzuG, http://www.playvid.com/watch/6J6hF7yhbof, http://www.playvid.com/watch/5GXHTR_JXZj, http://www.playvid.com/watch/pyhH5pfP5tS, http://www.playvid.com/watch/ZofyQzFUZV9, http://www.playvid.com/watch/SO3J0ntKWyh, http://www.playvid.com/watch/57tC4ZGphJY, http://www.playvid.com/watch/E3V3VClh5xS, http://www.playvid.com/watch/gilb72nDZGt, http://www.playvid.com/watch/ia6zthDz9F2, http://www.playvid.com/watch/YWn_ObGcfVQ, http://www.playvid.com/watch/yPHc21F-LMd, http://www.playvid.com/watch/T___P8Ytl14, http://www.playvid.com/watch/yD7ituGOjF8, http://www.playvid.com/watch/QD8rXel6xPb, http://www.playvid.com/watch/3hvh9x9j5q9, http://www.playvid.com/watch/dwE6yBBbtMT, http://www.playvid.com/watch/bh42WjzbTLn, http://www.playvid.com/watch/QQkeKVQrATO, http://www.playvid.com/watch/s4d8FcLT9Xq, http://www.playvid.com/watch/k79Ug2KdOR3, http://www.playvid.com/watch/xOMaIfBUwmu, http://www.playvid.com/watch/FN3SJS3cK5S, http://www.playvid.com/watch/F0ZbGKV07Ha, http://www.playvid.com/watch/Y_9FmyCcwwK, http://www.playvid.com/watch/T3U_gaHg0-x, http://www.playvid.com/watch/u75cwhfMGlQ, http://www.playvid.com/watch/IzaUwNwA2AN, http://www.playvid.com/watch/KkAAX7JtYGJ, http://www.playvid.com/watch/VnkORxMlAFZ, http://www.playvid.com/watch/lesxGddlf1s, http://www.playvid.com/watch/xz7JVn88Aqh, http://www.playvid.com/watch/tppw7TN4pHT, http://www.playvid.com/watch/u9-J8SouNdB, http://www.playvid.com/watch/BfRxIhjCpxK, http://www.playvid.com/watch/Ti71wDB1bE2, http://www.playvid.com/watch/Mznfrt2Rlcj, http://www.playvid.com/watch/3-uPO6wedM5, http://www.playvid.com/watch/zOFXM63ZqRk, http://www.playvid.com/watch/A8UBQkMySzW, http://www.playvid.com/watch/yC3rMgAKBHI, http://www.playvid.com/watch/hzKzsGYE-ax, http://www.playvid.com/watch/KQQk3Cuw8IJ, http://www.playvid.com/watch/QbnB0HC5JKs, http://www.playvid.com/watch/0JAeCUZn4Ek, http://www.playvid.com/watch/U1wjBEEPNO0, http://www.playvid.com/watch/pnWCJbvjq_v, http://www.playvid.com/watch/VBiCEJpJUPP, http://www.playvid.com/watch/YbSsUwLemRH, http://www.playvid.com/watch/b3Z1c8ag9Su, http://www.playvid.com/watch/L3Vk_tdMW5R, http://www.playvid.com/watch/RAr2nwRK804, http://www.playvid.com/watch/Kwm96s7fEqq, http://www.playvid.com/watch/GrLEcs_IVJM, http://www.playvid.com/watch/hgYFJ37qLtR, http://www.playvid.com/watch/zGx6701vdkj, http://www.playvid.com/watch/uFBUg5N-0UN, http://www.playvid.com/watch/NP8CoiDd8NM, http://www.playvid.com/watch/rWQgoBNLGFj, http://www.playvid.com/watch/pKRdHy9KRE2, http://www.playvid.com/watch/IRX4L7YXePX, http://www.playvid.com/watch/xTs8GvLbDVV, http://www.playvid.com/watch/zfkTs-RHfuf, http://www.playvid.com/watch/heLJ_qNdtFC, http://www.playvid.com/watch/3L0ln5RSGQX, http://www.playvid.com/watch/85SHKk8K2mK, http://www.playvid.com/watch/RogQWM6GEEB, http://www.playvid.com/watch/Hmt70Tb7a3c, http://www.playvid.com/watch/qo6SmMcjmEH, http://www.playvid.com/watch/NJQ3NLqKfeI, http://www.playvid.com/watch/bCdmVuNlRgF, http://www.playvid.com/watch/Dsd9FCUdLQ3, http://www.playvid.com/watch/eiUJ8KP56Ap, http://www.playvid.com/watch/y7NimwDysaK, http://www.playvid.com/watch/NOFOVtSWdD9, http://www.playvid.com/watch/tnFNOyGAkom, http://www.playvid.com/watch/r2gkYW14Cms, http://www.playvid.com/watch/FqnzkJqBSYi, http://www.playvid.com/watch/2Vkxjj1KQ2Q, http://www.playvid.com/watch/5t6j2i_2NHA, http://www.playvid.com/watch/NRET5VDh0Eq, http://www.playvid.com/watch/hZCf52hP2UE, http://www.playvid.com/watch/0u3rt4LalxI, http://www.playvid.com/watch/8C63IZ9XBCI, http://www.playvid.com/watch/pS7k3HMyD5s, http://www.playvid.com/watch/39E_67YJNdM,

http://www.playvid.com/watch/tRxGh4vBHfP, http://www.playvid.com/watch/p5tbPmrOHDF, http://www.playvid.com/watch/CbX0E3Oc8fC, http://www.playvid.com/watch/L9wKBrVeQBr, http://www.playvid.com/watch/lp728yCL1_6, http://www.playvid.com/watch/kCIU50LBPl9, http://www.playvid.com/watch/TLZz--DrHxb, http://www.playvid.com/watch/DemIbLEGTlp, http://www.playvid.com/watch/CrEzWWFkWdw, http://www.playvid.com/watch/AV3-Rq2Bhfm, http://www.playvid.com/watch/9s9IYKLyxcz, http://www.playvid.com/watch/u28lvm7GRsB, http://www.playvid.com/watch/gKra3zXXkgC, http://www.playvid.com/watch/Y2r984nR3Zm, http://www.playvid.com/watch/6WYvVAzeEls, http://www.playvid.com/watch/JYAW4KjV6lx
5.f. Date of third notice: 2014-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: crazybee
5.b. Uploader's email address: arturking890@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/crazybee
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hkIriDUJfXE, http://www.playvid.com/watch/DUkmf0DSVEw, http://www.playvid.com/watch/KYNXpH7I2pc, http://www.playvid.com/watch/j5SOJ8GYLte, http://www.playvid.com/watch/NVSXFuOsiFD, http://www.playvid.com/watch/yOl0xKTiSdV, http://www.playvid.com/watch/4kRwjurMRHs, http://www.playvid.com/watch/3tiLHCPc2SF, http://www.playvid.com/watch/9BQ03LRL8UD, http://www.playvid.com/watch/Y63IvB-GyCz, http://www.playvid.com/watch/Ykck3tpGVym, http://www.playvid.com/watch/DErr6J0xvNj, http://www.playvid.com/watch/Nt5YHAETzSE, http://www.playvid.com/watch/42bL8qBiMnh, http://www.playvid.com/watch/A6zyxuPjtSj, http://www.playvid.com/watch/aXs92tTfH9S, http://www.playvid.com/watch/C7EYu82HJcB, http://www.playvid.com/watch/tfDGFxOqBx4, http://www.playvid.com/watch/D3S-jnjY6dn, http://www.playvid.com/watch/SCrzzmVsYLt, http://www.playvid.com/watch/dXQrSmovsNF, http://www.playvid.com/watch/AmBUKII3Oor, http://www.playvid.com/watch/2HY8sL2sXbp, http://www.playvid.com/watch/uVwINsRxzYX, http://www.playvid.com/watch/d2KEoocpe6O, http://www.playvid.com/watch/FKhlUoudIqN, http://www.playvid.com/watch/nCusWv8yOIN, http://www.playvid.com/watch/CSA758cJQmG, http://www.playvid.com/watch/hItFz8iy47m, http://www.playvid.com/watch/PRKO0MaV4jB, http://www.playvid.com/watch/TdAEgu552Cd, http://www.playvid.com/watch/-ZgdBNTNvcd, http://www.playvid.com/watch/eBc2odfwIMI, http://www.playvid.com/watch/vLXsNtUc8ur, http://www.playvid.com/watch/bfjQE8Cfl5A, http://www.playvid.com/watch/-YHxYkTxlip, http://www.playvid.com/watch/7hwaH8AIqNZ, http://www.playvid.com/watch/HfCp8vbWuqc, http://www.playvid.com/watch/NyBWpNPJFNP, http://www.playvid.com/watch/JQhwtQRLVXb, http://www.playvid.com/watch/MpjTIDfzOAZ, http://www.playvid.com/watch/88bdpg6cwGz, http://www.playvid.com/watch/5Q7WKQ5DoEY, http://www.playvid.com/watch/5KfrdLg3BjD, http://www.playvid.com/watch/G7IS05VCAiz, http://www.playvid.com/watch/CzQnMoBFMzB, http://www.playvid.com/watch/5HWM2cJYPCK, http://www.playvid.com/watch/vbR2iLMpfzl, http://www.playvid.com/watch/7jXS4M0XFme, http://www.playvid.com/watch/cztwVgiHUaT, http://www.playvid.com/watch/-fvte7O3sxW, http://www.playvid.com/watch/XsYg4blgUIh, http://www.playvid.com/watch/yWLpwatxGGD, http://www.playvid.com/watch/aFDd53jXeBN, http://www.playvid.com/watch/JflpcSJQ7k7, http://www.playvid.com/watch/rvQbhKSgYPS, http://www.playvid.com/watch/GqoXcANx6AK, http://www.playvid.com/watch/raf6VeAcGEu, http://www.playvid.com/watch/nQujVTp4ezV, http://www.playvid.com/watch/FISiHkqr6U4, http://www.playvid.com/watch/hq7iSmwoTVF, http://www.playvid.com/watch/E4OmLSYscjl, http://www.playvid.com/watch/-ZSkqciZKYU, http://www.playvid.com/watch/FhcG-fomCXn, http://www.playvid.com/watch/QYASAX0xjRr, http://www.playvid.com/watch/9BFlWfyXRBb, http://www.playvid.com/watch/KErM6WRJnd2, http://www.playvid.com/watch/layuKaOLSgg, http://www.playvid.com/watch/sQU-8E4mmkJ, http://www.playvid.com/watch/TpB9yUaZhfF, http://www.playvid.com/watch/hmbM89INvkY, http://www.playvid.com/watch/87VqhEm8eyK, http://www.playvid.com/watch/Dv52MYbp-5D, http://www.playvid.com/watch/LAEwQlA9RXS, http://www.playvid.com/watch/X6xsT658P9k, http://www.playvid.com/watch/JxoKRZ8JNt8, http://www.playvid.com/watch/cSn4IQGrROe, http://www.playvid.com/watch/4AEVtSvSwUv, http://www.playvid.com/watch/pPTRS3ir8bO, http://www.playvid.com/watch/nmr3RHowwV-, http://www.playvid.com/watch/gKsaPLF2VJB, http://www.playvid.com/watch/lAxWnn6Tiy6, http://www.playvid.com/watch/w3d4g23JIgG, http://www.playvid.com/watch/5KcGLjFSlZC, http://www.playvid.com/watch/4eXfMfECM2j, http://www.playvid.com/watch/uDyMKEVjboe, http://www.playvid.com/watch/mlprSwkaUei, http://www.playvid.com/watch/Qr6gYoIoVAF, http://www.playvid.com/watch/DRO2OrpL63c, http://www.playvid.com/watch/H7HybcEP8EP, http://www.playvid.com/watch/K5cS5KkyscR, http://www.playvid.com/watch/QRulEMsuXb7, http://www.playvid.com/watch/ZtboHnPHs7d, http://www.playvid.com/watch/gZYcq9BR8oh, http://www.playvid.com/watch/N2kfHiK6Zbb, http://www.playvid.com/watch/cu4o8Yerf4I, http://www.playvid.com/watch/LiWEoll4XKB, http://www.playvid.com/watch/bDBb9cgMJtv, http://www.playvid.com/watch/3-f5IuLkgOL, http://www.playvid.com/watch/HsTea8BW4Ch, http://www.playvid.com/watch/MiS6KBb2koQ, http://www.playvid.com/watch/9rAvZ6AM-0Y, http://www.playvid.com/watch/G4WdMzYg96W, http://www.playvid.com/watch/yHya4JxeJF2, http://www.playvid.com/watch/u2GXtt7PTpb, http://www.playvid.com/watch/gnWm0WBJYbQ, http://www.playvid.com/watch/ERKnafnjY2X, http://www.playvid.com/watch/GQRYFNu7ySJ, http://www.playvid.com/watch/pX0y38CpwHk, http://www.playvid.com/watch/nGlbbk0XLXW, http://www.playvid.com/watch/jokURnqPstt, http://www.playvid.com/watch/cGIm6FVqE9s, http://www.playvid.com/watch/OiUb-svgBNP, http://www.playvid.com/watch/Eisbwa2qqaa, http://www.playvid.com/watch/DWdmgWAkkfd, http://www.playvid.com/watch/7MQpma0LfVc, http://www.playvid.com/watch/UZz5R7pNdwh, http://www.playvid.com/watch/NU4vIke7SdP, http://www.playvid.com/watch/l0Xz5f7JoWn, http://www.playvid.com/watch/jjCm77FiaZX, http://www.playvid.com/watch/ZCGbX6HqA-N, http://www.playvid.com/watch/USALWNaxNoO, http://www.playvid.com/watch/m4-aOIyUqHE, http://www.playvid.com/watch/E8Tz53fYEsY, http://www.playvid.com/watch/sTTUKLKHB3q, http://www.playvid.com/watch/7Pd2B-i3apA, http://www.playvid.com/watch/STP8VKmO2go, http://www.playvid.com/watch/V9JfLgqGQMw, http://www.playvid.com/watch/YuSmdtsqiHS, http://www.playvid.com/watch/HuPih7VBsbj, http://www.playvid.com/watch/VWuwGAhWGEW, http://www.playvid.com/watch/CS3zyi2E87o, http://www.playvid.com/watch/Z3N5blv4c9U, http://www.playvid.com/watch/eOPMDe5L2vQ, http://www.playvid.com/watch/WZgOSNQ3FBa, http://www.playvid.com/watch/nZvVdfzS7pQ, http://www.playvid.com/watch/LPGrQHvbwSV, http://www.playvid.com/watch/bl0T4F7LUGl, http://www.playvid.com/watch/lAjH5w8paQL, http://www.playvid.com/watch/gYVeMOnErwO, http://www.playvid.com/watch/G74JdKWKk2G, http://www.playvid.com/watch/Ja7FkpNIdha, http://www.playvid.com/watch/aaLGGiP9c8n, http://www.playvid.com/watch/7xR5J5E9tRP, http://www.playvid.com/watch/Q8AIHek92gm, http://www.playvid.com/watch/ickzjMUmmik, http://www.playvid.com/watch/GHBKcWflTQX, http://www.playvid.com/watch/DEuP-dQZvnx, http://www.playvid.com/watch/MwBgQaRnxyt, http://www.playvid.com/watch/UGUB2rURvCC, http://www.playvid.com/watch/E2QaznwA2-g, http://www.playvid.com/watch/--AycAewGeL, http://www.playvid.com/watch/3QlFtP-TQbh, http://www.playvid.com/watch/LVzA-BnZXQM, http://www.playvid.com/watch/wdAdyun43E7, http://www.playvid.com/watch/MKoZQklquWt, http://www.playvid.com/watch/TnQbO-5NhEj, http://www.playvid.com/watch/8xprcghgyzX, http://www.playvid.com/watch/vqLmHqlwsCm, http://www.playvid.com/watch/tPQMPZDCQNi, http://www.playvid.com/watch/rkK8vJfI7b7, http://www.playvid.com/watch/LnV89wazeoa, http://www.playvid.com/watch/xPyAH5U4ZFM, http://www.playvid.com/watch/RVqmOa5N2zD, http://www.playvid.com/watch/Y2F2u7vPyhp, http://www.playvid.com/watch/sIWvf-t4UDp, http://www.playvid.com/watch/WkHt8aSOh7s, http://www.playvid.com/watch/a5jnhbqwMfm, http://www.playvid.com/watch/JsD9ebsOYXo, http://www.playvid.com/watch/bpJLkG06-Zn, http://www.playvid.com/watch/RYjDLiGj4hH, http://www.playvid.com/watch/77kJXHnpt74, http://www.playvid.com/watch/IdDMJLsImRZ, http://www.playvid.com/watch/86RpCl-lvJL, http://www.playvid.com/watch/OuhTrE3vbR2, http://www.playvid.com/watch/WnBuN4fSEru, http://www.playvid.com/watch/zNr7JfRjycH, http://www.playvid.com/watch/rK4Wt3ugJw7, http://www.playvid.com/watch/nRpKT3KriG5, http://www.playvid.com/watch/0VYXCojBumi, http://www.playvid.com/watch/GeSzhYDME8f, http://www.playvid.com/watch/E4hS9YLZesm, http://www.playvid.com/watch/E3vtB40FDkW, http://www.playvid.com/watch/CKCR4EZIlnE, http://www.playvid.com/watch/k8flYurWqzR, http://www.playvid.com/watch/nIwQnwYNLPQ, http://www.playvid.com/watch/BSnBXYmzAPS, http://www.playvid.com/watch/xmGZZ7VNzXx, http://www.playvid.com/watch/6uJeZuDy9pL, http://www.playvid.com/watch/SD3KXJya0ZD, http://www.playvid.com/watch/rP66JVvVwoC, http://www.playvid.com/watch/GwEMCjfxDZ8, http://www.playvid.com/watch/AXEtzVJPXt0, http://www.playvid.com/watch/YeVuodbcP85, http://www.playvid.com/watch/3x8fYUzjnFg, http://www.playvid.com/watch/ZwdUxm0yf-x, http://www.playvid.com/watch/pW9fkiz8nSd, http://www.playvid.com/watch/bZC8lPwkkm0, http://www.playvid.com/watch/NoiK6MqlLc4, http://www.playvid.com/watch/ZdN88fhlsd3, http://www.playvid.com/watch/9uNnGMs3R9w, http://www.playvid.com/watch/QpSxo-khbBh, http://www.playvid.com/watch/e-bJFRBpZYd, http://www.playvid.com/watch/ofHhbiwSCdf, http://www.playvid.com/watch/D89vWTwib8h, http://www.playvid.com/watch/eBKx4cczvAJ, http://www.playvid.com/watch/pquLstJ2ypq, http://www.playvid.com/watch/JVOKVnCu2Lg, http://www.playvid.com/watch/EsrEEQetWAY, http://www.playvid.com/watch/yNCFA5zuJ-S, http://www.playvid.com/watch/orctrb0GsXa, http://www.playvid.com/watch/BnpZfePLSOm, http://www.playvid.com/watch/QB-pQ0SrpB8, http://www.playvid.com/watch/iuRslEzwnep, http://www.playvid.com/watch/Wg8v66NHFI8, http://www.playvid.com/watch/JJ5iBnH5RUV, http://www.playvid.com/watch/nAtrnCzkwF6, http://www.playvid.com/watch/Sa4AhhCNkJh, http://www.playvid.com/watch/u4bMS9XAwqt, http://www.playvid.com/watch/NyJFQApjxZl, http://www.playvid.com/watch/goHuqwUe4PD, http://www.playvid.com/watch/uRNr5jY-VmU, http://www.playvid.com/watch/WRX3IDzXLgH, http://www.playvid.com/watch/J7x00n5JiNg, http://www.playvid.com/watch/lbsJkbpELxi, http://www.playvid.com/watch/Cq3aZ32gyvw, http://www.playvid.com/watch/BpUeq5yBkYE, http://www.playvid.com/watch/ctUA3n3fZNn, http://www.playvid.com/watch/IO2X83kaWLT, http://www.playvid.com/watch/4A36BD0uF84, http://www.playvid.com/watch/OIRIw8cxuCm, http://www.playvid.com/watch/m60F7fh-Knu, http://www.playvid.com/watch/LFIa74Gcrs3, http://www.playvid.com/watch/U6zZbX0vm9l, http://www.playvid.com/watch/uUOga7stKeT, http://www.playvid.com/watch/UpSAYEMshz-, http://www.playvid.com/watch/9ndv20hpgON, http://www.playvid.com/watch/GZs2ZRiLkvg, http://www.playvid.com/watch/yhN-skOk0xW, http://www.playvid.com/watch/yJVErqiS0br, http://www.playvid.com/watch/CkwIsCEtsdv, http://www.playvid.com/watch/4esndMecn5m, http://www.playvid.com/watch/CetMYhGSJTu, http://www.playvid.com/watch/RWRB9cBFpG6, http://www.playvid.com/watch/MuMrHWs6EvO, http://www.playvid.com/watch/GDqHz9avBNE, http://www.playvid.com/watch/BBWJHsql0OU, http://www.playvid.com/watch/tLBi5yQ6mgB, http://www.playvid.com/watch/kdvM-3607F6, http://www.playvid.com/watch/stJoMkJLTOL, http://www.playvid.com/watch/W5tVRIDQkAh,

http://www.playvid.com/watch/XJiyxIhFPiY, http://www.playvid.com/watch/DAmUlnbZQzK, http://www.playvid.com/watch/5AXEma8G2JN,
http://www.playvid.com/watch/FAdN6Tom03Y, http://www.playvid.com/watch/oapfVErM5jV, http://www.playvid.com/watch/9xx7i9-34Sj,
http://www.playvid.com/watch/xMjZCCpP2-R, http://www.playvid.com/watch/6Na49Xyg3kH, http://www.playvid.com/watch/ZHeExzSwuA0,
http://www.playvid.com/watch/uHw2ZVSMhDB, http://www.playvid.com/watch/NnV8lRQlltf, http://www.playvid.com/watch/jhakUaY2lr-,
http://www.playvid.com/watch/22QQWMrdDcl, http://www.playvid.com/watch/7tICW-jQjzJ, http://www.playvid.com/watch/XDL6C7jZ8er,
http://www.playvid.com/watch/87SuCRu2paA, http://www.playvid.com/watch/O9-Iz2qrprR, http://www.playvid.com/watch/wUdjnkgfRW0,
http://www.playvid.com/watch/BBIqwysB-YW, http://www.playvid.com/watch/X67AEKuc0Xq, http://www.playvid.com/watch/V5EcSLPe3Og,
http://www.playvid.com/watch/XRCzSFi82oz, http://www.playvid.com/watch/WqT3S8spCi5, http://www.playvid.com/watch/aVRocaATh0Q,
http://www.playvid.com/watch/vfjEFrRUR2z, http://www.playvid.com/watch/sBvjXCCw9vj, http://www.playvid.com/watch/Eh8yqZXvl28,
http://www.playvid.com/watch/6XAmQ-PXfw3, http://www.playvid.com/watch/YfpstJX-3Xp, http://www.playvid.com/watch/tbC67OqSS7K,
http://www.playvid.com/watch/o7SZeUrUKmb, http://www.playvid.com/watch/RjB8tuFzO8g, http://www.playvid.com/watch/OpYzqfRDyzy,
http://www.playvid.com/watch/9PMncUNRnYK, http://www.playvid.com/watch/cYlEIGhJkqg, http://www.playvid.com/watch/-xr3HGrYccx,
http://www.playvid.com/watch/0o2wFUqJ09P, http://www.playvid.com/watch/rTHuHglplBd, http://www.playvid.com/watch/ow7XOBHgSGF,
http://www.playvid.com/watch/eH-gkoZWWYQ, http://www.playvid.com/watch/cuxeF5pwkIf, http://www.playvid.com/watch/NSlukJSop3K,
http://www.playvid.com/watch/0xV8dpYuj4A, http://www.playvid.com/watch/smauN7mep2X, http://www.playvid.com/watch/N4pVJlfQHCM,
http://www.playvid.com/watch/22FIZuefh4b, http://www.playvid.com/watch/doHEB2HM32a, http://www.playvid.com/watch/zOOoYsqLVmN,
http://www.playvid.com/watch/rJcHOjKyh5C, http://www.playvid.com/watch/-v-R7T9W0sp, http://www.playvid.com/watch/JujB8wz7XjY,
http://www.playvid.com/watch/vZWCgXiVhof, http://www.playvid.com/watch/BboLb5tgx6X, http://www.playvid.com/watch/JBCbqw6JtCG,
http://www.playvid.com/watch/270kdizyL7Q, http://www.playvid.com/watch/DcSKeokj8nA, http://www.playvid.com/watch/8T0CY-7n40W,
http://www.playvid.com/watch/0bTafpxD0-c, http://www.playvid.com/watch/OJ42iixfI5R, http://www.playvid.com/watch/78jGlirbN-S,
http://www.playvid.com/watch/49I4uSkZwYU, http://www.playvid.com/watch/ALcUWfXe-vs, http://www.playvid.com/watch/CpQkeLxICUz,
http://www.playvid.com/watch/W3-uJCdCg0E, http://www.playvid.com/watch/OMpik39wu56, http://www.playvid.com/watch/NHc9x69F-iJ,
http://www.playvid.com/watch/X-WQKK3CwRa, http://www.playvid.com/watch/72PkC9MxtXk, http://www.playvid.com/watch/I5lmTEEGVj5,
http://www.playvid.com/watch/0BcigSNKh-7, http://www.playvid.com/watch/yjSkM7rBCsy, http://www.playvid.com/watch/VmoZLXIJPyy,
http://www.playvid.com/watch/iRl0X9z6K-g, http://www.playvid.com/watch/3IbNJpEgeFW, http://www.playvid.com/watch/-3DcSV6Evg3,
http://www.playvid.com/watch/pUg7j3k7Ts6, http://www.playvid.com/watch/eq-8i7lZ6BR, http://www.playvid.com/watch/HzZNC0MK0gb,
http://www.playvid.com/watch/jBWLPFcSZMr, http://www.playvid.com/watch/zyYzy5yWoiA, http://www.playvid.com/watch/8nROiLzlEjP,
http://www.playvid.com/watch/W42ErtAMk68, http://www.playvid.com/watch/5BiE7BkQUAk, http://www.playvid.com/watch/rE8zPzMANcx,
http://www.playvid.com/watch/ID4CrjZQWOw, http://www.playvid.com/watch/5x86qU9Smd4, http://www.playvid.com/watch/48HvnnFrZ4Z,
http://www.playvid.com/watch/ovFT2I6cVGY, http://www.playvid.com/watch/VQcg5BTB3bl, http://www.playvid.com/watch/XpT-K4G7ETu,
http://www.playvid.com/watch/2U-rO4yn5hE, http://www.playvid.com/watch/NAv2M5og5IV, http://www.playvid.com/watch/-he5qTo5HaF,
http://www.playvid.com/watch/-KjOJoOFfuP, http://www.playvid.com/watch/QiY3JKMiKxq, http://www.playvid.com/watch/iKPKnL0pMfd,
http://www.playvid.com/watch/2ZdBSJymtTT, http://www.playvid.com/watch/MAwYy55NzGo, http://www.playvid.com/watch/cuuck0UthB0,
http://www.playvid.com/watch/iEINaqRzNps, http://www.playvid.com/watch/MCVb9Is4dtm, http://www.playvid.com/watch/ytgKywKvEGH,
http://www.playvid.com/watch/PDGHqGYwyZG, http://www.playvid.com/watch/7oeyW3ITNcy, http://www.playvid.com/watch/uYzSKBBQAEp,
http://www.playvid.com/watch/t9oUbFBDCNU, http://www.playvid.com/watch/R50V07PjGgb, http://www.playvid.com/watch/J3HB73WLLtK,
http://www.playvid.com/watch/Dj9k96oyFVh, http://www.playvid.com/watch/Qqm237yGSMj, http://www.playvid.com/watch/XhzrSHAyJjE,
http://www.playvid.com/watch/9dxRO0du6so, http://www.playvid.com/watch/gZmqhq-tc0v, http://www.playvid.com/watch/bVWpS6mEOnz,
http://www.playvid.com/watch/ed-wAGVFr39, http://www.playvid.com/watch/SFmBfSCDW4l, http://www.playvid.com/watch/PH8w2apAUkI,
http://www.playvid.com/watch/Lnc-O-Jh5iq, http://www.playvid.com/watch/pMjDke0NLeN, http://www.playvid.com/watch/xvIEsAgb-Ts,
http://www.playvid.com/watch/oVq3Hqs5qVG, http://www.playvid.com/watch/a5Sg9NKFGRO, http://www.playvid.com/watch/aJo3Vi5XX3N,
http://www.playvid.com/watch/hV5f7L3Bg-C, http://www.playvid.com/watch/-tNDSk8IkDG, http://www.playvid.com/watch/VwSSO0RfEP6,
http://www.playvid.com/watch/hlxpI6QV28g, http://www.playvid.com/watch/sOwbCRg4Hs4, http://www.playvid.com/watch/rgHmGmNGmJB,
http://www.playvid.com/watch/dFYanx6csuR, http://www.playvid.com/watch/etPaNcWi4aY, http://www.playvid.com/watch/lEkErU3KkE0,
http://www.playvid.com/watch/EJBVawTMVmL, http://www.playvid.com/watch/qfVibfGePyo, http://www.playvid.com/watch/dJWlXlhCqLG,
http://www.playvid.com/watch/DQhZc3zLFLY, http://www.playvid.com/watch/8KWs2FsDSv5, http://www.playvid.com/watch/lyY2i3TkDXY,
http://www.playvid.com/watch/mfZmUWgyEjc, http://www.playvid.com/watch/I9iZVsEO5O9, http://www.playvid.com/watch/TZXAYRyPxQr,
http://www.playvid.com/watch/08SxV6t8tPm, http://www.playvid.com/watch/96BTRtzZvK9, http://www.playvid.com/watch/qjc499UgCov,
http://www.playvid.com/watch/qpeWdzWyL-c, http://www.playvid.com/watch/vF2qH7inmY3, http://www.playvid.com/watch/MdCbbXfG3Zt,
http://www.playvid.com/watch/YNRYSZtuqwS, http://www.playvid.com/watch/IjzoyOS8pHd, http://www.playvid.com/watch/KDwvZf0gjBx,
http://www.playvid.com/watch/G8dOm3whpFa, http://www.playvid.com/watch/ZRrD62TjLWn, http://www.playvid.com/watch/oNxEyAlndyF,
http://www.playvid.com/watch/FeIuyRNTAlq, http://www.playvid.com/watch/ESMpLdunUn0, http://www.playvid.com/watch/BhuP7J2GzI6,
http://www.playvid.com/watch/WZydIEn-m5K, http://www.playvid.com/watch/0XfyKBvkk2O, http://www.playvid.com/watch/Hdo-mWTctLT,
http://www.playvid.com/watch/etwHVfnfpZZ, http://www.playvid.com/watch/AcJsI2WrmQ5, http://www.playvid.com/watch/etyb3YrYMtN,
http://www.playvid.com/watch/K0sri0lmFBD, http://www.playvid.com/watch/LDAh6ygcP9Y, http://www.playvid.com/watch/VqaM9P3FhDh,
http://www.playvid.com/watch/93OeKkzBxsc, http://www.playvid.com/watch/7bpJ65Lp59k, http://www.playvid.com/watch/wTNkYN9KYnx,
http://www.playvid.com/watch/2JJ0iby0kQb, http://www.playvid.com/watch/qIotmAmJIBe, http://www.playvid.com/watch/JeLHvAKRPUT,
http://www.playvid.com/watch/AHbXlAEpqqG, http://www.playvid.com/watch/pfuanArlCTJ, http://www.playvid.com/watch/BzdwjYY8ngq,
http://www.playvid.com/watch/8YXajXEhr7y, http://www.playvid.com/watch/WQKpG-hH-7-, http://www.playvid.com/watch/cHycfIWFtQA,
http://www.playvid.com/watch/qHvvgxGMMvy, http://www.playvid.com/watch/FxPRtnJCEmY, http://www.playvid.com/watch/KYgKYuhWV99,
http://www.playvid.com/watch/Jk65CDZ4gpr, http://www.playvid.com/watch/qajh6PBdFO3, http://www.playvid.com/watch/46JKaX5E4RE,
http://www.playvid.com/watch/4vEkXrHUy4S, http://www.playvid.com/watch/TSBHxRO2B65, http://www.playvid.com/watch/DGrA5wdsvYp,
http://www.playvid.com/watch/Nl7t29jaySh, http://www.playvid.com/watch/UBEs9kaiWJs, http://www.playvid.com/watch/oF8qmtERFpV,
http://www.playvid.com/watch/87HVpK0Pyox, http://www.playvid.com/watch/Zx-sGpdPM0q, http://www.playvid.com/watch/yu7rx4HNAuW,
http://www.playvid.com/watch/plbiBm2Uclv, http://www.playvid.com/watch/nPkheYSltw3, http://www.playvid.com/watch/zTVV5z6ee3S,
http://www.playvid.com/watch/WM2iZZi8PH-, http://www.playvid.com/watch/DLBTKCFoRWz, http://www.playvid.com/watch/Ol0lC6rEsHk,
http://www.playvid.com/watch/tfcYM4qlbpZ, http://www.playvid.com/watch/xxHhaZw90he, http://www.playvid.com/watch/rbySKt4kjjf,
http://www.playvid.com/watch/yotuBnFNBxQ, http://www.playvid.com/watch/DJBQhkkeJdu, http://www.playvid.com/watch/JPFYL5bMZsQ,
http://www.playvid.com/watch/UKP-QX3jLnD, http://www.playvid.com/watch/R6KWAbE5xPZ, http://www.playvid.com/watch/cOoK-zsqvWb,
http://www.playvid.com/watch/03zicPBudyP, http://www.playvid.com/watch/2wmxVNnB0Uc, http://www.playvid.com/watch/cICk8hAetsl,
http://www.playvid.com/watch/h7OklAzglaC, http://www.playvid.com/watch/lS7G6CKifDE, http://www.playvid.com/watch/veV6sT7rXWZ,
http://www.playvid.com/watch/OTrScCvctkH, http://www.playvid.com/watch/NtmBQwM5OzU, http://www.playvid.com/watch/RLHzFlFHP6A,
http://www.playvid.com/watch/vsktBsj2o3W, http://www.playvid.com/watch/CqagwoIYWOz, http://www.playvid.com/watch/g2mettA7eHJ,
http://www.playvid.com/watch/-cm6tJNUBA6, http://www.playvid.com/watch/0zil04EkE-Q, http://www.playvid.com/watch/I3IWn6fLxVL,
http://www.playvid.com/watch/QbjoY4ayLxw, http://www.playvid.com/watch/0vwIf-oakac, http://www.playvid.com/watch/tYDcf5zb6WI,
http://www.playvid.com/watch/nvwWjMHPrcM, http://www.playvid.com/watch/9L4iQhzQ3ZO, http://www.playvid.com/watch/NQo7HbZXbJc,
http://www.playvid.com/watch/2fFUJ8Hmuzn, http://www.playvid.com/watch/xC3f00RHVGf, http://www.playvid.com/watch/9aI3nwsMacZ,
http://www.playvid.com/watch/FINWIu4choy, http://www.playvid.com/watch/sHog8IV3kTo, http://www.playvid.com/watch/XU4rCj0botv,
http://www.playvid.com/watch/ZzPOe5rFOXv, http://www.playvid.com/watch/QwJ7vjgEpil, http://www.playvid.com/watch/QABeQonluSp,
http://www.playvid.com/watch/leURZwcD2F8, http://www.playvid.com/watch/8rDXbuBH3J9, http://www.playvid.com/watch/5j4cTPUt0Py,
http://www.playvid.com/watch/PmBl6zDi5JZ, http://www.playvid.com/watch/Fcr8BXkPAJ7, http://www.playvid.com/watch/Ne4LbqWjTQh,
http://www.playvid.com/watch/9sItEBgJv4k, http://www.playvid.com/watch/JqxeiOnQR2C, http://www.playvid.com/watch/CBIAX8vAO35,
http://www.playvid.com/watch/YadBPV4OcxP, http://www.playvid.com/watch/Pwh5e35S9PU, http://www.playvid.com/watch/tSx3asB9CE8,
http://www.playvid.com/watch/CnxheNbxaPC, http://www.playvid.com/watch/z75-JtN8i59, http://www.playvid.com/watch/T3lA4LYJ-WJ,
http://www.playvid.com/watch/As6stnaNwDD, http://www.playvid.com/watch/Xi7h9MFOLiH, http://www.playvid.com/watch/K8jrxFrEVKx,
http://www.playvid.com/watch/fZLcu3IJ98i, http://www.playvid.com/watch/YvwIB2YgC0T, http://www.playvid.com/watch/vbuzFMyUBRM,
http://www.playvid.com/watch/VWue-XjDwXF, http://www.playvid.com/watch/DV6Gvf2Ii54, http://www.playvid.com/watch/xzwUm6yzMW3,
http://www.playvid.com/watch/S245dR7XX4x, http://www.playvid.com/watch/4RcbkXNAHvq, http://www.playvid.com/watch/QbHTQzW7FQ6,
http://www.playvid.com/watch/avwDMZnECx2, http://www.playvid.com/watch/ObVK7UXvaZn, http://www.playvid.com/watch/rPTIGOXFNLY,
http://www.playvid.com/watch/tZ26IF32tLT, http://www.playvid.com/watch/Qfc-oIzHYlQ, http://www.playvid.com/watch/62K5KmGCiJT,
http://www.playvid.com/watch/9T3LQMqghGM, http://www.playvid.com/watch/QDe8cTdWfKS, http://www.playvid.com/watch/-uD2lvamLIv,
http://www.playvid.com/watch/chVjGkHP42U, http://www.playvid.com/watch/O7zOJLh7kKW, http://www.playvid.com/watch/YmBNs9lD44r,
http://www.playvid.com/watch/y-jHPkrB9zZ, http://www.playvid.com/watch/PrmVXOyrSjm, http://www.playvid.com/watch/HonJahmuezE,
http://www.playvid.com/watch/IZgDGzE0inz, http://www.playvid.com/watch/dDU6UahwzW0, http://www.playvid.com/watch/5UYfvKIlfwq,
http://www.playvid.com/watch/cZWM2XJpjBI, http://www.playvid.com/watch/P-NA-iT8Pbt, http://www.playvid.com/watch/eM2EiIAE9uM,
http://www.playvid.com/watch/iAto0ETgvSh, http://www.playvid.com/watch/-kzThQbGiKR, http://www.playvid.com/watch/nh2PvnPnJtZ,

http://www.playvid.com/watch/BnkfsC8Bz9v, http://www.playvid.com/watch/YUzM6sXnc-f, http://www.playvid.com/watch/3TBHgiPTZjL, http://www.playvid.com/watch/e68MELFXFiU, http://www.playvid.com/watch/NTZukEdXY6j, http://www.playvid.com/watch/L8ZyAK7wH7h, http://www.playvid.com/watch/OwTtaCXRT39, http://www.playvid.com/watch/sOnUpYTX2JB, http://www.playvid.com/watch/ntIdS9NOvkL, http://www.playvid.com/watch/XEUWwzFfgJh, http://www.playvid.com/watch/6AS4XQChMVp, http://www.playvid.com/watch/cyhMNDrEYmK, http://www.playvid.com/watch/wZDOCTfnQps, http://www.playvid.com/watch/ltrkvE5KgUG, http://www.playvid.com/watch/O4QnAH5atzz, http://www.playvid.com/watch/goWI3MYeFpj, http://www.playvid.com/watch/NDPT-0nn0fZ, http://www.playvid.com/watch/Z4EJNL8bTdt, http://www.playvid.com/watch/Q4L5WVTTJcA, http://www.playvid.com/watch/86OBpmSf9D3, http://www.playvid.com/watch/ZbgnonH0xyT, http://www.playvid.com/watch/geXau7N70vn, http://www.playvid.com/watch/GUbKHH3PxUE, http://www.playvid.com/watch/YaHeSAJa8Ey, http://www.playvid.com/watch/Tpi7HzGo49w, http://www.playvid.com/watch/BfHj5-JlIGj, http://www.playvid.com/watch/ylaYRXNQIsl, http://www.playvid.com/watch/wIUmikQRT7w, http://www.playvid.com/watch/hu6uXBKZOkX, http://www.playvid.com/watch/CSit2ZJu3pp, http://www.playvid.com/watch/b6Xvr92y7xd, http://www.playvid.com/watch/rB88E3Jgtxm, http://www.playvid.com/watch/YvWWzckiFWl, http://www.playvid.com/watch/m53Jvu0xmFX, http://www.playvid.com/watch/jpv4LbhB8jV, http://www.playvid.com/watch/YnLiMOm02px, http://www.playvid.com/watch/rMqfY42OIYk, http://www.playvid.com/watch/otOkwUzc3Ls, http://www.playvid.com/watch/fbT6YBQqLtu, http://www.playvid.com/watch/ZeThDQs6h5J, http://www.playvid.com/watch/b64Fxfbhnjt, http://www.playvid.com/watch/QTxpFLZcxJD, http://www.playvid.com/watch/XqR53ypvQZ5, http://www.playvid.com/watch/difvzzdXp8f, http://www.playvid.com/watch/6NkwHR38Goj, http://www.playvid.com/watch/UIlcYa-O3rs, http://www.playvid.com/watch/qVljYIA0ek2, http://www.playvid.com/watch/kiOKgSPnp5Y, http://www.playvid.com/watch/N5alqwU-kts, http://www.playvid.com/watch/wnzQxwc5utx, http://www.playvid.com/watch/zClBLJ0OjQD, http://www.playvid.com/watch/mdO3Cu59AUb, http://www.playvid.com/watch/esgzRm3Brlz, http://www.playvid.com/watch/VhceD9vOLh4, http://www.playvid.com/watch/RdO7LWvKmfh, http://www.playvid.com/watch/NkG6P3wlW4M, http://www.playvid.com/watch/btfNo3U2zhu, http://www.playvid.com/watch/SVEZGVm459c, http://www.playvid.com/watch/iW0Tz9byrvs, http://www.playvid.com/watch/9EvM22cpqS0, http://www.playvid.com/watch/0TU9UcPaUyn, http://www.playvid.com/watch/kjFD7zQ8KEF, http://www.playvid.com/watch/eK-gSAe2mrk, http://www.playvid.com/watch/lepC7JP4tHn, http://www.playvid.com/watch/8vX7R2BrYMB, http://www.playvid.com/watch/HXWyCWj0gyj, http://www.playvid.com/watch/IUq9Srw-NOj, http://www.playvid.com/watch/JnIMHlgwSLp, http://www.playvid.com/watch/7Ne6s8nLeRT, http://www.playvid.com/watch/zNUWodg6SkK, http://www.playvid.com/watch/JDkojDfQbzC, http://www.playvid.com/watch/cJXO5jm09XZ, http://www.playvid.com/watch/Fu5Jkf79NcV, http://www.playvid.com/watch/4w3QbCwF0Pt, http://www.playvid.com/watch/80jtrL8-vXz, http://www.playvid.com/watch/jiCM2SYrexg, http://www.playvid.com/watch/NXjde0TcLG2, http://www.playvid.com/watch/cZJJ7WheEeq, http://www.playvid.com/watch/SI2DwpRIEPX, http://www.playvid.com/watch/E3Bgr0D2hfe, http://www.playvid.com/watch/YS8WdEC6FZK, http://www.playvid.com/watch/FiYdyRlLz0o, http://www.playvid.com/watch/dkqrSw0DlfY, http://www.playvid.com/watch/Q-j5ehYCb08, http://www.playvid.com/watch/6x86txumCeA, http://www.playvid.com/watch/htbGK0iaMkS, http://www.playvid.com/watch/4J9Z0WUNqRi, http://www.playvid.com/watch/e-XjORGiRcI, http://www.playvid.com/watch/jAy-AztG-Hu, http://www.playvid.com/watch/3lQBp4yTd07, http://www.playvid.com/watch/vePrhltgvAg, http://www.playvid.com/watch/5wq2mw5UxHY, http://www.playvid.com/watch/NHvutLxtUrG, http://www.playvid.com/watch/IKP2yiQoMbw, http://www.playvid.com/watch/r04tSjgZtBX, http://www.playvid.com/watch/2qjlEBtMXZM, http://www.playvid.com/watch/32JkzzpqBAS, http://www.playvid.com/watch/QeH4L532ztw, http://www.playvid.com/watch/ZibGkmz-HhA, http://www.playvid.com/watch/9ZrZXQU8Hxb, http://www.playvid.com/watch/wl6KisLeRuD, http://www.playvid.com/watch/a5CPJkvpLAB, http://www.playvid.com/watch/mP9DRfUc34s, http://www.playvid.com/watch/6ZOc-UgcDM0, http://www.playvid.com/watch/uqx7QDmJdlz, http://www.playvid.com/watch/ndTz40b05RK, http://www.playvid.com/watch/6Fa49b24xg7, http://www.playvid.com/watch/nQqDwlQOX9v, http://www.playvid.com/watch/jlRLCHDB7Gc, http://www.playvid.com/watch/B5m3Vswgzip, http://www.playvid.com/watch/Yti7GT3fhZw, http://www.playvid.com/watch/sSBzXCj4VUE, http://www.playvid.com/watch/7XKqMeBDSbU
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: creator
5.b. Uploader's email address: noivsei@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/creator
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cITCltpZYDV, http://www.playvid.com/watch/9pBJHbBF9O4, http://www.playvid.com/watch/qy5xrdAgBvO, http://www.playvid.com/watch/ZlYdI24zqL3, http://www.playvid.com/watch/asGxCwmMbzc, http://www.playvid.com/watch/gpjUD57daIX, http://www.playvid.com/watch/p4HUwkTeCES, http://www.playvid.com/watch/hHCk-jGV5VV, http://www.playvid.com/watch/7PoJkjAI7Ns, http://www.playvid.com/watch/2YS0LRjaZqH
5.f. Date of third notice: 2014-03-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cricri82
5.b. Uploader's email address: cristinacri82@libero.it
5.d. Uploader's profile: http://www.playvid.com/member/cricri82
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RuHQQLGx-Ty, http://www.playvid.com/watch/ZVGqfAZKsIc, http://www.playvid.com/watch/fOaiRtPdxh2, http://www.playvid.com/watch/lvfR24e8jRY, http://www.playvid.com/watch/QQkeNF2oK7W, http://www.playvid.com/watch/UQ0tsDKAUTK, http://www.playvid.com/watch/sURz7c--SZR, http://www.playvid.com/watch/C6fEov-pIW3, http://www.playvid.com/watch/FbSzvQjWYwR, http://www.playvid.com/watch/RPRopL9XzGj, http://www.playvid.com/watch/PhKz4z7AdEB, http://www.playvid.com/watch/sR9Dt4b3yLI, http://www.playvid.com/watch/7boqEG5ibFv, http://www.playvid.com/watch/yyvdynGZwk6, http://www.playvid.com/watch/6RMmWczi8Cj, http://www.playvid.com/watch/zeBUr8kYZ-H, http://www.playvid.com/watch/Cko2cmWh8EX, http://www.playvid.com/watch/6Q87Kntjkso, http://www.playvid.com/watch/bGLD90zGpMc, http://www.playvid.com/watch/YqbCwIp3ECu, http://www.playvid.com/watch/8FboLKO7B4z, http://www.playvid.com/watch/IF5sUsqiarH, http://www.playvid.com/watch/7zScVwMyIdC, http://www.playvid.com/watch/7rakAjHOJO3, http://www.playvid.com/watch/WUoHDoDpN0C, http://www.playvid.com/watch/Xk-e34vKTfs, http://www.playvid.com/watch/DW9SinFSsIe, http://www.playvid.com/watch/RA5JDc9ltuu, http://www.playvid.com/watch/UTFlg3x8Okh, http://www.playvid.com/watch/kMDDY3k5-uw, http://www.playvid.com/watch/5hp5ubv3CJ3, http://www.playvid.com/watch/IKm6OYLvau3, http://www.playvid.com/watch/0q4wAOgfpcc, http://www.playvid.com/watch/UI8emZ5-7P5, http://www.playvid.com/watch/VHJDshCIl03, http://www.playvid.com/watch/lFMsu026P6R, http://www.playvid.com/watch/l8fdrrMvltm, http://www.playvid.com/watch/CpxGZbDdpQc, http://www.playvid.com/watch/qMmrFI8LPfc, http://www.playvid.com/watch/fhAkjwAbFfS, http://www.playvid.com/watch/8fwRzyov6F2, http://www.playvid.com/watch/Wsz7NTTDX2s, http://www.playvid.com/watch/EdWdgs3sJgi, http://www.playvid.com/watch/oFhZEcK83LZ, http://www.playvid.com/watch/qHgwt5oCXt7, http://www.playvid.com/watch/CR8RDq09Awd, http://www.playvid.com/watch/QTnypmu3vId, http://www.playvid.com/watch/XlV8wGNduQF, http://www.playvid.com/watch/QcY04q2RO6B, http://www.playvid.com/watch/C7RoAWH2Hsb, http://www.playvid.com/watch/LUeZAa9cybp, http://www.playvid.com/watch/5oL57fgPLYZ, http://www.playvid.com/watch/KmI69VR0Uuw, http://www.playvid.com/watch/QDjTLQb7ozC, http://www.playvid.com/watch/aTcy6v-cmwf, http://www.playvid.com/watch/h8SffojLX6d, http://www.playvid.com/watch/PnuiZQVAgZf, http://www.playvid.com/watch/wQMc55AxH9e, http://www.playvid.com/watch/IymZvC3nYyd, http://www.playvid.com/watch/A258VzsuxMW, http://www.playvid.com/watch/IpzzebDDSxV, http://www.playvid.com/watch/bvxjPxe42BN, http://www.playvid.com/watch/6h2e-WqKQlA, http://www.playvid.com/watch/S2aazBfRBTP, http://www.playvid.com/watch/IOJrOBU8hPG, http://www.playvid.com/watch/w6nAiFKB-Gn, http://www.playvid.com/watch/uiqa9foZxq8, http://www.playvid.com/watch/wOosk3fgeH4, http://www.playvid.com/watch/ZU8azQjAiAs, http://www.playvid.com/watch/hppC7R8Vdvw, http://www.playvid.com/watch/WJEQ4J7hzXH, http://www.playvid.com/watch/KLvo9LtrLw4, http://www.playvid.com/watch/b-gupFQGoBw, http://www.playvid.com/watch/i4LNNmNAWXO, http://www.playvid.com/watch/DjaG-DW8lqG, http://www.playvid.com/watch/vcsdgLNepQs, http://www.playvid.com/watch/PoxD7IpeaVW, http://www.playvid.com/watch/PSmhEml0L-w, http://www.playvid.com/watch/ZKzZHBWdbRW, http://www.playvid.com/watch/GkR5RxYR8Cz, http://www.playvid.com/watch/WcVoFNu9xt6, http://www.playvid.com/watch/vzXmMiZWQ2h, http://www.playvid.com/watch/h3HoMXMk8lv, http://www.playvid.com/watch/Sp4Dlwg6JoT, http://www.playvid.com/watch/GKZy3x8yFd2, http://www.playvid.com/watch/qorvvTDuIcM, http://www.playvid.com/watch/uZbIqyuXLZJ, http://www.playvid.com/watch/6nsNV9NVe9v, http://www.playvid.com/watch/gsralv0xS6m, http://www.playvid.com/watch/TvAP-MBCN94, http://www.playvid.com/watch/-Wa5eOJ2P-w, http://www.playvid.com/watch/lUqGUUFkRFQ, http://www.playvid.com/watch/BYkr3Wsaj-T, http://www.playvid.com/watch/JbxTtRfEf3n, http://www.playvid.com/watch/Iu26d4wTIJZ, http://www.playvid.com/watch/ApcSM80mpfR, http://www.playvid.com/watch/Zz0vd69c989, http://www.playvid.com/watch/WeQAwcDwBTD, http://www.playvid.com/watch/7tORaqJkHPX, http://www.playvid.com/watch/CPCzmkC6C4J, http://www.playvid.com/watch/nlevUEHTyhV, http://www.playvid.com/watch/CuA4IXeiI73, http://www.playvid.com/watch/aHl2AOxZBgS, http://www.playvid.com/watch/6ZmMWMDskTs, http://www.playvid.com/watch/FKgAtlFddhN, http://www.playvid.com/watch/EH8W5uDqOTx, http://www.playvid.com/watch/yHFmS3Dc8XP, http://www.playvid.com/watch/QtW6gDxpcvy, http://www.playvid.com/watch/Ln9qhSVh6uy, http://www.playvid.com/watch/0NAzxWzTDwn, http://www.playvid.com/watch/BU2QJZfznWZ, http://www.playvid.com/watch/NG5s-f5IrQS, http://www.playvid.com/watch/ZRXZLJ3eXw2, http://www.playvid.com/watch/yPFEXv4kZLy, http://www.playvid.com/watch/6Et4y5JUZzQ, http://www.playvid.com/watch/mRxXfcMVJEJ, http://www.playvid.com/watch/pPb0pdIsvwk, http://www.playvid.com/watch/VhShVzb7Ecc, http://www.playvid.com/watch/PgH30Ysqw6f, http://www.playvid.com/watch/gAcZ8YLQggn, http://www.playvid.com/watch/C2Ia-4rkA27, http://www.playvid.com/watch/a49YGVmZFSt, http://www.playvid.com/watch/a6gmlBkyJbB, http://www.playvid.com/watch/GaWo42ocCYQ, http://www.playvid.com/watch/x39owL7gBUC,

http://www.playvid.com/watch/tskixEDaq3a, http://www.playvid.com/watch/BUdKeEyJtdp, http://www.playvid.com/watch/S6WKXFO9rEs,
http://www.playvid.com/watch/eupByfcefjF, http://www.playvid.com/watch/yNbpviFYm0U, http://www.playvid.com/watch/ypbp7oIcSBj,
http://www.playvid.com/watch/-YbFQ6BSwi9, http://www.playvid.com/watch/jSTzY-xAPOt, http://www.playvid.com/watch/qvS4-33XSaP,
http://www.playvid.com/watch/omweEqRumxh, http://www.playvid.com/watch/u3Cu97u0v6g, http://www.playvid.com/watch/bHCKdTAVAyv,
http://www.playvid.com/watch/jVV2TGjcaYa, http://www.playvid.com/watch/zsPkF6djYRF, http://www.playvid.com/watch/Ylx52sguEHp,
http://www.playvid.com/watch/iBdok9fRs-7, http://www.playvid.com/watch/JDCknoap7j4, http://www.playvid.com/watch/Qa3YdOy8VDS,
http://www.playvid.com/watch/mhw-HF4FcaD, http://www.playvid.com/watch/VqCJyMNDJHP, http://www.playvid.com/watch/hMvyzIQH9gM,
http://www.playvid.com/watch/UrmQOlTYrD6, http://www.playvid.com/watch/xmrXBSELFjU, http://www.playvid.com/watch/cMJikW2yTmN,
http://www.playvid.com/watch/8uNZQsgc6Ol, http://www.playvid.com/watch/kuTgj9IyjNQ, http://www.playvid.com/watch/CDpA-TrXFqa,
http://www.playvid.com/watch/QI4uYl0wVuJ, http://www.playvid.com/watch/Gbq2his9MBR, http://www.playvid.com/watch/hOfAJGJSCii,
http://www.playvid.com/watch/x37oN3A4SQ6, http://www.playvid.com/watch/U32MaYGPc08, http://www.playvid.com/watch/GosRWLsZq2S,
http://www.playvid.com/watch/oIqQo-HLgIW, http://www.playvid.com/watch/TCKKzvYF9TK, http://www.playvid.com/watch/pdXbqJRdHYo,
http://www.playvid.com/watch/4naotO3dG59, http://www.playvid.com/watch/3QgKLEXJvHn, http://www.playvid.com/watch/c8BTrklKOnV,
http://www.playvid.com/watch/qrOJz-nuUK7, http://www.playvid.com/watch/Co8ViSQuSiM, http://www.playvid.com/watch/gx6ZP4R7bOE,
http://www.playvid.com/watch/iZ7iO90y5x9, http://www.playvid.com/watch/SbROkRw3ZJd, http://www.playvid.com/watch/FkKpy-jLfIf,
http://www.playvid.com/watch/ZjIdctmmxRC, http://www.playvid.com/watch/AHuUG9mvsAP, http://www.playvid.com/watch/ACzayvvAmu7,
http://www.playvid.com/watch/EXa4Yokcnuj, http://www.playvid.com/watch/6nHGiLoN-4B, http://www.playvid.com/watch/SSnyEYFTF0y,
http://www.playvid.com/watch/cZv-gMjXlMO, http://www.playvid.com/watch/jrUO3VpKFYx, http://www.playvid.com/watch/t44NjH-MJ68,
http://www.playvid.com/watch/9AFYzIEKQw2, http://www.playvid.com/watch/85-iRGQrKJ4, http://www.playvid.com/watch/H2NMXLwoUFz,
http://www.playvid.com/watch/yw4IvLOtJV5, http://www.playvid.com/watch/IpbLC87tZMo, http://www.playvid.com/watch/vffwIjdI8ia,
http://www.playvid.com/watch/pATdny4VqXf, http://www.playvid.com/watch/ldHMWP80UpH, http://www.playvid.com/watch/CTeOUW4qRrX,
http://www.playvid.com/watch/IPxLBct34BS, http://www.playvid.com/watch/7fcpbAzx5RR, http://www.playvid.com/watch/XXon7cx3ncr,
http://www.playvid.com/watch/4uVaDe3tMWC, http://www.playvid.com/watch/rYG8d6PpV8h, http://www.playvid.com/watch/UptgRSSmgsM,
http://www.playvid.com/watch/ysvGISTeS3h, http://www.playvid.com/watch/lhgRHfMrSJa, http://www.playvid.com/watch/oioGPKM0L7x,
http://www.playvid.com/watch/h2KdpoUOAbS, http://www.playvid.com/watch/6qrjNQ2SqL0, http://www.playvid.com/watch/L8EYeYRJx0R
5.f. Date of third notice: 2013-12-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: cube001
5.b. Uploader's email address: vilfoxinks@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/cube001
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EyPeKIuouya, http://www.playvid.com/watch/HbJyJR_m15h,
http://www.playvid.com/watch/ww-vNMLX9sz, http://www.playvid.com/watch/BGc-I9C8JBV, http://www.playvid.com/watch/Tqc-SYJd9uO,
http://www.playvid.com/watch/JardcZhG5jl, http://www.playvid.com/watch/ON6UDh3gF05, http://www.playvid.com/watch/4znxLmQbNE0,
http://www.playvid.com/watch/eCYQL-cRG80, http://www.playvid.com/watch/6s7ybXJLTZ0, http://www.playvid.com/watch/lPr9_HOskdh,
http://www.playvid.com/watch/53MFke8eiB4, http://www.playvid.com/watch/eZQSoL0lqx7, http://www.playvid.com/watch/JMw6DBRbqXU,
http://www.playvid.com/watch/9kxclj_G5Cm, http://www.playvid.com/watch/jGn2ib3Tz44, http://www.playvid.com/watch/sAV7YFn88ut,
http://www.playvid.com/watch/HeD9MhCILR8, http://www.playvid.com/watch/8dbrhdqrzrF, http://www.playvid.com/watch/t3cd6-HBQkU,
http://www.playvid.com/watch/wLRxi7Gfhyh, http://www.playvid.com/watch/fAgLdMKwnPG, http://www.playvid.com/watch/J5JS14dubl3,
http://www.playvid.com/watch/Dr1RexW_f4S, http://www.playvid.com/watch/qsgr7baohRi, http://www.playvid.com/watch/8nAO9RRROXc,
http://www.playvid.com/watch/hdyQt6x3CXs, http://www.playvid.com/watch/vaLDzs4vqlh, http://www.playvid.com/watch/t_VKuw4WLAE,
http://www.playvid.com/watch/ulJ9eiDDUB9, http://www.playvid.com/watch/e8_YTJSxYXH, http://www.playvid.com/watch/IlN-eAPSEhw,
http://www.playvid.com/watch/8WV7Qo09GaS, http://www.playvid.com/watch/IPPpGtChKFW, http://www.playvid.com/watch/ugTiu4YLeK0,
http://www.playvid.com/watch/e-MYd71Dzhg, http://www.playvid.com/watch/fD-4nPxLBqM, http://www.playvid.com/watch/J_qFcHNrZKz,
http://www.playvid.com/watch/4rAEWnJIlh2, http://www.playvid.com/watch/FS3JGMj5w0P, http://www.playvid.com/watch/Spdo7EZcD0I,
http://www.playvid.com/watch/aNV4Av9_mEb, http://www.playvid.com/watch/P8-g3bmAR-B, http://www.playvid.com/watch/i04jA2Cad-9,
http://www.playvid.com/watch/Xl6I9vrYlw5, http://www.playvid.com/watch/vvvcabRXe1g, http://www.playvid.com/watch/Mirs2g3rJs5,
http://www.playvid.com/watch/txbBlRaEERT, http://www.playvid.com/watch/JjSscjO6sNw, http://www.playvid.com/watch/DBiU8E4_D9V,
http://www.playvid.com/watch/lS6tIsCwYUR, http://www.playvid.com/watch/Mso-q020E-r, http://www.playvid.com/watch/J_mD5um8qZd,
http://www.playvid.com/watch/Tjm-VUPN5Bg, http://www.playvid.com/watch/tav8jSb-s-x, http://www.playvid.com/watch/agKIwvZCFc0,
http://www.playvid.com/watch/rvGJVYehIOw, http://www.playvid.com/watch/k6dePG269VH, http://www.playvid.com/watch/MjdtKjoT1SC,
http://www.playvid.com/watch/DeztPXXBEbR, http://www.playvid.com/watch/l7emanP-YTu, http://www.playvid.com/watch/N3Tpgy0I5Cs,
http://www.playvid.com/watch/y6AUGSg6QH5, http://www.playvid.com/watch/Qlzvf4v-vvS, http://www.playvid.com/watch/hJk6dx3-Sla,
http://www.playvid.com/watch/gRtIXjxxsoB, http://www.playvid.com/watch/PtVFCZPR6HJ, http://www.playvid.com/watch/fcFxx3zBDY5,
http://www.playvid.com/watch/DoQ5QvYLYQa, http://www.playvid.com/watch/TQeLHfMr8nw, http://www.playvid.com/watch/8bQcwJWpQCU,
http://www.playvid.com/watch/YT_ED72bYz5, http://www.playvid.com/watch/2lLxwyLbuC3, http://www.playvid.com/watch/Iegx-Z_fEq3,
http://www.playvid.com/watch/Lp1s2CsmGCA, http://www.playvid.com/watch/tX7UKP5GlfO, http://www.playvid.com/watch/UOuBkpElbLt,
http://www.playvid.com/watch/wJf65AUw6Wm, http://www.playvid.com/watch/IYO_EE7aULO, http://www.playvid.com/watch/23tXOMbK7T8,
http://www.playvid.com/watch/Gki3MOlaYo2, http://www.playvid.com/watch/25wlZXOpq8E, http://www.playvid.com/watch/QO_vv7pBuvQ,
http://www.playvid.com/watch/joz0o6iusqW, http://www.playvid.com/watch/cFjv60Np97p, http://www.playvid.com/watch/nKX8bJRJBwT,
http://www.playvid.com/watch/tGPWr19LhPZ, http://www.playvid.com/watch/k0oqgmjR6_5, http://www.playvid.com/watch/I3ydZpaYbGe,
http://www.playvid.com/watch/CVwUj0FxxbG, http://www.playvid.com/watch/kvZmRWvxXvO, http://www.playvid.com/watch/OQsPrfRqZkr,
http://www.playvid.com/watch/iWZ0rWRy1KH, http://www.playvid.com/watch/TkvZ1Xny2EC, http://www.playvid.com/watch/2miBwrs_qn6,
http://www.playvid.com/watch/MHR3VtRCRec, http://www.playvid.com/watch/fH39d1KTWzI, http://www.playvid.com/watch/IVEslmkKUJ6,
http://www.playvid.com/watch/mHE7-HOpSwR, http://www.playvid.com/watch/HT9icPTSph2, http://www.playvid.com/watch/F5PZ7ZB2fdm,
http://www.playvid.com/watch/96J0HZXYtLt, http://www.playvid.com/watch/IY8ZZU1tZha, http://www.playvid.com/watch/sr2nV4b3HPI,
http://www.playvid.com/watch/9DUaACgLCB2, http://www.playvid.com/watch/UcGHuKbiS6j, http://www.playvid.com/watch/nI5gdOXEz_9,
http://www.playvid.com/watch/AZYHAdDNB7I, http://www.playvid.com/watch/fnlg95OKQ39, http://www.playvid.com/watch/CseNmBB4-t9,
http://www.playvid.com/watch/ECRX-9Su_J8, http://www.playvid.com/watch/MVSFqFdLU8X, http://www.playvid.com/watch/zj_yB8Stz56,
http://www.playvid.com/watch/JlPdVG12euS, http://www.playvid.com/watch/5a_oMsNX39h, http://www.playvid.com/watch/bABnMLXvjTz,
http://www.playvid.com/watch/cANSoIFPzLR, http://www.playvid.com/watch/dccGqyF9yKR, http://www.playvid.com/watch/y02zB9nt98r,
http://www.playvid.com/watch/aew8pa6pHaH, http://www.playvid.com/watch/lYNl4UcRFyB, http://www.playvid.com/watch/AG1liJ_miQj,
http://www.playvid.com/watch/MJVR4bGQMEE, http://www.playvid.com/watch/9IKyf158h5F, http://www.playvid.com/watch/UR7aEiBQfTc,
http://www.playvid.com/watch/pLzTgL2GkBA, http://www.playvid.com/watch/GmgXCn9M54I, http://www.playvid.com/watch/mvUCq9ECqiS,
http://www.playvid.com/watch/4NilePZDDBX, http://www.playvid.com/watch/DxlayU4n9yi, http://www.playvid.com/watch/yvE2iz8SO_n,
http://www.playvid.com/watch/bYcht63ZeLE, http://www.playvid.com/watch/B9SIOJuVEaf, http://www.playvid.com/watch/5ow056Zgv_F,
http://www.playvid.com/watch/MiJT9EH2wSJ, http://www.playvid.com/watch/GXBysMZU7Ja, http://www.playvid.com/watch/bce7JgVjMnv,
http://www.playvid.com/watch/G8iX33b63Au, http://www.playvid.com/watch/yUuJeo_lR8O, http://www.playvid.com/watch/LGrgWeXX6US,
http://www.playvid.com/watch/yCIrY6vrVC5, http://www.playvid.com/watch/NfIDI6ybtYK, http://www.playvid.com/watch/JTJyka0-RYf,
http://www.playvid.com/watch/yt5TEbF8fp5, http://www.playvid.com/watch/yqmYBL7bRo2, http://www.playvid.com/watch/S5xh6nQAzlz,
http://www.playvid.com/watch/ceE4p3HUTDD, http://www.playvid.com/watch/2nhmNnZkXFG, http://www.playvid.com/watch/K-Ktw0KHdXK,
http://www.playvid.com/watch/iJDmkII-4GZ, http://www.playvid.com/watch/4MzycPGXchO, http://www.playvid.com/watch/PMQjNkgTAcf,
http://www.playvid.com/watch/EfbQg1PXOVe, http://www.playvid.com/watch/JH6_2Isrhce, http://www.playvid.com/watch/B4Zl7_ZGJZh,
http://www.playvid.com/watch/7xTTtShiCIm, http://www.playvid.com/watch/UfzPWIhzmeS, http://www.playvid.com/watch/4pptXDQT5x7,
http://www.playvid.com/watch/jN6BHSZVBtA, http://www.playvid.com/watch/u4Qm9wnewBc, http://www.playvid.com/watch/OU04bLgT19Y,
http://www.playvid.com/watch/s6Pta9cK3IJ, http://www.playvid.com/watch/XbBDDIgnAdx, http://www.playvid.com/watch/zyDIzbqEW48,
http://www.playvid.com/watch/YKCEy2NwzGx, http://www.playvid.com/watch/iRNoZawqHcs, http://www.playvid.com/watch/tm4WwKL9LHs,
http://www.playvid.com/watch/tu20u2HqAYQ, http://www.playvid.com/watch/kXoVvYhlhly, http://www.playvid.com/watch/o5bZVlvaReV,
http://www.playvid.com/watch/foMS6qNKivi, http://www.playvid.com/watch/HugZ39UssEy, http://www.playvid.com/watch/VYirW6fhShg,
http://www.playvid.com/watch/VGWcD-1PX8B, http://www.playvid.com/watch/B_usWmNAobu, http://www.playvid.com/watch/Qg-oFqBbxWl,
http://www.playvid.com/watch/9-GcTNrwDpp, http://www.playvid.com/watch/VATES1tZ-JJ, http://www.playvid.com/watch/hrlX6SCL675,
http://www.playvid.com/watch/iqDSQTU54Gi, http://www.playvid.com/watch/FtB5_gIQjww, http://www.playvid.com/watch/8svO3N73o-Y,
http://www.playvid.com/watch/8PEbW1XclEY, http://www.playvid.com/watch/iQ9oPttZo0U, http://www.playvid.com/watch/MkTgRrV91-f,
http://www.playvid.com/watch/F4BvK92ax1a, http://www.playvid.com/watch/o4u6w25Ofpp, http://www.playvid.com/watch/WsbLBzVkg9M,
http://www.playvid.com/watch/2TWX-_SYSo0, http://www.playvid.com/watch/xDDwugU3lwE, http://www.playvid.com/watch/jYPbCJJQlIH,
http://www.playvid.com/watch/EIg2jJfmSXL, http://www.playvid.com/watch/ry-ph35vF4y, http://www.playvid.com/watch/71rjB3O800x,

http://www.playvid.com/watch/IN6lRogp57Q, http://www.playvid.com/watch/tZ355cyP8bC, http://www.playvid.com/watch/2q0_XmM2Ecv, http://www.playvid.com/watch/08klSVyurKA, http://www.playvid.com/watch/AF2joYYaSh7, http://www.playvid.com/watch/L6gqD4A6ZbP, http://www.playvid.com/watch/pwHocuzceld, http://www.playvid.com/watch/Q7t0OA6W1ME, http://www.playvid.com/watch/VZJY3iiOs1k, http://www.playvid.com/watch/xM8O26WQcBD, http://www.playvid.com/watch/Tjgpm2PjqdF, http://www.playvid.com/watch/5SulMbdm5uv, http://www.playvid.com/watch/6n-UlKSU8CE, http://www.playvid.com/watch/AfUetfdbldA, http://www.playvid.com/watch/5zEAH2h2aXi, http://www.playvid.com/watch/5M4V4UfmvMb, http://www.playvid.com/watch/Wp2BE-cLcKu, http://www.playvid.com/watch/DoNHAgvNHyl, http://www.playvid.com/watch/uYo8GegSgfu, http://www.playvid.com/watch/NyYzMth0qdr, http://www.playvid.com/watch/GvMzW0-Tkgk, http://www.playvid.com/watch/mzEuseoP_By, http://www.playvid.com/watch/jhLlTzpbha6, http://www.playvid.com/watch/qfxRizoaBUD, http://www.playvid.com/watch/6JY-bX0QIWg, http://www.playvid.com/watch/30Ej2GlQVrC, http://www.playvid.com/watch/z64a_q6LQ5a, http://www.playvid.com/watch/FcO5O06UjCG, http://www.playvid.com/watch/VAx9gwNuhUa, http://www.playvid.com/watch/UdtRphotDes, http://www.playvid.com/watch/Wmukw4h13ry, http://www.playvid.com/watch/N3CcAqJVIrX, http://www.playvid.com/watch/vV4IeCQPxSD, http://www.playvid.com/watch/jAPvEgDJR4T, http://www.playvid.com/watch/V-2FrZzFvEJ, http://www.playvid.com/watch/cP5HSqby_qz, http://www.playvid.com/watch/WpQkTbzgcuw, http://www.playvid.com/watch/c8j-rtkXio0, http://www.playvid.com/watch/GxaApbbKO_g, http://www.playvid.com/watch/8LAtYN5WYld, http://www.playvid.com/watch/RClEqHxxZ37, http://www.playvid.com/watch/JDNnHIu2qOx, http://www.playvid.com/watch/o4C-9MR9FrB, http://www.playvid.com/watch/mZsNb3w4_rp, http://www.playvid.com/watch/PIFfevm6w9d, http://www.playvid.com/watch/lyzfBYUxZmT, http://www.playvid.com/watch/mUv9gQoRfpx, http://www.playvid.com/watch/owCsZ36qsEg, http://www.playvid.com/watch/XVnKtr3sEeJ, http://www.playvid.com/watch/HNjRPWUShOl, http://www.playvid.com/watch/FcPr7tFRY2q, http://www.playvid.com/watch/xfAtLNIY63R, http://www.playvid.com/watch/64df24_1AQI, http://www.playvid.com/watch/CHPzKOc1Li0, http://www.playvid.com/watch/Kll-aj_S9yM, http://www.playvid.com/watch/gqAqi6CP-zQ, http://www.playvid.com/watch/lpWd-jadi2Q, http://www.playvid.com/watch/gVUXkV2Dsdx, http://www.playvid.com/watch/OzbWzdoJp0f, http://www.playvid.com/watch/nqLK3FOQ1Zf, http://www.playvid.com/watch/7M_BWXsbVNz, http://www.playvid.com/watch/olWnTVg7nBg, http://www.playvid.com/watch/LrMR-wKOx7q, http://www.playvid.com/watch/VT2VJIh6vfA, http://www.playvid.com/watch/6go8_k9BuqH, http://www.playvid.com/watch/ZU2MFCQYTxs, http://www.playvid.com/watch/5uRrvCcDEpz, http://www.playvid.com/watch/YVEMlqOuXbJ, http://www.playvid.com/watch/rg14BtHsBQL, http://www.playvid.com/watch/DS_EI1HkSUz, http://www.playvid.com/watch/Z6Y6RGaabgW, http://www.playvid.com/watch/u5gwNUbLLRK, http://www.playvid.com/watch/39z5SujiLrX, http://www.playvid.com/watch/KKXrLBxTxkX, http://www.playvid.com/watch/RU42fswbLPq, http://www.playvid.com/watch/MiURwoBPZTN, http://www.playvid.com/watch/UC-Wup9av9R, http://www.playvid.com/watch/I9kOTKPa05T, http://www.playvid.com/watch/QduoE54MW3u, http://www.playvid.com/watch/x8zn59-A4r3, http://www.playvid.com/watch/PXkqM7FYVPQ, http://www.playvid.com/watch/6aqPBF3BGyQ, http://www.playvid.com/watch/Tw1k-wTa8hk, http://www.playvid.com/watch/o96pDE9h6k5, http://www.playvid.com/watch/KHJiNS7F9vY, http://www.playvid.com/watch/dATKATLHGVT, http://www.playvid.com/watch/Xs2l4oLezAx, http://www.playvid.com/watch/6gy7nRuDsOr, http://www.playvid.com/watch/JrQQd8vtFEA, http://www.playvid.com/watch/QSNhIxOGvXc, http://www.playvid.com/watch/KRsDrY67KNs, http://www.playvid.com/watch/UCdvoVM_cDQ, http://www.playvid.com/watch/LEve1wLogX0, http://www.playvid.com/watch/rXR6PWmAY56, http://www.playvid.com/watch/apyxr7JomHA, http://www.playvid.com/watch/QsZMo4to1bI, http://www.playvid.com/watch/jCtIiHB2dEG, http://www.playvid.com/watch/eWHenLnj8fd, http://www.playvid.com/watch/zNhawImGy6X, http://www.playvid.com/watch/Gq0HqO52LB3, http://www.playvid.com/watch/lFPS1V1k8-F, http://www.playvid.com/watch/Ti4ZsfQl_cC, http://www.playvid.com/watch/KApO83oHMjX, http://www.playvid.com/watch/luOC-yNh_Wt, http://www.playvid.com/watch/bcjIKCnAxuB, http://www.playvid.com/watch/IeDZ0eY3HFp, http://www.playvid.com/watch/hL5ujc96u1W, http://www.playvid.com/watch/mAF964zMs8A, http://www.playvid.com/watch/uxC2ez3Ry9r, http://www.playvid.com/watch/qeEaBzVQGFx, http://www.playvid.com/watch/43UDhd9K_Jg, http://www.playvid.com/watch/LraIwV8n6hl, http://www.playvid.com/watch/ItsMDBzVZHw, http://www.playvid.com/watch/aVYSe80PnPN, http://www.playvid.com/watch/EuYuogF8o_2, http://www.playvid.com/watch/JVPTlfPSHPp, http://www.playvid.com/watch/EeoFzqreokW, http://www.playvid.com/watch/GCAbKQEZymM, http://www.playvid.com/watch/dggu-S_Wunt, http://www.playvid.com/watch/se4wQ8jjAUX, http://www.playvid.com/watch/sj4e8r3SRln, http://www.playvid.com/watch/FZKiQGzRdmJ, http://www.playvid.com/watch/xJKHJUu2_zH, http://www.playvid.com/watch/ZlTE2Zg4lrI, http://www.playvid.com/watch/Zy8IP4yO_pP, http://www.playvid.com/watch/aQ4dbWG9ooM, http://www.playvid.com/watch/euhdQ1dN8oT, http://www.playvid.com/watch/hawav3TwFvv, http://www.playvid.com/watch/cIvneHUAoUg, http://www.playvid.com/watch/5t8rDBOrM9c, http://www.playvid.com/watch/blWlHZRskJV, http://www.playvid.com/watch/F6fPdq7i40S, http://www.playvid.com/watch/UqWqWQcV0oD, http://www.playvid.com/watch/vYnRqGtHIek, http://www.playvid.com/watch/yRT6gvgEXJ0, http://www.playvid.com/watch/QZqibXac8s8, http://www.playvid.com/watch/UFTJzQc7C2n, http://www.playvid.com/watch/Qn6mStKjal3, http://www.playvid.com/watch/SeQ7MgePbFj, http://www.playvid.com/watch/l6-lhF_hzdp, http://www.playvid.com/watch/zTXnH-jYSVr, http://www.playvid.com/watch/OKk4nZUxv9U, http://www.playvid.com/watch/HiCx7X08bVM, http://www.playvid.com/watch/oTSOCFj0S0Q, http://www.playvid.com/watch/GzCxmIeO5C5, http://www.playvid.com/watch/S_OhkTrpfAk, http://www.playvid.com/watch/5bhOucxRrAU, http://www.playvid.com/watch/j6uDP4omuof, http://www.playvid.com/watch/nAm175wdYfG, http://www.playvid.com/watch/i9Aypo_YsXz, http://www.playvid.com/watch/HzhPpiwAsOi, http://www.playvid.com/watch/0iYCvhjSM7P, http://www.playvid.com/watch/YVsT3rcu-wz, http://www.playvid.com/watch/pE8bjOTNNqm, http://www.playvid.com/watch/PoKB6dTLT4y, http://www.playvid.com/watch/zhg_QUp-9BN, http://www.playvid.com/watch/hb5_76zJozg, http://www.playvid.com/watch/uNWDURAkDPQ, http://www.playvid.com/watch/MmfE5-oo9HQ, http://www.playvid.com/watch/ibLwO2PbE3O, http://www.playvid.com/watch/hjt8b_nAsLi, http://www.playvid.com/watch/PeE6IBUZ_KJ, http://www.playvid.com/watch/j7qyMbZeXIc, http://www.playvid.com/watch/8VkvgDnknkV, http://www.playvid.com/watch/Nm4iDq8DEMo, http://www.playvid.com/watch/xuGkxOIVNqy, http://www.playvid.com/watch/p-y8UYc3KAA, http://www.playvid.com/watch/FL9zyhI4TEL, http://www.playvid.com/watch/GnNPrrRXBSy, http://www.playvid.com/watch/0ULHb-ol0qP, http://www.playvid.com/watch/Acj0QqZBL8O, http://www.playvid.com/watch/bqe7TaLvyqQ, http://www.playvid.com/watch/KwNWkuK342e, http://www.playvid.com/watch/4LByLk5u91g, http://www.playvid.com/watch/O12OkhYwzjv, http://www.playvid.com/watch/vjSL9nfbwrJ, http://www.playvid.com/watch/QEAfBTZMrqD, http://www.playvid.com/watch/nG2x6mqARPU, http://www.playvid.com/watch/U2clYt4eafn, http://www.playvid.com/watch/Zpcin8t5Z18, http://www.playvid.com/watch/SFvmO278yKn, http://www.playvid.com/watch/6dmnI48o9MQ, http://www.playvid.com/watch/Qt1qzAkm39K, http://www.playvid.com/watch/NMqYvPSqGXq, http://www.playvid.com/watch/FyYVxQW1D2I, http://www.playvid.com/watch/82Yivwau7eB, http://www.playvid.com/watch/ZFTFL0bJAXV, http://www.playvid.com/watch/XX_9mSW1Ymc, http://www.playvid.com/watch/8pYAtDI1LMv, http://www.playvid.com/watch/aXjHUwq6K7M, http://www.playvid.com/watch/sScgCSZEpO9, http://www.playvid.com/watch/nNunMqkQd36, http://www.playvid.com/watch/XFh9BmbbK_m, http://www.playvid.com/watch/vyhhpq-cJPH, http://www.playvid.com/watch/X04sOKfjmcd, http://www.playvid.com/watch/qJ9W4t2Ntby, http://www.playvid.com/watch/mNTEcvSVpiD, http://www.playvid.com/watch/5mmclHCfSxk, http://www.playvid.com/watch/bw714tccwvd, http://www.playvid.com/watch/PCCMGpDDBGE, http://www.playvid.com/watch/dLj3J6g1ltJ, http://www.playvid.com/watch/OQRuQ5QElXX, http://www.playvid.com/watch/NaABM5GGF4q, http://www.playvid.com/watch/G7WvFvNpjtR, http://www.playvid.com/watch/nTMqOtJVrOh, http://www.playvid.com/watch/neMJ4dLKIXc
5.f. Date of third notice: 2014-05-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: CumKing29
5.b. Uploader's email address: hindge2.0@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/CumKing29
5.e. List of videos posted by uploader: http://www.playvid.com/watch/n5RqkMrVpzr, http://www.playvid.com/watch/dZytPiWCpR7, http://www.playvid.com/watch/28rHXwdN7QX, http://www.playvid.com/watch/k-CSTqciJMO, http://www.playvid.com/watch/KNWlFK9bQku, http://www.playvid.com/watch/COh8fK-4Ung, http://www.playvid.com/watch/pGplP4Mmrmz, http://www.playvid.com/watch/6nR5qkH8lAg, http://www.playvid.com/watch/JCHS00VWYHD, http://www.playvid.com/watch/YOhWeeu9EGD, http://www.playvid.com/watch/oxfo9go56vd, http://www.playvid.com/watch/3L0s28lXSJo, http://www.playvid.com/watch/pJet63VeP7f, http://www.playvid.com/watch/Z30sIgbyNN2, http://www.playvid.com/watch/qjexN0HcNP8, http://www.playvid.com/watch/I-mCO5iVmVD, http://www.playvid.com/watch/vTDSRi2RtWd, http://www.playvid.com/watch/jO3sOGyavBl, http://www.playvid.com/watch/bJvGQsEDCnQ, http://www.playvid.com/watch/-BGDbsv4h59, http://www.playvid.com/watch/FFG8HCM2CbK, http://www.playvid.com/watch/pqK75D2XxRg, http://www.playvid.com/watch/NB6U6zDjG4C, http://www.playvid.com/watch/DBxFIlWEdW-, http://www.playvid.com/watch/2VH6sKdz2jJ, http://www.playvid.com/watch/XJr5ct-gXVs, http://www.playvid.com/watch/ZZ8ngSIVZAO, http://www.playvid.com/watch/6ud22i2ON9Z, http://www.playvid.com/watch/Pn3cQaVsBQj, http://www.playvid.com/watch/s8DoZRCpJUs, http://www.playvid.com/watch/DsQruDZelBd, http://www.playvid.com/watch/XRFFFF3W6zP, http://www.playvid.com/watch/lzVKMfW6vLI, http://www.playvid.com/watch/RntewmUsflz, http://www.playvid.com/watch/OejwbMalQYY, http://www.playvid.com/watch/Y6PsqdcNA6B, http://www.playvid.com/watch/BvNc3eaVi-g, http://www.playvid.com/watch/Z5zFF5KGeAB, http://www.playvid.com/watch/sLd65mP4uL8, http://www.playvid.com/watch/LFZar7SlcUy, http://www.playvid.com/watch/-hgGy-yABcb, http://www.playvid.com/watch/3pPf8nguISF, http://www.playvid.com/watch/0LLtVb3jCHX, http://www.playvid.com/watch/XlZufnP8MGM, http://www.playvid.com/watch/gdHFe8cKkk3, http://www.playvid.com/watch/UTIgDZqNbKk, http://www.playvid.com/watch/aGmr8XhV2cx, http://www.playvid.com/watch/scJBYvNkCwG, http://www.playvid.com/watch/x-A9Q9Fk-Oj, http://www.playvid.com/watch/oFN5PAT4E2w, http://www.playvid.com/watch/JOaMSXLLEvk, http://www.playvid.com/watch/HizmzK3cOou, http://www.playvid.com/watch/U38xU34RTru, http://www.playvid.com/watch/CFkJqN5Yco4, http://www.playvid.com/watch/Qt9ovuEVEv9, http://www.playvid.com/watch/FVPk2KTJLqJ, http://www.playvid.com/watch/Lzsk2pM37JV, http://www.playvid.com/watch/RQRzHAXgz-s, http://www.playvid.com/watch/T0uYZWo00wQ, http://www.playvid.com/watch/h5fZH083Aqw, http://www.playvid.com/watch/iHAmRSmTKBX, http://www.playvid.com/watch/R0eN-HoUW5l,

http://www.playvid.com/watch/ZBCWXNRR5Bt, http://www.playvid.com/watch/eo-Ni3UBJKo, http://www.playvid.com/watch/vCShMh77ACy,
http://www.playvid.com/watch/TVlxG8IJp6X, http://www.playvid.com/watch/JEptOl0euaS, http://www.playvid.com/watch/Xiu-F8Q6s5U,
http://www.playvid.com/watch/F-nnKWsX5-Y, http://www.playvid.com/watch/xdR2aa4Qf0Z, http://www.playvid.com/watch/x8hSbGK4yn5,
http://www.playvid.com/watch/ZUguHKKE0sm, http://www.playvid.com/watch/A9tqCNJEMGc, http://www.playvid.com/watch/stTtSxBeHAl,
http://www.playvid.com/watch/TdmoAfpthGh, http://www.playvid.com/watch/GRUsd40EVPe, http://www.playvid.com/watch/wU9fRDmfUkg,
http://www.playvid.com/watch/e4reKQ-vp0F, http://www.playvid.com/watch/wEa0507aV0E, http://www.playvid.com/watch/6rCWIR7J35r,
http://www.playvid.com/watch/2b4LWwETBj7, http://www.playvid.com/watch/d2xnympC3I5, http://www.playvid.com/watch/z0cg0mGufu8,
http://www.playvid.com/watch/NtSuJlz7TnJ, http://www.playvid.com/watch/pibl3jfCvfS, http://www.playvid.com/watch/uu4RvABuEYP,
http://www.playvid.com/watch/3rWRJuxDCJl, http://www.playvid.com/watch/YUqXnGEJmjd, http://www.playvid.com/watch/6XVkGSTqRGZ,
http://www.playvid.com/watch/VXFBwCmW86-, http://www.playvid.com/watch/xqyrdcmNQVZ, http://www.playvid.com/watch/O8pUal3PMu7,
http://www.playvid.com/watch/50xymmFzYEo, http://www.playvid.com/watch/gQyRUX0Xsbd, http://www.playvid.com/watch/nksVViWm0CL,
http://www.playvid.com/watch/j5KmHll2ZAv, http://www.playvid.com/watch/PQBys-E6Got, http://www.playvid.com/watch/rgXbbuGkUtX,
http://www.playvid.com/watch/oazyLfZRd-5, http://www.playvid.com/watch/DKdUgPuYAJP, http://www.playvid.com/watch/gub3Ljj-2n-,
http://www.playvid.com/watch/DT3xvDPEXPm, http://www.playvid.com/watch/iVP7C0SFxs9, http://www.playvid.com/watch/lddvKvjkBLN,
http://www.playvid.com/watch/rfhDAAGwE-f, http://www.playvid.com/watch/kJE75Fu0lx9, http://www.playvid.com/watch/tsGnwcKgbjr,
http://www.playvid.com/watch/D3sUiqbqfyf, http://www.playvid.com/watch/hmLxLWsSNvF, http://www.playvid.com/watch/XsyBk8LXPlp,
http://www.playvid.com/watch/7f6KPjFKjGK, http://www.playvid.com/watch/ABriV357Oae, http://www.playvid.com/watch/E4Yz4fQFBbz,
http://www.playvid.com/watch/8hJWnasqfSI, http://www.playvid.com/watch/hjl3-Ut-vzd, http://www.playvid.com/watch/0yUqrjCpbjz,
http://www.playvid.com/watch/QxXeTlY4KsV, http://www.playvid.com/watch/hH4KCXeAPBa, http://www.playvid.com/watch/YOrPnZl9NBd,
http://www.playvid.com/watch/ZLJrAGfKDHd, http://www.playvid.com/watch/wJ6kjLRRk5t, http://www.playvid.com/watch/AJMvBB6ey8g,
http://www.playvid.com/watch/J6YhkBNDFRJ, http://www.playvid.com/watch/cYT5yVdMTrh, http://www.playvid.com/watch/dS9cwLp9Sdm,
http://www.playvid.com/watch/ODVYyNw-GUe, http://www.playvid.com/watch/nCi3KIE7ua8, http://www.playvid.com/watch/U-JX9sXaK4H,
http://www.playvid.com/watch/vJQvjwY8G6h, http://www.playvid.com/watch/ILA-Nh3danZ, http://www.playvid.com/watch/dVFmRuw8fm9,
http://www.playvid.com/watch/MIrA2Zk2LgU, http://www.playvid.com/watch/HuRmtSanw7x, http://www.playvid.com/watch/Lu4S98C5wim,
http://www.playvid.com/watch/FtjAS06ALhT, http://www.playvid.com/watch/QjZTE59lv8o, http://www.playvid.com/watch/RebXZOm3Qx4,
http://www.playvid.com/watch/7DitUS6Dsw3, http://www.playvid.com/watch/Nnq5O6wUEWQ, http://www.playvid.com/watch/p8qOb5Jynaa,
http://www.playvid.com/watch/WESvdxQJsLi, http://www.playvid.com/watch/wIpeRJeN3jx, http://www.playvid.com/watch/rjhNsK-x6lI,
http://www.playvid.com/watch/yUe-nytON8g, http://www.playvid.com/watch/GswCeBppplk, http://www.playvid.com/watch/M2KvX8ldb8i,
http://www.playvid.com/watch/oQB63zZFATm, http://www.playvid.com/watch/J99wfLmXWoV, http://www.playvid.com/watch/o92EsuawrWh,
http://www.playvid.com/watch/bRd4W-QNXof, http://www.playvid.com/watch/7Y7p4X9kVHF, http://www.playvid.com/watch/Z5BLkXdjNzt
5.f. Date of third notice: 2015-03-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: CumsCams01
5.b. Uploader's email address: cumscams01@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/CumsCams01
5.e. List of videos posted by uploader: http://www.playvid.com/watch/a80NpCKkw2t, http://www.playvid.com/watch/EgnBFJfsr6h,
http://www.playvid.com/watch/WCNb0ZCcKSG, http://www.playvid.com/watch/tIzpGm0KUCc, http://www.playvid.com/watch/KFxyhKejYtW,
http://www.playvid.com/watch/f6MnK2yuMR2, http://www.playvid.com/watch/MvEgmbT8NZl, http://www.playvid.com/watch/MCF3VeplMKS,
http://www.playvid.com/watch/tzWzdXCT7Ng, http://www.playvid.com/watch/5Z9kZZnViVh, http://www.playvid.com/watch/ZBovoVQubM0,
http://www.playvid.com/watch/PEMFIyD0k-K, http://www.playvid.com/watch/OGJF4loGBnG, http://www.playvid.com/watch/MLp70ukyWua,
http://www.playvid.com/watch/S-wOcQ3zyUL, http://www.playvid.com/watch/Ww0mpbgPJSk, http://www.playvid.com/watch/Nfc2-UqGDz4,
http://www.playvid.com/watch/kr0LVt7KbQK, http://www.playvid.com/watch/x65VfJaG2sV, http://www.playvid.com/watch/Gl-rWDH8i2Z,
http://www.playvid.com/watch/apA8tiWzNK6, http://www.playvid.com/watch/oleyymtFKAY, http://www.playvid.com/watch/qqX43s5cQTA,
http://www.playvid.com/watch/9UIrnS8ZQES, http://www.playvid.com/watch/meJ0WD2xiWe, http://www.playvid.com/watch/b0A52SgJX2l,
http://www.playvid.com/watch/MbLg0B5xatI, http://www.playvid.com/watch/XkHDw0pNEN5, http://www.playvid.com/watch/uxTXeZL65Yo,
http://www.playvid.com/watch/HRIO6Aj3EWi, http://www.playvid.com/watch/TFEzW-crY2S, http://www.playvid.com/watch/IQ6v0gWHaYL,
http://www.playvid.com/watch/Ue0XvdUVh2t, http://www.playvid.com/watch/WENVbrcK4oI, http://www.playvid.com/watch/eVTrFSfNuPz,
http://www.playvid.com/watch/-JPAWqKxN6A, http://www.playvid.com/watch/AQYIHxJhpwy, http://www.playvid.com/watch/jwO8KANHGPI,
http://www.playvid.com/watch/-Pg5qe2cumJ, http://www.playvid.com/watch/Nzj3rgxMlp7, http://www.playvid.com/watch/AGcYyPUk8Pq,
http://www.playvid.com/watch/dpAEeE3EgAN, http://www.playvid.com/watch/JZrtACmuuL4, http://www.playvid.com/watch/NYSrwIGYeck,
http://www.playvid.com/watch/P0SB-Jx28HP, http://www.playvid.com/watch/0G84aOgMRlo, http://www.playvid.com/watch/ii3NwZhnbXn,
http://www.playvid.com/watch/ySXyyJGOJjt, http://www.playvid.com/watch/9IzcFuFsMpY, http://www.playvid.com/watch/OUvzDxvWKoq,
http://www.playvid.com/watch/TW9Lw5j2hCJ, http://www.playvid.com/watch/QMqC6hJJwNE, http://www.playvid.com/watch/qvAAaaLjIbQ,
http://www.playvid.com/watch/br-7WsZVhTg, http://www.playvid.com/watch/fsSM7yjOrvD, http://www.playvid.com/watch/pyfdDuyHStY,
http://www.playvid.com/watch/0ez0LqUrwHb, http://www.playvid.com/watch/pND2Y463RLs, http://www.playvid.com/watch/wS4FUKHAo6R,
http://www.playvid.com/watch/vJ8GjaCTqlC, http://www.playvid.com/watch/sHiLLIamJwv, http://www.playvid.com/watch/0rcb8oWk6wb,
http://www.playvid.com/watch/2coydL9Ii5R, http://www.playvid.com/watch/sZuujnbZVNP, http://www.playvid.com/watch/59FUFRBpJF5,
http://www.playvid.com/watch/MhjlidenY9c, http://www.playvid.com/watch/ROdB0pWUkNp, http://www.playvid.com/watch/bGEMvlCFWvL,
http://www.playvid.com/watch/06t53uSD7de, http://www.playvid.com/watch/xERmVcPFtyS, http://www.playvid.com/watch/gBFFO0RO3bT,
http://www.playvid.com/watch/7KxR3OpOdeH, http://www.playvid.com/watch/lgtLsC8xkiy, http://www.playvid.com/watch/A9GFL2662Er,
http://www.playvid.com/watch/IhtVAXEMrMI, http://www.playvid.com/watch/FItMmoFV5Ed, http://www.playvid.com/watch/rZKjyOWoN6C,
http://www.playvid.com/watch/BzOjC2pCrJa, http://www.playvid.com/watch/gyEibJnDEli, http://www.playvid.com/watch/Eul5UegmbtC,
http://www.playvid.com/watch/zEKOAPyAWMr, http://www.playvid.com/watch/qJ8lRog0kCb, http://www.playvid.com/watch/Kb-ONsowQx4,
http://www.playvid.com/watch/rSfk-YqdDzb, http://www.playvid.com/watch/48RSL4nvgqj, http://www.playvid.com/watch/LJRW7Nv5OdB,
http://www.playvid.com/watch/xCLMoVyhdDP, http://www.playvid.com/watch/NZ6o7mo-fyG, http://www.playvid.com/watch/fklLvJ5KRZ-,
http://www.playvid.com/watch/RloxrwtHnXZ, http://www.playvid.com/watch/kHcyL3DSQGc, http://www.playvid.com/watch/n6d5yN3s-F4,
http://www.playvid.com/watch/JvSmeQ6bKoa, http://www.playvid.com/watch/Dsy62GXrco-, http://www.playvid.com/watch/55yO6YleLQn,
http://www.playvid.com/watch/HAdcmvISFx6, http://www.playvid.com/watch/Vng5Y7SGxO6, http://www.playvid.com/watch/qYOLaT4licK,
http://www.playvid.com/watch/5JyRWk9hzLl, http://www.playvid.com/watch/UOxVuxd4QcR, http://www.playvid.com/watch/ZhNUYd-ablq,
http://www.playvid.com/watch/WGZmbn8Qt9e, http://www.playvid.com/watch/NdYPmx3POuk, http://www.playvid.com/watch/C0w5E4i3MIr,
http://www.playvid.com/watch/05qbMou4K5J, http://www.playvid.com/watch/is8x3QIv03h, http://www.playvid.com/watch/Z3jBWVHTBZC,
http://www.playvid.com/watch/9Xhm7VVquj0, http://www.playvid.com/watch/BLZlLwR9FX9, http://www.playvid.com/watch/oHNrr3eblsC,
http://www.playvid.com/watch/dq8tZzMCCRj, http://www.playvid.com/watch/QhNi9y9qZGi, http://www.playvid.com/watch/QGsPrkEUaqH,
http://www.playvid.com/watch/yqaVGDoKXq4, http://www.playvid.com/watch/OGPIp5t6lEF, http://www.playvid.com/watch/0I-Ws0r0v0h,
http://www.playvid.com/watch/lsIjIJAO3MA, http://www.playvid.com/watch/FEWg8oJxpQT, http://www.playvid.com/watch/7tar528lD14,
http://www.playvid.com/watch/IAtKXHij0wj, http://www.playvid.com/watch/EEEkXZDYPX8, http://www.playvid.com/watch/TDuM8l0e45F,
http://www.playvid.com/watch/vaW8DSeUZmK, http://www.playvid.com/watch/9u1hNjw93fP, http://www.playvid.com/watch/WiajvV2uBQZ,
http://www.playvid.com/watch/qCw6DrpUcPK, http://www.playvid.com/watch/wcDT6WVOzoi, http://www.playvid.com/watch/nDv_6vj7HN9,
http://www.playvid.com/watch/JvFdA6sRlN7, http://www.playvid.com/watch/ZBkp6OAHbTZ, http://www.playvid.com/watch/RREA2w1zcJN,
http://www.playvid.com/watch/Xm57_kJ0NFK, http://www.playvid.com/watch/vIAZGI-AYDT, http://www.playvid.com/watch/TnAiB7dEtzq,
http://www.playvid.com/watch/H4FPADCpF6l, http://www.playvid.com/watch/rjaKb2D6VpJ, http://www.playvid.com/watch/icCm61mWpGm,
http://www.playvid.com/watch/avQp2b1fWNB, http://www.playvid.com/watch/DvpzJdeIJVL, http://www.playvid.com/watch/SUWm2rr3TY7,
http://www.playvid.com/watch/YJk8GhDQ2w6, http://www.playvid.com/watch/p8J5eiVEvKl, http://www.playvid.com/watch/bPlKJipiKcR,
http://www.playvid.com/watch/3Lbju2p8DF2, http://www.playvid.com/watch/cEElFx65I_Q, http://www.playvid.com/watch/n2vTco9xJj9,
http://www.playvid.com/watch/EQ456hrFwxj, http://www.playvid.com/watch/IrBRmX9HqLi, http://www.playvid.com/watch/3K7F8JXYSug,
http://www.playvid.com/watch/hPvb0dn7PR8, http://www.playvid.com/watch/4jvyF0mJpvf, http://www.playvid.com/watch/FK4FJvjqBPb,
http://www.playvid.com/watch/oTTRu35_2nB, http://www.playvid.com/watch/U3DmaFtZj7o, http://www.playvid.com/watch/vqSlIXcufq0,
http://www.playvid.com/watch/q2iX-H_JNbo, http://www.playvid.com/watch/laR0PBDtk8G, http://www.playvid.com/watch/PEylaZlB07o,
http://www.playvid.com/watch/qQDTFnyu4jf, http://www.playvid.com/watch/i0V1w9rWURe, http://www.playvid.com/watch/YA3-qMXqvB6,
http://www.playvid.com/watch/LCc1Q9O3dWF, http://www.playvid.com/watch/uzBXHrVFNzx, http://www.playvid.com/watch/9KvP9zp1zzV,
http://www.playvid.com/watch/RANk_cnn-Uz, http://www.playvid.com/watch/gDbOQoY6cGm, http://www.playvid.com/watch/OH0Sbz1w1JU,
http://www.playvid.com/watch/RYKSAMwBNsn, http://www.playvid.com/watch/9GbAeAt2jMG, http://www.playvid.com/watch/g6v5DBVOUBb,
http://www.playvid.com/watch/yzYyHvaOiAk, http://www.playvid.com/watch/OcTgqyeYI3z, http://www.playvid.com/watch/W9RMAwondlP,
http://www.playvid.com/watch/mqwt7hJu_Jl, http://www.playvid.com/watch/iEUEhB-3UVi, http://www.playvid.com/watch/al8y8qxZqCy,
http://www.playvid.com/watch/7yzbdOxxlrn, http://www.playvid.com/watch/Z6L2m759Chk, http://www.playvid.com/watch/i5_Ck039uCv,

http://www.playvid.com/watch/yu8SZzUf0zP, http://www.playvid.com/watch/MM5gDiTvs-c, http://www.playvid.com/watch/GdbRGX-vq6Y,
http://www.playvid.com/watch/IN2I-hvcoLN, http://www.playvid.com/watch/uZnbY1uETOV, http://www.playvid.com/watch/WMvvkUOgu4e,
http://www.playvid.com/watch/aLtvtD7cW5l, http://www.playvid.com/watch/DadOKXWO3xy, http://www.playvid.com/watch/AbTQaXyt1sW,
http://www.playvid.com/watch/mGdml268_9k, http://www.playvid.com/watch/mCkkGrWPTR8, http://www.playvid.com/watch/M8xb93y-Hml,
http://www.playvid.com/watch/fd7vJGL6z5d, http://www.playvid.com/watch/0n7Qc3aiyyq, http://www.playvid.com/watch/LNV4UPrOMKu,
http://www.playvid.com/watch/mw_n4IOtJ9k, http://www.playvid.com/watch/OsWBwkfaMTx, http://www.playvid.com/watch/Mdf-Uo2Ovlv,
http://www.playvid.com/watch/xX5krHXzJx0, http://www.playvid.com/watch/jg39aNxY_Xi, http://www.playvid.com/watch/W6FZ8fbO-ZB,
http://www.playvid.com/watch/PZ8JFIq2btq, http://www.playvid.com/watch/311HJfvnzMF, http://www.playvid.com/watch/OVilSBFO1oI,
http://www.playvid.com/watch/qlPDB849MZQ, http://www.playvid.com/watch/rP3XwiwGC3u, http://www.playvid.com/watch/9cDPI5QmH8E,
http://www.playvid.com/watch/kR4ndKNQYdA, http://www.playvid.com/watch/m5nygzq7MCX, http://www.playvid.com/watch/Mkvh6CZQXJQ,
http://www.playvid.com/watch/PIb6uPp41Md, http://www.playvid.com/watch/nTVWmuUYfC3, http://www.playvid.com/watch/NIiKnMeBPST,
http://www.playvid.com/watch/bCEtH6ro98Z, http://www.playvid.com/watch/s0A59vVUGd0, http://www.playvid.com/watch/MttrNxkRKIC,
http://www.playvid.com/watch/P7ggybAq_rb, http://www.playvid.com/watch/QJH_eeyJkpv, http://www.playvid.com/watch/Kj42HUec_kE,
http://www.playvid.com/watch/IkDmtyB9Q3Y, http://www.playvid.com/watch/ZJOrsNwsJSf, http://www.playvid.com/watch/y47xpCATuYo,
http://www.playvid.com/watch/LhgUSVa_Emm, http://www.playvid.com/watch/IORxJc-qy0R, http://www.playvid.com/watch/5o5JxmRDMC0,
http://www.playvid.com/watch/mRYku3K10Cl, http://www.playvid.com/watch/fBx4uYVoCl9, http://www.playvid.com/watch/2w5r6xYKuaZ,
http://www.playvid.com/watch/yUSoaEWENUL, http://www.playvid.com/watch/I4f3aiK7cJJ, http://www.playvid.com/watch/hHWJZE-CLPY,
http://www.playvid.com/watch/ZDZy_VnpqK5, http://www.playvid.com/watch/RyF87BbVTX3, http://www.playvid.com/watch/enEIzyM0xqY,
http://www.playvid.com/watch/yOsc2sSlBnS, http://www.playvid.com/watch/RDx5TbpS3Eh, http://www.playvid.com/watch/tPrrL_d4Cdw,
http://www.playvid.com/watch/pjoWHP_WADo, http://www.playvid.com/watch/C2hshqjW2EP, http://www.playvid.com/watch/VdsiNO6t1r7,
http://www.playvid.com/watch/gulZGVQG33l, http://www.playvid.com/watch/l4Jmavalg6s, http://www.playvid.com/watch/AMZW2YEuVSV,
http://www.playvid.com/watch/p66Zfnd5pHk, http://www.playvid.com/watch/GzZMbiVNRou, http://www.playvid.com/watch/B8e-sMzE7iU,
http://www.playvid.com/watch/RCaFyT23VU5, http://www.playvid.com/watch/hNWm9xliP_p, http://www.playvid.com/watch/xYH2DzT9JFO,
http://www.playvid.com/watch/yBYVYHtM6dY, http://www.playvid.com/watch/kafCRnjwSNe, http://www.playvid.com/watch/hw2HX5wJkYD,
http://www.playvid.com/watch/CqDGUw7a8Hk, http://www.playvid.com/watch/NHpsMohHZRS, http://www.playvid.com/watch/uAWyGYfPeoA,
http://www.playvid.com/watch/ZZ7RxN1BUs7, http://www.playvid.com/watch/VYkPXz0Jrrc, http://www.playvid.com/watch/r6_E8oo-qYf,
http://www.playvid.com/watch/oAPI3MJokNh, http://www.playvid.com/watch/OJdTEsf4wXn, http://www.playvid.com/watch/kOIeb3lbMDe,
http://www.playvid.com/watch/vb4Zo2AVfg2, http://www.playvid.com/watch/cYlw02m06tU, http://www.playvid.com/watch/0_r5B89Rzyn,
http://www.playvid.com/watch/A561UdSZsfO, http://www.playvid.com/watch/LlYucqt-0g0, http://www.playvid.com/watch/uJfLDdax9lA,
http://www.playvid.com/watch/gOx5QaVuOOu, http://www.playvid.com/watch/LyoYsPKRZo7, http://www.playvid.com/watch/BYFbCXrUoTl,
http://www.playvid.com/watch/RIe2zYxVCiX, http://www.playvid.com/watch/0nHEcj5OY_n, http://www.playvid.com/watch/UPaBh-yMZ8l,
http://www.playvid.com/watch/UfKkUlFnUdV, http://www.playvid.com/watch/Q201O0_9GMN, http://www.playvid.com/watch/z1F-6iPd7XI,
http://www.playvid.com/watch/xcIROuquQ2L, http://www.playvid.com/watch/8AC0H3yeFZx, http://www.playvid.com/watch/YGPYPHe4gFj,
http://www.playvid.com/watch/A4KkMXh-VBd, http://www.playvid.com/watch/WY2qEadtJyU, http://www.playvid.com/watch/H1uLVNRT4A2,
http://www.playvid.com/watch/JVTGwTsXk7A, http://www.playvid.com/watch/fMx7768feTi, http://www.playvid.com/watch/oitZhCqBkjh,
http://www.playvid.com/watch/P09Em2f2FKT, http://www.playvid.com/watch/X4CF4_qz2dQ, http://www.playvid.com/watch/dFlUptGIYOF,
http://www.playvid.com/watch/vOV5r90fzbi, http://www.playvid.com/watch/O_kwKoOXcR4, http://www.playvid.com/watch/h9Rz9QElGbv,
http://www.playvid.com/watch/snyyuePDgGn, http://www.playvid.com/watch/3YypjM-4Ra6, http://www.playvid.com/watch/r0S6bZ-NmcM,
http://www.playvid.com/watch/9a9DrZGw1mX, http://www.playvid.com/watch/CTxv0vE3fLQ, http://www.playvid.com/watch/Rf5c_93riDv,
http://www.playvid.com/watch/75qVRCSD-v0, http://www.playvid.com/watch/UbPygNUzgXg, http://www.playvid.com/watch/3VnTNjUpDPu,
http://www.playvid.com/watch/DK_xANpGOTd, http://www.playvid.com/watch/g7FS85UJArw, http://www.playvid.com/watch/DX7oryskygG,
http://www.playvid.com/watch/gSQpv_8XRU5, http://www.playvid.com/watch/fjVG-zPcBSp, http://www.playvid.com/watch/RZFwVzRqJ-x,
http://www.playvid.com/watch/tZdyfiVCP4t, http://www.playvid.com/watch/73R47BAz0K4, http://www.playvid.com/watch/pF7NR6-QD2U,
http://www.playvid.com/watch/zCuLCdol-5O, http://www.playvid.com/watch/07BGIT8Qo0w, http://www.playvid.com/watch/EGtQ5dFFySn,
http://www.playvid.com/watch/X0XgiwWiUAp, http://www.playvid.com/watch/CuOdiYueL6O, http://www.playvid.com/watch/yJJPcgn6gU9,
http://www.playvid.com/watch/P1QaH_7RIBu, http://www.playvid.com/watch/Hl4wymEjPLL, http://www.playvid.com/watch/ZP_6UsHj0ja,
http://www.playvid.com/watch/YQhGavk9QV8, http://www.playvid.com/watch/RGJSWspaquo, http://www.playvid.com/watch/x2Akhq3HLPi,
http://www.playvid.com/watch/EWUd9rnYUtK, http://www.playvid.com/watch/EeGoXvG2yvy, http://www.playvid.com/watch/rEglRKdDlz3,
http://www.playvid.com/watch/nL8f4utRtQU, http://www.playvid.com/watch/IZsDHAoyu14, http://www.playvid.com/watch/vucDxyNXRgt,
http://www.playvid.com/watch/HeWwnqXD75f, http://www.playvid.com/watch/ZXnRtWKZ2Dp, http://www.playvid.com/watch/Q_ahlSZpYVe,
http://www.playvid.com/watch/toSXDTDw6zr, http://www.playvid.com/watch/2-G9AZipxta, http://www.playvid.com/watch/A8y6VXrHsbl,
http://www.playvid.com/watch/oVE7uBOM2v5, http://www.playvid.com/watch/zLPl6UCxxT7, http://www.playvid.com/watch/Rz3dquiy4d2,
http://www.playvid.com/watch/ttZyceg2-c9, http://www.playvid.com/watch/rwH77G2iCgh, http://www.playvid.com/watch/fu05mQ80N8N,
http://www.playvid.com/watch/DV7UOTxZ9-Q, http://www.playvid.com/watch/EveRd4xhY9f, http://www.playvid.com/watch/9uHIxpT7R3X,
http://www.playvid.com/watch/8UFhmUoVU7V, http://www.playvid.com/watch/IY0qxRoDH-y, http://www.playvid.com/watch/aff66-eUkJe,
http://www.playvid.com/watch/w_2hGsSVSNd, http://www.playvid.com/watch/G-ikcUpytoQ, http://www.playvid.com/watch/MWvRmQvWqhV,
http://www.playvid.com/watch/pq_vQA_2bPZ, http://www.playvid.com/watch/2jCa_ibTC-b, http://www.playvid.com/watch/Xr713LsCeZC,
http://www.playvid.com/watch/VIG-KwuPpLB, http://www.playvid.com/watch/OQww-d7NsBG, http://www.playvid.com/watch/xbvbIwunzPt,
http://www.playvid.com/watch/t2m1hEljXEX, http://www.playvid.com/watch/G9KfOXlyXbz, http://www.playvid.com/watch/vgr-xcYz2I6,
http://www.playvid.com/watch/BpFb_nvTAvV, http://www.playvid.com/watch/k-aIIH8Uh7m, http://www.playvid.com/watch/RYack5ZDNOh,
http://www.playvid.com/watch/3mvWthkZ1E4, http://www.playvid.com/watch/giC4sjliFe2, http://www.playvid.com/watch/AuKbdoo-h2R,
http://www.playvid.com/watch/V6EsK7Qc6QV, http://www.playvid.com/watch/HGEq86w9tEM, http://www.playvid.com/watch/TP-MfIcEQHX,
http://www.playvid.com/watch/aJ38vwcuwHA, http://www.playvid.com/watch/oS1PA1UUvUF, http://www.playvid.com/watch/HtgUwkMd_La,
http://www.playvid.com/watch/WhBIPcBSF3g, http://www.playvid.com/watch/HctkZfy-ZC9, http://www.playvid.com/watch/Xy2flV-BH8j,
http://www.playvid.com/watch/5JHYcemkDqW, http://www.playvid.com/watch/bpWYdMRDphZ, http://www.playvid.com/watch/ZkOAxMHzgJK,
http://www.playvid.com/watch/Zo_sGNsvv1B, http://www.playvid.com/watch/X7QzMsqurxx, http://www.playvid.com/watch/rJ_tKlk4HWz
5.f. Date of third notice: 2013-11-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: d8las
5.b. Uploader's email address: aquario_davids@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/d8las
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2KycAZkYB03, http://www.playvid.com/watch/k3qjTgVK8ie,
http://www.playvid.com/watch/yb2wdEdHWgq, http://www.playvid.com/watch/dQBx2fJWiqe, http://www.playvid.com/watch/cfIZ9iMCVPH,
http://www.playvid.com/watch/OjSSmBO84mF, http://www.playvid.com/watch/SrxANoRLOek, http://www.playvid.com/watch/wHcq0OnflFq,
http://www.playvid.com/watch/UpObw8U8Lda, http://www.playvid.com/watch/Pj8CFt2TYIU, http://www.playvid.com/watch/CbQsCUKtikO,
http://www.playvid.com/watch/6FXsOg6PXAt, http://www.playvid.com/watch/XJDxqQVIfog, http://www.playvid.com/watch/p2cS5enM7rD,
http://www.playvid.com/watch/zm5-N7uOs-D, http://www.playvid.com/watch/64ddBpOZzlv, http://www.playvid.com/watch/NtPiKACTijh,
http://www.playvid.com/watch/a2Whin9aYZ7, http://www.playvid.com/watch/8UtqxZRtaj3, http://www.playvid.com/watch/53GJycoW57K,
http://www.playvid.com/watch/5Rx-Ar2sgq4, http://www.playvid.com/watch/i82PbycHJGh, http://www.playvid.com/watch/lkFmkE37FpS,
http://www.playvid.com/watch/6fzB0dLH7pm, http://www.playvid.com/watch/YOFRfAcFBJ9, http://www.playvid.com/watch/kRrPtZADQIC,
http://www.playvid.com/watch/9WwQzspBJX7, http://www.playvid.com/watch/ke5ArO7BphU, http://www.playvid.com/watch/IUGzIwlfJNp,
http://www.playvid.com/watch/B_8psZcgueu, http://www.playvid.com/watch/h3N6q9r386H, http://www.playvid.com/watch/3jjjUOmVUvU,
http://www.playvid.com/watch/ug9cPI6u5Rh, http://www.playvid.com/watch/rJRGhM6URk5, http://www.playvid.com/watch/VWnottncmYy,
http://www.playvid.com/watch/OhGwUiLnlJE, http://www.playvid.com/watch/mVdU8-5kcpU, http://www.playvid.com/watch/9ifEMQp_nUb,
http://www.playvid.com/watch/diKXkFB_j03, http://www.playvid.com/watch/HogIaV4k0jR, http://www.playvid.com/watch/QYvNkaXta8d,
http://www.playvid.com/watch/MEfZf1AXfeV, http://www.playvid.com/watch/Cw_8m6PlFl0, http://www.playvid.com/watch/q_Ypuvc4r9E,
http://www.playvid.com/watch/hJ9-yzkBpe8, http://www.playvid.com/watch/VUo0-_PjcdI, http://www.playvid.com/watch/dzelMUpg3x7,
http://www.playvid.com/watch/kO27Wv8cCHq, http://www.playvid.com/watch/QyThHNK9bWg, http://www.playvid.com/watch/idOqHfv6nzF,
http://www.playvid.com/watch/SKrCqp2DrEG
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: da12thwonder
5.b. Uploader's email address: alexander.lollis@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/da12thwonder

5.e. List of videos posted by uploader: http://www.playvid.com/watch/YAPdgaxfcte, http://www.playvid.com/watch/dzOLOUn0n9l, http://www.playvid.com/watch/XqflY8MI-ti, http://www.playvid.com/watch/2fB07Pj9PC4, http://www.playvid.com/watch/3RFi65fxVoq, http://www.playvid.com/watch/lggdZH2BFK6, http://www.playvid.com/watch/idLqJtRC2hs, http://www.playvid.com/watch/V8wYZMAx6n9, http://www.playvid.com/watch/LpPfiTOvsAt, http://www.playvid.com/watch/6Wuu5ToUWLo, http://www.playvid.com/watch/VYe4PMOLapv, http://www.playvid.com/watch/IMGMUHLfd4I, http://www.playvid.com/watch/7qNRyouQWht, http://www.playvid.com/watch/GsbIMTzgF6R, http://www.playvid.com/watch/TDoezeZ7wGP, http://www.playvid.com/watch/sWECH0rqUPM, http://www.playvid.com/watch/vqbCBQTZufA, http://www.playvid.com/watch/JRRNWX7BiE2, http://www.playvid.com/watch/qFm3PaSA8Zg, http://www.playvid.com/watch/fHRrGiT0eZB, http://www.playvid.com/watch/b9DzDqKCBB6, http://www.playvid.com/watch/idZFxAhPyjL, http://www.playvid.com/watch/ye5pg2nduxj, http://www.playvid.com/watch/syMrjDpvKVN
5.f. Date of third notice: 2013-10-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: daddysaurus
5.b. Uploader's email address: adarmal@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/daddysaurus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nw270-cz3yp, http://www.playvid.com/watch/RiYxuHOjD0k, http://www.playvid.com/watch/f3-mDjMnRwt, http://www.playvid.com/watch/pKKZqLYAAMZ, http://www.playvid.com/watch/OFVpGn18kqw, http://www.playvid.com/watch/kvRfL2GcLdl, http://www.playvid.com/watch/DOoaBmA9xb0, http://www.playvid.com/watch/xICTLTVpSg9, http://www.playvid.com/watch/dGcvdm_vXvp, http://www.playvid.com/watch/ObVZeShIJlc, http://www.playvid.com/watch/bbo8Wa8XTut, http://www.playvid.com/watch/tRaTsvA09ne, http://www.playvid.com/watch/ZB7px0Wvcv7, http://www.playvid.com/watch/aRoJNLYJi8A, http://www.playvid.com/watch/f8gbfRs7Oq4, http://www.playvid.com/watch/Y9fWK6eh37I, http://www.playvid.com/watch/Y8H4PbijcKQ, http://www.playvid.com/watch/VV5stEC6cBF, http://www.playvid.com/watch/ZsZEf0Uq3pG, http://www.playvid.com/watch/4-s0ARw4BD6
5.f. Date of third notice: 2015-09-09 19:44:20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: damassi
5.b. Uploader's email address: tooloyuyyo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/damassi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MER08trbkVE, http://www.playvid.com/watch/fFvY3hGaTwv, http://www.playvid.com/watch/m_U5SBefSUz, http://www.playvid.com/watch/yz2inyrLfK4, http://www.playvid.com/watch/dhGAE5LSW8q, http://www.playvid.com/watch/f_ohtoI1otW, http://www.playvid.com/watch/ydxf0zJjk7Q, http://www.playvid.com/watch/OCRSGgksv8d, http://www.playvid.com/watch/EOnzQ_1eg5j, http://www.playvid.com/watch/coR7qn8MMhf, http://www.playvid.com/watch/coCN1SlrQyO, http://www.playvid.com/watch/AIMta_KcGa9, http://www.playvid.com/watch/vHvSTl46sRh, http://www.playvid.com/watch/6tTg0TocO8m, http://www.playvid.com/watch/dbS7ms3idhR, http://www.playvid.com/watch/d7kd7EoZDxd, http://www.playvid.com/watch/l4KyXoDJxbM, http://www.playvid.com/watch/kPfIOtszkUT, http://www.playvid.com/watch/zHBbzIdFHfO, http://www.playvid.com/watch/tdMgdOHo2qA, http://www.playvid.com/watch/slFU0mszxND, http://www.playvid.com/watch/XPxPUUvvhWB, http://www.playvid.com/watch/fzthvdB4Nlb, http://www.playvid.com/watch/MJgp7XU43US, http://www.playvid.com/watch/vKmw_BCxpNd, http://www.playvid.com/watch/V_SEGt-N0RN, http://www.playvid.com/watch/VR0LABZgYDf, http://www.playvid.com/watch/JEfzJcrZjC2, http://www.playvid.com/watch/fet2u8hi5-M, http://www.playvid.com/watch/6ALLgUS8cjh, http://www.playvid.com/watch/4Zhhx3r4bnx, http://www.playvid.com/watch/uaujA0CXbb6, http://www.playvid.com/watch/29yHOMbnBDa, http://www.playvid.com/watch/ual_ruARH40, http://www.playvid.com/watch/5PnhKNghBrK, http://www.playvid.com/watch/PDJTB6hN3WF, http://www.playvid.com/watch/BHT_PTaLFah, http://www.playvid.com/watch/ok7JkNksK2Z, http://www.playvid.com/watch/wgMLP2TS1KW, http://www.playvid.com/watch/YEqcaNHzRcQ, http://www.playvid.com/watch/ia649LW0hwq, http://www.playvid.com/watch/cgqzpWDG_Ri, http://www.playvid.com/watch/nb8TVVDULOk, http://www.playvid.com/watch/eqEGe7z_uZK, http://www.playvid.com/watch/OxFyv-LnCol, http://www.playvid.com/watch/mr22GsSeE1J, http://www.playvid.com/watch/ta7kCaC11x8, http://www.playvid.com/watch/uNwLPwAzj2m, http://www.playvid.com/watch/GYyBKnEQ1o5, http://www.playvid.com/watch/WBT702_B42Q, http://www.playvid.com/watch/czmOzT5kmj3, http://www.playvid.com/watch/fhJrvqkY5k9, http://www.playvid.com/watch/jwEyMtYq1a5, http://www.playvid.com/watch/0M4ejSfzeGz, http://www.playvid.com/watch/3s-c4kTQXKw, http://www.playvid.com/watch/vyputaoXGd8, http://www.playvid.com/watch/oWrJwQ3iass, http://www.playvid.com/watch/zvcCvR2sqbp, http://www.playvid.com/watch/s5_e0YZZ_nz, http://www.playvid.com/watch/b-jcCInrzxC, http://www.playvid.com/watch/cSROf2wyB1L, http://www.playvid.com/watch/fkfSK6k41o2, http://www.playvid.com/watch/APYqjWWo0Ea, http://www.playvid.com/watch/NLHEq5wX5Tp, http://www.playvid.com/watch/78sZ-AAIPqF, http://www.playvid.com/watch/OE32M-FUOh7, http://www.playvid.com/watch/3PHmHCeyhjK, http://www.playvid.com/watch/b61LLcWVXmZ, http://www.playvid.com/watch/PERE2_uKV4o, http://www.playvid.com/watch/gbEG6sEhVe6, http://www.playvid.com/watch/Rf8SESdBsVF, http://www.playvid.com/watch/9mXW5Qnnovf, http://www.playvid.com/watch/9JaL2facvZO, http://www.playvid.com/watch/hwaquG6juTy, http://www.playvid.com/watch/GglImMWmU59, http://www.playvid.com/watch/AKkMrmB3cwI, http://www.playvid.com/watch/tbpiBMj2MM6, http://www.playvid.com/watch/Fld6jftwsRh, http://www.playvid.com/watch/aFZ7lW2QCyg, http://www.playvid.com/watch/RiwzrA4mcRK, http://www.playvid.com/watch/7izm56lNNTC, http://www.playvid.com/watch/W3AQiAZLym0, http://www.playvid.com/watch/pRMEH2CZplA, http://www.playvid.com/watch/8uliBOvV0OP, http://www.playvid.com/watch/loPVUycaEuZ, http://www.playvid.com/watch/zACXGtMpfCm, http://www.playvid.com/watch/eSR1YAbPdTK, http://www.playvid.com/watch/Ek4BklWy2eO, http://www.playvid.com/watch/tfWWNgbbOuR, http://www.playvid.com/watch/Cq3tdVf-iMi, http://www.playvid.com/watch/wM1lSFMNgvR, http://www.playvid.com/watch/AG5e8TJodU2
5.f. Date of third notice: 2015-08-07 10:27:24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dancewithme
5.b. Uploader's email address: olegwariiro@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dancewithme
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Q0lnYzg5rMd, http://www.playvid.com/watch/-Ng03amBwxY, http://www.playvid.com/watch/LZ7TE3vlwdb, http://www.playvid.com/watch/ezcOUu7fzr-, http://www.playvid.com/watch/BG3sSlj8dLa, http://www.playvid.com/watch/uID7URQBg2h, http://www.playvid.com/watch/PvOztuE2Hz4, http://www.playvid.com/watch/TzdWMztokiH, http://www.playvid.com/watch/Olq6zTOExTY, http://www.playvid.com/watch/QcBdO2uvoid, http://www.playvid.com/watch/dsl5hG0Uibu, http://www.playvid.com/watch/W5pmjliGVNe, http://www.playvid.com/watch/EVAkTIjB5w5, http://www.playvid.com/watch/2JnKuEnBYfA, http://www.playvid.com/watch/8NbFJN4NqV7, http://www.playvid.com/watch/hzbBk5bAX0p, http://www.playvid.com/watch/O2Kjy9tcWwJ, http://www.playvid.com/watch/naDmGxGOTKK, http://www.playvid.com/watch/coNLz-RoK0k, http://www.playvid.com/watch/Nhb-QLf6ncb, http://www.playvid.com/watch/JXbO5mhWlni, http://www.playvid.com/watch/2OUiT7MMbpA, http://www.playvid.com/watch/ceFRFZevczu, http://www.playvid.com/watch/YLtJrIQCgFd, http://www.playvid.com/watch/xrBZCSobEjA, http://www.playvid.com/watch/CmImwLFolq2, http://www.playvid.com/watch/F8xVs43gq5A, http://www.playvid.com/watch/S7CjpDv-nF4, http://www.playvid.com/watch/DPb9GQifDIc, http://www.playvid.com/watch/D4lYC6gcGtW, http://www.playvid.com/watch/qXcgwF4u-Pu, http://www.playvid.com/watch/it2Ihpoa6Xd, http://www.playvid.com/watch/GTEf5ig-okc, http://www.playvid.com/watch/y0JEJtDk9kI, http://www.playvid.com/watch/rVEp3o4ytzq, http://www.playvid.com/watch/rHXTXJwXASq, http://www.playvid.com/watch/ZmXeajsy6dh, http://www.playvid.com/watch/0mEpa9SZ2c-, http://www.playvid.com/watch/izY0JUco8MH, http://www.playvid.com/watch/qE2aeIhUvam, http://www.playvid.com/watch/5GPMCMDAhtZ, http://www.playvid.com/watch/sHl9cMYMsDx, http://www.playvid.com/watch/cyfyH8TPbtW, http://www.playvid.com/watch/63IqKBFlRdh, http://www.playvid.com/watch/sd-2Dw2W0FO, http://www.playvid.com/watch/FAMx5-67zn5, http://www.playvid.com/watch/mULTiI-HzCf, http://www.playvid.com/watch/vQWDlGc9GDX, http://www.playvid.com/watch/sTvaMG7o-K6, http://www.playvid.com/watch/XtgDcyoWy9m, http://www.playvid.com/watch/2nxuvtq9lvw, http://www.playvid.com/watch/EzGaSbWZ-0V, http://www.playvid.com/watch/KtEwPCYvPdN, http://www.playvid.com/watch/yP-3Yl6gavC, http://www.playvid.com/watch/8vO0CEM6Dym, http://www.playvid.com/watch/SenvOe2bUNn, http://www.playvid.com/watch/XvF4q4Nq3V2, http://www.playvid.com/watch/0G6FkCgPnLB, http://www.playvid.com/watch/zwiohJLTvp-, http://www.playvid.com/watch/Oven3WQDYyv, http://www.playvid.com/watch/WbUvm7wA-fo, http://www.playvid.com/watch/SDd8ze7ZrcT, http://www.playvid.com/watch/9t6qsIwdjns, http://www.playvid.com/watch/LgJcRGrArK3, http://www.playvid.com/watch/h3iBw-PlBvl, http://www.playvid.com/watch/A0Bf9KK6zjN, http://www.playvid.com/watch/h3ow8hzM4Ft, http://www.playvid.com/watch/-QdpmxNiIv9, http://www.playvid.com/watch/ppD30kQZzer, http://www.playvid.com/watch/46EElhALcI6, http://www.playvid.com/watch/Q5hbh9Y8QpJ, http://www.playvid.com/watch/lJTfIfvA-Ax, http://www.playvid.com/watch/yNiC59QDyrH, http://www.playvid.com/watch/w90Jed62oMh, http://www.playvid.com/watch/7QWgPUVqxNy, http://www.playvid.com/watch/pCmKGY-unvJ, http://www.playvid.com/watch/wgL73Z766t6, http://www.playvid.com/watch/eNzGVV07bBq, http://www.playvid.com/watch/IKZFxpLI8UN, http://www.playvid.com/watch/UKvodBGIIUJ, http://www.playvid.com/watch/ZZwptIilxhy, http://www.playvid.com/watch/zTIELjjgjhO, http://www.playvid.com/watch/gkEV09Am2pF, http://www.playvid.com/watch/2FIwvXIBTKI, http://www.playvid.com/watch/CXOTNYuZ52R, http://www.playvid.com/watch/bs5n5wVMrQ-, http://www.playvid.com/watch/tccduCTmv-A, http://www.playvid.com/watch/kVks-NRQZ3b, http://www.playvid.com/watch/6WdzEtJ2edQ, http://www.playvid.com/watch/2Gyza4VbAAF, http://www.playvid.com/watch/nJbrUrR4M8F, http://www.playvid.com/watch/j9zJVUlZ6Xy,

http://www.playvid.com/watch/BCxELK5dFx2, http://www.playvid.com/watch/89rL30Wk9Fq, http://www.playvid.com/watch/5AaKDDq9BNU, http://www.playvid.com/watch/0ZpGJLcIigC, http://www.playvid.com/watch/5Gr3KLi2tUT, http://www.playvid.com/watch/FTKryDfjWtR, http://www.playvid.com/watch/YjPLY9afTNj, http://www.playvid.com/watch/LKzAcNPbRuj, http://www.playvid.com/watch/rCHNMnXg9Oh
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: danilo20
5.b. Uploader's email address: danilao200@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/danilo20
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GBSRwiFJECi, http://www.playvid.com/watch/7pO4cdrfZm7, http://www.playvid.com/watch/hdLSWahHd-2, http://www.playvid.com/watch/6mUgtWsO-pf, http://www.playvid.com/watch/cwCUawHrcfu, http://www.playvid.com/watch/7aas7cY9IXg, http://www.playvid.com/watch/4vm8j9y2LjH, http://www.playvid.com/watch/jU6hBC944fu, http://www.playvid.com/watch/mSbxS2l86Vr, http://www.playvid.com/watch/Odx-SURQD42, http://www.playvid.com/watch/gb2wzesCJ7Y, http://www.playvid.com/watch/fhLddSW5OWq, http://www.playvid.com/watch/EavbfKSjCYZ, http://www.playvid.com/watch/R4YFXhd-JIw, http://www.playvid.com/watch/sCFYcmMzL-H, http://www.playvid.com/watch/3vpnMfJUyF3, http://www.playvid.com/watch/9gtR2xvwrVb, http://www.playvid.com/watch/jSAf3fNBr4o, http://www.playvid.com/watch/wpVXq2yCXi6, http://www.playvid.com/watch/LUU2V0d7hO9, http://www.playvid.com/watch/WwTv9L-95bW, http://www.playvid.com/watch/XEszOddo7pa, http://www.playvid.com/watch/wGkBqwa79GX, http://www.playvid.com/watch/m2DjFX2-3hs, http://www.playvid.com/watch/iRDJuo-Ywt0, http://www.playvid.com/watch/TTP3ZABH4sG
5.f. Date of third notice: 2014-04-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Dark shark
5.b. Uploader's email address: danj6589@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Dark+shark
5.e. List of videos posted by uploader: http://www.playvid.com/watch/usnSp60xCEv, http://www.playvid.com/watch/ZBNfWZxxRRO, http://www.playvid.com/watch/SS7Fekga3pR, http://www.playvid.com/watch/hcqKSShwxd2, http://www.playvid.com/watch/PxqXVknjr4u, http://www.playvid.com/watch/Egb28tT0oO6, http://www.playvid.com/watch/nuchme7AqU8, http://www.playvid.com/watch/pDeVe-H5LL9, http://www.playvid.com/watch/Yz5lV03Fd7D, http://www.playvid.com/watch/Nu5jNt-OKPw, http://www.playvid.com/watch/JZ8BFaDR2HB, http://www.playvid.com/watch/WWBsL2DC8oF, http://www.playvid.com/watch/gXmCAHfsJ5F, http://www.playvid.com/watch/OulXBBKqc6h, http://www.playvid.com/watch/MStXmiXQh36, http://www.playvid.com/watch/qDMbSoQkEgY, http://www.playvid.com/watch/8eACcNw5Dlu, http://www.playvid.com/watch/UHOKym6AguL, http://www.playvid.com/watch/C6tt4yaMTDK, http://www.playvid.com/watch/U5-uIde0UhX, http://www.playvid.com/watch/RaTW3Og5KEy, http://www.playvid.com/watch/c6z0GEENdeO, http://www.playvid.com/watch/PII7bKtnbef, http://www.playvid.com/watch/pYRgZ4Cbfvi, http://www.playvid.com/watch/QqVFbVYGoET, http://www.playvid.com/watch/lcMV38Cz4dY, http://www.playvid.com/watch/9h4t2PeDBEc, http://www.playvid.com/watch/JmrWzBKsyPs, http://www.playvid.com/watch/y7fWnrsdDIb, http://www.playvid.com/watch/AtJFVTRwLXO, http://www.playvid.com/watch/SkO3jkJ6kw4, http://www.playvid.com/watch/rF2ceO0X0tt, http://www.playvid.com/watch/pzrH3agRCnk, http://www.playvid.com/watch/96EvNTUxyNt, http://www.playvid.com/watch/Czchdhw8Qwe, http://www.playvid.com/watch/vXT5I5TRG8y, http://www.playvid.com/watch/C4pGGZ3fdXk, http://www.playvid.com/watch/Vo7jqf5yXpv, http://www.playvid.com/watch/k7xOLdKdWGJ, http://www.playvid.com/watch/iq-NmBfO0qF, http://www.playvid.com/watch/2k-X4zhyf54, http://www.playvid.com/watch/Ihv7LdsIOOv, http://www.playvid.com/watch/MObTwWKzluP, http://www.playvid.com/watch/IcDX2EA9KFK, http://www.playvid.com/watch/3RxkY2UDyMA, http://www.playvid.com/watch/7TjkGIEA9h3, http://www.playvid.com/watch/tmqP5UlZhhg, http://www.playvid.com/watch/gTHR4B-3uUB, http://www.playvid.com/watch/-iqKBLUgX0k, http://www.playvid.com/watch/XQDyIwtNZFd, http://www.playvid.com/watch/Od7Y25iUF49, http://www.playvid.com/watch/hsDEouTfPN6, http://www.playvid.com/watch/Lp6GyVC6Vad, http://www.playvid.com/watch/APjeDLQcpp8, http://www.playvid.com/watch/KbnXnQUGVhq, http://www.playvid.com/watch/oJpIkYBk7ld, http://www.playvid.com/watch/8ndXdzaRdkT, http://www.playvid.com/watch/7xOk36Jp0V3, http://www.playvid.com/watch/9hlSvDpfj7i, http://www.playvid.com/watch/cCUi9ZlQPuT, http://www.playvid.com/watch/QFLUUGHSzvo, http://www.playvid.com/watch/UDA899BLgEv, http://www.playvid.com/watch/Dov0sPGCp5l, http://www.playvid.com/watch/Rvid3ZohAoc, http://www.playvid.com/watch/F0Lmzdhy5Lv, http://www.playvid.com/watch/AWNsxxvl2IH, http://www.playvid.com/watch/jesZOcISmX4, http://www.playvid.com/watch/56MEZg3dMwH, http://www.playvid.com/watch/Bv8QPcJ2FhD, http://www.playvid.com/watch/x-cGZw2vF7H, http://www.playvid.com/watch/5RIR4eSoSk3, http://www.playvid.com/watch/oLS5kFLHLaY, http://www.playvid.com/watch/qmCn6Rse7of, http://www.playvid.com/watch/08FZadPkJrd, http://www.playvid.com/watch/O9ivNFw7G3a, http://www.playvid.com/watch/QawvJde0tkC, http://www.playvid.com/watch/rjzYDq5yyc3, http://www.playvid.com/watch/V0EvD474Laz, http://www.playvid.com/watch/Z8jbmwwCcIn, http://www.playvid.com/watch/tmkXlssXIU8, http://www.playvid.com/watch/s0FzcBGRlSQ, http://www.playvid.com/watch/-Y0IxiivZZK, http://www.playvid.com/watch/nbIDmUKdwNC, http://www.playvid.com/watch/5FyCaYU0a2P, http://www.playvid.com/watch/Jk48lXW5UON, http://www.playvid.com/watch/DTzf-id57VE, http://www.playvid.com/watch/aYhGlUjQiSf, http://www.playvid.com/watch/tNmIB0GSjCD, http://www.playvid.com/watch/uHbK9ifnwmT, http://www.playvid.com/watch/neN5r7Gl45k, http://www.playvid.com/watch/I5LYpp4Ea03, http://www.playvid.com/watch/V5w-egY53MZ, http://www.playvid.com/watch/ShY9Tu3occs, http://www.playvid.com/watch/rYH5MQ3ehIR, http://www.playvid.com/watch/Hm6vUNZ8JQA, http://www.playvid.com/watch/z3ghIPxYXcA, http://www.playvid.com/watch/Tf96I-BK-6D, http://www.playvid.com/watch/DfrzXNQJNPG, http://www.playvid.com/watch/gUmgCMO2BRK, http://www.playvid.com/watch/348pZ0fOxNM, http://www.playvid.com/watch/Hh-f5fMuDpQ, http://www.playvid.com/watch/Eut3wle97dt, http://www.playvid.com/watch/AtPkceYzZuT, http://www.playvid.com/watch/25FEtVB025U, http://www.playvid.com/watch/JGksDiZ3gpe, http://www.playvid.com/watch/M5xLCTZYWyc, http://www.playvid.com/watch/a3ymNajyvih, http://www.playvid.com/watch/cft-nU2UQDz, http://www.playvid.com/watch/TPwegtyZA0A, http://www.playvid.com/watch/BAevLILrAmP, http://www.playvid.com/watch/BquHs8Izkzl, http://www.playvid.com/watch/mgBY23oSOUz, http://www.playvid.com/watch/jzYq95CrR7k, http://www.playvid.com/watch/lYSotrJRtlZ, http://www.playvid.com/watch/h0gsLI8VwpO, http://www.playvid.com/watch/YLps83JOCrI, http://www.playvid.com/watch/MvYd0R80ewG, http://www.playvid.com/watch/agSpopgMTgS, http://www.playvid.com/watch/zoKQWfa-SVo, http://www.playvid.com/watch/HqtIGrCG28V, http://www.playvid.com/watch/lyiy2vX6pFa, http://www.playvid.com/watch/rVdsaduXvBi, http://www.playvid.com/watch/GnelVWYqIou, http://www.playvid.com/watch/nwZbuLfrtlz, http://www.playvid.com/watch/b7yz3bnFrwa, http://www.playvid.com/watch/fU4olDVJxe9, http://www.playvid.com/watch/oP0xglXKnPx, http://www.playvid.com/watch/Z5Vc4JnYtGd, http://www.playvid.com/watch/Mwx0IcJqQyv, http://www.playvid.com/watch/JZl0pHKBFly, http://www.playvid.com/watch/bkyjGkcIzzi, http://www.playvid.com/watch/frtLQoQ9kgI, http://www.playvid.com/watch/Cg8MnremPx4, http://www.playvid.com/watch/q7mLnn6A6DV, http://www.playvid.com/watch/viMdGpev3Tq, http://www.playvid.com/watch/yywX04ONFX5, http://www.playvid.com/watch/cQVhkrPxe7H, http://www.playvid.com/watch/eJyEFFVBJ7C, http://www.playvid.com/watch/hN4NcsrosEl, http://www.playvid.com/watch/078y2vc09H-
5.f. Date of third notice: 2014-01-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: darknight
5.b. Uploader's email address: werbosso@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/darknight
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RTyTqqsug09, http://www.playvid.com/watch/73QC3uYSUYE, http://www.playvid.com/watch/JEUzhyrrBWF, http://www.playvid.com/watch/kpZe8Rqj9aS, http://www.playvid.com/watch/3JqtcnZaBX6, http://www.playvid.com/watch/EMiy-9FS-B4, http://www.playvid.com/watch/W9o9VLRrBwd, http://www.playvid.com/watch/mk5IwFGEasF, http://www.playvid.com/watch/XQlymjDxKLl, http://www.playvid.com/watch/3iK7OHx7c5B, http://www.playvid.com/watch/M2s40svvu5D, http://www.playvid.com/watch/DVxMQUWIG0Z, http://www.playvid.com/watch/oxUn6SXzXJ7, http://www.playvid.com/watch/lmBAuABtNgm, http://www.playvid.com/watch/TMfmBEN5XIR, http://www.playvid.com/watch/iAChedmOl2v, http://www.playvid.com/watch/7sLBvSgo6tJ, http://www.playvid.com/watch/Gs09DYm0qVG, http://www.playvid.com/watch/m0hqqqNsnqW, http://www.playvid.com/watch/m9GKawhxH9c, http://www.playvid.com/watch/dcTQOW-fPBu, http://www.playvid.com/watch/KBeSqIVsEnV, http://www.playvid.com/watch/iNlaQCubZvC, http://www.playvid.com/watch/wwi4bKRXpki, http://www.playvid.com/watch/NmpFGxKG2IE, http://www.playvid.com/watch/S0p7gEqLi4x, http://www.playvid.com/watch/OU4nyUKSQUi, http://www.playvid.com/watch/S2yNp8M9FzQ, http://www.playvid.com/watch/loQHtuWovJA, http://www.playvid.com/watch/-dl54rEhOZV, http://www.playvid.com/watch/vm4oW0XYfev, http://www.playvid.com/watch/DhEkVdpvOBi, http://www.playvid.com/watch/cc0P2MS-nms, http://www.playvid.com/watch/2m2ZK2w7WVG, http://www.playvid.com/watch/9-IpoVpMOQz, http://www.playvid.com/watch/ESCtRAD6ITJ, http://www.playvid.com/watch/y5YtDu-BQP-, http://www.playvid.com/watch/WkXdqDE8jXs, http://www.playvid.com/watch/g3tjtUCKrpN, http://www.playvid.com/watch/QH3KkR45w0q, http://www.playvid.com/watch/fpb6L0Al2kq, http://www.playvid.com/watch/x3cl0gOgXWb, http://www.playvid.com/watch/RQDEntJzY8q, http://www.playvid.com/watch/X02zAiM9Q9d, http://www.playvid.com/watch/LMNRqQZtCY5, http://www.playvid.com/watch/VgA7cOhvXQV, http://www.playvid.com/watch/5KXEs7pEqXP, http://www.playvid.com/watch/XHLioq4dHFf, http://www.playvid.com/watch/h6w7amyVvDB, http://www.playvid.com/watch/NgPlKRdVLu8, http://www.playvid.com/watch/3UggeswFCrM, http://www.playvid.com/watch/PW-Ia0fFYPZ, http://www.playvid.com/watch/PkUAlH3cIQe, http://www.playvid.com/watch/vRSDwXteCTx, http://www.playvid.com/watch/VESPbs5bA04, http://www.playvid.com/watch/NIOrZZRdvO0,

http://www.playvid.com/watch/I9WaVP8Bx5m, http://www.playvid.com/watch/TvvW-yGKE9y, http://www.playvid.com/watch/VKXnDsdBnea,
http://www.playvid.com/watch/Z0pqfmMVWQr, http://www.playvid.com/watch/GRA-Mfhcg00, http://www.playvid.com/watch/xEvJNzMib-i,
http://www.playvid.com/watch/w3LKD4gRVpX, http://www.playvid.com/watch/vquN2xPo6Kk, http://www.playvid.com/watch/YZkD8cfIJei,
http://www.playvid.com/watch/n8plP26ETjP, http://www.playvid.com/watch/Ptd0FRtDPg4, http://www.playvid.com/watch/O5XpKrko8Pp,
http://www.playvid.com/watch/Sw6xXoBM45S, http://www.playvid.com/watch/BaX-Dm8kxjn, http://www.playvid.com/watch/zSrNuV5M0JK,
http://www.playvid.com/watch/-PYnH07gIuv, http://www.playvid.com/watch/bgru83Mzuf4, http://www.playvid.com/watch/twrkh-PrSvJ,
http://www.playvid.com/watch/ZyhfrKumie-, http://www.playvid.com/watch/rKwq6Sgjy2q, http://www.playvid.com/watch/Qw-kYE5u4BX,
http://www.playvid.com/watch/3uKNAFFHJFp, http://www.playvid.com/watch/O6d5ySAeOx0, http://www.playvid.com/watch/twaFN8bpIEV,
http://www.playvid.com/watch/Xj5TlWeIMNq, http://www.playvid.com/watch/sF0pjeaKVrx, http://www.playvid.com/watch/VfR0ANXDJzE,
http://www.playvid.com/watch/gRKUJxBvByL, http://www.playvid.com/watch/RFZOPpfazfE, http://www.playvid.com/watch/0n2AQNuEbtk,
http://www.playvid.com/watch/TjxnbdMfjlJ, http://www.playvid.com/watch/ojEuSp2Evb8, http://www.playvid.com/watch/TnAPzYgi2bi,
http://www.playvid.com/watch/ekAC3Gvo-Zn, http://www.playvid.com/watch/OJ6v3GxFFbO, http://www.playvid.com/watch/ukjltSm0iAi,
http://www.playvid.com/watch/IKiYq5U4Qmo, http://www.playvid.com/watch/7JZu7NHFgI5, http://www.playvid.com/watch/lt5VFOktVVY,
http://www.playvid.com/watch/c6WTtmu-WyN, http://www.playvid.com/watch/L0rqWUOhvGr, http://www.playvid.com/watch/4qKYF8uai5Q,
http://www.playvid.com/watch/R6E59MdXeHi, http://www.playvid.com/watch/zAE5X0O9Xru, http://www.playvid.com/watch/EFrjlpd-VzQ,
http://www.playvid.com/watch/trQT0Nrfi-H, http://www.playvid.com/watch/H2nPFCkvmKe, http://www.playvid.com/watch/r-DdDX5Opzz,
http://www.playvid.com/watch/wTvKDoD83U2, http://www.playvid.com/watch/3-gxEwmlLsL, http://www.playvid.com/watch/Yl708XRH69f,
http://www.playvid.com/watch/9GgAalGjriT, http://www.playvid.com/watch/EiSYHsMck-P, http://www.playvid.com/watch/J3gtHm9zNgp,
http://www.playvid.com/watch/S5xUnZeZDKl, http://www.playvid.com/watch/DtN7KbSnLVK, http://www.playvid.com/watch/3FsCsi-ZaVp,
http://www.playvid.com/watch/vkJFT0soaVx, http://www.playvid.com/watch/LqxMKMfC8V8, http://www.playvid.com/watch/kICsKqPzyLz,
http://www.playvid.com/watch/fCbPsBUQVFa, http://www.playvid.com/watch/nGWxyrkS3Da, http://www.playvid.com/watch/oLbUyhhKWjX,
http://www.playvid.com/watch/3584qERJatT, http://www.playvid.com/watch/eXDBN8vzzBh, http://www.playvid.com/watch/BnxwguI4uNO,
http://www.playvid.com/watch/QatlnmGOdJx, http://www.playvid.com/watch/NqqPbo0rgnD, http://www.playvid.com/watch/bPnkDnt46OD,
http://www.playvid.com/watch/eVND96aYHYO, http://www.playvid.com/watch/vOfHaopnnUi, http://www.playvid.com/watch/7RX7W38U-hP,
http://www.playvid.com/watch/2djzQQQNbtl, http://www.playvid.com/watch/MdeMlP5eyHX, http://www.playvid.com/watch/qyKB3q2KnIX,
http://www.playvid.com/watch/qt4nCsZT35h, http://www.playvid.com/watch/mU-QbNKUe-6, http://www.playvid.com/watch/y5SzRqGriK9,
http://www.playvid.com/watch/x6z54HdCEb6, http://www.playvid.com/watch/GUzHR2EJEXD, http://www.playvid.com/watch/2VC2p02Sttj,
http://www.playvid.com/watch/Bj7MWbaSkZP, http://www.playvid.com/watch/M-PZwcI-fUT, http://www.playvid.com/watch/RhZ0vB3gZ-n,
http://www.playvid.com/watch/vouWSvXnVHM, http://www.playvid.com/watch/dvQbw-9WQDn, http://www.playvid.com/watch/En0ElsVbTLM,
http://www.playvid.com/watch/YFSbDNb92c2, http://www.playvid.com/watch/fkDPcsifQdB, http://www.playvid.com/watch/e77UkbYoNfS,
http://www.playvid.com/watch/AMfzN9uK3Lf, http://www.playvid.com/watch/VqwtDtkjpSQ, http://www.playvid.com/watch/yXwAls7Yf4f,
http://www.playvid.com/watch/xI6UkwoAdXt, http://www.playvid.com/watch/OFTwL7QqHYd, http://www.playvid.com/watch/dg8EYEsJJ4p,
http://www.playvid.com/watch/bzLsOBYzuRD, http://www.playvid.com/watch/0Pdn9d5Ro69, http://www.playvid.com/watch/iEWotdTu3X7,
http://www.playvid.com/watch/FX3Beocjf4n, http://www.playvid.com/watch/P6-cPMf5RWO, http://www.playvid.com/watch/9A2FoBVxgJO,
http://www.playvid.com/watch/E5gTBIdRIrq, http://www.playvid.com/watch/vAT3ki9caHl, http://www.playvid.com/watch/v-O89v6Kvzj,
http://www.playvid.com/watch/gbLi0hXLYFI, http://www.playvid.com/watch/-6K5JpZqSdp, http://www.playvid.com/watch/qcIu85HoL2U,
http://www.playvid.com/watch/cT9ParggNLJ, http://www.playvid.com/watch/L2prW0s9Oin, http://www.playvid.com/watch/XZzykj7iCpy,
http://www.playvid.com/watch/EVn6FOEZ4u6, http://www.playvid.com/watch/EamlbuWjHjM, http://www.playvid.com/watch/6Asn2PHuzSt,
http://www.playvid.com/watch/8kewPty8uYc, http://www.playvid.com/watch/7S2vYFGt4EX, http://www.playvid.com/watch/LAzNSh36yeS,
http://www.playvid.com/watch/J6E-xc9RRLz, http://www.playvid.com/watch/RWLIseq-sEb, http://www.playvid.com/watch/iIz-3Az3GLX,
http://www.playvid.com/watch/NWZwMpW9hdp, http://www.playvid.com/watch/rPbUpkFUUK3, http://www.playvid.com/watch/4bqp-caSUkH,
http://www.playvid.com/watch/OreVQmxNDzV, http://www.playvid.com/watch/lKZUaGXu7CB, http://www.playvid.com/watch/Df3Db59BDQh,
http://www.playvid.com/watch/gIUF9kD9E-8, http://www.playvid.com/watch/SmfcnJszqUU, http://www.playvid.com/watch/4nNJVFnikor,
http://www.playvid.com/watch/hEaPvzS7-Nx, http://www.playvid.com/watch/9QELChabUgE, http://www.playvid.com/watch/9od8gwsms5d,
http://www.playvid.com/watch/EV-LFBzQQBi, http://www.playvid.com/watch/v-bgpGukcad, http://www.playvid.com/watch/NGgTS8goTDK,
http://www.playvid.com/watch/KmpYw-6mPaJ, http://www.playvid.com/watch/3l20NEyUqGR, http://www.playvid.com/watch/fptn8gwksfZ,
http://www.playvid.com/watch/bAWLTv0YiIn, http://www.playvid.com/watch/lzptm3CXLoa, http://www.playvid.com/watch/HPNbDes6mZh,
http://www.playvid.com/watch/v4ukimkzV6f, http://www.playvid.com/watch/BO3PAKOoZR0, http://www.playvid.com/watch/KTtAqbGgHdk,
http://www.playvid.com/watch/8JGbJWzM7FM, http://www.playvid.com/watch/UAHDjtKILD3, http://www.playvid.com/watch/bA8XCjBSsoa,
http://www.playvid.com/watch/zBNG447fZiU, http://www.playvid.com/watch/zLa2Pp4YuWc, http://www.playvid.com/watch/aiZjME4UmtX
5.f. Date of third notice: 2013-10-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dbaseivom
5.b. Uploader's email address: admin1@broskies.net
5.d. Uploader's profile: http://www.playvid.com/member/dbaseivom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ABTf87UZsOJ, http://www.playvid.com/watch/yOzQS2xp4s2,
http://www.playvid.com/watch/yqjzIQvVEW6, http://www.playvid.com/watch/QbxnZ47t05p, http://www.playvid.com/watch/P2Uz2INKEPz,
http://www.playvid.com/watch/6VBLW3Ty2Rk, http://www.playvid.com/watch/6SH2daCne8D, http://www.playvid.com/watch/cUSsakV4TwH,
http://www.playvid.com/watch/vLssJIjk6up, http://www.playvid.com/watch/vOQBGAaiCvS, http://www.playvid.com/watch/VOYETUw996R,
http://www.playvid.com/watch/t-W7qbxontd, http://www.playvid.com/watch/WS9uMkcLkUS, http://www.playvid.com/watch/7LcHDyZ-nDn,
http://www.playvid.com/watch/KbKYGScRNi4, http://www.playvid.com/watch/Elhr2poSjKj, http://www.playvid.com/watch/QO0jN84Ikmy,
http://www.playvid.com/watch/xCW4U6KiGsM, http://www.playvid.com/watch/tuzRRHnRDoD, http://www.playvid.com/watch/sDqk6Cxkd3a,
http://www.playvid.com/watch/2qYFFfJp9CM, http://www.playvid.com/watch/AwKaNudI7ES, http://www.playvid.com/watch/meBLQmh2lpq,
http://www.playvid.com/watch/GnjmCheJCve, http://www.playvid.com/watch/lYKjn66o9BU, http://www.playvid.com/watch/-vA6tusKqcq,
http://www.playvid.com/watch/M9MwOAl2wEZ, http://www.playvid.com/watch/fvrh0fvVt5R, http://www.playvid.com/watch/tsoeqbhA97O,
http://www.playvid.com/watch/4gAKPwnTim6, http://www.playvid.com/watch/SjNS7bNKvGk, http://www.playvid.com/watch/0-njCoBFVRj,
http://www.playvid.com/watch/90hE34F-lZY, http://www.playvid.com/watch/sd4PGpHqK8G, http://www.playvid.com/watch/p4wbLr9-JoP,
http://www.playvid.com/watch/dVcUnXfAZLE, http://www.playvid.com/watch/PGIhovrqG0s, http://www.playvid.com/watch/HvlfxnWUGNv,
http://www.playvid.com/watch/w4FR96rbh4u, http://www.playvid.com/watch/7B3Al2lP2gv, http://www.playvid.com/watch/qpvbsgQOcWW,
http://www.playvid.com/watch/5sMqkJbi9qs, http://www.playvid.com/watch/gYpBBARkI28, http://www.playvid.com/watch/NggmXmzrheT,
http://www.playvid.com/watch/hd2PogKr0tq, http://www.playvid.com/watch/5QLL2pSkChH, http://www.playvid.com/watch/EUyUNQ8iHmx,
http://www.playvid.com/watch/s8CuGfqdQlf, http://www.playvid.com/watch/kP8VXs0YJTo, http://www.playvid.com/watch/3zuWN4cKBgv,
http://www.playvid.com/watch/gC4OzDS6WAm, http://www.playvid.com/watch/QaQwU0wdx3s, http://www.playvid.com/watch/kVuXb8eT2RA,
http://www.playvid.com/watch/U4Kj4spjesD, http://www.playvid.com/watch/l4jNuEGAoOt, http://www.playvid.com/watch/8fWVqPuTMhb,
http://www.playvid.com/watch/0iuiMifvyed, http://www.playvid.com/watch/ECg8MR8L2xw, http://www.playvid.com/watch/2bxsyt8Bdum,
http://www.playvid.com/watch/f6Kgiaj8dic, http://www.playvid.com/watch/wXpigm0fH6O, http://www.playvid.com/watch/viArlrlutCi,
http://www.playvid.com/watch/2rcXggNA6-e, http://www.playvid.com/watch/59J6jOVWze8, http://www.playvid.com/watch/ODboW5LAe0S,
http://www.playvid.com/watch/opA9Gma4ZNJ, http://www.playvid.com/watch/Oc-lfKbBgvb, http://www.playvid.com/watch/m8kkIwEir-Y,
http://www.playvid.com/watch/-4EN0qjXTWL, http://www.playvid.com/watch/hnuQWAFvXrR, http://www.playvid.com/watch/M4IQaZ9ygev,
http://www.playvid.com/watch/IDG0w68SEN0, http://www.playvid.com/watch/NorYBuSCsoh, http://www.playvid.com/watch/8VLRpqJpLpc,
http://www.playvid.com/watch/wQMGspO6sB6, http://www.playvid.com/watch/BueqbnIFdr0, http://www.playvid.com/watch/QKo6tHJy2WG,
http://www.playvid.com/watch/QFocpm2SkWQ, http://www.playvid.com/watch/u2jJtOMh63D, http://www.playvid.com/watch/q6BCZ5nyrmc,
http://www.playvid.com/watch/BPGpDmOitOc, http://www.playvid.com/watch/TdRu8SfOw0N, http://www.playvid.com/watch/oGH37XHSA5j,
http://www.playvid.com/watch/uqFVlQx4tdE, http://www.playvid.com/watch/SdOCQq-tRb8, http://www.playvid.com/watch/rrCmTCnlSar,
http://www.playvid.com/watch/wCpnS-T97d-, http://www.playvid.com/watch/cKqEztf64XC, http://www.playvid.com/watch/UJ7FdxU-YHe,
http://www.playvid.com/watch/45H5uFihUwE, http://www.playvid.com/watch/fHsw9CxEW5i, http://www.playvid.com/watch/wbLrIhorHaN,
http://www.playvid.com/watch/vLCNSrkGdgH, http://www.playvid.com/watch/fBd8BZdFdVn, http://www.playvid.com/watch/eHMn42tQn32,
http://www.playvid.com/watch/sGWCOetM3FU, http://www.playvid.com/watch/38mubgmyuQL, http://www.playvid.com/watch/FicXpasaWRa,
http://www.playvid.com/watch/kV9FzD8uTFS, http://www.playvid.com/watch/WxylKLfBDpN, http://www.playvid.com/watch/Jo2Onc6q23Q,
http://www.playvid.com/watch/RyW6bJu7BTe, http://www.playvid.com/watch/dcpEPtr8OCz, http://www.playvid.com/watch/83QgTBZLEAH,
http://www.playvid.com/watch/7Eae-mD4BBa, http://www.playvid.com/watch/6R0fWm-g684, http://www.playvid.com/watch/FyOyz74Himm,
http://www.playvid.com/watch/kGQNO8IqtbA, http://www.playvid.com/watch/-n2zfQS83c6, http://www.playvid.com/watch/9O2GQ8nclht,
http://www.playvid.com/watch/jHCr0RaHhJd, http://www.playvid.com/watch/KwpRM52zh9d, http://www.playvid.com/watch/-zIyBUb2D-S,
http://www.playvid.com/watch/ZtVSl-9JtTy, http://www.playvid.com/watch/ocvi673INGU, http://www.playvid.com/watch/Ig0YCtv3iUu,
http://www.playvid.com/watch/98OSL-02GEJ, http://www.playvid.com/watch/7GteHVithGw, http://www.playvid.com/watch/OrjHjaqS2J9,

http://www.playvid.com/watch/op54TzBD56D, http://www.playvid.com/watch/jsUULFy2UWn, http://www.playvid.com/watch/0qdrfJk0hSs,
http://www.playvid.com/watch/QpbjkEk2ssu, http://www.playvid.com/watch/A0cteYldVc0, http://www.playvid.com/watch/iZM-4hNqzsj,
http://www.playvid.com/watch/qXZU0gOq9kh, http://www.playvid.com/watch/2TYqzyQfq-q, http://www.playvid.com/watch/OBw7POedxEl,
http://www.playvid.com/watch/rrGYUe8Vhsf, http://www.playvid.com/watch/CfHq04WbYcQ, http://www.playvid.com/watch/KAvadapJ4Fo,
http://www.playvid.com/watch/GeeuocD5-BD, http://www.playvid.com/watch/M8sP9K03JT4, http://www.playvid.com/watch/vCX53yEgAPo,
http://www.playvid.com/watch/lfrR-W38MfN, http://www.playvid.com/watch/0xsJs9-b4Kb, http://www.playvid.com/watch/B5xc60DwfxY,
http://www.playvid.com/watch/MuZIXnJcPGM, http://www.playvid.com/watch/e-S3pJStMup, http://www.playvid.com/watch/nXKZKcZWLKD,
http://www.playvid.com/watch/5UHL5QkbX6-, http://www.playvid.com/watch/6VeNOC8SQgP, http://www.playvid.com/watch/Vdbush4cmvv,
http://www.playvid.com/watch/nte7b5iCEIU, http://www.playvid.com/watch/hXhdDY7ynzx, http://www.playvid.com/watch/bfBnPZMyFZl,
http://www.playvid.com/watch/5RanMm7ryww, http://www.playvid.com/watch/PaNJlJEiu6A, http://www.playvid.com/watch/MvjqSrBxxsH,
http://www.playvid.com/watch/onxfDQPgfHm, http://www.playvid.com/watch/EuXf2Bk28Xq, http://www.playvid.com/watch/M6l7xPknmhF,
http://www.playvid.com/watch/m-ufgmfDg4i, http://www.playvid.com/watch/cEHG-NdpABR, http://www.playvid.com/watch/5PwwWcNGPoe,
http://www.playvid.com/watch/SXMrssI5n06, http://www.playvid.com/watch/zVqVGyScxe8, http://www.playvid.com/watch/I83nKPoUgkV,
http://www.playvid.com/watch/y2HcNhY9XHT, http://www.playvid.com/watch/hDCwxnKZdDo, http://www.playvid.com/watch/RtXHJtymmN5,
http://www.playvid.com/watch/3owFQG5wE6r, http://www.playvid.com/watch/FhOF5s8DF7C, http://www.playvid.com/watch/DZ90cNjD8lz,
http://www.playvid.com/watch/cOd8gDqKSRw, http://www.playvid.com/watch/V29YeDZeYeu, http://www.playvid.com/watch/qUBWfEUutB-,
http://www.playvid.com/watch/bXYRFSe2NEs, http://www.playvid.com/watch/EZv2lnwPsnN, http://www.playvid.com/watch/MViiIVlY8Sh,
http://www.playvid.com/watch/WGg4eFvqWia, http://www.playvid.com/watch/zAFbm9NHBPy, http://www.playvid.com/watch/RmZWPWae2iN,
http://www.playvid.com/watch/EgZn3f0UQ8X, http://www.playvid.com/watch/nYxRIuylC4Z, http://www.playvid.com/watch/kodFhJaGtQW,
http://www.playvid.com/watch/6CppnWYqNgF, http://www.playvid.com/watch/SrpRCIx6raV, http://www.playvid.com/watch/sfGKGjqwFqB,
http://www.playvid.com/watch/9uBJ0DiglyF, http://www.playvid.com/watch/QhrGq2BTNrk, http://www.playvid.com/watch/V0pgSD5DuAC,
http://www.playvid.com/watch/k8F0CztMENH, http://www.playvid.com/watch/A3SJEGAE23Z, http://www.playvid.com/watch/B-rTQAFgGPH,
http://www.playvid.com/watch/ZV-QWkpWFSq, http://www.playvid.com/watch/XPubFPM2N9S, http://www.playvid.com/watch/rJcI0MJekYv,
http://www.playvid.com/watch/jrFl3l96V2v, http://www.playvid.com/watch/FlEoasrMg85, http://www.playvid.com/watch/fRQy6Jl8tUI,
http://www.playvid.com/watch/pxNjQjGDvH3, http://www.playvid.com/watch/y3WnJWJlvF8, http://www.playvid.com/watch/iBqpw4Yq-hB,
http://www.playvid.com/watch/cFlrMSc-p0w, http://www.playvid.com/watch/IdiB0EtCiF0, http://www.playvid.com/watch/co2rA2V97RD,
http://www.playvid.com/watch/d8UuvtrQbrh, http://www.playvid.com/watch/4B5s7hFrXTD, http://www.playvid.com/watch/p5nNn5dwfRg,
http://www.playvid.com/watch/4sPv6wMyzh2, http://www.playvid.com/watch/y8zNY50wsgx, http://www.playvid.com/watch/2V3rQZI0zCn,
http://www.playvid.com/watch/gKQMCRxAear, http://www.playvid.com/watch/DoPneWRrxjG, http://www.playvid.com/watch/Stp7s2Cbi2d,
http://www.playvid.com/watch/KPCirmeVJzH, http://www.playvid.com/watch/s-cebIOdotx, http://www.playvid.com/watch/maLSardOFuH,
http://www.playvid.com/watch/7nrmMR2bYRm, http://www.playvid.com/watch/h6R9PCnfhki, http://www.playvid.com/watch/uiGb6Q48iyF,
http://www.playvid.com/watch/NoeMhWXVJxy, http://www.playvid.com/watch/lHcyBpzsY07, http://www.playvid.com/watch/69HRTej3hna,
http://www.playvid.com/watch/QspdeKpe5lJ, http://www.playvid.com/watch/JdEFecNcdRX, http://www.playvid.com/watch/z-xGRATSGcs,
http://www.playvid.com/watch/z3WkTzNrnjl, http://www.playvid.com/watch/fL82rwbzpXK, http://www.playvid.com/watch/s5VhWoKXyr8,
http://www.playvid.com/watch/moWkMataeu7, http://www.playvid.com/watch/dn630WP2-Zf, http://www.playvid.com/watch/YX3JkYbRg8h,
http://www.playvid.com/watch/fKrPkH0pOoN, http://www.playvid.com/watch/ArxqM3ZPLFu, http://www.playvid.com/watch/55juq7V3HAi,
http://www.playvid.com/watch/8M0QNlVXCOT, http://www.playvid.com/watch/7catRyVqoBB, http://www.playvid.com/watch/aDMwsran7em,
http://www.playvid.com/watch/9ob0v5Vxyov, http://www.playvid.com/watch/pcJ9j7K1BLl, http://www.playvid.com/watch/bkrpBkWLXET,
http://www.playvid.com/watch/gnXE9Ng7tJq, http://www.playvid.com/watch/jxefMbKITDJ, http://www.playvid.com/watch/6ksMmwuTf9k,
http://www.playvid.com/watch/plgcHD_ZFux, http://www.playvid.com/watch/dl82XTifRqg, http://www.playvid.com/watch/QUMHmuPZ2Di,
http://www.playvid.com/watch/Ubej2R85_vW, http://www.playvid.com/watch/hz1WrfZHSEJ, http://www.playvid.com/watch/3BvGKy6UCfZ,
http://www.playvid.com/watch/yikD2J72Mqj, http://www.playvid.com/watch/BC9ovkx7eGq, http://www.playvid.com/watch/201AsoRMq06,
http://www.playvid.com/watch/GXw2vY3CeAU, http://www.playvid.com/watch/TVqNWVhIBFO, http://www.playvid.com/watch/nUeRGgxg2eI,
http://www.playvid.com/watch/Ll--mHaOE4E, http://www.playvid.com/watch/0OU3rxDL0RW, http://www.playvid.com/watch/av0qa71f385,
http://www.playvid.com/watch/FbRoPzkPai4, http://www.playvid.com/watch/jtzebU1qNVL, http://www.playvid.com/watch/HmTqnRGNK9k,
http://www.playvid.com/watch/7dDgMMsc3ZU, http://www.playvid.com/watch/Hh9SSN8ghef, http://www.playvid.com/watch/DKf-sDNvj0b,
http://www.playvid.com/watch/xaLg5koNSFg, http://www.playvid.com/watch/Z4hMVfuJdp7, http://www.playvid.com/watch/S8lNQqWHUhb,
http://www.playvid.com/watch/nj67cGLBKcv, http://www.playvid.com/watch/TboKrhHLz76, http://www.playvid.com/watch/tM6lHnsatIR,
http://www.playvid.com/watch/O21w9k0K1Ps, http://www.playvid.com/watch/d-eDPRHTTIV, http://www.playvid.com/watch/qtZmukfJ1mm,
http://www.playvid.com/watch/RMvhdmODjJm, http://www.playvid.com/watch/K44pgu0_1bO, http://www.playvid.com/watch/ZKRa24SrkD3,
http://www.playvid.com/watch/Tqw2PGzQ00D, http://www.playvid.com/watch/e1AUFiUFxpT, http://www.playvid.com/watch/OGopYVvdDB4,
http://www.playvid.com/watch/GW92dOywEBC, http://www.playvid.com/watch/3mCFM6fLzeI, http://www.playvid.com/watch/nSceBsjzZkI,
http://www.playvid.com/watch/tdkV2mPbCDB, http://www.playvid.com/watch/0cVe5JEWn0E, http://www.playvid.com/watch/G5Rz0MIfkd0,
http://www.playvid.com/watch/N35mcLFTou5, http://www.playvid.com/watch/nHeHZmYJYiU, http://www.playvid.com/watch/FcxV-YH8vUd,
http://www.playvid.com/watch/umK1660VJGU, http://www.playvid.com/watch/D1XCOppV7Ku, http://www.playvid.com/watch/hOqFmRmddm0,
http://www.playvid.com/watch/Y-rzirvP5bq, http://www.playvid.com/watch/MX4J8jnxpjV, http://www.playvid.com/watch/tRHqX45FbhJ,
http://www.playvid.com/watch/o7iJH5Rgphl, http://www.playvid.com/watch/m2FYpzsR1-3, http://www.playvid.com/watch/abVavldMwnu,
http://www.playvid.com/watch/ZyusqMrjF2C, http://www.playvid.com/watch/XtwF7UvzuKz, http://www.playvid.com/watch/uOV-c1rEPjF,
http://www.playvid.com/watch/npbw6zEZYgD, http://www.playvid.com/watch/DwCu8kEReRC, http://www.playvid.com/watch/RbHHHGBoD5d,
http://www.playvid.com/watch/zjorGQwQUn8, http://www.playvid.com/watch/EkwN-iwVCpN, http://www.playvid.com/watch/8m36Csd4e6Z,
http://www.playvid.com/watch/rmaJjc6V4uv, http://www.playvid.com/watch/Q31zqYnzJMV, http://www.playvid.com/watch/vEgUgJCLIdF,
http://www.playvid.com/watch/3JaKNQWBepA, http://www.playvid.com/watch/kJMwN7QuGi7, http://www.playvid.com/watch/z59fCCvO1ii,
http://www.playvid.com/watch/SQv8N2_baZY, http://www.playvid.com/watch/OdDtKOh-Aus, http://www.playvid.com/watch/PegU618yMIg,
http://www.playvid.com/watch/kg3p7DsqKVn, http://www.playvid.com/watch/8P4jFw_5BM3, http://www.playvid.com/watch/zUDlVSgH4We,
http://www.playvid.com/watch/hmZrOAOW8v2, http://www.playvid.com/watch/EBpvqlXo5s5, http://www.playvid.com/watch/uky3N2nHqbK,
http://www.playvid.com/watch/Woju7_NdYG5, http://www.playvid.com/watch/Mijs4Gb3OfT, http://www.playvid.com/watch/8cbk0YZzHMS,
http://www.playvid.com/watch/bNqDrs3WfyV, http://www.playvid.com/watch/qQRVkvvM2nl, http://www.playvid.com/watch/QnGF54etkbF,
http://www.playvid.com/watch/PP1eYwhG2My, http://www.playvid.com/watch/7tSkaMxX4Y9, http://www.playvid.com/watch/wk5nFtoAQka,
http://www.playvid.com/watch/Be3fvdoFSlX, http://www.playvid.com/watch/vMF7fCf4gPd, http://www.playvid.com/watch/ZRKKAB7Demi,
http://www.playvid.com/watch/dhUxI32tJh0, http://www.playvid.com/watch/yQyvXQ0ZIOS, http://www.playvid.com/watch/WSFvHxhEl5L,
http://www.playvid.com/watch/HoMsrV2x1h9, http://www.playvid.com/watch/zekM6tDa_Rv, http://www.playvid.com/watch/H7nAA1iLlvz,
http://www.playvid.com/watch/4eCuZ7fgBsP, http://www.playvid.com/watch/oroBZjh67aU, http://www.playvid.com/watch/g93eyY2MEOV,
http://www.playvid.com/watch/JCM8VNj0iop, http://www.playvid.com/watch/AStxWYB8WN7, http://www.playvid.com/watch/jyPpaubuYI8,
http://www.playvid.com/watch/vKdWzHc3359, http://www.playvid.com/watch/CqwpkhA8aAd, http://www.playvid.com/watch/hsSeU7rjRNw,
http://www.playvid.com/watch/NPlTu1ZmAlZ, http://www.playvid.com/watch/ky_LH-zkZT9, http://www.playvid.com/watch/qcfYmQ6rQH3,
http://www.playvid.com/watch/OwYP0qSrRf2, http://www.playvid.com/watch/nV_vvSR7TZx, http://www.playvid.com/watch/DeTn7naKFfc,
http://www.playvid.com/watch/9Np3aGBkqzy, http://www.playvid.com/watch/L_SpEyfg0fl, http://www.playvid.com/watch/3Mk6hzcvCeb,
http://www.playvid.com/watch/ucNZq6HZXCe, http://www.playvid.com/watch/MUGg-qdQUzR, http://www.playvid.com/watch/fHyQIHXFJJH,
http://www.playvid.com/watch/yE5XlTuAkrh, http://www.playvid.com/watch/zphRWnVueU8, http://www.playvid.com/watch/ZQ3cqxGX88e,
http://www.playvid.com/watch/pE1Yv984KVK, http://www.playvid.com/watch/ZqN8Z2QM7PF, http://www.playvid.com/watch/GQZU3VG6LS9,
http://www.playvid.com/watch/2of-nJKqK0v, http://www.playvid.com/watch/QC4INojeI82, http://www.playvid.com/watch/8C9zFq2N9UJ,
http://www.playvid.com/watch/HA2P8MBlOSM, http://www.playvid.com/watch/49UNDkBYsjo, http://www.playvid.com/watch/DjtJDvalU-W,
http://www.playvid.com/watch/eyIzeHPPuXJ, http://www.playvid.com/watch/HcUX1G8jhAQ, http://www.playvid.com/watch/DN0fbCwwHYf,
http://www.playvid.com/watch/eH4rJ_fZLJl, http://www.playvid.com/watch/FtqtCigwdCS, http://www.playvid.com/watch/yP0KRFe3DrB,
http://www.playvid.com/watch/UptDvX3vTG7, http://www.playvid.com/watch/ZhyoGuljTxZ, http://www.playvid.com/watch/UU2ATq-Q9Ht,
http://www.playvid.com/watch/KicensvQ-jN, http://www.playvid.com/watch/D2dl18sJeYF, http://www.playvid.com/watch/yrCwOKgKM9u,
http://www.playvid.com/watch/3BajBfyI-5N, http://www.playvid.com/watch/CQPFvFUonv7, http://www.playvid.com/watch/D-APIUMaTjS,
http://www.playvid.com/watch/EJhL6Su2aC3, http://www.playvid.com/watch/z5C86VQUspT, http://www.playvid.com/watch/7AzJAeQkyF0,
http://www.playvid.com/watch/br2ufz1WXNH, http://www.playvid.com/watch/D5-U0oz1o_m, http://www.playvid.com/watch/ZuCe1jEYdzV,
http://www.playvid.com/watch/ZkUm6W2X6H4, http://www.playvid.com/watch/kS3GfzoOs-N, http://www.playvid.com/watch/G050rc7UqqR,
http://www.playvid.com/watch/bjwxlJMIx1V, http://www.playvid.com/watch/5sJsbyxApOp, http://www.playvid.com/watch/Uk83uIhvcOd,
http://www.playvid.com/watch/Zvak18_Vgb3, http://www.playvid.com/watch/muogcI1Qcue, http://www.playvid.com/watch/YVAlxCa5FLI,
http://www.playvid.com/watch/eJqjSUgndpL, http://www.playvid.com/watch/NPN81MOkDjk, http://www.playvid.com/watch/2BbN28xn-f2,
http://www.playvid.com/watch/8Zeo9a4w3ui, http://www.playvid.com/watch/GvVFza9ltQc, http://www.playvid.com/watch/HZdU0EgNPXT,
http://www.playvid.com/watch/pd0Let3csmE, http://www.playvid.com/watch/71hlj4ogpnN, http://www.playvid.com/watch/V7yqSl1I1o2
5.f. Date of third notice: 2014-03-13

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dearbob
5.b. Uploader's email address: lilonioberto@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dearbob
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2t7-NA-9CUz, http://www.playvid.com/watch/MAXCyXD8QEe, http://www.playvid.com/watch/QWenqPFZmpD, http://www.playvid.com/watch/XBIe3QFVEKD, http://www.playvid.com/watch/0xQd7bJCiOX, http://www.playvid.com/watch/lIkAM3Asy9V, http://www.playvid.com/watch/Y7sMvikH32A, http://www.playvid.com/watch/m2AAp9Lk7-V, http://www.playvid.com/watch/xOh6yr8Fn7A, http://www.playvid.com/watch/SfNXquL0DyI, http://www.playvid.com/watch/mNwGdVjcKhu, http://www.playvid.com/watch/oS7yXk-dAu6, http://www.playvid.com/watch/BH-FhBQiUFl, http://www.playvid.com/watch/8pDZXH2NVjR, http://www.playvid.com/watch/XlCxaIZHyj7, http://www.playvid.com/watch/M465xUwaaLD, http://www.playvid.com/watch/lPh8R0-ltoH, http://www.playvid.com/watch/9-hr8FTkhZa, http://www.playvid.com/watch/B93DmtPbi9e, http://www.playvid.com/watch/0tpD834Zjbw, http://www.playvid.com/watch/Ro0jv57JxK0, http://www.playvid.com/watch/picf43saMNr, http://www.playvid.com/watch/uKq4w9MyPza, http://www.playvid.com/watch/Ua55mLAa0yB, http://www.playvid.com/watch/wcwlxhrvnBd, http://www.playvid.com/watch/LZLcz2Y-v-A, http://www.playvid.com/watch/4a06Fbvna2l, http://www.playvid.com/watch/UqscJajEPPP, http://www.playvid.com/watch/NLxfpuD0JXN, http://www.playvid.com/watch/kiVVdQeNJGE, http://www.playvid.com/watch/Qkfdrp-XGUS, http://www.playvid.com/watch/MHliQBamq-k, http://www.playvid.com/watch/gFF6629s0fQ, http://www.playvid.com/watch/ArxLRhTVsiQ, http://www.playvid.com/watch/rab2VYbz4FL, http://www.playvid.com/watch/tsgT2T4F8TU, http://www.playvid.com/watch/9BKgJ69LLXN, http://www.playvid.com/watch/d7RbHI8TEO-, http://www.playvid.com/watch/ZFk7foqMns4, http://www.playvid.com/watch/jl4lOtAyzVS, http://www.playvid.com/watch/X6zwBbBKKZL, http://www.playvid.com/watch/hmC9XeMYW2d, http://www.playvid.com/watch/icEO9i2D8ZW, http://www.playvid.com/watch/mutFfYIpPFJ, http://www.playvid.com/watch/N-YRf37lAF0, http://www.playvid.com/watch/uDhLlbjGwvA, http://www.playvid.com/watch/4CCZXH3MWvo, http://www.playvid.com/watch/itqPQPIUOvR, http://www.playvid.com/watch/DF6-YkGwI6l, http://www.playvid.com/watch/BhEacHrnrIE, http://www.playvid.com/watch/DvG0rn36vsE, http://www.playvid.com/watch/k4MtweTck0Z, http://www.playvid.com/watch/jrPuV8EZkbd, http://www.playvid.com/watch/LvKvXODuyYK, http://www.playvid.com/watch/-ssZqRxSpFu, http://www.playvid.com/watch/gsDC4P7lL5t, http://www.playvid.com/watch/IfM8-o8O4mw, http://www.playvid.com/watch/YKxBhPAkDK7, http://www.playvid.com/watch/gV0G7OcgHcE, http://www.playvid.com/watch/k-lFpyouhF4, http://www.playvid.com/watch/KOkZOEyVzFh, http://www.playvid.com/watch/ubZvQDjkqCS, http://www.playvid.com/watch/oAJdCQd-Dlc, http://www.playvid.com/watch/Ck0xZ8RDydu, http://www.playvid.com/watch/zgkPLTMYMXT, http://www.playvid.com/watch/JIRgKpiKzcR, http://www.playvid.com/watch/hvn9N-03u-x, http://www.playvid.com/watch/2pisqesMvFE, http://www.playvid.com/watch/4CNwyLarzL9, http://www.playvid.com/watch/wrtfjYRfbdV, http://www.playvid.com/watch/hJHOSdX868d, http://www.playvid.com/watch/Z2wfPXgFcsV, http://www.playvid.com/watch/kaKoA5kuwMk, http://www.playvid.com/watch/Mj5hNQrb4ZP, http://www.playvid.com/watch/lgEpH6tsyqK, http://www.playvid.com/watch/CWuVmdKlcuD, http://www.playvid.com/watch/pfNt4it8P-T, http://www.playvid.com/watch/hhtmYOk2ONX, http://www.playvid.com/watch/0fA7EphmICQ, http://www.playvid.com/watch/aMPxYXPzMz6, http://www.playvid.com/watch/n94XgQL8mZA, http://www.playvid.com/watch/09IhrExhnQ3, http://www.playvid.com/watch/wZ2TuILFqXc, http://www.playvid.com/watch/WMwh5R9zHbg, http://www.playvid.com/watch/PptD7RJ8nTa, http://www.playvid.com/watch/apC6WIomZtK, http://www.playvid.com/watch/mOaWopET4ER, http://www.playvid.com/watch/KAFsDUurEKE, http://www.playvid.com/watch/92m00q2o4sA, http://www.playvid.com/watch/kITvnMfSdbo, http://www.playvid.com/watch/DdYHPg-BE03, http://www.playvid.com/watch/-CJ9dTbUXZc, http://www.playvid.com/watch/gMDHP5X-y2-, http://www.playvid.com/watch/su-Le0phbzm, http://www.playvid.com/watch/aC6i2Dz7I7R, http://www.playvid.com/watch/gBQyzo37BBi, http://www.playvid.com/watch/F0vMeL0e88H, http://www.playvid.com/watch/aeLsORbWz0Q, http://www.playvid.com/watch/-N9I7-PXjEE, http://www.playvid.com/watch/VKHQf2h50Zv, http://www.playvid.com/watch/KMRvpamZAaH, http://www.playvid.com/watch/t4zPR5jBsj5, http://www.playvid.com/watch/A69bX0QGosd, http://www.playvid.com/watch/FvsTxSfp26P, http://www.playvid.com/watch/VZqO53ggWHE, http://www.playvid.com/watch/tCK0yH59Ejh, http://www.playvid.com/watch/4ZWgaxf3yzV, http://www.playvid.com/watch/xgHJHEbl-Vn, http://www.playvid.com/watch/08Ugc3od9w6, http://www.playvid.com/watch/Sj7ZdWzYr48, http://www.playvid.com/watch/VWVROoEOHI9, http://www.playvid.com/watch/f-Ot6OG0VQO, http://www.playvid.com/watch/7t650Tc8ckA, http://www.playvid.com/watch/QWBlXOdSQkN, http://www.playvid.com/watch/Xez7E0BBOSH, http://www.playvid.com/watch/VBAZL2LMHqd, http://www.playvid.com/watch/pivinkbzVJU, http://www.playvid.com/watch/CFDQ8sYouca, http://www.playvid.com/watch/aFi65DrQ9AY, http://www.playvid.com/watch/5TU36ItfklJ, http://www.playvid.com/watch/Z-0J72fRkeW, http://www.playvid.com/watch/THxVUO7rwdk, http://www.playvid.com/watch/M2EFKNo83k8, http://www.playvid.com/watch/wcUopvMlah9, http://www.playvid.com/watch/JEitspYLAHH, http://www.playvid.com/watch/qT4XxIRSVFx, http://www.playvid.com/watch/CtMXCqJno5h, http://www.playvid.com/watch/Dq3vu-ra9oj, http://www.playvid.com/watch/87tXGcGR0XG, http://www.playvid.com/watch/MZyUGI4pjNa, http://www.playvid.com/watch/0SF9aVacnaG, http://www.playvid.com/watch/mWpaVEkxndJ, http://www.playvid.com/watch/pQBQIGL9g4S, http://www.playvid.com/watch/9uXHCy39Ikq, http://www.playvid.com/watch/htDW7nu3s0L, http://www.playvid.com/watch/YuGxtw3SN3q, http://www.playvid.com/watch/UKFyMFpma6L, http://www.playvid.com/watch/n-nzKCFygrT, http://www.playvid.com/watch/UvjbdlSGXyL, http://www.playvid.com/watch/wnUhfhDqe2Y, http://www.playvid.com/watch/XWDsKdUSiai, http://www.playvid.com/watch/Tf4mM0ulWaI, http://www.playvid.com/watch/hmVeT4ejubC, http://www.playvid.com/watch/W5QegKjvCz8, http://www.playvid.com/watch/5nMA8uxCbHr, http://www.playvid.com/watch/9X22AcqMSUU, http://www.playvid.com/watch/LOnverG7HPi, http://www.playvid.com/watch/c6rfk8V9JRs, http://www.playvid.com/watch/PzfLmzXNrB8, http://www.playvid.com/watch/05T7ZDUnTT9, http://www.playvid.com/watch/pP0evJ63soH, http://www.playvid.com/watch/msqmwzNItgv, http://www.playvid.com/watch/yxq5dmtFeM6, http://www.playvid.com/watch/ec7XSWJfdVs, http://www.playvid.com/watch/PUhaHFhIfoO, http://www.playvid.com/watch/-0Zky-pGhhV, http://www.playvid.com/watch/P2-kxoF8WJW, http://www.playvid.com/watch/bjrLdVkExL6, http://www.playvid.com/watch/q3ekFqZ4CPI, http://www.playvid.com/watch/WPjM6gMe5Qg, http://www.playvid.com/watch/u4Quijtcnbb, http://www.playvid.com/watch/-8Od9Z4M36U, http://www.playvid.com/watch/drYdzwD6Xag, http://www.playvid.com/watch/lmWhme5UHwY, http://www.playvid.com/watch/xOZEFTfNdCw, http://www.playvid.com/watch/9kqdPKFzNB8, http://www.playvid.com/watch/LysFKm3G4FE, http://www.playvid.com/watch/ZBTaKgSLiiY, http://www.playvid.com/watch/Zf8BjBAMPpR, http://www.playvid.com/watch/IMpAdwsKNdl, http://www.playvid.com/watch/2YJMjgJmaG8, http://www.playvid.com/watch/ZKEZ3sxb26X, http://www.playvid.com/watch/DaojyzTRF96, http://www.playvid.com/watch/w45KUC7iebP, http://www.playvid.com/watch/4C2gsbLg5Xj, http://www.playvid.com/watch/Q6ON0rUZaI6, http://www.playvid.com/watch/-E-sqh-QtaF, http://www.playvid.com/watch/fHXZFeG4Ufw, http://www.playvid.com/watch/uzVuNDVqtAf, http://www.playvid.com/watch/qqdwrisgEYF, http://www.playvid.com/watch/ewNzEQkbSP6, http://www.playvid.com/watch/Ye6mEiFZvYp, http://www.playvid.com/watch/eVCy3P6uNnk, http://www.playvid.com/watch/725rR7OGYL4, http://www.playvid.com/watch/MOzXIrf5o2z, http://www.playvid.com/watch/yAVRpPaeWIP, http://www.playvid.com/watch/SSiHN8pj2dp, http://www.playvid.com/watch/6u9FJYRK4er, http://www.playvid.com/watch/QQa6B-oxAIB, http://www.playvid.com/watch/UKIfbLtkuYo, http://www.playvid.com/watch/eK5wVIOu6NS, http://www.playvid.com/watch/vWGvdoX4Ksj, http://www.playvid.com/watch/KVEWrnZVDgA, http://www.playvid.com/watch/ftTqZePdcy2, http://www.playvid.com/watch/08DnAPvdg62, http://www.playvid.com/watch/AujFH9XHuBX, http://www.playvid.com/watch/VgUj3ARxJED, http://www.playvid.com/watch/rRwQBs3d6AP, http://www.playvid.com/watch/vGtPF8f8RD5, http://www.playvid.com/watch/3SFT6i7-U2R, http://www.playvid.com/watch/vdrBHbNMLsm, http://www.playvid.com/watch/vhDaeg0UeLY, http://www.playvid.com/watch/VI8eDCpQ20q, http://www.playvid.com/watch/gtW7GnzGpLy, http://www.playvid.com/watch/wXXA5k3S666, http://www.playvid.com/watch/67chXDuyX7t, http://www.playvid.com/watch/26aCJ0d8kDY, http://www.playvid.com/watch/AkhR5JfYLnV, http://www.playvid.com/watch/zVB8MdcHNFX, http://www.playvid.com/watch/NAzzopVG3R9, http://www.playvid.com/watch/hXqdjsboOVS, http://www.playvid.com/watch/Vhid-8A7-Nc, http://www.playvid.com/watch/OV3ROfXcJWV, http://www.playvid.com/watch/u5E8mhobrLl, http://www.playvid.com/watch/gJGF6uFVJqO, http://www.playvid.com/watch/jOiYvSHgu2S, http://www.playvid.com/watch/pDCDHzsks-a, http://www.playvid.com/watch/hJRiofBG8Ka, http://www.playvid.com/watch/qZ7wscwQRtD, http://www.playvid.com/watch/75edtlfc8Ca, http://www.playvid.com/watch/xYbYqwTCyoD, http://www.playvid.com/watch/hbu05Pv8ms-, http://www.playvid.com/watch/JGC-xLYpZdQ, http://www.playvid.com/watch/EV296H8g2iB, http://www.playvid.com/watch/XccqEGFhmlo, http://www.playvid.com/watch/JqtJCoyG8ES, http://www.playvid.com/watch/B2JO4XvcyPE, http://www.playvid.com/watch/Kz4pwpmyTBQ, http://www.playvid.com/watch/m4uNPzLgTtb, http://www.playvid.com/watch/BtQV3LUhXFv, http://www.playvid.com/watch/4Iu8XzsEqtW, http://www.playvid.com/watch/RPb7JpuAlfB, http://www.playvid.com/watch/7-TkFIkY5Dc, http://www.playvid.com/watch/Qoy-wnwEeyk, http://www.playvid.com/watch/YbrKkF3AumN, http://www.playvid.com/watch/MhX65D8YCvf, http://www.playvid.com/watch/l3C-TtYLian, http://www.playvid.com/watch/9BcBm678e4m, http://www.playvid.com/watch/S4U-ePnn2Vb, http://www.playvid.com/watch/2Q4oMQ2LyF0, http://www.playvid.com/watch/9SYLocMgfvD, http://www.playvid.com/watch/37IskZFUjnp, http://www.playvid.com/watch/6Z3PM7UWd6C, http://www.playvid.com/watch/dOA0-M2vb4l, http://www.playvid.com/watch/JTYqisAcgdY, http://www.playvid.com/watch/SFqK4wdHGjv, http://www.playvid.com/watch/0mhJpO54kgZ, http://www.playvid.com/watch/55gohuK22bF, http://www.playvid.com/watch/zv7RzeEMgqH, http://www.playvid.com/watch/vfEgf4DTDzC, http://www.playvid.com/watch/FsrLhlfoSF2, http://www.playvid.com/watch/Ndw5x55UP2E, http://www.playvid.com/watch/hcvggWwiESX, http://www.playvid.com/watch/a4jWvtofLHG, http://www.playvid.com/watch/2HUWWVcSxmp, http://www.playvid.com/watch/hWhutFrlsOJ, http://www.playvid.com/watch/q04fhJaIiMp, http://www.playvid.com/watch/n3ZqTFJ9PVU
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: deeptrip

5.b. Uploader's email address: andreasfirman@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/deeptrip
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HbnamoLXvzX, http://www.playvid.com/watch/rp5DMEY-bGX, http://www.playvid.com/watch/Umhtn3a3Pag, http://www.playvid.com/watch/Wpxay9-w4PU, http://www.playvid.com/watch/iTbAcmhb5MC, http://www.playvid.com/watch/hUufOxnvZNG, http://www.playvid.com/watch/uagHEhAsZ-6, http://www.playvid.com/watch/vFmm9QZW4wm, http://www.playvid.com/watch/OXXAFoG7WPf, http://www.playvid.com/watch/5rd-6cIZSOk, http://www.playvid.com/watch/xYobL6OqPBN, http://www.playvid.com/watch/BMn5-zmLVZU, http://www.playvid.com/watch/mLz-2GAxvPJ, http://www.playvid.com/watch/xlsvmlwcnLq, http://www.playvid.com/watch/jeZI3XE0Hc7, http://www.playvid.com/watch/ef-GRlXjV7D, http://www.playvid.com/watch/Yp6TlYLD5cm, http://www.playvid.com/watch/xeOp2ZXz6rY, http://www.playvid.com/watch/2C3yp64ELTw, http://www.playvid.com/watch/g34f3Att2oT, http://www.playvid.com/watch/OW7xybqo0A9, http://www.playvid.com/watch/pxYGMc5Bw0L, http://www.playvid.com/watch/SgPRs6Fvmf0, http://www.playvid.com/watch/0c2d6BmS5Mp, http://www.playvid.com/watch/j5QEIFHwgp2, http://www.playvid.com/watch/j6RsbAMRagM, http://www.playvid.com/watch/VHZuVU2l2UX, http://www.playvid.com/watch/edJJVFb6txN, http://www.playvid.com/watch/oiDJv8Az7-o, http://www.playvid.com/watch/-y5Lqs2Zvim, http://www.playvid.com/watch/iyBAdx3tSR7, http://www.playvid.com/watch/ARNRxLYgREX, http://www.playvid.com/watch/hotQzaUQDpY, http://www.playvid.com/watch/4PsSqUFSH-J, http://www.playvid.com/watch/7sAiAtej8F7, http://www.playvid.com/watch/wGgd4CYjqzI, http://www.playvid.com/watch/muWzTVPpaPr, http://www.playvid.com/watch/8cSOyQEeewQ, http://www.playvid.com/watch/kbxrGegUjb4, http://www.playvid.com/watch/Ur0Gf83LJJO, http://www.playvid.com/watch/urcjJw76dzf, http://www.playvid.com/watch/8fcboTcrR04, http://www.playvid.com/watch/ZqHxvDWHB6s, http://www.playvid.com/watch/CT2v0Bgmx3V, http://www.playvid.com/watch/LIC50pvlxic, http://www.playvid.com/watch/7qEurDmuIRe, http://www.playvid.com/watch/KNFHLavQYM0, http://www.playvid.com/watch/XBvZZssjn7g, http://www.playvid.com/watch/UzLjRf4JeNh, http://www.playvid.com/watch/vrvr6NGLo-2, http://www.playvid.com/watch/uO39e79OwFe, http://www.playvid.com/watch/FFaBFZ7nxcE, http://www.playvid.com/watch/9tPe0wgrePn, http://www.playvid.com/watch/vNThcnLhkJq, http://www.playvid.com/watch/8UDXHoSiyne, http://www.playvid.com/watch/lwV2HvxVQ-9, http://www.playvid.com/watch/siNpfvWUoYf, http://www.playvid.com/watch/8ezJe9on02O, http://www.playvid.com/watch/jQsi-aySrq6, http://www.playvid.com/watch/SDFjn-zb2AS, http://www.playvid.com/watch/a5pCKeB4y7o, http://www.playvid.com/watch/p0c9uk2Kikd, http://www.playvid.com/watch/wockkJxvTvP, http://www.playvid.com/watch/-8zxwGfCp26, http://www.playvid.com/watch/Uxf8DNUfxcc, http://www.playvid.com/watch/NB3-sH82zYp, http://www.playvid.com/watch/RvIqGpbsbWF, http://www.playvid.com/watch/wZJ378rj0Nz, http://www.playvid.com/watch/pZFWWzRLy8e, http://www.playvid.com/watch/HLNom4-3poB, http://www.playvid.com/watch/RzopwtRbZSi, http://www.playvid.com/watch/IHKxQNmKQEc, http://www.playvid.com/watch/Yb9jAT7xvP9, http://www.playvid.com/watch/Ig5lJO72IAY, http://www.playvid.com/watch/TRqAGL6GELH, http://www.playvid.com/watch/nWkyCybSu3M, http://www.playvid.com/watch/t2yzhBbe0up, http://www.playvid.com/watch/tSXsJiDPwlG, http://www.playvid.com/watch/P7RDhwHF7sw, http://www.playvid.com/watch/ffd3DkmG0LG, http://www.playvid.com/watch/crZ4XWZN9nC, http://www.playvid.com/watch/dY29kLWNBfR, http://www.playvid.com/watch/ANV3kD8alew, http://www.playvid.com/watch/9PLrThAklI3, http://www.playvid.com/watch/as8TosUmnf2, http://www.playvid.com/watch/grODsclQZMk, http://www.playvid.com/watch/ztw0zwY0SJy, http://www.playvid.com/watch/RiGqcvXNu-6, http://www.playvid.com/watch/vLXUVUOKZVw, http://www.playvid.com/watch/EV9ruYoJEVx, http://www.playvid.com/watch/0w7O9fROnPq, http://www.playvid.com/watch/-R-8UK3HeRb, http://www.playvid.com/watch/oTFXddY9efb, http://www.playvid.com/watch/9zvnD5PUdG3, http://www.playvid.com/watch/HD0jDvqBSVE, http://www.playvid.com/watch/e6DUzutImtl, http://www.playvid.com/watch/kojcbufEJjv, http://www.playvid.com/watch/A5y6qBInhTH, http://www.playvid.com/watch/UWZsSxjwGnl, http://www.playvid.com/watch/7MfKXkbMXhu, http://www.playvid.com/watch/RCWskjeT-VX, http://www.playvid.com/watch/Q95NzB7I2mq, http://www.playvid.com/watch/WPliU5hftVm, http://www.playvid.com/watch/iozVdU99SRs, http://www.playvid.com/watch/amG6YKgriqg, http://www.playvid.com/watch/eQMqtwVbyjE, http://www.playvid.com/watch/VYZxtnUWe8H, http://www.playvid.com/watch/OBd3sTb0KVo, http://www.playvid.com/watch/iJ4VFjqjYkj, http://www.playvid.com/watch/wqlfWVBbxyf, http://www.playvid.com/watch/vL9tqtp-GQD, http://www.playvid.com/watch/boCU3bBA9Nq, http://www.playvid.com/watch/DvyATOZi4xp, http://www.playvid.com/watch/BsgkHVAS0zD, http://www.playvid.com/watch/CLp5-vBk6rF, http://www.playvid.com/watch/LktH6MlRTtc, http://www.playvid.com/watch/weVety5ueNG, http://www.playvid.com/watch/vDML3rOiYzP, http://www.playvid.com/watch/v-QXGxMWpOa, http://www.playvid.com/watch/VLTXrnV5-uy, http://www.playvid.com/watch/vWGvwm9y2mJ, http://www.playvid.com/watch/D9PLQ-JLMN6, http://www.playvid.com/watch/vKoMzy3SrMx, http://www.playvid.com/watch/0mEjJpl9yQk, http://www.playvid.com/watch/LKnO8mSNz-E, http://www.playvid.com/watch/SplK4I8Wa75, http://www.playvid.com/watch/5JOtYdDdSxW, http://www.playvid.com/watch/O9efVgHa5L4, http://www.playvid.com/watch/soIhjVbcvgf, http://www.playvid.com/watch/4BxKzuaxD8q, http://www.playvid.com/watch/HLApdBeaWwf, http://www.playvid.com/watch/5A9gpQjURn0, http://www.playvid.com/watch/Jp55FDyFqzJ, http://www.playvid.com/watch/qOjNGizZAkh, http://www.playvid.com/watch/CrvCsRYRod5, http://www.playvid.com/watch/JRjJDGOdqbP, http://www.playvid.com/watch/P-PWu4flKVH, http://www.playvid.com/watch/UgJ5tW3WTKI, http://www.playvid.com/watch/JAiBoWrXDGE, http://www.playvid.com/watch/EHwMMnHqCES, http://www.playvid.com/watch/z053vHQw5bL
5.f. Date of third notice: 2014-01-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: deniska
5.b. Uploader's email address: dendenisich@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/deniska
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rMnTebNbyeC, http://www.playvid.com/watch/ByYA4skq6Be, http://www.playvid.com/watch/7i2nt5Mc0VJ, http://www.playvid.com/watch/G0Fyp0u3fzW, http://www.playvid.com/watch/CfWvLajRzMV, http://www.playvid.com/watch/QpMY82Xps-Q, http://www.playvid.com/watch/QzqLCnFXqRH, http://www.playvid.com/watch/5jjhqBrgFQZ, http://www.playvid.com/watch/F6buUQA7Zkw, http://www.playvid.com/watch/6g7DRpl-Q9f, http://www.playvid.com/watch/wPRLBVabOht, http://www.playvid.com/watch/VXWy-MhXDyi, http://www.playvid.com/watch/-VxIiuGv76k, http://www.playvid.com/watch/quSH7RoZSJI, http://www.playvid.com/watch/jKRhmNA9nfW, http://www.playvid.com/watch/BIy23O6plTj, http://www.playvid.com/watch/XyCFJPRxIxz, http://www.playvid.com/watch/uudGabj0ObG, http://www.playvid.com/watch/A7rpKu5Yrb7, http://www.playvid.com/watch/xM4DAMsfGZo, http://www.playvid.com/watch/5cBLY8wSZ9j, http://www.playvid.com/watch/VG2o9T2jFjg, http://www.playvid.com/watch/N4ed8W8xc3E, http://www.playvid.com/watch/BKrGRJhUabw, http://www.playvid.com/watch/4Le3M3gFGMI, http://www.playvid.com/watch/X2sMHPtiBg2, http://www.playvid.com/watch/HCxzj9Rfxx4, http://www.playvid.com/watch/ACyYbmqezhv, http://www.playvid.com/watch/zbGyoWEMUPn, http://www.playvid.com/watch/LyUqGYX7Wk7, http://www.playvid.com/watch/BjgQUZ0MRan, http://www.playvid.com/watch/8PYrqRP2q48, http://www.playvid.com/watch/TwzFe67TASY, http://www.playvid.com/watch/cynwldg5Nc-, http://www.playvid.com/watch/CTBF6xVNTRT, http://www.playvid.com/watch/PbahARSHMFh, http://www.playvid.com/watch/a8Y8i9weH5X, http://www.playvid.com/watch/s3fUJDtzWyf, http://www.playvid.com/watch/fxqhQZpwJGS, http://www.playvid.com/watch/JoTNx8m4BP6, http://www.playvid.com/watch/bSV4qt-HNNQ, http://www.playvid.com/watch/9DHc9RujWPI, http://www.playvid.com/watch/AL3h7Y7vGgg, http://www.playvid.com/watch/0zXnz-AcvHn, http://www.playvid.com/watch/9HmJNiEaRNP, http://www.playvid.com/watch/POpfvPaMoLU, http://www.playvid.com/watch/djYqcgXtNgR, http://www.playvid.com/watch/QEu9azVoDdd, http://www.playvid.com/watch/YE6qCJEG2M9, http://www.playvid.com/watch/sCdIp7Ogy4K, http://www.playvid.com/watch/oCoOrFZ8rpu, http://www.playvid.com/watch/RD8xZQt7fjH, http://www.playvid.com/watch/8-WzKPNVan-, http://www.playvid.com/watch/mC3PMccZDa4, http://www.playvid.com/watch/MCqqAuEtFHr, http://www.playvid.com/watch/24Q5wnYMbIZ, http://www.playvid.com/watch/BkcGOIjLaSM, http://www.playvid.com/watch/wd-i0zGrLjO, http://www.playvid.com/watch/KIpkZvosGRv, http://www.playvid.com/watch/SapOSUWJ73M, http://www.playvid.com/watch/I7k9KgzIk0b, http://www.playvid.com/watch/FNYlopN8iTt, http://www.playvid.com/watch/QNKySNxphDA, http://www.playvid.com/watch/BORdZtO-OtC, http://www.playvid.com/watch/xSiqIZX2zQb, http://www.playvid.com/watch/lXKUygD7ncA, http://www.playvid.com/watch/gW0eHdg2Y0F, http://www.playvid.com/watch/ZgOeXU7-89s, http://www.playvid.com/watch/jlrDayuH44R, http://www.playvid.com/watch/4Lyco5dND0F, http://www.playvid.com/watch/joojrD0srLZ, http://www.playvid.com/watch/RcEP0fJBXVX, http://www.playvid.com/watch/9Jl2WQLbPUW, http://www.playvid.com/watch/NQqydVWNNN3, http://www.playvid.com/watch/4Fg53i636RW, http://www.playvid.com/watch/bTdvKZtNIQL, http://www.playvid.com/watch/W2UaTDJZbr-, http://www.playvid.com/watch/5aMWfTqSBr8, http://www.playvid.com/watch/5nDHyJAbcip, http://www.playvid.com/watch/FsKbsaapKAm, http://www.playvid.com/watch/2tGajIJ38PM, http://www.playvid.com/watch/TVEt2rnWgSS, http://www.playvid.com/watch/FSxxD-V7Ljr, http://www.playvid.com/watch/itmPpUxTRcW, http://www.playvid.com/watch/iR4ZBAUxxre, http://www.playvid.com/watch/oLvWhfM4ml5, http://www.playvid.com/watch/Rxbr5Td5Mnb, http://www.playvid.com/watch/XrsTgzWp3bz, http://www.playvid.com/watch/gydeg03ijqK, http://www.playvid.com/watch/C8gEfJaQG5j, http://www.playvid.com/watch/iAxTfnJAAC3, http://www.playvid.com/watch/pw0yXvM4uWl
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: deniSSka
5.b. Uploader's email address: joymangoo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/deniSSka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tm4EyDndoA4, http://www.playvid.com/watch/ttve93PTskQ, http://www.playvid.com/watch/S0edykLiUeN, http://www.playvid.com/watch/fPLX0HNEV80, http://www.playvid.com/watch/LRpg0CaVuwu, http://www.playvid.com/watch/FTP-lWo0qKW, http://www.playvid.com/watch/MYfl81YQ7KQ, http://www.playvid.com/watch/iVY8lpivzh1,

http://www.playvid.com/watch/JvWM7MAQwOC, http://www.playvid.com/watch/JSygq6OJTY7, http://www.playvid.com/watch/VHcpNmh8UJM,
http://www.playvid.com/watch/iDfKVUhwTms, http://www.playvid.com/watch/zanPGlmPlUz, http://www.playvid.com/watch/LBzJHiOQJNT,
http://www.playvid.com/watch/owok2j8T9fl, http://www.playvid.com/watch/rgLdfCrk8tL, http://www.playvid.com/watch/aaFJIJlwd-7,
http://www.playvid.com/watch/aB-7jbsguAe, http://www.playvid.com/watch/u0xdcjTX2Sr, http://www.playvid.com/watch/JUb0RpY1Hr9,
http://www.playvid.com/watch/jTimwTiDyrC, http://www.playvid.com/watch/OqlP8zA2k6s, http://www.playvid.com/watch/mr0Omt7zgu5,
http://www.playvid.com/watch/a8SIOhzWH5k, http://www.playvid.com/watch/3YEMSRObRai, http://www.playvid.com/watch/0ELf8sGMX4d,
http://www.playvid.com/watch/Qnrwh8DbJ1r, http://www.playvid.com/watch/glW8ZfkAv7-, http://www.playvid.com/watch/ninMxgSDyGo,
http://www.playvid.com/watch/to5bNfl7gAB, http://www.playvid.com/watch/zzEKeU9afq7, http://www.playvid.com/watch/5w6ESq2AwGs,
http://www.playvid.com/watch/8hB26ZaD2ID, http://www.playvid.com/watch/atfzRKJKd9i, http://www.playvid.com/watch/9WueeiacZ3w,
http://www.playvid.com/watch/vNMNN6AXeAN, http://www.playvid.com/watch/E0pLCm9Ng67, http://www.playvid.com/watch/JayBJ8Q4zYD,
http://www.playvid.com/watch/AupG9DSlkOb, http://www.playvid.com/watch/JvsEcfPNCeS, http://www.playvid.com/watch/VObPRA2TDSQ,
http://www.playvid.com/watch/cerPRwIWvEh, http://www.playvid.com/watch/m-PA5rNvPx0, http://www.playvid.com/watch/xXRIpJIBsWW,
http://www.playvid.com/watch/KwYs1wVT3Rb, http://www.playvid.com/watch/gJaGQDdqKi6, http://www.playvid.com/watch/46bT0DdgoY6,
http://www.playvid.com/watch/DaXJB4A0Qmw, http://www.playvid.com/watch/ZHNhSWsDIo9, http://www.playvid.com/watch/CdQ63mtRrf6,
http://www.playvid.com/watch/WXxX8nkqtZ9, http://www.playvid.com/watch/2VVB-5Jmuc0, http://www.playvid.com/watch/VJFceYhE04E,
http://www.playvid.com/watch/OC41B3CPrF3, http://www.playvid.com/watch/8hzrzzZscIk, http://www.playvid.com/watch/QYy9lWr1WaA,
http://www.playvid.com/watch/PDB-vCHDwrN, http://www.playvid.com/watch/tQ2YWF5aaTv, http://www.playvid.com/watch/HVkXziyvu9M,
http://www.playvid.com/watch/awhF0Vm0Nrl, http://www.playvid.com/watch/ylQOM0GUi5o, http://www.playvid.com/watch/Da9Cce9vm1q,
http://www.playvid.com/watch/M6K8rUXdB0n, http://www.playvid.com/watch/BfB1O1ccz9U, http://www.playvid.com/watch/sVhdUNWyU64,
http://www.playvid.com/watch/KHUn2XfVlXR, http://www.playvid.com/watch/4yzxVJcAfnW, http://www.playvid.com/watch/uNrsborDs4B,
http://www.playvid.com/watch/aSO93j-iIsJ, http://www.playvid.com/watch/MsixxtIkabj, http://www.playvid.com/watch/b3JkynoqPKr,
http://www.playvid.com/watch/7LYPX8tYIpF, http://www.playvid.com/watch/knYuxzNQYuS, http://www.playvid.com/watch/BMztLzUuJhW,
http://www.playvid.com/watch/EqPhllasuHj, http://www.playvid.com/watch/tABSn8-4aKm, http://www.playvid.com/watch/2ovanKs7DRS,
http://www.playvid.com/watch/zHhHSBQMier, http://www.playvid.com/watch/idZC1UDW6lm, http://www.playvid.com/watch/MRxPJgJytLz,
http://www.playvid.com/watch/CZUgfUg27N5, http://www.playvid.com/watch/aSs9R7EpVcb, http://www.playvid.com/watch/GBZt6JRT25D,
http://www.playvid.com/watch/TljKsFX8p5T, http://www.playvid.com/watch/B5AiMBSzeFv, http://www.playvid.com/watch/rc1xVeqXJGN,
http://www.playvid.com/watch/chunFk-NUPY, http://www.playvid.com/watch/DnHRSvHrFZh, http://www.playvid.com/watch/k9033lna447,
http://www.playvid.com/watch/ae-q-jWHjUz, http://www.playvid.com/watch/6nu1egWM5i3, http://www.playvid.com/watch/2ftcLrN2lj6,
http://www.playvid.com/watch/g4TWGnnCDhZ, http://www.playvid.com/watch/UtT2iALjVIa, http://www.playvid.com/watch/3kzYmDtdZuP,
http://www.playvid.com/watch/tKl1AUt-8-d, http://www.playvid.com/watch/GR769gpDh0Y, http://www.playvid.com/watch/YpW7d1a1DtZ,
http://www.playvid.com/watch/OGMY0v9IxWZ, http://www.playvid.com/watch/D4ovtNRfYCU, http://www.playvid.com/watch/UPzcsmnO9WO,
http://www.playvid.com/watch/cqcikPhHcBj, http://www.playvid.com/watch/8dEHUblkumA, http://www.playvid.com/watch/OBuKNHop4hB,
http://www.playvid.com/watch/TBJFqaBInip, http://www.playvid.com/watch/dAmFJAxu5Rf, http://www.playvid.com/watch/zKN4KFsK5zB,
http://www.playvid.com/watch/l05ZoKBkhlH, http://www.playvid.com/watch/H-6o1aUN85g, http://www.playvid.com/watch/maQLLlkWdIT,
http://www.playvid.com/watch/DE7yMxGmEC4, http://www.playvid.com/watch/46mv41wnoZK, http://www.playvid.com/watch/8CW0IQu6bDh,
http://www.playvid.com/watch/TCfIJROAsOH, http://www.playvid.com/watch/XYy0k3TCRK5, http://www.playvid.com/watch/TF2YKkBw9LR,
http://www.playvid.com/watch/7Gy74dLiifv, http://www.playvid.com/watch/-nWZHBaSMFm, http://www.playvid.com/watch/PNlXIYnZpam,
http://www.playvid.com/watch/Qhb3jZWWRIR, http://www.playvid.com/watch/Ht8j7OqWmhK, http://www.playvid.com/watch/4iGe5JNN3vS,
http://www.playvid.com/watch/x7idX9afe6C, http://www.playvid.com/watch/u3o2AQi-YVl, http://www.playvid.com/watch/BQodB0iju4y,
http://www.playvid.com/watch/MdvU19ZOKKy, http://www.playvid.com/watch/pzf6ntJOwZl, http://www.playvid.com/watch/voxDdkq521I,
http://www.playvid.com/watch/yDJuepdDXHt, http://www.playvid.com/watch/iJsjOq9um4i, http://www.playvid.com/watch/AqzXS1N7GVy,
http://www.playvid.com/watch/YAzpLHBhjtL, http://www.playvid.com/watch/Kg3Zc-a7ywD, http://www.playvid.com/watch/gp7QUoHUcf7,
http://www.playvid.com/watch/0pikY3csXmN, http://www.playvid.com/watch/LOKoM6RL7KR, http://www.playvid.com/watch/Ec7RrN4gq52,
http://www.playvid.com/watch/w-BQ3zl2BDA, http://www.playvid.com/watch/RSl-wZOW8au, http://www.playvid.com/watch/CvoYIbSejMv,
http://www.playvid.com/watch/jVRn2Uv6oDx, http://www.playvid.com/watch/nordOLbCr0J, http://www.playvid.com/watch/h8hlNKxZdVH,
http://www.playvid.com/watch/MNnnWwth6mK, http://www.playvid.com/watch/ZoyRaN9Y5Op, http://www.playvid.com/watch/bS8vwf3VAHf,
http://www.playvid.com/watch/MT2U-ZvLn-N, http://www.playvid.com/watch/TiaSRGKJUAc, http://www.playvid.com/watch/vzhL9-kPfDy,
http://www.playvid.com/watch/9pkmFXT2Ei7, http://www.playvid.com/watch/8GshCxnCfRi, http://www.playvid.com/watch/Qp_GGd-aiBg,
http://www.playvid.com/watch/BtbkVXE5Jxo, http://www.playvid.com/watch/GLiGpDINPOx
5.f. Date of third notice: 2014-03-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dewars
5.b. Uploader's email address: renakiloonik@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/dewars
5.e. List of videos posted by uploader: http://www.playvid.com/watch/i8NoMzbQFg4, http://www.playvid.com/watch/Lm4-VZeRH07,
http://www.playvid.com/watch/OzOooydXPqu, http://www.playvid.com/watch/bYJuzfUT48H, http://www.playvid.com/watch/Crw9dTEJAux,
http://www.playvid.com/watch/PTxkjnDY-wz, http://www.playvid.com/watch/Lb7y3IRTias, http://www.playvid.com/watch/857Br8ZI2Lr,
http://www.playvid.com/watch/CZiqPPp3acK, http://www.playvid.com/watch/P4NCYRJp6Fp, http://www.playvid.com/watch/-lUtS4yy5Af,
http://www.playvid.com/watch/nK9s9mZfOOR, http://www.playvid.com/watch/G4smrdGxikP, http://www.playvid.com/watch/owrWr8Z6b6Z,
http://www.playvid.com/watch/db49nN023wg, http://www.playvid.com/watch/vOiabjiHAQh, http://www.playvid.com/watch/r8B7z-r0Geo,
http://www.playvid.com/watch/6nu0TzqPcVY, http://www.playvid.com/watch/JdnAbT0IxPz, http://www.playvid.com/watch/D-GYry2Y3-f,
http://www.playvid.com/watch/GvNPXfnYjQJ, http://www.playvid.com/watch/3Sm8Qc6ageD, http://www.playvid.com/watch/8XHhWTYeaWT,
http://www.playvid.com/watch/At073gLUZg0, http://www.playvid.com/watch/IlScuOQHfzk, http://www.playvid.com/watch/4k7SaVQYt5V,
http://www.playvid.com/watch/rcYGKQxzG-o, http://www.playvid.com/watch/wDndiD4d8Sw, http://www.playvid.com/watch/dVsUZq6hO2-,
http://www.playvid.com/watch/XyUyL2dWgmr, http://www.playvid.com/watch/fLPKpAlW9WK, http://www.playvid.com/watch/2ChQ4RIuALd,
http://www.playvid.com/watch/2fgvpRfcdZy, http://www.playvid.com/watch/KmnnhDDQ2qc, http://www.playvid.com/watch/cxiIvLtIp-i,
http://www.playvid.com/watch/gwicdme2X82, http://www.playvid.com/watch/aDg7YANfU3B, http://www.playvid.com/watch/eMQbeDXFpM2,
http://www.playvid.com/watch/3Qt2FIDfZgx, http://www.playvid.com/watch/jLYsZPlhVd9, http://www.playvid.com/watch/cq8MLDHbUHk,
http://www.playvid.com/watch/ACKwem5DgzP, http://www.playvid.com/watch/3Fjgy99EogA, http://www.playvid.com/watch/jldeuwAzxUV,
http://www.playvid.com/watch/zSNqVkllvwp, http://www.playvid.com/watch/wghcE2AAeQk, http://www.playvid.com/watch/p8FtQUW7HSM,
http://www.playvid.com/watch/qZgTQN3qHMo, http://www.playvid.com/watch/IWaEsnc4uPE, http://www.playvid.com/watch/wb25a6mjV2R,
http://www.playvid.com/watch/PmqbS0zUTSi, http://www.playvid.com/watch/pm796vBTS85, http://www.playvid.com/watch/m5SID8wlV-f,
http://www.playvid.com/watch/zxnb89tYaef, http://www.playvid.com/watch/GX8tjxNA7mN, http://www.playvid.com/watch/TM5OjUG4E9x,
http://www.playvid.com/watch/v50uUwtqOlZ, http://www.playvid.com/watch/XZuq4MjbdIY, http://www.playvid.com/watch/BRAGEbF-cAO,
http://www.playvid.com/watch/ymgO4avjgMC, http://www.playvid.com/watch/YCnVbP6Plzi, http://www.playvid.com/watch/b8dVTzOArrh,
http://www.playvid.com/watch/x8kxhWsJcLZ, http://www.playvid.com/watch/RivkyqOnbiZ, http://www.playvid.com/watch/w0FsqHqo2pc,
http://www.playvid.com/watch/WJICNGZfEHN, http://www.playvid.com/watch/ConMx8swdVz, http://www.playvid.com/watch/7nsre5plYFg,
http://www.playvid.com/watch/aBLE9N4SevF, http://www.playvid.com/watch/P5MWnr9JMup, http://www.playvid.com/watch/80abLg2CVB8,
http://www.playvid.com/watch/plsskxCbWo4, http://www.playvid.com/watch/PoUeXWsHxCa, http://www.playvid.com/watch/FVEPB9HkNUu,
http://www.playvid.com/watch/wgqKZxge94g, http://www.playvid.com/watch/iXoSfwiZ7U4, http://www.playvid.com/watch/ZAmq77jBND2,
http://www.playvid.com/watch/03b2hO7Jsls, http://www.playvid.com/watch/xghQjtWDjJd, http://www.playvid.com/watch/Tm5Ws9h2xlr,
http://www.playvid.com/watch/SufMdbnJInR, http://www.playvid.com/watch/q5VkCbrBRwZ, http://www.playvid.com/watch/uy-nqCVY8jC,
http://www.playvid.com/watch/T-Kmo3NbnU9, http://www.playvid.com/watch/m8Is-K3QLaY, http://www.playvid.com/watch/ptJ9g54u9X5,
http://www.playvid.com/watch/HuzLgwX3oYl, http://www.playvid.com/watch/eO2FhRG0xNu, http://www.playvid.com/watch/axhclp3qPwK,
http://www.playvid.com/watch/NN5VBaLelUj, http://www.playvid.com/watch/NY85x8YbCoL, http://www.playvid.com/watch/etJ9JCI3JAw,
http://www.playvid.com/watch/O99Cd8sknua, http://www.playvid.com/watch/5tKs4XOutTS, http://www.playvid.com/watch/0ZSGbTeHA56,
http://www.playvid.com/watch/gjxUsanFxpL, http://www.playvid.com/watch/63FhTN2ba9i, http://www.playvid.com/watch/hsO5obqJ-El,
http://www.playvid.com/watch/X8sbbIXMZm4, http://www.playvid.com/watch/iVu57PwaxVe, http://www.playvid.com/watch/EnpZLV-Sish,
http://www.playvid.com/watch/OIHpum6jtaH, http://www.playvid.com/watch/m5m2JBNM92N, http://www.playvid.com/watch/iIUax7sMyl0,
http://www.playvid.com/watch/BZ54aX5iDFJ, http://www.playvid.com/watch/wTrf64VCt-g, http://www.playvid.com/watch/yQV4EKWhUTp,
http://www.playvid.com/watch/08-l4bJ7jRX, http://www.playvid.com/watch/JPKbCsh0-gR, http://www.playvid.com/watch/v-nHM-2ywUf,
http://www.playvid.com/watch/6gh4KKO36EJ, http://www.playvid.com/watch/l0Wql-IkOj-, http://www.playvid.com/watch/AoK-T0Cz5dj,
http://www.playvid.com/watch/R68ibe2IfvW, http://www.playvid.com/watch/QHu3GzUwZX5, http://www.playvid.com/watch/aQifd9dqTyl,
http://www.playvid.com/watch/XcprwuSeXwA, http://www.playvid.com/watch/HOVP8x7ul4R, http://www.playvid.com/watch/kMeeszsPQnt,
http://www.playvid.com/watch/msu7V6ZMqe6, http://www.playvid.com/watch/DncU0UW7hEM, http://www.playvid.com/watch/gAfkCo9LhQH,

http://www.playvid.com/watch/0tSitmBklpZ, http://www.playvid.com/watch/5dCtDQ6MleB, http://www.playvid.com/watch/9NS80SB6DxV, http://www.playvid.com/watch/sLMupcPveMh, http://www.playvid.com/watch/RZC94BJVUyI, http://www.playvid.com/watch/NPDHxs7dhwL, http://www.playvid.com/watch/Jpk5V29E8DJ, http://www.playvid.com/watch/XUYwENNnTqA, http://www.playvid.com/watch/RsyGFPaHuWm, http://www.playvid.com/watch/gmlM4R6QxpM, http://www.playvid.com/watch/WUMZMw8Ub98, http://www.playvid.com/watch/8QXuziWQZwC, http://www.playvid.com/watch/sW2pJZpTDfh, http://www.playvid.com/watch/B25cpouiiUQ, http://www.playvid.com/watch/HRrTN3fulL4, http://www.playvid.com/watch/OVwhibZHIy8, http://www.playvid.com/watch/DR0iL5cntSk, http://www.playvid.com/watch/fJVKHIy3Sa9, http://www.playvid.com/watch/qnvcaawl-uM, http://www.playvid.com/watch/uTG7EcOJPig, http://www.playvid.com/watch/phqWjzfEBkt, http://www.playvid.com/watch/sIPRoZzVKXx, http://www.playvid.com/watch/OkJYAdL4IJ4, http://www.playvid.com/watch/WJaOqhTwMfc, http://www.playvid.com/watch/eDoIfpWqtiF, http://www.playvid.com/watch/whft52Sn4AN, http://www.playvid.com/watch/WNOyK-0k-p-, http://www.playvid.com/watch/4ocozJ2Eq80, http://www.playvid.com/watch/pUmNLSJ7kQM, http://www.playvid.com/watch/J6mPbfmNGfA, http://www.playvid.com/watch/0wof3wyyuFI, http://www.playvid.com/watch/PYKDKxgSqc0, http://www.playvid.com/watch/l8cqvz9Yujo, http://www.playvid.com/watch/7MvZq7Slmtq, http://www.playvid.com/watch/I6Q2NOxLov3, http://www.playvid.com/watch/rVAGfuxvtAT, http://www.playvid.com/watch/aeny6DCwvSA, http://www.playvid.com/watch/rpvRpyIxEPS, http://www.playvid.com/watch/SfKXq5bt2H-, http://www.playvid.com/watch/6JTZOebrn9z
5.f. Date of third notice: 2014-01-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dhillier5
5.b. Uploader's email address: dhillier5@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/dhillier5
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aL4UiU6AiZo, http://www.playvid.com/watch/O9CgEQYUAOJ, http://www.playvid.com/watch/GMtICnw4Lsr, http://www.playvid.com/watch/YvSYOHifh9i, http://www.playvid.com/watch/CiyRAkwW5IJ, http://www.playvid.com/watch/L7BTFw0KUDn, http://www.playvid.com/watch/9KI5Y-snarh, http://www.playvid.com/watch/ceC0C3wAAKt, http://www.playvid.com/watch/m2sJQvvUb75, http://www.playvid.com/watch/fkZShSkIJ6p, http://www.playvid.com/watch/Ij2ozmUGOGl, http://www.playvid.com/watch/V3KQD0z3M0I, http://www.playvid.com/watch/gZnQnfeclyx, http://www.playvid.com/watch/eZyX38FuXOQ, http://www.playvid.com/watch/yQiPYSTotH2, http://www.playvid.com/watch/j0PNinrnjgD, http://www.playvid.com/watch/OLeoE3mZ6Ca, http://www.playvid.com/watch/OZcH9Zyz9Co, http://www.playvid.com/watch/sm-pe9JYP-4, http://www.playvid.com/watch/0UNpbJTY2Ip, http://www.playvid.com/watch/suHYYk0t70R, http://www.playvid.com/watch/OmORiyWDBSM, http://www.playvid.com/watch/TDqh-gAIHeP, http://www.playvid.com/watch/rkZh-oTpzV3, http://www.playvid.com/watch/GyDdApa0IvD, http://www.playvid.com/watch/BUShFk5rBZO, http://www.playvid.com/watch/jpmc2TSvEHY, http://www.playvid.com/watch/oYiMBm6zlSO, http://www.playvid.com/watch/pSqf-Wf0NDV, http://www.playvid.com/watch/28gyEJ4gfAy, http://www.playvid.com/watch/fEupfhSbTVo, http://www.playvid.com/watch/3gKihJJOYdZ, http://www.playvid.com/watch/cMvuhtqNogo, http://www.playvid.com/watch/4J4hI5fJhR0, http://www.playvid.com/watch/bcCXAxoPqGp, http://www.playvid.com/watch/syfAOBw0fJX, http://www.playvid.com/watch/D3ShpCo5OP3, http://www.playvid.com/watch/7bPNYrsRHrQ, http://www.playvid.com/watch/n3Myk22c04u, http://www.playvid.com/watch/7p5AGGoDcsj, http://www.playvid.com/watch/3dHlP54Z7NJ, http://www.playvid.com/watch/--LLUrsrfpd, http://www.playvid.com/watch/Zr9TuUV8-ja, http://www.playvid.com/watch/gyNY3CT3SQV, http://www.playvid.com/watch/EiX9KI982bH, http://www.playvid.com/watch/LDtwi0PS2Ai, http://www.playvid.com/watch/LOOauMe9c7n, http://www.playvid.com/watch/8KEsnFdmMvE, http://www.playvid.com/watch/CrAsr2XSQYV, http://www.playvid.com/watch/MNORru2c6cB, http://www.playvid.com/watch/kUpGK83KKPO, http://www.playvid.com/watch/9gZc4HdNmSp, http://www.playvid.com/watch/ctnHK3GVWRF, http://www.playvid.com/watch/YgpzPUbYKGD, http://www.playvid.com/watch/oqunVnSddM6, http://www.playvid.com/watch/0hyNXxD5ScQ, http://www.playvid.com/watch/RUUDzigsOgi, http://www.playvid.com/watch/TS4J608MC28, http://www.playvid.com/watch/opSSCoT548-, http://www.playvid.com/watch/jcWftx7EpQr, http://www.playvid.com/watch/vP9OzCVRu5n, http://www.playvid.com/watch/h9cnpqQCXsc, http://www.playvid.com/watch/mFv5QuwRxeJ, http://www.playvid.com/watch/nAg62LfkSCA, http://www.playvid.com/watch/FcyE64ITKKC, http://www.playvid.com/watch/2EPbLhhHpdA, http://www.playvid.com/watch/n8SsgWZ6NFe, http://www.playvid.com/watch/sChQ7jv-fri, http://www.playvid.com/watch/a0LL5DvgEF8, http://www.playvid.com/watch/LVo4DEECsZn, http://www.playvid.com/watch/0t8mmreR8UL, http://www.playvid.com/watch/7CZyVLDtuJk, http://www.playvid.com/watch/Ak8HdvsP5dc, http://www.playvid.com/watch/Cu7FiocyLar, http://www.playvid.com/watch/yN-cZFZl-dh, http://www.playvid.com/watch/WRVEu4PFfCw, http://www.playvid.com/watch/ItrnY2SFPQG, http://www.playvid.com/watch/ulJBMDp5Pz3, http://www.playvid.com/watch/KwDqKZN43f4, http://www.playvid.com/watch/VFDcyUzwMgr, http://www.playvid.com/watch/g76bovAwIjL, http://www.playvid.com/watch/A05Dr-NnIHp, http://www.playvid.com/watch/SqLInq6q-fl, http://www.playvid.com/watch/7cczTmrPbky, http://www.playvid.com/watch/PQnlSOx3hUo, http://www.playvid.com/watch/9LQq8NgvjP9, http://www.playvid.com/watch/FnNjZZ-f9XS, http://www.playvid.com/watch/RmgRDR4FkH0, http://www.playvid.com/watch/Vk-kiJGD2br, http://www.playvid.com/watch/h2faiwpT-bV, http://www.playvid.com/watch/yxnWI7TUiof, http://www.playvid.com/watch/S4nHw7Cf9if, http://www.playvid.com/watch/5Trg7D0dXsk, http://www.playvid.com/watch/aCwYemp3u2N, http://www.playvid.com/watch/5jyxUlCrsIf, http://www.playvid.com/watch/Huw4EEqMtTj, http://www.playvid.com/watch/M7X4V23eF0z, http://www.playvid.com/watch/lsxFJprWljm, http://www.playvid.com/watch/7whRepaRdL-, http://www.playvid.com/watch/zzwKCyh7LbC, http://www.playvid.com/watch/jY7OUUIis-E, http://www.playvid.com/watch/Z2TaONfdLFO, http://www.playvid.com/watch/FZVNgsS76x6, http://www.playvid.com/watch/XpQdp3k-uvC, http://www.playvid.com/watch/8DqagyvRZkC, http://www.playvid.com/watch/mt9VAe0PCXT, http://www.playvid.com/watch/2snW7MhVOu0, http://www.playvid.com/watch/cEelICZ9BGD, http://www.playvid.com/watch/0IFvsFWcqVE, http://www.playvid.com/watch/PMtJrCMt4St, http://www.playvid.com/watch/hzyrR9xFHsr, http://www.playvid.com/watch/nOEP9cZ0aC0, http://www.playvid.com/watch/ZTjA3Hb0yLF, http://www.playvid.com/watch/D9Nr4mEk0Nd, http://www.playvid.com/watch/0QhNSuCzoQS, http://www.playvid.com/watch/nhu40GOaZD6, http://www.playvid.com/watch/nEpX064dgDO, http://www.playvid.com/watch/Pe7V7ZKAL0u, http://www.playvid.com/watch/JwH0mKprfvT, http://www.playvid.com/watch/sAQhOUCMKEl, http://www.playvid.com/watch/8VHoIo8P3QT, http://www.playvid.com/watch/nCTW7bxeKdL, http://www.playvid.com/watch/LiP5I8lWURb, http://www.playvid.com/watch/Ciqdy2bKeRp, http://www.playvid.com/watch/tqPeoz6MV0a, http://www.playvid.com/watch/VSXJwvPS3vQ, http://www.playvid.com/watch/rLJqWgzIDKC, http://www.playvid.com/watch/kxacPvftBQh, http://www.playvid.com/watch/lySE6XPbtoR, http://www.playvid.com/watch/XFxEpw0QhpA, http://www.playvid.com/watch/M3tHXVXfD-N, http://www.playvid.com/watch/IydgOHl6wj-, http://www.playvid.com/watch/A-Tk-iYgB0m, http://www.playvid.com/watch/SQSqmL4cNxE, http://www.playvid.com/watch/x0LbFMI-169, http://www.playvid.com/watch/eTJaZhSnnyh, http://www.playvid.com/watch/vZftMqyQXLr, http://www.playvid.com/watch/ugQ6eCLNgX0, http://www.playvid.com/watch/CeaqJcnafL6, http://www.playvid.com/watch/-AT7JCedFpz, http://www.playvid.com/watch/k0-CGGZqgqi, http://www.playvid.com/watch/D7YjR3JuOfS, http://www.playvid.com/watch/IAs7w3VHHyt
5.f. Date of third notice: 2013-11-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dickshadow
5.b. Uploader's email address: luizfernandorosa73@yahoo.com.br
5.d. Uploader's profile: http://www.playvid.com/member/dickshadow
5.e. List of videos posted by uploader: http://www.playvid.com/watch/p7y0EkoMEie, http://www.playvid.com/watch/zyz7yGkJLOs, http://www.playvid.com/watch/QTwrdds3Jwi, http://www.playvid.com/watch/i0-GXv64t5m, http://www.playvid.com/watch/2ZsbPAKRonv, http://www.playvid.com/watch/xzUwQsVa40E, http://www.playvid.com/watch/rA3FyCgmhYK, http://www.playvid.com/watch/lYO77FxD7Dq, http://www.playvid.com/watch/ED48R3nuo8J, http://www.playvid.com/watch/iZfr0f6yoX3, http://www.playvid.com/watch/7qdy2E5jiPX
5.f. Date of third notice: 2014-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dikitiki
5.b. Uploader's email address: augusthiliozo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/dikitiki
5.e. List of videos posted by uploader: http://www.playvid.com/watch/t3VJhBvh4ad, http://www.playvid.com/watch/CDPHsRl3tlq, http://www.playvid.com/watch/tN256fKW5XE, http://www.playvid.com/watch/WhHNeCQY93v, http://www.playvid.com/watch/bqfh6058b7f, http://www.playvid.com/watch/gH7sx3OJpet, http://www.playvid.com/watch/smZmgMag2Od, http://www.playvid.com/watch/b4Clvn0tvci, http://www.playvid.com/watch/qyToVBmjnII, http://www.playvid.com/watch/S7-F605S3QT, http://www.playvid.com/watch/YG5CvbRmynv, http://www.playvid.com/watch/5hOQ0MgE64U, http://www.playvid.com/watch/L356Ktg3SGm, http://www.playvid.com/watch/BUUXguUcKH5, http://www.playvid.com/watch/XYphByhPyZq, http://www.playvid.com/watch/Sqbwqtsr5B7, http://www.playvid.com/watch/ExZw6xRvzgp, http://www.playvid.com/watch/lScLvm4yyzY, http://www.playvid.com/watch/Nlo9rpApZnf, http://www.playvid.com/watch/DJZIWR9s5-a, http://www.playvid.com/watch/cqwOdMbyMfA, http://www.playvid.com/watch/XV8hRT6HF5c, http://www.playvid.com/watch/yrZEk8IfTqS, http://www.playvid.com/watch/MTNTyM3OiHD, http://www.playvid.com/watch/agDC6RfOVMc, http://www.playvid.com/watch/CgSmlyd-ugc, http://www.playvid.com/watch/hz3eaDgWL2o, http://www.playvid.com/watch/7CR3J3m9S8k, http://www.playvid.com/watch/JlVYkP7oXnC, http://www.playvid.com/watch/ZaaBv7gaKi2, http://www.playvid.com/watch/NpEIpbvXS42, http://www.playvid.com/watch/IvDr-nQMguV, http://www.playvid.com/watch/0Rlbi8gcFNd, http://www.playvid.com/watch/e7KCwyejtQL, http://www.playvid.com/watch/8t3CM-eXDvQ,

http://www.playvid.com/watch/EZv8NCmqh7E, http://www.playvid.com/watch/qwpUUccICXf, http://www.playvid.com/watch/-t8irnmR85J,
http://www.playvid.com/watch/erK95USccKa, http://www.playvid.com/watch/MFLIgNMVHea, http://www.playvid.com/watch/oz-PFyLu2ju,
http://www.playvid.com/watch/UMwaRVCJneT, http://www.playvid.com/watch/dsT73bdn4n3, http://www.playvid.com/watch/xOzXwNcdY4o,
http://www.playvid.com/watch/GeOHgJDTURp, http://www.playvid.com/watch/iiVX5UvyKcH, http://www.playvid.com/watch/SrRjPjD9GwO,
http://www.playvid.com/watch/o3zRF2EcLoA, http://www.playvid.com/watch/EvpZB36KIZo, http://www.playvid.com/watch/qLSI5urUdZg,
http://www.playvid.com/watch/SfkxNQgsVV7, http://www.playvid.com/watch/YbsjOeBc24c, http://www.playvid.com/watch/0IYKGJMopH9,
http://www.playvid.com/watch/JFvROGjlebz, http://www.playvid.com/watch/eLQ57o4u3gr, http://www.playvid.com/watch/MfVOp7xFYY9,
http://www.playvid.com/watch/ACJfEDsPvL3, http://www.playvid.com/watch/ExaJacBXJT7, http://www.playvid.com/watch/La7G8uwWkLi,
http://www.playvid.com/watch/hCDoHDLMEm9, http://www.playvid.com/watch/7ZrcAAW9oDi, http://www.playvid.com/watch/yvxftzGUwsL,
http://www.playvid.com/watch/5eJYfmZnCkv, http://www.playvid.com/watch/kd3zpZnaj48, http://www.playvid.com/watch/z3IuhvjKzrq,
http://www.playvid.com/watch/xG6Q9FOM4gC, http://www.playvid.com/watch/D7GCFFbBEhu, http://www.playvid.com/watch/2aRVNIKj5eb,
http://www.playvid.com/watch/dNXXgVGdjGO, http://www.playvid.com/watch/4maebsK-Wep, http://www.playvid.com/watch/jWqLcsSk6NX,
http://www.playvid.com/watch/4-qVyRGRbUb, http://www.playvid.com/watch/lY55e5F3IiP, http://www.playvid.com/watch/tdsN5PAs3rE,
http://www.playvid.com/watch/nu7UZgLH5eP, http://www.playvid.com/watch/x9kpMTBzz2s, http://www.playvid.com/watch/x2OsfEj2dMj,
http://www.playvid.com/watch/ebUzT3hRS-q, http://www.playvid.com/watch/CxOEcGHXZYO, http://www.playvid.com/watch/oItOYX8Q6fZ,
http://www.playvid.com/watch/IPE0AxC6Ga9, http://www.playvid.com/watch/faxPhY02LPh, http://www.playvid.com/watch/fIbmFnvEnro,
http://www.playvid.com/watch/GYYa2awPL6y, http://www.playvid.com/watch/Oe2Lsow2EAA, http://www.playvid.com/watch/eo0d-SYvqhM,
http://www.playvid.com/watch/txrPgEwvFW-, http://www.playvid.com/watch/0dFqhfaPt-G, http://www.playvid.com/watch/DDBnJs6l-bZ,
http://www.playvid.com/watch/EeRKF4CKVWm, http://www.playvid.com/watch/HXASsvuLii3, http://www.playvid.com/watch/9I5mk5Cs7Cc,
http://www.playvid.com/watch/DxlzrvSgU7O, http://www.playvid.com/watch/PkboGQqLAIl, http://www.playvid.com/watch/tJfWG0WR4dU,
http://www.playvid.com/watch/MGnivmWfbS7, http://www.playvid.com/watch/xv7JSUHEoLn, http://www.playvid.com/watch/jX-QTt3U4Bg,
http://www.playvid.com/watch/066ZGJNbErr, http://www.playvid.com/watch/aEnKcvb0Rb8, http://www.playvid.com/watch/IFBhhwsyKsc,
http://www.playvid.com/watch/kBvA2BiUY2y, http://www.playvid.com/watch/p55atN3AvLA, http://www.playvid.com/watch/UNJPpoHXZcc,
http://www.playvid.com/watch/9Di0MViDvxH, http://www.playvid.com/watch/udUAb8hf5bv, http://www.playvid.com/watch/mlVgy7b0p9s,
http://www.playvid.com/watch/Bx0Qlu9cDYN, http://www.playvid.com/watch/F5oEZN7BJpb, http://www.playvid.com/watch/A9eP-CgEKTG,
http://www.playvid.com/watch/vF6NTrEoR63, http://www.playvid.com/watch/Q8qsfYdPgkw, http://www.playvid.com/watch/7Uz7nkKzCRd,
http://www.playvid.com/watch/uynfmeuX45M, http://www.playvid.com/watch/quGZYFdQ7pm, http://www.playvid.com/watch/4REyftlD2HT,
http://www.playvid.com/watch/FCYytj9m0Bp, http://www.playvid.com/watch/CDqty2hZVu9, http://www.playvid.com/watch/uP9sbIyUvXz,
http://www.playvid.com/watch/sDwOQm83Etg, http://www.playvid.com/watch/J7lxYkO0Twi, http://www.playvid.com/watch/z2q6jqFocvr,
http://www.playvid.com/watch/AiTKFChXa9l, http://www.playvid.com/watch/Od65Yk5Dr6P, http://www.playvid.com/watch/kGTkEVmN2Vc,
http://www.playvid.com/watch/SyB8xDkbcLZ, http://www.playvid.com/watch/EZbXm3L2jMk, http://www.playvid.com/watch/S2RMbOvv0tW,
http://www.playvid.com/watch/IylgJKPGJQK, http://www.playvid.com/watch/66HYSZLDGiR, http://www.playvid.com/watch/L5he4xFN4FX,
http://www.playvid.com/watch/aMIbKnL6vuL, http://www.playvid.com/watch/2TJZPAfFtDG, http://www.playvid.com/watch/4McWhY6spup,
http://www.playvid.com/watch/5ZeoPLxLtti, http://www.playvid.com/watch/OxocEFFWxF7, http://www.playvid.com/watch/AZLOfBUrToF,
http://www.playvid.com/watch/3t5e5Dwvvlq, http://www.playvid.com/watch/Kn-88Oy2iA2, http://www.playvid.com/watch/REqJwruQi0i,
http://www.playvid.com/watch/SQNh6c30KFE, http://www.playvid.com/watch/IQRk6yLkUHX, http://www.playvid.com/watch/OoPanrIbXmK,
http://www.playvid.com/watch/XcL8v0Hkxru, http://www.playvid.com/watch/xCbQE3jkc-l, http://www.playvid.com/watch/oawGy2wBzca,
http://www.playvid.com/watch/44SZidVDrbH, http://www.playvid.com/watch/U0jIZ4m-fQp, http://www.playvid.com/watch/md9n8wBdgMW,
http://www.playvid.com/watch/lF69-Q7Kqlk, http://www.playvid.com/watch/y4vEzQD8FUU, http://www.playvid.com/watch/vKas7iCIFnz,
http://www.playvid.com/watch/TFXt7N5usWp, http://www.playvid.com/watch/yDeaRPFsHDo, http://www.playvid.com/watch/93Y3yfND72Z,
http://www.playvid.com/watch/4tqgZLn6sBP, http://www.playvid.com/watch/LsfEZWYX-kC, http://www.playvid.com/watch/EtDYeMfnnF5,
http://www.playvid.com/watch/zXzYkFSbrWN, http://www.playvid.com/watch/UP8d6f5Dslz, http://www.playvid.com/watch/sSqj7cWneJW,
http://www.playvid.com/watch/sWL2j4l0bc9, http://www.playvid.com/watch/jxrNyVNgGjm, http://www.playvid.com/watch/K9FhvkMyNsL,
http://www.playvid.com/watch/JfnmXf4AgHW, http://www.playvid.com/watch/FId7iF20sxF, http://www.playvid.com/watch/kvCMl7RJqLf,
http://www.playvid.com/watch/SvudwnUoZ78, http://www.playvid.com/watch/0gr0tIzvwM6, http://www.playvid.com/watch/76vWxHQatXA,
http://www.playvid.com/watch/9AP6FFyvWCO, http://www.playvid.com/watch/wISdWbjGTYr, http://www.playvid.com/watch/XwKqLm4mcqU,
http://www.playvid.com/watch/DDrmfvlPIpf, http://www.playvid.com/watch/zgxogTXrByj, http://www.playvid.com/watch/pi9SEqBYHrt,
http://www.playvid.com/watch/h3gSlh4GAc-, http://www.playvid.com/watch/EHJ0HocXHcf, http://www.playvid.com/watch/FbwwjeR8EBE,
http://www.playvid.com/watch/IiOWMtlKqiG, http://www.playvid.com/watch/rFMPEx7NOdj, http://www.playvid.com/watch/VOFNbmKtaAg,
http://www.playvid.com/watch/xoHzhncrT0z, http://www.playvid.com/watch/6Yf3WZXa23m, http://www.playvid.com/watch/eRgDIcoLiJf,
http://www.playvid.com/watch/EBGrciG6CMv, http://www.playvid.com/watch/uWp0Nx5Fvir, http://www.playvid.com/watch/6D8h9DHpOUN
5.f. Date of third notice: 2014-01-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: DirtySex413
5.b. Uploader's email address: dongsilver69s@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/DirtySex413
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NvkSxKVTV4i, http://www.playvid.com/watch/Clok20D-DA8,
http://www.playvid.com/watch/3s0tfwhnRzw, http://www.playvid.com/watch/qhh6wUikNpZ, http://www.playvid.com/watch/qO2wSYodDkZ,
http://www.playvid.com/watch/-ib4SixnS7N, http://www.playvid.com/watch/A9-VNW2s3Fq, http://www.playvid.com/watch/A8pcWwqv25h,
http://www.playvid.com/watch/x4fMuqNkViW, http://www.playvid.com/watch/eqkZF68y8iZ, http://www.playvid.com/watch/jDE2RtA0M08,
http://www.playvid.com/watch/wETyslIUnaj, http://www.playvid.com/watch/iIgdNLkOGtW, http://www.playvid.com/watch/STDtqSGiKdw,
http://www.playvid.com/watch/Dla789ZdHXb, http://www.playvid.com/watch/jJjtQQJRLtx, http://www.playvid.com/watch/8BPsBSmfOEA,
http://www.playvid.com/watch/S2XFJTC2aOe, http://www.playvid.com/watch/IgDnJNzrczk, http://www.playvid.com/watch/aYrsZX-A5eE,
http://www.playvid.com/watch/mCq7AhfKYMx, http://www.playvid.com/watch/8YLIAp3ikOh, http://www.playvid.com/watch/AmaNQyMRgXz,
http://www.playvid.com/watch/y35zuHZajJ3, http://www.playvid.com/watch/BvZHblbDzET, http://www.playvid.com/watch/HQzOTwlkMT5,
http://www.playvid.com/watch/y5Z8v7COHUC, http://www.playvid.com/watch/wkuSk-JjXJB, http://www.playvid.com/watch/8P0WIJR7jyp,
http://www.playvid.com/watch/Qpj92fDNBZq, http://www.playvid.com/watch/a-stdTw-Lsx, http://www.playvid.com/watch/cUM10fgw-9G,
http://www.playvid.com/watch/MCnLtd94U3Y, http://www.playvid.com/watch/gc9Skme3ZlD, http://www.playvid.com/watch/NqhaHResnQO,
http://www.playvid.com/watch/GvIp-kSLo08, http://www.playvid.com/watch/lbTCjY1z6hq
5.f. Date of third notice: 2014-06-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dj2k
5.b. Uploader's email address: darkjeroyd2000@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dj2k
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TTcu84OfRS7, http://www.playvid.com/watch/rpmwM2mqfHE,
http://www.playvid.com/watch/X-CHK71E09Y, http://www.playvid.com/watch/2C2hgZ1rmBp, http://www.playvid.com/watch/r0ewcst5R6t,
http://www.playvid.com/watch/vzwfdXTuaG8, http://www.playvid.com/watch/6toA1VaVeyW, http://www.playvid.com/watch/L5l6BSvPZ3z,
http://www.playvid.com/watch/zgAAhWOVFJZ, http://www.playvid.com/watch/4f4Wd-0ENab, http://www.playvid.com/watch/LfJHXWFPQ_h,
http://www.playvid.com/watch/WRz2dbozxcV, http://www.playvid.com/watch/bXSWLj0xmmI, http://www.playvid.com/watch/qnjmyhf0gVl,
http://www.playvid.com/watch/jG-O1UC8LID, http://www.playvid.com/watch/GPdijge4Cwe, http://www.playvid.com/watch/RXkbQl4Sgtk,
http://www.playvid.com/watch/0Sy_7Njo7gx, http://www.playvid.com/watch/ElaPhedfrm4, http://www.playvid.com/watch/HCOOEMxr_33,
http://www.playvid.com/watch/xHZLFBGvX2b, http://www.playvid.com/watch/G8FJVuD39Vu, http://www.playvid.com/watch/S345BZxXIon,
http://www.playvid.com/watch/ky8zNOwsbqW, http://www.playvid.com/watch/DQ1cHZTtB3p, http://www.playvid.com/watch/QocrCJ296MA,
http://www.playvid.com/watch/5uCwFL7u_cX, http://www.playvid.com/watch/ginSpStT7zO, http://www.playvid.com/watch/gWfs6gvxwju,
http://www.playvid.com/watch/eTGkWzpQE1Z, http://www.playvid.com/watch/EX_ySn8u3ea, http://www.playvid.com/watch/CnPxiEFu7Gw,
http://www.playvid.com/watch/pKLBOQEAKp6, http://www.playvid.com/watch/bi4YadPeNME, http://www.playvid.com/watch/SUJk27JzciM,
http://www.playvid.com/watch/CfVBOjZBtZK, http://www.playvid.com/watch/kKvOWZhTNSR, http://www.playvid.com/watch/8um9S5sklKF,
http://www.playvid.com/watch/PWbHU14kEVd, http://www.playvid.com/watch/KB_SuGz0UrS, http://www.playvid.com/watch/yhdYH7ZrIsN,
http://www.playvid.com/watch/h2jles4WWTQ, http://www.playvid.com/watch/auA346LmW-M, http://www.playvid.com/watch/Zox5NHymySv,
http://www.playvid.com/watch/o4nCi2V1qAz, http://www.playvid.com/watch/344yNFeFtw5, http://www.playvid.com/watch/7G3nqAcASBO,
http://www.playvid.com/watch/SXcfjjXHufX, http://www.playvid.com/watch/kTWSd_BVDOT, http://www.playvid.com/watch/rluAcYkAFbS,
http://www.playvid.com/watch/wmvjq8XShEU, http://www.playvid.com/watch/UEXod1vByTl, http://www.playvid.com/watch/7mKtJiN_h0T,
http://www.playvid.com/watch/yxrlI_E49rI, http://www.playvid.com/watch/ZJFDfU_L7cN, http://www.playvid.com/watch/r0WDplZHOlM,
http://www.playvid.com/watch/5Oo6RwoGIfX, http://www.playvid.com/watch/pHcVpPluswh, http://www.playvid.com/watch/AyBdqR3R6MK,

http://www.playvid.com/watch/JWAs5U0Igkz, http://www.playvid.com/watch/Wt70maIX2vq, http://www.playvid.com/watch/DW7gM9duip2, http://www.playvid.com/watch/7UvmtU0LSDp, http://www.playvid.com/watch/DiCyCvkvVkC, http://www.playvid.com/watch/LMGRC_r-4fI, http://www.playvid.com/watch/nlTrhneTNa5, http://www.playvid.com/watch/ucnq4Fehxub, http://www.playvid.com/watch/kWfOPHJs96y, http://www.playvid.com/watch/6YPezQr0BAF, http://www.playvid.com/watch/lNrnJ8nI0VO, http://www.playvid.com/watch/oqnb6SpR1do, http://www.playvid.com/watch/EvF9yTesTq0, http://www.playvid.com/watch/Yw_NYO2l2ED, http://www.playvid.com/watch/PIHE-I8m4s6, http://www.playvid.com/watch/mJqGW5vUw14, http://www.playvid.com/watch/D8QAeHePLed, http://www.playvid.com/watch/9uHmWxpiPE7, http://www.playvid.com/watch/PFAheMTIJ6Y, http://www.playvid.com/watch/KF9_9wALqMa, http://www.playvid.com/watch/8LWOr0Riu4M, http://www.playvid.com/watch/e0AguIIwJPc, http://www.playvid.com/watch/KV1r2qcbHhr, http://www.playvid.com/watch/0bmxLWjPOAE, http://www.playvid.com/watch/jT1-DkfFW5n, http://www.playvid.com/watch/e6VuTKvrvT6, http://www.playvid.com/watch/yxdsiBjktta, http://www.playvid.com/watch/6-trGW4WDCT, http://www.playvid.com/watch/4DZLar3Nntc, http://www.playvid.com/watch/xUuLHa6XKkw, http://www.playvid.com/watch/tfs8ZIWBYma, http://www.playvid.com/watch/MPm1bVosbVF, http://www.playvid.com/watch/OQCwVC93tzg, http://www.playvid.com/watch/A_wiChv_WdJ, http://www.playvid.com/watch/sFfWsDNLNUf, http://www.playvid.com/watch/w_G9NgJvZid, http://www.playvid.com/watch/vzqUpSvnkyu, http://www.playvid.com/watch/6VAlkOSaCfY, http://www.playvid.com/watch/LfkjZfIpCP5, http://www.playvid.com/watch/MKdmiJjgT0K, http://www.playvid.com/watch/gRRwk609R7q, http://www.playvid.com/watch/W3WGVdpADaz, http://www.playvid.com/watch/0in7YCexRrD, http://www.playvid.com/watch/wOUtCLQ80ld, http://www.playvid.com/watch/HIv4ylvf6AY, http://www.playvid.com/watch/LIShaO94-z3
5.f. Date of third notice: 2015-04-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: DJboutit
5.b. Uploader's email address: DJboutit@Inbox.com
5.d. Uploader's profile: http://www.playvid.com/member/DJboutit
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ASbzyzboDxM, http://www.playvid.com/watch/hQhvT_aoj8L, http://www.playvid.com/watch/k8ccnb3-4O6, http://www.playvid.com/watch/LnxQ_KlaFpl, http://www.playvid.com/watch/ycTOON8s7AO, http://www.playvid.com/watch/mrwlXykhOzs, http://www.playvid.com/watch/fYNUnaqqEVv, http://www.playvid.com/watch/BaIael1_94L, http://www.playvid.com/watch/GdApQWWDLC7, http://www.playvid.com/watch/nnMPUzYlrzz, http://www.playvid.com/watch/rvRu50Mf5fx, http://www.playvid.com/watch/5lpTZZoXA4h, http://www.playvid.com/watch/NKMscyyH6RD, http://www.playvid.com/watch/6RlIJqPrkr6, http://www.playvid.com/watch/Lw_-F4mz-B6, http://www.playvid.com/watch/MQQ-n4_kURJ, http://www.playvid.com/watch/qYh2lVElpL6, http://www.playvid.com/watch/6AiMsWmw0uv, http://www.playvid.com/watch/Ex7vc0svMBj, http://www.playvid.com/watch/HW3JXIwiFRX, http://www.playvid.com/watch/eQiQbMN5v3s, http://www.playvid.com/watch/yX-7-r2DTy2, http://www.playvid.com/watch/qtj2RbHHUMw, http://www.playvid.com/watch/NaMdEmw4bZG, http://www.playvid.com/watch/S1hmtHfR25I, http://www.playvid.com/watch/ScUlhAtAQR3, http://www.playvid.com/watch/IATYK2lOPOx, http://www.playvid.com/watch/31MwVkjyf5R, http://www.playvid.com/watch/gZp-usU4BCK, http://www.playvid.com/watch/530yuFS28CG, http://www.playvid.com/watch/MY1RaoYsNqW, http://www.playvid.com/watch/7EVvAiHLd7e, http://www.playvid.com/watch/S8mK0v9rv4X, http://www.playvid.com/watch/qWzPmgHFdpv, http://www.playvid.com/watch/iWz-CzH9XVL, http://www.playvid.com/watch/xRldcYtUwCj, http://www.playvid.com/watch/iADbiJTiH_N, http://www.playvid.com/watch/wmj-O3NXjY5, http://www.playvid.com/watch/TS1NFH25WuU, http://www.playvid.com/watch/x23oLuJkBc2, http://www.playvid.com/watch/h-xoNzcR6al, http://www.playvid.com/watch/tl9gFE0doIS, http://www.playvid.com/watch/WQGeO3gmsvm, http://www.playvid.com/watch/96SAG0O-LaV, http://www.playvid.com/watch/yMnZp6F4gfo, http://www.playvid.com/watch/KCYecFyQ_Xq, http://www.playvid.com/watch/QJp-YOsbQDZ, http://www.playvid.com/watch/UqpOhPhl0Gu, http://www.playvid.com/watch/TRMJ1NpvaBo, http://www.playvid.com/watch/jmbccrfI3sQ, http://www.playvid.com/watch/9KbJ0dNJDul, http://www.playvid.com/watch/50J_XwYeVEE, http://www.playvid.com/watch/hhDKAREkzCe, http://www.playvid.com/watch/vu0uZ_DhoN3, http://www.playvid.com/watch/9u1fPvu5QXO, http://www.playvid.com/watch/LlNWSGb41lF, http://www.playvid.com/watch/gh2YCaYXhk7, http://www.playvid.com/watch/bvpqh999cjw, http://www.playvid.com/watch/R-fTpC1Ftq3, http://www.playvid.com/watch/LZfYixx07Do, http://www.playvid.com/watch/Fucdm0NhFOO, http://www.playvid.com/watch/5ZyDmI5sslw, http://www.playvid.com/watch/L1qT2ha80n8, http://www.playvid.com/watch/NwsBF9T9MRv, http://www.playvid.com/watch/P7slLmzedj8, http://www.playvid.com/watch/0HFSD8oOfyD, http://www.playvid.com/watch/ymfSKQOJR76, http://www.playvid.com/watch/UckVMW6dIqR, http://www.playvid.com/watch/MrhLSVlr6Sa, http://www.playvid.com/watch/C7owDhkEpZX, http://www.playvid.com/watch/4oDRixV7WS6, http://www.playvid.com/watch/ubbHZjQJ2MA, http://www.playvid.com/watch/BLJhoPsCn0Y, http://www.playvid.com/watch/VnLmYO9k36F, http://www.playvid.com/watch/DrK1xZKNcIk, http://www.playvid.com/watch/IPasFqZnjBR, http://www.playvid.com/watch/fwHKyMikqs3, http://www.playvid.com/watch/rcBkBdobJEJ, http://www.playvid.com/watch/wxMOcYaqSMP, http://www.playvid.com/watch/vwsqEfmZkFh, http://www.playvid.com/watch/Tkjq-1DMoyz, http://www.playvid.com/watch/A8urUHnFMtk, http://www.playvid.com/watch/01MpXRBJ2CG, http://www.playvid.com/watch/PKnuTZbNgmU, http://www.playvid.com/watch/IvLS90botsu, http://www.playvid.com/watch/mdipuSbD8oq, http://www.playvid.com/watch/6JytLBk5sSx, http://www.playvid.com/watch/3VEFaRRwXpb, http://www.playvid.com/watch/tdTKMzU50wm, http://www.playvid.com/watch/8g9EL2Fym8R, http://www.playvid.com/watch/Js0yBw3udCd, http://www.playvid.com/watch/iTfFWEXj7Om, http://www.playvid.com/watch/sgqvusl5QdS, http://www.playvid.com/watch/cNwNwOwMxWf, http://www.playvid.com/watch/8H0QHbRDeft, http://www.playvid.com/watch/BfKO3GCG-1s, http://www.playvid.com/watch/puTFOPHMVzb, http://www.playvid.com/watch/F1em1TCGMEk, http://www.playvid.com/watch/gDybEx2GKxn, http://www.playvid.com/watch/RS5rfrrYKIL, http://www.playvid.com/watch/aXRjuedOSNX, http://www.playvid.com/watch/AgZ6J1Ycqnl, http://www.playvid.com/watch/5dkuu4ZE7lZ, http://www.playvid.com/watch/4OTh7Pgerx5, http://www.playvid.com/watch/OUeE7U8x6zA, http://www.playvid.com/watch/Jkl4TSHcDQT, http://www.playvid.com/watch/jKZQ8cSKcuI, http://www.playvid.com/watch/9qgXyzqWVka, http://www.playvid.com/watch/xqUJtuHNMsy, http://www.playvid.com/watch/iV6OL2hgAE7, http://www.playvid.com/watch/JdX2-b3Ve3k, http://www.playvid.com/watch/AZRRUPbQ1nR, http://www.playvid.com/watch/dapBMlmNaG3, http://www.playvid.com/watch/v52-MKkacQq, http://www.playvid.com/watch/QjhmfCjrIFP, http://www.playvid.com/watch/QqDI21LhTVA, http://www.playvid.com/watch/nEWSxVAfNb8, http://www.playvid.com/watch/TjspHLJkSTN, http://www.playvid.com/watch/0R_KFlhbxr0, http://www.playvid.com/watch/2q8RTjt4AoU, http://www.playvid.com/watch/l_KrA7dvbdy, http://www.playvid.com/watch/jMVEwF3hvQY, http://www.playvid.com/watch/qJHDHbBYKIk, http://www.playvid.com/watch/ZmVWhoBjUTb, http://www.playvid.com/watch/zssk6Wl8CII, http://www.playvid.com/watch/iR7p7ogu3SW, http://www.playvid.com/watch/lEcSSnLnYSy, http://www.playvid.com/watch/f-j8HPUlqY4, http://www.playvid.com/watch/gC_qd-mn0mp, http://www.playvid.com/watch/RMO7R2hxiwV, http://www.playvid.com/watch/Y2v_loXCQRo, http://www.playvid.com/watch/m4F89oC79dH, http://www.playvid.com/watch/HLYKtaHwCja, http://www.playvid.com/watch/UGL51IgqJhl, http://www.playvid.com/watch/fAy623nVFcy, http://www.playvid.com/watch/5bUgyecw6r6, http://www.playvid.com/watch/a3GmnauePSt, http://www.playvid.com/watch/6M5Qj0LENqS, http://www.playvid.com/watch/maNAB-TPzzQ, http://www.playvid.com/watch/NbE859v0VoV, http://www.playvid.com/watch/EESulkepW-B, http://www.playvid.com/watch/Gnlkf0v_sXT, http://www.playvid.com/watch/KA1f5_Z8elV, http://www.playvid.com/watch/aAudgLn1JTx, http://www.playvid.com/watch/ibdyl0Pmbs4, http://www.playvid.com/watch/BHj9q0GtQ_l, http://www.playvid.com/watch/ScZRRdxOgFo, http://www.playvid.com/watch/hLUemLEyLhX, http://www.playvid.com/watch/YEoEf0E7sgT, http://www.playvid.com/watch/JaNwiLsCjdS, http://www.playvid.com/watch/heJvfJEDhSX, http://www.playvid.com/watch/KcjlvD2fQfc, http://www.playvid.com/watch/gv1Y7M9i_yg, http://www.playvid.com/watch/wjdz1IBPc4s, http://www.playvid.com/watch/RBqe_KtsKxJ, http://www.playvid.com/watch/cqHXUB0gNdG, http://www.playvid.com/watch/eoGBJ3aC-dP, http://www.playvid.com/watch/v-l0Gs3TH0d, http://www.playvid.com/watch/jf3bc2hgWsr, http://www.playvid.com/watch/Mkf6WF9E90j, http://www.playvid.com/watch/X9I0nWxqO1u, http://www.playvid.com/watch/k4VX9ramqa2, http://www.playvid.com/watch/dMXqXJO2cSW, http://www.playvid.com/watch/SENfqOdn-S4, http://www.playvid.com/watch/CCZyBWj19Z6, http://www.playvid.com/watch/yD9xKp7a9yB
5.f. Date of third notice: 2015-10-27 21:39:31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: djonikdany
5.b. Uploader's email address: djonikdany@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/djonikdany
5.e. List of videos posted by uploader: http://www.playvid.com/watch/oIqusguGOAa, http://www.playvid.com/watch/omBygYyvNVn, http://www.playvid.com/watch/gbmKPaOtqJa, http://www.playvid.com/watch/vZabXMfhFHV, http://www.playvid.com/watch/RNkPzkKfxxn, http://www.playvid.com/watch/zdmYVfHCDXt, http://www.playvid.com/watch/XWFaYeJTJyx, http://www.playvid.com/watch/fZWaI-GbjPC, http://www.playvid.com/watch/DCoHi988JDV, http://www.playvid.com/watch/eeepXltkS8C, http://www.playvid.com/watch/AuBql-qd8Aj, http://www.playvid.com/watch/pTssM2On8HR, http://www.playvid.com/watch/c9O6KBHY50C, http://www.playvid.com/watch/wmDCcTh2Gcg, http://www.playvid.com/watch/ASAgetkFYvq, http://www.playvid.com/watch/uOG8xv5aJWp, http://www.playvid.com/watch/bo046lU-fuD, http://www.playvid.com/watch/4YVVnoJG3PA, http://www.playvid.com/watch/qIDsTxD8nEO, http://www.playvid.com/watch/jy7suuCyLJ-, http://www.playvid.com/watch/YTuoYkVBxvK, http://www.playvid.com/watch/sPYMgEpOdpb, http://www.playvid.com/watch/gtNaodEHa6H, http://www.playvid.com/watch/f8STTqt5RUG, http://www.playvid.com/watch/U7DYQRDHgSN, http://www.playvid.com/watch/5UfSgACVvpJ, http://www.playvid.com/watch/gDTi29YqLgT, http://www.playvid.com/watch/xlrETiXhSNW, http://www.playvid.com/watch/4EiPQqkPqbC, http://www.playvid.com/watch/Nj9UTFiNEOu, http://www.playvid.com/watch/F3yzlFi2UGP, http://www.playvid.com/watch/UNCfdN-slWB, http://www.playvid.com/watch/Jc2IlXrLmE4, http://www.playvid.com/watch/8JkvwjOEm4c, http://www.playvid.com/watch/swPD9NGtPXY,

http://www.playvid.com/watch/RF0aOPGcr9D, http://www.playvid.com/watch/fLMB8GXyphY, http://www.playvid.com/watch/Cgo-OFpY-rq,
http://www.playvid.com/watch/e3lldm4zLFI, http://www.playvid.com/watch/LaTFmF4s8a4, http://www.playvid.com/watch/FqBbugjFCJL,
http://www.playvid.com/watch/qy5GHtST8x7, http://www.playvid.com/watch/MqDQ9T8nHio, http://www.playvid.com/watch/3g4mFANFH93,
http://www.playvid.com/watch/kzKBzpvbZW-, http://www.playvid.com/watch/J75fHyrrAJX, http://www.playvid.com/watch/uOTqiQQl6C3,
http://www.playvid.com/watch/Oh6EFNmR3Qe, http://www.playvid.com/watch/6EYHkM7cQr2, http://www.playvid.com/watch/PYOEkhSlYB3,
http://www.playvid.com/watch/qIpGoHlbj9W, http://www.playvid.com/watch/RjPQGrmgi75, http://www.playvid.com/watch/CZcfrHoDEwY,
http://www.playvid.com/watch/-BD7nIfrRFJ, http://www.playvid.com/watch/6Embibx8ups, http://www.playvid.com/watch/xA9jQJnmyTw,
http://www.playvid.com/watch/kgemDBtvXtJ, http://www.playvid.com/watch/RupzQInmOUB, http://www.playvid.com/watch/nktnCy4CwQx,
http://www.playvid.com/watch/Rd2wwcXgxTZ, http://www.playvid.com/watch/e5uQ2oOQE2s, http://www.playvid.com/watch/7H7PSarbokO,
http://www.playvid.com/watch/XnyzIavc9KR, http://www.playvid.com/watch/YDqLbfRY2Ul, http://www.playvid.com/watch/GYmKCzMxvR9,
http://www.playvid.com/watch/X8JOHvlZRpN, http://www.playvid.com/watch/gTivSjdsZRR, http://www.playvid.com/watch/8Fv3BQTH8NV,
http://www.playvid.com/watch/9inPyxupjAy, http://www.playvid.com/watch/B22t62TpGqn, http://www.playvid.com/watch/bLBqYOhQMmX,
http://www.playvid.com/watch/03-jedZKV8E, http://www.playvid.com/watch/IVGa4dCRZLX, http://www.playvid.com/watch/LWW93jthA0a,
http://www.playvid.com/watch/3i8DqSnpZvt, http://www.playvid.com/watch/SZiSNcfaUrN, http://www.playvid.com/watch/qnURKnlMWqd,
http://www.playvid.com/watch/hKBlv64EmJb, http://www.playvid.com/watch/ra-HlHdB5rE, http://www.playvid.com/watch/3x52PF6rOCP,
http://www.playvid.com/watch/3sIN9TgTQhv, http://www.playvid.com/watch/BNIKhEzmUp7, http://www.playvid.com/watch/0nwGknHKHiw,
http://www.playvid.com/watch/Z96ESZJSXmX, http://www.playvid.com/watch/eSCIAIlj3ii, http://www.playvid.com/watch/Vdmcm4SgiBz,
http://www.playvid.com/watch/y6SSqx-Z2rI, http://www.playvid.com/watch/Ui6g96CdUZe, http://www.playvid.com/watch/IFvGqM7Hr2Y,
http://www.playvid.com/watch/47mGgmOB3fy, http://www.playvid.com/watch/W5vD8ilsOLo, http://www.playvid.com/watch/ehOCxdV0UFq,
http://www.playvid.com/watch/iypocftbusH, http://www.playvid.com/watch/Z3JjhgxhyUR, http://www.playvid.com/watch/BeqfroN9LZC,
http://www.playvid.com/watch/VlbKIbbIkzF, http://www.playvid.com/watch/rMhXcnKG2Pt, http://www.playvid.com/watch/ncUE3XTLbYH,
http://www.playvid.com/watch/P55nxrdKsUD, http://www.playvid.com/watch/5Mh5l4jYkNE, http://www.playvid.com/watch/jwCw5KKupcm,
http://www.playvid.com/watch/JMMy20kWMQm, http://www.playvid.com/watch/77r8Mmr-EUi, http://www.playvid.com/watch/nGAJbfD4j0W,
http://www.playvid.com/watch/4O36HUQzAtt, http://www.playvid.com/watch/pVFCqkjFMUA, http://www.playvid.com/watch/O8zN8wbzqnZ,
http://www.playvid.com/watch/f7rCBAa29mG, http://www.playvid.com/watch/rWMHQaa-05G, http://www.playvid.com/watch/DMryAJ7ZHTK,
http://www.playvid.com/watch/d-TjuQk8pUW, http://www.playvid.com/watch/8Paec4OnGfY, http://www.playvid.com/watch/t9jU3HsIgod,
http://www.playvid.com/watch/DM7hvKVXXll, http://www.playvid.com/watch/tkgM6qVWFY9, http://www.playvid.com/watch/quMp-2TdJcy,
http://www.playvid.com/watch/gvh9exFuKz7, http://www.playvid.com/watch/KPr5BNhWOyV, http://www.playvid.com/watch/YYoovfhV0Rm
5.f. Date of third notice: 2013-10-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: doctorlove
5.b. Uploader's email address: diamomaart@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/doctorlove
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NvrQu8tCw5L, http://www.playvid.com/watch/pqYPoLyXfDG,
http://www.playvid.com/watch/NL7TkSabxyA, http://www.playvid.com/watch/sFDbw1MQBKF, http://www.playvid.com/watch/pODG6lUATab,
http://www.playvid.com/watch/ZMir27IauDb, http://www.playvid.com/watch/YGzwXJpBOq-, http://www.playvid.com/watch/lq7XOkzr6Pr,
http://www.playvid.com/watch/yjnHTU6NqDS, http://www.playvid.com/watch/0XoaxMPwbGM, http://www.playvid.com/watch/J5Oiebn5E62,
http://www.playvid.com/watch/LLwWPl6ZFc-, http://www.playvid.com/watch/bIv294pI3zP, http://www.playvid.com/watch/KZmqRa3xmpH,
http://www.playvid.com/watch/EWyjfm7fNNh, http://www.playvid.com/watch/SHGMjtq5cc8, http://www.playvid.com/watch/tgnsmtKe8rm,
http://www.playvid.com/watch/9rngf63Ihbt, http://www.playvid.com/watch/dDNoXTlKLo3, http://www.playvid.com/watch/fsugcyd1CfG,
http://www.playvid.com/watch/hVV2sx0hNJo, http://www.playvid.com/watch/O7YHMrVInuI, http://www.playvid.com/watch/EmSr531GgTJ,
http://www.playvid.com/watch/Cf3nuWiKsUe, http://www.playvid.com/watch/pJHC99cV-Xq, http://www.playvid.com/watch/44dVvir-cIk,
http://www.playvid.com/watch/ShNsviMOPm5, http://www.playvid.com/watch/6QirkkbQzyM, http://www.playvid.com/watch/XPQo7I3EPPM,
http://www.playvid.com/watch/TgdgzfJNKIe, http://www.playvid.com/watch/OUIiTo0DIMz, http://www.playvid.com/watch/EHPLf9xPRIn,
http://www.playvid.com/watch/2ZcfWV4T1j5, http://www.playvid.com/watch/Tu-WQWMSPMn, http://www.playvid.com/watch/lwujXfR25tE,
http://www.playvid.com/watch/AmvPXTC2m9l, http://www.playvid.com/watch/2wBVjmtIShD, http://www.playvid.com/watch/dxVMs-c5Q95,
http://www.playvid.com/watch/xG58CUlDrfF, http://www.playvid.com/watch/x-Nz8wY4OX1, http://www.playvid.com/watch/I568yOTpY-i,
http://www.playvid.com/watch/COnId-15LoW, http://www.playvid.com/watch/-NvXwXPJW13, http://www.playvid.com/watch/FyQgDhdv5qa,
http://www.playvid.com/watch/ezvXoizp-oH, http://www.playvid.com/watch/mAnTH6rToOd, http://www.playvid.com/watch/0Nlu5qZQ-lD,
http://www.playvid.com/watch/x3Abz8mt9uD, http://www.playvid.com/watch/BaseTbk5khf, http://www.playvid.com/watch/WtV49Sd3xAo,
http://www.playvid.com/watch/NeX3dbAG3Vg, http://www.playvid.com/watch/PWchIFCZNt0, http://www.playvid.com/watch/vOj-SLIKux9,
http://www.playvid.com/watch/RwZ1iuSLjdP, http://www.playvid.com/watch/n3sMsphqAqG, http://www.playvid.com/watch/7qtJ4Br8okf,
http://www.playvid.com/watch/jTfe4njNUq2, http://www.playvid.com/watch/o8pJFl8TFuU, http://www.playvid.com/watch/mtfMIsHwK-D,
http://www.playvid.com/watch/ornMuo0nItY, http://www.playvid.com/watch/WUKndcUpOU5, http://www.playvid.com/watch/rq3lsU-PeTP,
http://www.playvid.com/watch/hd7dikVgrBx, http://www.playvid.com/watch/6nFCS8BHxnp, http://www.playvid.com/watch/jQe9mh9ELiI,
http://www.playvid.com/watch/6mEzthK6bDq, http://www.playvid.com/watch/BH3NhJa81nt, http://www.playvid.com/watch/UaPjAnPS-R1,
http://www.playvid.com/watch/yLcH4sC7vz8, http://www.playvid.com/watch/YoPfniuPqrB, http://www.playvid.com/watch/jSN4Ss8B7Go,
http://www.playvid.com/watch/ITyh8QHYJwo, http://www.playvid.com/watch/fomwA2t0zeL, http://www.playvid.com/watch/UNMk-VTftZ4,
http://www.playvid.com/watch/ub52kJjZTEn, http://www.playvid.com/watch/CCODYxJLLG5, http://www.playvid.com/watch/FajjLSoqN2E,
http://www.playvid.com/watch/cimxXCOog9l, http://www.playvid.com/watch/k7PhXov9gi0, http://www.playvid.com/watch/gehKZRFdh58,
http://www.playvid.com/watch/E4qLcIotZOq, http://www.playvid.com/watch/h25CLtS5JKk, http://www.playvid.com/watch/rkj0AOSiNai,
http://www.playvid.com/watch/balAeXVrVSs, http://www.playvid.com/watch/poPmr1cnoLM, http://www.playvid.com/watch/RZV0QJZbSF7,
http://www.playvid.com/watch/CO8UMl4RyOp, http://www.playvid.com/watch/-vDfbu-vYcK, http://www.playvid.com/watch/xAqZ7Obm5Kp,
http://www.playvid.com/watch/GgqWAJoTc3U, http://www.playvid.com/watch/tfMQuP-M8B5, http://www.playvid.com/watch/IUv80ZcCpMx,
http://www.playvid.com/watch/loLHOfy5Wz3, http://www.playvid.com/watch/4imOgB8NkWW, http://www.playvid.com/watch/vBD0d4kNvHq,
http://www.playvid.com/watch/hZjnG51FofZ, http://www.playvid.com/watch/JOiqxiqSWDI, http://www.playvid.com/watch/0kHb8IV0eRQ,
http://www.playvid.com/watch/TpSxpn2PWzW, http://www.playvid.com/watch/cK-BDHb6xnR, http://www.playvid.com/watch/E4NaYEFcKuy,
http://www.playvid.com/watch/G5tZk3TkIwQ, http://www.playvid.com/watch/QEWyjf0h51C, http://www.playvid.com/watch/v0RqKMozL4q,
http://www.playvid.com/watch/ttUokl4yWyW, http://www.playvid.com/watch/wEAHyjR6Fxh, http://www.playvid.com/watch/Jx39i-X2csY,
http://www.playvid.com/watch/Lg8qiX3tIOc, http://www.playvid.com/watch/pCKeTQ8-D1j, http://www.playvid.com/watch/MnNXwgRbt8H,
http://www.playvid.com/watch/jKpF1gxpF34, http://www.playvid.com/watch/TylNX7aIvdy, http://www.playvid.com/watch/XqElAlg6Joh,
http://www.playvid.com/watch/u80m-h-S6Zv, http://www.playvid.com/watch/uK9WkgL36oj, http://www.playvid.com/watch/9HDSVblCYCg,
http://www.playvid.com/watch/br0WALPPsDg, http://www.playvid.com/watch/r36sm40UxsR, http://www.playvid.com/watch/5SBafRF8Lbv,
http://www.playvid.com/watch/2CQ1kLPF1KU, http://www.playvid.com/watch/PYGtoh2u8ri, http://www.playvid.com/watch/FOTmC2l1OHy,
http://www.playvid.com/watch/xsc1IfD9hQm, http://www.playvid.com/watch/XIFThT0XR8R, http://www.playvid.com/watch/tRVexVyVYIN,
http://www.playvid.com/watch/NUcAawVxb5j, http://www.playvid.com/watch/rPaU35Z3uLI, http://www.playvid.com/watch/mcrFFy-giPq,
http://www.playvid.com/watch/4qK5bgzARcu, http://www.playvid.com/watch/Q8uMQysEL0H, http://www.playvid.com/watch/D9OmUjna4fO,
http://www.playvid.com/watch/20S-wEjw994, http://www.playvid.com/watch/ER5RXJoS97A, http://www.playvid.com/watch/ORVNYeYE4Lz,
http://www.playvid.com/watch/NmNmc3Pcrp6, http://www.playvid.com/watch/CJ96e3Zw7uW, http://www.playvid.com/watch/NYjsbx5ppul,
http://www.playvid.com/watch/ornG5nZJZAe, http://www.playvid.com/watch/o4FIfanivX7, http://www.playvid.com/watch/tmFnvZtF5ll,
http://www.playvid.com/watch/duPXq0aw0LZ, http://www.playvid.com/watch/Ie9okU2L9ob, http://www.playvid.com/watch/EhkA7pQ3XdV,
http://www.playvid.com/watch/rsMKn6-vwMz, http://www.playvid.com/watch/bT1yS0r63DH, http://www.playvid.com/watch/NX5s9OSpKlR,
http://www.playvid.com/watch/hb2Ty6NeAij, http://www.playvid.com/watch/wOtLulyx7Xt, http://www.playvid.com/watch/CdgBshPbg7A,
http://www.playvid.com/watch/F9hNjMy5VjA, http://www.playvid.com/watch/6PaoioM0jvT, http://www.playvid.com/watch/KuS7PCgzVoN,
http://www.playvid.com/watch/Wyk2-ykZAvw, http://www.playvid.com/watch/7WNDLnp546J, http://www.playvid.com/watch/34Nu8BmyxPI,
http://www.playvid.com/watch/Nds3WrZly-S, http://www.playvid.com/watch/EiqPkGski3Q, http://www.playvid.com/watch/q-rsDOovhPD,
http://www.playvid.com/watch/BMe2VnBXx8p, http://www.playvid.com/watch/7I0HxE4wph1, http://www.playvid.com/watch/vu0n5b1KWo3,
http://www.playvid.com/watch/J-heA2Nyw4a, http://www.playvid.com/watch/ixD2jXdAawF, http://www.playvid.com/watch/TbB2XMyuocj,
http://www.playvid.com/watch/2h7b1pALAWo, http://www.playvid.com/watch/3h6gDcW7AuW, http://www.playvid.com/watch/IDlVV7-9HZs,
http://www.playvid.com/watch/iJrU0qatTCh
5.f. Date of third notice: 2014-02-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dodge007
5.b. Uploader's email address: olympic337@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/dodge007
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IQMo3TxmHK8, http://www.playvid.com/watch/5yPdcBeeJ8H, http://www.playvid.com/watch/cdFPpaQibgN, http://www.playvid.com/watch/Bv0Bll03AGB, http://www.playvid.com/watch/NeaPdi5WTg-, http://www.playvid.com/watch/SlAUuQr6NHN, http://www.playvid.com/watch/dbnUp-8P0cS, http://www.playvid.com/watch/7j-Er59Vcz2, http://www.playvid.com/watch/VwGhMyRQCnS, http://www.playvid.com/watch/6qThVlLZs4y, http://www.playvid.com/watch/neIDXIaQ8js, http://www.playvid.com/watch/dQJ6ok2XjDm, http://www.playvid.com/watch/GsU5Zw0Ir5d, http://www.playvid.com/watch/A4PoCa6tf8Q, http://www.playvid.com/watch/cHMnD3yt2OW, http://www.playvid.com/watch/YRg2seLVHac, http://www.playvid.com/watch/TOORvG9Yis2, http://www.playvid.com/watch/7FVyogyITST, http://www.playvid.com/watch/la7NAyCzZjg, http://www.playvid.com/watch/jXH9IJvum2U, http://www.playvid.com/watch/RbWz5d5I4-3, http://www.playvid.com/watch/z032vXStMqs, http://www.playvid.com/watch/ofqEgTtkuUh, http://www.playvid.com/watch/4w8JqMTpBQv, http://www.playvid.com/watch/dxAhtVnUSSk, http://www.playvid.com/watch/GJJmCI2kxhd, http://www.playvid.com/watch/ECQfojWfDcl, http://www.playvid.com/watch/WvrEWA346bW, http://www.playvid.com/watch/KnCGSXaxYII, http://www.playvid.com/watch/Pt62zQL6sJL, http://www.playvid.com/watch/6aQK22x4Jak, http://www.playvid.com/watch/GdpZcbOFloI, http://www.playvid.com/watch/TcZ52Mst56l, http://www.playvid.com/watch/icY3rAUaM8K, http://www.playvid.com/watch/42ySDWa0UDB, http://www.playvid.com/watch/92C32D8jeU7, http://www.playvid.com/watch/BdMjvMhlR5X, http://www.playvid.com/watch/rrxTp2eHUyV, http://www.playvid.com/watch/2DY4QmF7rWg, http://www.playvid.com/watch/RZRCod6ADVY, http://www.playvid.com/watch/yoOHuxVj5v6, http://www.playvid.com/watch/VWqBr50qQfo, http://www.playvid.com/watch/XKUpD9iRfqG, http://www.playvid.com/watch/Fate6tw3kqZ, http://www.playvid.com/watch/fqsDWr7Z7XQ, http://www.playvid.com/watch/tuSqXivUqPh, http://www.playvid.com/watch/ZFU0m8O36sA, http://www.playvid.com/watch/KxtLuclVo2K, http://www.playvid.com/watch/CQHXK8mk2j0, http://www.playvid.com/watch/uYAlx9TkGyB, http://www.playvid.com/watch/uw-vvQ82ZE0, http://www.playvid.com/watch/k2sGGemEaIa, http://www.playvid.com/watch/GUGylaiNRUV, http://www.playvid.com/watch/CcoCFXwpkMn, http://www.playvid.com/watch/DSoybKXl-z-, http://www.playvid.com/watch/lEpq0T4e-bN, http://www.playvid.com/watch/ZP7V3IUBUHJ, http://www.playvid.com/watch/n2yR6gQ80Bv, http://www.playvid.com/watch/kPIXX8DfU8t, http://www.playvid.com/watch/Tl0pAhFDXJf, http://www.playvid.com/watch/f-iovgw3Xjv, http://www.playvid.com/watch/XfQfjqGUGGw, http://www.playvid.com/watch/N9aXBbsWN7k, http://www.playvid.com/watch/e0XKOM2lWMu, http://www.playvid.com/watch/VZkANEmYRaf, http://www.playvid.com/watch/HXDb0u5taaf, http://www.playvid.com/watch/FNIWEzU2uZZ, http://www.playvid.com/watch/kzF8eoIv3L3, http://www.playvid.com/watch/Bqy4NZisGTy, http://www.playvid.com/watch/HnTqhJsBGJ9, http://www.playvid.com/watch/2NuX4xEU2ns, http://www.playvid.com/watch/GZZqE52V4GY, http://www.playvid.com/watch/8G6UnPDHL2Z, http://www.playvid.com/watch/3y7vx-vBeIy, http://www.playvid.com/watch/ASIk8AmTbsS, http://www.playvid.com/watch/tuSWVhmK6a2, http://www.playvid.com/watch/pczxAIHUWJU, http://www.playvid.com/watch/SRyXafpNMv2, http://www.playvid.com/watch/QoSQwxImkgI, http://www.playvid.com/watch/7SH7sVD8IBh, http://www.playvid.com/watch/ke4h-2oG4Cx, http://www.playvid.com/watch/r2jNXdJ6vjf, http://www.playvid.com/watch/7Jmaq0wHeuU, http://www.playvid.com/watch/i5DfsNugkMX, http://www.playvid.com/watch/jFzZXmAZqbl, http://www.playvid.com/watch/Y0avJIElsGY, http://www.playvid.com/watch/AabZ0qO5kmC, http://www.playvid.com/watch/0WgAPeQLx5z, http://www.playvid.com/watch/QBT6p66yPFU, http://www.playvid.com/watch/0ITzTJCSx4j, http://www.playvid.com/watch/mgMnipsKbuQ, http://www.playvid.com/watch/x56MD3OZuwg, http://www.playvid.com/watch/nEA3gluoupl, http://www.playvid.com/watch/gjIecCfWeeC, http://www.playvid.com/watch/-oynvrL6AiC, http://www.playvid.com/watch/WfFLoWp2qsA, http://www.playvid.com/watch/i39FGimiN--, http://www.playvid.com/watch/VKKHhvjWJko, http://www.playvid.com/watch/ehGGODBFzNx, http://www.playvid.com/watch/Q7eej8JKDY-, http://www.playvid.com/watch/ZDSqDsfHVB6, http://www.playvid.com/watch/rSkNRmeYNIc, http://www.playvid.com/watch/m7vomJwnrDF, http://www.playvid.com/watch/XanWs0zGB7C, http://www.playvid.com/watch/EI09EKBUFKe, http://www.playvid.com/watch/Aul4wCWWez7, http://www.playvid.com/watch/JtyWzk-F58D, http://www.playvid.com/watch/9OJlJ4avksy, http://www.playvid.com/watch/pnywFLbAvMS, http://www.playvid.com/watch/DxnVCQwI5ix, http://www.playvid.com/watch/9ZxtI8R7zJY, http://www.playvid.com/watch/TOHFY8E-U9C, http://www.playvid.com/watch/QRM2mXl59ks, http://www.playvid.com/watch/njMi-CFibXn, http://www.playvid.com/watch/PkaCqE04thH, http://www.playvid.com/watch/xPbdOAreF8G, http://www.playvid.com/watch/D4ajhxP7IoS, http://www.playvid.com/watch/7uBvqO7awzi, http://www.playvid.com/watch/M0CTYcJXBtZ, http://www.playvid.com/watch/zhifz8kMMHL
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dominic316
5.b. Uploader's email address: tavorislacey85@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/dominic316
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iELHOozGCvF, http://www.playvid.com/watch/3yeyr-W2Om8, http://www.playvid.com/watch/vX0J5aAyqFo, http://www.playvid.com/watch/aamqsXejyE9, http://www.playvid.com/watch/PNGGmqZOq3N, http://www.playvid.com/watch/KZ08-9xzmQf, http://www.playvid.com/watch/4zh-Qczg5aP, http://www.playvid.com/watch/D6Mi9-Rg7jL, http://www.playvid.com/watch/8b5NAGL-Xgq, http://www.playvid.com/watch/m0b7gCZY7RH, http://www.playvid.com/watch/r734njHJUwj, http://www.playvid.com/watch/7tFmirsuyvw, http://www.playvid.com/watch/23yreYjG8Gv, http://www.playvid.com/watch/NxeZ4CknAcS, http://www.playvid.com/watch/AA2wOFyhwaH, http://www.playvid.com/watch/xPYUk8yZfIq, http://www.playvid.com/watch/L5VQsyhwIIN, http://www.playvid.com/watch/2EwQVZYi8e6, http://www.playvid.com/watch/fFIhibDlenz, http://www.playvid.com/watch/iAwy29VNl8T, http://www.playvid.com/watch/Ue-Yl6Eso0F, http://www.playvid.com/watch/-6oQnWMbVTo, http://www.playvid.com/watch/qyHPT5kUGbF, http://www.playvid.com/watch/6v7bPA83Nh5, http://www.playvid.com/watch/0CXPm-VJson, http://www.playvid.com/watch/cbn5hW3dS8-, http://www.playvid.com/watch/yFjmslx4f3O, http://www.playvid.com/watch/ebzvuZPKSvh, http://www.playvid.com/watch/sxjbWC5gfMQ, http://www.playvid.com/watch/vQbmcwWdDuh, http://www.playvid.com/watch/mVGVK0sa0fc, http://www.playvid.com/watch/PVGoCJfvrk-, http://www.playvid.com/watch/JJE4Py0VF-3, http://www.playvid.com/watch/Vqx0uODCpr2, http://www.playvid.com/watch/7lyzPTGHr3M, http://www.playvid.com/watch/jrQM46JN8ZO, http://www.playvid.com/watch/3vTWfOsiD2W, http://www.playvid.com/watch/HumsUYyr0Gj, http://www.playvid.com/watch/Yw7duEOKsUu, http://www.playvid.com/watch/iCBYuQiOlj-, http://www.playvid.com/watch/ytfS4JwgVaX, http://www.playvid.com/watch/29WbSnSm0sd, http://www.playvid.com/watch/yYWng-s0Rj5, http://www.playvid.com/watch/0S7GsQOnh-C, http://www.playvid.com/watch/Rd09YekBlko, http://www.playvid.com/watch/0ZeR6UrR07e, http://www.playvid.com/watch/c8O9amLwY8E, http://www.playvid.com/watch/u7i3iZifTOc, http://www.playvid.com/watch/8rbxEQEsd6b, http://www.playvid.com/watch/WiaQyH8xG0i, http://www.playvid.com/watch/O3p3yUPEJiI, http://www.playvid.com/watch/eiSmKhysWBV, http://www.playvid.com/watch/fzEmQ5DP0ju, http://www.playvid.com/watch/PDkt3Ax7GwK, http://www.playvid.com/watch/AdyUnyn3pzO, http://www.playvid.com/watch/aJDhGPLEOt8, http://www.playvid.com/watch/qOWJxdPM5IB, http://www.playvid.com/watch/DwqTLyYYUAy, http://www.playvid.com/watch/ndOTiHyCYrB, http://www.playvid.com/watch/j3Q82-72MXc, http://www.playvid.com/watch/Jyo8KKBPKNK, http://www.playvid.com/watch/YziTLGxk0n4, http://www.playvid.com/watch/QODfJ9R9573, http://www.playvid.com/watch/RrQFvWzIZG6, http://www.playvid.com/watch/M-eaMkm33wt, http://www.playvid.com/watch/dBBjMNSbvRo, http://www.playvid.com/watch/Qydrzqo83cr, http://www.playvid.com/watch/aKyICoK3zNv, http://www.playvid.com/watch/vPwcUjBZB9r, http://www.playvid.com/watch/cYX2XuMNN7F, http://www.playvid.com/watch/rPudTkPhX0b, http://www.playvid.com/watch/Uk0EWOB8xYc, http://www.playvid.com/watch/o2Unxgse9ge, http://www.playvid.com/watch/yyA8I7CgIZe, http://www.playvid.com/watch/JAFhCo5viH3, http://www.playvid.com/watch/s3lxuRzThPe, http://www.playvid.com/watch/quxUo9T-hYh, http://www.playvid.com/watch/yepTbwcKnIN, http://www.playvid.com/watch/mbr2DKugflw, http://www.playvid.com/watch/I4od4P3MBPL, http://www.playvid.com/watch/hNBslxVjuO9, http://www.playvid.com/watch/xHKzXRfQrgt, http://www.playvid.com/watch/bdDSf7IaHSg, http://www.playvid.com/watch/JO0yZplGplI, http://www.playvid.com/watch/JEetHlNI4KC, http://www.playvid.com/watch/oWKg9JvlFF5, http://www.playvid.com/watch/NnXHscHB40T, http://www.playvid.com/watch/5kxoZRG0i8V, http://www.playvid.com/watch/R9MUVypBmBl, http://www.playvid.com/watch/mXkbHz-gosH, http://www.playvid.com/watch/cQf6bV-cAjW, http://www.playvid.com/watch/JxNaiXnbx7S, http://www.playvid.com/watch/i4lJznVgKkf, http://www.playvid.com/watch/ca2gFOdvBrR, http://www.playvid.com/watch/SmYj8DXHndb, http://www.playvid.com/watch/HZb3qZ2YGPL, http://www.playvid.com/watch/zPpGT3jITcZ, http://www.playvid.com/watch/igSBzsnfacL, http://www.playvid.com/watch/iUhLCnxkOZf, http://www.playvid.com/watch/GNci7zOAi6j, http://www.playvid.com/watch/80l2sMEgx7a, http://www.playvid.com/watch/2MV2n4Ulmmt, http://www.playvid.com/watch/tWINXiHNejR, http://www.playvid.com/watch/-VwcUIvw7Ua, http://www.playvid.com/watch/ChRiDP2com0, http://www.playvid.com/watch/QO0izeqSedz, http://www.playvid.com/watch/zww3qBNpWZA, http://www.playvid.com/watch/5EoSi-zsCsF, http://www.playvid.com/watch/kVzzx2VJKBD, http://www.playvid.com/watch/kIfzzwV9Sj0, http://www.playvid.com/watch/EUqK-2c6zZk, http://www.playvid.com/watch/zhNWhWQ0rZL, http://www.playvid.com/watch/UjDVu20Mj0K, http://www.playvid.com/watch/JjxjOydRZuP, http://www.playvid.com/watch/lt9gmasXNPG, http://www.playvid.com/watch/2WkKIGBSIKr, http://www.playvid.com/watch/H3fxHCFQbhQ, http://www.playvid.com/watch/YzSVWpv6YHZ, http://www.playvid.com/watch/PCyijc5VVoJ, http://www.playvid.com/watch/SFkgrK7KwbZ, http://www.playvid.com/watch/apH-ks0PUJq, http://www.playvid.com/watch/cUJzR958fIM, http://www.playvid.com/watch/t2XKzXEIV8a, http://www.playvid.com/watch/Ip8Z3IZsePJ, http://www.playvid.com/watch/tFw5nunnTdY, http://www.playvid.com/watch/XwmIC8oTiWJ, http://www.playvid.com/watch/rWOVL9g5TSK, http://www.playvid.com/watch/Kd4ooxfyz9o, http://www.playvid.com/watch/S4VFvkwvHR6, http://www.playvid.com/watch/L-DG62z5pRQ, http://www.playvid.com/watch/JtgjPsFWw54, http://www.playvid.com/watch/ecGRzKMMrl2, http://www.playvid.com/watch/lyJzvMTy88M, http://www.playvid.com/watch/naYWEouD2Bo, http://www.playvid.com/watch/FIERLI27ODE, http://www.playvid.com/watch/wi0gLdrhVn3, http://www.playvid.com/watch/EdljKVywezt, http://www.playvid.com/watch/uxyWMl63KeE, http://www.playvid.com/watch/KuQ7a0yzofd, http://www.playvid.com/watch/xTxWQ-sqCCn, http://www.playvid.com/watch/rlTythQ9R3f, http://www.playvid.com/watch/L7mPiqXcD0c, http://www.playvid.com/watch/WkhPYlGsH-H,

http://www.playvid.com/watch/RrUYqPgOoPc, http://www.playvid.com/watch/ans07DIsX6D, http://www.playvid.com/watch/Qd5IaqIiGOE, http://www.playvid.com/watch/xBqspHdZBo8, http://www.playvid.com/watch/KdejfHFSKEU, http://www.playvid.com/watch/cKFBfGUVUYt, http://www.playvid.com/watch/99yaldXHNH5, http://www.playvid.com/watch/qaT9jA46Aza, http://www.playvid.com/watch/7BlGeFIc2Ig, http://www.playvid.com/watch/3onjEGl-nzf, http://www.playvid.com/watch/JTN-7SDQ3H5, http://www.playvid.com/watch/V2TjqBxEFfm, http://www.playvid.com/watch/kO7p76A5Kwd, http://www.playvid.com/watch/W242v4W6hkI, http://www.playvid.com/watch/7FkIj9rhNks, http://www.playvid.com/watch/Bz1FZVZQxtN, http://www.playvid.com/watch/QENvbFD9tSP, http://www.playvid.com/watch/GSUUKi7Ts2w, http://www.playvid.com/watch/htTKx24qN3N, http://www.playvid.com/watch/LaDTEUFNGJB, http://www.playvid.com/watch/XpMCWnANBeI, http://www.playvid.com/watch/n08Zj9cozJ4, http://www.playvid.com/watch/OOuweGRRxFT, http://www.playvid.com/watch/KursK-w51j8, http://www.playvid.com/watch/pciKcmqNlKN
5.f. Date of third notice: 2014-01-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: donaldOZZ
5.b. Uploader's email address: adkinttommy@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/donaldOZZ
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jhv8Z3flesy, http://www.playvid.com/watch/CzNBGSzHyH9, http://www.playvid.com/watch/aRfDhRC9VZB, http://www.playvid.com/watch/ZSVctNKYfE5, http://www.playvid.com/watch/lIT5z3mQuPp, http://www.playvid.com/watch/MBFf88wyxVG, http://www.playvid.com/watch/J6DjidO4r5r, http://www.playvid.com/watch/hlYbdHFhhYz, http://www.playvid.com/watch/S7rMOTUypJN, http://www.playvid.com/watch/tTzqSTqkcUt, http://www.playvid.com/watch/BwiotapHo7P, http://www.playvid.com/watch/BSNaM0cshVi, http://www.playvid.com/watch/fJOfuBTDE3d, http://www.playvid.com/watch/VY7EbtcBqXW, http://www.playvid.com/watch/tHXJni3zdVz, http://www.playvid.com/watch/zI58tTucjJM, http://www.playvid.com/watch/OqxQmuQ7UMV, http://www.playvid.com/watch/RHXHb8X0xgU, http://www.playvid.com/watch/COIU4QbabRO, http://www.playvid.com/watch/NXJZZelLoaQ, http://www.playvid.com/watch/FyhK9rCOasn, http://www.playvid.com/watch/g2kkrN-rL5v, http://www.playvid.com/watch/vvobFlRYCeW, http://www.playvid.com/watch/I-38XHBoSM8, http://www.playvid.com/watch/ECQVuGT6Vgb, http://www.playvid.com/watch/gwlwkVxXjBK, http://www.playvid.com/watch/2sYlmDEeLLE, http://www.playvid.com/watch/Qw2KhGNVSrj, http://www.playvid.com/watch/rRjqojlALva, http://www.playvid.com/watch/U4jbTHPaJCF, http://www.playvid.com/watch/D0qHTgxHrTe, http://www.playvid.com/watch/fYTZqdbPlh4, http://www.playvid.com/watch/PIZf6fmuGlO, http://www.playvid.com/watch/rgpnwkl24ij, http://www.playvid.com/watch/Rw0jhNwYBGM, http://www.playvid.com/watch/FfmYkUTJac3, http://www.playvid.com/watch/rDZtpS9bwUU, http://www.playvid.com/watch/MfuDzCmhUgd, http://www.playvid.com/watch/lqx5-6e38Mb, http://www.playvid.com/watch/UkyPcSKplBF, http://www.playvid.com/watch/0hytrtvPLoS, http://www.playvid.com/watch/qt94wWaHnW4, http://www.playvid.com/watch/CDjJqbZ5LIv, http://www.playvid.com/watch/hOiJxWJ-MLs, http://www.playvid.com/watch/aXYF5q0lejd, http://www.playvid.com/watch/V5ZnDQP73Yl, http://www.playvid.com/watch/nfmRO6kwMjx, http://www.playvid.com/watch/6Lug0YjZ-R8, http://www.playvid.com/watch/pmnfFDXDFjo, http://www.playvid.com/watch/7lgotW8ek2k, http://www.playvid.com/watch/R4ZWROH4vdt, http://www.playvid.com/watch/iXzqCL6pQIo, http://www.playvid.com/watch/AsozTAbiULm, http://www.playvid.com/watch/DHT9XgTdttB, http://www.playvid.com/watch/H72h5bf2ZHr, http://www.playvid.com/watch/MZbiRsJFnBK, http://www.playvid.com/watch/ILh9rbaVAQC, http://www.playvid.com/watch/yW9KVCFh-gD, http://www.playvid.com/watch/quVIk450KVk, http://www.playvid.com/watch/AkSGPYa6VUj, http://www.playvid.com/watch/hNKQejREI8l, http://www.playvid.com/watch/8cQQersG6wn, http://www.playvid.com/watch/87hVE5Eq7IA, http://www.playvid.com/watch/F9kSEpRzWAx, http://www.playvid.com/watch/Km3fFLnKmVh, http://www.playvid.com/watch/B2XAjozy3py, http://www.playvid.com/watch/Gcy-Z9ONw9Q, http://www.playvid.com/watch/u5EtMfqsUi6, http://www.playvid.com/watch/l8dR6jvSemF, http://www.playvid.com/watch/f5dgxIaAzq9, http://www.playvid.com/watch/4GCMB3KKqyn, http://www.playvid.com/watch/sHgFkKq8Kqr, http://www.playvid.com/watch/VOZ6VvFAVkG, http://www.playvid.com/watch/PPLe3ymL5Nw, http://www.playvid.com/watch/nNdJ6j8gWJe, http://www.playvid.com/watch/aE4Gflwq3kY, http://www.playvid.com/watch/kuNHqJXVdgG, http://www.playvid.com/watch/aaJloGi2wsz, http://www.playvid.com/watch/7gNkvSd-lF7, http://www.playvid.com/watch/Krn9gXFpqTu, http://www.playvid.com/watch/SStHpOGU4ZZ, http://www.playvid.com/watch/nBA6ge2h8mc, http://www.playvid.com/watch/G5rZLAyPQ3i, http://www.playvid.com/watch/DsGNd9LX7MO, http://www.playvid.com/watch/b6XE6nG6fw3, http://www.playvid.com/watch/zNh5bmkDruO, http://www.playvid.com/watch/-RIwwyTQDRY, http://www.playvid.com/watch/FXfr8GwI6EW, http://www.playvid.com/watch/39dRM9-LUOV, http://www.playvid.com/watch/HHziYqeu2-q, http://www.playvid.com/watch/EDGtxXvkb7p, http://www.playvid.com/watch/tKMOreUEMwO, http://www.playvid.com/watch/-fdD2KgYwmG, http://www.playvid.com/watch/7FO3-r73ujU, http://www.playvid.com/watch/BeYLol5d3Bl, http://www.playvid.com/watch/jnFfHRRd9m9, http://www.playvid.com/watch/jl4Gkqyf7jL, http://www.playvid.com/watch/z4oVfhUMnd3, http://www.playvid.com/watch/QjE5ehp2C53, http://www.playvid.com/watch/rzyANGAPxE3, http://www.playvid.com/watch/fZXotPHTGmh, http://www.playvid.com/watch/sPmR-CgHsOh, http://www.playvid.com/watch/LjhDJdofM8w, http://www.playvid.com/watch/fYBYM8-XkrN, http://www.playvid.com/watch/Mw9QI9JADoa, http://www.playvid.com/watch/mAkEWphbME8, http://www.playvid.com/watch/EHSAKj0VzW-, http://www.playvid.com/watch/dvt3NQocTF6, http://www.playvid.com/watch/2RaRNavG0Ij, http://www.playvid.com/watch/UcCnBb7eZZp, http://www.playvid.com/watch/AliWkRtuqZ6, http://www.playvid.com/watch/s85zc8YC0LS, http://www.playvid.com/watch/gs-uIXcYjjJ, http://www.playvid.com/watch/e87u7YrUAFj, http://www.playvid.com/watch/TKpxWZBpFDG, http://www.playvid.com/watch/dieFAoSovUT, http://www.playvid.com/watch/Bfl38xH8rY5, http://www.playvid.com/watch/qXhOJ-kmn94, http://www.playvid.com/watch/u7MF9EX0qSs, http://www.playvid.com/watch/n75VpNjWMhI, http://www.playvid.com/watch/0QxPe9SilGR, http://www.playvid.com/watch/jMVmyEA7Ue2, http://www.playvid.com/watch/PDihJQHVt4t, http://www.playvid.com/watch/MmB774DQszI, http://www.playvid.com/watch/qspGABOIbAE, http://www.playvid.com/watch/A2p-f3g-qVy, http://www.playvid.com/watch/QGGCOpQ0Bdk, http://www.playvid.com/watch/HEU0trJUizR, http://www.playvid.com/watch/b7pd8CkxUqh, http://www.playvid.com/watch/qVn5PexrPiV, http://www.playvid.com/watch/ybxikbsNdLS, http://www.playvid.com/watch/TI5k-o2BeLk, http://www.playvid.com/watch/Dfc-K2qjRSU, http://www.playvid.com/watch/rXIi2Y3O3hH, http://www.playvid.com/watch/ECYHhkQntq0, http://www.playvid.com/watch/nss78DvqnBX, http://www.playvid.com/watch/VvUlvjljQaL, http://www.playvid.com/watch/HfkVU5bnuQS, http://www.playvid.com/watch/SPs6YUXg62b, http://www.playvid.com/watch/Kjz8JLfvVXP, http://www.playvid.com/watch/OiAIDvbBM8g, http://www.playvid.com/watch/O3vMeub5qL-, http://www.playvid.com/watch/aOUx6SgZzy4, http://www.playvid.com/watch/i2E8u9M9IJz, http://www.playvid.com/watch/O6BvRbiBY0g, http://www.playvid.com/watch/CeG2AcVVYDI, http://www.playvid.com/watch/4jkVS7FRwz7, http://www.playvid.com/watch/JPM7uH64LiM, http://www.playvid.com/watch/dR36JBJYBdo, http://www.playvid.com/watch/pvJEdBUlvnx, http://www.playvid.com/watch/DPkNB6IDi3k
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dontonino
5.b. Uploader's email address: migueltorinoo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dontonino
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fKingz-BXBr, http://www.playvid.com/watch/PD0FurWEKPl, http://www.playvid.com/watch/3Ugoe03C0a-, http://www.playvid.com/watch/buimMXftXTr, http://www.playvid.com/watch/yIlhk8pDeJZ, http://www.playvid.com/watch/vn0VrS6-maJ, http://www.playvid.com/watch/9we5t2dNH7N, http://www.playvid.com/watch/-LBsgjiazJF, http://www.playvid.com/watch/hIfK6mcEKnt, http://www.playvid.com/watch/lAiXIkdYgEe, http://www.playvid.com/watch/BrSC7ov8KJa, http://www.playvid.com/watch/j0SCbklc09T, http://www.playvid.com/watch/wWRW2sWimRb, http://www.playvid.com/watch/PaDFN3EZKes, http://www.playvid.com/watch/7N0yzT-tXmr, http://www.playvid.com/watch/Uiw0JGEU98X, http://www.playvid.com/watch/G0qQ8yIy3b4, http://www.playvid.com/watch/bA-KQxHLUwx, http://www.playvid.com/watch/Z-lNUEf28XM, http://www.playvid.com/watch/FHEAirZuySn, http://www.playvid.com/watch/CPyQLaG-qE0, http://www.playvid.com/watch/CbOsiCFChoU, http://www.playvid.com/watch/5yRVo4LFIOx, http://www.playvid.com/watch/8k64erzlFbS, http://www.playvid.com/watch/YmmizI4NCpA, http://www.playvid.com/watch/79fTs6Dw7zP, http://www.playvid.com/watch/QvF6-MMT8KE, http://www.playvid.com/watch/tvyEAw7sgzh, http://www.playvid.com/watch/VsXmFANKxgY, http://www.playvid.com/watch/cZYWEp-xcBV, http://www.playvid.com/watch/v5FfQyPv7wa, http://www.playvid.com/watch/haD3namNxPq, http://www.playvid.com/watch/t2rxJpkTlK2, http://www.playvid.com/watch/CHY8n768LAt, http://www.playvid.com/watch/iOOp8Za5yEQ, http://www.playvid.com/watch/dglMAUDCn4B, http://www.playvid.com/watch/3vACEf9O0fO, http://www.playvid.com/watch/YvsKeptoPc8, http://www.playvid.com/watch/yKqJkML-mtV, http://www.playvid.com/watch/F9ypW7Jspt8, http://www.playvid.com/watch/cOMbXCiZzbn, http://www.playvid.com/watch/CuVlZvWEQ-i, http://www.playvid.com/watch/e7Y9WALcJT5, http://www.playvid.com/watch/wVRZ0takq4V, http://www.playvid.com/watch/0bflkBIbWi3, http://www.playvid.com/watch/WjuzarCy8cB, http://www.playvid.com/watch/z9f7MukKAkO, http://www.playvid.com/watch/KlmTYTB-QXY, http://www.playvid.com/watch/nlyzeHnb8zC, http://www.playvid.com/watch/qJ05d4ONzvk, http://www.playvid.com/watch/35RGNcE8l5K, http://www.playvid.com/watch/LK-Nw3vJzns, http://www.playvid.com/watch/47IfVj4jA6V, http://www.playvid.com/watch/rzPmYpbfmrG, http://www.playvid.com/watch/pntLg8sg0Lc, http://www.playvid.com/watch/GUDny74RQhg, http://www.playvid.com/watch/tbS-pFb2TDQ, http://www.playvid.com/watch/HseAgKQSc2U, http://www.playvid.com/watch/NEIYjcTjJI8, http://www.playvid.com/watch/-4bZn0fx2Ke, http://www.playvid.com/watch/50QpSSl9rog, http://www.playvid.com/watch/veCB30pFN5v, http://www.playvid.com/watch/JFkvkLh0EbY, http://www.playvid.com/watch/ZxWBeIs4EnI, http://www.playvid.com/watch/m5KQRRIKa83, http://www.playvid.com/watch/ZwqzrloaYLm, http://www.playvid.com/watch/I8KxMLOIrAM, http://www.playvid.com/watch/x2JcJ4qb-l6, http://www.playvid.com/watch/q0xZlGIsxpj, http://www.playvid.com/watch/BQBAgviYaB8, http://www.playvid.com/watch/mgaq4PkPQSi,

http://www.playvid.com/watch/2MMOgzGJVOE, http://www.playvid.com/watch/SMiQEHPvpXC, http://www.playvid.com/watch/SJYHzGzLjH0,
http://www.playvid.com/watch/fU95Ue9VlTA, http://www.playvid.com/watch/-4daMDWIe4A, http://www.playvid.com/watch/ZOVXhdosRtU,
http://www.playvid.com/watch/HGkoiZ-ZphP, http://www.playvid.com/watch/qIoCwNEDYZB, http://www.playvid.com/watch/tV8735EyM3R,
http://www.playvid.com/watch/dK5YIAdW2Nz, http://www.playvid.com/watch/uUzjK59mpoe, http://www.playvid.com/watch/G9ByetvXbdA,
http://www.playvid.com/watch/PiGqfpYZNQJ, http://www.playvid.com/watch/fQRgTTgcOPK, http://www.playvid.com/watch/mwxZmhvWLo2,
http://www.playvid.com/watch/ycjRo6l-lXx, http://www.playvid.com/watch/L-Xsqs9heNH, http://www.playvid.com/watch/bvH3DwysjgG,
http://www.playvid.com/watch/K5f5z7Cki4B, http://www.playvid.com/watch/mrhW2lFEeMp, http://www.playvid.com/watch/-vhENEAY4CX,
http://www.playvid.com/watch/gydpYcqvGuC, http://www.playvid.com/watch/PSb2lxpHjIF, http://www.playvid.com/watch/lrzE-TrmDlM,
http://www.playvid.com/watch/l7lEmxXvxk6, http://www.playvid.com/watch/EHqrs-LZJf7, http://www.playvid.com/watch/B8cRGrCprpw,
http://www.playvid.com/watch/ZkME-305O8f, http://www.playvid.com/watch/hthh-Uu8k6T, http://www.playvid.com/watch/TKp6dMbsihw,
http://www.playvid.com/watch/HxTopYTmTWi, http://www.playvid.com/watch/esGQWnoo03Z, http://www.playvid.com/watch/FJHIDMV4H--,
http://www.playvid.com/watch/rGqoQ4XIQbO, http://www.playvid.com/watch/5dwLJtqbFxn, http://www.playvid.com/watch/VoidPZvmBQX,
http://www.playvid.com/watch/s8F5lFxeoAt, http://www.playvid.com/watch/jNPv6GcqrBj, http://www.playvid.com/watch/rx0ePyP2bqR,
http://www.playvid.com/watch/4L4b8c7H2EQ, http://www.playvid.com/watch/eluumR3OZB-, http://www.playvid.com/watch/PkRf40T-a5g,
http://www.playvid.com/watch/Pf7Xlp7RxJV, http://www.playvid.com/watch/KyF3ko58Hel, http://www.playvid.com/watch/paEHXJYgYjc,
http://www.playvid.com/watch/xDr2jiZS8O5, http://www.playvid.com/watch/aXya6NnATG-, http://www.playvid.com/watch/8vgMIqeAvHJ,
http://www.playvid.com/watch/zwdl8UHyHEI, http://www.playvid.com/watch/Y9RvUe49BMD, http://www.playvid.com/watch/2dMo8axhGS8,
http://www.playvid.com/watch/klh7qtzOjW3, http://www.playvid.com/watch/IPtnc5wGjfr, http://www.playvid.com/watch/08QOcfjTECe,
http://www.playvid.com/watch/ulg5JoJO98O, http://www.playvid.com/watch/nl7TJIxgYLG, http://www.playvid.com/watch/Dpyr-xDhtdH,
http://www.playvid.com/watch/j5isaRp3n20, http://www.playvid.com/watch/JSTBuYVY6eM, http://www.playvid.com/watch/yVinSYndCnf,
http://www.playvid.com/watch/7QsmHSZ8TVe, http://www.playvid.com/watch/yE0yb-z7GT5, http://www.playvid.com/watch/exC9H6lb2CW,
http://www.playvid.com/watch/QakGeDhsGM4, http://www.playvid.com/watch/IVxr4vroF0O, http://www.playvid.com/watch/VRi9J4pvPjK,
http://www.playvid.com/watch/J2Fzf0pzIqu, http://www.playvid.com/watch/im7JnwoyP-S, http://www.playvid.com/watch/iQf8qdvRGx7,
http://www.playvid.com/watch/GMXnxVWFGLW, http://www.playvid.com/watch/BvYt3-VgmMb, http://www.playvid.com/watch/PdKQwsKBwMx,
http://www.playvid.com/watch/VV8m6B3QHbu, http://www.playvid.com/watch/xyPP0BA7qZu, http://www.playvid.com/watch/OniQZQ8V3b4,
http://www.playvid.com/watch/s557aSUCOx3, http://www.playvid.com/watch/CKCt7QvMBwq, http://www.playvid.com/watch/TMFFAiCPAYF,
http://www.playvid.com/watch/XZyb6DkEDxB, http://www.playvid.com/watch/cTXnB8Ljhmb, http://www.playvid.com/watch/8wZtBAyVrKp,
http://www.playvid.com/watch/-DXvuvHcNJd, http://www.playvid.com/watch/hHtaXGWJdbn, http://www.playvid.com/watch/BAUlhVA3d27
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dontworry
5.b. Uploader's email address: lolaseat@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dontworry
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bFUla8HUJjo, http://www.playvid.com/watch/2D2onn-sDfS,
http://www.playvid.com/watch/H8FdV7EuqV0, http://www.playvid.com/watch/FVCLQ2okbUS, http://www.playvid.com/watch/FpJs4a6xmsU,
http://www.playvid.com/watch/BVoqu9Z6LvP, http://www.playvid.com/watch/TjHm2V-vLx6, http://www.playvid.com/watch/5NkZKGwxPVf,
http://www.playvid.com/watch/m2AGkKGO8ly, http://www.playvid.com/watch/fp--9Ybckyi, http://www.playvid.com/watch/rvC5-h3cCGd,
http://www.playvid.com/watch/oUck-JWWmbP, http://www.playvid.com/watch/bEhPUSdePEZ, http://www.playvid.com/watch/kDaSkGqbdOj,
http://www.playvid.com/watch/9bGseD4dWEg, http://www.playvid.com/watch/nef0KR60ggW, http://www.playvid.com/watch/VkU0WqHf4FP,
http://www.playvid.com/watch/tjYsbD0ppN5, http://www.playvid.com/watch/VOYCX6gsEka, http://www.playvid.com/watch/SVWbLFHd37b,
http://www.playvid.com/watch/iLGIhjxMiml, http://www.playvid.com/watch/cWb5QrEPZn3, http://www.playvid.com/watch/uWn9Ce-aqVP,
http://www.playvid.com/watch/JORMGhBfF-c, http://www.playvid.com/watch/B3lhSo2jjoX, http://www.playvid.com/watch/rDCb76C7-MC,
http://www.playvid.com/watch/jfCSAc4B0ER, http://www.playvid.com/watch/mCL3yhrlbv7, http://www.playvid.com/watch/L5rlWVmauPa,
http://www.playvid.com/watch/MVKAIxKniza, http://www.playvid.com/watch/DbQIqKuCKm4, http://www.playvid.com/watch/8wn4wShDc-z,
http://www.playvid.com/watch/fD5GfYvKkwy, http://www.playvid.com/watch/207alBKkLCw, http://www.playvid.com/watch/7UOJtAUK3dR,
http://www.playvid.com/watch/OiR2py69occ, http://www.playvid.com/watch/ocjIfuUST9q, http://www.playvid.com/watch/4qvZSOJWVKH,
http://www.playvid.com/watch/USOlKdjxP4c, http://www.playvid.com/watch/pR2VEkeSazC, http://www.playvid.com/watch/y3rYqPia2Gm,
http://www.playvid.com/watch/xhOXfsclpGB, http://www.playvid.com/watch/Ul4m-XHuTQS, http://www.playvid.com/watch/mgplxDJivbR,
http://www.playvid.com/watch/LZDtl9gFT7T, http://www.playvid.com/watch/4rKA4Fvtb70, http://www.playvid.com/watch/hJN3R59pd-8,
http://www.playvid.com/watch/Avu8uQz6wT3, http://www.playvid.com/watch/IOU4r7A8n8U, http://www.playvid.com/watch/xwKH7Q5eniU,
http://www.playvid.com/watch/bDBKDvZQdMl, http://www.playvid.com/watch/Vmg9C9ONLpT, http://www.playvid.com/watch/DDRoCP5exGp,
http://www.playvid.com/watch/STRhgfr6Y0F, http://www.playvid.com/watch/6UqNysBRNB6, http://www.playvid.com/watch/VARfaUd3yq-,
http://www.playvid.com/watch/znoeF9dbVc7, http://www.playvid.com/watch/KtAFfsUj3XT, http://www.playvid.com/watch/wj4bBPth4tr,
http://www.playvid.com/watch/2fjRFEbDcXC, http://www.playvid.com/watch/Uday8OPoaC5, http://www.playvid.com/watch/4DuWNPwFHLI,
http://www.playvid.com/watch/em7EnOzOPgo, http://www.playvid.com/watch/gEYYVg2nSs6, http://www.playvid.com/watch/UrbKclQ7YNd,
http://www.playvid.com/watch/Ip7AEmYHNfF, http://www.playvid.com/watch/PiynUcuxLug, http://www.playvid.com/watch/6nPtsskvXqW,
http://www.playvid.com/watch/Ht73a9XNVcG, http://www.playvid.com/watch/QjbugmHRsCU, http://www.playvid.com/watch/VoDa9FYGO8g,
http://www.playvid.com/watch/HlhCanQlBmP, http://www.playvid.com/watch/WzqoikrmrgZ, http://www.playvid.com/watch/feMHsO2wyeL,
http://www.playvid.com/watch/g35HFt-6er8, http://www.playvid.com/watch/KlqnTNlnCfq, http://www.playvid.com/watch/GWbqAUP69p-,
http://www.playvid.com/watch/KBuQDDduUwi, http://www.playvid.com/watch/RZMzgoBh8C2, http://www.playvid.com/watch/dAlCbvJSq-l,
http://www.playvid.com/watch/h2nNaPhAVmz, http://www.playvid.com/watch/ji2MvGb7ryJ, http://www.playvid.com/watch/v3B6o4ahZ0E,
http://www.playvid.com/watch/KvoBpK5gJBO, http://www.playvid.com/watch/VW3aIl0I6Bi, http://www.playvid.com/watch/rxAcZYPOKHz,
http://www.playvid.com/watch/EIHLW25ushM
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dooglas
5.b. Uploader's email address: leonardnikulin@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/dooglas
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Kf6jf0k3NGg, http://www.playvid.com/watch/IW0GYD3MTi2,
http://www.playvid.com/watch/fxNCzs0bRPF, http://www.playvid.com/watch/cZM58Rtsi2z, http://www.playvid.com/watch/ByI4EK2ohM-,
http://www.playvid.com/watch/03SzOkJSpd4, http://www.playvid.com/watch/R4Ke8oVJSgE, http://www.playvid.com/watch/GoSwCYwePJL,
http://www.playvid.com/watch/VzypsIR2tPL, http://www.playvid.com/watch/Ib4hKVtDde2, http://www.playvid.com/watch/kdIlgNWCTR7,
http://www.playvid.com/watch/DIVNK-Z9xTU, http://www.playvid.com/watch/0QgugFOXA8n, http://www.playvid.com/watch/qixUVL-P436,
http://www.playvid.com/watch/k62FsuJUHDy, http://www.playvid.com/watch/nwROhsNYH3z, http://www.playvid.com/watch/jGjsj8AQjBg,
http://www.playvid.com/watch/s5iJfav9jfF, http://www.playvid.com/watch/Lk2VkwsVSwf, http://www.playvid.com/watch/3yG3A2dCibo,
http://www.playvid.com/watch/bY-ZHf-WHGY, http://www.playvid.com/watch/tvT-8IV7g9P, http://www.playvid.com/watch/55dU0vMgSwr,
http://www.playvid.com/watch/dUtER-j2Y7l, http://www.playvid.com/watch/6LLKODefp6k, http://www.playvid.com/watch/t3t0GstdVNz,
http://www.playvid.com/watch/NLDkgiHX27f, http://www.playvid.com/watch/Uar4wOGnZXY, http://www.playvid.com/watch/4zAkQQeRG-P,
http://www.playvid.com/watch/IpbYfDIOeI8, http://www.playvid.com/watch/DnVrIT9HI3g, http://www.playvid.com/watch/Z-vNrhUyzvw,
http://www.playvid.com/watch/R-YaF3Ov6zX, http://www.playvid.com/watch/T2Q9RKvv556, http://www.playvid.com/watch/pHgpP2lQEpg,
http://www.playvid.com/watch/2Qg0I2wWFy0, http://www.playvid.com/watch/y02apzkPL9v, http://www.playvid.com/watch/SWofG7TWOS3,
http://www.playvid.com/watch/THgJ9ZXbBPZ, http://www.playvid.com/watch/Z5BADOOOhhQ, http://www.playvid.com/watch/5A6fR-fe20r,
http://www.playvid.com/watch/BtfRWYMfhGo, http://www.playvid.com/watch/ISGJVQVYBpB, http://www.playvid.com/watch/TfQq5zeBcoI,
http://www.playvid.com/watch/Z55sK6d-tsr, http://www.playvid.com/watch/bZXG3CwL4vP, http://www.playvid.com/watch/B4d99ljzV-v,
http://www.playvid.com/watch/ZoudbYoB5Gt, http://www.playvid.com/watch/9fYM90wRyCp, http://www.playvid.com/watch/FGCdRKO2PMU,
http://www.playvid.com/watch/RlZosi-TwMu, http://www.playvid.com/watch/QlhXO8tLiVu, http://www.playvid.com/watch/DPWKCHotnuN,
http://www.playvid.com/watch/dtlH03TOHwe, http://www.playvid.com/watch/cD8uG4Hxh3I, http://www.playvid.com/watch/Ivxg7gbsKJ3,
http://www.playvid.com/watch/OdkYLnZSwHK, http://www.playvid.com/watch/zHUw6ZFtRsO, http://www.playvid.com/watch/m8ozlY7tngy,
http://www.playvid.com/watch/P3k4cRgcYac, http://www.playvid.com/watch/uLxAz2Tsl4u, http://www.playvid.com/watch/He888DuowqZ,
http://www.playvid.com/watch/iEPKF0agb23, http://www.playvid.com/watch/EECIyDgItGW, http://www.playvid.com/watch/XQ-wBJvAUNF,
http://www.playvid.com/watch/45WsZx4AcxE, http://www.playvid.com/watch/bqWI0oY6cXP, http://www.playvid.com/watch/WoAzciDfBON,
http://www.playvid.com/watch/TkzjF4BCH2k, http://www.playvid.com/watch/Vfb-8yw3rxF, http://www.playvid.com/watch/VayIQXGVELH,
http://www.playvid.com/watch/6TqSxnb-wXt, http://www.playvid.com/watch/dD7lKMp4iDh, http://www.playvid.com/watch/YQ-eLfMQdKO,
http://www.playvid.com/watch/0Glyr27qotj, http://www.playvid.com/watch/qXYa5YDbNo6, http://www.playvid.com/watch/ENRAwrnLjt5,

http://www.playvid.com/watch/5b9CsFmWT3U, http://www.playvid.com/watch/VW-JaAIECBv, http://www.playvid.com/watch/3joAnc8poP0, http://www.playvid.com/watch/rh-3nYxikZC, http://www.playvid.com/watch/NcfKaXx-fR4, http://www.playvid.com/watch/be45bXEYhaZ, http://www.playvid.com/watch/0y2iunsYc2l, http://www.playvid.com/watch/kHZTX-AUcmF, http://www.playvid.com/watch/CgWlbTAFV5V, http://www.playvid.com/watch/GABK6XqJ6JG, http://www.playvid.com/watch/pKP5j6dO4YZ, http://www.playvid.com/watch/cqfn-Tzfo-q, http://www.playvid.com/watch/G4gk2ezkAlD, http://www.playvid.com/watch/hSlheMOYBUL, http://www.playvid.com/watch/Q98w5EXHUaI, http://www.playvid.com/watch/lfc4hXcrKvf, http://www.playvid.com/watch/8oVyKCgiDmH, http://www.playvid.com/watch/x7ylsPhsMVq, http://www.playvid.com/watch/VoxZSGId9BI, http://www.playvid.com/watch/OCNJT6KTKAp, http://www.playvid.com/watch/ISlq2l3hXPK, http://www.playvid.com/watch/ukLrlWr70Gd, http://www.playvid.com/watch/2GHoxoH7Mw7, http://www.playvid.com/watch/GGuu90HZDPt, http://www.playvid.com/watch/RFOoQLRpKUm, http://www.playvid.com/watch/eiaTnrhLslR, http://www.playvid.com/watch/H6UiF4K-uiC, http://www.playvid.com/watch/IIQMtKA7PUp, http://www.playvid.com/watch/dDP2iwsy--v, http://www.playvid.com/watch/St8ZgTthdIm, http://www.playvid.com/watch/a5M94sZk2Wu, http://www.playvid.com/watch/WOyNQkcgroW, http://www.playvid.com/watch/BtlZuEAe-pt, http://www.playvid.com/watch/icftQn0HsFm, http://www.playvid.com/watch/ZE4GDjpWg2z, http://www.playvid.com/watch/gsYdGZbEEoa, http://www.playvid.com/watch/HtNU8t3aD3m, http://www.playvid.com/watch/4HuOaJdYcIt, http://www.playvid.com/watch/-M5EVcPBtMn, http://www.playvid.com/watch/FHv9NUvaWiK, http://www.playvid.com/watch/3mvjWZjPlp3, http://www.playvid.com/watch/zJuqdKWC77f, http://www.playvid.com/watch/B4ho9HCTqtd, http://www.playvid.com/watch/eZB7ae6Vu3r, http://www.playvid.com/watch/zzSloIkWxzo, http://www.playvid.com/watch/Uu8FA5TpOfH, http://www.playvid.com/watch/sADgKnQG4mF, http://www.playvid.com/watch/Y6irNh2t7UV, http://www.playvid.com/watch/LAgyryzENKg, http://www.playvid.com/watch/evHKStYrnp6, http://www.playvid.com/watch/W8kbVjyAm5T, http://www.playvid.com/watch/qlUBi8EYWoj, http://www.playvid.com/watch/8jtCLMwSIMe, http://www.playvid.com/watch/aoNj9eQE9iQ, http://www.playvid.com/watch/Q7fbPaKQwtm, http://www.playvid.com/watch/pO8tySZC4hE, http://www.playvid.com/watch/JimNqbCmnSt, http://www.playvid.com/watch/OtfaASokDhn, http://www.playvid.com/watch/XOJjoKitsLz, http://www.playvid.com/watch/Gz9dTAItVSl, http://www.playvid.com/watch/wthSQSHsJtq, http://www.playvid.com/watch/8zCjVdkWpKv, http://www.playvid.com/watch/vVHyU3N6ksn, http://www.playvid.com/watch/TdSqUsUlpiW, http://www.playvid.com/watch/qiauL70yci9, http://www.playvid.com/watch/epOUcuTGQrv, http://www.playvid.com/watch/HYVa2IW4yEZ, http://www.playvid.com/watch/dJsx4CdeciM, http://www.playvid.com/watch/zDvnBQFgDg5, http://www.playvid.com/watch/ErhxKnkquIT, http://www.playvid.com/watch/mUZb3kXL89u, http://www.playvid.com/watch/kkSG4r-nFen, http://www.playvid.com/watch/vMIwj3OUAsc, http://www.playvid.com/watch/HWZ09u6khJ6, http://www.playvid.com/watch/nct3yC7G-ej, http://www.playvid.com/watch/cpslITZtNjg, http://www.playvid.com/watch/g0fmFftRhDu, http://www.playvid.com/watch/LmZB4dWHBGT, http://www.playvid.com/watch/CiWBDw3yq4U, http://www.playvid.com/watch/Gnd-aEqDqx3, http://www.playvid.com/watch/rpxwK8R996U, http://www.playvid.com/watch/pqMpDkKzx3h, http://www.playvid.com/watch/-EMHQBMd4tC, http://www.playvid.com/watch/5D8-soHM8te, http://www.playvid.com/watch/Jw6q6rbjjzb, http://www.playvid.com/watch/zfYNM5zqawq, http://www.playvid.com/watch/0dcECxDoQ9U, http://www.playvid.com/watch/iLPcxUxMUsX, http://www.playvid.com/watch/kf98LjtDDBD, http://www.playvid.com/watch/0Qw7e8aM3Jn, http://www.playvid.com/watch/c2VTCQy55Cg, http://www.playvid.com/watch/LttCqIZfIGB, http://www.playvid.com/watch/PUKyPLyGia5, http://www.playvid.com/watch/wWPSNZ75Pl5, http://www.playvid.com/watch/pCpq4MZ7QwE, http://www.playvid.com/watch/A4WO5hhfHIE, http://www.playvid.com/watch/D-EQrQtBccL, http://www.playvid.com/watch/djNcOZpqmGO, http://www.playvid.com/watch/ZIr5LtM9y6c, http://www.playvid.com/watch/90MQ3OCvr-E, http://www.playvid.com/watch/KmkrgEZm63B, http://www.playvid.com/watch/Yqaw-yEcu0V, http://www.playvid.com/watch/ahVo4YSP7lm, http://www.playvid.com/watch/TXRdpWQlEoO, http://www.playvid.com/watch/6kCluCjTHMU, http://www.playvid.com/watch/psALSa7b0Ra, http://www.playvid.com/watch/5RLhwuwb0vw, http://www.playvid.com/watch/XOzH-RABWQO, http://www.playvid.com/watch/EjvZyt5xr2a, http://www.playvid.com/watch/K327YktdOS3, http://www.playvid.com/watch/LtAcwsVFnnd, http://www.playvid.com/watch/jQIKhWfoZnW, http://www.playvid.com/watch/bVSLidx0uX0, http://www.playvid.com/watch/b0sRc3MJ7H0, http://www.playvid.com/watch/3SESUxrMizR, http://www.playvid.com/watch/TeQONe6sNEJ, http://www.playvid.com/watch/juhcYYd87lp, http://www.playvid.com/watch/wVsruKcCQ43, http://www.playvid.com/watch/Yy0tOnS-EFC, http://www.playvid.com/watch/WBY5x3ibxLk, http://www.playvid.com/watch/PSvP8bbnaLi, http://www.playvid.com/watch/f3lixK05oI9, http://www.playvid.com/watch/wtkCrfrl-Q6, http://www.playvid.com/watch/oZlPMbcDx3i, http://www.playvid.com/watch/Gm7HbTi-IEG, http://www.playvid.com/watch/KJ9pc8lmqLr, http://www.playvid.com/watch/brLuCqg9gqv, http://www.playvid.com/watch/Qdol0lE7M7q, http://www.playvid.com/watch/UKI2prmMnFn, http://www.playvid.com/watch/w7U6LzySCpX, http://www.playvid.com/watch/YvFLnZz90Xi, http://www.playvid.com/watch/lj9odsdr4Rj, http://www.playvid.com/watch/W9h7mxomXxy, http://www.playvid.com/watch/l33jaVksoiD, http://www.playvid.com/watch/ow45JJH9GKv, http://www.playvid.com/watch/Fm4Ib-K7Gt-, http://www.playvid.com/watch/RFvVcW5ecWk, http://www.playvid.com/watch/SI5pQEzAlv6, http://www.playvid.com/watch/x7WcrUK694a, http://www.playvid.com/watch/NbVVMpQnBsF, http://www.playvid.com/watch/KURdQUutYbk, http://www.playvid.com/watch/LLaDHrtafbq, http://www.playvid.com/watch/IUEBGwBptUy, http://www.playvid.com/watch/Q4Pg6KAO-I4, http://www.playvid.com/watch/LLEpnXeAboZ, http://www.playvid.com/watch/t5bpcNvCCaQ, http://www.playvid.com/watch/h6UCuB83SN9, http://www.playvid.com/watch/7XV2UPMcN4d, http://www.playvid.com/watch/fO7RdRp5pJ3, http://www.playvid.com/watch/HOso3Mv3Rja, http://www.playvid.com/watch/Zipf5ZCuKDw, http://www.playvid.com/watch/5PSDadjr6ux, http://www.playvid.com/watch/gYJczBz0yT-, http://www.playvid.com/watch/v-bWJm4Nb7l, http://www.playvid.com/watch/0R37leH5gCM, http://www.playvid.com/watch/w3g3khi8eRH, http://www.playvid.com/watch/x6V2DDDmbqH, http://www.playvid.com/watch/NL--QCxMqpe, http://www.playvid.com/watch/ChwZ-xu-O5J, http://www.playvid.com/watch/VlXVCSjsr0l, http://www.playvid.com/watch/P2XTtYt-0bC, http://www.playvid.com/watch/VeY4QeKqHT8, http://www.playvid.com/watch/GJM2Kn2s3C-, http://www.playvid.com/watch/GFjCklpH4R9, http://www.playvid.com/watch/mZyTijXqyq3, http://www.playvid.com/watch/Ut-T3IRz8fO, http://www.playvid.com/watch/bJPgZ9eREIl, http://www.playvid.com/watch/XiJmZePCyUz, http://www.playvid.com/watch/UGe4M6PL8Nq, http://www.playvid.com/watch/42YeqQlnIHH, http://www.playvid.com/watch/NBTw2Ri08NC, http://www.playvid.com/watch/zBVCLL8Reov, http://www.playvid.com/watch/Xy-pMvZsu4E, http://www.playvid.com/watch/gXGeliF785U, http://www.playvid.com/watch/WvcwiosCMNW, http://www.playvid.com/watch/hWFx5O5o7HE, http://www.playvid.com/watch/PQArF8g-WGN, http://www.playvid.com/watch/U-4Tukr4QD3, http://www.playvid.com/watch/zxFcKFjgZjt, http://www.playvid.com/watch/Cou-z8wc2cK, http://www.playvid.com/watch/ZUPaYbJA07p, http://www.playvid.com/watch/4hKyp8fXTTE, http://www.playvid.com/watch/iGCI5BEUvaU, http://www.playvid.com/watch/ghG2leYjtWY, http://www.playvid.com/watch/rzbbTQxnbtL, http://www.playvid.com/watch/wvtqRGDoREa, http://www.playvid.com/watch/Aym5Im-f-nu, http://www.playvid.com/watch/CLg9EYbPg9-, http://www.playvid.com/watch/Y0c7ufC8gDK, http://www.playvid.com/watch/mNKoITMy3GY, http://www.playvid.com/watch/dt55s7y9KOk, http://www.playvid.com/watch/B9oPd6fnSy5
5.f. Date of third notice: 2013-07-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: doonkan
5.b. Uploader's email address: elliot1980@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/doonkan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fNnPBJc6n8c, http://www.playvid.com/watch/4nW6SPr0qrO, http://www.playvid.com/watch/6SOsq8Cp3XB, http://www.playvid.com/watch/rNRDAISlaHF, http://www.playvid.com/watch/cnKTZVnSGpY, http://www.playvid.com/watch/fnfEB6mUqCG, http://www.playvid.com/watch/xPLp8CsXyz2, http://www.playvid.com/watch/YnVora4XIw0, http://www.playvid.com/watch/OCiqsp-s2ve, http://www.playvid.com/watch/g-QivH3WLQg, http://www.playvid.com/watch/kXsCJiret4-, http://www.playvid.com/watch/gwl6qhJTeq0, http://www.playvid.com/watch/vyNCnXhEj6H, http://www.playvid.com/watch/dQIUroGnmep, http://www.playvid.com/watch/7CtkrfcQPK-, http://www.playvid.com/watch/zBQ9YQuVkYL, http://www.playvid.com/watch/BTenoslRUGS, http://www.playvid.com/watch/gWymrZqNTXM, http://www.playvid.com/watch/-yUT8Oc9LfM, http://www.playvid.com/watch/kFvHmIyTxI9, http://www.playvid.com/watch/8uTg7ZKSuMr, http://www.playvid.com/watch/wtXisE9VBpH, http://www.playvid.com/watch/nvWz9QZdg4T, http://www.playvid.com/watch/un3L5MZ9mie, http://www.playvid.com/watch/y2VZj-DFM54, http://www.playvid.com/watch/lX4-4dFBdlW, http://www.playvid.com/watch/5HSf0MIozHZ, http://www.playvid.com/watch/J7lGChRGMtz, http://www.playvid.com/watch/6utsXgVw0NE, http://www.playvid.com/watch/zLOq4Hc3OWN, http://www.playvid.com/watch/MA86jeeVeIm, http://www.playvid.com/watch/PJZfuF0GSm3, http://www.playvid.com/watch/S6zU2HKWvzw, http://www.playvid.com/watch/NVgeu8SOFhj, http://www.playvid.com/watch/ryGd0m2v-q8, http://www.playvid.com/watch/zfRa4MjeVCT, http://www.playvid.com/watch/ByHk6W94oBU, http://www.playvid.com/watch/ZaWvLyrzxty, http://www.playvid.com/watch/PZ9d49tAkUg, http://www.playvid.com/watch/QZ9mB3fwdO6, http://www.playvid.com/watch/kFYsEoRgVWG, http://www.playvid.com/watch/6iG4OfaxZ7V, http://www.playvid.com/watch/Ntx3hDRxUIK, http://www.playvid.com/watch/ewmEL44GZbC, http://www.playvid.com/watch/lT85UHgjXSc, http://www.playvid.com/watch/8iOr3fyGJRl, http://www.playvid.com/watch/dljfGqx0nxH, http://www.playvid.com/watch/ZOB5gqLDYtJ, http://www.playvid.com/watch/t4OyVfzVsR5, http://www.playvid.com/watch/O-dQQHsWiUE, http://www.playvid.com/watch/QTwsbPxyQCl, http://www.playvid.com/watch/taRkroxO6r6, http://www.playvid.com/watch/Br3QmTCvZsb, http://www.playvid.com/watch/ftH5l39Rhsu, http://www.playvid.com/watch/cVmpJwNQBhR, http://www.playvid.com/watch/MHkwPVfdbdo, http://www.playvid.com/watch/ZU6GcZR5Zfq, http://www.playvid.com/watch/HIbS2IZ0AoR, http://www.playvid.com/watch/ZyVHPv2usmd, http://www.playvid.com/watch/La8eJ0F3p02, http://www.playvid.com/watch/ONwIBrJMTLp, http://www.playvid.com/watch/eiY997S9B9j, http://www.playvid.com/watch/2BJn4Pg6iYr, http://www.playvid.com/watch/Ywh6ZycQmpF, http://www.playvid.com/watch/tBNFtB2iFbC, http://www.playvid.com/watch/ZTe-RMFAUFq, http://www.playvid.com/watch/UXLJ2NXAP65, http://www.playvid.com/watch/L2svMFJ-ctq, http://www.playvid.com/watch/-dba56ktxJL, http://www.playvid.com/watch/CEeo8PmHcCX, http://www.playvid.com/watch/jO65TvQbdK-, http://www.playvid.com/watch/wGZtOrz0tu6, http://www.playvid.com/watch/jGKpYlS2x2p, http://www.playvid.com/watch/Sbgz40kKhn8, http://www.playvid.com/watch/6-q0kco-9hW, http://www.playvid.com/watch/0Y9exA4AK4e, http://www.playvid.com/watch/qNXXPTJ2qVy,

http://www.playvid.com/watch/aTo22wCPTUZ, http://www.playvid.com/watch/sJjPs4cE2pj, http://www.playvid.com/watch/yzLJqnL94k8,
http://www.playvid.com/watch/DqJF6QNbnJl, http://www.playvid.com/watch/4y4DgAXBGPR, http://www.playvid.com/watch/yT5RfQP-MLB,
http://www.playvid.com/watch/wc3gIRESseN, http://www.playvid.com/watch/0g4GYiAfzqi, http://www.playvid.com/watch/mtZerD7XnlV,
http://www.playvid.com/watch/xBzPZYDpt7T, http://www.playvid.com/watch/pRPa0LLUhuR, http://www.playvid.com/watch/8mQYViQCew9,
http://www.playvid.com/watch/X0AcT57P5TW, http://www.playvid.com/watch/-4aWYIb6DN4, http://www.playvid.com/watch/iCcEEmCejUA,
http://www.playvid.com/watch/bAtWHTKvx7O, http://www.playvid.com/watch/xEfmsnse4Bs, http://www.playvid.com/watch/xtut8p6Ao8V,
http://www.playvid.com/watch/Nf4ewOOYeuy, http://www.playvid.com/watch/ZgFHz2bWmjf, http://www.playvid.com/watch/XQtCyVmnA7F,
http://www.playvid.com/watch/xlzC-mHgZKN, http://www.playvid.com/watch/W7A0caA2KGI, http://www.playvid.com/watch/kQdrRxFSKvz,
http://www.playvid.com/watch/Z8PwI2RwZX-, http://www.playvid.com/watch/X5z3oQDr3zA, http://www.playvid.com/watch/TvuSoKD2qGV,
http://www.playvid.com/watch/-qtaFDwOw8J, http://www.playvid.com/watch/mgLQcoNxyI4, http://www.playvid.com/watch/GJLrRlMklXf,
http://www.playvid.com/watch/grikYwUYBf9, http://www.playvid.com/watch/wF7N7DCYsl0, http://www.playvid.com/watch/2Pl3pKi5Z5l,
http://www.playvid.com/watch/qXgyinOMF-r, http://www.playvid.com/watch/I6GgwKZ3EBB, http://www.playvid.com/watch/Qh58mzoCTya,
http://www.playvid.com/watch/ywp37l603CC, http://www.playvid.com/watch/rOdoiGgWVIW, http://www.playvid.com/watch/6cSJmJT6Upm,
http://www.playvid.com/watch/UzQBXSDjpmg, http://www.playvid.com/watch/GUuZrMgeYpF, http://www.playvid.com/watch/PduDPI5lCbI,
http://www.playvid.com/watch/6h3YNr7wt4v, http://www.playvid.com/watch/Oliuoc8ahbH, http://www.playvid.com/watch/PAq3Xs-9gxI,
http://www.playvid.com/watch/ikigtH4re9m, http://www.playvid.com/watch/6GwcpGjNGGJ, http://www.playvid.com/watch/VDfodteVX26,
http://www.playvid.com/watch/tGGSSUkWp-y, http://www.playvid.com/watch/k64ahR88wUY, http://www.playvid.com/watch/sVtrGQsAYu-,
http://www.playvid.com/watch/XYqGNe0MRFd, http://www.playvid.com/watch/5eoaWTsFtNK, http://www.playvid.com/watch/isUaezy9bNi,
http://www.playvid.com/watch/GB3rGJGRgNs, http://www.playvid.com/watch/3pEmi6lI7yS, http://www.playvid.com/watch/0-i2OL08VpM,
http://www.playvid.com/watch/9qWzlqGlJv3, http://www.playvid.com/watch/E8VeU3CwfRt, http://www.playvid.com/watch/pwycemRq3ig,
http://www.playvid.com/watch/IrP569-3ErE, http://www.playvid.com/watch/sXKoODQgg0V, http://www.playvid.com/watch/jJ2XOGx5uEB,
http://www.playvid.com/watch/Sxbh4qrAjae, http://www.playvid.com/watch/AQLHHReKTvy, http://www.playvid.com/watch/xL5MWarsTMM,
http://www.playvid.com/watch/7M7taMNuSlc, http://www.playvid.com/watch/kVgdAMTnOUH, http://www.playvid.com/watch/0bq36BrsG7n,
http://www.playvid.com/watch/3ZH6e36RAOr, http://www.playvid.com/watch/Ku-INRNoEHH, http://www.playvid.com/watch/Pmnj-OgzcJc,
http://www.playvid.com/watch/nuUwN9388FE, http://www.playvid.com/watch/zmz62uSTjua, http://www.playvid.com/watch/Wb52Gf0I8Eh,
http://www.playvid.com/watch/drkFE-G-thk, http://www.playvid.com/watch/5ieregVnYW8, http://www.playvid.com/watch/4zqLKLok6Ki,
http://www.playvid.com/watch/CodDdzBuUt2, http://www.playvid.com/watch/QwUlPNi5CEI
5.f. Date of third notice: 2013-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dooom
5.b. Uploader's email address: wesawesari@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/dooom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZvfWtliTU-Y, http://www.playvid.com/watch/5WkgJ43FtjW,
http://www.playvid.com/watch/xWdj3yDPDvP, http://www.playvid.com/watch/63LKunES5w7, http://www.playvid.com/watch/mcH2kmqvWS5,
http://www.playvid.com/watch/GtGg4T8Q8L4, http://www.playvid.com/watch/JmBeqrEKlwz, http://www.playvid.com/watch/0XeBS4NiBmk,
http://www.playvid.com/watch/yKy-OGKA02R, http://www.playvid.com/watch/rs6E7NFlizs, http://www.playvid.com/watch/B6tpLG7Tl53,
http://www.playvid.com/watch/yWPR3Rhktv6, http://www.playvid.com/watch/b40sib-GM4T, http://www.playvid.com/watch/W0WtncgdA3z,
http://www.playvid.com/watch/Sl9n5NetMIR, http://www.playvid.com/watch/muR0HgwXtB2, http://www.playvid.com/watch/kpRpOWrjap7,
http://www.playvid.com/watch/fz2YwBHrG0s, http://www.playvid.com/watch/BbfIfNQEVsV, http://www.playvid.com/watch/gXvBmWLMqJn,
http://www.playvid.com/watch/l7i9UPhAGgL, http://www.playvid.com/watch/UBUgRTn5LwD, http://www.playvid.com/watch/rsvgoBfQlWe,
http://www.playvid.com/watch/6oq9g3BObPu, http://www.playvid.com/watch/qsrrByzuvTY, http://www.playvid.com/watch/lmfgaVHX2oP,
http://www.playvid.com/watch/CR5tLgGGCBN, http://www.playvid.com/watch/sLzQqv44aei, http://www.playvid.com/watch/NaNoFrZPIcI,
http://www.playvid.com/watch/IFiwfvIfWtt, http://www.playvid.com/watch/srUkGzCR6vJ, http://www.playvid.com/watch/dids6q8ZeMS,
http://www.playvid.com/watch/0W8m9dY2NFe, http://www.playvid.com/watch/lcRynO4Cm78, http://www.playvid.com/watch/PWK0JonjtOs,
http://www.playvid.com/watch/mhIfq8Frs2Z, http://www.playvid.com/watch/4bQ5Og40Iea, http://www.playvid.com/watch/Y-VW3IXX-Lm,
http://www.playvid.com/watch/B840sf6tulv, http://www.playvid.com/watch/Yd-3yIcgxJl, http://www.playvid.com/watch/bZzitBzAd9C,
http://www.playvid.com/watch/4d3nEp5lCSb, http://www.playvid.com/watch/sk0ZVZv55WT, http://www.playvid.com/watch/z8S5D5f3bqT,
http://www.playvid.com/watch/guaDYpASi0J, http://www.playvid.com/watch/yQ2xLxFzz4o, http://www.playvid.com/watch/zmnvIa70bLO,
http://www.playvid.com/watch/EWYSf7vRMGn, http://www.playvid.com/watch/pyMVlltfH2a, http://www.playvid.com/watch/pl2a5oVbqzv,
http://www.playvid.com/watch/-OkXHhvuOrJ, http://www.playvid.com/watch/4Iq9gypGF-s, http://www.playvid.com/watch/ai26VawDKgS,
http://www.playvid.com/watch/MwlhbfDkJwd, http://www.playvid.com/watch/K-FFjPRlFcI, http://www.playvid.com/watch/GA6fEtLpLtr,
http://www.playvid.com/watch/i40Vw29rC4n, http://www.playvid.com/watch/8gznwU5bHwk, http://www.playvid.com/watch/jvy9THZpQqn,
http://www.playvid.com/watch/D6ZVu5VJd-d, http://www.playvid.com/watch/RCfh9xZuEcB, http://www.playvid.com/watch/JGsRxZjLsA9,
http://www.playvid.com/watch/dL2yzRzqbJb, http://www.playvid.com/watch/gsLkK3xoabL, http://www.playvid.com/watch/EybMWtCEIg7,
http://www.playvid.com/watch/ZYswAeL6nhp, http://www.playvid.com/watch/KQoHBaGLil0, http://www.playvid.com/watch/VrLFb2KkVBq,
http://www.playvid.com/watch/wcY-SLDkP6u, http://www.playvid.com/watch/rmRyr3QBIxY, http://www.playvid.com/watch/ruU450Y8orV,
http://www.playvid.com/watch/iO4QcAnMXn-, http://www.playvid.com/watch/8ldCS4VFi5e, http://www.playvid.com/watch/dGSfTvIAVIq,
http://www.playvid.com/watch/cP5Vh6oBSBn, http://www.playvid.com/watch/Ai68h6acOyH, http://www.playvid.com/watch/pU-edYD-Wey,
http://www.playvid.com/watch/wd34GYCxuPt, http://www.playvid.com/watch/krSfdurCj4F, http://www.playvid.com/watch/KHaNDegBfGl,
http://www.playvid.com/watch/s3zRHsZQ-8M, http://www.playvid.com/watch/rhYghYQBg3k, http://www.playvid.com/watch/qqw4Pe2KQOJ,
http://www.playvid.com/watch/p5YRvbRoBvS, http://www.playvid.com/watch/ZwCBIYKy-ph, http://www.playvid.com/watch/f8RxQxH-XWD,
http://www.playvid.com/watch/PTbiibLFV-p, http://www.playvid.com/watch/uhdPEBckL6Y, http://www.playvid.com/watch/H5JqUPuTjK5,
http://www.playvid.com/watch/veYr7nz6iPl, http://www.playvid.com/watch/sgHipsPnNcd, http://www.playvid.com/watch/rIpXTCRe9kh,
http://www.playvid.com/watch/XtIQszlfgme, http://www.playvid.com/watch/Cg4ZjgYIbJ2, http://www.playvid.com/watch/QJVV8mZEJov,
http://www.playvid.com/watch/irEWRSEMlPo, http://www.playvid.com/watch/OAExUTtVAXn, http://www.playvid.com/watch/opeIyKt0RqN,
http://www.playvid.com/watch/c7rOcaMe5wC, http://www.playvid.com/watch/H2AnzBXi--d, http://www.playvid.com/watch/HQJOFFLrrTE,
http://www.playvid.com/watch/cEhXrYErKYs, http://www.playvid.com/watch/xcuA4pSiMgL, http://www.playvid.com/watch/ZH7qtt2IcSX,
http://www.playvid.com/watch/ItvKYiLYD3L, http://www.playvid.com/watch/cE-qGUnUhPY, http://www.playvid.com/watch/LHi0AmBlSG-,
http://www.playvid.com/watch/GjwlPIcKX-X, http://www.playvid.com/watch/BWcoLMbh35k, http://www.playvid.com/watch/yGGNRdFdClM,
http://www.playvid.com/watch/Ig2awbHdsuy, http://www.playvid.com/watch/UDsF08fx7u6, http://www.playvid.com/watch/9dC8JMewOcn,
http://www.playvid.com/watch/RuXQpeYaes3, http://www.playvid.com/watch/0e2cSpxtKKd, http://www.playvid.com/watch/552p3-dtofg,
http://www.playvid.com/watch/HThRavsoWKi, http://www.playvid.com/watch/Frh44kuigj7, http://www.playvid.com/watch/963fKiU2LrT,
http://www.playvid.com/watch/prBO2ghG7cB, http://www.playvid.com/watch/53pOBuIBZGP, http://www.playvid.com/watch/YhIimLLbln5,
http://www.playvid.com/watch/83YuHJXHJz7, http://www.playvid.com/watch/7HsClXgxAhv, http://www.playvid.com/watch/tBwvOMG3VdX,
http://www.playvid.com/watch/FxndyCx3LHp, http://www.playvid.com/watch/u0odXMOvm5R, http://www.playvid.com/watch/MSy0BeNxho4,
http://www.playvid.com/watch/wIJYJDc5JM-, http://www.playvid.com/watch/09YtQ70Pqys, http://www.playvid.com/watch/XraHbP07LTc,
http://www.playvid.com/watch/XtSkSDPM7AU, http://www.playvid.com/watch/-7sgOWUaMHu, http://www.playvid.com/watch/6pyyXQWPvbm,
http://www.playvid.com/watch/qtuqrqO9W-C, http://www.playvid.com/watch/GdL7P3QIHfV, http://www.playvid.com/watch/fSbYIxJzBIk,
http://www.playvid.com/watch/KOky-4yPIcU, http://www.playvid.com/watch/kgGQak3BpV5, http://www.playvid.com/watch/uuonBicjuYG,
http://www.playvid.com/watch/fQOVnfpSphJ, http://www.playvid.com/watch/zK-vCWxLRlX, http://www.playvid.com/watch/FTF8BbI-kao,
http://www.playvid.com/watch/q7hFb5f4KQs, http://www.playvid.com/watch/gS4uGka4a3I, http://www.playvid.com/watch/bBqgw26tYca,
http://www.playvid.com/watch/Zkn2CrAp5hv, http://www.playvid.com/watch/SpSnyUXlXuq, http://www.playvid.com/watch/f9JhSYlWa4l,
http://www.playvid.com/watch/gRi-g2HwlZG, http://www.playvid.com/watch/w9dekF-bRxt, http://www.playvid.com/watch/LeeeZjpTQS5,
http://www.playvid.com/watch/PyLNMNBK5B3, http://www.playvid.com/watch/QckJvrwpuMD, http://www.playvid.com/watch/4jMMsGuxKXa,
http://www.playvid.com/watch/CbF37cOvYWk, http://www.playvid.com/watch/wBnGZjI4fCY, http://www.playvid.com/watch/W8L-8374OWv,
http://www.playvid.com/watch/l0q5saGKfEk, http://www.playvid.com/watch/jeN7mHDgvAt, http://www.playvid.com/watch/S4tSLofRV5-,
http://www.playvid.com/watch/NeuD0-XlNEa, http://www.playvid.com/watch/ceu0-w9X0UJ, http://www.playvid.com/watch/U60aAtMDGUs,
http://www.playvid.com/watch/RLf--FSQsBi, http://www.playvid.com/watch/i2dbvpnxylP, http://www.playvid.com/watch/uSsHvYX0rAr,
http://www.playvid.com/watch/lCTYjdPrjAH, http://www.playvid.com/watch/oD6QbXBYGeS, http://www.playvid.com/watch/mG5ihWlTD2r,
http://www.playvid.com/watch/ER4DgsBskvg, http://www.playvid.com/watch/DrJhApy-4PN, http://www.playvid.com/watch/5Oltj8xoKRq,
http://www.playvid.com/watch/VZ8MNWCcnPH, http://www.playvid.com/watch/f3Bp6dmjMf6, http://www.playvid.com/watch/DkkFGiY0g4X,
http://www.playvid.com/watch/G9vByKZNyPr, http://www.playvid.com/watch/NoknSKm8RND, http://www.playvid.com/watch/T5Qrgu8P-hL,
http://www.playvid.com/watch/MLZXv586N39, http://www.playvid.com/watch/swwZE89UbND, http://www.playvid.com/watch/mLAT8QGrUkh,
http://www.playvid.com/watch/DNz6Nv7gq4n, http://www.playvid.com/watch/ldqc-nmKpIf, http://www.playvid.com/watch/4PFi3ePFczA,
http://www.playvid.com/watch/uNhqsmlFw7O, http://www.playvid.com/watch/pv0Qi5wTYbN, http://www.playvid.com/watch/kjrPdJOKWX4,

http://www.playvid.com/watch/Vt9nTINIg0A, http://www.playvid.com/watch/S095TO7PP9Z, http://www.playvid.com/watch/H3SSR9JivaB, http://www.playvid.com/watch/2eHzOygUtnl, http://www.playvid.com/watch/X3gPJ-fzKUy, http://www.playvid.com/watch/a-T2xrLQS4p, http://www.playvid.com/watch/7hGUGzRI2Xq, http://www.playvid.com/watch/ZMiUC7sclyP, http://www.playvid.com/watch/CUnlYdpXv0p, http://www.playvid.com/watch/a6QfVtXwdUB, http://www.playvid.com/watch/-VPMjHbNWnN, http://www.playvid.com/watch/3eb0dNDar2O, http://www.playvid.com/watch/LfJC2CsR4Xd, http://www.playvid.com/watch/qnrm8OtzYJS, http://www.playvid.com/watch/zWciXd2Ipkd, http://www.playvid.com/watch/akpxc5JCsYC, http://www.playvid.com/watch/JMW5srwxyqH, http://www.playvid.com/watch/O3GbWZxhc-p, http://www.playvid.com/watch/ByzpwwnIqv2, http://www.playvid.com/watch/S-x3NiZmTys, http://www.playvid.com/watch/BosnRsBdDZf, http://www.playvid.com/watch/aQhZNBjdoll, http://www.playvid.com/watch/pEDxBXTQLPu, http://www.playvid.com/watch/JNF7KwGWWUd, http://www.playvid.com/watch/GsiZJGsJ-nX, http://www.playvid.com/watch/0kW23tfP89b, http://www.playvid.com/watch/Y6YVVhIylyj, http://www.playvid.com/watch/h6sxQrGTBZv, http://www.playvid.com/watch/gpDj4FdNDKS, http://www.playvid.com/watch/qybuO9t5URW, http://www.playvid.com/watch/ROxzGKRgL4L, http://www.playvid.com/watch/Es2gHBT8Tv3, http://www.playvid.com/watch/LQqs6PT2NZr, http://www.playvid.com/watch/YgDBkQP7u-z, http://www.playvid.com/watch/6fBHYWTln7w, http://www.playvid.com/watch/j8FY0IQ0YA5, http://www.playvid.com/watch/d6OT4dwk6VM, http://www.playvid.com/watch/HwEdH5tIrjW, http://www.playvid.com/watch/dyLckR64hjW, http://www.playvid.com/watch/mnDMjJVVc8k, http://www.playvid.com/watch/EvEKOOqrqQw, http://www.playvid.com/watch/TiJvNAeRpfA, http://www.playvid.com/watch/nVGhI7pzWSa, http://www.playvid.com/watch/p2uW2pPOfc7, http://www.playvid.com/watch/FgKlyl6PyJj, http://www.playvid.com/watch/UBswxNS9QqR, http://www.playvid.com/watch/52ezAoxCttX, http://www.playvid.com/watch/pY7d5gvbheO, http://www.playvid.com/watch/nX0yBDr6Vi4, http://www.playvid.com/watch/C-UVvneLwDs, http://www.playvid.com/watch/yxkIPZ7tuV3, http://www.playvid.com/watch/fLqwSWdalTL, http://www.playvid.com/watch/l95Oh4O6Bfn, http://www.playvid.com/watch/9DWoekjeDRz, http://www.playvid.com/watch/GB63T66COZJ, http://www.playvid.com/watch/StX5hdJWgvX, http://www.playvid.com/watch/hJfDQHRxPO3, http://www.playvid.com/watch/q6JnpqyyEAA, http://www.playvid.com/watch/bPf8NM83Coi, http://www.playvid.com/watch/ZaDVUns8jp9, http://www.playvid.com/watch/U0Xb4aWpmKq, http://www.playvid.com/watch/o6zA8TYbm-R, http://www.playvid.com/watch/uJMTFoBUCx5, http://www.playvid.com/watch/8alxN7tfA3-, http://www.playvid.com/watch/uSzrehcDhVm, http://www.playvid.com/watch/gfLGyU0O7W9, http://www.playvid.com/watch/Ah9GysEk9mF, http://www.playvid.com/watch/Z5jGSHqdaXI, http://www.playvid.com/watch/BsFHcYMg45g, http://www.playvid.com/watch/LcbxteXhTmF, http://www.playvid.com/watch/VxhtoRpPg-v, http://www.playvid.com/watch/wACndqdNr5K, http://www.playvid.com/watch/h23iSj7OcKE, http://www.playvid.com/watch/zfvF66V3zZx, http://www.playvid.com/watch/mNDCBKYs8MR, http://www.playvid.com/watch/Uvo-CuEwMiy, http://www.playvid.com/watch/zm4gw305m0r, http://www.playvid.com/watch/WnCPZB0cUVY, http://www.playvid.com/watch/8mKOlvobqc-, http://www.playvid.com/watch/izBMaohnZ2I, http://www.playvid.com/watch/xgBPuv7rm48, http://www.playvid.com/watch/bUaB4e0l4Zc, http://www.playvid.com/watch/sMpDN4qpcGy, http://www.playvid.com/watch/5j9QBeDO4ea, http://www.playvid.com/watch/HfJSObtltsR, http://www.playvid.com/watch/9GRIno5EIPY, http://www.playvid.com/watch/5RIqOii9PlF, http://www.playvid.com/watch/cy39fcRW-e2, http://www.playvid.com/watch/gqfZfwJ3AmR, http://www.playvid.com/watch/zJE-dI4dX-B
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: doradora
5.b. Uploader's email address: lovemedora@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/doradora
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0VoOMV-T9La, http://www.playvid.com/watch/zAaKxZfs3BN, http://www.playvid.com/watch/HZd5m0Lnmta, http://www.playvid.com/watch/KSyMQh8rpDJ, http://www.playvid.com/watch/8YkfFAeUedn, http://www.playvid.com/watch/UzgqC6Ws64S, http://www.playvid.com/watch/kXXqALfEez6, http://www.playvid.com/watch/yxnfAZcg3tZ, http://www.playvid.com/watch/K2cRMzB4ksc, http://www.playvid.com/watch/2MqilGAxF2g, http://www.playvid.com/watch/rrRtbveKLF4, http://www.playvid.com/watch/WEdSDUNWCPr, http://www.playvid.com/watch/R-fh7wg9HH5, http://www.playvid.com/watch/4j6gg8N6IBz, http://www.playvid.com/watch/0Tc-gHUB8mp, http://www.playvid.com/watch/U4M8IJpsgLJ, http://www.playvid.com/watch/qQR3pSpTOad, http://www.playvid.com/watch/8FyjDfGSAnw, http://www.playvid.com/watch/X3yiTdC7wBu, http://www.playvid.com/watch/eeYX2YHLyBg, http://www.playvid.com/watch/QJzfQHbd0-x, http://www.playvid.com/watch/vJxu2ajaFG-, http://www.playvid.com/watch/ONWvl-AsA5I, http://www.playvid.com/watch/A0SSWslnokk, http://www.playvid.com/watch/Wo6RPdNUOwc, http://www.playvid.com/watch/KrlfAGUCR7A, http://www.playvid.com/watch/setSA5UEX4I, http://www.playvid.com/watch/swAMMc8GYYo, http://www.playvid.com/watch/hxweveD4eAw, http://www.playvid.com/watch/4D3Oi--odM0, http://www.playvid.com/watch/d8eJpSYt5Wo, http://www.playvid.com/watch/wKw0EHzNT0a, http://www.playvid.com/watch/UC3VRNLuKFi, http://www.playvid.com/watch/TmQ8CXbOoql, http://www.playvid.com/watch/vcY3fuLzDbt, http://www.playvid.com/watch/RhQ7KUaBLTc, http://www.playvid.com/watch/XHUjkgVaQ6i, http://www.playvid.com/watch/4mw29yESRbH, http://www.playvid.com/watch/ia8BaMQKlqL, http://www.playvid.com/watch/ziqbAOUkn-L, http://www.playvid.com/watch/VyJeAhs0bS9, http://www.playvid.com/watch/6Sw2fBACPgO, http://www.playvid.com/watch/r0oocD-DXuZ, http://www.playvid.com/watch/29OYNbJ83Jm, http://www.playvid.com/watch/0sYWvZH3yGl, http://www.playvid.com/watch/-SPWPtVygmY, http://www.playvid.com/watch/2gnMoSakcdR, http://www.playvid.com/watch/irgbjNHVLfm, http://www.playvid.com/watch/-LyumMY-3mG, http://www.playvid.com/watch/DtSmEl6yNGu, http://www.playvid.com/watch/RsDd3qJgkKQ, http://www.playvid.com/watch/luKOQtV9rOT, http://www.playvid.com/watch/AL0iuPxk82c, http://www.playvid.com/watch/gUTWCQMAYDW, http://www.playvid.com/watch/qernP9-VqII, http://www.playvid.com/watch/dAHOCfY0tue, http://www.playvid.com/watch/NCanF4mBmwW, http://www.playvid.com/watch/KIJyneK7g3f, http://www.playvid.com/watch/UdyvcDNDHTL, http://www.playvid.com/watch/iDQIYuYsuhS, http://www.playvid.com/watch/ACl8HypWtiJ, http://www.playvid.com/watch/dkEMw8mx-J7, http://www.playvid.com/watch/gVR6xy-q7JM, http://www.playvid.com/watch/6GS-d6BV2MW, http://www.playvid.com/watch/feUaYzATOuf, http://www.playvid.com/watch/uXZyAls8kBs, http://www.playvid.com/watch/MflAIg77pCy, http://www.playvid.com/watch/-relmga7qWU, http://www.playvid.com/watch/byWAtu4A4Ww, http://www.playvid.com/watch/Ui0oa6ye7w9, http://www.playvid.com/watch/XI7DRWkhZci, http://www.playvid.com/watch/TbUfm9D6Qsl, http://www.playvid.com/watch/l30HtX5leAZ, http://www.playvid.com/watch/ZCBWYqAfA8p, http://www.playvid.com/watch/3tGRlHfJFNK, http://www.playvid.com/watch/AlFqTbu5tXx, http://www.playvid.com/watch/EcS-VUblbKD, http://www.playvid.com/watch/Hp3lM4vgUfK, http://www.playvid.com/watch/0WmhYiyIw5e, http://www.playvid.com/watch/wtHJ2bznVr3, http://www.playvid.com/watch/m5G8xkZJA5x, http://www.playvid.com/watch/AnimWGIjvOR, http://www.playvid.com/watch/28-V440Ailk, http://www.playvid.com/watch/qWEao9-wFaQ, http://www.playvid.com/watch/boUTNmEJAMr, http://www.playvid.com/watch/NJHzotNHBO4, http://www.playvid.com/watch/uCmy09brgMq, http://www.playvid.com/watch/CdgP3YbT7p6, http://www.playvid.com/watch/ZQ62V7WLvIZ, http://www.playvid.com/watch/G7pqFlR2fIO, http://www.playvid.com/watch/z0u3csnamS5, http://www.playvid.com/watch/5IvOP-VbF4g, http://www.playvid.com/watch/KnCd7pSPj0l, http://www.playvid.com/watch/8KvPkTBVnIT, http://www.playvid.com/watch/0t0pNZXyDfP, http://www.playvid.com/watch/WROiAVLlOie, http://www.playvid.com/watch/ufujxEdGQfP, http://www.playvid.com/watch/RgA2DFAHfYZ, http://www.playvid.com/watch/p9vgF53AWOu, http://www.playvid.com/watch/KUZ2I577XMA, http://www.playvid.com/watch/onQKhSg5BgT, http://www.playvid.com/watch/VKkjQZtTATy, http://www.playvid.com/watch/qTkavfcfsoH, http://www.playvid.com/watch/2JMlFfMrvCw, http://www.playvid.com/watch/WLg8NtUkufr, http://www.playvid.com/watch/K9-GQeicCd0, http://www.playvid.com/watch/BoDvalurpX5, http://www.playvid.com/watch/S7Ofsxcyra9, http://www.playvid.com/watch/e48a8NlKV7C, http://www.playvid.com/watch/62fnT-t7vAU, http://www.playvid.com/watch/nHu0m3PuEtt, http://www.playvid.com/watch/ZTiRKJ0L7jY, http://www.playvid.com/watch/3eON2r37rgF, http://www.playvid.com/watch/qeAx0mASllg, http://www.playvid.com/watch/ywDV0ak72FQ, http://www.playvid.com/watch/IeDEHjMslAo, http://www.playvid.com/watch/PJ96Ga3cLCp, http://www.playvid.com/watch/j7Bnvrqt7cH, http://www.playvid.com/watch/CFClgk5iQFn, http://www.playvid.com/watch/EwlAfvlmtBb, http://www.playvid.com/watch/fmMunrqPtcG, http://www.playvid.com/watch/ePtXys3OCxp, http://www.playvid.com/watch/2i6vPJNg9Hq, http://www.playvid.com/watch/VBQlhojGKcE, http://www.playvid.com/watch/IqndkeqVfPd, http://www.playvid.com/watch/B9HeQQR26Za, http://www.playvid.com/watch/3gnLDtVphdK, http://www.playvid.com/watch/UKdYMB5GEn-, http://www.playvid.com/watch/As7HFjfaFNt, http://www.playvid.com/watch/UhVmXw3iDsS, http://www.playvid.com/watch/FPBQhkeBbrz, http://www.playvid.com/watch/TQBKz5L6pWZ, http://www.playvid.com/watch/gK57QAXmk74, http://www.playvid.com/watch/iYGpKNDrrmR, http://www.playvid.com/watch/8z8ThpOhxOn, http://www.playvid.com/watch/BDHXqNw4tQU, http://www.playvid.com/watch/gjN2zcpXj9G, http://www.playvid.com/watch/YAn6tcQ6crg, http://www.playvid.com/watch/UYz36kcKO3y, http://www.playvid.com/watch/7S2BcjQ4bZs, http://www.playvid.com/watch/Ck5OZxzfuLX, http://www.playvid.com/watch/kfeT2FeVMNu, http://www.playvid.com/watch/g0yVN7Ss94e, http://www.playvid.com/watch/FRu7KLa3LoD, http://www.playvid.com/watch/3DYCuj0TEKd, http://www.playvid.com/watch/bTVOQxB0-TO, http://www.playvid.com/watch/NhFxTXmkrpo, http://www.playvid.com/watch/Qz0iQrV09yT, http://www.playvid.com/watch/4EGfo0v8lvH, http://www.playvid.com/watch/szHnHUWuQFT, http://www.playvid.com/watch/qcMCgAuLboZ, http://www.playvid.com/watch/Rm0opyg7tEv, http://www.playvid.com/watch/HpmqLk9korx, http://www.playvid.com/watch/X0Wrv5fwTD6, http://www.playvid.com/watch/7m30VssTYmo, http://www.playvid.com/watch/uoK-8soCQSb, http://www.playvid.com/watch/47d0jV5Amdi, http://www.playvid.com/watch/EQ8osh2abzA, http://www.playvid.com/watch/cCL4AmIs0YW, http://www.playvid.com/watch/AOL5zhzAjuc, http://www.playvid.com/watch/33tVlWWs83B, http://www.playvid.com/watch/idnzDXWf4gT, http://www.playvid.com/watch/R4Sav-d7A6n, http://www.playvid.com/watch/cg5rKIB5wL5, http://www.playvid.com/watch/DUd8ufvqwtT, http://www.playvid.com/watch/qhF4xjANgw8, http://www.playvid.com/watch/YpJUUu8uAji
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Dr.cox

5.b. Uploader's email address: emmanuilvite@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Dr.cox
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MDiXsenj4lQ, http://www.playvid.com/watch/uat8u00wpDn, http://www.playvid.com/watch/pkERUU--Unc, http://www.playvid.com/watch/cwUKKlbpoSr, http://www.playvid.com/watch/2oqBOll5563, http://www.playvid.com/watch/sJCcAi0NVBb, http://www.playvid.com/watch/BKF06VZzuas, http://www.playvid.com/watch/ANNAxXxMYYN, http://www.playvid.com/watch/zKGUrAxEKk8, http://www.playvid.com/watch/ZVau-bdRuFd, http://www.playvid.com/watch/hUQnJFlpRye, http://www.playvid.com/watch/C-ovjBQTlu6, http://www.playvid.com/watch/BFzOVVxNxEg, http://www.playvid.com/watch/daAa0tj4z4M, http://www.playvid.com/watch/Er2QUsLwMjk, http://www.playvid.com/watch/EoD4Lu8J2V4, http://www.playvid.com/watch/AoIaehAQCBp, http://www.playvid.com/watch/keCCFs4WTU-, http://www.playvid.com/watch/kHxXJqtdlQu, http://www.playvid.com/watch/3mZt4dEjWgD, http://www.playvid.com/watch/ZPsbxOybUUG, http://www.playvid.com/watch/I5u5W5vIqqM, http://www.playvid.com/watch/bkDZQNM62F0, http://www.playvid.com/watch/xrHPGJYs7iZ, http://www.playvid.com/watch/YaHe6MHkBN9, http://www.playvid.com/watch/km4OHCVhkn9, http://www.playvid.com/watch/qpElGWV8sC7, http://www.playvid.com/watch/XRztqUQGjq3, http://www.playvid.com/watch/E4FVJFf9gdn, http://www.playvid.com/watch/bh3MNM5dazO, http://www.playvid.com/watch/bAO2z-yoNba, http://www.playvid.com/watch/FlKvdAJxgCV, http://www.playvid.com/watch/H47q2p3aoc5, http://www.playvid.com/watch/TkN5ogwTypG, http://www.playvid.com/watch/vz0WKaj30Y3, http://www.playvid.com/watch/Ql85Pot5bEn, http://www.playvid.com/watch/Xeja2ATYlKZ, http://www.playvid.com/watch/k804rOr-Bs4, http://www.playvid.com/watch/Nj7GTrRGIYh, http://www.playvid.com/watch/jYNu3SzA2sp, http://www.playvid.com/watch/jLLN6udKhmp, http://www.playvid.com/watch/HZHwQO6Edxa, http://www.playvid.com/watch/HYBrTY07xSL, http://www.playvid.com/watch/MX4ZbmOCVGi, http://www.playvid.com/watch/g8F7IySCIUm, http://www.playvid.com/watch/fQR-2w4UslQ, http://www.playvid.com/watch/VkPIc7wrwBn, http://www.playvid.com/watch/a48yaAHKYsb, http://www.playvid.com/watch/RLCjfb9ssTy, http://www.playvid.com/watch/km02FAPzvur, http://www.playvid.com/watch/MmGg92NSBdh, http://www.playvid.com/watch/5n6PUdDVGzc, http://www.playvid.com/watch/QJsMufv8JOW, http://www.playvid.com/watch/tLl8BdcDxav, http://www.playvid.com/watch/O-g5qF-J-sy, http://www.playvid.com/watch/Tp8ljl9Jmf0, http://www.playvid.com/watch/J9U43eiLf88, http://www.playvid.com/watch/Nn8jZsXN3Zs, http://www.playvid.com/watch/I2O9wDXwA2P, http://www.playvid.com/watch/C4dhN3WW9vh, http://www.playvid.com/watch/-UjNc97j3c6, http://www.playvid.com/watch/KbqEh8MAubl, http://www.playvid.com/watch/oiN9FFK8pUJ, http://www.playvid.com/watch/cHgAknCCZYS, http://www.playvid.com/watch/7gfhYM2fL-C, http://www.playvid.com/watch/lfkECkMJ6ot, http://www.playvid.com/watch/oBIgkaGINpy, http://www.playvid.com/watch/4Xkcl5NEfHw, http://www.playvid.com/watch/yW9hJXWGCWe, http://www.playvid.com/watch/4NxcYGNtmHA, http://www.playvid.com/watch/T67Y93G4AGv, http://www.playvid.com/watch/6zaJ7c3E0K6, http://www.playvid.com/watch/yp5Jap2vfku, http://www.playvid.com/watch/kaQsReVhgXB, http://www.playvid.com/watch/akd9tliWbua, http://www.playvid.com/watch/WQ-cD9kNkP7, http://www.playvid.com/watch/mGgfvChA4eG, http://www.playvid.com/watch/a-u2r4fYtzL, http://www.playvid.com/watch/M5owCoMET-0, http://www.playvid.com/watch/VILTzICTfS4, http://www.playvid.com/watch/s5XOXCxcVtt, http://www.playvid.com/watch/8DAQXr3Ko5I, http://www.playvid.com/watch/QDQeUhCmylF, http://www.playvid.com/watch/lgKjy5nCbJ3, http://www.playvid.com/watch/FqrDPDZiELD, http://www.playvid.com/watch/enpyyFs9QKU, http://www.playvid.com/watch/wh02sco5PGs, http://www.playvid.com/watch/A4GDBRtvHej, http://www.playvid.com/watch/FLWKH9FH0Hb, http://www.playvid.com/watch/LjWMLLKM9xh, http://www.playvid.com/watch/WRk8mHvZBqH, http://www.playvid.com/watch/eW5G9oUaYHa, http://www.playvid.com/watch/i6DCtyYLLAz, http://www.playvid.com/watch/m9HjNw43ZNK, http://www.playvid.com/watch/sep-Bro9lp0, http://www.playvid.com/watch/DM27FMhSP5k, http://www.playvid.com/watch/RWtGmLhVlnM, http://www.playvid.com/watch/ymlC0gfHtrx, http://www.playvid.com/watch/3RBOujj3kDm, http://www.playvid.com/watch/-UkElCllGM7, http://www.playvid.com/watch/NI80WYrZDTN, http://www.playvid.com/watch/9PW8XHb2qqn, http://www.playvid.com/watch/3xNlaNHAEIF, http://www.playvid.com/watch/Lkj8gUVwaMH, http://www.playvid.com/watch/RS4Hs3uO7CZ, http://www.playvid.com/watch/AqEnaX8A8fv, http://www.playvid.com/watch/pm0bKAtTxQD, http://www.playvid.com/watch/Qk82-FtDiNf, http://www.playvid.com/watch/gp-WcfPKhqi, http://www.playvid.com/watch/I9ZnZmHuvjM, http://www.playvid.com/watch/rKfUaw4HLkZ, http://www.playvid.com/watch/8J34ommfqQJ, http://www.playvid.com/watch/vHyR-sxGGAY, http://www.playvid.com/watch/cDR0UFPNTr6, http://www.playvid.com/watch/G-BUk0QsCTD, http://www.playvid.com/watch/pCnWsTLkon8, http://www.playvid.com/watch/rEIaeaLa44a, http://www.playvid.com/watch/t5PpuuEO6km, http://www.playvid.com/watch/zzDzSkYkf5f, http://www.playvid.com/watch/wW3PnsE0yxE, http://www.playvid.com/watch/NM2XdwGw2bU, http://www.playvid.com/watch/I9cMqNqx8gH, http://www.playvid.com/watch/YjPyWPjrITS, http://www.playvid.com/watch/qiXJFdxTfJJ, http://www.playvid.com/watch/kmE2YGl0AAJ, http://www.playvid.com/watch/c9z7eOddsaE, http://www.playvid.com/watch/rcHEhOkSxki, http://www.playvid.com/watch/g2qNNCSPxTt, http://www.playvid.com/watch/sszJuFCQjLv, http://www.playvid.com/watch/7eOaZNGsTNF, http://www.playvid.com/watch/K0KvaKlGBl7, http://www.playvid.com/watch/EsfWHq0D2ER, http://www.playvid.com/watch/mEP0QLN-pv-, http://www.playvid.com/watch/aDJW9vaG-0p, http://www.playvid.com/watch/BhADqnqNNXX, http://www.playvid.com/watch/BG52WyeXmbn, http://www.playvid.com/watch/hZaWI3Z5j5d, http://www.playvid.com/watch/XCmh6SRJkCO, http://www.playvid.com/watch/9RB6H6JoAls, http://www.playvid.com/watch/8tEVtlev4ho, http://www.playvid.com/watch/czsA98Z6TkZ, http://www.playvid.com/watch/TkKoi6lnJlc, http://www.playvid.com/watch/lTP8BDXdjx6, http://www.playvid.com/watch/cPRs3HtD9Nm, http://www.playvid.com/watch/PMl9syQVyM5, http://www.playvid.com/watch/Wni3Oeoz7Gm, http://www.playvid.com/watch/mQLClVGrvLB, http://www.playvid.com/watch/zkK-7x5pJGJ, http://www.playvid.com/watch/N67B0z4nbfa, http://www.playvid.com/watch/369MLXNigFj, http://www.playvid.com/watch/6CvN0yiiQsj, http://www.playvid.com/watch/JRHgtYmzm6R, http://www.playvid.com/watch/X-bbD0VwgoP, http://www.playvid.com/watch/Z5CKLA29p-p, http://www.playvid.com/watch/42Rq6iDrelT, http://www.playvid.com/watch/zBwLgYW6dbE, http://www.playvid.com/watch/X7ZtwGDDqGd, http://www.playvid.com/watch/QcANv0aDRx5, http://www.playvid.com/watch/oGZACHTGQqP, http://www.playvid.com/watch/WnbjSacvz52, http://www.playvid.com/watch/e0eFZ7U3bHS, http://www.playvid.com/watch/VrQKEm88ZV2, http://www.playvid.com/watch/BtKgaXOQYpA, http://www.playvid.com/watch/vsS4tqtgOrR, http://www.playvid.com/watch/A47NO9OZtBu, http://www.playvid.com/watch/3sXrqwIhJiP, http://www.playvid.com/watch/3rvwXMzx2Vm, http://www.playvid.com/watch/rlKUjtynkWi, http://www.playvid.com/watch/8nYZdRuPIb3, http://www.playvid.com/watch/UUxCBoE07KC, http://www.playvid.com/watch/S7PBVGFXTXr, http://www.playvid.com/watch/xHZuPIA4YhD, http://www.playvid.com/watch/qREdvroIUJF, http://www.playvid.com/watch/xsz-fgV9mog, http://www.playvid.com/watch/Pr4JtKHf62I, http://www.playvid.com/watch/R-N7mj0o9A5, http://www.playvid.com/watch/WsAEmyHY6VO, http://www.playvid.com/watch/XeLCzAnnCUV, http://www.playvid.com/watch/c4n6xPU90E5, http://www.playvid.com/watch/PXKuNQs3kiW, http://www.playvid.com/watch/BgK7FFP6lJE, http://www.playvid.com/watch/ZyVy5xrlFfr, http://www.playvid.com/watch/OHL6ynwZHUL, http://www.playvid.com/watch/rw0rTJDLuN6, http://www.playvid.com/watch/0pMrlp2cM3n, http://www.playvid.com/watch/PH-PNRKetB-, http://www.playvid.com/watch/isDKOK4LVvc, http://www.playvid.com/watch/WJ6o0cK7f6d, http://www.playvid.com/watch/fxBAWtXlEIg, http://www.playvid.com/watch/kEK8hCz5xIO, http://www.playvid.com/watch/0j6oFj48AXI, http://www.playvid.com/watch/czG5lwO6nIl, http://www.playvid.com/watch/p8NvU3gUTMe, http://www.playvid.com/watch/ZTGH7p9esKs, http://www.playvid.com/watch/kaz-JEGxdxr, http://www.playvid.com/watch/Ut0wNPsKHfj, http://www.playvid.com/watch/RfJCLSxHnlO, http://www.playvid.com/watch/OvXw2k77Y64, http://www.playvid.com/watch/NqNC5JzyH6o, http://www.playvid.com/watch/uOvx5gbEodP, http://www.playvid.com/watch/g3unrmZTo4n, http://www.playvid.com/watch/ee5aZmXHECF, http://www.playvid.com/watch/PxUujqynnQO, http://www.playvid.com/watch/3xh0-3ePXH8, http://www.playvid.com/watch/jjUWihOaUBS, http://www.playvid.com/watch/oHL6yY8KlAh, http://www.playvid.com/watch/7ncllvs9eUx, http://www.playvid.com/watch/RUA9fmYiTjE, http://www.playvid.com/watch/EwsuRWaHao4, http://www.playvid.com/watch/nagsuL734x2, http://www.playvid.com/watch/za3XmtPDVTd, http://www.playvid.com/watch/2EdLlc3G8Fo, http://www.playvid.com/watch/Wqw66hQ8Cwz, http://www.playvid.com/watch/jHSzOEqFWUy, http://www.playvid.com/watch/VtNoEhjsyTx, http://www.playvid.com/watch/f6AKBnG0HFw, http://www.playvid.com/watch/7n-hcaMa-Or, http://www.playvid.com/watch/DlEfhg0---u, http://www.playvid.com/watch/-EESfYLUsPe, http://www.playvid.com/watch/W07Z7MGVk85, http://www.playvid.com/watch/jqUH-o6yibE, http://www.playvid.com/watch/0yqPdTsAoxc, http://www.playvid.com/watch/JDYA2qWFFla, http://www.playvid.com/watch/5IRnHYgXybv, http://www.playvid.com/watch/Trww-rG9OmI, http://www.playvid.com/watch/hf2IOVC-8hC, http://www.playvid.com/watch/w7OvrhkRpW4, http://www.playvid.com/watch/ujjX8xuSoYs, http://www.playvid.com/watch/pOpzk625MWw, http://www.playvid.com/watch/k6zdKm-THWL, http://www.playvid.com/watch/eC3-VCnsdLp, http://www.playvid.com/watch/z3gA58gcn04, http://www.playvid.com/watch/7gUE0o305-U, http://www.playvid.com/watch/6R6QMN8Ryqv, http://www.playvid.com/watch/QmLXUYDMMzj, http://www.playvid.com/watch/ECQWBJ24B2P, http://www.playvid.com/watch/-TNH72nD7AV, http://www.playvid.com/watch/-iOwm-Yy2m0, http://www.playvid.com/watch/4-kvghnWGKo, http://www.playvid.com/watch/QnoqJH3I2Dl, http://www.playvid.com/watch/7qv6bwqUplV, http://www.playvid.com/watch/z6xW2AzGhDH, http://www.playvid.com/watch/nKHo3VIqVZn, http://www.playvid.com/watch/GpNoDJ4LgrU, http://www.playvid.com/watch/huGxJoeKeFN, http://www.playvid.com/watch/OWVOhVABtTO, http://www.playvid.com/watch/btG4nOV5V3L, http://www.playvid.com/watch/qeeDdGyClCB, http://www.playvid.com/watch/nQmavNvEKeQ, http://www.playvid.com/watch/bsZ34qc0UkK, http://www.playvid.com/watch/HbACDFJi2rv, http://www.playvid.com/watch/XtcBcnhLVr5, http://www.playvid.com/watch/zr8BrAjCSE2, http://www.playvid.com/watch/ZTRaHx82V7C, http://www.playvid.com/watch/bd0KKaEPrA-, http://www.playvid.com/watch/Exyby6OXOlZ, http://www.playvid.com/watch/AuIzPYmJucM, http://www.playvid.com/watch/8LTeKC5QpUu, http://www.playvid.com/watch/Zd-nzRo943a, http://www.playvid.com/watch/M6vJO7rb5Di, http://www.playvid.com/watch/r9e5m4IVqrp, http://www.playvid.com/watch/ZRo7YPlYxW4, http://www.playvid.com/watch/lPj3ja7imdn, http://www.playvid.com/watch/3bFbTpR7dfB, http://www.playvid.com/watch/oe4P6cV0IXy, http://www.playvid.com/watch/f4rP7fRu9iY, http://www.playvid.com/watch/pUtdc5ZPcfx, http://www.playvid.com/watch/QN6qHCZnNtM, http://www.playvid.com/watch/sPxFiRU0-vi, http://www.playvid.com/watch/KJNHei0HTxX, http://www.playvid.com/watch/dGLDTPXqvwo, http://www.playvid.com/watch/KNUopgEbmcT, http://www.playvid.com/watch/auG9LKPB2BI
5.f. Date of third notice: 2013-09-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Drdemonic
5.b. Uploader's email address: henko98@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Drdemonic
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TsdGWMDNkEX, http://www.playvid.com/watch/f4KCNcPGRJG, http://www.playvid.com/watch/nYA4yZ2cCg-, http://www.playvid.com/watch/nJ-PFrI3xOo, http://www.playvid.com/watch/e43KDXzMBsK, http://www.playvid.com/watch/MCxzNgDdm6R, http://www.playvid.com/watch/fNLM6UpkSU3, http://www.playvid.com/watch/5o-Od-KOPyW, http://www.playvid.com/watch/zlUfUkXqOFM, http://www.playvid.com/watch/Lad6j9uJvuP, http://www.playvid.com/watch/Ph3IBkMSEmi, http://www.playvid.com/watch/2hUQU5RnXDl, http://www.playvid.com/watch/74p-XMhxvH9, http://www.playvid.com/watch/GOpZobJrEPv, http://www.playvid.com/watch/a6HuulvzmFR, http://www.playvid.com/watch/POQV82NGbjq, http://www.playvid.com/watch/dIvEAfPRhhO, http://www.playvid.com/watch/lBbM28u37n9, http://www.playvid.com/watch/p7KzXdHqbdT, http://www.playvid.com/watch/H8aDuBOgid3, http://www.playvid.com/watch/hyI7HkZWnxx, http://www.playvid.com/watch/3bcgFE3Cb0m, http://www.playvid.com/watch/DmOQiSyXfH8, http://www.playvid.com/watch/uUwEpZKOGuX, http://www.playvid.com/watch/0PwkWNo3xVf, http://www.playvid.com/watch/Yppu2kHN3vy, http://www.playvid.com/watch/NqwBVuz8cPM, http://www.playvid.com/watch/CbIGo8gsvPu, http://www.playvid.com/watch/3IP0toAhFN8, http://www.playvid.com/watch/YX7ZsGHNhcX, http://www.playvid.com/watch/OsSYt5E3jSE, http://www.playvid.com/watch/SO63-8efYKm, http://www.playvid.com/watch/EXIIhc7cGQ2, http://www.playvid.com/watch/ghrWFxr0z0t, http://www.playvid.com/watch/nKg7fU8gHsD, http://www.playvid.com/watch/9LOZBDgnDrw, http://www.playvid.com/watch/lwuKJWy2blF, http://www.playvid.com/watch/BdKaKsYNgLH, http://www.playvid.com/watch/MdYYuvOLtKR, http://www.playvid.com/watch/i0nemzhDTY-, http://www.playvid.com/watch/9UeLShmviLf, http://www.playvid.com/watch/tjDAa9GILqG, http://www.playvid.com/watch/mnj7isAsIYy, http://www.playvid.com/watch/60xEeQIrB62, http://www.playvid.com/watch/TfLyeqdvHqV, http://www.playvid.com/watch/B7WVWIlVLl4, http://www.playvid.com/watch/iyCeB9968aM, http://www.playvid.com/watch/nLF467a5D6s, http://www.playvid.com/watch/soi7evU4jld, http://www.playvid.com/watch/4mooaT3zss0, http://www.playvid.com/watch/AFtlqyNLLuK, http://www.playvid.com/watch/pR-Dikl9r8k, http://www.playvid.com/watch/-ECNvgJJXm7, http://www.playvid.com/watch/vghCEwEOXgf, http://www.playvid.com/watch/pBP5EB2ajgz, http://www.playvid.com/watch/QTdVlJXpavl, http://www.playvid.com/watch/ZypCKLD6QqS, http://www.playvid.com/watch/fhD6KpKLOVj, http://www.playvid.com/watch/vwyMPVHSTZ3, http://www.playvid.com/watch/y2umiATNemg, http://www.playvid.com/watch/WmXPkyqMPa-, http://www.playvid.com/watch/WIg7KrrwPbj, http://www.playvid.com/watch/EHCpK4V-UrL, http://www.playvid.com/watch/7buYchFuK7A, http://www.playvid.com/watch/gvC2-mQ70QS, http://www.playvid.com/watch/N2OSu7SuMyy, http://www.playvid.com/watch/rzoQfJWYloE, http://www.playvid.com/watch/Td5EylQk6ng, http://www.playvid.com/watch/CL3yVn-JbEb, http://www.playvid.com/watch/Yo_enmlP_KJ, http://www.playvid.com/watch/u6pJUHEmKEK, http://www.playvid.com/watch/ogoWzxp3cqE, http://www.playvid.com/watch/nEukmVXVpkF, http://www.playvid.com/watch/a39ET5SI56G, http://www.playvid.com/watch/gJa6CXguWhU, http://www.playvid.com/watch/2I-ynnhG5iy, http://www.playvid.com/watch/aK6-WVjWFj9, http://www.playvid.com/watch/vQbuUOUtdJo, http://www.playvid.com/watch/gzKbmbYVIok, http://www.playvid.com/watch/BQjxy5rT9kz, http://www.playvid.com/watch/g3nsTYuprNn, http://www.playvid.com/watch/XPZ5sC9T_3N, http://www.playvid.com/watch/L70KOBuui4O, http://www.playvid.com/watch/FdHNcQocQgf, http://www.playvid.com/watch/kyQRnj4OhLE, http://www.playvid.com/watch/6GjuNYNN5sT, http://www.playvid.com/watch/d7TRdtlBtmE, http://www.playvid.com/watch/tKtR5AdzfUE, http://www.playvid.com/watch/DFQVHkQjM7n, http://www.playvid.com/watch/mOQCCzlto5T
5.f. Date of third notice: 2014-03-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Drizzy2395
5.b. Uploader's email address: Drizzydre2395@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Drizzy2395
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CVVDRrzjxGY, http://www.playvid.com/watch/NW7OpBEPjwT, http://www.playvid.com/watch/G7oaKR3l-GL, http://www.playvid.com/watch/QrvIM8WR4Pr, http://www.playvid.com/watch/8psvhvPfZm-, http://www.playvid.com/watch/JG3bGJask-p, http://www.playvid.com/watch/jr65rOpHwAK, http://www.playvid.com/watch/qY2JxSIDczX, http://www.playvid.com/watch/sOn4wJ0si37, http://www.playvid.com/watch/KsL2UuhBSGA, http://www.playvid.com/watch/xjpvVT7KOwM, http://www.playvid.com/watch/vJkVGXbbIHH, http://www.playvid.com/watch/jjiJvq6ofdi, http://www.playvid.com/watch/amXkIZNVunU, http://www.playvid.com/watch/XBcWvMW8Kln, http://www.playvid.com/watch/2ZvwWG73QTx, http://www.playvid.com/watch/vjkyZbN8U4z, http://www.playvid.com/watch/jEbT5xFnQBL, http://www.playvid.com/watch/SYeYjN3Gmyt, http://www.playvid.com/watch/9UDytSLP5-x, http://www.playvid.com/watch/tnwc-8gkgEX, http://www.playvid.com/watch/pD4NFaaZKl9, http://www.playvid.com/watch/v2usCrTX4QR, http://www.playvid.com/watch/n7ynQHvu2A9, http://www.playvid.com/watch/LR2u3tHaUgm, http://www.playvid.com/watch/k594TVryLCt, http://www.playvid.com/watch/utdpSKip-ZD, http://www.playvid.com/watch/anclr6VALBz, http://www.playvid.com/watch/KscjINQuOem, http://www.playvid.com/watch/K4cO9tsjIyi, http://www.playvid.com/watch/kgP-eUyD59g, http://www.playvid.com/watch/fMVr4WBXQoQ, http://www.playvid.com/watch/KgtFtM8uze9, http://www.playvid.com/watch/UBPNapQ4qfG, http://www.playvid.com/watch/kx6RvSPx5zP, http://www.playvid.com/watch/fFIcT2yNzQr, http://www.playvid.com/watch/ACL43lat97h, http://www.playvid.com/watch/FzrqVtKaeAJ, http://www.playvid.com/watch/qz6EQjIMgI-, http://www.playvid.com/watch/vr7WjMKOzOj, http://www.playvid.com/watch/i4TJlaSVlMP, http://www.playvid.com/watch/XgxxA9CQos8, http://www.playvid.com/watch/LNEmUOrtqPq, http://www.playvid.com/watch/WzoPX-Fog8p, http://www.playvid.com/watch/VoI0G325n5p, http://www.playvid.com/watch/55fA9B-vC-p, http://www.playvid.com/watch/oQw-4N7AxJp, http://www.playvid.com/watch/cP9zjgP8qNK, http://www.playvid.com/watch/pQi3egZ0mLs, http://www.playvid.com/watch/qfj4oMSUt4R, http://www.playvid.com/watch/fCxj-UWGerG, http://www.playvid.com/watch/NwL4dBBpLOW, http://www.playvid.com/watch/g6WwgrW8eJg, http://www.playvid.com/watch/JiTmL7tCYJj, http://www.playvid.com/watch/Hdh4ttxGhCg, http://www.playvid.com/watch/tRV5D8P3PyR, http://www.playvid.com/watch/WAZbi3Im2Dn, http://www.playvid.com/watch/e-roaNeRBzf, http://www.playvid.com/watch/hSvy-N7F2Or, http://www.playvid.com/watch/BUfi7auVR95, http://www.playvid.com/watch/U9Bz34yYY5g, http://www.playvid.com/watch/2tJJaFTrAkC, http://www.playvid.com/watch/xoRO4Dfy-zM, http://www.playvid.com/watch/Oed7PSadFX-, http://www.playvid.com/watch/yfzQGyEl9gg, http://www.playvid.com/watch/nwXFhLjQwm8, http://www.playvid.com/watch/pNog0Bjo0sh, http://www.playvid.com/watch/Z0tCVAGgPLf, http://www.playvid.com/watch/e3VBJBa4owb, http://www.playvid.com/watch/Cuv972kUm-F, http://www.playvid.com/watch/cPsberaDZVH, http://www.playvid.com/watch/8o6CdphDvbL, http://www.playvid.com/watch/5thEEsHh3-4, http://www.playvid.com/watch/oc-xKZXsLjr, http://www.playvid.com/watch/SquH3QWgvP4, http://www.playvid.com/watch/pvYeOJNIr6J, http://www.playvid.com/watch/yuNqnTM8SPB, http://www.playvid.com/watch/pQVCfaEcXHV, http://www.playvid.com/watch/Vo7-XI6V5G2, http://www.playvid.com/watch/uElZbDKOgel, http://www.playvid.com/watch/2PV6UoDdYta, http://www.playvid.com/watch/pWifNh8PKYJ, http://www.playvid.com/watch/kL9dGpVBhwi, http://www.playvid.com/watch/WgeJlFDB7fm, http://www.playvid.com/watch/Ljc67LMX6vA, http://www.playvid.com/watch/37UTK5qNabu, http://www.playvid.com/watch/vMAL6QcsEnV, http://www.playvid.com/watch/YrFP74exIvr, http://www.playvid.com/watch/whv3RLEX4yM, http://www.playvid.com/watch/DHWo3ypeHN6, http://www.playvid.com/watch/JdRKM6-RqpO, http://www.playvid.com/watch/7OCF9BPSsTl, http://www.playvid.com/watch/68lSk3uaCc5, http://www.playvid.com/watch/yK33fXsOfVv, http://www.playvid.com/watch/0s2L8D86Grh, http://www.playvid.com/watch/WQDZXm3YGhQ, http://www.playvid.com/watch/EgCp0JKO9Qk, http://www.playvid.com/watch/Cyrit8irQm3, http://www.playvid.com/watch/G82LqlyarQh, http://www.playvid.com/watch/nnq6efzHo3P, http://www.playvid.com/watch/AvKEkxQu69h, http://www.playvid.com/watch/rRJ9ZCJYCNz, http://www.playvid.com/watch/Lcn7-lZ92zL, http://www.playvid.com/watch/90EAb3BgXhA, http://www.playvid.com/watch/ofK8jfAkGzr, http://www.playvid.com/watch/T-MGwdghOLN, http://www.playvid.com/watch/SwuGdnX70Sl, http://www.playvid.com/watch/sEa2GZo4TOY, http://www.playvid.com/watch/YaX8uY07vcH, http://www.playvid.com/watch/vOMVaKfTN2V, http://www.playvid.com/watch/Mvl7eywGaFw, http://www.playvid.com/watch/S69DCaJOwma, http://www.playvid.com/watch/ghEAFSTVWFx, http://www.playvid.com/watch/iTtW0DyGJvf, http://www.playvid.com/watch/49w23If58jo, http://www.playvid.com/watch/5bKZctJ0oJ0, http://www.playvid.com/watch/Rg0T0-79Kj0, http://www.playvid.com/watch/FxGUWHNXVFv, http://www.playvid.com/watch/iI6DTmSfGuP, http://www.playvid.com/watch/C9WjkcZHAMx, http://www.playvid.com/watch/WRXi9yytrOL, http://www.playvid.com/watch/scfZR4-6-z6, http://www.playvid.com/watch/avmFzuoIu-z, http://www.playvid.com/watch/KxKVN7DeITw, http://www.playvid.com/watch/wM8ygqFbXR8, http://www.playvid.com/watch/Lf6UkrmOOBR, http://www.playvid.com/watch/g6BIRh8T8Nw, http://www.playvid.com/watch/jVnS2FDxIo2, http://www.playvid.com/watch/D4fW-pMuILX, http://www.playvid.com/watch/YDxIlIDldg2, http://www.playvid.com/watch/YqwLQzMcKBE, http://www.playvid.com/watch/-NRMJaRJMWr, http://www.playvid.com/watch/No5sm9vBUdM, http://www.playvid.com/watch/k7nwyged-3P, http://www.playvid.com/watch/ZeDYSe3ELUP, http://www.playvid.com/watch/tbDIxgjXlTk, http://www.playvid.com/watch/Zf2sfgY5Hzc, http://www.playvid.com/watch/PmVojKZrrJ5, http://www.playvid.com/watch/w4-97DPZWQ9, http://www.playvid.com/watch/udR8RWMTsA5, http://www.playvid.com/watch/DX9NVmZIOlj, http://www.playvid.com/watch/bh9ctsiRk6G, http://www.playvid.com/watch/h4U6RyxWL9z, http://www.playvid.com/watch/p7IDDoZ0IUP, http://www.playvid.com/watch/5VVTYlYhUk8, http://www.playvid.com/watch/IIil5B3wiUU, http://www.playvid.com/watch/Fhwk807O8lq, http://www.playvid.com/watch/IMukKSq2osP, http://www.playvid.com/watch/jiCSAP5LPP5, http://www.playvid.com/watch/wTfeFMIQFlA, http://www.playvid.com/watch/gyHWTrWNUtn, http://www.playvid.com/watch/IuO4AKstPlT, http://www.playvid.com/watch/Tg7y8UO4shx, http://www.playvid.com/watch/PB7zW8IKBMj, http://www.playvid.com/watch/YjlvUOfWS03, http://www.playvid.com/watch/PbbJ7gsiJy9, http://www.playvid.com/watch/Kxl657qMEgR, http://www.playvid.com/watch/EBXSrufy4I9, http://www.playvid.com/watch/3aQU7uSOI4F, http://www.playvid.com/watch/ugtLxWOwXsB, http://www.playvid.com/watch/DigKZNxrdru, http://www.playvid.com/watch/sCDQgWY5eFu, http://www.playvid.com/watch/8PCThO9STyf, http://www.playvid.com/watch/crvsq9jaoBx,

http://www.playvid.com/watch/dQesdGVEE7w, http://www.playvid.com/watch/JxwXfaKoRvT, http://www.playvid.com/watch/D6YkHIGrCn9, http://www.playvid.com/watch/3WjYPf40Tld, http://www.playvid.com/watch/LLWdVHizugk, http://www.playvid.com/watch/2zYxLbD7yOh, http://www.playvid.com/watch/USbd9gT3Z0X, http://www.playvid.com/watch/cBWOcWbv7BD, http://www.playvid.com/watch/q2Hf2yBZ498, http://www.playvid.com/watch/xQe6-hoMCj2, http://www.playvid.com/watch/-OuYZCSpTGo, http://www.playvid.com/watch/MiqSm6SEALZ, http://www.playvid.com/watch/pLvS3h0UZ4r, http://www.playvid.com/watch/GCGolloDHHR, http://www.playvid.com/watch/YOWnWMZExMY, http://www.playvid.com/watch/PuXEF5mcb64, http://www.playvid.com/watch/iP2teuSLCVV, http://www.playvid.com/watch/S4RfjApQNJK, http://www.playvid.com/watch/HbrZXKsa2VM, http://www.playvid.com/watch/UlXJfBSdy3k, http://www.playvid.com/watch/IhtvIeEB9Uy, http://www.playvid.com/watch/bFoXkBk6b3i, http://www.playvid.com/watch/kJWw80eOn-e, http://www.playvid.com/watch/lgLmtsRBEHo, http://www.playvid.com/watch/USK8mkMGV0n, http://www.playvid.com/watch/wZwhGlINrOo, http://www.playvid.com/watch/brU0tQPE9hP, http://www.playvid.com/watch/Fp2ExDNpOHD, http://www.playvid.com/watch/sYsrKLHRJog, http://www.playvid.com/watch/rxW2JxpMJSI, http://www.playvid.com/watch/O4M4yfahtVq, http://www.playvid.com/watch/T6yoBhNfwXU, http://www.playvid.com/watch/YBvoV3NG-Iz, http://www.playvid.com/watch/SHHoLl4lwyv, http://www.playvid.com/watch/62kc4cpAogM, http://www.playvid.com/watch/ssWV-OqkcSh, http://www.playvid.com/watch/gDJoYQWTZWy, http://www.playvid.com/watch/ZpKTIiyvXFy, http://www.playvid.com/watch/sM36nhyfl5L, http://www.playvid.com/watch/Ik0LR4-pV--, http://www.playvid.com/watch/3OX9zz7YFbM, http://www.playvid.com/watch/Ae5X2yw3pNY, http://www.playvid.com/watch/DakVSB0VvBj, http://www.playvid.com/watch/GTsw2FJrE7m, http://www.playvid.com/watch/vPy6-lUhJZf, http://www.playvid.com/watch/TNHZfq4DjeE, http://www.playvid.com/watch/wEA-i5hnpGp, http://www.playvid.com/watch/BdtqbY3DQ7r, http://www.playvid.com/watch/zPLcLVjlVLe, http://www.playvid.com/watch/kaRoQCjmZZv, http://www.playvid.com/watch/y7IMUTd6OfY, http://www.playvid.com/watch/oU4jmLgkCPB, http://www.playvid.com/watch/VZX2r0ITaRn, http://www.playvid.com/watch/Z5TXm9HiHhx, http://www.playvid.com/watch/M7yTdNv487a, http://www.playvid.com/watch/vfLOTWV0l0d, http://www.playvid.com/watch/SgBRDi9C6d5, http://www.playvid.com/watch/mNIZe3UqIzS, http://www.playvid.com/watch/6wJwJBYZcjv, http://www.playvid.com/watch/yBFvzl9KHxU, http://www.playvid.com/watch/fwVv-AhYmGP, http://www.playvid.com/watch/wowVyazSkpq, http://www.playvid.com/watch/mvINRmGmyPj, http://www.playvid.com/watch/xJLB2im7UbT, http://www.playvid.com/watch/QezvOc4TzYQ, http://www.playvid.com/watch/TgrdGY9IT6j, http://www.playvid.com/watch/zFuWKr4pgSO, http://www.playvid.com/watch/pgXVAZUD9hs, http://www.playvid.com/watch/np2oIa-R6oJ, http://www.playvid.com/watch/c2f95FXxE-d, http://www.playvid.com/watch/cbC6CZl2bEu, http://www.playvid.com/watch/vFUt2RI0c8d, http://www.playvid.com/watch/oc5jnU2cHuv, http://www.playvid.com/watch/F7sJi2ScFAs, http://www.playvid.com/watch/jhE7jeChcnG, http://www.playvid.com/watch/ICBBH7Femju, http://www.playvid.com/watch/JPBPsFxyiT7, http://www.playvid.com/watch/lN--TMepede, http://www.playvid.com/watch/NgntZeses7h, http://www.playvid.com/watch/jShKdjq9RLs, http://www.playvid.com/watch/wXraIwyBMVI, http://www.playvid.com/watch/WPMqdYD9jbP, http://www.playvid.com/watch/kNMt-cgOTzT, http://www.playvid.com/watch/Ctbsui3t2Gh, http://www.playvid.com/watch/N8LBAjOuB7X, http://www.playvid.com/watch/8A-Vk6HI0xS, http://www.playvid.com/watch/47domQr2qrm, http://www.playvid.com/watch/NX9v5gZp8Nu, http://www.playvid.com/watch/KhZVevLKsA8, http://www.playvid.com/watch/u0q-SdhMZTM, http://www.playvid.com/watch/k5uR6fEK8zR, http://www.playvid.com/watch/LbWaNODj-bX, http://www.playvid.com/watch/X0WtiTmx-uB, http://www.playvid.com/watch/ymffW-P44Lx, http://www.playvid.com/watch/Q-WSRIoUFK9, http://www.playvid.com/watch/HYyYUUqdQZo, http://www.playvid.com/watch/jdjU6Hkx2IX, http://www.playvid.com/watch/nCivvGBiRF2, http://www.playvid.com/watch/F63q2Eo0NT3, http://www.playvid.com/watch/XK35pEhCd4F, http://www.playvid.com/watch/eoVmQWL45C3, http://www.playvid.com/watch/CpbHcOriRY4, http://www.playvid.com/watch/AmKAfI3aHWk, http://www.playvid.com/watch/kKMN6nO9KRI, http://www.playvid.com/watch/fGZyfGQrnST, http://www.playvid.com/watch/7yv34RBjcbt, http://www.playvid.com/watch/Mil-l58U0tf, http://www.playvid.com/watch/KHTWIgp8nOU, http://www.playvid.com/watch/fSUlvob3rkd, http://www.playvid.com/watch/-4vYug5wCNy, http://www.playvid.com/watch/ygVxiVtHu88, http://www.playvid.com/watch/j9dLRgZksuf, http://www.playvid.com/watch/5SO2jMVk3-C, http://www.playvid.com/watch/RcMGUYoAUyi, http://www.playvid.com/watch/ovALkBLOMzl, http://www.playvid.com/watch/mXDlp22iqSX, http://www.playvid.com/watch/PiheOwGAfBG, http://www.playvid.com/watch/FdUYtq2a74l, http://www.playvid.com/watch/ygBFmmYSzCo, http://www.playvid.com/watch/BuAm042t3YP, http://www.playvid.com/watch/bcqgesGC02h, http://www.playvid.com/watch/7YNAbOLxZ3r, http://www.playvid.com/watch/564QFgOiSNm, http://www.playvid.com/watch/ku8cQKLmnm3, http://www.playvid.com/watch/DZSzKiosy0h, http://www.playvid.com/watch/XMUzZMkvk43, http://www.playvid.com/watch/40Pvnl9Ah7j, http://www.playvid.com/watch/ULiQkK0shlc, http://www.playvid.com/watch/W8kVJYGumxm, http://www.playvid.com/watch/yGRCLDvtzez, http://www.playvid.com/watch/6dPcnwrfBFy, http://www.playvid.com/watch/L5bEIhpBZKO, http://www.playvid.com/watch/HKsOeXJkvoV, http://www.playvid.com/watch/LApsBEZQ2SD, http://www.playvid.com/watch/Ndgne8Ke9pc, http://www.playvid.com/watch/d66qZKezCEa, http://www.playvid.com/watch/CvFDctO75xv, http://www.playvid.com/watch/4YBULcU5uFR, http://www.playvid.com/watch/GlFIJjTsKMI, http://www.playvid.com/watch/kUn4SKGW20f, http://www.playvid.com/watch/hMLFywRKZ44, http://www.playvid.com/watch/XHyHwwMloX4, http://www.playvid.com/watch/m-A29fmZSPP, http://www.playvid.com/watch/6ZeyOB2we4c, http://www.playvid.com/watch/s5O9Gd8YGHb, http://www.playvid.com/watch/WZLHyLwB3bD, http://www.playvid.com/watch/xqHMo7cwy6j, http://www.playvid.com/watch/86yaIWQQQxk, http://www.playvid.com/watch/uO7lZdm2GDO, http://www.playvid.com/watch/RAEVjTJCASP, http://www.playvid.com/watch/AwcJorYdTDM, http://www.playvid.com/watch/iFAnoJrI6Rw, http://www.playvid.com/watch/OZMWHMzf7pJ, http://www.playvid.com/watch/-pj-4fsGIWo, http://www.playvid.com/watch/rYT5jp8B68i, http://www.playvid.com/watch/5fxq3ogDbmq, http://www.playvid.com/watch/Yd5-wbTsF6P, http://www.playvid.com/watch/iSfrrgNGogn, http://www.playvid.com/watch/B6YqN5IXQeV, http://www.playvid.com/watch/zvCAnZ8KjkG, http://www.playvid.com/watch/70nfNa8cyrF, http://www.playvid.com/watch/XrU22xwLR9i, http://www.playvid.com/watch/3xOB2Z0bSlE, http://www.playvid.com/watch/yTGYsmOwpxl, http://www.playvid.com/watch/pYFHGF7cVtW, http://www.playvid.com/watch/UfTL39t2zNn, http://www.playvid.com/watch/WO3t4CyJSbd, http://www.playvid.com/watch/qJUdPd7TpKs, http://www.playvid.com/watch/sTA2wCv4AAu, http://www.playvid.com/watch/4yUn3g46llC, http://www.playvid.com/watch/WCYX9HfPMFD, http://www.playvid.com/watch/TEiHNTJ4j3P, http://www.playvid.com/watch/kbKES-C6exc, http://www.playvid.com/watch/Q44EcaG8Bli, http://www.playvid.com/watch/VkqDFzo090T, http://www.playvid.com/watch/mLhrfWXcMFc, http://www.playvid.com/watch/oWBahHUSMoS, http://www.playvid.com/watch/qE3UWYIBPrg, http://www.playvid.com/watch/ykZkNJjUspW, http://www.playvid.com/watch/gp4pQDTZFl9, http://www.playvid.com/watch/ZtFd0PjXiuW, http://www.playvid.com/watch/7V6dW6xbFSD, http://www.playvid.com/watch/Y3RcXOgYT3L, http://www.playvid.com/watch/YwnQqLNHqeI, http://www.playvid.com/watch/zyzqEgyjZBn, http://www.playvid.com/watch/2zHH5ebbd5w, http://www.playvid.com/watch/kpIRmAJtjMS, http://www.playvid.com/watch/4wzb5Ce5na4, http://www.playvid.com/watch/lwuymBeA-pG, http://www.playvid.com/watch/wbJAyhUzWMX, http://www.playvid.com/watch/bUs6bDA2X0K, http://www.playvid.com/watch/frSVFuUkuPk, http://www.playvid.com/watch/fI3Mdq6Rx2e, http://www.playvid.com/watch/kXRqgsgEpTv, http://www.playvid.com/watch/VRC-2YgN9MX, http://www.playvid.com/watch/KRHtej4-GGQ, http://www.playvid.com/watch/HBYTnZaQRom, http://www.playvid.com/watch/9YjZ3BllRbZ, http://www.playvid.com/watch/7kfuTTjbsOU, http://www.playvid.com/watch/s5cCdVV8tNQ, http://www.playvid.com/watch/ZO96fqrwI4A, http://www.playvid.com/watch/YeoxkS3tkO8, http://www.playvid.com/watch/chEgobMUcrG, http://www.playvid.com/watch/HNgH338AnN3, http://www.playvid.com/watch/XTswXBoa6O0, http://www.playvid.com/watch/HGgjdH0LrVH, http://www.playvid.com/watch/EZKoAK3Rw0a, http://www.playvid.com/watch/GTiFQQS9sEz, http://www.playvid.com/watch/YnvtDzmGz-F, http://www.playvid.com/watch/Wr9uaJZE8j6, http://www.playvid.com/watch/VfE64WWBnyT, http://www.playvid.com/watch/0ljhyLq8Xj6, http://www.playvid.com/watch/rea0aq3450Y, http://www.playvid.com/watch/wF2edCkjLyf, http://www.playvid.com/watch/P579mZLXvbD, http://www.playvid.com/watch/9TycYDiUgyy, http://www.playvid.com/watch/WODXTiuZS6E, http://www.playvid.com/watch/Y2iH3ekjFhA, http://www.playvid.com/watch/9GL9rYelOS7, http://www.playvid.com/watch/s26vN-pUP_N, http://www.playvid.com/watch/sSZrv2j1Rr3, http://www.playvid.com/watch/TqBVGpoOI4e, http://www.playvid.com/watch/X2SXHp9BEQP

5.f. Date of third notice: 2013-11-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: drugspeed
5.b. Uploader's email address: raznoerazvuul@gmx.com
5.d. Uploader's profile: http://www.playvid.com/member/drugspeed
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MrKnMM0HCMb, http://www.playvid.com/watch/mSv9VrWMwee, http://www.playvid.com/watch/rPqxODo93Wl, http://www.playvid.com/watch/WYVibDSa7g3, http://www.playvid.com/watch/pIU7GFRECEm, http://www.playvid.com/watch/SIfjUgNBS76, http://www.playvid.com/watch/etHhUlMBJrE, http://www.playvid.com/watch/FmWkPqjVt_T, http://www.playvid.com/watch/5R_T4hz8NAS, http://www.playvid.com/watch/97iy1ojKJfF, http://www.playvid.com/watch/Kvx1P0GEMnL, http://www.playvid.com/watch/u_DBlBNz8uj, http://www.playvid.com/watch/hDFimtENQP4, http://www.playvid.com/watch/2X-XPl3BJuU, http://www.playvid.com/watch/iKvKJSNMNq8, http://www.playvid.com/watch/acHe-yAKG6Y, http://www.playvid.com/watch/xpVweElMgyA, http://www.playvid.com/watch/VcyNMe1EzjB, http://www.playvid.com/watch/7Rtkdg1T9oz, http://www.playvid.com/watch/SEtlBllYtBP, http://www.playvid.com/watch/hQ7Gqd8qeeH, http://www.playvid.com/watch/feEE4KCO3OD, http://www.playvid.com/watch/3j7rWJtiUhg, http://www.playvid.com/watch/pKSj4ES837Y, http://www.playvid.com/watch/v_rxCmYYn-G, http://www.playvid.com/watch/l5Z4t0YcVb0, http://www.playvid.com/watch/l7z29TnZORi, http://www.playvid.com/watch/QCjc9C3PJiL, http://www.playvid.com/watch/C2aCzrT59jt, http://www.playvid.com/watch/8wtSEspkHUy, http://www.playvid.com/watch/3B_-xboQjx6, http://www.playvid.com/watch/o9i9UI0w_zz, http://www.playvid.com/watch/Dvqf95KNyIF, http://www.playvid.com/watch/6ickjSlFN1T, http://www.playvid.com/watch/ZIKjHBL3JcE, http://www.playvid.com/watch/xkV3G3y3yfq, http://www.playvid.com/watch/6F7lBr7LdK7, http://www.playvid.com/watch/CkWEDLR6qZ6, http://www.playvid.com/watch/Qq4G0AYv7cZ, http://www.playvid.com/watch/ozhaltqp55J, http://www.playvid.com/watch/3q96kTX0q0z, http://www.playvid.com/watch/IVv8nbeFOsF, http://www.playvid.com/watch/k6yHeDsXqii, http://www.playvid.com/watch/n7XDa5uVZ5O,

http://www.playvid.com/watch/vYqRhkEsJU3, http://www.playvid.com/watch/inq1QCnaPkW, http://www.playvid.com/watch/mRv3JgzuWlI,
http://www.playvid.com/watch/LSJB2ovNvwq, http://www.playvid.com/watch/srY-QoU4_aK, http://www.playvid.com/watch/WpMeYFYf24Q,
http://www.playvid.com/watch/07a3_9GgA9S, http://www.playvid.com/watch/Ee9dpNs4jAn, http://www.playvid.com/watch/U0CRI6KHfcR,
http://www.playvid.com/watch/8E8_MPkZs_6, http://www.playvid.com/watch/3E4LEiReEWy, http://www.playvid.com/watch/lQfsMZghCdX,
http://www.playvid.com/watch/Ba1kjKoMPKO, http://www.playvid.com/watch/MYYwWf5qlJf, http://www.playvid.com/watch/JnQQ_49Ee2A,
http://www.playvid.com/watch/UikVIJ0U_aI, http://www.playvid.com/watch/iz64p7gratU, http://www.playvid.com/watch/ZKe6Pn73w5y,
http://www.playvid.com/watch/dK75crh1gd0, http://www.playvid.com/watch/9PNOhZ2zAX7, http://www.playvid.com/watch/qUTAwgnIakV,
http://www.playvid.com/watch/VN9HtQ72AB2, http://www.playvid.com/watch/7pRVOGfgdFt, http://www.playvid.com/watch/Ew09Ab37ZFx,
http://www.playvid.com/watch/4GyoCu3YPkY, http://www.playvid.com/watch/umIt6c9OhJZ, http://www.playvid.com/watch/Bl4MrGpB05S,
http://www.playvid.com/watch/Ir0jcCSDj-Z, http://www.playvid.com/watch/bJPTStPfBrZ, http://www.playvid.com/watch/hstrclkY0lj,
http://www.playvid.com/watch/I2oE25aT8pU, http://www.playvid.com/watch/akHnXDYv2TA, http://www.playvid.com/watch/G6-64CEE8fO
5.f. Date of third notice: 2015-08-15 08:32:34
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: DSL8622
5.b. Uploader's email address: DSL8622@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/DSL8622
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zzyBQ0u6WRU, http://www.playvid.com/watch/w4MIhOqy-ky,
http://www.playvid.com/watch/IxomWxAEKfx, http://www.playvid.com/watch/NlqooGQA4Xe, http://www.playvid.com/watch/wTgBhto0MF7,
http://www.playvid.com/watch/kkE5r7bKk2m, http://www.playvid.com/watch/IU-yc9JWjKH, http://www.playvid.com/watch/HxdkWICZY6c,
http://www.playvid.com/watch/TfTk5VPsVv6, http://www.playvid.com/watch/Q8JpdnqEipl, http://www.playvid.com/watch/ZKrt4CdNdGQ,
http://www.playvid.com/watch/BhEGFQtmlas, http://www.playvid.com/watch/YX3baWiefXH, http://www.playvid.com/watch/PSlsranhaF4,
http://www.playvid.com/watch/Z588wN0qBcA, http://www.playvid.com/watch/bIjQTH8F9uV, http://www.playvid.com/watch/nB7C8VDzTdj,
http://www.playvid.com/watch/3XCRVLuXvng, http://www.playvid.com/watch/c7qNtXbeSAZ, http://www.playvid.com/watch/2F5LISeXM6h,
http://www.playvid.com/watch/WLh63R4joaB, http://www.playvid.com/watch/wysrudx7Ag6, http://www.playvid.com/watch/G4XdA-TuZAr,
http://www.playvid.com/watch/qS9n7rHcrcv, http://www.playvid.com/watch/Jt0GOGLhfiF, http://www.playvid.com/watch/jTh0Rsr3V3x,
http://www.playvid.com/watch/8NS2mInAVg8, http://www.playvid.com/watch/ekbUVvOSu9q, http://www.playvid.com/watch/giRG5I5Gy9A,
http://www.playvid.com/watch/iFwooTfmHMR, http://www.playvid.com/watch/6jYRvje6iWW, http://www.playvid.com/watch/Ng0F3zhBRIg,
http://www.playvid.com/watch/KfSPUtfFE4u, http://www.playvid.com/watch/emInsqj5uXR, http://www.playvid.com/watch/hz8ujKzEObZ,
http://www.playvid.com/watch/cWxEId0y8eR, http://www.playvid.com/watch/JYNacg9HJIS, http://www.playvid.com/watch/xcolc4aMvDq,
http://www.playvid.com/watch/ectNv3a9qZM, http://www.playvid.com/watch/HkfXA4CNlrR, http://www.playvid.com/watch/MGdWiWZ4lci,
http://www.playvid.com/watch/zxeO2essDbs, http://www.playvid.com/watch/rQY9VlyzZGe, http://www.playvid.com/watch/FSLwIqJQe03,
http://www.playvid.com/watch/lRFdNg0iOrM, http://www.playvid.com/watch/xz-y9QemJdQ, http://www.playvid.com/watch/YnlIjoXSzXD,
http://www.playvid.com/watch/vgvdFRLXnde, http://www.playvid.com/watch/qvNR6XWGzgw, http://www.playvid.com/watch/ZDhAZFbZvnn,
http://www.playvid.com/watch/6JUuE26IRNW, http://www.playvid.com/watch/a36tuMXGRZr, http://www.playvid.com/watch/xXQC0FzQ6h4,
http://www.playvid.com/watch/6VVLYLFhfby, http://www.playvid.com/watch/08tKZsbJWDk, http://www.playvid.com/watch/LahGuZDrjZJ,
http://www.playvid.com/watch/DjMT3-VeE5B, http://www.playvid.com/watch/HKeTllIHOZi, http://www.playvid.com/watch/fS3gYLHYm5F,
http://www.playvid.com/watch/jJ-MzfgTB2L, http://www.playvid.com/watch/M-jqB48-PaW, http://www.playvid.com/watch/kIWu7pnmOlb,
http://www.playvid.com/watch/YkXvKowmWd0, http://www.playvid.com/watch/V7XhUsdkMtJ, http://www.playvid.com/watch/rNlrFWZ2upT,
http://www.playvid.com/watch/DDS6ivLKPQB, http://www.playvid.com/watch/GSppfqzAPgZ, http://www.playvid.com/watch/B3KiZTBMfcD,
http://www.playvid.com/watch/X5zmE846-gc, http://www.playvid.com/watch/66XjthxVoZ5, http://www.playvid.com/watch/J75XZ9x3-pB,
http://www.playvid.com/watch/w7UFpv6VdCk, http://www.playvid.com/watch/2XTjcUvJpPT, http://www.playvid.com/watch/vTBgmR4H2xN,
http://www.playvid.com/watch/dZzurbcvNHx, http://www.playvid.com/watch/lDuClQrPyA7, http://www.playvid.com/watch/lGH2ERd4iLI,
http://www.playvid.com/watch/x9y49dzXKfc, http://www.playvid.com/watch/g8TdJQi3EE0, http://www.playvid.com/watch/9RFQFRvwbaO,
http://www.playvid.com/watch/U8me7DP2ZxD, http://www.playvid.com/watch/kTAUg2WTsuN, http://www.playvid.com/watch/bdcWv-cfCF8,
http://www.playvid.com/watch/CBLTIhT3BHN, http://www.playvid.com/watch/QZyWOvXD7kY, http://www.playvid.com/watch/nxeAEmtgFXC,
http://www.playvid.com/watch/wf5upScxtdw, http://www.playvid.com/watch/uRNZwqy6aD2, http://www.playvid.com/watch/5tdgkGyqIhq,
http://www.playvid.com/watch/fOTwUUzIqj4, http://www.playvid.com/watch/nMwFAPaxf58, http://www.playvid.com/watch/ycdcwxFhGOP,
http://www.playvid.com/watch/C2t72dlM7d5, http://www.playvid.com/watch/MrEJolYqdb0, http://www.playvid.com/watch/zYhUf6HlHYs,
http://www.playvid.com/watch/xAjKdd4ZYIH, http://www.playvid.com/watch/PvKwGC-6XMY, http://www.playvid.com/watch/ENp7cuKqBWk
5.f. Date of third notice: 2013-10-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: DuckDodgers
5.b. Uploader's email address: helmet108@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/DuckDodgers
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7-jyn5UZzl3, http://www.playvid.com/watch/pnKNCmVdejG,
http://www.playvid.com/watch/cZ7wfmX9xGL, http://www.playvid.com/watch/F6AUll9MdWW, http://www.playvid.com/watch/KsLBjHNBG8X,
http://www.playvid.com/watch/mKFARbzxpZI, http://www.playvid.com/watch/LZuh5OipAqf, http://www.playvid.com/watch/yNHGeDirkew,
http://www.playvid.com/watch/MRBYyeMBnIV, http://www.playvid.com/watch/xmdSYEnSlBJ, http://www.playvid.com/watch/6GtI4R5JokG,
http://www.playvid.com/watch/XpQ8AbhsASN, http://www.playvid.com/watch/bqAehv5ud3h, http://www.playvid.com/watch/bSiDwpd42qv,
http://www.playvid.com/watch/Zuk7hXBavkJ, http://www.playvid.com/watch/mbvzusm0Hho, http://www.playvid.com/watch/8E255IP-EUK,
http://www.playvid.com/watch/EQK9SGJSeZ6, http://www.playvid.com/watch/frQG9i4bVK8, http://www.playvid.com/watch/HMQQrJx3ntN,
http://www.playvid.com/watch/XWbEMwfCNZT, http://www.playvid.com/watch/ebBKumRxDkb, http://www.playvid.com/watch/2GZhabbjlUO,
http://www.playvid.com/watch/y0lkSNYaeXk, http://www.playvid.com/watch/iUApIrts-za, http://www.playvid.com/watch/Rk2XUEDJKgJ,
http://www.playvid.com/watch/kIQPk4Er3xt, http://www.playvid.com/watch/wwkvqWWe2la, http://www.playvid.com/watch/FKqYrggePan,
http://www.playvid.com/watch/F-BHTbLQWMN, http://www.playvid.com/watch/3ro3cCn4MIj, http://www.playvid.com/watch/E2tzREqSypC,
http://www.playvid.com/watch/08XbFDpk3Jx, http://www.playvid.com/watch/kO-lyUlZSBj, http://www.playvid.com/watch/gv3fm3DPkWw,
http://www.playvid.com/watch/k5WhZ5ufQeJ, http://www.playvid.com/watch/57pn-J928FG, http://www.playvid.com/watch/h-sj5A7lQgU,
http://www.playvid.com/watch/MEpTalbOzEU, http://www.playvid.com/watch/P4JcvdIvffr, http://www.playvid.com/watch/rIkEiXQIkjz,
http://www.playvid.com/watch/iOpSZ9lGyc5, http://www.playvid.com/watch/EHqF88rqg2L, http://www.playvid.com/watch/sjsszqSPmL-,
http://www.playvid.com/watch/kqqISb9H776, http://www.playvid.com/watch/zw2nf33Hb2U, http://www.playvid.com/watch/6NczQ8iwdYm,
http://www.playvid.com/watch/RCCqqK-tDhE, http://www.playvid.com/watch/8emL35pJfDZ, http://www.playvid.com/watch/dchU5WZna8P,
http://www.playvid.com/watch/80izmUMBTq2, http://www.playvid.com/watch/NRbJtBZC9YW, http://www.playvid.com/watch/WXAQuXmIKs6,
http://www.playvid.com/watch/nTqZajP9DR7, http://www.playvid.com/watch/IZNlejZr8sK, http://www.playvid.com/watch/2kLZLtfbckT,
http://www.playvid.com/watch/qZJuSznArm4, http://www.playvid.com/watch/c9mp9U4v55Z, http://www.playvid.com/watch/kXk4WquKbfV,
http://www.playvid.com/watch/yF0uF9IqGky, http://www.playvid.com/watch/QwnnpRta49m, http://www.playvid.com/watch/4rJzEKcQn73,
http://www.playvid.com/watch/M6jKMEgvEAV, http://www.playvid.com/watch/AcUMXIkCoYY, http://www.playvid.com/watch/tLnTJbuAFhM,
http://www.playvid.com/watch/G3rR0XJUAV5, http://www.playvid.com/watch/miIhi6tDodx, http://www.playvid.com/watch/CFhfIeo2-aw,
http://www.playvid.com/watch/ySGHSWj8CM9, http://www.playvid.com/watch/lWRL5hrIIaU, http://www.playvid.com/watch/TfboS6MCahy,
http://www.playvid.com/watch/m2ZzbcvRqQr, http://www.playvid.com/watch/5jyxh4PfPcx, http://www.playvid.com/watch/tKyUK5OuJBM,
http://www.playvid.com/watch/JhsDeF7yQnY, http://www.playvid.com/watch/SDmRG6t7LQr, http://www.playvid.com/watch/nVCdIlZlU6r,
http://www.playvid.com/watch/jtZCbORDkMB, http://www.playvid.com/watch/WTko6E9zrk6, http://www.playvid.com/watch/R2f7c8BuC2Q,
http://www.playvid.com/watch/OIDI2iW3QaW, http://www.playvid.com/watch/aqXmTiqg5yS, http://www.playvid.com/watch/3SGN52EUUEU,
http://www.playvid.com/watch/j5XX3ZKuzRy, http://www.playvid.com/watch/co4zrKD7k4q, http://www.playvid.com/watch/VKN19C9VOQe,
http://www.playvid.com/watch/jZm0eO8gfbH, http://www.playvid.com/watch/9hUcrq5daFs, http://www.playvid.com/watch/CYdw3T0sgaH,
http://www.playvid.com/watch/cXTj4vjU6a6, http://www.playvid.com/watch/dKPaAs-GV32, http://www.playvid.com/watch/teyF7DmMFrJ,
http://www.playvid.com/watch/ffU0yA1cxJe, http://www.playvid.com/watch/yDXdRrzaQc9, http://www.playvid.com/watch/7mTTOfyV896,
http://www.playvid.com/watch/YPMp65ziuOo, http://www.playvid.com/watch/jYPXZmZdHOQ, http://www.playvid.com/watch/vKywVtUs-7I,
http://www.playvid.com/watch/T95JoQM6LYD, http://www.playvid.com/watch/lXZQl6ueZpE, http://www.playvid.com/watch/7qdS6L1zn7r,
http://www.playvid.com/watch/rztKrlFv2nE, http://www.playvid.com/watch/f3pdVXmdKqL
5.f. Date of third notice: 2014-12-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dudemclovin
5.b. Uploader's email address: 7faker7@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/dudemclovin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/u4Y5C-AGeOw, http://www.playvid.com/watch/5-E1ChwlUgr, http://www.playvid.com/watch/4c3_h6Sd9NO, http://www.playvid.com/watch/Qh2UhGfhV_W, http://www.playvid.com/watch/0GgnVfvQ114, http://www.playvid.com/watch/oBpx-YnKl4R, http://www.playvid.com/watch/Q1vOjmu226C, http://www.playvid.com/watch/TPk3j63z2hH, http://www.playvid.com/watch/0q8hn8TGdMu, http://www.playvid.com/watch/fP7B1SylahC, http://www.playvid.com/watch/N5N3DhUbfLY, http://www.playvid.com/watch/iCcB08LhEtQ, http://www.playvid.com/watch/YmNd4L0-sm8, http://www.playvid.com/watch/jjxenmnD2BV
5.f. Date of third notice: 2015-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: dugan90
5.b. Uploader's email address: dugan90@abv.bg
5.d. Uploader's profile: http://www.playvid.com/member/dugan90
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XH7TbU3PRAj, http://www.playvid.com/watch/cmbpUXMAcgn, http://www.playvid.com/watch/9iXaXC2SD3D, http://www.playvid.com/watch/AAc6nZ0id9o, http://www.playvid.com/watch/jMgiLpzr7hA, http://www.playvid.com/watch/IOY4O0vTiJJ, http://www.playvid.com/watch/ROaluUViZ3y, http://www.playvid.com/watch/UCkXBmMpTVA, http://www.playvid.com/watch/v2g6uGlzv6K, http://www.playvid.com/watch/4zfX7pzqVcO, http://www.playvid.com/watch/QOq5xHMLhIY, http://www.playvid.com/watch/fdUOQXMz4Dz, http://www.playvid.com/watch/bXDnJfZlJQ6, http://www.playvid.com/watch/nsNDEKUIzcO, http://www.playvid.com/watch/EPgt0pQhSH7, http://www.playvid.com/watch/T3DOCi7Xa42, http://www.playvid.com/watch/K8B07bmODHR, http://www.playvid.com/watch/sbFbqXvxbnW, http://www.playvid.com/watch/svNW4SkHhEZ, http://www.playvid.com/watch/fXdLryse-bp, http://www.playvid.com/watch/pvADsHnVKHq, http://www.playvid.com/watch/5e6rk6Z7tCk, http://www.playvid.com/watch/pXPwyiK9G4b, http://www.playvid.com/watch/H2QSLBAP8qN, http://www.playvid.com/watch/6q53J80Redl, http://www.playvid.com/watch/AyBd2BknI8m, http://www.playvid.com/watch/ftjuwjGlc0-, http://www.playvid.com/watch/jtYhiiSnIKA, http://www.playvid.com/watch/NtX8oKfjPGm, http://www.playvid.com/watch/jnfjI60cqJI, http://www.playvid.com/watch/JWv8KonL9yN, http://www.playvid.com/watch/8sftJNGsOPL, http://www.playvid.com/watch/GPKBoBCFNCF, http://www.playvid.com/watch/-JcBygiPONf, http://www.playvid.com/watch/h3YXOipDTm9, http://www.playvid.com/watch/FctgMEERK6l, http://www.playvid.com/watch/l-bI-7sAycj, http://www.playvid.com/watch/faKjpvUJYMV, http://www.playvid.com/watch/s2dTCUXzpGs, http://www.playvid.com/watch/6Y0yrFS0Wjc, http://www.playvid.com/watch/mqL62CglM8q, http://www.playvid.com/watch/CkRlvOeeN0x, http://www.playvid.com/watch/jtJL4lseekp, http://www.playvid.com/watch/oIX0CNFLx07, http://www.playvid.com/watch/FP53qc7q4Er, http://www.playvid.com/watch/HPLs6yKWEfQ, http://www.playvid.com/watch/I4xTTBo2XCg, http://www.playvid.com/watch/EwJq-b9Uqo2, http://www.playvid.com/watch/cicSs2AAcuS, http://www.playvid.com/watch/iVyksFf7kZj, http://www.playvid.com/watch/a5pZmbJi4iQ, http://www.playvid.com/watch/bC6NigD3N2x, http://www.playvid.com/watch/MDIsBSWNx-p, http://www.playvid.com/watch/6TEuN4iB5O0, http://www.playvid.com/watch/zbXOLDhZ6XA, http://www.playvid.com/watch/7kj9G3q5iZc, http://www.playvid.com/watch/MwtrcUgUWT5, http://www.playvid.com/watch/6bqk3TjNnPY, http://www.playvid.com/watch/-NwJsqlLGjB, http://www.playvid.com/watch/i-qGghP67vN, http://www.playvid.com/watch/D6yiqfkgZ4Y, http://www.playvid.com/watch/CaZlGMzPkjs, http://www.playvid.com/watch/YqoBJ8kHxyV, http://www.playvid.com/watch/cUV3kmvMufj, http://www.playvid.com/watch/nwImloQQkL0, http://www.playvid.com/watch/zVA4xHzgO8B, http://www.playvid.com/watch/QOYM4SiNeA2, http://www.playvid.com/watch/PhVgNLLYQxe, http://www.playvid.com/watch/KPuhILeJGaN, http://www.playvid.com/watch/n0s7TMiyFrc, http://www.playvid.com/watch/TmGd9FmnSNb, http://www.playvid.com/watch/RvtNASmbGQi, http://www.playvid.com/watch/5FH8wQnT670, http://www.playvid.com/watch/u-JN7YoGciD, http://www.playvid.com/watch/QrAVHTHALni, http://www.playvid.com/watch/y2BvwK7TAaK, http://www.playvid.com/watch/l30UNLielPY, http://www.playvid.com/watch/JefMk2Isx6R, http://www.playvid.com/watch/P4MLzoGosns, http://www.playvid.com/watch/JPWDw8VAPDy, http://www.playvid.com/watch/aB-PPNWpKIX, http://www.playvid.com/watch/C-BHsEbV866, http://www.playvid.com/watch/j5r6dVADEIt, http://www.playvid.com/watch/3RGSC--tKvl, http://www.playvid.com/watch/32CjZOJvAxR, http://www.playvid.com/watch/a8XgSsuxv9y, http://www.playvid.com/watch/QQBSvT2mAUw, http://www.playvid.com/watch/7rWdON-9Aw4, http://www.playvid.com/watch/Risc4ToeSvm, http://www.playvid.com/watch/UFyAuW0f3cb, http://www.playvid.com/watch/yW8kTHNlvW7, http://www.playvid.com/watch/lMdCxNtfnpy, http://www.playvid.com/watch/kS8nfLeGHAa, http://www.playvid.com/watch/tTtWiUdQOo3, http://www.playvid.com/watch/0P9CmdJ0JJR, http://www.playvid.com/watch/nn6sqM8ek3D, http://www.playvid.com/watch/w-CWhV65FDB, http://www.playvid.com/watch/eTWRXLWspDW, http://www.playvid.com/watch/4m0eCxDZ622, http://www.playvid.com/watch/ytlE2w2FyE3, http://www.playvid.com/watch/mkXjOksqO2N, http://www.playvid.com/watch/9AgtefBJrny, http://www.playvid.com/watch/EGiXb-ZGz8R, http://www.playvid.com/watch/BZ5ouTbCynU, http://www.playvid.com/watch/d6bTxjtmE7m, http://www.playvid.com/watch/loPV4YFSnNh, http://www.playvid.com/watch/tgNwF8Ue46r, http://www.playvid.com/watch/RXDEXIBAqWn, http://www.playvid.com/watch/zmHfX7THxAZ, http://www.playvid.com/watch/pNhvFMvV5QU, http://www.playvid.com/watch/dxzaT4FEY6p, http://www.playvid.com/watch/xfAFDCM5ylc, http://www.playvid.com/watch/zNm72lmYuvK, http://www.playvid.com/watch/yQzq9GGljFF, http://www.playvid.com/watch/6R3FTC3IRVh, http://www.playvid.com/watch/aKrSk39yf2U, http://www.playvid.com/watch/jo5jzF5PCOW, http://www.playvid.com/watch/ZzPGWkOIzoK, http://www.playvid.com/watch/VoWYTQBjlbm, http://www.playvid.com/watch/H4AaBfXOKD0, http://www.playvid.com/watch/ULp3cOnYIm-, http://www.playvid.com/watch/E6HoSruLTQc, http://www.playvid.com/watch/4TLoXe-gvYH, http://www.playvid.com/watch/x5L27qLjVN8, http://www.playvid.com/watch/YzKxiLGdQ9X, http://www.playvid.com/watch/CJZMm-hCxp-, http://www.playvid.com/watch/Znfq-zNpMLs, http://www.playvid.com/watch/8YOhzHUyydK, http://www.playvid.com/watch/Jj27sFbSepe, http://www.playvid.com/watch/SsDk2k72OZz, http://www.playvid.com/watch/TDIMLtpVO8F, http://www.playvid.com/watch/gL8oJKrDbgN, http://www.playvid.com/watch/irL7n-9aDrd, http://www.playvid.com/watch/jBen3HNWVVZ, http://www.playvid.com/watch/utspN7Xyt6p, http://www.playvid.com/watch/eqHHtHCsBFE, http://www.playvid.com/watch/FCnCnmEqvgt, http://www.playvid.com/watch/smAWYrD3To8, http://www.playvid.com/watch/JaiYLsKcXbB, http://www.playvid.com/watch/jRce6o4a4O2, http://www.playvid.com/watch/ApDNjXfisY3, http://www.playvid.com/watch/RbilxVdu9Bc, http://www.playvid.com/watch/Ye0WohiEo-o, http://www.playvid.com/watch/TEpxtNXXaYt, http://www.playvid.com/watch/hyoGYrowTNe, http://www.playvid.com/watch/xU4WXVCe93I, http://www.playvid.com/watch/pEQD4ytNOJL, http://www.playvid.com/watch/GmixrX8az8I, http://www.playvid.com/watch/l2kYBW-Ju87, http://www.playvid.com/watch/CMtqrWv9cae, http://www.playvid.com/watch/0HVsLjwwzZ9, http://www.playvid.com/watch/JlQS6Db4xpq, http://www.playvid.com/watch/mIAcw25P4z-, http://www.playvid.com/watch/LUqCvyDp96k, http://www.playvid.com/watch/3-Gxv56eRH-, http://www.playvid.com/watch/IBrStvTnLYF, http://www.playvid.com/watch/b3AzWZpp0Qa, http://www.playvid.com/watch/OLPKFbWB2uO, http://www.playvid.com/watch/rEY5incqFBg, http://www.playvid.com/watch/7AYB4rnsRu4, http://www.playvid.com/watch/RDjHjpJM8-j, http://www.playvid.com/watch/FtBoeRGkxnI, http://www.playvid.com/watch/u0kJ7Ve2zAF, http://www.playvid.com/watch/aWMDd4Db25O, http://www.playvid.com/watch/xp202-8GVgc, http://www.playvid.com/watch/0AZseRJPb69, http://www.playvid.com/watch/cLuhnRG6kBa, http://www.playvid.com/watch/rLklwk7gQxd, http://www.playvid.com/watch/4gGlzQChCY9, http://www.playvid.com/watch/i7Cg-4bEoAY, http://www.playvid.com/watch/mLhnDSSFIXh, http://www.playvid.com/watch/JqvvymwVQUC, http://www.playvid.com/watch/TtR0d9jM-cD, http://www.playvid.com/watch/Bn64cSs33gB, http://www.playvid.com/watch/riT8v-lFPZk, http://www.playvid.com/watch/LmkerQiVSYS, http://www.playvid.com/watch/bN7SjgXmMEj, http://www.playvid.com/watch/Cxkm3i4LWLQ, http://www.playvid.com/watch/3FpdVNB8-i6, http://www.playvid.com/watch/NqWi7fKKk3n, http://www.playvid.com/watch/riFMkD952lp, http://www.playvid.com/watch/OeJoT7Efvfn, http://www.playvid.com/watch/it58vflOTfm, http://www.playvid.com/watch/pOBCZfWICOB, http://www.playvid.com/watch/sr93bIK5eQG, http://www.playvid.com/watch/i6cxHoEOylP, http://www.playvid.com/watch/VGpi48GEMaU, http://www.playvid.com/watch/9kN0MJ9v3RK, http://www.playvid.com/watch/UgmhiGUpVaD, http://www.playvid.com/watch/vBl7zk-htlO, http://www.playvid.com/watch/Ems4lZaNY-x, http://www.playvid.com/watch/dtQ8t3VKiB3, http://www.playvid.com/watch/No4bghAgkVX, http://www.playvid.com/watch/ARBmlStTdue, http://www.playvid.com/watch/fGTo-5XXN5t, http://www.playvid.com/watch/SxnyKBZ89uk, http://www.playvid.com/watch/pJnJZdIzn8P, http://www.playvid.com/watch/hdtg7BzsW7z, http://www.playvid.com/watch/wWK95h4o20A, http://www.playvid.com/watch/5sVIEVhExhV, http://www.playvid.com/watch/6cHIJ3dSnVw, http://www.playvid.com/watch/yGa9dbhQsiR, http://www.playvid.com/watch/Ood5i7KJfDz, http://www.playvid.com/watch/cVEXNEyYPW3, http://www.playvid.com/watch/wluIHK6KZlL, http://www.playvid.com/watch/mABHRdCwKcn, http://www.playvid.com/watch/jOgTWczcjwk, http://www.playvid.com/watch/MsdH6GI2PMX, http://www.playvid.com/watch/H-I6x08hPin, http://www.playvid.com/watch/dnCoUEkIgB6, http://www.playvid.com/watch/Dq-msddqIts, http://www.playvid.com/watch/D6Tcl2b8Xrd, http://www.playvid.com/watch/0lIux2-ui2h, http://www.playvid.com/watch/pJ2SEUVIHZf, http://www.playvid.com/watch/aCctVhNj5lG, http://www.playvid.com/watch/YWxRCxYHVPl, http://www.playvid.com/watch/QWX4wkTcuNJ, http://www.playvid.com/watch/hZs2DNXLf95, http://www.playvid.com/watch/3Rp0LSoUSm2, http://www.playvid.com/watch/uOI4JA6pM2Y, http://www.playvid.com/watch/6CLns0BJG2L, http://www.playvid.com/watch/LMdZ8eWamHK, http://www.playvid.com/watch/8K68uypoHVj, http://www.playvid.com/watch/dxzD2CSW9c2, http://www.playvid.com/watch/HN-6tTi9O2z, http://www.playvid.com/watch/z2BKnA2Igii, http://www.playvid.com/watch/efgfXUXDzi2, http://www.playvid.com/watch/jeMdkT2MugD, http://www.playvid.com/watch/wZPgNKHJX2D, http://www.playvid.com/watch/Sbe3shHxxHa, http://www.playvid.com/watch/OVMlDU5FQ9z, http://www.playvid.com/watch/lrDGED9gHNP, http://www.playvid.com/watch/Uvu3c6vEKki, http://www.playvid.com/watch/UJ4RitYenGA, http://www.playvid.com/watch/QXCFANIx42W, http://www.playvid.com/watch/8W7EsSBjxEN, http://www.playvid.com/watch/dpC89y5PKaK, http://www.playvid.com/watch/ZfzbxxtW4Il, http://www.playvid.com/watch/5BdBxbWal82, http://www.playvid.com/watch/2ujT2jVma8g, http://www.playvid.com/watch/b9oUJnnwNd6, http://www.playvid.com/watch/H8IHJ4mvYQC, http://www.playvid.com/watch/YMlqGWicfbw, http://www.playvid.com/watch/kJ456lMSjRV, http://www.playvid.com/watch/zLy-MHWmlSq, http://www.playvid.com/watch/YNtGqc9Y-pS, http://www.playvid.com/watch/a6H-nWtSBqM, http://www.playvid.com/watch/f6WkNjcu4I0, http://www.playvid.com/watch/8dyl5EZ-gtr, http://www.playvid.com/watch/kQLc2KiXFeC, http://www.playvid.com/watch/Gl7jd5hv69O,

http://www.playvid.com/watch/49cOaxQIAhs, http://www.playvid.com/watch/-lLE0j8h0VU, http://www.playvid.com/watch/IhLccT34XuX, http://www.playvid.com/watch/X0LW-imFRPV, http://www.playvid.com/watch/NFjkefgAxxm, http://www.playvid.com/watch/7--az50hNJJ, http://www.playvid.com/watch/s5keS45DoI5, http://www.playvid.com/watch/k9vjjEai0lu, http://www.playvid.com/watch/FZjvHQwaoo2, http://www.playvid.com/watch/YSFIF8pYv4m, http://www.playvid.com/watch/vMtd-g8NbUW, http://www.playvid.com/watch/YPWIM7temm7, http://www.playvid.com/watch/9xJpv9a-0jA, http://www.playvid.com/watch/sD7lghM3ux2, http://www.playvid.com/watch/snCVaY7yJtQ, http://www.playvid.com/watch/ifV5t26fo34, http://www.playvid.com/watch/zgx7F8jaxG5, http://www.playvid.com/watch/QoFX9PXRanV, http://www.playvid.com/watch/H7SRjLxLf2p, http://www.playvid.com/watch/U0nnF9B9rW0, http://www.playvid.com/watch/RyANiRbauN5, http://www.playvid.com/watch/veGN5u7i5Zy, http://www.playvid.com/watch/X-ELSnSUp89, http://www.playvid.com/watch/DiFSxphM7uX, http://www.playvid.com/watch/Rid9KZL5fli, http://www.playvid.com/watch/NDWcmp7JmWX, http://www.playvid.com/watch/F9vnejUT3D0, http://www.playvid.com/watch/s6jAfUaIrsn, http://www.playvid.com/watch/-pU6mQqqAqj, http://www.playvid.com/watch/ZFNndrl9tf5, http://www.playvid.com/watch/AdgaIJfoVbf, http://www.playvid.com/watch/sLl0cDN4dJg, http://www.playvid.com/watch/cX7PgP33dY5, http://www.playvid.com/watch/si7hJMmKoDS, http://www.playvid.com/watch/ZGC0cLoU5r7, http://www.playvid.com/watch/XiIBpokuvZ5, http://www.playvid.com/watch/JAzGY08rJBZ, http://www.playvid.com/watch/SvnKkFnr4yG, http://www.playvid.com/watch/NWZNOW2TuQz, http://www.playvid.com/watch/gTVbZZDQmSm, http://www.playvid.com/watch/x-WBZIGg2aq, http://www.playvid.com/watch/k3x9NHP2g6t, http://www.playvid.com/watch/YegXe-bCVuv, http://www.playvid.com/watch/smrv8c6Cszc, http://www.playvid.com/watch/Mvgv7ap5VhH, http://www.playvid.com/watch/7sHPRCd49ZI, http://www.playvid.com/watch/DcYyhSOoHyt, http://www.playvid.com/watch/sUbl7fmFLcl, http://www.playvid.com/watch/lMxc3fCYhbC, http://www.playvid.com/watch/4ctsZR9EUOz, http://www.playvid.com/watch/vlCIOKlMci9, http://www.playvid.com/watch/6MMYJZHlWi7, http://www.playvid.com/watch/jgTqYA75BWr, http://www.playvid.com/watch/AswxELcpDiF, http://www.playvid.com/watch/v3SfuaQP06o, http://www.playvid.com/watch/2kJseLcZuoH, http://www.playvid.com/watch/Pea20lSOey4, http://www.playvid.com/watch/jE4-TRGtuVW, http://www.playvid.com/watch/BtDGdUpazy7, http://www.playvid.com/watch/wVoVrtklw4m, http://www.playvid.com/watch/Wn-eMDgPhfT, http://www.playvid.com/watch/Gjiwq0kAaSu, http://www.playvid.com/watch/F0L3XS9VuMu, http://www.playvid.com/watch/bDZZGjBCk7v, http://www.playvid.com/watch/V3uqUNkUKj9, http://www.playvid.com/watch/NLVUK-M6aal, http://www.playvid.com/watch/zWB2R4mlgOf, http://www.playvid.com/watch/mxPyhwVuqa5, http://www.playvid.com/watch/Umw8LLxpQ8I, http://www.playvid.com/watch/K25WdIqS0QZ, http://www.playvid.com/watch/y2eLBDT06Je, http://www.playvid.com/watch/qcEy3nrWhay, http://www.playvid.com/watch/6alx80C4wIn, http://www.playvid.com/watch/-JLI94oIqeM, http://www.playvid.com/watch/a6eju9Jb3gf, http://www.playvid.com/watch/EdlYt9njfMP, http://www.playvid.com/watch/0aW7gwHKr8X, http://www.playvid.com/watch/3dMM8Xc0iBm, http://www.playvid.com/watch/bHqDNj72u2x, http://www.playvid.com/watch/-UaDylE4UDa, http://www.playvid.com/watch/ynPFduHXTqy, http://www.playvid.com/watch/CJuO5wR8pEV, http://www.playvid.com/watch/bfNFyQ4zL8z, http://www.playvid.com/watch/AYFCCd89H60, http://www.playvid.com/watch/8qb-SUqxyT7, http://www.playvid.com/watch/TU9RWPmUFWD, http://www.playvid.com/watch/7XvbrfXuIf7, http://www.playvid.com/watch/fSZQAnTOtpz, http://www.playvid.com/watch/WRRl8YswSaP, http://www.playvid.com/watch/tVOzILqj-9n, http://www.playvid.com/watch/3LMmMj598tV, http://www.playvid.com/watch/U9TcfjSmpRh, http://www.playvid.com/watch/0e4B7aoBs66, http://www.playvid.com/watch/MP03kTikypY, http://www.playvid.com/watch/VEqlsQmiR3l, http://www.playvid.com/watch/XvOqSvz7mU3, http://www.playvid.com/watch/I3ZATKyq8mf, http://www.playvid.com/watch/KGLANN5TsKj, http://www.playvid.com/watch/KwoLHetAGOK, http://www.playvid.com/watch/Subj-b5OMmc, http://www.playvid.com/watch/YUPbAbi8ix2, http://www.playvid.com/watch/D4dOSHQ25OP, http://www.playvid.com/watch/Z7KMEyiyzZq, http://www.playvid.com/watch/YWfL7oVKM98, http://www.playvid.com/watch/W4BW6KgB7L7, http://www.playvid.com/watch/GJxBgzARVce, http://www.playvid.com/watch/uHcGMEvAnHr, http://www.playvid.com/watch/0jz-7AnsWJR, http://www.playvid.com/watch/CrYh4S2e-pJ, http://www.playvid.com/watch/kkFMx2F6nqH, http://www.playvid.com/watch/kQxSgPDMjlr, http://www.playvid.com/watch/ST6eqEIA8-k, http://www.playvid.com/watch/stQCv_uE1i2, http://www.playvid.com/watch/CQeQ4_ztc8C, http://www.playvid.com/watch/Oirn7C1IGJp, http://www.playvid.com/watch/Ds1VbjsT8lz, http://www.playvid.com/watch/uniOUGTHwFx, http://www.playvid.com/watch/HJfniYfnCkp, http://www.playvid.com/watch/AZC3GhJnQ5d, http://www.playvid.com/watch/ZyjcCpMmg_E, http://www.playvid.com/watch/pT7DhkDxkEi, http://www.playvid.com/watch/fOCNTADoYmj, http://www.playvid.com/watch/QSCm7l1VELP, http://www.playvid.com/watch/bbWeesFrMYC, http://www.playvid.com/watch/4wsWo3BeX7R, http://www.playvid.com/watch/AXiNmXpJqlD, http://www.playvid.com/watch/j8_GHwWAGiP, http://www.playvid.com/watch/a11joU7qwVj, http://www.playvid.com/watch/g0CAl_bwn-x, http://www.playvid.com/watch/Q0zwJWRcY68, http://www.playvid.com/watch/zzX4Sg6DRrC, http://www.playvid.com/watch/NcPFK--Ci3j, http://www.playvid.com/watch/tlVNL8NDa9C, http://www.playvid.com/watch/2Piz67E3qdW, http://www.playvid.com/watch/nDwc62U4fYm, http://www.playvid.com/watch/iOVnmcBqqXH, http://www.playvid.com/watch/QjZ72vkwpYT, http://www.playvid.com/watch/npLcSOX6tfl, http://www.playvid.com/watch/62P2z8Pu1Um, http://www.playvid.com/watch/sGiZJogBs-a, http://www.playvid.com/watch/sGqcsIBkqXg, http://www.playvid.com/watch/dDs1DAlAk2v, http://www.playvid.com/watch/zlqDkPB7OHD, http://www.playvid.com/watch/OvTCAQodSoy, http://www.playvid.com/watch/A3sQlqNsvqM, http://www.playvid.com/watch/CsJ1_I4V7lO, http://www.playvid.com/watch/b0y5qW3xNYu, http://www.playvid.com/watch/YGi46RWOVvH, http://www.playvid.com/watch/U1uFKXX-8Ox, http://www.playvid.com/watch/R66j5uSZwWr, http://www.playvid.com/watch/PhlL6E-CTTF, http://www.playvid.com/watch/wjyxctya2yP, http://www.playvid.com/watch/dDrZERIXarX, http://www.playvid.com/watch/IscCUrq25xB, http://www.playvid.com/watch/vItSo6DtEr5, http://www.playvid.com/watch/MjaI8booKzc, http://www.playvid.com/watch/y_c-LHEbxLb, http://www.playvid.com/watch/39amgSiDmKr, http://www.playvid.com/watch/b9QnAXc7lEi, http://www.playvid.com/watch/2pB2nHYK533, http://www.playvid.com/watch/LSkVuWMx5xI, http://www.playvid.com/watch/5wTl9aGIUJQ, http://www.playvid.com/watch/Uf-z6OHGRQy, http://www.playvid.com/watch/w9TBowuJQJO, http://www.playvid.com/watch/ZvPaZcc7gUc, http://www.playvid.com/watch/sxG3p0CgoVm, http://www.playvid.com/watch/5qK77gPBNcO, http://www.playvid.com/watch/McOn4K3beT9, http://www.playvid.com/watch/oMRdPzLFFlP, http://www.playvid.com/watch/qD6m2KL7LhV, http://www.playvid.com/watch/zSE-BjwZqKC, http://www.playvid.com/watch/9wR8yG-cKK9, http://www.playvid.com/watch/RfSSWsgZVUm, http://www.playvid.com/watch/8ac4FmB8y2J, http://www.playvid.com/watch/rPLuhdOTVN0, http://www.playvid.com/watch/kcEYs3K4jbj, http://www.playvid.com/watch/UuSVF7Oh2tD, http://www.playvid.com/watch/lm-vWA3o2Da, http://www.playvid.com/watch/hx0FzZqxvg9, http://www.playvid.com/watch/YUVXlh7ZXQK, http://www.playvid.com/watch/CWwtgFN0rYi, http://www.playvid.com/watch/yV0Z7qPs_BP, http://www.playvid.com/watch/YKCuu3h0wRZ, http://www.playvid.com/watch/RBWdNF6y_65, http://www.playvid.com/watch/wvmuP1Rhbq6, http://www.playvid.com/watch/2bQiw1f42KL, http://www.playvid.com/watch/rAEM-QeszRs, http://www.playvid.com/watch/02PaMSOvWzu, http://www.playvid.com/watch/oLuf273tZQi, http://www.playvid.com/watch/iqgeZEZRgeI, http://www.playvid.com/watch/qWK7n-CK2bz, http://www.playvid.com/watch/BPHAFrMdlHr, http://www.playvid.com/watch/tcUKb06Jmrf, http://www.playvid.com/watch/Gj29fu7HSoT, http://www.playvid.com/watch/PVsaMLFvLTQ, http://www.playvid.com/watch/H-v2sKQ59gJ, http://www.playvid.com/watch/7k01aq77vsn, http://www.playvid.com/watch/QQ6qTVlahne, http://www.playvid.com/watch/vFSVBLEtcHk, http://www.playvid.com/watch/G-cvVm35GqX, http://www.playvid.com/watch/0-lCmUTl41Q, http://www.playvid.com/watch/DP9bBpxDIeL, http://www.playvid.com/watch/ZMc2OFetAbF, http://www.playvid.com/watch/ewHcQvW_dzL, http://www.playvid.com/watch/SXSw0iAh8Zj, http://www.playvid.com/watch/uGno8NbZYu6, http://www.playvid.com/watch/oHvokNaeSZZ, http://www.playvid.com/watch/Gz6z_Ky-L-o, http://www.playvid.com/watch/sah9k_0W3xX, http://www.playvid.com/watch/rAUBe-IbMME, http://www.playvid.com/watch/iEdtPQYuslW, http://www.playvid.com/watch/Fzh3k0Mh-3X, http://www.playvid.com/watch/Y6eEYmphmNb, http://www.playvid.com/watch/ZDjG9la-ynq, http://www.playvid.com/watch/s0Ue2JTLkqo, http://www.playvid.com/watch/IT21DHscNiz, http://www.playvid.com/watch/VDxv-Ncm0cx, http://www.playvid.com/watch/IktRsWc2tP5, http://www.playvid.com/watch/CcG6M7q497z, http://www.playvid.com/watch/aEsAaovX9KK, http://www.playvid.com/watch/FevVFTLgP44, http://www.playvid.com/watch/6qLvG5R6hyU, http://www.playvid.com/watch/GSVeyFHOn9m, http://www.playvid.com/watch/zzFoNebIS24, http://www.playvid.com/watch/4Te5_xan5Do, http://www.playvid.com/watch/U0OaRNhQ86u, http://www.playvid.com/watch/8AONR_awqEI, http://www.playvid.com/watch/bPV8jNNrbg5, http://www.playvid.com/watch/OOnfPEC_EI6, http://www.playvid.com/watch/QyNsUdGdYMd, http://www.playvid.com/watch/9KAm28oopmv, http://www.playvid.com/watch/DxUzxpaA8gb, http://www.playvid.com/watch/Vhr_pBggg75, http://www.playvid.com/watch/MPQ1pJZgFPD, http://www.playvid.com/watch/xYbMnRwzK6C, http://www.playvid.com/watch/CoKue6CrfMo, http://www.playvid.com/watch/YVik8XzDIVO, http://www.playvid.com/watch/hgVpPD4f2iC, http://www.playvid.com/watch/Hv1tMc0gAAc, http://www.playvid.com/watch/M6T7I0UMqR0, http://www.playvid.com/watch/8iB7cJ8f_j9, http://www.playvid.com/watch/7QMfP8CbOsm, http://www.playvid.com/watch/vKtbvPDLehw, http://www.playvid.com/watch/0Vgt9Vdzj44, http://www.playvid.com/watch/w3iKG8D2JIa, http://www.playvid.com/watch/gdQoMZAIvBL, http://www.playvid.com/watch/yBJb6tSv6WO, http://www.playvid.com/watch/DIxMFIF7Xa3, http://www.playvid.com/watch/yLtS8wfU7kE, http://www.playvid.com/watch/un3UNJt24Xw, http://www.playvid.com/watch/bEvtSvjlvUt, http://www.playvid.com/watch/LPgEQNKHMQN, http://www.playvid.com/watch/xNOKu-JpXCy, http://www.playvid.com/watch/uRWrzHCwg7L, http://www.playvid.com/watch/GuC2Zp2dvqY, http://www.playvid.com/watch/lT43Qe0rmOl, http://www.playvid.com/watch/nyAucyt68FP, http://www.playvid.com/watch/UQcPsCklRjo, http://www.playvid.com/watch/oG4ltrWTCAx, http://www.playvid.com/watch/pVu5VAEMOsW, http://www.playvid.com/watch/rV-yRkIKNVa, http://www.playvid.com/watch/Dk_fKV4yCIV, http://www.playvid.com/watch/Hwjk9EgqFcP, http://www.playvid.com/watch/0tJLpryRReV, http://www.playvid.com/watch/xs3j1QHuGDk, http://www.playvid.com/watch/mPkWIhn8dV7, http://www.playvid.com/watch/aNIxtNd2HHF, http://www.playvid.com/watch/8GbaLfM8Q_0, http://www.playvid.com/watch/y2WvPIiuz1i, http://www.playvid.com/watch/xSTK4m1BB5V, http://www.playvid.com/watch/ja1cFpGVTWU, http://www.playvid.com/watch/oIswrYIWSzJ, http://www.playvid.com/watch/4_wag_x3cdv, http://www.playvid.com/watch/joWAVdNDpQe, http://www.playvid.com/watch/cVle__4GZsE, http://www.playvid.com/watch/uAm1C-5jhFw, http://www.playvid.com/watch/APcHDsBu09h, http://www.playvid.com/watch/3AtVJBOW6LQ, http://www.playvid.com/watch/gonbSUgO8DY, http://www.playvid.com/watch/kjKbkJzkqsU, http://www.playvid.com/watch/qtvMHgWaQcm, http://www.playvid.com/watch/FgHoHHdQ48H, http://www.playvid.com/watch/cHdrcxTKbJn, http://www.playvid.com/watch/jf5NIygBLqM, http://www.playvid.com/watch/0z_3KvgplzR, http://www.playvid.com/watch/HACDTs9UvWA, http://www.playvid.com/watch/Ymdxz81yhnJ, http://www.playvid.com/watch/QCNOw5Jd7NU,

http://www.playvid.com/watch/6KpaHjfjcnA, http://www.playvid.com/watch/xigwjsMc9FG, http://www.playvid.com/watch/UDIxerysbL6,
http://www.playvid.com/watch/oKhhFQzSucM, http://www.playvid.com/watch/v5mLpY2zIv5, http://www.playvid.com/watch/cMxZnUXZ7v9,
http://www.playvid.com/watch/7gU3HcMFvf8, http://www.playvid.com/watch/CQ6VdotHeqq, http://www.playvid.com/watch/itRyVUL9thm,
http://www.playvid.com/watch/KfLZyocvq0i, http://www.playvid.com/watch/kGqYMIUN9KV, http://www.playvid.com/watch/SpJDbdmzh_l,
http://www.playvid.com/watch/ljMf3W_ZYPu, http://www.playvid.com/watch/nNSqJqZmxr2, http://www.playvid.com/watch/k_U762DuXu7,
http://www.playvid.com/watch/TGZOGeNGTox, http://www.playvid.com/watch/Cpnk4eRSFGY, http://www.playvid.com/watch/Ke4-KY_LKmI,
http://www.playvid.com/watch/aM6gp74JBfu, http://www.playvid.com/watch/xxtrZASeaXJ, http://www.playvid.com/watch/vaHU_iSNA7E,
http://www.playvid.com/watch/62mPeyfeNr6, http://www.playvid.com/watch/Hn1a5tsGDBN, http://www.playvid.com/watch/PsuMKWQUS8o,
http://www.playvid.com/watch/KXYoDpp-St9, http://www.playvid.com/watch/H-sZDC6BouI, http://www.playvid.com/watch/xh2hnoNi2jr,
http://www.playvid.com/watch/fyNGvUZnYeY, http://www.playvid.com/watch/HiJF6KtYqsl, http://www.playvid.com/watch/9Bc5VNfp68R,
http://www.playvid.com/watch/mxyf4lgBYpv, http://www.playvid.com/watch/gEkkE-0T19G, http://www.playvid.com/watch/rl16xT53zXv,
http://www.playvid.com/watch/rkLIZCXT_4e, http://www.playvid.com/watch/g7F1KowlF5l, http://www.playvid.com/watch/HVd29eCJEEp,
http://www.playvid.com/watch/fMq8mzQyxMH, http://www.playvid.com/watch/yKwNf8YpkIq, http://www.playvid.com/watch/cSRj3dPDwZl,
http://www.playvid.com/watch/VcQciDoL364, http://www.playvid.com/watch/j_38INtKSZL, http://www.playvid.com/watch/OhEnBWJuOpJ,
http://www.playvid.com/watch/OHpWPlm48P5, http://www.playvid.com/watch/M04wfiEmkBW, http://www.playvid.com/watch/Hi9Mx2s_I_e,
http://www.playvid.com/watch/wRVt6uplk1I, http://www.playvid.com/watch/0cWHv3SsAl6, http://www.playvid.com/watch/ADHvvo-ehBk,
http://www.playvid.com/watch/qJNX1UJnSQQ, http://www.playvid.com/watch/rqH3ByY9FQA, http://www.playvid.com/watch/XdkJCP6Db8r,
http://www.playvid.com/watch/c1CgmhMZW5x, http://www.playvid.com/watch/4OrO0Ai7wXT, http://www.playvid.com/watch/KBzLnsY04e0,
http://www.playvid.com/watch/jcgZZjE2c5L, http://www.playvid.com/watch/zZpgDFK29Je, http://www.playvid.com/watch/Fq5LyPrrDMQ,
http://www.playvid.com/watch/81tXHQMQQEX, http://www.playvid.com/watch/AQj3UD-L2Hd, http://www.playvid.com/watch/fKWWU2x-AzW,
http://www.playvid.com/watch/AWsOuQcOz1V, http://www.playvid.com/watch/9I5w-Szvsi5, http://www.playvid.com/watch/CHiYQzD58mo,
http://www.playvid.com/watch/ez6AXGREEz8, http://www.playvid.com/watch/PiN2_1Tw4FM, http://www.playvid.com/watch/c2KjqADAigW,
http://www.playvid.com/watch/nIgLMXE1Qj8, http://www.playvid.com/watch/GxYS9r1Qulc, http://www.playvid.com/watch/KgSzbq1Q9_r,
http://www.playvid.com/watch/gedNKgLOw_5, http://www.playvid.com/watch/YbgmDX-Sqk3, http://www.playvid.com/watch/6O1RkJtw_W2,
http://www.playvid.com/watch/ukxK2nn-Kvw, http://www.playvid.com/watch/jyQyXS1vsAc, http://www.playvid.com/watch/B4LvROqqlTa,
http://www.playvid.com/watch/De_NU8PUlQJ, http://www.playvid.com/watch/e89fZgCTm-K, http://www.playvid.com/watch/kR6kkcWpJ0K,
http://www.playvid.com/watch/TFijIkdWoZF, http://www.playvid.com/watch/WuCwk8lUrVJ, http://www.playvid.com/watch/hzmQ2PZfjMK,
http://www.playvid.com/watch/3bNWkuzVHQe, http://www.playvid.com/watch/uWDaiglmMUp, http://www.playvid.com/watch/Ap7EpK0H0KS,
http://www.playvid.com/watch/EYGmRh64pWi, http://www.playvid.com/watch/dellp0UysAw, http://www.playvid.com/watch/sxf-xAOTDzS,
http://www.playvid.com/watch/xjD0vbLi6jf, http://www.playvid.com/watch/U_VSvvRrLLW, http://www.playvid.com/watch/CfDB5jAyOyp,
http://www.playvid.com/watch/V8MRMmIBjl2, http://www.playvid.com/watch/EoovjN2MOyU, http://www.playvid.com/watch/T7-uJ-HUE2m,
http://www.playvid.com/watch/Nvp9k6kZkEt, http://www.playvid.com/watch/cDPxMwrwPny, http://www.playvid.com/watch/AH96rBwqJSJ,
http://www.playvid.com/watch/zAg1IgCxanA, http://www.playvid.com/watch/dRNBnQPJtIu, http://www.playvid.com/watch/t2-zeUJc2NO,
http://www.playvid.com/watch/81VC26ibELu, http://www.playvid.com/watch/kB9V4bNnMC6, http://www.playvid.com/watch/c8qvG15CZBQ,
http://www.playvid.com/watch/dA2pa4AH6T5, http://www.playvid.com/watch/w9BXxihqqXv, http://www.playvid.com/watch/7jPrfcl7LUC,
http://www.playvid.com/watch/2LFIL3leoOL, http://www.playvid.com/watch/fqPzBMiv-d6, http://www.playvid.com/watch/Y2ZOT7PfRgJ,
http://www.playvid.com/watch/sWLq3o3xNbk, http://www.playvid.com/watch/3liIaoPu1FA, http://www.playvid.com/watch/5jaQEyox61d,
http://www.playvid.com/watch/S6yKBLJCrbJ, http://www.playvid.com/watch/EB23oSIApG9, http://www.playvid.com/watch/vVE0no_6OTt,
http://www.playvid.com/watch/dzwY6ZyUjYr, http://www.playvid.com/watch/xx6EaN9E61u, http://www.playvid.com/watch/WnzpYrNoU30,
http://www.playvid.com/watch/6hWwopX3iz5, http://www.playvid.com/watch/lBxpOp-xTs8, http://www.playvid.com/watch/3XjaGErfXvR,
http://www.playvid.com/watch/ALquuayiiy5, http://www.playvid.com/watch/b88cZl1otpl, http://www.playvid.com/watch/zfvDYl-PYpI,
http://www.playvid.com/watch/hSEjQCfFACK, http://www.playvid.com/watch/YvkkNRLIlng, http://www.playvid.com/watch/6W0NMyaTyVZ,
http://www.playvid.com/watch/bnMQxICSQOB, http://www.playvid.com/watch/Br2ceUh_wZC, http://www.playvid.com/watch/t1-FWQUFngT,
http://www.playvid.com/watch/vR4V5m1mtMs, http://www.playvid.com/watch/4MlYKu-AKOF, http://www.playvid.com/watch/i160sRP52o2,
http://www.playvid.com/watch/CeBvfO7jRdE, http://www.playvid.com/watch/HUhY3xpML59, http://www.playvid.com/watch/T9lWPdIMOJ8,
http://www.playvid.com/watch/A5GWwrn8daL, http://www.playvid.com/watch/elOGThy_iWQ, http://www.playvid.com/watch/ovpofL-iONv,
http://www.playvid.com/watch/6bOR4b1qnHu, http://www.playvid.com/watch/HgiZl8WRND3, http://www.playvid.com/watch/pBMC2pxPhhC,
http://www.playvid.com/watch/Q2gkVrAFMLq, http://www.playvid.com/watch/hFWlR-OUKy4, http://www.playvid.com/watch/GVOOPRT6FzP,
http://www.playvid.com/watch/T5R2kgpIJu8, http://www.playvid.com/watch/JkYC0b9y3jv, http://www.playvid.com/watch/CMhBjrrrLCm,
http://www.playvid.com/watch/FAL5XpKgRwk, http://www.playvid.com/watch/nhmjfRJ3EK4, http://www.playvid.com/watch/rBB_s3poXq8,
http://www.playvid.com/watch/nu9ZzT1p-io, http://www.playvid.com/watch/P5Wwmkpd3cu, http://www.playvid.com/watch/ByfVyAQ-53d,
http://www.playvid.com/watch/2NltqExnYTN, http://www.playvid.com/watch/34fKmJylRvY, http://www.playvid.com/watch/Xk1kbTKjxNq,
http://www.playvid.com/watch/hgLeeaROMnG, http://www.playvid.com/watch/oK2rT1Hq4MG, http://www.playvid.com/watch/94G6edp4ziP,
http://www.playvid.com/watch/eucRa3-Ttzw, http://www.playvid.com/watch/sH9JUUgQ2UT, http://www.playvid.com/watch/ADEj5siCkYl,
http://www.playvid.com/watch/ykLVNpZjdAN, http://www.playvid.com/watch/QHUlElIfSDj, http://www.playvid.com/watch/vJnmhzovuOz,
http://www.playvid.com/watch/SXIKrCwIoGT, http://www.playvid.com/watch/AdIEajvMeov, http://www.playvid.com/watch/fW7pc38AYRa,
http://www.playvid.com/watch/ALOuo8RuSNs, http://www.playvid.com/watch/XC6Zp2CApfM, http://www.playvid.com/watch/JVyT7iY94rD,
http://www.playvid.com/watch/WiOIhVKGiSm, http://www.playvid.com/watch/3h18gHUh5JP, http://www.playvid.com/watch/mbKjYLDR-Qp,
http://www.playvid.com/watch/P_5NXwgRVsA, http://www.playvid.com/watch/OWRSU9PlxFw, http://www.playvid.com/watch/SOG-EQ957dD,
http://www.playvid.com/watch/xvXDw6uQbMH, http://www.playvid.com/watch/3LDfSrhbYfa, http://www.playvid.com/watch/thYeNB_P3uL,
http://www.playvid.com/watch/JzvO_4KZDNg, http://www.playvid.com/watch/h9btN3ORQs6, http://www.playvid.com/watch/F_DdPG8Ykhf,
http://www.playvid.com/watch/s0zYrpn4q2v, http://www.playvid.com/watch/tprLhNRuImi, http://www.playvid.com/watch/7ZeNa1ndlx6,
http://www.playvid.com/watch/XPFdeB5z0jO, http://www.playvid.com/watch/H3cQZgAy_NZ, http://www.playvid.com/watch/kAVX7bRt24r,
http://www.playvid.com/watch/G_RulNZVB0y, http://www.playvid.com/watch/aAwHf0M532B, http://www.playvid.com/watch/4INeZLS2Cfk,
http://www.playvid.com/watch/88ohasI5tg4, http://www.playvid.com/watch/WMHAK0_Y9NU, http://www.playvid.com/watch/VANRsAsa8Tp,
http://www.playvid.com/watch/kSueELJ_4eW, http://www.playvid.com/watch/BEn9WwhCrzi, http://www.playvid.com/watch/GxKVJlmybGV,
http://www.playvid.com/watch/vXdPRBswpjq, http://www.playvid.com/watch/xMN3qInBf1Z, http://www.playvid.com/watch/273esYoPDIK,
http://www.playvid.com/watch/N7LWGpNjiEv, http://www.playvid.com/watch/8-WL_wNC37G, http://www.playvid.com/watch/ibZSvEPu5Ab,
http://www.playvid.com/watch/0tpU8hJH13S, http://www.playvid.com/watch/q77z2PnWrR9, http://www.playvid.com/watch/lXcOwdSXz2m,
http://www.playvid.com/watch/yHNC_gKZZo7, http://www.playvid.com/watch/Fst66olQy9M, http://www.playvid.com/watch/vv_HP6xYruu,
http://www.playvid.com/watch/68TUiPRJ5u8, http://www.playvid.com/watch/mgzuAiCFqM8, http://www.playvid.com/watch/bMOU4hpje3K,
http://www.playvid.com/watch/FoPOM_rtyDO, http://www.playvid.com/watch/93xzAkEF0wc, http://www.playvid.com/watch/dWw3tc_g0Jw,
http://www.playvid.com/watch/DktZTswkHWT, http://www.playvid.com/watch/CSBmKoJ_7G0, http://www.playvid.com/watch/CjL9sHolfVH,
http://www.playvid.com/watch/I_Tk3AwpqUx, http://www.playvid.com/watch/R9gQrcKvLlB, http://www.playvid.com/watch/7HBooHpmHAZ,
http://www.playvid.com/watch/szKFIob1iHV, http://www.playvid.com/watch/xL09t-7AYWG, http://www.playvid.com/watch/MUFMk2DUXk3,
http://www.playvid.com/watch/Fsfpt-8Nbe0, http://www.playvid.com/watch/wDVTIfZIW0c, http://www.playvid.com/watch/oW3COqh0Wma,
http://www.playvid.com/watch/LGTb3Io2v77, http://www.playvid.com/watch/RRkuFt3lUlx, http://www.playvid.com/watch/veGToencRbh,
http://www.playvid.com/watch/SUBUOHWBqhQ, http://www.playvid.com/watch/DT30bOUXiBW, http://www.playvid.com/watch/SlK7t5G4trO,
http://www.playvid.com/watch/Q2_8k13D4tI, http://www.playvid.com/watch/cNrNfXpyvcI, http://www.playvid.com/watch/Vew2nV-MslP,
http://www.playvid.com/watch/sQ01ytqwKdS, http://www.playvid.com/watch/GNUGJH5QnbN, http://www.playvid.com/watch/avMOfG_P8PF,
http://www.playvid.com/watch/SnLS88-K0bt, http://www.playvid.com/watch/mHz0k3INY2U, http://www.playvid.com/watch/Tqb0UYqSIgq,
http://www.playvid.com/watch/7SN_atMOlon, http://www.playvid.com/watch/Al5Ln98mssR, http://www.playvid.com/watch/KysGZQQE1Dq,
http://www.playvid.com/watch/nQg9Kn35uk2, http://www.playvid.com/watch/ZduuJXL18NU, http://www.playvid.com/watch/JRJSiqlrL8q,
http://www.playvid.com/watch/VzTrkXksKAw, http://www.playvid.com/watch/aNOnUKHj-c7, http://www.playvid.com/watch/0t4BvhVQtPE,
http://www.playvid.com/watch/uWhYGs_jHSb, http://www.playvid.com/watch/4WCSXGkImgO, http://www.playvid.com/watch/kryAi6seJ-e,
http://www.playvid.com/watch/ALYog3UQTsX, http://www.playvid.com/watch/fj2I5sfTaEm, http://www.playvid.com/watch/SZaCJcxq4kc,
http://www.playvid.com/watch/wwlt9Tx1Tcd, http://www.playvid.com/watch/KvCKz_Mc0ws, http://www.playvid.com/watch/Hut4wAf9Ky4,
http://www.playvid.com/watch/CoPr5NZCstb, http://www.playvid.com/watch/Eb1K9RgWkJW, http://www.playvid.com/watch/jwQMK2HpoXR,
http://www.playvid.com/watch/yna6J6cVDLL, http://www.playvid.com/watch/4NgaCNF-FPh, http://www.playvid.com/watch/sJ0MzH5CACX,
http://www.playvid.com/watch/NbF-X6G9FFF, http://www.playvid.com/watch/7CYOE2JWLjz, http://www.playvid.com/watch/MrCUO-tUuVC,
http://www.playvid.com/watch/DHSNzGT_iAL, http://www.playvid.com/watch/AI5J6Tlz7Uy, http://www.playvid.com/watch/hFP64G2AbLY,
http://www.playvid.com/watch/DtrflvMO462, http://www.playvid.com/watch/BBqa6T_LSlV, http://www.playvid.com/watch/jtlZeTfqajj,
http://www.playvid.com/watch/WcErbITJWhs, http://www.playvid.com/watch/GYZ9QddSnLK, http://www.playvid.com/watch/E9S-hCF716a,
http://www.playvid.com/watch/uMfQmIoyRgg, http://www.playvid.com/watch/dzQsj9SVxAX, http://www.playvid.com/watch/ccgqRy32R1u,
http://www.playvid.com/watch/ZfYufpEBUoX, http://www.playvid.com/watch/0y6e2hXgMtv, http://www.playvid.com/watch/GtkcbB5Ir-Z,
http://www.playvid.com/watch/R6dgZNrHzqk, http://www.playvid.com/watch/QWK3bu52UOe, http://www.playvid.com/watch/x4Elz0HSIdf,

http://www.playvid.com/watch/4iqeLuuoI7M, http://www.playvid.com/watch/kyxOcyIAbZU, http://www.playvid.com/watch/KZFhlt777AC,
http://www.playvid.com/watch/53uDBfQlK79, http://www.playvid.com/watch/N5NmW2JzxmI, http://www.playvid.com/watch/R35rCSwkbBP,
http://www.playvid.com/watch/iU2j4mBU09G, http://www.playvid.com/watch/sxk7ypAPmTm, http://www.playvid.com/watch/3qIZhtaPRxY,
http://www.playvid.com/watch/xVDSUkcdMAk, http://www.playvid.com/watch/Y6wWmMAUaVy, http://www.playvid.com/watch/m323DLG2G8t,
http://www.playvid.com/watch/GCQPVGPdNX8, http://www.playvid.com/watch/qoPgW1Fe4Hn, http://www.playvid.com/watch/oNT4O16ZRKw,
http://www.playvid.com/watch/pJyrDfH2kP3, http://www.playvid.com/watch/jsSrOWpDXWV, http://www.playvid.com/watch/kJp31Z8ByaC,
http://www.playvid.com/watch/ZSkTZ8kB6K5, http://www.playvid.com/watch/YjI_129sNVm, http://www.playvid.com/watch/n1gPfi82dUB,
http://www.playvid.com/watch/y0kKxJX3dKE, http://www.playvid.com/watch/upkBhQ2cUBI, http://www.playvid.com/watch/ilpvqFNqijK,
http://www.playvid.com/watch/QoiJhB_tmTN, http://www.playvid.com/watch/cbA6yUSjExy, http://www.playvid.com/watch/kqPZoAyUX5U,
http://www.playvid.com/watch/uvDjv4abMZY, http://www.playvid.com/watch/Suh_W0AxrAz, http://www.playvid.com/watch/XqKZAGE_s5K,
http://www.playvid.com/watch/RF0I8QBUyF0, http://www.playvid.com/watch/kkjaRJyFUMV, http://www.playvid.com/watch/UJ5AJnAO5h7,
http://www.playvid.com/watch/xIJO0mhJvhS, http://www.playvid.com/watch/i-Y7LeQ0FRj, http://www.playvid.com/watch/TEk0r0INhyD,
http://www.playvid.com/watch/tgIGIUb6Mu0, http://www.playvid.com/watch/XJwg_bDmKoT, http://www.playvid.com/watch/xUPdzgqdOoD,
http://www.playvid.com/watch/zf4_qLwLADi, http://www.playvid.com/watch/WdbscRJ22hV, http://www.playvid.com/watch/ax_VRoOe9FV,
http://www.playvid.com/watch/geYtbDCMrYE, http://www.playvid.com/watch/VawaQqqH2Eb, http://www.playvid.com/watch/d9pW_VH-aAI,
http://www.playvid.com/watch/c5VaMOZekGS, http://www.playvid.com/watch/0gqrKh_Ryr0, http://www.playvid.com/watch/nWjl4kffHEQ,
http://www.playvid.com/watch/m1bSNPkFlyC, http://www.playvid.com/watch/dtOnnP5_E-x, http://www.playvid.com/watch/LGssccyfpTu,
http://www.playvid.com/watch/QaZoQyxqz9v, http://www.playvid.com/watch/VI1ceQTuoAQ, http://www.playvid.com/watch/Op7AvSyEwhW,
http://www.playvid.com/watch/YvSr79IqHm5, http://www.playvid.com/watch/RYs2hVcU23f, http://www.playvid.com/watch/wlq_6Qnjevv,
http://www.playvid.com/watch/2BI228uGW6q, http://www.playvid.com/watch/2Jlai8_AY92, http://www.playvid.com/watch/IA7X91cHuWh,
http://www.playvid.com/watch/Ja-xvinRMH8, http://www.playvid.com/watch/m1OVvmPER4P, http://www.playvid.com/watch/3NQIMqbgya5,
http://www.playvid.com/watch/rpjGR5VCgt4, http://www.playvid.com/watch/QANisqvedHW, http://www.playvid.com/watch/pUVx46VZRim,
http://www.playvid.com/watch/LBm-mxA5Yzq, http://www.playvid.com/watch/zpJHQ05lWfR, http://www.playvid.com/watch/Flo_wBPSvBE,
http://www.playvid.com/watch/6ex7ygfCYUn, http://www.playvid.com/watch/kuvi-_JAYDC, http://www.playvid.com/watch/4uQIVH6V2YX,
http://www.playvid.com/watch/MzbYrvS-UlO, http://www.playvid.com/watch/Geg4a2yRb3I, http://www.playvid.com/watch/vz29i6TIHlh,
http://www.playvid.com/watch/hwoVd5gtX5H, http://www.playvid.com/watch/GYWY0w_ZYXm, http://www.playvid.com/watch/v8Qr6SljB50,
http://www.playvid.com/watch/jOKuc6a8k1P, http://www.playvid.com/watch/S1sBblLMX9P, http://www.playvid.com/watch/IKZ76oPFonS,
http://www.playvid.com/watch/MooPPklcaeM, http://www.playvid.com/watch/LGSJSwigI3E, http://www.playvid.com/watch/YnGGJ7Dqetv,
http://www.playvid.com/watch/w1kBY0OzmWz, http://www.playvid.com/watch/qneZ8SIMwwa, http://www.playvid.com/watch/oorvI6n8GH9,
http://www.playvid.com/watch/GZgLINYx7FP, http://www.playvid.com/watch/l2vpNJWv6S6, http://www.playvid.com/watch/UUxg2JSs1Ds,
http://www.playvid.com/watch/yT30TX0VNYR, http://www.playvid.com/watch/rExSumaEYrm, http://www.playvid.com/watch/YNsCdUPUCYE,
http://www.playvid.com/watch/Bvg190Wo94M, http://www.playvid.com/watch/bM87bqH5Ccd, http://www.playvid.com/watch/Ix_rPoNFPlh,
http://www.playvid.com/watch/4bAbMZ4sJ_P, http://www.playvid.com/watch/9PFq2y1Y_Lc, http://www.playvid.com/watch/hRahA-dp3CD,
http://www.playvid.com/watch/8WgNYn_eags, http://www.playvid.com/watch/dQmfff5X-VB, http://www.playvid.com/watch/bCS80m4BIrl,
http://www.playvid.com/watch/sS3oPFAsIZs, http://www.playvid.com/watch/7CT2PJjQCqb, http://www.playvid.com/watch/sXVPuE16gpu,
http://www.playvid.com/watch/GkS-SEOma1s, http://www.playvid.com/watch/PWDxIjU5EHG, http://www.playvid.com/watch/DykTwLKzD9K,
http://www.playvid.com/watch/gruis_UNQIN, http://www.playvid.com/watch/W1PaFkPHdPM, http://www.playvid.com/watch/xuM3H5xfDIn,
http://www.playvid.com/watch/jTLQM3KHjlR, http://www.playvid.com/watch/xI6hrFml2Jm, http://www.playvid.com/watch/sQTiSenXfyh,
http://www.playvid.com/watch/oucS_CqDftO, http://www.playvid.com/watch/nihH_BJlD77, http://www.playvid.com/watch/E9nGkDlJkfj,
http://www.playvid.com/watch/MOM8Xor4kem, http://www.playvid.com/watch/lFtiwVvy3SA, http://www.playvid.com/watch/iIu9PqFUBNY,
http://www.playvid.com/watch/bMwEPmW6k9E, http://www.playvid.com/watch/GUF9ptu0sVC, http://www.playvid.com/watch/DlZhBCL1ItU,
http://www.playvid.com/watch/t6oOXkCyYLU, http://www.playvid.com/watch/Z38_2hIWxpF, http://www.playvid.com/watch/ySxxYqlN5lm,
http://www.playvid.com/watch/p5RhWQiUyUi, http://www.playvid.com/watch/tiFq8HvRTwf, http://www.playvid.com/watch/FECFAfHT4uA,
http://www.playvid.com/watch/hiuR6u1McfJ, http://www.playvid.com/watch/SHlVvpgI82K, http://www.playvid.com/watch/HZmugugTd4r,
http://www.playvid.com/watch/dNHTYONK8pC, http://www.playvid.com/watch/JiLFflMQmKp, http://www.playvid.com/watch/8wtzVVfma7r,
http://www.playvid.com/watch/rIVMuOQHN7u, http://www.playvid.com/watch/i4-ViV8S9cZ, http://www.playvid.com/watch/CwhUg1J3LVG,
http://www.playvid.com/watch/LZ-gVg-Xc0Z, http://www.playvid.com/watch/FSrd5EEqFKE, http://www.playvid.com/watch/UT1wk6oFG3p,
http://www.playvid.com/watch/tNLVXMau345, http://www.playvid.com/watch/M4S9WL4H9ET, http://www.playvid.com/watch/FdHl_mWQU0x,
http://www.playvid.com/watch/ZdRzi5Axeiy, http://www.playvid.com/watch/gwypRs4AMjU, http://www.playvid.com/watch/igECAgMYk6c,
http://www.playvid.com/watch/VO-87B-pQme, http://www.playvid.com/watch/2dVyJ831jw9, http://www.playvid.com/watch/cJ0DKPv9PFh,
http://www.playvid.com/watch/lkXQRjDj2Fu, http://www.playvid.com/watch/TARGxL6st1n, http://www.playvid.com/watch/RGnWmE10UJo,
http://www.playvid.com/watch/n-YiGx2lVgY, http://www.playvid.com/watch/sR4Pqpiw9EL, http://www.playvid.com/watch/b20eDAyfO0a,
http://www.playvid.com/watch/K4bk-U1_8rF, http://www.playvid.com/watch/R-P01SW1Dam, http://www.playvid.com/watch/7U48HE5qR50,
http://www.playvid.com/watch/XZfYZDnicL5, http://www.playvid.com/watch/i6sM2GLAjCT, http://www.playvid.com/watch/VyhqQBV1JaD,
http://www.playvid.com/watch/sd7b_3vRDsa, http://www.playvid.com/watch/zwaZo7NwH7U, http://www.playvid.com/watch/bG7rRZlcIBy,
http://www.playvid.com/watch/hjBB0jkAWmx, http://www.playvid.com/watch/HzyEE9s4Rt2, http://www.playvid.com/watch/IRlEAy2Z_Q7,
http://www.playvid.com/watch/MAMq9LTjAQA, http://www.playvid.com/watch/US_c1_3f8pN, http://www.playvid.com/watch/MXuqD5ip1xg,
http://www.playvid.com/watch/GiGmJiu1t-X, http://www.playvid.com/watch/Y5ToGpPGrJt, http://www.playvid.com/watch/o0h6OLW2Ynt,
http://www.playvid.com/watch/PFQZb3OByRT, http://www.playvid.com/watch/r-9r6WeeRY4, http://www.playvid.com/watch/ppLApbiUwwM,
http://www.playvid.com/watch/d2ts4ksjRo9, http://www.playvid.com/watch/DUU08tLNKNG, http://www.playvid.com/watch/SYakXq-_6V0,
http://www.playvid.com/watch/iAc_99_nW9Y, http://www.playvid.com/watch/cMTyKLdzD7p, http://www.playvid.com/watch/Or9AZA8evAq,
http://www.playvid.com/watch/eMu98G7Jgr4, http://www.playvid.com/watch/aRo73tOzCbv, http://www.playvid.com/watch/DinEklYs9de,
http://www.playvid.com/watch/hmYnzGrD96E, http://www.playvid.com/watch/0cJS6tqJM_W, http://www.playvid.com/watch/tE-IumltS8q,
http://www.playvid.com/watch/t_i_MzsQ_p0, http://www.playvid.com/watch/E5tIl2k6EZq, http://www.playvid.com/watch/E1dSDpJ9hm8,
http://www.playvid.com/watch/as8hNzimU6L, http://www.playvid.com/watch/UI3vOw96Ndp, http://www.playvid.com/watch/6ta_dv671AN,
http://www.playvid.com/watch/zHoGwoZdnds, http://www.playvid.com/watch/Rf2GgQImv2R, http://www.playvid.com/watch/MwxbQJahP9w,
http://www.playvid.com/watch/m2PtAOPnOHz, http://www.playvid.com/watch/SNj4Z6Boe17, http://www.playvid.com/watch/ozSdXYLDVnz,
http://www.playvid.com/watch/ON2sjNST1aO, http://www.playvid.com/watch/L6h8FmTS7RG, http://www.playvid.com/watch/tGW12Efx40z,
http://www.playvid.com/watch/tR_df1xRyBM, http://www.playvid.com/watch/KxqAjhSc5qj, http://www.playvid.com/watch/0Jo7VE7o4jl,
http://www.playvid.com/watch/EbSmsVl-bcD, http://www.playvid.com/watch/wf1Lqkmhl72, http://www.playvid.com/watch/SBoYv1QRn9e,
http://www.playvid.com/watch/eF5KL2YByJv, http://www.playvid.com/watch/aCD0fKGwzQH, http://www.playvid.com/watch/EPell1KrYmM,
http://www.playvid.com/watch/9mw79ML66pi, http://www.playvid.com/watch/PrS18BVgZUA, http://www.playvid.com/watch/9zoI4sIhzaa,
http://www.playvid.com/watch/XZO_5zOzjgX, http://www.playvid.com/watch/POvg2dquZIH, http://www.playvid.com/watch/0juXmkX70Nn,
http://www.playvid.com/watch/LKdJJ8OuMfm, http://www.playvid.com/watch/Ys9vMC2Gs_p, http://www.playvid.com/watch/Sopvoh_D5-e,
http://www.playvid.com/watch/4Pw0dT9ZGau, http://www.playvid.com/watch/3ZVbv_Ap7B6, http://www.playvid.com/watch/ngL_QTZCMDv,
http://www.playvid.com/watch/hVeFnjlZ5aQ, http://www.playvid.com/watch/aeCFCA-tPaq, http://www.playvid.com/watch/K6Zjy4vsjHs,
http://www.playvid.com/watch/eL_pnp6t-lH, http://www.playvid.com/watch/Mum6PbVJW0o, http://www.playvid.com/watch/Qva66M5o4ZM,
http://www.playvid.com/watch/inSGHaDmoVc, http://www.playvid.com/watch/Z9ErU3FPPB6, http://www.playvid.com/watch/kCTCCVPgzax,
http://www.playvid.com/watch/83OoC-q_GKz, http://www.playvid.com/watch/RoOCxqDTytr, http://www.playvid.com/watch/kt6pZk1e0SQ,
http://www.playvid.com/watch/kueldotZfwH, http://www.playvid.com/watch/4WQD4J8bMbi, http://www.playvid.com/watch/YEwPp4G4Mga,
http://www.playvid.com/watch/pkmI34D6-lG, http://www.playvid.com/watch/G-iubdh7ljh, http://www.playvid.com/watch/2YlVWEgCwSH,
http://www.playvid.com/watch/I1nSQ_xE7Ga, http://www.playvid.com/watch/N9eWYkThr_z, http://www.playvid.com/watch/TZQD3MEDOEk,
http://www.playvid.com/watch/MhUf97kvBYC, http://www.playvid.com/watch/Op7ig9aE6r9, http://www.playvid.com/watch/45TshWzpdUw,
http://www.playvid.com/watch/jTYeJ_G4MfU, http://www.playvid.com/watch/rtAsIMuAU4i, http://www.playvid.com/watch/Q7zsgXZtlPs,
http://www.playvid.com/watch/2_GHTzZ6BWX, http://www.playvid.com/watch/CTHACfP9XYy, http://www.playvid.com/watch/DQYbjtomoEA,
http://www.playvid.com/watch/A2w8NJACFZ8, http://www.playvid.com/watch/90AOJRLBRXN, http://www.playvid.com/watch/zNVbZGrnQyc,
http://www.playvid.com/watch/I0waagy07t4, http://www.playvid.com/watch/4X5GROk-ZLH, http://www.playvid.com/watch/GeUli7fWTjH,
http://www.playvid.com/watch/oYNGBeodFgD, http://www.playvid.com/watch/Opxc-mlW4Z2, http://www.playvid.com/watch/n3muUjugrRX,
http://www.playvid.com/watch/pY-38Ml6B_d, http://www.playvid.com/watch/xcsrBD-w12L, http://www.playvid.com/watch/rEc7buCUrfW,
http://www.playvid.com/watch/H_23t4bdCoY, http://www.playvid.com/watch/F5Q0vXfw82h, http://www.playvid.com/watch/tgoOZbuQ-Zo,
http://www.playvid.com/watch/JlS3kCGblje, http://www.playvid.com/watch/2jg_NnpIYkJ, http://www.playvid.com/watch/UqejJe6xDKs,
http://www.playvid.com/watch/eyp0FApbMpy, http://www.playvid.com/watch/wd5qahspVKN, http://www.playvid.com/watch/HzMevD6sQvl,
http://www.playvid.com/watch/KvWuHkw7GUB, http://www.playvid.com/watch/cS4TvDA3JSX, http://www.playvid.com/watch/ozBkmquYdfx,
http://www.playvid.com/watch/wYP9-CWzrnH, http://www.playvid.com/watch/hNrg0ZxlMwY, http://www.playvid.com/watch/2bd0qzG-nZh,
http://www.playvid.com/watch/IG0M_OkWI23, http://www.playvid.com/watch/n5pgBFPmKxu, http://www.playvid.com/watch/kXKzJopaMFE,
http://www.playvid.com/watch/Ea_gHjsDmu9, http://www.playvid.com/watch/mmsuvndBLZw, http://www.playvid.com/watch/YUGtX9dNB6Y,

http://www.playvid.com/watch/zMVTLTtlm_B, http://www.playvid.com/watch/WmGieo7XKH5, http://www.playvid.com/watch/DXo5VIul4o0, http://www.playvid.com/watch/sD6KHAh5nMZ, http://www.playvid.com/watch/9NIwaZS9Fh6, http://www.playvid.com/watch/bHxgt3nK6SO, http://www.playvid.com/watch/CIVkccHiDZe, http://www.playvid.com/watch/pfYfmT1R3Uv, http://www.playvid.com/watch/l5zxznCwRGo, http://www.playvid.com/watch/JL00cefN7HM, http://www.playvid.com/watch/ioIJABUUDWA, http://www.playvid.com/watch/B6TLTqGHxBR, http://www.playvid.com/watch/ywMjRfNklnH, http://www.playvid.com/watch/0aOCZpUfzPA, http://www.playvid.com/watch/htcXPMrpMdZ, http://www.playvid.com/watch/SAAQeINOBeY, http://www.playvid.com/watch/AVcWb74a-nv, http://www.playvid.com/watch/EEc74W4IF6r, http://www.playvid.com/watch/CkADLpaIrsK, http://www.playvid.com/watch/T5-B94Zg2jj, http://www.playvid.com/watch/5db7GWDROqU, http://www.playvid.com/watch/K80ZX7Scefo, http://www.playvid.com/watch/jd2LP42i9rI, http://www.playvid.com/watch/frkCRtDMfG5, http://www.playvid.com/watch/h6LSuqrVBwA, http://www.playvid.com/watch/auUWe1PHbDv, http://www.playvid.com/watch/CoCGvMMKu_e, http://www.playvid.com/watch/BFGnqEnkfRX, http://www.playvid.com/watch/XM8BZDpN5Sg, http://www.playvid.com/watch/C_kzTabEUv3, http://www.playvid.com/watch/Ya-cf13e-Rn, http://www.playvid.com/watch/u1aEwHtXPR9, http://www.playvid.com/watch/6dkNnSUEmjJ, http://www.playvid.com/watch/V0yy8T-tCsL, http://www.playvid.com/watch/M8VnOjLGsSK, http://www.playvid.com/watch/rbvVRIXjdJx, http://www.playvid.com/watch/GYqJyQ1N9za, http://www.playvid.com/watch/ugsPkTyl818, http://www.playvid.com/watch/JmtiJE5TzxL, http://www.playvid.com/watch/7Lh3Ead9KdQ, http://www.playvid.com/watch/qz5esimP0Ua, http://www.playvid.com/watch/01GG7TgZ5RO, http://www.playvid.com/watch/K7v1Mev66bW, http://www.playvid.com/watch/VJOfGfgZD2Y, http://www.playvid.com/watch/LxATz9brRxP, http://www.playvid.com/watch/LfKAHhdkFXg, http://www.playvid.com/watch/wHryw9m5aLl, http://www.playvid.com/watch/iWLECCNV1ng, http://www.playvid.com/watch/L33e5Ol6C1n, http://www.playvid.com/watch/Yjs1_0G6Daw, http://www.playvid.com/watch/MsAhX60t4jO, http://www.playvid.com/watch/HoCjQ85MovC, http://www.playvid.com/watch/xJEMm97Xh5R, http://www.playvid.com/watch/Tx5x0RupXaX, http://www.playvid.com/watch/Vnhi6Me8S45, http://www.playvid.com/watch/G09n6MtdW3i, http://www.playvid.com/watch/RoAxB0QpCYX, http://www.playvid.com/watch/tb6z1lkuCn7, http://www.playvid.com/watch/0mkx_shtnOZ, http://www.playvid.com/watch/tBW3Tjk4UWm, http://www.playvid.com/watch/IlTdl0enqfQ, http://www.playvid.com/watch/RmPn4kF1RB5, http://www.playvid.com/watch/h3AvXzziLAf, http://www.playvid.com/watch/3XmjcyDDcKe, http://www.playvid.com/watch/A5oNjq1hY0a, http://www.playvid.com/watch/6DkvZxqhpHI, http://www.playvid.com/watch/wtt7b0_QWQZ, http://www.playvid.com/watch/EyGFoqh4ZtN, http://www.playvid.com/watch/AoymU3Ihn_q, http://www.playvid.com/watch/T0Vq9EAjBaf, http://www.playvid.com/watch/WvVXH-8yJWM, http://www.playvid.com/watch/lqXFxUW-HXa, http://www.playvid.com/watch/5uthfTtD-qZ, http://www.playvid.com/watch/vojGm0LSFvT, http://www.playvid.com/watch/vRraybtrCSZ, http://www.playvid.com/watch/nP1TN0NEAXs, http://www.playvid.com/watch/jv7KsOpDaFW, http://www.playvid.com/watch/ZJAwp9q8NCR, http://www.playvid.com/watch/Bv4w62MsdDs, http://www.playvid.com/watch/eb-RVQVWfA8, http://www.playvid.com/watch/sXZEvYGhHeo, http://www.playvid.com/watch/WmJYQtSoBgI, http://www.playvid.com/watch/ekfnknWojXY, http://www.playvid.com/watch/BfPiQVx9VBY, http://www.playvid.com/watch/bqiKH_dYEOg, http://www.playvid.com/watch/WZUOpoenJfl, http://www.playvid.com/watch/zTO1t4umCWL, http://www.playvid.com/watch/P1bZZy3j3YF, http://www.playvid.com/watch/PO31ghZDqCB, http://www.playvid.com/watch/qbzAQkooU4g, http://www.playvid.com/watch/DglJhgc_5R5, http://www.playvid.com/watch/t0Bjb7B_dAo, http://www.playvid.com/watch/5clpfZ47UuQ, http://www.playvid.com/watch/hDFEmRw3Y6r, http://www.playvid.com/watch/f_5OsIo8Ufa, http://www.playvid.com/watch/hm0HJ1oxZ0U, http://www.playvid.com/watch/gTpo-FcL0be, http://www.playvid.com/watch/fOwPpj4RdbD, http://www.playvid.com/watch/BMJiYMXtLWb, http://www.playvid.com/watch/LyAgo3bnS9o, http://www.playvid.com/watch/Eh6uW0oRO7L, http://www.playvid.com/watch/NC5pnIXfwQB, http://www.playvid.com/watch/PPmSV26KySc, http://www.playvid.com/watch/4DKL3Oijrbl, http://www.playvid.com/watch/Se952L-dGow, http://www.playvid.com/watch/gRFhudx6ROU, http://www.playvid.com/watch/cDFibJP3Hul, http://www.playvid.com/watch/RyElwOOcz8B, http://www.playvid.com/watch/CEl3jHPKdaz, http://www.playvid.com/watch/ZPfAZ_VJ93W, http://www.playvid.com/watch/Iz6EhDtuW8W, http://www.playvid.com/watch/IyR7PUb6acU, http://www.playvid.com/watch/BKDZ3olZGnj, http://www.playvid.com/watch/KlQkcAFUgQb, http://www.playvid.com/watch/KkerpgQLZit, http://www.playvid.com/watch/uYxok6HvxCw, http://www.playvid.com/watch/lI8mBDw-8qj, http://www.playvid.com/watch/3u6E9cv2762, http://www.playvid.com/watch/vvd3LKEvFCD, http://www.playvid.com/watch/zyh0g7hFtbx, http://www.playvid.com/watch/ksBOiYi3Loo, http://www.playvid.com/watch/zcaX5a9en8T, http://www.playvid.com/watch/vRjYzS1Txcj, http://www.playvid.com/watch/pEcsVgCvnxx, http://www.playvid.com/watch/xW8hilFeCym, http://www.playvid.com/watch/v7K4qT2NSSo, http://www.playvid.com/watch/Enro_dW9m9R, http://www.playvid.com/watch/LRcAod2nuiL, http://www.playvid.com/watch/PThfOe6zVzz, http://www.playvid.com/watch/741A39jIGmV, http://www.playvid.com/watch/vJ6Jl2hktES, http://www.playvid.com/watch/8aXJ2oXqhRM, http://www.playvid.com/watch/NOwpKhW2nuB, http://www.playvid.com/watch/bubHM5WE8w7, http://www.playvid.com/watch/bAnv6sy4I9P, http://www.playvid.com/watch/WmXUwyH3hbl, http://www.playvid.com/watch/PR4JvAPb9MC, http://www.playvid.com/watch/SeOS5SNyRcm, http://www.playvid.com/watch/Df8mkTrJg-u, http://www.playvid.com/watch/pSUcL7IumEs, http://www.playvid.com/watch/TOXRwR7kx6t, http://www.playvid.com/watch/j_Kj_di4Fd9, http://www.playvid.com/watch/Vb2jFp_7ryK, http://www.playvid.com/watch/v50kbc_jJ0v, http://www.playvid.com/watch/if6H16bhU-2, http://www.playvid.com/watch/2oLLr3D95C8, http://www.playvid.com/watch/tUCIBoZDNjN, http://www.playvid.com/watch/PEez9plHQcX, http://www.playvid.com/watch/iNjU7T3JyB5, http://www.playvid.com/watch/M7Ca1Z5_Zjf, http://www.playvid.com/watch/p6VCzk9qiem, http://www.playvid.com/watch/jQXCqV0L00T, http://www.playvid.com/watch/pcTOSLxVcQd, http://www.playvid.com/watch/PL1q4XPiUFI, http://www.playvid.com/watch/WksQlIgzImt, http://www.playvid.com/watch/xaZVjJA5Mha, http://www.playvid.com/watch/8ocukxsYg2P, http://www.playvid.com/watch/XD4OcNBC-Et, http://www.playvid.com/watch/BtCCoqjfqux, http://www.playvid.com/watch/bn_p2hPcgnV, http://www.playvid.com/watch/b8e7MvHRp2x, http://www.playvid.com/watch/vQFLdA8MM4r, http://www.playvid.com/watch/cC3hW1r23N0, http://www.playvid.com/watch/mmDvD4vdaKu, http://www.playvid.com/watch/PJ4zxhz7Ysx, http://www.playvid.com/watch/t2t_xzd_Xd8, http://www.playvid.com/watch/8DVaEj2uB5a, http://www.playvid.com/watch/gs8YYdmF-13, http://www.playvid.com/watch/KAVDgtCOUe2, http://www.playvid.com/watch/W_ApkGJq_X7, http://www.playvid.com/watch/2Znqp8QuAYw, http://www.playvid.com/watch/ihNr950v7ck, http://www.playvid.com/watch/ZyqwoWEOM-F, http://www.playvid.com/watch/EyIKNQ4xyyW, http://www.playvid.com/watch/vQyl4ZdlPt7, http://www.playvid.com/watch/mveVORGZoQ4, http://www.playvid.com/watch/l5Ts1jzzOqe, http://www.playvid.com/watch/pTzUTuEKeA7, http://www.playvid.com/watch/AvqVfun1NUs, http://www.playvid.com/watch/4StbrKUGslu, http://www.playvid.com/watch/sGY7j8mR6a2, http://www.playvid.com/watch/9ISaaRMdpNg, http://www.playvid.com/watch/cEiMVu1rsFa, http://www.playvid.com/watch/P-UTbLlf3lo, http://www.playvid.com/watch/MsN3DC-TzyH, http://www.playvid.com/watch/PwbVro5rfQG, http://www.playvid.com/watch/G4LdYUsz7d0, http://www.playvid.com/watch/xCVAfLpfxoB, http://www.playvid.com/watch/2Sm9k8e8rvI, http://www.playvid.com/watch/twMxfGdTvqa, http://www.playvid.com/watch/nYZcJw032yb, http://www.playvid.com/watch/xcZE6kBHhvi, http://www.playvid.com/watch/EoXnsOkhNVI, http://www.playvid.com/watch/xWKqA-hpN1f, http://www.playvid.com/watch/LLgsI03XlmG, http://www.playvid.com/watch/VQBG53VAK16, http://www.playvid.com/watch/jxkLEGKEb_4, http://www.playvid.com/watch/nmQr-OHMvdN, http://www.playvid.com/watch/mQ7S1jdQGcM, http://www.playvid.com/watch/rRd7iXTjgRM, http://www.playvid.com/watch/ihiS_YaOMXr, http://www.playvid.com/watch/LrlaEB4BqXZ, http://www.playvid.com/watch/PBogMM6PM9Y, http://www.playvid.com/watch/G8tVDp296l4, http://www.playvid.com/watch/AfYtGJ4KONF, http://www.playvid.com/watch/8V9PCRzYcPO, http://www.playvid.com/watch/vCU8YoAlmjX, http://www.playvid.com/watch/xTdXaxcqzwY, http://www.playvid.com/watch/CWwaLJVyFjw, http://www.playvid.com/watch/ruhIbtBhTDb, http://www.playvid.com/watch/hveDY1FKFmH, http://www.playvid.com/watch/BHifraXTD7R, http://www.playvid.com/watch/YpW2ckUW8PS, http://www.playvid.com/watch/i-lVGt4Lizw, http://www.playvid.com/watch/BbTPO7_6PNt, http://www.playvid.com/watch/ouAVqbWMfGF, http://www.playvid.com/watch/kizeE50x2JD, http://www.playvid.com/watch/Y9Xql5hwDtD, http://www.playvid.com/watch/sAWefdQKLWW, http://www.playvid.com/watch/mPcn3uU9M8B, http://www.playvid.com/watch/sth84nqH4ld, http://www.playvid.com/watch/tKd_O-j1JXv, http://www.playvid.com/watch/ENBv5EAFeWS, http://www.playvid.com/watch/fj6fCxGtqEA, http://www.playvid.com/watch/fuC10I2xKcC, http://www.playvid.com/watch/kjfuVrT223P, http://www.playvid.com/watch/g_M8cvfSdmt, http://www.playvid.com/watch/Pr8ACa3nKPj, http://www.playvid.com/watch/SSBfUyf9Z3W, http://www.playvid.com/watch/AoIx0P1eZMV, http://www.playvid.com/watch/0cSyQak4fEa, http://www.playvid.com/watch/AS7IYJULvU3, http://www.playvid.com/watch/GxYnyt-xYbk, http://www.playvid.com/watch/PgM-f9Xhie9, http://www.playvid.com/watch/CojtJ1MaHgS, http://www.playvid.com/watch/wOkfnzMuNUp, http://www.playvid.com/watch/k2c80TT-Jld, http://www.playvid.com/watch/cKUelFWxjJI, http://www.playvid.com/watch/HD2DakcpT4P, http://www.playvid.com/watch/QkpGX22tP5q, http://www.playvid.com/watch/DVrPrdAlEfC, http://www.playvid.com/watch/fhtH7rXx1ms, http://www.playvid.com/watch/8twLQ74rzOo, http://www.playvid.com/watch/E8gaSQxXOOm, http://www.playvid.com/watch/niHp_RxvVhm, http://www.playvid.com/watch/YLAlhMf7iKQ, http://www.playvid.com/watch/zPlPRAbqMwU, http://www.playvid.com/watch/NBipWui6Yka, http://www.playvid.com/watch/E5aUjbojSIX, http://www.playvid.com/watch/QTYYnbbpN8R, http://www.playvid.com/watch/Xpllw-N-hX7, http://www.playvid.com/watch/yge2nTLgtKF, http://www.playvid.com/watch/9Mf8FF3h3p7, http://www.playvid.com/watch/NAjgZrGJsxW, http://www.playvid.com/watch/vYR60oJZrEP, http://www.playvid.com/watch/rBAe3a26TJB, http://www.playvid.com/watch/Vvh-pwkOs9T, http://www.playvid.com/watch/Vj9DiXSRqmn, http://www.playvid.com/watch/W62hKAkOjkY, http://www.playvid.com/watch/k9jAByQ7Vyz, http://www.playvid.com/watch/2_BIfVI6KDH, http://www.playvid.com/watch/RmVOVT9KrqK, http://www.playvid.com/watch/YZn7cUOQYrX, http://www.playvid.com/watch/eftE9PVJ2dQ, http://www.playvid.com/watch/IB9ey8pBiOD, http://www.playvid.com/watch/oVjI2QPQzqo, http://www.playvid.com/watch/HYm61Qyg0Et, http://www.playvid.com/watch/JmhgaYqRmVa, http://www.playvid.com/watch/aNin6KhhQOy, http://www.playvid.com/watch/s9FIWBkA6xR, http://www.playvid.com/watch/E2NZct57Uro, http://www.playvid.com/watch/6eQ40DkNOZR, http://www.playvid.com/watch/OCXArg0FJRY, http://www.playvid.com/watch/XgLj6jey2ZG, http://www.playvid.com/watch/9fD0zFT0sc8, http://www.playvid.com/watch/q1SSQ418exB, http://www.playvid.com/watch/MwYf7C0AbuB, http://www.playvid.com/watch/NOQifX1Rgbf, http://www.playvid.com/watch/6SMM2fTwuzp, http://www.playvid.com/watch/K6dYMXMKPew, http://www.playvid.com/watch/nzVwQbOEqq0, http://www.playvid.com/watch/JfMnMk-ynUL, http://www.playvid.com/watch/PM-c5wdI2sT, http://www.playvid.com/watch/s3FpPlIhGW0, http://www.playvid.com/watch/OdqDXO5E4ZQ, http://www.playvid.com/watch/lzMB0OlkMO5, http://www.playvid.com/watch/mKsSjRSxbSo, http://www.playvid.com/watch/qqgEWUmf-RS,

http://www.playvid.com/watch/3IJ_tvU8m2y, http://www.playvid.com/watch/dGwYjwiMroc, http://www.playvid.com/watch/UhKW7E0gC2m,
http://www.playvid.com/watch/JSXNouZm5xE, http://www.playvid.com/watch/hZdkiLbw6Bv, http://www.playvid.com/watch/2vihxZO_lCY,
http://www.playvid.com/watch/a7RoOGXSHoQ, http://www.playvid.com/watch/E4X8JLnKETa, http://www.playvid.com/watch/TvOlYmLjK54,
http://www.playvid.com/watch/k_b9j-kizGu, http://www.playvid.com/watch/0bLPuZmjenk, http://www.playvid.com/watch/mT26iQYc8Jw,
http://www.playvid.com/watch/oumQDEZdFuB, http://www.playvid.com/watch/nvfQnbpTjPc, http://www.playvid.com/watch/bibSH6XM-3B,
http://www.playvid.com/watch/uTiRhvAA5Kp, http://www.playvid.com/watch/J55SwLVVTVw, http://www.playvid.com/watch/pnrekGT94Re,
http://www.playvid.com/watch/5sfKPLCmXaa, http://www.playvid.com/watch/T08U_Jumjjx, http://www.playvid.com/watch/qeU3Xy-q6sX,
http://www.playvid.com/watch/ZaJJIUrt1Vu, http://www.playvid.com/watch/K4UtWyfnw-2, http://www.playvid.com/watch/zc_7iV06a03,
http://www.playvid.com/watch/p5gNSZRjRcK, http://www.playvid.com/watch/vTx_oWLmFMd, http://www.playvid.com/watch/mHlg_mbCo0r,
http://www.playvid.com/watch/Yj3C36vR33N, http://www.playvid.com/watch/J0XOiGvHkuA, http://www.playvid.com/watch/I5dx4KRJPSD,
http://www.playvid.com/watch/Gze4dzEYmkL, http://www.playvid.com/watch/zvmwKTHXqXN, http://www.playvid.com/watch/vFC7FxR0Ccf,
http://www.playvid.com/watch/sRyBwMT2_tP, http://www.playvid.com/watch/XUaikqpFzH6, http://www.playvid.com/watch/B-fXNsWf3Fq,
http://www.playvid.com/watch/JQJtguRRsx6, http://www.playvid.com/watch/BZfxOfCHANN, http://www.playvid.com/watch/Y6SzSgDN0cN,
http://www.playvid.com/watch/JYr6hgo-duE, http://www.playvid.com/watch/dDjps3Nr2-q, http://www.playvid.com/watch/ailT4EgSSlq,
http://www.playvid.com/watch/L60PspxcUve, http://www.playvid.com/watch/R7VZwaMWD1C, http://www.playvid.com/watch/9WUwQR3o1PY,
http://www.playvid.com/watch/nd7SbIbNTRj, http://www.playvid.com/watch/AAT3ZtfNU-c, http://www.playvid.com/watch/J8G0_vqVSst,
http://www.playvid.com/watch/gn9gkWePb9w, http://www.playvid.com/watch/DMd2TwveB6w, http://www.playvid.com/watch/pOpu24mo2x6,
http://www.playvid.com/watch/Odgo44bvOif, http://www.playvid.com/watch/6g0B0xKsEqJ, http://www.playvid.com/watch/Q20ggbmn-bj,
http://www.playvid.com/watch/ASQD9MqEvSY, http://www.playvid.com/watch/8-byVHf_0dV, http://www.playvid.com/watch/x_cSLuScgnQ,
http://www.playvid.com/watch/OTETwyd5-wd, http://www.playvid.com/watch/y77PjntI8RN, http://www.playvid.com/watch/EgwIyB3YJz0,
http://www.playvid.com/watch/NKDoEBbE6o3, http://www.playvid.com/watch/OpJ-gpdY5WK, http://www.playvid.com/watch/z1CUTsCD5YS,
http://www.playvid.com/watch/JuWT_HzwFUw, http://www.playvid.com/watch/4y9t9GgtlBJ, http://www.playvid.com/watch/bDLlYeqC1T9,
http://www.playvid.com/watch/mxHhswzyAzf, http://www.playvid.com/watch/HvvQz-CFtg0, http://www.playvid.com/watch/j1HxAPOj9Vp,
http://www.playvid.com/watch/qdWfR_VFUEs, http://www.playvid.com/watch/qPdKp6C2N9Q, http://www.playvid.com/watch/eaywW_7GPoZ,
http://www.playvid.com/watch/pEwIY6WU4h3, http://www.playvid.com/watch/m7bDT_eueNd, http://www.playvid.com/watch/4hoaWjy3JKg,
http://www.playvid.com/watch/iCz_MRnDRG3, http://www.playvid.com/watch/xErYvu3o5HE, http://www.playvid.com/watch/qNh0TvL0nBV,
http://www.playvid.com/watch/W2eCPBUG4Vq, http://www.playvid.com/watch/CS2a5hJxXy8, http://www.playvid.com/watch/z4CCW6iGzyd,
http://www.playvid.com/watch/dPj6oDg525K, http://www.playvid.com/watch/eWOwsqmy0W2, http://www.playvid.com/watch/nAaVNIJeBbb,
http://www.playvid.com/watch/OabZg8OJPbk, http://www.playvid.com/watch/roTqunT9CEO, http://www.playvid.com/watch/EuW1rIGi4A2,
http://www.playvid.com/watch/Dnu7uLCnyAE, http://www.playvid.com/watch/pBvvoSkTb3j, http://www.playvid.com/watch/NXvRf-iiQQF,
http://www.playvid.com/watch/TcwDazgunBb, http://www.playvid.com/watch/L9No7NaT5zt, http://www.playvid.com/watch/u_C5hOM2Uv7,
http://www.playvid.com/watch/kXAIiFf4KPr, http://www.playvid.com/watch/eiHrKMb5o-E, http://www.playvid.com/watch/NMPrFJGAeKN,
http://www.playvid.com/watch/wnM9mUiVN-K, http://www.playvid.com/watch/UqxBPSX74QL, http://www.playvid.com/watch/NymHd0MZFdA,
http://www.playvid.com/watch/NMircGD8Tyw, http://www.playvid.com/watch/V3VFZtXLBxE, http://www.playvid.com/watch/X8gC09ewIYj,
http://www.playvid.com/watch/K25XjILTxUb, http://www.playvid.com/watch/gFQgCeN35JZ, http://www.playvid.com/watch/9-Kgl2N1Y48,
http://www.playvid.com/watch/XI9CpFighfc, http://www.playvid.com/watch/sTMAp3SMQpc, http://www.playvid.com/watch/FooIjLR8wT3,
http://www.playvid.com/watch/X-zZMEWjIbr, http://www.playvid.com/watch/YPqU48Smh4d, http://www.playvid.com/watch/p6H-K4dqkUN,
http://www.playvid.com/watch/8Okav5nY_Gv, http://www.playvid.com/watch/y2dXG5d9mqF, http://www.playvid.com/watch/Nnxmh5vdQAa,
http://www.playvid.com/watch/sy-QzmEphDF, http://www.playvid.com/watch/JRMNRdmvi93, http://www.playvid.com/watch/GkYLYXD04d2,
http://www.playvid.com/watch/kTA9y9vVRQD, http://www.playvid.com/watch/xplC_X2sA-I, http://www.playvid.com/watch/zM12GB02gjt,
http://www.playvid.com/watch/CmWZhnZWIgt, http://www.playvid.com/watch/LtvDxDAU6-U, http://www.playvid.com/watch/b5S4luDNY62,
http://www.playvid.com/watch/8EczZcqEwUi, http://www.playvid.com/watch/sxunsR6lwmk, http://www.playvid.com/watch/tLToKlhICWv,
http://www.playvid.com/watch/Vt4lQJygzJH, http://www.playvid.com/watch/ja5ZZcwoYho, http://www.playvid.com/watch/gn_vBbXFNUp,
http://www.playvid.com/watch/pwnwKIPd_QT, http://www.playvid.com/watch/c6vnUizVNYK, http://www.playvid.com/watch/ujk0Gn3Mm0p,
http://www.playvid.com/watch/WTaVjrh-G0h, http://www.playvid.com/watch/mooi9Tjkw6t, http://www.playvid.com/watch/Xw5zcX7wJ3w,
http://www.playvid.com/watch/Y2hGp5CF6P6, http://www.playvid.com/watch/Dy6Sy-mCk3t, http://www.playvid.com/watch/xVNv-pAzWNZ,
http://www.playvid.com/watch/mwx_P9eDHJJ, http://www.playvid.com/watch/bkscaSBkpTe, http://www.playvid.com/watch/n4FX3Dw7seK,
http://www.playvid.com/watch/yyD_XQHkmUh, http://www.playvid.com/watch/Ld9oLmy9H7I, http://www.playvid.com/watch/dsPcyeWkVfu,
http://www.playvid.com/watch/DuVS1ySbp2u, http://www.playvid.com/watch/bc9ciJ9rnht, http://www.playvid.com/watch/ZCzLIUVrKLF,
http://www.playvid.com/watch/8AQEcY2cDCD, http://www.playvid.com/watch/dL21qQbqnoy, http://www.playvid.com/watch/MyI6LA5cmx2,
http://www.playvid.com/watch/bOJ-PxpA97Y, http://www.playvid.com/watch/zsJD48nLU4s, http://www.playvid.com/watch/cNkwVR_90On,
http://www.playvid.com/watch/Xp4PY_hWnuv, http://www.playvid.com/watch/cyRpGz7nrz2, http://www.playvid.com/watch/nRip0s-4HOe,
http://www.playvid.com/watch/Ryf5Kb9lmQ3, http://www.playvid.com/watch/a-bc_kSsW0D, http://www.playvid.com/watch/ii1KVpM_VsQ,
http://www.playvid.com/watch/vtZ71Oqf7Wi, http://www.playvid.com/watch/DvwdhliSebb, http://www.playvid.com/watch/VUHdopZq9kI,
http://www.playvid.com/watch/NVqMhB66v-8, http://www.playvid.com/watch/FUZ4lu64esn, http://www.playvid.com/watch/T_My6dyINs8,
http://www.playvid.com/watch/Y1NHHQayWmH, http://www.playvid.com/watch/X1PCtnRUuQB, http://www.playvid.com/watch/p5ACaE6zCcT,
http://www.playvid.com/watch/Ob9AmrKUaEJ, http://www.playvid.com/watch/ECYxtpXd3sr, http://www.playvid.com/watch/x4pFVpHsm3L,
http://www.playvid.com/watch/7gzGHAD1E1w, http://www.playvid.com/watch/x1uzWbY0Ucg, http://www.playvid.com/watch/Xe5yhifJGWi,
http://www.playvid.com/watch/Fo1UyLd4h6S, http://www.playvid.com/watch/P3pjMZ3ciGg, http://www.playvid.com/watch/HI6qonwhQsl,
http://www.playvid.com/watch/NIWgQkoBF0o, http://www.playvid.com/watch/ouD0Is3SK94, http://www.playvid.com/watch/cSH3r_D49jK,
http://www.playvid.com/watch/g2mKG49VGpm, http://www.playvid.com/watch/39qzr0aq6yu, http://www.playvid.com/watch/oEfH0GYnbqk,
http://www.playvid.com/watch/qZ66qzYmBiW, http://www.playvid.com/watch/CUoeTYnNBAO, http://www.playvid.com/watch/iQmBfJC7hN4,
http://www.playvid.com/watch/0WvSSA_L90E, http://www.playvid.com/watch/8KlFt56VAzR, http://www.playvid.com/watch/aYenHSV3PXy,
http://www.playvid.com/watch/Di5CJ7Z7pTk, http://www.playvid.com/watch/Kx5G674wd7f, http://www.playvid.com/watch/OHLd7wK8Fye,
http://www.playvid.com/watch/0lmWlrUotdC, http://www.playvid.com/watch/AMCD56xbDHa, http://www.playvid.com/watch/pjyogAndVus,
http://www.playvid.com/watch/bN6vI3YrqMS, http://www.playvid.com/watch/UaJd7neOMsN, http://www.playvid.com/watch/sS3vbWR9IOF,
http://www.playvid.com/watch/jCmqzVy1yDv, http://www.playvid.com/watch/ou_B8r3rA9F, http://www.playvid.com/watch/PaVvuL23NKZ,
http://www.playvid.com/watch/gfscwtVuB16, http://www.playvid.com/watch/8DSH2VA3Lmf, http://www.playvid.com/watch/JAYMf6MKMLQ,
http://www.playvid.com/watch/xfR3s6m1Y-B, http://www.playvid.com/watch/LkfIPGRbNK7, http://www.playvid.com/watch/zYKdmLhVV5x,
http://www.playvid.com/watch/NPEQR2M6r3V, http://www.playvid.com/watch/lLNIYulzB3F, http://www.playvid.com/watch/gQb1HNrEL1A,
http://www.playvid.com/watch/dqqWZ6lQXOz, http://www.playvid.com/watch/EcLwKFjC3Up, http://www.playvid.com/watch/Syo1Xrhyzf3,
http://www.playvid.com/watch/EHELMTWSz7I, http://www.playvid.com/watch/s7lf7myJCpH, http://www.playvid.com/watch/NME6N2b1LdU,
http://www.playvid.com/watch/DQ7rxG0KYWZ, http://www.playvid.com/watch/ekcvh6IJm87, http://www.playvid.com/watch/RIAgRLsglsM,
http://www.playvid.com/watch/j7UY30vkJ5y, http://www.playvid.com/watch/vFxXRpzPp-x, http://www.playvid.com/watch/Za9sHUdM0Oo,
http://www.playvid.com/watch/Q1btG4JLNpY, http://www.playvid.com/watch/oSsZbzq2NdC, http://www.playvid.com/watch/fUCrCLyQUW7,
http://www.playvid.com/watch/dz0EX1jN7vn, http://www.playvid.com/watch/7aI1dlBkPG2, http://www.playvid.com/watch/3RRxSeu4xHN,
http://www.playvid.com/watch/Gc-ls31v-Y5, http://www.playvid.com/watch/K7B7k4hmLL5, http://www.playvid.com/watch/e0RqmMM1UzS,
http://www.playvid.com/watch/iWyHJAQ8GPZ, http://www.playvid.com/watch/RCLiuKFhP9M, http://www.playvid.com/watch/dH9Xa9G3qNt,
http://www.playvid.com/watch/az_oS8Nn8Hc, http://www.playvid.com/watch/UhC2I2RG8XJ, http://www.playvid.com/watch/Z9w-JomejQa,
http://www.playvid.com/watch/XP7t5ANh0q4, http://www.playvid.com/watch/5zhJtiLWTE6, http://www.playvid.com/watch/c8VMpTn4zqk,
http://www.playvid.com/watch/8b1TG9bm2bn, http://www.playvid.com/watch/m8Urwxexxr5, http://www.playvid.com/watch/VqqQVR_k8fx,
http://www.playvid.com/watch/yU38P68Te2p, http://www.playvid.com/watch/rkqU4UsyodX, http://www.playvid.com/watch/BONXEIzCCyC,
http://www.playvid.com/watch/9NKBZtd2vCF, http://www.playvid.com/watch/GXuicKrnE1W, http://www.playvid.com/watch/ecMnQ3ixwHg,
http://www.playvid.com/watch/WbChATquNWz, http://www.playvid.com/watch/iY3RZ4pXKwo, http://www.playvid.com/watch/FkSzO1NUexm,
http://www.playvid.com/watch/H7TJzu-RoFY, http://www.playvid.com/watch/rQalcFs1DFV, http://www.playvid.com/watch/aMjqJmYqa44,
http://www.playvid.com/watch/pUh9lYFceqI, http://www.playvid.com/watch/tphnpQ2V2zM, http://www.playvid.com/watch/Re_6IRKj4a2,
http://www.playvid.com/watch/XvZ_FP7m-14, http://www.playvid.com/watch/YvYHKbiSHQr, http://www.playvid.com/watch/2q3nge-VxBr,
http://www.playvid.com/watch/P1tSPkfZKMW, http://www.playvid.com/watch/A3-1n0SZz_o, http://www.playvid.com/watch/IHCpE-1HfOm,
http://www.playvid.com/watch/40Bi88TSiUu, http://www.playvid.com/watch/Z8B0S0hWUAB, http://www.playvid.com/watch/tUYZCksBD2N,
http://www.playvid.com/watch/EZvRQikzVrQ, http://www.playvid.com/watch/LZOieZEgJZU, http://www.playvid.com/watch/6bsq_E4jg1b,
http://www.playvid.com/watch/JM-RH6Im3Cv, http://www.playvid.com/watch/J7OHxComJ_4, http://www.playvid.com/watch/tt5qsLbkyGZ,
http://www.playvid.com/watch/QcmS72BLskH, http://www.playvid.com/watch/hQbe-NyDyQ9, http://www.playvid.com/watch/4iJMnuJn4t8,
http://www.playvid.com/watch/BYEP2KY5A4v, http://www.playvid.com/watch/zwRAG2ip1XX, http://www.playvid.com/watch/jLac4YI28Jc,
http://www.playvid.com/watch/h5FTOZnyryh, http://www.playvid.com/watch/5WrFu2dUO4v, http://www.playvid.com/watch/bANHMG1toaI,
http://www.playvid.com/watch/zfA-CphRTIc, http://www.playvid.com/watch/CZ36cmS1Ux5, http://www.playvid.com/watch/jm7amPjvkID,
http://www.playvid.com/watch/wWarUaKSU0V, http://www.playvid.com/watch/avND2jH9ajO, http://www.playvid.com/watch/gMI7Qmo2eXO,

http://www.playvid.com/watch/2qIrPA2LgcU, http://www.playvid.com/watch/46dYX2yVsSZ, http://www.playvid.com/watch/iU4PetMkU7n,
http://www.playvid.com/watch/gUVEHyoWsRy, http://www.playvid.com/watch/XV4D-zTFbYM, http://www.playvid.com/watch/qjoLAyQDVV2,
http://www.playvid.com/watch/4_uhS55sBqe, http://www.playvid.com/watch/sImCeJl8ALa, http://www.playvid.com/watch/nLEqWi68DKR,
http://www.playvid.com/watch/FyU2pJsg4qu, http://www.playvid.com/watch/K_cuD1Nixgh, http://www.playvid.com/watch/Zg6J1RYdvYq,
http://www.playvid.com/watch/GzY4IqOhG2M, http://www.playvid.com/watch/7xtCKMrijW2, http://www.playvid.com/watch/kYy7zXhotPq,
http://www.playvid.com/watch/Y4IDSuGMrw9, http://www.playvid.com/watch/gsYgfVnk1JY, http://www.playvid.com/watch/lRWjV20mEf5,
http://www.playvid.com/watch/G3P90RS1GQh, http://www.playvid.com/watch/f_BAVKL2yPi, http://www.playvid.com/watch/cMXQB2o3saY,
http://www.playvid.com/watch/SWVO4MzYGZi, http://www.playvid.com/watch/t3SmkO_wBl2, http://www.playvid.com/watch/H78kOxcXG0h,
http://www.playvid.com/watch/mR3HGYnw-kT, http://www.playvid.com/watch/AthLUaeIo1f, http://www.playvid.com/watch/goaeABD1HSz,
http://www.playvid.com/watch/5Uf7FgtIKTR, http://www.playvid.com/watch/q8pojLk67l4, http://www.playvid.com/watch/p5C7ndFDsoW,
http://www.playvid.com/watch/TgTOpa52qFC, http://www.playvid.com/watch/09Gsc9zjVKx, http://www.playvid.com/watch/u7MG4VCb2Hs,
http://www.playvid.com/watch/IFDMSVVp9YD, http://www.playvid.com/watch/KVuOnRkKdqR, http://www.playvid.com/watch/nFcBixvJFoD,
http://www.playvid.com/watch/o19ww8a26Qo, http://www.playvid.com/watch/eqnoHP8porf, http://www.playvid.com/watch/ZoIpFCmb6Cn,
http://www.playvid.com/watch/CNEcMe_MDWt, http://www.playvid.com/watch/RbYC8STAmNt, http://www.playvid.com/watch/B0yemrXacIn,
http://www.playvid.com/watch/7rLd7DDxCZM, http://www.playvid.com/watch/qTIQHEa0YRj, http://www.playvid.com/watch/S3aNmp8qtoW,
http://www.playvid.com/watch/syCdCisEysv, http://www.playvid.com/watch/8i7EWzE0N0x, http://www.playvid.com/watch/3S_4nI33VJ7,
http://www.playvid.com/watch/db4jhKAwPE2, http://www.playvid.com/watch/TNuR6i66pmA, http://www.playvid.com/watch/l1mKJmzSDA5,
http://www.playvid.com/watch/Qll0udYQZc5, http://www.playvid.com/watch/ORUzMpfgVuf, http://www.playvid.com/watch/kLQnz1fyXVV,
http://www.playvid.com/watch/7jV_eSckxVN, http://www.playvid.com/watch/tWjeo-N1yln, http://www.playvid.com/watch/vnO3yk6unN8,
http://www.playvid.com/watch/ZsJsMHoVngF, http://www.playvid.com/watch/C7U6jbENkTS, http://www.playvid.com/watch/2RxmtecMojq,
http://www.playvid.com/watch/Q9A4U5kWwk2, http://www.playvid.com/watch/gWHGr52aw8g, http://www.playvid.com/watch/leAey4QjXZX,
http://www.playvid.com/watch/qNdjlNJ0wBu, http://www.playvid.com/watch/WxIpvy3OSPk, http://www.playvid.com/watch/9_N1h__SFPK,
http://www.playvid.com/watch/uDwzdwUTFej, http://www.playvid.com/watch/ow8J4r0LxdK, http://www.playvid.com/watch/Mxm69zBuFK3,
http://www.playvid.com/watch/LsVUn3BTJ7F, http://www.playvid.com/watch/9XSnC1_WTd8, http://www.playvid.com/watch/h953UWR2SLC,
http://www.playvid.com/watch/jGMmiEaBgCL, http://www.playvid.com/watch/VOiYvPsnvVH, http://www.playvid.com/watch/hVJ1NMcV0Yx,
http://www.playvid.com/watch/rhHgkLmys4T, http://www.playvid.com/watch/qZKlsHRszS2, http://www.playvid.com/watch/Cr1mo7d5G2n,
http://www.playvid.com/watch/3lH065goP3l, http://www.playvid.com/watch/eCQVmCoHCfW, http://www.playvid.com/watch/rjiMXPdROED,
http://www.playvid.com/watch/6nxxj38-Zta, http://www.playvid.com/watch/tMjEBYE4QBL, http://www.playvid.com/watch/XyGRM78mE5V,
http://www.playvid.com/watch/DKP1DNNEXFo, http://www.playvid.com/watch/a6JOmNrwsO9, http://www.playvid.com/watch/LbMgeknJXUp,
http://www.playvid.com/watch/TroxQQ9Rxi2, http://www.playvid.com/watch/UdSDfTP6te3, http://www.playvid.com/watch/QEN3F2ZNt5R,
http://www.playvid.com/watch/PIMAafSNqmU, http://www.playvid.com/watch/8tCyFOluw07, http://www.playvid.com/watch/SSLTUTNpBiR,
http://www.playvid.com/watch/7676dyWxDTV, http://www.playvid.com/watch/PZS580a7Zt8, http://www.playvid.com/watch/uND9RYtJPzx,
http://www.playvid.com/watch/TWHVofyOuzT, http://www.playvid.com/watch/ejN16NHQr72, http://www.playvid.com/watch/O8dejSdbNCY,
http://www.playvid.com/watch/qr8vYTC6iiD, http://www.playvid.com/watch/dnwfmACsZWF, http://www.playvid.com/watch/SznaLpFq0Vi,
http://www.playvid.com/watch/QfMRYaOCqLB, http://www.playvid.com/watch/nbAYR1gkbuV, http://www.playvid.com/watch/kXUAT86EaAg,
http://www.playvid.com/watch/4-P2tiONSmb, http://www.playvid.com/watch/iRcqFQwCJ1Q, http://www.playvid.com/watch/WaYzqdxKc_K,
http://www.playvid.com/watch/gY0lXDana4V, http://www.playvid.com/watch/yDVSk8W2ngG, http://www.playvid.com/watch/HQeOXqE5FJf,
http://www.playvid.com/watch/nlee8wMLojI, http://www.playvid.com/watch/4X9QT3t7z1V, http://www.playvid.com/watch/jESJ3qOGmMm,
http://www.playvid.com/watch/bKach6yBxwt, http://www.playvid.com/watch/tm6_ZGPLdpU, http://www.playvid.com/watch/Rd2MSMicOjn,
http://www.playvid.com/watch/Lxe5_bqi-Ua, http://www.playvid.com/watch/yXeq6ySW1Du, http://www.playvid.com/watch/P9gaTqDTyXg,
http://www.playvid.com/watch/3gG5ZbVvMsj, http://www.playvid.com/watch/yYWQSHy_DGB, http://www.playvid.com/watch/3UXlecBYly7,
http://www.playvid.com/watch/BTVsI3fzYqh, http://www.playvid.com/watch/sYNP3MrDA_z, http://www.playvid.com/watch/MiFKYInimWw,
http://www.playvid.com/watch/bxl6-R1AsQx, http://www.playvid.com/watch/L-jw7U5EsTw, http://www.playvid.com/watch/3qr_LCxh6uE,
http://www.playvid.com/watch/kOydGD2fvHh, http://www.playvid.com/watch/48Uw5m5Xbwd, http://www.playvid.com/watch/2zLDvBmBZaI,
http://www.playvid.com/watch/pIkdInl5a6F, http://www.playvid.com/watch/sffqzLYuJnn, http://www.playvid.com/watch/Ve_WY39I1Lu,
http://www.playvid.com/watch/xyoug7zVkO2, http://www.playvid.com/watch/T-PWcE35LU2, http://www.playvid.com/watch/2_uybULeOlk,
http://www.playvid.com/watch/YhtuSCK5HcV, http://www.playvid.com/watch/pGAE6jyj88d, http://www.playvid.com/watch/AgrQRF5LwLj,
http://www.playvid.com/watch/Rvg63MPxzeY, http://www.playvid.com/watch/t4jzZ3ou5Pk, http://www.playvid.com/watch/DWACTQQfiPd,
http://www.playvid.com/watch/jP3r6Zcv7pG, http://www.playvid.com/watch/GzMsGU8iRj9, http://www.playvid.com/watch/uz4bTeGIqpd,
http://www.playvid.com/watch/g_2xKO2mw05, http://www.playvid.com/watch/UT0JMi1IrEo, http://www.playvid.com/watch/lbRlwqqAwUK,
http://www.playvid.com/watch/a8qFgAIXphr, http://www.playvid.com/watch/V1w1RE4B2mM, http://www.playvid.com/watch/i0uSjUazsA9,
http://www.playvid.com/watch/TxPhiC8QtBH, http://www.playvid.com/watch/WiYLEkLUS2g, http://www.playvid.com/watch/Ih7p7FY_zjp,
http://www.playvid.com/watch/eh4ms8H7tAy, http://www.playvid.com/watch/fvQkfsWnjCH, http://www.playvid.com/watch/LLtv7JYukCs,
http://www.playvid.com/watch/Mc0DOdFSscB, http://www.playvid.com/watch/jNQ_p-6VhXK, http://www.playvid.com/watch/ligBLfITC52,
http://www.playvid.com/watch/2cnXU6GLloV, http://www.playvid.com/watch/bYnxWv8m5jp, http://www.playvid.com/watch/qa1aqwhI99x,
http://www.playvid.com/watch/ikkHBmkge4L, http://www.playvid.com/watch/zKw2-4U63qh, http://www.playvid.com/watch/SNR181_ZQbI,
http://www.playvid.com/watch/P0WqB8vSvQh, http://www.playvid.com/watch/eodxSngzFfp, http://www.playvid.com/watch/5fC8971lrw8,
http://www.playvid.com/watch/xsSQecxzUPA, http://www.playvid.com/watch/gNH9rxBlaCI, http://www.playvid.com/watch/OXHVrMs-2L8,
http://www.playvid.com/watch/eKyqJWDgvXz, http://www.playvid.com/watch/8W8R5O0zP-y, http://www.playvid.com/watch/Qv15C1PDC90,
http://www.playvid.com/watch/ED2_5Rcv-Vy, http://www.playvid.com/watch/Z3NT6EAN9YX, http://www.playvid.com/watch/pkv8vWtTK7O,
http://www.playvid.com/watch/Xr_ldxOV4O7, http://www.playvid.com/watch/XSx7CNZcGNp, http://www.playvid.com/watch/aFcuCpOjNEM,
http://www.playvid.com/watch/ZiVLp2Fg97k, http://www.playvid.com/watch/u847gM7UCgh, http://www.playvid.com/watch/llZWLaFhtfk,
http://www.playvid.com/watch/mtpHJ-_TMAW, http://www.playvid.com/watch/08k90AKbkxT, http://www.playvid.com/watch/wCgzS4b5J2n,
http://www.playvid.com/watch/45TpEaLKNsk, http://www.playvid.com/watch/cjnKbF5YyK2, http://www.playvid.com/watch/NfhSXcugafm,
http://www.playvid.com/watch/mDhNNFL5T1m, http://www.playvid.com/watch/qjRzUww3TCT, http://www.playvid.com/watch/3wWAU63jAlt,
http://www.playvid.com/watch/24PbGtMz6JU, http://www.playvid.com/watch/So8Swa2bikV, http://www.playvid.com/watch/IfKKOx3wmnK,
http://www.playvid.com/watch/a5DE_phDBot, http://www.playvid.com/watch/FaVdH1WgGNr, http://www.playvid.com/watch/6277fbNTnai,
http://www.playvid.com/watch/68vVSETH07E, http://www.playvid.com/watch/H7W6TJp6j1t, http://www.playvid.com/watch/6onsK-5YCo2,
http://www.playvid.com/watch/8cNPGXopCOn, http://www.playvid.com/watch/ZDUeJ1ZFTuf, http://www.playvid.com/watch/afm3NglkH0X,
http://www.playvid.com/watch/lDWZOmD2oow, http://www.playvid.com/watch/aSZPCSsAQcI, http://www.playvid.com/watch/c_FJknlUBri,
http://www.playvid.com/watch/7fDrS3OJzn5, http://www.playvid.com/watch/KiNM6EAlzqI, http://www.playvid.com/watch/uU75Cs44Kx5,
http://www.playvid.com/watch/pPmFh9rIC6x, http://www.playvid.com/watch/iIrqrSJ9cKl, http://www.playvid.com/watch/x5ZQhK8VUww,
http://www.playvid.com/watch/q1Ig_4bmODq, http://www.playvid.com/watch/gbAnonIZcRI, http://www.playvid.com/watch/P_lGkq-uFi4,
http://www.playvid.com/watch/H03wPDDjWnr, http://www.playvid.com/watch/tykeVf2oxu5, http://www.playvid.com/watch/4cIipmupoPk,
http://www.playvid.com/watch/Z3OkxPBGqN6, http://www.playvid.com/watch/kvGouVVBhZr, http://www.playvid.com/watch/rPzWMAXSTj3,
http://www.playvid.com/watch/FaxdZ9SvJEM, http://www.playvid.com/watch/xHAx2_bQ_Pq, http://www.playvid.com/watch/CYmDq6H8R_c,
http://www.playvid.com/watch/CBfbe9aT_vL, http://www.playvid.com/watch/8l9-EgxpER0, http://www.playvid.com/watch/5udckzy7ccn,
http://www.playvid.com/watch/YOzcPmnZIxU, http://www.playvid.com/watch/XxEbwjGHFKp, http://www.playvid.com/watch/VNbINBjH-oi,
http://www.playvid.com/watch/DnMg49Jxuev, http://www.playvid.com/watch/Cu3Zndmny9E, http://www.playvid.com/watch/5OMGOerKWPU,
http://www.playvid.com/watch/walV8APYgXC, http://www.playvid.com/watch/rca1s74KMMN, http://www.playvid.com/watch/JUk8J7LIvRh,
http://www.playvid.com/watch/URFnTHRJfUo, http://www.playvid.com/watch/WPcVek8hyi6, http://www.playvid.com/watch/4rDFTAo3Mka,
http://www.playvid.com/watch/u8aZGWY5Eal, http://www.playvid.com/watch/rdahpasy_3w, http://www.playvid.com/watch/NnykW8WbfrZ,
http://www.playvid.com/watch/0g9MQNpmxi5, http://www.playvid.com/watch/yEwaeqYMQQl, http://www.playvid.com/watch/KLbOlwgDILH,
http://www.playvid.com/watch/T7stpktkDVu, http://www.playvid.com/watch/jVvXmn2qMbB, http://www.playvid.com/watch/79Je13nNPb0,
http://www.playvid.com/watch/ClW8pucUwki, http://www.playvid.com/watch/yRQ_8b94Ewy, http://www.playvid.com/watch/G9rKGa79gib,
http://www.playvid.com/watch/bQnDfXob_jI, http://www.playvid.com/watch/TaeX7KVbSEJ, http://www.playvid.com/watch/bTHGNnlOBME,
http://www.playvid.com/watch/njyitEaifBV, http://www.playvid.com/watch/7eAxSrrTMXL, http://www.playvid.com/watch/F7ESTB5zxdm,
http://www.playvid.com/watch/czgD7TsphDT, http://www.playvid.com/watch/i4GXSdc15aC, http://www.playvid.com/watch/Y4nL_Pv_kmT,
http://www.playvid.com/watch/QFXXXRdeQsM, http://www.playvid.com/watch/GZJZ0i9Dejw, http://www.playvid.com/watch/HwBHJ0B9_yI,
http://www.playvid.com/watch/pTYrOmjQVga, http://www.playvid.com/watch/4Qki48r2N84, http://www.playvid.com/watch/svl18rjIhij,
http://www.playvid.com/watch/J1VtiW31RkQ, http://www.playvid.com/watch/SQctytYBQYn, http://www.playvid.com/watch/hzt-dddwp60,
http://www.playvid.com/watch/KfP2yxRZx94, http://www.playvid.com/watch/BiJvSOosOy7, http://www.playvid.com/watch/MQu3_iYYIvw,
http://www.playvid.com/watch/8h46IOkNRJF, http://www.playvid.com/watch/U9a--Twfjst, http://www.playvid.com/watch/SDJr6NsqXMT,
http://www.playvid.com/watch/uByKJKfrS-8, http://www.playvid.com/watch/3P5nEGU8EB2, http://www.playvid.com/watch/56Voh7NDeM7,
http://www.playvid.com/watch/Wt_tDxuyNcT, http://www.playvid.com/watch/ryx3YnlgsoF, http://www.playvid.com/watch/EFls8IQOqDQ,
http://www.playvid.com/watch/HWVRVnldWyK, http://www.playvid.com/watch/OBxyejyWFsj, http://www.playvid.com/watch/WxUY4K780om,

http://www.playvid.com/watch/SYOzWg8VRZZ, http://www.playvid.com/watch/2h4RvDATsuT, http://www.playvid.com/watch/uhMlvw2NJJ6,
http://www.playvid.com/watch/Sqz1EwARdHe, http://www.playvid.com/watch/YHLRQOyedoY, http://www.playvid.com/watch/aT0PVQ0RtTr,
http://www.playvid.com/watch/RWMdOBsClzj, http://www.playvid.com/watch/liKPa6BOg7v, http://www.playvid.com/watch/jKtSrl_Esmc,
http://www.playvid.com/watch/uF24YTXORkd, http://www.playvid.com/watch/JGeu_nSNfb7, http://www.playvid.com/watch/O-sODgtBHDv,
http://www.playvid.com/watch/BjUyjqMSbks, http://www.playvid.com/watch/zHAcuHHOP6a, http://www.playvid.com/watch/Kct-Gm8y40s,
http://www.playvid.com/watch/eb7KngtFZmr, http://www.playvid.com/watch/j58K3AfpEuI, http://www.playvid.com/watch/as-ugSK70ul,
http://www.playvid.com/watch/2T7ov181m35, http://www.playvid.com/watch/MflB8383OIV, http://www.playvid.com/watch/GO_pAehaOXO,
http://www.playvid.com/watch/X_GbeBe9On2, http://www.playvid.com/watch/KpJvn2pGgil, http://www.playvid.com/watch/5NNFtRIidOe,
http://www.playvid.com/watch/PkcMSfU5yRl, http://www.playvid.com/watch/bl1uatIEgAX, http://www.playvid.com/watch/mToTBC_6u5r,
http://www.playvid.com/watch/tHM2SLfJSJR, http://www.playvid.com/watch/TiQZKj1JQQD, http://www.playvid.com/watch/bKXQN4gcsDV,
http://www.playvid.com/watch/iDlD5A29kuA, http://www.playvid.com/watch/TJu6rNTmCbd, http://www.playvid.com/watch/ZzwkAKYhRM9,
http://www.playvid.com/watch/mCjhMg2LUBR, http://www.playvid.com/watch/phXMkTySnyu, http://www.playvid.com/watch/Q9lKTQxw6Fq,
http://www.playvid.com/watch/Q3ETzPzpuHG, http://www.playvid.com/watch/vF7PpmMMVNz, http://www.playvid.com/watch/zlc2uhOus3n,
http://www.playvid.com/watch/Imht45sSTmU, http://www.playvid.com/watch/9Cx6tVoxF2x, http://www.playvid.com/watch/oarZI23eDJi,
http://www.playvid.com/watch/mJoDoVW2U4F, http://www.playvid.com/watch/zyfuTvNSIrY, http://www.playvid.com/watch/3fzjPFTg7Qb,
http://www.playvid.com/watch/T7FAkf5DjAr, http://www.playvid.com/watch/OM-trHWxiMa, http://www.playvid.com/watch/BqkB1tOavuV,
http://www.playvid.com/watch/s7pnH-aHN99, http://www.playvid.com/watch/qWKf3k_0waq, http://www.playvid.com/watch/hLWlxRG3mjm,
http://www.playvid.com/watch/Lgolt6_S3MP, http://www.playvid.com/watch/gF7akLJvXmM, http://www.playvid.com/watch/NlzHgWQ1uTA,
http://www.playvid.com/watch/igwsyqlbhY4, http://www.playvid.com/watch/pigHSkJRj1P, http://www.playvid.com/watch/ceEgEmoMmN2,
http://www.playvid.com/watch/6OoBemegxQ9, http://www.playvid.com/watch/Asvp-zoZaFZ, http://www.playvid.com/watch/DmKdrU7GBYg,
http://www.playvid.com/watch/LeBAza9Pkns, http://www.playvid.com/watch/FHfzlROXG-s, http://www.playvid.com/watch/p34KRkW8dPs,
http://www.playvid.com/watch/Y45swenw_wb, http://www.playvid.com/watch/a8FqF0J-tbH, http://www.playvid.com/watch/RT8KMpxUGrZ,
http://www.playvid.com/watch/LJqiBJuzZVH, http://www.playvid.com/watch/FdeeenVPI_I, http://www.playvid.com/watch/LSxyKmW6otr,
http://www.playvid.com/watch/K0qm6BqoNLA, http://www.playvid.com/watch/LlfjJtE8mwB, http://www.playvid.com/watch/9Xcs9-GD4WA,
http://www.playvid.com/watch/xhmgvtW3kkR, http://www.playvid.com/watch/qmbdgoK-_z9, http://www.playvid.com/watch/pdQQ1rnT-Ad,
http://www.playvid.com/watch/wSUSTUCQfkd, http://www.playvid.com/watch/oPE9W1bR3ss, http://www.playvid.com/watch/yotJja6n7sc,
http://www.playvid.com/watch/jhw5GJQRam3, http://www.playvid.com/watch/8452qaTCPcU, http://www.playvid.com/watch/Qrnii_Gq3p6,
http://www.playvid.com/watch/zmpSuuvw7PW, http://www.playvid.com/watch/bAtRbNehyJW, http://www.playvid.com/watch/s1s3rDcIfoO,
http://www.playvid.com/watch/OFrDd3piixn, http://www.playvid.com/watch/BnUH5-_EDpw, http://www.playvid.com/watch/h-JyjFbQ-b5,
http://www.playvid.com/watch/V9hbhBImI9A, http://www.playvid.com/watch/IqTonh51LiM, http://www.playvid.com/watch/PP7TSt6QElY,
http://www.playvid.com/watch/S9gmojsmDqf, http://www.playvid.com/watch/rxlvDTVzGeP, http://www.playvid.com/watch/SkO8wRMDq05,
http://www.playvid.com/watch/3NN25UQMV5H, http://www.playvid.com/watch/wSl17sPRVVa, http://www.playvid.com/watch/4LuoYokzLSN,
http://www.playvid.com/watch/QaktCbyu4gB, http://www.playvid.com/watch/iJC6gCV1VTC, http://www.playvid.com/watch/SNBTgB0bpxO,
http://www.playvid.com/watch/h4foYTpxHu0, http://www.playvid.com/watch/gaERTVRtE-P, http://www.playvid.com/watch/x_y8AEqlAYs,
http://www.playvid.com/watch/zuj_q0tplQu, http://www.playvid.com/watch/Cm1rED6sB-4, http://www.playvid.com/watch/8bshkkBtFRR,
http://www.playvid.com/watch/V4WN9OtudCq, http://www.playvid.com/watch/oxrrXU2Akd4, http://www.playvid.com/watch/9L8ubvTAaM5,
http://www.playvid.com/watch/7g06n02CBqX, http://www.playvid.com/watch/IlH1TlFsMJp, http://www.playvid.com/watch/GDtf4RKtV3Q,
http://www.playvid.com/watch/C6fpvx6jjCr, http://www.playvid.com/watch/Cou2szRK90x, http://www.playvid.com/watch/mFxBCYwsQBz,
http://www.playvid.com/watch/kExVihkNb_G, http://www.playvid.com/watch/SwuQM6qjVGE, http://www.playvid.com/watch/HpHiKeRp0co,
http://www.playvid.com/watch/Gtbtz0yKCLO, http://www.playvid.com/watch/TdtXeeqCV3f, http://www.playvid.com/watch/PTXZam5X7hC,
http://www.playvid.com/watch/VsVbevS1vUK, http://www.playvid.com/watch/RVf5wqp4ioE, http://www.playvid.com/watch/ISjYG9xGdAa,
http://www.playvid.com/watch/aGqc4fX8oHq, http://www.playvid.com/watch/vOgl2HHepNA, http://www.playvid.com/watch/lz08pl5B3k7,
http://www.playvid.com/watch/KNGv5078lzW, http://www.playvid.com/watch/HXiLOb5Eu2r, http://www.playvid.com/watch/k-BcEfQj9Es,
http://www.playvid.com/watch/hTZ9f1Tem5d, http://www.playvid.com/watch/5KvLDB5Umnq, http://www.playvid.com/watch/FDREOMwICxt,
http://www.playvid.com/watch/qOtlWGytQJb, http://www.playvid.com/watch/vgrXOosomJ5, http://www.playvid.com/watch/KqAiTBxQp4Z,
http://www.playvid.com/watch/vjLeM34pYzy, http://www.playvid.com/watch/ZOGWV0Yut92, http://www.playvid.com/watch/2G514Nor3MX,
http://www.playvid.com/watch/jkE6vxEAJij, http://www.playvid.com/watch/4Qk1enJsz-F, http://www.playvid.com/watch/32cdLVdcMSZ,
http://www.playvid.com/watch/zQ_oyZlieWz, http://www.playvid.com/watch/cOckXVkdOcB, http://www.playvid.com/watch/teiDGkVon8j,
http://www.playvid.com/watch/0029XgUKBDu, http://www.playvid.com/watch/oaaiN9rbpuA, http://www.playvid.com/watch/40bXBM5wtVI,
http://www.playvid.com/watch/FzZIQKtkaja, http://www.playvid.com/watch/gLnT3TMUsLL, http://www.playvid.com/watch/xGWRFUa_Pij,
http://www.playvid.com/watch/m5PdlGap4IL, http://www.playvid.com/watch/9r94rqspaiw, http://www.playvid.com/watch/QLVCUNXMACF,
http://www.playvid.com/watch/aTR2u2TngeR, http://www.playvid.com/watch/eQqEU6TXxB0, http://www.playvid.com/watch/QDIu6q-QHb0,
http://www.playvid.com/watch/8dURb_ND1x7, http://www.playvid.com/watch/QNvh_ErjQKk, http://www.playvid.com/watch/c13JVaKVXNy,
http://www.playvid.com/watch/fT1VM7IM38t, http://www.playvid.com/watch/wtKUEAN4BTb, http://www.playvid.com/watch/ea01roRPcJy,
http://www.playvid.com/watch/I51fQ7wLumA, http://www.playvid.com/watch/Vh6TLzmOz8a, http://www.playvid.com/watch/4RN3OmilS9N,
http://www.playvid.com/watch/yaIz-03dAcc, http://www.playvid.com/watch/KOKXO04vNEB, http://www.playvid.com/watch/TOdvgkdmiVv,
http://www.playvid.com/watch/zCqW-QTbjbc, http://www.playvid.com/watch/nZXsaRevaws, http://www.playvid.com/watch/h7NCxavJ1z3,
http://www.playvid.com/watch/olI4_o5wjsI, http://www.playvid.com/watch/t1AwEbNGdQx, http://www.playvid.com/watch/wImw_bH-qF5,
http://www.playvid.com/watch/seFtTdXSKOE, http://www.playvid.com/watch/Hq2eKKKD_mo, http://www.playvid.com/watch/evYO8oSv0AP,
http://www.playvid.com/watch/PqAWES8FOpl, http://www.playvid.com/watch/Xi7dGmlfGJ2, http://www.playvid.com/watch/HubkK7xoARJ,
http://www.playvid.com/watch/6K5Jfm5dKVe, http://www.playvid.com/watch/BCad6liO2a3, http://www.playvid.com/watch/tKroAEfNdrG,
http://www.playvid.com/watch/f9yoIdWtDOW, http://www.playvid.com/watch/j4pj-OmYRAk, http://www.playvid.com/watch/cHDh7HQNTWW,
http://www.playvid.com/watch/n0Z0cJ-FVeD, http://www.playvid.com/watch/esw4Ikk-Xlo, http://www.playvid.com/watch/L5NOqgw6ToQ,
http://www.playvid.com/watch/nooR2ufQDJP, http://www.playvid.com/watch/eecXqsMPTwy, http://www.playvid.com/watch/dOEn2VJlIw7,
http://www.playvid.com/watch/60RB_i7zR6u, http://www.playvid.com/watch/08kn6dfUn8b, http://www.playvid.com/watch/0crdGVP4gkR,
http://www.playvid.com/watch/HbGeUvQo0pI, http://www.playvid.com/watch/phciLpwsP7V, http://www.playvid.com/watch/pb5juXH1Xzr,
http://www.playvid.com/watch/Dy1siOJbtxY, http://www.playvid.com/watch/PYzt5vTlkJO, http://www.playvid.com/watch/fjwLxnnaFKw,
http://www.playvid.com/watch/vITLDgN-g_2, http://www.playvid.com/watch/GqWbvTvt6Nr, http://www.playvid.com/watch/TpTd96_i_e5,
http://www.playvid.com/watch/fYM4lOZ2Hml, http://www.playvid.com/watch/ZrK9xRRavdD, http://www.playvid.com/watch/pH-rnLtyMIe,
http://www.playvid.com/watch/7cRCwFGYO2C, http://www.playvid.com/watch/YtTGDKUQvpM, http://www.playvid.com/watch/b7HDlwEMl0n,
http://www.playvid.com/watch/uSnMLJ5Xb8S, http://www.playvid.com/watch/wtSVNhfXBMT, http://www.playvid.com/watch/gLWL3obRCTM,
http://www.playvid.com/watch/lGHp-ERTalw, http://www.playvid.com/watch/8bwmqEmsxcc, http://www.playvid.com/watch/jbVKZ4VjQ8U,
http://www.playvid.com/watch/Cd-5Al-WAHD, http://www.playvid.com/watch/nDhA5BvfnuO, http://www.playvid.com/watch/6pPUDyNzfJU,
http://www.playvid.com/watch/dHM4Jij513f, http://www.playvid.com/watch/Q9wDHUyaq5P, http://www.playvid.com/watch/9K8WvYMuxiW,
http://www.playvid.com/watch/nuzf0T6i7cG, http://www.playvid.com/watch/rifBrsm01A2, http://www.playvid.com/watch/mm3b1ePFp7q,
http://www.playvid.com/watch/FngVprkRjhA, http://www.playvid.com/watch/SXViodNOYQG, http://www.playvid.com/watch/BuwGq-UGD2d,
http://www.playvid.com/watch/8KF7lkmuus7, http://www.playvid.com/watch/9NT1-1kcw2I, http://www.playvid.com/watch/yXhLgcJQc7X,
http://www.playvid.com/watch/TYyu52TdC6y, http://www.playvid.com/watch/RQeM4uS3DXS, http://www.playvid.com/watch/UfbKFPihxoH,
http://www.playvid.com/watch/gpOyzwgIG4m, http://www.playvid.com/watch/YGfocoHaHBm, http://www.playvid.com/watch/d3wsiikAl17,
http://www.playvid.com/watch/wxvud2PYQhf, http://www.playvid.com/watch/TTcqhqRAs58, http://www.playvid.com/watch/HncGI5tvxmo,
http://www.playvid.com/watch/TEd2ITzlLZk, http://www.playvid.com/watch/DfjcMguqF6m, http://www.playvid.com/watch/cUX2llilf3C,
http://www.playvid.com/watch/c7sphg0nPX6, http://www.playvid.com/watch/p7KptLCCdgu, http://www.playvid.com/watch/dJUVD3vJM-N,
http://www.playvid.com/watch/ThDQ8Hqc6ei, http://www.playvid.com/watch/2D4r-65MiBG, http://www.playvid.com/watch/00SWGlZQZRT,
http://www.playvid.com/watch/w-VwlSI6JRw, http://www.playvid.com/watch/VypMWiQCqJa, http://www.playvid.com/watch/oAp1I5cryap,
http://www.playvid.com/watch/L_G1hE_oUpV, http://www.playvid.com/watch/5SWY80KNKW4, http://www.playvid.com/watch/6DjhJ77HaOs,
http://www.playvid.com/watch/foDCIiTsiDl, http://www.playvid.com/watch/u_SWnxuahrZ, http://www.playvid.com/watch/m6zD-AHr8iQ,
http://www.playvid.com/watch/Y5p6mEvS3he, http://www.playvid.com/watch/E0sHSJeqhdu, http://www.playvid.com/watch/vG8W-eyJjid,
http://www.playvid.com/watch/Ip4byhGFetf, http://www.playvid.com/watch/wyOoyGFL2WN, http://www.playvid.com/watch/vsbKVhaGFUx,
http://www.playvid.com/watch/fQ0JhPm-TP3, http://www.playvid.com/watch/ibCH2s70b7V, http://www.playvid.com/watch/iAGy0d0fcyA,
http://www.playvid.com/watch/aMBk5FHkrC8, http://www.playvid.com/watch/RaatMQdfOlZ, http://www.playvid.com/watch/wHlolzGjfgA,
http://www.playvid.com/watch/epZwbawWlBp, http://www.playvid.com/watch/qfqJ76OY2FW, http://www.playvid.com/watch/y2YOTUi6T1A,
http://www.playvid.com/watch/yotONhzXNad, http://www.playvid.com/watch/gbV9AGc6j_o, http://www.playvid.com/watch/nyKjiTH-Dtg,
http://www.playvid.com/watch/cXuOFZG3RyV, http://www.playvid.com/watch/6rjXRZe0RRY, http://www.playvid.com/watch/d_vthf_4JXf,
http://www.playvid.com/watch/xfgW5QJrN7s, http://www.playvid.com/watch/BxGkaQ-gt7y, http://www.playvid.com/watch/tt5kE3w1qk3,
http://www.playvid.com/watch/PDF_K0hbFpB, http://www.playvid.com/watch/UjIrjL3ziRN, http://www.playvid.com/watch/h2HNs5EvY6H,
http://www.playvid.com/watch/AUTU2myEbVn, http://www.playvid.com/watch/7SvKwkFyxyU, http://www.playvid.com/watch/fzATHJoxwv0,

http://www.playvid.com/watch/ddZ2AdFAR5L, http://www.playvid.com/watch/ylXQBt7HQbh, http://www.playvid.com/watch/R8Tiw6bfJ_a,
http://www.playvid.com/watch/3uXZodP7WxH, http://www.playvid.com/watch/HeTqQMi3FXd, http://www.playvid.com/watch/5krSx2gvGFm,
http://www.playvid.com/watch/G6-2SvCaNzJ, http://www.playvid.com/watch/qnhFXXbrIwG, http://www.playvid.com/watch/nXNU5MPhmjm,
http://www.playvid.com/watch/6GKvHXw96gh, http://www.playvid.com/watch/z4fXCzZHaUI, http://www.playvid.com/watch/h1uc1YQ6G_n,
http://www.playvid.com/watch/RJj5uD6g9bY, http://www.playvid.com/watch/oyh5HejMnkx, http://www.playvid.com/watch/FQjdPmiNU-Z,
http://www.playvid.com/watch/IE7kIqCOGoL, http://www.playvid.com/watch/M374Y8yaWg2, http://www.playvid.com/watch/ogZ9NXciNpZ,
http://www.playvid.com/watch/QBSr_OPiZ48, http://www.playvid.com/watch/KlfRexvngXI, http://www.playvid.com/watch/59J-IQtqgEQ,
http://www.playvid.com/watch/BOmrWMkbBt6, http://www.playvid.com/watch/E906d3FZ7Rk, http://www.playvid.com/watch/lSvfeG_I4Lc,
http://www.playvid.com/watch/Iy_pmS2IZC0, http://www.playvid.com/watch/xWKQbXh56Z8, http://www.playvid.com/watch/XMGNig0fDmW,
http://www.playvid.com/watch/6XVnISXgsUO, http://www.playvid.com/watch/mF3HCjsxjP0, http://www.playvid.com/watch/uisJfqpfaY9,
http://www.playvid.com/watch/JRLBYyK9q_v, http://www.playvid.com/watch/7MioVI8kb5T, http://www.playvid.com/watch/8EiaWk69i5u,
http://www.playvid.com/watch/pcwQCf6FlLx, http://www.playvid.com/watch/n7ujClN6ogr, http://www.playvid.com/watch/juytHS-JKeH,
http://www.playvid.com/watch/MQPywgfXPHN, http://www.playvid.com/watch/DZ-R_wHg9AH, http://www.playvid.com/watch/Cics_5J7Pme,
http://www.playvid.com/watch/BRjOhJohoGv, http://www.playvid.com/watch/Xx1rawjvUF5, http://www.playvid.com/watch/rhdhexsg4a4,
http://www.playvid.com/watch/00utz7h_hmR, http://www.playvid.com/watch/Zv2nO9bBV2r, http://www.playvid.com/watch/qRZSlGl_ERu,
http://www.playvid.com/watch/DTQ3BotjFvr, http://www.playvid.com/watch/nPgjQZYhPnj, http://www.playvid.com/watch/0fDFNR3T7UF,
http://www.playvid.com/watch/eZ-wF9Bjljo, http://www.playvid.com/watch/DP8U2yIbwRB, http://www.playvid.com/watch/Hs-sgvsUfo4,
http://www.playvid.com/watch/xomgUw7-Fts, http://www.playvid.com/watch/SWTiXgfU4R3, http://www.playvid.com/watch/BzW97jEwXxX,
http://www.playvid.com/watch/47sqrYHsG4g, http://www.playvid.com/watch/pK3PCM9GZ3S, http://www.playvid.com/watch/mPUOFqcFguF,
http://www.playvid.com/watch/dIkqZABmNDc, http://www.playvid.com/watch/ia16lPRR7Ds, http://www.playvid.com/watch/h7lR5u26fZS,
http://www.playvid.com/watch/rtHKEgdpWTF, http://www.playvid.com/watch/UULmk78C2b3, http://www.playvid.com/watch/uLXwzyQ4MVw,
http://www.playvid.com/watch/PZ6eihMFUQE, http://www.playvid.com/watch/AslCPvynfnO, http://www.playvid.com/watch/RLqDFmSaLLg,
http://www.playvid.com/watch/Nn3jB48Qt7t, http://www.playvid.com/watch/ckoeOmIZkve, http://www.playvid.com/watch/x2D0BX0_Hiy,
http://www.playvid.com/watch/M8V7IWrJ4dC, http://www.playvid.com/watch/x8lJDTXtoPO, http://www.playvid.com/watch/H_Ebpj0HpOf,
http://www.playvid.com/watch/DWQmyVBPXSW, http://www.playvid.com/watch/fP0tENg1T4V, http://www.playvid.com/watch/A86Bcwk8ZfJ,
http://www.playvid.com/watch/BYrSVVE8xIO, http://www.playvid.com/watch/HmAPbAWw4RF, http://www.playvid.com/watch/aRzRnQ4G6rO,
http://www.playvid.com/watch/9uwQgoDtxeF, http://www.playvid.com/watch/XZkvHz2MBus, http://www.playvid.com/watch/FHJIavn2HFS,
http://www.playvid.com/watch/4dnYxVThnou, http://www.playvid.com/watch/DHkWHaMjqay, http://www.playvid.com/watch/XPRGLvnrlWN,
http://www.playvid.com/watch/weM-orjtgN6, http://www.playvid.com/watch/sEJj24-lmdw, http://www.playvid.com/watch/zn5spSp5VlR,
http://www.playvid.com/watch/ah68xNobioE, http://www.playvid.com/watch/ZYw5IajikHm, http://www.playvid.com/watch/NiB4DoiBxbz,
http://www.playvid.com/watch/ujsQwOVy9RI, http://www.playvid.com/watch/O4P3cPslgee, http://www.playvid.com/watch/ze81GBm2-fL,
http://www.playvid.com/watch/cRnVT1Dxq_e, http://www.playvid.com/watch/8rb1csqrZ8r, http://www.playvid.com/watch/YUB5fKdqMp7,
http://www.playvid.com/watch/wW3yZ5Nyx5n, http://www.playvid.com/watch/LELJ4REf1AM, http://www.playvid.com/watch/esSWLEU4ddb,
http://www.playvid.com/watch/uhd9h25u2jh, http://www.playvid.com/watch/aLYFec3NZQh, http://www.playvid.com/watch/wxQMJ0zBrsI,
http://www.playvid.com/watch/LAO8ZzvwOYE, http://www.playvid.com/watch/ZtDsa_flPyx, http://www.playvid.com/watch/QDViYdzZG2c,
http://www.playvid.com/watch/pQ-3VSFm0ic, http://www.playvid.com/watch/h51O2I7Sa8Y, http://www.playvid.com/watch/ACY-an4Bavd,
http://www.playvid.com/watch/pvv20jnzoRu, http://www.playvid.com/watch/mZIwQDwN7gw, http://www.playvid.com/watch/cPgMYahxMdu,
http://www.playvid.com/watch/xBHUu782pHF, http://www.playvid.com/watch/a46jup6U8dZ, http://www.playvid.com/watch/SsKXshkiavu,
http://www.playvid.com/watch/dwBshUxfVwp, http://www.playvid.com/watch/LZ8AiYlfro8, http://www.playvid.com/watch/0sW1XZCjBlr,
http://www.playvid.com/watch/q5YIcSTVXUQ, http://www.playvid.com/watch/7ys4M5Rp07i, http://www.playvid.com/watch/Qz4fvU_jVrv,
http://www.playvid.com/watch/wcXWLC0qxEP, http://www.playvid.com/watch/QM1hG1vLajf, http://www.playvid.com/watch/zr45VEogZS7,
http://www.playvid.com/watch/LOL1OYT8kJR, http://www.playvid.com/watch/TJ1LuAz9KXZ, http://www.playvid.com/watch/GX_iPS_LlcF,
http://www.playvid.com/watch/92hzP8-ryA5, http://www.playvid.com/watch/cnOvRwyP7sD, http://www.playvid.com/watch/DhDcGJkbBev,
http://www.playvid.com/watch/99ey6QYmPKB, http://www.playvid.com/watch/oXjhJHTBYU5, http://www.playvid.com/watch/2fPY8lEkwMs,
http://www.playvid.com/watch/kGg34MZe-R3, http://www.playvid.com/watch/Vw2sXf3BPPi, http://www.playvid.com/watch/HIKcUWZIdXU,
http://www.playvid.com/watch/Sphnk6bo38s, http://www.playvid.com/watch/EAxb0cl3kcS, http://www.playvid.com/watch/oyp5kSsEUN9,
http://www.playvid.com/watch/pcb1j78tQtF, http://www.playvid.com/watch/pAfUhgK_5qI, http://www.playvid.com/watch/ZZp2BfpID_8,
http://www.playvid.com/watch/MBKXPIXi1qn, http://www.playvid.com/watch/5F1ZzkQ5wEb, http://www.playvid.com/watch/iyeNGfbDzU4,
http://www.playvid.com/watch/BVGY8210sjn, http://www.playvid.com/watch/r3AGWQ317pz, http://www.playvid.com/watch/j0dd6Zh32Nq,
http://www.playvid.com/watch/7d421H4HAbT, http://www.playvid.com/watch/6AHwtr7p6MY, http://www.playvid.com/watch/xs-uAej96mg,
http://www.playvid.com/watch/6ANnTDtQR1Z, http://www.playvid.com/watch/f5yFxoRDuQY, http://www.playvid.com/watch/3Hdzq_qaET3,
http://www.playvid.com/watch/N4CKbkyg6Wt, http://www.playvid.com/watch/BNCQM0QnWDC, http://www.playvid.com/watch/hB9s9XQa0Z3,
http://www.playvid.com/watch/FtyErIqQ_FG, http://www.playvid.com/watch/yJXWXcaNLxt, http://www.playvid.com/watch/MKdZkLjJF5Y,
http://www.playvid.com/watch/aG_DvluwxcU, http://www.playvid.com/watch/lGPEO3C1DMD, http://www.playvid.com/watch/Dd7NV-6jjbl,
http://www.playvid.com/watch/N7SaNhSwBHs, http://www.playvid.com/watch/Y_PT7o1sCMa, http://www.playvid.com/watch/LeeWwlyqRDP,
http://www.playvid.com/watch/iKLr26uhImZ, http://www.playvid.com/watch/YkgVTRZYKEm, http://www.playvid.com/watch/ldxe-YafFSa,
http://www.playvid.com/watch/5xj_U7YgUQa, http://www.playvid.com/watch/Odf4NNKwrLZ, http://www.playvid.com/watch/RN4vJoTuJdQ,
http://www.playvid.com/watch/VQYfW-Ps8S2, http://www.playvid.com/watch/4GWISzufwV5, http://www.playvid.com/watch/nhXYj2qEW0u,
http://www.playvid.com/watch/Zv-cNpsX1Yz, http://www.playvid.com/watch/bf_gfkYi-ry, http://www.playvid.com/watch/dyllBN2Bv2B,
http://www.playvid.com/watch/A0QXeXQNVQc, http://www.playvid.com/watch/giptgJYUn2O, http://www.playvid.com/watch/JNxc0GeYaFv,
http://www.playvid.com/watch/aAQhTkDtab5, http://www.playvid.com/watch/VhkBhCXqRj4, http://www.playvid.com/watch/Af5q5KcKBhL,
http://www.playvid.com/watch/nhWhpl7r8lh, http://www.playvid.com/watch/tfdLqBhnqxb, http://www.playvid.com/watch/uUL3AnT77_F,
http://www.playvid.com/watch/Tr_dAdMSna7, http://www.playvid.com/watch/y5Ul2LsATU8, http://www.playvid.com/watch/cUV3Mfo-Y1y,
http://www.playvid.com/watch/CE2IlpKoQhc, http://www.playvid.com/watch/CJPZsrN1LW0, http://www.playvid.com/watch/iDsGilxuIlM,
http://www.playvid.com/watch/v9LaJfe0gqx, http://www.playvid.com/watch/HWTatzC_vUg, http://www.playvid.com/watch/BDHE598QTNm,
http://www.playvid.com/watch/lTlpJhjOE-0, http://www.playvid.com/watch/UXBbKsJ2ET7, http://www.playvid.com/watch/JuczldKIPek,
http://www.playvid.com/watch/w906ZIT5K7B, http://www.playvid.com/watch/wUzQDPfLXoD, http://www.playvid.com/watch/MAoj5CqaeDf,
http://www.playvid.com/watch/uvDW1ciMQpP, http://www.playvid.com/watch/9C3dJEAhMpj, http://www.playvid.com/watch/CSonU1jmwF2,
http://www.playvid.com/watch/AUUrRk3oF9Z, http://www.playvid.com/watch/kKFFsP4gX1G, http://www.playvid.com/watch/ks5x7VEkyrf,
http://www.playvid.com/watch/Rht3qdkJY-J, http://www.playvid.com/watch/Wnblv6l-KyM, http://www.playvid.com/watch/fy1MZ2M6C0e,
http://www.playvid.com/watch/RpuBY6d4NWq, http://www.playvid.com/watch/HnwySMnmEbO, http://www.playvid.com/watch/VnMjp7Ri9-o,
http://www.playvid.com/watch/9gkBtmGXI73, http://www.playvid.com/watch/h-MmxGp7Nkv, http://www.playvid.com/watch/t-5Wcvy7r6k,
http://www.playvid.com/watch/T0pEgDVZba6, http://www.playvid.com/watch/rdKmbJEfCnc, http://www.playvid.com/watch/KzCE3PdJGXl,
http://www.playvid.com/watch/vG1q_iy3JWl, http://www.playvid.com/watch/rR1imgdFNOv, http://www.playvid.com/watch/BxAOzDf5IuO,
http://www.playvid.com/watch/NQzXYL2Hc_y, http://www.playvid.com/watch/JyLm4fG2exS, http://www.playvid.com/watch/dx100HV2Hns,
http://www.playvid.com/watch/iKYJiBL7esr, http://www.playvid.com/watch/9iprqQXeTG5, http://www.playvid.com/watch/wlWyK0HtiI4,
http://www.playvid.com/watch/Na3BeqzHy3t, http://www.playvid.com/watch/FWs_yJ2xjNQ, http://www.playvid.com/watch/UFSoemiSjZw,
http://www.playvid.com/watch/n1CNYIP2zNW, http://www.playvid.com/watch/y9hjv5Qu1al, http://www.playvid.com/watch/YYuWnXq_JYi,
http://www.playvid.com/watch/Zyz9Xmw7QQE, http://www.playvid.com/watch/zcVA1XntR2B, http://www.playvid.com/watch/2EiwZbFUQ99,
http://www.playvid.com/watch/WuNTn-mmG8N, http://www.playvid.com/watch/2-rQF1ASe3B, http://www.playvid.com/watch/63JjNGwqOpx,
http://www.playvid.com/watch/q8E23OYoMFN, http://www.playvid.com/watch/5HVNKmIp-yz, http://www.playvid.com/watch/0g12AQekBKz,
http://www.playvid.com/watch/WYmiAzT416Z, http://www.playvid.com/watch/J93Lh5LTaWB, http://www.playvid.com/watch/fPTG6vbG6kt,
http://www.playvid.com/watch/tX81BCeKORT, http://www.playvid.com/watch/hH8K5kFmEU3, http://www.playvid.com/watch/ysDnwd9__yN,
http://www.playvid.com/watch/dkBp4CYNM77, http://www.playvid.com/watch/fgihArdeLo7, http://www.playvid.com/watch/CQ6x5umOPcD,
http://www.playvid.com/watch/l38xS5rwJYs, http://www.playvid.com/watch/UjF-nKoB0wr, http://www.playvid.com/watch/NQcCNH14f9z,
http://www.playvid.com/watch/yb0HfeMsIbp, http://www.playvid.com/watch/Sy6588Tj6ZP, http://www.playvid.com/watch/wx_jqeR86ge,
http://www.playvid.com/watch/amXOe00Z7HY, http://www.playvid.com/watch/kkOOg8hzwoz, http://www.playvid.com/watch/EZ8IF40Tlnc,
http://www.playvid.com/watch/L38DLYfzaLZ, http://www.playvid.com/watch/CUPTR4L3UPA, http://www.playvid.com/watch/NJ0A0lSHqRX,
http://www.playvid.com/watch/jlqTDFdMkHQ, http://www.playvid.com/watch/y7tK8jlb7oq, http://www.playvid.com/watch/3Pn5BGoxAIR,
http://www.playvid.com/watch/4bMT9hJhT97, http://www.playvid.com/watch/QsbC0iB4gTB, http://www.playvid.com/watch/BLgizBBowKy,
http://www.playvid.com/watch/2horK4hzi-s, http://www.playvid.com/watch/gx0GT3Wpio4, http://www.playvid.com/watch/qpPDrLSI6qb,
http://www.playvid.com/watch/e_nY8k4FoOi, http://www.playvid.com/watch/toSIeDCfIHW, http://www.playvid.com/watch/f7ALZot_Cwa,
http://www.playvid.com/watch/FbNfDGRbjlL, http://www.playvid.com/watch/GSLaxkYP4Mf, http://www.playvid.com/watch/lM_Ne81a4Cu,
http://www.playvid.com/watch/aqBCz-KFrfU, http://www.playvid.com/watch/Ha8D895N3bE, http://www.playvid.com/watch/X2P2cDB4YzM,
http://www.playvid.com/watch/INrF6i9IYHK, http://www.playvid.com/watch/NnRL9Do4Gel, http://www.playvid.com/watch/SHZnD54AVpj,
http://www.playvid.com/watch/oZDBJZif8Yc, http://www.playvid.com/watch/m_GP7N-La1R, http://www.playvid.com/watch/yThX7MQDO1K,

http://www.playvid.com/watch/sSVJYwz8bdk, http://www.playvid.com/watch/8vaNshG4gjr, http://www.playvid.com/watch/qYfi5sQYwT0,
http://www.playvid.com/watch/4RK9fcg-5H3, http://www.playvid.com/watch/capnE9E5WbH, http://www.playvid.com/watch/8-QQkETDFLq,
http://www.playvid.com/watch/ye2FsQjyTak, http://www.playvid.com/watch/FMkA0n_3rII, http://www.playvid.com/watch/QUFSbl0VV6K,
http://www.playvid.com/watch/9PJ2QGu4Ajq, http://www.playvid.com/watch/xT8nrbvv5E8, http://www.playvid.com/watch/tCAT91gGCoz,
http://www.playvid.com/watch/O-9BC4BR72j, http://www.playvid.com/watch/T1hQl1YJycz, http://www.playvid.com/watch/pRv9sardEmh,
http://www.playvid.com/watch/NPho1lEf0ON, http://www.playvid.com/watch/86E8eQBbaji, http://www.playvid.com/watch/okz0paFmDBR,
http://www.playvid.com/watch/RWwQQWvtEgK, http://www.playvid.com/watch/kXzGa1e8t8r, http://www.playvid.com/watch/s3PyCAOxXBz,
http://www.playvid.com/watch/aMd6weDbbut, http://www.playvid.com/watch/0iw9iqEc5ln, http://www.playvid.com/watch/Mn5fOhaXqYv,
http://www.playvid.com/watch/pUDIKW11Q0S, http://www.playvid.com/watch/bCu_px7gEzf, http://www.playvid.com/watch/yZMVjVIASeW,
http://www.playvid.com/watch/U-_t6yiqtBa, http://www.playvid.com/watch/xBg9NAwMgpm, http://www.playvid.com/watch/hq6tmXbYGGy,
http://www.playvid.com/watch/ALeurbcjAUf, http://www.playvid.com/watch/pQo2QxsAJD5, http://www.playvid.com/watch/eUzmXXn2dBM,
http://www.playvid.com/watch/DUyFQygpwVO, http://www.playvid.com/watch/NDkFFplkefG, http://www.playvid.com/watch/6Xlrk9A1Zeu,
http://www.playvid.com/watch/CKrEgRO7DSY, http://www.playvid.com/watch/hrLZSqfOK-3, http://www.playvid.com/watch/Yu3X-DI49i5,
http://www.playvid.com/watch/kWQlPxMVNVl, http://www.playvid.com/watch/BmpHNPXCTAc, http://www.playvid.com/watch/szmVgGSBJDE,
http://www.playvid.com/watch/UBV909AQa75, http://www.playvid.com/watch/kqDu4jzufv2, http://www.playvid.com/watch/QKmdJ_CXhYE,
http://www.playvid.com/watch/qcIlrO7X4mh, http://www.playvid.com/watch/MfaVZzc2sG9, http://www.playvid.com/watch/ajh3d-O0Nta,
http://www.playvid.com/watch/rEQsoS3WoNn, http://www.playvid.com/watch/jZT_UKX3hNV, http://www.playvid.com/watch/MlaOpXqsSZi,
http://www.playvid.com/watch/iANJwWHg4Po, http://www.playvid.com/watch/OOWP0ZeuxOE, http://www.playvid.com/watch/wElAuZeh7uR,
http://www.playvid.com/watch/HGJdu-j04OB, http://www.playvid.com/watch/wgGDL9bgu3U, http://www.playvid.com/watch/xjXiBNRcRQu,
http://www.playvid.com/watch/jL2E4O8yYQ8, http://www.playvid.com/watch/DSLqME9lDgN, http://www.playvid.com/watch/JVsM5Eq_yhe,
http://www.playvid.com/watch/Mrl_gRNhvoK, http://www.playvid.com/watch/FPnB5bGlFPo, http://www.playvid.com/watch/VFkFmSX4Mqj,
http://www.playvid.com/watch/CIWcUyUuarb, http://www.playvid.com/watch/zUW0C52hxgt, http://www.playvid.com/watch/B0LmU1gH3Cx,
http://www.playvid.com/watch/mGuLxHZDW78, http://www.playvid.com/watch/db_etGvgMMz, http://www.playvid.com/watch/dj7X4tQ1GJu,
http://www.playvid.com/watch/v16ghG9O8It, http://www.playvid.com/watch/rN_2Bw594eG, http://www.playvid.com/watch/rUzdHtXnuyu,
http://www.playvid.com/watch/lPsVMjXkpnT, http://www.playvid.com/watch/Yq_yJQy0Ehq, http://www.playvid.com/watch/CBeKpMHnHuk,
http://www.playvid.com/watch/SOODQb5AtvL, http://www.playvid.com/watch/Yd3o3cw96-7, http://www.playvid.com/watch/Y8IwIsU5zRE,
http://www.playvid.com/watch/OSJbpAUfD5c, http://www.playvid.com/watch/OYMAaOZBh7f, http://www.playvid.com/watch/xgzp5Qhasvj,
http://www.playvid.com/watch/8czXNWiiwvn, http://www.playvid.com/watch/vICJV3hYqwK, http://www.playvid.com/watch/rN1a_mP8TaH,
http://www.playvid.com/watch/6XJSHwRpU35, http://www.playvid.com/watch/f5Atn_i_YNa, http://www.playvid.com/watch/VFIyQ7LHpac,
http://www.playvid.com/watch/Y2MpgpgollU, http://www.playvid.com/watch/PjRWIBLc9_v, http://www.playvid.com/watch/4zEhKh_pWgr,
http://www.playvid.com/watch/z67C4IJXhwC, http://www.playvid.com/watch/n_ShBGri7vC, http://www.playvid.com/watch/yS7gsYhxIjJ,
http://www.playvid.com/watch/inw8ZWKP0JQ, http://www.playvid.com/watch/afFaSJ4q1mo, http://www.playvid.com/watch/DkoQ2P0z1_S,
http://www.playvid.com/watch/ylQUwjb-3TC, http://www.playvid.com/watch/vWhlNYMCxQ8, http://www.playvid.com/watch/GHCrSScvltd,
http://www.playvid.com/watch/k2sSOCElxBj, http://www.playvid.com/watch/z6AkaNVI1LE, http://www.playvid.com/watch/Hw0llBknoMS,
http://www.playvid.com/watch/OaIHV7SLXCN, http://www.playvid.com/watch/ZOHevQJ5Vba, http://www.playvid.com/watch/hF-ttW6YTMw,
http://www.playvid.com/watch/odvcnrsJ5VA, http://www.playvid.com/watch/ZpSORPq0-Md, http://www.playvid.com/watch/GdMlsxj24ov,
http://www.playvid.com/watch/dhL4p9w-0-W, http://www.playvid.com/watch/3AtUz_g1aOS, http://www.playvid.com/watch/QACmjFh6vFC,
http://www.playvid.com/watch/fV0Yi7S84SS, http://www.playvid.com/watch/rn7Gycm5KqX, http://www.playvid.com/watch/2S6j-KbXHYl,
http://www.playvid.com/watch/ZraJzDDsgLU, http://www.playvid.com/watch/S1C_PJcm5l6, http://www.playvid.com/watch/pbI0utwRzZC,
http://www.playvid.com/watch/Wi6eDM-gXD2, http://www.playvid.com/watch/0_MBpGO0chM, http://www.playvid.com/watch/Y1OM-T4aBhc,
http://www.playvid.com/watch/LQ9hpQLJ55a, http://www.playvid.com/watch/CvqbTjiW9of, http://www.playvid.com/watch/gFqZkwktstx,
http://www.playvid.com/watch/MAKzxxQIbMi, http://www.playvid.com/watch/kzXehsz9arS, http://www.playvid.com/watch/2Ja2NlN5lzA,
http://www.playvid.com/watch/vB1SMiUZ7cC, http://www.playvid.com/watch/67dL_28bYUK, http://www.playvid.com/watch/lOzdhb_-U1Q,
http://www.playvid.com/watch/DrdGxyKtBHB, http://www.playvid.com/watch/dxmn4kPdZMq, http://www.playvid.com/watch/fA_uM3Zq9pL,
http://www.playvid.com/watch/aL51sZrat44, http://www.playvid.com/watch/sEZ1jghm9cT, http://www.playvid.com/watch/oMHk8sCGG4a,
http://www.playvid.com/watch/q4gRQw8-hwK, http://www.playvid.com/watch/2UjGMVXxB_o, http://www.playvid.com/watch/eKYHaLwlVqX,
http://www.playvid.com/watch/8WcokX49yKE, http://www.playvid.com/watch/v16NiwKeqa2, http://www.playvid.com/watch/NBybb-erqmn,
http://www.playvid.com/watch/pvrgjhGdLzY, http://www.playvid.com/watch/cdwNRJhQqJM, http://www.playvid.com/watch/DNoHkaAwZKs,
http://www.playvid.com/watch/QGImHezbG9s, http://www.playvid.com/watch/fphm7flsIzT, http://www.playvid.com/watch/P8L3AgzQqOZ,
http://www.playvid.com/watch/oYoOvNUHQWS, http://www.playvid.com/watch/M1m5IKkQvtE, http://www.playvid.com/watch/NEEPfiaeFMl,
http://www.playvid.com/watch/sm9PT8l7Ztb, http://www.playvid.com/watch/yki8gWo4EL4, http://www.playvid.com/watch/sbUFdti2rGO,
http://www.playvid.com/watch/RSBDmDUxsRG, http://www.playvid.com/watch/J29vO5R_wfp, http://www.playvid.com/watch/4YXqJbKkSMb,
http://www.playvid.com/watch/pLaVR0tXNaH, http://www.playvid.com/watch/hQTWA9PMzkI, http://www.playvid.com/watch/pNDvy-M0RPU,
http://www.playvid.com/watch/Lomjzfv0oPf, http://www.playvid.com/watch/RBpdACN5SD5, http://www.playvid.com/watch/5rGKAXhSKHT,
http://www.playvid.com/watch/pn66Jd9LzQU, http://www.playvid.com/watch/DK2tiR_aUIO, http://www.playvid.com/watch/pwpVjV2IXOj,
http://www.playvid.com/watch/m6vVynOee-a, http://www.playvid.com/watch/X1KMrxEtbWX, http://www.playvid.com/watch/fXiVs4sVI98,
http://www.playvid.com/watch/sJKqFieCNJ3, http://www.playvid.com/watch/dgwEcXTV9Gb, http://www.playvid.com/watch/dX2zXiLnpYp,
http://www.playvid.com/watch/ibzeYIBo-Uz, http://www.playvid.com/watch/ezSm-nl5hZY, http://www.playvid.com/watch/W2Ke4sBv_R0,
http://www.playvid.com/watch/XbwtLySc6xr, http://www.playvid.com/watch/FG5kyf_FqsY, http://www.playvid.com/watch/gdxgpNC6mTo,
http://www.playvid.com/watch/FlqyO0ZyUew, http://www.playvid.com/watch/MAvv7oeMtIh, http://www.playvid.com/watch/jb2ihlGFDJc,
http://www.playvid.com/watch/8PwzaAAH9R0, http://www.playvid.com/watch/dXPLRFPNFG7, http://www.playvid.com/watch/ZaualJM-NRA,
http://www.playvid.com/watch/KdWHx4cCfq7, http://www.playvid.com/watch/KLUCjq_JHiK, http://www.playvid.com/watch/sULC8uvw3O2,
http://www.playvid.com/watch/QEGZ2KNpp3f, http://www.playvid.com/watch/Nft4k0UE_sb, http://www.playvid.com/watch/qYBDcxsUHg6,
http://www.playvid.com/watch/0HRoteCrrKg, http://www.playvid.com/watch/Z2uoDwLZwVx, http://www.playvid.com/watch/AF-RvtV4RxV,
http://www.playvid.com/watch/c63OwOoHGzB, http://www.playvid.com/watch/w5wQl_0Qbx2, http://www.playvid.com/watch/ugiNQcfF4Gs,
http://www.playvid.com/watch/jhzsO3n1h3j, http://www.playvid.com/watch/JUH5AumyEm3, http://www.playvid.com/watch/3NYSztlTuTF,
http://www.playvid.com/watch/aV251U-bJbp, http://www.playvid.com/watch/Wed3rCodIzR, http://www.playvid.com/watch/lfrQYidZvVj,
http://www.playvid.com/watch/63UVUthlNFh, http://www.playvid.com/watch/VEblblxEMER, http://www.playvid.com/watch/iTrrvxtPSPm,
http://www.playvid.com/watch/EUDUcSjLB-e, http://www.playvid.com/watch/q5bRv6ZDW_0, http://www.playvid.com/watch/2Tb59uV6RRs,
http://www.playvid.com/watch/a35T-RWeUIV, http://www.playvid.com/watch/q-MeAYYIDDe, http://www.playvid.com/watch/RyWhqphMGKM,
http://www.playvid.com/watch/92Dzoi1Ya3c, http://www.playvid.com/watch/JZaMNLVkGV8, http://www.playvid.com/watch/6q7MxOb-JOx,
http://www.playvid.com/watch/JS1OD-DJz_u, http://www.playvid.com/watch/FrZ1s3H1otk, http://www.playvid.com/watch/p6j4aeFeL_L,
http://www.playvid.com/watch/XBuSP6ZBkfd, http://www.playvid.com/watch/UOmQBPnblar, http://www.playvid.com/watch/v_hjntYpWch,
http://www.playvid.com/watch/qBg2mqOwMoi, http://www.playvid.com/watch/4L1VDc_GEYW, http://www.playvid.com/watch/LovPCuS-VDg,
http://www.playvid.com/watch/dq5XOYOK_rC, http://www.playvid.com/watch/cYM5_aIQgM3, http://www.playvid.com/watch/R_6Nv67sXHB,
http://www.playvid.com/watch/l3pyj041DSP, http://www.playvid.com/watch/uUmjVMJOEB0, http://www.playvid.com/watch/WP_JOdxabgo,
http://www.playvid.com/watch/q1xMfpQM4R7, http://www.playvid.com/watch/QsU_v96G7sk, http://www.playvid.com/watch/YMl19Ri7QOD,
http://www.playvid.com/watch/aN3Fx6Lrc7v, http://www.playvid.com/watch/gtFQxPzWZKi, http://www.playvid.com/watch/0ylPkS-IKm2,
http://www.playvid.com/watch/MYNyL0GEqMj, http://www.playvid.com/watch/vCFdJCu7dPl, http://www.playvid.com/watch/M9cywbkm9tV,
http://www.playvid.com/watch/LDF6PEuOQh8, http://www.playvid.com/watch/azL9sONgr2U, http://www.playvid.com/watch/7H0maFPZuGo,
http://www.playvid.com/watch/XrdfS9ef2Rk, http://www.playvid.com/watch/z32DNn3WJKy, http://www.playvid.com/watch/aTNaLtUxwiy,
http://www.playvid.com/watch/V0eTvB07MML, http://www.playvid.com/watch/yFr5nOb7Yan, http://www.playvid.com/watch/D5x-L7S2T1x,
http://www.playvid.com/watch/OhKQ4h9drMe, http://www.playvid.com/watch/Ro-22jDHqHl, http://www.playvid.com/watch/8EGNmze3oup,
http://www.playvid.com/watch/nMg85XzsCJ3, http://www.playvid.com/watch/orPJKc1bqvf, http://www.playvid.com/watch/zEU2SnSLfTF,
http://www.playvid.com/watch/Ky0ONLf0Xfd, http://www.playvid.com/watch/38Ji6sI8Ixr, http://www.playvid.com/watch/Jz_K3Nz5uNF,
http://www.playvid.com/watch/e24fSlAXBca, http://www.playvid.com/watch/MQ22jHbrOsv, http://www.playvid.com/watch/bjWtdgWLjDS,
http://www.playvid.com/watch/gM2ZNjVeTPQ, http://www.playvid.com/watch/gjh0OAM7viN, http://www.playvid.com/watch/7Hb_9SsgrNv,
http://www.playvid.com/watch/LOzXY0z0z0f, http://www.playvid.com/watch/02OCJKJVI9l, http://www.playvid.com/watch/F8jT61SBpl6,
http://www.playvid.com/watch/KvFFiBTsUna, http://www.playvid.com/watch/NC1fIN399Ak, http://www.playvid.com/watch/QKCLc1BQsV0,
http://www.playvid.com/watch/T0FmtAE295G, http://www.playvid.com/watch/wFslKOfSV-w, http://www.playvid.com/watch/4OKMV274b8s,
http://www.playvid.com/watch/Ks2VJZm-K_s, http://www.playvid.com/watch/kAcM_I_4ZHt, http://www.playvid.com/watch/cr3fq9pXzf9,
http://www.playvid.com/watch/6AWTvKOkWeL, http://www.playvid.com/watch/iPiJqjN9tIL, http://www.playvid.com/watch/0K7OY3UwoYF,
http://www.playvid.com/watch/gvG9JDsfgaM, http://www.playvid.com/watch/D0gcmj8eENi, http://www.playvid.com/watch/JTqZG1xnxOt,
http://www.playvid.com/watch/tAZbuuwirxe, http://www.playvid.com/watch/iDo3XXW8xzv, http://www.playvid.com/watch/g6PDg42xXbV,
http://www.playvid.com/watch/6EH_omdA8tb, http://www.playvid.com/watch/u4lxYn745hB, http://www.playvid.com/watch/LPQ5ZO38YPt,
http://www.playvid.com/watch/vK2PmIn09i3, http://www.playvid.com/watch/WBY9O2vNBtE, http://www.playvid.com/watch/0ZbV5T9tQpl,

http://www.playvid.com/watch/S9m_GZAtXmx, http://www.playvid.com/watch/fMnxSqJqhEX, http://www.playvid.com/watch/LJd2lnafbxE, http://www.playvid.com/watch/MJB2uGfU8U6, http://www.playvid.com/watch/W5lCL8OoGW0, http://www.playvid.com/watch/k5KupE2tUmr, http://www.playvid.com/watch/jh1ICfoFM7v, http://www.playvid.com/watch/8wW17PRaGiY, http://www.playvid.com/watch/0UoxwDwCoJ7, http://www.playvid.com/watch/X0eqxzX29kD, http://www.playvid.com/watch/aYT40bs8JMV, http://www.playvid.com/watch/FMYAwL1j8q8, http://www.playvid.com/watch/2UiE-dym3fj, http://www.playvid.com/watch/XLh9zsBNyQg, http://www.playvid.com/watch/FepoOI5d6I2, http://www.playvid.com/watch/rgN5vj76cHl, http://www.playvid.com/watch/3XiPpJKlusZ, http://www.playvid.com/watch/M86K2qRpRIZ, http://www.playvid.com/watch/jrWmMRAWUZy, http://www.playvid.com/watch/C2vWR0SlHrv, http://www.playvid.com/watch/zdWExxMbf7b, http://www.playvid.com/watch/cTL7-xbAne8, http://www.playvid.com/watch/wFiBxvAzzs9, http://www.playvid.com/watch/2VBvU3ucAdK, http://www.playvid.com/watch/5MYfHzo83gF, http://www.playvid.com/watch/RA5JMvyZM3b, http://www.playvid.com/watch/496gIHSgyuL, http://www.playvid.com/watch/7edVC6F3pAa, http://www.playvid.com/watch/UpFHjA0KW0Z, http://www.playvid.com/watch/ZL__6LcXXqj, http://www.playvid.com/watch/hcoZudKOd72, http://www.playvid.com/watch/esEufUXI_px, http://www.playvid.com/watch/GDlCkLmDF7c, http://www.playvid.com/watch/crxmR7WrauN, http://www.playvid.com/watch/RZai7ZEHPCM, http://www.playvid.com/watch/5lPFt7rDKOy, http://www.playvid.com/watch/ir7BCiYph6l, http://www.playvid.com/watch/SrKz9o49Oxa, http://www.playvid.com/watch/Ot74riR4utW, http://www.playvid.com/watch/gUTq6ybVHZw, http://www.playvid.com/watch/NwQwVpC71gN, http://www.playvid.com/watch/uq3szZnoh7m, http://www.playvid.com/watch/ZGNDjbpzKjY, http://www.playvid.com/watch/c9kcrdEb5cN, http://www.playvid.com/watch/Ul7RJTskdcc, http://www.playvid.com/watch/S5eRkN-VwJX, http://www.playvid.com/watch/Y-mSjkCtx4h, http://www.playvid.com/watch/rvE4jjt36vu, http://www.playvid.com/watch/e_GLEejmVbj, http://www.playvid.com/watch/RLmQ82D7olP, http://www.playvid.com/watch/egeX9EKZ6ZW, http://www.playvid.com/watch/KSNiwPm3nnO, http://www.playvid.com/watch/ZCcj7a9w9fC, http://www.playvid.com/watch/Q4RNqCZpCM6, http://www.playvid.com/watch/bJng-F-QjhK, http://www.playvid.com/watch/dK4OTvcwjyX, http://www.playvid.com/watch/34b3F-9IYiO, http://www.playvid.com/watch/6IHnOiUd9Uq, http://www.playvid.com/watch/7O_663PEyIw, http://www.playvid.com/watch/DUzEXuEf-d3, http://www.playvid.com/watch/bUfJTO_ukur, http://www.playvid.com/watch/HMrCxWkftTF, http://www.playvid.com/watch/isrzt6czhw9, http://www.playvid.com/watch/levq6PijbWE, http://www.playvid.com/watch/sAM58wABNtQ, http://www.playvid.com/watch/CjwbNCra1Fj, http://www.playvid.com/watch/hqUXdB93yss, http://www.playvid.com/watch/MclFLKFAt9f, http://www.playvid.com/watch/KA5FM5uv34r, http://www.playvid.com/watch/rNw_X1DeX9L, http://www.playvid.com/watch/g6ve_U9hojG, http://www.playvid.com/watch/oPo-pD1gV7v, http://www.playvid.com/watch/5CDPQCLcpuM, http://www.playvid.com/watch/gINLLxCV9YL, http://www.playvid.com/watch/NGX4vX4an8B, http://www.playvid.com/watch/T9aP5vLqFXf, http://www.playvid.com/watch/oB4Szx6C_Lw, http://www.playvid.com/watch/Vj_AOl6ZNg4, http://www.playvid.com/watch/mUKliqeHeAw, http://www.playvid.com/watch/ictqvmRqBhA, http://www.playvid.com/watch/VxT7xcFCWIu, http://www.playvid.com/watch/bWYoohAHhIM, http://www.playvid.com/watch/i83WJ3HnZPj, http://www.playvid.com/watch/U7jy8CyrpKB, http://www.playvid.com/watch/4eyCu63141t, http://www.playvid.com/watch/k6bxZRTfeoe, http://www.playvid.com/watch/G2-FqGxwe9v, http://www.playvid.com/watch/vOBy0BXITyn, http://www.playvid.com/watch/sDriPb0PEJp, http://www.playvid.com/watch/aMSVoPGa_oE, http://www.playvid.com/watch/tzuIKXvb9M7, http://www.playvid.com/watch/I9W_OmmEdDg, http://www.playvid.com/watch/35SAt3-wEZi, http://www.playvid.com/watch/4--PA4hT_Xa, http://www.playvid.com/watch/IKPj7YkmJOJ, http://www.playvid.com/watch/D74XWkJjDDB, http://www.playvid.com/watch/WIt7nQHUC-h, http://www.playvid.com/watch/vavf78mmMgI, http://www.playvid.com/watch/zg3ZPoYuLdx, http://www.playvid.com/watch/BfUvcGrzkTH, http://www.playvid.com/watch/jpfkv8sFOgB, http://www.playvid.com/watch/x5YgHyv-Ioz, http://www.playvid.com/watch/Nfqo7FtiROE, http://www.playvid.com/watch/Xjy05kVJCFY, http://www.playvid.com/watch/7brXz7JJ7CJ, http://www.playvid.com/watch/t5FGyuKsGEd, http://www.playvid.com/watch/U8lLGC7XiCJ, http://www.playvid.com/watch/4Y3IEQysFrA, http://www.playvid.com/watch/945oyVVp4ie, http://www.playvid.com/watch/DttCbVq2Lkk, http://www.playvid.com/watch/8H9ecKTPmpH, http://www.playvid.com/watch/cgQCA2tDMnt, http://www.playvid.com/watch/HP7FOvdyO4E, http://www.playvid.com/watch/mYQIz5GqBsI, http://www.playvid.com/watch/YhtW9y-2KqP, http://www.playvid.com/watch/wZo4i0tSPwe, http://www.playvid.com/watch/SLhZhR7F7vu, http://www.playvid.com/watch/m4Ra8l2pyuw, http://www.playvid.com/watch/kM7NCBBFXZb, http://www.playvid.com/watch/W1oZxJmYC5U, http://www.playvid.com/watch/zW6yeKPTPdS, http://www.playvid.com/watch/mffI8HQ2Z6C, http://www.playvid.com/watch/9mC6pIeCfu7, http://www.playvid.com/watch/gNdRVYDdNEG, http://www.playvid.com/watch/pDRm9Jn8CYJ, http://www.playvid.com/watch/hdh75rQWqe7, http://www.playvid.com/watch/Ef8HSw20R7R, http://www.playvid.com/watch/m0Xxx0nmfRx, http://www.playvid.com/watch/g8_emsheI1H, http://www.playvid.com/watch/4GqXmmdVd_n, http://www.playvid.com/watch/GQs0gRv0Hw2, http://www.playvid.com/watch/EkyeFEdKlym, http://www.playvid.com/watch/YPpECuLhH7P, http://www.playvid.com/watch/VUyx0GTIZms, http://www.playvid.com/watch/PBVkowCDez0, http://www.playvid.com/watch/kIu-djVWDEn, http://www.playvid.com/watch/Kt1G1hWA1TG, http://www.playvid.com/watch/oEI-tHnRHsJ, http://www.playvid.com/watch/bw-cIdEmzc4, http://www.playvid.com/watch/QYhlvng5qtb, http://www.playvid.com/watch/A_-z-vg-q-0, http://www.playvid.com/watch/yPR5Xiu-5sp, http://www.playvid.com/watch/pEEzDLcQyNK, http://www.playvid.com/watch/aLZwESl-EJy, http://www.playvid.com/watch/rTunSR6T73d, http://www.playvid.com/watch/OjLA8iE1prv, http://www.playvid.com/watch/ehOEpf9t7z5, http://www.playvid.com/watch/GfanzaOCdZ3, http://www.playvid.com/watch/Aw_e7iYI6go, http://www.playvid.com/watch/3Ha-pvXv5D0, http://www.playvid.com/watch/Tqz3KA3VmTp, http://www.playvid.com/watch/iSSuNAa34wc, http://www.playvid.com/watch/yXK9T3FzGWP, http://www.playvid.com/watch/5fdj7rPUrlJ, http://www.playvid.com/watch/i8u6zFyY23H, http://www.playvid.com/watch/WHh_q_NjefQ, http://www.playvid.com/watch/cjzNmDdw-Ia, http://www.playvid.com/watch/R4a9Wao8GbJ, http://www.playvid.com/watch/YgrOodSHeWa, http://www.playvid.com/watch/c9IxHkNgFfb, http://www.playvid.com/watch/JREH4ACALwb, http://www.playvid.com/watch/7rAS-x2jQjE, http://www.playvid.com/watch/n_9RD0qOdQy, http://www.playvid.com/watch/lrmzI-TOvf2, http://www.playvid.com/watch/PF5YUUnCLHD, http://www.playvid.com/watch/g_un7C8qYdm, http://www.playvid.com/watch/JKnqVg8apbR, http://www.playvid.com/watch/cjCnyKNjwy6, http://www.playvid.com/watch/TE6ys6F9KUY, http://www.playvid.com/watch/7LnXnEMgYXA, http://www.playvid.com/watch/dxSt069UWOw, http://www.playvid.com/watch/WmL6z_NWBG8, http://www.playvid.com/watch/jfXWm4N4FKN, http://www.playvid.com/watch/pAzxCb7DGkU, http://www.playvid.com/watch/D-fUc4AWU0z, http://www.playvid.com/watch/8WvZvSPuU38, http://www.playvid.com/watch/JjNfjurACke, http://www.playvid.com/watch/rBP6pM5bXsI, http://www.playvid.com/watch/FQhWQyCXCZ6, http://www.playvid.com/watch/otLd_nO-IE5, http://www.playvid.com/watch/rcb6qDTC7GC, http://www.playvid.com/watch/IMd0KjJkSlZ, http://www.playvid.com/watch/JJ_PPYtawES, http://www.playvid.com/watch/BtsC7m7jQAr, http://www.playvid.com/watch/sxoGszED367, http://www.playvid.com/watch/pYzbPcy0VrZ, http://www.playvid.com/watch/FBi8xW5LshH, http://www.playvid.com/watch/UL0qZgphCM0, http://www.playvid.com/watch/dE4K_6K4EZi, http://www.playvid.com/watch/aib_hNbIUaZ, http://www.playvid.com/watch/whEnl0E-Dgd, http://www.playvid.com/watch/v2fKXi-2GPv, http://www.playvid.com/watch/jvSz6EXIc7J, http://www.playvid.com/watch/226HCq8pTVo, http://www.playvid.com/watch/5LJiTIhrO8i, http://www.playvid.com/watch/79ohhSRtegr, http://www.playvid.com/watch/rnYmGqhnRBc, http://www.playvid.com/watch/ywLWP1XJjsL, http://www.playvid.com/watch/onXh_PpN6Fd, http://www.playvid.com/watch/m1i-rKiTneE, http://www.playvid.com/watch/XbU-zCYWvST, http://www.playvid.com/watch/tYPpVvIcjR6, http://www.playvid.com/watch/eiecl3U0mTo, http://www.playvid.com/watch/l3pYW4zkJPO, http://www.playvid.com/watch/5k19hdWogAj, http://www.playvid.com/watch/y-vmubyyaWx, http://www.playvid.com/watch/6OPfe5qzm3N, http://www.playvid.com/watch/tLNFqTGW0Dv, http://www.playvid.com/watch/4pHjJmIQltP, http://www.playvid.com/watch/ckgbEziP73n, http://www.playvid.com/watch/oJLtjLoLAy5, http://www.playvid.com/watch/gZ4RG2pC-sO, http://www.playvid.com/watch/oncLiLiOv-j, http://www.playvid.com/watch/ObQdFtdT0Qu, http://www.playvid.com/watch/q5v6UBXrgIt, http://www.playvid.com/watch/FCiPTaSiDjr, http://www.playvid.com/watch/q8b90XhzhLH, http://www.playvid.com/watch/QiKNFtfJw2z, http://www.playvid.com/watch/uELmvJarbDD, http://www.playvid.com/watch/p8vU5ZlwZrZ, http://www.playvid.com/watch/IPqtlZ6tQ8l, http://www.playvid.com/watch/SZnoW_VXUAz, http://www.playvid.com/watch/2KNf5Y3Lac2, http://www.playvid.com/watch/E3auP7HoeaO, http://www.playvid.com/watch/m-YemW9qvBW, http://www.playvid.com/watch/E245OjShiYU, http://www.playvid.com/watch/zOvHJUNEAP6, http://www.playvid.com/watch/coC1eodU9qV, http://www.playvid.com/watch/wzq4qoPX4_2, http://www.playvid.com/watch/UN0c_piynH7, http://www.playvid.com/watch/yyY8GJb_oAN, http://www.playvid.com/watch/cjSlopkf3z2, http://www.playvid.com/watch/8M_fpNIsna4, http://www.playvid.com/watch/kC3eXQbHgZs, http://www.playvid.com/watch/nCxZITUJ7fg, http://www.playvid.com/watch/267Tdl24plt, http://www.playvid.com/watch/7NPIIroGRl9, http://www.playvid.com/watch/b8xfmuRp6sO, http://www.playvid.com/watch/OWPfQ09ScMd, http://www.playvid.com/watch/k492C9GNXLw, http://www.playvid.com/watch/jUA9bjiR5sO, http://www.playvid.com/watch/md9G_XtRDhX, http://www.playvid.com/watch/HmrVCGh2KJE, http://www.playvid.com/watch/7b4Agk56h1J, http://www.playvid.com/watch/RFGWA_y7f1i, http://www.playvid.com/watch/ynBKLFAMLfJ, http://www.playvid.com/watch/81eR3is49oJ, http://www.playvid.com/watch/ugaPnjFH_eV, http://www.playvid.com/watch/E0mfr75ZS69, http://www.playvid.com/watch/WKtb9fBSaoS, http://www.playvid.com/watch/LrS-0d5fzJR, http://www.playvid.com/watch/wWGfRoxMb5e, http://www.playvid.com/watch/ia0asxiAAoT, http://www.playvid.com/watch/CALj8AxZn7J, http://www.playvid.com/watch/CShR16mW9y5, http://www.playvid.com/watch/Pgvk8m0Kg5G, http://www.playvid.com/watch/pCM0oLYvNz0, http://www.playvid.com/watch/r_sPzpgoXW2, http://www.playvid.com/watch/6bFQKFi58ZJ, http://www.playvid.com/watch/jLvR8I-7wxk, http://www.playvid.com/watch/rX7AhGYXnpL, http://www.playvid.com/watch/s6NBA6OfsWm, http://www.playvid.com/watch/CCi4t64xDXb, http://www.playvid.com/watch/aIrtASaSG1D, http://www.playvid.com/watch/q1251AZ_M6U, http://www.playvid.com/watch/D5jn4wYMVuU, http://www.playvid.com/watch/auiv4EVhJgi, http://www.playvid.com/watch/YCZ8UAGPTrF, http://www.playvid.com/watch/LgiLIy98k0T, http://www.playvid.com/watch/N9qBDgpK5wy, http://www.playvid.com/watch/ekpVfqLuJ7r, http://www.playvid.com/watch/4Z1xx8dGJTf, http://www.playvid.com/watch/b2_SDoAm3NY, http://www.playvid.com/watch/cKDhu6yzi8k, http://www.playvid.com/watch/YSESulO7Sus, http://www.playvid.com/watch/35wxLmXz1Yd, http://www.playvid.com/watch/fUG9zYHcKSA, http://www.playvid.com/watch/tBi83Cna3vU, http://www.playvid.com/watch/kbprlLubjkm, http://www.playvid.com/watch/nCVsdL9dINa, http://www.playvid.com/watch/DQQjwqwMr3t, http://www.playvid.com/watch/x3pSvzdra_R, http://www.playvid.com/watch/8jhpDZypUso, http://www.playvid.com/watch/ADXxp8QyM27, http://www.playvid.com/watch/qsnRMn-TTsP, http://www.playvid.com/watch/xNYSMdDGXpo, http://www.playvid.com/watch/bFyfdIAENVt, http://www.playvid.com/watch/m-A-nTLQISg,

http://www.playvid.com/watch/SsQV_r2X3WV, http://www.playvid.com/watch/beeVuUJbUCI, http://www.playvid.com/watch/ame4ZsMm25Y,
http://www.playvid.com/watch/CaKeItQyzxQ, http://www.playvid.com/watch/Smcw05GGRAs, http://www.playvid.com/watch/ZOm-31gfFKA,
http://www.playvid.com/watch/84EeDlVzmNP, http://www.playvid.com/watch/PE1I1MCxbHq, http://www.playvid.com/watch/qd2ybKL8dov,
http://www.playvid.com/watch/ZDUCr4YVqHh, http://www.playvid.com/watch/JyZVHZWCWIk, http://www.playvid.com/watch/Lt81eBfQ62b,
http://www.playvid.com/watch/GSsCAKh0yNn, http://www.playvid.com/watch/bEJv45b-VzL, http://www.playvid.com/watch/VsjA8bt_r-t,
http://www.playvid.com/watch/kDhpA_8TloB, http://www.playvid.com/watch/l-nn030FKIV, http://www.playvid.com/watch/sVywPJMcCMp,
http://www.playvid.com/watch/QKlvYRS9NJe, http://www.playvid.com/watch/FX9-m2BBAyC, http://www.playvid.com/watch/yyhuZcw4K2t,
http://www.playvid.com/watch/I1S4ExI3Wtf, http://www.playvid.com/watch/y9CvHVsmufE, http://www.playvid.com/watch/nGTYZ0zCMQp,
http://www.playvid.com/watch/dCdn1gk_puw, http://www.playvid.com/watch/aNERMfPOOn4, http://www.playvid.com/watch/bZx43DgtTWZ,
http://www.playvid.com/watch/MXzUfusXfBh, http://www.playvid.com/watch/xKoUkCVP6nM, http://www.playvid.com/watch/aAZcGFLCXKZ,
http://www.playvid.com/watch/vhFd7R77rBC, http://www.playvid.com/watch/hc5TRKvBn6X, http://www.playvid.com/watch/ssuaOQeMtK4,
http://www.playvid.com/watch/7zvv75S5LDF, http://www.playvid.com/watch/alFxs0bstcm, http://www.playvid.com/watch/WQiWQsgPI4c,
http://www.playvid.com/watch/o6hv7_SQQNe, http://www.playvid.com/watch/nHrtKZQ4h8n, http://www.playvid.com/watch/oAfiruDX2h5,
http://www.playvid.com/watch/69vhrdDrxFM, http://www.playvid.com/watch/QMn2yeCZj6V, http://www.playvid.com/watch/0d365gIp3tN,
http://www.playvid.com/watch/dwxZ1E9gGeT, http://www.playvid.com/watch/M_2SnYNupUQ, http://www.playvid.com/watch/dp3l8rrvoBI,
http://www.playvid.com/watch/jrIFy-wvsd7, http://www.playvid.com/watch/t0u6JzjbUf5, http://www.playvid.com/watch/lNLAH32w8i3,
http://www.playvid.com/watch/s3DX-ZZlk2s, http://www.playvid.com/watch/LBXkj_gz7a9, http://www.playvid.com/watch/cB1doL3CmAq,
http://www.playvid.com/watch/4WCaw72VA5f, http://www.playvid.com/watch/fWdHvv40dZs, http://www.playvid.com/watch/JfXWfEo1BKK,
http://www.playvid.com/watch/GwRnlowMVyS, http://www.playvid.com/watch/dWBuMhPgOKI, http://www.playvid.com/watch/wTUi3DVkdRR,
http://www.playvid.com/watch/vgtwIhyNYlK, http://www.playvid.com/watch/HDjH5jLfTbN, http://www.playvid.com/watch/obT2_VB8L_u,
http://www.playvid.com/watch/7w9ex5rgE2b, http://www.playvid.com/watch/hF4uQ4k4XNj, http://www.playvid.com/watch/yisPT2VZYtG,
http://www.playvid.com/watch/t2xpRY4puST, http://www.playvid.com/watch/GYnmr4ICpVb, http://www.playvid.com/watch/a1V-kTlnXlm,
http://www.playvid.com/watch/ke0ndfKVDYt, http://www.playvid.com/watch/r8m7mS2ppFg, http://www.playvid.com/watch/onX1k8YBazv,
http://www.playvid.com/watch/Xy0e17x7_3o, http://www.playvid.com/watch/JbvwXPA-JOP, http://www.playvid.com/watch/n6SsQPdCEB2,
http://www.playvid.com/watch/l30ttX7-cPi, http://www.playvid.com/watch/Eiq2W847cut, http://www.playvid.com/watch/JW3W7R1Y0Fr,
http://www.playvid.com/watch/C81DQKazZfM, http://www.playvid.com/watch/4lqvXogmMql, http://www.playvid.com/watch/YQJtKiESlGq,
http://www.playvid.com/watch/8hDcAlBsmWO, http://www.playvid.com/watch/PcutIyf1d8Y, http://www.playvid.com/watch/YN3EcUek1Z4,
http://www.playvid.com/watch/eIDHsnyvLyA, http://www.playvid.com/watch/4mcG4CoWc48, http://www.playvid.com/watch/m6m4--chqsK,
http://www.playvid.com/watch/h0PXZ4hYOav, http://www.playvid.com/watch/tG2_phGuKpa, http://www.playvid.com/watch/B6_xwKdoDiv,
http://www.playvid.com/watch/6LYmqGLkPdy, http://www.playvid.com/watch/wzN6V6LzP3m, http://www.playvid.com/watch/XavlrR-rOZF,
http://www.playvid.com/watch/2-ggzBVH_Xt, http://www.playvid.com/watch/IZlX7pV7xO3, http://www.playvid.com/watch/839mHA-6c1K,
http://www.playvid.com/watch/5TiRBdzzsin, http://www.playvid.com/watch/fXxQe76ytPM, http://www.playvid.com/watch/Ua_50NiYShl,
http://www.playvid.com/watch/24MY82Mq0Po, http://www.playvid.com/watch/vrAr0UJEvdh, http://www.playvid.com/watch/5noOpUHm6or,
http://www.playvid.com/watch/kHwpSXp-gCM, http://www.playvid.com/watch/KziOWwhxh0S, http://www.playvid.com/watch/TfsoRnrsFGP,
http://www.playvid.com/watch/ICyz87qoiaM, http://www.playvid.com/watch/E5ExiWlOVZm, http://www.playvid.com/watch/ta49U4PiSwT,
http://www.playvid.com/watch/Db_tbEdr2nJ, http://www.playvid.com/watch/NqLDRE76vI8, http://www.playvid.com/watch/Lw18T32BJge,
http://www.playvid.com/watch/j-aOfho8U6w, http://www.playvid.com/watch/Pn_Hx6_qEAK, http://www.playvid.com/watch/Z4Hcwl3Id-f,
http://www.playvid.com/watch/pzn_bXvTLib, http://www.playvid.com/watch/yKXg4Mg8ngW, http://www.playvid.com/watch/6Tn8cKIxJaf,
http://www.playvid.com/watch/xMdRZK18AIN, http://www.playvid.com/watch/xehoR5GZwDi, http://www.playvid.com/watch/nZIGbZmAuxg,
http://www.playvid.com/watch/F8QnQfgBTS5, http://www.playvid.com/watch/eCNBpSn9iok, http://www.playvid.com/watch/gAs7wWfC4bP,
http://www.playvid.com/watch/o8yg2oQQedZ, http://www.playvid.com/watch/hEZI0u6aooK, http://www.playvid.com/watch/89IiYo6ER5A,
http://www.playvid.com/watch/XqeS0aiONrn, http://www.playvid.com/watch/FV2hSB-iiU7, http://www.playvid.com/watch/98bimgudt0a,
http://www.playvid.com/watch/Vyr1NUbgiBt, http://www.playvid.com/watch/7H4EVnZG6SA, http://www.playvid.com/watch/Str2tntqEWd,
http://www.playvid.com/watch/HKoUR9JFiUT, http://www.playvid.com/watch/5xx3tvK68gz, http://www.playvid.com/watch/ziGRBkhJPaj,
http://www.playvid.com/watch/M3YMUYENprv, http://www.playvid.com/watch/WxUnfYneDp2, http://www.playvid.com/watch/zUbgaAPwFKq,
http://www.playvid.com/watch/w3BGOlJBK3l, http://www.playvid.com/watch/X1ZHErw4y5Y, http://www.playvid.com/watch/L1DFfEt8F3L,
http://www.playvid.com/watch/YI9PMAM5vlU, http://www.playvid.com/watch/GjD7lY5gbjS, http://www.playvid.com/watch/rxZBNUxxJFy,
http://www.playvid.com/watch/81hV8FgMTTX, http://www.playvid.com/watch/iGMlOrA6mU9, http://www.playvid.com/watch/yCDePRtJWNs,
http://www.playvid.com/watch/Qu2ACuM8IcN, http://www.playvid.com/watch/jTUdsCTTM3O, http://www.playvid.com/watch/xYZrpPCtwuZ,
http://www.playvid.com/watch/xOnrPGJoF3k, http://www.playvid.com/watch/98cZe_Wbghd, http://www.playvid.com/watch/x3x1qP_L2ei,
http://www.playvid.com/watch/mKWiw2R9eyo, http://www.playvid.com/watch/EmOz1GdBK9p, http://www.playvid.com/watch/44wQ3Ygwgwn,
http://www.playvid.com/watch/VHWm6tswBcf, http://www.playvid.com/watch/W-Vr5MqRj_L, http://www.playvid.com/watch/adwaNRBzq2S,
http://www.playvid.com/watch/HEFJwV97fZt, http://www.playvid.com/watch/R8PMdFtiFJj, http://www.playvid.com/watch/nit5U8DOP6P,
http://www.playvid.com/watch/0Q-sOY0J5U7, http://www.playvid.com/watch/Tzp2b107hVF, http://www.playvid.com/watch/587zEJdKS-s,
http://www.playvid.com/watch/8DI5UoC9cIC, http://www.playvid.com/watch/JY1azQDjEkE, http://www.playvid.com/watch/CjvSfNhcPQL,
http://www.playvid.com/watch/N3HrCj2IZRt, http://www.playvid.com/watch/PrV5v-s505j, http://www.playvid.com/watch/d3Npuk4JUEX,
http://www.playvid.com/watch/l09d7wSYouW, http://www.playvid.com/watch/uS3CVMOb-MU, http://www.playvid.com/watch/fsXP7dq4P9q,
http://www.playvid.com/watch/ipRTLOu1__f, http://www.playvid.com/watch/mFRhpzvrUOC, http://www.playvid.com/watch/5a-K7rzIDRG,
http://www.playvid.com/watch/KI8Wo2sBOtZ, http://www.playvid.com/watch/ccPHWlC9DZw, http://www.playvid.com/watch/dX78vl6VSDk,
http://www.playvid.com/watch/Cc0nKFDSeTV, http://www.playvid.com/watch/QJMlOsuVw0Y, http://www.playvid.com/watch/tsatiHayOiI,
http://www.playvid.com/watch/YnoHZVzkGVA, http://www.playvid.com/watch/heRH16ilJYC, http://www.playvid.com/watch/PFPB0-zbXHi,
http://www.playvid.com/watch/mgaQphKENq5, http://www.playvid.com/watch/5HlawgqgkSV, http://www.playvid.com/watch/3Ft9XyPfGCv,
http://www.playvid.com/watch/IsqUSGHzMjS, http://www.playvid.com/watch/Cpcyu4acOdE, http://www.playvid.com/watch/GjX69xvKYH3,
http://www.playvid.com/watch/jSQntXAs_9N, http://www.playvid.com/watch/mxs1oPJTj3m, http://www.playvid.com/watch/e-ekhEatqc0,
http://www.playvid.com/watch/OwvBSsuTuOP, http://www.playvid.com/watch/cG25BJAALXE, http://www.playvid.com/watch/alubWsyVhD8,
http://www.playvid.com/watch/yRYPBI96g6z, http://www.playvid.com/watch/eLAZNewaDQ5, http://www.playvid.com/watch/nwqnSpfVoMG,
http://www.playvid.com/watch/nj3L92CmYO2, http://www.playvid.com/watch/FcCaAVwnrsy, http://www.playvid.com/watch/hFM_MnJqKj6,
http://www.playvid.com/watch/2k4dko2D8sK, http://www.playvid.com/watch/8KkarlS-0iM, http://www.playvid.com/watch/FEAKn7Zwi27,
http://www.playvid.com/watch/JVMHxL9s1wY, http://www.playvid.com/watch/8oh8z0E2mSn, http://www.playvid.com/watch/S8j6yIc1rFU,
http://www.playvid.com/watch/45xcxKUrNaM, http://www.playvid.com/watch/Bt3suXhlk_x, http://www.playvid.com/watch/rF5mo23gS_Y,
http://www.playvid.com/watch/gwPbGcMXHRZ, http://www.playvid.com/watch/7E3AT2XosXN, http://www.playvid.com/watch/sZqNUWAHkWI,
http://www.playvid.com/watch/uLeKsDQ6vUf, http://www.playvid.com/watch/L1dwBO-ARW8, http://www.playvid.com/watch/v7_uZ0Q_u9J,
http://www.playvid.com/watch/DhQCwhpLtWT, http://www.playvid.com/watch/sJaamwMgzpC, http://www.playvid.com/watch/CFj-C5_bm6l,
http://www.playvid.com/watch/NZ2kY3aiTaU, http://www.playvid.com/watch/Vt98aDLh7Sx, http://www.playvid.com/watch/O29Of2qwsKv,
http://www.playvid.com/watch/TNo5RP7OYrZ, http://www.playvid.com/watch/vrCgNxhJ0X5, http://www.playvid.com/watch/LemwKPvSAjC,
http://www.playvid.com/watch/gG-LveO9FDt, http://www.playvid.com/watch/oYWKEz6IV4a, http://www.playvid.com/watch/E4RGriDbgyM,
http://www.playvid.com/watch/L0boLtLWhwR, http://www.playvid.com/watch/UNWcYnYIviQ, http://www.playvid.com/watch/JE99rEXwqmH,
http://www.playvid.com/watch/XZ9RhgDtUTw, http://www.playvid.com/watch/47Od6Oiq0wS, http://www.playvid.com/watch/TqxyHslFjSQ,
http://www.playvid.com/watch/GaD5F-0p7gi, http://www.playvid.com/watch/yCet0pS4rwZ, http://www.playvid.com/watch/uDgehkw3b8I,
http://www.playvid.com/watch/HLy5hfClCrX, http://www.playvid.com/watch/vDUV2C9Ho63, http://www.playvid.com/watch/bP_LtXsz3gl,
http://www.playvid.com/watch/8emA5K348vY, http://www.playvid.com/watch/nP6-p5S_ic3, http://www.playvid.com/watch/pXE413CQJAP,
http://www.playvid.com/watch/zW6Wvqlz02l, http://www.playvid.com/watch/XyO231By18v, http://www.playvid.com/watch/HST1fNXBm7M,
http://www.playvid.com/watch/pKG3L-h-_pp, http://www.playvid.com/watch/UruHDrhHZXs, http://www.playvid.com/watch/2Q_M9ACn2dx,
http://www.playvid.com/watch/W9lxX0lm2Wc, http://www.playvid.com/watch/0juOEksCCTP, http://www.playvid.com/watch/QFxYIJ5J-aC,
http://www.playvid.com/watch/b6aqbqwqCW6, http://www.playvid.com/watch/FORINXEKIPg, http://www.playvid.com/watch/ffOh8ykuoO3,
http://www.playvid.com/watch/fMjgYlr7psq, http://www.playvid.com/watch/IdTlQqfuwq5, http://www.playvid.com/watch/WILIUJ75CfT,
http://www.playvid.com/watch/F_P6f6tyOI3, http://www.playvid.com/watch/XA2y7V5PX4G, http://www.playvid.com/watch/32tOM1EyycG,
http://www.playvid.com/watch/JGlL8RLRjZ5, http://www.playvid.com/watch/fZWmBf6njmL, http://www.playvid.com/watch/Ohxf_6-AOVP,
http://www.playvid.com/watch/0IenEl5e2eB, http://www.playvid.com/watch/Fd8hXROy-Sv, http://www.playvid.com/watch/TPn_pKq72e7,
http://www.playvid.com/watch/FltTiTULJzP, http://www.playvid.com/watch/seqIPqhKuUt, http://www.playvid.com/watch/AQzQmpEuKPf,
http://www.playvid.com/watch/ofhB-ta40NS, http://www.playvid.com/watch/lmTp_jetSgb, http://www.playvid.com/watch/tc99FHxCHfu,
http://www.playvid.com/watch/rSfek9v305N, http://www.playvid.com/watch/sjgMSHvrpoz, http://www.playvid.com/watch/lfA_Byvq-AA,
http://www.playvid.com/watch/3KVWp-rRxM0, http://www.playvid.com/watch/i76A7nw0nlP, http://www.playvid.com/watch/dINgTWkdrs6,
http://www.playvid.com/watch/vsYek-VgcRJ, http://www.playvid.com/watch/r17d6lpyjdg, http://www.playvid.com/watch/4uDn1TTDkVo,
http://www.playvid.com/watch/k15OOleD3WQ, http://www.playvid.com/watch/ZlbRCsCByOm, http://www.playvid.com/watch/8-TVUr2RCaS,
http://www.playvid.com/watch/tmAF0n-8pW9, http://www.playvid.com/watch/reuFbQUaCGZ, http://www.playvid.com/watch/qcTBgZRAu5g,

http://www.playvid.com/watch/JezX3MHaVin, http://www.playvid.com/watch/6bru465BbIJ, http://www.playvid.com/watch/gObUdlTr-Jo,
http://www.playvid.com/watch/iLdBSWe7JVN, http://www.playvid.com/watch/0CeSy1uMnGQ, http://www.playvid.com/watch/uDTbM3djpbv,
http://www.playvid.com/watch/RX6rLKfwh6d, http://www.playvid.com/watch/klNg7oj0ZYy, http://www.playvid.com/watch/qu-4bo2YLVr,
http://www.playvid.com/watch/dM_5qZ6BEm3, http://www.playvid.com/watch/lPbwHF28ZtH, http://www.playvid.com/watch/6HYniTLdZYq,
http://www.playvid.com/watch/jAX_FlZa0Tw, http://www.playvid.com/watch/S8q7q9aqhRq, http://www.playvid.com/watch/uyueaAgLgRZ,
http://www.playvid.com/watch/DcH2OAPk7Qi, http://www.playvid.com/watch/iR4EIdj6Tso, http://www.playvid.com/watch/m3WzTosAXb9,
http://www.playvid.com/watch/nD_k5c-PfsV, http://www.playvid.com/watch/xa-1AKSh54S, http://www.playvid.com/watch/Z9oIycI5K2S,
http://www.playvid.com/watch/mq3u_XtX_Vn, http://www.playvid.com/watch/caAKwU8UzKj, http://www.playvid.com/watch/slCnB5VC5PH,
http://www.playvid.com/watch/QzZb-Hvz_9j, http://www.playvid.com/watch/aYVlSrcJhaR, http://www.playvid.com/watch/dWewNFTyjdp,
http://www.playvid.com/watch/7kwF5PNSZ4T, http://www.playvid.com/watch/TrUMkFzLHjw, http://www.playvid.com/watch/gRltk-F08vv,
http://www.playvid.com/watch/q6btiTsPreG, http://www.playvid.com/watch/Y1mQp8_gwrL, http://www.playvid.com/watch/ojVbY0Bbnku,
http://www.playvid.com/watch/M2cFP_fg9-S, http://www.playvid.com/watch/FoNdkJPCK0y, http://www.playvid.com/watch/CThrg_SGj98,
http://www.playvid.com/watch/DkaGDoJowWs, http://www.playvid.com/watch/KrjUEN1j0NV, http://www.playvid.com/watch/bpB3IIPwb4b,
http://www.playvid.com/watch/E7TfeAPAoQw, http://www.playvid.com/watch/2iEAyRxOhlH, http://www.playvid.com/watch/MMZdDmX1yhT,
http://www.playvid.com/watch/WGEKD-aDcAr, http://www.playvid.com/watch/kY7b6SgPLqk, http://www.playvid.com/watch/jKrRBkddIFl,
http://www.playvid.com/watch/32_2AJMqkwV, http://www.playvid.com/watch/UFe96UO9GTM, http://www.playvid.com/watch/THlCg-R6_EG,
http://www.playvid.com/watch/rlOmhuIqz68, http://www.playvid.com/watch/tZQmtjbmtNh, http://www.playvid.com/watch/TyTZae9_Uw5,
http://www.playvid.com/watch/JGwk-2YcBwk, http://www.playvid.com/watch/7Z1pYD_KW3Q, http://www.playvid.com/watch/bEFfg-5GaYG,
http://www.playvid.com/watch/Yp0cKqup5R2, http://www.playvid.com/watch/wK5ieqELu-x, http://www.playvid.com/watch/2pRX1Ttz51t,
http://www.playvid.com/watch/FZRXAo72RMq, http://www.playvid.com/watch/6Xi0ORQ9aQ5, http://www.playvid.com/watch/87Y6_GdZMlK,
http://www.playvid.com/watch/3A6JysK_ltB, http://www.playvid.com/watch/CaGWM_r933Q, http://www.playvid.com/watch/s9zK-gigXwU,
http://www.playvid.com/watch/RIQJtn4NrLU, http://www.playvid.com/watch/s7rhqqZp-rl, http://www.playvid.com/watch/JQ52mDq1NXd,
http://www.playvid.com/watch/wPsboevUp6K, http://www.playvid.com/watch/7zZbmDmS9sA, http://www.playvid.com/watch/gTrctqx-Ey7,
http://www.playvid.com/watch/bGXKKd6V0_p, http://www.playvid.com/watch/jmWErLhLDPC, http://www.playvid.com/watch/gJ5Kxkm7WGd,
http://www.playvid.com/watch/Ogcq224-tOv, http://www.playvid.com/watch/hVayFBDcpm7, http://www.playvid.com/watch/I49tTcqw3bm,
http://www.playvid.com/watch/rcvVF4QGtV5, http://www.playvid.com/watch/TZ3VM0wzFxi, http://www.playvid.com/watch/rOsCYb3o6bF,
http://www.playvid.com/watch/ECL32dE-1Y4, http://www.playvid.com/watch/xlTuz5ovgco, http://www.playvid.com/watch/fs92Ey42Ght,
http://www.playvid.com/watch/qv1EbkU4TUz, http://www.playvid.com/watch/DpkOUcdG7sw, http://www.playvid.com/watch/VQxZzAyoAFN,
http://www.playvid.com/watch/VSzDgJjXLA9, http://www.playvid.com/watch/m1xF7i1iRJJ, http://www.playvid.com/watch/yGIJAZBHVn4,
http://www.playvid.com/watch/Fk_05aQCY0v, http://www.playvid.com/watch/DshrflAfVYN, http://www.playvid.com/watch/Ax7CcV6bA8L,
http://www.playvid.com/watch/dxi80UgKu7Q, http://www.playvid.com/watch/DXrdTfGEyf0, http://www.playvid.com/watch/4S2rC1kIb2y,
http://www.playvid.com/watch/yYZXcQ60hLK, http://www.playvid.com/watch/pV8xgBepPzK, http://www.playvid.com/watch/DJ8zernpD6h,
http://www.playvid.com/watch/hFx9WWUBOXh, http://www.playvid.com/watch/9bCBUJG7h0k, http://www.playvid.com/watch/KuJrtVS4U5b,
http://www.playvid.com/watch/CNEPxYL5FrK, http://www.playvid.com/watch/KELa7mTcvbL, http://www.playvid.com/watch/qDJJJf1mh_M,
http://www.playvid.com/watch/b0DctJQT0pX, http://www.playvid.com/watch/r3ZlsKBqmUx, http://www.playvid.com/watch/ovCXlzazJdd,
http://www.playvid.com/watch/5zoOhYO3QWH, http://www.playvid.com/watch/n8_Jry-kd7J, http://www.playvid.com/watch/ZxewDiH7bjG,
http://www.playvid.com/watch/HWgGL56aCa8, http://www.playvid.com/watch/KebLkdyPthH, http://www.playvid.com/watch/S9f3bn8elHx,
http://www.playvid.com/watch/523w75wVP80, http://www.playvid.com/watch/ixOY_CXX66Z, http://www.playvid.com/watch/JEbUNkRDYVG,
http://www.playvid.com/watch/xEr8uzbRf9T, http://www.playvid.com/watch/5a8AS7cbomI, http://www.playvid.com/watch/3TrJSj7X2GR,
http://www.playvid.com/watch/LJptiUP6Yx4, http://www.playvid.com/watch/03GyJJNteIF, http://www.playvid.com/watch/bgFjlUrYXzK,
http://www.playvid.com/watch/Clp1XxL-Exz, http://www.playvid.com/watch/5WLnocv9uAl, http://www.playvid.com/watch/C1g-7rxyQrJ,
http://www.playvid.com/watch/2PpsLzdd75V, http://www.playvid.com/watch/AmQ-ngYSAop, http://www.playvid.com/watch/C_c5Jex4xWP,
http://www.playvid.com/watch/Sr1QBsZZFq0, http://www.playvid.com/watch/T83Utr5lEAv, http://www.playvid.com/watch/b1OhBQRDbCY,
http://www.playvid.com/watch/yhN_KM62J2n, http://www.playvid.com/watch/lSzreueBmEu, http://www.playvid.com/watch/ISJocxCpBqA,
http://www.playvid.com/watch/fg6qNDim6mq, http://www.playvid.com/watch/8JmEQmJ52HM, http://www.playvid.com/watch/GI4DWZBUTtj,
http://www.playvid.com/watch/vewdOmSeE_S, http://www.playvid.com/watch/xR9QLtUHXqv, http://www.playvid.com/watch/Ya8RN8-mpet,
http://www.playvid.com/watch/zvExNhC4Njc, http://www.playvid.com/watch/XwkRwT3vgVn, http://www.playvid.com/watch/DY-7CQA_2nq,
http://www.playvid.com/watch/L_Wm0K0nJfr, http://www.playvid.com/watch/G48X1l28knG, http://www.playvid.com/watch/5CtL_v3drhR,
http://www.playvid.com/watch/r7s6jbHQhnt, http://www.playvid.com/watch/yytlugXPZTi, http://www.playvid.com/watch/S3enao01gXV,
http://www.playvid.com/watch/TkVAGB7eSGy, http://www.playvid.com/watch/GqV3Y33LTmK, http://www.playvid.com/watch/g0kSLVyMOh2,
http://www.playvid.com/watch/4QnYIhTNXCH, http://www.playvid.com/watch/GQ_Bwn1fYbx, http://www.playvid.com/watch/HlhalmuYmcy,
http://www.playvid.com/watch/AZdfpZp-3fp, http://www.playvid.com/watch/9OZkv3pGxSo, http://www.playvid.com/watch/kvFvtKKX4cj,
http://www.playvid.com/watch/xF_DmBBQR4l, http://www.playvid.com/watch/Vf9p8XZ_jcY, http://www.playvid.com/watch/NdL05PNHLIW,
http://www.playvid.com/watch/9igk2CjCvjb, http://www.playvid.com/watch/l65BdQ_qw5w, http://www.playvid.com/watch/LeX194Q6DBS,
http://www.playvid.com/watch/bfnP2OsZxYa, http://www.playvid.com/watch/ei_-Xs1ttsF, http://www.playvid.com/watch/Bq1L4tk0bot,
http://www.playvid.com/watch/0ASyiofVQCX, http://www.playvid.com/watch/hodppql0Bhq, http://www.playvid.com/watch/H5nle_YqYVh,
http://www.playvid.com/watch/8UJjQfsmKQ4, http://www.playvid.com/watch/DqeTRwCdLed, http://www.playvid.com/watch/8uFjWfTZT3l,
http://www.playvid.com/watch/p36B7RUVPNc, http://www.playvid.com/watch/tm3qxnGDCRi, http://www.playvid.com/watch/gv7re0p0WYr,
http://www.playvid.com/watch/a3MIOqu9puw, http://www.playvid.com/watch/EUKUmjlKSug, http://www.playvid.com/watch/ln-RLkd-INq,
http://www.playvid.com/watch/X20XvmLye59, http://www.playvid.com/watch/E7T5XtdS16k, http://www.playvid.com/watch/VmnVGEckX5L,
http://www.playvid.com/watch/lkKhncKoPZK, http://www.playvid.com/watch/QP2-y7nYAov, http://www.playvid.com/watch/PdTdOG_2r8p,
http://www.playvid.com/watch/pE2s4UAtsCJ, http://www.playvid.com/watch/JQ841wZOBTC, http://www.playvid.com/watch/w43NReeBrze,
http://www.playvid.com/watch/fvIIWoCkggg, http://www.playvid.com/watch/XkIpy5_qbKq, http://www.playvid.com/watch/Df2Xv-uy2Qy,
http://www.playvid.com/watch/dKrovQcQNBN, http://www.playvid.com/watch/VXBvWmsrNYZ, http://www.playvid.com/watch/ogrDchpzJ13,
http://www.playvid.com/watch/Tx45BXi0C8k, http://www.playvid.com/watch/u0nPbqK6AC6, http://www.playvid.com/watch/a8YxFGt-AAA,
http://www.playvid.com/watch/qRzf64FIbSK, http://www.playvid.com/watch/POaeaShI_pv, http://www.playvid.com/watch/HbO701oY45m,
http://www.playvid.com/watch/e3_QFvgPgQ9, http://www.playvid.com/watch/7_Pz_07ta-K, http://www.playvid.com/watch/tb8ms0HO3dW,
http://www.playvid.com/watch/GHmPl77S-xg, http://www.playvid.com/watch/AJd63TiEIrJ, http://www.playvid.com/watch/6aaxsj9BiFe,
http://www.playvid.com/watch/cRmRTpdw6lz, http://www.playvid.com/watch/Fu4KC10Vnfu, http://www.playvid.com/watch/A20SHNQfVBY,
http://www.playvid.com/watch/PgOwZstH3Wu, http://www.playvid.com/watch/3zw4ofy9nSe, http://www.playvid.com/watch/TT0GpCP7tUe,
http://www.playvid.com/watch/INe8krlS84f, http://www.playvid.com/watch/XbvjYPTnhFE, http://www.playvid.com/watch/WwqReSXhOWy,
http://www.playvid.com/watch/K58e8mRBUzd, http://www.playvid.com/watch/BOCgqD9Azlw, http://www.playvid.com/watch/wp-9-DYGFpL,
http://www.playvid.com/watch/xZq-V5P5izg, http://www.playvid.com/watch/4QJq178r6Pv, http://www.playvid.com/watch/yW25Snp1op6,
http://www.playvid.com/watch/LCJsm0AA4ZH, http://www.playvid.com/watch/RECox_zfK-w, http://www.playvid.com/watch/d0twKVAoBhP,
http://www.playvid.com/watch/YCUxitWanfX, http://www.playvid.com/watch/umoipLB6rP6, http://www.playvid.com/watch/LwFQlNFZJQL,
http://www.playvid.com/watch/QBDr-OsK9Vv, http://www.playvid.com/watch/h_974wPc1gy, http://www.playvid.com/watch/DIigsMYXFUc,
http://www.playvid.com/watch/XezJ4Wbgowi, http://www.playvid.com/watch/D9o9k0NpVIO, http://www.playvid.com/watch/KNvZ7KOTmog,
http://www.playvid.com/watch/G35upc8OjNt, http://www.playvid.com/watch/x1tSKJ0xbbg, http://www.playvid.com/watch/cEt7sXnrOFI,
http://www.playvid.com/watch/NRX859fLZf6, http://www.playvid.com/watch/rF13_46lemO, http://www.playvid.com/watch/gjH53U7FwBC,
http://www.playvid.com/watch/Kqb8NxNE2td, http://www.playvid.com/watch/EZc8uYxS8_X, http://www.playvid.com/watch/BJE36nROBjJ,
http://www.playvid.com/watch/nPmSgoCiMop, http://www.playvid.com/watch/U3JwDg8JE-n, http://www.playvid.com/watch/jTSfyKGHseq,
http://www.playvid.com/watch/kGEK1reRhUh, http://www.playvid.com/watch/f_Wh-kT3DCA, http://www.playvid.com/watch/fn8hMNlcT9m,
http://www.playvid.com/watch/dFLSB6NlkKR, http://www.playvid.com/watch/A_5Li2NXhRb, http://www.playvid.com/watch/NlN6lmwJkWj,
http://www.playvid.com/watch/PGDtjIb8y0S, http://www.playvid.com/watch/QHSiC7G1V3n, http://www.playvid.com/watch/i5kQQFdKURz,
http://www.playvid.com/watch/TR2Oz0MrJRs, http://www.playvid.com/watch/K67puvVYrrD, http://www.playvid.com/watch/jxjTnXHlTuV,
http://www.playvid.com/watch/rJNnnhbmZAI, http://www.playvid.com/watch/8kgTRH3FNy5, http://www.playvid.com/watch/nKNKw0Bc4F2,
http://www.playvid.com/watch/9ik2fwss3Yu, http://www.playvid.com/watch/PS9PzVvhyxV, http://www.playvid.com/watch/gQmGtefaLj7,
http://www.playvid.com/watch/Ya5tI9uWfy9, http://www.playvid.com/watch/O54efPl1EDA, http://www.playvid.com/watch/HJwKZVA4sbs,
http://www.playvid.com/watch/40dVIX_gkFZ, http://www.playvid.com/watch/R8TmgwPO-HN, http://www.playvid.com/watch/4YK5yN0qXyv,
http://www.playvid.com/watch/BHSAi0xA8dF, http://www.playvid.com/watch/wmkrHUMZBZa, http://www.playvid.com/watch/9jZgowgqyhv,
http://www.playvid.com/watch/Rnf0sTe_mtt, http://www.playvid.com/watch/qWsnFjKYDBK, http://www.playvid.com/watch/Jrl9hXzf6LK,
http://www.playvid.com/watch/O7l1-Qut6jM, http://www.playvid.com/watch/iczrMvnWRlP, http://www.playvid.com/watch/hvQ-8EE34Mv,
http://www.playvid.com/watch/7IBkuK49UoS, http://www.playvid.com/watch/WJdAz5__Nbw, http://www.playvid.com/watch/r0UOeO5w57w,
http://www.playvid.com/watch/2lp_m4Vp-Wm, http://www.playvid.com/watch/aNK1mTdzI9W, http://www.playvid.com/watch/NfJcn3br-70,
http://www.playvid.com/watch/okpWHzMHkDd, http://www.playvid.com/watch/ifRYR1jNXdl, http://www.playvid.com/watch/eVbrwAiyySm,
http://www.playvid.com/watch/muqYTy_5lCi, http://www.playvid.com/watch/LdGGVOGCvgL, http://www.playvid.com/watch/bSL8sk2fIbO,

http://www.playvid.com/watch/n9WDiEICj0H, http://www.playvid.com/watch/5XHD6vkdUxy, http://www.playvid.com/watch/a8M-RC0mDat,
http://www.playvid.com/watch/PdTBYKe2gar, http://www.playvid.com/watch/XDeMgfhU2Pz, http://www.playvid.com/watch/ShJhoGz0RxY,
http://www.playvid.com/watch/vzzautLlJDD, http://www.playvid.com/watch/rDQV_oI0JIQ, http://www.playvid.com/watch/0VVVkMr82M4,
http://www.playvid.com/watch/wftsghdZThx, http://www.playvid.com/watch/xG55uXEIdGD, http://www.playvid.com/watch/9lVlqCxixk4,
http://www.playvid.com/watch/0iaOccK80VU, http://www.playvid.com/watch/rasOA1nh8Dw, http://www.playvid.com/watch/fQgTpIpLeEu,
http://www.playvid.com/watch/iO5oABvPS5D, http://www.playvid.com/watch/UbByJHquJBV, http://www.playvid.com/watch/l1JYWMJWV5y,
http://www.playvid.com/watch/uCKZpRNDHnO, http://www.playvid.com/watch/zpovsBLSVre, http://www.playvid.com/watch/2HPtAo_b_Mm,
http://www.playvid.com/watch/pRsefCrntaI, http://www.playvid.com/watch/UIdEY-Qp4QA, http://www.playvid.com/watch/KLVoczqCfMp,
http://www.playvid.com/watch/VgJ8xAL_wSo, http://www.playvid.com/watch/qDmN-YYrxCb, http://www.playvid.com/watch/om4D1uq-Nrc,
http://www.playvid.com/watch/N7XiwaF-vgG, http://www.playvid.com/watch/3Ui-Fxj83xx, http://www.playvid.com/watch/n6F_nbVbkk6,
http://www.playvid.com/watch/OLxy62kz1fq, http://www.playvid.com/watch/iqoo97_1tzc, http://www.playvid.com/watch/gr0OCo33UZm,
http://www.playvid.com/watch/ZHhtVwW37mh, http://www.playvid.com/watch/gdmtJF62KIb, http://www.playvid.com/watch/yR4iJy36BEF,
http://www.playvid.com/watch/SMDkBlpNOWW, http://www.playvid.com/watch/WEWYeO5pzev, http://www.playvid.com/watch/LoC_3i8wQMe,
http://www.playvid.com/watch/cIAEw5tf3am, http://www.playvid.com/watch/ouAdAAKXH4v, http://www.playvid.com/watch/CqsFQ_IWENY,
http://www.playvid.com/watch/Pav9ylKRdiA, http://www.playvid.com/watch/SqJ50UzBNo5, http://www.playvid.com/watch/W-QHtfy0Lxm,
http://www.playvid.com/watch/0K7mgHgxRfl, http://www.playvid.com/watch/Ne1zKm0Kvsj, http://www.playvid.com/watch/iPhBfV9Pag8,
http://www.playvid.com/watch/9fNHxxNg11f, http://www.playvid.com/watch/datpXpec5nd, http://www.playvid.com/watch/joARjTAPKQC,
http://www.playvid.com/watch/S1uwyVMtuQV, http://www.playvid.com/watch/8iFDeNyd9oV, http://www.playvid.com/watch/7kF_ZPobfhi,
http://www.playvid.com/watch/SoVRorUl6eO, http://www.playvid.com/watch/9PNd3-3c2FP, http://www.playvid.com/watch/gI2MwHV5Sc9,
http://www.playvid.com/watch/CVihJTgzro6, http://www.playvid.com/watch/9WQqnm2sP5J, http://www.playvid.com/watch/HzCjqMHAYu0,
http://www.playvid.com/watch/pn8Q3GnrytD, http://www.playvid.com/watch/4lAO0v8XRFj, http://www.playvid.com/watch/qG5q1K0Pzxc,
http://www.playvid.com/watch/UVhfTdD3xWj, http://www.playvid.com/watch/HFwSVtsIUkp, http://www.playvid.com/watch/z9yIEJM-PuD,
http://www.playvid.com/watch/yabKFwY_sXd, http://www.playvid.com/watch/bqbS6vaQ064, http://www.playvid.com/watch/ijKDxzhPqev,
http://www.playvid.com/watch/4ZXjlo1plbP, http://www.playvid.com/watch/IGsmPKPXLNR, http://www.playvid.com/watch/Ndw0sIXT6oA,
http://www.playvid.com/watch/arS8Hs0Dh6L, http://www.playvid.com/watch/z3OC7ghwrIR, http://www.playvid.com/watch/9tVUlvJqkTM,
http://www.playvid.com/watch/yh8KGwzT_Xb, http://www.playvid.com/watch/oLpAdLlovkl, http://www.playvid.com/watch/Kgl1QKEQwmg,
http://www.playvid.com/watch/hTRzB4-rI3B, http://www.playvid.com/watch/qAzoneyCVeS, http://www.playvid.com/watch/oKWACE5BiHJ,
http://www.playvid.com/watch/aFlyUMCASWJ, http://www.playvid.com/watch/t0tS62-PP2k, http://www.playvid.com/watch/miLMJfEKaz0,
http://www.playvid.com/watch/ZJy_T_eK_2H, http://www.playvid.com/watch/EHXd6Zq_Sso, http://www.playvid.com/watch/VPyILKDUqdS,
http://www.playvid.com/watch/uup66Z-b4lv, http://www.playvid.com/watch/x3VStsiiCRY, http://www.playvid.com/watch/bzyl1UIreOa,
http://www.playvid.com/watch/tqLxgdRK1Qx, http://www.playvid.com/watch/cb3YGVxVzPs, http://www.playvid.com/watch/Z1BwCJa8Brx,
http://www.playvid.com/watch/A_JGQTNdDuo, http://www.playvid.com/watch/iM6q8oXzBGh, http://www.playvid.com/watch/98HXZsSgGfr,
http://www.playvid.com/watch/6A0JxnB4KLb, http://www.playvid.com/watch/vZY9Z8mqo8u, http://www.playvid.com/watch/mBMrhVusSU5,
http://www.playvid.com/watch/CRyLPaT_NQQ, http://www.playvid.com/watch/bMUyI0316Jj, http://www.playvid.com/watch/F7bdbeOJye8,
http://www.playvid.com/watch/hSw-RpSGKBI, http://www.playvid.com/watch/5_knmSaktXK, http://www.playvid.com/watch/wYgHOHVcdr9,
http://www.playvid.com/watch/y7lfVz3FhTh, http://www.playvid.com/watch/2QE8HHBpXn6, http://www.playvid.com/watch/RFgxLkUZkOK,
http://www.playvid.com/watch/Un8kQC1hzKh, http://www.playvid.com/watch/fELPtPKwLPt, http://www.playvid.com/watch/eKfLh7ZL4eD,
http://www.playvid.com/watch/DtYSAOLE9Vf, http://www.playvid.com/watch/v-6oUIVIQqh, http://www.playvid.com/watch/iwdwcqCOxbF,
http://www.playvid.com/watch/ZBXT1kooQAO, http://www.playvid.com/watch/jlRMCORXj-G, http://www.playvid.com/watch/B_sC_RvBwYJ,
http://www.playvid.com/watch/ZI5fwJ3B4pC, http://www.playvid.com/watch/mBogF8NKVFB, http://www.playvid.com/watch/6pJxZK_GN-B,
http://www.playvid.com/watch/UpdHbN2tiLU, http://www.playvid.com/watch/VYEWkhKi9KQ, http://www.playvid.com/watch/Jn2qoKgoHVZ,
http://www.playvid.com/watch/Tj7SX-hxBWh, http://www.playvid.com/watch/RwxXmuCEyQe, http://www.playvid.com/watch/6Afa5SApGxb,
http://www.playvid.com/watch/GfKislpxNpC, http://www.playvid.com/watch/Ki7yE_wRxvu, http://www.playvid.com/watch/cWndHDt4xIp,
http://www.playvid.com/watch/fPzx2pmG3zP, http://www.playvid.com/watch/wSMbxAQXxyA, http://www.playvid.com/watch/RtyDlwP3CJj,
http://www.playvid.com/watch/Q6TaEJiW5Ea, http://www.playvid.com/watch/NT4-tQw8ez2, http://www.playvid.com/watch/b1XI7ULpory,
http://www.playvid.com/watch/SxBqZSEiRde, http://www.playvid.com/watch/9Mxpue5uCvH, http://www.playvid.com/watch/nZej0LvsQcx,
http://www.playvid.com/watch/A6XT0mBPPun, http://www.playvid.com/watch/lC2zSuSsaEC, http://www.playvid.com/watch/YFOu5UU3bAG,
http://www.playvid.com/watch/trzimqckELI, http://www.playvid.com/watch/i3um86vxX84, http://www.playvid.com/watch/n1yfLJhEatS,
http://www.playvid.com/watch/IhOlocUfzaS, http://www.playvid.com/watch/uZXIpayGNZd, http://www.playvid.com/watch/bCZHeWdqdbi,
http://www.playvid.com/watch/x7sb3Kg6lZv, http://www.playvid.com/watch/i2edaOop5rk, http://www.playvid.com/watch/4zuJQsOhXOj,
http://www.playvid.com/watch/nKP9r0D5hLq, http://www.playvid.com/watch/YziI11bdubP, http://www.playvid.com/watch/vRE7hby9JgH,
http://www.playvid.com/watch/03xA0h71Cle, http://www.playvid.com/watch/G4Xj07Cdk6o, http://www.playvid.com/watch/FxnVbxRHNjW,
http://www.playvid.com/watch/LP6kinFyiTv, http://www.playvid.com/watch/K5SwnVwTvL2, http://www.playvid.com/watch/YU0JXtvnT53,
http://www.playvid.com/watch/ZMpOX7_tWLl, http://www.playvid.com/watch/CjVbtrAwKah, http://www.playvid.com/watch/pUsdhxv1dsg,
http://www.playvid.com/watch/HHDDWah5MUn, http://www.playvid.com/watch/XWkhnIrWiaj, http://www.playvid.com/watch/ZmIL5HOqIbs,
http://www.playvid.com/watch/j4SRgcbCdmz, http://www.playvid.com/watch/voc_xuXS0gW, http://www.playvid.com/watch/6Xg9FSlYTTQ,
http://www.playvid.com/watch/HuVt1md03dW, http://www.playvid.com/watch/yzAC4zBDRLX, http://www.playvid.com/watch/qmJrfIdkc8w,
http://www.playvid.com/watch/ic6GDUdTjFa, http://www.playvid.com/watch/Eip7K8qZ9wQ, http://www.playvid.com/watch/P5WA_qTieGj,
http://www.playvid.com/watch/FOlRBti-ArR, http://www.playvid.com/watch/2U_bgyXX3JM, http://www.playvid.com/watch/99820M26PCK,
http://www.playvid.com/watch/J5kQbNXjJwn, http://www.playvid.com/watch/sC8zJQ_KAHq, http://www.playvid.com/watch/nI_rfPcusHt,
http://www.playvid.com/watch/MX-Cans37IP, http://www.playvid.com/watch/7GkPcbau1th, http://www.playvid.com/watch/Z41srUt8DSr,
http://www.playvid.com/watch/gtbJ7dyIA8r, http://www.playvid.com/watch/K-2Zdly0y_S, http://www.playvid.com/watch/CyKEuSoB4Jh,
http://www.playvid.com/watch/D14iAIXVn2i, http://www.playvid.com/watch/hemJmHCSQPY, http://www.playvid.com/watch/Z_8X9Y3EAiW,
http://www.playvid.com/watch/ugIr-5CB3M3, http://www.playvid.com/watch/npSv4IWS-3n, http://www.playvid.com/watch/UTqwnQQwRbq,
http://www.playvid.com/watch/n7sbLkXJa_V, http://www.playvid.com/watch/ZBTv_VDTEh3, http://www.playvid.com/watch/zwo5jV0T3bv,
http://www.playvid.com/watch/Z4DdWIGsHf3, http://www.playvid.com/watch/MHEcQMGSvpw, http://www.playvid.com/watch/08iLzURXk8d,
http://www.playvid.com/watch/vWm3OLmJ5Zx, http://www.playvid.com/watch/JmQWTSRm8I7, http://www.playvid.com/watch/vAVYjmZIc6n,
http://www.playvid.com/watch/ur9D-2K601r, http://www.playvid.com/watch/KeKzeKABbLW, http://www.playvid.com/watch/hGeNyv6FzgJ,
http://www.playvid.com/watch/v-yQJztLj6Y, http://www.playvid.com/watch/03rZEMWgqrd, http://www.playvid.com/watch/YSuIfc-Y4T6,
http://www.playvid.com/watch/QJaMGMzUIJV, http://www.playvid.com/watch/Zn4dmLSxc-g, http://www.playvid.com/watch/BbFuuYLcnBV,
http://www.playvid.com/watch/9BrYY-ba8UC, http://www.playvid.com/watch/YOdISovmO5f, http://www.playvid.com/watch/nONe10oMVoo,
http://www.playvid.com/watch/KAn6g5PYAD9, http://www.playvid.com/watch/PsHkqVE2u2F, http://www.playvid.com/watch/GLOUbMpryay,
http://www.playvid.com/watch/ylyP7f2tw9e, http://www.playvid.com/watch/DGiUFLRecmN, http://www.playvid.com/watch/BF_j9IghpEC,
http://www.playvid.com/watch/nks7CZSeIwJ, http://www.playvid.com/watch/mz__j5isAiD, http://www.playvid.com/watch/f1ofCB5DJ2v,
http://www.playvid.com/watch/ckdi2zPlRUV, http://www.playvid.com/watch/5lT3EY8FfLA, http://www.playvid.com/watch/ROrOC1MSI09,
http://www.playvid.com/watch/c5RzTSId8aO, http://www.playvid.com/watch/RCToMl0MQCK, http://www.playvid.com/watch/Kjjrjwrja2F,
http://www.playvid.com/watch/qGzzoXj-sVV, http://www.playvid.com/watch/WDYPKq7ukFc, http://www.playvid.com/watch/Fpxd1duTP1Q,
http://www.playvid.com/watch/MYzXp2pYZUZ, http://www.playvid.com/watch/umjKbB_Y3Ac, http://www.playvid.com/watch/2t8Nn1Im3Jx,
http://www.playvid.com/watch/vkoDdKl03LK, http://www.playvid.com/watch/L2DERSnZneW, http://www.playvid.com/watch/3F_2-tBuqAI,
http://www.playvid.com/watch/mYWyoWwpXLC, http://www.playvid.com/watch/iqXcKPuRceU, http://www.playvid.com/watch/7lCE-vpz0Q7,
http://www.playvid.com/watch/a3Zep5sdz_X, http://www.playvid.com/watch/Z6ejKAenX5u, http://www.playvid.com/watch/f4iY5W8tAdK,
http://www.playvid.com/watch/bbnc_cAFWTB, http://www.playvid.com/watch/TZSELFZjYVa, http://www.playvid.com/watch/B_aT1fW4r-J,
http://www.playvid.com/watch/BKBAUPHxIMM, http://www.playvid.com/watch/Tn3AiU2zrju, http://www.playvid.com/watch/FsSrcwNvJnW,
http://www.playvid.com/watch/dlyBGsv4yHZ, http://www.playvid.com/watch/pvW3FiRZ9rm, http://www.playvid.com/watch/GUW6KEqIq3Y,
http://www.playvid.com/watch/eSfYilawoAF, http://www.playvid.com/watch/P7qiTkncw54, http://www.playvid.com/watch/Sd6TeaudFLi,
http://www.playvid.com/watch/KPJG0_7SBbI, http://www.playvid.com/watch/YH2sHQVqZfd, http://www.playvid.com/watch/tAhGpgbRYI3,
http://www.playvid.com/watch/97VwOR4GC_K, http://www.playvid.com/watch/v7-JIQboWtX, http://www.playvid.com/watch/Hzs_UBFJfCf,
http://www.playvid.com/watch/a6MFuXdjiXC, http://www.playvid.com/watch/xTEJLEwfFt4, http://www.playvid.com/watch/fnzqpY07rCq,
http://www.playvid.com/watch/b7c0YGfPc53, http://www.playvid.com/watch/F1_-llGvtuv, http://www.playvid.com/watch/s6DP5NKdIww,
http://www.playvid.com/watch/aGvsHkurUMK, http://www.playvid.com/watch/EH8chvz6JAh, http://www.playvid.com/watch/eG_lm7-G7GE,
http://www.playvid.com/watch/j7rK1su4Wof, http://www.playvid.com/watch/09z5oOMJ5uV, http://www.playvid.com/watch/m1V-XP_hX-k,
http://www.playvid.com/watch/KIG_bswUhMM, http://www.playvid.com/watch/gO5iTBlSaEj, http://www.playvid.com/watch/LBD2yelgeWq,
http://www.playvid.com/watch/DniO6BNnESt, http://www.playvid.com/watch/xPk8PNa17OT, http://www.playvid.com/watch/YMV1UJe9CFC,
http://www.playvid.com/watch/EgHQgT4JGJl, http://www.playvid.com/watch/7M6hMficrKS, http://www.playvid.com/watch/K-EH_n4nNfw,
http://www.playvid.com/watch/0qR2d8CggAY, http://www.playvid.com/watch/0MGh1KL76b6, http://www.playvid.com/watch/xh9kVew2UKq,
http://www.playvid.com/watch/G4m_WoaQib2, http://www.playvid.com/watch/lS2p9FiRuDh, http://www.playvid.com/watch/fGJc5oP3IcL,

http://www.playvid.com/watch/QYABWbJvI2Y, http://www.playvid.com/watch/arFoD0aOVhX, http://www.playvid.com/watch/iD2oVBDg3Cn,
http://www.playvid.com/watch/QIVyr7ktBwJ, http://www.playvid.com/watch/YXnChq5E928, http://www.playvid.com/watch/atJz0f-JKip,
http://www.playvid.com/watch/U6In8NU07I3, http://www.playvid.com/watch/o-bry_ZKhZq, http://www.playvid.com/watch/qL_bfxC3W94,
http://www.playvid.com/watch/Nc3cwSGoDVI, http://www.playvid.com/watch/zbAdojYmvWi, http://www.playvid.com/watch/IcSlgzXoYXv,
http://www.playvid.com/watch/7RD9VCzTW2Z, http://www.playvid.com/watch/W76UoULXtKc, http://www.playvid.com/watch/YUyEaDm29E3,
http://www.playvid.com/watch/DZiLqzN0Qtc, http://www.playvid.com/watch/xnOPKeQANqz, http://www.playvid.com/watch/dFAUspH2fz6,
http://www.playvid.com/watch/YGU-l7-AEmJ, http://www.playvid.com/watch/dzeDCGVxbKD, http://www.playvid.com/watch/D1DlGkcWO6j,
http://www.playvid.com/watch/lsZK4aUNgxe, http://www.playvid.com/watch/MToECC4X2D3, http://www.playvid.com/watch/e52cmnaXgnO,
http://www.playvid.com/watch/KBgLAw0Z28u, http://www.playvid.com/watch/s8f0nhj12lX, http://www.playvid.com/watch/kNbz_2s0rAV,
http://www.playvid.com/watch/b2HCAoIfRsh, http://www.playvid.com/watch/lUmOUZg3IJq, http://www.playvid.com/watch/vBlr4lVTTXd,
http://www.playvid.com/watch/ZsN14nW6asM, http://www.playvid.com/watch/bTlO5RLCZLF, http://www.playvid.com/watch/RBZ3pO5T_wG,
http://www.playvid.com/watch/dfkMxuFstY8, http://www.playvid.com/watch/OQWDK7SwC-G, http://www.playvid.com/watch/iEVqIDKPRvd,
http://www.playvid.com/watch/zGo0IJOVmza, http://www.playvid.com/watch/Gd5cUo0518t, http://www.playvid.com/watch/i9UnldnCwFc,
http://www.playvid.com/watch/JcA4GjCUPDO, http://www.playvid.com/watch/lR09gKAqpQE, http://www.playvid.com/watch/Trylettk6lX,
http://www.playvid.com/watch/uEIcmbKyRvp, http://www.playvid.com/watch/2tQEcDZXYPM, http://www.playvid.com/watch/8OcndBd83q6,
http://www.playvid.com/watch/yIkiQuGGPjV, http://www.playvid.com/watch/DB5bXkXPIfJ, http://www.playvid.com/watch/7jfiFD7FNda,
http://www.playvid.com/watch/O7-_hRUHY3f, http://www.playvid.com/watch/pdCxbTzInwz, http://www.playvid.com/watch/h6QhGZLgp5p,
http://www.playvid.com/watch/KdNVsF9FNOz, http://www.playvid.com/watch/6r8EMRIywDY, http://www.playvid.com/watch/jjO72uEmELC,
http://www.playvid.com/watch/HFT0-DgSpFV, http://www.playvid.com/watch/sVIa5psG0Ln, http://www.playvid.com/watch/EDIg4AIs39y,
http://www.playvid.com/watch/vkaXZ5CjAfy, http://www.playvid.com/watch/7lxM8fvATHR, http://www.playvid.com/watch/rwc3RQw4Cgd,
http://www.playvid.com/watch/nZsemWX4Yta, http://www.playvid.com/watch/6Rjc1Q5PfOu, http://www.playvid.com/watch/Mz2X5yBL5td,
http://www.playvid.com/watch/wjZGRIb1I6z, http://www.playvid.com/watch/oI4yxEfTiqy, http://www.playvid.com/watch/lBjn-SPiOH0,
http://www.playvid.com/watch/xXPeLM8kTnA, http://www.playvid.com/watch/KRRuqR-cD6F, http://www.playvid.com/watch/yzggRgO60rs,
http://www.playvid.com/watch/lezfQXKqn_x, http://www.playvid.com/watch/SSLomFVV4lO, http://www.playvid.com/watch/I4-_Ex6uPpE,
http://www.playvid.com/watch/E5WY8F4hkdz, http://www.playvid.com/watch/0QSdCxgWkJX, http://www.playvid.com/watch/rc4VqqzlceF,
http://www.playvid.com/watch/QLyEgFUQHaZ, http://www.playvid.com/watch/ONQ1vmkjh2L, http://www.playvid.com/watch/jGF9ean75vM,
http://www.playvid.com/watch/qZtYj2nWJM3, http://www.playvid.com/watch/A1zQycJPtCu, http://www.playvid.com/watch/FAp9NQurWgd,
http://www.playvid.com/watch/rk5vxETUdnR, http://www.playvid.com/watch/OkRg6YxMXhg, http://www.playvid.com/watch/crbBVZ1PFge,
http://www.playvid.com/watch/o8pHhYPcc8c, http://www.playvid.com/watch/47SRSwge5kv, http://www.playvid.com/watch/TshvxCzoKIH,
http://www.playvid.com/watch/f8E5Ok6b_rR, http://www.playvid.com/watch/XA8mgeaPE_m, http://www.playvid.com/watch/J89dn1DWgCU,
http://www.playvid.com/watch/5RIUiNv0Pr8, http://www.playvid.com/watch/ZFTjb2MNu2X, http://www.playvid.com/watch/9YUe3YuuMEa,
http://www.playvid.com/watch/mQe9wxnESSG, http://www.playvid.com/watch/JrYcBxpZCSh, http://www.playvid.com/watch/azYjT1Smc5c,
http://www.playvid.com/watch/LMXQoQHB-5U, http://www.playvid.com/watch/tdBWch7vmWd, http://www.playvid.com/watch/A7cP-1KWERx,
http://www.playvid.com/watch/svsdsBpazZA, http://www.playvid.com/watch/LdWkAQwsgzI, http://www.playvid.com/watch/emcActX8hxx,
http://www.playvid.com/watch/YrCqPNv3KJ7, http://www.playvid.com/watch/I06mXyY5jO3, http://www.playvid.com/watch/0vErtu6SjTG,
http://www.playvid.com/watch/WgsVyV8Qj87, http://www.playvid.com/watch/uSMoKIKWO_q, http://www.playvid.com/watch/PJrfOd2PjeE,
http://www.playvid.com/watch/oGoLbwM9c-e, http://www.playvid.com/watch/Z94KjmUcUks, http://www.playvid.com/watch/FDFQfaeFclr,
http://www.playvid.com/watch/85a6OyHDXnU, http://www.playvid.com/watch/DFl5Ai1wvRH, http://www.playvid.com/watch/4AyaUZ6Z8PD,
http://www.playvid.com/watch/nQYH2LcwKUE, http://www.playvid.com/watch/EijoOubBT56, http://www.playvid.com/watch/p-JJb9hdq_z,
http://www.playvid.com/watch/2f0kansBrns, http://www.playvid.com/watch/ar5RY3rYsDJ, http://www.playvid.com/watch/buxJcm0vQQk,
http://www.playvid.com/watch/x_YKFLIYVZi, http://www.playvid.com/watch/6kPo_wIAkKa, http://www.playvid.com/watch/SgxJucl1wUo,
http://www.playvid.com/watch/0GZfOU2VZ5h, http://www.playvid.com/watch/U9Fln-pRm4u, http://www.playvid.com/watch/hrTkWk2iZCu,
http://www.playvid.com/watch/F3BHVURXJhG, http://www.playvid.com/watch/IiVAN6LsQSN, http://www.playvid.com/watch/ePROgUtuSiu,
http://www.playvid.com/watch/TpeFVdEnVNx, http://www.playvid.com/watch/LpCw9ECfB-4, http://www.playvid.com/watch/hqy2oHE4ydw,
http://www.playvid.com/watch/4y3CVi2Uyaq, http://www.playvid.com/watch/6AXlPiQ2b89, http://www.playvid.com/watch/5SEDAXmx1zX,
http://www.playvid.com/watch/Pgs2D4i5tYz, http://www.playvid.com/watch/lrniPXt3xbE, http://www.playvid.com/watch/0nX44GK4HLm,
http://www.playvid.com/watch/0HWtNc5JlMq, http://www.playvid.com/watch/WXD7Jf9WV8I, http://www.playvid.com/watch/dn4Rqjpqv7r,
http://www.playvid.com/watch/F2fL6uG49YR, http://www.playvid.com/watch/z99kEma_XKS, http://www.playvid.com/watch/YzFPmW_sAUa,
http://www.playvid.com/watch/RUyXYu0llIo, http://www.playvid.com/watch/vEU1qV9Dv0w, http://www.playvid.com/watch/p0vMZxCgIdT,
http://www.playvid.com/watch/mBmlYZB8Byf, http://www.playvid.com/watch/aRznoCpgt8y, http://www.playvid.com/watch/vIOuQryavu9,
http://www.playvid.com/watch/TYkCrqr2D0W, http://www.playvid.com/watch/Gblo481AAa0, http://www.playvid.com/watch/Cw7-PXRdo5J,
http://www.playvid.com/watch/0FXSA2uyxmh, http://www.playvid.com/watch/UCLNUteWYcY, http://www.playvid.com/watch/CgEDaTKaBlw,
http://www.playvid.com/watch/f764cAKxstn, http://www.playvid.com/watch/aGWn4y2bhgs, http://www.playvid.com/watch/YXDmKAEitno,
http://www.playvid.com/watch/4JpFFEzLDUQ, http://www.playvid.com/watch/lq7DPQPFIuG, http://www.playvid.com/watch/ZbZqvTTvoLr,
http://www.playvid.com/watch/imLB2f9ZEMo, http://www.playvid.com/watch/cbUqpUSvPtg, http://www.playvid.com/watch/c3LGTxexJFE,
http://www.playvid.com/watch/4M67EQ3EFWY, http://www.playvid.com/watch/0Dfg5EgNPV4, http://www.playvid.com/watch/ZZ0ZeUqt_D9,
http://www.playvid.com/watch/xnHcU6DrJIj, http://www.playvid.com/watch/uoZvoFSoUdr, http://www.playvid.com/watch/iXGrbuLqVYV,
http://www.playvid.com/watch/pzedJQTkP_H, http://www.playvid.com/watch/i2-am8IYPXc, http://www.playvid.com/watch/p28dyAeWNmX,
http://www.playvid.com/watch/Sj6GGbGlngu, http://www.playvid.com/watch/xtjGHi7fqbF, http://www.playvid.com/watch/6jCw9SnX8kO,
http://www.playvid.com/watch/U_NxZBO2h8y, http://www.playvid.com/watch/E16Kp4_kfq8, http://www.playvid.com/watch/0vQzsdMliin,
http://www.playvid.com/watch/HJR24gmyfcn, http://www.playvid.com/watch/LJjikTfrDkA, http://www.playvid.com/watch/AC_HEEc0Usv,
http://www.playvid.com/watch/trXauXHI22B, http://www.playvid.com/watch/XYkGKs3Oipt, http://www.playvid.com/watch/FC76IXuE5gS,
http://www.playvid.com/watch/8O2T3UHntpD, http://www.playvid.com/watch/Ixb3loW49ZO, http://www.playvid.com/watch/LrUjw8vLHre,
http://www.playvid.com/watch/CDo72fGnV2Q, http://www.playvid.com/watch/NEZOZJQ66GK, http://www.playvid.com/watch/NYdA6Vurnbv,
http://www.playvid.com/watch/bujttaj6jSI, http://www.playvid.com/watch/bvq8CKwDwo7, http://www.playvid.com/watch/Off-2GOEHAV,
http://www.playvid.com/watch/UcnQNi1N-eq, http://www.playvid.com/watch/UmlrcEdQsDf, http://www.playvid.com/watch/Qzvx4hDUpkv,
http://www.playvid.com/watch/lxbPdJBERsB, http://www.playvid.com/watch/Zltm_qx4ZYN, http://www.playvid.com/watch/Lh7ufY1c5SP,
http://www.playvid.com/watch/Rq_fIShSO9k, http://www.playvid.com/watch/0v_Gymya8gp, http://www.playvid.com/watch/zVoT3q5mFyi,
http://www.playvid.com/watch/3JNaBFNdlkT, http://www.playvid.com/watch/LfqxZJMyyST, http://www.playvid.com/watch/aiE_Yx5O2AL,
http://www.playvid.com/watch/NacyorLp6oE, http://www.playvid.com/watch/GcjYiE9Kp9N, http://www.playvid.com/watch/mc2QvnY80lr,
http://www.playvid.com/watch/wnIWNtmOKmP, http://www.playvid.com/watch/4M9dGvAG2TU, http://www.playvid.com/watch/8zEl6zO2hta,
http://www.playvid.com/watch/SWLNJPu_g8b, http://www.playvid.com/watch/KrHdZgZuAc5, http://www.playvid.com/watch/O5roIoJkI6W,
http://www.playvid.com/watch/Sr9YoAgSiLf, http://www.playvid.com/watch/Wy7I5u3PZMq, http://www.playvid.com/watch/Yg8xKbtNpVc,
http://www.playvid.com/watch/dsBAp2amkKc, http://www.playvid.com/watch/QRSbDujgV8a, http://www.playvid.com/watch/zRmaPdcgPp9,
http://www.playvid.com/watch/FnOvz0pRspl, http://www.playvid.com/watch/Dk1EK-gx0L6, http://www.playvid.com/watch/cJ9V6iGUzIR,
http://www.playvid.com/watch/NT7pOq5eC6y, http://www.playvid.com/watch/FwIdGjx9LUw, http://www.playvid.com/watch/wWX1rxTLva0,
http://www.playvid.com/watch/KnwHv4gn0rZ, http://www.playvid.com/watch/rMHQtTppFQA, http://www.playvid.com/watch/quT5NP_5kBz,
http://www.playvid.com/watch/EYExrQXR2Ti, http://www.playvid.com/watch/7vazPtUaL_M, http://www.playvid.com/watch/EzkrCAS8Dcu,
http://www.playvid.com/watch/B-HCYe5Lx23, http://www.playvid.com/watch/0o6P47ia_6A, http://www.playvid.com/watch/Ww1AX-9kHqU,
http://www.playvid.com/watch/RxpBNBRdZ3M, http://www.playvid.com/watch/HSh8OPk4DAJ, http://www.playvid.com/watch/MzPuLDJs2vw,
http://www.playvid.com/watch/izXZTLMf2xb, http://www.playvid.com/watch/qLcTS4T7RIZ, http://www.playvid.com/watch/S04XTcKWoId,
http://www.playvid.com/watch/MDLuKgaHn76, http://www.playvid.com/watch/aV2wx-lXyOh, http://www.playvid.com/watch/njIO4ek_yXA,
http://www.playvid.com/watch/VGYkrPr5NDN, http://www.playvid.com/watch/GPp9WuLPbXI, http://www.playvid.com/watch/ibW_i7j6IOZ,
http://www.playvid.com/watch/3QxGXD1iIr8, http://www.playvid.com/watch/BOJDPKYGL-q, http://www.playvid.com/watch/hT37XkgA_ps,
http://www.playvid.com/watch/Nz6vT4s9W6D, http://www.playvid.com/watch/QcQZqDtdyPn, http://www.playvid.com/watch/JsF9gYDflDi,
http://www.playvid.com/watch/QGGke8AgsaV, http://www.playvid.com/watch/XoWWs7zrKSA, http://www.playvid.com/watch/kmuSkwLwLz9,
http://www.playvid.com/watch/2HYEGghLsEQ, http://www.playvid.com/watch/KKOO_FdmvE8, http://www.playvid.com/watch/JblQDZk0PJ5,
http://www.playvid.com/watch/iMqTRGerN9w, http://www.playvid.com/watch/PcLdxXTTxPq, http://www.playvid.com/watch/Pn4fjvJogWF,
http://www.playvid.com/watch/D_mWp---niT, http://www.playvid.com/watch/2clf2V8Bf3B, http://www.playvid.com/watch/DaJICCyqwpn,
http://www.playvid.com/watch/s_4FG-15RWd, http://www.playvid.com/watch/XcNraxohvZi, http://www.playvid.com/watch/fVcwstB770h,
http://www.playvid.com/watch/FodnLTF7P3w, http://www.playvid.com/watch/GbvOTDgxaLD, http://www.playvid.com/watch/SNGry2p6IoU,
http://www.playvid.com/watch/g6cKxv5qZ1C, http://www.playvid.com/watch/ZyhIH9UyzyH, http://www.playvid.com/watch/0z6wmI3AXFP,
http://www.playvid.com/watch/YadJUUu3IZu, http://www.playvid.com/watch/P6mMk1Ha9UZ, http://www.playvid.com/watch/sCyDI_W4VQM,
http://www.playvid.com/watch/gLgxwsADQdF, http://www.playvid.com/watch/TwHsnGXBH2R, http://www.playvid.com/watch/NkgMVnObNzM,
http://www.playvid.com/watch/lsRQ8jxfema, http://www.playvid.com/watch/FYEC_hce2W3, http://www.playvid.com/watch/qVsqh7BpzmT,
http://www.playvid.com/watch/LavsCZiMJfN, http://www.playvid.com/watch/m2aFmQmtn8t, http://www.playvid.com/watch/yK-yqSPW_Du,

http://www.playvid.com/watch/HwFOZ4O-Xy3, http://www.playvid.com/watch/9suf10Z1U3T, http://www.playvid.com/watch/4wCivzgw-jQ,
http://www.playvid.com/watch/iYYbCJ_SEWr, http://www.playvid.com/watch/HG7oS_zLMbu, http://www.playvid.com/watch/b-4O4VliAb3,
http://www.playvid.com/watch/25Yr2Pon21b, http://www.playvid.com/watch/jXJJctTLdIq, http://www.playvid.com/watch/HfVtM93HIL3,
http://www.playvid.com/watch/jlBCcKSPufi, http://www.playvid.com/watch/jk6aCnXTjdj, http://www.playvid.com/watch/Tf8tfJwFBFP,
http://www.playvid.com/watch/2q9JrhIIatG, http://www.playvid.com/watch/tWeoCsbR8bo, http://www.playvid.com/watch/tUImNfFXTNb,
http://www.playvid.com/watch/DZVlIxsdwvZ, http://www.playvid.com/watch/qs-ZTUJojaj, http://www.playvid.com/watch/MDt3vpmwzSv,
http://www.playvid.com/watch/gUa1azu8uJI, http://www.playvid.com/watch/EuEp7vgYy5O, http://www.playvid.com/watch/M31j-HSRiDv,
http://www.playvid.com/watch/LJ1umPmb5hk, http://www.playvid.com/watch/y4zTIu9xu1x, http://www.playvid.com/watch/P5Q_PU55gDR,
http://www.playvid.com/watch/LLcMbYZvcPZ, http://www.playvid.com/watch/9WjtPAPoOXc, http://www.playvid.com/watch/QTSK7a5FcW9,
http://www.playvid.com/watch/cvyzOkWPObY, http://www.playvid.com/watch/VjXq1IuqD6H, http://www.playvid.com/watch/q3ayX8HsgK0,
http://www.playvid.com/watch/eHyxB3Rh0gt, http://www.playvid.com/watch/wYu5Y-DN8kM, http://www.playvid.com/watch/mVgOBtGYvmO,
http://www.playvid.com/watch/7lOn_kljWzk, http://www.playvid.com/watch/EuxiQ-WL-6F, http://www.playvid.com/watch/2L3-gSceuyi,
http://www.playvid.com/watch/X8V89KKJ2Go, http://www.playvid.com/watch/aV1lI36uxAm, http://www.playvid.com/watch/m2OD13IIRZf,
http://www.playvid.com/watch/jXIxcKaFXZw, http://www.playvid.com/watch/vBTuwmi-OTX, http://www.playvid.com/watch/uhVU8bP4gEn,
http://www.playvid.com/watch/HOwy1w5qR0v, http://www.playvid.com/watch/DUU1IH2pWGn, http://www.playvid.com/watch/m8bQVHn2DWw,
http://www.playvid.com/watch/ZOS1q28HJNy, http://www.playvid.com/watch/ZHJJ2qFDxwH, http://www.playvid.com/watch/U9rf1C-xcRj,
http://www.playvid.com/watch/a5C12yTZ6uA, http://www.playvid.com/watch/XUubn5u1pBZ, http://www.playvid.com/watch/PzjHsafH4tE,
http://www.playvid.com/watch/iC9jQU_q-Di, http://www.playvid.com/watch/73E3R0jIS5w, http://www.playvid.com/watch/RFhA2E30CNQ,
http://www.playvid.com/watch/o6x-x9nCi_m, http://www.playvid.com/watch/kNGLYRSilJq, http://www.playvid.com/watch/U27gncGrtxV,
http://www.playvid.com/watch/SknzkiEAvUn, http://www.playvid.com/watch/a6_epIZjFZe, http://www.playvid.com/watch/W7JgkFCroVe,
http://www.playvid.com/watch/EDEUsbNX1MO, http://www.playvid.com/watch/ue1SCJ2Qq5Z, http://www.playvid.com/watch/O8s-h0Afj2r,
http://www.playvid.com/watch/tU0w54_Npwk, http://www.playvid.com/watch/N1OyuI31H_j, http://www.playvid.com/watch/EATnlnshCmG,
http://www.playvid.com/watch/uUGzGzu6OI2, http://www.playvid.com/watch/LWIC8f9ly_A, http://www.playvid.com/watch/IJNFOaYb1-f,
http://www.playvid.com/watch/tbaBZStf38y, http://www.playvid.com/watch/3LTYsox-AK3, http://www.playvid.com/watch/FgQ1hD94hpX,
http://www.playvid.com/watch/Hjnliy-r-9x, http://www.playvid.com/watch/Q42yN8kEgAk, http://www.playvid.com/watch/0THn8y46dGv,
http://www.playvid.com/watch/85d257AuFBW, http://www.playvid.com/watch/EVbFzgo8EHN, http://www.playvid.com/watch/gFdS73OxV8A,
http://www.playvid.com/watch/aKDAdtkyjaI, http://www.playvid.com/watch/U-oHuz-_eOE, http://www.playvid.com/watch/XftHDXmMwKF,
http://www.playvid.com/watch/CXx7rEsTZDJ, http://www.playvid.com/watch/m4lFrmoJmdy, http://www.playvid.com/watch/6rKBPJlAWzs,
http://www.playvid.com/watch/nz4r2vQvyif, http://www.playvid.com/watch/UdTwdy6hz7Y, http://www.playvid.com/watch/BDM4e0vwtSs,
http://www.playvid.com/watch/3_xaKiPDOdJ, http://www.playvid.com/watch/CW3OSWU9fKI, http://www.playvid.com/watch/Rg0M8s-h7fd,
http://www.playvid.com/watch/r9p3H5cNwKt, http://www.playvid.com/watch/wf6mSfckL4A, http://www.playvid.com/watch/zdJsy5PhNEf,
http://www.playvid.com/watch/N1XGImv-nJc, http://www.playvid.com/watch/SSsTdg_KfT5, http://www.playvid.com/watch/zgA3-lNLHgf,
http://www.playvid.com/watch/9kAo3YhivSD, http://www.playvid.com/watch/JQLAtV0sWm4, http://www.playvid.com/watch/lFKKqy7xRu8,
http://www.playvid.com/watch/pZXT5sgrS7H, http://www.playvid.com/watch/YC1F_K7n1vC, http://www.playvid.com/watch/R99-O9KM8pc,
http://www.playvid.com/watch/7Wi0ZxzLGqa, http://www.playvid.com/watch/SqmEaiFmStq, http://www.playvid.com/watch/OY08v7DXAPF,
http://www.playvid.com/watch/auZL7VjKDSf, http://www.playvid.com/watch/3mp5Ap3TJ1U, http://www.playvid.com/watch/vDB61z1jRrW,
http://www.playvid.com/watch/J6Bfax4C7XF, http://www.playvid.com/watch/WYQtXRarLgR, http://www.playvid.com/watch/y3z1nzgYcAN,
http://www.playvid.com/watch/oeF-SGEHxVA, http://www.playvid.com/watch/g1DbOnWuqVL, http://www.playvid.com/watch/3dRfyd1KhPO,
http://www.playvid.com/watch/dcz3ZjqHdkE, http://www.playvid.com/watch/5RRZLcUcVXD, http://www.playvid.com/watch/rwQFiQNHEDm,
http://www.playvid.com/watch/syDlXCMgIyn, http://www.playvid.com/watch/xGkdpv-FdFF, http://www.playvid.com/watch/dRDc1o4ZDEX,
http://www.playvid.com/watch/jEsimXQD28U, http://www.playvid.com/watch/upMIGTpH8fE, http://www.playvid.com/watch/zW0dBPiE98J,
http://www.playvid.com/watch/79VB6SbmqRa, http://www.playvid.com/watch/5-TNZ-ulRQZ, http://www.playvid.com/watch/agbk7DP3T1x,
http://www.playvid.com/watch/3DlbNEXs2E9, http://www.playvid.com/watch/YuFT9c-InHA, http://www.playvid.com/watch/2E8RJm_dr-E,
http://www.playvid.com/watch/BORO_JdoVPy, http://www.playvid.com/watch/b5kkV6ajy-S, http://www.playvid.com/watch/CaCuKtW8XPs,
http://www.playvid.com/watch/Nu-acPZxFJP, http://www.playvid.com/watch/PQsBArdNJba, http://www.playvid.com/watch/9DY4u8LcAVE,
http://www.playvid.com/watch/A8h1PBB30R3, http://www.playvid.com/watch/SNMRmBqrfOu, http://www.playvid.com/watch/vZYCs8ZFMFD,
http://www.playvid.com/watch/yRAPfX5n6Fh, http://www.playvid.com/watch/gqyfq5d68Nn, http://www.playvid.com/watch/S8TJRLdw1sN,
http://www.playvid.com/watch/6r6sxm0jTmu, http://www.playvid.com/watch/6FqHDskQFHH, http://www.playvid.com/watch/jruEOXKI-hs,
http://www.playvid.com/watch/r9N3_iVCVkc, http://www.playvid.com/watch/MoKuDWHCE7C, http://www.playvid.com/watch/JQf9A15KpRb,
http://www.playvid.com/watch/gvtml92_gcP, http://www.playvid.com/watch/oAU_02ftY1B, http://www.playvid.com/watch/i0Fi6gZehlA,
http://www.playvid.com/watch/YszroCv11IJ, http://www.playvid.com/watch/SE9LbQ-VnJg, http://www.playvid.com/watch/f_1IVLwoNSz,
http://www.playvid.com/watch/LqEkos-8V5V, http://www.playvid.com/watch/rBON_vIETor, http://www.playvid.com/watch/8f9jaQCzpS6,
http://www.playvid.com/watch/beLVfILDp_l, http://www.playvid.com/watch/eXGRaG7cQLV, http://www.playvid.com/watch/o9yg6B0hiux,
http://www.playvid.com/watch/kSxUqf9EXSk, http://www.playvid.com/watch/Ro8RvqLipMB, http://www.playvid.com/watch/lWyZn-_1WMi,
http://www.playvid.com/watch/yvuwVhBLbXU, http://www.playvid.com/watch/S3dfqpclZEx, http://www.playvid.com/watch/qoKu1COW1dy,
http://www.playvid.com/watch/NJIVYfMgFH7, http://www.playvid.com/watch/8r0JIww2_ug, http://www.playvid.com/watch/zB6g6EUSlcy,
http://www.playvid.com/watch/KZTkO1yUrTA, http://www.playvid.com/watch/E_jbX0j9uiU, http://www.playvid.com/watch/NZqy6itbUNQ,
http://www.playvid.com/watch/tMW8YPVWO2I, http://www.playvid.com/watch/5vEfOl40sEZ, http://www.playvid.com/watch/f94IFGYPP8s,
http://www.playvid.com/watch/MRMHYUYbkRx, http://www.playvid.com/watch/C7btERsjwSW, http://www.playvid.com/watch/4vrOeUeqB3X,
http://www.playvid.com/watch/gBdOfq1cWVn, http://www.playvid.com/watch/Cf7mYd3uezb, http://www.playvid.com/watch/7LXVR6XDyqf,
http://www.playvid.com/watch/98kJFV5eIML, http://www.playvid.com/watch/ZWPQCmFyKEL, http://www.playvid.com/watch/GeNoNiIr7xZ,
http://www.playvid.com/watch/45Or0urRtym, http://www.playvid.com/watch/WsCfyN1gkao, http://www.playvid.com/watch/BbB-tnNsUmg,
http://www.playvid.com/watch/u3coPUzPCoA, http://www.playvid.com/watch/mu6MN4dXtgo, http://www.playvid.com/watch/AXYC-RzgkTd,
http://www.playvid.com/watch/CQ0AqxlRyL5, http://www.playvid.com/watch/dc8Hb902aAs, http://www.playvid.com/watch/GQZAiuw1_8z,
http://www.playvid.com/watch/e-GU4OyB6TS, http://www.playvid.com/watch/xibFxiLvUlU, http://www.playvid.com/watch/m7UC_OaiYyb,
http://www.playvid.com/watch/BT0gHpKn8Bv, http://www.playvid.com/watch/l6yGcVprGQP, http://www.playvid.com/watch/L4VcKn5cQhv,
http://www.playvid.com/watch/QBKe3Hx4j2T, http://www.playvid.com/watch/y27MsQKbcWj, http://www.playvid.com/watch/DKPHj7G_9g0,
http://www.playvid.com/watch/cKVY0bjr_j4, http://www.playvid.com/watch/ksGdJwocplq, http://www.playvid.com/watch/CWhimNYu27I,
http://www.playvid.com/watch/ON7zrrHD8aD, http://www.playvid.com/watch/36eWODc-Oqh, http://www.playvid.com/watch/VIrffNB3WZn,
http://www.playvid.com/watch/7U4MpJ0XwZY, http://www.playvid.com/watch/bvQkUwN-U_d, http://www.playvid.com/watch/xQM4QqeNgYU,
http://www.playvid.com/watch/raAnzG94u1w, http://www.playvid.com/watch/AlxkO_2p8Kp, http://www.playvid.com/watch/xAttQOaEk02,
http://www.playvid.com/watch/vA-wgXLJSC6, http://www.playvid.com/watch/30NFxu8t2sL, http://www.playvid.com/watch/w_ZTBwRObeY,
http://www.playvid.com/watch/lloml7QJSg5, http://www.playvid.com/watch/yF5nU_q6AFb, http://www.playvid.com/watch/cm_BZMfJkCg,
http://www.playvid.com/watch/O3uJE3nt2xT, http://www.playvid.com/watch/PmhmwqK59yb, http://www.playvid.com/watch/pCowsovjXip,
http://www.playvid.com/watch/hFqfJbZctDl, http://www.playvid.com/watch/XPbin00g_RU, http://www.playvid.com/watch/Li_ZTSIMETQ,
http://www.playvid.com/watch/2yGUjJHMiBu, http://www.playvid.com/watch/Ri4Xr6hEA1w, http://www.playvid.com/watch/bkCwg2PjSuA,
http://www.playvid.com/watch/I88jsw9TpGL, http://www.playvid.com/watch/wUl5N-BdXD0, http://www.playvid.com/watch/gNFBe6sl8FT,
http://www.playvid.com/watch/4Qlqpi2pW66, http://www.playvid.com/watch/nMVdklU_Rpg, http://www.playvid.com/watch/AbNwfzuUqA3,
http://www.playvid.com/watch/QAvwhwJoFC4, http://www.playvid.com/watch/9_T75K-zYed, http://www.playvid.com/watch/JuW3CbzeTEY,
http://www.playvid.com/watch/U2DHfPD1pkl, http://www.playvid.com/watch/703qBqNiKQF, http://www.playvid.com/watch/b1RZP0bY6Z4,
http://www.playvid.com/watch/n-C6V95M01B, http://www.playvid.com/watch/gGT89PRmiQi, http://www.playvid.com/watch/MF8wiXEBEd0,
http://www.playvid.com/watch/dRiT-GYWvcp, http://www.playvid.com/watch/0atmRq0pL_i, http://www.playvid.com/watch/y-D-QDAHScJ,
http://www.playvid.com/watch/024QN3w1KlA, http://www.playvid.com/watch/h8sMLuomzHh, http://www.playvid.com/watch/GAFt6BGkIMz,
http://www.playvid.com/watch/wXHtOTN6H9I, http://www.playvid.com/watch/GE5hxD8vFMe, http://www.playvid.com/watch/bDudtxxTONi,
http://www.playvid.com/watch/B-ttQadJJL6, http://www.playvid.com/watch/5L1SOYg6CfS, http://www.playvid.com/watch/z5DXc3VkIuN,
http://www.playvid.com/watch/id4Gt2j0lSF, http://www.playvid.com/watch/m-c063vkA-o, http://www.playvid.com/watch/WF0O7G4zrCg,
http://www.playvid.com/watch/T7yuOTE3u-G, http://www.playvid.com/watch/sV1rMJExott, http://www.playvid.com/watch/anuxrXsUIU6,
http://www.playvid.com/watch/SxTxFcZoXET, http://www.playvid.com/watch/E3Qx-8FC9Ik, http://www.playvid.com/watch/HmMy3mt8Tf3,
http://www.playvid.com/watch/49uXqY8C7I8, http://www.playvid.com/watch/0whtWVfW49l, http://www.playvid.com/watch/VPKDzOn8R95,
http://www.playvid.com/watch/u9NVYQMP09M, http://www.playvid.com/watch/4N8ygAdoX6k, http://www.playvid.com/watch/0pUhOFkdwfd,
http://www.playvid.com/watch/cfmbE9WW7h5, http://www.playvid.com/watch/ewTPQjgCURr, http://www.playvid.com/watch/W1oLbEWSFCV,
http://www.playvid.com/watch/NFc7-8kBEvo, http://www.playvid.com/watch/Oi1AV-GuJ4q, http://www.playvid.com/watch/0Zi2DZQiqjN,
http://www.playvid.com/watch/nEiHa-U7G5V, http://www.playvid.com/watch/0gt_ZXIUkm6, http://www.playvid.com/watch/eNtAFypOwMd,
http://www.playvid.com/watch/EXxP0gMJWEP, http://www.playvid.com/watch/nZAkQ_fsbTo, http://www.playvid.com/watch/LxCRUBC3lVf,
http://www.playvid.com/watch/6B48OakkiVd, http://www.playvid.com/watch/Fiyyv1Zamkx, http://www.playvid.com/watch/39615oOXKjt,
http://www.playvid.com/watch/EXaI4tT-0s6, http://www.playvid.com/watch/Q8dlUUaHeat, http://www.playvid.com/watch/DHgXm2aFRcT,

http://www.playvid.com/watch/X4gByjRw4Bp, http://www.playvid.com/watch/nWH1GxyEEbC, http://www.playvid.com/watch/ReyPth2IuGr,
http://www.playvid.com/watch/kOsUeAFzH-b, http://www.playvid.com/watch/K6nxzX3Kr0C, http://www.playvid.com/watch/juV7k_PpI7Q,
http://www.playvid.com/watch/qYhmqfJ5hi4, http://www.playvid.com/watch/BU4L2e81dPJ, http://www.playvid.com/watch/AW_1FZAojsC,
http://www.playvid.com/watch/3WChoADV1cW, http://www.playvid.com/watch/62uBOBIdHgf, http://www.playvid.com/watch/SxsFVYXloOR,
http://www.playvid.com/watch/jZj-5C9OiZF, http://www.playvid.com/watch/cEIh0Q-lDmt, http://www.playvid.com/watch/Alm8OQx8Mut,
http://www.playvid.com/watch/tAR6Qputb3p, http://www.playvid.com/watch/xhIg811L1i0, http://www.playvid.com/watch/09bOv6PtKAk,
http://www.playvid.com/watch/0AOwpVpv9Jy, http://www.playvid.com/watch/A1FN9xwEw7M, http://www.playvid.com/watch/rfJ1k-jpq0F,
http://www.playvid.com/watch/oj4ABlpfsTO, http://www.playvid.com/watch/X7HyBawY3CZ, http://www.playvid.com/watch/21e9mEZuTtY,
http://www.playvid.com/watch/VbWnVTBTNGA, http://www.playvid.com/watch/uTHm71LpRgm, http://www.playvid.com/watch/rkSYgDM9iX7,
http://www.playvid.com/watch/T_yl0SQpejK, http://www.playvid.com/watch/gX_aNfmUJAP, http://www.playvid.com/watch/hUqj35ElF5E,
http://www.playvid.com/watch/e2Ra4mknbEI, http://www.playvid.com/watch/KggNkY2wAlE, http://www.playvid.com/watch/8mOjMuRDnkV,
http://www.playvid.com/watch/VqwomDi4OID, http://www.playvid.com/watch/M6pQqkShsnS, http://www.playvid.com/watch/ksAM98tqaZY,
http://www.playvid.com/watch/PYFDVZbLA3v, http://www.playvid.com/watch/Sxo3Re901ib, http://www.playvid.com/watch/ISjKzM91Wlu,
http://www.playvid.com/watch/DwbcJN-YGVW, http://www.playvid.com/watch/pEfyHABP1dZ, http://www.playvid.com/watch/XnBwW-OUZ4a,
http://www.playvid.com/watch/7-HMp-9IOMp, http://www.playvid.com/watch/p2JOnRMSanM, http://www.playvid.com/watch/xRYOuppdWgE,
http://www.playvid.com/watch/CSVC9O2ylGU, http://www.playvid.com/watch/OAWhbm_YtHb, http://www.playvid.com/watch/0hXB2yn7kUE,
http://www.playvid.com/watch/qcLOLK_hZU3, http://www.playvid.com/watch/sysbWCtUZOz, http://www.playvid.com/watch/VgpmddyNjZg,
http://www.playvid.com/watch/SS0GdCCIIAY, http://www.playvid.com/watch/cVv2FbCsdsg, http://www.playvid.com/watch/PA0t6C4g7Yz,
http://www.playvid.com/watch/WUX1bSD42ks, http://www.playvid.com/watch/XVTNJ4IHhgP, http://www.playvid.com/watch/96nIBuOhFSA,
http://www.playvid.com/watch/V1_f48FZ3Qs, http://www.playvid.com/watch/X6FkCuyIGWZ, http://www.playvid.com/watch/bCBIjv_WdpJ,
http://www.playvid.com/watch/P-IhSuE-UG7, http://www.playvid.com/watch/RGQDQvk59b5, http://www.playvid.com/watch/wfXLqpGZq7r,
http://www.playvid.com/watch/CpiWxupcMsc, http://www.playvid.com/watch/hbo6IiyDfwC, http://www.playvid.com/watch/ZIk7nyohBGT,
http://www.playvid.com/watch/P70xtzzGM8f, http://www.playvid.com/watch/Gya1-S1bA8y, http://www.playvid.com/watch/FfkszgFeJ8R,
http://www.playvid.com/watch/LNVCfWhBIdZ, http://www.playvid.com/watch/aE5zwXSVZLs, http://www.playvid.com/watch/JEMAO_qz9Ir,
http://www.playvid.com/watch/R8cUEhQppbH, http://www.playvid.com/watch/j-Fg-tmATPh, http://www.playvid.com/watch/RGaH1nUIctx,
http://www.playvid.com/watch/o-vX86N8xoQ, http://www.playvid.com/watch/tQKTSu82udJ, http://www.playvid.com/watch/kCH_5EuuuI0,
http://www.playvid.com/watch/8n6Tm6MdK0m, http://www.playvid.com/watch/wLxn3DUnA8c, http://www.playvid.com/watch/mfMqjylT22y,
http://www.playvid.com/watch/FsWkk9QnSMy, http://www.playvid.com/watch/uH2NTqZez4U, http://www.playvid.com/watch/QC2WQ3CPk1m,
http://www.playvid.com/watch/ok2MVmAnF3E, http://www.playvid.com/watch/E_hsXJr_2w3, http://www.playvid.com/watch/sgqslndplow,
http://www.playvid.com/watch/N-vuauL-GGZ, http://www.playvid.com/watch/C48iI0MSEfL, http://www.playvid.com/watch/ed_rN1q647G,
http://www.playvid.com/watch/Mdi9AQ7d0Yo, http://www.playvid.com/watch/AdeGKmto6QL, http://www.playvid.com/watch/sEpIxj1UgW6,
http://www.playvid.com/watch/hG8rZ91NQfk, http://www.playvid.com/watch/gHg10GULG_J, http://www.playvid.com/watch/foAZ8tf_krS,
http://www.playvid.com/watch/v3M4FRXjEZu, http://www.playvid.com/watch/ojyAujUDkQ4, http://www.playvid.com/watch/sLQ-Rvd9oxe,
http://www.playvid.com/watch/IGPMLa9pwf3, http://www.playvid.com/watch/oYcHtDpCK10, http://www.playvid.com/watch/4LyGUeYetXr,
http://www.playvid.com/watch/eJz4wqbhMKd, http://www.playvid.com/watch/qyPbMP3wwe5, http://www.playvid.com/watch/hP10fsQwduu,
http://www.playvid.com/watch/PzfjP-8mYrn, http://www.playvid.com/watch/hlVJwy6t9_V, http://www.playvid.com/watch/TpYf9tNkszd,
http://www.playvid.com/watch/49jdpmYDfF6, http://www.playvid.com/watch/NU0Ql63jObo, http://www.playvid.com/watch/ZHO6UfChq5U,
http://www.playvid.com/watch/crVzaQl1CZS, http://www.playvid.com/watch/Z45cZxp03X8, http://www.playvid.com/watch/tRCYdsEqy_I,
http://www.playvid.com/watch/plkSKdMoyGp, http://www.playvid.com/watch/J_o_lzC9BF3, http://www.playvid.com/watch/01acxhKB-cj,
http://www.playvid.com/watch/6guDZ4LalHV, http://www.playvid.com/watch/P-TBLpxhp8e, http://www.playvid.com/watch/EtL2sI1nXeN,
http://www.playvid.com/watch/QeG3RjlB00N, http://www.playvid.com/watch/uCoIHYs3mkt, http://www.playvid.com/watch/DL6x_MHsqpA,
http://www.playvid.com/watch/OJFrMGFJRuw, http://www.playvid.com/watch/UelpX1iGr1o, http://www.playvid.com/watch/3t-uOwjH_GX,
http://www.playvid.com/watch/Qj-RZy3-W8S, http://www.playvid.com/watch/pgY9JQWAwtK, http://www.playvid.com/watch/sGC4Dfwn_lP,
http://www.playvid.com/watch/bPcU7gugG17, http://www.playvid.com/watch/JjH_Qya8UqL, http://www.playvid.com/watch/j6t8k01LgAO,
http://www.playvid.com/watch/kZ0SJuak6hQ, http://www.playvid.com/watch/LXI_P2oOO4V, http://www.playvid.com/watch/zshmyV-6fAl,
http://www.playvid.com/watch/U92lXh46i9m, http://www.playvid.com/watch/4y3IyeGhWKD, http://www.playvid.com/watch/0M_hZs5g7rf,
http://www.playvid.com/watch/C5lzjDPHRe3, http://www.playvid.com/watch/bGG7tuM6NZd, http://www.playvid.com/watch/mZq-5XtrjKQ,
http://www.playvid.com/watch/ZYVSstH1zo0, http://www.playvid.com/watch/HhZGirBgcry, http://www.playvid.com/watch/kOEyBWw0bLR,
http://www.playvid.com/watch/vB8z5mYqD-3, http://www.playvid.com/watch/7xhziFY4PnD, http://www.playvid.com/watch/4clJGwCpF5a,
http://www.playvid.com/watch/k2wK9sNUi1C, http://www.playvid.com/watch/7eFPZ1Z7NLf, http://www.playvid.com/watch/iwH64Luef6F,
http://www.playvid.com/watch/oiqy96sb1-5, http://www.playvid.com/watch/NYGJ3geA_tM, http://www.playvid.com/watch/jZtb4-nDFzA,
http://www.playvid.com/watch/DPyEOajS9GM, http://www.playvid.com/watch/AfdPrLwuJHh, http://www.playvid.com/watch/IC5ZY3OxqWi,
http://www.playvid.com/watch/5ZXf1PBerCY, http://www.playvid.com/watch/GBlSHi45FJz, http://www.playvid.com/watch/6h0CJSkHXwP,
http://www.playvid.com/watch/ocBj9Gxrzwp, http://www.playvid.com/watch/UE4k0mqN-15, http://www.playvid.com/watch/piiHA8uP_9Z,
http://www.playvid.com/watch/W2VSiny3cTf, http://www.playvid.com/watch/xyu4aU4Mtke, http://www.playvid.com/watch/W6lJUKK6PyB,
http://www.playvid.com/watch/u5rDLkRjEHu, http://www.playvid.com/watch/cl_CBEr3W5U, http://www.playvid.com/watch/Oy2uzWLMcia,
http://www.playvid.com/watch/fgNTVsIKyYi, http://www.playvid.com/watch/KVCSP8bRbuI, http://www.playvid.com/watch/V-fZYYBKe00,
http://www.playvid.com/watch/ZTswLovWIZw, http://www.playvid.com/watch/GVliU-iFqWV, http://www.playvid.com/watch/5pqSxCMcrhC,
http://www.playvid.com/watch/AUiLutOMUx3, http://www.playvid.com/watch/9Q35sUSsnFP, http://www.playvid.com/watch/VbDsQEgDyRX,
http://www.playvid.com/watch/01XF2wCM_MH, http://www.playvid.com/watch/ns7D_LtVhne, http://www.playvid.com/watch/akKM7A0XtRn,
http://www.playvid.com/watch/IOIhjuhq756, http://www.playvid.com/watch/CReAAuJWwJO, http://www.playvid.com/watch/bbEG6HGxK2B,
http://www.playvid.com/watch/WHRQdrj6NXR, http://www.playvid.com/watch/PZOCRkyhPu3, http://www.playvid.com/watch/bcZ1G_C32pd,
http://www.playvid.com/watch/YPnsy_Shr5j, http://www.playvid.com/watch/GoMW576eZcz, http://www.playvid.com/watch/8jRsbzkwtBX,
http://www.playvid.com/watch/khlyDgXfGtg, http://www.playvid.com/watch/3Kc5RvqLlEW, http://www.playvid.com/watch/qeBq8qiccSW,
http://www.playvid.com/watch/lrdrhoMbk-n, http://www.playvid.com/watch/zWAj3Pk7FlO, http://www.playvid.com/watch/I15C2S7yIyF,
http://www.playvid.com/watch/LkPYXDDHrxU, http://www.playvid.com/watch/kNVQikQKlro, http://www.playvid.com/watch/ES7y6Bg-AXb,
http://www.playvid.com/watch/z5b_-ui62No, http://www.playvid.com/watch/fgfL_BclWVu, http://www.playvid.com/watch/5Jqp81koGXC,
http://www.playvid.com/watch/GaNzixRocBE, http://www.playvid.com/watch/Yvwh_il0RFF, http://www.playvid.com/watch/ixYOscEn8Fk,
http://www.playvid.com/watch/jG8IVH1HMim, http://www.playvid.com/watch/nVtqbjfE1yG, http://www.playvid.com/watch/dxRIkLaexPn,
http://www.playvid.com/watch/jqPnmn9HOfV, http://www.playvid.com/watch/MepD00W61Bo, http://www.playvid.com/watch/omInVC27DAm,
http://www.playvid.com/watch/Dqhit5aScEl, http://www.playvid.com/watch/eVRhnlhQ2Vg, http://www.playvid.com/watch/0bPRDsM8cwz,
http://www.playvid.com/watch/EDdjfq34cbv, http://www.playvid.com/watch/Qd2c3U-wZtg, http://www.playvid.com/watch/BxGbCZEggRH,
http://www.playvid.com/watch/ft1pins6wM2, http://www.playvid.com/watch/gT3rUbnUN9j, http://www.playvid.com/watch/J6urtw7pBVV,
http://www.playvid.com/watch/XFjXux1V_Vd, http://www.playvid.com/watch/7nnSLthSePf, http://www.playvid.com/watch/41DWuIidzzT,
http://www.playvid.com/watch/akuPWCMNna5, http://www.playvid.com/watch/qmOS58MxNIC, http://www.playvid.com/watch/WUXr6TebNZz,
http://www.playvid.com/watch/A3ymUzV8Yto, http://www.playvid.com/watch/c1my4q12vQ5, http://www.playvid.com/watch/uxzWQyTwMhJ,
http://www.playvid.com/watch/ftZEB43e4cu, http://www.playvid.com/watch/LKBLOzsI9WT, http://www.playvid.com/watch/UZXqqzz-PEr,
http://www.playvid.com/watch/pbwr_h_5gC0, http://www.playvid.com/watch/Dvslq5Us68y, http://www.playvid.com/watch/RbLIw7TDch8,
http://www.playvid.com/watch/QBLulX8QjsJ, http://www.playvid.com/watch/r5PKCYoMXyz, http://www.playvid.com/watch/hOYJLkBQteM,
http://www.playvid.com/watch/jcHdjGJ_Pwe, http://www.playvid.com/watch/6dBkHF03agr, http://www.playvid.com/watch/GpI2LhaPKGE,
http://www.playvid.com/watch/JM-p_8AouCh, http://www.playvid.com/watch/slYIp_x6I64, http://www.playvid.com/watch/GSeUkQ-vMCh,
http://www.playvid.com/watch/a68bPNYiElQ, http://www.playvid.com/watch/iLtXyk1bfS2, http://www.playvid.com/watch/tH49FWFfBCQ,
http://www.playvid.com/watch/MdbJZtIi067, http://www.playvid.com/watch/DsxpwYLTsJ6, http://www.playvid.com/watch/9gI1-u1Tgit,
http://www.playvid.com/watch/IZJBbcFqWfF, http://www.playvid.com/watch/nt_683YB52l, http://www.playvid.com/watch/DTE-WBOCnog,
http://www.playvid.com/watch/BWG59VadTLs, http://www.playvid.com/watch/3X7Sg0iGJbT, http://www.playvid.com/watch/UtF_y18ImB3,
http://www.playvid.com/watch/EEM1qOZlsAe, http://www.playvid.com/watch/5fhczQSiQ1A, http://www.playvid.com/watch/juuI9cjIX-y,
http://www.playvid.com/watch/GYZLbvhKxaz, http://www.playvid.com/watch/QBLqn7__RiM, http://www.playvid.com/watch/LaKewmnie3e,
http://www.playvid.com/watch/6lbsv7gE5RK, http://www.playvid.com/watch/08gRcnSwYQs, http://www.playvid.com/watch/z6iYoeKECLo,
http://www.playvid.com/watch/ReiQpFnWbE5, http://www.playvid.com/watch/LL3V0m-D-Up, http://www.playvid.com/watch/gPveJ8ox-Am,
http://www.playvid.com/watch/H2nWo6S3-03, http://www.playvid.com/watch/Ebyny0uNZZv, http://www.playvid.com/watch/fi3EjJ_yryc,
http://www.playvid.com/watch/tB1bIsiVgCM, http://www.playvid.com/watch/o8zM0BG9Usr, http://www.playvid.com/watch/7T0QUqTd-KV,
http://www.playvid.com/watch/8ZEb4m3rp6M, http://www.playvid.com/watch/jK2gm6IUxVG, http://www.playvid.com/watch/frZC5esnF7F,
http://www.playvid.com/watch/YDS0ZAEOBI4, http://www.playvid.com/watch/TTj-NcLKkKH, http://www.playvid.com/watch/6J0-5dzpsHD,
http://www.playvid.com/watch/AcOVpQP0n7C, http://www.playvid.com/watch/37qN2g2hBuW, http://www.playvid.com/watch/o-AHjU8kxAr,
http://www.playvid.com/watch/0Rk94cKzVJq, http://www.playvid.com/watch/dDmY52Vu5uz, http://www.playvid.com/watch/cjZQmdlXFyc,
http://www.playvid.com/watch/Zt8e0U0KF1q, http://www.playvid.com/watch/53rK5uZsgrb, http://www.playvid.com/watch/CMWA2F44ATK,

http://www.playvid.com/watch/W6o-i0qImau, http://www.playvid.com/watch/pQ4jnNKA4YS, http://www.playvid.com/watch/8SFgNZ2XUhI,
http://www.playvid.com/watch/pIVTT6OwX74, http://www.playvid.com/watch/beUZJBgKlXS, http://www.playvid.com/watch/pbMxrx6Ilj5,
http://www.playvid.com/watch/IuDx2JZwi2K, http://www.playvid.com/watch/sazej5rzZ-W, http://www.playvid.com/watch/m-rhlQljYet,
http://www.playvid.com/watch/gBoOfgV2n_k, http://www.playvid.com/watch/cTdfwkTicId, http://www.playvid.com/watch/98XjQI6NazE,
http://www.playvid.com/watch/Uksu6MF91dk, http://www.playvid.com/watch/yJzXxMxO7q0, http://www.playvid.com/watch/UWjKbXkSUU8,
http://www.playvid.com/watch/K-gWw61p-gw, http://www.playvid.com/watch/pMreNe5X2Ve, http://www.playvid.com/watch/noCbE-8FM5a,
http://www.playvid.com/watch/X5mJVJg2uGd, http://www.playvid.com/watch/2a-3N112Z_z, http://www.playvid.com/watch/KYEUk2QMqbD,
http://www.playvid.com/watch/pSrgGlPUD_S, http://www.playvid.com/watch/Df56Yx-A7Qi, http://www.playvid.com/watch/aCNn30TxUzT,
http://www.playvid.com/watch/Ktyrcmh5nlD, http://www.playvid.com/watch/Aj6AHkE4koj, http://www.playvid.com/watch/6OscsNWEH87,
http://www.playvid.com/watch/IieoLao_0GU, http://www.playvid.com/watch/PHnLOWNmkzF, http://www.playvid.com/watch/Bwekjj05yb6,
http://www.playvid.com/watch/FqmaoKg6evp, http://www.playvid.com/watch/Gy8F4AqV9Sy, http://www.playvid.com/watch/VQgQgv18OaC,
http://www.playvid.com/watch/cmfW2-eAEAa, http://www.playvid.com/watch/aFIuyIRHPgs, http://www.playvid.com/watch/G_5UsolKy9y,
http://www.playvid.com/watch/aLyPggMVQdB, http://www.playvid.com/watch/6CY9UrBwAiy, http://www.playvid.com/watch/8qHcJLmoT3e,
http://www.playvid.com/watch/qjoZMYthar2, http://www.playvid.com/watch/9_yGRyahFQO, http://www.playvid.com/watch/Tx88_ZnTQ2U,
http://www.playvid.com/watch/rC2dTnugyca, http://www.playvid.com/watch/D8dLS7EgleF, http://www.playvid.com/watch/5DiI3jwLwOe,
http://www.playvid.com/watch/tjCDlkZ5MAY, http://www.playvid.com/watch/9jw28unUxXh, http://www.playvid.com/watch/lwBnMQP4MHd,
http://www.playvid.com/watch/ZJRRKJmcQGP, http://www.playvid.com/watch/cVlsg95PPYv, http://www.playvid.com/watch/79cUdDp89WB,
http://www.playvid.com/watch/3z6KZMFe3-w, http://www.playvid.com/watch/FWM6SA0zWOx, http://www.playvid.com/watch/E5PP7qhji_N,
http://www.playvid.com/watch/uDC3etSRFNk, http://www.playvid.com/watch/aEsoypcIPJE, http://www.playvid.com/watch/oBE-xpM0tiv,
http://www.playvid.com/watch/fNLmVR-0xPm, http://www.playvid.com/watch/eufmTPMv_-E, http://www.playvid.com/watch/BywZ5q_6LPx,
http://www.playvid.com/watch/446dKcuwlnC, http://www.playvid.com/watch/Tg7ngKEzeYU, http://www.playvid.com/watch/st6ITi_3QU5,
http://www.playvid.com/watch/SzUG7XhQ-bt, http://www.playvid.com/watch/gTu8Ueap3M6, http://www.playvid.com/watch/uxlGjFYv6yU,
http://www.playvid.com/watch/pcFXYnYJmg8, http://www.playvid.com/watch/5cFbTdzpRPr, http://www.playvid.com/watch/qCRSuyqe6dY,
http://www.playvid.com/watch/x2jb1vgVwRU, http://www.playvid.com/watch/rA1yyZ6lopW, http://www.playvid.com/watch/jBPpn_09bbl,
http://www.playvid.com/watch/uJIlyijcaCl, http://www.playvid.com/watch/p8jenXgkv1M, http://www.playvid.com/watch/IjJpnL4GMQw,
http://www.playvid.com/watch/7G51gvcHF7r, http://www.playvid.com/watch/0HVOtERdVn6, http://www.playvid.com/watch/oBrbM6M7PEf,
http://www.playvid.com/watch/gYsRWmAEs0H, http://www.playvid.com/watch/CJ65JxXkQpj, http://www.playvid.com/watch/Cz8KPVE0eAf,
http://www.playvid.com/watch/EuvLW1-ORZB, http://www.playvid.com/watch/MGW8067PHCK, http://www.playvid.com/watch/tPTETfbpPTG,
http://www.playvid.com/watch/LHy2fWEcGZI, http://www.playvid.com/watch/enHK6bIVvZk, http://www.playvid.com/watch/4hTyZ5_sEB8,
http://www.playvid.com/watch/t492-lkLCuW, http://www.playvid.com/watch/XP32VbEf6Wc, http://www.playvid.com/watch/q-F4RUpl64l,
http://www.playvid.com/watch/sXPG_EcCfaP, http://www.playvid.com/watch/btbRUIG3XK2, http://www.playvid.com/watch/mNJz5BV3d5p,
http://www.playvid.com/watch/Q-qYSkxRIUM, http://www.playvid.com/watch/OL4Y0kXzMdq, http://www.playvid.com/watch/DwcAQIWr5CJ,
http://www.playvid.com/watch/qSyGi637xO7, http://www.playvid.com/watch/iHyQ6-nK_Bt, http://www.playvid.com/watch/ZZRjfWBM1nY,
http://www.playvid.com/watch/J4VtvD6073a, http://www.playvid.com/watch/d9p1ngOUKuk, http://www.playvid.com/watch/FsyyZGYEhve,
http://www.playvid.com/watch/mQLuMB2TUnp, http://www.playvid.com/watch/IqFbbgy1ygg, http://www.playvid.com/watch/sshPofnfJSu,
http://www.playvid.com/watch/cS5Rq75AUGF, http://www.playvid.com/watch/c-dxTo_baI3, http://www.playvid.com/watch/ntWYyfJiIxX,
http://www.playvid.com/watch/RrWjAbUJBqm, http://www.playvid.com/watch/cMkWvB35jyC, http://www.playvid.com/watch/8eTmaGcsyLX,
http://www.playvid.com/watch/QJmiusuVJJU, http://www.playvid.com/watch/uqEZcJDKr6t, http://www.playvid.com/watch/9uoSq7VeXgr,
http://www.playvid.com/watch/b_d0DWNeWHq, http://www.playvid.com/watch/WpK8TPRWhPe, http://www.playvid.com/watch/au4IetNpI_k,
http://www.playvid.com/watch/Qk8Am4ZluUN, http://www.playvid.com/watch/eZGneNsjjxj, http://www.playvid.com/watch/o2d-GfY2X5l,
http://www.playvid.com/watch/x6y-pWj1hpN, http://www.playvid.com/watch/Yd4VVXhwaLz, http://www.playvid.com/watch/a5Ca9uW-4Yn,
http://www.playvid.com/watch/kE4dCiLtMWv, http://www.playvid.com/watch/5h1SxAQxrq2, http://www.playvid.com/watch/g88pG0cth9J,
http://www.playvid.com/watch/O2VJyH0at2G, http://www.playvid.com/watch/2QoAJY72Skp, http://www.playvid.com/watch/kiV-k42V8nF,
http://www.playvid.com/watch/Cs0CHtjZ9Rv, http://www.playvid.com/watch/k8pYfJJn9kv, http://www.playvid.com/watch/TWCSssEhKuW,
http://www.playvid.com/watch/G1DI59NfaAB, http://www.playvid.com/watch/IbVK1YwOVPu, http://www.playvid.com/watch/4E2NXFVyetl,
http://www.playvid.com/watch/fb70fLL85J2, http://www.playvid.com/watch/VMmd8Usm1JK, http://www.playvid.com/watch/SPEQZBdFMVF,
http://www.playvid.com/watch/unWo2ri7Z6V, http://www.playvid.com/watch/yKWgMMUDVdN, http://www.playvid.com/watch/tLtb9XIbj0W,
http://www.playvid.com/watch/b7eLPR5pCu9, http://www.playvid.com/watch/Gniu9oRQ1lw, http://www.playvid.com/watch/XG0tBYji5Az,
http://www.playvid.com/watch/9cRC17IbEAg, http://www.playvid.com/watch/bI8HqIIXPxs, http://www.playvid.com/watch/WrR_oiBOAJQ,
http://www.playvid.com/watch/BlFaVkDcT7E, http://www.playvid.com/watch/lwKq7DuW53G, http://www.playvid.com/watch/3EcOZr9whFU,
http://www.playvid.com/watch/jWskFxlFeVx, http://www.playvid.com/watch/Z9aOd_aSBmU, http://www.playvid.com/watch/DRBlon03W25,
http://www.playvid.com/watch/StBKmriS9-c, http://www.playvid.com/watch/S7lmMN2TvwP, http://www.playvid.com/watch/9sjFAB30aZI,
http://www.playvid.com/watch/lG6N79ufk5b, http://www.playvid.com/watch/g-MVn7aS8DT, http://www.playvid.com/watch/katFMGdNXMD,
http://www.playvid.com/watch/HFmyPME6Nx8, http://www.playvid.com/watch/suwqSi_Qq0v, http://www.playvid.com/watch/DbIn-1rhOzO,
http://www.playvid.com/watch/36fyN9vLQbW, http://www.playvid.com/watch/3E5M3D7ydQd, http://www.playvid.com/watch/525kDO-2PNX,
http://www.playvid.com/watch/AxK9aaLbekw, http://www.playvid.com/watch/9KsL_i6rSie, http://www.playvid.com/watch/KIMVBJfRHro,
http://www.playvid.com/watch/LKsx5AZC0mZ, http://www.playvid.com/watch/htS9b51_9_I, http://www.playvid.com/watch/hW7DwI0YuiL,
http://www.playvid.com/watch/tI6E3ROZEnM, http://www.playvid.com/watch/rPJCa8f3bDo, http://www.playvid.com/watch/awtcTulRo5A,
http://www.playvid.com/watch/L_MrNn6vIi8, http://www.playvid.com/watch/tj7SZ2sp38h, http://www.playvid.com/watch/eweM8Y06fGR,
http://www.playvid.com/watch/uoE7V85obBS, http://www.playvid.com/watch/fxzOuFlWFlZ, http://www.playvid.com/watch/6RMGubs6eP0,
http://www.playvid.com/watch/yFtpScdhN-X, http://www.playvid.com/watch/uTX55k3TNYv, http://www.playvid.com/watch/G9RA5VL6J4K,
http://www.playvid.com/watch/mM2DUWtz38Y, http://www.playvid.com/watch/ijAXccQ7bcz, http://www.playvid.com/watch/Q4QOF4--VYM,
http://www.playvid.com/watch/9szIbADE4wb, http://www.playvid.com/watch/3yDDJVKmqLp, http://www.playvid.com/watch/YRfNQzedqXT,
http://www.playvid.com/watch/8plNKVAUsaz, http://www.playvid.com/watch/MCF8pabUqyd, http://www.playvid.com/watch/jeWezO9N6jO,
http://www.playvid.com/watch/F627S2MqRWH, http://www.playvid.com/watch/edQw0P_lkif, http://www.playvid.com/watch/Fs-5lq5RQ5P,
http://www.playvid.com/watch/G3CGNCLWXZk, http://www.playvid.com/watch/mz3-_cmr5TO, http://www.playvid.com/watch/b7qeQSrdnei,
http://www.playvid.com/watch/DdaBqhcSYA7, http://www.playvid.com/watch/RVuL--niov3, http://www.playvid.com/watch/g2ZeksfXiHl,
http://www.playvid.com/watch/bXxGpPfXJAm, http://www.playvid.com/watch/wpaIZc5Tawb, http://www.playvid.com/watch/XwzQ0j8ONnJ,
http://www.playvid.com/watch/ijkwUcy7PUK, http://www.playvid.com/watch/WHz01q5SKgd, http://www.playvid.com/watch/C_q0xmZhuam,
http://www.playvid.com/watch/qikuoyCEoUq, http://www.playvid.com/watch/P0NQe87azYc, http://www.playvid.com/watch/aTDDpuGnGfN,
http://www.playvid.com/watch/bxlfmTrqLZK, http://www.playvid.com/watch/T8TY6PKbw84, http://www.playvid.com/watch/dU8wWJT_EiV,
http://www.playvid.com/watch/QfYptJbvIEi, http://www.playvid.com/watch/23Yp-46IMkW, http://www.playvid.com/watch/0DNV0AcrDN9,
http://www.playvid.com/watch/BpLMBqQGq_A, http://www.playvid.com/watch/5d7U94t5TUk, http://www.playvid.com/watch/tqTpRYza9Aj,
http://www.playvid.com/watch/ixGd2pCe7zk, http://www.playvid.com/watch/HpAVNAAghQv, http://www.playvid.com/watch/gN5hu3fmonP,
http://www.playvid.com/watch/S5e16-v6MMQ, http://www.playvid.com/watch/u1XxDMtSljK, http://www.playvid.com/watch/GRDifFrhO0v,
http://www.playvid.com/watch/9IFRTPsc4wv, http://www.playvid.com/watch/uGuZSiTPok2, http://www.playvid.com/watch/hmlYP5f6wuu,
http://www.playvid.com/watch/9vGv8sCNtmM, http://www.playvid.com/watch/KBAckXI--I7, http://www.playvid.com/watch/Dq506eX-2HB,
http://www.playvid.com/watch/TZjrpxe7N4j, http://www.playvid.com/watch/J2IR-G3L52M, http://www.playvid.com/watch/KlC0BBcN0QN,
http://www.playvid.com/watch/WQYiMoxAuvZ, http://www.playvid.com/watch/K_bJ4Kk2-xW, http://www.playvid.com/watch/CbUTjqUEu5s,
http://www.playvid.com/watch/3y45TQQK6-5, http://www.playvid.com/watch/XyWhGFoWl05, http://www.playvid.com/watch/McyKZnxi40p,
http://www.playvid.com/watch/AsmFRhC9Xdv, http://www.playvid.com/watch/ofCH60vVqP4, http://www.playvid.com/watch/ZRtOcy_KH3X,
http://www.playvid.com/watch/BofnsP7ctEl, http://www.playvid.com/watch/v5D3WrcTcoW, http://www.playvid.com/watch/os4h_-Vu8jT,
http://www.playvid.com/watch/CkHHAHZUERf, http://www.playvid.com/watch/qY19Nka_iMD, http://www.playvid.com/watch/6dyZku_5UPC,
http://www.playvid.com/watch/cAII0Db8UgT, http://www.playvid.com/watch/YE53D3031sD, http://www.playvid.com/watch/SkbAZ5utkKc,
http://www.playvid.com/watch/vP7mum72bQF, http://www.playvid.com/watch/Bco4Wf8bWRY, http://www.playvid.com/watch/MoFCwZKQEdA,
http://www.playvid.com/watch/Og3zJBNgMrr, http://www.playvid.com/watch/M3uJ1RKPmPh, http://www.playvid.com/watch/LS5lgnb_UmK,
http://www.playvid.com/watch/vxEt3hidppA, http://www.playvid.com/watch/Y4a60BGbzzj, http://www.playvid.com/watch/e5hhF_5c-1f,
http://www.playvid.com/watch/7E9tqrVRyeE, http://www.playvid.com/watch/CGnW4Hhju6g, http://www.playvid.com/watch/dtoHjxOVaTP,
http://www.playvid.com/watch/FUDuziy0xCF, http://www.playvid.com/watch/E9r3zYdxHAu, http://www.playvid.com/watch/2kaoKDKmOdL,
http://www.playvid.com/watch/0bPvUjzQsFs, http://www.playvid.com/watch/Z95JPcqIfWt, http://www.playvid.com/watch/yW91fjv69w4,
http://www.playvid.com/watch/cpoTlrJ669Q, http://www.playvid.com/watch/EGXbpTd1Qm6, http://www.playvid.com/watch/MBFwi77usqB,
http://www.playvid.com/watch/iWBbMCxHCk8, http://www.playvid.com/watch/VCZjkj67UP4, http://www.playvid.com/watch/ssZmMX4o9Dy,
http://www.playvid.com/watch/qFWVhZcU2za, http://www.playvid.com/watch/xJtFB1hvjqp, http://www.playvid.com/watch/9EkE29zLXZO,
http://www.playvid.com/watch/7ASzL7VfQaP, http://www.playvid.com/watch/UbARyGrPghx, http://www.playvid.com/watch/3Hm2uDPcvhC,
http://www.playvid.com/watch/RPG4VFlvEFv, http://www.playvid.com/watch/TutEivZTrxp, http://www.playvid.com/watch/H2P4OFbALFE,
http://www.playvid.com/watch/pHYpEADkIXx, http://www.playvid.com/watch/KdWS8CdicM3, http://www.playvid.com/watch/cntvOE9gDkh,

http://www.playvid.com/watch/4LfD9UurRt5, http://www.playvid.com/watch/A4Cb5Qv-mb8, http://www.playvid.com/watch/Lgqm5I_n8_H,
http://www.playvid.com/watch/XfixP_LGlpo, http://www.playvid.com/watch/MiSh5xaNLpf, http://www.playvid.com/watch/2pskhzzgwiM,
http://www.playvid.com/watch/Ycu0ScI_76e, http://www.playvid.com/watch/aIyGsKSsuqA, http://www.playvid.com/watch/GoiVy0WjYxr,
http://www.playvid.com/watch/xZ16_hxBBL8, http://www.playvid.com/watch/WeitjmK70m0, http://www.playvid.com/watch/y9vclFsbCuj,
http://www.playvid.com/watch/mXjwZhiBtEi, http://www.playvid.com/watch/799hQbR7yjk, http://www.playvid.com/watch/XtuOB80kcXA,
http://www.playvid.com/watch/e9wzhjFwTJJ, http://www.playvid.com/watch/l5bf2PTosnv, http://www.playvid.com/watch/vvGv-ICMQ13,
http://www.playvid.com/watch/Bz-O0EEsn7O, http://www.playvid.com/watch/trhJcceQGme, http://www.playvid.com/watch/ZH7dCiZvDAn,
http://www.playvid.com/watch/zVqPFpP1dRt, http://www.playvid.com/watch/rYGnyjUw9kB, http://www.playvid.com/watch/yhYPiDn6TLW,
http://www.playvid.com/watch/i5UE1PAYVly, http://www.playvid.com/watch/LqgtcwRn6vD, http://www.playvid.com/watch/RO8bmcKfIpa,
http://www.playvid.com/watch/lw4c1rl0v7P, http://www.playvid.com/watch/udxVIdZKQ6C, http://www.playvid.com/watch/ezix9vB_92C,
http://www.playvid.com/watch/y4BnABSRto0, http://www.playvid.com/watch/nqLHazYKIRG, http://www.playvid.com/watch/29lDaJS5dPE,
http://www.playvid.com/watch/gRButGmt46b, http://www.playvid.com/watch/siSviWApF3J, http://www.playvid.com/watch/34udpKy3VdH,
http://www.playvid.com/watch/eLrvDLoHjWr, http://www.playvid.com/watch/ynu8MbmsaxM, http://www.playvid.com/watch/6UyB12-DVc6,
http://www.playvid.com/watch/2p-QTdrAUod, http://www.playvid.com/watch/IsyMUeDVKGp, http://www.playvid.com/watch/apzUhCpCVZU,
http://www.playvid.com/watch/hy55-ChAWYW, http://www.playvid.com/watch/rAEJAf-pllv, http://www.playvid.com/watch/JAlhj1Mklc3,
http://www.playvid.com/watch/7q3nNJxLyjr, http://www.playvid.com/watch/tFTg7Qi1boD, http://www.playvid.com/watch/6sptui_OurH,
http://www.playvid.com/watch/HzNZ_6n6jV7, http://www.playvid.com/watch/6v33sdOr06Z, http://www.playvid.com/watch/7I5otwgMMsC,
http://www.playvid.com/watch/ID_cCYgfdYc, http://www.playvid.com/watch/kG1QH8B8pds, http://www.playvid.com/watch/liRNgzGMEn8,
http://www.playvid.com/watch/wVTdhvJM5rx, http://www.playvid.com/watch/aVg-t0tPOVO, http://www.playvid.com/watch/S3vwzKYKfhD,
http://www.playvid.com/watch/NGpEm5ro1FK, http://www.playvid.com/watch/EUGocmbXeXT, http://www.playvid.com/watch/3qvgyrt2eA4,
http://www.playvid.com/watch/q1ttaOWpNDT, http://www.playvid.com/watch/HDkfXreF0SE, http://www.playvid.com/watch/9wklypGHw1K,
http://www.playvid.com/watch/bD7LqF_bt-N, http://www.playvid.com/watch/MaLlS08izpM, http://www.playvid.com/watch/dz01d2MfdqY,
http://www.playvid.com/watch/HLJioTlnQhC, http://www.playvid.com/watch/39ux_SbYRL9, http://www.playvid.com/watch/WboW8Wue4hA,
http://www.playvid.com/watch/CHT7Dvu8gin, http://www.playvid.com/watch/z3d_OZHF5M3, http://www.playvid.com/watch/LS-dRrgKXRB,
http://www.playvid.com/watch/irz1bX4FfUv, http://www.playvid.com/watch/fI_7dgMIDMG, http://www.playvid.com/watch/j_X_KXVHSGI,
http://www.playvid.com/watch/YvaxfFw6rCy, http://www.playvid.com/watch/ZktAzuTO8AM, http://www.playvid.com/watch/xk6nO4_nmAI,
http://www.playvid.com/watch/Zx_iwgc3VaT, http://www.playvid.com/watch/0BujWmfbkXc, http://www.playvid.com/watch/jakpUCOE_La,
http://www.playvid.com/watch/3oOTXYikAKs, http://www.playvid.com/watch/jsUo2tYbQqh, http://www.playvid.com/watch/rukU2Wknqzp,
http://www.playvid.com/watch/wpn8ACz2VMh, http://www.playvid.com/watch/YixVvFFld-b, http://www.playvid.com/watch/G4Q_jUNgd55,
http://www.playvid.com/watch/cEL27KE5i6N, http://www.playvid.com/watch/lSy3eTyb6Gi, http://www.playvid.com/watch/JCNyR4dwiVU,
http://www.playvid.com/watch/qPyWUD3RmXc, http://www.playvid.com/watch/pA8rUT-03JK, http://www.playvid.com/watch/7E_EUtyPl9A,
http://www.playvid.com/watch/bnOCHmziOwL, http://www.playvid.com/watch/ZKTY8IYSmYx, http://www.playvid.com/watch/4WaAvgJSASW,
http://www.playvid.com/watch/kQFPEulRMhC, http://www.playvid.com/watch/FmgJcwnR4Mn, http://www.playvid.com/watch/0KrD13ZBUxO,
http://www.playvid.com/watch/RMNmvdiy3nU, http://www.playvid.com/watch/7YBf4acX6Md, http://www.playvid.com/watch/lj2zzwrRs1c,
http://www.playvid.com/watch/wzQrMoJWIA9, http://www.playvid.com/watch/dEIMK5Ic_j4, http://www.playvid.com/watch/BtO_QrEPxV9,
http://www.playvid.com/watch/yznfIKplq66, http://www.playvid.com/watch/x6D821zocPm, http://www.playvid.com/watch/xiv3wePZmbq,
http://www.playvid.com/watch/TtBfiy5y6NL, http://www.playvid.com/watch/lo2TDKOOusK, http://www.playvid.com/watch/bXfXGI0dIOv,
http://www.playvid.com/watch/u_n398tK67F, http://www.playvid.com/watch/Lh5jvipKcUo, http://www.playvid.com/watch/laUJ1HE81jx,
http://www.playvid.com/watch/EasOtQ1SNym, http://www.playvid.com/watch/x-4klNQXwdY, http://www.playvid.com/watch/ncdzLBjWNyP,
http://www.playvid.com/watch/3YUtUvgurah, http://www.playvid.com/watch/l8Er5B9Ugw8, http://www.playvid.com/watch/DjTVqrN-8cQ,
http://www.playvid.com/watch/lobcZHvs7y8, http://www.playvid.com/watch/u9di3Bb9W7O, http://www.playvid.com/watch/9weuUvaU4Dz,
http://www.playvid.com/watch/Uw1fiYsrz9d, http://www.playvid.com/watch/JuWMG9i5cBa, http://www.playvid.com/watch/Mp04HAnQvyb,
http://www.playvid.com/watch/a5Rd73PVLgd, http://www.playvid.com/watch/t-5B98X66ep, http://www.playvid.com/watch/thiEKhRWXZT,
http://www.playvid.com/watch/W7SaiI7lQ23, http://www.playvid.com/watch/ocusXJCiPk6, http://www.playvid.com/watch/TnoX8A8_9mR,
http://www.playvid.com/watch/ZsaU8Jb_Gtt, http://www.playvid.com/watch/pQcCptQR18x, http://www.playvid.com/watch/GCd1I5t7ibg,
http://www.playvid.com/watch/mNefQkwspXh, http://www.playvid.com/watch/YLXLMmJj5hu, http://www.playvid.com/watch/CgNZIwdI71j,
http://www.playvid.com/watch/ziolr0qhead, http://www.playvid.com/watch/JSLbOcug-dg, http://www.playvid.com/watch/jm7d1fgDHpD,
http://www.playvid.com/watch/zMgzlJnljYE, http://www.playvid.com/watch/uTI7pR7Am2R, http://www.playvid.com/watch/NBpWpXJCzRp,
http://www.playvid.com/watch/IofGePkh1Q4, http://www.playvid.com/watch/BGQ9yuRelZI, http://www.playvid.com/watch/gdhVpmbgDyJ,
http://www.playvid.com/watch/uO1PlOsGZWg, http://www.playvid.com/watch/MnCcy0XMV_9, http://www.playvid.com/watch/JUFW1SV9uiR,
http://www.playvid.com/watch/mIhhthJtlID, http://www.playvid.com/watch/5ji1BJ3mvUl, http://www.playvid.com/watch/oikOhphkrce,
http://www.playvid.com/watch/5_ZAybPLpZZ, http://www.playvid.com/watch/7xkAnw3OddT, http://www.playvid.com/watch/i42KLs7Q0fj,
http://www.playvid.com/watch/C57E5lRHL_d, http://www.playvid.com/watch/0Z-fZ3K3Hi2, http://www.playvid.com/watch/FikBKqwc5cC,
http://www.playvid.com/watch/HGupmsGKVpt, http://www.playvid.com/watch/qlV2azPeArU, http://www.playvid.com/watch/K9A6XSkiV9a,
http://www.playvid.com/watch/VegPpDa_T6Q, http://www.playvid.com/watch/b8dSCxBpjZJ, http://www.playvid.com/watch/ZLDmPo2ZAAE,
http://www.playvid.com/watch/BOEgQoRSny7, http://www.playvid.com/watch/J1RoKVaN1El, http://www.playvid.com/watch/Lz_RRJztF5f,
http://www.playvid.com/watch/LFshxgcwRmN, http://www.playvid.com/watch/o2GsbQAE1MD, http://www.playvid.com/watch/EMgWAvA0K8d,
http://www.playvid.com/watch/xxMN_8_25lb, http://www.playvid.com/watch/VVymF7HgKhm, http://www.playvid.com/watch/cD5Vmqkka1h,
http://www.playvid.com/watch/tFYw-zAN2OS, http://www.playvid.com/watch/jnyIxV1nVWg, http://www.playvid.com/watch/OI7xEFG4WBw,
http://www.playvid.com/watch/PATRr6_gKr4, http://www.playvid.com/watch/rwkwT7lLWfs, http://www.playvid.com/watch/KCJSBjj_aPj,
http://www.playvid.com/watch/aLqQ86CjP52, http://www.playvid.com/watch/oaB-WQQ-VZs, http://www.playvid.com/watch/Isn7T1LESvk,
http://www.playvid.com/watch/t3yPWKARGCw, http://www.playvid.com/watch/dl-GMwx4tNe, http://www.playvid.com/watch/2Yk-ejK7Ucs,
http://www.playvid.com/watch/JK7KenjliGa, http://www.playvid.com/watch/DvFmDqIvgZy, http://www.playvid.com/watch/siQC9SxNOxr,
http://www.playvid.com/watch/vb84N7YRPd3, http://www.playvid.com/watch/QzSh8_QBzxf, http://www.playvid.com/watch/FiHy7zinARU,
http://www.playvid.com/watch/pRADUzmfReA, http://www.playvid.com/watch/Pp1bkWEQbIV, http://www.playvid.com/watch/TOa2giKwwjT,
http://www.playvid.com/watch/baCEWO159BB, http://www.playvid.com/watch/iQTpjI3JNBp, http://www.playvid.com/watch/IGZLkTNfTkM,
http://www.playvid.com/watch/yJ5mKbPp1Eb, http://www.playvid.com/watch/0QF6Vp8BJvi, http://www.playvid.com/watch/JC06zuLgAuR,
http://www.playvid.com/watch/SrRgFoOWF7V, http://www.playvid.com/watch/EmM0EwMvgNl, http://www.playvid.com/watch/e4P9ZVraI6F,
http://www.playvid.com/watch/mgfmJuywZ_g, http://www.playvid.com/watch/bZcls8WH3lA, http://www.playvid.com/watch/avJ40b0GrjR,
http://www.playvid.com/watch/JQjuysq3kz2, http://www.playvid.com/watch/uU6Q21Ni3Se, http://www.playvid.com/watch/nT5VP8s_kAB,
http://www.playvid.com/watch/yDbypvJkmQg, http://www.playvid.com/watch/Ea4Kfj5tH3i, http://www.playvid.com/watch/yQ34lsQzKDE,
http://www.playvid.com/watch/RLRU37eaDH4, http://www.playvid.com/watch/69hSOQtRb_R, http://www.playvid.com/watch/YOQZX_PczTf,
http://www.playvid.com/watch/8W0qn_Ku6H6, http://www.playvid.com/watch/rGAnLAJSm7F, http://www.playvid.com/watch/v74LkKWJQug,
http://www.playvid.com/watch/li5i8ejvzZl, http://www.playvid.com/watch/eALcV_JHjcM, http://www.playvid.com/watch/lRPS4pah2Rt,
http://www.playvid.com/watch/qc7EySAe3XA, http://www.playvid.com/watch/PRR2q-gQc6h, http://www.playvid.com/watch/W61cMc6zg_i,
http://www.playvid.com/watch/TH_EVXxAKLs, http://www.playvid.com/watch/7Fa-qSujqeJ, http://www.playvid.com/watch/RuZN7FSylP5,
http://www.playvid.com/watch/YfCOU7AHEew, http://www.playvid.com/watch/thayWVJeebb, http://www.playvid.com/watch/EMeGbwM88K4,
http://www.playvid.com/watch/cBcWqL0H-D2, http://www.playvid.com/watch/d2r6feKE4JB, http://www.playvid.com/watch/fsw1t6qRN7m,
http://www.playvid.com/watch/NRp3bvuwnpU, http://www.playvid.com/watch/iFZQYD9TeMU, http://www.playvid.com/watch/moNZadYe39X,
http://www.playvid.com/watch/iF4IRif397J, http://www.playvid.com/watch/wxe1xfkqUQY, http://www.playvid.com/watch/ZA8eiN8eB7s,
http://www.playvid.com/watch/ep7D0zvmM_f, http://www.playvid.com/watch/5WwT3wnA8ig, http://www.playvid.com/watch/vIqsSxOTqLX,
http://www.playvid.com/watch/DJwPDntTdGp, http://www.playvid.com/watch/vpqKutaFNCx, http://www.playvid.com/watch/roVhP5BAotU,
http://www.playvid.com/watch/ECt48TmpL45, http://www.playvid.com/watch/5tcyEj57Ymr, http://www.playvid.com/watch/WvIod-dS7Xx,
http://www.playvid.com/watch/9LjjlZMBjKQ, http://www.playvid.com/watch/rZAUoxkfghB, http://www.playvid.com/watch/bXGStYM4izf,
http://www.playvid.com/watch/W3nf2WUveQn, http://www.playvid.com/watch/Mbw3hEIPpHN, http://www.playvid.com/watch/NVHvPUTC7J5,
http://www.playvid.com/watch/03PKBy8P90A, http://www.playvid.com/watch/wJPX8OaJwYE, http://www.playvid.com/watch/omtaRvptw5w,
http://www.playvid.com/watch/8cF4z480_1i, http://www.playvid.com/watch/Yh4RAFVM_bn, http://www.playvid.com/watch/sssLcUYSJjg,
http://www.playvid.com/watch/JlQ2_Dfojlc, http://www.playvid.com/watch/YaX5trY-cj6, http://www.playvid.com/watch/sF1kyTW-emX,
http://www.playvid.com/watch/0n3w9NrDAFm, http://www.playvid.com/watch/K-Q27xiUF77, http://www.playvid.com/watch/tsw3zs21aXp,
http://www.playvid.com/watch/ke9KSNssEEN, http://www.playvid.com/watch/u8-bvu-zo4p, http://www.playvid.com/watch/wlToT-T6JLD,
http://www.playvid.com/watch/yxa0Q19Gcio, http://www.playvid.com/watch/SYFYwG3zn9a, http://www.playvid.com/watch/Ems0Cm8822R,
http://www.playvid.com/watch/ZIjtsdUeWDU, http://www.playvid.com/watch/MQTngll5D2k, http://www.playvid.com/watch/N1PwO7uhuJm,
http://www.playvid.com/watch/jfqT74ZUpar, http://www.playvid.com/watch/pQ-t6y_HL49, http://www.playvid.com/watch/ZN-beGfSzuU,
http://www.playvid.com/watch/rGDuZIOvtTu, http://www.playvid.com/watch/HGFn5GBxmpK, http://www.playvid.com/watch/Y6PqvM6i8ah,
http://www.playvid.com/watch/9a8qPL2gka3, http://www.playvid.com/watch/x4i5XW1TWsO, http://www.playvid.com/watch/ZcjE_Xkor48,
http://www.playvid.com/watch/mYtg12_5Cxd, http://www.playvid.com/watch/0U4y2VhRhPa, http://www.playvid.com/watch/HMPHSvtXrDj,

http://www.playvid.com/watch/FMOmnFS-sXs, http://www.playvid.com/watch/3o7ZAZNvBlN, http://www.playvid.com/watch/jxdPVLSV6Gs,
http://www.playvid.com/watch/TmzzNb5G0Rj, http://www.playvid.com/watch/P6VqNpwoVmR, http://www.playvid.com/watch/AXoADyaUEFI,
http://www.playvid.com/watch/v52waLTnW4J, http://www.playvid.com/watch/RbTcgDFQfQ0, http://www.playvid.com/watch/NV6BM_VghWT,
http://www.playvid.com/watch/AmvospqPV8d, http://www.playvid.com/watch/bnaE7mx5o-c, http://www.playvid.com/watch/XCtyw27EGTO,
http://www.playvid.com/watch/etIxuqWM2ny, http://www.playvid.com/watch/n69tM7A-ov8, http://www.playvid.com/watch/VSvcFuwsvPG,
http://www.playvid.com/watch/QyiL41ZyuaT, http://www.playvid.com/watch/qzGrqRwK03s, http://www.playvid.com/watch/QAL5IzxFCNE,
http://www.playvid.com/watch/fTt34fqogHE, http://www.playvid.com/watch/NSEIntWIt4s, http://www.playvid.com/watch/IEPAhE9bNxG,
http://www.playvid.com/watch/bhBX3p9Ly7S, http://www.playvid.com/watch/bH-kJUxgttf, http://www.playvid.com/watch/sCZsRShJLGz,
http://www.playvid.com/watch/eOAqB9s6OGD, http://www.playvid.com/watch/UwZby103hTZ, http://www.playvid.com/watch/ZgmSNASuVU6,
http://www.playvid.com/watch/aQMJgHK4mFQ, http://www.playvid.com/watch/4G70GCGLUBE, http://www.playvid.com/watch/OaPnu73KHgy,
http://www.playvid.com/watch/sQ15HlljGiV, http://www.playvid.com/watch/mhhQE4w7Vb5, http://www.playvid.com/watch/7sNwAhXuNVk,
http://www.playvid.com/watch/8Fll_h95zLu, http://www.playvid.com/watch/Bdspq2qrDpT, http://www.playvid.com/watch/Dnx7LXq-l5G,
http://www.playvid.com/watch/WnPGlsh76Xw, http://www.playvid.com/watch/exji6WkI_-Q, http://www.playvid.com/watch/3R_R8LRxi-W,
http://www.playvid.com/watch/EVxuRPXJM-P, http://www.playvid.com/watch/E55XyVAIP7l, http://www.playvid.com/watch/legAwYKac-x,
http://www.playvid.com/watch/W9Y6D8iOmZs, http://www.playvid.com/watch/QhnW2Dcz9C5, http://www.playvid.com/watch/bobETN3vwBu,
http://www.playvid.com/watch/5k6tQ9H7vIl, http://www.playvid.com/watch/AzOitnGAtNq, http://www.playvid.com/watch/uGK_oGrU6Ih,
http://www.playvid.com/watch/UPEIiVEjgYO, http://www.playvid.com/watch/T8o4rPuIaIs, http://www.playvid.com/watch/saaRwnHheaq,
http://www.playvid.com/watch/0bcl-HjQQrv, http://www.playvid.com/watch/zYz0I_WLITP, http://www.playvid.com/watch/35WN7VvgE0C,
http://www.playvid.com/watch/KE3F8n5rh1F, http://www.playvid.com/watch/PHV8196QGAH, http://www.playvid.com/watch/Xy5ykkppIEs,
http://www.playvid.com/watch/sp4DaiiLXom, http://www.playvid.com/watch/FOdt9v9-eca, http://www.playvid.com/watch/2nX4_1TyMYF,
http://www.playvid.com/watch/M3y4J8naUnr, http://www.playvid.com/watch/RpsajYqb45c, http://www.playvid.com/watch/KdqekyEegju,
http://www.playvid.com/watch/wKpDJU7w-wJ, http://www.playvid.com/watch/mxgyYdvcTjd, http://www.playvid.com/watch/qt5SDtWdBp5,
http://www.playvid.com/watch/ZBAn2ZaCZ42, http://www.playvid.com/watch/jF50zvEpksY, http://www.playvid.com/watch/Z23-srfpUy6,
http://www.playvid.com/watch/w-sXfzq-Vmq, http://www.playvid.com/watch/rqfhjQEk9q8, http://www.playvid.com/watch/HzpRl0bqyc4,
http://www.playvid.com/watch/tgtgGQMZqlL, http://www.playvid.com/watch/0m83390FJbs, http://www.playvid.com/watch/H7mDqQ6u-ji,
http://www.playvid.com/watch/Zk1NynaWk-5, http://www.playvid.com/watch/YUfE-sSEGUZ, http://www.playvid.com/watch/vwhHo4wLgqy,
http://www.playvid.com/watch/d7Fhd_J8bGi, http://www.playvid.com/watch/r_U-bm539kB, http://www.playvid.com/watch/zI0kMaDiDTa,
http://www.playvid.com/watch/0YiE_1bTUzE, http://www.playvid.com/watch/bmO1Wte4J1e, http://www.playvid.com/watch/7yKyKDCOSPa,
http://www.playvid.com/watch/OYgpCMaxh7L, http://www.playvid.com/watch/4HHjkzijhxH, http://www.playvid.com/watch/6vaxtBJzE0Z,
http://www.playvid.com/watch/xEZt9KNKiA7, http://www.playvid.com/watch/ILH8_T_uc_O, http://www.playvid.com/watch/Iadsb8NSkmZ,
http://www.playvid.com/watch/SqRUix-LaEX, http://www.playvid.com/watch/oZpRwroFNRe, http://www.playvid.com/watch/rgk-hJwIIQw,
http://www.playvid.com/watch/0zBxeFTe_WP, http://www.playvid.com/watch/BPVTWP4N1tu, http://www.playvid.com/watch/jx0TtG71dlx,
http://www.playvid.com/watch/A3ptuCV9_Gu, http://www.playvid.com/watch/J0CZL2nTWIC, http://www.playvid.com/watch/mqKXl7OGuWt,
http://www.playvid.com/watch/NAOUf5zbPvl, http://www.playvid.com/watch/SejxNyZgMgX, http://www.playvid.com/watch/xYgROgJ-P7Q,
http://www.playvid.com/watch/ZTxnn3K85lq, http://www.playvid.com/watch/EejzPu0Dd5Y, http://www.playvid.com/watch/40LAjL7YNZY,
http://www.playvid.com/watch/u_yEuKnCcyR, http://www.playvid.com/watch/Lq63x_gp4YK, http://www.playvid.com/watch/X14RuvNEJoh,
http://www.playvid.com/watch/IFO3egyrVSq, http://www.playvid.com/watch/I04i1Sc4RC7, http://www.playvid.com/watch/cQ4KBGnyfuY,
http://www.playvid.com/watch/VVLU21CU1CW, http://www.playvid.com/watch/l0a-ML8BMXh, http://www.playvid.com/watch/xfk8aopgjJb,
http://www.playvid.com/watch/u-jZpa0v1FY, http://www.playvid.com/watch/a9cWVZvrt8s, http://www.playvid.com/watch/grbaiEt1GFa,
http://www.playvid.com/watch/ASEuN5Ehvti, http://www.playvid.com/watch/540-ZLvt-zV, http://www.playvid.com/watch/uMHyPZS0NqH,
http://www.playvid.com/watch/Nayxf_I6Smv, http://www.playvid.com/watch/QF3d7pO6ocO, http://www.playvid.com/watch/q33C6SdFtN7,
http://www.playvid.com/watch/fiWi4Wn_XLo, http://www.playvid.com/watch/pvVhGstO53O, http://www.playvid.com/watch/J-4sZhpcas2,
http://www.playvid.com/watch/Ee4zBTf8Vjt, http://www.playvid.com/watch/Ihrrs6qlQjH, http://www.playvid.com/watch/WTVHlHHU68L,
http://www.playvid.com/watch/S1zIRVhFY2g, http://www.playvid.com/watch/fxD75F7W9XI, http://www.playvid.com/watch/BhgcMsQ_oQO,
http://www.playvid.com/watch/8iJtagwIhNe, http://www.playvid.com/watch/CjMV9nRobMY, http://www.playvid.com/watch/yduxW8y9SqT,
http://www.playvid.com/watch/KObGGxfMkhP, http://www.playvid.com/watch/b5NJFXMEX4z, http://www.playvid.com/watch/BlaLQxIf1qr,
http://www.playvid.com/watch/R48v_hEy45J, http://www.playvid.com/watch/0vk-JfJsfqB, http://www.playvid.com/watch/nN8g6zbSiyS,
http://www.playvid.com/watch/JcHEthTmm5x, http://www.playvid.com/watch/eb4L8ZkN9UX, http://www.playvid.com/watch/TJVsOUfxp5N,
http://www.playvid.com/watch/7HugCD90Jz8, http://www.playvid.com/watch/J340MvOt8oO, http://www.playvid.com/watch/hgObRrWjh_G,
http://www.playvid.com/watch/frlq9_d6KZX, http://www.playvid.com/watch/StMsB4XmBhA, http://www.playvid.com/watch/EyuyoGbALNF,
http://www.playvid.com/watch/lJoecjf-KFF, http://www.playvid.com/watch/noBRAUMwS3C, http://www.playvid.com/watch/q8WILQAB_U4,
http://www.playvid.com/watch/zp4sEBntwiL, http://www.playvid.com/watch/g562TULgFfy, http://www.playvid.com/watch/kMdA62DQ802,
http://www.playvid.com/watch/hdvsKvgDC18, http://www.playvid.com/watch/ZBYN8BRb6ux, http://www.playvid.com/watch/Ehk5qE6K0r0,
http://www.playvid.com/watch/N0gRBChAjXX, http://www.playvid.com/watch/WWX4RfMCTH0, http://www.playvid.com/watch/qXmLUciCOrh,
http://www.playvid.com/watch/y9igxagL8Cw, http://www.playvid.com/watch/4Vk87igRZGD, http://www.playvid.com/watch/NMXB3V4wARQ,
http://www.playvid.com/watch/lmw_Ch7GNDM, http://www.playvid.com/watch/WKla1JpP6sP, http://www.playvid.com/watch/sM7WcXXVRAb,
http://www.playvid.com/watch/E8XYkSz0NGb, http://www.playvid.com/watch/mFoeCP1x2ZZ, http://www.playvid.com/watch/5dnpAVt-JbA,
http://www.playvid.com/watch/nu2fKZ1oS6I, http://www.playvid.com/watch/nYxMLSdZQ7I, http://www.playvid.com/watch/Pj0mNLY3cMq,
http://www.playvid.com/watch/C66DSBiT_HZ, http://www.playvid.com/watch/ywbxbMfz_wO, http://www.playvid.com/watch/hnndW_8xZUd,
http://www.playvid.com/watch/f7Zc6EdMDsW, http://www.playvid.com/watch/29KTEH1NCHy, http://www.playvid.com/watch/6Mifi9PnTpS,
http://www.playvid.com/watch/RpCtobYQxFO, http://www.playvid.com/watch/eYN3c_XYbbP, http://www.playvid.com/watch/ZYF3b_uROEh,
http://www.playvid.com/watch/yzAdSzvpz6q, http://www.playvid.com/watch/xO6uM9WAw3j, http://www.playvid.com/watch/qv_IBP-ENkg,
http://www.playvid.com/watch/r6Ac7oKfIwW, http://www.playvid.com/watch/7vI741OcRUk, http://www.playvid.com/watch/whMym4D3QDz,
http://www.playvid.com/watch/T3jGb3Fr9PQ, http://www.playvid.com/watch/jjEN7Z5vppT, http://www.playvid.com/watch/7imEkZ711PA,
http://www.playvid.com/watch/yzJWBq9UC0F, http://www.playvid.com/watch/QwDioB-Sqbj, http://www.playvid.com/watch/4MdLMDrVWA2,
http://www.playvid.com/watch/ii20BEpVcBp, http://www.playvid.com/watch/7lf4ecqnjnU, http://www.playvid.com/watch/ZMlV-DeNl4c,
http://www.playvid.com/watch/9v_Xnei4CCM, http://www.playvid.com/watch/xEWTxxJhnRK, http://www.playvid.com/watch/nrnrsP0jDb2,
http://www.playvid.com/watch/Ys65XZwFaFA, http://www.playvid.com/watch/pjZgYhO5vRF, http://www.playvid.com/watch/UwWvjfNuT0F,
http://www.playvid.com/watch/x4GUsTRZl22, http://www.playvid.com/watch/BusjCOTEcp0, http://www.playvid.com/watch/DTznQPytrX2,
http://www.playvid.com/watch/DRdGwLhTNOJ, http://www.playvid.com/watch/7sLJleB_upp, http://www.playvid.com/watch/Z1onYXOvwV4,
http://www.playvid.com/watch/XovXzPD2Vog, http://www.playvid.com/watch/omSC-vN7hPQ, http://www.playvid.com/watch/FgkhSLpenvu,
http://www.playvid.com/watch/z1NuJNIfbKJ, http://www.playvid.com/watch/VJij2xRFOFm, http://www.playvid.com/watch/AegLY4eGuxB,
http://www.playvid.com/watch/fSqEPpfo6Ze, http://www.playvid.com/watch/LizpneiPX9o, http://www.playvid.com/watch/eRcBh4hYHE9,
http://www.playvid.com/watch/zSwbDtzo00g, http://www.playvid.com/watch/ucjIftyJwdc, http://www.playvid.com/watch/DKdKkuIVmNp,
http://www.playvid.com/watch/KxhAtn71TiR, http://www.playvid.com/watch/xaNJ6uwjuxM, http://www.playvid.com/watch/hpcGdbOH7rf
5.f. Date of third notice: 2014-01-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: duosduos
5.b. Uploader's email address: erikdododo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/duosduos
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4wCPP-P01Xm, http://www.playvid.com/watch/qMwGICdUqOw,
http://www.playvid.com/watch/oWWoL9cCGbv, http://www.playvid.com/watch/3fkzCU3vNaj, http://www.playvid.com/watch/GvCvQqQyrxX,
http://www.playvid.com/watch/BHEe9SM8OG2, http://www.playvid.com/watch/k9g6ApO5L3H, http://www.playvid.com/watch/zlNFFEZDzwu,
http://www.playvid.com/watch/tTfsVztqGpL, http://www.playvid.com/watch/XhTfVFcYP5c, http://www.playvid.com/watch/MeOxmbABp_E,
http://www.playvid.com/watch/EfHzcjYh2L5, http://www.playvid.com/watch/p-IFJ55CXFw, http://www.playvid.com/watch/0Ibd4N7s5lm,
http://www.playvid.com/watch/lhGs-m5oHlm, http://www.playvid.com/watch/6TnSJkRTOSV, http://www.playvid.com/watch/EJBxzStlt2Z,
http://www.playvid.com/watch/tNcoCp9a9DG, http://www.playvid.com/watch/OjpNqr7G27G, http://www.playvid.com/watch/Oxi90Fu1rnV,
http://www.playvid.com/watch/wMLIkcO4wjo, http://www.playvid.com/watch/nlZbwXI-FJY, http://www.playvid.com/watch/0qBTNqTelcG,
http://www.playvid.com/watch/MgJNiQQaPvB, http://www.playvid.com/watch/adaPeFGqYK8, http://www.playvid.com/watch/sxz-VbIrHSX,
http://www.playvid.com/watch/IbMZUPdWUZh, http://www.playvid.com/watch/2UOqgC-uYdP, http://www.playvid.com/watch/jnr1eC-SmvN,
http://www.playvid.com/watch/iYsHDcta8AM, http://www.playvid.com/watch/z2iSCdupnec, http://www.playvid.com/watch/BmTGfSEzlKo,
http://www.playvid.com/watch/setYmt-zv-x, http://www.playvid.com/watch/polW1htuYKT, http://www.playvid.com/watch/SVtaoaZLawh,
http://www.playvid.com/watch/7GjbPQtdWSs, http://www.playvid.com/watch/386EbGUNtNn, http://www.playvid.com/watch/b6-0AqIfjXZ,
http://www.playvid.com/watch/l7OyK6AYkCO, http://www.playvid.com/watch/cqdIz7av9aI, http://www.playvid.com/watch/CR3pgoL8hjT,
http://www.playvid.com/watch/TMf7KluC_BQ, http://www.playvid.com/watch/yQsYB3ZimIJ, http://www.playvid.com/watch/HchjXMey5Zo,

http://www.playvid.com/watch/eCztO0pVFEQ, http://www.playvid.com/watch/OW6v1G4rNok, http://www.playvid.com/watch/5u2-m2V2jBW, http://www.playvid.com/watch/ldmQA32R2eU, http://www.playvid.com/watch/70z9julX-aK, http://www.playvid.com/watch/aaQjfTbM8-q, http://www.playvid.com/watch/4BzYT7gGixt, http://www.playvid.com/watch/k9koTzqFVUe, http://www.playvid.com/watch/dcmFyuYT_Qr, http://www.playvid.com/watch/kB_Mz8L57IU, http://www.playvid.com/watch/8HaPsfttZOl
5.f. Date of third notice: 2015-08-13 10:48:12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: eduardoxwa
5.b. Uploader's email address: nezduard010@icloud.com
5.d. Uploader's profile: http://www.playvid.com/member/eduardoxwa
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-w9mMAAmoVB, http://www.playvid.com/watch/Hl394OIpSlW, http://www.playvid.com/watch/4WDP4oxwC6T, http://www.playvid.com/watch/UghbW3BMWjX, http://www.playvid.com/watch/OO3erbzWljX, http://www.playvid.com/watch/3QHTt9vN0uO, http://www.playvid.com/watch/Gnb0CCdtOAT, http://www.playvid.com/watch/32J73njcTvX, http://www.playvid.com/watch/XCfPJQXGTJe, http://www.playvid.com/watch/2z0afCDljXu, http://www.playvid.com/watch/r8GhQAB0rT8, http://www.playvid.com/watch/SZXzQuMGkYv, http://www.playvid.com/watch/HsCow06IOkt, http://www.playvid.com/watch/gzEnnZHX4YF, http://www.playvid.com/watch/c5ErRSribZ7, http://www.playvid.com/watch/4uL7xfNUJOx, http://www.playvid.com/watch/o5vvdoqFz4l, http://www.playvid.com/watch/7nZT09UXGri, http://www.playvid.com/watch/EKEoZFcdO4e, http://www.playvid.com/watch/iz7LiJKnGoB, http://www.playvid.com/watch/9seFQb4RX2f, http://www.playvid.com/watch/jAuCoRIXV8o, http://www.playvid.com/watch/nuvwhog9qUZ, http://www.playvid.com/watch/oTE7iDdQlHy, http://www.playvid.com/watch/6efStmZIMeP, http://www.playvid.com/watch/3XYWXvxOAey, http://www.playvid.com/watch/X0bJzQcDW32, http://www.playvid.com/watch/VVGOIFaEyLB, http://www.playvid.com/watch/P2osXGqYBDx, http://www.playvid.com/watch/QBDbew2Dd5b, http://www.playvid.com/watch/zaFnFAYIhmK, http://www.playvid.com/watch/hlOQP6GrNLQ, http://www.playvid.com/watch/DN9pW0B-KPl, http://www.playvid.com/watch/XcNACcp3gQ2, http://www.playvid.com/watch/nA6tEknuGRg, http://www.playvid.com/watch/piKBMcO6yZc, http://www.playvid.com/watch/Knj-F-Zgzqs, http://www.playvid.com/watch/kOhQE8DWik-, http://www.playvid.com/watch/hHWY4krx7rv, http://www.playvid.com/watch/TZowvql6NXK, http://www.playvid.com/watch/gEZdOfGXmHe, http://www.playvid.com/watch/qA8Mw2lv5Fd, http://www.playvid.com/watch/-aayqdR69hT, http://www.playvid.com/watch/ZHXqN6VaCdT
5.f. Date of third notice: 2015-04-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: eflorin
5.b. Uploader's email address: floringm@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/eflorin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JMYwSjO8OSR, http://www.playvid.com/watch/0AHmpKQzdwC, http://www.playvid.com/watch/GCZqW-crWmg, http://www.playvid.com/watch/jzamBzWQqw6, http://www.playvid.com/watch/FItdZXCwp0x, http://www.playvid.com/watch/z2y2m4NijBw, http://www.playvid.com/watch/BmHpWjfSMx2, http://www.playvid.com/watch/UBeebGdMD7u, http://www.playvid.com/watch/GSV23eM-ULc, http://www.playvid.com/watch/sJKD2mcBAaD, http://www.playvid.com/watch/wMTluOPEz9R, http://www.playvid.com/watch/BcYcQl6A9jh, http://www.playvid.com/watch/xEH9YDr5gMf, http://www.playvid.com/watch/gR0IfcII0Fk, http://www.playvid.com/watch/9sx93B3vZqu, http://www.playvid.com/watch/FzS37c5tHRb, http://www.playvid.com/watch/05miOY6ZttD, http://www.playvid.com/watch/8S63Ftj8Lzc, http://www.playvid.com/watch/eLauf02lwWu, http://www.playvid.com/watch/q4rF9aI7qC6, http://www.playvid.com/watch/9na96PXW8vx, http://www.playvid.com/watch/kWDjfUOoLva, http://www.playvid.com/watch/0Idu8klNkMq, http://www.playvid.com/watch/jgGuhXyJlfB, http://www.playvid.com/watch/uDtMUTvd2hA, http://www.playvid.com/watch/H57pKQMvhZ8, http://www.playvid.com/watch/v2zWr0hv0Bk, http://www.playvid.com/watch/Y7mQNo9D3MX, http://www.playvid.com/watch/zNNoSPobSgr, http://www.playvid.com/watch/Y924VhQYMCV, http://www.playvid.com/watch/bjNkHeQNVwH, http://www.playvid.com/watch/dSJVdBHiq7j, http://www.playvid.com/watch/CdjpaHMKbd3, http://www.playvid.com/watch/cjNyd6FqQYM, http://www.playvid.com/watch/AJajakeQAyN, http://www.playvid.com/watch/7NHt5uhmdIF, http://www.playvid.com/watch/2FIcQnlaGnP, http://www.playvid.com/watch/kNXS3AQNUq6, http://www.playvid.com/watch/WId2gGOSwIz, http://www.playvid.com/watch/BAeLwLMzojH, http://www.playvid.com/watch/llAeK5kM6rh, http://www.playvid.com/watch/fw-JTLt678L, http://www.playvid.com/watch/qNm623BMQZ-, http://www.playvid.com/watch/0bb7eKF5fP2, http://www.playvid.com/watch/Otdw3YAuvIK, http://www.playvid.com/watch/NgCgpaPtA3Y, http://www.playvid.com/watch/LTiX94U8mKf, http://www.playvid.com/watch/d0T9-JyCODR, http://www.playvid.com/watch/YwpAcARprFd, http://www.playvid.com/watch/P3VWl2TjxFY, http://www.playvid.com/watch/t3SJz7A8pTr, http://www.playvid.com/watch/TNdx3PS3Bmj, http://www.playvid.com/watch/wBkpUa9LOZM, http://www.playvid.com/watch/Eo8wj0aSvJC, http://www.playvid.com/watch/XzTfqoa8ePK, http://www.playvid.com/watch/lTV46fdsFOB, http://www.playvid.com/watch/02uezZ9D8jX, http://www.playvid.com/watch/JZX0pm0LJCq, http://www.playvid.com/watch/DjZ9i0SPPib, http://www.playvid.com/watch/kJUtx7W7u60, http://www.playvid.com/watch/eyqlwehSYIK, http://www.playvid.com/watch/7WhfyLKKIYm, http://www.playvid.com/watch/iYbVln4sqKe, http://www.playvid.com/watch/JIiskwqWIip, http://www.playvid.com/watch/u3r7l7Iicyt, http://www.playvid.com/watch/eejSHNvxtNA, http://www.playvid.com/watch/lzrasU4FlaL, http://www.playvid.com/watch/45l5tkXD9ni, http://www.playvid.com/watch/s5hUUvqQXhN, http://www.playvid.com/watch/9qKckeRr9Vk, http://www.playvid.com/watch/bNvtfUPcquY, http://www.playvid.com/watch/TGTPRdbg7O4, http://www.playvid.com/watch/wRzGcN0aPyP, http://www.playvid.com/watch/AcuVYGP6H-t, http://www.playvid.com/watch/w0NjiR-Sik0, http://www.playvid.com/watch/FZ5GTEACopB, http://www.playvid.com/watch/BBXkzta7D2a, http://www.playvid.com/watch/VVLIk9ULlBc, http://www.playvid.com/watch/SJ44UoJta3o, http://www.playvid.com/watch/7SM8leYzRVd, http://www.playvid.com/watch/9HjmtoDTx5h, http://www.playvid.com/watch/jqDpznk5dgA, http://www.playvid.com/watch/SKImP3H6HOI, http://www.playvid.com/watch/wSSPjNSIpYE, http://www.playvid.com/watch/aPMXaeYfjJC, http://www.playvid.com/watch/Gq-kegdF043, http://www.playvid.com/watch/IjnLrCRtD0h, http://www.playvid.com/watch/UyKgeH3ByIx, http://www.playvid.com/watch/2Mx3mDu0UFb, http://www.playvid.com/watch/8IBCFZXMbjT, http://www.playvid.com/watch/hhGMFs9qGIN, http://www.playvid.com/watch/CVXdLlA7FNS, http://www.playvid.com/watch/Y3-9RLgO2Ez, http://www.playvid.com/watch/JFd7wBDKkwS, http://www.playvid.com/watch/Kdt0fuWNrhc, http://www.playvid.com/watch/h5dDjw5p7i-, http://www.playvid.com/watch/YvZvMikhkSG, http://www.playvid.com/watch/rI4cJXvwtC4, http://www.playvid.com/watch/N7jAIBDADS8, http://www.playvid.com/watch/OfEyIq6vRmq, http://www.playvid.com/watch/QpMzZk04w49, http://www.playvid.com/watch/EWKKU5Y8SqG, http://www.playvid.com/watch/Or9ewa2Q4nD, http://www.playvid.com/watch/rsgsSeYdJ-f, http://www.playvid.com/watch/uaJTExA7qkC, http://www.playvid.com/watch/2iybJ7Dcw7V, http://www.playvid.com/watch/ijdsxNdvtt9, http://www.playvid.com/watch/YofcgM7MgZe, http://www.playvid.com/watch/mqHNiDyXqzF, http://www.playvid.com/watch/jcD4RGkcuTA, http://www.playvid.com/watch/2nSDbPxXsVz, http://www.playvid.com/watch/ZicJOe2nF8T, http://www.playvid.com/watch/maxW2uWR9mT, http://www.playvid.com/watch/XaPAlc8Hthy, http://www.playvid.com/watch/SoPXErc9R6i, http://www.playvid.com/watch/z-gnE50GwIE, http://www.playvid.com/watch/7qAQEhlayz3, http://www.playvid.com/watch/O3SpKrkSy3X, http://www.playvid.com/watch/umwIjBV8sza, http://www.playvid.com/watch/O6hw-v3p6ii, http://www.playvid.com/watch/kmNKj5FV3fc, http://www.playvid.com/watch/IQJxOHTcIEZ, http://www.playvid.com/watch/wkWiaJyFk8S, http://www.playvid.com/watch/K9-Y0iC9b65, http://www.playvid.com/watch/QbbhBVLCw2O, http://www.playvid.com/watch/G2j-7NhxwMc, http://www.playvid.com/watch/JVezN4a07r9, http://www.playvid.com/watch/DwZ6yLc0Lbd, http://www.playvid.com/watch/DjCXCd-Mksv, http://www.playvid.com/watch/GeygbQqIBzR, http://www.playvid.com/watch/ALlEHfUR-bK, http://www.playvid.com/watch/DMWMgcYunnX, http://www.playvid.com/watch/90Golg7gtdZ, http://www.playvid.com/watch/ppzX6adBL67, http://www.playvid.com/watch/LJJjwFona6p, http://www.playvid.com/watch/8DRuj7ZkdpX, http://www.playvid.com/watch/VVtvM7YMDc0, http://www.playvid.com/watch/pgBFM6L8LoP, http://www.playvid.com/watch/eTMJDm9srrX, http://www.playvid.com/watch/qYUAYNbwPah, http://www.playvid.com/watch/ZTmGmvQ-GbT, http://www.playvid.com/watch/FTNENI-Gf4c, http://www.playvid.com/watch/X8Dpev5Q067, http://www.playvid.com/watch/nMSPdFRQ8uX, http://www.playvid.com/watch/HEKFtP4jZLr, http://www.playvid.com/watch/H3-OVZPm-Ko, http://www.playvid.com/watch/cPTamEzgNwE, http://www.playvid.com/watch/j9Hi6a24xDI, http://www.playvid.com/watch/8ttr4JaPyLj, http://www.playvid.com/watch/yoyfXEfsCwp, http://www.playvid.com/watch/JfuSTV6ML0A, http://www.playvid.com/watch/TtKaTseb9DD, http://www.playvid.com/watch/CKDVGDbEjgC, http://www.playvid.com/watch/vDBNI7qkvAJ, http://www.playvid.com/watch/MwtnyAcYRMK, http://www.playvid.com/watch/-jwiQI0IqEX, http://www.playvid.com/watch/fQIuTAaXugu, http://www.playvid.com/watch/-ZjHiGCCv8P, http://www.playvid.com/watch/YAewKnFVWiz, http://www.playvid.com/watch/DcSQ-hMxrru, http://www.playvid.com/watch/9oEBfqXxFEF, http://www.playvid.com/watch/mGwqoysroTk, http://www.playvid.com/watch/2LZaZxoLGoj, http://www.playvid.com/watch/SpGmr7UcFTh, http://www.playvid.com/watch/g9-TH6-SrAs, http://www.playvid.com/watch/jxdrBcoW4qc, http://www.playvid.com/watch/xt-buwQuEYG, http://www.playvid.com/watch/TefYZ4rykzs, http://www.playvid.com/watch/yE5JQ8pC9j-, http://www.playvid.com/watch/n-G9N7N8JtE, http://www.playvid.com/watch/GKJhUpGSeGm, http://www.playvid.com/watch/8VSaEy-Lbw3, http://www.playvid.com/watch/Y8xqx8mQGzZ, http://www.playvid.com/watch/aqZtin-ixVy, http://www.playvid.com/watch/66EudyXbKmk, http://www.playvid.com/watch/lEVs6XyXsL3, http://www.playvid.com/watch/wei9mcUMOmw, http://www.playvid.com/watch/6LwVB5cr7Ce, http://www.playvid.com/watch/IyBFdfqtCFl, http://www.playvid.com/watch/wytgJx6NFtB, http://www.playvid.com/watch/BayMhtQWOOk, http://www.playvid.com/watch/5Y5dijSZ0ML, http://www.playvid.com/watch/gW8IH8zOAUA, http://www.playvid.com/watch/RNkOUDSJdL-, http://www.playvid.com/watch/v00O7J-35v2, http://www.playvid.com/watch/axzhs6nlwFa, http://www.playvid.com/watch/c76ZqGsc0b6, http://www.playvid.com/watch/LMYx5ajZd2U, http://www.playvid.com/watch/8NUkAUIqUsW, http://www.playvid.com/watch/zptgaEV-i9t, http://www.playvid.com/watch/tbnmddNKMaw, http://www.playvid.com/watch/RGbJct4GyPy, http://www.playvid.com/watch/r8OTmDdLmtb, http://www.playvid.com/watch/nvZKLU3R95I,

http://www.playvid.com/watch/8tZdKNAfi7S, http://www.playvid.com/watch/aTkkskEciWT, http://www.playvid.com/watch/4406X8AwL9-,
http://www.playvid.com/watch/ogjYEYvo05S, http://www.playvid.com/watch/kMZqXfrU2WJ, http://www.playvid.com/watch/GnbRr5m2Omr,
http://www.playvid.com/watch/okhNcJyH44o, http://www.playvid.com/watch/oAYYiCkNp68, http://www.playvid.com/watch/OwqRUdGGN0b,
http://www.playvid.com/watch/VDxywIWPHXa, http://www.playvid.com/watch/2Qi4gJ49K9s, http://www.playvid.com/watch/Kco2bYDyZKc,
http://www.playvid.com/watch/u2ZTPFWJQeT, http://www.playvid.com/watch/aYuM4mSs8J7, http://www.playvid.com/watch/ASJVW8JYHV9,
http://www.playvid.com/watch/2n3SRZf7bw-, http://www.playvid.com/watch/KEXOEWQsTSv, http://www.playvid.com/watch/t2YqbtjDqim,
http://www.playvid.com/watch/bHACThe-aAq, http://www.playvid.com/watch/8nFMmdegLZz, http://www.playvid.com/watch/MnxkruP37pl,
http://www.playvid.com/watch/bZLNQZ3KVXP, http://www.playvid.com/watch/SjuTaG6lfJd, http://www.playvid.com/watch/nUBeBY5TnBy,
http://www.playvid.com/watch/UKfsVzcUAAB, http://www.playvid.com/watch/9Ybc3I2X2ks, http://www.playvid.com/watch/SPZzzQhFEBp,
http://www.playvid.com/watch/mgcXwzb4dqT, http://www.playvid.com/watch/0rh9NoFk9rC, http://www.playvid.com/watch/gaah23qyEDV,
http://www.playvid.com/watch/9lrKqfSiwqP, http://www.playvid.com/watch/-Lqvj6MYJuG, http://www.playvid.com/watch/bh34HSHjmUd,
http://www.playvid.com/watch/Jv5J6RJcYTe, http://www.playvid.com/watch/VYOTD8VyQs5, http://www.playvid.com/watch/Si6zpkLkxR3,
http://www.playvid.com/watch/FsOc0AHJsuP, http://www.playvid.com/watch/eENfcRooLop, http://www.playvid.com/watch/aYLMIrQEXLC,
http://www.playvid.com/watch/r-2sE783nQt, http://www.playvid.com/watch/kPTCH2TGY8-, http://www.playvid.com/watch/AYjZHbJXRkQ,
http://www.playvid.com/watch/G84GEUwAswg, http://www.playvid.com/watch/QVI54vke6in, http://www.playvid.com/watch/2UnO4hXN7BQ,
http://www.playvid.com/watch/TDzX9zRPHH7, http://www.playvid.com/watch/5aeNrcJByWY, http://www.playvid.com/watch/Vl5Z2MZnmVy,
http://www.playvid.com/watch/DM-szuByzfM, http://www.playvid.com/watch/KaeH0N4rsTz, http://www.playvid.com/watch/Vp2Pvdzhvfo,
http://www.playvid.com/watch/qWFQx2UBm2j, http://www.playvid.com/watch/tcUucmd-LD9, http://www.playvid.com/watch/jblzeonz4qV,
http://www.playvid.com/watch/fLXvc2U2ez3, http://www.playvid.com/watch/7CAS-hnqieb, http://www.playvid.com/watch/QXNGd4exhgY,
http://www.playvid.com/watch/2i72Pr2Afp7, http://www.playvid.com/watch/DzcINnfiq0K, http://www.playvid.com/watch/FosTzgYe9YW,
http://www.playvid.com/watch/WYiIbR4qvDz, http://www.playvid.com/watch/bf-xlc3FDlC, http://www.playvid.com/watch/gkPPkCwjUEK,
http://www.playvid.com/watch/or06AkLT6cz, http://www.playvid.com/watch/wCug2INKbm-, http://www.playvid.com/watch/eTk2dJkapmA,
http://www.playvid.com/watch/sN2DJ2eovLC, http://www.playvid.com/watch/Q9T664KHuGu, http://www.playvid.com/watch/E0e04NC9qOn,
http://www.playvid.com/watch/ZO9zip4HIgP, http://www.playvid.com/watch/JoXY745KQZk, http://www.playvid.com/watch/-Oq6awFaYAs,
http://www.playvid.com/watch/adrBUIZj3DL, http://www.playvid.com/watch/ZU955p92riL, http://www.playvid.com/watch/tT0JPuAo3re,
http://www.playvid.com/watch/GmlPTYiel7W, http://www.playvid.com/watch/2wki-Eidbe7, http://www.playvid.com/watch/TOeOIdqaeC3,
http://www.playvid.com/watch/m-MzlaNsRvm, http://www.playvid.com/watch/2b0qLk-iOVe, http://www.playvid.com/watch/0VtSZKXBBLo,
http://www.playvid.com/watch/Z8pi6ewj4SA, http://www.playvid.com/watch/XG6WFWCDjwP, http://www.playvid.com/watch/etzaVXIp9bu,
http://www.playvid.com/watch/aCgmMx3xNeE, http://www.playvid.com/watch/zwKLTOszjRX, http://www.playvid.com/watch/gy-WK2lrZWy,
http://www.playvid.com/watch/lns9lwqQiCl, http://www.playvid.com/watch/GfYT3i3TsLR, http://www.playvid.com/watch/9TeU5fZDb-a,
http://www.playvid.com/watch/qozkPyHAXgK, http://www.playvid.com/watch/Frxjl5Qft4t, http://www.playvid.com/watch/dcr3QxUaTYk,
http://www.playvid.com/watch/7hhOUjpvMGf, http://www.playvid.com/watch/2iPbrlz-8l0, http://www.playvid.com/watch/sbGjkFkfcog,
http://www.playvid.com/watch/Q6DH7FFnmze, http://www.playvid.com/watch/oPWKJDCC2O6, http://www.playvid.com/watch/HwMn5hosixx,
http://www.playvid.com/watch/WEx2Uu0zmCJ, http://www.playvid.com/watch/kC8PO-Qk2vJ, http://www.playvid.com/watch/k0pd9IVsazC,
http://www.playvid.com/watch/rGL9svQJ3io, http://www.playvid.com/watch/CVhRl7kGgwj, http://www.playvid.com/watch/xa-5cpndQaL,
http://www.playvid.com/watch/A3WDDLg7oj0, http://www.playvid.com/watch/Md0rr-tt4YM, http://www.playvid.com/watch/d-5wueA5Ty-,
http://www.playvid.com/watch/53IExvRMi2q, http://www.playvid.com/watch/smbux7PiPCx, http://www.playvid.com/watch/mZuExkABJZV,
http://www.playvid.com/watch/MwzLyb6tpPd, http://www.playvid.com/watch/ufZBLpJWC2A, http://www.playvid.com/watch/iR0T6okD2hn,
http://www.playvid.com/watch/JmBLvIMqA6c, http://www.playvid.com/watch/3w6M7MqyhGK, http://www.playvid.com/watch/lfgYGdDMoW3,
http://www.playvid.com/watch/jNIAp9VKeDQ, http://www.playvid.com/watch/SN7obPyIFav, http://www.playvid.com/watch/EcCvzQgYZ8b,
http://www.playvid.com/watch/S0AnVlwrb9N, http://www.playvid.com/watch/6BvEoG3WlKN, http://www.playvid.com/watch/nNIF-tFJeC6,
http://www.playvid.com/watch/oIwah-6VIIK, http://www.playvid.com/watch/BIgKw7VLuQW, http://www.playvid.com/watch/K2pFNS4Efq5,
http://www.playvid.com/watch/6AW4t8qEji5, http://www.playvid.com/watch/AHWXLd946If, http://www.playvid.com/watch/C8VuAgtB8uO,
http://www.playvid.com/watch/NZCSIzAI5ww, http://www.playvid.com/watch/PSsLo0p-owV, http://www.playvid.com/watch/kgUdf3sNLr7,
http://www.playvid.com/watch/LSwigb7emhU, http://www.playvid.com/watch/0waR6YjVhT0, http://www.playvid.com/watch/UOT-qMqyvWk,
http://www.playvid.com/watch/iW4MiJYN00L, http://www.playvid.com/watch/HqkQxDUmEm5, http://www.playvid.com/watch/MExVMgeKEGv,
http://www.playvid.com/watch/vq7RMijgc2z, http://www.playvid.com/watch/L4GioRcfaOy, http://www.playvid.com/watch/Iz95zYdR3mo,
http://www.playvid.com/watch/HxknnPg5R8O, http://www.playvid.com/watch/PW6oKi5O2Ta, http://www.playvid.com/watch/KHrkFTkNxuT,
http://www.playvid.com/watch/PSU6FNsQoi-, http://www.playvid.com/watch/9L7NuP9dCmJ, http://www.playvid.com/watch/Aj0Lc52Jxh5,
http://www.playvid.com/watch/t9UTw8iawZ5, http://www.playvid.com/watch/uy2R77b0wDR, http://www.playvid.com/watch/jbOHQHVBnR4,
http://www.playvid.com/watch/XO4-xkNcq4p, http://www.playvid.com/watch/029Bbrud5Hx, http://www.playvid.com/watch/3EyYKQIQgHh,
http://www.playvid.com/watch/7Qlq-jF5lkW, http://www.playvid.com/watch/L3vgWeM4Amk, http://www.playvid.com/watch/DDKbV3c8EtT,
http://www.playvid.com/watch/vXwCwC7pMCa, http://www.playvid.com/watch/8FIEViLWSY9, http://www.playvid.com/watch/ySxrxzhOx0j,
http://www.playvid.com/watch/Av8-fNwc58J, http://www.playvid.com/watch/adAXevwxzHu, http://www.playvid.com/watch/GbDiJwxZf25,
http://www.playvid.com/watch/8m3x3ZE-qeh, http://www.playvid.com/watch/sChngOkJlwh, http://www.playvid.com/watch/D7vyibI74EP,
http://www.playvid.com/watch/YAE3PbVTneG, http://www.playvid.com/watch/WytVH3EQd6d, http://www.playvid.com/watch/OFs3nMMN99i,
http://www.playvid.com/watch/xvtGrIXgBvp, http://www.playvid.com/watch/ZZrewKtYckM, http://www.playvid.com/watch/nlBHMHYj5ay,
http://www.playvid.com/watch/cEUNZIjtHMi, http://www.playvid.com/watch/3lyxCfVOwq5, http://www.playvid.com/watch/xDHdYKjMsuA,
http://www.playvid.com/watch/InKFjf-LmKd, http://www.playvid.com/watch/eUzR6An-FPw, http://www.playvid.com/watch/Pb66nzaYVbY,
http://www.playvid.com/watch/nYDDUutvvee, http://www.playvid.com/watch/JL7YfOF-hjx, http://www.playvid.com/watch/dulmgx7i6YY,
http://www.playvid.com/watch/AULYy8m0Ksa, http://www.playvid.com/watch/Uyj4sf5sWCh, http://www.playvid.com/watch/AnFbGJWgIAs,
http://www.playvid.com/watch/0bH3UPcvGrP, http://www.playvid.com/watch/cyewisHcc7z, http://www.playvid.com/watch/5Iy5qhg9wgz,
http://www.playvid.com/watch/iD6bids4nnz, http://www.playvid.com/watch/z-2hXRo-5es, http://www.playvid.com/watch/wC72aGgewOq,
http://www.playvid.com/watch/Y8DV3P2Wy5q, http://www.playvid.com/watch/Gs2V000uMnN, http://www.playvid.com/watch/FGodgr4W278,
http://www.playvid.com/watch/hcLLTlMbDRi, http://www.playvid.com/watch/-5FcEPYCIhH, http://www.playvid.com/watch/NCEUEoVS8OO,
http://www.playvid.com/watch/25OzNidIHlV, http://www.playvid.com/watch/Eh5jObozcjS, http://www.playvid.com/watch/6sBF6vaGXAz,
http://www.playvid.com/watch/7teVgmvnCsg, http://www.playvid.com/watch/38HzxJNRPdG, http://www.playvid.com/watch/Z8kVGISPAFr,
http://www.playvid.com/watch/2lgavlIaWST, http://www.playvid.com/watch/6uKmzCbQ5Bz, http://www.playvid.com/watch/onOgRThCsov,
http://www.playvid.com/watch/654IDVrfVgY, http://www.playvid.com/watch/n4CWRoJNwH-, http://www.playvid.com/watch/wNpyB7yx8Sq,
http://www.playvid.com/watch/gt-ad5V8tdS, http://www.playvid.com/watch/FCs8NOYvU65, http://www.playvid.com/watch/Q8CFgtuJSN7,
http://www.playvid.com/watch/5REXtp3kosd, http://www.playvid.com/watch/HAefwPDtSuk, http://www.playvid.com/watch/9IGrc2dZtMy,
http://www.playvid.com/watch/SooZkl4wSY9, http://www.playvid.com/watch/896WdUQKKp3, http://www.playvid.com/watch/Alg95CZOCyd,
http://www.playvid.com/watch/GK-JOjj4eZw, http://www.playvid.com/watch/W7iBNNAmJ4A, http://www.playvid.com/watch/mryHWAXILRr,
http://www.playvid.com/watch/McIvhaZB72A, http://www.playvid.com/watch/Z7YkiekNEld, http://www.playvid.com/watch/MBzu3j3bnd4,
http://www.playvid.com/watch/ELBBdwCUNAl, http://www.playvid.com/watch/Bxezj-CBSno, http://www.playvid.com/watch/qxvqjqPfsdw,
http://www.playvid.com/watch/UBMmmjN7jiD, http://www.playvid.com/watch/7e8GY6BJMdl, http://www.playvid.com/watch/SWOWANIzVHt,
http://www.playvid.com/watch/S2mEcQPJD2t, http://www.playvid.com/watch/tSeVN39WHy9, http://www.playvid.com/watch/NMTP-45Kntk,
http://www.playvid.com/watch/iGBAqXPreIc, http://www.playvid.com/watch/asoVQ30--bi, http://www.playvid.com/watch/the9kVXxYgB,
http://www.playvid.com/watch/dYxv62-WQGO, http://www.playvid.com/watch/isGpjKyifKL, http://www.playvid.com/watch/tWOuALCYbHK,
http://www.playvid.com/watch/4Q3SECG9yRd, http://www.playvid.com/watch/qTGLYXFDWTR, http://www.playvid.com/watch/ky2zrea59eT,
http://www.playvid.com/watch/PkY9qU2-YfV, http://www.playvid.com/watch/Ad8eZjFSnfM, http://www.playvid.com/watch/GxDypk8TIdI,
http://www.playvid.com/watch/b4gAhgTW9Nx, http://www.playvid.com/watch/BRojtNxprcA, http://www.playvid.com/watch/jGfeDXNe99t,
http://www.playvid.com/watch/27ax338QUiP, http://www.playvid.com/watch/mKtaOvBFg6C, http://www.playvid.com/watch/uSArb3Gi3WA,
http://www.playvid.com/watch/Cqgj3BxHubE, http://www.playvid.com/watch/PxDvR3F8nOU, http://www.playvid.com/watch/w6UQdjUOZRw,
http://www.playvid.com/watch/828kPYUpxsY, http://www.playvid.com/watch/OcBXIPwkO5g, http://www.playvid.com/watch/kZs8ff5SrET,
http://www.playvid.com/watch/DqExCELmbYb, http://www.playvid.com/watch/OgDNwtczTPF, http://www.playvid.com/watch/HJONRWmArwV,
http://www.playvid.com/watch/2Tk36jRxRGB, http://www.playvid.com/watch/zEDz3nFy00k, http://www.playvid.com/watch/ModVU5CTxs-,
http://www.playvid.com/watch/CVdnmrdY4Kg, http://www.playvid.com/watch/X6tmjD4QqdT, http://www.playvid.com/watch/mJ6IHsu9fA8,
http://www.playvid.com/watch/5hoKNa6gsMH, http://www.playvid.com/watch/cfPq25pPmxX, http://www.playvid.com/watch/3J6xZigMfaz,
http://www.playvid.com/watch/VyiI0UGTynI, http://www.playvid.com/watch/RRXBHOF5siE, http://www.playvid.com/watch/zmcIQJP8958,
http://www.playvid.com/watch/PDVdaKgYfRH, http://www.playvid.com/watch/fFwa7PFjJPf, http://www.playvid.com/watch/2wCXDyxuAJd,
http://www.playvid.com/watch/Een8ydR6U0W, http://www.playvid.com/watch/ipthhbiRBWc, http://www.playvid.com/watch/VkaHMtRles6,
http://www.playvid.com/watch/UZmbPKWoaJY, http://www.playvid.com/watch/2EIEN03gYK7, http://www.playvid.com/watch/hcdMXAr-qmS,
http://www.playvid.com/watch/BWAyd3a0YSB, http://www.playvid.com/watch/VwwKK5numA6, http://www.playvid.com/watch/9y82EvaiOhp,
http://www.playvid.com/watch/iQbNliv--DM, http://www.playvid.com/watch/67NAiacUIPF, http://www.playvid.com/watch/hAzYZNq4Do9,
http://www.playvid.com/watch/ZPV4OaGg-DW, http://www.playvid.com/watch/fldQSqmUkOW, http://www.playvid.com/watch/zjq9wHtR6fY,

http://www.playvid.com/watch/twKm58xaQvk, http://www.playvid.com/watch/TkUploMfSoS, http://www.playvid.com/watch/V2Ck2UxdLOH, http://www.playvid.com/watch/l7NQqPL0pE4, http://www.playvid.com/watch/L3rcnJGwX9v, http://www.playvid.com/watch/AveljzWtRhw, http://www.playvid.com/watch/9o6CzCXpgto, http://www.playvid.com/watch/-DBHodDGGLJ, http://www.playvid.com/watch/MMUTQ5pvpAk
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: elazar79
5.b. Uploader's email address: elazar1979@yahoo.com.my
5.d. Uploader's profile: http://www.playvid.com/member/elazar79
5.e. List of videos posted by uploader: http://www.playvid.com/watch/A5RI9brMsgC, http://www.playvid.com/watch/HGICDvfAgw9, http://www.playvid.com/watch/FkWTWVe7Fyc, http://www.playvid.com/watch/gzgDe6py4mJ, http://www.playvid.com/watch/bVR9ZjXuUak, http://www.playvid.com/watch/v2GLNRLY-vM, http://www.playvid.com/watch/bLvVwFNFZzV, http://www.playvid.com/watch/zu5sk9TQ5m9, http://www.playvid.com/watch/LZXXV3mhVF6, http://www.playvid.com/watch/FKiIOA7XOVa, http://www.playvid.com/watch/GInzM3IoIbF, http://www.playvid.com/watch/ruxUwyq7sLN, http://www.playvid.com/watch/FgNZwJjVx2G, http://www.playvid.com/watch/NE4wQqFRltx, http://www.playvid.com/watch/WldWMl2Ik8N, http://www.playvid.com/watch/xihr44kp2sF, http://www.playvid.com/watch/zw80VZtq0Fi, http://www.playvid.com/watch/CMbYxBKhIa5, http://www.playvid.com/watch/FCQoQCEevdY, http://www.playvid.com/watch/0bO6mAyctBu, http://www.playvid.com/watch/U0NHpMumjNl, http://www.playvid.com/watch/It2FYkUKB6J, http://www.playvid.com/watch/CyrlztGmnZu, http://www.playvid.com/watch/BPuy7gAjFZJ, http://www.playvid.com/watch/RRHCL3u3PSR, http://www.playvid.com/watch/Dk00alLmgOx, http://www.playvid.com/watch/hpBLjYu7ODL, http://www.playvid.com/watch/gGBbYKz9TCa, http://www.playvid.com/watch/CzMOHEleJuR, http://www.playvid.com/watch/JvSeIRawRNB, http://www.playvid.com/watch/kgroJLR4vGV, http://www.playvid.com/watch/7g3lzjfzZxq, http://www.playvid.com/watch/54P3LT2hqBh, http://www.playvid.com/watch/KZMxktKeVna, http://www.playvid.com/watch/8aPOJhZ0x8U, http://www.playvid.com/watch/kBpvoZV6sUr, http://www.playvid.com/watch/C9FRIq0DnHb, http://www.playvid.com/watch/lsyEL2kK76U, http://www.playvid.com/watch/oqnKGf3sSol, http://www.playvid.com/watch/qfckyZmG6ri, http://www.playvid.com/watch/h2orrtbMluk, http://www.playvid.com/watch/sDgavTf3DqE, http://www.playvid.com/watch/VVJHcDxVGn0, http://www.playvid.com/watch/32mRsVA5vHG, http://www.playvid.com/watch/tFLevGGxDt5, http://www.playvid.com/watch/kATY-qA-pFh, http://www.playvid.com/watch/HTnBXPJFlQT, http://www.playvid.com/watch/fxQRvmS72Rw, http://www.playvid.com/watch/ekak9lrrqxB, http://www.playvid.com/watch/eDGUAgBf2XW, http://www.playvid.com/watch/cK79J-j-RRu, http://www.playvid.com/watch/XPvRb2drujE, http://www.playvid.com/watch/JAOLUNrmt7N, http://www.playvid.com/watch/34rhnqxuFOZ, http://www.playvid.com/watch/O2Fd7gradTk, http://www.playvid.com/watch/F9uAH2w0Gns, http://www.playvid.com/watch/YTD0XcCdgqb, http://www.playvid.com/watch/9lOQbuBR0w6, http://www.playvid.com/watch/wq7hnUssfOJ, http://www.playvid.com/watch/Yt85llaFQfI, http://www.playvid.com/watch/okK4STQOJCm, http://www.playvid.com/watch/-aY7M3wgmfm, http://www.playvid.com/watch/hDoqZ5iJAN8, http://www.playvid.com/watch/N9OfOypQhz8, http://www.playvid.com/watch/9VrTJq9qLsq, http://www.playvid.com/watch/KpgANdvUPYv, http://www.playvid.com/watch/vAH96WgBoXq, http://www.playvid.com/watch/OpSOCPZWJ6c, http://www.playvid.com/watch/Pig4Dxp2CbK, http://www.playvid.com/watch/YKkUVrepOTq, http://www.playvid.com/watch/nTnur6hfFvY, http://www.playvid.com/watch/MoL59VYSF0I, http://www.playvid.com/watch/kMivZoKLpfQ, http://www.playvid.com/watch/76pfvZpVU0h, http://www.playvid.com/watch/FlZER69Mqc7, http://www.playvid.com/watch/TbwVtRccdgX, http://www.playvid.com/watch/7Iq7HPinxsm, http://www.playvid.com/watch/kBLpPzjrmZb, http://www.playvid.com/watch/humL8ZVR8IY, http://www.playvid.com/watch/3R3nOWOJyld, http://www.playvid.com/watch/lWHejLZAHdm, http://www.playvid.com/watch/hV7DjhyzXuH, http://www.playvid.com/watch/V3cUkSNy-IR, http://www.playvid.com/watch/bmdosNpufBH, http://www.playvid.com/watch/RFrYCl3HWxY, http://www.playvid.com/watch/of-ezFEzyMf, http://www.playvid.com/watch/YhE2RZsGGcN, http://www.playvid.com/watch/qZkMxnGj4mM, http://www.playvid.com/watch/JjYO7YwA2LJ, http://www.playvid.com/watch/vyEdjNirseB, http://www.playvid.com/watch/dFiu5J3OQCR, http://www.playvid.com/watch/S98iBF-rN8d, http://www.playvid.com/watch/kYT2VwfxVjD, http://www.playvid.com/watch/Zur3o03GF3p, http://www.playvid.com/watch/VC5-8GiLAuF, http://www.playvid.com/watch/3zuG86B9PUS, http://www.playvid.com/watch/cTBCOhRrY0e, http://www.playvid.com/watch/3NEjnFKg8mp, http://www.playvid.com/watch/zs8OlAqJRiY, http://www.playvid.com/watch/u2ZQ3yDoPy2, http://www.playvid.com/watch/G0L4FIiHx06, http://www.playvid.com/watch/G3MgCb-50t7, http://www.playvid.com/watch/bXprQW6RD7e, http://www.playvid.com/watch/ExL4WiUq8qN, http://www.playvid.com/watch/LmbSlkmveIZ, http://www.playvid.com/watch/o6rac2N8oMp, http://www.playvid.com/watch/ctqxlPT5P8C, http://www.playvid.com/watch/uuO0iSgrIN4, http://www.playvid.com/watch/QledHxEp-06, http://www.playvid.com/watch/hq92en9CMGA, http://www.playvid.com/watch/LWMsB0Cicyh, http://www.playvid.com/watch/o8lHh6XPosY, http://www.playvid.com/watch/HBkRMfdwECF, http://www.playvid.com/watch/lpdsjz2zyWB, http://www.playvid.com/watch/0D3NJB4Q2nn, http://www.playvid.com/watch/Zxuas4bovYF, http://www.playvid.com/watch/EbGUUUZoQAB, http://www.playvid.com/watch/eRAckiYoPOg, http://www.playvid.com/watch/-5WC-Xkgwrj, http://www.playvid.com/watch/UP28PBN0RlG, http://www.playvid.com/watch/FIqkdmEfERJ, http://www.playvid.com/watch/sfFOofO7wN6, http://www.playvid.com/watch/fAuoyKzViPk, http://www.playvid.com/watch/zyPcdknnZml, http://www.playvid.com/watch/fkKMX3EH9mv, http://www.playvid.com/watch/JcJg3DHq0nQ, http://www.playvid.com/watch/VYrewbAyEZd, http://www.playvid.com/watch/dUA99cMLgzq, http://www.playvid.com/watch/PSBwbWc-Gmf, http://www.playvid.com/watch/zyqv6Ahc4gR, http://www.playvid.com/watch/fGtmTMWFT67, http://www.playvid.com/watch/MCzDCADI23-, http://www.playvid.com/watch/Azxth7cDHu9, http://www.playvid.com/watch/SgDlrH2q9M8, http://www.playvid.com/watch/AmGVHDRjyYQ, http://www.playvid.com/watch/NXRjcIKVqeL, http://www.playvid.com/watch/kRy6OQzZfR9, http://www.playvid.com/watch/CB9jXYmXZua, http://www.playvid.com/watch/PlGbTisBazh, http://www.playvid.com/watch/lR2dkLAzVD3, http://www.playvid.com/watch/t9jZEPnHVYI, http://www.playvid.com/watch/AykhzuNyDNT, http://www.playvid.com/watch/iqPgFRUu-BF, http://www.playvid.com/watch/tBZLkH73ejF, http://www.playvid.com/watch/2Jssp0gVX2o, http://www.playvid.com/watch/MUjoKeEDcsU, http://www.playvid.com/watch/TgVNFW-ETdO, http://www.playvid.com/watch/DlRg3bFMj0j, http://www.playvid.com/watch/svl4FHSMoLK, http://www.playvid.com/watch/UjcIg23T5mH, http://www.playvid.com/watch/6yd86ipFqoa, http://www.playvid.com/watch/nuZco7XnbDf, http://www.playvid.com/watch/ZsChMJoj5Nt, http://www.playvid.com/watch/AWvtG4fAKij, http://www.playvid.com/watch/XldiE4Cilcz, http://www.playvid.com/watch/zvvsES7dHwA, http://www.playvid.com/watch/nZUemIAeloK, http://www.playvid.com/watch/FBZsYbqNUh7, http://www.playvid.com/watch/wrtBcSfLiGi, http://www.playvid.com/watch/xtt2bd5Blrw, http://www.playvid.com/watch/YiQbvPvrOVg, http://www.playvid.com/watch/bPS7W5yp0ET, http://www.playvid.com/watch/lCoQllmbDIn, http://www.playvid.com/watch/Kg0UZh9XV5o, http://www.playvid.com/watch/3kE2ANL8elM, http://www.playvid.com/watch/mFeERD94DJx, http://www.playvid.com/watch/fJengUTGYvd, http://www.playvid.com/watch/Z8HYQqTSqyF, http://www.playvid.com/watch/7KElPgrl0Bm, http://www.playvid.com/watch/LYXuoghtlez, http://www.playvid.com/watch/gLc0i8SfJFY, http://www.playvid.com/watch/04KNAbpv4pt, http://www.playvid.com/watch/3RMSL0KB92g, http://www.playvid.com/watch/KygpkPCA2a3, http://www.playvid.com/watch/x98uSFQDRao, http://www.playvid.com/watch/gLQxKnz6DNE, http://www.playvid.com/watch/xw2dszDrVYT, http://www.playvid.com/watch/zOtx3JaGCOG, http://www.playvid.com/watch/4M4zS28gZKu, http://www.playvid.com/watch/mqx9iC7SZGn, http://www.playvid.com/watch/0bOEqt4NaNu, http://www.playvid.com/watch/4e0ckeg-RuO, http://www.playvid.com/watch/OdvWjniogRl, http://www.playvid.com/watch/oVhydRpeFR8, http://www.playvid.com/watch/SkHTx52eM5a, http://www.playvid.com/watch/bj2GYPKi26L, http://www.playvid.com/watch/m6pfcHutG6b, http://www.playvid.com/watch/40bJOPlTiwv, http://www.playvid.com/watch/cdrqNdwvoCj, http://www.playvid.com/watch/db9OBOheTSG, http://www.playvid.com/watch/gNWlvDIV0pn, http://www.playvid.com/watch/skfns45FeWJ, http://www.playvid.com/watch/R5xyYSTCSWn, http://www.playvid.com/watch/jYSSVvmm6SL, http://www.playvid.com/watch/UwcUQ6CuT8Z, http://www.playvid.com/watch/wMmboWFPMsp, http://www.playvid.com/watch/0VCnTgy3wmn, http://www.playvid.com/watch/AB4d99E6per, http://www.playvid.com/watch/zCtxYIEBkcl, http://www.playvid.com/watch/I5mTASXx2-N, http://www.playvid.com/watch/TZwhtIge5LJ, http://www.playvid.com/watch/pOfbwp5QtOr, http://www.playvid.com/watch/Mj4SDPe0EtA, http://www.playvid.com/watch/fH5ZD2cCuOg, http://www.playvid.com/watch/BFaFUvBbOY5, http://www.playvid.com/watch/uPWmXGOb2bv, http://www.playvid.com/watch/udMH-DOnrep, http://www.playvid.com/watch/kmbLb3BCbB4, http://www.playvid.com/watch/px9S0kZwU-D, http://www.playvid.com/watch/GLq8hHMLZ7U, http://www.playvid.com/watch/8a6PODlOGnV, http://www.playvid.com/watch/yv0nrIHGrDj, http://www.playvid.com/watch/QA3wN0nRc8K, http://www.playvid.com/watch/fai5xf8HXeH, http://www.playvid.com/watch/nMryZLTdkop, http://www.playvid.com/watch/cGv-zV5T9fg, http://www.playvid.com/watch/NDsugRsJR5V, http://www.playvid.com/watch/IH3B2ykHa0J, http://www.playvid.com/watch/mWEv3AbTRIJ, http://www.playvid.com/watch/ngOv49qdl6z, http://www.playvid.com/watch/DKZpxABpRe4, http://www.playvid.com/watch/pMGqpjW9cfL, http://www.playvid.com/watch/vFVO5z4rNME, http://www.playvid.com/watch/bFNBZyuX02o, http://www.playvid.com/watch/fkeGp5ohqpw, http://www.playvid.com/watch/saUJjoihxAz, http://www.playvid.com/watch/9nvOdc54s05, http://www.playvid.com/watch/Kr52bz0ACik, http://www.playvid.com/watch/cbiSEqYnsVS, http://www.playvid.com/watch/POkTCWOWryR, http://www.playvid.com/watch/b0owAR6iBGJ, http://www.playvid.com/watch/qL0PCnDuiC0, http://www.playvid.com/watch/L3VejgpxHKI, http://www.playvid.com/watch/CoECF9PCKaP, http://www.playvid.com/watch/ZxbmjosZ2Gy, http://www.playvid.com/watch/VM-trDNNXWW, http://www.playvid.com/watch/jEZrmOPQmHv, http://www.playvid.com/watch/PdBv3KxrH2Q, http://www.playvid.com/watch/GVRoJKw4roh, http://www.playvid.com/watch/pyBjf3GsehV, http://www.playvid.com/watch/LCaKQ4GPByc, http://www.playvid.com/watch/5Ex9CGaKB-K, http://www.playvid.com/watch/yMYGNCQWBIy, http://www.playvid.com/watch/rKbC7ujZpKA, http://www.playvid.com/watch/wUHBBJjlHQb, http://www.playvid.com/watch/5ico4mxdIY-, http://www.playvid.com/watch/O3JvvSFSLoP, http://www.playvid.com/watch/Oz-2vMjsTjU, http://www.playvid.com/watch/XRE-f34CcHD, http://www.playvid.com/watch/nxayblcblWF, http://www.playvid.com/watch/-hMoxxoB4Fu, http://www.playvid.com/watch/CaXGtBwDHRN, http://www.playvid.com/watch/2yYm8tQoMxm, http://www.playvid.com/watch/ORLDRRv2a4f, http://www.playvid.com/watch/DVOLZ9ER8Rx, http://www.playvid.com/watch/5S9ykziExGs, http://www.playvid.com/watch/zJrGFwsdEKi, http://www.playvid.com/watch/9MIr2uvSCVw, http://www.playvid.com/watch/Zn6o-ojOsnf, http://www.playvid.com/watch/Y2fZf6JEyTP,

http://www.playvid.com/watch/De4Ss28te4r, http://www.playvid.com/watch/0y0naskpAAj, http://www.playvid.com/watch/5en0xFSeuVC,
http://www.playvid.com/watch/NQU33AAX3Si, http://www.playvid.com/watch/NJNzEIoO7nz, http://www.playvid.com/watch/P9PIU0ntYZe,
http://www.playvid.com/watch/P9XIfE3mCb4, http://www.playvid.com/watch/LYE4zo0LdkM, http://www.playvid.com/watch/uClmsg06orh,
http://www.playvid.com/watch/kMifWBj98J6, http://www.playvid.com/watch/a3n75PljOMZ, http://www.playvid.com/watch/AYQOJbKCmt-,
http://www.playvid.com/watch/rUbT24LdPAF, http://www.playvid.com/watch/tORId-qBami, http://www.playvid.com/watch/NTrbpk2idy9,
http://www.playvid.com/watch/kMCveVlhOXm, http://www.playvid.com/watch/6t9CSbYkrPj, http://www.playvid.com/watch/SXVEGmkuUM5,
http://www.playvid.com/watch/P-2GVXLqgny, http://www.playvid.com/watch/hhnVSxHSEDG, http://www.playvid.com/watch/jLeLthz8zuo,
http://www.playvid.com/watch/SebHZy5idDv, http://www.playvid.com/watch/doPDSn0Kfe5, http://www.playvid.com/watch/Whk9rOeAfUb,
http://www.playvid.com/watch/y8oPsaO-69a, http://www.playvid.com/watch/2H2wj2j4Eeh, http://www.playvid.com/watch/Q0Kvn72NZjg,
http://www.playvid.com/watch/x-h3Bvlov-k, http://www.playvid.com/watch/xf4taKSMCUA, http://www.playvid.com/watch/Yf78S4ObaK-,
http://www.playvid.com/watch/Bb2nfKSK5XV, http://www.playvid.com/watch/OwQMCSzQASc, http://www.playvid.com/watch/xY5nxpjrDsZ,
http://www.playvid.com/watch/xMHh6bZRGMU, http://www.playvid.com/watch/4fGFOqu9I3p, http://www.playvid.com/watch/5efTbOMf6vC,
http://www.playvid.com/watch/5XaQYPUu6sS, http://www.playvid.com/watch/S-7sNXOCoXa, http://www.playvid.com/watch/ipe2BTLLpjk,
http://www.playvid.com/watch/x4Z00GdROKe, http://www.playvid.com/watch/NYRYiiyKbAb, http://www.playvid.com/watch/iGYeFXNsHjn,
http://www.playvid.com/watch/qjx5VD87P3h, http://www.playvid.com/watch/OXLzdvN6axK, http://www.playvid.com/watch/jFxkSswiXuv,
http://www.playvid.com/watch/AOB49BQn9Bi, http://www.playvid.com/watch/4nwRsusWxCa, http://www.playvid.com/watch/YvnbKIlJd5d,
http://www.playvid.com/watch/KqTL6YJFhjs, http://www.playvid.com/watch/-aMxMdRCs6C, http://www.playvid.com/watch/-dSZeHkvWuf,
http://www.playvid.com/watch/p460R93c2iW, http://www.playvid.com/watch/YltPLXirruS, http://www.playvid.com/watch/CrhJ9IVbu8j,
http://www.playvid.com/watch/Q7RYSoOYiNS, http://www.playvid.com/watch/-XBmVmqV2P2, http://www.playvid.com/watch/ZSPlIkh3jSB,
http://www.playvid.com/watch/UblcDbDWr2b, http://www.playvid.com/watch/AijLMBwWsOo, http://www.playvid.com/watch/f8Ts7ZtNkJB,
http://www.playvid.com/watch/UY9az3hIReJ, http://www.playvid.com/watch/V4XyKEpuDD0, http://www.playvid.com/watch/KUl6S9GJoPr,
http://www.playvid.com/watch/vWBCozI7YSj, http://www.playvid.com/watch/Kbq4V5yEj9d, http://www.playvid.com/watch/sKetBc7vXfo,
http://www.playvid.com/watch/GLf6ZWB67VE, http://www.playvid.com/watch/rns4LKtVzJ9, http://www.playvid.com/watch/NOc0q0Z7VRh,
http://www.playvid.com/watch/s7VXO6NC0eD, http://www.playvid.com/watch/OY8r5cK3IIf, http://www.playvid.com/watch/HV63D2AONuB,
http://www.playvid.com/watch/UzWjmuVFj5A, http://www.playvid.com/watch/fOVui24bfvr, http://www.playvid.com/watch/sHAReMdK4LL,
http://www.playvid.com/watch/ObARJVOb2hc, http://www.playvid.com/watch/cBCFev5BGzZ, http://www.playvid.com/watch/GMU7HrcFbA0,
http://www.playvid.com/watch/6hNojnuvL80, http://www.playvid.com/watch/hlnERpOn9Ag, http://www.playvid.com/watch/OVR7sNB2dHh,
http://www.playvid.com/watch/sU-9T2D0Ozy, http://www.playvid.com/watch/Ae2s7NbjNee, http://www.playvid.com/watch/g5VP2nmOt06,
http://www.playvid.com/watch/meTdE-Kg9hO, http://www.playvid.com/watch/bnA3T0D4SZO, http://www.playvid.com/watch/jvr3Royu6Jn,
http://www.playvid.com/watch/ZuK6BafYQSo, http://www.playvid.com/watch/TO9Fq8N6MR2, http://www.playvid.com/watch/4dRL9VvGu9E,
http://www.playvid.com/watch/kFenYAdiMfQ, http://www.playvid.com/watch/mJv9sJZk9LY, http://www.playvid.com/watch/0bxLBTBmOyM,
http://www.playvid.com/watch/-Au5mcs0POF, http://www.playvid.com/watch/iKxuWhFVSWV, http://www.playvid.com/watch/iAQxcm9UTIA,
http://www.playvid.com/watch/jdJ2895Hzm8, http://www.playvid.com/watch/o2StVV5xigi, http://www.playvid.com/watch/lYUkWUF979v,
http://www.playvid.com/watch/PlpaqaOlGxn, http://www.playvid.com/watch/-Y0HeNFznoy, http://www.playvid.com/watch/W2H06gT4zFr,
http://www.playvid.com/watch/dB7QNz4bmBD, http://www.playvid.com/watch/jnDYpeuSKYg, http://www.playvid.com/watch/RlJAo23s9Hh,
http://www.playvid.com/watch/FRtXqEiTVxT, http://www.playvid.com/watch/8-q-d7JuEpo, http://www.playvid.com/watch/VPjpw0SP6Oe,
http://www.playvid.com/watch/2bWtjJNJkcI, http://www.playvid.com/watch/iBytO4ign9B, http://www.playvid.com/watch/GcmUKmND5nZ,
http://www.playvid.com/watch/XtKEydHohpm, http://www.playvid.com/watch/pHL2SBvMSv3, http://www.playvid.com/watch/QPClg7uqXx8,
http://www.playvid.com/watch/uDCY-JlfHAf, http://www.playvid.com/watch/QhgGdihYvMS, http://www.playvid.com/watch/OPdseDlVCMt,
http://www.playvid.com/watch/5h5V8BHY-Eg, http://www.playvid.com/watch/x-HzI7xbKiu, http://www.playvid.com/watch/RwzxaK7Yl0S,
http://www.playvid.com/watch/JkoW-IXoxzH, http://www.playvid.com/watch/HiJ2bcYnXD7, http://www.playvid.com/watch/vXqxf8bgbAM,
http://www.playvid.com/watch/o8OMIyn4Cvc, http://www.playvid.com/watch/-ARNSyohU-Z, http://www.playvid.com/watch/lU8l4uiFzZg,
http://www.playvid.com/watch/l5nQ7Avk2KH, http://www.playvid.com/watch/rXM0wURWVsy, http://www.playvid.com/watch/PywqmnOASZD,
http://www.playvid.com/watch/CSu3AyPXZkN, http://www.playvid.com/watch/P2A7DCNQynA, http://www.playvid.com/watch/EsPYmCtm5lY,
http://www.playvid.com/watch/eLIzyJ4V6DU, http://www.playvid.com/watch/LCwKic4g0R0, http://www.playvid.com/watch/XEZP8xYYDUb,
http://www.playvid.com/watch/Y2-Kda8tHyu, http://www.playvid.com/watch/GEy4c6HuXII, http://www.playvid.com/watch/pJYCsPQ4qU2,
http://www.playvid.com/watch/7daBnRj-tBN, http://www.playvid.com/watch/pNrfjJd8jD-, http://www.playvid.com/watch/3cVP-EXpXai,
http://www.playvid.com/watch/3GDzwb907Df, http://www.playvid.com/watch/jUiNTJfATFx, http://www.playvid.com/watch/UFp5ZkiObrG,
http://www.playvid.com/watch/g4A2ovuqlNX, http://www.playvid.com/watch/D-2N06WcFtR, http://www.playvid.com/watch/lqmb4rlsqO-,
http://www.playvid.com/watch/pyTh-T2uzL2, http://www.playvid.com/watch/yVOKJgCE0qF, http://www.playvid.com/watch/RpqqkhdX3RM,
http://www.playvid.com/watch/ibHqW7KoKMC, http://www.playvid.com/watch/62Xgrm2Tu26, http://www.playvid.com/watch/jRP4Qmvgepz,
http://www.playvid.com/watch/Ng6dc0oKIJd, http://www.playvid.com/watch/hZbjzrRcbcC, http://www.playvid.com/watch/Ob8W0hRr8dB,
http://www.playvid.com/watch/L6sgxaqs2Ap, http://www.playvid.com/watch/23C3hvQ-aMB, http://www.playvid.com/watch/PXyFi4rbXHZ,
http://www.playvid.com/watch/I7deuqZHc5B, http://www.playvid.com/watch/Fvrb8M-l75b, http://www.playvid.com/watch/N99gAelbSoL,
http://www.playvid.com/watch/fl5ntBjG5k8, http://www.playvid.com/watch/krNzj7jVH0d, http://www.playvid.com/watch/fAzvNIQZyfn,
http://www.playvid.com/watch/3zYDFXHbdVO, http://www.playvid.com/watch/rCzUK4FyBNo, http://www.playvid.com/watch/5kkEh3p8hnL,
http://www.playvid.com/watch/jG9j3ihMoWs, http://www.playvid.com/watch/FvKlxkrREwX, http://www.playvid.com/watch/ETfqkOHEtUf,
http://www.playvid.com/watch/YoPRx8a9hSf, http://www.playvid.com/watch/3YPwqDqfQCq, http://www.playvid.com/watch/GjbVG6BxBQr,
http://www.playvid.com/watch/euU9Jgt3ODr, http://www.playvid.com/watch/firVvxbTwon, http://www.playvid.com/watch/b4N4Mb5WbVZ,
http://www.playvid.com/watch/lVrtwe6iMy5, http://www.playvid.com/watch/7dsWfZAmdLa, http://www.playvid.com/watch/2LL6ZpcQV8t,
http://www.playvid.com/watch/4qvihrNhuiD, http://www.playvid.com/watch/NF5EbztXU9B, http://www.playvid.com/watch/9fSCIIhQfJQ,
http://www.playvid.com/watch/tP8BoZ7whL3, http://www.playvid.com/watch/RMD8lRb9P0g, http://www.playvid.com/watch/Upzc6sPVEHo,
http://www.playvid.com/watch/Xx7RAIuFNLS, http://www.playvid.com/watch/HT9H6r9nNQH, http://www.playvid.com/watch/f648tpSRMtB,
http://www.playvid.com/watch/WEQnrsYjHRV, http://www.playvid.com/watch/OhIKdJDwtdo, http://www.playvid.com/watch/ZFl7ngcxHvI,
http://www.playvid.com/watch/WJwK4sCVfzr, http://www.playvid.com/watch/Pb9ZoGVG-W8, http://www.playvid.com/watch/wVGpS0EE9Su,
http://www.playvid.com/watch/nmenU7LTPOk, http://www.playvid.com/watch/vEwtfjW5Jrf, http://www.playvid.com/watch/9VQ8BPpGkwY,
http://www.playvid.com/watch/lUwPLO0FLdI, http://www.playvid.com/watch/xzna2JCfdnJ, http://www.playvid.com/watch/9WlqVzslMhS,
http://www.playvid.com/watch/5RCJTQvssCp, http://www.playvid.com/watch/66uDM4uvekR, http://www.playvid.com/watch/HIEk6CGPaD5,
http://www.playvid.com/watch/ljrwo2uGL8G, http://www.playvid.com/watch/K4CVGGSMIO2, http://www.playvid.com/watch/MyBgJzdwgan,
http://www.playvid.com/watch/jeFGR2c36j9, http://www.playvid.com/watch/EhedbGBqegF, http://www.playvid.com/watch/2NUfUDZOgG-,
http://www.playvid.com/watch/mDgiSjfIhOU, http://www.playvid.com/watch/CXwXk-2S0E0, http://www.playvid.com/watch/J4O3VnFwiil,
http://www.playvid.com/watch/nTwB9FM6i7A, http://www.playvid.com/watch/I9EEAIBAaXN, http://www.playvid.com/watch/6yTvCYNGPse,
http://www.playvid.com/watch/uotYSbntuVg, http://www.playvid.com/watch/tMtQEb7qd2L, http://www.playvid.com/watch/QoU-6pG2yZU,
http://www.playvid.com/watch/ZgmE9HEwrmi, http://www.playvid.com/watch/ehBVwqTgg-P, http://www.playvid.com/watch/p0lD29nt64R,
http://www.playvid.com/watch/lraUVAz0Kb6, http://www.playvid.com/watch/EtfaRcxEqYP, http://www.playvid.com/watch/f-WqrmOVMYZ,
http://www.playvid.com/watch/OMdv3nSSKVi, http://www.playvid.com/watch/q8EtJHX-i3c, http://www.playvid.com/watch/YMh4htW4t2Z,
http://www.playvid.com/watch/Az9tQ2XMNXB, http://www.playvid.com/watch/-ePuUzDiIq7, http://www.playvid.com/watch/slYqFemiWGe,
http://www.playvid.com/watch/TZzIOKk0upB, http://www.playvid.com/watch/ADtUBX8fBWc, http://www.playvid.com/watch/daESUJ0KVeh,
http://www.playvid.com/watch/y6YxkW3B6lZ, http://www.playvid.com/watch/lnKQVYx5gBA, http://www.playvid.com/watch/e3MKZlrVnGq,
http://www.playvid.com/watch/7Zcg0VOUe47, http://www.playvid.com/watch/Bb-IjWj8UZF, http://www.playvid.com/watch/tSxwVQYu7Jq,
http://www.playvid.com/watch/erPSpKYe9ke, http://www.playvid.com/watch/AWEqZqnOwjA, http://www.playvid.com/watch/5g95tWfYQ3G,
http://www.playvid.com/watch/UrlwWlVbmy6, http://www.playvid.com/watch/XkbLT6GDGcB, http://www.playvid.com/watch/-qpJwg8Rq50,
http://www.playvid.com/watch/ZKfMsveuFnB, http://www.playvid.com/watch/05GVWGm2-Vd, http://www.playvid.com/watch/XT5EDbohIVW,
http://www.playvid.com/watch/LOlimFUfQde, http://www.playvid.com/watch/Zguj7kV6uUe, http://www.playvid.com/watch/9ra8C8Qo-3n,
http://www.playvid.com/watch/hkCLkpJnC9G, http://www.playvid.com/watch/ucilz2Rp-Hd, http://www.playvid.com/watch/vWNQm45jS0Z,
http://www.playvid.com/watch/05Tdu6aiD8C, http://www.playvid.com/watch/gkrZI2BEQJ2, http://www.playvid.com/watch/Wy7kRrOrKkS,
http://www.playvid.com/watch/nGafuIcoJ73, http://www.playvid.com/watch/QMj5ZRgNmx3, http://www.playvid.com/watch/Mhtj0ntor6j,
http://www.playvid.com/watch/9SL-TLFbRne, http://www.playvid.com/watch/xYbdwz7vM7Y, http://www.playvid.com/watch/XmLm-ja2Lj-,
http://www.playvid.com/watch/LxSal6fePQi, http://www.playvid.com/watch/Lxw8BF2eVSx, http://www.playvid.com/watch/UQXv08tRbSN,
http://www.playvid.com/watch/AsKYqhAlDHd, http://www.playvid.com/watch/0RydkTC7tDe, http://www.playvid.com/watch/JJDl9E59duL,
http://www.playvid.com/watch/87NlJnD4Um3, http://www.playvid.com/watch/bUWutsQoNLx, http://www.playvid.com/watch/S6LdNJiVYeG,
http://www.playvid.com/watch/SdnTlovpVz-, http://www.playvid.com/watch/O5-ivGnefD3, http://www.playvid.com/watch/wDAwy3mzqdJ,
http://www.playvid.com/watch/jaUDj5Go0xr, http://www.playvid.com/watch/HrNwyFCp8Ej, http://www.playvid.com/watch/AsQgd6lHSst,
http://www.playvid.com/watch/fB6WPIfXrAU, http://www.playvid.com/watch/xiF8t7fHDRL, http://www.playvid.com/watch/WralcwmjmL6,
http://www.playvid.com/watch/PicyHP4fnQo, http://www.playvid.com/watch/mNvKlZol6a9, http://www.playvid.com/watch/W3LRpZ4dDFT,
http://www.playvid.com/watch/MmnBgxcsQtI, http://www.playvid.com/watch/xNAIa2o5e3N, http://www.playvid.com/watch/qkweYpgOSfy,

http://www.playvid.com/watch/LJRakQRydBS, http://www.playvid.com/watch/ph96GVAquSu, http://www.playvid.com/watch/DmetzSxhuHK,
http://www.playvid.com/watch/IICIML6NDhP, http://www.playvid.com/watch/GM7CKBcLppd, http://www.playvid.com/watch/CSjUAwiUwdZ,
http://www.playvid.com/watch/uJAEDdpeBU4, http://www.playvid.com/watch/9iibjMLIMxW, http://www.playvid.com/watch/BIN8u6dztLL,
http://www.playvid.com/watch/cfPHssgqGe8, http://www.playvid.com/watch/iV7yRNbBpGh, http://www.playvid.com/watch/KUyzHKCYzoj,
http://www.playvid.com/watch/ehIdW3j7RpA, http://www.playvid.com/watch/uVf69YGHbTK, http://www.playvid.com/watch/cWYT2GokBaF,
http://www.playvid.com/watch/rekbQofEAZQ, http://www.playvid.com/watch/S-SZnsTUifk, http://www.playvid.com/watch/h-zYIbgqPzR,
http://www.playvid.com/watch/k7UT-pzbgTE, http://www.playvid.com/watch/G5ElGSHZvc3, http://www.playvid.com/watch/as-kz8ORiYY,
http://www.playvid.com/watch/cKnzP7WpInp, http://www.playvid.com/watch/cmqPac59YPz, http://www.playvid.com/watch/O64ub-J8QOY,
http://www.playvid.com/watch/nD58aCjXaGr, http://www.playvid.com/watch/IEtPouBI00F, http://www.playvid.com/watch/3HTd2uMjItM,
http://www.playvid.com/watch/kYvkM87wgc7, http://www.playvid.com/watch/HR68-YeC0NQ, http://www.playvid.com/watch/U3naEeQxyPa,
http://www.playvid.com/watch/UqDJZVnRqOL, http://www.playvid.com/watch/K7YphB2lpkA, http://www.playvid.com/watch/KxOiO-I86R8,
http://www.playvid.com/watch/7UA2amQWMDY, http://www.playvid.com/watch/k8c-CpTWiuC, http://www.playvid.com/watch/gxd3C9tNGdY,
http://www.playvid.com/watch/d0dv2JLLf-E, http://www.playvid.com/watch/Hpduy7LPhDU, http://www.playvid.com/watch/3DMP8TvHWpO,
http://www.playvid.com/watch/8XiGFKLYGe8, http://www.playvid.com/watch/v62sdr0HLi4, http://www.playvid.com/watch/ymsQhmtBPyK,
http://www.playvid.com/watch/hX6WTXs52Yh, http://www.playvid.com/watch/F8sKbOp4H9N, http://www.playvid.com/watch/grUsey9ru-F,
http://www.playvid.com/watch/tKqobmoYujm, http://www.playvid.com/watch/kkO6SW99CAb, http://www.playvid.com/watch/BGsvLK7hkGF,
http://www.playvid.com/watch/zhtiCQFHdZ2, http://www.playvid.com/watch/sNs0IOi37rN, http://www.playvid.com/watch/Vcogvh7espv,
http://www.playvid.com/watch/PADy9QNU-99, http://www.playvid.com/watch/x7-0nT4rsi5, http://www.playvid.com/watch/5y9zBtgDm4s,
http://www.playvid.com/watch/M7NpbThxm5e, http://www.playvid.com/watch/h4T6sib6cHI, http://www.playvid.com/watch/jRFbNCr-xwg,
http://www.playvid.com/watch/XFcK4bRfg4o, http://www.playvid.com/watch/-IaFhV4JWjS, http://www.playvid.com/watch/6rnB-vX-bwM,
http://www.playvid.com/watch/xOFyM87XHso, http://www.playvid.com/watch/Zc63-fNP9Ru, http://www.playvid.com/watch/GyDy3B6gjCG,
http://www.playvid.com/watch/FeTyLhILvX-, http://www.playvid.com/watch/qw6dDcJ4uj7, http://www.playvid.com/watch/dNqFl2q72LX,
http://www.playvid.com/watch/i3Oj7-vvayk, http://www.playvid.com/watch/C6M4eYzqA2-, http://www.playvid.com/watch/fSfRgzkH6Xk,
http://www.playvid.com/watch/vMgrnff0cev, http://www.playvid.com/watch/5BZznVOUitF, http://www.playvid.com/watch/zpVzTc5JQBy,
http://www.playvid.com/watch/jJ-7hyt8PBZ, http://www.playvid.com/watch/3uWxcqJowp5, http://www.playvid.com/watch/4P5VB7KMcbf,
http://www.playvid.com/watch/9jQer48ewkO, http://www.playvid.com/watch/wmeSLceRdTI, http://www.playvid.com/watch/U73xkHgPfN2,
http://www.playvid.com/watch/nxCMK7t9BEp, http://www.playvid.com/watch/vz6zSQgHucG, http://www.playvid.com/watch/Sd2GTQsMuOt,
http://www.playvid.com/watch/4RWb7HqSgRf, http://www.playvid.com/watch/by9nqpSjH0q, http://www.playvid.com/watch/3oNXV2dGtzO,
http://www.playvid.com/watch/LRXoAQ3HGoJ, http://www.playvid.com/watch/6Oqjn5JIyOk, http://www.playvid.com/watch/eJxQGPGP2GQ,
http://www.playvid.com/watch/KEsAXNIo-xW, http://www.playvid.com/watch/SwrwCqMk0lW, http://www.playvid.com/watch/jozyfmfX6RQ,
http://www.playvid.com/watch/076a-sdMZjb, http://www.playvid.com/watch/d6yVfagWsdX, http://www.playvid.com/watch/Byo7HiDI-Oj,
http://www.playvid.com/watch/vD8Ze6IFsGM, http://www.playvid.com/watch/uGzi--d7zOp, http://www.playvid.com/watch/CBOzoAKhmSY,
http://www.playvid.com/watch/7v3ilCGBaf6, http://www.playvid.com/watch/Xl5ToMc3Au9, http://www.playvid.com/watch/oiNT7mZtYdp,
http://www.playvid.com/watch/cQKNtOkkpsq, http://www.playvid.com/watch/gkLQP74yO-l, http://www.playvid.com/watch/QCs-zGeMrye,
http://www.playvid.com/watch/PNUl8-8hmTI, http://www.playvid.com/watch/6vzbB5yg2qi, http://www.playvid.com/watch/ilPt4WEkBVx,
http://www.playvid.com/watch/3v6mLvf3AV-, http://www.playvid.com/watch/tN5igOKTZxf, http://www.playvid.com/watch/lCE0p3js-YH,
http://www.playvid.com/watch/ukhUowneKds, http://www.playvid.com/watch/vw7j4UGqk6O, http://www.playvid.com/watch/D54KsltKaky,
http://www.playvid.com/watch/oYSLqtZnauL, http://www.playvid.com/watch/kxThNlhPF2d, http://www.playvid.com/watch/LWOt9p3ClwJ,
http://www.playvid.com/watch/WSVZu7G2BH8, http://www.playvid.com/watch/bj3YQraKlc0, http://www.playvid.com/watch/bI3zKAqniH8,
http://www.playvid.com/watch/nPOLlEktpjz, http://www.playvid.com/watch/bIodW8Ducce, http://www.playvid.com/watch/05aN0SEuHdw,
http://www.playvid.com/watch/koSicIEiE6H, http://www.playvid.com/watch/VZK7aAYUlBn, http://www.playvid.com/watch/ji26JWXV9RH,
http://www.playvid.com/watch/OyASiNdP5xm, http://www.playvid.com/watch/GmneiGa39VE, http://www.playvid.com/watch/Zdnwr9b-N80,
http://www.playvid.com/watch/GlCceP5akls, http://www.playvid.com/watch/h2aEWRv4pCj, http://www.playvid.com/watch/dmJtPrjSefy,
http://www.playvid.com/watch/pIkUXZCiQEa, http://www.playvid.com/watch/yYHDVulBGwy, http://www.playvid.com/watch/xMTMQIPm5WH,
http://www.playvid.com/watch/7Jhwq4X8u2H, http://www.playvid.com/watch/9bBLoLUNC57, http://www.playvid.com/watch/V67qh7OzuSm,
http://www.playvid.com/watch/dysfnuuOTnn, http://www.playvid.com/watch/a7wfz-q3EwY, http://www.playvid.com/watch/iWXnOQDy0Ro,
http://www.playvid.com/watch/N8gu9mltb85, http://www.playvid.com/watch/nGUyUeivLT5, http://www.playvid.com/watch/Pqe28e6Z3DS,
http://www.playvid.com/watch/47V47Plumeq, http://www.playvid.com/watch/jJRoz0eiaKe, http://www.playvid.com/watch/llAOvK-JXM4,
http://www.playvid.com/watch/DzVJtTjpak6, http://www.playvid.com/watch/E6bxrZ-jeoL, http://www.playvid.com/watch/BWjevO8ZO5g,
http://www.playvid.com/watch/h2tWSqqDwvU, http://www.playvid.com/watch/rlzILeN5Ao6, http://www.playvid.com/watch/f6SSfmUWrFp,
http://www.playvid.com/watch/8DSRPmhQLdK, http://www.playvid.com/watch/u3Dn5gqsmcO, http://www.playvid.com/watch/Q7JK7pDYlne,
http://www.playvid.com/watch/sSjUBT3ISc6, http://www.playvid.com/watch/2AIny4IiUHf, http://www.playvid.com/watch/e3gEiqoVR8U,
http://www.playvid.com/watch/FD7pkufRZDW, http://www.playvid.com/watch/kv5x73Etgj7, http://www.playvid.com/watch/uho3Vca9Rdw,
http://www.playvid.com/watch/SunsztWV78n, http://www.playvid.com/watch/p4FPNlOmHp-, http://www.playvid.com/watch/Z4QxCI9PJbP,
http://www.playvid.com/watch/5-8wnNAy9-a, http://www.playvid.com/watch/GzfRF9rK3ks, http://www.playvid.com/watch/adcX8pphVSS,
http://www.playvid.com/watch/-WMCRkNUqmj, http://www.playvid.com/watch/JUlcZh7kcsz, http://www.playvid.com/watch/ZpDflDiciFN,
http://www.playvid.com/watch/yDQv7-vdYzo, http://www.playvid.com/watch/2gqUAN4anMc, http://www.playvid.com/watch/I5RJJwMlmYM,
http://www.playvid.com/watch/0LsHYHRkJTH, http://www.playvid.com/watch/59Pgb3X2tQy, http://www.playvid.com/watch/2GnN8SDSCjX,
http://www.playvid.com/watch/QWfnRLtLFO-, http://www.playvid.com/watch/wkzhdnYehF2, http://www.playvid.com/watch/NEdK8x7VU6Q,
http://www.playvid.com/watch/FR6zUVkr38C, http://www.playvid.com/watch/EjvTuTS59WM, http://www.playvid.com/watch/JObZkl4qQOd,
http://www.playvid.com/watch/6y9x3hQuoGl, http://www.playvid.com/watch/tEKhFBnyUH0, http://www.playvid.com/watch/Cyz5m8aIO2f,
http://www.playvid.com/watch/fHyHurbXu3G, http://www.playvid.com/watch/lEylfp6286q, http://www.playvid.com/watch/RTvqRuZHTKV,
http://www.playvid.com/watch/38mbDrzRQ75, http://www.playvid.com/watch/7gqTAijXATA, http://www.playvid.com/watch/5uk2v69DJqa,
http://www.playvid.com/watch/3r8bX5JpXzo, http://www.playvid.com/watch/j5HCwCmbxyi, http://www.playvid.com/watch/vUlrzlfM56-,
http://www.playvid.com/watch/GVrAZmNUIpH, http://www.playvid.com/watch/Psd9rKTGx2V, http://www.playvid.com/watch/esnNBimR3vI,
http://www.playvid.com/watch/6pgaYyaoF82, http://www.playvid.com/watch/sQzNqX9eaus, http://www.playvid.com/watch/zEjYmdjYqvq,
http://www.playvid.com/watch/qCtSQpm3503, http://www.playvid.com/watch/ZgAwFZ2Yl6d, http://www.playvid.com/watch/biQQEvI4cl9,
http://www.playvid.com/watch/LjQ4PGKueAL, http://www.playvid.com/watch/7Kc-NKbvIQH, http://www.playvid.com/watch/rB-VhbD7UN9,
http://www.playvid.com/watch/oIfsP-vjbD5, http://www.playvid.com/watch/LT9qfv7hl46, http://www.playvid.com/watch/aF-tgzZWDeT,
http://www.playvid.com/watch/3hvbD98B3Oh, http://www.playvid.com/watch/O8mClDrloCp, http://www.playvid.com/watch/Y5ZSLAz2-QO,
http://www.playvid.com/watch/raNsk7Grh9y, http://www.playvid.com/watch/P4UdtjTZwuT, http://www.playvid.com/watch/Xicfiez5FxU,
http://www.playvid.com/watch/N9B59sxpY9I, http://www.playvid.com/watch/8tV50tsdFmu, http://www.playvid.com/watch/h-KElPfLS-o,
http://www.playvid.com/watch/cAc4HcWPMm2, http://www.playvid.com/watch/yZc83MjTQSJ, http://www.playvid.com/watch/Nux6yTf3Zxv,
http://www.playvid.com/watch/CPd-kMBh73U, http://www.playvid.com/watch/sRV2wH9pG65, http://www.playvid.com/watch/rRzdiOwGmZs,
http://www.playvid.com/watch/bBObGiAF0ap, http://www.playvid.com/watch/tDqHVFRA83H, http://www.playvid.com/watch/LFZcC7GVfY2,
http://www.playvid.com/watch/x0RaMLB8QfJ, http://www.playvid.com/watch/mMBraQWZY-B, http://www.playvid.com/watch/l9XUSdbastA,
http://www.playvid.com/watch/WAmeQk3E5Qy, http://www.playvid.com/watch/6Va5hcUa42U, http://www.playvid.com/watch/r4qNYllRhmA,
http://www.playvid.com/watch/tkR29cJ-oRs, http://www.playvid.com/watch/9cJ9Y6kMzhy, http://www.playvid.com/watch/KRduz4mT4Bj,
http://www.playvid.com/watch/zddtQmfnjh5, http://www.playvid.com/watch/lOao3ddv-Er, http://www.playvid.com/watch/JXHPpr09DZZ,
http://www.playvid.com/watch/I7yirEHxgt8, http://www.playvid.com/watch/2v7LGdNvQ8t, http://www.playvid.com/watch/XBBtOWnNfDq,
http://www.playvid.com/watch/tYreFO0tBN2, http://www.playvid.com/watch/SAvrmHFEoKg, http://www.playvid.com/watch/j0xbKoGwDHv,
http://www.playvid.com/watch/ahopk2Br65e, http://www.playvid.com/watch/EFEiSgkuCs2, http://www.playvid.com/watch/TrJKrhEMVen,
http://www.playvid.com/watch/IJ7T4ZPdBA3, http://www.playvid.com/watch/eQEjtaWLedj, http://www.playvid.com/watch/3a5q8tL7SsS,
http://www.playvid.com/watch/c8v0mpCQ3zo, http://www.playvid.com/watch/M5eratMznHq, http://www.playvid.com/watch/B22Ix3xbBMk,
http://www.playvid.com/watch/aIMn9zqRqH5, http://www.playvid.com/watch/PmnQvjrP7-A, http://www.playvid.com/watch/LJQqfHcREzy,
http://www.playvid.com/watch/sFNOA2blJMo, http://www.playvid.com/watch/dBscayEn0Uj, http://www.playvid.com/watch/r0QhEou87n8,
http://www.playvid.com/watch/EhOMGiqaavl, http://www.playvid.com/watch/VWJ4mEclMjJ, http://www.playvid.com/watch/ltt2t9x2Aq5,
http://www.playvid.com/watch/-EV3P0yFivE, http://www.playvid.com/watch/YgZOvOBj9F2, http://www.playvid.com/watch/CEh3yZE0tM6,
http://www.playvid.com/watch/v-9LVqGDL4h, http://www.playvid.com/watch/HD-xRzlqyfM, http://www.playvid.com/watch/847gXWtB6X-,
http://www.playvid.com/watch/VFEMaU5qRmj, http://www.playvid.com/watch/VxupgEuoXL6, http://www.playvid.com/watch/JHgHKYW5jR9,
http://www.playvid.com/watch/cXaXDEAoDh3, http://www.playvid.com/watch/f84q82IrlOR, http://www.playvid.com/watch/3DTjjs3uuaF,
http://www.playvid.com/watch/hbejJ9WlVZi, http://www.playvid.com/watch/0jh5PiZpLSN, http://www.playvid.com/watch/rM3t34EyruB,
http://www.playvid.com/watch/qkbA55dSJsw, http://www.playvid.com/watch/8QSgCqqhZE6, http://www.playvid.com/watch/BCEHa8UySjb,
http://www.playvid.com/watch/eBRrklQnbS6, http://www.playvid.com/watch/l2CQ7qlK6Cb, http://www.playvid.com/watch/aOcklKG58-C,
http://www.playvid.com/watch/20tCMCORrXn, http://www.playvid.com/watch/9zNyBuSJTDd, http://www.playvid.com/watch/o0KWTtaiTzQ,
http://www.playvid.com/watch/UPijNKs40dW, http://www.playvid.com/watch/CJefwC2-HzI, http://www.playvid.com/watch/X2uYFzOjeFB,

http://www.playvid.com/watch/bvlAtd5RJXQ, http://www.playvid.com/watch/jcCsomlIOYz, http://www.playvid.com/watch/HYZhpBIyEyz,
http://www.playvid.com/watch/gtdB4nG-fCT, http://www.playvid.com/watch/jHVnCqRPmOp, http://www.playvid.com/watch/dD3A0s4wZMn,
http://www.playvid.com/watch/bBsjPKT990-, http://www.playvid.com/watch/QCSZTC9C8F8, http://www.playvid.com/watch/B64mKWAUxhh,
http://www.playvid.com/watch/uK0mLkl55Wc, http://www.playvid.com/watch/S2gE9VV0bY2, http://www.playvid.com/watch/0HUnBkDfQGS,
http://www.playvid.com/watch/Lt3I-BM68LS, http://www.playvid.com/watch/4CSZoYhZR-Z, http://www.playvid.com/watch/99WUkpZxHAt,
http://www.playvid.com/watch/7x4MQ9-mqGM, http://www.playvid.com/watch/hKiqYdSaYX-, http://www.playvid.com/watch/XDCVsA5jpmq,
http://www.playvid.com/watch/6XDTAxJtKDU, http://www.playvid.com/watch/ptHTsEZjxG8, http://www.playvid.com/watch/gE4SgSsJp6W,
http://www.playvid.com/watch/hvEcg7U3Rna, http://www.playvid.com/watch/FzLpY7Tuw2C, http://www.playvid.com/watch/AVLG3VsuCsZ,
http://www.playvid.com/watch/q0C9R2TFecM, http://www.playvid.com/watch/C7sszjuAwCV, http://www.playvid.com/watch/I-bZtLaI00j,
http://www.playvid.com/watch/T7ePEMtwh3Y, http://www.playvid.com/watch/BVENWqldUnj, http://www.playvid.com/watch/tmqCk0HWw6g,
http://www.playvid.com/watch/4gCDBm9lJhW, http://www.playvid.com/watch/tNldRNjGORv, http://www.playvid.com/watch/wxb0tTLhROr,
http://www.playvid.com/watch/xC8GjpZelA7, http://www.playvid.com/watch/fZG6mD5wTpY, http://www.playvid.com/watch/V5c0B0JMYjW,
http://www.playvid.com/watch/OXC3trSzfbP, http://www.playvid.com/watch/PMLvar0GWQ3, http://www.playvid.com/watch/5R3iEcu0isD,
http://www.playvid.com/watch/RbaiCp33jSw, http://www.playvid.com/watch/aDxQVsWxpuw, http://www.playvid.com/watch/OkexS49pA3V,
http://www.playvid.com/watch/3d46bZqV8Gr, http://www.playvid.com/watch/4pRUvpEYFAy, http://www.playvid.com/watch/vAVcztZ3tQg,
http://www.playvid.com/watch/QrLQk3f0gqs, http://www.playvid.com/watch/9ntvPsvb4hK, http://www.playvid.com/watch/ROQJf8jjHvD,
http://www.playvid.com/watch/jrmZbxBuXxA, http://www.playvid.com/watch/P9QAIHrIOOK, http://www.playvid.com/watch/mZWYAKMf8TK,
http://www.playvid.com/watch/sQdcPm8f-ct, http://www.playvid.com/watch/SB7wg56GM4e, http://www.playvid.com/watch/MXqYZTEx-wf,
http://www.playvid.com/watch/KXZGJYFhth4, http://www.playvid.com/watch/EpvVhQmz9GI, http://www.playvid.com/watch/QfzUQWX5M4y,
http://www.playvid.com/watch/u9nHjKC6RO3, http://www.playvid.com/watch/k5IUOyF6Bt7, http://www.playvid.com/watch/nGVG8wxUwD9,
http://www.playvid.com/watch/PP5Fx33pzFL, http://www.playvid.com/watch/Pquz0OB9pn-, http://www.playvid.com/watch/YgWEN7xToYK,
http://www.playvid.com/watch/o4Se0EyW2oi, http://www.playvid.com/watch/-0TsjSrKiEW, http://www.playvid.com/watch/a7ZCQe26wY9,
http://www.playvid.com/watch/PFX6NRpYsjA, http://www.playvid.com/watch/YBpxhvwwAHk, http://www.playvid.com/watch/fHdUseqsMuM,
http://www.playvid.com/watch/vXzpXbRztJ0, http://www.playvid.com/watch/0b8JeIUeF0R, http://www.playvid.com/watch/pi3E6mtG4vg,
http://www.playvid.com/watch/hl8YTIu9M9R, http://www.playvid.com/watch/N5z74YbP0qz, http://www.playvid.com/watch/vBCsJLnEv2L,
http://www.playvid.com/watch/P7oPQiRQe8H, http://www.playvid.com/watch/3eq0fQgPfqf, http://www.playvid.com/watch/YHDoHBbnroQ,
http://www.playvid.com/watch/2xA0hYijcNQ, http://www.playvid.com/watch/wYvFooEMIGc, http://www.playvid.com/watch/7Oz6vYndChO,
http://www.playvid.com/watch/plBEE5g9EY0, http://www.playvid.com/watch/oSJopa5wjbP, http://www.playvid.com/watch/VfjmVX55uDN,
http://www.playvid.com/watch/dnT3OUbMD-O, http://www.playvid.com/watch/0ZOwm2JFjxP, http://www.playvid.com/watch/fgKTm4YAwjU,
http://www.playvid.com/watch/y0G89RIFNJk, http://www.playvid.com/watch/LX7SV2fxuq2, http://www.playvid.com/watch/OBj3f8lpQAq,
http://www.playvid.com/watch/yM4nWIzBnP0, http://www.playvid.com/watch/uSAaUfIhNEg, http://www.playvid.com/watch/tewNaPPGAAY,
http://www.playvid.com/watch/2lwgOFb5zQJ, http://www.playvid.com/watch/V3VayDzNA5K, http://www.playvid.com/watch/E3iG8lf5KJk,
http://www.playvid.com/watch/CQVj8fDoLmM, http://www.playvid.com/watch/jZS-4MiGTeW, http://www.playvid.com/watch/G3VddkaTVGb,
http://www.playvid.com/watch/WuYGQPMLVEx, http://www.playvid.com/watch/BTxFqnj29CB, http://www.playvid.com/watch/9yyz-UFoO7-,
http://www.playvid.com/watch/nbuv7i6azG8, http://www.playvid.com/watch/ZVx-gyTNY5G, http://www.playvid.com/watch/o2MGqHzbnDt,
http://www.playvid.com/watch/7kWG6NtMVqH, http://www.playvid.com/watch/Osqxhn2jOpi, http://www.playvid.com/watch/VYyT2FEsnQz,
http://www.playvid.com/watch/AFNz3M4fW1X, http://www.playvid.com/watch/LIDp4z0QooS, http://www.playvid.com/watch/dhumuMCMFld,
http://www.playvid.com/watch/bIG9StJ7jrT, http://www.playvid.com/watch/fEvEsLUWIeA, http://www.playvid.com/watch/bkh3KCEbV7u,
http://www.playvid.com/watch/vR6yEaAJ6Az, http://www.playvid.com/watch/k2frziJJvKd, http://www.playvid.com/watch/AwtS-T-CILy,
http://www.playvid.com/watch/cuj-iq3PQPG, http://www.playvid.com/watch/bST5oByyGug, http://www.playvid.com/watch/Ll9fcpscN3W,
http://www.playvid.com/watch/UPliAMHHgc9, http://www.playvid.com/watch/XQXCqJVV7d2, http://www.playvid.com/watch/dEjUbPpbhVz,
http://www.playvid.com/watch/fROPZaBqJin, http://www.playvid.com/watch/lWitcsoOeNQ, http://www.playvid.com/watch/CzJflqn5Ubb,
http://www.playvid.com/watch/-EDLClZtZaA, http://www.playvid.com/watch/doFkGTQDgOG, http://www.playvid.com/watch/UYDHYsM1vDn,
http://www.playvid.com/watch/wFCc4bYEzpI, http://www.playvid.com/watch/R2lCs5n93vv, http://www.playvid.com/watch/rXanFzpSahv,
http://www.playvid.com/watch/OTpAquYZtTB, http://www.playvid.com/watch/IibBSnPLBCz, http://www.playvid.com/watch/k2Mj1grvvaj,
http://www.playvid.com/watch/hzI8Npadz6l, http://www.playvid.com/watch/Fa1MhM3x4Xc, http://www.playvid.com/watch/Cnpd3JrM7wD,
http://www.playvid.com/watch/DwOdZRq4LhG, http://www.playvid.com/watch/KFnSvwec8po, http://www.playvid.com/watch/HBEXB-CoHsQ,
http://www.playvid.com/watch/ApfMZ9lkGOp, http://www.playvid.com/watch/lLUoRFikKCF, http://www.playvid.com/watch/FYf8cUtxCSn,
http://www.playvid.com/watch/7SpqE2Me2wz, http://www.playvid.com/watch/BCrOVlCzC3P, http://www.playvid.com/watch/FR78IPqyP7x,
http://www.playvid.com/watch/hcBKujOKQz9, http://www.playvid.com/watch/C-pb8e5yntE, http://www.playvid.com/watch/ljP1CcKLkWe,
http://www.playvid.com/watch/6lXfowyLdAv, http://www.playvid.com/watch/2UJBGtnBgPZ, http://www.playvid.com/watch/nMpRDcve-sJ,
http://www.playvid.com/watch/LQHRLu9zf0K, http://www.playvid.com/watch/vqNZacLvdJX, http://www.playvid.com/watch/jciY251Me40,
http://www.playvid.com/watch/rMdKDb94Bsn, http://www.playvid.com/watch/7Qh97NmKnFs, http://www.playvid.com/watch/HGanAcPUaLh,
http://www.playvid.com/watch/AAitZlJAVRC, http://www.playvid.com/watch/LOJ0KYwYWOn, http://www.playvid.com/watch/Ahr2VxCC9BX,
http://www.playvid.com/watch/SQw5rWgpnoF, http://www.playvid.com/watch/9audHc1wiLy, http://www.playvid.com/watch/ZlT4ZgUhQqb,
http://www.playvid.com/watch/sLMr2EWbALR, http://www.playvid.com/watch/0Yy0-yh83AV, http://www.playvid.com/watch/MV9ALI0hMSf,
http://www.playvid.com/watch/PAQfMUbWkCv, http://www.playvid.com/watch/k-ynVch5dBA, http://www.playvid.com/watch/FWX6VC4k-gc,
http://www.playvid.com/watch/yL75NAirRkT, http://www.playvid.com/watch/JVsTStchye9, http://www.playvid.com/watch/7zofJIeFjv3,
http://www.playvid.com/watch/uaTtW_6jHbV, http://www.playvid.com/watch/0IPz7UHZeL6, http://www.playvid.com/watch/vIBUqUE3f5m,
http://www.playvid.com/watch/FyRxNLwU_Ho, http://www.playvid.com/watch/DSC3_dJssvQ, http://www.playvid.com/watch/lEFvLy_eQ_A,
http://www.playvid.com/watch/q33-mLNldRV, http://www.playvid.com/watch/zc5YT5ZR6K6, http://www.playvid.com/watch/gHCXVkfEDPv,
http://www.playvid.com/watch/PLluntMOW88, http://www.playvid.com/watch/JrXYmurmS1l, http://www.playvid.com/watch/y6_SGjoFXEN,
http://www.playvid.com/watch/FWokdoE-HPM, http://www.playvid.com/watch/Ir6MvgeZPyQ, http://www.playvid.com/watch/yhv0hV4Fmd3,
http://www.playvid.com/watch/vebUZrRsevR, http://www.playvid.com/watch/xZ0r4r34APq, http://www.playvid.com/watch/w2w2SS0mmR5,
http://www.playvid.com/watch/vUEq9hCnVUv, http://www.playvid.com/watch/aDDnoYyVDOL, http://www.playvid.com/watch/cvBpM4iMfMO,
http://www.playvid.com/watch/T_yUl-9VdjZ, http://www.playvid.com/watch/Q2h7mD0eSAu, http://www.playvid.com/watch/6yhcESZlEWs,
http://www.playvid.com/watch/qe1NNm1w-Vt, http://www.playvid.com/watch/cm5mWZuIJS6, http://www.playvid.com/watch/U103QMS2qmV,
http://www.playvid.com/watch/AeJrPTujtjq, http://www.playvid.com/watch/HyltCvZxEIH, http://www.playvid.com/watch/ivtlk5B5wYX,
http://www.playvid.com/watch/kCSEjuXCEvC, http://www.playvid.com/watch/GNJ5uW0MJQw, http://www.playvid.com/watch/7LvqqZRL2zE,
http://www.playvid.com/watch/RdddirxPL0U, http://www.playvid.com/watch/EOlJU11b1jx, http://www.playvid.com/watch/0x7wNngPROr,
http://www.playvid.com/watch/bPLRyNegt9k, http://www.playvid.com/watch/2mdME-TNJYX, http://www.playvid.com/watch/UElm-OnxgzI,
http://www.playvid.com/watch/Iy8JjFMKuwg, http://www.playvid.com/watch/Lpl0gv8vT8T, http://www.playvid.com/watch/dli_DzL3PJc,
http://www.playvid.com/watch/uku_cGl9mMu, http://www.playvid.com/watch/w68nEWAIsZY, http://www.playvid.com/watch/Q0455lL9R-g,
http://www.playvid.com/watch/qO3lW1uCkaC, http://www.playvid.com/watch/QDBQm-kYS9T, http://www.playvid.com/watch/lqWdwDbvlyH,
http://www.playvid.com/watch/98mSwLeCVty, http://www.playvid.com/watch/DFti-A1jUPQ, http://www.playvid.com/watch/ey9KZYZKuOJ,
http://www.playvid.com/watch/OuKunnnkh3r, http://www.playvid.com/watch/u5q4GHpdBgT, http://www.playvid.com/watch/lkbwrb83QNZ,
http://www.playvid.com/watch/XZm29weoTJh, http://www.playvid.com/watch/AuVC6ImuRpO, http://www.playvid.com/watch/86gcacLWg93,
http://www.playvid.com/watch/qFr1p8YoT_l, http://www.playvid.com/watch/m15fTu8i8SD, http://www.playvid.com/watch/35yJs6UT5dM,
http://www.playvid.com/watch/JM7a1tU-8qs, http://www.playvid.com/watch/nYya8_Vre-U, http://www.playvid.com/watch/lx003Kf69FX,
http://www.playvid.com/watch/IM4LYgu-2IG, http://www.playvid.com/watch/2P9tWNnft9l, http://www.playvid.com/watch/QCAWhy7UW1A,
http://www.playvid.com/watch/9UANcnlFGkz, http://www.playvid.com/watch/tgiJJSlhcai, http://www.playvid.com/watch/9tb7UTNTBVE,
http://www.playvid.com/watch/HclBd6mV8ey, http://www.playvid.com/watch/qBzsE1oGUqq, http://www.playvid.com/watch/WMx5VQ2V28Q,
http://www.playvid.com/watch/FZnisc8p_2u, http://www.playvid.com/watch/ft1scXNcW-s, http://www.playvid.com/watch/42YGM_jWcSL,
http://www.playvid.com/watch/PDyjM4hQJ1g, http://www.playvid.com/watch/nx2G6OMjHX0, http://www.playvid.com/watch/FkJzDNRYyz6,
http://www.playvid.com/watch/fiqIl8k-qrI, http://www.playvid.com/watch/XHaZ7RrPeb7, http://www.playvid.com/watch/PauYnDt8ygP,
http://www.playvid.com/watch/w6Mi2lgDobZ, http://www.playvid.com/watch/ZS6P1ZNN2af, http://www.playvid.com/watch/b-TXn9wDUv6,
http://www.playvid.com/watch/a-YsrsmhITQ, http://www.playvid.com/watch/7NsISIZxgKG, http://www.playvid.com/watch/Iukm7g9JLbF,
http://www.playvid.com/watch/CjOmwHQ4-Wi, http://www.playvid.com/watch/VdKdyA5fmCK, http://www.playvid.com/watch/KizdflZwrD3,
http://www.playvid.com/watch/eYf_ybQSGuK, http://www.playvid.com/watch/TxLGljrxwVg, http://www.playvid.com/watch/KNmMJz9iHmb,
http://www.playvid.com/watch/itgjVz2293I, http://www.playvid.com/watch/NNeY_3DO1u8, http://www.playvid.com/watch/wH_r5-9kC8a,
http://www.playvid.com/watch/bkQsm9BivP3, http://www.playvid.com/watch/vGUVEHZ2HuE, http://www.playvid.com/watch/lg1V1ISNdL8,
http://www.playvid.com/watch/zn-lMr9bXri, http://www.playvid.com/watch/yhgGQL7Ftbj, http://www.playvid.com/watch/ueogXglPXhM,
http://www.playvid.com/watch/2gZ0AKaRDVX, http://www.playvid.com/watch/SAn4bWJZ5v4, http://www.playvid.com/watch/EimXOortk7t,
http://www.playvid.com/watch/eHOloDvvbmQ, http://www.playvid.com/watch/uc3BaXBAo8m, http://www.playvid.com/watch/byvzdZAc3_g,
http://www.playvid.com/watch/Y06WCmGv6is, http://www.playvid.com/watch/R5ChRY48iW0, http://www.playvid.com/watch/4K-YyPL7A32,
http://www.playvid.com/watch/IyA---Om-Pu, http://www.playvid.com/watch/fp3F5kwjnY0, http://www.playvid.com/watch/2FQk2hzdhp3,

http://www.playvid.com/watch/TtWorrm8IqO, http://www.playvid.com/watch/W-HGE9L-9Qk, http://www.playvid.com/watch/L-t3AhTWAvU,
http://www.playvid.com/watch/7ylIfy5OoOK, http://www.playvid.com/watch/LwzREHbNfcf, http://www.playvid.com/watch/i6pKjwdwnjx,
http://www.playvid.com/watch/ldIlbu9HPoW, http://www.playvid.com/watch/YtXm-nOjHQk, http://www.playvid.com/watch/6qBVXU-xhXs,
http://www.playvid.com/watch/xezfR-IUajN, http://www.playvid.com/watch/JMBiI4VTWCW, http://www.playvid.com/watch/gC1VGMWVCKP,
http://www.playvid.com/watch/0XtqgLFyUZ8, http://www.playvid.com/watch/8WlrbggJqiV, http://www.playvid.com/watch/KTJLylx2PJe,
http://www.playvid.com/watch/BzB_ntN0Ida, http://www.playvid.com/watch/azrw4jEab3x, http://www.playvid.com/watch/ctE2eFRK8Io,
http://www.playvid.com/watch/Uu4utmOJniA, http://www.playvid.com/watch/bd0a879a0ej, http://www.playvid.com/watch/xZGUwuWnyAI,
http://www.playvid.com/watch/6j4qji7aSqH, http://www.playvid.com/watch/z0f9eOdaiaN, http://www.playvid.com/watch/70XV0LXagyz,
http://www.playvid.com/watch/jAhQCYpCtEH, http://www.playvid.com/watch/5nbuvVSzok6, http://www.playvid.com/watch/gWR8UbTcRQ3,
http://www.playvid.com/watch/OFue951UTQb, http://www.playvid.com/watch/f7LGDLUScla, http://www.playvid.com/watch/bgsEHiR91wG,
http://www.playvid.com/watch/8eL67tZLSdO, http://www.playvid.com/watch/aB6CTrltQLi, http://www.playvid.com/watch/7VnJ4QzYtWn,
http://www.playvid.com/watch/pDzBRwmjLZV, http://www.playvid.com/watch/XVa0Ldi31mM, http://www.playvid.com/watch/yRzOw99wS5n,
http://www.playvid.com/watch/WmDX1nSUCcw, http://www.playvid.com/watch/dlgKXUR2T4b, http://www.playvid.com/watch/WrLSB0rSYnk,
http://www.playvid.com/watch/nXQPuDJjgCK, http://www.playvid.com/watch/IgiDxvuHwUU, http://www.playvid.com/watch/KTquuY80tm2,
http://www.playvid.com/watch/ibXMdivWVJc, http://www.playvid.com/watch/076iXgan7op, http://www.playvid.com/watch/aSgdWLYWyuo,
http://www.playvid.com/watch/3SNxkv5sWkm, http://www.playvid.com/watch/HKIToInX33t, http://www.playvid.com/watch/zzT7DbxzXeI,
http://www.playvid.com/watch/z8_kDhKlYRF, http://www.playvid.com/watch/urtwzH9kfWX, http://www.playvid.com/watch/mxWjvJz76aG,
http://www.playvid.com/watch/tfGgKyPKlna, http://www.playvid.com/watch/2-jff8iXH5H, http://www.playvid.com/watch/TdXT4-i1xcL,
http://www.playvid.com/watch/KXS-AwBy8fi, http://www.playvid.com/watch/q8-XY7QJ7k6, http://www.playvid.com/watch/AX6CEXqjfZE,
http://www.playvid.com/watch/34zlxRgT8bN, http://www.playvid.com/watch/0hD9a8Bk0Ev, http://www.playvid.com/watch/Q_7_rurUcy6,
http://www.playvid.com/watch/AMWtur5TjjG, http://www.playvid.com/watch/0dWY-hZmIOD, http://www.playvid.com/watch/OEfabuyI77p,
http://www.playvid.com/watch/lH8CaE_Jhcx, http://www.playvid.com/watch/MSqAYVNC8j4, http://www.playvid.com/watch/kCIwGI9CCtA,
http://www.playvid.com/watch/CFS_B3Pvh0j, http://www.playvid.com/watch/BFIqEZCJ_va, http://www.playvid.com/watch/Z1oUwIqLIDZ,
http://www.playvid.com/watch/uRql6x6FA0u, http://www.playvid.com/watch/hfaeGYi6cnt, http://www.playvid.com/watch/gaVP6XVOxtZ,
http://www.playvid.com/watch/8YsbCIRPigm, http://www.playvid.com/watch/z2m76YbJP4D, http://www.playvid.com/watch/2bxHIWLpJfT,
http://www.playvid.com/watch/MdHjAWnQqoG, http://www.playvid.com/watch/Etk5Dx0aJhp, http://www.playvid.com/watch/TjRYc3fU6cx,
http://www.playvid.com/watch/EqgAzX9ucXf, http://www.playvid.com/watch/6757tsBsB_w, http://www.playvid.com/watch/QPT12EgbF7b,
http://www.playvid.com/watch/AVMBKRYCdLj, http://www.playvid.com/watch/UBu6ZRnMMIa, http://www.playvid.com/watch/TveYUWmAN8W,
http://www.playvid.com/watch/jzP-7vAsNWe, http://www.playvid.com/watch/JUYPPcc-VbH, http://www.playvid.com/watch/l2ssCdZ6NKe,
http://www.playvid.com/watch/iPls0JL7uJd, http://www.playvid.com/watch/zmL1T3F5BD6, http://www.playvid.com/watch/DIbivaPB95E,
http://www.playvid.com/watch/if3Mb3AO8XE, http://www.playvid.com/watch/PzACsaMPf8m, http://www.playvid.com/watch/KSzXaiXqy7R,
http://www.playvid.com/watch/BoL-tx545AU, http://www.playvid.com/watch/kX0Dw_7ySLZ, http://www.playvid.com/watch/Ufj_ZFnGOqd,
http://www.playvid.com/watch/8wRamlqjqvu, http://www.playvid.com/watch/wm43fdktiyU, http://www.playvid.com/watch/JtNjbuUujtQ,
http://www.playvid.com/watch/WSf9A-NsbdK, http://www.playvid.com/watch/qJ9nP3Yn-44, http://www.playvid.com/watch/9CYlGbpEyrv,
http://www.playvid.com/watch/X6BI-wvctAU, http://www.playvid.com/watch/bPxj1Poq_dx, http://www.playvid.com/watch/HITL0ij4Ycf,
http://www.playvid.com/watch/bdGJeBSGXJL, http://www.playvid.com/watch/cEQm8BWfXXb, http://www.playvid.com/watch/oyotE0EwlWQ,
http://www.playvid.com/watch/Dt_Mq__F7Yb, http://www.playvid.com/watch/RAqYbuh48Zu, http://www.playvid.com/watch/eqr3seOokCK,
http://www.playvid.com/watch/yKEgSqBvyFE, http://www.playvid.com/watch/aAm7UVYFTzE, http://www.playvid.com/watch/2YU42faSTBU,
http://www.playvid.com/watch/J_6Lvo4MqNF, http://www.playvid.com/watch/ikt1iiFSNb5, http://www.playvid.com/watch/w5gLGPDdHgW,
http://www.playvid.com/watch/lQ7iwM9omPo, http://www.playvid.com/watch/7S0dCGpT4Jh, http://www.playvid.com/watch/kngOIFC9eMu,
http://www.playvid.com/watch/apQhI8C_cQ6, http://www.playvid.com/watch/J9V3JHaNEcO, http://www.playvid.com/watch/NUCam4ERSmy,
http://www.playvid.com/watch/uOnCr4eL_Dz, http://www.playvid.com/watch/Qm4eu-jv_Gb, http://www.playvid.com/watch/WATM1gEzWto,
http://www.playvid.com/watch/f04n3w_GRns, http://www.playvid.com/watch/nyQP1w5lRAk, http://www.playvid.com/watch/um6e2uzVXl2,
http://www.playvid.com/watch/VL320aj_H5D, http://www.playvid.com/watch/O5mv_zfAmXF, http://www.playvid.com/watch/sFIsSjylU4d,
http://www.playvid.com/watch/Ivi2pP9Vzc9, http://www.playvid.com/watch/OJKPmbl2w7D, http://www.playvid.com/watch/Erq5yIGX-aO,
http://www.playvid.com/watch/w7xTKOCnVGR, http://www.playvid.com/watch/eYhXDatY7qe, http://www.playvid.com/watch/uEbIVVt4tXZ,
http://www.playvid.com/watch/KA_CmreKZxY, http://www.playvid.com/watch/Mo6romKOzfZ, http://www.playvid.com/watch/2fY_NRTVaMa,
http://www.playvid.com/watch/aukf3gpwz9z, http://www.playvid.com/watch/g31_2YEtaZe, http://www.playvid.com/watch/XwY9mfkf_eY,
http://www.playvid.com/watch/ZhXql-lFcPf, http://www.playvid.com/watch/604diXtN5-P, http://www.playvid.com/watch/V3huNb3SKoV,
http://www.playvid.com/watch/ttGWQonBRuf, http://www.playvid.com/watch/zdWj2v4_r0k, http://www.playvid.com/watch/MiEdJbDwSaI,
http://www.playvid.com/watch/ML-xMW_ulfc, http://www.playvid.com/watch/p7qt0kkaeYx, http://www.playvid.com/watch/p_wNnSG4zAZ,
http://www.playvid.com/watch/ieJkhRu0Oo6, http://www.playvid.com/watch/kTtidCkHt7z, http://www.playvid.com/watch/zVEeVuEHFCN,
http://www.playvid.com/watch/D6CIpG2ofxn, http://www.playvid.com/watch/z00q35iQxlY, http://www.playvid.com/watch/4WklrPlXwNS,
http://www.playvid.com/watch/xjs2Pv0wS4J, http://www.playvid.com/watch/95wJVUQA2E5, http://www.playvid.com/watch/ohFs9Dl-0s0,
http://www.playvid.com/watch/3TkENykYwoJ, http://www.playvid.com/watch/RlXCOvdbn4v, http://www.playvid.com/watch/SXpJg77mA_m,
http://www.playvid.com/watch/s0s-bj4DJTZ, http://www.playvid.com/watch/8yliYLn2Por, http://www.playvid.com/watch/EQtspkUFUiK,
http://www.playvid.com/watch/6ScZFa0ChMM, http://www.playvid.com/watch/CHtbaqiYkoJ, http://www.playvid.com/watch/VqRBVre5N9Q,
http://www.playvid.com/watch/gMABCCw6I6L, http://www.playvid.com/watch/DJE9_MYwueT, http://www.playvid.com/watch/BllGzQIyEuG,
http://www.playvid.com/watch/iMY2MH22Au7, http://www.playvid.com/watch/MzjMVmOAGHY, http://www.playvid.com/watch/tG3zaDC9bzr,
http://www.playvid.com/watch/gi7QstzB-lc, http://www.playvid.com/watch/7W-jHtxTyLq, http://www.playvid.com/watch/atpD_tRlPiu,
http://www.playvid.com/watch/dYLC3qhae73, http://www.playvid.com/watch/5PvXfX555xl, http://www.playvid.com/watch/Bb8OLkQsjv5,
http://www.playvid.com/watch/w9aZSvKqEjW, http://www.playvid.com/watch/fMW0Om5Ri9f, http://www.playvid.com/watch/9aavEvsYAEm,
http://www.playvid.com/watch/na1oh0QT0yL, http://www.playvid.com/watch/0XH8ZiHoC_G, http://www.playvid.com/watch/VMIxmwb8G9M,
http://www.playvid.com/watch/NjBZA1A3ffm, http://www.playvid.com/watch/ynB_Xpiy126, http://www.playvid.com/watch/Z2zn2ailqie,
http://www.playvid.com/watch/RGgwfG90d6I, http://www.playvid.com/watch/2ZiaQ6p3xH4, http://www.playvid.com/watch/w4oWGfiCD-V,
http://www.playvid.com/watch/rtKTPpXi9Qe, http://www.playvid.com/watch/x0d05gcauZH, http://www.playvid.com/watch/R0l4M4EE-Kp,
http://www.playvid.com/watch/Mr0QzBRuGMb, http://www.playvid.com/watch/FWu9JtXGXl9, http://www.playvid.com/watch/U2-72KBrdSv,
http://www.playvid.com/watch/hwzCFesMoAz, http://www.playvid.com/watch/YStNpKpc2Cq, http://www.playvid.com/watch/5AV6Yu6jtb3,
http://www.playvid.com/watch/TPs7lfnNWk6, http://www.playvid.com/watch/yRBRzvBr8Z8, http://www.playvid.com/watch/8MseOD9Gkry,
http://www.playvid.com/watch/u03uJxclWHu, http://www.playvid.com/watch/BfXC7y9WC1O, http://www.playvid.com/watch/wMUuVFJR0cj,
http://www.playvid.com/watch/TUC2x80hWv3, http://www.playvid.com/watch/Ld1DoUuB_SO, http://www.playvid.com/watch/UifRUNRRRME,
http://www.playvid.com/watch/VkQhcLUv_Gw, http://www.playvid.com/watch/jkCEV0GI6rI, http://www.playvid.com/watch/z7b0AIuD8-k,
http://www.playvid.com/watch/BskF6TxaoBs, http://www.playvid.com/watch/V30JUFzjs4N, http://www.playvid.com/watch/sSzHdXAjU1o,
http://www.playvid.com/watch/wStX9YYoBCG, http://www.playvid.com/watch/z-JFrLd553G, http://www.playvid.com/watch/X1Pfuzmk2QZ,
http://www.playvid.com/watch/h4GgBrUISzA, http://www.playvid.com/watch/g4m0YoZnwTj, http://www.playvid.com/watch/AM4jfqUoEGV,
http://www.playvid.com/watch/NK7I0g34_k5, http://www.playvid.com/watch/r7MHNzwCSYE, http://www.playvid.com/watch/JLj7-GS2qfJ,
http://www.playvid.com/watch/wnu28fyONQi, http://www.playvid.com/watch/LciCrwQGNAx, http://www.playvid.com/watch/9J7FeFPeife,
http://www.playvid.com/watch/oTWBacGx3Cb, http://www.playvid.com/watch/M14gqCCIh3Y, http://www.playvid.com/watch/xiqwouCcGM9,
http://www.playvid.com/watch/v-lRJnEsY_G, http://www.playvid.com/watch/0crCvXUeTaa, http://www.playvid.com/watch/qN5Frl7OYJT,
http://www.playvid.com/watch/NSMDonc2rsP, http://www.playvid.com/watch/cdGV7IOrxbg, http://www.playvid.com/watch/eXqrs3nluHt,
http://www.playvid.com/watch/Y7U9CYmnTX7, http://www.playvid.com/watch/9B9wd_sOoTC, http://www.playvid.com/watch/wRgU3_kj35X,
http://www.playvid.com/watch/9r-oy7ogpEW, http://www.playvid.com/watch/NTHwDFEvCfw, http://www.playvid.com/watch/4WJR3hH16MF,
http://www.playvid.com/watch/i7Hftq44OIr, http://www.playvid.com/watch/jEE0Pxp2cgZ, http://www.playvid.com/watch/SqCsQXtAp5d,
http://www.playvid.com/watch/kkOsFiyHRZL, http://www.playvid.com/watch/K0RFnQW1Gbr, http://www.playvid.com/watch/LI3KG0YLRfN,
http://www.playvid.com/watch/kJg0-5R4CSp, http://www.playvid.com/watch/r1Pmkgf8mzU, http://www.playvid.com/watch/3qksvZplrB2,
http://www.playvid.com/watch/d7Oh8A5fQJe, http://www.playvid.com/watch/hr3L4nZsOfm, http://www.playvid.com/watch/hvZLgno-qyg,
http://www.playvid.com/watch/0Iu6nGqrrrS, http://www.playvid.com/watch/OkbbOQxYmQx, http://www.playvid.com/watch/cVoUlxe2FyR,
http://www.playvid.com/watch/lixwPqazkBn, http://www.playvid.com/watch/OmDpc6G-4KL, http://www.playvid.com/watch/F_jtYBBeZeV,
http://www.playvid.com/watch/3r6SYijhzqR, http://www.playvid.com/watch/W-b1y-5mmmk, http://www.playvid.com/watch/2F4-4WtYsfp,
http://www.playvid.com/watch/kcE3ryMrQCY, http://www.playvid.com/watch/9DiqSoOUXao, http://www.playvid.com/watch/NdubXbbopvW,
http://www.playvid.com/watch/GgEKxdjF6JG, http://www.playvid.com/watch/FvlaichvSBY, http://www.playvid.com/watch/yMZ7qovcXJ3,
http://www.playvid.com/watch/YHoCjhH98s0, http://www.playvid.com/watch/F0UWuTNpa7X, http://www.playvid.com/watch/YJDHp7WRGvo,
http://www.playvid.com/watch/okYfmspU50b, http://www.playvid.com/watch/dDb1IkJWaeT, http://www.playvid.com/watch/8GloS2pMJep,
http://www.playvid.com/watch/WuYUVyV5gAK, http://www.playvid.com/watch/24VxpC1TbYy, http://www.playvid.com/watch/LrQTzJcuDXq,
http://www.playvid.com/watch/Oao4zKJvPxl, http://www.playvid.com/watch/VvTbs4ugtpU, http://www.playvid.com/watch/LUDtaoScroJ,
http://www.playvid.com/watch/ngkUbXl_Js3, http://www.playvid.com/watch/xvsLlNqIOhU, http://www.playvid.com/watch/oS0VufCXOut,

http://www.playvid.com/watch/W5otjil2LLa, http://www.playvid.com/watch/GBaMG876Q7P, http://www.playvid.com/watch/JNI1MLpImV4,
http://www.playvid.com/watch/yZzToQenGLH, http://www.playvid.com/watch/XI_BT2We0Tj, http://www.playvid.com/watch/w6bD4zQyHDj,
http://www.playvid.com/watch/2HfupWDLDoc, http://www.playvid.com/watch/mYaPREwPvk9, http://www.playvid.com/watch/Lg4gebP5-hI,
http://www.playvid.com/watch/9Sd5Q3EuuqG, http://www.playvid.com/watch/m3B3p_PFJC0, http://www.playvid.com/watch/OdW95gair6s,
http://www.playvid.com/watch/GLfCxTVCDlI, http://www.playvid.com/watch/4MDtxGNke6c, http://www.playvid.com/watch/4DwiJ9QSpTm,
http://www.playvid.com/watch/VJFyAo7MZ-a, http://www.playvid.com/watch/8zqta89xr74, http://www.playvid.com/watch/j-f8mIOldKL,
http://www.playvid.com/watch/KHGRjUlx4jZ, http://www.playvid.com/watch/Hip9ZDjpzFc, http://www.playvid.com/watch/s2djJbCWsws,
http://www.playvid.com/watch/uwM8l_CgPbw, http://www.playvid.com/watch/8G9bhQjMQ2M, http://www.playvid.com/watch/lLTsJ_Iiagz,
http://www.playvid.com/watch/qVqC6cSFbbd, http://www.playvid.com/watch/0tHXQFqiGea, http://www.playvid.com/watch/elmuOPaZH-x,
http://www.playvid.com/watch/3fBTNS2OIuu, http://www.playvid.com/watch/KlyXc400OPA, http://www.playvid.com/watch/oIf5rhjTPbc,
http://www.playvid.com/watch/InCuiV5bKqO, http://www.playvid.com/watch/oTiMCpN4tnN, http://www.playvid.com/watch/bhplI9gOqJ0,
http://www.playvid.com/watch/APKJuSy_uF0, http://www.playvid.com/watch/SW-UHBSD_Nc, http://www.playvid.com/watch/oI80XbTtJlF,
http://www.playvid.com/watch/MqxrpSGGemU, http://www.playvid.com/watch/wf9AurZNcbO, http://www.playvid.com/watch/2RIjFyOiiaN,
http://www.playvid.com/watch/WyKhXwEJXMo, http://www.playvid.com/watch/eDLuReO8RjI, http://www.playvid.com/watch/tkyugr1j9kI,
http://www.playvid.com/watch/5Lgj8PZ7goN, http://www.playvid.com/watch/I9mKsN8l6HX, http://www.playvid.com/watch/9aeHeb8rZHd,
http://www.playvid.com/watch/ra206-0dDji, http://www.playvid.com/watch/Wgcd1DCbMKC, http://www.playvid.com/watch/LV2AtNb31ha,
http://www.playvid.com/watch/W7NgIUQzEN4, http://www.playvid.com/watch/YBi9yz-tqf4, http://www.playvid.com/watch/XBjd5TaGn0p,
http://www.playvid.com/watch/nGVxI9-KxBq, http://www.playvid.com/watch/3ckVVG_8Kds, http://www.playvid.com/watch/my6AXoTJlKr,
http://www.playvid.com/watch/u2N3Qynmyyv, http://www.playvid.com/watch/2JgNiTJ-bIA, http://www.playvid.com/watch/bnLrTVRr0SZ,
http://www.playvid.com/watch/t_-uvDQ-6x5, http://www.playvid.com/watch/pz2f58PrWeR, http://www.playvid.com/watch/MxqFfJftHd9,
http://www.playvid.com/watch/5t9FohM0iix, http://www.playvid.com/watch/CbZ_GF2GbG7, http://www.playvid.com/watch/b_FObFn1DPt,
http://www.playvid.com/watch/lFz_O0DjsjJ, http://www.playvid.com/watch/TnzM-eSTVxb, http://www.playvid.com/watch/5Uoj40bs7qP,
http://www.playvid.com/watch/ksoAsBxba1h, http://www.playvid.com/watch/KzGmeRGh8Vp, http://www.playvid.com/watch/4JR039wnplJ,
http://www.playvid.com/watch/7wGAMBErAL6, http://www.playvid.com/watch/WAgdc0h2kkU, http://www.playvid.com/watch/rsUMCbirbHF,
http://www.playvid.com/watch/SUETZHZPD3R, http://www.playvid.com/watch/jNGat0QiCU2, http://www.playvid.com/watch/etrmuj9kPWM,
http://www.playvid.com/watch/qfvCfDNCuky, http://www.playvid.com/watch/l14mcogV3Xt, http://www.playvid.com/watch/pvBLM3P3Z7o,
http://www.playvid.com/watch/gsYRnc4nmD9, http://www.playvid.com/watch/jnfY0tIx917, http://www.playvid.com/watch/NG3ebK8JF7P,
http://www.playvid.com/watch/0gnmk_8U8en, http://www.playvid.com/watch/ZEoYxNHvxKB, http://www.playvid.com/watch/GUpYZRWe4kA,
http://www.playvid.com/watch/N3w6zbmk3A3, http://www.playvid.com/watch/c4ISZrL9cB6, http://www.playvid.com/watch/XgkqTOydUAT,
http://www.playvid.com/watch/Ev3ln2RxCeF, http://www.playvid.com/watch/vJ7is4enjCm, http://www.playvid.com/watch/pX2jZ0nj7BX,
http://www.playvid.com/watch/LihsOGCws-F, http://www.playvid.com/watch/YiRb-NF7xsX, http://www.playvid.com/watch/wS2sR9VueIi,
http://www.playvid.com/watch/DsSX8EC_mrn, http://www.playvid.com/watch/IEnao3kHqMI, http://www.playvid.com/watch/YrXZkEK_Hwi,
http://www.playvid.com/watch/i5i1IfoIRqe, http://www.playvid.com/watch/dqK-hbTf-TM, http://www.playvid.com/watch/o12tbDGRV2d,
http://www.playvid.com/watch/7KQNODvjN1B, http://www.playvid.com/watch/vqNxn43ab0Z, http://www.playvid.com/watch/zdDHIqIof9O,
http://www.playvid.com/watch/ase28MzEQuC, http://www.playvid.com/watch/d7ezv6fErcB, http://www.playvid.com/watch/Tvyps4cJMtP,
http://www.playvid.com/watch/85yggndOms9, http://www.playvid.com/watch/73qRuMx22mT, http://www.playvid.com/watch/0h_jfLaS0Fg,
http://www.playvid.com/watch/Q2EEAA1AWGw, http://www.playvid.com/watch/ZyveUupMts0, http://www.playvid.com/watch/6wvonZ96jLD,
http://www.playvid.com/watch/tRFnY6g30wy, http://www.playvid.com/watch/CjrXFh1mXa2, http://www.playvid.com/watch/n5dKqHTnXrh,
http://www.playvid.com/watch/ILSPGvlzyq7, http://www.playvid.com/watch/KdwrZRbLhc7, http://www.playvid.com/watch/3nZ3derXkVZ,
http://www.playvid.com/watch/jyheNr0lF96, http://www.playvid.com/watch/sHBdrQVCPPg, http://www.playvid.com/watch/csyXsd2fzR0,
http://www.playvid.com/watch/OCNY7URDrqZ, http://www.playvid.com/watch/rSpHY6G6bVg, http://www.playvid.com/watch/Gqk6oWimjrl,
http://www.playvid.com/watch/sAPIZn15ixJ, http://www.playvid.com/watch/X_2S4lhVPpH, http://www.playvid.com/watch/CMytzp_KE_3,
http://www.playvid.com/watch/QDdDuCcfa47, http://www.playvid.com/watch/h73e7iWZdbm, http://www.playvid.com/watch/aN68EyrwYI0,
http://www.playvid.com/watch/MfUx7F7gDvJ, http://www.playvid.com/watch/wIKv8u8IqrB, http://www.playvid.com/watch/PBH8Svz__d3,
http://www.playvid.com/watch/NWX5ggPFc3v, http://www.playvid.com/watch/QrIQ8uAM34z, http://www.playvid.com/watch/Oa_ISs0xF7U,
http://www.playvid.com/watch/LJ3n-CGAK0R, http://www.playvid.com/watch/yItQaQOpJN9, http://www.playvid.com/watch/sl611FiZJ0B,
http://www.playvid.com/watch/O2DC5AO8Ax8, http://www.playvid.com/watch/kZr5xBbjRzI, http://www.playvid.com/watch/7pozl0ghkfh,
http://www.playvid.com/watch/aIkcaid2SYn, http://www.playvid.com/watch/XvrS6L2sRx2, http://www.playvid.com/watch/lERp9IWDwt2,
http://www.playvid.com/watch/HilMWiH1Br7, http://www.playvid.com/watch/gFrWcgqHVmq, http://www.playvid.com/watch/XK8Pj_Io01b,
http://www.playvid.com/watch/EdSRtB-KEq9, http://www.playvid.com/watch/BgvxFFy024F, http://www.playvid.com/watch/NrrOJlEW8WZ,
http://www.playvid.com/watch/6z6nNyAkfoc, http://www.playvid.com/watch/kh02WtvHdLu, http://www.playvid.com/watch/hJxrFD91vN3,
http://www.playvid.com/watch/IPYPH-QqUBp, http://www.playvid.com/watch/noE_8krV9nx, http://www.playvid.com/watch/PPx-j4gp5vI,
http://www.playvid.com/watch/NbbZRXahX0z, http://www.playvid.com/watch/r5gd9R71B-C, http://www.playvid.com/watch/o5Sb-QNodc0,
http://www.playvid.com/watch/SZDXHO0v0_E, http://www.playvid.com/watch/nc0Omkwfo-b, http://www.playvid.com/watch/GCAl9htqtmZ,
http://www.playvid.com/watch/CiyiZwh5fjy, http://www.playvid.com/watch/M_cauH5QMku, http://www.playvid.com/watch/d-drJhR77N0,
http://www.playvid.com/watch/zSXXqFQYw0K, http://www.playvid.com/watch/ZV7aJw290VB, http://www.playvid.com/watch/Z0Z1pssBXBl,
http://www.playvid.com/watch/bBCUof-nF-h, http://www.playvid.com/watch/HLDEQdHlmSs, http://www.playvid.com/watch/OHz-NEy2Ifk,
http://www.playvid.com/watch/71IF1viluMt, http://www.playvid.com/watch/U0iV0gmbVIC, http://www.playvid.com/watch/VxuhUrQ-qur,
http://www.playvid.com/watch/RHJICs7f9hl, http://www.playvid.com/watch/t-8nSifpWpH, http://www.playvid.com/watch/e9Wb4ShsN3k,
http://www.playvid.com/watch/gxUhVRBK8NR, http://www.playvid.com/watch/lUMn8t3qviX, http://www.playvid.com/watch/sAh7tnoXQRs,
http://www.playvid.com/watch/oRv1CBK6gni, http://www.playvid.com/watch/ovrTGIC1aNA, http://www.playvid.com/watch/unnBJ-KQx7r,
http://www.playvid.com/watch/T6fkvO0tUTa, http://www.playvid.com/watch/gkGv1yR_AF9, http://www.playvid.com/watch/F7DdVtc5vWs,
http://www.playvid.com/watch/GScUn-Xu6Vm, http://www.playvid.com/watch/NAbcp0R-iWD, http://www.playvid.com/watch/R-x3Us_1NWK,
http://www.playvid.com/watch/x3mYPOvdRxD, http://www.playvid.com/watch/MWy868pr294, http://www.playvid.com/watch/FeAspAgvqKM,
http://www.playvid.com/watch/ts32Ogb3L6P, http://www.playvid.com/watch/PS0mZlbM95P, http://www.playvid.com/watch/ghFYdE66ygW,
http://www.playvid.com/watch/4EMpyoA1T6o, http://www.playvid.com/watch/FA-DM65KTgI, http://www.playvid.com/watch/UW1AqiDo5nm,
http://www.playvid.com/watch/4hEHUBq1bdy, http://www.playvid.com/watch/qFi9VRCyG1I, http://www.playvid.com/watch/SgvWy7GCWDJ,
http://www.playvid.com/watch/dQ3tK9vYKZc, http://www.playvid.com/watch/AiZUlBPW104, http://www.playvid.com/watch/qY2eih1ZhqM,
http://www.playvid.com/watch/X-T8Ea8c1TN, http://www.playvid.com/watch/RxgQb-pBd4b, http://www.playvid.com/watch/DH9g02HShtr,
http://www.playvid.com/watch/hIr6NiN6Cpl, http://www.playvid.com/watch/paAdSpOY2h9, http://www.playvid.com/watch/qAmorvgrtcQ,
http://www.playvid.com/watch/28u0Jbh0Y1U, http://www.playvid.com/watch/pO6Hp6LyUFt, http://www.playvid.com/watch/q2I1tP8L1mk,
http://www.playvid.com/watch/J7zQ7YDsvVG, http://www.playvid.com/watch/CXWSPp15w_p, http://www.playvid.com/watch/Cfr8QpbpV1p,
http://www.playvid.com/watch/LCrJ0tay2gC, http://www.playvid.com/watch/Jf7kxcx-Ibd, http://www.playvid.com/watch/bdkQ39bXX2d,
http://www.playvid.com/watch/af3JdzF9BqV, http://www.playvid.com/watch/9yiAEA17uoL, http://www.playvid.com/watch/L5sKa8d4nGi,
http://www.playvid.com/watch/Cu9f-V0fhjZ, http://www.playvid.com/watch/WjNBL1rRuvf, http://www.playvid.com/watch/6iT1YXsnJUN,
http://www.playvid.com/watch/t2zSBhiLXz5, http://www.playvid.com/watch/TUXp-85Fhee, http://www.playvid.com/watch/sh4--DuW9gm,
http://www.playvid.com/watch/zZHKY3QtLbR, http://www.playvid.com/watch/XqRwTFJgfQM, http://www.playvid.com/watch/L12ttgGhqrx,
http://www.playvid.com/watch/zN9_GVvPO3R, http://www.playvid.com/watch/RORgWRLpCMr, http://www.playvid.com/watch/ZL-MPpxoK69,
http://www.playvid.com/watch/SCk5YVJlkpP, http://www.playvid.com/watch/QT0mnfvuNZh, http://www.playvid.com/watch/8NLyLbsWyFF,
http://www.playvid.com/watch/yqrXGkRnFNk, http://www.playvid.com/watch/w13ZFTMSa5N, http://www.playvid.com/watch/R72_Ma94O2p,
http://www.playvid.com/watch/xz8Om1p8v2f, http://www.playvid.com/watch/QlwJUKW2Bdu, http://www.playvid.com/watch/75VJbOMx8Ui,
http://www.playvid.com/watch/86eLNexjwJ8, http://www.playvid.com/watch/XraoMhIY6LU, http://www.playvid.com/watch/wWmeHchldRb,
http://www.playvid.com/watch/LZr2XaaKk6z, http://www.playvid.com/watch/NEWeS3FT6mi, http://www.playvid.com/watch/0xoP6BtwgRu,
http://www.playvid.com/watch/4CuqN7yWLoJ, http://www.playvid.com/watch/fZiqDcMpImr, http://www.playvid.com/watch/aNhuKyDlyzL,
http://www.playvid.com/watch/uQ4jXJXkinS, http://www.playvid.com/watch/vCM8Hj9BMUY, http://www.playvid.com/watch/rrQgc6euO9T,
http://www.playvid.com/watch/OAHryy0aroK, http://www.playvid.com/watch/kx30wKRVw4k, http://www.playvid.com/watch/YEEguK_2kex,
http://www.playvid.com/watch/jJ0Fr0GZjAK, http://www.playvid.com/watch/aefZRTLKnrw, http://www.playvid.com/watch/POdP02f0iJ8,
http://www.playvid.com/watch/A5cnUHTUlha, http://www.playvid.com/watch/WfeVNY-XWWX, http://www.playvid.com/watch/mgeltuasj4w,
http://www.playvid.com/watch/WtYyKBTKD8H, http://www.playvid.com/watch/HiBgThmddfP, http://www.playvid.com/watch/XKYIWhkPlRW,
http://www.playvid.com/watch/YZEvihM_xPd, http://www.playvid.com/watch/cs11ArsDioE, http://www.playvid.com/watch/2mGPYNJxY3H,
http://www.playvid.com/watch/25sG_btbMSM, http://www.playvid.com/watch/E3LNYTrJZxG, http://www.playvid.com/watch/80M4kbSf0m7,
http://www.playvid.com/watch/DAokJOIRVpn, http://www.playvid.com/watch/EuHZz--BwUt, http://www.playvid.com/watch/JKKcdQ17iH5,
http://www.playvid.com/watch/Hhor8w74ft3, http://www.playvid.com/watch/45TXP7S-_zQ, http://www.playvid.com/watch/VLpGRfMyc03,
http://www.playvid.com/watch/DY1RUXKoIMU, http://www.playvid.com/watch/je78b1BiVwB, http://www.playvid.com/watch/8YEpcd8YpzA,
http://www.playvid.com/watch/YgZDxdcm_gP, http://www.playvid.com/watch/dMDgSqs68k0, http://www.playvid.com/watch/OSYrT-XEsUv,
http://www.playvid.com/watch/rncPAG_IBRn, http://www.playvid.com/watch/AQ1R_gNAi6C, http://www.playvid.com/watch/icH5u7QZKAL,

http://www.playvid.com/watch/itytd_dLI-8, http://www.playvid.com/watch/AKlGRg59yvK, http://www.playvid.com/watch/Ce8vYlSTYBU, http://www.playvid.com/watch/S9q5Bp4nqCi, http://www.playvid.com/watch/xrH2AaqDmXD, http://www.playvid.com/watch/R6pYb5Vs65j, http://www.playvid.com/watch/BALpoDO6Gjj, http://www.playvid.com/watch/znAqKQkey2P, http://www.playvid.com/watch/jxOqIFT9FwW, http://www.playvid.com/watch/rCGaDdpbP8Z, http://www.playvid.com/watch/GQ59CgZDruL, http://www.playvid.com/watch/oz_LMoku0ck, http://www.playvid.com/watch/IMJb5LUzDCu, http://www.playvid.com/watch/Oxsvz8gUiAj, http://www.playvid.com/watch/NRO8Z2173yY, http://www.playvid.com/watch/rCVFYQzmYQh, http://www.playvid.com/watch/K6lhWZpQRrn, http://www.playvid.com/watch/k5eUkS1g0Ce, http://www.playvid.com/watch/You4RKKAsYc, http://www.playvid.com/watch/gYN5nDu9vZF, http://www.playvid.com/watch/GwjaWiB70VD, http://www.playvid.com/watch/sFN46pFCuD5, http://www.playvid.com/watch/cGeOIo8X8uu, http://www.playvid.com/watch/uUVmIQd3zct, http://www.playvid.com/watch/Bev-JFtPzco, http://www.playvid.com/watch/pWSTw7dwRwL, http://www.playvid.com/watch/PvqLPUK3e4I, http://www.playvid.com/watch/boaylp-lyr3, http://www.playvid.com/watch/Tq1sPzm7Izs, http://www.playvid.com/watch/UiKp53-klrN, http://www.playvid.com/watch/zKYKydVH6mk, http://www.playvid.com/watch/O1s4zLd91lr, http://www.playvid.com/watch/4YIv9pvCGPN, http://www.playvid.com/watch/kJbG3IGtL2N, http://www.playvid.com/watch/Dca80Nuhxtr, http://www.playvid.com/watch/9ihJXpgBhUN, http://www.playvid.com/watch/jhSGzsNWitz, http://www.playvid.com/watch/e95UetJ4FCy, http://www.playvid.com/watch/kHAO080ugOb, http://www.playvid.com/watch/6-VGnq95c6W, http://www.playvid.com/watch/7QC447BeR5P, http://www.playvid.com/watch/w3EIhVfd9Nw, http://www.playvid.com/watch/YpQxYACmTiW, http://www.playvid.com/watch/h-9r53P1ygY, http://www.playvid.com/watch/0vvnvYnzr2o, http://www.playvid.com/watch/TTIxl9270jb, http://www.playvid.com/watch/pEY-y5VeF7r, http://www.playvid.com/watch/InS3QjOO8De, http://www.playvid.com/watch/Dj8xNHt85iq, http://www.playvid.com/watch/BAo6jX76UAL, http://www.playvid.com/watch/Y7L8NAjSQM3, http://www.playvid.com/watch/rSzwKIq9hS2, http://www.playvid.com/watch/4mwK2SyWyR4, http://www.playvid.com/watch/vlxJabr5ROC, http://www.playvid.com/watch/gY3ETjqMhjd, http://www.playvid.com/watch/Y1ZchxJarxA, http://www.playvid.com/watch/GURHea7peuZ, http://www.playvid.com/watch/IgOxDuyCpw7, http://www.playvid.com/watch/uysxHZwHb6B, http://www.playvid.com/watch/4Ue5YmZ2B7O, http://www.playvid.com/watch/3q-O3lth582, http://www.playvid.com/watch/HlnJP4GLJgq, http://www.playvid.com/watch/D05_h6AHV0y, http://www.playvid.com/watch/GgmhqRXNLMx, http://www.playvid.com/watch/MDKOGAKe2pU, http://www.playvid.com/watch/TsuKZwo0T6a, http://www.playvid.com/watch/y4KVE6Z2yVg, http://www.playvid.com/watch/9AVFf21SLWU, http://www.playvid.com/watch/gKc6gS2J-XP, http://www.playvid.com/watch/XX1xuOaiMSW, http://www.playvid.com/watch/DqwwZPYAZTe, http://www.playvid.com/watch/uhsarhGVy5w, http://www.playvid.com/watch/aAMqJGLGAfG, http://www.playvid.com/watch/iiko70Uqx8N, http://www.playvid.com/watch/ySg-ihilkef, http://www.playvid.com/watch/KcvlWhVGgF9, http://www.playvid.com/watch/OAj8h9Qu5hH, http://www.playvid.com/watch/n9YJybik_bB, http://www.playvid.com/watch/Mh94ra3hAxX, http://www.playvid.com/watch/XWO7YCFBY7k, http://www.playvid.com/watch/st8z3Mqh6zc, http://www.playvid.com/watch/0aySs8xirwz, http://www.playvid.com/watch/EkrL2cIpSbC, http://www.playvid.com/watch/H1i2X-YM9g5, http://www.playvid.com/watch/jWrkQYGpJMk, http://www.playvid.com/watch/i81IpcVGRlJ, http://www.playvid.com/watch/ciMG_CCN3US, http://www.playvid.com/watch/khRUjjiknwk, http://www.playvid.com/watch/7Wzs0I35-jH, http://www.playvid.com/watch/imkxF2jbkkL, http://www.playvid.com/watch/OxIUHohQDrS, http://www.playvid.com/watch/RfPhvRwpP4L, http://www.playvid.com/watch/AcdO0kEXC6h, http://www.playvid.com/watch/Fv4LqXSDJET, http://www.playvid.com/watch/ragwuiz6tJ9, http://www.playvid.com/watch/a5NCvnFhhr0, http://www.playvid.com/watch/VnJSdin1ZKf, http://www.playvid.com/watch/0_g8Iryjo3G, http://www.playvid.com/watch/AFzBbDpgBLG, http://www.playvid.com/watch/laEg3nfNOwG, http://www.playvid.com/watch/mSBmJihfcV3, http://www.playvid.com/watch/ol2H7cSy4eX, http://www.playvid.com/watch/yeDhYfxcDUJ, http://www.playvid.com/watch/31_B-1c6-DA, http://www.playvid.com/watch/FdSrg6qQmmo, http://www.playvid.com/watch/yXw4vryylLR, http://www.playvid.com/watch/SE_ciflTnvF, http://www.playvid.com/watch/03470f2lMf4, http://www.playvid.com/watch/IxpMDqXhpsT, http://www.playvid.com/watch/znkYtI5fBvX, http://www.playvid.com/watch/JIKnSIXtM5l, http://www.playvid.com/watch/z2g1f419_lA, http://www.playvid.com/watch/kG3mwrsbQG4, http://www.playvid.com/watch/kPgXS84-NOV, http://www.playvid.com/watch/Snqi9rbeam4, http://www.playvid.com/watch/ICT0P4bpQY5, http://www.playvid.com/watch/0JZg4fXAhP5, http://www.playvid.com/watch/22UPLxZT1ok, http://www.playvid.com/watch/ycIO9_47XmR, http://www.playvid.com/watch/Ec6GSWD74_Q, http://www.playvid.com/watch/315kVDl6jjc, http://www.playvid.com/watch/bZrzfjVxk9r, http://www.playvid.com/watch/7MfIzB4mOyL, http://www.playvid.com/watch/5-KVZXYG_Ve, http://www.playvid.com/watch/HD1aprd0zRq, http://www.playvid.com/watch/RoHSGfJCCeF, http://www.playvid.com/watch/mQiAFaUsCfO, http://www.playvid.com/watch/gNRF1kBho7a, http://www.playvid.com/watch/KmlCh5m_YvH, http://www.playvid.com/watch/THmPkx4Wfvg, http://www.playvid.com/watch/UT3JtrUq3Oj, http://www.playvid.com/watch/Q7KpitNgyeD, http://www.playvid.com/watch/HAdgJFM3m8L, http://www.playvid.com/watch/muqL3L8WeWd, http://www.playvid.com/watch/wCFUim3m1Na, http://www.playvid.com/watch/vZzY-bBKXRP, http://www.playvid.com/watch/blmrz6jq3d4, http://www.playvid.com/watch/Al3vUHrTOyH, http://www.playvid.com/watch/OQ9IvnY7A4u, http://www.playvid.com/watch/OnJK05KNQKb, http://www.playvid.com/watch/tbcPd7ndus4, http://www.playvid.com/watch/RG9CzM1WpXr, http://www.playvid.com/watch/5MesWe1BPfL, http://www.playvid.com/watch/VZHkcjBPBwl, http://www.playvid.com/watch/JyMytnpKHaH, http://www.playvid.com/watch/yROTactWixn, http://www.playvid.com/watch/xWM2a5e0ASw, http://www.playvid.com/watch/wGgJ4-pF4TR, http://www.playvid.com/watch/rewtoJEpK-3, http://www.playvid.com/watch/V1Tfnu68UMC, http://www.playvid.com/watch/ZLODqQ13Xw7, http://www.playvid.com/watch/Dx-yzRne4Gv, http://www.playvid.com/watch/3qMSq2wLOXo, http://www.playvid.com/watch/NmIp5KngVYO, http://www.playvid.com/watch/3tUxr49xBwW, http://www.playvid.com/watch/i1SrN58V9fo, http://www.playvid.com/watch/OQXCEOsBNiV, http://www.playvid.com/watch/Zn1ih6MhDyt, http://www.playvid.com/watch/6ID4gihLPdc, http://www.playvid.com/watch/66Qv0oaeE6U, http://www.playvid.com/watch/mUCLHUejA-s, http://www.playvid.com/watch/LosHf6FM0Ry, http://www.playvid.com/watch/cDOLE8_gzW2, http://www.playvid.com/watch/fsv3K0xzGSc, http://www.playvid.com/watch/Bbk7ygmmIYG, http://www.playvid.com/watch/0eFD9xYxL_y, http://www.playvid.com/watch/gYXEDIRdQ3S, http://www.playvid.com/watch/84y2Dc242g5, http://www.playvid.com/watch/CfjvmbRe2gx, http://www.playvid.com/watch/aa9g2htafWN, http://www.playvid.com/watch/NBjjHe0oM5z, http://www.playvid.com/watch/7Q1VYtvKp1F, http://www.playvid.com/watch/UHSb1w2LDCK, http://www.playvid.com/watch/Od29g48_jwB, http://www.playvid.com/watch/ZEO9q2qLsa3, http://www.playvid.com/watch/CZt_9FuRhvj, http://www.playvid.com/watch/AFirsV3kahg, http://www.playvid.com/watch/komjYC89jxf, http://www.playvid.com/watch/g_fPqwb_bds, http://www.playvid.com/watch/uitWtaR-bCf, http://www.playvid.com/watch/7Gd4EdwdP_L, http://www.playvid.com/watch/0Wf1lWDyi2b, http://www.playvid.com/watch/MZxHcmQ2tBU, http://www.playvid.com/watch/VbYTMeQq9tb, http://www.playvid.com/watch/N1U8gwigT2M, http://www.playvid.com/watch/YD9ul_fhR3a, http://www.playvid.com/watch/8AmYGgJl_GH, http://www.playvid.com/watch/qR4NG0GSNRh, http://www.playvid.com/watch/h0Z7ENAic5Y, http://www.playvid.com/watch/ddfHh9jYf30, http://www.playvid.com/watch/AE7XlfbFNPi, http://www.playvid.com/watch/opbvwNXCpJ9, http://www.playvid.com/watch/j6Ns8MnsZGQ, http://www.playvid.com/watch/iK1kRy9Hk6K, http://www.playvid.com/watch/OzN3paFPBKy, http://www.playvid.com/watch/C-GhcqyR_T2, http://www.playvid.com/watch/D4EMqyNLgNh, http://www.playvid.com/watch/dI_kOjxqaNC, http://www.playvid.com/watch/TtSoAF4ircZ, http://www.playvid.com/watch/V1biy8ygJ-E

5.f. Date of third notice: 2014-08-31

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: elena36312

5.b. Uploader's email address: elena36312@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/elena36312

5.e. List of videos posted by uploader: http://www.playvid.com/watch/TDE2XWoD87i, http://www.playvid.com/watch/nhHjNDKxN6b, http://www.playvid.com/watch/CGibbOf0wLJ, http://www.playvid.com/watch/adOSdsr94mW, http://www.playvid.com/watch/M7q-dKrK4lk, http://www.playvid.com/watch/CTIDtGvwPvZ, http://www.playvid.com/watch/TNIcKlFHS3D, http://www.playvid.com/watch/3I4kM8KCWOZ, http://www.playvid.com/watch/RiQlEfE2CER, http://www.playvid.com/watch/di9Z9YjsNps, http://www.playvid.com/watch/pNuM8S7L85s, http://www.playvid.com/watch/jOGXJf75DCL, http://www.playvid.com/watch/5-ORzwQ9oRg, http://www.playvid.com/watch/g3az0UYyGUz, http://www.playvid.com/watch/PUiEbywuDqF, http://www.playvid.com/watch/cSQp9FnhxLv, http://www.playvid.com/watch/8vEuh9ppUba, http://www.playvid.com/watch/ksedCYoPm6Z, http://www.playvid.com/watch/w6HSkf0A83b, http://www.playvid.com/watch/c5-77cCiPxI, http://www.playvid.com/watch/oAuD70IWQ0k, http://www.playvid.com/watch/tj5YedvdY9v, http://www.playvid.com/watch/pjXiWgS-X7Q, http://www.playvid.com/watch/ZeqARrQkVhE, http://www.playvid.com/watch/ZqjfOudFnKi, http://www.playvid.com/watch/m8-IE34Cbtr, http://www.playvid.com/watch/JMtzZIHTkmK, http://www.playvid.com/watch/H54K95x-vU6, http://www.playvid.com/watch/ehVqk-PViXR, http://www.playvid.com/watch/8-azyadjXa8, http://www.playvid.com/watch/cWRVJ4iDTaL, http://www.playvid.com/watch/O3W4gBE0Wuj, http://www.playvid.com/watch/aY0J0Gg8tIL, http://www.playvid.com/watch/fjQTFXzmD7G, http://www.playvid.com/watch/7XAbcQ43H7x, http://www.playvid.com/watch/wNRSi59qynX, http://www.playvid.com/watch/WCmYhDyDMwE, http://www.playvid.com/watch/pl6U7yEVAjh, http://www.playvid.com/watch/u00IOrgzWkw, http://www.playvid.com/watch/-pfMG49KrIP, http://www.playvid.com/watch/GydOUnxVv04, http://www.playvid.com/watch/OKJbDYficV0, http://www.playvid.com/watch/qkhWMjgGUU6, http://www.playvid.com/watch/tmk3K2553f7, http://www.playvid.com/watch/u2pSFKLW3DW, http://www.playvid.com/watch/PZfdkaV0GMB, http://www.playvid.com/watch/vRhA2SSjUo7, http://www.playvid.com/watch/cH7n-sXewoX, http://www.playvid.com/watch/l6i9tuPStdb, http://www.playvid.com/watch/QGwauZvw5XQ, http://www.playvid.com/watch/mCGFWq7aLwu, http://www.playvid.com/watch/JF-ubDbALlt, http://www.playvid.com/watch/ht4wrftYmkU, http://www.playvid.com/watch/zt-fF4AKIL4, http://www.playvid.com/watch/3uAWeq3mGDk, http://www.playvid.com/watch/VrN6aBgWvRM, http://www.playvid.com/watch/3mkr89BdlOr, http://www.playvid.com/watch/cefZ2kZWM6A, http://www.playvid.com/watch/HpH6MY5Ouul, http://www.playvid.com/watch/heWqL-yL0jX, http://www.playvid.com/watch/j49M6J4OLUl, http://www.playvid.com/watch/gHGdwgYzUGF, http://www.playvid.com/watch/QmdLQfjAedy, http://www.playvid.com/watch/rtca00bBLMF, http://www.playvid.com/watch/F47Ost-kCHV, http://www.playvid.com/watch/QoMT5WZvtGK, http://www.playvid.com/watch/gG0mBUETvP7, http://www.playvid.com/watch/sw8j4o9hyzT,

http://www.playvid.com/watch/dstQDsegg0m, http://www.playvid.com/watch/gsbWkVnoQvL, http://www.playvid.com/watch/p0UU8ww0KCB,
http://www.playvid.com/watch/lgmfoNNVQRH, http://www.playvid.com/watch/ZZGdsARwJFE, http://www.playvid.com/watch/r8k5StNyEJw,
http://www.playvid.com/watch/326n3T7HGcw, http://www.playvid.com/watch/nPZtckJObaQ, http://www.playvid.com/watch/fBMSlN-Scao,
http://www.playvid.com/watch/tar7QTVXAsL, http://www.playvid.com/watch/kZefmXsdscn, http://www.playvid.com/watch/SahbfpGvdEo,
http://www.playvid.com/watch/C67RS4iQOxX, http://www.playvid.com/watch/fG7cVtDIBzS, http://www.playvid.com/watch/qpZM2JMy9L0,
http://www.playvid.com/watch/PxWXiEC5uud, http://www.playvid.com/watch/PHdMiwrAD5Z, http://www.playvid.com/watch/oG9jO825FXY,
http://www.playvid.com/watch/OcXfMvVugNQ, http://www.playvid.com/watch/sJ8xEWO7--q, http://www.playvid.com/watch/AeRToFZLYvu,
http://www.playvid.com/watch/MRpDb-v08ZZ, http://www.playvid.com/watch/IvRfDeKfXrI, http://www.playvid.com/watch/cMXBNTJUXfY,
http://www.playvid.com/watch/cox-pKV9wor, http://www.playvid.com/watch/ink8lS8bL4X, http://www.playvid.com/watch/3ZYqDubD-MW,
http://www.playvid.com/watch/k2F3jOMldCi, http://www.playvid.com/watch/0fok3bZFzQd, http://www.playvid.com/watch/OwHQT4xShAT,
http://www.playvid.com/watch/uK7preZNDxS, http://www.playvid.com/watch/0wJuAcHNHCE, http://www.playvid.com/watch/PWvwRXJYXf0,
http://www.playvid.com/watch/u5gN4owKiAf, http://www.playvid.com/watch/BNH5ZmQ2AjS, http://www.playvid.com/watch/rd809rHMwWB,
http://www.playvid.com/watch/aRu4rEOv8ve, http://www.playvid.com/watch/VvGl3fGzTfy, http://www.playvid.com/watch/0-XFA6JCz95,
http://www.playvid.com/watch/VVcnToeSrVe, http://www.playvid.com/watch/IFBnREDAJTw, http://www.playvid.com/watch/4JW85cNR8M7,
http://www.playvid.com/watch/5g3UIyT5VET, http://www.playvid.com/watch/V6mF3MWyxyf, http://www.playvid.com/watch/EOOc4f3Yi3C,
http://www.playvid.com/watch/gbfC6RNuK7-, http://www.playvid.com/watch/7brGpsv4awr, http://www.playvid.com/watch/uUEHdTMWCEt,
http://www.playvid.com/watch/AVqpyQeqM7z, http://www.playvid.com/watch/lZ5kIpNWQzM, http://www.playvid.com/watch/wVLThJKFrNP,
http://www.playvid.com/watch/AZDoKCW548C, http://www.playvid.com/watch/4LKyLFhIEIt, http://www.playvid.com/watch/HfwLRC94q56,
http://www.playvid.com/watch/8ynVrM7BokK, http://www.playvid.com/watch/UvmmtZvl8VN, http://www.playvid.com/watch/ul2ys6vwO9W,
http://www.playvid.com/watch/cNfRd6FzS2S, http://www.playvid.com/watch/BgOshBqQVf8, http://www.playvid.com/watch/zGQPIISI7iH,
http://www.playvid.com/watch/hkdS5QFhEeP, http://www.playvid.com/watch/np0kolIAMUi, http://www.playvid.com/watch/aJsbdaGM7WK,
http://www.playvid.com/watch/ANCeaeIT08X, http://www.playvid.com/watch/QMV3sT3Vx6Q, http://www.playvid.com/watch/E0DEHM4Yeag,
http://www.playvid.com/watch/QeLOy8otbth, http://www.playvid.com/watch/VSKFwUTl-iL, http://www.playvid.com/watch/MS7S5XLdUt0,
http://www.playvid.com/watch/phgHMpPHljF, http://www.playvid.com/watch/fN52PuyJfOe, http://www.playvid.com/watch/mhtXkFch44a,
http://www.playvid.com/watch/K0OJG3XINhr, http://www.playvid.com/watch/AHyyWs5-XMA, http://www.playvid.com/watch/inuUSsi3trQ,
http://www.playvid.com/watch/MeDpZKnv0xV, http://www.playvid.com/watch/lK0uy8Uwb26, http://www.playvid.com/watch/dQWsmG5jrnn,
http://www.playvid.com/watch/RIRLgWHdZgO, http://www.playvid.com/watch/JTvfeiQonpk, http://www.playvid.com/watch/pVSY4ofWPjT,
http://www.playvid.com/watch/f9yHQB3AHX9, http://www.playvid.com/watch/9DWMvbric2E, http://www.playvid.com/watch/MUVLkoSr6r7,
http://www.playvid.com/watch/alozc-JhcPk, http://www.playvid.com/watch/ytQ5kHyESGN, http://www.playvid.com/watch/kNvcvVyKmJf,
http://www.playvid.com/watch/W-kbX7gRCgo, http://www.playvid.com/watch/aIEvX4bbHgO, http://www.playvid.com/watch/ZYlCc4Ci4zf,
http://www.playvid.com/watch/DGg804IsNuJ, http://www.playvid.com/watch/9mKXfjaDGtX, http://www.playvid.com/watch/sI0vfjkrAPh,
http://www.playvid.com/watch/N6Nj2fGJsfT, http://www.playvid.com/watch/ZKnpG25Juhm, http://www.playvid.com/watch/ymmgyup9lom,
http://www.playvid.com/watch/hq5Tj8G4vC2, http://www.playvid.com/watch/Xk-ytIAWolR, http://www.playvid.com/watch/64J0ndqZqIQ,
http://www.playvid.com/watch/apIcVGPoqqG, http://www.playvid.com/watch/Cjga8qsP2CS, http://www.playvid.com/watch/ObAF3VudTMU,
http://www.playvid.com/watch/87EJ775KyDf, http://www.playvid.com/watch/jtJ2HbGfd4m, http://www.playvid.com/watch/8kk7uXdtPOu,
http://www.playvid.com/watch/ZjA5zzYQfnJ, http://www.playvid.com/watch/KNWlwTkeZvX, http://www.playvid.com/watch/X46r339yzaE,
http://www.playvid.com/watch/tFpsnUiTc6D, http://www.playvid.com/watch/57DjYRMKCtR, http://www.playvid.com/watch/K-NilIybgCt,
http://www.playvid.com/watch/Rt64tn4dHHp, http://www.playvid.com/watch/E7-Hje-YaPd, http://www.playvid.com/watch/STX3Jq89Yu5,
http://www.playvid.com/watch/-2zX9cUzpyt, http://www.playvid.com/watch/kDVGzqShB83, http://www.playvid.com/watch/H7TgksPqroy,
http://www.playvid.com/watch/DmHLvVf2m50, http://www.playvid.com/watch/CxV6GXHExT6, http://www.playvid.com/watch/cop7wJ5C0yh,
http://www.playvid.com/watch/78GVkiEPArV, http://www.playvid.com/watch/SBAXFIEgFGO, http://www.playvid.com/watch/3QQC5HgpBrf,
http://www.playvid.com/watch/5atViiDVmnf, http://www.playvid.com/watch/SzkZ5wODbZX, http://www.playvid.com/watch/lzkEd6vsksp,
http://www.playvid.com/watch/wGCfjMAWUen, http://www.playvid.com/watch/tNH3gmshD7y, http://www.playvid.com/watch/V62oFU5IeiL,
http://www.playvid.com/watch/prvV-xJWamY, http://www.playvid.com/watch/b6iBpU08ttQ, http://www.playvid.com/watch/aFRqEM5G6Jv,
http://www.playvid.com/watch/PdTUO-PhGcc, http://www.playvid.com/watch/hnwEf8VY6wD, http://www.playvid.com/watch/5lMc-CjVNJK,
http://www.playvid.com/watch/bDa4KwYkZsM, http://www.playvid.com/watch/J0ak6k2aSse, http://www.playvid.com/watch/bYceGR5cN8L,
http://www.playvid.com/watch/-pXELDy7BRm, http://www.playvid.com/watch/XgtroXhGhLF, http://www.playvid.com/watch/oYVWrQVdM6y,
http://www.playvid.com/watch/DkJRhvoapvp, http://www.playvid.com/watch/PO28hONEOyF, http://www.playvid.com/watch/Rbn8rV4aFC-,
http://www.playvid.com/watch/EtwkgpeK257, http://www.playvid.com/watch/FZiWESvJkvH, http://www.playvid.com/watch/g2HzFj9ofP8,
http://www.playvid.com/watch/eHIgsTvc74b, http://www.playvid.com/watch/yn9Jjp6ZjJf, http://www.playvid.com/watch/QwZRAUDi-KD,
http://www.playvid.com/watch/vXMLjCzRc4M, http://www.playvid.com/watch/VXio3HOziuW, http://www.playvid.com/watch/iv4Yq9R7Dsv,
http://www.playvid.com/watch/ZzqPrBboDQm, http://www.playvid.com/watch/l2dpdHd8grg, http://www.playvid.com/watch/hJfY3-HJNkY,
http://www.playvid.com/watch/5Tj5KHbFLfS, http://www.playvid.com/watch/hWvMu3Y3ayk, http://www.playvid.com/watch/XwLsMowsycU,
http://www.playvid.com/watch/ytq5D7Prxby, http://www.playvid.com/watch/wQceQRDAaFa, http://www.playvid.com/watch/D5oFpyUB2IW,
http://www.playvid.com/watch/ZShXRzujtLI, http://www.playvid.com/watch/-Kwj2iGS0w2, http://www.playvid.com/watch/0e7SlDQWRj4,
http://www.playvid.com/watch/apVpSUTY0hS, http://www.playvid.com/watch/6OOuG0KuIWg, http://www.playvid.com/watch/cedLbLRK6qk,
http://www.playvid.com/watch/ZvfodfGkPko, http://www.playvid.com/watch/ltefhQtBP9r, http://www.playvid.com/watch/uEun4hBE0Of,
http://www.playvid.com/watch/B-cniBN3hqP, http://www.playvid.com/watch/Wq2Jl8oTDRk, http://www.playvid.com/watch/Rbkf8NyEE-X,
http://www.playvid.com/watch/iEThaXLKnDb, http://www.playvid.com/watch/8zHqehoULnI, http://www.playvid.com/watch/-NvWX38kLKG,
http://www.playvid.com/watch/aC8euj7kuu7, http://www.playvid.com/watch/2ts2Qmzz8j7, http://www.playvid.com/watch/OiAse4Vu9wj,
http://www.playvid.com/watch/wYnoKp7uAkx, http://www.playvid.com/watch/xALc0KeZgkb, http://www.playvid.com/watch/7RgRXV2Cwf-,
http://www.playvid.com/watch/s6MZ0NiuIY0, http://www.playvid.com/watch/GfVRo7oeOuj, http://www.playvid.com/watch/SOm2-FPr76h,
http://www.playvid.com/watch/Dk8YBZxs9LX, http://www.playvid.com/watch/fUmqfF0Fzbw, http://www.playvid.com/watch/vdMsWwWA65O,
http://www.playvid.com/watch/JT7emLwsVOw, http://www.playvid.com/watch/DdsHaq5HivN, http://www.playvid.com/watch/fbCDetwpTdN,
http://www.playvid.com/watch/akltnU6EB04, http://www.playvid.com/watch/RRx0OQt5mtA, http://www.playvid.com/watch/Q-Wc-ePfK-C,
http://www.playvid.com/watch/F8LwPn8kRXT, http://www.playvid.com/watch/MItkuyiMak7, http://www.playvid.com/watch/Z4byHUzqUVa,
http://www.playvid.com/watch/slC-FoyEwod, http://www.playvid.com/watch/EXapgMi5KJq, http://www.playvid.com/watch/vkvJuPAxLBY,
http://www.playvid.com/watch/qvqQNrpxOrV, http://www.playvid.com/watch/a8zniYsP2KM, http://www.playvid.com/watch/0Ej6KYvy9Zn,
http://www.playvid.com/watch/8tDwXurPnxv, http://www.playvid.com/watch/JRQLOKnXfcU, http://www.playvid.com/watch/xOQU-LVW0g2,
http://www.playvid.com/watch/sgZow3DIiPf, http://www.playvid.com/watch/GfFgIAxKSQl, http://www.playvid.com/watch/EyjNuDdnDbY,
http://www.playvid.com/watch/z-ooJkFvXvQ, http://www.playvid.com/watch/cT-XT8Qra4F, http://www.playvid.com/watch/AdjkUv25oVZ,
http://www.playvid.com/watch/ajwblaNuSrC, http://www.playvid.com/watch/nBQq0TFk2qt, http://www.playvid.com/watch/7guv3pPXm68,
http://www.playvid.com/watch/8-iUuierCY9, http://www.playvid.com/watch/wiFss6yfyb8, http://www.playvid.com/watch/fHGVsilYAU2,
http://www.playvid.com/watch/JnjMebKU7Vk, http://www.playvid.com/watch/xh8ie22ZRGk, http://www.playvid.com/watch/GkfQxjvNj4-,
http://www.playvid.com/watch/kdR7j2eeq9f, http://www.playvid.com/watch/TZvvs5hho3A, http://www.playvid.com/watch/yI3Kp2A4GQ8,
http://www.playvid.com/watch/h-aqoB0IJaz, http://www.playvid.com/watch/OCwUkbWu9lP, http://www.playvid.com/watch/Nh0ltBoDf9D,
http://www.playvid.com/watch/SaZs0M5ZitE, http://www.playvid.com/watch/zOLA8EaZ94l, http://www.playvid.com/watch/9zSHsFjjSIm,
http://www.playvid.com/watch/kt00BWlomqg, http://www.playvid.com/watch/JtON9HzIzAB, http://www.playvid.com/watch/3KqpRfbFOFU,
http://www.playvid.com/watch/Zc887VPUhqj, http://www.playvid.com/watch/Z4F4zZyhjG9, http://www.playvid.com/watch/DoSbtZD7qGX,
http://www.playvid.com/watch/diWPerosu7p, http://www.playvid.com/watch/0mR8deeGatc, http://www.playvid.com/watch/qaRi0mqCAAO,
http://www.playvid.com/watch/tgNozgKGUSm, http://www.playvid.com/watch/hEZXXWZFfKq, http://www.playvid.com/watch/W3Q9h9A32pv,
http://www.playvid.com/watch/iw58zG5XSus, http://www.playvid.com/watch/H7weTky6-LI, http://www.playvid.com/watch/ml8aiTXZTQb,
http://www.playvid.com/watch/o7P2heXRx7c, http://www.playvid.com/watch/Gbt-jTEq-XF, http://www.playvid.com/watch/fpViXPMM8Dh,
http://www.playvid.com/watch/ToHrXSNvLRT, http://www.playvid.com/watch/gBymQvFZLor, http://www.playvid.com/watch/fdx7CueQlj0,
http://www.playvid.com/watch/F7nH79RAiXs, http://www.playvid.com/watch/fRUblRZseWD, http://www.playvid.com/watch/bxCydBVM0A4,
http://www.playvid.com/watch/UXmsYdM-QE4, http://www.playvid.com/watch/QWvM5KrUxAj, http://www.playvid.com/watch/W04AcdxPY7T,
http://www.playvid.com/watch/ybHJjHys79H, http://www.playvid.com/watch/B-KjhmmBOoh, http://www.playvid.com/watch/mFZpaOKjDgE,
http://www.playvid.com/watch/WyKq9rN3guk, http://www.playvid.com/watch/XiD5pgZRMGA, http://www.playvid.com/watch/YYA0YbTujHW,
http://www.playvid.com/watch/m005pqMoqbZ, http://www.playvid.com/watch/UxtZtGFHkMk, http://www.playvid.com/watch/pcTGJtktnPB,
http://www.playvid.com/watch/CQQponTsxrB, http://www.playvid.com/watch/3RTxoN2YO9M, http://www.playvid.com/watch/xow38P6zgnL,
http://www.playvid.com/watch/5RYNEflK0hf, http://www.playvid.com/watch/xbbF6kziUUC, http://www.playvid.com/watch/kRFmEWz5vWR,
http://www.playvid.com/watch/gghlkb5W9gL, http://www.playvid.com/watch/vZnqzdMdVbr, http://www.playvid.com/watch/4gmINNv8y9t,
http://www.playvid.com/watch/o-JraWDEX5S, http://www.playvid.com/watch/cJWpLrdXBkq, http://www.playvid.com/watch/VLay5qDxDG4,
http://www.playvid.com/watch/iC0aHWH8of-, http://www.playvid.com/watch/SqCLOYj4UKV, http://www.playvid.com/watch/GbT5HjUn0XG,
http://www.playvid.com/watch/-LfRg5hah6P, http://www.playvid.com/watch/74jX3Geozzk, http://www.playvid.com/watch/tY3YOfPp6CL,
http://www.playvid.com/watch/Vzq9JM2TdlM, http://www.playvid.com/watch/EbbT8bOTedH, http://www.playvid.com/watch/lg-iaoBgTwC,

http://www.playvid.com/watch/O7xwkBOlbeV, http://www.playvid.com/watch/KlXHW40DTuY, http://www.playvid.com/watch/GUlMfgTsViN, http://www.playvid.com/watch/tldfFKjWqfO, http://www.playvid.com/watch/RV3zlMHsiss, http://www.playvid.com/watch/KgwAgGtgTNb, http://www.playvid.com/watch/IgTINnVCQlk, http://www.playvid.com/watch/vMTP2VJye8u, http://www.playvid.com/watch/wRgmF5E8ofe, http://www.playvid.com/watch/Dtgji2rN5dJ, http://www.playvid.com/watch/aQgjjy2y0wj, http://www.playvid.com/watch/cTW6KOBmZKD, http://www.playvid.com/watch/ld2aCqW-RNQ, http://www.playvid.com/watch/FgBSX6seGBH, http://www.playvid.com/watch/fbNFY2zQTKI, http://www.playvid.com/watch/lPShhYEKU4m, http://www.playvid.com/watch/8n4eP0zPAAv, http://www.playvid.com/watch/f04B777Aw68, http://www.playvid.com/watch/7JD8Y8n7wJh, http://www.playvid.com/watch/iZ7EnI70oxq, http://www.playvid.com/watch/2BNA4wMQ5HQ, http://www.playvid.com/watch/tkUR7RwnjlG, http://www.playvid.com/watch/RqxAaPEL9LP, http://www.playvid.com/watch/j7sn5nS2eso, http://www.playvid.com/watch/yzBdNyVz0nm, http://www.playvid.com/watch/BdmFThrjAjl, http://www.playvid.com/watch/5qsJewXpzQv, http://www.playvid.com/watch/qQl5pfhOsRy, http://www.playvid.com/watch/yJphn-ijjO3, http://www.playvid.com/watch/DviWxITOM9u, http://www.playvid.com/watch/JVQvIRYbxaR, http://www.playvid.com/watch/20wLGrhS58H, http://www.playvid.com/watch/DAjbofps4Jo, http://www.playvid.com/watch/DpuqNXi6MFv, http://www.playvid.com/watch/JTr82SYCKrS, http://www.playvid.com/watch/uEQGCPX0ifF, http://www.playvid.com/watch/FlrzAmaNfGL, http://www.playvid.com/watch/WlBwFwKKb9c, http://www.playvid.com/watch/-70e8fuYKlh, http://www.playvid.com/watch/WIKeTUD6mDi, http://www.playvid.com/watch/pZuK80EJwk2, http://www.playvid.com/watch/8On8ShSG8Nc, http://www.playvid.com/watch/OD6X3wR49OD, http://www.playvid.com/watch/G-kUobgbOaj, http://www.playvid.com/watch/jVh30bKIatC, http://www.playvid.com/watch/lOkDdyKq5vo, http://www.playvid.com/watch/j7MqPAosfHn, http://www.playvid.com/watch/5kts8xKKzNF, http://www.playvid.com/watch/iY0FxfY4NmL, http://www.playvid.com/watch/HS5bOLge7IX, http://www.playvid.com/watch/qlhJA7OYeqY, http://www.playvid.com/watch/hTekVKI66tK, http://www.playvid.com/watch/xDXineOpp7j, http://www.playvid.com/watch/UTRuPqan57h, http://www.playvid.com/watch/5eLj9fSUy5l, http://www.playvid.com/watch/MA5BPgIXvmP, http://www.playvid.com/watch/0ts9bPS6UPA, http://www.playvid.com/watch/UF44x7Wq8fp, http://www.playvid.com/watch/q6d-nv2tJKa, http://www.playvid.com/watch/Xe5hlzOiwXk, http://www.playvid.com/watch/24bAlfpo3f5, http://www.playvid.com/watch/Xgzf64Umy44, http://www.playvid.com/watch/xg4xWzUhgIK, http://www.playvid.com/watch/Jri-DWwrTea, http://www.playvid.com/watch/yO-xBhJQQD-, http://www.playvid.com/watch/pSJF9PH7tcK, http://www.playvid.com/watch/ZCKloteQ3eA, http://www.playvid.com/watch/wGuwXdQxs5C, http://www.playvid.com/watch/8lQVUvEgtVj, http://www.playvid.com/watch/g3RawZAW3RT, http://www.playvid.com/watch/bGpJhvaMYZa, http://www.playvid.com/watch/sPdJS3Vim3t, http://www.playvid.com/watch/GCd0z0L-cDv, http://www.playvid.com/watch/BwmWBAvQq2h, http://www.playvid.com/watch/NX5Wr9QSTRA, http://www.playvid.com/watch/HYwLebwxTjA, http://www.playvid.com/watch/fY9jTBdDWhd, http://www.playvid.com/watch/hQgu0BgYUzX, http://www.playvid.com/watch/HFpfbQdjcjS, http://www.playvid.com/watch/FrdpP5qa3hB, http://www.playvid.com/watch/-IgdyJuKwAL, http://www.playvid.com/watch/eo5LzXz2kFa
5.f. Date of third notice: 2014-02-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: eleonorka
5.b. Uploader's email address: eleonorakanarez@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/eleonorka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Z-YOqIsIYM0, http://www.playvid.com/watch/IbTkIl1IWwl, http://www.playvid.com/watch/y3B1Up81k4b, http://www.playvid.com/watch/dQn5ViWzK8F, http://www.playvid.com/watch/DpIgrRb5NhA, http://www.playvid.com/watch/WxCHRnuZXUw, http://www.playvid.com/watch/V-DWapyx0kr, http://www.playvid.com/watch/fwoVwN0vxGz, http://www.playvid.com/watch/XfHs176wKDH, http://www.playvid.com/watch/B5LQDsELgl-, http://www.playvid.com/watch/K4C7nnIFFgl, http://www.playvid.com/watch/RmuMfkzKAgC, http://www.playvid.com/watch/RovxakAWt5K, http://www.playvid.com/watch/eHN-u9qL1Dy, http://www.playvid.com/watch/aHtrQmNTBiW, http://www.playvid.com/watch/Lek0q9wDqZZ, http://www.playvid.com/watch/yQYY5x5wKyg, http://www.playvid.com/watch/SP3c5usQwug, http://www.playvid.com/watch/JHbRiynJq9Z, http://www.playvid.com/watch/3A6xz8Bhu9C, http://www.playvid.com/watch/qtv13jaz833, http://www.playvid.com/watch/5jNZdEY4BTY, http://www.playvid.com/watch/GkuAIfUofXb, http://www.playvid.com/watch/ZkLwuMA47MG, http://www.playvid.com/watch/wakxvCodoba, http://www.playvid.com/watch/TRrdHEH2eCP, http://www.playvid.com/watch/i4bxphOxkLJ, http://www.playvid.com/watch/AoUBSQvbbfT, http://www.playvid.com/watch/rOwh8xwCQvR, http://www.playvid.com/watch/-PDCnVkzFrT, http://www.playvid.com/watch/y8goCSHE92Y, http://www.playvid.com/watch/9NXXXU6KDRt, http://www.playvid.com/watch/JZ-B0RhN0Cv, http://www.playvid.com/watch/D3uzSP8EXbo, http://www.playvid.com/watch/pfCnBB3GPaX, http://www.playvid.com/watch/lxmDobTf3VG, http://www.playvid.com/watch/B5sAAzMKJRO, http://www.playvid.com/watch/rwaOBD1ohQS, http://www.playvid.com/watch/GCxczMUL86T, http://www.playvid.com/watch/JYseAWPFhCJ, http://www.playvid.com/watch/2pzKod3udbs, http://www.playvid.com/watch/-I4xlorRtS8, http://www.playvid.com/watch/xIlITfJZ0MK, http://www.playvid.com/watch/GnhUizxkzRr, http://www.playvid.com/watch/FjXkPKTQnvv, http://www.playvid.com/watch/7-DFdJsDdvh, http://www.playvid.com/watch/3hkCfvmIEDw, http://www.playvid.com/watch/Ge2KKTHF0KF, http://www.playvid.com/watch/kW4KC5Gk7HK
5.f. Date of third notice: 2015-10-27 21:39:30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: elymid
5.b. Uploader's email address: dinoelyess@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/elymid
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9WYDZ2MhMB0, http://www.playvid.com/watch/6rP7AwfOEpr, http://www.playvid.com/watch/fdJXZbfk3E7, http://www.playvid.com/watch/Tf5HSCPeJEN
5.f. Date of third notice: 2013-11-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: emiliolikesex
5.b. Uploader's email address: emiliobenegetta@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/emiliolikesex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9F5VTBvbIiJ, http://www.playvid.com/watch/a42HMFN8pxJ, http://www.playvid.com/watch/r-VPLM-ZyBM, http://www.playvid.com/watch/d7skZH0uY-N, http://www.playvid.com/watch/4QC4LS2D4_R, http://www.playvid.com/watch/0itTYSQXcnU, http://www.playvid.com/watch/8K_X0hyESfc, http://www.playvid.com/watch/BhaEy7Lu27z, http://www.playvid.com/watch/t0HgF-eu1RX, http://www.playvid.com/watch/Bu00Adg9zFE, http://www.playvid.com/watch/BY0fGgzoPUL, http://www.playvid.com/watch/aj7rV9ziYM3, http://www.playvid.com/watch/wOTT9jYtlM9, http://www.playvid.com/watch/u9f_Tfqh87w, http://www.playvid.com/watch/f-OQzLjKzqq, http://www.playvid.com/watch/dGYxacI_YZD, http://www.playvid.com/watch/QvkwVd6TJUi, http://www.playvid.com/watch/TJRxr4RGHfg, http://www.playvid.com/watch/Af1xSn5GzBN, http://www.playvid.com/watch/DorRy4uPyNw, http://www.playvid.com/watch/ADeP83hKGDD, http://www.playvid.com/watch/G64-iaUroP6, http://www.playvid.com/watch/xODO7nP-a8S, http://www.playvid.com/watch/oc772ZG-4Nx, http://www.playvid.com/watch/tdBG0JcVvox, http://www.playvid.com/watch/6AXH5e-2FCC, http://www.playvid.com/watch/3kfbmc8Nc6o, http://www.playvid.com/watch/itQCGn3KVhb, http://www.playvid.com/watch/hd772_mLWjN, http://www.playvid.com/watch/33W1ZYS18tJ, http://www.playvid.com/watch/gbe7_JtJb-d, http://www.playvid.com/watch/7StyTMIk1lW, http://www.playvid.com/watch/YKXJ23AzXhF, http://www.playvid.com/watch/Bh52ykUJsPd, http://www.playvid.com/watch/T1JcgbWist7, http://www.playvid.com/watch/PeNZIibnnAm, http://www.playvid.com/watch/lOuGrShPTYR, http://www.playvid.com/watch/H4rmrBM3cKF, http://www.playvid.com/watch/G-4flYGIbcw, http://www.playvid.com/watch/dYBQ9hQ3dZb, http://www.playvid.com/watch/nP-QTCauZ2k, http://www.playvid.com/watch/xKX386rGlDH, http://www.playvid.com/watch/NQHdokTOSq6, http://www.playvid.com/watch/mxMaE5wbzYd, http://www.playvid.com/watch/EFOcfJzTd09, http://www.playvid.com/watch/IrUs262E6Jb, http://www.playvid.com/watch/gDV8DOon_XS, http://www.playvid.com/watch/yVwHTCkR7mw, http://www.playvid.com/watch/qvd5Rarrhts, http://www.playvid.com/watch/VAiWkZVGIBd, http://www.playvid.com/watch/8t8adfsxczY, http://www.playvid.com/watch/rWRZZ5c3Zwx, http://www.playvid.com/watch/JRWR4DV4m6E, http://www.playvid.com/watch/OLshovnXdYV, http://www.playvid.com/watch/5f1wWz0p5Og, http://www.playvid.com/watch/yCiykYGLUoY, http://www.playvid.com/watch/4fWSZ7-lMMA, http://www.playvid.com/watch/gADgJuy_qlZ, http://www.playvid.com/watch/C0iR-xToeTs, http://www.playvid.com/watch/pA2XKZ0CioM, http://www.playvid.com/watch/wHhscrRZp7j, http://www.playvid.com/watch/uLA0jYR0hDJ, http://www.playvid.com/watch/wRvcOplfMDe, http://www.playvid.com/watch/AJ9DfgdPSzs, http://www.playvid.com/watch/gS8lrA0Rrbi, http://www.playvid.com/watch/vdR2jqR4oGL, http://www.playvid.com/watch/gRVsIyUd7q5, http://www.playvid.com/watch/2QQldyXMINW, http://www.playvid.com/watch/nulelME9T-t, http://www.playvid.com/watch/VAcinpQw0L5, http://www.playvid.com/watch/YugcnPGbCNo, http://www.playvid.com/watch/bAVc1YBaCAy, http://www.playvid.com/watch/QfgVCYMnXfB, http://www.playvid.com/watch/ci8HcTfsdXZ, http://www.playvid.com/watch/v29pbpD29eb, http://www.playvid.com/watch/iyGBfWHapph, http://www.playvid.com/watch/5vCybF3SnWY, http://www.playvid.com/watch/Fcnhfzxi0Pq, http://www.playvid.com/watch/xW5HgjHpx25, http://www.playvid.com/watch/9Jo7WhlWQXm, http://www.playvid.com/watch/N1X5ATNzH1r, http://www.playvid.com/watch/DSCKvzS5uln, http://www.playvid.com/watch/it0GadKTw5S, http://www.playvid.com/watch/Jml0N01vgdK, http://www.playvid.com/watch/YzngJ8yVeXm, http://www.playvid.com/watch/TldrUGPNXAY, http://www.playvid.com/watch/sF-UXh5_GQy, http://www.playvid.com/watch/NGCp_G1Vtaw, http://www.playvid.com/watch/CIfUGxFyZsD, http://www.playvid.com/watch/A4xKnSZjuLO, http://www.playvid.com/watch/PH6NOAi4tbJ, http://www.playvid.com/watch/ip5s_nFI5Rb,

http://www.playvid.com/watch/alSi_Gxlcoy, http://www.playvid.com/watch/YR4lpgtW79M, http://www.playvid.com/watch/FRZTzZrpxGt, http://www.playvid.com/watch/EZe9jAl58XD, http://www.playvid.com/watch/IcBJ9WSPRhK, http://www.playvid.com/watch/6WBeKevbltm, http://www.playvid.com/watch/8j3KAbLW7hP, http://www.playvid.com/watch/wF0ex_mQ1dd, http://www.playvid.com/watch/hUhzO2_4p9c, http://www.playvid.com/watch/H5DT2ZehWbn, http://www.playvid.com/watch/EwTNaLRZMWu, http://www.playvid.com/watch/bDWcSakoLyN, http://www.playvid.com/watch/eal1B7guMNd, http://www.playvid.com/watch/5ycStyQUa1j, http://www.playvid.com/watch/z075TWmrIGh, http://www.playvid.com/watch/jKIBsBfYllH, http://www.playvid.com/watch/CcNglngEDEd, http://www.playvid.com/watch/BiAXrD261bS, http://www.playvid.com/watch/p4hsC1PvKUs, http://www.playvid.com/watch/gYg3gUQMTp0, http://www.playvid.com/watch/A5nLS5zZw-Z, http://www.playvid.com/watch/cnRuAakeKBO, http://www.playvid.com/watch/9JR6TIXvbwB, http://www.playvid.com/watch/OnyCurA0802, http://www.playvid.com/watch/UAyIb7k0rYz, http://www.playvid.com/watch/teP4-9Mzyq4, http://www.playvid.com/watch/3L2dhN8KD-u, http://www.playvid.com/watch/JVOxohVWxCX, http://www.playvid.com/watch/2opwT4aUCdW, http://www.playvid.com/watch/qyhLYBTzWE9, http://www.playvid.com/watch/yM0IVQYjsAB, http://www.playvid.com/watch/SojJ4-zex7z, http://www.playvid.com/watch/llnbDdPwc7o, http://www.playvid.com/watch/PekPq0Fu4Hk, http://www.playvid.com/watch/2xK4bxaVYIa, http://www.playvid.com/watch/lDBZtWIhJ9R, http://www.playvid.com/watch/USg7LQ429eV, http://www.playvid.com/watch/vo2MCGV8MVC, http://www.playvid.com/watch/Sz8Rcgm8eyi, http://www.playvid.com/watch/zhqEpqFef6M, http://www.playvid.com/watch/5zRHAWHryIq, http://www.playvid.com/watch/rNOSpvHEolo, http://www.playvid.com/watch/SkYjtBFAKgf, http://www.playvid.com/watch/96rsNMPbwHG, http://www.playvid.com/watch/uUbJxVgzIcs, http://www.playvid.com/watch/NnpPku30-Yp, http://www.playvid.com/watch/VfdUNoKQr-d, http://www.playvid.com/watch/qLmHWTsmEPO, http://www.playvid.com/watch/eKVn0Agd6Tz, http://www.playvid.com/watch/mhO0vtCy5iu, http://www.playvid.com/watch/LwahVj0QQSu, http://www.playvid.com/watch/SIohoeIx6fZ, http://www.playvid.com/watch/VsCN1JxmVv0, http://www.playvid.com/watch/pjQVgRmn5vs, http://www.playvid.com/watch/FmR34NyWDIy, http://www.playvid.com/watch/YOK4Lo8UyqO, http://www.playvid.com/watch/NmYdGRSRK0R, http://www.playvid.com/watch/kOszOix5tGY, http://www.playvid.com/watch/eYvetcAjpWB, http://www.playvid.com/watch/C3kg-s23wNJ, http://www.playvid.com/watch/EGKNS0CM0om, http://www.playvid.com/watch/wn8AjNMiO7L, http://www.playvid.com/watch/2FcNSzgDBNm, http://www.playvid.com/watch/vXZq7T53KBs, http://www.playvid.com/watch/pfijzO_XU_E, http://www.playvid.com/watch/xzppoPYADvz, http://www.playvid.com/watch/tYkIU56-Kiz, http://www.playvid.com/watch/WmxrVX9bkf6, http://www.playvid.com/watch/evT7rBoRsQX, http://www.playvid.com/watch/qZBi3E2N2uj, http://www.playvid.com/watch/GuqJKQZwqsM, http://www.playvid.com/watch/Xa3kObzheAr, http://www.playvid.com/watch/BYy6ojB9zMM, http://www.playvid.com/watch/mdeBHyeSxba, http://www.playvid.com/watch/bjpd5fS-DH6, http://www.playvid.com/watch/jRwdYqeckgs, http://www.playvid.com/watch/p6ORWXr090F, http://www.playvid.com/watch/EEhEOYo_llv, http://www.playvid.com/watch/vWvpPdKkSPP, http://www.playvid.com/watch/WJOX2PzvlvC, http://www.playvid.com/watch/JH9oK2QZb3Z, http://www.playvid.com/watch/gTakMhplX8u, http://www.playvid.com/watch/5EDquTVnOCi, http://www.playvid.com/watch/Z6S3er-21hH, http://www.playvid.com/watch/4PkYlr82IW5, http://www.playvid.com/watch/RVlNLlfMo2v, http://www.playvid.com/watch/GQ8ZPtIOatW, http://www.playvid.com/watch/HxwVdXO2SFw, http://www.playvid.com/watch/2rX9aJxyShp, http://www.playvid.com/watch/ldAyvRK0RIp, http://www.playvid.com/watch/CQje4I8QSns, http://www.playvid.com/watch/r77P1YE1HMK, http://www.playvid.com/watch/fiVlviJoSuP, http://www.playvid.com/watch/bSd-Z2QtKqb, http://www.playvid.com/watch/PF-3ujaUIk6, http://www.playvid.com/watch/pXvtON0LKP7, http://www.playvid.com/watch/0ZsKOHYRy_h, http://www.playvid.com/watch/SjKDoTY2Dhf, http://www.playvid.com/watch/eetnNmz5H4I, http://www.playvid.com/watch/2e8ws-4L8XM, http://www.playvid.com/watch/iV8aKQnFoOu, http://www.playvid.com/watch/oFMJmwX1Z6c, http://www.playvid.com/watch/LwNULZGIiTs, http://www.playvid.com/watch/Fp4e-ZB-l_y, http://www.playvid.com/watch/4OxdU8QKXIM, http://www.playvid.com/watch/fvVnTtKSEf6, http://www.playvid.com/watch/7S5NCaU8uqF, http://www.playvid.com/watch/uEtiA1druNU, http://www.playvid.com/watch/QGPJcOa31gU, http://www.playvid.com/watch/C1sp_rmX_8W, http://www.playvid.com/watch/di6v94kEfQK, http://www.playvid.com/watch/He-TRHJjPkc, http://www.playvid.com/watch/SBRB8OmvQnK, http://www.playvid.com/watch/HQsn_NTNoDW, http://www.playvid.com/watch/X5sH-MomCCw, http://www.playvid.com/watch/qIa67vfqZkF, http://www.playvid.com/watch/vYDvxz4P4tB, http://www.playvid.com/watch/WjSLZq9jxWp, http://www.playvid.com/watch/jAF2eFINFGl, http://www.playvid.com/watch/3q1OMjNnBZY, http://www.playvid.com/watch/o8ub2Hx704J, http://www.playvid.com/watch/EjVeg0-xQX5, http://www.playvid.com/watch/ay9HmIb-J4w, http://www.playvid.com/watch/0LxB3TL0EIk, http://www.playvid.com/watch/rwKDEYywRSs, http://www.playvid.com/watch/a4gFSFKrDSW, http://www.playvid.com/watch/3XBNXi3lbHF, http://www.playvid.com/watch/bfiukHaHIPT, http://www.playvid.com/watch/cu52Cl1737h, http://www.playvid.com/watch/rGN2qfBJf9Q, http://www.playvid.com/watch/ibcOhUWDc-A, http://www.playvid.com/watch/iXxxxtCQHyy, http://www.playvid.com/watch/En49tCF4DPZ, http://www.playvid.com/watch/BAQNzIeXAPx, http://www.playvid.com/watch/5X4vqq6Mcgw, http://www.playvid.com/watch/CTxHBzUCbfs, http://www.playvid.com/watch/9Vt69JhL4Fk, http://www.playvid.com/watch/H1JDH_tuOZ5, http://www.playvid.com/watch/0Cxp2wmuAKA, http://www.playvid.com/watch/nOAQU_Enj29, http://www.playvid.com/watch/KEws4FpdzoD, http://www.playvid.com/watch/PiyswHQ7TS8, http://www.playvid.com/watch/rm97i-QAefl, http://www.playvid.com/watch/yVRYTx8aPYd, http://www.playvid.com/watch/c_gkPgTqEHb, http://www.playvid.com/watch/o19vjhIg-4M, http://www.playvid.com/watch/x7k_ZQjdKEb, http://www.playvid.com/watch/n1kHjYue6ta, http://www.playvid.com/watch/BOTsDFriCaj, http://www.playvid.com/watch/hIYTGilVJHW, http://www.playvid.com/watch/qcCA4LsA9YM, http://www.playvid.com/watch/L8-bYviWxpc, http://www.playvid.com/watch/dGVlCWFBIY9, http://www.playvid.com/watch/JlksBM6cRzv, http://www.playvid.com/watch/BG-BVplHvB8, http://www.playvid.com/watch/K3pxN-l-KqP, http://www.playvid.com/watch/ZzcnEakWzkM, http://www.playvid.com/watch/wBj3Nn1Rmrb, http://www.playvid.com/watch/TqjDz7rfVZu, http://www.playvid.com/watch/YPFISRdJcMw, http://www.playvid.com/watch/jVPJuZ_hUVN, http://www.playvid.com/watch/DOzvpLP7Am4, http://www.playvid.com/watch/CYAHbpOfODO, http://www.playvid.com/watch/H-P9_dPQaPd, http://www.playvid.com/watch/Gy853n1C3S3, http://www.playvid.com/watch/EfFa5yMZLyn, http://www.playvid.com/watch/pI1lTqB6ZIh, http://www.playvid.com/watch/yWB0g1XiqRZ, http://www.playvid.com/watch/n-J7tOJBceL, http://www.playvid.com/watch/LuHCoJovdWz, http://www.playvid.com/watch/t9013xOMIFc, http://www.playvid.com/watch/HcUbsAg63rj, http://www.playvid.com/watch/lFfKR_7qtCY, http://www.playvid.com/watch/AyOMiVWbx-y, http://www.playvid.com/watch/MwC_LbFo1Jg, http://www.playvid.com/watch/P9Iv5JWlw0j, http://www.playvid.com/watch/CTOptrE3YfN, http://www.playvid.com/watch/OMNoUMv88DY, http://www.playvid.com/watch/byVANUF47pu, http://www.playvid.com/watch/S5OR4JFlhNg, http://www.playvid.com/watch/L1TsiQzAwEw, http://www.playvid.com/watch/ZYgQer_JBAE, http://www.playvid.com/watch/o2aYRaYvtOS, http://www.playvid.com/watch/KduHSuM5hWt, http://www.playvid.com/watch/QiMdsqeyiHR, http://www.playvid.com/watch/DVyXJeWMpmL, http://www.playvid.com/watch/DEOdoRNhbmT, http://www.playvid.com/watch/YeRJQDLvvpz, http://www.playvid.com/watch/dN9QC6XXiea, http://www.playvid.com/watch/RkK1LSt09CI, http://www.playvid.com/watch/iSvt3N5FTU2, http://www.playvid.com/watch/ZXp-xVFSO_n, http://www.playvid.com/watch/fCHa5m8QfZd, http://www.playvid.com/watch/7y1SAuDP6XP, http://www.playvid.com/watch/q4mMev7rfXx, http://www.playvid.com/watch/tJ_aKaLq7_m, http://www.playvid.com/watch/kkU2kbns1LH
5.f. Date of third notice: 2014-04-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: emjay69
5.b. Uploader's email address: trumtrum2@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/emjay69
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aMvr8bRAaTY, http://www.playvid.com/watch/BvQNHh4WQwc, http://www.playvid.com/watch/EQ7OiavG03r, http://www.playvid.com/watch/ADJrbXURoYe, http://www.playvid.com/watch/30e6VxOz2ih, http://www.playvid.com/watch/zTrdopRfGrm, http://www.playvid.com/watch/tBfHDxhFWBn, http://www.playvid.com/watch/KR2tlm8TXFB, http://www.playvid.com/watch/Nh27VS3lpWP, http://www.playvid.com/watch/QPjaTDJPiyh, http://www.playvid.com/watch/-nniGRGoRvF, http://www.playvid.com/watch/wsqFHAAhiuG, http://www.playvid.com/watch/T3IPh7fQxOU, http://www.playvid.com/watch/NkN2U0uGafM, http://www.playvid.com/watch/vT-AQsLalTD, http://www.playvid.com/watch/O9cXFij9jTP, http://www.playvid.com/watch/TmDYtEDQvkr, http://www.playvid.com/watch/P9dneg8H66m, http://www.playvid.com/watch/vtVCQCOHeF7, http://www.playvid.com/watch/lxhyAcle7Ya, http://www.playvid.com/watch/adKO9DBPH9N, http://www.playvid.com/watch/c9FwKJKagqH, http://www.playvid.com/watch/GyySCvGDNQx, http://www.playvid.com/watch/7cEwZc-AiCs, http://www.playvid.com/watch/GL90hX5GaXU, http://www.playvid.com/watch/iCUkrbc2mFE, http://www.playvid.com/watch/orKEphgwCPs, http://www.playvid.com/watch/W5qw-nk2ENo, http://www.playvid.com/watch/uiDSVKkiqV7, http://www.playvid.com/watch/7XJMjt8OQMG, http://www.playvid.com/watch/B6S3fxv2TQ7, http://www.playvid.com/watch/YuUdxa6JniI, http://www.playvid.com/watch/BBzFWS4EhxV, http://www.playvid.com/watch/4SrovJxvtpN, http://www.playvid.com/watch/7mDDeqeCd2B, http://www.playvid.com/watch/hHqKI5ew5xU, http://www.playvid.com/watch/moJtIfQfIjN, http://www.playvid.com/watch/ZEF3Ba98Zaa, http://www.playvid.com/watch/Fpg6lNJ2Iw7, http://www.playvid.com/watch/-EuziNBgrHh, http://www.playvid.com/watch/STGyag2XOhi, http://www.playvid.com/watch/b46KU0nzQxp, http://www.playvid.com/watch/gcBMtQwYY6r, http://www.playvid.com/watch/4eDKRpkYYH6, http://www.playvid.com/watch/JlRzKiQqijV, http://www.playvid.com/watch/GxH0SzMo5MY, http://www.playvid.com/watch/bL9SfQV6iZB, http://www.playvid.com/watch/8OwbOKEj6IK, http://www.playvid.com/watch/dmzzjFHPYYQ, http://www.playvid.com/watch/LbaOQDtsW5O, http://www.playvid.com/watch/bsevSPZ2iNq, http://www.playvid.com/watch/LLPi5bBeK6D, http://www.playvid.com/watch/Xnop2vjUb3C, http://www.playvid.com/watch/GIshepsumln, http://www.playvid.com/watch/YybGAgpg6Ai, http://www.playvid.com/watch/YfEeQe0n3RP, http://www.playvid.com/watch/ZnZT0d4TfVV, http://www.playvid.com/watch/rxJSoZjB8Cc, http://www.playvid.com/watch/eH4n7v7dzuZ, http://www.playvid.com/watch/T2LiMU5OOXF, http://www.playvid.com/watch/i87IHYwknSI, http://www.playvid.com/watch/-vnj5Afqgpz, http://www.playvid.com/watch/xMx985ldolq, http://www.playvid.com/watch/nx2t4Y8ecZh, http://www.playvid.com/watch/x9ASDhoEb3k, http://www.playvid.com/watch/S9QGo-CjDh7, http://www.playvid.com/watch/338xRRC5fYU, http://www.playvid.com/watch/L25QGwq4Jlq, http://www.playvid.com/watch/d9esi6zu8-9, http://www.playvid.com/watch/blxzDVg7Tjw, http://www.playvid.com/watch/gkqHwlsRniU,

http://www.playvid.com/watch/Beg3ly7g9JG, http://www.playvid.com/watch/4j6eaQUyZQK, http://www.playvid.com/watch/MCwo6sBJrpu, http://www.playvid.com/watch/8Z0dcexRMdm, http://www.playvid.com/watch/RoTPcACJirn, http://www.playvid.com/watch/dF822OsFGLh, http://www.playvid.com/watch/XYUxc2no5IP, http://www.playvid.com/watch/KyszvL2jSSY, http://www.playvid.com/watch/v8UMcyTypW2, http://www.playvid.com/watch/KyPTbWtWxCp, http://www.playvid.com/watch/BBZPzmvCxar, http://www.playvid.com/watch/RJQLtP-4KaQ, http://www.playvid.com/watch/aZc2oK4oWc8, http://www.playvid.com/watch/DLJoJMVkrIh, http://www.playvid.com/watch/Q_LigeRIglm
5.f. Date of third notice: 2014-01-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: erdo_dogan
5.b. Uploader's email address: po-kerci@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/erdo_dogan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mMgtRm8jmW8, http://www.playvid.com/watch/zeRYRiJuS6W, http://www.playvid.com/watch/ClpEyQ9VVDN, http://www.playvid.com/watch/xMsxtsvJxN8, http://www.playvid.com/watch/OKMtjRvFhTu, http://www.playvid.com/watch/UxKY5xCPqZ7, http://www.playvid.com/watch/8DmzTWx0ys2, http://www.playvid.com/watch/7Ev8x3i-VEn, http://www.playvid.com/watch/pc9HN5Nqwkc, http://www.playvid.com/watch/uxIdmR-AKjx, http://www.playvid.com/watch/cF9wjOn3JzS, http://www.playvid.com/watch/M0burxHUccu, http://www.playvid.com/watch/B-tEexdVysx, http://www.playvid.com/watch/h3Ft8niiHcU, http://www.playvid.com/watch/jmeWHTKmVxU, http://www.playvid.com/watch/-AKUABMRWCh, http://www.playvid.com/watch/3w2RNKMrBjJ, http://www.playvid.com/watch/j8DX3JcfQJ6, http://www.playvid.com/watch/yhOaFuBx8fC, http://www.playvid.com/watch/CbpPH7W0Zl9, http://www.playvid.com/watch/3-Kju7Q4jZi, http://www.playvid.com/watch/DxHNtTQ-qOF, http://www.playvid.com/watch/AuSrlGY02VS, http://www.playvid.com/watch/tBYQrczdWT2, http://www.playvid.com/watch/PBosvkKkrFm, http://www.playvid.com/watch/iahdzLJYNga, http://www.playvid.com/watch/8VxepYikGcF, http://www.playvid.com/watch/gOy25JgiplC, http://www.playvid.com/watch/KvqR3coi-8S, http://www.playvid.com/watch/VazMWlPfSKY, http://www.playvid.com/watch/ENcQFyeG6RT, http://www.playvid.com/watch/quT3RRYKXY3, http://www.playvid.com/watch/oFVEutBFlfo, http://www.playvid.com/watch/MWlOCjoZBn2, http://www.playvid.com/watch/CYNB3ch2WQn, http://www.playvid.com/watch/f6vZZ2bjDyA, http://www.playvid.com/watch/Bu8DDJmdn6y, http://www.playvid.com/watch/lyUdLU6dtzt, http://www.playvid.com/watch/SIJX5q5QKwO, http://www.playvid.com/watch/Uhj7kDapbqo, http://www.playvid.com/watch/fnNr7OAuTtY, http://www.playvid.com/watch/y8iVV2HEZDv, http://www.playvid.com/watch/PuuGvpkxnWx, http://www.playvid.com/watch/ScxLaR-SRPT, http://www.playvid.com/watch/KIm4rOJZt-5, http://www.playvid.com/watch/BApomwAWhX4, http://www.playvid.com/watch/Dj2L5UAXwOs, http://www.playvid.com/watch/qGEOCnHQohO, http://www.playvid.com/watch/ZA2sT0wuHyl, http://www.playvid.com/watch/Xw8lIQDY4KV, http://www.playvid.com/watch/7CoNEXnYuNk, http://www.playvid.com/watch/a58FWkZWQEA, http://www.playvid.com/watch/UMypxcwcUcH, http://www.playvid.com/watch/Mo5y1znZ9Sx, http://www.playvid.com/watch/ZbaU7JvNaht, http://www.playvid.com/watch/a_c-8yvyY2i, http://www.playvid.com/watch/UPlhddMfky8, http://www.playvid.com/watch/XVpIYv2UbFW, http://www.playvid.com/watch/cWzITWcUb5D, http://www.playvid.com/watch/t1CpCw3nnul, http://www.playvid.com/watch/T_iwsOcLdLh, http://www.playvid.com/watch/7TR1tuFnHul, http://www.playvid.com/watch/cfQdphC4J_e, http://www.playvid.com/watch/8tMe4gX_Ap3, http://www.playvid.com/watch/yYNegObAvIu, http://www.playvid.com/watch/0qCjd2Ug5fL, http://www.playvid.com/watch/hNx-4wuxnWZ, http://www.playvid.com/watch/TBMoVgF1pJM, http://www.playvid.com/watch/CUIp_Wl0t_U, http://www.playvid.com/watch/6DZi1cQVrMN, http://www.playvid.com/watch/2xUJFFtidPh, http://www.playvid.com/watch/d45oCHMHv1U, http://www.playvid.com/watch/rko-lV5Sltf, http://www.playvid.com/watch/auXQMqhx41j, http://www.playvid.com/watch/hOnDTGrKefB, http://www.playvid.com/watch/WkpfUVxGhJw, http://www.playvid.com/watch/kRuhr_qN74T, http://www.playvid.com/watch/y1mzwMTYdWW, http://www.playvid.com/watch/4diO3KuHZfF, http://www.playvid.com/watch/D6qxYkS2cVX, http://www.playvid.com/watch/m_Szjt2BFqY, http://www.playvid.com/watch/O8l8T24sygL, http://www.playvid.com/watch/UdHRFwERM7T, http://www.playvid.com/watch/PCow_mVSytL, http://www.playvid.com/watch/INwpuXwV26i, http://www.playvid.com/watch/6BFhH08hnG3, http://www.playvid.com/watch/SuQ_fzKYF4D, http://www.playvid.com/watch/MplgePY5OLa, http://www.playvid.com/watch/U-0uZOEzLJk, http://www.playvid.com/watch/csRy9UcdWbc, http://www.playvid.com/watch/0pfvUSJMhrv, http://www.playvid.com/watch/cRS48z8q05o, http://www.playvid.com/watch/y3xLmj1cZXm, http://www.playvid.com/watch/IbKKqiylbXN, http://www.playvid.com/watch/t-KCyZfqC8s, http://www.playvid.com/watch/hcXeE1QFGTe, http://www.playvid.com/watch/XsMacLGvwe6, http://www.playvid.com/watch/cdZJwPwQrBo, http://www.playvid.com/watch/oPnxdc4EZvL, http://www.playvid.com/watch/ur7PdL8B_Lt, http://www.playvid.com/watch/wyq3uANF9kg, http://www.playvid.com/watch/ni8B2F7U3mz, http://www.playvid.com/watch/nmwhUTH-vcy, http://www.playvid.com/watch/E-DJLqke7rY, http://www.playvid.com/watch/uZHP316vdOl, http://www.playvid.com/watch/tvpAWjxhEzf, http://www.playvid.com/watch/YBcEYt_YNJW, http://www.playvid.com/watch/LrS-hyxrKba, http://www.playvid.com/watch/WKo5KyZgybA, http://www.playvid.com/watch/Fjbo8nk_Tmq, http://www.playvid.com/watch/sAvxLQ2Ca5E, http://www.playvid.com/watch/OrFAj52ppi9, http://www.playvid.com/watch/ZS2tJEF5bNb, http://www.playvid.com/watch/nfbd9CeklOi, http://www.playvid.com/watch/GfwybryvN-J, http://www.playvid.com/watch/NK2bdT1IHke, http://www.playvid.com/watch/QXyRa8uE1ie, http://www.playvid.com/watch/0XvbhjZXTyo, http://www.playvid.com/watch/8zvvETDWnqC
5.f. Date of third notice: 2015-08-06 21:29:24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: erection
5.b. Uploader's email address: colinaka666@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/erection+
5.e. List of videos posted by uploader: http://www.playvid.com/watch/S26-mn4kZNh, http://www.playvid.com/watch/fjJIUuzuHSe, http://www.playvid.com/watch/Lrgr7PWycNT, http://www.playvid.com/watch/e2J7vPOrWjz, http://www.playvid.com/watch/LDb4jkJNVNm, http://www.playvid.com/watch/eKcJDaGEYSl, http://www.playvid.com/watch/FdIp5RY3mr2, http://www.playvid.com/watch/L3GUKPKX8Xa, http://www.playvid.com/watch/na8jzKy3RzW, http://www.playvid.com/watch/ILcbO6ByJs0, http://www.playvid.com/watch/uJTp4o0BpGL, http://www.playvid.com/watch/OaVSvbbdsbx, http://www.playvid.com/watch/dhFDXnEMeNl, http://www.playvid.com/watch/46dSDExn4kF, http://www.playvid.com/watch/GByPyG9ufQ4, http://www.playvid.com/watch/vcR0mlAXRhA, http://www.playvid.com/watch/Xv5Hh00AD-6, http://www.playvid.com/watch/cqqm5bGxIDT, http://www.playvid.com/watch/Ug--zjnzdmz, http://www.playvid.com/watch/rsfvVQgFLqv, http://www.playvid.com/watch/5-Gz8Ec7t-L, http://www.playvid.com/watch/0IAkEiHQYOx, http://www.playvid.com/watch/JfAKuzZhq0c, http://www.playvid.com/watch/TesQNW-eyuD, http://www.playvid.com/watch/etOI-5f8gOJ, http://www.playvid.com/watch/LKQ6QacNcCK, http://www.playvid.com/watch/tvX4QSwgwcp, http://www.playvid.com/watch/MPkbmJ26i6v, http://www.playvid.com/watch/yXkoKakumJ6, http://www.playvid.com/watch/OSPUTdCQGPU, http://www.playvid.com/watch/khW9payHzYe, http://www.playvid.com/watch/Cnya3ZyzFCe, http://www.playvid.com/watch/-slvvZwjhaT, http://www.playvid.com/watch/t4YbEgryPqk, http://www.playvid.com/watch/5ddyhyOvLAD, http://www.playvid.com/watch/tITkisMC78b, http://www.playvid.com/watch/XCw-IyR8PjB, http://www.playvid.com/watch/8bmsaYTtyZR, http://www.playvid.com/watch/dF38mBt0c09, http://www.playvid.com/watch/Oc-txA5oVGQ, http://www.playvid.com/watch/S0nFTCWjfHE, http://www.playvid.com/watch/ksvzJfFpSE4, http://www.playvid.com/watch/PxMJCdl6SSv, http://www.playvid.com/watch/ppKnm63OOyd, http://www.playvid.com/watch/e2jkYvKNdCe, http://www.playvid.com/watch/jQw429bO2gM, http://www.playvid.com/watch/nNVeM4LC-JH, http://www.playvid.com/watch/B34WyHdFQJ7, http://www.playvid.com/watch/vCVqMIWbICA, http://www.playvid.com/watch/4vNnyQVD-vn, http://www.playvid.com/watch/j3skQTvpvFd, http://www.playvid.com/watch/A6WaHfewfBF, http://www.playvid.com/watch/8VlYSdC8rpY, http://www.playvid.com/watch/krDsIDNv59u, http://www.playvid.com/watch/GFECMc5aV8j, http://www.playvid.com/watch/VAKmn20Vts5, http://www.playvid.com/watch/XaU3hHzebv0, http://www.playvid.com/watch/7rlIW-Lm0Bv, http://www.playvid.com/watch/BbZNDUJkdgl, http://www.playvid.com/watch/BViBTa0eKpw, http://www.playvid.com/watch/qCNPFL3wQlN, http://www.playvid.com/watch/0-e0kGtIDbd, http://www.playvid.com/watch/8liwUqq4KcF, http://www.playvid.com/watch/es-O7mo9oJr, http://www.playvid.com/watch/hpuKH2qEiHj, http://www.playvid.com/watch/d6E7ZfjWIPc, http://www.playvid.com/watch/MAa9pbOrhfW, http://www.playvid.com/watch/YQxKEACOrHI, http://www.playvid.com/watch/8zBpCUeLcZi, http://www.playvid.com/watch/iXqMFpHYeje, http://www.playvid.com/watch/B8Q79gm2HgT, http://www.playvid.com/watch/w9-xW0Q39-v, http://www.playvid.com/watch/KFUpDk5ftEO, http://www.playvid.com/watch/UtV4BypvpTI, http://www.playvid.com/watch/ercvJv2Obvr, http://www.playvid.com/watch/CV8CZShdKNI, http://www.playvid.com/watch/WEIzoP7acCa, http://www.playvid.com/watch/MmOaXzDYVGT, http://www.playvid.com/watch/HQkySuCinFZ, http://www.playvid.com/watch/s-t8fbhmcS5, http://www.playvid.com/watch/peYzLAUSqJg, http://www.playvid.com/watch/hJf0-ape3ik, http://www.playvid.com/watch/FmecPEc0D5x, http://www.playvid.com/watch/4TzkadqDGDN, http://www.playvid.com/watch/fmpuHQ2gnU7, http://www.playvid.com/watch/9F6HFNhJZH8, http://www.playvid.com/watch/8SsnstjSCUA, http://www.playvid.com/watch/rAftSLS720u, http://www.playvid.com/watch/pXOyZpd2oO6, http://www.playvid.com/watch/wsIP6AHRLv3, http://www.playvid.com/watch/zlP6IQlJ7fK, http://www.playvid.com/watch/eZC3gzQOqRE, http://www.playvid.com/watch/o0s0vc9jTMX, http://www.playvid.com/watch/xjFLjE3TB6Q, http://www.playvid.com/watch/deniDfIhaRS, http://www.playvid.com/watch/06oFFlYvyeu, http://www.playvid.com/watch/bNStYSnBCyP, http://www.playvid.com/watch/utDS8o6IFgN, http://www.playvid.com/watch/ire5g-czFJm, http://www.playvid.com/watch/qnSRMBmtaLK, http://www.playvid.com/watch/F8HkZCwHyRz, http://www.playvid.com/watch/BUQlQaC76EQ, http://www.playvid.com/watch/V5SerCSItBZ, http://www.playvid.com/watch/dQgijnfr7iO, http://www.playvid.com/watch/OtzfWtlWNAg, http://www.playvid.com/watch/2xZf7MSLM9E, http://www.playvid.com/watch/hiwhnGyXAGs, http://www.playvid.com/watch/d38y22IfTa7, http://www.playvid.com/watch/ipCPD-UJS9I, http://www.playvid.com/watch/kQQms7FsXlD, http://www.playvid.com/watch/Opnn9bHLKEb, http://www.playvid.com/watch/6HfPaccj6P4, http://www.playvid.com/watch/-6TCrgk5wwS, http://www.playvid.com/watch/hcjsTGgOlB9, http://www.playvid.com/watch/i6PQv6NtzHr, http://www.playvid.com/watch/b35hgVsFolI,

http://www.playvid.com/watch/KS0IT5E6ywv, http://www.playvid.com/watch/NhHUytZbyNy, http://www.playvid.com/watch/QTnsYjdAh5q, http://www.playvid.com/watch/A9UYMpytxEa, http://www.playvid.com/watch/I8EVb9XmKay, http://www.playvid.com/watch/LE892Z3y70V, http://www.playvid.com/watch/QYmzNhpX-47, http://www.playvid.com/watch/fN0RyOO9DqC, http://www.playvid.com/watch/iqWVRvPUr4R, http://www.playvid.com/watch/j5qlWwFgkZ0, http://www.playvid.com/watch/qqbwGrXMyzm, http://www.playvid.com/watch/Vd9ufyTdMkP, http://www.playvid.com/watch/06twXJMO7dF, http://www.playvid.com/watch/wq3ZPl38Chs, http://www.playvid.com/watch/-BYHyJrQuXx, http://www.playvid.com/watch/-vzCjmWOj9J, http://www.playvid.com/watch/ioQYtL92Vjv, http://www.playvid.com/watch/VtUMp5nEsaD, http://www.playvid.com/watch/zdmOLtuVvza, http://www.playvid.com/watch/ARqn30h0UYP, http://www.playvid.com/watch/x36WQU3Krfq, http://www.playvid.com/watch/X4UB8DNuywF, http://www.playvid.com/watch/hmUCxJluHuW, http://www.playvid.com/watch/EADQBzm4CyZ, http://www.playvid.com/watch/-ZjbvmP8qUn, http://www.playvid.com/watch/JxLr6Secfjc, http://www.playvid.com/watch/jwWbJh0njGA, http://www.playvid.com/watch/yJHemgaOqTM, http://www.playvid.com/watch/Gdyox4OuXhJ, http://www.playvid.com/watch/qCXz9kmCcnh, http://www.playvid.com/watch/dPYVMDmNAw8, http://www.playvid.com/watch/YEs7rUqieLq, http://www.playvid.com/watch/mI747Vw6jAD, http://www.playvid.com/watch/9mJh9uGw58R, http://www.playvid.com/watch/Y9gLMg8ccR5, http://www.playvid.com/watch/MGYbSKrZ8AL, http://www.playvid.com/watch/a9PVAfPtfyy, http://www.playvid.com/watch/8-7WRVsEZGa, http://www.playvid.com/watch/u-r2STo39ae, http://www.playvid.com/watch/fw6MPZtvZUe, http://www.playvid.com/watch/DiTceKq3eC4, http://www.playvid.com/watch/UcasGeLZWIk, http://www.playvid.com/watch/TQrmdoxwVfK, http://www.playvid.com/watch/mYmUF2vS3bo, http://www.playvid.com/watch/rRMUmJjvnFi, http://www.playvid.com/watch/IcgsWQ2G68o, http://www.playvid.com/watch/GHUlKptDCGv, http://www.playvid.com/watch/fKUDLJ7t-xF, http://www.playvid.com/watch/oiFAEsGREyO, http://www.playvid.com/watch/T-Es42PlL6D, http://www.playvid.com/watch/42u96-XCSCl, http://www.playvid.com/watch/xCl24HHwKtl, http://www.playvid.com/watch/uKPl32cqGHz, http://www.playvid.com/watch/SJMIPZ4jToi, http://www.playvid.com/watch/7CXJUYKi6HY, http://www.playvid.com/watch/P6R0SJAF2EM, http://www.playvid.com/watch/IgaqvjFp9ga, http://www.playvid.com/watch/GiKceXJK2Fe, http://www.playvid.com/watch/Uw8S4CRQzDY, http://www.playvid.com/watch/qOkmORs9sTk, http://www.playvid.com/watch/baKEbxVAbg3, http://www.playvid.com/watch/M8cqQFCDs8s, http://www.playvid.com/watch/28vYVBiPOiK, http://www.playvid.com/watch/2GrPNS0N7kZ, http://www.playvid.com/watch/RGzsYa2hI8d, http://www.playvid.com/watch/oClLKVTKGlg, http://www.playvid.com/watch/wY340-943dG, http://www.playvid.com/watch/LZqMSCfl3IP, http://www.playvid.com/watch/qZSbQiSUgi4, http://www.playvid.com/watch/g0S9GlCpb7Z, http://www.playvid.com/watch/pxIZQeenKft, http://www.playvid.com/watch/KUgO3mv0bh3, http://www.playvid.com/watch/tZk33Bxjj2i, http://www.playvid.com/watch/6KOfjtRS9gy, http://www.playvid.com/watch/Ww7ZruNYx-7, http://www.playvid.com/watch/k4u58Rw0EW0, http://www.playvid.com/watch/DD4MEyERTyw, http://www.playvid.com/watch/BjhexqpQgqS, http://www.playvid.com/watch/jznCpSCpDUo, http://www.playvid.com/watch/NwwFqtbzGoy, http://www.playvid.com/watch/8YY0IumZnZs, http://www.playvid.com/watch/rkqb6O6wppG, http://www.playvid.com/watch/FGhWcwhorf2, http://www.playvid.com/watch/iKjCLYI5qmD, http://www.playvid.com/watch/gUzJrvMGbEq, http://www.playvid.com/watch/PEWglpzIL5i, http://www.playvid.com/watch/USKqLTVmKBn, http://www.playvid.com/watch/OjhboZuThgi, http://www.playvid.com/watch/0ofO3NMxmQH, http://www.playvid.com/watch/fmQfG9bbR8E, http://www.playvid.com/watch/zpLkih2cNNf, http://www.playvid.com/watch/bdvIkIgGVJe, http://www.playvid.com/watch/ss436TdPB7v, http://www.playvid.com/watch/aK3qZ7VmAhu, http://www.playvid.com/watch/SIM6miw7Qv6, http://www.playvid.com/watch/-bL8Y8CxHvt, http://www.playvid.com/watch/u-ob57SgMd8, http://www.playvid.com/watch/mQyFoQTUHOC, http://www.playvid.com/watch/eX-VqgH4Fkl, http://www.playvid.com/watch/-CWiIu9S6bM, http://www.playvid.com/watch/XbLyTxahW8e, http://www.playvid.com/watch/YH3LE3T66JO, http://www.playvid.com/watch/dXWJoKj2UCi, http://www.playvid.com/watch/7OqGBUsga6p, http://www.playvid.com/watch/r9JjaHYMIqG, http://www.playvid.com/watch/nJO3C0XLrVX, http://www.playvid.com/watch/DvdDeod2bOx, http://www.playvid.com/watch/ozRBnYdtoi6, http://www.playvid.com/watch/WRHLVuse3dO, http://www.playvid.com/watch/kt7xNJr8Ijc, http://www.playvid.com/watch/orv-aXYc0Hm, http://www.playvid.com/watch/-zBqHq-PahV, http://www.playvid.com/watch/ScRXdrzMrwC, http://www.playvid.com/watch/NoaGDeaiDCX, http://www.playvid.com/watch/ok-6938pCQh, http://www.playvid.com/watch/6sun55nCooi, http://www.playvid.com/watch/LPXpfwQo4CR, http://www.playvid.com/watch/AkIBjmtdeqK, http://www.playvid.com/watch/zkoSGGR9CeM, http://www.playvid.com/watch/Hnw-QaSdkrZ, http://www.playvid.com/watch/c26eRuWop-y, http://www.playvid.com/watch/5SUnKBzCZMy, http://www.playvid.com/watch/C-UJbRd4ziL, http://www.playvid.com/watch/rU5TfLUx6bv, http://www.playvid.com/watch/pQqBZpKD2TT, http://www.playvid.com/watch/YsHl67xYbcT, http://www.playvid.com/watch/IOZup7nMhos, http://www.playvid.com/watch/ZnAgJG9KCxf, http://www.playvid.com/watch/OvKBcj46uu2, http://www.playvid.com/watch/VVpjRuGDSpz, http://www.playvid.com/watch/OvzmUcPrXhl, http://www.playvid.com/watch/JX6gm3hHmyB, http://www.playvid.com/watch/CMFOo4SWSiG, http://www.playvid.com/watch/pYl8ewrCod3, http://www.playvid.com/watch/NyidYumHV40, http://www.playvid.com/watch/6RfSLSQZTpI, http://www.playvid.com/watch/KjBlovFYdV2, http://www.playvid.com/watch/DpKHWNyWJOd, http://www.playvid.com/watch/trzspyPb2ep, http://www.playvid.com/watch/MVlmSyC9Znt, http://www.playvid.com/watch/PyxyocaMwzU, http://www.playvid.com/watch/3HdQ2t4nts0, http://www.playvid.com/watch/Q-gHTZxIFrn, http://www.playvid.com/watch/d0i5rzVXig9, http://www.playvid.com/watch/ke8dDhy2fyx, http://www.playvid.com/watch/O7ZclRDxOAR, http://www.playvid.com/watch/XyRsItzDRFa, http://www.playvid.com/watch/9iGP-v9pwRB, http://www.playvid.com/watch/BvJFDyOL9S2, http://www.playvid.com/watch/UJXu3kPE2Ik, http://www.playvid.com/watch/qg2OZpZBm3A, http://www.playvid.com/watch/IuSRGuPsM5W, http://www.playvid.com/watch/5uWn8-3ITfJ, http://www.playvid.com/watch/HBv3Imerccf, http://www.playvid.com/watch/y6CZexgW2OD, http://www.playvid.com/watch/zkth9xYa7Vn, http://www.playvid.com/watch/5DP6hKxcVWc, http://www.playvid.com/watch/RtgBn6cxazr, http://www.playvid.com/watch/zXHVy78LRYV, http://www.playvid.com/watch/cTqeWfk4LJj, http://www.playvid.com/watch/GORgpQFZcxh, http://www.playvid.com/watch/rfXEuTv7PFz, http://www.playvid.com/watch/PRhQQng3G-H, http://www.playvid.com/watch/bimP7HR4PIC, http://www.playvid.com/watch/jPdrVAdkfsk, http://www.playvid.com/watch/-NYuAHuodtw, http://www.playvid.com/watch/HR2hfwdhT-C, http://www.playvid.com/watch/3nyKMz7z0RP, http://www.playvid.com/watch/wWPsrP3TFu0, http://www.playvid.com/watch/4-GeofP86HG, http://www.playvid.com/watch/3owq-kdOPV9, http://www.playvid.com/watch/OIs5MYYXfT8, http://www.playvid.com/watch/bHvV-VQraKn, http://www.playvid.com/watch/NpT-YwgBTy0, http://www.playvid.com/watch/Tre0l4hNK-T, http://www.playvid.com/watch/ct9DhHCftq5, http://www.playvid.com/watch/L6bkcX3EUHx, http://www.playvid.com/watch/SNIrzVBzNbK, http://www.playvid.com/watch/kvMttfRFHuw, http://www.playvid.com/watch/gwf6BeapDNR, http://www.playvid.com/watch/wzZF2Q6ac0E, http://www.playvid.com/watch/3J0SdXPAthk, http://www.playvid.com/watch/gDrdIHIrMHT, http://www.playvid.com/watch/KTtp73ISx-9, http://www.playvid.com/watch/k7P2c4Pylol, http://www.playvid.com/watch/DfxpRv7Ignf, http://www.playvid.com/watch/h4NIVIXtzGo, http://www.playvid.com/watch/b-f48VcnDx9, http://www.playvid.com/watch/ZIvI34wBOqM, http://www.playvid.com/watch/KrWqs7WH6iU, http://www.playvid.com/watch/4pneBm5R5en, http://www.playvid.com/watch/jKidrOSO-uW, http://www.playvid.com/watch/RLoHBkXEkCs, http://www.playvid.com/watch/ON9uZrLcaKP, http://www.playvid.com/watch/kjaZIoYlEuD, http://www.playvid.com/watch/kftaW4q7b52, http://www.playvid.com/watch/m0Oolwseaun, http://www.playvid.com/watch/eVX4GuBx5tM, http://www.playvid.com/watch/4dK7mElNJz6, http://www.playvid.com/watch/N47rlfYIRQq, http://www.playvid.com/watch/Ggh2DtLE-7X, http://www.playvid.com/watch/dNb2QWbVNFH, http://www.playvid.com/watch/OCVFyvECBYz, http://www.playvid.com/watch/9VswZlg6kNC, http://www.playvid.com/watch/bBE8Vhg6lfG, http://www.playvid.com/watch/MNER95XPyHu, http://www.playvid.com/watch/nbBukmJGjJ5, http://www.playvid.com/watch/ubyzg7Hqd8z, http://www.playvid.com/watch/9vqztihXd85, http://www.playvid.com/watch/pAoslUvGWy2, http://www.playvid.com/watch/6AUPQ0SGyNY, http://www.playvid.com/watch/Bs0DTGy-0hN, http://www.playvid.com/watch/Lfeb9NL-P-d, http://www.playvid.com/watch/fST3h3RbJRl, http://www.playvid.com/watch/EqOTbYHLn8N, http://www.playvid.com/watch/7ySKt32pSRZ, http://www.playvid.com/watch/7nRK8TrMZnU, http://www.playvid.com/watch/wVXDigtQuSk, http://www.playvid.com/watch/wz2ANx2Hu7M, http://www.playvid.com/watch/xwEQnkYy0bC, http://www.playvid.com/watch/tJAawfGJsrw, http://www.playvid.com/watch/7yWtLSICqml, http://www.playvid.com/watch/KT0R2gUXhAE, http://www.playvid.com/watch/FsB0SWB4oAe, http://www.playvid.com/watch/nTuCblQhA-z, http://www.playvid.com/watch/Ab4FqwkeA8d, http://www.playvid.com/watch/0cwDvl07y0y, http://www.playvid.com/watch/eFeddZ5t-Jb, http://www.playvid.com/watch/oM3SyTeZyqM, http://www.playvid.com/watch/s5FvhZe8Oas, http://www.playvid.com/watch/8RxLl5nP2cg, http://www.playvid.com/watch/Og0VyFrnHo0, http://www.playvid.com/watch/2jyYIahVmIG, http://www.playvid.com/watch/Ok3pWZG9LjM, http://www.playvid.com/watch/jy2A3g0UARh, http://www.playvid.com/watch/8xL3Uawt3Io, http://www.playvid.com/watch/AIIaQ3xHTqU, http://www.playvid.com/watch/llt3Vq-oAc-, http://www.playvid.com/watch/VJZOnoly7h2, http://www.playvid.com/watch/TaIM0ExRQSL, http://www.playvid.com/watch/j94mvtogyRS, http://www.playvid.com/watch/2IaKtqB8Ipq, http://www.playvid.com/watch/o3hxH4sCRTf, http://www.playvid.com/watch/fWWIDowY0oy, http://www.playvid.com/watch/xW0ltlWCaha, http://www.playvid.com/watch/h7rFGRaCtG4, http://www.playvid.com/watch/OHP69ewGfW4, http://www.playvid.com/watch/felmq-Ww8j0, http://www.playvid.com/watch/Tj0H0Qju5ap, http://www.playvid.com/watch/x4hm3c6h94V, http://www.playvid.com/watch/Y82b0djVnuz, http://www.playvid.com/watch/3WutSx2iPju, http://www.playvid.com/watch/7n7teLtyxLa, http://www.playvid.com/watch/xaS8glTjeft, http://www.playvid.com/watch/VQFS2fHC5Zx, http://www.playvid.com/watch/DLFEgiu0nny, http://www.playvid.com/watch/-qc0SMnhvPx, http://www.playvid.com/watch/TvJmOQf7RcH, http://www.playvid.com/watch/JVeNMXo0alr, http://www.playvid.com/watch/ZoHN9IeoK63, http://www.playvid.com/watch/xeV0n7PKuMC, http://www.playvid.com/watch/lCitvcnUaIO, http://www.playvid.com/watch/Ebf-eBPUKUq, http://www.playvid.com/watch/jBnO8VbqEu4, http://www.playvid.com/watch/NczKgTTSJ4p, http://www.playvid.com/watch/ISMqGdgQ6L8, http://www.playvid.com/watch/iNyvUH4cUHY, http://www.playvid.com/watch/2-cbNPG5giB, http://www.playvid.com/watch/xdQYGxVA09V, http://www.playvid.com/watch/eruwUpXT6iz, http://www.playvid.com/watch/gGay6XgRFsc, http://www.playvid.com/watch/AbOM9Yr-YP5, http://www.playvid.com/watch/8RrelVfeAB6, http://www.playvid.com/watch/kATeFSR8RsF, http://www.playvid.com/watch/tzTYYCex0tm, http://www.playvid.com/watch/IbIO8gMAB3w, http://www.playvid.com/watch/Evnok6ZaGbl, http://www.playvid.com/watch/CeEKYqdYBcC, http://www.playvid.com/watch/oHmQiVyCO73, http://www.playvid.com/watch/-2idZ5qL7JH, http://www.playvid.com/watch/VhEZNNSpCu7, http://www.playvid.com/watch/cPPULT7Z3up, http://www.playvid.com/watch/6H6iMq5oSmq, http://www.playvid.com/watch/GQVyGvDekQX, http://www.playvid.com/watch/RDXWqonR6r8, http://www.playvid.com/watch/DjamkoTfA6u, http://www.playvid.com/watch/QHiG7QPTEN8, http://www.playvid.com/watch/zgjbFes2xJD,

http://www.playvid.com/watch/Y2QBRNUY9nD, http://www.playvid.com/watch/tSf9deNtIWk, http://www.playvid.com/watch/tAJkBLxjnnZ,
http://www.playvid.com/watch/2mW4Ir0-trb, http://www.playvid.com/watch/5zEnuaJ2-Dd, http://www.playvid.com/watch/IAYhcm5sKEs,
http://www.playvid.com/watch/VMpwYlNNS87, http://www.playvid.com/watch/BUw9ODOTmpu, http://www.playvid.com/watch/gD53idieA5B,
http://www.playvid.com/watch/lk7vEbmvaUf, http://www.playvid.com/watch/Zaxa3cOvZCY, http://www.playvid.com/watch/0nS7xeMG2xW,
http://www.playvid.com/watch/eswkJYuRj0i, http://www.playvid.com/watch/pPT0NY4hUWe, http://www.playvid.com/watch/hapJ0AIagl-,
http://www.playvid.com/watch/H0LePNdefEy, http://www.playvid.com/watch/jJTwT93FSG9, http://www.playvid.com/watch/8qaUaHFVZdM,
http://www.playvid.com/watch/YkwZMF5JzJV, http://www.playvid.com/watch/mL6L0YplU0p, http://www.playvid.com/watch/kJKzaaPUYkA,
http://www.playvid.com/watch/Epfppy-vr3p, http://www.playvid.com/watch/BbgNWbFhDQC, http://www.playvid.com/watch/opleOYa3uF5,
http://www.playvid.com/watch/C8AerdwPtL6, http://www.playvid.com/watch/ZV8HDiqu-M6, http://www.playvid.com/watch/Uy0oCdjHbW2,
http://www.playvid.com/watch/cH3S-lehuWC, http://www.playvid.com/watch/mms6SvNf-6o, http://www.playvid.com/watch/9WSkRQLLNhy,
http://www.playvid.com/watch/lNW9gJvJEUO, http://www.playvid.com/watch/sa876J0uW2G, http://www.playvid.com/watch/tpRCTXaVp8z,
http://www.playvid.com/watch/ZwYgOGt6xBV, http://www.playvid.com/watch/CAGGLVbDz8p, http://www.playvid.com/watch/Vka0BTPzhUf,
http://www.playvid.com/watch/Zth8RGzG0Iv, http://www.playvid.com/watch/97aI5R4pGK2, http://www.playvid.com/watch/NE34qGE42y5,
http://www.playvid.com/watch/9vyIa4NjxGL, http://www.playvid.com/watch/HRsY-9HJnpB, http://www.playvid.com/watch/HuOc020IG2R,
http://www.playvid.com/watch/fiDwRdiuo4p, http://www.playvid.com/watch/3pfOqZnEVSy, http://www.playvid.com/watch/EgRIz--GV-t,
http://www.playvid.com/watch/cZF55-k0cWV, http://www.playvid.com/watch/SQyyxderGdu, http://www.playvid.com/watch/euNy5CGBnk5,
http://www.playvid.com/watch/TcZmr7Q4Y-C, http://www.playvid.com/watch/ZNwUeRGmtNL, http://www.playvid.com/watch/bRa7Q4geohU,
http://www.playvid.com/watch/I9kjUQVQ6ou, http://www.playvid.com/watch/S4sVtSTyb3s, http://www.playvid.com/watch/3TjrtdA58Q9,
http://www.playvid.com/watch/h9KlExluubD, http://www.playvid.com/watch/Kzat6-8mH4c, http://www.playvid.com/watch/c3d8hwKBJ4s,
http://www.playvid.com/watch/taW3Ihl2Vhc, http://www.playvid.com/watch/LhIwObmER2f, http://www.playvid.com/watch/8h57L5X9vEr,
http://www.playvid.com/watch/XC-QZTLyRw9, http://www.playvid.com/watch/vQHDJ5VP07v, http://www.playvid.com/watch/KfMZBTnVg-Q,
http://www.playvid.com/watch/xrh4SjO6y3y, http://www.playvid.com/watch/Ez6mwZLkmdA, http://www.playvid.com/watch/o57PplkEdXS,
http://www.playvid.com/watch/2PJKXI9RY0X, http://www.playvid.com/watch/6uY-zZCQqxT, http://www.playvid.com/watch/vAp68ILhiWf,
http://www.playvid.com/watch/PcesHHtRtsB, http://www.playvid.com/watch/mwVe6CS4K-V, http://www.playvid.com/watch/JTTVCJPqGy4,
http://www.playvid.com/watch/SOq9p5XRC7e, http://www.playvid.com/watch/FW65KBoGSgK, http://www.playvid.com/watch/NjEEDpJvOb8,
http://www.playvid.com/watch/r0dng5NL98T, http://www.playvid.com/watch/VXXJpCoTdCP, http://www.playvid.com/watch/P3xcrbpKImb,
http://www.playvid.com/watch/s95FFLzJ9cL, http://www.playvid.com/watch/zlloNEsDtzd, http://www.playvid.com/watch/qoZb43jTuM5,
http://www.playvid.com/watch/0R-3yYjyAJp, http://www.playvid.com/watch/PhFd6tzN9Bq, http://www.playvid.com/watch/xfYMT4txSn0,
http://www.playvid.com/watch/cxfc8HmMVS-, http://www.playvid.com/watch/WfsZcXQz4rY, http://www.playvid.com/watch/7eMp50-zKrW,
http://www.playvid.com/watch/L8p9SKOnugc, http://www.playvid.com/watch/IWsycgngC0r, http://www.playvid.com/watch/tfBd0oJqWMn,
http://www.playvid.com/watch/HXgbLzx5ofn, http://www.playvid.com/watch/qteVneYn6OE, http://www.playvid.com/watch/RfmNCR0CPfm,
http://www.playvid.com/watch/XhX99s76YRn, http://www.playvid.com/watch/9xusrqMWAOY, http://www.playvid.com/watch/7wGIvDeqlUD,
http://www.playvid.com/watch/2uXbcBUIl40, http://www.playvid.com/watch/KXBWhlz2u2o, http://www.playvid.com/watch/FhEQYAhc3BR,
http://www.playvid.com/watch/uxymoXiKDpZ, http://www.playvid.com/watch/uoPK7Gbh8bU, http://www.playvid.com/watch/nEdLq52F0Tl,
http://www.playvid.com/watch/i6ORWJ3MrjU, http://www.playvid.com/watch/D0uRDQOq9mk, http://www.playvid.com/watch/0D8TLQ6fupk,
http://www.playvid.com/watch/dg5Lav5eNAX, http://www.playvid.com/watch/J47YjTJOZmf, http://www.playvid.com/watch/s4jJtH-FmzU,
http://www.playvid.com/watch/SbQVapD9lHM, http://www.playvid.com/watch/Xpwq72O9ZSN, http://www.playvid.com/watch/iRM56WDk9et,
http://www.playvid.com/watch/3l8GvJYM9j5, http://www.playvid.com/watch/FAscpNyXhZ3, http://www.playvid.com/watch/d8rByRqRuF2,
http://www.playvid.com/watch/T9FaNI4KTR8, http://www.playvid.com/watch/n4YKBlQgO7X, http://www.playvid.com/watch/GcMKxhA0RQh,
http://www.playvid.com/watch/vRP7P37gauu, http://www.playvid.com/watch/6mpLXfDJb6A, http://www.playvid.com/watch/xOMTtn6BZvc,
http://www.playvid.com/watch/8tOT67-2f8i, http://www.playvid.com/watch/Q4udaxbvIIK, http://www.playvid.com/watch/6T2TwubG74l,
http://www.playvid.com/watch/2rKUYPzHWHo, http://www.playvid.com/watch/gi48qPM-xkb, http://www.playvid.com/watch/HXLjpWZxyb9,
http://www.playvid.com/watch/JCOiUH8YUcl, http://www.playvid.com/watch/3VX6SaoQgd6, http://www.playvid.com/watch/4Sq5Z9ehvfB,
http://www.playvid.com/watch/xMwSSREIE46, http://www.playvid.com/watch/dFrMCs8Nh3d, http://www.playvid.com/watch/gQYskKtLE-q,
http://www.playvid.com/watch/Mmi35PjhHoI, http://www.playvid.com/watch/8jnzBaMg9DR, http://www.playvid.com/watch/SwSkzDVDa05,
http://www.playvid.com/watch/RdTSSMk6Ecb, http://www.playvid.com/watch/okCIeLa2MAq, http://www.playvid.com/watch/yXw4IHcYJWa,
http://www.playvid.com/watch/3EkKGmLHtMN, http://www.playvid.com/watch/NJqMRlBMnAq, http://www.playvid.com/watch/ReKJxh0mfgf,
http://www.playvid.com/watch/ooQoXHTKElN, http://www.playvid.com/watch/Q2i3nOPwVOZ, http://www.playvid.com/watch/tnXCoit4Qdy,
http://www.playvid.com/watch/tYDM6e0ZsjU, http://www.playvid.com/watch/AWYUeCq7sVn, http://www.playvid.com/watch/KOFaobVLI3F,
http://www.playvid.com/watch/Se33x4XOWhJ, http://www.playvid.com/watch/bWcShy2-i2j, http://www.playvid.com/watch/89JdrdW-50H,
http://www.playvid.com/watch/uvlFHf5nwV3, http://www.playvid.com/watch/n06MqNj9S5j, http://www.playvid.com/watch/lORnYsXWrMo,
http://www.playvid.com/watch/DFkOKj4madK, http://www.playvid.com/watch/-wSGGvCn6v3, http://www.playvid.com/watch/g4AMGZUV9SP,
http://www.playvid.com/watch/n7IODjRE7cB, http://www.playvid.com/watch/X8RJQNEgACM, http://www.playvid.com/watch/IBy5Mt0boiE,
http://www.playvid.com/watch/wxczFa-obQP, http://www.playvid.com/watch/gLnjktTPNpu, http://www.playvid.com/watch/QkS4btNdVOE,
http://www.playvid.com/watch/hFTPGZIQBsQ, http://www.playvid.com/watch/8hyNVFgMThi, http://www.playvid.com/watch/gowLLSzvwh4,
http://www.playvid.com/watch/0uoLbhfeXEr, http://www.playvid.com/watch/Hp8fULSFJCN, http://www.playvid.com/watch/4dzWASWYw76,
http://www.playvid.com/watch/vtjKPK9dagC, http://www.playvid.com/watch/GifW7TlIuWe, http://www.playvid.com/watch/3N-xNnaD96y,
http://www.playvid.com/watch/HRuHHpYIEmn, http://www.playvid.com/watch/dut4Z5JIbnr, http://www.playvid.com/watch/t80ygQs5EVz,
http://www.playvid.com/watch/jgiCYtgm0c3, http://www.playvid.com/watch/Cb7L5Kh8Xm3, http://www.playvid.com/watch/ADX0Ar6adOt,
http://www.playvid.com/watch/htEjlAAJM0f, http://www.playvid.com/watch/tZZ4OUc8cdJ, http://www.playvid.com/watch/snERFdI453m,
http://www.playvid.com/watch/ko7nFCT7yZz, http://www.playvid.com/watch/WYzy4tS4JDS, http://www.playvid.com/watch/nGFbCNnEEnN,
http://www.playvid.com/watch/bDLQ5ase39V, http://www.playvid.com/watch/-9CLsFtHWHn, http://www.playvid.com/watch/4Qnr-TPII-y,
http://www.playvid.com/watch/iv6upxR-uao, http://www.playvid.com/watch/2PJyYnl-Fs3, http://www.playvid.com/watch/3UNttKbRPU6,
http://www.playvid.com/watch/EYQq5ymsLfi, http://www.playvid.com/watch/3eV7iFB2e7O, http://www.playvid.com/watch/C7njYDUDKAv,
http://www.playvid.com/watch/Jrw8S0N9N-Q, http://www.playvid.com/watch/0dfoVwUwojT, http://www.playvid.com/watch/3DvSmTOidjF,
http://www.playvid.com/watch/avEirz-iBqx, http://www.playvid.com/watch/gv7VgKJgzmq, http://www.playvid.com/watch/j5TJhrKxVHO,
http://www.playvid.com/watch/o4pGF5ZGt34, http://www.playvid.com/watch/9HHXkDyuSJ4, http://www.playvid.com/watch/8XYjrmXeClK,
http://www.playvid.com/watch/8mh0rZduwS0, http://www.playvid.com/watch/4tDFPhQTdg0, http://www.playvid.com/watch/WCfrQa4Kq2w,
http://www.playvid.com/watch/QUlQNdvjsoY, http://www.playvid.com/watch/Gg-szv0NSuQ, http://www.playvid.com/watch/MgfONFBuOPZ,
http://www.playvid.com/watch/AXQEpB0JDdf, http://www.playvid.com/watch/V03mNk6U4uQ, http://www.playvid.com/watch/klJiTk4GF8W,
http://www.playvid.com/watch/xRY72GwXa2p, http://www.playvid.com/watch/FEJMfsx083F, http://www.playvid.com/watch/tUO5piFH2lC,
http://www.playvid.com/watch/xwUYmXvKYPy, http://www.playvid.com/watch/gX7vo2IkrOy, http://www.playvid.com/watch/4BOlTA9piOL,
http://www.playvid.com/watch/uUONDDuIR6B, http://www.playvid.com/watch/drEI4RwoSCt, http://www.playvid.com/watch/EM-OvN-gtWe,
http://www.playvid.com/watch/j7gg26oBaKT, http://www.playvid.com/watch/8-WluRV-y2z, http://www.playvid.com/watch/5SsY5LjwEZv,
http://www.playvid.com/watch/VU5c8yxOft6, http://www.playvid.com/watch/06f9O8hvIsV, http://www.playvid.com/watch/uvc6Bu33va0,
http://www.playvid.com/watch/TWtb5XKY9Kg, http://www.playvid.com/watch/zUvwMqMCa70, http://www.playvid.com/watch/qUha0Pm2XmZ,
http://www.playvid.com/watch/JWZgjpOqIBV, http://www.playvid.com/watch/UfQf3-FD33c, http://www.playvid.com/watch/m45KYWzmm3C,
http://www.playvid.com/watch/05-NY-fE68T, http://www.playvid.com/watch/z749YafBPuE, http://www.playvid.com/watch/7w9yjQIZu6D,
http://www.playvid.com/watch/7FAPqeb8jF5, http://www.playvid.com/watch/Ron-w9Tmqfz, http://www.playvid.com/watch/cj85aRvUToG,
http://www.playvid.com/watch/mDlMwCoWtAg, http://www.playvid.com/watch/3XTOUxXXLHw, http://www.playvid.com/watch/juH8QUTzutX,
http://www.playvid.com/watch/vBkh0vK03B0, http://www.playvid.com/watch/Xbyq39rKMRN, http://www.playvid.com/watch/EcjXlesUD0u,
http://www.playvid.com/watch/eUdxllqdVT0, http://www.playvid.com/watch/V738rBfWiPU, http://www.playvid.com/watch/dlqkwHQ9cf5,
http://www.playvid.com/watch/xHuchocGa8n, http://www.playvid.com/watch/6FRNvhTvomV, http://www.playvid.com/watch/-TFAnmXK3JP,
http://www.playvid.com/watch/tRoAx-LGyaI, http://www.playvid.com/watch/lSESlwvrzjj, http://www.playvid.com/watch/uE66qKEgnYQ,
http://www.playvid.com/watch/0IswfsxPxcI, http://www.playvid.com/watch/uFUdAxyjMLL, http://www.playvid.com/watch/8hMyXLW5i4W,
http://www.playvid.com/watch/25hAPB-32BF, http://www.playvid.com/watch/jWkHhebQ8P6, http://www.playvid.com/watch/gskGCjNcqNv,
http://www.playvid.com/watch/a4g9d0NFzfl, http://www.playvid.com/watch/ar4Uj-LopJu, http://www.playvid.com/watch/eGtcoWwExMy,
http://www.playvid.com/watch/yNlVwNQj4c5, http://www.playvid.com/watch/-m-FKtuSqEZ, http://www.playvid.com/watch/iYs3Spk4q5t,
http://www.playvid.com/watch/aV53rpt-zkK, http://www.playvid.com/watch/hpB4o-F9Jeg, http://www.playvid.com/watch/aHitV0gwAWv,
http://www.playvid.com/watch/tGYICcnESbp, http://www.playvid.com/watch/AVHzzpjaULz, http://www.playvid.com/watch/q4bthM-L-lI,
http://www.playvid.com/watch/dBaCl32-bno, http://www.playvid.com/watch/d4SQqqkzBQx, http://www.playvid.com/watch/DQQkES-KnK5,
http://www.playvid.com/watch/HrXH2qVxhjm, http://www.playvid.com/watch/i8XqX-AeqjZ, http://www.playvid.com/watch/McN468f6Wi9,
http://www.playvid.com/watch/KE2JwIwdReU, http://www.playvid.com/watch/zEXeQYIOURZ, http://www.playvid.com/watch/zx-dNeS7Gaj,
http://www.playvid.com/watch/n49N6KfowtL, http://www.playvid.com/watch/6r94gqHQ4sO, http://www.playvid.com/watch/wKhQlX-zgQV,
http://www.playvid.com/watch/b8saQCByH3A, http://www.playvid.com/watch/q2uz5rZzVxI, http://www.playvid.com/watch/sWJBCOsLc2f,
http://www.playvid.com/watch/EeGOg77gXRs, http://www.playvid.com/watch/-GpFBqNfRgo, http://www.playvid.com/watch/GcYSDuzA6pB,

http://www.playvid.com/watch/q5DsAIO5xbW, http://www.playvid.com/watch/dB8Df-qTSLm, http://www.playvid.com/watch/I-bEKkbAYlk,
http://www.playvid.com/watch/iP9vIGAREoU, http://www.playvid.com/watch/F87sPbmgXOO, http://www.playvid.com/watch/BtH2-xntVYn,
http://www.playvid.com/watch/Zr3pyDDZt6i, http://www.playvid.com/watch/JRPfGh34Kg8, http://www.playvid.com/watch/M-MPadbUUou,
http://www.playvid.com/watch/BtwQIOS-Qq4, http://www.playvid.com/watch/XD0VLD7h5IB, http://www.playvid.com/watch/pj43DrPDYlx,
http://www.playvid.com/watch/XIcBsBl5C68, http://www.playvid.com/watch/ls4H4olHIU5, http://www.playvid.com/watch/SmBckuRhB6P,
http://www.playvid.com/watch/erEBhJJhDNv, http://www.playvid.com/watch/23PtoL5NShj, http://www.playvid.com/watch/ZvwWQ2t0FNi,
http://www.playvid.com/watch/F-xS6oaiu-j, http://www.playvid.com/watch/99nRw9umuVc, http://www.playvid.com/watch/cEZugFxHmja,
http://www.playvid.com/watch/eUjNF5yfI6a, http://www.playvid.com/watch/52sRQnkUFrO, http://www.playvid.com/watch/PI9oAlffaRL,
http://www.playvid.com/watch/hfnp62VIa-V, http://www.playvid.com/watch/OGLqGv0XdI3, http://www.playvid.com/watch/N05534t-dYY,
http://www.playvid.com/watch/c3pDAJb0hlu, http://www.playvid.com/watch/9FTIE4VxqZG, http://www.playvid.com/watch/Tau37KrdUTk,
http://www.playvid.com/watch/r7RfwnPBpPf, http://www.playvid.com/watch/3k-rcdkxwe4, http://www.playvid.com/watch/0obQogBupam,
http://www.playvid.com/watch/jwhgc2V9wMR, http://www.playvid.com/watch/AL62y79SThb, http://www.playvid.com/watch/qXPh0JfAJnG,
http://www.playvid.com/watch/hRGNMvADcf7, http://www.playvid.com/watch/UNNoNpg8cDr, http://www.playvid.com/watch/ghFbkEnE8-8,
http://www.playvid.com/watch/7Ad2xGcz5ID, http://www.playvid.com/watch/erZOsZp0KmM, http://www.playvid.com/watch/7w3AqwTVFFL,
http://www.playvid.com/watch/qyO2nlo3RiT, http://www.playvid.com/watch/p4d03sIFsgZ, http://www.playvid.com/watch/H2TGc6WQBS3,
http://www.playvid.com/watch/DnDpp5-P7ww, http://www.playvid.com/watch/QqfxtMQetEx, http://www.playvid.com/watch/cYOsfSZ8-r8,
http://www.playvid.com/watch/lyG4qXPeoPH, http://www.playvid.com/watch/Ey4i8L5TcVw, http://www.playvid.com/watch/fvFe5bHfKtT,
http://www.playvid.com/watch/FBW-6dsRtaQ, http://www.playvid.com/watch/vYeSzrNeEcs, http://www.playvid.com/watch/aqcIV0UH8lN,
http://www.playvid.com/watch/43dXqdoPzZJ, http://www.playvid.com/watch/xtZxPe43mOP, http://www.playvid.com/watch/DyD4iDOzMFN,
http://www.playvid.com/watch/9A-Ua9I9T58, http://www.playvid.com/watch/5zBNh2ABBlu, http://www.playvid.com/watch/ojGV5Rbhxz0,
http://www.playvid.com/watch/vwk9TCJZ8Wx, http://www.playvid.com/watch/fEuFChAtg3h, http://www.playvid.com/watch/fHfTLGSsn-q,
http://www.playvid.com/watch/XY9La5ap-Ei, http://www.playvid.com/watch/kg3WzGN8Htg, http://www.playvid.com/watch/aYCeMBMJI4p,
http://www.playvid.com/watch/25yELmhgQHz, http://www.playvid.com/watch/uwF-EOAA-fG, http://www.playvid.com/watch/CSc98nVfLfx,
http://www.playvid.com/watch/cHkZRxVi3fQ, http://www.playvid.com/watch/dUqUxksSomk, http://www.playvid.com/watch/W8RXlG8q8kb,
http://www.playvid.com/watch/fSGoUjcH7zO, http://www.playvid.com/watch/0vfNv9wF0rI, http://www.playvid.com/watch/2w087WdmIgn,
http://www.playvid.com/watch/EiHwH7yDTZj, http://www.playvid.com/watch/jcc8twfAkM2, http://www.playvid.com/watch/-dC22ro9vkb,
http://www.playvid.com/watch/Rov5IP-2-GA, http://www.playvid.com/watch/3aFuPBhoXt8, http://www.playvid.com/watch/L8Z4uHi5xmI,
http://www.playvid.com/watch/h7rICuBZNxT, http://www.playvid.com/watch/aj4Xh95xK3l, http://www.playvid.com/watch/kTiy9E2cTir,
http://www.playvid.com/watch/GRoUWZujXF2, http://www.playvid.com/watch/H3QvKC3u04s, http://www.playvid.com/watch/VyfmWa0CuUi,
http://www.playvid.com/watch/ulxuHw-P9SJ, http://www.playvid.com/watch/jVxSQlk9Sau, http://www.playvid.com/watch/Orkg632u8sF,
http://www.playvid.com/watch/l4ih34IVrA3, http://www.playvid.com/watch/Xp0AnkCPNdF, http://www.playvid.com/watch/gHRuYUEmfDC,
http://www.playvid.com/watch/Qg4Xrq8Xubi, http://www.playvid.com/watch/JE93xT-jD6t, http://www.playvid.com/watch/xbCr8UZAWBB,
http://www.playvid.com/watch/G46gdQhAHJ-, http://www.playvid.com/watch/F8M8s8EdW9T, http://www.playvid.com/watch/AgY5et59kX2,
http://www.playvid.com/watch/psOuzpx4ipR, http://www.playvid.com/watch/hIFpyagVDCB, http://www.playvid.com/watch/LBOpsYkvevW,
http://www.playvid.com/watch/wXnzVxGpLoY, http://www.playvid.com/watch/RVCSNXQ3zKK, http://www.playvid.com/watch/WJUCEZ2Y93v,
http://www.playvid.com/watch/Fr2F3AINzHK, http://www.playvid.com/watch/EkiEV6d9QRl, http://www.playvid.com/watch/oCqoVYcggnu,
http://www.playvid.com/watch/i4s--5NlgJx, http://www.playvid.com/watch/Q0TYYEIBEdT, http://www.playvid.com/watch/T6KZNlhZI5y,
http://www.playvid.com/watch/ixmYlCiZbBG, http://www.playvid.com/watch/bjr3WLGZkXX, http://www.playvid.com/watch/Fwjgy5CgSuj,
http://www.playvid.com/watch/iYrqIUQcXmz, http://www.playvid.com/watch/9MZWWuNpspw, http://www.playvid.com/watch/R4vWeTDvbwL,
http://www.playvid.com/watch/5F-XUDRqW4w, http://www.playvid.com/watch/j7SN5ughb4X, http://www.playvid.com/watch/Xb5LqIPwpAf,
http://www.playvid.com/watch/RqCthVO2gt2, http://www.playvid.com/watch/SVgbYnhGuas, http://www.playvid.com/watch/kX5sCWFgMyV,
http://www.playvid.com/watch/8kjuuzn30xC, http://www.playvid.com/watch/2Hf0FQs5mcW, http://www.playvid.com/watch/XAnocwIWlYV,
http://www.playvid.com/watch/6K7AhnrmRyg, http://www.playvid.com/watch/boGWSMVxDtL, http://www.playvid.com/watch/xqiFJ-TGgBq,
http://www.playvid.com/watch/kc890LZe4y6, http://www.playvid.com/watch/h2nYG5QJy7a, http://www.playvid.com/watch/rCFab67xgwe,
http://www.playvid.com/watch/g2OLQZXb0ug, http://www.playvid.com/watch/OLINFWdSyhx, http://www.playvid.com/watch/JTErrDInWE8,
http://www.playvid.com/watch/OEEOBeq3xvR, http://www.playvid.com/watch/NS0XTiwHeZu, http://www.playvid.com/watch/9URHYHpPDAu,
http://www.playvid.com/watch/OKmiCTLToVj, http://www.playvid.com/watch/q5C2K2Jhgt4, http://www.playvid.com/watch/4sWZ3PLpUXk,
http://www.playvid.com/watch/M-akksjmG4Q, http://www.playvid.com/watch/HrBSqtUTP6F, http://www.playvid.com/watch/QOyQEHjoSUT,
http://www.playvid.com/watch/zysfhNvICTn, http://www.playvid.com/watch/nRlqLKAcszA, http://www.playvid.com/watch/PBmP79XA7va,
http://www.playvid.com/watch/Mq2aDd2YnSb, http://www.playvid.com/watch/0YHhNewGBbW, http://www.playvid.com/watch/OB55NhVdVch,
http://www.playvid.com/watch/edmDUkx926W, http://www.playvid.com/watch/0M0csi-OQfH, http://www.playvid.com/watch/t6RpBeRb4l0,
http://www.playvid.com/watch/3DCv5KxUFxG, http://www.playvid.com/watch/ecOEWAOxt3z, http://www.playvid.com/watch/e59gde7Bib2,
http://www.playvid.com/watch/b-tHDPeswWk, http://www.playvid.com/watch/Hf4VZuas9bR, http://www.playvid.com/watch/pinoAG2Db2G,
http://www.playvid.com/watch/i05IwnhEtXX, http://www.playvid.com/watch/MZ8Dtv2ZN5T, http://www.playvid.com/watch/SyeWWExdDBX,
http://www.playvid.com/watch/CxixpdslWep, http://www.playvid.com/watch/aImTiZtzxnE, http://www.playvid.com/watch/5SZaoqT93Ve,
http://www.playvid.com/watch/4NQp5QS2Rae, http://www.playvid.com/watch/xzEXVlfztcI, http://www.playvid.com/watch/tQkQV-A9upw,
http://www.playvid.com/watch/pEfT-kOytQM, http://www.playvid.com/watch/78mjhOCTPXB, http://www.playvid.com/watch/QE0KDkE-rPl,
http://www.playvid.com/watch/sXBjeU84Bh0, http://www.playvid.com/watch/U45vVoe5o5F, http://www.playvid.com/watch/94e24x0mexc,
http://www.playvid.com/watch/Fd8uGtRK5H8, http://www.playvid.com/watch/a4RdnbRnzpH, http://www.playvid.com/watch/EOr9bwH0RS5,
http://www.playvid.com/watch/soSXEozUCL-, http://www.playvid.com/watch/MHho2mF8g-l, http://www.playvid.com/watch/QGegRKLaN8w,
http://www.playvid.com/watch/zJRcyzHtsQx, http://www.playvid.com/watch/rJ05szVT7Wk, http://www.playvid.com/watch/MjLKAMnejKK,
http://www.playvid.com/watch/FKbmVHhXGvp, http://www.playvid.com/watch/Z2YNeHHY-L8, http://www.playvid.com/watch/Fhkx0BWgM2z,
http://www.playvid.com/watch/Kj0yLMMrXYE, http://www.playvid.com/watch/7khvMpDi9Wa, http://www.playvid.com/watch/09YAP4xi8Io,
http://www.playvid.com/watch/6zhzUxvBpxG, http://www.playvid.com/watch/xuuw9BJMEQB, http://www.playvid.com/watch/C2Bl4YxsX8A,
http://www.playvid.com/watch/-ntro3jD5Sb, http://www.playvid.com/watch/ylJ30jtvSz3, http://www.playvid.com/watch/tMz6mVJHkR2,
http://www.playvid.com/watch/6XMFCW5k27E, http://www.playvid.com/watch/OshDTwgkpuo, http://www.playvid.com/watch/mL2yhNIWgw6,
http://www.playvid.com/watch/LCqShHAg-Bx, http://www.playvid.com/watch/OGXnh4K58Ru, http://www.playvid.com/watch/vFFb6O2-fSL,
http://www.playvid.com/watch/tYrnFVnJgbF, http://www.playvid.com/watch/UvQ8OS3cCpP, http://www.playvid.com/watch/VckdRxOcPmf,
http://www.playvid.com/watch/3gsIuI98I6n, http://www.playvid.com/watch/en-pkJ3D7PJ, http://www.playvid.com/watch/HCbOX6o2Pzv,
http://www.playvid.com/watch/AvykEWbHT4U, http://www.playvid.com/watch/EdNJ4hDovV7, http://www.playvid.com/watch/ZazwQXb-nCG,
http://www.playvid.com/watch/B607JAdV8H0, http://www.playvid.com/watch/033wEEqr7FF, http://www.playvid.com/watch/vZndQoh2qai,
http://www.playvid.com/watch/9GcJmgD7uV7, http://www.playvid.com/watch/PA6AFjOYZzK, http://www.playvid.com/watch/7UTRDFKsMVI,
http://www.playvid.com/watch/wx5ws7UTVta, http://www.playvid.com/watch/wr63R2CNg5Y, http://www.playvid.com/watch/juq5neBr4Mf,
http://www.playvid.com/watch/bLXhYzLg44e, http://www.playvid.com/watch/8MF7qSHsBBy, http://www.playvid.com/watch/MtQ3AlWi8r9,
http://www.playvid.com/watch/Ru6SwAbyRwg, http://www.playvid.com/watch/trX3ACXl2MW, http://www.playvid.com/watch/XQiXW4MkLm8,
http://www.playvid.com/watch/HNnHoOFK0mC, http://www.playvid.com/watch/5j-2s5Ch-nY, http://www.playvid.com/watch/Uwb4de5aeLW,
http://www.playvid.com/watch/qrdumnJTAU2, http://www.playvid.com/watch/dmaEuKmwyrp, http://www.playvid.com/watch/m8hBQe0vkkn,
http://www.playvid.com/watch/blLivf6KTcG, http://www.playvid.com/watch/4zTy9Tf3Cmg, http://www.playvid.com/watch/Uh6-9iTxHAg,
http://www.playvid.com/watch/pvkfM7XmiMk, http://www.playvid.com/watch/izFeXqT6rG8, http://www.playvid.com/watch/zaT5b0pddvv,
http://www.playvid.com/watch/BhoFh-yWufb, http://www.playvid.com/watch/XW-8IdOrmIP, http://www.playvid.com/watch/-r-d2QluBx7,
http://www.playvid.com/watch/RrDohUZLZeE, http://www.playvid.com/watch/pwdaE23NaCI, http://www.playvid.com/watch/d64abpgVHRj,
http://www.playvid.com/watch/uicUwSiAGp9, http://www.playvid.com/watch/-omumqXMU3n, http://www.playvid.com/watch/QcSHqJiH50Y,
http://www.playvid.com/watch/rACRuVf5z-D, http://www.playvid.com/watch/njVmAU56hNJ, http://www.playvid.com/watch/dPNHlWiVMIu,
http://www.playvid.com/watch/ov-XNDBrMIa, http://www.playvid.com/watch/DXjhX9TNyq3, http://www.playvid.com/watch/qMSnWUh223r,
http://www.playvid.com/watch/8rrKME0NDJM, http://www.playvid.com/watch/cZVpLQAFsUj, http://www.playvid.com/watch/LJPQQmUwHi8,
http://www.playvid.com/watch/UKAw8ESJ5HR, http://www.playvid.com/watch/JC-6zEIYQOU, http://www.playvid.com/watch/ugtu-FHB3PJ,
http://www.playvid.com/watch/s3GMY50xCfF, http://www.playvid.com/watch/J77T9xaIJac, http://www.playvid.com/watch/YZowZp0hdp-,
http://www.playvid.com/watch/qByKihqVN7p, http://www.playvid.com/watch/ynkAw8EGw3V, http://www.playvid.com/watch/twMlsVb9HWx,
http://www.playvid.com/watch/SfI0FRrwJvp, http://www.playvid.com/watch/E400zDXJVWK, http://www.playvid.com/watch/OWKDG-woQNR,
http://www.playvid.com/watch/bQZRChVu95X, http://www.playvid.com/watch/dqIVV9RK3mc, http://www.playvid.com/watch/Mj2QXE5IgW5,
http://www.playvid.com/watch/9FtiEujneiB, http://www.playvid.com/watch/dTL8OYzxtvs, http://www.playvid.com/watch/YaiylnHo8Lf,
http://www.playvid.com/watch/Va6xGD8wQu7, http://www.playvid.com/watch/3609ixMl8tl, http://www.playvid.com/watch/SO5dBrr0lrN,
http://www.playvid.com/watch/24ekPleRLo7, http://www.playvid.com/watch/sGwwpTFmQXJ, http://www.playvid.com/watch/cMRCsTI7ZYz,
http://www.playvid.com/watch/U38yLiZOslb, http://www.playvid.com/watch/DUIYNjjeVCa, http://www.playvid.com/watch/DDixCu9vP-U,
http://www.playvid.com/watch/-nL7Nka62qB, http://www.playvid.com/watch/fGvH9wleITr, http://www.playvid.com/watch/qF-DFIkJpgC,
http://www.playvid.com/watch/mUrPcw6GADZ, http://www.playvid.com/watch/B-3segHXUU6, http://www.playvid.com/watch/sM2vmlRaLx7,

http://www.playvid.com/watch/s5lzVEhE4ek, http://www.playvid.com/watch/KLppdQ06PPe, http://www.playvid.com/watch/lYmXzOvapOi,
http://www.playvid.com/watch/kaVfpWbPVZU, http://www.playvid.com/watch/hPihScOHr7O, http://www.playvid.com/watch/i9ehemVsjx2,
http://www.playvid.com/watch/6PdqyJ6Gifa, http://www.playvid.com/watch/q-0PYTwPau3, http://www.playvid.com/watch/JFBsCOWV6QG,
http://www.playvid.com/watch/GU8hBIFYb8Y, http://www.playvid.com/watch/0yxMehiWTXm, http://www.playvid.com/watch/v8iJ9MCJQab,
http://www.playvid.com/watch/BNKVYtgAFeJ, http://www.playvid.com/watch/bO3iKxau0pP, http://www.playvid.com/watch/KbqqocN0yb7,
http://www.playvid.com/watch/fQl87mCYTR2, http://www.playvid.com/watch/UWzfgl8i3rF, http://www.playvid.com/watch/5rjmLtuom84,
http://www.playvid.com/watch/rvotEXPqNot, http://www.playvid.com/watch/cokHP7IcE9u, http://www.playvid.com/watch/TZsiVH5N3bL,
http://www.playvid.com/watch/iAO9MdOmtFL, http://www.playvid.com/watch/aiJerLEbPiy, http://www.playvid.com/watch/lM6cTZlkdUY,
http://www.playvid.com/watch/95lUfSzUplW, http://www.playvid.com/watch/hbLS86o5pZT, http://www.playvid.com/watch/SNJhUN3D3v3,
http://www.playvid.com/watch/c7PfQsKt6CL, http://www.playvid.com/watch/36BMRxeYP8n, http://www.playvid.com/watch/-Rn66CgN3eH,
http://www.playvid.com/watch/Mioi9JUsgYY, http://www.playvid.com/watch/Nqwpydl3gKQ, http://www.playvid.com/watch/5hegLUs73wc,
http://www.playvid.com/watch/BImNwj5-D9a, http://www.playvid.com/watch/AyOmVvZmQYi, http://www.playvid.com/watch/L7MTir8OO9O,
http://www.playvid.com/watch/yebjpgXdc6d, http://www.playvid.com/watch/FpvqvmdN5jy, http://www.playvid.com/watch/Fx8vEO4JZUh,
http://www.playvid.com/watch/TgG4lWzpt8K, http://www.playvid.com/watch/zVD3cvulimb, http://www.playvid.com/watch/N9phZhUHAbI,
http://www.playvid.com/watch/BS5Bin4d6s3, http://www.playvid.com/watch/JizzXZ7dmzh, http://www.playvid.com/watch/cWBG4t33t46,
http://www.playvid.com/watch/MkpuE2nr4ET, http://www.playvid.com/watch/zGHyGpGeUsC, http://www.playvid.com/watch/btdEJfzuZnz,
http://www.playvid.com/watch/4UY8Sze2BKk, http://www.playvid.com/watch/H2jT0K5WVep, http://www.playvid.com/watch/BLoroDHco7E,
http://www.playvid.com/watch/oGro-vULshH, http://www.playvid.com/watch/RFoGrxHBwR0, http://www.playvid.com/watch/gKZTtQf6tVs,
http://www.playvid.com/watch/E2vDWMlvY5A, http://www.playvid.com/watch/2FA3JCUB2gF, http://www.playvid.com/watch/J6aHqSYEJYX,
http://www.playvid.com/watch/SMoUsUpey3h, http://www.playvid.com/watch/7W6HcGEVrbH, http://www.playvid.com/watch/iCanuyLEhAg,
http://www.playvid.com/watch/-hfvBRkjaVf, http://www.playvid.com/watch/jkMtWU5qXvz, http://www.playvid.com/watch/K0WCJ0IsKZb,
http://www.playvid.com/watch/9-FruYFgvuT, http://www.playvid.com/watch/kWoKVLXBUT2, http://www.playvid.com/watch/NxviA4njhCZ,
http://www.playvid.com/watch/Tw2sg-bdzfK, http://www.playvid.com/watch/YlJYmomktcp, http://www.playvid.com/watch/phwC609cKyc,
http://www.playvid.com/watch/2bB4bF7cj-x, http://www.playvid.com/watch/55U-wMzcs-d, http://www.playvid.com/watch/5yQS5U-Qq2z,
http://www.playvid.com/watch/fMQ7bgE3qHX, http://www.playvid.com/watch/LV2pVj-mTZ3, http://www.playvid.com/watch/Nqbmlllm455,
http://www.playvid.com/watch/jFdVNQKFAIH, http://www.playvid.com/watch/XP5tAgWlSPN, http://www.playvid.com/watch/X9B45dz34dQ,
http://www.playvid.com/watch/BBINwIQqwPI, http://www.playvid.com/watch/LfwvFNCOQz9, http://www.playvid.com/watch/aogMxaUmqIm,
http://www.playvid.com/watch/rrJub8JrHfM, http://www.playvid.com/watch/DoOOs74WP5m, http://www.playvid.com/watch/xOknZhnKJum,
http://www.playvid.com/watch/NK-fAdWNPSU, http://www.playvid.com/watch/ZCW6fmvR36c, http://www.playvid.com/watch/iBipHgprDPA,
http://www.playvid.com/watch/cDVyXNPjaje, http://www.playvid.com/watch/8gUie923oWU, http://www.playvid.com/watch/agCFBFBVnq3,
http://www.playvid.com/watch/iRCyIoTgp9e, http://www.playvid.com/watch/bh0QWSbx0hc, http://www.playvid.com/watch/JI-hkOJbTwV,
http://www.playvid.com/watch/7TwpdK8XQ2p, http://www.playvid.com/watch/OWWVkjxnmEA, http://www.playvid.com/watch/ZDQSEcwZZLZ,
http://www.playvid.com/watch/cOKuGK9RyhJ, http://www.playvid.com/watch/Gpbd9cwWLiY, http://www.playvid.com/watch/nzONdKdLdu-,
http://www.playvid.com/watch/C3OVCt6j-8R, http://www.playvid.com/watch/NDOkyGLsItt, http://www.playvid.com/watch/vG6rpCo0Tl7,
http://www.playvid.com/watch/D48a35KpPvI, http://www.playvid.com/watch/m6ti4p5GoB4, http://www.playvid.com/watch/Ok2bij5raC7,
http://www.playvid.com/watch/ZU2Kjk43nKr, http://www.playvid.com/watch/ytTNP9xWffQ, http://www.playvid.com/watch/sFIxr8h7TCS,
http://www.playvid.com/watch/cefUtjekxkr, http://www.playvid.com/watch/nf7BQr3KyXA, http://www.playvid.com/watch/sR3DR84igvr,
http://www.playvid.com/watch/Lu8tTioTCOD, http://www.playvid.com/watch/gdb8xV5tZbB, http://www.playvid.com/watch/LHA3xZpQZBi,
http://www.playvid.com/watch/XLuy2NBcoFp, http://www.playvid.com/watch/hd9bBCn0dge, http://www.playvid.com/watch/FBN3KHnqq5w,
http://www.playvid.com/watch/VDj4JRmXhPy, http://www.playvid.com/watch/sY28TNQktic, http://www.playvid.com/watch/W-eaCTiCS08,
http://www.playvid.com/watch/sR46kIq6EWJ, http://www.playvid.com/watch/7p4wzPpydEB, http://www.playvid.com/watch/tsaevxidgWi,
http://www.playvid.com/watch/khLPLjfvDlT, http://www.playvid.com/watch/S2aSZsiGFGq, http://www.playvid.com/watch/VmuwZTQTuc0,
http://www.playvid.com/watch/CF66jPa4NXH, http://www.playvid.com/watch/qQgqo6XC4uY, http://www.playvid.com/watch/jHMtR6nhCTc,
http://www.playvid.com/watch/9rjXdw8WVPX, http://www.playvid.com/watch/gTI6KDlw3iT, http://www.playvid.com/watch/Hghy4vwNUBT,
http://www.playvid.com/watch/N4pC2g-GN8-, http://www.playvid.com/watch/V-ku2drw0up, http://www.playvid.com/watch/cpRU5Vl-pQh,
http://www.playvid.com/watch/VKl2SKUd8yY, http://www.playvid.com/watch/78jN2rd8QNN, http://www.playvid.com/watch/Y0EwrCeXUd2,
http://www.playvid.com/watch/JizmOaRVSmG, http://www.playvid.com/watch/PmGfBwakRAl, http://www.playvid.com/watch/-0Ad3vKjtbY,
http://www.playvid.com/watch/qHNxD788gLF, http://www.playvid.com/watch/Q0kVJBRwZye, http://www.playvid.com/watch/IIrRwIiqBOJ,
http://www.playvid.com/watch/x2BfVbQvNk2, http://www.playvid.com/watch/gsNlcSzuteb, http://www.playvid.com/watch/K4k98Wbod24,
http://www.playvid.com/watch/Ut0lJbViKfV, http://www.playvid.com/watch/R5Lu54iLmkJ, http://www.playvid.com/watch/pYvfAmc9UGj,
http://www.playvid.com/watch/VKcxnsy45OG, http://www.playvid.com/watch/oYGJoxiXtIq, http://www.playvid.com/watch/ltPtDK9cv8h,
http://www.playvid.com/watch/L2TisYIUEWr, http://www.playvid.com/watch/UHenuRKdFjM, http://www.playvid.com/watch/sNfx7ybIo33,
http://www.playvid.com/watch/JSCqWVwdlMK, http://www.playvid.com/watch/pECOyFdmyB0, http://www.playvid.com/watch/hKCYhgiuS0c,
http://www.playvid.com/watch/EOEepPQBfvt, http://www.playvid.com/watch/0DavAFbRgbd, http://www.playvid.com/watch/fMpJLenjQ9M,
http://www.playvid.com/watch/8oO7QSz6oQM, http://www.playvid.com/watch/MknPhleNlTq, http://www.playvid.com/watch/Eb8B-YEfbIj,
http://www.playvid.com/watch/ZsL69jjdJ62, http://www.playvid.com/watch/PuvzmVaAysZ, http://www.playvid.com/watch/2vhY53PYijq,
http://www.playvid.com/watch/Co2Wjyd-6Y9, http://www.playvid.com/watch/VVbJZW3pUCt, http://www.playvid.com/watch/M4ZygkGjzJd,
http://www.playvid.com/watch/jr8OicNGm6D, http://www.playvid.com/watch/jHE6yAHSBiN, http://www.playvid.com/watch/dyIfai7nomG,
http://www.playvid.com/watch/838dBQYuOOO, http://www.playvid.com/watch/B2hhOF9yZnB, http://www.playvid.com/watch/dL0ubxP-LuH,
http://www.playvid.com/watch/BkuDp4b8ft-, http://www.playvid.com/watch/rSY4UopGEse, http://www.playvid.com/watch/WQKZbWmM4pD,
http://www.playvid.com/watch/PyqwI0y4gMd, http://www.playvid.com/watch/Q7wvw3VzYq6, http://www.playvid.com/watch/Xje7A9zkzCH,
http://www.playvid.com/watch/DSsb57xoWTf, http://www.playvid.com/watch/abbHVT49d8J, http://www.playvid.com/watch/mbbLv8sAxDo,
http://www.playvid.com/watch/w-nQXRNOn-E, http://www.playvid.com/watch/Z77XZZcX0mp, http://www.playvid.com/watch/FTzP9N7iXHF,
http://www.playvid.com/watch/xfLFmpaFton, http://www.playvid.com/watch/yredZmwV7EH, http://www.playvid.com/watch/L3iLVqHafnC,
http://www.playvid.com/watch/WnLTdohXWxn, http://www.playvid.com/watch/L2WbhSiy3Ur, http://www.playvid.com/watch/xcMnK6tX0bE,
http://www.playvid.com/watch/XnHhIx-FKZ4, http://www.playvid.com/watch/GMZeTOISeEB, http://www.playvid.com/watch/JNFbUQBiOvQ,
http://www.playvid.com/watch/N5w0HILzwy8, http://www.playvid.com/watch/cOaDa32RDNI, http://www.playvid.com/watch/ijJXqRqiRQa,
http://www.playvid.com/watch/A0cwZvndbvc, http://www.playvid.com/watch/prIUzyX2-WZ, http://www.playvid.com/watch/MEXRz-ARemB,
http://www.playvid.com/watch/oAUyJ8UGuUL, http://www.playvid.com/watch/4ykYpbI-8CF, http://www.playvid.com/watch/M4dn0rhasfq,
http://www.playvid.com/watch/OkIoSgePRe7, http://www.playvid.com/watch/QwfMSu3xiRr, http://www.playvid.com/watch/mA5o359-mn5,
http://www.playvid.com/watch/g6WoPCRRRX2, http://www.playvid.com/watch/LmszpwczAXG, http://www.playvid.com/watch/-pIWgCTfxgo,
http://www.playvid.com/watch/G9VVcuMKE3i, http://www.playvid.com/watch/J3GVRnLbwAS, http://www.playvid.com/watch/hr5PaAsNB2-,
http://www.playvid.com/watch/JrM7HYjAeyJ, http://www.playvid.com/watch/ZfsmXIxSPkF, http://www.playvid.com/watch/VSnIESEo9by,
http://www.playvid.com/watch/BDvKk246DJj, http://www.playvid.com/watch/p298LYYlbnY, http://www.playvid.com/watch/26K9aASI892,
http://www.playvid.com/watch/Fy8oeJApKxV, http://www.playvid.com/watch/PJbkkmFnqUT, http://www.playvid.com/watch/jxWAdnZYks2,
http://www.playvid.com/watch/8aigQ6AfScl, http://www.playvid.com/watch/MjifgEBzSEe, http://www.playvid.com/watch/bpKc8gFUKGZ,
http://www.playvid.com/watch/2cibRPNRg4x, http://www.playvid.com/watch/2l5yPk3Lz8T, http://www.playvid.com/watch/EciRCa9UtoK,
http://www.playvid.com/watch/YhmTMczKqU4, http://www.playvid.com/watch/wOGYTGCiNSx, http://www.playvid.com/watch/KAFPA4mo5lm,
http://www.playvid.com/watch/Mx5oCP08wet, http://www.playvid.com/watch/tusR7yj-IBz, http://www.playvid.com/watch/uuFsfwR0TAC,
http://www.playvid.com/watch/Ss2oMwvRbnA, http://www.playvid.com/watch/sUEbFmT8jCB, http://www.playvid.com/watch/vqvUuQzMLdl,
http://www.playvid.com/watch/HwndcUQEHx9, http://www.playvid.com/watch/eb3tsFQZlLd, http://www.playvid.com/watch/OyMI5MSIhi0,
http://www.playvid.com/watch/rD5PG3AoCoC, http://www.playvid.com/watch/VVwKhvuNymi, http://www.playvid.com/watch/UBSKRpWEOIM,
http://www.playvid.com/watch/LX0OIscv3id, http://www.playvid.com/watch/2WVEZhsMzJu, http://www.playvid.com/watch/07KJXKTFoXk,
http://www.playvid.com/watch/WV5ISN83aP-, http://www.playvid.com/watch/4m25rGdcNLC, http://www.playvid.com/watch/4MRuyq2AJlI,
http://www.playvid.com/watch/hDWp8JL9yDh, http://www.playvid.com/watch/ota2AmbWgFc, http://www.playvid.com/watch/G4z070jUaiL,
http://www.playvid.com/watch/DefVcEvm9mv, http://www.playvid.com/watch/VblJ-bK982k, http://www.playvid.com/watch/ZvygPCLoTep,
http://www.playvid.com/watch/AzV4VHi0krE, http://www.playvid.com/watch/hApNPz0wJr5, http://www.playvid.com/watch/0xfPgKfabEt,
http://www.playvid.com/watch/qpD0BChL4jr, http://www.playvid.com/watch/HYDpFAWKbr8, http://www.playvid.com/watch/V2dtb8dhUaJ,
http://www.playvid.com/watch/Vu3MYxZCsFf, http://www.playvid.com/watch/8qHiZjs-TIG, http://www.playvid.com/watch/jFJ5M7VuEf2,
http://www.playvid.com/watch/9fDh3WE7FgB, http://www.playvid.com/watch/sRC8CFkavqg, http://www.playvid.com/watch/qS4SWq7riYx,
http://www.playvid.com/watch/ZTeWECuXA6P, http://www.playvid.com/watch/fCFsV2aRHqZ, http://www.playvid.com/watch/3WtqZnT6q5-,
http://www.playvid.com/watch/797PyFagbXY, http://www.playvid.com/watch/S6y0uGwy7tQ, http://www.playvid.com/watch/b6oLY38r7Nt,
http://www.playvid.com/watch/lwf4dAMoCsl, http://www.playvid.com/watch/3DfpaXeeOnL, http://www.playvid.com/watch/cO2EM8-yoHJ,
http://www.playvid.com/watch/GJTJfHZaH3e, http://www.playvid.com/watch/ZFVhPCaBPhY, http://www.playvid.com/watch/TUGNSH7H8sg,
http://www.playvid.com/watch/tVnXyKAWZc3, http://www.playvid.com/watch/WohFrrTwx9J, http://www.playvid.com/watch/ybGR8VcRg5o,
http://www.playvid.com/watch/0tP9CQ-0Vsj, http://www.playvid.com/watch/sKiTsaXgSe2, http://www.playvid.com/watch/CC8RXG5YtpS,

http://www.playvid.com/watch/iTnHL8IS8hx, http://www.playvid.com/watch/MRZxHILh5GK, http://www.playvid.com/watch/LcVmHE0UJZm,
http://www.playvid.com/watch/jAV-XVh55Kk, http://www.playvid.com/watch/AHtGk6edfWM, http://www.playvid.com/watch/abkw8Cjk4bG,
http://www.playvid.com/watch/6MAu5MwTE38, http://www.playvid.com/watch/vJ9SZOKvUVj, http://www.playvid.com/watch/hGe9zDICGz5,
http://www.playvid.com/watch/ZnT2VKmoj-e, http://www.playvid.com/watch/Eey3q6z7t-p, http://www.playvid.com/watch/BRFMUSxJcBU,
http://www.playvid.com/watch/CfcGZpPVA70, http://www.playvid.com/watch/8Oe4FQ3ArWX, http://www.playvid.com/watch/9RQLPnA8R0m,
http://www.playvid.com/watch/dNdxcRQa6jl, http://www.playvid.com/watch/7387KYvrvRI, http://www.playvid.com/watch/u9p-pV25ScC,
http://www.playvid.com/watch/RIdlH7RVIri, http://www.playvid.com/watch/3DDhpSpoPzp, http://www.playvid.com/watch/LbuOMCOjT2F,
http://www.playvid.com/watch/cHP67ovktjk, http://www.playvid.com/watch/eakVvYgoeKx, http://www.playvid.com/watch/BfjdzcqhtbP,
http://www.playvid.com/watch/nQQ7lakGHfR, http://www.playvid.com/watch/ICU8v3VtpFP, http://www.playvid.com/watch/xfaKBSu0OWX,
http://www.playvid.com/watch/jCsFjbXu6Az, http://www.playvid.com/watch/QsenTzRN6KB, http://www.playvid.com/watch/KBdlScfTVUD,
http://www.playvid.com/watch/ltiMV3AbPMZ, http://www.playvid.com/watch/a-E6n6GHI3t, http://www.playvid.com/watch/YXvlmYLrrVf,
http://www.playvid.com/watch/KulYXJXOgDe, http://www.playvid.com/watch/MSbBu6iPdO7, http://www.playvid.com/watch/WKG2RZMBLfL,
http://www.playvid.com/watch/H-DDgrLEaEM, http://www.playvid.com/watch/dBaCtR8pM6v, http://www.playvid.com/watch/Z0Kae8gF4Vk,
http://www.playvid.com/watch/jr-9OHd2Rne, http://www.playvid.com/watch/CauR5IskEhv, http://www.playvid.com/watch/Y-RNEsvS3z5,
http://www.playvid.com/watch/vpgSYDRyzgp, http://www.playvid.com/watch/LKmhH8MKtFj, http://www.playvid.com/watch/lngyNIGecaH,
http://www.playvid.com/watch/LR8kfqAkDOV, http://www.playvid.com/watch/otEn3DqsiJL, http://www.playvid.com/watch/0ad8AHPpMax,
http://www.playvid.com/watch/np8EJjNUIQL, http://www.playvid.com/watch/z7qQIlmokSD, http://www.playvid.com/watch/eakuGz90FjM,
http://www.playvid.com/watch/hfH75VNvMMU, http://www.playvid.com/watch/RExixHID-dq, http://www.playvid.com/watch/fD6EwytOyyK,
http://www.playvid.com/watch/Z--2A8-xifH, http://www.playvid.com/watch/VInVEUpsUnD, http://www.playvid.com/watch/i-kOP6JMQZu,
http://www.playvid.com/watch/eHyAXi-2nwi, http://www.playvid.com/watch/bZVGeJ6f0xq, http://www.playvid.com/watch/mR0atd3v3u7,
http://www.playvid.com/watch/bYvpbqyI4zI, http://www.playvid.com/watch/dT9mDLaaRkC, http://www.playvid.com/watch/EixlS9GcKb4,
http://www.playvid.com/watch/MYICNOHRIXe, http://www.playvid.com/watch/GLksieLfBxo, http://www.playvid.com/watch/rdH3UakFmmt,
http://www.playvid.com/watch/QhHSH446Myh, http://www.playvid.com/watch/uBvr8ycemUq, http://www.playvid.com/watch/LzUDwDdFsss,
http://www.playvid.com/watch/7JeNbTENVYY, http://www.playvid.com/watch/vGqAaz4KD2n, http://www.playvid.com/watch/JJC7Yljc0yP,
http://www.playvid.com/watch/iPXVSY4CAlC, http://www.playvid.com/watch/HYNPXtiwrkQ, http://www.playvid.com/watch/greXSNiv0WO,
http://www.playvid.com/watch/Qmeny9qesWh, http://www.playvid.com/watch/UKeSWkAVqBR, http://www.playvid.com/watch/X7hdLsuJBnm,
http://www.playvid.com/watch/LEwrORRDx8V, http://www.playvid.com/watch/MB6mwbnFrS9, http://www.playvid.com/watch/IaHNfU6DeN4,
http://www.playvid.com/watch/BCc4x2dvnqZ, http://www.playvid.com/watch/4vRpEfPHRdf, http://www.playvid.com/watch/gMmlzQyqAlK,
http://www.playvid.com/watch/irCQdiXcGhY, http://www.playvid.com/watch/3Ns6FVvFGvo, http://www.playvid.com/watch/ZABcKE5p6Sb,
http://www.playvid.com/watch/TYlRRUAQcF2, http://www.playvid.com/watch/HyL6FCKcn8G, http://www.playvid.com/watch/rkAAwdmbnR-,
http://www.playvid.com/watch/TSKigJ3Vf9E, http://www.playvid.com/watch/PqKUlmCCf2u, http://www.playvid.com/watch/mv69TsQK0YY,
http://www.playvid.com/watch/FZkUdHV63Bh, http://www.playvid.com/watch/xWSMv3j63HM, http://www.playvid.com/watch/tUX9EmJlyC0,
http://www.playvid.com/watch/uU3YWS8pNSc, http://www.playvid.com/watch/9oZNhluH0ot, http://www.playvid.com/watch/gRmtG8YNtzG,
http://www.playvid.com/watch/5GbmZAItX3L, http://www.playvid.com/watch/2Y3bTLYRI9w, http://www.playvid.com/watch/aUfAhiSkhVj,
http://www.playvid.com/watch/fGKylCrYR7i, http://www.playvid.com/watch/zZJf20OZx3t, http://www.playvid.com/watch/on9f-sjMcxw,
http://www.playvid.com/watch/WTxuRuPuvou, http://www.playvid.com/watch/GrIEqKL035V, http://www.playvid.com/watch/AJiC5rCizhp,
http://www.playvid.com/watch/Etthfgc7v6-, http://www.playvid.com/watch/vWU6BeWms4g, http://www.playvid.com/watch/Dcqou6cAOqo,
http://www.playvid.com/watch/xeHDrJYx50L, http://www.playvid.com/watch/QZi8J6ChIfz, http://www.playvid.com/watch/Ea78zPnL3My,
http://www.playvid.com/watch/qp2Qi3jGgXp, http://www.playvid.com/watch/G8JOCafZflK, http://www.playvid.com/watch/nwuoIobVaGG,
http://www.playvid.com/watch/uOVt9ddI3SD, http://www.playvid.com/watch/Hfw6qD6uBNV, http://www.playvid.com/watch/t86HZYoy86x,
http://www.playvid.com/watch/a4G357IdWLp, http://www.playvid.com/watch/yx77Tq5yO3T, http://www.playvid.com/watch/nqucdLfbjR0,
http://www.playvid.com/watch/aVaNdxnkvJv, http://www.playvid.com/watch/swIaJyV66WK, http://www.playvid.com/watch/axzNBT3iL4j,
http://www.playvid.com/watch/RbOWkJvjiZE, http://www.playvid.com/watch/sWROW7LjTqW, http://www.playvid.com/watch/3fqSajAae-f,
http://www.playvid.com/watch/UYa2FAxtlp8, http://www.playvid.com/watch/Qo3joyDAqYq, http://www.playvid.com/watch/Zpyds2QG3ZJ,
http://www.playvid.com/watch/MDRRVHNw5aI, http://www.playvid.com/watch/8oqgONJpiL8, http://www.playvid.com/watch/YfaIV7SXJPP,
http://www.playvid.com/watch/wsWGZAtFnnn, http://www.playvid.com/watch/XumOA6CZhJw, http://www.playvid.com/watch/e6ym6WMq6le,
http://www.playvid.com/watch/EBeFyKLRFLH, http://www.playvid.com/watch/BHEmMLdiDg6, http://www.playvid.com/watch/m4veYyOXOZZ,
http://www.playvid.com/watch/PwWV0QPs0J9, http://www.playvid.com/watch/a4SNgjhHwgX, http://www.playvid.com/watch/kXr7GwwLKzg,
http://www.playvid.com/watch/LVHTgik0sgO, http://www.playvid.com/watch/7QXuQvwDhFz, http://www.playvid.com/watch/TN-noZHT3ux,
http://www.playvid.com/watch/Va5QqB9rDSk, http://www.playvid.com/watch/LEr5t-U2JJR, http://www.playvid.com/watch/yk8Twi9TIQw,
http://www.playvid.com/watch/mA0fK0kfWGE, http://www.playvid.com/watch/T4HeIyrTmXd, http://www.playvid.com/watch/rfciXjVwFFT,
http://www.playvid.com/watch/S49rJWMyrcR, http://www.playvid.com/watch/4w5HBWxKmC4, http://www.playvid.com/watch/gStqAfc6tKU,
http://www.playvid.com/watch/YfF5mXL5oQm, http://www.playvid.com/watch/hFqRGKWE7O3, http://www.playvid.com/watch/Rym2b3NJU8Z,
http://www.playvid.com/watch/qqE78yYD2kB, http://www.playvid.com/watch/mla7GQcZDbJ, http://www.playvid.com/watch/ZKMVjKXL7ku,
http://www.playvid.com/watch/3NE5EkHKh8Q, http://www.playvid.com/watch/VQEzrIJZsBA, http://www.playvid.com/watch/D36yyPbOF9s,
http://www.playvid.com/watch/6rAhvHZFQUl, http://www.playvid.com/watch/V8PBGY9i036, http://www.playvid.com/watch/zfLCzOkEFOR,
http://www.playvid.com/watch/X8po-b2QMiT, http://www.playvid.com/watch/7e9b3mHZeTa, http://www.playvid.com/watch/Ad56eteMSBR,
http://www.playvid.com/watch/T450uQaWtEt, http://www.playvid.com/watch/RLMJWcNeOQg, http://www.playvid.com/watch/DwIoQ64bpGZ,
http://www.playvid.com/watch/urgi5CWgMbp, http://www.playvid.com/watch/HkAsoh2tVRN, http://www.playvid.com/watch/7SdCBbTtRm3,
http://www.playvid.com/watch/thme4yuVJHe, http://www.playvid.com/watch/xnui9ZzIcYP, http://www.playvid.com/watch/xNLGMbQAJXL,
http://www.playvid.com/watch/-cqimUUZWit, http://www.playvid.com/watch/i5msF-nlvqC, http://www.playvid.com/watch/kNEt2cLzVuc,
http://www.playvid.com/watch/82p599kMKQ-, http://www.playvid.com/watch/2BltxJ726VS, http://www.playvid.com/watch/LR4Khp4dzDe,
http://www.playvid.com/watch/pg3JD44hU2D, http://www.playvid.com/watch/Z0KMUD3uxtg, http://www.playvid.com/watch/RGuSET4OPGa,
http://www.playvid.com/watch/JtMkAH67agB, http://www.playvid.com/watch/Ft63DBfJZ0a, http://www.playvid.com/watch/3zgDcAxBCCs,
http://www.playvid.com/watch/HSmxGpJibvU, http://www.playvid.com/watch/nSygiBSqjLs, http://www.playvid.com/watch/nA3VtEMGALF,
http://www.playvid.com/watch/0gPYbC6mdgq, http://www.playvid.com/watch/q9v9FV5hgXl, http://www.playvid.com/watch/P6pQjv6IdSZ,
http://www.playvid.com/watch/fhNBevF4A2C, http://www.playvid.com/watch/ArZW-xjkt3k, http://www.playvid.com/watch/fVjOG2h83-X,
http://www.playvid.com/watch/wGVBDp6Q33Z, http://www.playvid.com/watch/t9qOLLGMWWV, http://www.playvid.com/watch/GKNojIZfa0L,
http://www.playvid.com/watch/NG4907DiJEz, http://www.playvid.com/watch/GyqCDEhZT0G, http://www.playvid.com/watch/ytO65Hnjl9w,
http://www.playvid.com/watch/qU-fNe0jsQP, http://www.playvid.com/watch/POse4Zz5tjx, http://www.playvid.com/watch/J9ZaIo8qqTH,
http://www.playvid.com/watch/TsgOqdHRUzH, http://www.playvid.com/watch/gq0lwRfo4hr, http://www.playvid.com/watch/0EQ2WHldKnO,
http://www.playvid.com/watch/Wpmw72sTBSU, http://www.playvid.com/watch/AQXnis73ESx, http://www.playvid.com/watch/dhVpGqxJFxo,
http://www.playvid.com/watch/6zEheBdBTVj, http://www.playvid.com/watch/tsZCbz4psOf, http://www.playvid.com/watch/g-covhr7Eal,
http://www.playvid.com/watch/TrHgqCHYQar, http://www.playvid.com/watch/6zzUt4Vcoec, http://www.playvid.com/watch/kmkFH4YOSxE,
http://www.playvid.com/watch/XJBhEz3P7Uj, http://www.playvid.com/watch/NHNeDuIeXs7, http://www.playvid.com/watch/qDaSjTCFLvK,
http://www.playvid.com/watch/CylH8AKqlX7, http://www.playvid.com/watch/8UvNqKTYH2E, http://www.playvid.com/watch/ZMBGLor49EW,
http://www.playvid.com/watch/gOp3UT4P788, http://www.playvid.com/watch/ngNlX3vrlNQ, http://www.playvid.com/watch/82iFKMTSxFO,
http://www.playvid.com/watch/FoY-sEvOG4f, http://www.playvid.com/watch/zvECna5EuW3, http://www.playvid.com/watch/Au39UrVjzYI,
http://www.playvid.com/watch/C36QghsKlUE, http://www.playvid.com/watch/ynahWLZKJ7F, http://www.playvid.com/watch/cquCzdV0Yja,
http://www.playvid.com/watch/STyHbBA7B5S, http://www.playvid.com/watch/CHFr-TMVyLn, http://www.playvid.com/watch/pbHArsYWj9p,
http://www.playvid.com/watch/BcKlAmFx2um, http://www.playvid.com/watch/rwI9osiwN5G, http://www.playvid.com/watch/aX4HOHQGtFk,
http://www.playvid.com/watch/o7bfjrAVoyW, http://www.playvid.com/watch/cUSdip0Nhro, http://www.playvid.com/watch/5jcEefoYCcp,
http://www.playvid.com/watch/4uAHQ2TdgqH, http://www.playvid.com/watch/a6EaPE44sK7, http://www.playvid.com/watch/byts-JLzwRD,
http://www.playvid.com/watch/YSiCkxuPNPL, http://www.playvid.com/watch/u-rtvO-yqjB, http://www.playvid.com/watch/Huclf33NxNd,
http://www.playvid.com/watch/TXJIt88it2V, http://www.playvid.com/watch/DPgtmLq2RhU, http://www.playvid.com/watch/F8UmcZGLPtj,
http://www.playvid.com/watch/8eKPso2ByNS, http://www.playvid.com/watch/UnIqY5p8NTt, http://www.playvid.com/watch/HE3cq-tg-un,
http://www.playvid.com/watch/iuyzuOsiyQn, http://www.playvid.com/watch/OI78QSsHEX2, http://www.playvid.com/watch/rwdm5UC5O-6,
http://www.playvid.com/watch/P9B2tUFTJvK, http://www.playvid.com/watch/3TmvZud6ONk, http://www.playvid.com/watch/B-Qpthh-Trc,
http://www.playvid.com/watch/6W9iHWeCQMV, http://www.playvid.com/watch/ldJHSFVHbbw, http://www.playvid.com/watch/JbdjZfpPGhI,
http://www.playvid.com/watch/yx2huT9lqWE, http://www.playvid.com/watch/QalAWn9jl-d, http://www.playvid.com/watch/uq8yqoUGiJd,
http://www.playvid.com/watch/LLb9pIsWmVd, http://www.playvid.com/watch/brlKmNKE-kW, http://www.playvid.com/watch/u8S5komn6Rx,
http://www.playvid.com/watch/rFyU0BkTi0M, http://www.playvid.com/watch/HYohNbQY7On, http://www.playvid.com/watch/O4GnyJKmOkZ,
http://www.playvid.com/watch/SacFNLZMjMN, http://www.playvid.com/watch/HFZJnQC-wuI, http://www.playvid.com/watch/v0OqhcFzvTq,
http://www.playvid.com/watch/BlUDtEozBN7, http://www.playvid.com/watch/xFGSnHZThoH, http://www.playvid.com/watch/bcOqB06jiIj,
http://www.playvid.com/watch/L6ciwimoOdE, http://www.playvid.com/watch/Adp5YWBWhbP, http://www.playvid.com/watch/Ngqyrxjy8m-,
http://www.playvid.com/watch/2eM0fCVnRTL, http://www.playvid.com/watch/37BERW--Cuq, http://www.playvid.com/watch/8jtgp2NNBEs,

http://www.playvid.com/watch/zJWIFr7QCa8, http://www.playvid.com/watch/47UV5BfAfVI, http://www.playvid.com/watch/APmR9DleWPr,
http://www.playvid.com/watch/8hp5BBrMaqs, http://www.playvid.com/watch/pUmT8M94uNG, http://www.playvid.com/watch/XE43eiQBTnq,
http://www.playvid.com/watch/bhJux0eV5it, http://www.playvid.com/watch/bDt4igbMrVX, http://www.playvid.com/watch/hpKlHXZRlrG,
http://www.playvid.com/watch/iZ04SQystlx, http://www.playvid.com/watch/yW3jv4a9wOI, http://www.playvid.com/watch/nwEd9e-2gZW,
http://www.playvid.com/watch/gp22WnTINqA, http://www.playvid.com/watch/waptqPR8Xfr, http://www.playvid.com/watch/0XzIMyMznay,
http://www.playvid.com/watch/6s5jPzCSYXV, http://www.playvid.com/watch/cdw-Q-V35FG, http://www.playvid.com/watch/EDrwLOKpgrx,
http://www.playvid.com/watch/Dv5ExhPCCmS, http://www.playvid.com/watch/9gWaEEmQimV, http://www.playvid.com/watch/i96yXgyckI9,
http://www.playvid.com/watch/FTmyZaD9rIg, http://www.playvid.com/watch/R-H2-PWxdZr, http://www.playvid.com/watch/B8Y-HDbIogC,
http://www.playvid.com/watch/ZkaX-ElAf8l, http://www.playvid.com/watch/ybjbbuI7YCz, http://www.playvid.com/watch/rj4erhR2n5N,
http://www.playvid.com/watch/n9s9OFxqI2n, http://www.playvid.com/watch/4gUkdGmqsBp, http://www.playvid.com/watch/hsvgRPijNvh,
http://www.playvid.com/watch/9mqzyosxzEK, http://www.playvid.com/watch/hJIvL5HsKJF, http://www.playvid.com/watch/mBl7hgDunp7,
http://www.playvid.com/watch/OJrBeTSGRlY, http://www.playvid.com/watch/gI0CcSLfOMw, http://www.playvid.com/watch/FM3PG6SXeNZ,
http://www.playvid.com/watch/axFdcwVepLW, http://www.playvid.com/watch/IbuH2ySPuT3, http://www.playvid.com/watch/bCtAJATvOpZ,
http://www.playvid.com/watch/RrFlJpI06x3, http://www.playvid.com/watch/hkfGMhZwAc3, http://www.playvid.com/watch/Pec54yllfsU,
http://www.playvid.com/watch/lEP2l7EgYDq, http://www.playvid.com/watch/ll3xLNKusVf, http://www.playvid.com/watch/253jIa0HP3F,
http://www.playvid.com/watch/WBS-TBOrVI0, http://www.playvid.com/watch/VCAUi8YanMK, http://www.playvid.com/watch/qKNpFdnWnTO,
http://www.playvid.com/watch/Nu2F-v-ddVj, http://www.playvid.com/watch/jUf5KcFeuDl, http://www.playvid.com/watch/qeXubAFLRkU,
http://www.playvid.com/watch/kZclyJKdyMF, http://www.playvid.com/watch/dzbA3CDPTz8, http://www.playvid.com/watch/nyqb86G0cRJ,
http://www.playvid.com/watch/tXKdlCq5cRY, http://www.playvid.com/watch/mKxrcCEaItr, http://www.playvid.com/watch/5n6vUJn3Ewa,
http://www.playvid.com/watch/uKpk2Uy6ZIV, http://www.playvid.com/watch/uAfWs5EF5Fd, http://www.playvid.com/watch/dVCFCUDZHP0,
http://www.playvid.com/watch/w-0botEdYPl, http://www.playvid.com/watch/47hkfyiGpY5, http://www.playvid.com/watch/6ryWKvUJ0eY,
http://www.playvid.com/watch/miRK-uE6PlZ, http://www.playvid.com/watch/KCE0Tg9Nl-b, http://www.playvid.com/watch/ExHFiJlAKIz,
http://www.playvid.com/watch/9IMgdj7pfZT, http://www.playvid.com/watch/9L7vKydSU0N, http://www.playvid.com/watch/EdWqvNWCoIE,
http://www.playvid.com/watch/V6pjV6LgFBD, http://www.playvid.com/watch/LPqR7uq32jX, http://www.playvid.com/watch/ytsi5pdYI3F,
http://www.playvid.com/watch/CUMRsLH9zmm, http://www.playvid.com/watch/Mtsxe5QAYPy, http://www.playvid.com/watch/InVVJH5w3KX,
http://www.playvid.com/watch/aCF76LYbMB4, http://www.playvid.com/watch/IfxIctsAIfH, http://www.playvid.com/watch/Q6eJSfX4X2M,
http://www.playvid.com/watch/sLdSWzeW0xf, http://www.playvid.com/watch/UMx8jeddNIc, http://www.playvid.com/watch/4OxAEGemHje,
http://www.playvid.com/watch/tWylnbpe2n5, http://www.playvid.com/watch/ExXybSHQnQU, http://www.playvid.com/watch/7WQVtq0khhG,
http://www.playvid.com/watch/MHy3hIAUbL2, http://www.playvid.com/watch/7xqIsABBoFW, http://www.playvid.com/watch/nYAMpebvwHY,
http://www.playvid.com/watch/hFOSlr8Q3HM, http://www.playvid.com/watch/t8NSeQOAgcu, http://www.playvid.com/watch/CHoZQhKMMEq,
http://www.playvid.com/watch/wgUXxZqg3GV, http://www.playvid.com/watch/2kQRMpnFlN2, http://www.playvid.com/watch/7PbWDK6xKng,
http://www.playvid.com/watch/pfHF9bJs6Fl, http://www.playvid.com/watch/-VPahYNjfVz, http://www.playvid.com/watch/UxeQTzFaZ-M,
http://www.playvid.com/watch/8Bl2EYXq0qr, http://www.playvid.com/watch/kqB2HrDFqSz, http://www.playvid.com/watch/dn-ruvXjH1q,
http://www.playvid.com/watch/0EjaQxG4nSD, http://www.playvid.com/watch/24jjo80rAKp, http://www.playvid.com/watch/HllRTieTQXW,
http://www.playvid.com/watch/gNLydsMorr5, http://www.playvid.com/watch/FZeSg4G-kGv, http://www.playvid.com/watch/YfVPg2vn4uY,
http://www.playvid.com/watch/vaLhaQ85LBV, http://www.playvid.com/watch/tynTpGprjkN, http://www.playvid.com/watch/XHasKNJi15R,
http://www.playvid.com/watch/5BhzlxcgEsZ, http://www.playvid.com/watch/fLatQYXHypx, http://www.playvid.com/watch/XH0gCmIlYdE,
http://www.playvid.com/watch/sBhxGmaOh1h, http://www.playvid.com/watch/Ilog-Wr45Br, http://www.playvid.com/watch/geyYPRMb2ng,
http://www.playvid.com/watch/nFrrP24SoII, http://www.playvid.com/watch/9bIy2-wcbMf, http://www.playvid.com/watch/WZt4NjJr0st,
http://www.playvid.com/watch/SVfx9zf7nMF, http://www.playvid.com/watch/UPAHWe7ECCM, http://www.playvid.com/watch/27oQDotElYr,
http://www.playvid.com/watch/n22g9zrmIFH, http://www.playvid.com/watch/lqqQfiN0xzu, http://www.playvid.com/watch/FWtCR3FaxP9,
http://www.playvid.com/watch/CxA9x-GI6O7, http://www.playvid.com/watch/DRriE5oPWJa, http://www.playvid.com/watch/BUtfX9b9KIo,
http://www.playvid.com/watch/InA-1qu2Agr, http://www.playvid.com/watch/W8B3FCosViS, http://www.playvid.com/watch/9t4lOmpDtUh,
http://www.playvid.com/watch/Q7JWx3Fniu7, http://www.playvid.com/watch/R9gOv0iQSZZ, http://www.playvid.com/watch/dMSvHwFoLtw,
http://www.playvid.com/watch/wQXRts55XAF, http://www.playvid.com/watch/FN0ikRimQck, http://www.playvid.com/watch/io0RDvexpqU,
http://www.playvid.com/watch/3O5Y8kUHcW3, http://www.playvid.com/watch/l581--All4Z, http://www.playvid.com/watch/Kf3FctwMRNC,
http://www.playvid.com/watch/IUKr9MEDkuB, http://www.playvid.com/watch/q-A5AcLN0Cu, http://www.playvid.com/watch/O5YDixI50au,
http://www.playvid.com/watch/rJrSxgJXpbK, http://www.playvid.com/watch/lH-yuKeezpa, http://www.playvid.com/watch/bsMCrFz6e3n,
http://www.playvid.com/watch/I0l2jg19682, http://www.playvid.com/watch/SCef1J3cvO4, http://www.playvid.com/watch/qapEPIxM53z,
http://www.playvid.com/watch/R3acYaPHHa1, http://www.playvid.com/watch/gfS0WE8feBV, http://www.playvid.com/watch/cJYqHzCgguQ,
http://www.playvid.com/watch/SfH0460zCTD, http://www.playvid.com/watch/eJG5KY94Qd2, http://www.playvid.com/watch/ZELnyAjKEcT,
http://www.playvid.com/watch/8HBrK29cRU4, http://www.playvid.com/watch/C6Ork2o0Ti4, http://www.playvid.com/watch/L2z7lC8eM4s,
http://www.playvid.com/watch/ijhZFxfMuNt, http://www.playvid.com/watch/UdUEZYuSnzf, http://www.playvid.com/watch/qnpjXhZCnhR,
http://www.playvid.com/watch/devqdaaL2jL, http://www.playvid.com/watch/Om--bIMuF0c, http://www.playvid.com/watch/u4o96NVzF1m,
http://www.playvid.com/watch/EBzg4-eT9UT, http://www.playvid.com/watch/F09IdChOKII, http://www.playvid.com/watch/OhWFZ1UwIw4,
http://www.playvid.com/watch/J5jkUZedpyL, http://www.playvid.com/watch/EATEC5G7ijI, http://www.playvid.com/watch/EfV74eXQdvA,
http://www.playvid.com/watch/00kp37S7ywb, http://www.playvid.com/watch/ojn2mVoUtA9, http://www.playvid.com/watch/pS-x045lTvH,
http://www.playvid.com/watch/lTZegW2-DZf, http://www.playvid.com/watch/GPbNUEQpi6U, http://www.playvid.com/watch/9h68QX144WF,
http://www.playvid.com/watch/JgUiChkwiqv, http://www.playvid.com/watch/hrBmxgUth9D, http://www.playvid.com/watch/Gr0YtxrfOom,
http://www.playvid.com/watch/nD55b47W5Fz, http://www.playvid.com/watch/Zln2Y0KfhiC, http://www.playvid.com/watch/sZhFAoARMwU,
http://www.playvid.com/watch/fGHGkgty393, http://www.playvid.com/watch/tbPSxdztJDP, http://www.playvid.com/watch/FZ9Izj6BcL3,
http://www.playvid.com/watch/RQl7FvQWJq8, http://www.playvid.com/watch/TImiZ7woYJQ, http://www.playvid.com/watch/Zq4FNQ-x8UZ,
http://www.playvid.com/watch/BvwQm0bhTb4, http://www.playvid.com/watch/RXV9TBvU7FG, http://www.playvid.com/watch/ts2Eiv3NS3i,
http://www.playvid.com/watch/D53AmwYv5aS, http://www.playvid.com/watch/cAPi0lEcrVg, http://www.playvid.com/watch/2B1eqlQp8BC,
http://www.playvid.com/watch/zxy2iHhwMVn, http://www.playvid.com/watch/bkiX5vMi3Sx, http://www.playvid.com/watch/YvR1YH03Dr1,
http://www.playvid.com/watch/dWWkmE6ill9, http://www.playvid.com/watch/ky2iKhxwbIZ, http://www.playvid.com/watch/5mnfNXr5rQx,
http://www.playvid.com/watch/vlL5m0iY9Uz, http://www.playvid.com/watch/s9RszY-eZE6, http://www.playvid.com/watch/0Xso0XQharr,
http://www.playvid.com/watch/P5szjZlO2Oj, http://www.playvid.com/watch/pdSqiImC26T, http://www.playvid.com/watch/ykN5oh4SnIc,
http://www.playvid.com/watch/khJKMV58tEt, http://www.playvid.com/watch/XZdYgGJDfut, http://www.playvid.com/watch/JNInKTKm-sA,
http://www.playvid.com/watch/qMLpF6CwzUC, http://www.playvid.com/watch/c7kid1R4Sl4, http://www.playvid.com/watch/PbAyVXt7AOF,
http://www.playvid.com/watch/uEdBd3ioKcM, http://www.playvid.com/watch/JFf3h6dO18s, http://www.playvid.com/watch/bDGWMCPR-TQ,
http://www.playvid.com/watch/Cy41RYAoQv8, http://www.playvid.com/watch/-2eMaXkZPO0, http://www.playvid.com/watch/llTexbuh0jj,
http://www.playvid.com/watch/4Ytricgx3Cw, http://www.playvid.com/watch/kCBC9O5KvSN, http://www.playvid.com/watch/2U9AA-puVBG,
http://www.playvid.com/watch/ojA4CTN60jC, http://www.playvid.com/watch/XZE3idl0R7E, http://www.playvid.com/watch/EXijD6OJv0C,
http://www.playvid.com/watch/H7Qp7PorTML, http://www.playvid.com/watch/0w-gO4g2qYw, http://www.playvid.com/watch/2VfWG7FnJqK,
http://www.playvid.com/watch/iU1rFH4slg6, http://www.playvid.com/watch/6nQXslsSRr5, http://www.playvid.com/watch/ergwhMxNury,
http://www.playvid.com/watch/ls46a5t9phO, http://www.playvid.com/watch/GwTIh0jR0MS, http://www.playvid.com/watch/FnkK-3YVvMJ,
http://www.playvid.com/watch/nVFKOLatp8l, http://www.playvid.com/watch/W9N6YK-KqfV, http://www.playvid.com/watch/uCVWHzL2dUI,
http://www.playvid.com/watch/kKBEdFrggKb, http://www.playvid.com/watch/UHxcePk64RA, http://www.playvid.com/watch/wahNUkae6Zq,
http://www.playvid.com/watch/Z2BEhiiW5Aw, http://www.playvid.com/watch/kx5u2iYcgTr, http://www.playvid.com/watch/yM8FANKyuzG,
http://www.playvid.com/watch/5LbGfB1hfwD, http://www.playvid.com/watch/MiJwIQrHu68, http://www.playvid.com/watch/FUGs95gcIUd,
http://www.playvid.com/watch/B5cSqEqIhUj, http://www.playvid.com/watch/eiynoaDbNvD, http://www.playvid.com/watch/2lzVYjMtGJ8,
http://www.playvid.com/watch/nHpfhAy9zvb, http://www.playvid.com/watch/05CDxFucY6c, http://www.playvid.com/watch/pe13zOK9VZL,
http://www.playvid.com/watch/fA2NGPKWD-1, http://www.playvid.com/watch/S0kMpyS3QKd, http://www.playvid.com/watch/UUL7ArZCwJK,
http://www.playvid.com/watch/E4aHjcjCgo2, http://www.playvid.com/watch/hVXpD80Glnk, http://www.playvid.com/watch/GQpPcXT6epd,
http://www.playvid.com/watch/E4ix469KngE, http://www.playvid.com/watch/qXKQpBz9rDp, http://www.playvid.com/watch/itJI2uYr32r,
http://www.playvid.com/watch/GGEhJcHx2B5, http://www.playvid.com/watch/YSLzEu4Rv5H, http://www.playvid.com/watch/UyNur1KffmL,
http://www.playvid.com/watch/IuJHJHQ3Jth, http://www.playvid.com/watch/zezG3dIEmJr, http://www.playvid.com/watch/Bm1qeqg8lOs,
http://www.playvid.com/watch/9dx-6I7b6pJ, http://www.playvid.com/watch/Ucwk55Uc5B0, http://www.playvid.com/watch/9B3-1RPXP2f,
http://www.playvid.com/watch/I5_NBQH8lJp, http://www.playvid.com/watch/7wMrvNsVa2y, http://www.playvid.com/watch/WyN6HNEJp2Z,
http://www.playvid.com/watch/Pf5R2j2AxjY, http://www.playvid.com/watch/8lGLWfnISYM, http://www.playvid.com/watch/ExwaxZ7pOjy,
http://www.playvid.com/watch/59z9icBzfEf, http://www.playvid.com/watch/zj4LZ8IfPJX, http://www.playvid.com/watch/dOji6hCY1nm,
http://www.playvid.com/watch/qglWAnAb7ls, http://www.playvid.com/watch/sO1IStePLEV, http://www.playvid.com/watch/gZY2QKbrWFZ,
http://www.playvid.com/watch/WNE1hQjwmfI, http://www.playvid.com/watch/exwx9DGbo79, http://www.playvid.com/watch/2Y65jqKidB7,
http://www.playvid.com/watch/DKjbicZQCf9, http://www.playvid.com/watch/JmdBTTYfzjF, http://www.playvid.com/watch/XTXBY5xyq82,
http://www.playvid.com/watch/6n9ltkIG_3y, http://www.playvid.com/watch/PVN_-no-H1W, http://www.playvid.com/watch/ymKqIPUI6XJ,

http://www.playvid.com/watch/vlccRHH2t8h, http://www.playvid.com/watch/ZnP4f6xB0D4, http://www.playvid.com/watch/h5h61l9zJJj,
http://www.playvid.com/watch/SRFbuy2cq3I, http://www.playvid.com/watch/jy4GRKMUunT, http://www.playvid.com/watch/dwnCbMJz6PD,
http://www.playvid.com/watch/MA_2skTW3eC, http://www.playvid.com/watch/afTIPqhR_AR, http://www.playvid.com/watch/5pAqrqsdUJw,
http://www.playvid.com/watch/ynO-O70wAXX, http://www.playvid.com/watch/45O75iQzMXf, http://www.playvid.com/watch/4uj593maBEM,
http://www.playvid.com/watch/VbDfQrb7ug5, http://www.playvid.com/watch/SPfEWepq8bG, http://www.playvid.com/watch/uTVcFnYdVT4,
http://www.playvid.com/watch/Khwfu7mmxIe, http://www.playvid.com/watch/qG25j115-nX, http://www.playvid.com/watch/OiMtsolAknF,
http://www.playvid.com/watch/WNR7Mo4UVZu, http://www.playvid.com/watch/Ia0zqODCrtE, http://www.playvid.com/watch/dDqXDAjwWgl,
http://www.playvid.com/watch/t3-F6xxVa2U, http://www.playvid.com/watch/IuOeCGTrgq0, http://www.playvid.com/watch/QarICfOJb9S,
http://www.playvid.com/watch/alVSLS-sJ_S, http://www.playvid.com/watch/AyikfG22PO9, http://www.playvid.com/watch/iWrE51PMHZx,
http://www.playvid.com/watch/WrIiV2glTgK, http://www.playvid.com/watch/77CV8eqPKQj, http://www.playvid.com/watch/5P6zG59-XfQ,
http://www.playvid.com/watch/vAnWh8UmHhV, http://www.playvid.com/watch/8e21mZXn4pz, http://www.playvid.com/watch/YK2YGFO7jJE,
http://www.playvid.com/watch/loevwG5KH4x, http://www.playvid.com/watch/GAjHsD8LH92, http://www.playvid.com/watch/MXVaEgQuAik,
http://www.playvid.com/watch/5CROXhSdLXy, http://www.playvid.com/watch/xee7zDLZCTG, http://www.playvid.com/watch/gHX7xqCrgm5,
http://www.playvid.com/watch/onRg311A7Fk, http://www.playvid.com/watch/HMYf-ew2tcp, http://www.playvid.com/watch/746ZESKtXXd,
http://www.playvid.com/watch/UDhX6L5I75y, http://www.playvid.com/watch/itIPEyMovNx, http://www.playvid.com/watch/gF2IsfSmZLR,
http://www.playvid.com/watch/2yz8L-2GA1L, http://www.playvid.com/watch/djfethtursx, http://www.playvid.com/watch/w0GOK6DAp9X,
http://www.playvid.com/watch/7g6jNOmyIyX, http://www.playvid.com/watch/EvfSGSPDLZd, http://www.playvid.com/watch/pHwNsh97ET0,
http://www.playvid.com/watch/SkH4WOrMOMk, http://www.playvid.com/watch/3X4KBW6JNUl, http://www.playvid.com/watch/iSYOleXMeV4,
http://www.playvid.com/watch/Dc8t_9_9Zot, http://www.playvid.com/watch/4uc_S2niamV, http://www.playvid.com/watch/MH6gikJmETH,
http://www.playvid.com/watch/kbkn5Ve2cSy, http://www.playvid.com/watch/bHQ3FFvKx4c, http://www.playvid.com/watch/vwYHnR3oJqS,
http://www.playvid.com/watch/OL4Fn4XTH7T, http://www.playvid.com/watch/LDOrx-RsC3e, http://www.playvid.com/watch/o7JWi9htrN4,
http://www.playvid.com/watch/PATtDnnlsVS, http://www.playvid.com/watch/6hrE6YBAhRQ, http://www.playvid.com/watch/0s_uQA3wAoN,
http://www.playvid.com/watch/l9nY5sURCeI, http://www.playvid.com/watch/prh055B7zyx, http://www.playvid.com/watch/KrWXdmhEwro,
http://www.playvid.com/watch/BY9JwhH8CT6, http://www.playvid.com/watch/8ZNvA-cTg3w, http://www.playvid.com/watch/zIaoKDRvyoy,
http://www.playvid.com/watch/IssKY7mgHay, http://www.playvid.com/watch/DmAthn99bfY, http://www.playvid.com/watch/YMg7n8b8eU0,
http://www.playvid.com/watch/DueaTjzrb33, http://www.playvid.com/watch/tn2m478qvb5, http://www.playvid.com/watch/0aO2aYctc0m,
http://www.playvid.com/watch/ZXw_fRvL7Nr, http://www.playvid.com/watch/20--zFMgX96, http://www.playvid.com/watch/AdzkiSm4hFL,
http://www.playvid.com/watch/aHgLYfgpwKk, http://www.playvid.com/watch/nxZAUCSAC6X, http://www.playvid.com/watch/c1PiOw2uiex,
http://www.playvid.com/watch/OWZnuOk9B9I, http://www.playvid.com/watch/U0Teb2VHUJh, http://www.playvid.com/watch/uZg_lGmqWj8,
http://www.playvid.com/watch/TGq7fFUiH4l, http://www.playvid.com/watch/ADVQ3QXMaPW, http://www.playvid.com/watch/d6QSiwoRj3T,
http://www.playvid.com/watch/ebWcWPdvWMJ, http://www.playvid.com/watch/kmmpxLaIyeA, http://www.playvid.com/watch/n_HqNzRLJSG,
http://www.playvid.com/watch/0opp89WFyOE, http://www.playvid.com/watch/5eJnShhnldG, http://www.playvid.com/watch/Qfod089Y8BH,
http://www.playvid.com/watch/5asiaa8Tvsy, http://www.playvid.com/watch/M4OHVM9OqXt, http://www.playvid.com/watch/BVyRiFrBVUY,
http://www.playvid.com/watch/jXtgeCTctJ8, http://www.playvid.com/watch/FZOINZ6tsRn, http://www.playvid.com/watch/6XesHavX3mf,
http://www.playvid.com/watch/s-hQldgegbJ, http://www.playvid.com/watch/sByJ_Z9llFg, http://www.playvid.com/watch/eCVt8db3zOU,
http://www.playvid.com/watch/uA1Ei5pJOtY, http://www.playvid.com/watch/I-TYg5Sg8nu, http://www.playvid.com/watch/xNoqFwtV_ve,
http://www.playvid.com/watch/HBpxGUCOaW3, http://www.playvid.com/watch/qb2yihzpvn5, http://www.playvid.com/watch/9wSR6Qn3tEA,
http://www.playvid.com/watch/29AGIVIZ1tJ, http://www.playvid.com/watch/jcwQ9JSxjBH, http://www.playvid.com/watch/PlSqwqYuRna,
http://www.playvid.com/watch/NKh0fwrLqeT, http://www.playvid.com/watch/xmuS6WvAkzy, http://www.playvid.com/watch/C-AIFfBl8AP,
http://www.playvid.com/watch/8w8PER6061u, http://www.playvid.com/watch/XSH7I3vbnFS, http://www.playvid.com/watch/d_y4wkhHwQM,
http://www.playvid.com/watch/uDB6gwo_rSs, http://www.playvid.com/watch/ULFQuOAb6rG, http://www.playvid.com/watch/YUZaNufCa9j,
http://www.playvid.com/watch/WdSp4Q6YXwB, http://www.playvid.com/watch/eChCx3JoCX3, http://www.playvid.com/watch/UijugoVqrQ6,
http://www.playvid.com/watch/aVCtMhWb368, http://www.playvid.com/watch/ozmBLVXt4DL, http://www.playvid.com/watch/j9bJ9-5kPvl,
http://www.playvid.com/watch/hzbVpctuDBS, http://www.playvid.com/watch/sGMV6zAd2ih, http://www.playvid.com/watch/y0ficnOaWWx,
http://www.playvid.com/watch/cQeYip_3ApR, http://www.playvid.com/watch/4GikXL7VTZ9, http://www.playvid.com/watch/YyZWeHH8vem,
http://www.playvid.com/watch/UX2Gs41y8tO, http://www.playvid.com/watch/bUFhlIbAkUk, http://www.playvid.com/watch/Orc0sH23GhM,
http://www.playvid.com/watch/MMv7jEYEIee, http://www.playvid.com/watch/ZZocXMlgJxb, http://www.playvid.com/watch/j8vvujrT54g,
http://www.playvid.com/watch/zryrMxr5__T, http://www.playvid.com/watch/hvSXHlTbcVW, http://www.playvid.com/watch/fCmPehivCig,
http://www.playvid.com/watch/uxb53nD91cE, http://www.playvid.com/watch/NgJkcTSdcZj, http://www.playvid.com/watch/dnBDRr7tqU6,
http://www.playvid.com/watch/X_CZeSrUcnY, http://www.playvid.com/watch/QAJOI8GMTFY, http://www.playvid.com/watch/2NbXTEwk7fQ,
http://www.playvid.com/watch/yFjAIuTbaUI, http://www.playvid.com/watch/D9L14kFB6ly, http://www.playvid.com/watch/Gcld1TxsyTd,
http://www.playvid.com/watch/P7mDyvNR58e, http://www.playvid.com/watch/FZz3orp655U, http://www.playvid.com/watch/j7Fd6ENzZ8b,
http://www.playvid.com/watch/2RlIN3mMUg2, http://www.playvid.com/watch/ADMV5qQENOV, http://www.playvid.com/watch/PVW6RzsBMkn,
http://www.playvid.com/watch/q8iqae03HMN, http://www.playvid.com/watch/FSea8kECLGZ, http://www.playvid.com/watch/97kueNCiP5U,
http://www.playvid.com/watch/0VMCobqcULa, http://www.playvid.com/watch/dIOyUFIAuQE, http://www.playvid.com/watch/HSyzsP9spDN,
http://www.playvid.com/watch/IhAc2r81Hqo, http://www.playvid.com/watch/ua3DTdRarhj, http://www.playvid.com/watch/iAT8hDUecxG,
http://www.playvid.com/watch/BHKa5FmQKer, http://www.playvid.com/watch/aWy_HviJGuc, http://www.playvid.com/watch/kRVqsyWnZp3,
http://www.playvid.com/watch/x1Ng98PR-7Z, http://www.playvid.com/watch/TWJF3tZbP-N, http://www.playvid.com/watch/cwyzTmFIs1o,
http://www.playvid.com/watch/J-YIMwnI7it, http://www.playvid.com/watch/ioG0pcOeR-q, http://www.playvid.com/watch/RCX0CqJnviG,
http://www.playvid.com/watch/AaY0TBtSEts, http://www.playvid.com/watch/31jNzaUrqMY, http://www.playvid.com/watch/W-9DzFHO1SD,
http://www.playvid.com/watch/QPe0eG7qLwe, http://www.playvid.com/watch/PxxMt8zlF3n, http://www.playvid.com/watch/mXRpeO1-cvy,
http://www.playvid.com/watch/k-gknb_CCHg, http://www.playvid.com/watch/6mYX9IWwtmK, http://www.playvid.com/watch/e3PfLtkVHAj,
http://www.playvid.com/watch/tV0gRFPKxhF, http://www.playvid.com/watch/xZ04ZLTo_oJ, http://www.playvid.com/watch/0k4JlUHJX2V,
http://www.playvid.com/watch/QnEJ3Bz1abk, http://www.playvid.com/watch/rluWznVCdIA, http://www.playvid.com/watch/EIvILJtXTgX,
http://www.playvid.com/watch/K5sOOcQOw-o, http://www.playvid.com/watch/cXJj5cFxB0M, http://www.playvid.com/watch/vDcTBjn4hfy,
http://www.playvid.com/watch/Kuq10EXJ70p, http://www.playvid.com/watch/iD-6auo9-WR, http://www.playvid.com/watch/stdXnv_HlKY,
http://www.playvid.com/watch/ZDaPwxdiHVS, http://www.playvid.com/watch/TbZsRMcIVuD, http://www.playvid.com/watch/8gKF7CyjkPB,
http://www.playvid.com/watch/49EjOTSrScM, http://www.playvid.com/watch/DMyHOK9biKo, http://www.playvid.com/watch/vGwcuPdBw34,
http://www.playvid.com/watch/DkR-Y_t7yzS, http://www.playvid.com/watch/4WBrXuJYASz, http://www.playvid.com/watch/82Om1e2FU4O,
http://www.playvid.com/watch/0v4lftVNxv2, http://www.playvid.com/watch/dX0K3CL3I53, http://www.playvid.com/watch/dxew5PXDrsI,
http://www.playvid.com/watch/rwwLKvlAFU5, http://www.playvid.com/watch/bmV1_XhrhJ9, http://www.playvid.com/watch/cRRHAn7FRA3,
http://www.playvid.com/watch/JcOiS5NWkPK, http://www.playvid.com/watch/QhHAhSyV6va, http://www.playvid.com/watch/pfl9zL9Pynz,
http://www.playvid.com/watch/fMMZDivMA38, http://www.playvid.com/watch/mxKSynN-4Id, http://www.playvid.com/watch/I5WW2Pw8cFI,
http://www.playvid.com/watch/c6I15NqMAxm, http://www.playvid.com/watch/TPmyR2jI0nV, http://www.playvid.com/watch/iG39gud4ilV,
http://www.playvid.com/watch/VmnWzldg0gL, http://www.playvid.com/watch/pz12tRsGQug, http://www.playvid.com/watch/OlEwrTOWz1Z,
http://www.playvid.com/watch/b5Ppvvzzg7x, http://www.playvid.com/watch/Gz7KOHvmq5B, http://www.playvid.com/watch/4IFPCguSThD,
http://www.playvid.com/watch/t-67eTsldOc, http://www.playvid.com/watch/XMIq2isDLWm, http://www.playvid.com/watch/l1fUZC6EU7N,
http://www.playvid.com/watch/8NtxDnkeSV9, http://www.playvid.com/watch/ulSXeGfUbpt, http://www.playvid.com/watch/nq9ePHSJaNz,
http://www.playvid.com/watch/WUZJofvbNxR, http://www.playvid.com/watch/j0myiy2Rzxg, http://www.playvid.com/watch/UnwHHUVRfLr,
http://www.playvid.com/watch/sAX7-6ZpIyn, http://www.playvid.com/watch/lO5zSeigZwE, http://www.playvid.com/watch/l1Qj9mMdtx0,
http://www.playvid.com/watch/coSeaQW_e-s, http://www.playvid.com/watch/rxz3MyNm0Q9, http://www.playvid.com/watch/HgWiDHr65dC,
http://www.playvid.com/watch/qFLKM4_eJnm, http://www.playvid.com/watch/in4v1vWJmIU, http://www.playvid.com/watch/2U9YB4cfXGl,
http://www.playvid.com/watch/uUFdSu6Wcbs, http://www.playvid.com/watch/UnwBzpvr7s2, http://www.playvid.com/watch/Z-wcOfHYKnA,
http://www.playvid.com/watch/q7d7MqlxixD, http://www.playvid.com/watch/EZBB65f1VG9, http://www.playvid.com/watch/GD-jV1Kqdn7,
http://www.playvid.com/watch/b3-Lx8oc_9Y, http://www.playvid.com/watch/AVE_9TZxKsO, http://www.playvid.com/watch/j0rKw0K5dVk,
http://www.playvid.com/watch/LTa_DcSO-7n, http://www.playvid.com/watch/ueUQ8lvQikU, http://www.playvid.com/watch/Y5dfRGXJMPR,
http://www.playvid.com/watch/rcg77YHGTq2, http://www.playvid.com/watch/KSMpFOqG2OY, http://www.playvid.com/watch/XlffkKfqxuD,
http://www.playvid.com/watch/cd2qSc8QkIf, http://www.playvid.com/watch/WK41b6CHpSg, http://www.playvid.com/watch/yu_NBDr0VRr,
http://www.playvid.com/watch/cwe_pf75G1q, http://www.playvid.com/watch/ovB5M37ZANd, http://www.playvid.com/watch/ui-QPFUWgFM,
http://www.playvid.com/watch/eNDCtHyLvIZ, http://www.playvid.com/watch/j2oLazR43sR, http://www.playvid.com/watch/cfsEv_9L4ph,
http://www.playvid.com/watch/zqHEXkQ-4z9, http://www.playvid.com/watch/x8ZJu2eaiLr, http://www.playvid.com/watch/d8RD4SoR06b,
http://www.playvid.com/watch/8HF2837mX3M, http://www.playvid.com/watch/l5BHxbz7wV9, http://www.playvid.com/watch/0_J38CJHvPm,
http://www.playvid.com/watch/bhQ5uQpSSmm, http://www.playvid.com/watch/XpEpl7pIB2z, http://www.playvid.com/watch/CxS8wOvf7cc,
http://www.playvid.com/watch/V8DFi-8IGZW, http://www.playvid.com/watch/Gc6QjBPuWPZ, http://www.playvid.com/watch/qLLeaHXUWUs,
http://www.playvid.com/watch/DulzuDuzwxo, http://www.playvid.com/watch/xsDbVWTTlar, http://www.playvid.com/watch/rimnNluLm9G,
http://www.playvid.com/watch/Y7pu2RrOfZl, http://www.playvid.com/watch/fR_An_dOm_Z, http://www.playvid.com/watch/ysZOa4JmvEr,

http://www.playvid.com/watch/UvhBZXBJa94, http://www.playvid.com/watch/4ljm0vRONhj, http://www.playvid.com/watch/sBG4OkdI3Bq,
http://www.playvid.com/watch/nyIqR4f-Ka3, http://www.playvid.com/watch/bqhtHeQbJUF, http://www.playvid.com/watch/dJZBJfna3eg,
http://www.playvid.com/watch/znnNRJGG2oS, http://www.playvid.com/watch/Xa6AgleusEb, http://www.playvid.com/watch/oXf-kM7bTPD,
http://www.playvid.com/watch/Io9p4Az3AYz, http://www.playvid.com/watch/PLG1XGloSQl, http://www.playvid.com/watch/WBT2Gaf5pBf,
http://www.playvid.com/watch/v35Lb1j0nn4, http://www.playvid.com/watch/rnWW0DW-cMm, http://www.playvid.com/watch/rkLpNJqhKdb,
http://www.playvid.com/watch/TgHMJldC7xE, http://www.playvid.com/watch/MbJl8PKDrme, http://www.playvid.com/watch/uqkYQRqzOrc,
http://www.playvid.com/watch/0khsYDYI8VJ, http://www.playvid.com/watch/OXrWmwcXQ5X, http://www.playvid.com/watch/Yw4Kjhi4cGK,
http://www.playvid.com/watch/xqH8zMyYnKW, http://www.playvid.com/watch/V5l3x7zFZzh, http://www.playvid.com/watch/TmPn3Cz95uG,
http://www.playvid.com/watch/91YLVJ9dTDd, http://www.playvid.com/watch/eAzXS-DlLFB, http://www.playvid.com/watch/wEub7N1NLcI,
http://www.playvid.com/watch/8iwXBeVJUmj, http://www.playvid.com/watch/laB7r8apAYE, http://www.playvid.com/watch/lAg6yo4XhlG,
http://www.playvid.com/watch/yKypAxUZHBW, http://www.playvid.com/watch/3yTO1k7u3A9, http://www.playvid.com/watch/Qk532-tcIy2,
http://www.playvid.com/watch/nRSa5wvcRCc, http://www.playvid.com/watch/d5vkCoBoq14, http://www.playvid.com/watch/VIg7tjWNk8r,
http://www.playvid.com/watch/qo2xjwpNDhG, http://www.playvid.com/watch/f0EjRpKoHUf, http://www.playvid.com/watch/U7KX1dWhJjT,
http://www.playvid.com/watch/dKMJMi4bIT9, http://www.playvid.com/watch/kr5IjUi64xt, http://www.playvid.com/watch/AeeFQ0GZjpy,
http://www.playvid.com/watch/tibrXUZrLUi, http://www.playvid.com/watch/7H5QfpGu3j9, http://www.playvid.com/watch/nqnaEYQkhUg,
http://www.playvid.com/watch/g8HI2mC8-aj, http://www.playvid.com/watch/tU3ZP1dUQnb, http://www.playvid.com/watch/izB7Pu3GqTT,
http://www.playvid.com/watch/W8rq505hsqu, http://www.playvid.com/watch/F-xNyTW8PAr, http://www.playvid.com/watch/MokK4Tv7VWm,
http://www.playvid.com/watch/QnjhFW1W2ug, http://www.playvid.com/watch/0C7Nz2HNsFW, http://www.playvid.com/watch/S9Iy9mdHQZi,
http://www.playvid.com/watch/VFHi-yrn9a2, http://www.playvid.com/watch/wSH0iMzZ8cn, http://www.playvid.com/watch/sjv6I9NB3vU,
http://www.playvid.com/watch/k6Fcr0BMU2m, http://www.playvid.com/watch/ZyLk4wTRz8g, http://www.playvid.com/watch/rCTjYZIZw7Q,
http://www.playvid.com/watch/BNjyXpRW3y3, http://www.playvid.com/watch/rItvJr3yqW8, http://www.playvid.com/watch/zLSisxQZusV,
http://www.playvid.com/watch/2kxsLQFo3f2, http://www.playvid.com/watch/w_JKUiDfSQd, http://www.playvid.com/watch/JS6Y1pJvvfQ,
http://www.playvid.com/watch/KKU74ETcTCg, http://www.playvid.com/watch/9VEYddvIkbo, http://www.playvid.com/watch/lPkiCveWXhN,
http://www.playvid.com/watch/KTEIIuRfTCX, http://www.playvid.com/watch/8dUsL5Gez8c, http://www.playvid.com/watch/SNAHpxSUyJ8,
http://www.playvid.com/watch/nl0v0oIKGiO, http://www.playvid.com/watch/5og_P1MJOpF, http://www.playvid.com/watch/pEGgyitXkht,
http://www.playvid.com/watch/q6MbJEw3HUM, http://www.playvid.com/watch/x0zrJ02wMQJ, http://www.playvid.com/watch/QA3_bxCXpd5,
http://www.playvid.com/watch/iYz6fMr01BD, http://www.playvid.com/watch/Sl4HVRo3HYS, http://www.playvid.com/watch/DRGETFVzieP,
http://www.playvid.com/watch/pjv3XTNipsC, http://www.playvid.com/watch/RUERCECyEFW, http://www.playvid.com/watch/djEGXgAozL3,
http://www.playvid.com/watch/gkYS61kanVl, http://www.playvid.com/watch/iRS6kr5-t52, http://www.playvid.com/watch/6bXDMCgHsdZ,
http://www.playvid.com/watch/Vx6hMdHFZ78, http://www.playvid.com/watch/yLJoQKqQOdn, http://www.playvid.com/watch/0yrfv_QwT-H,
http://www.playvid.com/watch/hTc61C7cF8L, http://www.playvid.com/watch/0Vik0fHsKUR, http://www.playvid.com/watch/A5dZaFoCWFr,
http://www.playvid.com/watch/XYKDODgN6nH, http://www.playvid.com/watch/qo4ojUWUArf, http://www.playvid.com/watch/CuRLCFJdsen,
http://www.playvid.com/watch/4zgG39QBZ0X, http://www.playvid.com/watch/6rIY7hegW_A, http://www.playvid.com/watch/2iV8cAfYmST,
http://www.playvid.com/watch/Ghl1BAT5M5l, http://www.playvid.com/watch/GOzfQyu8Y-w, http://www.playvid.com/watch/VB89lIYOkgX,
http://www.playvid.com/watch/SPysGrzElG2, http://www.playvid.com/watch/0nK0dDpt3G6, http://www.playvid.com/watch/QeLJfKAZQQG,
http://www.playvid.com/watch/aXOWDGOwImT, http://www.playvid.com/watch/mfm8TwOtgYe, http://www.playvid.com/watch/p7bw4KxeyPH,
http://www.playvid.com/watch/YyxzIXppj7i, http://www.playvid.com/watch/HH6zxS1OHea, http://www.playvid.com/watch/65w_qIEHYa8,
http://www.playvid.com/watch/nN2r8a0i4FB, http://www.playvid.com/watch/xLxijvn_bwr, http://www.playvid.com/watch/6l5TdjJ7Fh4,
http://www.playvid.com/watch/yKC-39puRA4, http://www.playvid.com/watch/xJAiyi1sAzN, http://www.playvid.com/watch/MOAhSwjYIXf,
http://www.playvid.com/watch/6q1dJ0n8Eyv, http://www.playvid.com/watch/gCBAsc97OrE, http://www.playvid.com/watch/m-7yMYaC16A,
http://www.playvid.com/watch/aC7pu0640mN, http://www.playvid.com/watch/dNomyQNzHyu, http://www.playvid.com/watch/XcgJBVSPwJB,
http://www.playvid.com/watch/me95oYvN5IT, http://www.playvid.com/watch/LJnJzITxd6r, http://www.playvid.com/watch/CYbbKE1w6Gh,
http://www.playvid.com/watch/yAS3NT83EyZ, http://www.playvid.com/watch/tIrNE3dLeD8, http://www.playvid.com/watch/HroSqng5R8B,
http://www.playvid.com/watch/7X85SawXhVN, http://www.playvid.com/watch/Amrpv0ek4fH, http://www.playvid.com/watch/X58B08o1Koz,
http://www.playvid.com/watch/vjumh36cpT2, http://www.playvid.com/watch/9uYCxEN_6-v, http://www.playvid.com/watch/IfN_HklxFYm,
http://www.playvid.com/watch/AEei7CUxzJg, http://www.playvid.com/watch/d6wBCNvCY57, http://www.playvid.com/watch/LshDv4HusuB,
http://www.playvid.com/watch/iOwuwT7vceS, http://www.playvid.com/watch/47UhSq-qGh7, http://www.playvid.com/watch/UtUB7joZyuA,
http://www.playvid.com/watch/XSIn1DgiitM, http://www.playvid.com/watch/SFkcav5rBuM, http://www.playvid.com/watch/SkeaZAA4Pgi,
http://www.playvid.com/watch/05bqYQtHNCx, http://www.playvid.com/watch/kImXHEzKNcV, http://www.playvid.com/watch/HgXjGOL1SJa,
http://www.playvid.com/watch/MM_v4RghGcE, http://www.playvid.com/watch/l1h61dLGXQx, http://www.playvid.com/watch/DMpRddNucT2,
http://www.playvid.com/watch/AfpX4yTas98, http://www.playvid.com/watch/7Nae4SFMB9E, http://www.playvid.com/watch/mZTHnZRyYn6,
http://www.playvid.com/watch/DymtG8_TUWS, http://www.playvid.com/watch/W3ppi8jseP9, http://www.playvid.com/watch/ECoeAuC_uT6,
http://www.playvid.com/watch/vtyxvCl9M0t, http://www.playvid.com/watch/lOre6RasRbK, http://www.playvid.com/watch/y6jOCCdScwG,
http://www.playvid.com/watch/Xr2e1IDpSDE, http://www.playvid.com/watch/sZWp0eklomG, http://www.playvid.com/watch/8h6nSmGLJob,
http://www.playvid.com/watch/ffAnKeCbHtO, http://www.playvid.com/watch/yd0uHC-xage, http://www.playvid.com/watch/W5mpqLJATle,
http://www.playvid.com/watch/eXsNCeG3WhF, http://www.playvid.com/watch/SC4i-3KGDgc, http://www.playvid.com/watch/2hqoO8-yMLy,
http://www.playvid.com/watch/D39f2BLO3Q0, http://www.playvid.com/watch/z_II_rZE95b, http://www.playvid.com/watch/EoBkrWe6Deu,
http://www.playvid.com/watch/UTaOtTkYONq, http://www.playvid.com/watch/QAGUQWuepTv, http://www.playvid.com/watch/i_2i06A-UYJ,
http://www.playvid.com/watch/63ApB47eRvF, http://www.playvid.com/watch/grfrzxmrHYl, http://www.playvid.com/watch/n3RCDM1dwbS,
http://www.playvid.com/watch/m5-IpmKglxn, http://www.playvid.com/watch/e6wXx_so_qZ, http://www.playvid.com/watch/EWlboIPTggA,
http://www.playvid.com/watch/nPPZa5Lf3dY, http://www.playvid.com/watch/zQzkHejxiYw, http://www.playvid.com/watch/I8CgNp48cWt,
http://www.playvid.com/watch/nVFNTpj3cB9, http://www.playvid.com/watch/8a-Mrt2tAIp, http://www.playvid.com/watch/V-WZ4Uvezb4,
http://www.playvid.com/watch/pZg8Ow51q8i, http://www.playvid.com/watch/TAdyUfIFnx4, http://www.playvid.com/watch/RgQ3BJmtWlA,
http://www.playvid.com/watch/7avweg8LdBd, http://www.playvid.com/watch/h6qdK5SEnXW, http://www.playvid.com/watch/bLii_GXnSi9,
http://www.playvid.com/watch/xpqe71URkIF, http://www.playvid.com/watch/zpQ34qNF-7y, http://www.playvid.com/watch/LBaCyLWz-pe,
http://www.playvid.com/watch/UqzE1ookLvH, http://www.playvid.com/watch/ONUgD5ZpZOH, http://www.playvid.com/watch/hWsufbCsihO,
http://www.playvid.com/watch/YVp11AVJvoZ, http://www.playvid.com/watch/qHvXthZgQhV, http://www.playvid.com/watch/5p9ibbZIB3U,
http://www.playvid.com/watch/xB0jnkAvBM5, http://www.playvid.com/watch/u1rCRNV8G8n, http://www.playvid.com/watch/Fkliq_R3X7l,
http://www.playvid.com/watch/Fj2tKIymvx4, http://www.playvid.com/watch/dTNNZCQr_4E, http://www.playvid.com/watch/RWzZk66LXNi,
http://www.playvid.com/watch/S6F37cGzKyz, http://www.playvid.com/watch/R_QOsX1Xojz, http://www.playvid.com/watch/lS2yZgfb1Pu,
http://www.playvid.com/watch/6dz5vwWxTxf, http://www.playvid.com/watch/QsykRovaSaB, http://www.playvid.com/watch/f9PUI_u5Z2c,
http://www.playvid.com/watch/ASUNa9Al6jk, http://www.playvid.com/watch/v1h2KE7Wsbn, http://www.playvid.com/watch/YF6SSUBx_lo,
http://www.playvid.com/watch/jNZ80IRO7xR, http://www.playvid.com/watch/LWNGvRntEGb, http://www.playvid.com/watch/TZP0tt3M57Y,
http://www.playvid.com/watch/GDtUUfdeZ6s, http://www.playvid.com/watch/JG7wo5HzAPI, http://www.playvid.com/watch/UG6-rk1-EO7,
http://www.playvid.com/watch/eGnV3VqR1YV, http://www.playvid.com/watch/rnNmEB1ujSt, http://www.playvid.com/watch/ZPd-eF76TmC,
http://www.playvid.com/watch/DbkFEMY_5ob, http://www.playvid.com/watch/sjAxiTJgglK, http://www.playvid.com/watch/YXYuOJ0luwG,
http://www.playvid.com/watch/zlpoHbeOaKE, http://www.playvid.com/watch/4nD58aSrIDN, http://www.playvid.com/watch/mJT1zkLKGTi,
http://www.playvid.com/watch/dvohORq2LL2, http://www.playvid.com/watch/Jzsy2HLal02, http://www.playvid.com/watch/fV5poLID52o,
http://www.playvid.com/watch/8as3PTqBIO5, http://www.playvid.com/watch/SSmCwEdkb5h, http://www.playvid.com/watch/Muk9bco_B_I,
http://www.playvid.com/watch/WAaoHvnoUSY, http://www.playvid.com/watch/IkYlwIgSode, http://www.playvid.com/watch/Qps2KSC4BoX,
http://www.playvid.com/watch/QGKLzqUhpUE, http://www.playvid.com/watch/jLSlaEXdcFT, http://www.playvid.com/watch/nB7OopGq4RX,
http://www.playvid.com/watch/VtMu0LaoOxa, http://www.playvid.com/watch/d_iyUHPFKQG, http://www.playvid.com/watch/2WpQIe0Rn45,
http://www.playvid.com/watch/lJIXKpLlW0U, http://www.playvid.com/watch/TD71oOx3sqf, http://www.playvid.com/watch/BWwI1Sk3PIR,
http://www.playvid.com/watch/iASE_o6MMXy, http://www.playvid.com/watch/9nxZaRdTDbF, http://www.playvid.com/watch/Apk5Odf3TRu,
http://www.playvid.com/watch/rLGyEAKSzPK, http://www.playvid.com/watch/AmfzihUcrac, http://www.playvid.com/watch/SLhrsrpKCbM,
http://www.playvid.com/watch/LIatiq-E4Wp, http://www.playvid.com/watch/sg4WforJZaB, http://www.playvid.com/watch/5HI-6bzv7ST,
http://www.playvid.com/watch/axLNZgCeV84, http://www.playvid.com/watch/uzSiA0unfX9, http://www.playvid.com/watch/MS02_UR1RRt,
http://www.playvid.com/watch/vkqP8RF0KgE, http://www.playvid.com/watch/4FlsK8jCwQv, http://www.playvid.com/watch/XVJ-gqCON7j,
http://www.playvid.com/watch/dYln8I94-OW, http://www.playvid.com/watch/a96Lo5AJTrx, http://www.playvid.com/watch/kuIyEvw8dAI,
http://www.playvid.com/watch/KYWKERkAa38, http://www.playvid.com/watch/cc3pw1VnJJz, http://www.playvid.com/watch/sI3nLq42x84,
http://www.playvid.com/watch/0LStQkObiRN, http://www.playvid.com/watch/CRIscngYesP, http://www.playvid.com/watch/i2_l2EtaLYM,
http://www.playvid.com/watch/LX9KFY8kDt6, http://www.playvid.com/watch/pWO84AboRG3, http://www.playvid.com/watch/4f33CHuccRT,
http://www.playvid.com/watch/zK06ammoBT3, http://www.playvid.com/watch/tapHND9s_eN, http://www.playvid.com/watch/AWld5wwEeMJ,
http://www.playvid.com/watch/54uMUFPrEz0, http://www.playvid.com/watch/3SO96s9gLhd, http://www.playvid.com/watch/H_8BIhw4mmi,
http://www.playvid.com/watch/uYjKoBeiQGI, http://www.playvid.com/watch/mmASqiETDi3, http://www.playvid.com/watch/sL8TWlkPiYU,
http://www.playvid.com/watch/THr1xn8NnMa, http://www.playvid.com/watch/mfCokZ9tD3j, http://www.playvid.com/watch/YN-ON6DCWVO,

http://www.playvid.com/watch/ZmT7-vXlT4c, http://www.playvid.com/watch/iZedNoUP0hf, http://www.playvid.com/watch/ErJ4dxzcT1v,
http://www.playvid.com/watch/RaCWWNEcqn2, http://www.playvid.com/watch/dOyqmYnmgxQ, http://www.playvid.com/watch/lUyJahoRr7P,
http://www.playvid.com/watch/2iwi--XWRNF, http://www.playvid.com/watch/clYhRvwp5LS, http://www.playvid.com/watch/ChIDR34RZ9O,
http://www.playvid.com/watch/BeQkbKXJQXf, http://www.playvid.com/watch/Zw9EpMmk_pz, http://www.playvid.com/watch/R_RyuYBpqBV,
http://www.playvid.com/watch/2Qaxw7C3Oyk, http://www.playvid.com/watch/uCb2rIr5zbw, http://www.playvid.com/watch/BsAj3gmAvcy,
http://www.playvid.com/watch/lpDDg8qzxrm, http://www.playvid.com/watch/UQoKS1YROtv, http://www.playvid.com/watch/e-1ynQ8rGcB,
http://www.playvid.com/watch/YxX1rkaR6IX, http://www.playvid.com/watch/OSs7PH64Ju8, http://www.playvid.com/watch/5Br5DfRwnqg,
http://www.playvid.com/watch/AU4riZKg-Kr, http://www.playvid.com/watch/r0KpIpWmZBR, http://www.playvid.com/watch/q_PiA_DozAs,
http://www.playvid.com/watch/awhIBTcVKhp, http://www.playvid.com/watch/tyLo2GmoImz, http://www.playvid.com/watch/AfQ6IKSdBhk,
http://www.playvid.com/watch/C92_yMNRCq9, http://www.playvid.com/watch/LN1NRsZpM2d, http://www.playvid.com/watch/Ul3nPcAbZSM,
http://www.playvid.com/watch/4Ez1TbG79jv, http://www.playvid.com/watch/LBPNZ8eBlD2, http://www.playvid.com/watch/CxpvpVeQXHj,
http://www.playvid.com/watch/ibcMzLnp2o8, http://www.playvid.com/watch/4SsVRta_gCQ, http://www.playvid.com/watch/Br1ITkdehBL,
http://www.playvid.com/watch/FX2l53ssfkP, http://www.playvid.com/watch/vxR5THSRoRL, http://www.playvid.com/watch/rz2nEKah5OR,
http://www.playvid.com/watch/YZH0TGiadf9, http://www.playvid.com/watch/UNzvd2YUPm8, http://www.playvid.com/watch/VOX9A_7-FzH,
http://www.playvid.com/watch/AK6E44sskmj, http://www.playvid.com/watch/shTvClsk2nw, http://www.playvid.com/watch/6s9dMjwPi5e,
http://www.playvid.com/watch/8AjzrWJqesA, http://www.playvid.com/watch/K--GyB3AxV4, http://www.playvid.com/watch/LdCxoT6Rq1u,
http://www.playvid.com/watch/xA22hYWa3dL, http://www.playvid.com/watch/Av0dlvozdvz, http://www.playvid.com/watch/w3yEPusMS0G,
http://www.playvid.com/watch/6H0i8TZMu0q, http://www.playvid.com/watch/2P5o9fe95wq, http://www.playvid.com/watch/622yq-0Frab,
http://www.playvid.com/watch/xT8qJpQSXSH, http://www.playvid.com/watch/pCrPgPsyxVr, http://www.playvid.com/watch/imzlpZT4uts,
http://www.playvid.com/watch/pARW5qj6VxY, http://www.playvid.com/watch/8nZJswMVNTY, http://www.playvid.com/watch/7kvmqwjEDdv,
http://www.playvid.com/watch/6630KdBRSAJ, http://www.playvid.com/watch/zmZ75soLbHi, http://www.playvid.com/watch/mKroUo7Wi25,
http://www.playvid.com/watch/DVXV48QDcVU, http://www.playvid.com/watch/NwdFN8IDiC0, http://www.playvid.com/watch/qbwEEfdo6Uj,
http://www.playvid.com/watch/wZcxzLdexkq, http://www.playvid.com/watch/8nuZNyWklBa, http://www.playvid.com/watch/o6PjDUboJ2D,
http://www.playvid.com/watch/U0cyosNXyvh, http://www.playvid.com/watch/r4EvWCpLH9K, http://www.playvid.com/watch/J4HzgE7wBsb,
http://www.playvid.com/watch/oOBUhs17AKX, http://www.playvid.com/watch/E-iy--goThm, http://www.playvid.com/watch/PtIPPB1jB0b,
http://www.playvid.com/watch/0XcLSywWkVr, http://www.playvid.com/watch/EOB-pr2BJtZ, http://www.playvid.com/watch/sKgm8CEIJbx,
http://www.playvid.com/watch/v_pvpldjSad, http://www.playvid.com/watch/C5T9EhIYmAH, http://www.playvid.com/watch/rmwd7FFLD06,
http://www.playvid.com/watch/e22d1H2LwC4, http://www.playvid.com/watch/qYA-ehXDFBO, http://www.playvid.com/watch/VQmJ9YNw_fL,
http://www.playvid.com/watch/tMzAoRPw2hc, http://www.playvid.com/watch/4T2Dh6MWNkb, http://www.playvid.com/watch/Zn_lM95Boqk,
http://www.playvid.com/watch/CTEruME8-m3, http://www.playvid.com/watch/EZHcXREAsaF, http://www.playvid.com/watch/zwtnqaj-AEC,
http://www.playvid.com/watch/euL9Tcotwvx, http://www.playvid.com/watch/RGcGi4vex_R, http://www.playvid.com/watch/ofbWqA9RAfj,
http://www.playvid.com/watch/cqZUKv-NKl6, http://www.playvid.com/watch/g3Oyj9a8yJI, http://www.playvid.com/watch/GFeQ7I0fMsE,
http://www.playvid.com/watch/9fuZS9f9h_F, http://www.playvid.com/watch/l1Y10dQH6Rs, http://www.playvid.com/watch/rcKrf-RLJ29,
http://www.playvid.com/watch/deJzCXjtvSS, http://www.playvid.com/watch/3wOF_Mm08ZQ, http://www.playvid.com/watch/aoZYmGJulF3,
http://www.playvid.com/watch/OMwIixYzQNK, http://www.playvid.com/watch/zobMgNQk6N6, http://www.playvid.com/watch/HWVR3NNHBkf,
http://www.playvid.com/watch/fKt4C6bJwIN, http://www.playvid.com/watch/r_RATxNM_Rv, http://www.playvid.com/watch/nWzevotshQv,
http://www.playvid.com/watch/QpzlbOMOkwI, http://www.playvid.com/watch/7jrXvNOhpEw, http://www.playvid.com/watch/6SOHNb4s9H5,
http://www.playvid.com/watch/cmBN38cRRuA, http://www.playvid.com/watch/Pd1x0wwUsOM, http://www.playvid.com/watch/48tG9-P4ZIo,
http://www.playvid.com/watch/6oBkW3RHzY6, http://www.playvid.com/watch/ScfYG3eenRP, http://www.playvid.com/watch/fXzzw975i5m,
http://www.playvid.com/watch/YCYPcAKxZei, http://www.playvid.com/watch/yTEMh3__uhr, http://www.playvid.com/watch/DuAu35EXMyI,
http://www.playvid.com/watch/7YS0JSSKk_6, http://www.playvid.com/watch/oWcpO8SUo_Y, http://www.playvid.com/watch/h_x0UztU__B,
http://www.playvid.com/watch/6xyu9xlD9Of, http://www.playvid.com/watch/EBNmwQo6JLC, http://www.playvid.com/watch/seLe2NOWFhb,
http://www.playvid.com/watch/rZk4pEuAZIs, http://www.playvid.com/watch/EWmwSrSNtKf, http://www.playvid.com/watch/TsjvHrGtWKr,
http://www.playvid.com/watch/tC0hiOjZNA9, http://www.playvid.com/watch/f-APhbgS4zy, http://www.playvid.com/watch/BOR7cgJ8CJB,
http://www.playvid.com/watch/xNEZm1Mr-U8, http://www.playvid.com/watch/aRAb2nocN89, http://www.playvid.com/watch/ZXx0bEOitU2,
http://www.playvid.com/watch/OsTXR-kXyNe, http://www.playvid.com/watch/WYlm6sAAMjE, http://www.playvid.com/watch/XvnKSs7sedX,
http://www.playvid.com/watch/k5j4HCCNNdd, http://www.playvid.com/watch/rJr1xfRTYyr, http://www.playvid.com/watch/qezaqRa5z7H,
http://www.playvid.com/watch/UC5qZ3c9qmH, http://www.playvid.com/watch/VYE1PveDySM, http://www.playvid.com/watch/oYx5EQl1dq3,
http://www.playvid.com/watch/sjgF9w4kzbb, http://www.playvid.com/watch/fHOsKPRME8g, http://www.playvid.com/watch/u_XSLSFNFmh,
http://www.playvid.com/watch/OdpPjOueCIp, http://www.playvid.com/watch/0QARIRV9P1C, http://www.playvid.com/watch/VglpANH-7VM,
http://www.playvid.com/watch/VwOZYkPX2sy, http://www.playvid.com/watch/NJDJoh6EftH, http://www.playvid.com/watch/USU4H9T-kIF,
http://www.playvid.com/watch/Ye27gwGyhWe, http://www.playvid.com/watch/eiBGRBlZWAL, http://www.playvid.com/watch/MZ85AXtgItJ,
http://www.playvid.com/watch/T-VWzix5io4, http://www.playvid.com/watch/kru4JQB4lQJ, http://www.playvid.com/watch/2sNUdm_untM,
http://www.playvid.com/watch/rhZcCrMFtso, http://www.playvid.com/watch/EmUw63sTRgM, http://www.playvid.com/watch/ziLq7j4cdTD,
http://www.playvid.com/watch/tV9lGmUBZeD, http://www.playvid.com/watch/gYoRpDtAICO, http://www.playvid.com/watch/Rw-mlMv3zaz,
http://www.playvid.com/watch/ECea38ROeef, http://www.playvid.com/watch/LqlxjurITrl, http://www.playvid.com/watch/NeS0V5Djf-5,
http://www.playvid.com/watch/qrr3IK9ZBNF, http://www.playvid.com/watch/H2gRtfHDxNR, http://www.playvid.com/watch/tt2JyVTWIgS,
http://www.playvid.com/watch/f4EtBXJjk3i, http://www.playvid.com/watch/slJSbCKkz_P, http://www.playvid.com/watch/ANegPNMXdpS,
http://www.playvid.com/watch/CZYJ0y9EFjM, http://www.playvid.com/watch/GXWcATxytMP, http://www.playvid.com/watch/UJkbaQnRruc,
http://www.playvid.com/watch/pKeRjoBV2yG, http://www.playvid.com/watch/fTCtWflmIMO, http://www.playvid.com/watch/D4Zj4qPY-SY,
http://www.playvid.com/watch/XRB9-OATq2h, http://www.playvid.com/watch/cZFsRziPCYv, http://www.playvid.com/watch/cWagNeklK8B,
http://www.playvid.com/watch/UrAmNTSWQ9J, http://www.playvid.com/watch/oYidSqk7nRw, http://www.playvid.com/watch/SBvtYspS1GK,
http://www.playvid.com/watch/uZGk8vFnEjC, http://www.playvid.com/watch/6xwabhD0_HY, http://www.playvid.com/watch/cUpH5XCGPE0,
http://www.playvid.com/watch/lQ-Xh2jy7c5, http://www.playvid.com/watch/w-E00VJkOE5, http://www.playvid.com/watch/cagP6Z9pbFH,
http://www.playvid.com/watch/wObkGOroFZX, http://www.playvid.com/watch/poXRMlJVids, http://www.playvid.com/watch/QIwW_MARfgq,
http://www.playvid.com/watch/JXbiHOYByHC, http://www.playvid.com/watch/VUX0dKOcVv6, http://www.playvid.com/watch/NpxxLnQPNEI,
http://www.playvid.com/watch/zImiTPkPMot, http://www.playvid.com/watch/siwPoBRFyU4, http://www.playvid.com/watch/VG1DgSUo1by,
http://www.playvid.com/watch/WtjgufMR8WH, http://www.playvid.com/watch/cBmNZlBHRAX, http://www.playvid.com/watch/3j03EdX-HKs,
http://www.playvid.com/watch/LhboRpqwve8, http://www.playvid.com/watch/W9PJetjfJya, http://www.playvid.com/watch/J3T2o6sgoZj,
http://www.playvid.com/watch/07zhRJ7Co-2, http://www.playvid.com/watch/5cgq7Xlr9Lv, http://www.playvid.com/watch/7MQu3kqfqd5,
http://www.playvid.com/watch/z4EuIcAhDhB, http://www.playvid.com/watch/9G_KSmGKlvN, http://www.playvid.com/watch/UuhlEYHU6ci,
http://www.playvid.com/watch/eNrbihY9hGH, http://www.playvid.com/watch/bNML-ENZt9y, http://www.playvid.com/watch/sE0A-9pMbR2,
http://www.playvid.com/watch/wucqlizUf8h, http://www.playvid.com/watch/lA5NTn0P2jl, http://www.playvid.com/watch/Es30RG3Jx_D,
http://www.playvid.com/watch/phzV9JqfORl, http://www.playvid.com/watch/zNorj9MiATv, http://www.playvid.com/watch/8gLDZymLtb4,
http://www.playvid.com/watch/0A9Fhc_6cHP, http://www.playvid.com/watch/v6nzBZJjnqr, http://www.playvid.com/watch/Lgji8i1JxUR,
http://www.playvid.com/watch/5SKdftJPiVX, http://www.playvid.com/watch/VQSYgcRmurw, http://www.playvid.com/watch/LSOyPsvsZP0,
http://www.playvid.com/watch/io4jo8pa_h5, http://www.playvid.com/watch/dVFdoWVJXlx, http://www.playvid.com/watch/puOi7Wf66xp,
http://www.playvid.com/watch/uZ5mS1lzB3v, http://www.playvid.com/watch/bY_2UA8cXYq, http://www.playvid.com/watch/MFeW-G00Igk,
http://www.playvid.com/watch/g6Plc2R092s, http://www.playvid.com/watch/ot3aj5YgINH, http://www.playvid.com/watch/d4SqN__v2IV,
http://www.playvid.com/watch/mSH-eZCqJgc, http://www.playvid.com/watch/3j6RF9tOr_w, http://www.playvid.com/watch/ykZ2SyAO5hb,
http://www.playvid.com/watch/jnGnltA5Jd7, http://www.playvid.com/watch/tEVGwf5_n6j, http://www.playvid.com/watch/auYajEhrzYl,
http://www.playvid.com/watch/vVRvPkEeNQo, http://www.playvid.com/watch/mFQxAVLh5CQ, http://www.playvid.com/watch/Q4ZSdgCAlSM,
http://www.playvid.com/watch/xbd7KAGCrIL, http://www.playvid.com/watch/5XxPfSe7-kM, http://www.playvid.com/watch/kPSbvZNpuMz,
http://www.playvid.com/watch/GI-Y-gltADt, http://www.playvid.com/watch/sZ77-jKoslQ, http://www.playvid.com/watch/T6W10v29Y4X,
http://www.playvid.com/watch/JbL5q7OeXJo, http://www.playvid.com/watch/hzgUXxJr0nl, http://www.playvid.com/watch/s8J0EZJUD4k,
http://www.playvid.com/watch/P7ayB1V3-PS, http://www.playvid.com/watch/d-jZxWF3oGW, http://www.playvid.com/watch/Z8pvATclhcC,
http://www.playvid.com/watch/OEjDSZJX7RQ, http://www.playvid.com/watch/OAmCbRH0bYW, http://www.playvid.com/watch/wEFsW62Fvy2,
http://www.playvid.com/watch/nnhwe3fkzVJ, http://www.playvid.com/watch/Yn7UKqYqqzm, http://www.playvid.com/watch/HATpFv1ADXu,
http://www.playvid.com/watch/zcoQTkOOPNt, http://www.playvid.com/watch/PIWuS_TYyA6, http://www.playvid.com/watch/VnWKbyozbPh,
http://www.playvid.com/watch/MasLh-QXyCG, http://www.playvid.com/watch/fdBcArmVye4, http://www.playvid.com/watch/lFytmXTqdVO,
http://www.playvid.com/watch/4NanMyIuU3M, http://www.playvid.com/watch/bc-qlTKgt3G, http://www.playvid.com/watch/83ufNhmIvXn,
http://www.playvid.com/watch/w8w7k9128C0, http://www.playvid.com/watch/IG-oyY8X1yD, http://www.playvid.com/watch/kNAYoWW1CY6,
http://www.playvid.com/watch/dt1-EgdO0Q6, http://www.playvid.com/watch/UUmpdSVnyRj, http://www.playvid.com/watch/QgIBjAvtgJK,
http://www.playvid.com/watch/SJbIBx4vL8D, http://www.playvid.com/watch/WOwPJCPTKi5, http://www.playvid.com/watch/T7EE96B0gLW,
http://www.playvid.com/watch/wwQeuyjd_KA, http://www.playvid.com/watch/3Dz7A5qUWHv, http://www.playvid.com/watch/BMeW3_vYvAh,
http://www.playvid.com/watch/w2TDMpw4BTt, http://www.playvid.com/watch/xyZRoI8s2g8, http://www.playvid.com/watch/NO6BiBr7F9A,

http://www.playvid.com/watch/2MqZ29Gk890, http://www.playvid.com/watch/Wd0PTEGRvhN, http://www.playvid.com/watch/j_FheFf3fOT,
http://www.playvid.com/watch/lCs2MIkjHg4, http://www.playvid.com/watch/dDTzWqSF6xx, http://www.playvid.com/watch/Hz30NCTJPF8,
http://www.playvid.com/watch/Qq35QyD0VOV, http://www.playvid.com/watch/rCFz1hlD_4j, http://www.playvid.com/watch/eCjAil7tcL6,
http://www.playvid.com/watch/bC9c2C-lFj3, http://www.playvid.com/watch/kUrczSyT5t4, http://www.playvid.com/watch/pb5kj0FuloL,
http://www.playvid.com/watch/UB5NNeONpqP, http://www.playvid.com/watch/9fceC-BHXMo, http://www.playvid.com/watch/Nj9heC9yPpm,
http://www.playvid.com/watch/e4d3KNVf9av, http://www.playvid.com/watch/x6OLnqsSnBI, http://www.playvid.com/watch/lhuCF5VREF2,
http://www.playvid.com/watch/yBgNDsHVyMr, http://www.playvid.com/watch/csFFeDU05mt, http://www.playvid.com/watch/4nbHazr9BYY,
http://www.playvid.com/watch/LmUZf-DduNd, http://www.playvid.com/watch/H9j0Y27L2eq, http://www.playvid.com/watch/TtSawXre-3G,
http://www.playvid.com/watch/fjyk7h0KYGI, http://www.playvid.com/watch/X4RZTE20k1C, http://www.playvid.com/watch/n2IBKmRX_BS,
http://www.playvid.com/watch/UP5TTzYPKBB, http://www.playvid.com/watch/iO6Ky7K9zLy, http://www.playvid.com/watch/UYyk17-4qgr,
http://www.playvid.com/watch/JfEqxzboYCH, http://www.playvid.com/watch/OUDqamZi20X, http://www.playvid.com/watch/UKfrnFRtAyj,
http://www.playvid.com/watch/x4rOeQpEHFs, http://www.playvid.com/watch/G23fQGMZ-7t, http://www.playvid.com/watch/2FHKmALcWaS,
http://www.playvid.com/watch/dOBwOOt0heL, http://www.playvid.com/watch/xjok7afnLdK, http://www.playvid.com/watch/BygqieN3ikh,
http://www.playvid.com/watch/4Hc9UBphayO, http://www.playvid.com/watch/u7GO2Gy5HJG, http://www.playvid.com/watch/Xev8PaOyb4u,
http://www.playvid.com/watch/u1IswS3yKLg, http://www.playvid.com/watch/6IZOx-dt1Vi, http://www.playvid.com/watch/XmUjclfJ5FZ,
http://www.playvid.com/watch/0TjRVoG2LCp, http://www.playvid.com/watch/FqWT7wFCqyy, http://www.playvid.com/watch/8CfhiNw-cLj,
http://www.playvid.com/watch/MWl52OUZWN3, http://www.playvid.com/watch/FYj_hkY6bck, http://www.playvid.com/watch/RdbhZhdlvrH,
http://www.playvid.com/watch/55JmfZF6AIl, http://www.playvid.com/watch/okAD9FNtPe5, http://www.playvid.com/watch/BXnj7dkaW2g,
http://www.playvid.com/watch/KmujH5LK7TG, http://www.playvid.com/watch/UETqs1m2bdY, http://www.playvid.com/watch/f6GZr2EwRiT,
http://www.playvid.com/watch/eGz6AhKOJlG, http://www.playvid.com/watch/c7OKO6j8Qh5, http://www.playvid.com/watch/uasmBXZBLcL,
http://www.playvid.com/watch/DCNlVMXg0I6, http://www.playvid.com/watch/M3OUpzYfp5x, http://www.playvid.com/watch/s4XzouV2Zla,
http://www.playvid.com/watch/KYiDSt_f6pL, http://www.playvid.com/watch/3m8mzmYxBbN, http://www.playvid.com/watch/vkTqzyrbCZX,
http://www.playvid.com/watch/VsQaVesO_tJ, http://www.playvid.com/watch/38oawqzH8sd, http://www.playvid.com/watch/D8QfQLEbmJj,
http://www.playvid.com/watch/TGVfYn8GucO, http://www.playvid.com/watch/pmJLk16wkPQ, http://www.playvid.com/watch/qOkl9a49ktC,
http://www.playvid.com/watch/vfqFLTMBUNl, http://www.playvid.com/watch/mqkbCD1U2Ha, http://www.playvid.com/watch/gMGqtrg_wVv,
http://www.playvid.com/watch/KT6lbugXSsw, http://www.playvid.com/watch/oJqi6X_mtQl, http://www.playvid.com/watch/r39I7MNKRWd,
http://www.playvid.com/watch/qP_U9rzjiZC, http://www.playvid.com/watch/OuxvjPikl20, http://www.playvid.com/watch/unJnP6P2jWQ,
http://www.playvid.com/watch/34tY-GMJAFw, http://www.playvid.com/watch/b8krvpjTVMR, http://www.playvid.com/watch/TXDo0c__1OR,
http://www.playvid.com/watch/BgTDtr-kK1h, http://www.playvid.com/watch/kdK6knTCJE6, http://www.playvid.com/watch/HDY50GAsqfe,
http://www.playvid.com/watch/cUKL6s2wXC6, http://www.playvid.com/watch/NimA3GHEEpb, http://www.playvid.com/watch/eWbQHndyQgU,
http://www.playvid.com/watch/CpsAhQ9iztL, http://www.playvid.com/watch/Q5WPgaHBr-u, http://www.playvid.com/watch/avuIAcGSbXq,
http://www.playvid.com/watch/MGc706BXl0H, http://www.playvid.com/watch/HNUQxEpphJR, http://www.playvid.com/watch/LMJIcjbu3-l,
http://www.playvid.com/watch/aPGiNNZ2JWO, http://www.playvid.com/watch/FXuA1w2c2Ln, http://www.playvid.com/watch/Swgk_apwX0v,
http://www.playvid.com/watch/u_bzkB_eVPa, http://www.playvid.com/watch/tFvEPwpBrSR, http://www.playvid.com/watch/jlMr3R8QlX5,
http://www.playvid.com/watch/O6h_wzJa-O6, http://www.playvid.com/watch/pWGTurxjacs, http://www.playvid.com/watch/GiOKhJKdNML,
http://www.playvid.com/watch/gxN_6rKz51t, http://www.playvid.com/watch/4TMvyCxyTDg, http://www.playvid.com/watch/NGdMWUlf1cV,
http://www.playvid.com/watch/NRmaBeOPT8W, http://www.playvid.com/watch/BoGO4NoEw2u, http://www.playvid.com/watch/tZruli-KUCw,
http://www.playvid.com/watch/C6CO5RY9YJ0, http://www.playvid.com/watch/oyQ12EBedZc, http://www.playvid.com/watch/9VmyBtbmCyN,
http://www.playvid.com/watch/8MUuHXRGUGF, http://www.playvid.com/watch/Dn1bpcpsQep, http://www.playvid.com/watch/glP8eC0tAW2,
http://www.playvid.com/watch/XFNuc7umcRL, http://www.playvid.com/watch/GrxqTbdDo8S, http://www.playvid.com/watch/5Xlp4gNJvWH,
http://www.playvid.com/watch/2CcnFm4B-F7, http://www.playvid.com/watch/AB5C0fHuajy, http://www.playvid.com/watch/NaODvLM2D1A,
http://www.playvid.com/watch/HfJx8KTQKWJ, http://www.playvid.com/watch/ZDo9kiJVoyX, http://www.playvid.com/watch/4rM0lE40Zi7,
http://www.playvid.com/watch/TfQM1h5a-KJ, http://www.playvid.com/watch/vJJNKddaPjz, http://www.playvid.com/watch/lu8zUww_Qrm,
http://www.playvid.com/watch/giO5kCIPvyF, http://www.playvid.com/watch/y1V3p7HRd07, http://www.playvid.com/watch/LSKpxT56BMK,
http://www.playvid.com/watch/INaBW-XGRHr, http://www.playvid.com/watch/vd2REgv9buB, http://www.playvid.com/watch/yqizDLCvY6B,
http://www.playvid.com/watch/CFgSr3msx7p, http://www.playvid.com/watch/erAiqQZ6t5H, http://www.playvid.com/watch/5gXWSsoIJ1r,
http://www.playvid.com/watch/W5J55Fcs-gC, http://www.playvid.com/watch/PnwtF2l6esW, http://www.playvid.com/watch/YX00JgCT74f,
http://www.playvid.com/watch/anTWO9PuNMi, http://www.playvid.com/watch/cmLFGlRD59f, http://www.playvid.com/watch/DohZ4iQrOVt,
http://www.playvid.com/watch/5WyJtsctKIi, http://www.playvid.com/watch/ax6FHcZzcEP, http://www.playvid.com/watch/JNyEThxTVxZ,
http://www.playvid.com/watch/LqwRKqnLguu, http://www.playvid.com/watch/DksbMx2EKnJ, http://www.playvid.com/watch/ZAxm3FIC01T,
http://www.playvid.com/watch/nf2WLnLJ5ax, http://www.playvid.com/watch/7ehIPhZaZD0, http://www.playvid.com/watch/z56hb-0QmRW,
http://www.playvid.com/watch/VWfI9ffB_lm, http://www.playvid.com/watch/ryUcoxh_EKJ, http://www.playvid.com/watch/HaGxfI0oKgv,
http://www.playvid.com/watch/ULeCkpKZvaP, http://www.playvid.com/watch/0prBAgcGVm8, http://www.playvid.com/watch/W_A2Dsu1ciL,
http://www.playvid.com/watch/Fr7U31nKocD, http://www.playvid.com/watch/XzejBWgPCm9, http://www.playvid.com/watch/BdjeI6RaO5s,
http://www.playvid.com/watch/9tolUT_dIG5, http://www.playvid.com/watch/dDTm7D2w_bO, http://www.playvid.com/watch/BGhNJHST5pG,
http://www.playvid.com/watch/P4Q8AUc7pax, http://www.playvid.com/watch/4-XjrWu9mJp, http://www.playvid.com/watch/QfOJb_Ll3kM,
http://www.playvid.com/watch/eXzRBaKWvYR, http://www.playvid.com/watch/KgEu0yTZZ5X, http://www.playvid.com/watch/p3rxRnQNQCF,
http://www.playvid.com/watch/j5HFEFax9D6, http://www.playvid.com/watch/pF8hdKaQk2c, http://www.playvid.com/watch/voMpX1mtvgP,
http://www.playvid.com/watch/wll5iSRyR0N, http://www.playvid.com/watch/vcwXtbQWZDC, http://www.playvid.com/watch/qnJqCqvUrWM,
http://www.playvid.com/watch/CtmWJi9hN80, http://www.playvid.com/watch/Qm0gbOme6Cz, http://www.playvid.com/watch/zUYjOZq3RCs,
http://www.playvid.com/watch/lV5vL3bArf9, http://www.playvid.com/watch/Zguqz9ezgJv, http://www.playvid.com/watch/z0Uah2QQs1a,
http://www.playvid.com/watch/89kNxFKIAPN, http://www.playvid.com/watch/FFDTgurQjoj, http://www.playvid.com/watch/47Tn4MQBa9U,
http://www.playvid.com/watch/fOggIYgwPr2, http://www.playvid.com/watch/YU7FQthLuOj, http://www.playvid.com/watch/y-J8fEJ48qE,
http://www.playvid.com/watch/xcNiRumlMRL, http://www.playvid.com/watch/5kwheDuvf6K, http://www.playvid.com/watch/TWkjZUkq87E,
http://www.playvid.com/watch/81VYZTawL5n, http://www.playvid.com/watch/aixTadzF_5l, http://www.playvid.com/watch/4CEI--VbW97,
http://www.playvid.com/watch/C0NX_JcTfjh, http://www.playvid.com/watch/r1a-6MeaHSz, http://www.playvid.com/watch/zf1EbvnsBZl,
http://www.playvid.com/watch/M4fmsvJTGsL, http://www.playvid.com/watch/wfcCvooK2yi, http://www.playvid.com/watch/eKVnJAkJyql,
http://www.playvid.com/watch/VJn0zTg3IDQ, http://www.playvid.com/watch/Y09tueRfPfC, http://www.playvid.com/watch/UlmAM2q6C4S,
http://www.playvid.com/watch/DwoE7FgcnKw, http://www.playvid.com/watch/eYjmWfuVM_r, http://www.playvid.com/watch/NTbGgDSTzLo,
http://www.playvid.com/watch/7WDGdZUOgPq, http://www.playvid.com/watch/zcvtvoocWRD, http://www.playvid.com/watch/e1_zDYHqOzG,
http://www.playvid.com/watch/x_Sde75UjNF, http://www.playvid.com/watch/76GBoDZ4xg4, http://www.playvid.com/watch/Og9DfWSuttG,
http://www.playvid.com/watch/cxlfe_Yw9jE, http://www.playvid.com/watch/qOPRHXwVn9L, http://www.playvid.com/watch/fZ9U_kla0Jv,
http://www.playvid.com/watch/L_RxjrJEQ3r, http://www.playvid.com/watch/IcrHlMR7Z29, http://www.playvid.com/watch/aOqv5znEWlH,
http://www.playvid.com/watch/Y3wfMqQ12AY, http://www.playvid.com/watch/HxgBAaP-hbD, http://www.playvid.com/watch/nFhRida7zjB,
http://www.playvid.com/watch/rKoDVaDo9Ao, http://www.playvid.com/watch/s3BqbeqbeDi, http://www.playvid.com/watch/b49o5Z8ukrx,
http://www.playvid.com/watch/Jl7HzWyk7Qc, http://www.playvid.com/watch/HXPI9NI1GyN, http://www.playvid.com/watch/YsC-kHZUUd8,
http://www.playvid.com/watch/ktZ3_xcqQ-v, http://www.playvid.com/watch/ysZWb4zwOb2, http://www.playvid.com/watch/tojqLyIgMIv,
http://www.playvid.com/watch/7pmjkNCWqQJ, http://www.playvid.com/watch/xNHuB3nFFN0, http://www.playvid.com/watch/NlOeXTu1biq,
http://www.playvid.com/watch/TpYEU0tZlqR, http://www.playvid.com/watch/nchSK5HVkj9, http://www.playvid.com/watch/dOlqAfzF119,
http://www.playvid.com/watch/DbIXKaK9PE9, http://www.playvid.com/watch/w99-dqMRYT4, http://www.playvid.com/watch/s09rj3v5bVi,
http://www.playvid.com/watch/gJK2thLshCF, http://www.playvid.com/watch/rXHVfxNOEtq, http://www.playvid.com/watch/oSMT_ew1LmQ,
http://www.playvid.com/watch/mXLKHQBTkTF, http://www.playvid.com/watch/20fsWcLhvr3, http://www.playvid.com/watch/92ndc0FkuFG,
http://www.playvid.com/watch/zA0BDL94vkC, http://www.playvid.com/watch/YskL_45Qn7R, http://www.playvid.com/watch/Ac-dcQ2e60R,
http://www.playvid.com/watch/cyfW-J6_9Dk, http://www.playvid.com/watch/JXJLkHDk7KB, http://www.playvid.com/watch/4zbLeT0dIww,
http://www.playvid.com/watch/jgqWPGl1mab, http://www.playvid.com/watch/vgcOM5U001G, http://www.playvid.com/watch/m-LNQr6S7Tx,
http://www.playvid.com/watch/59nON_HkmYp, http://www.playvid.com/watch/4KADYIzqAu5, http://www.playvid.com/watch/f7M3YH6pO0p,
http://www.playvid.com/watch/0tYjn8WP5dp, http://www.playvid.com/watch/g5PI6b4pRa5, http://www.playvid.com/watch/dwXy0AXFPXt,
http://www.playvid.com/watch/dlr9FVxl6u3, http://www.playvid.com/watch/lqozPYW34dW, http://www.playvid.com/watch/CLl6hSIvKor,
http://www.playvid.com/watch/t68K4MuGX9Y, http://www.playvid.com/watch/sJ4xoVHdi89, http://www.playvid.com/watch/HemaDfAbqFk,
http://www.playvid.com/watch/8d9aNZrcmAa, http://www.playvid.com/watch/RYy2jyVi3ig, http://www.playvid.com/watch/cNLOFGeyAUm,
http://www.playvid.com/watch/zGrIqWhm2Hh, http://www.playvid.com/watch/cT2qk7eNXK0, http://www.playvid.com/watch/4xWSZQsiA8v,
http://www.playvid.com/watch/QpyIlGzcO5K, http://www.playvid.com/watch/Ql0eugB6G6S, http://www.playvid.com/watch/frIUCDCfHHX,
http://www.playvid.com/watch/jhFJ1G96F_9, http://www.playvid.com/watch/BZrWOSolzW9, http://www.playvid.com/watch/3bC4DoBjIF9,
http://www.playvid.com/watch/iNGFbZ3sK1x, http://www.playvid.com/watch/xS9MnFChSXw, http://www.playvid.com/watch/O6iy_7lg-k8,
http://www.playvid.com/watch/4DSzw4m6rG8, http://www.playvid.com/watch/XNtfJlXxpZP, http://www.playvid.com/watch/r6QiZhMknMt,
http://www.playvid.com/watch/Hb53uwOK85i, http://www.playvid.com/watch/vS5ofYk3PP8, http://www.playvid.com/watch/YR5rwbcc97z,

http://www.playvid.com/watch/mM6Ddiru70Y, http://www.playvid.com/watch/GhgdMaNp7ek, http://www.playvid.com/watch/q58Z1Amo2Qw,
http://www.playvid.com/watch/hkl1-tKlPiZ, http://www.playvid.com/watch/xOCIqMSadOy, http://www.playvid.com/watch/M2xGuCiEIRs,
http://www.playvid.com/watch/0Wc3TTD0f0N, http://www.playvid.com/watch/61VvflqGXFP, http://www.playvid.com/watch/jn4Nev94n_E,
http://www.playvid.com/watch/RJVxrIqgiog, http://www.playvid.com/watch/wDozxdpTFWV, http://www.playvid.com/watch/N11g7bI3zqX,
http://www.playvid.com/watch/MSt1JCuGqJL, http://www.playvid.com/watch/9qey1lvxKPq, http://www.playvid.com/watch/rKHYv9ak-ye,
http://www.playvid.com/watch/r-zNkAfF3Nu, http://www.playvid.com/watch/ievG4SEWd6R, http://www.playvid.com/watch/yH4ZBIGfitX,
http://www.playvid.com/watch/6PPiLXjOxrB, http://www.playvid.com/watch/fw3wGNHkhwq, http://www.playvid.com/watch/PSojMmdjwIT,
http://www.playvid.com/watch/TYfuuA0XpXX, http://www.playvid.com/watch/ZVgOJ0pjGas, http://www.playvid.com/watch/Uz8LHSOVJ_B,
http://www.playvid.com/watch/7Iepq55hiQO, http://www.playvid.com/watch/YZOqCvEzcMe, http://www.playvid.com/watch/VQ2mhtTJz4E,
http://www.playvid.com/watch/v0uQJmlupBm, http://www.playvid.com/watch/6jXvRfL4dks, http://www.playvid.com/watch/qYP31LrcK04,
http://www.playvid.com/watch/w09Goew9Bxx, http://www.playvid.com/watch/xBQhnT8apGU, http://www.playvid.com/watch/h33Dd551Pgu,
http://www.playvid.com/watch/CejUnxlquxk, http://www.playvid.com/watch/kUUliWjsc97, http://www.playvid.com/watch/bsvADStfDvU,
http://www.playvid.com/watch/FhSuiym8beY, http://www.playvid.com/watch/kkXImmX1B1K, http://www.playvid.com/watch/2z1cGITOQMm,
http://www.playvid.com/watch/KWgG5tzPqz7, http://www.playvid.com/watch/g2JxqP4b-SJ, http://www.playvid.com/watch/ARnHtnKaQpv,
http://www.playvid.com/watch/w8uhBTZaDCR, http://www.playvid.com/watch/Cfs-vOoEJIu, http://www.playvid.com/watch/D8nd24zlafO,
http://www.playvid.com/watch/qfXwfM6BJk3, http://www.playvid.com/watch/GLjAQr5Ynwb, http://www.playvid.com/watch/4PuyMJArL1p,
http://www.playvid.com/watch/oIKMioMkp12, http://www.playvid.com/watch/xPzD6tZpsHI, http://www.playvid.com/watch/3el9ixaMgyV,
http://www.playvid.com/watch/xwEXpW5tUYc, http://www.playvid.com/watch/EfjoqYKGUe8, http://www.playvid.com/watch/GErPIxTI8gc,
http://www.playvid.com/watch/mhp_ONdKKZq, http://www.playvid.com/watch/qmXrGK2WXNo, http://www.playvid.com/watch/QKcDPyWlIxR,
http://www.playvid.com/watch/Hnls_aMqyGn, http://www.playvid.com/watch/TgHZHbOuKGE, http://www.playvid.com/watch/YgsGhzEFjY0,
http://www.playvid.com/watch/W65dU6LpVPv, http://www.playvid.com/watch/mc49HlditVA, http://www.playvid.com/watch/9P1i_twleVc,
http://www.playvid.com/watch/dIOHVGN2COk, http://www.playvid.com/watch/X-48DkbkRTC, http://www.playvid.com/watch/IHbD7MNAkZN,
http://www.playvid.com/watch/l0-VIclwpBS, http://www.playvid.com/watch/mb-vcWEbPSk, http://www.playvid.com/watch/HTllzq4Sher,
http://www.playvid.com/watch/rZbRk42De5X, http://www.playvid.com/watch/fKVqKwS3Q3o, http://www.playvid.com/watch/UowsTSKn2dX,
http://www.playvid.com/watch/lvRksJEUI4N, http://www.playvid.com/watch/0Ic01EBbJlH, http://www.playvid.com/watch/Edi3Von-D07,
http://www.playvid.com/watch/u70dGoAtryj, http://www.playvid.com/watch/0CSn1VEkHI2, http://www.playvid.com/watch/NE7l51-lNJm,
http://www.playvid.com/watch/f13AymHPqa3, http://www.playvid.com/watch/P5c_15Susni, http://www.playvid.com/watch/8lnkxWn7nCq,
http://www.playvid.com/watch/g3k1xkH-vfI, http://www.playvid.com/watch/8ib5euilLJG, http://www.playvid.com/watch/FEHF8XLp4tL,
http://www.playvid.com/watch/QrxWCtfO3YU, http://www.playvid.com/watch/fWRTP13REja, http://www.playvid.com/watch/8W4j8jrS-TQ,
http://www.playvid.com/watch/whaSwl10zn8, http://www.playvid.com/watch/bZg31svkOKt, http://www.playvid.com/watch/dMRDY8ryGRv,
http://www.playvid.com/watch/OV1Pjr4VzBK, http://www.playvid.com/watch/JEaprM_JoJx, http://www.playvid.com/watch/hOh8R8C6OeW,
http://www.playvid.com/watch/ZuTdn134JlZ, http://www.playvid.com/watch/N6hvrPZOTPP, http://www.playvid.com/watch/JDNZTVJTvFy,
http://www.playvid.com/watch/A0meNNaXryX, http://www.playvid.com/watch/4Oz0HUTM0BR, http://www.playvid.com/watch/6HxCbmixqLZ,
http://www.playvid.com/watch/kiTNhTRwkhr, http://www.playvid.com/watch/P-s7QA2RLzC, http://www.playvid.com/watch/EpX1aDvjXa8,
http://www.playvid.com/watch/dmQQkBWt9Nz, http://www.playvid.com/watch/cQOdRazXX5e, http://www.playvid.com/watch/a0ZBetKMRqh,
http://www.playvid.com/watch/WNzJEHovNSo, http://www.playvid.com/watch/Mq6sOj92b04, http://www.playvid.com/watch/9y8yEafBLJ6,
http://www.playvid.com/watch/BV-eiM6uG_z, http://www.playvid.com/watch/qLwmNO_gpIl, http://www.playvid.com/watch/uctJ7VVRLFn,
http://www.playvid.com/watch/IGJpt_6W6Db, http://www.playvid.com/watch/K3q8yNFlTSG, http://www.playvid.com/watch/zpC3riXKqsV,
http://www.playvid.com/watch/FIbx8KdZTpS, http://www.playvid.com/watch/JwG85j2k09y, http://www.playvid.com/watch/MLHEGKaheAd,
http://www.playvid.com/watch/BXbJ081RYfP, http://www.playvid.com/watch/7eZGDCevuaB, http://www.playvid.com/watch/bjYBZQzXdix,
http://www.playvid.com/watch/SMTAGF1IJqG, http://www.playvid.com/watch/tQPlf7h2ffl, http://www.playvid.com/watch/58Hivd6FPzv,
http://www.playvid.com/watch/VBhI8Sdz3b5, http://www.playvid.com/watch/sjVlAX2B7GH, http://www.playvid.com/watch/kb1thb49I2v,
http://www.playvid.com/watch/frw4WwBrFsC, http://www.playvid.com/watch/t_cOfQpRF2Z, http://www.playvid.com/watch/xBa860yeGQL,
http://www.playvid.com/watch/3Qz-JcwXbBt, http://www.playvid.com/watch/eNmmqod3wJx, http://www.playvid.com/watch/skjPEUw14k8,
http://www.playvid.com/watch/s7YjBVso51y, http://www.playvid.com/watch/d8hlGQKQMnI, http://www.playvid.com/watch/u_o26X7R3HQ,
http://www.playvid.com/watch/IMucY8ot6bV, http://www.playvid.com/watch/8_HzWA6ENqe, http://www.playvid.com/watch/MwY7OapsZDZ,
http://www.playvid.com/watch/2a2v5LzHqfr, http://www.playvid.com/watch/SArr0QcY-8H, http://www.playvid.com/watch/eF4JpKBbdch,
http://www.playvid.com/watch/Bwoj-sxmwpI, http://www.playvid.com/watch/Jvo-Kc3lX3V, http://www.playvid.com/watch/zQgsejdI70R,
http://www.playvid.com/watch/3HHqvnNc0GH, http://www.playvid.com/watch/6T0uDTZpi70, http://www.playvid.com/watch/2YfjuREs-XL,
http://www.playvid.com/watch/7Xjz2snz_3f, http://www.playvid.com/watch/xC524CYr-2g, http://www.playvid.com/watch/xb1xeOwbv8n,
http://www.playvid.com/watch/K0YzAvVPiEe, http://www.playvid.com/watch/V_pxzLbZhoV, http://www.playvid.com/watch/rCaxVNWKmx3,
http://www.playvid.com/watch/91YgHxOAwRo, http://www.playvid.com/watch/JKap4dwnNeE, http://www.playvid.com/watch/014WQwqycNO,
http://www.playvid.com/watch/9RC6Xy9JVTP, http://www.playvid.com/watch/kfcNNpDiron, http://www.playvid.com/watch/jmz8aPwQeEu,
http://www.playvid.com/watch/LROGvzyhcGA, http://www.playvid.com/watch/ah2JXByeb7J, http://www.playvid.com/watch/YsEGq6EtITI,
http://www.playvid.com/watch/UuOQtOo29qR, http://www.playvid.com/watch/tIloZQBS3qH, http://www.playvid.com/watch/s4JDCB7ghFW,
http://www.playvid.com/watch/D2_YlSrdNlS, http://www.playvid.com/watch/QmoMac5Iwr2, http://www.playvid.com/watch/tG-3ZltbieH,
http://www.playvid.com/watch/FR-AToEodlk, http://www.playvid.com/watch/BSru_s3fxiD, http://www.playvid.com/watch/542_QJ3hgOi,
http://www.playvid.com/watch/IsFRMDiwbgV, http://www.playvid.com/watch/HNH61fdXsk2, http://www.playvid.com/watch/ajhN1TEdroz,
http://www.playvid.com/watch/dAedEOmdDMx, http://www.playvid.com/watch/7x3PFSXpulP, http://www.playvid.com/watch/d9xQdezQiF3,
http://www.playvid.com/watch/FneCcOsh6Lk, http://www.playvid.com/watch/WN_ublblmSh, http://www.playvid.com/watch/NJvCIir2xCG,
http://www.playvid.com/watch/sXajxRu8WXT, http://www.playvid.com/watch/jnN22XR3Q-P, http://www.playvid.com/watch/GkYgZtGs42A,
http://www.playvid.com/watch/Ip0Dfp-zbeW, http://www.playvid.com/watch/WnWl2Md5Yhn, http://www.playvid.com/watch/ba4BLJeaf4r,
http://www.playvid.com/watch/P4_HiI8VXdl, http://www.playvid.com/watch/IEnhs7U63IQ, http://www.playvid.com/watch/uG6eG9iKE8R,
http://www.playvid.com/watch/uMWK3iqOnMI, http://www.playvid.com/watch/DljVPhApsni, http://www.playvid.com/watch/XF9-ngLM6nR,
http://www.playvid.com/watch/eRTOide5pPk, http://www.playvid.com/watch/YLdB316bZcw, http://www.playvid.com/watch/Y_K28tTzuFY,
http://www.playvid.com/watch/t1nphxkJ7qL, http://www.playvid.com/watch/3qHO_bdAhq0, http://www.playvid.com/watch/A5iCzpbwGsg,
http://www.playvid.com/watch/RrvzqL460AO, http://www.playvid.com/watch/0suRIAoXv0a, http://www.playvid.com/watch/mH0OdaLeT5Q,
http://www.playvid.com/watch/067akeMNklK, http://www.playvid.com/watch/oN-XUsFHRVJ, http://www.playvid.com/watch/mpEqqHh_Vb0,
http://www.playvid.com/watch/XfDbaKd7SJP, http://www.playvid.com/watch/R8e3jE83XZf, http://www.playvid.com/watch/MZcU7ITW8CT,
http://www.playvid.com/watch/m29E4Hjr3UL, http://www.playvid.com/watch/EfESO8ngARt, http://www.playvid.com/watch/Gwtl44E4sUY,
http://www.playvid.com/watch/5hvwHJKkvov, http://www.playvid.com/watch/BKtflzJcUf3, http://www.playvid.com/watch/dH0jOm0lJTS,
http://www.playvid.com/watch/4fdBZ5_33LT, http://www.playvid.com/watch/v1LpZau_T5H, http://www.playvid.com/watch/A5EO0WP0ztQ,
http://www.playvid.com/watch/vtbAvtkYFJs, http://www.playvid.com/watch/AhhS3QLY31y, http://www.playvid.com/watch/7zT_MQq4zfE,
http://www.playvid.com/watch/wVlng7Q7JJt, http://www.playvid.com/watch/eIqVyHX-Ywq, http://www.playvid.com/watch/3vftSXc26Cz,
http://www.playvid.com/watch/UpdfNuE8Uow, http://www.playvid.com/watch/bxSY2TezekR, http://www.playvid.com/watch/l-Z1A-4m1Xx,
http://www.playvid.com/watch/8M8qRBU--Mx, http://www.playvid.com/watch/5oNtb0wM_Ig, http://www.playvid.com/watch/gcQYp3n2k1N,
http://www.playvid.com/watch/V5qlbqpBdSp, http://www.playvid.com/watch/j68sOcodRv2, http://www.playvid.com/watch/4DNdoU-6VOY,
http://www.playvid.com/watch/ncoD9ZXMv5C, http://www.playvid.com/watch/W8evrzHX58Q, http://www.playvid.com/watch/LFcm47CM-fB,
http://www.playvid.com/watch/TWurAxFGy59, http://www.playvid.com/watch/5zD5YT8BDat, http://www.playvid.com/watch/9qZgoS3oEJW,
http://www.playvid.com/watch/SCive15jNHz, http://www.playvid.com/watch/M7lihzWQsh9, http://www.playvid.com/watch/dP68f45HFKo,
http://www.playvid.com/watch/fP5uQldJGXI, http://www.playvid.com/watch/TCLndO2y74W, http://www.playvid.com/watch/gD3v0Jc4n3H,
http://www.playvid.com/watch/LLYzbVeCBQ6, http://www.playvid.com/watch/Ws2MQ4z-awB, http://www.playvid.com/watch/cNkAAsUooh4,
http://www.playvid.com/watch/I32mo7krSst, http://www.playvid.com/watch/i0AQZMNowc4, http://www.playvid.com/watch/qgBrcQD26Qi,
http://www.playvid.com/watch/aDeBMrkktnX, http://www.playvid.com/watch/knXv3ynM_cJ, http://www.playvid.com/watch/mP1VVVZ8EF7,
http://www.playvid.com/watch/Alk5eeoSrgW, http://www.playvid.com/watch/VuzCKBUdU56, http://www.playvid.com/watch/C-a59zHfVCW,
http://www.playvid.com/watch/VSUPqrMedv7, http://www.playvid.com/watch/ILrb-a8Iy-U, http://www.playvid.com/watch/x1EOnBmTiIE,
http://www.playvid.com/watch/bmYBY9MHuJR, http://www.playvid.com/watch/pYWLGYM8c0T, http://www.playvid.com/watch/T6JXgvQuwPh,
http://www.playvid.com/watch/eXrRZ-_AB-f, http://www.playvid.com/watch/p9M_604x_T7, http://www.playvid.com/watch/2arzarTHJbs,
http://www.playvid.com/watch/xAUi3uR0DUT, http://www.playvid.com/watch/MUWjx08X8dK, http://www.playvid.com/watch/m3pGmdH5kRi,
http://www.playvid.com/watch/S3wqTFKqKgw, http://www.playvid.com/watch/UGLUWC6PrHn, http://www.playvid.com/watch/AzFlphop-aN,
http://www.playvid.com/watch/BPRATVIpmCA, http://www.playvid.com/watch/pdOeQh8Dlwn, http://www.playvid.com/watch/k1HWMJ0OzEf,
http://www.playvid.com/watch/TgH-9iyrJVE, http://www.playvid.com/watch/G0rKuJdDjJH, http://www.playvid.com/watch/8z16YpXq4ks,
http://www.playvid.com/watch/5Z3BG_R59dx, http://www.playvid.com/watch/Z1tb_APu306, http://www.playvid.com/watch/cmXPuptvCjS,
http://www.playvid.com/watch/ndEw0trVB02, http://www.playvid.com/watch/mAFM9VqeTOK, http://www.playvid.com/watch/hz1IZPSGBHY,
http://www.playvid.com/watch/eGef7hBcBYP, http://www.playvid.com/watch/69wAM62k8ed, http://www.playvid.com/watch/soBtMDMG4uq,
http://www.playvid.com/watch/pwU2kGIxFVw, http://www.playvid.com/watch/2NqU-Mh2C0q, http://www.playvid.com/watch/uKecr_iTBNx,

http://www.playvid.com/watch/DS4R7tvQTRQ, http://www.playvid.com/watch/Oj8s6GOkAWK, http://www.playvid.com/watch/cFtKfXtAbcp,
http://www.playvid.com/watch/X67HJWcfGa0, http://www.playvid.com/watch/Oq5goTLtG_Z, http://www.playvid.com/watch/2fLmc_sSX2K,
http://www.playvid.com/watch/KP1qgQKqEbW, http://www.playvid.com/watch/XPG9XNP8HBz, http://www.playvid.com/watch/6hMGjt9qu19,
http://www.playvid.com/watch/5Gxjk5zJqWk, http://www.playvid.com/watch/ncohBZ3cJTT, http://www.playvid.com/watch/j91Xp_T33Vj,
http://www.playvid.com/watch/TgwJRFwkaL2, http://www.playvid.com/watch/6R_sdXzXLY6, http://www.playvid.com/watch/UyExR131Mwy,
http://www.playvid.com/watch/C943VcWTD5E, http://www.playvid.com/watch/3yxDlKNDlIp, http://www.playvid.com/watch/Bjnn-_k-YvY,
http://www.playvid.com/watch/b9818I-PnKZ, http://www.playvid.com/watch/NEO8JESX8Yy, http://www.playvid.com/watch/f2c7SW9rYuc,
http://www.playvid.com/watch/qlfco3Ued_n, http://www.playvid.com/watch/0Ua6ZTKj-h6, http://www.playvid.com/watch/d-oQOp8nQ4y,
http://www.playvid.com/watch/wyQuuNZPJAU, http://www.playvid.com/watch/vFhgLrelBaP, http://www.playvid.com/watch/7ZRbKNWeZFv,
http://www.playvid.com/watch/GBUYOyDa75Q, http://www.playvid.com/watch/JhSwPdixrsF, http://www.playvid.com/watch/CerbGYyH_Uw,
http://www.playvid.com/watch/SDLfyytms1m, http://www.playvid.com/watch/lbiHP6XMPo7, http://www.playvid.com/watch/evsvctjYDsP,
http://www.playvid.com/watch/4bJM8ZBAULa, http://www.playvid.com/watch/oHVwunQLIDG, http://www.playvid.com/watch/ss7oZmh2uWR,
http://www.playvid.com/watch/Uyn_aScrfd2, http://www.playvid.com/watch/e5R-j_68TVp, http://www.playvid.com/watch/iljyrNE5KEn,
http://www.playvid.com/watch/t8r8apuhD6q, http://www.playvid.com/watch/xZgimf8G0ab, http://www.playvid.com/watch/0sPieojNjXP,
http://www.playvid.com/watch/Vzth9VU-LJ7, http://www.playvid.com/watch/hGPI-dAg-3Z, http://www.playvid.com/watch/wLcLfxWLXAR,
http://www.playvid.com/watch/3UBDmA80LrP, http://www.playvid.com/watch/zxT8ufO4uwx, http://www.playvid.com/watch/YZ5jvm1KbZa,
http://www.playvid.com/watch/0nB_GUs-Ev0, http://www.playvid.com/watch/6PfRczORZfX, http://www.playvid.com/watch/9Wua3sCxRK6,
http://www.playvid.com/watch/ulaP63EuJkg, http://www.playvid.com/watch/xewKp9Vdt4U, http://www.playvid.com/watch/wyvgwoXofrs,
http://www.playvid.com/watch/XV8kJOkYv4E, http://www.playvid.com/watch/PirGHHe8Mkv, http://www.playvid.com/watch/RVFoxKVCSwl,
http://www.playvid.com/watch/lCP0M5tduq8, http://www.playvid.com/watch/jJMDGNcIGeb, http://www.playvid.com/watch/Fm8GDMlIZG6,
http://www.playvid.com/watch/RET2eZBUnRN, http://www.playvid.com/watch/6FpTJn_4F0L, http://www.playvid.com/watch/NlgVaAWJclo,
http://www.playvid.com/watch/2xOTGGzjgzi, http://www.playvid.com/watch/T7CZTeOKOth, http://www.playvid.com/watch/wJsi5ZS4zeT,
http://www.playvid.com/watch/xiCLWbxyLJ8, http://www.playvid.com/watch/DIwJiwkDbvP, http://www.playvid.com/watch/uwKDwFGe9sO,
http://www.playvid.com/watch/X4eOqDvJMxi, http://www.playvid.com/watch/cbRkmTj_U5G, http://www.playvid.com/watch/E3HHc7XKD-9,
http://www.playvid.com/watch/r8Knn2plh2H, http://www.playvid.com/watch/QGT-fzVXA0O, http://www.playvid.com/watch/PywrT8hqKxF,
http://www.playvid.com/watch/E1q5I08sQFu, http://www.playvid.com/watch/pB0Awo7fpf2, http://www.playvid.com/watch/IAZlmr5mV2w,
http://www.playvid.com/watch/KtBQc7JspbQ, http://www.playvid.com/watch/KyZ6GGYDpWN, http://www.playvid.com/watch/vG56IkSGPdZ,
http://www.playvid.com/watch/uCCjge4Vy_0, http://www.playvid.com/watch/vrnIxjtT1IR, http://www.playvid.com/watch/KH_BETHj-6x,
http://www.playvid.com/watch/ClqDjPwAq-V, http://www.playvid.com/watch/2fWSjpdelw7, http://www.playvid.com/watch/9D9gx9mJ6mc,
http://www.playvid.com/watch/xQ3szLXAG7y, http://www.playvid.com/watch/BRQPbF_5cvJ, http://www.playvid.com/watch/44jA0jNfZF9,
http://www.playvid.com/watch/uzgTWRtM9lf, http://www.playvid.com/watch/Y8Hg3K1DhKA, http://www.playvid.com/watch/gDH0ig7Mve4,
http://www.playvid.com/watch/usqywLqXFme, http://www.playvid.com/watch/d1JWKecoWss, http://www.playvid.com/watch/U2B7EUvUpmF,
http://www.playvid.com/watch/GtyIE7X4LOD, http://www.playvid.com/watch/Xy8Z5bR1aFm, http://www.playvid.com/watch/jN7_IKXweiD,
http://www.playvid.com/watch/4TaCEEQgQYa, http://www.playvid.com/watch/cWpmIM6VM1L, http://www.playvid.com/watch/JCFAjyFHrcu,
http://www.playvid.com/watch/q05AgPeNiiZ, http://www.playvid.com/watch/FwUcUPFU0c3, http://www.playvid.com/watch/9yCty1zEvQ2,
http://www.playvid.com/watch/a-VypSSkmwL, http://www.playvid.com/watch/uiOAopgBrn3, http://www.playvid.com/watch/kPdbEfvJkzO,
http://www.playvid.com/watch/ZMSeyRdYih7, http://www.playvid.com/watch/GP3psMxLwvp, http://www.playvid.com/watch/2ShFcAFa0nL,
http://www.playvid.com/watch/IoH_j2GGKer, http://www.playvid.com/watch/sIPMKgov47T, http://www.playvid.com/watch/dlrEsgiwkYP,
http://www.playvid.com/watch/hCGNUt3cMuZ, http://www.playvid.com/watch/a5TxpPZya8R, http://www.playvid.com/watch/R51ik23biLy,
http://www.playvid.com/watch/Ffo-uNBLqIZ, http://www.playvid.com/watch/7tp_gGSuy_S, http://www.playvid.com/watch/BuloUOmM1Sb,
http://www.playvid.com/watch/D9d3RnLYXXY, http://www.playvid.com/watch/Uoa7KAHwP9w, http://www.playvid.com/watch/osRVRqnTHbE,
http://www.playvid.com/watch/4p5JxAzW7yY, http://www.playvid.com/watch/u3aXUDrgJto, http://www.playvid.com/watch/eX-rMM-CsxY,
http://www.playvid.com/watch/wXj5Fe0r8aw, http://www.playvid.com/watch/YScPmhzJetI, http://www.playvid.com/watch/fbp5o7P_dVG,
http://www.playvid.com/watch/bpwX7VBOUA6, http://www.playvid.com/watch/YevBWtZapJ8, http://www.playvid.com/watch/RPRiGQj6LFS,
http://www.playvid.com/watch/tDsQctodjVy, http://www.playvid.com/watch/XeXk9zeb36f, http://www.playvid.com/watch/yrKg1_3xKd7,
http://www.playvid.com/watch/5tqgWhdGlkB, http://www.playvid.com/watch/qGEMBvasCmb, http://www.playvid.com/watch/EXlJrmbuqCY,
http://www.playvid.com/watch/X_hM7rjKLQ8, http://www.playvid.com/watch/2XBYbjFwTQC, http://www.playvid.com/watch/JIwOSl7jb8t,
http://www.playvid.com/watch/9zNH3VrudaL, http://www.playvid.com/watch/851Au3JqpL0, http://www.playvid.com/watch/cKdEmHW4BEW,
http://www.playvid.com/watch/2jbgjLjghlW, http://www.playvid.com/watch/9SEvLZ3Q3c9, http://www.playvid.com/watch/JXa-PtGz_bB,
http://www.playvid.com/watch/6eAQQEIeM8E, http://www.playvid.com/watch/b-RqpQ8Ymsk, http://www.playvid.com/watch/oyA96T-T0m5,
http://www.playvid.com/watch/gTr218ap6oq, http://www.playvid.com/watch/Yf1xMUpw12N, http://www.playvid.com/watch/oWalxZVf3La,
http://www.playvid.com/watch/lzFCU1BOLtw, http://www.playvid.com/watch/crGwkp4M0Ks, http://www.playvid.com/watch/E0ejjLbgatL,
http://www.playvid.com/watch/AxwqE2mT9-D, http://www.playvid.com/watch/jnOJjrrANKN, http://www.playvid.com/watch/y7BPLsZooMs,
http://www.playvid.com/watch/cUM9JuHSk6o, http://www.playvid.com/watch/5H6Su2hpaDQ, http://www.playvid.com/watch/HvjGtqcjmZd,
http://www.playvid.com/watch/ZllYuLXsQEI, http://www.playvid.com/watch/un8k8k8hGX0, http://www.playvid.com/watch/V1JW4azVD-Q,
http://www.playvid.com/watch/ZFbmIqE1Iv0, http://www.playvid.com/watch/jONRRtemKwG, http://www.playvid.com/watch/CDJOiD967KH,
http://www.playvid.com/watch/2E6HIxWIhbB, http://www.playvid.com/watch/GcV3yeusn5s, http://www.playvid.com/watch/P6RBuvqwEpx,
http://www.playvid.com/watch/rjbhQcM_Ilu, http://www.playvid.com/watch/NyoLrqdRXYE, http://www.playvid.com/watch/xGxlul_7Rbb,
http://www.playvid.com/watch/mWp1VDgiRwH, http://www.playvid.com/watch/ZHFNbxgZR3r, http://www.playvid.com/watch/vY4ISneMIyl,
http://www.playvid.com/watch/HlWdFKxoE-k, http://www.playvid.com/watch/SQasTPNJEZI, http://www.playvid.com/watch/ulVuBjuAlfB,
http://www.playvid.com/watch/T0HPF3uVFQT, http://www.playvid.com/watch/GUmqlAlBvcj, http://www.playvid.com/watch/GiU-Qt-tonW,
http://www.playvid.com/watch/M1YGU2V2s4U, http://www.playvid.com/watch/dYHISyj8f_l, http://www.playvid.com/watch/ygyq5T9iYFu,
http://www.playvid.com/watch/cKpnbpoJ7LT, http://www.playvid.com/watch/jdC9V_RPkOw, http://www.playvid.com/watch/sIh5hnqzqDk,
http://www.playvid.com/watch/zbY3z_OVCWA, http://www.playvid.com/watch/ez-R2He34PI, http://www.playvid.com/watch/3D2IE1bgP43,
http://www.playvid.com/watch/3yK88brKtbI, http://www.playvid.com/watch/NT3LD2QDWOE, http://www.playvid.com/watch/T8UmQQUDnf3,
http://www.playvid.com/watch/jYPEJZXl043, http://www.playvid.com/watch/lwBmYcfEZOB, http://www.playvid.com/watch/I77FU5wDLtj,
http://www.playvid.com/watch/hwLP2loRnut, http://www.playvid.com/watch/vCLlHC_RKRm, http://www.playvid.com/watch/LASU1PF-ttH,
http://www.playvid.com/watch/EkIhKbd1gE0, http://www.playvid.com/watch/KP1O1N3j4Ob, http://www.playvid.com/watch/HC96WII1NHE,
http://www.playvid.com/watch/dfyvNZkndqe, http://www.playvid.com/watch/9xM1h0fCGM3, http://www.playvid.com/watch/d37oFrO7fdN,
http://www.playvid.com/watch/pQk6Wt14kYs, http://www.playvid.com/watch/03XD2geRE3V, http://www.playvid.com/watch/ygWx6XypYnZ,
http://www.playvid.com/watch/m1nhs5MBVdN, http://www.playvid.com/watch/hVzrnFHqbps, http://www.playvid.com/watch/Jdejn67n2zS,
http://www.playvid.com/watch/wCXyvylJyrD, http://www.playvid.com/watch/4L40t6Or1bm, http://www.playvid.com/watch/gmpORNfPP9M,
http://www.playvid.com/watch/Qf4D08rex8R, http://www.playvid.com/watch/nFeVYIRJN4d, http://www.playvid.com/watch/NDHHPITvtiv,
http://www.playvid.com/watch/yA1tOnERE2X, http://www.playvid.com/watch/i_QiZQvy952, http://www.playvid.com/watch/QNJeKduA21M,
http://www.playvid.com/watch/BeF26PwzXup, http://www.playvid.com/watch/Eyp-vI1FMg5, http://www.playvid.com/watch/FG09eC47BeH,
http://www.playvid.com/watch/CmHuobnAjiA, http://www.playvid.com/watch/frIGurBiimF, http://www.playvid.com/watch/yd5VQTwXS7o,
http://www.playvid.com/watch/AU8gg8z6YIv, http://www.playvid.com/watch/KbFw46GgxfC, http://www.playvid.com/watch/fGmVs9UzYuY,
http://www.playvid.com/watch/w2TzmOL3xId, http://www.playvid.com/watch/5r96Vc3Ri5n, http://www.playvid.com/watch/Xz0JnMrI0_u,
http://www.playvid.com/watch/qgV91mpGfJv, http://www.playvid.com/watch/TLc0s-7cyly, http://www.playvid.com/watch/8lfxitkL-f5,
http://www.playvid.com/watch/59tTEOoJPck, http://www.playvid.com/watch/2g4ikBDejGu, http://www.playvid.com/watch/BySyM2Ir5cM,
http://www.playvid.com/watch/Nfrv9yB0zgu, http://www.playvid.com/watch/AlE5QDacPMh, http://www.playvid.com/watch/B-WaPxSgdV4,
http://www.playvid.com/watch/33igkr2-0NI, http://www.playvid.com/watch/WT5U02rGYoK, http://www.playvid.com/watch/8s8QXHx7-LY,
http://www.playvid.com/watch/lwWaGP8TiBX, http://www.playvid.com/watch/mfDgdYXk6zx, http://www.playvid.com/watch/TrGaeCtS7O6,
http://www.playvid.com/watch/sYLBW_4jDyG, http://www.playvid.com/watch/QTAVazUiggL, http://www.playvid.com/watch/4MySsiWtxQM,
http://www.playvid.com/watch/0thffrmfROk, http://www.playvid.com/watch/c2ZL_aT96uj, http://www.playvid.com/watch/ghFiQ86sua8,
http://www.playvid.com/watch/YHS35P8JYvH, http://www.playvid.com/watch/pQHD40AzJFg, http://www.playvid.com/watch/UFKPX1Nhb8S,
http://www.playvid.com/watch/DHdaMcI2096, http://www.playvid.com/watch/P3u85qpPRaE, http://www.playvid.com/watch/7DUd6RQMmLs,
http://www.playvid.com/watch/bCXq5BC3rwR, http://www.playvid.com/watch/T9Rad-Fo4j5, http://www.playvid.com/watch/F89xsid-WZa,
http://www.playvid.com/watch/WyLIaZUL2kq, http://www.playvid.com/watch/VrQ9YYLA0Mi, http://www.playvid.com/watch/Zi3msW6jYw5,
http://www.playvid.com/watch/83er04s0v0K, http://www.playvid.com/watch/rYIUds9XFeX, http://www.playvid.com/watch/rHWqvUVrICU,
http://www.playvid.com/watch/0YQzXhEY3me, http://www.playvid.com/watch/NeLaQjGGeBi, http://www.playvid.com/watch/Eov-frN5wJP,
http://www.playvid.com/watch/c5RmaWw9jGt, http://www.playvid.com/watch/nxN7nNRjM_6, http://www.playvid.com/watch/x62fqh4Xhcu,
http://www.playvid.com/watch/XRM-xVweWwy, http://www.playvid.com/watch/rZ5IiUjnO0b, http://www.playvid.com/watch/xignAQPQHMJ,
http://www.playvid.com/watch/BmeHy86NMMi, http://www.playvid.com/watch/Q6ZMEKqgeTJ, http://www.playvid.com/watch/frm2Uza0ObP,
http://www.playvid.com/watch/6q-GXybDpOn, http://www.playvid.com/watch/ZULAu21bHaH, http://www.playvid.com/watch/ZA3Dw0QNQfC,
http://www.playvid.com/watch/ZGe6bvWHdhm, http://www.playvid.com/watch/GfWxWVIXX3L, http://www.playvid.com/watch/T-D0D7ybrSR,

http://www.playvid.com/watch/EpwfC2CNM0d, http://www.playvid.com/watch/GrzX38Z3vDE, http://www.playvid.com/watch/sD9Dw8josXG,
http://www.playvid.com/watch/ts1LU-dvvZn, http://www.playvid.com/watch/lbPOyCD8B5J, http://www.playvid.com/watch/UyhqE2SrMAI,
http://www.playvid.com/watch/rpGVON768BX, http://www.playvid.com/watch/EeXgNy9Tnm9, http://www.playvid.com/watch/fBFc1hAGN4x,
http://www.playvid.com/watch/K0oVNQMGdLf, http://www.playvid.com/watch/OjvBFvlcNhv, http://www.playvid.com/watch/lsU-9eihlvL,
http://www.playvid.com/watch/y0qFj4cVWTp, http://www.playvid.com/watch/vq2Hkq5u1kd, http://www.playvid.com/watch/uawY6BxPvEP,
http://www.playvid.com/watch/FbRZaFQ971y, http://www.playvid.com/watch/F3r55Fe-VEZ, http://www.playvid.com/watch/N8IQX8hnTUy,
http://www.playvid.com/watch/iPF1tit5Gir, http://www.playvid.com/watch/hqrfXQLgkEl, http://www.playvid.com/watch/DV18ZNA7qqk,
http://www.playvid.com/watch/lJ55xmqY43q, http://www.playvid.com/watch/u5Ms2GaOOUI, http://www.playvid.com/watch/GDRNDeUgQc8,
http://www.playvid.com/watch/h7JrvzK506D, http://www.playvid.com/watch/wKhZaOekQPJ, http://www.playvid.com/watch/LdvFmOJyRfQ,
http://www.playvid.com/watch/rwqnaF1JPX6, http://www.playvid.com/watch/8kzMvkHu6rG, http://www.playvid.com/watch/ZHMuvzI70af,
http://www.playvid.com/watch/TUyrEFd4a8T, http://www.playvid.com/watch/a77qLDl1OPH, http://www.playvid.com/watch/tZ1jXbna2OY,
http://www.playvid.com/watch/xtUzu6So49M, http://www.playvid.com/watch/mQphdrhwPX7, http://www.playvid.com/watch/jPgV0rkpKvF,
http://www.playvid.com/watch/HkYlKdg87EO, http://www.playvid.com/watch/6nYZBMKuByQ, http://www.playvid.com/watch/2heqPTjB6X4,
http://www.playvid.com/watch/E6ojFCUSlhg, http://www.playvid.com/watch/U_pH4FZhJh0, http://www.playvid.com/watch/bf4jJQxKXPh,
http://www.playvid.com/watch/Lj1Sxg_OnB6, http://www.playvid.com/watch/DhpD4mK1LWU, http://www.playvid.com/watch/fa7ut4TMVus,
http://www.playvid.com/watch/VgdMPkXVAPN, http://www.playvid.com/watch/i7mer5wPTTg, http://www.playvid.com/watch/agJIJLF4wHu,
http://www.playvid.com/watch/9w29XgeocHW, http://www.playvid.com/watch/ZeHNrTsPfNU, http://www.playvid.com/watch/SntAjTfxyLn,
http://www.playvid.com/watch/j8mn0nUEelD, http://www.playvid.com/watch/nLUVRpt0ths, http://www.playvid.com/watch/7z149Ijr_Oy,
http://www.playvid.com/watch/xsVBiEWTm6x, http://www.playvid.com/watch/Rt_KAl-NUTr, http://www.playvid.com/watch/QQpKi8sZeYL,
http://www.playvid.com/watch/do5Hhpn_A6Y, http://www.playvid.com/watch/c5CuOqMeDRT, http://www.playvid.com/watch/Rc37BcTzj2t,
http://www.playvid.com/watch/DhGFt5vN83O, http://www.playvid.com/watch/NYOKjfyK5v5, http://www.playvid.com/watch/SZTkdtgsfPE,
http://www.playvid.com/watch/A5EF-RwJjxz, http://www.playvid.com/watch/WAGqY53u6zx, http://www.playvid.com/watch/5pP_MDCYO5N,
http://www.playvid.com/watch/zJFw1jFDzAB, http://www.playvid.com/watch/5_XP3JTN3fj, http://www.playvid.com/watch/AWvyeRT9dDQ,
http://www.playvid.com/watch/tTz1WYcXjUX, http://www.playvid.com/watch/dbxe2Tm5I0h, http://www.playvid.com/watch/jJd-hSuAfRt,
http://www.playvid.com/watch/CfL28IGapyv, http://www.playvid.com/watch/rLfx4w5pD48, http://www.playvid.com/watch/GLDKUnoKHwh,
http://www.playvid.com/watch/xhQhwbAlZ0Z, http://www.playvid.com/watch/I6IZ9XPlMjN, http://www.playvid.com/watch/RbK0_tuA6aj,
http://www.playvid.com/watch/SdEOyOhuG_e, http://www.playvid.com/watch/BNO2OhyF1Tj, http://www.playvid.com/watch/HLBv1Vxkdpt,
http://www.playvid.com/watch/y3aqJffJJTv, http://www.playvid.com/watch/s2EMu36UdTb, http://www.playvid.com/watch/RNLNUT-AYsW,
http://www.playvid.com/watch/WpG4X15Pe9D, http://www.playvid.com/watch/zpugjtMFzdm, http://www.playvid.com/watch/znpylHby7xr,
http://www.playvid.com/watch/XZwFd4Zsd9j, http://www.playvid.com/watch/r4Z0X4nHvdd, http://www.playvid.com/watch/XetpH6hn5FL,
http://www.playvid.com/watch/M3ixY4rjKeV, http://www.playvid.com/watch/8r67TE2OgID, http://www.playvid.com/watch/dmMb-u0nm94,
http://www.playvid.com/watch/gPYvnsadK0Y, http://www.playvid.com/watch/WmKkKStU7Aj, http://www.playvid.com/watch/dAczCCapvAY,
http://www.playvid.com/watch/FtXihsHmo0o, http://www.playvid.com/watch/XWNqRVu6sPw, http://www.playvid.com/watch/eCjxVdbrnRM,
http://www.playvid.com/watch/Y8zwjk05VzI, http://www.playvid.com/watch/4uKkOKuUWTD, http://www.playvid.com/watch/84CvS_hGjvG,
http://www.playvid.com/watch/CPYZxiaV-2Z, http://www.playvid.com/watch/AKSX49-STPt, http://www.playvid.com/watch/oFhc-8-Z6c7,
http://www.playvid.com/watch/l1ODWseEK7O, http://www.playvid.com/watch/0obHzx3No4s, http://www.playvid.com/watch/cc7RXWxb2xZ,
http://www.playvid.com/watch/rLXWeNYU_Xk, http://www.playvid.com/watch/SMBD6nAvaAS, http://www.playvid.com/watch/U2Sg-Tj2W2g,
http://www.playvid.com/watch/Z0fOq77FbH8, http://www.playvid.com/watch/4r21L-pTGyg, http://www.playvid.com/watch/8xdzKst76Cg,
http://www.playvid.com/watch/eKP7RfSSYID, http://www.playvid.com/watch/SdvibkWl92g, http://www.playvid.com/watch/hsGioFzOGPl,
http://www.playvid.com/watch/p2G8itUDplr, http://www.playvid.com/watch/oYVEBxxZHZ3, http://www.playvid.com/watch/dDQ_IRPxACp,
http://www.playvid.com/watch/b-pyhqrHeSj, http://www.playvid.com/watch/08j9pHb7KIw, http://www.playvid.com/watch/hnY1iaIYohl,
http://www.playvid.com/watch/KJCHKyfJjrf, http://www.playvid.com/watch/uzlNMORno9W, http://www.playvid.com/watch/dBPxOpfwohX,
http://www.playvid.com/watch/UpCOdLnRaUp, http://www.playvid.com/watch/d03l5yuKAup, http://www.playvid.com/watch/LP3lI-U1HhF,
http://www.playvid.com/watch/KkAVsKMQN1s, http://www.playvid.com/watch/s0y8DjDs6oY, http://www.playvid.com/watch/IxdgD_DjYF5,
http://www.playvid.com/watch/YfTw2JjWnyh, http://www.playvid.com/watch/ErskGzXGgOs, http://www.playvid.com/watch/i6lPQOR2d3z,
http://www.playvid.com/watch/m86jgp1dcsg, http://www.playvid.com/watch/d_bjXgCYiVo, http://www.playvid.com/watch/r7RiVH3ixjw,
http://www.playvid.com/watch/3tixbBYWFZs, http://www.playvid.com/watch/MqeRMoTOW2g, http://www.playvid.com/watch/3EizuUl1RmM,
http://www.playvid.com/watch/jx5KxvPn2cV, http://www.playvid.com/watch/U-xZXVrRP7M, http://www.playvid.com/watch/cYlJFt42uL5,
http://www.playvid.com/watch/XkUeRU311jY, http://www.playvid.com/watch/XNCOKgjKIct, http://www.playvid.com/watch/xDud8JRwKhq,
http://www.playvid.com/watch/E566Ku4eVSz, http://www.playvid.com/watch/C5eO5-8vcw6, http://www.playvid.com/watch/zZpqE0qhXbb,
http://www.playvid.com/watch/e0-qewSwP4v, http://www.playvid.com/watch/QqEveJl3Lqe, http://www.playvid.com/watch/XTAVUZx2zfj,
http://www.playvid.com/watch/J9FPkKAmd3Q, http://www.playvid.com/watch/uQC2EZVwkEb, http://www.playvid.com/watch/PSk7XKLD-aR,
http://www.playvid.com/watch/elhwz2i8Ycw, http://www.playvid.com/watch/iE96s5zSB6Y, http://www.playvid.com/watch/XYHko5UybZv,
http://www.playvid.com/watch/MdGzFH0POqL, http://www.playvid.com/watch/dp6ZoWCpqLP, http://www.playvid.com/watch/8gF0T65FcmD,
http://www.playvid.com/watch/4v5hMW0NnE9, http://www.playvid.com/watch/wtP4i75bWRZ, http://www.playvid.com/watch/7LvGtBS4hJh,
http://www.playvid.com/watch/ElTG5O8C1x6, http://www.playvid.com/watch/5wIJuMVJyKe, http://www.playvid.com/watch/mmD19IZ00-e,
http://www.playvid.com/watch/nNdaAfbhWcO, http://www.playvid.com/watch/5vS4b9F18Hm, http://www.playvid.com/watch/UlPGmZbEY_i,
http://www.playvid.com/watch/FLJ7PS0TfBj, http://www.playvid.com/watch/JVCqGG6c6iH, http://www.playvid.com/watch/cSFWzlNrxMl,
http://www.playvid.com/watch/w7578tkV6uc, http://www.playvid.com/watch/o0UdQGeLhWU, http://www.playvid.com/watch/iA_w0I-3g0R,
http://www.playvid.com/watch/t_hCco_1Kx0, http://www.playvid.com/watch/rOetJMPSyoP, http://www.playvid.com/watch/23qmFhUIDE0,
http://www.playvid.com/watch/jlspoKn_iC2, http://www.playvid.com/watch/7DW_RcDR_th, http://www.playvid.com/watch/4qVO3naJ6Fn,
http://www.playvid.com/watch/ZTbJmoGfVRX, http://www.playvid.com/watch/C5WeoFnvtym, http://www.playvid.com/watch/NgLvGWGzvHI,
http://www.playvid.com/watch/hzqYCfzQpdQ, http://www.playvid.com/watch/Nk3zfBnAbBj, http://www.playvid.com/watch/v2amWgd7l0A,
http://www.playvid.com/watch/WW4k0SvOcke, http://www.playvid.com/watch/dDIUvxFz6lu, http://www.playvid.com/watch/jJ3QldVXLsQ,
http://www.playvid.com/watch/gZyY_ZXZ0gQ, http://www.playvid.com/watch/k4EpJhvzlSC, http://www.playvid.com/watch/Ww_bJhh1j4V,
http://www.playvid.com/watch/lI8CXiXhmNy, http://www.playvid.com/watch/9-_FeJAMyUu, http://www.playvid.com/watch/NjdPHnJxWEa,
http://www.playvid.com/watch/naSQLQ7cwgw, http://www.playvid.com/watch/E6wE84hDWLT, http://www.playvid.com/watch/Fk27XHX0yv4,
http://www.playvid.com/watch/gEbY_Gr9-8F, http://www.playvid.com/watch/nkfr55SXXTk, http://www.playvid.com/watch/Fu6VHeEbT5a,
http://www.playvid.com/watch/fnH7djedmZP, http://www.playvid.com/watch/5eLG5vPo9gI, http://www.playvid.com/watch/OHoNY7HJcoY,
http://www.playvid.com/watch/9o5BW0lBuHu, http://www.playvid.com/watch/8p7mO502VH8, http://www.playvid.com/watch/Vf6n5fBFft0
5.f. Date of third notice: 2015-03-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ering
5.b. Uploader's email address: erin.ging@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ering
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Kv-kkWHCkXn, http://www.playvid.com/watch/3IUpm0U-Ijl,
http://www.playvid.com/watch/GnAmo2NdOvg, http://www.playvid.com/watch/fZvCWmDMA7H, http://www.playvid.com/watch/SPOW5V6Ty7f,
http://www.playvid.com/watch/co6PV75rmRh, http://www.playvid.com/watch/WAeEOAtm2Uo, http://www.playvid.com/watch/QpQFlhlyPvd,
http://www.playvid.com/watch/CueBktarOGS, http://www.playvid.com/watch/TAORYSs5Qwr, http://www.playvid.com/watch/tf9brytBRkN,
http://www.playvid.com/watch/mYdPpNZ7-Gn, http://www.playvid.com/watch/oLpEE0-72mt, http://www.playvid.com/watch/x8wje5sc7iM,
http://www.playvid.com/watch/22mGOBNtIEb, http://www.playvid.com/watch/Bb2XlgTGl4g, http://www.playvid.com/watch/QOYH3WWRLA9,
http://www.playvid.com/watch/HaehAFFlXAG, http://www.playvid.com/watch/hlNVjvZumGJ, http://www.playvid.com/watch/Z-KdkKcSY3p,
http://www.playvid.com/watch/lbAi9vzXCbk, http://www.playvid.com/watch/7wj9SKxFhfO, http://www.playvid.com/watch/HUpJgZL6bGt,
http://www.playvid.com/watch/pNKHeXrYjoy, http://www.playvid.com/watch/FcBb3Y8yKo0, http://www.playvid.com/watch/4HcbOy6hLVF,
http://www.playvid.com/watch/rmyDmwDXZiW, http://www.playvid.com/watch/5INCtAVDxkC, http://www.playvid.com/watch/Z5LOOAtOQHg,
http://www.playvid.com/watch/MEtCI3bHJSG, http://www.playvid.com/watch/vZ4nUDgQns9, http://www.playvid.com/watch/-qtnNbkYSd8,
http://www.playvid.com/watch/3CXhH0BzyUR, http://www.playvid.com/watch/UTwrLdn2Yjc, http://www.playvid.com/watch/mF7jhISrvvu,
http://www.playvid.com/watch/w0be5Yf0yER, http://www.playvid.com/watch/7DqXs3EPXWd, http://www.playvid.com/watch/8WxHSymkNIu,
http://www.playvid.com/watch/lQzDKLn82YD, http://www.playvid.com/watch/XyukOO0sTGf, http://www.playvid.com/watch/eQwPkwSo2h-,
http://www.playvid.com/watch/TgoCbGYmZ6b, http://www.playvid.com/watch/OBpoLz-X4aw, http://www.playvid.com/watch/iAioNiWgg3C,
http://www.playvid.com/watch/JR0-6fi7dv6, http://www.playvid.com/watch/STjHSgY572J, http://www.playvid.com/watch/g640jkCm2fz,
http://www.playvid.com/watch/2vwcXv2UQ-v, http://www.playvid.com/watch/axLQXTpxei3, http://www.playvid.com/watch/rBNo7fb7FmI,
http://www.playvid.com/watch/IeDEyIDGj7F, http://www.playvid.com/watch/U2CRTWAJNln, http://www.playvid.com/watch/TTorAVFrVf4,
http://www.playvid.com/watch/N9AM9LJ5lpz, http://www.playvid.com/watch/ae6gkjRdzsC, http://www.playvid.com/watch/y6gbTtqy4ZZ,
http://www.playvid.com/watch/8AbDRC4zSGD, http://www.playvid.com/watch/HGoWOY8rkTp, http://www.playvid.com/watch/OiIOcysAobf,

http://www.playvid.com/watch/Q07gRpRGukW, http://www.playvid.com/watch/OOSHr6xZdph, http://www.playvid.com/watch/VngVgrkxSHD, http://www.playvid.com/watch/kicjC-uNOTv, http://www.playvid.com/watch/Qtq5gh4dUbr, http://www.playvid.com/watch/xDHNtQV3BK0, http://www.playvid.com/watch/WmeMaZHm-JX, http://www.playvid.com/watch/q9GtESgjEcA, http://www.playvid.com/watch/RN4tx8Fj7NR, http://www.playvid.com/watch/WiAD4mJbwqf, http://www.playvid.com/watch/pqhaO55mitS, http://www.playvid.com/watch/UodR2GPNjPh, http://www.playvid.com/watch/DgKZ74KmuK3, http://www.playvid.com/watch/a2x-MtPbuiF, http://www.playvid.com/watch/mIDjanN6XxA, http://www.playvid.com/watch/u2RHW0jRaWS, http://www.playvid.com/watch/evU-LB9odbV, http://www.playvid.com/watch/e-YnYK5uKYw, http://www.playvid.com/watch/sr3WUUF7bu0, http://www.playvid.com/watch/8PYhy0tALY4, http://www.playvid.com/watch/gX2Ufa-CeSw, http://www.playvid.com/watch/OfGgMY6mrAO, http://www.playvid.com/watch/jddExdoT4Sj, http://www.playvid.com/watch/wW8rSogIhQQ, http://www.playvid.com/watch/KiyFHLFEl6M, http://www.playvid.com/watch/GWjWGS-aSbB, http://www.playvid.com/watch/LKO-7zbJhfE, http://www.playvid.com/watch/0y6kyihifiA, http://www.playvid.com/watch/mok66uteNvb, http://www.playvid.com/watch/QWfIgxtMQYn, http://www.playvid.com/watch/KfCDJmxNsEM, http://www.playvid.com/watch/DhnQwOxEV-J, http://www.playvid.com/watch/BVflqpUcG7J, http://www.playvid.com/watch/b22RBnyspVC, http://www.playvid.com/watch/qXrb2sWrqGS, http://www.playvid.com/watch/5GEsfbMBNRg, http://www.playvid.com/watch/GETuEr0jaJz, http://www.playvid.com/watch/cuk34J4rdtV, http://www.playvid.com/watch/P4-6YljEUNe, http://www.playvid.com/watch/HYJl9uattOX, http://www.playvid.com/watch/am8DwFnuwcv, http://www.playvid.com/watch/lPWbPe3Lodv, http://www.playvid.com/watch/40FxAqWcRLo, http://www.playvid.com/watch/5lwQE2tvXxW, http://www.playvid.com/watch/5WQhWfLka7u, http://www.playvid.com/watch/Xy5zLRzBUGp, http://www.playvid.com/watch/4Fc55Pc0hOt, http://www.playvid.com/watch/F0sCxijT7dG, http://www.playvid.com/watch/ZOJuPd4rDq3, http://www.playvid.com/watch/sKApRy4wPAv, http://www.playvid.com/watch/KKsyKQJHYg9, http://www.playvid.com/watch/x2JeS9G6ekc, http://www.playvid.com/watch/n0B-RgTwOMs, http://www.playvid.com/watch/W-oilqg8-Ch, http://www.playvid.com/watch/pmGaFBJ9qQZ, http://www.playvid.com/watch/52BCd6Twnvo, http://www.playvid.com/watch/r7KCyRCL0dK, http://www.playvid.com/watch/-xrm7KkTmsE, http://www.playvid.com/watch/S6n2iaJ7lmV, http://www.playvid.com/watch/B6tC0Zk3lt5, http://www.playvid.com/watch/qx-lDsLKake, http://www.playvid.com/watch/cjWoKV6VN36, http://www.playvid.com/watch/3AZrkC3YAd3, http://www.playvid.com/watch/7YWPSqX-j5B, http://www.playvid.com/watch/qCUapcdpa-c, http://www.playvid.com/watch/sMf9Evu-QyO, http://www.playvid.com/watch/I-Kx6S8nNMQ, http://www.playvid.com/watch/TG-BwbUtOh3, http://www.playvid.com/watch/yJXIC0QzBIH, http://www.playvid.com/watch/VfWTBa5bFgM, http://www.playvid.com/watch/Yk4XFriJAxC, http://www.playvid.com/watch/c75YDBwBfaC, http://www.playvid.com/watch/xdSxdkw5MSj, http://www.playvid.com/watch/h2xlSpeY6m5, http://www.playvid.com/watch/RhO25Keofxq, http://www.playvid.com/watch/zj8r3v7c3-R, http://www.playvid.com/watch/3A5uJ3m3GED, http://www.playvid.com/watch/rcer2XF7yEt, http://www.playvid.com/watch/HcQxcWLd98I, http://www.playvid.com/watch/RWRgURCyScf, http://www.playvid.com/watch/RixY70R5RZo, http://www.playvid.com/watch/W--voCivVr7, http://www.playvid.com/watch/BugleOidpG0, http://www.playvid.com/watch/CIsLdTpU-80, http://www.playvid.com/watch/3OLoQIH0ItY, http://www.playvid.com/watch/FOgpJInOENe, http://www.playvid.com/watch/2zURNSTSCBX, http://www.playvid.com/watch/ygRAfwcpBEs, http://www.playvid.com/watch/5mARydQjbvN, http://www.playvid.com/watch/FFmtJgAzfXb, http://www.playvid.com/watch/Yf7R4ejdCdK, http://www.playvid.com/watch/Sc5FjI85nmS, http://www.playvid.com/watch/QWg4xzv5zlG, http://www.playvid.com/watch/cK6t0F3b5zN, http://www.playvid.com/watch/q84OUUHo7O0, http://www.playvid.com/watch/-WyN38uYBZ5, http://www.playvid.com/watch/GncAO-ieUtE, http://www.playvid.com/watch/N8R5cjiMw7o, http://www.playvid.com/watch/e3X9eYUUoL3, http://www.playvid.com/watch/ObSSUvJdUy6, http://www.playvid.com/watch/IW8YVRtrIqV, http://www.playvid.com/watch/sLuHGWPKUqY, http://www.playvid.com/watch/tmCzRqmqPAE, http://www.playvid.com/watch/LoDQr9YeKMY, http://www.playvid.com/watch/0gakEcyye6N, http://www.playvid.com/watch/9V9jfKaMCZM, http://www.playvid.com/watch/B9Q7toD0xzC, http://www.playvid.com/watch/cDx8ERNRPjn, http://www.playvid.com/watch/E6fDwE9K2Wq, http://www.playvid.com/watch/nuWVodiVQKZ, http://www.playvid.com/watch/HeEXZVomYWp, http://www.playvid.com/watch/RZ5cDlZmjmR, http://www.playvid.com/watch/VvFNJW9z-WY, http://www.playvid.com/watch/zJO5B5hZn0o, http://www.playvid.com/watch/O9YRCSPzJMK, http://www.playvid.com/watch/l4pc0lMxC5e, http://www.playvid.com/watch/YFrqE--qKmD, http://www.playvid.com/watch/8YaZG4EtqC3, http://www.playvid.com/watch/b25Q8WRybTf, http://www.playvid.com/watch/Z5XyZPRKhTB, http://www.playvid.com/watch/bhFdqH8JZR8, http://www.playvid.com/watch/OfmhqZrgAlS, http://www.playvid.com/watch/0cXtP7-RWCR, http://www.playvid.com/watch/lctgoF9KrID, http://www.playvid.com/watch/3PFuxnUcjqd, http://www.playvid.com/watch/fXZrH7RdnWi, http://www.playvid.com/watch/vIZDzrfsRgz, http://www.playvid.com/watch/cpwKKKl-hzL, http://www.playvid.com/watch/ALd3IlTq-zp, http://www.playvid.com/watch/RZ15RQ15deJ, http://www.playvid.com/watch/0Lz9plshcvq, http://www.playvid.com/watch/bhRoUINyylL, http://www.playvid.com/watch/iFfoaZzaGyj, http://www.playvid.com/watch/i82OjZoBiGM, http://www.playvid.com/watch/n9JTC5Tkmaq, http://www.playvid.com/watch/paQih6Os0FL, http://www.playvid.com/watch/v6tEQmDrKGA, http://www.playvid.com/watch/FKKYzgSGGTv, http://www.playvid.com/watch/UlugS_NDxs4

5.f. Date of third notice: 2014-08-08

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: erosxxx

5.b. Uploader's email address: vikitanugo@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/erosxxx

5.e. List of videos posted by uploader: http://www.playvid.com/watch/S8MotiKvzCD, http://www.playvid.com/watch/iv5ARLVH3ZO, http://www.playvid.com/watch/v8DkoTgBUCC, http://www.playvid.com/watch/Z_CwXp_r1iD, http://www.playvid.com/watch/ewDLHws6pND, http://www.playvid.com/watch/RjCQsnOENLF, http://www.playvid.com/watch/5IRmtrOTTen, http://www.playvid.com/watch/YIZIv5ciaY2, http://www.playvid.com/watch/muYLJQP9HZa, http://www.playvid.com/watch/KMJBzC26zhd, http://www.playvid.com/watch/Gy6bADZhbOD, http://www.playvid.com/watch/fq2mNgtzxvs, http://www.playvid.com/watch/KHS70kffnz7, http://www.playvid.com/watch/uLgoNixtmgh, http://www.playvid.com/watch/rspnpZbGmSj, http://www.playvid.com/watch/6UAgaT9Y29N, http://www.playvid.com/watch/83Uq_kH2kgO, http://www.playvid.com/watch/S_fRHd38UaP, http://www.playvid.com/watch/ZxGtgVUTiXT, http://www.playvid.com/watch/PaGyR0rDH0q, http://www.playvid.com/watch/WnvrKbUAFPs, http://www.playvid.com/watch/6o5VarTM3ij, http://www.playvid.com/watch/do0-iU812cR, http://www.playvid.com/watch/vxYgy5WiT3c, http://www.playvid.com/watch/c-wGM5PuOwB, http://www.playvid.com/watch/8lWGjNxZasu, http://www.playvid.com/watch/zl81I8vu084, http://www.playvid.com/watch/eeFLuS4rJO2, http://www.playvid.com/watch/cVIXJSqD5UK, http://www.playvid.com/watch/Ad1rLJLmXRO, http://www.playvid.com/watch/lq6Rdvl_4lb, http://www.playvid.com/watch/Cwa2vkLh9-t, http://www.playvid.com/watch/L9L-5skf7WU, http://www.playvid.com/watch/3zJtVcuYAUR, http://www.playvid.com/watch/K5mZYmrxy4Z, http://www.playvid.com/watch/ntdg4gb9nkN, http://www.playvid.com/watch/dVgkgXsbw2j, http://www.playvid.com/watch/X7AisVN5ozP, http://www.playvid.com/watch/XwtK-UpAnSL, http://www.playvid.com/watch/GheDJ4arfVv, http://www.playvid.com/watch/FfthwFEYmeu, http://www.playvid.com/watch/G19_bb5GHyN, http://www.playvid.com/watch/TfKrb5L21Fb, http://www.playvid.com/watch/MbCq1KNfg-a, http://www.playvid.com/watch/ijBOdDJURQL, http://www.playvid.com/watch/zc4bXNg7hbM, http://www.playvid.com/watch/OY5YztlPBte, http://www.playvid.com/watch/sC8m0prvAQv, http://www.playvid.com/watch/sciNMdtsb5d, http://www.playvid.com/watch/A9_uOhdIjPE, http://www.playvid.com/watch/8EggZIW5TyP, http://www.playvid.com/watch/MbzZdaScbLW, http://www.playvid.com/watch/cDzKar_U_R9, http://www.playvid.com/watch/NVd0BxWt5RS, http://www.playvid.com/watch/fZMGeckOX4y, http://www.playvid.com/watch/D0YpjtOt6LM, http://www.playvid.com/watch/pIReGe6Y8V7, http://www.playvid.com/watch/DawXT42D5D8, http://www.playvid.com/watch/wEVAyK_Zokz, http://www.playvid.com/watch/6bmdMSWlrfA, http://www.playvid.com/watch/gD2wr43DKbO, http://www.playvid.com/watch/3XytGgPSK-c, http://www.playvid.com/watch/ZOomKil3mso, http://www.playvid.com/watch/O7OI5f5niEE, http://www.playvid.com/watch/d4Z4oye4tkO, http://www.playvid.com/watch/pBc99iiIBkV, http://www.playvid.com/watch/GScIKk0deUg, http://www.playvid.com/watch/AqBnqpU7hEo, http://www.playvid.com/watch/rHeFL7VEqdb, http://www.playvid.com/watch/X42WIxfrnrE, http://www.playvid.com/watch/DNC5W7asXdX, http://www.playvid.com/watch/kKCCLZ34-0I, http://www.playvid.com/watch/8hBk9ITTb4f, http://www.playvid.com/watch/L0rdu5evuoo, http://www.playvid.com/watch/9UbIrshYmow, http://www.playvid.com/watch/M34oWK8QmiS, http://www.playvid.com/watch/xABOSUlKb9A, http://www.playvid.com/watch/QN9Qp97Wkaz, http://www.playvid.com/watch/Zhvmxd6s2ju, http://www.playvid.com/watch/xjMAEjZkMR0, http://www.playvid.com/watch/LmqNGMyjLNz, http://www.playvid.com/watch/K1bdh6IX_Xb, http://www.playvid.com/watch/8eiKkMPfuDx, http://www.playvid.com/watch/USB99RS5Ylh, http://www.playvid.com/watch/m7AFHLSTpJN, http://www.playvid.com/watch/saDMA2Tz--a, http://www.playvid.com/watch/gcenGQqEQM3, http://www.playvid.com/watch/0IytHIFHo0H, http://www.playvid.com/watch/2r_mN3rPO6i, http://www.playvid.com/watch/ib5WsKESeEj, http://www.playvid.com/watch/LVj0sSqHGLt, http://www.playvid.com/watch/w55KshfIe64, http://www.playvid.com/watch/0dLQKyx5PwF, http://www.playvid.com/watch/mC0BE3D2N34, http://www.playvid.com/watch/fFDZanvWJJE, http://www.playvid.com/watch/ixM727gt9CN, http://www.playvid.com/watch/Y3dhxEzScLV, http://www.playvid.com/watch/UhpZmqPLDOV, http://www.playvid.com/watch/kwYlkxcQks9, http://www.playvid.com/watch/l6pYlcXlGeu, http://www.playvid.com/watch/VjKD3VFNMPY, http://www.playvid.com/watch/PAAiAzI5kDY, http://www.playvid.com/watch/clwFqmYg0QC, http://www.playvid.com/watch/vLAg4DwhzEv, http://www.playvid.com/watch/hfq48sqDmgB, http://www.playvid.com/watch/66fwOn30GIL, http://www.playvid.com/watch/IgladSLyuD2, http://www.playvid.com/watch/TGoPfGXld1f, http://www.playvid.com/watch/s44Z4BfwpwI, http://www.playvid.com/watch/bBYwPCy-Trw, http://www.playvid.com/watch/aur6ScFEoep, http://www.playvid.com/watch/O99E3gv2PGt, http://www.playvid.com/watch/VNwfWhV22AL, http://www.playvid.com/watch/7B1b63sIKaQ, http://www.playvid.com/watch/4xdFWVLzWdW, http://www.playvid.com/watch/nAQfHJ62xYh, http://www.playvid.com/watch/Eg2ujRnriC3, http://www.playvid.com/watch/Dhq90Kndgis, http://www.playvid.com/watch/2i-0n8UbLpm, http://www.playvid.com/watch/xvEx5CkuKZ0, http://www.playvid.com/watch/u0i7dlhzyVC, http://www.playvid.com/watch/at4RRbZSc_l, http://www.playvid.com/watch/DcXuZ-KOli8, http://www.playvid.com/watch/fclCy1RO4lX, http://www.playvid.com/watch/lXHRzm_KW8k, http://www.playvid.com/watch/Uz82ZxDj1gy, http://www.playvid.com/watch/OuZBmC4jHur, http://www.playvid.com/watch/nlGJtzx4V_l,

http://www.playvid.com/watch/IMCSJfdsrwz, http://www.playvid.com/watch/JmJIGcqUa7q, http://www.playvid.com/watch/JUEmcKp5dUb, http://www.playvid.com/watch/3A_L78DaBpK, http://www.playvid.com/watch/x3B_HF1xv2t, http://www.playvid.com/watch/qwAs9Nz1HPp, http://www.playvid.com/watch/2eHnYqniTpv, http://www.playvid.com/watch/giwpYqKNJWJ, http://www.playvid.com/watch/NlNNWMVOSAC, http://www.playvid.com/watch/Xb_eSRQ2pZW, http://www.playvid.com/watch/yITN7sh5OSs, http://www.playvid.com/watch/owhYZCncp_P, http://www.playvid.com/watch/lX6Jdv1UaVo, http://www.playvid.com/watch/sKeP_7Foanp, http://www.playvid.com/watch/FeEuhHXVRxc, http://www.playvid.com/watch/ZBzAxcKR1-4, http://www.playvid.com/watch/OMnjLhuRLLO, http://www.playvid.com/watch/AYi6kuFyQ5P, http://www.playvid.com/watch/Bw9mIrBvPyh, http://www.playvid.com/watch/L3gLtfnzVRM, http://www.playvid.com/watch/gOuOYe4i_-b, http://www.playvid.com/watch/eAH4vjYHpzG, http://www.playvid.com/watch/mVXXL6uRaC4, http://www.playvid.com/watch/SudFcW7bsxs, http://www.playvid.com/watch/jtMdMFqiuUj, http://www.playvid.com/watch/6XOwtgOt_XY, http://www.playvid.com/watch/dtY5rwXPy7W, http://www.playvid.com/watch/bCtkuvFiNEj, http://www.playvid.com/watch/YD9rdd9hEKF, http://www.playvid.com/watch/esl2fXaYuUV, http://www.playvid.com/watch/iaEPUJT1rDs, http://www.playvid.com/watch/xJ5EdDtGmLl, http://www.playvid.com/watch/HgfCFlCPl8e, http://www.playvid.com/watch/3YclC68eUMs, http://www.playvid.com/watch/qIxn-8hANCY, http://www.playvid.com/watch/fzS2Bnqv5wL, http://www.playvid.com/watch/UDbiahPSAmI, http://www.playvid.com/watch/bXf_cV5Mcke, http://www.playvid.com/watch/OQCjD7Okz0O, http://www.playvid.com/watch/S7rHMiE9-Wc
5.f. Date of third notice: 2014-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: eRoTiiK
5.b. Uploader's email address: iSkyF71@hotmail.fr
5.d. Uploader's profile: http://www.playvid.com/member/eRoTiiK
5.e. List of videos posted by uploader: http://www.playvid.com/watch/q0rtGiU8CEb, http://www.playvid.com/watch/ybyWrMd3orf, http://www.playvid.com/watch/9sBc2WV6HQx, http://www.playvid.com/watch/bKg9APj74oP, http://www.playvid.com/watch/IlFH7RcFRRk, http://www.playvid.com/watch/2DeFqHl6vGS, http://www.playvid.com/watch/ykfkJulnLFi, http://www.playvid.com/watch/uboOQZFNic2, http://www.playvid.com/watch/L8ZVx9Jv62X, http://www.playvid.com/watch/gUXm6w98VIi, http://www.playvid.com/watch/xBJPp0yUJTe, http://www.playvid.com/watch/rVMDjbUn7BR, http://www.playvid.com/watch/pWztk6nsJqq, http://www.playvid.com/watch/OMq-EE2UsNm, http://www.playvid.com/watch/7dygqPrZDFt
5.f. Date of third notice: 2013-12-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: etienneguy
5.b. Uploader's email address: etienneguy48@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/etienneguy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Gc255sbXeQV, http://www.playvid.com/watch/XzkZCJIEZiD, http://www.playvid.com/watch/qD-tC2jiw_G, http://www.playvid.com/watch/rUDbKXDd07q, http://www.playvid.com/watch/XJYmtfsvfCJ, http://www.playvid.com/watch/PXje3IBJD42, http://www.playvid.com/watch/xmGlRBti-Q0, http://www.playvid.com/watch/AW6KgvxMpMi, http://www.playvid.com/watch/nzVzlxhmfZ9, http://www.playvid.com/watch/60PnHXuU5aL, http://www.playvid.com/watch/igOe2YBEj0p, http://www.playvid.com/watch/i35T_GeJo9M, http://www.playvid.com/watch/0X2_gPkp2TN, http://www.playvid.com/watch/gg9nsvtmTiA, http://www.playvid.com/watch/K-rWSLzTFqU, http://www.playvid.com/watch/u6yHyndpU2u, http://www.playvid.com/watch/sQ4qC51NWeW
5.f. Date of third notice: 2014-05-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: exdeal88
5.b. Uploader's email address: exdeal@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/exdeal88
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0aDShvL1RaC, http://www.playvid.com/watch/HFbFxzlyDKe, http://www.playvid.com/watch/6rWwRig2YNG, http://www.playvid.com/watch/2vCoY3ljaeS, http://www.playvid.com/watch/cuoXjUH3M4u
5.f. Date of third notice: 2014-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: EXTRATERRESTRIAL
5.b. Uploader's email address: e_x_t_r_a_t_e_r_r_e_s_t_r_i_a_l@ymail.com
5.d. Uploader's profile: http://www.playvid.com/member/EXTRATERRESTRIAL
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PB7lri3CtQW, http://www.playvid.com/watch/ucrNK9YUUHH, http://www.playvid.com/watch/7YSSVdDcKhv, http://www.playvid.com/watch/ZELLBuSJglr, http://www.playvid.com/watch/iLCDC-vJrEC, http://www.playvid.com/watch/s7nOE48luQ7, http://www.playvid.com/watch/Hckf6yZCIsi, http://www.playvid.com/watch/S234j0ujCpW, http://www.playvid.com/watch/f-HcTBqDVo8, http://www.playvid.com/watch/c2T-joh9OAv, http://www.playvid.com/watch/jMydMDNDreu, http://www.playvid.com/watch/qq2NuL28tam, http://www.playvid.com/watch/chD-bjjvV-3, http://www.playvid.com/watch/AGLA39rNOjh, http://www.playvid.com/watch/cePWoKfeRmX, http://www.playvid.com/watch/b4oTrxDDvdj, http://www.playvid.com/watch/zMFMb8ysFho, http://www.playvid.com/watch/Z3DpspbyAhZ, http://www.playvid.com/watch/YEy6THLpWAK, http://www.playvid.com/watch/rSyRAZ3AMW2, http://www.playvid.com/watch/qBGzaoIlarn, http://www.playvid.com/watch/xSVQ4rS3q30, http://www.playvid.com/watch/BPKxc45PEnd, http://www.playvid.com/watch/wSbRAe4wal2, http://www.playvid.com/watch/Z6fgSVlhJwz, http://www.playvid.com/watch/SXUQ42LILq7, http://www.playvid.com/watch/yvwAmHYzrL3, http://www.playvid.com/watch/2h97mx3mkGe, http://www.playvid.com/watch/P9Y3lIArcr9, http://www.playvid.com/watch/KBzzX-EpTQh, http://www.playvid.com/watch/irRWKb4A9B-, http://www.playvid.com/watch/mQf8NZwzcoF, http://www.playvid.com/watch/MlVFNzSUgVe, http://www.playvid.com/watch/cGOjbG7vx8U, http://www.playvid.com/watch/CtzTX6vkAV6, http://www.playvid.com/watch/luJEnsA2cdb, http://www.playvid.com/watch/UmtwwcAu8fA, http://www.playvid.com/watch/VBDCV8yDMeW, http://www.playvid.com/watch/bBQ3Unb7zGb, http://www.playvid.com/watch/Lz4ceR5d3Aq, http://www.playvid.com/watch/wSU9QygvMRb, http://www.playvid.com/watch/4Fve5qngPrT, http://www.playvid.com/watch/xPwfOF48Lrv, http://www.playvid.com/watch/0uaIKPABr2a, http://www.playvid.com/watch/kmorLQ7qP0y, http://www.playvid.com/watch/d8kaIe0BshQ, http://www.playvid.com/watch/9rAOfmXkdGj, http://www.playvid.com/watch/ZBv-U5Au3n6, http://www.playvid.com/watch/DRhVY0-YTCT, http://www.playvid.com/watch/j3teyhLqShM, http://www.playvid.com/watch/pbHspkBaLJH, http://www.playvid.com/watch/ZnrKZ2kll-q, http://www.playvid.com/watch/EAjcunHMeRu, http://www.playvid.com/watch/lCPvpKewHZ6, http://www.playvid.com/watch/665qLvAU-QW, http://www.playvid.com/watch/67qLHWwMIKl, http://www.playvid.com/watch/svCnVapW0xT, http://www.playvid.com/watch/Qi4fjIUELbZ, http://www.playvid.com/watch/Qyx9RzD-3Xw, http://www.playvid.com/watch/CqLJCMhzRAC, http://www.playvid.com/watch/nFSWE9tHwSZ, http://www.playvid.com/watch/6ZMyCEZM3Gw, http://www.playvid.com/watch/8WmF93zcUPK, http://www.playvid.com/watch/ftDKGoTKVUp, http://www.playvid.com/watch/e2y63Y2wagV, http://www.playvid.com/watch/90kZILgFUwA, http://www.playvid.com/watch/ddJkUT2LlMA, http://www.playvid.com/watch/9LtwmSucqHM, http://www.playvid.com/watch/lD78YZKdmTR, http://www.playvid.com/watch/J2Dnl8A-yIR, http://www.playvid.com/watch/l6iMLwFkSvV, http://www.playvid.com/watch/nwwyvSjVvWh, http://www.playvid.com/watch/mg3M-8QqZ7d, http://www.playvid.com/watch/uGyv84VUByk, http://www.playvid.com/watch/9lm0fLHWZb3, http://www.playvid.com/watch/asqs8i5vAEM, http://www.playvid.com/watch/NMYlh-tHuwH, http://www.playvid.com/watch/M0MLHe-BFHR, http://www.playvid.com/watch/SXxyzjQwgZK, http://www.playvid.com/watch/apczHQeP7SS, http://www.playvid.com/watch/CkRObQb-eLP, http://www.playvid.com/watch/kDU3odzJBgI, http://www.playvid.com/watch/A77y2MT47s-, http://www.playvid.com/watch/K87PkvWcopC, http://www.playvid.com/watch/Muz4Be62c-m, http://www.playvid.com/watch/oEop8VeJytT, http://www.playvid.com/watch/2nMSd3qfnq-, http://www.playvid.com/watch/8kSmI-3Fqmi, http://www.playvid.com/watch/2KNCvG6Zbxd, http://www.playvid.com/watch/K2TIx0294Ua, http://www.playvid.com/watch/QAqdiVIjrmR, http://www.playvid.com/watch/EODEnow8b-s, http://www.playvid.com/watch/8qgqhTT3JsM, http://www.playvid.com/watch/Rxzm7pC77py, http://www.playvid.com/watch/QNtLThLYMyV, http://www.playvid.com/watch/EAtB8ozMyhb, http://www.playvid.com/watch/guFZrqGV5QZ, http://www.playvid.com/watch/pWe2xCQYIpe, http://www.playvid.com/watch/DgNAcIpkMf4, http://www.playvid.com/watch/J8BoqTQQ0lL, http://www.playvid.com/watch/-lRfM08OwbW, http://www.playvid.com/watch/7RAMEjIa0fT, http://www.playvid.com/watch/L44glynyBMY, http://www.playvid.com/watch/bpdDxKhjY7Q, http://www.playvid.com/watch/hZOkRXXvSAO, http://www.playvid.com/watch/0OBKytsasZb, http://www.playvid.com/watch/H8OKnMgtYA-, http://www.playvid.com/watch/0Uv5fyKPKYY, http://www.playvid.com/watch/llRr-W0mxug, http://www.playvid.com/watch/OIWZ30oOoKT, http://www.playvid.com/watch/YhX28QU7q53, http://www.playvid.com/watch/IPCWu7zEv7R, http://www.playvid.com/watch/jHsymcqeQnk, http://www.playvid.com/watch/VLinIrNQ6kw, http://www.playvid.com/watch/lqbrgBDqhMM, http://www.playvid.com/watch/v5AG2AdxVBw, http://www.playvid.com/watch/Djw3dq2pjPD, http://www.playvid.com/watch/Ted3P0hZ5ZP, http://www.playvid.com/watch/ut8C2z7BeMA, http://www.playvid.com/watch/h9Ikn9AR4Au, http://www.playvid.com/watch/054aLmVGV0Z, http://www.playvid.com/watch/pDcAXrysVyG, http://www.playvid.com/watch/Ihmpp85sKxt, http://www.playvid.com/watch/2ldTiSr2nsE, http://www.playvid.com/watch/0A96q3ZfKGA, http://www.playvid.com/watch/MUB9Q6DPrPy, http://www.playvid.com/watch/fvBVx3IfWmW, http://www.playvid.com/watch/Kn8U987qkzs, http://www.playvid.com/watch/LmOxemGBnEg, http://www.playvid.com/watch/9fJeOjV7P7r, http://www.playvid.com/watch/kwoqLHNyzfr,

http://www.playvid.com/watch/IaBCEqAxwG5, http://www.playvid.com/watch/CfXeuWhGTQv, http://www.playvid.com/watch/t7XEuvWcRDA, http://www.playvid.com/watch/pwcyJu37NMX, http://www.playvid.com/watch/Xjpv95LOTKI, http://www.playvid.com/watch/H6ZAfG34A-u, http://www.playvid.com/watch/kL3TpYycqu8, http://www.playvid.com/watch/7jGKrs8pTMX, http://www.playvid.com/watch/LP6l-062sWr, http://www.playvid.com/watch/AilYoOLFVJs, http://www.playvid.com/watch/D5oQnEvqTjb, http://www.playvid.com/watch/XCv9FbDnS4v, http://www.playvid.com/watch/qJSoWNsDFSH, http://www.playvid.com/watch/UBOclk3xkms, http://www.playvid.com/watch/dI4Jfb7iSn2, http://www.playvid.com/watch/0tm2wmqBsjr, http://www.playvid.com/watch/4Nr5pJK7YRa, http://www.playvid.com/watch/pIHEISKNo-L, http://www.playvid.com/watch/9GAijynDPrk, http://www.playvid.com/watch/5DLY7IT-yLC, http://www.playvid.com/watch/QPf6rGMqqre, http://www.playvid.com/watch/8uNtz7tVrlx, http://www.playvid.com/watch/bo-4NGA-vI-, http://www.playvid.com/watch/2Syc-AG3jyj, http://www.playvid.com/watch/7oEyh4ktjyn, http://www.playvid.com/watch/UuBgMhUAwUC, http://www.playvid.com/watch/y9TSVohnpbs, http://www.playvid.com/watch/VfQCdwFoCAr, http://www.playvid.com/watch/jqJRYIdzlwl, http://www.playvid.com/watch/96jNlXsJ5o7, http://www.playvid.com/watch/uf-vm9HyUkU, http://www.playvid.com/watch/vjo-Md3zMrJ, http://www.playvid.com/watch/lNF698nuUvI, http://www.playvid.com/watch/dQOZIxR7Nqp, http://www.playvid.com/watch/fDSCBkW-Gid, http://www.playvid.com/watch/LbNSILj6no2, http://www.playvid.com/watch/3DhqebEQQ0O, http://www.playvid.com/watch/t3knSN38cmY, http://www.playvid.com/watch/icLm769Ihs0, http://www.playvid.com/watch/SCwWBnL2wZW, http://www.playvid.com/watch/x6u9g7C6fqJ, http://www.playvid.com/watch/HnpG6oL8yia, http://www.playvid.com/watch/7kqHlsfBE63, http://www.playvid.com/watch/S5Fgx96oaMt, http://www.playvid.com/watch/hZ6YyCYibKh, http://www.playvid.com/watch/VapwDGDlqzL, http://www.playvid.com/watch/HwwobjVYnLK, http://www.playvid.com/watch/VhDJDXH90Nd, http://www.playvid.com/watch/EkJwWGckzmq, http://www.playvid.com/watch/EFMVr4JDDSb, http://www.playvid.com/watch/9vWJ5ezJJHs, http://www.playvid.com/watch/F-7XY4oWmfj, http://www.playvid.com/watch/XfDp4CVUAZT, http://www.playvid.com/watch/JW8T8cIkr6d, http://www.playvid.com/watch/j2CjsWOU6DX, http://www.playvid.com/watch/lFSsEkjmRp3, http://www.playvid.com/watch/3i5xUTy4W-h, http://www.playvid.com/watch/0vwHO3PgVLF, http://www.playvid.com/watch/NI0BdpL5KSJ, http://www.playvid.com/watch/w62s4kdp6Y0, http://www.playvid.com/watch/eJ0ZsVq9LzR, http://www.playvid.com/watch/9rkQLoToe2G, http://www.playvid.com/watch/JKA2OsNd7jk, http://www.playvid.com/watch/zXXftrlj7KQ, http://www.playvid.com/watch/cgzWGGv7dH3, http://www.playvid.com/watch/3JLCc53FfuC, http://www.playvid.com/watch/bAQDLp6k3yi, http://www.playvid.com/watch/kaNMYv2LdNg, http://www.playvid.com/watch/mykDK2qh4bB, http://www.playvid.com/watch/lVdxZXUPcMy, http://www.playvid.com/watch/w8JKVaJAUtO, http://www.playvid.com/watch/vyXb3Uz4gUk, http://www.playvid.com/watch/-zXVGW0lQ-L, http://www.playvid.com/watch/R5WsUzW7izy, http://www.playvid.com/watch/YFjQFjuOChJ, http://www.playvid.com/watch/gjtWpiodKsC, http://www.playvid.com/watch/QuwdwlE5vwT, http://www.playvid.com/watch/N7gw3Ikpt4g, http://www.playvid.com/watch/SdShdvenlF-, http://www.playvid.com/watch/piUKgPh9LHE, http://www.playvid.com/watch/FLM7hoaDQJa, http://www.playvid.com/watch/-XhmuACXo-3, http://www.playvid.com/watch/AGVxJnlGX0N, http://www.playvid.com/watch/kQIl0azXogv, http://www.playvid.com/watch/8x5RYOIbx5I, http://www.playvid.com/watch/ot9V7fPVKHc, http://www.playvid.com/watch/fpzEGUUpmte, http://www.playvid.com/watch/qBoZKzAwBhN, http://www.playvid.com/watch/eBVfc9iU8NR, http://www.playvid.com/watch/EajtHu6uSco, http://www.playvid.com/watch/YwtPyalgQF3, http://www.playvid.com/watch/7W23yYP3VkZ, http://www.playvid.com/watch/sz3t79L58mJ, http://www.playvid.com/watch/OVjmKipLKe6, http://www.playvid.com/watch/cB6QRJeKjj3, http://www.playvid.com/watch/U2lS7J0XPH8, http://www.playvid.com/watch/KwUb6HfDKrO, http://www.playvid.com/watch/NtcqkF-oWV4, http://www.playvid.com/watch/PIXol57uRLR, http://www.playvid.com/watch/6yOzV35cl9b, http://www.playvid.com/watch/w8IkNire-Ox, http://www.playvid.com/watch/Tck3OOSw-Cu, http://www.playvid.com/watch/wnDZS6TUldr, http://www.playvid.com/watch/diyKDGy8gjT, http://www.playvid.com/watch/DDf5vNZPnGW, http://www.playvid.com/watch/43sS-9DTSaM, http://www.playvid.com/watch/QlpRaAaHVyL, http://www.playvid.com/watch/aqSdg4L8Xvf, http://www.playvid.com/watch/bxmxYcrNUop, http://www.playvid.com/watch/9FgGLmav2Uk, http://www.playvid.com/watch/CSm5Cb7Zaub, http://www.playvid.com/watch/pxkSITIwxfO, http://www.playvid.com/watch/Ewi7d--Zkz0, http://www.playvid.com/watch/Dg6ThH6gzC0, http://www.playvid.com/watch/H3QwJGNsMRp, http://www.playvid.com/watch/c84udRom6A6, http://www.playvid.com/watch/rtnhacVxSn7, http://www.playvid.com/watch/rL2p6slNMdl, http://www.playvid.com/watch/k4uKiRBE5iz, http://www.playvid.com/watch/Vuxs72ApD5F, http://www.playvid.com/watch/Jn2sCK5s4VJ, http://www.playvid.com/watch/Blib29CQ748, http://www.playvid.com/watch/QqwUFokKSXi, http://www.playvid.com/watch/C7be8sG-Abc, http://www.playvid.com/watch/qD4xozIxaPk, http://www.playvid.com/watch/06clDykrwh8, http://www.playvid.com/watch/ceTPVWum9pL, http://www.playvid.com/watch/DMgRtdpkr3Q, http://www.playvid.com/watch/EsicI2krRo2, http://www.playvid.com/watch/y5hNl9sCqEQ, http://www.playvid.com/watch/mr5HTT7McTC, http://www.playvid.com/watch/T3ljD7a2Xda, http://www.playvid.com/watch/cXArtcXh-lv, http://www.playvid.com/watch/xBLluDmYuyw, http://www.playvid.com/watch/9mkDeVl8uhH, http://www.playvid.com/watch/qHtYlDrIn-G, http://www.playvid.com/watch/u98mhiSi0GJ, http://www.playvid.com/watch/b4ftLqb986a, http://www.playvid.com/watch/88uuTvKN-mY, http://www.playvid.com/watch/vMoUtZPkCFH, http://www.playvid.com/watch/GY4kJb9KjZg, http://www.playvid.com/watch/C3HhyFSENF9, http://www.playvid.com/watch/3yo-wiEN4Cz, http://www.playvid.com/watch/MG0nQcryGv2, http://www.playvid.com/watch/d9jtLENl5jU, http://www.playvid.com/watch/zPyQEl75wCX, http://www.playvid.com/watch/UvHQzKRfuJC, http://www.playvid.com/watch/4MAHEhhKyLI, http://www.playvid.com/watch/jJDJgjddYhS, http://www.playvid.com/watch/JAYSQUbCN5S, http://www.playvid.com/watch/Uh8WGiObIBQ, http://www.playvid.com/watch/DnEEnzaEwzQ, http://www.playvid.com/watch/HL3T43-hGQ7, http://www.playvid.com/watch/NxyiFJg9UJM, http://www.playvid.com/watch/ERSCYtHVolB, http://www.playvid.com/watch/U0lWnoVnPbg, http://www.playvid.com/watch/2LvBSUkbR08, http://www.playvid.com/watch/fhXK8Fr8NBv, http://www.playvid.com/watch/2B6FYq-Tfrs, http://www.playvid.com/watch/dTwyVTv737T, http://www.playvid.com/watch/BKDxLJDhs5G, http://www.playvid.com/watch/GgzPKGg2RDk, http://www.playvid.com/watch/y6L7yJ9NN8n, http://www.playvid.com/watch/6nbEDJgPMhw, http://www.playvid.com/watch/lZUEA3TB5hC, http://www.playvid.com/watch/Tw9QbRExqNO, http://www.playvid.com/watch/SCpDeFgbLU3, http://www.playvid.com/watch/f77WRB62JxS, http://www.playvid.com/watch/hahtlGFuqg0, http://www.playvid.com/watch/Lng4BXj9tYA, http://www.playvid.com/watch/StCMqz4YzWq, http://www.playvid.com/watch/ptisCOfxGln, http://www.playvid.com/watch/Z3JdOZbzMQt, http://www.playvid.com/watch/6sfv6706pYi, http://www.playvid.com/watch/t7KekT-S4CE, http://www.playvid.com/watch/ZOwxVLdhgod, http://www.playvid.com/watch/y3gC6glppWK, http://www.playvid.com/watch/MQgKCKAPTy8, http://www.playvid.com/watch/RG3x28OcNOr

5.f. Date of third notice: 2013-10-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fabia
5.b. Uploader's email address: bimbompetr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/fabia
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HydXT7prtV2, http://www.playvid.com/watch/NU7qsoxHTET, http://www.playvid.com/watch/7eFf3oo4J4r, http://www.playvid.com/watch/ZiB0Tiln36z, http://www.playvid.com/watch/h7PF7Ag3p3x, http://www.playvid.com/watch/hRGJugcpf3A, http://www.playvid.com/watch/yFkW7LB7eYW, http://www.playvid.com/watch/W0zLpagB5HH, http://www.playvid.com/watch/5Xv2BxomwLf, http://www.playvid.com/watch/qIwOgWcwT-j, http://www.playvid.com/watch/ALUhuLxMDb9, http://www.playvid.com/watch/sGf9cwIDQkY, http://www.playvid.com/watch/-LkEfFaybqy, http://www.playvid.com/watch/5VCMofgATlf, http://www.playvid.com/watch/aS6U6ZspBQC, http://www.playvid.com/watch/7biPLzvRo4H, http://www.playvid.com/watch/sI7qgSiYZoa, http://www.playvid.com/watch/5YZKTZ6xKNL, http://www.playvid.com/watch/AoCXc0q2GQ5, http://www.playvid.com/watch/Ew9pzVBTNnb, http://www.playvid.com/watch/jheJSGLYUWo, http://www.playvid.com/watch/Dh3d29-W2GC, http://www.playvid.com/watch/x0dfVvw-nlH, http://www.playvid.com/watch/AdEe54DH9B9, http://www.playvid.com/watch/a-5mvaVa8gT, http://www.playvid.com/watch/eLqXFH-C3Vh, http://www.playvid.com/watch/YKhJhAAB4yY, http://www.playvid.com/watch/2cKNZxzKOCE, http://www.playvid.com/watch/4q6Km5sMsZH, http://www.playvid.com/watch/h2aVXg4XVQU, http://www.playvid.com/watch/JA9ICg4lmhp, http://www.playvid.com/watch/LeQyYvQIf9G, http://www.playvid.com/watch/f9OuaX5VJDP, http://www.playvid.com/watch/5sUnc2PRN4a, http://www.playvid.com/watch/z4flpBkCNSS, http://www.playvid.com/watch/YrxAJ7CFPJa, http://www.playvid.com/watch/XDc4k6gCBnr, http://www.playvid.com/watch/f3MxOQmnnNS, http://www.playvid.com/watch/d2oVY9qMxzy, http://www.playvid.com/watch/dHF65L3eVI-, http://www.playvid.com/watch/LmTOC4bUCym, http://www.playvid.com/watch/8ZUNMnAD37q, http://www.playvid.com/watch/CLDRAJeWZIg, http://www.playvid.com/watch/vhbZ7fT2u-2, http://www.playvid.com/watch/NXyjO5ni43Q, http://www.playvid.com/watch/nG3p-tugssP, http://www.playvid.com/watch/dPalxAPvGrQ, http://www.playvid.com/watch/9RksxI0jcsr, http://www.playvid.com/watch/jN8zs3aoUU4, http://www.playvid.com/watch/yhhhEYZVS27, http://www.playvid.com/watch/5BPxM6JIuaa, http://www.playvid.com/watch/G7fjlnaRXpm, http://www.playvid.com/watch/aaZURsTb5nk, http://www.playvid.com/watch/XNeQSPT2j6B, http://www.playvid.com/watch/ppWsAFuduRe, http://www.playvid.com/watch/WmNgpS7b0Te, http://www.playvid.com/watch/fX4jWjKjwLI, http://www.playvid.com/watch/2MdXhMDJg8W, http://www.playvid.com/watch/6rbizCJeKY4, http://www.playvid.com/watch/a0D3TObYQNR, http://www.playvid.com/watch/RCOIzBZuVD9, http://www.playvid.com/watch/0-6dCdBk6tR, http://www.playvid.com/watch/gC7XrJkbFQ5, http://www.playvid.com/watch/5Xn53RsyrhV, http://www.playvid.com/watch/WxZgBXQsdjy, http://www.playvid.com/watch/-HxcyqH2AQN, http://www.playvid.com/watch/q50bsHdtViL, http://www.playvid.com/watch/VeBg7up4bRu, http://www.playvid.com/watch/D0XGj2ilHyd, http://www.playvid.com/watch/3zfPi7bzfAe, http://www.playvid.com/watch/Zz2bYLwkKwG, http://www.playvid.com/watch/YIZDnoYNNrR, http://www.playvid.com/watch/TTm05KGck0k, http://www.playvid.com/watch/KmFyF8v4BAI, http://www.playvid.com/watch/3TPJUa2j2Lz, http://www.playvid.com/watch/9C3iIxKbZoL, http://www.playvid.com/watch/MhuUeMxutx5, http://www.playvid.com/watch/iL-BZhWrt5q, http://www.playvid.com/watch/hwmGlklc6Go, http://www.playvid.com/watch/meh7QXZj-CQ, http://www.playvid.com/watch/s-A8eTYDGm8, http://www.playvid.com/watch/AawEcpcC0yU, http://www.playvid.com/watch/COam6jKoQO-, http://www.playvid.com/watch/ueLep3Q6bRz, http://www.playvid.com/watch/BO-ivad7dQ2, http://www.playvid.com/watch/-vkK4vEBq6V, http://www.playvid.com/watch/AoKLnVrpD-3, http://www.playvid.com/watch/va8SZRazTvB, http://www.playvid.com/watch/psyjcmulBKi,

http://www.playvid.com/watch/MNSkqTCTTYG, http://www.playvid.com/watch/IpxwX9gDCMa, http://www.playvid.com/watch/5IDJeb5gSwA,
http://www.playvid.com/watch/yE6ODzq8-KO, http://www.playvid.com/watch/tx84QX26HqI, http://www.playvid.com/watch/y0T6eTH6dXx,
http://www.playvid.com/watch/AHWMP87sXBG, http://www.playvid.com/watch/C3G2oN3jqPZ, http://www.playvid.com/watch/w9x3iiqlAHv,
http://www.playvid.com/watch/bSLgEWbSkd4, http://www.playvid.com/watch/uUvc9tPlIfU, http://www.playvid.com/watch/iYNf5vTp-MB,
http://www.playvid.com/watch/rax8NcuDqjN, http://www.playvid.com/watch/oS7MotbwxTv, http://www.playvid.com/watch/dJKfu4OtIIK,
http://www.playvid.com/watch/8IoIixgl3v7, http://www.playvid.com/watch/nMYOQvDWo6G, http://www.playvid.com/watch/6ZdnQm7KPi0,
http://www.playvid.com/watch/GKjiYdL2wXa, http://www.playvid.com/watch/OCNBKhiyOHW, http://www.playvid.com/watch/beVFmLugmkG,
http://www.playvid.com/watch/5Ukm7ARlCkn, http://www.playvid.com/watch/LpXSLPr0YYq, http://www.playvid.com/watch/35CtmBnfgci,
http://www.playvid.com/watch/2pJjb5mQdou, http://www.playvid.com/watch/Ge5ZsUEizUx, http://www.playvid.com/watch/gqI789ZYNiB,
http://www.playvid.com/watch/Uaw8OFLAtwl, http://www.playvid.com/watch/nY3FYzq4A8V, http://www.playvid.com/watch/23BYodY7ISf,
http://www.playvid.com/watch/L0jlnKk93Fz, http://www.playvid.com/watch/gqmCtX24zbd, http://www.playvid.com/watch/dhi0vnoS32z,
http://www.playvid.com/watch/538KLsdSU53, http://www.playvid.com/watch/Zd-KUEsx9Aq, http://www.playvid.com/watch/uffayDtxR42,
http://www.playvid.com/watch/orqZ7SfJ5vR, http://www.playvid.com/watch/sCVDWQss2Jk, http://www.playvid.com/watch/ShhiccBYxas,
http://www.playvid.com/watch/fM99RgNASnG, http://www.playvid.com/watch/T4yFBhDcGkf, http://www.playvid.com/watch/GJhkve3zPXX,
http://www.playvid.com/watch/EClVoSqz7NN, http://www.playvid.com/watch/JIxzUfBHxtu, http://www.playvid.com/watch/835EtXlvJZ8,
http://www.playvid.com/watch/qSLDYgA8Sl7, http://www.playvid.com/watch/TnR9DCQYDQw, http://www.playvid.com/watch/g-chiAnO4-Q,
http://www.playvid.com/watch/yw7OSMZG7j9, http://www.playvid.com/watch/p0XXqnMDSSk, http://www.playvid.com/watch/hIZhlLLbJOC,
http://www.playvid.com/watch/Nmc7XBBAyEb, http://www.playvid.com/watch/a57OWxCKEUW, http://www.playvid.com/watch/4ND4KgPrPLe,
http://www.playvid.com/watch/RccPXeTHu79, http://www.playvid.com/watch/x6GeuYPEUNw, http://www.playvid.com/watch/GDslMA-hYDm,
http://www.playvid.com/watch/vdfzktmxUUt, http://www.playvid.com/watch/H8WVfLM04wl, http://www.playvid.com/watch/E7hjtdvyD2n,
http://www.playvid.com/watch/oVP3h6kA3Vm, http://www.playvid.com/watch/yWAtgOYKJII, http://www.playvid.com/watch/p9irWLYnGWo,
http://www.playvid.com/watch/2voJ8eZlPFf, http://www.playvid.com/watch/BMZaJoTpvob, http://www.playvid.com/watch/2ndJuiGSyTn,
http://www.playvid.com/watch/XJXd4hnvGwW, http://www.playvid.com/watch/qKaIb4TfwB4, http://www.playvid.com/watch/zwUUXv-sc0N,
http://www.playvid.com/watch/CASn2M25ZNd, http://www.playvid.com/watch/coYc7x-j86H, http://www.playvid.com/watch/A7ps-o4RphL,
http://www.playvid.com/watch/N85gkxvzAjh, http://www.playvid.com/watch/GhtiLGNveoV, http://www.playvid.com/watch/8PMVJXRZcny,
http://www.playvid.com/watch/iYmZDkKb7Ym, http://www.playvid.com/watch/8Vj3e9iN92D, http://www.playvid.com/watch/MhT3kGMP4gF,
http://www.playvid.com/watch/VaLDVrAWX2T, http://www.playvid.com/watch/dT4GlEmSIs0, http://www.playvid.com/watch/6IQc-TdRV7q,
http://www.playvid.com/watch/rNru0slNfgu, http://www.playvid.com/watch/7SgmlzU2ges, http://www.playvid.com/watch/osaNyKfZqYw,
http://www.playvid.com/watch/SdnpDVygBJV, http://www.playvid.com/watch/M29erNZ9QuR, http://www.playvid.com/watch/tYnU60ihSEf,
http://www.playvid.com/watch/Wcxt9uQrpq2, http://www.playvid.com/watch/Ivu7nlXAotx, http://www.playvid.com/watch/tX37srksE22,
http://www.playvid.com/watch/CEU3Fw8c5RE, http://www.playvid.com/watch/Jws2chpxOfH, http://www.playvid.com/watch/8pzhf-ehieW,
http://www.playvid.com/watch/OZ2ABcPvx68, http://www.playvid.com/watch/rU-K-329dyP, http://www.playvid.com/watch/hKg3G5WcgQF,
http://www.playvid.com/watch/APCIBpCsIFB, http://www.playvid.com/watch/RTbHHElGzFu, http://www.playvid.com/watch/JXCHQYWW-Yj,
http://www.playvid.com/watch/6udqIjld5wX, http://www.playvid.com/watch/n58m3ViSLtq, http://www.playvid.com/watch/0QGIPA0tWUT,
http://www.playvid.com/watch/rmfnaJtLY0c, http://www.playvid.com/watch/2VgazU7IOSc, http://www.playvid.com/watch/gbyAZcozQUs,
http://www.playvid.com/watch/6lYRyYES0gu, http://www.playvid.com/watch/ZmZlrPztjxz, http://www.playvid.com/watch/LGoEy3Habz7,
http://www.playvid.com/watch/IIOXiW8qCuE, http://www.playvid.com/watch/j6ec3Rg89Tr, http://www.playvid.com/watch/toS8fJcrbVY,
http://www.playvid.com/watch/vc-ZmkJ8iVA, http://www.playvid.com/watch/V2GOcA7fYbH, http://www.playvid.com/watch/zfBzCCNX7Pi,
http://www.playvid.com/watch/CH45vVVGhds, http://www.playvid.com/watch/aigSaNSGGoe, http://www.playvid.com/watch/djLD6fRb7Xu,
http://www.playvid.com/watch/W6oveUa-7dk, http://www.playvid.com/watch/fJ8lqDoZ8ky, http://www.playvid.com/watch/pFvMjk-p7z3,
http://www.playvid.com/watch/TtIi5iqjawR, http://www.playvid.com/watch/bvqTeQfJIqY, http://www.playvid.com/watch/oVAERZwlTvN,
http://www.playvid.com/watch/D9l4tX08iHO, http://www.playvid.com/watch/LfOvfNsiY9j, http://www.playvid.com/watch/T7-8jWFnmuh
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Faket
5.b. Uploader's email address: der---typ@hotmail.de
5.d. Uploader's profile: http://www.playvid.com/member/Faket
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8ntuI-JyRaI, http://www.playvid.com/watch/wKHtDguuxf4,
http://www.playvid.com/watch/AngS0mNDcvU, http://www.playvid.com/watch/PqcmUwZi4bt, http://www.playvid.com/watch/dSpxWMVifAF,
http://www.playvid.com/watch/x2OH3XoDJtK, http://www.playvid.com/watch/kFNj6WXv9U-, http://www.playvid.com/watch/KgrTzvYt3tG,
http://www.playvid.com/watch/I5Pw9zDW7zI, http://www.playvid.com/watch/HP8Hdu9wnHP, http://www.playvid.com/watch/Qp-NIJWDYdR,
http://www.playvid.com/watch/DNzfNsJKv-h, http://www.playvid.com/watch/TIMboLxMTNo, http://www.playvid.com/watch/vfwgduOqrYU,
http://www.playvid.com/watch/Sa06dkUDM0Y, http://www.playvid.com/watch/HLZUmXT6hw8, http://www.playvid.com/watch/6MnLTyzw5ng,
http://www.playvid.com/watch/-MjkTZ40Hcu, http://www.playvid.com/watch/hu6LSWWJnkP, http://www.playvid.com/watch/MhK2LlcQwlo,
http://www.playvid.com/watch/55em3tvxMlu, http://www.playvid.com/watch/Fd0lrOGXTdr, http://www.playvid.com/watch/pFnH9PDkxxY,
http://www.playvid.com/watch/PC5NReWzPc7, http://www.playvid.com/watch/yDfdUHnsQoV, http://www.playvid.com/watch/mFRo3m9dNNf,
http://www.playvid.com/watch/bmv43zqxRN5, http://www.playvid.com/watch/R6jV56hSYtK, http://www.playvid.com/watch/dSQgvbfRDu-,
http://www.playvid.com/watch/6FeCRz8Xgth, http://www.playvid.com/watch/o7yyfA22VHI, http://www.playvid.com/watch/-VWo5sW7N4-,
http://www.playvid.com/watch/QHsXnyspeWm, http://www.playvid.com/watch/hD4YD3hpxmC, http://www.playvid.com/watch/Ol0rcTGgBwX,
http://www.playvid.com/watch/-lzRF7Z6ImZ, http://www.playvid.com/watch/ezZRqlxSv2H, http://www.playvid.com/watch/ZNJFcE3UFvx,
http://www.playvid.com/watch/ECdj6HBmkI4, http://www.playvid.com/watch/e2vrJU6V5OT, http://www.playvid.com/watch/uXiirtivc5J,
http://www.playvid.com/watch/uJaMm0mrLpq, http://www.playvid.com/watch/SYLlUdPa8PZ, http://www.playvid.com/watch/hf83qi005-U,
http://www.playvid.com/watch/gNgOoBL2Pi-, http://www.playvid.com/watch/YWgZH0vxaWD, http://www.playvid.com/watch/PQJktbO3vMf,
http://www.playvid.com/watch/hcWQ4H3gfWZ, http://www.playvid.com/watch/-9rPEwwJMpo, http://www.playvid.com/watch/7qoYg0fyIuI,
http://www.playvid.com/watch/QcYFIQDh4w5, http://www.playvid.com/watch/idpSmwo2NWk, http://www.playvid.com/watch/DlytqrjQigS,
http://www.playvid.com/watch/40w-7LwXPtW, http://www.playvid.com/watch/QpXhOMDQg6O, http://www.playvid.com/watch/88mDBYhqTND,
http://www.playvid.com/watch/b4VBw4XxUau, http://www.playvid.com/watch/NyKsqBM86Ez, http://www.playvid.com/watch/etUkcJryVoM,
http://www.playvid.com/watch/Ms5TN5mVWH4, http://www.playvid.com/watch/Un47FiUiOZs, http://www.playvid.com/watch/4np7ypJF9kk,
http://www.playvid.com/watch/sWtC9VtvvGe, http://www.playvid.com/watch/cDYWDoFrQ8U, http://www.playvid.com/watch/4IkuC8mFMZV,
http://www.playvid.com/watch/rWLlD2tOt-4, http://www.playvid.com/watch/vusJXF5TjSo, http://www.playvid.com/watch/q9R2QlixU93,
http://www.playvid.com/watch/K9mZl8XdkNa, http://www.playvid.com/watch/lE-Vrve4ZU9, http://www.playvid.com/watch/CqlWkP6BnRE,
http://www.playvid.com/watch/tgsFWm3lrzh, http://www.playvid.com/watch/RC0ATYLxYQ-, http://www.playvid.com/watch/6BtBtvardbz,
http://www.playvid.com/watch/2psp46L2bjW, http://www.playvid.com/watch/mhU-rNsiQT3, http://www.playvid.com/watch/bkeMhONYHIY,
http://www.playvid.com/watch/XxNoqIYZP6o, http://www.playvid.com/watch/PWyKn829UfD, http://www.playvid.com/watch/8SGnJSKJIQy,
http://www.playvid.com/watch/GmXJkzSBwVQ, http://www.playvid.com/watch/s5BGfGxPmD-, http://www.playvid.com/watch/IIhlpgCAuDP,
http://www.playvid.com/watch/I54X9OIswMH, http://www.playvid.com/watch/xEndx2MG03S, http://www.playvid.com/watch/4A0Yh039sug,
http://www.playvid.com/watch/w-kj-KtPtDp, http://www.playvid.com/watch/pRQE8XQ3s0H, http://www.playvid.com/watch/6lZJAUSm6Rw,
http://www.playvid.com/watch/ZXo7yYL2XSH, http://www.playvid.com/watch/5BrxuLjONUt, http://www.playvid.com/watch/4SBV7O93fKf,
http://www.playvid.com/watch/SjACLsPQxav, http://www.playvid.com/watch/vqtxF9wcNxy, http://www.playvid.com/watch/uJDT-3ERWS2,
http://www.playvid.com/watch/2TmTJ0-zl0P, http://www.playvid.com/watch/qaf4OGRuPAy, http://www.playvid.com/watch/AIhUMLCMuRu,
http://www.playvid.com/watch/GEMWZ8TknJp, http://www.playvid.com/watch/2kbig6aR4jL, http://www.playvid.com/watch/nkx0ATw75tx,
http://www.playvid.com/watch/jeIWQiDCA6M, http://www.playvid.com/watch/I5zFKUHiORL, http://www.playvid.com/watch/tK4uIYOd5oT,
http://www.playvid.com/watch/3p4cBXBCf7Q, http://www.playvid.com/watch/2hlgN4aT3l6, http://www.playvid.com/watch/SZTPxSIA6bX,
http://www.playvid.com/watch/4i7cxiXuaJB, http://www.playvid.com/watch/vigXzgPl3Z2, http://www.playvid.com/watch/sblP-lLHnBg,
http://www.playvid.com/watch/gi6NhfDBzMF, http://www.playvid.com/watch/VG6lzNjfUh-, http://www.playvid.com/watch/zVgzPBOD-yf,
http://www.playvid.com/watch/CpRXU2h9Tg3, http://www.playvid.com/watch/WGMDnAdDh3p, http://www.playvid.com/watch/TCyl7RpOm6V,
http://www.playvid.com/watch/75QGHlKqnaA, http://www.playvid.com/watch/bc7TrpGOwxe, http://www.playvid.com/watch/e2fqNuWrboa,
http://www.playvid.com/watch/gTZbcTazxsp, http://www.playvid.com/watch/uGpJvMr4KQp, http://www.playvid.com/watch/hKDrL5YokeL,
http://www.playvid.com/watch/HiPGOU-RMt6, http://www.playvid.com/watch/ddlwwhoaQSB, http://www.playvid.com/watch/cdyUnu0UXwH,
http://www.playvid.com/watch/x5t99WZgZXx, http://www.playvid.com/watch/B4I7ShHDZvk, http://www.playvid.com/watch/B2mDckeAD0P,
http://www.playvid.com/watch/mLEA2h9CcGn, http://www.playvid.com/watch/srKuPF-TPya, http://www.playvid.com/watch/zx8q2Ga409F,
http://www.playvid.com/watch/UZIfmwsfozt, http://www.playvid.com/watch/rrqY0dxiwB5, http://www.playvid.com/watch/nCo5BI3DyZK,
http://www.playvid.com/watch/J3EuumB5B2k, http://www.playvid.com/watch/MckDOwLwXlt, http://www.playvid.com/watch/aemJgWsM9Ks,
http://www.playvid.com/watch/ynvlL00ogBp, http://www.playvid.com/watch/rZ-tMwernpO, http://www.playvid.com/watch/HHjlQLOhJIE,
http://www.playvid.com/watch/5YCgmKXtO-h, http://www.playvid.com/watch/WDT3vlL8eBh, http://www.playvid.com/watch/syFhjef2Vdz,

http://www.playvid.com/watch/HF3EQFtctvK, http://www.playvid.com/watch/sYbHduhvXDY
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Fapplebee
5.b. Uploader's email address: thebradymills@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Fapplebee
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ie2H7qkAAE-, http://www.playvid.com/watch/RIYmhPXAfVa,
http://www.playvid.com/watch/82yR9i6RTMr, http://www.playvid.com/watch/bcQlzKzpJ9z, http://www.playvid.com/watch/3btg85EdThy,
http://www.playvid.com/watch/y33kbESV5Yn, http://www.playvid.com/watch/6O0vC5T0Fny, http://www.playvid.com/watch/Oxodnumz8ae,
http://www.playvid.com/watch/Z8oUbcovYGT, http://www.playvid.com/watch/QYnBfoVLPZZ, http://www.playvid.com/watch/fy5kyvVdfqE,
http://www.playvid.com/watch/I92CdxjZsLZ, http://www.playvid.com/watch/dotADYx6dYq, http://www.playvid.com/watch/Ag6nJtuC9YK,
http://www.playvid.com/watch/W-Rv-h2hEIL, http://www.playvid.com/watch/Zxhxp0pSAxm, http://www.playvid.com/watch/GEOUgUFSkB0,
http://www.playvid.com/watch/9MiYysKxmew, http://www.playvid.com/watch/TbYtR49EGFd, http://www.playvid.com/watch/pOZzLcnPgSZ,
http://www.playvid.com/watch/xiw5-ivF88L, http://www.playvid.com/watch/ChU695xejXF, http://www.playvid.com/watch/0pc0QuGjd3T,
http://www.playvid.com/watch/CzCbg4HCdzk, http://www.playvid.com/watch/qjkV5FQN0oK, http://www.playvid.com/watch/9s02OEqewRW,
http://www.playvid.com/watch/ubrn3bhffPP, http://www.playvid.com/watch/ELmrcWAdncM, http://www.playvid.com/watch/xvPwOjA2uo3,
http://www.playvid.com/watch/HZQekhpbMmc, http://www.playvid.com/watch/cD6ry4DdkmQ, http://www.playvid.com/watch/mlFzlgTRMzs,
http://www.playvid.com/watch/AS5mreAXM6a, http://www.playvid.com/watch/bQOGaenc7Zz, http://www.playvid.com/watch/ZMKeqD-cCe3,
http://www.playvid.com/watch/i-ek-bLyl0V, http://www.playvid.com/watch/ZVzA4RxQqWE, http://www.playvid.com/watch/HvObuR39yNR,
http://www.playvid.com/watch/tsF0S7cFi2D, http://www.playvid.com/watch/wUjNhC3LgGa, http://www.playvid.com/watch/RgxNH2EcwIr,
http://www.playvid.com/watch/-VJ-iIZdfNJ, http://www.playvid.com/watch/XUpPxFYHTCD, http://www.playvid.com/watch/qpQgkSParwR,
http://www.playvid.com/watch/TMc07YQX0Qc, http://www.playvid.com/watch/rXNNiGuzJsy, http://www.playvid.com/watch/tbajo-3PiuJ,
http://www.playvid.com/watch/BGhkBjOIC2f, http://www.playvid.com/watch/zLd3lqYBSIw, http://www.playvid.com/watch/YoQdkZV3Iw2,
http://www.playvid.com/watch/KDhkqsvaQta, http://www.playvid.com/watch/lO5wFARUoWZ, http://www.playvid.com/watch/QnHSvV3uog8,
http://www.playvid.com/watch/7zLp0biEyxd, http://www.playvid.com/watch/QXhQpZCHOH3, http://www.playvid.com/watch/oGIaHF3M3LI,
http://www.playvid.com/watch/Qzh-BWrwgLi, http://www.playvid.com/watch/AvdAE332I4y, http://www.playvid.com/watch/IXnaCoJcuZh,
http://www.playvid.com/watch/hIkqVx0B2lr, http://www.playvid.com/watch/V7j-W9gKPWU, http://www.playvid.com/watch/imZEspFtWQz,
http://www.playvid.com/watch/Vq6qq9UiJBe, http://www.playvid.com/watch/8NgJ92OegYN, http://www.playvid.com/watch/A-QGACNZN0-,
http://www.playvid.com/watch/RU6fXrUT6pI, http://www.playvid.com/watch/v-Lf-XukxUt, http://www.playvid.com/watch/V-y6KNAXEbR,
http://www.playvid.com/watch/DlcugGkznSx, http://www.playvid.com/watch/zo69JEFBHTV, http://www.playvid.com/watch/WDsdKjmA7k3,
http://www.playvid.com/watch/UTbOhUlHsRD, http://www.playvid.com/watch/2D0eTA9T9tV, http://www.playvid.com/watch/qjAcZk2B32S,
http://www.playvid.com/watch/HqR9mB8N935, http://www.playvid.com/watch/f7BGdOMyTCL, http://www.playvid.com/watch/mt0y5wUTfbW,
http://www.playvid.com/watch/aK7kHNH6s0d, http://www.playvid.com/watch/szNq3xKvIqy, http://www.playvid.com/watch/h8jesIe5Tr8,
http://www.playvid.com/watch/t8tjdC3q0Qm, http://www.playvid.com/watch/dWVV0pyl8FB, http://www.playvid.com/watch/P59cgODNZvp,
http://www.playvid.com/watch/xxIizziuhpU, http://www.playvid.com/watch/3FU30BA4McI, http://www.playvid.com/watch/4BxAp5YSBHG,
http://www.playvid.com/watch/zdGYfHZRNGL, http://www.playvid.com/watch/Ddl7F8SlgkP, http://www.playvid.com/watch/rTYXVxunXXj,
http://www.playvid.com/watch/WAshullEvNz, http://www.playvid.com/watch/KaXNQh-ZjdZ, http://www.playvid.com/watch/m22IKZ4z0ZE,
http://www.playvid.com/watch/tWZtUhYti62, http://www.playvid.com/watch/t90IKhFLyAq, http://www.playvid.com/watch/eTTjbwtfrJn,
http://www.playvid.com/watch/xW2V-caNsBG, http://www.playvid.com/watch/EizhPrEGPY2, http://www.playvid.com/watch/gZUO6Px6evS,
http://www.playvid.com/watch/t76Hb32OuFR, http://www.playvid.com/watch/AuJPfvCLJHZ, http://www.playvid.com/watch/FyOn9-VLwOP,
http://www.playvid.com/watch/Q8LPiIB7jVB, http://www.playvid.com/watch/2PdSK0vVHci, http://www.playvid.com/watch/QwZtkTStByK,
http://www.playvid.com/watch/rYz-E6GzNy2, http://www.playvid.com/watch/6XCHouxAZIJ, http://www.playvid.com/watch/X3ncpvdDOVZ,
http://www.playvid.com/watch/efLc9alwxfD, http://www.playvid.com/watch/TPHbV4-guUp, http://www.playvid.com/watch/NcS5omTv8ov,
http://www.playvid.com/watch/ePdtwLvQ8bm, http://www.playvid.com/watch/I2jfGWOMQXk, http://www.playvid.com/watch/fLKJYyfHF7N,
http://www.playvid.com/watch/md4bkvPgJh6, http://www.playvid.com/watch/FLRWclGv5qg, http://www.playvid.com/watch/mgBT52y0qbb,
http://www.playvid.com/watch/Yp7ksGrzjq5, http://www.playvid.com/watch/gP2NiFys7HZ, http://www.playvid.com/watch/noNZbsXbV6d,
http://www.playvid.com/watch/LL9JHZBSPpv, http://www.playvid.com/watch/-5Yj3qXsN37, http://www.playvid.com/watch/lRTqZ0ZL93V,
http://www.playvid.com/watch/2Y6GiGIgcWW, http://www.playvid.com/watch/d5QOsUAg8kR, http://www.playvid.com/watch/6ztw4Ux8Z8Z,
http://www.playvid.com/watch/gM0Dbf40Lui, http://www.playvid.com/watch/iR3zOpDXWRQ, http://www.playvid.com/watch/jWg3QV7mnHB,
http://www.playvid.com/watch/jCJD6P3JHWF, http://www.playvid.com/watch/gglYQanbxFD, http://www.playvid.com/watch/L-V7AIbqZWY,
http://www.playvid.com/watch/meS9PGHnxTf, http://www.playvid.com/watch/jma4XbLJdKB, http://www.playvid.com/watch/Xqkz8fo5a9q,
http://www.playvid.com/watch/dshH-nC3npK, http://www.playvid.com/watch/UHyF3Up-dg2, http://www.playvid.com/watch/HDTAI6oROYn,
http://www.playvid.com/watch/mW5LCjMAkxl, http://www.playvid.com/watch/ISrnyBePxFP, http://www.playvid.com/watch/8THSGW5w0vF,
http://www.playvid.com/watch/MXJNOKzCmtp, http://www.playvid.com/watch/OEqVkb8yvlC, http://www.playvid.com/watch/vYIaXpSbxpy,
http://www.playvid.com/watch/qUAwq6aAVpn, http://www.playvid.com/watch/rXo0a54NcRP, http://www.playvid.com/watch/gngd8sAQYwW,
http://www.playvid.com/watch/zR3ghHqNoSW, http://www.playvid.com/watch/gjdlJueyVQl, http://www.playvid.com/watch/i0QyWt7LKsS,
http://www.playvid.com/watch/vOsW0hdkM63, http://www.playvid.com/watch/iqGnMWkulka, http://www.playvid.com/watch/H7pNbzSa9q5,
http://www.playvid.com/watch/Hz2xTcU7HRR, http://www.playvid.com/watch/WnonbSGr7bX, http://www.playvid.com/watch/zccUeQkxhW-,
http://www.playvid.com/watch/M2rG0B4oug7, http://www.playvid.com/watch/-xOU6oNS-4f, http://www.playvid.com/watch/GySoNgmKA6D,
http://www.playvid.com/watch/n5RtAdvl5PW, http://www.playvid.com/watch/XsXTETUxt5w, http://www.playvid.com/watch/ioIOY8W36UE,
http://www.playvid.com/watch/DQMTnGh2wx8, http://www.playvid.com/watch/hE4zFirJNnx, http://www.playvid.com/watch/mi4JbMPdRiN,
http://www.playvid.com/watch/AwtMCnRX-Bn, http://www.playvid.com/watch/0EXChX0XeIg, http://www.playvid.com/watch/XDWK0xPP9Lb,
http://www.playvid.com/watch/AaTTqGtF3r6, http://www.playvid.com/watch/h2lzsQHd4x5, http://www.playvid.com/watch/F6-mtMdJkI2,
http://www.playvid.com/watch/tcZ6zQzDg2y, http://www.playvid.com/watch/ticzLEjgqwG, http://www.playvid.com/watch/7MMghfi0mjj,
http://www.playvid.com/watch/VgCTlyYBLJw, http://www.playvid.com/watch/VrkkYyVqFpX, http://www.playvid.com/watch/ebJCN3SGX9-,
http://www.playvid.com/watch/6pm9Cr48QmX, http://www.playvid.com/watch/m0rr2Sy-r6M, http://www.playvid.com/watch/GaEbsDdiwhI,
http://www.playvid.com/watch/Pk5qU5poCcI, http://www.playvid.com/watch/WNQ8AV6dHxm, http://www.playvid.com/watch/u2HnRYl0KNE,
http://www.playvid.com/watch/uP38Gsm3h52, http://www.playvid.com/watch/A5ZCDmoeGSs, http://www.playvid.com/watch/L0bpSuEhjPF,
http://www.playvid.com/watch/6ZHg3lSr7Rc, http://www.playvid.com/watch/w23NmxrqjQE, http://www.playvid.com/watch/-3kPl45Zw4Q,
http://www.playvid.com/watch/vnopjGP5nLm, http://www.playvid.com/watch/VncobglrzUD, http://www.playvid.com/watch/nAmXp-HUHlk,
http://www.playvid.com/watch/0QZOEdNC8qC, http://www.playvid.com/watch/W4LIb3zqlsB, http://www.playvid.com/watch/XoLpYknuVOq,
http://www.playvid.com/watch/933YLBc28tk, http://www.playvid.com/watch/6tk3pbaQnDt, http://www.playvid.com/watch/OmBig6kblWt,
http://www.playvid.com/watch/wdLS0mYvk3w, http://www.playvid.com/watch/pqVdzQ7oAFB, http://www.playvid.com/watch/s7cqUN2e0Ti,
http://www.playvid.com/watch/ramcDrCcL-x, http://www.playvid.com/watch/WfmTi40lkrN, http://www.playvid.com/watch/rOlKAXJNidz,
http://www.playvid.com/watch/dQ03-nMK2hk, http://www.playvid.com/watch/gDw6fspV2ap, http://www.playvid.com/watch/XWA6r8rCwLo,
http://www.playvid.com/watch/Hcht4ytThYa, http://www.playvid.com/watch/x8Qup7O6EeD, http://www.playvid.com/watch/wR-OdDS7hSE,
http://www.playvid.com/watch/ELUNNQjO0pO, http://www.playvid.com/watch/Uivfa6svCwq, http://www.playvid.com/watch/iKdCCAiGayC,
http://www.playvid.com/watch/lA2JSYHzJV3, http://www.playvid.com/watch/PEw4j6hGsQh, http://www.playvid.com/watch/ZduIsgC25NE,
http://www.playvid.com/watch/K55rBNwTktQ, http://www.playvid.com/watch/9h2L6MYAs3s, http://www.playvid.com/watch/XrvadGJLql9,
http://www.playvid.com/watch/6gB0demJnOB, http://www.playvid.com/watch/EqcEwZpvgH9, http://www.playvid.com/watch/DMQpkyB3cyH,
http://www.playvid.com/watch/M96HCltfeEX, http://www.playvid.com/watch/rfHPf2MJNfD, http://www.playvid.com/watch/QiG6QuCfZf2,
http://www.playvid.com/watch/JeBpOYEyA5s, http://www.playvid.com/watch/6qGFPFtJ9dY, http://www.playvid.com/watch/X6i2cCVTi6d,
http://www.playvid.com/watch/gnuGcPRJ4w4, http://www.playvid.com/watch/WPnEhc0sYa7, http://www.playvid.com/watch/MMzzppfpbrK,
http://www.playvid.com/watch/OLR2CQcU5Mp, http://www.playvid.com/watch/pEK0wfldW6l, http://www.playvid.com/watch/FmSTUz9WAZj,
http://www.playvid.com/watch/qfQCDe059Lt, http://www.playvid.com/watch/WT5RF8XIkS5, http://www.playvid.com/watch/wS7tSS4n0Nx,
http://www.playvid.com/watch/rJFMGjcFqes, http://www.playvid.com/watch/AgwJLH4gAK4
5.f. Date of third notice: 2015-05-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: farengo
5.b. Uploader's email address: jacknick@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/farengo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NuMRY2-G-VI, http://www.playvid.com/watch/R-0-peXnKch,
http://www.playvid.com/watch/49wCaiM0rUH, http://www.playvid.com/watch/3uwi3D0w7wI, http://www.playvid.com/watch/YA0Wpz8KIgB,
http://www.playvid.com/watch/2Y-UFFSMOed, http://www.playvid.com/watch/E7pn7gJgN-r, http://www.playvid.com/watch/hc2MmiYLOjb,

http://www.playvid.com/watch/y296zJkNluT, http://www.playvid.com/watch/CZZTsCxP2fI, http://www.playvid.com/watch/HAztpjQKPCm,
http://www.playvid.com/watch/-trM3L9SeLS, http://www.playvid.com/watch/gLEcNH29bBW, http://www.playvid.com/watch/kaS8LkHjG4e,
http://www.playvid.com/watch/iuEAxHje-us, http://www.playvid.com/watch/maSRNfuewS5, http://www.playvid.com/watch/80kPKIzn9cn,
http://www.playvid.com/watch/EGtfgIjCRex, http://www.playvid.com/watch/REIejxSeP7Y, http://www.playvid.com/watch/KpatAOrpMoI,
http://www.playvid.com/watch/OBNqR3lP65s, http://www.playvid.com/watch/ur2EaZdUszU, http://www.playvid.com/watch/qeRbAEvb4El,
http://www.playvid.com/watch/udSS9PkULDo, http://www.playvid.com/watch/RdlEIFBznQ8, http://www.playvid.com/watch/HB4HVZO-n2d,
http://www.playvid.com/watch/PKZAbS-IGZR, http://www.playvid.com/watch/rgO0c7GWu0C, http://www.playvid.com/watch/mIjYh7MA8t4,
http://www.playvid.com/watch/OSa-TtJTahB, http://www.playvid.com/watch/fjJK378Je45, http://www.playvid.com/watch/WDF8i4vTXHB,
http://www.playvid.com/watch/qpxqGjJbw7J, http://www.playvid.com/watch/ukO8IqOYew0, http://www.playvid.com/watch/OzHkwDv7GkV,
http://www.playvid.com/watch/gok2tNij5VR, http://www.playvid.com/watch/p64iSIBMbcR, http://www.playvid.com/watch/ZHNdOLIbiQc,
http://www.playvid.com/watch/6gVnlAqEyYv, http://www.playvid.com/watch/my29krSX7Nx, http://www.playvid.com/watch/QUdfJ2XVPnL,
http://www.playvid.com/watch/L0dpUVAZ8rP, http://www.playvid.com/watch/tDaf3-M-PWN, http://www.playvid.com/watch/GC9SB8lbNgA,
http://www.playvid.com/watch/ei9Bv8VEWQJ, http://www.playvid.com/watch/KKyAOHnDVMO, http://www.playvid.com/watch/iXTFUFXBKuv,
http://www.playvid.com/watch/Uwz2yn4ZIq7, http://www.playvid.com/watch/EcH26okxiqV, http://www.playvid.com/watch/ULpI9Yf9Z8o,
http://www.playvid.com/watch/porlJu4ssJD, http://www.playvid.com/watch/aPZ6nJnw9Qd, http://www.playvid.com/watch/3AibPlyPOnF,
http://www.playvid.com/watch/u9R4BmU62z6, http://www.playvid.com/watch/bcRtjXOJFs5, http://www.playvid.com/watch/ExBQiOnrZ8O,
http://www.playvid.com/watch/KcGSSDAsNPt, http://www.playvid.com/watch/6f0wOPE6t0L, http://www.playvid.com/watch/bBjPqobhE8a,
http://www.playvid.com/watch/fS8g2OicP4j, http://www.playvid.com/watch/7dpLULMZ07j, http://www.playvid.com/watch/7jeHKAmeIUs,
http://www.playvid.com/watch/WZFqaAi5zY9, http://www.playvid.com/watch/0WGfFw8ML6R, http://www.playvid.com/watch/7GzMLZsCkVr,
http://www.playvid.com/watch/c6e4T4jqpGl, http://www.playvid.com/watch/C9jK3EuQcWF, http://www.playvid.com/watch/TDPyH5tWGIG,
http://www.playvid.com/watch/eIoYm7ZAxUS, http://www.playvid.com/watch/Y6uHwLBkQOs, http://www.playvid.com/watch/cUGlobwosTB,
http://www.playvid.com/watch/zf3PbRTUFBR, http://www.playvid.com/watch/6Mo4iGwhLHO, http://www.playvid.com/watch/XXj23rOdTMo,
http://www.playvid.com/watch/F0-kkJLIt69, http://www.playvid.com/watch/Y9NZ4lIz0no, http://www.playvid.com/watch/-qQEFJljuAM,
http://www.playvid.com/watch/TU6kgQpXw2B, http://www.playvid.com/watch/wcXlogabGPL, http://www.playvid.com/watch/ht6FsuhvcFh,
http://www.playvid.com/watch/reJX5zXa8Gp, http://www.playvid.com/watch/UfqFHbqNvZ-, http://www.playvid.com/watch/VNY2vuV9y-K,
http://www.playvid.com/watch/qepOSmr5D-k, http://www.playvid.com/watch/lM2f2aAMZPd, http://www.playvid.com/watch/ckqiu5cUdxh,
http://www.playvid.com/watch/FnOrjL9g9Pg, http://www.playvid.com/watch/A5SUz6UXjcE, http://www.playvid.com/watch/CC9UevgpXt8,
http://www.playvid.com/watch/9ag2fuNkKBC, http://www.playvid.com/watch/rSvWFEifNqG, http://www.playvid.com/watch/cGvTz2cCT4L,
http://www.playvid.com/watch/WMfhUuc3U7P, http://www.playvid.com/watch/9RmrxA-eLag, http://www.playvid.com/watch/3tzkD0KVFbR,
http://www.playvid.com/watch/PWEHRkmIM3e, http://www.playvid.com/watch/tezCKO22YRx, http://www.playvid.com/watch/VdK54YAw5QX,
http://www.playvid.com/watch/v9l2Tf8PXHs, http://www.playvid.com/watch/QXXTQpMKgBi, http://www.playvid.com/watch/eAOf4UlWrPf,
http://www.playvid.com/watch/G7JQWjUeIXY, http://www.playvid.com/watch/csbWmHZMYdx, http://www.playvid.com/watch/aI0kUiSqi7V,
http://www.playvid.com/watch/plSDtBdbEZt, http://www.playvid.com/watch/s0ZyrT3eLeq, http://www.playvid.com/watch/h3KQsDu7miT,
http://www.playvid.com/watch/kryUIdJc9O2, http://www.playvid.com/watch/Oiv5GMHuLa4, http://www.playvid.com/watch/2bGTDY6Zfeb,
http://www.playvid.com/watch/BFe6CCAfPBH, http://www.playvid.com/watch/dFeRwlUY9kR, http://www.playvid.com/watch/VZNykPUoIVe,
http://www.playvid.com/watch/j2vFdpGMMNY, http://www.playvid.com/watch/xm7BHNdx90F, http://www.playvid.com/watch/O4xGFQEwIVT,
http://www.playvid.com/watch/7OaPvwB3AuQ, http://www.playvid.com/watch/D6LxE-I26cE, http://www.playvid.com/watch/LqHhg6zn7c5,
http://www.playvid.com/watch/3xupJSwwPYg, http://www.playvid.com/watch/H9y6GspsZXZ, http://www.playvid.com/watch/dJ9RGYNqtjs,
http://www.playvid.com/watch/PwXX5d8ZngF, http://www.playvid.com/watch/bmiVa9fDQEz, http://www.playvid.com/watch/O8H8bUQim8V,
http://www.playvid.com/watch/n7m3uN8uh4G, http://www.playvid.com/watch/wJfJhA3v4ZK, http://www.playvid.com/watch/YltZ5yoxtjp,
http://www.playvid.com/watch/Es8gWzyiWku, http://www.playvid.com/watch/GWcXvBQkUSF, http://www.playvid.com/watch/niT43J3Dx0n,
http://www.playvid.com/watch/HdB76KXmDLp, http://www.playvid.com/watch/KcM9j9fx-6Q, http://www.playvid.com/watch/r-Q-6K7SW2Y,
http://www.playvid.com/watch/fazkQdCZn7i, http://www.playvid.com/watch/FInn-XoHNqX, http://www.playvid.com/watch/Pp3s0iTC8YD,
http://www.playvid.com/watch/h8bYshL7Aoc, http://www.playvid.com/watch/9Cxzzs-nFDY, http://www.playvid.com/watch/BAyytHWoTXg,
http://www.playvid.com/watch/EebQf9UFAcl
5.f. Date of third notice: 2013-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fasol
5.b. Uploader's email address: sawertdoon@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/fasol
5.e. List of videos posted by uploader: http://www.playvid.com/watch/P8fBCeUQ3kT, http://www.playvid.com/watch/DPbLKWs6gUr,
http://www.playvid.com/watch/FH5T3UuHBY-, http://www.playvid.com/watch/AWxFD0thxxd, http://www.playvid.com/watch/TeMXDwYfeWE,
http://www.playvid.com/watch/HXYFHLjFUsb, http://www.playvid.com/watch/Miey5RbdHPk, http://www.playvid.com/watch/z2OVIFhKexp,
http://www.playvid.com/watch/Cvjwu2oOiUl, http://www.playvid.com/watch/Tp7c5-vSmzE, http://www.playvid.com/watch/PG8t76fnl-c,
http://www.playvid.com/watch/JD7k8k-Mtvd, http://www.playvid.com/watch/zXnVeIkAayv, http://www.playvid.com/watch/TQ3-AtcrN0g,
http://www.playvid.com/watch/szZmvdLNHBX, http://www.playvid.com/watch/Rwm2RLpb25Z, http://www.playvid.com/watch/wM0Z9woocQk,
http://www.playvid.com/watch/9KQPdwvlRIv, http://www.playvid.com/watch/K2wtmXB2SZc, http://www.playvid.com/watch/ATnR7cmza0t,
http://www.playvid.com/watch/R0L28PIl6jg, http://www.playvid.com/watch/EHjLwOYZeNa, http://www.playvid.com/watch/yN5ubAwCNtN,
http://www.playvid.com/watch/OPGgs5PC2Pt, http://www.playvid.com/watch/beiz0tT2wG-, http://www.playvid.com/watch/KP0D0-O-OLE,
http://www.playvid.com/watch/gqk-nUYOQwY, http://www.playvid.com/watch/5yLCtIBROCX, http://www.playvid.com/watch/kLtx9CmuoKP,
http://www.playvid.com/watch/Jav4Ta4EBMK, http://www.playvid.com/watch/7tz5HRXgVux, http://www.playvid.com/watch/rGEsgIIBTXK,
http://www.playvid.com/watch/IFEE2OIclp5, http://www.playvid.com/watch/FSEPpndANq9, http://www.playvid.com/watch/d2frW4PoFwR,
http://www.playvid.com/watch/ldFbAzElR20, http://www.playvid.com/watch/bbXVnEipFDU, http://www.playvid.com/watch/ftZiaJ6u3Jw,
http://www.playvid.com/watch/OwxBl8SXPWN, http://www.playvid.com/watch/dF2Akx4CSoY, http://www.playvid.com/watch/AlIhArdycV7,
http://www.playvid.com/watch/hfBhWkjKlNZ, http://www.playvid.com/watch/w9O2VkGp--G, http://www.playvid.com/watch/pM-lhKDGOYA,
http://www.playvid.com/watch/x7HNiFYJUQD, http://www.playvid.com/watch/FKm-eoZabkE, http://www.playvid.com/watch/e0vAg03AfBd,
http://www.playvid.com/watch/6R-M2z8fKMv, http://www.playvid.com/watch/7hOUhg8gnxn, http://www.playvid.com/watch/rBa9w7rAgQp,
http://www.playvid.com/watch/4Uyv9XN5SM8, http://www.playvid.com/watch/nCbFMzLPcDk, http://www.playvid.com/watch/Zl3f5gV-gnk,
http://www.playvid.com/watch/99FXu6KDLbs, http://www.playvid.com/watch/U4QqmzMleXi, http://www.playvid.com/watch/8P4pP0f2QFV,
http://www.playvid.com/watch/xcc-XvoIRdt, http://www.playvid.com/watch/MvsD-XIWzKk, http://www.playvid.com/watch/sQ34mAqckSO,
http://www.playvid.com/watch/V3PZylllDjk, http://www.playvid.com/watch/e7B4Hrx5Cnf, http://www.playvid.com/watch/Re9JtHYgIsS,
http://www.playvid.com/watch/oNBtaE-KVIm, http://www.playvid.com/watch/TyZH3FGa9d6, http://www.playvid.com/watch/CakdW9tiRRW,
http://www.playvid.com/watch/qkvKr7XENXy, http://www.playvid.com/watch/au5Kui08O2-, http://www.playvid.com/watch/jKIOaJ5lWti,
http://www.playvid.com/watch/vC4dGuDR4gx, http://www.playvid.com/watch/bjjlRIM5QVj, http://www.playvid.com/watch/g58YGW979Tx,
http://www.playvid.com/watch/TLEjphj2dYd, http://www.playvid.com/watch/NWpmsnOOYOi, http://www.playvid.com/watch/tE8o6erQU2e,
http://www.playvid.com/watch/ag263BkyMHU, http://www.playvid.com/watch/ZmBHZ7ff6CT, http://www.playvid.com/watch/xaTZ0Opc3sl,
http://www.playvid.com/watch/PoPm7TGmEac, http://www.playvid.com/watch/EpcuTsQtA-H, http://www.playvid.com/watch/3-QVlCg2T9J,
http://www.playvid.com/watch/7CRJQaJeUQR, http://www.playvid.com/watch/hlWsLNr9plv, http://www.playvid.com/watch/L9CLNlHjCS6,
http://www.playvid.com/watch/4rdQn9AE-qB, http://www.playvid.com/watch/Kaw0vrQu67g, http://www.playvid.com/watch/LsEs7NdreeL,
http://www.playvid.com/watch/wXSpifXPp9C, http://www.playvid.com/watch/NeCevIjo-SJ, http://www.playvid.com/watch/juw6CPThoXR,
http://www.playvid.com/watch/BioFRXK9vgQ, http://www.playvid.com/watch/gSpsRJawudF, http://www.playvid.com/watch/Cmvgl08p0em,
http://www.playvid.com/watch/2mx-etEfjB5, http://www.playvid.com/watch/3PSFuqnEOZb, http://www.playvid.com/watch/Sz-CdYIgkZX,
http://www.playvid.com/watch/LH2HAmhXBo0, http://www.playvid.com/watch/KKZw3nE30Ia, http://www.playvid.com/watch/nXxBo34aBon,
http://www.playvid.com/watch/Biym6pFU6Xw, http://www.playvid.com/watch/R9ruw2OqWph, http://www.playvid.com/watch/w03dnpdq4eN,
http://www.playvid.com/watch/MipJtK2lhn9, http://www.playvid.com/watch/I2zMDF54Vis, http://www.playvid.com/watch/qPXOLlqA2uh,
http://www.playvid.com/watch/7slfuU2DoGg, http://www.playvid.com/watch/7-D8YQOFI6Q, http://www.playvid.com/watch/X3iH-BsFyLt,
http://www.playvid.com/watch/TBu-TwxCN7m, http://www.playvid.com/watch/i2-0Lk9GjZj, http://www.playvid.com/watch/xgGbFIwQfkK,
http://www.playvid.com/watch/jdPpcDPZWQg, http://www.playvid.com/watch/3h-h6qrxFWx, http://www.playvid.com/watch/k6bXlTzOX33,
http://www.playvid.com/watch/QzAj50Wk7RX, http://www.playvid.com/watch/hXTYk4IOFVL, http://www.playvid.com/watch/h2zH2Avop8y,
http://www.playvid.com/watch/j2lwdDqCtOW, http://www.playvid.com/watch/OVAIY7II8j7, http://www.playvid.com/watch/R6KnGpod0i9,
http://www.playvid.com/watch/6Xhx5YhO37f, http://www.playvid.com/watch/EjrMjFUjvfc, http://www.playvid.com/watch/7VkjL6Na5nK,
http://www.playvid.com/watch/wFR2NV7BYUy, http://www.playvid.com/watch/qCFstGGj9Xw, http://www.playvid.com/watch/vgvoUzXGqdR,
http://www.playvid.com/watch/6SwRC2y9xC2, http://www.playvid.com/watch/KwTYohHCT3f, http://www.playvid.com/watch/3AqzqwO5Ief,
http://www.playvid.com/watch/FdEsWtbVYZo, http://www.playvid.com/watch/NrwjqXrpQGD, http://www.playvid.com/watch/XJmV5WvdJpY,
http://www.playvid.com/watch/oSh8c8iN-Io, http://www.playvid.com/watch/0kKVt5IUWYw, http://www.playvid.com/watch/-D7AyLJCW2I,

http://www.playvid.com/watch/ZaVZXWFJGnZ, http://www.playvid.com/watch/tTmpF2ah-bc, http://www.playvid.com/watch/NAmlubT6O-S,
http://www.playvid.com/watch/Tse8lp-gBPw, http://www.playvid.com/watch/EKqhJgaEwhw, http://www.playvid.com/watch/BbxkJQ6lek9,
http://www.playvid.com/watch/VuegF47L4Wq, http://www.playvid.com/watch/XDV9rU8VczP, http://www.playvid.com/watch/jDzF4HJgss9,
http://www.playvid.com/watch/7iKdnHmRJj4, http://www.playvid.com/watch/PuBsFFEAf0q, http://www.playvid.com/watch/970H244-evU,
http://www.playvid.com/watch/arkMdqYGElm, http://www.playvid.com/watch/ZOIPRMnIB4g, http://www.playvid.com/watch/zxfgPtMKkm7,
http://www.playvid.com/watch/e7hvv2VsciQ, http://www.playvid.com/watch/5sWoCRjSmyR, http://www.playvid.com/watch/iUEcIgzOPZV,
http://www.playvid.com/watch/9WRSd7FaLZI, http://www.playvid.com/watch/M30EQaDTWit, http://www.playvid.com/watch/BA6TS3BgE8m,
http://www.playvid.com/watch/OyBITz9iaEO, http://www.playvid.com/watch/74OT24KNRYC, http://www.playvid.com/watch/5e20Oz8V4FG,
http://www.playvid.com/watch/mVmEAG82gNK, http://www.playvid.com/watch/sSlhNkbuf35, http://www.playvid.com/watch/Hx8lLD9BpuW,
http://www.playvid.com/watch/9kPsnxeboen, http://www.playvid.com/watch/limX2Xe9AlQ, http://www.playvid.com/watch/TrU8xVDpS7e,
http://www.playvid.com/watch/RDtnFaqGiKe, http://www.playvid.com/watch/binYWaUjwtK, http://www.playvid.com/watch/yfa99eN45HZ,
http://www.playvid.com/watch/PlYKqgaG9VM, http://www.playvid.com/watch/lQbeiWFzkyI, http://www.playvid.com/watch/U9mINmUuRho,
http://www.playvid.com/watch/euL6abbYB8M, http://www.playvid.com/watch/n-pWmrXVzE9, http://www.playvid.com/watch/lnr69SIskRq,
http://www.playvid.com/watch/I59gRPcPAbQ, http://www.playvid.com/watch/fkyrk--DGAU, http://www.playvid.com/watch/wmu4ySG3I-X,
http://www.playvid.com/watch/KYqUGNodqMN, http://www.playvid.com/watch/UI6h0ueeq8t, http://www.playvid.com/watch/CPEw5Q0sZkP,
http://www.playvid.com/watch/aaP-kqGOwhW, http://www.playvid.com/watch/PgFJeWqSu2v, http://www.playvid.com/watch/nDsvxdxEM2o,
http://www.playvid.com/watch/ElBoVAVMbvD, http://www.playvid.com/watch/Y0oXpChBrxS, http://www.playvid.com/watch/k8omHuGf-9z,
http://www.playvid.com/watch/2eOMnJdcfg4, http://www.playvid.com/watch/Hiy4N5hWOA7, http://www.playvid.com/watch/ipOIQs0eC7d,
http://www.playvid.com/watch/PisjneBBgfE, http://www.playvid.com/watch/4PiiP5qG5eq, http://www.playvid.com/watch/dlmbxGbc9Ll,
http://www.playvid.com/watch/xwvg9HsepPK, http://www.playvid.com/watch/7fgzwQCHLOT, http://www.playvid.com/watch/QKakd6ACVgx,
http://www.playvid.com/watch/sCAeuFC-StG, http://www.playvid.com/watch/Rv9GYZmaQvy, http://www.playvid.com/watch/BmCTq0H27bi,
http://www.playvid.com/watch/hb6ItJwsBlS, http://www.playvid.com/watch/0mVz9dTLfnJ, http://www.playvid.com/watch/DKCE59ZGsg6,
http://www.playvid.com/watch/wEWTIrszw5W, http://www.playvid.com/watch/LPmqeQmfgiC, http://www.playvid.com/watch/7zCnLkKt3W3,
http://www.playvid.com/watch/tYc6T2hvTCm, http://www.playvid.com/watch/sGLXLvoI6Cu, http://www.playvid.com/watch/si4gbh33GzK,
http://www.playvid.com/watch/XjdR5aGr7N0, http://www.playvid.com/watch/8rWSZSETbo5, http://www.playvid.com/watch/GqYly4LGZLR,
http://www.playvid.com/watch/HCw0IJZz5O3, http://www.playvid.com/watch/5OoVR0BHbmI, http://www.playvid.com/watch/JY55uhF35AB,
http://www.playvid.com/watch/tpdWcQSROEc, http://www.playvid.com/watch/J0i5mVd7jxH, http://www.playvid.com/watch/q0TGdqZLozk,
http://www.playvid.com/watch/0x7NaNk405V, http://www.playvid.com/watch/RZTJgIO-RPZ, http://www.playvid.com/watch/uRxCu8HneuK,
http://www.playvid.com/watch/oFBHBR0n-cf, http://www.playvid.com/watch/ovKiZDk6Fen, http://www.playvid.com/watch/FHPtsbuEnHg,
http://www.playvid.com/watch/S5RBJzAd-QL, http://www.playvid.com/watch/EZZyCqmIzIa, http://www.playvid.com/watch/XT94pZLqrS0,
http://www.playvid.com/watch/rDyTNDoDN-J, http://www.playvid.com/watch/bAuIEINQaqS, http://www.playvid.com/watch/mcpNUQgrpDN,
http://www.playvid.com/watch/wPRn75UVlXu, http://www.playvid.com/watch/C89AYeaCcyU, http://www.playvid.com/watch/FFzi2Wv3o5e,
http://www.playvid.com/watch/w-jTizqqrsu, http://www.playvid.com/watch/ksMtDGTtVcg, http://www.playvid.com/watch/rUvW0OoV-8f,
http://www.playvid.com/watch/8BAZVfK7zfH, http://www.playvid.com/watch/qnENIm4ob8q, http://www.playvid.com/watch/ABSgAOwLAn-,
http://www.playvid.com/watch/-lOUKZT6rvN, http://www.playvid.com/watch/aEQI77IlIR2, http://www.playvid.com/watch/pHIph2ePxbs,
http://www.playvid.com/watch/IfgCfn4RWGG, http://www.playvid.com/watch/XhJQMUDqlKJ, http://www.playvid.com/watch/MMcIh8TMNyS,
http://www.playvid.com/watch/9NctppSwyLd, http://www.playvid.com/watch/rLa70xV8p3B, http://www.playvid.com/watch/PvdUG3JsqEQ,
http://www.playvid.com/watch/RdTCAprLUZI, http://www.playvid.com/watch/8y3eT0Y3Ip5, http://www.playvid.com/watch/C90uLJMyJg6,
http://www.playvid.com/watch/P2yho5AdHN6, http://www.playvid.com/watch/zjnIX0vvxGW, http://www.playvid.com/watch/YK30S7m8kxP,
http://www.playvid.com/watch/wgAyjrOrByG, http://www.playvid.com/watch/btuRwBGZpx0, http://www.playvid.com/watch/Llxwd9f6ZGJ,
http://www.playvid.com/watch/JKagFrJzEoZ, http://www.playvid.com/watch/3-UOCjyL9FV, http://www.playvid.com/watch/H2TXut0dVpQ,
http://www.playvid.com/watch/E2UwMPZb2gH, http://www.playvid.com/watch/3IfC9TkEbAg, http://www.playvid.com/watch/gdzhZ-y0n-Z,
http://www.playvid.com/watch/qCQLoR7Kd6i, http://www.playvid.com/watch/wDz0njFxlqN, http://www.playvid.com/watch/zWQMEtn8hpx,
http://www.playvid.com/watch/4i2xIuYpdhK, http://www.playvid.com/watch/SVNQXTpUXFk, http://www.playvid.com/watch/ET6bhOIbOiH,
http://www.playvid.com/watch/S0i4BHRMBRl, http://www.playvid.com/watch/zKk8WqJ4XLW, http://www.playvid.com/watch/2W9nS2gIpDf,
http://www.playvid.com/watch/t9qkpWz-BtR, http://www.playvid.com/watch/a3-fVQMVVOW, http://www.playvid.com/watch/ek-OrmDSTXH,
http://www.playvid.com/watch/Jn6fDOAk-w2, http://www.playvid.com/watch/PiUQdqjwhfo, http://www.playvid.com/watch/JkRrfJKcuKC,
http://www.playvid.com/watch/9cYyuVYYN52, http://www.playvid.com/watch/CYly7tCdvBh, http://www.playvid.com/watch/y59fJZVkrgE,
http://www.playvid.com/watch/A2mGK9qoYVv, http://www.playvid.com/watch/eqm9q409aQ8, http://www.playvid.com/watch/ky2yCdQq6bu,
http://www.playvid.com/watch/VrF5OhbUykT, http://www.playvid.com/watch/Y3mv6mgwO2P, http://www.playvid.com/watch/tXv8Ptstws3,
http://www.playvid.com/watch/R4Yk99blvtR, http://www.playvid.com/watch/Y7QI0wYAFfL, http://www.playvid.com/watch/0cRgFjyHWdV,
http://www.playvid.com/watch/E8XtIo4-LkB, http://www.playvid.com/watch/6ZShrB-fa3N, http://www.playvid.com/watch/aCY4NICTCyB,
http://www.playvid.com/watch/ANVM0yt7Raj, http://www.playvid.com/watch/aF9Mw6zxLoI, http://www.playvid.com/watch/tZWJm7A8MhP,
http://www.playvid.com/watch/6BMqxFiVZcj, http://www.playvid.com/watch/eEC6KaXqDPy, http://www.playvid.com/watch/J0GdwoPc8LF,
http://www.playvid.com/watch/zwv0yJCK0Dp, http://www.playvid.com/watch/Hgf0CdQ4lBj, http://www.playvid.com/watch/DURt-2TgHQC,
http://www.playvid.com/watch/lFqXp-xSpRb, http://www.playvid.com/watch/5-tqEsE3lha, http://www.playvid.com/watch/YVn2PzFB-ds,
http://www.playvid.com/watch/baiQsOiGYb7, http://www.playvid.com/watch/vUxZ5P8-Ann, http://www.playvid.com/watch/aU2p-C5km6F,
http://www.playvid.com/watch/eltXQn-8c9c, http://www.playvid.com/watch/l5XVtABxvKn, http://www.playvid.com/watch/-RlSBtrpxeJ,
http://www.playvid.com/watch/Gu39kFGkTiC, http://www.playvid.com/watch/ScMICcL37d-, http://www.playvid.com/watch/QF-If3Kr5KD,
http://www.playvid.com/watch/Oiakpc60P6L, http://www.playvid.com/watch/N4w4ocg4zCX, http://www.playvid.com/watch/gqNHjEWIlFV,
http://www.playvid.com/watch/ONrdYSAtlC3, http://www.playvid.com/watch/pkpYB2UtGAE, http://www.playvid.com/watch/h3HioE2zzoU,
http://www.playvid.com/watch/LwKpcprD8Vf, http://www.playvid.com/watch/3Jmyu6Zfh4h, http://www.playvid.com/watch/XCh7kWsFvya,
http://www.playvid.com/watch/ENRx3gmoaPo, http://www.playvid.com/watch/5QZjCyg2lIG, http://www.playvid.com/watch/hlWdUZHVCxo,
http://www.playvid.com/watch/8ye3jrxWkPt, http://www.playvid.com/watch/taeUQy623qf, http://www.playvid.com/watch/GX69PolAlwP,
http://www.playvid.com/watch/CKsJjisogiz, http://www.playvid.com/watch/xVG62piWWWE, http://www.playvid.com/watch/cl3vko--Cbh,
http://www.playvid.com/watch/5uIO39t0hDa, http://www.playvid.com/watch/fkV2JKTiQ9K, http://www.playvid.com/watch/Qiu8OOjhN2m,
http://www.playvid.com/watch/VnwNca0tX7Y, http://www.playvid.com/watch/pfigY45SgXJ, http://www.playvid.com/watch/44Tuw9vC5gR,
http://www.playvid.com/watch/yjv5JIzOsyb, http://www.playvid.com/watch/NgETv8VtbB9, http://www.playvid.com/watch/CcYC8VT4g7m,
http://www.playvid.com/watch/sXcRAwqQm4l, http://www.playvid.com/watch/SpywzOkIU-c, http://www.playvid.com/watch/ePaRSgdHPG6,
http://www.playvid.com/watch/RCMfhJ5z0sK, http://www.playvid.com/watch/ni-8puaiDCW, http://www.playvid.com/watch/yqEk4GMkOsV,
http://www.playvid.com/watch/h4H5bkGp9u6, http://www.playvid.com/watch/ChuCSzxTiz9, http://www.playvid.com/watch/XFOnQ5NqU4y,
http://www.playvid.com/watch/ZEWVTcO7i4h, http://www.playvid.com/watch/iKhekAKEi4R, http://www.playvid.com/watch/GO8SsSYkDY3,
http://www.playvid.com/watch/2RNKy2HMchC, http://www.playvid.com/watch/Jnio3vYNRQR, http://www.playvid.com/watch/jOM54iBmiui,
http://www.playvid.com/watch/Yb0Bm4K8mG6, http://www.playvid.com/watch/NjZH4CsBPS7, http://www.playvid.com/watch/JHWN0dHlM9A,
http://www.playvid.com/watch/PhwrNSngfq5, http://www.playvid.com/watch/vbf9Sr7UpW0, http://www.playvid.com/watch/I-3HOpfZIWi,
http://www.playvid.com/watch/QhiXIMQNL7u, http://www.playvid.com/watch/u5rnqBSTbPM, http://www.playvid.com/watch/tDcQveXhnYC,
http://www.playvid.com/watch/2ut4qOvdYvU, http://www.playvid.com/watch/XWuqCjFoJmI, http://www.playvid.com/watch/Rq0n5hF6mDi,
http://www.playvid.com/watch/wDj0cvBX0Yk, http://www.playvid.com/watch/ionDZCgYWhO, http://www.playvid.com/watch/Wp6kRjo6ZMI,
http://www.playvid.com/watch/0x4FNoxQG9o, http://www.playvid.com/watch/5bmgyMzxmoX, http://www.playvid.com/watch/fAosLrHPMDT,
http://www.playvid.com/watch/-TVwyOO-5yq, http://www.playvid.com/watch/bOXudejD8lC, http://www.playvid.com/watch/Cp6UPCQTjmt,
http://www.playvid.com/watch/k7AS3tIlxjN, http://www.playvid.com/watch/0bWznXvY696, http://www.playvid.com/watch/LxBfDNND2C9,
http://www.playvid.com/watch/qSUznnEls0N, http://www.playvid.com/watch/o6pLTZjsIle, http://www.playvid.com/watch/0s4kc0tFTth,
http://www.playvid.com/watch/c9B9SW7XOUC, http://www.playvid.com/watch/sSD2PXpZwaq, http://www.playvid.com/watch/StWUC26RSCR,
http://www.playvid.com/watch/qPfe-KT8Alx, http://www.playvid.com/watch/y654zGrl9Y0, http://www.playvid.com/watch/m6xXvIrrRw8,
http://www.playvid.com/watch/4BaEpdetXAX, http://www.playvid.com/watch/CE5wRyiefLx, http://www.playvid.com/watch/bO-Wv8qmJyu,
http://www.playvid.com/watch/NozL4xnRAux, http://www.playvid.com/watch/QyASnxdyfcz, http://www.playvid.com/watch/miZcNWjwTFK,
http://www.playvid.com/watch/76yBdO7zxh9, http://www.playvid.com/watch/8ey0Xk3mmJx, http://www.playvid.com/watch/6RTQSaKvMuw,
http://www.playvid.com/watch/B0YoXnDPoxf, http://www.playvid.com/watch/KoEFRma-04c, http://www.playvid.com/watch/ozyPsDTwx6Q,
http://www.playvid.com/watch/WyIVj6Xis-O, http://www.playvid.com/watch/jrTFBQzBm6v, http://www.playvid.com/watch/nUbXhKyU0mB,
http://www.playvid.com/watch/HRLQTKQz7be, http://www.playvid.com/watch/F0a4agAQyBo, http://www.playvid.com/watch/8HI6N7kjNHE,
http://www.playvid.com/watch/Ufz4mzJO87F, http://www.playvid.com/watch/Qzm8CVAZWVh, http://www.playvid.com/watch/S2F-5R5SXmG,
http://www.playvid.com/watch/QJ2PXm0tfYZ, http://www.playvid.com/watch/Fmhdu9huMHD, http://www.playvid.com/watch/lxM0wy5rQE2,
http://www.playvid.com/watch/DAxlq7ezCrG, http://www.playvid.com/watch/WEBAo5NbZsj, http://www.playvid.com/watch/Gh9eHDJU6gL,
http://www.playvid.com/watch/Ti6IZbYTmUS, http://www.playvid.com/watch/t4ZohHFVwfP, http://www.playvid.com/watch/pWACSL7tJwG,
http://www.playvid.com/watch/qdt4oIY8pSg, http://www.playvid.com/watch/fQXCYvD2MtG, http://www.playvid.com/watch/0RNFbpzSyH6,
http://www.playvid.com/watch/RaZVlz6lnj5, http://www.playvid.com/watch/4KP2IisiQeQ, http://www.playvid.com/watch/nr4eiBrJViC,

http://www.playvid.com/watch/fOp0rMWvHKs, http://www.playvid.com/watch/XlyzlHEL2Tm, http://www.playvid.com/watch/tkKQOX7DEia,
http://www.playvid.com/watch/vnzC9reO3rC, http://www.playvid.com/watch/gUn2vYISQHY, http://www.playvid.com/watch/9ofRcNfnt3Z,
http://www.playvid.com/watch/lSW9fTvdVpK, http://www.playvid.com/watch/K6jM8XlyrDn, http://www.playvid.com/watch/hYX6-uivJ5B,
http://www.playvid.com/watch/4iuWwMrIOZ7, http://www.playvid.com/watch/Dk7T7jXHNBg, http://www.playvid.com/watch/72uDE8BUQGR,
http://www.playvid.com/watch/wxELCMBllSj, http://www.playvid.com/watch/BXADaAalk5S, http://www.playvid.com/watch/BUw8A-P2tHc,
http://www.playvid.com/watch/PafSWltwDZp, http://www.playvid.com/watch/O8yFZNJhBbq, http://www.playvid.com/watch/XwDxmaBc9pK,
http://www.playvid.com/watch/PSKuksqPXwf, http://www.playvid.com/watch/ghQS5TfVrcS, http://www.playvid.com/watch/-XmsWxFafe5,
http://www.playvid.com/watch/Ehc9Q9hf9To, http://www.playvid.com/watch/WBZUhs7rSU2, http://www.playvid.com/watch/RMMkJeBPzym,
http://www.playvid.com/watch/ciTZ39lcE83, http://www.playvid.com/watch/43Mc6mdrwM2, http://www.playvid.com/watch/cYedGo0UQod,
http://www.playvid.com/watch/Rk0H6nqg-X5, http://www.playvid.com/watch/BYHJkSLa3Kg, http://www.playvid.com/watch/Ww7qqB3uwQA,
http://www.playvid.com/watch/e3Jgfbab5hk, http://www.playvid.com/watch/RHAH9UcsiSb, http://www.playvid.com/watch/4FFMqqyEJV6,
http://www.playvid.com/watch/jA0pa4wFHV3, http://www.playvid.com/watch/cy7RY6bZi-t, http://www.playvid.com/watch/ASoNTilIG0N,
http://www.playvid.com/watch/P2Wa04PGdGr, http://www.playvid.com/watch/dtaDNHR3qKc, http://www.playvid.com/watch/v9M9eFQLhAf,
http://www.playvid.com/watch/36DSdgdmXYv, http://www.playvid.com/watch/Wutl9uP5Cnw, http://www.playvid.com/watch/VPkUEHeuQHP,
http://www.playvid.com/watch/ucDhEML2XEB, http://www.playvid.com/watch/y48s7KbdcPW, http://www.playvid.com/watch/t0d3IZuWMmM,
http://www.playvid.com/watch/k2ZVYIotNU4, http://www.playvid.com/watch/7oE7vKELJfg, http://www.playvid.com/watch/-V86FWy7GwY,
http://www.playvid.com/watch/rkdiGsrv3Vq, http://www.playvid.com/watch/VpIPnKYeuxY, http://www.playvid.com/watch/5oUnIYAqwCJ,
http://www.playvid.com/watch/m2BFOM9EAxH, http://www.playvid.com/watch/voxw7OXfHA-, http://www.playvid.com/watch/psroJX5eYYB,
http://www.playvid.com/watch/ITHMXIRlVHT, http://www.playvid.com/watch/saPHX8ww4Zx, http://www.playvid.com/watch/QEnGtstmHZl,
http://www.playvid.com/watch/z8OTBBdKIJu, http://www.playvid.com/watch/WWigyxJYqvq, http://www.playvid.com/watch/dJOiqk0-6uE,
http://www.playvid.com/watch/0F3I2uF23Qy, http://www.playvid.com/watch/06z5qG2Vc68, http://www.playvid.com/watch/RflDIdmxAY9,
http://www.playvid.com/watch/sogRth-p7gF, http://www.playvid.com/watch/8gVoIn7cXbK, http://www.playvid.com/watch/pAkl-qFBUeY,
http://www.playvid.com/watch/mdQb6wOGyXE, http://www.playvid.com/watch/omE5lMgmIGc, http://www.playvid.com/watch/elrZNoT8mVY,
http://www.playvid.com/watch/RR6vPzQHhRx, http://www.playvid.com/watch/8cfXzoxaacU, http://www.playvid.com/watch/0AcUfz7bZN3,
http://www.playvid.com/watch/Zvzky36ROTG, http://www.playvid.com/watch/LK-uVFHzEfh, http://www.playvid.com/watch/QLkjyCuTrdL,
http://www.playvid.com/watch/gd4iwHk9DI8, http://www.playvid.com/watch/9iQnIIMU7eC, http://www.playvid.com/watch/kN2BCbDPuzT,
http://www.playvid.com/watch/rhk-VJDHjxM, http://www.playvid.com/watch/kVBiwhL8SMv, http://www.playvid.com/watch/0TIVUDU2vGh,
http://www.playvid.com/watch/FrawmBTuP8j, http://www.playvid.com/watch/jyuH5YUA-H4, http://www.playvid.com/watch/NHtnFuTynCf,
http://www.playvid.com/watch/CukNOWIM2lC, http://www.playvid.com/watch/22zbxoM-Q-F, http://www.playvid.com/watch/aiMmHSl3TbC,
http://www.playvid.com/watch/3YDodNmPgAF, http://www.playvid.com/watch/HmUCMJFAJ-W, http://www.playvid.com/watch/C8d-nOyjq8r,
http://www.playvid.com/watch/EMjXLrmN9NC, http://www.playvid.com/watch/AvF-POH-b-l, http://www.playvid.com/watch/GxSaSyTyp2a,
http://www.playvid.com/watch/As7oTgloWOQ, http://www.playvid.com/watch/nQ0R7Y6BcSo, http://www.playvid.com/watch/OZg6Bilb9cI
5.f. Date of third notice: 2013-08-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: felixfack
5.b. Uploader's email address: tony.challender@hotmail.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/felixfack
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bjyeaTadLlh, http://www.playvid.com/watch/JhwDQ7w4Tr3,
http://www.playvid.com/watch/BaF2i5KBJ6s, http://www.playvid.com/watch/UPMUhVemzbk, http://www.playvid.com/watch/wjPXcn6W9Zh,
http://www.playvid.com/watch/wkUX5x3HN75, http://www.playvid.com/watch/htkcNNqqiIE, http://www.playvid.com/watch/dgHU6tUndjn,
http://www.playvid.com/watch/skt3sLAWX98, http://www.playvid.com/watch/s9zXYiT4Bfg, http://www.playvid.com/watch/J9GIxkT6wgC,
http://www.playvid.com/watch/ciVQQ0zkLjW, http://www.playvid.com/watch/skzkikrnEP0, http://www.playvid.com/watch/2-Mq5e-fylF,
http://www.playvid.com/watch/Wi3JwLNNCDj, http://www.playvid.com/watch/T6sYuObMTgE, http://www.playvid.com/watch/sIRomRI7kVe,
http://www.playvid.com/watch/f0BkRELYLhR, http://www.playvid.com/watch/kTnaC-NIRDa, http://www.playvid.com/watch/FJe4DyAmWFT,
http://www.playvid.com/watch/lbtHTfLKrsf, http://www.playvid.com/watch/2Bzd2nRLRsd, http://www.playvid.com/watch/M7rWbk-EIvR,
http://www.playvid.com/watch/IGKespYrq8P, http://www.playvid.com/watch/zvHgNwOoU8u, http://www.playvid.com/watch/lL0pH75jBv3,
http://www.playvid.com/watch/HyxhLlr5RcV, http://www.playvid.com/watch/TsS40n2OGE0, http://www.playvid.com/watch/rr7lzqO5dmP,
http://www.playvid.com/watch/UPSWciV5Aey, http://www.playvid.com/watch/TgexyhnqRQk, http://www.playvid.com/watch/Opae9gv0mX9,
http://www.playvid.com/watch/fK9PEI2H85R, http://www.playvid.com/watch/KxlGlwM9JIG, http://www.playvid.com/watch/FGbpxXxHpMk,
http://www.playvid.com/watch/tN2UfjMANVx, http://www.playvid.com/watch/lL-24DO0PNh, http://www.playvid.com/watch/9k3ZzZHTKtV,
http://www.playvid.com/watch/UVYwOjeuJa-, http://www.playvid.com/watch/KD8qp8xnKjP, http://www.playvid.com/watch/a4lh4arWkMH,
http://www.playvid.com/watch/HxoG9RuHuPF, http://www.playvid.com/watch/wamT87HrkZN
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ferrariFF
5.b. Uploader's email address: zaknoklopa@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ferrariFF
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5bTFcuO-rd7, http://www.playvid.com/watch/4gfH9PB6Nlv,
http://www.playvid.com/watch/u6jlYYVEg4W, http://www.playvid.com/watch/vLPVxAVs2GL, http://www.playvid.com/watch/JLS0zk7JwFU,
http://www.playvid.com/watch/Zmp-nUN7XvV, http://www.playvid.com/watch/qA5mNn0CveS, http://www.playvid.com/watch/anXdLMxDY0u,
http://www.playvid.com/watch/yggTOElPITj, http://www.playvid.com/watch/yDDvxr08Sab, http://www.playvid.com/watch/7uoRxRVguFu,
http://www.playvid.com/watch/EGz7ISaImwK, http://www.playvid.com/watch/kwVN-pRUkYn, http://www.playvid.com/watch/SvO2Z45LoZa,
http://www.playvid.com/watch/-2zqqdceBV4, http://www.playvid.com/watch/FjqgKXUbTj6, http://www.playvid.com/watch/9FMDNxZUHsY,
http://www.playvid.com/watch/hOOyIyaHBL9, http://www.playvid.com/watch/MurNP6OI2-V, http://www.playvid.com/watch/3MFK6I3vKQC,
http://www.playvid.com/watch/hmyb4jcAwS2, http://www.playvid.com/watch/7YgsM9iLqwX, http://www.playvid.com/watch/lRzMQKtNoe8,
http://www.playvid.com/watch/ILwh-AQ9NsP, http://www.playvid.com/watch/bZ3MLJNK-Sc, http://www.playvid.com/watch/pWcgBGHejFz,
http://www.playvid.com/watch/3Il-2PBnPeg, http://www.playvid.com/watch/2RTH2mWg3Yv, http://www.playvid.com/watch/vqj6p73B3hX,
http://www.playvid.com/watch/UYITcnU-Juv, http://www.playvid.com/watch/2CpTix0tK6G, http://www.playvid.com/watch/ozbAXLBxVml,
http://www.playvid.com/watch/W44NbvN4yCn, http://www.playvid.com/watch/IFjlotrS5Dl, http://www.playvid.com/watch/KnlD8NXm9ar,
http://www.playvid.com/watch/w780SvSRYQP, http://www.playvid.com/watch/vMnm0EGzgXm, http://www.playvid.com/watch/qK4QGcI8h3M,
http://www.playvid.com/watch/iyjtHS3JJDg, http://www.playvid.com/watch/rWZoTlpdD4u, http://www.playvid.com/watch/rIUjFP5Ag7k,
http://www.playvid.com/watch/hl4se5RKhRE, http://www.playvid.com/watch/VAoLbkZHn2E, http://www.playvid.com/watch/0qR5SpWt2GJ,
http://www.playvid.com/watch/IqQFH0diPMb, http://www.playvid.com/watch/QOCtiO-Yyly, http://www.playvid.com/watch/Cej6Q2gA4L2,
http://www.playvid.com/watch/rJNz0p8wjFD, http://www.playvid.com/watch/d3k5RaH4isw, http://www.playvid.com/watch/2uJh8LLgnI4,
http://www.playvid.com/watch/aBGHPOzhg0y, http://www.playvid.com/watch/3KgCAFU4yI-, http://www.playvid.com/watch/DxAruDEA8MM,
http://www.playvid.com/watch/EFWc6hjQvLu, http://www.playvid.com/watch/V5P-7tPVsnT, http://www.playvid.com/watch/M-IgkK7RAvb,
http://www.playvid.com/watch/xs-h5vfYurH, http://www.playvid.com/watch/da8F7Jx8FSH, http://www.playvid.com/watch/Olxgg0Z0S0I,
http://www.playvid.com/watch/fCkY9TZNzj6, http://www.playvid.com/watch/HlTZVvR0CyK, http://www.playvid.com/watch/KnTp9riIvyf,
http://www.playvid.com/watch/fptGoP02BU6, http://www.playvid.com/watch/2buyOqr6Vlu, http://www.playvid.com/watch/nY-IaCeByUf,
http://www.playvid.com/watch/i9lpRhXDeNK, http://www.playvid.com/watch/XBBzyTnX7s9, http://www.playvid.com/watch/32kICukJF0n,
http://www.playvid.com/watch/4bjb4Y6hmQL, http://www.playvid.com/watch/BHRl8wpRocE, http://www.playvid.com/watch/mVy5uYuPbng,
http://www.playvid.com/watch/lxNM0Nm765c, http://www.playvid.com/watch/yvJsXznATyT, http://www.playvid.com/watch/ZcjTRur8SZX,
http://www.playvid.com/watch/ni3zDCZo2n6, http://www.playvid.com/watch/ayarpKx7zBi, http://www.playvid.com/watch/cWo3MMovaFa,
http://www.playvid.com/watch/usO5KJzWsHi, http://www.playvid.com/watch/x539rwHaqiT, http://www.playvid.com/watch/OOt2P5wXTg-,
http://www.playvid.com/watch/ybAMwc5oTu3, http://www.playvid.com/watch/uWmAVfo8MLg, http://www.playvid.com/watch/rphMpqNBYoU,
http://www.playvid.com/watch/2cNvjzJQNrk, http://www.playvid.com/watch/74fL43KvKy7, http://www.playvid.com/watch/mYZ47rbHInr,
http://www.playvid.com/watch/S4orEqtvRwL, http://www.playvid.com/watch/2k6wGlexaRr, http://www.playvid.com/watch/685WKg83Ida,
http://www.playvid.com/watch/o9Z-C-Iw5ft, http://www.playvid.com/watch/PTRtC-TaRtD, http://www.playvid.com/watch/lcG4DTamFtR,
http://www.playvid.com/watch/CzXiBGam7hO, http://www.playvid.com/watch/oRyg5IgNDnW, http://www.playvid.com/watch/XxxaYRZOt9s,
http://www.playvid.com/watch/UdR56QsfgAX, http://www.playvid.com/watch/ezyk8RPVl-R, http://www.playvid.com/watch/xBBK0kxJrOE,
http://www.playvid.com/watch/VAo5KvOavkk, http://www.playvid.com/watch/nDo9jQZeDBT, http://www.playvid.com/watch/qcDKKYWL3sz,
http://www.playvid.com/watch/Qj0QSOd04u7, http://www.playvid.com/watch/QXNfrDfvwSc, http://www.playvid.com/watch/F6T2pFcipzB,
http://www.playvid.com/watch/qRgc2lyqsWc, http://www.playvid.com/watch/CQX5HXJikAy, http://www.playvid.com/watch/vRSdx53fcEO,
http://www.playvid.com/watch/0eczVqIQ-6F, http://www.playvid.com/watch/yFFsJFD-XjV, http://www.playvid.com/watch/JASL4qQjhIl,

http://www.playvid.com/watch/Nr3NaN-yFKu, http://www.playvid.com/watch/kQ7Wq8Tevze, http://www.playvid.com/watch/Ub8WmxpYh4t,
http://www.playvid.com/watch/0ZTEJORLAKw, http://www.playvid.com/watch/RKkuZKLt6sF, http://www.playvid.com/watch/U0sKpuKzez8,
http://www.playvid.com/watch/TnuqGMpTflK, http://www.playvid.com/watch/qZDM7rRgkdf, http://www.playvid.com/watch/jfTDzwmgEPu,
http://www.playvid.com/watch/R3bpAnO2QKg, http://www.playvid.com/watch/Rmh863CfTMh, http://www.playvid.com/watch/QhsD8x4O5kG,
http://www.playvid.com/watch/wdDMkjMIzod, http://www.playvid.com/watch/nCkTC2bcCek, http://www.playvid.com/watch/o2wFJf3mwj6,
http://www.playvid.com/watch/qBnSDh0Vphm, http://www.playvid.com/watch/rKhPw0BqxmG, http://www.playvid.com/watch/eDJR5FpbyEU,
http://www.playvid.com/watch/MDjCEvLbcb3, http://www.playvid.com/watch/Xna7pBdBDSB, http://www.playvid.com/watch/hWH73h67Av0,
http://www.playvid.com/watch/mJ8IxtJSysv, http://www.playvid.com/watch/bHPpLKfwscK, http://www.playvid.com/watch/8yLuMktlEK8,
http://www.playvid.com/watch/VCgH8d5VmU8, http://www.playvid.com/watch/K32EHzeUih3, http://www.playvid.com/watch/nKukcOxrGb2,
http://www.playvid.com/watch/Dahbe3u3lpF, http://www.playvid.com/watch/xt8nXEVopf7, http://www.playvid.com/watch/VkxQ09lUqOA,
http://www.playvid.com/watch/MFdkknxmtxL, http://www.playvid.com/watch/dTVTCVyttj9, http://www.playvid.com/watch/l4xrEfvA2h6,
http://www.playvid.com/watch/5hE0B9JH6Ca, http://www.playvid.com/watch/Zu0f4s7MhF7, http://www.playvid.com/watch/--RdiGOuChA,
http://www.playvid.com/watch/GvH0JOFYeqv, http://www.playvid.com/watch/6Vb0URS0DKH, http://www.playvid.com/watch/UN6UuLs27m0,
http://www.playvid.com/watch/nQrs5iTK9S2, http://www.playvid.com/watch/BvHp7xaZ-HT, http://www.playvid.com/watch/Jcgn3DGTRHU,
http://www.playvid.com/watch/8qbbgLWF-Qi, http://www.playvid.com/watch/8iOW-TIZtXN, http://www.playvid.com/watch/jT8GKU2vu0d,
http://www.playvid.com/watch/Po9Sz9XJCgo, http://www.playvid.com/watch/Njl0hBMAwJp, http://www.playvid.com/watch/xvfgF8kHADW,
http://www.playvid.com/watch/7wOWFL3s2BT, http://www.playvid.com/watch/CnIHJByMBbO, http://www.playvid.com/watch/DLgGoOEVFe5,
http://www.playvid.com/watch/s-N2neARt7H, http://www.playvid.com/watch/I8KiETjiNE3, http://www.playvid.com/watch/97rcSvxUK9U,
http://www.playvid.com/watch/iFfchWoAuWO, http://www.playvid.com/watch/KklUV6ToL3D, http://www.playvid.com/watch/lLuYI-hHMPt,
http://www.playvid.com/watch/XGGEvwMaTWY, http://www.playvid.com/watch/U6X2zgtZczV, http://www.playvid.com/watch/vFsaK3FuT9t,
http://www.playvid.com/watch/OhF2MOdYJtD, http://www.playvid.com/watch/Oz8RrzzTHW8, http://www.playvid.com/watch/3TLQ4GoGHzU,
http://www.playvid.com/watch/lyqJm3734c7, http://www.playvid.com/watch/4bnQmeEjPgz, http://www.playvid.com/watch/UGZoTsoMiTt,
http://www.playvid.com/watch/wEFS-ZOFQZR, http://www.playvid.com/watch/GCnjdsHptKT, http://www.playvid.com/watch/zGuCEiJIuSs,
http://www.playvid.com/watch/CoQkMPd3W5u, http://www.playvid.com/watch/FGrrdudSRXv, http://www.playvid.com/watch/VO8khJAvRO8,
http://www.playvid.com/watch/EcCnjNtp7E3, http://www.playvid.com/watch/Sq3Ek3NJE8G, http://www.playvid.com/watch/3C4bf6wOCyn,
http://www.playvid.com/watch/Qp6lMaGbkOA, http://www.playvid.com/watch/eP9BaOQdlYU, http://www.playvid.com/watch/6rBfaB95hC4,
http://www.playvid.com/watch/rDlIBwnNKzX, http://www.playvid.com/watch/mcHEJRfbJNW, http://www.playvid.com/watch/TMsM-95R30h,
http://www.playvid.com/watch/NNDgYnzZpsO, http://www.playvid.com/watch/e89tTzP9dft, http://www.playvid.com/watch/s7P8KSMWE-K,
http://www.playvid.com/watch/Vgr9xJODpMg, http://www.playvid.com/watch/PaFEVrOnq6O, http://www.playvid.com/watch/QcxibZCTTuD,
http://www.playvid.com/watch/upK4i0bU9WH, http://www.playvid.com/watch/Z5OgjpTJIM6, http://www.playvid.com/watch/bYTn3tPYf4j,
http://www.playvid.com/watch/ewuqTwaOAUY, http://www.playvid.com/watch/mMEdjwXxtWV, http://www.playvid.com/watch/GpNAf8M0VeI,
http://www.playvid.com/watch/BwaIpxwrcJq, http://www.playvid.com/watch/-nmkZmR2wvs, http://www.playvid.com/watch/xMQUoatHBaB,
http://www.playvid.com/watch/BoOzfuv8wmm, http://www.playvid.com/watch/VRAhPg402FP, http://www.playvid.com/watch/ML0xUZkHwvf,
http://www.playvid.com/watch/bZGgSHT7tra, http://www.playvid.com/watch/-8HTXE3myt-, http://www.playvid.com/watch/Z3rLvHWbW3y,
http://www.playvid.com/watch/Ii9zLpWJ7oO, http://www.playvid.com/watch/QboJ5HXplHm, http://www.playvid.com/watch/yRFeVrQVlDP,
http://www.playvid.com/watch/LBVmxvbQrGp, http://www.playvid.com/watch/nzUIFngxxWF, http://www.playvid.com/watch/lQQ7iXvwyTk,
http://www.playvid.com/watch/huKIPm8X8it, http://www.playvid.com/watch/jqEhJenKp5R, http://www.playvid.com/watch/imcAWfibpHS,
http://www.playvid.com/watch/qGuooGkjEE2, http://www.playvid.com/watch/vX4eVpRIvWS, http://www.playvid.com/watch/NV-nBBu9p3s,
http://www.playvid.com/watch/E7TrhnUSCtB, http://www.playvid.com/watch/4BL--E9m2QW, http://www.playvid.com/watch/lL4E0XjRPaU,
http://www.playvid.com/watch/VG28K35css7, http://www.playvid.com/watch/wvTXLh63jk3, http://www.playvid.com/watch/ASq6tJjRU7z,
http://www.playvid.com/watch/25hyRU8pKbW, http://www.playvid.com/watch/NWL9VPcRoHx, http://www.playvid.com/watch/xzFdvjhaEYr,
http://www.playvid.com/watch/-rCMWiDgvy0, http://www.playvid.com/watch/CWcXo4C88g0, http://www.playvid.com/watch/ke5wZYV7R-k,
http://www.playvid.com/watch/FROmZRIYhCL, http://www.playvid.com/watch/4thfvptsGA7, http://www.playvid.com/watch/LuLtD5HJpDP,
http://www.playvid.com/watch/GhgPEKm4a9H, http://www.playvid.com/watch/xk9YjluawUN, http://www.playvid.com/watch/hSrl8TZJlmn,
http://www.playvid.com/watch/DbtCRwkurJB, http://www.playvid.com/watch/l3w6SNWlp2H, http://www.playvid.com/watch/xXDzy56Cglj,
http://www.playvid.com/watch/jfw8uA3qjfB, http://www.playvid.com/watch/eMpPgHCPNm7, http://www.playvid.com/watch/8axB5Vjxyn9,
http://www.playvid.com/watch/3ycT7AxdlGq, http://www.playvid.com/watch/nae4TQXU3hY, http://www.playvid.com/watch/O3e6wSvRBji,
http://www.playvid.com/watch/v4sp8ugZddO, http://www.playvid.com/watch/jHWc-Is3lyk, http://www.playvid.com/watch/UTgC2RzwbkJ,
http://www.playvid.com/watch/Kj-3tLEqGGw, http://www.playvid.com/watch/gFCavNAO4cm, http://www.playvid.com/watch/MUgWTmz5BgE,
http://www.playvid.com/watch/IrdQxOypFwz, http://www.playvid.com/watch/raoIlRzD6jY, http://www.playvid.com/watch/yg9e23rArwE,
http://www.playvid.com/watch/7aga-juAzGB, http://www.playvid.com/watch/L67QRhj9Lqi, http://www.playvid.com/watch/ginWsxDQ-jy,
http://www.playvid.com/watch/9BBmdz2dLz6, http://www.playvid.com/watch/Q6BnB6n3oGl, http://www.playvid.com/watch/70Mc4VbQZgB,
http://www.playvid.com/watch/fE74eeIXgVI, http://www.playvid.com/watch/eoY79oXGqRO, http://www.playvid.com/watch/q8v7DhbqLKd,
http://www.playvid.com/watch/WRvtgFn4mIY, http://www.playvid.com/watch/W4mRgNtLWev, http://www.playvid.com/watch/DIfA5JB-fw0,
http://www.playvid.com/watch/dEzdMB-OvLx, http://www.playvid.com/watch/N3jTSmnM8vT, http://www.playvid.com/watch/fSSH7g3DuHu,
http://www.playvid.com/watch/jPlNIK4vZxt, http://www.playvid.com/watch/iF62YhcZYLk, http://www.playvid.com/watch/ygmlvLItYpb,
http://www.playvid.com/watch/x7wCLLBuSCQ, http://www.playvid.com/watch/AK0sF6BFb9g, http://www.playvid.com/watch/4Tc57Cj3IY6,
http://www.playvid.com/watch/qSV9W0sAyL2, http://www.playvid.com/watch/ezKfRdavZ8m, http://www.playvid.com/watch/cV0i9CQoyS5,
http://www.playvid.com/watch/3mnUba2gfuk, http://www.playvid.com/watch/znuGJ8YmfCl, http://www.playvid.com/watch/R5hhhZtOzEA,
http://www.playvid.com/watch/IK6OdmqQMF8, http://www.playvid.com/watch/ZDzD778iGcP, http://www.playvid.com/watch/bPlKeijNtQe,
http://www.playvid.com/watch/-BL2W-DT3Gg, http://www.playvid.com/watch/9qvLokoiNpM, http://www.playvid.com/watch/qr4W-w3SsrP,
http://www.playvid.com/watch/xNKiIAqiVtW, http://www.playvid.com/watch/OOmIQnm9UAM, http://www.playvid.com/watch/hDtLa-WLrUh,
http://www.playvid.com/watch/qDaeiYlqICV, http://www.playvid.com/watch/gWhJH2TFBBp, http://www.playvid.com/watch/tf2QMakv3pB,
http://www.playvid.com/watch/WNft4BPXdDj, http://www.playvid.com/watch/NNyoPFkYaHT, http://www.playvid.com/watch/XgIFV2a-zDG,
http://www.playvid.com/watch/h6K8GDsUXvd, http://www.playvid.com/watch/pa4mQE2Mk07, http://www.playvid.com/watch/6rURFDg7wob,
http://www.playvid.com/watch/nIrUvWvwtuC, http://www.playvid.com/watch/eYBTb7O3b2I, http://www.playvid.com/watch/xbGnMDQeAvE,
http://www.playvid.com/watch/gVpdDxYe7fU, http://www.playvid.com/watch/qqUwmsZNaYF, http://www.playvid.com/watch/EMIbc3eADCz,
http://www.playvid.com/watch/02ytO76TvCA, http://www.playvid.com/watch/9oUE4MSCOnr, http://www.playvid.com/watch/ca3k6Y2FxIh,
http://www.playvid.com/watch/kh6WSkJoQQt, http://www.playvid.com/watch/gfqJPRcInNc, http://www.playvid.com/watch/XAQJKp4dc0x,
http://www.playvid.com/watch/Y2KdcSo3ewG, http://www.playvid.com/watch/JWGwLwF79PB, http://www.playvid.com/watch/sQ7E8PBXBEm,
http://www.playvid.com/watch/SYflJfdyqgd, http://www.playvid.com/watch/-IjinxbQgzM, http://www.playvid.com/watch/qP3EzdWuS2v,
http://www.playvid.com/watch/pevYyK84KqE, http://www.playvid.com/watch/EqsX4OP8jsh, http://www.playvid.com/watch/tRXO8xlgzDi,
http://www.playvid.com/watch/3DbWQkzYGcy, http://www.playvid.com/watch/ljy5sDOorQF, http://www.playvid.com/watch/kPl3OrvSOt4,
http://www.playvid.com/watch/UmfX873KpKS, http://www.playvid.com/watch/XPPLJqiE5GO, http://www.playvid.com/watch/wVNdKvgmy4Y,
http://www.playvid.com/watch/WrX2EGxqVRg, http://www.playvid.com/watch/T8SOdeBv4Hf, http://www.playvid.com/watch/048AJ93oacf,
http://www.playvid.com/watch/3hk3gFvKG8S, http://www.playvid.com/watch/MGgRH3kyU9C, http://www.playvid.com/watch/vpUffa3xZ0t,
http://www.playvid.com/watch/lunaBl2WgSr, http://www.playvid.com/watch/JbFdZEkJsdn, http://www.playvid.com/watch/kBWIc4mriLf,
http://www.playvid.com/watch/oHgz3u7ULVl, http://www.playvid.com/watch/GVpLArBh-YI, http://www.playvid.com/watch/fwxw72bMrBf,
http://www.playvid.com/watch/PnrZbWMIP83, http://www.playvid.com/watch/FYvanQZUMV6, http://www.playvid.com/watch/3AawifmLsrf,
http://www.playvid.com/watch/krskIAh2eYp, http://www.playvid.com/watch/0ffjZx2h-00, http://www.playvid.com/watch/oVmza-nTrZY,
http://www.playvid.com/watch/eaYcgnHtysD, http://www.playvid.com/watch/LPhwPWvUz8s, http://www.playvid.com/watch/MhCHH-cfdWS,
http://www.playvid.com/watch/StbkxzUOpgJ, http://www.playvid.com/watch/2ZxQNocQ-b6, http://www.playvid.com/watch/AfdYDlE6vja,
http://www.playvid.com/watch/G3ApQuYDW3a, http://www.playvid.com/watch/tPFNA2nbxht, http://www.playvid.com/watch/DJlIaNNCVZC,
http://www.playvid.com/watch/9CtOBOKHFsF, http://www.playvid.com/watch/pQd9zvu6Xkc
5.f. Date of third notice: 2013-06-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ffffffffff
5.b. Uploader's email address: uharryfi-7599@yopmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ffffffffff
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wyTBbpgDjfM, http://www.playvid.com/watch/LNiVNPE3rpj,
http://www.playvid.com/watch/o73os82Inoz, http://www.playvid.com/watch/tofebyuwm48, http://www.playvid.com/watch/y2_uOel5Az0,
http://www.playvid.com/watch/pLbUoXf2A4L, http://www.playvid.com/watch/fkN79eFKsf7, http://www.playvid.com/watch/tk6OxTuY_N5
5.f. Date of third notice: 2015-07-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Fgp539
5.b. Uploader's email address: Raabynharris@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Fgp539
5.e. List of videos posted by uploader: http://www.playvid.com/watch/knXCdQkBLjc, http://www.playvid.com/watch/hsnASPRBJpi,
http://www.playvid.com/watch/G6wIM-v4c6a, http://www.playvid.com/watch/dBKLXTP-NrC, http://www.playvid.com/watch/6V8Y-kjo6IP,
http://www.playvid.com/watch/4-Quv8j8TTG, http://www.playvid.com/watch/nrOupTCitPL, http://www.playvid.com/watch/D8tYipLK-7K,
http://www.playvid.com/watch/d7duDCMzJqb, http://www.playvid.com/watch/AptfyUvLDQE, http://www.playvid.com/watch/zGxt-mxWuzw,
http://www.playvid.com/watch/nhgrJJFbs9Z, http://www.playvid.com/watch/Gh7FUBUl9zC, http://www.playvid.com/watch/oRfXDXc8lMD,
http://www.playvid.com/watch/UrPkAsxveqt, http://www.playvid.com/watch/XSiQZL8RNx8, http://www.playvid.com/watch/oR022ciFRta,
http://www.playvid.com/watch/kpxHLoiqdsM, http://www.playvid.com/watch/CmzsDfVCL7d, http://www.playvid.com/watch/b58IZRuQfT-,
http://www.playvid.com/watch/En-3olbPu0Q, http://www.playvid.com/watch/R8CbDsSqO00, http://www.playvid.com/watch/88tSXhOwMV0,
http://www.playvid.com/watch/SWbHPR6harE, http://www.playvid.com/watch/IvBXGKrz9y2, http://www.playvid.com/watch/jswF2DZTvGU,
http://www.playvid.com/watch/hvoVQ7-NckK, http://www.playvid.com/watch/HpDzCPTBTYG, http://www.playvid.com/watch/0OzYUAPsOEE,
http://www.playvid.com/watch/wLer6XJVIIz, http://www.playvid.com/watch/rCFcShNHpff, http://www.playvid.com/watch/DlBdQVpF3Fj,
http://www.playvid.com/watch/LXRn5NMKBWk, http://www.playvid.com/watch/u2SJAQ7UJqe, http://www.playvid.com/watch/ftaGp3oYn3R,
http://www.playvid.com/watch/imOnoq7b68t, http://www.playvid.com/watch/LSORLo9ElyT, http://www.playvid.com/watch/-Xv7zka32hz,
http://www.playvid.com/watch/jRsHi9fvdAJ, http://www.playvid.com/watch/mxFN3ch5rNT, http://www.playvid.com/watch/AjhlggjbCdG,
http://www.playvid.com/watch/V-g8uFPCV-T, http://www.playvid.com/watch/JnYcAmXzyrk, http://www.playvid.com/watch/ylUukeJibe-,
http://www.playvid.com/watch/f3WHFo6CjZ3, http://www.playvid.com/watch/GpaqYLrqQlV, http://www.playvid.com/watch/kulQQcEniEl,
http://www.playvid.com/watch/2ct2ZipIz-R, http://www.playvid.com/watch/ZLVVv-2xTfu, http://www.playvid.com/watch/WR3OYZ78Qz2,
http://www.playvid.com/watch/BJeiVy7klYI, http://www.playvid.com/watch/nfBSqr2-Q0T, http://www.playvid.com/watch/T0huu6JYrdj,
http://www.playvid.com/watch/MGD7A0ZQ8pH, http://www.playvid.com/watch/ydibRdVg0kz, http://www.playvid.com/watch/kV3ZqrBsE2G,
http://www.playvid.com/watch/6OzDSqXAKQJ, http://www.playvid.com/watch/WYPasjlZkzN, http://www.playvid.com/watch/GHE4B7JUZDR,
http://www.playvid.com/watch/S7wsSCgWFvY, http://www.playvid.com/watch/v-oDOvckoRk, http://www.playvid.com/watch/l-uz3wKgf4L,
http://www.playvid.com/watch/EfiWyNrfH90, http://www.playvid.com/watch/MfJk-f3DvG7, http://www.playvid.com/watch/MMOH2F4mOSp,
http://www.playvid.com/watch/N9BozBC7B9Q, http://www.playvid.com/watch/2NmgOFTWsey, http://www.playvid.com/watch/Uf2ljLMQDp0,
http://www.playvid.com/watch/tUOapy7dqb5, http://www.playvid.com/watch/zxgHM7hkSbB, http://www.playvid.com/watch/Hh8cDGgFqsd,
http://www.playvid.com/watch/adws9usBT9G, http://www.playvid.com/watch/dI8zUGyiDxC, http://www.playvid.com/watch/YCITJ6oT-vx,
http://www.playvid.com/watch/h58QfXKqQzC, http://www.playvid.com/watch/hQqRMoDmac7, http://www.playvid.com/watch/OfZlQVSZ-uP,
http://www.playvid.com/watch/86I5jhJ3AKP, http://www.playvid.com/watch/bXFZfQcj0G-, http://www.playvid.com/watch/be7hegvqQ6J,
http://www.playvid.com/watch/o4PVtgZhRHQ, http://www.playvid.com/watch/owB5lqlJ66e, http://www.playvid.com/watch/itYEAFoQAgY,
http://www.playvid.com/watch/GLdRfBKCnI2, http://www.playvid.com/watch/olGCkkD3L2A, http://www.playvid.com/watch/FvzruU-kL8m,
http://www.playvid.com/watch/lnLWkGcYeKw, http://www.playvid.com/watch/CYAdhurT9ig, http://www.playvid.com/watch/cWQBa5MOs8n,
http://www.playvid.com/watch/78PUVbQh0Qx, http://www.playvid.com/watch/vLBrjC7mP4d, http://www.playvid.com/watch/KWPup99aiGT,
http://www.playvid.com/watch/bvHKXnLJCS8, http://www.playvid.com/watch/VEIjaOvemwP, http://www.playvid.com/watch/Le9O7n-XfaY,
http://www.playvid.com/watch/SW5uTLPfXIi, http://www.playvid.com/watch/JWuM0Oa909p, http://www.playvid.com/watch/8qphczTC5du,
http://www.playvid.com/watch/qrpF6pBwbN0, http://www.playvid.com/watch/XC678sAfIz4, http://www.playvid.com/watch/CNboqh92-qU,
http://www.playvid.com/watch/5PlnXKtYmpP, http://www.playvid.com/watch/UFJcPCtD83V, http://www.playvid.com/watch/Wldyp28M64j,
http://www.playvid.com/watch/PihBCRoC3DP, http://www.playvid.com/watch/gLzFm6-Robt, http://www.playvid.com/watch/SEmFLzTqCnu,
http://www.playvid.com/watch/DQrFV3aR03X, http://www.playvid.com/watch/ltRfXOsEtnm, http://www.playvid.com/watch/Nm7QQJl2Qwg,
http://www.playvid.com/watch/cOq2JpLnvwR, http://www.playvid.com/watch/zMFEl0QM97L, http://www.playvid.com/watch/9OPO6mMBAGv,
http://www.playvid.com/watch/avPF7QYv-7y, http://www.playvid.com/watch/uGkzxwPcAhT, http://www.playvid.com/watch/cbu0iHJQd9x,
http://www.playvid.com/watch/7veIMtxM04Y, http://www.playvid.com/watch/3B0WQjf2FQW, http://www.playvid.com/watch/TtZXzEAHG99,
http://www.playvid.com/watch/63V5mkNsC2b, http://www.playvid.com/watch/9dOZoHVTkLm, http://www.playvid.com/watch/8-iq5g5swOR,
http://www.playvid.com/watch/hCrFhJJ3tV9, http://www.playvid.com/watch/t5lYuzMHjox, http://www.playvid.com/watch/Nh2Hq4wC0To,
http://www.playvid.com/watch/dWWhh2BDE0C, http://www.playvid.com/watch/Hf7StU-Vj9K, http://www.playvid.com/watch/KHVR6mkCsXR,
http://www.playvid.com/watch/zyEGXR--56A, http://www.playvid.com/watch/04dA3stVhHj, http://www.playvid.com/watch/YbXpkTPGfPM,
http://www.playvid.com/watch/c6f9diHtT5V, http://www.playvid.com/watch/PvhMfhEWgcB, http://www.playvid.com/watch/EgdnoP46xuj,
http://www.playvid.com/watch/s3wzCZydrB2, http://www.playvid.com/watch/IuCFWPhvBem, http://www.playvid.com/watch/mflCCpYYQpA,
http://www.playvid.com/watch/p6lo6MWKnlN, http://www.playvid.com/watch/dgVg9UKLmuc, http://www.playvid.com/watch/2SkGFvpxOH9,
http://www.playvid.com/watch/gAvAye8dlL7, http://www.playvid.com/watch/PkGonRdAQS8, http://www.playvid.com/watch/FVgS7Ky4BdO,
http://www.playvid.com/watch/33vNByIax3B, http://www.playvid.com/watch/VG5wVxCCzBG, http://www.playvid.com/watch/9jYfzPbja36,
http://www.playvid.com/watch/qUCiLIseTTs, http://www.playvid.com/watch/cKkCrUtqtg3, http://www.playvid.com/watch/MRX8mQzc3IK,
http://www.playvid.com/watch/PseL7Oc669x, http://www.playvid.com/watch/xC7cQCrxX42, http://www.playvid.com/watch/qZD4OQZoUYY,
http://www.playvid.com/watch/Wkywhu6JKoL, http://www.playvid.com/watch/Z-ZuSyWSF4U, http://www.playvid.com/watch/ft2CHbe64MU,
http://www.playvid.com/watch/jCFpSjaBIim, http://www.playvid.com/watch/vhQ-sJuvEDc, http://www.playvid.com/watch/fIiGLunyTaL,
http://www.playvid.com/watch/2M0shm6-U7a, http://www.playvid.com/watch/aT6Cz9-KKzb, http://www.playvid.com/watch/gAoyS2cvC5K,
http://www.playvid.com/watch/xAUwKL8sUaV, http://www.playvid.com/watch/-EnqiyAcxhL, http://www.playvid.com/watch/WsnFzloK-nt,
http://www.playvid.com/watch/s3RYGo7lkDF, http://www.playvid.com/watch/K0dYUxQ7oCJ, http://www.playvid.com/watch/PQcNXAqK4uy,
http://www.playvid.com/watch/eZIi2xrL0gn, http://www.playvid.com/watch/GH6rT7bap9v, http://www.playvid.com/watch/MkuBhzB7OeG,
http://www.playvid.com/watch/oVIyYhYwLhm, http://www.playvid.com/watch/EYn0qkZm82f, http://www.playvid.com/watch/Bqq5wf4g3jk,
http://www.playvid.com/watch/SFSEdyZz4Sq, http://www.playvid.com/watch/JKagl8DT2Y9, http://www.playvid.com/watch/7Kh5G8yaaPC,
http://www.playvid.com/watch/i32aoFmixSJ, http://www.playvid.com/watch/3h-DbtrJEob, http://www.playvid.com/watch/7ZgGtw3Mg9b,
http://www.playvid.com/watch/eskVit2qPg3, http://www.playvid.com/watch/mDMyB9tiwg5, http://www.playvid.com/watch/3fEKNmf5-oz,
http://www.playvid.com/watch/hjnun7o0fKL, http://www.playvid.com/watch/Mkmj5XtbDB0, http://www.playvid.com/watch/lVdLxtYoqup,
http://www.playvid.com/watch/eqUtnkq29Y0, http://www.playvid.com/watch/ozS6gtzD-dv, http://www.playvid.com/watch/UR4XKdECNMW,
http://www.playvid.com/watch/30U53tFh957, http://www.playvid.com/watch/EjFmsXgnaw7, http://www.playvid.com/watch/SZehFGAPp2S,
http://www.playvid.com/watch/rkIKcoaLLGH, http://www.playvid.com/watch/6QShSeDVkrw, http://www.playvid.com/watch/IOYL2V-VlCa,
http://www.playvid.com/watch/cVYjpj-iAmq, http://www.playvid.com/watch/piwSTrQYXkR, http://www.playvid.com/watch/4D22-RIB6Zq,
http://www.playvid.com/watch/BXuebFwuOem, http://www.playvid.com/watch/6qynhZkbyjT, http://www.playvid.com/watch/cbl30BWSbyj,
http://www.playvid.com/watch/yslQYq2C360, http://www.playvid.com/watch/dIaa89HdUpG, http://www.playvid.com/watch/woYrlFMNeKA,
http://www.playvid.com/watch/6dH8kK5wR3k, http://www.playvid.com/watch/BbdOZr9uji-, http://www.playvid.com/watch/EKpzIMoi3T8,
http://www.playvid.com/watch/4PWEkfcqsnF, http://www.playvid.com/watch/HBj0-YYIzD0, http://www.playvid.com/watch/sAWScIx8eKt,
http://www.playvid.com/watch/qKVWAicBnGC, http://www.playvid.com/watch/jm6ikFGkEvf, http://www.playvid.com/watch/deKOJ30fqXu,
http://www.playvid.com/watch/JXEQOz2zths, http://www.playvid.com/watch/TnGuK4IoT5q, http://www.playvid.com/watch/WVXfAjM8cUj,
http://www.playvid.com/watch/9CjckYjSOmK, http://www.playvid.com/watch/zd2iI8ryzhY, http://www.playvid.com/watch/gD4ud9BdPW2,
http://www.playvid.com/watch/qquJPrWzdnG, http://www.playvid.com/watch/SeBIFGNlZ0X, http://www.playvid.com/watch/E9eAVbrbfA-,
http://www.playvid.com/watch/uqATRQae3oQ, http://www.playvid.com/watch/iw6aicjWFdC, http://www.playvid.com/watch/J3YP3jPFn9G,
http://www.playvid.com/watch/nGeKCVkB9Nz, http://www.playvid.com/watch/5qCTW428DA3, http://www.playvid.com/watch/wuxwGTKB-G9,
http://www.playvid.com/watch/gN4TSPIceat, http://www.playvid.com/watch/UjsP3pH9S0N, http://www.playvid.com/watch/dNds0xm94rs,
http://www.playvid.com/watch/RYtlUnMJ9Jo, http://www.playvid.com/watch/hlQw8Mg7gJP, http://www.playvid.com/watch/c25BI35W7FR,
http://www.playvid.com/watch/rft2RcH6-xh, http://www.playvid.com/watch/AAOQGEQO7TI, http://www.playvid.com/watch/GSSJkT4cuJE,
http://www.playvid.com/watch/OUuCgWtAErT, http://www.playvid.com/watch/m0IA5ZsVZKU, http://www.playvid.com/watch/MaDpGt0gIAh,
http://www.playvid.com/watch/ot6Ohh049tV, http://www.playvid.com/watch/bHGmiIFAa43, http://www.playvid.com/watch/U5TAEN0x9XX,
http://www.playvid.com/watch/6VUTNu2fmZh, http://www.playvid.com/watch/s-km4z-gWz2, http://www.playvid.com/watch/04C-TcMhZPV,
http://www.playvid.com/watch/C8n7Jk7NcVG, http://www.playvid.com/watch/pVc2va9naJ4, http://www.playvid.com/watch/09LJyAFrV0-,
http://www.playvid.com/watch/mhxepu6Oz7k, http://www.playvid.com/watch/at6Arx2biH2, http://www.playvid.com/watch/HMCfV5JMpBZ,
http://www.playvid.com/watch/V2z6fTqfg-9, http://www.playvid.com/watch/8sNXLJ87Vm-, http://www.playvid.com/watch/7VSjFMGzpjS,
http://www.playvid.com/watch/2WfT9NcWpRz, http://www.playvid.com/watch/sxAsGxtTPyF, http://www.playvid.com/watch/4yZPYg3i2AM,
http://www.playvid.com/watch/X4jpGRlYXwV, http://www.playvid.com/watch/6anIDWRZvO3, http://www.playvid.com/watch/ZgCx-XiPklK,
http://www.playvid.com/watch/stKpj0uAv2d, http://www.playvid.com/watch/SQtY3n7dxak, http://www.playvid.com/watch/mZJOoOgPBgB,
http://www.playvid.com/watch/KZQvriI9s-n, http://www.playvid.com/watch/oAAUnimP6tE, http://www.playvid.com/watch/UYsiWPGYhiA,
http://www.playvid.com/watch/P0SLLyL06p4, http://www.playvid.com/watch/vY3FuaMq-Zt, http://www.playvid.com/watch/Xi20yDFqmu0,
http://www.playvid.com/watch/L62wae3C4vM, http://www.playvid.com/watch/BkaumCYFmAw, http://www.playvid.com/watch/IPLsoxFcA-9,
http://www.playvid.com/watch/elwc9ySte7d, http://www.playvid.com/watch/7hL4tCVf-4z, http://www.playvid.com/watch/svQleI0dSEe,
http://www.playvid.com/watch/j5vCzd99TtG, http://www.playvid.com/watch/2WCyqt7N6M7, http://www.playvid.com/watch/XN2JWFjNVM2,

http://www.playvid.com/watch/yN405AXEx3z, http://www.playvid.com/watch/VQWg24OZ97i, http://www.playvid.com/watch/dxexNfSyLRn,
http://www.playvid.com/watch/NqbyvrBSFHo, http://www.playvid.com/watch/W2D3ifa3MxX, http://www.playvid.com/watch/I9eASJ0KHzq,
http://www.playvid.com/watch/zpzOQiC-Foa, http://www.playvid.com/watch/7YEw3CiEEgq, http://www.playvid.com/watch/VOIKAW-Dfrb,
http://www.playvid.com/watch/vWcEWlw0AJv, http://www.playvid.com/watch/M4nn-wYEpQy, http://www.playvid.com/watch/kJD4366DkYi,
http://www.playvid.com/watch/RgJkUQ5aNy8, http://www.playvid.com/watch/fTevcT6Own9, http://www.playvid.com/watch/VDJ3z6FKDqN,
http://www.playvid.com/watch/BRitVANtZTa, http://www.playvid.com/watch/S9fk8zM2mXm, http://www.playvid.com/watch/IIQhmrwV9xd,
http://www.playvid.com/watch/yBLaal69xNH, http://www.playvid.com/watch/jLtXuwV0crs, http://www.playvid.com/watch/tUIpiWY8GGr,
http://www.playvid.com/watch/hkhc3pT6Qk4, http://www.playvid.com/watch/TE9TlrgXOdm, http://www.playvid.com/watch/yvQOZu2zQPp,
http://www.playvid.com/watch/S8a4n8TPvBn, http://www.playvid.com/watch/pmfEFiuCvX7, http://www.playvid.com/watch/ggV4u09MC06,
http://www.playvid.com/watch/2LNa2h0SxGX, http://www.playvid.com/watch/kgfLzjSdTjI, http://www.playvid.com/watch/NFB-iK0cFYo,
http://www.playvid.com/watch/88qz5VoZcLC, http://www.playvid.com/watch/OJKUuN9Jbaj, http://www.playvid.com/watch/3gYUjX43zn8,
http://www.playvid.com/watch/cZIZ5EeGf0o, http://www.playvid.com/watch/lb3J6eByfGd, http://www.playvid.com/watch/tXu0d78Z4tT,
http://www.playvid.com/watch/DabWZddjtKZ, http://www.playvid.com/watch/TKA6Kr3IaQB, http://www.playvid.com/watch/kxCbE0gdjyk,
http://www.playvid.com/watch/iuWHCTDrogl, http://www.playvid.com/watch/CLa4W9KLOib, http://www.playvid.com/watch/5OcjjcDgB6Y,
http://www.playvid.com/watch/Jw72joC5nCo, http://www.playvid.com/watch/86YvBo2n93y, http://www.playvid.com/watch/MdYqGrrMRd-,
http://www.playvid.com/watch/Zfe-GKH9aTJ, http://www.playvid.com/watch/JID8O9YrueC, http://www.playvid.com/watch/6yXRLFsQvHP,
http://www.playvid.com/watch/pxvYpoW2IS8, http://www.playvid.com/watch/oUoYtzBNlRt, http://www.playvid.com/watch/JtAupXncJTw,
http://www.playvid.com/watch/sF67EanYQqR, http://www.playvid.com/watch/OOTKeyZW45i, http://www.playvid.com/watch/C-xyLvFFXcA,
http://www.playvid.com/watch/yswUrqkynZk, http://www.playvid.com/watch/ig032o79PCG, http://www.playvid.com/watch/ulHBCDPtNJ7,
http://www.playvid.com/watch/dMdbzJyBjyX, http://www.playvid.com/watch/jtsFEm5TAV-, http://www.playvid.com/watch/UjzaToIukFK,
http://www.playvid.com/watch/eUsBzYQGx2i, http://www.playvid.com/watch/IBBLMEDAPgk, http://www.playvid.com/watch/tRDhPuXIajH,
http://www.playvid.com/watch/VzW3dPioLnv, http://www.playvid.com/watch/oZQm9oKLPYN, http://www.playvid.com/watch/DZu6pImEfer,
http://www.playvid.com/watch/hy9Lk9dWSH3, http://www.playvid.com/watch/ztRKg3mgnLz, http://www.playvid.com/watch/3oZk0b7FHJE,
http://www.playvid.com/watch/Kam-89wkGgm, http://www.playvid.com/watch/79cxjOq6bka, http://www.playvid.com/watch/yEIxHw4uKyL,
http://www.playvid.com/watch/kPOQ9xHqdH7, http://www.playvid.com/watch/ThOcIwlEhxG, http://www.playvid.com/watch/ncbm798xasa,
http://www.playvid.com/watch/4qdvP4xBz2G, http://www.playvid.com/watch/xn0SLHopcDA, http://www.playvid.com/watch/ttfv9KcCGJr,
http://www.playvid.com/watch/qReC0NHmjtS, http://www.playvid.com/watch/x8C2RhwH7bZ, http://www.playvid.com/watch/D9WE7QsrjUF,
http://www.playvid.com/watch/h7887AEIHzZ, http://www.playvid.com/watch/-zAHoFNPLc6, http://www.playvid.com/watch/mp3ajB6qQup,
http://www.playvid.com/watch/xmbzz7BXweP, http://www.playvid.com/watch/pLKUTxWvhmR, http://www.playvid.com/watch/MeSKiMSThCc,
http://www.playvid.com/watch/X0ch72bb6gt, http://www.playvid.com/watch/CTAtkvfXFV7, http://www.playvid.com/watch/PZwzkyI3qNK,
http://www.playvid.com/watch/b7-ZgwARbbv, http://www.playvid.com/watch/Ubi0XCeOXWz, http://www.playvid.com/watch/unn8plrk5zD,
http://www.playvid.com/watch/fiG0rcNByrT, http://www.playvid.com/watch/JbODTKSe5jI, http://www.playvid.com/watch/QkNiZU0sLiC,
http://www.playvid.com/watch/iBArJuX6eTb, http://www.playvid.com/watch/09kcVQgSS7e, http://www.playvid.com/watch/Ob6ieGvThTz,
http://www.playvid.com/watch/ewuqNAKzXFP, http://www.playvid.com/watch/dd5dG7HwoZM, http://www.playvid.com/watch/TRedkbhWOB7,
http://www.playvid.com/watch/Q8zgaPjgAFO, http://www.playvid.com/watch/7DyQq7jvfH2, http://www.playvid.com/watch/BdofW580Ok6,
http://www.playvid.com/watch/zgDnlnI288D, http://www.playvid.com/watch/KYYkiNSonnb, http://www.playvid.com/watch/doagHWzAgmh,
http://www.playvid.com/watch/4zdPKcd8wlX, http://www.playvid.com/watch/qCAvkfNHSFD, http://www.playvid.com/watch/klIlniuMDEX,
http://www.playvid.com/watch/QThWj4SSXx3, http://www.playvid.com/watch/7DrBRanCa4A, http://www.playvid.com/watch/L0XtCPpWdj8,
http://www.playvid.com/watch/9JY8yy7-ySd, http://www.playvid.com/watch/saWF9GlVNAH, http://www.playvid.com/watch/-e2iO-gTlut,
http://www.playvid.com/watch/vA-aoftM3di, http://www.playvid.com/watch/xXtNJmKRqzd, http://www.playvid.com/watch/HzCDHPkT5q7,
http://www.playvid.com/watch/ppBlcIrhU8A, http://www.playvid.com/watch/z8OQTLUzO23, http://www.playvid.com/watch/8lPzzuXIDUD,
http://www.playvid.com/watch/dVGmCqbugDV, http://www.playvid.com/watch/HYreX6b2krQ, http://www.playvid.com/watch/V9a6mP-BTRq,
http://www.playvid.com/watch/WJZgIhEWlJ3, http://www.playvid.com/watch/2I3RBFsU8UA, http://www.playvid.com/watch/84baHPOa25o,
http://www.playvid.com/watch/scIacwq9KsA, http://www.playvid.com/watch/gclSgajZwt2, http://www.playvid.com/watch/DfDdOnm3c8I,
http://www.playvid.com/watch/hAqXdr7N2Rt, http://www.playvid.com/watch/tBPxTtl3qQi, http://www.playvid.com/watch/QHhNawv4WyH,
http://www.playvid.com/watch/4pOZWjiprX8, http://www.playvid.com/watch/yRT8Lrar6HE, http://www.playvid.com/watch/2oMJtQspHKw,
http://www.playvid.com/watch/RH7svZyylmM, http://www.playvid.com/watch/i4MJgSwaPSw, http://www.playvid.com/watch/cjsC9GOKYLb,
http://www.playvid.com/watch/FQV5m0PIOst, http://www.playvid.com/watch/ZNYLiVxdLG0, http://www.playvid.com/watch/N5IGMhYjeRw,
http://www.playvid.com/watch/SAD5SKdEabZ, http://www.playvid.com/watch/05q-y5ClhsT, http://www.playvid.com/watch/0BmYebeuV0t,
http://www.playvid.com/watch/Gv-9ak-23Un, http://www.playvid.com/watch/l6KFr8ric24, http://www.playvid.com/watch/knyFdSNr0jy,
http://www.playvid.com/watch/GSEVRK6yuNc, http://www.playvid.com/watch/8GUeVl9qEK7, http://www.playvid.com/watch/sNUs0Yn2-L9,
http://www.playvid.com/watch/Ogi0VS3STN2, http://www.playvid.com/watch/obrzJdxdRms, http://www.playvid.com/watch/aoAv59ROpNn,
http://www.playvid.com/watch/IQmn5MwL-v0, http://www.playvid.com/watch/0mroAbazJyU, http://www.playvid.com/watch/hGy7Oreu9Ar,
http://www.playvid.com/watch/wvj7XzgtQtH, http://www.playvid.com/watch/HbMrtKanx-P, http://www.playvid.com/watch/ASXBZOaYql5,
http://www.playvid.com/watch/hhm3vR7oCGD, http://www.playvid.com/watch/bFUyzzclauc, http://www.playvid.com/watch/y5nTqbNxCqQ,
http://www.playvid.com/watch/EkU5DxCpxz9, http://www.playvid.com/watch/ZbALmKkeoao, http://www.playvid.com/watch/Po59DT6Vcf9,
http://www.playvid.com/watch/iiCesQonIzE, http://www.playvid.com/watch/2mw-83MNMJB, http://www.playvid.com/watch/uK4enpmsO5R,
http://www.playvid.com/watch/k-yH0XjkyPB, http://www.playvid.com/watch/0ObYRvWuagj, http://www.playvid.com/watch/-vEppT4dcFa,
http://www.playvid.com/watch/-KzVnHN8Ck3, http://www.playvid.com/watch/pfxP5kBNthw, http://www.playvid.com/watch/OE8C0FpToGj,
http://www.playvid.com/watch/T--tMGPqj26, http://www.playvid.com/watch/q7UJV59X6Vv, http://www.playvid.com/watch/Affn-d22mNo,
http://www.playvid.com/watch/ovoxvhB3m-a, http://www.playvid.com/watch/T3K0pLVOwTL, http://www.playvid.com/watch/NTfsVs25Qp9,
http://www.playvid.com/watch/nYifNUkt0gs, http://www.playvid.com/watch/IAaq9Zd8NPx, http://www.playvid.com/watch/eEU2xkH4O9w,
http://www.playvid.com/watch/jneRGT0LFmN, http://www.playvid.com/watch/HtX-jo8l2Sd, http://www.playvid.com/watch/53VNk8YKU4u,
http://www.playvid.com/watch/P4XwVmMhpAy, http://www.playvid.com/watch/FJFPTpuKPqi, http://www.playvid.com/watch/0YYGGduc5GJ,
http://www.playvid.com/watch/aaFLmbIMP8T, http://www.playvid.com/watch/yE6u5LSPHUA, http://www.playvid.com/watch/iuiFbJaGDnR,
http://www.playvid.com/watch/7xycnmX98zz, http://www.playvid.com/watch/MyY4pSe32rE, http://www.playvid.com/watch/u2XkS8vLUpT,
http://www.playvid.com/watch/KwR0I6EiXrC, http://www.playvid.com/watch/6jSw35fb32m, http://www.playvid.com/watch/Hw3k9gchI3w,
http://www.playvid.com/watch/9uY7svHKxAj, http://www.playvid.com/watch/F3o6H2wzJ5Z, http://www.playvid.com/watch/c9KDkhb5-ng,
http://www.playvid.com/watch/gJCaz5RoVDl, http://www.playvid.com/watch/CJyY0iHYopg, http://www.playvid.com/watch/A-WgZo6Uf5z,
http://www.playvid.com/watch/Z5R-4sCSJ-A, http://www.playvid.com/watch/OQQTBLbpeyc, http://www.playvid.com/watch/R6hOusgjAZI,
http://www.playvid.com/watch/xGuh2Kh9Lai, http://www.playvid.com/watch/IHkl7t8pBY5, http://www.playvid.com/watch/PxZjiQeluDg,
http://www.playvid.com/watch/nZdEFJFPxNC, http://www.playvid.com/watch/LBJOxeiJTQG, http://www.playvid.com/watch/je-xfzDg32W,
http://www.playvid.com/watch/mI93QqVnn29, http://www.playvid.com/watch/jJS-AkMBRK8, http://www.playvid.com/watch/7T5eTIYm8tx,
http://www.playvid.com/watch/F8KTFLg35XW, http://www.playvid.com/watch/wRYv8ig48qR, http://www.playvid.com/watch/DgvTIU5m9ZW,
http://www.playvid.com/watch/7JIGSBV7scI, http://www.playvid.com/watch/2XA8vzqDZyP, http://www.playvid.com/watch/FOloN9NSy5p,
http://www.playvid.com/watch/quGE2sFG8yW, http://www.playvid.com/watch/6us3mUgXCsn, http://www.playvid.com/watch/rdNyn4VWtkP,
http://www.playvid.com/watch/RdZK6umPo52, http://www.playvid.com/watch/9yvCLmNiDB2, http://www.playvid.com/watch/W7aejfvJgkA,
http://www.playvid.com/watch/gDIyVzCzd8q, http://www.playvid.com/watch/Bo2QFzdLq0h, http://www.playvid.com/watch/KcUJb-H7hMY,
http://www.playvid.com/watch/GM22PPWqclv, http://www.playvid.com/watch/nYJhXiiyYTx, http://www.playvid.com/watch/AUVJyAv8bdZ,
http://www.playvid.com/watch/mMJJrqKrWco, http://www.playvid.com/watch/6N70oAcsu4d, http://www.playvid.com/watch/dl4vQ8VI23m,
http://www.playvid.com/watch/HEGqdaUSyrY, http://www.playvid.com/watch/y0aFTa2yPTP, http://www.playvid.com/watch/tWnjlfxMv7u,
http://www.playvid.com/watch/cZHtVegy4Hk, http://www.playvid.com/watch/3daRfsklpu5, http://www.playvid.com/watch/QSJKiBgE6KO,
http://www.playvid.com/watch/lfVvtAkrtde, http://www.playvid.com/watch/Z7A5m5sEddP, http://www.playvid.com/watch/wpUctiJ7j5P,
http://www.playvid.com/watch/7JWcUoX-m0T, http://www.playvid.com/watch/ZNqwac76OIE, http://www.playvid.com/watch/IUJxSJkZzyA,
http://www.playvid.com/watch/qy4U4ywb3UA, http://www.playvid.com/watch/Pu4AO-2Xqo7, http://www.playvid.com/watch/cf6aPK4pyzF,
http://www.playvid.com/watch/3PUWNlu-sme, http://www.playvid.com/watch/9l10TL4MhJ0, http://www.playvid.com/watch/oDbEhtgaIn0,
http://www.playvid.com/watch/Il6iKaPwPAi, http://www.playvid.com/watch/lDxB0F3Q18D, http://www.playvid.com/watch/0Jlr4I_I-b8,
http://www.playvid.com/watch/9DSZ7axbH8v, http://www.playvid.com/watch/ksINsC_9Xu8, http://www.playvid.com/watch/o_zRuQLXuXU,
http://www.playvid.com/watch/BRrsApO11Ku, http://www.playvid.com/watch/uloAQnAXnXV, http://www.playvid.com/watch/WFhfBkDHVYh,
http://www.playvid.com/watch/ddJrEDnCWN9, http://www.playvid.com/watch/lcNGicJeRXf, http://www.playvid.com/watch/q2brbbt7Pdd,
http://www.playvid.com/watch/6nj4sEgBcrl, http://www.playvid.com/watch/XH0aip2LJB7, http://www.playvid.com/watch/iPBZ0RKDEba,
http://www.playvid.com/watch/v-DsF3cm_YL, http://www.playvid.com/watch/ebAxEEy4BB8, http://www.playvid.com/watch/vAr2lfki9W5,
http://www.playvid.com/watch/6hawRo9bQOy, http://www.playvid.com/watch/FmxSp66yx2i, http://www.playvid.com/watch/uuSAAubn9Tc,
http://www.playvid.com/watch/Qi8t_Zwwusk, http://www.playvid.com/watch/Q_bVAW96PqK, http://www.playvid.com/watch/iMkgsRx0S9A,
http://www.playvid.com/watch/ZpJqu1ktUyy, http://www.playvid.com/watch/ccsJ3ik2wIe, http://www.playvid.com/watch/VBpQSolleKn,
http://www.playvid.com/watch/M6CO6YVe_L2, http://www.playvid.com/watch/7yL9RY1cWKL, http://www.playvid.com/watch/PpepFBvXuGO,

http://www.playvid.com/watch/cVhAFIuh7Yp, http://www.playvid.com/watch/mqL24OdLeTp, http://www.playvid.com/watch/4Q6a_VBnbSw,
http://www.playvid.com/watch/YlGPvs_uifO, http://www.playvid.com/watch/rM6HTdz8TJi, http://www.playvid.com/watch/k-YYua3RIz8,
http://www.playvid.com/watch/cukwiObRR5r, http://www.playvid.com/watch/I84U0I2sYtS, http://www.playvid.com/watch/LvqBYpvZ2je,
http://www.playvid.com/watch/zc4_bVh1nf4, http://www.playvid.com/watch/EyZfR7hFdpU, http://www.playvid.com/watch/gbPjcEWGfH5,
http://www.playvid.com/watch/ZrAE14VqCIu, http://www.playvid.com/watch/I8Rnup9FFQy, http://www.playvid.com/watch/xGGPp_kNXvc,
http://www.playvid.com/watch/EMcEK0NSbus, http://www.playvid.com/watch/sD_XLys_Id8, http://www.playvid.com/watch/Ovkw5Md3d5C,
http://www.playvid.com/watch/Ncn-juCHsCv, http://www.playvid.com/watch/6l1ksrSnLeU, http://www.playvid.com/watch/XG8ZmrqeMSG,
http://www.playvid.com/watch/V0fmHbT7nns, http://www.playvid.com/watch/mw7Jnhah1Iq, http://www.playvid.com/watch/Da7o4mCYGxm,
http://www.playvid.com/watch/IQ5YHwLHjGP, http://www.playvid.com/watch/lnYklYllkmQ, http://www.playvid.com/watch/Ri38M4w3U97,
http://www.playvid.com/watch/lVNZCObXJ3h, http://www.playvid.com/watch/jIwCggVmUe8, http://www.playvid.com/watch/yDGVSGG4WNq,
http://www.playvid.com/watch/6a_cxE5IxKB, http://www.playvid.com/watch/xhdvwYnNStB, http://www.playvid.com/watch/x51hFLfuOOt,
http://www.playvid.com/watch/jh3AQI47umZ, http://www.playvid.com/watch/MzMopkHL4av, http://www.playvid.com/watch/yZaM36UmeCU,
http://www.playvid.com/watch/vYesNAq0ajG, http://www.playvid.com/watch/0CtQ61HVv0n, http://www.playvid.com/watch/XvAOyXz1JEm,
http://www.playvid.com/watch/egiOlZRPypp, http://www.playvid.com/watch/5J7hZ142Dqe, http://www.playvid.com/watch/Hzb-KdNH9zb,
http://www.playvid.com/watch/jcgh29JFb-B, http://www.playvid.com/watch/KgtjhiJsdpy, http://www.playvid.com/watch/PZcheJbjsaP,
http://www.playvid.com/watch/aWmbpWpm5TL, http://www.playvid.com/watch/6Ao7Wc5defU, http://www.playvid.com/watch/OQQ8gVYpG4l,
http://www.playvid.com/watch/swPQF3r75oS, http://www.playvid.com/watch/0983DU6EV-G, http://www.playvid.com/watch/cyA-xjnp57E,
http://www.playvid.com/watch/No2uRmHKJa4, http://www.playvid.com/watch/pEriwWvrDJi, http://www.playvid.com/watch/VKlTITQNWfq,
http://www.playvid.com/watch/hRYSt7VnJvo, http://www.playvid.com/watch/pJ0lDNjM7_S, http://www.playvid.com/watch/4dE7T3R_CWj,
http://www.playvid.com/watch/XGFVUeAhh-s, http://www.playvid.com/watch/juS2bXMKfLe, http://www.playvid.com/watch/SVQ0vBtPSCJ,
http://www.playvid.com/watch/FS2OaSNItMs, http://www.playvid.com/watch/qRMRDW49RSP, http://www.playvid.com/watch/kVHZdzr7wDe,
http://www.playvid.com/watch/eydhFZpxxDb, http://www.playvid.com/watch/GfCAd5SaFGk, http://www.playvid.com/watch/L6V10mGvxfS,
http://www.playvid.com/watch/rXqc76TU00N, http://www.playvid.com/watch/hB438jZgdAK, http://www.playvid.com/watch/K7SP-R9TMea,
http://www.playvid.com/watch/lJ9ZK3gjBXA, http://www.playvid.com/watch/DQH52leUWBM, http://www.playvid.com/watch/CP4f0C_kRUD,
http://www.playvid.com/watch/iA2c9JbNuuE, http://www.playvid.com/watch/O19uf0dxtIT, http://www.playvid.com/watch/vSUQl-auMZ2,
http://www.playvid.com/watch/Mv0wNMmBQLm, http://www.playvid.com/watch/FI-ECP5h9KB, http://www.playvid.com/watch/Y6TDPTjHR9v,
http://www.playvid.com/watch/81YzuiPe_Wa, http://www.playvid.com/watch/JNIbWEtP29K, http://www.playvid.com/watch/OMTWG-8ZXpT,
http://www.playvid.com/watch/C4zfMYJTs1v, http://www.playvid.com/watch/qlN4xXe_Zcv, http://www.playvid.com/watch/KSc7O5v8PIE,
http://www.playvid.com/watch/8KiJVShVKYa
5.f. Date of third notice: 2013-11-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: firecracka
5.b. Uploader's email address: shamik_1989@yahoo.com.sg
5.d. Uploader's profile: http://www.playvid.com/member/firecracka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ssx0NmdeHpd, http://www.playvid.com/watch/r_fBlIxc1xu,
http://www.playvid.com/watch/7dt8jctVUDM, http://www.playvid.com/watch/vDDiEhltEOP, http://www.playvid.com/watch/bRDEFzVF5bc,
http://www.playvid.com/watch/5lvSiAVr8gg, http://www.playvid.com/watch/fuMjjhW-wMp, http://www.playvid.com/watch/gpekjx5xEBO,
http://www.playvid.com/watch/HN4gjwBr2vz, http://www.playvid.com/watch/4AeEm8A3eEV, http://www.playvid.com/watch/H8xHcOAo-X0,
http://www.playvid.com/watch/ICPTTizF7XD, http://www.playvid.com/watch/p2zcv50kjC9, http://www.playvid.com/watch/IIvd1RJRJUa,
http://www.playvid.com/watch/OFn492264dM, http://www.playvid.com/watch/GHMwBqxantW, http://www.playvid.com/watch/db2E34WCahE,
http://www.playvid.com/watch/o-M3yAYxHoR, http://www.playvid.com/watch/e9MS0PGwcUd, http://www.playvid.com/watch/b8H60VturGJ,
http://www.playvid.com/watch/Kx-MPlyRuit, http://www.playvid.com/watch/GK75-6hNDsN, http://www.playvid.com/watch/f47VEBBX63K,
http://www.playvid.com/watch/gYjlB3EwUtS, http://www.playvid.com/watch/yahaoBaB_pj, http://www.playvid.com/watch/Ni5QeLM8AWj,
http://www.playvid.com/watch/zvtUAAtk_O9, http://www.playvid.com/watch/20z9CYMRddz, http://www.playvid.com/watch/G4LsBAUPHY6,
http://www.playvid.com/watch/Qyxk8gMilrr, http://www.playvid.com/watch/yBhWzaorEF5, http://www.playvid.com/watch/vzzIp7bUZzh,
http://www.playvid.com/watch/3V9Ap8YbsYj, http://www.playvid.com/watch/tHzdoNSPVB2, http://www.playvid.com/watch/NwRyu0qFEdm,
http://www.playvid.com/watch/pEw-KR2uPAP, http://www.playvid.com/watch/5PyqsDAY-aS, http://www.playvid.com/watch/nr8NX9WkWje,
http://www.playvid.com/watch/VxNq8kvOgB2, http://www.playvid.com/watch/rg1rOEtcwj7, http://www.playvid.com/watch/ft89nc1-NZl,
http://www.playvid.com/watch/F0RNOXWEWK4, http://www.playvid.com/watch/Coy7XNbMrTF, http://www.playvid.com/watch/pfU7zalAkuk,
http://www.playvid.com/watch/KL5ayznB-7y, http://www.playvid.com/watch/2V3F8WLNIMo, http://www.playvid.com/watch/SBys2SWsA9O,
http://www.playvid.com/watch/ji76bA7wJ6J, http://www.playvid.com/watch/YQiU7DMMIS4, http://www.playvid.com/watch/eBsqs1zD-lU,
http://www.playvid.com/watch/6GbTZIofoje, http://www.playvid.com/watch/0WBanbbBNCX, http://www.playvid.com/watch/pZ2rsbudd8Q,
http://www.playvid.com/watch/nR13NUzHhoH, http://www.playvid.com/watch/FH9oA1Z2dAA, http://www.playvid.com/watch/Wf50R39Sqf4,
http://www.playvid.com/watch/ZGaZM6tI3aE, http://www.playvid.com/watch/48JNhOM93ul, http://www.playvid.com/watch/AAvV3DLGYAV,
http://www.playvid.com/watch/Uh9hK-GOgn9, http://www.playvid.com/watch/FJ22cgOaDuy, http://www.playvid.com/watch/5SNtabmU7iT,
http://www.playvid.com/watch/H5a_sCF1fCQ, http://www.playvid.com/watch/IVCokwQsYOK
5.f. Date of third notice: 2014-07-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flashroyal
5.b. Uploader's email address: leonidpetryshevich@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/flashroyal
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xwDtl6UbbU8, http://www.playvid.com/watch/QemJC4W14co,
http://www.playvid.com/watch/aJ47fRyd0c9, http://www.playvid.com/watch/j7ZESPVBHsu, http://www.playvid.com/watch/J8_h1lVQaJ2,
http://www.playvid.com/watch/Q5J6oduE-Uy, http://www.playvid.com/watch/e8Mqlz4lIDT, http://www.playvid.com/watch/ZQ_rq8Hd08Z,
http://www.playvid.com/watch/nXpjujGaP5T, http://www.playvid.com/watch/JSkT5eeZQpT, http://www.playvid.com/watch/b_4WS5RCqKM,
http://www.playvid.com/watch/ZK0qykEkFhZ, http://www.playvid.com/watch/6Om9EKjRXtn, http://www.playvid.com/watch/4auF0kiUmoN,
http://www.playvid.com/watch/O9wsUPllkF8, http://www.playvid.com/watch/Kdx02Ur-gM7, http://www.playvid.com/watch/uiaQnVzOnaU,
http://www.playvid.com/watch/dQfnLa4j7N9, http://www.playvid.com/watch/OHake50XNhs, http://www.playvid.com/watch/vk-Wrmns9RR,
http://www.playvid.com/watch/SG132S77tsl, http://www.playvid.com/watch/O2e2elA9RWx, http://www.playvid.com/watch/D2OPO4A9Nof,
http://www.playvid.com/watch/gGJIFySVKhV, http://www.playvid.com/watch/7cHGD-pwL3H, http://www.playvid.com/watch/a8tmGWeqL9s,
http://www.playvid.com/watch/Q0SWOVVqNTn, http://www.playvid.com/watch/PwzpouIsgfN, http://www.playvid.com/watch/BXtayvu4SBD,
http://www.playvid.com/watch/6PnU0lKmVaY, http://www.playvid.com/watch/826tGDhp-Me, http://www.playvid.com/watch/KwZSXtaAzDw,
http://www.playvid.com/watch/i5psnyYobR8, http://www.playvid.com/watch/2qJvASDqILO, http://www.playvid.com/watch/Y1J9mRJaD98,
http://www.playvid.com/watch/d-AcO00a012, http://www.playvid.com/watch/r40s-BpwtXF, http://www.playvid.com/watch/GA0_NOClWkv,
http://www.playvid.com/watch/Og9vkKl9um3, http://www.playvid.com/watch/kBPhwMEvylT, http://www.playvid.com/watch/n5pEqt1FahE,
http://www.playvid.com/watch/ozEekflEgOD, http://www.playvid.com/watch/T30lFUUTKuX, http://www.playvid.com/watch/qtrn_-LzzBi,
http://www.playvid.com/watch/kppck-4I69I, http://www.playvid.com/watch/C_RhMJHKlVO, http://www.playvid.com/watch/cr5ApV46ksx,
http://www.playvid.com/watch/U9ZvjvP3iur, http://www.playvid.com/watch/zmqH4VdyQOz, http://www.playvid.com/watch/XswDR_k9akQ,
http://www.playvid.com/watch/z9EEbf40x9d, http://www.playvid.com/watch/WHGj2rhNbWG, http://www.playvid.com/watch/afkow338Hnj,
http://www.playvid.com/watch/TFdL9bhDTU7, http://www.playvid.com/watch/PFtOULisZfW, http://www.playvid.com/watch/QbIvUUpAN0n,
http://www.playvid.com/watch/S8tX50UHddN, http://www.playvid.com/watch/YIMCEcJDy0g, http://www.playvid.com/watch/NEUHGMXGlPb,
http://www.playvid.com/watch/RyMZg_NhUzl, http://www.playvid.com/watch/TC3Luij9kH6, http://www.playvid.com/watch/hSGF7jsXIDM,
http://www.playvid.com/watch/ODHAN4ByzNu, http://www.playvid.com/watch/0zWbxeoqQay, http://www.playvid.com/watch/DmvmQH0rsVB,
http://www.playvid.com/watch/CI4nfhFWLj5, http://www.playvid.com/watch/PdAyNUmrOM8, http://www.playvid.com/watch/E7XU6WuukVB,
http://www.playvid.com/watch/HbWTbPp8NZs, http://www.playvid.com/watch/y-zzNG3umZ2, http://www.playvid.com/watch/a8WmeNya0_8,
http://www.playvid.com/watch/FJ-nmVOUb_Z, http://www.playvid.com/watch/7FTRNxKHJR0, http://www.playvid.com/watch/y1glJzFyLwl,
http://www.playvid.com/watch/ahqXGQZ-fjS
5.f. Date of third notice: 2014-12-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Flauschy
5.b. Uploader's email address: tson1@gmx.de
5.d. Uploader's profile: http://www.playvid.com/member/Flauschy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ADxOlAIijUj, http://www.playvid.com/watch/i2KsgNa6vjT,

http://www.playvid.com/watch/642QDbVgPKr, http://www.playvid.com/watch/22eV8-u4gSS, http://www.playvid.com/watch/yPErqtXGxJ0, http://www.playvid.com/watch/8M553tuqxA3, http://www.playvid.com/watch/LEqhiA0d2-H, http://www.playvid.com/watch/D9HV46eLT4v, http://www.playvid.com/watch/4mD-_YlmvSo, http://www.playvid.com/watch/U2yYRqmo0SY, http://www.playvid.com/watch/H2MLkDrQZ73, http://www.playvid.com/watch/IJea7TD8evY, http://www.playvid.com/watch/lFnm190zo2Q, http://www.playvid.com/watch/KHiT3jf13fu, http://www.playvid.com/watch/HURqqf1rhKd, http://www.playvid.com/watch/TKD37SglOmO, http://www.playvid.com/watch/gzoBq5shvtU, http://www.playvid.com/watch/vkohIaRBbcR, http://www.playvid.com/watch/ftsBHP8AIEt, http://www.playvid.com/watch/Jk5bRcoNwyV, http://www.playvid.com/watch/VsH0F2v5hEP, http://www.playvid.com/watch/xSCvFtUP3Qe, http://www.playvid.com/watch/tdrdzRNtDaB, http://www.playvid.com/watch/v-TkIAEzKZ2, http://www.playvid.com/watch/ktQPfIYyXs3, http://www.playvid.com/watch/aFSw5A0li2m, http://www.playvid.com/watch/ruC7VXY0vx4, http://www.playvid.com/watch/xRmn_qtmHIJ
5.f. Date of third notice: 2014-07-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flesholder
5.b. Uploader's email address: flesholder@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/flesholder
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vSQtgdZMoz0, http://www.playvid.com/watch/EGyif3kNibC, http://www.playvid.com/watch/CVSTGE0-ptH, http://www.playvid.com/watch/4e3VvSBrSSb, http://www.playvid.com/watch/Ly89Qpnpmdl, http://www.playvid.com/watch/zvvughTA6si, http://www.playvid.com/watch/tDtgQAEc5xn, http://www.playvid.com/watch/gtKik6xXhHW, http://www.playvid.com/watch/65LKrzDQHBL, http://www.playvid.com/watch/qMKKIqNt53t, http://www.playvid.com/watch/zPcy46WVOjU, http://www.playvid.com/watch/24TrNghhjhb, http://www.playvid.com/watch/yl8aOQ5zBwQ, http://www.playvid.com/watch/ntdNcvVMW3v, http://www.playvid.com/watch/2fqaIDShgLO, http://www.playvid.com/watch/45o5Vku7P7e, http://www.playvid.com/watch/Tj7kszoObMz, http://www.playvid.com/watch/nXAggMZ-uP0, http://www.playvid.com/watch/pVgqkmPVhbX, http://www.playvid.com/watch/hGKtHKNn6d8, http://www.playvid.com/watch/DGWkstfSjEh, http://www.playvid.com/watch/NlGmYbfJONM, http://www.playvid.com/watch/YyuLGCw6DpH, http://www.playvid.com/watch/4F7PbX3isye, http://www.playvid.com/watch/T2k4QkF2rCS, http://www.playvid.com/watch/J-PxcOkfC6d, http://www.playvid.com/watch/9rfVwSFxG66, http://www.playvid.com/watch/8QayHRfsp2w, http://www.playvid.com/watch/rAbDml0Kl5i, http://www.playvid.com/watch/hDo6yVrIV2z, http://www.playvid.com/watch/x5q9qvYToxs, http://www.playvid.com/watch/gihPkHRsYhw, http://www.playvid.com/watch/Lhwc532Qnvj, http://www.playvid.com/watch/eDBEjy-Ws5u, http://www.playvid.com/watch/TXtAGu89Rov, http://www.playvid.com/watch/eetgroGnWqq, http://www.playvid.com/watch/67lAxoLDO7l, http://www.playvid.com/watch/OK4TWB8DdwG, http://www.playvid.com/watch/BveaVQ6FFHJ, http://www.playvid.com/watch/4ycsHaXSUxP, http://www.playvid.com/watch/RQyLC5v3K5V, http://www.playvid.com/watch/cdVPxMaR5im, http://www.playvid.com/watch/kdbYc0PAwtT, http://www.playvid.com/watch/H9nf57M6k0i, http://www.playvid.com/watch/VV-3EMnRsDS, http://www.playvid.com/watch/0qHYGoKlmfg, http://www.playvid.com/watch/5LXHteFigzy, http://www.playvid.com/watch/TMYQXva-IyR, http://www.playvid.com/watch/B0zLeF0vXGV, http://www.playvid.com/watch/AJA3GwHSXMr, http://www.playvid.com/watch/3KMyJLunKvL, http://www.playvid.com/watch/Ntc-y9fS9cl, http://www.playvid.com/watch/PHkxnuk3elk, http://www.playvid.com/watch/MZrRcbimgmf, http://www.playvid.com/watch/0rgpJLEWwSa, http://www.playvid.com/watch/akfPirCFRkz, http://www.playvid.com/watch/KcAg93x5WaU, http://www.playvid.com/watch/q3rBr9K6N0Q, http://www.playvid.com/watch/3ou7q4uAF5A, http://www.playvid.com/watch/nqoX5QYjsjw, http://www.playvid.com/watch/w3IqdcaBq7K, http://www.playvid.com/watch/syOnaHIyjIv, http://www.playvid.com/watch/XAtcRiXr34E, http://www.playvid.com/watch/bkJG5Eu6DZl, http://www.playvid.com/watch/i0b5yzh2siy, http://www.playvid.com/watch/GRBZ3pHO4-X, http://www.playvid.com/watch/oi5w9MIK-GA, http://www.playvid.com/watch/mnrMvamJ9HD, http://www.playvid.com/watch/8iqHI95Uk68, http://www.playvid.com/watch/70Rr-GJdOM4, http://www.playvid.com/watch/Z2w8WUWI6Ng, http://www.playvid.com/watch/bahSHE4OHPY, http://www.playvid.com/watch/iAP66jlZtIa, http://www.playvid.com/watch/A7ntEKvGPeX, http://www.playvid.com/watch/vPLyMLV7mq5, http://www.playvid.com/watch/FNHtUjou6AP, http://www.playvid.com/watch/Du8b8q6QSFH, http://www.playvid.com/watch/GbyMDktRYJo, http://www.playvid.com/watch/PgcSG3nLp2j, http://www.playvid.com/watch/EdTdUxVlDiA, http://www.playvid.com/watch/9tHgptkMZXO, http://www.playvid.com/watch/mL4cl82qkBR, http://www.playvid.com/watch/Eh43ZJiaS2c, http://www.playvid.com/watch/EG9WFc9akis, http://www.playvid.com/watch/MYPcGgRI7qu, http://www.playvid.com/watch/KGdrh6C9fx9, http://www.playvid.com/watch/UvDPwZHNY2V, http://www.playvid.com/watch/qVWUr0fmBdI, http://www.playvid.com/watch/x9YUa6wtQ04, http://www.playvid.com/watch/luHFB7R5GyE, http://www.playvid.com/watch/aQiOeEA39YS, http://www.playvid.com/watch/zuryAqbzIGC, http://www.playvid.com/watch/WTHmFNB59G2, http://www.playvid.com/watch/ycKl3mesSPS, http://www.playvid.com/watch/wNp0kLx6Y9p, http://www.playvid.com/watch/xlMbEkPc9Yy, http://www.playvid.com/watch/VpaNj9dNOkG, http://www.playvid.com/watch/jUlcjcjSEgE, http://www.playvid.com/watch/giRPiW9MT4k, http://www.playvid.com/watch/0JWwHvR5VqH, http://www.playvid.com/watch/0SB-jRIgrje
5.f. Date of third notice: 2013-10-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Flex2k
5.b. Uploader's email address: felixbaccam@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Flex2k
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KkEqXmuSbiL, http://www.playvid.com/watch/JkNqLsUQ0BE, http://www.playvid.com/watch/NwTEUuyGebz, http://www.playvid.com/watch/7SWY9qe4LYY, http://www.playvid.com/watch/XMtPc-OqaVX, http://www.playvid.com/watch/vdNz4AVouIT, http://www.playvid.com/watch/4-3vgnY3dqD, http://www.playvid.com/watch/i4woGQlgN8n, http://www.playvid.com/watch/P2i-NJ9fxZb, http://www.playvid.com/watch/Nf7RifKfOQx, http://www.playvid.com/watch/GBiWHs4FOjr, http://www.playvid.com/watch/ZhE4lCNSN0H, http://www.playvid.com/watch/ShFdRBxrIcS, http://www.playvid.com/watch/ehrXWgUSp4i, http://www.playvid.com/watch/wzao3pakF2O, http://www.playvid.com/watch/Jk0SOBOBn0T, http://www.playvid.com/watch/r4FZCuN2nlS, http://www.playvid.com/watch/5NzOhgbEoU6, http://www.playvid.com/watch/tCyjfCz2nAL, http://www.playvid.com/watch/sfXZDHf2B96, http://www.playvid.com/watch/PviocD4v08m, http://www.playvid.com/watch/OutrkHMhLWw, http://www.playvid.com/watch/s7S2oVJxjTG, http://www.playvid.com/watch/hLgqqBUv8sy, http://www.playvid.com/watch/3O2OuHDfytI, http://www.playvid.com/watch/t8rlEKSdmJ-, http://www.playvid.com/watch/CgAnXuYV3H4, http://www.playvid.com/watch/TWY-mEe8Ly7, http://www.playvid.com/watch/RIgmrlUev6S, http://www.playvid.com/watch/N4DO3nQrhel, http://www.playvid.com/watch/BwJRPCmBMWD, http://www.playvid.com/watch/yea6T9Mn46n, http://www.playvid.com/watch/xeXekbWNgnn
5.f. Date of third notice: 2013-12-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flinstones
5.b. Uploader's email address: merkykuadam@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/flinstones
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LHyUvtMIq2X, http://www.playvid.com/watch/nYfqdBNgKOB, http://www.playvid.com/watch/axlEo-2nPLp, http://www.playvid.com/watch/ogwhU2moU5E, http://www.playvid.com/watch/BoUldO1uI0a, http://www.playvid.com/watch/8-mz-TQMhuF, http://www.playvid.com/watch/yuxG0QesI1c, http://www.playvid.com/watch/pnN8TNIdujE, http://www.playvid.com/watch/ccA4u8GBG6l, http://www.playvid.com/watch/Tr3nGsZjQI-, http://www.playvid.com/watch/3YxlhP83OBZ, http://www.playvid.com/watch/GPjfH9Pu716, http://www.playvid.com/watch/GfW1rwD3885, http://www.playvid.com/watch/MLTQT4bAMzZ, http://www.playvid.com/watch/91px9kCMkOd, http://www.playvid.com/watch/BNux6yhGd6X, http://www.playvid.com/watch/HBSiX7pIdYa, http://www.playvid.com/watch/OUkTL0tEvWP, http://www.playvid.com/watch/FbZZrWS7ZPK, http://www.playvid.com/watch/KQFQ6mFPdhO, http://www.playvid.com/watch/IkbgHvqw4NY, http://www.playvid.com/watch/BTcZfFFBlQO, http://www.playvid.com/watch/LoEu-2sWpw5, http://www.playvid.com/watch/G030lZ5dP7f, http://www.playvid.com/watch/fqiN0gFzY0o, http://www.playvid.com/watch/LxBmkvua1Qz, http://www.playvid.com/watch/pPSsl0N2OL5, http://www.playvid.com/watch/PZjIOLBpO-M, http://www.playvid.com/watch/Bra60so0MXo, http://www.playvid.com/watch/F8xZvM66zLC, http://www.playvid.com/watch/UKl9q9TeDB6, http://www.playvid.com/watch/aqi8xXgCleg, http://www.playvid.com/watch/QAihFLXbikJ, http://www.playvid.com/watch/GnxTvWXSRDG, http://www.playvid.com/watch/DQ5U5CB8Tcj, http://www.playvid.com/watch/0ltvp4E3ysz, http://www.playvid.com/watch/LlZAhb4o25E, http://www.playvid.com/watch/pJljYV6IGO0, http://www.playvid.com/watch/UvkZhA6zbjn, http://www.playvid.com/watch/ZD3i1USNcc5, http://www.playvid.com/watch/aYKmQxItJvE, http://www.playvid.com/watch/geW4G03H7a8, http://www.playvid.com/watch/hF08F1NImHv, http://www.playvid.com/watch/nOInNGpe9LC, http://www.playvid.com/watch/z2wRRFxoE2l, http://www.playvid.com/watch/VkYy7jr9MkA, http://www.playvid.com/watch/h4b2s3COs4i, http://www.playvid.com/watch/eOpr7BDOuBu
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flumasterboy
5.b. Uploader's email address: ivangta2010@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/flumasterboy

5.e. List of videos posted by uploader: http://www.playvid.com/watch/-gpWfKYrRsw, http://www.playvid.com/watch/qGbHgGVIh3c,
http://www.playvid.com/watch/QTknxqAFA87, http://www.playvid.com/watch/flqUev-ZxpB, http://www.playvid.com/watch/HZkLAO-OD6Y,
http://www.playvid.com/watch/tOixZbj4ujm, http://www.playvid.com/watch/XQCE45HaEPw, http://www.playvid.com/watch/ElEp-vMJtN0,
http://www.playvid.com/watch/9BCg3NZ5Z-9, http://www.playvid.com/watch/rPekwYRWqPj, http://www.playvid.com/watch/hK6OQJ6cd50,
http://www.playvid.com/watch/I3roxQtJCWM, http://www.playvid.com/watch/UbnyP7qsJbe, http://www.playvid.com/watch/CT-AEQLIFTH,
http://www.playvid.com/watch/XHeVKJ5ZIFp, http://www.playvid.com/watch/npOH4xxi3GT, http://www.playvid.com/watch/ktSmyvkvMVo,
http://www.playvid.com/watch/6p9vJGyqGcy, http://www.playvid.com/watch/Cskr50JbHN9, http://www.playvid.com/watch/sCHuY5Tx0Zx,
http://www.playvid.com/watch/DIuNGJmUoW8
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: flywithme
5.b. Uploader's email address: admirvano@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/flywithme
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aJBu24Jzoaa, http://www.playvid.com/watch/VDUCiROtcSm,
http://www.playvid.com/watch/VT4-PQGbZ0y, http://www.playvid.com/watch/nCzB4cBIQgl, http://www.playvid.com/watch/RbQKY6gvQrs,
http://www.playvid.com/watch/V5nj8MkPyIz, http://www.playvid.com/watch/Xbh48Db3enL, http://www.playvid.com/watch/BWSBZJpnwrP,
http://www.playvid.com/watch/bN5OPvQ23Jm, http://www.playvid.com/watch/9n6lSHKXsHT, http://www.playvid.com/watch/DA3bIgcOYJf,
http://www.playvid.com/watch/Z60r7qfCP5v, http://www.playvid.com/watch/U8WrINFL9Yx, http://www.playvid.com/watch/Y-HKQL4Hc7h,
http://www.playvid.com/watch/Y8k8QBoCaZj, http://www.playvid.com/watch/lh2SVVLrhBJ, http://www.playvid.com/watch/EndBnHuECmT,
http://www.playvid.com/watch/Xe-xAOTS2hn, http://www.playvid.com/watch/5x0rEgvc0da, http://www.playvid.com/watch/HF4ERWnUn67,
http://www.playvid.com/watch/3kX4fcbOIli, http://www.playvid.com/watch/NI5pozQepHg, http://www.playvid.com/watch/Wxr7KGzZ2i2,
http://www.playvid.com/watch/NaDYrz6ElRk, http://www.playvid.com/watch/FxDtaAKRcBW, http://www.playvid.com/watch/itwJkpyL85C,
http://www.playvid.com/watch/POuUdOtzEVR, http://www.playvid.com/watch/gEeVpyzJ8a0, http://www.playvid.com/watch/M4wNmpi5mGW,
http://www.playvid.com/watch/T2PveLbVSvD, http://www.playvid.com/watch/wmCrpS72DPJ, http://www.playvid.com/watch/gjAj6RkVb9D,
http://www.playvid.com/watch/KCUn6v6R6O7, http://www.playvid.com/watch/fhb5bKu-5u5, http://www.playvid.com/watch/jm42GLovsFy,
http://www.playvid.com/watch/C3ThBb84S35, http://www.playvid.com/watch/C4yCULlg8J4, http://www.playvid.com/watch/6XTCLrBDKsS,
http://www.playvid.com/watch/DGM3nqXf6Sp, http://www.playvid.com/watch/YMRDspJbuNZ, http://www.playvid.com/watch/-fZgWlkdkGO,
http://www.playvid.com/watch/iTc0D0WLNvr, http://www.playvid.com/watch/axZWVjGB7yx, http://www.playvid.com/watch/yDbXWTouyJ4,
http://www.playvid.com/watch/WRyRcaGQ5iX, http://www.playvid.com/watch/w7sloCrVuD9, http://www.playvid.com/watch/2OaaeGLaHZs,
http://www.playvid.com/watch/R7fuhH4kvIB, http://www.playvid.com/watch/YXpHN8rqMnn, http://www.playvid.com/watch/dci3WEbFBMJ,
http://www.playvid.com/watch/RpoGRgmJWye, http://www.playvid.com/watch/mxlunDnWGN-, http://www.playvid.com/watch/jca4T2dufFH,
http://www.playvid.com/watch/rc2U-BdNCIz, http://www.playvid.com/watch/v9pHWMih9XS, http://www.playvid.com/watch/YBWrkYpWqxp,
http://www.playvid.com/watch/rP23QgyxJOq, http://www.playvid.com/watch/vech8rYoMsI, http://www.playvid.com/watch/5GDzJPdKwF5,
http://www.playvid.com/watch/4VLNTPD0Yq9, http://www.playvid.com/watch/CqX-Im-talm, http://www.playvid.com/watch/gKEwGdf7clN,
http://www.playvid.com/watch/3HkfPLmQXvH, http://www.playvid.com/watch/lmhNhSqNUvm, http://www.playvid.com/watch/jpVxPf7zgog,
http://www.playvid.com/watch/fOSbLIolB7x, http://www.playvid.com/watch/p8K2ejiF-gq, http://www.playvid.com/watch/2YuCTNYIv-Z,
http://www.playvid.com/watch/m7OxqV5hqb3, http://www.playvid.com/watch/GrWnbM9ILqT, http://www.playvid.com/watch/7m70CK3AsbA,
http://www.playvid.com/watch/BWoh792sdu-, http://www.playvid.com/watch/s2-rYHSke-h, http://www.playvid.com/watch/eojIQ5So4lS,
http://www.playvid.com/watch/pbe6KyfWI6B, http://www.playvid.com/watch/wpBzYmaUd0E, http://www.playvid.com/watch/fdi7BkFYxX-,
http://www.playvid.com/watch/YOtCz2dZQcq, http://www.playvid.com/watch/Mx763I0FJWJ, http://www.playvid.com/watch/ExukyGgd5wY,
http://www.playvid.com/watch/8wlPqvI86fh, http://www.playvid.com/watch/RjZw6e0iGTM, http://www.playvid.com/watch/RRCFncHrOZw,
http://www.playvid.com/watch/ldLB4a-2ipV, http://www.playvid.com/watch/uz36YnO6ccq, http://www.playvid.com/watch/eV8uIiM7gWJ,
http://www.playvid.com/watch/-4xn5jZyNpW, http://www.playvid.com/watch/w7kfqewkJak, http://www.playvid.com/watch/rjbjVHi9Edo,
http://www.playvid.com/watch/A3qbFeX7wTk, http://www.playvid.com/watch/hvhG7hSQbEc, http://www.playvid.com/watch/09mEL0UyvoL,
http://www.playvid.com/watch/xOJiQ2LW4c9, http://www.playvid.com/watch/XfohbghByBe, http://www.playvid.com/watch/U-mXRzffO3t,
http://www.playvid.com/watch/ayP4pjUySeh, http://www.playvid.com/watch/kdN5AtzvajR, http://www.playvid.com/watch/25BECPbclcw,
http://www.playvid.com/watch/hzQqnSCTgrO, http://www.playvid.com/watch/8WjvkouAaOi, http://www.playvid.com/watch/8BtcF2-NLkY,
http://www.playvid.com/watch/87krR0SCoAm, http://www.playvid.com/watch/zJvfbR6cbFD, http://www.playvid.com/watch/tzuZcDGzQrg,
http://www.playvid.com/watch/MqtO3smEJ7y, http://www.playvid.com/watch/SogpCLxvaIY, http://www.playvid.com/watch/W30G-SP72Ea,
http://www.playvid.com/watch/77hdR9semcW, http://www.playvid.com/watch/-XhZjYHZRXb, http://www.playvid.com/watch/JAXJhJ8aIiT,
http://www.playvid.com/watch/oxs7e5w5k4k, http://www.playvid.com/watch/EXVtgd2XTBf, http://www.playvid.com/watch/rSSQsrSheFg,
http://www.playvid.com/watch/B9lIni-ghcU, http://www.playvid.com/watch/jXsiFDYS85p, http://www.playvid.com/watch/WQobVUyudHR,
http://www.playvid.com/watch/bdoMRLsbKkb, http://www.playvid.com/watch/2h64imU8WoP, http://www.playvid.com/watch/ifySp992wdZ,
http://www.playvid.com/watch/yrGNRMcID0M, http://www.playvid.com/watch/JRXI4nxkgKX, http://www.playvid.com/watch/sjgmpUG5M5Y,
http://www.playvid.com/watch/u5Yn70yzG7x, http://www.playvid.com/watch/jzC9x8r7HUi, http://www.playvid.com/watch/l63CSafXDx0,
http://www.playvid.com/watch/79eThXRIMnV, http://www.playvid.com/watch/I5dNpdDA9yJ, http://www.playvid.com/watch/kFRYERkOwnk,
http://www.playvid.com/watch/UVzcbd6TNRu, http://www.playvid.com/watch/rKGR8N4Yv36, http://www.playvid.com/watch/r9uErAnwoJH,
http://www.playvid.com/watch/vneRqcAscSv, http://www.playvid.com/watch/w0vssvYS69i, http://www.playvid.com/watch/jGi6ojaiuMl,
http://www.playvid.com/watch/pBdE42I8UCn, http://www.playvid.com/watch/-FsFyWxZPDj, http://www.playvid.com/watch/no6i2V0hbIo,
http://www.playvid.com/watch/mBbBTa9ldsK, http://www.playvid.com/watch/4GqDt9sv48C, http://www.playvid.com/watch/9lJrC7w3SMU,
http://www.playvid.com/watch/N89EwYvxhMC, http://www.playvid.com/watch/gzVVypkAKnP, http://www.playvid.com/watch/3fNAv0wRCep,
http://www.playvid.com/watch/RzGbohIYvDr, http://www.playvid.com/watch/naOS20awQ8j, http://www.playvid.com/watch/AbYVCTutXeU,
http://www.playvid.com/watch/FCZ6V99XpSO, http://www.playvid.com/watch/J-CAuNGFIMx, http://www.playvid.com/watch/TgTTvOmmkxp,
http://www.playvid.com/watch/NVEFo5zrUi-, http://www.playvid.com/watch/ofWhwV58e4I, http://www.playvid.com/watch/AfiC0ADKk9H,
http://www.playvid.com/watch/WJ-KGSwRRIq, http://www.playvid.com/watch/vWMaVNaGzGd, http://www.playvid.com/watch/04OwCHB9GM-,
http://www.playvid.com/watch/ljop7dicxaP, http://www.playvid.com/watch/N7xtuoW9zYG, http://www.playvid.com/watch/f7R8wxad9js,
http://www.playvid.com/watch/5gkbG7W5l7u, http://www.playvid.com/watch/EC9JkdRHTY0, http://www.playvid.com/watch/hsIbpM5XXOg,
http://www.playvid.com/watch/Aw6unEr87Fp, http://www.playvid.com/watch/Fqoe9nwg5tC, http://www.playvid.com/watch/FBgwkIlrS8c,
http://www.playvid.com/watch/dS9uE5MXhcc, http://www.playvid.com/watch/Zusv45kyISz, http://www.playvid.com/watch/eTz67q4jyi-,
http://www.playvid.com/watch/2CvmNptA-2h, http://www.playvid.com/watch/qzGbVqAjuPb, http://www.playvid.com/watch/S5IOl7sTqFf,
http://www.playvid.com/watch/kSINEUyzBJX, http://www.playvid.com/watch/aw-Ttve-Cn8, http://www.playvid.com/watch/uGALgQcBjEQ,
http://www.playvid.com/watch/uobNzkZopfg, http://www.playvid.com/watch/4FONi7FJZnJ, http://www.playvid.com/watch/aCVwX92IG2B,
http://www.playvid.com/watch/aByPhTi49eA, http://www.playvid.com/watch/BUGs9tOEhfN, http://www.playvid.com/watch/idIhanECimc,
http://www.playvid.com/watch/niHQA-avaQ2, http://www.playvid.com/watch/id5HCU8MYUl, http://www.playvid.com/watch/H4MuxohbeiI,
http://www.playvid.com/watch/pCxRwfr5RBL, http://www.playvid.com/watch/KyKMjjcgupH, http://www.playvid.com/watch/T6kfABsxZYY,
http://www.playvid.com/watch/fjXtmqhTRuh, http://www.playvid.com/watch/kpLAWRd6CAm, http://www.playvid.com/watch/CZt324e5vUq,
http://www.playvid.com/watch/tHkUWCQmedb, http://www.playvid.com/watch/Vqc-uhqLlSx, http://www.playvid.com/watch/DDsl05Jjo9W,
http://www.playvid.com/watch/KSA3Lw6N4a-, http://www.playvid.com/watch/HaLERiH4i-w, http://www.playvid.com/watch/GxeVAM6eOGv,
http://www.playvid.com/watch/hIbAuPKPhpq, http://www.playvid.com/watch/lxYrfZW8f0s, http://www.playvid.com/watch/uUChTCfrF7H,
http://www.playvid.com/watch/-7N2XIm9WGa, http://www.playvid.com/watch/-a6f9zYqNGc, http://www.playvid.com/watch/cGuQDFe4bMf,
http://www.playvid.com/watch/UuLmxcCk95D, http://www.playvid.com/watch/SHH7I3teDnT, http://www.playvid.com/watch/YVo5WmOvYqt,
http://www.playvid.com/watch/t2P3kpNb5cB, http://www.playvid.com/watch/TUKxyhN9vuv, http://www.playvid.com/watch/JtExIaioPre,
http://www.playvid.com/watch/bWzbJBcEv6k, http://www.playvid.com/watch/czWVRahdWuE, http://www.playvid.com/watch/n4vb4wkNwzm,
http://www.playvid.com/watch/Zi3KFGrTn-R, http://www.playvid.com/watch/h0GdfpE4Aao, http://www.playvid.com/watch/jmhvTwwnO3U,
http://www.playvid.com/watch/RVLHVChe07F, http://www.playvid.com/watch/gzpZrx6vG6r, http://www.playvid.com/watch/DqMWaelPFf3,
http://www.playvid.com/watch/iFE7SWBxLbt, http://www.playvid.com/watch/DUawEpILwuT, http://www.playvid.com/watch/kldBC9pktVn,
http://www.playvid.com/watch/3n48bx0OPwl, http://www.playvid.com/watch/EVJA9WG-tK2, http://www.playvid.com/watch/uCCeJr44DRB,
http://www.playvid.com/watch/yxYJsdnslqc, http://www.playvid.com/watch/rumnya6zihw, http://www.playvid.com/watch/feNmvuuQrk0,
http://www.playvid.com/watch/nNRIDEtm5m8, http://www.playvid.com/watch/pZq69TQL4Z3, http://www.playvid.com/watch/vTswTCYlYqB,
http://www.playvid.com/watch/0nyBao5NiOa, http://www.playvid.com/watch/ndDrDOUKVUU, http://www.playvid.com/watch/YTu6yZFvGvY,
http://www.playvid.com/watch/oimGrulwtV4, http://www.playvid.com/watch/MmePGKcSI6m, http://www.playvid.com/watch/kFmuh55YYy8,
http://www.playvid.com/watch/8fM2uG5xMty, http://www.playvid.com/watch/6xWjSX0xSsX, http://www.playvid.com/watch/n2fwvV8wIcM,
http://www.playvid.com/watch/0XCFvPSLFr7, http://www.playvid.com/watch/K9nrN6pwVqW, http://www.playvid.com/watch/aB4wAvSsJlt,
http://www.playvid.com/watch/ND27u4dqr3i, http://www.playvid.com/watch/7HIDS7uLiE6, http://www.playvid.com/watch/NLrCxYbHzZs,
http://www.playvid.com/watch/AvijEFERnFs, http://www.playvid.com/watch/ER0vuuk-9Q3, http://www.playvid.com/watch/xMDAVyFRr4o,

http://www.playvid.com/watch/YMnQwo0YZpj, http://www.playvid.com/watch/kCZKBeUGdQK, http://www.playvid.com/watch/B2Oe7ONh4QA, http://www.playvid.com/watch/cZW8BXxO2QK, http://www.playvid.com/watch/3zY5k6ppGIv, http://www.playvid.com/watch/SCYMIM0bm2t, http://www.playvid.com/watch/6SgWXStJm2x, http://www.playvid.com/watch/mGPX0Wsd0yI, http://www.playvid.com/watch/ek0YPh0ZI4r, http://www.playvid.com/watch/OiZzqGIyavM, http://www.playvid.com/watch/WTBhmAl3-SJ, http://www.playvid.com/watch/6eJbhu0o-kD, http://www.playvid.com/watch/q7VkHB0p6Kd, http://www.playvid.com/watch/ab8i0kXBJWC, http://www.playvid.com/watch/fGwVhZGxtUp, http://www.playvid.com/watch/2ZLRt4Y-nY7, http://www.playvid.com/watch/3ShskeGoFO-, http://www.playvid.com/watch/xpcOgOBhiki, http://www.playvid.com/watch/EsFJzqaHcYy, http://www.playvid.com/watch/Aq5GukBtsbq, http://www.playvid.com/watch/o9aGwxDbfg2, http://www.playvid.com/watch/NejI2GdPKFM, http://www.playvid.com/watch/zvpEBeBMeMK, http://www.playvid.com/watch/9ZUoZBjDG37, http://www.playvid.com/watch/yfBFg0y8eBH, http://www.playvid.com/watch/RPmiSZhamwT, http://www.playvid.com/watch/xrVXeqG4w29, http://www.playvid.com/watch/UN0GfC406Db, http://www.playvid.com/watch/pe4lSGS8cOs, http://www.playvid.com/watch/O94OIUCMvuN, http://www.playvid.com/watch/CYTmBzJEYle, http://www.playvid.com/watch/B3NEof4Cts9, http://www.playvid.com/watch/0Q9sKqYNFau, http://www.playvid.com/watch/NKcDNq2bOOM, http://www.playvid.com/watch/lCjmlnFpzN8, http://www.playvid.com/watch/BJ6FSEwpHc0, http://www.playvid.com/watch/Ehcbj0A9UYe, http://www.playvid.com/watch/f7JOelg9KqH, http://www.playvid.com/watch/SmpFT9cgqkM, http://www.playvid.com/watch/PXmIbL3FJgO, http://www.playvid.com/watch/N9GFzU0alyx, http://www.playvid.com/watch/x5odJr9Ux3y, http://www.playvid.com/watch/zM-3-EXlQ7p, http://www.playvid.com/watch/EjRUNSouutD, http://www.playvid.com/watch/lw-d4KIG284, http://www.playvid.com/watch/ArOyW87hg8F, http://www.playvid.com/watch/-J064xedA8L, http://www.playvid.com/watch/hGglpITUh4B, http://www.playvid.com/watch/x6DAzsPbf6Q, http://www.playvid.com/watch/iceCB-E9PEe, http://www.playvid.com/watch/m6PlT5HBFFj, http://www.playvid.com/watch/pNDQBNpuiSN, http://www.playvid.com/watch/4qOnUT7RyhH, http://www.playvid.com/watch/pAJSPOXAae6, http://www.playvid.com/watch/DcKoCaxbZvy, http://www.playvid.com/watch/hWxwJOSau6u, http://www.playvid.com/watch/DUpgeYmn0Gm, http://www.playvid.com/watch/gO229GAroLW, http://www.playvid.com/watch/kW-9ht7ELNJ, http://www.playvid.com/watch/JUSr34xsGeV, http://www.playvid.com/watch/vHU6yiz5HQ6, http://www.playvid.com/watch/ID0rpumZt85, http://www.playvid.com/watch/pD4VwXxIT-Q, http://www.playvid.com/watch/Ip-fKEYM8ix, http://www.playvid.com/watch/JJ3toV7Y4Fl, http://www.playvid.com/watch/Wrx8edmJCDt, http://www.playvid.com/watch/yPVFdMSnmGA, http://www.playvid.com/watch/4GAEZIh4YHV, http://www.playvid.com/watch/FeLFRJltJ3K, http://www.playvid.com/watch/bln0AQ-6338, http://www.playvid.com/watch/wM8rbNaiXS8, http://www.playvid.com/watch/l4FWVBLLP7h, http://www.playvid.com/watch/UOpW6Rmn4e6, http://www.playvid.com/watch/sLm5evOKjc9, http://www.playvid.com/watch/R7FOc0O5lf9, http://www.playvid.com/watch/IkfvP-4iPOO, http://www.playvid.com/watch/rXJmKQShgT-, http://www.playvid.com/watch/4D73949IXxW, http://www.playvid.com/watch/gCMbc9JAlJl, http://www.playvid.com/watch/mf5OK-qPTpt, http://www.playvid.com/watch/ZlHez5vbMps, http://www.playvid.com/watch/zlHPup08Un3, http://www.playvid.com/watch/lXRJ-ZBjBaI, http://www.playvid.com/watch/kAb8AidEJiZ, http://www.playvid.com/watch/4K46fdtZauJ, http://www.playvid.com/watch/9PAeBSPWDxl, http://www.playvid.com/watch/Z9aB8jC8yZb, http://www.playvid.com/watch/JPB9hrb8tLd, http://www.playvid.com/watch/6j4WD0Kh372, http://www.playvid.com/watch/MMYCiOWeJCY, http://www.playvid.com/watch/McqIX5s-KLd, http://www.playvid.com/watch/zNdtOfzc20W, http://www.playvid.com/watch/viRRZOsXcNc, http://www.playvid.com/watch/cuLw854Hsw6, http://www.playvid.com/watch/XOK3ZcVEPpT, http://www.playvid.com/watch/MMYmM4MOZgj, http://www.playvid.com/watch/BO02emBTGyq, http://www.playvid.com/watch/az96rHBLTXc, http://www.playvid.com/watch/SxbCzM2uuY6, http://www.playvid.com/watch/ct2aGB7gBqc, http://www.playvid.com/watch/0eekA6ttZEx, http://www.playvid.com/watch/YMIQi3WV95s, http://www.playvid.com/watch/BP-IEBMSzx2, http://www.playvid.com/watch/n2i8pkxZu3Z, http://www.playvid.com/watch/bptFOzAvnWH, http://www.playvid.com/watch/6zDLTYRiFu0, http://www.playvid.com/watch/jYKdKREZRJg, http://www.playvid.com/watch/6QrlUYuufgL, http://www.playvid.com/watch/CyAYSlxxbQs, http://www.playvid.com/watch/XNNpUxkwfZX, http://www.playvid.com/watch/RF3jQmQEAmA, http://www.playvid.com/watch/2n9NMQ4sGDI, http://www.playvid.com/watch/Z8sIG4S8PZI, http://www.playvid.com/watch/3qk0qQoLbna, http://www.playvid.com/watch/e-gcvLaxI0N, http://www.playvid.com/watch/FxF26PadH-P, http://www.playvid.com/watch/ciwMQzE9n7G, http://www.playvid.com/watch/ZNb7OBRK-vt, http://www.playvid.com/watch/JuIVJZCldGv, http://www.playvid.com/watch/oe-8thJwEX7, http://www.playvid.com/watch/gCHRVoboZGr, http://www.playvid.com/watch/AGVCf7-fMOZ, http://www.playvid.com/watch/e4Z0qLBXeBy, http://www.playvid.com/watch/Hpk7Z7YK0LT, http://www.playvid.com/watch/QpExLHwATHa, http://www.playvid.com/watch/sAHz-dxv3B4, http://www.playvid.com/watch/GdOdVAsWOht

5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fominfedya2014
5.b. Uploader's email address: fominfedya2014@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/fominfedya2014
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aKF9FYvG0O0, http://www.playvid.com/watch/ikZ7LlmakWf, http://www.playvid.com/watch/Ki0tjVFlZ_o, http://www.playvid.com/watch/B187ZZgKuma, http://www.playvid.com/watch/kXJwLXF4fxh, http://www.playvid.com/watch/G_kje_2mbop, http://www.playvid.com/watch/Kr1rlT46__u, http://www.playvid.com/watch/YUK9XAm3MFg, http://www.playvid.com/watch/cGvaTZ4E71k, http://www.playvid.com/watch/SCq613D3XPa, http://www.playvid.com/watch/vCfmJtO16wI, http://www.playvid.com/watch/M_e0ve1kTLJ, http://www.playvid.com/watch/dVehFUifcyP, http://www.playvid.com/watch/wgaD45x8hAc, http://www.playvid.com/watch/guH4aibSL5O, http://www.playvid.com/watch/wQ6fNGJvz1S, http://www.playvid.com/watch/AnoLX9VdljE, http://www.playvid.com/watch/FS0pT91OXFz, http://www.playvid.com/watch/wW5KuynoLeQ, http://www.playvid.com/watch/zafkpR8rsXF, http://www.playvid.com/watch/iWmpOcxgCAL, http://www.playvid.com/watch/Li3rkCalsj2, http://www.playvid.com/watch/kBcG5ILJjM6, http://www.playvid.com/watch/a_JxiRsoqFG, http://www.playvid.com/watch/0-ANHcI0d4J, http://www.playvid.com/watch/CWmslr-4GLl, http://www.playvid.com/watch/mkG-3qfDGqX, http://www.playvid.com/watch/jL6dVFyerUO, http://www.playvid.com/watch/O6eyvN7clHi, http://www.playvid.com/watch/jYrfBUPP6bA, http://www.playvid.com/watch/6uiFTE8QYsZ, http://www.playvid.com/watch/YH7BoXIijo8, http://www.playvid.com/watch/FcZ3XPWQAVt, http://www.playvid.com/watch/baPebUMqVHB, http://www.playvid.com/watch/B5IMz-CsYfu, http://www.playvid.com/watch/2tU6-k5S0YT, http://www.playvid.com/watch/GSFv9BKSykr, http://www.playvid.com/watch/459aEC8pst6, http://www.playvid.com/watch/mU6HnUo31xL, http://www.playvid.com/watch/V_zhiMZNWS3, http://www.playvid.com/watch/QyiCBR4iM54, http://www.playvid.com/watch/ud7e6NOhYjV, http://www.playvid.com/watch/ZDT-Kj7OI3I, http://www.playvid.com/watch/9ppBq2meUm5, http://www.playvid.com/watch/V-VddqBhITI, http://www.playvid.com/watch/RPV_064Dhuh, http://www.playvid.com/watch/KhR-SZEnzVa, http://www.playvid.com/watch/oL0hgGF5t2X, http://www.playvid.com/watch/WYjZT9JMyNO, http://www.playvid.com/watch/4Ph6EFLNwh4, http://www.playvid.com/watch/5pWFFUQqfSd, http://www.playvid.com/watch/dNLMXFLkvbe, http://www.playvid.com/watch/WsZNjO75eC2, http://www.playvid.com/watch/CJjNw3e9tDo, http://www.playvid.com/watch/fxvv6GiCdpI, http://www.playvid.com/watch/GDPiiZO14-u, http://www.playvid.com/watch/LbOZ7EQ6Ig4, http://www.playvid.com/watch/ze1T1lVyq1M, http://www.playvid.com/watch/jGTqSoU8ZuG, http://www.playvid.com/watch/9Dj5HH6hPSk, http://www.playvid.com/watch/mLnBXXZfB7e, http://www.playvid.com/watch/NrAVjL5_-8K, http://www.playvid.com/watch/pwfdBMnb-qM, http://www.playvid.com/watch/xaY4vYyWOFV, http://www.playvid.com/watch/jJCk_C3mDpo, http://www.playvid.com/watch/97BEMmDBHga, http://www.playvid.com/watch/Gb4yqR0bUeR, http://www.playvid.com/watch/r7De_Vj-EsS, http://www.playvid.com/watch/YQVSaXsuI-Y, http://www.playvid.com/watch/EQRUGir0YTU, http://www.playvid.com/watch/h4ezqP4QRxi, http://www.playvid.com/watch/XxA2xEn3EX0, http://www.playvid.com/watch/Cm-caugTE-l, http://www.playvid.com/watch/0eh1KLxdJoR, http://www.playvid.com/watch/BOuwQA0wimr, http://www.playvid.com/watch/xbny0SQqBvj, http://www.playvid.com/watch/Vuh9vcoHpky, http://www.playvid.com/watch/mer5DTyYEJr, http://www.playvid.com/watch/hxt-wDG4Irr, http://www.playvid.com/watch/JhwNs5OWXuH, http://www.playvid.com/watch/FFuanqpH60D, http://www.playvid.com/watch/zH9nfhjOs8H, http://www.playvid.com/watch/jPCLqesbmzP, http://www.playvid.com/watch/vQxduem51uG, http://www.playvid.com/watch/LuILwDLxgZi, http://www.playvid.com/watch/zgHtdeGAy8h, http://www.playvid.com/watch/f4LKRfmZyBU, http://www.playvid.com/watch/6zQrkLOr6CB, http://www.playvid.com/watch/KTR6lPN64dU, http://www.playvid.com/watch/zfVLFwFZakM, http://www.playvid.com/watch/oRNVhqpPyE9, http://www.playvid.com/watch/yqTR3jUNl8K, http://www.playvid.com/watch/HGE8bxWYBOG, http://www.playvid.com/watch/C4RaltADoJ0, http://www.playvid.com/watch/K1VbvM06hst, http://www.playvid.com/watch/xi_bzkM4Jsr, http://www.playvid.com/watch/6VHnhQcn03B, http://www.playvid.com/watch/fqWgEdEG34k, http://www.playvid.com/watch/238NbXo9N9a, http://www.playvid.com/watch/wm2Tf_b4wf3, http://www.playvid.com/watch/FKyJ5t4m-TQ, http://www.playvid.com/watch/NobtMImeP-F, http://www.playvid.com/watch/y1gGrFqXPkS, http://www.playvid.com/watch/eNgc7J3cF7T, http://www.playvid.com/watch/jLiZtWFKA5K, http://www.playvid.com/watch/hoMZOzyJTke, http://www.playvid.com/watch/08Sou5S8vHz, http://www.playvid.com/watch/wHDPj4ui5tE, http://www.playvid.com/watch/8sjeblxsMXF, http://www.playvid.com/watch/28tik2fqGel, http://www.playvid.com/watch/pCqRvZQncST, http://www.playvid.com/watch/AaPl3dl-iCc, http://www.playvid.com/watch/QMuEAq_slIO, http://www.playvid.com/watch/U40zOG6mSbF, http://www.playvid.com/watch/JOJ0tmqzLHG, http://www.playvid.com/watch/FkrrBXX7fra, http://www.playvid.com/watch/DjvDDqskVwr, http://www.playvid.com/watch/DbH9qhMgSpY, http://www.playvid.com/watch/zp639U3F3K3, http://www.playvid.com/watch/YISM74NNbYQ, http://www.playvid.com/watch/7s6YYOFZsBt, http://www.playvid.com/watch/m9cSrpDz-Wt, http://www.playvid.com/watch/HI_WIw7EWgU, http://www.playvid.com/watch/p7-KIkvE3iE, http://www.playvid.com/watch/J2lxeR8XSMq, http://www.playvid.com/watch/tc8rAxvkdHi

5.f. Date of third notice: 2015-01-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: forestrun

5.b. Uploader's email address: faugustorainest@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/forestrun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5TiM-Z44oA3, http://www.playvid.com/watch/eb9s2ACzG1r,
http://www.playvid.com/watch/eYPP46iE_6j, http://www.playvid.com/watch/uEDId2_Wjbs, http://www.playvid.com/watch/pJfk72nUZ9z,
http://www.playvid.com/watch/FwccvNIg59w, http://www.playvid.com/watch/Ms4m4R697CV, http://www.playvid.com/watch/4XxPAow6hqV,
http://www.playvid.com/watch/dWZsGgZRxkC, http://www.playvid.com/watch/yKay77_U3A0, http://www.playvid.com/watch/3KQ_WOh9f_t,
http://www.playvid.com/watch/UZL6zWCr6cw, http://www.playvid.com/watch/BYwWEdoh46h, http://www.playvid.com/watch/hW4TBb05yyV,
http://www.playvid.com/watch/fXS36-w5rSo, http://www.playvid.com/watch/JfZ22acz1uq, http://www.playvid.com/watch/YmxgYAb8F1i,
http://www.playvid.com/watch/bbjzfPy3opx, http://www.playvid.com/watch/ofMGSENpciN, http://www.playvid.com/watch/kH0KR2z9_FX,
http://www.playvid.com/watch/YRvm1ZycTc4, http://www.playvid.com/watch/Sg3Ikk_3Qhv, http://www.playvid.com/watch/IKzlmwm7KDT,
http://www.playvid.com/watch/g2ZqcDacoHs, http://www.playvid.com/watch/KxIQkwNM9Bu, http://www.playvid.com/watch/kyrHYd1b0dL,
http://www.playvid.com/watch/uiqu6PuLSAc, http://www.playvid.com/watch/3c7DtKfQWtG, http://www.playvid.com/watch/96BcqdLx9IS,
http://www.playvid.com/watch/JgBQ9jIyVDZ, http://www.playvid.com/watch/T-MfxmU5I5P, http://www.playvid.com/watch/iUBDtJ9mh_m,
http://www.playvid.com/watch/tqdy4h8lrpi, http://www.playvid.com/watch/pfwVEpw9PdC, http://www.playvid.com/watch/AuPnQevoD_5,
http://www.playvid.com/watch/aoLkUWtzsTm, http://www.playvid.com/watch/IhojiYZYAZ0, http://www.playvid.com/watch/uh4nl5keArH,
http://www.playvid.com/watch/Boaj_YFBJjI, http://www.playvid.com/watch/AlUTwWxeoRM, http://www.playvid.com/watch/UTOGvbhOGgD,
http://www.playvid.com/watch/41sXOTDanOB, http://www.playvid.com/watch/BdnDkeEoTBf, http://www.playvid.com/watch/uR7feySIAXR,
http://www.playvid.com/watch/wRalYDR5DqB, http://www.playvid.com/watch/WGK6Vx_zOIu, http://www.playvid.com/watch/aaTpDxdbTO3,
http://www.playvid.com/watch/3_SLXUfhoNL, http://www.playvid.com/watch/A4Hy6bIFOjR, http://www.playvid.com/watch/uZUQnubWen5,
http://www.playvid.com/watch/UB4m9PhFMHN, http://www.playvid.com/watch/4iqZtdSG2Kh, http://www.playvid.com/watch/B6jw7c6gAFH,
http://www.playvid.com/watch/yQ0zBI_nhi8, http://www.playvid.com/watch/9tl_NkacEFH, http://www.playvid.com/watch/pHT4ElWdP8Z,
http://www.playvid.com/watch/VZvheFMFj4k, http://www.playvid.com/watch/5ozrkHyIWYq, http://www.playvid.com/watch/UHVXf__Z4w3,
http://www.playvid.com/watch/hIdILN4RGgT, http://www.playvid.com/watch/v1C4UHiAK_l, http://www.playvid.com/watch/zR3sxXqsncu,
http://www.playvid.com/watch/zIxFEs3Hjcw, http://www.playvid.com/watch/u2Cp37uwNE8, http://www.playvid.com/watch/mdMeJTg-pMe,
http://www.playvid.com/watch/tduIWB7Zl1C, http://www.playvid.com/watch/Mk5qRkkQvVR, http://www.playvid.com/watch/QVVdo2xrdSr,
http://www.playvid.com/watch/yy1C1qO7r_P, http://www.playvid.com/watch/p83_fuLJHAG, http://www.playvid.com/watch/xDjTA0BoJdG,
http://www.playvid.com/watch/ep6mwiMyMQW, http://www.playvid.com/watch/tIB1I2IRjFO, http://www.playvid.com/watch/UIWU-ZPUPph,
http://www.playvid.com/watch/qRT9ndtR5y0, http://www.playvid.com/watch/ZWDingBAgBm, http://www.playvid.com/watch/K5Hi32TkjqA,
http://www.playvid.com/watch/gtyrlOoKgzi, http://www.playvid.com/watch/vmnV4WjPDAk, http://www.playvid.com/watch/A__TLX_lF_Y,
http://www.playvid.com/watch/S8ov4C5bRO4, http://www.playvid.com/watch/gMSZFB9o2an, http://www.playvid.com/watch/ZnZhD7vBQ_n,
http://www.playvid.com/watch/YcfMnRbrMq7, http://www.playvid.com/watch/DMh8tUBJ2hK, http://www.playvid.com/watch/Ws__yPLp10h,
http://www.playvid.com/watch/Wdbz4s2iqP8, http://www.playvid.com/watch/3z63p9YiZuQ, http://www.playvid.com/watch/9jHOqboXQOR,
http://www.playvid.com/watch/Sz5JnxKcHBu, http://www.playvid.com/watch/9WI2CmuNGxl, http://www.playvid.com/watch/eYsnMyQkVAi,
http://www.playvid.com/watch/jp4ZNWlbCIv, http://www.playvid.com/watch/xB3fBW-dV0k, http://www.playvid.com/watch/fO4KlOSJBAf,
http://www.playvid.com/watch/IeuWsOGuMgW, http://www.playvid.com/watch/z-d8iguwp2M, http://www.playvid.com/watch/I2SNASmhW7J,
http://www.playvid.com/watch/Oe1ThbRuffW, http://www.playvid.com/watch/YKFCKChMHus, http://www.playvid.com/watch/kVWYWfHYZeN,
http://www.playvid.com/watch/YUL80i9UnLr, http://www.playvid.com/watch/6ryPCI64Kts, http://www.playvid.com/watch/QFGyeXcwzt4,
http://www.playvid.com/watch/nRmzcIWDNKa, http://www.playvid.com/watch/ods0-y0Yndl, http://www.playvid.com/watch/XuU1XeImBI0,
http://www.playvid.com/watch/Yxoc92xP96q, http://www.playvid.com/watch/xU5ETX3BwK2, http://www.playvid.com/watch/eCXUQDZlXYC,
http://www.playvid.com/watch/jcw1CpKh-A8, http://www.playvid.com/watch/0uPi-z-aBmV, http://www.playvid.com/watch/DMBs1Gqb34o,
http://www.playvid.com/watch/8LyG8YQXk1a, http://www.playvid.com/watch/tC7gsNdF4zD, http://www.playvid.com/watch/0LEPGaR4z7H,
http://www.playvid.com/watch/YJvCtGDWd0l, http://www.playvid.com/watch/Amx8c7eeaSs, http://www.playvid.com/watch/oFfMXMSz-Wp,
http://www.playvid.com/watch/MO4r4aA22-B, http://www.playvid.com/watch/ZPQHDK_Qyag, http://www.playvid.com/watch/gq9ZRrDXVin,
http://www.playvid.com/watch/kiddlDbGvyT, http://www.playvid.com/watch/gRuDO9Ggfrm, http://www.playvid.com/watch/A-_D8DtfJQT,
http://www.playvid.com/watch/5ZPvKzUn6mt, http://www.playvid.com/watch/t-2KlGRkP8d, http://www.playvid.com/watch/V4Qg7EtHBl9,
http://www.playvid.com/watch/3BHRdR79tzI, http://www.playvid.com/watch/IdM6bOqI67t, http://www.playvid.com/watch/mkHFQfZMbMO,
http://www.playvid.com/watch/Gkjw69IY6-7, http://www.playvid.com/watch/6yCUFeA-DKU, http://www.playvid.com/watch/0j8IgPrQyrn,
http://www.playvid.com/watch/OMvzlksQq6t, http://www.playvid.com/watch/5HYcpFanBTX, http://www.playvid.com/watch/TUcsdFxW9ib,
http://www.playvid.com/watch/FGwYp4CwCPP, http://www.playvid.com/watch/3OIw5IP0kAU, http://www.playvid.com/watch/MT9SwxZAj7A,
http://www.playvid.com/watch/u90OOkR1X1r, http://www.playvid.com/watch/BR2B9GyLH5e, http://www.playvid.com/watch/3-g1bb7CHFI,
http://www.playvid.com/watch/Y7GH9AvJuy2, http://www.playvid.com/watch/vCp3SzJ_JHX, http://www.playvid.com/watch/vohuCerN6rz,
http://www.playvid.com/watch/jKGPpMD2NeF, http://www.playvid.com/watch/kdF76oQVyaW, http://www.playvid.com/watch/azZQeEMevUf,
http://www.playvid.com/watch/VJvgnDrFmKN, http://www.playvid.com/watch/9oxI3lSr8-Q, http://www.playvid.com/watch/ilZHqLKM-3F,
http://www.playvid.com/watch/E_BQsDDoARD, http://www.playvid.com/watch/pUw1vH0ZcgW, http://www.playvid.com/watch/M-O50UegJqL,
http://www.playvid.com/watch/5Z6RiLZg2SX, http://www.playvid.com/watch/RbUStnyEVUJ, http://www.playvid.com/watch/n-gRRq0l48g,
http://www.playvid.com/watch/T_9BDZHF8vh, http://www.playvid.com/watch/qqZXjnqGvDz, http://www.playvid.com/watch/AYS86oGrQRa,
http://www.playvid.com/watch/J7wF54qUBqz, http://www.playvid.com/watch/STmI4dZ4QtD, http://www.playvid.com/watch/ViD5jI-fWQi,
http://www.playvid.com/watch/M49yi-LpPKY, http://www.playvid.com/watch/lxDO0ihqoUV, http://www.playvid.com/watch/8Oolvw-6GcI,
http://www.playvid.com/watch/V7sl9397lRl, http://www.playvid.com/watch/nGlt2T8nUfn, http://www.playvid.com/watch/NZ1ouUtQKHE,
http://www.playvid.com/watch/WTTDCykiAhV, http://www.playvid.com/watch/wVdA4TG-8HD, http://www.playvid.com/watch/z99cM4Wad5w,
http://www.playvid.com/watch/ipVN_bntm13, http://www.playvid.com/watch/NLif0Tm0hl2, http://www.playvid.com/watch/WKsvBz8JnCN,
http://www.playvid.com/watch/ebAj4dXeOZT, http://www.playvid.com/watch/jWvDMdAZXGc, http://www.playvid.com/watch/opilUBSjNRs,
http://www.playvid.com/watch/bMwn00yJI3t, http://www.playvid.com/watch/kd5IKUZOVjY, http://www.playvid.com/watch/TGRBDd9pAe6,
http://www.playvid.com/watch/V1pzqgRt11h, http://www.playvid.com/watch/V_K-FT7v5wa
5.f. Date of third notice: 2014-04-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ForSale
5.b. Uploader's email address: cozyleopord@aol.com
5.d. Uploader's profile: http://www.playvid.com/member/ForSale
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UjMTi1AYKgJ, http://www.playvid.com/watch/bqndBhrPEV2,
http://www.playvid.com/watch/EYfbL5q52Ch, http://www.playvid.com/watch/UjdYhur5wvl, http://www.playvid.com/watch/WeB3pv6mqNh,
http://www.playvid.com/watch/Iw-MUd_A2Xd, http://www.playvid.com/watch/u5-12zPDlaR, http://www.playvid.com/watch/0hJzNmnqrg5,
http://www.playvid.com/watch/0DZc_HyhJcc, http://www.playvid.com/watch/xqpFK4GSRh0, http://www.playvid.com/watch/R3dJSH0VX-w,
http://www.playvid.com/watch/L3EFMEAmwt6, http://www.playvid.com/watch/ipxMl2WsJal, http://www.playvid.com/watch/tuNLMDwz3hP,
http://www.playvid.com/watch/W-Hp3K1D0mc, http://www.playvid.com/watch/eKI3joeKSVv, http://www.playvid.com/watch/22gwhlEVU8m,
http://www.playvid.com/watch/homwD7SZOwH, http://www.playvid.com/watch/jpJqLGaRq5O, http://www.playvid.com/watch/y3r7WJWAstO,
http://www.playvid.com/watch/3W7H_2r_rIG, http://www.playvid.com/watch/stBFk6UU0b3, http://www.playvid.com/watch/3Rnt8h1xo16,
http://www.playvid.com/watch/EQ61GX8nOv6, http://www.playvid.com/watch/B5UsryBdJrT, http://www.playvid.com/watch/EIe2GkJqWEx,
http://www.playvid.com/watch/9WIOzZ_6AO8, http://www.playvid.com/watch/x1L3PN077pD, http://www.playvid.com/watch/PN35nzJro79,
http://www.playvid.com/watch/gavo3PnPB4H, http://www.playvid.com/watch/xzycSJ0x9CN, http://www.playvid.com/watch/B9IErevH6ck,
http://www.playvid.com/watch/Em9VzNpOV5T, http://www.playvid.com/watch/dM7AM8p6okH, http://www.playvid.com/watch/OgdNMSO-v93,
http://www.playvid.com/watch/E6UURf-tbyQ, http://www.playvid.com/watch/FQVmy4E0UDL, http://www.playvid.com/watch/pSF55gyUOrE,
http://www.playvid.com/watch/XGT3jlakmYV, http://www.playvid.com/watch/0d9i9NppM9W, http://www.playvid.com/watch/XWZ452Zw9UC,
http://www.playvid.com/watch/GrgDkxvXXvT, http://www.playvid.com/watch/szz_NjA0eee, http://www.playvid.com/watch/TfwmxkBv44e,
http://www.playvid.com/watch/9A1kuIMld9Q, http://www.playvid.com/watch/Xhmv8hIp18I
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fox9876
5.b. Uploader's email address: realbudgreen@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/fox9876
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mgZSwImdBKe, http://www.playvid.com/watch/A4uIoiTAOow,
http://www.playvid.com/watch/NxxEYxxlQLt, http://www.playvid.com/watch/zE99gFVSHus, http://www.playvid.com/watch/nUTbWn5tZgp,
http://www.playvid.com/watch/RetNtE-lVay, http://www.playvid.com/watch/NAaDRDT6JTa, http://www.playvid.com/watch/BiCZJ-2xNlS,
http://www.playvid.com/watch/hFPV07V-XEa, http://www.playvid.com/watch/92qHzZYQit0, http://www.playvid.com/watch/rlWVXq3KCMX,

http://www.playvid.com/watch/7klrqaYtXtD, http://www.playvid.com/watch/4LvodMlqtkQ, http://www.playvid.com/watch/M4dqyT6GspZ, http://www.playvid.com/watch/ttMQCZTc5TN, http://www.playvid.com/watch/XM3NMCLn553, http://www.playvid.com/watch/KoGlphNDBgU, http://www.playvid.com/watch/KSWyZPj9rGO, http://www.playvid.com/watch/C5hxqponHBm, http://www.playvid.com/watch/nApTCyG5umo, http://www.playvid.com/watch/zf3739c8ZfJ, http://www.playvid.com/watch/hwMKCfpqmS9, http://www.playvid.com/watch/p7fofZq-l7N, http://www.playvid.com/watch/uqSINlXxehy, http://www.playvid.com/watch/GDpiu2Bakz8, http://www.playvid.com/watch/dT0tldvURwS, http://www.playvid.com/watch/nqnKyGHKhS-, http://www.playvid.com/watch/fyGidYmAvAf, http://www.playvid.com/watch/n8IbAc6Rb3w, http://www.playvid.com/watch/veItCL-tZos, http://www.playvid.com/watch/D5bWFxWFcgf, http://www.playvid.com/watch/llA-w4ylJG2, http://www.playvid.com/watch/kXMNPOdILR0, http://www.playvid.com/watch/K8jDreB7dKy, http://www.playvid.com/watch/Qid8xLfwlNz, http://www.playvid.com/watch/fqrOQj7O5aq, http://www.playvid.com/watch/PstlUThFa7v, http://www.playvid.com/watch/DwQXEZ4hMeF, http://www.playvid.com/watch/RKVZUqXHokX, http://www.playvid.com/watch/N2fXN8XtsVQ, http://www.playvid.com/watch/qdowAMiCW6J, http://www.playvid.com/watch/JjBeMjvAnBX, http://www.playvid.com/watch/JURXl2q0pxe, http://www.playvid.com/watch/098Ly2EN0Su, http://www.playvid.com/watch/oT8ZGF3E6-j, http://www.playvid.com/watch/x5QO5zH0d0b, http://www.playvid.com/watch/rqkLWJvmPZj, http://www.playvid.com/watch/oMEuLb70w2X, http://www.playvid.com/watch/GOyVZl--ESQ, http://www.playvid.com/watch/3GTcnp745nN, http://www.playvid.com/watch/-wzD9M3aF4l, http://www.playvid.com/watch/-MgbrMgLpqO, http://www.playvid.com/watch/vkTJYKLRNx0, http://www.playvid.com/watch/Y8zHFS3-tbb, http://www.playvid.com/watch/yD0FNvFNwQC, http://www.playvid.com/watch/deFm305Ijiu, http://www.playvid.com/watch/dtW2a9kqGM2, http://www.playvid.com/watch/FMgJ4HF7GCL, http://www.playvid.com/watch/GwqEp2XTkcD, http://www.playvid.com/watch/VU72cQr7GEI, http://www.playvid.com/watch/6ic4ZsKUoAf, http://www.playvid.com/watch/iHB27ojhxFv, http://www.playvid.com/watch/t8wMELBlcZz, http://www.playvid.com/watch/ZZBA8RCB7V7, http://www.playvid.com/watch/TDkI4PPDwR-, http://www.playvid.com/watch/hLJSjl7Tg2V, http://www.playvid.com/watch/3nA6dd4ri5j, http://www.playvid.com/watch/Ujon9cKRndf, http://www.playvid.com/watch/DYBmf0ojxzi, http://www.playvid.com/watch/a0iWpR9jkb4, http://www.playvid.com/watch/2PriLazDJsB, http://www.playvid.com/watch/C4Od6poRGtr, http://www.playvid.com/watch/v27fvlV5bp3, http://www.playvid.com/watch/PMOIbs-T4s5, http://www.playvid.com/watch/L0ivcS9aQfx, http://www.playvid.com/watch/6858cGHtTac, http://www.playvid.com/watch/tVHqmaYAHH6, http://www.playvid.com/watch/idGwvUMhH7o, http://www.playvid.com/watch/4AzzpxbVvVV, http://www.playvid.com/watch/SVPlmQUNqH4, http://www.playvid.com/watch/JxdARIaFpkl, http://www.playvid.com/watch/UJvhxFB-3e9, http://www.playvid.com/watch/wowVpy-y5Tf, http://www.playvid.com/watch/JhRbwAkfy0x, http://www.playvid.com/watch/s6evviVoBXX, http://www.playvid.com/watch/thyjT6UujKC, http://www.playvid.com/watch/u0mKjQGhfS8, http://www.playvid.com/watch/soQEv046CEY, http://www.playvid.com/watch/VKBDIHeMLEJ, http://www.playvid.com/watch/X07qgAmQDhP, http://www.playvid.com/watch/8Zpzm69vNLK, http://www.playvid.com/watch/NbZ3fRBfzGy, http://www.playvid.com/watch/iNSRJP-Q26J, http://www.playvid.com/watch/LMUI9Ozz4DA, http://www.playvid.com/watch/G2WTUT9CHFV, http://www.playvid.com/watch/2Hr3CXxdMye, http://www.playvid.com/watch/4zE8C594FTS, http://www.playvid.com/watch/rgINuhT6TAB, http://www.playvid.com/watch/RU0n98C0HSX, http://www.playvid.com/watch/KUzhAIjJDGW, http://www.playvid.com/watch/D8o42ceg3Za, http://www.playvid.com/watch/ci7X-rG9PYE, http://www.playvid.com/watch/YtGaGnDCtd7, http://www.playvid.com/watch/rqWQ2b40aMX, http://www.playvid.com/watch/QwPW6qPccP4, http://www.playvid.com/watch/P4laLdkIL7A, http://www.playvid.com/watch/dbvheYIoCdg, http://www.playvid.com/watch/Rig0dJo6oqr, http://www.playvid.com/watch/YDU3DcfFfiV, http://www.playvid.com/watch/NrNmX4o2TCT, http://www.playvid.com/watch/LoRtPAaqeYa, http://www.playvid.com/watch/tcrDAmIHOkO, http://www.playvid.com/watch/pLsCeTahL8e, http://www.playvid.com/watch/4pIjJ7qGyQK, http://www.playvid.com/watch/LwxF6wBaWpY, http://www.playvid.com/watch/WuPTWHbDDAu, http://www.playvid.com/watch/OVLIRIGmy8Z, http://www.playvid.com/watch/HU2WFHfME3u, http://www.playvid.com/watch/Rz7YTTt8WVe, http://www.playvid.com/watch/H5Tlb7UBXRj, http://www.playvid.com/watch/5kAaizHiEqJ, http://www.playvid.com/watch/k8FLtNWnL2l, http://www.playvid.com/watch/DvL5086pIBC, http://www.playvid.com/watch/8KTHoUZaA0h, http://www.playvid.com/watch/INsaA4Dj2R3, http://www.playvid.com/watch/3RmHtt-WuOa, http://www.playvid.com/watch/o9MKC74vFGH, http://www.playvid.com/watch/ArTMjfdCxlp, http://www.playvid.com/watch/gcy34EJOChJ, http://www.playvid.com/watch/K6-uOYQx4A-, http://www.playvid.com/watch/BkhOTXiCAOS, http://www.playvid.com/watch/UbBpLVOgF-F, http://www.playvid.com/watch/WJGrBbvg6qX, http://www.playvid.com/watch/7zlaFkAX97H, http://www.playvid.com/watch/nPbuMKxZWPb, http://www.playvid.com/watch/tbJztMklRuF, http://www.playvid.com/watch/UtwQJ-dtX5L, http://www.playvid.com/watch/6q8vCgvBQof, http://www.playvid.com/watch/cci57gNeXhu, http://www.playvid.com/watch/87kU8ytNTMm, http://www.playvid.com/watch/CScwSPr6WEb, http://www.playvid.com/watch/molAC5EJxoP, http://www.playvid.com/watch/fy0xjvrFLsK, http://www.playvid.com/watch/mgA0SBDHnnZ, http://www.playvid.com/watch/JHN6MHZubRh, http://www.playvid.com/watch/gdZW06z2sb7, http://www.playvid.com/watch/Jxy4q6jIsMC, http://www.playvid.com/watch/HIpXz6lRF4B, http://www.playvid.com/watch/lxceIHpcKkI, http://www.playvid.com/watch/HKPaRQWQ4Y7, http://www.playvid.com/watch/VhXFkgZgqub, http://www.playvid.com/watch/WRv4ER86Jh0, http://www.playvid.com/watch/zm5li3sevTI, http://www.playvid.com/watch/PNaQTz3YyoZ, http://www.playvid.com/watch/HaiWoiJlB-l, http://www.playvid.com/watch/cMKMJsmKPMk, http://www.playvid.com/watch/ftkUYUXaGcg, http://www.playvid.com/watch/n6kee9CXqdE, http://www.playvid.com/watch/QPPmHJNtjMV, http://www.playvid.com/watch/uNg5zHmPWMC, http://www.playvid.com/watch/wkbRHlE-iEQ, http://www.playvid.com/watch/Hpwuj0-uiDV, http://www.playvid.com/watch/pN664EwmKI4, http://www.playvid.com/watch/GTgbXUvfNCh, http://www.playvid.com/watch/B6uFQVOxa50, http://www.playvid.com/watch/dQxOal5KqyK, http://www.playvid.com/watch/SV5DSwWxPiY, http://www.playvid.com/watch/loNaSnHDMma, http://www.playvid.com/watch/O93ko2kGnhj, http://www.playvid.com/watch/bOcaT27IMMf, http://www.playvid.com/watch/gdU9a3Divzf, http://www.playvid.com/watch/uyRTP6ZHu70, http://www.playvid.com/watch/Co2Oeo58XKE, http://www.playvid.com/watch/E5QLHwqFoAT, http://www.playvid.com/watch/o36cz5Om2se, http://www.playvid.com/watch/guc-5sggpZb, http://www.playvid.com/watch/t9IuIq7BLFm, http://www.playvid.com/watch/Zbi0qnpvWcm, http://www.playvid.com/watch/vlypyNSM3A9, http://www.playvid.com/watch/lLenxQDUb06, http://www.playvid.com/watch/0iE2zq7Klld, http://www.playvid.com/watch/tF7FgmtulMz, http://www.playvid.com/watch/MlJkPuTnerf, http://www.playvid.com/watch/riEL2-7vdvB, http://www.playvid.com/watch/Tj6AN6InHM3, http://www.playvid.com/watch/5TpiYV4jX76, http://www.playvid.com/watch/YIyoBw5iQQv, http://www.playvid.com/watch/GZYD2wj0YNr, http://www.playvid.com/watch/A8T0UhPOlZv, http://www.playvid.com/watch/jhi4h-5t0MF, http://www.playvid.com/watch/DJ0eGhXgWrc, http://www.playvid.com/watch/XmQA2e9RSTM, http://www.playvid.com/watch/szMr4rPPYNs, http://www.playvid.com/watch/q4INpVKZCZz, http://www.playvid.com/watch/pWMJYlRI9BJ, http://www.playvid.com/watch/dCQhjMTbuIu, http://www.playvid.com/watch/PsU-TE04Gzq, http://www.playvid.com/watch/yRu4cFXov15

5.f. Date of third notice: 2013-11-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: franchia34

5.b. Uploader's email address: franchia34@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/franchia34

5.e. List of videos posted by uploader: http://www.playvid.com/watch/3rORQWj6Gq6, http://www.playvid.com/watch/8xj8xTqfyvT, http://www.playvid.com/watch/WXklz3hR7q3, http://www.playvid.com/watch/BF549QL-MMt, http://www.playvid.com/watch/u7l40RvKpnw, http://www.playvid.com/watch/ULDjs8LwXB7, http://www.playvid.com/watch/VSGN6ZyTkyW, http://www.playvid.com/watch/b0w0xM_taQ9, http://www.playvid.com/watch/gYFinVdzNrs, http://www.playvid.com/watch/BVihb9o9kJn, http://www.playvid.com/watch/P27LBb7rQvt, http://www.playvid.com/watch/XGfThX32bgZ, http://www.playvid.com/watch/N-mMGHfxg7J, http://www.playvid.com/watch/US_tiUZCxrx, http://www.playvid.com/watch/dnAgcgIjhC2, http://www.playvid.com/watch/8LYh8_tRnsz, http://www.playvid.com/watch/Yd5vNdK-y7m, http://www.playvid.com/watch/NtHUW-l2lFj, http://www.playvid.com/watch/kefkWuWcOkY, http://www.playvid.com/watch/Gh5zXBDHdSL, http://www.playvid.com/watch/zqFOZUD8Yg6, http://www.playvid.com/watch/aICXXKxbArN, http://www.playvid.com/watch/R21V2uLDo8C, http://www.playvid.com/watch/Fg18CFtoyID, http://www.playvid.com/watch/czfLgLHq6TZ, http://www.playvid.com/watch/y8S9Msi5KcX, http://www.playvid.com/watch/4GuQhrkQNTI, http://www.playvid.com/watch/IsgrVo5H_gO, http://www.playvid.com/watch/JrVQgj6trVx, http://www.playvid.com/watch/xilTZAyv0ny, http://www.playvid.com/watch/mAFIlbgIR3Y, http://www.playvid.com/watch/W9tEwbCtBkl, http://www.playvid.com/watch/Y6Zclz2A4ix, http://www.playvid.com/watch/03M_W-WbYa9, http://www.playvid.com/watch/QadcOBkCpqr, http://www.playvid.com/watch/nzSspF0spKZ, http://www.playvid.com/watch/jwuVlSZsLlc, http://www.playvid.com/watch/pUBG8G9ipmC, http://www.playvid.com/watch/jjLg8b0BT-N, http://www.playvid.com/watch/jFFrukxGh0I, http://www.playvid.com/watch/YbiHXhIWbHS, http://www.playvid.com/watch/mTFbPVQ5NEB, http://www.playvid.com/watch/vXYAPuf1RpK, http://www.playvid.com/watch/pgaE8i68rnk, http://www.playvid.com/watch/BUwl6Tsy7Ma, http://www.playvid.com/watch/Khih_5gH48l, http://www.playvid.com/watch/SOWEYKdlhQK, http://www.playvid.com/watch/uuAVBmMKImT, http://www.playvid.com/watch/zy2BanWDMvb, http://www.playvid.com/watch/YtCEP4wMHPK, http://www.playvid.com/watch/dQhrJ2DkM5u, http://www.playvid.com/watch/HkBzdJzE9al, http://www.playvid.com/watch/ss6xFdL1QYD, http://www.playvid.com/watch/CRNyjYxEY63, http://www.playvid.com/watch/fTrBP_mOq4R, http://www.playvid.com/watch/Acd249z4ih9, http://www.playvid.com/watch/x5x6rq69T_I, http://www.playvid.com/watch/oM4AqKpQcbP, http://www.playvid.com/watch/Su4LXbKv6Td, http://www.playvid.com/watch/Bz-uLHQUxVO, http://www.playvid.com/watch/R7W3hrcM9-d, http://www.playvid.com/watch/4xiJY9mUkqq, http://www.playvid.com/watch/ha6eNeTVbo3, http://www.playvid.com/watch/FeTAcs5foNy, http://www.playvid.com/watch/UUR_EKLkkSV, http://www.playvid.com/watch/ploWOtHfaHm, http://www.playvid.com/watch/lZNFtCcLIkX, http://www.playvid.com/watch/qJWLPKeqFVR, http://www.playvid.com/watch/QhDe7lq4JOV, http://www.playvid.com/watch/cqPrn5NUYo9, http://www.playvid.com/watch/PwAZjb-wTtE, http://www.playvid.com/watch/UpOLiK9h09C, http://www.playvid.com/watch/KPQc6PL7tDm, http://www.playvid.com/watch/8bawyc8zwTw, http://www.playvid.com/watch/gtIHCzcDg7W, http://www.playvid.com/watch/0Y_q-jAcsXx, http://www.playvid.com/watch/GGQ0GYE4M8I, http://www.playvid.com/watch/ywM6aZNkpuL, http://www.playvid.com/watch/aO4xaFnZksb, http://www.playvid.com/watch/S03_XdKcseP,

http://www.playvid.com/watch/RZBoTgXX36m, http://www.playvid.com/watch/QixS5FlOXcP, http://www.playvid.com/watch/x5itZHzx-Wv,
http://www.playvid.com/watch/FSf1jnycm5t, http://www.playvid.com/watch/nGFD4mh4joi, http://www.playvid.com/watch/wYIvZNyljxt,
http://www.playvid.com/watch/2gqvkRCsNhF, http://www.playvid.com/watch/oZKQUD9Od3o, http://www.playvid.com/watch/3PJNNMi-VjY,
http://www.playvid.com/watch/tgB1cyFFIH8, http://www.playvid.com/watch/QqBnYCad5Do, http://www.playvid.com/watch/soGD2BNMRLT,
http://www.playvid.com/watch/opcWXeCSk-v, http://www.playvid.com/watch/3kcf-ZfHse7, http://www.playvid.com/watch/9gpoTF7M-Cq,
http://www.playvid.com/watch/tnHZI8SxLay, http://www.playvid.com/watch/NWXZGAtJZQ0, http://www.playvid.com/watch/hUHH_lhNv9p,
http://www.playvid.com/watch/xP8j0NTVSGX, http://www.playvid.com/watch/IBZ_PMiX31u, http://www.playvid.com/watch/hIsijxeimXM,
http://www.playvid.com/watch/DXLCtz-uTNu, http://www.playvid.com/watch/DKbNkWB0LxQ, http://www.playvid.com/watch/FOBvtkHYjYl,
http://www.playvid.com/watch/c9ZVpphXjbd, http://www.playvid.com/watch/HdZRwjpLh66, http://www.playvid.com/watch/xeK1uL-RN7B,
http://www.playvid.com/watch/SIDv24eAHW0, http://www.playvid.com/watch/Kpu2omdQ2cg, http://www.playvid.com/watch/HgF-CQffymL,
http://www.playvid.com/watch/zMBw-og_s9W, http://www.playvid.com/watch/fogeT1PmoM6, http://www.playvid.com/watch/Kdz-9gPlQP9,
http://www.playvid.com/watch/4CUaN-peRCA, http://www.playvid.com/watch/T1u211dig4y, http://www.playvid.com/watch/bQoRcGGjcVK,
http://www.playvid.com/watch/dL8wGIwdCbh, http://www.playvid.com/watch/Y2u9eeazlOk, http://www.playvid.com/watch/qwlxsMlDHwa,
http://www.playvid.com/watch/zRnxAVz9Izm, http://www.playvid.com/watch/XiA9VrYpHq4, http://www.playvid.com/watch/Q_EPUcbVd5o,
http://www.playvid.com/watch/BGFncAjnpQ9, http://www.playvid.com/watch/BKQ46IQWzq6, http://www.playvid.com/watch/vZ30IIdbyAz,
http://www.playvid.com/watch/3qRW3EFIgmH, http://www.playvid.com/watch/iu46eXpc47i, http://www.playvid.com/watch/zrJxcdi1bez,
http://www.playvid.com/watch/RA_RI-rZKfQ, http://www.playvid.com/watch/katZj6jNrkH, http://www.playvid.com/watch/4_Hqg54mafy,
http://www.playvid.com/watch/4nazUZhhrK5, http://www.playvid.com/watch/XLbKsdI2Wnj, http://www.playvid.com/watch/SzKXRzevpNy,
http://www.playvid.com/watch/zd_9_6lgRBm, http://www.playvid.com/watch/co0OrDem9B3, http://www.playvid.com/watch/LnH4eu7gqgd,
http://www.playvid.com/watch/VNkgWq6cKpu, http://www.playvid.com/watch/svADNqr7LnA, http://www.playvid.com/watch/mxQOqRmEMcP,
http://www.playvid.com/watch/uY51W__tmBH, http://www.playvid.com/watch/p79I7AkP16n, http://www.playvid.com/watch/wm3W7Hu5W-I,
http://www.playvid.com/watch/TMbrUGRwR8t, http://www.playvid.com/watch/Rgq8XG4GYbo, http://www.playvid.com/watch/CCDpVSgVrZk,
http://www.playvid.com/watch/j31TuY5mAzs, http://www.playvid.com/watch/PpUGy6WjUDo, http://www.playvid.com/watch/srY-DrxfWAU,
http://www.playvid.com/watch/eRzpGlm-rVq, http://www.playvid.com/watch/jB_09Z7hCE2, http://www.playvid.com/watch/9JrZDnSq1Jb,
http://www.playvid.com/watch/RZlkwZviQRb, http://www.playvid.com/watch/uTM-p1os_35, http://www.playvid.com/watch/umd_oTnCYKk,
http://www.playvid.com/watch/kxThL6ejOP9, http://www.playvid.com/watch/HZiWL3edHNE, http://www.playvid.com/watch/7knqfD9LYv7,
http://www.playvid.com/watch/ok28dA4we-i, http://www.playvid.com/watch/DBuf43DObzB, http://www.playvid.com/watch/b0L1ddeeTAQ,
http://www.playvid.com/watch/5NSYvSRX3cB, http://www.playvid.com/watch/lYnEPXu5_O3, http://www.playvid.com/watch/qxls125NiwO,
http://www.playvid.com/watch/yrsWUKLMeqo, http://www.playvid.com/watch/ZKxpuZBXqsO, http://www.playvid.com/watch/XVvlZClCCSp,
http://www.playvid.com/watch/F2Uic4zhNCq, http://www.playvid.com/watch/WJUjHRxhooB, http://www.playvid.com/watch/rhRJhWqzIy0,
http://www.playvid.com/watch/TNczgOJ0MKI, http://www.playvid.com/watch/fK8dDq2fMCK, http://www.playvid.com/watch/8AK4cyra6AG,
http://www.playvid.com/watch/6kCCT7cyPes, http://www.playvid.com/watch/LZDZ_n--SMS, http://www.playvid.com/watch/Dma7K1DwP8E,
http://www.playvid.com/watch/vIlMaaSEM2Z, http://www.playvid.com/watch/QNi-iHHJiJ0, http://www.playvid.com/watch/i6oV_WSphs8,
http://www.playvid.com/watch/eBkKMUHwFMu, http://www.playvid.com/watch/u8nPzyD6Esj, http://www.playvid.com/watch/Dn3QAuAKRI7,
http://www.playvid.com/watch/usyidlbL5ZT, http://www.playvid.com/watch/h_bcWNwTOTJ, http://www.playvid.com/watch/IQ1_zWYcdtg,
http://www.playvid.com/watch/WYKPdmFW5XO, http://www.playvid.com/watch/kACGr9bPssl, http://www.playvid.com/watch/uAHg_dNusWh,
http://www.playvid.com/watch/APmY6kDLxhd, http://www.playvid.com/watch/SdPutQJ4VT8, http://www.playvid.com/watch/bXI_YWtvdVb,
http://www.playvid.com/watch/zLyiaSYVRJC, http://www.playvid.com/watch/mS7xLvv--Wm, http://www.playvid.com/watch/YirulqWvncl,
http://www.playvid.com/watch/xAWDRL2tIUF, http://www.playvid.com/watch/2WSlo44mj5L, http://www.playvid.com/watch/rT-Js7P1qUF,
http://www.playvid.com/watch/vA6bwQr8S6S, http://www.playvid.com/watch/WIw5NUwzFGg, http://www.playvid.com/watch/3OHwDK7zgFq,
http://www.playvid.com/watch/n9iHNpUrrS0, http://www.playvid.com/watch/mSjv0xoicgM, http://www.playvid.com/watch/NuesxfA_I8W,
http://www.playvid.com/watch/CJWP7NM1OAX, http://www.playvid.com/watch/TyyE3fom33V, http://www.playvid.com/watch/EqilA3ONFmN,
http://www.playvid.com/watch/nyfhhgwssZn, http://www.playvid.com/watch/KWNkVWvsr3w, http://www.playvid.com/watch/FPNAQHtttw3,
http://www.playvid.com/watch/MlYJ4kOem8U, http://www.playvid.com/watch/mLKhbWVJvtd, http://www.playvid.com/watch/nCwnrgMiCQs,
http://www.playvid.com/watch/Uk37fVzzme3, http://www.playvid.com/watch/6FmQUr1NR_P, http://www.playvid.com/watch/gj3EbkurIWn,
http://www.playvid.com/watch/uccR4vYwTMY, http://www.playvid.com/watch/2s3N5xIJeNk, http://www.playvid.com/watch/883EQABPyyD,
http://www.playvid.com/watch/OQlFNNlZcml, http://www.playvid.com/watch/OBli2JkpP0D, http://www.playvid.com/watch/J4S0OcCvG1H,
http://www.playvid.com/watch/Dwl-qZF7q0l, http://www.playvid.com/watch/ziz4gGKbF6y, http://www.playvid.com/watch/kOtGKjqS_st,
http://www.playvid.com/watch/0B9bTBJMW16, http://www.playvid.com/watch/byU1DBD-s7k, http://www.playvid.com/watch/6iq4BhBviYF,
http://www.playvid.com/watch/9QNybqkrTRu, http://www.playvid.com/watch/dj6kHQJuzid, http://www.playvid.com/watch/avBO8zwOncP,
http://www.playvid.com/watch/QtzY3D3EWwD, http://www.playvid.com/watch/5KVKxHjRaXy, http://www.playvid.com/watch/drKLt24jZM0,
http://www.playvid.com/watch/OH94qJfVWvX, http://www.playvid.com/watch/liYAqqCaBYa, http://www.playvid.com/watch/Wwo4GB62NjS,
http://www.playvid.com/watch/RHcwHDev6gB, http://www.playvid.com/watch/8IRHDsxKwmF, http://www.playvid.com/watch/wc8pPGY0U2l,
http://www.playvid.com/watch/HfsLYvkjY_W, http://www.playvid.com/watch/96IOVVo1a6L, http://www.playvid.com/watch/vp8iDOeNBan,
http://www.playvid.com/watch/tpnzYh78nRr, http://www.playvid.com/watch/NjHqmxAjJn5, http://www.playvid.com/watch/Jad3BAWMTwt,
http://www.playvid.com/watch/ZBSI5o98kt0, http://www.playvid.com/watch/FX5xGMc2qpV, http://www.playvid.com/watch/77_TgPc3Etj,
http://www.playvid.com/watch/hJE41XsGMil, http://www.playvid.com/watch/BWuMQBM7Rpk, http://www.playvid.com/watch/7o_sGkrGIMo,
http://www.playvid.com/watch/wptYJcegbJV, http://www.playvid.com/watch/WYj9vxJieLq, http://www.playvid.com/watch/ci8GrTi5FH3,
http://www.playvid.com/watch/PUeRnlJGBIe, http://www.playvid.com/watch/aZaEVCS0zBH, http://www.playvid.com/watch/WT3UAbklJy8,
http://www.playvid.com/watch/VDjJLZANF3g, http://www.playvid.com/watch/b9_aU0yhWOr, http://www.playvid.com/watch/OZL0Tlm5SDS,
http://www.playvid.com/watch/3t8DXpm8kE7, http://www.playvid.com/watch/SfTXHkG0H8x, http://www.playvid.com/watch/2odkTmkCeSc,
http://www.playvid.com/watch/fNVfeg51L90, http://www.playvid.com/watch/pWQTPuzXxuZ, http://www.playvid.com/watch/bd0q8p9gbsj,
http://www.playvid.com/watch/OJk5ClxjZhn, http://www.playvid.com/watch/Pvnz5CjLz1r, http://www.playvid.com/watch/84mwvch0eqk,
http://www.playvid.com/watch/Rq6NkdSTDjv, http://www.playvid.com/watch/9W4tqJimu1a, http://www.playvid.com/watch/kMGoqcjVkPW,
http://www.playvid.com/watch/ktjhufIT3ia, http://www.playvid.com/watch/AgCkO5wgpEP, http://www.playvid.com/watch/Xq84CkKrYWA,
http://www.playvid.com/watch/hxuidIR215U, http://www.playvid.com/watch/3jUQc0GNHKa, http://www.playvid.com/watch/MfFf9_gj8RZ,
http://www.playvid.com/watch/f5Xhy3CMHkw, http://www.playvid.com/watch/mQEug9oBb9U, http://www.playvid.com/watch/PQ-H1DwnlFI,
http://www.playvid.com/watch/QsCsJ8vjDuw, http://www.playvid.com/watch/oaclit1eVju, http://www.playvid.com/watch/DMSDXF6K7Su,
http://www.playvid.com/watch/qRh5c_EePf5, http://www.playvid.com/watch/L4eL3Ug2sqb, http://www.playvid.com/watch/YffG5hSzb4n,
http://www.playvid.com/watch/VtmJlUvN-pV, http://www.playvid.com/watch/iZUtpIT3u4P, http://www.playvid.com/watch/dQW_02zWOTp,
http://www.playvid.com/watch/EnkB5fEdpK0, http://www.playvid.com/watch/3rCDQA_mRi2, http://www.playvid.com/watch/5wznqcQ5YIk,
http://www.playvid.com/watch/Xk0uB884bqT, http://www.playvid.com/watch/jzK1vTIL8bQ, http://www.playvid.com/watch/vF7f5bDx_TI,
http://www.playvid.com/watch/iAT4bv6yhyo, http://www.playvid.com/watch/6vKIoNNOOgT, http://www.playvid.com/watch/euCRxaI5m-L,
http://www.playvid.com/watch/KrAlwbWwF6W, http://www.playvid.com/watch/RuW1SnvLea3, http://www.playvid.com/watch/JJCbDMhCdLi,
http://www.playvid.com/watch/lChEJrugh-U, http://www.playvid.com/watch/vnvgkpBB7tI, http://www.playvid.com/watch/ngU54yNQtq7,
http://www.playvid.com/watch/n2B0NUsxc4T, http://www.playvid.com/watch/VeGyvFxbNA5, http://www.playvid.com/watch/xIgF65IIbd2,
http://www.playvid.com/watch/COJDGqUivoX, http://www.playvid.com/watch/dEdI7RdqifI, http://www.playvid.com/watch/p8JMwFONH_L,
http://www.playvid.com/watch/n4yvzFKBQKH, http://www.playvid.com/watch/2QotKicZA0M, http://www.playvid.com/watch/abUxd5QQoyi,
http://www.playvid.com/watch/EYYb7FnE4v4, http://www.playvid.com/watch/c9qh38ayPUx, http://www.playvid.com/watch/5EJ5DGTS-oQ,
http://www.playvid.com/watch/ZAAvrDcFqKZ, http://www.playvid.com/watch/pj4IO0Z0mTh, http://www.playvid.com/watch/rnYXyq0HrXF,
http://www.playvid.com/watch/dNJ0awA055i, http://www.playvid.com/watch/XJMoJjahh4q, http://www.playvid.com/watch/NVb0G29pdUR,
http://www.playvid.com/watch/LHjXU3fy7Qp, http://www.playvid.com/watch/vbADgCOjJxR, http://www.playvid.com/watch/vXjZhymIZoi,
http://www.playvid.com/watch/P57vtDj1xIM, http://www.playvid.com/watch/keFQiZS9j0X, http://www.playvid.com/watch/E7RZJczArP4,
http://www.playvid.com/watch/QbOLmGoJXpt, http://www.playvid.com/watch/ptP-xByWlDo, http://www.playvid.com/watch/L0GPCSn5N4P,
http://www.playvid.com/watch/gBqdlc_YYBf, http://www.playvid.com/watch/gRI3LEMqLG7, http://www.playvid.com/watch/2e-knZprUaQ,
http://www.playvid.com/watch/0QkH6DucNsU, http://www.playvid.com/watch/K4Lvbu8kDkI, http://www.playvid.com/watch/DQKmO7eLvlS,
http://www.playvid.com/watch/xfzA4dcuUmu, http://www.playvid.com/watch/EjZAiBKfkDF, http://www.playvid.com/watch/LUpBuItJdBo,
http://www.playvid.com/watch/DNRSpoy_Zkt, http://www.playvid.com/watch/pArADFUptHL, http://www.playvid.com/watch/YIuxDwd5MXy,
http://www.playvid.com/watch/3HBzSMvRpG8, http://www.playvid.com/watch/OQfWVnZE8xE, http://www.playvid.com/watch/k4R82mEBQgp,
http://www.playvid.com/watch/RgRJwQ3cGzo, http://www.playvid.com/watch/zt36y_Y8Bnx, http://www.playvid.com/watch/Va3LYTz-6Nv,
http://www.playvid.com/watch/kp7fJ4hW23R, http://www.playvid.com/watch/MNLqDMvIbZ8, http://www.playvid.com/watch/tQJ29QLa4Iy,
http://www.playvid.com/watch/UIt47Is27hQ, http://www.playvid.com/watch/RU2tBeR8_Cd, http://www.playvid.com/watch/gA0-9OyQPHY,
http://www.playvid.com/watch/daphMSSz9RI, http://www.playvid.com/watch/kVTXQd_wLj7, http://www.playvid.com/watch/INUJRZj7OPk,
http://www.playvid.com/watch/P8Sd3w-Otsi, http://www.playvid.com/watch/SmsW9IeP0pm, http://www.playvid.com/watch/TGV2rVSx_AR,
http://www.playvid.com/watch/J77XM0nUEmF, http://www.playvid.com/watch/FgilgJ10Vum, http://www.playvid.com/watch/QcfEfijpmvx,
http://www.playvid.com/watch/W3q-tDkeZTX, http://www.playvid.com/watch/CiszZKEpVwI, http://www.playvid.com/watch/cB1XfdEFXe3,

http://www.playvid.com/watch/yVPWMIQTSja, http://www.playvid.com/watch/3l9mzswktvj, http://www.playvid.com/watch/VHvjX6Oavy4,
http://www.playvid.com/watch/hC22JMKrK5q, http://www.playvid.com/watch/hoDU6RkSA7K, http://www.playvid.com/watch/wBDQv_VUMcN,
http://www.playvid.com/watch/Pt93sXN9xqI, http://www.playvid.com/watch/fxd6h1IIJ9I, http://www.playvid.com/watch/jBUyJr_adNr,
http://www.playvid.com/watch/Hh8HpkZoA1B, http://www.playvid.com/watch/s-Kq03eRIbC, http://www.playvid.com/watch/jfF-CrUrwyo,
http://www.playvid.com/watch/LutyXoTzRvu, http://www.playvid.com/watch/xXsRZIOsYwZ, http://www.playvid.com/watch/ibb_-VlPpky,
http://www.playvid.com/watch/EgkWK9vHONt, http://www.playvid.com/watch/cyBObXhTty5, http://www.playvid.com/watch/NTXBoOMojMm,
http://www.playvid.com/watch/JeAiNf57Eoe, http://www.playvid.com/watch/3NA1PfE7dPK, http://www.playvid.com/watch/igD5mdVoigV,
http://www.playvid.com/watch/NYuTZ3SX7aw, http://www.playvid.com/watch/7WiebL5TYt9, http://www.playvid.com/watch/JR4yI0hDqod,
http://www.playvid.com/watch/ONtEkJuTv_f, http://www.playvid.com/watch/JiLohTAl5pS, http://www.playvid.com/watch/7i25TgtdTql,
http://www.playvid.com/watch/M2FDRzl8jNH, http://www.playvid.com/watch/4oBolsoHziv, http://www.playvid.com/watch/FgrLYzW8DnR,
http://www.playvid.com/watch/KSIMithnCJH, http://www.playvid.com/watch/PLMoOfaGt-W, http://www.playvid.com/watch/u7l7JGdKLCu,
http://www.playvid.com/watch/Pjr_sdGQApf, http://www.playvid.com/watch/STwdwY3U9Gf, http://www.playvid.com/watch/ZYVDUAPZA6Z,
http://www.playvid.com/watch/JAy400f7wac, http://www.playvid.com/watch/zf2M5ExwMEn, http://www.playvid.com/watch/wloWhcQdGEq,
http://www.playvid.com/watch/b8AwrXSvTWP, http://www.playvid.com/watch/ttFnpkxgXCY, http://www.playvid.com/watch/rq5cSiL6Em4,
http://www.playvid.com/watch/px1CqdfPI34, http://www.playvid.com/watch/FKZ4m3bp1HY, http://www.playvid.com/watch/Ov8-BqUY6wN,
http://www.playvid.com/watch/4rh4C3iJgyY, http://www.playvid.com/watch/vHNr5rKOaGK, http://www.playvid.com/watch/8-tClQRZ2gu,
http://www.playvid.com/watch/y3OboFXq8Tk, http://www.playvid.com/watch/fRDmJYgTV1X, http://www.playvid.com/watch/eorTyTMk5fq,
http://www.playvid.com/watch/AkMADn05klQ, http://www.playvid.com/watch/QZ2yufKCp8O, http://www.playvid.com/watch/0OikD3T5Fxd,
http://www.playvid.com/watch/39NH2dWxboH, http://www.playvid.com/watch/aFrW1v6MFQD, http://www.playvid.com/watch/v4ao6lC_eA5,
http://www.playvid.com/watch/pppGzpusMHD, http://www.playvid.com/watch/Bn7hh_zEWhu, http://www.playvid.com/watch/Uq0lj-0doxq,
http://www.playvid.com/watch/y-zkVQFOYia, http://www.playvid.com/watch/JHLzK7AyWUZ, http://www.playvid.com/watch/btQIF9HgJLr,
http://www.playvid.com/watch/QBzeu1DFnfq, http://www.playvid.com/watch/QLLI_iLROOj, http://www.playvid.com/watch/MRW3xQjaUVm,
http://www.playvid.com/watch/Ntfnb8YEfjC, http://www.playvid.com/watch/gsF4wXYq8tL, http://www.playvid.com/watch/qSPLOmk874i,
http://www.playvid.com/watch/gyLIx3yB2QW, http://www.playvid.com/watch/K3Xc6i4O0Hg, http://www.playvid.com/watch/xNfnUGp7NYi,
http://www.playvid.com/watch/d8vLItgb4Sp, http://www.playvid.com/watch/WUXe5CK9_c5, http://www.playvid.com/watch/dWO3vnv2rhi,
http://www.playvid.com/watch/0GNSneY20R2, http://www.playvid.com/watch/7DYt1ocmZBC, http://www.playvid.com/watch/eSEIKLKi_3X,
http://www.playvid.com/watch/FHsN0XGCKtd, http://www.playvid.com/watch/tyKQtldlI9N, http://www.playvid.com/watch/b_ggRYc9KGT,
http://www.playvid.com/watch/j0_Mt32Cb6q, http://www.playvid.com/watch/7wdG6omA1jY, http://www.playvid.com/watch/m5uyNmT5p0O,
http://www.playvid.com/watch/BzVN4kxyko7, http://www.playvid.com/watch/goIBi_WmVz0, http://www.playvid.com/watch/HQBQZA7lW1z,
http://www.playvid.com/watch/gqsgYTpnQol, http://www.playvid.com/watch/HuSogXMRwjf, http://www.playvid.com/watch/sJ9iNPv14Wu,
http://www.playvid.com/watch/5bAHzvL4GFg, http://www.playvid.com/watch/LM3G52OAVTR, http://www.playvid.com/watch/3Qd31XARRtu,
http://www.playvid.com/watch/AkCCvLe1b8g, http://www.playvid.com/watch/Kn5EorOIhDv, http://www.playvid.com/watch/q4glxZqWe_b,
http://www.playvid.com/watch/ppHg4ag8j-o, http://www.playvid.com/watch/djDN0TJuT8R, http://www.playvid.com/watch/LpjpKA20Uts,
http://www.playvid.com/watch/9Z4NQchDO3q, http://www.playvid.com/watch/4jx0RlYLKVT, http://www.playvid.com/watch/QwqBzGKINOR,
http://www.playvid.com/watch/OnQE5uJm_vl, http://www.playvid.com/watch/JxmtEoTBf4U, http://www.playvid.com/watch/DnyLUbLyM0f,
http://www.playvid.com/watch/V_PBysjqc8c, http://www.playvid.com/watch/jBH7sDN4CLF, http://www.playvid.com/watch/u3bwRENtrIn,
http://www.playvid.com/watch/7vlunirvkgj, http://www.playvid.com/watch/HoFSQxSLYPe, http://www.playvid.com/watch/Qytb9HkwV0v,
http://www.playvid.com/watch/D2DDWD8_oCq, http://www.playvid.com/watch/Wlcl0i8Ib6j, http://www.playvid.com/watch/LfE-43V8RLJ,
http://www.playvid.com/watch/6HK62LHpbym, http://www.playvid.com/watch/ff1LPQyIymr, http://www.playvid.com/watch/5RFkwDAXpBM,
http://www.playvid.com/watch/2Fb85q9BC0X, http://www.playvid.com/watch/AUang_rftfU, http://www.playvid.com/watch/e_xBsut55o3,
http://www.playvid.com/watch/dMUonslriiY, http://www.playvid.com/watch/dph3yOj5ETJ, http://www.playvid.com/watch/kKQhx0aRfZc,
http://www.playvid.com/watch/kCFIK96TvXH, http://www.playvid.com/watch/5HFfc-0qdSI, http://www.playvid.com/watch/kapZmts82tE,
http://www.playvid.com/watch/Me6b0dEodQc, http://www.playvid.com/watch/GpQRDa6Bbuz, http://www.playvid.com/watch/KYe5-SAREaz,
http://www.playvid.com/watch/hAdgVTiSM8r, http://www.playvid.com/watch/Y9RbQ5dvVoH, http://www.playvid.com/watch/IclWxV5NeqE,
http://www.playvid.com/watch/bXicTqJ4t89, http://www.playvid.com/watch/rPxWWXhWm-Y, http://www.playvid.com/watch/PeJUHiNtzCA,
http://www.playvid.com/watch/ItyAVaDtqwp, http://www.playvid.com/watch/GdtvLD9MZs7, http://www.playvid.com/watch/WW4SlCGwlMi,
http://www.playvid.com/watch/k0K47f6SAyo, http://www.playvid.com/watch/GtVo6n_q3zl, http://www.playvid.com/watch/pYhxGVN4UfJ,
http://www.playvid.com/watch/YBH9RbSA0at, http://www.playvid.com/watch/ah-JUHbZ9Vx, http://www.playvid.com/watch/AOC2IRGEw6m,
http://www.playvid.com/watch/3su6Ea_revY, http://www.playvid.com/watch/cHwZQcBy4wE, http://www.playvid.com/watch/c17KDn5SxJ4,
http://www.playvid.com/watch/Fa9Lily1OLE, http://www.playvid.com/watch/wb0eFcZG633, http://www.playvid.com/watch/4zSI5LVGlfe,
http://www.playvid.com/watch/M5Bz8LfEBQX, http://www.playvid.com/watch/tmnyQffYJqX, http://www.playvid.com/watch/FrZWHUgYFvN,
http://www.playvid.com/watch/VbHyv1hKypH, http://www.playvid.com/watch/fmGecr3qpoz, http://www.playvid.com/watch/Fouc4dodoYs,
http://www.playvid.com/watch/CgvuDmHBUQC, http://www.playvid.com/watch/LL94veV_7Rr, http://www.playvid.com/watch/R1J9Lww5_wS,
http://www.playvid.com/watch/GLXxGNECOuR, http://www.playvid.com/watch/mhgnBT8s8bp, http://www.playvid.com/watch/i_6RRCbVvf5,
http://www.playvid.com/watch/uzGvtmnVw8R, http://www.playvid.com/watch/i56q-aNY0kh, http://www.playvid.com/watch/XQUs_RK03LI,
http://www.playvid.com/watch/3V8Lyz5UAYX, http://www.playvid.com/watch/LI1zGQ5tJ10, http://www.playvid.com/watch/rGSe3d3y6Q8,
http://www.playvid.com/watch/J6aSsV-xiZ4, http://www.playvid.com/watch/t-Ka3LXG2vj, http://www.playvid.com/watch/F1RP9sNmuxT,
http://www.playvid.com/watch/DssR5B6HNfV, http://www.playvid.com/watch/ULUFvcLXKnq, http://www.playvid.com/watch/srIZxeBkgie,
http://www.playvid.com/watch/OiNqqaK-5sC, http://www.playvid.com/watch/mxjv0Pk4Rdk
5.f. Date of third notice: 2015-02-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: FrankOn
5.b. Uploader's email address: jesr@gmx.de
5.d. Uploader's profile: http://www.playvid.com/member/FrankOn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GuQSkALcRLe, http://www.playvid.com/watch/LRsUrts6eE6,
http://www.playvid.com/watch/dDXF5vy34Sv, http://www.playvid.com/watch/EcvfJxyc_qI, http://www.playvid.com/watch/U7IiBLAYPD5,
http://www.playvid.com/watch/9ZvjsfIfO-t, http://www.playvid.com/watch/NUBDjMTkMyM, http://www.playvid.com/watch/eqyrxhHogwN,
http://www.playvid.com/watch/GJNumAt3vCT, http://www.playvid.com/watch/h3JS8StnGVL, http://www.playvid.com/watch/Pw1udrcK8dg,
http://www.playvid.com/watch/iQs5Qhv2aYG, http://www.playvid.com/watch/6cxB1Ec0HIh, http://www.playvid.com/watch/qdbMSyX5vzA,
http://www.playvid.com/watch/3-wd7cceV3x, http://www.playvid.com/watch/oUpxVBEtN1r, http://www.playvid.com/watch/Lkfp003n7Zr,
http://www.playvid.com/watch/S79wKKfkDD6, http://www.playvid.com/watch/lBXP-zHyDLx, http://www.playvid.com/watch/RZL0EL9StvP,
http://www.playvid.com/watch/VhAQ-9KHPtG, http://www.playvid.com/watch/2KeZmMCKvT2, http://www.playvid.com/watch/Prw4Dauxfdt
5.f. Date of third notice: 2014-08-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fredxxx
5.b. Uploader's email address: fred222001@live.fr
5.d. Uploader's profile: http://www.playvid.com/member/fredxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LnDFPmcOjJk, http://www.playvid.com/watch/KlfbM5SjBpU,
http://www.playvid.com/watch/NtARaoEM3AZ, http://www.playvid.com/watch/ZllXK-gppxJ, http://www.playvid.com/watch/JgJsafdKIJi,
http://www.playvid.com/watch/iUaRWzUyKpd, http://www.playvid.com/watch/oMs-HZjIO0T, http://www.playvid.com/watch/f-xnjhxolY3,
http://www.playvid.com/watch/JV0yFCF3W6r, http://www.playvid.com/watch/ENaDxZOVzly, http://www.playvid.com/watch/jD0Pj4WYGmE,
http://www.playvid.com/watch/Lc5vL3TDrwr, http://www.playvid.com/watch/CduED0xrQ6b, http://www.playvid.com/watch/f7SDmpL5RwR,
http://www.playvid.com/watch/WQyz0NgyuBc, http://www.playvid.com/watch/i0s4HrVMfZR, http://www.playvid.com/watch/qSSRwrb9KFh,
http://www.playvid.com/watch/paMwezTMwWk, http://www.playvid.com/watch/C8B2WCZO3id, http://www.playvid.com/watch/bfEaz-fbh4r,
http://www.playvid.com/watch/VPzEtLGPtGA, http://www.playvid.com/watch/Xj9t0WeLzxm, http://www.playvid.com/watch/dSysEiv7-6n,
http://www.playvid.com/watch/iIN7FYZlbH-, http://www.playvid.com/watch/OSyBnKEwbnr, http://www.playvid.com/watch/FZXBTiIXVLk,
http://www.playvid.com/watch/PTBbzVVZVYu, http://www.playvid.com/watch/adIjgAg8OSP, http://www.playvid.com/watch/3y3dBrg9IHs,
http://www.playvid.com/watch/nTB3Sexjvvk, http://www.playvid.com/watch/otaQtW9ELxp, http://www.playvid.com/watch/Y6wyLMGsn-V,
http://www.playvid.com/watch/iKaWNplFLJo, http://www.playvid.com/watch/Qwyz2Cf4dO-, http://www.playvid.com/watch/bpIG3GvMKUF,
http://www.playvid.com/watch/CO99wR0-4ub, http://www.playvid.com/watch/QP-8v9zQ3jA, http://www.playvid.com/watch/R38MfLL6hYd,
http://www.playvid.com/watch/aBdpppYCtbM, http://www.playvid.com/watch/cjIs-OHxf3R, http://www.playvid.com/watch/hLiRwve-xyA,
http://www.playvid.com/watch/Z-djrP2vcvA, http://www.playvid.com/watch/C44XUCkSHNx, http://www.playvid.com/watch/zGGC-tSoAUb,
http://www.playvid.com/watch/o3Jka4KudMP, http://www.playvid.com/watch/Jbd3ztHdeBC, http://www.playvid.com/watch/lMdcTuhz-Sc,
http://www.playvid.com/watch/mje6IRd4CXM, http://www.playvid.com/watch/uaWaiE68pyI, http://www.playvid.com/watch/Wuzdu4t0XYG,

http://www.playvid.com/watch/Pm0yde8ADVY, http://www.playvid.com/watch/H9ijFmJrXVr, http://www.playvid.com/watch/RC46g3eBBK9,
http://www.playvid.com/watch/yQ3FIsvRC7K, http://www.playvid.com/watch/3OuB5wKZo9g, http://www.playvid.com/watch/0ZT87dVTgtd,
http://www.playvid.com/watch/P9UkkfecwW2, http://www.playvid.com/watch/Lo9RXu5FCbf, http://www.playvid.com/watch/xyQ7ALHdSC0,
http://www.playvid.com/watch/5H-X0YC7lsx, http://www.playvid.com/watch/MNUr8oXSVSz, http://www.playvid.com/watch/sR-iyclAxH6,
http://www.playvid.com/watch/SRv0xen9cHr, http://www.playvid.com/watch/iHOEhQJAsrK, http://www.playvid.com/watch/vFvcFJW5ajm,
http://www.playvid.com/watch/jJzupGV9b7b, http://www.playvid.com/watch/46iZW-AT-Uo, http://www.playvid.com/watch/Fa8qijqGU7n,
http://www.playvid.com/watch/ve-YiJni4Na, http://www.playvid.com/watch/N-fmoUtSiOm, http://www.playvid.com/watch/A9k0HCDHJ58,
http://www.playvid.com/watch/bjd5c7FD5yX, http://www.playvid.com/watch/YbSagTVwFvl, http://www.playvid.com/watch/K6iVnN5rhQJ,
http://www.playvid.com/watch/8WxH4qo2C--, http://www.playvid.com/watch/RdcbSsTna38, http://www.playvid.com/watch/mJtI-Hk7o4D,
http://www.playvid.com/watch/FNEhqSSFx9u, http://www.playvid.com/watch/vbmiuy8bmHq, http://www.playvid.com/watch/HU8pgUDNllH,
http://www.playvid.com/watch/iiU9j3IqvBU, http://www.playvid.com/watch/HURAL5TFAdF, http://www.playvid.com/watch/Va8piczVPTC,
http://www.playvid.com/watch/Y7xxI9CkucO, http://www.playvid.com/watch/okxmHCKWxMw, http://www.playvid.com/watch/-WlJnynzE4r,
http://www.playvid.com/watch/NMfDHbPsKtD, http://www.playvid.com/watch/Yz3PHsPH9wy, http://www.playvid.com/watch/E3apBXY6mgl,
http://www.playvid.com/watch/N-2gWYxJ3Uz, http://www.playvid.com/watch/uRMe7jdyw07, http://www.playvid.com/watch/ZNaZM7gblAY,
http://www.playvid.com/watch/nkWQLkewQfS, http://www.playvid.com/watch/NudtMNzmAqy, http://www.playvid.com/watch/lOyqgPUESd2,
http://www.playvid.com/watch/Ml2mNzd9n4O, http://www.playvid.com/watch/bbXSevG3T7Q, http://www.playvid.com/watch/mFQM-LE9Y-X,
http://www.playvid.com/watch/6Z3zLeVCQP9, http://www.playvid.com/watch/naSFoZYJTiL, http://www.playvid.com/watch/COjTu2bofI9,
http://www.playvid.com/watch/a5k6EEPNw7K, http://www.playvid.com/watch/uEdmGLKVhTP, http://www.playvid.com/watch/V3eUcK6tzbw,
http://www.playvid.com/watch/xZb9jq7sCzv, http://www.playvid.com/watch/ZkkTy36J-R3, http://www.playvid.com/watch/YFSRvRhwSmu,
http://www.playvid.com/watch/8npHC6GnnLx, http://www.playvid.com/watch/hIvqP7CpDMb, http://www.playvid.com/watch/NCfrWruuwU6,
http://www.playvid.com/watch/ONJUayhcfCa, http://www.playvid.com/watch/-Hzsd7AKMt5, http://www.playvid.com/watch/4xPsEeqaLg0,
http://www.playvid.com/watch/8aWJYv923J2, http://www.playvid.com/watch/5Fih7IERixy, http://www.playvid.com/watch/KvlB33HWd-l,
http://www.playvid.com/watch/8KlXuKydk24, http://www.playvid.com/watch/lRVqZDCY0gj, http://www.playvid.com/watch/ekxiJmBk3gf,
http://www.playvid.com/watch/ADQDyt75f7A, http://www.playvid.com/watch/q-Uofu-sBsF, http://www.playvid.com/watch/aFki4xy-60s,
http://www.playvid.com/watch/Dh3zRNx07GO, http://www.playvid.com/watch/ddfZmMusAoY, http://www.playvid.com/watch/6FQZzYhM5MB,
http://www.playvid.com/watch/lGhs2zmwF2A, http://www.playvid.com/watch/NcKBo4ttBJv, http://www.playvid.com/watch/dccuAdT5fF4,
http://www.playvid.com/watch/BETqSXWQHba, http://www.playvid.com/watch/eydzfZmKaU8, http://www.playvid.com/watch/M5MeaJN4bMT,
http://www.playvid.com/watch/lAL5NEJ6FJy, http://www.playvid.com/watch/W9RPYJuFOqj, http://www.playvid.com/watch/HxglapK6dWC,
http://www.playvid.com/watch/mzfxynHKoOr, http://www.playvid.com/watch/r6PBdL7g-S6, http://www.playvid.com/watch/cVVEIYLdVIU,
http://www.playvid.com/watch/0MpnjEC8MJV, http://www.playvid.com/watch/wMUddm9VmUb, http://www.playvid.com/watch/vcS2tb2K8dl,
http://www.playvid.com/watch/A7yKWacXelU, http://www.playvid.com/watch/XaRu0l4DwYf, http://www.playvid.com/watch/0mueZGcGaDU,
http://www.playvid.com/watch/473DWPjE2Tq, http://www.playvid.com/watch/uq8SoPHGeeT, http://www.playvid.com/watch/ypIqlysU4Wm,
http://www.playvid.com/watch/GFXVCJXUCpa, http://www.playvid.com/watch/uZqxyDXfMo5, http://www.playvid.com/watch/gUEmaYRBCaB,
http://www.playvid.com/watch/0JL7v9BpCLR, http://www.playvid.com/watch/wJGDWkYT6Z8, http://www.playvid.com/watch/N2uvC3y88oo,
http://www.playvid.com/watch/b2EANhmzKKn, http://www.playvid.com/watch/3iuL8-GN8pv, http://www.playvid.com/watch/m4zdLkze7jC,
http://www.playvid.com/watch/Bf5SxpU3474, http://www.playvid.com/watch/dhdC3EYDmED, http://www.playvid.com/watch/YdU4-6tZ9PK,
http://www.playvid.com/watch/wqMFBpjz9Or, http://www.playvid.com/watch/klpLdp4pMAQ, http://www.playvid.com/watch/d8BlnwfY7L4,
http://www.playvid.com/watch/hIbnBatTNf9, http://www.playvid.com/watch/je0sTp8-6Ay, http://www.playvid.com/watch/su-X9QaMLwl,
http://www.playvid.com/watch/yIwrN-jC8vh, http://www.playvid.com/watch/hjNelqQHWmP, http://www.playvid.com/watch/mCH778l6-Kk,
http://www.playvid.com/watch/Gzt0p4jikHm, http://www.playvid.com/watch/EnMtDjCsRud, http://www.playvid.com/watch/MWdvp0DhbhE,
http://www.playvid.com/watch/oP3itsSSf2c, http://www.playvid.com/watch/9B98nDm2pgK, http://www.playvid.com/watch/kgh0aePjVt2,
http://www.playvid.com/watch/pFAy8-lyzJ-, http://www.playvid.com/watch/XZ-oi0MKM98, http://www.playvid.com/watch/3Na-Zczlp4x,
http://www.playvid.com/watch/7N2SW2ooZCA, http://www.playvid.com/watch/QrTQ6bLGclk, http://www.playvid.com/watch/Zv4ihR-FhHF,
http://www.playvid.com/watch/-YNR2lCCrD4, http://www.playvid.com/watch/xa4J80BvL4f, http://www.playvid.com/watch/NSq8b--LFn4,
http://www.playvid.com/watch/asZimKeKwRT, http://www.playvid.com/watch/hOCRajRU7tT, http://www.playvid.com/watch/bzZfo94ja2d,
http://www.playvid.com/watch/-DgMLygIkzu, http://www.playvid.com/watch/cTQlEKb4h60, http://www.playvid.com/watch/5GusZtFmWZi,
http://www.playvid.com/watch/JRldDSa-Pr2, http://www.playvid.com/watch/rpRZSoSZ4ED, http://www.playvid.com/watch/RdmsMVMxCLS,
http://www.playvid.com/watch/Vff8yxm3xVV, http://www.playvid.com/watch/vDY0fI7aFts, http://www.playvid.com/watch/Vy8z6Yz0f22,
http://www.playvid.com/watch/Z2CcKmckllS, http://www.playvid.com/watch/ZOeHVZAWZJ6, http://www.playvid.com/watch/ejLGdrvSEBy,
http://www.playvid.com/watch/DN5SSc-SGQS, http://www.playvid.com/watch/rMFrMgnjwBM, http://www.playvid.com/watch/QinTOTfHZ3f,
http://www.playvid.com/watch/vCArSCXlfUt, http://www.playvid.com/watch/bYYldIGKaQc, http://www.playvid.com/watch/dZoKDD3tfjW,
http://www.playvid.com/watch/XTKmX-cwmDM, http://www.playvid.com/watch/TwhLOFu7-4j, http://www.playvid.com/watch/zU0nurMYlX5,
http://www.playvid.com/watch/jRbozgyRUHP, http://www.playvid.com/watch/S5SpKTdIFoX, http://www.playvid.com/watch/2h4BfBur6TX,
http://www.playvid.com/watch/7W50NTUxLBU, http://www.playvid.com/watch/FqdXSbZAulS, http://www.playvid.com/watch/6lX0UhxBaKL,
http://www.playvid.com/watch/Phc4tdk267f, http://www.playvid.com/watch/x2ONM2R-hn8, http://www.playvid.com/watch/cgw44oNkww2,
http://www.playvid.com/watch/SY3AiXAyRiQ, http://www.playvid.com/watch/cyjJYJYN8Lx, http://www.playvid.com/watch/jRGwWTiTYAl,
http://www.playvid.com/watch/W3h2LSH4hXb, http://www.playvid.com/watch/uekDLETijBx, http://www.playvid.com/watch/eqiJYqf3Cgz,
http://www.playvid.com/watch/FRzKd2Iy68X, http://www.playvid.com/watch/sTS0L4iKXst, http://www.playvid.com/watch/iMjg6ADxU9e,
http://www.playvid.com/watch/djnRnunf9U6, http://www.playvid.com/watch/0KxYYPoizO5, http://www.playvid.com/watch/7ik7wjXKa5z,
http://www.playvid.com/watch/rD8V8C5cC6d, http://www.playvid.com/watch/wXS-Rp69ipY, http://www.playvid.com/watch/UPHjJFl8ryK,
http://www.playvid.com/watch/RjoiGr0tB8g, http://www.playvid.com/watch/HmMYUhT6696, http://www.playvid.com/watch/cVKAAVw02CD,
http://www.playvid.com/watch/akpYZ7x2zny, http://www.playvid.com/watch/W-nejxq25Ep, http://www.playvid.com/watch/uo9R6ynSfHd,
http://www.playvid.com/watch/97vC86Th9-E, http://www.playvid.com/watch/ovMPP0HJhox, http://www.playvid.com/watch/RuO86jFz0ZP,
http://www.playvid.com/watch/hFwZKWzhc2q, http://www.playvid.com/watch/SYWYbrHJwm4, http://www.playvid.com/watch/jhMee2vfv0O,
http://www.playvid.com/watch/pDcPkgdvF4m, http://www.playvid.com/watch/DzkOY-0c9YH, http://www.playvid.com/watch/ElniZnDfGmY,
http://www.playvid.com/watch/ihkwDRSR9MC, http://www.playvid.com/watch/E77qT9haZVn, http://www.playvid.com/watch/PDgAsDiLek4,
http://www.playvid.com/watch/gLhPO77TWfT, http://www.playvid.com/watch/6HAG3cN9pFy, http://www.playvid.com/watch/IeEIm7T2X0q,
http://www.playvid.com/watch/oLFDTjGf99U, http://www.playvid.com/watch/xFHjZ5hLDrg, http://www.playvid.com/watch/3hBtiyJmGgC,
http://www.playvid.com/watch/e7DYlSvdTt9, http://www.playvid.com/watch/Wmpi6p6JrHZ, http://www.playvid.com/watch/qjradXZd6te,
http://www.playvid.com/watch/AzxJzSjdfiN, http://www.playvid.com/watch/JZcqIknnrXg, http://www.playvid.com/watch/alNopNpKrQg,
http://www.playvid.com/watch/r-sOjjLCogQ, http://www.playvid.com/watch/Uz8IsmZ4uh8, http://www.playvid.com/watch/DE2bifd4GNz,
http://www.playvid.com/watch/vs9gIwiQKpl, http://www.playvid.com/watch/SsrCWqpaA08, http://www.playvid.com/watch/wfud0TkDa64,
http://www.playvid.com/watch/YVzKiNgeErA, http://www.playvid.com/watch/zCa9W-oF7OE, http://www.playvid.com/watch/dcFb9lsewpi,
http://www.playvid.com/watch/UjBbPtsDmfP, http://www.playvid.com/watch/kjDQ7Rcauex, http://www.playvid.com/watch/rThqbTFfHf-,
http://www.playvid.com/watch/lmlGDtcKEJG, http://www.playvid.com/watch/4yW6ycaG7qw, http://www.playvid.com/watch/CRQuddofpk6,
http://www.playvid.com/watch/cTkR3PQGKdD, http://www.playvid.com/watch/Nv7u-f9zWzY, http://www.playvid.com/watch/az40Ynv0-ML,
http://www.playvid.com/watch/-cWzHFvFer2, http://www.playvid.com/watch/ADovmmtUn0I, http://www.playvid.com/watch/WACIadDfAu3,
http://www.playvid.com/watch/Jnij-v4uPKP, http://www.playvid.com/watch/IbrnFtCfsdA, http://www.playvid.com/watch/86NG9VPj6FU,
http://www.playvid.com/watch/WZLaMsIBfQf, http://www.playvid.com/watch/j22AgZaOdL4, http://www.playvid.com/watch/TRVGJGErj35,
http://www.playvid.com/watch/iRewQ6MIjF0, http://www.playvid.com/watch/AAzX6oJafzD, http://www.playvid.com/watch/0pRwXpFaEqJ,
http://www.playvid.com/watch/poN8aOsIBDm, http://www.playvid.com/watch/lBOh-rUIaTw, http://www.playvid.com/watch/LdxK7l8rbxU,
http://www.playvid.com/watch/WO7HWfuz2PS, http://www.playvid.com/watch/tEpcmzwmWhV, http://www.playvid.com/watch/NmJP0kaCzyJ,
http://www.playvid.com/watch/KqwsXZfWmMZ, http://www.playvid.com/watch/WdGBttRFrEk, http://www.playvid.com/watch/LAfzigJzfj6,
http://www.playvid.com/watch/Dluwm2-2Mbb, http://www.playvid.com/watch/NylZpEl5Lwi, http://www.playvid.com/watch/bUOYjcFJCcV,
http://www.playvid.com/watch/leTZK5fnDLc, http://www.playvid.com/watch/U9LaC7Sujfz, http://www.playvid.com/watch/44vXEdqAAUx,
http://www.playvid.com/watch/lzI23epB23v, http://www.playvid.com/watch/Jg4hwfPHL7o, http://www.playvid.com/watch/GAg9xiK3pP0,
http://www.playvid.com/watch/ePBd7ApOnHF, http://www.playvid.com/watch/kiNlxMSZ0G-, http://www.playvid.com/watch/PSziljTU8dX,
http://www.playvid.com/watch/mT6Ok6Bf36M, http://www.playvid.com/watch/UPDljNzkHv9, http://www.playvid.com/watch/DYHVE6X-WOW,
http://www.playvid.com/watch/CDAn0O3voSU, http://www.playvid.com/watch/naorsRc3pV3, http://www.playvid.com/watch/pSPhgR6ZWQG,
http://www.playvid.com/watch/2oR6LHKIeqN, http://www.playvid.com/watch/c6IBk9G6j4Z, http://www.playvid.com/watch/OY6ou7W4oaP,
http://www.playvid.com/watch/CF36Ny37mkI, http://www.playvid.com/watch/RT3t2wzh69K, http://www.playvid.com/watch/7W2QosyGq9x,
http://www.playvid.com/watch/ISzzUhr-Z5D, http://www.playvid.com/watch/wqRfnQ8m8ql, http://www.playvid.com/watch/tuQa7OHdJKL,
http://www.playvid.com/watch/yk2wCejODbN, http://www.playvid.com/watch/MJ5UY5Sqt2p, http://www.playvid.com/watch/XJTtoxUl4CM,
http://www.playvid.com/watch/2IoIDSyzAvR, http://www.playvid.com/watch/5DHPbqhj0Cq, http://www.playvid.com/watch/C7mmNcpXyC8,
http://www.playvid.com/watch/z7fDDs0ykKt, http://www.playvid.com/watch/pL45xZIo2QQ, http://www.playvid.com/watch/NGNxYAKWc6S,
http://www.playvid.com/watch/UTKxRrIgQ09, http://www.playvid.com/watch/uwRF6bObPc8, http://www.playvid.com/watch/QSVTNyOcmIf,

http://www.playvid.com/watch/TsKSU7kObBO, http://www.playvid.com/watch/32WtYBKCn87, http://www.playvid.com/watch/fkHHkHKgsi7,
http://www.playvid.com/watch/BF5rs9kTeNj, http://www.playvid.com/watch/ERhxlpQjCUi, http://www.playvid.com/watch/7cN7GhzzStv,
http://www.playvid.com/watch/8uXI7vHABFf, http://www.playvid.com/watch/IbdxqhtfTTk, http://www.playvid.com/watch/9LH9ij8GU7c,
http://www.playvid.com/watch/adhLqzY8ET-, http://www.playvid.com/watch/7Bul8KpfA58, http://www.playvid.com/watch/Hz2gFhQJRee,
http://www.playvid.com/watch/ToBJ4OdFyDs, http://www.playvid.com/watch/LV-SPdIkskP, http://www.playvid.com/watch/urE-oIcy2T3,
http://www.playvid.com/watch/W33joaPoFaU, http://www.playvid.com/watch/WhGYZp7ylnX, http://www.playvid.com/watch/Qn0PNNYUT5f,
http://www.playvid.com/watch/ag4AvwvleUG, http://www.playvid.com/watch/JFRWr-q2miB, http://www.playvid.com/watch/cnNKPhNw5Fx,
http://www.playvid.com/watch/D8cj4xRNQkS, http://www.playvid.com/watch/86XC6zWFyoh, http://www.playvid.com/watch/cDstfGzU9Ff,
http://www.playvid.com/watch/kSI5cjtdyqy, http://www.playvid.com/watch/hC3iK6jrpru, http://www.playvid.com/watch/q6VTf-HyTU-,
http://www.playvid.com/watch/m2bHmXFwLo5, http://www.playvid.com/watch/Z2A7GkklvQe, http://www.playvid.com/watch/hoHnnykCmbi,
http://www.playvid.com/watch/mPfSyDRZ7sN, http://www.playvid.com/watch/gsqg8de3SaW, http://www.playvid.com/watch/UKZQJC2QfbB,
http://www.playvid.com/watch/oWhzkktAxlC, http://www.playvid.com/watch/533AzdUAhB8, http://www.playvid.com/watch/ZM52QmT2u6o,
http://www.playvid.com/watch/TTJ9RZlgq3u, http://www.playvid.com/watch/8-rX3IauXwO, http://www.playvid.com/watch/6L48rKF5Y2o,
http://www.playvid.com/watch/AUOJr-nYvfI, http://www.playvid.com/watch/rkyAgAL7k6Q, http://www.playvid.com/watch/NvRConRS0ti,
http://www.playvid.com/watch/3Mqik0GoHPZ, http://www.playvid.com/watch/gMb6XYhxrKl, http://www.playvid.com/watch/l3N8KN-YE5w,
http://www.playvid.com/watch/9sZAhbPw5WE, http://www.playvid.com/watch/Bihwu-vpBQV, http://www.playvid.com/watch/ZLB366Ef-bc,
http://www.playvid.com/watch/yzWZwI06tZF, http://www.playvid.com/watch/BSusztZBmlj, http://www.playvid.com/watch/SKttOBgQqgt,
http://www.playvid.com/watch/D8xrBuGCyBB, http://www.playvid.com/watch/giMmfOzxXM9, http://www.playvid.com/watch/CeVCMFOxUp7,
http://www.playvid.com/watch/fXs-X6jULlv, http://www.playvid.com/watch/dljUBTgR8-7, http://www.playvid.com/watch/trLl3xOx92P,
http://www.playvid.com/watch/4q4PEadPUVZ, http://www.playvid.com/watch/xi3fIu4gMal, http://www.playvid.com/watch/L7B0FQBu7YC,
http://www.playvid.com/watch/UJrG28kDZdo, http://www.playvid.com/watch/zszv4dPAU63, http://www.playvid.com/watch/2erHvhR0Nqz,
http://www.playvid.com/watch/KZN7cXQQCb0, http://www.playvid.com/watch/-FephJeercT, http://www.playvid.com/watch/mpOgPTpIzqO,
http://www.playvid.com/watch/2EYo6PvMsH7, http://www.playvid.com/watch/O2S0oYuaZR0, http://www.playvid.com/watch/a5kirHtaW5t,
http://www.playvid.com/watch/5xj5FV77sJn, http://www.playvid.com/watch/cev40abjbP3, http://www.playvid.com/watch/seAHdhtNj3I,
http://www.playvid.com/watch/5WHMl4iH770, http://www.playvid.com/watch/ODX59oEME5O, http://www.playvid.com/watch/vAsFGmSlpqs,
http://www.playvid.com/watch/-5mSUKT8oTl, http://www.playvid.com/watch/xUlH4-Pecpy, http://www.playvid.com/watch/Dhj9f72pn9K,
http://www.playvid.com/watch/jj6jvgBtLMT, http://www.playvid.com/watch/fIp8p5k4dm0, http://www.playvid.com/watch/6N7vdA7Y-QP,
http://www.playvid.com/watch/KWb0ML4uARu, http://www.playvid.com/watch/zmVoSAXt502, http://www.playvid.com/watch/sB0ujtrfbAr,
http://www.playvid.com/watch/oD96ARBQ0Fn, http://www.playvid.com/watch/yIeNHo6zoDQ, http://www.playvid.com/watch/oFhBh42VxGY,
http://www.playvid.com/watch/VyxebNTTCgP, http://www.playvid.com/watch/0AsD0P0Oo7R, http://www.playvid.com/watch/uqyGhcpf5K7,
http://www.playvid.com/watch/WI6HGUWkkFJ, http://www.playvid.com/watch/lpFUdfikGVK, http://www.playvid.com/watch/mc5zRPYrAEI,
http://www.playvid.com/watch/G9pZgDJPCeZ, http://www.playvid.com/watch/2KJYtfvwawW, http://www.playvid.com/watch/QpckaKasLva,
http://www.playvid.com/watch/QonIEdrr7u7, http://www.playvid.com/watch/-5haFA8je52, http://www.playvid.com/watch/zvTvYE0Ueu6,
http://www.playvid.com/watch/3FUhKelA3kc, http://www.playvid.com/watch/yDwrcVkIYRu, http://www.playvid.com/watch/M5OlvYdaT2V,
http://www.playvid.com/watch/wPB5dLzpqPd, http://www.playvid.com/watch/FBXSHbSmr8x, http://www.playvid.com/watch/TTPDn-M2YXB,
http://www.playvid.com/watch/iqKchFGlh6J, http://www.playvid.com/watch/S3qW9dXGC5w, http://www.playvid.com/watch/Rrg9CrcoFEE,
http://www.playvid.com/watch/3q42Wv5DMmg, http://www.playvid.com/watch/V8imjrqREc6, http://www.playvid.com/watch/gasLw8dffrO,
http://www.playvid.com/watch/AqzXQAXMrQ3, http://www.playvid.com/watch/h3QUhIHip8b, http://www.playvid.com/watch/DKTzb9V6OcR,
http://www.playvid.com/watch/SlRZLUpBfsa, http://www.playvid.com/watch/tbf4fcqZMEN, http://www.playvid.com/watch/8m95M-ltyAb,
http://www.playvid.com/watch/2m3-WCHwFLp, http://www.playvid.com/watch/VpNcaHIhSwc, http://www.playvid.com/watch/SMkJRw7nWfi,
http://www.playvid.com/watch/5KZZVP98xMb, http://www.playvid.com/watch/hJgcJ3lshwr, http://www.playvid.com/watch/gHKjn2sYtn2,
http://www.playvid.com/watch/sJZTSG2--Mr, http://www.playvid.com/watch/tNASdrUjU22, http://www.playvid.com/watch/dKOhNEtbLPI,
http://www.playvid.com/watch/8OcHw0CTmPZ, http://www.playvid.com/watch/LNkgV2877ZS, http://www.playvid.com/watch/n3BYnH8Yf4U,
http://www.playvid.com/watch/E5lN6vr7Foq, http://www.playvid.com/watch/KmeEJDGVVEZ, http://www.playvid.com/watch/2SdwmyZnX5U,
http://www.playvid.com/watch/hjjmPxSYK7U, http://www.playvid.com/watch/fShLRU09oDz, http://www.playvid.com/watch/m6eQqHypouM,
http://www.playvid.com/watch/LFOtRddspHl, http://www.playvid.com/watch/r8Q0hR8ckHB, http://www.playvid.com/watch/WqbUqMhh9Zb,
http://www.playvid.com/watch/nr6KqoeLo4T, http://www.playvid.com/watch/IB76h9xCBa4, http://www.playvid.com/watch/A-7oumx8SKE,
http://www.playvid.com/watch/FiV9ickUf2T, http://www.playvid.com/watch/QitlFiUVo7r, http://www.playvid.com/watch/kMBLSmauwHU,
http://www.playvid.com/watch/qki5XCIz0XY, http://www.playvid.com/watch/ofE5Jhs4jBu, http://www.playvid.com/watch/PeKUD0WaAVG,
http://www.playvid.com/watch/ji9kunyt5P3, http://www.playvid.com/watch/oZHd6VvetCD, http://www.playvid.com/watch/AQWIbcAXHLs,
http://www.playvid.com/watch/k0V0RcC-r7T, http://www.playvid.com/watch/fI02zUoigXs, http://www.playvid.com/watch/goUScmSfQbe,
http://www.playvid.com/watch/ptSNHubI-FZ, http://www.playvid.com/watch/ihrCnEPKqyi, http://www.playvid.com/watch/AsLNdD-JX-W,
http://www.playvid.com/watch/GTEMjZ2kQdN, http://www.playvid.com/watch/mZTMrsu7t4r, http://www.playvid.com/watch/O4DSiWOHHSD,
http://www.playvid.com/watch/SJ7uQg-bpcv, http://www.playvid.com/watch/Ze3OuKzFLFv, http://www.playvid.com/watch/ivzDDNg-LK8,
http://www.playvid.com/watch/p0hK3ZeFYt9, http://www.playvid.com/watch/0SmptuI6caS, http://www.playvid.com/watch/-WnZq9banVv,
http://www.playvid.com/watch/H54LyzhXDkV, http://www.playvid.com/watch/BxME0qk6rDu, http://www.playvid.com/watch/dFR7uAGn3x-,
http://www.playvid.com/watch/T2PihJDelJq, http://www.playvid.com/watch/eu-L7Gg9DM9, http://www.playvid.com/watch/ArCNBexUB77,
http://www.playvid.com/watch/MbgZfKFItvV, http://www.playvid.com/watch/yZaOPvehL07, http://www.playvid.com/watch/Qqqx9nURicr,
http://www.playvid.com/watch/QESooVg2pGP, http://www.playvid.com/watch/yqE63IzseS7, http://www.playvid.com/watch/8t7KEmtoAjk,
http://www.playvid.com/watch/6NKbDPBGgDP, http://www.playvid.com/watch/abKYRTffiVs, http://www.playvid.com/watch/u25OqSrJpxa,
http://www.playvid.com/watch/aGVXZCdOPtb, http://www.playvid.com/watch/0RrOn-qAxvC, http://www.playvid.com/watch/4dfdJD9CYrU,
http://www.playvid.com/watch/TS-33DJv-Lp, http://www.playvid.com/watch/aD2-lzKsLBD, http://www.playvid.com/watch/nsMZdQcGyNp,
http://www.playvid.com/watch/BntalIhJk6b, http://www.playvid.com/watch/qbDBU84dI8B, http://www.playvid.com/watch/ZbYmqJMWmEe,
http://www.playvid.com/watch/HsmROPa84Fa, http://www.playvid.com/watch/XW8G-o0keVa, http://www.playvid.com/watch/uhnJXvKKq90,
http://www.playvid.com/watch/93J8hgNZKMh, http://www.playvid.com/watch/6EZli7h4PLc, http://www.playvid.com/watch/fuLevANXUo8,
http://www.playvid.com/watch/yD0RCgixAoH, http://www.playvid.com/watch/zGsUtQzGFWi, http://www.playvid.com/watch/QSdXkuJp6pr,
http://www.playvid.com/watch/Wibxj8fzWBT, http://www.playvid.com/watch/KuKskZ4RUX0, http://www.playvid.com/watch/sj-7JD34vl0,
http://www.playvid.com/watch/WzEKXodUqWQ, http://www.playvid.com/watch/3fHLqkX6okq, http://www.playvid.com/watch/bWzexwTq-GX,
http://www.playvid.com/watch/zoeOCZCbdFU, http://www.playvid.com/watch/uaLLRQIdWX8, http://www.playvid.com/watch/FqgH5BY68GU,
http://www.playvid.com/watch/5qQVigefSCe, http://www.playvid.com/watch/uBu-WS4Lfkn, http://www.playvid.com/watch/JYzPAPCbsZk,
http://www.playvid.com/watch/aghYTrnq7Zn, http://www.playvid.com/watch/uBKrvKKHG47, http://www.playvid.com/watch/9neY67uHyzo,
http://www.playvid.com/watch/EfVpWUrP0ts, http://www.playvid.com/watch/kedgtMUeMUJ, http://www.playvid.com/watch/OpIa2Wy7CFv,
http://www.playvid.com/watch/bFBqKdsybaF, http://www.playvid.com/watch/465i0Xqeki2, http://www.playvid.com/watch/zsgF2fs0otZ,
http://www.playvid.com/watch/zku8TEjm24d, http://www.playvid.com/watch/Mjk8BG9Q3Uz, http://www.playvid.com/watch/OK4IMQdwulm,
http://www.playvid.com/watch/zwU0N7l5Np-, http://www.playvid.com/watch/PXx0tSPxM9o, http://www.playvid.com/watch/RvQONP4M-WC,
http://www.playvid.com/watch/T5C2L2OfIsu, http://www.playvid.com/watch/3JQnedJh0WQ, http://www.playvid.com/watch/gUulzO4VFir,
http://www.playvid.com/watch/JSphYWkvT0D, http://www.playvid.com/watch/gz86XXPmtM5, http://www.playvid.com/watch/QeCtRKjY6sk,
http://www.playvid.com/watch/iKzqTuyPJaO, http://www.playvid.com/watch/MpVrd3mRmXD, http://www.playvid.com/watch/2m7zgkJd7Yp,
http://www.playvid.com/watch/JZXLC0fTUul, http://www.playvid.com/watch/yjY0uVaRQtv, http://www.playvid.com/watch/wAxyrR-F466,
http://www.playvid.com/watch/bsPTnwJqCoF, http://www.playvid.com/watch/AOKroYCgVhw, http://www.playvid.com/watch/Ao0LKa4S5ur,
http://www.playvid.com/watch/J4rmo6z38nw, http://www.playvid.com/watch/fIc6xcP08pY, http://www.playvid.com/watch/iBg-uQYchLe,
http://www.playvid.com/watch/xvMsu7qp8F8, http://www.playvid.com/watch/d5HDTgzTsiK, http://www.playvid.com/watch/XB6LBo4-CxU,
http://www.playvid.com/watch/EbfVQyztrKy, http://www.playvid.com/watch/PcqzTQZ-hN9, http://www.playvid.com/watch/TFQHP9PdMig,
http://www.playvid.com/watch/LLJfnKjXTvy, http://www.playvid.com/watch/-AiovpNZCt2, http://www.playvid.com/watch/4an0tESaLTc,
http://www.playvid.com/watch/9bHhldJpG-T, http://www.playvid.com/watch/Fi0XkfxqZ7AB, http://www.playvid.com/watch/RutvvCqU4Ef,
http://www.playvid.com/watch/tBNBsaj-vXL, http://www.playvid.com/watch/hchUD8t7nz7, http://www.playvid.com/watch/66ZWg527ShD,
http://www.playvid.com/watch/aXZOuryi4Dd, http://www.playvid.com/watch/H0MpqDoS3jI, http://www.playvid.com/watch/XQDOzRFxBru,
http://www.playvid.com/watch/dAwkKWrLQZJ, http://www.playvid.com/watch/EgsDzbC4AbM, http://www.playvid.com/watch/-KC0-YpwsQN,
http://www.playvid.com/watch/53IrfdiN4wU, http://www.playvid.com/watch/Vji7-RJy9MB, http://www.playvid.com/watch/cE6pinVq3wC,
http://www.playvid.com/watch/barW9m8xbhg, http://www.playvid.com/watch/54OBw26BFnX, http://www.playvid.com/watch/VdgVC9WZUTe,
http://www.playvid.com/watch/Uz4-vLNXTOe, http://www.playvid.com/watch/--Q4wRhIPC3, http://www.playvid.com/watch/h4aCf6JwMeE,
http://www.playvid.com/watch/57VZzEOrkC-, http://www.playvid.com/watch/VXelTTwzGga, http://www.playvid.com/watch/XlMHHqz7uhK,
http://www.playvid.com/watch/d2vYtADmw2Z, http://www.playvid.com/watch/HaFn7yYQREV, http://www.playvid.com/watch/zFeD4Iro9PU,
http://www.playvid.com/watch/XsNBLErzVRG, http://www.playvid.com/watch/6EifdpSfjia, http://www.playvid.com/watch/f427shEqqyq,
http://www.playvid.com/watch/ufZBMfO-njJ, http://www.playvid.com/watch/WicaW7LfIpC, http://www.playvid.com/watch/Gln9ij0wZTR,
http://www.playvid.com/watch/9suAw6SfWaj, http://www.playvid.com/watch/Mfr3D8PX4yd, http://www.playvid.com/watch/4dWcUEtsZvI,

http://www.playvid.com/watch/QeOajQeRDdP, http://www.playvid.com/watch/SL4oZyAslBT, http://www.playvid.com/watch/lfwMSErAP8K,
http://www.playvid.com/watch/UvjSOQ8KRff, http://www.playvid.com/watch/E6X3DhU7J0L, http://www.playvid.com/watch/DYiI8Kos6ao,
http://www.playvid.com/watch/9tVwPWdhLvH, http://www.playvid.com/watch/dTRoGURkvgC, http://www.playvid.com/watch/4MGQDdtCpgr,
http://www.playvid.com/watch/AusAIIatVzV, http://www.playvid.com/watch/llKXGIEckpI, http://www.playvid.com/watch/qZHFaG0pA6w,
http://www.playvid.com/watch/TGYZsu5htfi, http://www.playvid.com/watch/AqGUtcx3XrD, http://www.playvid.com/watch/2dFJzyrJ-H-,
http://www.playvid.com/watch/8AYlZP5T9eV, http://www.playvid.com/watch/DVvPQA-NGb2, http://www.playvid.com/watch/avV7VQbLM6M,
http://www.playvid.com/watch/gMdI0CCOOuC, http://www.playvid.com/watch/UzkHscTE3Lc, http://www.playvid.com/watch/7mYC3D4rVMs,
http://www.playvid.com/watch/IDgbAAfYYM3, http://www.playvid.com/watch/3i8a2gDF-Vm, http://www.playvid.com/watch/Fob6QKFMNCq,
http://www.playvid.com/watch/nphhCYjiiP4, http://www.playvid.com/watch/iVMSVQH8iq8, http://www.playvid.com/watch/IxLdDAMjo8n,
http://www.playvid.com/watch/9mKe9gCh4kN, http://www.playvid.com/watch/qpbaz3RyS--, http://www.playvid.com/watch/DuPDviXorpI,
http://www.playvid.com/watch/uLXgKiKRu0e, http://www.playvid.com/watch/yrQu6gNhANH, http://www.playvid.com/watch/O7H5PY3OJGp,
http://www.playvid.com/watch/G8ArMd6jlvt, http://www.playvid.com/watch/mQl2jerw0V6, http://www.playvid.com/watch/LePKfQl5c4A,
http://www.playvid.com/watch/GYNMG4Mt-X0, http://www.playvid.com/watch/gsVCVnmp8Aw, http://www.playvid.com/watch/BIiTB6J0Kqa,
http://www.playvid.com/watch/wNcXYxplHvt, http://www.playvid.com/watch/lvGJ0HyNRGr, http://www.playvid.com/watch/X0fzdIgSgZC,
http://www.playvid.com/watch/tmUiAF7ErvP, http://www.playvid.com/watch/RiBVNCGyS2N, http://www.playvid.com/watch/A7wzOZIbD5z,
http://www.playvid.com/watch/o3m6qjMQ4-k, http://www.playvid.com/watch/XEjEct9WtGp, http://www.playvid.com/watch/YYt4cHyb9DR,
http://www.playvid.com/watch/3rusKR0QeCY, http://www.playvid.com/watch/DqUM6AVhJ0p, http://www.playvid.com/watch/rbENjbSM9Z8,
http://www.playvid.com/watch/46N2ntyjghu, http://www.playvid.com/watch/tZH5feEG2bX, http://www.playvid.com/watch/b6QC3YftojO,
http://www.playvid.com/watch/WnpqVmx0yuM, http://www.playvid.com/watch/k8NFdFxNUE2, http://www.playvid.com/watch/U3INBM9swUc,
http://www.playvid.com/watch/2QV29Yr02wT, http://www.playvid.com/watch/beDTxpAVhmf, http://www.playvid.com/watch/OQgfccYAutI,
http://www.playvid.com/watch/bYgG54kg5gk, http://www.playvid.com/watch/zvcV6kZBNxq, http://www.playvid.com/watch/AwvcU3UkmFe,
http://www.playvid.com/watch/h2o6ElZzTuB, http://www.playvid.com/watch/H8SBjOpiWER, http://www.playvid.com/watch/zKvW-vSqxaK,
http://www.playvid.com/watch/uCVnB5izZ33, http://www.playvid.com/watch/O3xuYLRR5v4, http://www.playvid.com/watch/uoHLT28poeU,
http://www.playvid.com/watch/mwvNXAzJ0Jt, http://www.playvid.com/watch/d6bOarlRFCU, http://www.playvid.com/watch/NcyeNebhts2,
http://www.playvid.com/watch/5deflCaBzP3, http://www.playvid.com/watch/a0UTdJXphHQ, http://www.playvid.com/watch/VIj4KuviTv9,
http://www.playvid.com/watch/HLUKlVp2l3N, http://www.playvid.com/watch/rNuZb49wEDM, http://www.playvid.com/watch/iHPeTXO4ZiO,
http://www.playvid.com/watch/WW8AaRRWWu4, http://www.playvid.com/watch/OlW8qg2SWuW, http://www.playvid.com/watch/PBow2NnykKX,
http://www.playvid.com/watch/3cpd4YI2kBD, http://www.playvid.com/watch/kcrrUSGMoRV, http://www.playvid.com/watch/5ZLL-Apsnbc,
http://www.playvid.com/watch/kmvTDIp5HE3, http://www.playvid.com/watch/hbJtDFLVxBK, http://www.playvid.com/watch/oEjQWU4bwuh,
http://www.playvid.com/watch/ZBTSDUJa37X, http://www.playvid.com/watch/6et602PzXxE, http://www.playvid.com/watch/WDvM5VkcI7F,
http://www.playvid.com/watch/8KP8s3LkfDz, http://www.playvid.com/watch/pl9XEYONTBl, http://www.playvid.com/watch/Z-o4VTCOYv7,
http://www.playvid.com/watch/k7kk6LXjICG, http://www.playvid.com/watch/c60xuqDqnGz, http://www.playvid.com/watch/iZAqI9qT4Di,
http://www.playvid.com/watch/rZGP-jv0Dgw, http://www.playvid.com/watch/xsWYUOHFstG, http://www.playvid.com/watch/Dg6W9nWeRr-,
http://www.playvid.com/watch/blPFywHxC-M, http://www.playvid.com/watch/lbsN2x8trXC, http://www.playvid.com/watch/M-bIWzf8TD6,
http://www.playvid.com/watch/XqSrWnsmz8v, http://www.playvid.com/watch/lBZH76aPM47, http://www.playvid.com/watch/ns88i8dDjds,
http://www.playvid.com/watch/SCuGdbj9RNF, http://www.playvid.com/watch/t9PHbJ0AnPK, http://www.playvid.com/watch/B3MNvFzAZvl,
http://www.playvid.com/watch/igFO-yQuYm3, http://www.playvid.com/watch/07TBRnGtYOV, http://www.playvid.com/watch/5GHMe4DmgwP,
http://www.playvid.com/watch/8vnaxOK3LUC, http://www.playvid.com/watch/BXzJDMSYY7F, http://www.playvid.com/watch/xVKSJ8c63vr,
http://www.playvid.com/watch/qqo4Hr-Ci43, http://www.playvid.com/watch/NsY2XegPzuF, http://www.playvid.com/watch/-p4y3bDa9KO,
http://www.playvid.com/watch/aw8dw0Rhgu4, http://www.playvid.com/watch/EFd0XTnEhzy, http://www.playvid.com/watch/TjDeuLTyw-C,
http://www.playvid.com/watch/xUlmv38or9X, http://www.playvid.com/watch/Qvkk79Z6PFZ, http://www.playvid.com/watch/0U5mmuJS7nY,
http://www.playvid.com/watch/UwgX0HVQhbZ, http://www.playvid.com/watch/DX9ATOkL9ow, http://www.playvid.com/watch/Z56dOOcOQTw,
http://www.playvid.com/watch/HwuOiPBy4B5, http://www.playvid.com/watch/o4OAtEq-Sew, http://www.playvid.com/watch/SqEthOtJNZP,
http://www.playvid.com/watch/on6brVRwQNF, http://www.playvid.com/watch/UCSH--sPbiE, http://www.playvid.com/watch/PDw067EYqbY,
http://www.playvid.com/watch/-P65u5F8beN, http://www.playvid.com/watch/-9qDVxKcK3m, http://www.playvid.com/watch/iYbeWXjsZZi,
http://www.playvid.com/watch/MiAxtzgv5SQ, http://www.playvid.com/watch/bhj7XakdEhh, http://www.playvid.com/watch/N2yvidAGyXb,
http://www.playvid.com/watch/6zINNt0bLGL, http://www.playvid.com/watch/RWTPApYopzm, http://www.playvid.com/watch/F43nFfmfgsN,
http://www.playvid.com/watch/E6fyth9zY-h, http://www.playvid.com/watch/FIc0cTFE9j0, http://www.playvid.com/watch/uRnelyJNwT5,
http://www.playvid.com/watch/pgdvumzXwoW, http://www.playvid.com/watch/hbtmeK5fueB, http://www.playvid.com/watch/pTRh6WTPcpl,
http://www.playvid.com/watch/ZbYbrxBs2vu, http://www.playvid.com/watch/fPIHxYPRR2s, http://www.playvid.com/watch/cPrD50pf0tK,
http://www.playvid.com/watch/zEbIMqqz5zd, http://www.playvid.com/watch/daZGab2sStV, http://www.playvid.com/watch/m8OXfRRnIt0,
http://www.playvid.com/watch/sYyNfJXGfMm, http://www.playvid.com/watch/inN9GjppBtg, http://www.playvid.com/watch/63myuwOcoPO,
http://www.playvid.com/watch/ZY0jPWKnXEb, http://www.playvid.com/watch/KJiNgCE75ei, http://www.playvid.com/watch/QKfF0E6fmi6,
http://www.playvid.com/watch/G8LaiClLgle, http://www.playvid.com/watch/amd2C8Er09d, http://www.playvid.com/watch/jR4iDZkX4dz,
http://www.playvid.com/watch/a2JCAOacX8z, http://www.playvid.com/watch/M0FQneZ0SjM, http://www.playvid.com/watch/xzClhBl4mN5,
http://www.playvid.com/watch/oN9DfDJlkFN, http://www.playvid.com/watch/zVNYktmqH9J, http://www.playvid.com/watch/NPB6fG3o98J,
http://www.playvid.com/watch/4IblyQLi9TK, http://www.playvid.com/watch/O7ElfVqlk5W, http://www.playvid.com/watch/CB3HffTVRwL,
http://www.playvid.com/watch/ScBBvNvYN4A, http://www.playvid.com/watch/xxFcyFvNRx3, http://www.playvid.com/watch/e0FZIHtDyNP,
http://www.playvid.com/watch/9EPa9S-3c2H, http://www.playvid.com/watch/5cGaENlmFen, http://www.playvid.com/watch/LLN0oDH-hIK,
http://www.playvid.com/watch/xd2WgRqR5VE, http://www.playvid.com/watch/l-fqBy6-xac, http://www.playvid.com/watch/GVDrKrarMFS,
http://www.playvid.com/watch/AS53bzOcyrM, http://www.playvid.com/watch/Z2akPY3X4ah, http://www.playvid.com/watch/n4lu425dGSZ,
http://www.playvid.com/watch/7qtBSPl9Cjv, http://www.playvid.com/watch/mNPMa3D3yZy, http://www.playvid.com/watch/boROaCXInyL,
http://www.playvid.com/watch/AK7dE2u9Ojy, http://www.playvid.com/watch/w-SrC5UbMdx, http://www.playvid.com/watch/NCs39zUXOJd,
http://www.playvid.com/watch/n5mxrTwvXXz, http://www.playvid.com/watch/m3dzVXT8yEI, http://www.playvid.com/watch/QDpsiS6HAoV,
http://www.playvid.com/watch/Coa7aBl2AEJ, http://www.playvid.com/watch/GBg-ad3WU3Z, http://www.playvid.com/watch/HuDHGgzlIkZ,
http://www.playvid.com/watch/zJLDH8wFciB, http://www.playvid.com/watch/rBAskiWsH2Z, http://www.playvid.com/watch/j58gTL5xdAi,
http://www.playvid.com/watch/IBu3zfSwlWi, http://www.playvid.com/watch/N7aUPS6R0rW, http://www.playvid.com/watch/2YlCQUTvZF-,
http://www.playvid.com/watch/bWCGux63oN2, http://www.playvid.com/watch/DPZpnr4w0O-, http://www.playvid.com/watch/E2zTvRCqmRn,
http://www.playvid.com/watch/qbbbOvuHvu4, http://www.playvid.com/watch/yI5vokF7cPm, http://www.playvid.com/watch/PTaSZeP5hZL,
http://www.playvid.com/watch/vtmzfFM0var, http://www.playvid.com/watch/rQ3Gyzv27-H, http://www.playvid.com/watch/IqOypD-tR7G,
http://www.playvid.com/watch/xS6f537loMC, http://www.playvid.com/watch/oJdIkNskMEk, http://www.playvid.com/watch/4RQnmPzzSiR,
http://www.playvid.com/watch/Q4vqUqDDWFC, http://www.playvid.com/watch/xkvzAWTHhoV, http://www.playvid.com/watch/rsnquK5sS8E,
http://www.playvid.com/watch/4NH5GhpTRbN, http://www.playvid.com/watch/JqnlhmlRIkV, http://www.playvid.com/watch/loRRhLfMsX2,
http://www.playvid.com/watch/J8AM3NyFnV6, http://www.playvid.com/watch/nP0VkIasjIU, http://www.playvid.com/watch/sBGX8a5i3FD,
http://www.playvid.com/watch/9o4RhYkw0Id, http://www.playvid.com/watch/qVIF0i7FJ45, http://www.playvid.com/watch/FGs2k4K0hR3,
http://www.playvid.com/watch/ksSCFR3z4Ru, http://www.playvid.com/watch/nJ4LW6Sd6su, http://www.playvid.com/watch/7aEY8u9wkz-,
http://www.playvid.com/watch/Q4PYPcrdjay, http://www.playvid.com/watch/NYqEwYDgvtJ, http://www.playvid.com/watch/RWUfkYnLDHp,
http://www.playvid.com/watch/ZRFKcXGgqmR, http://www.playvid.com/watch/Q5FqLIDyhUm, http://www.playvid.com/watch/CYO7G8ltnon,
http://www.playvid.com/watch/GmdDYW6z2j5, http://www.playvid.com/watch/x7Izxa6SAyT, http://www.playvid.com/watch/ZJOfbkPPGWT,
http://www.playvid.com/watch/VvNEBt-8tl6, http://www.playvid.com/watch/vvma80xsQUG, http://www.playvid.com/watch/RbIdHSTSI0u,
http://www.playvid.com/watch/5Z32gA5eOSI, http://www.playvid.com/watch/MpRi0b7UOKY, http://www.playvid.com/watch/W6gtOTAAEmB,
http://www.playvid.com/watch/2TGzVRWdUZV, http://www.playvid.com/watch/8G6YYGgSA7Q, http://www.playvid.com/watch/ZCSSGQ4JSIt,
http://www.playvid.com/watch/2PJugSjeIYa, http://www.playvid.com/watch/7M6leYelRej, http://www.playvid.com/watch/lqMyZHNBf3p,
http://www.playvid.com/watch/rlh-QgKEKws, http://www.playvid.com/watch/Nz-Ix-SyR0R, http://www.playvid.com/watch/UjHBIX5LYr8,
http://www.playvid.com/watch/XQzYGbCJXmf, http://www.playvid.com/watch/mZofzlL24Al, http://www.playvid.com/watch/mn0dJw4BU-w,
http://www.playvid.com/watch/JuRXkvUKaFL, http://www.playvid.com/watch/0Fk0VNydo58, http://www.playvid.com/watch/RrDhRfReTUW,
http://www.playvid.com/watch/UxCtZzSpvgI, http://www.playvid.com/watch/L5IU5HepYyA, http://www.playvid.com/watch/SHENJQoiwgb,
http://www.playvid.com/watch/8FJO2a3jiPN, http://www.playvid.com/watch/MSeZ7xZ472o, http://www.playvid.com/watch/BP-DMHQrbaD,
http://www.playvid.com/watch/V4o2HX9RAdA, http://www.playvid.com/watch/I45Ps0xgzmH, http://www.playvid.com/watch/StZc-Zoe6hR,
http://www.playvid.com/watch/QwM9yeRXtTZ, http://www.playvid.com/watch/e4zg-FU5nF4, http://www.playvid.com/watch/VzZyaXHO5uU,
http://www.playvid.com/watch/m0dZTh3Hq-j, http://www.playvid.com/watch/E--KY034d8P, http://www.playvid.com/watch/Lhgxj-FzdEK,
http://www.playvid.com/watch/NkeWLlYGBUN, http://www.playvid.com/watch/nitZLuCKzIb, http://www.playvid.com/watch/qJrejQTLvVy,
http://www.playvid.com/watch/xfveQtf9fVi, http://www.playvid.com/watch/IOVJwucpIez, http://www.playvid.com/watch/t5qe9F2rMsu,
http://www.playvid.com/watch/rBSM2zOyACI, http://www.playvid.com/watch/Ztj2myBzZrv, http://www.playvid.com/watch/H7YyOli5QT-,
http://www.playvid.com/watch/sqThm8vTgFM, http://www.playvid.com/watch/3MhWLRzBUa9, http://www.playvid.com/watch/TuKsinrCEOK,
http://www.playvid.com/watch/pUNfN3RhhWK, http://www.playvid.com/watch/cRXArSD-Lbm, http://www.playvid.com/watch/Z9SGdf2IsRE,

http://www.playvid.com/watch/tI8eQoRhyOF, http://www.playvid.com/watch/IFzp8Tky6jq, http://www.playvid.com/watch/8HsmIfk5xtr,
http://www.playvid.com/watch/6-u5Nat9jiN, http://www.playvid.com/watch/eABrywMMPP9, http://www.playvid.com/watch/BPEbHtz6icd,
http://www.playvid.com/watch/3c8MpPIcupK, http://www.playvid.com/watch/MVgwH9ppfB7, http://www.playvid.com/watch/i9ST6zmz-y0,
http://www.playvid.com/watch/fCIdndK8KAp, http://www.playvid.com/watch/TSZHerFHNc7, http://www.playvid.com/watch/-rPIXUXWhz8,
http://www.playvid.com/watch/IXpzf0YQkHr, http://www.playvid.com/watch/yZNM--y0cSP, http://www.playvid.com/watch/x4I6XqN-Bbi,
http://www.playvid.com/watch/ePTjh9zg3ZJ, http://www.playvid.com/watch/U3eumSWsF23, http://www.playvid.com/watch/gZgcncaEYkQ,
http://www.playvid.com/watch/vYrfB3Mn86y, http://www.playvid.com/watch/Xp2k6Q4DDq7, http://www.playvid.com/watch/Pe9OpsGeFEq,
http://www.playvid.com/watch/ls-B6tSH30F, http://www.playvid.com/watch/d03MFeIzEww, http://www.playvid.com/watch/kwRxoLJNL0r,
http://www.playvid.com/watch/fTHdaeSCL9z, http://www.playvid.com/watch/Ml6oXeoFssE, http://www.playvid.com/watch/mmh6GP9sLDi,
http://www.playvid.com/watch/pbUMjp95lO6, http://www.playvid.com/watch/OpPMTic9V67, http://www.playvid.com/watch/rbu69fxqLPw,
http://www.playvid.com/watch/GDKac0kypQR, http://www.playvid.com/watch/0SgzQFnQXxA, http://www.playvid.com/watch/-54H3KHzEWl,
http://www.playvid.com/watch/nNpH4QXdNaO, http://www.playvid.com/watch/eHzAdZJ8FBJ, http://www.playvid.com/watch/y00ILMQE9x0,
http://www.playvid.com/watch/BVD0KFKtAPX, http://www.playvid.com/watch/Jajfvn8i3fj, http://www.playvid.com/watch/kAq4NUnKM8F,
http://www.playvid.com/watch/n-PUVJ-nsQC, http://www.playvid.com/watch/Wozu0e5zykU, http://www.playvid.com/watch/z3jFyLxVDuT,
http://www.playvid.com/watch/qJXO9NYKutp, http://www.playvid.com/watch/jyULTb3EnRm, http://www.playvid.com/watch/pa3MVhJMHPX,
http://www.playvid.com/watch/liYs3tMcDQg, http://www.playvid.com/watch/mfNFhCEfTTG, http://www.playvid.com/watch/kywjGpu8kCz,
http://www.playvid.com/watch/WfI3bV9LTLm, http://www.playvid.com/watch/CmsBZMTGoUl, http://www.playvid.com/watch/QzoaSPCj34w,
http://www.playvid.com/watch/0aZHVEDVSmT, http://www.playvid.com/watch/IbA-cq34w8K, http://www.playvid.com/watch/eDhH5uxwu3H,
http://www.playvid.com/watch/OR7lpZSmsXq, http://www.playvid.com/watch/3hMwAHJ87Sh, http://www.playvid.com/watch/wZJhuZOTF5G,
http://www.playvid.com/watch/Lw5XtK6rrky
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: freecam08
5.b. Uploader's email address: freecam08@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/freecam08
5.e. List of videos posted by uploader: http://www.playvid.com/watch/F-nWLvXmJqH, http://www.playvid.com/watch/Ik6RlSxUuu8,
http://www.playvid.com/watch/FHoH2ICIAVK, http://www.playvid.com/watch/oYFwniPFvQ4, http://www.playvid.com/watch/XlkOhcj-sN-,
http://www.playvid.com/watch/xpoD4idRAeS, http://www.playvid.com/watch/NC696u25xvG, http://www.playvid.com/watch/fVxMuTrTu-B,
http://www.playvid.com/watch/tO8yFoj9s9W, http://www.playvid.com/watch/2-N-VK0JN-Z, http://www.playvid.com/watch/0Yq8P5z9Hrl,
http://www.playvid.com/watch/DkMo0eIU27a, http://www.playvid.com/watch/KFPboLXWsGn, http://www.playvid.com/watch/FdwbXTvH5NL,
http://www.playvid.com/watch/7xzSj3v7QhN, http://www.playvid.com/watch/BpUnuQXOCCC, http://www.playvid.com/watch/PY-ETIoNqTw,
http://www.playvid.com/watch/DI6HuOepILv, http://www.playvid.com/watch/-JHUxGqAPGE, http://www.playvid.com/watch/upeSi4kIiUu,
http://www.playvid.com/watch/5Owif9YQudn, http://www.playvid.com/watch/mpcmjrPIVcE, http://www.playvid.com/watch/DBGWROCrcHb,
http://www.playvid.com/watch/rPVzjsZyd9-, http://www.playvid.com/watch/S6GimRyiOKk, http://www.playvid.com/watch/HnpI-Iu-T-B,
http://www.playvid.com/watch/MXP0QbmtEaH, http://www.playvid.com/watch/0oLZH9d79fe, http://www.playvid.com/watch/zI5G2J6xnkF,
http://www.playvid.com/watch/XXnwPt7drnO, http://www.playvid.com/watch/UUK3GZIDorq, http://www.playvid.com/watch/-wspwhSPlXK,
http://www.playvid.com/watch/lzKDjEs9vw4, http://www.playvid.com/watch/phTo4UudN0c, http://www.playvid.com/watch/WZmRTrHLUNP,
http://www.playvid.com/watch/6VXTQ7C3420, http://www.playvid.com/watch/iiZOEin0gH0, http://www.playvid.com/watch/CcZnzYuQq8X,
http://www.playvid.com/watch/LDhXveOsCYy, http://www.playvid.com/watch/W2eTrakukS3, http://www.playvid.com/watch/h4CyRlmD7oB,
http://www.playvid.com/watch/IKcDYxSQ4kK, http://www.playvid.com/watch/Twr5pCHQIPU, http://www.playvid.com/watch/LkHDOE5ESyu,
http://www.playvid.com/watch/3-MCoR6tAAb, http://www.playvid.com/watch/EQqrAjY9mL5, http://www.playvid.com/watch/hrSzKSAwyTm,
http://www.playvid.com/watch/L8cNOgbSyKN, http://www.playvid.com/watch/Au433DO4nk-, http://www.playvid.com/watch/eICbCZjQ9lL,
http://www.playvid.com/watch/BDBAz56h26V, http://www.playvid.com/watch/XtWTI3GZ0PH, http://www.playvid.com/watch/PYBy36uhgoO,
http://www.playvid.com/watch/dWQp0Sb3ZcC, http://www.playvid.com/watch/39mnmLANIhj, http://www.playvid.com/watch/6k7EZtHoDW0,
http://www.playvid.com/watch/VzqGEInnHir, http://www.playvid.com/watch/vtryx19RgPC, http://www.playvid.com/watch/ul5pD091XR7,
http://www.playvid.com/watch/AClo-dzJKRJ, http://www.playvid.com/watch/VDjdJvc6eaj, http://www.playvid.com/watch/EpmsfyOpsjD,
http://www.playvid.com/watch/aZz8-gA2agj, http://www.playvid.com/watch/ASbYN6eKWoz, http://www.playvid.com/watch/oK4xMyHxW9H,
http://www.playvid.com/watch/z7-5ZdOrATb, http://www.playvid.com/watch/59t4etclYZC, http://www.playvid.com/watch/HCBG_kmy8ML,
http://www.playvid.com/watch/jhlfMM87ZDI, http://www.playvid.com/watch/tB1K8OSDPA7, http://www.playvid.com/watch/vWOPIl8Sa8f,
http://www.playvid.com/watch/KTo7w8HktKt, http://www.playvid.com/watch/rnVmDsVU0IJ, http://www.playvid.com/watch/y9RETiIoAei,
http://www.playvid.com/watch/XnLnkByehhc, http://www.playvid.com/watch/ESddqDlhsJk, http://www.playvid.com/watch/YzCAHNl0uld,
http://www.playvid.com/watch/gc33MZcjmZt, http://www.playvid.com/watch/z_DpRI1B27j, http://www.playvid.com/watch/5brMmCIuFJd,
http://www.playvid.com/watch/417Ytt7wXB3, http://www.playvid.com/watch/7Uv85HSknMp, http://www.playvid.com/watch/ptWw61hqdOC,
http://www.playvid.com/watch/YjNSCkaufgL, http://www.playvid.com/watch/3xqGjqSTSar, http://www.playvid.com/watch/l5SGozSK5mp,
http://www.playvid.com/watch/V7vDjO9IR7A, http://www.playvid.com/watch/yCIZuc8xyIc, http://www.playvid.com/watch/i3GkijWv2aB,
http://www.playvid.com/watch/eTGaJ0x49Em, http://www.playvid.com/watch/oK8f-erLY6y, http://www.playvid.com/watch/5PsC1eU2XE6,
http://www.playvid.com/watch/7vladKcqHFH, http://www.playvid.com/watch/9zB1WgfYnIt, http://www.playvid.com/watch/bxQeKTMalKO,
http://www.playvid.com/watch/K-FqSLzDzW4, http://www.playvid.com/watch/gR6ncbFjU4X, http://www.playvid.com/watch/JsXekIQLO6K,
http://www.playvid.com/watch/UTQ6N1_lFVd, http://www.playvid.com/watch/rw7GQ6YW7oo, http://www.playvid.com/watch/cti3af814aM,
http://www.playvid.com/watch/K-RLdE3I8M3, http://www.playvid.com/watch/wupMcd269XS, http://www.playvid.com/watch/dntDcR1955H,
http://www.playvid.com/watch/J1yu_xvgMoz, http://www.playvid.com/watch/0rFSgsnGBFI, http://www.playvid.com/watch/Wugv-OVakb3,
http://www.playvid.com/watch/XfaqOF5kFC4, http://www.playvid.com/watch/YQrin3RkmXG, http://www.playvid.com/watch/eQZABPsJqAD,
http://www.playvid.com/watch/6dMV7MrOjPL, http://www.playvid.com/watch/MOBID5AMSL8, http://www.playvid.com/watch/8cQPcrcN6Dr,
http://www.playvid.com/watch/7LvvHm0vVEB, http://www.playvid.com/watch/QjL4Ou-A09M, http://www.playvid.com/watch/byj7GfG96me,
http://www.playvid.com/watch/re1l6Zt0gmM, http://www.playvid.com/watch/THbYle-CekF, http://www.playvid.com/watch/qkPPUfJaxMR,
http://www.playvid.com/watch/N4KAHHr7XY7, http://www.playvid.com/watch/deDoSSeZIPt, http://www.playvid.com/watch/4fX020ySwav,
http://www.playvid.com/watch/sGS9nZ9ZQK3, http://www.playvid.com/watch/I8RemrhSKqU, http://www.playvid.com/watch/x4y8lZhpqG4,
http://www.playvid.com/watch/R9QJg3tgN6X, http://www.playvid.com/watch/9I4T8Bkei-Y, http://www.playvid.com/watch/JjevvCCwsLL,
http://www.playvid.com/watch/L3Xa8q_xmwu, http://www.playvid.com/watch/AR47ADDAXzt, http://www.playvid.com/watch/o1UEXSjCnPD,
http://www.playvid.com/watch/kuHcYQ4jjCA, http://www.playvid.com/watch/0-P7mYFdkRd, http://www.playvid.com/watch/GD-FMMYiaEk,
http://www.playvid.com/watch/ch9Q-KB31s9, http://www.playvid.com/watch/LPnHPOFxDGo, http://www.playvid.com/watch/DfUWOInhSug,
http://www.playvid.com/watch/le-Ya8ENAqM, http://www.playvid.com/watch/CJd424nFGn4, http://www.playvid.com/watch/YgEn3OmBj18,
http://www.playvid.com/watch/Ws6zyUkWzMe, http://www.playvid.com/watch/geY0-KNDKKh, http://www.playvid.com/watch/oZNodr16DL0,
http://www.playvid.com/watch/t_riaCWAhIW, http://www.playvid.com/watch/fCIN2j6Bh6x, http://www.playvid.com/watch/3tPLg5CPmTf,
http://www.playvid.com/watch/0w5TP1IL1Q8, http://www.playvid.com/watch/TjbawSC5uFz, http://www.playvid.com/watch/PUisSypnCjv,
http://www.playvid.com/watch/LZaObYukjrJ, http://www.playvid.com/watch/g12swW8jZjs, http://www.playvid.com/watch/kKAqtny13j2,
http://www.playvid.com/watch/TOhPhNsRjEs, http://www.playvid.com/watch/EeYZfax6AfR, http://www.playvid.com/watch/9am9Ng7xpOB,
http://www.playvid.com/watch/6oBwug-r6Eb, http://www.playvid.com/watch/JGSCnKuYW_h, http://www.playvid.com/watch/qt9bBG97q_I,
http://www.playvid.com/watch/TdxT0hZMUQK, http://www.playvid.com/watch/ZGhraTPxCBd, http://www.playvid.com/watch/xIL7I11Wywh,
http://www.playvid.com/watch/NS2H4V1jszv, http://www.playvid.com/watch/pP7dRHffEqy, http://www.playvid.com/watch/QlMj5kn_5hU,
http://www.playvid.com/watch/bYRsukJ08Be, http://www.playvid.com/watch/0FYRd2b3u8n, http://www.playvid.com/watch/qu_fkWqcNB6,
http://www.playvid.com/watch/LubyN10F6yk, http://www.playvid.com/watch/HMsxjvLI9eV, http://www.playvid.com/watch/QlyRz1e-u2g,
http://www.playvid.com/watch/rYzBZNsnJFN, http://www.playvid.com/watch/DkXZ0gosFwc, http://www.playvid.com/watch/dMsjEdGSk_0,
http://www.playvid.com/watch/vxYjWiN94Ij, http://www.playvid.com/watch/jZuafSVAYl4, http://www.playvid.com/watch/nDuu9p7JUbT,
http://www.playvid.com/watch/22DrPWV0xA0, http://www.playvid.com/watch/JBtSmt8RBP0, http://www.playvid.com/watch/HVZuypxtEyc,
http://www.playvid.com/watch/x4f4y2NEVlc, http://www.playvid.com/watch/dGgUSToaroB, http://www.playvid.com/watch/XPFRT_hPC2u,
http://www.playvid.com/watch/ezcl8lYhyFY, http://www.playvid.com/watch/GL2RAw2xdkk, http://www.playvid.com/watch/3gL2y5aERgz,
http://www.playvid.com/watch/kB9JEwPtWXv, http://www.playvid.com/watch/xczmCi3uuxX, http://www.playvid.com/watch/xo6w4LFu3Je,
http://www.playvid.com/watch/CXuw8CP9ZTL, http://www.playvid.com/watch/wRSwEjaWMTh, http://www.playvid.com/watch/suMm7We8QdV,
http://www.playvid.com/watch/t5IXelDe-EU, http://www.playvid.com/watch/doIu-jTzVJx, http://www.playvid.com/watch/HIgPw4nVWs6,
http://www.playvid.com/watch/50pcmteNG3f, http://www.playvid.com/watch/NGzdYz92ntT, http://www.playvid.com/watch/XEJZPq66gDZ,
http://www.playvid.com/watch/z7HN7PoGbcB, http://www.playvid.com/watch/FCp3QGnqzPS, http://www.playvid.com/watch/5obLB-vazU7,
http://www.playvid.com/watch/mFhtzppmQ4A, http://www.playvid.com/watch/xqwNxlRF5U6, http://www.playvid.com/watch/nitZfuXV8ij,
http://www.playvid.com/watch/flw-d7WNIRN, http://www.playvid.com/watch/3hWRaat2iR2, http://www.playvid.com/watch/z6pbTSGGR1o,
http://www.playvid.com/watch/qIMqXAj4gPw, http://www.playvid.com/watch/wXMffg_qIyt, http://www.playvid.com/watch/oDY_kyxhwQ0,

http://www.playvid.com/watch/uf0TOv0o-V9, http://www.playvid.com/watch/GY05l8JN53i, http://www.playvid.com/watch/o4ovwGpC3aD, http://www.playvid.com/watch/eJqpBa3SnsF, http://www.playvid.com/watch/9d-Y_4AZqu9, http://www.playvid.com/watch/cIPDtwoABUW, http://www.playvid.com/watch/54wyO4QJzVG, http://www.playvid.com/watch/NnElMbZCx-T, http://www.playvid.com/watch/GfMtKWaV45g, http://www.playvid.com/watch/x8piYG35NCf, http://www.playvid.com/watch/3PJdYEnwOZs, http://www.playvid.com/watch/XxUNVHIu7zg, http://www.playvid.com/watch/8kBsQWUnfWC, http://www.playvid.com/watch/HYzKrhJuuOs, http://www.playvid.com/watch/gtBkkD8W9_t, http://www.playvid.com/watch/s-ggtxmbXZh, http://www.playvid.com/watch/4mJ2e_dfhOa, http://www.playvid.com/watch/iFdSBVMP_QZ, http://www.playvid.com/watch/ZHlYQDW6jQ6, http://www.playvid.com/watch/jdg5uB9UB6k, http://www.playvid.com/watch/rDzZK0SUX3A, http://www.playvid.com/watch/OekwBIgvGlJ, http://www.playvid.com/watch/l1XOA27u-hd, http://www.playvid.com/watch/IRky5zFIT6r, http://www.playvid.com/watch/EISLRBMIKv9, http://www.playvid.com/watch/xMTzP1-j5-Y, http://www.playvid.com/watch/sDNYD1xqco9, http://www.playvid.com/watch/92dVMSRgsXy, http://www.playvid.com/watch/Xv5CIQfN0SO, http://www.playvid.com/watch/gCZt1gDM_kj, http://www.playvid.com/watch/3gwQjoQiH4i, http://www.playvid.com/watch/7Pv6NcFJDp0, http://www.playvid.com/watch/7j2t_rOo5ju, http://www.playvid.com/watch/y7d3Ino_x95, http://www.playvid.com/watch/4ExyYXhJ0DJ, http://www.playvid.com/watch/fK10fmtlGHy, http://www.playvid.com/watch/dnChUAAk59s, http://www.playvid.com/watch/2d8yj56AY78, http://www.playvid.com/watch/jLoLHtC8Iyh, http://www.playvid.com/watch/nBG6sXkM-di, http://www.playvid.com/watch/JzgbcSSz390, http://www.playvid.com/watch/bsNVfOYYs2s, http://www.playvid.com/watch/obnV-4YFCZi, http://www.playvid.com/watch/zL1IKEiGIrq, http://www.playvid.com/watch/fr4js3MLUoB, http://www.playvid.com/watch/SXAejetToZH, http://www.playvid.com/watch/9FcBxZ-RzmK, http://www.playvid.com/watch/csV5XMpWOnM, http://www.playvid.com/watch/BlcjeETf6IY, http://www.playvid.com/watch/jlB2tDu0CWy, http://www.playvid.com/watch/6-UtvekDD1v, http://www.playvid.com/watch/nNpuPQwSJ8R, http://www.playvid.com/watch/MaT3cx8rTZG, http://www.playvid.com/watch/w2sx5wWwn4o, http://www.playvid.com/watch/LZZ7GXjG89A, http://www.playvid.com/watch/V8mKDBwTkuV, http://www.playvid.com/watch/x-TCpBbpDUd, http://www.playvid.com/watch/z8Lh_SXAXAt, http://www.playvid.com/watch/leundHxv0Z0, http://www.playvid.com/watch/rhBy1Umxlsg, http://www.playvid.com/watch/OApaydWewKA, http://www.playvid.com/watch/2Ljo0E9nR7B, http://www.playvid.com/watch/tRB13wNS7fh, http://www.playvid.com/watch/wDJPtZIF4bk, http://www.playvid.com/watch/UbO8YqfS7eG, http://www.playvid.com/watch/bBTopIjPuYk, http://www.playvid.com/watch/RPb4sVJGSky, http://www.playvid.com/watch/5TCSF5NwM5Q, http://www.playvid.com/watch/a0VPyJI-HVZ, http://www.playvid.com/watch/LZW2bkbfMzY, http://www.playvid.com/watch/uvtqzndS26M, http://www.playvid.com/watch/eCt-5OHhuZS, http://www.playvid.com/watch/6zxiVa13aty, http://www.playvid.com/watch/WTnnQ61iXuM, http://www.playvid.com/watch/WbPglVbqxEz, http://www.playvid.com/watch/g42b5dktC5A, http://www.playvid.com/watch/X0vjPYXMjL2, http://www.playvid.com/watch/mQUli4cC4WL, http://www.playvid.com/watch/xylnAcRYCqG, http://www.playvid.com/watch/IHR0ze1Yjri, http://www.playvid.com/watch/9KRcN_3orpU, http://www.playvid.com/watch/5jyGim7DmZm, http://www.playvid.com/watch/dRiebmo0Kxg, http://www.playvid.com/watch/piu8hvh--u2, http://www.playvid.com/watch/CDj0HZhOKe7, http://www.playvid.com/watch/GXfUGfw1jm5, http://www.playvid.com/watch/7C6ufF5yusW, http://www.playvid.com/watch/xlSp7cNRMYj, http://www.playvid.com/watch/XTj5vubmXx6, http://www.playvid.com/watch/tUEzzXDBum7, http://www.playvid.com/watch/hKqK88my2oG, http://www.playvid.com/watch/ufPHvK0M7Cn, http://www.playvid.com/watch/3fDX9luDzeE, http://www.playvid.com/watch/hhCiuBzhQD2, http://www.playvid.com/watch/UlzLx9vLCV0, http://www.playvid.com/watch/l39jsw7KKod, http://www.playvid.com/watch/k2OWM2SZqWD, http://www.playvid.com/watch/yx0L-K1uVfn, http://www.playvid.com/watch/QaurlZAAU4g, http://www.playvid.com/watch/8ncnXAWW3jY, http://www.playvid.com/watch/iTFsp6NGOrg, http://www.playvid.com/watch/c8G8-qEZ-sF, http://www.playvid.com/watch/RQI7sho6a3a, http://www.playvid.com/watch/PXDnRGEpGt4, http://www.playvid.com/watch/67lMzF8yU0B, http://www.playvid.com/watch/DkPuRYDUZXs
5.f. Date of third notice: 2014-03-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: freedance
5.b. Uploader's email address: abotuulnii@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/freedance
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ObbQIuonQ_f, http://www.playvid.com/watch/Yeq5iYFOrVp, http://www.playvid.com/watch/vEAB2lUwNw2, http://www.playvid.com/watch/oU1_65Yj2l4, http://www.playvid.com/watch/9kCsWHBqXrC, http://www.playvid.com/watch/N-R0lxGO0Ua, http://www.playvid.com/watch/d3k2a2X2vTg, http://www.playvid.com/watch/ykskouDRveB, http://www.playvid.com/watch/g2y1oTSLaVr, http://www.playvid.com/watch/wMjslvwexMw, http://www.playvid.com/watch/6zAFqEpJXXN, http://www.playvid.com/watch/ZzRBYqP78Hl, http://www.playvid.com/watch/KkAR1g8zJo2, http://www.playvid.com/watch/HHFY08tj_uu, http://www.playvid.com/watch/3SGT4plQUmw, http://www.playvid.com/watch/XojG7pq8nS7, http://www.playvid.com/watch/A59PfOiVIkk, http://www.playvid.com/watch/rXDgc8cxigN, http://www.playvid.com/watch/9pkgcmVIR_j, http://www.playvid.com/watch/UZnVWb9aBkg, http://www.playvid.com/watch/53qpCCiIVPs, http://www.playvid.com/watch/v0vK0eNvNtE, http://www.playvid.com/watch/uZFqOf9-0JG, http://www.playvid.com/watch/pf8ntBvUEkW, http://www.playvid.com/watch/MWvUsXjBH_I, http://www.playvid.com/watch/7XsL1108007, http://www.playvid.com/watch/qSl_RZoeMQl, http://www.playvid.com/watch/7ypp6feJO0l, http://www.playvid.com/watch/9vYU3lFtT9M, http://www.playvid.com/watch/zR_yCUlOAu8, http://www.playvid.com/watch/I2vv1wpuTyH, http://www.playvid.com/watch/91tmkgmaiiG, http://www.playvid.com/watch/Q6XbJ6ReF7d, http://www.playvid.com/watch/eaa706ZODl6, http://www.playvid.com/watch/VDuj35wX9V4, http://www.playvid.com/watch/hXaBCYlxICr, http://www.playvid.com/watch/SabMK3my9e2, http://www.playvid.com/watch/Rk3z170joRo, http://www.playvid.com/watch/mM3adpFsZty, http://www.playvid.com/watch/VNq8Kn9FfU9, http://www.playvid.com/watch/nJWhL6WdYnZ, http://www.playvid.com/watch/2Z5kffpzgjY, http://www.playvid.com/watch/aEJsgS8gz8L, http://www.playvid.com/watch/PSjwzzWXs2p, http://www.playvid.com/watch/Q697BNhf1UA, http://www.playvid.com/watch/K6jc_DaxBfi, http://www.playvid.com/watch/emiLqW6Bq-y, http://www.playvid.com/watch/0b0DTeDGKZL, http://www.playvid.com/watch/oBmatMiVnSG, http://www.playvid.com/watch/BZhwi7WjyZR, http://www.playvid.com/watch/rxPl0-syJkb, http://www.playvid.com/watch/RFZiHiO7MmP, http://www.playvid.com/watch/me7_6ldfQ0Z, http://www.playvid.com/watch/aIFxrnUqS-b, http://www.playvid.com/watch/UhhI_sbNLz3, http://www.playvid.com/watch/uJBiB5isfa4, http://www.playvid.com/watch/tZazojqr0Ad, http://www.playvid.com/watch/XHPNIyH7Yr9, http://www.playvid.com/watch/zVI5mIFs1gm, http://www.playvid.com/watch/E9L7H6yHyHq, http://www.playvid.com/watch/rirJLuxK4_v, http://www.playvid.com/watch/GCt-CpVijAR, http://www.playvid.com/watch/X1opxKirHPr, http://www.playvid.com/watch/nZ4sj6vy0Xd, http://www.playvid.com/watch/ctqtV9YcP67, http://www.playvid.com/watch/IHRWVQJdSm5, http://www.playvid.com/watch/RGHmmjRqHTb, http://www.playvid.com/watch/nqZF3qrf6gp, http://www.playvid.com/watch/YJyzCOVQFKZ, http://www.playvid.com/watch/4f9OsCcCeP9, http://www.playvid.com/watch/FdU4ZIcJngU, http://www.playvid.com/watch/uLzkL_07DRu, http://www.playvid.com/watch/WTGzaYZGJM3, http://www.playvid.com/watch/N96OnPI3fbT, http://www.playvid.com/watch/WW2vzE4zMR5, http://www.playvid.com/watch/LVQxsR03q9M, http://www.playvid.com/watch/mceK6qe6ADU, http://www.playvid.com/watch/AcRclOWpVWg, http://www.playvid.com/watch/5rCSn1msPVz, http://www.playvid.com/watch/LJOC2BGfOeI, http://www.playvid.com/watch/cv9AZd-mp96, http://www.playvid.com/watch/cS9dO3KkOJS, http://www.playvid.com/watch/RNuh7hC_CuG, http://www.playvid.com/watch/MFMkZfcf897, http://www.playvid.com/watch/E6502LYZJzX, http://www.playvid.com/watch/fP4uuRKq0km, http://www.playvid.com/watch/UTQWTnZx_fY, http://www.playvid.com/watch/n_Iw-0oU1oG, http://www.playvid.com/watch/qfKH67o34LC, http://www.playvid.com/watch/FCDuDsC1gmZ, http://www.playvid.com/watch/MPCHTyoq2SA, http://www.playvid.com/watch/lfZWbr1nofh, http://www.playvid.com/watch/tCVnwsBnBRM, http://www.playvid.com/watch/bLCY0NulQAB, http://www.playvid.com/watch/ciMPORfc8jn, http://www.playvid.com/watch/Zv6ogZ7z_dB, http://www.playvid.com/watch/pSI5UP7y8zx, http://www.playvid.com/watch/QctJ-zDq4uG, http://www.playvid.com/watch/W05Vxd1rSUu, http://www.playvid.com/watch/R5aboBaRL4P, http://www.playvid.com/watch/CxhgIsWq-jw, http://www.playvid.com/watch/7bIWUP5I98K, http://www.playvid.com/watch/2CM9P45mMnF, http://www.playvid.com/watch/3P007c8Kl5R, http://www.playvid.com/watch/5sBSsPT0aU5, http://www.playvid.com/watch/MJvsjIADZ7r, http://www.playvid.com/watch/ZyOuFqNDoaS, http://www.playvid.com/watch/Tg_7EvXgnrO, http://www.playvid.com/watch/p1Fh19C01xO, http://www.playvid.com/watch/i8CKX-AHLui, http://www.playvid.com/watch/VvmGYZz9HNs, http://www.playvid.com/watch/NFPNjiGdO2D, http://www.playvid.com/watch/ucQb7RfPc63, http://www.playvid.com/watch/SXkcdJoi1vO, http://www.playvid.com/watch/o5DH1qrX3Vo, http://www.playvid.com/watch/GggqRm1tfcl, http://www.playvid.com/watch/HDuXsryMhEX, http://www.playvid.com/watch/NyKNlTKYGbi, http://www.playvid.com/watch/DeOXetrUZDo, http://www.playvid.com/watch/FB5TKVJ5TOV, http://www.playvid.com/watch/kyJ7omTuUbX, http://www.playvid.com/watch/U8zPsf_8YAL, http://www.playvid.com/watch/Puw2Bc3slNn, http://www.playvid.com/watch/OteNlB06CmL, http://www.playvid.com/watch/E9hcYR8oWs8, http://www.playvid.com/watch/sUAzlohKiyK, http://www.playvid.com/watch/C1xQb2uW0IV, http://www.playvid.com/watch/LN62q5DHpCP, http://www.playvid.com/watch/L_Dxq28zpOh, http://www.playvid.com/watch/mMQM1tUl338, http://www.playvid.com/watch/J4Vc0rjWGAz, http://www.playvid.com/watch/BCHvAAXgT2D, http://www.playvid.com/watch/jx4pgSPXuhU, http://www.playvid.com/watch/oLhrGffG4kp, http://www.playvid.com/watch/MEPhS3HtIv6, http://www.playvid.com/watch/HFsplB2ylyl, http://www.playvid.com/watch/7GE0WWJ-oks, http://www.playvid.com/watch/wfU0atxSU-7, http://www.playvid.com/watch/7SCCeIZ7YOn, http://www.playvid.com/watch/Y3zGr9njhvY, http://www.playvid.com/watch/9PxaZcuxlcJ, http://www.playvid.com/watch/kteTFxqhu-x, http://www.playvid.com/watch/ctgzL5OIDps, http://www.playvid.com/watch/5hXUqksqDmq, http://www.playvid.com/watch/lUn6sBi1R9i, http://www.playvid.com/watch/uAzxCa-2U6W, http://www.playvid.com/watch/DUn-LZ56AD7, http://www.playvid.com/watch/qdHT5dgXnfA, http://www.playvid.com/watch/OPIMJXMhOen, http://www.playvid.com/watch/K3c-XTMz0wZ, http://www.playvid.com/watch/MKK4d1djZoj, http://www.playvid.com/watch/X2hKGg4mrUX, http://www.playvid.com/watch/pOv-1q_IRUx, http://www.playvid.com/watch/eWYu86WVwIc, http://www.playvid.com/watch/YptSev2ljtJ, http://www.playvid.com/watch/VwEjuaR30aI, http://www.playvid.com/watch/Uj-ydh-aa6c, http://www.playvid.com/watch/Eugn4hclScU, http://www.playvid.com/watch/29eGminCasz, http://www.playvid.com/watch/CO2iItHNu9B, http://www.playvid.com/watch/byPj4AxF3p8,

http://www.playvid.com/watch/Xr_zO_GPCYb, http://www.playvid.com/watch/7mc3ElfDXNH, http://www.playvid.com/watch/uuU5mioEWve, http://www.playvid.com/watch/08hyu_TfpKV, http://www.playvid.com/watch/5jnKdhXXCv6, http://www.playvid.com/watch/WWxzJG_qORA, http://www.playvid.com/watch/TtUtBflE6ll, http://www.playvid.com/watch/hVLdKIPWD9A, http://www.playvid.com/watch/k1LVMvfuUMG, http://www.playvid.com/watch/nerGBNA00QY, http://www.playvid.com/watch/BIR7voWpzwu, http://www.playvid.com/watch/JspEffvFU4s, http://www.playvid.com/watch/G_evMe1ifyO, http://www.playvid.com/watch/yk7hz8up3hc, http://www.playvid.com/watch/okOhU3uruji, http://www.playvid.com/watch/eBLA_MIhdjW, http://www.playvid.com/watch/9bp_GDzXlDp, http://www.playvid.com/watch/34Pb6It-Smw, http://www.playvid.com/watch/AU0uV_eFNtK, http://www.playvid.com/watch/Ls5bFmbnGPO, http://www.playvid.com/watch/OEn4254b9vM, http://www.playvid.com/watch/pjoAzCGLokV, http://www.playvid.com/watch/uwbVornrKlA, http://www.playvid.com/watch/eVmMCytAMQy, http://www.playvid.com/watch/ShfUKPcYwfl, http://www.playvid.com/watch/iWl44KY9OKB, http://www.playvid.com/watch/XolWUCKeBXV, http://www.playvid.com/watch/47IVsm30-HI, http://www.playvid.com/watch/kCpYie0D7P2, http://www.playvid.com/watch/87-GB-_Zebj, http://www.playvid.com/watch/LQ-W5chgDhT, http://www.playvid.com/watch/Xr9dqHLYTJB, http://www.playvid.com/watch/QzV6vJ74uHE, http://www.playvid.com/watch/uDOUjE4E86S, http://www.playvid.com/watch/tCE0Zch_0yb, http://www.playvid.com/watch/KzLrurxjqLg, http://www.playvid.com/watch/gIxd4AF7I3B, http://www.playvid.com/watch/jaJ8he1TdNx, http://www.playvid.com/watch/zq5jgo31GmK, http://www.playvid.com/watch/JnBe-0RwGiy, http://www.playvid.com/watch/nHoxpB-YhUG, http://www.playvid.com/watch/tKZEvIhXhKp, http://www.playvid.com/watch/7g2I-3lIgTX, http://www.playvid.com/watch/l4bttyEPBll, http://www.playvid.com/watch/Jyo5sZEpii8, http://www.playvid.com/watch/9TGWsbL9jR7, http://www.playvid.com/watch/GtkqNryPQfi, http://www.playvid.com/watch/djX8_PlswBP, http://www.playvid.com/watch/yd_qB8cjZvX, http://www.playvid.com/watch/hFw9y2l98zn, http://www.playvid.com/watch/Ql10FbRH8KJ, http://www.playvid.com/watch/B_au2q1p4FQ, http://www.playvid.com/watch/2N5X42MJbn4, http://www.playvid.com/watch/N5psQuFPrZw, http://www.playvid.com/watch/NMlUdb71DGS, http://www.playvid.com/watch/6Xn31VnWRfz, http://www.playvid.com/watch/7E5tsAKzEZe, http://www.playvid.com/watch/w0z1OlMs9C4, http://www.playvid.com/watch/fWa0mG3pZKo, http://www.playvid.com/watch/EKQAmuUltS0, http://www.playvid.com/watch/IgcfSazYF_5, http://www.playvid.com/watch/nVymFyiXy6G, http://www.playvid.com/watch/gHd5lqr_-Xc, http://www.playvid.com/watch/rtIFdcvOSc5, http://www.playvid.com/watch/nmjeMdYKCmj, http://www.playvid.com/watch/eLNATWLTdRH, http://www.playvid.com/watch/eCYg4mmw96G, http://www.playvid.com/watch/4WuQgEMIFt3, http://www.playvid.com/watch/3_h83WUaD_5, http://www.playvid.com/watch/4CTX-iqQ266, http://www.playvid.com/watch/yAhh0cXEF7i, http://www.playvid.com/watch/DCPzxZxEpxJ, http://www.playvid.com/watch/cEoPwhgdvaG, http://www.playvid.com/watch/mT6lx-FRpRV, http://www.playvid.com/watch/jGdCpvcsp_9, http://www.playvid.com/watch/JEGo0JVrpaC, http://www.playvid.com/watch/p1dH2y2cWvm, http://www.playvid.com/watch/T_AVHgpio_e, http://www.playvid.com/watch/AHhwspvIrpH, http://www.playvid.com/watch/YFIqx3nHV8Q, http://www.playvid.com/watch/c2YoOxgY2bo, http://www.playvid.com/watch/rOaNa4ksK99, http://www.playvid.com/watch/OfsYZyppS2Y, http://www.playvid.com/watch/S2DJYjn5uiu, http://www.playvid.com/watch/0DvAGc7tJhw, http://www.playvid.com/watch/qoSlrHoVpni, http://www.playvid.com/watch/HmeBlmKEumB, http://www.playvid.com/watch/MHwlOyhi0Ah, http://www.playvid.com/watch/c0SwTQrNcJ7, http://www.playvid.com/watch/rp-_qiOv0cI, http://www.playvid.com/watch/Nra6Wm9m127, http://www.playvid.com/watch/gXQzkoUcayF, http://www.playvid.com/watch/TaTsHRizF6u, http://www.playvid.com/watch/cC25klKAo8g, http://www.playvid.com/watch/ibxNmGhsW-5, http://www.playvid.com/watch/j317maOZeUe, http://www.playvid.com/watch/slznshUDwmV, http://www.playvid.com/watch/hfVRJIt2Zoy, http://www.playvid.com/watch/nE9b41jXm5u, http://www.playvid.com/watch/j8h1bfvG2qH, http://www.playvid.com/watch/KSQpRmButOB, http://www.playvid.com/watch/arhXVRtdkGX, http://www.playvid.com/watch/ewGoZ--od2J, http://www.playvid.com/watch/y6oiy9ARRwt, http://www.playvid.com/watch/m0QtFyQHgtm, http://www.playvid.com/watch/6XPk1DdBCKu, http://www.playvid.com/watch/nEeoaW0YER8, http://www.playvid.com/watch/cc5my0UnEMn, http://www.playvid.com/watch/F8PgR2wd483, http://www.playvid.com/watch/OPJHzxjWblk, http://www.playvid.com/watch/vBXR3zwrFWm, http://www.playvid.com/watch/b7tn_KlE8Rl, http://www.playvid.com/watch/AOk6XIaX8ft, http://www.playvid.com/watch/Rr02XdRkdkl, http://www.playvid.com/watch/YDCOHU4wcUz, http://www.playvid.com/watch/i-efpn0nJAC, http://www.playvid.com/watch/IRSTz3IWgJp, http://www.playvid.com/watch/o7Nxd79wjmV, http://www.playvid.com/watch/kg4KwbZSaa0, http://www.playvid.com/watch/JHUFp8Z6vch, http://www.playvid.com/watch/ufWBatXClLy, http://www.playvid.com/watch/019yZppnmkK, http://www.playvid.com/watch/R91hX6rN2zF, http://www.playvid.com/watch/4CGpBo5NQlg, http://www.playvid.com/watch/y-cDGo6plEx, http://www.playvid.com/watch/7dTjmgLl_7m, http://www.playvid.com/watch/jle2X58hVai, http://www.playvid.com/watch/QLHfgZa798A, http://www.playvid.com/watch/zlG4Qr54_TS, http://www.playvid.com/watch/k6fWU731qyA, http://www.playvid.com/watch/pJlQutZwDbD, http://www.playvid.com/watch/LNpimyLVpzn
5.f. Date of third notice: 2015-10-06 00:49:30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: freemaverick
5.b. Uploader's email address: giefok@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/freemaverick
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XQKzttE6Mzd, http://www.playvid.com/watch/NGQYFx0VE8r, http://www.playvid.com/watch/EzzhsNe75FV, http://www.playvid.com/watch/c0SE6XbrEZI, http://www.playvid.com/watch/kHywyzSW2tA, http://www.playvid.com/watch/9esFqTVNzkd, http://www.playvid.com/watch/q2xke43-o2i, http://www.playvid.com/watch/igldluxyH3s, http://www.playvid.com/watch/Fkgj-wdrEW5, http://www.playvid.com/watch/S6Opcf95QC9, http://www.playvid.com/watch/KMOETbOMett, http://www.playvid.com/watch/og3US3nCyGc, http://www.playvid.com/watch/XjpAJiq8Gl8
5.f. Date of third notice: 2014-06-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: freido
5.b. Uploader's email address: ferrefreid@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/freido
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YEnIMAr2DuZ, http://www.playvid.com/watch/M8LdDu5qSHa, http://www.playvid.com/watch/8oL6jocTzlp, http://www.playvid.com/watch/vgc3fvHSG3Y, http://www.playvid.com/watch/2W6tbZZnwoF, http://www.playvid.com/watch/pZtx2v0EHUs, http://www.playvid.com/watch/5pjWgMUDVMb, http://www.playvid.com/watch/LLyfydfm4J7, http://www.playvid.com/watch/LkBm0I6QhL5, http://www.playvid.com/watch/FWzEmdmHCs5, http://www.playvid.com/watch/z00n-ZuzgAK, http://www.playvid.com/watch/OxQNMmYHnHK, http://www.playvid.com/watch/mQZEaXDJ3CQ, http://www.playvid.com/watch/JUUYLa2mtYo, http://www.playvid.com/watch/ECyrXbdrenH, http://www.playvid.com/watch/STHZq8Qjd-g, http://www.playvid.com/watch/ZERAFgI2ZnK, http://www.playvid.com/watch/PL8atc70jyY, http://www.playvid.com/watch/NLWiNbo8JMm, http://www.playvid.com/watch/KshWrVfAnh8, http://www.playvid.com/watch/kr0uig47vE0, http://www.playvid.com/watch/eiEdj2yX6a7, http://www.playvid.com/watch/XLjSUPF0hGv, http://www.playvid.com/watch/iK9ueoInllq, http://www.playvid.com/watch/qlAVQ4LLhSF, http://www.playvid.com/watch/epQ-hI4PzZc, http://www.playvid.com/watch/9qLDnR4lSxV, http://www.playvid.com/watch/-ppYYZRTlyW, http://www.playvid.com/watch/eFArvTJWp2B, http://www.playvid.com/watch/eawMr0SKJhE, http://www.playvid.com/watch/aoLbwGClSXL, http://www.playvid.com/watch/LtReBWBFnfY, http://www.playvid.com/watch/LFn7lHhUQe7, http://www.playvid.com/watch/c2GOCejFTZA, http://www.playvid.com/watch/Vgipv5hMJA9, http://www.playvid.com/watch/fVyZfyPTAJ7, http://www.playvid.com/watch/b-q8On076Dx, http://www.playvid.com/watch/B-HMHtvaZVb, http://www.playvid.com/watch/mpymR9sXq8J, http://www.playvid.com/watch/l-0IHdI7kYQ, http://www.playvid.com/watch/QiAzK-vt3Zd, http://www.playvid.com/watch/pX4zfrT7gax, http://www.playvid.com/watch/asyTQHJ2eTj, http://www.playvid.com/watch/CN9rLFYK9hA, http://www.playvid.com/watch/AUZragRj4t3, http://www.playvid.com/watch/RgioyNII8HF, http://www.playvid.com/watch/4dyOkpgJtq8, http://www.playvid.com/watch/J45-8Q3rvrF, http://www.playvid.com/watch/MHGoYpkL7ik, http://www.playvid.com/watch/TJD2gV-Kpcz, http://www.playvid.com/watch/d6Co3vvvHWu, http://www.playvid.com/watch/I-0yPLM0rQa, http://www.playvid.com/watch/4vFplfhJFjw, http://www.playvid.com/watch/8q4MzlOcJzq, http://www.playvid.com/watch/gY532pLChSd, http://www.playvid.com/watch/xAIcmTEJpnd, http://www.playvid.com/watch/GDVkQx-Wjr5, http://www.playvid.com/watch/tFAy95PSS0t, http://www.playvid.com/watch/xSW6QXQht8H, http://www.playvid.com/watch/TJYrjg0GOgY, http://www.playvid.com/watch/jTua9gdC-rR, http://www.playvid.com/watch/5BQIsnb8u03, http://www.playvid.com/watch/JDxGzouQr9I, http://www.playvid.com/watch/a3H4MqvR0kH, http://www.playvid.com/watch/KsntpfLf5Hx, http://www.playvid.com/watch/-x27Nw6u9aC, http://www.playvid.com/watch/kdsqMxrZJi9, http://www.playvid.com/watch/2sjnwvmStgZ, http://www.playvid.com/watch/JxiNAMMLwQz, http://www.playvid.com/watch/oyO-i8nJXAW, http://www.playvid.com/watch/vEEohHfFPav, http://www.playvid.com/watch/cd-L2YAuCix, http://www.playvid.com/watch/fZPqwSiKdMU, http://www.playvid.com/watch/SmVctORpYxV, http://www.playvid.com/watch/z9RVBkjB-zr, http://www.playvid.com/watch/3gG3KKHrKKB, http://www.playvid.com/watch/pIyMHBqBJBK, http://www.playvid.com/watch/ve8zS2DS7fI, http://www.playvid.com/watch/Fr7L4B4ka3B, http://www.playvid.com/watch/CAPUK-2ZKEt, http://www.playvid.com/watch/WfS2tOzvxPZ, http://www.playvid.com/watch/0mTSiTFWaUK, http://www.playvid.com/watch/sXiONNly7Ux, http://www.playvid.com/watch/FcWgVk6nZHx, http://www.playvid.com/watch/n8tRzQWlRYc, http://www.playvid.com/watch/yxmcEOFudAQ, http://www.playvid.com/watch/ZsngMLZSDVk, http://www.playvid.com/watch/F3y-ilZ-2Uf, http://www.playvid.com/watch/0y-ekBup3Ou, http://www.playvid.com/watch/TsY4xsSFNKF, http://www.playvid.com/watch/ynFaWocaOr3, http://www.playvid.com/watch/ezjbSALWPt0, http://www.playvid.com/watch/vJ8cjUqORd0, http://www.playvid.com/watch/z-Qyp8WWS4H, http://www.playvid.com/watch/-AAW0QqTwLk, http://www.playvid.com/watch/EeQACc8H4EB, http://www.playvid.com/watch/XprywFQxrpd, http://www.playvid.com/watch/D2xlJH92DSf, http://www.playvid.com/watch/9wSOHis8arB, http://www.playvid.com/watch/pvwhnkwysDf, http://www.playvid.com/watch/yHwQ4BkYCOA, http://www.playvid.com/watch/eUwDjwRdAub, http://www.playvid.com/watch/Qf6pHR4Uk56, http://www.playvid.com/watch/QLnIDC3ijTR,

http://www.playvid.com/watch/N3rBz8Rc4Wo, http://www.playvid.com/watch/nqZzSEeGDSD, http://www.playvid.com/watch/SNH7loBLDST, http://www.playvid.com/watch/PJtdcrMOtnV, http://www.playvid.com/watch/ZXvXBK4Brj0, http://www.playvid.com/watch/l4788iS-i9I, http://www.playvid.com/watch/AzwSZEJSS85, http://www.playvid.com/watch/n3zWmpIDX-U, http://www.playvid.com/watch/v9pteyWe2Uv, http://www.playvid.com/watch/zsgwD-djVnU, http://www.playvid.com/watch/k774xNmlJm-, http://www.playvid.com/watch/jzqmvVgfyOa, http://www.playvid.com/watch/dBC9h-QaDE6, http://www.playvid.com/watch/TejQe5mE59b, http://www.playvid.com/watch/K8-h--lFalV, http://www.playvid.com/watch/chxUfJO6cfm, http://www.playvid.com/watch/8oDAu-dtDoc, http://www.playvid.com/watch/YcHEMU06KLw, http://www.playvid.com/watch/aQPpcQrn-qu, http://www.playvid.com/watch/yR5ht3V5pxI, http://www.playvid.com/watch/5elwkTSPAHQ, http://www.playvid.com/watch/WxjW88WvRl4, http://www.playvid.com/watch/fUxKQMz-bax, http://www.playvid.com/watch/QcCIZJhRVNN, http://www.playvid.com/watch/jvZkGto6SQf, http://www.playvid.com/watch/nbbTgyg8ONQ, http://www.playvid.com/watch/5feSZYkiILv, http://www.playvid.com/watch/fL6Kahrcugz, http://www.playvid.com/watch/LqPHTOul2Tv, http://www.playvid.com/watch/B9sat-NRtqE, http://www.playvid.com/watch/NhNDgUMdjYk, http://www.playvid.com/watch/i5T3ehuEjk6, http://www.playvid.com/watch/Suf4spRfuCp, http://www.playvid.com/watch/ra4QQBGbWiJ, http://www.playvid.com/watch/L3iXeJaMps2, http://www.playvid.com/watch/HSTZzH7aOi9, http://www.playvid.com/watch/VzDEQl3I0dL, http://www.playvid.com/watch/It8Gi4Hspm-, http://www.playvid.com/watch/99Bb4cudHOv, http://www.playvid.com/watch/xqn5qwg8jAc, http://www.playvid.com/watch/NpSVpVnzAVP, http://www.playvid.com/watch/00Uja-AlU-T, http://www.playvid.com/watch/2x2IhqwHSoE, http://www.playvid.com/watch/80MjA7k5IZ2, http://www.playvid.com/watch/YySTF5GLWiU, http://www.playvid.com/watch/Z99ifdZWqI5, http://www.playvid.com/watch/Bd2uer4N3e5, http://www.playvid.com/watch/4Vth-AsVYEP, http://www.playvid.com/watch/BdLMfdtNtlR, http://www.playvid.com/watch/2ulMITm-PcX, http://www.playvid.com/watch/z49YTZq8xlS, http://www.playvid.com/watch/x0N9wsyV0bU, http://www.playvid.com/watch/ezcNqJZc88G, http://www.playvid.com/watch/pJR0khzyaZ3, http://www.playvid.com/watch/-iZfKOVLnYQ, http://www.playvid.com/watch/CrRrXwxBIXv, http://www.playvid.com/watch/6eXpsxUfn3c, http://www.playvid.com/watch/Q-MH2sqcGgC, http://www.playvid.com/watch/O4sbB4Hjow7, http://www.playvid.com/watch/iRi9ycP-v7N, http://www.playvid.com/watch/ZzkpJ6zt7fR, http://www.playvid.com/watch/UWLvjshkK4E, http://www.playvid.com/watch/PZS9rrJsw7u, http://www.playvid.com/watch/bQcfsHmbpiF, http://www.playvid.com/watch/T4UedXl-FGs, http://www.playvid.com/watch/MRYy80fZNlO, http://www.playvid.com/watch/5E56WxjYMIU, http://www.playvid.com/watch/KnnUjghNDAz, http://www.playvid.com/watch/cXhtDle3bPG, http://www.playvid.com/watch/zryH6kYCB5p, http://www.playvid.com/watch/USHpuQXaK-3, http://www.playvid.com/watch/PrfmFsJeRHD, http://www.playvid.com/watch/-xHB0xxAMGv, http://www.playvid.com/watch/NcahoM7eYOK, http://www.playvid.com/watch/yIHmKZJHxcM, http://www.playvid.com/watch/TQMI40uAzhD, http://www.playvid.com/watch/aYsWluk2HoK, http://www.playvid.com/watch/OydAJ2qStp0, http://www.playvid.com/watch/tfqgBv32cSq, http://www.playvid.com/watch/jd0h5AkaIJ2, http://www.playvid.com/watch/ToXaNOmVcRa, http://www.playvid.com/watch/k9iVnU4KeuA, http://www.playvid.com/watch/erz5gdNockM, http://www.playvid.com/watch/flZmaMUtAcH, http://www.playvid.com/watch/AVawFJtVcN9, http://www.playvid.com/watch/nF5VSLV-0SA, http://www.playvid.com/watch/kTXJJzGAraf, http://www.playvid.com/watch/rJXhDNXA0IR, http://www.playvid.com/watch/r-gRcGjMWAj, http://www.playvid.com/watch/IeC5VvU86bZ, http://www.playvid.com/watch/A2tvBfOsqYd, http://www.playvid.com/watch/TZhqTnCdMbK, http://www.playvid.com/watch/a2Nuq2VBMxy, http://www.playvid.com/watch/ldrMbv0c2ch, http://www.playvid.com/watch/NiKwPMUWpf9, http://www.playvid.com/watch/4HYL42OcgLc, http://www.playvid.com/watch/eSaKKVw7ABC, http://www.playvid.com/watch/VOiyi4W6xyj, http://www.playvid.com/watch/RDdaQNagcNM, http://www.playvid.com/watch/CGpBSQCgLcd, http://www.playvid.com/watch/KW-fWjWfJd4, http://www.playvid.com/watch/3iSA3uDFHS8, http://www.playvid.com/watch/N5zrDbW6x7z, http://www.playvid.com/watch/wi5gkETSdcn, http://www.playvid.com/watch/uA325tgsQeF, http://www.playvid.com/watch/7OrTyQHMb0t, http://www.playvid.com/watch/hZ6y7YQt-iu, http://www.playvid.com/watch/Xy-9DpDzbMz, http://www.playvid.com/watch/TGwAdRW2qnz, http://www.playvid.com/watch/wXxXJuZ9Cpz, http://www.playvid.com/watch/xYJptSmbq27, http://www.playvid.com/watch/-diq8mIGuUn, http://www.playvid.com/watch/STiqAtmBkmA, http://www.playvid.com/watch/rywiceJ2ULS, http://www.playvid.com/watch/eNfRiThwYqY, http://www.playvid.com/watch/8jNg-l7h9zH, http://www.playvid.com/watch/rsJdZXSbeI9, http://www.playvid.com/watch/cnKzAbz-72e, http://www.playvid.com/watch/cQIYlVaUrU6, http://www.playvid.com/watch/R-Rc7tfhZle, http://www.playvid.com/watch/a2CUM4BD7a2, http://www.playvid.com/watch/0i42eJVS0fZ, http://www.playvid.com/watch/gIov0vIzRb2, http://www.playvid.com/watch/s7ZxqwPODWE, http://www.playvid.com/watch/-m-8jiK2M2o, http://www.playvid.com/watch/ilNj6xHQvkr, http://www.playvid.com/watch/5oHcze7rP7c, http://www.playvid.com/watch/C4zxkd8E2US, http://www.playvid.com/watch/z3auQ3N2uWw, http://www.playvid.com/watch/g8tnYQ99WLZ, http://www.playvid.com/watch/CevRipC9iFR, http://www.playvid.com/watch/MsKHeuCarC7, http://www.playvid.com/watch/ezbrjyf9Jwx, http://www.playvid.com/watch/89BpdImTjhs, http://www.playvid.com/watch/9-J-yoZZgb7, http://www.playvid.com/watch/lgdQUSeMxBH, http://www.playvid.com/watch/Tp2LgONVRiH, http://www.playvid.com/watch/BKdMJUqyYZe, http://www.playvid.com/watch/NwTgF3tohdq, http://www.playvid.com/watch/P5G64XlaAue, http://www.playvid.com/watch/qytgaEnhsiO, http://www.playvid.com/watch/A9Ux4sWtf3c, http://www.playvid.com/watch/xqvvOXmEjrB, http://www.playvid.com/watch/ZWHPxNHkFGH, http://www.playvid.com/watch/FXl8A6rCppm, http://www.playvid.com/watch/3rl8pSQSaeU, http://www.playvid.com/watch/5SEchVIwMtP, http://www.playvid.com/watch/ab2rQvZPwMs, http://www.playvid.com/watch/7jGLiSLUd39, http://www.playvid.com/watch/msIWNBUAtbh
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fthkmlblgn
5.b. Uploader's email address: fk.bilgin@msn.com
5.d. Uploader's profile: http://www.playvid.com/member/fthkmlblgn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pUkTaiICiAM, http://www.playvid.com/watch/YpZRmDuy7He, http://www.playvid.com/watch/MH_vGt3I0Bw, http://www.playvid.com/watch/TBcXh8nvgqF, http://www.playvid.com/watch/gdjELVSjk0J, http://www.playvid.com/watch/IxoZvAp67ab
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fuckandfuck
5.b. Uploader's email address: anryyholmenr@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/fuckandfuck
5.e. List of videos posted by uploader: http://www.playvid.com/watch/i6U745qcDI0, http://www.playvid.com/watch/5L6NATwxV4I, http://www.playvid.com/watch/CENUf6KqW-q, http://www.playvid.com/watch/lUfLuF-LR-a, http://www.playvid.com/watch/dua5czkXAEV, http://www.playvid.com/watch/vhnpXp3II6s, http://www.playvid.com/watch/IEZvWy8UudZ, http://www.playvid.com/watch/KQn6V0Vdq5I, http://www.playvid.com/watch/TDrr7NHXU4t, http://www.playvid.com/watch/XzJ9SWq9lWK, http://www.playvid.com/watch/dBudLa2amWO, http://www.playvid.com/watch/Fqo9PNZOsqt, http://www.playvid.com/watch/PyfuphWTNuz, http://www.playvid.com/watch/KvkNHZqer90, http://www.playvid.com/watch/4AJ7RLUiDP-, http://www.playvid.com/watch/5SNA6lIMhsy, http://www.playvid.com/watch/7Z40Veel2EM, http://www.playvid.com/watch/FuwCeTb3-ta, http://www.playvid.com/watch/LDHRPkKivh0, http://www.playvid.com/watch/55uJ3G0sRTo, http://www.playvid.com/watch/7pqagfMElwg, http://www.playvid.com/watch/2HFkwJW4IAK, http://www.playvid.com/watch/ziUTFYZow4d, http://www.playvid.com/watch/lAVvf2xxtHj, http://www.playvid.com/watch/OOW699bUaCg, http://www.playvid.com/watch/Kt0ukFD09zo, http://www.playvid.com/watch/Cuv9t-N9QrB, http://www.playvid.com/watch/YiWvI2aHgWm, http://www.playvid.com/watch/Q7tPpqCkJrE, http://www.playvid.com/watch/-pmdVwnaBMj, http://www.playvid.com/watch/20JdgQQdnJV, http://www.playvid.com/watch/Jo4BwDwZYvT, http://www.playvid.com/watch/OeJxm3BWw0d, http://www.playvid.com/watch/YDm5lWiiYBE, http://www.playvid.com/watch/ZiF2rf4EshA, http://www.playvid.com/watch/OhXeRAVyp6Y, http://www.playvid.com/watch/cbSIpzz2Qpe, http://www.playvid.com/watch/3RQ7MdA2Cr4, http://www.playvid.com/watch/mnlIOHw4b-c, http://www.playvid.com/watch/WNggHuvp7Bv, http://www.playvid.com/watch/CkKRFa5VFBG, http://www.playvid.com/watch/pGBWQNL0EPu, http://www.playvid.com/watch/O9LO-8TAsYj, http://www.playvid.com/watch/r4u4NmDUv3x, http://www.playvid.com/watch/wG4NFV6nl-U, http://www.playvid.com/watch/QnUGMfIGowS, http://www.playvid.com/watch/7yvMuX4wBhg, http://www.playvid.com/watch/8vSK2PR8NpV, http://www.playvid.com/watch/3hQmR4A9mYN, http://www.playvid.com/watch/4nXaelgHDmp, http://www.playvid.com/watch/K3Y5SieoM6m, http://www.playvid.com/watch/lFV9SaDpo8l, http://www.playvid.com/watch/vM-goI78Zc0, http://www.playvid.com/watch/XIiBsdHFoft, http://www.playvid.com/watch/cAQbwCvgsEC, http://www.playvid.com/watch/VAbvrRzHPDy, http://www.playvid.com/watch/wG5eUHLkOHE, http://www.playvid.com/watch/8vDVtV0sgzc, http://www.playvid.com/watch/9AP7aKsfGvK, http://www.playvid.com/watch/PDQjHYhpooa, http://www.playvid.com/watch/zbHnnAtWk8y, http://www.playvid.com/watch/uYNNAi3g5NK, http://www.playvid.com/watch/Goyrq05IAzK, http://www.playvid.com/watch/8zU--2WRfYS, http://www.playvid.com/watch/CFLrBhNgtQe, http://www.playvid.com/watch/HTK8EPYZTjN, http://www.playvid.com/watch/zsozlGdk7VV, http://www.playvid.com/watch/rvRvtIRLDmD, http://www.playvid.com/watch/MVKd8fY7YZz, http://www.playvid.com/watch/MQZ25t4sqlP, http://www.playvid.com/watch/S3sx0lvTPiB, http://www.playvid.com/watch/uEwXkoaHjfH, http://www.playvid.com/watch/SOxRwpg60LC, http://www.playvid.com/watch/wFHsIzXQtsY, http://www.playvid.com/watch/SJnZNWX-cZ2, http://www.playvid.com/watch/fs64jECjgHJ, http://www.playvid.com/watch/azOFzebWAlr, http://www.playvid.com/watch/0CL8ejongon, http://www.playvid.com/watch/4YLrfh-5A8f, http://www.playvid.com/watch/nYOVv2AqNUK, http://www.playvid.com/watch/5yn9xp2sCEd, http://www.playvid.com/watch/CqqNtwdtfdT, http://www.playvid.com/watch/N6xDdDFC4oq, http://www.playvid.com/watch/U3kAhzUkHHt, http://www.playvid.com/watch/SzS0nkvoHag, http://www.playvid.com/watch/soxAHhAh8tm, http://www.playvid.com/watch/5eeVp9AEmUD, http://www.playvid.com/watch/KBjgwn24YbH, http://www.playvid.com/watch/xX3ZEOAotEt, http://www.playvid.com/watch/20Y3Y-i4kSR, http://www.playvid.com/watch/sw6VBycCbkF, http://www.playvid.com/watch/agLcj9rUnBb,

http://www.playvid.com/watch/w8Fxt-ES4sj, http://www.playvid.com/watch/M82rSmijCW4, http://www.playvid.com/watch/4cfXwXUm2PK,
http://www.playvid.com/watch/rOfmKNS2RnU, http://www.playvid.com/watch/0lD8TV2RXam
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fuckinghott
5.b. Uploader's email address: firemannnn@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/fuckinghott
5.e. List of videos posted by uploader: http://www.playvid.com/watch/r9-UIdCHl50, http://www.playvid.com/watch/5BJYLcoN6fp,
http://www.playvid.com/watch/BPkA-_gUTfF, http://www.playvid.com/watch/rvYp2LZSGHp, http://www.playvid.com/watch/HJx7Xjm6kuf,
http://www.playvid.com/watch/TwEfbd3W5R6, http://www.playvid.com/watch/IcjXjRSaGMV, http://www.playvid.com/watch/W9Bci49J-jW,
http://www.playvid.com/watch/tuqpKUCNtCM, http://www.playvid.com/watch/C0DDmnShwXX, http://www.playvid.com/watch/VC8zDzyDpxm,
http://www.playvid.com/watch/KuLv8cLmXY7, http://www.playvid.com/watch/PKHJX-bZag4, http://www.playvid.com/watch/PoOFIAmIZcZ,
http://www.playvid.com/watch/TumG5By0BCt, http://www.playvid.com/watch/slo6YfuvgZ4, http://www.playvid.com/watch/ox1p0mWTe8B,
http://www.playvid.com/watch/tBGXIy5Iyau, http://www.playvid.com/watch/FFTccouRwrw, http://www.playvid.com/watch/0OCpJ1Y9vSG,
http://www.playvid.com/watch/3KdedfBmzy7, http://www.playvid.com/watch/ntlD7ubhiS5, http://www.playvid.com/watch/kO9i509KRKr,
http://www.playvid.com/watch/a33BXK7WFsn, http://www.playvid.com/watch/Hvili2ydUfX, http://www.playvid.com/watch/eV803vvGLGI,
http://www.playvid.com/watch/krF73FilsjG, http://www.playvid.com/watch/tHu8aOrqxxm, http://www.playvid.com/watch/m2FqZURPsB5,
http://www.playvid.com/watch/muXO_B2QGQL, http://www.playvid.com/watch/LDGRzSqLlYP, http://www.playvid.com/watch/0ruVA0Dqa_b,
http://www.playvid.com/watch/F8xTipt6I6p, http://www.playvid.com/watch/TanB8lBKl0q, http://www.playvid.com/watch/5RyIP76LrFH,
http://www.playvid.com/watch/qI_BlnhiFT6, http://www.playvid.com/watch/RpSX0yi3Z0i, http://www.playvid.com/watch/6GR8Pq-gJoL,
http://www.playvid.com/watch/T5kEmbw-YHl, http://www.playvid.com/watch/uQWwK2ongVf, http://www.playvid.com/watch/7HxwTktmIz9,
http://www.playvid.com/watch/DXTkDTReFlN, http://www.playvid.com/watch/5d352kdiwzA, http://www.playvid.com/watch/FTCUgYqJSPH,
http://www.playvid.com/watch/zjEAQjQIdiS, http://www.playvid.com/watch/Ic2g83r8TDm, http://www.playvid.com/watch/VnTxrT9q3Wn,
http://www.playvid.com/watch/Kk_PcIUfg8z, http://www.playvid.com/watch/wpzVoD3aZE8, http://www.playvid.com/watch/FdvbDQx1E4z,
http://www.playvid.com/watch/cFiNT3zf6lD, http://www.playvid.com/watch/PPdwmD4VcFi, http://www.playvid.com/watch/f3iSRmDEQOa,
http://www.playvid.com/watch/fF9RWDolFbY, http://www.playvid.com/watch/3KyDZKizkIA, http://www.playvid.com/watch/xA0GXMubNlx,
http://www.playvid.com/watch/rDNEoABadvM, http://www.playvid.com/watch/Xl530YcpTL3, http://www.playvid.com/watch/VBMM-YosZ3V,
http://www.playvid.com/watch/SI0D6PJOEyU, http://www.playvid.com/watch/etBD0Zbgox6, http://www.playvid.com/watch/yXZ7t9V50OF,
http://www.playvid.com/watch/MScpH_anel8, http://www.playvid.com/watch/CV42q66GNlQ, http://www.playvid.com/watch/9VBIIz5sjZO,
http://www.playvid.com/watch/ID5M1C4C6Oe, http://www.playvid.com/watch/YQ6TNpzV17D, http://www.playvid.com/watch/GYC6-fnBgMh,
http://www.playvid.com/watch/XhNoqdLLoCq, http://www.playvid.com/watch/OFttqPgX-g0, http://www.playvid.com/watch/H5OiIBrtJLA,
http://www.playvid.com/watch/FInquxYQPer, http://www.playvid.com/watch/RoZ4s__CxBC, http://www.playvid.com/watch/fuT-jwFJ-Z3,
http://www.playvid.com/watch/zPnETXEWUIu, http://www.playvid.com/watch/gDeYPodk6Rn, http://www.playvid.com/watch/qaWFYMyi1Bw,
http://www.playvid.com/watch/cpOHIiLXgdN, http://www.playvid.com/watch/ApI3ZZ56lHH, http://www.playvid.com/watch/h3n15Pgo4Kz,
http://www.playvid.com/watch/0zdZqi_SdFA, http://www.playvid.com/watch/AGmtUbj5eXn, http://www.playvid.com/watch/Q2u3RPp9KfD,
http://www.playvid.com/watch/J3uCelrPVeZ, http://www.playvid.com/watch/0_ms2cyWF97, http://www.playvid.com/watch/9XqEEOHD98i,
http://www.playvid.com/watch/eXpRUQv_SNW, http://www.playvid.com/watch/yS7lF8g61AD, http://www.playvid.com/watch/ZtlIpKZN0NG,
http://www.playvid.com/watch/Wii93HxBbNU, http://www.playvid.com/watch/okdVebtV57r, http://www.playvid.com/watch/pjLiuh5s65Q,
http://www.playvid.com/watch/pLZaGdgrTsF, http://www.playvid.com/watch/wM7yzKWfyOz, http://www.playvid.com/watch/wrflAijcEFF,
http://www.playvid.com/watch/IgVNGx5MM_a, http://www.playvid.com/watch/3fz7ldOVcjT, http://www.playvid.com/watch/freBGCjC8Yy,
http://www.playvid.com/watch/0IXimGnc85E, http://www.playvid.com/watch/gGtK3yqV9ot, http://www.playvid.com/watch/LKOV73V9NMz,
http://www.playvid.com/watch/ga4SxX8t4BV, http://www.playvid.com/watch/T5Ne3F53dRp, http://www.playvid.com/watch/lZOelxYWbrJ,
http://www.playvid.com/watch/5Oj52Dr7i4R, http://www.playvid.com/watch/espvCL9vm7X, http://www.playvid.com/watch/ca96IvvJ8gQ,
http://www.playvid.com/watch/TKjZqA_EWx4, http://www.playvid.com/watch/2dw2NCOk4Tx, http://www.playvid.com/watch/FbuKYHk_UI2,
http://www.playvid.com/watch/nRXQurMI6Z6, http://www.playvid.com/watch/ZEGXWaIi3DU, http://www.playvid.com/watch/cJenBXLYe7e,
http://www.playvid.com/watch/WJ-18zQYbeI, http://www.playvid.com/watch/BOYybwvNgqU, http://www.playvid.com/watch/5qLVpr2AKxK,
http://www.playvid.com/watch/vVfx9qYmXEs, http://www.playvid.com/watch/N8nb1ZN0Zko, http://www.playvid.com/watch/znKBWvjoGIv,
http://www.playvid.com/watch/ZB_BrjdyxWw, http://www.playvid.com/watch/eX-r1EWe8ED, http://www.playvid.com/watch/MUt_7oXN31p,
http://www.playvid.com/watch/6qs1hVgc4-U, http://www.playvid.com/watch/ZBnDEdmE2Ku, http://www.playvid.com/watch/ewrpFWJyjhL,
http://www.playvid.com/watch/p7CGEh-oXq3, http://www.playvid.com/watch/XXa8L1ixTkJ, http://www.playvid.com/watch/xy8OO6SeZkh,
http://www.playvid.com/watch/CHlb2LYZ4bn, http://www.playvid.com/watch/NSPX6oITHtF, http://www.playvid.com/watch/cY0EMZ8skUQ,
http://www.playvid.com/watch/oJzgCNszV0n, http://www.playvid.com/watch/tmds7LkwMNM, http://www.playvid.com/watch/VTSashWNr-h,
http://www.playvid.com/watch/312tsMMhC6S, http://www.playvid.com/watch/JS5POyijuiE, http://www.playvid.com/watch/wP-K81MuLgr,
http://www.playvid.com/watch/8Rf5zWrVPeL, http://www.playvid.com/watch/xZv5567o5wg, http://www.playvid.com/watch/OXEBvz7ZTlK,
http://www.playvid.com/watch/Uk4USfFdLw6, http://www.playvid.com/watch/8refQsqfcDE, http://www.playvid.com/watch/t7Flp6J7pk4,
http://www.playvid.com/watch/i-qHpnDaODj, http://www.playvid.com/watch/HR1XP9uVaE2, http://www.playvid.com/watch/9PIZjGJ2B6B,
http://www.playvid.com/watch/XJbweV5fOV9, http://www.playvid.com/watch/DHbPrd9Kbop, http://www.playvid.com/watch/iF6w8tS0omi,
http://www.playvid.com/watch/EZvQu4GVZ96, http://www.playvid.com/watch/0lTagmtf6Za, http://www.playvid.com/watch/cf6S1ywxATh,
http://www.playvid.com/watch/IseYIChk_Oa, http://www.playvid.com/watch/HGsb0rzLtsg, http://www.playvid.com/watch/ENoSJVpUhzF,
http://www.playvid.com/watch/iYMpejwZdk8, http://www.playvid.com/watch/mKU1S_FOMZN, http://www.playvid.com/watch/Z41O9hda7ty,
http://www.playvid.com/watch/et7S3_3F4NC, http://www.playvid.com/watch/iInC0tq-p6K, http://www.playvid.com/watch/w_Mh-jsXtpI,
http://www.playvid.com/watch/vrPvijnVNrp, http://www.playvid.com/watch/japyDhvA3wO, http://www.playvid.com/watch/eYxI27IsUrQ,
http://www.playvid.com/watch/QedzEXWQ_pP, http://www.playvid.com/watch/7gCm3rl35LA, http://www.playvid.com/watch/I7nXGz28CBE,
http://www.playvid.com/watch/se4zfFuCE4a, http://www.playvid.com/watch/tvgp1TUy09D, http://www.playvid.com/watch/LbqW188lFoP,
http://www.playvid.com/watch/r61k0BMhn3t, http://www.playvid.com/watch/vuYKgAC7Q3D, http://www.playvid.com/watch/90aWFXMoEBf,
http://www.playvid.com/watch/vqcTHxXqBEU, http://www.playvid.com/watch/dploVz6xZsh, http://www.playvid.com/watch/vGQukUdfQ2G,
http://www.playvid.com/watch/Dm3NWk-oErp, http://www.playvid.com/watch/RMJtPoYQMPH, http://www.playvid.com/watch/oSwH1rdxETh,
http://www.playvid.com/watch/ciYQegFezFp, http://www.playvid.com/watch/spHrUSlvdIO, http://www.playvid.com/watch/u375fE5sWNk,
http://www.playvid.com/watch/OcSr_wFkaBE, http://www.playvid.com/watch/hsp2C4J67s2, http://www.playvid.com/watch/jnaHM8Jpjnr,
http://www.playvid.com/watch/78P71_8vqSC, http://www.playvid.com/watch/a5q_2cgCjJD, http://www.playvid.com/watch/ryIdRXNeYoH,
http://www.playvid.com/watch/fwp4NVNwi6A, http://www.playvid.com/watch/HFeW3vo0DSE, http://www.playvid.com/watch/PqiyAnUNYUK,
http://www.playvid.com/watch/A1XXePz0rW6, http://www.playvid.com/watch/5m3Xize2RW9, http://www.playvid.com/watch/HzYKea1VWvL,
http://www.playvid.com/watch/G4N-Khxto1e, http://www.playvid.com/watch/Epk-sKpFhKl, http://www.playvid.com/watch/Evv71r8Tg0E,
http://www.playvid.com/watch/neyS3YX9dJY, http://www.playvid.com/watch/OVPQcn6HvER, http://www.playvid.com/watch/ymfDzJUpPNy,
http://www.playvid.com/watch/s_v_yztQFk9, http://www.playvid.com/watch/B2kNEsvCU5e, http://www.playvid.com/watch/PeXYWd7U1Xi,
http://www.playvid.com/watch/HeWMhml1XPE, http://www.playvid.com/watch/z4HCgIAw87G, http://www.playvid.com/watch/cQg8K9XBvw7,
http://www.playvid.com/watch/0hzAnQL8Ytj, http://www.playvid.com/watch/J0SsvjzCvqc, http://www.playvid.com/watch/P9pay0lvcJc,
http://www.playvid.com/watch/WrtFHyIdCRU, http://www.playvid.com/watch/VfTM_hJCmHq, http://www.playvid.com/watch/sa-34d3kPMH,
http://www.playvid.com/watch/d00UkYdsNXu, http://www.playvid.com/watch/lYDdzxS7XNp, http://www.playvid.com/watch/zJFCVctqWMN,
http://www.playvid.com/watch/CeMc1ZEW-Be, http://www.playvid.com/watch/Y8OwYkN0G_Q, http://www.playvid.com/watch/imfG0Kdcmo4,
http://www.playvid.com/watch/FWVb9mUy0zf, http://www.playvid.com/watch/mXrrYjnJEQ4, http://www.playvid.com/watch/sinyHzaU4XN,
http://www.playvid.com/watch/CmxTnWHyfJ6, http://www.playvid.com/watch/s_srJ_8VG-c, http://www.playvid.com/watch/Fklm6Hyje4J,
http://www.playvid.com/watch/3TQxWdUC-Fe, http://www.playvid.com/watch/Gw4E96hH36q, http://www.playvid.com/watch/7BgaEtpztaQ,
http://www.playvid.com/watch/epXrtpFctdx, http://www.playvid.com/watch/kUnSgsqcAbp, http://www.playvid.com/watch/n6Oi4jMz1DI,
http://www.playvid.com/watch/9AFNpvQOWQn, http://www.playvid.com/watch/53hVDLgDrZZ, http://www.playvid.com/watch/9H7G5eKYP_m,
http://www.playvid.com/watch/7JNla1tOw_c, http://www.playvid.com/watch/BV5GhkXjxbO, http://www.playvid.com/watch/Kabz4PczFcO,
http://www.playvid.com/watch/dlfpryDryoS, http://www.playvid.com/watch/uqYw36i_H8Z, http://www.playvid.com/watch/ZUju3jqRM9K,
http://www.playvid.com/watch/Xzi8_fZI6AJ, http://www.playvid.com/watch/G6qV4sOu8Ly, http://www.playvid.com/watch/aabZ9N5FNXy,
http://www.playvid.com/watch/B2CLql5rQAZ, http://www.playvid.com/watch/OX3KjktjaJo, http://www.playvid.com/watch/DYAYBG1Tq0p,
http://www.playvid.com/watch/m5Xj1N5SWSv, http://www.playvid.com/watch/etVV_MouekQ, http://www.playvid.com/watch/afdv4hgOSpD,
http://www.playvid.com/watch/gBeJxyVKMZq, http://www.playvid.com/watch/zJRVN9sqa8f, http://www.playvid.com/watch/34U1EitR8Dn,
http://www.playvid.com/watch/9qIRRbfyqLn, http://www.playvid.com/watch/KL-axAHmiYb, http://www.playvid.com/watch/VRzf0AOedvW,
http://www.playvid.com/watch/TgI-CnOm33t, http://www.playvid.com/watch/nomcfnPXweO, http://www.playvid.com/watch/5mt5xgEak24,
http://www.playvid.com/watch/c7jvNvm2vVz, http://www.playvid.com/watch/DfJEYV4bBY9, http://www.playvid.com/watch/zSQcc06_HgN,
http://www.playvid.com/watch/5q61wJhlWMe, http://www.playvid.com/watch/suknQF0d5Fp, http://www.playvid.com/watch/SoHU5HHnM9Y,

http://www.playvid.com/watch/XbtP5EIzY6S, http://www.playvid.com/watch/ajzd2oujjl3, http://www.playvid.com/watch/K-CFUvo3XAZ, http://www.playvid.com/watch/Kdgr4WcAyYE, http://www.playvid.com/watch/iZExVsGXvz6, http://www.playvid.com/watch/zrNnuIyAlBR, http://www.playvid.com/watch/LsbLLi87HF0, http://www.playvid.com/watch/EYzpw6fghNh, http://www.playvid.com/watch/iSUIctG0vPo, http://www.playvid.com/watch/456N3V7Mjdr, http://www.playvid.com/watch/iGzIGnd-aOk, http://www.playvid.com/watch/S6u6IwppN7n, http://www.playvid.com/watch/40n7XG8PpSn, http://www.playvid.com/watch/ok4fldnyjog, http://www.playvid.com/watch/QpASUKz9XdT, http://www.playvid.com/watch/Wehkd-GjOCl, http://www.playvid.com/watch/MHjsi5-qm0e, http://www.playvid.com/watch/SeDHy8ff3id, http://www.playvid.com/watch/0HEvpQNzzf4, http://www.playvid.com/watch/AXuyt45kGRi, http://www.playvid.com/watch/PesXqEPcVzt, http://www.playvid.com/watch/3zpWmQG5q6W, http://www.playvid.com/watch/h7V5lWz8JbB, http://www.playvid.com/watch/tnLwPxvwB0f, http://www.playvid.com/watch/8K4VNO12WUr, http://www.playvid.com/watch/Er3vvmthhK0, http://www.playvid.com/watch/KrrgB6IMyK7, http://www.playvid.com/watch/NOrGCHZ_WK4, http://www.playvid.com/watch/5bXDAKxja2k, http://www.playvid.com/watch/72vfRDY8nDX, http://www.playvid.com/watch/btHdhzUXnOH, http://www.playvid.com/watch/foj1Ax_kDSM, http://www.playvid.com/watch/lt-1J6LeSLL, http://www.playvid.com/watch/uqcGPpsfQX7, http://www.playvid.com/watch/AbmVBj1d2Vb, http://www.playvid.com/watch/yXIaAHwGFDr, http://www.playvid.com/watch/FQOUNL6gb3p, http://www.playvid.com/watch/EeLJ47wcUHd, http://www.playvid.com/watch/gSlRRSPjzf6, http://www.playvid.com/watch/jNfeXYT2Xp2, http://www.playvid.com/watch/6UWbw0cn1tQ, http://www.playvid.com/watch/qWqdV05ZnLr, http://www.playvid.com/watch/4ORahAep7NO, http://www.playvid.com/watch/7T0bxl4lsGo, http://www.playvid.com/watch/3AI5YXUV0if, http://www.playvid.com/watch/eCDwl483xtA, http://www.playvid.com/watch/sNQpL691NM2, http://www.playvid.com/watch/8j60Ed1HxTW, http://www.playvid.com/watch/R-uGCLjSK1B, http://www.playvid.com/watch/uhvLaJ2Xomq, http://www.playvid.com/watch/HZ1K5dG95iB, http://www.playvid.com/watch/gV7H-VUccA5, http://www.playvid.com/watch/3FGtvNRbhR5, http://www.playvid.com/watch/P9jMK_QJszK, http://www.playvid.com/watch/Ii9-nyjz-vb, http://www.playvid.com/watch/V9Mb4oR9Y6T, http://www.playvid.com/watch/HVUhjNI3xIV, http://www.playvid.com/watch/0oIVCoTpiCr, http://www.playvid.com/watch/GZixh1OAssw, http://www.playvid.com/watch/gfWFoilHTkC, http://www.playvid.com/watch/KqIacwvnTd7, http://www.playvid.com/watch/Hl127BQHepG, http://www.playvid.com/watch/pgQDhGoKlVx, http://www.playvid.com/watch/kf76MNRKzVI, http://www.playvid.com/watch/YnZs-aj2a0j, http://www.playvid.com/watch/fEi-WeQkUIK, http://www.playvid.com/watch/QGJYciap2ps, http://www.playvid.com/watch/x0KaPay5Zpd, http://www.playvid.com/watch/xd2Q0E14M5A, http://www.playvid.com/watch/EM30KKDrHrP, http://www.playvid.com/watch/iELi3MMrgIb, http://www.playvid.com/watch/2uG2movepzu, http://www.playvid.com/watch/q5xYhFOvY85, http://www.playvid.com/watch/CH8eOrqIevT, http://www.playvid.com/watch/WQzs3sLXijs, http://www.playvid.com/watch/fvPnmcRwrw9, http://www.playvid.com/watch/Zlg6BOpT_jo, http://www.playvid.com/watch/FyM2G5OR7m2, http://www.playvid.com/watch/zF5sbadd1yI, http://www.playvid.com/watch/YyRXKFoGKL9, http://www.playvid.com/watch/qC-b8KaLSGP, http://www.playvid.com/watch/jKsVhZD_bmj, http://www.playvid.com/watch/Qfd23XLenUt, http://www.playvid.com/watch/ydz9DqDe92P, http://www.playvid.com/watch/Dk9EITgG1UO, http://www.playvid.com/watch/K_cD0F3bAsi, http://www.playvid.com/watch/ehLWea-Cudv, http://www.playvid.com/watch/P8u8-tLtESR, http://www.playvid.com/watch/4GXnyuv_7yi, http://www.playvid.com/watch/jj5mfRTz12Z, http://www.playvid.com/watch/FpC0rggTReL, http://www.playvid.com/watch/o5hUhqH5M1G, http://www.playvid.com/watch/ZOBRwgpSjaX, http://www.playvid.com/watch/jyYIxqxE5mv, http://www.playvid.com/watch/xb1BbkXg-0e, http://www.playvid.com/watch/SQLp5FHnDWJ, http://www.playvid.com/watch/g1YkD9TWOrN, http://www.playvid.com/watch/j5b7BTt2hds, http://www.playvid.com/watch/TCyLwybjr09, http://www.playvid.com/watch/fwhdnYyRwoo, http://www.playvid.com/watch/505kHcFTnsE, http://www.playvid.com/watch/KwSdLRbjXCE, http://www.playvid.com/watch/JDBDbbOwYZF, http://www.playvid.com/watch/dSktJTjGXSq, http://www.playvid.com/watch/niU8a-cdMRA, http://www.playvid.com/watch/Sh19eZwTK99, http://www.playvid.com/watch/FT16o_QwMmU, http://www.playvid.com/watch/8wCefiygrwN, http://www.playvid.com/watch/H87mN2yG84i, http://www.playvid.com/watch/Ggsc4-t7ydN, http://www.playvid.com/watch/fBxo-K1opnS, http://www.playvid.com/watch/iUX7cHdrgxI, http://www.playvid.com/watch/YBKb8XtLTXA, http://www.playvid.com/watch/oR7v9r-nMum, http://www.playvid.com/watch/TDPgAfH4Ub4, http://www.playvid.com/watch/a9rrP6ryoTQ, http://www.playvid.com/watch/aS3_bxYgnwY, http://www.playvid.com/watch/8WdCQDTdJD3, http://www.playvid.com/watch/FbtAjrd369K, http://www.playvid.com/watch/pSVAzAJrFwb, http://www.playvid.com/watch/6ym2PKexqn6, http://www.playvid.com/watch/Seyl_sQqa73, http://www.playvid.com/watch/Y7d4C_fPNHV, http://www.playvid.com/watch/tuYOU75XY0T, http://www.playvid.com/watch/TqR9aAH8aJR, http://www.playvid.com/watch/z_w8mRvU2Wo, http://www.playvid.com/watch/eb_yUTK9u-L, http://www.playvid.com/watch/QLrugceQCNz, http://www.playvid.com/watch/23mSMLLKRJ2, http://www.playvid.com/watch/jE1UpRdrKYZ, http://www.playvid.com/watch/yN-DLnezBSq, http://www.playvid.com/watch/25V9Q7IA4nG, http://www.playvid.com/watch/kpddgO97vTK, http://www.playvid.com/watch/wzoqA4qG7C4, http://www.playvid.com/watch/vNvtSYAGS-3, http://www.playvid.com/watch/bfWXQhOPcQQ, http://www.playvid.com/watch/3aio_6dcWTi, http://www.playvid.com/watch/ZQYlffapJ1z, http://www.playvid.com/watch/XKqVaqkGrbL, http://www.playvid.com/watch/DGvf1u00ioF, http://www.playvid.com/watch/cRqtYEcodnF, http://www.playvid.com/watch/vj460qfuzLS, http://www.playvid.com/watch/IfVDYbr4BU2, http://www.playvid.com/watch/J5eZJC9XQab, http://www.playvid.com/watch/fBBQaB-PgnN, http://www.playvid.com/watch/3fpDw_DMi_0, http://www.playvid.com/watch/xnkr1-bSE3V, http://www.playvid.com/watch/gITuc0xYunR, http://www.playvid.com/watch/S7QCZkOHvL6, http://www.playvid.com/watch/JQFEAaKGU7H, http://www.playvid.com/watch/TUX0d2361B6, http://www.playvid.com/watch/pndNHQwxlcn, http://www.playvid.com/watch/y_yC1rNWFrx, http://www.playvid.com/watch/frQcVpwA703, http://www.playvid.com/watch/o3OKDK5JfpH, http://www.playvid.com/watch/Frv4KPLk9fb, http://www.playvid.com/watch/z6LBryIFUxX, http://www.playvid.com/watch/WVIO2gHfZ1F, http://www.playvid.com/watch/EAJ8rH-RlM9, http://www.playvid.com/watch/agSFzicr25P, http://www.playvid.com/watch/wXf6XF78YDS, http://www.playvid.com/watch/Fl67da1Bg4p, http://www.playvid.com/watch/C95uUjHItSw, http://www.playvid.com/watch/UF8vWHTVfCa, http://www.playvid.com/watch/MSiq4jyFeua, http://www.playvid.com/watch/Cx2waa0K8bQ, http://www.playvid.com/watch/xZz6DyHoKQa, http://www.playvid.com/watch/r_PNL0oYKNQ, http://www.playvid.com/watch/4EuNRqZEEr4, http://www.playvid.com/watch/9hxa8Yg0cAR, http://www.playvid.com/watch/XrWpJLpWr6f, http://www.playvid.com/watch/vNO9s5WXxbP, http://www.playvid.com/watch/ct6zLmLOldW, http://www.playvid.com/watch/lvUdCsfYavc, http://www.playvid.com/watch/BpFuaN-PF62, http://www.playvid.com/watch/eFoO4-JDsPX, http://www.playvid.com/watch/29V1QFE7jQx, http://www.playvid.com/watch/3Qu0o9VXbGN, http://www.playvid.com/watch/MRPIuCvlQ_O, http://www.playvid.com/watch/dtWzFa7_W1d
5.f. Date of third notice: 2014-04-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fucktits
5.b. Uploader's email address: aloaleleksoso@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/fucktits
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4G5VVmOLnh-, http://www.playvid.com/watch/PlPOtzNayI9, http://www.playvid.com/watch/dTUvp5jCaHA, http://www.playvid.com/watch/9aKTZ7g0KdZ, http://www.playvid.com/watch/JjoMkBmpwwO, http://www.playvid.com/watch/KjHiLCvkezP, http://www.playvid.com/watch/pCgrFAv8-Ik, http://www.playvid.com/watch/DBoLLfPy26E, http://www.playvid.com/watch/E8IiNhzTa9x, http://www.playvid.com/watch/QsbUtaqN7ut, http://www.playvid.com/watch/FtQzNPNtqiH, http://www.playvid.com/watch/A592ZkvypEd, http://www.playvid.com/watch/vKM-DzhDufQ, http://www.playvid.com/watch/CXf43oLwe3A, http://www.playvid.com/watch/NDBxp4vn0Ln, http://www.playvid.com/watch/yJAAlHed42P, http://www.playvid.com/watch/iGOgNvChuRD, http://www.playvid.com/watch/DROlkcEyFmk, http://www.playvid.com/watch/5YYWfmjBEAF, http://www.playvid.com/watch/47QMeTHfcAP, http://www.playvid.com/watch/wiKa-duRjID, http://www.playvid.com/watch/didzpHk-Tti, http://www.playvid.com/watch/r4v0a7QvTLy, http://www.playvid.com/watch/-w0tRla2Plg, http://www.playvid.com/watch/BZ85ihJ8C0S, http://www.playvid.com/watch/e6Tgpa7rXEs, http://www.playvid.com/watch/fGlnybgpq-3, http://www.playvid.com/watch/ZRJU8kw4oCd, http://www.playvid.com/watch/-wTc5vUO9ng, http://www.playvid.com/watch/aLdTbvFfu6g, http://www.playvid.com/watch/rltnFPuyErS, http://www.playvid.com/watch/0GRfWqlOiEQ, http://www.playvid.com/watch/UKuKaAJrVhN, http://www.playvid.com/watch/Wz-p3gOFiT3, http://www.playvid.com/watch/0t-eu6ztK83, http://www.playvid.com/watch/yOejIG-PGF4, http://www.playvid.com/watch/vf5csCMxYLe, http://www.playvid.com/watch/b5iTjRvyWic, http://www.playvid.com/watch/fyo7SJikAPO, http://www.playvid.com/watch/kiriOtwKuAX, http://www.playvid.com/watch/ycfB-v6RYZ0, http://www.playvid.com/watch/sCgZwod8HZs, http://www.playvid.com/watch/jLOo5LcXFko, http://www.playvid.com/watch/CQWChzv7wPc, http://www.playvid.com/watch/IYbDAtxzqIR, http://www.playvid.com/watch/e0RSDZx3I00, http://www.playvid.com/watch/LjY0ZbZhzvv, http://www.playvid.com/watch/aaelm0uDsDF, http://www.playvid.com/watch/uaPenawMD8B, http://www.playvid.com/watch/TnnV0BrnZ4R, http://www.playvid.com/watch/kFW4w7qi7ti, http://www.playvid.com/watch/SWkvoXoDHdh, http://www.playvid.com/watch/ZBXnCcU73LY, http://www.playvid.com/watch/u2ZJD5tp-UB, http://www.playvid.com/watch/46nMKOoikfu, http://www.playvid.com/watch/0IluD9RH5A3, http://www.playvid.com/watch/V7ZuR-ySw5Z, http://www.playvid.com/watch/j8jmIHfrnGJ, http://www.playvid.com/watch/zib56kTySx6, http://www.playvid.com/watch/dfhu4xTxls8, http://www.playvid.com/watch/Z4LFhKDiSRz, http://www.playvid.com/watch/aOj4eMvsfgz, http://www.playvid.com/watch/Iemix26nXpn, http://www.playvid.com/watch/phBmcAkRrUS, http://www.playvid.com/watch/frwWpNafqhf, http://www.playvid.com/watch/GOfCmimABVY, http://www.playvid.com/watch/hNGnotrMQGK, http://www.playvid.com/watch/Hj0aBn5uPYR, http://www.playvid.com/watch/bfQIEBVlphl, http://www.playvid.com/watch/3wT7slxWejJ, http://www.playvid.com/watch/fIaz0bXKSOQ, http://www.playvid.com/watch/IdOBpQ9WYzk, http://www.playvid.com/watch/B9bfy9Yo73b, http://www.playvid.com/watch/mr47XltP9oU, http://www.playvid.com/watch/3fPnYSs7bPj, http://www.playvid.com/watch/R4m-f4XlBMg, http://www.playvid.com/watch/wKqCkiQa1H0, http://www.playvid.com/watch/q983YMhpjvg, http://www.playvid.com/watch/SBHgR21EPAZ, http://www.playvid.com/watch/5OEhWO5qlZq, http://www.playvid.com/watch/iyhSCq-gPjA, http://www.playvid.com/watch/HWYoUPq3JcV, http://www.playvid.com/watch/U68s6yfdyZg, http://www.playvid.com/watch/x-Gg92GWMdD, http://www.playvid.com/watch/8VpaLPqueqA, http://www.playvid.com/watch/TTdAUU2dGYS, http://www.playvid.com/watch/EBPoszvvQ6b, http://www.playvid.com/watch/JIBZVnhnDIt, http://www.playvid.com/watch/jRSNIgoKLPO,

http://www.playvid.com/watch/QCnZJMyQ-UJ, http://www.playvid.com/watch/cSq6DqnMXOg, http://www.playvid.com/watch/xhjRSik-gOJ, http://www.playvid.com/watch/OYjkGS2xK2m, http://www.playvid.com/watch/WaeCw5M8ZTH, http://www.playvid.com/watch/uolTzlvdgTA, http://www.playvid.com/watch/4n2HQQunjZ0, http://www.playvid.com/watch/NxFkoz01iBt, http://www.playvid.com/watch/ruCDv-n5i2s, http://www.playvid.com/watch/8sDZnaz40Q7, http://www.playvid.com/watch/fGI-LebG3h8, http://www.playvid.com/watch/NMZNz2Kx1zk, http://www.playvid.com/watch/bNYdtfJwLVE, http://www.playvid.com/watch/QSUxdPJdLxi, http://www.playvid.com/watch/gvk8lQRBynm, http://www.playvid.com/watch/7xBdcLDdiua, http://www.playvid.com/watch/N9KZXEU6wkh, http://www.playvid.com/watch/dsZCiyWM6rU, http://www.playvid.com/watch/AxuNQ4Gc3f9, http://www.playvid.com/watch/eSh-az6urPd, http://www.playvid.com/watch/PguHKxCOhHR, http://www.playvid.com/watch/x-wgqqDcl7T, http://www.playvid.com/watch/z9SJBwbNPbo
5.f. Date of third notice: 2014-02-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fugo
5.b. Uploader's email address: mrbart@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/fugo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PwpK9alw0hY, http://www.playvid.com/watch/5Lf4LqfLEDU, http://www.playvid.com/watch/7SYBcpmmiSr, http://www.playvid.com/watch/8yzRo5nsbrj, http://www.playvid.com/watch/ioPzWA4yqTX, http://www.playvid.com/watch/-R3GXmkmlha, http://www.playvid.com/watch/WTzrCKeyinU, http://www.playvid.com/watch/UOXfnJq-SnW, http://www.playvid.com/watch/em38qjk-FOB, http://www.playvid.com/watch/3LBzGb6fE0A, http://www.playvid.com/watch/ED866xt2whs, http://www.playvid.com/watch/8jHeIldlmnB, http://www.playvid.com/watch/V79UnmrQaDA, http://www.playvid.com/watch/nzKZS-TjM-5, http://www.playvid.com/watch/B3y85Qr4oKv, http://www.playvid.com/watch/PrUphnDVuRb, http://www.playvid.com/watch/vxbl2HHSnXc, http://www.playvid.com/watch/n6bNZEybcLN, http://www.playvid.com/watch/zZO4pVoOSF5, http://www.playvid.com/watch/HTokqXAPqZt, http://www.playvid.com/watch/KJXTGJtwNMj, http://www.playvid.com/watch/Jkc-30lORVx, http://www.playvid.com/watch/bfK2PW7EIP4, http://www.playvid.com/watch/dsgdU32HwfW, http://www.playvid.com/watch/vVirG5XGZPi, http://www.playvid.com/watch/RN7ZXEDxUaf, http://www.playvid.com/watch/IGLhUw50GjQ, http://www.playvid.com/watch/oGYCZcsO-Fy, http://www.playvid.com/watch/LbZlq5JrdD6, http://www.playvid.com/watch/v3OXsHyTXWr, http://www.playvid.com/watch/Slavrure5Jn, http://www.playvid.com/watch/auI24KKcgTn, http://www.playvid.com/watch/9u0VTAFLvaR, http://www.playvid.com/watch/6xOwXPeDRp0, http://www.playvid.com/watch/2cr-6MTOvRl, http://www.playvid.com/watch/YIm3pGAdEXK, http://www.playvid.com/watch/-4VLZpTLGzK, http://www.playvid.com/watch/UAzLAtxbiNV, http://www.playvid.com/watch/8OO8IgbwzA5, http://www.playvid.com/watch/iftCprrSlcx, http://www.playvid.com/watch/Ju5EZGSH83A, http://www.playvid.com/watch/iH2FFvdK8Of, http://www.playvid.com/watch/7wPBBvVTER9, http://www.playvid.com/watch/yO4JtnLAhjm, http://www.playvid.com/watch/FCUeefzEkz2, http://www.playvid.com/watch/KA5g5BvZhWA, http://www.playvid.com/watch/epFG6xokQ8p, http://www.playvid.com/watch/a9bSJwsnrHG, http://www.playvid.com/watch/pQqFEbkNrg9, http://www.playvid.com/watch/jzJ8jX35Pr9, http://www.playvid.com/watch/JAqPNrnpAma, http://www.playvid.com/watch/vlrFgKYjkMg, http://www.playvid.com/watch/jl7t8XHTsw4, http://www.playvid.com/watch/EUdnXQrMDYV, http://www.playvid.com/watch/AFm3SjEkVNc, http://www.playvid.com/watch/VPAuTa0hyLi, http://www.playvid.com/watch/YtvdLK3CkFQ, http://www.playvid.com/watch/IyqbCx8HESv, http://www.playvid.com/watch/lmT7VrCHJ0C, http://www.playvid.com/watch/FVL7Xpx0zBQ, http://www.playvid.com/watch/dejViA-97ef, http://www.playvid.com/watch/rikbeTyBNUE, http://www.playvid.com/watch/FOvEIoVhRXK, http://www.playvid.com/watch/nmdrMaI9r-P, http://www.playvid.com/watch/rhKBWC2TF7Z, http://www.playvid.com/watch/XDIcCpPHL2I, http://www.playvid.com/watch/TDpAeE0MFG3, http://www.playvid.com/watch/DTChrB2ef2C, http://www.playvid.com/watch/DaTazdAIC78, http://www.playvid.com/watch/jMIgzBAlFlm, http://www.playvid.com/watch/ma8U2eIQIRX, http://www.playvid.com/watch/wuc4iDSIFmh, http://www.playvid.com/watch/RQSUXoNXpUj, http://www.playvid.com/watch/2zxUeM3swXB, http://www.playvid.com/watch/QLzwZAj8ocp, http://www.playvid.com/watch/jjX6qN3DJ2C, http://www.playvid.com/watch/h4GbhJVVspr, http://www.playvid.com/watch/4ohVamIrDmY, http://www.playvid.com/watch/Pw9LL2xFk4i, http://www.playvid.com/watch/Sn945ujP47A, http://www.playvid.com/watch/ZURq0ZWBVZ3, http://www.playvid.com/watch/GcIWqddgUfb, http://www.playvid.com/watch/JYgbSOeOPem, http://www.playvid.com/watch/HvgB8wRsBK8, http://www.playvid.com/watch/buRyBdV3wSn, http://www.playvid.com/watch/P7ks724Vego, http://www.playvid.com/watch/Ns4hCsqX92X, http://www.playvid.com/watch/OCWI08fKi4M, http://www.playvid.com/watch/lry6f3Jln8H, http://www.playvid.com/watch/R2SrU2fGQCU, http://www.playvid.com/watch/DY9msB8free, http://www.playvid.com/watch/CgVpEnY56Du, http://www.playvid.com/watch/5-fz-Ma8QWi, http://www.playvid.com/watch/fe6jfmBn20Z, http://www.playvid.com/watch/OaDCDZEvpsW, http://www.playvid.com/watch/CKbTBjkSwyL, http://www.playvid.com/watch/KFdG7UUg59H, http://www.playvid.com/watch/2QdyaFSbhaT, http://www.playvid.com/watch/yIepqn2O4OP, http://www.playvid.com/watch/NuqAS6yUqyf, http://www.playvid.com/watch/hRfoREIHhsW, http://www.playvid.com/watch/bnQXmFdyn9M, http://www.playvid.com/watch/KmX3p003tm0, http://www.playvid.com/watch/SXY9HhUszU7, http://www.playvid.com/watch/CYMjKrxYVIa, http://www.playvid.com/watch/uOlRHeD-QJq, http://www.playvid.com/watch/UrTo5F2-7Ie, http://www.playvid.com/watch/RwFDPv9yMCm, http://www.playvid.com/watch/4BzpHsgrdDQ, http://www.playvid.com/watch/-7WhPIzTdnP, http://www.playvid.com/watch/7stNGCHCnuE, http://www.playvid.com/watch/6nelXCakoou, http://www.playvid.com/watch/s9kwafCiuNO, http://www.playvid.com/watch/qgy8XXhK0UC, http://www.playvid.com/watch/nCspJs3ITEk, http://www.playvid.com/watch/EyVptPtRQAS, http://www.playvid.com/watch/NIPSNmUzAYv, http://www.playvid.com/watch/xIl4Beq5Max, http://www.playvid.com/watch/zclfFtGKvsW, http://www.playvid.com/watch/SYP7f7tI7EP, http://www.playvid.com/watch/0SFWSbjgKua, http://www.playvid.com/watch/T6Kkn2Yu7SX, http://www.playvid.com/watch/gGmqtw2l-sO, http://www.playvid.com/watch/Bubr3WXGLLy, http://www.playvid.com/watch/Ahmtom52W0o, http://www.playvid.com/watch/YRg0BTEdu7M, http://www.playvid.com/watch/GRoppVjNh5u, http://www.playvid.com/watch/vldJKG98T8E, http://www.playvid.com/watch/DByqu62-5Z-, http://www.playvid.com/watch/FiN4sF-tLCO, http://www.playvid.com/watch/0FCZ9xEjJ5C, http://www.playvid.com/watch/GVEoruoAubc, http://www.playvid.com/watch/riOCbfg7mla, http://www.playvid.com/watch/FXxv0oGxbfm, http://www.playvid.com/watch/SNw-XNwM7HK, http://www.playvid.com/watch/rbcs-aR-kVe, http://www.playvid.com/watch/ui-a4f3W6lw, http://www.playvid.com/watch/Df8hXKgAxn4, http://www.playvid.com/watch/PTDswBNHlDE, http://www.playvid.com/watch/CyXnlqoOho8, http://www.playvid.com/watch/f4UiEfExUwq, http://www.playvid.com/watch/qcDFjQBuq9i, http://www.playvid.com/watch/ekHPfLs98wn, http://www.playvid.com/watch/wxM6BtbNHii, http://www.playvid.com/watch/Eww7uh8E2YN, http://www.playvid.com/watch/pNdO3kTBdV2, http://www.playvid.com/watch/UjCvbghro3I, http://www.playvid.com/watch/aiARAF-zbzb, http://www.playvid.com/watch/kY8XLVsJHMS, http://www.playvid.com/watch/OGenq3WZrie, http://www.playvid.com/watch/MSkoB8rTtlK, http://www.playvid.com/watch/I3XW5C9whAc, http://www.playvid.com/watch/BUw7XxJLbBG, http://www.playvid.com/watch/KsgU7Ps84du, http://www.playvid.com/watch/fciITa3ciGl, http://www.playvid.com/watch/CecyyMT8SX4, http://www.playvid.com/watch/T0Oe5b--Izo, http://www.playvid.com/watch/Nc7jqUrKrx2, http://www.playvid.com/watch/neVfL3w3RNO, http://www.playvid.com/watch/TTjvaiUrSLl, http://www.playvid.com/watch/Z0iOHu3fhNg, http://www.playvid.com/watch/0CMNlOnZLeh, http://www.playvid.com/watch/P607QzCG6ai, http://www.playvid.com/watch/SrNLJ208s-9, http://www.playvid.com/watch/J7oh8ImF9YV, http://www.playvid.com/watch/F-0dgheg-L7, http://www.playvid.com/watch/5XggJlA3T3A, http://www.playvid.com/watch/4e4rqTp-FjC, http://www.playvid.com/watch/8lZ-YJbzJyy, http://www.playvid.com/watch/uXO4Wd5ge3y, http://www.playvid.com/watch/xD8yUDgVRrX, http://www.playvid.com/watch/gcvYsEfxMMN, http://www.playvid.com/watch/wyrnlExHKMN, http://www.playvid.com/watch/suaMykBMOUH, http://www.playvid.com/watch/0QHrpGC7mbG, http://www.playvid.com/watch/UXelTADf2uD
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: fuji
5.b. Uploader's email address: alienkar@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/fuji
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2OFoZfmvIYi, http://www.playvid.com/watch/iGEMlZ3O0LQ, http://www.playvid.com/watch/zwPspO3aFVH, http://www.playvid.com/watch/5eQ9NtwfXDq, http://www.playvid.com/watch/UPhfHT-ZnZ4, http://www.playvid.com/watch/jucxX8NZbta, http://www.playvid.com/watch/m2UTxupVIOd, http://www.playvid.com/watch/fDFCewB8rM7, http://www.playvid.com/watch/fFl7IRzM0b9, http://www.playvid.com/watch/JxlLQ67r5BC, http://www.playvid.com/watch/F5I-QE6XM4Q, http://www.playvid.com/watch/mxWxxfZ9D46, http://www.playvid.com/watch/w9l0UaN9XDZ, http://www.playvid.com/watch/PSUJ2jDWAox, http://www.playvid.com/watch/9BBYznSyObI, http://www.playvid.com/watch/DoWUPLsuOD8, http://www.playvid.com/watch/FxWGRvTl2ZD, http://www.playvid.com/watch/Q-Al0jfNQzJ, http://www.playvid.com/watch/FSqVWVeBWAN, http://www.playvid.com/watch/DTufv7LDo0P, http://www.playvid.com/watch/XXQF9SUQgq9, http://www.playvid.com/watch/rwFtJyoxper, http://www.playvid.com/watch/x6LzAwphADH, http://www.playvid.com/watch/6JxXqgs5MaE, http://www.playvid.com/watch/kYXq5mFM0cO, http://www.playvid.com/watch/Xz2R8M3Ojh4, http://www.playvid.com/watch/GU9l2Lit8hw, http://www.playvid.com/watch/0ezu4UonRZZ, http://www.playvid.com/watch/c2wn7Nsoy87, http://www.playvid.com/watch/GY6eWztu6bS, http://www.playvid.com/watch/E03RA9whPFk, http://www.playvid.com/watch/aiTOl9GGMCC, http://www.playvid.com/watch/W0j62ZBv9mR, http://www.playvid.com/watch/HAyti9zq6I8, http://www.playvid.com/watch/CFaRBREx45I, http://www.playvid.com/watch/zublMJsyoWn, http://www.playvid.com/watch/zGZ5RxYqixz, http://www.playvid.com/watch/viJyiFEdUw2, http://www.playvid.com/watch/6pslSvVid6U, http://www.playvid.com/watch/wgYqT8mwrJD, http://www.playvid.com/watch/0wXf34D2dzI
5.f. Date of third notice: 2014-01-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gab0570
5.b. Uploader's email address: gab0570@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gab0570
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yfLQUfx67eE, http://www.playvid.com/watch/eRIRyYH9An7, http://www.playvid.com/watch/2IkZAwGnmHX, http://www.playvid.com/watch/VxJR7fVs9P6, http://www.playvid.com/watch/x8OeztMTzHi, http://www.playvid.com/watch/AFwHWJlN0RZ, http://www.playvid.com/watch/KK-hUlXbsZj, http://www.playvid.com/watch/AhHe8gwhTIX, http://www.playvid.com/watch/njHcMSL0Rsq, http://www.playvid.com/watch/VtuF8pZarVk, http://www.playvid.com/watch/SAzgKvo8liM, http://www.playvid.com/watch/bQStarlWyPb, http://www.playvid.com/watch/EZpA9fvbeBO, http://www.playvid.com/watch/DVXRlFmutxT, http://www.playvid.com/watch/VxVqVzUbfAz, http://www.playvid.com/watch/ztkj-5c3-Oj, http://www.playvid.com/watch/3Zbhq69NnFX, http://www.playvid.com/watch/eQACxhI2qq6, http://www.playvid.com/watch/rMEUQL5hQ6T, http://www.playvid.com/watch/S9mH0u4C0xc, http://www.playvid.com/watch/oG35TiP2XFN, http://www.playvid.com/watch/ryK6mYhZ2bG, http://www.playvid.com/watch/cwQauN3qHMX, http://www.playvid.com/watch/x8CFwDc-5Xc, http://www.playvid.com/watch/UxCyOXi62yh, http://www.playvid.com/watch/HjnR-zpkOZY, http://www.playvid.com/watch/nnpOS2tz9Ji, http://www.playvid.com/watch/bJ45AWgm5Y7, http://www.playvid.com/watch/BL0ZQ2y9Ovi, http://www.playvid.com/watch/NQT3syMZ3xN, http://www.playvid.com/watch/z5sDf0sKFo0, http://www.playvid.com/watch/bhCy8FcWrtx, http://www.playvid.com/watch/7GLFPPNXVsW, http://www.playvid.com/watch/NuGQUe3YNk-, http://www.playvid.com/watch/3KRWCa-EG6H, http://www.playvid.com/watch/jgxRbfILN7H, http://www.playvid.com/watch/Hu8IAR-Nm6J, http://www.playvid.com/watch/0X2p5w5EcJa, http://www.playvid.com/watch/9WjUy9uQ7Sp, http://www.playvid.com/watch/KGuKHJlXWEj, http://www.playvid.com/watch/ET6q-96pe5T, http://www.playvid.com/watch/bqTBcOt6Iyu, http://www.playvid.com/watch/hadyksle8ka, http://www.playvid.com/watch/vmZuYossZ2x, http://www.playvid.com/watch/qeFOL3q6mSS, http://www.playvid.com/watch/cNL7-EHUYeP, http://www.playvid.com/watch/Xz5CEjyHQKj, http://www.playvid.com/watch/HIZaHnVS0Fo, http://www.playvid.com/watch/8aw90nmGM4j, http://www.playvid.com/watch/zMRLIqvZNpI, http://www.playvid.com/watch/WF89wtT37Kw, http://www.playvid.com/watch/NpzbqsMC0su, http://www.playvid.com/watch/npDIHSkIu4k, http://www.playvid.com/watch/JkfvpQsJazm, http://www.playvid.com/watch/yQ4kBPszh3b, http://www.playvid.com/watch/Yp8NOzdE2PD, http://www.playvid.com/watch/8hjK4QDO8My, http://www.playvid.com/watch/YDWkIHNtMCb, http://www.playvid.com/watch/LTeo0Q-ShUX, http://www.playvid.com/watch/CwzeQanPa7A, http://www.playvid.com/watch/viPAIizTa3P, http://www.playvid.com/watch/Wmt7xZs-p0W, http://www.playvid.com/watch/E6h2Alh5Vdm, http://www.playvid.com/watch/pfMLK-xiV72, http://www.playvid.com/watch/je18c2zaCsO, http://www.playvid.com/watch/xHWBr1BtcBI, http://www.playvid.com/watch/lChKC4xkCjV, http://www.playvid.com/watch/bFVz7n-zTmQ, http://www.playvid.com/watch/uTXfRlQcfW4, http://www.playvid.com/watch/fLAIK53jvBa, http://www.playvid.com/watch/m72ippbI9A8, http://www.playvid.com/watch/NQ7Q30QKyYr, http://www.playvid.com/watch/4CYng5b-VNV, http://www.playvid.com/watch/xcV4cYPBAIn, http://www.playvid.com/watch/u3a_Bzz0d0z, http://www.playvid.com/watch/L-8oyDVMcrz, http://www.playvid.com/watch/pA29R_tk3kh, http://www.playvid.com/watch/aGYUz4PsVJF, http://www.playvid.com/watch/9o9W7UEZNrx, http://www.playvid.com/watch/5mYwUtPhokC, http://www.playvid.com/watch/lR2C6geqXde, http://www.playvid.com/watch/7s0DLmkh-eX, http://www.playvid.com/watch/SdB4zB-9QLO, http://www.playvid.com/watch/Te5siQX3wFt, http://www.playvid.com/watch/w8BaPf-H3FB, http://www.playvid.com/watch/XnOUN3PLYUU, http://www.playvid.com/watch/Llrlz_A9_0G, http://www.playvid.com/watch/9rAm0zd8DA9, http://www.playvid.com/watch/v1mZvjz0tls, http://www.playvid.com/watch/ihDPIxLKWSY, http://www.playvid.com/watch/4lMgNPFTNSI, http://www.playvid.com/watch/yIBWt90goUQ, http://www.playvid.com/watch/SFq-6EsLXyk, http://www.playvid.com/watch/8YQUEsTwdAA, http://www.playvid.com/watch/B2U3T5zhAU7, http://www.playvid.com/watch/FfWlXA4YbaO, http://www.playvid.com/watch/DmdILsoLEet, http://www.playvid.com/watch/EOmjVpRfb8S, http://www.playvid.com/watch/7iheYUJvUWd, http://www.playvid.com/watch/ShEsQq8ygcU, http://www.playvid.com/watch/FOblTXMb51w, http://www.playvid.com/watch/KF80MMrx8OH, http://www.playvid.com/watch/NGPgr4dS7Id, http://www.playvid.com/watch/TniXecJGawA, http://www.playvid.com/watch/VcNtr4UNjSV, http://www.playvid.com/watch/btU4xgoLY9B, http://www.playvid.com/watch/5hYdsNoCWwY, http://www.playvid.com/watch/AkPKA8JhIX2, http://www.playvid.com/watch/MhXzneJoi-0, http://www.playvid.com/watch/3dyqTUCJFUJ, http://www.playvid.com/watch/ujtsvWTaD7g, http://www.playvid.com/watch/VIAfnrlr6zF, http://www.playvid.com/watch/ETgd2TP1YaQ, http://www.playvid.com/watch/upMydT5gAh6, http://www.playvid.com/watch/q-uP64W5nON, http://www.playvid.com/watch/KE-6oEKIPGx, http://www.playvid.com/watch/aeoLfieL1bX, http://www.playvid.com/watch/vXTOy6y6q0h, http://www.playvid.com/watch/0aUOkhGTiLQ, http://www.playvid.com/watch/ZNsdOI4UrqV, http://www.playvid.com/watch/B2fcsf_SiqW, http://www.playvid.com/watch/0IbmjF26cvA, http://www.playvid.com/watch/43lJP5UM2xq, http://www.playvid.com/watch/t0Jr5aKuV9s, http://www.playvid.com/watch/VlMBZcmDSsY, http://www.playvid.com/watch/inUMcLs1AYD, http://www.playvid.com/watch/oNk0klRRkZy, http://www.playvid.com/watch/Gs4c_vmJRpm, http://www.playvid.com/watch/hAxKbKrrPMp, http://www.playvid.com/watch/9txcH2DznQH, http://www.playvid.com/watch/U5TEqOW6Bjp, http://www.playvid.com/watch/U8S6fXxZLX6, http://www.playvid.com/watch/g-Kqb5pxjBi, http://www.playvid.com/watch/fqbhHq1Yiku, http://www.playvid.com/watch/8hOJJQcPRsr, http://www.playvid.com/watch/3LNawQKoeqr, http://www.playvid.com/watch/u_CDW-7uhe0, http://www.playvid.com/watch/R7RjUTwcRtH, http://www.playvid.com/watch/CxURGnA4oQy, http://www.playvid.com/watch/oYsCUDpdvnl, http://www.playvid.com/watch/fZe9NcSGQvU, http://www.playvid.com/watch/szb-xjq29YH, http://www.playvid.com/watch/eD3qXsB-lNL, http://www.playvid.com/watch/zGs-BwM80fV, http://www.playvid.com/watch/odFVbaXgU-E, http://www.playvid.com/watch/prRa865PpUT, http://www.playvid.com/watch/BdMs-8lZeIS
5.f. Date of third notice: 2013-11-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gabanna
5.b. Uploader's email address: fredgabannna@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/gabanna
5.e. List of videos posted by uploader: http://www.playvid.com/watch/M2OBPle4V50, http://www.playvid.com/watch/Cwu-T2-irIC, http://www.playvid.com/watch/rx4m0g-6Fvv, http://www.playvid.com/watch/u7TU8JTaqvQ, http://www.playvid.com/watch/8xtDt0KPHCp, http://www.playvid.com/watch/KuNU73OrIxy, http://www.playvid.com/watch/MaMQCll0WAu, http://www.playvid.com/watch/GlQIBEqAWbC, http://www.playvid.com/watch/OpN5kCFwVWY, http://www.playvid.com/watch/bMrdjRtufcE, http://www.playvid.com/watch/HCghXSWuO4Q, http://www.playvid.com/watch/D2_8eDVleii, http://www.playvid.com/watch/TLLWlVCVJxa, http://www.playvid.com/watch/34Vm-xNGkjC, http://www.playvid.com/watch/ws666CgxCg3, http://www.playvid.com/watch/ARxCmnsPXCl, http://www.playvid.com/watch/lIGcz0HJGJ4, http://www.playvid.com/watch/0OHXQLMbpnq, http://www.playvid.com/watch/iSh-DmvzDp4, http://www.playvid.com/watch/qZybLcSm-kx, http://www.playvid.com/watch/ZXBambJKXie, http://www.playvid.com/watch/dEjH1bKof-5, http://www.playvid.com/watch/pAorljEJYWu, http://www.playvid.com/watch/5r4B3cE8ILZ, http://www.playvid.com/watch/7CyerdVG2-3, http://www.playvid.com/watch/AfuSwONumWk, http://www.playvid.com/watch/SrN7Fk1ODBb, http://www.playvid.com/watch/SEkCIRF88NQ, http://www.playvid.com/watch/x9XNm5FqJGz, http://www.playvid.com/watch/msWk6k3-MJb, http://www.playvid.com/watch/05ghnYeSQAu, http://www.playvid.com/watch/5XdhpEc4w6s, http://www.playvid.com/watch/AomkrOxImvM, http://www.playvid.com/watch/YX48HyDKHBA, http://www.playvid.com/watch/RqPobAjtYct, http://www.playvid.com/watch/9jjZnfbXpMC, http://www.playvid.com/watch/sBmxiPgCs95, http://www.playvid.com/watch/u2Owh9Fdfrg, http://www.playvid.com/watch/8fjuVWndbCf, http://www.playvid.com/watch/E0PXYIzxTtD, http://www.playvid.com/watch/ouyZMZufTHX, http://www.playvid.com/watch/61vR4-nWKrA, http://www.playvid.com/watch/RwrXrs4vaqw, http://www.playvid.com/watch/ZXRg-8rsWv2, http://www.playvid.com/watch/aZAIx6frdef, http://www.playvid.com/watch/m_2WVNAXR7d, http://www.playvid.com/watch/Ai8XeLx71Lt, http://www.playvid.com/watch/rzWM7jf2_HB, http://www.playvid.com/watch/JtkCsPUwCuN, http://www.playvid.com/watch/oxbDCby3sSW, http://www.playvid.com/watch/7Mhse8-uoOq, http://www.playvid.com/watch/mPBpfBu9JV5, http://www.playvid.com/watch/TXlvNVDq5uC, http://www.playvid.com/watch/I4MfEFQ2EVQ, http://www.playvid.com/watch/8zcXRCgTB0V, http://www.playvid.com/watch/XTTrMA911jr, http://www.playvid.com/watch/Uqe_s0ZfCQ8, http://www.playvid.com/watch/wvgr-e4RIJK, http://www.playvid.com/watch/2thNzbr_S7H, http://www.playvid.com/watch/vj-yMAqu3uE, http://www.playvid.com/watch/FOqGyWxHc0W, http://www.playvid.com/watch/Cki6PQ-ua5a, http://www.playvid.com/watch/wOrwpnWPl0N, http://www.playvid.com/watch/5-_M9Jqv2h9, http://www.playvid.com/watch/drWXeoqzGtf, http://www.playvid.com/watch/IOM8XgBtH5n, http://www.playvid.com/watch/2jZfCZ-FLNO, http://www.playvid.com/watch/00saWz1cd5w, http://www.playvid.com/watch/f9eA0OAHikH, http://www.playvid.com/watch/ciCpfAol33F, http://www.playvid.com/watch/FvwqRDcBPHy, http://www.playvid.com/watch/oNA0Cl3c1lJ, http://www.playvid.com/watch/xsGIOI6WhIT, http://www.playvid.com/watch/njKNHsp3Hbf, http://www.playvid.com/watch/tLafYa3jUCF, http://www.playvid.com/watch/3GRhk3z5cAI, http://www.playvid.com/watch/PUz0T3lZs1G, http://www.playvid.com/watch/GEQSr5spZu3, http://www.playvid.com/watch/f9zF9Y8Kz12, http://www.playvid.com/watch/LCEaUH0ZKLk, http://www.playvid.com/watch/zBe9bnsC1H9, http://www.playvid.com/watch/Mwj9f7l_OiX, http://www.playvid.com/watch/63-t70BfWXc, http://www.playvid.com/watch/LNNwTBrEWQw, http://www.playvid.com/watch/gWDjfNtqcmN, http://www.playvid.com/watch/52_3kUKXU69, http://www.playvid.com/watch/lOT3pBC-H5L, http://www.playvid.com/watch/YzJ3pUD0aJC, http://www.playvid.com/watch/n4X3ikYVTaF, http://www.playvid.com/watch/tj96zcw-qKA, http://www.playvid.com/watch/pfdJnKra1jJ, http://www.playvid.com/watch/VvDq9brfLCZ, http://www.playvid.com/watch/D-FhOB3bKhY, http://www.playvid.com/watch/YfC9A2MuPzE, http://www.playvid.com/watch/HnbW1Ff9wcC, http://www.playvid.com/watch/D-1HklJrMab, http://www.playvid.com/watch/8qvw7qfkXop, http://www.playvid.com/watch/uVGU5UPL8Py
5.f. Date of third notice: 2014-06-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gamerun

5.b. Uploader's email address: lookatwork@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gamerun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ghIw7RTrkHa, http://www.playvid.com/watch/CYbv-dZ6VTm, http://www.playvid.com/watch/rBxinTr5lQB, http://www.playvid.com/watch/JZ23g_TflrE, http://www.playvid.com/watch/nnogtvTDpBs, http://www.playvid.com/watch/bG2RqEH_gsJ, http://www.playvid.com/watch/YByYuKxfLjI, http://www.playvid.com/watch/5C78RvlYIj7, http://www.playvid.com/watch/aBTeG8XU8tx, http://www.playvid.com/watch/AzYcBummqY6, http://www.playvid.com/watch/SRTO3jLuCtd, http://www.playvid.com/watch/wOkBSn5wYRx, http://www.playvid.com/watch/fiZTSH8kDUq, http://www.playvid.com/watch/uFesBBjLaKo, http://www.playvid.com/watch/MeA3FukKLRz, http://www.playvid.com/watch/X6XEafFhsXg, http://www.playvid.com/watch/J88mk8iywPM, http://www.playvid.com/watch/sEbf4BBjFDn, http://www.playvid.com/watch/A1hcpqD0bgs, http://www.playvid.com/watch/S0160EEBtpu, http://www.playvid.com/watch/XMOcNnDbEeX, http://www.playvid.com/watch/UmD1ONyMAKy, http://www.playvid.com/watch/Wx2-CyJbEZo, http://www.playvid.com/watch/QziK3zBGTdX, http://www.playvid.com/watch/Tj3g5xjLbWr, http://www.playvid.com/watch/mUWia0BEQpF, http://www.playvid.com/watch/AGKeRNySlAU, http://www.playvid.com/watch/M1HWtK1brmz, http://www.playvid.com/watch/HVdSKLdc-z8, http://www.playvid.com/watch/p1_HqQEKsfs, http://www.playvid.com/watch/sEOEGA9WhZD, http://www.playvid.com/watch/YWOGJkPfQmP, http://www.playvid.com/watch/qy9-sSehwJE, http://www.playvid.com/watch/Z0YLyoI2-dL, http://www.playvid.com/watch/35-4dOroQqE, http://www.playvid.com/watch/hU1tWxvpiXU, http://www.playvid.com/watch/H-r57HI5GjM, http://www.playvid.com/watch/dLAaqg7kqtf, http://www.playvid.com/watch/AkP-95thaAD, http://www.playvid.com/watch/MP34kFvqGy4, http://www.playvid.com/watch/NyXVhQAmYML, http://www.playvid.com/watch/LCYJXJG6gMZ
5.f. Date of third notice: 2015-09-01 13:09:34
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gamesix
5.b. Uploader's email address: killerdillekchi@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gamesix
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9MDE6X2VxEK, http://www.playvid.com/watch/T01eLvfGMn9, http://www.playvid.com/watch/Dt228e7nLMX, http://www.playvid.com/watch/c6YC0U9mX2L, http://www.playvid.com/watch/S4GJlm5YCTU, http://www.playvid.com/watch/0Q27IjFNobD, http://www.playvid.com/watch/nBSChHOV6gx, http://www.playvid.com/watch/dwxfPIFxjgo, http://www.playvid.com/watch/YYUogppCMOk, http://www.playvid.com/watch/MKJprBQOdYE, http://www.playvid.com/watch/hKqSMfacQ7L, http://www.playvid.com/watch/6DbhKbgwuTP, http://www.playvid.com/watch/eMngbtOAo3P, http://www.playvid.com/watch/OMxWImZ9fyi, http://www.playvid.com/watch/6Ifi8clmyet, http://www.playvid.com/watch/iPqcRUwbIJi, http://www.playvid.com/watch/AVhcmnbVb9F, http://www.playvid.com/watch/8Ar_HO5KquD, http://www.playvid.com/watch/bgeaHARt-X4, http://www.playvid.com/watch/JN82cAMDOcS, http://www.playvid.com/watch/uph3U6nohY2, http://www.playvid.com/watch/yQKXRC-duNI, http://www.playvid.com/watch/yqTcFXMuM5N, http://www.playvid.com/watch/dWCVSJgUCiY, http://www.playvid.com/watch/rBQCnusgHVh, http://www.playvid.com/watch/gpX5veObeKS, http://www.playvid.com/watch/rD0UnkiWcYn, http://www.playvid.com/watch/B1u1hmQUuv8, http://www.playvid.com/watch/9L9bwW0U_xS, http://www.playvid.com/watch/nC09AmSMxgd, http://www.playvid.com/watch/OpEd9m1pzq9, http://www.playvid.com/watch/h1LnCDBwq0f, http://www.playvid.com/watch/lhx8-GnzRXw, http://www.playvid.com/watch/tATObBR9WDr, http://www.playvid.com/watch/XIHcQq0-XVm, http://www.playvid.com/watch/IhjCfGPM6BC, http://www.playvid.com/watch/iyR--ps621L, http://www.playvid.com/watch/SrGg-NQBG6z, http://www.playvid.com/watch/xJRQQKDMzyF, http://www.playvid.com/watch/r6ut5CX8L3S, http://www.playvid.com/watch/4PXmCHrh998, http://www.playvid.com/watch/GH21HDlB8kh, http://www.playvid.com/watch/5o1kV4RLhtj, http://www.playvid.com/watch/0GgyP47hN2J, http://www.playvid.com/watch/jHplWBu74D5, http://www.playvid.com/watch/dGXf48ZH8dO, http://www.playvid.com/watch/3OFSp9ca3gi, http://www.playvid.com/watch/9pLusX0P4Va, http://www.playvid.com/watch/vfQk1sZrRV8, http://www.playvid.com/watch/969OIMeo7N5, http://www.playvid.com/watch/Loi3mphf29O, http://www.playvid.com/watch/wjovMRn7o6i, http://www.playvid.com/watch/JdWe-MdPMfe, http://www.playvid.com/watch/cDHaOE9XT-o, http://www.playvid.com/watch/rRCde6y6wc6, http://www.playvid.com/watch/0ySJ_h7sdmE, http://www.playvid.com/watch/5PhEtQerLSH, http://www.playvid.com/watch/bdwlUvhXmkf, http://www.playvid.com/watch/RO-tUXLFFxd, http://www.playvid.com/watch/QsR7wSbqIua, http://www.playvid.com/watch/vv_BvrvqpJJ, http://www.playvid.com/watch/QqSCMiWOEz0, http://www.playvid.com/watch/tCTbqjxEHWX, http://www.playvid.com/watch/gVFeK6kXidn, http://www.playvid.com/watch/bAPJKgrhsML, http://www.playvid.com/watch/ws1d4Rw1HDA, http://www.playvid.com/watch/GXJoS5dC7F9, http://www.playvid.com/watch/GIgUJ0if53h, http://www.playvid.com/watch/alF0ffIUS2M, http://www.playvid.com/watch/CShYjGGON0x, http://www.playvid.com/watch/H5JYDb9onpR, http://www.playvid.com/watch/3JvnBc7ykd0, http://www.playvid.com/watch/IOq8YU3DIRk, http://www.playvid.com/watch/nwDavU2kh86, http://www.playvid.com/watch/zdJD2HLEi2n, http://www.playvid.com/watch/rDaINW90ijU, http://www.playvid.com/watch/aOgfH8IfxEJ, http://www.playvid.com/watch/oi_b6OCc2Dr, http://www.playvid.com/watch/HG3xcxASOd8, http://www.playvid.com/watch/LTkKl_TTefP, http://www.playvid.com/watch/Q6SyTqKoR-o, http://www.playvid.com/watch/fQ1VFc6yCLF, http://www.playvid.com/watch/flYpIG2hh8G, http://www.playvid.com/watch/FA1EVD2XfbQ, http://www.playvid.com/watch/JK-TbGP7S8s, http://www.playvid.com/watch/w-8iWD876rv, http://www.playvid.com/watch/fUMsjJmEO_9, http://www.playvid.com/watch/VG-seKTi62Y, http://www.playvid.com/watch/DD51UKNQ4aS, http://www.playvid.com/watch/eO_uomiObsy, http://www.playvid.com/watch/SIw8d_pyIze, http://www.playvid.com/watch/sqafrQX5XrY, http://www.playvid.com/watch/lB2AVuOtHcT, http://www.playvid.com/watch/j3iBKpeHDAm, http://www.playvid.com/watch/6cIvRxp41T6, http://www.playvid.com/watch/tz6J5a_lMei, http://www.playvid.com/watch/UmeRJpoCXEW
5.f. Date of third notice: 2015-08-19 21:29:26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: garen87
5.b. Uploader's email address: francisco.silvaguerra@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/garen87
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VJmM48zq8yr, http://www.playvid.com/watch/F6dKGoYZ4kP, http://www.playvid.com/watch/QkECJt7bJCV, http://www.playvid.com/watch/GzJpBfoXzdI, http://www.playvid.com/watch/LW4aJGArnta, http://www.playvid.com/watch/zQRDhCScbNn, http://www.playvid.com/watch/KF22HOCzipG, http://www.playvid.com/watch/9i-8iiovCvg, http://www.playvid.com/watch/4SYRFvBWxNZ, http://www.playvid.com/watch/KaGCPKVGWJM, http://www.playvid.com/watch/xY5UxqUfNSy, http://www.playvid.com/watch/iIiSCN3LeQf, http://www.playvid.com/watch/8OPvz9qyQyH, http://www.playvid.com/watch/uKyGWi2VDNk, http://www.playvid.com/watch/hcz8ftlwNwE, http://www.playvid.com/watch/RsVjfaxbd8d, http://www.playvid.com/watch/gJviyCED9I0, http://www.playvid.com/watch/J2Iz4mwqEwO, http://www.playvid.com/watch/ZC0adulczjD, http://www.playvid.com/watch/yqFgsDoRpAi, http://www.playvid.com/watch/SRypdKMqlEc, http://www.playvid.com/watch/PYGR0DxJEWa, http://www.playvid.com/watch/M4x5vjGjxOi, http://www.playvid.com/watch/U29OH5Ncqwu, http://www.playvid.com/watch/GJLUhneartd, http://www.playvid.com/watch/xWi6RM3vxNF, http://www.playvid.com/watch/zihgkY3XB3O, http://www.playvid.com/watch/cLnj8e0BCrQ, http://www.playvid.com/watch/hOScPmTxOjJ, http://www.playvid.com/watch/3Qh29-4Qkkk, http://www.playvid.com/watch/QtgQSeYGRk5, http://www.playvid.com/watch/0kn4LQJWZSc, http://www.playvid.com/watch/OBFg8d2zEEa, http://www.playvid.com/watch/rbftcqBKgv6, http://www.playvid.com/watch/AsCnHZ6yOsG, http://www.playvid.com/watch/SYdElwlYFf5, http://www.playvid.com/watch/u5st7yuetqT, http://www.playvid.com/watch/Py5QwQd4HXP, http://www.playvid.com/watch/y9N76mswKUB, http://www.playvid.com/watch/BHPup3Po4V4, http://www.playvid.com/watch/F0SLcQ3wZ0z, http://www.playvid.com/watch/N0T4uUCbJtR, http://www.playvid.com/watch/YCGthbrwDtO, http://www.playvid.com/watch/GM2ItNzf24E, http://www.playvid.com/watch/fFpNETK-0Ic, http://www.playvid.com/watch/VL9X-bLeW22, http://www.playvid.com/watch/cNw5YtZDABW
5.f. Date of third notice: 2014-04-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gaybbpornlover
5.b. Uploader's email address: bbrowne87@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gaybbpornlover
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0upU6SlqbNb, http://www.playvid.com/watch/d5vaHIUDTkb, http://www.playvid.com/watch/N4i4ydxGXNJ, http://www.playvid.com/watch/H39HSzwBw2R, http://www.playvid.com/watch/PCIU_NwUJmo, http://www.playvid.com/watch/HMK2vmNylZc, http://www.playvid.com/watch/GDv8E-UUFoj, http://www.playvid.com/watch/lL_Zt60vQE6, http://www.playvid.com/watch/V_5DhxzNc6O, http://www.playvid.com/watch/M0JJgrKlyoA, http://www.playvid.com/watch/9suCpPzU1Jx, http://www.playvid.com/watch/sNqi1iZWPgI, http://www.playvid.com/watch/AaWUvPsgtmZ, http://www.playvid.com/watch/2A5HgV-OFCg, http://www.playvid.com/watch/R7HCqdM40BU, http://www.playvid.com/watch/iD485E3v377, http://www.playvid.com/watch/SWZ-h9OwsIH, http://www.playvid.com/watch/vpZYRCSAqZd, http://www.playvid.com/watch/dt-r0krggUl, http://www.playvid.com/watch/PhSz6XKziYY, http://www.playvid.com/watch/Jvm7oO1DjXM, http://www.playvid.com/watch/0nUUYOdL6uc, http://www.playvid.com/watch/PjVE4ftuQIa, http://www.playvid.com/watch/IIQsCTOdozS, http://www.playvid.com/watch/voq4o5OPpES, http://www.playvid.com/watch/v6IoqOOjsTW, http://www.playvid.com/watch/MWi6KVPqInN, http://www.playvid.com/watch/2JeWpMGvv0H, http://www.playvid.com/watch/hrHdy6GF-ms, http://www.playvid.com/watch/be60qP3wdCK, http://www.playvid.com/watch/LfhQ_J8b4yN, http://www.playvid.com/watch/2ugAgLxhOho, http://www.playvid.com/watch/CWI2LNNPVJs, http://www.playvid.com/watch/GkYFB34QIDV, http://www.playvid.com/watch/tDWbWi6gmEP,

http://www.playvid.com/watch/ZOev-mo08MV, http://www.playvid.com/watch/ypemhRs3a5c, http://www.playvid.com/watch/clVFN-l3mPQ, http://www.playvid.com/watch/d73Q2-npSZ3, http://www.playvid.com/watch/IYcRjMrR0-o, http://www.playvid.com/watch/VPtb04XrXqF, http://www.playvid.com/watch/6fChDmbjbVP, http://www.playvid.com/watch/UbAYkE8PKH2, http://www.playvid.com/watch/bJi8VK9w-Gc, http://www.playvid.com/watch/V3lL53K-3ur, http://www.playvid.com/watch/UaBEXqS1lnM, http://www.playvid.com/watch/G1q8CwxRcJF, http://www.playvid.com/watch/kXIRcd53I0G, http://www.playvid.com/watch/DZi_VvpMd1x, http://www.playvid.com/watch/HARA0w14VGP, http://www.playvid.com/watch/boikc1ZaNkV, http://www.playvid.com/watch/VoqWOC59Wwt, http://www.playvid.com/watch/ZMf2a5Xc8g0, http://www.playvid.com/watch/pxwvmIosf_c, http://www.playvid.com/watch/9mDXLqKQ688, http://www.playvid.com/watch/czb9QtE-5aK, http://www.playvid.com/watch/okoDz5h8mLi, http://www.playvid.com/watch/rscpjcP0ZY2, http://www.playvid.com/watch/usqns8C_xUp, http://www.playvid.com/watch/mnzF4LmBMAc
5.f. Date of third notice: 2014-12-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: geiuotan
5.b. Uploader's email address: thinhpham1thinhpham@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/geiuotan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rqKbHMq3zPf, http://www.playvid.com/watch/PtKm1bUaUGb, http://www.playvid.com/watch/fRUsmdGx0BM, http://www.playvid.com/watch/CxkAgzrbEfl, http://www.playvid.com/watch/KiF-f8XnZZ2, http://www.playvid.com/watch/6ASwtDuRaYe, http://www.playvid.com/watch/gPCl6azcRT6, http://www.playvid.com/watch/0JIN47xB0hr, http://www.playvid.com/watch/BONVuEx6u2Y, http://www.playvid.com/watch/iwBtIAMnzh4, http://www.playvid.com/watch/qsqHpj_GdUF, http://www.playvid.com/watch/P2iBFhAbHE7, http://www.playvid.com/watch/isHSymmi6HL, http://www.playvid.com/watch/DkAK4SjYxKu, http://www.playvid.com/watch/x2wgZYChRrF, http://www.playvid.com/watch/D5BoTh7cU5f, http://www.playvid.com/watch/4j7NSA8ZtM7, http://www.playvid.com/watch/DTHM4yntUTd, http://www.playvid.com/watch/UFrcF8bhzLS, http://www.playvid.com/watch/3p5UIEUmShv, http://www.playvid.com/watch/cIfIRnu_4Kq, http://www.playvid.com/watch/zfEu7qYN9vf, http://www.playvid.com/watch/xt_UVY9JNd8, http://www.playvid.com/watch/f3CTcjJYhY2, http://www.playvid.com/watch/47QW9U7UWsu, http://www.playvid.com/watch/ziZstKPrgnJ, http://www.playvid.com/watch/gV861hMZ7cF, http://www.playvid.com/watch/cPHirGcJSfo, http://www.playvid.com/watch/l5P9aJ-mfyW, http://www.playvid.com/watch/QBZIuCd6CUw, http://www.playvid.com/watch/oFC0VgwAUDC, http://www.playvid.com/watch/LEpioxHzdSR, http://www.playvid.com/watch/zP_Ci533W6i, http://www.playvid.com/watch/btmBYGp0tb3, http://www.playvid.com/watch/w1B0DMHA3FG, http://www.playvid.com/watch/b1nAcPRRgQH, http://www.playvid.com/watch/LJcVOtLCcsv, http://www.playvid.com/watch/oJOg04xle0m, http://www.playvid.com/watch/OZt0FeW1zML, http://www.playvid.com/watch/w-Gy6bRLH4e, http://www.playvid.com/watch/ZmeQ0vuyPYy, http://www.playvid.com/watch/Eq5V8z8B_jU, http://www.playvid.com/watch/heyrZks5WFq, http://www.playvid.com/watch/fCJtsr4c-mm, http://www.playvid.com/watch/9mktWTkAVzS, http://www.playvid.com/watch/96qYF228CZD, http://www.playvid.com/watch/tuWJYRmzcy8, http://www.playvid.com/watch/wnpSj_dzPaf, http://www.playvid.com/watch/Wxpkw77p9ih, http://www.playvid.com/watch/MTmxerP89Uw, http://www.playvid.com/watch/7yd7T_m5ZeC, http://www.playvid.com/watch/zVvZIlaLj08, http://www.playvid.com/watch/ZwOwd1K0Dpi, http://www.playvid.com/watch/OM8BfwrpPlj, http://www.playvid.com/watch/3OMLirIelon, http://www.playvid.com/watch/bwmwA9SG19K, http://www.playvid.com/watch/dB5rDJLEnnv, http://www.playvid.com/watch/rRyU5rwkf13, http://www.playvid.com/watch/tC8BfVUFSjY, http://www.playvid.com/watch/TmNI6_tsBJS, http://www.playvid.com/watch/uNyxDG8ZdU4, http://www.playvid.com/watch/j6faRhgqCJH, http://www.playvid.com/watch/vas5Pi5Xt_3, http://www.playvid.com/watch/XLzOkJKanek, http://www.playvid.com/watch/YLbHL5HpDZE, http://www.playvid.com/watch/kbSBKr0xi6l, http://www.playvid.com/watch/ZHKRAAJc5Hu, http://www.playvid.com/watch/bivzI8u9wSv, http://www.playvid.com/watch/FJfinfBonJ4, http://www.playvid.com/watch/9oM1mkUq9SG, http://www.playvid.com/watch/T1byHRQj4Q7, http://www.playvid.com/watch/y12lxnTBa9B, http://www.playvid.com/watch/y9G2BlwWQha
5.f. Date of third notice: 2014-12-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: generalX
5.b. Uploader's email address: wernill@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/generalX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9EsSZ9Tghtc, http://www.playvid.com/watch/XCgCAsfT7yw, http://www.playvid.com/watch/wwvnet2d8Gc, http://www.playvid.com/watch/krZuXswgKg7, http://www.playvid.com/watch/SiD4TD6jueQ, http://www.playvid.com/watch/tocEI23wbTl, http://www.playvid.com/watch/Eo4lwkQ3-Qw, http://www.playvid.com/watch/RbXNlkfyX9U, http://www.playvid.com/watch/kbjBr-Z2Rnr, http://www.playvid.com/watch/3qhWuJUxsJ9, http://www.playvid.com/watch/X8BPZIW5Xvj, http://www.playvid.com/watch/qHE-wgeTzMp, http://www.playvid.com/watch/oyjEj2TmrKG, http://www.playvid.com/watch/dC0fa45R7Ta, http://www.playvid.com/watch/L2Tb62ftEXq, http://www.playvid.com/watch/lT2Zy2rT8nC, http://www.playvid.com/watch/qp2OMSpD0t2, http://www.playvid.com/watch/wqVKX64yO-Y, http://www.playvid.com/watch/DGwzLIaUkOU, http://www.playvid.com/watch/woaTfJJRI5j, http://www.playvid.com/watch/d5wnVASbl0Z, http://www.playvid.com/watch/WmW2wmG8jjF, http://www.playvid.com/watch/4PMVq5My0LA, http://www.playvid.com/watch/kfBXSQB8DFO, http://www.playvid.com/watch/ghCZDgf50NZ, http://www.playvid.com/watch/k5gFFIEB8IE, http://www.playvid.com/watch/DzbxJVjb2LM, http://www.playvid.com/watch/wwMlmXDBXxY, http://www.playvid.com/watch/8EebvXWBEcM, http://www.playvid.com/watch/UL3X7VbQnYH, http://www.playvid.com/watch/cLNyrWH-lap, http://www.playvid.com/watch/T-8NxxsWHhB, http://www.playvid.com/watch/SBQz2DToIhb, http://www.playvid.com/watch/30y-XyXqEpQ, http://www.playvid.com/watch/FJTQHRwgwtC, http://www.playvid.com/watch/Sbcl3Pz3Byy, http://www.playvid.com/watch/RY2l72ZpI4H, http://www.playvid.com/watch/ZD5qKze6v8N, http://www.playvid.com/watch/LH6WEA2GVOs, http://www.playvid.com/watch/Xxh6p8HjNMQ, http://www.playvid.com/watch/8d4F0Xsl8nm, http://www.playvid.com/watch/8vQJur8v6j6, http://www.playvid.com/watch/htCGZNgMd-J, http://www.playvid.com/watch/cqIT49xyG6w, http://www.playvid.com/watch/i4Pw5xhcO6-, http://www.playvid.com/watch/PcSCdHuss6V, http://www.playvid.com/watch/mENyeHiuFlG, http://www.playvid.com/watch/WaNnbBmlZhV, http://www.playvid.com/watch/QgXeoStlqDZ, http://www.playvid.com/watch/8Yx-psW6JlD, http://www.playvid.com/watch/VVjarAaJhsz, http://www.playvid.com/watch/GYVHZIRxBqa, http://www.playvid.com/watch/vZeaoyuUZyS, http://www.playvid.com/watch/XfYnGDy8sNC, http://www.playvid.com/watch/tYo3-RetNJi, http://www.playvid.com/watch/qqQ4c8Q2KWv, http://www.playvid.com/watch/-CisXFq4E-j, http://www.playvid.com/watch/5Q2goMbW8m3, http://www.playvid.com/watch/rVpi0Tz8SlT, http://www.playvid.com/watch/UsYLExfGa0H, http://www.playvid.com/watch/kD7EoRKHroG, http://www.playvid.com/watch/OGdCNMDJ-Ng, http://www.playvid.com/watch/6z5Cm6pmgrI, http://www.playvid.com/watch/c9Qvp7ecdHq, http://www.playvid.com/watch/U2W9s5zraht, http://www.playvid.com/watch/UNl7qyY8Sfw, http://www.playvid.com/watch/KOaJ85vj98g, http://www.playvid.com/watch/dfCPSi7nP9E, http://www.playvid.com/watch/F7CyNXdoRi8, http://www.playvid.com/watch/x-nEjIs-9uG, http://www.playvid.com/watch/0hqroPeEvE2, http://www.playvid.com/watch/ctjTenclGBP, http://www.playvid.com/watch/HgJTZAJQp0E, http://www.playvid.com/watch/Juee2rrQVKL, http://www.playvid.com/watch/BXXrOmPxhok, http://www.playvid.com/watch/d6MmEaVc-qL, http://www.playvid.com/watch/LutWCYVlEbv, http://www.playvid.com/watch/rXSuobKUGP3, http://www.playvid.com/watch/7e0RLNRKYah, http://www.playvid.com/watch/JayIR0AgLqm, http://www.playvid.com/watch/jvqcLyqgAph, http://www.playvid.com/watch/-fOxlO6IxTB, http://www.playvid.com/watch/Eu2snAHtEgS, http://www.playvid.com/watch/Vx4q0ZhEfEM, http://www.playvid.com/watch/c4yTRDPdMMh, http://www.playvid.com/watch/DjUO7mK7pxP, http://www.playvid.com/watch/slBHdJrEpl6, http://www.playvid.com/watch/CMqLjrfD8cz, http://www.playvid.com/watch/RYaI7TXAFI3, http://www.playvid.com/watch/rg0BnwnjRZJ, http://www.playvid.com/watch/aTbWH8DDYAv, http://www.playvid.com/watch/piIwN29panI, http://www.playvid.com/watch/wcau-virtgT, http://www.playvid.com/watch/tqcVzn0SLGo, http://www.playvid.com/watch/tpEHWjhX5Xh, http://www.playvid.com/watch/tIZRpcj6hyK, http://www.playvid.com/watch/hwgqOaipRvf, http://www.playvid.com/watch/Fs8iG57f2xQ, http://www.playvid.com/watch/qGXqtmaZQ6n, http://www.playvid.com/watch/5bZSWjI8vX8, http://www.playvid.com/watch/G-3NMe9Efim, http://www.playvid.com/watch/D4Rr8vj90sf, http://www.playvid.com/watch/H4fS4F8xw2w, http://www.playvid.com/watch/-TZ0wdtz9tl, http://www.playvid.com/watch/irGnrqVR45p, http://www.playvid.com/watch/LB8tx5rPx-A, http://www.playvid.com/watch/UIQy4Ul7e8K, http://www.playvid.com/watch/zvAty4X94l-, http://www.playvid.com/watch/w9rSOY8V9LO, http://www.playvid.com/watch/iY7AcvtAkcP, http://www.playvid.com/watch/wJOiAcyHyqG, http://www.playvid.com/watch/IaZTcxT0LGr, http://www.playvid.com/watch/Mln8s7rv03O, http://www.playvid.com/watch/Y8oI3u0rOpI, http://www.playvid.com/watch/YChWvDQLtcB, http://www.playvid.com/watch/WDLs6g836yF, http://www.playvid.com/watch/ysngBZxdpYh, http://www.playvid.com/watch/BpfWF-CeYal, http://www.playvid.com/watch/uTJ7FIG3tP0, http://www.playvid.com/watch/b0rMraIzM5P, http://www.playvid.com/watch/8z4mEETPHPB, http://www.playvid.com/watch/VotawIMiojD, http://www.playvid.com/watch/zxCde29GjC9, http://www.playvid.com/watch/L2vC-xMzCeB, http://www.playvid.com/watch/NdcyWZnog8G, http://www.playvid.com/watch/9xEbFD09s79, http://www.playvid.com/watch/wO3TKdpauZh, http://www.playvid.com/watch/SpA9G7KN4dF, http://www.playvid.com/watch/WqjdIkFoedn, http://www.playvid.com/watch/2Ktk0bznryF, http://www.playvid.com/watch/ee8yh4IOph4, http://www.playvid.com/watch/jFUxsGL-33-, http://www.playvid.com/watch/4j2NEHVZVMm, http://www.playvid.com/watch/sbAxBF6jylK, http://www.playvid.com/watch/bw4yBkNuqZa, http://www.playvid.com/watch/7pDBDOTViXD, http://www.playvid.com/watch/x-kLYqZFQA5, http://www.playvid.com/watch/xpK8dnjpYcI, http://www.playvid.com/watch/sEzXUmBMyOf, http://www.playvid.com/watch/xuFtWXynHH5, http://www.playvid.com/watch/quulqXKgrNt, http://www.playvid.com/watch/nhsVxZY6g76, http://www.playvid.com/watch/VgH6wNJ3Krf, http://www.playvid.com/watch/piu-DTVdc97, http://www.playvid.com/watch/nbjtpxeEter, http://www.playvid.com/watch/XdMyFDdJWEg, http://www.playvid.com/watch/iZDtxdV8GXo, http://www.playvid.com/watch/cWIPLGhDwVw, http://www.playvid.com/watch/kOcFpjW62GX,

http://www.playvid.com/watch/aodpMoNMH0q, http://www.playvid.com/watch/-usx4-zljbR, http://www.playvid.com/watch/FYF7-NXZiN2, http://www.playvid.com/watch/ioGPEFQgaUz, http://www.playvid.com/watch/s8uxe3Zocok, http://www.playvid.com/watch/BC6u3aRuLFz, http://www.playvid.com/watch/FWlsuWgP3zH, http://www.playvid.com/watch/-KS-h82XMmi, http://www.playvid.com/watch/XMTeWSSss6u, http://www.playvid.com/watch/R9TdunYUphc, http://www.playvid.com/watch/pojDJIyCeY9, http://www.playvid.com/watch/BntVbgTcXIt, http://www.playvid.com/watch/v5s8nfKjAGj, http://www.playvid.com/watch/yfzG3f3Ig6Z, http://www.playvid.com/watch/b0DM5PtWaFj, http://www.playvid.com/watch/z2LF0p3wp5m, http://www.playvid.com/watch/FFx5Pl-BvwL, http://www.playvid.com/watch/cYafeOLisiU, http://www.playvid.com/watch/W2p8RjzFj8x, http://www.playvid.com/watch/l4oupI3TA4h, http://www.playvid.com/watch/wDAq3PAh44p, http://www.playvid.com/watch/7knUbjh9MlK, http://www.playvid.com/watch/pkCwDwMQWXA, http://www.playvid.com/watch/ozLF8-i3pTY, http://www.playvid.com/watch/rL3W52zqHcZ, http://www.playvid.com/watch/eolr-XRLnrI, http://www.playvid.com/watch/f3MVZxiPfJ0, http://www.playvid.com/watch/NmYnO3rHZtO, http://www.playvid.com/watch/kHrZJuTBnC4, http://www.playvid.com/watch/C2IAxTwW4SU, http://www.playvid.com/watch/eFC67KJFOxk, http://www.playvid.com/watch/26fcXjbBSlp, http://www.playvid.com/watch/M-6Ibu-Oikz, http://www.playvid.com/watch/sCi0Z5g7iZi, http://www.playvid.com/watch/uoetGSCeSRK, http://www.playvid.com/watch/yb02FsttSIY, http://www.playvid.com/watch/K5nlkRFqKLe, http://www.playvid.com/watch/LtryRkdt8Pk, http://www.playvid.com/watch/joos3WTZFTm, http://www.playvid.com/watch/NoFBmkhhqqY, http://www.playvid.com/watch/0a23HvbEb84
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: georgjensen
5.b. Uploader's email address: georgitalyman@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/georgjensen
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QzIiHv2TOvC, http://www.playvid.com/watch/KksWmamhrqi, http://www.playvid.com/watch/axqTpzEHlKp, http://www.playvid.com/watch/Xweyswy6qao, http://www.playvid.com/watch/Tm-LsZAjZV5, http://www.playvid.com/watch/36KjPGf6OoE, http://www.playvid.com/watch/I4dz69eHYGD, http://www.playvid.com/watch/08EhVBQ2GfL, http://www.playvid.com/watch/ynV9T1UNbHG, http://www.playvid.com/watch/0ZRSEva2D83, http://www.playvid.com/watch/t5e8iR6JlrF, http://www.playvid.com/watch/FklzuKsLwkP, http://www.playvid.com/watch/lS_syhj9nP8, http://www.playvid.com/watch/PeEkBSSSgLl, http://www.playvid.com/watch/icpnqt5v4hV, http://www.playvid.com/watch/XJYqNzDlE7x, http://www.playvid.com/watch/mOSaYvYND-m, http://www.playvid.com/watch/kPo4MEidHeC, http://www.playvid.com/watch/xlBZWRq-P3w, http://www.playvid.com/watch/qkXT5fUyEWX
5.f. Date of third notice: 2015-01-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: geremy
5.b. Uploader's email address: derhopa@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/geremy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-kqWjodz-ul, http://www.playvid.com/watch/aoYOMPFFSQ9, http://www.playvid.com/watch/w8pHMIkfMEH, http://www.playvid.com/watch/q-Nx7g82b75, http://www.playvid.com/watch/RG-WGdXIjNR, http://www.playvid.com/watch/p0ExQmA60ZN, http://www.playvid.com/watch/NVXgeiWci59, http://www.playvid.com/watch/Q0jISlhFN4O, http://www.playvid.com/watch/J0Y0xuNSFzW, http://www.playvid.com/watch/jNLbFlRys3a, http://www.playvid.com/watch/G4rWxxoPFG6, http://www.playvid.com/watch/tJQocZ3rlep, http://www.playvid.com/watch/rLLqXcFDKZo, http://www.playvid.com/watch/uvvUuTloDJT, http://www.playvid.com/watch/tchwU7plH-2, http://www.playvid.com/watch/LyoYmcwQTTy, http://www.playvid.com/watch/YPKCewcYLzv, http://www.playvid.com/watch/ItfUGPnklxx, http://www.playvid.com/watch/-RBMuOqK75r, http://www.playvid.com/watch/YncSsE3JDg5, http://www.playvid.com/watch/WitnPOQ-XSO, http://www.playvid.com/watch/q9yeKQKI-5V, http://www.playvid.com/watch/2bCodrKHhUP, http://www.playvid.com/watch/GeF3Ni8AtS5, http://www.playvid.com/watch/D4T8w67sT72, http://www.playvid.com/watch/DFju0PVScQD, http://www.playvid.com/watch/3qWUpP6Xu--, http://www.playvid.com/watch/R-iwRDB6peg, http://www.playvid.com/watch/Zisnx2EN4Ot, http://www.playvid.com/watch/9XLNBG6Fd36, http://www.playvid.com/watch/L--G4sgy9Uz, http://www.playvid.com/watch/xMO9l5uNI3d, http://www.playvid.com/watch/dHsasq7OhL6, http://www.playvid.com/watch/OFRyavGOSHS, http://www.playvid.com/watch/zKgS5jRR2CK, http://www.playvid.com/watch/IW39SY8AuuM, http://www.playvid.com/watch/JIYwJvnQu76, http://www.playvid.com/watch/POeZpOSd2Qo, http://www.playvid.com/watch/58xbFirx8ET, http://www.playvid.com/watch/gewhWJYDwFO, http://www.playvid.com/watch/NskBfjgKuTl, http://www.playvid.com/watch/nJ9a664lNSY, http://www.playvid.com/watch/RSoqN6bIJPK, http://www.playvid.com/watch/L4XnMo3wFc-, http://www.playvid.com/watch/P4pT2N9bRkX, http://www.playvid.com/watch/yHRAegct93Y, http://www.playvid.com/watch/836F58WflzL, http://www.playvid.com/watch/inWbLFoKWrC, http://www.playvid.com/watch/GYthC4Gukb7, http://www.playvid.com/watch/u3EGaJgELpF, http://www.playvid.com/watch/6spBjzdB3ZW, http://www.playvid.com/watch/9CsdhQAno-3, http://www.playvid.com/watch/LTwjcupBomR, http://www.playvid.com/watch/gwJKB54iJJQ, http://www.playvid.com/watch/eJ2ZTsJWpod, http://www.playvid.com/watch/su6MXn4MpMq, http://www.playvid.com/watch/RsjQQUYo2V4, http://www.playvid.com/watch/9-C8gWeX0Hg, http://www.playvid.com/watch/nLr923ajbX9, http://www.playvid.com/watch/m9sPcuctb-Y, http://www.playvid.com/watch/TAS5cYZV66-, http://www.playvid.com/watch/mqSE4YnQNKA, http://www.playvid.com/watch/KOEO4pE6fUp, http://www.playvid.com/watch/x5Rv9MXIiwE, http://www.playvid.com/watch/9lEqg2ZvVQH, http://www.playvid.com/watch/hiRlKjoeMUM, http://www.playvid.com/watch/QIrc3fjLf32, http://www.playvid.com/watch/5fmVdJHGUJV, http://www.playvid.com/watch/DToTuTsDa9O, http://www.playvid.com/watch/Xd0usjgqLYA, http://www.playvid.com/watch/NyYmxBL5U9E, http://www.playvid.com/watch/LrJ0GuXwWZe, http://www.playvid.com/watch/k57-DPUbIaN, http://www.playvid.com/watch/50xXfwUMnwm, http://www.playvid.com/watch/YugGDGFTOzN, http://www.playvid.com/watch/rEICQSH4Tsf, http://www.playvid.com/watch/XoGYjosST4w, http://www.playvid.com/watch/-22f7LeSZXC, http://www.playvid.com/watch/sA4NASXtid0, http://www.playvid.com/watch/uCjH4IR2EZH, http://www.playvid.com/watch/oX7NqGjfie2, http://www.playvid.com/watch/pQ-ytTPpkXm, http://www.playvid.com/watch/tEtkwcyn2qD, http://www.playvid.com/watch/2Zc0ASW9mhn, http://www.playvid.com/watch/JUGbyv6Az6Z, http://www.playvid.com/watch/2EM3K4mSOqR, http://www.playvid.com/watch/S78sRSMbyZm, http://www.playvid.com/watch/4URc7tCJWgv, http://www.playvid.com/watch/g2jsF9MPHQb, http://www.playvid.com/watch/yW7FupTjvw5, http://www.playvid.com/watch/BDfBR323X26, http://www.playvid.com/watch/w7M0yGSDIbx, http://www.playvid.com/watch/NazSXUFJd-J, http://www.playvid.com/watch/cnMnE6iLnyU, http://www.playvid.com/watch/MLmFENXp7Sq, http://www.playvid.com/watch/4YGCBRqYG5M, http://www.playvid.com/watch/GgcJbTh6X-F, http://www.playvid.com/watch/Z9nuy3JaVoy, http://www.playvid.com/watch/2tqf8gzzGVB, http://www.playvid.com/watch/8vL5v6xjV22, http://www.playvid.com/watch/Ijv74iBk5he, http://www.playvid.com/watch/qktAEh8aXmP, http://www.playvid.com/watch/AEiG7IZc9GR, http://www.playvid.com/watch/OJYvO58WSRt, http://www.playvid.com/watch/26EqCsGHM8N, http://www.playvid.com/watch/lbWyJV7UDlg, http://www.playvid.com/watch/STSty4QzhiK, http://www.playvid.com/watch/uwRHzSSGVzw, http://www.playvid.com/watch/kWTjy2HQdv-, http://www.playvid.com/watch/hBz5ppXi3Pq, http://www.playvid.com/watch/rV4edTINRYR, http://www.playvid.com/watch/hXQprHQI2rB, http://www.playvid.com/watch/i0PJPCErq7f, http://www.playvid.com/watch/lxeZz3hSNyA, http://www.playvid.com/watch/Tgv6vlrHjYJ, http://www.playvid.com/watch/--7LEUFjZuE, http://www.playvid.com/watch/t579cZkPS0f, http://www.playvid.com/watch/aZMEGHLbXdQ, http://www.playvid.com/watch/gpeW0DRMQcP, http://www.playvid.com/watch/iZ7YfXaUe4v, http://www.playvid.com/watch/6dKPRk5vQKi, http://www.playvid.com/watch/LKVGrGjnjDs, http://www.playvid.com/watch/7hvZOa4Ti5o, http://www.playvid.com/watch/hSWYCiotRQ6, http://www.playvid.com/watch/MoDORdzhKKP, http://www.playvid.com/watch/Crl3mz2Tahk, http://www.playvid.com/watch/d-4228deBLq, http://www.playvid.com/watch/qnKbYXKfd8u, http://www.playvid.com/watch/mEnxI3fo9e5, http://www.playvid.com/watch/tbNMxOLfGs3, http://www.playvid.com/watch/C9gxtaWAsBs, http://www.playvid.com/watch/izGM2AstWsg, http://www.playvid.com/watch/qatjHXmIt5Z, http://www.playvid.com/watch/32EssgmzIQB, http://www.playvid.com/watch/48Nn7N8u4mF, http://www.playvid.com/watch/iRadzGPglOb, http://www.playvid.com/watch/up2H8r2-mdb, http://www.playvid.com/watch/ARC3ONQshLX, http://www.playvid.com/watch/NMGetOaf9gp, http://www.playvid.com/watch/OHKn7Q2vjYu, http://www.playvid.com/watch/zhoyzwtl68w, http://www.playvid.com/watch/2ziZAZF6je0, http://www.playvid.com/watch/0uKf3TDUBwf, http://www.playvid.com/watch/nDrVO2lfhlW, http://www.playvid.com/watch/cf748aQMpkR, http://www.playvid.com/watch/oEgofOo-OMa, http://www.playvid.com/watch/GSshWmEVNqz, http://www.playvid.com/watch/H4gNF3BIKfq, http://www.playvid.com/watch/oZ4ic7WinqK, http://www.playvid.com/watch/vlK9DILYSrz, http://www.playvid.com/watch/dfREvjWadxC, http://www.playvid.com/watch/PkjotWWlZJk, http://www.playvid.com/watch/yzKlCBrcbrt, http://www.playvid.com/watch/4p-Elb4VDbN, http://www.playvid.com/watch/MfH2qOOUvFv, http://www.playvid.com/watch/dA47azTGzxL, http://www.playvid.com/watch/kHV0WxJCqe7, http://www.playvid.com/watch/6CikBYrL3sp, http://www.playvid.com/watch/dF5rRt2EEXC, http://www.playvid.com/watch/nsuVmS3fw9i, http://www.playvid.com/watch/GsW3S7yJZau, http://www.playvid.com/watch/lbIoubCFRjI, http://www.playvid.com/watch/0CZqnfhnC-A, http://www.playvid.com/watch/WQBY443h-OC, http://www.playvid.com/watch/ElhNh4IYy6P, http://www.playvid.com/watch/w9XQNyoyzGk, http://www.playvid.com/watch/pU8HpWZmNQ9, http://www.playvid.com/watch/ypd7E2Bmu9I, http://www.playvid.com/watch/RyiVNOrgPK8, http://www.playvid.com/watch/cypBpoE2l8i, http://www.playvid.com/watch/9pGA-9ybmmA, http://www.playvid.com/watch/79dG8rFcvas, http://www.playvid.com/watch/GvUGL6yvJg7, http://www.playvid.com/watch/J0wSUOfbSUl, http://www.playvid.com/watch/HwFKWR3xSXI, http://www.playvid.com/watch/I5RIlwbCtfG, http://www.playvid.com/watch/4eQu6BMMrZT, http://www.playvid.com/watch/cysl4trD5Ld, http://www.playvid.com/watch/AmXYIkwD9WD, http://www.playvid.com/watch/yO4V3ZmJK2a, http://www.playvid.com/watch/RafHs3UP9Ki, http://www.playvid.com/watch/86rUoybpcVU, http://www.playvid.com/watch/3BCyZO3qfJM, http://www.playvid.com/watch/Bp43R25b-9w, http://www.playvid.com/watch/JRZaZY7uzCR, http://www.playvid.com/watch/Ij2MByg8v0d, http://www.playvid.com/watch/brhZcmRcTxM, http://www.playvid.com/watch/VlIdgorQtxL,

http://www.playvid.com/watch/s48e2pnWRRm, http://www.playvid.com/watch/yt3hjPrVZag, http://www.playvid.com/watch/4TSXHegIGME,
http://www.playvid.com/watch/ZLB8Wm0cp7o, http://www.playvid.com/watch/igT7gjMWPyS, http://www.playvid.com/watch/eqAkXKj4viI,
http://www.playvid.com/watch/LCJ35wGU6TN, http://www.playvid.com/watch/5s0xFTmehmm, http://www.playvid.com/watch/8kSuncH7u9t,
http://www.playvid.com/watch/xvlDba5ddPQ, http://www.playvid.com/watch/8LpANFSAzWy, http://www.playvid.com/watch/Vp7nPMeHCAA,
http://www.playvid.com/watch/Sf4lZOijwvt, http://www.playvid.com/watch/ZWgl4mrX62W, http://www.playvid.com/watch/KC82MGzfwJA,
http://www.playvid.com/watch/poEe4g9pJhn, http://www.playvid.com/watch/UADRHcG0jyG, http://www.playvid.com/watch/W7EcUMh7p73,
http://www.playvid.com/watch/otAQhyByFwz, http://www.playvid.com/watch/nQcYTuocXbi, http://www.playvid.com/watch/AK9nEInhTSH,
http://www.playvid.com/watch/h4YqVNYWl5W, http://www.playvid.com/watch/zMadi2IPYgd, http://www.playvid.com/watch/cXPQhhiGqpb,
http://www.playvid.com/watch/XsV3bhMBi9-, http://www.playvid.com/watch/hjBbHl4l--m, http://www.playvid.com/watch/gGtUHRyVz6g,
http://www.playvid.com/watch/E5Kir5qmKa5, http://www.playvid.com/watch/f7nk0E-Jdsz, http://www.playvid.com/watch/naDpniDs4cM,
http://www.playvid.com/watch/fFupgLkBvlh, http://www.playvid.com/watch/3v9w27ebWRq, http://www.playvid.com/watch/wu6XmEH2sOt,
http://www.playvid.com/watch/QXJ3iHwtnBJ, http://www.playvid.com/watch/IUJ95SIVbya, http://www.playvid.com/watch/V0SFMPKVXap,
http://www.playvid.com/watch/dYtpdSf4lSt, http://www.playvid.com/watch/6tXH9VWNuoP, http://www.playvid.com/watch/g8EOlsmDee9,
http://www.playvid.com/watch/DtR6ZUOX7LC, http://www.playvid.com/watch/cs9ZKX7TRcL, http://www.playvid.com/watch/tMtpFpcYs3M,
http://www.playvid.com/watch/5c3RVkKcKgG, http://www.playvid.com/watch/TEoRc994A0A, http://www.playvid.com/watch/73Xt5b58tn7,
http://www.playvid.com/watch/FxleJgFBA0R, http://www.playvid.com/watch/JGEEP-zqSFZ, http://www.playvid.com/watch/8Vo39bGJ70x,
http://www.playvid.com/watch/3TWOiV2dMJ7, http://www.playvid.com/watch/zLiciWjFNht, http://www.playvid.com/watch/MpACHXSfD6v,
http://www.playvid.com/watch/QckGsjcaKCF, http://www.playvid.com/watch/mNxyokDtLn0, http://www.playvid.com/watch/Xf0V0XqCXdE,
http://www.playvid.com/watch/2PxuRjfLefN, http://www.playvid.com/watch/y9Xs0XCCXfO, http://www.playvid.com/watch/IxhtG38yRQG,
http://www.playvid.com/watch/XYhl-c9zaAw, http://www.playvid.com/watch/bIRiH9Ccuvx, http://www.playvid.com/watch/HTQMAixrUeC,
http://www.playvid.com/watch/YExsDcU7RQV, http://www.playvid.com/watch/S--hBXm0-Nt, http://www.playvid.com/watch/kePxk8XgI-4,
http://www.playvid.com/watch/q6pTLZLYZZI, http://www.playvid.com/watch/e-tLcrNUMy5, http://www.playvid.com/watch/rBWXA0Um43e,
http://www.playvid.com/watch/HK9vYxmCBdO, http://www.playvid.com/watch/WGqFOlxRhmP, http://www.playvid.com/watch/Cuxk494ZUW7,
http://www.playvid.com/watch/Q4zrwXudyGA, http://www.playvid.com/watch/ZvF7MevHyfv, http://www.playvid.com/watch/v3ITFG6gUZl,
http://www.playvid.com/watch/K5Vj5-RYwIU, http://www.playvid.com/watch/S-Vbud806Es, http://www.playvid.com/watch/XLdwVoXjgQy,
http://www.playvid.com/watch/27-o-mIbege, http://www.playvid.com/watch/58S-ETxpznO, http://www.playvid.com/watch/U2VpW-ExYSk,
http://www.playvid.com/watch/UYirhIaZsX3, http://www.playvid.com/watch/nK64NP9qAux, http://www.playvid.com/watch/3objQButVhC,
http://www.playvid.com/watch/HDBVWMeHI9s, http://www.playvid.com/watch/L6hGFYJZFxq, http://www.playvid.com/watch/MMXYWzUzDNZ,
http://www.playvid.com/watch/AJUepZWRVPp, http://www.playvid.com/watch/TNedsh4Xf2h, http://www.playvid.com/watch/LulbTVG9jtQ,
http://www.playvid.com/watch/43JvmQeecgy, http://www.playvid.com/watch/5pkZPWmMJbE, http://www.playvid.com/watch/8WeWlEEIibF,
http://www.playvid.com/watch/sXEFv5NbCPh, http://www.playvid.com/watch/VEGVucmgQCx, http://www.playvid.com/watch/yKZkyRPZvmM,
http://www.playvid.com/watch/j86xLKr64O0, http://www.playvid.com/watch/SdvwuFlq0Zp, http://www.playvid.com/watch/uwM-97wqaCD,
http://www.playvid.com/watch/kJQzbXrIWGn, http://www.playvid.com/watch/YCBaXdzgU44, http://www.playvid.com/watch/BYGmnFdf9aE,
http://www.playvid.com/watch/wytuKJvE0Qw, http://www.playvid.com/watch/EgILyP-Cemk, http://www.playvid.com/watch/qRvZJnSDTwO,
http://www.playvid.com/watch/GN9MnY4PuGT, http://www.playvid.com/watch/jPing-sCDQe, http://www.playvid.com/watch/suLF643LXXH,
http://www.playvid.com/watch/ZbltII2TL6F, http://www.playvid.com/watch/tSRhUeWiSxc, http://www.playvid.com/watch/yrLTdDVXsZF,
http://www.playvid.com/watch/c3Ha2nJWGHd, http://www.playvid.com/watch/UJGCaQJbEZO, http://www.playvid.com/watch/ZT5wYK2U0GB,
http://www.playvid.com/watch/kpyh-Tu6MTE, http://www.playvid.com/watch/g96nTnvAZov, http://www.playvid.com/watch/GA3eYcMSobp,
http://www.playvid.com/watch/SC0HysSR5ml, http://www.playvid.com/watch/I9p5qAgpuqv, http://www.playvid.com/watch/xcXTfjJwt8c,
http://www.playvid.com/watch/KPNcvOf44Fp, http://www.playvid.com/watch/W63LghOeoLm, http://www.playvid.com/watch/Hiqi9Ho3QLp,
http://www.playvid.com/watch/wb7Ag4Th-Qr, http://www.playvid.com/watch/cRf30NE83L3, http://www.playvid.com/watch/mfWTY8Z8kIL,
http://www.playvid.com/watch/5nyhtiWeKvz, http://www.playvid.com/watch/DSwIk0NIo2j, http://www.playvid.com/watch/OJScaomYTYy,
http://www.playvid.com/watch/OrVHA0NgwKj, http://www.playvid.com/watch/otxwSnswOaB, http://www.playvid.com/watch/ELE6-viWxh3,
http://www.playvid.com/watch/hn3dF883TUT, http://www.playvid.com/watch/KkSPeLs6xom, http://www.playvid.com/watch/kr54tpnM2g-,
http://www.playvid.com/watch/XjcEcxwOS6F, http://www.playvid.com/watch/vNjcEhzca7m, http://www.playvid.com/watch/Jxc-TY6LePE,
http://www.playvid.com/watch/vsxgiJfXDgS, http://www.playvid.com/watch/O8WPlXHEKGk, http://www.playvid.com/watch/kgOYSVKtNgi,
http://www.playvid.com/watch/lJ80263EOd0, http://www.playvid.com/watch/C2ngxYdbm0K, http://www.playvid.com/watch/ZIf0qsVpPQf,
http://www.playvid.com/watch/92OUSUzLa55, http://www.playvid.com/watch/4xeZGAyCkQb, http://www.playvid.com/watch/FHWMnoNy0O8,
http://www.playvid.com/watch/WHF-uFYE9WT, http://www.playvid.com/watch/3MtiVR0MMXF, http://www.playvid.com/watch/0WAjZoA-HcK,
http://www.playvid.com/watch/Q8BknQh8PXT, http://www.playvid.com/watch/BoUd2xazIYz, http://www.playvid.com/watch/IOyR5eW4R2R,
http://www.playvid.com/watch/bRD4pJlqB0u, http://www.playvid.com/watch/ftKgzO0DjYk, http://www.playvid.com/watch/fSMxiQblhdi,
http://www.playvid.com/watch/X7NJVW4zzwN, http://www.playvid.com/watch/FPsFNI02Dmo, http://www.playvid.com/watch/LEsBGhu4BkC,
http://www.playvid.com/watch/zeKOF2TLRiu, http://www.playvid.com/watch/uwe0nfx2maG, http://www.playvid.com/watch/DpjS0C3ICvx,
http://www.playvid.com/watch/gHfTKOjhmxy, http://www.playvid.com/watch/BrmLfHWmhNN, http://www.playvid.com/watch/UuJWQAiqFgT,
http://www.playvid.com/watch/kBoetWA5OYf, http://www.playvid.com/watch/Z8t2GhXibKj, http://www.playvid.com/watch/UJJ9s-VhUku,
http://www.playvid.com/watch/Mwc6lyvu56Z, http://www.playvid.com/watch/2rIcf0E9Rv3, http://www.playvid.com/watch/Wo57SuENVUd,
http://www.playvid.com/watch/f7cmcW80Rps, http://www.playvid.com/watch/fa4sdK2EdL4, http://www.playvid.com/watch/LfFAENW7UWc,
http://www.playvid.com/watch/h-54RiRmflq, http://www.playvid.com/watch/SyNgAqPQvlN, http://www.playvid.com/watch/5hdo4rbGxNT,
http://www.playvid.com/watch/efhg5gYZxpC, http://www.playvid.com/watch/zzsHR3a02eK, http://www.playvid.com/watch/w8x6DoqyvBO,
http://www.playvid.com/watch/6Bp7ORic7aX, http://www.playvid.com/watch/O7GyMaTidki, http://www.playvid.com/watch/rlwgtcEucM4,
http://www.playvid.com/watch/M7QShkVkINZ, http://www.playvid.com/watch/RjzhpUkO6uB, http://www.playvid.com/watch/wDFNzIBpQQh,
http://www.playvid.com/watch/JIQQdUZmHlh, http://www.playvid.com/watch/asA6EZrZUnP, http://www.playvid.com/watch/dWPsZsANA7l,
http://www.playvid.com/watch/IHEBIO5TvhU, http://www.playvid.com/watch/QazaOiVtaL4, http://www.playvid.com/watch/0u3FFYgyM9b,
http://www.playvid.com/watch/nyfMluG37tm, http://www.playvid.com/watch/vUmznLFltcB, http://www.playvid.com/watch/y99IEWdPdJk,
http://www.playvid.com/watch/weRfewRnY3J, http://www.playvid.com/watch/ZECM5QmSnz8, http://www.playvid.com/watch/h2N7HQlyfAi,
http://www.playvid.com/watch/6gpWgW0jyGo, http://www.playvid.com/watch/8qiE9ldMKc8, http://www.playvid.com/watch/kBqnEjgcFvP,
http://www.playvid.com/watch/q80QQ8POveC, http://www.playvid.com/watch/aGDwiU40dIG, http://www.playvid.com/watch/GOQux-WQqbB,
http://www.playvid.com/watch/BKhbi4xr3Lz, http://www.playvid.com/watch/z-zCzcX2Zki, http://www.playvid.com/watch/PgWhnlXXK2E,
http://www.playvid.com/watch/sqiNtCLfOOA, http://www.playvid.com/watch/UqBgdGHKRR4, http://www.playvid.com/watch/cv3NnXRCuwH,
http://www.playvid.com/watch/hAS0g0Sapo6, http://www.playvid.com/watch/OXsOlwopj5H, http://www.playvid.com/watch/WEzMftJ3Uq7,
http://www.playvid.com/watch/DF4nb2IlfpG, http://www.playvid.com/watch/IDf2LzBsmWT, http://www.playvid.com/watch/nwj2sQHDfN4,
http://www.playvid.com/watch/TrDWZPpMwPK, http://www.playvid.com/watch/aUgfzjpsKEX, http://www.playvid.com/watch/UGtjT5P5oSw,
http://www.playvid.com/watch/MI5KaWRKygr, http://www.playvid.com/watch/IMlwrsaRV7P, http://www.playvid.com/watch/QaqAiUvITFf,
http://www.playvid.com/watch/8HHcyjC0COM, http://www.playvid.com/watch/svCMG0ugTXj, http://www.playvid.com/watch/LRyxV2dcBGg,
http://www.playvid.com/watch/8alQd89wWvI, http://www.playvid.com/watch/lojnyHKVPUT, http://www.playvid.com/watch/5lZ6BuXhwTI,
http://www.playvid.com/watch/x6vNjMs2nim, http://www.playvid.com/watch/oQe9OSvFUiM, http://www.playvid.com/watch/sFUHdVKdxSA,
http://www.playvid.com/watch/C9czvAT2qMU, http://www.playvid.com/watch/we-Ml9KDhyo, http://www.playvid.com/watch/V4Zs0NmS2rz,
http://www.playvid.com/watch/gGrNUCayBfq, http://www.playvid.com/watch/JsfPmJ8khh9, http://www.playvid.com/watch/pGcs49dIYhr,
http://www.playvid.com/watch/hkzeVRGjS7c, http://www.playvid.com/watch/-3KjbcGtqAx, http://www.playvid.com/watch/dMXBB7HLkD5,
http://www.playvid.com/watch/mHYA0kLfdXF, http://www.playvid.com/watch/BdpXd2PJXBd, http://www.playvid.com/watch/j20KTgObzrm,
http://www.playvid.com/watch/JSH-53zJgBK, http://www.playvid.com/watch/7IncewnYNqg, http://www.playvid.com/watch/Y9bwkIsLOWj,
http://www.playvid.com/watch/WdgjI28ewRe, http://www.playvid.com/watch/fcwjW5v8Wgq, http://www.playvid.com/watch/wloLHJNlklu,
http://www.playvid.com/watch/6mARuCfp4xj, http://www.playvid.com/watch/UrtHuAQ3sO7, http://www.playvid.com/watch/4ypVEmbTP0n,
http://www.playvid.com/watch/vyyqKh9kNSD, http://www.playvid.com/watch/rBxNHKfzfql, http://www.playvid.com/watch/KDng9Wta0AG,
http://www.playvid.com/watch/5I7Lk3h9a-Q, http://www.playvid.com/watch/qkQZWT2jRwC, http://www.playvid.com/watch/jVwPfMlABoc,
http://www.playvid.com/watch/2idhH-CpSmS, http://www.playvid.com/watch/83cx5yr3yF6, http://www.playvid.com/watch/SM-avBvPE5P,
http://www.playvid.com/watch/eKQj8Gz6cwZ, http://www.playvid.com/watch/yujoNKFHTti, http://www.playvid.com/watch/XIBMmOXFW4X,
http://www.playvid.com/watch/NDmeLO3icY0, http://www.playvid.com/watch/820rlVF4MnA, http://www.playvid.com/watch/WwcTv09kT3Y,
http://www.playvid.com/watch/M2VesLjfIEM, http://www.playvid.com/watch/edHCBmR2e4a, http://www.playvid.com/watch/ofPZXE-NM6j,
http://www.playvid.com/watch/c7bCAGfdt9H, http://www.playvid.com/watch/dQDgHxalPGr, http://www.playvid.com/watch/nCNGhf8xgVX,
http://www.playvid.com/watch/aQBAi6oMTWO, http://www.playvid.com/watch/cdnCxIkKfU9, http://www.playvid.com/watch/MPfDxWoV9NA,
http://www.playvid.com/watch/H6gGMXpewGG, http://www.playvid.com/watch/PphvMU6Pu77, http://www.playvid.com/watch/qRoq3vLjKxL,
http://www.playvid.com/watch/VmDlOkWeVwA, http://www.playvid.com/watch/qssgbdl3Nfa, http://www.playvid.com/watch/eHBKbJS2EkJ,
http://www.playvid.com/watch/UoxWYaEFJeq, http://www.playvid.com/watch/XVdUSyKC0Dk, http://www.playvid.com/watch/pzo-OvmQ8UB,
http://www.playvid.com/watch/ItV5SqHJvpV, http://www.playvid.com/watch/63-RYAY-RMb, http://www.playvid.com/watch/8HxmqkLJd5H,
http://www.playvid.com/watch/v94l2d6AqLc, http://www.playvid.com/watch/Nmt0sym4gBE, http://www.playvid.com/watch/fVHnyEG8lzQ,

http://www.playvid.com/watch/uHwNyxHy8gO, http://www.playvid.com/watch/9Jknrt7D5pF, http://www.playvid.com/watch/gqq4gz66SDc,
http://www.playvid.com/watch/ZyE3NfsmiWq, http://www.playvid.com/watch/NF3MgTuNIaz, http://www.playvid.com/watch/Ysjh9XjUo0a,
http://www.playvid.com/watch/wipTWD5rmpd, http://www.playvid.com/watch/BLGV0gmBu-6, http://www.playvid.com/watch/wD2NaD8BXrz,
http://www.playvid.com/watch/gAJR-8lK6h8, http://www.playvid.com/watch/4uO4t5rOPpx, http://www.playvid.com/watch/wnxGqITYHss,
http://www.playvid.com/watch/JNYbCIZ4Zx2, http://www.playvid.com/watch/SkrMF6FY0WD, http://www.playvid.com/watch/D8r-lQNRpE7,
http://www.playvid.com/watch/eko59jOpVXY, http://www.playvid.com/watch/o5fJeTypdvl, http://www.playvid.com/watch/oGMqPM2sb8X,
http://www.playvid.com/watch/mfPKQiQnH9M, http://www.playvid.com/watch/7mvPrYI4X9O, http://www.playvid.com/watch/0HAurNCTqyF,
http://www.playvid.com/watch/IzpXo-pFwml, http://www.playvid.com/watch/RKy47dkUMeI, http://www.playvid.com/watch/hElEoG8voQo
5.f. Date of third notice: 2013-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ghost0211
5.b. Uploader's email address: corleone0187@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ghost0211
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XAvVFgSYLY8, http://www.playvid.com/watch/9TPdXzBGP7G,
http://www.playvid.com/watch/HUej7eJm4bH, http://www.playvid.com/watch/ekzC88tJrfY, http://www.playvid.com/watch/000Y833RWjC,
http://www.playvid.com/watch/yVjbEEGummz, http://www.playvid.com/watch/neU9UdpB08v, http://www.playvid.com/watch/7BU9kbPyiip,
http://www.playvid.com/watch/hTeJhqBNjEt, http://www.playvid.com/watch/yefCPXXm6QZ, http://www.playvid.com/watch/bw6l9Ya84MJ,
http://www.playvid.com/watch/gV9Vu9iVWU8, http://www.playvid.com/watch/6Dd3IHZ83oU, http://www.playvid.com/watch/BjRJRkUkS-l,
http://www.playvid.com/watch/SQsRSHwq2Og, http://www.playvid.com/watch/JjYuHJC680g, http://www.playvid.com/watch/xr2v9YaU520,
http://www.playvid.com/watch/viBbcFMqHuj, http://www.playvid.com/watch/4V5vS2OirdS, http://www.playvid.com/watch/P2URx7geRZE,
http://www.playvid.com/watch/eMTizLUkryz, http://www.playvid.com/watch/UZU5y4hPKMu, http://www.playvid.com/watch/ojnqIbKQssG,
http://www.playvid.com/watch/zSehvBQJdug, http://www.playvid.com/watch/8Ad7l79SETp, http://www.playvid.com/watch/7r89w7VQa26,
http://www.playvid.com/watch/MIYmdea5y3X, http://www.playvid.com/watch/6pE34YEPCsn, http://www.playvid.com/watch/Q0JpyWw6syw,
http://www.playvid.com/watch/W7HbJl7BnfI, http://www.playvid.com/watch/xgNsDCC3l4t, http://www.playvid.com/watch/p4q-SW6yVor,
http://www.playvid.com/watch/FxhIPPmwRxJ, http://www.playvid.com/watch/8SabdcUiPkF, http://www.playvid.com/watch/Qj8dru88hkG,
http://www.playvid.com/watch/4oYDCfYjHcV, http://www.playvid.com/watch/-uWMZg8VS5y, http://www.playvid.com/watch/fEHK0z0Msso,
http://www.playvid.com/watch/N-jvDW0MQhs, http://www.playvid.com/watch/SJiPgJS3rou, http://www.playvid.com/watch/2GdyunjzWxP,
http://www.playvid.com/watch/KhTVBvVkRWI, http://www.playvid.com/watch/zvVNgO82ntz, http://www.playvid.com/watch/n87psTw72B6,
http://www.playvid.com/watch/THuaUtlYD6g, http://www.playvid.com/watch/P9a3JudZHAO, http://www.playvid.com/watch/uzsBkh7Zky4,
http://www.playvid.com/watch/ybGZPC7F5-F, http://www.playvid.com/watch/xjDErBEHE-5, http://www.playvid.com/watch/4YS8TezYaY7,
http://www.playvid.com/watch/Q2R9P5etmyx, http://www.playvid.com/watch/amuaL2FQ029, http://www.playvid.com/watch/3SU9V5vSX6A,
http://www.playvid.com/watch/zd9NDM2rr0g, http://www.playvid.com/watch/aSHjoyNIKxi, http://www.playvid.com/watch/XN4ohTE3FE6,
http://www.playvid.com/watch/-VKLrAOJzZf, http://www.playvid.com/watch/J5IAlgrq6iT, http://www.playvid.com/watch/ubMP7WHJHY7,
http://www.playvid.com/watch/8OLB3C7W2CV, http://www.playvid.com/watch/Dl5upimTAlZ, http://www.playvid.com/watch/vVlrgs926Ml,
http://www.playvid.com/watch/w3fKJLCVqiQ, http://www.playvid.com/watch/YCV2G0iqKCQ, http://www.playvid.com/watch/JIB8tEQHINl,
http://www.playvid.com/watch/OBta-745ERl, http://www.playvid.com/watch/T-LluF0aa3v, http://www.playvid.com/watch/RJeTRgpDMJ0,
http://www.playvid.com/watch/2uJsmcVkts4, http://www.playvid.com/watch/DnormKFOQcu, http://www.playvid.com/watch/qMrJa4S6v3S,
http://www.playvid.com/watch/QGgWbAcNTxB, http://www.playvid.com/watch/bVvbeyuYWlf, http://www.playvid.com/watch/fbcLxZZY0Hj,
http://www.playvid.com/watch/IimKw2xSkFR, http://www.playvid.com/watch/72e--L3XRAh, http://www.playvid.com/watch/IJBc7hyYuDX,
http://www.playvid.com/watch/HIBpZ8QsQgT, http://www.playvid.com/watch/tkjhhnF8hjr, http://www.playvid.com/watch/J4c0QKC8tdA,
http://www.playvid.com/watch/mLTCVhKTt9X, http://www.playvid.com/watch/Ikeqq5fqil3, http://www.playvid.com/watch/A9REsEdeofl,
http://www.playvid.com/watch/VHYzyX4TF7F, http://www.playvid.com/watch/WJiG8y6DpbR, http://www.playvid.com/watch/0tRi3iHOPcc,
http://www.playvid.com/watch/Z9JTnQUbjwX, http://www.playvid.com/watch/m-8eCaLe5oy, http://www.playvid.com/watch/pWEPIwXUBqQ,
http://www.playvid.com/watch/COH2K8TcVGG, http://www.playvid.com/watch/gNAlop3CzfG, http://www.playvid.com/watch/Z4oRWBcrNB8,
http://www.playvid.com/watch/h27hXw3xdwH, http://www.playvid.com/watch/jbxtn5xJbMm, http://www.playvid.com/watch/Sn5KUakoDCJ,
http://www.playvid.com/watch/z3gT46DG7B-, http://www.playvid.com/watch/pSGBj4JeqZD, http://www.playvid.com/watch/OO54JOavKoM,
http://www.playvid.com/watch/zt0FlDJCEGp, http://www.playvid.com/watch/UoZ2w7Alkjt, http://www.playvid.com/watch/AqlpAHmbn4I,
http://www.playvid.com/watch/a9P609swqCH, http://www.playvid.com/watch/ut3JaU9jOB7, http://www.playvid.com/watch/SsFhfmq3rZU,
http://www.playvid.com/watch/gAkxlhuVFJm, http://www.playvid.com/watch/J5dREypPcJo, http://www.playvid.com/watch/BIk2J6PEX9v,
http://www.playvid.com/watch/JvTPaHU8loj, http://www.playvid.com/watch/IehSGAaz-FR, http://www.playvid.com/watch/dXCpDNiDvT6,
http://www.playvid.com/watch/QwWfyXM-to7, http://www.playvid.com/watch/U9tiGdmT8sX, http://www.playvid.com/watch/VR8IPnwUU0U,
http://www.playvid.com/watch/DA05te0aw4n, http://www.playvid.com/watch/lOSggNk33xv, http://www.playvid.com/watch/TyoJBoKmm4V,
http://www.playvid.com/watch/6h2mzjwWZNM, http://www.playvid.com/watch/hjFML9TCMuE, http://www.playvid.com/watch/KIvUoFICU-3,
http://www.playvid.com/watch/d5buJMif4HH, http://www.playvid.com/watch/yzrDDv2mfUo, http://www.playvid.com/watch/g9iwCsUxsMV,
http://www.playvid.com/watch/Z8KtFPKdxNt, http://www.playvid.com/watch/ie2PlnqGgZX, http://www.playvid.com/watch/0ur6nom5zgw,
http://www.playvid.com/watch/Hx5yqCIXV0j, http://www.playvid.com/watch/TJhS9pyGDWY, http://www.playvid.com/watch/QKbrNIHmHFE,
http://www.playvid.com/watch/pNHeSgNiR28, http://www.playvid.com/watch/aCSMK4uHbS0, http://www.playvid.com/watch/dSTkArNk5V9,
http://www.playvid.com/watch/j389JhBThPO, http://www.playvid.com/watch/TOG0Z77elwf, http://www.playvid.com/watch/dqecSh9aP7Z,
http://www.playvid.com/watch/p3CvDaK8BaT, http://www.playvid.com/watch/UlV9SULgZkn, http://www.playvid.com/watch/FCmtHTajh64,
http://www.playvid.com/watch/gthhkBc6vWi, http://www.playvid.com/watch/3Tsp3rRdRG8, http://www.playvid.com/watch/h0lt6ITh4vS,
http://www.playvid.com/watch/6xEIX7jh2Lx, http://www.playvid.com/watch/53jJHGBDd6C, http://www.playvid.com/watch/jXfgcFwphJ7,
http://www.playvid.com/watch/sdbFsasZb2v, http://www.playvid.com/watch/LO8e-Gvkf85, http://www.playvid.com/watch/xaGJdUN-EP-,
http://www.playvid.com/watch/eOx9VzPFzo7, http://www.playvid.com/watch/V-rQJkOA4lz, http://www.playvid.com/watch/VzPSYB7oWM3,
http://www.playvid.com/watch/itiORl3rUdr, http://www.playvid.com/watch/wS8brqe26IV, http://www.playvid.com/watch/YoUN-ZWMoXi,
http://www.playvid.com/watch/Duvp46QLvuH, http://www.playvid.com/watch/kPzuWD9YVvh, http://www.playvid.com/watch/TJjnOLKZUCr,
http://www.playvid.com/watch/53ktifOWMn6, http://www.playvid.com/watch/67L34HGXuAi, http://www.playvid.com/watch/8aIFrTSSBNK,
http://www.playvid.com/watch/tOumPJbvNTn, http://www.playvid.com/watch/NPda0oAcAis, http://www.playvid.com/watch/ylU70DQGAoG,
http://www.playvid.com/watch/X0GtkYaGMem, http://www.playvid.com/watch/ZXIiOnTZH49, http://www.playvid.com/watch/qG3VVa8vGSj,
http://www.playvid.com/watch/QlTjcNN046q, http://www.playvid.com/watch/S9VykpeySjj, http://www.playvid.com/watch/FayTwssuLg2,
http://www.playvid.com/watch/-CaDNaCahvJ, http://www.playvid.com/watch/xRdfNM0bIS3, http://www.playvid.com/watch/HlkTcPXrJLb,
http://www.playvid.com/watch/usb--HPQbKO, http://www.playvid.com/watch/ADi90dJqndB, http://www.playvid.com/watch/fhHTBB6BqUU,
http://www.playvid.com/watch/QVrGL6vvogr, http://www.playvid.com/watch/3Z3NoDJiAnS, http://www.playvid.com/watch/IyqTKxqxR6h,
http://www.playvid.com/watch/Ou25jTLIq9y, http://www.playvid.com/watch/HN6XaWyej0T, http://www.playvid.com/watch/jSEjJOmbWUd,
http://www.playvid.com/watch/55GrShkizPm, http://www.playvid.com/watch/HLOslNEUXgR, http://www.playvid.com/watch/tm0sVMnQfko,
http://www.playvid.com/watch/xPQTZtdZz4k, http://www.playvid.com/watch/rizS6sId2lD, http://www.playvid.com/watch/Odzj5KbMpR6,
http://www.playvid.com/watch/6qy85OrpJMw, http://www.playvid.com/watch/3MJL9jBL6di, http://www.playvid.com/watch/vi7OKnjYG1C,
http://www.playvid.com/watch/Nat1MEDb0S7, http://www.playvid.com/watch/qimfGJI24kF, http://www.playvid.com/watch/YOvxqitaxfs,
http://www.playvid.com/watch/9NTKp5e2vxh, http://www.playvid.com/watch/EE-lYIqPmYL, http://www.playvid.com/watch/ZYxacOREoxt,
http://www.playvid.com/watch/YrPskX3YpRo, http://www.playvid.com/watch/ZimMiXP66Iz, http://www.playvid.com/watch/UB2vffS8IwE,
http://www.playvid.com/watch/niVA0Ogd8az, http://www.playvid.com/watch/n2LjRkDSUPB, http://www.playvid.com/watch/K-YBiWr0wvp,
http://www.playvid.com/watch/9IGsZ7uvGnu, http://www.playvid.com/watch/pLXAKdKl6dO, http://www.playvid.com/watch/zNsnruaXenx,
http://www.playvid.com/watch/S5tL4gekJCI, http://www.playvid.com/watch/4G6v7d4uFlm, http://www.playvid.com/watch/AGZASUkv7SP,
http://www.playvid.com/watch/8fnZvbPVpqJ, http://www.playvid.com/watch/pruWqLW1f3F, http://www.playvid.com/watch/ZS2fv6Lhdxt,
http://www.playvid.com/watch/juZD7o7_fPF, http://www.playvid.com/watch/i3RosoeZwzo, http://www.playvid.com/watch/vBEJDfjDHt6,
http://www.playvid.com/watch/njxVdr-cqaA, http://www.playvid.com/watch/W_z43sHDrds, http://www.playvid.com/watch/A5gKut0psSY,
http://www.playvid.com/watch/ABZ5JqKk9GP, http://www.playvid.com/watch/DubXYgI07Mm, http://www.playvid.com/watch/AWTvyZbymJD,
http://www.playvid.com/watch/ufpsU3HngJ9, http://www.playvid.com/watch/JbSm3t7oXea, http://www.playvid.com/watch/xAp1jh8Yi0x,
http://www.playvid.com/watch/aTAoIiPAL2H, http://www.playvid.com/watch/I5tXOhEO-Ej, http://www.playvid.com/watch/lZ9RTGAGRIn,
http://www.playvid.com/watch/lpcg8x575UD, http://www.playvid.com/watch/fJ-gzMzZ9hw, http://www.playvid.com/watch/a5FuPr54DUX,
http://www.playvid.com/watch/I1xepIkDqQu, http://www.playvid.com/watch/E4QgtBBEB_q, http://www.playvid.com/watch/SpTSCUGMywn,
http://www.playvid.com/watch/RakDKTAy4v7, http://www.playvid.com/watch/scrjqk2sJGw, http://www.playvid.com/watch/MKEYQBeyDHM,
http://www.playvid.com/watch/L-9FT7fmY_w, http://www.playvid.com/watch/SDhTXdS1iJg, http://www.playvid.com/watch/9UVr1LgEJo2,
http://www.playvid.com/watch/f6dd5BJnoKo, http://www.playvid.com/watch/Aoymqurxs1D, http://www.playvid.com/watch/0q3aJzXzpOU,
http://www.playvid.com/watch/FxC6KKCUuJ8, http://www.playvid.com/watch/ZVowVQn7MRK, http://www.playvid.com/watch/wegCUi_VMcc,
http://www.playvid.com/watch/p0gDtbCVf9p, http://www.playvid.com/watch/nttc8oKrlo6, http://www.playvid.com/watch/E41XZy-qm80,

http://www.playvid.com/watch/RqZDvEZFcnr, http://www.playvid.com/watch/g96v4022uvb, http://www.playvid.com/watch/QJh3agVTJI5,
http://www.playvid.com/watch/qH49PqfMd13, http://www.playvid.com/watch/KiqukJfASla, http://www.playvid.com/watch/KO-o_q1mGMM,
http://www.playvid.com/watch/rUZ5yAwB_7q, http://www.playvid.com/watch/q7ZYKTtKqLk, http://www.playvid.com/watch/5wqfgf4WQ-o,
http://www.playvid.com/watch/8cfRIbqcITe, http://www.playvid.com/watch/dQgPPhF2Q1K, http://www.playvid.com/watch/Epi-V3-jc2k,
http://www.playvid.com/watch/lQUhay31CA2, http://www.playvid.com/watch/Qi8-Q5pwHWC, http://www.playvid.com/watch/AKHSTWgextX,
http://www.playvid.com/watch/gam2CNWtdhe, http://www.playvid.com/watch/SuGLxMC9NsR, http://www.playvid.com/watch/qWJgDQv788A,
http://www.playvid.com/watch/VgDN8JIy_jX, http://www.playvid.com/watch/S1AXt05o3gx, http://www.playvid.com/watch/l3tj57z9auH,
http://www.playvid.com/watch/59mQCw5m_yo, http://www.playvid.com/watch/HjqW7cMy_Tb, http://www.playvid.com/watch/74gA-K-eGpH,
http://www.playvid.com/watch/MEK-Ri6QGQO, http://www.playvid.com/watch/ndbV_YRoFZx, http://www.playvid.com/watch/H-S-uN8jy5d,
http://www.playvid.com/watch/2jIT5TReFem, http://www.playvid.com/watch/2_8_rwrt1q9, http://www.playvid.com/watch/mqMMBgf5iDa,
http://www.playvid.com/watch/P1aXFKOV7zf, http://www.playvid.com/watch/DOZdcXZVaMd, http://www.playvid.com/watch/H1tRABR7SkI,
http://www.playvid.com/watch/p69M5yBtcv2, http://www.playvid.com/watch/YKjhTRi6utv, http://www.playvid.com/watch/TY0OwtLa2yb,
http://www.playvid.com/watch/CDHRL17TpVp, http://www.playvid.com/watch/tXf9qV5vcxm, http://www.playvid.com/watch/9MuAO0FbM99,
http://www.playvid.com/watch/vXqq-_NI8ts, http://www.playvid.com/watch/9kYZlcZdGrW, http://www.playvid.com/watch/d3-ZbzxA318,
http://www.playvid.com/watch/Z44gwaAXUPd, http://www.playvid.com/watch/qmPRpcTGqyh, http://www.playvid.com/watch/2_rR3I_zzLn,
http://www.playvid.com/watch/Qtevb5_J02Z, http://www.playvid.com/watch/nX-wTS8GhBd, http://www.playvid.com/watch/CXftIlX38Ps,
http://www.playvid.com/watch/ENcfYg0shuD, http://www.playvid.com/watch/f2TH_azF3Q0, http://www.playvid.com/watch/AKD0uj8T9U3,
http://www.playvid.com/watch/l9vJg0teV1H, http://www.playvid.com/watch/AjyoD7xVeAk, http://www.playvid.com/watch/WiOl-sfMhIX,
http://www.playvid.com/watch/6IX6NRhH5hs, http://www.playvid.com/watch/ZW6ZNPp0yvZ, http://www.playvid.com/watch/dulz9qSYTrQ,
http://www.playvid.com/watch/Ez6A5NfXDBJ, http://www.playvid.com/watch/M0M4ivI-mSc, http://www.playvid.com/watch/CkS2z3pxTuF,
http://www.playvid.com/watch/vAuGOn3OUgJ, http://www.playvid.com/watch/DdXnOD2-cUm, http://www.playvid.com/watch/Z3Rysb9KKC7,
http://www.playvid.com/watch/WH2DLDz_GJ3, http://www.playvid.com/watch/J-Zk62WgJ_9, http://www.playvid.com/watch/kiWnPenWRbh,
http://www.playvid.com/watch/scebkKv-32t, http://www.playvid.com/watch/lIVPdl5odqF, http://www.playvid.com/watch/U0vAncaFO4R,
http://www.playvid.com/watch/CfLUkpog52j, http://www.playvid.com/watch/rD9hOpC1lGp, http://www.playvid.com/watch/qgf9NBw6wX8,
http://www.playvid.com/watch/GHYs5O89YNC, http://www.playvid.com/watch/Yuo_snlj5jc, http://www.playvid.com/watch/2aLcmJBIfoi,
http://www.playvid.com/watch/rwSN81_p1YI, http://www.playvid.com/watch/Om1E4K07wJL, http://www.playvid.com/watch/DIHuxtlUjra,
http://www.playvid.com/watch/Icw-_juSuEo, http://www.playvid.com/watch/7yB-eRkUHSc, http://www.playvid.com/watch/C4fqgXbtdTw,
http://www.playvid.com/watch/6YTTcF20_tb, http://www.playvid.com/watch/iTFBaCzih-c, http://www.playvid.com/watch/9RplegPAmRb,
http://www.playvid.com/watch/KDykRpt7UWg, http://www.playvid.com/watch/qAEHEHRbTZh, http://www.playvid.com/watch/QI1pSHsxzfZ,
http://www.playvid.com/watch/rsRR3ztXWYj, http://www.playvid.com/watch/6hGQSm2kmeD, http://www.playvid.com/watch/zRnqPoBJrRB,
http://www.playvid.com/watch/xltLMb_QwTh, http://www.playvid.com/watch/JpI6pAoWL44, http://www.playvid.com/watch/G1iDGags5xa,
http://www.playvid.com/watch/CLmNYDbCO6o, http://www.playvid.com/watch/LS79hqYEU39, http://www.playvid.com/watch/WIMPzxHK-Fu,
http://www.playvid.com/watch/CStlvrlRu8q, http://www.playvid.com/watch/NBlykULmOsd, http://www.playvid.com/watch/ZD1V_WLUPOc,
http://www.playvid.com/watch/KlvRSrNOnQJ, http://www.playvid.com/watch/F_Uo5Wu5z7i, http://www.playvid.com/watch/LbIItB2qt2P,
http://www.playvid.com/watch/KQbb8EixnCJ, http://www.playvid.com/watch/J9mZdK88UOR, http://www.playvid.com/watch/bYPwuD905xM,
http://www.playvid.com/watch/jHJl1UrcG_l, http://www.playvid.com/watch/Ymvj6e6oXhI, http://www.playvid.com/watch/CvjWZfia2ah,
http://www.playvid.com/watch/cvvXM8UeaYE, http://www.playvid.com/watch/icNXNwSh5gn, http://www.playvid.com/watch/cV5ly9NgsJr,
http://www.playvid.com/watch/RzKZUSIdwSO, http://www.playvid.com/watch/2mMYtBnJSvB, http://www.playvid.com/watch/G6T63kB5bWo,
http://www.playvid.com/watch/gL0cXuWdf8g, http://www.playvid.com/watch/NFJFB-5mLJ0, http://www.playvid.com/watch/kXyOQrKFfdv,
http://www.playvid.com/watch/BizJENwgHqN
5.f. Date of third notice: 2015-05-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ghostreacon
5.b. Uploader's email address: ghostreacon7@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ghostreacon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FQR-6-Yiqgo, http://www.playvid.com/watch/QNas2ZIevsc,
http://www.playvid.com/watch/oMaYzY5h5eK, http://www.playvid.com/watch/lahd5pjf-HG, http://www.playvid.com/watch/9IYyaaqjX9A,
http://www.playvid.com/watch/WBhyMgyUE03, http://www.playvid.com/watch/QJKCLtgq0yZ, http://www.playvid.com/watch/Y556V3JAqZM,
http://www.playvid.com/watch/43aLI7pmCkT, http://www.playvid.com/watch/qv25b0e4Btl, http://www.playvid.com/watch/06yemQbkYQZ,
http://www.playvid.com/watch/DbupBotVg9H, http://www.playvid.com/watch/uqUHdjEcx4q, http://www.playvid.com/watch/-BDbnA6z374,
http://www.playvid.com/watch/AKrYIF8V6f3, http://www.playvid.com/watch/jcyQlWVl2Ka, http://www.playvid.com/watch/HemBaxOCjN9,
http://www.playvid.com/watch/C6vRUbUooig, http://www.playvid.com/watch/buw0AshcY8C, http://www.playvid.com/watch/5PdWvcttotq,
http://www.playvid.com/watch/4PDHLzvMxqw, http://www.playvid.com/watch/PJOczOgHikt, http://www.playvid.com/watch/lLK62FW7NNb,
http://www.playvid.com/watch/-Kq8WmfujGm, http://www.playvid.com/watch/RBhKYMkpRtZ, http://www.playvid.com/watch/TyN8xZxh-S-,
http://www.playvid.com/watch/xpAXfYITpMb, http://www.playvid.com/watch/zEakoGwDrZq, http://www.playvid.com/watch/Bl2V6fNQwHu,
http://www.playvid.com/watch/JItYPMRFNVz, http://www.playvid.com/watch/DOxnF86oEpL, http://www.playvid.com/watch/fCaud2qKlhI,
http://www.playvid.com/watch/g4rCOFz7YbX, http://www.playvid.com/watch/m3GUZaMpCCV, http://www.playvid.com/watch/vBflUCffGBA,
http://www.playvid.com/watch/QS8WNPo7MyO, http://www.playvid.com/watch/vVybkMgKRJo, http://www.playvid.com/watch/8caoAa04srx,
http://www.playvid.com/watch/N76mThpEXqI, http://www.playvid.com/watch/gMr4uV00gV9, http://www.playvid.com/watch/6Ndkedl8Z5s,
http://www.playvid.com/watch/GrysRH6NV7e, http://www.playvid.com/watch/0BODyKQiR7M, http://www.playvid.com/watch/MGV9S2pv2UX,
http://www.playvid.com/watch/O7IWbpAyL3B, http://www.playvid.com/watch/JkNgN6ObSsB, http://www.playvid.com/watch/3rNt8eBbXZL,
http://www.playvid.com/watch/v0QZb6J0YdJ, http://www.playvid.com/watch/7yn0fATGNma, http://www.playvid.com/watch/0z3j2vztGTq,
http://www.playvid.com/watch/qQEQXDtq-ay, http://www.playvid.com/watch/jOltxoT-wno, http://www.playvid.com/watch/zEdfN79HYaG,
http://www.playvid.com/watch/WtQF9JPEGuf, http://www.playvid.com/watch/YVPJ4LcCpZX, http://www.playvid.com/watch/F7YmQXC0xeZ,
http://www.playvid.com/watch/sdXxAYuSWlZ, http://www.playvid.com/watch/gxhBFJ2w4GH, http://www.playvid.com/watch/bzTkqcMAzCh,
http://www.playvid.com/watch/rJ2WVt2FuAr, http://www.playvid.com/watch/rGFxEXLJnWg, http://www.playvid.com/watch/Fx2ApVeaWuy,
http://www.playvid.com/watch/YxtZJDvncNL, http://www.playvid.com/watch/h3oEo97XukK, http://www.playvid.com/watch/aVIOPjZsszk,
http://www.playvid.com/watch/-lwwex7yvM9, http://www.playvid.com/watch/GgSGCZef9Md, http://www.playvid.com/watch/GIA7XUvI4xB,
http://www.playvid.com/watch/PUNId256lHR, http://www.playvid.com/watch/fDjqMoi3-4S, http://www.playvid.com/watch/luTkvhjWeww,
http://www.playvid.com/watch/7vx355OMepV, http://www.playvid.com/watch/66at338nJ5V, http://www.playvid.com/watch/uJXeyPKVvjE,
http://www.playvid.com/watch/6y5BDfbIuct, http://www.playvid.com/watch/0DitFNbho9W, http://www.playvid.com/watch/vF9GzOpdsa7,
http://www.playvid.com/watch/ZyvLidZVPVk, http://www.playvid.com/watch/AWAzMy4A8Ul, http://www.playvid.com/watch/d6nODEBzCMb,
http://www.playvid.com/watch/s-rX6heDy32, http://www.playvid.com/watch/dT44gWONzOt, http://www.playvid.com/watch/DlC6kXc4Drz,
http://www.playvid.com/watch/Qi3yKOKEIFA, http://www.playvid.com/watch/98iwCK0p3uz, http://www.playvid.com/watch/C5bjsod45SB,
http://www.playvid.com/watch/VoAaQJ9PIJi, http://www.playvid.com/watch/To3GAnpKJxT, http://www.playvid.com/watch/AvDxcqwoJgT,
http://www.playvid.com/watch/BIbkyQYUDAK, http://www.playvid.com/watch/sIJHUCfCC5C, http://www.playvid.com/watch/V0Z7z9ZLt48,
http://www.playvid.com/watch/WyDc5zEobWE, http://www.playvid.com/watch/uUNwDwjim44, http://www.playvid.com/watch/uhvkw-d4ePh,
http://www.playvid.com/watch/RzJhscOmeFi, http://www.playvid.com/watch/xmWUCaYYL8Q, http://www.playvid.com/watch/jJ3KrGtrxcv,
http://www.playvid.com/watch/xOROHf7Pt3Z, http://www.playvid.com/watch/SXKZFsiiWc3, http://www.playvid.com/watch/t0pKCiC8NZ8,
http://www.playvid.com/watch/uXokrXHtjGY, http://www.playvid.com/watch/rNpyidRpdEr, http://www.playvid.com/watch/EX3A63xo_Hl,
http://www.playvid.com/watch/HGjsmoRvC3p, http://www.playvid.com/watch/hltNoQ3wXtL, http://www.playvid.com/watch/SSgL88sQi4S,
http://www.playvid.com/watch/Q4pfKm-QRqq, http://www.playvid.com/watch/z2U_9mtzkMD, http://www.playvid.com/watch/AumU5xD9A_b,
http://www.playvid.com/watch/bS8wGsHfTCi, http://www.playvid.com/watch/L0_FCi9mEdl, http://www.playvid.com/watch/XW2pIR-iKYW,
http://www.playvid.com/watch/7O8ekb4-bnx, http://www.playvid.com/watch/wxE8SnSVeuZ, http://www.playvid.com/watch/a3BvFmN3pth,
http://www.playvid.com/watch/8hNcQcB6_Xz, http://www.playvid.com/watch/BWqdmi-vp_X, http://www.playvid.com/watch/jTx9pOZauRC,
http://www.playvid.com/watch/rjxteNYzaUm, http://www.playvid.com/watch/HJDFZUburXl, http://www.playvid.com/watch/f6SE8Bmi-J4,
http://www.playvid.com/watch/WbGGuhoSaOf, http://www.playvid.com/watch/0xseI8kLhRK, http://www.playvid.com/watch/yV1i2zD9l25,
http://www.playvid.com/watch/MEssyMqu4be, http://www.playvid.com/watch/MTa-hVitmas, http://www.playvid.com/watch/aZ5FSF8LRDq,
http://www.playvid.com/watch/4P0VlogaGzm, http://www.playvid.com/watch/OpQduYoP7Sb, http://www.playvid.com/watch/CWDeVOq83iB,
http://www.playvid.com/watch/zFifHl5je5X, http://www.playvid.com/watch/Ed_5-VvIvZD, http://www.playvid.com/watch/04hPFMJvThZ,
http://www.playvid.com/watch/uJyjTxXqjar, http://www.playvid.com/watch/F1rQ0UMCCKK, http://www.playvid.com/watch/oce2BGhDXkd,
http://www.playvid.com/watch/fytFrR_HDEX, http://www.playvid.com/watch/GJ0PcYEEzsH, http://www.playvid.com/watch/AOnYOmVmiiU,
http://www.playvid.com/watch/yACK1OCOrIR, http://www.playvid.com/watch/vzul4O8sIMK, http://www.playvid.com/watch/DiKAIieR5Vp,
http://www.playvid.com/watch/lIUg0IN50Vv, http://www.playvid.com/watch/Ohro7lusGnW, http://www.playvid.com/watch/6r8zsC0Wm-h,
http://www.playvid.com/watch/b3HpZvD_1vp, http://www.playvid.com/watch/zzEXKHAh6nH, http://www.playvid.com/watch/Orc87TuZA3J,

http://www.playvid.com/watch/9wqkpd47k9e, http://www.playvid.com/watch/6HIU7U7EmGh, http://www.playvid.com/watch/t1vpmiQxjfx,
http://www.playvid.com/watch/fq3orj2Q-64, http://www.playvid.com/watch/wA5RpH4LMAl, http://www.playvid.com/watch/TZ0au0QId40,
http://www.playvid.com/watch/qyGsmC6ngaw, http://www.playvid.com/watch/6_jFIeEGkJT, http://www.playvid.com/watch/mfYWg7Mo2Oi,
http://www.playvid.com/watch/NZCnGaja-Q8, http://www.playvid.com/watch/s0t2tjqMKnr, http://www.playvid.com/watch/3VwfnnRjVAD,
http://www.playvid.com/watch/A1Qp-Yx1SBg, http://www.playvid.com/watch/PUXLDIIXZ_m, http://www.playvid.com/watch/WTe3PX4rfyw,
http://www.playvid.com/watch/pfRwmfZ3irL, http://www.playvid.com/watch/MoheFIzZD27, http://www.playvid.com/watch/NIcy7mNUI2m,
http://www.playvid.com/watch/dv4xH2SbA29, http://www.playvid.com/watch/u9J3AqdkV37, http://www.playvid.com/watch/Eh2lrXt0ImH,
http://www.playvid.com/watch/fsvz4hKYcHZ, http://www.playvid.com/watch/QbqiRVWbjHt, http://www.playvid.com/watch/ZU3YElxyXfM,
http://www.playvid.com/watch/J4zKtakzxeS, http://www.playvid.com/watch/ZwJBPFLlIsL, http://www.playvid.com/watch/ChBXwWDYN24,
http://www.playvid.com/watch/eLIJdL7ytOF, http://www.playvid.com/watch/AcBgwqpRcOf, http://www.playvid.com/watch/W8d3_00-SrG,
http://www.playvid.com/watch/yTPezba3uWL, http://www.playvid.com/watch/SxjQJZXsl64, http://www.playvid.com/watch/H3p9lDE4JUE,
http://www.playvid.com/watch/qwu7gSsI2HR, http://www.playvid.com/watch/UngOpKlwsYv, http://www.playvid.com/watch/bvix7jo33Xo,
http://www.playvid.com/watch/ugiW-TkdQRw, http://www.playvid.com/watch/TBkeLrrfzG0, http://www.playvid.com/watch/T6rM_h-e6I9,
http://www.playvid.com/watch/mEoPWjHCSWG, http://www.playvid.com/watch/CK3_A-lb7P2, http://www.playvid.com/watch/qOUGLPAhkn3,
http://www.playvid.com/watch/lLro6YNZX40, http://www.playvid.com/watch/CB6lRGAMNPt, http://www.playvid.com/watch/IbFF-gEI4fz,
http://www.playvid.com/watch/wC5j5LB2H9G, http://www.playvid.com/watch/dzcxlvjLiwJ, http://www.playvid.com/watch/JzcsKdDBEsw,
http://www.playvid.com/watch/lTb7IThQ8lF, http://www.playvid.com/watch/NhMOOeOCn6h, http://www.playvid.com/watch/r6EdpNnrClF,
http://www.playvid.com/watch/sizGaRPfFB6, http://www.playvid.com/watch/ylU52rNLHWz, http://www.playvid.com/watch/2dmfZ8-AekT,
http://www.playvid.com/watch/kHUCEhd7G5H, http://www.playvid.com/watch/kLj3880mk1D, http://www.playvid.com/watch/5VxCAU3cnfM,
http://www.playvid.com/watch/PO8n-CMvdw0, http://www.playvid.com/watch/huDIzU8_Xi0, http://www.playvid.com/watch/LIqqmPcoFIt,
http://www.playvid.com/watch/uX6wPePBaeg, http://www.playvid.com/watch/PEFeba_NwpL, http://www.playvid.com/watch/lAFlwQSv2Tk,
http://www.playvid.com/watch/DnQVMwz-iAZ, http://www.playvid.com/watch/yyYMauZI60v, http://www.playvid.com/watch/XDy_UKmUx8m,
http://www.playvid.com/watch/s2jsFrvmbxz, http://www.playvid.com/watch/Zy8VhlZHxcJ, http://www.playvid.com/watch/60GsI7lXLNT,
http://www.playvid.com/watch/z61h1HmkKIB, http://www.playvid.com/watch/NNo7oi3PlIw, http://www.playvid.com/watch/CTdIkZCgSSS,
http://www.playvid.com/watch/P2PXNX20rHH, http://www.playvid.com/watch/vSaPuG2HpnY, http://www.playvid.com/watch/UYtieAopHkr,
http://www.playvid.com/watch/28GxsgyRKaD, http://www.playvid.com/watch/iJCqtLfJ6T2, http://www.playvid.com/watch/BWV6Hg1R9lC,
http://www.playvid.com/watch/fXcDTQZfyaj, http://www.playvid.com/watch/IW2bdvW3e1v, http://www.playvid.com/watch/22jtUMFNzsV,
http://www.playvid.com/watch/q-hvANfBPBl, http://www.playvid.com/watch/Amwd7RH-OBY, http://www.playvid.com/watch/UFgMiQh0HsB,
http://www.playvid.com/watch/A363spd5gi5, http://www.playvid.com/watch/wvQTfM5Phks, http://www.playvid.com/watch/mTQTXQlPqwS,
http://www.playvid.com/watch/yuqHbGH9YMb, http://www.playvid.com/watch/Jir5Tpmws8K, http://www.playvid.com/watch/GEPCXhn58-7,
http://www.playvid.com/watch/SKD5FUMz6Sa, http://www.playvid.com/watch/CcvmzJBM8dX, http://www.playvid.com/watch/gToBAOMtJQH,
http://www.playvid.com/watch/U4sjwfKBQcj, http://www.playvid.com/watch/yoxY9SgbOvQ, http://www.playvid.com/watch/bRDnA6vNlRc,
http://www.playvid.com/watch/Lj1hCZFpqT8, http://www.playvid.com/watch/kMMNBzSCWCO, http://www.playvid.com/watch/KBd3_dA_0nj,
http://www.playvid.com/watch/lpckCYsAfYm, http://www.playvid.com/watch/n1DiHErXXnV, http://www.playvid.com/watch/aVWKBXV7Bsq,
http://www.playvid.com/watch/YUaRciKinb3, http://www.playvid.com/watch/lUZ7xqPIhgm, http://www.playvid.com/watch/FM9t5p9usop,
http://www.playvid.com/watch/Gcv1VCopqh8, http://www.playvid.com/watch/RN-EuXXbtJo, http://www.playvid.com/watch/RK_MVMGqzKf,
http://www.playvid.com/watch/0wOFNFt4PDe, http://www.playvid.com/watch/TOPbwolfDRR, http://www.playvid.com/watch/hsS8wrG-Kpx,
http://www.playvid.com/watch/KEQRfhPVzQ0, http://www.playvid.com/watch/wuWddKUdHLH, http://www.playvid.com/watch/ZNRFztFHE9f,
http://www.playvid.com/watch/ctWnKkbz_Lz, http://www.playvid.com/watch/2oT6pdfqBa2, http://www.playvid.com/watch/IjcXQyB75SB,
http://www.playvid.com/watch/lC5VhD2HayE, http://www.playvid.com/watch/8DIzY3wfFQK, http://www.playvid.com/watch/j6G3c8EPFzr,
http://www.playvid.com/watch/kEdhiUHRasD, http://www.playvid.com/watch/QhroGnf9_Jk, http://www.playvid.com/watch/pZqhdMCBrXd,
http://www.playvid.com/watch/3IjNZbRIZNh, http://www.playvid.com/watch/6JiT7gEjhlE, http://www.playvid.com/watch/iyy4KSCsdy3,
http://www.playvid.com/watch/egKtOxYNkCl, http://www.playvid.com/watch/Q28-CtAJHoK, http://www.playvid.com/watch/NxjPfEF1clg,
http://www.playvid.com/watch/BzPdjg6IEkN, http://www.playvid.com/watch/HOX20vTLVww, http://www.playvid.com/watch/JsK_r7kpAC9,
http://www.playvid.com/watch/f7ULg1P6E1M, http://www.playvid.com/watch/VF_b9gqTrFO, http://www.playvid.com/watch/AFEiXGLz1N5,
http://www.playvid.com/watch/UY7TflckrRt, http://www.playvid.com/watch/npA2S28zNUd, http://www.playvid.com/watch/tdmuz8XaijZ,
http://www.playvid.com/watch/I24Q3tYlWj6, http://www.playvid.com/watch/v2VGghlFtan, http://www.playvid.com/watch/vTFsHDkqxry,
http://www.playvid.com/watch/drQeiib5fOq, http://www.playvid.com/watch/e0BFM5n6iAJ, http://www.playvid.com/watch/PkPF-7qKQ2p,
http://www.playvid.com/watch/ixNx2eK95Jw, http://www.playvid.com/watch/ywcgxU6EnQZ, http://www.playvid.com/watch/5vVWBzfBmNK,
http://www.playvid.com/watch/HgdUsGi525U, http://www.playvid.com/watch/nia5ENROtgo, http://www.playvid.com/watch/zc4AcWLcJgy,
http://www.playvid.com/watch/iTyaUj1JUuR, http://www.playvid.com/watch/BYmp1hjRLiK, http://www.playvid.com/watch/YKC7vJi5mZJ,
http://www.playvid.com/watch/Ez9k08-uGtd, http://www.playvid.com/watch/H2QcKvJ4uun, http://www.playvid.com/watch/q68aFCnGl9m,
http://www.playvid.com/watch/h0Ulq-ViV1k, http://www.playvid.com/watch/VYh1WG1q4f6, http://www.playvid.com/watch/SaE_v6fUife,
http://www.playvid.com/watch/9fK1bM5-AMK, http://www.playvid.com/watch/8UhzbcJ2z4v, http://www.playvid.com/watch/9XxSWX5e0If,
http://www.playvid.com/watch/z7C8pX3Kawt, http://www.playvid.com/watch/itsAr044kp5, http://www.playvid.com/watch/zwTMu72h_ro,
http://www.playvid.com/watch/yyU01FYCZaS, http://www.playvid.com/watch/vrXpCakHVce, http://www.playvid.com/watch/B4yZni-Wm9X,
http://www.playvid.com/watch/soPNC2T3QDe, http://www.playvid.com/watch/6J4-jaSdJMP, http://www.playvid.com/watch/acXl1tKMqqg,
http://www.playvid.com/watch/rrfYYdZE5NI, http://www.playvid.com/watch/p42z8eHMwHn, http://www.playvid.com/watch/9YwqKXQpBSZ,
http://www.playvid.com/watch/wlTPBHTOxVU, http://www.playvid.com/watch/HHzVhf9ZE6F, http://www.playvid.com/watch/vPTig0vjujn,
http://www.playvid.com/watch/bBRHj9oFkoC, http://www.playvid.com/watch/gweBaOA3Ryn, http://www.playvid.com/watch/P4NGkDJnLwi,
http://www.playvid.com/watch/xhN5yubyDHA, http://www.playvid.com/watch/V3wXwzUjRQq, http://www.playvid.com/watch/wNr8Ab0qpmQ,
http://www.playvid.com/watch/kAmzV5jDjDa, http://www.playvid.com/watch/ZTpp-aUu2rn, http://www.playvid.com/watch/Kw6vBrLTIic,
http://www.playvid.com/watch/bB_6GX6iTly, http://www.playvid.com/watch/h_FcPyotytc, http://www.playvid.com/watch/n55BMi7pOQ7,
http://www.playvid.com/watch/ha2rqKz-dQP, http://www.playvid.com/watch/C5iMZQuGgcq, http://www.playvid.com/watch/gGM-zSJ4lIT,
http://www.playvid.com/watch/3-j1mfpSTGb, http://www.playvid.com/watch/EjYnR7pyR1A, http://www.playvid.com/watch/VTSBJgd0_v8,
http://www.playvid.com/watch/kpaaLYjan1w, http://www.playvid.com/watch/RfdEqSfaXFd, http://www.playvid.com/watch/75EGxID3z10,
http://www.playvid.com/watch/hafZJit_GUC, http://www.playvid.com/watch/v6Ddi5wKncb, http://www.playvid.com/watch/h8Fa70X7NXk,
http://www.playvid.com/watch/L_LBgOjUnYe, http://www.playvid.com/watch/EoMywbJQ4oG, http://www.playvid.com/watch/OKR39_GXH2z,
http://www.playvid.com/watch/CzjrnkC7ZyQ, http://www.playvid.com/watch/L5838MICyBM, http://www.playvid.com/watch/LYouaBFf0o5,
http://www.playvid.com/watch/MmqvCM9WnhK, http://www.playvid.com/watch/9s5veop7u_F, http://www.playvid.com/watch/uToVor1gl_Z,
http://www.playvid.com/watch/MOOAG2DDDh4, http://www.playvid.com/watch/qEj7BvHYZS5, http://www.playvid.com/watch/TWVSFs3dXIL,
http://www.playvid.com/watch/d0mHrPOlUY8, http://www.playvid.com/watch/Nscq0q-Dt8y, http://www.playvid.com/watch/7ukiVpurKa3,
http://www.playvid.com/watch/8EtbSGC9wlL, http://www.playvid.com/watch/6ugmsZaR2vf, http://www.playvid.com/watch/0lvkor3fCPx,
http://www.playvid.com/watch/zzd7lKXL2jW, http://www.playvid.com/watch/wGULTxfSJ8h, http://www.playvid.com/watch/NwDmqUQnB3z,
http://www.playvid.com/watch/TvTLUqlMoeo, http://www.playvid.com/watch/p027aNsUQiJ, http://www.playvid.com/watch/nfOsYIZ5izn,
http://www.playvid.com/watch/sn9DqDBUJ7e, http://www.playvid.com/watch/uXQolNqPYzv, http://www.playvid.com/watch/B62_KLvBiX6,
http://www.playvid.com/watch/HszT1hZHjhi, http://www.playvid.com/watch/t7S3Fjisw_W, http://www.playvid.com/watch/6yW-QVX0-mH,
http://www.playvid.com/watch/qoRImSzFF5B, http://www.playvid.com/watch/MyQoA4Cggf8, http://www.playvid.com/watch/qOmKXCh04UO,
http://www.playvid.com/watch/UtPnt-HH1Q8, http://www.playvid.com/watch/bvVh88qLR0D, http://www.playvid.com/watch/03Ivcgrzuca,
http://www.playvid.com/watch/h8gLJ4VGuB3, http://www.playvid.com/watch/UU8mMu0c2Ef, http://www.playvid.com/watch/ryTB1wYNtP3,
http://www.playvid.com/watch/Gn9rCMOfH4N, http://www.playvid.com/watch/Wb8XnmNjqcT, http://www.playvid.com/watch/qKFqo7FJNYj,
http://www.playvid.com/watch/MXvCllakAwg, http://www.playvid.com/watch/39nZsPXUJFH, http://www.playvid.com/watch/VjCRerM8Npl,
http://www.playvid.com/watch/vcPuneHNALJ, http://www.playvid.com/watch/PAAnHa7Nbwy, http://www.playvid.com/watch/ORnWYKS5Iy3,
http://www.playvid.com/watch/JJzf41_CHn8, http://www.playvid.com/watch/BrjmOwuluFe, http://www.playvid.com/watch/DTQVWtHSr_U,
http://www.playvid.com/watch/xFenucG_R-v, http://www.playvid.com/watch/PHgKLwOrlv2, http://www.playvid.com/watch/KQ9Q79ciOWn,
http://www.playvid.com/watch/eQEdVXPUHuP, http://www.playvid.com/watch/vFMJVHqd_rT, http://www.playvid.com/watch/mskF_JUCFNO,
http://www.playvid.com/watch/o3mCjwlQaqb, http://www.playvid.com/watch/7Tf7Ej9kJ2w, http://www.playvid.com/watch/xIsaP6MR5kK,
http://www.playvid.com/watch/5VOVDns6n1f, http://www.playvid.com/watch/TKozlWxYjNr, http://www.playvid.com/watch/4Nnkg6CaKpL,
http://www.playvid.com/watch/eCa-ZL-FuBW, http://www.playvid.com/watch/aR3_NfN_ppq, http://www.playvid.com/watch/Y3Ban0gHGUv,
http://www.playvid.com/watch/qKTq1zZ6Ges, http://www.playvid.com/watch/A_EV8LDh-zA, http://www.playvid.com/watch/fj8NPdEu0XV,
http://www.playvid.com/watch/sRiKPb-78cU, http://www.playvid.com/watch/k31Jvp1MFuj, http://www.playvid.com/watch/Q50BuWmv4Lb,
http://www.playvid.com/watch/vgd14M960y8, http://www.playvid.com/watch/OHd6Budo099, http://www.playvid.com/watch/e1pupqvSn-G,
http://www.playvid.com/watch/yg7d7rV0esY, http://www.playvid.com/watch/PlDkU1CuQ7n, http://www.playvid.com/watch/DXSQ-eVlb7N,
http://www.playvid.com/watch/Lrs5Aa4S73K, http://www.playvid.com/watch/Mj6RS7pcSLQ, http://www.playvid.com/watch/NrMKBpFfBxQ,
http://www.playvid.com/watch/fPSO0uLL88R, http://www.playvid.com/watch/RUs7v3Uq-Rj, http://www.playvid.com/watch/6dlX9zWd--q,
http://www.playvid.com/watch/o9drQLsnAni, http://www.playvid.com/watch/oAt8s7Y0ox9, http://www.playvid.com/watch/z9045-FPUnH,

http://www.playvid.com/watch/i00K5dU2EqL, http://www.playvid.com/watch/7VnuHA3QeuJ, http://www.playvid.com/watch/5BNr_Ulpsfk, http://www.playvid.com/watch/M4U4Sx9jQSQ, http://www.playvid.com/watch/8bikMKzD_rz, http://www.playvid.com/watch/jK1-H4KF7VN, http://www.playvid.com/watch/Yye4GUS5-64, http://www.playvid.com/watch/e8-FQBqS5h4, http://www.playvid.com/watch/ioXXGAluJWt, http://www.playvid.com/watch/vSQHqsPha9L, http://www.playvid.com/watch/L0s0WT7Dzyk, http://www.playvid.com/watch/rpoGyiSrPNP, http://www.playvid.com/watch/SuEfL8QekFx, http://www.playvid.com/watch/6ssRZaKYJez, http://www.playvid.com/watch/iOCI-SQ_ZLs, http://www.playvid.com/watch/3PLsCGNRqcW, http://www.playvid.com/watch/KUz90enTxMs, http://www.playvid.com/watch/NWnlwR8hing, http://www.playvid.com/watch/nafIv-rhnnQ, http://www.playvid.com/watch/mVH7MQJETjB, http://www.playvid.com/watch/U6_d55korGG, http://www.playvid.com/watch/zOPEbwsEBmJ, http://www.playvid.com/watch/lwshES_hyry, http://www.playvid.com/watch/VYaRfjKoczM, http://www.playvid.com/watch/iXxcUbVCPgX, http://www.playvid.com/watch/tyU16PQAjpP, http://www.playvid.com/watch/qZ5RvC57GTw, http://www.playvid.com/watch/bvn5Qto1Wmp, http://www.playvid.com/watch/qURBMm2o-xy, http://www.playvid.com/watch/Zp4ueAcSXI8, http://www.playvid.com/watch/yQd_T8sVzBL, http://www.playvid.com/watch/IJInXJ44rFi, http://www.playvid.com/watch/8QVKUccgTAd, http://www.playvid.com/watch/zQ8Usyfj6en, http://www.playvid.com/watch/GRqO8ybaP-9, http://www.playvid.com/watch/TmakLxBxD54, http://www.playvid.com/watch/evUzIK35U2l, http://www.playvid.com/watch/m6BNtjhpSPN, http://www.playvid.com/watch/C_PwFuJY4x5, http://www.playvid.com/watch/QNlhMQ8uiTX, http://www.playvid.com/watch/Ne5hbrL7N0P, http://www.playvid.com/watch/wycyOyTcaaM, http://www.playvid.com/watch/sgS_ZeASD0u, http://www.playvid.com/watch/yc-wTd1yXCr, http://www.playvid.com/watch/sBPvt9rpPud, http://www.playvid.com/watch/rc5tPB2A3BQ, http://www.playvid.com/watch/WI1RprSTQFg, http://www.playvid.com/watch/s9XdE87fjyZ, http://www.playvid.com/watch/WscnsBCqv19, http://www.playvid.com/watch/WkdywOyft_i, http://www.playvid.com/watch/sjYbLAjpDWi, http://www.playvid.com/watch/F9s5-qB-ixK, http://www.playvid.com/watch/tcCjyNjuwRm, http://www.playvid.com/watch/d1VsqrBpnf3, http://www.playvid.com/watch/rFqTQpRR587, http://www.playvid.com/watch/oi2xFCGFnnJ, http://www.playvid.com/watch/5dZwpbFe6xt, http://www.playvid.com/watch/uRmAamjJOax, http://www.playvid.com/watch/nhSlfBmyOMX, http://www.playvid.com/watch/Zwei1ue2osy, http://www.playvid.com/watch/YESuX3NGwKa, http://www.playvid.com/watch/bcKm-FW3R2M, http://www.playvid.com/watch/VPanlOT9Pwy, http://www.playvid.com/watch/xFM50shclZL, http://www.playvid.com/watch/uEUDgVcVL0A, http://www.playvid.com/watch/DWhTB86M8_k, http://www.playvid.com/watch/phJQ0l3qvfe, http://www.playvid.com/watch/b32wIr35Q_o, http://www.playvid.com/watch/TzlzySh26Cj, http://www.playvid.com/watch/JyLLu73Rzka, http://www.playvid.com/watch/tUCAhnBlZlQ, http://www.playvid.com/watch/Px6KXQRH6JC, http://www.playvid.com/watch/LQwpPo4aQKS, http://www.playvid.com/watch/WRi01td963N, http://www.playvid.com/watch/iQIgzR3hVHD, http://www.playvid.com/watch/S-vcEMlRXjC, http://www.playvid.com/watch/A1iOxVTd0lU, http://www.playvid.com/watch/XT5RsPPTYAU, http://www.playvid.com/watch/qciDMWEyL7P, http://www.playvid.com/watch/fHkkfriZCYp, http://www.playvid.com/watch/AAmHW5NO0aM, http://www.playvid.com/watch/0XkCFYuhPii, http://www.playvid.com/watch/aW-zM5lSYty, http://www.playvid.com/watch/E22a6TlO2go, http://www.playvid.com/watch/eQEsvtWZnI2, http://www.playvid.com/watch/ou5KMGtt4Mp, http://www.playvid.com/watch/YtzPD8jh3vs, http://www.playvid.com/watch/Vj17Sbn2pf8, http://www.playvid.com/watch/Sbnhz6ZF7lW, http://www.playvid.com/watch/5-tbDoKCbww

5.f. Date of third notice: 2014-03-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: girlsway
5.b. Uploader's email address: manboyuyut@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/girlsway
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5fyapbpTyw8, http://www.playvid.com/watch/PNyHxK_PGMH, http://www.playvid.com/watch/AfxriZXVukb, http://www.playvid.com/watch/vziO8W0bhbh, http://www.playvid.com/watch/wqY0W3VlTaU, http://www.playvid.com/watch/wrtCHhdfxPN, http://www.playvid.com/watch/zIDhKY5G84C, http://www.playvid.com/watch/6WKKR9oRPud, http://www.playvid.com/watch/fzrWZPhA8cy, http://www.playvid.com/watch/Gnr1XQ7oYw2, http://www.playvid.com/watch/6Ps7D92JHY9, http://www.playvid.com/watch/vvjbhPyV4gp, http://www.playvid.com/watch/KhJ_i3p6INq, http://www.playvid.com/watch/8D3o1TLpGAT, http://www.playvid.com/watch/UGdBnxgBsoJ, http://www.playvid.com/watch/sImPLhKnurT, http://www.playvid.com/watch/233qYWRs1zv, http://www.playvid.com/watch/wojt8NztQ3U, http://www.playvid.com/watch/RbuD-6MxjMl, http://www.playvid.com/watch/BfZh12R4TcK, http://www.playvid.com/watch/SsnHo6jlGgx, http://www.playvid.com/watch/eNqqBRXyafI, http://www.playvid.com/watch/uwC-Awk5apR, http://www.playvid.com/watch/arZ0M2e7VoU, http://www.playvid.com/watch/2WpA4d1EIwv, http://www.playvid.com/watch/VgB5Css5iY0, http://www.playvid.com/watch/TD1BuNupQTq, http://www.playvid.com/watch/Gh3gVXlP1vg, http://www.playvid.com/watch/CTBYlMtXqz9, http://www.playvid.com/watch/x4JgRM9PPSs, http://www.playvid.com/watch/3Jgh3EI-qvI, http://www.playvid.com/watch/41RykwGHcZq, http://www.playvid.com/watch/rdBoPM0wSfO, http://www.playvid.com/watch/gPcnwqyRNGW, http://www.playvid.com/watch/yNKTjcHEs-B, http://www.playvid.com/watch/ibbKdQ9Fq0b, http://www.playvid.com/watch/adBY2hidAi8, http://www.playvid.com/watch/T5DJTxpyvKw, http://www.playvid.com/watch/d50BCACfr-6, http://www.playvid.com/watch/D0_jgnN4CuQ, http://www.playvid.com/watch/mmdmPBTK0rB, http://www.playvid.com/watch/88NN7BZcIKp, http://www.playvid.com/watch/TRi1ADSE2eU, http://www.playvid.com/watch/A5BMgrAWKp3, http://www.playvid.com/watch/7yB5kfdQxs3, http://www.playvid.com/watch/ex-cBPcciCG, http://www.playvid.com/watch/jzVzcC6BjgI, http://www.playvid.com/watch/TCQ55D20R0d, http://www.playvid.com/watch/cGxYpV6ulMZ, http://www.playvid.com/watch/3FTZWj__48N, http://www.playvid.com/watch/Vmo9YHUaZnB, http://www.playvid.com/watch/bbIlj2PTqMo, http://www.playvid.com/watch/BXEAWuLp1Yc, http://www.playvid.com/watch/Hx-1bATaIWt, http://www.playvid.com/watch/KRmAfs9QLEG, http://www.playvid.com/watch/ODWIKC-eE_V, http://www.playvid.com/watch/aNjGdbXDlp5, http://www.playvid.com/watch/Pkc0908J5FH, http://www.playvid.com/watch/tZ_p84Nu8V2, http://www.playvid.com/watch/MAepfTLcxz7, http://www.playvid.com/watch/oh050wf-9ie, http://www.playvid.com/watch/DOxkR1e3cNu, http://www.playvid.com/watch/cLTAmQ7RGDe, http://www.playvid.com/watch/PYuLekfkNeE, http://www.playvid.com/watch/2WI9OGW1p-2, http://www.playvid.com/watch/v_lFmcesQ1f, http://www.playvid.com/watch/Uf3743XsF3E, http://www.playvid.com/watch/NZayrUv1yMQ, http://www.playvid.com/watch/n60B_OLfGs2, http://www.playvid.com/watch/zF7zTlN94gU, http://www.playvid.com/watch/SyRmm9qjAWJ, http://www.playvid.com/watch/wRFskvd_brf, http://www.playvid.com/watch/g3lHxiUs30v, http://www.playvid.com/watch/JiZAVbBCX5G, http://www.playvid.com/watch/5jZvWkQMAOV, http://www.playvid.com/watch/s3pT9vJi0hy, http://www.playvid.com/watch/VZXYiuRIhSy, http://www.playvid.com/watch/MSWer0-HK_l, http://www.playvid.com/watch/3QgOm5oP3ir, http://www.playvid.com/watch/TRvVi3SWJB6, http://www.playvid.com/watch/JWhkKq8cHhw, http://www.playvid.com/watch/Z1axRLiPN77, http://www.playvid.com/watch/a_KU2STbn2p, http://www.playvid.com/watch/tA-MRkgQ2Hs, http://www.playvid.com/watch/zXJfrIx0XpV, http://www.playvid.com/watch/OVte93Kdm2t, http://www.playvid.com/watch/IjvHWgmuBtG, http://www.playvid.com/watch/zbWpdQj-vj5, http://www.playvid.com/watch/Vk6FmO_T4Pf, http://www.playvid.com/watch/4D9GuOqxSoZ, http://www.playvid.com/watch/7C1Ce76xMWU, http://www.playvid.com/watch/PeuOonc_hdU, http://www.playvid.com/watch/9vy2gEXkHAt, http://www.playvid.com/watch/kKb4irV588h, http://www.playvid.com/watch/9aEimOP5cmk, http://www.playvid.com/watch/OwUrb5-gSoq, http://www.playvid.com/watch/IYfXj1GvtnF, http://www.playvid.com/watch/FYcIYWo1WHP, http://www.playvid.com/watch/x76Xyikam7Q, http://www.playvid.com/watch/xRsnMhXfvLp, http://www.playvid.com/watch/mONefU1GifG, http://www.playvid.com/watch/2hLRTJG3m-6, http://www.playvid.com/watch/yE3g4dSXW5q, http://www.playvid.com/watch/wVSyMrBSwPb, http://www.playvid.com/watch/aHFSxK-zTtL, http://www.playvid.com/watch/YN5JLSHc3-c, http://www.playvid.com/watch/ueEeKJnC4mG, http://www.playvid.com/watch/tdsdtFbreXd, http://www.playvid.com/watch/WpU9hndY9qQ, http://www.playvid.com/watch/a94CU_2OQuB, http://www.playvid.com/watch/wNbcfv5YN1I, http://www.playvid.com/watch/lkGhYJ0QNbv, http://www.playvid.com/watch/H46vw9JKzee, http://www.playvid.com/watch/ADsK_n2zDbb, http://www.playvid.com/watch/4oEnAuFahGb, http://www.playvid.com/watch/4J65hD0SuSx, http://www.playvid.com/watch/S4wVJe0TtLo, http://www.playvid.com/watch/Vw4A0aC1SUc, http://www.playvid.com/watch/GDj5wsh-VSw, http://www.playvid.com/watch/dw8yk-VngCo, http://www.playvid.com/watch/IFoRWX_8BbQ, http://www.playvid.com/watch/sLi-gyR82OX, http://www.playvid.com/watch/DnP6g_kbHCQ, http://www.playvid.com/watch/vCXWAs7wLdk, http://www.playvid.com/watch/09OO-Sa_qsy, http://www.playvid.com/watch/wN9QtPEnGd3, http://www.playvid.com/watch/q977aIdsXbj, http://www.playvid.com/watch/e7D3V1EPAeI, http://www.playvid.com/watch/c1IisUKT53Y, http://www.playvid.com/watch/oGx-Lj4cIBg, http://www.playvid.com/watch/29CLzZ5icjm, http://www.playvid.com/watch/rZfLESpKBME, http://www.playvid.com/watch/fGRBpBEwYLP, http://www.playvid.com/watch/hWX4r2XnCR2, http://www.playvid.com/watch/HQ42lwO04j5, http://www.playvid.com/watch/DSOOFggS2gx, http://www.playvid.com/watch/gV802OUb047, http://www.playvid.com/watch/EsWv6W39MYj, http://www.playvid.com/watch/DM34KS4r4MS, http://www.playvid.com/watch/wdGLlQ6HuUb, http://www.playvid.com/watch/TdcARungmeV, http://www.playvid.com/watch/0RK2n_M9cd9, http://www.playvid.com/watch/sN-3qJyrvVw, http://www.playvid.com/watch/YwVRUH8hDdL, http://www.playvid.com/watch/WMlqZC7z_vr, http://www.playvid.com/watch/O1bqVa1EVRK, http://www.playvid.com/watch/zXSMEovqYQR, http://www.playvid.com/watch/9clDGtuQo_9, http://www.playvid.com/watch/tycFq4k1fkh, http://www.playvid.com/watch/ND_0Hpib8gM, http://www.playvid.com/watch/JUmV6X59JWx, http://www.playvid.com/watch/ms1Xt2KduC3, http://www.playvid.com/watch/JKy-OeBSUoc, http://www.playvid.com/watch/WabWZeApKfU, http://www.playvid.com/watch/D_rN3Zl9c_P, http://www.playvid.com/watch/JSc6cwo--_3, http://www.playvid.com/watch/0p1T7UvsfvM, http://www.playvid.com/watch/kTrGHEyU4uI, http://www.playvid.com/watch/Ltmufh0042G, http://www.playvid.com/watch/mlc67K13pre, http://www.playvid.com/watch/ph23roQsUPK, http://www.playvid.com/watch/9JRV54Un1kT, http://www.playvid.com/watch/3cUS2o3PeuV, http://www.playvid.com/watch/VCirtVvbmaW, http://www.playvid.com/watch/LOK_poFsmnE, http://www.playvid.com/watch/XLumFB6DYtT, http://www.playvid.com/watch/2VGd3Z010SI, http://www.playvid.com/watch/RctLjMEdcUB, http://www.playvid.com/watch/8bo-n3v08k6, http://www.playvid.com/watch/L_DIv6hV1SP, http://www.playvid.com/watch/tJtQc7Jdaq9, http://www.playvid.com/watch/TYnZN2Vo7fu, http://www.playvid.com/watch/c9lIVpnhFXF, http://www.playvid.com/watch/iNoqWBXdjnh, http://www.playvid.com/watch/w8rQzWeNvMN, http://www.playvid.com/watch/9EQcJgLNFtW, http://www.playvid.com/watch/G5pYdSJ7i5F, http://www.playvid.com/watch/6tA7E_6Zzka, http://www.playvid.com/watch/SagVtr2u-Dt,

http://www.playvid.com/watch/gZ6Dr9X1-RZ, http://www.playvid.com/watch/7sapthps2SF, http://www.playvid.com/watch/J5ItBA6ZV7X,
http://www.playvid.com/watch/EVcV69TLGfE, http://www.playvid.com/watch/fJbCEmnNwsS, http://www.playvid.com/watch/ZWPQU3GSXBH,
http://www.playvid.com/watch/JpU1InT-Bqp, http://www.playvid.com/watch/jSVhpGabtW8, http://www.playvid.com/watch/CEblr5nNuzy,
http://www.playvid.com/watch/Uh2lFF-R6wY, http://www.playvid.com/watch/bdVBZ_NPZRt, http://www.playvid.com/watch/XM5jPRPK4ZL,
http://www.playvid.com/watch/j4KxQUEMO2P, http://www.playvid.com/watch/xw_WKJWoh43, http://www.playvid.com/watch/ncRl5X4L19T,
http://www.playvid.com/watch/o8lIOzJhwre, http://www.playvid.com/watch/ZfZPHc7mJ8h, http://www.playvid.com/watch/tX8jalJSzhN,
http://www.playvid.com/watch/oaMQzVOooKO, http://www.playvid.com/watch/C2lN4VzVlfI, http://www.playvid.com/watch/mvf6LvNVjl6,
http://www.playvid.com/watch/qgkdFZ83vMb, http://www.playvid.com/watch/JtITIb7RL_X, http://www.playvid.com/watch/giCL69IrQtP,
http://www.playvid.com/watch/C7_IF0WfgCR, http://www.playvid.com/watch/kAdjCUE244R, http://www.playvid.com/watch/Ck3_h7_82OM,
http://www.playvid.com/watch/n8FT9PEAI3F, http://www.playvid.com/watch/D62VaAz_kf3, http://www.playvid.com/watch/cPc6l8yoiCX,
http://www.playvid.com/watch/yQsYZrRlH3h, http://www.playvid.com/watch/QKuRovI_hIG, http://www.playvid.com/watch/BtjjBRlBXbp,
http://www.playvid.com/watch/Roxs1McRVkw, http://www.playvid.com/watch/aafhWc5zi4N, http://www.playvid.com/watch/gn_PDJH9_Um,
http://www.playvid.com/watch/OuzEjep7JCq, http://www.playvid.com/watch/mtd_wu4mGQe, http://www.playvid.com/watch/eGMnUEX8_YB,
http://www.playvid.com/watch/gfPitSu1zgc, http://www.playvid.com/watch/k2oNaSsFGlU, http://www.playvid.com/watch/vfF1HaRDW4n,
http://www.playvid.com/watch/WScjfrnLzxw, http://www.playvid.com/watch/wudXBEpg0Mh, http://www.playvid.com/watch/igcgRSeCtCF,
http://www.playvid.com/watch/ioz7-jBjaHZ, http://www.playvid.com/watch/pnkekPsV5gD, http://www.playvid.com/watch/a_Lb8m-uAC0,
http://www.playvid.com/watch/itD9t8EUPAU, http://www.playvid.com/watch/j93WVhg4PmK, http://www.playvid.com/watch/jjbfqGomOsb,
http://www.playvid.com/watch/xPriyAvSXEG, http://www.playvid.com/watch/U0Rz33q_L5T, http://www.playvid.com/watch/wRr0kX20Gc8,
http://www.playvid.com/watch/qCX21_vbofQ
5.f. Date of third notice: 2015-07-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: globimos
5.b. Uploader's email address: arborisbookrlin@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/globimos
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5VhlVYCl9r0, http://www.playvid.com/watch/gnzNll0W5OK,
http://www.playvid.com/watch/9xhXSPxHuML, http://www.playvid.com/watch/yUiczP98ejB, http://www.playvid.com/watch/ATjZNT8bkrs,
http://www.playvid.com/watch/AyvbMUehkNs, http://www.playvid.com/watch/K_BpjDNf-lu, http://www.playvid.com/watch/uCxGr_J3YLx,
http://www.playvid.com/watch/PDv3-MR_hxc, http://www.playvid.com/watch/k8Ffer4eMuO, http://www.playvid.com/watch/MKZFpgQOYEC,
http://www.playvid.com/watch/eTfUGnisD9v, http://www.playvid.com/watch/Tgk7ct8bxuf, http://www.playvid.com/watch/E8e37kWD_LS,
http://www.playvid.com/watch/0FF_Ob8VbDX, http://www.playvid.com/watch/P-KJZxXGBtB, http://www.playvid.com/watch/IYb4RUZ5jze,
http://www.playvid.com/watch/ndk62aSRJhr, http://www.playvid.com/watch/ZlzmmoeVDIU, http://www.playvid.com/watch/s1KB6G9VTQD,
http://www.playvid.com/watch/VgG5HbAAvfa, http://www.playvid.com/watch/FuDua9rRJN0, http://www.playvid.com/watch/5LxhzikVqO4,
http://www.playvid.com/watch/fjWlMpATk9x, http://www.playvid.com/watch/tKV3AzZv9UY, http://www.playvid.com/watch/4fhaZ71lveA,
http://www.playvid.com/watch/dWCJCEBrdNt, http://www.playvid.com/watch/FZ8s7H12l3Y, http://www.playvid.com/watch/d12ZUEABQT0,
http://www.playvid.com/watch/AkGV8AY-OcD, http://www.playvid.com/watch/HR_BITZImVR, http://www.playvid.com/watch/yKW-sdx_mzK,
http://www.playvid.com/watch/8KUSO23qjcQ, http://www.playvid.com/watch/zFlARH8XzOC, http://www.playvid.com/watch/W5k55U00PN4,
http://www.playvid.com/watch/36XRGk2sFN7, http://www.playvid.com/watch/6Zhm6ztCcJC, http://www.playvid.com/watch/Ae1tilyvXyg,
http://www.playvid.com/watch/4YLoCbSAw_q, http://www.playvid.com/watch/m97quFkwXDI, http://www.playvid.com/watch/33oSjM8ci1V,
http://www.playvid.com/watch/7q33PLGcJi7, http://www.playvid.com/watch/lj2gjB5Ky4g, http://www.playvid.com/watch/0Few82o8Vfb,
http://www.playvid.com/watch/5Japd4ENR5Y, http://www.playvid.com/watch/A08G-e5m_gX, http://www.playvid.com/watch/ou0AIkeSYDP,
http://www.playvid.com/watch/SjFy7tI4Pkz, http://www.playvid.com/watch/M3AN80EbCov, http://www.playvid.com/watch/TI8aSeYeqKE,
http://www.playvid.com/watch/ZAIJGHGC_dv, http://www.playvid.com/watch/Y1t-OTNFEEd, http://www.playvid.com/watch/SCSh2Pm1owi,
http://www.playvid.com/watch/lKoxZKCDRKI, http://www.playvid.com/watch/PIjcPlC8t4r, http://www.playvid.com/watch/dQRpbrZdreW,
http://www.playvid.com/watch/2FbUypRZSVj, http://www.playvid.com/watch/tHZG5Wbu4Ej, http://www.playvid.com/watch/XGJBKj2qjp2,
http://www.playvid.com/watch/FZZWAqzELTA, http://www.playvid.com/watch/HRYwvCKO4yw, http://www.playvid.com/watch/sSC9KG2y8Ma,
http://www.playvid.com/watch/Pqc25kYzAvx, http://www.playvid.com/watch/8eAMYGEzQSm, http://www.playvid.com/watch/4vP85y9NSRi,
http://www.playvid.com/watch/hqvKTrf0CZo, http://www.playvid.com/watch/23TWwkpFaFY, http://www.playvid.com/watch/4TJ6zrAfQvx,
http://www.playvid.com/watch/xVJ_DmDDqPk, http://www.playvid.com/watch/cm0-x38y4zi, http://www.playvid.com/watch/a6bJTARnEnq,
http://www.playvid.com/watch/n8wuH_ALDfF, http://www.playvid.com/watch/SYaS2dCETjh, http://www.playvid.com/watch/iF-Ye-vpNYG,
http://www.playvid.com/watch/Wyo2QFcPkw5, http://www.playvid.com/watch/Le3dARjo96X, http://www.playvid.com/watch/4Mt35bd0_nx,
http://www.playvid.com/watch/gn04IN6KQj4, http://www.playvid.com/watch/s9CUTn1345l, http://www.playvid.com/watch/MGh_nYGI-MN,
http://www.playvid.com/watch/pfR4LmEgGup, http://www.playvid.com/watch/6z3t2F4JHUl, http://www.playvid.com/watch/hTm5Q2pVTd5,
http://www.playvid.com/watch/bMV2M0kkS5s, http://www.playvid.com/watch/XPEwm-0t_Pb, http://www.playvid.com/watch/iUQpoRj2BaE,
http://www.playvid.com/watch/D_3ddDllWBD, http://www.playvid.com/watch/qzJlbywT5w6, http://www.playvid.com/watch/i3aeB1QEc-9,
http://www.playvid.com/watch/44MgvlLipoG, http://www.playvid.com/watch/NmiAUBFdp5d, http://www.playvid.com/watch/ZbBpLUPeXqc,
http://www.playvid.com/watch/hkqGMPx20rm, http://www.playvid.com/watch/7lssD4m4o-y, http://www.playvid.com/watch/CywUuPeRTdd,
http://www.playvid.com/watch/3EQt0kaS_Vh, http://www.playvid.com/watch/vV9TAT1qswb, http://www.playvid.com/watch/8HKFb7uLVFp,
http://www.playvid.com/watch/WjBtr6tGXep, http://www.playvid.com/watch/cOSyq-p3bVV, http://www.playvid.com/watch/bJJMOCjoKqG,
http://www.playvid.com/watch/MBY1fL53o_y, http://www.playvid.com/watch/KGEchkH61Jt, http://www.playvid.com/watch/H6hPxz1Ujfw,
http://www.playvid.com/watch/v9R-D1RvAf5, http://www.playvid.com/watch/Lt4OqkCl2ti, http://www.playvid.com/watch/JOaw_NWkEVS,
http://www.playvid.com/watch/lmw2EZw4xnU, http://www.playvid.com/watch/V6Oz2y9Tv85, http://www.playvid.com/watch/Ci4a8JkQa6B,
http://www.playvid.com/watch/kow02v4Usck, http://www.playvid.com/watch/6rjzFM9BftJ, http://www.playvid.com/watch/6UUzteM7WjP,
http://www.playvid.com/watch/rgEdgJ0IQU3, http://www.playvid.com/watch/WEgUFHxlOae, http://www.playvid.com/watch/7QxLWCnUFVB,
http://www.playvid.com/watch/o1UVmeCm1js, http://www.playvid.com/watch/vhcCvNiYdqn, http://www.playvid.com/watch/xdwt8Fbwu7r,
http://www.playvid.com/watch/0JB7nnt_T6u, http://www.playvid.com/watch/TQd3HWDEFOy, http://www.playvid.com/watch/5VcXDmhw7Fw,
http://www.playvid.com/watch/OxEcLTNs3TZ, http://www.playvid.com/watch/Jx-FPaBcgkO, http://www.playvid.com/watch/PKmkYuOcSAF,
http://www.playvid.com/watch/EH8d8YGCC4h, http://www.playvid.com/watch/r1Z085-BdYF, http://www.playvid.com/watch/3OIjo4jU0FK,
http://www.playvid.com/watch/P9EB435xMK7, http://www.playvid.com/watch/uGOpn98ptwO, http://www.playvid.com/watch/zMkyZ6MNHcV,
http://www.playvid.com/watch/MLQNs1-fgTU, http://www.playvid.com/watch/WVCQbl0dIQB, http://www.playvid.com/watch/olOE--jNjKT,
http://www.playvid.com/watch/NZtAKZDZdr2, http://www.playvid.com/watch/ug-cZhmM1nD, http://www.playvid.com/watch/PcjgORu5Bw7,
http://www.playvid.com/watch/q5h1_6VQQhD, http://www.playvid.com/watch/PXTJ-bDpX6u, http://www.playvid.com/watch/WiTQ2ZYF6uV,
http://www.playvid.com/watch/LZYtQAhUkSI, http://www.playvid.com/watch/RLz2rKXbfc5, http://www.playvid.com/watch/yx-PwVdyP-k,
http://www.playvid.com/watch/HKIBZcPzZOI, http://www.playvid.com/watch/F71oPYeTp6l, http://www.playvid.com/watch/Qny1IL6RANJ,
http://www.playvid.com/watch/EYB8Hza511J, http://www.playvid.com/watch/ziZEAB1kMB9, http://www.playvid.com/watch/IodhBmutyM6,
http://www.playvid.com/watch/9W2gYehWrYh, http://www.playvid.com/watch/3qE7YIhCuSP, http://www.playvid.com/watch/LWPIUuH7Boe,
http://www.playvid.com/watch/N9RbYy-zkVj, http://www.playvid.com/watch/nGwy9_TWRMo, http://www.playvid.com/watch/3Vd4LGwXH3M,
http://www.playvid.com/watch/vgzortBesUz, http://www.playvid.com/watch/Oqlah1BZJvV, http://www.playvid.com/watch/w-CdTgxgZrr,
http://www.playvid.com/watch/AHfsaTgwDQb, http://www.playvid.com/watch/2ry7OlIwF-l, http://www.playvid.com/watch/WX5t6lZi3Hs,
http://www.playvid.com/watch/9kOgcFmVCFJ, http://www.playvid.com/watch/WJptEKkP6Fd, http://www.playvid.com/watch/caN76Tsf4qp,
http://www.playvid.com/watch/GgkqQ0lFtim, http://www.playvid.com/watch/QZU01tzWh0q, http://www.playvid.com/watch/toezCNuQhvX,
http://www.playvid.com/watch/JhphI1w2dLr, http://www.playvid.com/watch/xjHsAxdnvn8, http://www.playvid.com/watch/bM8zBNOv9zG,
http://www.playvid.com/watch/cqN76y949QN, http://www.playvid.com/watch/OBs--eWKlSK, http://www.playvid.com/watch/W8xfOz42_NA,
http://www.playvid.com/watch/ZpETMHexdFE, http://www.playvid.com/watch/rnScmUmWfMb, http://www.playvid.com/watch/3qmkPEAirov,
http://www.playvid.com/watch/POJF0PvHNBD, http://www.playvid.com/watch/C27Ir-g6Sf0, http://www.playvid.com/watch/WIkCUknafo2,
http://www.playvid.com/watch/FKBOCMiWQBy, http://www.playvid.com/watch/3Y0PDErg52l, http://www.playvid.com/watch/BCR3lqvKbvT,
http://www.playvid.com/watch/ax5WLcMVrPk, http://www.playvid.com/watch/0wJZ5vSp0WF, http://www.playvid.com/watch/GAt8IQ3CPSs,
http://www.playvid.com/watch/UQnDekbHrFk, http://www.playvid.com/watch/4K9jMR2qhM0, http://www.playvid.com/watch/b0iaMH6IQLm,
http://www.playvid.com/watch/q6BKQYpTPfO, http://www.playvid.com/watch/GIC8W36etNP, http://www.playvid.com/watch/HtsQ7bG3Iq2,
http://www.playvid.com/watch/rdYhWLTfkt6, http://www.playvid.com/watch/95H8rWsIkYZ, http://www.playvid.com/watch/IlV5Xb_RE1x,
http://www.playvid.com/watch/hThaMCw_hGs, http://www.playvid.com/watch/ZbpUmx4WROl, http://www.playvid.com/watch/sUilQDoG0vw,
http://www.playvid.com/watch/Ba59-wjajEF, http://www.playvid.com/watch/5SeECxkfgh8, http://www.playvid.com/watch/hH98i2MSc5e,
http://www.playvid.com/watch/NL1gdAUHnvg, http://www.playvid.com/watch/kHIFWuiyHp6, http://www.playvid.com/watch/Sain7PQ4ENJ,
http://www.playvid.com/watch/HmOOgvT9JPS, http://www.playvid.com/watch/uKRcvRN6z3C, http://www.playvid.com/watch/Nio8jGSTQNP,
http://www.playvid.com/watch/z_W12l23_ME, http://www.playvid.com/watch/Ty5c7160A6c, http://www.playvid.com/watch/YYg-oG_77vD,
http://www.playvid.com/watch/lQhYY3Dnq1U, http://www.playvid.com/watch/qRQ7202vJA4, http://www.playvid.com/watch/oc307offp3r,

http://www.playvid.com/watch/rJYOqbCaIZs, http://www.playvid.com/watch/6knSSUDplaD, http://www.playvid.com/watch/mmiqbj9LCWC,
http://www.playvid.com/watch/y7nfxdDHEBE, http://www.playvid.com/watch/P5Lgg50UuEE, http://www.playvid.com/watch/ucvY1BNSscg,
http://www.playvid.com/watch/PLMNJHJj040, http://www.playvid.com/watch/vEGyLdgCgN6, http://www.playvid.com/watch/CbFfYt33Ppg,
http://www.playvid.com/watch/ue2S9hMPk3d, http://www.playvid.com/watch/xzh8o9ZHw1C, http://www.playvid.com/watch/uTatOh0qYv0,
http://www.playvid.com/watch/UYVxoNZI-ve, http://www.playvid.com/watch/PSykYd9AgHj, http://www.playvid.com/watch/a2q3gfuzbt4,
http://www.playvid.com/watch/R1X473-6f9F, http://www.playvid.com/watch/jC7mva0ag6S, http://www.playvid.com/watch/iMakAzIQQFg,
http://www.playvid.com/watch/R9fF6Uf6ukH, http://www.playvid.com/watch/50PIA7NM2GC, http://www.playvid.com/watch/CNGCna5D9oF,
http://www.playvid.com/watch/INBZCa9cmcD, http://www.playvid.com/watch/4Zkt2DflbQA, http://www.playvid.com/watch/Ge9wqNxoRD2,
http://www.playvid.com/watch/u0DZBTvA6og, http://www.playvid.com/watch/YJyKTpRp8lf, http://www.playvid.com/watch/iDFAjq2063m,
http://www.playvid.com/watch/y5HXDMtcCzL, http://www.playvid.com/watch/d9upgprINUr, http://www.playvid.com/watch/7ZZeSNYagsB,
http://www.playvid.com/watch/4hme2uhleNm, http://www.playvid.com/watch/pFYzpet1yhJ, http://www.playvid.com/watch/OmlrtJ_xBNc,
http://www.playvid.com/watch/qRvYSMa25pY, http://www.playvid.com/watch/3_FRswJ7LPr, http://www.playvid.com/watch/7hgWC9X5A_R,
http://www.playvid.com/watch/GUaRtv5mMIl, http://www.playvid.com/watch/GPG0OgqzGDX, http://www.playvid.com/watch/G6hs3hwnlXU,
http://www.playvid.com/watch/7vg-JTXtn7H, http://www.playvid.com/watch/hbTcv4M0chQ, http://www.playvid.com/watch/oMHuyMEm_k0,
http://www.playvid.com/watch/rgaLhXlV5ZN, http://www.playvid.com/watch/UaQNGhznL2u, http://www.playvid.com/watch/BR1nOS073f0,
http://www.playvid.com/watch/oc_U1sqqF7T, http://www.playvid.com/watch/OvxeMe0Hf16, http://www.playvid.com/watch/LnsBQtyTGAl,
http://www.playvid.com/watch/MuIfzThdjLG, http://www.playvid.com/watch/80yA2tnVcSg, http://www.playvid.com/watch/7cJM0NB9aEc,
http://www.playvid.com/watch/aG0zknabZjl, http://www.playvid.com/watch/aLvhduREE5g, http://www.playvid.com/watch/0OBr9CMR2EW,
http://www.playvid.com/watch/UNJNnybWEgK, http://www.playvid.com/watch/dDjMhh3-9tC, http://www.playvid.com/watch/3d8XkNx1s_X,
http://www.playvid.com/watch/oQ8hcyIAfOf, http://www.playvid.com/watch/nUMlvhhMprT, http://www.playvid.com/watch/bTc0H-pn9ZW,
http://www.playvid.com/watch/4e4efLu-vBI, http://www.playvid.com/watch/an_aOmdT8bK, http://www.playvid.com/watch/bGZ0EMKS3w8,
http://www.playvid.com/watch/JJ_T_8X-wmH, http://www.playvid.com/watch/P_SIO6mWgdy, http://www.playvid.com/watch/g0na4LNTJUE,
http://www.playvid.com/watch/2kPGejm8EnX, http://www.playvid.com/watch/gr0px0dWjj8, http://www.playvid.com/watch/fnfKt5OGrqe,
http://www.playvid.com/watch/58Gli7DvcSL, http://www.playvid.com/watch/KLpORyFtjXV, http://www.playvid.com/watch/SyDmeoNXErq,
http://www.playvid.com/watch/eSIy-F8KWZV, http://www.playvid.com/watch/zD1HtLWWBHZ, http://www.playvid.com/watch/SlE9-lqspe3,
http://www.playvid.com/watch/K2rQrt5_5rw, http://www.playvid.com/watch/g22IIt6VOZo, http://www.playvid.com/watch/fx5riVcMYYK,
http://www.playvid.com/watch/lNxrJ0lvkqU, http://www.playvid.com/watch/gSNrqcRXHaX, http://www.playvid.com/watch/MDYjh4nm4MD,
http://www.playvid.com/watch/fbdZeXYI3GA, http://www.playvid.com/watch/kGscyCNoMMH, http://www.playvid.com/watch/qRk4dakb0AL,
http://www.playvid.com/watch/vhI5H8d8DkI, http://www.playvid.com/watch/8b0zhDFja7I, http://www.playvid.com/watch/Cb8zIpxz8uk,
http://www.playvid.com/watch/mMYtNtX7ob4, http://www.playvid.com/watch/hDufRAzIFUl, http://www.playvid.com/watch/C0fZL_6HVng,
http://www.playvid.com/watch/cCuAJGLjJRu, http://www.playvid.com/watch/8iEtF2Ah53p, http://www.playvid.com/watch/HTwY6tMTN7P,
http://www.playvid.com/watch/pxkM5YImqHF, http://www.playvid.com/watch/AmoutdXp9vc, http://www.playvid.com/watch/e_3J2PYTZte,
http://www.playvid.com/watch/EyVwi0_x-ut, http://www.playvid.com/watch/Nfx6WUa8QCD, http://www.playvid.com/watch/tNTSAR-ULy9,
http://www.playvid.com/watch/xbO8Wiv49V0, http://www.playvid.com/watch/zy-pwCZMPTF, http://www.playvid.com/watch/FqDwnXae58i,
http://www.playvid.com/watch/VWyg8pZlBvj, http://www.playvid.com/watch/bopFwouBk6k, http://www.playvid.com/watch/RofMcwAlPyW,
http://www.playvid.com/watch/ksNeJZA0OsR, http://www.playvid.com/watch/zVCo-P7-sAX, http://www.playvid.com/watch/E-JaJVRBXHL,
http://www.playvid.com/watch/qNwuS7NZer7, http://www.playvid.com/watch/sbLT0-xnir4, http://www.playvid.com/watch/kXUS63mce50,
http://www.playvid.com/watch/oMZE_mEp2KL, http://www.playvid.com/watch/QcI_VC4T4L7, http://www.playvid.com/watch/KTTg-_JTZ4U,
http://www.playvid.com/watch/yjNBkf4S_HS, http://www.playvid.com/watch/PYUBAi-03Jn, http://www.playvid.com/watch/DUx8_JLRrDr,
http://www.playvid.com/watch/H2F_6Y5P6Do, http://www.playvid.com/watch/P_rpNlB4vif, http://www.playvid.com/watch/DzRIacXO9QP,
http://www.playvid.com/watch/qXuDynSnxTc, http://www.playvid.com/watch/Sdv0Cmd6Uvq, http://www.playvid.com/watch/p6f4mDgePju,
http://www.playvid.com/watch/gaaukFEdwtQ, http://www.playvid.com/watch/DVN-PshAdbv, http://www.playvid.com/watch/YdZxZjgxfAt,
http://www.playvid.com/watch/93rxFIw0LbW, http://www.playvid.com/watch/aiNoDoMo_Qr, http://www.playvid.com/watch/iU5TVnz_ulw,
http://www.playvid.com/watch/h8Qn9X1SuyF, http://www.playvid.com/watch/fSWRtYOk6TW, http://www.playvid.com/watch/N2fIzvt2qjC,
http://www.playvid.com/watch/gtk3DwglAZL, http://www.playvid.com/watch/p9tlqSKKtGD, http://www.playvid.com/watch/iVpTLM-tI4A,
http://www.playvid.com/watch/FBS8gmVsSKx, http://www.playvid.com/watch/u_N18IXU4qk, http://www.playvid.com/watch/RcRawM2gaqR,
http://www.playvid.com/watch/QTbaOhpY3QH, http://www.playvid.com/watch/J6s_oLsBewS, http://www.playvid.com/watch/Iv1nVSoVXAi,
http://www.playvid.com/watch/s9_CTQSaZNX, http://www.playvid.com/watch/9GvEGzOUXcb, http://www.playvid.com/watch/Zlh7daKH8aR,
http://www.playvid.com/watch/WK_04uB_R20, http://www.playvid.com/watch/xA1bz1Zz2CA, http://www.playvid.com/watch/PgPljb6zBJJ,
http://www.playvid.com/watch/FKJNa2obmmN, http://www.playvid.com/watch/b7YqUa-Ppqv, http://www.playvid.com/watch/HVtWjACaWT9,
http://www.playvid.com/watch/jkCDRciJBaa, http://www.playvid.com/watch/JexDPJ3px52, http://www.playvid.com/watch/tYmHEbIefEy,
http://www.playvid.com/watch/R72bRJB3hn0, http://www.playvid.com/watch/QIzQQSis-7M, http://www.playvid.com/watch/A6JkMSSXB_f,
http://www.playvid.com/watch/8S-jfNRFdaR, http://www.playvid.com/watch/8uPfpvSRitm, http://www.playvid.com/watch/bCcGQdTKr7N,
http://www.playvid.com/watch/VzSdQH4vhA8, http://www.playvid.com/watch/O4z_hVR4mQh, http://www.playvid.com/watch/9TqKdFYhFcc,
http://www.playvid.com/watch/PbAh0q_GzJC, http://www.playvid.com/watch/ta79kH9Y1O4, http://www.playvid.com/watch/iCuqucMTSGG,
http://www.playvid.com/watch/OykSxnLDlHP, http://www.playvid.com/watch/do5sTRwggua, http://www.playvid.com/watch/My7xbWo2dUu,
http://www.playvid.com/watch/xoyMkHhoawq, http://www.playvid.com/watch/mIMWZVZEy2C, http://www.playvid.com/watch/dO2pr7d_Q2w,
http://www.playvid.com/watch/l4bM_r69RaB, http://www.playvid.com/watch/hqkvGkTstdJ, http://www.playvid.com/watch/VvJRn1OTWSP,
http://www.playvid.com/watch/5-hrN4xNc62, http://www.playvid.com/watch/WHM4RdOaRS8, http://www.playvid.com/watch/Mxo4vdVgAu2,
http://www.playvid.com/watch/ZaaPSbyRDJy, http://www.playvid.com/watch/CBRlp9edY1f, http://www.playvid.com/watch/UupoJgNWWwT,
http://www.playvid.com/watch/oUNbj7QHosn, http://www.playvid.com/watch/xVEm5QP33Xm, http://www.playvid.com/watch/pLp49M4G6fx,
http://www.playvid.com/watch/Gl_y7hi6u0z, http://www.playvid.com/watch/3YJ8B9rgUn3, http://www.playvid.com/watch/YWqFClqLP8Y,
http://www.playvid.com/watch/f2NTZ9uvmq8, http://www.playvid.com/watch/Ow0m99tGfc0, http://www.playvid.com/watch/hvisPTHmIPY,
http://www.playvid.com/watch/rD99tLhtxRx, http://www.playvid.com/watch/3S8vrBzroYZ, http://www.playvid.com/watch/HGaN-TUM73b,
http://www.playvid.com/watch/W6hJ-3Z4AjS, http://www.playvid.com/watch/DM4OiS4zeTU, http://www.playvid.com/watch/528Pj-GHI12,
http://www.playvid.com/watch/rgBAYD64eEl, http://www.playvid.com/watch/Cb7xKeGJqsK, http://www.playvid.com/watch/wpr6SmH6dHS,
http://www.playvid.com/watch/3UK9GmL1BbA, http://www.playvid.com/watch/yWsGsdMsywY, http://www.playvid.com/watch/5wxF_81DrUG,
http://www.playvid.com/watch/TliOTJEZ4Hw, http://www.playvid.com/watch/vdFOGK8Vyv7, http://www.playvid.com/watch/elRs6dVH9nK,
http://www.playvid.com/watch/hdKB4_NjxeW, http://www.playvid.com/watch/FhuFRhU6DWz, http://www.playvid.com/watch/reSNT1vqgl8,
http://www.playvid.com/watch/r32MBZ4gxzq, http://www.playvid.com/watch/zFBo1UqpFGh, http://www.playvid.com/watch/B_3a6xuTXur,
http://www.playvid.com/watch/r35MVvLrujo, http://www.playvid.com/watch/e0bPKj1YY9K, http://www.playvid.com/watch/s1iUKNJIKvi,
http://www.playvid.com/watch/uD0OCTzEL7E, http://www.playvid.com/watch/pscJ1WpLvfe, http://www.playvid.com/watch/yY0_9_fhsI9,
http://www.playvid.com/watch/0W3sL1bg71C, http://www.playvid.com/watch/6SeuiT5k57m, http://www.playvid.com/watch/UQXioQgXoRT,
http://www.playvid.com/watch/wSjGOfYs3cB, http://www.playvid.com/watch/OLXNp-UT0o7, http://www.playvid.com/watch/y1K3xvMn2nU,
http://www.playvid.com/watch/SWg-4TSc0GD, http://www.playvid.com/watch/GgujlFLSMhF, http://www.playvid.com/watch/iafXuWt9k4c,
http://www.playvid.com/watch/j5UB2O2GT_y, http://www.playvid.com/watch/vEe7Ip1ewwF, http://www.playvid.com/watch/jB2GbZJv0u2,
http://www.playvid.com/watch/fz14VGVW1wI, http://www.playvid.com/watch/rVWA-kv6Cko, http://www.playvid.com/watch/cLsycSoBmKi,
http://www.playvid.com/watch/r_wIrhubShJ, http://www.playvid.com/watch/vCPXc4jsov6, http://www.playvid.com/watch/sersPvieCFY,
http://www.playvid.com/watch/yYv1lZm8dG4, http://www.playvid.com/watch/s2Zgnq7ZUH8, http://www.playvid.com/watch/yEIpsq3EPnf,
http://www.playvid.com/watch/yT9BnqdHiTX, http://www.playvid.com/watch/LUmxxwSbWce, http://www.playvid.com/watch/I2L-b4T87Ip,
http://www.playvid.com/watch/UvJU0V6s6Di, http://www.playvid.com/watch/cNPN-shP4TW, http://www.playvid.com/watch/zga2AoCjhYQ,
http://www.playvid.com/watch/oVqgGC8koxS, http://www.playvid.com/watch/tl_yUlvLZOK, http://www.playvid.com/watch/Yj0vL6EOgM0,
http://www.playvid.com/watch/S5orCadhPMk, http://www.playvid.com/watch/3LSVL8bx-99, http://www.playvid.com/watch/mlmtUQ6clqm,
http://www.playvid.com/watch/vcyDcDUzedp, http://www.playvid.com/watch/w6DtUwOtpvc, http://www.playvid.com/watch/yqjyyWjc4Lr,
http://www.playvid.com/watch/9R70gOcW6DW, http://www.playvid.com/watch/EGMhLqnxpjM, http://www.playvid.com/watch/WuUfAJGXlOa,
http://www.playvid.com/watch/lRSbTtBiIkV, http://www.playvid.com/watch/z1LG1WJFTP7, http://www.playvid.com/watch/OOrnzm0j88f,
http://www.playvid.com/watch/kEXfYGmAROV, http://www.playvid.com/watch/voUqPo-LD8W, http://www.playvid.com/watch/23vc6UeLmG7,
http://www.playvid.com/watch/gMw26CUh_4V, http://www.playvid.com/watch/9SKP0wAzq5I, http://www.playvid.com/watch/mdGCWj4hrkk,
http://www.playvid.com/watch/fY0IIvANy0d, http://www.playvid.com/watch/gcRynwW7_F2, http://www.playvid.com/watch/YJHP0SMsCqV,
http://www.playvid.com/watch/q1KiezN20zy, http://www.playvid.com/watch/Z1l4QZ6WJic, http://www.playvid.com/watch/oOL783LQDxE,
http://www.playvid.com/watch/PUnoaYb7kuK, http://www.playvid.com/watch/CBxtBTVSPuI, http://www.playvid.com/watch/71UKd-Zn-U2,
http://www.playvid.com/watch/g_ckYbLrP6V, http://www.playvid.com/watch/Wmniyv3Xcjw, http://www.playvid.com/watch/IxLqr01pHES,
http://www.playvid.com/watch/I5PV7637ouc, http://www.playvid.com/watch/JP75nyVhvry, http://www.playvid.com/watch/7RVsH4hseGw,
http://www.playvid.com/watch/LgBUnmTDcOJ, http://www.playvid.com/watch/BYIOQWHaQJS, http://www.playvid.com/watch/GQP8GMMLWsb,
http://www.playvid.com/watch/8WFoeLRv3ZM, http://www.playvid.com/watch/uOBAenmuVCy, http://www.playvid.com/watch/tU818pmvFjv,
http://www.playvid.com/watch/QBGhdkytbJh, http://www.playvid.com/watch/pjR6gYGWlWS, http://www.playvid.com/watch/mZEcQE_HU5K,

http://www.playvid.com/watch/pWN2YUl9XRo, http://www.playvid.com/watch/AiUtpz3geFr, http://www.playvid.com/watch/SgAQqLs6Y-V, http://www.playvid.com/watch/kIV74PRmxfp, http://www.playvid.com/watch/64jNlOsiYOp, http://www.playvid.com/watch/aOCC_xQ66HL, http://www.playvid.com/watch/qZgmxrxJGv4, http://www.playvid.com/watch/h19-AoGpfaA, http://www.playvid.com/watch/ohi-87s4hJa, http://www.playvid.com/watch/Y_Hps1z4Ppq, http://www.playvid.com/watch/o3aMG3ngI2Z, http://www.playvid.com/watch/lugjSqdsJlU, http://www.playvid.com/watch/Im6WMCFfLeM, http://www.playvid.com/watch/U-vmR8mDptq, http://www.playvid.com/watch/i2I9E3p7HBx, http://www.playvid.com/watch/OBJQmLS931N, http://www.playvid.com/watch/LoRKBpGo8nh, http://www.playvid.com/watch/R0wV5ye00Hn, http://www.playvid.com/watch/QdmQ77M1oRL, http://www.playvid.com/watch/RxDUIEEcNHY, http://www.playvid.com/watch/nKITjYoKWUS, http://www.playvid.com/watch/c2MtZdr4t7N, http://www.playvid.com/watch/PBABzANjtGg, http://www.playvid.com/watch/QjGy-grh_Z9, http://www.playvid.com/watch/R677KdA5HWm, http://www.playvid.com/watch/h465iTkH1id, http://www.playvid.com/watch/8JhFKR1pUhe, http://www.playvid.com/watch/I0tJY1UkEKa, http://www.playvid.com/watch/QOBAcVnMsZ0, http://www.playvid.com/watch/DGgD1qFby4S, http://www.playvid.com/watch/Vev4ZFi0aTM, http://www.playvid.com/watch/6uaHm3c2Okk
5.f. Date of third notice: 2014-12-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gody80
5.b. Uploader's email address: webmaster@into-porn.com
5.d. Uploader's profile: http://www.playvid.com/member/gody80
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JIQNzQor3bY, http://www.playvid.com/watch/rspQbCzCwCD, http://www.playvid.com/watch/zXJEy-xHgEF, http://www.playvid.com/watch/k6wtNwa83mX, http://www.playvid.com/watch/w5xPVRFyeke, http://www.playvid.com/watch/oLcyjb2ylWK, http://www.playvid.com/watch/puZNYPh0vxk, http://www.playvid.com/watch/OCVqDqUfSrA, http://www.playvid.com/watch/Gy4aZDvDcIu, http://www.playvid.com/watch/7lrNzKE5h8Q, http://www.playvid.com/watch/BlJC3Ugey4T, http://www.playvid.com/watch/thSJHluq5XU, http://www.playvid.com/watch/WAzNfoBXSJz, http://www.playvid.com/watch/t0AIw2Qjy0l, http://www.playvid.com/watch/8XkdjEdMhuX, http://www.playvid.com/watch/ygAI7ozjQc5, http://www.playvid.com/watch/R3LQ-sRsbHl, http://www.playvid.com/watch/vrqSorpK3Vu, http://www.playvid.com/watch/kKIlTF8bXVc, http://www.playvid.com/watch/UpcCj4Gn6UB, http://www.playvid.com/watch/wRqLpuRIPcC, http://www.playvid.com/watch/Jvk8Db4mF2Y, http://www.playvid.com/watch/GpDTH2or6IS, http://www.playvid.com/watch/QwJQn7uEQkl, http://www.playvid.com/watch/5VMPFHHVyuZ, http://www.playvid.com/watch/QCgm2WDewzj, http://www.playvid.com/watch/UHved3Xv5K7, http://www.playvid.com/watch/EFkrAlnBAgI, http://www.playvid.com/watch/HZ8n3-H52vY, http://www.playvid.com/watch/i06-M2SHhz2, http://www.playvid.com/watch/d3w5vP0ZvGF, http://www.playvid.com/watch/dG7c-8l5kPq, http://www.playvid.com/watch/5ddllP3vuJa, http://www.playvid.com/watch/TRBtHUEm4UM, http://www.playvid.com/watch/ME2amEsIMkA, http://www.playvid.com/watch/deWXtpxfHPQ, http://www.playvid.com/watch/gIz9YdZdgLH, http://www.playvid.com/watch/T5nINoCAxY0, http://www.playvid.com/watch/oXVFUwcWH6Z, http://www.playvid.com/watch/JI0Hs9fPL-r, http://www.playvid.com/watch/ZLB3lfQRo1z, http://www.playvid.com/watch/-4MTn0mFZQY, http://www.playvid.com/watch/TndL0R0yNaN, http://www.playvid.com/watch/4Z-GyGhIyM2, http://www.playvid.com/watch/qr3hlt2FTCv, http://www.playvid.com/watch/8wwG-a3nF2C, http://www.playvid.com/watch/J63BabrSPE9, http://www.playvid.com/watch/NT4HlFsrkx3, http://www.playvid.com/watch/Q0zCqRZAMQ-, http://www.playvid.com/watch/7thumTf5Bmo, http://www.playvid.com/watch/W2CJpI56Srm, http://www.playvid.com/watch/-s8K5Qm1dVl, http://www.playvid.com/watch/o2kouDOt9xD, http://www.playvid.com/watch/q6zW6jsw5CJ, http://www.playvid.com/watch/xra0rHWLGIR, http://www.playvid.com/watch/kPrmOXqJAUj, http://www.playvid.com/watch/rfQSNNTESK2, http://www.playvid.com/watch/JuNDiIh7Jv3, http://www.playvid.com/watch/FcHk6A4qsAO, http://www.playvid.com/watch/yeR7Iuy38k5, http://www.playvid.com/watch/yO2819PUyRt, http://www.playvid.com/watch/hDTVcgJGezm, http://www.playvid.com/watch/NShi-8DwFSR, http://www.playvid.com/watch/ccGulYGkbpQ, http://www.playvid.com/watch/UrZzh0UjGGj, http://www.playvid.com/watch/EaOx-dG6KFd, http://www.playvid.com/watch/l2FLNmTQICj, http://www.playvid.com/watch/QyU281TrDzI, http://www.playvid.com/watch/Qgmsy1wwGzS, http://www.playvid.com/watch/hfUSgt2Tsoo, http://www.playvid.com/watch/DfeNaOJaIu5, http://www.playvid.com/watch/AGOdDFukXYR, http://www.playvid.com/watch/9vopZHCEBVx, http://www.playvid.com/watch/w3FNm94-X09, http://www.playvid.com/watch/OYldBR5t30L, http://www.playvid.com/watch/0YgVOYO9wQr, http://www.playvid.com/watch/L2qdnShE7-l, http://www.playvid.com/watch/7wd7LWriuvk, http://www.playvid.com/watch/LjLdgZNghdk, http://www.playvid.com/watch/3-G1jlewDyD, http://www.playvid.com/watch/RGrRJ7hgWbC, http://www.playvid.com/watch/XRhc5pISpTF, http://www.playvid.com/watch/k9WmtiqwTVB, http://www.playvid.com/watch/4hO8hXEKaB9, http://www.playvid.com/watch/cHt17OfcnxG, http://www.playvid.com/watch/Tca9En-iLWn, http://www.playvid.com/watch/QtVn6NT5vxP, http://www.playvid.com/watch/A9Vx-ROr_1C, http://www.playvid.com/watch/Fzr8-K9dGm3, http://www.playvid.com/watch/lrdI7BuLA7B, http://www.playvid.com/watch/NviBYydSHrx, http://www.playvid.com/watch/PbS4mWcqbc6, http://www.playvid.com/watch/BXECfgWkbzl, http://www.playvid.com/watch/OtL4kmV6Mqh, http://www.playvid.com/watch/gdcmXBGtZ32, http://www.playvid.com/watch/xXfBT6vr2eR, http://www.playvid.com/watch/j6lVxjDbYK7, http://www.playvid.com/watch/CdZgRVNtGDu, http://www.playvid.com/watch/VUl7S5GN8vv, http://www.playvid.com/watch/K_bJOD1zxap, http://www.playvid.com/watch/BjoEkdPocAm, http://www.playvid.com/watch/hpdKFihz7iM, http://www.playvid.com/watch/u6UgAwdFwnr, http://www.playvid.com/watch/huJFm6Nd3Cd, http://www.playvid.com/watch/HoXf89hy_LC, http://www.playvid.com/watch/wUwwB4yWF5N, http://www.playvid.com/watch/pUdxKhVD5ty, http://www.playvid.com/watch/vRnWfuZo-0n, http://www.playvid.com/watch/cvjKAP-hLVG, http://www.playvid.com/watch/VTCHkVpFLOK, http://www.playvid.com/watch/pcR9mvBvT_l, http://www.playvid.com/watch/XXLNqPLWl64, http://www.playvid.com/watch/TZEtmARFwg3, http://www.playvid.com/watch/XqkXMlT908q, http://www.playvid.com/watch/azs6CSvYZks, http://www.playvid.com/watch/CSL8zQ888HR, http://www.playvid.com/watch/e-PVnhSfHt0, http://www.playvid.com/watch/s9m2V2xcaqS, http://www.playvid.com/watch/vlEYx706nGr, http://www.playvid.com/watch/nxwNSwib972, http://www.playvid.com/watch/00VcWxN_SQQ, http://www.playvid.com/watch/OXlu953sK2x, http://www.playvid.com/watch/bpr2lNS-8BR, http://www.playvid.com/watch/iCyp5MsNcai, http://www.playvid.com/watch/lbMi23ex-rf, http://www.playvid.com/watch/q7pZM266Xcj, http://www.playvid.com/watch/9oI5XQ8238N, http://www.playvid.com/watch/ke4vugMVcNZ, http://www.playvid.com/watch/aE2ZGpQ7-WB, http://www.playvid.com/watch/Z1Q7fAbnIox, http://www.playvid.com/watch/5FpDXpC80-q, http://www.playvid.com/watch/9rIheAWeiDU, http://www.playvid.com/watch/FLmL_CBOxIf, http://www.playvid.com/watch/sCKNSuNC9-2, http://www.playvid.com/watch/UnTVMowWv46, http://www.playvid.com/watch/Ue5wVBkHS7Z, http://www.playvid.com/watch/4k6sNdryVMB, http://www.playvid.com/watch/H_STODj4W8I, http://www.playvid.com/watch/bDE1APTvBUr, http://www.playvid.com/watch/gbd99VZceUd, http://www.playvid.com/watch/0rfrUUCiFsb, http://www.playvid.com/watch/uw2uyNXbUOL, http://www.playvid.com/watch/Vd4ln7AgEnQ, http://www.playvid.com/watch/6lqp9cQhsNK, http://www.playvid.com/watch/H40l0VaDZSJ, http://www.playvid.com/watch/xoqa972LlFQ, http://www.playvid.com/watch/0RGPlps8tAc, http://www.playvid.com/watch/P6bjxE2yInf, http://www.playvid.com/watch/F5FUAWFdtiG, http://www.playvid.com/watch/Ovhezp7WO98, http://www.playvid.com/watch/dQMAMTkW1Vs, http://www.playvid.com/watch/8xI4xNwGydl, http://www.playvid.com/watch/DZj4A5C0x48, http://www.playvid.com/watch/cwaWmfsO1If, http://www.playvid.com/watch/bsdGu5xohT2, http://www.playvid.com/watch/SizqILVcY75, http://www.playvid.com/watch/i_vh3Y286nP, http://www.playvid.com/watch/LisGeXzl4ha, http://www.playvid.com/watch/WpAntaiQvth, http://www.playvid.com/watch/OogbFGCdpuj, http://www.playvid.com/watch/oTBfIAHJ4um, http://www.playvid.com/watch/zwM9hyP8SNT, http://www.playvid.com/watch/7IQmRYGGWZY, http://www.playvid.com/watch/KHI7Dc5h1Lm, http://www.playvid.com/watch/uq8Sqku-v4f, http://www.playvid.com/watch/tEZEjcLjcE4, http://www.playvid.com/watch/nD1FeyB62os, http://www.playvid.com/watch/5Krh9Uubzkl, http://www.playvid.com/watch/Z5pNgXTT6Bi, http://www.playvid.com/watch/4Odbcdv-kSV, http://www.playvid.com/watch/b7Crh0517Uv, http://www.playvid.com/watch/wnS47dmTWTY, http://www.playvid.com/watch/A_swxQFjOT4, http://www.playvid.com/watch/4LgeRa9ZAQP, http://www.playvid.com/watch/HrVwQtl4sLQ, http://www.playvid.com/watch/kBRaDJ4264n, http://www.playvid.com/watch/vZ1puDt6umW, http://www.playvid.com/watch/8Mec9HxLYIx, http://www.playvid.com/watch/Sx0g1DQcptO, http://www.playvid.com/watch/B0TiHBVbBjn, http://www.playvid.com/watch/iHFZoko5815, http://www.playvid.com/watch/X8rBfKchC2A, http://www.playvid.com/watch/DJCHZ34UAD7, http://www.playvid.com/watch/n4GGLX9hSpu, http://www.playvid.com/watch/SioMlKcb1GA, http://www.playvid.com/watch/f2LBIY2Sj0H, http://www.playvid.com/watch/tBrSxWnQvdt, http://www.playvid.com/watch/2KYPmd9v2Yt, http://www.playvid.com/watch/54HLNU5T33s, http://www.playvid.com/watch/x0SGsxLu393, http://www.playvid.com/watch/LDxHgmVQ2Ae, http://www.playvid.com/watch/zFiZtEop54Q, http://www.playvid.com/watch/kPrEI7WqTqi, http://www.playvid.com/watch/vg8D63Or11o, http://www.playvid.com/watch/PrR4chE4vMr, http://www.playvid.com/watch/UnRwhc9CbME, http://www.playvid.com/watch/0GbgQp8ZbG6, http://www.playvid.com/watch/82CGyabd7aI, http://www.playvid.com/watch/anyWYqhkGIl, http://www.playvid.com/watch/kex5Oo4lkRN, http://www.playvid.com/watch/ITQBvKVajkP, http://www.playvid.com/watch/SGtvJfytuLq, http://www.playvid.com/watch/GpPNuB2dGug, http://www.playvid.com/watch/YnIhfAs7l13, http://www.playvid.com/watch/Ab2gZqSuME5, http://www.playvid.com/watch/UyyGqiAVYhK, http://www.playvid.com/watch/EdIgPOtQ0GU, http://www.playvid.com/watch/yifd-imRKim, http://www.playvid.com/watch/FO91fwjhZAb, http://www.playvid.com/watch/DQv-rLe6chb, http://www.playvid.com/watch/Gu-Rf04fHzx, http://www.playvid.com/watch/chQSs8zznDN, http://www.playvid.com/watch/EY2KckfVF4S, http://www.playvid.com/watch/anUB2wiq4Tn, http://www.playvid.com/watch/PK_9o-OHa_O, http://www.playvid.com/watch/zkPuDYLEy5z, http://www.playvid.com/watch/hgN4Yih_DB7, http://www.playvid.com/watch/hIJtXy-_ZMe, http://www.playvid.com/watch/zQKy67QfmE5, http://www.playvid.com/watch/k2SpJRd0XRN, http://www.playvid.com/watch/F2_T5Iq_PpF, http://www.playvid.com/watch/vPPRlcfsumH, http://www.playvid.com/watch/8Z2n3bWQigN, http://www.playvid.com/watch/f9WpPlanGw3, http://www.playvid.com/watch/yiFKiNzaomo, http://www.playvid.com/watch/kfXxAjkBSYS, http://www.playvid.com/watch/9VtzOaEFTOc, http://www.playvid.com/watch/DsKoe9iNnbU, http://www.playvid.com/watch/a03sbKTQD4W, http://www.playvid.com/watch/911rAItCl5b, http://www.playvid.com/watch/KPTsEZ5-zg5, http://www.playvid.com/watch/3eU0JG7pWw0, http://www.playvid.com/watch/O0aqOJsR7su, http://www.playvid.com/watch/DX0DaezXCsP, http://www.playvid.com/watch/JKq_sf-S-LS, http://www.playvid.com/watch/NjNezJbJ1WF,

http://www.playvid.com/watch/rJGBvDDKj9D, http://www.playvid.com/watch/V3eYvC9amNh, http://www.playvid.com/watch/ymCA3zu4vWS,
http://www.playvid.com/watch/WlGwPg7RD5N, http://www.playvid.com/watch/sx3tSlJsfjd, http://www.playvid.com/watch/vfAfxcKCpfs,
http://www.playvid.com/watch/VUytxbQwtG7, http://www.playvid.com/watch/KgmHeghVLp9, http://www.playvid.com/watch/RQ0lxVY1M7I,
http://www.playvid.com/watch/lSr49Z0BQ-b, http://www.playvid.com/watch/VI6BMNxjoqO, http://www.playvid.com/watch/QF2FVS7ogty,
http://www.playvid.com/watch/pF1m7ei6v5z, http://www.playvid.com/watch/LMphDuiYMos, http://www.playvid.com/watch/nfbjwfQN83m,
http://www.playvid.com/watch/NoGMaeg8_NE, http://www.playvid.com/watch/A4yL_4RRZ8p, http://www.playvid.com/watch/fVFEOTcgzYm,
http://www.playvid.com/watch/dV4Af9nA68r, http://www.playvid.com/watch/VFw6JixFWc8, http://www.playvid.com/watch/tID_dm_C_tt,
http://www.playvid.com/watch/9pZ-__-SKHi, http://www.playvid.com/watch/5UFB-UtFoBJ, http://www.playvid.com/watch/vUqpxmDqRzx,
http://www.playvid.com/watch/eSCIyyUhIED, http://www.playvid.com/watch/TaGwqDK_9i8, http://www.playvid.com/watch/mO5dEIbhU5E,
http://www.playvid.com/watch/OeXJ49nU9tG, http://www.playvid.com/watch/IbtnghLrP9O, http://www.playvid.com/watch/S-SX94WP64g,
http://www.playvid.com/watch/TkVcy6wLh-W, http://www.playvid.com/watch/YatnrHbNLch, http://www.playvid.com/watch/XIUxooBpcCz,
http://www.playvid.com/watch/jWc01VtiDj4, http://www.playvid.com/watch/JQCpfWhmYBm, http://www.playvid.com/watch/W0Sd6_KA0E8,
http://www.playvid.com/watch/WyhwJ8WzagT, http://www.playvid.com/watch/c8K3IIHcQPA, http://www.playvid.com/watch/5Hqg89u7YCB,
http://www.playvid.com/watch/KIQ_A8VJpw2, http://www.playvid.com/watch/MKDumiZx-aT, http://www.playvid.com/watch/jnQ3zaXXtPf,
http://www.playvid.com/watch/YFdYKOtbLPQ, http://www.playvid.com/watch/n-IbY093Cfv, http://www.playvid.com/watch/tgovzzOWyK7,
http://www.playvid.com/watch/cctd2jZDIqb, http://www.playvid.com/watch/xBUWuZQbM_6, http://www.playvid.com/watch/4PATI5hxKFC,
http://www.playvid.com/watch/NkIe-ODRn_c, http://www.playvid.com/watch/jZZ5_XpQRTN, http://www.playvid.com/watch/G9LmxWQmIqM,
http://www.playvid.com/watch/es3rwhSEUXo, http://www.playvid.com/watch/NYhHwxFZzXg, http://www.playvid.com/watch/OEiG-u3bGlr,
http://www.playvid.com/watch/VFOz54JIJ3g, http://www.playvid.com/watch/HlyGYjC0cSl, http://www.playvid.com/watch/inHXbZ_aUq0,
http://www.playvid.com/watch/qCwHVT_RCaO, http://www.playvid.com/watch/Nt89KqyUIsV, http://www.playvid.com/watch/rDr5fV_plMz,
http://www.playvid.com/watch/fXVk7-XEvv2, http://www.playvid.com/watch/XP3HkMWnkJU, http://www.playvid.com/watch/C3tFdy4NMeB,
http://www.playvid.com/watch/Blf475JWn_K, http://www.playvid.com/watch/0Jd8ZYzIGMW, http://www.playvid.com/watch/nkQK8XRnbw4,
http://www.playvid.com/watch/gTLbWKw-2gF, http://www.playvid.com/watch/HYbccRx9mdv, http://www.playvid.com/watch/TCw-9c9AH8f,
http://www.playvid.com/watch/gtpq1mpEVMN, http://www.playvid.com/watch/I5T1UF7eSXc, http://www.playvid.com/watch/Sd-gzwtUT2B,
http://www.playvid.com/watch/oV7PHmXJv-z, http://www.playvid.com/watch/cpxlSp3sxog, http://www.playvid.com/watch/bn6q_qdh6k2,
http://www.playvid.com/watch/llilbhZgbDo, http://www.playvid.com/watch/YzmmGUUhCtu, http://www.playvid.com/watch/XyFRBKBltVz,
http://www.playvid.com/watch/zZJe5Rbrka8, http://www.playvid.com/watch/CKlCaEyXCki, http://www.playvid.com/watch/wphnx-UDvO8,
http://www.playvid.com/watch/sB0kYG5WDzy, http://www.playvid.com/watch/n5UJKVaVpUD, http://www.playvid.com/watch/xFHEUCsyAZs,
http://www.playvid.com/watch/L9IfiWwKGp5, http://www.playvid.com/watch/GforBCySCqe, http://www.playvid.com/watch/AuPuPZ5f5il,
http://www.playvid.com/watch/hxb2OCat9XK, http://www.playvid.com/watch/B6wYdRVFSQq, http://www.playvid.com/watch/LjaHjQ_u-n4,
http://www.playvid.com/watch/p9ctEsp_G9e, http://www.playvid.com/watch/Jduhrth9e1j, http://www.playvid.com/watch/nfHzgmy2rih,
http://www.playvid.com/watch/c3e0gBngDBl, http://www.playvid.com/watch/7xQK-_-k1DY, http://www.playvid.com/watch/CFWX79rIUeR,
http://www.playvid.com/watch/B6Csww6Z0nW, http://www.playvid.com/watch/0g_54RDSgZr, http://www.playvid.com/watch/XuWAA5Wxw-5,
http://www.playvid.com/watch/qQqsIyBJU_f, http://www.playvid.com/watch/NlzAcJwgh4T, http://www.playvid.com/watch/xz-Ny9M41Y5,
http://www.playvid.com/watch/afQsR3BvcQr, http://www.playvid.com/watch/Y8SsDZgjm_n, http://www.playvid.com/watch/QxYucnwN69c,
http://www.playvid.com/watch/mf0apgotq3p, http://www.playvid.com/watch/vFZhKawgwCZ, http://www.playvid.com/watch/z7MnLpUMdlT,
http://www.playvid.com/watch/lRq95oJzcln, http://www.playvid.com/watch/PBjjo2mmdjw, http://www.playvid.com/watch/vib4MCtFVKl,
http://www.playvid.com/watch/UHUrNOpmCmd, http://www.playvid.com/watch/8w1OEjLUAer, http://www.playvid.com/watch/94UVyiAyD-W,
http://www.playvid.com/watch/CVdFzs2Ha_n, http://www.playvid.com/watch/ydF_XZAG3Yy, http://www.playvid.com/watch/5tPgWkISYlH,
http://www.playvid.com/watch/dM4YQtVMlPU, http://www.playvid.com/watch/cAYWsuws5PK, http://www.playvid.com/watch/j6W2M_rP-V9,
http://www.playvid.com/watch/yKWy58eEj58, http://www.playvid.com/watch/g2S7gvT6OJd, http://www.playvid.com/watch/UkNx5g_OL7e,
http://www.playvid.com/watch/BPo9Brc_rph, http://www.playvid.com/watch/G9qGdMRjFRc, http://www.playvid.com/watch/ncfNCutdpUu,
http://www.playvid.com/watch/5xdaEiuNSnB, http://www.playvid.com/watch/zEa0VhRJQ-K, http://www.playvid.com/watch/NHJjnvyS2ks,
http://www.playvid.com/watch/DGsoOy9HEX9, http://www.playvid.com/watch/v6v5HCA6El8, http://www.playvid.com/watch/py48bZ3XSO6,
http://www.playvid.com/watch/P3gKdRu3us6, http://www.playvid.com/watch/SmOmtSuKo43, http://www.playvid.com/watch/lDlpZCa5V5u,
http://www.playvid.com/watch/uRUlE8b2kWh, http://www.playvid.com/watch/oO_ITeQTiBl, http://www.playvid.com/watch/vNveWiSquJg,
http://www.playvid.com/watch/SNeru3EHzuH, http://www.playvid.com/watch/0L9vvzqKBml, http://www.playvid.com/watch/D31ddgEwRyG,
http://www.playvid.com/watch/c7y-PhQ3t6s, http://www.playvid.com/watch/i_xjkvmz4Y5, http://www.playvid.com/watch/PqMvdL_0wPf,
http://www.playvid.com/watch/PAfdkZG7sqy, http://www.playvid.com/watch/2yiyY-ZkbLO, http://www.playvid.com/watch/dDo1dFztfWK,
http://www.playvid.com/watch/AdZdcX0QGR5, http://www.playvid.com/watch/KfxBDNYANRf, http://www.playvid.com/watch/fYxS2knIuDA,
http://www.playvid.com/watch/4nPKhZtESzN, http://www.playvid.com/watch/7h8y0vVlSpF, http://www.playvid.com/watch/MEf3bGBUmdW,
http://www.playvid.com/watch/YnVdqdKkhuY, http://www.playvid.com/watch/uNKmkL654On, http://www.playvid.com/watch/rZhnpErRFra,
http://www.playvid.com/watch/GFPLNm2z7zN, http://www.playvid.com/watch/Ht3l0_lT1Uf, http://www.playvid.com/watch/c1fDMskVnwq,
http://www.playvid.com/watch/nLGewIja2vR, http://www.playvid.com/watch/RtlJwwfNlB6, http://www.playvid.com/watch/u4ELfuM-aDT,
http://www.playvid.com/watch/H77GT_l7B2F, http://www.playvid.com/watch/B_sQPH6V4NO, http://www.playvid.com/watch/9wtQDccKuXT,
http://www.playvid.com/watch/qKLm1_0GRoM, http://www.playvid.com/watch/n2e5cf5sh5k, http://www.playvid.com/watch/soCswSdOlrz,
http://www.playvid.com/watch/T_x-eKAIMsz, http://www.playvid.com/watch/SJeTIZjQu8p, http://www.playvid.com/watch/hMeiPnM878u,
http://www.playvid.com/watch/dyM28PJZR-4, http://www.playvid.com/watch/QWRGtJbJuiI, http://www.playvid.com/watch/uBzPfaM00yE,
http://www.playvid.com/watch/bxy54KbmYBk, http://www.playvid.com/watch/4aTx-oKBuZp, http://www.playvid.com/watch/UOyGmtDihoZ,
http://www.playvid.com/watch/TEam2FR0-uU, http://www.playvid.com/watch/QHghrErosYY, http://www.playvid.com/watch/ftXNXNQpZGy,
http://www.playvid.com/watch/mmse_IMSSGz, http://www.playvid.com/watch/Wkr1_JNqjCO, http://www.playvid.com/watch/gznbgjydjas,
http://www.playvid.com/watch/hAiyBJJL7cP, http://www.playvid.com/watch/iZsfFOaRBCq, http://www.playvid.com/watch/ya7CMYMICLe,
http://www.playvid.com/watch/BCfbzCsGzN0, http://www.playvid.com/watch/r4rDftZOCra, http://www.playvid.com/watch/uTjNgF7YAsB,
http://www.playvid.com/watch/gOEljWV0pvu, http://www.playvid.com/watch/rG9LDvzfxJl, http://www.playvid.com/watch/Kk-TM0sKs-m,
http://www.playvid.com/watch/fqGaJ9mFp3B, http://www.playvid.com/watch/I50Z8UYADkj, http://www.playvid.com/watch/jcw1PPd0iDp,
http://www.playvid.com/watch/gt1zExE9mos, http://www.playvid.com/watch/Xs5Sh0aY1v9, http://www.playvid.com/watch/PqlkgAhljSj,
http://www.playvid.com/watch/CQkoo3NMePn, http://www.playvid.com/watch/lkRVrPm1G8f, http://www.playvid.com/watch/iF5DHoylF40,
http://www.playvid.com/watch/fT22brHEivJ, http://www.playvid.com/watch/IYT-EAgEGIj, http://www.playvid.com/watch/SVopDVpvDsS,
http://www.playvid.com/watch/fmq2KlgwWAC, http://www.playvid.com/watch/swWo8d_ZZ03, http://www.playvid.com/watch/YtHVDnaQiKg,
http://www.playvid.com/watch/7TGNhpjvq1k, http://www.playvid.com/watch/lAvswUj37J0, http://www.playvid.com/watch/3no6qZeSMtk,
http://www.playvid.com/watch/xn5G3ujDowg, http://www.playvid.com/watch/C5D5TKwHACY, http://www.playvid.com/watch/f-YElKst-qO,
http://www.playvid.com/watch/GvMO31O1PoM, http://www.playvid.com/watch/3MjHLH-JPUo, http://www.playvid.com/watch/Kf6qz39zYWQ,
http://www.playvid.com/watch/Y02q9vRnTtI, http://www.playvid.com/watch/RY0Dt7rylqJ, http://www.playvid.com/watch/7fOqAE-rNlH,
http://www.playvid.com/watch/3BKGrrhHU5R, http://www.playvid.com/watch/XbetI7iglha, http://www.playvid.com/watch/RNpyU29-eL7,
http://www.playvid.com/watch/RLJI2adko5R, http://www.playvid.com/watch/6tGIgWzx2PL, http://www.playvid.com/watch/f_710BJ448F,
http://www.playvid.com/watch/ZAWRCFfX0vJ, http://www.playvid.com/watch/iHlSCicSmD8, http://www.playvid.com/watch/lJEfO5s9CmS,
http://www.playvid.com/watch/TkQ09zuU-f0, http://www.playvid.com/watch/9cS-PYf0fnD, http://www.playvid.com/watch/ZbFe74DVTG9,
http://www.playvid.com/watch/zUEHE-qyp0W, http://www.playvid.com/watch/bQthInT53gC, http://www.playvid.com/watch/966puQfYGe4,
http://www.playvid.com/watch/9lg_P1A0QXC, http://www.playvid.com/watch/FrgycbRj3fx, http://www.playvid.com/watch/jTa_NovMlr6,
http://www.playvid.com/watch/R3eDMis6a5C, http://www.playvid.com/watch/r6Kidro1kNv, http://www.playvid.com/watch/gYzpfMDs0tC,
http://www.playvid.com/watch/zqIktKuIwnq, http://www.playvid.com/watch/6nV13pnXn4R, http://www.playvid.com/watch/Eo13NbuvOOI,
http://www.playvid.com/watch/VQT_ixzbM3X, http://www.playvid.com/watch/LaNqH51M8qQ, http://www.playvid.com/watch/C3cki80Bblw,
http://www.playvid.com/watch/UgB0rSMrCtG, http://www.playvid.com/watch/KBD_YvjAiX9, http://www.playvid.com/watch/i30SV6L3PIS,
http://www.playvid.com/watch/E81YGu1O6ME, http://www.playvid.com/watch/IzT0aNtFMiZ, http://www.playvid.com/watch/ovvahJe5ImC,
http://www.playvid.com/watch/MkC-xQRkp09, http://www.playvid.com/watch/z7p2NxVt5nZ, http://www.playvid.com/watch/uQFmRdf3LtG,
http://www.playvid.com/watch/XkTJipZ6ykb, http://www.playvid.com/watch/GHSiCPYHHhl, http://www.playvid.com/watch/uXxZMvS5SXB,
http://www.playvid.com/watch/S6DGXaPsMKn, http://www.playvid.com/watch/2rhSM7qxC-0, http://www.playvid.com/watch/pyi9DgaekyU,
http://www.playvid.com/watch/mivaV9wY4-Q, http://www.playvid.com/watch/Hq4ZIyisKOs, http://www.playvid.com/watch/wPlRuDdE2Y6,
http://www.playvid.com/watch/21I6Lg9oq_I, http://www.playvid.com/watch/5gVBiIWxMEj, http://www.playvid.com/watch/vN1v143W8ke,
http://www.playvid.com/watch/gldt0rr36sT, http://www.playvid.com/watch/aYNifOsPScV, http://www.playvid.com/watch/nJyEmjKb1qx,
http://www.playvid.com/watch/CMcSF_gbLP7, http://www.playvid.com/watch/VSw44vhT53a, http://www.playvid.com/watch/ENdUQe1SUom,
http://www.playvid.com/watch/WHXzgM_iCNs, http://www.playvid.com/watch/CeqUDpnNMzL, http://www.playvid.com/watch/MPRuC4gpis3,
http://www.playvid.com/watch/gkXEJnTHG87, http://www.playvid.com/watch/HECWb7pk5vZ, http://www.playvid.com/watch/guN-xjHVrHS,
http://www.playvid.com/watch/TJOXuiCEE5b, http://www.playvid.com/watch/D3uiKF0zD8i, http://www.playvid.com/watch/sPsr25Oi41w,
http://www.playvid.com/watch/KsR7uJZMwDm, http://www.playvid.com/watch/M8qit2Q5ZA6, http://www.playvid.com/watch/HrwsGxn85lx,
http://www.playvid.com/watch/Oc4fb4rsmEi, http://www.playvid.com/watch/ahNSkb2ptsO, http://www.playvid.com/watch/p6Gyn8wRSJH,

http://www.playvid.com/watch/8fwH7wxOcFH, http://www.playvid.com/watch/Ix9SF5Q1V43, http://www.playvid.com/watch/vqo9uFGqj0K,
http://www.playvid.com/watch/4fd46DbWgIa, http://www.playvid.com/watch/egb7brtNcql, http://www.playvid.com/watch/hntQdWYlpV8,
http://www.playvid.com/watch/d-p9UZtYTWy, http://www.playvid.com/watch/vs5ZoCWypQI, http://www.playvid.com/watch/jQQKL666JRS,
http://www.playvid.com/watch/tBRveYkfb4n, http://www.playvid.com/watch/6YSTLtPOn6c, http://www.playvid.com/watch/HKDkXJxYK_F,
http://www.playvid.com/watch/REEQ5kV8hsw, http://www.playvid.com/watch/RoWvZSTRFfL, http://www.playvid.com/watch/ois2F1_6s7U,
http://www.playvid.com/watch/C7okjKu0bzW, http://www.playvid.com/watch/AXLxRf9Ls3B, http://www.playvid.com/watch/VyN0WViMPX2,
http://www.playvid.com/watch/vqrup9NHPyp, http://www.playvid.com/watch/2Oepuuq9yEs, http://www.playvid.com/watch/Hz5v_oxM3gZ,
http://www.playvid.com/watch/kGCKzAbDIcy, http://www.playvid.com/watch/nOpncRGSsZk, http://www.playvid.com/watch/cPJeJcAxzw7,
http://www.playvid.com/watch/n9AvM7QtQhQ, http://www.playvid.com/watch/9KYvbVWg3aP, http://www.playvid.com/watch/K2pLrbzBGl0,
http://www.playvid.com/watch/vR_DCCQfBxO, http://www.playvid.com/watch/rXbL-pfGbwP, http://www.playvid.com/watch/T9ZYy_xcjJV,
http://www.playvid.com/watch/upRlTU8BWjQ, http://www.playvid.com/watch/BJjbq5D6Mn7, http://www.playvid.com/watch/tDbDJGIrdNM,
http://www.playvid.com/watch/IqtXQ1BGaUF, http://www.playvid.com/watch/DlSJnVCpVmo, http://www.playvid.com/watch/gpQ5O2VtBgj,
http://www.playvid.com/watch/IPcuvkYVgLb, http://www.playvid.com/watch/O7OsaqVOo0X, http://www.playvid.com/watch/JoMaZxG0PyQ,
http://www.playvid.com/watch/rXg4KELfeFi, http://www.playvid.com/watch/RYDheuIOa2H, http://www.playvid.com/watch/YfMnHOxks5c,
http://www.playvid.com/watch/jfNqnRzUfDE, http://www.playvid.com/watch/Z1uqJ9a1oja, http://www.playvid.com/watch/YIECqu50KLC,
http://www.playvid.com/watch/nwCr-Mxk1Cr, http://www.playvid.com/watch/zl615Yb3-wS, http://www.playvid.com/watch/b5ZtHkDDBlW,
http://www.playvid.com/watch/UIGwkDdlSUG, http://www.playvid.com/watch/X8sd_NJNGIn, http://www.playvid.com/watch/YwLYNTjm_1O,
http://www.playvid.com/watch/t1dEHOEoVPe, http://www.playvid.com/watch/qSaHJ2oidfM, http://www.playvid.com/watch/vuojfara3d7,
http://www.playvid.com/watch/Xz9XVVnzhBL, http://www.playvid.com/watch/pwK2U9Hkxbp, http://www.playvid.com/watch/FmxfPUhQlsf,
http://www.playvid.com/watch/DJpxIINRi0H, http://www.playvid.com/watch/YasVodG-0pL, http://www.playvid.com/watch/n-WNRP6eyEg,
http://www.playvid.com/watch/6sWTEFFLYTt, http://www.playvid.com/watch/jebdGyb2f5J, http://www.playvid.com/watch/jpe0V7WbzRR,
http://www.playvid.com/watch/MfVSwKqp-tH, http://www.playvid.com/watch/23nz9D5Jp3G, http://www.playvid.com/watch/npDkjNgSvUI,
http://www.playvid.com/watch/4d7sn_Ig8ex, http://www.playvid.com/watch/vCkKm_ebk5s, http://www.playvid.com/watch/BZ2LMIgF_TB,
http://www.playvid.com/watch/EQhbP_Z4KKh, http://www.playvid.com/watch/DTnCs6Ot8q6, http://www.playvid.com/watch/898c3ouj7Fe,
http://www.playvid.com/watch/oFEo6tVp2ZG, http://www.playvid.com/watch/2eCt54pCh5D, http://www.playvid.com/watch/cce6GqYNtrc,
http://www.playvid.com/watch/DlE4IDV0RsO, http://www.playvid.com/watch/4XZHLfgEThh, http://www.playvid.com/watch/vczZ5VGr8QS,
http://www.playvid.com/watch/64zE36qWwja, http://www.playvid.com/watch/3zAj2GKqcaU, http://www.playvid.com/watch/YsV43ajSRat,
http://www.playvid.com/watch/0i8Bo7-GRFY, http://www.playvid.com/watch/WZuEhVAWUtc, http://www.playvid.com/watch/cuhhiPhWQAd,
http://www.playvid.com/watch/y2JwJ6AN3kk, http://www.playvid.com/watch/XHNodQrsCUu, http://www.playvid.com/watch/dpl28sau93a,
http://www.playvid.com/watch/TxLF9rLw04y, http://www.playvid.com/watch/EsAE6EJ2Zyy, http://www.playvid.com/watch/pn0oFi5ekeE,
http://www.playvid.com/watch/lm9E8zIK47Q, http://www.playvid.com/watch/5AhQw_oP30b, http://www.playvid.com/watch/JHzw_6gxR6Q,
http://www.playvid.com/watch/PBdY-42ld8K, http://www.playvid.com/watch/jVbb-7H24Xj, http://www.playvid.com/watch/JIFBshtx-Xb,
http://www.playvid.com/watch/NO0W-s7pTBn, http://www.playvid.com/watch/BQaCd7DuKq5, http://www.playvid.com/watch/ILSYs21YSmt,
http://www.playvid.com/watch/GkVMK8TnZLe, http://www.playvid.com/watch/g2QWhTUhnl9, http://www.playvid.com/watch/PoMSrOOs2P6,
http://www.playvid.com/watch/mTf4XY_rgGg, http://www.playvid.com/watch/PurG-KQgzzo, http://www.playvid.com/watch/ITtazgL9Q9n,
http://www.playvid.com/watch/RUKIa1_AHbf, http://www.playvid.com/watch/SAMcIJOgSHT, http://www.playvid.com/watch/Cy34ZDtxueE,
http://www.playvid.com/watch/L4BFfrAmTyN, http://www.playvid.com/watch/bJFrKak6vX2, http://www.playvid.com/watch/0A7UKzt_vcP,
http://www.playvid.com/watch/idYLtjzXuS7, http://www.playvid.com/watch/WY5n0bppK80, http://www.playvid.com/watch/aZlFqkYNQFj,
http://www.playvid.com/watch/xY_MqP8vpCS, http://www.playvid.com/watch/nOrauRtCUQb, http://www.playvid.com/watch/ytQO4FMFlZZ,
http://www.playvid.com/watch/ROQ7iR2-jtB, http://www.playvid.com/watch/9JiNeb9y_IT, http://www.playvid.com/watch/esyz2bE0mJK,
http://www.playvid.com/watch/JJMn9QNUBB5, http://www.playvid.com/watch/M6KGYiwWVn4, http://www.playvid.com/watch/UsF18-z0cwL,
http://www.playvid.com/watch/Z5I1o3v2Lrh, http://www.playvid.com/watch/jYrh3U8YgiT, http://www.playvid.com/watch/NbDp5ZYlg6M,
http://www.playvid.com/watch/Y15_BUjOZj4, http://www.playvid.com/watch/NKwpF7RzAUx, http://www.playvid.com/watch/W77H3t0tx-F,
http://www.playvid.com/watch/y0tvLOylRQj, http://www.playvid.com/watch/7qlqJupdqJC, http://www.playvid.com/watch/Aa0o9TwJh7f,
http://www.playvid.com/watch/LZdbmsFYaow, http://www.playvid.com/watch/AgxrHVBZnGK, http://www.playvid.com/watch/m-O42QjE8P0,
http://www.playvid.com/watch/LAwE2KN5vxO, http://www.playvid.com/watch/U46xWdtKbui, http://www.playvid.com/watch/U95mPteg7vX,
http://www.playvid.com/watch/b_dat4NMg7V, http://www.playvid.com/watch/lcfmE7xW3rM, http://www.playvid.com/watch/WoQrwHBdprY,
http://www.playvid.com/watch/3ng7Dqw9SBJ, http://www.playvid.com/watch/wBsz2v4_fZc, http://www.playvid.com/watch/aifPZZJIGsK,
http://www.playvid.com/watch/egfSCU85Wx4, http://www.playvid.com/watch/JInlY2aku19, http://www.playvid.com/watch/NLewet3OBI7,
http://www.playvid.com/watch/x1iqJirTfAP, http://www.playvid.com/watch/5CiNkVQCqT7, http://www.playvid.com/watch/CpAalreAd8P,
http://www.playvid.com/watch/mXabk9S7CRA, http://www.playvid.com/watch/leqJqf5QSAB, http://www.playvid.com/watch/BQ5x3ApB-AO,
http://www.playvid.com/watch/LVPFb7Op8BE, http://www.playvid.com/watch/i8ifLtmlXCC, http://www.playvid.com/watch/EClLWEuYVxX,
http://www.playvid.com/watch/laP8o1kK7TB, http://www.playvid.com/watch/8sCNEqZsvyp, http://www.playvid.com/watch/K3kDr6uan7d,
http://www.playvid.com/watch/DmTXlw3mUim, http://www.playvid.com/watch/xp8RQYBWs6G, http://www.playvid.com/watch/4sb3YWoLZyX,
http://www.playvid.com/watch/NLqYYntCN26, http://www.playvid.com/watch/uggbmzAxvBg, http://www.playvid.com/watch/rsOIKaZwir4,
http://www.playvid.com/watch/O40VG_69cqa, http://www.playvid.com/watch/E8VLk05eVq8, http://www.playvid.com/watch/TmEK3jj-jcg,
http://www.playvid.com/watch/9cXkWbSVSdc, http://www.playvid.com/watch/2NqxQp3MZhg, http://www.playvid.com/watch/DYSApVa_-s6,
http://www.playvid.com/watch/G2I_s3D1ySY, http://www.playvid.com/watch/YhlROAQTWzU, http://www.playvid.com/watch/XVJ_4CiSjak,
http://www.playvid.com/watch/DJRtlsKbNyr, http://www.playvid.com/watch/NbQxqX87b9K, http://www.playvid.com/watch/8nhRKMEM_B6,
http://www.playvid.com/watch/qyYwXxXhQTa, http://www.playvid.com/watch/RDWnftbsBse, http://www.playvid.com/watch/drb4tygjz7e,
http://www.playvid.com/watch/7-mPweHdIme, http://www.playvid.com/watch/4lQps9MsqCZ, http://www.playvid.com/watch/vGtKzaFUUP6,
http://www.playvid.com/watch/hCZXj_94UIL, http://www.playvid.com/watch/Tk407Yf0vXY, http://www.playvid.com/watch/5nUIPCZ9_rM,
http://www.playvid.com/watch/HHRNqYTIvzA, http://www.playvid.com/watch/4euHCgV8dfC, http://www.playvid.com/watch/BiuO8rqSSZw,
http://www.playvid.com/watch/AqgGR57khCH, http://www.playvid.com/watch/qeVZOpB5v1G, http://www.playvid.com/watch/5i0VzUp3WJp,
http://www.playvid.com/watch/0hG8yRq4x-e, http://www.playvid.com/watch/97jj84pkF1j, http://www.playvid.com/watch/Sd9pNY4Oi8k,
http://www.playvid.com/watch/RZNzp4Z-H7c, http://www.playvid.com/watch/Io_0VVPv_jm, http://www.playvid.com/watch/UJFln_4_37A,
http://www.playvid.com/watch/a3BsfUKQp4T, http://www.playvid.com/watch/gtB3hliGGGD, http://www.playvid.com/watch/2JG2eZqDCDR,
http://www.playvid.com/watch/5SRiD66Z4OK, http://www.playvid.com/watch/cvy8ppOteis, http://www.playvid.com/watch/y9l5BJbZLKq,
http://www.playvid.com/watch/SIuZvv5Es8J, http://www.playvid.com/watch/u9GnMsiiaYc, http://www.playvid.com/watch/MSN0gCnx5cH,
http://www.playvid.com/watch/RuWu4NDKziB, http://www.playvid.com/watch/FIxOfWSXdnL, http://www.playvid.com/watch/Tkc66nCRBUn,
http://www.playvid.com/watch/Aqlb4byZwTI, http://www.playvid.com/watch/3iO_hWV3nBF, http://www.playvid.com/watch/Pba5EDw7D4S,
http://www.playvid.com/watch/XmxKRWTqFWD, http://www.playvid.com/watch/sM8zFV5ECX5, http://www.playvid.com/watch/Q0cUQp34wWp,
http://www.playvid.com/watch/pVVg900o4B4, http://www.playvid.com/watch/tKW5CGdm3ag, http://www.playvid.com/watch/CnpQhrFH5iA,
http://www.playvid.com/watch/Kyph1UwmWoA, http://www.playvid.com/watch/7nEvowTgA5I, http://www.playvid.com/watch/EzXL3aTw6rj,
http://www.playvid.com/watch/v2DHTQjJH1v, http://www.playvid.com/watch/QtKez71dc3D, http://www.playvid.com/watch/alUeiNbHTaE,
http://www.playvid.com/watch/peXv0JLtoce, http://www.playvid.com/watch/LZ7AKqTHBDW, http://www.playvid.com/watch/obDIAGhS-ci,
http://www.playvid.com/watch/qof-YRyHAx0, http://www.playvid.com/watch/wgiZhgzvPFL, http://www.playvid.com/watch/Ib2C1jmEZis,
http://www.playvid.com/watch/d9YLioJjkzq, http://www.playvid.com/watch/sGaeqjs6ikM, http://www.playvid.com/watch/4NUOEJ1wz1B,
http://www.playvid.com/watch/U7e3PxHMKln, http://www.playvid.com/watch/pVJ13xINoxM, http://www.playvid.com/watch/gAIFuVJVI67,
http://www.playvid.com/watch/UDwvC0WTemj, http://www.playvid.com/watch/v9gd8sGNlNd, http://www.playvid.com/watch/S3w9MHnQQoX,
http://www.playvid.com/watch/2OQznol4OCD, http://www.playvid.com/watch/Q9WcVRYMBkW, http://www.playvid.com/watch/WPXP0udSyrp,
http://www.playvid.com/watch/6zM4bST3ZUC, http://www.playvid.com/watch/2cYB2-htILf, http://www.playvid.com/watch/XquGBXi6dAP,
http://www.playvid.com/watch/fXk2SBrTJQS, http://www.playvid.com/watch/pWlfih4Hb0f, http://www.playvid.com/watch/y2RwJsxTw5R,
http://www.playvid.com/watch/9_af2fnoqxg, http://www.playvid.com/watch/oEtRExTsoIS, http://www.playvid.com/watch/XO2lKjB6b9W,
http://www.playvid.com/watch/f0HPxaGpjoo, http://www.playvid.com/watch/fO0ck97HOh0, http://www.playvid.com/watch/tdKu9EXzEqn,
http://www.playvid.com/watch/UHiPkVt1AwP, http://www.playvid.com/watch/aL7mv964bkw, http://www.playvid.com/watch/72D-YtCSzPN,
http://www.playvid.com/watch/8NvbqodrNy5, http://www.playvid.com/watch/H3bxXMubesP, http://www.playvid.com/watch/whVBZmGcvfD,
http://www.playvid.com/watch/84yhwiSGFBy, http://www.playvid.com/watch/lOOAuRxVR3W, http://www.playvid.com/watch/a4M3n6T4u8F,
http://www.playvid.com/watch/9saP85J8LmU, http://www.playvid.com/watch/fHeqIXo_ZvR, http://www.playvid.com/watch/fwGnPQnFKhC,
http://www.playvid.com/watch/0ZvutbSMDA8, http://www.playvid.com/watch/QZbdgWKAmzy, http://www.playvid.com/watch/Ib7oCD6NY_4,
http://www.playvid.com/watch/nCFd8Gg22vl, http://www.playvid.com/watch/iB0AAVZz5gu, http://www.playvid.com/watch/IvsVI2c5fzZ,
http://www.playvid.com/watch/5OqBpCneBwz, http://www.playvid.com/watch/k_EcEks0tS8, http://www.playvid.com/watch/OJicrCi090a,
http://www.playvid.com/watch/Q-hPZ9KvXRj, http://www.playvid.com/watch/2ihnlA4bkqi, http://www.playvid.com/watch/vdwq-8EekoG,
http://www.playvid.com/watch/KSTqOAb0ZUI, http://www.playvid.com/watch/9aeXQHqVQea, http://www.playvid.com/watch/Ntbz2xecHyM,
http://www.playvid.com/watch/XCl41YYxN3V, http://www.playvid.com/watch/0DmC5CoFPtA, http://www.playvid.com/watch/c-Ym-TjomiN,
http://www.playvid.com/watch/KT0IvPTXOcF, http://www.playvid.com/watch/SfmOqZxdP8A, http://www.playvid.com/watch/ZLixLVwRuqb,

http://www.playvid.com/watch/W7rm9F1Fedh, http://www.playvid.com/watch/It-csexg1SW, http://www.playvid.com/watch/vPTsmMwRKcY, http://www.playvid.com/watch/7VvYgHHuvC5, http://www.playvid.com/watch/QO65ds1g8G9, http://www.playvid.com/watch/38SCkGhY8Wl, http://www.playvid.com/watch/2mttI1R2N9r, http://www.playvid.com/watch/ohHLLekgXcP, http://www.playvid.com/watch/t2yVMtY_nEh, http://www.playvid.com/watch/XWh-ti_JlaK, http://www.playvid.com/watch/5kqJELe3iM2, http://www.playvid.com/watch/7bjpg-UOF9V, http://www.playvid.com/watch/naNwLgBXrLb, http://www.playvid.com/watch/kzYa9C7LjcZ, http://www.playvid.com/watch/if0Tg3qakhf, http://www.playvid.com/watch/wWd0HwwkMEP, http://www.playvid.com/watch/X_RlA0_Evyy, http://www.playvid.com/watch/Mp4oUCTLSnq, http://www.playvid.com/watch/3S4Wy43603V, http://www.playvid.com/watch/fp6KjLv-Ag2, http://www.playvid.com/watch/gcu_RdqzJQS, http://www.playvid.com/watch/3ZS2WOqb9LM, http://www.playvid.com/watch/C6e76PsMWlF, http://www.playvid.com/watch/wFwnJX4qb59, http://www.playvid.com/watch/xVqnSf-tb2o, http://www.playvid.com/watch/ku_GKULo7EJ, http://www.playvid.com/watch/53umJWtb19I, http://www.playvid.com/watch/5uejWp5hcVW, http://www.playvid.com/watch/PM-Wmuxw-ly, http://www.playvid.com/watch/KqZPV85OV5W, http://www.playvid.com/watch/WZzLPzpMRTH, http://www.playvid.com/watch/aKx91kFj-Xb, http://www.playvid.com/watch/YR0ZjeXuPuA, http://www.playvid.com/watch/HUmqnF2TfLq, http://www.playvid.com/watch/NViFilDE0JU, http://www.playvid.com/watch/RYiTQ9k2r9Z, http://www.playvid.com/watch/PFk7n0Gb_ps, http://www.playvid.com/watch/iGslShdwZk8, http://www.playvid.com/watch/vxIUI4G7mDi, http://www.playvid.com/watch/Y-T705ZC7lX, http://www.playvid.com/watch/0qM5p1sEkhD, http://www.playvid.com/watch/khdjvSWhBYB, http://www.playvid.com/watch/sFnWzBmQbwy, http://www.playvid.com/watch/GhlDW31qN-y, http://www.playvid.com/watch/2GGGJkz6lnm, http://www.playvid.com/watch/ClSbqplRSB0, http://www.playvid.com/watch/KI2v0d6xr_x, http://www.playvid.com/watch/tLGgrowiCy7, http://www.playvid.com/watch/mZDe1ZL3R4j, http://www.playvid.com/watch/yez7IHYyLuN, http://www.playvid.com/watch/ssEOjFzlXDt, http://www.playvid.com/watch/Is6If_LejNx, http://www.playvid.com/watch/FiU4um1rmxg, http://www.playvid.com/watch/901JbTASPZm, http://www.playvid.com/watch/nMyzVODDTwg, http://www.playvid.com/watch/H_-98wQxnBm, http://www.playvid.com/watch/IGjGRtr5LAc, http://www.playvid.com/watch/6d7AvWx_7vO, http://www.playvid.com/watch/a3jPHLiD8LP, http://www.playvid.com/watch/2d6FbOgYBOI, http://www.playvid.com/watch/MhqVQNqtSzU, http://www.playvid.com/watch/B3oveFwKwWN, http://www.playvid.com/watch/ZUWQnJAL4je, http://www.playvid.com/watch/rvU0ox-EmDo, http://www.playvid.com/watch/SLSdVMAG5Sy, http://www.playvid.com/watch/7be05OOg5ey, http://www.playvid.com/watch/0dsruNWN1ML, http://www.playvid.com/watch/kbW6a-uoYaD, http://www.playvid.com/watch/tfq7msq0FJ8, http://www.playvid.com/watch/7JPpi3q7q9i, http://www.playvid.com/watch/q47J4Tl1fYa, http://www.playvid.com/watch/Sz41xycIvJp, http://www.playvid.com/watch/K4b5YKiCtum, http://www.playvid.com/watch/9xvF5JqhbfJ, http://www.playvid.com/watch/V1SCBuhFu9W, http://www.playvid.com/watch/3uBVz52L0ty, http://www.playvid.com/watch/rJ0jThM19hK, http://www.playvid.com/watch/DGTAsZnJnyF, http://www.playvid.com/watch/npUTy1CnVfn, http://www.playvid.com/watch/Yn5LuUPPvrd, http://www.playvid.com/watch/371Rj6M1HFK, http://www.playvid.com/watch/ONif8ynRLvW, http://www.playvid.com/watch/j7Idad3opYM, http://www.playvid.com/watch/3sn2kLYJpV2, http://www.playvid.com/watch/RJN-EDUOLe5, http://www.playvid.com/watch/sjAJ-x13v_E, http://www.playvid.com/watch/r2dVGNkrwqf, http://www.playvid.com/watch/D8T06hkLBtW, http://www.playvid.com/watch/yAow9mZLPBS, http://www.playvid.com/watch/y0T1f0sQkE0, http://www.playvid.com/watch/YTWrHrk7umv, http://www.playvid.com/watch/FWi6iPj3_hn, http://www.playvid.com/watch/a-TBAzxQGdu, http://www.playvid.com/watch/teqAboC8Sf7, http://www.playvid.com/watch/WNraBRHt0wG, http://www.playvid.com/watch/uVLyORwIn1e, http://www.playvid.com/watch/Y-ryyZgyWGI, http://www.playvid.com/watch/Jx7k620NDBI, http://www.playvid.com/watch/LJB_QaJv0GS, http://www.playvid.com/watch/HUoSNPvNMzH, http://www.playvid.com/watch/3VbzqbGNzR6, http://www.playvid.com/watch/HERlSblFlyk, http://www.playvid.com/watch/qaSL0Q96acK, http://www.playvid.com/watch/viJBIOE_OXm, http://www.playvid.com/watch/bLoMkNCJlfB, http://www.playvid.com/watch/tqyYSTqVWtA, http://www.playvid.com/watch/09hwexZjIVY, http://www.playvid.com/watch/epmyp_0tIth, http://www.playvid.com/watch/B0TUm80OzEU, http://www.playvid.com/watch/EKMQvTdjzrI, http://www.playvid.com/watch/eKMwLX_2jlU, http://www.playvid.com/watch/YTYi-cidEFb, http://www.playvid.com/watch/FTvHdEm-7Ey, http://www.playvid.com/watch/NFUSLLFMjc6, http://www.playvid.com/watch/R5aNs769jVX, http://www.playvid.com/watch/nO5O1Kp2B1R, http://www.playvid.com/watch/NES81iKYChB, http://www.playvid.com/watch/UQzsTn4sHF6, http://www.playvid.com/watch/wYBG_j6ASpv, http://www.playvid.com/watch/rkAWiZmI7aw, http://www.playvid.com/watch/0VyH5q_freN, http://www.playvid.com/watch/V4iJJ0JPy3r, http://www.playvid.com/watch/HPdnuE5m2xB, http://www.playvid.com/watch/OlNf2dbou1M, http://www.playvid.com/watch/5R0pL7fv5vn, http://www.playvid.com/watch/A8Q7qRCShVJ, http://www.playvid.com/watch/WuC0Fi_srBW, http://www.playvid.com/watch/GRsfmg8UojE, http://www.playvid.com/watch/YW4b5V7IWHf, http://www.playvid.com/watch/byS-tKHDFux, http://www.playvid.com/watch/I3drX2vT35K, http://www.playvid.com/watch/2K5fssSJqUN, http://www.playvid.com/watch/m4aZ0a6sHn0, http://www.playvid.com/watch/YV3dnNqTcsf, http://www.playvid.com/watch/NwOFinOQptO, http://www.playvid.com/watch/R5AaGvJS3So, http://www.playvid.com/watch/U1IEwP2UsPx, http://www.playvid.com/watch/Rv2VVpOCBsw, http://www.playvid.com/watch/hD1HJnlim3i, http://www.playvid.com/watch/jq6vap2DJ77, http://www.playvid.com/watch/WKTAHajCCOD, http://www.playvid.com/watch/jU6M6dvVRTH, http://www.playvid.com/watch/h1yX52ZCGpc, http://www.playvid.com/watch/Z6LQ5UaBZQI, http://www.playvid.com/watch/GgRzRnBGESR, http://www.playvid.com/watch/YYXpm5rpINu, http://www.playvid.com/watch/f-c8oExPq4v, http://www.playvid.com/watch/PKTP6NmleA7, http://www.playvid.com/watch/9wDJiDn204z, http://www.playvid.com/watch/rQ8fkobcejs, http://www.playvid.com/watch/KRWu_K2iHK6, http://www.playvid.com/watch/vl7eh8jxSwQ, http://www.playvid.com/watch/bwY8abfD-zt, http://www.playvid.com/watch/ZKhOiKvHBEA, http://www.playvid.com/watch/JAU3Mbe1zlH, http://www.playvid.com/watch/wVnh7aEYelA, http://www.playvid.com/watch/7isAMOifPby, http://www.playvid.com/watch/tD93c0RBcBC, http://www.playvid.com/watch/EduG_e2wWWC, http://www.playvid.com/watch/T7oJa9FBCHk, http://www.playvid.com/watch/kIoqObeBlxx, http://www.playvid.com/watch/nFd2x8al3OW, http://www.playvid.com/watch/EhCiiur7RJ6, http://www.playvid.com/watch/M1OkcUdBadw, http://www.playvid.com/watch/BKloiVTifWl, http://www.playvid.com/watch/ngeQYECLOBq, http://www.playvid.com/watch/OLy8QWf-gwp, http://www.playvid.com/watch/r_UrXkJ8Gvr, http://www.playvid.com/watch/JMAhw6TRqX2, http://www.playvid.com/watch/qqSG4LCB51p, http://www.playvid.com/watch/yK_KjR3hTLV, http://www.playvid.com/watch/SYhw5V4I3JU, http://www.playvid.com/watch/rp12gO8WuKi, http://www.playvid.com/watch/lhEbN8dpnVG, http://www.playvid.com/watch/MkJcsWtAWYl, http://www.playvid.com/watch/v2KBUgD7kbs, http://www.playvid.com/watch/JjB5M_7GU8a, http://www.playvid.com/watch/vjYqqlTvflD, http://www.playvid.com/watch/kx9K3B9H2fQ, http://www.playvid.com/watch/Gcrh4LmwS7T, http://www.playvid.com/watch/jHKIUCCNTdd, http://www.playvid.com/watch/ulCr_EyBc2u, http://www.playvid.com/watch/8Jd6z97wI3G, http://www.playvid.com/watch/wY2rGP6IYMq, http://www.playvid.com/watch/hg-VGxlcEig, http://www.playvid.com/watch/FJbB1eYXPjv, http://www.playvid.com/watch/FHXk6oHFu-m, http://www.playvid.com/watch/eP9IL05JOsC, http://www.playvid.com/watch/TFmLQA0h-Dd, http://www.playvid.com/watch/mzkstC0v2pj, http://www.playvid.com/watch/LHltnVOe_al, http://www.playvid.com/watch/GUlrZEPO_qO, http://www.playvid.com/watch/iK8TAtwQt6K, http://www.playvid.com/watch/xuEzx6cHYqh, http://www.playvid.com/watch/aBlJhnjF89V, http://www.playvid.com/watch/e6IEAAJ0TRW, http://www.playvid.com/watch/fSTtKl0P8EZ, http://www.playvid.com/watch/XTTwIdfdiKX, http://www.playvid.com/watch/lGP1eTzJ8XA, http://www.playvid.com/watch/UMHFNZvnfXF, http://www.playvid.com/watch/QwpB8XfVLdm, http://www.playvid.com/watch/i63nEC2JNTA, http://www.playvid.com/watch/6Io5yZZP5FK, http://www.playvid.com/watch/UzBZUe9XRix, http://www.playvid.com/watch/mnW8piLBil0, http://www.playvid.com/watch/uYtzuXwC8HZ, http://www.playvid.com/watch/9nZZK9iXdRR, http://www.playvid.com/watch/AePuNCaq424, http://www.playvid.com/watch/wT8prax1Es3, http://www.playvid.com/watch/uDt-zNTxsWC, http://www.playvid.com/watch/PIDQRTJTE2D, http://www.playvid.com/watch/LvXnbRHqf4y, http://www.playvid.com/watch/4DguGvIK1rV, http://www.playvid.com/watch/nLEC969WCQC, http://www.playvid.com/watch/JmibKQgvgvD, http://www.playvid.com/watch/fnpyV96mf_c, http://www.playvid.com/watch/vN6KxVnAIKf, http://www.playvid.com/watch/lu4NY3kiU7e, http://www.playvid.com/watch/OlOOGSgazHV, http://www.playvid.com/watch/r768BdlsEi8, http://www.playvid.com/watch/Dn-yzwCH3rM, http://www.playvid.com/watch/UuPdYqUVBGl, http://www.playvid.com/watch/RXFpH0UHToM, http://www.playvid.com/watch/smnQzpi9XTz, http://www.playvid.com/watch/j2FGYMaqupE, http://www.playvid.com/watch/6XbHykGXBj3, http://www.playvid.com/watch/xFhr2fKi79J, http://www.playvid.com/watch/xnRfWxLjbs7, http://www.playvid.com/watch/knSwuNPMG6L, http://www.playvid.com/watch/6qmVXaBgzeC, http://www.playvid.com/watch/oKVuJBU3OVm, http://www.playvid.com/watch/CxhTngfZ8V0, http://www.playvid.com/watch/WCad6YWRWxi, http://www.playvid.com/watch/dl_HZ2bAv2q, http://www.playvid.com/watch/t8Qu_BTD3rh, http://www.playvid.com/watch/SP1-cb2lSMD, http://www.playvid.com/watch/XOlsM8LLKEA, http://www.playvid.com/watch/cVxcLM_AUJU, http://www.playvid.com/watch/zET2ViH9vIn, http://www.playvid.com/watch/JN0bu1vDdmE, http://www.playvid.com/watch/UDa-Ag_-oJR, http://www.playvid.com/watch/t4WNBxi5TVX, http://www.playvid.com/watch/kJB7BH1JvfA, http://www.playvid.com/watch/gMRNJlKErtJ, http://www.playvid.com/watch/FjnsyNWUmJm, http://www.playvid.com/watch/H95to9OxHsS, http://www.playvid.com/watch/0LKFGgW2fl4, http://www.playvid.com/watch/tZz8EBCjjii, http://www.playvid.com/watch/KFivxZjsQq6, http://www.playvid.com/watch/VgeTXwl0ubW, http://www.playvid.com/watch/3ngZqW8fQtL, http://www.playvid.com/watch/tuMKw3H4060, http://www.playvid.com/watch/nJbMDdz86xM, http://www.playvid.com/watch/2H1Zt6fSAh3, http://www.playvid.com/watch/iuYaCCefr4c, http://www.playvid.com/watch/3bqkcf-hPwC, http://www.playvid.com/watch/VHO3U1Nu26w, http://www.playvid.com/watch/xS_3X3EH89n, http://www.playvid.com/watch/MoDx3bD2epL, http://www.playvid.com/watch/i_dfFVJ8Qnf, http://www.playvid.com/watch/LBQpzZoD-ch, http://www.playvid.com/watch/722Yk2TmRuM, http://www.playvid.com/watch/ej5JS_9WYrr, http://www.playvid.com/watch/Oa857ccp1pJ, http://www.playvid.com/watch/7nxP63mBe9J, http://www.playvid.com/watch/dJuHcTZ7uuH, http://www.playvid.com/watch/Elc3l30DDKK, http://www.playvid.com/watch/GizmGnZIbDF, http://www.playvid.com/watch/0C-T0FyyDuz, http://www.playvid.com/watch/m5oCG5LGbBj, http://www.playvid.com/watch/TwT4XBPG7M6, http://www.playvid.com/watch/IqY_EftuJkZ, http://www.playvid.com/watch/zoEhntP6RZq, http://www.playvid.com/watch/KbVT9hYqyuh, http://www.playvid.com/watch/46dvQ6uSJNj, http://www.playvid.com/watch/B_SKSJLy1Tu, http://www.playvid.com/watch/7Rr-P2G4qy5, http://www.playvid.com/watch/PT7N07C8Kkh, http://www.playvid.com/watch/ilpxxe7OYVW, http://www.playvid.com/watch/D12zz2bJePg, http://www.playvid.com/watch/cp8QylezpE9, http://www.playvid.com/watch/mEo7wvcI7T5, http://www.playvid.com/watch/S05MzycunuC, http://www.playvid.com/watch/yDBG6P2Q00Q, http://www.playvid.com/watch/nKfd072hOBL, http://www.playvid.com/watch/YhLkmXs-IYD, http://www.playvid.com/watch/UdxwD0AGgVQ, http://www.playvid.com/watch/loLd20IQWXJ,

http://www.playvid.com/watch/BDrTK9uWNcr, http://www.playvid.com/watch/B_G28QxD-o9, http://www.playvid.com/watch/gtf_ZC4Ld1M,
http://www.playvid.com/watch/kW5dZuTVj5g, http://www.playvid.com/watch/B1jmO1jwJfO, http://www.playvid.com/watch/dBIAN4LiIkp,
http://www.playvid.com/watch/5k7s2pcG1Am, http://www.playvid.com/watch/YMFJS2ykDAt, http://www.playvid.com/watch/oFezY1e43Fo,
http://www.playvid.com/watch/8L5_KNcteUk, http://www.playvid.com/watch/zbXrfOSKl6U, http://www.playvid.com/watch/Df-pE44Feb3,
http://www.playvid.com/watch/fmfbMkkRMQ9, http://www.playvid.com/watch/lTc67NVubkX, http://www.playvid.com/watch/683pTs_tzIB,
http://www.playvid.com/watch/TauIlqGnoA2, http://www.playvid.com/watch/Ks_RdWOjvOU, http://www.playvid.com/watch/B-bBh3GQ902,
http://www.playvid.com/watch/h7w7zDXN_-q, http://www.playvid.com/watch/VaoEIrM5zdD, http://www.playvid.com/watch/TIddt8zA3nM,
http://www.playvid.com/watch/wvUHmH7DaOe, http://www.playvid.com/watch/4xFVkHij-ar, http://www.playvid.com/watch/cRW-uBnDpEC,
http://www.playvid.com/watch/gCqc_BAqxx9, http://www.playvid.com/watch/bDzr9_DnE9b, http://www.playvid.com/watch/lwQybESdo3E,
http://www.playvid.com/watch/d7fsbLYFls9, http://www.playvid.com/watch/vjpDIHLTwr4, http://www.playvid.com/watch/yY8oD2yC7qi,
http://www.playvid.com/watch/qL3fdQorbKi, http://www.playvid.com/watch/iDxKMOlu6NP, http://www.playvid.com/watch/jy4cooVk-JV,
http://www.playvid.com/watch/jDvGfOjMkPm, http://www.playvid.com/watch/BSEFyiB7U9l, http://www.playvid.com/watch/NIXO6u6NdCS,
http://www.playvid.com/watch/ch5v9u2xQTT, http://www.playvid.com/watch/tpBxCFmW7oW, http://www.playvid.com/watch/T3-maV22ats,
http://www.playvid.com/watch/ptuTQdmFu4z, http://www.playvid.com/watch/RZTUnHvXc32, http://www.playvid.com/watch/EO5qygd25yf,
http://www.playvid.com/watch/qLtOg5Mw1VY, http://www.playvid.com/watch/mN1r_GyRIsf, http://www.playvid.com/watch/DoWTFPHXxnY,
http://www.playvid.com/watch/QdfQIx8E03I, http://www.playvid.com/watch/yKLXGWq1Atk, http://www.playvid.com/watch/7czVLOj45bS,
http://www.playvid.com/watch/moc06AdIb4c, http://www.playvid.com/watch/5a9qrGVeAWb, http://www.playvid.com/watch/ZauFwLXPi-H,
http://www.playvid.com/watch/DSxC5vzytGf, http://www.playvid.com/watch/OeNM7ajTvhW, http://www.playvid.com/watch/FLAnBt0zZkc,
http://www.playvid.com/watch/zKxL1JtQ6cY, http://www.playvid.com/watch/gdWZ-Q8KVu6, http://www.playvid.com/watch/POQuOBVIaSH,
http://www.playvid.com/watch/ZH-EZoY62WN, http://www.playvid.com/watch/9me2OalHI-E, http://www.playvid.com/watch/bxX6-WkLks8,
http://www.playvid.com/watch/2x7n4AL2VUn, http://www.playvid.com/watch/O4S_GsZDhSs, http://www.playvid.com/watch/UnzQIWPduAr,
http://www.playvid.com/watch/bsFEt_sGEc2, http://www.playvid.com/watch/exWGZZWafg3, http://www.playvid.com/watch/EoT-mTfCzag,
http://www.playvid.com/watch/SKFwYroBi1R, http://www.playvid.com/watch/mYqUgpN5G5q, http://www.playvid.com/watch/nvnexUFOn0N,
http://www.playvid.com/watch/rIuE3vGq9jQ, http://www.playvid.com/watch/pOWg-HwbqdF, http://www.playvid.com/watch/S-SIStXUeCb,
http://www.playvid.com/watch/F2cXyVbnU1j, http://www.playvid.com/watch/hGdV2tpVIwD, http://www.playvid.com/watch/J-kx1_AYzhF,
http://www.playvid.com/watch/g6DDXZHI7je, http://www.playvid.com/watch/2LMcNEqkRVJ, http://www.playvid.com/watch/mp2NLoAGhGM,
http://www.playvid.com/watch/VtCeAxXMJ99, http://www.playvid.com/watch/HCLHA1wZKeU, http://www.playvid.com/watch/eJAH_K8btmg,
http://www.playvid.com/watch/K0RCV661pxd, http://www.playvid.com/watch/2tOTWM2j1fZ, http://www.playvid.com/watch/znnGLMVa_qs,
http://www.playvid.com/watch/81V2J_5z6_u, http://www.playvid.com/watch/n5_l-3jRhWM, http://www.playvid.com/watch/ldzixe8EyLY,
http://www.playvid.com/watch/UYIQj24s7yC, http://www.playvid.com/watch/S_E_EHOse5b, http://www.playvid.com/watch/W-Y3JtRScnJ,
http://www.playvid.com/watch/ncjcRtzoQk0, http://www.playvid.com/watch/GLW4ZP__gmQ, http://www.playvid.com/watch/v_UjnLMtHwe,
http://www.playvid.com/watch/YF6nW1MPb1o, http://www.playvid.com/watch/YDBJNkftTga, http://www.playvid.com/watch/xqb7bZ75QPe,
http://www.playvid.com/watch/KIGdXuO5NkM, http://www.playvid.com/watch/9RYb27WyLBx, http://www.playvid.com/watch/08fVJ0khNFT,
http://www.playvid.com/watch/GlQtaGERrzj, http://www.playvid.com/watch/For0IgqWlcP, http://www.playvid.com/watch/tW7frzZGqNd,
http://www.playvid.com/watch/Fwxdw0E5O2z, http://www.playvid.com/watch/j88DUzcvpLc, http://www.playvid.com/watch/p0opOWKBaQD,
http://www.playvid.com/watch/eY6df5Osxrb, http://www.playvid.com/watch/ldRR9NnumS6, http://www.playvid.com/watch/AFWgD8TyiCP,
http://www.playvid.com/watch/ypCw-v1Yo6e, http://www.playvid.com/watch/jhISv2w1PKL, http://www.playvid.com/watch/KktwJREv6Cx,
http://www.playvid.com/watch/mkATuWclo1j, http://www.playvid.com/watch/37HmeLBBRun, http://www.playvid.com/watch/X5Ygfukqf0n,
http://www.playvid.com/watch/8UI2n0ygeo6, http://www.playvid.com/watch/IzET0bh7ZIc, http://www.playvid.com/watch/9tqNwTDzuap,
http://www.playvid.com/watch/2JcRNVxK30E, http://www.playvid.com/watch/7g16KVmEdDn, http://www.playvid.com/watch/fIszCBJkzcK,
http://www.playvid.com/watch/Z33IXoUP64b, http://www.playvid.com/watch/W8LxzaSF-xe, http://www.playvid.com/watch/ccanX_ipZ0H,
http://www.playvid.com/watch/DF--1i1Bzg2, http://www.playvid.com/watch/PzB_TwLxenh, http://www.playvid.com/watch/s26jBa2iMJK,
http://www.playvid.com/watch/UeWsPmdmeFZ, http://www.playvid.com/watch/G815tYJb4r6, http://www.playvid.com/watch/sz0AgRi0pmD,
http://www.playvid.com/watch/udDOnOWDcre, http://www.playvid.com/watch/PrV_w3hc01K, http://www.playvid.com/watch/fMlwM0OAkER,
http://www.playvid.com/watch/koW5vvPgmG9, http://www.playvid.com/watch/cpGQpYpU0su, http://www.playvid.com/watch/8Yo8QKdAYi7,
http://www.playvid.com/watch/eUXSaQVvZTG, http://www.playvid.com/watch/n2PyEXhnfRJ, http://www.playvid.com/watch/6sQlrn2iFEu,
http://www.playvid.com/watch/DoQB0CItLxA, http://www.playvid.com/watch/Dve2BxbJa1H, http://www.playvid.com/watch/wAsEhTJ4mXg,
http://www.playvid.com/watch/avaEyGNghzg, http://www.playvid.com/watch/5PkJpGdcc0A, http://www.playvid.com/watch/GPe6XmAepc8,
http://www.playvid.com/watch/0xP8sKqQIYS, http://www.playvid.com/watch/GkZ7PWqsGiE, http://www.playvid.com/watch/IOGij5os4Qb,
http://www.playvid.com/watch/bdkbjWmpKxb, http://www.playvid.com/watch/tKUDQqGfN9O, http://www.playvid.com/watch/6E-5wMmwgeT,
http://www.playvid.com/watch/EEyczf0AULF, http://www.playvid.com/watch/BWeuE2OUE0r, http://www.playvid.com/watch/YQjH88GP6cw,
http://www.playvid.com/watch/EmIikd8B7D6, http://www.playvid.com/watch/G8dzWVDOlJT, http://www.playvid.com/watch/lC3wwmiBJUY,
http://www.playvid.com/watch/9nWwHNvqopw, http://www.playvid.com/watch/nelzblXfy-R, http://www.playvid.com/watch/xdB59tD-8YG,
http://www.playvid.com/watch/hdyMijSbC2s, http://www.playvid.com/watch/nESuRgv_2Xv, http://www.playvid.com/watch/aGyWozcLEE0,
http://www.playvid.com/watch/9sJlYRo7RoP, http://www.playvid.com/watch/cBK2rJNzyMu, http://www.playvid.com/watch/PCCjZmuZvlF,
http://www.playvid.com/watch/Wjl3xlVO7Aq, http://www.playvid.com/watch/9eqtOBo94EI, http://www.playvid.com/watch/sS95w-eKV2u,
http://www.playvid.com/watch/OPeI4F5i9Ki, http://www.playvid.com/watch/tI6EB2OYt2w, http://www.playvid.com/watch/A1y8Ab2BsNo,
http://www.playvid.com/watch/S6TOXFSpnrI, http://www.playvid.com/watch/ybKRVSDWm9e, http://www.playvid.com/watch/AHfj4XEhd7G,
http://www.playvid.com/watch/J53H-0mLGAi, http://www.playvid.com/watch/ULmH3Mlxw8l, http://www.playvid.com/watch/zadz9ua-ptn,
http://www.playvid.com/watch/FA21_2NIPrh, http://www.playvid.com/watch/R8pYmey5GYH, http://www.playvid.com/watch/RY8xuTNnyKg,
http://www.playvid.com/watch/AaIMp7zLYYS, http://www.playvid.com/watch/8kxI48Rrs9W, http://www.playvid.com/watch/DKdmSnSO3Dm,
http://www.playvid.com/watch/lervqpfwMHX, http://www.playvid.com/watch/pxkbEc9mJsR, http://www.playvid.com/watch/2XMi1KC2Z19,
http://www.playvid.com/watch/dxY8fgQ8x5s, http://www.playvid.com/watch/K2psAIIAkqm, http://www.playvid.com/watch/wLgczeRVXvz,
http://www.playvid.com/watch/4pBi2bpKdP4, http://www.playvid.com/watch/tX6y-sQq48u, http://www.playvid.com/watch/M2zorG13urT,
http://www.playvid.com/watch/stj78QCvDGP, http://www.playvid.com/watch/9Vavoobdp5z, http://www.playvid.com/watch/MdCaAc8zGo3,
http://www.playvid.com/watch/VbgRJQsRvbJ, http://www.playvid.com/watch/85HCedyRgOt, http://www.playvid.com/watch/tEM8xWwk1Pd,
http://www.playvid.com/watch/xiADm_oSxI7, http://www.playvid.com/watch/DIW4ZBW5IOf, http://www.playvid.com/watch/jLhCSMxuFOB,
http://www.playvid.com/watch/mFvzf7jfx76, http://www.playvid.com/watch/d8oQhac9axz, http://www.playvid.com/watch/PhbV0z0XRS8,
http://www.playvid.com/watch/pK7ow8w9lAZ, http://www.playvid.com/watch/dGFY4jL2H8F, http://www.playvid.com/watch/UfNNKYsX2L5,
http://www.playvid.com/watch/ARKJa6iMdro, http://www.playvid.com/watch/zWKG-4hM4gp, http://www.playvid.com/watch/JOawU59_uDQ,
http://www.playvid.com/watch/PJv8aYilFnW, http://www.playvid.com/watch/VLMoTBpMCRY, http://www.playvid.com/watch/WuMtnlDsqlr,
http://www.playvid.com/watch/mhzDbdVAk8y, http://www.playvid.com/watch/b7P3gIqkZm6, http://www.playvid.com/watch/Coo3geC1rxr,
http://www.playvid.com/watch/AMffLqiJcRB, http://www.playvid.com/watch/IQiEJiMkbOW, http://www.playvid.com/watch/R4IYf-AjRe4,
http://www.playvid.com/watch/BBV7pwDqisg, http://www.playvid.com/watch/5X3tiHSWvoJ, http://www.playvid.com/watch/XCS8fdn4ovf,
http://www.playvid.com/watch/DsEwKa3Yc2s, http://www.playvid.com/watch/fTz9fFp8Jg2, http://www.playvid.com/watch/BFRKmLiUkVg,
http://www.playvid.com/watch/H6J9Ud_tsbf, http://www.playvid.com/watch/4yV6IT6aN4H, http://www.playvid.com/watch/3x56h0sOXLO,
http://www.playvid.com/watch/0djyncqefWV, http://www.playvid.com/watch/OlqXuktgMxb, http://www.playvid.com/watch/guLUIsYnVWs,
http://www.playvid.com/watch/7atztf0BVXm, http://www.playvid.com/watch/wEEnZduDFho, http://www.playvid.com/watch/EItJSmp2VWn,
http://www.playvid.com/watch/VrbewJ6hwHD, http://www.playvid.com/watch/acMWFLrJ057, http://www.playvid.com/watch/hGfAHD8CzeN,
http://www.playvid.com/watch/afaJt0-Q_mB, http://www.playvid.com/watch/2BuGjH3EJbt, http://www.playvid.com/watch/Z-FXKBN3eGw,
http://www.playvid.com/watch/H3iSWfcpwvk, http://www.playvid.com/watch/yxkdZPikbNG, http://www.playvid.com/watch/hhnbta1sWyO,
http://www.playvid.com/watch/EwQ1Ig9uYGu, http://www.playvid.com/watch/yVJcPc_rRN5, http://www.playvid.com/watch/PJx4O66DT5E,
http://www.playvid.com/watch/xkDadThXJ3K, http://www.playvid.com/watch/Ne2onAiAQYY, http://www.playvid.com/watch/tbDY7p6L1f8,
http://www.playvid.com/watch/6OdNR-2I0sa, http://www.playvid.com/watch/MTuz-MrRQ3x, http://www.playvid.com/watch/n_gPnGY5qsu,
http://www.playvid.com/watch/fisyWS-Q1cP, http://www.playvid.com/watch/WdMcNLmH078, http://www.playvid.com/watch/TIVQwYRwsaT,
http://www.playvid.com/watch/DHNMbmRpbAf, http://www.playvid.com/watch/YkMBW93gx7R, http://www.playvid.com/watch/S2VBAiL9J3K,
http://www.playvid.com/watch/g_i7xrajotz, http://www.playvid.com/watch/SXxfceIwEeH, http://www.playvid.com/watch/fyZx2maN2Ul,
http://www.playvid.com/watch/rTC2maopc_s, http://www.playvid.com/watch/HLvjGncnhAs, http://www.playvid.com/watch/TZR8PHzFbvr,
http://www.playvid.com/watch/428is_LXOhZ, http://www.playvid.com/watch/X6U-SePYxWT, http://www.playvid.com/watch/zfCQnZbfW-8,
http://www.playvid.com/watch/fmGpQ-VCQtd, http://www.playvid.com/watch/JQ-H3S_gmoa, http://www.playvid.com/watch/5P2qkuNulo9,
http://www.playvid.com/watch/PgxIlPC5ZNs, http://www.playvid.com/watch/O6PLfkV2vzS, http://www.playvid.com/watch/XQwhWaDEMQ6,
http://www.playvid.com/watch/gSSYFM9A0yY, http://www.playvid.com/watch/sl_fnR6QGKj, http://www.playvid.com/watch/tkX6ClmWmTw,
http://www.playvid.com/watch/nl3ObChAfik, http://www.playvid.com/watch/OT_eHCKAKUO, http://www.playvid.com/watch/P0nVf-RDU98,
http://www.playvid.com/watch/XG2GS7BFgJI, http://www.playvid.com/watch/xiYepdWHcE2, http://www.playvid.com/watch/s7pDXW55Mw0,
http://www.playvid.com/watch/gqllJzwzq-p, http://www.playvid.com/watch/EJK450Rk-is, http://www.playvid.com/watch/45b8n0YcYLq,
http://www.playvid.com/watch/yPyFPimHlw7, http://www.playvid.com/watch/rVS1q-4nI-I, http://www.playvid.com/watch/J3QjA8yt9nL,

http://www.playvid.com/watch/GtNnAbbaKdH, http://www.playvid.com/watch/yQrguzttNbH, http://www.playvid.com/watch/c2ZuSAAlMiC, http://www.playvid.com/watch/OuD0TjhAbV4, http://www.playvid.com/watch/LmAlaZXd5vG, http://www.playvid.com/watch/dYRK5MKALpQ, http://www.playvid.com/watch/kmGLoK0-5SL, http://www.playvid.com/watch/w_liMaPi_zn, http://www.playvid.com/watch/ixfT_1VKX3q, http://www.playvid.com/watch/lI1YThc1W1c, http://www.playvid.com/watch/GWLnCZjE3oV, http://www.playvid.com/watch/AAntWIeNp2j, http://www.playvid.com/watch/oXNkFKdrbpy, http://www.playvid.com/watch/mcMEnLbIITT, http://www.playvid.com/watch/xZfW4fsHNm5, http://www.playvid.com/watch/iPT64IVqHwq, http://www.playvid.com/watch/aatmRoGGiVs, http://www.playvid.com/watch/ayALvCt9A0a, http://www.playvid.com/watch/pFub7x7mtQ6, http://www.playvid.com/watch/9il2LJrf9dY, http://www.playvid.com/watch/8xgxg0VBnsW, http://www.playvid.com/watch/5ZfNf_DaXXS, http://www.playvid.com/watch/EIJmYnc4SYd, http://www.playvid.com/watch/jwApGJP2_Pm, http://www.playvid.com/watch/RP9dIeRu_F0, http://www.playvid.com/watch/XlwqHVPxnip, http://www.playvid.com/watch/Opl_QlRt57o, http://www.playvid.com/watch/YHLOa7cDOkG, http://www.playvid.com/watch/M9ALmAvC_xv, http://www.playvid.com/watch/Q1N83RdNbyA, http://www.playvid.com/watch/opLC3nyhsPZ, http://www.playvid.com/watch/QqJX9r7a4zY, http://www.playvid.com/watch/aKcjms2UFKc, http://www.playvid.com/watch/n1pQzGhh9Ie, http://www.playvid.com/watch/PPAmTbYeTOa, http://www.playvid.com/watch/zNOfynwc5wV, http://www.playvid.com/watch/oe5rjtI0o7h, http://www.playvid.com/watch/LSyJlDM7mLL, http://www.playvid.com/watch/Dx-6c2RM19r, http://www.playvid.com/watch/K8MdIRfiCNs, http://www.playvid.com/watch/DS9R-vlePIe, http://www.playvid.com/watch/yNFB7AuDGRZ, http://www.playvid.com/watch/inwCUEYE2bg, http://www.playvid.com/watch/rRmNHzae636, http://www.playvid.com/watch/H5uEUu_gwmX, http://www.playvid.com/watch/72ET656GPq4
5.f. Date of third notice: 2014-02-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goldrun
5.b. Uploader's email address: ernesthugas@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/goldrun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/76bqSO4PNZl, http://www.playvid.com/watch/FVijEybj35r, http://www.playvid.com/watch/x6Nk7DgYfGr, http://www.playvid.com/watch/u619uy-Cgz7, http://www.playvid.com/watch/hewAdVY2PO3, http://www.playvid.com/watch/CboPaKqPxCJ, http://www.playvid.com/watch/ub8lQ7THG5n, http://www.playvid.com/watch/WDohqgJ9scX, http://www.playvid.com/watch/ZRUoKDv16pn, http://www.playvid.com/watch/tA1TUHfJbbK, http://www.playvid.com/watch/kwNTQXKPBXh, http://www.playvid.com/watch/rZFREmrlT3W, http://www.playvid.com/watch/rxqz6SdJ6c-, http://www.playvid.com/watch/y0eBioKUFIJ, http://www.playvid.com/watch/3Q2lkJEUIXm, http://www.playvid.com/watch/zlpIqrKyjzx, http://www.playvid.com/watch/bmCtfL5cmeN, http://www.playvid.com/watch/UpTk5L8AICm, http://www.playvid.com/watch/X8vbk3R1D2B, http://www.playvid.com/watch/gjBpSdCVzw3, http://www.playvid.com/watch/HGMJLCpkECT, http://www.playvid.com/watch/AiYcAJyAcLT, http://www.playvid.com/watch/ItIP1TA0Ct2, http://www.playvid.com/watch/nP2PylN4J1P, http://www.playvid.com/watch/pTvuExsDEif, http://www.playvid.com/watch/vSou09lcDtG, http://www.playvid.com/watch/pphHfCmE6QW, http://www.playvid.com/watch/eVmC0JxY6Yw, http://www.playvid.com/watch/Z4GquCkwulV, http://www.playvid.com/watch/BJo8OKt0n7S, http://www.playvid.com/watch/t-nkgfBhAuc, http://www.playvid.com/watch/xYCeSgjGs2l, http://www.playvid.com/watch/BaaHED-QFK7, http://www.playvid.com/watch/VJg5-9bgNOt, http://www.playvid.com/watch/0bkSkagjWUN, http://www.playvid.com/watch/lvLcIUSmJVi, http://www.playvid.com/watch/mBojfysaCtc, http://www.playvid.com/watch/HH6fUtGbKhN, http://www.playvid.com/watch/lnl1ChdaCNm, http://www.playvid.com/watch/XgrDDGlnbAy, http://www.playvid.com/watch/feAQWvP5kvb, http://www.playvid.com/watch/F4o9D-35DeE, http://www.playvid.com/watch/oKSUgQj1T8H, http://www.playvid.com/watch/XRfYdLpNQUe, http://www.playvid.com/watch/VWEh3VzoEYd, http://www.playvid.com/watch/fLqZMvMF4EC, http://www.playvid.com/watch/M2xJODUgzTT, http://www.playvid.com/watch/Vq-S7WqoBtZ, http://www.playvid.com/watch/fZ8IPG5DBSZ, http://www.playvid.com/watch/ERmSJAILllG, http://www.playvid.com/watch/Zi2zepv3b7Y, http://www.playvid.com/watch/2uuFONu9OM-, http://www.playvid.com/watch/KI3IcN81rIj, http://www.playvid.com/watch/MS5yDHDxor5, http://www.playvid.com/watch/ZYRyIzKhkTm, http://www.playvid.com/watch/m4q1qQrofGT, http://www.playvid.com/watch/7cbRByK3soI, http://www.playvid.com/watch/ay9ZE26fGEo, http://www.playvid.com/watch/9RBAwWHgSuy, http://www.playvid.com/watch/KES7qKdJjV6, http://www.playvid.com/watch/wuVUMooVtwP, http://www.playvid.com/watch/j9zIgR5P6B3, http://www.playvid.com/watch/2JRYpxBYBZo, http://www.playvid.com/watch/SN-erDtzumF, http://www.playvid.com/watch/g0y0Tj7VM3B, http://www.playvid.com/watch/eCW7ovVpnLQ, http://www.playvid.com/watch/wFVMLHxwM3r, http://www.playvid.com/watch/qSu2FSlrW4-, http://www.playvid.com/watch/ba-RsRq23AS, http://www.playvid.com/watch/uvE3Iesgm47, http://www.playvid.com/watch/OTxIwpbP6mY, http://www.playvid.com/watch/TcUbAzFpbpY, http://www.playvid.com/watch/VXVkYDnr-D8, http://www.playvid.com/watch/eZSXXo0oO31, http://www.playvid.com/watch/DtOioZEpael, http://www.playvid.com/watch/08Afh5H1-Mc, http://www.playvid.com/watch/0Bv4DXGP9Yy, http://www.playvid.com/watch/F63DyeL5I6Z, http://www.playvid.com/watch/0Jl-u9Zv-uP, http://www.playvid.com/watch/u9yXkpoLvI3, http://www.playvid.com/watch/4cKXQLZYQZ5, http://www.playvid.com/watch/KlLkEd1-a-j, http://www.playvid.com/watch/ZMBrZK0oeJp, http://www.playvid.com/watch/OR7qf8-GAeB, http://www.playvid.com/watch/LyZRt5uQ8fi, http://www.playvid.com/watch/Lx9VK6MS5Wr, http://www.playvid.com/watch/iZt8cqQkuYP, http://www.playvid.com/watch/FKQOKFyJM2a, http://www.playvid.com/watch/URvPFPFVDIQ, http://www.playvid.com/watch/C4fw5c7jZ6K, http://www.playvid.com/watch/y6JKZVqYwhu, http://www.playvid.com/watch/zVHsoaiwnUJ, http://www.playvid.com/watch/q8VRoLzkdAo, http://www.playvid.com/watch/lhIgqEGeRqk, http://www.playvid.com/watch/Cz5u2InvCN4, http://www.playvid.com/watch/ffjBeDftvMf, http://www.playvid.com/watch/UwFmSV-beM0, http://www.playvid.com/watch/Krd5uq8KDp0, http://www.playvid.com/watch/GZux9Uvoc3h, http://www.playvid.com/watch/pFpj-SXekGz, http://www.playvid.com/watch/iJsETMDTsB2, http://www.playvid.com/watch/vp3EaZ8Uh6c, http://www.playvid.com/watch/aBv6HhjIKRZ, http://www.playvid.com/watch/XrfVO4dUeKQ, http://www.playvid.com/watch/O8PsBM6974K, http://www.playvid.com/watch/Sj8E3nlXtfj, http://www.playvid.com/watch/8dJOwI6vZdg, http://www.playvid.com/watch/5z3ffObhvBi, http://www.playvid.com/watch/be89zX4C5vZ, http://www.playvid.com/watch/zAUcHn0qGhw, http://www.playvid.com/watch/L2i3aGhqhkL, http://www.playvid.com/watch/vltGqcR5Cq4, http://www.playvid.com/watch/o-CXEUz7QgC, http://www.playvid.com/watch/0D2dNeWvQwy, http://www.playvid.com/watch/moM5CpKV-1x, http://www.playvid.com/watch/GbK0ITVoCdY, http://www.playvid.com/watch/NgJinhKXfS7, http://www.playvid.com/watch/EEIvcs199cv, http://www.playvid.com/watch/5T4OvCMC20C, http://www.playvid.com/watch/0qSq5jpey5t, http://www.playvid.com/watch/ldBx8lGrjlO, http://www.playvid.com/watch/8mbnCSurVmt, http://www.playvid.com/watch/Lc5tNkCJobN, http://www.playvid.com/watch/fBxDSvFAu3z, http://www.playvid.com/watch/CXuJZljyeJj, http://www.playvid.com/watch/ujwB8px2mq1, http://www.playvid.com/watch/af9NJu-NM2y, http://www.playvid.com/watch/AkwY9nPKV6B, http://www.playvid.com/watch/FvFIXN1y-f6, http://www.playvid.com/watch/8GNkrV5xEvP, http://www.playvid.com/watch/DcTbq0VHNIy, http://www.playvid.com/watch/jZk6mikAVXc, http://www.playvid.com/watch/XhfEFJreC-t, http://www.playvid.com/watch/F-Qu37WZk-4, http://www.playvid.com/watch/Eb9aGmn7iWK, http://www.playvid.com/watch/FIzclgF62DS, http://www.playvid.com/watch/LgAHo1wzgyx, http://www.playvid.com/watch/VlLxu7cHgJE, http://www.playvid.com/watch/aE4G2ofYezm, http://www.playvid.com/watch/c22GrrltUBs, http://www.playvid.com/watch/KAlXRZNstqK, http://www.playvid.com/watch/4FOn2K9sUPH, http://www.playvid.com/watch/HMGlVhW360W, http://www.playvid.com/watch/A-dBt0u-OmT, http://www.playvid.com/watch/bDgqtCPA1cX, http://www.playvid.com/watch/3XkWX3wQq6M, http://www.playvid.com/watch/0c8me8TnqTM, http://www.playvid.com/watch/dlSpXeJThf0, http://www.playvid.com/watch/NuCztl87bIl, http://www.playvid.com/watch/yckdODvbstB, http://www.playvid.com/watch/zFOS9T-prpd, http://www.playvid.com/watch/8oed-sky4Pr, http://www.playvid.com/watch/L3i-pOu7p6i, http://www.playvid.com/watch/20AcxmCGsyJ, http://www.playvid.com/watch/GiePZUJfkIt, http://www.playvid.com/watch/HxEe-dzk76l, http://www.playvid.com/watch/YfYr8aKftjk, http://www.playvid.com/watch/xInEJOGVZnq, http://www.playvid.com/watch/Gz5bwDZtyQ7, http://www.playvid.com/watch/z4d3Po16Xc-, http://www.playvid.com/watch/8d5gIb5Y7g7, http://www.playvid.com/watch/goHuofeEqJT, http://www.playvid.com/watch/825zkT7DHcC, http://www.playvid.com/watch/b3BoQklYlsP, http://www.playvid.com/watch/X8OKiVFZh90, http://www.playvid.com/watch/k6m7BpebLZa, http://www.playvid.com/watch/Qn1BtOtSJBA, http://www.playvid.com/watch/xVf1nUwWLTX, http://www.playvid.com/watch/OheAMbFv45K, http://www.playvid.com/watch/krMNg6bW2h3, http://www.playvid.com/watch/mv2pvUGS5Pj, http://www.playvid.com/watch/zdq4uZMaloa
5.f. Date of third notice: 2014-02-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gondemise
5.b. Uploader's email address: timothyf44@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gondemise
5.e. List of videos posted by uploader: http://www.playvid.com/watch/obIA5SyvCu7, http://www.playvid.com/watch/xv69dAiVMlM, http://www.playvid.com/watch/8V4I8Yo9Tws, http://www.playvid.com/watch/VV6SvVd-F8U, http://www.playvid.com/watch/6uGE60lzKBF, http://www.playvid.com/watch/hSnKZI-xd2X, http://www.playvid.com/watch/7szDrhAZ2mr, http://www.playvid.com/watch/ogPT7yaV5QX, http://www.playvid.com/watch/rnhFWBtJuro, http://www.playvid.com/watch/NeoE6qGi64Z, http://www.playvid.com/watch/0F8OAdQW-0N, http://www.playvid.com/watch/BfasZ-gRXI-, http://www.playvid.com/watch/yK78fIxwYNn, http://www.playvid.com/watch/qIFFg8rnbf8, http://www.playvid.com/watch/5h6ZjIofu-y, http://www.playvid.com/watch/oS8nUlNYFFC, http://www.playvid.com/watch/Sniq9WmYG06, http://www.playvid.com/watch/ppfGyJUenZh, http://www.playvid.com/watch/mwufEWUtHsJ, http://www.playvid.com/watch/Jav8tCZjUgN, http://www.playvid.com/watch/u9skuRynWzl, http://www.playvid.com/watch/gP53svJvqLV, http://www.playvid.com/watch/NzXm6MpuJtC, http://www.playvid.com/watch/tFf6K9Vd00O, http://www.playvid.com/watch/Z0cNryh68b8, http://www.playvid.com/watch/n7EqnF3oLbE, http://www.playvid.com/watch/KbUommzo-Ul, http://www.playvid.com/watch/A64sX6lU7wt, http://www.playvid.com/watch/SurzKhWLFGE,

http://www.playvid.com/watch/I9oYsXcLnFm, http://www.playvid.com/watch/twSUjgRRUba, http://www.playvid.com/watch/wmjGMynanYw,
http://www.playvid.com/watch/bA7q3dOQX5u, http://www.playvid.com/watch/Bpsx5hm4yoH, http://www.playvid.com/watch/b9QbYL7-KNH,
http://www.playvid.com/watch/syfys-Vw32G, http://www.playvid.com/watch/idcDD4QHjHE, http://www.playvid.com/watch/Yrh5BcAniod,
http://www.playvid.com/watch/Maa-Ewzpj-w, http://www.playvid.com/watch/T5OLXGDHq22, http://www.playvid.com/watch/Bs0QwvROjRA,
http://www.playvid.com/watch/G4ouuxvvpw6, http://www.playvid.com/watch/tZvFFwSbZKR, http://www.playvid.com/watch/sQeNoPiY8i0,
http://www.playvid.com/watch/rFIFiUOI5IC, http://www.playvid.com/watch/zUq-CBqQTkT, http://www.playvid.com/watch/RI0Nhf3nQhE,
http://www.playvid.com/watch/C8OP-JXHwo5, http://www.playvid.com/watch/WW-XRQtuRfv, http://www.playvid.com/watch/EH75DB0V0RK,
http://www.playvid.com/watch/fRUfRtsZ7JZ, http://www.playvid.com/watch/acK8WDd-jjI, http://www.playvid.com/watch/QKfEgifc3xy,
http://www.playvid.com/watch/rEveLkLh-GJ, http://www.playvid.com/watch/y5vS8uQuOVb, http://www.playvid.com/watch/EhhAL6n7sGa,
http://www.playvid.com/watch/hxqVunCHx6b, http://www.playvid.com/watch/cjEDi87IivH, http://www.playvid.com/watch/qsm3B38Q5Wu,
http://www.playvid.com/watch/c0B5WyN0HHg, http://www.playvid.com/watch/HArK0x5etQM, http://www.playvid.com/watch/l7ywOubg9-B,
http://www.playvid.com/watch/LQF2vs8ClfT, http://www.playvid.com/watch/zqtj94-0suC, http://www.playvid.com/watch/bLHjsZC3izN,
http://www.playvid.com/watch/CvF-XdyWiex, http://www.playvid.com/watch/jzQq3Ve5Ftx, http://www.playvid.com/watch/te7wT0cTib0,
http://www.playvid.com/watch/Fj-iXJRLEt9, http://www.playvid.com/watch/dVY0MDxH98r, http://www.playvid.com/watch/PmX6KGbfTIb,
http://www.playvid.com/watch/YhId6fGDASU, http://www.playvid.com/watch/0fWiz3iygL6, http://www.playvid.com/watch/NeuwwSIt8V8,
http://www.playvid.com/watch/UmJTKBez8kf, http://www.playvid.com/watch/HOFUQoh9I4w, http://www.playvid.com/watch/Ltho34JI99O,
http://www.playvid.com/watch/iX7BgRw-WMR, http://www.playvid.com/watch/BvH9xwrNhbD, http://www.playvid.com/watch/9OlsXByTN6z,
http://www.playvid.com/watch/ikNzYrXoMCE, http://www.playvid.com/watch/Tp84Yxr4Prv, http://www.playvid.com/watch/79i6hi0JB2w,
http://www.playvid.com/watch/5Xff42M9W2G, http://www.playvid.com/watch/HgnE3yQAEjJ, http://www.playvid.com/watch/I0bewSN92Zb,
http://www.playvid.com/watch/8NmLCmlkVfz, http://www.playvid.com/watch/8H6YjwZXsuL, http://www.playvid.com/watch/Hk8o0XBH5gG,
http://www.playvid.com/watch/djwGK0qkPdG, http://www.playvid.com/watch/be7b3TEfeVF, http://www.playvid.com/watch/FwtW0rwOU-I,
http://www.playvid.com/watch/ghIOihMkh48, http://www.playvid.com/watch/FtqIrYO9-qm, http://www.playvid.com/watch/Et58Xxdy3UJ,
http://www.playvid.com/watch/dVB9cuFuVYk, http://www.playvid.com/watch/tTyzXbPbU8a, http://www.playvid.com/watch/bpKSW2r0wJ2,
http://www.playvid.com/watch/O-oBrZy4zYe, http://www.playvid.com/watch/Aj6V7g-DzWj, http://www.playvid.com/watch/HvIxujtbyb9,
http://www.playvid.com/watch/Is4wE6PbPiP, http://www.playvid.com/watch/2xmjRDzMFfW, http://www.playvid.com/watch/Oo5f-F8HFmJ,
http://www.playvid.com/watch/nfd6ruMVi7J, http://www.playvid.com/watch/n5e-v4tttrj, http://www.playvid.com/watch/soySGUs7T30,
http://www.playvid.com/watch/lf-Yc6f35EZ, http://www.playvid.com/watch/wkL9aQRfOW2, http://www.playvid.com/watch/dzziOS5rbLT,
http://www.playvid.com/watch/beZVUMpD-6j, http://www.playvid.com/watch/sMnegtDgCW7, http://www.playvid.com/watch/EWgXKu0wODb,
http://www.playvid.com/watch/EMudrPhlTpL, http://www.playvid.com/watch/XKfa8nY5zQe, http://www.playvid.com/watch/nliYOIot3np,
http://www.playvid.com/watch/slbhl8UbB5c, http://www.playvid.com/watch/xWDlpZj0MLr, http://www.playvid.com/watch/c-jTM00yGqm,
http://www.playvid.com/watch/wNrsb8ngcJl, http://www.playvid.com/watch/jmjtkhjHzmV, http://www.playvid.com/watch/V0xCUPSw7WC,
http://www.playvid.com/watch/xT6YM2wPs-T, http://www.playvid.com/watch/CySbCiPpUCD, http://www.playvid.com/watch/o4LOuhF6-tO,
http://www.playvid.com/watch/cRbsXBK4lwD, http://www.playvid.com/watch/GWGIpAsmVjN, http://www.playvid.com/watch/Ot8GfJvSCAW,
http://www.playvid.com/watch/k2CpFrDkwXs, http://www.playvid.com/watch/g4eA3NuDMwG, http://www.playvid.com/watch/GiXtR4kwQ87,
http://www.playvid.com/watch/eyY2tJbFu2e, http://www.playvid.com/watch/k9fsipv7kP3, http://www.playvid.com/watch/mVf8gKurZo0,
http://www.playvid.com/watch/hQG-U8aV48b, http://www.playvid.com/watch/AiS9x5s3c7a, http://www.playvid.com/watch/996CbHQC8eQ,
http://www.playvid.com/watch/F7ZHvfzdWoU, http://www.playvid.com/watch/Pu7DzEwleNS, http://www.playvid.com/watch/XvQRG3gz9j3,
http://www.playvid.com/watch/4IOx3g46Wfo, http://www.playvid.com/watch/SkQjrvfsjHZ, http://www.playvid.com/watch/WKJDTt0RKvd,
http://www.playvid.com/watch/TpU6rPvhPGX, http://www.playvid.com/watch/swdPMxJXIiS, http://www.playvid.com/watch/BWANQyrNEBf,
http://www.playvid.com/watch/tNNwjmanHIw, http://www.playvid.com/watch/YTdQTRtxKpb, http://www.playvid.com/watch/zU4tXfQywov,
http://www.playvid.com/watch/mvqjwAfMoBL, http://www.playvid.com/watch/OCkn9GsBL8l, http://www.playvid.com/watch/U5nUYB8BrZl,
http://www.playvid.com/watch/RnNLMt4rKVC, http://www.playvid.com/watch/-e2RrvCD0Qc, http://www.playvid.com/watch/dhWPXGjPHGj,
http://www.playvid.com/watch/tKQ6jkl-Y3T, http://www.playvid.com/watch/ZtINgDMVjNw, http://www.playvid.com/watch/ZmLeGJTPbq2,
http://www.playvid.com/watch/43ZkED3LtgL, http://www.playvid.com/watch/xlOE4cZglCj, http://www.playvid.com/watch/cPD3Gg50VNX,
http://www.playvid.com/watch/NKQ-tn57xbT, http://www.playvid.com/watch/Y7jrio3bBuJ, http://www.playvid.com/watch/NiG7NgVQ7S-,
http://www.playvid.com/watch/ifaMhYmMKNr, http://www.playvid.com/watch/gdCTk0MznVR, http://www.playvid.com/watch/ZgfNQwOYiR6,
http://www.playvid.com/watch/KCl-v8NSKlm, http://www.playvid.com/watch/MlbrxfUUR4s, http://www.playvid.com/watch/xZCIhuM5h8J,
http://www.playvid.com/watch/yNtaHqgmbGO, http://www.playvid.com/watch/xexcyN6sASn, http://www.playvid.com/watch/a9GkXwMCPDe,
http://www.playvid.com/watch/lQe4xElrKU-, http://www.playvid.com/watch/5ozEn8hF6L3, http://www.playvid.com/watch/lVYCnuPgaLa,
http://www.playvid.com/watch/rtCbAHV9NYA, http://www.playvid.com/watch/kYcfc3oETG0, http://www.playvid.com/watch/wAdWJhLetwQ,
http://www.playvid.com/watch/mFmhEWVaGME, http://www.playvid.com/watch/Qcc2T7FR6XF, http://www.playvid.com/watch/J7qlZdboYrD,
http://www.playvid.com/watch/wwp3Cx6niK7, http://www.playvid.com/watch/Ge4ZYbpGNsi, http://www.playvid.com/watch/mkiDqSm2696,
http://www.playvid.com/watch/U9k7z8s4l8L, http://www.playvid.com/watch/ENlYb-qVaIe, http://www.playvid.com/watch/KJdBm5gTWsh,
http://www.playvid.com/watch/KgumY-qWj-8, http://www.playvid.com/watch/hCMKTVGEVTJ, http://www.playvid.com/watch/JVmXX89NIyE,
http://www.playvid.com/watch/Bm7b2t8mreN, http://www.playvid.com/watch/WsFjdq8wZRC, http://www.playvid.com/watch/ikjGzl22DdM,
http://www.playvid.com/watch/Nzt3Yxj2ke-, http://www.playvid.com/watch/Z0mm-KFURI8, http://www.playvid.com/watch/CUdWjSeLljv,
http://www.playvid.com/watch/NrYz7BxjXqj, http://www.playvid.com/watch/UEJq5dcFGyp, http://www.playvid.com/watch/c36xnDk7DhC,
http://www.playvid.com/watch/hDlBcyOPc0Y, http://www.playvid.com/watch/syTVlchu7kV, http://www.playvid.com/watch/Psj9T54EdMV,
http://www.playvid.com/watch/OBE75ufbv5f, http://www.playvid.com/watch/7fuccZVFFVM, http://www.playvid.com/watch/oryI4OfuB9C,
http://www.playvid.com/watch/ppH6dQds-pK, http://www.playvid.com/watch/H-tarMmLsQz, http://www.playvid.com/watch/8O4lGipoFvA,
http://www.playvid.com/watch/YKoXJyo3003, http://www.playvid.com/watch/kI3ndUberLj, http://www.playvid.com/watch/OKQF06jPcpF,
http://www.playvid.com/watch/0eKtA0cuEQH, http://www.playvid.com/watch/lIz2Qf4zVK0, http://www.playvid.com/watch/xvl4FNbcJQ3,
http://www.playvid.com/watch/OR2ntoQ-Gcg, http://www.playvid.com/watch/8T6W9d0HOTm, http://www.playvid.com/watch/ITsowAHcs4t,
http://www.playvid.com/watch/GWcV4Ec6iK7, http://www.playvid.com/watch/CYADgSm2rUv, http://www.playvid.com/watch/5pG46efa9rv,
http://www.playvid.com/watch/DBa5E7jrImN, http://www.playvid.com/watch/lvjRx6BdM4X, http://www.playvid.com/watch/YGWMoE08SLm,
http://www.playvid.com/watch/fRp9z-DfJm4, http://www.playvid.com/watch/KJcEgzQGc0K, http://www.playvid.com/watch/2l7k9R-BFvS,
http://www.playvid.com/watch/lCfPv58IsYG, http://www.playvid.com/watch/2dDQWbPNqqD, http://www.playvid.com/watch/mNg-3RiYUvr,
http://www.playvid.com/watch/0zR2mRSgAGZ, http://www.playvid.com/watch/XL5mRBu0nXo, http://www.playvid.com/watch/wLHWpUWli6O,
http://www.playvid.com/watch/kgnPkOmPm5A, http://www.playvid.com/watch/iOP0nTjpfZd, http://www.playvid.com/watch/XRLrtWIa8jz,
http://www.playvid.com/watch/G3fnrpGE2Kz, http://www.playvid.com/watch/wqxix0RJm7q, http://www.playvid.com/watch/EsPoIOYZ05S,
http://www.playvid.com/watch/Ep0lh6m0ubE, http://www.playvid.com/watch/tYcfLjuXVLm, http://www.playvid.com/watch/0GStE629wom,
http://www.playvid.com/watch/XyzzhdOAOVQ, http://www.playvid.com/watch/p32CpDHUD4d, http://www.playvid.com/watch/hVg3rumfz7V,
http://www.playvid.com/watch/ijMYshESz5K, http://www.playvid.com/watch/Tduxvq9gFLd, http://www.playvid.com/watch/O5vUErVbMIu,
http://www.playvid.com/watch/wEpO3hcI8yh, http://www.playvid.com/watch/5n7Bo2mSJt5, http://www.playvid.com/watch/nc7kY6gJhev,
http://www.playvid.com/watch/ekq68EbGfBx, http://www.playvid.com/watch/sy37qIoNxRo, http://www.playvid.com/watch/oHGuoFxEtr8,
http://www.playvid.com/watch/tApC0seV3R6, http://www.playvid.com/watch/0qjyIBJzYJ8, http://www.playvid.com/watch/NhimVymozZF,
http://www.playvid.com/watch/NiPEb8zZbZe, http://www.playvid.com/watch/p3H6prG-pXq, http://www.playvid.com/watch/j2sodjowngz,
http://www.playvid.com/watch/YDYaK-xzy-Z, http://www.playvid.com/watch/XgRuFyUleoo, http://www.playvid.com/watch/brnr9M50hpg,
http://www.playvid.com/watch/P80Zy4IeVIO, http://www.playvid.com/watch/KzYyH2nbFsC, http://www.playvid.com/watch/vq9ErHf9UDG,
http://www.playvid.com/watch/sbv-h9-8gdB, http://www.playvid.com/watch/uztCl76nHhG, http://www.playvid.com/watch/uvSG6enTmaJ,
http://www.playvid.com/watch/evuHaE7FJV3, http://www.playvid.com/watch/Uxfd3USXLOp, http://www.playvid.com/watch/tmwbE0aIIg8,
http://www.playvid.com/watch/ueAt6V-Y6QA, http://www.playvid.com/watch/htrjUhxFZ5w, http://www.playvid.com/watch/YggI2go5Ffv,
http://www.playvid.com/watch/KQlQKUAWbvC, http://www.playvid.com/watch/GxGFujdSrR9, http://www.playvid.com/watch/khPPQITg0Km,
http://www.playvid.com/watch/VE4Jq-40YNQ, http://www.playvid.com/watch/ihrXqwOpvjl, http://www.playvid.com/watch/iBWwsUpG-w0,
http://www.playvid.com/watch/A9aOMjy4vOu, http://www.playvid.com/watch/h9LwpeQmDIS, http://www.playvid.com/watch/cP0INoVtcSd,
http://www.playvid.com/watch/tOidBtgazgN, http://www.playvid.com/watch/GELWcQDNMTh, http://www.playvid.com/watch/kOpZjduD4Vj,
http://www.playvid.com/watch/ZXwAbGh08bY, http://www.playvid.com/watch/H2u3UW7mvmj, http://www.playvid.com/watch/yeVcyHyKUYB,
http://www.playvid.com/watch/oKYUdLvj3Xf, http://www.playvid.com/watch/I-ocMJUJkog, http://www.playvid.com/watch/7UjskPSrZLj,
http://www.playvid.com/watch/9Zk9C7ZR2Y-, http://www.playvid.com/watch/d4gvrXSb4Br, http://www.playvid.com/watch/ngOaZq0EJ3y,
http://www.playvid.com/watch/ToP55GCvrtW, http://www.playvid.com/watch/0JYXkgWh08x, http://www.playvid.com/watch/Vsn9IxUuvue,
http://www.playvid.com/watch/n-5tGeGzefg, http://www.playvid.com/watch/nhvO4R7vhtp, http://www.playvid.com/watch/6dZx3aPYfkm,
http://www.playvid.com/watch/OUv2PF6QpF5, http://www.playvid.com/watch/BJ99igDczz-, http://www.playvid.com/watch/hpHev63wQA2,
http://www.playvid.com/watch/MKxRwVeXWTa, http://www.playvid.com/watch/5s4CsheWNfR, http://www.playvid.com/watch/LyeiuMuZzxf,
http://www.playvid.com/watch/Tvn8RLhVUMU, http://www.playvid.com/watch/TwRgfs20zq8, http://www.playvid.com/watch/WsNUcDRA5dK,
http://www.playvid.com/watch/CCXvry0exMX, http://www.playvid.com/watch/EcYnsLkvCZA, http://www.playvid.com/watch/cIk5k47EdGV,
http://www.playvid.com/watch/pTBCnB5fpPO, http://www.playvid.com/watch/mEvUwj5cz7l, http://www.playvid.com/watch/u-8ap-3e5Qj,

http://www.playvid.com/watch/XmSW8MAkGnG, http://www.playvid.com/watch/-G0HX4OwmzY, http://www.playvid.com/watch/46BtcgPePKw, http://www.playvid.com/watch/J5ZH2JZwMJ2, http://www.playvid.com/watch/sFkEpvmtxJR, http://www.playvid.com/watch/N6Fx8PXwA84, http://www.playvid.com/watch/aU0dTP52jJU, http://www.playvid.com/watch/6KUxomkyDzs, http://www.playvid.com/watch/2-iq7vRTV5H, http://www.playvid.com/watch/fsavA4f9d4X, http://www.playvid.com/watch/sb0sh6QGMwZ, http://www.playvid.com/watch/2KiJ4xjfn2N, http://www.playvid.com/watch/wT6lgv977DO, http://www.playvid.com/watch/9mXUzRqE4j5, http://www.playvid.com/watch/n7y8MbUjJht, http://www.playvid.com/watch/l4AS5ftgyEG, http://www.playvid.com/watch/ugk3N-58EwX, http://www.playvid.com/watch/55AtwKDoo2M, http://www.playvid.com/watch/2Ha5Rou4E8g, http://www.playvid.com/watch/Vxj-bEXvRNn, http://www.playvid.com/watch/2AxyvOjIjfk, http://www.playvid.com/watch/48F-k2MVJ35, http://www.playvid.com/watch/uTJKztbP74w, http://www.playvid.com/watch/znqR09GFJbr, http://www.playvid.com/watch/mV8RE6isxE-, http://www.playvid.com/watch/yWJghuJDXQY, http://www.playvid.com/watch/rPl9JKX0BDZ, http://www.playvid.com/watch/wRfGCLDrxIr, http://www.playvid.com/watch/Ybi52N-lhrT, http://www.playvid.com/watch/FJgT2Icdaae, http://www.playvid.com/watch/B-c-i0-N04U, http://www.playvid.com/watch/ZV68yUAudfe, http://www.playvid.com/watch/YRINllRsFLV, http://www.playvid.com/watch/fwWh2ZmDStJ, http://www.playvid.com/watch/azYzbEVntlt, http://www.playvid.com/watch/y4kSZ5-3H8f, http://www.playvid.com/watch/mDsmV8tk8cF, http://www.playvid.com/watch/O-B94HciKOB, http://www.playvid.com/watch/bIlts9OYSeT, http://www.playvid.com/watch/fO3jjMVsdvE, http://www.playvid.com/watch/hwpjVr3zRDo, http://www.playvid.com/watch/BiZ4cEOOznD, http://www.playvid.com/watch/CjI3eGERkAH, http://www.playvid.com/watch/DLvJGZalFkM, http://www.playvid.com/watch/2OLMQtGGWv7, http://www.playvid.com/watch/pmYMGv-G5Ko, http://www.playvid.com/watch/bDoev4kK7QA, http://www.playvid.com/watch/3aKJhJrV25H, http://www.playvid.com/watch/y9gJ6YC7Ijv, http://www.playvid.com/watch/A9Bx0ENwRuZ, http://www.playvid.com/watch/-B4mHqWbF96, http://www.playvid.com/watch/IWU5Avt-mkS, http://www.playvid.com/watch/yxihCmuka38, http://www.playvid.com/watch/U9q4A3PnvJW, http://www.playvid.com/watch/5hwFatPjICZ, http://www.playvid.com/watch/BqyWChHAs60, http://www.playvid.com/watch/aNdQ3tMPTFY, http://www.playvid.com/watch/CXPSvuUBt9G, http://www.playvid.com/watch/DmnkVW-JWDq, http://www.playvid.com/watch/ridU4BlzQfq, http://www.playvid.com/watch/li6I6nrJIlU, http://www.playvid.com/watch/cJpcnFnKuK-, http://www.playvid.com/watch/EuYxTL0-V53, http://www.playvid.com/watch/IEDKe0iM0r-, http://www.playvid.com/watch/wCFzQicb0nq, http://www.playvid.com/watch/ZdppOJOZXFj, http://www.playvid.com/watch/744DQxK6WnH, http://www.playvid.com/watch/Z7HCWrZ66qx, http://www.playvid.com/watch/baWMANdcjJg, http://www.playvid.com/watch/N7epA6gDMP3, http://www.playvid.com/watch/EBChX2Ng3Kt, http://www.playvid.com/watch/hvUlbRvoZfP, http://www.playvid.com/watch/keHGwFFGbi9, http://www.playvid.com/watch/MLefEPW8RGs, http://www.playvid.com/watch/a3vGfFOoiCK, http://www.playvid.com/watch/EHnZeGlatZP, http://www.playvid.com/watch/2ZM00sMg4AA, http://www.playvid.com/watch/y-SwC-nL3br, http://www.playvid.com/watch/v3bExJP0tli, http://www.playvid.com/watch/lB2x3lS7gvc, http://www.playvid.com/watch/TrUhB7hjQtQ, http://www.playvid.com/watch/6ltIoq56Mgj, http://www.playvid.com/watch/BAI4H66Kaf4, http://www.playvid.com/watch/nruwzIY0Drb, http://www.playvid.com/watch/4VdmwBz8HHq, http://www.playvid.com/watch/yjiY3uNoH9o, http://www.playvid.com/watch/rX-ropawHqs, http://www.playvid.com/watch/2djNcUYkSMP, http://www.playvid.com/watch/uxxOU45mZHe, http://www.playvid.com/watch/7EK9t26sm0q, http://www.playvid.com/watch/a5X7OSXFSBd, http://www.playvid.com/watch/sF3Yc5jLSV5, http://www.playvid.com/watch/zCqAlgNxHXR, http://www.playvid.com/watch/Q-pdciuq72A, http://www.playvid.com/watch/V09EXmqvTph, http://www.playvid.com/watch/z5MrrP8QzqU, http://www.playvid.com/watch/8KX9zQajqp6, http://www.playvid.com/watch/x3kcnYhKLXd, http://www.playvid.com/watch/iEeXWFmZ6Us, http://www.playvid.com/watch/fT3uyY4nbsk, http://www.playvid.com/watch/-j-o6ljB5OU, http://www.playvid.com/watch/lSfXQUUwPED, http://www.playvid.com/watch/YhF57NQkqDr, http://www.playvid.com/watch/V7QW3jZlk59, http://www.playvid.com/watch/AJk5CTE9t4V, http://www.playvid.com/watch/fUZfUTGaDNL, http://www.playvid.com/watch/I5ccnafTLHf, http://www.playvid.com/watch/Th84wXsNPfx, http://www.playvid.com/watch/MuaCDJDjXU2, http://www.playvid.com/watch/dsP3hsaYibb, http://www.playvid.com/watch/p6H5n0D-fwM, http://www.playvid.com/watch/uPAZFtNXFot, http://www.playvid.com/watch/nf5VZqFMaQN, http://www.playvid.com/watch/JBro0ME85A4, http://www.playvid.com/watch/ErzMtReqOOE, http://www.playvid.com/watch/rRT0oJSggkA, http://www.playvid.com/watch/uumL9dyHije, http://www.playvid.com/watch/A5Bc6JnXof-, http://www.playvid.com/watch/SwvT9k-SjkJ, http://www.playvid.com/watch/tVLfFT5drSG, http://www.playvid.com/watch/DNlS7UrjTJP, http://www.playvid.com/watch/EptRxJS6WLO, http://www.playvid.com/watch/DBrbGgoRC4Q, http://www.playvid.com/watch/oq7j9U3Qqva, http://www.playvid.com/watch/JlF48fpcWte, http://www.playvid.com/watch/F36vve0G0Ix, http://www.playvid.com/watch/9WTrpir-Vl3, http://www.playvid.com/watch/iz364r7Cs5Y, http://www.playvid.com/watch/JxH5xgVGuV8, http://www.playvid.com/watch/yJlHQv9JSnB, http://www.playvid.com/watch/3TFazzfC4WX, http://www.playvid.com/watch/sT4YEfGFT5T, http://www.playvid.com/watch/miMRaojO5hY, http://www.playvid.com/watch/P65C-Jkk0Hc, http://www.playvid.com/watch/ASLcsxOZIAM, http://www.playvid.com/watch/s9e2YjGhPNl, http://www.playvid.com/watch/zbShhwDiv-P, http://www.playvid.com/watch/s6u9zBtpSIJ, http://www.playvid.com/watch/3UlnfwKAokm, http://www.playvid.com/watch/LHX30fsAvzF, http://www.playvid.com/watch/VSXXLCTUJck, http://www.playvid.com/watch/xSYIWYHffL9, http://www.playvid.com/watch/3E3hkiFGKGd, http://www.playvid.com/watch/eYrBtVHPd3d, http://www.playvid.com/watch/DWUFIrFFrYC, http://www.playvid.com/watch/CQsxAn2IpFu, http://www.playvid.com/watch/264alQYsVkX, http://www.playvid.com/watch/uneqBrvgEWI, http://www.playvid.com/watch/AUf8T9AA-3q, http://www.playvid.com/watch/kZQ2I-eKcxe, http://www.playvid.com/watch/NflC7ruMoQh, http://www.playvid.com/watch/R6PMDAoR3CW, http://www.playvid.com/watch/sVDCfnerO2D, http://www.playvid.com/watch/DRzNayA0PkI, http://www.playvid.com/watch/Q46chafFWhX, http://www.playvid.com/watch/Fyj3iDeVHhB, http://www.playvid.com/watch/b94MCIAurOi, http://www.playvid.com/watch/xAhBGkXV7pq, http://www.playvid.com/watch/FnSTW-vNlhU, http://www.playvid.com/watch/sw9dryLhC0S, http://www.playvid.com/watch/RWqneD3nUuW, http://www.playvid.com/watch/kzs2xqX8g4B, http://www.playvid.com/watch/QvCHDbEBcQJ, http://www.playvid.com/watch/3zqJzypRPVc, http://www.playvid.com/watch/An8nzsmspJO, http://www.playvid.com/watch/2bJW-rQH8CR, http://www.playvid.com/watch/nRzC3o4QcEp, http://www.playvid.com/watch/65isQgZjCiH, http://www.playvid.com/watch/ZuVVMgDXYkR, http://www.playvid.com/watch/Yun-eCreF-x, http://www.playvid.com/watch/7Bx46-hFTCC, http://www.playvid.com/watch/OW6TJJP4WXO, http://www.playvid.com/watch/onodRsiThc3, http://www.playvid.com/watch/fRW9TfCTWBI, http://www.playvid.com/watch/KwZU8DpXorv, http://www.playvid.com/watch/CazOc4c9s-D, http://www.playvid.com/watch/xnVm0zNZR-N, http://www.playvid.com/watch/BI2pii0QxIl, http://www.playvid.com/watch/WP3F0EO2obM, http://www.playvid.com/watch/FHb4qI8G8nZ, http://www.playvid.com/watch/BrhfRgEOJpx, http://www.playvid.com/watch/plbSeUDZsEy, http://www.playvid.com/watch/SvSbgUWj9BM, http://www.playvid.com/watch/HzO2oIchDq9, http://www.playvid.com/watch/BVYYvPXSHRs, http://www.playvid.com/watch/Hfh8RMrsweR, http://www.playvid.com/watch/CiKJzPc3heQ, http://www.playvid.com/watch/YxaaRajOlAs, http://www.playvid.com/watch/SA-f80kDtEV, http://www.playvid.com/watch/F2Z0f-GmBdX, http://www.playvid.com/watch/ewpgZpMtGMw, http://www.playvid.com/watch/kThQfxmS4Ns, http://www.playvid.com/watch/S5hFths35NR, http://www.playvid.com/watch/dmWFsGu8iTH, http://www.playvid.com/watch/yZfAKdnaka5, http://www.playvid.com/watch/fYw2aeM8Jim, http://www.playvid.com/watch/AH86y0UzF8r, http://www.playvid.com/watch/4JvUnqZn3Jc, http://www.playvid.com/watch/JJPfduNvFyx, http://www.playvid.com/watch/iXHsjnQO2PU, http://www.playvid.com/watch/9wl9ZOYlWie, http://www.playvid.com/watch/Eqbi-bBQ6LO, http://www.playvid.com/watch/54kt-EkJaOw, http://www.playvid.com/watch/scnGZVXSfS2, http://www.playvid.com/watch/FnrnRj0Bvye, http://www.playvid.com/watch/AGr9-4QmyBi, http://www.playvid.com/watch/C2tTQQoSksu, http://www.playvid.com/watch/VkytN6eoqiu, http://www.playvid.com/watch/HhQsMy8nvEb, http://www.playvid.com/watch/wwz9ORir7Ee, http://www.playvid.com/watch/8FQRzp325Uh, http://www.playvid.com/watch/ohjjRSsEL8m, http://www.playvid.com/watch/oSwpfD6bnC2, http://www.playvid.com/watch/7WWFRKYdlPk, http://www.playvid.com/watch/BuNfwX78oFd, http://www.playvid.com/watch/iQQvJKj2zpk, http://www.playvid.com/watch/tSh3hRjoaqi, http://www.playvid.com/watch/tJY072c8sqr, http://www.playvid.com/watch/cXXySt5fHxt, http://www.playvid.com/watch/fBoB8dGrBMK, http://www.playvid.com/watch/9AMNHpT4tmP, http://www.playvid.com/watch/VNW2xq3oWhp, http://www.playvid.com/watch/hAXYAamavGQ, http://www.playvid.com/watch/KOQZh7rY5Iw, http://www.playvid.com/watch/ahuxxpJsije, http://www.playvid.com/watch/KhKC9nhATNE, http://www.playvid.com/watch/z8ZNtlh4Ero, http://www.playvid.com/watch/N6hAKWGmknd, http://www.playvid.com/watch/WUsxKAp-irl, http://www.playvid.com/watch/RisVO2yKsln, http://www.playvid.com/watch/djUYES-usDV, http://www.playvid.com/watch/RyY-yhzNrVj, http://www.playvid.com/watch/kEIjgzHkyk5, http://www.playvid.com/watch/4gTRf2kOpyH, http://www.playvid.com/watch/n0obK8d5E2S, http://www.playvid.com/watch/z3S-qEP2-qw, http://www.playvid.com/watch/i8TOamnHS4x, http://www.playvid.com/watch/yJ6VosS7zdk, http://www.playvid.com/watch/GoSfRI8LFeY, http://www.playvid.com/watch/eYIIT6yHuFk, http://www.playvid.com/watch/Ys05SLUDtY2, http://www.playvid.com/watch/JpFYiGGJygP, http://www.playvid.com/watch/M9JjAMOcHNq, http://www.playvid.com/watch/m2-J7A0cp95, http://www.playvid.com/watch/HseMVWz9ptE, http://www.playvid.com/watch/ZPtYjGEkW7r, http://www.playvid.com/watch/9P3mmj0RBIn, http://www.playvid.com/watch/fD64GaqxhUd, http://www.playvid.com/watch/DE4w8mI60u2, http://www.playvid.com/watch/qd0SOEMNdJI, http://www.playvid.com/watch/ZJE4QTUYQ9O, http://www.playvid.com/watch/o8GmgtskqVy, http://www.playvid.com/watch/0EbJGxGfKfk, http://www.playvid.com/watch/OltusuoOnRz, http://www.playvid.com/watch/uO5528hfIy3, http://www.playvid.com/watch/F9BGd28DLrm, http://www.playvid.com/watch/OqklKAtUv9R, http://www.playvid.com/watch/EqNGOggTif9, http://www.playvid.com/watch/g03absdPMDG, http://www.playvid.com/watch/XdUhdNJQdUK, http://www.playvid.com/watch/3RlRP-ZLZhI, http://www.playvid.com/watch/WgfsqlbpJqQ, http://www.playvid.com/watch/4deDahMM6BV, http://www.playvid.com/watch/rn9uvvEqijX, http://www.playvid.com/watch/gfWhzRUJAMh, http://www.playvid.com/watch/yHEyOehhCcU, http://www.playvid.com/watch/q0mkWXdnkqJ, http://www.playvid.com/watch/xMrkhbUzzhe, http://www.playvid.com/watch/TkrvrJ-GQK9, http://www.playvid.com/watch/aepk6kJEHjf, http://www.playvid.com/watch/WsyOKaCpMQ7, http://www.playvid.com/watch/WcrynsroJNr, http://www.playvid.com/watch/iD7NcqMKD-D, http://www.playvid.com/watch/S5GM46UADMz, http://www.playvid.com/watch/YFT79aCibUF, http://www.playvid.com/watch/wGH6USLicwP, http://www.playvid.com/watch/5EWKretePhd, http://www.playvid.com/watch/SvmFgbCybjE, http://www.playvid.com/watch/y7FyDswwt6V, http://www.playvid.com/watch/An6aouvwPaj, http://www.playvid.com/watch/A8fT6lNXKcC, http://www.playvid.com/watch/tGRwiuXH5kJ, http://www.playvid.com/watch/RANjwDdMF9d, http://www.playvid.com/watch/BJNyBhb9XzF, http://www.playvid.com/watch/FM5NtUbuxI-, http://www.playvid.com/watch/Go-VmLn2qId, http://www.playvid.com/watch/a72628PQMLw, http://www.playvid.com/watch/CCPlvcxxgnf,

http://www.playvid.com/watch/LWys45Ib-ts, http://www.playvid.com/watch/xbSEqaccynu, http://www.playvid.com/watch/OUha7PNhMXO,
http://www.playvid.com/watch/lyru0DSBivs, http://www.playvid.com/watch/mPgELBXWVvx, http://www.playvid.com/watch/SdGZ2XEk5F-,
http://www.playvid.com/watch/kA9s2wVQzdK, http://www.playvid.com/watch/WP6saD9cMOw, http://www.playvid.com/watch/P08KnGGUmoU,
http://www.playvid.com/watch/WDBi6s-aMhn, http://www.playvid.com/watch/4NgjAlat5vG, http://www.playvid.com/watch/p0SDnT8BwTi,
http://www.playvid.com/watch/dUtjDmsuFOJ, http://www.playvid.com/watch/ugjyNnInl8h, http://www.playvid.com/watch/08s9S46FKzT,
http://www.playvid.com/watch/Y9QEMmiUUrG, http://www.playvid.com/watch/THEZ4zkVcrK, http://www.playvid.com/watch/NL4gazCZ-dW,
http://www.playvid.com/watch/bx6hHHqW8xW, http://www.playvid.com/watch/hfRnLl2FgCd, http://www.playvid.com/watch/-Hp5MrKzerX,
http://www.playvid.com/watch/5zfq0ndg7mE, http://www.playvid.com/watch/GDRzExa7fL8, http://www.playvid.com/watch/U3uxJLhG3k7,
http://www.playvid.com/watch/XncKZAoyllZ, http://www.playvid.com/watch/e5KSH5yG6fE, http://www.playvid.com/watch/Hr8T4-sIzCy,
http://www.playvid.com/watch/lGZs5OUaUfg, http://www.playvid.com/watch/E2dvUoXpnRe, http://www.playvid.com/watch/Z5sK2CB4fq5,
http://www.playvid.com/watch/5atCmJwCr4y, http://www.playvid.com/watch/UTKxKErlwq9, http://www.playvid.com/watch/fOvv74DLlnj,
http://www.playvid.com/watch/f-cjBKGR5Iu, http://www.playvid.com/watch/BfhSCFrmNtA, http://www.playvid.com/watch/KkeuHBskwpj,
http://www.playvid.com/watch/er2Ia7y62HJ, http://www.playvid.com/watch/YPZnsw0PQb3, http://www.playvid.com/watch/R8RGSemBSHx,
http://www.playvid.com/watch/35SCjAPWwoE, http://www.playvid.com/watch/YO83iPTNWWu, http://www.playvid.com/watch/XVQGolG8TYl,
http://www.playvid.com/watch/D9VheFOH48e, http://www.playvid.com/watch/5k0MTdNwHHA, http://www.playvid.com/watch/KcQbkZCt2zm,
http://www.playvid.com/watch/JSBBLWmjiLV, http://www.playvid.com/watch/Ho-as-7o2db, http://www.playvid.com/watch/GJZN7cKfqH0,
http://www.playvid.com/watch/vnO3dn5XrK5, http://www.playvid.com/watch/SSuWXOMNUc3, http://www.playvid.com/watch/WXUP5OpuaeB,
http://www.playvid.com/watch/eyP5DG5AuZ8, http://www.playvid.com/watch/BOJy89IvpZm, http://www.playvid.com/watch/C3tB2hJQV95,
http://www.playvid.com/watch/TqjkB3r2KqF, http://www.playvid.com/watch/ggQjRlQHvFZ, http://www.playvid.com/watch/ixmviDg-YYq,
http://www.playvid.com/watch/XqTgXVoNOeI, http://www.playvid.com/watch/gJnFnOqkCxr, http://www.playvid.com/watch/6afuwvxvZ-C,
http://www.playvid.com/watch/EiJ-jsjgQno, http://www.playvid.com/watch/rHEzi8ETogd, http://www.playvid.com/watch/pjxdcXY4a0p,
http://www.playvid.com/watch/6VRoJwgLqQ3, http://www.playvid.com/watch/ex-sOfmYd3w, http://www.playvid.com/watch/20k5uQf7NAr,
http://www.playvid.com/watch/ajtNfYLd07c, http://www.playvid.com/watch/yYrk2BX0De3, http://www.playvid.com/watch/qn7AxixTonG,
http://www.playvid.com/watch/3JVUeelrJsl, http://www.playvid.com/watch/YT9YgYR-Vru, http://www.playvid.com/watch/qlgCNpVoAs7,
http://www.playvid.com/watch/w8zRGwcLALL, http://www.playvid.com/watch/xYLMbcKqOXO, http://www.playvid.com/watch/qLpfGqZXyi7,
http://www.playvid.com/watch/3URD6c9-vah, http://www.playvid.com/watch/qyAjCiRmwS7, http://www.playvid.com/watch/WtGw8NW2Zh5,
http://www.playvid.com/watch/FSJfNDMjELV, http://www.playvid.com/watch/2SQzBkHZqWK, http://www.playvid.com/watch/YeeI6KfJrKn,
http://www.playvid.com/watch/jOodU5VO8me, http://www.playvid.com/watch/raDAewLpyDQ, http://www.playvid.com/watch/BNcaQGfBaUq,
http://www.playvid.com/watch/qp5HvxQJD04, http://www.playvid.com/watch/MqvBdRgyoGT, http://www.playvid.com/watch/n2ynjUgeOCY,
http://www.playvid.com/watch/d4DnCOEchyC, http://www.playvid.com/watch/ZfvaoBMHWcZ, http://www.playvid.com/watch/vJqJ6Bdrzxn,
http://www.playvid.com/watch/feTKymElxFB, http://www.playvid.com/watch/05VQp3D4lKg, http://www.playvid.com/watch/ploxWcIGle5,
http://www.playvid.com/watch/EOuNIYOcJvU, http://www.playvid.com/watch/JWHKWCjgFkl, http://www.playvid.com/watch/34Y8naPSAUV,
http://www.playvid.com/watch/SxDVqhfyKpk, http://www.playvid.com/watch/wd96kJeur95, http://www.playvid.com/watch/N4qj8hESZaw,
http://www.playvid.com/watch/f2rstLspZGe, http://www.playvid.com/watch/fNK3hLz3q8x, http://www.playvid.com/watch/JhnitAU0i3y,
http://www.playvid.com/watch/Ohm2XYDAlUr, http://www.playvid.com/watch/BsSWomOzXqy, http://www.playvid.com/watch/xp6TxOf0xvC,
http://www.playvid.com/watch/Zop7fD8w6iE, http://www.playvid.com/watch/ZQVuCGF5PCl, http://www.playvid.com/watch/icXUXaKMmhF,
http://www.playvid.com/watch/JrCMfIGGhQt, http://www.playvid.com/watch/LrHsk0ht-ft, http://www.playvid.com/watch/qtGwuaRupJd,
http://www.playvid.com/watch/gg3Ap9eWmvy, http://www.playvid.com/watch/DoJY8VpvRoM, http://www.playvid.com/watch/PzmrxQDOhFc,
http://www.playvid.com/watch/iwQxIk6fe38, http://www.playvid.com/watch/InXDBgmV89i, http://www.playvid.com/watch/fnc35q6AMUY,
http://www.playvid.com/watch/XUSq39ShNIO, http://www.playvid.com/watch/CsAhyp87yvU, http://www.playvid.com/watch/rhfJgwi6P6L,
http://www.playvid.com/watch/IEg26Z6zhEX, http://www.playvid.com/watch/OweQxavAcoH, http://www.playvid.com/watch/XMzwprRgugH,
http://www.playvid.com/watch/cqhkaTMvz0y, http://www.playvid.com/watch/7ZKAqbtkYCz, http://www.playvid.com/watch/LD4YLFgXB3O,
http://www.playvid.com/watch/ZZETUHsZXAr, http://www.playvid.com/watch/Cl7IVz0GWPk, http://www.playvid.com/watch/4on65EZXRtt,
http://www.playvid.com/watch/5Ih5xoxiTkV, http://www.playvid.com/watch/ntQESNrgQmA, http://www.playvid.com/watch/GhKCLiIb5tx,
http://www.playvid.com/watch/i9R0aaI0NN8, http://www.playvid.com/watch/RZCT9C2w7pS, http://www.playvid.com/watch/MyVSTAVXSCJ,
http://www.playvid.com/watch/ECup7H0TBX7, http://www.playvid.com/watch/wPlljs6kqhO, http://www.playvid.com/watch/I7GCstHqOYK,
http://www.playvid.com/watch/bpKQ7SFsdNI, http://www.playvid.com/watch/lgxnfIuQM3j, http://www.playvid.com/watch/Xu5puh3dbD8,
http://www.playvid.com/watch/v8Cc7vwR7OS, http://www.playvid.com/watch/LQEKFHCfg-R, http://www.playvid.com/watch/Lv4bT6mjf7d,
http://www.playvid.com/watch/U0alTKMEsxQ, http://www.playvid.com/watch/IJUBW2QIEvu, http://www.playvid.com/watch/mW8kUgKoONu,
http://www.playvid.com/watch/37HLiObyGZk, http://www.playvid.com/watch/X76YAhIkf8L, http://www.playvid.com/watch/y-SCfdwWn5U,
http://www.playvid.com/watch/gyIbTKpE70B, http://www.playvid.com/watch/ptj7CvOrPva, http://www.playvid.com/watch/mtqdXzyEtid,
http://www.playvid.com/watch/qySg-RJJJ-8, http://www.playvid.com/watch/gOAtCNeHs9n, http://www.playvid.com/watch/tJvhEVKT-o3,
http://www.playvid.com/watch/Y9Bdygp079i, http://www.playvid.com/watch/yL4Y28zAYgn, http://www.playvid.com/watch/noZx4ss2i-N,
http://www.playvid.com/watch/9QiiAdsnJLE, http://www.playvid.com/watch/us2O-XgWJmP, http://www.playvid.com/watch/yTuwJfGxRAM,
http://www.playvid.com/watch/EcZrJaAMKEV, http://www.playvid.com/watch/mV0XQPo9-42, http://www.playvid.com/watch/jcirljoULtj,
http://www.playvid.com/watch/hLlybVsitZT, http://www.playvid.com/watch/jx-2CZHcZqg, http://www.playvid.com/watch/DAacW6ldV-7,
http://www.playvid.com/watch/qK-cEmjKS5e, http://www.playvid.com/watch/BEP7dw4ZPUy, http://www.playvid.com/watch/FIuzrO5aXbH,
http://www.playvid.com/watch/JPeD6Vu95Kn, http://www.playvid.com/watch/C6gLexyfwmO, http://www.playvid.com/watch/MEUllRXqCiH,
http://www.playvid.com/watch/P9Ex7rG5bMm, http://www.playvid.com/watch/9YaZ6RvVd-v, http://www.playvid.com/watch/XfTkLQGvndp,
http://www.playvid.com/watch/t5bURqHxfvS, http://www.playvid.com/watch/KIsyXZxwfRD, http://www.playvid.com/watch/EV3U6t3u2hg,
http://www.playvid.com/watch/wSZ0Ccy2dzT, http://www.playvid.com/watch/fxDwVlxF6Xm, http://www.playvid.com/watch/r4oIokmkPxp,
http://www.playvid.com/watch/YvDlxm6pBds, http://www.playvid.com/watch/f6F2HwT6zJa, http://www.playvid.com/watch/EcDHSGyZSzB,
http://www.playvid.com/watch/ldApm-Fplnm, http://www.playvid.com/watch/goYr6YOa0Uc, http://www.playvid.com/watch/a9u7sfRumU-,
http://www.playvid.com/watch/gZjjNGYvBll, http://www.playvid.com/watch/InygqZ6Y7cR, http://www.playvid.com/watch/tXGeav-O0aF,
http://www.playvid.com/watch/Mt7iBLbN4fw, http://www.playvid.com/watch/9tNESANeC5r, http://www.playvid.com/watch/bjdOCJrPCh6,
http://www.playvid.com/watch/4tflb2bfdo6, http://www.playvid.com/watch/srhJpMVYxLw, http://www.playvid.com/watch/yr98XiP5aan,
http://www.playvid.com/watch/eQ8qY5cyVyj, http://www.playvid.com/watch/l3Ww60l7D6f, http://www.playvid.com/watch/G0WWQw4EchA,
http://www.playvid.com/watch/r6HzYzo2IF0, http://www.playvid.com/watch/-Kby8RlhrNg, http://www.playvid.com/watch/aczPnoUYqnw,
http://www.playvid.com/watch/WbOJfoEJP4x, http://www.playvid.com/watch/ZIKxnJGgyYF, http://www.playvid.com/watch/rwBGkZREGmd,
http://www.playvid.com/watch/YmQyfg8S68Q, http://www.playvid.com/watch/oPZWPo88tjb, http://www.playvid.com/watch/m55f2YVT205,
http://www.playvid.com/watch/FQbvhEtbxfd, http://www.playvid.com/watch/VnKwEA-RbVa, http://www.playvid.com/watch/6V2swGntmL9,
http://www.playvid.com/watch/ZTKNKxmpyWe, http://www.playvid.com/watch/9hTqrtRBap-, http://www.playvid.com/watch/bJphQofFZlB,
http://www.playvid.com/watch/S-XEZxFVC6v, http://www.playvid.com/watch/lEGSlOqDoHj, http://www.playvid.com/watch/eEGdrkTI5OP,
http://www.playvid.com/watch/SLZ8DZoNJge, http://www.playvid.com/watch/5hr3Lc6wgXm, http://www.playvid.com/watch/5A6EljgZBYj,
http://www.playvid.com/watch/nIsH98Uvozk, http://www.playvid.com/watch/YfKoIiRxCfq, http://www.playvid.com/watch/rcHolBwQzxw,
http://www.playvid.com/watch/5v0KnnSmVxM, http://www.playvid.com/watch/sLODzXSdRbv, http://www.playvid.com/watch/bo4lsUwKluR,
http://www.playvid.com/watch/I9yzahPzjUs, http://www.playvid.com/watch/vo7eZSf54tD, http://www.playvid.com/watch/3-W0YH-QQqS,
http://www.playvid.com/watch/hYSEa2Aqdyh, http://www.playvid.com/watch/ioT3OxZBNju, http://www.playvid.com/watch/3JdxVeifBvx,
http://www.playvid.com/watch/NPDKyb5ctcv, http://www.playvid.com/watch/-pldgx98cFZ, http://www.playvid.com/watch/UFAnCISh4GG,
http://www.playvid.com/watch/EyinuAJpOF4, http://www.playvid.com/watch/jPvh2pEsOOQ, http://www.playvid.com/watch/flgW5-guN0a,
http://www.playvid.com/watch/MpcyY22pGj6, http://www.playvid.com/watch/ztusaYWZKyA, http://www.playvid.com/watch/9C2hJyX2Tic,
http://www.playvid.com/watch/acwukAeOkcp, http://www.playvid.com/watch/XUMtMU9rzEV, http://www.playvid.com/watch/wkaGOhAWJ7F,
http://www.playvid.com/watch/2ya4KlWeg6Y, http://www.playvid.com/watch/T9KJOXzuOtC, http://www.playvid.com/watch/aoSRwXNNc0G,
http://www.playvid.com/watch/wcckdxP3-OM, http://www.playvid.com/watch/yV-0FUrXoA2, http://www.playvid.com/watch/Tod-kjle8pM,
http://www.playvid.com/watch/pRH7V7LyOKM, http://www.playvid.com/watch/iPKz0okPU7x, http://www.playvid.com/watch/230PSw7jJTs,
http://www.playvid.com/watch/ggHCIPi3Bnb, http://www.playvid.com/watch/fPiAcesjC4w, http://www.playvid.com/watch/uqeuD8LbL3d,
http://www.playvid.com/watch/cZsjbo2Xg9t, http://www.playvid.com/watch/ffX4xE9SmGq, http://www.playvid.com/watch/fqnyxmZC2dF,
http://www.playvid.com/watch/5ObLVkPZjYF, http://www.playvid.com/watch/d-udoXdNGLH, http://www.playvid.com/watch/lISITM4LbPx,
http://www.playvid.com/watch/EmcmO96Kh98, http://www.playvid.com/watch/MkaE4tB62Dp, http://www.playvid.com/watch/YQc9LzPxwFk,
http://www.playvid.com/watch/apuuYDAPgay, http://www.playvid.com/watch/AGVzm5TK8dI, http://www.playvid.com/watch/fiZgs3F4VQo,
http://www.playvid.com/watch/DEHj2BRcnGV, http://www.playvid.com/watch/7fm7JEhPNmR, http://www.playvid.com/watch/9WqkmKcUyr8,
http://www.playvid.com/watch/KXao59pxjp2, http://www.playvid.com/watch/CxhAL6onV6t, http://www.playvid.com/watch/smoG3lwQDeo,
http://www.playvid.com/watch/Ivy0tPWsiAL, http://www.playvid.com/watch/CnxLvyLNjf6, http://www.playvid.com/watch/en-zEzSstzJ,
http://www.playvid.com/watch/yM79zpAMrqE, http://www.playvid.com/watch/HbGB58aDXi7, http://www.playvid.com/watch/Fzw3CJYpyVv,
http://www.playvid.com/watch/AH6748cKfuv, http://www.playvid.com/watch/hO8fY-GeZ9-, http://www.playvid.com/watch/GNYUpqmLPnM,
http://www.playvid.com/watch/HHYlAhBbTF2, http://www.playvid.com/watch/swelwAVqSSD, http://www.playvid.com/watch/5kUuKk9AhFx,

http://www.playvid.com/watch/oBf7eGjvgRN, http://www.playvid.com/watch/9pXlnELIj0k, http://www.playvid.com/watch/OTpoLEwGj4-,
http://www.playvid.com/watch/ZOwypt49GwJ, http://www.playvid.com/watch/GVkbPIeDzzZ, http://www.playvid.com/watch/MtWjlp2vMwN,
http://www.playvid.com/watch/xJ-bp2M7Ma8, http://www.playvid.com/watch/qiGqr7NudgK, http://www.playvid.com/watch/f3k9OuYMx4x,
http://www.playvid.com/watch/Ri95CoKYQX2, http://www.playvid.com/watch/rUpE8qIIkoN, http://www.playvid.com/watch/UJrZiYBTO9Q,
http://www.playvid.com/watch/DGTryWRxjFy, http://www.playvid.com/watch/CtnOWDP32vv, http://www.playvid.com/watch/MXTctjHbE4P,
http://www.playvid.com/watch/67eVipCWiGE, http://www.playvid.com/watch/3pPFcXypImC, http://www.playvid.com/watch/74-IyBGuu4L,
http://www.playvid.com/watch/iSvdZzynZuR, http://www.playvid.com/watch/BoU75umLmfz, http://www.playvid.com/watch/ZzAGxNnMlYW,
http://www.playvid.com/watch/0Ergs2bui-v, http://www.playvid.com/watch/ARGPfJODp23, http://www.playvid.com/watch/hAG-ebOJj23,
http://www.playvid.com/watch/vCiH5RPnwVl, http://www.playvid.com/watch/7KiFmEsFSqd, http://www.playvid.com/watch/E25OJLA3PYg,
http://www.playvid.com/watch/a-845MBpdvm, http://www.playvid.com/watch/AQGrBH2q5C-, http://www.playvid.com/watch/GQSrfDLFXGh,
http://www.playvid.com/watch/5LLZyCbYyW5, http://www.playvid.com/watch/8mmMjlQap5j, http://www.playvid.com/watch/l64YWaVOafW,
http://www.playvid.com/watch/uClzWGX56uQ, http://www.playvid.com/watch/OpS2dGTFRua, http://www.playvid.com/watch/YoCCevrpFIa,
http://www.playvid.com/watch/eJ0iXsdOCEE, http://www.playvid.com/watch/F3rCupmb4pN, http://www.playvid.com/watch/2aRlmOKYcgW,
http://www.playvid.com/watch/CtTdfDkesLB, http://www.playvid.com/watch/FVhNOjPTMBR, http://www.playvid.com/watch/KyAqEhT9tQR,
http://www.playvid.com/watch/cHrhkuxam9k, http://www.playvid.com/watch/tHR6Wx23lNe, http://www.playvid.com/watch/zi-6b9CYNNZ,
http://www.playvid.com/watch/C9cE9fkP9zl, http://www.playvid.com/watch/2GHnpRnFHcD, http://www.playvid.com/watch/M0LggHGmqVs,
http://www.playvid.com/watch/xcjg5N0F7s7, http://www.playvid.com/watch/BKzObLWbJd9, http://www.playvid.com/watch/cWm2M5l29vV,
http://www.playvid.com/watch/9GVKo6Hkt29, http://www.playvid.com/watch/xYhqHpJCKnN, http://www.playvid.com/watch/qM5AKGpY7sE,
http://www.playvid.com/watch/CjvsnEYD7nh, http://www.playvid.com/watch/oX4yrfUuNYA, http://www.playvid.com/watch/ZZJQlufLokb,
http://www.playvid.com/watch/2R3bdKkRUFY, http://www.playvid.com/watch/Y6SjrnLz03S, http://www.playvid.com/watch/YdloA7rtODl,
http://www.playvid.com/watch/4b9H0uamB3P, http://www.playvid.com/watch/BtuVt62WjSJ, http://www.playvid.com/watch/GfUiW4aPU4B,
http://www.playvid.com/watch/pF-PLOCgCzY, http://www.playvid.com/watch/UNFyJ6SS2mC, http://www.playvid.com/watch/sPWRE7306ul,
http://www.playvid.com/watch/4xYUOZkjl4O, http://www.playvid.com/watch/RdoQN9ri542, http://www.playvid.com/watch/zO7BdptGSiM,
http://www.playvid.com/watch/Jnx74S2trVR, http://www.playvid.com/watch/pejt9THcuPk, http://www.playvid.com/watch/G9JZFlmKuwe,
http://www.playvid.com/watch/yTkw6t2kDJk, http://www.playvid.com/watch/Tq0Xpvy0HjE, http://www.playvid.com/watch/2FraejHklN6,
http://www.playvid.com/watch/Xh2VDxido8O, http://www.playvid.com/watch/ILtsNcsWZiY, http://www.playvid.com/watch/paQREgMBTap,
http://www.playvid.com/watch/gNB0ypYeOXH, http://www.playvid.com/watch/U-e2NP9bCPc, http://www.playvid.com/watch/DBXhFPeqbTY,
http://www.playvid.com/watch/frAUPhOLwTy, http://www.playvid.com/watch/2-thVDH3ugB, http://www.playvid.com/watch/YkzoaYncdd6,
http://www.playvid.com/watch/fUPDhJRd2IW, http://www.playvid.com/watch/tmrGEj3zarx, http://www.playvid.com/watch/03INoqOlSB4,
http://www.playvid.com/watch/nqKsG7AQxYQ, http://www.playvid.com/watch/5AfZ09mFM7h, http://www.playvid.com/watch/5vbAKOcJ-yI,
http://www.playvid.com/watch/GqN43QFPUbd, http://www.playvid.com/watch/FemrEuGSCcZ, http://www.playvid.com/watch/4UPStND2NH6,
http://www.playvid.com/watch/76G6XzIM4TL, http://www.playvid.com/watch/2BfZ2e7vNG9, http://www.playvid.com/watch/Ncsqc7MQBxU,
http://www.playvid.com/watch/MHrcg4XC4xF, http://www.playvid.com/watch/8LkL-LzYQ8Z, http://www.playvid.com/watch/iSxqibkmTwp,
http://www.playvid.com/watch/GDNSzAsx2Og, http://www.playvid.com/watch/JV7azQMALlu, http://www.playvid.com/watch/jfi0whsaLIe,
http://www.playvid.com/watch/BdEtLQGaaIN, http://www.playvid.com/watch/FfVUtCJDOlR, http://www.playvid.com/watch/-LrLeymN2r-,
http://www.playvid.com/watch/lgdSo8ptWGj, http://www.playvid.com/watch/bY0FGBGzeLE, http://www.playvid.com/watch/qlu98DOCMQi,
http://www.playvid.com/watch/FUPwNYa7VVk, http://www.playvid.com/watch/4Qe8gUC45Jk, http://www.playvid.com/watch/AnH59e36myg,
http://www.playvid.com/watch/q0Vi3SWLkhr, http://www.playvid.com/watch/mlgzcknlWC3, http://www.playvid.com/watch/zqgWvwvrD9n,
http://www.playvid.com/watch/pIlQU8kGN-3, http://www.playvid.com/watch/FaWDBKfV-Ld, http://www.playvid.com/watch/9sjczozBqXb,
http://www.playvid.com/watch/JMcWpFzgNpQ, http://www.playvid.com/watch/vHlcTMrs2IR, http://www.playvid.com/watch/l2BerY9Ghbb,
http://www.playvid.com/watch/mRtL5CcXME3, http://www.playvid.com/watch/QtZrP84Yaw7, http://www.playvid.com/watch/rY9dCachvC2,
http://www.playvid.com/watch/3ZZcy7oIX5F, http://www.playvid.com/watch/dmThkVlc-zi, http://www.playvid.com/watch/uOaF5Cr7xoz,
http://www.playvid.com/watch/I05tv0ywHM4, http://www.playvid.com/watch/Abqhpmwg5AV, http://www.playvid.com/watch/od--ErGi5ta,
http://www.playvid.com/watch/Kxh8mSWTXtD, http://www.playvid.com/watch/5wGI9AKHYPw, http://www.playvid.com/watch/z6ItcdNORw7,
http://www.playvid.com/watch/Ny275dyScdA, http://www.playvid.com/watch/GJOWX2zzhxr, http://www.playvid.com/watch/XmNxdByrRpB,
http://www.playvid.com/watch/kqd5EiuwTOG, http://www.playvid.com/watch/HfZaKkCaiit, http://www.playvid.com/watch/PKhaMI5DiKF,
http://www.playvid.com/watch/AYLuU3rInMv, http://www.playvid.com/watch/47F3vuD-yGi, http://www.playvid.com/watch/fiDRyMzdxU9,
http://www.playvid.com/watch/JAdrsqg5ymr, http://www.playvid.com/watch/rI-O5COSuDg, http://www.playvid.com/watch/p-jskkDnHXL,
http://www.playvid.com/watch/Xmvv3mPxbGi, http://www.playvid.com/watch/rsOqIPpXEpT, http://www.playvid.com/watch/6BdqZoeIcfu,
http://www.playvid.com/watch/QNQEDOIufdK, http://www.playvid.com/watch/JuyFj0vprOE, http://www.playvid.com/watch/k5jGkjuDohx,
http://www.playvid.com/watch/VZkazbp2F8-, http://www.playvid.com/watch/nCSxeqEcciu, http://www.playvid.com/watch/anp59rxpMyO,
http://www.playvid.com/watch/lztIeO3waWr, http://www.playvid.com/watch/Wi0OgKei4cI, http://www.playvid.com/watch/tMgumgyihVP,
http://www.playvid.com/watch/bla8CUaP50m, http://www.playvid.com/watch/SSa3jdYmOcc, http://www.playvid.com/watch/AUTtXkjhZmV,
http://www.playvid.com/watch/HZBWn9punkj, http://www.playvid.com/watch/d9yKRyEiCM4, http://www.playvid.com/watch/FoR3FC8Ku4Y,
http://www.playvid.com/watch/RfpRhmdcml5, http://www.playvid.com/watch/q5xv4Repjiu, http://www.playvid.com/watch/fjV3W9x5-P3,
http://www.playvid.com/watch/IjEM03XGiHc, http://www.playvid.com/watch/qHLqUiMwGgT, http://www.playvid.com/watch/2NwcpB947Vg,
http://www.playvid.com/watch/jtURpJZ9mBP, http://www.playvid.com/watch/VKOwJLt64Wc, http://www.playvid.com/watch/iiWV5UiXr0v,
http://www.playvid.com/watch/Ql-SolcEoRS, http://www.playvid.com/watch/PNEtUkuYct7, http://www.playvid.com/watch/oGWPXjafSyN,
http://www.playvid.com/watch/EY9W3ZrHq8w, http://www.playvid.com/watch/QelaYh43tCB, http://www.playvid.com/watch/rv7wPUk66KZ,
http://www.playvid.com/watch/ZxTo3Kd6lCs, http://www.playvid.com/watch/8XMJEf7OLKx, http://www.playvid.com/watch/XQmowLrkY8C,
http://www.playvid.com/watch/sAdPzoGN2Pb, http://www.playvid.com/watch/CzwIKFvOGiI, http://www.playvid.com/watch/OSogcJnBV8J,
http://www.playvid.com/watch/OK7ckh-5QV2, http://www.playvid.com/watch/K2QKOkPorMf, http://www.playvid.com/watch/CDtbwwzaOnk,
http://www.playvid.com/watch/-EcAbJk0CUL, http://www.playvid.com/watch/vOxlKTm8A3T, http://www.playvid.com/watch/PkmVsLK6rjk,
http://www.playvid.com/watch/3LIlsSebMci, http://www.playvid.com/watch/SxvA8fPUIyS, http://www.playvid.com/watch/5SKxURX84Yn,
http://www.playvid.com/watch/YxcdUiziawz, http://www.playvid.com/watch/9sVk-olwfI0, http://www.playvid.com/watch/syCmVsIILMb,
http://www.playvid.com/watch/VVmSfGonVfJ, http://www.playvid.com/watch/huUUhh0Mawe, http://www.playvid.com/watch/fZ7UfP95kPx,
http://www.playvid.com/watch/h5FTV0G5SGn, http://www.playvid.com/watch/JNEliQULTwS, http://www.playvid.com/watch/KzFnrjH32uk,
http://www.playvid.com/watch/rWnkm4WX6-F, http://www.playvid.com/watch/--VwOXSQJE5, http://www.playvid.com/watch/W2Pm2foNZYY,
http://www.playvid.com/watch/bdY9YDtwpJP, http://www.playvid.com/watch/ZpbKfksQE57, http://www.playvid.com/watch/u6L9TNT3YcZ,
http://www.playvid.com/watch/ztPy4RNv2TR, http://www.playvid.com/watch/zLQBWbwRW6-, http://www.playvid.com/watch/htsfALe4nMk,
http://www.playvid.com/watch/LZX5OIKwqdm, http://www.playvid.com/watch/xTwgDolYAVR, http://www.playvid.com/watch/tMWZp60nFWf,
http://www.playvid.com/watch/pnpzdYXqUzK, http://www.playvid.com/watch/VR6hgGtUVHL, http://www.playvid.com/watch/q4zhfwQ-hFQ,
http://www.playvid.com/watch/c863d2-xqQv, http://www.playvid.com/watch/2B9RhzYXXkG, http://www.playvid.com/watch/LBE5Q3F7wpa,
http://www.playvid.com/watch/V5vZSlGEaJq, http://www.playvid.com/watch/RRfHDb9iRAi, http://www.playvid.com/watch/7qkPgmjDNPk,
http://www.playvid.com/watch/F3CLEIrAueC, http://www.playvid.com/watch/0UhqXcSlPkS, http://www.playvid.com/watch/F-XMZQY7IZL,
http://www.playvid.com/watch/kGirC5Y0JoC, http://www.playvid.com/watch/D2pS9UPJPkT, http://www.playvid.com/watch/VT0WpuTTrsv,
http://www.playvid.com/watch/RyfmPoJhft3, http://www.playvid.com/watch/pmlltIB28G2, http://www.playvid.com/watch/QwRIXLlzN0L,
http://www.playvid.com/watch/wwW5VW8Vmve, http://www.playvid.com/watch/4DZhaRwh3vb, http://www.playvid.com/watch/qLkzmkb88GS,
http://www.playvid.com/watch/XjmP-ydaBq6, http://www.playvid.com/watch/u0Aj8kOZgC4, http://www.playvid.com/watch/KwNliN-gY20,
http://www.playvid.com/watch/A639PRXIZbF, http://www.playvid.com/watch/AmyXu-zCHRt, http://www.playvid.com/watch/Diq6TLZwqPB,
http://www.playvid.com/watch/mZYwSEQxSdy, http://www.playvid.com/watch/YSOSCTBQuTu, http://www.playvid.com/watch/Jqp7w8mWFD7,
http://www.playvid.com/watch/ycQ3ka23IPy, http://www.playvid.com/watch/SjqSpmw0hv8, http://www.playvid.com/watch/6kR65bFLd3X,
http://www.playvid.com/watch/EPmTblz5TbI, http://www.playvid.com/watch/2uvhwYVAEce, http://www.playvid.com/watch/6RyzySMMkiE,
http://www.playvid.com/watch/KHcqA6xbjO4, http://www.playvid.com/watch/dzEgtPWVUOE, http://www.playvid.com/watch/Pjd0w4DSueu,
http://www.playvid.com/watch/FnOP89GD9HZ, http://www.playvid.com/watch/Avslv68uGCt, http://www.playvid.com/watch/EjWQNyOv83G,
http://www.playvid.com/watch/Lz7x5oXON7q, http://www.playvid.com/watch/UVqKkpsICty, http://www.playvid.com/watch/dJNZiumzR7V,
http://www.playvid.com/watch/JhSbIRHwyo0, http://www.playvid.com/watch/-sZCUYq8463, http://www.playvid.com/watch/QH9cGOb0LJa,
http://www.playvid.com/watch/OxD5Uoi4K2U, http://www.playvid.com/watch/-VQy-xQgnra, http://www.playvid.com/watch/e-WqjKkDVOh,
http://www.playvid.com/watch/EcApnoFnIr9, http://www.playvid.com/watch/u9MBcZtspSu, http://www.playvid.com/watch/KijuwXYCxRI,
http://www.playvid.com/watch/q8t54DWW4af, http://www.playvid.com/watch/DIaSpCTV4Xq, http://www.playvid.com/watch/2t-6kwLoP3A,
http://www.playvid.com/watch/TVXPVEpJlju, http://www.playvid.com/watch/FAFGdoxbqOG, http://www.playvid.com/watch/4rJiwHUoBtZ,
http://www.playvid.com/watch/m4DolNBDWbo, http://www.playvid.com/watch/YrxQ4jXoJTU, http://www.playvid.com/watch/aIG-OrrV0Jf,
http://www.playvid.com/watch/UuZTKmTwdXL, http://www.playvid.com/watch/TLU0czu2Ig-, http://www.playvid.com/watch/tlOTVw4ofBe,
http://www.playvid.com/watch/4Qpq6fBRUsS, http://www.playvid.com/watch/lHXPBBm2wDO, http://www.playvid.com/watch/qxbthnvJKaB,
http://www.playvid.com/watch/-r6PJkFd9j9, http://www.playvid.com/watch/CDhRm0p4P0N, http://www.playvid.com/watch/kopIG9Yknso,
http://www.playvid.com/watch/nRGD75EUb3M, http://www.playvid.com/watch/kGRSKQCTOsz, http://www.playvid.com/watch/28WIlhChR8k,

http://www.playvid.com/watch/fLSk-OwG6gq, http://www.playvid.com/watch/iMz5HKTKNAU, http://www.playvid.com/watch/kEvzx7UMsz7,
http://www.playvid.com/watch/P2Hr5ByFlOO, http://www.playvid.com/watch/Eu0Se94-J3V
5.f. Date of third notice: 2013-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goodieboo
5.b. Uploader's email address: goodieboogoodieboo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/goodieboo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fsqreqX3dl4, http://www.playvid.com/watch/mAtnah4Vw8m,
http://www.playvid.com/watch/dh9jlukp4QU, http://www.playvid.com/watch/lSAlDRg5keU, http://www.playvid.com/watch/d3fWVYYfif9,
http://www.playvid.com/watch/DyCi10z2UmP, http://www.playvid.com/watch/J9bixd7RIxS, http://www.playvid.com/watch/p2YOf5DYJFX,
http://www.playvid.com/watch/ElHxoKtrkRk, http://www.playvid.com/watch/WnvsGAMN1DI, http://www.playvid.com/watch/NsDhc1X-VtN,
http://www.playvid.com/watch/XEgXmNm3ET6, http://www.playvid.com/watch/yPEpyHfE_ol, http://www.playvid.com/watch/ET36nkar2AD
5.f. Date of third notice: 2014-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: good_day
5.b. Uploader's email address: thomasmaul@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/good_day
5.e. List of videos posted by uploader: http://www.playvid.com/watch/O225ogNfRDH, http://www.playvid.com/watch/f2ZSI0DKgOE,
http://www.playvid.com/watch/R95cTRhkyWb, http://www.playvid.com/watch/SNFjV4QEn2L, http://www.playvid.com/watch/mpB9KkRVP9j,
http://www.playvid.com/watch/hLGI8WvMv1v, http://www.playvid.com/watch/qq5P2DU2Xxr, http://www.playvid.com/watch/htdvqj0UqyJ,
http://www.playvid.com/watch/OHm9orgfOXf, http://www.playvid.com/watch/dRtSEz_J1sD, http://www.playvid.com/watch/P-64Ffx3mbt,
http://www.playvid.com/watch/q-ig3_V8MAZ, http://www.playvid.com/watch/5fDnJuZORor, http://www.playvid.com/watch/uWxjxRU_CJK,
http://www.playvid.com/watch/Oz4J-sTXRk8, http://www.playvid.com/watch/Mj2O3cMiza3, http://www.playvid.com/watch/x-AT-vz2ICu,
http://www.playvid.com/watch/JFmizTZWyII, http://www.playvid.com/watch/ePpOnlthEK2, http://www.playvid.com/watch/HzzH6v45TIj,
http://www.playvid.com/watch/5fvnOeI2oah, http://www.playvid.com/watch/jP9wq6hQb9T, http://www.playvid.com/watch/HUDu0ImAKZt,
http://www.playvid.com/watch/L9sVDAcZwCd, http://www.playvid.com/watch/E7MJW5jNJ5G, http://www.playvid.com/watch/FKIeRBmSHIb,
http://www.playvid.com/watch/uDU759KhoNO, http://www.playvid.com/watch/Ow9q9ucDWII, http://www.playvid.com/watch/0HuuS2a8fF4,
http://www.playvid.com/watch/WoGeNmS1i8Z, http://www.playvid.com/watch/nYJgvbyVYCX, http://www.playvid.com/watch/MdjXfWs8bgA,
http://www.playvid.com/watch/5U_fBaEe8qc, http://www.playvid.com/watch/T1--X9_mFzg, http://www.playvid.com/watch/U7o7UPUacEK,
http://www.playvid.com/watch/F0gxBWpAXLw, http://www.playvid.com/watch/bybNmijA0VW, http://www.playvid.com/watch/4zyhOxORFgz,
http://www.playvid.com/watch/vIwoNvN_DQf, http://www.playvid.com/watch/CzHvss6oKHS, http://www.playvid.com/watch/dSA9C1mWabP,
http://www.playvid.com/watch/fdcvlTubsD8, http://www.playvid.com/watch/PmIvXLhcNvb, http://www.playvid.com/watch/NjKh1BjE_25,
http://www.playvid.com/watch/DlBg1oQulSa, http://www.playvid.com/watch/e_Cy13tFKDl, http://www.playvid.com/watch/QuLX8-N5V1f,
http://www.playvid.com/watch/OgDzC7QXScC, http://www.playvid.com/watch/XqWXn0S31Ay, http://www.playvid.com/watch/AjhfIfX9zfG,
http://www.playvid.com/watch/u1TNjmERMGG, http://www.playvid.com/watch/bVye3cn1aPO, http://www.playvid.com/watch/JQ67JZ0eHnA,
http://www.playvid.com/watch/TYhx3C9I05G, http://www.playvid.com/watch/9_gBxXtPcpc, http://www.playvid.com/watch/PUZkcMZHjNr,
http://www.playvid.com/watch/amaPs36M-lT, http://www.playvid.com/watch/lGf3ZY7VRbj, http://www.playvid.com/watch/MK3mHVSrl_k,
http://www.playvid.com/watch/MNdS53pJbWq, http://www.playvid.com/watch/5pJq34hojdL, http://www.playvid.com/watch/IvukdCt7oli,
http://www.playvid.com/watch/tph1vaul6u4, http://www.playvid.com/watch/9BnpV5sfYJ9, http://www.playvid.com/watch/kQqgOP7AriH,
http://www.playvid.com/watch/tEbMkg_NJMx, http://www.playvid.com/watch/y8nqVMDdMyB, http://www.playvid.com/watch/AYB-2h1u7U9,
http://www.playvid.com/watch/ooSTKXCfGWt, http://www.playvid.com/watch/czYEvCpbFTl, http://www.playvid.com/watch/mPvL3cUxTAH,
http://www.playvid.com/watch/qMUzU1mmCZS, http://www.playvid.com/watch/nOmrFVVj_6L, http://www.playvid.com/watch/3FnBug9ytw3,
http://www.playvid.com/watch/CyVBb9Hl0AT, http://www.playvid.com/watch/MLB-DU-lnX4, http://www.playvid.com/watch/G7hY6S0_X8o,
http://www.playvid.com/watch/w4uPHe4jm-u, http://www.playvid.com/watch/h1pjT3sLBT8, http://www.playvid.com/watch/jqanH5h-1fD,
http://www.playvid.com/watch/odeYe0dwp42, http://www.playvid.com/watch/Q8EwDq-lJT9, http://www.playvid.com/watch/n7enJaiw_qu,
http://www.playvid.com/watch/mXireSBMPZ5, http://www.playvid.com/watch/v_CXNiqWHkg, http://www.playvid.com/watch/Mu9jNDMIf0v,
http://www.playvid.com/watch/AeIwAVjGZyU, http://www.playvid.com/watch/Nhp5Uuz7dHS, http://www.playvid.com/watch/IbfJK7Ur0-B,
http://www.playvid.com/watch/HO8a9Cjzlx9, http://www.playvid.com/watch/VoJ-QmXeb4I, http://www.playvid.com/watch/efY1APSA-B2,
http://www.playvid.com/watch/rKnfC1ziIvV, http://www.playvid.com/watch/yeXtgGFSZIY, http://www.playvid.com/watch/Iuc4Q4ATbAs,
http://www.playvid.com/watch/HF3UnS0QkgS, http://www.playvid.com/watch/6jOgczaIQqU, http://www.playvid.com/watch/pKRmITYOItV,
http://www.playvid.com/watch/sJiDnNWExat, http://www.playvid.com/watch/r3azfkCSNZg, http://www.playvid.com/watch/mcomWN_mgTO,
http://www.playvid.com/watch/3AjyGf8NtMH, http://www.playvid.com/watch/nXRoo1YjHPv, http://www.playvid.com/watch/rlLe1JibZXN,
http://www.playvid.com/watch/TAWAo3CeBRr, http://www.playvid.com/watch/geIOfTRxkBH, http://www.playvid.com/watch/5mY6Li9toYs,
http://www.playvid.com/watch/6fvop7ySKFB, http://www.playvid.com/watch/pHtmbuO6HkY, http://www.playvid.com/watch/RWq3__nsf2M,
http://www.playvid.com/watch/nx9P6Eeassy, http://www.playvid.com/watch/epzhGsHJjnB, http://www.playvid.com/watch/czpkZ24dLbD,
http://www.playvid.com/watch/8sEWg2kvgyQ, http://www.playvid.com/watch/9fD6wW5FXzz, http://www.playvid.com/watch/yGp7LnH1MEf,
http://www.playvid.com/watch/UaUxYWqziVW, http://www.playvid.com/watch/n16fWQqA7pf, http://www.playvid.com/watch/nXK7C7el683,
http://www.playvid.com/watch/HlXhU2r5HCN, http://www.playvid.com/watch/ozgteT7sP13, http://www.playvid.com/watch/m_0wBbPViVG,
http://www.playvid.com/watch/wj-cqjJeM3b, http://www.playvid.com/watch/HP_pvtT0pJw, http://www.playvid.com/watch/JI9PP5D6pqX,
http://www.playvid.com/watch/amSx02tkIFg, http://www.playvid.com/watch/jCEnFRH5E5g, http://www.playvid.com/watch/vRLOQI69g-z,
http://www.playvid.com/watch/uT00nO4NzS4, http://www.playvid.com/watch/T-P6sJ1f1xw, http://www.playvid.com/watch/g-ctIubT-SU,
http://www.playvid.com/watch/Xux5RqKNGUg, http://www.playvid.com/watch/B5apagB_gmp, http://www.playvid.com/watch/dNYqcIw2aSb,
http://www.playvid.com/watch/O1NjMrmE_XJ, http://www.playvid.com/watch/LhAjKEbEZCt, http://www.playvid.com/watch/wzTM6xur2el,
http://www.playvid.com/watch/uJqzVj1V_Op, http://www.playvid.com/watch/2TFOCJEK47k, http://www.playvid.com/watch/ThvxNX8xonp,
http://www.playvid.com/watch/h4XIveT2LoP, http://www.playvid.com/watch/EJrQt1m5_8S, http://www.playvid.com/watch/FAnQpVHm5Of,
http://www.playvid.com/watch/2rAO-LaDyv6, http://www.playvid.com/watch/vo6a7asGE84, http://www.playvid.com/watch/fXooEs-pxsC,
http://www.playvid.com/watch/C_fLhyZhMRH, http://www.playvid.com/watch/3hBn5KuVbHj, http://www.playvid.com/watch/uqjQSoaJRcy,
http://www.playvid.com/watch/R4HsDoPmkX3, http://www.playvid.com/watch/NKCpHE0lCMg, http://www.playvid.com/watch/uf4d7lrIaPo,
http://www.playvid.com/watch/DYO10fPAQFj, http://www.playvid.com/watch/pufBOa4_zhf, http://www.playvid.com/watch/sGdCVVFaucd,
http://www.playvid.com/watch/oU3jZGFlZfl, http://www.playvid.com/watch/4YrY4dTFAw9, http://www.playvid.com/watch/fMdYpBvgNJX,
http://www.playvid.com/watch/hfZWzLeOfYD, http://www.playvid.com/watch/ObEM4VJLXWD, http://www.playvid.com/watch/mSZfhxGfaIy,
http://www.playvid.com/watch/CEmAFqVuSE4, http://www.playvid.com/watch/bKBUlU2_kha, http://www.playvid.com/watch/QZsavt8QPaa,
http://www.playvid.com/watch/jB3zd69TXSO, http://www.playvid.com/watch/pd9LEbxg7GJ, http://www.playvid.com/watch/vLysRCTVN99,
http://www.playvid.com/watch/dSpGKgfQZpJ, http://www.playvid.com/watch/HqVTw-zx87F, http://www.playvid.com/watch/9L-VtRVnKVI,
http://www.playvid.com/watch/FE6e-m7d0lf, http://www.playvid.com/watch/qfPBM2IGgQc, http://www.playvid.com/watch/DHp5kGED89o,
http://www.playvid.com/watch/SvLFrJKj1Bs, http://www.playvid.com/watch/LEmXDoG7g4k, http://www.playvid.com/watch/CsG2a5y57KT,
http://www.playvid.com/watch/5HoLiQzbMdf, http://www.playvid.com/watch/6eVtwuZhnkA, http://www.playvid.com/watch/YxXeZHFO_rC,
http://www.playvid.com/watch/X1qFMgwKMHe, http://www.playvid.com/watch/fOIl-2B3x5B, http://www.playvid.com/watch/A6PgqRAIO7e,
http://www.playvid.com/watch/0EZeRlcEQnC, http://www.playvid.com/watch/B-GSGfZLVMZ, http://www.playvid.com/watch/Rt4XrDqt1xo,
http://www.playvid.com/watch/himPAfgmNOw, http://www.playvid.com/watch/mDpteJTfpgH, http://www.playvid.com/watch/nL_I5sKP-FK,
http://www.playvid.com/watch/w9sWieNwnqI, http://www.playvid.com/watch/nsVrbKCaehr, http://www.playvid.com/watch/wtDW5-p60pg,
http://www.playvid.com/watch/UqmsiEktK9n, http://www.playvid.com/watch/7aDZCVvzyoL, http://www.playvid.com/watch/XGdRfMFE2Du,
http://www.playvid.com/watch/8KRLlmGL-bg, http://www.playvid.com/watch/UrfkSyXMtUz, http://www.playvid.com/watch/vWe3LEJ89Ks,
http://www.playvid.com/watch/nagMHzQmyNe, http://www.playvid.com/watch/QaoqNnZ0nHa, http://www.playvid.com/watch/wuiCb9eSaWW,
http://www.playvid.com/watch/S5l_JqQ8UIL, http://www.playvid.com/watch/2uSzZWOyZ7O, http://www.playvid.com/watch/pwPx4GGBRY3,
http://www.playvid.com/watch/5DDTf3qt6F2, http://www.playvid.com/watch/KCnfGNEphlR, http://www.playvid.com/watch/pdHuMoz2v83,
http://www.playvid.com/watch/AlNspRqtdLe, http://www.playvid.com/watch/yr7Spva24lz, http://www.playvid.com/watch/qXkbKdUjHyF,
http://www.playvid.com/watch/99o6Kv5Cvbn, http://www.playvid.com/watch/YEOORjedTmu, http://www.playvid.com/watch/3q0vcbyovHP,
http://www.playvid.com/watch/WTSgvCcZIX6, http://www.playvid.com/watch/HD5wEpmS2t2, http://www.playvid.com/watch/cIQTHsUuDVC,
http://www.playvid.com/watch/lL5aYUQqovy, http://www.playvid.com/watch/dP0r_NFsqPL, http://www.playvid.com/watch/8A2PYQjb4Fx,
http://www.playvid.com/watch/BH5aMnUAyJ0, http://www.playvid.com/watch/xSnJoCzNa5d, http://www.playvid.com/watch/AabH4kiq8qj,
http://www.playvid.com/watch/xaIHMfGcvnF, http://www.playvid.com/watch/Nk06F7F4BAm, http://www.playvid.com/watch/RYyGkYu_x7s,
http://www.playvid.com/watch/OoxP8dLok6B, http://www.playvid.com/watch/ouLv2oib7kP, http://www.playvid.com/watch/O_gZo0jV_TC,
http://www.playvid.com/watch/uniz8r7vZy4, http://www.playvid.com/watch/kCDPH6JnQEz, http://www.playvid.com/watch/mJyQfCGib_i,

http://www.playvid.com/watch/s1CFIsYBXkf, http://www.playvid.com/watch/V0ewp21BtU4, http://www.playvid.com/watch/RYCHUMhLyEN,
http://www.playvid.com/watch/ySFMnF47xq6, http://www.playvid.com/watch/CkLEdOkUtZJ, http://www.playvid.com/watch/E8K6YsFRNzQ,
http://www.playvid.com/watch/xlsmIvxgd_U, http://www.playvid.com/watch/ok2ZD1Muv43, http://www.playvid.com/watch/mUd9fmupzZS,
http://www.playvid.com/watch/paR58C-SLla, http://www.playvid.com/watch/t68nEvMHDgj, http://www.playvid.com/watch/8xtZNAfKxRU,
http://www.playvid.com/watch/uUWf-OlUE75, http://www.playvid.com/watch/XiIN5BhA4zz, http://www.playvid.com/watch/P2m7IlzOLev,
http://www.playvid.com/watch/zySr2cE4uJx, http://www.playvid.com/watch/auhlEo1TotR, http://www.playvid.com/watch/IbbqdTbV0b0,
http://www.playvid.com/watch/i9LFdTKosQB, http://www.playvid.com/watch/BOsC8fChvrq, http://www.playvid.com/watch/aPc6-Wssny5,
http://www.playvid.com/watch/MQeqtsEHDj2, http://www.playvid.com/watch/8HQXux5aZWi, http://www.playvid.com/watch/sacQjrKyXwV,
http://www.playvid.com/watch/D-4yaPZl7WD, http://www.playvid.com/watch/RTC4Fg-2lQb, http://www.playvid.com/watch/tzLpvdwF7DR,
http://www.playvid.com/watch/plmD9rIz8o8, http://www.playvid.com/watch/MoNtyougIfn, http://www.playvid.com/watch/Y0BQjT09DVt,
http://www.playvid.com/watch/UkG8RZMt3tu, http://www.playvid.com/watch/7YU8-cKdifR, http://www.playvid.com/watch/c7KROvJrjx8,
http://www.playvid.com/watch/hPEqZ-zoNcr, http://www.playvid.com/watch/cNheNf7VbUN, http://www.playvid.com/watch/4haOGcvF6p7,
http://www.playvid.com/watch/21GP1QohhZ0, http://www.playvid.com/watch/gth_JEvTpsJ, http://www.playvid.com/watch/PNh66v2iyCP,
http://www.playvid.com/watch/lXi-HM_js1o, http://www.playvid.com/watch/mxfnL5b5WXR, http://www.playvid.com/watch/58i8JkfRKyh,
http://www.playvid.com/watch/bCcZl3HwEX4, http://www.playvid.com/watch/cnXZ9YfWGu0, http://www.playvid.com/watch/HACeJNoJMpp,
http://www.playvid.com/watch/wWz2r2-ka4j, http://www.playvid.com/watch/roTSNiJ0_Md, http://www.playvid.com/watch/NVxz3NVz9fp,
http://www.playvid.com/watch/haQyLdj71H7, http://www.playvid.com/watch/fBC61UuxJDw, http://www.playvid.com/watch/9NdmsHSwntv,
http://www.playvid.com/watch/L_FlKjWEx3u, http://www.playvid.com/watch/uH4JkEVYpIq, http://www.playvid.com/watch/4r8pByQ5DPC,
http://www.playvid.com/watch/wgQ3GChHoh6, http://www.playvid.com/watch/IxgqhgM-ZJT, http://www.playvid.com/watch/gH1ISix085T,
http://www.playvid.com/watch/YGFcCKULvix, http://www.playvid.com/watch/iuiB_MRj8-x, http://www.playvid.com/watch/8iUgpH_t34f,
http://www.playvid.com/watch/3a2A-nCMjGW, http://www.playvid.com/watch/LCT9cCskNFp, http://www.playvid.com/watch/8Is2mF61zaK,
http://www.playvid.com/watch/N-duJBC3Uoz, http://www.playvid.com/watch/fteLe5lyY69, http://www.playvid.com/watch/RTNKRCr8mkw,
http://www.playvid.com/watch/anlmb_fNkT7, http://www.playvid.com/watch/EJfvviruwcK, http://www.playvid.com/watch/bnatqF1kUYS,
http://www.playvid.com/watch/ZBMULN7lvAB, http://www.playvid.com/watch/S6hMI3aF8qN, http://www.playvid.com/watch/pDFt3PZOC5D,
http://www.playvid.com/watch/UaQsSbFayLr, http://www.playvid.com/watch/HzllaqEXdGE, http://www.playvid.com/watch/tkziCpNs3VX,
http://www.playvid.com/watch/QtlqZk1YiiO, http://www.playvid.com/watch/EMpsBmHFXVV, http://www.playvid.com/watch/xhuxk52Vrdz,
http://www.playvid.com/watch/ydcxId_VuH5, http://www.playvid.com/watch/ZZsl7Mc4geL, http://www.playvid.com/watch/69iFV6bvGrN,
http://www.playvid.com/watch/RyTMI3RTfDP, http://www.playvid.com/watch/vOy66eSYvMO, http://www.playvid.com/watch/L_xIRTFlzuM,
http://www.playvid.com/watch/NCgB1F3cBhN, http://www.playvid.com/watch/kzSrEu2LwLe, http://www.playvid.com/watch/77o0TKZ_TKt,
http://www.playvid.com/watch/oRHyGp9uzMC, http://www.playvid.com/watch/96P764eNYOM, http://www.playvid.com/watch/UKf3VT2YpET,
http://www.playvid.com/watch/qYSuWLoxjxw, http://www.playvid.com/watch/mJTPNLA170s, http://www.playvid.com/watch/TqSCt52QSJf,
http://www.playvid.com/watch/IFyIPtqKjyv, http://www.playvid.com/watch/e8PFAun7vBN, http://www.playvid.com/watch/j4X2ErpjJAN,
http://www.playvid.com/watch/J0wTysgbBMY, http://www.playvid.com/watch/k4Gd1Tftpgz, http://www.playvid.com/watch/Iw9hH-s1EQG,
http://www.playvid.com/watch/sc-zn7pwRT7, http://www.playvid.com/watch/BG_bMsE9gNE, http://www.playvid.com/watch/X8Z2e3Voi0K,
http://www.playvid.com/watch/IgbuEulE4f4, http://www.playvid.com/watch/hstowckCm4T, http://www.playvid.com/watch/SpSPQX_L6pZ,
http://www.playvid.com/watch/BA6tcd1rsCB, http://www.playvid.com/watch/2RMO-Dx2qMj, http://www.playvid.com/watch/XyBFOhhDtIs,
http://www.playvid.com/watch/HMz3TSfKm_Y, http://www.playvid.com/watch/Y7y4BH0qtqB, http://www.playvid.com/watch/8f5gWSF7MOz,
http://www.playvid.com/watch/kj1KjtZeOhm, http://www.playvid.com/watch/6YPuDgZMwd5, http://www.playvid.com/watch/5dINxSkLfAb,
http://www.playvid.com/watch/uYx8Uq_xNYO, http://www.playvid.com/watch/AM23lAWST9Q, http://www.playvid.com/watch/XhstkZhVW6N,
http://www.playvid.com/watch/9fNEhI-yICv, http://www.playvid.com/watch/LhX_8bIo5Mn, http://www.playvid.com/watch/zVgVfDwz6JV,
http://www.playvid.com/watch/bPdrimGtbqb, http://www.playvid.com/watch/qd0jzOkgPvK, http://www.playvid.com/watch/xYU66CrBTYF,
http://www.playvid.com/watch/pJ5rsMD0D8Q, http://www.playvid.com/watch/Rc8zi9JPGLM, http://www.playvid.com/watch/cIVDdoBhFfX,
http://www.playvid.com/watch/i8M7GPSVQEu, http://www.playvid.com/watch/T5h4xk5heJ9, http://www.playvid.com/watch/88oerm2tMjL,
http://www.playvid.com/watch/SPpKf5Ky--y, http://www.playvid.com/watch/Cp432yOHwfG, http://www.playvid.com/watch/ikaNZBnXnHZ,
http://www.playvid.com/watch/6EJZKLbtMYQ, http://www.playvid.com/watch/7DuavcCwhhB, http://www.playvid.com/watch/NOY9Cfv-m-M,
http://www.playvid.com/watch/nRlE-MGKOcy, http://www.playvid.com/watch/UMEDIQR8Am7, http://www.playvid.com/watch/exGPeP4IL6k,
http://www.playvid.com/watch/rCENats0yzA, http://www.playvid.com/watch/gtto1rOpvUA, http://www.playvid.com/watch/B_fPWygKM7K,
http://www.playvid.com/watch/RpCc45iihDK, http://www.playvid.com/watch/kTNqJ7aNnfb, http://www.playvid.com/watch/YG4jhYihJvI,
http://www.playvid.com/watch/UKuvjx6gFD0, http://www.playvid.com/watch/WacHQ_3y-Rz, http://www.playvid.com/watch/frl7Ib0BhRx,
http://www.playvid.com/watch/xwVj59ZX_VD, http://www.playvid.com/watch/o_-qCxp10QB, http://www.playvid.com/watch/YbJseqMAy5a,
http://www.playvid.com/watch/zVHpEmQn_2r, http://www.playvid.com/watch/99p6x2WYN-f, http://www.playvid.com/watch/aGB3TEjeGdc,
http://www.playvid.com/watch/r8Ey54VDEW2, http://www.playvid.com/watch/Vr0hyD7HkiI, http://www.playvid.com/watch/ZNhD8YXkZwl,
http://www.playvid.com/watch/Q58qwPjGvj5, http://www.playvid.com/watch/GGhHJcKh88U, http://www.playvid.com/watch/xO1PV-bKyS8,
http://www.playvid.com/watch/YjeYddm7EGP, http://www.playvid.com/watch/Byj91m9OzLc, http://www.playvid.com/watch/Mq3K9oeUtUD,
http://www.playvid.com/watch/joN6_CGrQts, http://www.playvid.com/watch/0s52pNxP2Sl, http://www.playvid.com/watch/cQQrZmSRZrA,
http://www.playvid.com/watch/mEPcA2OZZBH, http://www.playvid.com/watch/D-5sueeUDC5, http://www.playvid.com/watch/inGxzY0pvCx,
http://www.playvid.com/watch/b9Qh8KYhPTK, http://www.playvid.com/watch/9Zkyjo5A3Zi, http://www.playvid.com/watch/6ZxJCkixHu7,
http://www.playvid.com/watch/jjMFk52HYhs, http://www.playvid.com/watch/kQ4AbuCPREo, http://www.playvid.com/watch/inYCGYacfsm,
http://www.playvid.com/watch/VRlLHdM46y4, http://www.playvid.com/watch/zjDxmHJJ2Us, http://www.playvid.com/watch/zZCC8owTRte,
http://www.playvid.com/watch/BiD3booOX62, http://www.playvid.com/watch/xwNfH5ckjK8, http://www.playvid.com/watch/XfijUTNRfGF,
http://www.playvid.com/watch/R-vyZM0w3dy, http://www.playvid.com/watch/ClxLtwsfWOT, http://www.playvid.com/watch/QToLuZCuJfz,
http://www.playvid.com/watch/gtrNVML092s, http://www.playvid.com/watch/n1uvDXYJ3RH, http://www.playvid.com/watch/a1-jCqE7usp,
http://www.playvid.com/watch/yxaJNLVqAwN, http://www.playvid.com/watch/OUd0iVF0LTi, http://www.playvid.com/watch/fi0U9fjAIlM,
http://www.playvid.com/watch/3Yr5YUQsesg, http://www.playvid.com/watch/PUPgzw9P1bJ, http://www.playvid.com/watch/o1dvgZJsGTc,
http://www.playvid.com/watch/4c0GEZLtb2G, http://www.playvid.com/watch/iK7S5V86O6m, http://www.playvid.com/watch/LL8GqteRxqg,
http://www.playvid.com/watch/JTmLcU9qteh, http://www.playvid.com/watch/QOOrtm_DsFw, http://www.playvid.com/watch/HWo_cnnt3Nq,
http://www.playvid.com/watch/vS_nQ7lr_vE, http://www.playvid.com/watch/bcRpWw9E9BS, http://www.playvid.com/watch/zqBQtq_Vmi4,
http://www.playvid.com/watch/fvYyvv-2tAK, http://www.playvid.com/watch/DVuFYzX-8bA, http://www.playvid.com/watch/os02vV5tSeO,
http://www.playvid.com/watch/JDN9yhmT_Fq, http://www.playvid.com/watch/RxNCKJ4-jS5, http://www.playvid.com/watch/uw1xjW-NtsU,
http://www.playvid.com/watch/d3B4wMZ1fZi, http://www.playvid.com/watch/27llp5rHj9u, http://www.playvid.com/watch/eOHu60AujdL,
http://www.playvid.com/watch/SRz6GJcsvpr, http://www.playvid.com/watch/rWhPanHf7Mw, http://www.playvid.com/watch/O8FdO5Kx3Sx,
http://www.playvid.com/watch/4LAKVwgoQco, http://www.playvid.com/watch/edXL5qkJ00U, http://www.playvid.com/watch/NCO8UbT0nJU,
http://www.playvid.com/watch/03_9LSaICUa, http://www.playvid.com/watch/W0uHmuwzA6B, http://www.playvid.com/watch/57wAjr4sdHi,
http://www.playvid.com/watch/qKSDjhVFIEP, http://www.playvid.com/watch/Q1zyiE6LOnU, http://www.playvid.com/watch/fan_UcNGG3H,
http://www.playvid.com/watch/pCNg5VP49Zr, http://www.playvid.com/watch/4NDgvmyQ5jo, http://www.playvid.com/watch/6IhqNASLA3K,
http://www.playvid.com/watch/7GTEwjYwkoc, http://www.playvid.com/watch/ecOAbJvuToe, http://www.playvid.com/watch/ZpBi1JXp0VL,
http://www.playvid.com/watch/mcil5AD10RI, http://www.playvid.com/watch/U0WdLGuzYFb, http://www.playvid.com/watch/2X1-8xZ6Cz8,
http://www.playvid.com/watch/ALtE00OgpCr, http://www.playvid.com/watch/2aoSWSi4LXh, http://www.playvid.com/watch/6mM61Xd1geT,
http://www.playvid.com/watch/RRIGtB0w-oK, http://www.playvid.com/watch/3vr2jd04Hih, http://www.playvid.com/watch/SoZI0GRtYDO,
http://www.playvid.com/watch/DCbBl1WAUhA, http://www.playvid.com/watch/NOcTt2B1zQY, http://www.playvid.com/watch/naCS5HpCqQh,
http://www.playvid.com/watch/UgXSeVcy_Or, http://www.playvid.com/watch/O781k6Ip92E, http://www.playvid.com/watch/xRj71kKXKpA,
http://www.playvid.com/watch/RJ1Dnc1DSPG, http://www.playvid.com/watch/nceChv0Ozr5, http://www.playvid.com/watch/ucY1jU7aByM,
http://www.playvid.com/watch/xN4T3lnXBnn, http://www.playvid.com/watch/ZnXNTaqigK3, http://www.playvid.com/watch/tj8P66igPEH,
http://www.playvid.com/watch/FNFEDZIVBES, http://www.playvid.com/watch/WZeKw7q6H2T, http://www.playvid.com/watch/RP_JWwCSxXL,
http://www.playvid.com/watch/Li99kOZjXpg, http://www.playvid.com/watch/vam1RP5YhUy, http://www.playvid.com/watch/hAQBn7aloM8,
http://www.playvid.com/watch/l-8_BJZPGey, http://www.playvid.com/watch/higLZ3HaiVx, http://www.playvid.com/watch/eWsZ3V2IXOx,
http://www.playvid.com/watch/JxsSJ-Qdq0q, http://www.playvid.com/watch/DbnjESpQnDu, http://www.playvid.com/watch/QLN_kwofjUm,
http://www.playvid.com/watch/z7aK_2zlcFL, http://www.playvid.com/watch/3H9PS5On7Cs, http://www.playvid.com/watch/c5F2OZv3CPS,
http://www.playvid.com/watch/nWNvLI7D8Hs, http://www.playvid.com/watch/HxICha734ey, http://www.playvid.com/watch/Mo1FF-gX4my,
http://www.playvid.com/watch/n3PQIZPTpkb, http://www.playvid.com/watch/QFvHfrRgErz, http://www.playvid.com/watch/DeTLiCSxcxC,
http://www.playvid.com/watch/F5G4QQh6dLV, http://www.playvid.com/watch/KDYUm23sFd0, http://www.playvid.com/watch/U8UtixAIVzR,
http://www.playvid.com/watch/OwzbCDMYU89, http://www.playvid.com/watch/6K6Q8tiSuzf, http://www.playvid.com/watch/tjlC8pcYccV,
http://www.playvid.com/watch/yjDmuVQYwh4, http://www.playvid.com/watch/tVsNvw1O9t8, http://www.playvid.com/watch/p9KypnNjCOM,
http://www.playvid.com/watch/NkngWgrQ4_T, http://www.playvid.com/watch/vQuTn0rcbX3, http://www.playvid.com/watch/rr9OPkLmQa7,
http://www.playvid.com/watch/lZe7iKTHvSD, http://www.playvid.com/watch/a2HnYIybixk, http://www.playvid.com/watch/wPWQ5Z7V-vu,
http://www.playvid.com/watch/xdw09hEOoFm, http://www.playvid.com/watch/SuZJMqoVF_f, http://www.playvid.com/watch/GQ0qefyjx_2,

http://www.playvid.com/watch/3zeROGobqXL, http://www.playvid.com/watch/kPcYNni2ssI, http://www.playvid.com/watch/pBlRZ0EzrC0,
http://www.playvid.com/watch/HJMnWeJpPPY, http://www.playvid.com/watch/sdemNCeu1mE, http://www.playvid.com/watch/npU0MXTY-mT,
http://www.playvid.com/watch/3VS0PQQJZW4, http://www.playvid.com/watch/lBIXLfS9ADH, http://www.playvid.com/watch/2wPW0En8Qzp,
http://www.playvid.com/watch/oK5rFdqBCz2, http://www.playvid.com/watch/Ml0_4tva2wC, http://www.playvid.com/watch/SWVMP0aS9NV,
http://www.playvid.com/watch/6Fl9vaZnCs0, http://www.playvid.com/watch/ms2LqVWwBDo, http://www.playvid.com/watch/e_VACLvR0Ld,
http://www.playvid.com/watch/Muro73E6COZ, http://www.playvid.com/watch/oPporJGc5ro, http://www.playvid.com/watch/rfPCm_h1Ymp,
http://www.playvid.com/watch/jIAQ7EkO-j8, http://www.playvid.com/watch/fFy1czsJTDL, http://www.playvid.com/watch/0pfMiG9OY1p,
http://www.playvid.com/watch/Qp18L2-LQIk, http://www.playvid.com/watch/cBoboHw_w8n, http://www.playvid.com/watch/oE-l3lNPFOJ,
http://www.playvid.com/watch/hEKP7tPshYI, http://www.playvid.com/watch/YkpUQVczxmT, http://www.playvid.com/watch/frUvz05t6SN,
http://www.playvid.com/watch/SY4NCYeP_nm, http://www.playvid.com/watch/5WU6AhpgV66, http://www.playvid.com/watch/6cID6JZ6GlO,
http://www.playvid.com/watch/DbJeSrO4CfF, http://www.playvid.com/watch/eyxSxD26Yuq, http://www.playvid.com/watch/pgRR_csY3yK,
http://www.playvid.com/watch/8WAq4zM6KrM, http://www.playvid.com/watch/RYzrvq-PPHT, http://www.playvid.com/watch/dQWie1NhrMh,
http://www.playvid.com/watch/5RtMXY4m_o7, http://www.playvid.com/watch/09NroK5wKhe, http://www.playvid.com/watch/zQ-S_qM3D_x,
http://www.playvid.com/watch/ZAcXlqm25zN, http://www.playvid.com/watch/cMR_B2JnAZN, http://www.playvid.com/watch/Xdf2v4TTEUk,
http://www.playvid.com/watch/7vq07p-PX3C, http://www.playvid.com/watch/YeucqSpuCqS, http://www.playvid.com/watch/eGwKCQMSefg,
http://www.playvid.com/watch/rlRdAck2-Dy, http://www.playvid.com/watch/pIxYvAB0lkB, http://www.playvid.com/watch/Ep0h4tWD03x,
http://www.playvid.com/watch/cZJxKpjtaxy, http://www.playvid.com/watch/vK5YnUFF2O6, http://www.playvid.com/watch/WsjYVLaIIs4,
http://www.playvid.com/watch/uWFou4XsBgH, http://www.playvid.com/watch/kc6Fq1XNIF3, http://www.playvid.com/watch/QVf_3GUrPf7,
http://www.playvid.com/watch/AmxnVZ0ZI_a, http://www.playvid.com/watch/b9Z4xl8DTOq, http://www.playvid.com/watch/7hfQkKldPiN,
http://www.playvid.com/watch/hHExgX7Z4JN, http://www.playvid.com/watch/NogPTwMQ69D, http://www.playvid.com/watch/zAr_bYlO17f,
http://www.playvid.com/watch/7q4ktPq-Ow2, http://www.playvid.com/watch/zVNbhcVr19a, http://www.playvid.com/watch/EOcvao2n9KE,
http://www.playvid.com/watch/I764JHd62ok, http://www.playvid.com/watch/Jw2m2FAkxxD, http://www.playvid.com/watch/LqEi6tgXwKM,
http://www.playvid.com/watch/sLvYD2sToQ9, http://www.playvid.com/watch/i4I5FfyznVY, http://www.playvid.com/watch/sPqCjne8cup,
http://www.playvid.com/watch/4RxO3vCWkKM, http://www.playvid.com/watch/NsXRPsnwMre, http://www.playvid.com/watch/KD0mk5sr9h6,
http://www.playvid.com/watch/Pc0150ttvAW, http://www.playvid.com/watch/4LGDp3DefVO, http://www.playvid.com/watch/o1Q1GKY_jWB,
http://www.playvid.com/watch/ghmfob3BsAU, http://www.playvid.com/watch/VoX07mHvUpL, http://www.playvid.com/watch/EdIFYV5zl1i,
http://www.playvid.com/watch/NJQATk2kQqX, http://www.playvid.com/watch/EKUIdveg3Jx, http://www.playvid.com/watch/Bncr7MYK5N2,
http://www.playvid.com/watch/mSI7bBZN3Kg, http://www.playvid.com/watch/xH-mQTCe-Vh, http://www.playvid.com/watch/eufV3p9S6iQ,
http://www.playvid.com/watch/ukBwcWJ6gbe, http://www.playvid.com/watch/FtLPLD8O-gT, http://www.playvid.com/watch/LRG-YHnYpf8,
http://www.playvid.com/watch/ltByA9WB0OI, http://www.playvid.com/watch/s15HGWc67XB, http://www.playvid.com/watch/hZPANxO5WOy,
http://www.playvid.com/watch/XZN47c71f3v, http://www.playvid.com/watch/8D81pUa4-rz, http://www.playvid.com/watch/E4su0H_u40R,
http://www.playvid.com/watch/w6_MVYhuCub, http://www.playvid.com/watch/u1Dsybw1W9P, http://www.playvid.com/watch/LEKNLuxU4qO,
http://www.playvid.com/watch/iY3DWLM-s_4, http://www.playvid.com/watch/5SW-qlQw2Iy, http://www.playvid.com/watch/OZrpMImYPem,
http://www.playvid.com/watch/RqnMzFf5w_W, http://www.playvid.com/watch/KLtqsNjMrXG, http://www.playvid.com/watch/FwhsZyZd4JG,
http://www.playvid.com/watch/a9Kn96gBiud, http://www.playvid.com/watch/j_8zeSuba8i, http://www.playvid.com/watch/VtdgAxQwZ96,
http://www.playvid.com/watch/9D8K9zRfYck, http://www.playvid.com/watch/p2So2HNK68b, http://www.playvid.com/watch/EltQObDJwlf,
http://www.playvid.com/watch/Wy55QlIVH_6, http://www.playvid.com/watch/IyDEib5pJqA, http://www.playvid.com/watch/SMtlAgvhuAV,
http://www.playvid.com/watch/Th-3rHsgfUw, http://www.playvid.com/watch/bcpqS5ghiIK, http://www.playvid.com/watch/mFfOeHpPDFt,
http://www.playvid.com/watch/Dnh5yuZfIat, http://www.playvid.com/watch/TwBwwTuq40b, http://www.playvid.com/watch/HDK_M1-B1FQ,
http://www.playvid.com/watch/fmhH63Ct2PA, http://www.playvid.com/watch/LZAa0e3HJTK, http://www.playvid.com/watch/7-pvl-Fr045,
http://www.playvid.com/watch/JxiopwL3rJt, http://www.playvid.com/watch/JoLTlQYB-eJ, http://www.playvid.com/watch/dhS8HJ_xh0j,
http://www.playvid.com/watch/oe2tqb_Il8C, http://www.playvid.com/watch/LYmVVOz0CEb, http://www.playvid.com/watch/67EN2z5EhSB,
http://www.playvid.com/watch/WJ-KkY9eMOJ, http://www.playvid.com/watch/fojUfOb1-Tu, http://www.playvid.com/watch/wDNKWfgChmz,
http://www.playvid.com/watch/8haoCDKSD2q, http://www.playvid.com/watch/7oteKmYQD6u, http://www.playvid.com/watch/3wnCfbxAEoE,
http://www.playvid.com/watch/TscZQb0WtSd, http://www.playvid.com/watch/zAtF8_jhSn5, http://www.playvid.com/watch/fFzZ0W2wGA9,
http://www.playvid.com/watch/7lSE2N5yIkJ, http://www.playvid.com/watch/v2d7IGXZj3M, http://www.playvid.com/watch/YhrGfZ2MNPm,
http://www.playvid.com/watch/ENwQykjYfnN, http://www.playvid.com/watch/fJWgA_G7Ujj, http://www.playvid.com/watch/fifMTUn8-e4,
http://www.playvid.com/watch/CCv8R1qsxjR, http://www.playvid.com/watch/g_GGUDZDk67, http://www.playvid.com/watch/qW0V8xQmT_h,
http://www.playvid.com/watch/yY9wXhDDvyK, http://www.playvid.com/watch/RxkUU_5u2wH, http://www.playvid.com/watch/C3TJGu47SmJ,
http://www.playvid.com/watch/bBN0roC7AZI, http://www.playvid.com/watch/0OTLT4dni_d, http://www.playvid.com/watch/l7mAbLH30MQ,
http://www.playvid.com/watch/9gQNpaLjY_a, http://www.playvid.com/watch/PREMn-yaipM, http://www.playvid.com/watch/7L8bji0ZMVj,
http://www.playvid.com/watch/UooJRzEOQPi, http://www.playvid.com/watch/vSedXm4TpE2, http://www.playvid.com/watch/DRMBnt1XlAX,
http://www.playvid.com/watch/hExxXR71ltf, http://www.playvid.com/watch/WtjqfHIOAOl, http://www.playvid.com/watch/Fds-Tk2ipCL,
http://www.playvid.com/watch/UwFErEjfOBQ, http://www.playvid.com/watch/UBO-Ans_v3q, http://www.playvid.com/watch/4zskYgVrg3d,
http://www.playvid.com/watch/LPrdwrqvbu2, http://www.playvid.com/watch/o1bOWW1v1BW, http://www.playvid.com/watch/f_92fQ2H11I,
http://www.playvid.com/watch/tW9zAoklRVL, http://www.playvid.com/watch/5b9jDO8cl43, http://www.playvid.com/watch/ngTh09LSLcB,
http://www.playvid.com/watch/i25gGahPcO0, http://www.playvid.com/watch/BJmT4ncWrcV, http://www.playvid.com/watch/RH_v_sJJEZw,
http://www.playvid.com/watch/BzxN9JO5BoU, http://www.playvid.com/watch/SKJC3c9NqM6, http://www.playvid.com/watch/t7h3SDxNpST,
http://www.playvid.com/watch/6Agh16w_OQ9, http://www.playvid.com/watch/W2u3HswbQ4Q, http://www.playvid.com/watch/R6RymRk4gkD,
http://www.playvid.com/watch/PIaem4aKZpe, http://www.playvid.com/watch/BW4jmj94jNd, http://www.playvid.com/watch/wqltfwMl5yv,
http://www.playvid.com/watch/J4YDAeZCVRj, http://www.playvid.com/watch/a1tWolRWs9m, http://www.playvid.com/watch/MID5pzf06AY,
http://www.playvid.com/watch/RbQFDaQ-GSf, http://www.playvid.com/watch/0SHypkZ3w5y, http://www.playvid.com/watch/RLz1OIh4aEy,
http://www.playvid.com/watch/3fvUUmwM8bw, http://www.playvid.com/watch/Nsrk0hkThzk, http://www.playvid.com/watch/C_NfcZyYnjt,
http://www.playvid.com/watch/NKq4CSS8o4h, http://www.playvid.com/watch/TSsJ8wtCeWM, http://www.playvid.com/watch/vJ22oxIQkSO,
http://www.playvid.com/watch/HPGI-8kgUMw, http://www.playvid.com/watch/tz4t6LzLA2H, http://www.playvid.com/watch/99DKNWzPZoa,
http://www.playvid.com/watch/l-cKzu-GABJ, http://www.playvid.com/watch/l57iMlDttyk, http://www.playvid.com/watch/DYZwak5RvMu,
http://www.playvid.com/watch/Ax6eMOCA4_H, http://www.playvid.com/watch/p1YM14lvUoy, http://www.playvid.com/watch/S2EdP4lv7L9
5.f. Date of third notice: 2014-07-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gorgpampidu
5.b. Uploader's email address: mikkinakki@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/gorgpampidu
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2aTHzqaJ-kl, http://www.playvid.com/watch/PlcPgmMf8Eh,
http://www.playvid.com/watch/XRdu42FBgyb, http://www.playvid.com/watch/VP3HBlNKBoy, http://www.playvid.com/watch/UPJBmU0-8HN,
http://www.playvid.com/watch/0puf8f7SSVw, http://www.playvid.com/watch/ZujsJuf3QzV, http://www.playvid.com/watch/vU-bOCDBtGu,
http://www.playvid.com/watch/0Su0HelNvGu, http://www.playvid.com/watch/DGzWT6dwOvk, http://www.playvid.com/watch/45fSzjzMsQO,
http://www.playvid.com/watch/4dvvXeG0Rc5, http://www.playvid.com/watch/xT6dnQ6slXs, http://www.playvid.com/watch/EnZ0aLX9XEb,
http://www.playvid.com/watch/UlIK7ABaBHA, http://www.playvid.com/watch/PUD34kBGGPx, http://www.playvid.com/watch/LmK34Mor2mi,
http://www.playvid.com/watch/0yphfZ6qQgk, http://www.playvid.com/watch/bu8hyTHfkP-, http://www.playvid.com/watch/kQNrB84gzR0,
http://www.playvid.com/watch/XlDcRSQO09E, http://www.playvid.com/watch/MVEBuCOZA9o, http://www.playvid.com/watch/q5Xf0xGWieU,
http://www.playvid.com/watch/Nt-lZ9mY8vX, http://www.playvid.com/watch/cFwY7KjYIFj, http://www.playvid.com/watch/ibRYYNDHWZl,
http://www.playvid.com/watch/5UDysmjDJaP, http://www.playvid.com/watch/bmkyBFqOa9D, http://www.playvid.com/watch/myEzISUI2-O,
http://www.playvid.com/watch/rqjSqOB5dtT, http://www.playvid.com/watch/ETWrVQOOy6C, http://www.playvid.com/watch/fsAYmlHWkvn,
http://www.playvid.com/watch/3hrIW3u6UMv, http://www.playvid.com/watch/wQHw9cnY7xQ, http://www.playvid.com/watch/qihxV4bRCCl,
http://www.playvid.com/watch/OhQ2QplIvQg, http://www.playvid.com/watch/djnUZreXL93, http://www.playvid.com/watch/wG4YvAZ0aKy,
http://www.playvid.com/watch/cHdIKbuiBNn, http://www.playvid.com/watch/AtRJmZ7tWUh, http://www.playvid.com/watch/UzkX6A7zLov,
http://www.playvid.com/watch/AgWI6ikR-jh, http://www.playvid.com/watch/wChllaBBWtw, http://www.playvid.com/watch/fBp7YuwtUwE,
http://www.playvid.com/watch/LBb6LDGZEev, http://www.playvid.com/watch/5fQeaD8E0aV, http://www.playvid.com/watch/FA9zSPn0uIW,
http://www.playvid.com/watch/PIYLIPh9b3q, http://www.playvid.com/watch/QGdmtrMtC8y, http://www.playvid.com/watch/um2EFNp8IYi,
http://www.playvid.com/watch/S2nFtPUJd6x, http://www.playvid.com/watch/iTxAieUVIju, http://www.playvid.com/watch/wrsAr2iR6S4,
http://www.playvid.com/watch/AJGPEZ9d0Y6, http://www.playvid.com/watch/ysIoFvRLqUm, http://www.playvid.com/watch/EQr2T-7ySnD,
http://www.playvid.com/watch/eoCiuNvIK-i, http://www.playvid.com/watch/e6sBl8nFedL, http://www.playvid.com/watch/r4CrMQWdP-V,
http://www.playvid.com/watch/N2at0NRZPb5, http://www.playvid.com/watch/TLHgws6PNE5, http://www.playvid.com/watch/2Lcb3U8ZvBL,
http://www.playvid.com/watch/roiauea2Uud, http://www.playvid.com/watch/ciQyNK-0d6d, http://www.playvid.com/watch/Bbo69QE8leV,
http://www.playvid.com/watch/J85If7NpFpU, http://www.playvid.com/watch/uuM78vck5Ja, http://www.playvid.com/watch/84eOOKhYCeB,

http://www.playvid.com/watch/Ms5bR0BV82e, http://www.playvid.com/watch/dqkkfxgKBoi, http://www.playvid.com/watch/sPHbRLlXedQ,
http://www.playvid.com/watch/fqWKTZ3CxR7, http://www.playvid.com/watch/Gn83qnBq-6-, http://www.playvid.com/watch/BCpC346vKZZ,
http://www.playvid.com/watch/EmamwxPsW3K, http://www.playvid.com/watch/Q04hibxTjJb, http://www.playvid.com/watch/hOy4pKcDIwA,
http://www.playvid.com/watch/VDPQeKuHzEb, http://www.playvid.com/watch/GLIzB5wQ7so, http://www.playvid.com/watch/f5SKIznn5fE,
http://www.playvid.com/watch/GBcbeUAAESD, http://www.playvid.com/watch/G63936K8X8k, http://www.playvid.com/watch/dNKkydUi7YD,
http://www.playvid.com/watch/XrSmIgbeakK, http://www.playvid.com/watch/eEmOHNfrCvr, http://www.playvid.com/watch/3wHAXYriTel,
http://www.playvid.com/watch/CarFSTsiN3V, http://www.playvid.com/watch/Hn0vPjdPfN0, http://www.playvid.com/watch/dxQ2JAKl6xp,
http://www.playvid.com/watch/9TLOPhXufnP, http://www.playvid.com/watch/sjPkGER777k, http://www.playvid.com/watch/G-C-VATjaOo,
http://www.playvid.com/watch/uhDA2PMAfcz, http://www.playvid.com/watch/bR8H0AaTI9O, http://www.playvid.com/watch/knO77Ah3aNh,
http://www.playvid.com/watch/DaGKpw4wFQw, http://www.playvid.com/watch/GKZ9QQVcqkm, http://www.playvid.com/watch/l-6nnEDOvjd,
http://www.playvid.com/watch/wiZwaw3o3AH, http://www.playvid.com/watch/9teGWYhhRZB, http://www.playvid.com/watch/d5UMUBJuKCJ,
http://www.playvid.com/watch/BBCqOaICZBn, http://www.playvid.com/watch/9JPjqbGto9D, http://www.playvid.com/watch/jjGI7IG0AMC,
http://www.playvid.com/watch/SWcFMyZXTXK, http://www.playvid.com/watch/CncTr5ZkDMk, http://www.playvid.com/watch/kfuV2gPOy3j,
http://www.playvid.com/watch/YW6Fm2Va4nj, http://www.playvid.com/watch/4FL6TkkOTuO, http://www.playvid.com/watch/Uirhc5b2lj7,
http://www.playvid.com/watch/s4ERaVLarPT, http://www.playvid.com/watch/hMywkTJZyUK, http://www.playvid.com/watch/rJMp4vEqHqD,
http://www.playvid.com/watch/kiw9UnR3EDX, http://www.playvid.com/watch/vcf5tlfMCkS, http://www.playvid.com/watch/cGRlemUjjVq,
http://www.playvid.com/watch/8tIwN2fP8tE, http://www.playvid.com/watch/7JD-ryZJomH, http://www.playvid.com/watch/3Lub377KHyd,
http://www.playvid.com/watch/6r2V6Gag5yy, http://www.playvid.com/watch/okXxFKU4vZz, http://www.playvid.com/watch/qZDIErnwsBZ,
http://www.playvid.com/watch/VMQ4n8rXwEv, http://www.playvid.com/watch/YNhv4qv3i4T, http://www.playvid.com/watch/xy8clLAGaML,
http://www.playvid.com/watch/DRz6jboreKa, http://www.playvid.com/watch/wqaPFz2iOic, http://www.playvid.com/watch/GWJTQiZ-k2t,
http://www.playvid.com/watch/fqFb4lXoth9, http://www.playvid.com/watch/UWkkfpdowWp, http://www.playvid.com/watch/2f4xUqt3lwQ,
http://www.playvid.com/watch/v2tx5RnagX-, http://www.playvid.com/watch/CHe0GUEypAN, http://www.playvid.com/watch/ako4rVL6N47,
http://www.playvid.com/watch/qeozX6rueIT, http://www.playvid.com/watch/ZUUWW3Bjeem, http://www.playvid.com/watch/LRLhyWk8-jy,
http://www.playvid.com/watch/YBXpABi7yQ5, http://www.playvid.com/watch/2sPhIJYLD30, http://www.playvid.com/watch/S-hBXsK3LwR,
http://www.playvid.com/watch/xhvxpiP9ZUt, http://www.playvid.com/watch/Sd0qwkf23FG, http://www.playvid.com/watch/nVUm0m2pYyR,
http://www.playvid.com/watch/Tn9C54v7QMD, http://www.playvid.com/watch/0adKkR9756V, http://www.playvid.com/watch/0aO8Q3PSJ2z,
http://www.playvid.com/watch/lXgN603t3q8, http://www.playvid.com/watch/ZLE0koBy4RR, http://www.playvid.com/watch/OJuAs4gYxKe,
http://www.playvid.com/watch/dOYhMozYzkG, http://www.playvid.com/watch/KG7OURWrrBZ, http://www.playvid.com/watch/N66eqQAel5-,
http://www.playvid.com/watch/yiHxCOULjzt, http://www.playvid.com/watch/k-jOVYaRSVf, http://www.playvid.com/watch/d9K85haR2Vm,
http://www.playvid.com/watch/MCenmw64YWB, http://www.playvid.com/watch/xis2VuVPVR9, http://www.playvid.com/watch/YgRpFzbrv9N,
http://www.playvid.com/watch/jzcjHEi2sul, http://www.playvid.com/watch/2PnH5H2ASiO, http://www.playvid.com/watch/Rdj638VPjHL,
http://www.playvid.com/watch/6BQAdYHNfEq, http://www.playvid.com/watch/gNwt-H-vrbu, http://www.playvid.com/watch/kcqyfZvOYQC,
http://www.playvid.com/watch/ryLjouU2teF, http://www.playvid.com/watch/z8A9sJLnWmO, http://www.playvid.com/watch/nzA6uOqyPpE,
http://www.playvid.com/watch/8OK2vQQKmT5, http://www.playvid.com/watch/IXRHpySMnkh, http://www.playvid.com/watch/y0f0nqIfy-A,
http://www.playvid.com/watch/YFfE62dPdfU, http://www.playvid.com/watch/uZpIN-cfkou, http://www.playvid.com/watch/PGbtToRSJfb,
http://www.playvid.com/watch/koaksiiJg0L, http://www.playvid.com/watch/Bz-2m-9SueM, http://www.playvid.com/watch/QWSpPHRp48a,
http://www.playvid.com/watch/bK63tq4i8mB, http://www.playvid.com/watch/nVkTMSRhApP, http://www.playvid.com/watch/sZWw036A7Ko,
http://www.playvid.com/watch/m5arhnSSuaJ, http://www.playvid.com/watch/n7cB8slbyc3, http://www.playvid.com/watch/wNeYskDJ3jW,
http://www.playvid.com/watch/wMyYvcSALaB, http://www.playvid.com/watch/nCr7J0Mlnfu, http://www.playvid.com/watch/CGsG27JIjYK,
http://www.playvid.com/watch/jANRZuvcubL, http://www.playvid.com/watch/4JXf377eZOW, http://www.playvid.com/watch/PlM0fuLcNgc,
http://www.playvid.com/watch/f8W7rlnGj3w, http://www.playvid.com/watch/5Opj2a7vSRR, http://www.playvid.com/watch/RsQZIsko5P0,
http://www.playvid.com/watch/csGYNnXaxHb, http://www.playvid.com/watch/yhXodhen0OH, http://www.playvid.com/watch/Hx9tS2CzINU,
http://www.playvid.com/watch/cLHhsLgLgQb, http://www.playvid.com/watch/c0Rifv0JmBM, http://www.playvid.com/watch/IbGtYOjCxP0,
http://www.playvid.com/watch/AUnyokmuKuC, http://www.playvid.com/watch/qDnluHwF3hE, http://www.playvid.com/watch/2YgAVbXGApD,
http://www.playvid.com/watch/FSa6JFX8v6Q, http://www.playvid.com/watch/MZLW3EKTy2I, http://www.playvid.com/watch/2BmXzmzZUya,
http://www.playvid.com/watch/iSXgfnRvuYS, http://www.playvid.com/watch/F-0Ujh8OfxO, http://www.playvid.com/watch/pQtR4OaHSgo,
http://www.playvid.com/watch/G5wGFKYbk0c, http://www.playvid.com/watch/7CrtbyQw35c, http://www.playvid.com/watch/sKL6UNH00Si,
http://www.playvid.com/watch/RdtAiRqWNF6, http://www.playvid.com/watch/8qsktmkltSh, http://www.playvid.com/watch/SIzmUYFp2V9,
http://www.playvid.com/watch/Dm-B2QK85Xc, http://www.playvid.com/watch/orVYuNiA4UY, http://www.playvid.com/watch/rMCfURQVzIe,
http://www.playvid.com/watch/VqoryO-9zTl, http://www.playvid.com/watch/A8VkvGuSHhW, http://www.playvid.com/watch/sW3E3BBJGKS,
http://www.playvid.com/watch/Y7LANpHWSsK, http://www.playvid.com/watch/5eGHHHeyhXG, http://www.playvid.com/watch/Kiv2jRUebgl,
http://www.playvid.com/watch/UDG3JAajs0D, http://www.playvid.com/watch/zyfuS9CzN8L, http://www.playvid.com/watch/de5gJyW2TLw,
http://www.playvid.com/watch/6PGCLRuORqP, http://www.playvid.com/watch/xRgnOyf8NVi, http://www.playvid.com/watch/RzUJaRQd2lN,
http://www.playvid.com/watch/PsOYZzByeqS, http://www.playvid.com/watch/A2A9C5ToV2e, http://www.playvid.com/watch/7CwLF0tK75N,
http://www.playvid.com/watch/dYkB0ccXsMs, http://www.playvid.com/watch/DQJ-rYtYxSq, http://www.playvid.com/watch/98aLy0Rmgyc,
http://www.playvid.com/watch/X5EVpw9Zh7A, http://www.playvid.com/watch/rjTCKb7WXQC, http://www.playvid.com/watch/Ow6UHLndUdo,
http://www.playvid.com/watch/4csX8ZUKGOH, http://www.playvid.com/watch/94PhE9xw7tQ, http://www.playvid.com/watch/DPyZsnCoUcE,
http://www.playvid.com/watch/Z6tYCgGzE0O, http://www.playvid.com/watch/ifwUqJDbsmS, http://www.playvid.com/watch/uF40bluVTvh,
http://www.playvid.com/watch/RRnw6hyM3I2, http://www.playvid.com/watch/fzVPFNB4chm, http://www.playvid.com/watch/0HTDHIAGHy4,
http://www.playvid.com/watch/wjF9a6AODhg, http://www.playvid.com/watch/cAh0T6sQesy, http://www.playvid.com/watch/La8l5qcSGZp,
http://www.playvid.com/watch/0iy77a4MxVd, http://www.playvid.com/watch/uGwImGuiILK, http://www.playvid.com/watch/jv40yHO4JXu,
http://www.playvid.com/watch/e8jptlnIqim, http://www.playvid.com/watch/UAwYkoe9F9d, http://www.playvid.com/watch/5dbwK67s-w-,
http://www.playvid.com/watch/YVPaA9uIIvz, http://www.playvid.com/watch/5tIqDtQtzUq, http://www.playvid.com/watch/OxdBWyLKQMj,
http://www.playvid.com/watch/c0T8inyqh7i, http://www.playvid.com/watch/7X4xb5JzmkR, http://www.playvid.com/watch/EHpQ5Auv2xl,
http://www.playvid.com/watch/gAhWquTtOVL, http://www.playvid.com/watch/W9LUaVh-73l, http://www.playvid.com/watch/FdRMlBLPi4F,
http://www.playvid.com/watch/B6qQ58kY6as, http://www.playvid.com/watch/RWYj52Tgz9l, http://www.playvid.com/watch/GYyKSQW0WOG,
http://www.playvid.com/watch/U3WzmMAzIYU, http://www.playvid.com/watch/ZgLHFOr5nDv, http://www.playvid.com/watch/aZVhcmDNo-v,
http://www.playvid.com/watch/5oGDAma4Q6m, http://www.playvid.com/watch/nDWFVK-IlPu, http://www.playvid.com/watch/gyVMpexp-Mp,
http://www.playvid.com/watch/CiMefFFcCuK, http://www.playvid.com/watch/C828EfvWRsW, http://www.playvid.com/watch/ThyOBjbOZDI,
http://www.playvid.com/watch/6ezUgy46Bg-, http://www.playvid.com/watch/uyArTLqPlNL, http://www.playvid.com/watch/ij-ki-O8vZK,
http://www.playvid.com/watch/6mwIg2QK4X2, http://www.playvid.com/watch/6ToA2TCu9EG, http://www.playvid.com/watch/yJnJtxYhVdV,
http://www.playvid.com/watch/7y7abxDGvEU, http://www.playvid.com/watch/3hSqFle0B9V, http://www.playvid.com/watch/L-KtkmWKJsp,
http://www.playvid.com/watch/G5bwol3fPEN, http://www.playvid.com/watch/lp5w0bFBElY, http://www.playvid.com/watch/8TILe8H8KPh,
http://www.playvid.com/watch/mURbEFLTJn8, http://www.playvid.com/watch/FHrOh6EzlOX, http://www.playvid.com/watch/cOeBqFj-NlN,
http://www.playvid.com/watch/TQJutsduMad, http://www.playvid.com/watch/LptYvc5h0AZ, http://www.playvid.com/watch/XyFEImsCDn2,
http://www.playvid.com/watch/Wl7-YGOfvSF, http://www.playvid.com/watch/3L-FU-5oGwy, http://www.playvid.com/watch/LF8fcAUPEMh,
http://www.playvid.com/watch/0q3ZDSXonHm, http://www.playvid.com/watch/hTOT78oK80Y, http://www.playvid.com/watch/x3W6dl6yvbK,
http://www.playvid.com/watch/sODYoivvbBc, http://www.playvid.com/watch/VKSZJ-sbGg-, http://www.playvid.com/watch/URaySyF2nuW,
http://www.playvid.com/watch/AWOeAIe40Xn, http://www.playvid.com/watch/eJztwXNufAB, http://www.playvid.com/watch/0A64nzxxdJR,
http://www.playvid.com/watch/-6zgUpXOWBA, http://www.playvid.com/watch/-eDBzP3dhRw, http://www.playvid.com/watch/O3R4FEPi6JK,
http://www.playvid.com/watch/siXNZ-B3AjN, http://www.playvid.com/watch/mQtDm5hnsG3, http://www.playvid.com/watch/HWXUFNCR8kd,
http://www.playvid.com/watch/ZvpmO7gYlNh, http://www.playvid.com/watch/SsYgptPVY73, http://www.playvid.com/watch/ultJmb9vmLQ,
http://www.playvid.com/watch/4bDc0P5xYAZ, http://www.playvid.com/watch/NFsJp8LjJ64, http://www.playvid.com/watch/UEQ4SF2XPM7,
http://www.playvid.com/watch/2MPoJP6ObM6, http://www.playvid.com/watch/2xMG27BXJJ5, http://www.playvid.com/watch/UK0syot2wXY,
http://www.playvid.com/watch/vEwQ5AkLoY4, http://www.playvid.com/watch/L7Gkzjjz6m6, http://www.playvid.com/watch/S3aladcQ0R0,
http://www.playvid.com/watch/qOftgjHf9n5, http://www.playvid.com/watch/InnJTTbrWku, http://www.playvid.com/watch/uupLxjXAbUF,
http://www.playvid.com/watch/yv0fjsl02Qk, http://www.playvid.com/watch/D0lVDxbrnRP, http://www.playvid.com/watch/hP6oEC-fMaU,
http://www.playvid.com/watch/6BzP5RweeKf, http://www.playvid.com/watch/6USl9Indtg3, http://www.playvid.com/watch/9vorYJdaUw-,
http://www.playvid.com/watch/IxgwynTQZQ3, http://www.playvid.com/watch/xvNdXbaA084, http://www.playvid.com/watch/0G0Kf0iFGMD,
http://www.playvid.com/watch/wqezCKJWJPG, http://www.playvid.com/watch/PObpB9xVyXP, http://www.playvid.com/watch/jOHdgZYDGHe,
http://www.playvid.com/watch/JnPQ6ohlINg, http://www.playvid.com/watch/ZSWxy5aPM3J, http://www.playvid.com/watch/qmrPwNFsa64,
http://www.playvid.com/watch/3POTHWfadM6, http://www.playvid.com/watch/WCk-KkFItgl, http://www.playvid.com/watch/MQORWvE8HjB,
http://www.playvid.com/watch/qTiu8vMytrK, http://www.playvid.com/watch/7MrmmGfQLp6, http://www.playvid.com/watch/opFeJmEPxky,
http://www.playvid.com/watch/aED7EQFbR8N, http://www.playvid.com/watch/3WwLe4ccvni, http://www.playvid.com/watch/MqoKa8vH3i8,
http://www.playvid.com/watch/52fr6rQ7GrU, http://www.playvid.com/watch/TKZudwU-Dph, http://www.playvid.com/watch/e82HjcDeIQB,
http://www.playvid.com/watch/QOfgD3yBdcw, http://www.playvid.com/watch/gd9nHbroSbO, http://www.playvid.com/watch/ukCNiqxtby7,

http://www.playvid.com/watch/RmreQT7qPMS, http://www.playvid.com/watch/KzAdkHtSu94, http://www.playvid.com/watch/VfDC2EqKUVP,
http://www.playvid.com/watch/8RzFG-v6cgT, http://www.playvid.com/watch/xXTsBRZr9-N, http://www.playvid.com/watch/eQbJdctxb7T,
http://www.playvid.com/watch/PNmVD9g5vrK, http://www.playvid.com/watch/gJnwYAaKi2G
5.f. Date of third notice: 2013-09-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: greatban700
5.b. Uploader's email address: abramahlameza@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/greatban700
5.e. List of videos posted by uploader: http://www.playvid.com/watch/R7tWKhw6P9G, http://www.playvid.com/watch/bw0jMoR2Zbo,
http://www.playvid.com/watch/J9q335RU65I, http://www.playvid.com/watch/9TC9xvtHczn, http://www.playvid.com/watch/6vLGiuNtoMe,
http://www.playvid.com/watch/eok8hqdtTJH, http://www.playvid.com/watch/6SPmCrZKYXH, http://www.playvid.com/watch/PUF-XdtBPPn,
http://www.playvid.com/watch/2s-sFo_rquY, http://www.playvid.com/watch/0RuYZ1nHUpO, http://www.playvid.com/watch/Tnvgg2LX7Hk,
http://www.playvid.com/watch/2-wskhpLaVU, http://www.playvid.com/watch/U20vyjZTKsE, http://www.playvid.com/watch/ORO7ollmaPu,
http://www.playvid.com/watch/Mt0AXapeOx6, http://www.playvid.com/watch/RsPc9lOSf3w, http://www.playvid.com/watch/aMgfFXxt9E2,
http://www.playvid.com/watch/sG43eo7gqF2, http://www.playvid.com/watch/ewd7KKP0oRc, http://www.playvid.com/watch/iG-X3eRLkyE,
http://www.playvid.com/watch/fmINxM7zxVd, http://www.playvid.com/watch/dDcPWy5VFlv, http://www.playvid.com/watch/W2UCSCBkJxy,
http://www.playvid.com/watch/Ew8ZDbtoQDE, http://www.playvid.com/watch/qDiVzaVmetg, http://www.playvid.com/watch/Eap7D6fbglx,
http://www.playvid.com/watch/dhZ9u4i-0yj, http://www.playvid.com/watch/PWgH7N0PXHN, http://www.playvid.com/watch/2aXSiaDF4Jz,
http://www.playvid.com/watch/HyLXflPeLu9, http://www.playvid.com/watch/x9ee9OY1wyU, http://www.playvid.com/watch/ZPZmpUMMDQU,
http://www.playvid.com/watch/9u-RRVa2SyK, http://www.playvid.com/watch/OD4EpDsvK-M, http://www.playvid.com/watch/QQkiiqAOzWD,
http://www.playvid.com/watch/r3X_K1pL1Jq, http://www.playvid.com/watch/W5S-g08I4Xt, http://www.playvid.com/watch/XKeethfs-9h,
http://www.playvid.com/watch/OkQiDpDEcYX, http://www.playvid.com/watch/oXvdfSiAyfz, http://www.playvid.com/watch/jholeivT1vC,
http://www.playvid.com/watch/zS_7tPoFIBQ, http://www.playvid.com/watch/UBI11xxqGxJ, http://www.playvid.com/watch/S4E2Eyd5S4q,
http://www.playvid.com/watch/TLigRHAxlfH, http://www.playvid.com/watch/0hdQFX9cYqV, http://www.playvid.com/watch/QCpk8qMlO7U,
http://www.playvid.com/watch/4a8wg5STeUX, http://www.playvid.com/watch/kg5CDkWxH0K, http://www.playvid.com/watch/7URBmToalwL,
http://www.playvid.com/watch/4pUSsci7Rwb, http://www.playvid.com/watch/steK1yjwAHY, http://www.playvid.com/watch/3EE77IAyeD3,
http://www.playvid.com/watch/UTSdLQIRAMF, http://www.playvid.com/watch/NEpNMONmOy0, http://www.playvid.com/watch/RKX5SG_ulRf,
http://www.playvid.com/watch/kLyG1asHoEs, http://www.playvid.com/watch/v7bJaxSAPmm, http://www.playvid.com/watch/ZHh3ytXRIlw,
http://www.playvid.com/watch/X44jvPy1Kx5, http://www.playvid.com/watch/2YRBqsS6acq, http://www.playvid.com/watch/GOXY0zkN4HU,
http://www.playvid.com/watch/qCOtCZnbLIs, http://www.playvid.com/watch/oiHHsjXwDUJ, http://www.playvid.com/watch/9iDR4DHK1i4,
http://www.playvid.com/watch/nODe4DdTv-W, http://www.playvid.com/watch/bSnqrdZIemX, http://www.playvid.com/watch/5VHrmq2S22d,
http://www.playvid.com/watch/Gp1HkG4jptW, http://www.playvid.com/watch/hN6NR7X6rWv, http://www.playvid.com/watch/kynW_eyeCbV,
http://www.playvid.com/watch/b9eALnRIn20, http://www.playvid.com/watch/XEuPK_calvD, http://www.playvid.com/watch/CvHV15uvvi9,
http://www.playvid.com/watch/i537vmRQruk, http://www.playvid.com/watch/wgPhbztrwer, http://www.playvid.com/watch/LMp9_OK6Y17,
http://www.playvid.com/watch/fVvDRAH35Nz, http://www.playvid.com/watch/HAk4_jGQj8a, http://www.playvid.com/watch/FdwQLdCHh9Y,
http://www.playvid.com/watch/o2BCNK6vT_q, http://www.playvid.com/watch/BsQl7Jro5kE, http://www.playvid.com/watch/h35AOwzQ1NP,
http://www.playvid.com/watch/afEXdIjh_k3, http://www.playvid.com/watch/wPMVeiJT3cT, http://www.playvid.com/watch/RVK34sDW6CK,
http://www.playvid.com/watch/Eyhpya24lqO, http://www.playvid.com/watch/kUPZtKMiHbJ, http://www.playvid.com/watch/9k0gmoADKET,
http://www.playvid.com/watch/4cHxiGKyUo8, http://www.playvid.com/watch/ha0cWuIDDBV, http://www.playvid.com/watch/MLBpftdghpM,
http://www.playvid.com/watch/an2Oemo46ud, http://www.playvid.com/watch/8o_x2zEJKZI, http://www.playvid.com/watch/07r5EsqlT6w,
http://www.playvid.com/watch/DwlW6AbmlzJ, http://www.playvid.com/watch/fy8khz0jNFT, http://www.playvid.com/watch/pU2XWBwNypb,
http://www.playvid.com/watch/Yd31FWyQ-bR, http://www.playvid.com/watch/LdyO05hgAZC, http://www.playvid.com/watch/7z7m61G1FVl,
http://www.playvid.com/watch/tVJEVdj9jvE, http://www.playvid.com/watch/uFnyhmv7ZKs, http://www.playvid.com/watch/Dyfg1QDB_DO,
http://www.playvid.com/watch/LmcQ3OdTafm, http://www.playvid.com/watch/LJy9R4Sq9EV, http://www.playvid.com/watch/nuFGPq8m7P4,
http://www.playvid.com/watch/MEKAphBowiy, http://www.playvid.com/watch/r3qmKzfrcGB, http://www.playvid.com/watch/8f6M6FBqBv5,
http://www.playvid.com/watch/BkbN8j9eR3K, http://www.playvid.com/watch/M4iSW9lHw2F, http://www.playvid.com/watch/UcHthThHaQc,
http://www.playvid.com/watch/ITMMtB6F-fo, http://www.playvid.com/watch/PjJ3HMNTdq8, http://www.playvid.com/watch/UUKqdK29sDt,
http://www.playvid.com/watch/Oh9TX1v0Iv4, http://www.playvid.com/watch/fUJqtaH47QN, http://www.playvid.com/watch/HXn-mwpy7Xs,
http://www.playvid.com/watch/ZWy4xX5Nhed, http://www.playvid.com/watch/Joa3qGtJG3y, http://www.playvid.com/watch/am2_JpA-an3,
http://www.playvid.com/watch/x1RgOFkgZoa, http://www.playvid.com/watch/3mw4rMvJu_3, http://www.playvid.com/watch/hXihMMUSSOT,
http://www.playvid.com/watch/Dtsg_v2tail, http://www.playvid.com/watch/EVDaCAijVJJ, http://www.playvid.com/watch/vT9lnmNYl1V,
http://www.playvid.com/watch/kPby-jYt1Ik, http://www.playvid.com/watch/C_NpiIuOQjV, http://www.playvid.com/watch/s8QdFWA_kyr,
http://www.playvid.com/watch/r6e7Q43hqBx, http://www.playvid.com/watch/ECPFjd0mVXg, http://www.playvid.com/watch/GE5JIVmTvLk,
http://www.playvid.com/watch/t-6-HzIRXaN, http://www.playvid.com/watch/QNVuRBJwJY8, http://www.playvid.com/watch/gSjDFsFHWfE,
http://www.playvid.com/watch/3VsBmV2_2o4, http://www.playvid.com/watch/5FiwwbJjpcB, http://www.playvid.com/watch/lhgV0sASaxh,
http://www.playvid.com/watch/eMDMQvhlwue, http://www.playvid.com/watch/LdoZJRdAOnm, http://www.playvid.com/watch/q9MxcQev7sa,
http://www.playvid.com/watch/7Cf8bUv-IXw, http://www.playvid.com/watch/sJKimGLdtHB, http://www.playvid.com/watch/6c6c1E7ceEx,
http://www.playvid.com/watch/lMrnay-EYr7, http://www.playvid.com/watch/fOjfueN-2zz, http://www.playvid.com/watch/SViEd06NlDy,
http://www.playvid.com/watch/G3j4gSN1c0f, http://www.playvid.com/watch/sXYThhydggt, http://www.playvid.com/watch/ETP8TE_WwUs,
http://www.playvid.com/watch/eM6Or9d6lqc, http://www.playvid.com/watch/j-MczQEmQM2, http://www.playvid.com/watch/q5fmlg-9zJH,
http://www.playvid.com/watch/qkkJN6EeGGr, http://www.playvid.com/watch/nyn4BjSODgr, http://www.playvid.com/watch/b3V8ImiUWIW,
http://www.playvid.com/watch/YDttkoWQ7LE, http://www.playvid.com/watch/X3iEvJCYoKL, http://www.playvid.com/watch/UU4utzk-PBE,
http://www.playvid.com/watch/4BAPP0nCFdm, http://www.playvid.com/watch/Jw7JWGCr0Dd, http://www.playvid.com/watch/BbfEqnGISVs,
http://www.playvid.com/watch/OZ6bH5dpCAY, http://www.playvid.com/watch/oEzBokH5TwD, http://www.playvid.com/watch/czBuqVLAXsq,
http://www.playvid.com/watch/dqs-QSmI7-5, http://www.playvid.com/watch/6zvEXv7GKGK, http://www.playvid.com/watch/zYvcACky7A2,
http://www.playvid.com/watch/QKkJ4yOl-wa, http://www.playvid.com/watch/EYMoB4JWhiL, http://www.playvid.com/watch/m128gcF5YWA,
http://www.playvid.com/watch/aw479Oji5Wq, http://www.playvid.com/watch/Lw1V5hgJWal, http://www.playvid.com/watch/rDL-ZGkOIPF,
http://www.playvid.com/watch/LOVESCE556b, http://www.playvid.com/watch/g6HN5LolhHX, http://www.playvid.com/watch/ezrBEQr1o63,
http://www.playvid.com/watch/za8bqCBpLkp, http://www.playvid.com/watch/oQg1pdf4KEh, http://www.playvid.com/watch/JdYX3yz_ltV,
http://www.playvid.com/watch/UCOQcLepp6j, http://www.playvid.com/watch/YiS0WsYERO3, http://www.playvid.com/watch/D9VkyW6DI8A,
http://www.playvid.com/watch/SJO-dqt1-OF, http://www.playvid.com/watch/ZYQtJLa31rT, http://www.playvid.com/watch/K6gPIR5G9gF,
http://www.playvid.com/watch/9CHN1qoSC47, http://www.playvid.com/watch/UkwuANu6OJZ, http://www.playvid.com/watch/vIYjrHRzgBE,
http://www.playvid.com/watch/tLkm3rdvMvt, http://www.playvid.com/watch/aFEHQK_T0_d, http://www.playvid.com/watch/eErKrmEbIc5,
http://www.playvid.com/watch/8oq0DkUMfR0, http://www.playvid.com/watch/wKd3_yNrjxx, http://www.playvid.com/watch/xSLmxesjHZ6,
http://www.playvid.com/watch/B_YMCCiDW-S, http://www.playvid.com/watch/QTJpu_H1zFq, http://www.playvid.com/watch/n_b-5FH16eT,
http://www.playvid.com/watch/OWdwsazLInh, http://www.playvid.com/watch/tPn8a0epepv, http://www.playvid.com/watch/5vcn__Sr7cs,
http://www.playvid.com/watch/VlcAN06bAlX, http://www.playvid.com/watch/vZftlKBb9BD, http://www.playvid.com/watch/NqjekUWFeHv,
http://www.playvid.com/watch/NE-lQNazPZD, http://www.playvid.com/watch/bsNWux9IpRA, http://www.playvid.com/watch/K1nq7LgBNdC,
http://www.playvid.com/watch/OZqsuWCX0ym, http://www.playvid.com/watch/DMgEhSMD7q0, http://www.playvid.com/watch/3Xhlol3Mu-E,
http://www.playvid.com/watch/0yR3oVCHH7U, http://www.playvid.com/watch/EyPPxkPRD5n, http://www.playvid.com/watch/jEUYlS5nRZA,
http://www.playvid.com/watch/LUcxcHQSAAP, http://www.playvid.com/watch/9tBPJr9BXNv, http://www.playvid.com/watch/QE_rV3VL61q,
http://www.playvid.com/watch/fvd_ve4QiVk, http://www.playvid.com/watch/diJa7Jxlzsk, http://www.playvid.com/watch/PjsHj6c1uNF,
http://www.playvid.com/watch/2Yt40iYG9BX, http://www.playvid.com/watch/Fm6fd67gWSZ, http://www.playvid.com/watch/uNDkNu3Fn3f,
http://www.playvid.com/watch/EgkQDJ1dFKK, http://www.playvid.com/watch/dYabwnV3D2t, http://www.playvid.com/watch/VQGMv7vxSe5,
http://www.playvid.com/watch/x8hfDZqSk7J, http://www.playvid.com/watch/6GswOtyOf3u, http://www.playvid.com/watch/HOoy-f8FONw,
http://www.playvid.com/watch/kSaZp2IFBiV, http://www.playvid.com/watch/gDPH5n15nJH, http://www.playvid.com/watch/FkyzcbrXg3P,
http://www.playvid.com/watch/CDSL4qi33oZ, http://www.playvid.com/watch/dRiUBgNZaAi, http://www.playvid.com/watch/HE1g1Pv1xCj,
http://www.playvid.com/watch/YHAsxU-oGlm, http://www.playvid.com/watch/DhpqZfZoXsk, http://www.playvid.com/watch/t0Zxz3MPYWc,
http://www.playvid.com/watch/ZH-IM7u6x0k, http://www.playvid.com/watch/mSO2xiX5t9H, http://www.playvid.com/watch/rjLcm6x1okq,
http://www.playvid.com/watch/NEJJ2xUipKI, http://www.playvid.com/watch/xuFvo_SD3cD, http://www.playvid.com/watch/Ig8hNmmLXGU,
http://www.playvid.com/watch/ERvrD9gN3M3, http://www.playvid.com/watch/kjLW69Z2ApZ, http://www.playvid.com/watch/6GBFwF-6fpR,
http://www.playvid.com/watch/Ydceto0qqOT, http://www.playvid.com/watch/75BJw0QDtxj, http://www.playvid.com/watch/vOM_ReGtc1j,
http://www.playvid.com/watch/nVT2XtzrNlZ, http://www.playvid.com/watch/bj5BBGMrY7w, http://www.playvid.com/watch/Wryo3QqwpDt,
http://www.playvid.com/watch/7ZhOqB-AMt7, http://www.playvid.com/watch/f5SWVYnkMuT, http://www.playvid.com/watch/d1muE8y2-hb,
http://www.playvid.com/watch/rxUlLrU-20E, http://www.playvid.com/watch/lUU4lM6Q6qD, http://www.playvid.com/watch/w70ppROJsNs,

http://www.playvid.com/watch/w9L7HcPE61t, http://www.playvid.com/watch/F6hVsg0pMD0, http://www.playvid.com/watch/EwyUSWkMN6x,
http://www.playvid.com/watch/lauo1P1xlf2, http://www.playvid.com/watch/FbYQRYmDgYH, http://www.playvid.com/watch/rsTWzzx3vNS,
http://www.playvid.com/watch/OpIckfNTwph, http://www.playvid.com/watch/nCFhzs_0H09, http://www.playvid.com/watch/Gy23cu4k9hT,
http://www.playvid.com/watch/Z2ayLmQmCKA, http://www.playvid.com/watch/41tTYQU8Ot6, http://www.playvid.com/watch/L74ynHnIuor,
http://www.playvid.com/watch/nPNPIkzPta3, http://www.playvid.com/watch/ifpYs8a-REB, http://www.playvid.com/watch/QKWn5pM8tXg,
http://www.playvid.com/watch/UfaTZok0R56, http://www.playvid.com/watch/yvq3pgmbQfq, http://www.playvid.com/watch/jnNfK93vMg0,
http://www.playvid.com/watch/O6SH4rsXbm7, http://www.playvid.com/watch/H7nlFGZZKZv, http://www.playvid.com/watch/dZ_DX8Hgr2d,
http://www.playvid.com/watch/j1HOBXDAct5, http://www.playvid.com/watch/AmfnvBh0SWw, http://www.playvid.com/watch/kzU9R5fcUOz,
http://www.playvid.com/watch/R1X36zKqOSI, http://www.playvid.com/watch/kYIwgD6xTWY, http://www.playvid.com/watch/TxDLgwTm5Dm,
http://www.playvid.com/watch/UUQKTrhiyrO
5.f. Date of third notice: 2014-04-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: greeko
5.b. Uploader's email address: fastmike@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/greeko
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tP48Z8tEZ6X, http://www.playvid.com/watch/vkTZ3w-5uVS,
http://www.playvid.com/watch/NhTLxOB2di-, http://www.playvid.com/watch/WlUR4diWhQY, http://www.playvid.com/watch/IbWVrcA9hnd,
http://www.playvid.com/watch/DxHEpmTYsDQ, http://www.playvid.com/watch/roiVcmga4BL, http://www.playvid.com/watch/A6mlY1mkgR0,
http://www.playvid.com/watch/HKA-QQOmXsV, http://www.playvid.com/watch/4XBraPLvwBI, http://www.playvid.com/watch/T3cWu6azkxb,
http://www.playvid.com/watch/5ApQhatXbtq, http://www.playvid.com/watch/TazmRJ59RyM, http://www.playvid.com/watch/cCiCUVX6rlZ,
http://www.playvid.com/watch/ZVGvGryFgRj, http://www.playvid.com/watch/ppioOQ1Sysd, http://www.playvid.com/watch/nHf-OctNPDo,
http://www.playvid.com/watch/ihnjP3mkbgn, http://www.playvid.com/watch/dH5hykIzcbU, http://www.playvid.com/watch/3u2b2U0wScJ,
http://www.playvid.com/watch/fms4kW1k5T-, http://www.playvid.com/watch/I2PqoLJHdoU, http://www.playvid.com/watch/v72i8lzE462,
http://www.playvid.com/watch/O5uiGkHCwa9, http://www.playvid.com/watch/lP12cf8OdUj, http://www.playvid.com/watch/4yTLPLru86z,
http://www.playvid.com/watch/4bLCzdGQ2F8, http://www.playvid.com/watch/cjdp0cDALUT, http://www.playvid.com/watch/mUd1SrnoTxv,
http://www.playvid.com/watch/I-uPRE7P1JE, http://www.playvid.com/watch/gZ9C649HpU5, http://www.playvid.com/watch/TsGyA3Uof-Q,
http://www.playvid.com/watch/n3VcUnjpGD2, http://www.playvid.com/watch/49Psu1qkLX-, http://www.playvid.com/watch/901G27eETkK,
http://www.playvid.com/watch/SYdEwZoFjXZ, http://www.playvid.com/watch/TWKIVD7Qqx9, http://www.playvid.com/watch/P2bUBtqw3VM,
http://www.playvid.com/watch/CSFAZqatYwF, http://www.playvid.com/watch/dfuOk6EJ4qJ, http://www.playvid.com/watch/M7faga8aVpj,
http://www.playvid.com/watch/YelUiD0oDH-, http://www.playvid.com/watch/-L95Wg7iUWo, http://www.playvid.com/watch/gBsw2Y6wkb9,
http://www.playvid.com/watch/q227orR9XfT, http://www.playvid.com/watch/3a5BpoRny5D, http://www.playvid.com/watch/U9EQiFPSJ-H,
http://www.playvid.com/watch/GYp2nSKjSW0, http://www.playvid.com/watch/7mQxOHGra6d, http://www.playvid.com/watch/MkiwiyFnDRK,
http://www.playvid.com/watch/tWxBIzOOAHf, http://www.playvid.com/watch/XZhWZixJVTD, http://www.playvid.com/watch/uHUKLxDz9y6,
http://www.playvid.com/watch/egRWA8JxE3B, http://www.playvid.com/watch/LXjOVeDNdQp, http://www.playvid.com/watch/KPf-UtlQvG9,
http://www.playvid.com/watch/6C8mQ4Rv2Sr, http://www.playvid.com/watch/pTsx6UbZtnL, http://www.playvid.com/watch/VaGY2zQgX1h,
http://www.playvid.com/watch/fmYgn6ecUz6, http://www.playvid.com/watch/nvuhyW6XaqM, http://www.playvid.com/watch/AXZ8Wtdsi7a,
http://www.playvid.com/watch/wVsP1w24mkK, http://www.playvid.com/watch/4qmJMRyMBjq, http://www.playvid.com/watch/Y0TKQvdOjQF,
http://www.playvid.com/watch/2215vLNuIeN, http://www.playvid.com/watch/g-XJ-ZUXy5b, http://www.playvid.com/watch/IlDLqygL2WA,
http://www.playvid.com/watch/OqqjtxzJQtv, http://www.playvid.com/watch/ZADV4fAE5zd, http://www.playvid.com/watch/0m50kJs32Q4,
http://www.playvid.com/watch/FAhJS0RdPsI, http://www.playvid.com/watch/NhQ1-AWPHxk, http://www.playvid.com/watch/Fm2tFuwzJLE,
http://www.playvid.com/watch/d6Y-Hj8yIHG, http://www.playvid.com/watch/g3WYJu-DWwD, http://www.playvid.com/watch/GriZFMB05Fs,
http://www.playvid.com/watch/WWCi_jfbiQP, http://www.playvid.com/watch/x-NcpH34t45, http://www.playvid.com/watch/pqFU9UxqonD,
http://www.playvid.com/watch/FF09dCnf4Bx, http://www.playvid.com/watch/7GLdXTzBnPD, http://www.playvid.com/watch/eeV_QF6aGeQ,
http://www.playvid.com/watch/x4z7radNBMl, http://www.playvid.com/watch/lJ_ec770mNY, http://www.playvid.com/watch/bsA31S3zdgK,
http://www.playvid.com/watch/hhP3R3K668f, http://www.playvid.com/watch/haXE2dJzQ59, http://www.playvid.com/watch/DVJtxSQT_Ag,
http://www.playvid.com/watch/SUEsrj1C5rr, http://www.playvid.com/watch/Na1WJutg6_a, http://www.playvid.com/watch/728F-v-BFSN,
http://www.playvid.com/watch/sKcAVeo4IfO, http://www.playvid.com/watch/vpuQk8_3ukr, http://www.playvid.com/watch/TM57msq0oP7,
http://www.playvid.com/watch/aDWm5_ANcLe, http://www.playvid.com/watch/YNFxnoVo_0U, http://www.playvid.com/watch/n0xLWKUMh0e,
http://www.playvid.com/watch/kwytzI1IuWh, http://www.playvid.com/watch/M4CCS_R1LZX, http://www.playvid.com/watch/PIhcki02av8,
http://www.playvid.com/watch/vYghdJnLT0l, http://www.playvid.com/watch/esN7EYUB8JF, http://www.playvid.com/watch/oc0tRhDvbh7,
http://www.playvid.com/watch/CvEA8peWE9y, http://www.playvid.com/watch/FuyTAhhVtoc, http://www.playvid.com/watch/bUOoRbHRF1y,
http://www.playvid.com/watch/ynln8JyTMkP, http://www.playvid.com/watch/VOiEohav3-9, http://www.playvid.com/watch/KXbcJNKIhTd,
http://www.playvid.com/watch/hZXqQOY74GC, http://www.playvid.com/watch/PAR8IivRwsI, http://www.playvid.com/watch/U-V_VeFUnKL,
http://www.playvid.com/watch/vjTu3Cyb0yb, http://www.playvid.com/watch/CbjbShTeVjH, http://www.playvid.com/watch/cvcTNGENP6m,
http://www.playvid.com/watch/zlphE5qjIYD, http://www.playvid.com/watch/Sf4Zog5regi, http://www.playvid.com/watch/lO5eB9DPyjK,
http://www.playvid.com/watch/7zOpGynKYPm, http://www.playvid.com/watch/BFSZV5eAhol, http://www.playvid.com/watch/yNg5_GXouZ4,
http://www.playvid.com/watch/XK8MfPKauN8, http://www.playvid.com/watch/hn3veLQr8P6, http://www.playvid.com/watch/EvM3908TlfS,
http://www.playvid.com/watch/0GgZyukK1Tf, http://www.playvid.com/watch/X3Z2uJdUhnY, http://www.playvid.com/watch/xDmXdtB5_EK,
http://www.playvid.com/watch/xYewBD75y7a, http://www.playvid.com/watch/dsRya6632os, http://www.playvid.com/watch/wG8P9ijQzwx,
http://www.playvid.com/watch/t51ocEj8enP, http://www.playvid.com/watch/52fez83BorR, http://www.playvid.com/watch/aw7dwK1Ppkj,
http://www.playvid.com/watch/Cn1mQETMlUE, http://www.playvid.com/watch/YTrIapnNpkk, http://www.playvid.com/watch/2agsmcQVRYn,
http://www.playvid.com/watch/7VByi8OMLGM, http://www.playvid.com/watch/t9NcxF8TpaE, http://www.playvid.com/watch/esivHJt67Ri,
http://www.playvid.com/watch/4YwspiJKje2, http://www.playvid.com/watch/0UZDFe3q-0j, http://www.playvid.com/watch/zyE3cvc0Qeg,
http://www.playvid.com/watch/uyw45P1QLUd, http://www.playvid.com/watch/yxWnvzrFHyl, http://www.playvid.com/watch/mK66Dd6CN4X,
http://www.playvid.com/watch/FWpnC46GLGg, http://www.playvid.com/watch/9HwLFdLibV7, http://www.playvid.com/watch/WOJyHu0FFC9,
http://www.playvid.com/watch/isBh88X3Azy, http://www.playvid.com/watch/GlWQ32rcxW9, http://www.playvid.com/watch/7EsK8fV3IjK,
http://www.playvid.com/watch/Q5gCOfeLGpN, http://www.playvid.com/watch/MI6JbiYZFKV, http://www.playvid.com/watch/hdB9uzxGAyr,
http://www.playvid.com/watch/MmxCY62J23H, http://www.playvid.com/watch/kXd4w6GtgQH, http://www.playvid.com/watch/VQBrCSk_TnE,
http://www.playvid.com/watch/S9Dvp-16OpS, http://www.playvid.com/watch/IH002Qt1IlA, http://www.playvid.com/watch/BLams0MRlyo,
http://www.playvid.com/watch/0KCeCQwjWAc, http://www.playvid.com/watch/pvyC8N76lFb, http://www.playvid.com/watch/TNaZ5Bz_JIS,
http://www.playvid.com/watch/zcRaYei63fv, http://www.playvid.com/watch/37nxhbA_oYl, http://www.playvid.com/watch/IrEFL_mnAMv,
http://www.playvid.com/watch/RcDVO0he-tK, http://www.playvid.com/watch/GkGzpDzUcEI, http://www.playvid.com/watch/TBrWb2-H2Ud,
http://www.playvid.com/watch/WZID3An6SN0, http://www.playvid.com/watch/d-WREAiKInM, http://www.playvid.com/watch/fOCT8O5_RlZ,
http://www.playvid.com/watch/IRRkrekrAYV, http://www.playvid.com/watch/5XKp2mCmEZM, http://www.playvid.com/watch/oWm8xi6sTa0,
http://www.playvid.com/watch/X4nTVteDcT3, http://www.playvid.com/watch/6l1r63xYjJ2, http://www.playvid.com/watch/wfxXEb15idS,
http://www.playvid.com/watch/VwK1AtwAhws, http://www.playvid.com/watch/KqY0Ni6L2Ix, http://www.playvid.com/watch/HkiRKgNUfaY,
http://www.playvid.com/watch/evT4Ku-nuCP, http://www.playvid.com/watch/G0zzy3c_gFo, http://www.playvid.com/watch/O_s0HkqGF3K,
http://www.playvid.com/watch/YV7lcpp26IZ, http://www.playvid.com/watch/2lQ-54vlaz8, http://www.playvid.com/watch/GAxJi003Dd3,
http://www.playvid.com/watch/uJYztkpn3-N, http://www.playvid.com/watch/N-tbrPon3Ya, http://www.playvid.com/watch/OsMfQnHpL65,
http://www.playvid.com/watch/gZe-eJ0HNYf, http://www.playvid.com/watch/z68NnQiE9zK, http://www.playvid.com/watch/tqyY0Pf1rAe,
http://www.playvid.com/watch/aJVYhNaBBj9, http://www.playvid.com/watch/nM516a55kur, http://www.playvid.com/watch/ZjY9ORvj0ul,
http://www.playvid.com/watch/VrBHN1591Q3, http://www.playvid.com/watch/fu3v-gzTsH5, http://www.playvid.com/watch/atMKmYgiqox,
http://www.playvid.com/watch/X3z5dN6RA8F, http://www.playvid.com/watch/eZhWJUneAFU, http://www.playvid.com/watch/ShgtPu8ZBnU,
http://www.playvid.com/watch/p18da0lvtUN, http://www.playvid.com/watch/s8fVrt3jTgF, http://www.playvid.com/watch/whNDSoXhxmX,
http://www.playvid.com/watch/XdwhDX5t7Fn, http://www.playvid.com/watch/uJJCPfIEluF, http://www.playvid.com/watch/0KKrnkBgtLj,
http://www.playvid.com/watch/TnQh9QuisRA, http://www.playvid.com/watch/EW0r9V1wVgu, http://www.playvid.com/watch/R9sYIj3NKGR,
http://www.playvid.com/watch/CzZCXMZ76ve, http://www.playvid.com/watch/Qc9PlICkoY6, http://www.playvid.com/watch/9RHdF_I2WML,
http://www.playvid.com/watch/2ZuFVhzUGKA, http://www.playvid.com/watch/M60T_ihjJ2Q, http://www.playvid.com/watch/S6jFo--AZAV,
http://www.playvid.com/watch/e4WXeoo0sin, http://www.playvid.com/watch/WRoQLam_c0y, http://www.playvid.com/watch/HSI0koflgBu,
http://www.playvid.com/watch/LNoQ9hk3GBD, http://www.playvid.com/watch/zxRNE1nK-Va, http://www.playvid.com/watch/SiVZ5WBhlCU,
http://www.playvid.com/watch/e7yGAL7Zmx8, http://www.playvid.com/watch/kZs4ZeO_0D4, http://www.playvid.com/watch/VZ4pHBJhv0L,
http://www.playvid.com/watch/4wDP3Nov31P, http://www.playvid.com/watch/mUBDg3UcdgE, http://www.playvid.com/watch/B8csenoXMbH,
http://www.playvid.com/watch/8fY1IOXjNWw, http://www.playvid.com/watch/Emr_ez85uQ4, http://www.playvid.com/watch/EfUU4Qh1XvN,
http://www.playvid.com/watch/vh4rcxPH5fp, http://www.playvid.com/watch/EGN8P4k9hSy, http://www.playvid.com/watch/6gA7YYCb8ap,
http://www.playvid.com/watch/Bp71PVwrA0x, http://www.playvid.com/watch/eQK9ZdMcgnF, http://www.playvid.com/watch/54cJaBcxJmj,

http://www.playvid.com/watch/LPVKYHHwfny, http://www.playvid.com/watch/tO_zOeVBXXQ, http://www.playvid.com/watch/6VUFLA1bb1w, http://www.playvid.com/watch/43NC9-8gZiN, http://www.playvid.com/watch/J94Wg4xwIlm, http://www.playvid.com/watch/cLZiekUYoCh, http://www.playvid.com/watch/mh12a2vQUtZ, http://www.playvid.com/watch/9dNUbdKoiX0, http://www.playvid.com/watch/2Q3vIzijjtF, http://www.playvid.com/watch/OapK7IYKapM, http://www.playvid.com/watch/XKCw9LFg4an, http://www.playvid.com/watch/nC6MaV5GaUS, http://www.playvid.com/watch/MbqOGBQTOm0, http://www.playvid.com/watch/LqaX4Xj_8El, http://www.playvid.com/watch/PIIQ9veU_tB, http://www.playvid.com/watch/FNUftCpE32s, http://www.playvid.com/watch/EIhrii0BmGM, http://www.playvid.com/watch/3ZW733AwncJ, http://www.playvid.com/watch/yMei575Ki1f, http://www.playvid.com/watch/zMXpQanUNRa, http://www.playvid.com/watch/RKYUYV4YTL7, http://www.playvid.com/watch/DEu-Nk4Nb9N, http://www.playvid.com/watch/7tZDUElxRcR, http://www.playvid.com/watch/tokAB6K7n-4, http://www.playvid.com/watch/3J4bLmaNcM0, http://www.playvid.com/watch/j-gI2P7txhE, http://www.playvid.com/watch/Lsahl_IsV-v, http://www.playvid.com/watch/HP_Gik7ED5S, http://www.playvid.com/watch/2xsvE988pHd, http://www.playvid.com/watch/7sLXVpLB20P, http://www.playvid.com/watch/hKnQwYQMAUV, http://www.playvid.com/watch/J8_QHFxFTTR, http://www.playvid.com/watch/AnUA2KGHuGD, http://www.playvid.com/watch/t5Bp-56Usvt, http://www.playvid.com/watch/0-Tyd8X2ZWH, http://www.playvid.com/watch/dF0Fh7lDY4V, http://www.playvid.com/watch/ypAXbcAPIJU, http://www.playvid.com/watch/2cdxbYL-au8, http://www.playvid.com/watch/CthTH2JJv_d, http://www.playvid.com/watch/iZcm1EpwWNK, http://www.playvid.com/watch/DlW0IHc64Cj, http://www.playvid.com/watch/QRLTw--9PPM, http://www.playvid.com/watch/Z7oVP3OYq0y, http://www.playvid.com/watch/9lDxnXZTGw7, http://www.playvid.com/watch/Gsa3g0biqlx, http://www.playvid.com/watch/PWoobvx2Que, http://www.playvid.com/watch/2ayY4088-24, http://www.playvid.com/watch/bvwSJCvl3xo, http://www.playvid.com/watch/mLW0ULiLrlb, http://www.playvid.com/watch/nFA5S3Qrsdp, http://www.playvid.com/watch/m9H26XZUcB0, http://www.playvid.com/watch/L2jd9spD0Ew, http://www.playvid.com/watch/9aG0yWa0Pwj, http://www.playvid.com/watch/RftWlS2egK2, http://www.playvid.com/watch/vERlaVk3w8s, http://www.playvid.com/watch/5AALfshVNep, http://www.playvid.com/watch/yvNDHdPnZYS, http://www.playvid.com/watch/6EGBn_0yX6u, http://www.playvid.com/watch/COFztXcWibi, http://www.playvid.com/watch/cBLp9CH2xJw, http://www.playvid.com/watch/dRWrL3pUbwa, http://www.playvid.com/watch/FBa6tpvmMgx, http://www.playvid.com/watch/zCeRrE33NB2, http://www.playvid.com/watch/KTdrukgKV4c, http://www.playvid.com/watch/N-pl8-TfnMA, http://www.playvid.com/watch/9OkGjPISb7S, http://www.playvid.com/watch/KRsSPh1_0mz, http://www.playvid.com/watch/P8nb1hMx-vD, http://www.playvid.com/watch/q22S809cL8H, http://www.playvid.com/watch/vWGbWq_yylR, http://www.playvid.com/watch/NXHp7Hszhe8, http://www.playvid.com/watch/YxfnWBHJocW, http://www.playvid.com/watch/cXTKh08pIzO, http://www.playvid.com/watch/WMpTifoyNIG, http://www.playvid.com/watch/fm6NYDVCfeN, http://www.playvid.com/watch/HLrEjv1BwUo, http://www.playvid.com/watch/DkQHGXkZP_C, http://www.playvid.com/watch/2zRCE-T2-0d, http://www.playvid.com/watch/qFSnR2VGaQR, http://www.playvid.com/watch/byRZfTUHytz, http://www.playvid.com/watch/iGqTMdo7sIZ, http://www.playvid.com/watch/C5YiGezg5Tl, http://www.playvid.com/watch/qJe3MjziVy0, http://www.playvid.com/watch/WTMQPpUuPKx, http://www.playvid.com/watch/P4-HtwpJ-TB, http://www.playvid.com/watch/jQBiBmKIzmQ, http://www.playvid.com/watch/N8yOgUzEldo, http://www.playvid.com/watch/YHlIqS6Jhkd, http://www.playvid.com/watch/jSKh-2TxejK, http://www.playvid.com/watch/JhjtBY30tbT, http://www.playvid.com/watch/rzyPm9vVCuE, http://www.playvid.com/watch/HMWbPnWKhVg, http://www.playvid.com/watch/p5jvFoasf2J, http://www.playvid.com/watch/WB-dN7cubq5, http://www.playvid.com/watch/jDPmF-n-q-F, http://www.playvid.com/watch/ms3ESq_ADBW, http://www.playvid.com/watch/ciCW86CVGy6, http://www.playvid.com/watch/PfchpBj6md3, http://www.playvid.com/watch/8cZRk56JHCf, http://www.playvid.com/watch/cpjZqZf1Yrh, http://www.playvid.com/watch/bPfOr2MGBqO, http://www.playvid.com/watch/CzA4h6Y4exP, http://www.playvid.com/watch/w-JKY4TA6hu, http://www.playvid.com/watch/EeyRA0y1_dZ, http://www.playvid.com/watch/CxIZ295mIGU, http://www.playvid.com/watch/7UlG_rOsjvT, http://www.playvid.com/watch/NUtUf-p9jsI, http://www.playvid.com/watch/pHMwk4mWyOa, http://www.playvid.com/watch/RTc_5GWdh0c, http://www.playvid.com/watch/xEtdiWCjTT0, http://www.playvid.com/watch/iinuF_ABSq7, http://www.playvid.com/watch/vY7kSO7D5nj, http://www.playvid.com/watch/WZ4ofJbQwPU, http://www.playvid.com/watch/bZkfensrW2E, http://www.playvid.com/watch/HAHI7cOKi8D, http://www.playvid.com/watch/XurH2b6UBD8, http://www.playvid.com/watch/ZwPHf4xXBc5, http://www.playvid.com/watch/wcB3Y-hT8JC, http://www.playvid.com/watch/zC1FAgEqC26, http://www.playvid.com/watch/IyuHfVazivi, http://www.playvid.com/watch/RrY0qbXzuwJ, http://www.playvid.com/watch/Bww2VEkmEJJ
5.f. Date of third notice: 2014-03-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: greentool
5.b. Uploader's email address: barrymariona@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/greentool
5.e. List of videos posted by uploader: http://www.playvid.com/watch/x9hSLCil8cG, http://www.playvid.com/watch/0RN82OjV9lW, http://www.playvid.com/watch/kI5-Ja5yHRT, http://www.playvid.com/watch/vUmWff9PXxB, http://www.playvid.com/watch/GX8StnJds0Y, http://www.playvid.com/watch/qjEzFyXzHP2, http://www.playvid.com/watch/VBDq5etetcy, http://www.playvid.com/watch/TH2GrkHH0F5, http://www.playvid.com/watch/UEb7zF8JvNc, http://www.playvid.com/watch/Ff4WhE6fCTs, http://www.playvid.com/watch/zuKVTOHX06d, http://www.playvid.com/watch/hnBVRv3ycrw, http://www.playvid.com/watch/hqLxlMMxXoS, http://www.playvid.com/watch/GDRdJ4PaUfr, http://www.playvid.com/watch/JLSfwkben7h, http://www.playvid.com/watch/wxg0-PJCJwn, http://www.playvid.com/watch/bvp0bDVrbmT, http://www.playvid.com/watch/eaHN7cBBfik, http://www.playvid.com/watch/a8qYhyPdQwA, http://www.playvid.com/watch/X9l-o5hzHiR, http://www.playvid.com/watch/JCweJc6NmkS, http://www.playvid.com/watch/oIKrgF0c7xi, http://www.playvid.com/watch/Cyn-0iVIFe0, http://www.playvid.com/watch/dFbT8dACXH3, http://www.playvid.com/watch/dbG7FKMSqfX, http://www.playvid.com/watch/aq9ZsQWkSUB, http://www.playvid.com/watch/QWdYqi-VKqV, http://www.playvid.com/watch/KwCMubelVRw, http://www.playvid.com/watch/0yZ4WNzZRNd, http://www.playvid.com/watch/4oYpkZDrqPj, http://www.playvid.com/watch/RCTNZXzXQV8, http://www.playvid.com/watch/JmuAJDln5iD, http://www.playvid.com/watch/Wva2SSIYSbB, http://www.playvid.com/watch/XAv92H3vxTQ, http://www.playvid.com/watch/Os8BauP2DDJ, http://www.playvid.com/watch/Zb0bDFQBGkb, http://www.playvid.com/watch/-N7Kr-9ddNa, http://www.playvid.com/watch/ZUWBIa64Lcf, http://www.playvid.com/watch/uvQX083iYMc, http://www.playvid.com/watch/u36UsUlcuVn, http://www.playvid.com/watch/8by-SipARFi, http://www.playvid.com/watch/OSkp78MToxP, http://www.playvid.com/watch/chlIEGEhXHv, http://www.playvid.com/watch/gShPm3P4c4w, http://www.playvid.com/watch/gKIc-p2gwJe, http://www.playvid.com/watch/CHOmEay5uJO, http://www.playvid.com/watch/eOl7Z5UkLLe, http://www.playvid.com/watch/PjN9BqDaA0Y, http://www.playvid.com/watch/S6G82rb72Zt, http://www.playvid.com/watch/yNbM4Pid3fi, http://www.playvid.com/watch/v8DsgaBW94s, http://www.playvid.com/watch/M5ujk802WsD, http://www.playvid.com/watch/8OU4j64kYFm, http://www.playvid.com/watch/AY05bvdZ4el, http://www.playvid.com/watch/sHOIj56Vfg3, http://www.playvid.com/watch/vvy7a2GyGKN, http://www.playvid.com/watch/Eo3H8HQPOMh, http://www.playvid.com/watch/Nepfunp3MtO, http://www.playvid.com/watch/fWYfYtdfuhC, http://www.playvid.com/watch/3Jrh9kWiosi, http://www.playvid.com/watch/jVdPpuviwIO, http://www.playvid.com/watch/pNZl8cFgwEY, http://www.playvid.com/watch/3f2U33KznPB, http://www.playvid.com/watch/I-5Gq6NenPa, http://www.playvid.com/watch/mnOjcGxCFa5, http://www.playvid.com/watch/i-iljbBqwGZ, http://www.playvid.com/watch/N5LqtXJM4c5, http://www.playvid.com/watch/NdF2RtfruhG, http://www.playvid.com/watch/fY-FCcn-JZ6, http://www.playvid.com/watch/AB5jJBqaClc, http://www.playvid.com/watch/2VkY2zKtd6H, http://www.playvid.com/watch/0adTNrwkYrW, http://www.playvid.com/watch/XsWu8cH9zzb, http://www.playvid.com/watch/6yEYA2m2kdG, http://www.playvid.com/watch/zHUoooBHfHu, http://www.playvid.com/watch/tZOLy8quiEk, http://www.playvid.com/watch/yQmszWSjKQv, http://www.playvid.com/watch/eksclL6rTPT, http://www.playvid.com/watch/amhaRSbRZj7, http://www.playvid.com/watch/qSrt3vjdem4, http://www.playvid.com/watch/A5WdF0x8rTS, http://www.playvid.com/watch/Zeub5ymCbUO, http://www.playvid.com/watch/fNJQVgSeJUw, http://www.playvid.com/watch/YUz2vGY3Hir, http://www.playvid.com/watch/ONa0ycCWmfw, http://www.playvid.com/watch/TBwRf9g46xr, http://www.playvid.com/watch/E8peCwGKm5e, http://www.playvid.com/watch/pMtlsAqEjw4, http://www.playvid.com/watch/9kx5MtzKNnO, http://www.playvid.com/watch/N0UPiaNquaH, http://www.playvid.com/watch/NVvsPoFFzf9, http://www.playvid.com/watch/x8b8nXL6q-o, http://www.playvid.com/watch/F7RyxYFkUwl, http://www.playvid.com/watch/jrx73ov2wHv, http://www.playvid.com/watch/rrOyEc0DJqj, http://www.playvid.com/watch/cPCEGWtpnXW, http://www.playvid.com/watch/2aCeZaGa3ne, http://www.playvid.com/watch/kMXfAY2hnC8, http://www.playvid.com/watch/twaKIbJcnjz, http://www.playvid.com/watch/-fgTUdjrI46, http://www.playvid.com/watch/X0OObhszxTN, http://www.playvid.com/watch/QMn2eTz7d3x, http://www.playvid.com/watch/J4DClZAU-xE, http://www.playvid.com/watch/rzz-cexDvCT, http://www.playvid.com/watch/iHN0xOw9hEl, http://www.playvid.com/watch/mhLkpcLSDw7, http://www.playvid.com/watch/HkNeA5BgPQs, http://www.playvid.com/watch/eGwYJeVqleQ, http://www.playvid.com/watch/kbgJyUT34DX, http://www.playvid.com/watch/UlPfaR07Fej, http://www.playvid.com/watch/MPVebT9Z5Nh, http://www.playvid.com/watch/WQJNOxNQPFJ, http://www.playvid.com/watch/jSwI9QEGpN6, http://www.playvid.com/watch/wAFWcMHppRU, http://www.playvid.com/watch/6HNn7GkJBDR, http://www.playvid.com/watch/XV5M58QNjc6, http://www.playvid.com/watch/fnuKoTjiAAq, http://www.playvid.com/watch/i-0QIWFKrMH, http://www.playvid.com/watch/cHyOD9MFaTU, http://www.playvid.com/watch/GRnaOQ8SCFO, http://www.playvid.com/watch/ffej9bS6oSf, http://www.playvid.com/watch/xYVosLj0OPM, http://www.playvid.com/watch/KznxrBxIewi, http://www.playvid.com/watch/CSIVV9IYI5F, http://www.playvid.com/watch/YaSgGngBakj, http://www.playvid.com/watch/JvLC3xTsOWS, http://www.playvid.com/watch/Rtt0khyH5Eb, http://www.playvid.com/watch/ciGC9Y4QabK, http://www.playvid.com/watch/jfECwpoezT9, http://www.playvid.com/watch/9t8fe8nep8s, http://www.playvid.com/watch/7c9jihMNT2K, http://www.playvid.com/watch/tiOfMXVcl7E, http://www.playvid.com/watch/Cn2kulfs2LC, http://www.playvid.com/watch/kUuqwtlJxMG, http://www.playvid.com/watch/BG58b2ogLJV, http://www.playvid.com/watch/eWPXiKeALIk, http://www.playvid.com/watch/XKinYSOb46u, http://www.playvid.com/watch/IR2EHcYQrOR, http://www.playvid.com/watch/Xo0bvHHFypg, http://www.playvid.com/watch/tKC25t3QEZr, http://www.playvid.com/watch/BsZnpWwuMdf, http://www.playvid.com/watch/X-Ph6sol3WP, http://www.playvid.com/watch/o-lkrKiYPRK, http://www.playvid.com/watch/2cU5vzqZcRO, http://www.playvid.com/watch/oWQQ6L-K3BK, http://www.playvid.com/watch/EhBsP5s7HYy,

http://www.playvid.com/watch/obDE9kBPCO2, http://www.playvid.com/watch/uZejrGj53p2, http://www.playvid.com/watch/mSwoUH2uzYb,
http://www.playvid.com/watch/IBNdqm-II75, http://www.playvid.com/watch/MTungYAhBc4, http://www.playvid.com/watch/ZsudhKm56mx,
http://www.playvid.com/watch/TFumo0cglLw, http://www.playvid.com/watch/8FMLBK0rrGk, http://www.playvid.com/watch/oNSUZd6YEcf,
http://www.playvid.com/watch/w9tYTK3ELxB, http://www.playvid.com/watch/xD7JJckiXh2, http://www.playvid.com/watch/BF26RuObL-X,
http://www.playvid.com/watch/787l8t6PT9P, http://www.playvid.com/watch/9gEKNmuCzM5, http://www.playvid.com/watch/AePKQYgzcpH,
http://www.playvid.com/watch/XwQ0yVuwNDz, http://www.playvid.com/watch/A3lDc9elm35, http://www.playvid.com/watch/cIIv3OUz3fQ,
http://www.playvid.com/watch/vWdoVU5x-DV, http://www.playvid.com/watch/TvfT3PhYaCm, http://www.playvid.com/watch/OADnhotpx-O,
http://www.playvid.com/watch/d9RAHqrHHvw, http://www.playvid.com/watch/VerzFlYq954, http://www.playvid.com/watch/kQjiI9FdB-i,
http://www.playvid.com/watch/8nYqVB3R8oD, http://www.playvid.com/watch/MbNathq3HG7, http://www.playvid.com/watch/8rHF6RaQyTF,
http://www.playvid.com/watch/TiJuEqeNQCI, http://www.playvid.com/watch/-tkWLQWhppJ, http://www.playvid.com/watch/-ESpDlAZ8bl,
http://www.playvid.com/watch/Ql7UhY3XrhK, http://www.playvid.com/watch/EhkgP77P4NS, http://www.playvid.com/watch/VRojgjO9Zin,
http://www.playvid.com/watch/Z7-zz2tSUan, http://www.playvid.com/watch/p8Y5FCdDMr9, http://www.playvid.com/watch/qpmIrDwPsQE,
http://www.playvid.com/watch/Mnt4WNZJzFI, http://www.playvid.com/watch/U8mGJ3tQhIp, http://www.playvid.com/watch/IhBtEZpOPAE,
http://www.playvid.com/watch/eWHvKUq9yEg, http://www.playvid.com/watch/h0aSteSNIoG, http://www.playvid.com/watch/aqqyhIxCXXK,
http://www.playvid.com/watch/Y-nKYWbuN7b, http://www.playvid.com/watch/PheE-EC39NC, http://www.playvid.com/watch/YgPCSPSHHiO,
http://www.playvid.com/watch/-E0KIMi5n3k, http://www.playvid.com/watch/dbbcPyXLCEc, http://www.playvid.com/watch/LLVpNO6vli9,
http://www.playvid.com/watch/U7rjxebF6pX, http://www.playvid.com/watch/A3N4XPG-UjD, http://www.playvid.com/watch/CtCiLTZFITs,
http://www.playvid.com/watch/Hlo79luYj0j, http://www.playvid.com/watch/RNdL9GqbVUL, http://www.playvid.com/watch/uyuPpTueAaG,
http://www.playvid.com/watch/qmU0vOIHTKn, http://www.playvid.com/watch/oYuEoQQCXtm, http://www.playvid.com/watch/GYLfxRXAx7H,
http://www.playvid.com/watch/SZbV6b6flmX, http://www.playvid.com/watch/WkJrKy2Wrt0, http://www.playvid.com/watch/kyyWi7pMHOJ,
http://www.playvid.com/watch/FHQvJBrKwwV, http://www.playvid.com/watch/vzOE6fGhr6H, http://www.playvid.com/watch/JRinIx8fDi8,
http://www.playvid.com/watch/7bcHPFqcb4H, http://www.playvid.com/watch/oA2QVeajPJT, http://www.playvid.com/watch/XRd4INNZHUA,
http://www.playvid.com/watch/Hpl7WNJhmR9, http://www.playvid.com/watch/wBxA4KlIkTH, http://www.playvid.com/watch/DCIxQI5ar6r,
http://www.playvid.com/watch/dvvTNnu4MIB, http://www.playvid.com/watch/WqvBLtGbP9y, http://www.playvid.com/watch/RVCos9NcGoY,
http://www.playvid.com/watch/JKKOrNtT7gp, http://www.playvid.com/watch/nDFaLfC-Gxx, http://www.playvid.com/watch/Bn0eiFzhzEv,
http://www.playvid.com/watch/UeaQxbns3go, http://www.playvid.com/watch/TewH0e8bNeE, http://www.playvid.com/watch/KuYGEPAOUzY,
http://www.playvid.com/watch/idJLOsLfEOz, http://www.playvid.com/watch/ioCYh9sMMhJ, http://www.playvid.com/watch/n7NDWcauxMb,
http://www.playvid.com/watch/-qA6lR-xgh4, http://www.playvid.com/watch/fV0e9WRsgxF, http://www.playvid.com/watch/w0fC2bMxJDf,
http://www.playvid.com/watch/jaOjhpvmtdR, http://www.playvid.com/watch/ZKXZT6dSSab, http://www.playvid.com/watch/oQKsys76rVk,
http://www.playvid.com/watch/vdXLsIuqdux, http://www.playvid.com/watch/ffQ4d3ZrTNb, http://www.playvid.com/watch/Wy9fJi5vJkN,
http://www.playvid.com/watch/Tt7sowDFVEV, http://www.playvid.com/watch/zaqUoTXgSEb, http://www.playvid.com/watch/cK2mEOqeL8O,
http://www.playvid.com/watch/ZjqbciVsHl0, http://www.playvid.com/watch/CSPsvEbjucw, http://www.playvid.com/watch/Xe2qSIlCW6M,
http://www.playvid.com/watch/JcM2P76bBfQ, http://www.playvid.com/watch/aLZnJnlOTof, http://www.playvid.com/watch/S5cW9LnOyRn,
http://www.playvid.com/watch/CJFBRThyeGI, http://www.playvid.com/watch/6s46d4OugIV, http://www.playvid.com/watch/Ab2LofcpCaI,
http://www.playvid.com/watch/FQbd5Ap6nqs, http://www.playvid.com/watch/TrnxNUgH9Xs, http://www.playvid.com/watch/9C2xUkBE79c,
http://www.playvid.com/watch/Lw8JlhpA-AW, http://www.playvid.com/watch/q77gXSc6PZl, http://www.playvid.com/watch/MnvGPZqLYLG,
http://www.playvid.com/watch/OUvfnk2PB-w, http://www.playvid.com/watch/wVVUjQERbPK, http://www.playvid.com/watch/-uGvPgJ2O2T,
http://www.playvid.com/watch/oZCtGQgOCKC, http://www.playvid.com/watch/w2gFXD7yS08, http://www.playvid.com/watch/Pa2LtEMQuhJ,
http://www.playvid.com/watch/9Lj0RonQYlW, http://www.playvid.com/watch/GWdXtbaBgm9, http://www.playvid.com/watch/leohn4DgpcO,
http://www.playvid.com/watch/F2X3H06vwLR, http://www.playvid.com/watch/afGIvoioz6r, http://www.playvid.com/watch/XSPFtM2S8xK,
http://www.playvid.com/watch/IxZhRWu5daM, http://www.playvid.com/watch/Bw-hbe6Wy75, http://www.playvid.com/watch/yH6KvoY9lOi,
http://www.playvid.com/watch/dVvkNnHM203, http://www.playvid.com/watch/UrzaCdUaM4O, http://www.playvid.com/watch/LLPk2pKYme8,
http://www.playvid.com/watch/BVemF5M3yvv, http://www.playvid.com/watch/MUirgKfI-Yf, http://www.playvid.com/watch/THpYvemJbn8,
http://www.playvid.com/watch/ZzBGqxpAqNI, http://www.playvid.com/watch/4MchIntli6s
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gtblitz
5.b. Uploader's email address: gtblitz619RKO@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/gtblitz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NH0mmUVS6pd, http://www.playvid.com/watch/2ro9fknD35J,
http://www.playvid.com/watch/OggWAAxjsdw, http://www.playvid.com/watch/REH2CzQtF5r, http://www.playvid.com/watch/u0GVbO5rdia,
http://www.playvid.com/watch/NrPpGkQI5zP, http://www.playvid.com/watch/68YLt6h6uJX, http://www.playvid.com/watch/vFtgdYT2umi,
http://www.playvid.com/watch/0sMegFDECjn, http://www.playvid.com/watch/Im4eTeMiWuy, http://www.playvid.com/watch/CNSzC8zHuFz,
http://www.playvid.com/watch/gvK-lQAPMm4, http://www.playvid.com/watch/OF5qi0lIgUQ, http://www.playvid.com/watch/nqsb7UQ0RWq,
http://www.playvid.com/watch/saBVPY4G6eg, http://www.playvid.com/watch/O4CWrjT-5qe, http://www.playvid.com/watch/dUtily9pr-K,
http://www.playvid.com/watch/eQn8atddkOF, http://www.playvid.com/watch/ubZChNl-Oj6, http://www.playvid.com/watch/rVgep7sBLDY,
http://www.playvid.com/watch/mJzLaUGP25s, http://www.playvid.com/watch/MDjkH6KoUm7, http://www.playvid.com/watch/gC3Uib4oh42,
http://www.playvid.com/watch/ST8jXmW84f2, http://www.playvid.com/watch/xrJBIgHcZaU, http://www.playvid.com/watch/WbeZzBhrgWI,
http://www.playvid.com/watch/eYk-uB5BB33, http://www.playvid.com/watch/Flo4eGK4SId, http://www.playvid.com/watch/6ZbqHSUtFCi,
http://www.playvid.com/watch/Z7fNEiZ6eh-, http://www.playvid.com/watch/RvojJYuhg4O, http://www.playvid.com/watch/yDROICUdI-f,
http://www.playvid.com/watch/SLuDSZhSCtA, http://www.playvid.com/watch/lcqKPVkr6ZY, http://www.playvid.com/watch/t8ZYRmi0IUm,
http://www.playvid.com/watch/fqwe-nD3RyI, http://www.playvid.com/watch/BrSVMBIrLhu, http://www.playvid.com/watch/2jpNmResheN,
http://www.playvid.com/watch/IVWibWNNVk0, http://www.playvid.com/watch/4pUWUGDwHpC, http://www.playvid.com/watch/A-pa9p5Tvcz,
http://www.playvid.com/watch/q8tVY6vVD7L, http://www.playvid.com/watch/ZoHUPktje0T, http://www.playvid.com/watch/xfmazEKAPoe,
http://www.playvid.com/watch/S4hMHZ6ZTkF, http://www.playvid.com/watch/UnFjEsKTKw2, http://www.playvid.com/watch/59D0kZBekMQ,
http://www.playvid.com/watch/nGUmqHl4sC7, http://www.playvid.com/watch/vjiGK05q0eC, http://www.playvid.com/watch/7mnQvCgdmT6,
http://www.playvid.com/watch/e-0zw-RgHpS, http://www.playvid.com/watch/ujse4kRYq2E, http://www.playvid.com/watch/XH-qLw7MTze,
http://www.playvid.com/watch/06LPXUVrUFu, http://www.playvid.com/watch/yLw0uaeJ68Y, http://www.playvid.com/watch/angOdXJ8hfl,
http://www.playvid.com/watch/uIJjambZbZP, http://www.playvid.com/watch/vSgDAp6QoCt, http://www.playvid.com/watch/B0JwRdCHlwz,
http://www.playvid.com/watch/MIXCFxMtkge, http://www.playvid.com/watch/i9-ov2EjgRE, http://www.playvid.com/watch/wY7Cla2Yu8W,
http://www.playvid.com/watch/xTIUeNxr9t7, http://www.playvid.com/watch/wByli2pCNXl, http://www.playvid.com/watch/LjClFSbm44W,
http://www.playvid.com/watch/NQXAruX5wNy, http://www.playvid.com/watch/7AiNPVkWsWa, http://www.playvid.com/watch/nzCZasajvDb,
http://www.playvid.com/watch/ta3Y-2nsoZy, http://www.playvid.com/watch/NUTwCqUNOYp, http://www.playvid.com/watch/cMT3Kr0Tk3m,
http://www.playvid.com/watch/PUURaEuATtq, http://www.playvid.com/watch/VA6XaxMd2tL, http://www.playvid.com/watch/Gg7XCxCB4j7,
http://www.playvid.com/watch/omx-trk8qNW, http://www.playvid.com/watch/a0pHAaeHySs, http://www.playvid.com/watch/9wViLSTv6uA,
http://www.playvid.com/watch/F3jwqV5cQiH, http://www.playvid.com/watch/CdmdUFKir7Z, http://www.playvid.com/watch/xUt-VgYSx27,
http://www.playvid.com/watch/HffOxK8tMfH, http://www.playvid.com/watch/s0gD-QNlLof, http://www.playvid.com/watch/ncpIhACACLR,
http://www.playvid.com/watch/n0DQWr7OBB4, http://www.playvid.com/watch/lVQmxeKck7J, http://www.playvid.com/watch/UcX-ZQTEz4o,
http://www.playvid.com/watch/GEtmCdpLhp-, http://www.playvid.com/watch/lnOO0GnwCjD, http://www.playvid.com/watch/P7cPxxfWZgc,
http://www.playvid.com/watch/eF7t7aFz7SM, http://www.playvid.com/watch/YXUMZMxMaxS, http://www.playvid.com/watch/RVRY6MGXJbi,
http://www.playvid.com/watch/8vPkUY7kXJ4, http://www.playvid.com/watch/c8D26x6Zwcq, http://www.playvid.com/watch/tXBo2yi3aHX,
http://www.playvid.com/watch/Q2KLjm8phB5, http://www.playvid.com/watch/cHTGRlPe0Mj, http://www.playvid.com/watch/-dqXeSNoaiw,
http://www.playvid.com/watch/5knMbWNuDzX, http://www.playvid.com/watch/ws24ThstUem, http://www.playvid.com/watch/eN4AiAJH77f,
http://www.playvid.com/watch/hgEmrWuj9Ki, http://www.playvid.com/watch/EfQeaflumPF, http://www.playvid.com/watch/bvyFUsU8Eno,
http://www.playvid.com/watch/k7NGpDDmuY9, http://www.playvid.com/watch/ri08Kq9Vkev, http://www.playvid.com/watch/A8PFaWIqZuv,
http://www.playvid.com/watch/uIdI5XeBfdG, http://www.playvid.com/watch/6hrkC0oQvmi, http://www.playvid.com/watch/VYig5EURJvH,
http://www.playvid.com/watch/0LCR5sBSYF5, http://www.playvid.com/watch/-iJGlrkx2Dd, http://www.playvid.com/watch/HAKdbqlVX7V,
http://www.playvid.com/watch/EKlSVpRrAcH, http://www.playvid.com/watch/VAYkjgBusJI, http://www.playvid.com/watch/6oiNimHRgGo,
http://www.playvid.com/watch/CjTD7Yr6Wq5, http://www.playvid.com/watch/rYZbhqznEYs, http://www.playvid.com/watch/dTaoui-eXHG,
http://www.playvid.com/watch/oT80pAJFleD, http://www.playvid.com/watch/mDatnieMMs9, http://www.playvid.com/watch/9W2N8ufQwTS,
http://www.playvid.com/watch/rZx4y5dVHKG, http://www.playvid.com/watch/GU3ABPFxv3J, http://www.playvid.com/watch/z0ynTLeuT60,
http://www.playvid.com/watch/q0nUObinfYr, http://www.playvid.com/watch/ESweVXWR-qq, http://www.playvid.com/watch/se8i9SNTSEN,
http://www.playvid.com/watch/pG5Z7pcAhBd, http://www.playvid.com/watch/Wff--hcRh6T, http://www.playvid.com/watch/RAcDE489uFc,
http://www.playvid.com/watch/gqpt0htSucd, http://www.playvid.com/watch/Q5vQgWEExPB, http://www.playvid.com/watch/o76pACQzTkx,
http://www.playvid.com/watch/JdGWXURbYTk, http://www.playvid.com/watch/S-5JOsThAr3, http://www.playvid.com/watch/RObTxvmTubV,

http://www.playvid.com/watch/rtI9nF4D8mH, http://www.playvid.com/watch/3ElzZjnMh5R, http://www.playvid.com/watch/fip0APtm6-h, http://www.playvid.com/watch/9m7kpQV3jlI, http://www.playvid.com/watch/aWjiRG4t7Sp, http://www.playvid.com/watch/ggmohCLwmi6, http://www.playvid.com/watch/pxgHQRxZpkO, http://www.playvid.com/watch/zdQQxf88i5O, http://www.playvid.com/watch/MhxXSA6qcpv, http://www.playvid.com/watch/Haqgx4z9TUm, http://www.playvid.com/watch/2jIQ-4H6wav, http://www.playvid.com/watch/vocWLLvuLvn, http://www.playvid.com/watch/8UmWFetl6X4, http://www.playvid.com/watch/rPturyLeU-0, http://www.playvid.com/watch/yOUZAor0gDo, http://www.playvid.com/watch/YJlw7ACob6m, http://www.playvid.com/watch/ldEDqhYnUtn, http://www.playvid.com/watch/G5jVZcv4fYo, http://www.playvid.com/watch/vC3mZhUBdTT, http://www.playvid.com/watch/0HXd3Q689Q6, http://www.playvid.com/watch/B427MaD54Ka, http://www.playvid.com/watch/MPFNO7Z7iYU, http://www.playvid.com/watch/aspeNCxjijD, http://www.playvid.com/watch/Fp9hQwWGBgS, http://www.playvid.com/watch/utVjtuGO8W8, http://www.playvid.com/watch/3PjG8zqwFKo, http://www.playvid.com/watch/vi7DkQz6azB, http://www.playvid.com/watch/kPDXiWXauGW, http://www.playvid.com/watch/AtyIkzxUQh7, http://www.playvid.com/watch/rc9NpXvQll3, http://www.playvid.com/watch/WJH-OhTytvy, http://www.playvid.com/watch/T5vRZ7PhJdi, http://www.playvid.com/watch/VuYwliyEJH7, http://www.playvid.com/watch/zZ5YfTQHanR, http://www.playvid.com/watch/slX8oVPcS9e, http://www.playvid.com/watch/0ptyFFPqCq7, http://www.playvid.com/watch/hhilX5eeAon, http://www.playvid.com/watch/SLc5nuhFiF6, http://www.playvid.com/watch/4wqMsoOpamA, http://www.playvid.com/watch/Wyi9LrjOiDF, http://www.playvid.com/watch/paeSX6ge-U9, http://www.playvid.com/watch/SwwbH9OfVAE, http://www.playvid.com/watch/2jx4flMufUJ, http://www.playvid.com/watch/J-Gjhu36xCv, http://www.playvid.com/watch/QoebOqKKYQK, http://www.playvid.com/watch/E-MSg53E-Hz, http://www.playvid.com/watch/ayfitVllI8B, http://www.playvid.com/watch/katkR0aFCdB, http://www.playvid.com/watch/JDj4wlLZiau, http://www.playvid.com/watch/DF4Wb4OnvG7, http://www.playvid.com/watch/WQWFK0ZuRLC, http://www.playvid.com/watch/3sV-FStH0Q8, http://www.playvid.com/watch/xIN7Ow0sdHd, http://www.playvid.com/watch/TBm6tYugCFo, http://www.playvid.com/watch/NfLDzdYWFS0, http://www.playvid.com/watch/vbNQsi2kTAo, http://www.playvid.com/watch/RfaXPJB2pT2, http://www.playvid.com/watch/MEC9NByh7tg, http://www.playvid.com/watch/reYeOvZ0S8c, http://www.playvid.com/watch/SLbi6HLspwt, http://www.playvid.com/watch/cMR4pmTeWzB, http://www.playvid.com/watch/MP3WJztiyDF, http://www.playvid.com/watch/DP2T-HZ4HQ2, http://www.playvid.com/watch/XNiU1hV5zLu, http://www.playvid.com/watch/Munie7lD4X9, http://www.playvid.com/watch/CSE5fB8a5w5, http://www.playvid.com/watch/knZr6DOqGn3, http://www.playvid.com/watch/B6fEGfrMQVB, http://www.playvid.com/watch/SZ8zFMG81Sc, http://www.playvid.com/watch/eFw6wIXseI6, http://www.playvid.com/watch/F5IIhykwKnx, http://www.playvid.com/watch/-rjjGfhtxh5, http://www.playvid.com/watch/CDRVaUeVA7c, http://www.playvid.com/watch/VI0fpy6OHa7, http://www.playvid.com/watch/NzF52vn-mXe, http://www.playvid.com/watch/JwdggIj1fBJ, http://www.playvid.com/watch/HiW3Ptd1j7d, http://www.playvid.com/watch/nj1u56pouee, http://www.playvid.com/watch/4yrvIipbyJR, http://www.playvid.com/watch/DQFbPBFioQH, http://www.playvid.com/watch/7baCf6hJOwm, http://www.playvid.com/watch/lCGgZBGw2QE, http://www.playvid.com/watch/r6Zen3MibiP, http://www.playvid.com/watch/OQdLkvnSqlR, http://www.playvid.com/watch/9hx9hTUhBb-, http://www.playvid.com/watch/RtVm1iCSYsE, http://www.playvid.com/watch/xtspK-jpqKG, http://www.playvid.com/watch/CVMJSp7KYmq, http://www.playvid.com/watch/dV5NhWaGRcy, http://www.playvid.com/watch/YLfk-aKAEBk, http://www.playvid.com/watch/QoLwGO9jwh6, http://www.playvid.com/watch/ASvAIswOarl, http://www.playvid.com/watch/coANE1Cvgjx, http://www.playvid.com/watch/tq6OFN953cH, http://www.playvid.com/watch/ElNztNLBzay, http://www.playvid.com/watch/6qTLYVGCGua, http://www.playvid.com/watch/53Ajz1zc2tU, http://www.playvid.com/watch/PNc1uWO9bJs, http://www.playvid.com/watch/dI9jQpfwZZL, http://www.playvid.com/watch/0PBm-3TbMj-, http://www.playvid.com/watch/ubbvinSxiOp, http://www.playvid.com/watch/Z4p4jInyc4X, http://www.playvid.com/watch/8ja7YcfThTH, http://www.playvid.com/watch/cq7cWJkc-Kk, http://www.playvid.com/watch/UqE4wyz7Wf4, http://www.playvid.com/watch/tgYgirxWXVP, http://www.playvid.com/watch/NID0vHmFHld, http://www.playvid.com/watch/CXQSj1xLBSd, http://www.playvid.com/watch/LFm9oPimR8e, http://www.playvid.com/watch/CcUtlRxxSEL, http://www.playvid.com/watch/RLqxZvfHO5E, http://www.playvid.com/watch/pRd0swR3zfz, http://www.playvid.com/watch/4PgHxzRziuB, http://www.playvid.com/watch/olmQWkA9YDP, http://www.playvid.com/watch/LOqOqytauE7, http://www.playvid.com/watch/EwNjFv4wOWC, http://www.playvid.com/watch/x_e0TDaF2Ps, http://www.playvid.com/watch/tVDtI_YtdZS, http://www.playvid.com/watch/lVWJ5po9ssJ, http://www.playvid.com/watch/2cwzd00FEuO, http://www.playvid.com/watch/8KXyvmKu-A0, http://www.playvid.com/watch/bLKt0j8vk3v, http://www.playvid.com/watch/9NZUpOOZhfG, http://www.playvid.com/watch/bMe0xGoK1Ue, http://www.playvid.com/watch/Q6GtsmcSRO9, http://www.playvid.com/watch/09oivF7Mmwb, http://www.playvid.com/watch/fk1OkyCoKL3, http://www.playvid.com/watch/uXllhU5_k2x, http://www.playvid.com/watch/bWV_6HI4VjZ, http://www.playvid.com/watch/XYK4HfXelnV, http://www.playvid.com/watch/Y4xabn-XgOY, http://www.playvid.com/watch/XiPwFSH5e9M, http://www.playvid.com/watch/WHaaJg0fHNB, http://www.playvid.com/watch/U7QzLo2GMgj, http://www.playvid.com/watch/LBCYLEd28-m, http://www.playvid.com/watch/nXiwhAM8uHu, http://www.playvid.com/watch/ldd95LMr7-E, http://www.playvid.com/watch/uj9NHogF8Um, http://www.playvid.com/watch/nkYbLx1GfCv, http://www.playvid.com/watch/Pr9118JsV6x, http://www.playvid.com/watch/NhlxdW5HpKs, http://www.playvid.com/watch/V06klVDNuit
5.f. Date of third notice: 2014-01-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gucio
5.b. Uploader's email address: verdi8@wp.pl
5.d. Uploader's profile: http://www.playvid.com/member/gucio
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zJACBMsYciC, http://www.playvid.com/watch/XC3kCDRI9c2, http://www.playvid.com/watch/CE0XmVberPv, http://www.playvid.com/watch/gWSgBn43IWc, http://www.playvid.com/watch/d6Aig4rCsaz, http://www.playvid.com/watch/Uj5iLFrRVq-, http://www.playvid.com/watch/hvbEse5jokm, http://www.playvid.com/watch/3HSwrPd0Z2V, http://www.playvid.com/watch/K3WsxW8v4yj, http://www.playvid.com/watch/50aFGHkSuUH, http://www.playvid.com/watch/5lqcWpZbf7d, http://www.playvid.com/watch/CzYc6A2n2Wl, http://www.playvid.com/watch/8w74G-5C0rb, http://www.playvid.com/watch/s-Kw8piWfgk, http://www.playvid.com/watch/OMrBcjRkMWY, http://www.playvid.com/watch/NmoKwUtGchT, http://www.playvid.com/watch/op3WgDxfRg6, http://www.playvid.com/watch/8zc4A8xaOwG, http://www.playvid.com/watch/HXffGpf9R8Y, http://www.playvid.com/watch/FJz4HxtXoFC, http://www.playvid.com/watch/CvwgoVpResI, http://www.playvid.com/watch/EEj5k7IMra-, http://www.playvid.com/watch/5nwNpxgiSNO
5.f. Date of third notice: 2013-11-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: gustavos
5.b. Uploader's email address: dernikoli@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/gustavos
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ETr4iXlAYf0, http://www.playvid.com/watch/OigwjbRkCU-, http://www.playvid.com/watch/hggmvIGDLa6, http://www.playvid.com/watch/nVVPXwFgnmP, http://www.playvid.com/watch/EKkdObjxmiA, http://www.playvid.com/watch/Knk7HxGS9lc, http://www.playvid.com/watch/OfrCk42yW3T, http://www.playvid.com/watch/IFWR-HvvwYW, http://www.playvid.com/watch/bssrZRgVtHA, http://www.playvid.com/watch/KGQTzgajdfT, http://www.playvid.com/watch/n0COc0d0vSc, http://www.playvid.com/watch/mZAxQaxGWV2, http://www.playvid.com/watch/jAcJRwGaxhQ, http://www.playvid.com/watch/3qMblzIcpPF, http://www.playvid.com/watch/8ukpjl8CqyT, http://www.playvid.com/watch/YNsD-5n6hwv, http://www.playvid.com/watch/yvXRg-B9QRf, http://www.playvid.com/watch/swhN6GbbasR, http://www.playvid.com/watch/LqdtYCF7bvt, http://www.playvid.com/watch/355hOb3pMeb, http://www.playvid.com/watch/aCq9w074JNi, http://www.playvid.com/watch/3sCOrLN-Sru, http://www.playvid.com/watch/UP7926mvYFl, http://www.playvid.com/watch/WsycJKsdYj9, http://www.playvid.com/watch/3erMcF5koqp, http://www.playvid.com/watch/ZRtB2ayEED2, http://www.playvid.com/watch/n-JP78RYVz0, http://www.playvid.com/watch/zrOkpxwFqSK, http://www.playvid.com/watch/MsZmgMs5b7a, http://www.playvid.com/watch/HsdvCNBmtNQ, http://www.playvid.com/watch/kTLBV3sPc2h, http://www.playvid.com/watch/A5hj8HoDhZW, http://www.playvid.com/watch/FBEjRmLMmE4, http://www.playvid.com/watch/cBXmaURYxd4, http://www.playvid.com/watch/lZVxHN2wd0n, http://www.playvid.com/watch/eXIZA6cSncJ, http://www.playvid.com/watch/7QkgFncRhCH, http://www.playvid.com/watch/GTLWcvoaHcP, http://www.playvid.com/watch/4OhWf386Nno, http://www.playvid.com/watch/edxkdOoOXsa, http://www.playvid.com/watch/mEkT8ncxIWQ, http://www.playvid.com/watch/GAScCTcUBda, http://www.playvid.com/watch/PDtqXaAykr4, http://www.playvid.com/watch/3VSYbn706Fk, http://www.playvid.com/watch/Wqdex9o5eCc, http://www.playvid.com/watch/iZxFsZb-EdU, http://www.playvid.com/watch/7sYNV5GXPXi, http://www.playvid.com/watch/ObpB3l2lJLz, http://www.playvid.com/watch/E7kNJ36xafs, http://www.playvid.com/watch/fIphGaH7M8a, http://www.playvid.com/watch/TrH-4eoisv5, http://www.playvid.com/watch/wfrrN0I7xA3, http://www.playvid.com/watch/JVhd6FFsvSg, http://www.playvid.com/watch/AJtPwvzpidQ, http://www.playvid.com/watch/zymVQRodk4u, http://www.playvid.com/watch/dTrzEaKXCXH, http://www.playvid.com/watch/mDhGj7r7Hi-, http://www.playvid.com/watch/OcFrOEHQXfO, http://www.playvid.com/watch/sRo85u8ABlF, http://www.playvid.com/watch/LOBOvrWlMiz, http://www.playvid.com/watch/-dNmxYkipDh, http://www.playvid.com/watch/zjUDf94iEl8, http://www.playvid.com/watch/lDFlpcWhwWT, http://www.playvid.com/watch/dCbl-DCBxZs, http://www.playvid.com/watch/ee4gurwCJHw, http://www.playvid.com/watch/aGkNt0kOuls, http://www.playvid.com/watch/ozcTa4L-IRz, http://www.playvid.com/watch/5bVVT8hp2DF, http://www.playvid.com/watch/HiFGOAMwI8Z, http://www.playvid.com/watch/80hrjjS5FLI, http://www.playvid.com/watch/COXLO3RqvHo, http://www.playvid.com/watch/go9IeOkjqSN, http://www.playvid.com/watch/d7-LdfMvi8Z, http://www.playvid.com/watch/7X-v-XgSt2u, http://www.playvid.com/watch/f0N8SxhbaA4, http://www.playvid.com/watch/jTXe8IYHxdw, http://www.playvid.com/watch/8xmYDOkiIc3, http://www.playvid.com/watch/qqjXyw75gFF, http://www.playvid.com/watch/TVjsfB88PpG, http://www.playvid.com/watch/pUqUvvSGyLM, http://www.playvid.com/watch/3VxE62C2mfd, http://www.playvid.com/watch/sBFOttNNi07, http://www.playvid.com/watch/XIwDT9Jt7f4,

http://www.playvid.com/watch/4i3fl8q8O44, http://www.playvid.com/watch/tjYGwV2EOvL, http://www.playvid.com/watch/2MSvYxqw4k0, http://www.playvid.com/watch/dLXlKyyazMy, http://www.playvid.com/watch/WZKvY5H0lsz, http://www.playvid.com/watch/c4WAhfRxkiw, http://www.playvid.com/watch/7WmUZr-F3UW, http://www.playvid.com/watch/oau4lXDGLJu, http://www.playvid.com/watch/ypc5AmJYKlM, http://www.playvid.com/watch/0wh-7KFiQSz, http://www.playvid.com/watch/GFsOdIQ0azu
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hafman
5.b. Uploader's email address: diegosiseso@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hafman
5.e. List of videos posted by uploader: http://www.playvid.com/watch/WTr0FMWz4zl, http://www.playvid.com/watch/ylC8LJ7LiMw, http://www.playvid.com/watch/H9THpem4A4O, http://www.playvid.com/watch/MvS8ptvslDa, http://www.playvid.com/watch/QADN3S8IrKQ, http://www.playvid.com/watch/QqXQBprkQnf, http://www.playvid.com/watch/5-f4TDVFwzm, http://www.playvid.com/watch/fCIZ-5NmKCU, http://www.playvid.com/watch/VwCXshu6hva, http://www.playvid.com/watch/ELSAjLNACkQ, http://www.playvid.com/watch/Er3RjgPKQTG, http://www.playvid.com/watch/jfesBbR4qnE, http://www.playvid.com/watch/QCanMcAW7B7, http://www.playvid.com/watch/-SBxZRpCQjS, http://www.playvid.com/watch/HJiILYxlafI, http://www.playvid.com/watch/PFYJR3onzEX, http://www.playvid.com/watch/x3BZ-jMTWp5, http://www.playvid.com/watch/dO-7f056MvG, http://www.playvid.com/watch/qWOOup3Pnyf, http://www.playvid.com/watch/EaOgnhMHoCn, http://www.playvid.com/watch/kfadZr5kWFw, http://www.playvid.com/watch/hi4balnGzZu, http://www.playvid.com/watch/rbBQd9NcYv0, http://www.playvid.com/watch/svlZ4eyaFQB, http://www.playvid.com/watch/-aq7ciXm4Nl, http://www.playvid.com/watch/NVBN3xqYa3D, http://www.playvid.com/watch/k0b3fHJUjuB, http://www.playvid.com/watch/jupEXARPHqF, http://www.playvid.com/watch/ymQNInA2qSQ, http://www.playvid.com/watch/Xg2Jw0cndvJ, http://www.playvid.com/watch/FpoU-WZapmy, http://www.playvid.com/watch/0tTcHBMkX8b, http://www.playvid.com/watch/aPZQdVy-2YF, http://www.playvid.com/watch/ErU8f2zWJij, http://www.playvid.com/watch/XcIqM8Gvg0t, http://www.playvid.com/watch/3jMzySZuu8p, http://www.playvid.com/watch/mruYhEJtU0g, http://www.playvid.com/watch/KBIPoRnyOJa, http://www.playvid.com/watch/ksBb8kEnctg, http://www.playvid.com/watch/SmUhj4TMyJj, http://www.playvid.com/watch/OACocWNa3NJ, http://www.playvid.com/watch/lMJDCMKIjaf, http://www.playvid.com/watch/BEZcKfJ2rhJ, http://www.playvid.com/watch/NeF-mYRVUJG, http://www.playvid.com/watch/NPhpxQaCtie, http://www.playvid.com/watch/vYe4PnvFmEl, http://www.playvid.com/watch/bPc760q0Tn9, http://www.playvid.com/watch/wLT976d2Z3o, http://www.playvid.com/watch/PTviwMwemf0, http://www.playvid.com/watch/5oHxEmOOAmx, http://www.playvid.com/watch/6kuwboAlmf7, http://www.playvid.com/watch/AAZZvggpxQq, http://www.playvid.com/watch/FXmQ-BqNpSo, http://www.playvid.com/watch/TYX-6Rz8qhY, http://www.playvid.com/watch/cdQqNUsUdvt, http://www.playvid.com/watch/mkpnw6Z8Ciy, http://www.playvid.com/watch/mWmX43wQTK7, http://www.playvid.com/watch/iSd-l7lp4iB, http://www.playvid.com/watch/KLdbRLFYukg, http://www.playvid.com/watch/8ZKaOBc-YqB, http://www.playvid.com/watch/f7JFR2Y2CH6, http://www.playvid.com/watch/QjXkOi42qAL, http://www.playvid.com/watch/epMROkRDVej, http://www.playvid.com/watch/dDuGVzxDLXC, http://www.playvid.com/watch/FP6jnNVu2Xp, http://www.playvid.com/watch/bKWNHIj9i5-, http://www.playvid.com/watch/-cKuReNnPlK, http://www.playvid.com/watch/smGAzDD4XRE, http://www.playvid.com/watch/viX09XchHVd, http://www.playvid.com/watch/rNYNBRavvt3, http://www.playvid.com/watch/fnZfthg2Igq, http://www.playvid.com/watch/whLBv6l3e6C, http://www.playvid.com/watch/yNe8sATJEJk, http://www.playvid.com/watch/eE3bdm9OFPt, http://www.playvid.com/watch/rG0bu0Jtl0c, http://www.playvid.com/watch/tiY6N7jgb8t, http://www.playvid.com/watch/tbKuoI4zgNt, http://www.playvid.com/watch/8BYHTRyGT6Y, http://www.playvid.com/watch/aq9tpMUCrqZ, http://www.playvid.com/watch/uYiydFvxTaG, http://www.playvid.com/watch/Dgic3vpG-QN, http://www.playvid.com/watch/rVzeFBNiKCK, http://www.playvid.com/watch/xztppqYLTJn, http://www.playvid.com/watch/RhOAy559Vv7, http://www.playvid.com/watch/dUAp2enDoeX, http://www.playvid.com/watch/CumuJZVkzTl, http://www.playvid.com/watch/gw2DRvfgf4J, http://www.playvid.com/watch/E5Z7cRVxSbU, http://www.playvid.com/watch/hE2-5SGCTAk, http://www.playvid.com/watch/vefTIaGLhbg, http://www.playvid.com/watch/VqqMF7VVGZg, http://www.playvid.com/watch/0QfJ0Q3PDZO, http://www.playvid.com/watch/Jd2L9fDzNed, http://www.playvid.com/watch/5749EA5JMvn, http://www.playvid.com/watch/Er4GeyB3XMc, http://www.playvid.com/watch/7pQUhRFFkJp, http://www.playvid.com/watch/XfSmIKTh6IE, http://www.playvid.com/watch/2QLNu7AEqSu, http://www.playvid.com/watch/vrkJnGQmgPh, http://www.playvid.com/watch/ninYDhVVmLg, http://www.playvid.com/watch/PdSHlMvOlwz, http://www.playvid.com/watch/j3AHev5XkzP, http://www.playvid.com/watch/5FJ2C9kKE2W, http://www.playvid.com/watch/tCbCGTEd2u5, http://www.playvid.com/watch/Qw-dl7KzYRG, http://www.playvid.com/watch/aNLLpow9gvw, http://www.playvid.com/watch/VNRAJxcXEyK, http://www.playvid.com/watch/LGkhp73c0L8, http://www.playvid.com/watch/6Pjo2cPTjgm, http://www.playvid.com/watch/nDfkorvSnUY, http://www.playvid.com/watch/0E5IT6Pmsov, http://www.playvid.com/watch/PILuD6p2ioK, http://www.playvid.com/watch/36BRlVbtCAV, http://www.playvid.com/watch/-RQzCdnemtG, http://www.playvid.com/watch/GacF2MSZN-W, http://www.playvid.com/watch/DrfdHxeJN83, http://www.playvid.com/watch/xjk82fkuQ3O, http://www.playvid.com/watch/B0kIolMsdaW, http://www.playvid.com/watch/pFvm6UCQ8Qm, http://www.playvid.com/watch/s5AwEVLlFx6, http://www.playvid.com/watch/97Tvbgs-GLG, http://www.playvid.com/watch/UVZZYObeJcz, http://www.playvid.com/watch/mPg7UdZdbX0, http://www.playvid.com/watch/zp7lKNDMsaO, http://www.playvid.com/watch/2Qe0nLKRdQb, http://www.playvid.com/watch/6Bfx6arxEeM, http://www.playvid.com/watch/Rq9FTJTiQ7q, http://www.playvid.com/watch/kBIZuRXQDNJ, http://www.playvid.com/watch/KZNgKm-65pB, http://www.playvid.com/watch/Detu6YtPAOr, http://www.playvid.com/watch/QGgI6H3BtIB, http://www.playvid.com/watch/hcaxirae6bN, http://www.playvid.com/watch/XtQVBTdNALa, http://www.playvid.com/watch/dB7e7FR-VLh, http://www.playvid.com/watch/cqPl0pj0iFw, http://www.playvid.com/watch/0wkod8j4HnZ, http://www.playvid.com/watch/C8lBXTkeDSY, http://www.playvid.com/watch/9DCd5cUDXOB, http://www.playvid.com/watch/y9riroRbtoq, http://www.playvid.com/watch/ecPo56aEvrH, http://www.playvid.com/watch/HIwBKTIbeoI, http://www.playvid.com/watch/E9fTkXEDPFz, http://www.playvid.com/watch/x6y2ibfYupf, http://www.playvid.com/watch/wJyFmoydCXl, http://www.playvid.com/watch/olgRcdPA0Ny, http://www.playvid.com/watch/oaVY4rMSFPN, http://www.playvid.com/watch/JWtXCdmxOjg, http://www.playvid.com/watch/onGyOebDPuC, http://www.playvid.com/watch/dZSyXwPBZNF, http://www.playvid.com/watch/ag38ufFZhEK, http://www.playvid.com/watch/HTDENXsBcCe, http://www.playvid.com/watch/z-ASVr-5Ewb, http://www.playvid.com/watch/bDBHibnR-gO, http://www.playvid.com/watch/QhKezYz4YDB, http://www.playvid.com/watch/5syjvpdne5N, http://www.playvid.com/watch/rJCP54omCoh, http://www.playvid.com/watch/sQGnJiVuU8N, http://www.playvid.com/watch/UfbB2U-P80u, http://www.playvid.com/watch/ZN3heQSVEfW, http://www.playvid.com/watch/Cm0KvLNj0Ka, http://www.playvid.com/watch/EqHIqavzhOI, http://www.playvid.com/watch/sM0vUBYTQYP, http://www.playvid.com/watch/VPINvWZmyTa, http://www.playvid.com/watch/RbbfK9HJXpB, http://www.playvid.com/watch/6YHyNsdQDKg, http://www.playvid.com/watch/hF-WcghDKrB, http://www.playvid.com/watch/OprJ5HbmlLH, http://www.playvid.com/watch/XHgqlyz2UMm, http://www.playvid.com/watch/r9p0JMYxBp-, http://www.playvid.com/watch/awHtMPGmAcb, http://www.playvid.com/watch/uQQfp7-fGav, http://www.playvid.com/watch/0rfqeZQb8bp, http://www.playvid.com/watch/32agx5f9ql-, http://www.playvid.com/watch/YNBpZ7oR74w, http://www.playvid.com/watch/TWapo9vOHTS, http://www.playvid.com/watch/iYV94D3gEga, http://www.playvid.com/watch/wWkeXTxTlsx, http://www.playvid.com/watch/Mm5sOdgeH7Z, http://www.playvid.com/watch/ELNAPQwpN0r, http://www.playvid.com/watch/KI7YXIbk70f, http://www.playvid.com/watch/8xO5EzxBYNE, http://www.playvid.com/watch/dkND2hb6mmf, http://www.playvid.com/watch/5vqC2OC9fLM, http://www.playvid.com/watch/7NycdOPWX30, http://www.playvid.com/watch/OIWBRGI-Qjh, http://www.playvid.com/watch/qQxPP-qhsYh, http://www.playvid.com/watch/7qYt6CnydA8, http://www.playvid.com/watch/3SDWypMS5Ab, http://www.playvid.com/watch/JnDEYolBAaE, http://www.playvid.com/watch/wKIH5vB4OB5, http://www.playvid.com/watch/bq5vqYyPUOW, http://www.playvid.com/watch/4aUUkdTiBqY, http://www.playvid.com/watch/pONIhs2qWHI, http://www.playvid.com/watch/HLCmbHJTYYI, http://www.playvid.com/watch/QUUs7kFJTNs, http://www.playvid.com/watch/xccSvx0he3e, http://www.playvid.com/watch/gBUZ3aFCpKl, http://www.playvid.com/watch/piUvSTv2RSX, http://www.playvid.com/watch/I0QJBusThTZ, http://www.playvid.com/watch/g6zAdzGxP-O, http://www.playvid.com/watch/W9A3RTPSFlj, http://www.playvid.com/watch/-fIrz6fc0rg, http://www.playvid.com/watch/boJ8UsOTPYh, http://www.playvid.com/watch/ygq2fgVjktO, http://www.playvid.com/watch/ghKaUM9eIfi, http://www.playvid.com/watch/o4LJh5fypVR, http://www.playvid.com/watch/juuzHzaIeX5, http://www.playvid.com/watch/msf-99IhXFq, http://www.playvid.com/watch/OptEh5JKweS, http://www.playvid.com/watch/5AkKPqZA0lf, http://www.playvid.com/watch/mAijQ-exjr2, http://www.playvid.com/watch/tN324exH-AL, http://www.playvid.com/watch/p93ib9YQl2r, http://www.playvid.com/watch/PNNDWHVKH2w, http://www.playvid.com/watch/qP2Ac6x3G35, http://www.playvid.com/watch/J-wUtMRRmYO, http://www.playvid.com/watch/OeFiGiR9bCz, http://www.playvid.com/watch/oCxyHM5G7uO, http://www.playvid.com/watch/yOIEYtUwpxG, http://www.playvid.com/watch/9rGXqCTyNBr, http://www.playvid.com/watch/ufxzK4DALcF, http://www.playvid.com/watch/LS5Ad2FNCDN, http://www.playvid.com/watch/gPJaHGDzqSJ, http://www.playvid.com/watch/vVaxrdiESdP, http://www.playvid.com/watch/nyzRvDTRaUI, http://www.playvid.com/watch/wt4N7pYzQyI, http://www.playvid.com/watch/u48cHMdFX7X, http://www.playvid.com/watch/BZjvE6LKDR2, http://www.playvid.com/watch/AQX5dVXrj7J, http://www.playvid.com/watch/XdgQ7GbHyOs, http://www.playvid.com/watch/-KOPeWlJFfU, http://www.playvid.com/watch/cEhGWsD59un, http://www.playvid.com/watch/pfnUk8S7onh, http://www.playvid.com/watch/FcWTpPLDdce, http://www.playvid.com/watch/Pml38wZQsd5, http://www.playvid.com/watch/VFckR0ln398, http://www.playvid.com/watch/xdNUv7LuAjn, http://www.playvid.com/watch/INdj0rZztFJ, http://www.playvid.com/watch/RJkZ60yUJvR, http://www.playvid.com/watch/kY4hKWPeDa0, http://www.playvid.com/watch/VgZd20P-lHU, http://www.playvid.com/watch/zYYbAHb9ndQ, http://www.playvid.com/watch/0ZvC9BKoA9H, http://www.playvid.com/watch/REmQRTl7qYp, http://www.playvid.com/watch/nCkpGgJTjyO, http://www.playvid.com/watch/jJVxoj3vuRF, http://www.playvid.com/watch/hLYyP453Blk, http://www.playvid.com/watch/ByNUSnGZt0-, http://www.playvid.com/watch/E2TbFyme4ge, http://www.playvid.com/watch/BAkY4jw3QDo, http://www.playvid.com/watch/txeHes-5zWp, http://www.playvid.com/watch/A5HEzyGYkVI, http://www.playvid.com/watch/S0QoqtxOUQb, http://www.playvid.com/watch/3XadnmELgsP, http://www.playvid.com/watch/H8xjHBtV0zD, http://www.playvid.com/watch/4yCcOAeday3, http://www.playvid.com/watch/E30GFMtVzNn,

http://www.playvid.com/watch/wOOU0-etm7e, http://www.playvid.com/watch/y7uaCvKwOl6, http://www.playvid.com/watch/mi883jDbaXF,
http://www.playvid.com/watch/l8DGjSKkfJW, http://www.playvid.com/watch/ibvUgaiQdlY, http://www.playvid.com/watch/JxY7bjnGNmU,
http://www.playvid.com/watch/B0HvxY5yJmx, http://www.playvid.com/watch/Kg4JkANJXKt, http://www.playvid.com/watch/9o0DmWNJcxz,
http://www.playvid.com/watch/4c99GXxgl2u, http://www.playvid.com/watch/I2bnICFqqEa, http://www.playvid.com/watch/mS0XCM88fjo,
http://www.playvid.com/watch/nEngmS3Pk3B, http://www.playvid.com/watch/POKsngcXmbS, http://www.playvid.com/watch/KgXaBuhivAx,
http://www.playvid.com/watch/0jjTuchofe4, http://www.playvid.com/watch/ii06sMSoG00, http://www.playvid.com/watch/5svv2xayODO,
http://www.playvid.com/watch/zxvcvnjX3ZC, http://www.playvid.com/watch/KeskFL8XVDB, http://www.playvid.com/watch/3aa6YmlfuLw,
http://www.playvid.com/watch/ONiSP9eSUWS, http://www.playvid.com/watch/HnaxR7j7oF5, http://www.playvid.com/watch/r0OAVH9nUEF,
http://www.playvid.com/watch/NGRZTKaeKfF, http://www.playvid.com/watch/ZbcKgJgSFNW, http://www.playvid.com/watch/GKGnKzmHt8n,
http://www.playvid.com/watch/BovHxOWg4sy, http://www.playvid.com/watch/jvs7FQDDmrk, http://www.playvid.com/watch/npfhawlHjN3,
http://www.playvid.com/watch/gp6NRBjy-l2, http://www.playvid.com/watch/Wwqr0xjZzWw, http://www.playvid.com/watch/J-5RQ05cFt2,
http://www.playvid.com/watch/u48PSVUEarf, http://www.playvid.com/watch/YXmk-Sw8ETY, http://www.playvid.com/watch/g9sspeo6oZN,
http://www.playvid.com/watch/igidVeUAm3W, http://www.playvid.com/watch/yVbuwM9ClEP, http://www.playvid.com/watch/FyCU4CBTGaG,
http://www.playvid.com/watch/nec-8ir6hbO, http://www.playvid.com/watch/4qrC5gsMOve, http://www.playvid.com/watch/nagEgAyJ8GS,
http://www.playvid.com/watch/-3dbyiqqlNy, http://www.playvid.com/watch/YCaBlo8bfAy, http://www.playvid.com/watch/-lSp-YMwCyO,
http://www.playvid.com/watch/lQS9p4jvavx, http://www.playvid.com/watch/8R-75ctXInH, http://www.playvid.com/watch/56zfWQlBllf,
http://www.playvid.com/watch/pwq5i7dVw5g, http://www.playvid.com/watch/t3Mn5AEU96L, http://www.playvid.com/watch/tmQtZsSZgMt,
http://www.playvid.com/watch/fBFwGc2l-Jz, http://www.playvid.com/watch/EDJ8p4IXltf, http://www.playvid.com/watch/nv5z0Ievvb9,
http://www.playvid.com/watch/JrFf-Mbr-x9, http://www.playvid.com/watch/Xahlrix7Cz0, http://www.playvid.com/watch/b7sk8Qg5gDQ,
http://www.playvid.com/watch/f6GFk0Nz9MN, http://www.playvid.com/watch/MmQtghoFz0j, http://www.playvid.com/watch/yUpeBBvLWuN,
http://www.playvid.com/watch/Rz8HqupNXMB, http://www.playvid.com/watch/VSzbq5cV8L4, http://www.playvid.com/watch/hIvJLPeXK5e,
http://www.playvid.com/watch/pvyM3BoicPS, http://www.playvid.com/watch/JorBHcNgBXm, http://www.playvid.com/watch/s0DeYwwUxNQ,
http://www.playvid.com/watch/pAeL3IjLtaS, http://www.playvid.com/watch/6YYc8a8529f, http://www.playvid.com/watch/6bo3mltAypY,
http://www.playvid.com/watch/7kDHQDMaOBr, http://www.playvid.com/watch/oJdbm5YcFxi, http://www.playvid.com/watch/acOLE83f2gQ,
http://www.playvid.com/watch/HgiSnOm6z9N, http://www.playvid.com/watch/NAmibTDsgmq, http://www.playvid.com/watch/Dn8ZBvwmHYS,
http://www.playvid.com/watch/lqQdN8IgBU7, http://www.playvid.com/watch/zaTWM0vC-Bk, http://www.playvid.com/watch/640cEQ7cUrn,
http://www.playvid.com/watch/SfuOsi-gZzy, http://www.playvid.com/watch/CJJuBNAhGAK, http://www.playvid.com/watch/g6f5AC59HR2,
http://www.playvid.com/watch/nVdPBuYz54r, http://www.playvid.com/watch/VlfuNlMxwC7, http://www.playvid.com/watch/-SwQPHWVKc4,
http://www.playvid.com/watch/F6A42uczxeX, http://www.playvid.com/watch/qmj7W78cgti, http://www.playvid.com/watch/nNYQfBF6CKD,
http://www.playvid.com/watch/i98xVmAM0bL, http://www.playvid.com/watch/2-ZQ4gTUwsu, http://www.playvid.com/watch/V59JIiDxm9Y,
http://www.playvid.com/watch/k72hQlbVjuV, http://www.playvid.com/watch/PiHycaVuRmF, http://www.playvid.com/watch/MnbI3mCYdAU,
http://www.playvid.com/watch/LnWUPxLUTmn, http://www.playvid.com/watch/eJoFUtxU8zR, http://www.playvid.com/watch/bkJ33rSJAR0,
http://www.playvid.com/watch/Hfc0pnkviMZ, http://www.playvid.com/watch/---y98y8oDq, http://www.playvid.com/watch/hd8zU4RsTrN,
http://www.playvid.com/watch/Szx8qash6pc, http://www.playvid.com/watch/hlE0Cc-6woT, http://www.playvid.com/watch/4sor6hHB3Rl,
http://www.playvid.com/watch/cTmVrXTImIr, http://www.playvid.com/watch/5s8lcwEtDNX, http://www.playvid.com/watch/EiUdmhrfI3K,
http://www.playvid.com/watch/bYRdvhh-lSt, http://www.playvid.com/watch/-fUt7lzulFX, http://www.playvid.com/watch/sQ8gZz0VpKH,
http://www.playvid.com/watch/5LwQLZ7DgxG, http://www.playvid.com/watch/7SMid7steUm, http://www.playvid.com/watch/gCBYspMiGAf,
http://www.playvid.com/watch/EjtmxZrBVdf, http://www.playvid.com/watch/NGmnvTCMgnw, http://www.playvid.com/watch/ndPvyI60i5M,
http://www.playvid.com/watch/osz70DdgroE, http://www.playvid.com/watch/KWdKwoSYsRI, http://www.playvid.com/watch/XFGSO6zsWzo,
http://www.playvid.com/watch/WIv9DQg2fec, http://www.playvid.com/watch/Hn0NSPPHKuC, http://www.playvid.com/watch/ID7P2VSJt0q,
http://www.playvid.com/watch/DlSqZ3CG-Vw, http://www.playvid.com/watch/DcvbRKNKQqu, http://www.playvid.com/watch/lrsSs0rvQtN,
http://www.playvid.com/watch/EAQw3zjLAtS, http://www.playvid.com/watch/lOk4eiy7Emy, http://www.playvid.com/watch/gdxjryU7ppk,
http://www.playvid.com/watch/7LB7bFnWNni, http://www.playvid.com/watch/HT2PnqzQjSn, http://www.playvid.com/watch/n75dYDeRWJ0,
http://www.playvid.com/watch/TYasqlqB7Er, http://www.playvid.com/watch/Lf-7cJqqpkA, http://www.playvid.com/watch/eKKG8e9OQHV,
http://www.playvid.com/watch/7mpwCSBhlK6, http://www.playvid.com/watch/kOsQ700ZJ85, http://www.playvid.com/watch/su9GwqjlL5r,
http://www.playvid.com/watch/axxSXAkLXMI, http://www.playvid.com/watch/Vt9lD3eoRhh, http://www.playvid.com/watch/AnfO5MzCg99,
http://www.playvid.com/watch/sPao8rnkZRI, http://www.playvid.com/watch/k5JRT-V2TRy, http://www.playvid.com/watch/OKaylrBFh4H,
http://www.playvid.com/watch/EhEaZAVYOJC, http://www.playvid.com/watch/8KS2Ds69pcR, http://www.playvid.com/watch/EW7tAGn4NOR,
http://www.playvid.com/watch/YvxXMaxqWIc, http://www.playvid.com/watch/idTXMhPjpfK, http://www.playvid.com/watch/dQcRR9-sG88,
http://www.playvid.com/watch/o09X-A8jgJs, http://www.playvid.com/watch/b3EI53fRwoh, http://www.playvid.com/watch/6SJpsATM0X3,
http://www.playvid.com/watch/4eJIoyN7g52, http://www.playvid.com/watch/xnXIyyYMOhp, http://www.playvid.com/watch/fp0HhpBBFAU,
http://www.playvid.com/watch/zgi3F22jxWg, http://www.playvid.com/watch/BRrLiYwIDfF, http://www.playvid.com/watch/fcubaAORG6j,
http://www.playvid.com/watch/qpew8t3xKXs, http://www.playvid.com/watch/LpO62Y2opGD, http://www.playvid.com/watch/zbzVRV0JdWN,
http://www.playvid.com/watch/cGJbBUC4rZK, http://www.playvid.com/watch/Qm3TiIRhnZV, http://www.playvid.com/watch/LG9vO7mJywm,
http://www.playvid.com/watch/lAuRysbzRzu, http://www.playvid.com/watch/uPMivtC9UdF, http://www.playvid.com/watch/jXVVezSeNK0,
http://www.playvid.com/watch/arPU22itd3m, http://www.playvid.com/watch/rjf-FMqMQNV, http://www.playvid.com/watch/Z6Uacgck9uH,
http://www.playvid.com/watch/gjZsbFYK6Aq, http://www.playvid.com/watch/UTYu7DRcHHI, http://www.playvid.com/watch/NPlVv6TNnTi,
http://www.playvid.com/watch/Eg-JQPO66mT, http://www.playvid.com/watch/TmSkXTOfJhW, http://www.playvid.com/watch/Qvp2MNpUbaK,
http://www.playvid.com/watch/XRP-VBz6Fpf, http://www.playvid.com/watch/qdegsoPO04P, http://www.playvid.com/watch/xoUmj-0gnw6,
http://www.playvid.com/watch/-UmYYl4lvAh, http://www.playvid.com/watch/ndJQHtazJC3, http://www.playvid.com/watch/UDHN9fH2kon,
http://www.playvid.com/watch/mf3ffisTRSx, http://www.playvid.com/watch/VAxxdtGrsBu, http://www.playvid.com/watch/zzVVgGpTums,
http://www.playvid.com/watch/eP7iXrBFa9y, http://www.playvid.com/watch/Wil7MPXL9Ow, http://www.playvid.com/watch/oNyghaUcx8l,
http://www.playvid.com/watch/oUenoQFTMsh, http://www.playvid.com/watch/RXaB4hFjbNh, http://www.playvid.com/watch/xUcwahAyExQ,
http://www.playvid.com/watch/LICqeXZVCIe, http://www.playvid.com/watch/e7A6eXlLX58, http://www.playvid.com/watch/XcCjUJwTjda,
http://www.playvid.com/watch/2vKHizfty0K, http://www.playvid.com/watch/RhFmFKhKkbe, http://www.playvid.com/watch/xDloObFKfSc
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: haisenberg
5.b. Uploader's email address: lollitopp@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/haisenberg
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UOOLjOHu9He, http://www.playvid.com/watch/4W5sos0VYIa,
http://www.playvid.com/watch/RF0H-RykufG, http://www.playvid.com/watch/AyftsvJci3g, http://www.playvid.com/watch/Fwgl8GM6aJE,
http://www.playvid.com/watch/wZd7pRKcIix, http://www.playvid.com/watch/KQGo70hOryT, http://www.playvid.com/watch/HRRoAl-arjG,
http://www.playvid.com/watch/-mnXpmoDnMb, http://www.playvid.com/watch/r-CjKBpDXwn, http://www.playvid.com/watch/yUQWajHBGUj,
http://www.playvid.com/watch/OuBSPBrtucU, http://www.playvid.com/watch/sHwxdp7Ebb0, http://www.playvid.com/watch/7Nq3SkrIImL,
http://www.playvid.com/watch/aJfRIFF2cHq, http://www.playvid.com/watch/6EgzfZTilp7, http://www.playvid.com/watch/JHE-LEPW-Ne,
http://www.playvid.com/watch/oLiPTzYIezB, http://www.playvid.com/watch/jVHck2e5jQu, http://www.playvid.com/watch/4xlkV0RINhS,
http://www.playvid.com/watch/ecRT5SQIftp, http://www.playvid.com/watch/id6X0mes5k5, http://www.playvid.com/watch/N3ihRuZNJ4w,
http://www.playvid.com/watch/gKobwhXRNsB, http://www.playvid.com/watch/3oUjvmbVvZS, http://www.playvid.com/watch/dDFXDnz2NjK,
http://www.playvid.com/watch/wRLmWYhkK2J, http://www.playvid.com/watch/4hzDJWqikTd, http://www.playvid.com/watch/Av2qvDpGVzi,
http://www.playvid.com/watch/wWTzIeRDp0t, http://www.playvid.com/watch/PJuOQBKv2uA, http://www.playvid.com/watch/8qEWx8Jrtbw,
http://www.playvid.com/watch/Yo7swp0xJ5C, http://www.playvid.com/watch/zm67UJ3dNlL, http://www.playvid.com/watch/5DoR2QB77jJ,
http://www.playvid.com/watch/CgRxol7Tejw, http://www.playvid.com/watch/rNXnoL4PUcP, http://www.playvid.com/watch/4G23s46G45c,
http://www.playvid.com/watch/jLncxMYstJb, http://www.playvid.com/watch/vM29a9hdSit, http://www.playvid.com/watch/LrmyC8CYErJ,
http://www.playvid.com/watch/8H4dSnxgXmH, http://www.playvid.com/watch/EHD-FVCkxm5, http://www.playvid.com/watch/OPO8kLh7ANt,
http://www.playvid.com/watch/bHcfmr4xuYX, http://www.playvid.com/watch/H2l6dNhcaMw, http://www.playvid.com/watch/FRwyQCIvwcs,
http://www.playvid.com/watch/Nf75bbchgvI, http://www.playvid.com/watch/WeB2dl9by3H, http://www.playvid.com/watch/DesJ-ufW-CZ,
http://www.playvid.com/watch/Q0eOcYUZJ4l, http://www.playvid.com/watch/qm9SQczhMqV, http://www.playvid.com/watch/TlT2WbalcOj,
http://www.playvid.com/watch/hSASUd3MyG2, http://www.playvid.com/watch/agub7vIIMTZ, http://www.playvid.com/watch/C6XXQLKOaZ9,
http://www.playvid.com/watch/Qum3yuJlQa8, http://www.playvid.com/watch/uRg3KCfZYwP, http://www.playvid.com/watch/QL9JrzTh7JJ,
http://www.playvid.com/watch/PW3RAUDbqUH, http://www.playvid.com/watch/ngjuIQH0e4X, http://www.playvid.com/watch/aawGFO8NyEF,
http://www.playvid.com/watch/WiyEFUUNC3j, http://www.playvid.com/watch/2bTFWlM8BKh, http://www.playvid.com/watch/omeljnYhMtZ,
http://www.playvid.com/watch/merirkkSVhe, http://www.playvid.com/watch/kkGdbXhtnI0, http://www.playvid.com/watch/I89Gu-QTEVL,
http://www.playvid.com/watch/r3HOUtZoBPM, http://www.playvid.com/watch/Ep7PmvIl4Su, http://www.playvid.com/watch/XTwfeKkDscG,
http://www.playvid.com/watch/W8xgkNeAe2M, http://www.playvid.com/watch/BnUovyaGC09, http://www.playvid.com/watch/3z5X0BQ6zPo,

http://www.playvid.com/watch/XD26QUUkh2v, http://www.playvid.com/watch/N09W4p-0IGj, http://www.playvid.com/watch/ZvCNFDDVia5, http://www.playvid.com/watch/E9BZOpVSc3u, http://www.playvid.com/watch/m4cXTwKujX-, http://www.playvid.com/watch/gWIMALdJJw9, http://www.playvid.com/watch/UNCF-w9ayTj, http://www.playvid.com/watch/M9bgv5j2yl4, http://www.playvid.com/watch/V-BUjZ0Zx2A, http://www.playvid.com/watch/lgpVdatlMFS, http://www.playvid.com/watch/TiebhTB993k
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hanny420
5.b. Uploader's email address: adrunkcow@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hanny420
5.e. List of videos posted by uploader: http://www.playvid.com/watch/oBrofOODroX, http://www.playvid.com/watch/UVVRCytquux, http://www.playvid.com/watch/89kEXBGnDo-, http://www.playvid.com/watch/SDZqVisEogv, http://www.playvid.com/watch/XtlOeI26BLk, http://www.playvid.com/watch/RX29YUP7NRJ, http://www.playvid.com/watch/bL5tOtnpywm, http://www.playvid.com/watch/Jbm0RyNnflL, http://www.playvid.com/watch/OmUYguYoDPU, http://www.playvid.com/watch/H4ufVhjszOL, http://www.playvid.com/watch/i04fdlOLr5m, http://www.playvid.com/watch/p6eGlaLDgzY, http://www.playvid.com/watch/47PjztsF8IK, http://www.playvid.com/watch/DHcKpMWA0gV, http://www.playvid.com/watch/ESg2yBsJ98c, http://www.playvid.com/watch/DJ8BhgIB8D-, http://www.playvid.com/watch/SAwxUrkSj-I, http://www.playvid.com/watch/sQvdugXurCo, http://www.playvid.com/watch/Cxgdb2KWUay, http://www.playvid.com/watch/T28KqS2Icix, http://www.playvid.com/watch/WWGevWPgxeC, http://www.playvid.com/watch/v3R-HsTlGun, http://www.playvid.com/watch/IUuWExGCtPB, http://www.playvid.com/watch/yeTnak7jm9C, http://www.playvid.com/watch/28sF5Q58Aju, http://www.playvid.com/watch/iSn4sqLjVxU, http://www.playvid.com/watch/4MBvOw8IH57, http://www.playvid.com/watch/aaN33uczpx4, http://www.playvid.com/watch/0bymoMU9Tsj, http://www.playvid.com/watch/gixV4BoLR3y, http://www.playvid.com/watch/DetxT0BhP9x, http://www.playvid.com/watch/QH8WNqnSc68, http://www.playvid.com/watch/b30pFqWnT1N, http://www.playvid.com/watch/ob0HV3MywGL, http://www.playvid.com/watch/Iz6BbdSfRsg, http://www.playvid.com/watch/b7EdB-IUrxj, http://www.playvid.com/watch/QfqvroufedL, http://www.playvid.com/watch/Bgq5FRwZJRi, http://www.playvid.com/watch/3xJ62LB0eFj, http://www.playvid.com/watch/gd7ZObMlIpb, http://www.playvid.com/watch/BtraCFGj7od, http://www.playvid.com/watch/r_M94CruYGU, http://www.playvid.com/watch/4XVmKtpPtr4, http://www.playvid.com/watch/0eZ05e53Lc8, http://www.playvid.com/watch/jmL0TreVLMU, http://www.playvid.com/watch/yyLvBFwAcTy, http://www.playvid.com/watch/AL1j-HL60kT, http://www.playvid.com/watch/LsFxY_doA3C, http://www.playvid.com/watch/AQgKRryvT09, http://www.playvid.com/watch/VmnsKLMFKvR, http://www.playvid.com/watch/X1cCc-UQV_H, http://www.playvid.com/watch/HCYxNunmT37, http://www.playvid.com/watch/CSv1e7w0nqk, http://www.playvid.com/watch/Bar3mSdi0hN, http://www.playvid.com/watch/gyQ5Yx5Cb70, http://www.playvid.com/watch/EHVHZpTWOm5
5.f. Date of third notice: 2014-11-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: happygame
5.b. Uploader's email address: pullmanson@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/happygame
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zrDzzYzeDi9, http://www.playvid.com/watch/pum1VM1ET7g, http://www.playvid.com/watch/zfx107xDZge, http://www.playvid.com/watch/XX_Wu4JCSJb, http://www.playvid.com/watch/QOQhu5HOGND, http://www.playvid.com/watch/ksi-iFmm5Ng, http://www.playvid.com/watch/Y2Zn7xGXZIW, http://www.playvid.com/watch/SZnriX-AeOe, http://www.playvid.com/watch/0RJN4yT09ph, http://www.playvid.com/watch/muh0vGTaqYN, http://www.playvid.com/watch/rdZ8L7dUxOb, http://www.playvid.com/watch/JBuDPSKgJAl, http://www.playvid.com/watch/eBu8SChZnzC, http://www.playvid.com/watch/h_iVtAo1f0E, http://www.playvid.com/watch/jLg4Lwf1lBg, http://www.playvid.com/watch/KrmpakB1Kni, http://www.playvid.com/watch/eXsBDDE0ZWY, http://www.playvid.com/watch/r3vcEDvKIrk, http://www.playvid.com/watch/PvWcILECJVL, http://www.playvid.com/watch/SAivC5TfPrf, http://www.playvid.com/watch/Tlrz8GyiIsT, http://www.playvid.com/watch/B7XOdws5FiG, http://www.playvid.com/watch/x_ltdxzTgde, http://www.playvid.com/watch/zQPIGxcpvML, http://www.playvid.com/watch/mlAtwe23Twy, http://www.playvid.com/watch/ATM9huRouoW, http://www.playvid.com/watch/J1kai0MURB8, http://www.playvid.com/watch/TzKHpTegqi7, http://www.playvid.com/watch/LNi-1R15VpY, http://www.playvid.com/watch/D0o6yGFxoZP, http://www.playvid.com/watch/scwjIgWJ17k, http://www.playvid.com/watch/6kmHuGlQrTC, http://www.playvid.com/watch/KwcJ0QE-8NP, http://www.playvid.com/watch/4Bo68sNo63H, http://www.playvid.com/watch/O-QoGdFNdc0, http://www.playvid.com/watch/WB7qiiP89tE, http://www.playvid.com/watch/GFEqvvk-xdT, http://www.playvid.com/watch/jQxSL9YeBdC, http://www.playvid.com/watch/xuWp9mTt8KG, http://www.playvid.com/watch/0S3IiEaSBL7, http://www.playvid.com/watch/Xf57qpam5qQ, http://www.playvid.com/watch/ECQAC_G6OIR, http://www.playvid.com/watch/iZIRNak0f5I, http://www.playvid.com/watch/DmrGZhV7BgB, http://www.playvid.com/watch/fmi9F6hLrmc, http://www.playvid.com/watch/FgvX8vtxYtz, http://www.playvid.com/watch/mB_WPJHT6JO, http://www.playvid.com/watch/A8BARkwr0oP, http://www.playvid.com/watch/JL3jkbSZokb, http://www.playvid.com/watch/GG4rZowcnYs, http://www.playvid.com/watch/BDQz5XWSUFb, http://www.playvid.com/watch/o22MPi21_rt, http://www.playvid.com/watch/VXmSQQpvXw3, http://www.playvid.com/watch/yOSIl1HJJHx, http://www.playvid.com/watch/WknEOC-zHVO, http://www.playvid.com/watch/MnA_eyHhUuw, http://www.playvid.com/watch/mjK1MwwdsFC, http://www.playvid.com/watch/h8a0yQ5X5cM, http://www.playvid.com/watch/eAH9uECVPqM, http://www.playvid.com/watch/x-F4jCxEQUk, http://www.playvid.com/watch/9QV-xxy76cT, http://www.playvid.com/watch/7hGA8YWzFmY, http://www.playvid.com/watch/ofqDGn0B-k8, http://www.playvid.com/watch/5XVCKKvhm8k, http://www.playvid.com/watch/p7ik2v35UVp, http://www.playvid.com/watch/C1Ly5pYnflh, http://www.playvid.com/watch/2CNGR7YI22P, http://www.playvid.com/watch/qS9yHsjhC9Y, http://www.playvid.com/watch/6Q-N3Mv-y3l, http://www.playvid.com/watch/nvPf6Z-i0eS, http://www.playvid.com/watch/BmhoOKTywRi, http://www.playvid.com/watch/BJWo3mrvhCK, http://www.playvid.com/watch/MpaP9bnk47T, http://www.playvid.com/watch/C9df8m6EQ80, http://www.playvid.com/watch/8Duz--Ca28R, http://www.playvid.com/watch/uQef0LnNQDq, http://www.playvid.com/watch/umF1bkLMGkJ, http://www.playvid.com/watch/mQlkLZRU340, http://www.playvid.com/watch/rvJsr5n-r9V, http://www.playvid.com/watch/yCiACkaNaq7, http://www.playvid.com/watch/LB5-Q2_8jPx, http://www.playvid.com/watch/ddzAnHjx_Jt, http://www.playvid.com/watch/XL1vqO4HIwp, http://www.playvid.com/watch/Cy8hBbq-2DF, http://www.playvid.com/watch/SoXmaPvQoHC, http://www.playvid.com/watch/U7KqAhOjIch, http://www.playvid.com/watch/Q8f0GiOFRqs, http://www.playvid.com/watch/r-wA0ZgsxDK, http://www.playvid.com/watch/xofkxNjNzUF, http://www.playvid.com/watch/5X3am4GcHhb, http://www.playvid.com/watch/FgFqy4NM2GA, http://www.playvid.com/watch/OmTJCX6zOWN, http://www.playvid.com/watch/iF_sSMrKSfW, http://www.playvid.com/watch/aQhfopv0qT4, http://www.playvid.com/watch/PlNviynPiKn, http://www.playvid.com/watch/qcoViUsiU25, http://www.playvid.com/watch/eUzT5gHzG0x, http://www.playvid.com/watch/xIdSPawZEux, http://www.playvid.com/watch/jUeeiXlufkj, http://www.playvid.com/watch/B977g3iivNJ, http://www.playvid.com/watch/DJXyQJ5epqk, http://www.playvid.com/watch/sIh6187anYa, http://www.playvid.com/watch/qZk-fsrNp-X, http://www.playvid.com/watch/LEr5GntmzIK, http://www.playvid.com/watch/zc_R4GJbZgB, http://www.playvid.com/watch/9HEY3JZY1jJ, http://www.playvid.com/watch/cMUYnz6zF14, http://www.playvid.com/watch/YExdz8zirSo, http://www.playvid.com/watch/ct-28yih-Qe, http://www.playvid.com/watch/BIBbPofSu12, http://www.playvid.com/watch/RC1avVoWs1h, http://www.playvid.com/watch/O_CiTmefvQK, http://www.playvid.com/watch/B-VE8q3yI2d, http://www.playvid.com/watch/M-H4tCiEdyl, http://www.playvid.com/watch/vM4Pnrl4KbM, http://www.playvid.com/watch/CGCTmK6TuQC, http://www.playvid.com/watch/VZRVuVIoiky, http://www.playvid.com/watch/hQ2HgyLJ4Nm, http://www.playvid.com/watch/uCI7uZIkwUY, http://www.playvid.com/watch/6eZ8oFLdOPl, http://www.playvid.com/watch/vcilqsXDANj, http://www.playvid.com/watch/qDCpUyjoCnU, http://www.playvid.com/watch/7dCwSaugFK3, http://www.playvid.com/watch/On1K8imeQoZ, http://www.playvid.com/watch/JofmVKttru7, http://www.playvid.com/watch/KZBTnMevhv4, http://www.playvid.com/watch/j9o3Y41ZOcF, http://www.playvid.com/watch/XxVLexCXgyd, http://www.playvid.com/watch/Q7AqNFdvpXF, http://www.playvid.com/watch/R1STXoI58Ee, http://www.playvid.com/watch/34kdlR-9i1f, http://www.playvid.com/watch/4e5AKtkr7pb, http://www.playvid.com/watch/HX9RP7vEUHv, http://www.playvid.com/watch/6k5lamHiH2X, http://www.playvid.com/watch/yN1iRMyj1wV, http://www.playvid.com/watch/psymypuHL8g, http://www.playvid.com/watch/o6OME1ZUOGc, http://www.playvid.com/watch/oL9EZJ1AG_H, http://www.playvid.com/watch/7Kj594AJKEj, http://www.playvid.com/watch/zGDTo-8fckx, http://www.playvid.com/watch/zRAFpRH_Wkj, http://www.playvid.com/watch/5LcQabIvvQU, http://www.playvid.com/watch/zEBaI6P13PJ, http://www.playvid.com/watch/zbmSUtw0QXm, http://www.playvid.com/watch/KHoSgBD40Pa, http://www.playvid.com/watch/3d5r3-8R1to, http://www.playvid.com/watch/FPwnkatVCxC, http://www.playvid.com/watch/ZBg7c1drkK2, http://www.playvid.com/watch/3gX7gFiYFJE, http://www.playvid.com/watch/o6qEfIk4iWo, http://www.playvid.com/watch/dlV9Pq0eeZD, http://www.playvid.com/watch/RVQrSoOUrFx, http://www.playvid.com/watch/9-lQnadFQjd, http://www.playvid.com/watch/i5PHl_L4pBH, http://www.playvid.com/watch/jEQ-h5TVdw8, http://www.playvid.com/watch/jsMaPCbq1Qy, http://www.playvid.com/watch/HgRpIhKWiVc, http://www.playvid.com/watch/wfKEMyERHjv, http://www.playvid.com/watch/PBrT61GqLEf, http://www.playvid.com/watch/rQBOwuJYB6R, http://www.playvid.com/watch/vB80-DW8JpB, http://www.playvid.com/watch/S94VhYtJ_KK, http://www.playvid.com/watch/VbqbVaP8RWH, http://www.playvid.com/watch/d5nCIXEXhgi, http://www.playvid.com/watch/Yl0kaJMatFy, http://www.playvid.com/watch/sElLYUMdpM2, http://www.playvid.com/watch/Oezd165tNYV, http://www.playvid.com/watch/OQ3_-72AYNT, http://www.playvid.com/watch/uqIE0CAnrrg, http://www.playvid.com/watch/UOW7fJ1kO4c, http://www.playvid.com/watch/rKiofbbaXjN, http://www.playvid.com/watch/VvyFOviG--P, http://www.playvid.com/watch/vTB1x8-ucmX, http://www.playvid.com/watch/wm_zurqXSP2, http://www.playvid.com/watch/SrjBvnebgZh, http://www.playvid.com/watch/Mk6H2oUM_ZH, http://www.playvid.com/watch/cPvYOiBR3Y6, http://www.playvid.com/watch/h-lVFn8MEu7, http://www.playvid.com/watch/SWBa79v-tr5, http://www.playvid.com/watch/xQTQGCc6qsM, http://www.playvid.com/watch/zHCKv98dnvW, http://www.playvid.com/watch/x8RbpxtuUMj,

http://www.playvid.com/watch/uVoVKqx6S-F, http://www.playvid.com/watch/FYYiaxhWf_O, http://www.playvid.com/watch/WTfIv3PXRde, http://www.playvid.com/watch/9VYbGq4w3Mn, http://www.playvid.com/watch/cQN3DWeQdUA, http://www.playvid.com/watch/5NtSJd6XouA, http://www.playvid.com/watch/OgY6zy3P9Zw, http://www.playvid.com/watch/j4pXIuW1-Qq, http://www.playvid.com/watch/sPYs4UQOUue, http://www.playvid.com/watch/Tm1x0Sv2DV2, http://www.playvid.com/watch/TqdgOFkxTqc, http://www.playvid.com/watch/O6DlDx0xDBi, http://www.playvid.com/watch/hwc7hRFWIzc, http://www.playvid.com/watch/nTvhG-QaTgD, http://www.playvid.com/watch/x7u2S8jHwPw, http://www.playvid.com/watch/k1_zRsfzMnx, http://www.playvid.com/watch/Lhmb6NbuWhG, http://www.playvid.com/watch/esgDki9NNSL, http://www.playvid.com/watch/RsXrxzeGRTA, http://www.playvid.com/watch/lMrkfyvDVeq, http://www.playvid.com/watch/juDZWQbR0nT, http://www.playvid.com/watch/YxcgsYQYXjg, http://www.playvid.com/watch/UehmmwbdR6J, http://www.playvid.com/watch/x1GC6pL0YZr, http://www.playvid.com/watch/KYdh55RPSQm, http://www.playvid.com/watch/KPFZ0kIut-y, http://www.playvid.com/watch/Nk5VPNf2pD8, http://www.playvid.com/watch/ywW6G65dPjl, http://www.playvid.com/watch/kOjoxLTsed9, http://www.playvid.com/watch/qpME7QCM4wT, http://www.playvid.com/watch/u45c_722kgF, http://www.playvid.com/watch/25CKvcbPc_P
5.f. Date of third notice: 2014-12-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Harkanon
5.b. Uploader's email address: krizalid_thunder@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Harkanon+
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7kzscofhAmp, http://www.playvid.com/watch/bCGFzYLACNR, http://www.playvid.com/watch/IYe4kPmUFrz, http://www.playvid.com/watch/9DdB4aoCaKq, http://www.playvid.com/watch/SyrC04Umzdb, http://www.playvid.com/watch/B3LQqjlDgCy, http://www.playvid.com/watch/Wc48Y7USFjw, http://www.playvid.com/watch/q5xl9Tj9KAq, http://www.playvid.com/watch/FMKJmg5LWP2, http://www.playvid.com/watch/MSvTLABYSSN, http://www.playvid.com/watch/DlPr8zgvbTi, http://www.playvid.com/watch/Q08Zq8vBpoj, http://www.playvid.com/watch/jWimKwurTIM, http://www.playvid.com/watch/LceUcr08JXq, http://www.playvid.com/watch/snGxa3DQ66M, http://www.playvid.com/watch/cs58KdTBquj, http://www.playvid.com/watch/Vx0u8UWt2pe, http://www.playvid.com/watch/jgcrBIjRudM, http://www.playvid.com/watch/3Rz2Fgyj46l, http://www.playvid.com/watch/xgMjZEceqLI, http://www.playvid.com/watch/hOifb6OZXh3, http://www.playvid.com/watch/8Tcg2ln-aoc, http://www.playvid.com/watch/sGC-HNWL-XB, http://www.playvid.com/watch/kW9TrGtLcFX, http://www.playvid.com/watch/-kUFrBuQ2zh, http://www.playvid.com/watch/J9tnSqK86q6, http://www.playvid.com/watch/iZ-zaVSZaMF, http://www.playvid.com/watch/W2uh5PkSjmM, http://www.playvid.com/watch/Y4DcQdKeIwJ, http://www.playvid.com/watch/D78cBwphyP-, http://www.playvid.com/watch/DGH5LgXBwU6, http://www.playvid.com/watch/jq0ywVUeBYb, http://www.playvid.com/watch/dGo4KqpAuSO, http://www.playvid.com/watch/XA-DLMFds66, http://www.playvid.com/watch/uNS764efxX6
5.f. Date of third notice: 2014-02-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hayhay56
5.b. Uploader's email address: chasedbyme@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hayhay56
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tBfDVM53gYP, http://www.playvid.com/watch/fAZFI5hk5mY, http://www.playvid.com/watch/5OsnFNXuGFi, http://www.playvid.com/watch/TWeq4SBNjCj, http://www.playvid.com/watch/ZeP6f7p-xld, http://www.playvid.com/watch/AIPzIQkfi3v, http://www.playvid.com/watch/mB437S06g-V, http://www.playvid.com/watch/YEBRwRLi2Fe, http://www.playvid.com/watch/IQ7ZmlipDhC, http://www.playvid.com/watch/5RVwEjYD-b9, http://www.playvid.com/watch/XZftBLczSui, http://www.playvid.com/watch/9LQ4IbPVBac, http://www.playvid.com/watch/Zi4iITg2Mod, http://www.playvid.com/watch/W0HIRorTlqB, http://www.playvid.com/watch/MrLcHjAekrq, http://www.playvid.com/watch/vutYPKj5Np8, http://www.playvid.com/watch/UWUuXGNWL-h, http://www.playvid.com/watch/SUJdfB4I-gg, http://www.playvid.com/watch/J6AGFGr5Xiq, http://www.playvid.com/watch/PB9Yk7HU4nJ, http://www.playvid.com/watch/ONB2PgT4caY, http://www.playvid.com/watch/M0fETuvLH9b, http://www.playvid.com/watch/4ecnzJMe9eD, http://www.playvid.com/watch/49L7nsHuc2q, http://www.playvid.com/watch/k8xd33GswHH, http://www.playvid.com/watch/XtiJ0GlSiSC, http://www.playvid.com/watch/QHWrOICnmx0, http://www.playvid.com/watch/p7Vdiya260f, http://www.playvid.com/watch/VzdSmNS657O, http://www.playvid.com/watch/5u6OrGf4MSR, http://www.playvid.com/watch/c9bWcslBPKX, http://www.playvid.com/watch/QjiL2BnZ4Pn, http://www.playvid.com/watch/sNgSM3a4iil, http://www.playvid.com/watch/VU2EpnXDr3y, http://www.playvid.com/watch/OzA8N6bvYpz, http://www.playvid.com/watch/KFGH0Klaj4x, http://www.playvid.com/watch/kKMM8mns-jQ, http://www.playvid.com/watch/mG2lqHcrCjR, http://www.playvid.com/watch/7yIMdUgGorW, http://www.playvid.com/watch/ldqRQ6D2azk, http://www.playvid.com/watch/aCnqqfO28ge, http://www.playvid.com/watch/SrFNDQNMrvi, http://www.playvid.com/watch/bwro9ccakRS, http://www.playvid.com/watch/p9POOyCOhDE, http://www.playvid.com/watch/IRU9tgGRoAw, http://www.playvid.com/watch/WsYjW65BnQD, http://www.playvid.com/watch/WhmGp5Z98Md, http://www.playvid.com/watch/VUsGzKCzJXC, http://www.playvid.com/watch/UD4sGXUmyab, http://www.playvid.com/watch/kRmiHHb9qPn, http://www.playvid.com/watch/CqzOcElgqzm, http://www.playvid.com/watch/ka2Nr65mLwc, http://www.playvid.com/watch/G2V5ggEZnQS, http://www.playvid.com/watch/HnDgcF-ItHW, http://www.playvid.com/watch/ovxSITDtuRd, http://www.playvid.com/watch/kurX7kPX0DX, http://www.playvid.com/watch/CMJ2y3DMKrW, http://www.playvid.com/watch/MGyx5RP8NrW, http://www.playvid.com/watch/d7xuEutzrfp, http://www.playvid.com/watch/e60wc7-VoQe, http://www.playvid.com/watch/KYYsCUHQyiB, http://www.playvid.com/watch/E3UDLFllv3F, http://www.playvid.com/watch/mlJ43KOBjqV, http://www.playvid.com/watch/CkPp0dLb9iy, http://www.playvid.com/watch/H-SjuLuPV9e, http://www.playvid.com/watch/jbPhWZjqbe9, http://www.playvid.com/watch/EVxqTclodrG, http://www.playvid.com/watch/TOHfRLw4wQA, http://www.playvid.com/watch/khKxkm5-vyZ, http://www.playvid.com/watch/gTwDcK9PT9a, http://www.playvid.com/watch/coZh28ESeXB, http://www.playvid.com/watch/RTPFlu8nvOw, http://www.playvid.com/watch/0zWCI0_HnCo, http://www.playvid.com/watch/GOfpmrSzOHe, http://www.playvid.com/watch/KyhRyw6-Wdo, http://www.playvid.com/watch/LQAoOGMGgyH, http://www.playvid.com/watch/os-LVU_eAf5, http://www.playvid.com/watch/DBtkej-pHHX, http://www.playvid.com/watch/pyRFvBPf7CE, http://www.playvid.com/watch/9Opwrp7uYDT, http://www.playvid.com/watch/AbS1XHix2A2, http://www.playvid.com/watch/YTwSbnBnmLU, http://www.playvid.com/watch/AcBn_DH6ypz, http://www.playvid.com/watch/ybnviOyHSkb, http://www.playvid.com/watch/pW0sST12eV9, http://www.playvid.com/watch/Mai0LE2Ywpa, http://www.playvid.com/watch/vWY0ar-Uw2M, http://www.playvid.com/watch/tTxDVj4mxnu, http://www.playvid.com/watch/fgnJwSkkKsj
5.f. Date of third notice: 2014-02-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hdoe
5.b. Uploader's email address: hanon.doe@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hdoe
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UMMQZAr30zt, http://www.playvid.com/watch/2-TSqiKnuUF, http://www.playvid.com/watch/rhROQuuLOQ3, http://www.playvid.com/watch/aeDxijGXFtI, http://www.playvid.com/watch/285KfBlH7TH, http://www.playvid.com/watch/X6qt-RvBD8I, http://www.playvid.com/watch/hL-bJUDcp2N, http://www.playvid.com/watch/sSxCq35W9y9, http://www.playvid.com/watch/wlkXRKgq3vf, http://www.playvid.com/watch/AdJ7ceW9wbG, http://www.playvid.com/watch/WCHmkils9Ns, http://www.playvid.com/watch/SeF-ES9V2tT, http://www.playvid.com/watch/CenO2WF9YA9, http://www.playvid.com/watch/aPzLK33IizC, http://www.playvid.com/watch/OCGY5l6aUo0, http://www.playvid.com/watch/orprAWiK7SS, http://www.playvid.com/watch/LSPQrQW9wrM, http://www.playvid.com/watch/KslK2Gdobo5, http://www.playvid.com/watch/mgKcsQmIhwl, http://www.playvid.com/watch/83II9-cs35a, http://www.playvid.com/watch/tOTVWzGWCCB, http://www.playvid.com/watch/Qof4cucT3gi, http://www.playvid.com/watch/ncn5abR3wNw, http://www.playvid.com/watch/7VFznd08N55, http://www.playvid.com/watch/k55k8o49ShX, http://www.playvid.com/watch/vM0trmNtGQm, http://www.playvid.com/watch/sj3T7CrRTAe, http://www.playvid.com/watch/Zzwhx7BeWFM, http://www.playvid.com/watch/LNLhSyhICZl, http://www.playvid.com/watch/8ShWVzRWgu0, http://www.playvid.com/watch/6wNT4x4QCXP, http://www.playvid.com/watch/6iIykvxkvwt, http://www.playvid.com/watch/wbnT66Do098, http://www.playvid.com/watch/VWwLPtOKHSK, http://www.playvid.com/watch/QhpIf0CrADk, http://www.playvid.com/watch/IiipSgCK3cX, http://www.playvid.com/watch/XMDqIum7MY8, http://www.playvid.com/watch/mhUax7Z03Y2, http://www.playvid.com/watch/kb6PGqyAc9l, http://www.playvid.com/watch/Hl6coh2qKas, http://www.playvid.com/watch/FjCz785jK-L, http://www.playvid.com/watch/qsaVBZejoCl, http://www.playvid.com/watch/iUiEOCR5SEs, http://www.playvid.com/watch/dprUsQ3WUWB, http://www.playvid.com/watch/S5vyJkaVuMi, http://www.playvid.com/watch/AFzRAN-XRVE, http://www.playvid.com/watch/PhIfcHJHL7g, http://www.playvid.com/watch/hpCC8Cp-Tju, http://www.playvid.com/watch/YzMiClvwJ0h, http://www.playvid.com/watch/z-J33xEcXmv, http://www.playvid.com/watch/hcGAnquK4Vo, http://www.playvid.com/watch/uxHTVo584H8, http://www.playvid.com/watch/BLypnff-VkO, http://www.playvid.com/watch/kkUtD23yojI, http://www.playvid.com/watch/2fzdbkWU3GZ, http://www.playvid.com/watch/TBJ6xTDu7Qb, http://www.playvid.com/watch/ZsYBUVfQvHb, http://www.playvid.com/watch/wevqb3enaTq, http://www.playvid.com/watch/jDPVLA5Fq80, http://www.playvid.com/watch/Koc0db6Gd8H, http://www.playvid.com/watch/fgmeVeRt376, http://www.playvid.com/watch/3MNhoFLHWAx, http://www.playvid.com/watch/b2reIIj4jsE, http://www.playvid.com/watch/r0Kl2Z9C4dv, http://www.playvid.com/watch/7gc5Rg4zHPA, http://www.playvid.com/watch/UAu2QBhk8C6, http://www.playvid.com/watch/uWL3x766AcP, http://www.playvid.com/watch/lsTf-8QHUp3, http://www.playvid.com/watch/UtAkkmlGJHY, http://www.playvid.com/watch/k-UsrrgR9EV, http://www.playvid.com/watch/oaXGnoeuPwg, http://www.playvid.com/watch/FIR5VwOkK5a, http://www.playvid.com/watch/YVJUji7SilH, http://www.playvid.com/watch/okV6-9iXOe2,

http://www.playvid.com/watch/6ZTtx-UJGs0, http://www.playvid.com/watch/NkHToxS6yIJ, http://www.playvid.com/watch/-H7WaL3tdZb, http://www.playvid.com/watch/zEu292q0y9U, http://www.playvid.com/watch/ftdIB0DSFXU, http://www.playvid.com/watch/FGJM2GPg6zJ, http://www.playvid.com/watch/bGNb67jTgTX, http://www.playvid.com/watch/3b4qRMlh5w5, http://www.playvid.com/watch/jnRno04gdvT, http://www.playvid.com/watch/SOuOsig6yjw, http://www.playvid.com/watch/UwxVUOeGdSg, http://www.playvid.com/watch/HT5olYtE89r, http://www.playvid.com/watch/JPjiVEQvnkt, http://www.playvid.com/watch/i9u4rOutr34, http://www.playvid.com/watch/-vuCGcNzXOA, http://www.playvid.com/watch/YVtx9WUH6hK, http://www.playvid.com/watch/pGz3CGq0esn, http://www.playvid.com/watch/PFQvwEee7ey, http://www.playvid.com/watch/cW8mydoCLQJ, http://www.playvid.com/watch/9u6DfWagVqg, http://www.playvid.com/watch/QPIxxbCQVOG, http://www.playvid.com/watch/UTvRn8USRRz, http://www.playvid.com/watch/62rtZSOKBTb, http://www.playvid.com/watch/2ieLwn3dYV9, http://www.playvid.com/watch/7HCyu8frgUD, http://www.playvid.com/watch/-h-WB52L5cI, http://www.playvid.com/watch/LUqM9Q9QXTE, http://www.playvid.com/watch/OzkQG2ajYaU, http://www.playvid.com/watch/GALeTRAnvNE, http://www.playvid.com/watch/lzq5VKK5uIF, http://www.playvid.com/watch/KnqGdfXCCyR, http://www.playvid.com/watch/LGxpGNwKpBE, http://www.playvid.com/watch/GAFZbeK8fsm, http://www.playvid.com/watch/6FbHr7VpCcK, http://www.playvid.com/watch/NcrU0YBpm5V, http://www.playvid.com/watch/c-JZ44eb0fx, http://www.playvid.com/watch/5YWd-Bt9b4i, http://www.playvid.com/watch/V8hPrAB0XqB, http://www.playvid.com/watch/3f3hyPnx3f3, http://www.playvid.com/watch/mumNI4Ltqb6, http://www.playvid.com/watch/SQ35KWzG5OB, http://www.playvid.com/watch/uiNRz64p-gF, http://www.playvid.com/watch/M-2BmT8tquM, http://www.playvid.com/watch/wZW6Rctw8D8, http://www.playvid.com/watch/6SfibgZKvnF, http://www.playvid.com/watch/uCojetuobnk, http://www.playvid.com/watch/C-XxdStbKw9, http://www.playvid.com/watch/cmXYwJi8vmv, http://www.playvid.com/watch/mWGjAxsT8yd, http://www.playvid.com/watch/n57OJ-O6qqF, http://www.playvid.com/watch/posRS9--Tpe, http://www.playvid.com/watch/9TJ0QdcMwL5, http://www.playvid.com/watch/ULzFJauiwKS, http://www.playvid.com/watch/bwbYrGCBTaI, http://www.playvid.com/watch/lsV4g0bqFgN, http://www.playvid.com/watch/sJYS4ttBThO, http://www.playvid.com/watch/7yl-IyereeL, http://www.playvid.com/watch/cRXWqpgRtDd, http://www.playvid.com/watch/gMzPUkPpaWn, http://www.playvid.com/watch/tEWZFQX59Q7, http://www.playvid.com/watch/VgeCtDnV4pM, http://www.playvid.com/watch/6vcxaFBOfec, http://www.playvid.com/watch/EKjM9jnzZrf, http://www.playvid.com/watch/muDFs57lYJm, http://www.playvid.com/watch/g3IrRaWKWds, http://www.playvid.com/watch/ATHoVygLYAq, http://www.playvid.com/watch/k93NiYdiInd, http://www.playvid.com/watch/pdNL0xdQVyu, http://www.playvid.com/watch/QZAcM7y00l3, http://www.playvid.com/watch/Ga0hDok0WI0, http://www.playvid.com/watch/lM54cJdUmtx, http://www.playvid.com/watch/TFI0gKgmk8E, http://www.playvid.com/watch/eZlOOoQO2Kb, http://www.playvid.com/watch/tigtwAMpecr, http://www.playvid.com/watch/9Lc237OclY9, http://www.playvid.com/watch/B9lE7NNM8Lk, http://www.playvid.com/watch/LrUxT4OzOeP, http://www.playvid.com/watch/CY5HRYXEHAj, http://www.playvid.com/watch/QywVDOgG9ZH, http://www.playvid.com/watch/z2kijw8YN0L, http://www.playvid.com/watch/rbbe3oUgz-P, http://www.playvid.com/watch/N7v9rRTDoky, http://www.playvid.com/watch/3YZpuoqW7nV, http://www.playvid.com/watch/jqLi7KWkD6P, http://www.playvid.com/watch/5BCPtojtmSX, http://www.playvid.com/watch/gI4yTAVtmk-, http://www.playvid.com/watch/sl25SmYPB0F, http://www.playvid.com/watch/WkexGsQHGiC, http://www.playvid.com/watch/3vUNgrdyzT4, http://www.playvid.com/watch/bAHAwYPZhhk, http://www.playvid.com/watch/f-Iu4OMNWgF, http://www.playvid.com/watch/uedmKfVyAtL, http://www.playvid.com/watch/A6mUd7uPe-H, http://www.playvid.com/watch/VaKnoWg6fTh, http://www.playvid.com/watch/yJWdDnvWE22, http://www.playvid.com/watch/sJc39qJAMQM, http://www.playvid.com/watch/Pq6l4WzNVxS, http://www.playvid.com/watch/pZQFdktHvkv, http://www.playvid.com/watch/lYbAp0J89Fu, http://www.playvid.com/watch/OyiFNcWBiXZ, http://www.playvid.com/watch/-X2a4eoxvDA, http://www.playvid.com/watch/dwhPzKakfbz, http://www.playvid.com/watch/Ov2a2ydOI8C, http://www.playvid.com/watch/piPnoIIfeHv, http://www.playvid.com/watch/XPZt4BMrKQf, http://www.playvid.com/watch/6CokpNBQbSO, http://www.playvid.com/watch/XgeQ20fJlcB, http://www.playvid.com/watch/-bnYnlCbNd6, http://www.playvid.com/watch/G5qhSsK9gzN, http://www.playvid.com/watch/U83lHpK3e9x, http://www.playvid.com/watch/3Pbghgu3ccC, http://www.playvid.com/watch/8Hy2SjOKEdx, http://www.playvid.com/watch/eqi0xdgCiLD, http://www.playvid.com/watch/-WNrEVttNTu, http://www.playvid.com/watch/2LbwylJoMu-, http://www.playvid.com/watch/7iMHNDHJr6l, http://www.playvid.com/watch/bo2SB7gN28D, http://www.playvid.com/watch/y2uY7yhDVa3, http://www.playvid.com/watch/rkyF3iTKTsD, http://www.playvid.com/watch/aBWonuq3i-z, http://www.playvid.com/watch/PRTcKiVjiI9, http://www.playvid.com/watch/zpEGw6RNTxs, http://www.playvid.com/watch/ve1sTHfdGnQ, http://www.playvid.com/watch/LnoVJUz0HWr, http://www.playvid.com/watch/H1GlyKOP_I6, http://www.playvid.com/watch/B1aDzQjbyvZ, http://www.playvid.com/watch/uITb2uhWmNK, http://www.playvid.com/watch/VEGo35QGLAs, http://www.playvid.com/watch/MmKK0lY9ebF, http://www.playvid.com/watch/iS6FTJKtDBx, http://www.playvid.com/watch/4M1PxipMLtL, http://www.playvid.com/watch/mF25T53VG5S, http://www.playvid.com/watch/Bt9vo9wOpwp, http://www.playvid.com/watch/JppLK8N8Jsf, http://www.playvid.com/watch/W67wI-xAdPd, http://www.playvid.com/watch/Z4vIW9jPCt2, http://www.playvid.com/watch/nrsOXkiYTbu, http://www.playvid.com/watch/9PkXuzuDaK2, http://www.playvid.com/watch/BAupomcKISC, http://www.playvid.com/watch/eSBiqu5T4zP, http://www.playvid.com/watch/KbFguBEx4PE, http://www.playvid.com/watch/Ykdzlhl_mnZ, http://www.playvid.com/watch/VNGpdvkeNBn, http://www.playvid.com/watch/4aIMwLC93lL, http://www.playvid.com/watch/OxGh0b6iQ7w, http://www.playvid.com/watch/SRzq92ZOw0h, http://www.playvid.com/watch/73c2o4wed6w, http://www.playvid.com/watch/Na2rcK9_2GP, http://www.playvid.com/watch/0d5T2tAp6Z5, http://www.playvid.com/watch/mqQpYP2s3PZ, http://www.playvid.com/watch/BPhkx4zp2ce, http://www.playvid.com/watch/ykM-2_NtbBw, http://www.playvid.com/watch/o004cut4F0I, http://www.playvid.com/watch/i_ehwwF1AWc, http://www.playvid.com/watch/S9DKJjLQD99, http://www.playvid.com/watch/bMSwMIoDJSi, http://www.playvid.com/watch/sPoqf60V-IM, http://www.playvid.com/watch/kQbH1mN9utl, http://www.playvid.com/watch/lMdjq6jIMD2, http://www.playvid.com/watch/7LYzlDFLx-G, http://www.playvid.com/watch/nRd5sAgafaZ, http://www.playvid.com/watch/pHQyo6BQcpk, http://www.playvid.com/watch/OpYQs-6Hd8x, http://www.playvid.com/watch/mtvCdq-K0Ha, http://www.playvid.com/watch/jp9wXhYs-84, http://www.playvid.com/watch/LvzpVounQeG, http://www.playvid.com/watch/hYhB09pt7U0, http://www.playvid.com/watch/xGAFGcDe-Qa, http://www.playvid.com/watch/Opo3ZUiQDhT, http://www.playvid.com/watch/fGNsU3zW1Fx, http://www.playvid.com/watch/teZ9DUywWWw, http://www.playvid.com/watch/SsV3R7zW-nI, http://www.playvid.com/watch/jIXTW9ruWrX, http://www.playvid.com/watch/r4xPMydkKfh, http://www.playvid.com/watch/PYxcde8cx8f, http://www.playvid.com/watch/nvnr1pyIOVC, http://www.playvid.com/watch/bDHFAaRdyij, http://www.playvid.com/watch/5nceleqnHwT, http://www.playvid.com/watch/WbiSm5QCriv, http://www.playvid.com/watch/zd-DLuGb7pS, http://www.playvid.com/watch/DBM7BDEnjBM, http://www.playvid.com/watch/PrAE1mpnk64, http://www.playvid.com/watch/wM5eETRcrQ5, http://www.playvid.com/watch/XMBy7buw2ye, http://www.playvid.com/watch/I4L1_elzjse, http://www.playvid.com/watch/H7kZpc_2g5l, http://www.playvid.com/watch/uNdgZRlUNl6, http://www.playvid.com/watch/dvYvala5T7e, http://www.playvid.com/watch/p1EwuSBsKsM, http://www.playvid.com/watch/2DqWUOMNmpg
5.f. Date of third notice: 2014-03-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hefestion06
5.b. Uploader's email address: hefestion06@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/hefestion06
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AaZr5kQqrd7, http://www.playvid.com/watch/4qEGZnr2qm0, http://www.playvid.com/watch/PZZIafkcZRy, http://www.playvid.com/watch/MvFwpIegD8H, http://www.playvid.com/watch/aohyxAYTflf, http://www.playvid.com/watch/Hq_KCOPBaHq, http://www.playvid.com/watch/H6RBBDflotQ, http://www.playvid.com/watch/ASjD6O709wm, http://www.playvid.com/watch/qzBm6_QhNMP, http://www.playvid.com/watch/kAqDiwPAUV9, http://www.playvid.com/watch/yWP6lMSW_Oq, http://www.playvid.com/watch/IoOPPWfeE_T, http://www.playvid.com/watch/mz3CrA7ajzZ, http://www.playvid.com/watch/g_KCTCssZK9, http://www.playvid.com/watch/ijP2tPocOXB, http://www.playvid.com/watch/cMHA8Fz0gSd, http://www.playvid.com/watch/WGnA9mY3HIG, http://www.playvid.com/watch/lsaxcJU6KnD, http://www.playvid.com/watch/g2VhIDYq4Ea, http://www.playvid.com/watch/59Oxd3bHWZG, http://www.playvid.com/watch/NpGbTg2Q5ZP, http://www.playvid.com/watch/3gHjLJ6dl7g, http://www.playvid.com/watch/EbJ_ei4V2Bb, http://www.playvid.com/watch/oN4jpRUM0WU, http://www.playvid.com/watch/4DE3Y0BFPTX, http://www.playvid.com/watch/MmiBpA7G0yf, http://www.playvid.com/watch/GAoEvztAdsi, http://www.playvid.com/watch/DsdweOjvQsp, http://www.playvid.com/watch/FaUkxxD_1hC, http://www.playvid.com/watch/YnuZl5Ml-UU, http://www.playvid.com/watch/gmsMcElsJgI, http://www.playvid.com/watch/bPcIIhZm6lX, http://www.playvid.com/watch/7KVrPIpflTG, http://www.playvid.com/watch/PbJmcIp7QWG, http://www.playvid.com/watch/Os30XcehFmX, http://www.playvid.com/watch/E08vHW81s3h, http://www.playvid.com/watch/zTcxiaCpRvu, http://www.playvid.com/watch/bb5Ax7Qh15Q, http://www.playvid.com/watch/gt3YWayH798, http://www.playvid.com/watch/we7AxGZW3cC, http://www.playvid.com/watch/PaxDONmrykK, http://www.playvid.com/watch/GNHIXn7Mxzm, http://www.playvid.com/watch/lrhTUok2Odr, http://www.playvid.com/watch/Ey_sfzGRytO, http://www.playvid.com/watch/lHyHXp61l0q, http://www.playvid.com/watch/lvLS-4goRcT, http://www.playvid.com/watch/i8bZeYDk5wr, http://www.playvid.com/watch/nNvOYDKc8La, http://www.playvid.com/watch/dVcKn-VqjQr, http://www.playvid.com/watch/cOpSMtWFOHC, http://www.playvid.com/watch/lrzeuSy1FaX, http://www.playvid.com/watch/ToCA_-RxucI, http://www.playvid.com/watch/4cBAmMzvEYk, http://www.playvid.com/watch/mahbL4U2mDB, http://www.playvid.com/watch/N30-ltTP3TW, http://www.playvid.com/watch/KuwgtVSPg9M, http://www.playvid.com/watch/iWKTttxV8mw, http://www.playvid.com/watch/lL2o3GTTSyt, http://www.playvid.com/watch/9VMTpxz0rIR, http://www.playvid.com/watch/tO5xsf5a_Ht, http://www.playvid.com/watch/y-fXykSCkJm, http://www.playvid.com/watch/utYw9qmbLJu, http://www.playvid.com/watch/nwEWZce0SLR, http://www.playvid.com/watch/VVP3_spPB6P, http://www.playvid.com/watch/nqp0-8NCV1U, http://www.playvid.com/watch/zT105e7xHUL, http://www.playvid.com/watch/v13g3jIbzvQ, http://www.playvid.com/watch/ktuAIdWJDFl, http://www.playvid.com/watch/8_ermafblMh, http://www.playvid.com/watch/LvQ4m7M0snG, http://www.playvid.com/watch/yRuSDBsGFMf, http://www.playvid.com/watch/jxWRt7HrfSE, http://www.playvid.com/watch/2vqCfKHMAhe, http://www.playvid.com/watch/DvDAwGVFwrI, http://www.playvid.com/watch/pndV1qd_uvj, http://www.playvid.com/watch/jsogw9Y2NVB, http://www.playvid.com/watch/zZHIE05j79d,

http://www.playvid.com/watch/tflnreMjK35, http://www.playvid.com/watch/pwXPyygPP4m, http://www.playvid.com/watch/grCLKpW46Qd,
http://www.playvid.com/watch/lV8Cj5DV8fa, http://www.playvid.com/watch/NPabeOhhCsH, http://www.playvid.com/watch/T8mx-EVRXHk,
http://www.playvid.com/watch/JUcWmLl8DUs, http://www.playvid.com/watch/w-PyFaDpNMq, http://www.playvid.com/watch/gUggE3gsFks,
http://www.playvid.com/watch/rPw9ziY-Oqv, http://www.playvid.com/watch/O2SSjEXLRSp, http://www.playvid.com/watch/FkL6Kv8HQF6,
http://www.playvid.com/watch/lzZVE0KOJhV, http://www.playvid.com/watch/2V9MgzSHFWb, http://www.playvid.com/watch/LLe1xb_wbyZ,
http://www.playvid.com/watch/TlBSFFZnlDA, http://www.playvid.com/watch/iXYP-oPoR90, http://www.playvid.com/watch/6M8YrJCRUYq,
http://www.playvid.com/watch/xIT7VM3fwQM, http://www.playvid.com/watch/qQVlhK1tFIU, http://www.playvid.com/watch/NmDeK1hp9JZ,
http://www.playvid.com/watch/dDoPH7iaV8J, http://www.playvid.com/watch/8VhTByvIK-o, http://www.playvid.com/watch/XrmUn6CpBg5,
http://www.playvid.com/watch/YI2XHxn-RUV, http://www.playvid.com/watch/QbFN19A3w6E, http://www.playvid.com/watch/KqPuQ3hOa04,
http://www.playvid.com/watch/XNkHWVzTLri, http://www.playvid.com/watch/U63wU8a6en7, http://www.playvid.com/watch/y5JZ0SkZg0F,
http://www.playvid.com/watch/4dWt6QBf37e, http://www.playvid.com/watch/NiTKJwFpvpV, http://www.playvid.com/watch/IRksaowVb9B,
http://www.playvid.com/watch/mrPYM3Rhdmq, http://www.playvid.com/watch/3Wwto8MBNVO, http://www.playvid.com/watch/66jynTwAz5q,
http://www.playvid.com/watch/H5AxxgIsXzF, http://www.playvid.com/watch/xe2c9hu6ApM, http://www.playvid.com/watch/MGQjo8AEkAs,
http://www.playvid.com/watch/9SUv8DRQkF7, http://www.playvid.com/watch/QEI71oWdCMQ, http://www.playvid.com/watch/T8sqsHvsiSN,
http://www.playvid.com/watch/BbpdD30F9de, http://www.playvid.com/watch/bEgPYHPn_ca, http://www.playvid.com/watch/h2AUckkbePY,
http://www.playvid.com/watch/pYWKkMXQup9, http://www.playvid.com/watch/hFPDVutPq1q, http://www.playvid.com/watch/nEjIWmsBIiy,
http://www.playvid.com/watch/p8Orz9H1kP8, http://www.playvid.com/watch/zWQ0O55mPsR, http://www.playvid.com/watch/3eDN5cNugyV,
http://www.playvid.com/watch/iKW3bPLiuFf, http://www.playvid.com/watch/x-B4hxaehiu, http://www.playvid.com/watch/XmRmymunWhy,
http://www.playvid.com/watch/l3Au_JFh_eG, http://www.playvid.com/watch/m7enSgALYoV, http://www.playvid.com/watch/B9xRxJqmmMC,
http://www.playvid.com/watch/2ta0jy6p-yT, http://www.playvid.com/watch/8cU0EPVILAv, http://www.playvid.com/watch/24gtcckI6q0,
http://www.playvid.com/watch/Q_Aus2VspDU, http://www.playvid.com/watch/9TPu6WWk6Fj, http://www.playvid.com/watch/nj7lp2iV0xh,
http://www.playvid.com/watch/l5PB6Mm3lsI, http://www.playvid.com/watch/27Up6TvC4JF, http://www.playvid.com/watch/igT_y5KBiEf,
http://www.playvid.com/watch/BppFiPDMAmZ, http://www.playvid.com/watch/GYg92UYZqEG, http://www.playvid.com/watch/hmukDBfV8Bl,
http://www.playvid.com/watch/2WHZIuHvetf, http://www.playvid.com/watch/zFN5MKTJeND, http://www.playvid.com/watch/hOqt3bVttGF,
http://www.playvid.com/watch/owv573c5-fv, http://www.playvid.com/watch/TdWhCpJsOIa, http://www.playvid.com/watch/FkFG-COe7ae,
http://www.playvid.com/watch/EcFRBR2_56v, http://www.playvid.com/watch/QW8RpiiXkmP, http://www.playvid.com/watch/HL7_ja9WUde,
http://www.playvid.com/watch/zHCP4B0cxLQ, http://www.playvid.com/watch/kIaGG-8COrR, http://www.playvid.com/watch/lbx-SBlemCD,
http://www.playvid.com/watch/wDOau9Nj5NH, http://www.playvid.com/watch/BjQuzNhCzRh, http://www.playvid.com/watch/jaiYwD9hCXs,
http://www.playvid.com/watch/nr-DM7M7iJE, http://www.playvid.com/watch/IjucHht2Ikv, http://www.playvid.com/watch/5T6ZqKuUTHd,
http://www.playvid.com/watch/RB1wCOiWHEO, http://www.playvid.com/watch/5QfNxq-z_Sm, http://www.playvid.com/watch/Z1E68W7T3FZ,
http://www.playvid.com/watch/fljn3iexbXw, http://www.playvid.com/watch/o8lHSR6INV2, http://www.playvid.com/watch/mPrwBGcAsco,
http://www.playvid.com/watch/9HGFAF2k3T4, http://www.playvid.com/watch/cktkTlowJzz, http://www.playvid.com/watch/qd9q36kQPry,
http://www.playvid.com/watch/pzsGzz572Db, http://www.playvid.com/watch/WCW-FpRc8Bq, http://www.playvid.com/watch/BtbV6Un77Ca,
http://www.playvid.com/watch/Ry5JJXWT1wB, http://www.playvid.com/watch/FmNwOcTDngf, http://www.playvid.com/watch/ZDTgiAvi5mf,
http://www.playvid.com/watch/a3veH6-uAwe
5.f. Date of third notice: 2015-09-28 18:00:43
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: helterskelter
5.b. Uploader's email address: boybonny@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/helterskelter
5.e. List of videos posted by uploader: http://www.playvid.com/watch/uoTRoaG5O4e, http://www.playvid.com/watch/vUwOdujnejf,
http://www.playvid.com/watch/XGcB0OZ2N68, http://www.playvid.com/watch/Ma2hOzwB5E4, http://www.playvid.com/watch/Xex9Ytk0ooq,
http://www.playvid.com/watch/dR6UqYeyxrK, http://www.playvid.com/watch/tbFVBJsrBQ2, http://www.playvid.com/watch/EKfdFydxl06,
http://www.playvid.com/watch/Nos8GKXo9bO, http://www.playvid.com/watch/hshP4yvIxIE, http://www.playvid.com/watch/uROXCU-7PAX,
http://www.playvid.com/watch/rlSVR5IAK0R, http://www.playvid.com/watch/um43CFBNz0W, http://www.playvid.com/watch/0wP2rdiFxRg,
http://www.playvid.com/watch/6q764SQj7ia, http://www.playvid.com/watch/EGrqxh9xFRf, http://www.playvid.com/watch/pfQhG-HGyXv,
http://www.playvid.com/watch/ER0jfCgGt62, http://www.playvid.com/watch/WNN5B7FM6c8, http://www.playvid.com/watch/SR4o8ns7yYS,
http://www.playvid.com/watch/UUrpmV5H3a5, http://www.playvid.com/watch/idA-oZSStjK, http://www.playvid.com/watch/nQZAXV0WE03,
http://www.playvid.com/watch/JSTbCkyZfrg, http://www.playvid.com/watch/Pnp8qnVSB63, http://www.playvid.com/watch/xWukXSYst7z,
http://www.playvid.com/watch/jVeJL-DnvgD, http://www.playvid.com/watch/I0KkTouYdst, http://www.playvid.com/watch/k0TdPdH-gZA,
http://www.playvid.com/watch/LBwEwma0T4W, http://www.playvid.com/watch/ImlbknmSZAG, http://www.playvid.com/watch/0rlTPuw3qS-,
http://www.playvid.com/watch/2JbNKeS6WBw, http://www.playvid.com/watch/n4JxmRezqt-, http://www.playvid.com/watch/CGYL4M8PggC,
http://www.playvid.com/watch/tkaFJgXgnvT, http://www.playvid.com/watch/I4ymzCQ-aCC, http://www.playvid.com/watch/Pk9ndEFD2k4,
http://www.playvid.com/watch/6RPYHSnICoC, http://www.playvid.com/watch/PqLCtqFAbuA, http://www.playvid.com/watch/znCvucogHhw,
http://www.playvid.com/watch/Um9bAu79ErY, http://www.playvid.com/watch/RylJyinwnnd, http://www.playvid.com/watch/7y5i6RPBaEI,
http://www.playvid.com/watch/AufBP3O9xaz, http://www.playvid.com/watch/KU24LL6SLEV, http://www.playvid.com/watch/CyivWX6W9Qh,
http://www.playvid.com/watch/fGnOsDifpNi, http://www.playvid.com/watch/Ur0VI5B62AF, http://www.playvid.com/watch/tbLd6oyMi0C,
http://www.playvid.com/watch/ypCHwLbHP44, http://www.playvid.com/watch/BfbQQjKWBk4, http://www.playvid.com/watch/L7tzSzHCi-y,
http://www.playvid.com/watch/fvcWTUzAehc, http://www.playvid.com/watch/rDv4ZBFK3AK, http://www.playvid.com/watch/BZRhigVIUSD,
http://www.playvid.com/watch/msWa88ssePt, http://www.playvid.com/watch/pq806yECjan, http://www.playvid.com/watch/-w0VaxzWBtd,
http://www.playvid.com/watch/Edl2nlUtIGq, http://www.playvid.com/watch/xj6RUjNZb8Y, http://www.playvid.com/watch/uD-KMiG8xUj,
http://www.playvid.com/watch/pgYLj0-58WU, http://www.playvid.com/watch/ah9Pw6pJ93B, http://www.playvid.com/watch/jFTNrzmWoLq,
http://www.playvid.com/watch/El3wTSxKLkL, http://www.playvid.com/watch/b6QImy2aDcE, http://www.playvid.com/watch/nlj4rGaMd5A,
http://www.playvid.com/watch/RaNB8mUxZQ0, http://www.playvid.com/watch/M5RnnjNhiiG, http://www.playvid.com/watch/xoWW2Kwj6Za,
http://www.playvid.com/watch/2Z99STkUoFa, http://www.playvid.com/watch/69jmnB4qI8Q, http://www.playvid.com/watch/lHotb3bBHJt,
http://www.playvid.com/watch/3rqPKmyacTF, http://www.playvid.com/watch/Tm6T2nuoNIr, http://www.playvid.com/watch/vsVQWvqxa6T,
http://www.playvid.com/watch/J3lZowuBgqZ, http://www.playvid.com/watch/Xai3BhLvjvo, http://www.playvid.com/watch/D86CthaMq4b,
http://www.playvid.com/watch/AUjCZxMqRIT, http://www.playvid.com/watch/jjVi5WR8oAi, http://www.playvid.com/watch/KRI-DRyFqsX,
http://www.playvid.com/watch/wRNVe5XhIi9, http://www.playvid.com/watch/kQYrueUS4PO, http://www.playvid.com/watch/5EW4X-b4SkB,
http://www.playvid.com/watch/p80gltMLJHK, http://www.playvid.com/watch/CDu5YBKAekW, http://www.playvid.com/watch/yTX38B69dlv,
http://www.playvid.com/watch/friRvwd8xpj, http://www.playvid.com/watch/AOl6k-LSk7a, http://www.playvid.com/watch/fpV7cYGxD3e,
http://www.playvid.com/watch/TBfDZni-fRE, http://www.playvid.com/watch/AVlV5sCTid2, http://www.playvid.com/watch/LjPOVPsJQAh,
http://www.playvid.com/watch/-D0xRy7ajxV, http://www.playvid.com/watch/aul8eRj2FJm, http://www.playvid.com/watch/c0CfXcZ4ElL,
http://www.playvid.com/watch/zaJG6diy-8h, http://www.playvid.com/watch/6yfL4VB6wy2, http://www.playvid.com/watch/KcUw4STJ7M9,
http://www.playvid.com/watch/rZzhvBXRkO2, http://www.playvid.com/watch/AlrpLkEqV6l, http://www.playvid.com/watch/PRTsc2SdG7W,
http://www.playvid.com/watch/sYAKoUMrLkF, http://www.playvid.com/watch/-2k5r9VsfiR, http://www.playvid.com/watch/itYNC46E0fF,
http://www.playvid.com/watch/SYzcC4MfB4r, http://www.playvid.com/watch/C4snuhhZOy6, http://www.playvid.com/watch/hNkD2DpkL9o,
http://www.playvid.com/watch/oTf53as2ZHl, http://www.playvid.com/watch/HK-JLhZ2SNN, http://www.playvid.com/watch/HMt-jRYEwcj,
http://www.playvid.com/watch/YoXzCCmN7gP, http://www.playvid.com/watch/RKQpP6KohJb, http://www.playvid.com/watch/qMwAq6OqCeu,
http://www.playvid.com/watch/vGCZcwl7UaX, http://www.playvid.com/watch/XRKqEoWqUDC, http://www.playvid.com/watch/Tl-6KVh7-ZU,
http://www.playvid.com/watch/YqA2sTSLkGO, http://www.playvid.com/watch/MvgpGKIx-4e, http://www.playvid.com/watch/YOBZO8d8A4V,
http://www.playvid.com/watch/F7-TwXFnpnR, http://www.playvid.com/watch/-P-6HBLRVgX, http://www.playvid.com/watch/nYjNaKkikVB,
http://www.playvid.com/watch/BUPnlNEAzao, http://www.playvid.com/watch/X4ObKtIb0qi, http://www.playvid.com/watch/m2euc5khAXS,
http://www.playvid.com/watch/o5bs0ssxnYH, http://www.playvid.com/watch/oQWOufUaTFn, http://www.playvid.com/watch/KE26f0sQIn0,
http://www.playvid.com/watch/qsecj9TDIa3, http://www.playvid.com/watch/nBpoiRY2ZOC, http://www.playvid.com/watch/GSYE782jnON,
http://www.playvid.com/watch/IXtL3uxapf0, http://www.playvid.com/watch/gr-9HRFmCMg, http://www.playvid.com/watch/LeT4fSbrhHK,
http://www.playvid.com/watch/--3ZPgYOpWO, http://www.playvid.com/watch/jJIze6Teirg, http://www.playvid.com/watch/bWgfO63DNOS,
http://www.playvid.com/watch/THSrKEpYKt8, http://www.playvid.com/watch/EL-AVEjozt7, http://www.playvid.com/watch/7-tTly8ASNC,
http://www.playvid.com/watch/HUhYSwbmT3v, http://www.playvid.com/watch/FsVXNwtselr, http://www.playvid.com/watch/xF8s83gCiSR,
http://www.playvid.com/watch/dd4bTjWM9zs, http://www.playvid.com/watch/VelIQknEYTb, http://www.playvid.com/watch/S0J-ddVZIk3,
http://www.playvid.com/watch/nGP3q2UjGpH, http://www.playvid.com/watch/Od-RJJkptxk, http://www.playvid.com/watch/byxaaxeCm0h,
http://www.playvid.com/watch/h269VtsM7P8, http://www.playvid.com/watch/6Qnmhfevpjp, http://www.playvid.com/watch/406QYaK4AHs,
http://www.playvid.com/watch/3xRZgLP0TA9, http://www.playvid.com/watch/IGmTia2B-2E, http://www.playvid.com/watch/4R93DlqPCBY,
http://www.playvid.com/watch/Xfm8WaCRUS8, http://www.playvid.com/watch/s4ugLoWJv-K, http://www.playvid.com/watch/HvwWQIY6lML,
http://www.playvid.com/watch/vN5CPcy9lJ4, http://www.playvid.com/watch/lLhXK56fGdO, http://www.playvid.com/watch/ClMh2wSaHzo,

http://www.playvid.com/watch/B82HNMmb3ym, http://www.playvid.com/watch/trx2gmKINie, http://www.playvid.com/watch/6u6TPVALI3Y, http://www.playvid.com/watch/dONBYRQ6ZJG, http://www.playvid.com/watch/-8E0sXBZqcK, http://www.playvid.com/watch/helPDphK6JE, http://www.playvid.com/watch/vZIGoqtBYcU, http://www.playvid.com/watch/TPP9aaJxewz, http://www.playvid.com/watch/Z5kmWtv9cG8, http://www.playvid.com/watch/Sz8NGflLWhK, http://www.playvid.com/watch/lavYtRzxwB8, http://www.playvid.com/watch/8DNQ3QnZEmQ, http://www.playvid.com/watch/mgVYGwytTDf, http://www.playvid.com/watch/d2AqCPCDez6, http://www.playvid.com/watch/CODabPks5iZ, http://www.playvid.com/watch/MeRrj8ZX8Vr, http://www.playvid.com/watch/t5TWzE53Spp, http://www.playvid.com/watch/hiVSah-cmRB, http://www.playvid.com/watch/qp2gAna2EIU, http://www.playvid.com/watch/kc6w7WZ4GLz, http://www.playvid.com/watch/YSZm7-ShY3R, http://www.playvid.com/watch/E7quOqa9wzA, http://www.playvid.com/watch/ETTVlynPCNK, http://www.playvid.com/watch/JVcdaWYVSHU, http://www.playvid.com/watch/ku8pGIcNize, http://www.playvid.com/watch/Z7YQltskTdP, http://www.playvid.com/watch/fFW9YIK9gMS, http://www.playvid.com/watch/EPlkhfdpWOe, http://www.playvid.com/watch/m3adv5Lt40z, http://www.playvid.com/watch/3VuGi-AvbDb, http://www.playvid.com/watch/-WDQz2pw0Ey
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Hercules23
5.b. Uploader's email address: luks_gomes_@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Hercules23
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QuOpHyNl-WU, http://www.playvid.com/watch/27EvVFQxORp, http://www.playvid.com/watch/jYrYBvgQUft, http://www.playvid.com/watch/ZCxRo9uBZ9W, http://www.playvid.com/watch/b4r56fJsK0x, http://www.playvid.com/watch/2wDiqAGCWwp, http://www.playvid.com/watch/ycUcyhVA2qV, http://www.playvid.com/watch/dz6NAx5T3zC, http://www.playvid.com/watch/eklB5xYKmgU, http://www.playvid.com/watch/Jq8MBEDijC-, http://www.playvid.com/watch/geLsxY-sxAT, http://www.playvid.com/watch/YGqdKqXQ3yQ, http://www.playvid.com/watch/NkRrZ-NNclo, http://www.playvid.com/watch/tfRuuTXYr5t, http://www.playvid.com/watch/blLyhtmjjCp, http://www.playvid.com/watch/aJ7VwUYDYoW, http://www.playvid.com/watch/n6SR-FPSsAb, http://www.playvid.com/watch/vkCWMDqKUV6, http://www.playvid.com/watch/ttJexBKyVyJ, http://www.playvid.com/watch/xysvuZC9JPQ, http://www.playvid.com/watch/UQ7YmGiWRMa, http://www.playvid.com/watch/FIoybNqB-Ui, http://www.playvid.com/watch/sdat6M-BGjC, http://www.playvid.com/watch/gIL-u6JLfdy, http://www.playvid.com/watch/pgPPdFapEVT, http://www.playvid.com/watch/aHnY9DDnkzc, http://www.playvid.com/watch/CR-Ruf7XYq9, http://www.playvid.com/watch/q6UV3iqIaQS, http://www.playvid.com/watch/jCP-zBuC3nF, http://www.playvid.com/watch/4kbLL4bzzzQ, http://www.playvid.com/watch/S80qYJaxzG0, http://www.playvid.com/watch/J6ljOwEjWlr, http://www.playvid.com/watch/RvpFvIxhCWj, http://www.playvid.com/watch/SEQlSOjonbY, http://www.playvid.com/watch/kmLg0pQWnNS, http://www.playvid.com/watch/OFAy6q0HDX0, http://www.playvid.com/watch/09Lx4K-ybhl, http://www.playvid.com/watch/hqdxT8ZtR6k, http://www.playvid.com/watch/u3El8dXKYEu, http://www.playvid.com/watch/UMM66IKbORe, http://www.playvid.com/watch/0PruMdOnRRW, http://www.playvid.com/watch/8io-vq8Pxr2, http://www.playvid.com/watch/eKMgfstxppR, http://www.playvid.com/watch/k6SOpNBACrF, http://www.playvid.com/watch/tR5I9KWUJhh, http://www.playvid.com/watch/Tycabh525KG, http://www.playvid.com/watch/RjLdDTpgFtH, http://www.playvid.com/watch/j7y8EDHEwSc, http://www.playvid.com/watch/58EneBVVn0U, http://www.playvid.com/watch/lJR8gy7mjyl, http://www.playvid.com/watch/antPVJpMj9l, http://www.playvid.com/watch/V7EXJfaabHL, http://www.playvid.com/watch/fJapc33dWTm, http://www.playvid.com/watch/3kAvKtWZn-W, http://www.playvid.com/watch/9siShbJRZ0t, http://www.playvid.com/watch/qmbOeK-pucH, http://www.playvid.com/watch/BhAVOH2wLMz, http://www.playvid.com/watch/65lgvn7xhV9, http://www.playvid.com/watch/erwuZZ8ajzG, http://www.playvid.com/watch/xcpAEuKcCHG, http://www.playvid.com/watch/J5083Dizzmp, http://www.playvid.com/watch/854rbGsLkBY
5.f. Date of third notice: 2015-06-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heroin
5.b. Uploader's email address: eldereoni@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/heroin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EN7se4UkW34, http://www.playvid.com/watch/nMFfrnCkKj9, http://www.playvid.com/watch/tvGEdffirep, http://www.playvid.com/watch/Igg4mrGlHEX, http://www.playvid.com/watch/lUULhPemuFt, http://www.playvid.com/watch/mhrBG5Cm6MD, http://www.playvid.com/watch/Iju8MmJRqgV, http://www.playvid.com/watch/b-MGJekAGMe, http://www.playvid.com/watch/Y3A3ICHxJQR, http://www.playvid.com/watch/z7YTqU5Pw6h, http://www.playvid.com/watch/qzM-qKl9tHn, http://www.playvid.com/watch/2VksBnByboj, http://www.playvid.com/watch/PHZzI0ULJEC, http://www.playvid.com/watch/Nw34BioVW6q, http://www.playvid.com/watch/ELBg-4OAqco, http://www.playvid.com/watch/usFNnEWydv5, http://www.playvid.com/watch/ndPyA5Vl-no, http://www.playvid.com/watch/bqq6lD8Hf2i, http://www.playvid.com/watch/6CLdGyHODoR, http://www.playvid.com/watch/8zwsyVztUBj, http://www.playvid.com/watch/IrQs4zU4Q6D, http://www.playvid.com/watch/TI2wEmSGOW4, http://www.playvid.com/watch/veQ3iH8vSkn, http://www.playvid.com/watch/CtmqpNEjaRx, http://www.playvid.com/watch/v2rP9EaH3kl, http://www.playvid.com/watch/AOo6nLkma39, http://www.playvid.com/watch/lil-Y6lZiUj, http://www.playvid.com/watch/fiPcKs3A5KC, http://www.playvid.com/watch/8WBy0Q7wGa-, http://www.playvid.com/watch/2hfPp2jFmPY, http://www.playvid.com/watch/mpRj3aKNSUK, http://www.playvid.com/watch/wJAy-m-6MEI, http://www.playvid.com/watch/nKwalm0gmZ0, http://www.playvid.com/watch/-sRvZIrQRwL, http://www.playvid.com/watch/79I22J92nfJ, http://www.playvid.com/watch/Dt8klnnbpg3, http://www.playvid.com/watch/jiwjeVdDdwc, http://www.playvid.com/watch/yeFddXGSJQq, http://www.playvid.com/watch/EI8XxyplJAH, http://www.playvid.com/watch/bbeBMyrRJWm, http://www.playvid.com/watch/RNWPgNsOvHk, http://www.playvid.com/watch/ezEsNAL3RG7, http://www.playvid.com/watch/SdVZ5pPvcJB, http://www.playvid.com/watch/vLvg3zOHngJ, http://www.playvid.com/watch/UXwQpFBCi6R, http://www.playvid.com/watch/02xp40BSIQR, http://www.playvid.com/watch/M5VRYHKE8rW, http://www.playvid.com/watch/YIFhNuVkU6P, http://www.playvid.com/watch/r26CiSv4BZm, http://www.playvid.com/watch/UROQdm-VF-Q, http://www.playvid.com/watch/LZoyFju-bPR, http://www.playvid.com/watch/qDzVpuC9wJX, http://www.playvid.com/watch/N6zExuAOXD6, http://www.playvid.com/watch/pYiEHhaAfja, http://www.playvid.com/watch/CQYxP8XVcle, http://www.playvid.com/watch/PmRHJoPPleP, http://www.playvid.com/watch/lvCrVFkBwWB, http://www.playvid.com/watch/qslCufV4YVo, http://www.playvid.com/watch/S-AJHRdDlUM, http://www.playvid.com/watch/Tbgggjv4U84, http://www.playvid.com/watch/3VhbZ2HzhPr, http://www.playvid.com/watch/9mU9h3NM0AM, http://www.playvid.com/watch/jVcAJaf0u0q, http://www.playvid.com/watch/mQkyJ8AF3Xo, http://www.playvid.com/watch/CpEbDMe5FTs, http://www.playvid.com/watch/m00n0iJTz6Z, http://www.playvid.com/watch/ioaa6lZz4OS, http://www.playvid.com/watch/l070u75W3np, http://www.playvid.com/watch/ljx3QvRMeeI, http://www.playvid.com/watch/7BpaZSErGFA, http://www.playvid.com/watch/LQXjcQtra3y, http://www.playvid.com/watch/8PAKpR925X0, http://www.playvid.com/watch/IrSB3wU96Pl, http://www.playvid.com/watch/AClP2Ylosci, http://www.playvid.com/watch/4d00f64xNsD, http://www.playvid.com/watch/o9kY3yTIkA7, http://www.playvid.com/watch/Q2yE45C9qa0, http://www.playvid.com/watch/BKCepy2pAQs, http://www.playvid.com/watch/NjH3yIhSvsN, http://www.playvid.com/watch/GdBRwTGaiJZ, http://www.playvid.com/watch/6YKIyw-D6IB, http://www.playvid.com/watch/uSv4mITySWe, http://www.playvid.com/watch/oG3LshFj2tZ, http://www.playvid.com/watch/tQ0cQKyw0fb, http://www.playvid.com/watch/RwWrSd6Tj09, http://www.playvid.com/watch/3M8fESrKois, http://www.playvid.com/watch/sVAgGxnC8zv, http://www.playvid.com/watch/Ph-b5RINxog, http://www.playvid.com/watch/UV6hQfmc46J, http://www.playvid.com/watch/EjHw23KdvA0, http://www.playvid.com/watch/n2JMZ9hmLN0, http://www.playvid.com/watch/5irvmplMRIz, http://www.playvid.com/watch/ZCrxpHmvInz, http://www.playvid.com/watch/ZVsgPFCfwaG, http://www.playvid.com/watch/jzGNLHoLOp2, http://www.playvid.com/watch/kJV8GvuQtR8, http://www.playvid.com/watch/8xjZnLMKRrZ, http://www.playvid.com/watch/yexwixwDZ-x, http://www.playvid.com/watch/fSIVSIAnojM, http://www.playvid.com/watch/R3c5gnwZVj4, http://www.playvid.com/watch/P4ler7s0Fhw, http://www.playvid.com/watch/QAoPkLdGaze, http://www.playvid.com/watch/Mj8-2UplSqa, http://www.playvid.com/watch/g485ypAqURK, http://www.playvid.com/watch/9Q2oRCfgfYJ, http://www.playvid.com/watch/CJBFkQlurvZ, http://www.playvid.com/watch/fdczeBXRZdo, http://www.playvid.com/watch/wnuwsyQGiDW, http://www.playvid.com/watch/65vQx7Ymp6p, http://www.playvid.com/watch/lXiK8wtSN8L, http://www.playvid.com/watch/XSxBN3t0D2n, http://www.playvid.com/watch/WfmaaAUGo5A, http://www.playvid.com/watch/WD9OFuWSdSX, http://www.playvid.com/watch/gtO2K7odx8F, http://www.playvid.com/watch/jk2ggAzBRqG, http://www.playvid.com/watch/RpwyLaG6ehS, http://www.playvid.com/watch/nnAYiFbCdyz, http://www.playvid.com/watch/oen5VKvgapp, http://www.playvid.com/watch/QfcQEDu-xuV, http://www.playvid.com/watch/hAQGLt80sUq, http://www.playvid.com/watch/d8PeMl2PO3I, http://www.playvid.com/watch/e9Tf7Sg-Efj, http://www.playvid.com/watch/WzaS0-3YfMC, http://www.playvid.com/watch/WQyt0W-rO86, http://www.playvid.com/watch/KGLzVRBo2Xt, http://www.playvid.com/watch/iEBVEIoioJJ, http://www.playvid.com/watch/nBGZmDaLZld, http://www.playvid.com/watch/MhABzrQL-G6, http://www.playvid.com/watch/ccw4pzZFcaL, http://www.playvid.com/watch/Wu8X2jdNOkJ, http://www.playvid.com/watch/7u4iqw9KDJJ, http://www.playvid.com/watch/iyLSqMONtwp, http://www.playvid.com/watch/qvJE6jjvgZ5, http://www.playvid.com/watch/mHYeXp23CVY, http://www.playvid.com/watch/f6BsXu8M5vP, http://www.playvid.com/watch/GOOTRSv6ic6, http://www.playvid.com/watch/kD20SmW8UFx, http://www.playvid.com/watch/x3GdfhPT4Ba, http://www.playvid.com/watch/kx99Jsidvpu, http://www.playvid.com/watch/JIts4Rud9X2, http://www.playvid.com/watch/r56Yk7y66Xc, http://www.playvid.com/watch/JHKRd6ApxpD, http://www.playvid.com/watch/TyLZYYf5Boc, http://www.playvid.com/watch/QO4xxE8Khva, http://www.playvid.com/watch/DI5BQ8h8KMF, http://www.playvid.com/watch/CagNuRxf0HD, http://www.playvid.com/watch/taq4bj4AEJd, http://www.playvid.com/watch/wgyORpEvqd-, http://www.playvid.com/watch/TRfjOC-3SDY, http://www.playvid.com/watch/nCybbdtESF2, http://www.playvid.com/watch/xlX4ISWVMff, http://www.playvid.com/watch/AfwsDUSSXLJ, http://www.playvid.com/watch/S7iUPcLS3fJ, http://www.playvid.com/watch/HwO6Ui3upou, http://www.playvid.com/watch/RDaqtNvSiXk,

http://www.playvid.com/watch/ByzJNVUhZXP, http://www.playvid.com/watch/L9wFObqL43d, http://www.playvid.com/watch/4hYbZVWWCAJ, http://www.playvid.com/watch/9jP7sLZ9ODk, http://www.playvid.com/watch/mwr2qn9mvWR, http://www.playvid.com/watch/RgIGjmf4HjF, http://www.playvid.com/watch/nKWwhOUIEWO, http://www.playvid.com/watch/WA0b6mr-lAI, http://www.playvid.com/watch/DtfN5LytqnI, http://www.playvid.com/watch/FHoJviYVKem, http://www.playvid.com/watch/bRbHwmclIaQ, http://www.playvid.com/watch/Q3ulWeszREK, http://www.playvid.com/watch/cs7JbvV26Aw, http://www.playvid.com/watch/GrbsbjhZYm-, http://www.playvid.com/watch/LIR3WtlZ7OP, http://www.playvid.com/watch/yJQ6ORuTJqt, http://www.playvid.com/watch/MEq8ixXU5-P, http://www.playvid.com/watch/rdrBQ7opIfA, http://www.playvid.com/watch/Od6rLJ7n8pO, http://www.playvid.com/watch/Jl0SDQwO3SR, http://www.playvid.com/watch/F5w2LihUZxa, http://www.playvid.com/watch/7cK99bhikUm, http://www.playvid.com/watch/G6vqJc5FVkE, http://www.playvid.com/watch/WTGYfE26xq2, http://www.playvid.com/watch/7lV5CzuO-DC, http://www.playvid.com/watch/HVi9nqpdLdz, http://www.playvid.com/watch/efKwO7s7btV, http://www.playvid.com/watch/hnNwkhrYP9a, http://www.playvid.com/watch/TBJhU03ivSo, http://www.playvid.com/watch/VYhAGh96hFR
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heylesxxx
5.b. Uploader's email address: chabie13@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/heylesxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iqMx7f5h09Y, http://www.playvid.com/watch/DLyJsabRhJg, http://www.playvid.com/watch/oQv6NZPKjc7, http://www.playvid.com/watch/4zZNzlEFX3s, http://www.playvid.com/watch/56f3Cnl5mS-, http://www.playvid.com/watch/OJFlrL9OfSU, http://www.playvid.com/watch/kTYFgrnfyEJ, http://www.playvid.com/watch/Bq65nPjWKeC, http://www.playvid.com/watch/tqlldIQlU92, http://www.playvid.com/watch/h3hiqYECQnc, http://www.playvid.com/watch/aXHLIaYNJwJ, http://www.playvid.com/watch/EPWc2NfWtst, http://www.playvid.com/watch/ToIuoQFFeck, http://www.playvid.com/watch/ovjcqHOnmQj, http://www.playvid.com/watch/NCa0xsKmvJr, http://www.playvid.com/watch/4mArmd6FzgC, http://www.playvid.com/watch/KfszHEtyf0S, http://www.playvid.com/watch/NUu8oQO6CA0, http://www.playvid.com/watch/oIib7rq7vb8, http://www.playvid.com/watch/FQAcp5ovUbG, http://www.playvid.com/watch/mZYEVFdAt27, http://www.playvid.com/watch/L2LHt46W0Ga, http://www.playvid.com/watch/NUorwLJlX6b, http://www.playvid.com/watch/bl3W5i44HYQ, http://www.playvid.com/watch/fWn7EsZ2yyw, http://www.playvid.com/watch/haXJts2NR37, http://www.playvid.com/watch/t2UawmLZCOR, http://www.playvid.com/watch/rJIPq5Qex3c, http://www.playvid.com/watch/4FM6pbfU9PJ, http://www.playvid.com/watch/CRDT7WHWjaO, http://www.playvid.com/watch/g0YTbtaEPwg, http://www.playvid.com/watch/G2HE8x58g3-, http://www.playvid.com/watch/dt0PCZcIjis, http://www.playvid.com/watch/2XdT8RZ6pDR, http://www.playvid.com/watch/bxq2GH7uisA, http://www.playvid.com/watch/PjkYDM6rZnB
5.f. Date of third notice: 2013-10-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: heypeple
5.b. Uploader's email address: bartsimoson@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/heypeple
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZSCazi0Ucde, http://www.playvid.com/watch/RpwEALG9dQh, http://www.playvid.com/watch/rksLldule5E, http://www.playvid.com/watch/aETLPqg2JNm, http://www.playvid.com/watch/8SaX3FQPH9p, http://www.playvid.com/watch/SRc24GTnZ40, http://www.playvid.com/watch/sn0U2e-3Wjx, http://www.playvid.com/watch/fr6hycWix3g, http://www.playvid.com/watch/DttvzEXb6Sc, http://www.playvid.com/watch/5A3xbtYWgbv, http://www.playvid.com/watch/LQHjuEWYHj3, http://www.playvid.com/watch/ffI4R0L3s-d, http://www.playvid.com/watch/M-xYs3Uoci3, http://www.playvid.com/watch/TcPmXvdp4hb, http://www.playvid.com/watch/culgSjrm-kA, http://www.playvid.com/watch/xxqGaaEDolu, http://www.playvid.com/watch/-NAJZR67mf9, http://www.playvid.com/watch/5xHktmNVVOe, http://www.playvid.com/watch/8w9l3eRuiVG, http://www.playvid.com/watch/eP5wTfzlhWH, http://www.playvid.com/watch/d4lXzBwqsZZ, http://www.playvid.com/watch/hKuwfy2woG-, http://www.playvid.com/watch/occqifKOKwk, http://www.playvid.com/watch/GVPzKT0nn-m, http://www.playvid.com/watch/x9eNWYg4r85, http://www.playvid.com/watch/7U8MjgFKdWx, http://www.playvid.com/watch/zgM7Dq-Krtx, http://www.playvid.com/watch/YRs8WHqlMoW, http://www.playvid.com/watch/LfDb-AbsHd0, http://www.playvid.com/watch/aKRceHyXqCt, http://www.playvid.com/watch/hVOq2nyfDMA, http://www.playvid.com/watch/5vwntSJGMoX, http://www.playvid.com/watch/exVyuLguSW6, http://www.playvid.com/watch/8j9eXVKxZqW, http://www.playvid.com/watch/E9-soZMpu8X, http://www.playvid.com/watch/hsKFO5Xnfdf, http://www.playvid.com/watch/uAJCsvBBT5O, http://www.playvid.com/watch/Kjzc2fBCHk3, http://www.playvid.com/watch/TDezQ3UTiN0, http://www.playvid.com/watch/Wa3VA4TA700, http://www.playvid.com/watch/5betk5em9ig, http://www.playvid.com/watch/3PPOza2HvHd, http://www.playvid.com/watch/ISwOX5IFVjx, http://www.playvid.com/watch/diB20W-p-3D, http://www.playvid.com/watch/b4bFzK9AJn8, http://www.playvid.com/watch/ofiYTTl5Q0o, http://www.playvid.com/watch/OrwYukigPvr, http://www.playvid.com/watch/KpfQTWr4hAc, http://www.playvid.com/watch/4QB33rQlkql, http://www.playvid.com/watch/oYE20RmhK3W, http://www.playvid.com/watch/JQ-EZ-V5Kcu, http://www.playvid.com/watch/lY6Y20eO7as, http://www.playvid.com/watch/qxbNrXNB5Lx, http://www.playvid.com/watch/-TGsxsHlRe9, http://www.playvid.com/watch/hTEAmCYsnbE, http://www.playvid.com/watch/iWEVWcv9FNA, http://www.playvid.com/watch/ym6nthzzgit, http://www.playvid.com/watch/ZiP3cLxwTsA, http://www.playvid.com/watch/LuhVTWwZep4, http://www.playvid.com/watch/7fQf9oVjTU3, http://www.playvid.com/watch/j4ymx6pWrRO, http://www.playvid.com/watch/XTTREzwL9uG, http://www.playvid.com/watch/bEV98YVFDuB, http://www.playvid.com/watch/aTbsRsSJPTD, http://www.playvid.com/watch/piFZNlf2MN9, http://www.playvid.com/watch/53dJWq-74tD, http://www.playvid.com/watch/bzF9deqcuA0, http://www.playvid.com/watch/c0ALfNHPCRl, http://www.playvid.com/watch/uTsDtumcWXF, http://www.playvid.com/watch/k0WWpadoP3j, http://www.playvid.com/watch/UfWFBX-eQSL, http://www.playvid.com/watch/DTx2nvJy3aD, http://www.playvid.com/watch/Uh9wTlwdsQm, http://www.playvid.com/watch/Tib5wX9-HKh, http://www.playvid.com/watch/ywHF6GTv5dy, http://www.playvid.com/watch/QTcbIwOuhOP, http://www.playvid.com/watch/roUXvRwcvl9, http://www.playvid.com/watch/9PthgTBByOM, http://www.playvid.com/watch/iZ6H-eGMtwH, http://www.playvid.com/watch/GCdmAZIc7rb, http://www.playvid.com/watch/s356kA5FsfZ, http://www.playvid.com/watch/5Vr0elR8Pht, http://www.playvid.com/watch/gYsjnTgkoDd, http://www.playvid.com/watch/iq0UGSPiMZG, http://www.playvid.com/watch/CnK2SmP22Br, http://www.playvid.com/watch/LLOJi5YfJoj, http://www.playvid.com/watch/NkHt8Bjgv9E, http://www.playvid.com/watch/znOTAqEb7ke, http://www.playvid.com/watch/YxH4LRvWn2z, http://www.playvid.com/watch/RZ3G2EeLfzD, http://www.playvid.com/watch/NFFXjhJYNYM, http://www.playvid.com/watch/Cc2gBN0zTeF, http://www.playvid.com/watch/h0APDDJ7uvy, http://www.playvid.com/watch/NaxBr7YZEYr, http://www.playvid.com/watch/49YJ959qAm0, http://www.playvid.com/watch/PjmRaOOISFO, http://www.playvid.com/watch/ssAdYvtkAK7, http://www.playvid.com/watch/4oseLp65Rxj, http://www.playvid.com/watch/VaKSzMc7ITQ, http://www.playvid.com/watch/gu5EPJGkLQs, http://www.playvid.com/watch/ucWCxsCy52o, http://www.playvid.com/watch/-6y4-3NVNbC, http://www.playvid.com/watch/eooBMBM7qFC, http://www.playvid.com/watch/nGjchkdY-Rs, http://www.playvid.com/watch/pMWXgFFTNN2, http://www.playvid.com/watch/3xtdoqo4BS7, http://www.playvid.com/watch/9Vot6DijIwU, http://www.playvid.com/watch/k2bveH5sQwZ, http://www.playvid.com/watch/rEtf9QPyb8R, http://www.playvid.com/watch/bimebkzpCpN, http://www.playvid.com/watch/d2DyTqt2UiO, http://www.playvid.com/watch/5pZAoLczDEp, http://www.playvid.com/watch/l9cshPEHQgB, http://www.playvid.com/watch/3CWCb9Yyz8V, http://www.playvid.com/watch/pyUI2lQADyU, http://www.playvid.com/watch/j8pg0NTAX8g, http://www.playvid.com/watch/lhEr2Dxr4aq, http://www.playvid.com/watch/kItnVmp-gOG, http://www.playvid.com/watch/QjE5Th4o3We, http://www.playvid.com/watch/9hHskxi20Te, http://www.playvid.com/watch/X6sU0o2ArAO, http://www.playvid.com/watch/mRPBjcVTzFu, http://www.playvid.com/watch/OhGMKFs2NdS, http://www.playvid.com/watch/QoxHUdLfddg, http://www.playvid.com/watch/-z46qozqCRo, http://www.playvid.com/watch/6K3GMhK8V-k, http://www.playvid.com/watch/PM6LNvc9j0d, http://www.playvid.com/watch/P9PDNw3ntl4, http://www.playvid.com/watch/8y-Uf54vURH, http://www.playvid.com/watch/wyhiNPlJkEu, http://www.playvid.com/watch/RCLLiqAwTvx, http://www.playvid.com/watch/LkHYi3g0dBR, http://www.playvid.com/watch/2i8on7Dcln4, http://www.playvid.com/watch/jeceHm6QR7X, http://www.playvid.com/watch/KalqKpd2Taz, http://www.playvid.com/watch/bYomhi64zrg, http://www.playvid.com/watch/pYg07CPqPNC, http://www.playvid.com/watch/BJ9LBXt8ypC, http://www.playvid.com/watch/Os3wRlPVdMk, http://www.playvid.com/watch/eqf8BmL4JzJ, http://www.playvid.com/watch/v8p25ntbbOs, http://www.playvid.com/watch/gW3NAwcRo5y, http://www.playvid.com/watch/iuPlvL93ixt, http://www.playvid.com/watch/xhpwHjsXyRe, http://www.playvid.com/watch/in4fjEwk2Wc, http://www.playvid.com/watch/wlkvypBW-lh, http://www.playvid.com/watch/B0nrQInjNoz, http://www.playvid.com/watch/Ni0sdBMx5hA, http://www.playvid.com/watch/hFNETCJ0i5b, http://www.playvid.com/watch/Gu0XWkFxXwQ, http://www.playvid.com/watch/kJDaqnEcR4g, http://www.playvid.com/watch/EvePcFjBpON, http://www.playvid.com/watch/8yV68OyjvQR, http://www.playvid.com/watch/70HcDXzMTHU, http://www.playvid.com/watch/JoEfAW7Cxx4, http://www.playvid.com/watch/FdSPaC80TB-, http://www.playvid.com/watch/-8vArgMYYot, http://www.playvid.com/watch/vFIccKGwKcI, http://www.playvid.com/watch/nSmAReC8rPU, http://www.playvid.com/watch/L4xcBPyObej, http://www.playvid.com/watch/VZlgbImMGmy, http://www.playvid.com/watch/occzeMWQl2Qk, http://www.playvid.com/watch/IIm2fka63-N, http://www.playvid.com/watch/EfiMlgyP683, http://www.playvid.com/watch/IaGFBThutH4, http://www.playvid.com/watch/AVOuLAUD2mx, http://www.playvid.com/watch/ugUratLfKez, http://www.playvid.com/watch/JcI6m5q-joi, http://www.playvid.com/watch/tAndj0uTkAD, http://www.playvid.com/watch/ieheWDtY6F9, http://www.playvid.com/watch/ASlCWSjbuuQ, http://www.playvid.com/watch/4G8heL3RD-l, http://www.playvid.com/watch/hu-u3rW3wnd, http://www.playvid.com/watch/D0m6PsJKzxO, http://www.playvid.com/watch/-2bOzYWaJEU, http://www.playvid.com/watch/BHl2EA-FhfX, http://www.playvid.com/watch/3l-wJUvdUHE, http://www.playvid.com/watch/hED4EZt3ktp, http://www.playvid.com/watch/d-Zg6JgMKN0, http://www.playvid.com/watch/0txFFaWubub, http://www.playvid.com/watch/ojQXvtbm0kh, http://www.playvid.com/watch/hwd0kQndHsy,

http://www.playvid.com/watch/4xQs7cUFa7J, http://www.playvid.com/watch/oAM8jEbhoPM, http://www.playvid.com/watch/YoUT9QzJyIX,
http://www.playvid.com/watch/-cBofNxRHAc, http://www.playvid.com/watch/2RvNQSHumuW, http://www.playvid.com/watch/fPCT9AjKelD,
http://www.playvid.com/watch/0BXILXXPcKl, http://www.playvid.com/watch/ItSBep2kua5, http://www.playvid.com/watch/TLpQaz3iJxt,
http://www.playvid.com/watch/Nu8tvn5YwJp, http://www.playvid.com/watch/OCGgKgtj6-d, http://www.playvid.com/watch/vv5ntjix99V,
http://www.playvid.com/watch/miOXG-NkDnN, http://www.playvid.com/watch/Fq4eMSjHRxK, http://www.playvid.com/watch/-tez8v3gT-W,
http://www.playvid.com/watch/WvTpeeYPMLC, http://www.playvid.com/watch/mVH-t5pVX0R, http://www.playvid.com/watch/REUiYVzo5Gb,
http://www.playvid.com/watch/N4VqG5xT7aO, http://www.playvid.com/watch/9HjaaWxSnJ6, http://www.playvid.com/watch/b52dUSOeTCE,
http://www.playvid.com/watch/Heo0fbCPqGd, http://www.playvid.com/watch/jW5dYu4xt8Q, http://www.playvid.com/watch/7EFIow-gEhi,
http://www.playvid.com/watch/vYIDoSlYspM, http://www.playvid.com/watch/aZVjRlMRYWw, http://www.playvid.com/watch/MMY6fOnjy9q,
http://www.playvid.com/watch/az8IB8Ap8Ki, http://www.playvid.com/watch/gPySHD6EzfT, http://www.playvid.com/watch/HBrwtzZNbuE,
http://www.playvid.com/watch/cI42lniju08, http://www.playvid.com/watch/0vmr5GQDSDV, http://www.playvid.com/watch/bNFtWbHyzw6,
http://www.playvid.com/watch/bAalepcV-Dd, http://www.playvid.com/watch/WHK2LY0QoUb, http://www.playvid.com/watch/Dujj2y4vCMt,
http://www.playvid.com/watch/DLR8jjY5UTd, http://www.playvid.com/watch/RHJHqqwSR6E, http://www.playvid.com/watch/RtOf8Jnp8Fo,
http://www.playvid.com/watch/HQs5iyGQZha, http://www.playvid.com/watch/DyAQqBmWJLe, http://www.playvid.com/watch/C3ZLQGPQLk3,
http://www.playvid.com/watch/5udBKB7Anul, http://www.playvid.com/watch/kPbGk9Tmqyb, http://www.playvid.com/watch/K2PaSAyMuDC,
http://www.playvid.com/watch/uYFtZtKaKmW, http://www.playvid.com/watch/8RKJllCEWbg, http://www.playvid.com/watch/SXiWSaHZFca,
http://www.playvid.com/watch/IOuP6VvEujM, http://www.playvid.com/watch/K0B8ov8eOK8, http://www.playvid.com/watch/x53b2IfsZLs,
http://www.playvid.com/watch/gJOzdXMfQ0N, http://www.playvid.com/watch/aEmQS8zXpgS, http://www.playvid.com/watch/U0ohqByV42F,
http://www.playvid.com/watch/CVtca6NKFEH, http://www.playvid.com/watch/4OnMT-Ohtos, http://www.playvid.com/watch/StIuBH8cdOO,
http://www.playvid.com/watch/guMQdLEwjdL, http://www.playvid.com/watch/mty7iWsHgcY, http://www.playvid.com/watch/6rTBoxfIRBA,
http://www.playvid.com/watch/C8HPN-N6dXW, http://www.playvid.com/watch/0A5ZsR4tkPc, http://www.playvid.com/watch/2HSrTzanXdB,
http://www.playvid.com/watch/8etspa3PlK6, http://www.playvid.com/watch/zVCww3ILm9u, http://www.playvid.com/watch/j3lqgLdUZVu,
http://www.playvid.com/watch/tdRG3qSUmos, http://www.playvid.com/watch/MAd0IXAxu5R, http://www.playvid.com/watch/x4E432zpVAp,
http://www.playvid.com/watch/j9u5io-uHb0, http://www.playvid.com/watch/2c7z0L5pX05, http://www.playvid.com/watch/7SFMidKQ2nJ,
http://www.playvid.com/watch/7hPQaxQKIBv, http://www.playvid.com/watch/UGg0dlIZJuE, http://www.playvid.com/watch/-sm0c6wkM2i,
http://www.playvid.com/watch/SmTugoui6hI, http://www.playvid.com/watch/5aZhIJ9DZjc, http://www.playvid.com/watch/xoduyP9Fk5-,
http://www.playvid.com/watch/Bi-R-V-prHl, http://www.playvid.com/watch/rXnx0BVTBjH, http://www.playvid.com/watch/LDnTHs0wDxZ,
http://www.playvid.com/watch/Q0uCdBhNXir, http://www.playvid.com/watch/analra6wn0O, http://www.playvid.com/watch/dQXP6kCa-zx,
http://www.playvid.com/watch/ULRInaspS0f, http://www.playvid.com/watch/3aPUkvVytg3, http://www.playvid.com/watch/-wsavptf4B2,
http://www.playvid.com/watch/cpvRDUpAHCQ, http://www.playvid.com/watch/jAet99OGErG, http://www.playvid.com/watch/TmwByUTQqAJ,
http://www.playvid.com/watch/lwn0I8yLbyv, http://www.playvid.com/watch/22vEiizbDWL, http://www.playvid.com/watch/RwX8G2Nj8X4,
http://www.playvid.com/watch/uEq5uuhzppQ, http://www.playvid.com/watch/IMSIMFCCnxd, http://www.playvid.com/watch/aDf9mjwrVe6,
http://www.playvid.com/watch/nwm7wlLVLJ0, http://www.playvid.com/watch/DyGcjqQZ9Um, http://www.playvid.com/watch/x5YrsjfaQSs,
http://www.playvid.com/watch/W-CQJxW-b7Y, http://www.playvid.com/watch/-QhigMeSmDD, http://www.playvid.com/watch/Gsf3Kfo0zuU,
http://www.playvid.com/watch/7vUEFEdnb23, http://www.playvid.com/watch/SCYvE7CXWLF, http://www.playvid.com/watch/qrQqVoYiLQi,
http://www.playvid.com/watch/Afq9BGv3QTo, http://www.playvid.com/watch/KWHEo3WNj2I, http://www.playvid.com/watch/E7I6NxJrIFw,
http://www.playvid.com/watch/yzD68BGFGdW, http://www.playvid.com/watch/dAmLZF-Gw8E, http://www.playvid.com/watch/XHANRctWdZ3,
http://www.playvid.com/watch/3Dm0uEwymyn, http://www.playvid.com/watch/Mzmr52eFsHF, http://www.playvid.com/watch/DcA6Uwzx06t,
http://www.playvid.com/watch/ZthVbAPjhDz, http://www.playvid.com/watch/w26epFN9iu0, http://www.playvid.com/watch/yD0ifV9vJdC,
http://www.playvid.com/watch/eh5c3icVeJS, http://www.playvid.com/watch/yokZofgOaiR, http://www.playvid.com/watch/9pqGnJrC4DH,
http://www.playvid.com/watch/zsGvJTPY73u, http://www.playvid.com/watch/5oDbDmOQoKQ, http://www.playvid.com/watch/QX-oU6IeZHx,
http://www.playvid.com/watch/zVYbzDBvh5b, http://www.playvid.com/watch/rs3Y43xqOPI, http://www.playvid.com/watch/jEAE5llcD0R,
http://www.playvid.com/watch/iM3TecuFr0t, http://www.playvid.com/watch/2nhkY3GuPvN, http://www.playvid.com/watch/cgBsaC-e8jz,
http://www.playvid.com/watch/gCYPtRVNiNv, http://www.playvid.com/watch/ylcxnw-AE7o, http://www.playvid.com/watch/SwTaYHXco2w,
http://www.playvid.com/watch/aQZCoMvPhN0, http://www.playvid.com/watch/ytCDS44QZRm, http://www.playvid.com/watch/4YJK0kOqhwr,
http://www.playvid.com/watch/vKbLkuwuW9j, http://www.playvid.com/watch/7SR9DALgX98, http://www.playvid.com/watch/roubKn-No4J,
http://www.playvid.com/watch/c2Lypv46r9e, http://www.playvid.com/watch/a-2XavldaXM, http://www.playvid.com/watch/hgVwgIIH-bT,
http://www.playvid.com/watch/BDCEF8FxONd, http://www.playvid.com/watch/7Ncxy7LUV5O, http://www.playvid.com/watch/CebjvOT5rKC,
http://www.playvid.com/watch/3xEQwQnWakb, http://www.playvid.com/watch/eFWalcf8bHh, http://www.playvid.com/watch/PdVz9En-c96,
http://www.playvid.com/watch/k0vn6SrsWzI, http://www.playvid.com/watch/xl7n96KzIup, http://www.playvid.com/watch/OJNhZY7vPAc,
http://www.playvid.com/watch/YVVlpgifnKb, http://www.playvid.com/watch/vtxqlEkvSz9, http://www.playvid.com/watch/denAMRH0ckp,
http://www.playvid.com/watch/tWuWpYsmtP2, http://www.playvid.com/watch/R-OA4IC74LW, http://www.playvid.com/watch/dvBO0efW6Dp,
http://www.playvid.com/watch/8SdkBOhyW2F, http://www.playvid.com/watch/7uQ2wTEOBYC, http://www.playvid.com/watch/shADoaPxonG,
http://www.playvid.com/watch/gcswmZCZ9JW, http://www.playvid.com/watch/67Qg5-7moVo, http://www.playvid.com/watch/XUyM8t2Tn68,
http://www.playvid.com/watch/nYnGVlcUiyK, http://www.playvid.com/watch/CW7RgCupYfw, http://www.playvid.com/watch/hgok7JfZgRP,
http://www.playvid.com/watch/7JtEPIfCj-I, http://www.playvid.com/watch/h2TDmE0wLPe, http://www.playvid.com/watch/N5VylbwUhzg,
http://www.playvid.com/watch/OC46xSlWo60, http://www.playvid.com/watch/6HHTFvNgAGy, http://www.playvid.com/watch/IeA3E6uVb6-,
http://www.playvid.com/watch/-S-wmWvWT6-, http://www.playvid.com/watch/c4hQf2l474R, http://www.playvid.com/watch/yiLOLqgdbnM,
http://www.playvid.com/watch/m-PcoGMupPQ, http://www.playvid.com/watch/CnaxnCKVaOe, http://www.playvid.com/watch/zXfU-anOd9u,
http://www.playvid.com/watch/7GqoDoXKIdq, http://www.playvid.com/watch/T73DezKjVMs, http://www.playvid.com/watch/NRGCzBPDcns,
http://www.playvid.com/watch/CWaCJDEvtqR, http://www.playvid.com/watch/I-MxaFLXB-h, http://www.playvid.com/watch/QZFNNU-yBTS,
http://www.playvid.com/watch/7XWnUfMItyR, http://www.playvid.com/watch/5CijUKU6icS, http://www.playvid.com/watch/6XIpEmWDHKs,
http://www.playvid.com/watch/YKMcfFj97yM, http://www.playvid.com/watch/GrQJ26wYL8D, http://www.playvid.com/watch/N3vK0d0YMFg,
http://www.playvid.com/watch/9RRrOghM9d8, http://www.playvid.com/watch/9SCxu00E7hO, http://www.playvid.com/watch/8jfR9btMoIK,
http://www.playvid.com/watch/XtPqKWQGnS3, http://www.playvid.com/watch/3HsIj2oIIQL, http://www.playvid.com/watch/wJ896nDEoBE,
http://www.playvid.com/watch/5k660mCUxwL, http://www.playvid.com/watch/Us7wyBc0d99, http://www.playvid.com/watch/-ihY0cmzL4O,
http://www.playvid.com/watch/lkRj6ZkI6Ki, http://www.playvid.com/watch/e2QcBMXfKPr, http://www.playvid.com/watch/a0yXV9-0CjW,
http://www.playvid.com/watch/EthlwaRUE8H, http://www.playvid.com/watch/gKjEdqfGElv, http://www.playvid.com/watch/fbdhnDThiaK,
http://www.playvid.com/watch/7H4HhTw8uX-, http://www.playvid.com/watch/4YrsovULbvJ, http://www.playvid.com/watch/2EPn0ekW3md,
http://www.playvid.com/watch/WF2ks-agKbV, http://www.playvid.com/watch/SBFYUImDz6k, http://www.playvid.com/watch/Tqk6WYJYegB,
http://www.playvid.com/watch/Iphd87wLHOO, http://www.playvid.com/watch/Ad8MByYRl9-, http://www.playvid.com/watch/muSorSAROM2,
http://www.playvid.com/watch/M7xkAH7kkAp, http://www.playvid.com/watch/dpMbR77BZ7A, http://www.playvid.com/watch/25upFxEZNLP,
http://www.playvid.com/watch/ldac35NZs4M, http://www.playvid.com/watch/ofUsEwvFa03, http://www.playvid.com/watch/Avchn7oSK3p,
http://www.playvid.com/watch/mMw22BojuwA, http://www.playvid.com/watch/hjZv9e2qKUz, http://www.playvid.com/watch/rCltn4o7eUt,
http://www.playvid.com/watch/rJJnveIl3l5, http://www.playvid.com/watch/Mj0cKXVTFk4, http://www.playvid.com/watch/S8rNWh-fMH6,
http://www.playvid.com/watch/hVZUih0r7sd, http://www.playvid.com/watch/YAQiAirMv3M, http://www.playvid.com/watch/-OIvHoh35dG,
http://www.playvid.com/watch/ClJg0ZkNrg0, http://www.playvid.com/watch/b2wNfARxi2s, http://www.playvid.com/watch/xybj9j690OU,
http://www.playvid.com/watch/f3qwGB2ccsG, http://www.playvid.com/watch/CWuEqV2Z3b0, http://www.playvid.com/watch/CMq7O5MY3Mm,
http://www.playvid.com/watch/TyVCBxIr-cH, http://www.playvid.com/watch/uWYVp3mQhMI, http://www.playvid.com/watch/4lO7XOm5RgQ,
http://www.playvid.com/watch/ucbiYfi3zzn, http://www.playvid.com/watch/utJ7exmpnP-, http://www.playvid.com/watch/ZIrUqRiIyn9,
http://www.playvid.com/watch/GJFioWcKmTY, http://www.playvid.com/watch/OiPiYqf6hHh, http://www.playvid.com/watch/MPq99-Zs2y-,
http://www.playvid.com/watch/FYCdLW4QRkS, http://www.playvid.com/watch/S2OlVVayqF6, http://www.playvid.com/watch/Q0DXV-UoUOw,
http://www.playvid.com/watch/cAtPy-Yq-QQ, http://www.playvid.com/watch/3Rz3bWA4p4D, http://www.playvid.com/watch/NKSvawKYake,
http://www.playvid.com/watch/NAPRKluB4TE, http://www.playvid.com/watch/kA8G42ppETy, http://www.playvid.com/watch/ZOVeR5imkrL,
http://www.playvid.com/watch/x0Tcbt-xgSn, http://www.playvid.com/watch/FnsefCxEzwq, http://www.playvid.com/watch/a5g3xLmB6yt,
http://www.playvid.com/watch/EtTetNHZF2i, http://www.playvid.com/watch/25AJVLx669u, http://www.playvid.com/watch/YKpiE74pJbc,
http://www.playvid.com/watch/FqgQ9ah2Wud, http://www.playvid.com/watch/wiMTSMfA0a2, http://www.playvid.com/watch/dW7ZSDX5q9o,
http://www.playvid.com/watch/Jqpra5fAh5y, http://www.playvid.com/watch/hEWsQt5ZaoM, http://www.playvid.com/watch/IKXsRrBhHxz,
http://www.playvid.com/watch/knKKfTFjbxn, http://www.playvid.com/watch/j35VIpzqT2c, http://www.playvid.com/watch/W94JlwexQTF,
http://www.playvid.com/watch/TjeNVVNH69F, http://www.playvid.com/watch/TlcRecwNDks, http://www.playvid.com/watch/5AmktdGMMW2,
http://www.playvid.com/watch/6TbdAaWc8iz, http://www.playvid.com/watch/pLR5ckMZSvW, http://www.playvid.com/watch/elw4rjLo839,
http://www.playvid.com/watch/JHzeiteya-J, http://www.playvid.com/watch/Bgd3Or7CbHA, http://www.playvid.com/watch/TJKKIJTeOZQ,
http://www.playvid.com/watch/WpJA8Ei7eTq, http://www.playvid.com/watch/v-3iB-wqXoF, http://www.playvid.com/watch/cZJVIre2kmB,
http://www.playvid.com/watch/IcbBfJwx-FM, http://www.playvid.com/watch/YYVsEM5Ycxg, http://www.playvid.com/watch/iVfOW753gJ2,
http://www.playvid.com/watch/qrVADkHBNtB, http://www.playvid.com/watch/H6tyuGLpT0J, http://www.playvid.com/watch/RmHs4vnZvDk,
http://www.playvid.com/watch/PAqjlah2lTp, http://www.playvid.com/watch/4yd4Lwe7i4n, http://www.playvid.com/watch/5o7nUN6OLmM,

http://www.playvid.com/watch/rlYtugChA-w, http://www.playvid.com/watch/z45QNfOZ8TF, http://www.playvid.com/watch/UIpdrDHnZXH, http://www.playvid.com/watch/YKguKF7IG07, http://www.playvid.com/watch/UQz-rf0ytKG, http://www.playvid.com/watch/cJSXtLvxNQq, http://www.playvid.com/watch/nfzYKTNgaqr, http://www.playvid.com/watch/-tcXJ2FcTo6, http://www.playvid.com/watch/diSrCI7eR27, http://www.playvid.com/watch/wJ2kWkYMpvD, http://www.playvid.com/watch/lHv9e76NXMX, http://www.playvid.com/watch/2B7gmrEGsjH, http://www.playvid.com/watch/KoGdkJ3z3AJ, http://www.playvid.com/watch/5C3ta3-Ruae, http://www.playvid.com/watch/kAwylYjkm8v, http://www.playvid.com/watch/Rz4X7Ou5h6o, http://www.playvid.com/watch/ln8pwBDpAXs, http://www.playvid.com/watch/9jDZd347Eqb, http://www.playvid.com/watch/bNdGcvuVvOm, http://www.playvid.com/watch/ZJJ-Uu3nqvc, http://www.playvid.com/watch/T2JO6W3Qvid, http://www.playvid.com/watch/qgz-eGI209N, http://www.playvid.com/watch/A3yo6WuW33o, http://www.playvid.com/watch/uJoXWhnmsDG, http://www.playvid.com/watch/sLyvc2eyJdK, http://www.playvid.com/watch/Qu6VXDWzXJv, http://www.playvid.com/watch/hjvoQ9cYfoc, http://www.playvid.com/watch/3XGIZq94X0B, http://www.playvid.com/watch/af0pl7nLEh5, http://www.playvid.com/watch/mfKPRG0dKCQ, http://www.playvid.com/watch/5rcdxuPWPRN, http://www.playvid.com/watch/ZH0boVretzI, http://www.playvid.com/watch/cEQvKeZH36n, http://www.playvid.com/watch/WbpV7Apbwwb, http://www.playvid.com/watch/WSsybmYEPuE, http://www.playvid.com/watch/05nFt39QCD0, http://www.playvid.com/watch/4DVdhjBr69P, http://www.playvid.com/watch/ZOiAbKkSQky, http://www.playvid.com/watch/GCYmRE9xqit, http://www.playvid.com/watch/LV3SjHj7U4D, http://www.playvid.com/watch/9BhoErO6TGD, http://www.playvid.com/watch/rtQI7ViqQD9, http://www.playvid.com/watch/Pg-YWzf-RAW, http://www.playvid.com/watch/Btp8H4zaW-w, http://www.playvid.com/watch/piJjkKcl4j3, http://www.playvid.com/watch/HTY5z3onwti, http://www.playvid.com/watch/5ZtUfSry872, http://www.playvid.com/watch/68bdtQhBkk7, http://www.playvid.com/watch/nYujkrig2Jd, http://www.playvid.com/watch/Yvqs4t6Mh58, http://www.playvid.com/watch/FP5u2DtF-O2, http://www.playvid.com/watch/8s2JuB3eFvN, http://www.playvid.com/watch/I5uYlzpX65Y, http://www.playvid.com/watch/SInLSCjsV9d, http://www.playvid.com/watch/tzU0bMhJnem, http://www.playvid.com/watch/IjnQP0rR-eg, http://www.playvid.com/watch/InZyoV085N6, http://www.playvid.com/watch/uD7CtrcWJHB, http://www.playvid.com/watch/7XO05YYeuOK, http://www.playvid.com/watch/0HJZi2AuTRv, http://www.playvid.com/watch/M5rTUYh-sVt, http://www.playvid.com/watch/wtx4kAyfxM3, http://www.playvid.com/watch/Zz2oZVVji2h, http://www.playvid.com/watch/YJCi6QSa-Wo, http://www.playvid.com/watch/hAzHlUFoewW, http://www.playvid.com/watch/JPm6wRHODQd, http://www.playvid.com/watch/ELaB3VU3zMl, http://www.playvid.com/watch/9XTVlLv6NPR, http://www.playvid.com/watch/EbczrBhfcbo, http://www.playvid.com/watch/Ti49jYjfruM, http://www.playvid.com/watch/uOwdvyDD0Cb, http://www.playvid.com/watch/NqxHSLGotTB, http://www.playvid.com/watch/X0pvoNZRIVl, http://www.playvid.com/watch/IDOcJ2Vf9xB, http://www.playvid.com/watch/oGOgd4jE6L0, http://www.playvid.com/watch/HyXRi82sxSm, http://www.playvid.com/watch/zdRZRLm3dOd, http://www.playvid.com/watch/EKQr0Z-GFWV, http://www.playvid.com/watch/uy4YTT8Q80a, http://www.playvid.com/watch/boBDwbcdqPe, http://www.playvid.com/watch/yBsYkoiZ3vT, http://www.playvid.com/watch/F76buzRy0z8, http://www.playvid.com/watch/Zw-twv9sgyx, http://www.playvid.com/watch/GvFjIJplBhg, http://www.playvid.com/watch/-XTcK0xKCGx, http://www.playvid.com/watch/NUiDxC32g2v, http://www.playvid.com/watch/3-eSoSL9hgR, http://www.playvid.com/watch/cKAzgrbpD0b, http://www.playvid.com/watch/Bali3cPtwpb, http://www.playvid.com/watch/xNVdz8k8TgI, http://www.playvid.com/watch/4yeujxJaPCd, http://www.playvid.com/watch/09blogKhZLx, http://www.playvid.com/watch/iLl4fw8X6yZ, http://www.playvid.com/watch/koHb-30uL-n, http://www.playvid.com/watch/8PpGqP0JdlN, http://www.playvid.com/watch/cWSFNxw7uti, http://www.playvid.com/watch/rsh5NIiGRVu, http://www.playvid.com/watch/Ew9IOvyVCnU, http://www.playvid.com/watch/OpsKYpnGlpt, http://www.playvid.com/watch/X7-fuuVN8cY, http://www.playvid.com/watch/JSStWcfd8Yi, http://www.playvid.com/watch/EPTXObXu9r6, http://www.playvid.com/watch/oknwMcRMfb9, http://www.playvid.com/watch/285ILFr2i0p, http://www.playvid.com/watch/mPtcH0YhmBw, http://www.playvid.com/watch/ZF6HJGuCwWk, http://www.playvid.com/watch/kaxVm4hq0rw, http://www.playvid.com/watch/3ZIBumfThDv, http://www.playvid.com/watch/VFUNxnTOmW9, http://www.playvid.com/watch/HRYyfFrSsTx, http://www.playvid.com/watch/Fo4f8LzTOFW, http://www.playvid.com/watch/YWEAyzEitwF, http://www.playvid.com/watch/fXW9M8IRzuJ, http://www.playvid.com/watch/ou0GtaNV55L, http://www.playvid.com/watch/oxHIJfBcRXH, http://www.playvid.com/watch/vrHzou9DaQj, http://www.playvid.com/watch/WgpynphdaDg, http://www.playvid.com/watch/4DCg5joLaLB, http://www.playvid.com/watch/W8MWUt-6FQ5, http://www.playvid.com/watch/KZG80hayWtC, http://www.playvid.com/watch/ZEfGVCxCVGH, http://www.playvid.com/watch/hEagOdwGGG8, http://www.playvid.com/watch/Qg4ELqHbydH, http://www.playvid.com/watch/2qOMhYtJUG5, http://www.playvid.com/watch/3FfOMux4KWc, http://www.playvid.com/watch/IomoJjyxn3I, http://www.playvid.com/watch/kinr2kr3P9H, http://www.playvid.com/watch/b5MfAIeahMY, http://www.playvid.com/watch/kaiOexTO9Tq, http://www.playvid.com/watch/WRkarq869iF, http://www.playvid.com/watch/2F268YLgaU2, http://www.playvid.com/watch/JFklfhuVV5v, http://www.playvid.com/watch/D6J-Am2pG8a, http://www.playvid.com/watch/Z4f5oUkpXtz, http://www.playvid.com/watch/Hsm-LXoskdA, http://www.playvid.com/watch/vvmzKFZ7YoY, http://www.playvid.com/watch/YjsQj7IktAi, http://www.playvid.com/watch/PneAsqbAhfY, http://www.playvid.com/watch/c06C2lNfBtl, http://www.playvid.com/watch/lNNwcdZXA3Y, http://www.playvid.com/watch/TyIhS8Ta5bR, http://www.playvid.com/watch/iodKdRNyqas, http://www.playvid.com/watch/pNQufuG9Vux, http://www.playvid.com/watch/iFYyegGdDB6, http://www.playvid.com/watch/lIW373OKiXq, http://www.playvid.com/watch/9PQl6AJYTkD, http://www.playvid.com/watch/8P9252ia4Ny, http://www.playvid.com/watch/aMXEiwigqJt, http://www.playvid.com/watch/SLVGLAjb4vx, http://www.playvid.com/watch/pAgXJUxSOFn, http://www.playvid.com/watch/HyflB6aSKta, http://www.playvid.com/watch/Fs6H5Widafl, http://www.playvid.com/watch/Ef8FcXmYJA9, http://www.playvid.com/watch/hN40YPKzXzW, http://www.playvid.com/watch/zfNgXqLY7WM, http://www.playvid.com/watch/s0iwYfJiT2C, http://www.playvid.com/watch/ND3fj3qmbRT, http://www.playvid.com/watch/Bm3KZGwpwzy, http://www.playvid.com/watch/5gbpHQ8lVUW, http://www.playvid.com/watch/Taea-JLmAeF, http://www.playvid.com/watch/ZcBelguEqBy, http://www.playvid.com/watch/QeeFXbwvq5i, http://www.playvid.com/watch/l3T2RDYplIT, http://www.playvid.com/watch/EBZBdQrNaKI, http://www.playvid.com/watch/LEzNcqLztP3, http://www.playvid.com/watch/n3ECkonKui4, http://www.playvid.com/watch/bqn4Sjrnq9G, http://www.playvid.com/watch/q-StSe35JAN, http://www.playvid.com/watch/XnVwF8M-sNS, http://www.playvid.com/watch/WD80nfOPqbO, http://www.playvid.com/watch/AbkHcEuAkkz, http://www.playvid.com/watch/4AnPaUvYhcl, http://www.playvid.com/watch/ujZGnCS0DrN, http://www.playvid.com/watch/usiVDugxPHF, http://www.playvid.com/watch/S9asY4GTqNg, http://www.playvid.com/watch/JvnBKUTFXQB, http://www.playvid.com/watch/OmRqjGA2UhB, http://www.playvid.com/watch/y-8tZM6hcUu, http://www.playvid.com/watch/TFaHj9MIqWi, http://www.playvid.com/watch/R2cLniFvokq, http://www.playvid.com/watch/gIlBOMvUHh6, http://www.playvid.com/watch/yS5mMeb0E26, http://www.playvid.com/watch/NZAUQT87b5o, http://www.playvid.com/watch/cDKQ9CgIWfE, http://www.playvid.com/watch/hnjJ0vKePe2, http://www.playvid.com/watch/Ld3hE-y6U0m, http://www.playvid.com/watch/KV747a2a72-, http://www.playvid.com/watch/ubsx8ypKJ9w, http://www.playvid.com/watch/uoDAftUd7Cn, http://www.playvid.com/watch/pOwQkSz2SHz, http://www.playvid.com/watch/CYKxZsTcOAi, http://www.playvid.com/watch/CKLtOemEPyH, http://www.playvid.com/watch/PGuvqrZdO8c, http://www.playvid.com/watch/iR0BRXkyqPy, http://www.playvid.com/watch/gTeL84Qd3zm, http://www.playvid.com/watch/WX-ATwIj7Ui, http://www.playvid.com/watch/pJ-uZvuPXWn, http://www.playvid.com/watch/brwbIL8jzPG, http://www.playvid.com/watch/IcBOWTPw0ZD, http://www.playvid.com/watch/VnSW8VODmez, http://www.playvid.com/watch/hIc3LqrpLBL, http://www.playvid.com/watch/3MeXCBRr4Qs, http://www.playvid.com/watch/YBEvwnk3PVE, http://www.playvid.com/watch/d-fvo4F99m0, http://www.playvid.com/watch/7QH3ODTYUJa, http://www.playvid.com/watch/rThxgByrGTw, http://www.playvid.com/watch/OXuu4dbTkJZ, http://www.playvid.com/watch/LIlRNznGgj-, http://www.playvid.com/watch/EWdhWwYPrMc
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hhgjdfshakglf
5.b. Uploader's email address: jorqieee069@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hhgjdfshakglf
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EYZuFzutZgm, http://www.playvid.com/watch/HrLAOLS6xM3, http://www.playvid.com/watch/k9rzZ9zT27v, http://www.playvid.com/watch/afidldloSVz, http://www.playvid.com/watch/GdtixOLbWYz, http://www.playvid.com/watch/TVpsirUdO3A, http://www.playvid.com/watch/UAe47nz0xou, http://www.playvid.com/watch/lREsqq-kbzD, http://www.playvid.com/watch/jDvvlSAOOSA, http://www.playvid.com/watch/4hIxOb3Et2F, http://www.playvid.com/watch/PK4U-5aYEva, http://www.playvid.com/watch/3mNRWgB4KNW
5.f. Date of third notice: 2014-01-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hibasexcom
5.b. Uploader's email address: hibasexcom@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hibasexcom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Fjko3NuiO5B, http://www.playvid.com/watch/9ZhMO-uKXfO, http://www.playvid.com/watch/kIZ7Cy73cL2, http://www.playvid.com/watch/TWm0l-2KlBP, http://www.playvid.com/watch/HGlXMJO54vE, http://www.playvid.com/watch/FdpHm6PMICD, http://www.playvid.com/watch/2ezXsLmgYK8, http://www.playvid.com/watch/WABtiAIzsXl, http://www.playvid.com/watch/eyKGHqUQyOa, http://www.playvid.com/watch/qme5SZfBKMX, http://www.playvid.com/watch/7CHUk4ZVbAM, http://www.playvid.com/watch/S8Kbuj20-dp, http://www.playvid.com/watch/Y6spifxF7pq, http://www.playvid.com/watch/cbDPDEKPrpu, http://www.playvid.com/watch/B3nK5itJlTF, http://www.playvid.com/watch/eEGQi0iOUSj, http://www.playvid.com/watch/wl0y70MDyPV, http://www.playvid.com/watch/g2KCR5HwoRG, http://www.playvid.com/watch/neEnKJETfr5, http://www.playvid.com/watch/yrK-Rr2sWGY, http://www.playvid.com/watch/Kz2skuLIgls, http://www.playvid.com/watch/yt34cf7d8jM, http://www.playvid.com/watch/tvgQmW8tjOM, http://www.playvid.com/watch/dvcO4mc0eC7, http://www.playvid.com/watch/0mTONcJbxb8, http://www.playvid.com/watch/dAc49QXSCOg,

http://www.playvid.com/watch/jW9PqI-nlo9, http://www.playvid.com/watch/7Picx-BfsWJ, http://www.playvid.com/watch/vNwSoOeT-xX, http://www.playvid.com/watch/g6oapBkvxDP, http://www.playvid.com/watch/WGnwieUqkIu, http://www.playvid.com/watch/6hfei4AAN4b, http://www.playvid.com/watch/qLYmk-dCB7s, http://www.playvid.com/watch/oK6FHOnofN8, http://www.playvid.com/watch/dowxiav6eN7, http://www.playvid.com/watch/n-74-lOPHO-, http://www.playvid.com/watch/Sj8RlTAcwVW, http://www.playvid.com/watch/3LsvWuqH65S, http://www.playvid.com/watch/a9caIpfR423, http://www.playvid.com/watch/NCUsV2zCoep, http://www.playvid.com/watch/0FsWbTEgk6n, http://www.playvid.com/watch/90YWwDzkcLY, http://www.playvid.com/watch/4C7HXjDq6g7, http://www.playvid.com/watch/5qdDSmKTt2R, http://www.playvid.com/watch/0DwPcCxgbA2, http://www.playvid.com/watch/SGvLaZr-3iG, http://www.playvid.com/watch/Mgzl3asq3pO, http://www.playvid.com/watch/KBi9OaPefLR, http://www.playvid.com/watch/On3grzSz3ut, http://www.playvid.com/watch/oifc5-mI6Q5, http://www.playvid.com/watch/WCks3hBICGt, http://www.playvid.com/watch/EX8wzwRdyCD, http://www.playvid.com/watch/6GrB0hAhyRk, http://www.playvid.com/watch/-wThOqMFsY2, http://www.playvid.com/watch/ff2hcaSdctt, http://www.playvid.com/watch/36pIyznBJD2, http://www.playvid.com/watch/kwj8YhYQSmh, http://www.playvid.com/watch/j7pDjCpuLv7, http://www.playvid.com/watch/Wk0yqBqZFJa, http://www.playvid.com/watch/wsONYMmSaAn, http://www.playvid.com/watch/UIhYmI3EhIh, http://www.playvid.com/watch/0j3akB-apcU, http://www.playvid.com/watch/f8lHZRMCyTN, http://www.playvid.com/watch/NqX9RxTACjC, http://www.playvid.com/watch/qGsgSGYGhCs, http://www.playvid.com/watch/J37hFT3O4wx, http://www.playvid.com/watch/FDYfUxjjfux, http://www.playvid.com/watch/rGERACNra05, http://www.playvid.com/watch/V3FENjzdRcB, http://www.playvid.com/watch/u37BMuItYLl, http://www.playvid.com/watch/Jpa-CYKTHjI, http://www.playvid.com/watch/swevr7SQXhF, http://www.playvid.com/watch/XFqlVZeUqts, http://www.playvid.com/watch/jYsPG0RvKoJ, http://www.playvid.com/watch/jEL8T2cZI--, http://www.playvid.com/watch/xARvDFiqpAV, http://www.playvid.com/watch/OMT0i7xiUo5, http://www.playvid.com/watch/e8Oi2PjBlPy, http://www.playvid.com/watch/ZoHk3N-IiBy, http://www.playvid.com/watch/nse8CLfw46y, http://www.playvid.com/watch/TxMmdURuviT, http://www.playvid.com/watch/NDZJjQBmwVR, http://www.playvid.com/watch/Nj8Nt8BnYnI, http://www.playvid.com/watch/m5Ub4hngyNr, http://www.playvid.com/watch/PkTjhG3eppL, http://www.playvid.com/watch/H879oR7EEL-, http://www.playvid.com/watch/K2qSAwWsGKv, http://www.playvid.com/watch/uhl36jaMbH2, http://www.playvid.com/watch/yDxgTAySz4Y, http://www.playvid.com/watch/kSQCdhkqpvY, http://www.playvid.com/watch/EeV4RhvwlCH, http://www.playvid.com/watch/XlzntLtxOcA, http://www.playvid.com/watch/rQ7tx5bk7jN, http://www.playvid.com/watch/PsHaUdv-7FQ, http://www.playvid.com/watch/VYt33EDxllS, http://www.playvid.com/watch/OzAi4JWoLHp, http://www.playvid.com/watch/WxvNnCDJDPU, http://www.playvid.com/watch/S9UQsKKDFzN, http://www.playvid.com/watch/tJLNh9dOLNz, http://www.playvid.com/watch/kUn5LaLnWd6, http://www.playvid.com/watch/bFcm5UQiIgD, http://www.playvid.com/watch/GAqcij7yCWH, http://www.playvid.com/watch/FlQf2Z5cCTa, http://www.playvid.com/watch/KSD7avRwtrh, http://www.playvid.com/watch/2rGOqQDARUu, http://www.playvid.com/watch/gcs7ZZpSQOM, http://www.playvid.com/watch/ElV5X3fh8tC, http://www.playvid.com/watch/pfUY6lcJWlt, http://www.playvid.com/watch/TzeMJethiho, http://www.playvid.com/watch/UIKSW5QmuVd, http://www.playvid.com/watch/RD0Hs03ZnI8, http://www.playvid.com/watch/sbPv3AMr8Ns, http://www.playvid.com/watch/Tt8mxuILPPS, http://www.playvid.com/watch/EUTOXEjeTea, http://www.playvid.com/watch/M8waENghGyJ, http://www.playvid.com/watch/XWISfZluKtK, http://www.playvid.com/watch/gGM7nTJ8w8V, http://www.playvid.com/watch/-Rm7rp9Alz7, http://www.playvid.com/watch/bbhBZgzejM3, http://www.playvid.com/watch/DiuUP-aeBgy, http://www.playvid.com/watch/cS54GZV7kRq, http://www.playvid.com/watch/2WVHiiFBLqi, http://www.playvid.com/watch/WN2E9adhJw9, http://www.playvid.com/watch/6D368ZSLBXl, http://www.playvid.com/watch/0h2m34Yt0Sm, http://www.playvid.com/watch/tUBjqiiUVrx, http://www.playvid.com/watch/2dpzvD9G0PO, http://www.playvid.com/watch/pJuEuunrA6x, http://www.playvid.com/watch/G0yVU55Zrns, http://www.playvid.com/watch/SwgW9e-JVM-, http://www.playvid.com/watch/nnYivXSjmAh, http://www.playvid.com/watch/oKNywtZq4YW, http://www.playvid.com/watch/jJIBO-ji-wP, http://www.playvid.com/watch/WtkuPp2RbZU, http://www.playvid.com/watch/o-qInHYPWVf, http://www.playvid.com/watch/-P2nf3pvISA, http://www.playvid.com/watch/cydbZopmZKn, http://www.playvid.com/watch/OY6Rh-BhFLI, http://www.playvid.com/watch/XxZO4Qv4gdB, http://www.playvid.com/watch/Nw4YgQZM0i4, http://www.playvid.com/watch/SmqCuAMonWf, http://www.playvid.com/watch/5HQTchy5ulm, http://www.playvid.com/watch/Omju6LhPOtz, http://www.playvid.com/watch/ZF-QevrXIPu, http://www.playvid.com/watch/XiGNJwk9pCR, http://www.playvid.com/watch/rbFzXWYmdks, http://www.playvid.com/watch/RXvtQyF-lie, http://www.playvid.com/watch/Uly2hDE5JLo, http://www.playvid.com/watch/yTsk28XzEgD, http://www.playvid.com/watch/XJLo4oPkuJB, http://www.playvid.com/watch/ofmT7HdYDW-, http://www.playvid.com/watch/NuIZwuF8shK, http://www.playvid.com/watch/EHTv8JNM9ow, http://www.playvid.com/watch/553kAwiWK6L, http://www.playvid.com/watch/V2guAyJdkWR, http://www.playvid.com/watch/IYijhGg0fGo, http://www.playvid.com/watch/7mi83uhMA7r, http://www.playvid.com/watch/ihyqsTv-k6o, http://www.playvid.com/watch/q4aHEeKSuJ2, http://www.playvid.com/watch/0by4AmK3S8Y, http://www.playvid.com/watch/RmAdZnF0zAr, http://www.playvid.com/watch/E4w9JHkegRb, http://www.playvid.com/watch/UfFqhP2ocqq, http://www.playvid.com/watch/UwC7nWZh4bq, http://www.playvid.com/watch/pdp7w4A0YUO, http://www.playvid.com/watch/qGV-LVmkvtF, http://www.playvid.com/watch/XQLiltQonhq, http://www.playvid.com/watch/vYVhpsK63W5, http://www.playvid.com/watch/FO5h0cl9NFD, http://www.playvid.com/watch/niUICO7YVah, http://www.playvid.com/watch/PL5hrDc6CVj, http://www.playvid.com/watch/CEAaOH668XR, http://www.playvid.com/watch/i8Ue83QYRQk, http://www.playvid.com/watch/ado-uYpeEub, http://www.playvid.com/watch/FEmg8JS3FEh, http://www.playvid.com/watch/rGlj6OtYPXB, http://www.playvid.com/watch/z-BPPExbfMI, http://www.playvid.com/watch/PhLdoKMjtmW, http://www.playvid.com/watch/HRuUcZH8jzS, http://www.playvid.com/watch/ypfaK9EdS2l, http://www.playvid.com/watch/luXY5qnuQa-, http://www.playvid.com/watch/ojpSmBSmQjs, http://www.playvid.com/watch/Ych-oHAjPfd, http://www.playvid.com/watch/iGNQVoA8yLK, http://www.playvid.com/watch/4Wka74MlbdR, http://www.playvid.com/watch/ExFj-Evaobl, http://www.playvid.com/watch/44ai08lX8JI, http://www.playvid.com/watch/i57gdjqUXOz, http://www.playvid.com/watch/xzookQM59e0, http://www.playvid.com/watch/tVTNuwuxbxs, http://www.playvid.com/watch/8uKqZHgzRWa, http://www.playvid.com/watch/GCPSPo7ktHG, http://www.playvid.com/watch/oYU4fWnShaN, http://www.playvid.com/watch/EEPibPhT29z, http://www.playvid.com/watch/76lShakugvF, http://www.playvid.com/watch/agy39niO3hQ, http://www.playvid.com/watch/Ah4fFU2APWd, http://www.playvid.com/watch/gBGgedrfaOd, http://www.playvid.com/watch/flf9FtBsmCt, http://www.playvid.com/watch/b2UePP8ejCG, http://www.playvid.com/watch/GdhkDvwrvIq, http://www.playvid.com/watch/rJaU7QRqTjg, http://www.playvid.com/watch/DmkXNY9qBqb, http://www.playvid.com/watch/tWAHObiHNKk, http://www.playvid.com/watch/Dn2Vg45tbFc, http://www.playvid.com/watch/HAQX4jr9Mrf, http://www.playvid.com/watch/nn0PYugoy0F, http://www.playvid.com/watch/O6RhzFwA89I, http://www.playvid.com/watch/HUU53Kxa4oV, http://www.playvid.com/watch/S-mW-XEfQ9h, http://www.playvid.com/watch/KupEo2s3qeY, http://www.playvid.com/watch/mAH43EnDPIp, http://www.playvid.com/watch/Pu0cLyH6MFK, http://www.playvid.com/watch/E6-vLePKC2E, http://www.playvid.com/watch/H2yQwXZFLFq, http://www.playvid.com/watch/lSvCbDhYx3F, http://www.playvid.com/watch/wyVgVc7bXRg, http://www.playvid.com/watch/rdUNVF9Ez9X, http://www.playvid.com/watch/vScD6EY7J4W, http://www.playvid.com/watch/o7qlEl6tdj6, http://www.playvid.com/watch/nIbcDIj-R5i, http://www.playvid.com/watch/vZkkQYWrqri, http://www.playvid.com/watch/cvPOQLqp3wE, http://www.playvid.com/watch/XSLy4zQPwFw, http://www.playvid.com/watch/A-HC2f5-DO5, http://www.playvid.com/watch/qDh73d9JOzm, http://www.playvid.com/watch/75SGIctU76x, http://www.playvid.com/watch/dWX7jhvX4D6, http://www.playvid.com/watch/MUaCfhozwKJ, http://www.playvid.com/watch/7WCjKPiXkL4, http://www.playvid.com/watch/xJ9Zq3kdXWN, http://www.playvid.com/watch/zXXae0aSD9v, http://www.playvid.com/watch/LvmDYQ7-sS5, http://www.playvid.com/watch/TR6US62kyEu, http://www.playvid.com/watch/lDy0WLoLjP3, http://www.playvid.com/watch/yGdFggrJO9u, http://www.playvid.com/watch/jG4plJ8rte6, http://www.playvid.com/watch/vY2OnsGDOXD, http://www.playvid.com/watch/JFyyIPNgxUM, http://www.playvid.com/watch/80IZhXTyGCz, http://www.playvid.com/watch/6LbG0t9UoW4, http://www.playvid.com/watch/N-3yZHDgLp8, http://www.playvid.com/watch/muqF0qfggp6, http://www.playvid.com/watch/XwtdavaWNwZ, http://www.playvid.com/watch/UF-OaX37VL0, http://www.playvid.com/watch/yQQ0c09oHSp, http://www.playvid.com/watch/HSzkKqzzdUF, http://www.playvid.com/watch/feJsTdy4smo, http://www.playvid.com/watch/XrjCVoMT4CX, http://www.playvid.com/watch/q8JXoM7jx8c, http://www.playvid.com/watch/V7X5Zec9SQZ, http://www.playvid.com/watch/fFrv4SX0tT5, http://www.playvid.com/watch/hkwKKrHZKSc, http://www.playvid.com/watch/l9nRz2-VjKT, http://www.playvid.com/watch/Ksag3AxCxsY, http://www.playvid.com/watch/KqeGs3IM592, http://www.playvid.com/watch/ldBhUrIeGhn, http://www.playvid.com/watch/PpPo53mFyvm, http://www.playvid.com/watch/b3mzJho0ypu, http://www.playvid.com/watch/GsZh8PkXaEG, http://www.playvid.com/watch/xJvKkEYlIuq, http://www.playvid.com/watch/6yqaRW4lwss, http://www.playvid.com/watch/CssqR-CTt8X, http://www.playvid.com/watch/VGRRBdORCZw, http://www.playvid.com/watch/u-StJGooE30, http://www.playvid.com/watch/iQ0VK6GXpqK, http://www.playvid.com/watch/rPdWOC3YT4A, http://www.playvid.com/watch/tdqdAc7wvSw, http://www.playvid.com/watch/UsuEjuvCnim, http://www.playvid.com/watch/vYIxlT7Rdzh, http://www.playvid.com/watch/0pOeu6U9GHa, http://www.playvid.com/watch/dOnHOKsiWbj, http://www.playvid.com/watch/monGEOz2wey, http://www.playvid.com/watch/2Czm79lKoqW, http://www.playvid.com/watch/Ajc4lIYr77F, http://www.playvid.com/watch/icDlif-xvyA, http://www.playvid.com/watch/DnmyaJllsym, http://www.playvid.com/watch/rN3eTdcUO9z, http://www.playvid.com/watch/v69f53N8kh6, http://www.playvid.com/watch/L76qjCRbIWq, http://www.playvid.com/watch/wctzGQApvmv, http://www.playvid.com/watch/cVW0d9udWjn, http://www.playvid.com/watch/nHddWkUt5nR, http://www.playvid.com/watch/ZVLvEvgom9O, http://www.playvid.com/watch/nzRZWRRf6Sz, http://www.playvid.com/watch/EYAnsoKXo8v, http://www.playvid.com/watch/U6VQ8mJCWAL, http://www.playvid.com/watch/QUBG4W-hW5p, http://www.playvid.com/watch/la8bt6iXNvN, http://www.playvid.com/watch/QIaLBBbrwJ2, http://www.playvid.com/watch/fE8IBiWtbMj, http://www.playvid.com/watch/bWR0bpPY2A3, http://www.playvid.com/watch/k3cuoZu8si-, http://www.playvid.com/watch/-DofPsmoH4f, http://www.playvid.com/watch/t7wJcEMn63Q, http://www.playvid.com/watch/0jxg8uYJ0vI, http://www.playvid.com/watch/tK8pTXOt7uL, http://www.playvid.com/watch/kZimlpGesAj, http://www.playvid.com/watch/MSCLQdirecl, http://www.playvid.com/watch/LNvm4kcTvwn, http://www.playvid.com/watch/Rwi7zPbQwqS, http://www.playvid.com/watch/jsUIIPFErZf, http://www.playvid.com/watch/YI8hW8icbWI, http://www.playvid.com/watch/h4IRcmf3-6r, http://www.playvid.com/watch/KXH2q57-sCC, http://www.playvid.com/watch/9IOI48KtEf5, http://www.playvid.com/watch/hkVz6LxTuzs, http://www.playvid.com/watch/oIjNIIrF0lR, http://www.playvid.com/watch/PpLOx-MDJbo, http://www.playvid.com/watch/jb2lhs3d7Yw, http://www.playvid.com/watch/8DiAkKXhfZN, http://www.playvid.com/watch/m8ZglZiCW4t, http://www.playvid.com/watch/kcsxUzkeTW-, http://www.playvid.com/watch/kAjswCWIuJa,

http://www.playvid.com/watch/YoPxawLNthD, http://www.playvid.com/watch/cCUKPDL6YFN, http://www.playvid.com/watch/7lpjI47fDaX,
http://www.playvid.com/watch/NjEuz8sbYkW, http://www.playvid.com/watch/Drx6kNHuNS8, http://www.playvid.com/watch/mr3K2Z0uUmL,
http://www.playvid.com/watch/aSzoRAmFJau, http://www.playvid.com/watch/7SuzRifX8sY, http://www.playvid.com/watch/KftQQjXgMqV,
http://www.playvid.com/watch/WdBDBfIvOOs, http://www.playvid.com/watch/7vHop2yv2yD, http://www.playvid.com/watch/UlFZZgRL8Zx,
http://www.playvid.com/watch/aPLePymzdMZ, http://www.playvid.com/watch/CrpesS5tL7X, http://www.playvid.com/watch/CePqhJS8yK-,
http://www.playvid.com/watch/ok9vWP2Oaw-, http://www.playvid.com/watch/-woGxlv4TwV, http://www.playvid.com/watch/AmjWLDhoxI7,
http://www.playvid.com/watch/37zI4-b59xv, http://www.playvid.com/watch/FHfCOnXT-5I, http://www.playvid.com/watch/FEzcYNPrgdU,
http://www.playvid.com/watch/7P9FCbXlUoG, http://www.playvid.com/watch/YbIutmGvEK2, http://www.playvid.com/watch/r-T98gIxSjv,
http://www.playvid.com/watch/lMnOWQajDQu, http://www.playvid.com/watch/FyTv0wG-b5M, http://www.playvid.com/watch/WTEOe4ySNr6,
http://www.playvid.com/watch/3reErXg6bfc, http://www.playvid.com/watch/PoZbv8eVvKo, http://www.playvid.com/watch/LK6o-QQF0W6,
http://www.playvid.com/watch/5JAdZayir3U, http://www.playvid.com/watch/cCXuXu738UY, http://www.playvid.com/watch/3RFqtcengIp,
http://www.playvid.com/watch/U0Yg84MN6uU, http://www.playvid.com/watch/Vov5mxPpGG8, http://www.playvid.com/watch/aqQVTB5gLyP,
http://www.playvid.com/watch/RDxYNIxLQln, http://www.playvid.com/watch/kBNCP5AxsaI, http://www.playvid.com/watch/DukMj8rTSKA,
http://www.playvid.com/watch/BkqM0gmyAmC, http://www.playvid.com/watch/SGpJiEKRWSO, http://www.playvid.com/watch/THZMe7n8qXA,
http://www.playvid.com/watch/-wXSmjr5hz7, http://www.playvid.com/watch/60d-Xwcp2np, http://www.playvid.com/watch/ZZgI0Br-TT7,
http://www.playvid.com/watch/ibDJi0jKsU9, http://www.playvid.com/watch/VlNdiHikHbn, http://www.playvid.com/watch/MthietH3qer,
http://www.playvid.com/watch/QGNdv5x6wKh, http://www.playvid.com/watch/vqI4Rj7mNBj, http://www.playvid.com/watch/kTggX7iYAAB,
http://www.playvid.com/watch/DtsQEKCQ-Ya, http://www.playvid.com/watch/kbxXFTLWtc-, http://www.playvid.com/watch/OwzZTO2lvh4,
http://www.playvid.com/watch/NXj-Y8zWfUa, http://www.playvid.com/watch/B57X2iyVz-u, http://www.playvid.com/watch/WHFEqo4-TDW,
http://www.playvid.com/watch/LQT87Q5RSDC, http://www.playvid.com/watch/2RmhDZrqFt7, http://www.playvid.com/watch/FEeiot8hyGm,
http://www.playvid.com/watch/eSHQqjmW46D, http://www.playvid.com/watch/Gv5O3TN-Vk6, http://www.playvid.com/watch/jJ4RR7rZb29,
http://www.playvid.com/watch/iJ5-pfMHMfC, http://www.playvid.com/watch/CCDi6KtJEf-, http://www.playvid.com/watch/0IOYnyA-j3V,
http://www.playvid.com/watch/KefpbSwzTMb, http://www.playvid.com/watch/j5ewqhSN2f4, http://www.playvid.com/watch/FQN0UpMmoVv,
http://www.playvid.com/watch/YjRzKV-TjTS, http://www.playvid.com/watch/in8xEitEYVt, http://www.playvid.com/watch/YX4LGfMl5qt,
http://www.playvid.com/watch/rbVStSQlIHs, http://www.playvid.com/watch/MmOXtNQuaM3, http://www.playvid.com/watch/4u0AXv8H0Nr,
http://www.playvid.com/watch/LG8ohKuerqF, http://www.playvid.com/watch/x-O3rOfJ6DD, http://www.playvid.com/watch/ONoC6UriIMc,
http://www.playvid.com/watch/u3zpTB8FQe8, http://www.playvid.com/watch/WVlivB2bIFn, http://www.playvid.com/watch/uKYbCaggU02,
http://www.playvid.com/watch/nG2J3fGX97Q, http://www.playvid.com/watch/B-238YXPHGA, http://www.playvid.com/watch/TiS5BRUYoRA,
http://www.playvid.com/watch/zRL5YyB6xp0, http://www.playvid.com/watch/EHW87d6e59y, http://www.playvid.com/watch/VUumnVYu7mT,
http://www.playvid.com/watch/LijvEtcczM3, http://www.playvid.com/watch/W7-VYEjQ6qw, http://www.playvid.com/watch/LHrr9Ep6kg-,
http://www.playvid.com/watch/CXZ-ogCwjLU, http://www.playvid.com/watch/aAGVVPP6CeE, http://www.playvid.com/watch/Byucy3BQWzP,
http://www.playvid.com/watch/spWvt-bWLhN, http://www.playvid.com/watch/9beQSLLSOnt, http://www.playvid.com/watch/2RLzPOifT22,
http://www.playvid.com/watch/edQYEuuOGUS, http://www.playvid.com/watch/rPhOigcntSV, http://www.playvid.com/watch/9CcAGO339jY,
http://www.playvid.com/watch/pBLyFNA-slu, http://www.playvid.com/watch/hwxqM8Boad8, http://www.playvid.com/watch/e3h5XkTdnUm,
http://www.playvid.com/watch/MfQE3WRZI67, http://www.playvid.com/watch/8LDDceBkDQm, http://www.playvid.com/watch/eU2giBKZTDy,
http://www.playvid.com/watch/yrrKGnw0WT3, http://www.playvid.com/watch/YQmDpXxa572, http://www.playvid.com/watch/L2oizknsBwM,
http://www.playvid.com/watch/k6UQ3kBA2SJ, http://www.playvid.com/watch/JdfAdSy7If5, http://www.playvid.com/watch/CMQXC3R3NsR,
http://www.playvid.com/watch/pusktMauj4Y, http://www.playvid.com/watch/3Dvwf-bBeqv, http://www.playvid.com/watch/IOFEVKd36dn,
http://www.playvid.com/watch/EvIz4lQ7k-2, http://www.playvid.com/watch/XedPY3vHxdS, http://www.playvid.com/watch/W8XPAuT9IRx,
http://www.playvid.com/watch/OU7yRCiB6h5, http://www.playvid.com/watch/4qMsRL5WHcr, http://www.playvid.com/watch/4VDydN8SfPj,
http://www.playvid.com/watch/rj52dWYZALn, http://www.playvid.com/watch/Y3igaQJLUBr, http://www.playvid.com/watch/-q2pnsAcXPA,
http://www.playvid.com/watch/MYm8VtVfFzW, http://www.playvid.com/watch/GVq5vTgN2Rk, http://www.playvid.com/watch/BZNJrwzRNxQ,
http://www.playvid.com/watch/3BbEHvjDEZZ, http://www.playvid.com/watch/znPsUy-k67O, http://www.playvid.com/watch/EEhgcqRXuuH,
http://www.playvid.com/watch/9HMbywX7heu, http://www.playvid.com/watch/SlKRN4BfTqt, http://www.playvid.com/watch/FNwMBMI5xLS,
http://www.playvid.com/watch/UNl0SqE6MWz, http://www.playvid.com/watch/u5lb4JwXrbG, http://www.playvid.com/watch/R2xMBT9SWg3,
http://www.playvid.com/watch/-8iKhFgzFAn, http://www.playvid.com/watch/Iqia6RZTwVi, http://www.playvid.com/watch/QTuCQOuQtzQ,
http://www.playvid.com/watch/Z0XyjYuNB5U, http://www.playvid.com/watch/pJCIU5Zygyl, http://www.playvid.com/watch/bHAmdNzqP9s,
http://www.playvid.com/watch/BtHRgPF793Q, http://www.playvid.com/watch/fhD9BqTdknY, http://www.playvid.com/watch/CFnAllPoYrf,
http://www.playvid.com/watch/JfgPTtpzSd3, http://www.playvid.com/watch/GKZOWjmHIZ-, http://www.playvid.com/watch/A8rXmVWRsLj,
http://www.playvid.com/watch/d3xyJikfKtd, http://www.playvid.com/watch/BUtvmlhKezE, http://www.playvid.com/watch/SfXBVvnSZpV,
http://www.playvid.com/watch/RRWsVxN8VsR, http://www.playvid.com/watch/89DK6zoMMc7, http://www.playvid.com/watch/fIddfRrUHEe,
http://www.playvid.com/watch/euCEWGX088N, http://www.playvid.com/watch/BdEkmWIXnli, http://www.playvid.com/watch/CZYTKiBNH44,
http://www.playvid.com/watch/3NJzV60OKBC, http://www.playvid.com/watch/vEDJUTQycAx, http://www.playvid.com/watch/SmDxKYyiEx5,
http://www.playvid.com/watch/I3Dco0mznQF, http://www.playvid.com/watch/zqAzWTh5zIR, http://www.playvid.com/watch/jjzp8Sfm3jA,
http://www.playvid.com/watch/-DCb2Z7tbnh, http://www.playvid.com/watch/-TFp7srkstx, http://www.playvid.com/watch/T6Mw0urY2EP,
http://www.playvid.com/watch/wYiqhreC5Ux, http://www.playvid.com/watch/nmVxJEFWzR7, http://www.playvid.com/watch/qseXVSciafS,
http://www.playvid.com/watch/3amfqqvOUI4, http://www.playvid.com/watch/IGHDqCusKmq, http://www.playvid.com/watch/gRgxCM-jBwK,
http://www.playvid.com/watch/7-Okgu9-ydd, http://www.playvid.com/watch/6WdHAsnc6ON, http://www.playvid.com/watch/m3OZILZbz6E,
http://www.playvid.com/watch/9TiXyi3QIWu, http://www.playvid.com/watch/V2GVr0JpIxn, http://www.playvid.com/watch/ZOc2HVcrmYl,
http://www.playvid.com/watch/idIJIFcryoR, http://www.playvid.com/watch/rz2-Y4w8nI5, http://www.playvid.com/watch/8gu-8-wYnFK,
http://www.playvid.com/watch/WZWXk-IVJyY, http://www.playvid.com/watch/KVytU6I-f9b, http://www.playvid.com/watch/XDuGbwASkcg,
http://www.playvid.com/watch/c2bOv2rmnxC, http://www.playvid.com/watch/5OGJNXWSUD-, http://www.playvid.com/watch/MkHcrdjVjQD,
http://www.playvid.com/watch/YwOF3qg00fO, http://www.playvid.com/watch/FwIJKt-mert, http://www.playvid.com/watch/aQK0LKu4kYk,
http://www.playvid.com/watch/xLwnTSLmRld, http://www.playvid.com/watch/i8nqqCbsax0, http://www.playvid.com/watch/v5fdkpNg0bW,
http://www.playvid.com/watch/yx6hIK2Swr7, http://www.playvid.com/watch/JeUfYl8SbNr, http://www.playvid.com/watch/2bKh88KPLll,
http://www.playvid.com/watch/BsMeuwS0tf9, http://www.playvid.com/watch/y46htABUw8y, http://www.playvid.com/watch/UiXvVkBGKUa,
http://www.playvid.com/watch/538KxJWNd07, http://www.playvid.com/watch/3vUoh7ZkCX2, http://www.playvid.com/watch/rXMI0tBQQXL,
http://www.playvid.com/watch/YiDIplsGzxl, http://www.playvid.com/watch/2Hz3KT-h-ZS, http://www.playvid.com/watch/pCZ0B2KlOY4,
http://www.playvid.com/watch/km49jJ2gyYJ, http://www.playvid.com/watch/xonMffhC2Yp, http://www.playvid.com/watch/eDog3JTeIaD,
http://www.playvid.com/watch/z-v0aQ0uju9, http://www.playvid.com/watch/Ov4qAysIWJZ, http://www.playvid.com/watch/DEyQBXK9P0X,
http://www.playvid.com/watch/HpXtVmSrwju, http://www.playvid.com/watch/3U3k0R9Sr0J, http://www.playvid.com/watch/mOMnghVi7Sp,
http://www.playvid.com/watch/EgcLv-S1bLU, http://www.playvid.com/watch/8yEUbwxoBfE, http://www.playvid.com/watch/5BymY7m-VsY,
http://www.playvid.com/watch/axmIz55vJsg, http://www.playvid.com/watch/OUMTr0wjFwd, http://www.playvid.com/watch/ho5E1NSu4dg,
http://www.playvid.com/watch/8cAad2QYiEW, http://www.playvid.com/watch/LLx7RQnXqws, http://www.playvid.com/watch/PjWeZ0rm0Q8,
http://www.playvid.com/watch/l7p4dNawDrv, http://www.playvid.com/watch/M1LOpEzteTG, http://www.playvid.com/watch/MAjQWnhxaZT,
http://www.playvid.com/watch/Hy22Wv0GKMe, http://www.playvid.com/watch/0KBPLHhwPVk, http://www.playvid.com/watch/lcbdK5sGWFc,
http://www.playvid.com/watch/m1NYN1cxt3m, http://www.playvid.com/watch/zL_XVRm19bO, http://www.playvid.com/watch/T5NMik2AK48,
http://www.playvid.com/watch/cpYY2Gslp44, http://www.playvid.com/watch/UReXrW7n99I, http://www.playvid.com/watch/rhz3pASuXEi,
http://www.playvid.com/watch/v9rp4AZawhd, http://www.playvid.com/watch/uqLQGkei2Ra, http://www.playvid.com/watch/F--gnnFp0kP,
http://www.playvid.com/watch/qAn1QN85cgG, http://www.playvid.com/watch/k4yeLtf_xzD, http://www.playvid.com/watch/7SAcBWCY9yN,
http://www.playvid.com/watch/b5snlTQ2GLr, http://www.playvid.com/watch/SJKyHcWq2Tf, http://www.playvid.com/watch/S_6hikgOQjt,
http://www.playvid.com/watch/fk12fj-6ABj, http://www.playvid.com/watch/7Bfl7ovNy8M, http://www.playvid.com/watch/YO9Efed1yY9,
http://www.playvid.com/watch/JSkeGpooquD, http://www.playvid.com/watch/esKiQEXc1Dk, http://www.playvid.com/watch/sxiCNQdC79C,
http://www.playvid.com/watch/W7hFlvovlUb, http://www.playvid.com/watch/Jmf5Q-QM29o, http://www.playvid.com/watch/0InN3q7kdYy,
http://www.playvid.com/watch/FwBmQEAaAZ6, http://www.playvid.com/watch/F2YQQ2nsKFT, http://www.playvid.com/watch/TbffhGmUDTQ,
http://www.playvid.com/watch/vk12XG3X_-x, http://www.playvid.com/watch/v9EcBKxN6FG, http://www.playvid.com/watch/BQAKQqB8leO,
http://www.playvid.com/watch/kaLGV4i6ht0, http://www.playvid.com/watch/NmVQ5NJ5Z6O, http://www.playvid.com/watch/QVSUrJN3o_f,
http://www.playvid.com/watch/xeNoaPqa2UP
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hiermo
5.b. Uploader's email address: nadyilson@google.com
5.d. Uploader's profile: http://www.playvid.com/member/hiermo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ddoTtQjAm98, http://www.playvid.com/watch/RHNlLinUgry,
http://www.playvid.com/watch/HCoi28eADsQ, http://www.playvid.com/watch/wb9gAy0-hAp, http://www.playvid.com/watch/i7viimGIaJH,

http://www.playvid.com/watch/RLbuv8uuTp-, http://www.playvid.com/watch/ligOul8aoJv, http://www.playvid.com/watch/dPpDq2shuXB, http://www.playvid.com/watch/uPiD-WAhcce, http://www.playvid.com/watch/0qyUb9yB--R, http://www.playvid.com/watch/lyiOFNsgGOJ, http://www.playvid.com/watch/Uuy2XWRRwJw, http://www.playvid.com/watch/YXTxIjqmXbA, http://www.playvid.com/watch/enPuj9iRGKP, http://www.playvid.com/watch/Pliex3YsDpB, http://www.playvid.com/watch/EG6eKYc84rv, http://www.playvid.com/watch/JBRSGyJ6ROS, http://www.playvid.com/watch/Oc8yxN05kDc, http://www.playvid.com/watch/LSeMTDnXQdC, http://www.playvid.com/watch/00d0mQ-6vq2, http://www.playvid.com/watch/cOkxFcI86hL, http://www.playvid.com/watch/SyO8ARtgAbq, http://www.playvid.com/watch/7EpOXtMzVQq, http://www.playvid.com/watch/VkqiGUysH-r, http://www.playvid.com/watch/gHopoYbE-m6, http://www.playvid.com/watch/YSYjSECuuf8, http://www.playvid.com/watch/hbYZXDUkPDc, http://www.playvid.com/watch/NdSWPdJzCVD, http://www.playvid.com/watch/KkmQ0dMhb06, http://www.playvid.com/watch/9lbeRjbTWTE, http://www.playvid.com/watch/TT667xFSg07, http://www.playvid.com/watch/qd9Ois06WqM, http://www.playvid.com/watch/QkQEgfG02Ww, http://www.playvid.com/watch/J4BWHLKHxAG, http://www.playvid.com/watch/ZxzTzyOsqkn, http://www.playvid.com/watch/0IpVhJZIGg5, http://www.playvid.com/watch/S9jjMDAtukG, http://www.playvid.com/watch/w9Nr9KvP-ZF, http://www.playvid.com/watch/OtKFXfJa4dp, http://www.playvid.com/watch/MhpiivkPFfp, http://www.playvid.com/watch/WSw7aeDr-Af, http://www.playvid.com/watch/cZTqTLI0fsy, http://www.playvid.com/watch/ssMxh4Tyfo9, http://www.playvid.com/watch/wa75D-QteS9, http://www.playvid.com/watch/JdhEmLOOD4t, http://www.playvid.com/watch/2yBC0B9CyW3, http://www.playvid.com/watch/WJlowAGGU0m, http://www.playvid.com/watch/xN3U0myaKvP, http://www.playvid.com/watch/D4DtOuy8YeF, http://www.playvid.com/watch/QegavWW0qWd, http://www.playvid.com/watch/Ih5q8yOKFiU, http://www.playvid.com/watch/OvWvajvN9JG, http://www.playvid.com/watch/HNgi3u2CXJc, http://www.playvid.com/watch/Dr2fom0DI03, http://www.playvid.com/watch/MFrJC2agnPP, http://www.playvid.com/watch/4QQoAULLDcI, http://www.playvid.com/watch/IQb2qMYwPlQ, http://www.playvid.com/watch/gyTEHHiIqRH, http://www.playvid.com/watch/vjjUeotM9TM, http://www.playvid.com/watch/rLZH9he588r, http://www.playvid.com/watch/DHYjtouvc0H, http://www.playvid.com/watch/YjYIs-bPiGO, http://www.playvid.com/watch/LJmU-HvNUGa, http://www.playvid.com/watch/eSkjoN36fZ-, http://www.playvid.com/watch/N0QI2EFc6DJ, http://www.playvid.com/watch/zNN86YYFReF, http://www.playvid.com/watch/Ea8eC-fFWnt, http://www.playvid.com/watch/hCkoPTQ8bxa, http://www.playvid.com/watch/gaSiABQNgLa, http://www.playvid.com/watch/68zA4PiQ-AK, http://www.playvid.com/watch/J-wXqWiANdR, http://www.playvid.com/watch/2eA8RMBnsuH, http://www.playvid.com/watch/oM2kYbbI9dk, http://www.playvid.com/watch/WJwuSi6RwSv, http://www.playvid.com/watch/rKIghsip5ka, http://www.playvid.com/watch/r6eshqD4Y65, http://www.playvid.com/watch/D6RNPFeiKYi, http://www.playvid.com/watch/ZJjcT3l9hBr, http://www.playvid.com/watch/YFx6y-cDEKB, http://www.playvid.com/watch/QczsLFOP8hm, http://www.playvid.com/watch/Z9v5lQlvqxC, http://www.playvid.com/watch/Wee5BI3yx7J, http://www.playvid.com/watch/3bpWyeGAEMx, http://www.playvid.com/watch/P3m5fLDHxj2, http://www.playvid.com/watch/nnYLPgorZTe, http://www.playvid.com/watch/DDsCy4XEEeF, http://www.playvid.com/watch/rs3nawC-3Ba, http://www.playvid.com/watch/7vCie4mcfIo, http://www.playvid.com/watch/esCh4qkWsDT, http://www.playvid.com/watch/wBNW4xUlGAW, http://www.playvid.com/watch/6E8HS7njdZF, http://www.playvid.com/watch/DgjV-5KuumE, http://www.playvid.com/watch/JYdXdRuVWPH, http://www.playvid.com/watch/Z2h5s3xt7PV, http://www.playvid.com/watch/JjHDIqbdBGZ, http://www.playvid.com/watch/CYGUUy2gv7K, http://www.playvid.com/watch/-fEcW8L6-5m, http://www.playvid.com/watch/2QR7iEbUT-E, http://www.playvid.com/watch/KvptwbjbWK2, http://www.playvid.com/watch/6jEHOCfN-PS, http://www.playvid.com/watch/jBzAUkIlS5n, http://www.playvid.com/watch/MsdZoV-ntZ6, http://www.playvid.com/watch/jY9qfaEdA25, http://www.playvid.com/watch/gboyz-pHyHv, http://www.playvid.com/watch/cNkLRP4R7Gk, http://www.playvid.com/watch/43GSq5GfdWU, http://www.playvid.com/watch/hEuypNsXKXN, http://www.playvid.com/watch/CuCbv2fgAG9, http://www.playvid.com/watch/0M8PZaLf2WW, http://www.playvid.com/watch/yNb6-PQGPDf, http://www.playvid.com/watch/Y3iC5g5F5iT, http://www.playvid.com/watch/jTpo558i2TM, http://www.playvid.com/watch/44esOTqlAFW, http://www.playvid.com/watch/brbw4lo0VyY, http://www.playvid.com/watch/UVzzALUgMGE, http://www.playvid.com/watch/zURPf8hVrU9, http://www.playvid.com/watch/a7jKFEcZPjn, http://www.playvid.com/watch/WcOC2walSg9, http://www.playvid.com/watch/gQoNf22AVwI, http://www.playvid.com/watch/Gq8zyWgKykm, http://www.playvid.com/watch/G8RL8vT8wYg, http://www.playvid.com/watch/uzTqmz0LRGd, http://www.playvid.com/watch/IcUDMKOTaar, http://www.playvid.com/watch/uUSYWcm3iu-, http://www.playvid.com/watch/QUYqmvE5oi4, http://www.playvid.com/watch/sZuGOovLD4W, http://www.playvid.com/watch/cNaet8eOK5B, http://www.playvid.com/watch/fSP0Vd5qcw6, http://www.playvid.com/watch/Cs2-Z5E9-t0, http://www.playvid.com/watch/-ZGxojhLc64, http://www.playvid.com/watch/h0UHgNafJTo, http://www.playvid.com/watch/25DNmK6hDde, http://www.playvid.com/watch/3oZRGeZMhIN, http://www.playvid.com/watch/EdJwuEFBJTU, http://www.playvid.com/watch/sLpfrXnmJaZ
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hiko69
5.b. Uploader's email address: joao_marques_69@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hiko69
5.e. List of videos posted by uploader: http://www.playvid.com/watch/44N7GNLweG6, http://www.playvid.com/watch/blVYY-puLLY, http://www.playvid.com/watch/CdsgQvMy470, http://www.playvid.com/watch/zYJVl4ZC59k, http://www.playvid.com/watch/ldsnh0IuHMd, http://www.playvid.com/watch/y8NzfWF0zYU, http://www.playvid.com/watch/mvDinxa7FOM, http://www.playvid.com/watch/rEgx5hXdBJS, http://www.playvid.com/watch/8DQKwqI7BTv, http://www.playvid.com/watch/ydPd6ZWRkRo, http://www.playvid.com/watch/Ig5uNyRoT2A, http://www.playvid.com/watch/tWVHOlUz2Ow, http://www.playvid.com/watch/CHGQdlBaYbX, http://www.playvid.com/watch/2FRhXPVOdfq
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hobbit
5.b. Uploader's email address: hichorio@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hobbit
5.e. List of videos posted by uploader: http://www.playvid.com/watch/coT-z23DD5s, http://www.playvid.com/watch/vZaU8Z6sa7a, http://www.playvid.com/watch/i2bbN625Ej0, http://www.playvid.com/watch/es-M7HUzEK3, http://www.playvid.com/watch/Lr65ShIaX7A, http://www.playvid.com/watch/ACNULZXFam9, http://www.playvid.com/watch/mJPsylktbsi, http://www.playvid.com/watch/b4k0rdrTOWC, http://www.playvid.com/watch/y2kQSkWbOqZ, http://www.playvid.com/watch/LPLm2ZvYsX5, http://www.playvid.com/watch/QaotjVpsCR4, http://www.playvid.com/watch/K2Pyzx8tJEM, http://www.playvid.com/watch/wyKvywi3zRJ, http://www.playvid.com/watch/xoVhYJnkGS4, http://www.playvid.com/watch/qJHMZTuW8PX, http://www.playvid.com/watch/QOSLUicELgE, http://www.playvid.com/watch/jyjibeMcqWc, http://www.playvid.com/watch/YFjj5BERSov, http://www.playvid.com/watch/bmP-65oBAf7, http://www.playvid.com/watch/LyxDrt2gyAs, http://www.playvid.com/watch/7Vjd-fjZ5yg, http://www.playvid.com/watch/fsMNHGJytPa, http://www.playvid.com/watch/I33aZHLPh5H, http://www.playvid.com/watch/HFGiDruojQ0, http://www.playvid.com/watch/Drz48jKiJhY, http://www.playvid.com/watch/uMwBuRnIk7i, http://www.playvid.com/watch/BVDlVQ5falj, http://www.playvid.com/watch/xNRXwmPVASL, http://www.playvid.com/watch/Qr24ZDWFM2c, http://www.playvid.com/watch/MxljkVyWjrR, http://www.playvid.com/watch/oUrGD00guoN, http://www.playvid.com/watch/oyOpCab4Y8n, http://www.playvid.com/watch/n9QSJTkf7q2, http://www.playvid.com/watch/tL0fkRB0dJK, http://www.playvid.com/watch/Ixfcy7CezuZ, http://www.playvid.com/watch/V9hk9opyzaj, http://www.playvid.com/watch/FeRW3ZhWfDj, http://www.playvid.com/watch/HnPB7AyJwIr, http://www.playvid.com/watch/8fkpqHY6Ohn, http://www.playvid.com/watch/8rgTHUHhhPF, http://www.playvid.com/watch/eTR-qACUsJd, http://www.playvid.com/watch/55tQOQ6d52s, http://www.playvid.com/watch/G6dEARHLfTd, http://www.playvid.com/watch/cMXT55DUSgg, http://www.playvid.com/watch/hKXcvzOqD0N, http://www.playvid.com/watch/JiFfA5S0DLc, http://www.playvid.com/watch/mePnDS9Cabj, http://www.playvid.com/watch/Iek-Cntejnn, http://www.playvid.com/watch/LK433XJxWgg, http://www.playvid.com/watch/vTM936sJejh, http://www.playvid.com/watch/iQdOiItmR8x, http://www.playvid.com/watch/z0OpuzLavde, http://www.playvid.com/watch/QOwJT5EOkJg, http://www.playvid.com/watch/fV9GBG3ukD0, http://www.playvid.com/watch/X7PPwpFvR-X, http://www.playvid.com/watch/qx9tujOitmx, http://www.playvid.com/watch/XDwtBh9xBUo, http://www.playvid.com/watch/hP8iAPcMXml, http://www.playvid.com/watch/6RE0IjdW3DI, http://www.playvid.com/watch/yegTMwj34PR, http://www.playvid.com/watch/sx9rk5a9Csz, http://www.playvid.com/watch/w0pFE6gjXzc, http://www.playvid.com/watch/CTCHiUJZRjU, http://www.playvid.com/watch/yVtXp3GDMNJ, http://www.playvid.com/watch/zOWWPlLMzan, http://www.playvid.com/watch/PuHP5ggWwlz, http://www.playvid.com/watch/dF4-r6GBqrL, http://www.playvid.com/watch/tCpcbYmZxFG, http://www.playvid.com/watch/on58D2vaVCZ, http://www.playvid.com/watch/svJYAr4Zy85, http://www.playvid.com/watch/eSWKWpQBdR8, http://www.playvid.com/watch/EKgRLM38UL6, http://www.playvid.com/watch/w4MaBW7zc9L, http://www.playvid.com/watch/7oQgqSJ0YPN, http://www.playvid.com/watch/gqBvDnNAOv9, http://www.playvid.com/watch/bgatCfbdvjs, http://www.playvid.com/watch/huDechVrXqa, http://www.playvid.com/watch/JZx5MrbmTnX, http://www.playvid.com/watch/ndw3qBTC9Gv
5.f. Date of third notice: 2014-01-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hohotun
5.b. Uploader's email address: kirilldvkopo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hohotun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PHTF8ucCmct, http://www.playvid.com/watch/zlE6mVHhMUC, http://www.playvid.com/watch/xI-zYHAu0dx, http://www.playvid.com/watch/m7XcKn-peMD, http://www.playvid.com/watch/RNlfRkTxTHE,

http://www.playvid.com/watch/bYicI66i2WI, http://www.playvid.com/watch/S-5dlypIOB8, http://www.playvid.com/watch/OzI-xHgeUtM,
http://www.playvid.com/watch/JMmbItFy6t3, http://www.playvid.com/watch/e5AAbiDNs4n, http://www.playvid.com/watch/T2h6DH279LW,
http://www.playvid.com/watch/6uCFqTQlYOU, http://www.playvid.com/watch/P7xiSZz034G, http://www.playvid.com/watch/7d9NxHuqaWd,
http://www.playvid.com/watch/SJapzuXHrY7, http://www.playvid.com/watch/AqOKKAxVy7Z, http://www.playvid.com/watch/NGO09TfwZsi,
http://www.playvid.com/watch/wA5WkoEtitx, http://www.playvid.com/watch/kwx5dFTznR0, http://www.playvid.com/watch/RDXZcL6ywsW,
http://www.playvid.com/watch/ZDJcyoi24JS, http://www.playvid.com/watch/W38ItxAOR7t, http://www.playvid.com/watch/Gz3w-aAfQxy,
http://www.playvid.com/watch/8h9KTOP4cmy, http://www.playvid.com/watch/bRzXpNCW5M8, http://www.playvid.com/watch/5STMMPRHjVq,
http://www.playvid.com/watch/rEzI3XZ07q9, http://www.playvid.com/watch/M9u4KOiHzAV, http://www.playvid.com/watch/GLs39gj0rHk,
http://www.playvid.com/watch/xlmd5WiZAjD, http://www.playvid.com/watch/AfvgqX6e7nk, http://www.playvid.com/watch/V8TU0PE5F-v,
http://www.playvid.com/watch/im6FZg5Q-ds, http://www.playvid.com/watch/QOF9N-HcOK8, http://www.playvid.com/watch/iAhlgV9MVB2,
http://www.playvid.com/watch/gTeYnKfOrTD, http://www.playvid.com/watch/NfCbA3hv0NG, http://www.playvid.com/watch/IfEFDjS-JHH,
http://www.playvid.com/watch/FXGqzKjjaPy, http://www.playvid.com/watch/LhNMufuQ9TG, http://www.playvid.com/watch/zf0ZaBgrSmA,
http://www.playvid.com/watch/aCzaQGeHiYZ, http://www.playvid.com/watch/0ZmhDe4nWGv, http://www.playvid.com/watch/O0vCqcgJNHe,
http://www.playvid.com/watch/9ZuBNNkpOuI, http://www.playvid.com/watch/YEFTzMOPokM, http://www.playvid.com/watch/pJYJBQuKF7t,
http://www.playvid.com/watch/RTvJKcZjGSg, http://www.playvid.com/watch/T2AfocQBZcZ, http://www.playvid.com/watch/40dRgg3vXjQ,
http://www.playvid.com/watch/LXf64D0Jpfl, http://www.playvid.com/watch/X2rRDAjD8Vp, http://www.playvid.com/watch/WAmr-2y2rhL,
http://www.playvid.com/watch/dzdsCZV3aek, http://www.playvid.com/watch/eGAA2rvOhlA, http://www.playvid.com/watch/UZyF6crHghv,
http://www.playvid.com/watch/UG7tkijAzfo, http://www.playvid.com/watch/t3gKbqEoJ60, http://www.playvid.com/watch/pdDZx6LID20,
http://www.playvid.com/watch/LD0wNCUjFwN, http://www.playvid.com/watch/ZEtNrYksX2a, http://www.playvid.com/watch/-UV7fxSEtMU,
http://www.playvid.com/watch/mjJgzFPzmF9, http://www.playvid.com/watch/uDmkYA3gFDK, http://www.playvid.com/watch/NtJsHGWsPWt,
http://www.playvid.com/watch/VGitTBCNmEx, http://www.playvid.com/watch/hnazLo7AzYO, http://www.playvid.com/watch/FdtGmyd4fKv,
http://www.playvid.com/watch/eqjxE5aBPL-, http://www.playvid.com/watch/Z4svnz54BcM, http://www.playvid.com/watch/bam-h-CyOMU,
http://www.playvid.com/watch/5aQkEK62R--, http://www.playvid.com/watch/yfSNvcajuN2, http://www.playvid.com/watch/ovCgjx7Yxt9,
http://www.playvid.com/watch/xOhEe6uPrEL, http://www.playvid.com/watch/sMLyZmaNZR2, http://www.playvid.com/watch/tRmRNWJSYLU,
http://www.playvid.com/watch/VN3ilEPii0P, http://www.playvid.com/watch/SlrHqJJnX0w, http://www.playvid.com/watch/2i7F27nBdab,
http://www.playvid.com/watch/czKiV9aBq4a, http://www.playvid.com/watch/Mo5QGA3bQh9, http://www.playvid.com/watch/bjwgy-5IjL5,
http://www.playvid.com/watch/qSxKjHJriKY, http://www.playvid.com/watch/RdVpCgb6lw-, http://www.playvid.com/watch/LYo0pGMEVOe,
http://www.playvid.com/watch/BpY5K4jd7sw, http://www.playvid.com/watch/xW42zPCkhcY, http://www.playvid.com/watch/oKgXObiPWaw,
http://www.playvid.com/watch/efY3hgt9QCB, http://www.playvid.com/watch/YSv0JG4z-7v, http://www.playvid.com/watch/zMOW3opswYF,
http://www.playvid.com/watch/h4SEXmZ24Mo, http://www.playvid.com/watch/LIi3Y5z4CnK, http://www.playvid.com/watch/I5KOVN8eYIf,
http://www.playvid.com/watch/TYJYeP2jOZx, http://www.playvid.com/watch/JaHjPH7LMoP, http://www.playvid.com/watch/IoGl0kyLlaB,
http://www.playvid.com/watch/2qMmqld4hyN, http://www.playvid.com/watch/6IbhW8IgTdc, http://www.playvid.com/watch/fzmFK99GZu5,
http://www.playvid.com/watch/E8q0C2Kf7oq, http://www.playvid.com/watch/VXmraHHNqVi, http://www.playvid.com/watch/7U0UMcjCE7V,
http://www.playvid.com/watch/GWO5HcPgA7t, http://www.playvid.com/watch/wnr5Ugr9qtn, http://www.playvid.com/watch/lekZK0a733H,
http://www.playvid.com/watch/WYOyoa5WDl4, http://www.playvid.com/watch/QSR0DPLdUsL, http://www.playvid.com/watch/mN2ER5OlNOt,
http://www.playvid.com/watch/haDfVN4MCvG, http://www.playvid.com/watch/jreBEm6TEVc, http://www.playvid.com/watch/cZFNISOVU3k,
http://www.playvid.com/watch/oUit0U3uy67, http://www.playvid.com/watch/-58s-7rBvXK, http://www.playvid.com/watch/K2TPccaARjb,
http://www.playvid.com/watch/pYCqCISyprF, http://www.playvid.com/watch/HdWOLG0cFH6, http://www.playvid.com/watch/9AwSwy64IGW,
http://www.playvid.com/watch/C3ddffcP7d0, http://www.playvid.com/watch/KsQOB7AoL58, http://www.playvid.com/watch/xaEK38cS5MQ,
http://www.playvid.com/watch/yEmEb59PqsJ, http://www.playvid.com/watch/Rzqkoifa8Li, http://www.playvid.com/watch/FD-v6wHKEF3,
http://www.playvid.com/watch/Oe7NwUOc-j2, http://www.playvid.com/watch/swvH4B0lBGp, http://www.playvid.com/watch/5TnO5yIbJLu,
http://www.playvid.com/watch/mUcqpxLDowm, http://www.playvid.com/watch/sncDf65lAno, http://www.playvid.com/watch/QGTmBEO67M8,
http://www.playvid.com/watch/kH8Eq6SmJYZ, http://www.playvid.com/watch/kWhX6MJCoRA, http://www.playvid.com/watch/TEbTYsKAuUO,
http://www.playvid.com/watch/X4kGuDx92ej, http://www.playvid.com/watch/HmNrgcelgBQ, http://www.playvid.com/watch/yS80qsanTey,
http://www.playvid.com/watch/tQn9LSp4Fjg, http://www.playvid.com/watch/mX5FLkTlw2b, http://www.playvid.com/watch/Kn-z5AGwiAn,
http://www.playvid.com/watch/-sTI5PJBHN3, http://www.playvid.com/watch/2B4dEEAbBup, http://www.playvid.com/watch/vRaOTOYxKC4,
http://www.playvid.com/watch/sRasixuMW4X, http://www.playvid.com/watch/LZbrSARRpSa, http://www.playvid.com/watch/Q8QMRRGhyW5,
http://www.playvid.com/watch/CsizalkPORZ, http://www.playvid.com/watch/6QiInZIWuut, http://www.playvid.com/watch/5d7K8LSXsac,
http://www.playvid.com/watch/kITzdT6-8i3, http://www.playvid.com/watch/YpIklhJmLlk, http://www.playvid.com/watch/bEijbgwwUCd,
http://www.playvid.com/watch/0vDx272CvKY, http://www.playvid.com/watch/phdKZAB6dnP, http://www.playvid.com/watch/s5nDRcCiOlu,
http://www.playvid.com/watch/HttaQEplxIY, http://www.playvid.com/watch/sXrszwIiLD2, http://www.playvid.com/watch/puiaopA9NOY,
http://www.playvid.com/watch/RSJTr-2VkMO, http://www.playvid.com/watch/Oi4CHWbEh-N, http://www.playvid.com/watch/yDxpZYAFicz,
http://www.playvid.com/watch/Bu8iW8-oni9, http://www.playvid.com/watch/8QYOUXFvcvo, http://www.playvid.com/watch/gEiioMBDiT-,
http://www.playvid.com/watch/hV5rECzeDjv, http://www.playvid.com/watch/aeGRMWprash, http://www.playvid.com/watch/Eb8SiVMqTId,
http://www.playvid.com/watch/aKJTcbCbZ-3, http://www.playvid.com/watch/Xxx40q3cMv2, http://www.playvid.com/watch/k4DBPPbziqQ,
http://www.playvid.com/watch/J9dx6L6fIlz, http://www.playvid.com/watch/R7fy3SvicUm, http://www.playvid.com/watch/r3ejzJG3ROm,
http://www.playvid.com/watch/-woaWugpUaC, http://www.playvid.com/watch/R7tMP95nKA9, http://www.playvid.com/watch/ottjNnyI9ch,
http://www.playvid.com/watch/oiIIruleuTE, http://www.playvid.com/watch/K3bZDUS4Jkr, http://www.playvid.com/watch/gOIxjuR76zr,
http://www.playvid.com/watch/6eOBmJxKdhQ, http://www.playvid.com/watch/q57ayoTO3mE, http://www.playvid.com/watch/geaHbPbjHvL,
http://www.playvid.com/watch/3Lxw3zrjwaE, http://www.playvid.com/watch/Xt6qhLuLv0M, http://www.playvid.com/watch/yySOZGsPgUb,
http://www.playvid.com/watch/gZYM3oThhrv, http://www.playvid.com/watch/40EJGYM7xg8, http://www.playvid.com/watch/EKttjEnnvoX,
http://www.playvid.com/watch/UW6mNCF4If-, http://www.playvid.com/watch/y3ftV0qUNkA, http://www.playvid.com/watch/rQDGL8vombY,
http://www.playvid.com/watch/HWVNf5WT5Eg, http://www.playvid.com/watch/3Yv95RAXDcV, http://www.playvid.com/watch/2gwRqW53wW5,
http://www.playvid.com/watch/4plDrTCbgwk, http://www.playvid.com/watch/3Sog-XXrKO9, http://www.playvid.com/watch/l3L546LBBgg,
http://www.playvid.com/watch/lCiXtjnsClz, http://www.playvid.com/watch/VVOuzWdjQqg, http://www.playvid.com/watch/flTFHFthinq,
http://www.playvid.com/watch/No6arIoQ0H9, http://www.playvid.com/watch/QqfSVnB2VdE, http://www.playvid.com/watch/yR7Ov-UfBSz,
http://www.playvid.com/watch/DxGHWAGIpaH, http://www.playvid.com/watch/0gX2Hafwr8Y, http://www.playvid.com/watch/wQE6BfeVhYI,
http://www.playvid.com/watch/9QryREgoqg2, http://www.playvid.com/watch/JZrfmvmd9AR, http://www.playvid.com/watch/4CibrLj9Fps,
http://www.playvid.com/watch/Z5RWtxSzQeD, http://www.playvid.com/watch/wWAIA0Gu648, http://www.playvid.com/watch/f-sKZ3lbo-S,
http://www.playvid.com/watch/lUJYaTp-6qk, http://www.playvid.com/watch/00XwIa6sbai, http://www.playvid.com/watch/HVJMDOr6jXz,
http://www.playvid.com/watch/hDhqbtV6eVc, http://www.playvid.com/watch/iF2bUp2iQv4, http://www.playvid.com/watch/jIyIRBOKzlo,
http://www.playvid.com/watch/u57hOdZwYrE, http://www.playvid.com/watch/8IfAZeRN52j, http://www.playvid.com/watch/SPqqXMEuvrg,
http://www.playvid.com/watch/ZguFmFiHXEm, http://www.playvid.com/watch/TlSqaciXwrU, http://www.playvid.com/watch/Hefupcp6MQn,
http://www.playvid.com/watch/MtJbnTnLTaV, http://www.playvid.com/watch/pc0YZRHmqa8, http://www.playvid.com/watch/RDIFe2RKDgE,
http://www.playvid.com/watch/KbYQjWM3WpA, http://www.playvid.com/watch/8s4p8uSfCNZ, http://www.playvid.com/watch/8QGF06g6Wnx,
http://www.playvid.com/watch/DYKsRPzet7i, http://www.playvid.com/watch/PJtCsRNHYu3, http://www.playvid.com/watch/CjofbuuuOZp,
http://www.playvid.com/watch/GqgjPH7PF4X, http://www.playvid.com/watch/2i2Xmf-arFa, http://www.playvid.com/watch/oCb2YhaB9OE,
http://www.playvid.com/watch/OBEThx7YACn, http://www.playvid.com/watch/yuicWQCnX6V, http://www.playvid.com/watch/U6qUJCaWh8x,
http://www.playvid.com/watch/aqoZyfnemXY, http://www.playvid.com/watch/j2qHpzAeQiP, http://www.playvid.com/watch/rr8fQmOrCOg,
http://www.playvid.com/watch/-OxJN6y2r34, http://www.playvid.com/watch/T5t2MJSa89G, http://www.playvid.com/watch/hmdqMpMKk-v,
http://www.playvid.com/watch/He2iehSQARS, http://www.playvid.com/watch/GDTNrRsOS24, http://www.playvid.com/watch/dLK2TTI8npF,
http://www.playvid.com/watch/ECEbDkbEYuE, http://www.playvid.com/watch/8hNlp-ynF8r, http://www.playvid.com/watch/LnN5btQrTwo,
http://www.playvid.com/watch/34Z0iFLWW59, http://www.playvid.com/watch/jAXUwa4OQZN, http://www.playvid.com/watch/xEaUj3MreE2,
http://www.playvid.com/watch/STEpwR-UTLh, http://www.playvid.com/watch/uvggG3bUHjO, http://www.playvid.com/watch/GbEH-q0dIh9,
http://www.playvid.com/watch/0E4tQTG6itO, http://www.playvid.com/watch/IifeVpQRYvI, http://www.playvid.com/watch/tM6jTiEgloK,
http://www.playvid.com/watch/Q2rEyBzqwD2, http://www.playvid.com/watch/f8INNCUgQVc, http://www.playvid.com/watch/lcBvJHQP6Tm,
http://www.playvid.com/watch/iSMeZ0pbUuv, http://www.playvid.com/watch/uOoi98uKnyC, http://www.playvid.com/watch/RVSFLK-RO4E,
http://www.playvid.com/watch/ZjJMdlHTFs5, http://www.playvid.com/watch/twkUStdhuM6, http://www.playvid.com/watch/AmntaKId4xT,
http://www.playvid.com/watch/zzVm2SZqsX8, http://www.playvid.com/watch/OhuduOOV6OX, http://www.playvid.com/watch/7jeP5JSLUdn,
http://www.playvid.com/watch/I3vEAeqmsKF, http://www.playvid.com/watch/WAP9fomwkMb, http://www.playvid.com/watch/3cREGD8iKa4,
http://www.playvid.com/watch/fqp4y5MCLhU, http://www.playvid.com/watch/X56jdVbMolh, http://www.playvid.com/watch/R38JgTY9O3s,
http://www.playvid.com/watch/VmV26CmkrFW, http://www.playvid.com/watch/FuV7hJcK3Mx, http://www.playvid.com/watch/Ee8f0se8YRE,
http://www.playvid.com/watch/HFhhtYdOC45, http://www.playvid.com/watch/jEePOQk8RW9, http://www.playvid.com/watch/04GyxKZk924,
http://www.playvid.com/watch/ypSk8CBKTQ-, http://www.playvid.com/watch/oYLJXeZBqzP, http://www.playvid.com/watch/9gabXwMSNbP,
http://www.playvid.com/watch/eZHrfngIqYg, http://www.playvid.com/watch/XZ5GoZhoYPw, http://www.playvid.com/watch/mUQY4UuL8Lo,
http://www.playvid.com/watch/IezqIg0uHEm, http://www.playvid.com/watch/Xd9XAvu9rEf, http://www.playvid.com/watch/EOHDFfWkSXK,

http://www.playvid.com/watch/TM5lrTSIUYY, http://www.playvid.com/watch/MSBGoJrlEJW, http://www.playvid.com/watch/iPLqmMbCquX,
http://www.playvid.com/watch/ENSK2FxPRxx, http://www.playvid.com/watch/yc3raDDztqq, http://www.playvid.com/watch/DyCnz42p0fE,
http://www.playvid.com/watch/Yq6YwA8CaCB, http://www.playvid.com/watch/wRJGtgVWY7I, http://www.playvid.com/watch/rK2HBuWD6jT,
http://www.playvid.com/watch/fPalA5M-DtZ, http://www.playvid.com/watch/KWckYalApVv, http://www.playvid.com/watch/vQFlkvtmAYo,
http://www.playvid.com/watch/K6S-LxUkJRg, http://www.playvid.com/watch/3pZWloRtyDl, http://www.playvid.com/watch/huR-bRpo78c,
http://www.playvid.com/watch/n8KNClOs8qc, http://www.playvid.com/watch/Vk4vdNg3Mw9, http://www.playvid.com/watch/9YI9NSUQI8P,
http://www.playvid.com/watch/3OtN9I6J292, http://www.playvid.com/watch/jhCB6tkVy6Z, http://www.playvid.com/watch/D9a9MdqLAuw,
http://www.playvid.com/watch/UlIBnViNzSz, http://www.playvid.com/watch/6aS7TijqhRO, http://www.playvid.com/watch/wF2kAP7I7TG,
http://www.playvid.com/watch/jQTJt3zO8GG, http://www.playvid.com/watch/NYg4oLr2Y5b, http://www.playvid.com/watch/wouevg0IRxH,
http://www.playvid.com/watch/Z2FK9OjiUwd, http://www.playvid.com/watch/f3GMavbuy8j, http://www.playvid.com/watch/qDEOrVDHfgl,
http://www.playvid.com/watch/oDeAJ5vAc6M, http://www.playvid.com/watch/vNDD2lBC7Oa, http://www.playvid.com/watch/D-vHfk7qJDr,
http://www.playvid.com/watch/g3aIroPh7NX, http://www.playvid.com/watch/uEvPYXUfsiz, http://www.playvid.com/watch/VH6urQq5JHp,
http://www.playvid.com/watch/sNnFCaAomXK, http://www.playvid.com/watch/8h6nzREEV5i, http://www.playvid.com/watch/yZe3cowdIrS,
http://www.playvid.com/watch/sfsyy4DEyEx, http://www.playvid.com/watch/l0gYUxkUMxR, http://www.playvid.com/watch/VjKhPnCI6Cq,
http://www.playvid.com/watch/5nOhWhUOdZq, http://www.playvid.com/watch/6P7yJ6wj3rp, http://www.playvid.com/watch/bOUeECJLBJT,
http://www.playvid.com/watch/J0rLUf0J7G0, http://www.playvid.com/watch/QgVeKjUYJ43, http://www.playvid.com/watch/6-SYVW58F-7,
http://www.playvid.com/watch/LOZnIfnnWXN, http://www.playvid.com/watch/Pg4wpF65w5q, http://www.playvid.com/watch/Wf5FZtFLGaX,
http://www.playvid.com/watch/hUIQwTnYJpp, http://www.playvid.com/watch/-Uyqolwg6oS, http://www.playvid.com/watch/TYGHDdEKKzS,
http://www.playvid.com/watch/AoGkvNuvTU-, http://www.playvid.com/watch/KT0chd4A0Kc, http://www.playvid.com/watch/8mTlZBJEQ--,
http://www.playvid.com/watch/9OAXJe9bc5L, http://www.playvid.com/watch/S4lID9-vSdh, http://www.playvid.com/watch/LCQJuXR4UiU,
http://www.playvid.com/watch/RXIpa8c2S4e, http://www.playvid.com/watch/xTUpZE2SxYV, http://www.playvid.com/watch/CZAvNsCUWec,
http://www.playvid.com/watch/kDAk6io2Ocy, http://www.playvid.com/watch/qHIqy-Y5iAZ, http://www.playvid.com/watch/nZlRYhK7zOt,
http://www.playvid.com/watch/jJoeeHtb56s, http://www.playvid.com/watch/JyxY-PwbDba, http://www.playvid.com/watch/t5daUsExa4V,
http://www.playvid.com/watch/XUVzXWhNSxi, http://www.playvid.com/watch/0GQqIFPutwd, http://www.playvid.com/watch/GbeGZp6gzSN,
http://www.playvid.com/watch/G4YqmmD5XDy, http://www.playvid.com/watch/ZhiMUhh6c5Z, http://www.playvid.com/watch/cNVPTIdtQW0,
http://www.playvid.com/watch/Xw9VahMiUgL, http://www.playvid.com/watch/Aw0J6xAxm--, http://www.playvid.com/watch/234wS7uEssw,
http://www.playvid.com/watch/LsoRgdTHN5t, http://www.playvid.com/watch/9i3wd0ouDHf, http://www.playvid.com/watch/z2EAU6jqFSg,
http://www.playvid.com/watch/cfrLNacPCWW, http://www.playvid.com/watch/2R7xKxSR7Uq, http://www.playvid.com/watch/ie8equcChqN,
http://www.playvid.com/watch/vgAZjGGR0ZC, http://www.playvid.com/watch/sTHFiUBMXCH, http://www.playvid.com/watch/9d0AYAJQn5v,
http://www.playvid.com/watch/6-P-TTiwRqp, http://www.playvid.com/watch/N-E-vVLZCRP, http://www.playvid.com/watch/uLABYghK7bj,
http://www.playvid.com/watch/JpkluXZNQHP, http://www.playvid.com/watch/-glWZ9FK5mr, http://www.playvid.com/watch/X8MYu3AlCNI,
http://www.playvid.com/watch/69liNZC4BEM, http://www.playvid.com/watch/QnGwZAk2Bh9, http://www.playvid.com/watch/pos9PGdhCEj,
http://www.playvid.com/watch/iyPyCLrcuy7, http://www.playvid.com/watch/xOmiaTLyRFQ, http://www.playvid.com/watch/oHd4OJ3HHGQ,
http://www.playvid.com/watch/SoDptdxiLje, http://www.playvid.com/watch/-jeel4Xfrjm, http://www.playvid.com/watch/AIx0ft6O6QK,
http://www.playvid.com/watch/TNnMth8LgEC, http://www.playvid.com/watch/dmnzO8Ql9Pw, http://www.playvid.com/watch/jNU9tZAPRBp,
http://www.playvid.com/watch/g9n5u4duKpA, http://www.playvid.com/watch/IePGykgUBG8, http://www.playvid.com/watch/op4uQe8nnED,
http://www.playvid.com/watch/sgfz6ig8jcA, http://www.playvid.com/watch/Sctkthvisbp, http://www.playvid.com/watch/Xy-MWAKPrWy,
http://www.playvid.com/watch/SKedY-JFbp2, http://www.playvid.com/watch/pruvsZLjgq2, http://www.playvid.com/watch/QkfXSCHCTVL,
http://www.playvid.com/watch/4dp-EYQe4NQ, http://www.playvid.com/watch/33Ha7qNf5ge, http://www.playvid.com/watch/SXu4aiwRHh5,
http://www.playvid.com/watch/NZ9peFtLJyJ, http://www.playvid.com/watch/PA8vIS4uo9d, http://www.playvid.com/watch/TEnIX4ySKCO,
http://www.playvid.com/watch/5kP0PhaqtJl, http://www.playvid.com/watch/7ylY6RkgG5k, http://www.playvid.com/watch/gy2i9Jq-dnw,
http://www.playvid.com/watch/oIGDeEsJZQ8, http://www.playvid.com/watch/ihJxHIvs4OP, http://www.playvid.com/watch/CJEX2W50wr0,
http://www.playvid.com/watch/XMsRlg4uC0V, http://www.playvid.com/watch/0GF7Oe0XlFb, http://www.playvid.com/watch/xlgzIaxYl9W,
http://www.playvid.com/watch/JMSiSrWI9sp, http://www.playvid.com/watch/2VGbjivPEnT, http://www.playvid.com/watch/hGHYivv-Vjy,
http://www.playvid.com/watch/sLJKhwpDmQI, http://www.playvid.com/watch/4pS2rRWKxYS, http://www.playvid.com/watch/7hcjd8CfK8t,
http://www.playvid.com/watch/NNOW4o77dTj, http://www.playvid.com/watch/OEH0DJCrbMA, http://www.playvid.com/watch/TnstPkcEDUr,
http://www.playvid.com/watch/40kTdABLpxK, http://www.playvid.com/watch/3-BG3IzArDl, http://www.playvid.com/watch/iBptQRNrY45,
http://www.playvid.com/watch/Mf4Ohi4KbLL, http://www.playvid.com/watch/U0NUYfq-xW7, http://www.playvid.com/watch/so8s2CdnuHQ,
http://www.playvid.com/watch/tGjWIYUALdu, http://www.playvid.com/watch/DAfnThWEePv, http://www.playvid.com/watch/ruoYmMG7cjW,
http://www.playvid.com/watch/8p8B02rJI-9, http://www.playvid.com/watch/HKKqb9MfbL4, http://www.playvid.com/watch/KCtS4I5phoJ
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hokochoko
5.b. Uploader's email address: elaythoms@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hokochoko
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BCLOGXoC14P, http://www.playvid.com/watch/DoNWGQk1fVg,
http://www.playvid.com/watch/9VD-TFI2SRq, http://www.playvid.com/watch/j9jpg3nzcXf, http://www.playvid.com/watch/M5XhXhvNEzu,
http://www.playvid.com/watch/QIRKxuUYzfO, http://www.playvid.com/watch/XDDEp7pzu1N, http://www.playvid.com/watch/9_ivbdyi9ZI,
http://www.playvid.com/watch/oKmUokrp5Dm, http://www.playvid.com/watch/y26yeBRLkzb, http://www.playvid.com/watch/YekbdsDaF_G,
http://www.playvid.com/watch/UgGuINudiHU, http://www.playvid.com/watch/y2p38Iqm5qV, http://www.playvid.com/watch/YQnA2zLHKMg,
http://www.playvid.com/watch/z3W6AMMf3fB, http://www.playvid.com/watch/gzAVkHNTP_N, http://www.playvid.com/watch/7HVG6VhvQv9,
http://www.playvid.com/watch/BmmmshA_-3D, http://www.playvid.com/watch/IZwRj_jIuIg, http://www.playvid.com/watch/Crnd1fvVuHL,
http://www.playvid.com/watch/n611fuAUAZ0, http://www.playvid.com/watch/8tqu-bawEOc, http://www.playvid.com/watch/z10PI7mNHmW,
http://www.playvid.com/watch/xuxkI0-BFDW, http://www.playvid.com/watch/LQUgHseOwmE, http://www.playvid.com/watch/Hitqt16aAZz,
http://www.playvid.com/watch/gx02pR6Rc1R, http://www.playvid.com/watch/HFxW5zH_VpO, http://www.playvid.com/watch/VsZPsNpZijU,
http://www.playvid.com/watch/NxaFumAU5bm, http://www.playvid.com/watch/nHWNNBryDG4, http://www.playvid.com/watch/txfzWD-vFmI,
http://www.playvid.com/watch/6fXEugb4awJ, http://www.playvid.com/watch/ef2CNynJAhn, http://www.playvid.com/watch/56NdGMQ1pIa,
http://www.playvid.com/watch/ltQTUB11zdB, http://www.playvid.com/watch/rsNCBVpXm9g, http://www.playvid.com/watch/ZHDQbO3CIGf,
http://www.playvid.com/watch/xhTwPi-8pAN, http://www.playvid.com/watch/li3ZcPqxgxW, http://www.playvid.com/watch/TiQz80y6RqE,
http://www.playvid.com/watch/g4zirRJV_QU, http://www.playvid.com/watch/gQnx5DjgY53, http://www.playvid.com/watch/5qTaXb-cK9A,
http://www.playvid.com/watch/0VVFHzGs5Mm, http://www.playvid.com/watch/hxx5Kva-l3J, http://www.playvid.com/watch/8QOOWHxYvaP,
http://www.playvid.com/watch/MjLuooSxb_k, http://www.playvid.com/watch/fNhHc_SdNSb, http://www.playvid.com/watch/pV0QgLcE56P,
http://www.playvid.com/watch/nLSRoUp9z3x, http://www.playvid.com/watch/2VlTW9nVU0J, http://www.playvid.com/watch/KuJqIkX-e1O,
http://www.playvid.com/watch/dCma3BrKUO7, http://www.playvid.com/watch/Ga7GxEJ65bH, http://www.playvid.com/watch/ATd-QYT_9pK,
http://www.playvid.com/watch/9RCrQrq5srJ, http://www.playvid.com/watch/jQR-pHt_Rpv, http://www.playvid.com/watch/eeEagQDogUv,
http://www.playvid.com/watch/Bmzl1CAVAqT, http://www.playvid.com/watch/ueejN_WqacQ, http://www.playvid.com/watch/fVA8is7Csjk,
http://www.playvid.com/watch/sc4thU9VOvK, http://www.playvid.com/watch/f3xKmDLfD8O, http://www.playvid.com/watch/aJIGO3HMUF0,
http://www.playvid.com/watch/OwPj5Jd6gkG, http://www.playvid.com/watch/iIX0cv6ZoWx, http://www.playvid.com/watch/RX5YqK5FdUp,
http://www.playvid.com/watch/FADqZiMTEWI, http://www.playvid.com/watch/vEbDtb7w9bS, http://www.playvid.com/watch/XwkIPK_WCvD,
http://www.playvid.com/watch/hiHmMItqaHw, http://www.playvid.com/watch/PjFicdI6NSf, http://www.playvid.com/watch/ncREwHyx7mV,
http://www.playvid.com/watch/gTxeuYpMrg2, http://www.playvid.com/watch/GXQPnRaI3vL, http://www.playvid.com/watch/Pr21Z8L4ZRS,
http://www.playvid.com/watch/v01699J6cBu, http://www.playvid.com/watch/kP6aoYYpGWk, http://www.playvid.com/watch/3FXK0mm6phb,
http://www.playvid.com/watch/jPXRwMMBwdo, http://www.playvid.com/watch/jidm_ghwVQt, http://www.playvid.com/watch/ww9tubWF1Up,
http://www.playvid.com/watch/rpnItZJ-NZA, http://www.playvid.com/watch/U6kXM6zS8Q6, http://www.playvid.com/watch/XSKZo8cxAOa,
http://www.playvid.com/watch/UsK2ZjzfTg8, http://www.playvid.com/watch/ZsfIZqwSC3u, http://www.playvid.com/watch/oETwme-ue8I,
http://www.playvid.com/watch/ZAu3i1COf9o, http://www.playvid.com/watch/sx5V5tCNd6W, http://www.playvid.com/watch/xein7NKPKnS,
http://www.playvid.com/watch/ZU7KzPHcTRt, http://www.playvid.com/watch/9zSFOAGbCvV, http://www.playvid.com/watch/68WNuKa8peE,
http://www.playvid.com/watch/P7DNLh5yBzN, http://www.playvid.com/watch/TUClm-JA10P, http://www.playvid.com/watch/VaJaDqVsDJ3,
http://www.playvid.com/watch/L0H4koubJM8, http://www.playvid.com/watch/XK852jHlUBk, http://www.playvid.com/watch/66se0dU44Lf,
http://www.playvid.com/watch/hS355rf4EPF, http://www.playvid.com/watch/gHkOUr_Ts_6, http://www.playvid.com/watch/PfvQqShnRw6,
http://www.playvid.com/watch/mKZ71rSTb1q, http://www.playvid.com/watch/z5Wou78sgZt, http://www.playvid.com/watch/VgYtjG-DbDn,
http://www.playvid.com/watch/Q5JqY7lh9hI, http://www.playvid.com/watch/FtkCV3amj0N, http://www.playvid.com/watch/gDfxPYqstU5,
http://www.playvid.com/watch/0j3GmfTwmjY, http://www.playvid.com/watch/NhQahwUeZGm, http://www.playvid.com/watch/peu1gqKHYYQ,
http://www.playvid.com/watch/HF_epw7YRt2, http://www.playvid.com/watch/QY8nmPYgRHm, http://www.playvid.com/watch/h2ef-44AEdH,
http://www.playvid.com/watch/3tb6e5RWdq8, http://www.playvid.com/watch/N1Hg_7LU0kJ, http://www.playvid.com/watch/wscOt3ALuWY,

http://www.playvid.com/watch/hF5qDZ3CGi7, http://www.playvid.com/watch/amCaCTS-1w0, http://www.playvid.com/watch/TBxmxF1-21D, http://www.playvid.com/watch/UJfndLDII4W, http://www.playvid.com/watch/orrfKFmgdpT, http://www.playvid.com/watch/m7F6TkYtcqj, http://www.playvid.com/watch/0KXZjCIHUpR, http://www.playvid.com/watch/hjnFxYH7nHr, http://www.playvid.com/watch/92_WvS8R06c, http://www.playvid.com/watch/ErRMEdhVM4m, http://www.playvid.com/watch/2EZ1ZWlT8Oy, http://www.playvid.com/watch/AB-aj0lUzcd, http://www.playvid.com/watch/taLf07uzmhr, http://www.playvid.com/watch/cItrbI4kluZ, http://www.playvid.com/watch/T-7fNcqkIzi, http://www.playvid.com/watch/S1wn7IZ_ynT, http://www.playvid.com/watch/rKZ1CUtl_42, http://www.playvid.com/watch/i2ruqUikN6o, http://www.playvid.com/watch/AU-ZDctrRmF, http://www.playvid.com/watch/838MEIgfl5K, http://www.playvid.com/watch/xhJlbfxhqIG, http://www.playvid.com/watch/TGlSQteFMBZ, http://www.playvid.com/watch/BCzdn-_gpo4, http://www.playvid.com/watch/Br40rb5Rnp8, http://www.playvid.com/watch/pn-DxPaeo-t, http://www.playvid.com/watch/g7ytcCJXELt, http://www.playvid.com/watch/d2WZPe92jdt, http://www.playvid.com/watch/ZnN5Lk84FHM, http://www.playvid.com/watch/XQxngrN_ZtO, http://www.playvid.com/watch/jTR07hGSoD8, http://www.playvid.com/watch/z20dtNy6F1h, http://www.playvid.com/watch/AO0AD5WwEFQ, http://www.playvid.com/watch/FYDNlkoYDcX, http://www.playvid.com/watch/vPt0_UJlYRZ, http://www.playvid.com/watch/Y29HgHUfZ2N, http://www.playvid.com/watch/FKCHRQ28h_R, http://www.playvid.com/watch/BVKpKb_3m8U, http://www.playvid.com/watch/WdAb3f7nKEO, http://www.playvid.com/watch/j_fI-GmCUKV, http://www.playvid.com/watch/Yf0ThhjH6WS, http://www.playvid.com/watch/2fme3NdNJYT, http://www.playvid.com/watch/4gDQUj2ZQSH, http://www.playvid.com/watch/Tj4sRvgmqrP, http://www.playvid.com/watch/DNi-0PpCyIQ, http://www.playvid.com/watch/HoEVxtwdhhL, http://www.playvid.com/watch/FIS4lT8zSqL, http://www.playvid.com/watch/Hce3BnQUfuW, http://www.playvid.com/watch/eG1dERGe5ap, http://www.playvid.com/watch/sotW3U3e95A, http://www.playvid.com/watch/OjgHi331ZJN, http://www.playvid.com/watch/l-H6UxS7Cja, http://www.playvid.com/watch/JlG6W76y0y4, http://www.playvid.com/watch/vdP2avvCanQ, http://www.playvid.com/watch/JdrbeibdSLz, http://www.playvid.com/watch/LACya3ial5d, http://www.playvid.com/watch/YJElA-bqQ2l, http://www.playvid.com/watch/YK4WZOPxtNR, http://www.playvid.com/watch/mBemJ22muJU, http://www.playvid.com/watch/UGCYFoLq5FZ, http://www.playvid.com/watch/OrC5hWBJi0s, http://www.playvid.com/watch/pygqulSh5uH, http://www.playvid.com/watch/aVurx7jP6D8, http://www.playvid.com/watch/uwKDLMfCOlp, http://www.playvid.com/watch/7h4za5KqzGt, http://www.playvid.com/watch/0zg8x8b6Evd, http://www.playvid.com/watch/Y1VcQmOLw1F, http://www.playvid.com/watch/kfjE6T7rM98, http://www.playvid.com/watch/8bl5Vmf7SHF, http://www.playvid.com/watch/g8VNV7_9_iP, http://www.playvid.com/watch/SRsdXICphNZ, http://www.playvid.com/watch/RCIuphznKDv, http://www.playvid.com/watch/LTgUHoceHa4, http://www.playvid.com/watch/449VqXwfPqN, http://www.playvid.com/watch/TpO2_JUetxj, http://www.playvid.com/watch/eKzWYPU9hiF, http://www.playvid.com/watch/zADoylYK_Dy, http://www.playvid.com/watch/5ot6vIipfby, http://www.playvid.com/watch/XA34Jyrbd4g, http://www.playvid.com/watch/S4GyCszrQAK, http://www.playvid.com/watch/Dipjxet0T_l, http://www.playvid.com/watch/9H3CytpWaKT, http://www.playvid.com/watch/ONrpSpC8EUW, http://www.playvid.com/watch/xlv6Rjqwj9i, http://www.playvid.com/watch/5SL-vcT0z54, http://www.playvid.com/watch/zjjb_GGOKZT, http://www.playvid.com/watch/Wg2-ZNqAgO2, http://www.playvid.com/watch/QdDaMooBdLE, http://www.playvid.com/watch/0gzKg7HWqaY, http://www.playvid.com/watch/w1tFoHeS4iT, http://www.playvid.com/watch/ul9uyRwYnwb, http://www.playvid.com/watch/O4tt5MF3nhZ, http://www.playvid.com/watch/vaR3I0DTlq0, http://www.playvid.com/watch/z_CZFWNxVZ9, http://www.playvid.com/watch/EfxLA1eBz2E, http://www.playvid.com/watch/jZelA7THngx, http://www.playvid.com/watch/PHxrALzmNfX, http://www.playvid.com/watch/bwbBA3BxXZS, http://www.playvid.com/watch/QHXwXDjZKWQ, http://www.playvid.com/watch/rwhpPQA62_G, http://www.playvid.com/watch/c5cO2-_zqcE, http://www.playvid.com/watch/6JMzQLIU-IA, http://www.playvid.com/watch/IM-NYXYmflt, http://www.playvid.com/watch/aTgzjPDsaDn, http://www.playvid.com/watch/fClY1jnPpqg, http://www.playvid.com/watch/ZXmUqQVPi7W, http://www.playvid.com/watch/Ks2TsDxvBC4, http://www.playvid.com/watch/JCv8ojR7PCB, http://www.playvid.com/watch/xJkAMYjxIfh, http://www.playvid.com/watch/dMYC6VAnCkQ, http://www.playvid.com/watch/golUxzxOyhp, http://www.playvid.com/watch/53R4K7XoDc2, http://www.playvid.com/watch/fEw5JvGYrel, http://www.playvid.com/watch/usGihKe-u9j, http://www.playvid.com/watch/NsQ-WS8PoUU, http://www.playvid.com/watch/amZ8R80aSvJ, http://www.playvid.com/watch/PaOrtGkxMS8, http://www.playvid.com/watch/bFmroyC7Qi7, http://www.playvid.com/watch/HpzY4ER4eE2, http://www.playvid.com/watch/Y2NQwuGUHAz, http://www.playvid.com/watch/xulQVvwQHrg, http://www.playvid.com/watch/kOr2ZeahYMr, http://www.playvid.com/watch/Ou5k8U7iluN, http://www.playvid.com/watch/Jj-dxQpmFqc, http://www.playvid.com/watch/MpPLJh9LiqS, http://www.playvid.com/watch/6ESbQ4r208X, http://www.playvid.com/watch/n5KyedyeEgs, http://www.playvid.com/watch/Md4bPie-rsV, http://www.playvid.com/watch/YFGCTOKDyqa, http://www.playvid.com/watch/OADgCOk9kEh, http://www.playvid.com/watch/AM0AGNgKjb7, http://www.playvid.com/watch/GX6Y2_oscHw, http://www.playvid.com/watch/A7USsRk0jYG, http://www.playvid.com/watch/xwODfnDji0A, http://www.playvid.com/watch/iWW8EQE-C2n, http://www.playvid.com/watch/ghIFlaLFsL5, http://www.playvid.com/watch/kGeG7GEs2EO, http://www.playvid.com/watch/w1HFFfwGVHO, http://www.playvid.com/watch/UUkA2pAhHlo, http://www.playvid.com/watch/3S4eHUdBZU8, http://www.playvid.com/watch/YTRXHndRm7H, http://www.playvid.com/watch/Bz3onpRYQtm, http://www.playvid.com/watch/XDLxiIsHDf4, http://www.playvid.com/watch/9omYsNss5dx, http://www.playvid.com/watch/r_BUMLSWe07, http://www.playvid.com/watch/Zd4xBnv85lK, http://www.playvid.com/watch/vi2aqfFegNU, http://www.playvid.com/watch/nvyOnWJS6aH, http://www.playvid.com/watch/5Hjn4zS0-JX, http://www.playvid.com/watch/nHkn9bBSasH, http://www.playvid.com/watch/TbdVpkQgYmH, http://www.playvid.com/watch/0WfLbVuQ4qB, http://www.playvid.com/watch/Lw1sJX1hds6, http://www.playvid.com/watch/a36D-8SdXPr, http://www.playvid.com/watch/rjDUAB42BuA, http://www.playvid.com/watch/6mhttP89pCO, http://www.playvid.com/watch/kpcr3ZiQhRR, http://www.playvid.com/watch/lLADXc6Hies, http://www.playvid.com/watch/F52GI-zLzqd, http://www.playvid.com/watch/98mK05RAm8A, http://www.playvid.com/watch/vPLi1iqqDzb, http://www.playvid.com/watch/9GnKfaFYJJT, http://www.playvid.com/watch/oX-n3W1Xw8E, http://www.playvid.com/watch/eMhoV8Q5lJS, http://www.playvid.com/watch/HHrjtAH2GO0, http://www.playvid.com/watch/snFMgZKZ9DJ, http://www.playvid.com/watch/oXGrnb9MXqf, http://www.playvid.com/watch/sHryBXmvcxs, http://www.playvid.com/watch/rMz7nAWWEGx, http://www.playvid.com/watch/SvIOjb1gD39, http://www.playvid.com/watch/MGR14-nex5n, http://www.playvid.com/watch/GY4bc6mli9s, http://www.playvid.com/watch/445XIHHeeEv, http://www.playvid.com/watch/BfXI5VpzU0H, http://www.playvid.com/watch/Ld00JO02Svd, http://www.playvid.com/watch/48UWYj-xeOe, http://www.playvid.com/watch/ayUgj79683L, http://www.playvid.com/watch/PEHZLfaXSII, http://www.playvid.com/watch/Ax5RZOOg8KG, http://www.playvid.com/watch/pouRIW450fT, http://www.playvid.com/watch/usMywfs1P5x, http://www.playvid.com/watch/uM7WHoG0JvB, http://www.playvid.com/watch/xWJR5MxK2Zw, http://www.playvid.com/watch/iX-s0N469sj, http://www.playvid.com/watch/LLEhvaXKEih, http://www.playvid.com/watch/wuJMWCZ3ShL, http://www.playvid.com/watch/MnPYccdB8CM, http://www.playvid.com/watch/VDhUbSB_jrY, http://www.playvid.com/watch/hH-4mMa6ACA, http://www.playvid.com/watch/fErEk5mFfD3, http://www.playvid.com/watch/Mv7z7iUxsmq, http://www.playvid.com/watch/arYv9BBIstw, http://www.playvid.com/watch/tQZBMbxmKmi, http://www.playvid.com/watch/mRF5X1Ox1hP, http://www.playvid.com/watch/IcvrldC9OOn, http://www.playvid.com/watch/Y8EiBLkqCpU, http://www.playvid.com/watch/qzA2alBlb0V, http://www.playvid.com/watch/GVz-ajsOIgg, http://www.playvid.com/watch/qK-WWZ7uALq
5.f. Date of third notice: 2014-05-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: holyyotets
5.b. Uploader's email address: firmengorge@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/holyyotets
5.e. List of videos posted by uploader: http://www.playvid.com/watch/n3xycsCRviG, http://www.playvid.com/watch/4uMIOS-LaTh, http://www.playvid.com/watch/R3tOOWaAIbi, http://www.playvid.com/watch/EfalD79Hls7, http://www.playvid.com/watch/tdgcKw3jDSZ, http://www.playvid.com/watch/5JOZYCmZeF9, http://www.playvid.com/watch/SUb9IRrbif-, http://www.playvid.com/watch/A5OVPQ-Llls, http://www.playvid.com/watch/BAX7gSsQ0Lu, http://www.playvid.com/watch/KNOZ6TpDNtt, http://www.playvid.com/watch/vmZd54aeDko, http://www.playvid.com/watch/5QYwlF-iOFo, http://www.playvid.com/watch/ihG0D5MfX9g, http://www.playvid.com/watch/AX6K55TdSyo, http://www.playvid.com/watch/Nvlb63jdXmV, http://www.playvid.com/watch/5mJHyoRVsvp, http://www.playvid.com/watch/bdno4ZjQVpj, http://www.playvid.com/watch/08wjEWtTGyn, http://www.playvid.com/watch/bqe8JMiKjhk, http://www.playvid.com/watch/ZlTdCslUwbV, http://www.playvid.com/watch/VqIkdgrQo0W, http://www.playvid.com/watch/E7VY5SR3uS6, http://www.playvid.com/watch/xb5giyCjaby, http://www.playvid.com/watch/QyANbnuyyzW, http://www.playvid.com/watch/erxkNy4rTuk, http://www.playvid.com/watch/VBQ9V7s-dHr, http://www.playvid.com/watch/ucUwh3ItzRz, http://www.playvid.com/watch/si9VbHI4MEU, http://www.playvid.com/watch/ibvMqOmPrRL, http://www.playvid.com/watch/98LtXfbwwy9, http://www.playvid.com/watch/6b8yfQeTUfO, http://www.playvid.com/watch/6o64ubRBYoR, http://www.playvid.com/watch/FAzxE7rHjoH, http://www.playvid.com/watch/j0wDPt8l88y, http://www.playvid.com/watch/Ak64fE4ErqS, http://www.playvid.com/watch/x2bCItSjq4H, http://www.playvid.com/watch/5mW8Lzq32rQ, http://www.playvid.com/watch/ACBBwagmYIy, http://www.playvid.com/watch/zYcIM-KC4kV, http://www.playvid.com/watch/BrWWtnv-XhC, http://www.playvid.com/watch/QQLi4jH0njt, http://www.playvid.com/watch/SbJ9Wn2JcVw, http://www.playvid.com/watch/T4rIfunadSR, http://www.playvid.com/watch/rAMlIW9Bibc, http://www.playvid.com/watch/pn3O6NOFnL7, http://www.playvid.com/watch/CkZZItBQ2ab, http://www.playvid.com/watch/Ss2oYOkdiqC, http://www.playvid.com/watch/-QSeZeOZOUY, http://www.playvid.com/watch/hPk2EEzf6Tc, http://www.playvid.com/watch/DYPQzVIV09w, http://www.playvid.com/watch/hg3sEE3LQaa, http://www.playvid.com/watch/Fv39wY0WIk2, http://www.playvid.com/watch/ag0H3lUYUMz, http://www.playvid.com/watch/6fBi9PhI8Vg, http://www.playvid.com/watch/8OakuQtra7s, http://www.playvid.com/watch/9tceuD8XwSj, http://www.playvid.com/watch/pYKxJM36qFt, http://www.playvid.com/watch/ohigICDmUMe, http://www.playvid.com/watch/M9LWnemtcyi, http://www.playvid.com/watch/tq9-vzYYU-E, http://www.playvid.com/watch/6o0Maj9p2aY, http://www.playvid.com/watch/wS9nAv8cvTt, http://www.playvid.com/watch/yPqPVLSDemy, http://www.playvid.com/watch/cxFs393PC9Z, http://www.playvid.com/watch/NSqk5Jg4uDG, http://www.playvid.com/watch/QHUZ5SCKspz, http://www.playvid.com/watch/6knQiobhoLR, http://www.playvid.com/watch/UnS2mzJrpO7, http://www.playvid.com/watch/FZHjLcUa3vy, http://www.playvid.com/watch/GWFp5ABNNVQ, http://www.playvid.com/watch/N7QDEhqP3HF,

http://www.playvid.com/watch/oLfBiLOnzy2, http://www.playvid.com/watch/6s5yBm-RGs6, http://www.playvid.com/watch/qCAmnNg6WCJ, http://www.playvid.com/watch/A9Kdph7sLMd, http://www.playvid.com/watch/ls0zZJ3mNOy, http://www.playvid.com/watch/tTpog9vHecu, http://www.playvid.com/watch/SOOUNq0sfcK, http://www.playvid.com/watch/QYvGWw7eJeD, http://www.playvid.com/watch/0zfqBKlu7Bi, http://www.playvid.com/watch/QwgN0HSjOB9, http://www.playvid.com/watch/J3ZK7foMA0s, http://www.playvid.com/watch/XsMO3HumW3z, http://www.playvid.com/watch/EqStZMeMmqu, http://www.playvid.com/watch/ZMJQPT58Es3, http://www.playvid.com/watch/4myVS0bdUfA, http://www.playvid.com/watch/-RJk3WcpzJb, http://www.playvid.com/watch/jQbfO8bptkt, http://www.playvid.com/watch/sGTbvd2JWzn, http://www.playvid.com/watch/jdtRyhJ-OMN, http://www.playvid.com/watch/wbYSZ2jfmDR, http://www.playvid.com/watch/NsDHb5Tw0L0, http://www.playvid.com/watch/qb7pxycmbBg, http://www.playvid.com/watch/SmVqAwvHU4-, http://www.playvid.com/watch/z5fOfOJec3-, http://www.playvid.com/watch/L0ccpoJF6YR, http://www.playvid.com/watch/84lINNODoyg, http://www.playvid.com/watch/cNPKIuYbhou, http://www.playvid.com/watch/yQkIuihZjna, http://www.playvid.com/watch/LrFHNkeLre2, http://www.playvid.com/watch/Kp84GmcxgFU, http://www.playvid.com/watch/doU3ZGaY9J4, http://www.playvid.com/watch/VfzHIKuiddf, http://www.playvid.com/watch/EIfZQfKopS-, http://www.playvid.com/watch/UQNFPKuyBKZ, http://www.playvid.com/watch/LTq4KAExoK3, http://www.playvid.com/watch/k8OwiRFHwLg, http://www.playvid.com/watch/4K3ra5aY6UC, http://www.playvid.com/watch/itYmrfSv0ZR, http://www.playvid.com/watch/oJXPQPbB4F6, http://www.playvid.com/watch/SSA0PDvlw0G, http://www.playvid.com/watch/iUwicPl6LkO, http://www.playvid.com/watch/Vo5l2kdNFNv, http://www.playvid.com/watch/-SajtlJniFF, http://www.playvid.com/watch/D4ku0KM220J, http://www.playvid.com/watch/OzOL4rnWRNt, http://www.playvid.com/watch/b7CwyO5Oy8h, http://www.playvid.com/watch/KUY0bN8jp9s, http://www.playvid.com/watch/qz7gW7HZ0DB, http://www.playvid.com/watch/pqfWZPl3R2t, http://www.playvid.com/watch/g9n-TjDMMz2, http://www.playvid.com/watch/I8RQpkJPH0P, http://www.playvid.com/watch/KLH23wkZsYV, http://www.playvid.com/watch/9XxGXX4YlgE, http://www.playvid.com/watch/FcMD3yxlnzz, http://www.playvid.com/watch/NKBh5cd3RXX, http://www.playvid.com/watch/JVcLQUn4Kuk, http://www.playvid.com/watch/RWPPc0wx4LN, http://www.playvid.com/watch/aGqSLIw5zTh, http://www.playvid.com/watch/tjwRROaEJPL, http://www.playvid.com/watch/TRuRUl3msJK, http://www.playvid.com/watch/tIANHKPPB8H, http://www.playvid.com/watch/rGHo-XcysO3, http://www.playvid.com/watch/amfH9bE-K8d, http://www.playvid.com/watch/qLB84t3dnKa, http://www.playvid.com/watch/NF4Z3uHGqpc, http://www.playvid.com/watch/ceefTWD7Erj, http://www.playvid.com/watch/pFKkq6Nob5l, http://www.playvid.com/watch/dC9cd4VCtXl, http://www.playvid.com/watch/2CjICOrxerV, http://www.playvid.com/watch/3U4DjmGEx70, http://www.playvid.com/watch/2VsEvqZYnj-, http://www.playvid.com/watch/bAv5DhC4BzQ, http://www.playvid.com/watch/R-YMPjkGvWE, http://www.playvid.com/watch/toalPWF2D8-, http://www.playvid.com/watch/qFQcEbe2GyR, http://www.playvid.com/watch/pT5OxOMOOYZ, http://www.playvid.com/watch/7HVVCQDizlD, http://www.playvid.com/watch/CSjRuD-OPN9, http://www.playvid.com/watch/Ezyq3jTv4x2, http://www.playvid.com/watch/JcNhHZMPlja, http://www.playvid.com/watch/meOnTmBaHei, http://www.playvid.com/watch/FfC2bsvrOtm, http://www.playvid.com/watch/Z4sIY-GTGzp, http://www.playvid.com/watch/teuVSLjX45h, http://www.playvid.com/watch/WHcy6DN68wE, http://www.playvid.com/watch/3egzDYOX2Sg, http://www.playvid.com/watch/FJfseYKnOJN, http://www.playvid.com/watch/9ysCB7ABqKq, http://www.playvid.com/watch/uPAkrqAxLgK, http://www.playvid.com/watch/DNJ-sYwruJg, http://www.playvid.com/watch/tyyqHXHtf3S, http://www.playvid.com/watch/-Sq9dcKjFZU, http://www.playvid.com/watch/Lj2xQalwoqi, http://www.playvid.com/watch/x33xhVCol6c, http://www.playvid.com/watch/u7sbqWa5CO4, http://www.playvid.com/watch/f03m3zuAGhI, http://www.playvid.com/watch/4j-GvqX26fp, http://www.playvid.com/watch/x5L2R5EXzRg, http://www.playvid.com/watch/8t96lbU0Pid, http://www.playvid.com/watch/ciHvbIOvZlQ, http://www.playvid.com/watch/-lCsRr4xhyH, http://www.playvid.com/watch/AFgjxKxcF9W, http://www.playvid.com/watch/GGz3lBwxU54, http://www.playvid.com/watch/2SuGrjkFhEg, http://www.playvid.com/watch/GtMO8ig8XBY, http://www.playvid.com/watch/YZhFG9Zk-yX, http://www.playvid.com/watch/GBlG9Y-jxVB, http://www.playvid.com/watch/z3Wcg2-HBa4, http://www.playvid.com/watch/43AS8CSUWgD, http://www.playvid.com/watch/5t44xvN5DoO, http://www.playvid.com/watch/zLRbqsDDZ8n, http://www.playvid.com/watch/-mSYFJSm9Bt, http://www.playvid.com/watch/PQOC8U4VOvG, http://www.playvid.com/watch/oqdIyg5RuuO, http://www.playvid.com/watch/SilQcissJXV, http://www.playvid.com/watch/FC0oF-8mu8F, http://www.playvid.com/watch/DP7ByFHh2z-, http://www.playvid.com/watch/nICX3UsiEqT, http://www.playvid.com/watch/8eAgIdCITaj, http://www.playvid.com/watch/JDzEGQI8JQi, http://www.playvid.com/watch/GCxCM9pA7PX, http://www.playvid.com/watch/LeN3zJLaWKU, http://www.playvid.com/watch/MfQXfnSBri5, http://www.playvid.com/watch/U7Bbu0IL85r, http://www.playvid.com/watch/9zoaAmfDoMH, http://www.playvid.com/watch/7FDHBN26-PN, http://www.playvid.com/watch/A8jkeqVrwGI, http://www.playvid.com/watch/0B9jhfLLtlp, http://www.playvid.com/watch/ynIFT30lhpm, http://www.playvid.com/watch/Ea0Pc-d2xjB, http://www.playvid.com/watch/ssNjLKnbRWf, http://www.playvid.com/watch/SLVVna3TVXx, http://www.playvid.com/watch/qYNFp94bUwD, http://www.playvid.com/watch/u5I0JVRX2gj, http://www.playvid.com/watch/vd6i4LadERV, http://www.playvid.com/watch/IwXBDARQJz9, http://www.playvid.com/watch/WJ-RPUVEvJu, http://www.playvid.com/watch/JC2Ubd6Xc8U, http://www.playvid.com/watch/8cH07f3iUIX, http://www.playvid.com/watch/24NsLbVux9a, http://www.playvid.com/watch/MFv606tgNHb, http://www.playvid.com/watch/yEI7vYHnzGo, http://www.playvid.com/watch/-J0cSIxZ0dS, http://www.playvid.com/watch/JjCYGCuNdkS, http://www.playvid.com/watch/wWvppHZiUbD, http://www.playvid.com/watch/YCjBE-QDq-F, http://www.playvid.com/watch/ladVhaKc0M8, http://www.playvid.com/watch/ZPy4wT5Kfff, http://www.playvid.com/watch/OQv83BoUXUK, http://www.playvid.com/watch/-fE7cPBIUJI, http://www.playvid.com/watch/BgNcil5rDv6, http://www.playvid.com/watch/Fm0prNVRt7Q, http://www.playvid.com/watch/WuiWMyfBI6D, http://www.playvid.com/watch/V3TdMqhYbW6, http://www.playvid.com/watch/uZX58UONdDj, http://www.playvid.com/watch/FnWLytTDpzU, http://www.playvid.com/watch/wUXX93FYQBg, http://www.playvid.com/watch/lMJI67XeBIy, http://www.playvid.com/watch/TG4RuEAGGog, http://www.playvid.com/watch/DzgfyyTKUm9, http://www.playvid.com/watch/34juMgJPKsm, http://www.playvid.com/watch/pyJO-A5oxU5, http://www.playvid.com/watch/eGFnKVStZ5x, http://www.playvid.com/watch/MlxzmrFHAK0, http://www.playvid.com/watch/JtybLfbjmVI, http://www.playvid.com/watch/Bp82PEhLNm9, http://www.playvid.com/watch/smIapt474yv, http://www.playvid.com/watch/LHolPXKkRke, http://www.playvid.com/watch/4O6znbkBmRl, http://www.playvid.com/watch/uq6HPlSUHjQ, http://www.playvid.com/watch/DKkTCDRph3u, http://www.playvid.com/watch/oXR2qfDucgP, http://www.playvid.com/watch/XgZi9y-HS9-, http://www.playvid.com/watch/uzdEoeksk3e, http://www.playvid.com/watch/sIgJbi0s9lk, http://www.playvid.com/watch/9jfENKapVF6, http://www.playvid.com/watch/v6U2yres70Q, http://www.playvid.com/watch/YDI2hGK9CEC, http://www.playvid.com/watch/hdtu9djDQGJ, http://www.playvid.com/watch/2zOFXwLapyC, http://www.playvid.com/watch/yGz65cKd69S, http://www.playvid.com/watch/gS7HR7KXLcv, http://www.playvid.com/watch/EV8CfBgF3a9, http://www.playvid.com/watch/GRFWK7XFepm, http://www.playvid.com/watch/gtr-3stdaw7, http://www.playvid.com/watch/g7Gyc0XoTzp, http://www.playvid.com/watch/3aFuGozo2uQ, http://www.playvid.com/watch/87DduqvgM7T, http://www.playvid.com/watch/mqctc6Eptgf, http://www.playvid.com/watch/9TKc3fbBavh, http://www.playvid.com/watch/-9-WhYsCohW, http://www.playvid.com/watch/jO0Q6jrjYhg, http://www.playvid.com/watch/jnr7C82Dqgw, http://www.playvid.com/watch/8lvYGxpcLgd, http://www.playvid.com/watch/0pXcyCCamWv, http://www.playvid.com/watch/Ry5li-eZLzh, http://www.playvid.com/watch/SVgfSJ-yuY5, http://www.playvid.com/watch/Sf2maq0wtDH, http://www.playvid.com/watch/wAD9rz0AV0I, http://www.playvid.com/watch/wQIQyJNIMIa, http://www.playvid.com/watch/cN5cBGRbqz8, http://www.playvid.com/watch/3qYfkX2tm22, http://www.playvid.com/watch/WHWkGUHt6Kd, http://www.playvid.com/watch/DGNyUynNwb7, http://www.playvid.com/watch/VnJOEjkB4qv, http://www.playvid.com/watch/oiFgCv2aKXq, http://www.playvid.com/watch/RSI5vYzCktK, http://www.playvid.com/watch/jHvxVMXSACw, http://www.playvid.com/watch/nzS8pLP0n8S, http://www.playvid.com/watch/4yTBpfUdlP2, http://www.playvid.com/watch/tMRBl9X-hLk, http://www.playvid.com/watch/YDKD6nH0bEZ, http://www.playvid.com/watch/pjnEMzPf0h6, http://www.playvid.com/watch/YQrfcRXF8gD, http://www.playvid.com/watch/L-YTipYwuXl, http://www.playvid.com/watch/k6C6uQIQRFC, http://www.playvid.com/watch/5QRLjRlRKTr, http://www.playvid.com/watch/uaMMblIt0Nh, http://www.playvid.com/watch/RcisvvkeZzR, http://www.playvid.com/watch/oDKE4ZWic-F, http://www.playvid.com/watch/CxlUPYvCE40, http://www.playvid.com/watch/IxSljiYPKFh, http://www.playvid.com/watch/XHRWW3iJZb4

5.f. Date of third notice: 2013-07-19

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hommiham

5.b. Uploader's email address: hommihamez@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/hommiham

5.e. List of videos posted by uploader: http://www.playvid.com/watch/INgzDmJjAea, http://www.playvid.com/watch/YFODp5b6pGZ, http://www.playvid.com/watch/SnskXS0Ij2S, http://www.playvid.com/watch/I8GcCe6WXVU, http://www.playvid.com/watch/3rnsi7ehV-h, http://www.playvid.com/watch/qSCDRNgFEAH, http://www.playvid.com/watch/8M2NhpGr-Iu, http://www.playvid.com/watch/twPDN9Vwjb6, http://www.playvid.com/watch/ZQRpmuJl-So, http://www.playvid.com/watch/-m4Ajcmb8aw, http://www.playvid.com/watch/6zyvTBtDOIn, http://www.playvid.com/watch/Z7KNJ3TXkqr, http://www.playvid.com/watch/6TySDzgLG3C, http://www.playvid.com/watch/2sYXXvwSr6Q, http://www.playvid.com/watch/T5pHgw6ijUH, http://www.playvid.com/watch/gK26dpy9tl3, http://www.playvid.com/watch/7idNr9rIhAi, http://www.playvid.com/watch/w5QEeCW8e6r, http://www.playvid.com/watch/cfVkk6E40hL, http://www.playvid.com/watch/9CoM-XxVdEn, http://www.playvid.com/watch/x2gzcS2WCjc, http://www.playvid.com/watch/h-5JKoPb7Vn, http://www.playvid.com/watch/cBrW6gKvWqA, http://www.playvid.com/watch/MmwWtaKL2bq, http://www.playvid.com/watch/sRZ8yEGVSwB, http://www.playvid.com/watch/quqj0FOS4xF, http://www.playvid.com/watch/0usuKVFwofr, http://www.playvid.com/watch/cMYTLD3loOi, http://www.playvid.com/watch/6iUy2SVYwqH, http://www.playvid.com/watch/MBCuQOlXY0C, http://www.playvid.com/watch/jeIkbitiIul, http://www.playvid.com/watch/z53ZjRIfmYZ, http://www.playvid.com/watch/eOUZpkRZdrF, http://www.playvid.com/watch/B099DItMajK, http://www.playvid.com/watch/NI7jMnkGJpe, http://www.playvid.com/watch/-Fc6KCpyYKn, http://www.playvid.com/watch/I8TkbU-cA4z, http://www.playvid.com/watch/gQ0XN0GNsOu, http://www.playvid.com/watch/cLAFHmtd5Y9, http://www.playvid.com/watch/M3yxEESy5FM, http://www.playvid.com/watch/EYcZL6UceGI, http://www.playvid.com/watch/8S6PyYbLx9H, http://www.playvid.com/watch/H9HN8no2OA-, http://www.playvid.com/watch/uUM7OOoK82B,

http://www.playvid.com/watch/6gwJw7QQPMP, http://www.playvid.com/watch/92cXdHxIdUC, http://www.playvid.com/watch/D5kEgqgnNfb,
http://www.playvid.com/watch/rtTCR3lJNqm, http://www.playvid.com/watch/dBN0UopTLNQ, http://www.playvid.com/watch/6lqnVGoVkAg,
http://www.playvid.com/watch/B2JmzS62Zct, http://www.playvid.com/watch/t77JMtm2-nZ, http://www.playvid.com/watch/KMr8TG8Bc0L,
http://www.playvid.com/watch/olcrVNWHj8A, http://www.playvid.com/watch/hzHPNuq7pDl, http://www.playvid.com/watch/awq6aH-TB7i,
http://www.playvid.com/watch/oeS-we88vYJ, http://www.playvid.com/watch/xs54JlV5gnX, http://www.playvid.com/watch/y5UAZPCwyCl,
http://www.playvid.com/watch/SXoLj9Pgx3f, http://www.playvid.com/watch/wFVkWvZ7Efh, http://www.playvid.com/watch/FNtE3vnkPcZ,
http://www.playvid.com/watch/BBDRPybiWza, http://www.playvid.com/watch/iaPMx4kU0SV, http://www.playvid.com/watch/WjuyHzu2hPy,
http://www.playvid.com/watch/GaRkgBevUYp, http://www.playvid.com/watch/pYeaFqlUBNI, http://www.playvid.com/watch/SfyJ0-470ra,
http://www.playvid.com/watch/Eit69JLkccY, http://www.playvid.com/watch/2gWNIwl28Oo, http://www.playvid.com/watch/YGJgcUKWZdc,
http://www.playvid.com/watch/6fvEo8qukoT, http://www.playvid.com/watch/hgPdDxxREe8, http://www.playvid.com/watch/3OPNoOZBdem,
http://www.playvid.com/watch/Pp-roZnCqso, http://www.playvid.com/watch/ONTVCmj5jVR, http://www.playvid.com/watch/R-HD6NdkMC2,
http://www.playvid.com/watch/oobROqkwcFT, http://www.playvid.com/watch/Xqo4EXBK3G5, http://www.playvid.com/watch/7MuMQmZRk3t,
http://www.playvid.com/watch/KOB80D5ZOEj, http://www.playvid.com/watch/maEq5BMmLnQ, http://www.playvid.com/watch/yxjJaIWr3nA,
http://www.playvid.com/watch/Zcuj9HFTreb, http://www.playvid.com/watch/RGMGvKGweQb, http://www.playvid.com/watch/--XunpF6cYX,
http://www.playvid.com/watch/AfGkaYgGWr4, http://www.playvid.com/watch/ri6ltNnMeH4, http://www.playvid.com/watch/BB6GNIaIBfY,
http://www.playvid.com/watch/M0yVr2yRzCI, http://www.playvid.com/watch/DpuETaOtbtH, http://www.playvid.com/watch/UJByuVrGOmh,
http://www.playvid.com/watch/GLUGSBh9bBP, http://www.playvid.com/watch/sRDzY83bDyX, http://www.playvid.com/watch/RVoZPp0pSeu,
http://www.playvid.com/watch/aGX8tF8bxjA, http://www.playvid.com/watch/ZZrSf46eAE0, http://www.playvid.com/watch/oJ4Iex4x9bp,
http://www.playvid.com/watch/80nZZS6mudz, http://www.playvid.com/watch/Xy8v9R4S6sZ, http://www.playvid.com/watch/UKWQkGaK3y4,
http://www.playvid.com/watch/R9C9tGqeCV5, http://www.playvid.com/watch/2sDbWVCEBS0, http://www.playvid.com/watch/Uhl-ajbz5ht,
http://www.playvid.com/watch/y2PGRK2rwVh, http://www.playvid.com/watch/D-tj4Ory0mu, http://www.playvid.com/watch/xQOL3THQwIi,
http://www.playvid.com/watch/iNZ77I3MnQe, http://www.playvid.com/watch/pMvevQ9Ulfj, http://www.playvid.com/watch/SrphIcrkO5N,
http://www.playvid.com/watch/-txSAl5XBja, http://www.playvid.com/watch/p6HpFyuRSQ9, http://www.playvid.com/watch/qZrREIM44BP,
http://www.playvid.com/watch/6JTrcxLttkP, http://www.playvid.com/watch/mVIP27ox9r4, http://www.playvid.com/watch/7yjAPyq6w0y,
http://www.playvid.com/watch/HTwGOYh5MtP, http://www.playvid.com/watch/24vDXZ8PLv5, http://www.playvid.com/watch/DtDl3fA7Gc7,
http://www.playvid.com/watch/-D8y9YGXAnB, http://www.playvid.com/watch/u63keleY5xO, http://www.playvid.com/watch/69j0zEZolZL,
http://www.playvid.com/watch/brwPrBdcwba, http://www.playvid.com/watch/m-f48oGWsKl, http://www.playvid.com/watch/LtcXacoloXg,
http://www.playvid.com/watch/fY2vgVk0CqL, http://www.playvid.com/watch/4Pg5pauxKuP, http://www.playvid.com/watch/TUYM0MmW0NT,
http://www.playvid.com/watch/h53ou0QAnjb, http://www.playvid.com/watch/z6-qqcWZocC, http://www.playvid.com/watch/66ft0nbDDqg,
http://www.playvid.com/watch/AaHzbRBBLIU, http://www.playvid.com/watch/TvFbB2SbQdi, http://www.playvid.com/watch/mx5JlLWDy6s
5.f. Date of third notice: 2013-07-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: honeyboy
5.b. Uploader's email address: violettolaguna@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/honeyboy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/o4fLWMJB9WN, http://www.playvid.com/watch/cPugvzCtlsf,
http://www.playvid.com/watch/L2VFC6ANn1k, http://www.playvid.com/watch/7hnVTma09mo, http://www.playvid.com/watch/bCvsPSNHPXl,
http://www.playvid.com/watch/4p8E11WDysF, http://www.playvid.com/watch/89E7x0OTA68, http://www.playvid.com/watch/0WmjUSJPJwk,
http://www.playvid.com/watch/vGp7lWlpbGV, http://www.playvid.com/watch/iMrG_4royzZ, http://www.playvid.com/watch/2Ghp5C2svYB,
http://www.playvid.com/watch/Ds96Mm8XX1Z, http://www.playvid.com/watch/utgGi-7IRbq, http://www.playvid.com/watch/IJyhbCsRRQG,
http://www.playvid.com/watch/KmP_w5-29iL, http://www.playvid.com/watch/ldqYJq0pnQL, http://www.playvid.com/watch/HvoWkWG6KWC,
http://www.playvid.com/watch/MiALFSLRQOA, http://www.playvid.com/watch/hyPFFhGw_iz, http://www.playvid.com/watch/JtlD9iQLer0,
http://www.playvid.com/watch/LybaPOwAd6e, http://www.playvid.com/watch/PbEnM_AIYgj, http://www.playvid.com/watch/0TF33WYsOAV,
http://www.playvid.com/watch/UU0CmjLUNU3, http://www.playvid.com/watch/FzLjRmP5zlN, http://www.playvid.com/watch/ovTmSPgi9si,
http://www.playvid.com/watch/bNiFK8VpZ1U, http://www.playvid.com/watch/8-kDRN6D6p0, http://www.playvid.com/watch/0WVqnlcfGU7,
http://www.playvid.com/watch/3nBt2flUeKm, http://www.playvid.com/watch/R-10xRZMToS, http://www.playvid.com/watch/QtZloqLhoBv,
http://www.playvid.com/watch/IF9r4_Rk0nD, http://www.playvid.com/watch/VteB3BM63t6, http://www.playvid.com/watch/26EKKh-NCGB,
http://www.playvid.com/watch/9e_1ag7oJTO, http://www.playvid.com/watch/zfpq8MS4Hn7, http://www.playvid.com/watch/oNa7sQDw1Qd,
http://www.playvid.com/watch/Qm0pLUyCC3R, http://www.playvid.com/watch/Xt27Zm57N7v, http://www.playvid.com/watch/KvN4Xr8CglO,
http://www.playvid.com/watch/lRYADp7v4b6, http://www.playvid.com/watch/hkG-kC0R7-X, http://www.playvid.com/watch/uonhdrrJiSV,
http://www.playvid.com/watch/cL1YS44h7zp, http://www.playvid.com/watch/j6fflpbfGrm, http://www.playvid.com/watch/lsE2k680zsL,
http://www.playvid.com/watch/nYMnCas9afs, http://www.playvid.com/watch/cof_YzXPJBv, http://www.playvid.com/watch/yupOT82Zxya,
http://www.playvid.com/watch/zEzLa1INndL, http://www.playvid.com/watch/nfodC-pHXCn, http://www.playvid.com/watch/xsLK531Hdz0,
http://www.playvid.com/watch/03VugYBwStf, http://www.playvid.com/watch/SVleEyTyxa2, http://www.playvid.com/watch/4a7ZCrVvz6k,
http://www.playvid.com/watch/fIqiZYNe-MS, http://www.playvid.com/watch/KnFVvbEHoTK, http://www.playvid.com/watch/tlu02lSXqz5,
http://www.playvid.com/watch/e-udS7PAgD0, http://www.playvid.com/watch/XQo68efKeDk, http://www.playvid.com/watch/A3moupZflpg,
http://www.playvid.com/watch/URgw5yv5KRZ, http://www.playvid.com/watch/9tuvbI_Mx38, http://www.playvid.com/watch/65w3T-YM8HW,
http://www.playvid.com/watch/hMa1KvVGSLd, http://www.playvid.com/watch/b-IlrBZwSjK, http://www.playvid.com/watch/vosdzymLCrK,
http://www.playvid.com/watch/yL2JANQayNz, http://www.playvid.com/watch/6sofKHZ3Qs9, http://www.playvid.com/watch/kLBZl-SLYTk,
http://www.playvid.com/watch/2k-_fKet6a2, http://www.playvid.com/watch/o_rLpHGyi4n, http://www.playvid.com/watch/Jrai7vtLOoc,
http://www.playvid.com/watch/s6f4vKwU15j, http://www.playvid.com/watch/5nkZH1d_569, http://www.playvid.com/watch/2dh4awtcV0N,
http://www.playvid.com/watch/CY0auaJJxQn, http://www.playvid.com/watch/4jdxzmuD1kB, http://www.playvid.com/watch/7NZt1hXSKKr,
http://www.playvid.com/watch/CCfNYG27Mfi, http://www.playvid.com/watch/SzrsHMWLrSn, http://www.playvid.com/watch/T2EauO_LsdB,
http://www.playvid.com/watch/7QbA4ORRNXS, http://www.playvid.com/watch/pPmz74hEemg, http://www.playvid.com/watch/mOnPVih6_0M,
http://www.playvid.com/watch/ku1BH3pPhV0, http://www.playvid.com/watch/uquUym8AQw0, http://www.playvid.com/watch/IUSCI_mRWnv,
http://www.playvid.com/watch/ncrP094QO8t, http://www.playvid.com/watch/m9bfUJPoJDX, http://www.playvid.com/watch/l8MUmiucGX4,
http://www.playvid.com/watch/RcjHr0Ssy_3, http://www.playvid.com/watch/L3AoZLrdhbn, http://www.playvid.com/watch/L6fkWQuJePd,
http://www.playvid.com/watch/qYjGzzPhEWa, http://www.playvid.com/watch/6foz8DArZnB, http://www.playvid.com/watch/JIIaZS2Dq1T,
http://www.playvid.com/watch/QaREOG5BdMY, http://www.playvid.com/watch/DhOzAzkd8W8, http://www.playvid.com/watch/GurlwvD-aYu,
http://www.playvid.com/watch/pRp_tOQbC6h, http://www.playvid.com/watch/3eWblQ5E1ju, http://www.playvid.com/watch/fbYkZs9FuBY,
http://www.playvid.com/watch/BdPA7Q7ccQy, http://www.playvid.com/watch/BrBIdjQvban, http://www.playvid.com/watch/wJqcfiORvwS,
http://www.playvid.com/watch/BmUsXTNY-TS, http://www.playvid.com/watch/jIBLdJfN1uI, http://www.playvid.com/watch/Mnj9V7FoG30,
http://www.playvid.com/watch/XYHQ4ts3Xeq, http://www.playvid.com/watch/zEquKPytLhb, http://www.playvid.com/watch/IjGAjSl7BN2,
http://www.playvid.com/watch/f58pYFkoMyV, http://www.playvid.com/watch/xKtnFrUCEWx, http://www.playvid.com/watch/nbOx88C0_5U,
http://www.playvid.com/watch/khblTIwmxLe, http://www.playvid.com/watch/aIhKAJMeZMV, http://www.playvid.com/watch/IcwFzZr03tR,
http://www.playvid.com/watch/x_e637WQdjs, http://www.playvid.com/watch/kMDyX3cEKqP, http://www.playvid.com/watch/55HVM0iKTzf,
http://www.playvid.com/watch/Z4WFa44RaoS, http://www.playvid.com/watch/XGx3_NFr3EH, http://www.playvid.com/watch/b3UT-ms4_Jj,
http://www.playvid.com/watch/vGbfiKDUYgB, http://www.playvid.com/watch/YOYKP23-x-d, http://www.playvid.com/watch/Exj7AVXSLYK,
http://www.playvid.com/watch/pBsLSIrSd_A, http://www.playvid.com/watch/5Vnb39xSXkm, http://www.playvid.com/watch/jjHFxj7FTAt,
http://www.playvid.com/watch/Le0P1Z4pGLu, http://www.playvid.com/watch/Lg3x-I_mVlg, http://www.playvid.com/watch/WrRPtl-c1lQ,
http://www.playvid.com/watch/XtF0lVXcapJ, http://www.playvid.com/watch/gihhxrnv9fv, http://www.playvid.com/watch/lPA4Lk8pHlD,
http://www.playvid.com/watch/DzJxXwC-KKb, http://www.playvid.com/watch/O3cuiqv2vAG, http://www.playvid.com/watch/0HG8OdkQ5pw,
http://www.playvid.com/watch/FTEQdwDGCNh, http://www.playvid.com/watch/ltaixeV_4Oo, http://www.playvid.com/watch/KqXG8KV3KBb,
http://www.playvid.com/watch/07LAK9UjfWF, http://www.playvid.com/watch/snkMapON_M6, http://www.playvid.com/watch/sJUBTCH4ZWS,
http://www.playvid.com/watch/2qB68Q-9SNW, http://www.playvid.com/watch/ymyE9ztCTcQ, http://www.playvid.com/watch/4bkTNosyZtQ,
http://www.playvid.com/watch/KtDq8AKew2L, http://www.playvid.com/watch/dAlTDukcy6i, http://www.playvid.com/watch/eLKhA5EQX1q,
http://www.playvid.com/watch/IbcuNQ-QsoX, http://www.playvid.com/watch/YvLmdHyJb3u, http://www.playvid.com/watch/bN6aqupGN1e,
http://www.playvid.com/watch/pw3nXnG5Hxb, http://www.playvid.com/watch/O4_WlaemxFs, http://www.playvid.com/watch/ISjAu2q7fSb,
http://www.playvid.com/watch/aJ9WvkLN334, http://www.playvid.com/watch/vBr_dFqxjw4, http://www.playvid.com/watch/TBPe1ljEqa5,
http://www.playvid.com/watch/rn1xQO9CcXI, http://www.playvid.com/watch/sDsSHHylFWq, http://www.playvid.com/watch/hkmAdIAcs6p,
http://www.playvid.com/watch/y4duPUxZbWf, http://www.playvid.com/watch/xjy25gbiuJg, http://www.playvid.com/watch/uuhKX5GMauM,
http://www.playvid.com/watch/8nrwUmXG7yg, http://www.playvid.com/watch/eh_dUDuL834, http://www.playvid.com/watch/y5rpMLceVQr,
http://www.playvid.com/watch/Dmal8utxVbl, http://www.playvid.com/watch/4LPDq5S7MVV, http://www.playvid.com/watch/W0Q6zhPlogz,
http://www.playvid.com/watch/McaGU5gorjq, http://www.playvid.com/watch/MNvinQXh-eN, http://www.playvid.com/watch/bRjTvTXnvMX,
http://www.playvid.com/watch/NJsz4yRkpGI, http://www.playvid.com/watch/NZlrwTUnJlA, http://www.playvid.com/watch/0YKMgPYXs3e,

http://www.playvid.com/watch/R_EpjNDvmQO, http://www.playvid.com/watch/GjzVCQSTMBb, http://www.playvid.com/watch/rCQO_T4GLTS, http://www.playvid.com/watch/WX-RxkOMSZf, http://www.playvid.com/watch/SSpbQPOJZmv, http://www.playvid.com/watch/61l2km4xpPx, http://www.playvid.com/watch/eN3kqZ1_WQc, http://www.playvid.com/watch/ydXmH3risjI, http://www.playvid.com/watch/JYe9rxizCc2, http://www.playvid.com/watch/yaxozmD2LmZ, http://www.playvid.com/watch/cGryf_gb5ow, http://www.playvid.com/watch/N2bjcPY3Jpc, http://www.playvid.com/watch/2HbywhlSst9, http://www.playvid.com/watch/SGHygluazX2, http://www.playvid.com/watch/GrnRMAe2MxE, http://www.playvid.com/watch/itl11bNhwTk, http://www.playvid.com/watch/poqaqGImpWc, http://www.playvid.com/watch/ZezD3v-vYUv, http://www.playvid.com/watch/FnZtjEyar0j
5.f. Date of third notice: 2014-04-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: horvat
5.b. Uploader's email address: aziminalex@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/horvat
5.e. List of videos posted by uploader: http://www.playvid.com/watch/B0rAUqu_bAo, http://www.playvid.com/watch/fCtCcnICcAF, http://www.playvid.com/watch/NaftUDxhacr, http://www.playvid.com/watch/ali2q7LAQNZ, http://www.playvid.com/watch/9zJSuxY66uI, http://www.playvid.com/watch/wddYP_7OjHH, http://www.playvid.com/watch/o9S1NuIMl0V, http://www.playvid.com/watch/nJZT-kYOtCH, http://www.playvid.com/watch/W1g606dlIYI, http://www.playvid.com/watch/JHxreoMWxM7, http://www.playvid.com/watch/6jfTeacOc7V, http://www.playvid.com/watch/6zsmv4N-FDg, http://www.playvid.com/watch/d4bYPQ31ivV, http://www.playvid.com/watch/M_YNFNFqbTQ, http://www.playvid.com/watch/KsP5QzOlDqS, http://www.playvid.com/watch/KfLHUVbFdAO, http://www.playvid.com/watch/FsVENpv0K2V, http://www.playvid.com/watch/6ZoubRVtOJS, http://www.playvid.com/watch/lqaGC1Fd0o0, http://www.playvid.com/watch/pFAn6bc-Zz3, http://www.playvid.com/watch/eZqb-RMcWep, http://www.playvid.com/watch/PlYA_QZkseO, http://www.playvid.com/watch/GQnvHYSZVdf, http://www.playvid.com/watch/bXMShPeMX6K, http://www.playvid.com/watch/mBUJHOY5Mhn, http://www.playvid.com/watch/nF3F-OLOfcZ, http://www.playvid.com/watch/07Bl4smMXC4, http://www.playvid.com/watch/njkmLkXiYME, http://www.playvid.com/watch/x-vtUoJMWKd, http://www.playvid.com/watch/7n6udGahvnt, http://www.playvid.com/watch/cRrSv9L2LVu, http://www.playvid.com/watch/nKg7He4HABo, http://www.playvid.com/watch/WAJEnsIsUkL, http://www.playvid.com/watch/5E2fwubZejo, http://www.playvid.com/watch/fegSmuny_vn, http://www.playvid.com/watch/NaiSsV_VCwq, http://www.playvid.com/watch/GxPijgcJc4G, http://www.playvid.com/watch/id3ySBIPIwZ, http://www.playvid.com/watch/hQtn-JvB_xo, http://www.playvid.com/watch/a24-0zpTOOz, http://www.playvid.com/watch/5h9T_uEbnfG, http://www.playvid.com/watch/IeeNR1IrjpK, http://www.playvid.com/watch/0pyC3gzGtxD, http://www.playvid.com/watch/uuMGGDVgkgQ, http://www.playvid.com/watch/LHeRWcvQoCS, http://www.playvid.com/watch/KiJDxxgf8xJ, http://www.playvid.com/watch/PQZrtN5sXsB, http://www.playvid.com/watch/MRJ4RD_VqBN, http://www.playvid.com/watch/hvNuwezjqvJ, http://www.playvid.com/watch/VOqTfXZ8Tev, http://www.playvid.com/watch/gHDMQaZXzpz, http://www.playvid.com/watch/0nY7PA1WxGf, http://www.playvid.com/watch/lBdB1jKCFYO, http://www.playvid.com/watch/96YK9hvvmik, http://www.playvid.com/watch/j8TJI0dFYbs, http://www.playvid.com/watch/n8XAPpfNsOa, http://www.playvid.com/watch/MKMH3fzEjNF, http://www.playvid.com/watch/BPeezM0f05n, http://www.playvid.com/watch/ynGrPTlmRWp, http://www.playvid.com/watch/XRVao8mU0Gm, http://www.playvid.com/watch/fsZ0uCB2yr0, http://www.playvid.com/watch/FG8aCnOpHyi, http://www.playvid.com/watch/iC4YDZqTEpu, http://www.playvid.com/watch/J-ZmsCm-Td4, http://www.playvid.com/watch/nbZAobusAGG, http://www.playvid.com/watch/HI7oPiiS1St, http://www.playvid.com/watch/ZafEBdQKslW, http://www.playvid.com/watch/NqgJvLM2P1L, http://www.playvid.com/watch/a-wQwN-yR-q, http://www.playvid.com/watch/Jgin4xyWsef, http://www.playvid.com/watch/c-yC2eM5PyT, http://www.playvid.com/watch/mqyuriLBNJG, http://www.playvid.com/watch/U9dqc7Xe3Lt, http://www.playvid.com/watch/xn2k-ep20Ud, http://www.playvid.com/watch/Cm1FMJ0ooDr, http://www.playvid.com/watch/4WB3_XO4TKD, http://www.playvid.com/watch/SNgYLYI5oAf, http://www.playvid.com/watch/yttkFdcOyIP, http://www.playvid.com/watch/mRDANTk2MUK, http://www.playvid.com/watch/OigbssDa4pT, http://www.playvid.com/watch/dspD5yQ6iFs, http://www.playvid.com/watch/qZwm6PDOoP7, http://www.playvid.com/watch/GEqLwpeNapg
5.f. Date of third notice: 2014-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hotanalsex
5.b. Uploader's email address: bernsmrberns@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hotanalsex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pPGsXgWEcnV, http://www.playvid.com/watch/ZM7Ev46wPYQ, http://www.playvid.com/watch/rAI7ju9nEw7, http://www.playvid.com/watch/MFD8c7hz2oI, http://www.playvid.com/watch/3oTHgrBiYwc, http://www.playvid.com/watch/xYhvfl-pvUr, http://www.playvid.com/watch/EXvRPw7BuOb, http://www.playvid.com/watch/6h4cVIYKTqv, http://www.playvid.com/watch/HuqRO6-OuLs, http://www.playvid.com/watch/6qGK3zbfxDx, http://www.playvid.com/watch/Hk0nuB4UphW, http://www.playvid.com/watch/kcroe9hR4TG, http://www.playvid.com/watch/7nGe0JEfVbV, http://www.playvid.com/watch/LumtEattUtb, http://www.playvid.com/watch/txJMhOeb7dO, http://www.playvid.com/watch/7suH0XMgd7R, http://www.playvid.com/watch/artJn4MlE9o, http://www.playvid.com/watch/peUx7swexhe, http://www.playvid.com/watch/qKOW65V4LRp, http://www.playvid.com/watch/-RoMiLb0Zh5, http://www.playvid.com/watch/y4KL-mHbj2Y, http://www.playvid.com/watch/cwBoQlrUJ5z, http://www.playvid.com/watch/KevzPmvW89y, http://www.playvid.com/watch/HHK3EnuSqNM, http://www.playvid.com/watch/ptlozzGSnPX, http://www.playvid.com/watch/C9wyOJbGqvz, http://www.playvid.com/watch/MPo8U6dmkG6, http://www.playvid.com/watch/zp-utOl3dvc, http://www.playvid.com/watch/Xcifxh5n5a0, http://www.playvid.com/watch/5yGV3Yoxapf, http://www.playvid.com/watch/NhH55MqDcOw, http://www.playvid.com/watch/HI5sMOJmkqF, http://www.playvid.com/watch/RSihm7-ApPv, http://www.playvid.com/watch/hsbW66C0PY5, http://www.playvid.com/watch/TpZ4HTnfUeJ, http://www.playvid.com/watch/Rn4V93njYuK, http://www.playvid.com/watch/dPklzM85oxs, http://www.playvid.com/watch/9YOF7EHCEXA, http://www.playvid.com/watch/Uyn4FIFK9JU, http://www.playvid.com/watch/X0z0PcV-Wpi, http://www.playvid.com/watch/tWQ78Dc9IiG, http://www.playvid.com/watch/DW0yBnmdYgF, http://www.playvid.com/watch/kLipZclDzZK, http://www.playvid.com/watch/Siu5nhAPBvc, http://www.playvid.com/watch/88ok4JYtHpn, http://www.playvid.com/watch/6GnmKDc6cys, http://www.playvid.com/watch/n7Qfx5G7s3n, http://www.playvid.com/watch/WZpGQWgFMYF, http://www.playvid.com/watch/hgl6IQnmpSK, http://www.playvid.com/watch/hCbrwGBch6y, http://www.playvid.com/watch/ViKCYjZMGPm, http://www.playvid.com/watch/CbjHvIg0vZG, http://www.playvid.com/watch/mgkcDIZkYCC, http://www.playvid.com/watch/iWpMmOooXFb, http://www.playvid.com/watch/SyYPPs5gKe3, http://www.playvid.com/watch/bA-Gt7YJNd8, http://www.playvid.com/watch/NGHcmV5-6qu, http://www.playvid.com/watch/suApwC85J66, http://www.playvid.com/watch/TuJvtw7FlnW, http://www.playvid.com/watch/WnVwExIYhqq, http://www.playvid.com/watch/PH9RelrJR9h, http://www.playvid.com/watch/pIEqNiylbcn, http://www.playvid.com/watch/L7spsCBvaAN, http://www.playvid.com/watch/dkAUzOlufVd, http://www.playvid.com/watch/mKPpniasjob, http://www.playvid.com/watch/FVXjmbN733j, http://www.playvid.com/watch/mcEZafNpoff, http://www.playvid.com/watch/UQx7hCqE2AV, http://www.playvid.com/watch/srTd8EiKWjG, http://www.playvid.com/watch/Xg9-0HHNcYE, http://www.playvid.com/watch/VatY3weGS4B, http://www.playvid.com/watch/b-kI7ectloW, http://www.playvid.com/watch/EYv-ClSGRZd, http://www.playvid.com/watch/7mxffDgPcK5, http://www.playvid.com/watch/9IvpDGIj7JX, http://www.playvid.com/watch/qKdgEJRnmIf, http://www.playvid.com/watch/ULsG5UN-TVD, http://www.playvid.com/watch/S2jBEMtVt9O, http://www.playvid.com/watch/yeaC5nhyhmB, http://www.playvid.com/watch/wsSEITCa9Vl, http://www.playvid.com/watch/O5eumbDegtY, http://www.playvid.com/watch/tn9lUV7L4zv, http://www.playvid.com/watch/jbHe7EH7Ovq, http://www.playvid.com/watch/SBz89KkIMcB, http://www.playvid.com/watch/7kcUVocEAWe, http://www.playvid.com/watch/lsnz49yONna, http://www.playvid.com/watch/P3izXfjn9rF, http://www.playvid.com/watch/8YjFuHZl-h4, http://www.playvid.com/watch/5w2Ue7tRTwe, http://www.playvid.com/watch/RW4gSD6rKzc, http://www.playvid.com/watch/T-DsELp5MRQ, http://www.playvid.com/watch/mlLT5YyRGjS, http://www.playvid.com/watch/B7zat8JBdCJ, http://www.playvid.com/watch/45jcNlVMb56, http://www.playvid.com/watch/I7ROH4eNEgR, http://www.playvid.com/watch/eW6KMbaDPhw, http://www.playvid.com/watch/WOW6ZlnjiMH, http://www.playvid.com/watch/-Inkx-5GrCk, http://www.playvid.com/watch/EcI7gAE93Z2, http://www.playvid.com/watch/SNsrhm3qV3D, http://www.playvid.com/watch/RayGlpVmDWO, http://www.playvid.com/watch/YwO-kW3bfZB, http://www.playvid.com/watch/wOuyXqjnoVu, http://www.playvid.com/watch/l6HaVfvIiCz, http://www.playvid.com/watch/dA-LYeE7qbz, http://www.playvid.com/watch/nAQ0-kygJZM, http://www.playvid.com/watch/kAfYU8Ixb73, http://www.playvid.com/watch/V5qeGZpMXrL, http://www.playvid.com/watch/uVJXlMxhNqh, http://www.playvid.com/watch/q6KEThCNGcm, http://www.playvid.com/watch/yqmc6Nbq60a, http://www.playvid.com/watch/yorV52dtiIf, http://www.playvid.com/watch/MUvwu8vesbO, http://www.playvid.com/watch/AP7yW5KUOeU, http://www.playvid.com/watch/KGtb-dNynlV, http://www.playvid.com/watch/hzcJr-QlYyf, http://www.playvid.com/watch/8QOnvVtmd8z, http://www.playvid.com/watch/P6XnvK94LeQ, http://www.playvid.com/watch/XhejLYdDti2, http://www.playvid.com/watch/jllOW3A5lVB, http://www.playvid.com/watch/HJR7ewv9E6n, http://www.playvid.com/watch/Sh5VyB0sYOT, http://www.playvid.com/watch/vYHp4EQK53I, http://www.playvid.com/watch/v0uHnfsLkkf, http://www.playvid.com/watch/yKlQoZIrseq, http://www.playvid.com/watch/By73P6cmoUJ, http://www.playvid.com/watch/ZgbUbluSWQO, http://www.playvid.com/watch/yccCcK-8STn, http://www.playvid.com/watch/HilJF8afG9T, http://www.playvid.com/watch/BPQrGMm2Feh, http://www.playvid.com/watch/8YZ2OR4QtEz, http://www.playvid.com/watch/rGPmNrOtX62, http://www.playvid.com/watch/36yGThLJm7v, http://www.playvid.com/watch/jpXI7Vg58fa, http://www.playvid.com/watch/gel2YuKVev2, http://www.playvid.com/watch/p29u93efCyI, http://www.playvid.com/watch/p2rYqpkwDs0, http://www.playvid.com/watch/O2vNn2fj0nd, http://www.playvid.com/watch/hGoabz-ho4J, http://www.playvid.com/watch/UsBevXstu99, http://www.playvid.com/watch/RCYZ06A3hSv, http://www.playvid.com/watch/zche0v-X0Cm, http://www.playvid.com/watch/c5VySLQjlCc, http://www.playvid.com/watch/gJmIWCG3xy4, http://www.playvid.com/watch/lt2RXz0377s, http://www.playvid.com/watch/Dj9sXys8nZJ,

http://www.playvid.com/watch/KtOICBpbOxE, http://www.playvid.com/watch/5jMzVFpqZx3, http://www.playvid.com/watch/phdkxnmKr54, http://www.playvid.com/watch/OPQ9ZIGyxFW, http://www.playvid.com/watch/PlC74RFdT5T, http://www.playvid.com/watch/29hyeShkes7, http://www.playvid.com/watch/5vNxZ5Adgz-, http://www.playvid.com/watch/CMwkjL09qQj, http://www.playvid.com/watch/f4O-GjjsuOE, http://www.playvid.com/watch/rcRS7VD0fRF, http://www.playvid.com/watch/cgDNWmh3o6i, http://www.playvid.com/watch/3gNAqgTnrEs, http://www.playvid.com/watch/MZdVGkxEtZA, http://www.playvid.com/watch/Q9UitrMdF2H, http://www.playvid.com/watch/X0iiGiaIrJN, http://www.playvid.com/watch/ncXu-kVfLii, http://www.playvid.com/watch/YglRIxtp6d-, http://www.playvid.com/watch/GFBMHF6hClu, http://www.playvid.com/watch/QKOoY-WgOt8, http://www.playvid.com/watch/ZeIQfRReYyG, http://www.playvid.com/watch/uEV2yp5y4Zg, http://www.playvid.com/watch/rfF2YecPUSo, http://www.playvid.com/watch/GBDElyw5AT7, http://www.playvid.com/watch/CKe7gAnIAhv, http://www.playvid.com/watch/e3ZOAyLjL-F, http://www.playvid.com/watch/B0gaLKppww-, http://www.playvid.com/watch/3OxqhQ4zICv, http://www.playvid.com/watch/QnllY84dpln, http://www.playvid.com/watch/J40EwRvr03q, http://www.playvid.com/watch/NmPq448pfJi, http://www.playvid.com/watch/RV503PqqQuG, http://www.playvid.com/watch/Mk5duA6M8DT, http://www.playvid.com/watch/Qz0UCjdToTB, http://www.playvid.com/watch/D3ip6Gxx2a2, http://www.playvid.com/watch/PMC9YtuxEzV, http://www.playvid.com/watch/dKZ8r4HTsTq, http://www.playvid.com/watch/4e7OfghScMO, http://www.playvid.com/watch/dBXE4qH7p98, http://www.playvid.com/watch/U-fvmJXiWaQ, http://www.playvid.com/watch/WVEqpZB2i3o, http://www.playvid.com/watch/2c53iXbiYF8, http://www.playvid.com/watch/69lJTlHx4BI, http://www.playvid.com/watch/rAN8J8qCfWg, http://www.playvid.com/watch/xWpFmCoxQcw, http://www.playvid.com/watch/KvPJ4JatfnW, http://www.playvid.com/watch/rAKrspsDrHe, http://www.playvid.com/watch/ewCM458KR6Y, http://www.playvid.com/watch/0fuIIrDYDLk, http://www.playvid.com/watch/tiLpLUhOX44, http://www.playvid.com/watch/XsBwaaUwYcD, http://www.playvid.com/watch/iGO5ZWYRizU, http://www.playvid.com/watch/GQd8uYr02Dn, http://www.playvid.com/watch/7UOipm0LVrq, http://www.playvid.com/watch/K3xXnfk-4HC, http://www.playvid.com/watch/zVDpr2-stsj, http://www.playvid.com/watch/MEjqNDAopS6, http://www.playvid.com/watch/vu6fJV4EArR, http://www.playvid.com/watch/czn-WF8ig69, http://www.playvid.com/watch/u-kPa7pN3Gm, http://www.playvid.com/watch/YLthRUqqqeM, http://www.playvid.com/watch/Hh4rx2sgyRK, http://www.playvid.com/watch/ZMEswKCv9xD, http://www.playvid.com/watch/CZT2qKTpARR, http://www.playvid.com/watch/SaNuJBAhDPA, http://www.playvid.com/watch/vjTzSlFQji6, http://www.playvid.com/watch/XgrLVXVOd8P, http://www.playvid.com/watch/Kn4tIeO7Y9n, http://www.playvid.com/watch/XffH9huWUWA, http://www.playvid.com/watch/NuqLg8Ip3OC, http://www.playvid.com/watch/soAGJqN4RTp, http://www.playvid.com/watch/lJDRzo7ZnSF, http://www.playvid.com/watch/aF7fG2IbIqN, http://www.playvid.com/watch/w2fJDmbeSeg, http://www.playvid.com/watch/DYpqEtVTutg, http://www.playvid.com/watch/JqqW7zi0sAt, http://www.playvid.com/watch/3aVKc8mOnMu, http://www.playvid.com/watch/Q8VQFOYZ-XP, http://www.playvid.com/watch/-PM3I94fu7H, http://www.playvid.com/watch/JLkh24R6X2b, http://www.playvid.com/watch/rezRXgBRmtz, http://www.playvid.com/watch/AlZxaWKP5v3, http://www.playvid.com/watch/S-RKzmclmrb
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hotblondegirl
5.b. Uploader's email address: hotblondegirl81@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hotblondegirl
5.e. List of videos posted by uploader: http://www.playvid.com/watch/moOCAIxQaUQ, http://www.playvid.com/watch/umtFR6mVxjf, http://www.playvid.com/watch/iJFDPHdAdge, http://www.playvid.com/watch/pjdXeFnOuPY, http://www.playvid.com/watch/VVDDLYpN5oX, http://www.playvid.com/watch/YIl34snsTRw, http://www.playvid.com/watch/LsU4lN1pPOj, http://www.playvid.com/watch/CxME1NgdAQi, http://www.playvid.com/watch/t1FmH1VwFB5, http://www.playvid.com/watch/wb4pfbCRxiI, http://www.playvid.com/watch/62klY-puqZk, http://www.playvid.com/watch/Y3KVYM6oUoe, http://www.playvid.com/watch/GOK6NuiAR-Y, http://www.playvid.com/watch/GWsR2K8lVor, http://www.playvid.com/watch/ur9KjWWltOQ, http://www.playvid.com/watch/UoRIWeHG-4t, http://www.playvid.com/watch/Xp4w54SZg0T, http://www.playvid.com/watch/S1Z4BljdvnC, http://www.playvid.com/watch/NEdjB0Z99xE, http://www.playvid.com/watch/lK74EE4Pvnr, http://www.playvid.com/watch/NupfhxB9Q6h, http://www.playvid.com/watch/23tk8uCql4-, http://www.playvid.com/watch/Jz082j8JOxM, http://www.playvid.com/watch/GHedjERKjnm, http://www.playvid.com/watch/4bprxH8SSla, http://www.playvid.com/watch/HzbiJuOs0Mw, http://www.playvid.com/watch/IWSVG5T8pya, http://www.playvid.com/watch/7yanKK7hBcE, http://www.playvid.com/watch/mgrbYeelUt-, http://www.playvid.com/watch/qxfMVhGDTux, http://www.playvid.com/watch/ecHt-dWzfEk, http://www.playvid.com/watch/BUDvH6uZLm0, http://www.playvid.com/watch/bVPZl87ACFH, http://www.playvid.com/watch/J6vMG2TznMJ, http://www.playvid.com/watch/0Ex80FDwBRO, http://www.playvid.com/watch/M2uCl31SHC-, http://www.playvid.com/watch/-ZuVYl9Te2L, http://www.playvid.com/watch/H-sqc-8U7XJ, http://www.playvid.com/watch/6kCU0IulmMi, http://www.playvid.com/watch/JKxjnPSFSbi, http://www.playvid.com/watch/evBOGBIv3iG, http://www.playvid.com/watch/iOWfs5a1FwQ, http://www.playvid.com/watch/DOp-cg9IigO, http://www.playvid.com/watch/LZrrooE8aRs, http://www.playvid.com/watch/6JxBiaF5hUy, http://www.playvid.com/watch/LI59pkU4EWB, http://www.playvid.com/watch/OqF-9EJ7ymj, http://www.playvid.com/watch/XmIeEPhGlQR, http://www.playvid.com/watch/34I33OKpMAr, http://www.playvid.com/watch/25qk8VR3VST, http://www.playvid.com/watch/VSEOYuHCF-0, http://www.playvid.com/watch/Gu-OfcIyd3C, http://www.playvid.com/watch/2rx-tpkTuZg, http://www.playvid.com/watch/8bQHpjOeDtV, http://www.playvid.com/watch/mva8xKsLmz8, http://www.playvid.com/watch/PZnCw2MqMmy, http://www.playvid.com/watch/H05p2ONPpfx, http://www.playvid.com/watch/3B6EZuwIR-x, http://www.playvid.com/watch/DoFK3hJDEuU, http://www.playvid.com/watch/0WNyBscs68z, http://www.playvid.com/watch/vH-WSyUwKVt, http://www.playvid.com/watch/L43k2ulZKsj, http://www.playvid.com/watch/3uXGP-OhDpo, http://www.playvid.com/watch/yf0pA50gQ4i, http://www.playvid.com/watch/pGLNUSDuzzF, http://www.playvid.com/watch/5z2iz-tZtZB, http://www.playvid.com/watch/wtY7geYmqBe, http://www.playvid.com/watch/6snlQvmtik3, http://www.playvid.com/watch/UrNWFsdP9wZ, http://www.playvid.com/watch/Mr3InGsxWyL, http://www.playvid.com/watch/pBuomc5T4MW, http://www.playvid.com/watch/QVaDZz2Inwl, http://www.playvid.com/watch/XErH46T3Ks7, http://www.playvid.com/watch/iGJQRKBE0Gm, http://www.playvid.com/watch/FI6mvPetmGK, http://www.playvid.com/watch/KzZB3MqeUHw, http://www.playvid.com/watch/w-A3Db3RaRu, http://www.playvid.com/watch/DBwRDGOGylZ, http://www.playvid.com/watch/Q6l72GIopDd, http://www.playvid.com/watch/fiS0IR0KXle, http://www.playvid.com/watch/kCVIphCDcui, http://www.playvid.com/watch/Ew2ofn0-Qv3, http://www.playvid.com/watch/lNHLk9d5R9J, http://www.playvid.com/watch/nZGkdW7ayvJ, http://www.playvid.com/watch/00-9-UCsbOr, http://www.playvid.com/watch/uj2fLfiYdBY, http://www.playvid.com/watch/MesmjPQ5vEB, http://www.playvid.com/watch/zTH3M3zV3l7, http://www.playvid.com/watch/syZlK0Z7eWJ, http://www.playvid.com/watch/9TAVJwN99ky, http://www.playvid.com/watch/Ib9XzXtBRmI, http://www.playvid.com/watch/8QWJmwsG-WJ, http://www.playvid.com/watch/o9LcZ2IKD3z, http://www.playvid.com/watch/g78NG-m4UkP, http://www.playvid.com/watch/T6dbCTjlB5d, http://www.playvid.com/watch/6Zm2QUB6XB8, http://www.playvid.com/watch/8QsrQ20DIGH, http://www.playvid.com/watch/fN906yoN8Uz, http://www.playvid.com/watch/X0FVFPTyrEE, http://www.playvid.com/watch/xTNf4MuKTQy, http://www.playvid.com/watch/cSCeXAeZJcd, http://www.playvid.com/watch/sNrxjOJWL9d, http://www.playvid.com/watch/ZnV6jRqVyJc, http://www.playvid.com/watch/LLxDGXYDH8L, http://www.playvid.com/watch/lmYCIG-xboj, http://www.playvid.com/watch/q7AjrRc70Km, http://www.playvid.com/watch/UcVbmije2cj, http://www.playvid.com/watch/Leca56BhbPn, http://www.playvid.com/watch/PgUpJrCKgKA, http://www.playvid.com/watch/RGulRlJajv-, http://www.playvid.com/watch/6rFrNp9qhLI, http://www.playvid.com/watch/44FXicvpuga, http://www.playvid.com/watch/-eUnytvLbwq, http://www.playvid.com/watch/YkvC9CwwFjc, http://www.playvid.com/watch/m4VJVgFnP2Q, http://www.playvid.com/watch/NIZf8YdN3-J, http://www.playvid.com/watch/iTQpc4B9ouP, http://www.playvid.com/watch/FMk8M3cy9hB, http://www.playvid.com/watch/-zfgcEh-sCj, http://www.playvid.com/watch/tWh3v9DO5R8, http://www.playvid.com/watch/KRXgPcGug4a, http://www.playvid.com/watch/h7AaVdTXtvT, http://www.playvid.com/watch/RDmdNHMhttH, http://www.playvid.com/watch/nhB857kbkJH, http://www.playvid.com/watch/IXq6g3mssys, http://www.playvid.com/watch/8vJJ7uFNVlO, http://www.playvid.com/watch/NXsxGRJLd3L, http://www.playvid.com/watch/FT3f0bDKD70, http://www.playvid.com/watch/3adIwvc7-Nm, http://www.playvid.com/watch/5fNvVRdDyYS, http://www.playvid.com/watch/TRA2-BG4wVH, http://www.playvid.com/watch/h3kRFJ8NLpM, http://www.playvid.com/watch/lHyUrb9keNG, http://www.playvid.com/watch/ZCIvwR7Z754, http://www.playvid.com/watch/eEfKkdLEgKE, http://www.playvid.com/watch/fR4rX-ksnwm, http://www.playvid.com/watch/t-QSVlLsQor, http://www.playvid.com/watch/xbp6DGYUGv8, http://www.playvid.com/watch/hhactUM4pvb, http://www.playvid.com/watch/56cfPHffKYJ, http://www.playvid.com/watch/sHGoBxGdsIU, http://www.playvid.com/watch/SaBg303O7pS, http://www.playvid.com/watch/lfMUkNSVhDm, http://www.playvid.com/watch/6UtwCRGpHTZ, http://www.playvid.com/watch/Pn7OH58pvYn, http://www.playvid.com/watch/rHTDm-skcQp, http://www.playvid.com/watch/zR8ksibV4il, http://www.playvid.com/watch/cli7U44TMrh, http://www.playvid.com/watch/G6PrKXqX4dn, http://www.playvid.com/watch/88DqfIFymeq, http://www.playvid.com/watch/9i3sSdSq-T5, http://www.playvid.com/watch/Hw8y5GH69Kz, http://www.playvid.com/watch/cQgPfDzHD2D, http://www.playvid.com/watch/0eaok4hYozn, http://www.playvid.com/watch/J28SiOdvJc4, http://www.playvid.com/watch/8LKlDPL6BN4, http://www.playvid.com/watch/UNoiX4KHYOQ, http://www.playvid.com/watch/E3TDQxBozWp, http://www.playvid.com/watch/tQcRic55cBW, http://www.playvid.com/watch/0HwnyZRn8J9, http://www.playvid.com/watch/Oj7qIS3R5yH, http://www.playvid.com/watch/YiFZupAuP7z, http://www.playvid.com/watch/aDHAT6if56-, http://www.playvid.com/watch/QuFVy383r9d, http://www.playvid.com/watch/hxXXzYXViF7, http://www.playvid.com/watch/sL9OrStZMcg, http://www.playvid.com/watch/TDjEzNXhhmv, http://www.playvid.com/watch/r7WkHGJScq3, http://www.playvid.com/watch/2kfPYsBEJL5, http://www.playvid.com/watch/rPOqOGrROJ5, http://www.playvid.com/watch/c9WfJnipwPs, http://www.playvid.com/watch/x-37T6rP3RH, http://www.playvid.com/watch/lor-ejJTvAv, http://www.playvid.com/watch/RYdWXzQJiHj, http://www.playvid.com/watch/isfNsYR93Qx, http://www.playvid.com/watch/hsmYojivBOl, http://www.playvid.com/watch/wisRATU90zr, http://www.playvid.com/watch/Mrm3PAXY3yI, http://www.playvid.com/watch/QxbdZvnQlth, http://www.playvid.com/watch/ywWydombfUD, http://www.playvid.com/watch/gz5yjhNG6hB, http://www.playvid.com/watch/cO5LReWzLiG, http://www.playvid.com/watch/IFqvQ7tldRn, http://www.playvid.com/watch/aqnQPpzIm9u, http://www.playvid.com/watch/Ms7HYZNJIOq,

http://www.playvid.com/watch/U3oIDShFtw3, http://www.playvid.com/watch/ZsBWKmPsEpv, http://www.playvid.com/watch/rwpzkXpkUwn,
http://www.playvid.com/watch/ynnBSqBngPE, http://www.playvid.com/watch/6EwTBJ0Ncpy, http://www.playvid.com/watch/8Khn-nW0Ibt,
http://www.playvid.com/watch/kQrlNgolJga, http://www.playvid.com/watch/gcFPrKrzS3B, http://www.playvid.com/watch/23x37kv2D3u,
http://www.playvid.com/watch/NZU-oDDkJcV, http://www.playvid.com/watch/-I5lQlG65Gu
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hothottest
5.b. Uploader's email address: ilinmemodo@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/hothottest
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ozZ7_FHxzFg, http://www.playvid.com/watch/Pb-ma8TGatB,
http://www.playvid.com/watch/PiDIcbrp6sJ, http://www.playvid.com/watch/D32_Q_aSTmW, http://www.playvid.com/watch/D5g9EY4z0gK,
http://www.playvid.com/watch/Gh0u3kcDfmd, http://www.playvid.com/watch/J3-z9MMxd60, http://www.playvid.com/watch/RDyKzekivXX,
http://www.playvid.com/watch/Ha3sK7K0sTE, http://www.playvid.com/watch/DKcNtXyhNR8, http://www.playvid.com/watch/RV62hkPYDHq,
http://www.playvid.com/watch/YG42x1iSaL4, http://www.playvid.com/watch/w4ZfnB7Jrkp, http://www.playvid.com/watch/Uir_yXt2mF5,
http://www.playvid.com/watch/VAluZQkjMa4, http://www.playvid.com/watch/xR0ULqr1sPm, http://www.playvid.com/watch/ga_ODrChER9,
http://www.playvid.com/watch/leyHD3LX5B0, http://www.playvid.com/watch/ixkJZJWDdjk, http://www.playvid.com/watch/8X1liMBsFbl,
http://www.playvid.com/watch/93zjP6vW4Vi, http://www.playvid.com/watch/pfMZ-sBppKH, http://www.playvid.com/watch/KnIBsw8hLlc,
http://www.playvid.com/watch/sYt0vjReMBt, http://www.playvid.com/watch/re1FlL32ga0, http://www.playvid.com/watch/qli_x7W-mcO,
http://www.playvid.com/watch/k_MN6na4aqI, http://www.playvid.com/watch/VSmdaflac_e, http://www.playvid.com/watch/Edz0EyxUyia,
http://www.playvid.com/watch/otLWBDkDXQy, http://www.playvid.com/watch/A2yQYGOvXcP, http://www.playvid.com/watch/QhkRiQ9xwSh,
http://www.playvid.com/watch/X9ayO0khPen, http://www.playvid.com/watch/EMoLTxgKuZH, http://www.playvid.com/watch/Orfw1BAxPtU,
http://www.playvid.com/watch/6mCqx03ja9U, http://www.playvid.com/watch/t3ZiUSLrayf, http://www.playvid.com/watch/wBhjgGdJCtg,
http://www.playvid.com/watch/dixcRV-jY_v, http://www.playvid.com/watch/mU0A1-Y0CEn, http://www.playvid.com/watch/V2wmiTjpsvr,
http://www.playvid.com/watch/mG3JwJ_LLcT, http://www.playvid.com/watch/BNahYJpHi9k, http://www.playvid.com/watch/SQRhV1pfNdE,
http://www.playvid.com/watch/kQ-iB70zuh2, http://www.playvid.com/watch/9BEB1yst5ZI, http://www.playvid.com/watch/WMXklxLQvTk,
http://www.playvid.com/watch/p1abUC4DAYg, http://www.playvid.com/watch/5SCsB1BBlaR, http://www.playvid.com/watch/j-02aAXpKp6,
http://www.playvid.com/watch/G2s3kG3Vrip, http://www.playvid.com/watch/u-iKgrsE-3b, http://www.playvid.com/watch/HdOETsbIJMT,
http://www.playvid.com/watch/lzhE-tx0GGB, http://www.playvid.com/watch/5OIijt7dXOX, http://www.playvid.com/watch/GywB-rZ_GKL,
http://www.playvid.com/watch/PMNC1mSYpYL, http://www.playvid.com/watch/Et05UN8O-JP, http://www.playvid.com/watch/P1h-6JxqWRQ,
http://www.playvid.com/watch/8g52MPXGfQb, http://www.playvid.com/watch/RsgFbo6QCL3, http://www.playvid.com/watch/vWsRXNK-IjP,
http://www.playvid.com/watch/QDLjWGTLc0j, http://www.playvid.com/watch/qe-kdldDcou, http://www.playvid.com/watch/Oi3EwveoK_R,
http://www.playvid.com/watch/4HpZM0ep6CP, http://www.playvid.com/watch/5vRVb-RUvhd, http://www.playvid.com/watch/0_Ob4FW-QXT,
http://www.playvid.com/watch/vxBsWWyhbz8, http://www.playvid.com/watch/B2uWCG_4H33, http://www.playvid.com/watch/jqZR48XvyML,
http://www.playvid.com/watch/Fvlv8wMpJqs, http://www.playvid.com/watch/6LY7bEjwtXA, http://www.playvid.com/watch/rrt9HV9c9Ez,
http://www.playvid.com/watch/TXtLfB3eFWi, http://www.playvid.com/watch/uhSp-p64fsl, http://www.playvid.com/watch/vuGSNtY2oaz,
http://www.playvid.com/watch/I6QK9cY0qQO, http://www.playvid.com/watch/nNyTGf2_uFs, http://www.playvid.com/watch/UsiWibMZbwu,
http://www.playvid.com/watch/vqa7P9n7_56, http://www.playvid.com/watch/Q8lJew64zYU, http://www.playvid.com/watch/Qa2VXFxwzd7,
http://www.playvid.com/watch/0jeUKPfM23f, http://www.playvid.com/watch/YrN_NtBXEPG, http://www.playvid.com/watch/H5GO822dVj7,
http://www.playvid.com/watch/Ekb_GhNgg7B, http://www.playvid.com/watch/P3YUkptFonj, http://www.playvid.com/watch/s0CprG1TAYi,
http://www.playvid.com/watch/lltuUVTnkww, http://www.playvid.com/watch/QfjRG86zoMF, http://www.playvid.com/watch/jo_NSIQVwy8,
http://www.playvid.com/watch/ncD_RynBC7V, http://www.playvid.com/watch/x7mk7515HRH, http://www.playvid.com/watch/smI-xV5QLql,
http://www.playvid.com/watch/NJHdFETYABh, http://www.playvid.com/watch/SY0CjI2pxsj, http://www.playvid.com/watch/3qcRS6EyTc4,
http://www.playvid.com/watch/btrdDS29SYg, http://www.playvid.com/watch/kn7xT22kNha, http://www.playvid.com/watch/VERqMP88PV6,
http://www.playvid.com/watch/hz1zG7cY9OK, http://www.playvid.com/watch/7yDF7Xy0yzo, http://www.playvid.com/watch/L_5XMK62Nzj,
http://www.playvid.com/watch/kBtKyGOCgjl, http://www.playvid.com/watch/ARclu4fChcG, http://www.playvid.com/watch/fQlF5uO78aZ,
http://www.playvid.com/watch/sZhJALZOu7l, http://www.playvid.com/watch/CPfPPhUHvUk, http://www.playvid.com/watch/cwiPyKz3vvp,
http://www.playvid.com/watch/vZaxAh5spNl, http://www.playvid.com/watch/Xd3U9dBxfaS, http://www.playvid.com/watch/Q94pQH_PLB4,
http://www.playvid.com/watch/CL9ObsqSg0l, http://www.playvid.com/watch/vE-dMNjF1pI, http://www.playvid.com/watch/NzXUKPuyClj,
http://www.playvid.com/watch/njI4mAYEUlm, http://www.playvid.com/watch/pRpoPcUrVVH, http://www.playvid.com/watch/SmwoX-ilc8r,
http://www.playvid.com/watch/scoJvY88un5, http://www.playvid.com/watch/BkzHaYQUYhu, http://www.playvid.com/watch/6r3K_5mZ34d,
http://www.playvid.com/watch/LCaDEnUE4QV, http://www.playvid.com/watch/xQD_bIm3OWG, http://www.playvid.com/watch/dToB52uUQ3j,
http://www.playvid.com/watch/UxsrsYvWGug, http://www.playvid.com/watch/7GfkgLHJbza, http://www.playvid.com/watch/bnTS3QP5Ihe,
http://www.playvid.com/watch/p3fX2VwsON2, http://www.playvid.com/watch/cvWjVVs7rx9, http://www.playvid.com/watch/x75BwrHwabt,
http://www.playvid.com/watch/tJXLp3zCr9S, http://www.playvid.com/watch/tunD7KCrr2Z, http://www.playvid.com/watch/TdJ7U6S2rJ8,
http://www.playvid.com/watch/Mdq9wzsQ3Jd, http://www.playvid.com/watch/F_v1VJA8IR3, http://www.playvid.com/watch/WF21mS55MvU,
http://www.playvid.com/watch/7gJ8U69o1Nx, http://www.playvid.com/watch/kIUA9a3kQsw, http://www.playvid.com/watch/xOJnn9j2Yd8,
http://www.playvid.com/watch/sDXkS2ikWdY, http://www.playvid.com/watch/GVBYpbdGSJY, http://www.playvid.com/watch/LL6sF8p15je,
http://www.playvid.com/watch/Ba8lWE60rio, http://www.playvid.com/watch/mVAIikm4EjR, http://www.playvid.com/watch/H5ocdDABiJC,
http://www.playvid.com/watch/ZO4v4aVqRBt, http://www.playvid.com/watch/XTrtcHNsnYH, http://www.playvid.com/watch/MredQ6Tx9Nm,
http://www.playvid.com/watch/K4xCe6ZxJRn, http://www.playvid.com/watch/CmY_F6K7rvO, http://www.playvid.com/watch/OJelbmxACLD,
http://www.playvid.com/watch/VR9TlF51E8m, http://www.playvid.com/watch/bKefXq0r8Op, http://www.playvid.com/watch/VrUI-SsQTDk,
http://www.playvid.com/watch/uHGemxo1KwC, http://www.playvid.com/watch/0aicbe5GxgR, http://www.playvid.com/watch/JmDP8dV5dXS,
http://www.playvid.com/watch/AYfFn5XAkhE, http://www.playvid.com/watch/7ygKWgUAMT5, http://www.playvid.com/watch/GjjGyELmSYc,
http://www.playvid.com/watch/xvW8G833EVy, http://www.playvid.com/watch/amTmPreN18V, http://www.playvid.com/watch/R18_Gkn5dah,
http://www.playvid.com/watch/hSLiSKOGJ3Y, http://www.playvid.com/watch/cUlHjX05svZ, http://www.playvid.com/watch/jyWei5vo3Nk,
http://www.playvid.com/watch/IdgxvVAWlxB, http://www.playvid.com/watch/rcxsTUhT4bH, http://www.playvid.com/watch/pjzw_V59-JU,
http://www.playvid.com/watch/8HutNWSLNVY, http://www.playvid.com/watch/zjMQuiAOPxF, http://www.playvid.com/watch/Ew22rXG5ucI,
http://www.playvid.com/watch/AcecdR0XfVX, http://www.playvid.com/watch/yJXMtBHgPeS, http://www.playvid.com/watch/fqJ5grv5deU,
http://www.playvid.com/watch/RdRqmz053K6, http://www.playvid.com/watch/LI1adsYlhGM, http://www.playvid.com/watch/zFooCH0Fzfn,
http://www.playvid.com/watch/uP_jbbv5N3O, http://www.playvid.com/watch/ebqK7X2sjxD, http://www.playvid.com/watch/566nIiAia_i,
http://www.playvid.com/watch/RgJ6Zv9Bo6w, http://www.playvid.com/watch/pK9tfP36XTy, http://www.playvid.com/watch/QwEiVCtk2rJ,
http://www.playvid.com/watch/bM1CAfcbbMu, http://www.playvid.com/watch/0SaGgtCDtbw, http://www.playvid.com/watch/QaUAqBAUlgx,
http://www.playvid.com/watch/qgogu9ODW62, http://www.playvid.com/watch/BkQli7rp1Co, http://www.playvid.com/watch/pUWNgXCD10b,
http://www.playvid.com/watch/hgzJ1h8RUyF, http://www.playvid.com/watch/FhfWNZdcj9E, http://www.playvid.com/watch/eIuAR2KDrMH,
http://www.playvid.com/watch/FUlHCSXoHGF, http://www.playvid.com/watch/9GzEBoWJD0D, http://www.playvid.com/watch/a8S6O1mWSNn,
http://www.playvid.com/watch/zx9tiXzVt9e, http://www.playvid.com/watch/oKVmAUOTPq8, http://www.playvid.com/watch/itvbMoxxeGJ,
http://www.playvid.com/watch/ZqUy7Djnkli, http://www.playvid.com/watch/Vfa5DGrfIIP, http://www.playvid.com/watch/JK5Z92f7p4L,
http://www.playvid.com/watch/c9rDEVDfHKW, http://www.playvid.com/watch/M7uPsgoHwGr, http://www.playvid.com/watch/9HQ9TslCVil,
http://www.playvid.com/watch/aCuGExi94cz, http://www.playvid.com/watch/nBvw23Ed03q, http://www.playvid.com/watch/8M7yAX1fu1t,
http://www.playvid.com/watch/jIZYVzJ7x0N, http://www.playvid.com/watch/I6gWjyyDyyq, http://www.playvid.com/watch/l_Rh9Zl7P4M,
http://www.playvid.com/watch/MZuHTYeHgbg, http://www.playvid.com/watch/Jb3XKdKI5tK, http://www.playvid.com/watch/XuLmS4W7iGW,
http://www.playvid.com/watch/gzdhdPA0qNY, http://www.playvid.com/watch/XqRE3pN4Cve, http://www.playvid.com/watch/qN5A4GIkMJL,
http://www.playvid.com/watch/Z2TNpg6VYBe, http://www.playvid.com/watch/xpNVW2MGrUy, http://www.playvid.com/watch/Vqs6rW1lA5p,
http://www.playvid.com/watch/l7upafGznkb, http://www.playvid.com/watch/MBJDTemCpyn, http://www.playvid.com/watch/mumKtJimY_2,
http://www.playvid.com/watch/pPpPE4GuGvQ, http://www.playvid.com/watch/8EA3G0f30Qg, http://www.playvid.com/watch/8azv28OHh9C,
http://www.playvid.com/watch/aa_4yt502bn, http://www.playvid.com/watch/9A-aAggV1Fe, http://www.playvid.com/watch/EOkkEImHStf,
http://www.playvid.com/watch/plWLgo3xW8a, http://www.playvid.com/watch/GTrLyAn1BFD, http://www.playvid.com/watch/7V5DB9YvhyL,
http://www.playvid.com/watch/ZkSDeT_1ZLK, http://www.playvid.com/watch/mUk4o5nf0Dq, http://www.playvid.com/watch/jyGhM8F_wuo,
http://www.playvid.com/watch/clzO5RlU3lL, http://www.playvid.com/watch/bFV7fsa5U6T, http://www.playvid.com/watch/k4BhywmUhr4,
http://www.playvid.com/watch/oS6mlNHL-Sk, http://www.playvid.com/watch/pzpjXZIPC9I, http://www.playvid.com/watch/W8DMNUfB4rh,
http://www.playvid.com/watch/z3k4Ict1ghm, http://www.playvid.com/watch/YxeFxQbeZQv, http://www.playvid.com/watch/hvAr_qKBoTp,
http://www.playvid.com/watch/eXGIB4fLvKg, http://www.playvid.com/watch/666tUOSsnKw, http://www.playvid.com/watch/pLSTnMkhpRH,
http://www.playvid.com/watch/Ha6V6U_ZjXp, http://www.playvid.com/watch/PNyJVtxy63b, http://www.playvid.com/watch/uk5Wnpu6NUq,
http://www.playvid.com/watch/As1NIPzPTM3, http://www.playvid.com/watch/5XF0In--92O, http://www.playvid.com/watch/F9-L6hj2SZz,
http://www.playvid.com/watch/FVMJZ-COztc, http://www.playvid.com/watch/l2h4umLtbz3, http://www.playvid.com/watch/gLUa1mTCbBd,

http://www.playvid.com/watch/08KNv60QVIM, http://www.playvid.com/watch/fjQh9-6aEDR, http://www.playvid.com/watch/gIZ5dZZz8Cb,
http://www.playvid.com/watch/txRlY50u5yB, http://www.playvid.com/watch/kUQAg-pZXsa, http://www.playvid.com/watch/wCPWQ_6BiBi,
http://www.playvid.com/watch/Vq7GCqTZ40w, http://www.playvid.com/watch/GpN39QBI4VT, http://www.playvid.com/watch/phqOhHGveQC,
http://www.playvid.com/watch/brHZhMc95pr, http://www.playvid.com/watch/rtKIXH8876c, http://www.playvid.com/watch/m0dRMRFPuD3,
http://www.playvid.com/watch/EVEce6JHds5, http://www.playvid.com/watch/NTV9ySkcZvw, http://www.playvid.com/watch/WL3zGwBDvs0,
http://www.playvid.com/watch/v56pHFcHT88, http://www.playvid.com/watch/J3BxsFa7MyU, http://www.playvid.com/watch/mFkbP7r93it,
http://www.playvid.com/watch/taE5xR5j_hn, http://www.playvid.com/watch/ovIouGf-6A2, http://www.playvid.com/watch/TcCiwEljb_s,
http://www.playvid.com/watch/jrF_RNvRONV, http://www.playvid.com/watch/TvUTAi2CUR4, http://www.playvid.com/watch/Si_51P9zZgp,
http://www.playvid.com/watch/lbjyheaoDtT, http://www.playvid.com/watch/3R9emLhsLui, http://www.playvid.com/watch/cOJIFqmbAvZ,
http://www.playvid.com/watch/zJbPeLofddG, http://www.playvid.com/watch/aOZiIKyBotA, http://www.playvid.com/watch/ADUBYNxdKhI,
http://www.playvid.com/watch/Z3-Ibmzc-ca, http://www.playvid.com/watch/SsUoL2RlG6Y, http://www.playvid.com/watch/x7v4aZUIAh7,
http://www.playvid.com/watch/UIZOsf5Eobp, http://www.playvid.com/watch/nxCzVTzNSVU, http://www.playvid.com/watch/m82K2sTG60H,
http://www.playvid.com/watch/y6LkrMPoYgJ, http://www.playvid.com/watch/Y2sDxXuni2X, http://www.playvid.com/watch/5Rh6wg1Hunp,
http://www.playvid.com/watch/uneEqdjREbi, http://www.playvid.com/watch/QO-ZcGPpQJD, http://www.playvid.com/watch/FSIQNILmSZC,
http://www.playvid.com/watch/6FHJMXjvHKw, http://www.playvid.com/watch/O3l95Wt5XR8, http://www.playvid.com/watch/b0js3BqIo38,
http://www.playvid.com/watch/pnTTW592RO3, http://www.playvid.com/watch/bNZv08mPdwa, http://www.playvid.com/watch/ovgmVzw0Q2V,
http://www.playvid.com/watch/Wx14Na56Vga, http://www.playvid.com/watch/HUU-9eHDuhl, http://www.playvid.com/watch/hyVde5TDNxA,
http://www.playvid.com/watch/Fg9Un_HSIEE, http://www.playvid.com/watch/itavxg9JCJC, http://www.playvid.com/watch/0GZyiS9vaIQ,
http://www.playvid.com/watch/KxXas_e74mf, http://www.playvid.com/watch/ggCifFjUM5m, http://www.playvid.com/watch/YoDiaDJREpM,
http://www.playvid.com/watch/dFYgOF4faxC, http://www.playvid.com/watch/20NnrBY0oSS, http://www.playvid.com/watch/Ja71ss4Ip4P,
http://www.playvid.com/watch/mGf1lsV83nQ, http://www.playvid.com/watch/JNUUoGgVnBg, http://www.playvid.com/watch/JIT_ymjzZMT,
http://www.playvid.com/watch/dU5-4mdWQxa, http://www.playvid.com/watch/rLYhYecrgxb, http://www.playvid.com/watch/p0OxZMFdEKL,
http://www.playvid.com/watch/kSw1A7Wk--g, http://www.playvid.com/watch/wM3LcI-KlL9, http://www.playvid.com/watch/EB8o72cFn0k,
http://www.playvid.com/watch/Ij4Gy-D3CEU, http://www.playvid.com/watch/5-SyXauVnCi, http://www.playvid.com/watch/GZ3CiEKXUs8,
http://www.playvid.com/watch/mrLdm79s3P5, http://www.playvid.com/watch/QBGP2Er_Jti, http://www.playvid.com/watch/C7SaTtn1Iy6,
http://www.playvid.com/watch/4LlUPrE9erO, http://www.playvid.com/watch/GLldYgKp_RC, http://www.playvid.com/watch/KvGFhmETabq,
http://www.playvid.com/watch/rGI3h5kip8F, http://www.playvid.com/watch/hexVxxdzjqV, http://www.playvid.com/watch/NTlcTXCjShO,
http://www.playvid.com/watch/8dMOEQ4XqHV, http://www.playvid.com/watch/b9zEfPvP-Hl, http://www.playvid.com/watch/kH6CL8bu8s3,
http://www.playvid.com/watch/xHRDcV8QLIU, http://www.playvid.com/watch/Rd1D7SwL_HE, http://www.playvid.com/watch/lMljyaxxM5g,
http://www.playvid.com/watch/at3wwXIsWsH, http://www.playvid.com/watch/DHDfbWQUx0E, http://www.playvid.com/watch/N291wI8s0S5,
http://www.playvid.com/watch/vu_mYRRUIWs, http://www.playvid.com/watch/XlOGx0R1l66, http://www.playvid.com/watch/p5XVdUSUUq0,
http://www.playvid.com/watch/J4s2GZXIjBk, http://www.playvid.com/watch/H1YN-pgE_f6, http://www.playvid.com/watch/O-VOTf_EJVG,
http://www.playvid.com/watch/ZCV22YkAg6J, http://www.playvid.com/watch/R0OKc0JtuEU, http://www.playvid.com/watch/H51pSjLGf_z,
http://www.playvid.com/watch/59cCl9Wfvnk, http://www.playvid.com/watch/vm9qi7aquI6, http://www.playvid.com/watch/evYYlJ_0K18,
http://www.playvid.com/watch/DTuztbUN-5c, http://www.playvid.com/watch/HvHiCOmNM_w, http://www.playvid.com/watch/6hqg2gg3cIg,
http://www.playvid.com/watch/kHt_fO2xGaf, http://www.playvid.com/watch/X3Kkf3tVBYx, http://www.playvid.com/watch/ugc8PC8OxWA,
http://www.playvid.com/watch/GOGi5IC5fiJ
5.f. Date of third notice: 2014-04-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hotkiss
5.b. Uploader's email address: armanigold@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hotkiss
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rDZGBtCETDC, http://www.playvid.com/watch/SiCxaciO5DZ,
http://www.playvid.com/watch/rYXrMxJ6qXh, http://www.playvid.com/watch/rfu8PY3wsSb, http://www.playvid.com/watch/3xVeunJbN-E,
http://www.playvid.com/watch/H-ToWqisI6h, http://www.playvid.com/watch/qlVtSynYRZ3, http://www.playvid.com/watch/ZWrRtz9bDiW,
http://www.playvid.com/watch/2InefaElTCJ, http://www.playvid.com/watch/Wf3DRbg5M-q, http://www.playvid.com/watch/KWaBbvuWaiZ,
http://www.playvid.com/watch/UAs68Rsrnf8, http://www.playvid.com/watch/takz6IqKTBQ, http://www.playvid.com/watch/PiZWvd3mhFo,
http://www.playvid.com/watch/fT-sHC5NhWa, http://www.playvid.com/watch/jqBDHRFeBL8, http://www.playvid.com/watch/U-oGBRDXeEv,
http://www.playvid.com/watch/3pgrpv06ENw, http://www.playvid.com/watch/Q8AMBP2IjH-, http://www.playvid.com/watch/wAiyAZ98zi8,
http://www.playvid.com/watch/3JPgGJFJRYF, http://www.playvid.com/watch/0pd33QK4HTE, http://www.playvid.com/watch/ZV94kdkkFx4,
http://www.playvid.com/watch/Ws7xfi57z7x, http://www.playvid.com/watch/BMctQRhme-d, http://www.playvid.com/watch/mtLfRqcrJBs,
http://www.playvid.com/watch/onRmsOJY7IM, http://www.playvid.com/watch/lPL28sn7EIR, http://www.playvid.com/watch/omkS7S4p7sd,
http://www.playvid.com/watch/5eINsNEDGhx, http://www.playvid.com/watch/Yd5YW7UXp3Z, http://www.playvid.com/watch/ry0KRgFFk7x,
http://www.playvid.com/watch/3-O36JkIspY, http://www.playvid.com/watch/8aRfPEizg6P, http://www.playvid.com/watch/R9ObS-wHBXY,
http://www.playvid.com/watch/CI4ginQN295, http://www.playvid.com/watch/ic54cmqbDkF, http://www.playvid.com/watch/ZE7ry5cDWwt,
http://www.playvid.com/watch/wckFPCcjpWI, http://www.playvid.com/watch/JRWUJwN9wJZ, http://www.playvid.com/watch/CtTjDso5Sog,
http://www.playvid.com/watch/KSrHdDjB87n, http://www.playvid.com/watch/IRV3KRCYdcS, http://www.playvid.com/watch/yfpvCuMHGp2,
http://www.playvid.com/watch/h58AaX4sbhu, http://www.playvid.com/watch/Iz8-ZVpbWd3, http://www.playvid.com/watch/FPlwRm3tmRq,
http://www.playvid.com/watch/d9kVWNlFNlu, http://www.playvid.com/watch/9Dc-ULEk-eR, http://www.playvid.com/watch/ao-3X6pCM7q,
http://www.playvid.com/watch/XBBAdLulFnO, http://www.playvid.com/watch/FccTzkZl0WS, http://www.playvid.com/watch/6-TIW7WoKe6,
http://www.playvid.com/watch/4YKxwV-5on2, http://www.playvid.com/watch/FQ7VtwCpYlP, http://www.playvid.com/watch/RQfDIpX53IJ,
http://www.playvid.com/watch/GOw2VJWWgLd, http://www.playvid.com/watch/q80NJlCTEuq, http://www.playvid.com/watch/bV6i-6cN9oo,
http://www.playvid.com/watch/dry-PYTggZH, http://www.playvid.com/watch/D-fOwCNMpRQ, http://www.playvid.com/watch/H95rCTCFd5q,
http://www.playvid.com/watch/Deve4FKvx7R, http://www.playvid.com/watch/bzY9kgZ3B3c, http://www.playvid.com/watch/T0NXoH8KsZ7,
http://www.playvid.com/watch/LmJm7hXYtxp, http://www.playvid.com/watch/aovgJqgDjVe, http://www.playvid.com/watch/2x-Sfh8UFYw,
http://www.playvid.com/watch/cAHX7BysjgQ, http://www.playvid.com/watch/DpVSZJIAGc8
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hotorich
5.b. Uploader's email address: hohotudik@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hotorich
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AtZL1NfF_d6, http://www.playvid.com/watch/aJjGA2X-B2z,
http://www.playvid.com/watch/bYgrjDYJZgH, http://www.playvid.com/watch/V3EsX-xIIE5, http://www.playvid.com/watch/iM6s_0cRlbg,
http://www.playvid.com/watch/a_YGeiZC4U0, http://www.playvid.com/watch/4vc4LroY60v, http://www.playvid.com/watch/PVtDeQFcq13,
http://www.playvid.com/watch/uKO1cUjIFPC, http://www.playvid.com/watch/NmGt2kuTYGN, http://www.playvid.com/watch/6-3CJ0fLguj,
http://www.playvid.com/watch/hpqVz9h1EKY, http://www.playvid.com/watch/5is5GGQOZVb, http://www.playvid.com/watch/hicXZJA1nzp,
http://www.playvid.com/watch/JA6bKtDmRVa, http://www.playvid.com/watch/ZtmRZarqgjN, http://www.playvid.com/watch/K5niRziP7ww,
http://www.playvid.com/watch/DBVENkZ655g, http://www.playvid.com/watch/UOagyRo-h4F, http://www.playvid.com/watch/bIv96ci5qBN,
http://www.playvid.com/watch/qwsjCRJa6Bb, http://www.playvid.com/watch/D9EtXpngiGN, http://www.playvid.com/watch/n0UsEouVen9,
http://www.playvid.com/watch/4OBdWC2MqIp, http://www.playvid.com/watch/Q_NRd-VVXt8, http://www.playvid.com/watch/sYwXsvi2NW9,
http://www.playvid.com/watch/CDaEHftvo9i, http://www.playvid.com/watch/awkxYIZbGoZ, http://www.playvid.com/watch/mNSVgN0cCMt,
http://www.playvid.com/watch/iyyuKTpPQ7a, http://www.playvid.com/watch/QkeywgE9O5z, http://www.playvid.com/watch/fRc_uhnfm-u,
http://www.playvid.com/watch/GRBGn5RdBdP, http://www.playvid.com/watch/n7wRjMnw-lM, http://www.playvid.com/watch/K-WWDGhyFsl,
http://www.playvid.com/watch/xicOaaDQOlY, http://www.playvid.com/watch/FXaav1FCOYj, http://www.playvid.com/watch/C1r8fCOoTY2,
http://www.playvid.com/watch/CbpFNClzWFp, http://www.playvid.com/watch/sCmuHTXH0Zq, http://www.playvid.com/watch/0SP7a-j_iDT,
http://www.playvid.com/watch/R9BBE8-9EUD, http://www.playvid.com/watch/c59IhZnLLWs, http://www.playvid.com/watch/FPhEJkNCAcf,
http://www.playvid.com/watch/OsV5S5iNjTo, http://www.playvid.com/watch/8WWeEn7M5hu, http://www.playvid.com/watch/69YzLqc9LPZ,
http://www.playvid.com/watch/ILYtcP6tlkD, http://www.playvid.com/watch/WXsh1IhumNy, http://www.playvid.com/watch/XZPlTSnppHi,
http://www.playvid.com/watch/2e4EnnHXE2f, http://www.playvid.com/watch/FurO15xvAbo, http://www.playvid.com/watch/aygnYwJuMYk,
http://www.playvid.com/watch/4GmfMXt2fKZ, http://www.playvid.com/watch/3PvaH3zcQ0c, http://www.playvid.com/watch/QrQgbGiD6d9,
http://www.playvid.com/watch/z3pl_o2r1qM, http://www.playvid.com/watch/uV6klg66zzk, http://www.playvid.com/watch/kg0U-EckGTC,
http://www.playvid.com/watch/U9gZbgwM__k, http://www.playvid.com/watch/Iz9pXvXyu9G, http://www.playvid.com/watch/2uUndEdlT1F,
http://www.playvid.com/watch/C69Uy7whV76, http://www.playvid.com/watch/F3UvumdcWrj, http://www.playvid.com/watch/4L-buEuYWFw,
http://www.playvid.com/watch/L-xmAkk9gGN, http://www.playvid.com/watch/gr2Oncm_zsE, http://www.playvid.com/watch/0aaznj1JH6e,

http://www.playvid.com/watch/Wjyxqkv4-3C, http://www.playvid.com/watch/sSMrKdEeFdp, http://www.playvid.com/watch/BBjYBKWvizj, http://www.playvid.com/watch/Dhz6iXKEDXK, http://www.playvid.com/watch/wInXTctdXBq, http://www.playvid.com/watch/gRPJgV51Ci5, http://www.playvid.com/watch/u9CFpXqdd6u, http://www.playvid.com/watch/nc8wA7r_iqT, http://www.playvid.com/watch/fOOZfyGVtaW, http://www.playvid.com/watch/oN5pjqd6plI, http://www.playvid.com/watch/qKuk7gTkjpU, http://www.playvid.com/watch/FV9YVDe6Qah, http://www.playvid.com/watch/iDR1oicMkus, http://www.playvid.com/watch/PvyZqX3Hm-s, http://www.playvid.com/watch/Nwj10aXD9F0, http://www.playvid.com/watch/kobNosrrWWR, http://www.playvid.com/watch/3BsyoHJdBxe, http://www.playvid.com/watch/sWHojtsO04Q, http://www.playvid.com/watch/AT1iwIVU-Da, http://www.playvid.com/watch/ZaNq2-5N7Nx, http://www.playvid.com/watch/cT0CEAnMfTD, http://www.playvid.com/watch/0F9RFF3P6Fj, http://www.playvid.com/watch/X8RZC8kvhiE, http://www.playvid.com/watch/yOO8rRpX0C7, http://www.playvid.com/watch/p4ldVYrIoHB, http://www.playvid.com/watch/L-8ZRNDdSOs, http://www.playvid.com/watch/CjErc5UDBYj, http://www.playvid.com/watch/BiyG_UgEBL7, http://www.playvid.com/watch/FFZFTvkRTpq, http://www.playvid.com/watch/yps-AIFML2S, http://www.playvid.com/watch/7TZ7dIrBAyc, http://www.playvid.com/watch/N0pdoL6qqfz, http://www.playvid.com/watch/CAUUsAGfBvj, http://www.playvid.com/watch/3I0VHVLfa8I, http://www.playvid.com/watch/St4us8PynXs, http://www.playvid.com/watch/klO4wEnsaTG, http://www.playvid.com/watch/M79erOGwEbG, http://www.playvid.com/watch/Bupz18DcKX6, http://www.playvid.com/watch/Bg6uOhvHxVo, http://www.playvid.com/watch/e1a154uNS6q, http://www.playvid.com/watch/sCbpRYR-7wa, http://www.playvid.com/watch/TofnwoqTVFR, http://www.playvid.com/watch/NTiyDdQ2u0R, http://www.playvid.com/watch/6QNAedxzLaZ, http://www.playvid.com/watch/TLl4z-e8Gdm, http://www.playvid.com/watch/Pslv8VUINw4, http://www.playvid.com/watch/vgpW2ouCGLC, http://www.playvid.com/watch/fvNHpRUECpT, http://www.playvid.com/watch/HCDZyiac2oW, http://www.playvid.com/watch/6mvy41ma1RA, http://www.playvid.com/watch/wMaTUu8NmFz, http://www.playvid.com/watch/fAkP--SRQ9I, http://www.playvid.com/watch/bmLODDUXb1k, http://www.playvid.com/watch/NbK1VXTB1Rj, http://www.playvid.com/watch/BhkXE0KU_Oy, http://www.playvid.com/watch/TqS7NjQR0rE, http://www.playvid.com/watch/DBtTFkaVR8y, http://www.playvid.com/watch/sFOGWAUwWTM, http://www.playvid.com/watch/EKLmE2cnhMJ, http://www.playvid.com/watch/aIqCbUejvPf, http://www.playvid.com/watch/bcxsyAyHgLU, http://www.playvid.com/watch/VdxOo-Jh2Xj, http://www.playvid.com/watch/ygAkZ2-EaE9, http://www.playvid.com/watch/HWuQrNdLC8X, http://www.playvid.com/watch/0GCJD1RA1jL, http://www.playvid.com/watch/71N2MAko9kC, http://www.playvid.com/watch/5xj6VtYjKee, http://www.playvid.com/watch/RS02jFTl5-y, http://www.playvid.com/watch/ZgH5P5qlnwW, http://www.playvid.com/watch/0Zq-3zTArhu, http://www.playvid.com/watch/jIMwRkQKeKu, http://www.playvid.com/watch/TyO36weWMZt, http://www.playvid.com/watch/cSo4Ud0Ho8o, http://www.playvid.com/watch/mG9Yeahh7HV, http://www.playvid.com/watch/k3olMzBn2Ex, http://www.playvid.com/watch/scpbu5KfD-Q, http://www.playvid.com/watch/znx6kuEwel3, http://www.playvid.com/watch/tWWuPOq1ujd, http://www.playvid.com/watch/vsWoVrYLzTP, http://www.playvid.com/watch/SEolI4c2SWj, http://www.playvid.com/watch/N87m8KHi4_a, http://www.playvid.com/watch/oqNWkwRHp38, http://www.playvid.com/watch/NVM5UrvgaCl, http://www.playvid.com/watch/tXKQHH36fom, http://www.playvid.com/watch/4YDq3o2RJoM, http://www.playvid.com/watch/wcUVlPEFBOd, http://www.playvid.com/watch/H_mvsax5Yo6, http://www.playvid.com/watch/eTV4-WXezsk, http://www.playvid.com/watch/Uz7ZJ_wyoS6, http://www.playvid.com/watch/F26gWlw2LZC, http://www.playvid.com/watch/Oh19zxX9CO2, http://www.playvid.com/watch/Pk1TjOvUfdX, http://www.playvid.com/watch/Z9B-mXkKzzO, http://www.playvid.com/watch/S3WdVc41Eaz, http://www.playvid.com/watch/G_GPoqFDL87, http://www.playvid.com/watch/FMteGBMA8HG, http://www.playvid.com/watch/UnisCfHipnE, http://www.playvid.com/watch/zECJ9YDOg8f, http://www.playvid.com/watch/ZzogjRfEqZw, http://www.playvid.com/watch/2fatR9HFPSn, http://www.playvid.com/watch/6ociX1aiUoN, http://www.playvid.com/watch/k7Uq7Q0wah8, http://www.playvid.com/watch/uJfTtQlmdvM, http://www.playvid.com/watch/ZhM5IT7AEPN, http://www.playvid.com/watch/vQbIRd9TfyC, http://www.playvid.com/watch/EtnaMq6EMV3, http://www.playvid.com/watch/PrFI_pPNs24, http://www.playvid.com/watch/9ZbdZXNUG4N, http://www.playvid.com/watch/tZMPPZdseQG, http://www.playvid.com/watch/sMXR9qrQvPe, http://www.playvid.com/watch/rOd5B7GQsaC, http://www.playvid.com/watch/fLkabXZWftU, http://www.playvid.com/watch/Kp3Gt2HFoMU, http://www.playvid.com/watch/r4Ba_Gd0mS9, http://www.playvid.com/watch/cB8VwwoaaVc, http://www.playvid.com/watch/akYfMip0k9o, http://www.playvid.com/watch/cE2_dhshdpG, http://www.playvid.com/watch/3e9I_aCQ6Kt, http://www.playvid.com/watch/P7oJjfzS1wQ, http://www.playvid.com/watch/5giLByHQUBF, http://www.playvid.com/watch/UujobJ56eaR, http://www.playvid.com/watch/9dLtApCzZeP, http://www.playvid.com/watch/9gXji5GZbwf, http://www.playvid.com/watch/KJJkLXAemsi, http://www.playvid.com/watch/AJcaNCpubNP, http://www.playvid.com/watch/thfRoxDKZuh, http://www.playvid.com/watch/O-6HLqaOAx3, http://www.playvid.com/watch/Q8vtje9RprH, http://www.playvid.com/watch/q_2onpIyUlU, http://www.playvid.com/watch/viWmtePc1wZ, http://www.playvid.com/watch/ID6VEyFAQ9V, http://www.playvid.com/watch/L-2nLS7bA4F, http://www.playvid.com/watch/xBgZOYBNfA8, http://www.playvid.com/watch/WuA1I3qDLRz, http://www.playvid.com/watch/H2yOuwAHOEC, http://www.playvid.com/watch/3Yf53siOc8d, http://www.playvid.com/watch/sQgRpwZMdEb, http://www.playvid.com/watch/BYXGH-O1yz3, http://www.playvid.com/watch/BcmzbOkH9-3, http://www.playvid.com/watch/7pGR1eQRZHu, http://www.playvid.com/watch/ziXq21VK_H8, http://www.playvid.com/watch/qXYYltb44kM, http://www.playvid.com/watch/YShHvP7sDFt, http://www.playvid.com/watch/xY5LrGdAGii, http://www.playvid.com/watch/kWtkI8REWpl, http://www.playvid.com/watch/D-gqXTBT3ve, http://www.playvid.com/watch/5xYBR5Gc7Ee, http://www.playvid.com/watch/xAgOlJwJz29, http://www.playvid.com/watch/qgLQbaXrhaY, http://www.playvid.com/watch/hiR3JWGWz4j, http://www.playvid.com/watch/j0aulCj1BAw, http://www.playvid.com/watch/x7VyPrpYsQS, http://www.playvid.com/watch/5ysZ2s9fpGM, http://www.playvid.com/watch/hDjt4UdbM5n, http://www.playvid.com/watch/cM-jWcFh_Nj, http://www.playvid.com/watch/9wXZxDgt5oY, http://www.playvid.com/watch/zwXopBHBcBe, http://www.playvid.com/watch/mS_-RzM7WSa, http://www.playvid.com/watch/s7lr73Bw6Sf, http://www.playvid.com/watch/6uCIi_PjFOI, http://www.playvid.com/watch/g3zRaxUlv1D, http://www.playvid.com/watch/3J_EOG2cZfx, http://www.playvid.com/watch/uXXwvtzhe3p, http://www.playvid.com/watch/dLE5XqLnhp5, http://www.playvid.com/watch/D_aKXXRD3r6, http://www.playvid.com/watch/UDYYg9te9mi, http://www.playvid.com/watch/tsE0u2EzknT, http://www.playvid.com/watch/6aAyTLL6IZd, http://www.playvid.com/watch/V2p1f3EbWxR, http://www.playvid.com/watch/Bsg-q24nDLu, http://www.playvid.com/watch/Oyfoyxb7jBr, http://www.playvid.com/watch/JqGyY2bV0i5, http://www.playvid.com/watch/2J0LoT_h1p5, http://www.playvid.com/watch/6oRXO7oSe_o, http://www.playvid.com/watch/8fw6iK83hOZ, http://www.playvid.com/watch/ja6XejR7UAT, http://www.playvid.com/watch/WHbv2xZ7ndW, http://www.playvid.com/watch/BGQaHUjSyrL, http://www.playvid.com/watch/zMCDIIFI7U2, http://www.playvid.com/watch/w0C2TngtAoH, http://www.playvid.com/watch/GkjMLqL9DRQ, http://www.playvid.com/watch/NT6vsvIWkkD, http://www.playvid.com/watch/d9FLFD1mC2d, http://www.playvid.com/watch/8Y-7iPqoMxb, http://www.playvid.com/watch/rxhW6UHXwm9, http://www.playvid.com/watch/Oc8H7k-HGah, http://www.playvid.com/watch/UDU2HsI4rjo, http://www.playvid.com/watch/8XX8NBDF43a, http://www.playvid.com/watch/4bUb6ykbATH, http://www.playvid.com/watch/HO14McLO1Qm, http://www.playvid.com/watch/eOBetUJSnlo, http://www.playvid.com/watch/sgqcPoJYFZv, http://www.playvid.com/watch/rFznUABP-Tu, http://www.playvid.com/watch/xmdG5ipR7_U, http://www.playvid.com/watch/A2Xb0pTG6vh, http://www.playvid.com/watch/odMHmomBS23, http://www.playvid.com/watch/vCF9wUzdyN2, http://www.playvid.com/watch/xhzKLlVDw-H, http://www.playvid.com/watch/K7ObjLt8MEG, http://www.playvid.com/watch/oW1yA7AYzSC, http://www.playvid.com/watch/yd7FT8cOWSK, http://www.playvid.com/watch/029-JEM6b_E, http://www.playvid.com/watch/Ai21IJRk5l9, http://www.playvid.com/watch/owJCMkXncSJ, http://www.playvid.com/watch/phXcXNbuifT, http://www.playvid.com/watch/hYZMb0o0yrO, http://www.playvid.com/watch/lgidjHmVgYS, http://www.playvid.com/watch/ZOEIZhL9CuW, http://www.playvid.com/watch/nkBoqArhwwy, http://www.playvid.com/watch/vaVZN2QGNy6, http://www.playvid.com/watch/wF3wppwaSqr, http://www.playvid.com/watch/VVlJe8MuvkA, http://www.playvid.com/watch/otUjP3VxClg, http://www.playvid.com/watch/bGi92QEgGQW, http://www.playvid.com/watch/nK0PCHYfUzG, http://www.playvid.com/watch/dmWXLZknRt0, http://www.playvid.com/watch/PsvkowBbROh, http://www.playvid.com/watch/gRAtWuw7Epx, http://www.playvid.com/watch/GLatyYER0xI, http://www.playvid.com/watch/BdP2At2pEvW, http://www.playvid.com/watch/2WkCf_zGSJO, http://www.playvid.com/watch/Jl14hWiJMo0, http://www.playvid.com/watch/xI3gZtADJII, http://www.playvid.com/watch/QBXragJMlYI, http://www.playvid.com/watch/YfpkGNs2lJi, http://www.playvid.com/watch/rxRFgg7VgOe, http://www.playvid.com/watch/VH-Tyt6WiGu, http://www.playvid.com/watch/8W_1nhM716S, http://www.playvid.com/watch/ETG63q3TEsH, http://www.playvid.com/watch/OYrihKdbycI, http://www.playvid.com/watch/a7TVB96JjRU, http://www.playvid.com/watch/Z9u040ydXIT, http://www.playvid.com/watch/ZQjzFB8bllf, http://www.playvid.com/watch/2W7KSazlFxG, http://www.playvid.com/watch/LTL1cSsOmc9, http://www.playvid.com/watch/Ly8MmLPLY9d, http://www.playvid.com/watch/Yv7izJ9xg1c, http://www.playvid.com/watch/7ZkrpxIgUNC, http://www.playvid.com/watch/NU6rejb56vE, http://www.playvid.com/watch/VV9nP03zYWw, http://www.playvid.com/watch/vXfc1w-Hmfe, http://www.playvid.com/watch/9kQBGSY6qDN, http://www.playvid.com/watch/OpUwzNIzYxy, http://www.playvid.com/watch/SUDcPKO999T, http://www.playvid.com/watch/KYjIo-QGvxb, http://www.playvid.com/watch/sTRySeO0RuS, http://www.playvid.com/watch/u-Y4A1FUFwA, http://www.playvid.com/watch/O-pMa9nUFhg, http://www.playvid.com/watch/l_u_dHKhywh, http://www.playvid.com/watch/Zwj-IieogPJ

5.f. Date of third notice: 2014-04-18

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: HotshotsHoshots

5.b. Uploader's email address: shotcm@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/HotshotsHoshots

5.e. List of videos posted by uploader: http://www.playvid.com/watch/MADDmeTvPbs, http://www.playvid.com/watch/oWmFZB4hTJA, http://www.playvid.com/watch/stjYygtHMsY, http://www.playvid.com/watch/LUXiCD4Ddhy, http://www.playvid.com/watch/2l-TGsMNcS-, http://www.playvid.com/watch/d6XtGXJt2MV, http://www.playvid.com/watch/mJq7DGhqyV8, http://www.playvid.com/watch/Z9DMpMy967A, http://www.playvid.com/watch/n4xi6BRkESU, http://www.playvid.com/watch/R7-Rjji3fki, http://www.playvid.com/watch/x2u-kZnnP07, http://www.playvid.com/watch/n9vi45z6WcZ, http://www.playvid.com/watch/54okBf9e4TT, http://www.playvid.com/watch/QCxk0tXla2w, http://www.playvid.com/watch/hIIcB0GsuvI, http://www.playvid.com/watch/i3evtAfDdpW, http://www.playvid.com/watch/bJDHIkXb04p,

http://www.playvid.com/watch/jSaP5V4MKNw, http://www.playvid.com/watch/CP3uVOukvVC, http://www.playvid.com/watch/3m8gJHDOr0a,
http://www.playvid.com/watch/5DuzhsJN9pf, http://www.playvid.com/watch/FjB63qvhaMq, http://www.playvid.com/watch/Rb6dNxzORlw,
http://www.playvid.com/watch/ototBp4WzIi, http://www.playvid.com/watch/YxpH-w0l5zj, http://www.playvid.com/watch/kGVk-GaxV47,
http://www.playvid.com/watch/DSIxYHqZg9m, http://www.playvid.com/watch/mmcyyc9ca42, http://www.playvid.com/watch/0i9sFISkuCq,
http://www.playvid.com/watch/B4dXvej9oX6, http://www.playvid.com/watch/HJbZAXBQ-nO, http://www.playvid.com/watch/lmU4JAbAhBL,
http://www.playvid.com/watch/0QmNt_rFd8A
5.f. Date of third notice: 2014-02-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hromosom
5.b. Uploader's email address: bertalaur@ahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/hromosom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QaoYeKGuP-m, http://www.playvid.com/watch/GZQM6GkX78k,
http://www.playvid.com/watch/seWpLGBp0bD, http://www.playvid.com/watch/AO6raqMYQFy, http://www.playvid.com/watch/2s2qpDJsOwx,
http://www.playvid.com/watch/wJEWkTFyhnv, http://www.playvid.com/watch/aNaLd8MqQqY, http://www.playvid.com/watch/W7r7lH2Euwi,
http://www.playvid.com/watch/giwIC5wswBo, http://www.playvid.com/watch/9u5JbMIeBVk, http://www.playvid.com/watch/6qVgCgunSWf,
http://www.playvid.com/watch/ycPqyPFmR-u, http://www.playvid.com/watch/CB7OeUBvtfZ, http://www.playvid.com/watch/YzXWUwzwchR,
http://www.playvid.com/watch/czZqrT4V56w, http://www.playvid.com/watch/k4JIGqi0AP3, http://www.playvid.com/watch/TnJj2bgstwS,
http://www.playvid.com/watch/u-VUBaTmitZ, http://www.playvid.com/watch/A9kfrWeRNcW, http://www.playvid.com/watch/mTKQz55juZx,
http://www.playvid.com/watch/d9E3EspO46e, http://www.playvid.com/watch/7iN-CBgekJD, http://www.playvid.com/watch/583l0iBA3HA,
http://www.playvid.com/watch/U9tRGA8UvA7, http://www.playvid.com/watch/bdo7UTNiHCr, http://www.playvid.com/watch/djia0pCpS5k,
http://www.playvid.com/watch/RUfvoColTsm, http://www.playvid.com/watch/G0auoQchLBy, http://www.playvid.com/watch/be-33tyERO5,
http://www.playvid.com/watch/rZxZ4V9Aern, http://www.playvid.com/watch/yy5mLfCaB-G, http://www.playvid.com/watch/Vv4jMxiU3zd,
http://www.playvid.com/watch/FFe-8kDuykW, http://www.playvid.com/watch/pD32tJdoJl2, http://www.playvid.com/watch/W0aNMyK-kio,
http://www.playvid.com/watch/jAydsdDJSiZ, http://www.playvid.com/watch/EnXLLzT8iZa, http://www.playvid.com/watch/TJxBiqLPu3Z,
http://www.playvid.com/watch/KdXvP8Lz3FH, http://www.playvid.com/watch/75CsPwIMSML, http://www.playvid.com/watch/24aaSFO9Rga,
http://www.playvid.com/watch/Arc3DrNtNq3, http://www.playvid.com/watch/-yvrc0Vrj8L, http://www.playvid.com/watch/MasFCqhXgqI,
http://www.playvid.com/watch/zN6OBqMtdX5, http://www.playvid.com/watch/bqX9YAyh4Kv, http://www.playvid.com/watch/GUs6mbUCpDE,
http://www.playvid.com/watch/7o6JqD9NL5J, http://www.playvid.com/watch/qggeG4sT5WI, http://www.playvid.com/watch/B4w0jHins6J,
http://www.playvid.com/watch/EYMHlkZA2-y, http://www.playvid.com/watch/JLct3tqCxte, http://www.playvid.com/watch/4JmxwnVMWDa,
http://www.playvid.com/watch/iD32JZnSvL9, http://www.playvid.com/watch/tDRDIdWw2D2, http://www.playvid.com/watch/MdNkRwsqY-P,
http://www.playvid.com/watch/hyx3vYqdJCp, http://www.playvid.com/watch/QIAMo4cz76d, http://www.playvid.com/watch/8JDb2hLKarC,
http://www.playvid.com/watch/AFDhvjxFg9i, http://www.playvid.com/watch/hyHF22hx5ez, http://www.playvid.com/watch/pSr-SkmxHug,
http://www.playvid.com/watch/LcAK2Xfqi4v, http://www.playvid.com/watch/Sl7EpiUYLiu, http://www.playvid.com/watch/A-s4RgI9ORG,
http://www.playvid.com/watch/DPKoXzDAzWX, http://www.playvid.com/watch/bPXxWBNN0zT, http://www.playvid.com/watch/r5L0yYRZPWC,
http://www.playvid.com/watch/YXoStezFNG9, http://www.playvid.com/watch/M4foQbp6wmp, http://www.playvid.com/watch/GPn7ghztGy-,
http://www.playvid.com/watch/wLc-UYLNRry, http://www.playvid.com/watch/ASj2iNLXWSk, http://www.playvid.com/watch/S0RSQQ9PDVE,
http://www.playvid.com/watch/U2CekWuzbXv, http://www.playvid.com/watch/piPMV-ZjfOJ, http://www.playvid.com/watch/K9FtK7VugRd,
http://www.playvid.com/watch/9EllBZONZRM, http://www.playvid.com/watch/oEHwAwP2QGm, http://www.playvid.com/watch/7Tv4pSQMrVM,
http://www.playvid.com/watch/LstINvXglY4, http://www.playvid.com/watch/up6zKeAoDBs, http://www.playvid.com/watch/TybTsBNp9C3,
http://www.playvid.com/watch/4EN8vpL7JIP, http://www.playvid.com/watch/GyrVmreB4rH, http://www.playvid.com/watch/neuf73NmxoE,
http://www.playvid.com/watch/Td8zVxEy4Lw, http://www.playvid.com/watch/OTXaoiN2szU, http://www.playvid.com/watch/QMxCqGaTQtR,
http://www.playvid.com/watch/h6URcW6FxNG, http://www.playvid.com/watch/VMLxF-beT5v, http://www.playvid.com/watch/0vSfZePsAKj,
http://www.playvid.com/watch/2JSecJ4W2Ry, http://www.playvid.com/watch/2glLgWO5hu2, http://www.playvid.com/watch/b59DpMfBusU,
http://www.playvid.com/watch/ccovCQt4DTA, http://www.playvid.com/watch/vbFgt0yPCn0, http://www.playvid.com/watch/z6xdRvGlWGi,
http://www.playvid.com/watch/8xrHmIsLzdz, http://www.playvid.com/watch/gwj3Ps4u7uY, http://www.playvid.com/watch/IqidsGtNkhw,
http://www.playvid.com/watch/hjQtZhJQxPO, http://www.playvid.com/watch/9H4vQoZjA-z, http://www.playvid.com/watch/E6ZhHvHeElj
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Hromosoma
5.b. Uploader's email address: heromario@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Hromosoma
5.e. List of videos posted by uploader: http://www.playvid.com/watch/OP6RiGoyfku, http://www.playvid.com/watch/exPXuuzkuTf,
http://www.playvid.com/watch/Fz2RaVV3i3A, http://www.playvid.com/watch/0gImfQMw3bm, http://www.playvid.com/watch/Pzd-zakignn,
http://www.playvid.com/watch/KbiKq3Flwje, http://www.playvid.com/watch/yRHnf356cTD, http://www.playvid.com/watch/7l3QqH4FYOP,
http://www.playvid.com/watch/bs0vjJwcpPJ, http://www.playvid.com/watch/YwMclLn76kS, http://www.playvid.com/watch/GWFSglNuZor,
http://www.playvid.com/watch/OwcfpaHZvqr, http://www.playvid.com/watch/BS02B8acGa9, http://www.playvid.com/watch/emXkumA3nZo,
http://www.playvid.com/watch/3NEBUVOGVSE, http://www.playvid.com/watch/pp2K8GGjleX, http://www.playvid.com/watch/b50FfrZjRts,
http://www.playvid.com/watch/Iyex4sEeP4p, http://www.playvid.com/watch/nPVLGLdLw3-, http://www.playvid.com/watch/br7Ca7utXzA,
http://www.playvid.com/watch/9OZGU4-Yzyu, http://www.playvid.com/watch/74nwkKhujYX, http://www.playvid.com/watch/9ocrkchCRU7,
http://www.playvid.com/watch/NDxqABju5YG, http://www.playvid.com/watch/JXRsjNuPllZ, http://www.playvid.com/watch/aGkQChS8syS,
http://www.playvid.com/watch/Zm06KUfZ7Ce, http://www.playvid.com/watch/zI23YgmHY9s, http://www.playvid.com/watch/czqffkvPnvG,
http://www.playvid.com/watch/Rj8BFqam3Gg, http://www.playvid.com/watch/79X6daVaxaT, http://www.playvid.com/watch/0r6wyicPFtw,
http://www.playvid.com/watch/E5KpEGWGn8i, http://www.playvid.com/watch/Vs4H7F0z6AG, http://www.playvid.com/watch/rj9EHMvnlnS,
http://www.playvid.com/watch/oW33uUdoQ2R, http://www.playvid.com/watch/YhqTOsMN7-z, http://www.playvid.com/watch/IjhjVUEzX-H,
http://www.playvid.com/watch/Lspi57DmG6H, http://www.playvid.com/watch/zQuDHBdVy-F, http://www.playvid.com/watch/ROt37HZOAnN,
http://www.playvid.com/watch/RzUZ4xKSzaf, http://www.playvid.com/watch/4A3zYYiJeEs, http://www.playvid.com/watch/ByFScHnqJTN,
http://www.playvid.com/watch/sEIkKwgC7Pv, http://www.playvid.com/watch/PpQ8kGjFf3q, http://www.playvid.com/watch/AhLXD8gUdhC,
http://www.playvid.com/watch/-V-EqosEAJc, http://www.playvid.com/watch/gIOI6I3C5GP, http://www.playvid.com/watch/InIgMLRxDEV,
http://www.playvid.com/watch/DAV9W2OPsHo, http://www.playvid.com/watch/sjS8rSIAgEb, http://www.playvid.com/watch/YzWeY0A5DMZ,
http://www.playvid.com/watch/Iic-oBSS9q2, http://www.playvid.com/watch/lOjnXR4ZJkB, http://www.playvid.com/watch/KPoBA9CKyXU,
http://www.playvid.com/watch/Gf52N3CDyRd, http://www.playvid.com/watch/tQlzoE2czbY, http://www.playvid.com/watch/GatQBQVhvne,
http://www.playvid.com/watch/COuB0M3aMH9, http://www.playvid.com/watch/gADTbfdNWrn, http://www.playvid.com/watch/Gh-KnjhDSUy,
http://www.playvid.com/watch/NMaM4vt5Mvl, http://www.playvid.com/watch/NszxB5R0nmH, http://www.playvid.com/watch/SMEKEjqima-,
http://www.playvid.com/watch/nXMZZNhNqNU, http://www.playvid.com/watch/mUVg6yZ29Wk, http://www.playvid.com/watch/5sECrHN8Kdq,
http://www.playvid.com/watch/gasTwOEgNiF, http://www.playvid.com/watch/XOu3EBESvEx, http://www.playvid.com/watch/T30rSSkSlRs,
http://www.playvid.com/watch/c6jxJovBUZQ, http://www.playvid.com/watch/Kr56EwJUIe-, http://www.playvid.com/watch/Fpl8AccKhp8,
http://www.playvid.com/watch/yvKuCsT0xjL, http://www.playvid.com/watch/luYp3TpjOLA, http://www.playvid.com/watch/60pPzyMWmGF,
http://www.playvid.com/watch/FE8e2nIaeor, http://www.playvid.com/watch/hUc8q3QKWRy, http://www.playvid.com/watch/PVzCsSuv7z4,
http://www.playvid.com/watch/xllJ0xcvKuS, http://www.playvid.com/watch/Te-2qgyhvBF, http://www.playvid.com/watch/CmXPjLjiX7g,
http://www.playvid.com/watch/SGUbCu6SIHJ, http://www.playvid.com/watch/UpjIkRG7vmJ, http://www.playvid.com/watch/elEFgjK5vlI,
http://www.playvid.com/watch/DdxThBZVmsu, http://www.playvid.com/watch/7Logw2hDjm7, http://www.playvid.com/watch/eoYxgyvCYsi,
http://www.playvid.com/watch/LxRvQ4qAW2U, http://www.playvid.com/watch/YDnsRUdYIOI, http://www.playvid.com/watch/2qfzNi2A2gt,
http://www.playvid.com/watch/8cfVebSidR6, http://www.playvid.com/watch/BF-xPnbxrtb, http://www.playvid.com/watch/iSPR0L2jvHq,
http://www.playvid.com/watch/wTylIf06ESd, http://www.playvid.com/watch/XOdphDpXCit, http://www.playvid.com/watch/jjMOUTD-Wm3,
http://www.playvid.com/watch/muHQdjf5c-Y, http://www.playvid.com/watch/iMfFfOoXsCO, http://www.playvid.com/watch/BoqyLm7lElS,
http://www.playvid.com/watch/kmYKLYNSwua, http://www.playvid.com/watch/0ZFHUufoeDg, http://www.playvid.com/watch/T3Ofhyi4Qly,
http://www.playvid.com/watch/HSVxr8ifpfY, http://www.playvid.com/watch/malGSqRKZcd, http://www.playvid.com/watch/f0IOPXqkODV,
http://www.playvid.com/watch/IbJrfJlxRb7, http://www.playvid.com/watch/TfIU8lznYZI, http://www.playvid.com/watch/JepsrQW7rg3,
http://www.playvid.com/watch/7hO6oPiAPmL, http://www.playvid.com/watch/TSBXIDf4egT, http://www.playvid.com/watch/eiPGCqQAJrF,
http://www.playvid.com/watch/AmjxTQgMSl0, http://www.playvid.com/watch/xowZAkFKVPS, http://www.playvid.com/watch/2eQjcnshzWM,
http://www.playvid.com/watch/sUn-0cB8AT5, http://www.playvid.com/watch/UYNaWsdGxLq, http://www.playvid.com/watch/EhHlliAdtWx,
http://www.playvid.com/watch/TL9QglBtDri, http://www.playvid.com/watch/YFBtyS5YxwL, http://www.playvid.com/watch/g24jYMmAyr5,
http://www.playvid.com/watch/t6RrLYDdh7v, http://www.playvid.com/watch/FqqbLh6xqrU, http://www.playvid.com/watch/XTu32cSZaWa,
http://www.playvid.com/watch/o88pWEqRrHA, http://www.playvid.com/watch/fGdyGBoPauv, http://www.playvid.com/watch/RcIuSYnFmnQ,

http://www.playvid.com/watch/hQHTER6z9Wp, http://www.playvid.com/watch/cIISp5IXMsK, http://www.playvid.com/watch/pDhn6zQaZgt, http://www.playvid.com/watch/5yVSAz-cEYX, http://www.playvid.com/watch/Y-Eh9FbUylM, http://www.playvid.com/watch/wvRefW2Ywt7, http://www.playvid.com/watch/o8vKrtVBtrs, http://www.playvid.com/watch/GbPlepsq2-Q, http://www.playvid.com/watch/WvypEsji0z-, http://www.playvid.com/watch/3lVz-Hn6iJq, http://www.playvid.com/watch/0NvNFk-YgPT, http://www.playvid.com/watch/cYAKNbv2kPX, http://www.playvid.com/watch/PgGFj6nHyxF, http://www.playvid.com/watch/hLQyK8hgI2-, http://www.playvid.com/watch/zC6ub5kTLiK, http://www.playvid.com/watch/QhatkLY5jqm, http://www.playvid.com/watch/4r-8B2FIyUA, http://www.playvid.com/watch/w4GZ4ganLMY, http://www.playvid.com/watch/JyM6HIPhCRD, http://www.playvid.com/watch/4wcVRk7jvpE, http://www.playvid.com/watch/C7EGHx7STka, http://www.playvid.com/watch/WlBZiQh8aA2, http://www.playvid.com/watch/dJKmG8Dqdxc, http://www.playvid.com/watch/vxnfapy4CRo, http://www.playvid.com/watch/bZ4TVL3WWnF, http://www.playvid.com/watch/sGEIG-7Dq2S, http://www.playvid.com/watch/HsYR0QdJ8as, http://www.playvid.com/watch/2cND-BpyruP, http://www.playvid.com/watch/Qi4ovusZzeP, http://www.playvid.com/watch/A7LOLbe6eay, http://www.playvid.com/watch/m0mrZfB4nJd, http://www.playvid.com/watch/XziD5zZOLGT, http://www.playvid.com/watch/DoGoYW0XN3c, http://www.playvid.com/watch/HBBGtSMjrLR, http://www.playvid.com/watch/8PssY-dWqyL, http://www.playvid.com/watch/TBSXeLfDX9R, http://www.playvid.com/watch/YKU3bqslz9n, http://www.playvid.com/watch/EAjBdCEoZxY, http://www.playvid.com/watch/VCVhH6IzNbK, http://www.playvid.com/watch/JLi7FUGG0Gn, http://www.playvid.com/watch/4NMkKqFmj6G, http://www.playvid.com/watch/kloWMU7lmiz, http://www.playvid.com/watch/6Io-bOY-LS9, http://www.playvid.com/watch/gsFGdrua7-Z, http://www.playvid.com/watch/SkZWvTM0--r, http://www.playvid.com/watch/mfrdWiw-kzc, http://www.playvid.com/watch/gtMCH-LH9SB, http://www.playvid.com/watch/tcCyrUHgPCm, http://www.playvid.com/watch/-seSIrbveed, http://www.playvid.com/watch/hkFPndE6Hc3, http://www.playvid.com/watch/2XcUtdkTWBz, http://www.playvid.com/watch/6U23hWqPMO9, http://www.playvid.com/watch/uKoL4OKDOJw, http://www.playvid.com/watch/54VlzNhIRwX, http://www.playvid.com/watch/fqBBKzfqaqG, http://www.playvid.com/watch/qAZVpkbD0Fd, http://www.playvid.com/watch/t-y4ljvIb9d, http://www.playvid.com/watch/GhY00edhL3e, http://www.playvid.com/watch/ISUEf87vWWD, http://www.playvid.com/watch/hGBeAiGabjl, http://www.playvid.com/watch/NoetNMOCzsz, http://www.playvid.com/watch/ruAHDttqs-g, http://www.playvid.com/watch/9iQIt2ZKBwH, http://www.playvid.com/watch/7xx726IDe0a, http://www.playvid.com/watch/OvmGHROpjiB, http://www.playvid.com/watch/rmLTHFxU9FS, http://www.playvid.com/watch/phqIbE2dCUD, http://www.playvid.com/watch/IB6owTyqWqf, http://www.playvid.com/watch/zv68VsCiNc-, http://www.playvid.com/watch/3welWZHDcUO, http://www.playvid.com/watch/YKjltTqtJtY, http://www.playvid.com/watch/SS8RfLd8khD, http://www.playvid.com/watch/ZexJGL5yJ74, http://www.playvid.com/watch/sJMweNb2Ugj, http://www.playvid.com/watch/zAymSSaxwFC, http://www.playvid.com/watch/lMZUN3fDJSp, http://www.playvid.com/watch/6Pa-lhlVMzQ, http://www.playvid.com/watch/4Lvr2opUMeA, http://www.playvid.com/watch/bIKQ79OUOuX, http://www.playvid.com/watch/9aKWafu3u6p, http://www.playvid.com/watch/CcOSaSmDLpk, http://www.playvid.com/watch/2iYDqyz4xZU, http://www.playvid.com/watch/roeIxZYeLey, http://www.playvid.com/watch/b9XAw0JJB0d, http://www.playvid.com/watch/UIjokvENvnz, http://www.playvid.com/watch/Vhq3N8vdWDt, http://www.playvid.com/watch/ijKqLdpmznr, http://www.playvid.com/watch/9xvjAWDfXsv
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: humba
5.b. Uploader's email address: andreas500@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/humba
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8IrwUv34JRJ, http://www.playvid.com/watch/a6O6ERfC5sr, http://www.playvid.com/watch/4MM9IFDrx0Z, http://www.playvid.com/watch/lw1pSPBrKO3, http://www.playvid.com/watch/NIrwCjAdeRX, http://www.playvid.com/watch/Q0tv7a1uMQ8, http://www.playvid.com/watch/dUrvKvFZoll, http://www.playvid.com/watch/hJsi8jOzetb, http://www.playvid.com/watch/omOn227g785, http://www.playvid.com/watch/tf-7QPluLjj, http://www.playvid.com/watch/fc6rnAjb5Fi, http://www.playvid.com/watch/4QoOWdvp-ss, http://www.playvid.com/watch/BWEnxdQop20, http://www.playvid.com/watch/JUHZbGhNy4e, http://www.playvid.com/watch/rLooTwQXS4E, http://www.playvid.com/watch/9yfGHi3H8Je, http://www.playvid.com/watch/PZei4JCjePL, http://www.playvid.com/watch/a-o-QsA-6rx, http://www.playvid.com/watch/w0fQlEjlJFU, http://www.playvid.com/watch/uQo7UV8f5oh, http://www.playvid.com/watch/wopd8GjdaKf, http://www.playvid.com/watch/nXXoN8iJTMt, http://www.playvid.com/watch/0FwsuPHqMrO, http://www.playvid.com/watch/MJBKschXuvV, http://www.playvid.com/watch/CD5hgjbE8kn, http://www.playvid.com/watch/RJGjQoXdqn7, http://www.playvid.com/watch/oKWTTeXvHdu, http://www.playvid.com/watch/QYGPc5keTjG, http://www.playvid.com/watch/ImeLTTbc7u8, http://www.playvid.com/watch/cV9TSG3Tyyx, http://www.playvid.com/watch/y8rh31gbn3N, http://www.playvid.com/watch/guOqKzSaO69, http://www.playvid.com/watch/BQu8Cvv0UjM, http://www.playvid.com/watch/bvp5m4cQUuC, http://www.playvid.com/watch/CMWOQV7dC3a, http://www.playvid.com/watch/F92QC1XVryD, http://www.playvid.com/watch/VItFCrCTHbO, http://www.playvid.com/watch/ZKo0N6mc-Ab, http://www.playvid.com/watch/huU8GY1lAKL, http://www.playvid.com/watch/nLE-ezwIzux, http://www.playvid.com/watch/6QE7OhG-3lq, http://www.playvid.com/watch/XCxIjJIKLDu, http://www.playvid.com/watch/qYeYMaBbBCP, http://www.playvid.com/watch/SWvEZW6fD-f, http://www.playvid.com/watch/C2VwGoSqAuf, http://www.playvid.com/watch/l3pLVmlN4JE, http://www.playvid.com/watch/Aw1CAXmM8e4, http://www.playvid.com/watch/YVs2JJzJJqN, http://www.playvid.com/watch/CsWWM73dTR7, http://www.playvid.com/watch/uztPw-HWVuI, http://www.playvid.com/watch/FgESAs-Ie5C, http://www.playvid.com/watch/WQi6pQF0iZ5, http://www.playvid.com/watch/mAUd-sCI2Tl, http://www.playvid.com/watch/QN4DqxYOMSg, http://www.playvid.com/watch/vBrRYtIk9wd, http://www.playvid.com/watch/7zA2VzHwh93, http://www.playvid.com/watch/b8bAwK3Xx39, http://www.playvid.com/watch/kQey2p4lfPh, http://www.playvid.com/watch/teQ1jE4GoWy, http://www.playvid.com/watch/vOopxXuni3J, http://www.playvid.com/watch/NtLCvJ4YIYU, http://www.playvid.com/watch/kOboq-5U1kf, http://www.playvid.com/watch/Lw004PKuoSc, http://www.playvid.com/watch/s-1ySHfH6eU, http://www.playvid.com/watch/jSZ9OhnLOQt, http://www.playvid.com/watch/kpFEVKDodzX, http://www.playvid.com/watch/M-M88dmmm8h, http://www.playvid.com/watch/HJxh-DuIEdj, http://www.playvid.com/watch/vwmLtFi6jsr, http://www.playvid.com/watch/NLMIWHIfTG4, http://www.playvid.com/watch/TYJYhVDTLxb, http://www.playvid.com/watch/bOVtW1YJpHg, http://www.playvid.com/watch/M538HnHfhIp, http://www.playvid.com/watch/rrT0EvkuWHv, http://www.playvid.com/watch/WFMXDHQBZKF, http://www.playvid.com/watch/cM81D30W4rQ, http://www.playvid.com/watch/mKwF3Ifa46V, http://www.playvid.com/watch/hV50APLiHNl, http://www.playvid.com/watch/GUsz7y7ul9q, http://www.playvid.com/watch/noEoDwPPKxK, http://www.playvid.com/watch/3W9r06yq9zi, http://www.playvid.com/watch/OYroSihFvEi, http://www.playvid.com/watch/urY2TERUQdT, http://www.playvid.com/watch/Q4up9XIE1CC, http://www.playvid.com/watch/yWqd1UlcRBh, http://www.playvid.com/watch/zWvmWQhMnMr, http://www.playvid.com/watch/8fY0-VW7-bz, http://www.playvid.com/watch/DxLu382LhyF, http://www.playvid.com/watch/s47HRE748bn, http://www.playvid.com/watch/Kzg8C9Rkopv, http://www.playvid.com/watch/oxkEQ76kd-X, http://www.playvid.com/watch/shxz26iEzLb, http://www.playvid.com/watch/sHsHetI4nQZ, http://www.playvid.com/watch/OVHzgaTHCue, http://www.playvid.com/watch/QQIUdmqVSyq, http://www.playvid.com/watch/SjojJc8B-h8, http://www.playvid.com/watch/lHAbG2Cqdb2, http://www.playvid.com/watch/Ig7ecDeOpX0, http://www.playvid.com/watch/gxHDU41YL8F, http://www.playvid.com/watch/vuKVKt5vbWs, http://www.playvid.com/watch/oRagdnR5EDO, http://www.playvid.com/watch/yRe4SBoLg9M, http://www.playvid.com/watch/E3jqLb8Bx35, http://www.playvid.com/watch/ftt6GhkG-dH, http://www.playvid.com/watch/35o7rIoNngd, http://www.playvid.com/watch/tjv38RHAH94, http://www.playvid.com/watch/66OQr7F8Y58, http://www.playvid.com/watch/W4O8fGyjhh0, http://www.playvid.com/watch/PHeFDwrre9p, http://www.playvid.com/watch/Tpn4CMQ28gS, http://www.playvid.com/watch/U7UQamUHp7O, http://www.playvid.com/watch/9rxYDbuOTUB, http://www.playvid.com/watch/ljpWRDlfgBl, http://www.playvid.com/watch/CXR7Orpz5_W, http://www.playvid.com/watch/vxVSfDd69RO, http://www.playvid.com/watch/gREWNgoArdQ, http://www.playvid.com/watch/If1IdbMQPkB, http://www.playvid.com/watch/kDZU8MbtT1f, http://www.playvid.com/watch/R1LKmbFpWMt, http://www.playvid.com/watch/Ran3ySJlk_I, http://www.playvid.com/watch/6RhzMld8vuw, http://www.playvid.com/watch/KKMBPz5Kd_d, http://www.playvid.com/watch/vt8Yumr1HgC, http://www.playvid.com/watch/FGRBa2wAusk, http://www.playvid.com/watch/0ovpIM3ToZz, http://www.playvid.com/watch/FAHogBHTr3F, http://www.playvid.com/watch/ZktFenhAw3k, http://www.playvid.com/watch/ixr6T8sRm10, http://www.playvid.com/watch/hv0X2SVGVNL, http://www.playvid.com/watch/fnLnDCrsspd, http://www.playvid.com/watch/AM8TSVkLn1W, http://www.playvid.com/watch/kXCjM2MU0-7, http://www.playvid.com/watch/9vDpG-Xmp83, http://www.playvid.com/watch/C6PqrCNisvF, http://www.playvid.com/watch/e2xNiNtjbCd, http://www.playvid.com/watch/GXS8ycM7-7A, http://www.playvid.com/watch/5-Q9n5ccS7p, http://www.playvid.com/watch/eyiFtRc2-dp, http://www.playvid.com/watch/6ry81BHdmCa, http://www.playvid.com/watch/SIPYvSpJ6Xl, http://www.playvid.com/watch/RSXcokb3aWZ, http://www.playvid.com/watch/KSGQ97J4gNR, http://www.playvid.com/watch/thxksXx3u_c, http://www.playvid.com/watch/bJpGA4_by8Y, http://www.playvid.com/watch/PvYVrUbQfgE, http://www.playvid.com/watch/YFR6ryOi3Br, http://www.playvid.com/watch/kc2sv1bWf-H, http://www.playvid.com/watch/4yQtA9IQBNY, http://www.playvid.com/watch/O3cjV0v_u2n, http://www.playvid.com/watch/OmJDam-t7zX, http://www.playvid.com/watch/it8yY-c2lSF, http://www.playvid.com/watch/GmFLfo_99eH, http://www.playvid.com/watch/wKdlgY0QKKW, http://www.playvid.com/watch/emphm-UKZkX
5.f. Date of third notice: 2014-03-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hunr87
5.b. Uploader's email address: sebby_87@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/hunr87
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MIlVZ8vtv9H, http://www.playvid.com/watch/U4EESxYzqPJ, http://www.playvid.com/watch/mTiZEJbLRjZ, http://www.playvid.com/watch/WO7R4bfGnSr, http://www.playvid.com/watch/KWUTa0Vsb8I,

http://www.playvid.com/watch/jlH59jMVAdp, http://www.playvid.com/watch/dn9zpOpwuo6, http://www.playvid.com/watch/WhrtBXLggjz, http://www.playvid.com/watch/e-rkjijlDVt, http://www.playvid.com/watch/Pn2JB0XaT4J, http://www.playvid.com/watch/HIMRIJj3Hvn
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: hussain_449
5.b. Uploader's email address: hussain_449@windowslive.com
5.d. Uploader's profile: http://www.playvid.com/member/hussain_449
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ViUHFv7TVsG, http://www.playvid.com/watch/NqtI0o-r6Eh, http://www.playvid.com/watch/WIReZFLSbOT, http://www.playvid.com/watch/orw0Ro6jApw, http://www.playvid.com/watch/XcUKrjmmY9n, http://www.playvid.com/watch/XobbJHHqAqX, http://www.playvid.com/watch/jwEo6odTqPC, http://www.playvid.com/watch/Jen5JQf4LFx, http://www.playvid.com/watch/j2AFCAUePmf, http://www.playvid.com/watch/qGqNR5z2Y9j, http://www.playvid.com/watch/Y6oneMU8ZqR, http://www.playvid.com/watch/6MHlplpkhGR, http://www.playvid.com/watch/KiSz8lE7Fjb, http://www.playvid.com/watch/hirwdGdEqfF, http://www.playvid.com/watch/qkEFxKTl2xY, http://www.playvid.com/watch/Ylui-zkAjef, http://www.playvid.com/watch/vP3cYYuOP0j, http://www.playvid.com/watch/uTX9CRn3AYN, http://www.playvid.com/watch/QHyl-cg04pL, http://www.playvid.com/watch/Q3ORWa6I7do, http://www.playvid.com/watch/xADOU2yeiqz, http://www.playvid.com/watch/ybO0iEnktXw, http://www.playvid.com/watch/D3IYqyVXbvi, http://www.playvid.com/watch/Ol43dw6baNF, http://www.playvid.com/watch/Xb8t0J7ISDQ, http://www.playvid.com/watch/gmroAcNuc9s, http://www.playvid.com/watch/dkso8FVB8xN, http://www.playvid.com/watch/NA2vLEu4iQE, http://www.playvid.com/watch/zsof-APC7PG, http://www.playvid.com/watch/ImntndXxT-y, http://www.playvid.com/watch/gq72TgywN5g, http://www.playvid.com/watch/DuKfjN8xUim, http://www.playvid.com/watch/0X3fUAw8Gbs, http://www.playvid.com/watch/FLmyKPlqe-m, http://www.playvid.com/watch/MQDzzpZzQ-P, http://www.playvid.com/watch/l2eQL5Xey4p, http://www.playvid.com/watch/qFa087Sbut9, http://www.playvid.com/watch/Zx3VOwdTXps, http://www.playvid.com/watch/xH0V7juIr5E, http://www.playvid.com/watch/u0oHCJfKDFg, http://www.playvid.com/watch/H-KCCzv7PTV, http://www.playvid.com/watch/5NLaWrYYf4P, http://www.playvid.com/watch/Xtcuxiuovig, http://www.playvid.com/watch/C-aapo9PSK7, http://www.playvid.com/watch/-GGpQsRaaeE, http://www.playvid.com/watch/Qj6f2Y3ldj0, http://www.playvid.com/watch/dBYSfEzcb8s, http://www.playvid.com/watch/pxigh54P39y, http://www.playvid.com/watch/2CyCZZyeY4z, http://www.playvid.com/watch/6QmJ0v9-IFr, http://www.playvid.com/watch/Tmr-5bq0K8j, http://www.playvid.com/watch/K9KO4IZHMMW, http://www.playvid.com/watch/aY9Qy5adzw6, http://www.playvid.com/watch/QovtUhPmMqF, http://www.playvid.com/watch/JaziyqXbY3u, http://www.playvid.com/watch/w3IjP-rAiii, http://www.playvid.com/watch/dhi5PfgGpzY, http://www.playvid.com/watch/oxJZK9jqRmD
5.f. Date of third notice: 2013-12-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: huynhminhanh07101991
5.b. Uploader's email address: huyngminhanh07101991@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/huynhminhanh07101991
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sox0PeBlyda, http://www.playvid.com/watch/aA25cHHzAlf, http://www.playvid.com/watch/RCyY2vhHhnD, http://www.playvid.com/watch/cZ20NUszo2e, http://www.playvid.com/watch/d2mTsBPAZPe, http://www.playvid.com/watch/lPBlFztcNtC, http://www.playvid.com/watch/mYQ9amVBJby, http://www.playvid.com/watch/JKdvAK3BpT4, http://www.playvid.com/watch/hCpksuMcA6j, http://www.playvid.com/watch/rWWCb8tokoU, http://www.playvid.com/watch/U8ZFPgg3jZw, http://www.playvid.com/watch/ZjeqyiT-klt, http://www.playvid.com/watch/PLOCgPMEYCt, http://www.playvid.com/watch/ZHnEMqpYzp-, http://www.playvid.com/watch/A-f66430uDg, http://www.playvid.com/watch/0Xjx-AiK2pf, http://www.playvid.com/watch/kMmp6nvtiJX, http://www.playvid.com/watch/5gkExMHYNay, http://www.playvid.com/watch/oECbJzjMAiv, http://www.playvid.com/watch/tXJM54aQen4, http://www.playvid.com/watch/N6NLaT4NkoE, http://www.playvid.com/watch/nuDedMm4Rpr, http://www.playvid.com/watch/dBKL4JliZOo, http://www.playvid.com/watch/hHOahUojQlS, http://www.playvid.com/watch/dSmBpoJk6pn, http://www.playvid.com/watch/mmGYonKoszs, http://www.playvid.com/watch/sh6WhcjwEzp, http://www.playvid.com/watch/cnrsvIcOfWb, http://www.playvid.com/watch/WYxZNeHPjET, http://www.playvid.com/watch/TvCKnMtmr4k, http://www.playvid.com/watch/QowhGBGyZ5m, http://www.playvid.com/watch/y-7A37xMwIB, http://www.playvid.com/watch/XagVSLZVd8N, http://www.playvid.com/watch/lKYdWquIUfU, http://www.playvid.com/watch/7-3wzIyuBVM, http://www.playvid.com/watch/NBECQVAW-V0, http://www.playvid.com/watch/buRrcJ-Tay5, http://www.playvid.com/watch/hIfFT8qkotd, http://www.playvid.com/watch/SSwxpXu0rTb, http://www.playvid.com/watch/SmIyHIKEP-S, http://www.playvid.com/watch/dhSYqb3TeVN, http://www.playvid.com/watch/nySsK7JPM3n, http://www.playvid.com/watch/hSxzOhlKnlp, http://www.playvid.com/watch/pBzRAgAaXkd, http://www.playvid.com/watch/ZiejncgPVJc, http://www.playvid.com/watch/m578wHZS9AA, http://www.playvid.com/watch/GB06pF4NqsN, http://www.playvid.com/watch/ScSnkDESTui, http://www.playvid.com/watch/65P-qquKHJE, http://www.playvid.com/watch/gjxsqAjK3Sf, http://www.playvid.com/watch/thQytdzjQWu, http://www.playvid.com/watch/yMj5S6ZOxxm, http://www.playvid.com/watch/nFkmLbXVkO0, http://www.playvid.com/watch/XwfLkTIylr5, http://www.playvid.com/watch/LXqagqXZ3R9, http://www.playvid.com/watch/8yLWyJO3Eo8, http://www.playvid.com/watch/VkpW2UY92eW, http://www.playvid.com/watch/r-ioerqGWrj, http://www.playvid.com/watch/McfEzswqfu0, http://www.playvid.com/watch/J3wtBZWP5kz, http://www.playvid.com/watch/nwQ68cKWBdK, http://www.playvid.com/watch/cvzd3dTNQ57, http://www.playvid.com/watch/ew-pB0E55xu, http://www.playvid.com/watch/YbCxmwyBnHt, http://www.playvid.com/watch/KYlkxwvS8Fj, http://www.playvid.com/watch/8rdFmjw6t4r, http://www.playvid.com/watch/lsmS5szV8Fn, http://www.playvid.com/watch/u4N48pN3Vbn, http://www.playvid.com/watch/qDQQUkveAz7, http://www.playvid.com/watch/0Iewy-QizZS, http://www.playvid.com/watch/r3AoH6VdmRV, http://www.playvid.com/watch/wjF7mtplBGw, http://www.playvid.com/watch/pAbdqiSHdx7, http://www.playvid.com/watch/mGILL6XwbfK, http://www.playvid.com/watch/oCELtwK2fJw, http://www.playvid.com/watch/TTpsNByrTwR, http://www.playvid.com/watch/DzsNByrsF27, http://www.playvid.com/watch/tDR6WDj8BRP, http://www.playvid.com/watch/dSL-DYcxtnc
5.f. Date of third notice: 2014-04-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: icecoob
5.b. Uploader's email address: jahnjahnsonn@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/icecoob
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qc6Z0tQEXek, http://www.playvid.com/watch/YyahCoMO7kY, http://www.playvid.com/watch/vguWKRf0eHG, http://www.playvid.com/watch/d2xUtleeYet, http://www.playvid.com/watch/yxMwrncRtOG, http://www.playvid.com/watch/R0etYvMwhzT, http://www.playvid.com/watch/2US2qAgBrpX, http://www.playvid.com/watch/rFQGBIvW-ED, http://www.playvid.com/watch/T3ULbJ7Z3Z7, http://www.playvid.com/watch/QaSIGR0fnBc, http://www.playvid.com/watch/RKfOkjxJGih, http://www.playvid.com/watch/w7oavIb6HKQ, http://www.playvid.com/watch/lVoRHgX4j6I, http://www.playvid.com/watch/7WVIPgArIVy, http://www.playvid.com/watch/BcFp-Vguh4c, http://www.playvid.com/watch/YwDUJOZRgLx, http://www.playvid.com/watch/DG7ZCdtMv0k, http://www.playvid.com/watch/NVMFBHFFzrv, http://www.playvid.com/watch/0CKWMtFbdR5, http://www.playvid.com/watch/f7MUGx4DxxV, http://www.playvid.com/watch/xK8BQwgFXXw, http://www.playvid.com/watch/28opu0LLeOt, http://www.playvid.com/watch/OzdR3-TasnM, http://www.playvid.com/watch/gEQlPpoftaR, http://www.playvid.com/watch/5gQIfnOL2cl, http://www.playvid.com/watch/Kbr8xRHG7h9, http://www.playvid.com/watch/9DwAF3PFNV0, http://www.playvid.com/watch/naPbZ7IR2FW, http://www.playvid.com/watch/fTHkgCldPvo, http://www.playvid.com/watch/XF7y5kyG3sG, http://www.playvid.com/watch/4r3LFxvZIYo, http://www.playvid.com/watch/RqrK09GuECj, http://www.playvid.com/watch/wWN3naeClq7, http://www.playvid.com/watch/kZD2cBQZ-fh, http://www.playvid.com/watch/dPiCHhrGroY, http://www.playvid.com/watch/cCIQ9a8qdO3, http://www.playvid.com/watch/9gaOo-WkGcY, http://www.playvid.com/watch/MkzMZACV-kN, http://www.playvid.com/watch/hJjVmcoT3eV, http://www.playvid.com/watch/iTMYVWN2Q-T, http://www.playvid.com/watch/wkLSIRZlZr5, http://www.playvid.com/watch/DG20y-bMTI8, http://www.playvid.com/watch/YxNPSm9W56T, http://www.playvid.com/watch/HbsVUUGZNGE, http://www.playvid.com/watch/E5AFVrxm-af, http://www.playvid.com/watch/8Cn3SRlX0Qy, http://www.playvid.com/watch/7Pccjlo5pmK, http://www.playvid.com/watch/SeI9zaXnnf2, http://www.playvid.com/watch/gf5s9R0hJ9u, http://www.playvid.com/watch/Hv0oiZj3qi-, http://www.playvid.com/watch/bADF4wTTXN7, http://www.playvid.com/watch/wPwNzMpYcJy, http://www.playvid.com/watch/3jKPA98T4h8, http://www.playvid.com/watch/rUpiyrWHnmU, http://www.playvid.com/watch/6OW55GFW9um, http://www.playvid.com/watch/pSQSCWDkqHA, http://www.playvid.com/watch/NOro9LE8JjJ, http://www.playvid.com/watch/8r0l6-0JdyL, http://www.playvid.com/watch/OH3OfqPexW-, http://www.playvid.com/watch/mRqvtsZc2ZN, http://www.playvid.com/watch/HL-cNOSC4SN, http://www.playvid.com/watch/Wxeo4LctavI, http://www.playvid.com/watch/KljgYmeW8F5, http://www.playvid.com/watch/rknjO2OO5Hu, http://www.playvid.com/watch/Ws6ANm2q0hY, http://www.playvid.com/watch/mVWG22bp2Ee, http://www.playvid.com/watch/ifCGpt67WrO, http://www.playvid.com/watch/djQI4zB92yp, http://www.playvid.com/watch/IRB5kzbqC-h, http://www.playvid.com/watch/KPc09NLSwl-, http://www.playvid.com/watch/AybdcsFJRHW, http://www.playvid.com/watch/4JmTllWX4nK, http://www.playvid.com/watch/HRal-jyAfJ9, http://www.playvid.com/watch/TgYYRHvLOvf, http://www.playvid.com/watch/uOjaJ7Rk6P5, http://www.playvid.com/watch/5WC0PCCkKiL, http://www.playvid.com/watch/kqeqIzGhNF-, http://www.playvid.com/watch/pHegMpmSSdH, http://www.playvid.com/watch/N8WuYnyrt58, http://www.playvid.com/watch/cTGvoDcUYiE, http://www.playvid.com/watch/6CHsmzvCxfU, http://www.playvid.com/watch/-MXTRUFImr6, http://www.playvid.com/watch/jaYkPWmYmUt, http://www.playvid.com/watch/VBxS7JkqT4X, http://www.playvid.com/watch/sMCMij4jZaU, http://www.playvid.com/watch/OSqbWLgHPNe,

http://www.playvid.com/watch/ZtCISxQzjd4, http://www.playvid.com/watch/3T5MHlMOLSZ, http://www.playvid.com/watch/L4Lh7jponn9,
http://www.playvid.com/watch/Z68Tb0QYBcC, http://www.playvid.com/watch/Dj9a8aId8r3, http://www.playvid.com/watch/zYGMU6JMMLR,
http://www.playvid.com/watch/GZFpwFqPW-V, http://www.playvid.com/watch/gRlbGNFZbqB, http://www.playvid.com/watch/VeQot-ud4dg,
http://www.playvid.com/watch/DOO4OAteaSd, http://www.playvid.com/watch/Fu7kUO0FBqc, http://www.playvid.com/watch/8n73SpzCYi0,
http://www.playvid.com/watch/xC3QTQkZ-mv, http://www.playvid.com/watch/Vk8Ysh3hgJz, http://www.playvid.com/watch/JNTkyTsD-3x,
http://www.playvid.com/watch/TENjiiZEcgS, http://www.playvid.com/watch/apyfBOdnhkS, http://www.playvid.com/watch/JafpER-W0ke,
http://www.playvid.com/watch/eWdmZR8pOzA, http://www.playvid.com/watch/ASluvZZHzMh, http://www.playvid.com/watch/nsugXaRl2xG,
http://www.playvid.com/watch/BXItWQmeLHi, http://www.playvid.com/watch/7TPSUmhkJdf, http://www.playvid.com/watch/kn8FAbrtT6f,
http://www.playvid.com/watch/JUCMdnnIZfH, http://www.playvid.com/watch/XPO4CPWh-oK, http://www.playvid.com/watch/DIpfX936UL6,
http://www.playvid.com/watch/gAW-J-LFHoA, http://www.playvid.com/watch/4DvbrJQ0Vfc, http://www.playvid.com/watch/60nzeZHjx-R,
http://www.playvid.com/watch/3zlJwuSlpD5, http://www.playvid.com/watch/vBRQ28F7FKJ, http://www.playvid.com/watch/fsfXgXYsi8N,
http://www.playvid.com/watch/Kzi97asjFTU, http://www.playvid.com/watch/upYqGm8TXBn, http://www.playvid.com/watch/5zfdZyor8jB,
http://www.playvid.com/watch/osu6afGO3xL, http://www.playvid.com/watch/GXyD3hG4gJX, http://www.playvid.com/watch/0MjCf8UdOVV,
http://www.playvid.com/watch/VEftOVZDflY, http://www.playvid.com/watch/r0qcUKcIDRj, http://www.playvid.com/watch/a7PsIlOD2Q4,
http://www.playvid.com/watch/dF75fRYUkHk, http://www.playvid.com/watch/7FE4ZM9lH3t, http://www.playvid.com/watch/bGRG9FIMoBA,
http://www.playvid.com/watch/4uhlUCEGMS2, http://www.playvid.com/watch/awSa2Rr27nb, http://www.playvid.com/watch/zQjglafs-56,
http://www.playvid.com/watch/wcOgZoj2yWN, http://www.playvid.com/watch/zUpOQ2XKM2o, http://www.playvid.com/watch/9ispZa0WcwR,
http://www.playvid.com/watch/V4b4G9fSrdP, http://www.playvid.com/watch/77C54upb6HX, http://www.playvid.com/watch/MnwMPAQL8N6,
http://www.playvid.com/watch/foP6SKHLtJB, http://www.playvid.com/watch/dDrHfp-EPXT, http://www.playvid.com/watch/AtcxZq-iSkp,
http://www.playvid.com/watch/f06v77Dvap3, http://www.playvid.com/watch/-S4PssPqhpR, http://www.playvid.com/watch/m6audhG0HQ-,
http://www.playvid.com/watch/PkBOeUHZReW, http://www.playvid.com/watch/LQLNIasF7gP, http://www.playvid.com/watch/GdKEtEpgKuT,
http://www.playvid.com/watch/Pmi0htKHjOo, http://www.playvid.com/watch/snZWgRa7TPo, http://www.playvid.com/watch/unAhGHySVAq,
http://www.playvid.com/watch/ARG2obtRQ-W, http://www.playvid.com/watch/YsupECXaTvB, http://www.playvid.com/watch/HphrBd-gqBB,
http://www.playvid.com/watch/osYogGQPm2L, http://www.playvid.com/watch/mEWmpJgza8T, http://www.playvid.com/watch/Cp6AEbrJnWI,
http://www.playvid.com/watch/PjlrHUAYhyQ, http://www.playvid.com/watch/DYYlzoxMbFJ, http://www.playvid.com/watch/yUJK59j9yV9,
http://www.playvid.com/watch/UynQ4EQBIWr, http://www.playvid.com/watch/RckFNNpxGSa, http://www.playvid.com/watch/kKKTRfyKByS,
http://www.playvid.com/watch/WqpZJTCCfuS, http://www.playvid.com/watch/LPtdqOozyRf, http://www.playvid.com/watch/XXO89K6z32X,
http://www.playvid.com/watch/F06rqRXkJrR, http://www.playvid.com/watch/MPa4nwW9Ono, http://www.playvid.com/watch/fvgPmQBEZfX,
http://www.playvid.com/watch/rCTxrQnWssl, http://www.playvid.com/watch/M4xGULqfZCT, http://www.playvid.com/watch/UlwqJAdEGPx,
http://www.playvid.com/watch/uCF7dQQwC4A, http://www.playvid.com/watch/jrBKO2xXkkW, http://www.playvid.com/watch/36mQqPS3J3D,
http://www.playvid.com/watch/KLWOBg6QAWZ, http://www.playvid.com/watch/IF2r5jLctBm, http://www.playvid.com/watch/ZQ-UijbkWZT,
http://www.playvid.com/watch/jsL76wNqbdK, http://www.playvid.com/watch/HtFdQyLHfoE, http://www.playvid.com/watch/x9YAAnJ8UjM,
http://www.playvid.com/watch/RnsBUW5tXgV, http://www.playvid.com/watch/MVOTwJaJZ7T, http://www.playvid.com/watch/Qf2gZN7rBf-,
http://www.playvid.com/watch/Du9PCljn-jJ, http://www.playvid.com/watch/p2BwShN9Jwy, http://www.playvid.com/watch/ZUVsgEs7sHf,
http://www.playvid.com/watch/PICOXNUnuWX, http://www.playvid.com/watch/XCpIvwb0PK3, http://www.playvid.com/watch/HFvRhmXeYzZ,
http://www.playvid.com/watch/Eg8gC6VEcMt, http://www.playvid.com/watch/6FZcTVJPNxN, http://www.playvid.com/watch/B4LGBJ6yzhi,
http://www.playvid.com/watch/gFHF2DD-twc, http://www.playvid.com/watch/U4QzVxtVzMS, http://www.playvid.com/watch/OBkqXwnfwcH,
http://www.playvid.com/watch/99XeOsxkisY, http://www.playvid.com/watch/6dk9gHJJ3Jr, http://www.playvid.com/watch/94XTc3b292v,
http://www.playvid.com/watch/2zZJ4ooYiVZ, http://www.playvid.com/watch/bexDBfYcK6u, http://www.playvid.com/watch/VGzQQPQKXPg,
http://www.playvid.com/watch/N0J2Q2NyroT, http://www.playvid.com/watch/ibTAlUBL8Z0, http://www.playvid.com/watch/tNCkIG4Pl4e,
http://www.playvid.com/watch/qA5RPe3QAyv, http://www.playvid.com/watch/E8X49lKEVOx, http://www.playvid.com/watch/qrJxtzsfoSp,
http://www.playvid.com/watch/6NN2vCEeexw, http://www.playvid.com/watch/WPSTdtrzNUz, http://www.playvid.com/watch/iDkkVyHyLIh,
http://www.playvid.com/watch/T9FezLQLfB2, http://www.playvid.com/watch/Tn6PniMqXCL, http://www.playvid.com/watch/LcrFtHRoTFr,
http://www.playvid.com/watch/fB3dSlUKRzZ, http://www.playvid.com/watch/ZauBNtQz6g9, http://www.playvid.com/watch/8AH9s-cAved,
http://www.playvid.com/watch/-WZp94y59mY, http://www.playvid.com/watch/iLaUof-mLFo, http://www.playvid.com/watch/IqqSc7YiB3W,
http://www.playvid.com/watch/h59OjDRhHvA, http://www.playvid.com/watch/5QYsU3i0ZuS, http://www.playvid.com/watch/ANwqToVY0DL,
http://www.playvid.com/watch/rx57olW8kvi, http://www.playvid.com/watch/L2tZNsB0IJU, http://www.playvid.com/watch/9V3mMb6vtn-,
http://www.playvid.com/watch/FEBzZGI5lO3, http://www.playvid.com/watch/KNYVoBGhMLY, http://www.playvid.com/watch/HpljQE9bNDI,
http://www.playvid.com/watch/3rt032Uq29Y, http://www.playvid.com/watch/6q6devMSh2j, http://www.playvid.com/watch/P6AB7xOoEfl,
http://www.playvid.com/watch/Tc8aQZ5WtCs, http://www.playvid.com/watch/eMcshMBy8ox, http://www.playvid.com/watch/CI5FBaD3HBk,
http://www.playvid.com/watch/my5MBEZRhdB, http://www.playvid.com/watch/W-NpcROhamG, http://www.playvid.com/watch/993vvbOfauj,
http://www.playvid.com/watch/HcYIJDOfvnN, http://www.playvid.com/watch/cIkMRpiLdi-, http://www.playvid.com/watch/igMUpP4vFFe,
http://www.playvid.com/watch/pfL0jPc6GNn, http://www.playvid.com/watch/Lwgcs7e-VEe, http://www.playvid.com/watch/tMiwQQUAlCV,
http://www.playvid.com/watch/jKjZRcXs88c, http://www.playvid.com/watch/AneMOecHQH7, http://www.playvid.com/watch/nAuoZflUcZJ,
http://www.playvid.com/watch/lwJ82CmJfAz, http://www.playvid.com/watch/c835TdyqdgV, http://www.playvid.com/watch/iKIbbLaX0Cq,
http://www.playvid.com/watch/OLsY0A5xOLp, http://www.playvid.com/watch/4JqlGc7Tfkl, http://www.playvid.com/watch/g5m2fPhgrCA,
http://www.playvid.com/watch/VVJNEZ6zaNS, http://www.playvid.com/watch/wjOf2vlBShs, http://www.playvid.com/watch/29tThMZnAme,
http://www.playvid.com/watch/cQZO8jyyTx3, http://www.playvid.com/watch/UDtLWHoBRtp, http://www.playvid.com/watch/gxIggDkT6jH,
http://www.playvid.com/watch/8jXH6gE04cZ, http://www.playvid.com/watch/Kk2QGkzZlOt, http://www.playvid.com/watch/7flBTB3w0Ek,
http://www.playvid.com/watch/2alDW6VDjFu, http://www.playvid.com/watch/RsS04KINRpz, http://www.playvid.com/watch/VQQOtIPPQoY,
http://www.playvid.com/watch/0nWWBXzq56L, http://www.playvid.com/watch/f8Wap2b8JsM, http://www.playvid.com/watch/eKZMvLPuTfI,
http://www.playvid.com/watch/rxrFCj4gOlF, http://www.playvid.com/watch/CwCBobrGUww, http://www.playvid.com/watch/yljcFcHEZDT,
http://www.playvid.com/watch/95AVBV8cAOo, http://www.playvid.com/watch/q5b6mjDjlj3, http://www.playvid.com/watch/8Bphmr6umqu,
http://www.playvid.com/watch/GNYROm5AnHt, http://www.playvid.com/watch/A8BQiEg8BbV, http://www.playvid.com/watch/8PphwbD2hay,
http://www.playvid.com/watch/Jbok32CfKCQ, http://www.playvid.com/watch/NhBOiAJUw9T, http://www.playvid.com/watch/ukmeEqAYOF5,
http://www.playvid.com/watch/-iniEUn-5sk, http://www.playvid.com/watch/9Q9ANXY0sG3, http://www.playvid.com/watch/9F0RfPUDwwr,
http://www.playvid.com/watch/L8ik5-obj9O, http://www.playvid.com/watch/m5tqd5BL7pj, http://www.playvid.com/watch/ykCCUreg4UA,
http://www.playvid.com/watch/f3tUYEfspMo, http://www.playvid.com/watch/rCWJJwH9JsD, http://www.playvid.com/watch/BhBJXsfYXbu,
http://www.playvid.com/watch/sfzv2iSyzyZ, http://www.playvid.com/watch/CuKc0aqMqhu, http://www.playvid.com/watch/UDtBfVZ7b2V,
http://www.playvid.com/watch/oIn-UWw--7d, http://www.playvid.com/watch/n9I2-BPlDv7, http://www.playvid.com/watch/Bqc02BTt0yi,
http://www.playvid.com/watch/v4qwn4L4b76, http://www.playvid.com/watch/IgB39LtF9qa, http://www.playvid.com/watch/a2P9JO7xfji,
http://www.playvid.com/watch/y0EdKrEDHai, http://www.playvid.com/watch/aokM4Wy-ADg, http://www.playvid.com/watch/ibtmp5M9iFf,
http://www.playvid.com/watch/M68rlumJsX2, http://www.playvid.com/watch/hiQgNMx-7LB, http://www.playvid.com/watch/LArQMn6bVI-,
http://www.playvid.com/watch/aCxpOqOHtTe, http://www.playvid.com/watch/emqIMpjHlFZ, http://www.playvid.com/watch/hFPAt-eEnu8,
http://www.playvid.com/watch/qXEqe8BAz8W, http://www.playvid.com/watch/KPWJ9hiN5zF, http://www.playvid.com/watch/aBjPpT59Bf7,
http://www.playvid.com/watch/6O5URu9Fb9G, http://www.playvid.com/watch/MtB7mrCpnaq, http://www.playvid.com/watch/OzpAI8jDLdo,
http://www.playvid.com/watch/vx00AOJtupX, http://www.playvid.com/watch/2jKgXwGcLBi, http://www.playvid.com/watch/Sw77ZsIld-T,
http://www.playvid.com/watch/MHWTCVxFAx3, http://www.playvid.com/watch/--nOEY9yaVU, http://www.playvid.com/watch/F2Px4XjRF78,
http://www.playvid.com/watch/EruoftwCumi, http://www.playvid.com/watch/zJQYfwMXPLL, http://www.playvid.com/watch/pT5oRC76R2Z,
http://www.playvid.com/watch/5lT7AqhQ4Tu, http://www.playvid.com/watch/N9HhtvH5lND, http://www.playvid.com/watch/p43OsMy-oHO,
http://www.playvid.com/watch/LbSzzL6wAPD, http://www.playvid.com/watch/NWOot7jMtPX, http://www.playvid.com/watch/3OMdscjw57s,
http://www.playvid.com/watch/Sh6WWiz3aq2, http://www.playvid.com/watch/bYbtqF66zrY, http://www.playvid.com/watch/bXjrzh8J3h3,
http://www.playvid.com/watch/CvOIV0RnAly, http://www.playvid.com/watch/2atdsakGbSj, http://www.playvid.com/watch/QZJemLWZnPc,
http://www.playvid.com/watch/bUE6egpZ4i7, http://www.playvid.com/watch/44OUIVG3Bgx, http://www.playvid.com/watch/2mfdcpCRaRW,
http://www.playvid.com/watch/aCTfSIcFOfs, http://www.playvid.com/watch/FCubx2TULXg, http://www.playvid.com/watch/mz0RnalmCQX,
http://www.playvid.com/watch/6KsTWSGQE3s, http://www.playvid.com/watch/oFgdXaugAKQ, http://www.playvid.com/watch/TAeo5C75OHM,
http://www.playvid.com/watch/zEnEMUaZJaU, http://www.playvid.com/watch/jW2AKSd2sWd, http://www.playvid.com/watch/wwwKES-k79x,
http://www.playvid.com/watch/-sMdssTCFzm, http://www.playvid.com/watch/CUddNbh0ZrQ, http://www.playvid.com/watch/2k0GsojWwT4,
http://www.playvid.com/watch/UVUNM5SMW0w, http://www.playvid.com/watch/ntFxZ5D4ydA, http://www.playvid.com/watch/SxAth5AqTZ6,
http://www.playvid.com/watch/cKtLofVVuuv, http://www.playvid.com/watch/aA8NyXC-cno, http://www.playvid.com/watch/dy8CxiMXhsR,
http://www.playvid.com/watch/BrZAHDDS3gX, http://www.playvid.com/watch/nFgSpjMzKW-, http://www.playvid.com/watch/hNEv2Xh5sDz,
http://www.playvid.com/watch/hfSiim5WyEo, http://www.playvid.com/watch/c-EIE2bD6aa, http://www.playvid.com/watch/QmBcq8-RDYL,
http://www.playvid.com/watch/uVds5XrZzQE, http://www.playvid.com/watch/G-CALPzPdo6, http://www.playvid.com/watch/6Ld8kkDvpW4,
http://www.playvid.com/watch/lE7E5iYjx3O, http://www.playvid.com/watch/r9QzIauUm4s, http://www.playvid.com/watch/50C7YLIWdHU,
http://www.playvid.com/watch/WvO63zWtEh0, http://www.playvid.com/watch/AKFAociaSqA, http://www.playvid.com/watch/NAEVAV4DdUy,
http://www.playvid.com/watch/DQfXlQAagm9, http://www.playvid.com/watch/tGTdUR9n5EW, http://www.playvid.com/watch/UMKV25Iw78i,

http://www.playvid.com/watch/SSWPMgNz4XG, http://www.playvid.com/watch/zAx3S7RuV0l, http://www.playvid.com/watch/n3awolJra4t, http://www.playvid.com/watch/sdJ0exIZ9hI, http://www.playvid.com/watch/gsXFyZeVpaT, http://www.playvid.com/watch/YmQBy64o0RJ, http://www.playvid.com/watch/HpIjYsfouFQ, http://www.playvid.com/watch/t3GwZ3nDPCe, http://www.playvid.com/watch/JftBVhK4B54, http://www.playvid.com/watch/RxToZNH0VCA, http://www.playvid.com/watch/2T6Q3vSaxOV, http://www.playvid.com/watch/LAqe6syq2pL, http://www.playvid.com/watch/8ItYsVeOSGo, http://www.playvid.com/watch/yH9H6lSDSDh, http://www.playvid.com/watch/WWeWs0sxFTk, http://www.playvid.com/watch/oYHJWvnllP4, http://www.playvid.com/watch/3xqriwZoDgQ, http://www.playvid.com/watch/AYBVOxwl8Ca, http://www.playvid.com/watch/JOFYzWmf3LT, http://www.playvid.com/watch/VIE5s85CCx8, http://www.playvid.com/watch/WtZYOKMrjgW, http://www.playvid.com/watch/0z0Rk5aO04p, http://www.playvid.com/watch/n3VO78ddOBD, http://www.playvid.com/watch/JKK0KUF55n6, http://www.playvid.com/watch/0kNZi7bXV2e, http://www.playvid.com/watch/Y2VezS2zG5z, http://www.playvid.com/watch/wYY4B5JTDFw, http://www.playvid.com/watch/k4lGEMu7x-t, http://www.playvid.com/watch/OMPLfd9EDc8, http://www.playvid.com/watch/eFpQa2jgd5y, http://www.playvid.com/watch/VBSjqMMjaPK, http://www.playvid.com/watch/wqUZeTtLSPQ, http://www.playvid.com/watch/fyr3obZMLdu, http://www.playvid.com/watch/GaNAGjL-3v-, http://www.playvid.com/watch/3xEwULDlSRx, http://www.playvid.com/watch/KjcOHsiHtg7, http://www.playvid.com/watch/67VsCp9UgAN, http://www.playvid.com/watch/eAXAI6dfH53, http://www.playvid.com/watch/AFlo8TBSic-, http://www.playvid.com/watch/EA-lZpUzpuN, http://www.playvid.com/watch/ogjKZAt7qso, http://www.playvid.com/watch/pty4uKUfgj2, http://www.playvid.com/watch/C6q68V08Rvt, http://www.playvid.com/watch/Nn3b8IAEGTu, http://www.playvid.com/watch/mWYKYZI7RUl, http://www.playvid.com/watch/XQIJPlhK0Iv, http://www.playvid.com/watch/mWd4UuskOK7, http://www.playvid.com/watch/L6j3rFeIkcZ, http://www.playvid.com/watch/NWSKYi5cmHp, http://www.playvid.com/watch/Sqmc08i7h-c, http://www.playvid.com/watch/asjK-75jRzv, http://www.playvid.com/watch/pmjLITQbyjZ, http://www.playvid.com/watch/2qf6H3ZuNzg, http://www.playvid.com/watch/rRM96risX0A, http://www.playvid.com/watch/SlyhL6Vc2gf, http://www.playvid.com/watch/a5Bvryrf6rt, http://www.playvid.com/watch/f6gHskAOl72, http://www.playvid.com/watch/f2I2T2z4lry, http://www.playvid.com/watch/kyzvrrqMAHg, http://www.playvid.com/watch/HFI2UpLtmM4, http://www.playvid.com/watch/w9gE50A-K-k, http://www.playvid.com/watch/fDz-ZKESvcU, http://www.playvid.com/watch/KbhI90M5ugC, http://www.playvid.com/watch/BcIykFnb3lU, http://www.playvid.com/watch/M0gwjnr3XNu, http://www.playvid.com/watch/SzQzZJc-Brg, http://www.playvid.com/watch/UFQfrVxbRS0, http://www.playvid.com/watch/5XTK70vfwfs, http://www.playvid.com/watch/OPqbm36SuSi, http://www.playvid.com/watch/YxrRLezdnFi, http://www.playvid.com/watch/aRRGoqVwScm, http://www.playvid.com/watch/NCKu3HJBntW, http://www.playvid.com/watch/Btjxn9FYwOg, http://www.playvid.com/watch/apsObWj5tWu, http://www.playvid.com/watch/Z7RIp2CSWMi, http://www.playvid.com/watch/A7LZjmRkSTr, http://www.playvid.com/watch/tycwm9IrPJP, http://www.playvid.com/watch/whD9oTzlZCl, http://www.playvid.com/watch/hrqyv8LP5xF, http://www.playvid.com/watch/w9xks3qu-O2, http://www.playvid.com/watch/GH7eWRBcbUS, http://www.playvid.com/watch/9PvMJYrgVon, http://www.playvid.com/watch/dnjQYP6OJFF, http://www.playvid.com/watch/BVRyGR7XBEJ, http://www.playvid.com/watch/rR9753wxEv7, http://www.playvid.com/watch/2kGdVaRpVIO, http://www.playvid.com/watch/zaJDn6XIUMd, http://www.playvid.com/watch/Cd0dsioroJP, http://www.playvid.com/watch/5kd9aQsLoeJ, http://www.playvid.com/watch/aT3jUivYLB9, http://www.playvid.com/watch/xexehpU3sq7, http://www.playvid.com/watch/ZCyOGTYPt7j, http://www.playvid.com/watch/Ou5q04vvsyy, http://www.playvid.com/watch/0QqJwOeuHw4, http://www.playvid.com/watch/938P4Lt-VIR, http://www.playvid.com/watch/0uBNPaMF8iU, http://www.playvid.com/watch/XvNeRR3qSMa, http://www.playvid.com/watch/HipDhELDPxi, http://www.playvid.com/watch/5OqmhxKdZZB, http://www.playvid.com/watch/YoHhqQxkBe6, http://www.playvid.com/watch/gfbJdCpI6Jl, http://www.playvid.com/watch/n6s6eDHQuRa, http://www.playvid.com/watch/qGHec8GaQQj, http://www.playvid.com/watch/UJ3IOa62WiS, http://www.playvid.com/watch/rTgB9k25gVI, http://www.playvid.com/watch/eaiJ4KCONyb, http://www.playvid.com/watch/sLHz7t263h4, http://www.playvid.com/watch/ss75hDson3E, http://www.playvid.com/watch/TAOgBBfZtD0, http://www.playvid.com/watch/9amdz2jUG--, http://www.playvid.com/watch/YbS2IjdUYCn, http://www.playvid.com/watch/OVLMP6nlPR5, http://www.playvid.com/watch/5SQr2HI7T0L, http://www.playvid.com/watch/DhzlDoamOmU, http://www.playvid.com/watch/wurzi9J4CCj, http://www.playvid.com/watch/aQrxoxhuBOE, http://www.playvid.com/watch/HuBrAL24PW2, http://www.playvid.com/watch/ou-8dOoa30F, http://www.playvid.com/watch/BwTD4-cjzNK, http://www.playvid.com/watch/IjujZtpFkjf, http://www.playvid.com/watch/LGQOeOmPpwd, http://www.playvid.com/watch/stLJSTGjC4o, http://www.playvid.com/watch/3m9oRSlxZBm, http://www.playvid.com/watch/IBdoBQTzYEx, http://www.playvid.com/watch/8l7IN54L6gP, http://www.playvid.com/watch/bc2rIcCrJGg, http://www.playvid.com/watch/ffuoK8cmlNx, http://www.playvid.com/watch/GxRk8rvkXij, http://www.playvid.com/watch/k2mhf2bpUW3, http://www.playvid.com/watch/mmU84jKnG89, http://www.playvid.com/watch/23KAnD7AAvW, http://www.playvid.com/watch/lyPtZfB50kq, http://www.playvid.com/watch/pRVXlMtCKja, http://www.playvid.com/watch/NBLIojt2mJB, http://www.playvid.com/watch/C3kwnNpNzpt, http://www.playvid.com/watch/tKp8nHQktq3, http://www.playvid.com/watch/V5ZYfqDmPpe, http://www.playvid.com/watch/hxJEiBz8GEC, http://www.playvid.com/watch/lX2YdrZLaHa, http://www.playvid.com/watch/UsyOd8rJnLZ, http://www.playvid.com/watch/4sasExu-7Kx, http://www.playvid.com/watch/qVjem6ne0oY, http://www.playvid.com/watch/b6lLPOLWBgs, http://www.playvid.com/watch/p49m9sPBLDr, http://www.playvid.com/watch/iMVJKwjG8qn, http://www.playvid.com/watch/j6gfWzifeMn, http://www.playvid.com/watch/0vVrw0-gGVx, http://www.playvid.com/watch/RB2TyDbaxWm, http://www.playvid.com/watch/3cUahX3F7vs, http://www.playvid.com/watch/A0KbfYwqI4F, http://www.playvid.com/watch/VqTmQb0unXH, http://www.playvid.com/watch/TtqGL2j3NBs, http://www.playvid.com/watch/sFbFcOWssG-, http://www.playvid.com/watch/-7iFQMahV8r, http://www.playvid.com/watch/aENxcxQt4rl, http://www.playvid.com/watch/JhEDNuCPXYw, http://www.playvid.com/watch/RG9vvrLlQrI, http://www.playvid.com/watch/A3sHxtGOdFX, http://www.playvid.com/watch/3lvSoqAgQhb, http://www.playvid.com/watch/0OobkBMlSoD
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: icm127
5.b. Uploader's email address: ison.k.chan+05@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/icm127
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VA6006F71U4, http://www.playvid.com/watch/Xw1ruyu51vD, http://www.playvid.com/watch/zlfKVe08yPf, http://www.playvid.com/watch/iyqIE9LME9U, http://www.playvid.com/watch/bKObVyVjw7A, http://www.playvid.com/watch/ru_TmEfQPhn, http://www.playvid.com/watch/FsxkJOLbRm0, http://www.playvid.com/watch/IiDJMfCqHJO, http://www.playvid.com/watch/YrrWlnMki8z, http://www.playvid.com/watch/n07HpSNxoTO, http://www.playvid.com/watch/9oPk5M3RFgN, http://www.playvid.com/watch/fUhEOk4jV75, http://www.playvid.com/watch/rSOcBRJg5zn, http://www.playvid.com/watch/Kz4hoWTem86, http://www.playvid.com/watch/PUQKoCcIsZl, http://www.playvid.com/watch/CGxZ9M190FO, http://www.playvid.com/watch/Ub6chonSsR9, http://www.playvid.com/watch/fP8-LNHD_fQ, http://www.playvid.com/watch/r6UaFIFFuu4, http://www.playvid.com/watch/KO3TI7-qDUp, http://www.playvid.com/watch/9bhFFf3E1Wy, http://www.playvid.com/watch/iQa-VPVM5un, http://www.playvid.com/watch/eyydRf57vXP, http://www.playvid.com/watch/VhEORzZuv1h, http://www.playvid.com/watch/kr8ORWcZ6nx, http://www.playvid.com/watch/GmE-YoEDyth, http://www.playvid.com/watch/JoOq6VL3ym9, http://www.playvid.com/watch/B8QVhWnMAB7, http://www.playvid.com/watch/ioeX7u0pxKC, http://www.playvid.com/watch/xpWS8keIiLg, http://www.playvid.com/watch/PaV2URzwBaQ, http://www.playvid.com/watch/QZlf_Yifj3H, http://www.playvid.com/watch/7U-4SV8uz7L, http://www.playvid.com/watch/5mGnSMJbDEm, http://www.playvid.com/watch/zxhBAOVLOCH, http://www.playvid.com/watch/NbSOU7UUTsA, http://www.playvid.com/watch/qEjOQLVE9uD, http://www.playvid.com/watch/5lsjjuRUzSn, http://www.playvid.com/watch/olLdRqEqSko, http://www.playvid.com/watch/BPiyPy1yP-H, http://www.playvid.com/watch/q_5WO1Gdv2P, http://www.playvid.com/watch/HJKn6ZEuSgg, http://www.playvid.com/watch/W_aVpgVjGYN, http://www.playvid.com/watch/glVrzfTJoPG, http://www.playvid.com/watch/hfozS6SWoAk, http://www.playvid.com/watch/XPTLTftx1Ja, http://www.playvid.com/watch/DeLZAB7Dd3R, http://www.playvid.com/watch/KAqs7u8OF98, http://www.playvid.com/watch/RQqUQaxAMrS, http://www.playvid.com/watch/pkgbls1pvOb, http://www.playvid.com/watch/e37jl9iidRf, http://www.playvid.com/watch/X3hzOTr8FQW, http://www.playvid.com/watch/Pv7n5MCSqXj, http://www.playvid.com/watch/QSqgQaW1WQs, http://www.playvid.com/watch/zy8pROkBgAL, http://www.playvid.com/watch/L-TZRWdVwuA, http://www.playvid.com/watch/iICzOFxNYkD, http://www.playvid.com/watch/2KJWD0Efppd, http://www.playvid.com/watch/gAOnenE4Efx, http://www.playvid.com/watch/3zBnRlNpfNB, http://www.playvid.com/watch/54RkKx2BRdG, http://www.playvid.com/watch/aeYuc25xA8x, http://www.playvid.com/watch/ZAhKhza0fPm, http://www.playvid.com/watch/oCIE7DI_Qc5, http://www.playvid.com/watch/pY9QuYiWRCR, http://www.playvid.com/watch/zJ-jlmqHuZs, http://www.playvid.com/watch/9kuBkkSnLa4, http://www.playvid.com/watch/T7bYi6affoi, http://www.playvid.com/watch/6GoNMp0pq8G, http://www.playvid.com/watch/NGRCNS7oYk4, http://www.playvid.com/watch/fCIV-D59UB4, http://www.playvid.com/watch/gnqAfnpL2-v, http://www.playvid.com/watch/sXD3uTH_4gz, http://www.playvid.com/watch/qYUmYBrl75x, http://www.playvid.com/watch/WdeJtuwL68F, http://www.playvid.com/watch/SyqQt1yWeo9, http://www.playvid.com/watch/gsjptt7RPqE, http://www.playvid.com/watch/RsyCZwoD2RJ, http://www.playvid.com/watch/Kfnxnk4PQKP, http://www.playvid.com/watch/f36qMZiLlDY, http://www.playvid.com/watch/ltoIpQw_31z, http://www.playvid.com/watch/r1wsLlcpEr5, http://www.playvid.com/watch/QJa8X7fXSii, http://www.playvid.com/watch/g3RU6XCq8xh, http://www.playvid.com/watch/AlmkPSF3byi, http://www.playvid.com/watch/EwUnguy0KPz, http://www.playvid.com/watch/ndEv6ZevYoF, http://www.playvid.com/watch/u71Oo6E4xbU, http://www.playvid.com/watch/HatYDseGGXu, http://www.playvid.com/watch/iBAfSf6snId, http://www.playvid.com/watch/ftM9eyXW3B0, http://www.playvid.com/watch/Jxyv90Wx5Jn, http://www.playvid.com/watch/D-nGjy9ippf, http://www.playvid.com/watch/G0scVbzl0RY, http://www.playvid.com/watch/NZVHT5geh88, http://www.playvid.com/watch/prlDAmtfpBN, http://www.playvid.com/watch/NPImwcZK2AC, http://www.playvid.com/watch/OURqzd2Z-lZ, http://www.playvid.com/watch/Tv7xgkp8kxE, http://www.playvid.com/watch/RS2BgWTr0hv, http://www.playvid.com/watch/swNFuLcaxst, http://www.playvid.com/watch/0TOrhRLDo0u, http://www.playvid.com/watch/DcJ5YvaMmcs, http://www.playvid.com/watch/De8o7nva7_e, http://www.playvid.com/watch/styux4Wrwai, http://www.playvid.com/watch/79uf_VsevZE, http://www.playvid.com/watch/T3OPK5a7BTe,

http://www.playvid.com/watch/wQ_XSTKS7cG, http://www.playvid.com/watch/OQhbWGi79Wf, http://www.playvid.com/watch/vmhhgY50zML,
http://www.playvid.com/watch/tc6JjI2LTAs, http://www.playvid.com/watch/l-EcwdlAM25, http://www.playvid.com/watch/Wwvggorlahx,
http://www.playvid.com/watch/tdzLRLkBHjU, http://www.playvid.com/watch/kJuKtIKlnab, http://www.playvid.com/watch/Y1iZBHiEUQi,
http://www.playvid.com/watch/bULJ2Pujc6B, http://www.playvid.com/watch/jRahiTGygEg, http://www.playvid.com/watch/Hfq2Xnfm_2i,
http://www.playvid.com/watch/0lbptZM9nJe, http://www.playvid.com/watch/kx4-Pg4l0tV, http://www.playvid.com/watch/89V5rpb34ie,
http://www.playvid.com/watch/TGDV5_pfp60, http://www.playvid.com/watch/U-SbD1GnSBK, http://www.playvid.com/watch/L8q-nz1F9dH,
http://www.playvid.com/watch/um7q0-OYcYR, http://www.playvid.com/watch/5F_hy7cQeqO, http://www.playvid.com/watch/XjoOLVLH2_w,
http://www.playvid.com/watch/FvHikD1FVOF, http://www.playvid.com/watch/jkxpLV1QPMz, http://www.playvid.com/watch/TLqrZB7jQ-h,
http://www.playvid.com/watch/Jyp0iEvF9KQ, http://www.playvid.com/watch/yN2xO-F9cwl, http://www.playvid.com/watch/CaM3h06qjZb,
http://www.playvid.com/watch/uBsDc52t-7n, http://www.playvid.com/watch/iICuU4i0jve, http://www.playvid.com/watch/jeV1KJiWhev,
http://www.playvid.com/watch/aXlSeJYbyHG, http://www.playvid.com/watch/p34u4nzZcbi, http://www.playvid.com/watch/I5r9phKzffO,
http://www.playvid.com/watch/yiqa5E-QXPE, http://www.playvid.com/watch/oVIfmxqe9lI, http://www.playvid.com/watch/gPeDwVhC_qR,
http://www.playvid.com/watch/VxITng3-8uY, http://www.playvid.com/watch/2QkdQsBTbDQ, http://www.playvid.com/watch/OELWa5Yod96,
http://www.playvid.com/watch/NkqNhoVDilM, http://www.playvid.com/watch/Q8tWob2El9L, http://www.playvid.com/watch/YEGAb8na-lq,
http://www.playvid.com/watch/JRMWfYMw0TX, http://www.playvid.com/watch/8O0eZoqbnGq, http://www.playvid.com/watch/N8hCHKYisoB,
http://www.playvid.com/watch/NcGjvtkiFMi, http://www.playvid.com/watch/A93neP-6nfE, http://www.playvid.com/watch/tz9woqvpCGG,
http://www.playvid.com/watch/rc6XGJB092W, http://www.playvid.com/watch/rSJppthBcPA, http://www.playvid.com/watch/FaN-XVQwMg3,
http://www.playvid.com/watch/sBJUNn6f8_Z, http://www.playvid.com/watch/l0KiwAVDJsd, http://www.playvid.com/watch/s0H1dYhBMzx,
http://www.playvid.com/watch/9JxvMN11Ib3, http://www.playvid.com/watch/yY8-0m2yeld, http://www.playvid.com/watch/f7DehXByAVo,
http://www.playvid.com/watch/dqaUO7WYXOx, http://www.playvid.com/watch/2xy2m8VYOah, http://www.playvid.com/watch/dnaPSyzXxo5,
http://www.playvid.com/watch/rKQIfN-azw0, http://www.playvid.com/watch/sKnoAyXTqlS, http://www.playvid.com/watch/K-SaUWSf5Ny,
http://www.playvid.com/watch/ZcxdKR4CPSh, http://www.playvid.com/watch/fsq8fqxDLZQ, http://www.playvid.com/watch/PfvZ-tqt5-6,
http://www.playvid.com/watch/VTk4SBk1ldy, http://www.playvid.com/watch/3TfGMGjWroe, http://www.playvid.com/watch/RitDpx4v1G2,
http://www.playvid.com/watch/lrkLimNtCKj, http://www.playvid.com/watch/B6vbs_ufVtF, http://www.playvid.com/watch/zGv7pKZgy7y,
http://www.playvid.com/watch/D4mLLUNekeQ, http://www.playvid.com/watch/ODDaETtmllO, http://www.playvid.com/watch/aKtA3nW7pUJ,
http://www.playvid.com/watch/vBpq0bWSZUT, http://www.playvid.com/watch/MzCR2ak3duj, http://www.playvid.com/watch/SDvB8w7xqZs,
http://www.playvid.com/watch/VuJSSY5PGJI, http://www.playvid.com/watch/vQ2vujmEjjH, http://www.playvid.com/watch/iFbBkErimne,
http://www.playvid.com/watch/q-M27346n9c, http://www.playvid.com/watch/wzOYBr1haBn, http://www.playvid.com/watch/TaeAzeRZbr6,
http://www.playvid.com/watch/ci8CkhOa4QY, http://www.playvid.com/watch/KwkFu8hW694, http://www.playvid.com/watch/Es-qEreu-5L,
http://www.playvid.com/watch/AorI0j1f6jI, http://www.playvid.com/watch/B4kjTKs9WfC, http://www.playvid.com/watch/YWXMVxwyjZH,
http://www.playvid.com/watch/pPEnUpq1nFS, http://www.playvid.com/watch/B4lukrCqs-L, http://www.playvid.com/watch/P_EXre4lYpr,
http://www.playvid.com/watch/H7fqBNcD-Vr, http://www.playvid.com/watch/ZUMo15mHldY, http://www.playvid.com/watch/E5-W9RLf-bL,
http://www.playvid.com/watch/cZjqwRRWFsu, http://www.playvid.com/watch/TDkVxa3mCCc, http://www.playvid.com/watch/uajNpnhf4jb,
http://www.playvid.com/watch/w2oGNcqQP9S, http://www.playvid.com/watch/CSNTrBZPwnP, http://www.playvid.com/watch/x9YCQ5UEmBz,
http://www.playvid.com/watch/JsfAKUF_gSk, http://www.playvid.com/watch/rnQZMVj1ExW, http://www.playvid.com/watch/IXiUD6UoFHD,
http://www.playvid.com/watch/re3-HE4lG5k, http://www.playvid.com/watch/Ha0wQVCCUnB, http://www.playvid.com/watch/Y7E4fL-aGj9,
http://www.playvid.com/watch/6UWeF4KTFUu, http://www.playvid.com/watch/VEkDRyqYzXd, http://www.playvid.com/watch/cdptIJDhULa,
http://www.playvid.com/watch/Hbhpk9M21zn, http://www.playvid.com/watch/vP-jw8bYx4q, http://www.playvid.com/watch/NkTKPXxpfRg,
http://www.playvid.com/watch/Ipj8Jxm5rw7, http://www.playvid.com/watch/fs8Y0oDIwvj, http://www.playvid.com/watch/q7cBmGbvvpQ,
http://www.playvid.com/watch/V9yLAY9r-Rd, http://www.playvid.com/watch/n6kFA0-jOdA, http://www.playvid.com/watch/GpXUQKlup0c,
http://www.playvid.com/watch/ryp17f5E-Hr, http://www.playvid.com/watch/Hlo1KyQjlxB, http://www.playvid.com/watch/Vmct8BTBCy0,
http://www.playvid.com/watch/gslY80Q4P7I, http://www.playvid.com/watch/S-qbfNyKRwP, http://www.playvid.com/watch/2fZ2moGZFMi,
http://www.playvid.com/watch/IJcFenHC4uQ, http://www.playvid.com/watch/nfRZY5eaGMO, http://www.playvid.com/watch/r4eXXaUzWf6,
http://www.playvid.com/watch/Z6UIyg97abD, http://www.playvid.com/watch/D_xEa-trCnY, http://www.playvid.com/watch/7KlHtdFo7ku,
http://www.playvid.com/watch/U_VQXDBllPm, http://www.playvid.com/watch/aI9cEj2H_vW, http://www.playvid.com/watch/V3pDXdi0q3Z,
http://www.playvid.com/watch/pg0ymER5UXs, http://www.playvid.com/watch/uvojqUYKHWR, http://www.playvid.com/watch/pxVW85C64Gg,
http://www.playvid.com/watch/hpY9UjW71Bk, http://www.playvid.com/watch/aUefjO0ON6u, http://www.playvid.com/watch/laOWXFRFobR,
http://www.playvid.com/watch/3ws_1T6CfKc, http://www.playvid.com/watch/n1np6vzfZgA, http://www.playvid.com/watch/876lDbB_AWd,
http://www.playvid.com/watch/AJL_tEVjB_U, http://www.playvid.com/watch/N_2a2hmBiKA, http://www.playvid.com/watch/U84C8diX8J7,
http://www.playvid.com/watch/bwRkthvBWvs, http://www.playvid.com/watch/xhdvpZqmUGV, http://www.playvid.com/watch/KvE422_jGAP,
http://www.playvid.com/watch/Rjxv-R8OyOp, http://www.playvid.com/watch/vPOgcVypPQ7, http://www.playvid.com/watch/s1YjijWwc6i,
http://www.playvid.com/watch/L9N5E4Tv5Qj, http://www.playvid.com/watch/mJ0NSLCeINE, http://www.playvid.com/watch/4QvqQedXW6C,
http://www.playvid.com/watch/63EcE0piNlU, http://www.playvid.com/watch/lupnxs-WDi7, http://www.playvid.com/watch/xqhDIJXne3Q,
http://www.playvid.com/watch/HwXEAzV_w2r, http://www.playvid.com/watch/taJrbjkYPxj, http://www.playvid.com/watch/AllDPnLNtwp,
http://www.playvid.com/watch/h2Q5e1O77lR, http://www.playvid.com/watch/u2z4Yn9cYHa, http://www.playvid.com/watch/uCglBVv-e-w,
http://www.playvid.com/watch/h0DYgLnu0rE, http://www.playvid.com/watch/btHzmIkSc3C, http://www.playvid.com/watch/uGux7jd1_rh,
http://www.playvid.com/watch/9Wgr4mfOuk4, http://www.playvid.com/watch/K9zrbo-S_wL, http://www.playvid.com/watch/NbRv3Efdaff,
http://www.playvid.com/watch/nx64fn08UO0, http://www.playvid.com/watch/Uh3eNvq0y62, http://www.playvid.com/watch/raLCPuZyji7,
http://www.playvid.com/watch/IqFERmFzJV4, http://www.playvid.com/watch/bpFp-ZQwXUH, http://www.playvid.com/watch/dDFU4QHIPGf,
http://www.playvid.com/watch/ZgmeAwp_8ps, http://www.playvid.com/watch/plUwyMtRqBK, http://www.playvid.com/watch/q-OokUDwdKl,
http://www.playvid.com/watch/uq8DEq7NrgK, http://www.playvid.com/watch/Rv3mzCK4eM3, http://www.playvid.com/watch/M9EaX4NshWx,
http://www.playvid.com/watch/uc9PjY_NbZA, http://www.playvid.com/watch/OvrBeQ97Nat, http://www.playvid.com/watch/9_6oHIh0umC,
http://www.playvid.com/watch/3MLonBkCfUp, http://www.playvid.com/watch/o3HsbGTsqwj, http://www.playvid.com/watch/IoSbtclve0K,
http://www.playvid.com/watch/Hb_s13l8KOL, http://www.playvid.com/watch/ldvJou1D8Oe, http://www.playvid.com/watch/noMsNJTu-Yc,
http://www.playvid.com/watch/Uf068ICEDKh, http://www.playvid.com/watch/jiwdaqK-6Qx, http://www.playvid.com/watch/pF6CvL4eVMH,
http://www.playvid.com/watch/GNmPlRMoRac, http://www.playvid.com/watch/nBxzngEV6hq, http://www.playvid.com/watch/oYbI_6YL9cp,
http://www.playvid.com/watch/A07Qbs9acBi, http://www.playvid.com/watch/9xIMg3NHmlZ, http://www.playvid.com/watch/EjYve6TVP8Z,
http://www.playvid.com/watch/0ffzlV4nkU3, http://www.playvid.com/watch/E-myDPZlTYw, http://www.playvid.com/watch/cmn_izRvZfH,
http://www.playvid.com/watch/357bMulkc7l, http://www.playvid.com/watch/dGC_9WyAbrH, http://www.playvid.com/watch/S0_X8aFcfVb,
http://www.playvid.com/watch/wcwlhHC3bBd, http://www.playvid.com/watch/W48R4fq1Gn0, http://www.playvid.com/watch/IQNXoXQ-pQv,
http://www.playvid.com/watch/XGsQxY0h58b, http://www.playvid.com/watch/B-6r3B5SjLw, http://www.playvid.com/watch/4fZDH-PW7Rh,
http://www.playvid.com/watch/di4YMDcHOkb, http://www.playvid.com/watch/J1eIgIlMO_T, http://www.playvid.com/watch/8LewqU1xLP4,
http://www.playvid.com/watch/rCB_6TQytfD, http://www.playvid.com/watch/g9dTcDlsZpZ, http://www.playvid.com/watch/phnWqgiwwAx,
http://www.playvid.com/watch/F5BwxTEXWPg, http://www.playvid.com/watch/3LBY-hvQ5Xb, http://www.playvid.com/watch/vFCxokS5rG9,
http://www.playvid.com/watch/SesFMHmwBXj, http://www.playvid.com/watch/Y8Px9CE0JSv, http://www.playvid.com/watch/QaGXVeWb4oZ
5.f. Date of third notice: 2014-10-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: icm128
5.b. Uploader's email address: ison.k.chan+04@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/icm128
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TMMGhJWEuhA, http://www.playvid.com/watch/XRUe8xgKEdz,
http://www.playvid.com/watch/Zc2aBqMbDvu, http://www.playvid.com/watch/EixgrTvZcdd, http://www.playvid.com/watch/E0hw8IaK954,
http://www.playvid.com/watch/QYVS-TbmW34, http://www.playvid.com/watch/2_lLPZJ_D6u, http://www.playvid.com/watch/q5BILtUUevL,
http://www.playvid.com/watch/9LXT0aeDRtO, http://www.playvid.com/watch/H89rVyANNW5, http://www.playvid.com/watch/DQMX6FTaJ5L,
http://www.playvid.com/watch/HoHxwnW75HU, http://www.playvid.com/watch/iglbeMRR11M, http://www.playvid.com/watch/uVXWrL6XDbg,
http://www.playvid.com/watch/Xte3qdqPeP5, http://www.playvid.com/watch/NVAj5D0a6_m, http://www.playvid.com/watch/FxTe3IUkUFr,
http://www.playvid.com/watch/d1f7hHC7xwd, http://www.playvid.com/watch/6UDX1vDE8SS, http://www.playvid.com/watch/fZW9g8ptOkN,
http://www.playvid.com/watch/Er8aFNLhabW, http://www.playvid.com/watch/UxW-lgLxnf3, http://www.playvid.com/watch/CuWPm2nReMK,
http://www.playvid.com/watch/jswco70IztY, http://www.playvid.com/watch/J6HltYCuHtO, http://www.playvid.com/watch/qWiAxeO9nZ2,
http://www.playvid.com/watch/frNUzI0kuvS, http://www.playvid.com/watch/7Ri2Lbrtfpg, http://www.playvid.com/watch/z3sQ3PEfuCb,
http://www.playvid.com/watch/5bR3tBSQS6U, http://www.playvid.com/watch/8rxrOhLS19W, http://www.playvid.com/watch/qW61lBVvrQc,
http://www.playvid.com/watch/ReQbd_SL3cY, http://www.playvid.com/watch/BxPk9PaNKYP, http://www.playvid.com/watch/rfQp6hSnTLc,
http://www.playvid.com/watch/EduL4DbpeM0, http://www.playvid.com/watch/qm6GDXJ5LVT, http://www.playvid.com/watch/dksPdDNE6JV,
http://www.playvid.com/watch/PXB-IzCO3Iu, http://www.playvid.com/watch/llsGA5e0N3A, http://www.playvid.com/watch/6IOtklD9T7V,
http://www.playvid.com/watch/rkbmBSG_ouB, http://www.playvid.com/watch/HHX-UcF4ivH, http://www.playvid.com/watch/gh3CN_2np3E,

http://www.playvid.com/watch/zAE2gjIb5a2, http://www.playvid.com/watch/ggs0EB6GpDX, http://www.playvid.com/watch/CzfrgSxbwgP,
http://www.playvid.com/watch/4BoIpZWq062, http://www.playvid.com/watch/z5ruGKeaSFS, http://www.playvid.com/watch/y3dvIBhsSxB,
http://www.playvid.com/watch/IhaV_1vxYgq, http://www.playvid.com/watch/5xcMgpG9TN8, http://www.playvid.com/watch/nBqMdPOrJHY,
http://www.playvid.com/watch/Ir0GnF8YGWm, http://www.playvid.com/watch/UHjSbUNyjOU, http://www.playvid.com/watch/Lo8N8nvodJ6,
http://www.playvid.com/watch/hdm11JgZqEY, http://www.playvid.com/watch/z-tF4rFMH2o, http://www.playvid.com/watch/n-qoQRlH47k,
http://www.playvid.com/watch/FGv92UlvtK4, http://www.playvid.com/watch/wFsk_a9Thes, http://www.playvid.com/watch/dpxrdpOMbum,
http://www.playvid.com/watch/xC7pzR9WOXL, http://www.playvid.com/watch/Mh-eqIlytNf, http://www.playvid.com/watch/yrk-ulbH_9Y,
http://www.playvid.com/watch/HM5FqgVcf9c, http://www.playvid.com/watch/wDnxEz1oqhh, http://www.playvid.com/watch/gKi3xl7B6mO,
http://www.playvid.com/watch/sGqoWJr6riF, http://www.playvid.com/watch/Kr2IUvd9evQ, http://www.playvid.com/watch/6uaZRmBdgMW,
http://www.playvid.com/watch/CzKc_alig1f, http://www.playvid.com/watch/MEz2NKlAiCI, http://www.playvid.com/watch/QSwqPPMVxpD,
http://www.playvid.com/watch/Udusw_CWI3Q, http://www.playvid.com/watch/v6q8Bgl8f9j, http://www.playvid.com/watch/5juzHaj52Nk,
http://www.playvid.com/watch/z3lHfLvTe9a, http://www.playvid.com/watch/NoIAT5HTue5, http://www.playvid.com/watch/bm8XTvE5W09,
http://www.playvid.com/watch/g2xm2YP4Z3m, http://www.playvid.com/watch/aVBrjB8StsY, http://www.playvid.com/watch/o22wBuUQms7,
http://www.playvid.com/watch/pxm3m7thZPJ, http://www.playvid.com/watch/G13S-s5s5lt, http://www.playvid.com/watch/yfG15iOjFQB,
http://www.playvid.com/watch/g03ZdJp3t0a, http://www.playvid.com/watch/JuDWq5RCK72, http://www.playvid.com/watch/3RuNxskcTAc,
http://www.playvid.com/watch/EtIAbtGL9pC, http://www.playvid.com/watch/7BDJuhrvFIu, http://www.playvid.com/watch/g3xpN2zQWJD,
http://www.playvid.com/watch/bUTOu0PwNTG, http://www.playvid.com/watch/jIl-0xqlSm2, http://www.playvid.com/watch/6DdajlaaiMY,
http://www.playvid.com/watch/PSCjwOaD1wH, http://www.playvid.com/watch/Vp7Yz0Ob_0b, http://www.playvid.com/watch/Qbrbw-JwrEM,
http://www.playvid.com/watch/X6GOU39HY2g, http://www.playvid.com/watch/QbQp1Zyo-c5, http://www.playvid.com/watch/7Bj5hSu8y9W,
http://www.playvid.com/watch/SXV_QOY_a_f, http://www.playvid.com/watch/ehWFqji2e6O, http://www.playvid.com/watch/MdBcZwOWnFH,
http://www.playvid.com/watch/K6K8M9mA9HK, http://www.playvid.com/watch/3LPuT7bfypW, http://www.playvid.com/watch/Bicf5XqsZXS,
http://www.playvid.com/watch/LYDHPxSNQZb, http://www.playvid.com/watch/5F65ClG6lN4, http://www.playvid.com/watch/mDfel9_EwdL,
http://www.playvid.com/watch/rCe1XC1S9ex, http://www.playvid.com/watch/5KdRpznmis4, http://www.playvid.com/watch/nqH8owkx0Es,
http://www.playvid.com/watch/d0LdMGUnnOx, http://www.playvid.com/watch/jDkPeq7utZ8, http://www.playvid.com/watch/D4U7ceKcIAx,
http://www.playvid.com/watch/nUi0cSY04JW, http://www.playvid.com/watch/VPPy1rNGBdp, http://www.playvid.com/watch/UB-cWFM0Gts,
http://www.playvid.com/watch/FjLTsIL7vQD, http://www.playvid.com/watch/ObZa11bTqQG, http://www.playvid.com/watch/ncRFmKM2-6p,
http://www.playvid.com/watch/xOszNz8J3ZP, http://www.playvid.com/watch/Jd410VYzeg6, http://www.playvid.com/watch/BQn2uV6gPpH,
http://www.playvid.com/watch/CGBmw-2GupK, http://www.playvid.com/watch/TW32D7WPgH3, http://www.playvid.com/watch/ac0avs53sp8,
http://www.playvid.com/watch/D6GWnFlSauM, http://www.playvid.com/watch/U_0tLO9ILgb, http://www.playvid.com/watch/apBuSw2L2SR,
http://www.playvid.com/watch/7qkgYJu_2xf, http://www.playvid.com/watch/NFmHNIfUqmC, http://www.playvid.com/watch/5caoGX-sUEu,
http://www.playvid.com/watch/PGgV4-qA9EX, http://www.playvid.com/watch/jrdwreE44MC, http://www.playvid.com/watch/sD_7EXB9Y7N,
http://www.playvid.com/watch/yAXqwb7js_5, http://www.playvid.com/watch/PbOeqNglWJA, http://www.playvid.com/watch/p8KA3BBz5Hy,
http://www.playvid.com/watch/momFDWpg-y8, http://www.playvid.com/watch/yDCAsrC-HgG, http://www.playvid.com/watch/YeK5lg_aTJG,
http://www.playvid.com/watch/TV23RhFcTV9, http://www.playvid.com/watch/vkTz9dbTrHq, http://www.playvid.com/watch/TbpxV6yghNx,
http://www.playvid.com/watch/ruyOBE2852o, http://www.playvid.com/watch/jhRaMN3lrlb, http://www.playvid.com/watch/Zi7iggIxtia,
http://www.playvid.com/watch/yd776OQDGXx, http://www.playvid.com/watch/KoTQNCqlMjv, http://www.playvid.com/watch/RMjLaTZkoPC,
http://www.playvid.com/watch/SUR0ah8Mf8V, http://www.playvid.com/watch/XfncW4osWkB, http://www.playvid.com/watch/WCaMr5jejBs,
http://www.playvid.com/watch/k58fXcYZgXf, http://www.playvid.com/watch/qqIBPqoKjNl, http://www.playvid.com/watch/sd-d3-IGC5l,
http://www.playvid.com/watch/VRLamIQ8IOK, http://www.playvid.com/watch/r0FsWcWR3ac, http://www.playvid.com/watch/keLm_Od5bHv,
http://www.playvid.com/watch/JDygWgitr7J, http://www.playvid.com/watch/SRDHYUpTGF2, http://www.playvid.com/watch/foGDo-k7h6d,
http://www.playvid.com/watch/hQLsSuQRftE, http://www.playvid.com/watch/v87jDSwctNn, http://www.playvid.com/watch/TnkBaaWi9Qa,
http://www.playvid.com/watch/tP1d54D5Yms, http://www.playvid.com/watch/c02xD3pX0RR, http://www.playvid.com/watch/Sf-EO3sLilo,
http://www.playvid.com/watch/b3QEFIa1ahT, http://www.playvid.com/watch/R2BFO7a7yK9, http://www.playvid.com/watch/RxugCVfulBD,
http://www.playvid.com/watch/UpPYMPv860J, http://www.playvid.com/watch/g0E5rbNLg3L, http://www.playvid.com/watch/TIC-QVAUPvo,
http://www.playvid.com/watch/2EjebkAQlUP, http://www.playvid.com/watch/0-CeKGfR2Kq, http://www.playvid.com/watch/jMUlVBH0cpT,
http://www.playvid.com/watch/NZq1oox0Ptj, http://www.playvid.com/watch/LCOS04FjO0S, http://www.playvid.com/watch/84HcTd_7sKN,
http://www.playvid.com/watch/9A3PuGa5JVY, http://www.playvid.com/watch/dafpBoS_Qyw, http://www.playvid.com/watch/UGrWVfyLUDU,
http://www.playvid.com/watch/oTWo1jcgVBd, http://www.playvid.com/watch/lvbwKQ0jYCH, http://www.playvid.com/watch/X0yFYvZiJLG,
http://www.playvid.com/watch/eWFZYYjlCos, http://www.playvid.com/watch/4-oMmupZZPj, http://www.playvid.com/watch/PZ66kevsqtJ,
http://www.playvid.com/watch/rLESFaff_KW, http://www.playvid.com/watch/08EkqTH4h-d, http://www.playvid.com/watch/oNagR1iQ90Z,
http://www.playvid.com/watch/FsCeg8tgJxi, http://www.playvid.com/watch/cPWeOR0tN_y, http://www.playvid.com/watch/FmsEk3PWHsX,
http://www.playvid.com/watch/0b_wQVabXNM, http://www.playvid.com/watch/x2MrVYtidB7, http://www.playvid.com/watch/wGsYMnrLed8,
http://www.playvid.com/watch/ENTgwl-BJxP, http://www.playvid.com/watch/kVT2CbKcqGu, http://www.playvid.com/watch/DckB98o2qNE,
http://www.playvid.com/watch/GVUUcJvaiwh, http://www.playvid.com/watch/0nffXnd_e6x, http://www.playvid.com/watch/PdVzWf8Nvp6,
http://www.playvid.com/watch/PGaMAV6UXbt, http://www.playvid.com/watch/FRFnVbEkoeC, http://www.playvid.com/watch/DAq2DX71JjY,
http://www.playvid.com/watch/En652zpdFGj, http://www.playvid.com/watch/KJ9UNyQNSlM, http://www.playvid.com/watch/LXJjfK9eNu7,
http://www.playvid.com/watch/UUJTTIG7_TX, http://www.playvid.com/watch/NzpNofeOoch, http://www.playvid.com/watch/9S4cVaBO9v6,
http://www.playvid.com/watch/MU-OzdAvOWu, http://www.playvid.com/watch/SCgK3Nb9eTf, http://www.playvid.com/watch/55F-03z_Cqu,
http://www.playvid.com/watch/NEqG_vy0BSG, http://www.playvid.com/watch/pjdOGw2w-YO, http://www.playvid.com/watch/J75dCADvXPN,
http://www.playvid.com/watch/fi2rW1FqDxB, http://www.playvid.com/watch/V_tajcwr_dI, http://www.playvid.com/watch/NKxIaMgJG_W,
http://www.playvid.com/watch/xxkiKm_6wbT, http://www.playvid.com/watch/HypY2pLyiU2, http://www.playvid.com/watch/xjPEosSqA4C,
http://www.playvid.com/watch/dGTr8YiXUG4, http://www.playvid.com/watch/UnX9-YO4lJE, http://www.playvid.com/watch/jpjFpQbWD5T,
http://www.playvid.com/watch/wnJ7IXaTNR0, http://www.playvid.com/watch/SbUnI4SbCl3, http://www.playvid.com/watch/tuhkM3agiDC,
http://www.playvid.com/watch/2RiT54jJL_T, http://www.playvid.com/watch/qM2L0hN9c_3, http://www.playvid.com/watch/t_lfFgqUIQT,
http://www.playvid.com/watch/eQpCE1xvThK, http://www.playvid.com/watch/iZrJ28OakYL, http://www.playvid.com/watch/9Z150EPhpaN,
http://www.playvid.com/watch/YQiWpcmxAnM, http://www.playvid.com/watch/Xv6QHtpcPFh, http://www.playvid.com/watch/MnOqePZ26zb,
http://www.playvid.com/watch/Tidw9TpHjWk, http://www.playvid.com/watch/jXHksvFURUS, http://www.playvid.com/watch/g5iMIz-_Nvh,
http://www.playvid.com/watch/Fh7HcP-ZLob, http://www.playvid.com/watch/ntLQvjTMPca, http://www.playvid.com/watch/01ILUKAzcem,
http://www.playvid.com/watch/2aOJUBD8Bk0, http://www.playvid.com/watch/WPlT1L9QQE6, http://www.playvid.com/watch/BTMYoS_gDBa,
http://www.playvid.com/watch/tlSKowevOyJ, http://www.playvid.com/watch/MPwROCZbbfV, http://www.playvid.com/watch/3u6hgqD7jYM,
http://www.playvid.com/watch/bG0lLwBzm_X, http://www.playvid.com/watch/b0C9VgzYJGI, http://www.playvid.com/watch/Sej_39s60sM,
http://www.playvid.com/watch/bClCGSFKBfC, http://www.playvid.com/watch/e7bqhMklg_i, http://www.playvid.com/watch/6RexQ1-0szH,
http://www.playvid.com/watch/c9YRwExFxNZ, http://www.playvid.com/watch/0IOut4-nqWQ, http://www.playvid.com/watch/bajEd6adFW7,
http://www.playvid.com/watch/lQeLPIJuGCU, http://www.playvid.com/watch/mA8FsuXRKTX, http://www.playvid.com/watch/gINxDVM4ENZ,
http://www.playvid.com/watch/JEKowd_dnEY, http://www.playvid.com/watch/eNn0uKK-cME, http://www.playvid.com/watch/IXa1t1rsz_L,
http://www.playvid.com/watch/EeFd3rPMOqB, http://www.playvid.com/watch/VIHsmsN9ktu, http://www.playvid.com/watch/l_CMZGW21_D,
http://www.playvid.com/watch/y12TtHsDJTf, http://www.playvid.com/watch/vpLOKI825ig, http://www.playvid.com/watch/87rhsqmiK4d,
http://www.playvid.com/watch/4zvmKNX0jjR, http://www.playvid.com/watch/YvrjqWHQB5b, http://www.playvid.com/watch/ASUcWxFDuFi,
http://www.playvid.com/watch/BA5v57RLFXl, http://www.playvid.com/watch/Ccye52vYZLs, http://www.playvid.com/watch/mXTtsDv46tX,
http://www.playvid.com/watch/AMAAxmp4tZd, http://www.playvid.com/watch/REFveWPrCIW, http://www.playvid.com/watch/wnUCllXkjuA,
http://www.playvid.com/watch/LG0AhcmgUmx, http://www.playvid.com/watch/ERMrGsxB0ve, http://www.playvid.com/watch/K3e9aXnryIq,
http://www.playvid.com/watch/mKZb5vRZ1Vn, http://www.playvid.com/watch/wszF0rhutPu, http://www.playvid.com/watch/9ol7T1oV1M5,
http://www.playvid.com/watch/CuGcKF0OAFZ, http://www.playvid.com/watch/bQEbaL6HfWX, http://www.playvid.com/watch/xQnymIRQV0V,
http://www.playvid.com/watch/Q11T_uX5u0y, http://www.playvid.com/watch/NcTE9HaK9nf, http://www.playvid.com/watch/0gFs-zQwLi0,
http://www.playvid.com/watch/VgdsplVsMFE, http://www.playvid.com/watch/3kI2rxQjoSS, http://www.playvid.com/watch/Dlsr8PQtsm0,
http://www.playvid.com/watch/djlGfTKZnpL, http://www.playvid.com/watch/5EELgdr3VBP, http://www.playvid.com/watch/X7cr2uUT3kr,
http://www.playvid.com/watch/ImZlps0a-Bk, http://www.playvid.com/watch/VvFUgNryz9h, http://www.playvid.com/watch/v5X7GtHkeey,
http://www.playvid.com/watch/Xd42STGUZ3V, http://www.playvid.com/watch/o8rzqver543, http://www.playvid.com/watch/nEyc9KBJWR6,
http://www.playvid.com/watch/eWUn6BZlQ95, http://www.playvid.com/watch/3ECWhXR_vhf, http://www.playvid.com/watch/DP-reMDvAg5,
http://www.playvid.com/watch/rU_57TS0k5R, http://www.playvid.com/watch/ijUe0uKMGei, http://www.playvid.com/watch/wLKQ3c-W8tH,
http://www.playvid.com/watch/2kH6Z_gXDq3, http://www.playvid.com/watch/wFBR_9i6nBV, http://www.playvid.com/watch/T8V5Hq7DiI2,
http://www.playvid.com/watch/c_VvUMi66ab, http://www.playvid.com/watch/3pAgGYPYmRO, http://www.playvid.com/watch/afhzgGabA28,
http://www.playvid.com/watch/JZC1rYFDe72, http://www.playvid.com/watch/g9_Qj9pNTkS, http://www.playvid.com/watch/cmIkT4qX4Ws,
http://www.playvid.com/watch/lfSGzKGN1qt, http://www.playvid.com/watch/s9lfV_MwL9f, http://www.playvid.com/watch/U-cUmLQlT-v,
http://www.playvid.com/watch/qk-cC7mHcZB, http://www.playvid.com/watch/8u8hm1JVxjX, http://www.playvid.com/watch/82zS9brTjIn,
http://www.playvid.com/watch/D3wdgTheWuH, http://www.playvid.com/watch/Ye-5n4Ls9sI, http://www.playvid.com/watch/aJlGnZnom9m,

http://www.playvid.com/watch/DYqwkT3oZF4, http://www.playvid.com/watch/NRv8_HZAqnO, http://www.playvid.com/watch/L-0rTlNbYBv, http://www.playvid.com/watch/yinLGb-7lnR, http://www.playvid.com/watch/ejpNAk5B4Uq, http://www.playvid.com/watch/EdIL9qT7tlU, http://www.playvid.com/watch/Avymd47rrTk, http://www.playvid.com/watch/8rYMEGNwrR7, http://www.playvid.com/watch/M_EB1qj62Mh, http://www.playvid.com/watch/Rt4Bzmwr3Sd, http://www.playvid.com/watch/OQjyw9IpRZ8, http://www.playvid.com/watch/Aepv4f110lI, http://www.playvid.com/watch/DuX20pktxFA, http://www.playvid.com/watch/X-_3w-05PdO, http://www.playvid.com/watch/8avw3D9JhSH, http://www.playvid.com/watch/kB3jbVw03si, http://www.playvid.com/watch/4qUwdjP4MGl, http://www.playvid.com/watch/bv9lPz1_DJo, http://www.playvid.com/watch/F6Xx5c_mgta, http://www.playvid.com/watch/UFs9l8p6Lk6, http://www.playvid.com/watch/XLtwXA8NtW2, http://www.playvid.com/watch/rSdBS5lvHNH, http://www.playvid.com/watch/IC-GYcz3xRE, http://www.playvid.com/watch/5mTVE1dYFz8, http://www.playvid.com/watch/ufNBKQKKyji, http://www.playvid.com/watch/QOoYcfq7xsp, http://www.playvid.com/watch/cBkGADH-ZAs, http://www.playvid.com/watch/Luxm_J6_6CT, http://www.playvid.com/watch/z4UBcy_NqbD, http://www.playvid.com/watch/q3utE05bsI2, http://www.playvid.com/watch/ETerNfv67R5, http://www.playvid.com/watch/NVvJ8g72RqP, http://www.playvid.com/watch/Em5GR2IsX0n, http://www.playvid.com/watch/rg_XVoBlh-T, http://www.playvid.com/watch/46ZDA4-w1EB, http://www.playvid.com/watch/9tSxN7jcsSU, http://www.playvid.com/watch/or8wpWA7Pkh, http://www.playvid.com/watch/KIhRJQ42RW3, http://www.playvid.com/watch/OIHFt3OMFF6, http://www.playvid.com/watch/RjRVQ2lNQhc, http://www.playvid.com/watch/6tbNrwKMkAM, http://www.playvid.com/watch/E7EB5XpJm_Q, http://www.playvid.com/watch/o6Hcglabo26, http://www.playvid.com/watch/WGoDvGBKlt3, http://www.playvid.com/watch/msJ4fIvYU7z, http://www.playvid.com/watch/sobtg9gkN3M, http://www.playvid.com/watch/V8e6_L6NxuE, http://www.playvid.com/watch/uSZoK_QdP60, http://www.playvid.com/watch/qfu17Yoph6J, http://www.playvid.com/watch/0XpOQBkr_8a, http://www.playvid.com/watch/he2dxzKbYUD, http://www.playvid.com/watch/ZIkCizrNMqh, http://www.playvid.com/watch/0IZlN6aXt4P, http://www.playvid.com/watch/8gZlJjR8vkQ, http://www.playvid.com/watch/BaOpwJP9Wwt, http://www.playvid.com/watch/vArBnpMUcVW, http://www.playvid.com/watch/JVB_aV9pVVh, http://www.playvid.com/watch/O9TqRiI7iFp, http://www.playvid.com/watch/v_U5XsImRrv, http://www.playvid.com/watch/fvzSZdsKjza, http://www.playvid.com/watch/q90VnO14g20, http://www.playvid.com/watch/X5T9UWuu9Qc, http://www.playvid.com/watch/GgAYfqe7sUD, http://www.playvid.com/watch/G1NblRwLx2C, http://www.playvid.com/watch/xTzvpRpCR-J, http://www.playvid.com/watch/8tJdr8V8RC5, http://www.playvid.com/watch/N6Xq6cPFRcn, http://www.playvid.com/watch/V-8vBHJVA7a, http://www.playvid.com/watch/eTuU7-D6wu4, http://www.playvid.com/watch/aSv2sJH8tmI, http://www.playvid.com/watch/Kcb4vrlPbE9, http://www.playvid.com/watch/he0Iv9NVFfX, http://www.playvid.com/watch/0zb57vHB8i3, http://www.playvid.com/watch/4AS6FeyCtTM, http://www.playvid.com/watch/LYRSzrK-w0R, http://www.playvid.com/watch/fU_Xl9Ift_l, http://www.playvid.com/watch/7vxM0nMjShw, http://www.playvid.com/watch/v6WQPgmkWaR, http://www.playvid.com/watch/RVs-TLBdKPy, http://www.playvid.com/watch/tjkQqc9pyaa, http://www.playvid.com/watch/FJ3aJBhJaTS, http://www.playvid.com/watch/qUYf1ZIO31c, http://www.playvid.com/watch/eqJI9UzoSdw, http://www.playvid.com/watch/WIuL94sbvKr, http://www.playvid.com/watch/Z6refsK4xb2, http://www.playvid.com/watch/KZUoM-i2rib, http://www.playvid.com/watch/BGbfXddKLcb, http://www.playvid.com/watch/7mseSW-3RCz, http://www.playvid.com/watch/pllDDXRevod, http://www.playvid.com/watch/GQscHrUOWRW, http://www.playvid.com/watch/4tbBP-zBUU3, http://www.playvid.com/watch/54kYtndKn6E, http://www.playvid.com/watch/eYluRR6L4-m, http://www.playvid.com/watch/QtUCBcTkWjj, http://www.playvid.com/watch/YSTTQT-Sd8M, http://www.playvid.com/watch/3DtBjYDSQ-F, http://www.playvid.com/watch/HqdSyjWfM3j, http://www.playvid.com/watch/N9-pN44G2-M, http://www.playvid.com/watch/DYjbUrG_ARN, http://www.playvid.com/watch/TiI1yNWQvpc, http://www.playvid.com/watch/osdj3uU0gOR, http://www.playvid.com/watch/uOMldQ_ho3S, http://www.playvid.com/watch/vEJpp0OLvTt, http://www.playvid.com/watch/pzlWSnbzFUu, http://www.playvid.com/watch/E_8V4EH7-bn, http://www.playvid.com/watch/CHDFVUOypR6, http://www.playvid.com/watch/Ipl87hXkeu5, http://www.playvid.com/watch/StF2M3cHIQt, http://www.playvid.com/watch/tacsYcLyDjz, http://www.playvid.com/watch/4ZVsHds1iIH, http://www.playvid.com/watch/h3YggGDDY-t, http://www.playvid.com/watch/Xr390TBsPx6, http://www.playvid.com/watch/IP1BTDEECKE, http://www.playvid.com/watch/2pK9YhL8jHs, http://www.playvid.com/watch/pa23sL4sxSp, http://www.playvid.com/watch/wgnR8tMWafr, http://www.playvid.com/watch/Do3skX6RLQy, http://www.playvid.com/watch/ovA69F_wk-N, http://www.playvid.com/watch/cexsUO0wf_3, http://www.playvid.com/watch/KuM2fQSrejV, http://www.playvid.com/watch/6iq53bjo_VS, http://www.playvid.com/watch/Smfw39AYAeb, http://www.playvid.com/watch/nnuDOUo1Tbx, http://www.playvid.com/watch/G_WQmi5vAC0, http://www.playvid.com/watch/HwCH5t3NvKF, http://www.playvid.com/watch/KT11OmEf-3c, http://www.playvid.com/watch/jv_VwsIUHXb, http://www.playvid.com/watch/UlAeALyDnJ4, http://www.playvid.com/watch/TBKg9-P3tFg, http://www.playvid.com/watch/fIesO_K4WG5, http://www.playvid.com/watch/xCvtOrVaLFw, http://www.playvid.com/watch/NUoLXOs23ga, http://www.playvid.com/watch/nlzggz7Ni7D, http://www.playvid.com/watch/sFIArIYqQJY, http://www.playvid.com/watch/VYXgs1MVYBz, http://www.playvid.com/watch/XPnKG6O0yIa, http://www.playvid.com/watch/HoRo4x_T6Pg, http://www.playvid.com/watch/RnFrN9qV8BQ, http://www.playvid.com/watch/wPAyLHFVnp8, http://www.playvid.com/watch/fgidWGpPMXH, http://www.playvid.com/watch/nxli6QN_SuI, http://www.playvid.com/watch/yQXJD4JiGUM, http://www.playvid.com/watch/oezUZti1Gga, http://www.playvid.com/watch/oaj2Ge8tIBo, http://www.playvid.com/watch/fHXANY79Sly, http://www.playvid.com/watch/biyGSGBOfbz, http://www.playvid.com/watch/gAejV8u6pKg, http://www.playvid.com/watch/oYvZCaahvr3, http://www.playvid.com/watch/YLy2BwjtJND, http://www.playvid.com/watch/hO8b_rPNarl, http://www.playvid.com/watch/7zaLjEQMkHj, http://www.playvid.com/watch/qyDIWApap83, http://www.playvid.com/watch/ZdYhdVqJdw9, http://www.playvid.com/watch/q1L1qipxX_T, http://www.playvid.com/watch/0NRHJWAvXkc, http://www.playvid.com/watch/07iAMcDBHHF, http://www.playvid.com/watch/2qg8Xn4O6er, http://www.playvid.com/watch/C7Xo8zrGmGc, http://www.playvid.com/watch/QWh7fMdVtgQ, http://www.playvid.com/watch/HOSg2bKwEak, http://www.playvid.com/watch/3y5Us2GGL2M, http://www.playvid.com/watch/OwzaI8Amd8V, http://www.playvid.com/watch/oLUMW4nlV5c, http://www.playvid.com/watch/REWe2OC3-8c, http://www.playvid.com/watch/iwT6OiwN5Pa, http://www.playvid.com/watch/jvrRXK5_Yr7, http://www.playvid.com/watch/XChWWvfdOpu, http://www.playvid.com/watch/bmzdRueu72T, http://www.playvid.com/watch/TT8wmiMNyNm, http://www.playvid.com/watch/d_6hknYRdLs, http://www.playvid.com/watch/laMhMwOarPX, http://www.playvid.com/watch/J75YxXmetdj, http://www.playvid.com/watch/4CbEX6Oe5W9, http://www.playvid.com/watch/G7mCpbrQ12j, http://www.playvid.com/watch/xH6utd_EJhC, http://www.playvid.com/watch/zEldjucp32B, http://www.playvid.com/watch/iWyjpVjd9jx, http://www.playvid.com/watch/LjkSBjWReYR, http://www.playvid.com/watch/TYjOzwP-Wxz, http://www.playvid.com/watch/7sE9wWKehIt, http://www.playvid.com/watch/ttLSYLlhshY, http://www.playvid.com/watch/GRsjt99i-5r, http://www.playvid.com/watch/nc6K5anzRdD, http://www.playvid.com/watch/mV-htmc8zL4, http://www.playvid.com/watch/OjbkuqFsO5E, http://www.playvid.com/watch/QHSLvTLc70p, http://www.playvid.com/watch/udPKm_ZM6su, http://www.playvid.com/watch/DyUSVsUDuHV, http://www.playvid.com/watch/Hrd22cIzZa2, http://www.playvid.com/watch/GwVTKrvact7, http://www.playvid.com/watch/0t88uwoWugy, http://www.playvid.com/watch/b3wsHdb4Ks6, http://www.playvid.com/watch/A_14_1ath5F, http://www.playvid.com/watch/MPaiPezn7tY, http://www.playvid.com/watch/K-3WEHwOdGW, http://www.playvid.com/watch/9rlbb77ZcrS, http://www.playvid.com/watch/FVagXbYX30g, http://www.playvid.com/watch/LejD7a09gU2, http://www.playvid.com/watch/L26xrqiBtyn, http://www.playvid.com/watch/E2Wd_yCzsbc, http://www.playvid.com/watch/yOWWPdfsIh5, http://www.playvid.com/watch/wTqck6x3T6r, http://www.playvid.com/watch/z7SDFfnWmIo, http://www.playvid.com/watch/svN8N8lLu4m, http://www.playvid.com/watch/r4vZTj77dJh, http://www.playvid.com/watch/HbFaO5f7p_h, http://www.playvid.com/watch/y0VT7YGCTYR, http://www.playvid.com/watch/GlxkeE9_qym, http://www.playvid.com/watch/a1tBKhFUp1i, http://www.playvid.com/watch/pjJZIToQg_u, http://www.playvid.com/watch/p2CfeL6zRe9, http://www.playvid.com/watch/XGc-S44_89R, http://www.playvid.com/watch/b2FlZg9ctDv, http://www.playvid.com/watch/nZ8mBvKha30

5.f. Date of third notice: 2014-10-15

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: icm129

5.b. Uploader's email address: cm.isontheedge+03@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/icm129

5.e. List of videos posted by uploader: http://www.playvid.com/watch/dElIXUdTgPI, http://www.playvid.com/watch/aZqRWJvmVpy, http://www.playvid.com/watch/IYm6pWU75ub, http://www.playvid.com/watch/OtLm7NtOGgb, http://www.playvid.com/watch/hMZMEiR2dqo, http://www.playvid.com/watch/vZguIwPOWKi, http://www.playvid.com/watch/VMsoHczO2-j, http://www.playvid.com/watch/ECcXd9LzZdI, http://www.playvid.com/watch/TinsjD4bnaN, http://www.playvid.com/watch/uRUWJrpoVfO, http://www.playvid.com/watch/nSSuPio91BX, http://www.playvid.com/watch/Oo_efvAJpc8, http://www.playvid.com/watch/8lK1ukknyoP, http://www.playvid.com/watch/q3OiJCMiI-f, http://www.playvid.com/watch/nzrlf0Lv1CU, http://www.playvid.com/watch/rAn9dYkdTGr, http://www.playvid.com/watch/GDf-Z4LKh-b, http://www.playvid.com/watch/bLInVc1kYST, http://www.playvid.com/watch/dXSVo2aqzCX, http://www.playvid.com/watch/qZFSuP8KVkX, http://www.playvid.com/watch/r9sFeMvvBvq, http://www.playvid.com/watch/VtdEG0NRFsy, http://www.playvid.com/watch/Ql8QR3FAHnK, http://www.playvid.com/watch/d2tPasDc62v, http://www.playvid.com/watch/Hif6Jrd9EaH, http://www.playvid.com/watch/WHkJALUhXyk, http://www.playvid.com/watch/OzEL2FYkUsr, http://www.playvid.com/watch/ST3RqgMzn6E, http://www.playvid.com/watch/adtdFxwXGdi, http://www.playvid.com/watch/8raECx1vu_8, http://www.playvid.com/watch/Sghn0XTrrQA, http://www.playvid.com/watch/eu99wk_aP6K, http://www.playvid.com/watch/h2-Fcy-16vK, http://www.playvid.com/watch/ZK-hG_H6Yvw, http://www.playvid.com/watch/IxsohEl70Ot, http://www.playvid.com/watch/EEUODmbsFeN, http://www.playvid.com/watch/vnECI5YVgra, http://www.playvid.com/watch/UPbDn_R61rn, http://www.playvid.com/watch/HaYOR8WkpPi, http://www.playvid.com/watch/9u2BfqH_F6z, http://www.playvid.com/watch/pXTRFP9Bbjw, http://www.playvid.com/watch/Vs_4fOpr0y4, http://www.playvid.com/watch/ltAHayOPr_A, http://www.playvid.com/watch/5HsoblznIe5, http://www.playvid.com/watch/Hbd3Q9wTVdN, http://www.playvid.com/watch/AFTDAJZWLoB, http://www.playvid.com/watch/DRTO5ZO6dqP, http://www.playvid.com/watch/Q8n-0-oqjqN, http://www.playvid.com/watch/JY_bLlClm86, http://www.playvid.com/watch/NbRB4M5-b3k, http://www.playvid.com/watch/xhEUgWQNlVJ, http://www.playvid.com/watch/YuQ76iyNULq, http://www.playvid.com/watch/bG9fHHX_iHd,

http://www.playvid.com/watch/mkdCmPiBkDy, http://www.playvid.com/watch/N72lMQ5d_Rz, http://www.playvid.com/watch/XJPcP743u_l, http://www.playvid.com/watch/ItFyJ777EOJ, http://www.playvid.com/watch/4kgg6_WxPLo, http://www.playvid.com/watch/EWiFgF6F-5B, http://www.playvid.com/watch/nZbCSl7UCka, http://www.playvid.com/watch/LgsZoKfUDlD, http://www.playvid.com/watch/f2KDR5YP3dE, http://www.playvid.com/watch/pD1Aw0gl_wD, http://www.playvid.com/watch/8B1nanZmdDY, http://www.playvid.com/watch/VwE2sknP_Dn, http://www.playvid.com/watch/EowvfgSb7zT, http://www.playvid.com/watch/pUrs5ZnxNfL, http://www.playvid.com/watch/7EcoLb4na2O, http://www.playvid.com/watch/aJB94PIrk7b, http://www.playvid.com/watch/O4K4twlYE-n, http://www.playvid.com/watch/fDAZ-G1BlaU, http://www.playvid.com/watch/yiWi6PkM_CE, http://www.playvid.com/watch/QiWQUBv6gpW, http://www.playvid.com/watch/WP4tubpGXbQ, http://www.playvid.com/watch/0wcDXVBbRFe, http://www.playvid.com/watch/WN-yUg-FO4G, http://www.playvid.com/watch/MrYVY-J8zAN, http://www.playvid.com/watch/g7qHRxzbZQE, http://www.playvid.com/watch/avieNjJi5y5, http://www.playvid.com/watch/5y6ZmpCD_wd, http://www.playvid.com/watch/0HkrlB-Da1U, http://www.playvid.com/watch/SWCpt_1yWxg, http://www.playvid.com/watch/IDiQQgC4uhb, http://www.playvid.com/watch/EaCb2E899j4, http://www.playvid.com/watch/lRGF-4_y9hY, http://www.playvid.com/watch/t834EzNK1p9, http://www.playvid.com/watch/xuhOmy0lT2p, http://www.playvid.com/watch/31qUG1HaCEZ, http://www.playvid.com/watch/5B5wZQRB8yd, http://www.playvid.com/watch/8ZuFFj9kr3b, http://www.playvid.com/watch/f-ugNxUOV9t, http://www.playvid.com/watch/yHPkFeM1fQ6, http://www.playvid.com/watch/THDCNhoS3lX, http://www.playvid.com/watch/5Gc632Kt1NG, http://www.playvid.com/watch/273PZR5wfbk, http://www.playvid.com/watch/gZ3uaybDGOl, http://www.playvid.com/watch/H_-aj61uAJe, http://www.playvid.com/watch/7lkkBJs2OKl, http://www.playvid.com/watch/4pA7cPlWhEU, http://www.playvid.com/watch/WPC38hofwfg, http://www.playvid.com/watch/bpbRi3WKDhj, http://www.playvid.com/watch/5v7s4-eS1hv, http://www.playvid.com/watch/Cly2M_coAQA, http://www.playvid.com/watch/ZdZxMJFSGjB, http://www.playvid.com/watch/6qWXItyUv90, http://www.playvid.com/watch/avd5HD5Z_dX, http://www.playvid.com/watch/AZ7ZUMflvFz, http://www.playvid.com/watch/v73aShuvATT, http://www.playvid.com/watch/0ET2guaT2oT, http://www.playvid.com/watch/LzlL8QJTuDH, http://www.playvid.com/watch/5qzq81DD04n, http://www.playvid.com/watch/Dfr2Xw4hkKL, http://www.playvid.com/watch/RcujyyQiBGM, http://www.playvid.com/watch/edrlYrWdd9F, http://www.playvid.com/watch/ph079JVEpR2, http://www.playvid.com/watch/s57LiMLfzEQ, http://www.playvid.com/watch/UP6VVmsUiKN, http://www.playvid.com/watch/WFNGxS_bYnq, http://www.playvid.com/watch/0pMlcO2lhQX, http://www.playvid.com/watch/A4gyE7xteFN, http://www.playvid.com/watch/4fBgI_JALbH, http://www.playvid.com/watch/PjnGC_VUEvY, http://www.playvid.com/watch/LZYAVgjpEub, http://www.playvid.com/watch/CfZNBPmwtBP, http://www.playvid.com/watch/36QJJ_iqkhf, http://www.playvid.com/watch/qToATglOB0D, http://www.playvid.com/watch/rOEAhpBa8mV, http://www.playvid.com/watch/jYi3SlvgtB3, http://www.playvid.com/watch/WfynJRxCDmK, http://www.playvid.com/watch/PZZWApMdQCr, http://www.playvid.com/watch/88CcR5VozQ6, http://www.playvid.com/watch/xag52rrkb6u, http://www.playvid.com/watch/jnjr1yTjZEV, http://www.playvid.com/watch/CqghfKwsn9Q, http://www.playvid.com/watch/aIL_S3Uvwft, http://www.playvid.com/watch/pNqGs74lzqX, http://www.playvid.com/watch/jkDTE-hd8vm, http://www.playvid.com/watch/fnxZkx0erZc, http://www.playvid.com/watch/d_nr_s8iTsV, http://www.playvid.com/watch/oO9EKJpKfHg, http://www.playvid.com/watch/847RpkBi4XG, http://www.playvid.com/watch/GoVCg2KezUh, http://www.playvid.com/watch/rp9lUJ8_47L, http://www.playvid.com/watch/FGIOQgploEo, http://www.playvid.com/watch/4-QymJTN3GL, http://www.playvid.com/watch/AKhdz72lwzs, http://www.playvid.com/watch/JMea4tCembW, http://www.playvid.com/watch/0cF9quRuqu8, http://www.playvid.com/watch/s7Z5szgfCmp, http://www.playvid.com/watch/M4lBWIQgc7R, http://www.playvid.com/watch/fRn7BUsXExX, http://www.playvid.com/watch/3hhyUNWAMXn, http://www.playvid.com/watch/R5JDf1loz1F, http://www.playvid.com/watch/Mt45tovbgD3, http://www.playvid.com/watch/y43CyPP86sW, http://www.playvid.com/watch/55PKOM5fwj3, http://www.playvid.com/watch/flNyu3Y0wrQ, http://www.playvid.com/watch/Rykwu_ByLvL, http://www.playvid.com/watch/QBUfX9eF5Qz, http://www.playvid.com/watch/75IYdCOhnFB, http://www.playvid.com/watch/Nl4nm0RUHio, http://www.playvid.com/watch/XVl2z7djWog, http://www.playvid.com/watch/WLZTn2YPmpV, http://www.playvid.com/watch/Z5O1GLmUXjF, http://www.playvid.com/watch/ZiNSOYQTBMS, http://www.playvid.com/watch/8RbFgsujR1G, http://www.playvid.com/watch/0pf1p4af5bx, http://www.playvid.com/watch/pqV_PCpxv9S, http://www.playvid.com/watch/pDqVOMsvBBS, http://www.playvid.com/watch/wKjzxw5NzAI, http://www.playvid.com/watch/HCQ2t9gOFvu, http://www.playvid.com/watch/3PLux086MF5, http://www.playvid.com/watch/umLuAbjWXNT, http://www.playvid.com/watch/zeZkZVf2GAA, http://www.playvid.com/watch/ugTxJjZ3zAH, http://www.playvid.com/watch/dghc8uH0K22, http://www.playvid.com/watch/DhP0L4A4Trv, http://www.playvid.com/watch/ijDMVo842Wd, http://www.playvid.com/watch/8xM8I4CrTP2, http://www.playvid.com/watch/xH_egqfzWpn, http://www.playvid.com/watch/zTjGll1Qelz, http://www.playvid.com/watch/l5zZkHORumB, http://www.playvid.com/watch/Bci7EtjdIOl, http://www.playvid.com/watch/Qz0Lg0blH-H, http://www.playvid.com/watch/IBBfqExyV5T, http://www.playvid.com/watch/HGwi4lmy2PY, http://www.playvid.com/watch/eUDxwEMtUkD, http://www.playvid.com/watch/5ARpmxwhnJN, http://www.playvid.com/watch/gn-iHcQsOeW, http://www.playvid.com/watch/JklsLYb-WSl, http://www.playvid.com/watch/KxgWx806E9d, http://www.playvid.com/watch/S5jkTj1t6KS, http://www.playvid.com/watch/PXsbps1T_tM, http://www.playvid.com/watch/opvKs5EUfVB, http://www.playvid.com/watch/ZS2h_DOLMPi, http://www.playvid.com/watch/A9h65xVBJ_J, http://www.playvid.com/watch/5D4DonuWxWQ, http://www.playvid.com/watch/3a-9Y6UBj_S, http://www.playvid.com/watch/meEBRLsV1mM, http://www.playvid.com/watch/mytro_64Vba, http://www.playvid.com/watch/BEnmSjfJ6jS, http://www.playvid.com/watch/FUrk_cHpgF8, http://www.playvid.com/watch/EDEt_lN1CAg, http://www.playvid.com/watch/mOE9Mfbx_V0, http://www.playvid.com/watch/7_WQZGkEpMG, http://www.playvid.com/watch/GGwdLtF4s3m, http://www.playvid.com/watch/bDoi0xlDlW4, http://www.playvid.com/watch/jGom7o8OA_r, http://www.playvid.com/watch/3MriQQ4peTX, http://www.playvid.com/watch/JRRlgcu2nSS, http://www.playvid.com/watch/izNAECSlCxX, http://www.playvid.com/watch/2_ZZrpPqtLO, http://www.playvid.com/watch/SlPnSikq2oW, http://www.playvid.com/watch/ky0aXLP4W2F, http://www.playvid.com/watch/N1tz0V-hNj3, http://www.playvid.com/watch/9z1xXZftFYP, http://www.playvid.com/watch/OR36O6GXuwV, http://www.playvid.com/watch/8rNFJoTFjrG, http://www.playvid.com/watch/VNHFEH1xGNE, http://www.playvid.com/watch/9JyItUH-N-5, http://www.playvid.com/watch/rQei6sTLkLj, http://www.playvid.com/watch/AU2SU3lnXB7, http://www.playvid.com/watch/0Lex5tzZdKb, http://www.playvid.com/watch/BEFc0nPKPV5, http://www.playvid.com/watch/BC4qvgyqgWr, http://www.playvid.com/watch/8qMKGO76zr9, http://www.playvid.com/watch/5d1fHfSequj, http://www.playvid.com/watch/E8-qQmHPV-y, http://www.playvid.com/watch/MmaQYCSewka, http://www.playvid.com/watch/lHztSa_IuhQ, http://www.playvid.com/watch/8l5llr_EnLk, http://www.playvid.com/watch/IUCq7uHm0fx, http://www.playvid.com/watch/3ArCdJ9LfDB, http://www.playvid.com/watch/iZwH8yodoTF, http://www.playvid.com/watch/RdbCdhLGofK, http://www.playvid.com/watch/eHHeKv9w_e2, http://www.playvid.com/watch/sKlUOA3rV4i, http://www.playvid.com/watch/JaJ42r2j6aQ, http://www.playvid.com/watch/S7G9dEufRZS, http://www.playvid.com/watch/lQTr7288jfP, http://www.playvid.com/watch/OQX-4vPoK_J, http://www.playvid.com/watch/Xn95-Yn8g2V, http://www.playvid.com/watch/QH5RmzjtYCc, http://www.playvid.com/watch/YcF9YbOsGtu, http://www.playvid.com/watch/fFxOmVxu4Yb, http://www.playvid.com/watch/VfobaxI0U-5, http://www.playvid.com/watch/8YCPsLHVNnU, http://www.playvid.com/watch/lE0efXue4ao, http://www.playvid.com/watch/Rvu3DBAoFl7, http://www.playvid.com/watch/FvBOsEoMYcz, http://www.playvid.com/watch/VfXwdrNGOiX, http://www.playvid.com/watch/4lCT5O-hF5H, http://www.playvid.com/watch/eVRbiAK5SdI, http://www.playvid.com/watch/6NHkEd2ns0u, http://www.playvid.com/watch/7R0wWgiDFWe, http://www.playvid.com/watch/UDKAshEC74j, http://www.playvid.com/watch/t-uDuoquzQt, http://www.playvid.com/watch/3UlqFLkpkJo, http://www.playvid.com/watch/3eMZMX-1qfi, http://www.playvid.com/watch/ojotZY1Ah0l, http://www.playvid.com/watch/xy8suWGqXnH, http://www.playvid.com/watch/v7LTJXC7fvR, http://www.playvid.com/watch/Blx3ciUxt9p, http://www.playvid.com/watch/dRl_lo1oVuv, http://www.playvid.com/watch/hA7XLc_leJn, http://www.playvid.com/watch/YrBGv0UgU9O, http://www.playvid.com/watch/GWU1jQap1eh, http://www.playvid.com/watch/IhLwGZwdI-v, http://www.playvid.com/watch/9nZEhn5mUje, http://www.playvid.com/watch/TIa3rrdzmw9, http://www.playvid.com/watch/cOAdUce_plo, http://www.playvid.com/watch/WVCF-NXGOvp, http://www.playvid.com/watch/2vu1yX06J1z, http://www.playvid.com/watch/ytXfFkpY8SZ, http://www.playvid.com/watch/cIxHltY5tYn, http://www.playvid.com/watch/fk4kj7FknZx, http://www.playvid.com/watch/iX_tlveVpqu, http://www.playvid.com/watch/flHn5ItCSEd, http://www.playvid.com/watch/CW4Y1h1hemk, http://www.playvid.com/watch/OmPQKgmLKRS, http://www.playvid.com/watch/LFkiY38FQ9N, http://www.playvid.com/watch/NEexMe6u-qH, http://www.playvid.com/watch/WspVPefFNKO, http://www.playvid.com/watch/hFIQszlTW4O, http://www.playvid.com/watch/AHmavcOcw8F, http://www.playvid.com/watch/LFiadfyxEDL, http://www.playvid.com/watch/eSXK7tL26Va, http://www.playvid.com/watch/KKODPGeIWq6, http://www.playvid.com/watch/Y8qZLiKdGsf, http://www.playvid.com/watch/RVA8EVsb0ol, http://www.playvid.com/watch/vUb72vTlZw8, http://www.playvid.com/watch/NJkKNAJrEj5, http://www.playvid.com/watch/jvHrzTCK7Sp, http://www.playvid.com/watch/7NmXHrggKiN
5.f. Date of third notice: 2014-10-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: igiveitto_you
5.b. Uploader's email address: ericknickson@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/igiveitto_you
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YNx6VxFleZx, http://www.playvid.com/watch/bw84Qdn46Tb, http://www.playvid.com/watch/Yps7hr99seB, http://www.playvid.com/watch/ceIL92vyNu4, http://www.playvid.com/watch/iK9admx32HZ, http://www.playvid.com/watch/ugpai72n8jH, http://www.playvid.com/watch/C2n6A10gE4f, http://www.playvid.com/watch/LWK72_7x5Fi, http://www.playvid.com/watch/RiwobxWCHC0, http://www.playvid.com/watch/JW7zzGLCIqa, http://www.playvid.com/watch/TlPtn1p5af8, http://www.playvid.com/watch/Yi6BSNZ4HUV, http://www.playvid.com/watch/uzTzKZGKugF, http://www.playvid.com/watch/zraW9Jmc_SP, http://www.playvid.com/watch/WpmqxKeXfwD, http://www.playvid.com/watch/MVuCPldK57Q, http://www.playvid.com/watch/ARo1FOVLU3w, http://www.playvid.com/watch/cMCaOKKSEs7, http://www.playvid.com/watch/sN-O8UmP8yN, http://www.playvid.com/watch/7hIzdl50Rh2, http://www.playvid.com/watch/BXmst7Vx9JN, http://www.playvid.com/watch/NU91fLviHmr, http://www.playvid.com/watch/RQYm6Pz93l2, http://www.playvid.com/watch/siGPpMJ350H, http://www.playvid.com/watch/cnPWAsTemKh, http://www.playvid.com/watch/SDAyupAH033,

http://www.playvid.com/watch/OrW-r5sn6wE, http://www.playvid.com/watch/q09Fg-XpX3V, http://www.playvid.com/watch/q6IBy10ph06, http://www.playvid.com/watch/cxTLMM5c94a, http://www.playvid.com/watch/XHFOgTXnoNC, http://www.playvid.com/watch/JnecuSCyAVR, http://www.playvid.com/watch/SkjOnCoqDt5, http://www.playvid.com/watch/JYBZBMjVAH8, http://www.playvid.com/watch/kK4VDDq-UJp, http://www.playvid.com/watch/8mQbFRtNcCU, http://www.playvid.com/watch/jhhiOX7Vw5x, http://www.playvid.com/watch/bd9mdpMMHHa, http://www.playvid.com/watch/YEURJU3ccd4, http://www.playvid.com/watch/cPs6eTajuOK, http://www.playvid.com/watch/VhJBGM-TCeO, http://www.playvid.com/watch/4uJYUVnZkUd, http://www.playvid.com/watch/P5jzrIaj_z3, http://www.playvid.com/watch/6Mgwq7khELS, http://www.playvid.com/watch/PykGOriK4Jq, http://www.playvid.com/watch/fDJ-4oI71Ql, http://www.playvid.com/watch/mRwbE7cvGBu, http://www.playvid.com/watch/cqpQpCy9Hx7, http://www.playvid.com/watch/OfSSNsvfVvP, http://www.playvid.com/watch/ocJH5IP00sx, http://www.playvid.com/watch/sAQ7YdHfXQP, http://www.playvid.com/watch/GEOcHPEutNs, http://www.playvid.com/watch/4qF7SV3K5Vm, http://www.playvid.com/watch/quxh24QIJNP, http://www.playvid.com/watch/zIjWl-fKwpn, http://www.playvid.com/watch/RNmglfJ1B3P, http://www.playvid.com/watch/oobFqd-XOkG, http://www.playvid.com/watch/mafJJkVRMzT, http://www.playvid.com/watch/3Jeh2qv6MKr, http://www.playvid.com/watch/raQ56h3VMv6, http://www.playvid.com/watch/De_hmpnTAGH, http://www.playvid.com/watch/gKjmEAjm5jh, http://www.playvid.com/watch/8-X61Do1dCR, http://www.playvid.com/watch/8vdLOsr7qy0, http://www.playvid.com/watch/d5ZPmuvymIO, http://www.playvid.com/watch/4PjWlq8gl8k, http://www.playvid.com/watch/7JAU2kBw9jn, http://www.playvid.com/watch/ylQLZxaEAQb, http://www.playvid.com/watch/y3X2bNVLwfs, http://www.playvid.com/watch/TS8X04Wc2eJ, http://www.playvid.com/watch/igoZc79pnYB, http://www.playvid.com/watch/LygRY0idINk, http://www.playvid.com/watch/APS2vuXm1i8, http://www.playvid.com/watch/Jvrr8YgFcis, http://www.playvid.com/watch/aN2satADnNs, http://www.playvid.com/watch/Z3UItGut85u, http://www.playvid.com/watch/ScpfANnBbd3, http://www.playvid.com/watch/QpCMS3gK-LB, http://www.playvid.com/watch/8griXDvwwZB, http://www.playvid.com/watch/SL2zST5By32, http://www.playvid.com/watch/0hFOPyoi-uf, http://www.playvid.com/watch/DXJK6pbx-sX, http://www.playvid.com/watch/mpjz0Ahu4wo, http://www.playvid.com/watch/okwskASrKz8, http://www.playvid.com/watch/A8wJWA92VVK, http://www.playvid.com/watch/zPcawcsEv3R, http://www.playvid.com/watch/kefa7VRXfzL, http://www.playvid.com/watch/RLPauLhVbxS, http://www.playvid.com/watch/h1eIObtaHSR, http://www.playvid.com/watch/RXVIodrv-lk, http://www.playvid.com/watch/sqR2EkkIJsF, http://www.playvid.com/watch/9Hu_PhdZ92R, http://www.playvid.com/watch/mfk8qC4G1wN, http://www.playvid.com/watch/zW0i7WQXC8G, http://www.playvid.com/watch/lgBz3t0PnMN, http://www.playvid.com/watch/Jh4_W3QQkcj, http://www.playvid.com/watch/iphh2vkuyDq, http://www.playvid.com/watch/FiHNydyZIC9, http://www.playvid.com/watch/kF5y2AWP70E, http://www.playvid.com/watch/C7-3uTDl8EV, http://www.playvid.com/watch/E5MOPMkfkqA, http://www.playvid.com/watch/EZ-qBf3uDck, http://www.playvid.com/watch/7eZHuCoCQlj, http://www.playvid.com/watch/wXuDfgntHby, http://www.playvid.com/watch/2ZDMkSefd2l, http://www.playvid.com/watch/jOpuu2XR5Rq, http://www.playvid.com/watch/pn4R1qRMTDY, http://www.playvid.com/watch/ctvWoO5Sn8g, http://www.playvid.com/watch/uhZwPGdwFWU, http://www.playvid.com/watch/XpAxH7p32yU, http://www.playvid.com/watch/9aSXxK-0LO3, http://www.playvid.com/watch/YFszSO0vLXq, http://www.playvid.com/watch/ftXoO3uidvb, http://www.playvid.com/watch/q-koGbmg4Qv, http://www.playvid.com/watch/5NuLsEOCavC, http://www.playvid.com/watch/YO1S7Qvjq_J, http://www.playvid.com/watch/VU4_-zlWPrS, http://www.playvid.com/watch/bUCb_lIek1M, http://www.playvid.com/watch/o1e1KH18c4s, http://www.playvid.com/watch/50SOcNGYcWS, http://www.playvid.com/watch/W8yqSNq42Pi, http://www.playvid.com/watch/5NHcQw9LYVt, http://www.playvid.com/watch/aWdodPINEfS, http://www.playvid.com/watch/e6Vc-JqFAUM, http://www.playvid.com/watch/rvs3RCQyH3O, http://www.playvid.com/watch/xpsqP4u2a1Z, http://www.playvid.com/watch/xLqULB6P8kH, http://www.playvid.com/watch/88VnKP5YM-9, http://www.playvid.com/watch/JtTc1SHvANe, http://www.playvid.com/watch/gZElvEIM4W4, http://www.playvid.com/watch/dIrxlcD4ESQ, http://www.playvid.com/watch/apSbjrWzziR, http://www.playvid.com/watch/Ts9e3VwMSMa, http://www.playvid.com/watch/EkARQab8Jsx, http://www.playvid.com/watch/qSlYtK1Rxyi, http://www.playvid.com/watch/vzPAJEdty2K
5.f. Date of third notice: 2014-04-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: iKnow
5.b. Uploader's email address: iknow.corp@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/iKnow
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PQuJCd6uR-0, http://www.playvid.com/watch/C4UJCbhYJSS, http://www.playvid.com/watch/z5h5BTRm2G9, http://www.playvid.com/watch/VhbgpLTYHnr, http://www.playvid.com/watch/kLXkl2iG450, http://www.playvid.com/watch/SLdtqx4-XEQ, http://www.playvid.com/watch/mxySngyUMG6, http://www.playvid.com/watch/nJSRgglmOkW, http://www.playvid.com/watch/JTV3yWqoph8, http://www.playvid.com/watch/RFyeXYMe9hU, http://www.playvid.com/watch/RkxFvw2UMqw, http://www.playvid.com/watch/e8c9YfgY51C, http://www.playvid.com/watch/6omWtuW-lhO, http://www.playvid.com/watch/kXnZA7W-KPT, http://www.playvid.com/watch/inSgW4Gj7mn, http://www.playvid.com/watch/s2SgzIOwTz7, http://www.playvid.com/watch/MkDDyzs8u8J, http://www.playvid.com/watch/lgEuhDDrpWP, http://www.playvid.com/watch/XKTfKT7cHbM, http://www.playvid.com/watch/jtOzM6wMCey, http://www.playvid.com/watch/79ZBjiY5bl4, http://www.playvid.com/watch/H6dcethUL2F, http://www.playvid.com/watch/fksHj_7e6bA, http://www.playvid.com/watch/ZX6U-S7Dzjj, http://www.playvid.com/watch/nXf6pQDD_tv, http://www.playvid.com/watch/4lNhvNS1llL, http://www.playvid.com/watch/c9mbsY0fd69, http://www.playvid.com/watch/SXvExd80YEk, http://www.playvid.com/watch/O2XknI6mrfk, http://www.playvid.com/watch/yZUOi-_Ip-9, http://www.playvid.com/watch/apykyLL2J5C, http://www.playvid.com/watch/cTrDmmnNmqx, http://www.playvid.com/watch/p1QrujIrWlm, http://www.playvid.com/watch/9y95aXXyIsO, http://www.playvid.com/watch/tV4dioDpVeR, http://www.playvid.com/watch/Fnl3V6bTKJH, http://www.playvid.com/watch/rrbNgZdsD6m, http://www.playvid.com/watch/jG2OaCkmqla, http://www.playvid.com/watch/cTLk10Te5Hb, http://www.playvid.com/watch/MyfUmayifoH, http://www.playvid.com/watch/FEShhQTonBf, http://www.playvid.com/watch/W2qqFq1mjTo, http://www.playvid.com/watch/uU6KfCFVST6, http://www.playvid.com/watch/EadF1assEss, http://www.playvid.com/watch/0GPCPjrCfaU, http://www.playvid.com/watch/EaM7V_hvewm, http://www.playvid.com/watch/GR5FoDOO79I, http://www.playvid.com/watch/SfcNdzNTB0i, http://www.playvid.com/watch/pP14pXYYEpj, http://www.playvid.com/watch/8doScsGX0HB, http://www.playvid.com/watch/zyZsRUXkulI, http://www.playvid.com/watch/OvYnGkJIr1C, http://www.playvid.com/watch/frqn-pZ1eMt, http://www.playvid.com/watch/G0VGKUsnLGI, http://www.playvid.com/watch/X9rCGBXHYth, http://www.playvid.com/watch/JdihBhprQeS, http://www.playvid.com/watch/lgAqUmhblTY, http://www.playvid.com/watch/KDosDVgyH8z, http://www.playvid.com/watch/oqivZf5lGcR, http://www.playvid.com/watch/LiPWZRLMXIe, http://www.playvid.com/watch/7kM3Ere36Ck, http://www.playvid.com/watch/lh8rOXvxWtH, http://www.playvid.com/watch/YD1fwEy837v, http://www.playvid.com/watch/4yal2o3b_HC, http://www.playvid.com/watch/zK54fKXTxRx, http://www.playvid.com/watch/hVwaVZYbiQx, http://www.playvid.com/watch/NhffkCl8YCX, http://www.playvid.com/watch/ylk5vnppa2j, http://www.playvid.com/watch/geIUUYPgoka, http://www.playvid.com/watch/isD9ew0VIzE, http://www.playvid.com/watch/hTb00uda7Z5, http://www.playvid.com/watch/xtZenO2-AoO, http://www.playvid.com/watch/ng5KK_VaDjH, http://www.playvid.com/watch/LxAduTwKfu4, http://www.playvid.com/watch/blcm3a8P7b6, http://www.playvid.com/watch/9OzE1pKQkE9, http://www.playvid.com/watch/ePEYAZVb9wV, http://www.playvid.com/watch/dRZV66n-Ejq, http://www.playvid.com/watch/scvEz6h6M2e, http://www.playvid.com/watch/BD6-12zbiPQ, http://www.playvid.com/watch/u1BmepnWk-G, http://www.playvid.com/watch/bG5cfxGh4BA, http://www.playvid.com/watch/0nZFurjCTy6
5.f. Date of third notice: 2014-11-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ilikebich
5.b. Uploader's email address: alexnoort@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ilikebich
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cGuOq0GPrnO, http://www.playvid.com/watch/ZEKZujfRxKo, http://www.playvid.com/watch/AAxHsAEmhKr, http://www.playvid.com/watch/JXxg5eZJPZL, http://www.playvid.com/watch/rrJadbhRBa8, http://www.playvid.com/watch/KNXPtTY8Uw9, http://www.playvid.com/watch/2fEBNHKZhBs, http://www.playvid.com/watch/YqzTuY8QzJb, http://www.playvid.com/watch/sDUx52Jfr4j, http://www.playvid.com/watch/R7vwhrRKQLJ, http://www.playvid.com/watch/gqPXZgEKNV4, http://www.playvid.com/watch/aQYDf7wSFa0, http://www.playvid.com/watch/sgcVduw0Xi3, http://www.playvid.com/watch/auQMVAVNdKd, http://www.playvid.com/watch/lC1MB8XD5ex, http://www.playvid.com/watch/BSwOPPHAEoB, http://www.playvid.com/watch/peihX-jT3Tk, http://www.playvid.com/watch/oKpzIex1upk, http://www.playvid.com/watch/94hDn3Qel-6, http://www.playvid.com/watch/wA6VKdo5z2n, http://www.playvid.com/watch/ZuqKNnGjqOS, http://www.playvid.com/watch/WK-6bWE3CCW, http://www.playvid.com/watch/X7k3KpmF4UH, http://www.playvid.com/watch/YHj9M65owlF, http://www.playvid.com/watch/GF4RjQcoK-U, http://www.playvid.com/watch/vbryjJVgJ8V, http://www.playvid.com/watch/Y4X05FqxY2Y, http://www.playvid.com/watch/uff1zDaV4Vc, http://www.playvid.com/watch/2E4nD81omA5, http://www.playvid.com/watch/AvYqGNE-3hA, http://www.playvid.com/watch/A5YpQF1boNx, http://www.playvid.com/watch/Wr9hb20zSat, http://www.playvid.com/watch/UIyHSHcwh3G, http://www.playvid.com/watch/moaU0VF2E6f, http://www.playvid.com/watch/NSEjZwQh5-5, http://www.playvid.com/watch/jpgVljyBO1c, http://www.playvid.com/watch/NpemsfTkf66, http://www.playvid.com/watch/3iLK8YD53XW, http://www.playvid.com/watch/yh5ZHfh-ntA, http://www.playvid.com/watch/jzZE10dzrkt, http://www.playvid.com/watch/tLYvTFWTCfF, http://www.playvid.com/watch/IwQmY-WmI5X, http://www.playvid.com/watch/OlTQiElV2mN, http://www.playvid.com/watch/6YU2n86Qpnp, http://www.playvid.com/watch/lXankFnCUWH, http://www.playvid.com/watch/hXnzfyfIblQ, http://www.playvid.com/watch/Rc2xjeXfNw2, http://www.playvid.com/watch/d58VXvX3N8b, http://www.playvid.com/watch/mvUqJWVbgWl, http://www.playvid.com/watch/c5wb5ujANf7, http://www.playvid.com/watch/oBwzY0pXylY, http://www.playvid.com/watch/MPd7BwL-GmX, http://www.playvid.com/watch/iIsDliZ2D6D, http://www.playvid.com/watch/lQKro2QwFIw, http://www.playvid.com/watch/lcP7RKEH8PS, http://www.playvid.com/watch/953zguseiQ6,

http://www.playvid.com/watch/vQ1nZb2MpEL, http://www.playvid.com/watch/WxECYdz5QMm, http://www.playvid.com/watch/qJBBqGamjWK,
http://www.playvid.com/watch/8sPSjCa9I-X, http://www.playvid.com/watch/gSc8o7Bpzl5, http://www.playvid.com/watch/c7uHYrm27fj,
http://www.playvid.com/watch/r-B9sJq5CS-, http://www.playvid.com/watch/qJWXWHdANa-, http://www.playvid.com/watch/tmU3zN2xfVz,
http://www.playvid.com/watch/ZzEnuG0n583, http://www.playvid.com/watch/VvOcIG-OPbk, http://www.playvid.com/watch/gYAcwsNrU73,
http://www.playvid.com/watch/2kD8qS5BRI8, http://www.playvid.com/watch/40NMI1Cp-m3, http://www.playvid.com/watch/vTjwqqy8ZF1,
http://www.playvid.com/watch/S2712UUiDag, http://www.playvid.com/watch/7xqfOChTSPm, http://www.playvid.com/watch/NV2SE3W4cXY,
http://www.playvid.com/watch/tZ9Dm6EQ8fU, http://www.playvid.com/watch/SfJa8uVERoZ, http://www.playvid.com/watch/FySMvqTtyQB,
http://www.playvid.com/watch/u9EfY8XllOG, http://www.playvid.com/watch/WphVIRbDiUD, http://www.playvid.com/watch/9VoY0BTIOxL,
http://www.playvid.com/watch/tKG0S3KAweA, http://www.playvid.com/watch/Cfn3KYqYSkY, http://www.playvid.com/watch/ggVMSpCU4zS,
http://www.playvid.com/watch/bOB82AafwKF, http://www.playvid.com/watch/KB72qimFxhv, http://www.playvid.com/watch/uR2tcSI3nDg,
http://www.playvid.com/watch/RRHWVwhTl3a, http://www.playvid.com/watch/P8XZMrCHHqb, http://www.playvid.com/watch/jkbSUeDyIGO,
http://www.playvid.com/watch/5ztyiA0yzsa, http://www.playvid.com/watch/uoEe9u58Fry, http://www.playvid.com/watch/0sgoKBgmig2,
http://www.playvid.com/watch/w41S1MoezS0, http://www.playvid.com/watch/z8Zmmpx6qwh, http://www.playvid.com/watch/TG3XqRXnmY6,
http://www.playvid.com/watch/EXkBFrJDHSS, http://www.playvid.com/watch/Vb2FCcJDoRq, http://www.playvid.com/watch/qYVLNSflXD7,
http://www.playvid.com/watch/nNiIKt1bfwW, http://www.playvid.com/watch/Wcns2qo6EcW, http://www.playvid.com/watch/8LgsHlQM5es,
http://www.playvid.com/watch/PPdC1f20eP6, http://www.playvid.com/watch/tgEbDXG9RnL, http://www.playvid.com/watch/H42GYq1BH8N,
http://www.playvid.com/watch/0jRz3MGmnsz, http://www.playvid.com/watch/4yGekrARIXi, http://www.playvid.com/watch/X8YGXCeHieJ,
http://www.playvid.com/watch/HnUUIL8rctR, http://www.playvid.com/watch/Kz5HWRVuRBH, http://www.playvid.com/watch/KvTTvYwUHXl,
http://www.playvid.com/watch/5CEwO9irDmD, http://www.playvid.com/watch/-TDnEPPXHD4, http://www.playvid.com/watch/sb1ifFeNIt0,
http://www.playvid.com/watch/TtQLjJeW2Gd, http://www.playvid.com/watch/t0Jgzne-9zk, http://www.playvid.com/watch/9ItqZgYO0Rn,
http://www.playvid.com/watch/PLsrFmIdrZx, http://www.playvid.com/watch/s0TFKEZcfjl, http://www.playvid.com/watch/Td3uZw4UESf,
http://www.playvid.com/watch/PeVw2JSOXyJ, http://www.playvid.com/watch/iUHd4itLHSJ, http://www.playvid.com/watch/ebBfGkWuX8W,
http://www.playvid.com/watch/2aWTLWD6iUW, http://www.playvid.com/watch/o-MQvOT2mFC, http://www.playvid.com/watch/bwSlxI0KrM-,
http://www.playvid.com/watch/-EkZrbJiUat, http://www.playvid.com/watch/3GnFV-KWN0p, http://www.playvid.com/watch/iWq-YwwKwjt,
http://www.playvid.com/watch/IIY91HFqEzz, http://www.playvid.com/watch/eMFnxqwXA1R, http://www.playvid.com/watch/0SoYvBsQ6UY,
http://www.playvid.com/watch/7lXFHOxllwN, http://www.playvid.com/watch/AiRKqwKBRNl, http://www.playvid.com/watch/-DLucn6ydMt,
http://www.playvid.com/watch/HPmuxcjsGA6, http://www.playvid.com/watch/jnXmEiSM4EG, http://www.playvid.com/watch/JGpC12APejX,
http://www.playvid.com/watch/TPMFKkXwG6v, http://www.playvid.com/watch/V8U8P1n0HiE, http://www.playvid.com/watch/NToJhrlBL0C,
http://www.playvid.com/watch/chpbTivgiIA, http://www.playvid.com/watch/yhGOtktk21k, http://www.playvid.com/watch/9bCLUuxge6p,
http://www.playvid.com/watch/xMuJ9udmuUD, http://www.playvid.com/watch/8QB4xt6xIpA, http://www.playvid.com/watch/tT1RLbsAh5-,
http://www.playvid.com/watch/JnWj5QKaP-g, http://www.playvid.com/watch/ySpnuyZKZfC, http://www.playvid.com/watch/uAFNPEpXspa,
http://www.playvid.com/watch/men4aYi52m5, http://www.playvid.com/watch/Cz8nR023Svp, http://www.playvid.com/watch/nMUpc7bUDQu,
http://www.playvid.com/watch/DR3OwI17UWP, http://www.playvid.com/watch/NmeMpKH7uOH, http://www.playvid.com/watch/StEGbJdNHK1,
http://www.playvid.com/watch/CpCrpS0QB6A, http://www.playvid.com/watch/my4wlp2gL-s, http://www.playvid.com/watch/Ug-IHcVLuMi,
http://www.playvid.com/watch/gLHmRCNBt08, http://www.playvid.com/watch/SmMibWWi0Hn, http://www.playvid.com/watch/jQP56oV-8Ob,
http://www.playvid.com/watch/TrhAQ5ccKDj, http://www.playvid.com/watch/afBHIEvdZk-, http://www.playvid.com/watch/g-8rfeHZNJH,
http://www.playvid.com/watch/i0qg9W6J2ht, http://www.playvid.com/watch/-nUcO8L7CAL, http://www.playvid.com/watch/lSpaa-GefAL,
http://www.playvid.com/watch/o3yyjjGwNFR, http://www.playvid.com/watch/gi4EOHFU2TB, http://www.playvid.com/watch/8Vs9KGYOD3p,
http://www.playvid.com/watch/0qI19mtljky, http://www.playvid.com/watch/aW7OsNhu20F, http://www.playvid.com/watch/CvdJ6d1ykfO,
http://www.playvid.com/watch/-5J9S7DRClP, http://www.playvid.com/watch/OAfQCKq4FSQ, http://www.playvid.com/watch/YZKWDMv0FJf,
http://www.playvid.com/watch/tonwQf0bSoJ, http://www.playvid.com/watch/46xYMLjH2OZ, http://www.playvid.com/watch/9e37OyUs2NH,
http://www.playvid.com/watch/h7o8n4umEJI, http://www.playvid.com/watch/6UIEtXTJefs, http://www.playvid.com/watch/ETU6ydMAYjI,
http://www.playvid.com/watch/kFuJPDe4NK9, http://www.playvid.com/watch/EjkvVvXQ5qS, http://www.playvid.com/watch/KR0o-c-hDAj,
http://www.playvid.com/watch/Fgzr2Yc8aip, http://www.playvid.com/watch/kc8oLVWKku2, http://www.playvid.com/watch/qQmzhlg6vv7,
http://www.playvid.com/watch/ZP07dldDi5o, http://www.playvid.com/watch/pQghU1yPS5G, http://www.playvid.com/watch/k0VE8E-sg04,
http://www.playvid.com/watch/BlvKBFiQG9M, http://www.playvid.com/watch/oqjcwofUy7y, http://www.playvid.com/watch/cdmqfLv3BuT,
http://www.playvid.com/watch/Cra1nWjAw1H, http://www.playvid.com/watch/64ummng-o-I, http://www.playvid.com/watch/gW6R756xyKt,
http://www.playvid.com/watch/tv3P-tvAx3v, http://www.playvid.com/watch/iRqFlwho29q, http://www.playvid.com/watch/tNnuEvHqfvw,
http://www.playvid.com/watch/znr3uWJejDQ, http://www.playvid.com/watch/xlsTgU-OFyI, http://www.playvid.com/watch/oGwwWtmdnV2,
http://www.playvid.com/watch/Wqp0ayMQmTx, http://www.playvid.com/watch/FtIiNAp-ysG, http://www.playvid.com/watch/xfU3ezOKkDR,
http://www.playvid.com/watch/g2siBQpbHiC, http://www.playvid.com/watch/LgDtpjIlKuc, http://www.playvid.com/watch/cGw8cdDVCIx,
http://www.playvid.com/watch/n-O0HPApcnR, http://www.playvid.com/watch/AqcRueuZ6Ff, http://www.playvid.com/watch/xQy8BLseKoa,
http://www.playvid.com/watch/ZShgKC2jGbM, http://www.playvid.com/watch/YM6Rx9TmUwY, http://www.playvid.com/watch/IxzR5xOkNyv,
http://www.playvid.com/watch/5YFP0ErcPSG, http://www.playvid.com/watch/qCsyfX7dfcm, http://www.playvid.com/watch/Mrfz7y0MSYM,
http://www.playvid.com/watch/LZoFHQaDYv5, http://www.playvid.com/watch/aeJ3nf50qfx, http://www.playvid.com/watch/3r4DJ8dY8vu,
http://www.playvid.com/watch/akNj0jP33sY, http://www.playvid.com/watch/WSj1XDkarGI, http://www.playvid.com/watch/YNK2-nY1p5a,
http://www.playvid.com/watch/o0PrHSwTEUv, http://www.playvid.com/watch/AK6Mx8lA9rF, http://www.playvid.com/watch/eLdEJ66tEw6,
http://www.playvid.com/watch/WlNe9RS05VV, http://www.playvid.com/watch/VhmpzxY7JJS, http://www.playvid.com/watch/4OL1lFsExlX,
http://www.playvid.com/watch/3uVW9arlmd5
5.f. Date of third notice: 2014-02-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: imhottest
5.b. Uploader's email address: mihailharku@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/imhottest
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DVCYfBjQRaM, http://www.playvid.com/watch/0vu2k0sc4H6,
http://www.playvid.com/watch/7C6Npuyn8QH, http://www.playvid.com/watch/P7FrASOl5Gt, http://www.playvid.com/watch/kiFPNvzYaPw,
http://www.playvid.com/watch/wSylqRq9abV, http://www.playvid.com/watch/PYwMxYHBZDU, http://www.playvid.com/watch/MWfw6CseupC,
http://www.playvid.com/watch/DKOqx2LPQoz, http://www.playvid.com/watch/WerUBsZY0t3, http://www.playvid.com/watch/aC0PXUkftjm,
http://www.playvid.com/watch/6lgqxSwKoS6, http://www.playvid.com/watch/KK43cGbx-tv, http://www.playvid.com/watch/ZE5Ftk4JZqf,
http://www.playvid.com/watch/cw6rvcDiaoU, http://www.playvid.com/watch/N0sM8qLvBpi, http://www.playvid.com/watch/AFjgEKknP7O,
http://www.playvid.com/watch/BsrVpOIwAUi, http://www.playvid.com/watch/b8Imt3cQgcl, http://www.playvid.com/watch/l2f4Bm5GRoP,
http://www.playvid.com/watch/oY-dKIggkDf, http://www.playvid.com/watch/HLCwEgBMftd, http://www.playvid.com/watch/YvQfYo3F0UX,
http://www.playvid.com/watch/7mll3BbrOgN, http://www.playvid.com/watch/c-J9Dgulxr6, http://www.playvid.com/watch/6ITEmynuZ95,
http://www.playvid.com/watch/X5AgavTkueS, http://www.playvid.com/watch/-q6eyVcojWE, http://www.playvid.com/watch/G4WuTZd7oNs,
http://www.playvid.com/watch/F5vTvaEl402, http://www.playvid.com/watch/nQRZtjvspo6, http://www.playvid.com/watch/7XIS-Io4C0T,
http://www.playvid.com/watch/znt3LhZuxYQ, http://www.playvid.com/watch/8RdcMgnT-n5, http://www.playvid.com/watch/dhQjgf4QeId,
http://www.playvid.com/watch/xPOzXK488JL, http://www.playvid.com/watch/Dneq4W5QElg, http://www.playvid.com/watch/ULLlCd9AnWj,
http://www.playvid.com/watch/a-7L3Z8tGqy, http://www.playvid.com/watch/rWnq373Oguv, http://www.playvid.com/watch/2WTENPhKI0X,
http://www.playvid.com/watch/ldIrYv4CHSZ, http://www.playvid.com/watch/UwNbK6JWNui, http://www.playvid.com/watch/EXa9g6YhvNB,
http://www.playvid.com/watch/0Uwug4ukXR-, http://www.playvid.com/watch/dCo-0n3htSE, http://www.playvid.com/watch/UhsZDcY04Ny,
http://www.playvid.com/watch/-D-ClpRAaWJ, http://www.playvid.com/watch/qD6Aen-G4au, http://www.playvid.com/watch/sHFEKnIBFw2,
http://www.playvid.com/watch/XPNeDKl5dA9, http://www.playvid.com/watch/tQWpMA0m2ya, http://www.playvid.com/watch/gfOd7DtLKCR,
http://www.playvid.com/watch/yTm55nF2N53, http://www.playvid.com/watch/mTf9HEoZDii, http://www.playvid.com/watch/eO9GPwBfXA7,
http://www.playvid.com/watch/dZjMPpWXoNS, http://www.playvid.com/watch/0rUneOuaiXf, http://www.playvid.com/watch/TzJxbucwHd5,
http://www.playvid.com/watch/EX3uIq2OpnT, http://www.playvid.com/watch/bnTGcTFpu32, http://www.playvid.com/watch/vaUU23zozju,
http://www.playvid.com/watch/inUYDeUEG7d, http://www.playvid.com/watch/eq8jRYgJhCP, http://www.playvid.com/watch/HsDSYtIgski,
http://www.playvid.com/watch/-ft24nzn-qD, http://www.playvid.com/watch/wAKRLwRtVSD, http://www.playvid.com/watch/SudibiOy3gf,
http://www.playvid.com/watch/SGsxnpcskku, http://www.playvid.com/watch/39gE6fxYjKG, http://www.playvid.com/watch/4b-tmyw2Vyn,
http://www.playvid.com/watch/kbyBWMhluPe, http://www.playvid.com/watch/Xi83AL3D2xD, http://www.playvid.com/watch/LRL7ebtgbeO,
http://www.playvid.com/watch/steblZol2UC, http://www.playvid.com/watch/bt-siyJGWDG, http://www.playvid.com/watch/HFioNvfSEE0,
http://www.playvid.com/watch/TKHJlaWvivl, http://www.playvid.com/watch/vnvRGraPM-7, http://www.playvid.com/watch/vvUTZCBg6dV,
http://www.playvid.com/watch/cPrpVX3VCDO, http://www.playvid.com/watch/3wuCXjpaKqT, http://www.playvid.com/watch/ca8tY9Eg-5G,
http://www.playvid.com/watch/a5BuBuWAGMB, http://www.playvid.com/watch/eJQCTT9TnP2, http://www.playvid.com/watch/pYOg2eHUdhC,
http://www.playvid.com/watch/QOCvQ5hAs6Q, http://www.playvid.com/watch/jedNi4YxYT3, http://www.playvid.com/watch/j8tyA3FAIXz,
http://www.playvid.com/watch/SDonmUZckjv, http://www.playvid.com/watch/HUsV9xOJmmF, http://www.playvid.com/watch/HLigWSHGmMZ,

http://www.playvid.com/watch/2QEldKPgo7t, http://www.playvid.com/watch/P88eIQZpSNk, http://www.playvid.com/watch/LArVl5nDyg2, http://www.playvid.com/watch/7dySyouBaPf, http://www.playvid.com/watch/Llk2wchIWxa, http://www.playvid.com/watch/CRNkm-zbanH, http://www.playvid.com/watch/3R4V6bJ-hUp, http://www.playvid.com/watch/pBgE5unOv5F, http://www.playvid.com/watch/pwQOF38IUc7, http://www.playvid.com/watch/nfrieYYHIYb, http://www.playvid.com/watch/ZIst0xTU738, http://www.playvid.com/watch/JcdpRZe8am6, http://www.playvid.com/watch/EGCv7KzNCZ5, http://www.playvid.com/watch/-u0WCqFD4ir, http://www.playvid.com/watch/SI6eKkyMcnb, http://www.playvid.com/watch/emekMNQlP0X, http://www.playvid.com/watch/gBBjEfEnaj4, http://www.playvid.com/watch/lyAx9WxcZhY, http://www.playvid.com/watch/Wv6oGyThbF7, http://www.playvid.com/watch/deeeZA6mR5Z, http://www.playvid.com/watch/IfvsLEYp4C0, http://www.playvid.com/watch/V0hlcF4dB2B, http://www.playvid.com/watch/SVsfXgftyoa, http://www.playvid.com/watch/pk-VvTuwpHq, http://www.playvid.com/watch/Q54kKMSZquB, http://www.playvid.com/watch/LBLIyPrj4MO, http://www.playvid.com/watch/7MdJFNg5qFP, http://www.playvid.com/watch/WHYixVcUMjZ, http://www.playvid.com/watch/tZCBCp0oq8x, http://www.playvid.com/watch/4TzMX40IEeU, http://www.playvid.com/watch/5FvNQraCpAn, http://www.playvid.com/watch/8pe-QvybY6f, http://www.playvid.com/watch/LHvkU65OaRT, http://www.playvid.com/watch/lH2CBCJF3Bq, http://www.playvid.com/watch/UPuhCalaV83, http://www.playvid.com/watch/aeUYWUXGMyr, http://www.playvid.com/watch/0VQsPZPEWBQ, http://www.playvid.com/watch/emCfgzwWXtQ, http://www.playvid.com/watch/r3HbtBpFLbv, http://www.playvid.com/watch/Opvo2jyAnk4, http://www.playvid.com/watch/sfRAUPl02RV, http://www.playvid.com/watch/YfOLlabGmKP, http://www.playvid.com/watch/z9ajDlQ8kGe, http://www.playvid.com/watch/4xbiCr5yHQf, http://www.playvid.com/watch/3TGRAXn8wYp, http://www.playvid.com/watch/wRrJK-Fej-o, http://www.playvid.com/watch/izFavzGcWmq, http://www.playvid.com/watch/4f7-bjbfnNg, http://www.playvid.com/watch/odMFhNbQ5Mo, http://www.playvid.com/watch/BZcs9iuUzLq, http://www.playvid.com/watch/0Up35J33zQr, http://www.playvid.com/watch/tabPyFCCeD9, http://www.playvid.com/watch/osLn8t3PheD, http://www.playvid.com/watch/ylmkOBfyhPP, http://www.playvid.com/watch/Ky-FgVhmgNg, http://www.playvid.com/watch/ZZF9Ompt0go, http://www.playvid.com/watch/Wzw5eDpoA8f, http://www.playvid.com/watch/wuHsBNYS7Qr, http://www.playvid.com/watch/uFqV60gB9Bu, http://www.playvid.com/watch/-BQIFq-J8TQ, http://www.playvid.com/watch/QW2klqxMjW6, http://www.playvid.com/watch/e7L5LMWiVxo, http://www.playvid.com/watch/4wLSShuOd6l, http://www.playvid.com/watch/lhyPoZonwwD, http://www.playvid.com/watch/GhlGn7B4CQb, http://www.playvid.com/watch/x94rzEnGaHc, http://www.playvid.com/watch/-uNe4aAIRaj, http://www.playvid.com/watch/fIiot9wixCv, http://www.playvid.com/watch/qfYYiG0nr6n, http://www.playvid.com/watch/JAthwgFH6mH, http://www.playvid.com/watch/y9aSeaoFLSs, http://www.playvid.com/watch/gZ-CaoHQIrD, http://www.playvid.com/watch/Xcqwpw57o6O, http://www.playvid.com/watch/iqTOxaAg2Rs, http://www.playvid.com/watch/Zs0cQ222ePW, http://www.playvid.com/watch/tLo7Rp30BVE, http://www.playvid.com/watch/uOsml4nXc2W, http://www.playvid.com/watch/OwR9MVekxEW, http://www.playvid.com/watch/LKmvOJ0iHQH, http://www.playvid.com/watch/lX6kLr5gilk, http://www.playvid.com/watch/UFa2HZquq0u, http://www.playvid.com/watch/ro7EWSLDPon, http://www.playvid.com/watch/8ZYWFlWLbp5, http://www.playvid.com/watch/elL2ZvyHcz2, http://www.playvid.com/watch/KDKwmcAE7Qi, http://www.playvid.com/watch/azcMYNFo-sb, http://www.playvid.com/watch/CyEkBeMnXL7, http://www.playvid.com/watch/5cMpP53eFRM, http://www.playvid.com/watch/WCiM4eZsztd, http://www.playvid.com/watch/7dLginx4bUb, http://www.playvid.com/watch/OzEMpwtr6QD, http://www.playvid.com/watch/wginBvuf7oH, http://www.playvid.com/watch/5JMkIRmxFqN, http://www.playvid.com/watch/fEEHDy7MeCe, http://www.playvid.com/watch/CrU-7Gev2rV, http://www.playvid.com/watch/KWxhFscxM8x, http://www.playvid.com/watch/fBlFcnxhO8N, http://www.playvid.com/watch/CFAAwqZXUvO, http://www.playvid.com/watch/cajuYDYc2Zp, http://www.playvid.com/watch/wkb76kaNJtv, http://www.playvid.com/watch/vpQC0S-YTMf, http://www.playvid.com/watch/eZ0zLMuYDmF, http://www.playvid.com/watch/cjRSSsWkEPM, http://www.playvid.com/watch/FGnTA5fegx-, http://www.playvid.com/watch/ioNy2rNXg3E, http://www.playvid.com/watch/FgWxFZplwIU, http://www.playvid.com/watch/IbHSgVtU9fW, http://www.playvid.com/watch/wAkICHpVxrJ, http://www.playvid.com/watch/SdyKVr2ETak, http://www.playvid.com/watch/G8OIYtyjjN9, http://www.playvid.com/watch/a9c5YzB4xTP, http://www.playvid.com/watch/hyENfTsKmbJ, http://www.playvid.com/watch/mIqRE3DrOQw, http://www.playvid.com/watch/UlpLxNQuXRJ, http://www.playvid.com/watch/QWCVHfOcbQ4, http://www.playvid.com/watch/20Q6e6IvMeZ, http://www.playvid.com/watch/lD05fH9tCuO, http://www.playvid.com/watch/P4Pm3L9UakT, http://www.playvid.com/watch/9K3LSrITng9, http://www.playvid.com/watch/0JxEFWDexmA, http://www.playvid.com/watch/Biw6-7D0mHy, http://www.playvid.com/watch/3qE7DzovzdY, http://www.playvid.com/watch/kOFPzQ-4SKJ, http://www.playvid.com/watch/ikLgJli7WlC, http://www.playvid.com/watch/EXvNlMAPNhn, http://www.playvid.com/watch/d4qN-32dFHH, http://www.playvid.com/watch/304Mt0K9xdv, http://www.playvid.com/watch/pHU-qH0E8ct, http://www.playvid.com/watch/oTmEeudZHIJ, http://www.playvid.com/watch/vNRobBhpl7d, http://www.playvid.com/watch/yZJbqcb-Ken, http://www.playvid.com/watch/iBCLqCOyfsF, http://www.playvid.com/watch/VxwEMWeCrkw, http://www.playvid.com/watch/NpH2NN5TdxW, http://www.playvid.com/watch/Re9jhwcoNF2, http://www.playvid.com/watch/Xfw2DTdqjHj, http://www.playvid.com/watch/zK5blii2u9J, http://www.playvid.com/watch/02WPoEy5Juw, http://www.playvid.com/watch/K8KsAkVKgDE, http://www.playvid.com/watch/tLCM06kELXc, http://www.playvid.com/watch/mOlF2h5sCaK, http://www.playvid.com/watch/ksC40OanIcE, http://www.playvid.com/watch/OqOxblwxswQ, http://www.playvid.com/watch/EBgGFFB35QS, http://www.playvid.com/watch/AZ3DKRTHdy7, http://www.playvid.com/watch/RLDqBZAT9zf, http://www.playvid.com/watch/rHndaZrXaWz, http://www.playvid.com/watch/NXLDHJ3n7HG, http://www.playvid.com/watch/NtD8sokzyMn, http://www.playvid.com/watch/ESPYPTbQO6d, http://www.playvid.com/watch/AJtcrIZRwnp, http://www.playvid.com/watch/KEu0YMXADAE, http://www.playvid.com/watch/MGZz2lLqgJJ, http://www.playvid.com/watch/NOiEMARjVe3, http://www.playvid.com/watch/heTpihy62uH, http://www.playvid.com/watch/YFTymjAPQfM, http://www.playvid.com/watch/atjYM6Ly6fw, http://www.playvid.com/watch/XFdDt56OpVO, http://www.playvid.com/watch/Vl4lvsML8bI, http://www.playvid.com/watch/m3et9R0m-Mk, http://www.playvid.com/watch/yXPYzHz97T-, http://www.playvid.com/watch/afYIRNcahBw, http://www.playvid.com/watch/Wc4M6cD6yZz, http://www.playvid.com/watch/Hdn83ekjWt6, http://www.playvid.com/watch/P0TsgD4g6ju, http://www.playvid.com/watch/O86O8K7WjwP, http://www.playvid.com/watch/SLqEimKsNjh, http://www.playvid.com/watch/yoMCAiIQuws, http://www.playvid.com/watch/QrK7l75nOux, http://www.playvid.com/watch/RBQwkWtLUwe, http://www.playvid.com/watch/xdqJGvLTcw2, http://www.playvid.com/watch/xWYHpXYDRIx, http://www.playvid.com/watch/lPMfest0wVH, http://www.playvid.com/watch/He2k4zRaXWC, http://www.playvid.com/watch/VynKrRfoylv, http://www.playvid.com/watch/3sXKX2vcghG, http://www.playvid.com/watch/rcu9hUK3zYO, http://www.playvid.com/watch/hKceZABimkb, http://www.playvid.com/watch/XI6FGNC2Exs, http://www.playvid.com/watch/mTQGW8iRcR3, http://www.playvid.com/watch/IQSXSZ8h3kY, http://www.playvid.com/watch/jikRWCJIDR2, http://www.playvid.com/watch/tduSm-tlcC8, http://www.playvid.com/watch/wekbZ5UTj5d, http://www.playvid.com/watch/FFNKZYYovOV, http://www.playvid.com/watch/Z8T8NRkIcs7, http://www.playvid.com/watch/Lz2DAjcRYVY, http://www.playvid.com/watch/THFuQaO9Yb0, http://www.playvid.com/watch/P6zMNP5EDKq, http://www.playvid.com/watch/0Bdaj49cFJD, http://www.playvid.com/watch/aIsJ7LS6jMC, http://www.playvid.com/watch/5xOpCJyMYK0, http://www.playvid.com/watch/kt7cn9hxtfo, http://www.playvid.com/watch/bvv2P0oLWAk, http://www.playvid.com/watch/m588ZfGPEul, http://www.playvid.com/watch/2Uf5hd37dvh, http://www.playvid.com/watch/h4xGN8l672Y, http://www.playvid.com/watch/S6AXdflTs9u, http://www.playvid.com/watch/iAusSWUoPJw, http://www.playvid.com/watch/OQSMBHmJ5qm, http://www.playvid.com/watch/umPKL9rCDUl, http://www.playvid.com/watch/VVrcD7g2uv5, http://www.playvid.com/watch/lexzo2v3Me7, http://www.playvid.com/watch/l7f8dngpXPM, http://www.playvid.com/watch/zxWM29h6NeL, http://www.playvid.com/watch/Jp5KIAIaOgj, http://www.playvid.com/watch/e7lmkvuQo8C
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: INKA
5.b. Uploader's email address: adcruzvargas@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/INKA
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XtaNQewjAGV, http://www.playvid.com/watch/KRNjq9Rss8n, http://www.playvid.com/watch/VDjTIdTmSjh, http://www.playvid.com/watch/cxsQMkG6m25, http://www.playvid.com/watch/20Fuvy8Uc6x, http://www.playvid.com/watch/27iLdtl6O8K, http://www.playvid.com/watch/GM5L2s234Pu, http://www.playvid.com/watch/0Y0y83aIL0P, http://www.playvid.com/watch/iLG-nOiagy-, http://www.playvid.com/watch/OWHbrq2ILIy, http://www.playvid.com/watch/MUPIWcYZQSY, http://www.playvid.com/watch/fy5WEuou7OB, http://www.playvid.com/watch/mxKCMqI8FyO, http://www.playvid.com/watch/yvkZ0gsHukt, http://www.playvid.com/watch/IOTURIjDH0t, http://www.playvid.com/watch/zV0zPnVnWBB, http://www.playvid.com/watch/u9UsmGAJeCV, http://www.playvid.com/watch/UPkcTbB-NDQ, http://www.playvid.com/watch/dv0bjmcgvxd, http://www.playvid.com/watch/jqgF4Gv8R3g, http://www.playvid.com/watch/4PK4-HR7Ni4, http://www.playvid.com/watch/A3Ek74ABE3n, http://www.playvid.com/watch/BG28YkqWGae, http://www.playvid.com/watch/n25EWEL6FEG, http://www.playvid.com/watch/YfluZmpwHPN, http://www.playvid.com/watch/AXDMkcyFAoz, http://www.playvid.com/watch/6EdWGRNtL0n, http://www.playvid.com/watch/w4joQ-Qu0PQ, http://www.playvid.com/watch/FtTtNCaTFVW, http://www.playvid.com/watch/twuNvyhSMEJ, http://www.playvid.com/watch/r00HzeY4gAM, http://www.playvid.com/watch/XRQDIsSKy0C, http://www.playvid.com/watch/fDzfhYSdUEK, http://www.playvid.com/watch/m9o9BoopeT4, http://www.playvid.com/watch/jEuh4uEMzJ5, http://www.playvid.com/watch/3rKrCNH-PKC, http://www.playvid.com/watch/Cu87OFeLOIu, http://www.playvid.com/watch/umn-hjA8QZG, http://www.playvid.com/watch/TPtG4PCElWX, http://www.playvid.com/watch/sNRrpCg6Wus, http://www.playvid.com/watch/AIetQl7jB6w, http://www.playvid.com/watch/2oUz82JrqeP, http://www.playvid.com/watch/g7FtmCNBLLu, http://www.playvid.com/watch/ysDiP4qsyUH, http://www.playvid.com/watch/Gwd2XvbbF4U, http://www.playvid.com/watch/lji5L2xZsVZ, http://www.playvid.com/watch/qy89KHL7sEC, http://www.playvid.com/watch/5yQBPzbnuD7, http://www.playvid.com/watch/pHgmLmP2Fr9, http://www.playvid.com/watch/cCs8vdjOKAW, http://www.playvid.com/watch/3rklfP5ZOVl, http://www.playvid.com/watch/2SLxHMSjlbO, http://www.playvid.com/watch/Vu4hzcu5nF0, http://www.playvid.com/watch/aIQ85oPuv6m, http://www.playvid.com/watch/cQbCbSLs-Z2, http://www.playvid.com/watch/jV5eqk5QhNw, http://www.playvid.com/watch/COAx4LeCdEn, http://www.playvid.com/watch/5670MrZBn3T, http://www.playvid.com/watch/WdymXqGvGFT, http://www.playvid.com/watch/jq7IQU0souN, http://www.playvid.com/watch/SPZK5DXDFzQ, http://www.playvid.com/watch/wt5aPXr-sWJ,

http://www.playvid.com/watch/T74dTJQGuMN, http://www.playvid.com/watch/OrTPD9CcPKW, http://www.playvid.com/watch/h0aO6C5CAG3, http://www.playvid.com/watch/kgo5DXC-nkA, http://www.playvid.com/watch/Ap07Mj5Zucm, http://www.playvid.com/watch/RJiPR8FWUUa, http://www.playvid.com/watch/bxpuWo5DQMx, http://www.playvid.com/watch/jOdk3BSueRi, http://www.playvid.com/watch/k9fjJE7p6lz, http://www.playvid.com/watch/6N2LHOzM4PE, http://www.playvid.com/watch/UqGkBUia4ch, http://www.playvid.com/watch/npjVYdEA5wj, http://www.playvid.com/watch/Ip-SFFCkLbZ, http://www.playvid.com/watch/aZBJ6f7yNBC, http://www.playvid.com/watch/YO68NPTqBQt, http://www.playvid.com/watch/XwHX4BPIwl4, http://www.playvid.com/watch/GgGSgp-GsSb, http://www.playvid.com/watch/obJEhrU4pJu, http://www.playvid.com/watch/QbIEEBoOIhi, http://www.playvid.com/watch/5uksFNXWZU3
5.f. Date of third notice: 2013-11-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Insanelover
5.b. Uploader's email address: Paki_dude2003@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Insanelover
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9n-ZLrnD5fW, http://www.playvid.com/watch/YT5DjZPbAU8, http://www.playvid.com/watch/pA5UBINkq2x, http://www.playvid.com/watch/p8jiJ02ftHl, http://www.playvid.com/watch/ui2cFpjYHA0, http://www.playvid.com/watch/ivqy7wWz98K, http://www.playvid.com/watch/0bloVX-jqRT, http://www.playvid.com/watch/LATErQmKue3, http://www.playvid.com/watch/Hn3voYy7Pec, http://www.playvid.com/watch/3seNk-tWZkk, http://www.playvid.com/watch/iHMn9o7QFW6, http://www.playvid.com/watch/ELAbndj0Vj5, http://www.playvid.com/watch/yVZuf8qPMBq, http://www.playvid.com/watch/LGuxDNRAiwq, http://www.playvid.com/watch/tuAprZXRt-A, http://www.playvid.com/watch/s-cWVaiYdNA, http://www.playvid.com/watch/TJMG5yb4u3P, http://www.playvid.com/watch/o6lxKS9eWg5, http://www.playvid.com/watch/sYNzsaOmm3l, http://www.playvid.com/watch/d4mWKtfSrft, http://www.playvid.com/watch/zORoSkKBFJ3, http://www.playvid.com/watch/bphxgKDoyAZ, http://www.playvid.com/watch/TF9jpUWe83p, http://www.playvid.com/watch/2KR3bCVz8Xh, http://www.playvid.com/watch/eEAG9aRabpg, http://www.playvid.com/watch/uxQWzWmJqPo, http://www.playvid.com/watch/iKxF7fM6SPx, http://www.playvid.com/watch/-dNwpxnd28U, http://www.playvid.com/watch/Zv6T9Qo2p9O, http://www.playvid.com/watch/spOU2YbVILG, http://www.playvid.com/watch/85VHFVQNv-A, http://www.playvid.com/watch/5hSo58TwQu6, http://www.playvid.com/watch/6cvHA6zOAK5, http://www.playvid.com/watch/qSLhtethG8L, http://www.playvid.com/watch/TDmkAo36r9C, http://www.playvid.com/watch/tZTf4igVkn4, http://www.playvid.com/watch/5nUJghsmdKB, http://www.playvid.com/watch/LP3BdHxgza8, http://www.playvid.com/watch/RgKFgqtkXKU, http://www.playvid.com/watch/2p8ezlz4bBU, http://www.playvid.com/watch/ymWEk6YKecw, http://www.playvid.com/watch/DcyUq0X-mGI, http://www.playvid.com/watch/VzGvY4Z-5Lz, http://www.playvid.com/watch/WgQcBqvdjbh, http://www.playvid.com/watch/WcXTAbItQMi, http://www.playvid.com/watch/l-zlUtNJHDA, http://www.playvid.com/watch/Ee4XWOi-xsM, http://www.playvid.com/watch/I-N7K3-4fBT, http://www.playvid.com/watch/54AjfAUgZF7, http://www.playvid.com/watch/jab9jgpbWtZ, http://www.playvid.com/watch/hsjqvdY9Krp
5.f. Date of third notice: 2013-12-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: irocz
5.b. Uploader's email address: irocz@online.no
5.d. Uploader's profile: http://www.playvid.com/member/irocz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Sgqlzarasnm, http://www.playvid.com/watch/LjiDE0PFkEV, http://www.playvid.com/watch/hDbgl0Wpmg-, http://www.playvid.com/watch/hrKJEKvgSzk, http://www.playvid.com/watch/SFa27fAxHoF, http://www.playvid.com/watch/NJCorMpjtFU, http://www.playvid.com/watch/5nEGXdTY8tr, http://www.playvid.com/watch/0uMMhreZZi8, http://www.playvid.com/watch/26-kGfwHz4L, http://www.playvid.com/watch/qOfvXHCUIju, http://www.playvid.com/watch/KROiCS7tgmW, http://www.playvid.com/watch/sIPWQnbdTEE, http://www.playvid.com/watch/FQjR3szhuRk, http://www.playvid.com/watch/KPPvhwVKS96, http://www.playvid.com/watch/n2ACi4ObNgp, http://www.playvid.com/watch/N2w99EY8DfF, http://www.playvid.com/watch/qe3clYPnVm0, http://www.playvid.com/watch/BxI8mwwKc8e, http://www.playvid.com/watch/dEuDINysaFF, http://www.playvid.com/watch/kF6II0YFVOb, http://www.playvid.com/watch/6IhZ8hR85jK, http://www.playvid.com/watch/8-QdSmQkRQF, http://www.playvid.com/watch/yRgqRZQjDpo, http://www.playvid.com/watch/eXIk3rnDUYE, http://www.playvid.com/watch/sRAyy9hb4NB, http://www.playvid.com/watch/mGqUuTkFYEN, http://www.playvid.com/watch/uOYSSDCZi4p, http://www.playvid.com/watch/4iB414-O5XO, http://www.playvid.com/watch/oP5KfNZkY4U, http://www.playvid.com/watch/pZTO8x5fZhf, http://www.playvid.com/watch/eSXuyRkUoVB, http://www.playvid.com/watch/VfnLBQoAoc4, http://www.playvid.com/watch/pX8cM9V2vG8, http://www.playvid.com/watch/ghJ-mMVgjnz, http://www.playvid.com/watch/CzsKawyDq5P, http://www.playvid.com/watch/8PESAlkW1aq, http://www.playvid.com/watch/wV69JAdHcNG, http://www.playvid.com/watch/F4imDrrrl05, http://www.playvid.com/watch/G2XahwtNPpi, http://www.playvid.com/watch/2Py1ezy8vMF, http://www.playvid.com/watch/5BRpjEkTv3p, http://www.playvid.com/watch/UWxp6CpP7SD, http://www.playvid.com/watch/Jlq_f9WL0Ez, http://www.playvid.com/watch/mY0YhlFu75P, http://www.playvid.com/watch/Ur-E0lPuweU, http://www.playvid.com/watch/7YTF2svWrwp, http://www.playvid.com/watch/0d_Wq4xHX42, http://www.playvid.com/watch/yphkrXrkPzY, http://www.playvid.com/watch/AQ3PuGQIUuV, http://www.playvid.com/watch/Tx4GmBevAhc, http://www.playvid.com/watch/0nZMtkHD6Ak, http://www.playvid.com/watch/wofmjlLBcqA, http://www.playvid.com/watch/tlszK4lcnS3, http://www.playvid.com/watch/E0C4gLHpsmP, http://www.playvid.com/watch/sRNDjk68-of, http://www.playvid.com/watch/60L9JQ_EssO, http://www.playvid.com/watch/zVQigMwrYaa, http://www.playvid.com/watch/9HG6U7xdhmn, http://www.playvid.com/watch/D3IZKSHGi17, http://www.playvid.com/watch/0bEIsd3WqHI, http://www.playvid.com/watch/F4VZ7rV-h9z, http://www.playvid.com/watch/tmXe_DrHzqR, http://www.playvid.com/watch/NrhgSC7-VSS, http://www.playvid.com/watch/yM4DjR4LKqJ, http://www.playvid.com/watch/bYKZqZdwJdR, http://www.playvid.com/watch/p8isW9LQsiw
5.f. Date of third notice: 2014-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ironbruce
5.b. Uploader's email address: ironbrucemaiden@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ironbruce
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Cqhd0cfcMQu, http://www.playvid.com/watch/km8gDoxORcR, http://www.playvid.com/watch/CkoLaAkHj7N, http://www.playvid.com/watch/AHI6L8xydEE, http://www.playvid.com/watch/MjpQ8xuLFgd, http://www.playvid.com/watch/XLf2x4HkYRC, http://www.playvid.com/watch/CSvqCYRY3SH, http://www.playvid.com/watch/MmZbWEIzUkt, http://www.playvid.com/watch/kamoxfsq9rk, http://www.playvid.com/watch/z2S6pxBbyKh, http://www.playvid.com/watch/YMGZxdfldwc, http://www.playvid.com/watch/nkEp3kkEu4h, http://www.playvid.com/watch/45yHlO7utZ9, http://www.playvid.com/watch/fCo9eOm4vvi, http://www.playvid.com/watch/5saHVW8lt46, http://www.playvid.com/watch/fwT9j2e-tcj, http://www.playvid.com/watch/V3OmdBqIuCm, http://www.playvid.com/watch/CVjLND7rYPX, http://www.playvid.com/watch/oeOgnJKsmey, http://www.playvid.com/watch/Sxlg0S7DKog, http://www.playvid.com/watch/tXQnF3EECZH, http://www.playvid.com/watch/UKHtdzOmtmX, http://www.playvid.com/watch/jav325TrF9z, http://www.playvid.com/watch/2dlCils3raP, http://www.playvid.com/watch/f6dANXPASyC, http://www.playvid.com/watch/aV3xrPvFDni, http://www.playvid.com/watch/Updc3FicfD-, http://www.playvid.com/watch/p7A29RrLJAM, http://www.playvid.com/watch/3QWELdO6UrA, http://www.playvid.com/watch/cvt6L7gwzsb, http://www.playvid.com/watch/CPbjDHNfTIM, http://www.playvid.com/watch/oq9ckJfCWAL, http://www.playvid.com/watch/hPhVJnL2k-I, http://www.playvid.com/watch/OcntrT-xjyD, http://www.playvid.com/watch/Q8jfZnEcexd, http://www.playvid.com/watch/XfCznAZfq46, http://www.playvid.com/watch/JaMHopuNJ3A, http://www.playvid.com/watch/M0vOojB4K5o, http://www.playvid.com/watch/-6PN5hXYgKa, http://www.playvid.com/watch/VVdHUY2UqUp, http://www.playvid.com/watch/DClN0QWTdYv, http://www.playvid.com/watch/KKca98FsURr, http://www.playvid.com/watch/ZTtzFGD0JM4, http://www.playvid.com/watch/Lhrua5Jov-d, http://www.playvid.com/watch/EvPw9SRbtV9, http://www.playvid.com/watch/xYkLFNIktOE, http://www.playvid.com/watch/7fWWB9nMTSn, http://www.playvid.com/watch/6-KGRDIIYUv, http://www.playvid.com/watch/eKWegFg9qkt, http://www.playvid.com/watch/XD-uJaNw0e7, http://www.playvid.com/watch/JMFyhxn66qf, http://www.playvid.com/watch/FT8SsB8TPlq, http://www.playvid.com/watch/VaXaA8EoysR, http://www.playvid.com/watch/PCDoKhD3jC3, http://www.playvid.com/watch/fWgVUU4LCXw, http://www.playvid.com/watch/09cz3RGbl80, http://www.playvid.com/watch/W6gc-qp4omT, http://www.playvid.com/watch/ncjeLFlg-t9, http://www.playvid.com/watch/QCFRqXOoGnN, http://www.playvid.com/watch/Fl5jiDzudFi, http://www.playvid.com/watch/usXwKXQBzMP, http://www.playvid.com/watch/LrwIdVsbHkU, http://www.playvid.com/watch/a2vdTHWzMf-, http://www.playvid.com/watch/g4Wiz7BzJIo, http://www.playvid.com/watch/2uMLAqaXSwq, http://www.playvid.com/watch/tbIJOJqRzB4, http://www.playvid.com/watch/eiBP4HVNJU0, http://www.playvid.com/watch/GUtaLW7YVKs, http://www.playvid.com/watch/DJXdCJZlZX4, http://www.playvid.com/watch/MSC5HYMUG65, http://www.playvid.com/watch/fYMe2eAIp0J, http://www.playvid.com/watch/Q75s4e8iUIJ, http://www.playvid.com/watch/CCYxnlVKXOF, http://www.playvid.com/watch/LTstzdf6GIC, http://www.playvid.com/watch/w62vUqIaOLE, http://www.playvid.com/watch/VRdsaabPtne, http://www.playvid.com/watch/QHYKhE4-4se, http://www.playvid.com/watch/o5qNoUZAhyw, http://www.playvid.com/watch/8sfy87LaL3T, http://www.playvid.com/watch/JieLcYKupaY, http://www.playvid.com/watch/eDZE4N82n8m, http://www.playvid.com/watch/hVwMIPm07GF, http://www.playvid.com/watch/NUCihdsZmLY, http://www.playvid.com/watch/AuYvdhrYFQ2, http://www.playvid.com/watch/lC-ZLHJpKYP, http://www.playvid.com/watch/yTD2K-fc5ZV, http://www.playvid.com/watch/uyjfrixfG5i, http://www.playvid.com/watch/CRUOkGmiQy7, http://www.playvid.com/watch/DQlfMRLTDVs,

http://www.playvid.com/watch/OItY0YAzc9t, http://www.playvid.com/watch/H0ESrrZZfwA, http://www.playvid.com/watch/AaUBxcMyuhi,
http://www.playvid.com/watch/6RqkIwXxhJw, http://www.playvid.com/watch/c6XFUkzbwd4, http://www.playvid.com/watch/fP9MzLqF4t3,
http://www.playvid.com/watch/AA8zCY-YQjl, http://www.playvid.com/watch/lpYFBeMaJcz, http://www.playvid.com/watch/Jo-8JSZ9nMT,
http://www.playvid.com/watch/CNe9w2vOIAS, http://www.playvid.com/watch/LgnYqKdVNi6, http://www.playvid.com/watch/7qspv3aK4vy,
http://www.playvid.com/watch/MBX460Dqpl-, http://www.playvid.com/watch/9x7eiMG3THu, http://www.playvid.com/watch/sy9fOL4bnDd,
http://www.playvid.com/watch/QyqLZQtxh-s, http://www.playvid.com/watch/CNV-J4r7ydO, http://www.playvid.com/watch/KzVAlZ7DjPM,
http://www.playvid.com/watch/oTXkePcP9dk, http://www.playvid.com/watch/hJhcYzbVdSC, http://www.playvid.com/watch/3dlHUqz87Pz,
http://www.playvid.com/watch/TctpxQpdOjr, http://www.playvid.com/watch/YlSstWr8ei6, http://www.playvid.com/watch/Gb4k7OkbpL7,
http://www.playvid.com/watch/QmWFK6oqyBP, http://www.playvid.com/watch/vQX6k3yFuuo, http://www.playvid.com/watch/6Ug-sy7GR3g,
http://www.playvid.com/watch/wZvuDeJjOXD, http://www.playvid.com/watch/ll4MLbsXBNk, http://www.playvid.com/watch/OKj7YIFEK9J,
http://www.playvid.com/watch/PpMfzmAJHLs, http://www.playvid.com/watch/H7WffS3GcA5, http://www.playvid.com/watch/lc9JS9FRXqb,
http://www.playvid.com/watch/d5yosXLw5le, http://www.playvid.com/watch/b7KNWXJ6LZ8, http://www.playvid.com/watch/7-DMbtITA0-,
http://www.playvid.com/watch/l7hyhfW5IBs, http://www.playvid.com/watch/exfqFi836xM, http://www.playvid.com/watch/jcLYcjABbX5,
http://www.playvid.com/watch/3B7evYd3CkD, http://www.playvid.com/watch/TS6MOawYKwf, http://www.playvid.com/watch/QZLYAKptf7V,
http://www.playvid.com/watch/AksDTvVA5hM, http://www.playvid.com/watch/xyzqjQGSdb8, http://www.playvid.com/watch/ekBVwDRKa2b,
http://www.playvid.com/watch/6stiszqceOU, http://www.playvid.com/watch/B-ZffZOFqCd, http://www.playvid.com/watch/Zat0otMff8h,
http://www.playvid.com/watch/upXSul6KN-2, http://www.playvid.com/watch/ZYd2eykXahW, http://www.playvid.com/watch/NL4-ILHIj9V,
http://www.playvid.com/watch/0tlCKXf2ES6, http://www.playvid.com/watch/K4JKTTv45Wd, http://www.playvid.com/watch/pzZUl-bnrU9,
http://www.playvid.com/watch/wZbNm27WflN, http://www.playvid.com/watch/8qkSuSnE3K8, http://www.playvid.com/watch/iXGBPEbNQfS,
http://www.playvid.com/watch/de6HanB9eDZ, http://www.playvid.com/watch/MaZDC3V-bw8, http://www.playvid.com/watch/tbhsurxYlfi,
http://www.playvid.com/watch/7tWkisfI7QR, http://www.playvid.com/watch/RX8tVcCexa9, http://www.playvid.com/watch/dROqBd53f0l,
http://www.playvid.com/watch/43-gwPWtGtf, http://www.playvid.com/watch/HqdH5f8W2kv, http://www.playvid.com/watch/Z9SmnQ2iiWg,
http://www.playvid.com/watch/MCQhXGUz5NI, http://www.playvid.com/watch/E3TnKkDgO-n, http://www.playvid.com/watch/kCnwXxiXfnx,
http://www.playvid.com/watch/PjM8AzdCycW, http://www.playvid.com/watch/LrvpfjuNtBO, http://www.playvid.com/watch/w20gxTz8mwO,
http://www.playvid.com/watch/TyFHeG2yFzM, http://www.playvid.com/watch/ffRvBdZGaGR, http://www.playvid.com/watch/GCCfJtLKDuq,
http://www.playvid.com/watch/qz-qQNZo5vn, http://www.playvid.com/watch/NN-JzHfguX7, http://www.playvid.com/watch/NcvXlX9zK8b,
http://www.playvid.com/watch/9MaBrCbDWgP, http://www.playvid.com/watch/cM9ZOIuS6m3, http://www.playvid.com/watch/5R445WgnY-9,
http://www.playvid.com/watch/DbQV-9Axh5c, http://www.playvid.com/watch/vM8HUEPcuB4, http://www.playvid.com/watch/czjFS44oIvQ,
http://www.playvid.com/watch/aev5yDZe-HI, http://www.playvid.com/watch/zbjRrU5mYDY, http://www.playvid.com/watch/kpxJsHtkO4r,
http://www.playvid.com/watch/GOnykpKISTm, http://www.playvid.com/watch/P0JV2MG3HlY, http://www.playvid.com/watch/QhBothmuyq0,
http://www.playvid.com/watch/kehzYrVRttF, http://www.playvid.com/watch/MBYPtd7Kpv0, http://www.playvid.com/watch/QA4xGeTwBi-,
http://www.playvid.com/watch/GTdB7RjtqkP, http://www.playvid.com/watch/LtPp50XwriG, http://www.playvid.com/watch/hhccExPWsoc,
http://www.playvid.com/watch/Bw83upZmQ9W, http://www.playvid.com/watch/SF0-v0mJ0mT, http://www.playvid.com/watch/HRt8cTDNPVr,
http://www.playvid.com/watch/bNhu9Jj6OLe, http://www.playvid.com/watch/rbNnVOW8u2D, http://www.playvid.com/watch/bbjnwbrL-ul,
http://www.playvid.com/watch/PWKSeaWEpq3, http://www.playvid.com/watch/htmYwbJz2HD, http://www.playvid.com/watch/5gAxB2R66cH,
http://www.playvid.com/watch/s3CiU79Aled, http://www.playvid.com/watch/vQFPetDgbMl, http://www.playvid.com/watch/CfLl3mVORM7,
http://www.playvid.com/watch/GKNBrtRUZIg, http://www.playvid.com/watch/yGNOLF98mX4, http://www.playvid.com/watch/LmnB8T3JULu,
http://www.playvid.com/watch/ULMJIzjgCiu, http://www.playvid.com/watch/ji5zXC5OKZL, http://www.playvid.com/watch/9EAHzRr2Elk,
http://www.playvid.com/watch/tYrCmEAoh9M, http://www.playvid.com/watch/kMlleTsUdfZ, http://www.playvid.com/watch/efo6nmK4sbS,
http://www.playvid.com/watch/isZUpS4GY3g, http://www.playvid.com/watch/tsxLB0wb9vl, http://www.playvid.com/watch/pDUxfiGpg2Z,
http://www.playvid.com/watch/kphAHVbrgTp, http://www.playvid.com/watch/p9d8Lic8lRd, http://www.playvid.com/watch/XoOiDXEFOnC,
http://www.playvid.com/watch/m7EWlwNFMpg, http://www.playvid.com/watch/7N9ZwG0eMsl, http://www.playvid.com/watch/7lsV5JZ7buW,
http://www.playvid.com/watch/VNlnhR63S4p, http://www.playvid.com/watch/KrRzAUbBY5Q, http://www.playvid.com/watch/oQ5PEPWuF73,
http://www.playvid.com/watch/MW7Q4vlc0bc, http://www.playvid.com/watch/RJPZkbXusth, http://www.playvid.com/watch/chgrQXtlUYP,
http://www.playvid.com/watch/0WUhhbnP-p9, http://www.playvid.com/watch/y9zVPfqYkRr, http://www.playvid.com/watch/4EFhKVUduGq,
http://www.playvid.com/watch/LPfN0zcJbSc, http://www.playvid.com/watch/q9r-gkrfTuh, http://www.playvid.com/watch/D7YBuCK90P8,
http://www.playvid.com/watch/rIcydgxat57, http://www.playvid.com/watch/RV35dqvIAQt, http://www.playvid.com/watch/NEAuPTdlpAl,
http://www.playvid.com/watch/7VwD-OTgZ6K, http://www.playvid.com/watch/onLQw4UGwBY, http://www.playvid.com/watch/EF2xt9jzWwG,
http://www.playvid.com/watch/OZEfCDoGtv3, http://www.playvid.com/watch/fyZ3gcEzKmW, http://www.playvid.com/watch/l0VQnhAUnvN,
http://www.playvid.com/watch/ZHIA75QrdFh, http://www.playvid.com/watch/rxLUYqzktuz, http://www.playvid.com/watch/CuaufvnmptY,
http://www.playvid.com/watch/VbGYwjqdGlL, http://www.playvid.com/watch/ocKNcXBlYPY, http://www.playvid.com/watch/3tUfnpPJQsp,
http://www.playvid.com/watch/lD75rfT5fdM, http://www.playvid.com/watch/QEeCYVmSwad, http://www.playvid.com/watch/jzKbyyA47FP,
http://www.playvid.com/watch/GVJKsM0rOQa, http://www.playvid.com/watch/iPRgEHErKU4, http://www.playvid.com/watch/oGXLL0BKJ2h,
http://www.playvid.com/watch/fv-vwACXVj9, http://www.playvid.com/watch/J3BwBezN5ot, http://www.playvid.com/watch/fwRQnDmHyHb,
http://www.playvid.com/watch/hhVKSEJydWH, http://www.playvid.com/watch/qBikToQgHIM, http://www.playvid.com/watch/TsiMJ83iuZS,
http://www.playvid.com/watch/RF0My3kgdPu, http://www.playvid.com/watch/UqPqkOHsY3o, http://www.playvid.com/watch/JfuDB3f5-Rj,
http://www.playvid.com/watch/oz6g3faKUuU, http://www.playvid.com/watch/tn63qJu4mym, http://www.playvid.com/watch/zUq3VDcQS70,
http://www.playvid.com/watch/eQum2KPZhEH, http://www.playvid.com/watch/gQqyDAN3OH5, http://www.playvid.com/watch/jY2QmbAbSqH,
http://www.playvid.com/watch/g5gDYHrj2l8, http://www.playvid.com/watch/J2xwjk4d6ld, http://www.playvid.com/watch/Fc2eVzjaQaZ,
http://www.playvid.com/watch/MXa8UfaXKkl, http://www.playvid.com/watch/MVTBSedXVTp, http://www.playvid.com/watch/yowTBWrQ3Do,
http://www.playvid.com/watch/P46uRNd-8vg, http://www.playvid.com/watch/lFJ0LIZ59nX, http://www.playvid.com/watch/L7Bn6PiocGr,
http://www.playvid.com/watch/EaHoqk0oGfz, http://www.playvid.com/watch/fgAhvq3Yn6l, http://www.playvid.com/watch/26ahbyIw-Y3,
http://www.playvid.com/watch/Sd8RcV8Z9vy, http://www.playvid.com/watch/qznJn9o6-v8, http://www.playvid.com/watch/b3YTMY7BUl9,
http://www.playvid.com/watch/2HDO5DYXKpn, http://www.playvid.com/watch/nvn6mxVU65C, http://www.playvid.com/watch/U4Gruth5p3Q,
http://www.playvid.com/watch/SsX3BnSz6cr, http://www.playvid.com/watch/fiR3FMKqKVc, http://www.playvid.com/watch/DKs2C4M5lo8,
http://www.playvid.com/watch/VWhh9HJ4bx0, http://www.playvid.com/watch/RkNCpcqmQOp, http://www.playvid.com/watch/eigIt0JTgmh,
http://www.playvid.com/watch/4SyzYtt5Vup, http://www.playvid.com/watch/VviCGysbScz, http://www.playvid.com/watch/n3KHZQaNrta,
http://www.playvid.com/watch/vU95RD0VGVQ, http://www.playvid.com/watch/vvwbppaoAcw, http://www.playvid.com/watch/uX70k3J8CNi,
http://www.playvid.com/watch/-uBJHc-rKQJ, http://www.playvid.com/watch/Ae2mY4QtXrD, http://www.playvid.com/watch/HkvLdbysdKv,
http://www.playvid.com/watch/sXLOvwMfQIz, http://www.playvid.com/watch/S2gpHq6AbGH, http://www.playvid.com/watch/hjukZKMvFmN,
http://www.playvid.com/watch/KnMY0Vcbuut, http://www.playvid.com/watch/hSZtawQ7cX0, http://www.playvid.com/watch/hVFDctD4CZD,
http://www.playvid.com/watch/ew9kcgSFnNQ, http://www.playvid.com/watch/jo3LpHXLeEd, http://www.playvid.com/watch/ExO9VHQI8FF,
http://www.playvid.com/watch/XWCdhWJNTEL, http://www.playvid.com/watch/r7zGFcFzqk4, http://www.playvid.com/watch/HQjq332UxCO,
http://www.playvid.com/watch/s8OVUcxKG0m, http://www.playvid.com/watch/a0ocHhBr5Ul, http://www.playvid.com/watch/pRjOIb9Vbto,
http://www.playvid.com/watch/fFA3Q-9QFEi, http://www.playvid.com/watch/vRPhR8drs0G, http://www.playvid.com/watch/hUoWCQA4RGx,
http://www.playvid.com/watch/vEgGV8Fb99c, http://www.playvid.com/watch/IHDPDnHzcQh, http://www.playvid.com/watch/3KubAPgC4HA,
http://www.playvid.com/watch/J-0hmYvw8C9, http://www.playvid.com/watch/5vtDTiEqqbk, http://www.playvid.com/watch/7F88V2GSP5D,
http://www.playvid.com/watch/VIrTlFOu0az, http://www.playvid.com/watch/xP5XcGyv9PG, http://www.playvid.com/watch/gAvd2g4zVNz,
http://www.playvid.com/watch/pp8CbKxH7rL, http://www.playvid.com/watch/KaltgDZ2ucJ, http://www.playvid.com/watch/YlznKW4wNb3,
http://www.playvid.com/watch/r8teOcSdMRi, http://www.playvid.com/watch/RYOs0w00Eu3, http://www.playvid.com/watch/92DRVkMn5mp,
http://www.playvid.com/watch/92P47C2uxuI, http://www.playvid.com/watch/M69RANthko-, http://www.playvid.com/watch/xL3D0JXz5lh,
http://www.playvid.com/watch/rEfRuMLqV4c, http://www.playvid.com/watch/luVUemjkJky, http://www.playvid.com/watch/-n0whhhaPtM,
http://www.playvid.com/watch/ZvUmWcwfBk2, http://www.playvid.com/watch/4OYMNxyOATd, http://www.playvid.com/watch/9AB0Oy9dFJR,
http://www.playvid.com/watch/zdXaJ3BF-rJ, http://www.playvid.com/watch/RCstUIk-kIz, http://www.playvid.com/watch/9AXtpjJYPZs,
http://www.playvid.com/watch/zKmF9zxVrR7, http://www.playvid.com/watch/CAr8sOgzsQF, http://www.playvid.com/watch/0cUFfqWAbA3,
http://www.playvid.com/watch/KWqEOQWUUPy, http://www.playvid.com/watch/Z4BT0iXBhsG, http://www.playvid.com/watch/0DrndtOyOLR,
http://www.playvid.com/watch/2LlGp5i8-sg, http://www.playvid.com/watch/88ZdNAKVM98, http://www.playvid.com/watch/3NHp-ib8k-a,
http://www.playvid.com/watch/USym7W0Pdij, http://www.playvid.com/watch/DuOVQMAB7So, http://www.playvid.com/watch/vJi62OhvU9-,
http://www.playvid.com/watch/aWgp2AdSdL4, http://www.playvid.com/watch/EtfDMT5tAOk, http://www.playvid.com/watch/MvQlh22bWsT,
http://www.playvid.com/watch/8xYMvehH4Tm, http://www.playvid.com/watch/0z-ZSPBDKAi, http://www.playvid.com/watch/WheDyezzbos,
http://www.playvid.com/watch/Yik5emlfJ7E, http://www.playvid.com/watch/7ryhbkbtj6s, http://www.playvid.com/watch/6OnAvnNtHQR,
http://www.playvid.com/watch/XRAFDtObqlb, http://www.playvid.com/watch/uKcGJV3vzXU, http://www.playvid.com/watch/ieSREvq4gjn,
http://www.playvid.com/watch/rxy9U3UMmU6, http://www.playvid.com/watch/OuDBWgBhBPt, http://www.playvid.com/watch/mNDahFkl8mi,
http://www.playvid.com/watch/jYWipmgH9eO, http://www.playvid.com/watch/7HW3BLxFyda, http://www.playvid.com/watch/mJYjsK0Quof,
http://www.playvid.com/watch/itPt8kE764A, http://www.playvid.com/watch/edhcp3oqdUH, http://www.playvid.com/watch/IhrtI2hOJ9F,
http://www.playvid.com/watch/hePGBLLtDgt, http://www.playvid.com/watch/gsWmIeffrXs, http://www.playvid.com/watch/ae3iG4VZ8uN,

http://www.playvid.com/watch/7xHP05yyx3Y, http://www.playvid.com/watch/od0tyW-NZVa, http://www.playvid.com/watch/JCbe0EgTqfp,
http://www.playvid.com/watch/bNWndId7QT2, http://www.playvid.com/watch/X8LnEiTSnFu, http://www.playvid.com/watch/j9RAJlce-32,
http://www.playvid.com/watch/82nMhTg02H9, http://www.playvid.com/watch/br5pNAbvKVo, http://www.playvid.com/watch/iPvXkYviBdq,
http://www.playvid.com/watch/HfVIoDj7LVg, http://www.playvid.com/watch/HOtbJvcrHuA, http://www.playvid.com/watch/V3OnEzDYrK8,
http://www.playvid.com/watch/Nl4Sj3CplJ3, http://www.playvid.com/watch/zvhi2nk6drd, http://www.playvid.com/watch/JYI37ZwXfMd,
http://www.playvid.com/watch/gy3XzlLsd0L, http://www.playvid.com/watch/KqUqmjrY4H8, http://www.playvid.com/watch/mV-IRfthe4H,
http://www.playvid.com/watch/RLMs3j-X68a, http://www.playvid.com/watch/iY9Ep8XRyg6, http://www.playvid.com/watch/V5499maPkhc,
http://www.playvid.com/watch/rvdYkMrZcoS, http://www.playvid.com/watch/XSZEyqev4Bg, http://www.playvid.com/watch/2JkAcsBfxBp,
http://www.playvid.com/watch/K5r2TBed2ak, http://www.playvid.com/watch/uRNRGAVXn4b, http://www.playvid.com/watch/R7NqXfvkui9,
http://www.playvid.com/watch/TJ2fhIE2prf, http://www.playvid.com/watch/W4AvzTZtfqf, http://www.playvid.com/watch/Rw-XYkCpokw,
http://www.playvid.com/watch/lXi4OJKh2RP, http://www.playvid.com/watch/eUBuuJV2urn, http://www.playvid.com/watch/h4S0MTQ4-3T,
http://www.playvid.com/watch/I63yTdMm8ZL, http://www.playvid.com/watch/l5bbgg2C7Vo, http://www.playvid.com/watch/JfRmxdzJJ-F,
http://www.playvid.com/watch/ecVq22qkxIz, http://www.playvid.com/watch/YtwnX5Qk7zi, http://www.playvid.com/watch/X7OZ6EPSr3q,
http://www.playvid.com/watch/If87q6shkDi, http://www.playvid.com/watch/7oD6u4pnISi, http://www.playvid.com/watch/zmiATEHIIAy,
http://www.playvid.com/watch/8HH2-GE7d9W, http://www.playvid.com/watch/Wa8NBQKhfFZ, http://www.playvid.com/watch/3CATXiclJoq,
http://www.playvid.com/watch/5nJs4GJNXdp, http://www.playvid.com/watch/903jcBZ-KUU, http://www.playvid.com/watch/uWr0JzA509c,
http://www.playvid.com/watch/gNGffSG-6fz, http://www.playvid.com/watch/pxkTp8vpPYV, http://www.playvid.com/watch/SweDN9wcVWM,
http://www.playvid.com/watch/XSjNEmO-G48, http://www.playvid.com/watch/NqQK08HmIVa, http://www.playvid.com/watch/C7W-pcRrrzc,
http://www.playvid.com/watch/HpkD-SGodHo, http://www.playvid.com/watch/dtn0iB9Gp8t, http://www.playvid.com/watch/WOtT1K1ovM3,
http://www.playvid.com/watch/YTLCAb5Xt8t, http://www.playvid.com/watch/LKWabxdj-5C, http://www.playvid.com/watch/t9Qe8uIr5Xj,
http://www.playvid.com/watch/tFHiwrGfW9t, http://www.playvid.com/watch/98z10yigACh, http://www.playvid.com/watch/43z08FSSf4y,
http://www.playvid.com/watch/TMakHNEWGEx, http://www.playvid.com/watch/If4UJM5NHPH, http://www.playvid.com/watch/TAsn3XZoGBL,
http://www.playvid.com/watch/K9W1KflxSLQ, http://www.playvid.com/watch/QBUW4IbyUfI, http://www.playvid.com/watch/wsB4mfKkcA3,
http://www.playvid.com/watch/9zQpLMS-OHq, http://www.playvid.com/watch/vk3xj70sP8C, http://www.playvid.com/watch/TrX3JUTAFy9,
http://www.playvid.com/watch/CD138RAxb2K, http://www.playvid.com/watch/YCf4cJydCmK, http://www.playvid.com/watch/j0AUtu9HqGO,
http://www.playvid.com/watch/UDLLGSdUEFn, http://www.playvid.com/watch/42hpkeEORND, http://www.playvid.com/watch/8trF-r1orUa,
http://www.playvid.com/watch/RReNWhvCAR9, http://www.playvid.com/watch/BUDM2wyXwml, http://www.playvid.com/watch/gSX9JGlbI5s,
http://www.playvid.com/watch/8VnHfEK8KWU, http://www.playvid.com/watch/nh47tmZE92M, http://www.playvid.com/watch/VbXzNvpdN9z,
http://www.playvid.com/watch/DPs2k-0JpgX, http://www.playvid.com/watch/7GxEiWH6UJS, http://www.playvid.com/watch/TYP5xowRFc4,
http://www.playvid.com/watch/2ayUUxlepFz, http://www.playvid.com/watch/N9igH9NjcbM, http://www.playvid.com/watch/DDyQ1tZA0Q1,
http://www.playvid.com/watch/U09E4CDYXzL, http://www.playvid.com/watch/3g-SRPX5-nk, http://www.playvid.com/watch/Q83fPtGHSnw,
http://www.playvid.com/watch/Q8FvDfOpg3t, http://www.playvid.com/watch/JT38tXXgf0L, http://www.playvid.com/watch/93L62osLWNw,
http://www.playvid.com/watch/5EWVkRAsccQ, http://www.playvid.com/watch/SXSEcY1359Q, http://www.playvid.com/watch/YbiSkE5p7Bi,
http://www.playvid.com/watch/Or8n4HcMRJD, http://www.playvid.com/watch/PZ1gSfMtZ3C, http://www.playvid.com/watch/hksRJ2YHyPF,
http://www.playvid.com/watch/LoeBem1qOPl, http://www.playvid.com/watch/bZpEtRwQH3s, http://www.playvid.com/watch/endvBMtPKHD,
http://www.playvid.com/watch/O7IfxikAiaC, http://www.playvid.com/watch/PniDC5RY-vY, http://www.playvid.com/watch/JQv98rUv6Xw,
http://www.playvid.com/watch/SkBdTapjnsv, http://www.playvid.com/watch/cigTzjdRK9l, http://www.playvid.com/watch/RPiUdcHTBTN,
http://www.playvid.com/watch/vB8GzsNz5yQ, http://www.playvid.com/watch/vWYWOtijG7T, http://www.playvid.com/watch/fkKRE6lfpsR,
http://www.playvid.com/watch/NFYY1VUzhaU, http://www.playvid.com/watch/fv5qR7itH2g, http://www.playvid.com/watch/xvDel2JHdfr,
http://www.playvid.com/watch/PM-vlPvZ0S7, http://www.playvid.com/watch/sZ8dMMJyEtk, http://www.playvid.com/watch/xqxME07-5Sh,
http://www.playvid.com/watch/D34CNVSQX5-, http://www.playvid.com/watch/Y2ijPEJrv9l, http://www.playvid.com/watch/IQ7e5UL1j86,
http://www.playvid.com/watch/88hDhEhcXnh, http://www.playvid.com/watch/3p7hmvIumVT, http://www.playvid.com/watch/SRn-bUJPK47,
http://www.playvid.com/watch/Jhy1VmhBVIv, http://www.playvid.com/watch/GYGFhcFn_WN, http://www.playvid.com/watch/lCgDh2Snjlv,
http://www.playvid.com/watch/466ESND290K, http://www.playvid.com/watch/VQTIxvdrRy0, http://www.playvid.com/watch/YwkjH6_CRYQ,
http://www.playvid.com/watch/cSL2AiYpWJi, http://www.playvid.com/watch/4Uqtj0OIUrl, http://www.playvid.com/watch/EuFQo2XnrOM,
http://www.playvid.com/watch/IPtEuZPRDyv, http://www.playvid.com/watch/GyL84bmMNGQ, http://www.playvid.com/watch/nGuHWXs-qvP,
http://www.playvid.com/watch/hTHtKkcN8qe, http://www.playvid.com/watch/3qhQJ83v-WU, http://www.playvid.com/watch/nSGjKdWtZiQ,
http://www.playvid.com/watch/xA0ah5GBVCA, http://www.playvid.com/watch/h5Y0_PkkS3M, http://www.playvid.com/watch/qFZuGIt1ZYb,
http://www.playvid.com/watch/YiXaEG5cMEm, http://www.playvid.com/watch/D2RC6Lv8yrQ, http://www.playvid.com/watch/32VRpkcoCLb,
http://www.playvid.com/watch/yB6DP19kOtp, http://www.playvid.com/watch/HHKNw0e_p0Q, http://www.playvid.com/watch/iC_a-DUNtgg,
http://www.playvid.com/watch/IzjimIskPcR, http://www.playvid.com/watch/TU0Q7CVkUI2, http://www.playvid.com/watch/VvptNYEF9JN,
http://www.playvid.com/watch/xKT7g44Hx33, http://www.playvid.com/watch/XOn8pyN1WTY, http://www.playvid.com/watch/IaMzc7x8pBZ,
http://www.playvid.com/watch/v6z3HzPp0Oi, http://www.playvid.com/watch/3YiAYAGQfwU, http://www.playvid.com/watch/0vYvLOSgPSC,
http://www.playvid.com/watch/D5h4yT3bXhU, http://www.playvid.com/watch/oaaCgSezZJ5, http://www.playvid.com/watch/sxGSCFLa1oE,
http://www.playvid.com/watch/lLFcdbbXBLY, http://www.playvid.com/watch/C1S7Vry6EFR, http://www.playvid.com/watch/BLh0UgRN-W6,
http://www.playvid.com/watch/NocLjC7ZWkV, http://www.playvid.com/watch/ypPVS4aw8mj, http://www.playvid.com/watch/kX3WGcNnwhf,
http://www.playvid.com/watch/9UdVu9KgPsS, http://www.playvid.com/watch/l4N3Ya70Wkd, http://www.playvid.com/watch/4Z2QzIg9QfR,
http://www.playvid.com/watch/z9yA-mk9gKB, http://www.playvid.com/watch/jE0sDNEyeQK, http://www.playvid.com/watch/X97KOQtqNCH,
http://www.playvid.com/watch/YgUhPYfhWaK, http://www.playvid.com/watch/Ghy0_sf7l9I, http://www.playvid.com/watch/T4RRbCxxoQp,
http://www.playvid.com/watch/UKpDhcgtddD, http://www.playvid.com/watch/FBWm8ADrdwN, http://www.playvid.com/watch/44ke6vUg-uh,
http://www.playvid.com/watch/GByVzsS8mTK, http://www.playvid.com/watch/YesxyCMNFEn, http://www.playvid.com/watch/FGSIssFNeeL,
http://www.playvid.com/watch/dEX2AozeypI, http://www.playvid.com/watch/XcOaffDN3-9, http://www.playvid.com/watch/4q06VL42PVI,
http://www.playvid.com/watch/sDlQu6Z7Azb, http://www.playvid.com/watch/rVQxA1Dpzyn, http://www.playvid.com/watch/jHMBaSD-UCW,
http://www.playvid.com/watch/Ye1s2mnFTO8, http://www.playvid.com/watch/nm7PMYdUAkl, http://www.playvid.com/watch/8cQ3Vt4QMhI,
http://www.playvid.com/watch/BWnIoiYDZnv, http://www.playvid.com/watch/sv9PBXwGBod, http://www.playvid.com/watch/ncJNDoN15nE,
http://www.playvid.com/watch/Y8WXlBRoHiN, http://www.playvid.com/watch/cKOnYSgcQV8, http://www.playvid.com/watch/H1kEVpwFlhb,
http://www.playvid.com/watch/BgbT8vBccBZ, http://www.playvid.com/watch/cLJMgqM4Khw, http://www.playvid.com/watch/hSYmwSV6JwB,
http://www.playvid.com/watch/KWsO1npCHfo, http://www.playvid.com/watch/Gi6JPPbpNcF, http://www.playvid.com/watch/hDwc7nqj50l,
http://www.playvid.com/watch/QCoFvGzvU20, http://www.playvid.com/watch/8UnqlevBKhx, http://www.playvid.com/watch/G-r9aG_AjzV,
http://www.playvid.com/watch/tVEMLkmos-i, http://www.playvid.com/watch/WsTritm4DzW, http://www.playvid.com/watch/SLW5GVtkrUC,
http://www.playvid.com/watch/SAOkHc6GHat, http://www.playvid.com/watch/LnA4EDvXSLn, http://www.playvid.com/watch/N6U5Up6Rzct,
http://www.playvid.com/watch/aZ7CVR1q9sf, http://www.playvid.com/watch/Zashil0zCyv, http://www.playvid.com/watch/itIwCq9js1o,
http://www.playvid.com/watch/Ne4aT8lwCi7, http://www.playvid.com/watch/Kcjmc8UbrX5, http://www.playvid.com/watch/XR2lUlxVudp,
http://www.playvid.com/watch/OzTD8M5A21H, http://www.playvid.com/watch/P0MRINwkVLw, http://www.playvid.com/watch/wBgylFN0mBZ,
http://www.playvid.com/watch/TMbadKMXoNt, http://www.playvid.com/watch/GsqhNCrrXGx, http://www.playvid.com/watch/0WhkICAsS7N,
http://www.playvid.com/watch/OhB6N8DgIpg, http://www.playvid.com/watch/cPQMNHEj6QQ, http://www.playvid.com/watch/ubHjQtkiG17,
http://www.playvid.com/watch/AJ7kzJ7Ukkh, http://www.playvid.com/watch/DanRDVubKCM, http://www.playvid.com/watch/s5aXGmVm9hd,
http://www.playvid.com/watch/en9wHAc1ZdZ, http://www.playvid.com/watch/FJCFchkZ1oc, http://www.playvid.com/watch/OhWL7nYJyxS,
http://www.playvid.com/watch/Lmo2T238OMd, http://www.playvid.com/watch/8aEy8_IQVI5, http://www.playvid.com/watch/baGXLV-Txko,
http://www.playvid.com/watch/JwUad4v1Ktg, http://www.playvid.com/watch/6jWTfaPC1Oy, http://www.playvid.com/watch/M6d_9nHkEYT,
http://www.playvid.com/watch/ZSqCCxn_P1I, http://www.playvid.com/watch/LU5n6yaoJ2t, http://www.playvid.com/watch/tuUkzYqRlGZ,
http://www.playvid.com/watch/gTC-MTR7ubq, http://www.playvid.com/watch/p-BHZynfN1J, http://www.playvid.com/watch/2_S-0gT9sJt,
http://www.playvid.com/watch/AOAUXGJyhBy, http://www.playvid.com/watch/rAVbfmZ0X2x, http://www.playvid.com/watch/8G9pyt1VFCg,
http://www.playvid.com/watch/SUnc4VBYMeG, http://www.playvid.com/watch/Kc7a4YDZnoM, http://www.playvid.com/watch/iPcTCHPaPUU,
http://www.playvid.com/watch/JKEZ6oo0mU2, http://www.playvid.com/watch/PW32WW8gjSI, http://www.playvid.com/watch/TyoMwtFoP26,
http://www.playvid.com/watch/JhRNUugE-eQ, http://www.playvid.com/watch/i8mERfKOv-M, http://www.playvid.com/watch/BuEDUmFh9UE,
http://www.playvid.com/watch/36tP7QrWqbm, http://www.playvid.com/watch/aQ8WsA4jzWI, http://www.playvid.com/watch/xL4qeLnG9SK,
http://www.playvid.com/watch/wwc_Pl3GhqH, http://www.playvid.com/watch/FZx13M12btz, http://www.playvid.com/watch/I9QHz7S8nac,
http://www.playvid.com/watch/n8LnPjAipF2, http://www.playvid.com/watch/AQR65vgh6IE, http://www.playvid.com/watch/3dF08VlkFjj,
http://www.playvid.com/watch/6bIXb9LsUhk, http://www.playvid.com/watch/aPoQnGyYDXv, http://www.playvid.com/watch/t91Lx3eykEo,
http://www.playvid.com/watch/hFiydqrTemv, http://www.playvid.com/watch/TxPC5kXCOYt, http://www.playvid.com/watch/ncERLVG8Icj,
http://www.playvid.com/watch/x32IwcJCPSc, http://www.playvid.com/watch/KFIxK3kaB_H, http://www.playvid.com/watch/tFUKzT8c-P7,
http://www.playvid.com/watch/C82Y-89ZEzc, http://www.playvid.com/watch/k5QfRaBQ0PG, http://www.playvid.com/watch/WUaGG8rs3Cj,
http://www.playvid.com/watch/6LIXiKmS8VY, http://www.playvid.com/watch/FvbecUVIjpz, http://www.playvid.com/watch/T5Su_PQOP4t,
http://www.playvid.com/watch/ci1UzMtt52c, http://www.playvid.com/watch/m6JSypcw_1R, http://www.playvid.com/watch/hs_Q7Oe8r3V,
http://www.playvid.com/watch/RL65Ory_4HV, http://www.playvid.com/watch/h3iLzSuEv1p, http://www.playvid.com/watch/z3IWtU-BZwL,

http://www.playvid.com/watch/Kw5H8CtlKpA, http://www.playvid.com/watch/2umHei36YkM, http://www.playvid.com/watch/acfKBEsXuqF,
http://www.playvid.com/watch/Bkjk2amirBK, http://www.playvid.com/watch/qP1el61KIrs, http://www.playvid.com/watch/JWWC-KgW2xr,
http://www.playvid.com/watch/8WZCndFLraQ, http://www.playvid.com/watch/UMXOwcH3YTU, http://www.playvid.com/watch/qLZ3Gue-ySW,
http://www.playvid.com/watch/bbQDdZlruo3, http://www.playvid.com/watch/scq4t9vUuxZ, http://www.playvid.com/watch/PfRTX44BY4s,
http://www.playvid.com/watch/l_X_Pk7JQAO, http://www.playvid.com/watch/SzGMhsNoj-u, http://www.playvid.com/watch/G3kKskjXEjm,
http://www.playvid.com/watch/KGKt4HiST8t, http://www.playvid.com/watch/h42U9RA4c-a, http://www.playvid.com/watch/uBUJp812nJg,
http://www.playvid.com/watch/F_d1W0NcZUW, http://www.playvid.com/watch/z1MWED86yfD, http://www.playvid.com/watch/j-PmTsWAZN6,
http://www.playvid.com/watch/4ZPtP7TZh_4, http://www.playvid.com/watch/6WwarV_x3vd, http://www.playvid.com/watch/QFCT0wK2Q0n,
http://www.playvid.com/watch/JMCq7iXb8il, http://www.playvid.com/watch/N7j7kYuYUJC, http://www.playvid.com/watch/VPLIz_Sl2Jv,
http://www.playvid.com/watch/nVh8T5LcELm, http://www.playvid.com/watch/CzTLWUNiP4m, http://www.playvid.com/watch/bRBE927Agxs,
http://www.playvid.com/watch/TWz05LB0ld8, http://www.playvid.com/watch/L-amaCZjQBl, http://www.playvid.com/watch/Bn26OuK98w9,
http://www.playvid.com/watch/aGLDyTZ9fd8, http://www.playvid.com/watch/m9h8uvld9xP, http://www.playvid.com/watch/zFfKLEJITWq,
http://www.playvid.com/watch/vdQT5BsyErS, http://www.playvid.com/watch/7uMYLb08WHs, http://www.playvid.com/watch/gXqwxue5bQE,
http://www.playvid.com/watch/ZXJePsUrNmB, http://www.playvid.com/watch/wvK3LWdRnBK, http://www.playvid.com/watch/WmZg0qlTF2w,
http://www.playvid.com/watch/QOTWhA1zizx, http://www.playvid.com/watch/Wu3QSCxYv7U, http://www.playvid.com/watch/RYDUegmm7ro,
http://www.playvid.com/watch/yfyeKvBFfij, http://www.playvid.com/watch/lD-BG3v572o, http://www.playvid.com/watch/Six7JaMN26i,
http://www.playvid.com/watch/3kRlLaqg-0T, http://www.playvid.com/watch/f25rqyb1FmA, http://www.playvid.com/watch/e6zkryRzJeI,
http://www.playvid.com/watch/h9VwMRTP8JA, http://www.playvid.com/watch/Ju9J8iE2M-F, http://www.playvid.com/watch/gsSNv6JqmJF,
http://www.playvid.com/watch/ICGwnZaVtMd, http://www.playvid.com/watch/jaqWg2nI2FW, http://www.playvid.com/watch/rzMDCpKofoh,
http://www.playvid.com/watch/SwF-mPUMR46, http://www.playvid.com/watch/Guvw27DBe0q, http://www.playvid.com/watch/dfO4jR9rlr9,
http://www.playvid.com/watch/wS9KqTb9Fee, http://www.playvid.com/watch/bxVo7wwWAsC, http://www.playvid.com/watch/PSq5bbaxrtA,
http://www.playvid.com/watch/HT0-z5BsTMF, http://www.playvid.com/watch/crXhpUeAPBQ, http://www.playvid.com/watch/RNH-ICfaGJo,
http://www.playvid.com/watch/kKAGz0nbylZ, http://www.playvid.com/watch/spM3gsrYV6g, http://www.playvid.com/watch/XsNbEkZtWRJ,
http://www.playvid.com/watch/8NV2mGUZSmb, http://www.playvid.com/watch/EYPSkiFD2Rz, http://www.playvid.com/watch/E0J1f5R4sUG,
http://www.playvid.com/watch/3MNgYPm4g_c, http://www.playvid.com/watch/x18KyyYsIKK, http://www.playvid.com/watch/ACBMFj38DAF,
http://www.playvid.com/watch/X2GrwmjWcyU, http://www.playvid.com/watch/x9lYszxygmG, http://www.playvid.com/watch/glejADQSueq,
http://www.playvid.com/watch/0d-2x-lW2yt, http://www.playvid.com/watch/JxRCqT7gnGr, http://www.playvid.com/watch/sjYQN1gMiEA,
http://www.playvid.com/watch/JTOH1Etv0-i, http://www.playvid.com/watch/4wg-Y4eXDqq, http://www.playvid.com/watch/WE0hvcPqYKX,
http://www.playvid.com/watch/UXu8L5Ogivs, http://www.playvid.com/watch/ao-cOm_cMwY, http://www.playvid.com/watch/8yJ_tN02K5h,
http://www.playvid.com/watch/Qzud_bVbkM5, http://www.playvid.com/watch/AjEnr3znGk5, http://www.playvid.com/watch/FIc4j1_ltMh,
http://www.playvid.com/watch/9p1OQexwfi5, http://www.playvid.com/watch/PJdcRm_5RYq, http://www.playvid.com/watch/hCA-5Nf6nfk,
http://www.playvid.com/watch/8NyKq6A2fpf, http://www.playvid.com/watch/Qb1_9HDYx1a, http://www.playvid.com/watch/nYvFPShniZL,
http://www.playvid.com/watch/adMJWLPXelJ, http://www.playvid.com/watch/MO_6EDKFbGZ, http://www.playvid.com/watch/2Qxnw9MnwU5,
http://www.playvid.com/watch/v8qTNAuR-Wu, http://www.playvid.com/watch/5DWJmzs5ndm, http://www.playvid.com/watch/FldEm03jJzf,
http://www.playvid.com/watch/9KAn0EizBZU, http://www.playvid.com/watch/ZDRIU60t0pj, http://www.playvid.com/watch/lkCXoliogff,
http://www.playvid.com/watch/8RlBPsA350d, http://www.playvid.com/watch/fChY1E3IgVm, http://www.playvid.com/watch/fquhwNpvO84,
http://www.playvid.com/watch/kRyha3HvywR, http://www.playvid.com/watch/vN6DWq_OEbW, http://www.playvid.com/watch/SRI8HONOpEz,
http://www.playvid.com/watch/930VwBrn66n, http://www.playvid.com/watch/8IrueXXsMSQ, http://www.playvid.com/watch/iiXGnaBZYYg,
http://www.playvid.com/watch/gwLITqpZ4tP, http://www.playvid.com/watch/vN1-TkGs0Na, http://www.playvid.com/watch/u4UHi8BL4jz,
http://www.playvid.com/watch/PzPbwXZlvTe, http://www.playvid.com/watch/h3hJEHVtAvd, http://www.playvid.com/watch/vyUT9uCJnat,
http://www.playvid.com/watch/XaDbSRxbxLe, http://www.playvid.com/watch/VY0E4KrL3_4, http://www.playvid.com/watch/v6sGIUz6Eim,
http://www.playvid.com/watch/iTz0vwh32ri, http://www.playvid.com/watch/HeWatym0PtB, http://www.playvid.com/watch/UjKBr6UVjw8,
http://www.playvid.com/watch/ejl-SKzTG06, http://www.playvid.com/watch/V-qt-skONJh, http://www.playvid.com/watch/mwG2R3oELMe,
http://www.playvid.com/watch/x5pqlilV4wX, http://www.playvid.com/watch/XCn2GlwhlvA, http://www.playvid.com/watch/DVOG32OORyg,
http://www.playvid.com/watch/AHfgODSuCP7, http://www.playvid.com/watch/kC98NJXD_Le, http://www.playvid.com/watch/n6qeeSfeM7Y,
http://www.playvid.com/watch/Hxk-299aJM8, http://www.playvid.com/watch/Us8-_LQJYpx, http://www.playvid.com/watch/KvE7eSnMCYF,
http://www.playvid.com/watch/hs5RHYtEtEV, http://www.playvid.com/watch/ZsMllNfqnAc, http://www.playvid.com/watch/kjvuIx0-baZ,
http://www.playvid.com/watch/IJblQfX1BPL, http://www.playvid.com/watch/318UGE7UE6U, http://www.playvid.com/watch/N4vfxWooUmq,
http://www.playvid.com/watch/bT9tgKKphaS, http://www.playvid.com/watch/sCyA1Xb8Txa, http://www.playvid.com/watch/0bEfLc49Fse,
http://www.playvid.com/watch/0Ngqrf_1U6n, http://www.playvid.com/watch/Vg3BuNVYG4r, http://www.playvid.com/watch/XF6ACYQmO4Z,
http://www.playvid.com/watch/j7ClX9eWI1e, http://www.playvid.com/watch/0Y0FTNzdVXa, http://www.playvid.com/watch/OHGS1E84KhX,
http://www.playvid.com/watch/XOaRs-RiPCc, http://www.playvid.com/watch/2T7vA6YQD-b, http://www.playvid.com/watch/80AK3sXx_r3,
http://www.playvid.com/watch/l6PEb3OEbob, http://www.playvid.com/watch/i308XUV407P, http://www.playvid.com/watch/WeRpDWTvFz7,
http://www.playvid.com/watch/4LwDf9Ftk06, http://www.playvid.com/watch/LHu9ct786vz, http://www.playvid.com/watch/c0m2KbSrsJt,
http://www.playvid.com/watch/zo71cPy-YfY, http://www.playvid.com/watch/RDSEGioDbAj, http://www.playvid.com/watch/0RXNbsb42jB,
http://www.playvid.com/watch/vCJG_Jkfw5N, http://www.playvid.com/watch/xzEYdn1yFPZ, http://www.playvid.com/watch/7J8qkQrg3zL,
http://www.playvid.com/watch/9pfI-KZqg6I, http://www.playvid.com/watch/Y1fdzsmgGUU, http://www.playvid.com/watch/pU4lE1Xo71F,
http://www.playvid.com/watch/IwdIBrLqT1T, http://www.playvid.com/watch/7SKuhguWlwe, http://www.playvid.com/watch/4R11zjyNI27,
http://www.playvid.com/watch/MPrzmP1Pxzo, http://www.playvid.com/watch/BYgKCsVzz3L, http://www.playvid.com/watch/sUm-xhTPkOj,
http://www.playvid.com/watch/Kf5RewdldyG, http://www.playvid.com/watch/RmSguViEDjL, http://www.playvid.com/watch/th6nhtxJH-o,
http://www.playvid.com/watch/CLTKXqz43SB, http://www.playvid.com/watch/3ouc6Dgz54M, http://www.playvid.com/watch/NIVsXr8UQbL,
http://www.playvid.com/watch/ZSfE6xcbRnM, http://www.playvid.com/watch/BwSeLk2d0Zz, http://www.playvid.com/watch/XrpWPA3uawY,
http://www.playvid.com/watch/0je3IGZwyVE, http://www.playvid.com/watch/9dPMH_c3Y8A, http://www.playvid.com/watch/UBb7L5D1Z6r,
http://www.playvid.com/watch/q9wg8Ehhm1j, http://www.playvid.com/watch/eDe-N7_j7bq, http://www.playvid.com/watch/zxxFnZJUbPN,
http://www.playvid.com/watch/XVfWDUbPeJ5, http://www.playvid.com/watch/oVHdzsQA49R, http://www.playvid.com/watch/ygyAr4nN-qG,
http://www.playvid.com/watch/kFuD0aaj2Rm, http://www.playvid.com/watch/YSfb4rvuBqX, http://www.playvid.com/watch/JMyi13yDsDG,
http://www.playvid.com/watch/gCytdUbWUGK, http://www.playvid.com/watch/0AYaVnW6FUo, http://www.playvid.com/watch/GTAqd-i4WNs,
http://www.playvid.com/watch/Tqq3iqWbgcd, http://www.playvid.com/watch/XDb3XXQVWNM, http://www.playvid.com/watch/KRUo4IzStGu,
http://www.playvid.com/watch/4ZjJtnHZ3Mi, http://www.playvid.com/watch/StKS690T0sz, http://www.playvid.com/watch/iBc9d3fp1bt,
http://www.playvid.com/watch/LHoE7GlCRSi, http://www.playvid.com/watch/lOXq3keF3AL, http://www.playvid.com/watch/lKnUxoKvBrn,
http://www.playvid.com/watch/WkHqAhuOh-7, http://www.playvid.com/watch/S9slvcr3Fs0, http://www.playvid.com/watch/X7qIATkPO6G,
http://www.playvid.com/watch/nkKKBfbdLaO, http://www.playvid.com/watch/5BkGn7kCxeo, http://www.playvid.com/watch/fHkuJIIHBG9,
http://www.playvid.com/watch/SyMuighmHyd, http://www.playvid.com/watch/J5S35JICdbm, http://www.playvid.com/watch/7jYUAwxV9BS,
http://www.playvid.com/watch/36numPjKFBN, http://www.playvid.com/watch/ghRMg8HNNan, http://www.playvid.com/watch/uCAlzUsjrrO,
http://www.playvid.com/watch/K42D4ZMAhMW, http://www.playvid.com/watch/IV1Z0rXG8Ez, http://www.playvid.com/watch/Nh-JRSOhYig,
http://www.playvid.com/watch/4VO0IsaiUac, http://www.playvid.com/watch/w2S3AoEqYCC, http://www.playvid.com/watch/ktTVEjR0aTJ,
http://www.playvid.com/watch/CbCNji04ihg, http://www.playvid.com/watch/ABAxb6FarWV, http://www.playvid.com/watch/u-5Poksgqhr,
http://www.playvid.com/watch/Yr8pQckvKQB, http://www.playvid.com/watch/XPWDQEa_Pae, http://www.playvid.com/watch/BF89TvfeFbF,
http://www.playvid.com/watch/0JGDd6azEOo, http://www.playvid.com/watch/Do5i1Lb1zUF, http://www.playvid.com/watch/rnHSKBa5c4O,
http://www.playvid.com/watch/n-tkYwVnhVO, http://www.playvid.com/watch/w163mWje80I, http://www.playvid.com/watch/EBnQ2MZI9ZA,
http://www.playvid.com/watch/9CnONWn8kFj, http://www.playvid.com/watch/kzEgeEgNQ5H, http://www.playvid.com/watch/i2TiVmh_d9M,
http://www.playvid.com/watch/FE_Hb0cxGxu, http://www.playvid.com/watch/FQkevmPvNub, http://www.playvid.com/watch/BdnqXzb9GuS,
http://www.playvid.com/watch/jZcDyDvxznC, http://www.playvid.com/watch/8t3NxwQ8CXo, http://www.playvid.com/watch/s4H72O_fvfA,
http://www.playvid.com/watch/htMkLQgCk86, http://www.playvid.com/watch/9irak-hxTVD, http://www.playvid.com/watch/M3AOhem6GM0,
http://www.playvid.com/watch/qpwF6HMmfvZ, http://www.playvid.com/watch/e9z5TKy5FIc, http://www.playvid.com/watch/iHU7cUPHA6E,
http://www.playvid.com/watch/xIqzGl2_TrG, http://www.playvid.com/watch/izFiGLxki1P, http://www.playvid.com/watch/rDCW9tsuBXo,
http://www.playvid.com/watch/7BCwgDicyJS, http://www.playvid.com/watch/JEOsl-t6lMr, http://www.playvid.com/watch/hsCt1_2gKYQ,
http://www.playvid.com/watch/5T4MozWJatQ, http://www.playvid.com/watch/Ic1888dBbui, http://www.playvid.com/watch/vz5IPfp-FqR,
http://www.playvid.com/watch/TjuUphlFGvY, http://www.playvid.com/watch/4PthVoQ6ndQ, http://www.playvid.com/watch/yRHAlp4aV37,
http://www.playvid.com/watch/27GZgP7LOvf, http://www.playvid.com/watch/WnE-c6VdCdJ, http://www.playvid.com/watch/h6SKhpx3J7H,
http://www.playvid.com/watch/C1ZaTia39Zi, http://www.playvid.com/watch/xswZ1zV_ICQ, http://www.playvid.com/watch/PyI1qEiAu8q,
http://www.playvid.com/watch/jQqSRL2xOTN, http://www.playvid.com/watch/mcPBcsBUkHe, http://www.playvid.com/watch/F5yJ6JUngNv,
http://www.playvid.com/watch/TSf3mDh7TSD, http://www.playvid.com/watch/Hpp2u-m-Jqc, http://www.playvid.com/watch/rU_iYlZyaQ7,
http://www.playvid.com/watch/Uu_f9T57WhV, http://www.playvid.com/watch/eV1ELdJM8kg, http://www.playvid.com/watch/zdJGSbcEx2A,
http://www.playvid.com/watch/gkFeJIWpmwX, http://www.playvid.com/watch/Eup64s55GEd, http://www.playvid.com/watch/zF_xcbSL518,
http://www.playvid.com/watch/j_mYH0r8sD4, http://www.playvid.com/watch/kbMDQtbD7yX, http://www.playvid.com/watch/Eqb_CZGpiUg,

http://www.playvid.com/watch/JCNMfHf8ocw, http://www.playvid.com/watch/hrb11SOvk8k, http://www.playvid.com/watch/5Y3bICX6GSj,
http://www.playvid.com/watch/8jUlXTCgAqd, http://www.playvid.com/watch/DQ9XhjXgzFy, http://www.playvid.com/watch/dUyD6KYSYfp,
http://www.playvid.com/watch/cPO0dXRacNb, http://www.playvid.com/watch/j0hNpfwJi0C, http://www.playvid.com/watch/yfRqjUAm46z,
http://www.playvid.com/watch/4ks0pMFWJy2, http://www.playvid.com/watch/cKmEd9ThsmE, http://www.playvid.com/watch/U74Vc8RKQvN,
http://www.playvid.com/watch/7Eb5stvq_si, http://www.playvid.com/watch/nzZGFKix5QV, http://www.playvid.com/watch/dFy_QlmPkHU,
http://www.playvid.com/watch/Zi3HGGu_Yy3, http://www.playvid.com/watch/9F_k3gTy-eo, http://www.playvid.com/watch/s-fpxNIlvE5,
http://www.playvid.com/watch/iGOpp1PC9SQ, http://www.playvid.com/watch/CQKiadunttb, http://www.playvid.com/watch/ZW6exck_dxW,
http://www.playvid.com/watch/E16bWLfrqNE, http://www.playvid.com/watch/CRURtj5sTQu, http://www.playvid.com/watch/rDly_T6Rhdh,
http://www.playvid.com/watch/jbDRY0wzJSI, http://www.playvid.com/watch/OZ96lK0R6pW, http://www.playvid.com/watch/6BS3pGDXVCe,
http://www.playvid.com/watch/6ir3uebEbA4, http://www.playvid.com/watch/u0gepk7rrsl, http://www.playvid.com/watch/BnpKshpOx4q,
http://www.playvid.com/watch/QWSIWinHT-S, http://www.playvid.com/watch/Y5w_rx_72GZ, http://www.playvid.com/watch/9bjsJOgj1BM,
http://www.playvid.com/watch/QMqvRFm-zxJ, http://www.playvid.com/watch/HnmB9qFccBn, http://www.playvid.com/watch/KOjF5vNyYNW,
http://www.playvid.com/watch/UOK_JH5sa93, http://www.playvid.com/watch/f7ZXLJkBrZ4, http://www.playvid.com/watch/zSsM8RhZq1T,
http://www.playvid.com/watch/knFNU67HMWc, http://www.playvid.com/watch/3h6opEf_xZ7, http://www.playvid.com/watch/9Mz2mV6O3n5,
http://www.playvid.com/watch/SKn97DfiRBt, http://www.playvid.com/watch/o9RuYJjyy9q, http://www.playvid.com/watch/hxiHAYUF-kh,
http://www.playvid.com/watch/cbFOEJXPj3S, http://www.playvid.com/watch/hjGmG45RvOP, http://www.playvid.com/watch/RDU43stjYK8,
http://www.playvid.com/watch/8-F33cdTyax, http://www.playvid.com/watch/YPe9lg7f-4m, http://www.playvid.com/watch/C29oGyc9ycn,
http://www.playvid.com/watch/8mHiC9fRTRH, http://www.playvid.com/watch/S23ctTuhQ6W, http://www.playvid.com/watch/Wnpj-fySSwn,
http://www.playvid.com/watch/jLiSiQJ4_3F, http://www.playvid.com/watch/zu8uvNz3vgw, http://www.playvid.com/watch/hXtX3DWq_t5,
http://www.playvid.com/watch/039qqycmcpp, http://www.playvid.com/watch/wErk2PkYV4A, http://www.playvid.com/watch/xH6hubRlBpo,
http://www.playvid.com/watch/XnWWffaZh30, http://www.playvid.com/watch/88WMbcXZmCd, http://www.playvid.com/watch/O0kTDTIkBMW,
http://www.playvid.com/watch/lgLRfEa0DMK, http://www.playvid.com/watch/3gfreyJF9zQ, http://www.playvid.com/watch/TtqjYaISzwY,
http://www.playvid.com/watch/YbDNHLWKKyI, http://www.playvid.com/watch/cEI5W2kM9li, http://www.playvid.com/watch/Xj1a26dPrmA,
http://www.playvid.com/watch/Nu0d-7HonG8, http://www.playvid.com/watch/lxsfKGzaghZ, http://www.playvid.com/watch/cxMKCytgsia,
http://www.playvid.com/watch/viEf4H4_PBh, http://www.playvid.com/watch/yc-7SNygc_Y, http://www.playvid.com/watch/Tg30EOqy3xW,
http://www.playvid.com/watch/9tP7zaTuYFV, http://www.playvid.com/watch/XgJ22hlr2sx, http://www.playvid.com/watch/YjUS2Hwar2U,
http://www.playvid.com/watch/i9xkqmBAU3b, http://www.playvid.com/watch/2ZQf_hoPwKK, http://www.playvid.com/watch/sZ8abjL52Ke,
http://www.playvid.com/watch/vv3-0WKQ1sg, http://www.playvid.com/watch/ONpI9JfZgpe, http://www.playvid.com/watch/0AZSu_9-9uI,
http://www.playvid.com/watch/arLjX_-SZew, http://www.playvid.com/watch/Slm_hA2GXUl, http://www.playvid.com/watch/LjtqU-ce23h,
http://www.playvid.com/watch/54xEOLA7r2D, http://www.playvid.com/watch/b8Ncu93Izj4, http://www.playvid.com/watch/bwpyx7Ht4Bd,
http://www.playvid.com/watch/UQZZuO_St32, http://www.playvid.com/watch/tXCP_-5nYlG, http://www.playvid.com/watch/xp9GoWQxtN5,
http://www.playvid.com/watch/vaNOEnFBB5Z, http://www.playvid.com/watch/T7s_ZW8sp13, http://www.playvid.com/watch/DHynyg23dOP,
http://www.playvid.com/watch/55yy7V9FYJo, http://www.playvid.com/watch/qZy1EGoLPmk, http://www.playvid.com/watch/imgFqnyR8Xt,
http://www.playvid.com/watch/qe5kFHRufIa, http://www.playvid.com/watch/pN4qvLpTy4c, http://www.playvid.com/watch/pOv7oZWBgUO,
http://www.playvid.com/watch/yG3-CKTIPc2, http://www.playvid.com/watch/WH5UdIDSuu5, http://www.playvid.com/watch/nCnYl6AYMYH,
http://www.playvid.com/watch/UMcIs98Oa8B, http://www.playvid.com/watch/0N7F48mkGxC, http://www.playvid.com/watch/WDVzJXxsFSN,
http://www.playvid.com/watch/M4aWRHhhjbt, http://www.playvid.com/watch/boILHeffF-0, http://www.playvid.com/watch/shFlBxqrM4F,
http://www.playvid.com/watch/srHWCrS_r-q, http://www.playvid.com/watch/nghg6w6w9Wd, http://www.playvid.com/watch/QOoBq5CBpxs,
http://www.playvid.com/watch/xnIcxJPcZit, http://www.playvid.com/watch/bmRMdmVS3X7, http://www.playvid.com/watch/fqLlHxuYHVE,
http://www.playvid.com/watch/PU0iar2IAyR, http://www.playvid.com/watch/ZhxoYjABPlk, http://www.playvid.com/watch/qbcWkLpLfb9,
http://www.playvid.com/watch/pvftV8GJk30, http://www.playvid.com/watch/sExA-37LVUC, http://www.playvid.com/watch/T74IzcYgEOA,
http://www.playvid.com/watch/ue5Xtx8B0kT, http://www.playvid.com/watch/zD-_xIyNQp2, http://www.playvid.com/watch/WzmZBE5vJTg,
http://www.playvid.com/watch/Gl77PLvT7bM, http://www.playvid.com/watch/IP5tY64ko8r, http://www.playvid.com/watch/29wllDh1TVj,
http://www.playvid.com/watch/5bu6WxKaoND, http://www.playvid.com/watch/OUCwr-zgY2P, http://www.playvid.com/watch/2O9cV2-16T5,
http://www.playvid.com/watch/yVqZpv6stIb, http://www.playvid.com/watch/LL9J9cTmFRc, http://www.playvid.com/watch/Vy4GTJkDmvT,
http://www.playvid.com/watch/2NxFndSEfLd, http://www.playvid.com/watch/9KNi6mO19LA, http://www.playvid.com/watch/jFHQjdr3jPO,
http://www.playvid.com/watch/6UHOF0LmQnK, http://www.playvid.com/watch/AYPZEOHf12o, http://www.playvid.com/watch/l9Ry21K3fCq,
http://www.playvid.com/watch/87VFLvaA-fx, http://www.playvid.com/watch/mVZ-fTG4JH8, http://www.playvid.com/watch/XuwisLrsQbk,
http://www.playvid.com/watch/3ytWRxILXbe, http://www.playvid.com/watch/bsCQPIcJTLI, http://www.playvid.com/watch/9WHibhtSM72,
http://www.playvid.com/watch/IeZWhK25McB, http://www.playvid.com/watch/5YNCB8Ff16J, http://www.playvid.com/watch/PfTW1ERmutZ,
http://www.playvid.com/watch/z9Z-gg-XHWp, http://www.playvid.com/watch/uO5JUf4coiY, http://www.playvid.com/watch/7eocVKz0m2q,
http://www.playvid.com/watch/fhJRx4GChRN, http://www.playvid.com/watch/cnV1AP5_B3R, http://www.playvid.com/watch/Gu-JjN2kAge,
http://www.playvid.com/watch/qQWPe6h6Tfc, http://www.playvid.com/watch/4_H2Kpmq3tO, http://www.playvid.com/watch/L53K16xZ6Af,
http://www.playvid.com/watch/a6yEzQRFqK5, http://www.playvid.com/watch/huzQ085WQv4, http://www.playvid.com/watch/IdBfWfF5Dhu,
http://www.playvid.com/watch/BZi6luDrhEg, http://www.playvid.com/watch/yAvaFCFK7vq, http://www.playvid.com/watch/MrIyi24wxn2,
http://www.playvid.com/watch/nnBcApSBwdW, http://www.playvid.com/watch/s0PYhBJXJ-f, http://www.playvid.com/watch/fKyQcFxZ5w3,
http://www.playvid.com/watch/8YClyIZtWIw, http://www.playvid.com/watch/ZMuNQMfwtpf, http://www.playvid.com/watch/QpQbZY-Zxd8,
http://www.playvid.com/watch/woGVTYfnTmQ, http://www.playvid.com/watch/P4RbLvqmMf9, http://www.playvid.com/watch/HWbamITi8Ez,
http://www.playvid.com/watch/pqV4GRcOYHe, http://www.playvid.com/watch/VRcs98wOyiI, http://www.playvid.com/watch/KHcTn2f2jGk,
http://www.playvid.com/watch/LTZycZPw-Xg, http://www.playvid.com/watch/I-cHtFcrC7j, http://www.playvid.com/watch/OeyKFufQmbZ,
http://www.playvid.com/watch/b8ROLddLztT, http://www.playvid.com/watch/odcL8zQPH1A, http://www.playvid.com/watch/CWbSvDkvMHz,
http://www.playvid.com/watch/UrvfvNsJDqx, http://www.playvid.com/watch/jq2jJPWkPfR, http://www.playvid.com/watch/E2FfxU5shtf,
http://www.playvid.com/watch/lf5Of5otG3O, http://www.playvid.com/watch/AdFwYx6ACVs, http://www.playvid.com/watch/UOIIg5QBOtn,
http://www.playvid.com/watch/ZZjTIDlqIVz, http://www.playvid.com/watch/Z9Mx-kGOUhU, http://www.playvid.com/watch/NxN_fFsMmuP,
http://www.playvid.com/watch/EH21k6VWCGr, http://www.playvid.com/watch/25jQb0C9Rav, http://www.playvid.com/watch/c4h1eX_DN3j,
http://www.playvid.com/watch/JhTpOzh73v9, http://www.playvid.com/watch/6k4j7PHUp0B, http://www.playvid.com/watch/RtR5pdusnAU,
http://www.playvid.com/watch/Mq-J4QWAWNQ, http://www.playvid.com/watch/oCyrIRRNihT, http://www.playvid.com/watch/C5186y90IjF,
http://www.playvid.com/watch/Jw_mwNMzn_z, http://www.playvid.com/watch/0iaXZznJKKr, http://www.playvid.com/watch/HBlmLVG7zPW,
http://www.playvid.com/watch/HibjFkZZ6dq, http://www.playvid.com/watch/3WoKVqaYwVG, http://www.playvid.com/watch/yCIVMs82UTC,
http://www.playvid.com/watch/qHF3Ujun0mX, http://www.playvid.com/watch/rh0KUrgOoVO, http://www.playvid.com/watch/dhRe9odAg7F,
http://www.playvid.com/watch/NkEdLY5Y6lL, http://www.playvid.com/watch/efVtnSbdLug, http://www.playvid.com/watch/iIYPxS6Iymk,
http://www.playvid.com/watch/7M4B1CnSo40, http://www.playvid.com/watch/S0vCePek_qa, http://www.playvid.com/watch/9RN-TDuKkQt,
http://www.playvid.com/watch/W9ssSGeerp7, http://www.playvid.com/watch/Cb6-Q-tuAO8, http://www.playvid.com/watch/N65b0Zz0Vkt,
http://www.playvid.com/watch/XF2IE3udVC8, http://www.playvid.com/watch/vLLA5Wzmwv2, http://www.playvid.com/watch/AXl1JTbjssM,
http://www.playvid.com/watch/YViDplxU64j, http://www.playvid.com/watch/j8E5rlmnpYx, http://www.playvid.com/watch/tBlQpDc4CZL,
http://www.playvid.com/watch/Efm6k6IZgue, http://www.playvid.com/watch/oOaDuHifnlt, http://www.playvid.com/watch/Sa7MXZVf2_Q,
http://www.playvid.com/watch/Cemw_6H-38e, http://www.playvid.com/watch/gEl3hnEOePF, http://www.playvid.com/watch/RYTc1Tt_-Dc,
http://www.playvid.com/watch/t341f1aHyNd, http://www.playvid.com/watch/Um2e4jD0BEy, http://www.playvid.com/watch/cf84pmo0T7l,
http://www.playvid.com/watch/sXD6W6WYOsK, http://www.playvid.com/watch/SLSG-Gi3i_Y, http://www.playvid.com/watch/gu662CI5kMk,
http://www.playvid.com/watch/YsnEoOklu_M, http://www.playvid.com/watch/w8ZU-n8OTWI, http://www.playvid.com/watch/n2p5Gus_MVx,
http://www.playvid.com/watch/0LgLWLSswOR, http://www.playvid.com/watch/dDWrvpZjihH, http://www.playvid.com/watch/9k66JQzr6Wq,
http://www.playvid.com/watch/WHk7VuuYOCv, http://www.playvid.com/watch/6BLiqv080GT, http://www.playvid.com/watch/kyUvXmRTdpi,
http://www.playvid.com/watch/PMaeeRTbMOF, http://www.playvid.com/watch/Dv_-BlvNvJA, http://www.playvid.com/watch/ujpcT4p3_eu,
http://www.playvid.com/watch/BugyLv9pqzZ, http://www.playvid.com/watch/aZGmukVgomP, http://www.playvid.com/watch/4m7RasKYmEl,
http://www.playvid.com/watch/9Ile0xr2jNY, http://www.playvid.com/watch/CIP6c0E4GWX, http://www.playvid.com/watch/XxSkcOvSaDt,
http://www.playvid.com/watch/rBkv-hri9XP, http://www.playvid.com/watch/01P_RVBLumw, http://www.playvid.com/watch/XSSAJ9-xwKp,
http://www.playvid.com/watch/5Mp-Iygv6aW, http://www.playvid.com/watch/Z2RW0ozGK6k, http://www.playvid.com/watch/scGXosF2gM4,
http://www.playvid.com/watch/MsRh7tx6a7C, http://www.playvid.com/watch/qE6C-zdeMIg, http://www.playvid.com/watch/FSaQk52B7FX,
http://www.playvid.com/watch/QOG2W9DAmhC, http://www.playvid.com/watch/OrXzoOB_bBl, http://www.playvid.com/watch/vliADpxtHFJ,
http://www.playvid.com/watch/Z4R3tVJO8-O, http://www.playvid.com/watch/0gfOiAsWtdB, http://www.playvid.com/watch/odjeUlTYs58,
http://www.playvid.com/watch/Y9klFH61gZT, http://www.playvid.com/watch/itor8AcZusw, http://www.playvid.com/watch/Y3E3hcOwY3e,
http://www.playvid.com/watch/ayFy2aRGBpU, http://www.playvid.com/watch/VVwcWm8UWE4, http://www.playvid.com/watch/711mi9IQced,
http://www.playvid.com/watch/nneRvngd7J4, http://www.playvid.com/watch/jCKRXGt9wqH, http://www.playvid.com/watch/0U3wuSAVsCd,
http://www.playvid.com/watch/GBSKEtLEiKG, http://www.playvid.com/watch/FPKNCjIsnYN, http://www.playvid.com/watch/VLtSLktqEzf,
http://www.playvid.com/watch/tq5_WSiaPoE, http://www.playvid.com/watch/hVghYjr6cR6, http://www.playvid.com/watch/iriSLbAkxhE,
http://www.playvid.com/watch/SnFh02AkaJj, http://www.playvid.com/watch/5MWuftWiPnT, http://www.playvid.com/watch/qUjKEbuDO-n,

http://www.playvid.com/watch/eH3EjTopIpI, http://www.playvid.com/watch/te-yIdjLgGD, http://www.playvid.com/watch/u-SKqRR1OAU, http://www.playvid.com/watch/ZRQjkoeAN65, http://www.playvid.com/watch/VKKt0CiUde3, http://www.playvid.com/watch/bgzOMAyskad, http://www.playvid.com/watch/MPyt67765LW, http://www.playvid.com/watch/GFfTD9qxjqH, http://www.playvid.com/watch/r1aQ831cHCk, http://www.playvid.com/watch/8f01lM5PdOI, http://www.playvid.com/watch/6B_sg9N7IUa, http://www.playvid.com/watch/lPlUhxHRdG8, http://www.playvid.com/watch/2LkSUOlVZrS, http://www.playvid.com/watch/MCfweck0Epj, http://www.playvid.com/watch/0HhQ15HxyN0, http://www.playvid.com/watch/Lc04-JkhAfx, http://www.playvid.com/watch/oNEU3ZgxFhc, http://www.playvid.com/watch/Dmk1tiBe41X, http://www.playvid.com/watch/3wKZzYlrw-A, http://www.playvid.com/watch/ScBZuEsxKeH, http://www.playvid.com/watch/NQTY8zuASku, http://www.playvid.com/watch/DTAT3Z__bic, http://www.playvid.com/watch/jv3N2Eq5Y-S, http://www.playvid.com/watch/hpQF94KPxkJ, http://www.playvid.com/watch/24gir9ReenG, http://www.playvid.com/watch/J7iHk3r1tQ3, http://www.playvid.com/watch/r6DIxMzzjJX, http://www.playvid.com/watch/7MkPWa1wxZJ, http://www.playvid.com/watch/HJdFV1rNJ98, http://www.playvid.com/watch/PGuKDZZ3MSA, http://www.playvid.com/watch/61li8IGQJJ8, http://www.playvid.com/watch/RnSmL0X3ox9, http://www.playvid.com/watch/t3tANNIEinO, http://www.playvid.com/watch/3sGL88y780I, http://www.playvid.com/watch/QrELW_8Y6n5, http://www.playvid.com/watch/MkXBdbcCaHX, http://www.playvid.com/watch/DoQYHy9AA_Q, http://www.playvid.com/watch/qWTiaF_ag05, http://www.playvid.com/watch/n7AQAHBHUMS, http://www.playvid.com/watch/kxc4fiuPZ3y, http://www.playvid.com/watch/BHH4yxubuZb, http://www.playvid.com/watch/i-NOLVsMJE3, http://www.playvid.com/watch/S4gx7SmUU4L, http://www.playvid.com/watch/R1PkQsDpfgf, http://www.playvid.com/watch/6yiyMLpH3Hx, http://www.playvid.com/watch/eYPdIwZA8Ry, http://www.playvid.com/watch/QVkN1QpzL5n, http://www.playvid.com/watch/sEmZq18acXM, http://www.playvid.com/watch/BUH0ZOHXrgl, http://www.playvid.com/watch/bEutL9BNGWs, http://www.playvid.com/watch/j7Uc20p_4PU, http://www.playvid.com/watch/zzkRXITfN-6, http://www.playvid.com/watch/r3oc6KLX1MS, http://www.playvid.com/watch/szfMTW7pLZT, http://www.playvid.com/watch/rYQQ3VGl1qv, http://www.playvid.com/watch/dwNwwOb-IK5, http://www.playvid.com/watch/todNRYgnh19, http://www.playvid.com/watch/ChuuFrWxhut, http://www.playvid.com/watch/v3-v-Nd8vbd, http://www.playvid.com/watch/ZIl_xdZbJ_F, http://www.playvid.com/watch/LORdAk47xbK, http://www.playvid.com/watch/HHT0ys1ztjr, http://www.playvid.com/watch/BBZT-_lpLVl, http://www.playvid.com/watch/dtsOqJKwRf9, http://www.playvid.com/watch/PO2Q_IQ-4PK, http://www.playvid.com/watch/NMdM7YmpPX3, http://www.playvid.com/watch/gRbFDsrQ-fs, http://www.playvid.com/watch/XYuxNXvEUii, http://www.playvid.com/watch/4W-lyRQQuY4, http://www.playvid.com/watch/mJ1Mr6cepbM, http://www.playvid.com/watch/3QPtMQFkkFh, http://www.playvid.com/watch/GBLFQ-NKYde, http://www.playvid.com/watch/27YZUoE5zHo, http://www.playvid.com/watch/0Iz0zoNCdC5, http://www.playvid.com/watch/GgHR_5OIBSu, http://www.playvid.com/watch/i-cEJ2P_74P, http://www.playvid.com/watch/rEg0Fx-VcZt, http://www.playvid.com/watch/7W1Z8RJTdh7, http://www.playvid.com/watch/fo05O0wTeKB, http://www.playvid.com/watch/7nUyQCUiX7c, http://www.playvid.com/watch/yO4sUioQday, http://www.playvid.com/watch/DPjJ7xmiWE7, http://www.playvid.com/watch/ySVr5F8-xcv, http://www.playvid.com/watch/fVKaaie9zW9, http://www.playvid.com/watch/p04iIRFDRFd, http://www.playvid.com/watch/i5qN7bf9b_W, http://www.playvid.com/watch/q8zG3JN0mrE

5.f. Date of third notice: 2014-06-18

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: iwantutoo

5.b. Uploader's email address: walkinshobert@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/iwantutoo

5.e. List of videos posted by uploader: http://www.playvid.com/watch/lcj0VF4M95O, http://www.playvid.com/watch/rr0cEyU8W42, http://www.playvid.com/watch/a4SmlBheaHX, http://www.playvid.com/watch/kWpnNu-snKn, http://www.playvid.com/watch/iGPLqEExSWY, http://www.playvid.com/watch/iZNaDlZMZw8, http://www.playvid.com/watch/L80Xoc57LFn, http://www.playvid.com/watch/WJXX-zyKyqb, http://www.playvid.com/watch/xRgh0zY2r7z, http://www.playvid.com/watch/5XziRjXyVS6, http://www.playvid.com/watch/RAflpeXUFZw, http://www.playvid.com/watch/L-iJ6bMORpM, http://www.playvid.com/watch/6VFTSHMzzKF, http://www.playvid.com/watch/LHx7J5avkss, http://www.playvid.com/watch/uJq56oUcHLs, http://www.playvid.com/watch/ojgfbgO9ORg, http://www.playvid.com/watch/WBMZUToVDZk, http://www.playvid.com/watch/jSKjkPyVn0y, http://www.playvid.com/watch/S6CzJrjMjjW, http://www.playvid.com/watch/kbDiEFIXeWv, http://www.playvid.com/watch/q3PQGGHoF5q, http://www.playvid.com/watch/8ousa7VpsxS, http://www.playvid.com/watch/zHdnAzMN4vQ, http://www.playvid.com/watch/iIgF77by-8e, http://www.playvid.com/watch/yzEirrTriTu, http://www.playvid.com/watch/AtiedwRDbmW, http://www.playvid.com/watch/45HNmXcPsaA, http://www.playvid.com/watch/yDMJrIr2Ryh, http://www.playvid.com/watch/p4v9JDMfZp6, http://www.playvid.com/watch/YXVSuUHQcQM, http://www.playvid.com/watch/XUj7KM2XzNT, http://www.playvid.com/watch/h5aTPKIzomQ, http://www.playvid.com/watch/AIEYUYyozto, http://www.playvid.com/watch/0hdSGkv-FTa, http://www.playvid.com/watch/fZGLvXkBlE5, http://www.playvid.com/watch/sb8o3XkyNpf, http://www.playvid.com/watch/GSyirLlOCDf, http://www.playvid.com/watch/spg3ZZZOOGm, http://www.playvid.com/watch/0nHMvhqQu3M, http://www.playvid.com/watch/iXx80ziWxsk, http://www.playvid.com/watch/VMclroWxZIE, http://www.playvid.com/watch/fW2ogpAiNpN, http://www.playvid.com/watch/5fD9q-3XFWx, http://www.playvid.com/watch/lpFePpRKZpn, http://www.playvid.com/watch/ZSI6QkIJvjy, http://www.playvid.com/watch/kGR2a2cIEl2, http://www.playvid.com/watch/ILZYHv4hqU8, http://www.playvid.com/watch/kBlz64Aeevi, http://www.playvid.com/watch/7tIt-KMPMLz, http://www.playvid.com/watch/sLiGE6SAnaH, http://www.playvid.com/watch/aTb-C-v5mrh, http://www.playvid.com/watch/-5PqQlRhXG8, http://www.playvid.com/watch/RSENNVDYksX, http://www.playvid.com/watch/7kdXFtaU9uq, http://www.playvid.com/watch/JMY4fCzQlju, http://www.playvid.com/watch/uknm4KyLmcq, http://www.playvid.com/watch/6rE2An5vHaS, http://www.playvid.com/watch/YqjGVDsrdVr, http://www.playvid.com/watch/Tvsv2LV78Uk, http://www.playvid.com/watch/euP3i5gQ3nb, http://www.playvid.com/watch/xUyCY8Kadgk, http://www.playvid.com/watch/5Y4a0DsT8Ak, http://www.playvid.com/watch/TR6WqG5092n, http://www.playvid.com/watch/c-qzLg2uoOr, http://www.playvid.com/watch/yaSBGrAP6MI, http://www.playvid.com/watch/gwsDpXkaXe6, http://www.playvid.com/watch/FipN-kDXCqn, http://www.playvid.com/watch/plpftZ5d3nK, http://www.playvid.com/watch/MkQkd7h074o, http://www.playvid.com/watch/Ijy30faTbGy, http://www.playvid.com/watch/lmCZ0Illq89, http://www.playvid.com/watch/0woMbJ-lyeW, http://www.playvid.com/watch/k4NpwrnKfNL, http://www.playvid.com/watch/siXVGeuYuMB, http://www.playvid.com/watch/VemEJzz84Ni, http://www.playvid.com/watch/KcSpcIofVPb, http://www.playvid.com/watch/Qdl4bHri3XZ, http://www.playvid.com/watch/rt6xV5PMjWZ, http://www.playvid.com/watch/fBkhcBY-QLZ, http://www.playvid.com/watch/8Em8bjjbDGK, http://www.playvid.com/watch/rwPdrvwSGKJ, http://www.playvid.com/watch/lIROIgEcKHb, http://www.playvid.com/watch/Pj3wFt3wez4, http://www.playvid.com/watch/uOvOmBM6hd7, http://www.playvid.com/watch/Iac52xeTmbx, http://www.playvid.com/watch/RmRbAUdftAd, http://www.playvid.com/watch/ejn9fhiij5u, http://www.playvid.com/watch/Fpag-puYeyE, http://www.playvid.com/watch/eCwrOoVaw7N, http://www.playvid.com/watch/23-V20N4pkv, http://www.playvid.com/watch/QBecCJQ5X9Q, http://www.playvid.com/watch/Za55PdnorsI, http://www.playvid.com/watch/YgisLYF6ybE, http://www.playvid.com/watch/rKM3cnZv99e, http://www.playvid.com/watch/z5lgXnYHGpl, http://www.playvid.com/watch/7iIFmXrlBvg, http://www.playvid.com/watch/uRhiTXAUnw5, http://www.playvid.com/watch/rprEFwZ3w70, http://www.playvid.com/watch/orUu7B7ZYKk, http://www.playvid.com/watch/UEVh59r2JDW, http://www.playvid.com/watch/ONnIVnRk5rU, http://www.playvid.com/watch/5oeFecSpLyT, http://www.playvid.com/watch/FNmu4mEFpyv, http://www.playvid.com/watch/QhiODPtyxLM, http://www.playvid.com/watch/w7oRbSis2-M, http://www.playvid.com/watch/wGAgoCITJ93, http://www.playvid.com/watch/4Dsfw66zwQj, http://www.playvid.com/watch/zlpBl4dTXGt, http://www.playvid.com/watch/MHUcopHsxNi, http://www.playvid.com/watch/8wr-VcoFets, http://www.playvid.com/watch/wwWDnLyqS8p, http://www.playvid.com/watch/nvYcAZvvyyp, http://www.playvid.com/watch/HqH8dAjim6T, http://www.playvid.com/watch/zWOQzIKv8wF, http://www.playvid.com/watch/3jdaL7qLDu4, http://www.playvid.com/watch/e2sZJSxM552, http://www.playvid.com/watch/yFHCVC0NIrW, http://www.playvid.com/watch/URokfYIwZNi, http://www.playvid.com/watch/mlVMzhmMjpK, http://www.playvid.com/watch/nvc6q7aCCRK, http://www.playvid.com/watch/UnkoVJAEaLN, http://www.playvid.com/watch/XDYCX0FnuRK, http://www.playvid.com/watch/avWFegdtmpa, http://www.playvid.com/watch/ejtO8MsbglJ, http://www.playvid.com/watch/PX0ZOUZqzOm, http://www.playvid.com/watch/7rJqTbRDWyk, http://www.playvid.com/watch/k3ugC4NZqF3, http://www.playvid.com/watch/3Gou67Ly7o8, http://www.playvid.com/watch/wOO-drdQrzO, http://www.playvid.com/watch/NwP4NHN7KFt, http://www.playvid.com/watch/Q6wpMGJyKf6, http://www.playvid.com/watch/yzcgb-FnwtV, http://www.playvid.com/watch/FTkCqxiz-sd, http://www.playvid.com/watch/KzSsBCVaqlw, http://www.playvid.com/watch/44L7FogJoZp, http://www.playvid.com/watch/cVP463AURjH, http://www.playvid.com/watch/sg3FMbhQXRO, http://www.playvid.com/watch/9-CuJqHdRuY, http://www.playvid.com/watch/e3AJeXnuME4, http://www.playvid.com/watch/t-339-cOkW2, http://www.playvid.com/watch/0yr7UDTy5cC, http://www.playvid.com/watch/rN9qu2gu6iX, http://www.playvid.com/watch/kUw36nrmqiy, http://www.playvid.com/watch/cmBbAFADfYk, http://www.playvid.com/watch/aK6QZhwRwUk, http://www.playvid.com/watch/fcrAGlamUpO, http://www.playvid.com/watch/6jdt9gq2TE9, http://www.playvid.com/watch/uNiKLBZvuJ5, http://www.playvid.com/watch/W3eZbxCIlf9, http://www.playvid.com/watch/qzOlNHvn8dA, http://www.playvid.com/watch/ZbuAJUhlOrN, http://www.playvid.com/watch/TFmLsKhpR2o, http://www.playvid.com/watch/zd3s6vdiTj0, http://www.playvid.com/watch/knR0uciOJ4Z, http://www.playvid.com/watch/vfXGtTTndgu, http://www.playvid.com/watch/XpyktkXFfcT, http://www.playvid.com/watch/x-XO9dozVke, http://www.playvid.com/watch/2-l5gMqSv0N, http://www.playvid.com/watch/4hGH7UGmTSY, http://www.playvid.com/watch/KqddvCeQtd8, http://www.playvid.com/watch/dqSjK3FqQoF, http://www.playvid.com/watch/oVi4kjSz8Ns, http://www.playvid.com/watch/FbP9f-Xybf0, http://www.playvid.com/watch/EfP-7Cxpibg, http://www.playvid.com/watch/wSnmmFeERmQ, http://www.playvid.com/watch/fwfVbIc0eu5, http://www.playvid.com/watch/dTPIq0YBCrt, http://www.playvid.com/watch/EKYuZxFo5O3, http://www.playvid.com/watch/Etg3mBuQ9kP, http://www.playvid.com/watch/OHtMIs8MY5f, http://www.playvid.com/watch/dRxNFvkk0D7, http://www.playvid.com/watch/wpUBjznW8Jj, http://www.playvid.com/watch/9RVFTpMu2JB, http://www.playvid.com/watch/UymyMpkrigj, http://www.playvid.com/watch/Zff2TaIqjGo, http://www.playvid.com/watch/-fp-S8KIY-D, http://www.playvid.com/watch/qjIcbs7ZPu2, http://www.playvid.com/watch/jcbHgqtpkDy, http://www.playvid.com/watch/UnoCAAP7EjO, http://www.playvid.com/watch/cal0rzR20ri, http://www.playvid.com/watch/7yjaxNB6Szs, http://www.playvid.com/watch/ha0eeeMLRrq,

http://www.playvid.com/watch/wXPpY-xyJUm, http://www.playvid.com/watch/icB6Qgx9L0F, http://www.playvid.com/watch/8-TzyK66mS3, http://www.playvid.com/watch/mPXJAkeh79Q, http://www.playvid.com/watch/SmdZXGT9Zd2, http://www.playvid.com/watch/foX57RoDV7O, http://www.playvid.com/watch/s5UyoKQF8BH, http://www.playvid.com/watch/rEp67Izy3Ry, http://www.playvid.com/watch/l-eyWb969MQ, http://www.playvid.com/watch/3AunxWPUxxZ, http://www.playvid.com/watch/ntFSXv9khOs, http://www.playvid.com/watch/dYeDAWpntP8, http://www.playvid.com/watch/nRvd3ppEjZc, http://www.playvid.com/watch/x5yAc6KB-ke, http://www.playvid.com/watch/R9n3k8YozS0, http://www.playvid.com/watch/yj8cbj4bNmk, http://www.playvid.com/watch/LHtrWzBKj24, http://www.playvid.com/watch/gUIZB4XGcVt, http://www.playvid.com/watch/UQqYqkN-sWD, http://www.playvid.com/watch/mmaJ7JQHUm6, http://www.playvid.com/watch/3syNQUVVMTZ, http://www.playvid.com/watch/p4bflskGE6n, http://www.playvid.com/watch/wjvrCbPs4fX, http://www.playvid.com/watch/hTIxdAPbFiu, http://www.playvid.com/watch/IXezliMm4wm, http://www.playvid.com/watch/qcH7lHLhk7o, http://www.playvid.com/watch/oGmtD05th7W, http://www.playvid.com/watch/vD3WiFsemew, http://www.playvid.com/watch/QfzVUInR5x6, http://www.playvid.com/watch/CkWrqo86qVt, http://www.playvid.com/watch/Jp04f859qZb, http://www.playvid.com/watch/elg3xKpD-6s, http://www.playvid.com/watch/7Ukv-NytPp9, http://www.playvid.com/watch/XYEP--n0egQ, http://www.playvid.com/watch/y3ALHq-qK5R, http://www.playvid.com/watch/UqUIlB6daVj, http://www.playvid.com/watch/pzpKe87gGbD, http://www.playvid.com/watch/hGLfIXBd5Y8, http://www.playvid.com/watch/6qbBaH8SqaB, http://www.playvid.com/watch/Gwoi2RJCbSq, http://www.playvid.com/watch/o7fdZ4DRb3O, http://www.playvid.com/watch/QQAAfomdLP7, http://www.playvid.com/watch/-lgR6OZSM9i, http://www.playvid.com/watch/9XYgIC8Qyho, http://www.playvid.com/watch/DcT5zb0BYGU, http://www.playvid.com/watch/O3yqXJnAK2b, http://www.playvid.com/watch/t8SxkNQBy5r, http://www.playvid.com/watch/o-gtg6EYZSm, http://www.playvid.com/watch/igtLQCtTYcI, http://www.playvid.com/watch/5NDB6tCiX9w, http://www.playvid.com/watch/IyB85dlANEu, http://www.playvid.com/watch/gCn9V2ojB47, http://www.playvid.com/watch/0ttMgOkYZGk, http://www.playvid.com/watch/Fi2kKiKQGOp, http://www.playvid.com/watch/YvMxGaDdIsl, http://www.playvid.com/watch/mPQLzMybFB-, http://www.playvid.com/watch/C6W05kMjdKc, http://www.playvid.com/watch/5v4eeRRiljR, http://www.playvid.com/watch/rqGdqWnwhi9, http://www.playvid.com/watch/Ukf0SkVtlux
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: izabella
5.b. Uploader's email address: volkzshyti@gmx.de
5.d. Uploader's profile: http://www.playvid.com/member/izabella
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BF5snzHdrcF, http://www.playvid.com/watch/dvqUxq2OPGp, http://www.playvid.com/watch/4Vw5UlSquwf, http://www.playvid.com/watch/62chCLuvtXC, http://www.playvid.com/watch/vsEcTetSusr, http://www.playvid.com/watch/RJcq-HMC50a, http://www.playvid.com/watch/cNnclN7xDjG, http://www.playvid.com/watch/bJW6vTjbTIy, http://www.playvid.com/watch/Rg8zakUFGVQ, http://www.playvid.com/watch/jHmos1-c-9X, http://www.playvid.com/watch/QsPQmQ19Jbk, http://www.playvid.com/watch/5naaWNFsyOM, http://www.playvid.com/watch/3lZclgxnpBk, http://www.playvid.com/watch/Pu9zEvb_vcu, http://www.playvid.com/watch/99MFt_0BZ2w, http://www.playvid.com/watch/hw9Lo5R9Eqi, http://www.playvid.com/watch/hkEOAPuJBVd, http://www.playvid.com/watch/rNhEtxYPDtd, http://www.playvid.com/watch/KXNjBYtaOtW, http://www.playvid.com/watch/H6vGIZxFjVU, http://www.playvid.com/watch/Tpv5bJD16EL, http://www.playvid.com/watch/ya9EGSgtwkM, http://www.playvid.com/watch/CWVbiKGyZuF, http://www.playvid.com/watch/aJXa4MW2Ecw, http://www.playvid.com/watch/ipbyNKBwClh, http://www.playvid.com/watch/ho0MmsSnB3J, http://www.playvid.com/watch/VNzMjfbohrw, http://www.playvid.com/watch/v8TYQTMoI3R, http://www.playvid.com/watch/VGw3C-Xg7QI, http://www.playvid.com/watch/OfYeeaathOG, http://www.playvid.com/watch/EmvX2qQMagH, http://www.playvid.com/watch/zYuaecX1Vj8, http://www.playvid.com/watch/eX7BjW7lJtP, http://www.playvid.com/watch/vvyLS9njRXe, http://www.playvid.com/watch/o7Jn_BWU3jy, http://www.playvid.com/watch/d1tse5OT4YZ, http://www.playvid.com/watch/lOhSxZHYrhM, http://www.playvid.com/watch/qFVPIkgMRkK, http://www.playvid.com/watch/OcINa-AnQ6s, http://www.playvid.com/watch/aWaAgR1r16b, http://www.playvid.com/watch/bjyPvKIr8Rr, http://www.playvid.com/watch/OOuwLl71MOd, http://www.playvid.com/watch/rJ5co5EXlPX, http://www.playvid.com/watch/s_Pp9z1YZIC, http://www.playvid.com/watch/PihGDBTha5M, http://www.playvid.com/watch/fyLD4ZlU-Vd, http://www.playvid.com/watch/gtfyS3O2Q1Y, http://www.playvid.com/watch/YW6E9Z1ek-O, http://www.playvid.com/watch/Z-x64ogbeQ6, http://www.playvid.com/watch/Vc-CaiYmdhV, http://www.playvid.com/watch/CAvPXKRE3XB, http://www.playvid.com/watch/EA5iW6-jWdm, http://www.playvid.com/watch/zKSLMHxKfWq, http://www.playvid.com/watch/FIFI242kWoX, http://www.playvid.com/watch/jwzSbQn5VRo, http://www.playvid.com/watch/cRZMN4it9p0, http://www.playvid.com/watch/z7vzKVxC4Co, http://www.playvid.com/watch/WXMHXvLrYpS, http://www.playvid.com/watch/z_h7oUJ46db, http://www.playvid.com/watch/48AKEm9ZFCl, http://www.playvid.com/watch/ccxEPZvQu_m, http://www.playvid.com/watch/x9NunoCH2Ds, http://www.playvid.com/watch/dgA8C14CXlY, http://www.playvid.com/watch/5ttGrvkYaLL, http://www.playvid.com/watch/ghSkGuBiVZI, http://www.playvid.com/watch/myrhssVsirS, http://www.playvid.com/watch/C1W8jVDE1BB, http://www.playvid.com/watch/owEhnO3BCfN, http://www.playvid.com/watch/g3ixHup0jdX, http://www.playvid.com/watch/2UnPcJoIZ2e, http://www.playvid.com/watch/OcUBptg2pPQ, http://www.playvid.com/watch/NfFDJdbl7jA, http://www.playvid.com/watch/mUh8qURDX7g, http://www.playvid.com/watch/6LZDofdmzgC
5.f. Date of third notice: 2015-01-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: i_like_anal_sex
5.b. Uploader's email address: antoniobruno@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/i_like_anal_sex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4IflAFm7OrZ, http://www.playvid.com/watch/DN50KtGccAt, http://www.playvid.com/watch/KL4x8RFJIsa, http://www.playvid.com/watch/4f7iT7OZQUS, http://www.playvid.com/watch/DjYMltY8Agn, http://www.playvid.com/watch/gEme62AIvSj, http://www.playvid.com/watch/YcVoPoXi-Jl, http://www.playvid.com/watch/bM2WWl7wB8k, http://www.playvid.com/watch/pIpJJEFZQPv, http://www.playvid.com/watch/yQRL63g7QPi, http://www.playvid.com/watch/okQb75WZmv8, http://www.playvid.com/watch/7aidlGri90u, http://www.playvid.com/watch/vWQ0G7lp977, http://www.playvid.com/watch/9CsOmxLxWdX, http://www.playvid.com/watch/LvAdeiTYR-R, http://www.playvid.com/watch/X0t6gOjM2Yk, http://www.playvid.com/watch/ZEED2q3oeaj, http://www.playvid.com/watch/aeHc2fvkgXn, http://www.playvid.com/watch/3SFgWScYf5c, http://www.playvid.com/watch/ciXm2cRLEXN, http://www.playvid.com/watch/jOgzwTgcSbP, http://www.playvid.com/watch/DAcwukPMAl4, http://www.playvid.com/watch/KJg7WiaAhlJ, http://www.playvid.com/watch/OaBgQx4JYlO, http://www.playvid.com/watch/0bsbvrDTmB0, http://www.playvid.com/watch/ugaOB-K2dUX, http://www.playvid.com/watch/TGoRcSfdDNO, http://www.playvid.com/watch/mtrskKu0DHL, http://www.playvid.com/watch/70sb5BIsixr, http://www.playvid.com/watch/nPsBU4ofeCr, http://www.playvid.com/watch/u2i0PwrUpZW, http://www.playvid.com/watch/-NFYSSClcoy, http://www.playvid.com/watch/riw9jr03wFc, http://www.playvid.com/watch/zexSmtOG58r, http://www.playvid.com/watch/dIJYgwj-BZb, http://www.playvid.com/watch/CDxvgMTvMbJ, http://www.playvid.com/watch/6iNEXmwXiPg, http://www.playvid.com/watch/KacrPll8wOL, http://www.playvid.com/watch/xjKMiGJdXVD, http://www.playvid.com/watch/yaj3AAQZ9uE, http://www.playvid.com/watch/3SVkXs-BNBL, http://www.playvid.com/watch/bmURDAfaAEC, http://www.playvid.com/watch/VrjacZIKI3l, http://www.playvid.com/watch/toSGdmD6N0B, http://www.playvid.com/watch/dTuC7yyEwgb, http://www.playvid.com/watch/w4SUWOHFJMn, http://www.playvid.com/watch/2GV2bcdncre, http://www.playvid.com/watch/FgQR3Tzw4Lz, http://www.playvid.com/watch/EQraa4I2g8d, http://www.playvid.com/watch/AguzsgUVR6x, http://www.playvid.com/watch/yDrdtzIkyZY, http://www.playvid.com/watch/CTuTluWAZZy, http://www.playvid.com/watch/RXmteZbfFI4, http://www.playvid.com/watch/5lGxgBloKRi, http://www.playvid.com/watch/OEY7X7C6FOJ, http://www.playvid.com/watch/Fuywwd6cqTl, http://www.playvid.com/watch/gBF7Z0XoV8Y, http://www.playvid.com/watch/nHNVTMn0e-x, http://www.playvid.com/watch/O85nCyQmF6e, http://www.playvid.com/watch/pMdUXI5T9AN, http://www.playvid.com/watch/dw5Jia8WIt2, http://www.playvid.com/watch/y4gGcIm6y9M, http://www.playvid.com/watch/aDlRTiSriq3, http://www.playvid.com/watch/rxVf2JrwIaz, http://www.playvid.com/watch/uJXHFNHqWJK, http://www.playvid.com/watch/7gspqgBwjXQ, http://www.playvid.com/watch/AItt40PvdxZ, http://www.playvid.com/watch/4aA7l9TUcJJ, http://www.playvid.com/watch/XHOtBYVALl2, http://www.playvid.com/watch/PIINzUXwMGg, http://www.playvid.com/watch/DModNLgz7Ao, http://www.playvid.com/watch/9Her4MlBBQq, http://www.playvid.com/watch/jXvvCUIoiKP, http://www.playvid.com/watch/hxJCvb3KcPE, http://www.playvid.com/watch/vHz0zFDrrWV, http://www.playvid.com/watch/TIsvZrVh7QZ, http://www.playvid.com/watch/LgaK7DzIRDa, http://www.playvid.com/watch/MLiBBXQuZMg, http://www.playvid.com/watch/qEI8kKDmTzw, http://www.playvid.com/watch/BbgeJpUCptB, http://www.playvid.com/watch/M-7Hdr5wcak, http://www.playvid.com/watch/ppEA462TDrW, http://www.playvid.com/watch/ZTMJ0Rem50N, http://www.playvid.com/watch/BJNBw-c5xCQ, http://www.playvid.com/watch/29InqV9FYHh, http://www.playvid.com/watch/tXMIl0LIsBU, http://www.playvid.com/watch/vo0MFBm25Fl, http://www.playvid.com/watch/5vFRIGBBUkW, http://www.playvid.com/watch/dY4Q2Rb7IAY, http://www.playvid.com/watch/PbWXgSZAANG, http://www.playvid.com/watch/lNbKckPEFML, http://www.playvid.com/watch/cmGwcCNQAIO, http://www.playvid.com/watch/hm97LVSr4tH, http://www.playvid.com/watch/svA-zNpa4vR, http://www.playvid.com/watch/655SoDzyVzP, http://www.playvid.com/watch/BrT9K4co6uy, http://www.playvid.com/watch/2YjmDkydV5Q, http://www.playvid.com/watch/o3RkkGowO87, http://www.playvid.com/watch/Pu-w7bJBdmd, http://www.playvid.com/watch/p5BpRDDrext, http://www.playvid.com/watch/LGULzcMCvBc, http://www.playvid.com/watch/ljNSQQz9yY5, http://www.playvid.com/watch/HmpblitE0ZU, http://www.playvid.com/watch/PgqaKdTBiae, http://www.playvid.com/watch/UBXayTgWp6E, http://www.playvid.com/watch/95tHTmaL6TP, http://www.playvid.com/watch/yqM5vBOF3qp, http://www.playvid.com/watch/BH9fht60sEq, http://www.playvid.com/watch/dNTqIFQXJ2U, http://www.playvid.com/watch/rCKGrKNMHDE, http://www.playvid.com/watch/NfH5MC6ZB-Z, http://www.playvid.com/watch/Nq7HvfqcLxv, http://www.playvid.com/watch/quBpNSaBRt-, http://www.playvid.com/watch/ENIilQoNp60, http://www.playvid.com/watch/-mNxfpBuh-8, http://www.playvid.com/watch/nXzjRhD6Cwu,

http://www.playvid.com/watch/3KeoXChCNPu, http://www.playvid.com/watch/uZOiZQni8wa, http://www.playvid.com/watch/UmNXsWblf3h, http://www.playvid.com/watch/cEq4nIzDaig, http://www.playvid.com/watch/wlkgTzC3fgt, http://www.playvid.com/watch/lo6ggA4h7Dt, http://www.playvid.com/watch/aiLxF8TsAei, http://www.playvid.com/watch/dlGbScI56nC, http://www.playvid.com/watch/CUI6DwjsjaB, http://www.playvid.com/watch/ki5l08UU39n, http://www.playvid.com/watch/qS9m-KI4oLL, http://www.playvid.com/watch/R05nAln8RoH, http://www.playvid.com/watch/QlqKz3mWMjW, http://www.playvid.com/watch/68MbkpCITWo, http://www.playvid.com/watch/T40h6IYz8tA, http://www.playvid.com/watch/4668OQQCMwy, http://www.playvid.com/watch/MFLuDvM8rAp, http://www.playvid.com/watch/trn357mjwff, http://www.playvid.com/watch/3uWia4-MZyC
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: i_like_sex
5.b. Uploader's email address: egorerorichh@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/i_like_sex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NkopU5aYBNA, http://www.playvid.com/watch/Nog95TRYaMW, http://www.playvid.com/watch/ct0k8S7TRr2, http://www.playvid.com/watch/8p4qaXlVuru, http://www.playvid.com/watch/5BqO6hnVEt8, http://www.playvid.com/watch/gMq4yUHXQnw, http://www.playvid.com/watch/vmHkLqL5Esn, http://www.playvid.com/watch/dmeMGBE8o0Q, http://www.playvid.com/watch/KmFD7BX5eUe, http://www.playvid.com/watch/H3lu7r3p76u, http://www.playvid.com/watch/6CXcFM23Byj, http://www.playvid.com/watch/Y8qy9io6ZHW, http://www.playvid.com/watch/xliJDSVveVK, http://www.playvid.com/watch/IfM9ULHBSrK, http://www.playvid.com/watch/2MCSDJ-vlBN, http://www.playvid.com/watch/iVfd8pn0PbR, http://www.playvid.com/watch/WhFDzHRJxGh, http://www.playvid.com/watch/5z7M0xzMwPW, http://www.playvid.com/watch/4UTxS5eqyNV, http://www.playvid.com/watch/9fX35BDYvQf, http://www.playvid.com/watch/0x7Wc3LIaT2, http://www.playvid.com/watch/pPXXguyeWnz, http://www.playvid.com/watch/u2MaqTgJOYu, http://www.playvid.com/watch/gNGNU7PgZZF, http://www.playvid.com/watch/PS8pR5227Qf, http://www.playvid.com/watch/6Ac4EnmrcAa, http://www.playvid.com/watch/CXyk-fN6RBh, http://www.playvid.com/watch/aStTlznPwVy, http://www.playvid.com/watch/pzRzmvKCg8O, http://www.playvid.com/watch/fNWWGom8k6O, http://www.playvid.com/watch/qkiyUBma7XP, http://www.playvid.com/watch/2rmNcctiS9X, http://www.playvid.com/watch/4nPZ2gH8oYP, http://www.playvid.com/watch/TBwPIhXGjgt, http://www.playvid.com/watch/C-2jm6oUnPa, http://www.playvid.com/watch/LKoKVmpiZ5z, http://www.playvid.com/watch/eWQCoUbV-gV, http://www.playvid.com/watch/MBMkNqrtA9N, http://www.playvid.com/watch/0SzRcWXSLFx, http://www.playvid.com/watch/zAJXpo02tFz, http://www.playvid.com/watch/XQAj46fPyGM, http://www.playvid.com/watch/VVMtQTwISKC, http://www.playvid.com/watch/6kkBlL2PuEU, http://www.playvid.com/watch/Op685EPfoot, http://www.playvid.com/watch/twNamzb59OB, http://www.playvid.com/watch/Z2EKNnifcWp, http://www.playvid.com/watch/Q4GnQ0M4N3N, http://www.playvid.com/watch/Y5DCxLlXzES, http://www.playvid.com/watch/tIikZlt4K-6, http://www.playvid.com/watch/O0TRenSuV2b, http://www.playvid.com/watch/2NNmRO-OcnM, http://www.playvid.com/watch/-BetZ45Buup, http://www.playvid.com/watch/Gmr2yLSnDO-, http://www.playvid.com/watch/PjDP7stLvnT, http://www.playvid.com/watch/cm0G2WRdJi7, http://www.playvid.com/watch/hjulhqtsrhN, http://www.playvid.com/watch/6Dxhyc4gzjp, http://www.playvid.com/watch/OgGNQd4CTcW, http://www.playvid.com/watch/FuLD7VluR0p, http://www.playvid.com/watch/yXzxApj-d9X, http://www.playvid.com/watch/34fuo9RxVNn, http://www.playvid.com/watch/X5r8Dmkv3JU, http://www.playvid.com/watch/KUbOc-U-sIO, http://www.playvid.com/watch/8XlQhMjMvKu, http://www.playvid.com/watch/w7FtB066XQh, http://www.playvid.com/watch/8jZCF0UKe5l, http://www.playvid.com/watch/HO0Z5ujh3b0, http://www.playvid.com/watch/u0Hj9kZSWKS, http://www.playvid.com/watch/igp0v2vpfN2, http://www.playvid.com/watch/lmPh7f9fBBA, http://www.playvid.com/watch/qebpsJF4E8B, http://www.playvid.com/watch/5hnXfc-MS9A, http://www.playvid.com/watch/LwxhJvTdL3m, http://www.playvid.com/watch/K78UE5HhzWc, http://www.playvid.com/watch/slwuZueWYmb, http://www.playvid.com/watch/AkgF3JDNkZ8, http://www.playvid.com/watch/Q4oXtVyVgjl, http://www.playvid.com/watch/fqG9wTO-8m2, http://www.playvid.com/watch/qB86QgtBgnX, http://www.playvid.com/watch/aE5SAYQl5oJ, http://www.playvid.com/watch/-ELIXbS5HKE, http://www.playvid.com/watch/A6pvxdICFAm, http://www.playvid.com/watch/fNgZuRreBDP, http://www.playvid.com/watch/ciekHCB8s6Z, http://www.playvid.com/watch/EQXVNqi5D3W, http://www.playvid.com/watch/ON9rYtR2dI2, http://www.playvid.com/watch/LNRveSFFauo, http://www.playvid.com/watch/oGtHYzkms3u, http://www.playvid.com/watch/2K9PsG2upnY, http://www.playvid.com/watch/siFsmUkXxLS, http://www.playvid.com/watch/j-YcJqy5Yry, http://www.playvid.com/watch/zkTQnxmIj-z, http://www.playvid.com/watch/yAuvDJNP5Dp, http://www.playvid.com/watch/0sfGlxp-0rX, http://www.playvid.com/watch/bKPic4XZqPC, http://www.playvid.com/watch/l-7-MMUcQIn, http://www.playvid.com/watch/fqcekX-tCwv, http://www.playvid.com/watch/IVgRGL3m2S8, http://www.playvid.com/watch/Q092lcrb2Ce, http://www.playvid.com/watch/lfLYSwmjzzl, http://www.playvid.com/watch/5HKhkoqRgVN, http://www.playvid.com/watch/i8KT6I6BhPN, http://www.playvid.com/watch/2RHhZFR7Jz2, http://www.playvid.com/watch/SzwAom0T4kM, http://www.playvid.com/watch/ZKETI34fQsm, http://www.playvid.com/watch/cYy86MjXGEu, http://www.playvid.com/watch/O-Le7a0SJYU, http://www.playvid.com/watch/4ia4Qjv7t65, http://www.playvid.com/watch/sLf5VtaG3Zz, http://www.playvid.com/watch/lxhXOWx7p6-, http://www.playvid.com/watch/ekZxoSbglFs, http://www.playvid.com/watch/JBeVUdAODSi, http://www.playvid.com/watch/LRw8mg6Klrk, http://www.playvid.com/watch/lAWJR3G0PmD, http://www.playvid.com/watch/EXDh6QtPs08, http://www.playvid.com/watch/NCOyaPED0Qp, http://www.playvid.com/watch/sUsi8-ULrnw, http://www.playvid.com/watch/UrOlOqjUmdF, http://www.playvid.com/watch/bZefOTngSLC, http://www.playvid.com/watch/qW024muo7Dy, http://www.playvid.com/watch/Ekff2PtvlED, http://www.playvid.com/watch/wIC5C7nqlyP, http://www.playvid.com/watch/TzPrpmQFWjf, http://www.playvid.com/watch/sLU5PhCLy8o, http://www.playvid.com/watch/IVIGi0iQHex, http://www.playvid.com/watch/0VKOse9G0Xk, http://www.playvid.com/watch/S0fWQTD9wK0, http://www.playvid.com/watch/exWVdSZpjLR, http://www.playvid.com/watch/ZlOb50hUoSU, http://www.playvid.com/watch/3HXpVIhKSiQ, http://www.playvid.com/watch/wQbLb0BpUUa, http://www.playvid.com/watch/2AbEsq66Tfd, http://www.playvid.com/watch/esQLYrzvprj, http://www.playvid.com/watch/j0b5AzP04KI, http://www.playvid.com/watch/XzFSFmA4s4M, http://www.playvid.com/watch/pTh9uWsat5j, http://www.playvid.com/watch/ArVcc5M78zH, http://www.playvid.com/watch/Ndz5Fdv8ODK, http://www.playvid.com/watch/08iXLNQloqK, http://www.playvid.com/watch/kCw8OdNrXXX, http://www.playvid.com/watch/IE8sEzq-YPM, http://www.playvid.com/watch/evwSyFA4DiI, http://www.playvid.com/watch/IcOgZQuOTtB, http://www.playvid.com/watch/KTUaqUAVFHA, http://www.playvid.com/watch/40M2jWqNjnF, http://www.playvid.com/watch/NsPGSVwqLTD, http://www.playvid.com/watch/ZCyBTgtEsAa, http://www.playvid.com/watch/u4oks09J4KU, http://www.playvid.com/watch/xNmxvI3DrV6, http://www.playvid.com/watch/4Rd4lWg8bzP, http://www.playvid.com/watch/s2ooYbFe0fY, http://www.playvid.com/watch/lNFju5A5cCc, http://www.playvid.com/watch/fGnAjHGSRNv, http://www.playvid.com/watch/iXn2tRqvXpd, http://www.playvid.com/watch/BpKOssrXfKb, http://www.playvid.com/watch/OrsvbFbJTpL, http://www.playvid.com/watch/cb4ZE7-m9V7, http://www.playvid.com/watch/dI9meW7iRLv, http://www.playvid.com/watch/E-aSwW-9QxE, http://www.playvid.com/watch/gmI5wv0TISG, http://www.playvid.com/watch/9SOABkzIJYj, http://www.playvid.com/watch/uniEbATtp8z, http://www.playvid.com/watch/i8eT4lGgQbR, http://www.playvid.com/watch/jV2GuW8C6ng, http://www.playvid.com/watch/PhesaPnPf2R, http://www.playvid.com/watch/NLeES4iPkJU, http://www.playvid.com/watch/aSQnKa60vTf, http://www.playvid.com/watch/8Qw4Kmdgc0H, http://www.playvid.com/watch/Y2lb723aG57, http://www.playvid.com/watch/4cwEsKGPw3t, http://www.playvid.com/watch/FGtXmZG9lWJ, http://www.playvid.com/watch/lFqhEay8qeb, http://www.playvid.com/watch/-Hm6onRjUnr, http://www.playvid.com/watch/Aa5tJ3QKyLw, http://www.playvid.com/watch/PrG3L2IlMnK, http://www.playvid.com/watch/Ao2Z4ZukGok, http://www.playvid.com/watch/8oFZrvcLeVb, http://www.playvid.com/watch/vRp8MkkMKnL, http://www.playvid.com/watch/ajq7PbBtdyX, http://www.playvid.com/watch/-nszCjov-IF, http://www.playvid.com/watch/pqEVA4b-r6u, http://www.playvid.com/watch/jsgPjTGIYgJ, http://www.playvid.com/watch/FxUb6JiEPc7, http://www.playvid.com/watch/BGjjYVB-nK7, http://www.playvid.com/watch/4HwyfomuCvz, http://www.playvid.com/watch/xUleUPEzjue, http://www.playvid.com/watch/MAAv-FfUtmw, http://www.playvid.com/watch/lj0CvakrSd5, http://www.playvid.com/watch/kaYP4P4S0Hk, http://www.playvid.com/watch/W2okYYuWvSd, http://www.playvid.com/watch/ctkzQyZ2iHA, http://www.playvid.com/watch/Z8oOCJw5dAn, http://www.playvid.com/watch/HefbcztmFTj, http://www.playvid.com/watch/Xtu37orTAbt, http://www.playvid.com/watch/nZu9qIE50qV, http://www.playvid.com/watch/Jto-8BZOMG4, http://www.playvid.com/watch/KGXmePVZxEs, http://www.playvid.com/watch/mLM9J9yeldS, http://www.playvid.com/watch/SVb9OspTKkl, http://www.playvid.com/watch/Am7WhVldeTM, http://www.playvid.com/watch/cuTwf5Qm0mZ, http://www.playvid.com/watch/pvyH6ovq8Pp, http://www.playvid.com/watch/r-GuPJQRw3F, http://www.playvid.com/watch/0M8XRwnYJKH, http://www.playvid.com/watch/wgbecxCbcgs, http://www.playvid.com/watch/s7QaTk9t6GA, http://www.playvid.com/watch/0slfXj3Qher, http://www.playvid.com/watch/MZ6-SUYIoHW, http://www.playvid.com/watch/7lUYewQLCGN, http://www.playvid.com/watch/ua0tNcO3byu, http://www.playvid.com/watch/PszG9rkxJzg, http://www.playvid.com/watch/rVqe9kSJFQP, http://www.playvid.com/watch/bUo-yzUgkZh, http://www.playvid.com/watch/nhjo8PBIS2v, http://www.playvid.com/watch/4fmmXeLpMd3, http://www.playvid.com/watch/9NB8gmrtoze, http://www.playvid.com/watch/9NYpj5TUU7e, http://www.playvid.com/watch/kI0xNbb9CFj, http://www.playvid.com/watch/IqN4qLXv-f5, http://www.playvid.com/watch/i8cv7l-MuqR, http://www.playvid.com/watch/Kwcvqocwcan, http://www.playvid.com/watch/bVKqY0r6UMB, http://www.playvid.com/watch/vMwOPoLdt-O, http://www.playvid.com/watch/PcdadkExviN, http://www.playvid.com/watch/QRt45kN3n4T, http://www.playvid.com/watch/34YdteFQAgG, http://www.playvid.com/watch/XjeFvh2hI47, http://www.playvid.com/watch/xVBe2PKr7Ez, http://www.playvid.com/watch/PhToRcqoSob, http://www.playvid.com/watch/iH4ooFYnoWm, http://www.playvid.com/watch/3wJlBGeVGxv, http://www.playvid.com/watch/HFzZsh5TLxV, http://www.playvid.com/watch/DMLGC8vFpNw, http://www.playvid.com/watch/JiWj6OQN6sF, http://www.playvid.com/watch/dJGyHGETJRp, http://www.playvid.com/watch/K8qKhKVkSKf, http://www.playvid.com/watch/Z9yypQLCAIp, http://www.playvid.com/watch/rzaCWIzQp8h, http://www.playvid.com/watch/3oRMo0b7jaS, http://www.playvid.com/watch/G62vD3X0Z2x, http://www.playvid.com/watch/t83R4QCqa-j, http://www.playvid.com/watch/r8lCQQxfVGT, http://www.playvid.com/watch/DHMgJZLqneg, http://www.playvid.com/watch/yFRI45YYEri, http://www.playvid.com/watch/LmuEjhtVH4c, http://www.playvid.com/watch/SgLROZj595X, http://www.playvid.com/watch/iM7Rbp9Xf6R, http://www.playvid.com/watch/66dzLrjMW5o,

http://www.playvid.com/watch/MfVe7dWK2Va, http://www.playvid.com/watch/iI7bPSxkKiC, http://www.playvid.com/watch/JoyRGlbNu3E,
http://www.playvid.com/watch/b2fBdbV3Fnp, http://www.playvid.com/watch/ygk9-6chQxU, http://www.playvid.com/watch/H0vY5THPex8,
http://www.playvid.com/watch/3RhgiSOomvL, http://www.playvid.com/watch/57ISAD7R8D4, http://www.playvid.com/watch/85pRfTpqxtP,
http://www.playvid.com/watch/qOHxvBlBQkK, http://www.playvid.com/watch/zJiFnSOFFks, http://www.playvid.com/watch/uKfAvnpYEpR,
http://www.playvid.com/watch/b67SviTYbgg, http://www.playvid.com/watch/IWrXB08hWq2, http://www.playvid.com/watch/sGFwe8Vgc9a,
http://www.playvid.com/watch/Dt4LoFKGTaC, http://www.playvid.com/watch/QKoWafTxfa4, http://www.playvid.com/watch/l8Y-76RM8iL,
http://www.playvid.com/watch/LQ4artjoSpw, http://www.playvid.com/watch/V4fVj7WgFfS, http://www.playvid.com/watch/4OYgRwmBjrx,
http://www.playvid.com/watch/PwpGU2MxWso, http://www.playvid.com/watch/EduqQ0VLvBN, http://www.playvid.com/watch/eFB6vyGKnDg,
http://www.playvid.com/watch/ozIzzFwvgJ6, http://www.playvid.com/watch/39Q4UCEJSOB, http://www.playvid.com/watch/PJZNnZA4O0I,
http://www.playvid.com/watch/E6FCLyne4XW, http://www.playvid.com/watch/s0yNKs8B6CK, http://www.playvid.com/watch/WTfe33ZAs0g,
http://www.playvid.com/watch/TrtdYdoS0yw, http://www.playvid.com/watch/sDWb3cCysNT, http://www.playvid.com/watch/pKkL0bU5lg2,
http://www.playvid.com/watch/6iceRoNHzFT, http://www.playvid.com/watch/rtYzpaQbECL, http://www.playvid.com/watch/9JH6AxkoOaj,
http://www.playvid.com/watch/OZIB378VxZA, http://www.playvid.com/watch/VLDv2yM9VFN, http://www.playvid.com/watch/SFIPn0GF0Q6,
http://www.playvid.com/watch/cHxBR5CrhR9, http://www.playvid.com/watch/BriSG6gCrcJ, http://www.playvid.com/watch/wqw-QvWr5iz,
http://www.playvid.com/watch/MoxGzOjrLwW, http://www.playvid.com/watch/8aTc0LA5mB2, http://www.playvid.com/watch/lctymY5b6ID,
http://www.playvid.com/watch/e-Z77WU3VhE, http://www.playvid.com/watch/nX-dwq7wwjN, http://www.playvid.com/watch/CemF4TAd7rc,
http://www.playvid.com/watch/KLUFPw-qsHF, http://www.playvid.com/watch/cJX2cP8B705, http://www.playvid.com/watch/osge2WkdBk2,
http://www.playvid.com/watch/7AAl-BgwGzK, http://www.playvid.com/watch/-8a6x0bXOcC, http://www.playvid.com/watch/feBvFVumFls,
http://www.playvid.com/watch/8T28jIq6GO6, http://www.playvid.com/watch/zmXSbxDlHC-, http://www.playvid.com/watch/txGXftA56wt,
http://www.playvid.com/watch/R9EGP30agIp, http://www.playvid.com/watch/Uap2WbrEgQb, http://www.playvid.com/watch/ICJjFRQ9StO,
http://www.playvid.com/watch/fvyca5INoaQ, http://www.playvid.com/watch/Vu78Uw9ihMA, http://www.playvid.com/watch/HL22DRJCBcV,
http://www.playvid.com/watch/uzZZq6Zn6VK, http://www.playvid.com/watch/ICnhcwTBgP3, http://www.playvid.com/watch/0CGKcfvtQ0V,
http://www.playvid.com/watch/U552ebHXDww, http://www.playvid.com/watch/JSZkczD5k7t, http://www.playvid.com/watch/k4D2J7bGH3C,
http://www.playvid.com/watch/Avm6coF5YBt, http://www.playvid.com/watch/8MPuMzv4Pfm, http://www.playvid.com/watch/4EC3rRVwhNi,
http://www.playvid.com/watch/drdB7VX9Lmj, http://www.playvid.com/watch/mZejf5qBI2T, http://www.playvid.com/watch/Jc7pgP-AWCX,
http://www.playvid.com/watch/K5USeGs8I-y, http://www.playvid.com/watch/APiQS-H94Bu, http://www.playvid.com/watch/frFbbx5LeNP,
http://www.playvid.com/watch/waqPLekMVQy, http://www.playvid.com/watch/Fc8DyRFjpB0, http://www.playvid.com/watch/Iq2DvYYazsR,
http://www.playvid.com/watch/04CLWJgjE7d, http://www.playvid.com/watch/fHbwNNNlYNG, http://www.playvid.com/watch/N7J7N3RfWPA,
http://www.playvid.com/watch/i6SFs04n9B3, http://www.playvid.com/watch/KrHX7o23bfh, http://www.playvid.com/watch/gbqVIPwa6CF,
http://www.playvid.com/watch/I7aXgdAqbON, http://www.playvid.com/watch/Pc6qO95ae4V, http://www.playvid.com/watch/Xsq7OTBY3ui,
http://www.playvid.com/watch/yt0IGLfV4oS, http://www.playvid.com/watch/EYFLhaLqItt, http://www.playvid.com/watch/fgf6yn-FlgT,
http://www.playvid.com/watch/UR9vhkD2lgC, http://www.playvid.com/watch/e4g-RamRZ3U, http://www.playvid.com/watch/i9SZ588x-nq,
http://www.playvid.com/watch/qlDUvVIE534, http://www.playvid.com/watch/6bWCWU3h-IQ, http://www.playvid.com/watch/dkBYr2q3XJT,
http://www.playvid.com/watch/m3oOJfFvSXD, http://www.playvid.com/watch/wgDFz-JfYwT, http://www.playvid.com/watch/-pXJ7HfbMs7,
http://www.playvid.com/watch/8lGadAO5KaK, http://www.playvid.com/watch/qEgIqvwIbmQ, http://www.playvid.com/watch/JanAjvh2hp9,
http://www.playvid.com/watch/ottYJehGIQO, http://www.playvid.com/watch/J3zEBMyHMXQ, http://www.playvid.com/watch/sALqZMFI5kH,
http://www.playvid.com/watch/4copiHA6tkx, http://www.playvid.com/watch/WLoBpUlCM8U, http://www.playvid.com/watch/E2GhfHr4q6A,
http://www.playvid.com/watch/hlJP2w78if9, http://www.playvid.com/watch/H9kJSU6THHU, http://www.playvid.com/watch/FJloy-PmQe3,
http://www.playvid.com/watch/WNLUJRbmC-R, http://www.playvid.com/watch/q7FrOuAuEiK, http://www.playvid.com/watch/ogmzyN0ea64,
http://www.playvid.com/watch/uyxSjICZBYT, http://www.playvid.com/watch/nMMaTyZSidZ, http://www.playvid.com/watch/Bsa80Lq-QhD,
http://www.playvid.com/watch/4ZuJacIzr-V, http://www.playvid.com/watch/vpjKWCJ5d8K, http://www.playvid.com/watch/3d-AYP2VfbL,
http://www.playvid.com/watch/edWaWGCpAur, http://www.playvid.com/watch/Qdt-CzGFDIB, http://www.playvid.com/watch/jCT5hLl4W45,
http://www.playvid.com/watch/I7JkvUPIqDI, http://www.playvid.com/watch/jMwT8Rdv7il, http://www.playvid.com/watch/yzFJwf6KZAO,
http://www.playvid.com/watch/CgwfREynpao, http://www.playvid.com/watch/x7pK5RKyXXa, http://www.playvid.com/watch/yPYrMJ6ZqQB,
http://www.playvid.com/watch/22uDQoNG3hG, http://www.playvid.com/watch/V5kQiqyHxFZ, http://www.playvid.com/watch/-JFmDR4cYH6,
http://www.playvid.com/watch/X-mwzJYudRn, http://www.playvid.com/watch/7K-htgulpam, http://www.playvid.com/watch/8oQsz3NN64Z,
http://www.playvid.com/watch/iBAPaBVBb0w, http://www.playvid.com/watch/hJUZ9RJtQEa, http://www.playvid.com/watch/Bng3dvpi7qG,
http://www.playvid.com/watch/iYj6d0x8Y8D, http://www.playvid.com/watch/Bk5NVAOvi2r, http://www.playvid.com/watch/v5RVoBleAte,
http://www.playvid.com/watch/d3HWPjrbkts, http://www.playvid.com/watch/gEdIeNNsjq0, http://www.playvid.com/watch/A3gxkmXH5S-,
http://www.playvid.com/watch/rsN2RAPRp7t, http://www.playvid.com/watch/xeso0jIL3bT, http://www.playvid.com/watch/BiTYhkIXsUG,
http://www.playvid.com/watch/myc3k7P6DGl, http://www.playvid.com/watch/j4DA2E4fwPR, http://www.playvid.com/watch/5KNhDUMpUR0,
http://www.playvid.com/watch/jcWwHFSWybU, http://www.playvid.com/watch/lb-PiIz9HhI, http://www.playvid.com/watch/v5tOpVUL0Cf,
http://www.playvid.com/watch/yiNBj2BH0m6, http://www.playvid.com/watch/dRXebumI7WW, http://www.playvid.com/watch/HPgDBH0pMJC,
http://www.playvid.com/watch/hRKdjuAZMgN, http://www.playvid.com/watch/EwhJyHydBOA, http://www.playvid.com/watch/9VnANJcuXx5,
http://www.playvid.com/watch/tSrnHXh3CPg, http://www.playvid.com/watch/tciH9m2ywFv, http://www.playvid.com/watch/bu2PRPG4mkS,
http://www.playvid.com/watch/Nfj4h27YwI0, http://www.playvid.com/watch/yQ9VEqom4Tm, http://www.playvid.com/watch/KLuXlpmizJz,
http://www.playvid.com/watch/DzhFl4hUUiE, http://www.playvid.com/watch/4N4pbfNMhrz, http://www.playvid.com/watch/k3vCGjEEZa-,
http://www.playvid.com/watch/XXKRRM5DroX, http://www.playvid.com/watch/JFPjTyak8q3, http://www.playvid.com/watch/svqKxca7dNP,
http://www.playvid.com/watch/4xa7kbLrhzh, http://www.playvid.com/watch/9kK6gtPKgIR, http://www.playvid.com/watch/MWhLr9j3lPr,
http://www.playvid.com/watch/hJL6LxQiNVF, http://www.playvid.com/watch/nY8vU0lFp67, http://www.playvid.com/watch/MPa0olwzjwL,
http://www.playvid.com/watch/FUMyywKrLmf, http://www.playvid.com/watch/ehoXPoRIg4J, http://www.playvid.com/watch/0lxXHgXVlRi,
http://www.playvid.com/watch/MnsGfowdD8w, http://www.playvid.com/watch/ywnq5vHzeB-, http://www.playvid.com/watch/E8j2O-Curhw,
http://www.playvid.com/watch/Q5nsMrQy3j2, http://www.playvid.com/watch/x8XrdgdtLSK, http://www.playvid.com/watch/bjCOwviycp3,
http://www.playvid.com/watch/oijP4loeiZd, http://www.playvid.com/watch/NvoLW7vyRu9, http://www.playvid.com/watch/CWksWmELWt8,
http://www.playvid.com/watch/TOeflIAcugn, http://www.playvid.com/watch/DkTTaj58NPJ, http://www.playvid.com/watch/RnnjzUPp4W-,
http://www.playvid.com/watch/tR9Iq4lyIVk, http://www.playvid.com/watch/DIJLuvtzOoN, http://www.playvid.com/watch/jnV0C4ZJ2DU,
http://www.playvid.com/watch/z8w-bPhlG4T, http://www.playvid.com/watch/UHrsHLuwI7Y, http://www.playvid.com/watch/UWrV5UIdF3Y,
http://www.playvid.com/watch/4tR8WCJg5yd, http://www.playvid.com/watch/azTdLx3Le8l, http://www.playvid.com/watch/mQD2wPpJfG5,
http://www.playvid.com/watch/CIuCdZuYXW7, http://www.playvid.com/watch/ZF8LazWJJRi, http://www.playvid.com/watch/K2PUlY-YUb9,
http://www.playvid.com/watch/jxCTXEraB6N, http://www.playvid.com/watch/Qk9psDzeAOd, http://www.playvid.com/watch/fQ-q83yANQ9,
http://www.playvid.com/watch/sFZgMWmvKCR, http://www.playvid.com/watch/x0P74UUG9zB, http://www.playvid.com/watch/SwNwPyfZlbi,
http://www.playvid.com/watch/5k2NeGvrTFQ, http://www.playvid.com/watch/tZLx-iLxjZh, http://www.playvid.com/watch/ma5VtDqdsGs,
http://www.playvid.com/watch/hqlmSswRTun, http://www.playvid.com/watch/kqVkQTgBfUI, http://www.playvid.com/watch/DFFoytdQMxs,
http://www.playvid.com/watch/vB8DZTDZAGp, http://www.playvid.com/watch/ynJQrSb7SuI, http://www.playvid.com/watch/PRRZYNqrOZw,
http://www.playvid.com/watch/KWCpgwcVOCZ, http://www.playvid.com/watch/tIbyQoyE0ai, http://www.playvid.com/watch/pC3Y06xq9Ky,
http://www.playvid.com/watch/uF6Rsrh9JDm, http://www.playvid.com/watch/Axw2rHVjNKn, http://www.playvid.com/watch/Jw8Gxjyl48p,
http://www.playvid.com/watch/Sr-Tg2p79O6, http://www.playvid.com/watch/ak4fjZ6AuwV, http://www.playvid.com/watch/nocHmAZZDQi,
http://www.playvid.com/watch/A-aFTRFuQLv, http://www.playvid.com/watch/omZSvMS9mGB, http://www.playvid.com/watch/3UF9mZzqEZj,
http://www.playvid.com/watch/uQwmf5mGY28, http://www.playvid.com/watch/B6hhstIAiPv, http://www.playvid.com/watch/XMgtg7E3Dbn,
http://www.playvid.com/watch/pA4zt-PoXG6, http://www.playvid.com/watch/vZAPnv8Sh8Q, http://www.playvid.com/watch/BXXA5X6kiYu,
http://www.playvid.com/watch/t75fKlEhd2G, http://www.playvid.com/watch/wCbUbLKyrsg, http://www.playvid.com/watch/vnPE0Pq2jrI,
http://www.playvid.com/watch/49hWLQrTruF, http://www.playvid.com/watch/hFIhgs8Lx7R, http://www.playvid.com/watch/sD7KF6AlhY8,
http://www.playvid.com/watch/7sLDVQdXqLD, http://www.playvid.com/watch/tJEqtWcjdvo, http://www.playvid.com/watch/Btbauk--I3D,
http://www.playvid.com/watch/nFRtaPPtee-, http://www.playvid.com/watch/8u7wGrbcMvV, http://www.playvid.com/watch/pLbKFZGPtxh,
http://www.playvid.com/watch/HaKJcJxcEAu, http://www.playvid.com/watch/z0Yao5M45RA, http://www.playvid.com/watch/KgNNXdtF9qF,
http://www.playvid.com/watch/ZHOfRw9R42d, http://www.playvid.com/watch/6b5ZLJWwTTd, http://www.playvid.com/watch/4J0mTcEGIk-,
http://www.playvid.com/watch/lCYJJ9I64YY, http://www.playvid.com/watch/Sx-7bhuHosK, http://www.playvid.com/watch/gTNJT7KFXWH,
http://www.playvid.com/watch/z6rfahD2kYm, http://www.playvid.com/watch/uZ-tKNTW3hl, http://www.playvid.com/watch/EQg8O8tuTXA,
http://www.playvid.com/watch/Q7b-bAVYgoI, http://www.playvid.com/watch/e2o8Ii4WcHY, http://www.playvid.com/watch/sqlSYuOecV8,
http://www.playvid.com/watch/uPYaxDNsBAF, http://www.playvid.com/watch/YBcWhVa8gP0, http://www.playvid.com/watch/7CL4ScxZhbm,
http://www.playvid.com/watch/A5nkvqPHGYz, http://www.playvid.com/watch/GgjQVzqRtBp, http://www.playvid.com/watch/rhF-H7eZkCm,
http://www.playvid.com/watch/IZ9gnjuuerE, http://www.playvid.com/watch/FuzoTvVVOAw, http://www.playvid.com/watch/kkrcXmkje3z,
http://www.playvid.com/watch/ptpOkME0ntG, http://www.playvid.com/watch/N6rEVjIdudY, http://www.playvid.com/watch/S2RJtppTfHX,
http://www.playvid.com/watch/z5zj5cuShqe, http://www.playvid.com/watch/qy2UZ2jJcWx, http://www.playvid.com/watch/pRCzaWtkOvX,
http://www.playvid.com/watch/QpCpksiCKYC, http://www.playvid.com/watch/sBa4lJV6BbX, http://www.playvid.com/watch/DH8wWpzIc88,
http://www.playvid.com/watch/s9vUnsRTNOp, http://www.playvid.com/watch/jrFz5wu-hDC, http://www.playvid.com/watch/kuO57ZvhRkI,

http://www.playvid.com/watch/9CH225zBMzU, http://www.playvid.com/watch/qeDJp6kHbHr, http://www.playvid.com/watch/eFqEwGlZTQA,
http://www.playvid.com/watch/6kV4LB4zTkv, http://www.playvid.com/watch/suLEcY5RxGE, http://www.playvid.com/watch/H8CfOEP73Ok,
http://www.playvid.com/watch/vvBJc4xTuro, http://www.playvid.com/watch/vHi9Yo8nVOz, http://www.playvid.com/watch/Flhdd0Fupxe,
http://www.playvid.com/watch/E2gaiJHfbMU, http://www.playvid.com/watch/Lr56MDcxfSf, http://www.playvid.com/watch/pplrAoAWfPt,
http://www.playvid.com/watch/jLbWNACKCCM, http://www.playvid.com/watch/2wcMYW8FQC-, http://www.playvid.com/watch/ITudtQNFTKr,
http://www.playvid.com/watch/oDpOeDnGPV-, http://www.playvid.com/watch/0FQGUmAkKGK, http://www.playvid.com/watch/d8FRjd7D45S,
http://www.playvid.com/watch/hDkvjnp7kRh, http://www.playvid.com/watch/PiKk0oJdRqu, http://www.playvid.com/watch/FfqVzMcuatw,
http://www.playvid.com/watch/ivm0FcsrlsO, http://www.playvid.com/watch/dJPGcgUvJKB, http://www.playvid.com/watch/NuBWe5rulDx,
http://www.playvid.com/watch/6ylJU2syPUB, http://www.playvid.com/watch/BYrP4lk4yam, http://www.playvid.com/watch/44VwPhfrK59,
http://www.playvid.com/watch/yzmFObSqEnE, http://www.playvid.com/watch/o2HNNvkWTtf, http://www.playvid.com/watch/8PjL8x3sn6C,
http://www.playvid.com/watch/HBYvdYJUg-U, http://www.playvid.com/watch/PPLz7fvqT8-, http://www.playvid.com/watch/2ePByu-VXlR,
http://www.playvid.com/watch/dnXn4Bgiejd, http://www.playvid.com/watch/Ujz3KNf4PHm, http://www.playvid.com/watch/ci95AwXFGLu,
http://www.playvid.com/watch/GI6pLZgFZv8, http://www.playvid.com/watch/dzSGtAZAw55, http://www.playvid.com/watch/KwDcp-6ODp3,
http://www.playvid.com/watch/Iwa0ruqtubP, http://www.playvid.com/watch/l3cQ53O-fyA, http://www.playvid.com/watch/4jyurnb2b3R,
http://www.playvid.com/watch/XDRRvz0HfxQ, http://www.playvid.com/watch/bGH2zHTa-I4, http://www.playvid.com/watch/Qx5JzzsMGnS,
http://www.playvid.com/watch/SLodV38K5Qi, http://www.playvid.com/watch/jBnWp3MNDpH, http://www.playvid.com/watch/lF5GOrQjROo,
http://www.playvid.com/watch/gQnaazo4i3G, http://www.playvid.com/watch/4PYo2doQLzj, http://www.playvid.com/watch/0JTugdKubl-,
http://www.playvid.com/watch/GmbUmbjB5st, http://www.playvid.com/watch/CC5mzTVMGMq, http://www.playvid.com/watch/LUOVChIGs5p,
http://www.playvid.com/watch/Od7hZCv8uny, http://www.playvid.com/watch/v0t9LjPGDgR, http://www.playvid.com/watch/voRJr4CFEHO,
http://www.playvid.com/watch/U6zCmiiIctr, http://www.playvid.com/watch/AxgK35POapu, http://www.playvid.com/watch/OhZIweK6s6s,
http://www.playvid.com/watch/SzPzneBpMa3, http://www.playvid.com/watch/pCSEsJdXtDb, http://www.playvid.com/watch/x0zcFchnETU,
http://www.playvid.com/watch/6w6tgR-nMYC, http://www.playvid.com/watch/JJn8hh5rV2b, http://www.playvid.com/watch/PwgegpS-w7M,
http://www.playvid.com/watch/npcW-3EeHLv, http://www.playvid.com/watch/0JHjifkNTet, http://www.playvid.com/watch/5vv7fwj3QxF,
http://www.playvid.com/watch/qp2n4YsUDZU, http://www.playvid.com/watch/mrSWIb9KIzW, http://www.playvid.com/watch/0rdwidBPhkZ,
http://www.playvid.com/watch/ZoKl7tGBRkI, http://www.playvid.com/watch/XmO9YvTUVHS, http://www.playvid.com/watch/TfugrskbXiD,
http://www.playvid.com/watch/j8SdL-MNPUb, http://www.playvid.com/watch/Nw2SDN56GQJ, http://www.playvid.com/watch/evQC8tBejjj,
http://www.playvid.com/watch/NK7zUv4UyAD, http://www.playvid.com/watch/ZDJE3vewjH6, http://www.playvid.com/watch/0CxCjEe0zOH,
http://www.playvid.com/watch/l2D4oJpTr3n, http://www.playvid.com/watch/crLZnhuxvnj, http://www.playvid.com/watch/wrf-e00m3tJ,
http://www.playvid.com/watch/beyxU4txf4x, http://www.playvid.com/watch/q07wsMTz2Ch, http://www.playvid.com/watch/-YCrmcRBDwg,
http://www.playvid.com/watch/zF6tzoXYrEX, http://www.playvid.com/watch/iKaytdMm-A5, http://www.playvid.com/watch/LI-tUqkENs3,
http://www.playvid.com/watch/ehPAZaf9dMx, http://www.playvid.com/watch/iDkwX2gDIlH, http://www.playvid.com/watch/CdqHo-5yS7Q,
http://www.playvid.com/watch/yfnwfRvMpTm, http://www.playvid.com/watch/Nc4CIubiJ3-, http://www.playvid.com/watch/JPaNcHi9GHx,
http://www.playvid.com/watch/b6B3ytirRWq, http://www.playvid.com/watch/037ORupvtfm, http://www.playvid.com/watch/oQi3IXqN9gm,
http://www.playvid.com/watch/TWL-wn3BMDv, http://www.playvid.com/watch/MIXrVb2pYjJ, http://www.playvid.com/watch/UE6RyOMbJQU,
http://www.playvid.com/watch/BLCBrHjL-0N, http://www.playvid.com/watch/z2tRZG4GtAm, http://www.playvid.com/watch/0HCJI-Uhe4C,
http://www.playvid.com/watch/HkfR53TlyMC, http://www.playvid.com/watch/GfiD4PDbJAk, http://www.playvid.com/watch/-eUlYqDSByn,
http://www.playvid.com/watch/AUr7yTcJy6n, http://www.playvid.com/watch/aGS5ja-xRCw, http://www.playvid.com/watch/vc0rkIdN8ec,
http://www.playvid.com/watch/uqg2GoYNpvu, http://www.playvid.com/watch/WAJDy2zJlMl, http://www.playvid.com/watch/Lnvwt32v33k,
http://www.playvid.com/watch/UGwgcZVF349, http://www.playvid.com/watch/XUoXLKUsryE, http://www.playvid.com/watch/AP4iwma5H6X,
http://www.playvid.com/watch/ldU7ZETXkD3, http://www.playvid.com/watch/ubzdAYc-wS0, http://www.playvid.com/watch/duOS9WLl4wf,
http://www.playvid.com/watch/Hhx5GkbtYY7, http://www.playvid.com/watch/4RTsO4K6oI8, http://www.playvid.com/watch/Kna5VWC-YhY,
http://www.playvid.com/watch/yIyEv8msqGp, http://www.playvid.com/watch/JMJcgONR8Jj, http://www.playvid.com/watch/IUTLKEqVelL,
http://www.playvid.com/watch/RGZ7gabPn5B, http://www.playvid.com/watch/-vkCdhtcYld, http://www.playvid.com/watch/uutUdzrZ6J8,
http://www.playvid.com/watch/-39Q3UhfsNc, http://www.playvid.com/watch/VIi2U0isWNN, http://www.playvid.com/watch/JEj6MGqqfe0,
http://www.playvid.com/watch/V4D33TWKsVu, http://www.playvid.com/watch/W9EDhw064S9, http://www.playvid.com/watch/c8dDYJdZolm,
http://www.playvid.com/watch/tkBNIt-ufmJ, http://www.playvid.com/watch/qNXjyiiqEyt, http://www.playvid.com/watch/DMmbWiQEXO3,
http://www.playvid.com/watch/VD8WTToy67h, http://www.playvid.com/watch/6XtP-DGEdUn, http://www.playvid.com/watch/Iz4Tc6ubOqD,
http://www.playvid.com/watch/m4fdEOPYeyb, http://www.playvid.com/watch/2foNOnuJxYW, http://www.playvid.com/watch/gbW2OVxOs42,
http://www.playvid.com/watch/qmwkYxmLyrL, http://www.playvid.com/watch/HApWJQmBz0U, http://www.playvid.com/watch/y2o2hqhmW4J,
http://www.playvid.com/watch/FdHHZ5JymzT, http://www.playvid.com/watch/j9SXHuX9YQF, http://www.playvid.com/watch/xyQcIBLuybI,
http://www.playvid.com/watch/hcUhcvtoMqD, http://www.playvid.com/watch/kyIPmTSaQco, http://www.playvid.com/watch/YioB-5qiemR,
http://www.playvid.com/watch/WoX8cL7yAlF, http://www.playvid.com/watch/yMT2rN0VIdI, http://www.playvid.com/watch/6DsM4psyWKD,
http://www.playvid.com/watch/27lEbBfinuP, http://www.playvid.com/watch/7LZEs5-UQe3, http://www.playvid.com/watch/XvRtf7hhLZB,
http://www.playvid.com/watch/5pIQU6IrSwO, http://www.playvid.com/watch/8MbF7n7LvDJ, http://www.playvid.com/watch/-YRt49IwJMA,
http://www.playvid.com/watch/WU0aY4EvCpN, http://www.playvid.com/watch/Ayz3KdVWdwg, http://www.playvid.com/watch/kuHrm-9JnDq,
http://www.playvid.com/watch/VQc70j5m4W7, http://www.playvid.com/watch/YosovT0tFiO, http://www.playvid.com/watch/0O7ohT2FYQC,
http://www.playvid.com/watch/JzG0qXO6AdU, http://www.playvid.com/watch/-sIA2-jEWfu, http://www.playvid.com/watch/Xk8gt3S7JoY,
http://www.playvid.com/watch/Mc2VJKQBMVm, http://www.playvid.com/watch/gM4FkBLrSp2, http://www.playvid.com/watch/sBwb7UPimLf,
http://www.playvid.com/watch/mhPPNunUC4Y, http://www.playvid.com/watch/Q-NUigS93gK, http://www.playvid.com/watch/qux4zG-Fywg,
http://www.playvid.com/watch/-kMMVO8TjpO, http://www.playvid.com/watch/X-rjLkRK-A6, http://www.playvid.com/watch/2OkhZFpS3O0,
http://www.playvid.com/watch/liwHhUQ6EeG, http://www.playvid.com/watch/4PXtMDePloj, http://www.playvid.com/watch/uEw5DaEsvmO,
http://www.playvid.com/watch/qFq3t3EenGi, http://www.playvid.com/watch/7dQyDKyZ7oO, http://www.playvid.com/watch/0BXBLFA4GyT,
http://www.playvid.com/watch/lNwWpUspCSP, http://www.playvid.com/watch/GrZ3RZ94Ddg, http://www.playvid.com/watch/mXlreiGmZ8G,
http://www.playvid.com/watch/wsm4zT20G-R, http://www.playvid.com/watch/vQduAhZgx08, http://www.playvid.com/watch/6vZDtE9FZUx,
http://www.playvid.com/watch/IvMEtpl3Hwp, http://www.playvid.com/watch/JBPSEgP2TRF, http://www.playvid.com/watch/HxjDaDImbVO,
http://www.playvid.com/watch/ax0VQzhqQEQ, http://www.playvid.com/watch/YirWKEotwkj, http://www.playvid.com/watch/Eg3PrdZfR0C,
http://www.playvid.com/watch/NbqGEHodzx4, http://www.playvid.com/watch/fs5eHv5aUlW, http://www.playvid.com/watch/h7RoZ8dZBB3,
http://www.playvid.com/watch/RGrucnuFeWr, http://www.playvid.com/watch/DB6UWeYu0J8, http://www.playvid.com/watch/LQsguGjs6rh,
http://www.playvid.com/watch/qsSs08qI40H, http://www.playvid.com/watch/yDJJ9TfCMq0, http://www.playvid.com/watch/uXLAS3PcsOd,
http://www.playvid.com/watch/NUMzxebOVbh, http://www.playvid.com/watch/-Vx8wCiCI3q, http://www.playvid.com/watch/xHmNWvlQB3W,
http://www.playvid.com/watch/XQU5UYYlWuR, http://www.playvid.com/watch/JEnq8aBicFa, http://www.playvid.com/watch/WTzRfapmago,
http://www.playvid.com/watch/J38BVZ8-30R, http://www.playvid.com/watch/zZFh6r4NGWQ, http://www.playvid.com/watch/N7ASkV9kkkz,
http://www.playvid.com/watch/i9fsY2aaZOX, http://www.playvid.com/watch/YkXbvCLio7K, http://www.playvid.com/watch/Q27uUK8mYB8,
http://www.playvid.com/watch/ctjkdCOJ2nV, http://www.playvid.com/watch/VcWkJlehRtV, http://www.playvid.com/watch/EV6DjY4tq6n,
http://www.playvid.com/watch/P8PlkBwXZ25, http://www.playvid.com/watch/DYe4HiUfkdD, http://www.playvid.com/watch/NoNlP7L7T8p,
http://www.playvid.com/watch/JTxKQTGV3yK, http://www.playvid.com/watch/MZtDeotDErk, http://www.playvid.com/watch/jnG32l-3clj,
http://www.playvid.com/watch/EsxAy-NixTr, http://www.playvid.com/watch/TejBFxZggK2, http://www.playvid.com/watch/eJrilMqxPGb,
http://www.playvid.com/watch/neatVEUvzPw, http://www.playvid.com/watch/jLbz9beQv4s, http://www.playvid.com/watch/TxCZIAON5Lt,
http://www.playvid.com/watch/kcjMdkXb5MP, http://www.playvid.com/watch/Qz7EELXT-bt, http://www.playvid.com/watch/WUqkZzdJRxP,
http://www.playvid.com/watch/O7DucAKKaI4, http://www.playvid.com/watch/Sio0TsxRm9o, http://www.playvid.com/watch/dvRaKYMnNAe,
http://www.playvid.com/watch/nVPPDVBcrbG, http://www.playvid.com/watch/s0-d8a4Y3cp, http://www.playvid.com/watch/w76do2wqDbS,
http://www.playvid.com/watch/BFxAcS06qdn, http://www.playvid.com/watch/qCvyBAI-FiV, http://www.playvid.com/watch/I9MVOt3QCyh,
http://www.playvid.com/watch/fNpV75t-AlK, http://www.playvid.com/watch/fCXIEItBK9i, http://www.playvid.com/watch/SAbGH0UmB98,
http://www.playvid.com/watch/l4MdHEdTwBi, http://www.playvid.com/watch/F2xeEXF8ZTO, http://www.playvid.com/watch/WOmsfIWQyQ8,
http://www.playvid.com/watch/iNie6l8KSmh, http://www.playvid.com/watch/9Lqpo-VDCYJ, http://www.playvid.com/watch/mlGMmQW5A2f,
http://www.playvid.com/watch/EXsmIvvSJHu, http://www.playvid.com/watch/CfWdp8kgW5R, http://www.playvid.com/watch/hVaW4HPnJnx,
http://www.playvid.com/watch/KysojJauxnA, http://www.playvid.com/watch/hO0lbgho0WH, http://www.playvid.com/watch/6WauZf6-mhu,
http://www.playvid.com/watch/caRqENtmtMT, http://www.playvid.com/watch/gpRI2Qtk0dx, http://www.playvid.com/watch/4A4t82qDCcl,
http://www.playvid.com/watch/FlNSR540SVx, http://www.playvid.com/watch/iF0ffjoomTf, http://www.playvid.com/watch/PQbEorcjhxp,
http://www.playvid.com/watch/n79ehjJu67c, http://www.playvid.com/watch/kFUIajSNN-k, http://www.playvid.com/watch/Tnu3cj-YLfM,
http://www.playvid.com/watch/a2HW5s2kBS7, http://www.playvid.com/watch/qFM4AgytGHt, http://www.playvid.com/watch/VUQpJytm226,
http://www.playvid.com/watch/TTc2qm5pjN-, http://www.playvid.com/watch/eHOKYM3F03Q, http://www.playvid.com/watch/NoINy5y4Qc7,
http://www.playvid.com/watch/tFD2UdAJelo, http://www.playvid.com/watch/ghAc8XPUcGx, http://www.playvid.com/watch/WsKb65qeM-u,
http://www.playvid.com/watch/mjpPp74pyWe, http://www.playvid.com/watch/TlEYC8oVS3o, http://www.playvid.com/watch/FZI0ksT23FX,
http://www.playvid.com/watch/ut6mTXhvnIH, http://www.playvid.com/watch/ZjtRTxTz6N8, http://www.playvid.com/watch/PrBbMNtdSy6,
http://www.playvid.com/watch/hhJA8CarpnQ, http://www.playvid.com/watch/fU2sQDO9SnE, http://www.playvid.com/watch/7iHjizQQtwx,

http://www.playvid.com/watch/ZgOg-BaNAYL, http://www.playvid.com/watch/kpGeOvi05Dw, http://www.playvid.com/watch/tmhxlFyypGm,
http://www.playvid.com/watch/V9pO-CZgH7O, http://www.playvid.com/watch/UkDraaNeGUW, http://www.playvid.com/watch/pgOsYnyUKMx,
http://www.playvid.com/watch/VsYGgvIPorR, http://www.playvid.com/watch/TxWThwAcM-d, http://www.playvid.com/watch/7E8dhPYVmR3,
http://www.playvid.com/watch/v0kmoeAt5Bs, http://www.playvid.com/watch/pkMYCc6r2zV, http://www.playvid.com/watch/NOIBjTgZ9Xb,
http://www.playvid.com/watch/STAPmK7fkfL, http://www.playvid.com/watch/NzNjMX9hRE2, http://www.playvid.com/watch/FVxdFYRqiIV,
http://www.playvid.com/watch/9XoKAAUkZwS, http://www.playvid.com/watch/JTawz4uX-P6, http://www.playvid.com/watch/Hv6UR-CqMzs
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: i_want_fuck
5.b. Uploader's email address: aadamsmeet@hormail.com
5.d. Uploader's profile: http://www.playvid.com/member/i_want_fuck
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VHrEAiZIztS, http://www.playvid.com/watch/x8dkBZp3ajI,
http://www.playvid.com/watch/iwmPsqtO57X, http://www.playvid.com/watch/wLiZcyOezYp, http://www.playvid.com/watch/Kyrv-WM7XaD,
http://www.playvid.com/watch/r9p2h25YW30, http://www.playvid.com/watch/qmFfAIH4JoY, http://www.playvid.com/watch/dggoPE4NTkD,
http://www.playvid.com/watch/57UKcOKpwt5, http://www.playvid.com/watch/AgzMfTmOBOh, http://www.playvid.com/watch/dOwnmgXyF4d,
http://www.playvid.com/watch/dN0OymyYK7T, http://www.playvid.com/watch/3JYahDyv3Ik, http://www.playvid.com/watch/x3G6Lx7z9-m,
http://www.playvid.com/watch/jZ4G-shGzIQ, http://www.playvid.com/watch/ZMetGf-I5ge, http://www.playvid.com/watch/VUrCdHR3H3s,
http://www.playvid.com/watch/BQhtWESbWIH, http://www.playvid.com/watch/-x8oD6gaZ9s, http://www.playvid.com/watch/At5BPlquBJU,
http://www.playvid.com/watch/CpQamqAtLLX, http://www.playvid.com/watch/v0AG8ka-Scm, http://www.playvid.com/watch/n6BFB4gFiLw,
http://www.playvid.com/watch/hq6ituvWftL, http://www.playvid.com/watch/pbDDkbAixwK, http://www.playvid.com/watch/3xaoDEKZq4b,
http://www.playvid.com/watch/8du5pFrXqeD, http://www.playvid.com/watch/NLI5E27tj4V, http://www.playvid.com/watch/h3ZfWvJSkmj,
http://www.playvid.com/watch/S7iXp4EPZtu, http://www.playvid.com/watch/wWawvZ5xtPV, http://www.playvid.com/watch/0Fk-b2V9vec,
http://www.playvid.com/watch/-iqLrtOPp5E, http://www.playvid.com/watch/ZCWOqS-D8dU, http://www.playvid.com/watch/d22upqfQZ0K,
http://www.playvid.com/watch/rdGLiFvAdFv, http://www.playvid.com/watch/PUUB0xVGX82, http://www.playvid.com/watch/Hf-bpsjpYO8,
http://www.playvid.com/watch/qnThZlDA73v, http://www.playvid.com/watch/Gr6mj6WUA8L, http://www.playvid.com/watch/kajpuz-d0dx,
http://www.playvid.com/watch/qFd9QH6hUJ4, http://www.playvid.com/watch/CHFh5gEJul2, http://www.playvid.com/watch/svnVeZD07rb,
http://www.playvid.com/watch/bSl6jemN-q6, http://www.playvid.com/watch/inIGjGEGLmy, http://www.playvid.com/watch/TaMecLuSwqq,
http://www.playvid.com/watch/4WwcMyzTAKm, http://www.playvid.com/watch/Xs2EHNhn5TV, http://www.playvid.com/watch/sMIObwr-7Ic,
http://www.playvid.com/watch/nphzeCscWcL, http://www.playvid.com/watch/DXH0q98n7-h, http://www.playvid.com/watch/lspbdns5JW-,
http://www.playvid.com/watch/AW6mnUF5Wev, http://www.playvid.com/watch/MwXueDZoJs8, http://www.playvid.com/watch/gpLZnnmczlC,
http://www.playvid.com/watch/0k5F-dD4Pw2, http://www.playvid.com/watch/2Tn-2VRAmB0, http://www.playvid.com/watch/Sy7jmBM2azG,
http://www.playvid.com/watch/2Kjkc-d0aYq, http://www.playvid.com/watch/W3po0eLXkKi, http://www.playvid.com/watch/ox0PzHHxHK3,
http://www.playvid.com/watch/4gYTjWynJle, http://www.playvid.com/watch/WmUdyvWEham, http://www.playvid.com/watch/mSXQ3WuPiFi,
http://www.playvid.com/watch/aVnJFsCdXUY, http://www.playvid.com/watch/Die3UXcn6qo, http://www.playvid.com/watch/pokv8tBjCMA,
http://www.playvid.com/watch/r8q-dnAGo-R, http://www.playvid.com/watch/UTmSUh3dGcg, http://www.playvid.com/watch/g9sCZny2Sqx,
http://www.playvid.com/watch/TKQPm85NBN-, http://www.playvid.com/watch/Td-drwTfcgJ, http://www.playvid.com/watch/oFK0xd3Tz0o,
http://www.playvid.com/watch/0W9CYFy4PNk, http://www.playvid.com/watch/zvCfMNM2f3D, http://www.playvid.com/watch/CGX2TrD-i83,
http://www.playvid.com/watch/-KPu3Ne8z9W, http://www.playvid.com/watch/etcbarbg8qe, http://www.playvid.com/watch/XtGZccmJLUu,
http://www.playvid.com/watch/pnRY-zWULLe, http://www.playvid.com/watch/H9bW9RsidAH, http://www.playvid.com/watch/6lst0kPCNnx,
http://www.playvid.com/watch/okQSsSSm9SN, http://www.playvid.com/watch/kSeydeVz-Yf, http://www.playvid.com/watch/mIC8cPVdaSI,
http://www.playvid.com/watch/vPZDFpXrNPD, http://www.playvid.com/watch/GWb-NtrcT-5, http://www.playvid.com/watch/gbjvpzQWVMb,
http://www.playvid.com/watch/bQhJrjRDXLj, http://www.playvid.com/watch/hIjLfc9bkc7, http://www.playvid.com/watch/ZBPovGtsdcA,
http://www.playvid.com/watch/qF5ecyUqDgX, http://www.playvid.com/watch/uNllMXu3rdH, http://www.playvid.com/watch/2kRx-hvyOFV,
http://www.playvid.com/watch/aXfNca6feEb, http://www.playvid.com/watch/S02hlBrglYr, http://www.playvid.com/watch/23BD2QhQpO8,
http://www.playvid.com/watch/mXFOvuH0-zC, http://www.playvid.com/watch/u7-vNtTezt4, http://www.playvid.com/watch/icXCoBYDSHk,
http://www.playvid.com/watch/wIAuFrzJiRM, http://www.playvid.com/watch/Xb7CVwOKpA6, http://www.playvid.com/watch/23fvwXANR7Q,
http://www.playvid.com/watch/aw5TzImmPBv, http://www.playvid.com/watch/MkWGb53kymq, http://www.playvid.com/watch/AbVilbHiFat,
http://www.playvid.com/watch/oyhSXwzvYGe, http://www.playvid.com/watch/AQN9DRDiJcR, http://www.playvid.com/watch/6bJoHSjfuRD,
http://www.playvid.com/watch/m3CRPmYxl6Y, http://www.playvid.com/watch/GwKPrv2bFJs, http://www.playvid.com/watch/iwJQR-WVSpy,
http://www.playvid.com/watch/qvEcZOnSFHg, http://www.playvid.com/watch/63ZXPgON04e, http://www.playvid.com/watch/isJjzirNc2n,
http://www.playvid.com/watch/wBFcPC3BFOK, http://www.playvid.com/watch/QQrcnOxDPxn, http://www.playvid.com/watch/uP89XgmdJ25,
http://www.playvid.com/watch/JAOTPVuw8Gv, http://www.playvid.com/watch/3ElCO9k2vCJ, http://www.playvid.com/watch/SHzhzz5ac8X,
http://www.playvid.com/watch/Bh3Gl7Bz5Gk, http://www.playvid.com/watch/0vjP7reopCO, http://www.playvid.com/watch/pXovBK-Ku-j,
http://www.playvid.com/watch/kFQzOsRy7fr, http://www.playvid.com/watch/0hI0MJntRP4, http://www.playvid.com/watch/2SssjZn-fhN,
http://www.playvid.com/watch/zH25YCRCpvP, http://www.playvid.com/watch/cCi09T2iGck, http://www.playvid.com/watch/E88upOKDaW2,
http://www.playvid.com/watch/MDLSSgy4dzL, http://www.playvid.com/watch/dZgYG9iZVKN, http://www.playvid.com/watch/EqvdJkMZa55,
http://www.playvid.com/watch/aN-QFU3joN5, http://www.playvid.com/watch/LnA5ILq9fVS, http://www.playvid.com/watch/rAFYUCfly2q,
http://www.playvid.com/watch/4FpscYKskdS, http://www.playvid.com/watch/VKLPCHYgZNq, http://www.playvid.com/watch/II4rGBvs3Fu,
http://www.playvid.com/watch/sQJIYqXDMDN, http://www.playvid.com/watch/UpGUBfpoNrh, http://www.playvid.com/watch/4uSrqbutmtp,
http://www.playvid.com/watch/JPVAQW-oMWQ, http://www.playvid.com/watch/ADBwr8VgbKY, http://www.playvid.com/watch/Tkcmb4J0Z7B,
http://www.playvid.com/watch/HFLCfEBlkUc, http://www.playvid.com/watch/UhEtzYehQI4, http://www.playvid.com/watch/qKYIs8aPlJ0,
http://www.playvid.com/watch/7-Yt6gtE8z3, http://www.playvid.com/watch/q-KQRxkla2c, http://www.playvid.com/watch/UDN-MuV49Sw,
http://www.playvid.com/watch/bT2gm6NBGT7, http://www.playvid.com/watch/MCT-3CP6dtF, http://www.playvid.com/watch/MdRJQ2YQ0Db,
http://www.playvid.com/watch/jy39is76FQo, http://www.playvid.com/watch/08QSGCrK90w, http://www.playvid.com/watch/puT-x80oZxJ,
http://www.playvid.com/watch/tNHdrHY4jiL, http://www.playvid.com/watch/zLvGN6p7GNa, http://www.playvid.com/watch/7Cd2cvA2UzX,
http://www.playvid.com/watch/cKoWyqzmerj, http://www.playvid.com/watch/McgVRMsStMY, http://www.playvid.com/watch/BTNuOHkI5JE,
http://www.playvid.com/watch/jvWHgGDWToD, http://www.playvid.com/watch/Mm6pgp4NW93, http://www.playvid.com/watch/ezOEOOQ8jkx,
http://www.playvid.com/watch/Bsjij8WDaRA, http://www.playvid.com/watch/C2uhtBNQAEL, http://www.playvid.com/watch/-syAYRSnCcc,
http://www.playvid.com/watch/5kDxim5KvAj, http://www.playvid.com/watch/XVaLuxbKSCT, http://www.playvid.com/watch/OgTSirVVDM8,
http://www.playvid.com/watch/Cayfbm2JCrg, http://www.playvid.com/watch/DUxcyyMlq--, http://www.playvid.com/watch/HX0NnOR69OP,
http://www.playvid.com/watch/HLpemdhPVyR, http://www.playvid.com/watch/fLvP5C5EN5N, http://www.playvid.com/watch/Fa8CGyuTa3I,
http://www.playvid.com/watch/ErPyiMnaldN, http://www.playvid.com/watch/qtDa7up8y3Q, http://www.playvid.com/watch/iBeA7BeVV7s,
http://www.playvid.com/watch/XArobidloKV, http://www.playvid.com/watch/BrHTvdVGNqt, http://www.playvid.com/watch/pRpZd2erWrw,
http://www.playvid.com/watch/fFfXc2AEExl, http://www.playvid.com/watch/JyXHJqvMQqs, http://www.playvid.com/watch/rrtjPf9E24S,
http://www.playvid.com/watch/b4j2MT0ixXk, http://www.playvid.com/watch/ZuCZ9V6qV-D, http://www.playvid.com/watch/Fbha9mUuwnL,
http://www.playvid.com/watch/W2LxI5MIKUl, http://www.playvid.com/watch/3vMckiK4tcB, http://www.playvid.com/watch/fFa4ZGWLyvA,
http://www.playvid.com/watch/4eDvGfSpPeq, http://www.playvid.com/watch/NoX0Q0JW5ze, http://www.playvid.com/watch/bBEPEIbPFQJ,
http://www.playvid.com/watch/iVCgiWUmB4j, http://www.playvid.com/watch/a7hiPH9o0JS, http://www.playvid.com/watch/2TwWShlds7z,
http://www.playvid.com/watch/e7C8bG-02NN, http://www.playvid.com/watch/BjmcTD5cFEJ, http://www.playvid.com/watch/N-HIkITquPO,
http://www.playvid.com/watch/u6FxWTHr99Q, http://www.playvid.com/watch/dYWY-E5VZLo, http://www.playvid.com/watch/yCNcQ6suwEi,
http://www.playvid.com/watch/9PPQQMrH5i3, http://www.playvid.com/watch/43emBeovnW8, http://www.playvid.com/watch/w4annWw6-vN,
http://www.playvid.com/watch/ssUBbinRm3B, http://www.playvid.com/watch/3cccyZh0RTA, http://www.playvid.com/watch/iHmeapSKNrY,
http://www.playvid.com/watch/X087J9J3BWD, http://www.playvid.com/watch/CPCxUkrq3ff, http://www.playvid.com/watch/Smxmk4jFjhJ,
http://www.playvid.com/watch/OJJUSIIUlZ0, http://www.playvid.com/watch/Yjn7OHJ90eA, http://www.playvid.com/watch/big9wLYf04b,
http://www.playvid.com/watch/SwwzTUPttd0, http://www.playvid.com/watch/DTekstKHqc6, http://www.playvid.com/watch/js7fKZJzpV4,
http://www.playvid.com/watch/fmvMvAMtqFz, http://www.playvid.com/watch/3OQXzMuVx7F, http://www.playvid.com/watch/dWQzAjijgy5,
http://www.playvid.com/watch/xAZxGgW75Gm, http://www.playvid.com/watch/AoJ7WeBKszS, http://www.playvid.com/watch/UcFJ-Uw7lze,
http://www.playvid.com/watch/O3-JPGOtjDM, http://www.playvid.com/watch/cHU5OLoU7wq, http://www.playvid.com/watch/CrWP8LFH5j5,
http://www.playvid.com/watch/gkuucOFqTEH, http://www.playvid.com/watch/ry6lIMdT7Bw, http://www.playvid.com/watch/eV6abaWK3ns,
http://www.playvid.com/watch/BzX-oADkU4a, http://www.playvid.com/watch/PTrTzF05vPJ, http://www.playvid.com/watch/JYu8iufeua-,
http://www.playvid.com/watch/eQ6N6qOKLyc, http://www.playvid.com/watch/8dPmmnBtM4n, http://www.playvid.com/watch/uLCNlG6eQBf,
http://www.playvid.com/watch/SSJUGyXXUxW, http://www.playvid.com/watch/eNWMnC69Tcz, http://www.playvid.com/watch/POsDnjkIM4Q,
http://www.playvid.com/watch/V2EB5iLQUOu, http://www.playvid.com/watch/m7hH6uIzYOA, http://www.playvid.com/watch/zcYn6dlqVsD,
http://www.playvid.com/watch/qpdEo5VBKKn, http://www.playvid.com/watch/kbRktjNzxF7, http://www.playvid.com/watch/6H-uI40-bUA,
http://www.playvid.com/watch/a7ooLkPPtzC, http://www.playvid.com/watch/FGUUtmVQhSO, http://www.playvid.com/watch/kO7L04UWoWt,

http://www.playvid.com/watch/y6IMBJoI5p0, http://www.playvid.com/watch/0ARvBUcqcH9, http://www.playvid.com/watch/Wwf3H2c8e4J,
http://www.playvid.com/watch/64sDvjOKhLD, http://www.playvid.com/watch/VXTSPr68KXE, http://www.playvid.com/watch/ujrN8fbw2MX,
http://www.playvid.com/watch/8IHc-iqxRQD, http://www.playvid.com/watch/t9A2VobWDmz, http://www.playvid.com/watch/IO4Pjeu97WN,
http://www.playvid.com/watch/aLWAAbrVAmM, http://www.playvid.com/watch/9qrmXLmgS7m, http://www.playvid.com/watch/oYWOLepT4Vp,
http://www.playvid.com/watch/-bRkEd3-3kv, http://www.playvid.com/watch/M8dW-bRJKGE, http://www.playvid.com/watch/X7WY5cvRDSL,
http://www.playvid.com/watch/THvcec9to8X, http://www.playvid.com/watch/Ibou850TE2t, http://www.playvid.com/watch/EcqDc-aYq3p,
http://www.playvid.com/watch/BMZDPXLFKjz, http://www.playvid.com/watch/VvWgYqPoTso
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: janklotvan
5.b. Uploader's email address: jussinoissy@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/janklotvan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SfJmENryAEm, http://www.playvid.com/watch/Lf9xBqJ-hdD,
http://www.playvid.com/watch/xFMcIRTNWQJ, http://www.playvid.com/watch/i-EmOhZ0Rwm, http://www.playvid.com/watch/dnSG5Gj-vNR,
http://www.playvid.com/watch/hfzvvetx85a, http://www.playvid.com/watch/d8n23lzG45z, http://www.playvid.com/watch/A46blCTlG-j,
http://www.playvid.com/watch/mLmmd6kxGvR, http://www.playvid.com/watch/UFFCGvYrUkb, http://www.playvid.com/watch/miOg9TX6toq,
http://www.playvid.com/watch/5KQBBIRwHgl, http://www.playvid.com/watch/jOv_UM42HU7, http://www.playvid.com/watch/vtoFLhS7Cze,
http://www.playvid.com/watch/X2z97rzGPWq, http://www.playvid.com/watch/FTEb5CMh7Vf, http://www.playvid.com/watch/zSKszWfLNCR,
http://www.playvid.com/watch/9wYnEGEAlvX, http://www.playvid.com/watch/tFgmE10Nxqa, http://www.playvid.com/watch/ByOhWHDWFw3,
http://www.playvid.com/watch/r7YLJHUrMZf, http://www.playvid.com/watch/srDWOTPjb8J, http://www.playvid.com/watch/fCVZCinunBp,
http://www.playvid.com/watch/ZoFQNyjN036, http://www.playvid.com/watch/vx3e2oemEVM, http://www.playvid.com/watch/skhe5H1Ny7K,
http://www.playvid.com/watch/PJtTxcH06ox, http://www.playvid.com/watch/ToPyt2alV0y, http://www.playvid.com/watch/WI630FWR9b9,
http://www.playvid.com/watch/0KnC8EBm6gn, http://www.playvid.com/watch/0grayY14baq, http://www.playvid.com/watch/Do-lwG42o5h,
http://www.playvid.com/watch/T1CZotyC5qI, http://www.playvid.com/watch/P2GWXAOlhyv, http://www.playvid.com/watch/SjsyccVB1Em,
http://www.playvid.com/watch/2GGG4CgLty5, http://www.playvid.com/watch/yhuDM_mrviX, http://www.playvid.com/watch/E8xBj5qsaBG,
http://www.playvid.com/watch/8Os2W1hi06d, http://www.playvid.com/watch/KgX7t6K3EJO, http://www.playvid.com/watch/BCHoiM8P7ex,
http://www.playvid.com/watch/6S9We24UE9S, http://www.playvid.com/watch/QiHeBXjGo-K, http://www.playvid.com/watch/T7WfX2EiGlm,
http://www.playvid.com/watch/yxIba-IcYBn, http://www.playvid.com/watch/sHR7R9f36Yq, http://www.playvid.com/watch/Wlb_hy7ONRv,
http://www.playvid.com/watch/koutQ36rz3u, http://www.playvid.com/watch/rX6jeub4rGH, http://www.playvid.com/watch/gzkZWUrqdJK,
http://www.playvid.com/watch/J7Vd-Uh5LYT, http://www.playvid.com/watch/flqFWWQ1ab4, http://www.playvid.com/watch/U_LqQubRbyl,
http://www.playvid.com/watch/nBugafRJNye, http://www.playvid.com/watch/hhgfiyCZpmG, http://www.playvid.com/watch/WfDa0qJaX22,
http://www.playvid.com/watch/r-J3PEFgWs4, http://www.playvid.com/watch/fwXe3VEw7gO, http://www.playvid.com/watch/LfJ0o3Nl-wV,
http://www.playvid.com/watch/MqTyCuPt7uB, http://www.playvid.com/watch/BONHaDNzvsO, http://www.playvid.com/watch/hEWAeCLSQMe,
http://www.playvid.com/watch/SCQhOUDjv2i, http://www.playvid.com/watch/o6Boi-LSz5c, http://www.playvid.com/watch/euOwceSXl7F,
http://www.playvid.com/watch/KvPP3vziG3l, http://www.playvid.com/watch/m3jwZFIsmqF, http://www.playvid.com/watch/FRwWkBRM_oJ,
http://www.playvid.com/watch/8EwiluFET-e, http://www.playvid.com/watch/VEUxqH3FYsg, http://www.playvid.com/watch/YsgG3JAE_3o,
http://www.playvid.com/watch/nmsYIJrrhQo, http://www.playvid.com/watch/5U9EeKSNvml, http://www.playvid.com/watch/6WbZMhO2eQ3,
http://www.playvid.com/watch/SoQaQ4fJILU, http://www.playvid.com/watch/b3xefRDbtu8, http://www.playvid.com/watch/VpMzgURVQQO,
http://www.playvid.com/watch/MWy_EZtfqpd, http://www.playvid.com/watch/wpNbS1kvUru, http://www.playvid.com/watch/preUEpdr-J6,
http://www.playvid.com/watch/ZerQW-Y9v5Q, http://www.playvid.com/watch/dIZy-Xr7c0X, http://www.playvid.com/watch/VM-O0fXJE-w,
http://www.playvid.com/watch/DLme_BUziCr, http://www.playvid.com/watch/WYHVAE7L92t, http://www.playvid.com/watch/e6_VHL_cAik,
http://www.playvid.com/watch/o5rxaGQeFHC, http://www.playvid.com/watch/O0ijyOG8n_i, http://www.playvid.com/watch/wu2HsxtFlFM,
http://www.playvid.com/watch/nikFPQFOrTe, http://www.playvid.com/watch/vvb8A7OML16, http://www.playvid.com/watch/zJvWn_ZVeHc,
http://www.playvid.com/watch/b774QhAeDHL, http://www.playvid.com/watch/2naJcZZwKRo, http://www.playvid.com/watch/b-dsViF5LbG,
http://www.playvid.com/watch/hHxBlSx46et, http://www.playvid.com/watch/9DuhwBEFvkz, http://www.playvid.com/watch/tP9VeeB285s,
http://www.playvid.com/watch/pwY1LWOaZ1k, http://www.playvid.com/watch/cECi6OBQCEE, http://www.playvid.com/watch/dd9_3YoWmHG
5.f. Date of third notice: 2015-02-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: japon4ik
5.b. Uploader's email address: mihamihail@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/japon4ik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/m26pKxo5nph, http://www.playvid.com/watch/spLLs5BAl2D,
http://www.playvid.com/watch/Jhy6Jx7NHIv, http://www.playvid.com/watch/iyUlYbyiotj, http://www.playvid.com/watch/Om7AQvVHLmG,
http://www.playvid.com/watch/euUOAce9OhX, http://www.playvid.com/watch/KIm8tqx2SqX, http://www.playvid.com/watch/QE8XVsJHF9O,
http://www.playvid.com/watch/2aZQNoFunLK, http://www.playvid.com/watch/2vkZUC9iu40, http://www.playvid.com/watch/NjmnsdZnKY-,
http://www.playvid.com/watch/pznmDD7RSbf, http://www.playvid.com/watch/-MWjogBl5mH, http://www.playvid.com/watch/OoZ6wXYcR5h,
http://www.playvid.com/watch/DEMLJO-E6qr, http://www.playvid.com/watch/XOxJuvMkgje, http://www.playvid.com/watch/6FdYOWDJDM3,
http://www.playvid.com/watch/QYQNH6eu70P, http://www.playvid.com/watch/WMHyh78AItR, http://www.playvid.com/watch/-Bk-sFYtuNo,
http://www.playvid.com/watch/sNBJpKf2DbX, http://www.playvid.com/watch/fJcJ2IFQRPu, http://www.playvid.com/watch/hA8EsQPkpFu,
http://www.playvid.com/watch/WRslcKPFbTL, http://www.playvid.com/watch/-9bxTxCyvhI, http://www.playvid.com/watch/fEpXL-dro07,
http://www.playvid.com/watch/G4JhR0ajPMP, http://www.playvid.com/watch/ZOfmWQvx9Sv, http://www.playvid.com/watch/v3uPMck87uo,
http://www.playvid.com/watch/UR-ZY5teaci, http://www.playvid.com/watch/YWPATKQeMNv, http://www.playvid.com/watch/GgX-9cbwBBv,
http://www.playvid.com/watch/b05lihV5tDd, http://www.playvid.com/watch/-9LOZTXCLdQ, http://www.playvid.com/watch/JhvPkdq4V-6,
http://www.playvid.com/watch/PYod-mgoHez, http://www.playvid.com/watch/mYNIJkjWQYj, http://www.playvid.com/watch/sWAVMRq2sA-,
http://www.playvid.com/watch/NDBGhYrHdiR, http://www.playvid.com/watch/wVuOQmsakX6, http://www.playvid.com/watch/VBKGHOa0AGI,
http://www.playvid.com/watch/J8-HzQ9OKTw, http://www.playvid.com/watch/qW6lElt46ES, http://www.playvid.com/watch/a6PVnzyYPZn,
http://www.playvid.com/watch/lAPq4DQK9Bh, http://www.playvid.com/watch/gcgMuAnQWcF, http://www.playvid.com/watch/nC8vbs8Iki5,
http://www.playvid.com/watch/HHqiKF7-9s4, http://www.playvid.com/watch/imyOhFyjXnr, http://www.playvid.com/watch/OhMZkysv0cv,
http://www.playvid.com/watch/EVPjvLENG9m, http://www.playvid.com/watch/ocxFnyjqCSa, http://www.playvid.com/watch/bASWGWvX9lb,
http://www.playvid.com/watch/vWFx3tUPe7H, http://www.playvid.com/watch/2KwZNl-nWXI, http://www.playvid.com/watch/lbMWLgpPyyO,
http://www.playvid.com/watch/3Zb40zLly8r, http://www.playvid.com/watch/KlIart3vh3k, http://www.playvid.com/watch/2n2zKEUZs3H,
http://www.playvid.com/watch/seZq4lgOhpS, http://www.playvid.com/watch/JNXU92QDYco, http://www.playvid.com/watch/XJ4vnLJXubp,
http://www.playvid.com/watch/3twDcDLqBHg, http://www.playvid.com/watch/snCpRNlZ3PL, http://www.playvid.com/watch/hkwypa6kTKo,
http://www.playvid.com/watch/YvDUG67-mWu, http://www.playvid.com/watch/NTGYJApHCys, http://www.playvid.com/watch/84yDlFVQdd0,
http://www.playvid.com/watch/hjfyCfaXIKS, http://www.playvid.com/watch/UMbRKBp4j4w, http://www.playvid.com/watch/akt7cgSDBF5,
http://www.playvid.com/watch/zC0kEINUbIS, http://www.playvid.com/watch/jhhwvat8Ml8, http://www.playvid.com/watch/6ACVfckZAL2,
http://www.playvid.com/watch/8LidX6TjsS2, http://www.playvid.com/watch/ux0DZFZHyzE, http://www.playvid.com/watch/t2LMphGfbQS,
http://www.playvid.com/watch/OpSsPAXOWxY, http://www.playvid.com/watch/PWpYOxcEcMc, http://www.playvid.com/watch/YqGy2fwVE07,
http://www.playvid.com/watch/dfY8ON0UNPY, http://www.playvid.com/watch/KjbOp2IsMQq, http://www.playvid.com/watch/n3eZkyJcHx5,
http://www.playvid.com/watch/vmAlfcryHSu, http://www.playvid.com/watch/aPN4BNZCNNx, http://www.playvid.com/watch/2ribQvFu9rT,
http://www.playvid.com/watch/H4hwufT2CeG, http://www.playvid.com/watch/t87OhCKXn44, http://www.playvid.com/watch/oLcgqg4QzCr,
http://www.playvid.com/watch/rFBU3sSS0Od, http://www.playvid.com/watch/8Q0IOuMsnNz, http://www.playvid.com/watch/Un8SMSjDEFq,
http://www.playvid.com/watch/56QanflgaaI, http://www.playvid.com/watch/LkSBIFZTuWl, http://www.playvid.com/watch/evBbcsJQMl9,
http://www.playvid.com/watch/YIhykM4uUsq, http://www.playvid.com/watch/yvqPLyUhqqw, http://www.playvid.com/watch/iluGb9nTDog,
http://www.playvid.com/watch/pDmkCBC0QXH, http://www.playvid.com/watch/PI7rGnjgtCi, http://www.playvid.com/watch/Jxkl3xj7OqQ,
http://www.playvid.com/watch/DQeOCYZV-Cb, http://www.playvid.com/watch/8XYKOHNJPHi, http://www.playvid.com/watch/dGRWkbIqv9Z,
http://www.playvid.com/watch/l4RodTNQM05, http://www.playvid.com/watch/MfS0xWOMycs, http://www.playvid.com/watch/yGRuW-FKdh7,
http://www.playvid.com/watch/PwYg08AdDXI, http://www.playvid.com/watch/bgOLamla9kv, http://www.playvid.com/watch/h4SpplH3ZdW,
http://www.playvid.com/watch/uFXjUEEiZBs, http://www.playvid.com/watch/9uVbYdjSI-o, http://www.playvid.com/watch/jHYYmGzJYPn,
http://www.playvid.com/watch/mi9b65SBcj6, http://www.playvid.com/watch/IXKabP9lS7Q, http://www.playvid.com/watch/Fgw4iH-dNdZ,
http://www.playvid.com/watch/2jL8HMyexvs, http://www.playvid.com/watch/tXCIjPYzs9n, http://www.playvid.com/watch/OSC0Cud0Bkh,
http://www.playvid.com/watch/-YzM2wHoT3g, http://www.playvid.com/watch/zSDqs8sodlT, http://www.playvid.com/watch/zMFCQCrq92N,
http://www.playvid.com/watch/O-gsQtEiXNE, http://www.playvid.com/watch/L0PIR8yzbpo, http://www.playvid.com/watch/afLpotMGv9y,
http://www.playvid.com/watch/XNW3nlEyawx, http://www.playvid.com/watch/h0rINdWA7zs, http://www.playvid.com/watch/iOzhcEuADZG,

http://www.playvid.com/watch/dgCT6aSqtBS, http://www.playvid.com/watch/3w3im58JRAM, http://www.playvid.com/watch/bS6Ya66zwA3, http://www.playvid.com/watch/tOgJdWH42J6, http://www.playvid.com/watch/tKh9lKXpSUk, http://www.playvid.com/watch/8yprhvCTgrw, http://www.playvid.com/watch/cNu6meGU3DB, http://www.playvid.com/watch/-VHDsogjFDB, http://www.playvid.com/watch/Y9mNGMIJvvr, http://www.playvid.com/watch/JMkcyCXIGtq, http://www.playvid.com/watch/Kaz565MgwoU, http://www.playvid.com/watch/vhz4JmqQuVi, http://www.playvid.com/watch/tXRAGmFxXZS, http://www.playvid.com/watch/EJCZP88Q2H6, http://www.playvid.com/watch/yaoOeOUFkaS, http://www.playvid.com/watch/8XgElvGWCKO, http://www.playvid.com/watch/69eWoFqCzFh, http://www.playvid.com/watch/9KW-MNaEYoZ, http://www.playvid.com/watch/8iA7T-sW0xU, http://www.playvid.com/watch/hDSkqihPBqY, http://www.playvid.com/watch/aH7rdjAjD4s, http://www.playvid.com/watch/PuxZcIp485z, http://www.playvid.com/watch/ckujViUIE3F, http://www.playvid.com/watch/hkfCo-VpfwF, http://www.playvid.com/watch/XxIqCkDUSDi, http://www.playvid.com/watch/jOc-oAf0nlZ, http://www.playvid.com/watch/nMCvFVc7R5U, http://www.playvid.com/watch/IknPRyYZ6Wk, http://www.playvid.com/watch/NAOmCPkXzr7, http://www.playvid.com/watch/fl6aW4mccvl, http://www.playvid.com/watch/AN77WDIUZRd, http://www.playvid.com/watch/RYokqTgKqks, http://www.playvid.com/watch/2RzYEyPiXbR, http://www.playvid.com/watch/2kFWsshFKzE, http://www.playvid.com/watch/sYiHj4vgRJj, http://www.playvid.com/watch/sYVlh2t32nf, http://www.playvid.com/watch/ZG0K-Q2XJqm, http://www.playvid.com/watch/dyN5tqr7DoT, http://www.playvid.com/watch/CFh0RntQv0Y, http://www.playvid.com/watch/jdnszMervKc, http://www.playvid.com/watch/tRImsnfNXwW, http://www.playvid.com/watch/CjmStGHWiOi, http://www.playvid.com/watch/2sTvdQ5rTWF, http://www.playvid.com/watch/SGgvAHCD8xu, http://www.playvid.com/watch/NY8l7MvcT-7, http://www.playvid.com/watch/VLV0b76kK6r, http://www.playvid.com/watch/-uZLY6YkQxX, http://www.playvid.com/watch/LO4-Q6X0gyd, http://www.playvid.com/watch/AMQYJUXHrJ2, http://www.playvid.com/watch/BKIA7NCDAgz, http://www.playvid.com/watch/3ENtZ3b2VCy, http://www.playvid.com/watch/rvayDqrFRTW, http://www.playvid.com/watch/KAHrv7W4Yaj, http://www.playvid.com/watch/P9lMltb-voL, http://www.playvid.com/watch/LraQHipZ34G, http://www.playvid.com/watch/LHREgvmveor, http://www.playvid.com/watch/8c52tKkLNyx, http://www.playvid.com/watch/g6rxpI2oOc2, http://www.playvid.com/watch/FAgRbTZ0wVF, http://www.playvid.com/watch/Hc805P96sRj, http://www.playvid.com/watch/SKQrERFbHpL, http://www.playvid.com/watch/3JVK5Pk6VJX, http://www.playvid.com/watch/kke7GWtLu5d, http://www.playvid.com/watch/suNAIyltXaA, http://www.playvid.com/watch/Iks-FoyY8Kf, http://www.playvid.com/watch/uCtTTbF-WWP, http://www.playvid.com/watch/Wj8V8MtZxDm, http://www.playvid.com/watch/9APxE52O08j, http://www.playvid.com/watch/4FFm-9XWZXb, http://www.playvid.com/watch/GxydRKZ2mNP, http://www.playvid.com/watch/4ccuv9DrpDX, http://www.playvid.com/watch/36hRGiEskpJ, http://www.playvid.com/watch/5J3g45V4rSB, http://www.playvid.com/watch/PpfFXYVQgHP, http://www.playvid.com/watch/-hdxCyk6h-U, http://www.playvid.com/watch/pnN2Tzj8lUk, http://www.playvid.com/watch/Rv64qmQTzJo, http://www.playvid.com/watch/BbFGNnhrCul, http://www.playvid.com/watch/WOQis5Bg3SW, http://www.playvid.com/watch/4Cz9sc4OjTz, http://www.playvid.com/watch/A4xAsePo9aP, http://www.playvid.com/watch/0sj6r5hb7ub, http://www.playvid.com/watch/l784f2WXjoo, http://www.playvid.com/watch/XglwCUOcwTi, http://www.playvid.com/watch/2WiIGXoDX7N, http://www.playvid.com/watch/KbHD5KWOA4n, http://www.playvid.com/watch/b7cAeRQZdmd, http://www.playvid.com/watch/J5MGQuxySL6, http://www.playvid.com/watch/syglmrfYWMS, http://www.playvid.com/watch/JHIXGZK9Ooe, http://www.playvid.com/watch/bREti-0tOPp, http://www.playvid.com/watch/9miPQUvCgpb, http://www.playvid.com/watch/0AFX3DeSKbL, http://www.playvid.com/watch/cbcGrsKHLet, http://www.playvid.com/watch/JNV-vY4sFIo, http://www.playvid.com/watch/5ESw5jKaIQr, http://www.playvid.com/watch/QWcY90DSfEW, http://www.playvid.com/watch/WMjoX-i-EK8, http://www.playvid.com/watch/dPGJyLuRW4k, http://www.playvid.com/watch/NBYNuQx7Yy5, http://www.playvid.com/watch/3YRyogzztSs, http://www.playvid.com/watch/pXOxa8Hz7Ex, http://www.playvid.com/watch/2XSruk7RANt, http://www.playvid.com/watch/hx9pQHsesHk, http://www.playvid.com/watch/5ZJKg6ez3UV, http://www.playvid.com/watch/gHE3erDvDRK, http://www.playvid.com/watch/p-id5UkhWFR, http://www.playvid.com/watch/5hM5BgC3ad7, http://www.playvid.com/watch/n3Gm42cAw3n, http://www.playvid.com/watch/Y2FB8kdTeyV, http://www.playvid.com/watch/F0k0XWLNcYK, http://www.playvid.com/watch/Yk28kbynmJV, http://www.playvid.com/watch/V2KbP3kYLqJ, http://www.playvid.com/watch/b5I9RDJtJve, http://www.playvid.com/watch/EJxfoPONlef, http://www.playvid.com/watch/yVs8N0JuCQF, http://www.playvid.com/watch/gH5YxgLMTbe, http://www.playvid.com/watch/pegV8vnKrx5, http://www.playvid.com/watch/qjumga43sOk, http://www.playvid.com/watch/mtCu2Lg5Kfk, http://www.playvid.com/watch/HltjyE9kKsK, http://www.playvid.com/watch/iDkOLq7vOiG, http://www.playvid.com/watch/Tvo788-ejjy, http://www.playvid.com/watch/p9IbYz77Ugq, http://www.playvid.com/watch/yzWvkGuPkPo, http://www.playvid.com/watch/iMlUENHEI8Y, http://www.playvid.com/watch/r9rFGvz2ZID, http://www.playvid.com/watch/yXUyHOgsexA, http://www.playvid.com/watch/BwSur7-c0oa, http://www.playvid.com/watch/ICCkxV8e-0n, http://www.playvid.com/watch/u8pLI3bveB8, http://www.playvid.com/watch/ysAOL0oDcc-, http://www.playvid.com/watch/xqZArB-DDPv, http://www.playvid.com/watch/kWuh30odiZe, http://www.playvid.com/watch/oOPYPi9lWHN, http://www.playvid.com/watch/Q7p0z0mAUbm, http://www.playvid.com/watch/qsb8Si--EAe, http://www.playvid.com/watch/B3SP-XSDos0, http://www.playvid.com/watch/J6a7UALcKNk, http://www.playvid.com/watch/w3-8n3m63BT, http://www.playvid.com/watch/WwSoHbv6L-Q, http://www.playvid.com/watch/FXwT2zqIgKI, http://www.playvid.com/watch/tEbTnQ0hvYw, http://www.playvid.com/watch/8nQN09JCYNY, http://www.playvid.com/watch/kRhxU0txuUf, http://www.playvid.com/watch/s-ByNYhtXIf, http://www.playvid.com/watch/NLp0VGYi6KN, http://www.playvid.com/watch/b8W4aYJqcRA, http://www.playvid.com/watch/cH9RIzbJhka, http://www.playvid.com/watch/Hpt2FPLhqXp, http://www.playvid.com/watch/cQIuIday8aX, http://www.playvid.com/watch/ih259mscLiD, http://www.playvid.com/watch/SyJiLrq0iYB, http://www.playvid.com/watch/HZFJnwXz4t7, http://www.playvid.com/watch/uYKQeH6sHTW, http://www.playvid.com/watch/w4T0VzNNvJk, http://www.playvid.com/watch/0ep75RwCNqX, http://www.playvid.com/watch/t7yVc7qO3Gn, http://www.playvid.com/watch/L4wn325j-D5, http://www.playvid.com/watch/ln-4yRLwUpi, http://www.playvid.com/watch/2rM9gDG232W, http://www.playvid.com/watch/yF-qx7Xgkby, http://www.playvid.com/watch/uJVtP0bKgNz, http://www.playvid.com/watch/G8qyKn-j4CP, http://www.playvid.com/watch/ecZla2kJjDW, http://www.playvid.com/watch/oDKIysrNRM-, http://www.playvid.com/watch/ZPaV50Wg6lz, http://www.playvid.com/watch/HvdqjdEvqO8, http://www.playvid.com/watch/Ay-bXM-03mn, http://www.playvid.com/watch/TMYf9VEJyY5
5.f. Date of third notice: 2013-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jasdinio
5.b. Uploader's email address: jasonjj88@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jasdinio
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FxvcDGKOyXL, http://www.playvid.com/watch/AeqjIHzWB-T, http://www.playvid.com/watch/Fjp7-BbMDrY, http://www.playvid.com/watch/TJnFAp9EYS9, http://www.playvid.com/watch/h7e-FGfHSiF, http://www.playvid.com/watch/rsqWVBeiIBG, http://www.playvid.com/watch/eK7nMDWs9wt, http://www.playvid.com/watch/zJ7Z7Z6TTp9, http://www.playvid.com/watch/qZh32mV6a6o, http://www.playvid.com/watch/YffypBkR2f7, http://www.playvid.com/watch/R96gnnjbV5x, http://www.playvid.com/watch/zNeXJV3VAVp, http://www.playvid.com/watch/hT0lkkWqKgk, http://www.playvid.com/watch/2lxj9GR-Znz, http://www.playvid.com/watch/72oSHAGgrMg, http://www.playvid.com/watch/66fdq0N3JvI, http://www.playvid.com/watch/JT0edCeBylG, http://www.playvid.com/watch/cuqArb6foaQ, http://www.playvid.com/watch/WfsLXKEnD78, http://www.playvid.com/watch/iXxQmT94A8w, http://www.playvid.com/watch/dAgRVXWeuYR, http://www.playvid.com/watch/XcLV0H4Oz-X, http://www.playvid.com/watch/WUACiw6raEL, http://www.playvid.com/watch/LchMClOI4ag
5.f. Date of third notice: 2014-10-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jasdtaps
5.b. Uploader's email address: jasdtaps@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jasdtaps
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IM24usjared, http://www.playvid.com/watch/vZzNdTUySvk, http://www.playvid.com/watch/3Qo-WQuaX7I, http://www.playvid.com/watch/bx6fycgoFbU, http://www.playvid.com/watch/YlWykNUGXyc
5.f. Date of third notice: 2014-03-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Jastor
5.b. Uploader's email address: Jastor0531@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Jastor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Z_EqCJ9tc2L, http://www.playvid.com/watch/MI_f8PuWFYE, http://www.playvid.com/watch/rVN1reFwKKz, http://www.playvid.com/watch/ypSqYiMqej8, http://www.playvid.com/watch/VcRDcrjCIKE, http://www.playvid.com/watch/5w7rX6gqZwH, http://www.playvid.com/watch/y4WBaBdK8h3, http://www.playvid.com/watch/r42QNXRcgJq, http://www.playvid.com/watch/6wyipJWH-Z7, http://www.playvid.com/watch/AHUJOdf_LJe, http://www.playvid.com/watch/i_mAnd4Y9RD, http://www.playvid.com/watch/FkYLAXxDYxb, http://www.playvid.com/watch/EgE_kyFNlb5, http://www.playvid.com/watch/xS08fMPdA_F, http://www.playvid.com/watch/DZJp4g8or2d
5.f. Date of third notice: 2015-03-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: javco

5.b. Uploader's email address: javco@mailinator.com
5.d. Uploader's profile: http://www.playvid.com/member/javco
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RjEvakZFGDy, http://www.playvid.com/watch/qjRhAzQek-h, http://www.playvid.com/watch/NCT6Mz2Fekj, http://www.playvid.com/watch/Zfdog6Ka3rW, http://www.playvid.com/watch/3i9wRTRQqMN, http://www.playvid.com/watch/KLsX8Wto7L7, http://www.playvid.com/watch/67QsCarFgye, http://www.playvid.com/watch/e5bSpIg4ZNn, http://www.playvid.com/watch/jzZOHQ78BZF, http://www.playvid.com/watch/Lwxwmh2PHIx, http://www.playvid.com/watch/0aN9DfFmWLl, http://www.playvid.com/watch/JxapV9pOkLb, http://www.playvid.com/watch/Rqk0MIBf7Xd, http://www.playvid.com/watch/Xoce8blHGXB, http://www.playvid.com/watch/97LkWy732Un, http://www.playvid.com/watch/Vli-MbAK9yJ, http://www.playvid.com/watch/Q5sMGIWtXOe, http://www.playvid.com/watch/3v6WJKY3vwl, http://www.playvid.com/watch/8FmWXy3cqKx, http://www.playvid.com/watch/rtttl3das2-, http://www.playvid.com/watch/euCjFLhEuGK, http://www.playvid.com/watch/JUY-ZK2bTKe, http://www.playvid.com/watch/ojzvJgXJVKd, http://www.playvid.com/watch/unWB9jL-nr4, http://www.playvid.com/watch/wVcpud0cT3J, http://www.playvid.com/watch/eZT958glWCK, http://www.playvid.com/watch/FKNsRmQLBL-, http://www.playvid.com/watch/zo2ufzOxsuF, http://www.playvid.com/watch/z5qrVcf594e, http://www.playvid.com/watch/zJdaHm0eS6Y, http://www.playvid.com/watch/wwwspC3ETZE, http://www.playvid.com/watch/sX2q22n2ech, http://www.playvid.com/watch/wHKkuk7dyr-, http://www.playvid.com/watch/Me9N-iWuF7C, http://www.playvid.com/watch/wlYlPd2Tcrx, http://www.playvid.com/watch/I4sxj4SMvWT, http://www.playvid.com/watch/twEVYJMbwHr, http://www.playvid.com/watch/Zj5sZEwFSoq, http://www.playvid.com/watch/0tEir6ZVn0m, http://www.playvid.com/watch/Z0pcB4iO0yR, http://www.playvid.com/watch/FAmnwdPJGNp, http://www.playvid.com/watch/8PKwIwZu4Oe, http://www.playvid.com/watch/sqSDo0yrVjH, http://www.playvid.com/watch/z6AaOpG6AKq, http://www.playvid.com/watch/iDyYlYst0we, http://www.playvid.com/watch/xXxbQQHIdQ9, http://www.playvid.com/watch/L3QBCBAIh8G, http://www.playvid.com/watch/3K2IP7gg-V0, http://www.playvid.com/watch/Xc3tv9R6iIA, http://www.playvid.com/watch/TdBeuJnTJmm, http://www.playvid.com/watch/nM2USZNgegM, http://www.playvid.com/watch/tMnvlC-UKBp, http://www.playvid.com/watch/0ZerzqryONu, http://www.playvid.com/watch/CYP5mwRhkjq, http://www.playvid.com/watch/4zkwre2aAyS, http://www.playvid.com/watch/4p3YDKKxRcc, http://www.playvid.com/watch/o9Y2lgqozOp, http://www.playvid.com/watch/-kMEHVhkcKn, http://www.playvid.com/watch/aSDo9rgO5n4, http://www.playvid.com/watch/P2PHF8QruWf, http://www.playvid.com/watch/i347ltUG6Ci, http://www.playvid.com/watch/-bLbdHfkGLT, http://www.playvid.com/watch/flSHzOlvI48, http://www.playvid.com/watch/cCb-Z9nzpZy, http://www.playvid.com/watch/3H8Fy-jTZFk, http://www.playvid.com/watch/y240TdH0lxN, http://www.playvid.com/watch/YL7a5aJ7lAS, http://www.playvid.com/watch/cAfyKdk0APe, http://www.playvid.com/watch/4muCgBc6tma, http://www.playvid.com/watch/Figug2BHlr2, http://www.playvid.com/watch/gZk6iSHOxqE, http://www.playvid.com/watch/2wleNet7MH9, http://www.playvid.com/watch/yLSOHWknyYf, http://www.playvid.com/watch/XaREDsJsMhT, http://www.playvid.com/watch/j5YNGWRQnMX, http://www.playvid.com/watch/DeDPLweVRM4, http://www.playvid.com/watch/2PVdDgPzBCq, http://www.playvid.com/watch/yfNVs5Nz3Om, http://www.playvid.com/watch/Qqsvt308cwy, http://www.playvid.com/watch/HSZwaTsRZEk, http://www.playvid.com/watch/F7JUPcD3e5r, http://www.playvid.com/watch/wePqarFwE43, http://www.playvid.com/watch/EYLU6gMNjHm, http://www.playvid.com/watch/LG8mKLMp40Z
5.f. Date of third notice: 2014-01-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: javmorecom
5.b. Uploader's email address: javmore.com@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/javmorecom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/eYwKaPwYLQL, http://www.playvid.com/watch/q3bBFie1RPf, http://www.playvid.com/watch/yDJ0c69-A0m, http://www.playvid.com/watch/LgEwH1AP55U, http://www.playvid.com/watch/I3lqaQqcrX2, http://www.playvid.com/watch/cmw647RKlD4, http://www.playvid.com/watch/xL6fPSvEidG, http://www.playvid.com/watch/cutKG8pTguo, http://www.playvid.com/watch/warNo7F4CqK, http://www.playvid.com/watch/IoeSQyDN3L2, http://www.playvid.com/watch/LW-L-i-t5Dm, http://www.playvid.com/watch/xb7zrcqo7s9, http://www.playvid.com/watch/HPoCtijX1gC, http://www.playvid.com/watch/AwRO-VFpovK, http://www.playvid.com/watch/mZM81NaduvY, http://www.playvid.com/watch/4bu9LNeslaw, http://www.playvid.com/watch/0LLhsOa7EUu, http://www.playvid.com/watch/S0Eo1PKbBV7, http://www.playvid.com/watch/FhwKqUOXUaT, http://www.playvid.com/watch/hjBsnmObYuL, http://www.playvid.com/watch/GyGXt4fwwSe, http://www.playvid.com/watch/KASOYeFsims, http://www.playvid.com/watch/lxjVrX0rJNp, http://www.playvid.com/watch/DxlzSgtvJ29, http://www.playvid.com/watch/CPTQZhIH1-5, http://www.playvid.com/watch/rA0QqF0aNmo, http://www.playvid.com/watch/UHCYGXfEGms, http://www.playvid.com/watch/30qkvGKNvPi, http://www.playvid.com/watch/CMcJjPyJlFU, http://www.playvid.com/watch/TMoZRT2wenv, http://www.playvid.com/watch/SvKnx3tB__4, http://www.playvid.com/watch/wAjQw2WKdr5, http://www.playvid.com/watch/WoSMFF5rJVS, http://www.playvid.com/watch/ovQo1-Dk3XA, http://www.playvid.com/watch/EMiTBWnQ6tU, http://www.playvid.com/watch/Dij9s_0OCos, http://www.playvid.com/watch/qc4wTV2xc2m, http://www.playvid.com/watch/TvOyUfVffPB, http://www.playvid.com/watch/KqQEyArn_Qb, http://www.playvid.com/watch/Aq4XdihPTBu, http://www.playvid.com/watch/NTTguHVKV6w, http://www.playvid.com/watch/aInVm8ziGQf, http://www.playvid.com/watch/Vq9LFHlk06x, http://www.playvid.com/watch/uPAtSBr31xW, http://www.playvid.com/watch/ZeeHsnY4Vgt, http://www.playvid.com/watch/p6JfQrs5rwt, http://www.playvid.com/watch/8cwPNu3ZGaj, http://www.playvid.com/watch/9Tcukvm3brx, http://www.playvid.com/watch/vkIM0klrL_U, http://www.playvid.com/watch/cN_gSsDoxwT, http://www.playvid.com/watch/KbrlVhLrBM9, http://www.playvid.com/watch/hvO7ZQytQUE, http://www.playvid.com/watch/3U-PkEHgS_n, http://www.playvid.com/watch/WDIz7lXGNP2, http://www.playvid.com/watch/oKVkYx6ic_b, http://www.playvid.com/watch/n4jJJWHvJKq, http://www.playvid.com/watch/dE6fi97AUNL, http://www.playvid.com/watch/N2_CV9tMJxS, http://www.playvid.com/watch/WabsQpNKjy5, http://www.playvid.com/watch/n50TRXKuDeT, http://www.playvid.com/watch/luuqviaBVeC, http://www.playvid.com/watch/tg9mFmkWgd2, http://www.playvid.com/watch/05wy_sn1lc4, http://www.playvid.com/watch/ADUw0NV7KKx, http://www.playvid.com/watch/NsTIiQ5IbBD, http://www.playvid.com/watch/N0c8ub_86nD, http://www.playvid.com/watch/KVMMp0_1OlA, http://www.playvid.com/watch/c2x0aqx_XGV, http://www.playvid.com/watch/Pr7pYCXHYEI, http://www.playvid.com/watch/Zrkn75SumVW, http://www.playvid.com/watch/RYI5KjgS8JQ, http://www.playvid.com/watch/4yi6AejrNUz, http://www.playvid.com/watch/PTBGz5hxIao, http://www.playvid.com/watch/mD2t_6udLDA, http://www.playvid.com/watch/i3RdvX3Z9-Y, http://www.playvid.com/watch/dkDx1C8RPDY, http://www.playvid.com/watch/5pshH1Q2LiP, http://www.playvid.com/watch/xVV6zx2BLV4, http://www.playvid.com/watch/3lsxJ588Cnt, http://www.playvid.com/watch/f_NrL0F2qj3, http://www.playvid.com/watch/C8uiPVHEzyF, http://www.playvid.com/watch/rBtu9kXN938, http://www.playvid.com/watch/UZogOn13yjI, http://www.playvid.com/watch/Evbaaj_-EKx, http://www.playvid.com/watch/frgWlvlmc8a, http://www.playvid.com/watch/mg22DRzT9Hx, http://www.playvid.com/watch/eNDai1pfvha, http://www.playvid.com/watch/hOawy6RrhyT, http://www.playvid.com/watch/414qMgnZvrw, http://www.playvid.com/watch/uDqgcrDQgj5, http://www.playvid.com/watch/50NoYImo2GE, http://www.playvid.com/watch/UsNqKV2wjqL, http://www.playvid.com/watch/VJmV6cVWjbj, http://www.playvid.com/watch/chUvlVMlU16, http://www.playvid.com/watch/HuCGj-tPNVZ, http://www.playvid.com/watch/Efa8c-r6B_S, http://www.playvid.com/watch/2jOC6I15qe6, http://www.playvid.com/watch/hUd8gt8YOJr, http://www.playvid.com/watch/Sv9JjUn0Y0Z, http://www.playvid.com/watch/kPXYkqVcQMa, http://www.playvid.com/watch/IDsNbKJ1u_i, http://www.playvid.com/watch/dH0SF12N7gc, http://www.playvid.com/watch/CNEZsImfIxK, http://www.playvid.com/watch/65R-4BtF7rY, http://www.playvid.com/watch/AWw9aznQHuq, http://www.playvid.com/watch/MgrCIrPov9s, http://www.playvid.com/watch/YC4BuXk3uCi, http://www.playvid.com/watch/7w41VaI00NA, http://www.playvid.com/watch/oGzIJhtnGbn, http://www.playvid.com/watch/C43hYx6QI6q, http://www.playvid.com/watch/rBEJVUFPTNv, http://www.playvid.com/watch/fcRv5HM-xyY, http://www.playvid.com/watch/tKVWRwowGZ4, http://www.playvid.com/watch/rEdOu2wdmMJ, http://www.playvid.com/watch/nCMqTIaXwDg, http://www.playvid.com/watch/if3mhRpLLcN, http://www.playvid.com/watch/TYENZy5ZK0b, http://www.playvid.com/watch/7TwQRFUDrga, http://www.playvid.com/watch/lmOg26AbAz6, http://www.playvid.com/watch/GzalfLi6vTJ, http://www.playvid.com/watch/JNkJi_rhYLT, http://www.playvid.com/watch/xQ9I57ijbzk, http://www.playvid.com/watch/0vZae91XLxk, http://www.playvid.com/watch/sqY3aXA9Cxm, http://www.playvid.com/watch/amhHm35_8H9, http://www.playvid.com/watch/yP92GY96fuc, http://www.playvid.com/watch/DGxU7Rj2Kh6, http://www.playvid.com/watch/9DvsXQ1Gylc, http://www.playvid.com/watch/pyHOvAN_EI2, http://www.playvid.com/watch/gHhHZ-UHSVT, http://www.playvid.com/watch/AMV3HB2TuVL, http://www.playvid.com/watch/6uOumrDRREW, http://www.playvid.com/watch/OCFdKnKeh28, http://www.playvid.com/watch/Nk9ePzOJlMY, http://www.playvid.com/watch/6IK01FrHFI4, http://www.playvid.com/watch/sgqIHk448tE, http://www.playvid.com/watch/bt-9i4bejo3, http://www.playvid.com/watch/wRtWnkSEE9T, http://www.playvid.com/watch/yJ8S6L92z6X, http://www.playvid.com/watch/T68Os8qNR1f, http://www.playvid.com/watch/t8Rt_IEV8zw, http://www.playvid.com/watch/TSn6PmzPIlO, http://www.playvid.com/watch/07oTBUt3cFR, http://www.playvid.com/watch/tGNWggpTVoe, http://www.playvid.com/watch/UiTgVsy8gsw, http://www.playvid.com/watch/kJvBlH0juD0, http://www.playvid.com/watch/QWdqa6jIp2M, http://www.playvid.com/watch/ZKYlBiSVxZW, http://www.playvid.com/watch/IIeVat73w6W, http://www.playvid.com/watch/uaD4oc0uhBE, http://www.playvid.com/watch/RS1v_XW1aMl, http://www.playvid.com/watch/cXrvsko8j5o, http://www.playvid.com/watch/lGekU5IHUmW, http://www.playvid.com/watch/uma13Ejr3Kn, http://www.playvid.com/watch/iY4iN1v2iDE, http://www.playvid.com/watch/7K4Wz25fHTq, http://www.playvid.com/watch/xnoDmNTBoSr, http://www.playvid.com/watch/lFidtbB-4UG, http://www.playvid.com/watch/mmtGPoACPoO, http://www.playvid.com/watch/CoXnhtrRdFQ, http://www.playvid.com/watch/dW3bx7QJqp9, http://www.playvid.com/watch/nB8w2oYwdI7, http://www.playvid.com/watch/hy26GzlO7jD, http://www.playvid.com/watch/J1IlE9YUvqs, http://www.playvid.com/watch/dnBr479rg8q, http://www.playvid.com/watch/abcnqVOdoxG, http://www.playvid.com/watch/X-wp2_1jot4, http://www.playvid.com/watch/cH5BGeAo70P, http://www.playvid.com/watch/uQy7E8-RNtu, http://www.playvid.com/watch/etVFQ7is6A5, http://www.playvid.com/watch/4V-fF6PLdmI, http://www.playvid.com/watch/D1IdAAo6tHA, http://www.playvid.com/watch/nRqD6QJd8kS, http://www.playvid.com/watch/59PHQV1hBOr, http://www.playvid.com/watch/N23zw3Y8sIm, http://www.playvid.com/watch/E-thfXxxsNw,

http://www.playvid.com/watch/NN_lzb1PWh6, http://www.playvid.com/watch/6qYehg2KjOj, http://www.playvid.com/watch/e5NmeAKxvj0, http://www.playvid.com/watch/beeg9zXybnM, http://www.playvid.com/watch/FQVkgT6WQND, http://www.playvid.com/watch/v4QNmdMYs85, http://www.playvid.com/watch/OHWtC3O4i9k, http://www.playvid.com/watch/NLY44iuQxLN, http://www.playvid.com/watch/7FzwjChG5ct, http://www.playvid.com/watch/bUqZEgeieQr, http://www.playvid.com/watch/pJmG9IE1937, http://www.playvid.com/watch/gV66WUaQlXz, http://www.playvid.com/watch/5PHJuyY04Gh, http://www.playvid.com/watch/znu-Q2FG5pT, http://www.playvid.com/watch/IMTzYrLwTyM, http://www.playvid.com/watch/AMbKyk8jm5B, http://www.playvid.com/watch/P92WHBAejJd, http://www.playvid.com/watch/2m-8VY0FCSm, http://www.playvid.com/watch/r0yv9dPOAlw, http://www.playvid.com/watch/nm-u9Yg1Vrq, http://www.playvid.com/watch/RL4WbK-HMx8, http://www.playvid.com/watch/Y-HdOohdS5z, http://www.playvid.com/watch/ZbpMMTnr-BD, http://www.playvid.com/watch/fnoJTgTsu9H, http://www.playvid.com/watch/0eOghlWTFqo, http://www.playvid.com/watch/5fRmn1lboY2, http://www.playvid.com/watch/63QAGNFKGRQ, http://www.playvid.com/watch/W7f6UZslDmb, http://www.playvid.com/watch/527n7xcgqfG, http://www.playvid.com/watch/2iPiG9yAs3s, http://www.playvid.com/watch/zVTwb6I6f2H, http://www.playvid.com/watch/4LHlLM0nIu5, http://www.playvid.com/watch/fybsPPNEsKy, http://www.playvid.com/watch/O6MiPttCd73, http://www.playvid.com/watch/iOWLNPBMNKW, http://www.playvid.com/watch/IktDE6j26hK, http://www.playvid.com/watch/0BCDzQNVedl, http://www.playvid.com/watch/iAbfc6i7Gdg, http://www.playvid.com/watch/CY1e_yobTWt, http://www.playvid.com/watch/5ZLfiOEPiet, http://www.playvid.com/watch/CNFXAiJd6QA, http://www.playvid.com/watch/N-tFFd2vkiZ, http://www.playvid.com/watch/NgVmDd1ETBt, http://www.playvid.com/watch/N8-bWEVmi0E, http://www.playvid.com/watch/HbvDEIHnF3E, http://www.playvid.com/watch/cW-yKVBILCQ, http://www.playvid.com/watch/yvyp9On1p9H, http://www.playvid.com/watch/cAyqFj3K_8M, http://www.playvid.com/watch/GNAExu4J4Fk, http://www.playvid.com/watch/bFwhC7fRyyn, http://www.playvid.com/watch/N4HfmtqXgkm, http://www.playvid.com/watch/jQAmf1Mku1X, http://www.playvid.com/watch/p4KEUGA-a4Z, http://www.playvid.com/watch/IU6lQcWZVdm, http://www.playvid.com/watch/eMLx4YcZC9e, http://www.playvid.com/watch/4ar_ExO_P5z, http://www.playvid.com/watch/k-NOLE72ph8, http://www.playvid.com/watch/IAOgPZYPr5s, http://www.playvid.com/watch/YKBnGVMr_6z, http://www.playvid.com/watch/vGQl31HuBNb, http://www.playvid.com/watch/8O7XslNJ5f2, http://www.playvid.com/watch/WeuPgFZ_vQm, http://www.playvid.com/watch/MEl0ibAA8Er, http://www.playvid.com/watch/Sf0SCqbWvzl, http://www.playvid.com/watch/u5nAHnWz33y, http://www.playvid.com/watch/NxLcm06V0CE, http://www.playvid.com/watch/2OrcxTA3vEI, http://www.playvid.com/watch/noN_-y9tKzP, http://www.playvid.com/watch/sqb5-5b2gb2, http://www.playvid.com/watch/GT-9QyhKFKo, http://www.playvid.com/watch/gHZBdIXm0u7, http://www.playvid.com/watch/o0mRNwIc878, http://www.playvid.com/watch/BtBXfQpLltC, http://www.playvid.com/watch/ZXrbTQlzJTP, http://www.playvid.com/watch/4E07I6rUOlk, http://www.playvid.com/watch/g_u1X6T_H2m, http://www.playvid.com/watch/8G7aRZzWGgC, http://www.playvid.com/watch/6qut9X8RRiM, http://www.playvid.com/watch/h2tXNhuCOwk, http://www.playvid.com/watch/L1sjgbnpd-x, http://www.playvid.com/watch/3Jq4A97xWQF, http://www.playvid.com/watch/z9csskccJM7, http://www.playvid.com/watch/l9QuNsPc1-s, http://www.playvid.com/watch/AeOLWdGo3DF, http://www.playvid.com/watch/kExjNsE1DAn, http://www.playvid.com/watch/0XvSJXfNH6l, http://www.playvid.com/watch/ZlQKGyt8_V7, http://www.playvid.com/watch/GE3Y-vGYdja, http://www.playvid.com/watch/LcgiZk4RWGw, http://www.playvid.com/watch/utUVBqzIfI7, http://www.playvid.com/watch/6MRlCBbyozC, http://www.playvid.com/watch/04HCjPBZUPw, http://www.playvid.com/watch/Fc_KkpwUoOE, http://www.playvid.com/watch/bnbtGLuWqR6, http://www.playvid.com/watch/UmRWpzFhBxG, http://www.playvid.com/watch/ItMSdfdkTou, http://www.playvid.com/watch/FbcS7I4Nn-l, http://www.playvid.com/watch/W7sfAFMa5QP, http://www.playvid.com/watch/j8BKjWLFOOh, http://www.playvid.com/watch/5dEIWsADX0w, http://www.playvid.com/watch/YeOqxpYStpF, http://www.playvid.com/watch/qPYswDgf7VX, http://www.playvid.com/watch/71k5Tf2VKYu, http://www.playvid.com/watch/HrQDO6VDWsT, http://www.playvid.com/watch/Ow0wEPoWBPl, http://www.playvid.com/watch/4ppir8FHjtl, http://www.playvid.com/watch/u6_lRNlTHly, http://www.playvid.com/watch/CgNK8aAju0C, http://www.playvid.com/watch/5jss_Ugfknw, http://www.playvid.com/watch/ogUf25bI0Qa, http://www.playvid.com/watch/3zKwX4Pbv5n, http://www.playvid.com/watch/ph7SkTjZwsF, http://www.playvid.com/watch/73EbcTPoHwT, http://www.playvid.com/watch/HBE2q5C5pxV, http://www.playvid.com/watch/C9fJ4VSkth3, http://www.playvid.com/watch/qSzbO3Wyf6d, http://www.playvid.com/watch/frcSf7ZNwNg, http://www.playvid.com/watch/oDNF2dzLZyf, http://www.playvid.com/watch/dce3gEdIFoK, http://www.playvid.com/watch/Iq5ecfGFE2p, http://www.playvid.com/watch/jlW3W-j01Aw, http://www.playvid.com/watch/Pk9sRJgsUT3, http://www.playvid.com/watch/yTMpMAqdBDm, http://www.playvid.com/watch/vKFJiz6XyAz, http://www.playvid.com/watch/iDUVIojk20F, http://www.playvid.com/watch/t5UfsEsN28s, http://www.playvid.com/watch/54PtrEA3fNJ, http://www.playvid.com/watch/nP8RH4MgEKz, http://www.playvid.com/watch/cEow98jbY0a, http://www.playvid.com/watch/6QOmgyrBFRz, http://www.playvid.com/watch/5ytskjiwzZY, http://www.playvid.com/watch/icKETXG60HG, http://www.playvid.com/watch/dLMzAmhTcbO, http://www.playvid.com/watch/iUegllME5Gs, http://www.playvid.com/watch/C_V-UXjqOlJ, http://www.playvid.com/watch/xGRHyR3iPAb, http://www.playvid.com/watch/06UeuqH6irA, http://www.playvid.com/watch/VhEEcrQt6V6, http://www.playvid.com/watch/QAxRnTt04bH, http://www.playvid.com/watch/SQwABBSypla, http://www.playvid.com/watch/fBpYREf2LUS, http://www.playvid.com/watch/VDory1uWRdI, http://www.playvid.com/watch/5z2SczlMQM7, http://www.playvid.com/watch/enuP7q84ofM, http://www.playvid.com/watch/2FqTIneS5xC, http://www.playvid.com/watch/tQ_wi2PvUvJ, http://www.playvid.com/watch/lLhWsJGCA8P, http://www.playvid.com/watch/BrCSOJv83AM, http://www.playvid.com/watch/r28AwZoOdqp, http://www.playvid.com/watch/Jm3qZXBYgM4, http://www.playvid.com/watch/vj9qGWDl7PV, http://www.playvid.com/watch/c3o_Sl_bQ46, http://www.playvid.com/watch/cN12Oa71w_x, http://www.playvid.com/watch/oRbyYHxL3mD, http://www.playvid.com/watch/GwSzM28lNYb, http://www.playvid.com/watch/d9SYurIT7Es, http://www.playvid.com/watch/EyOJggAzU-p, http://www.playvid.com/watch/yUg1SrCRCiq, http://www.playvid.com/watch/iIHIwzwZdhE, http://www.playvid.com/watch/8ruF6fukOrk, http://www.playvid.com/watch/ntelDgsiCEP, http://www.playvid.com/watch/wDsoNx3b2bH, http://www.playvid.com/watch/IMVQyK6cL0x, http://www.playvid.com/watch/SLrS09IbAwr, http://www.playvid.com/watch/JL0MDi6nF-y, http://www.playvid.com/watch/SkfOJZXuQcA, http://www.playvid.com/watch/ZD2U-Q39bif, http://www.playvid.com/watch/L8rGzvcR40m, http://www.playvid.com/watch/YNPU-X_e9Nu, http://www.playvid.com/watch/wTKyS7aasC0, http://www.playvid.com/watch/Qb7YUhIC2ok, http://www.playvid.com/watch/i3wFED5qrGT, http://www.playvid.com/watch/uQJWu-53zM4, http://www.playvid.com/watch/Mfl38SNujwI, http://www.playvid.com/watch/b80AvGDTYIg, http://www.playvid.com/watch/s6c9S7zfCuQ, http://www.playvid.com/watch/6z5Xk89nROA, http://www.playvid.com/watch/V9G7MYTLemU, http://www.playvid.com/watch/bRlM5kc-g8i, http://www.playvid.com/watch/a5wgWMn1PYG, http://www.playvid.com/watch/M6OyUy5zrBc, http://www.playvid.com/watch/Fox3quyBNZz, http://www.playvid.com/watch/5cUeyzyHABg, http://www.playvid.com/watch/bgXmj_bNVd6, http://www.playvid.com/watch/lfAPEe1lfEr, http://www.playvid.com/watch/BPiF8cdmp1a, http://www.playvid.com/watch/zu-wCX0OHzC, http://www.playvid.com/watch/LD7akYJL7HT, http://www.playvid.com/watch/hSrJAOPnVzg, http://www.playvid.com/watch/bAT2IdKGzjQ, http://www.playvid.com/watch/RM_R3aKtSpS, http://www.playvid.com/watch/my-P8ZW6P-z
5.f. Date of third notice: 2015-03-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jaydmc2099
5.b. Uploader's email address: mattb1095@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jaydmc2099
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qW2Nvn7hoD5, http://www.playvid.com/watch/0nkDWGsmLnA, http://www.playvid.com/watch/QDju3GmtraM, http://www.playvid.com/watch/0CJdX5gEsDw, http://www.playvid.com/watch/WV8iFN4rI4p, http://www.playvid.com/watch/8d6zkfGCoTE, http://www.playvid.com/watch/SbVtbfmSYvn, http://www.playvid.com/watch/FjeDVrEmwb8, http://www.playvid.com/watch/cpDqpFWd6la, http://www.playvid.com/watch/3OG73SFeWGv, http://www.playvid.com/watch/xkDHIfaZsJ9, http://www.playvid.com/watch/6lPotUo6OfJ, http://www.playvid.com/watch/FuauGKHqHrf, http://www.playvid.com/watch/xnDD5M0gSy9, http://www.playvid.com/watch/WGRLonAViMD, http://www.playvid.com/watch/T6TL-VAZJJz, http://www.playvid.com/watch/ElvO0fSAoev, http://www.playvid.com/watch/VAAbS7704ln, http://www.playvid.com/watch/-IMIrkNym7Q, http://www.playvid.com/watch/sng9tCXRXSs, http://www.playvid.com/watch/IzBhlC5mcse, http://www.playvid.com/watch/tmSZWug7qU5, http://www.playvid.com/watch/Gw0YFrcyMzn
5.f. Date of third notice: 2013-11-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Jaydub824
5.b. Uploader's email address: Jaydub824@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Jaydub824
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VRuNGNo5OeU, http://www.playvid.com/watch/QakppaHg2wY, http://www.playvid.com/watch/mFKvgJn6j0n, http://www.playvid.com/watch/IJTTtBqrrbz
5.f. Date of third notice: 2013-11-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jaytsub
5.b. Uploader's email address: narutofanjay@aol.com
5.d. Uploader's profile: http://www.playvid.com/member/jaytsub
5.e. List of videos posted by uploader: http://www.playvid.com/watch/C8_P37emkaX, http://www.playvid.com/watch/AHiHHDN3nRb, http://www.playvid.com/watch/qvQrJngRx65, http://www.playvid.com/watch/UfwKLQPa-EF, http://www.playvid.com/watch/SDqYkBEElYD, http://www.playvid.com/watch/nyuNVmTfK59, http://www.playvid.com/watch/Zt1LKSwPAeF, http://www.playvid.com/watch/Ty8-ZMVBPLg, http://www.playvid.com/watch/PvMls9OKzQE, http://www.playvid.com/watch/3P3td9mDq_5, http://www.playvid.com/watch/GZDvES6x7EY,

http://www.playvid.com/watch/THuR0_CyEZ4, http://www.playvid.com/watch/APtuktpTteG, http://www.playvid.com/watch/ifmRMom6hLt,
http://www.playvid.com/watch/HYjtTfjFT_7, http://www.playvid.com/watch/QeniUMCGB9y, http://www.playvid.com/watch/MrTAqgbZl-C,
http://www.playvid.com/watch/ECVNVNk3OC5, http://www.playvid.com/watch/CwNJZWgG4Ke, http://www.playvid.com/watch/h6g13QUrhCD,
http://www.playvid.com/watch/D8K3gFUZRaT, http://www.playvid.com/watch/8Hiy5aGACzA, http://www.playvid.com/watch/mkdE4c70_MK,
http://www.playvid.com/watch/8DaAf4qdwzZ, http://www.playvid.com/watch/446ph4Alwwm, http://www.playvid.com/watch/9WctSUKE4-B,
http://www.playvid.com/watch/GH_qxIhEOY4, http://www.playvid.com/watch/oMkkkKCXGiA, http://www.playvid.com/watch/aY_ti7IUomk,
http://www.playvid.com/watch/tYdumE3j-Uo, http://www.playvid.com/watch/XKv-lyVUWDz, http://www.playvid.com/watch/qQperGZh6j9,
http://www.playvid.com/watch/6nIWCvt-4Rw, http://www.playvid.com/watch/BMVVqCtkyFV, http://www.playvid.com/watch/7qE45cMud3O,
http://www.playvid.com/watch/nG2uEoqBwYh, http://www.playvid.com/watch/lgM5w3dCdCr, http://www.playvid.com/watch/o4EqwQYmG3f,
http://www.playvid.com/watch/DWojacWTvnI, http://www.playvid.com/watch/j-fqMYePDyG, http://www.playvid.com/watch/OOvHSWgtkTf,
http://www.playvid.com/watch/gzUfubOM3a2, http://www.playvid.com/watch/oZ_fkb05-Zk, http://www.playvid.com/watch/RFL9tTiFxcL,
http://www.playvid.com/watch/IICkFW4reLs, http://www.playvid.com/watch/iA-CtZMLu9M, http://www.playvid.com/watch/DPjpgkaHD0C,
http://www.playvid.com/watch/Yfshq8aYECw, http://www.playvid.com/watch/rMQ9VBX2jXd, http://www.playvid.com/watch/YECZK0YRtpP,
http://www.playvid.com/watch/kpXpOm2jU_i, http://www.playvid.com/watch/tKcZCTYJsiJ, http://www.playvid.com/watch/WozIs5Po50O,
http://www.playvid.com/watch/KdLgh0cqY0w, http://www.playvid.com/watch/eMS11as_UHY, http://www.playvid.com/watch/QewjsILcIJW,
http://www.playvid.com/watch/gSXBDRXLHhP, http://www.playvid.com/watch/riDu5XIZ1RN, http://www.playvid.com/watch/bwhnJ-i3bTd,
http://www.playvid.com/watch/Y0tOo65Irsj, http://www.playvid.com/watch/RojTKoN-j8L, http://www.playvid.com/watch/lTweQB8NKm4,
http://www.playvid.com/watch/kZFUEknk3FY, http://www.playvid.com/watch/JkEPV2j3zZe, http://www.playvid.com/watch/KtN_WesOe2S,
http://www.playvid.com/watch/m5_TBQENhvN, http://www.playvid.com/watch/msasEmtW3cs, http://www.playvid.com/watch/nl9VI-VjOgc,
http://www.playvid.com/watch/a2eIXyGy5AL, http://www.playvid.com/watch/0QUz9pj_d2A, http://www.playvid.com/watch/CsJ2eOLMV4d,
http://www.playvid.com/watch/kQ9k46pen5I, http://www.playvid.com/watch/aGEOKr0Tian, http://www.playvid.com/watch/L9apKxtCyju,
http://www.playvid.com/watch/EA1678yCpVW, http://www.playvid.com/watch/6DVGaxi6rWA, http://www.playvid.com/watch/V4Q3meLt4PP,
http://www.playvid.com/watch/iRNWq1pvrhs, http://www.playvid.com/watch/H7z4bCzPPSK, http://www.playvid.com/watch/QPmWQZkwoe6,
http://www.playvid.com/watch/dLMLWDAKwUa, http://www.playvid.com/watch/dif9XGXTpnG, http://www.playvid.com/watch/2YRkdjZarjr,
http://www.playvid.com/watch/C_R5-QkHUTA, http://www.playvid.com/watch/Pv8SiP1AgIJ, http://www.playvid.com/watch/X-N3rfXnNUX,
http://www.playvid.com/watch/jeU6c1qIB-N, http://www.playvid.com/watch/7tuNKt3yNpE, http://www.playvid.com/watch/E89cQAXhHRN,
http://www.playvid.com/watch/k-H1jxpOvUo, http://www.playvid.com/watch/SYHpUWPkyxP, http://www.playvid.com/watch/4Hh0Iyw6Cvv,
http://www.playvid.com/watch/CFQywrTq5JP, http://www.playvid.com/watch/cMWbyKFSGQE, http://www.playvid.com/watch/R0waFVu_6ve,
http://www.playvid.com/watch/yb2K6TIE5xQ, http://www.playvid.com/watch/YkHNoQtLxrB, http://www.playvid.com/watch/c9z1WWVcMf4,
http://www.playvid.com/watch/ENXC_16W4-b, http://www.playvid.com/watch/xSa5z2mQHAs, http://www.playvid.com/watch/lNKJUYCaZAO,
http://www.playvid.com/watch/n-kJ0JhBSBr, http://www.playvid.com/watch/vnd3Mug5AhR, http://www.playvid.com/watch/vJeudWkPB5e,
http://www.playvid.com/watch/8zRY9qp_VXR, http://www.playvid.com/watch/MbjzaV24rUd, http://www.playvid.com/watch/uqHlf-umi1r,
http://www.playvid.com/watch/8gddhQiYDra, http://www.playvid.com/watch/o7HEp7pkAy0, http://www.playvid.com/watch/kP7wHahY_qc,
http://www.playvid.com/watch/igIqYR5gXcL, http://www.playvid.com/watch/KWAz3sM7KIX, http://www.playvid.com/watch/iNcPkCQTAsH,
http://www.playvid.com/watch/ALW8EKI_B0H, http://www.playvid.com/watch/X5-9vAOx1l6, http://www.playvid.com/watch/zDSlx9Qhiw0,
http://www.playvid.com/watch/QUcJUFYfsi9, http://www.playvid.com/watch/jcPdzPMaJyE, http://www.playvid.com/watch/GU60lvb3odZ,
http://www.playvid.com/watch/h8nMW3VXptK, http://www.playvid.com/watch/wEYx6vsifbM, http://www.playvid.com/watch/ZXKIRbA85Dx,
http://www.playvid.com/watch/UsHSKc7zpil, http://www.playvid.com/watch/whvR1kPB2lj, http://www.playvid.com/watch/2i-ZeaQEoJT,
http://www.playvid.com/watch/SUxm2NfgUl4, http://www.playvid.com/watch/gbRv604BYoO, http://www.playvid.com/watch/VhA30emzwhd,
http://www.playvid.com/watch/23EZojhTo4c, http://www.playvid.com/watch/Dzu6Te9ScDf, http://www.playvid.com/watch/V0omgNeoZWV,
http://www.playvid.com/watch/O8pBbJo2vOO, http://www.playvid.com/watch/q2nxgQmOWaY, http://www.playvid.com/watch/my5Z8InzdLN,
http://www.playvid.com/watch/IrWUnX-Dolr, http://www.playvid.com/watch/VK2gjJwe7oF, http://www.playvid.com/watch/bxkW6fGWbYj,
http://www.playvid.com/watch/PWO-uk54mBo, http://www.playvid.com/watch/aUhm4KG4-C0, http://www.playvid.com/watch/yQcGpjHoiQw,
http://www.playvid.com/watch/0VEWOU6Xkwp, http://www.playvid.com/watch/sZLVRlvHCVN, http://www.playvid.com/watch/GjMfb2dTY9l,
http://www.playvid.com/watch/2vViod77-Lt, http://www.playvid.com/watch/AMvmE-ODTUX, http://www.playvid.com/watch/4uRdHaTllSJ,
http://www.playvid.com/watch/UPOdJCzJQ2V, http://www.playvid.com/watch/WzgRMl7Oa9t, http://www.playvid.com/watch/an_q9SaPzEQ,
http://www.playvid.com/watch/j5WwZZOU1qw, http://www.playvid.com/watch/cDKzctXVPtx, http://www.playvid.com/watch/LSC6vxJYqf2,
http://www.playvid.com/watch/YNt88L4nvBj, http://www.playvid.com/watch/H42yEUMFaT8, http://www.playvid.com/watch/pKskF7GvYKO,
http://www.playvid.com/watch/SJvU6fIoB-R, http://www.playvid.com/watch/h7otvJPkN6W, http://www.playvid.com/watch/DieuVkcZo3Z,
http://www.playvid.com/watch/8dM63-TDye9, http://www.playvid.com/watch/uJIaGELmAl5, http://www.playvid.com/watch/6Hdjo1-fDtj,
http://www.playvid.com/watch/D2Se3tNSM-o, http://www.playvid.com/watch/fqgNvmq5Jin, http://www.playvid.com/watch/WG4SaF3xynZ,
http://www.playvid.com/watch/XVEoHDv84k5, http://www.playvid.com/watch/Lns3wzFsPlH, http://www.playvid.com/watch/ZYuqTnzeHV4,
http://www.playvid.com/watch/s6glebN0pJ0, http://www.playvid.com/watch/AqlVq0RP-yI, http://www.playvid.com/watch/slDbM-oBgVz,
http://www.playvid.com/watch/Tobyc9nOgLZ, http://www.playvid.com/watch/R1n5Yr0wioW, http://www.playvid.com/watch/gMvTxYKhssD,
http://www.playvid.com/watch/66LVCtQIfq5, http://www.playvid.com/watch/WAxogO6uSXw, http://www.playvid.com/watch/iuRNbkBzzyu,
http://www.playvid.com/watch/rMpPy7eXYWm, http://www.playvid.com/watch/iRUdEm9A7d8, http://www.playvid.com/watch/pBJt9axJi1S,
http://www.playvid.com/watch/wi05AHJ4mah, http://www.playvid.com/watch/f17Zd2qHZr5, http://www.playvid.com/watch/Z7ieb9p-OuG,
http://www.playvid.com/watch/p4EUynRc_Ak, http://www.playvid.com/watch/QQ8d71-LdVL, http://www.playvid.com/watch/Bi0M9r__QIr,
http://www.playvid.com/watch/s9TqEAAdTh9, http://www.playvid.com/watch/0fRuiSSz3Ua, http://www.playvid.com/watch/b6eGDvRBIFz,
http://www.playvid.com/watch/WiusSpxpDDK, http://www.playvid.com/watch/JqBlBy_DQsF, http://www.playvid.com/watch/h-_kJfvlhbe,
http://www.playvid.com/watch/o6aiH_OwNUr, http://www.playvid.com/watch/Ujir821BGhF, http://www.playvid.com/watch/KjVqe5_qgr2,
http://www.playvid.com/watch/LS35utN11SO, http://www.playvid.com/watch/4PWTs9OzNCO, http://www.playvid.com/watch/a1_xbvRFOv4,
http://www.playvid.com/watch/ODadC6isfvr, http://www.playvid.com/watch/NipFnBI8DlJ, http://www.playvid.com/watch/UAYutxKG19w,
http://www.playvid.com/watch/gemjj-JtL6u, http://www.playvid.com/watch/GxHKiAg5ZS7, http://www.playvid.com/watch/7MdkedNLDzz,
http://www.playvid.com/watch/wMmN5dU0GaB, http://www.playvid.com/watch/Mi_WyNoUK7F, http://www.playvid.com/watch/hdUq91ILDNe,
http://www.playvid.com/watch/yu4ipnwpMW0, http://www.playvid.com/watch/yzzUjwwajGj, http://www.playvid.com/watch/EY0GTOuCOOx,
http://www.playvid.com/watch/MtTV6dWiq_y, http://www.playvid.com/watch/C1dLOprbnBd, http://www.playvid.com/watch/I3qXAyeKGYM,
http://www.playvid.com/watch/2Ho4g5nDpGD, http://www.playvid.com/watch/zpAXwznM8mr, http://www.playvid.com/watch/OaOjjnHubzw,
http://www.playvid.com/watch/2QNq0hVDFVt, http://www.playvid.com/watch/HXZ1lA1huca, http://www.playvid.com/watch/Ho0Av990Q-W,
http://www.playvid.com/watch/hVsiBVYusLZ, http://www.playvid.com/watch/K19HCs452Px, http://www.playvid.com/watch/hrOsrxZPJHo,
http://www.playvid.com/watch/TPbV4M8Z8_C, http://www.playvid.com/watch/ruUYYYUJ0-h, http://www.playvid.com/watch/kWZ00oVwade,
http://www.playvid.com/watch/mAtlPo1Z53L, http://www.playvid.com/watch/hdOhR_BRl7Y, http://www.playvid.com/watch/RQxBB0rPxRk,
http://www.playvid.com/watch/QC5U3dw05e3, http://www.playvid.com/watch/LdumtKI0HJR, http://www.playvid.com/watch/q6fhVBBGTba,
http://www.playvid.com/watch/Ht1XwMg_FZo, http://www.playvid.com/watch/3crobrTJABN, http://www.playvid.com/watch/3HDXyzKEuJz,
http://www.playvid.com/watch/l0cCIvnfE-r, http://www.playvid.com/watch/YzyUNypOBuE, http://www.playvid.com/watch/ar3PFkb3ZDG,
http://www.playvid.com/watch/4CDGzllEvlD, http://www.playvid.com/watch/WsBp3716byA, http://www.playvid.com/watch/HYtE2rkYEsy,
http://www.playvid.com/watch/i1BaXk7a-Ye, http://www.playvid.com/watch/Fsbp8zZpZex, http://www.playvid.com/watch/pQ6DqAlJRvH,
http://www.playvid.com/watch/aqOTqiVkggr, http://www.playvid.com/watch/KdDsZ8d_YGv, http://www.playvid.com/watch/5_ZMzn1nrTq,
http://www.playvid.com/watch/mNppmdNwztQ, http://www.playvid.com/watch/mUHq55UJMoC, http://www.playvid.com/watch/Mb8pHCx4R5p,
http://www.playvid.com/watch/p_5uHhN-hu3, http://www.playvid.com/watch/LJvhUUDZIjC, http://www.playvid.com/watch/MlLvpk0oGgK,
http://www.playvid.com/watch/4caeSVj_EJ3, http://www.playvid.com/watch/Xdw7ZZdxFtA, http://www.playvid.com/watch/gGerEw9LvvL,
http://www.playvid.com/watch/bNOjPShQKpJ, http://www.playvid.com/watch/Gwic7WsSn1k, http://www.playvid.com/watch/4c8LObRPQLx,
http://www.playvid.com/watch/reh-QUQFv3b, http://www.playvid.com/watch/6gDRwiZEKL4, http://www.playvid.com/watch/c_4dVB_2uq8,
http://www.playvid.com/watch/Qsw9aiSMmT5, http://www.playvid.com/watch/e6O5mxF6-7R, http://www.playvid.com/watch/KosdA6elYNt,
http://www.playvid.com/watch/dnOcpFhzH5L, http://www.playvid.com/watch/wUwJ7qZi7QH, http://www.playvid.com/watch/qdEje5HeoJs,
http://www.playvid.com/watch/etEKnGzLrMi, http://www.playvid.com/watch/HwPQfqMuv2F, http://www.playvid.com/watch/sT1Xlt2tFRe,
http://www.playvid.com/watch/MzeF7INe5Fk, http://www.playvid.com/watch/NDh_dOSBfIe, http://www.playvid.com/watch/7lSe1pBhtXy,
http://www.playvid.com/watch/G3bk6y5pHKp, http://www.playvid.com/watch/I5GaUFz1lzE, http://www.playvid.com/watch/q00nsx0dDYY,
http://www.playvid.com/watch/3oEaa9VrFGE, http://www.playvid.com/watch/hIagM6bApPn, http://www.playvid.com/watch/N8Ej5xhLLMz,
http://www.playvid.com/watch/59Wz0W7vGak, http://www.playvid.com/watch/mGUBfUuDcXa, http://www.playvid.com/watch/4E0UGzALHFQ,
http://www.playvid.com/watch/Stt2U84cCmi, http://www.playvid.com/watch/CwHpZ4kl8-o, http://www.playvid.com/watch/oRcUAgSPIGN,
http://www.playvid.com/watch/wP35N_JA1U4, http://www.playvid.com/watch/8SdjkLzryVp, http://www.playvid.com/watch/KOZGqoHI7JK,
http://www.playvid.com/watch/5CJJ5yPAi3a, http://www.playvid.com/watch/DgaD-rVWZZm, http://www.playvid.com/watch/yIs0_vIVC26,
http://www.playvid.com/watch/rpuzQtd2nfy, http://www.playvid.com/watch/mCyL2wY4eCq, http://www.playvid.com/watch/ySvpgGOVilu,
http://www.playvid.com/watch/pe2eUCz6Da5, http://www.playvid.com/watch/e7ALcD2Cz5e, http://www.playvid.com/watch/eBETSh7-hTq,
http://www.playvid.com/watch/BAPxIU2aopm, http://www.playvid.com/watch/AeO0kktrkXN, http://www.playvid.com/watch/8EuB71kKq2p,

http://www.playvid.com/watch/Lxz4ZHKY5k3, http://www.playvid.com/watch/El0rBMBh6_3, http://www.playvid.com/watch/nmn-ZCO92_q,
http://www.playvid.com/watch/VsOEeQkja7W, http://www.playvid.com/watch/X-2MeZ6_GnB, http://www.playvid.com/watch/qqM-kaDGZCD,
http://www.playvid.com/watch/Op05nj5-g9f, http://www.playvid.com/watch/m4iEm3tXLHH, http://www.playvid.com/watch/YKLps8Asriv,
http://www.playvid.com/watch/HXgxlVdeNZL, http://www.playvid.com/watch/ijaHrSFUKOT, http://www.playvid.com/watch/ErwHCKQs2Bf,
http://www.playvid.com/watch/CxRXuxjjcmh, http://www.playvid.com/watch/ocTFmj6FItj, http://www.playvid.com/watch/phpmKT0Mb3A,
http://www.playvid.com/watch/ZNeHALXsQyy, http://www.playvid.com/watch/SpMgvAodtim, http://www.playvid.com/watch/499NJLPl2hN,
http://www.playvid.com/watch/dHif3ZIYFwB, http://www.playvid.com/watch/gEuoNTzOVNN, http://www.playvid.com/watch/E_eNHjyXjUx,
http://www.playvid.com/watch/vle2bB1Hb3J, http://www.playvid.com/watch/XOs1fLD9fGY, http://www.playvid.com/watch/k510fMXUkti,
http://www.playvid.com/watch/lt_HLigV-ir, http://www.playvid.com/watch/4JScEqUAP8c, http://www.playvid.com/watch/pMF2GirVAMC,
http://www.playvid.com/watch/YjW5Tvyk4b8, http://www.playvid.com/watch/MGOaCc0uYrB, http://www.playvid.com/watch/ebp5hq2s-q6,
http://www.playvid.com/watch/Jb3mOlQNZEF, http://www.playvid.com/watch/GbLurSGgjk3, http://www.playvid.com/watch/aVxZMCPbecB,
http://www.playvid.com/watch/KSQauk7mGXJ, http://www.playvid.com/watch/Mqovnr1qDOI, http://www.playvid.com/watch/RH_pP84WyDA,
http://www.playvid.com/watch/qPuW0L9BONI, http://www.playvid.com/watch/Wh2xdEBBOdX, http://www.playvid.com/watch/CmCvXz3QaHA,
http://www.playvid.com/watch/deDffytfvSt, http://www.playvid.com/watch/rkf6FHWdf4Y, http://www.playvid.com/watch/lR-HdCxv1g9,
http://www.playvid.com/watch/ICcmKeF7yzf, http://www.playvid.com/watch/zYEwrVLI_qU, http://www.playvid.com/watch/qKjn-_82_t9,
http://www.playvid.com/watch/mFlzHklKN5W, http://www.playvid.com/watch/0UdQDTTQmjP, http://www.playvid.com/watch/jarANcujC-5,
http://www.playvid.com/watch/8GR89ytXWIE, http://www.playvid.com/watch/mdrFAiEa9wP, http://www.playvid.com/watch/De4WzAu_9gj,
http://www.playvid.com/watch/pcEhpkwYWGt, http://www.playvid.com/watch/X_7rpSErySn, http://www.playvid.com/watch/07OvWlSnEd0,
http://www.playvid.com/watch/BkzW8Bwpk0h, http://www.playvid.com/watch/mlnOrqbjfpk, http://www.playvid.com/watch/8U0AMYJbGKH,
http://www.playvid.com/watch/e3-wBPsuqca, http://www.playvid.com/watch/TGXvADYxLtL, http://www.playvid.com/watch/N8lCdx2By2X,
http://www.playvid.com/watch/X7tCLLE3vxz, http://www.playvid.com/watch/M3GkfwfaBaT, http://www.playvid.com/watch/atsIFwuggfD,
http://www.playvid.com/watch/t0vl-jjSwJp, http://www.playvid.com/watch/CyvxuOz7d3C, http://www.playvid.com/watch/OUoj7RvE6Oa,
http://www.playvid.com/watch/Ct10LHftmXo, http://www.playvid.com/watch/aSpz55eVec9, http://www.playvid.com/watch/BRQ2Ql8QgKy,
http://www.playvid.com/watch/XLQ8trScz0F, http://www.playvid.com/watch/tedJfrup2YR, http://www.playvid.com/watch/gJL1QPJK3k8,
http://www.playvid.com/watch/EoCOVyebyaC, http://www.playvid.com/watch/stw6s-a3yeh, http://www.playvid.com/watch/Ysv70xpCel8,
http://www.playvid.com/watch/8-ST-YhR9tF, http://www.playvid.com/watch/An3mwjMITqx, http://www.playvid.com/watch/W2tmmaWQ1JW,
http://www.playvid.com/watch/HTWp3Sq7yVP, http://www.playvid.com/watch/SpNvKo1ky_s, http://www.playvid.com/watch/9TAai8FCHAE,
http://www.playvid.com/watch/9d0sV2k4tdA, http://www.playvid.com/watch/6qEN_W7MqI7, http://www.playvid.com/watch/MG1_vSfgZhr,
http://www.playvid.com/watch/obf1WhgsjrN, http://www.playvid.com/watch/kJjdmqgJwID, http://www.playvid.com/watch/j6eRfi28Lq4,
http://www.playvid.com/watch/QB04xx_ItCX, http://www.playvid.com/watch/ZaUbeIviEyT, http://www.playvid.com/watch/7ODfLMAWdxo,
http://www.playvid.com/watch/Sa_8WpViPku, http://www.playvid.com/watch/aWs1Q2j2U5Y, http://www.playvid.com/watch/Gm1vmr-BRE9,
http://www.playvid.com/watch/oV9PseMneLk, http://www.playvid.com/watch/770XanzKFXX, http://www.playvid.com/watch/HD-P4rlaSN4,
http://www.playvid.com/watch/q2zxz5SOVIL, http://www.playvid.com/watch/K_kBOf67Gtr, http://www.playvid.com/watch/tdw25b81Wzv,
http://www.playvid.com/watch/AZDXOD0Zhmx
5.f. Date of third notice: 2015-11-09 14:09:48
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jdpm1991
5.b. Uploader's email address: xbreathemusic91x@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jdpm1991
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0LTSNjRnmRB, http://www.playvid.com/watch/CsRK3SDDkKa,
http://www.playvid.com/watch/gVMX87bKg1A, http://www.playvid.com/watch/S_MDupNCvYK, http://www.playvid.com/watch/57h6RMX1noE,
http://www.playvid.com/watch/y8v70rS0Xfv, http://www.playvid.com/watch/XV2g_2MrTjj, http://www.playvid.com/watch/XnSiBXpGOVn,
http://www.playvid.com/watch/QuovbD-T2YA, http://www.playvid.com/watch/ipNX1GNWtK9, http://www.playvid.com/watch/ZwzYRON2FQ5,
http://www.playvid.com/watch/aZUjjzH0x-J, http://www.playvid.com/watch/Gz-ShW3mJZa, http://www.playvid.com/watch/51QVKxoTkLo,
http://www.playvid.com/watch/vyWJXAPWv6h, http://www.playvid.com/watch/NtC5zt7IGxY, http://www.playvid.com/watch/QAwQkudqHVY,
http://www.playvid.com/watch/wyn21sTJkEh, http://www.playvid.com/watch/EV4dYjOVQUm, http://www.playvid.com/watch/LRcCYvhBumP,
http://www.playvid.com/watch/XplE_aVkMxj, http://www.playvid.com/watch/pjEywZ0sucX, http://www.playvid.com/watch/UDdLmRdRY1k,
http://www.playvid.com/watch/zWFq-87iLVL, http://www.playvid.com/watch/6fEaIJx8WuR, http://www.playvid.com/watch/Tmm3w-NXCEs,
http://www.playvid.com/watch/5MbzbD28Pgu, http://www.playvid.com/watch/eqvWF6V6h-f, http://www.playvid.com/watch/aipWtXvXyNy,
http://www.playvid.com/watch/6tEfYyUDbWd, http://www.playvid.com/watch/rRAPJ3B4X6g, http://www.playvid.com/watch/3y2SoGpnvJa,
http://www.playvid.com/watch/f_w-FV7aPoG, http://www.playvid.com/watch/Ir5dMSvQUJj, http://www.playvid.com/watch/rZRw-4tKdkK,
http://www.playvid.com/watch/w0tw28uuQmy, http://www.playvid.com/watch/RNbBHmg3qMy, http://www.playvid.com/watch/pJEZAzroLS8,
http://www.playvid.com/watch/ONZIBxYMTx7, http://www.playvid.com/watch/lkXeZUaVvKE, http://www.playvid.com/watch/uXjNp0IEQrn,
http://www.playvid.com/watch/ub3Ld7CSs-0, http://www.playvid.com/watch/aoodPcFfXHC, http://www.playvid.com/watch/51HHKg6Xemu,
http://www.playvid.com/watch/FI8j81ZvMok, http://www.playvid.com/watch/aAVE0HkW0oB, http://www.playvid.com/watch/SRUfbErvW2v,
http://www.playvid.com/watch/e78-DQkWL6P, http://www.playvid.com/watch/VptXFHmo9-2, http://www.playvid.com/watch/TvIi1ChS0tW,
http://www.playvid.com/watch/mpPpKfnOv2y, http://www.playvid.com/watch/C0BBXbGF7qS, http://www.playvid.com/watch/TNgixqgILgy,
http://www.playvid.com/watch/gzh4VYxeg-C
5.f. Date of third notice: 2015-08-31 21:58:01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jeep
5.b. Uploader's email address: mikemikle@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jeep
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3kFheIgD10s, http://www.playvid.com/watch/j7-UoVpdMp3,
http://www.playvid.com/watch/0dbuSNJEKoT, http://www.playvid.com/watch/iRTKTda3RP6, http://www.playvid.com/watch/wdWG0Zffg9c,
http://www.playvid.com/watch/7Bzm3HWS05w, http://www.playvid.com/watch/tkd8ZbuegKw, http://www.playvid.com/watch/em5uOVxPj3y,
http://www.playvid.com/watch/D2D816n3UtX, http://www.playvid.com/watch/yVAuVaI6sTB, http://www.playvid.com/watch/jYJpbu1aafi,
http://www.playvid.com/watch/Ec-0Gl4nYon, http://www.playvid.com/watch/WOL6GJMuFRJ, http://www.playvid.com/watch/Ww5vSVoCoM6,
http://www.playvid.com/watch/zW5T2IqqHJf, http://www.playvid.com/watch/74kAg1uwtxL, http://www.playvid.com/watch/RY_0JGwbNNa,
http://www.playvid.com/watch/QhOVXCN3R-c, http://www.playvid.com/watch/BUSnexCTRZX, http://www.playvid.com/watch/qxy2tcNkYrO,
http://www.playvid.com/watch/mnLcwFi-2dH, http://www.playvid.com/watch/LgNIO22Q604, http://www.playvid.com/watch/nuuODv98VV2,
http://www.playvid.com/watch/QtBp6l2FDty, http://www.playvid.com/watch/qNRZP6Kfois, http://www.playvid.com/watch/GeVQgnI9RJe,
http://www.playvid.com/watch/oG1VwLjfFKa, http://www.playvid.com/watch/9oQmnPh3YS7, http://www.playvid.com/watch/qhvrSetUOXm,
http://www.playvid.com/watch/rSg4rdSpFFT, http://www.playvid.com/watch/gdEpbUuFHJt, http://www.playvid.com/watch/HLT5bCzNlq6,
http://www.playvid.com/watch/uINF78sVfQN, http://www.playvid.com/watch/fyFp9gLHkrB, http://www.playvid.com/watch/Osbr9TDzafX,
http://www.playvid.com/watch/YqEGKnnDEia, http://www.playvid.com/watch/irZzY7bOtfT, http://www.playvid.com/watch/ezklUWZ6N8c,
http://www.playvid.com/watch/xdejk0qhVs8, http://www.playvid.com/watch/VFjw98Jep3A, http://www.playvid.com/watch/L9t-7waddwT,
http://www.playvid.com/watch/gE3oN2huecv, http://www.playvid.com/watch/Q0vWzbEdiud, http://www.playvid.com/watch/t_SF05JITQ8,
http://www.playvid.com/watch/d2HHdaD7W-n, http://www.playvid.com/watch/YxA7PN3TNeg, http://www.playvid.com/watch/HjdsOsWBQB6,
http://www.playvid.com/watch/kD-58xlqhqf, http://www.playvid.com/watch/gJDoJUrS49Y, http://www.playvid.com/watch/ntwe-s73ECx,
http://www.playvid.com/watch/IbvS3z_0M1J, http://www.playvid.com/watch/zRjBRQpPPbm, http://www.playvid.com/watch/2CEgvFYBGj3,
http://www.playvid.com/watch/UR2ygX3O5lr, http://www.playvid.com/watch/nsQF8sBteBL, http://www.playvid.com/watch/I3tiW2QfqPV,
http://www.playvid.com/watch/ezazqODqUFg, http://www.playvid.com/watch/FNL4p1P5iIh, http://www.playvid.com/watch/dlZgFd1vxnM,
http://www.playvid.com/watch/VL1ds7Y7XcS, http://www.playvid.com/watch/PB1rPxVHdSb, http://www.playvid.com/watch/nk4huC8sR6C,
http://www.playvid.com/watch/bvDQi5GKdUp, http://www.playvid.com/watch/2fEDksekCq9, http://www.playvid.com/watch/l9ipXaud8eN,
http://www.playvid.com/watch/h7KXbCyz4Jh, http://www.playvid.com/watch/SZuiOertXRP, http://www.playvid.com/watch/kXSmregZYvc,
http://www.playvid.com/watch/LLDfc9zqWwE, http://www.playvid.com/watch/RYIQJkn-9ZP, http://www.playvid.com/watch/AEdQFdqCqum,
http://www.playvid.com/watch/eoF68gv4WRT, http://www.playvid.com/watch/Qtbm9geYTAv, http://www.playvid.com/watch/jRzBFkj2lf5,
http://www.playvid.com/watch/eS8YFRAt5B2, http://www.playvid.com/watch/w32L20yH1ie, http://www.playvid.com/watch/XoMeQ2z4fi5,
http://www.playvid.com/watch/eO78NG9Bnvy, http://www.playvid.com/watch/CfuMxM1eYJ2, http://www.playvid.com/watch/ikjNsrXbZlr,
http://www.playvid.com/watch/Z28UvbHtj3N, http://www.playvid.com/watch/d78EOms5iv4, http://www.playvid.com/watch/CxdMj2gIlfY,
http://www.playvid.com/watch/K6jhANQpBrZ, http://www.playvid.com/watch/NFG69E2ZIWu, http://www.playvid.com/watch/Q843m1KFRYT,
http://www.playvid.com/watch/Zdoh0p7aInn, http://www.playvid.com/watch/iheI-jQ6JjR, http://www.playvid.com/watch/m-eLuJmqSb4,
http://www.playvid.com/watch/FG_FtG0NksZ, http://www.playvid.com/watch/DM3fgjpcQhY, http://www.playvid.com/watch/J9G7pyagNEX,

http://www.playvid.com/watch/wh1w9eHInxe, http://www.playvid.com/watch/hdco4ZH419z, http://www.playvid.com/watch/h0sq6tewnIN,
http://www.playvid.com/watch/BZDP4AEDU1P, http://www.playvid.com/watch/UVMJicSzjlo, http://www.playvid.com/watch/C1BRkdlN1I0,
http://www.playvid.com/watch/NDzDQOQ6GzQ, http://www.playvid.com/watch/CZiz0uZ9tgV, http://www.playvid.com/watch/JJaOsd9t6sb,
http://www.playvid.com/watch/WgFkAcNwyVl, http://www.playvid.com/watch/ROvxQtWOzlY, http://www.playvid.com/watch/EPC8nvK6vUC,
http://www.playvid.com/watch/7AUogD9oQ-X, http://www.playvid.com/watch/4gjJxM-kNdJ, http://www.playvid.com/watch/fUK4VmUiWuB,
http://www.playvid.com/watch/AbjJoOZ0bi6, http://www.playvid.com/watch/eZ55DoCTELi, http://www.playvid.com/watch/yd0isy1icUC,
http://www.playvid.com/watch/e9S-Drc96Wz, http://www.playvid.com/watch/Hz7GL6pR3Ad, http://www.playvid.com/watch/PoqkpMyYM0F,
http://www.playvid.com/watch/f0awp-PlZjP, http://www.playvid.com/watch/2Ac-P9-nr_C, http://www.playvid.com/watch/aJFqOSt0ZjO,
http://www.playvid.com/watch/xBVWX-Z_yCW, http://www.playvid.com/watch/ZAY5ZbrwryK, http://www.playvid.com/watch/FjIxdzF6jo7,
http://www.playvid.com/watch/wNu7Ho0Msab, http://www.playvid.com/watch/7JOBaqhUjhv, http://www.playvid.com/watch/IPJNw2sXx04,
http://www.playvid.com/watch/r7ZdR5poxzs, http://www.playvid.com/watch/Zpo3NLgLwrA, http://www.playvid.com/watch/ublUQgvE1UO,
http://www.playvid.com/watch/WxaQQSUWkZN, http://www.playvid.com/watch/HzwaIMS8UeF, http://www.playvid.com/watch/DBKopVFvWCW,
http://www.playvid.com/watch/AO-DtqDL3qe, http://www.playvid.com/watch/0werFfSjYfh, http://www.playvid.com/watch/Psce4q78Vcr,
http://www.playvid.com/watch/HKyLKcIKp0H, http://www.playvid.com/watch/ybDIwcJfpVJ, http://www.playvid.com/watch/vNacOGa9zdW,
http://www.playvid.com/watch/fyT9uxJblbC, http://www.playvid.com/watch/JhT9Jo4gtUF, http://www.playvid.com/watch/hxei0PmnlTB,
http://www.playvid.com/watch/aPFggnx8kxT, http://www.playvid.com/watch/MqGC6SXGU1p, http://www.playvid.com/watch/sipOcTncifC,
http://www.playvid.com/watch/ayzXV2e1gnT, http://www.playvid.com/watch/u80SRroTS-H, http://www.playvid.com/watch/gIzW5A1b2Or,
http://www.playvid.com/watch/a97-pJGlplr, http://www.playvid.com/watch/Jzc6MMAvxzC, http://www.playvid.com/watch/ACPH4qQ0-Ot,
http://www.playvid.com/watch/Q-THwlNpDC0, http://www.playvid.com/watch/9hPYqvw1Bjk, http://www.playvid.com/watch/lV9XBwPdS4b,
http://www.playvid.com/watch/nMMZzCkATfO, http://www.playvid.com/watch/EZ8MMiucGCj, http://www.playvid.com/watch/77t9UjjWMie,
http://www.playvid.com/watch/SnEHgVuyCVh, http://www.playvid.com/watch/q5_F1xBGvpr, http://www.playvid.com/watch/INrpVxMPq4p,
http://www.playvid.com/watch/crkDHRlrxPc, http://www.playvid.com/watch/NdAdyXV5KWi, http://www.playvid.com/watch/ShNIBRcWgZJ,
http://www.playvid.com/watch/Sfd7Hal06nE, http://www.playvid.com/watch/BU9QpIbTFH2, http://www.playvid.com/watch/KyxuIZp2yLX,
http://www.playvid.com/watch/ignU0HqisOf, http://www.playvid.com/watch/U18BWildgVO, http://www.playvid.com/watch/8DK67eSlBQm,
http://www.playvid.com/watch/bwm6LqlikFq, http://www.playvid.com/watch/sCRyt6iOyUC, http://www.playvid.com/watch/C2dzTveF82E,
http://www.playvid.com/watch/V0RHKGQNurT, http://www.playvid.com/watch/QiiRNp-s350, http://www.playvid.com/watch/5RPs88pPl_5,
http://www.playvid.com/watch/zh-4r8_WXIh, http://www.playvid.com/watch/dfoV_q2LYQD, http://www.playvid.com/watch/MBx0VAdQxYn,
http://www.playvid.com/watch/Vcfmwadx8gx, http://www.playvid.com/watch/NMBqsz5GPQr, http://www.playvid.com/watch/YZStEShe6u4,
http://www.playvid.com/watch/TOjLwa12CyE, http://www.playvid.com/watch/QIX0mR1OALo, http://www.playvid.com/watch/MwuMHt272U3,
http://www.playvid.com/watch/GHH4GyjgF0M, http://www.playvid.com/watch/9TuC0-qRtZl, http://www.playvid.com/watch/b_eflzD0QHs,
http://www.playvid.com/watch/r_d-zl7s0mZ, http://www.playvid.com/watch/nSNvcDFkK2a, http://www.playvid.com/watch/33L_AU-ffCy,
http://www.playvid.com/watch/U8oRaaycqQ9, http://www.playvid.com/watch/UKrCrusmdht, http://www.playvid.com/watch/r3IMrEIx576,
http://www.playvid.com/watch/WVESCz58npY, http://www.playvid.com/watch/tj4eJ1QnOk7, http://www.playvid.com/watch/KelqghiVMDF,
http://www.playvid.com/watch/7B9WjKK00dF, http://www.playvid.com/watch/pRj1bW4qGkD, http://www.playvid.com/watch/D4u0lP8fAbo,
http://www.playvid.com/watch/D0_j28HTYb8, http://www.playvid.com/watch/ruks8HKG-w0, http://www.playvid.com/watch/OH67Cvwsgrq,
http://www.playvid.com/watch/2NR2iLQXfIb, http://www.playvid.com/watch/GzXzsaQvqEE, http://www.playvid.com/watch/iQjlzLGkbQK,
http://www.playvid.com/watch/CluydRRC3N7, http://www.playvid.com/watch/mi8THfZb5Bh, http://www.playvid.com/watch/Z4ti40R1Gcg,
http://www.playvid.com/watch/4_AukvM_HDo, http://www.playvid.com/watch/XsPskm7AB24, http://www.playvid.com/watch/jTiJFrxqGwM,
http://www.playvid.com/watch/HTRX3RMOF10, http://www.playvid.com/watch/zCg16kZG_OL, http://www.playvid.com/watch/ZHbEQY8q5G3,
http://www.playvid.com/watch/ywqZqxDZIyi, http://www.playvid.com/watch/iBns1_DpG63, http://www.playvid.com/watch/IHhPFZ2bpjc,
http://www.playvid.com/watch/cqoY02-Cj00, http://www.playvid.com/watch/mP5Lo4TI2MA, http://www.playvid.com/watch/wiXjNFGm4XH,
http://www.playvid.com/watch/koJ_31CJZHq, http://www.playvid.com/watch/4IXqju2QFdB, http://www.playvid.com/watch/7yupWjCwoVw,
http://www.playvid.com/watch/QhtR512NSkP, http://www.playvid.com/watch/7CaXPrEtbkJ, http://www.playvid.com/watch/IRY-VS_DSbI,
http://www.playvid.com/watch/nDcnTCJe7wZ, http://www.playvid.com/watch/Qj6xB-Kfe_z, http://www.playvid.com/watch/Kn82uyOYCq3,
http://www.playvid.com/watch/zwtv0-yOwni, http://www.playvid.com/watch/oo_H2CxZQdI, http://www.playvid.com/watch/l9Dq2DvD0Ra,
http://www.playvid.com/watch/4IAABETjayV, http://www.playvid.com/watch/3ZSzYubjrdF, http://www.playvid.com/watch/SFF-Olt-nRU,
http://www.playvid.com/watch/UNZUUM9wHQv, http://www.playvid.com/watch/75GkcCraXI3, http://www.playvid.com/watch/t7cvAvSlCQ5,
http://www.playvid.com/watch/7cTAf5VTlVg, http://www.playvid.com/watch/JyFXgozaW6u, http://www.playvid.com/watch/h5WKWUPvjy4,
http://www.playvid.com/watch/v8ZYfrbGd5b, http://www.playvid.com/watch/hm3JMeYkdrP, http://www.playvid.com/watch/zXTN8uD14ls,
http://www.playvid.com/watch/88JxD-GgdEP, http://www.playvid.com/watch/5cu6DvIpiDI, http://www.playvid.com/watch/9I9JuYwQH8e,
http://www.playvid.com/watch/ZOVSyqg82gs, http://www.playvid.com/watch/g08wnF7s6fP, http://www.playvid.com/watch/6aefczh2mjz,
http://www.playvid.com/watch/2TLmxyLcAuo, http://www.playvid.com/watch/dswIGJ-nIuq, http://www.playvid.com/watch/4sWrjKh9uc5,
http://www.playvid.com/watch/h9OlR-FseeN, http://www.playvid.com/watch/hMR5Cnf1dwk, http://www.playvid.com/watch/QLysJTrcdZ8,
http://www.playvid.com/watch/LUoXpqol_UV, http://www.playvid.com/watch/P1XzMIB_FNf, http://www.playvid.com/watch/zDkgSrkOLhe,
http://www.playvid.com/watch/cXx5i2L4Onq, http://www.playvid.com/watch/GnsolzZOqIQ, http://www.playvid.com/watch/6rnuIl14efj,
http://www.playvid.com/watch/l-B3u4jCTAg, http://www.playvid.com/watch/uOMsUe-kFKb, http://www.playvid.com/watch/PAegUh2RZPp,
http://www.playvid.com/watch/2vXVTrYrPKw, http://www.playvid.com/watch/me_bv58sWym, http://www.playvid.com/watch/Ddf5dFOJfGu,
http://www.playvid.com/watch/D0W-zIH4I8M, http://www.playvid.com/watch/IjXnb1NKaNa, http://www.playvid.com/watch/ToR-9rLdciZ,
http://www.playvid.com/watch/S3K6-2s1Sg7, http://www.playvid.com/watch/pYxPITzg4Lp, http://www.playvid.com/watch/4R7GopDqdAc,
http://www.playvid.com/watch/uzPIvzTmxbY, http://www.playvid.com/watch/wqJBoKsWIdc, http://www.playvid.com/watch/eAjSQSzsTxy,
http://www.playvid.com/watch/Facdl37p9gB, http://www.playvid.com/watch/G2i-t1I22m3, http://www.playvid.com/watch/ATGzc7Jb69u,
http://www.playvid.com/watch/uYrHoCa4mHZ, http://www.playvid.com/watch/oFddh36T0cp, http://www.playvid.com/watch/vgfE7e2Q50y,
http://www.playvid.com/watch/sLG3Lh4uHO5, http://www.playvid.com/watch/BVwMAjALTF2, http://www.playvid.com/watch/Gn6AjkxpN4B,
http://www.playvid.com/watch/25DvFMYn210, http://www.playvid.com/watch/FPBMLR0_i8F, http://www.playvid.com/watch/bWk_zNGNEAL,
http://www.playvid.com/watch/Kr-ssRdSyCS, http://www.playvid.com/watch/YscPhgNbNIX, http://www.playvid.com/watch/ZcKm1g3DwNE,
http://www.playvid.com/watch/BH2YRNWQvUz, http://www.playvid.com/watch/gGdhcAaCT3G, http://www.playvid.com/watch/dg46JzFKmyU,
http://www.playvid.com/watch/oEVKlFiov8b, http://www.playvid.com/watch/rTvb0mTO198, http://www.playvid.com/watch/2Oxy_ofbeIA,
http://www.playvid.com/watch/FnqW0inL-wv, http://www.playvid.com/watch/BZLxiuVAkdS, http://www.playvid.com/watch/B1OCSoMP5j9,
http://www.playvid.com/watch/Awasnml6IrI, http://www.playvid.com/watch/A67q8l__dft, http://www.playvid.com/watch/Qf73FLWw3zB,
http://www.playvid.com/watch/eBxR_l1Ho8Z
5.f. Date of third notice: 2015-01-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jehen
5.b. Uploader's email address: hgmraton@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jehen
5.e. List of videos posted by uploader: http://www.playvid.com/watch/91FdGJ4Sj1C, http://www.playvid.com/watch/adK_u8aMM0S,
http://www.playvid.com/watch/e7JfLax04Vq, http://www.playvid.com/watch/INk_NSWXOzN, http://www.playvid.com/watch/HOC-TV5daAj,
http://www.playvid.com/watch/bXqFBKTEl8t, http://www.playvid.com/watch/zycG7O762_d, http://www.playvid.com/watch/qvxqQVYHrzI
5.f. Date of third notice: 2015-10-13 17:21:03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jenaveve
5.b. Uploader's email address: poulneeto@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jenaveve
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5hhHsTBhSaM, http://www.playvid.com/watch/ZPfyG8PyCVF,
http://www.playvid.com/watch/aCg80tsjq4g, http://www.playvid.com/watch/M8xVwzapqV2, http://www.playvid.com/watch/IDsU4VBgPvw,
http://www.playvid.com/watch/YY4WWeDC4Mj, http://www.playvid.com/watch/JqvZNx6hJgq, http://www.playvid.com/watch/sjbPtQeUzUB,
http://www.playvid.com/watch/YqmBtBks4xL, http://www.playvid.com/watch/4G7eHmZAhD6, http://www.playvid.com/watch/rxY0LApf3rq,
http://www.playvid.com/watch/AjAfk-dT5pd, http://www.playvid.com/watch/UDAUiOwdDcE, http://www.playvid.com/watch/Tc83YPnX3t6,
http://www.playvid.com/watch/xZTkFeU_pn0, http://www.playvid.com/watch/lrlunDkJHYz, http://www.playvid.com/watch/2hQlC1s52vI,
http://www.playvid.com/watch/Y8ECQ98DAVB, http://www.playvid.com/watch/gN9-FBoZwnA, http://www.playvid.com/watch/OA_pj6YV1hj,
http://www.playvid.com/watch/DTdietArN1b, http://www.playvid.com/watch/AJOdYriBAgu, http://www.playvid.com/watch/LVCIHOC9x3D,
http://www.playvid.com/watch/ZnNNFpDnJlZ, http://www.playvid.com/watch/0RWaLIiVVMU, http://www.playvid.com/watch/8JJ5tIfeCUo,
http://www.playvid.com/watch/FU7GtDw1Qyr, http://www.playvid.com/watch/ETkJRRmy4tE, http://www.playvid.com/watch/gexDdLBouJY,
http://www.playvid.com/watch/2mwMqdVByEG, http://www.playvid.com/watch/b9KB_cJNeUH, http://www.playvid.com/watch/hf5P-g2KF2H,

http://www.playvid.com/watch/dubXLJIpAev, http://www.playvid.com/watch/gjN2fMXZfnE, http://www.playvid.com/watch/K7WWgND3S6J,
http://www.playvid.com/watch/pOsewh6GCta, http://www.playvid.com/watch/Kwe8Bi3uNqr, http://www.playvid.com/watch/Hf-ovKGGuwr,
http://www.playvid.com/watch/qwVawB3bdfB, http://www.playvid.com/watch/RY_SUZ5VX1b, http://www.playvid.com/watch/FFntfUCeMXc,
http://www.playvid.com/watch/ZjdWKMWhkzt, http://www.playvid.com/watch/NJ9mQkC9akY, http://www.playvid.com/watch/btxjekgF-X7,
http://www.playvid.com/watch/6pT9af-TehZ, http://www.playvid.com/watch/gulh_kwdiX5, http://www.playvid.com/watch/PVGqk1KrbWm,
http://www.playvid.com/watch/xNAM1YO0rXn, http://www.playvid.com/watch/yvHb8u1OEsu, http://www.playvid.com/watch/kxOZtbIfwis,
http://www.playvid.com/watch/TDy_YS6IQIA, http://www.playvid.com/watch/5l5al3ZzEok, http://www.playvid.com/watch/Ifuc-5xrMjF,
http://www.playvid.com/watch/61iJhYdCWJ2, http://www.playvid.com/watch/sDlDytsDBMJ, http://www.playvid.com/watch/RGUNQHDnLcb,
http://www.playvid.com/watch/TTYb7tIhElJ, http://www.playvid.com/watch/VpTdvm6ug56, http://www.playvid.com/watch/DUcLWZxEOmB,
http://www.playvid.com/watch/B-rwxbc7zKe, http://www.playvid.com/watch/86KlcM8cae3, http://www.playvid.com/watch/cYquJ0-jxWl,
http://www.playvid.com/watch/zkBAThKGIYe, http://www.playvid.com/watch/paJCAwaitpH, http://www.playvid.com/watch/HxHURtWv6mG,
http://www.playvid.com/watch/YmPr22mzqWE, http://www.playvid.com/watch/WYpxfKjGnRQ, http://www.playvid.com/watch/jS9CwNp9TF5,
http://www.playvid.com/watch/ttqE1Uk6zb4, http://www.playvid.com/watch/iyZYSFGyOg8, http://www.playvid.com/watch/x7l89fuYcrN,
http://www.playvid.com/watch/5eriARLdINi, http://www.playvid.com/watch/oMO1bchuSHs, http://www.playvid.com/watch/XxVm0SjJlQx,
http://www.playvid.com/watch/qwwlYEAhFkH, http://www.playvid.com/watch/y5aOxlJya9b, http://www.playvid.com/watch/R6IARJH1uO2,
http://www.playvid.com/watch/ogwurSwE6fM, http://www.playvid.com/watch/cqbU7Z80G_6, http://www.playvid.com/watch/ImcxXVEWELr,
http://www.playvid.com/watch/D7f_UjX2qik, http://www.playvid.com/watch/8ERry0m7Ren, http://www.playvid.com/watch/7bRncSUovH4,
http://www.playvid.com/watch/3e7xolpAhST, http://www.playvid.com/watch/MyIiUrW29rs, http://www.playvid.com/watch/o6POxCg-yx9,
http://www.playvid.com/watch/iqvUJ5d4LzG, http://www.playvid.com/watch/0oYsibms6wO, http://www.playvid.com/watch/74J0r_6giBA,
http://www.playvid.com/watch/owCYDU7qyZf, http://www.playvid.com/watch/yhlhirXVwTI, http://www.playvid.com/watch/I7CLt3COF0S,
http://www.playvid.com/watch/Gm6C9oRL0JD, http://www.playvid.com/watch/8PcYhBlCtwk, http://www.playvid.com/watch/SgkBj5-sg-P,
http://www.playvid.com/watch/UCws7OWYdfU, http://www.playvid.com/watch/3igM4LR5daM, http://www.playvid.com/watch/B4DYkVaIOq4,
http://www.playvid.com/watch/x3oKfbSjhVm, http://www.playvid.com/watch/JJ4muGtq7Ys, http://www.playvid.com/watch/zl-FD9FSdix,
http://www.playvid.com/watch/p6wY35Zzyqe, http://www.playvid.com/watch/9hCpQKUKbri, http://www.playvid.com/watch/tud85Rgb-Qc,
http://www.playvid.com/watch/nbRfvffTygX, http://www.playvid.com/watch/YxrfjF0IkJA, http://www.playvid.com/watch/M5hpeVdw1BJ,
http://www.playvid.com/watch/Ia4X08Bw8Ih, http://www.playvid.com/watch/pk9DaZWLJ2c, http://www.playvid.com/watch/DdRSvPn1cFj,
http://www.playvid.com/watch/aKgTEaDsJvk, http://www.playvid.com/watch/KJBudvB59vw, http://www.playvid.com/watch/USkC699eiYX,
http://www.playvid.com/watch/5gkDpS-24rU, http://www.playvid.com/watch/LKdIuWPJrtn, http://www.playvid.com/watch/LtG9RvRIu6G,
http://www.playvid.com/watch/5AnJlyOfXnz, http://www.playvid.com/watch/WrumPr5rKRc, http://www.playvid.com/watch/n7YHq2tdFwg,
http://www.playvid.com/watch/Kx13BD_3MOw, http://www.playvid.com/watch/yV4mXCI7URZ, http://www.playvid.com/watch/34deQaEmrXs,
http://www.playvid.com/watch/bq5bJD1UxyG, http://www.playvid.com/watch/WFG-p53QBVF, http://www.playvid.com/watch/QSD9kf25xgj,
http://www.playvid.com/watch/dxe264V-DuZ, http://www.playvid.com/watch/rbZmg9Je4fj, http://www.playvid.com/watch/VXbhwm4QwMX,
http://www.playvid.com/watch/De8fpohUJmF, http://www.playvid.com/watch/9GScDVjEqnV, http://www.playvid.com/watch/8VHLZ30daU2,
http://www.playvid.com/watch/BTXEuwmCmbu, http://www.playvid.com/watch/qo0O3kRdc6R, http://www.playvid.com/watch/PwPK7oYAAG2,
http://www.playvid.com/watch/OdFMxnS1T3y, http://www.playvid.com/watch/WD7IUd9P4Jc, http://www.playvid.com/watch/H2wineruLyG,
http://www.playvid.com/watch/TEIEfSqpmea, http://www.playvid.com/watch/rqwFNX_SSOo, http://www.playvid.com/watch/LHBI3Uo2MTP,
http://www.playvid.com/watch/Q3VgUK6qzt3, http://www.playvid.com/watch/4aGKtS1bGQS, http://www.playvid.com/watch/liEisNeyUvL,
http://www.playvid.com/watch/DpAnGIqNwwd, http://www.playvid.com/watch/Wgn_ewlUAtI, http://www.playvid.com/watch/xZa310_f9a0,
http://www.playvid.com/watch/XNql-sd-U50, http://www.playvid.com/watch/9PLhp_WWcSk, http://www.playvid.com/watch/7nId9EdLvz5,
http://www.playvid.com/watch/m6GwXG1P5hC, http://www.playvid.com/watch/6vLohZNUPRV, http://www.playvid.com/watch/LiYQoMYqhgP,
http://www.playvid.com/watch/9jRx8Z57jaP, http://www.playvid.com/watch/iPhovw-GzgK, http://www.playvid.com/watch/zB5y4mx-IBH,
http://www.playvid.com/watch/jlM19qk5tIx, http://www.playvid.com/watch/g-bFyMve36s, http://www.playvid.com/watch/fFNTDZrSKqx,
http://www.playvid.com/watch/AQb2xcyLQ4P, http://www.playvid.com/watch/jZENFrpyMEz, http://www.playvid.com/watch/9MpJshB8vnb,
http://www.playvid.com/watch/I4sLIC2MR_k, http://www.playvid.com/watch/jGfQzPNNFKG, http://www.playvid.com/watch/RgC0Q2FgIWe,
http://www.playvid.com/watch/uoztT9EQWG5, http://www.playvid.com/watch/rpr-W9TIvus, http://www.playvid.com/watch/Wtaygfm9Cw9,
http://www.playvid.com/watch/mn4aWFvkXdA, http://www.playvid.com/watch/sGNBIMRnzmE, http://www.playvid.com/watch/DFtO_bpQLzC,
http://www.playvid.com/watch/qyKt7YexmDS, http://www.playvid.com/watch/CiY83Sj4DJX, http://www.playvid.com/watch/u0BwH5DMgxk,
http://www.playvid.com/watch/v6FDTlVTI40, http://www.playvid.com/watch/zTXUDt4A2vp, http://www.playvid.com/watch/Kk3vjgL-xvj,
http://www.playvid.com/watch/Ehd784sYipb, http://www.playvid.com/watch/xf9UwHpKIIh, http://www.playvid.com/watch/VkQKYkpa6HT,
http://www.playvid.com/watch/VaRkhKVOuFe, http://www.playvid.com/watch/h9Y29thlS6I, http://www.playvid.com/watch/OqDfIZHQsfG,
http://www.playvid.com/watch/eRCrDElI6ca, http://www.playvid.com/watch/5JojEZEgvkf, http://www.playvid.com/watch/qSP6H0DhHdi,
http://www.playvid.com/watch/mraZXpmU0Ay, http://www.playvid.com/watch/ua1q6jY1ZG8, http://www.playvid.com/watch/mcuF6oeYCBv,
http://www.playvid.com/watch/XZTBmN6ehlj, http://www.playvid.com/watch/vbUI8PD11qd, http://www.playvid.com/watch/CzByhySW96x,
http://www.playvid.com/watch/RrekED01zrU, http://www.playvid.com/watch/pYicVAbO0UJ, http://www.playvid.com/watch/FMVRrYyfRQH,
http://www.playvid.com/watch/Al4ZgMSRT5q, http://www.playvid.com/watch/oXRF6pcx1wv, http://www.playvid.com/watch/ADn1Px7VHzC,
http://www.playvid.com/watch/28eiFt1C_AS, http://www.playvid.com/watch/Or-ZhjfVZ3b, http://www.playvid.com/watch/CJTDGzo_40C,
http://www.playvid.com/watch/DF-sniM9PFL, http://www.playvid.com/watch/DT5-FiQ1voT, http://www.playvid.com/watch/ngnpgyxzJZz,
http://www.playvid.com/watch/RP9l6sRY8-O, http://www.playvid.com/watch/Cb1S5mdlxJJ, http://www.playvid.com/watch/07LjCvYZAx3,
http://www.playvid.com/watch/vhmsW6_SOa9, http://www.playvid.com/watch/syhkIED8VcB, http://www.playvid.com/watch/lMHEAoCbsmJ,
http://www.playvid.com/watch/ro2uHhIyUSA, http://www.playvid.com/watch/6bJ_nhLH2ke, http://www.playvid.com/watch/xlDZow2wCAX,
http://www.playvid.com/watch/B63N0JvnvYw, http://www.playvid.com/watch/pOGknpYZXMV, http://www.playvid.com/watch/kwHANeoN6Kz,
http://www.playvid.com/watch/Cwkp5aI5aGw, http://www.playvid.com/watch/i_vdKzoM9rY, http://www.playvid.com/watch/eRFgbkVgcNC,
http://www.playvid.com/watch/iAgKlGtUIAG, http://www.playvid.com/watch/mFNmP_iBCrK, http://www.playvid.com/watch/NK-C76RTNXC,
http://www.playvid.com/watch/U3Z-hQpI-Gz, http://www.playvid.com/watch/LvgB9GgLktm, http://www.playvid.com/watch/R_VWT7gbkbh,
http://www.playvid.com/watch/oLG1r5YWAyv, http://www.playvid.com/watch/hMSbsHLZ-Mb, http://www.playvid.com/watch/H2u9RsmjyK2,
http://www.playvid.com/watch/UDeyLdF7MeZ, http://www.playvid.com/watch/JISJ570doeg, http://www.playvid.com/watch/Ed5ZQ1RE_Fk,
http://www.playvid.com/watch/uRNPtbPJnZW, http://www.playvid.com/watch/NhA9wpb3tFL, http://www.playvid.com/watch/38GL3axssMO,
http://www.playvid.com/watch/i7qfRCWnrQH, http://www.playvid.com/watch/H1uV18Zo7sC, http://www.playvid.com/watch/UcSbO3902Pk,
http://www.playvid.com/watch/hAP_NBs1Wpg, http://www.playvid.com/watch/lGOGeHIp9RL, http://www.playvid.com/watch/LXQB-7Sa0mT,
http://www.playvid.com/watch/2f7ahZSnbhN, http://www.playvid.com/watch/cV9s58xZsYk, http://www.playvid.com/watch/XFcZtks-188,
http://www.playvid.com/watch/AmJpu3rZq5p, http://www.playvid.com/watch/DTA2U4ykMKp, http://www.playvid.com/watch/JA094gofW2Z,
http://www.playvid.com/watch/C8MCLyI33lA, http://www.playvid.com/watch/tvRBwQ15ooa, http://www.playvid.com/watch/MtG31C-DKX3,
http://www.playvid.com/watch/pNzTsFoXZXf, http://www.playvid.com/watch/NS5aBlqvMsu, http://www.playvid.com/watch/pnxHn94gL68,
http://www.playvid.com/watch/0f09jm6wuUq, http://www.playvid.com/watch/t72NiXKDKxC, http://www.playvid.com/watch/odeRYeywTew,
http://www.playvid.com/watch/IMJso47rCnj, http://www.playvid.com/watch/k4QiSsT0qKM, http://www.playvid.com/watch/ldqXVyn5mMj,
http://www.playvid.com/watch/qR8kLhAs8Iu, http://www.playvid.com/watch/gH2Lov1M7cw, http://www.playvid.com/watch/wUKZM-mnAh0,
http://www.playvid.com/watch/vATCQZX_yz9, http://www.playvid.com/watch/vFtYrLWi6Xy, http://www.playvid.com/watch/rrc7IMGRvFi,
http://www.playvid.com/watch/E-DN1x-41Xf, http://www.playvid.com/watch/cQJ6y1i5Gsm, http://www.playvid.com/watch/Ck3X2uDFMMC,
http://www.playvid.com/watch/xUg61Pd-oQ4, http://www.playvid.com/watch/ZZwgJ-KJMFL, http://www.playvid.com/watch/UcPCDfM5o_F,
http://www.playvid.com/watch/fHNeZzdtdAZ, http://www.playvid.com/watch/ttqIvuzdCqw, http://www.playvid.com/watch/ESu9XNzikGD,
http://www.playvid.com/watch/neNMVFzYUJY, http://www.playvid.com/watch/3pvyOw_E9jD, http://www.playvid.com/watch/nrIPJ_yXfol,
http://www.playvid.com/watch/0UfVREA8g8F, http://www.playvid.com/watch/34lCyaaR56e, http://www.playvid.com/watch/oMCcBP06CQ6,
http://www.playvid.com/watch/vzPd6AN7jUw, http://www.playvid.com/watch/EAFxnHansVo, http://www.playvid.com/watch/r8BROvKwNmE,
http://www.playvid.com/watch/HrUGXg3zK-V, http://www.playvid.com/watch/nfCNrTDImzY, http://www.playvid.com/watch/rJ3Qrb_fWHZ,
http://www.playvid.com/watch/k2KvAqUiyFP, http://www.playvid.com/watch/nKHAxgvSWFV, http://www.playvid.com/watch/QeEbWf_L1XM,
http://www.playvid.com/watch/HbM4jEunCyd, http://www.playvid.com/watch/9CW32Usi_Kz, http://www.playvid.com/watch/GgbB3UoI7yt,
http://www.playvid.com/watch/KpQAlOiNmgB, http://www.playvid.com/watch/V7CMzVZdIaz, http://www.playvid.com/watch/9JcPiHbO9On,
http://www.playvid.com/watch/rmtvG_IkTDg, http://www.playvid.com/watch/biyfNj9VDil, http://www.playvid.com/watch/l7yZAeHntft,
http://www.playvid.com/watch/xJqQVs_f0VW, http://www.playvid.com/watch/qx-XYxzhPBG, http://www.playvid.com/watch/TGosSpIAgja,
http://www.playvid.com/watch/Y4Lnwy7fBMm, http://www.playvid.com/watch/UlHPOjo7_yv, http://www.playvid.com/watch/dRHEz3B3gEH,
http://www.playvid.com/watch/3p8L7wEiSRK, http://www.playvid.com/watch/boBKlSOYyL6, http://www.playvid.com/watch/vyFxcrpv0_6,
http://www.playvid.com/watch/RFpw60J-QaI, http://www.playvid.com/watch/9iHVMHqa--f, http://www.playvid.com/watch/Txe--Zy1YXi,
http://www.playvid.com/watch/Tlcjq3Q8Muf, http://www.playvid.com/watch/0GJ4_Vsl0Jg, http://www.playvid.com/watch/8_4jKzxjuwk,
http://www.playvid.com/watch/I8ruer2egqc, http://www.playvid.com/watch/5SvCVbYdoeC, http://www.playvid.com/watch/aHuKzWKJi-j,
http://www.playvid.com/watch/ruObF6hokoA, http://www.playvid.com/watch/oERarfcawMF, http://www.playvid.com/watch/bSegAHJQPEz,
http://www.playvid.com/watch/6vCXqaa_IPM, http://www.playvid.com/watch/TZfM0KN8Ddf, http://www.playvid.com/watch/yd3MJANIJBt,

http://www.playvid.com/watch/LdIo_00WBpa, http://www.playvid.com/watch/sg-NuVRzC2M, http://www.playvid.com/watch/dSU2YGtQaAb,
http://www.playvid.com/watch/ZJlhGgtkrMX, http://www.playvid.com/watch/ay3J3EEtUFt, http://www.playvid.com/watch/XIecAtJEFvY,
http://www.playvid.com/watch/kGvVo-knO0A, http://www.playvid.com/watch/6J60TNnBnDC, http://www.playvid.com/watch/fY4odDT2ETp,
http://www.playvid.com/watch/9T9fjG9zbaA, http://www.playvid.com/watch/4BLeZujpbof, http://www.playvid.com/watch/6PELTvFDJqA,
http://www.playvid.com/watch/hF5nsuiQIus, http://www.playvid.com/watch/3fGtkGEo7jF, http://www.playvid.com/watch/jD0DOsTFY6C,
http://www.playvid.com/watch/7nWWWPqiVJk, http://www.playvid.com/watch/cDGNAg_rkPe, http://www.playvid.com/watch/MM5p7IVh-Sj,
http://www.playvid.com/watch/zY-LFVPV6Gf, http://www.playvid.com/watch/ZvPfvPeILPS, http://www.playvid.com/watch/BsjZlTP8ZWv,
http://www.playvid.com/watch/WQYNEvSm-VB, http://www.playvid.com/watch/DOkc4aRCnNO, http://www.playvid.com/watch/0U8EtckbMrW,
http://www.playvid.com/watch/qgRkqBN1kA9, http://www.playvid.com/watch/hFMe_8samD4, http://www.playvid.com/watch/eUBgV6YUKzK,
http://www.playvid.com/watch/2wgXpvcc3w2, http://www.playvid.com/watch/yV4aXnz96PY, http://www.playvid.com/watch/yHTppX2H0iz,
http://www.playvid.com/watch/PcKNUIcUXKV, http://www.playvid.com/watch/aR33J7ZIHBP, http://www.playvid.com/watch/Ym22oy3fQRv,
http://www.playvid.com/watch/ozTFsCT2l_C, http://www.playvid.com/watch/QNjx2rVBZyF, http://www.playvid.com/watch/tAwnU5HRH1r,
http://www.playvid.com/watch/gsbxu1TDGFk, http://www.playvid.com/watch/BxuC2QqckoS, http://www.playvid.com/watch/c42YF-pzuoE,
http://www.playvid.com/watch/A9DLt5sR0Fd, http://www.playvid.com/watch/W6r4KiLe9NX, http://www.playvid.com/watch/ST006lsJeEZ,
http://www.playvid.com/watch/zQ0W-ijQlK9, http://www.playvid.com/watch/mex6r6X0fNH, http://www.playvid.com/watch/TgDAY-GtXwa,
http://www.playvid.com/watch/aZUfbkWQ2ks, http://www.playvid.com/watch/rvenAOgdyQ6, http://www.playvid.com/watch/miqnyM_zrww,
http://www.playvid.com/watch/F2q1LzhCm-q, http://www.playvid.com/watch/R0wxVLbKH6W, http://www.playvid.com/watch/ZI6RvA_XCL7,
http://www.playvid.com/watch/bNhlRHPmOjJ, http://www.playvid.com/watch/30OG_rYc2Q0, http://www.playvid.com/watch/GQXuEzRttTl,
http://www.playvid.com/watch/PHccYU3ZvlH, http://www.playvid.com/watch/kWPu62sroxU, http://www.playvid.com/watch/zeehKi7T2mL,
http://www.playvid.com/watch/FL7M1eGsZRN, http://www.playvid.com/watch/3ZATapcu5M5, http://www.playvid.com/watch/jQAmr5cRg2A,
http://www.playvid.com/watch/HPws4wscUAo, http://www.playvid.com/watch/s_gF6-yBZ7g, http://www.playvid.com/watch/nmDJ0QxV5xq,
http://www.playvid.com/watch/uODe9pqAF-u, http://www.playvid.com/watch/EX1Zq4RHqm8, http://www.playvid.com/watch/3FwYzw9wXaQ,
http://www.playvid.com/watch/BLRuDpstL7l, http://www.playvid.com/watch/P6FVCsAs75Q, http://www.playvid.com/watch/cQv9HIlGnGM,
http://www.playvid.com/watch/eLWZPhLWX2M, http://www.playvid.com/watch/rAAYxMg6jvh, http://www.playvid.com/watch/v3W2L0QocLL,
http://www.playvid.com/watch/ZWA68T0Z70u, http://www.playvid.com/watch/6yN1V9MvQwJ, http://www.playvid.com/watch/Xo-S2-7_8MT,
http://www.playvid.com/watch/4JDTk9oUmhn, http://www.playvid.com/watch/kX1OT-4SrAZ, http://www.playvid.com/watch/yUDD3d8uPyR,
http://www.playvid.com/watch/0EhonsFoNvm, http://www.playvid.com/watch/wBLQszSfKKG, http://www.playvid.com/watch/htsv9x_41Dg,
http://www.playvid.com/watch/aBGKlAgR7DZ, http://www.playvid.com/watch/6y1IIfzPYHG, http://www.playvid.com/watch/chGJHitLNnY,
http://www.playvid.com/watch/EwUsdIPeWwm, http://www.playvid.com/watch/c9vQpeRZ4Ow, http://www.playvid.com/watch/ZCEVUU8xkRx,
http://www.playvid.com/watch/qQyDatA_4tT, http://www.playvid.com/watch/Bdc68ALdwqs, http://www.playvid.com/watch/H7NH02rVguq,
http://www.playvid.com/watch/N6sqCLQbruU, http://www.playvid.com/watch/NTGLl5-MCnk, http://www.playvid.com/watch/M8jo3tBPEbX,
http://www.playvid.com/watch/W6DJki5Z6Iq
5.f. Date of third notice: 2015-05-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Jennifer69
5.b. Uploader's email address: webmaster@viewmoreof.com
5.d. Uploader's profile: http://www.playvid.com/member/Jennifer69
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jwQuTvy6Fqt, http://www.playvid.com/watch/Ne79SYJ6f5c,
http://www.playvid.com/watch/OiHxb6cF9nU, http://www.playvid.com/watch/JPJnWmYKdDT, http://www.playvid.com/watch/tibUCNbyXqi,
http://www.playvid.com/watch/5uPHA3rL6pX, http://www.playvid.com/watch/72a3XR8P8Gp, http://www.playvid.com/watch/ooKSqeDv2k4,
http://www.playvid.com/watch/qjtpSs3QDFG, http://www.playvid.com/watch/DAtrjjBC2HT, http://www.playvid.com/watch/LA49omP8liA,
http://www.playvid.com/watch/U3lKNoQWPg8, http://www.playvid.com/watch/WRiWT7zS-2I, http://www.playvid.com/watch/PIOSw2AcBzZ,
http://www.playvid.com/watch/XH0HNdGVe2m, http://www.playvid.com/watch/HUZvoST4xF-, http://www.playvid.com/watch/HyeTtbUCVjK,
http://www.playvid.com/watch/Z7Yvi2-7vsh, http://www.playvid.com/watch/4f0otwdVLmy, http://www.playvid.com/watch/FKG6joEN2sv,
http://www.playvid.com/watch/S7-RHNdirYL, http://www.playvid.com/watch/bdAKEDkTJ-w, http://www.playvid.com/watch/t2joXPncEre,
http://www.playvid.com/watch/Ew6VOcHWPCu, http://www.playvid.com/watch/wyW9vhPjTMU, http://www.playvid.com/watch/5DUsw0Wy7zZ,
http://www.playvid.com/watch/lRmEb6nAKU9, http://www.playvid.com/watch/STzRYvtgoTq, http://www.playvid.com/watch/6AP3o5aw2co,
http://www.playvid.com/watch/V98az9HX4XF, http://www.playvid.com/watch/YwuipAxPu-9, http://www.playvid.com/watch/fuQDDGqWdD5,
http://www.playvid.com/watch/jLJkzhY4lnI, http://www.playvid.com/watch/7ATOBifzcXI, http://www.playvid.com/watch/glMbRzTSQ-5,
http://www.playvid.com/watch/zHY2j9BUIYe, http://www.playvid.com/watch/WK09g8h2l44, http://www.playvid.com/watch/2ts20PWyo-f,
http://www.playvid.com/watch/eRuDAgIRNWp, http://www.playvid.com/watch/RPjExNrdjJu, http://www.playvid.com/watch/xEZWlsoSbMw,
http://www.playvid.com/watch/sHtUCjngvBy, http://www.playvid.com/watch/Zise5ZSIcwe, http://www.playvid.com/watch/mhSajjfDkdZ,
http://www.playvid.com/watch/Gav0xfVEgcS, http://www.playvid.com/watch/Apl4596xAj9, http://www.playvid.com/watch/q0hq7LIaKtC,
http://www.playvid.com/watch/ItF-8UELXJn, http://www.playvid.com/watch/CzJTCpqA3tn, http://www.playvid.com/watch/hmKHeM0ILuE,
http://www.playvid.com/watch/D7wjhecdB-g, http://www.playvid.com/watch/hos9Q5-Yuze, http://www.playvid.com/watch/-tNlWYypiIR,
http://www.playvid.com/watch/e4oIpQcnyqD, http://www.playvid.com/watch/I07rfq-AR7a, http://www.playvid.com/watch/gD9PQsG4WVv,
http://www.playvid.com/watch/8UimFPjSdVx, http://www.playvid.com/watch/9pyM7NRYUPJ, http://www.playvid.com/watch/rjArKwr7oiR,
http://www.playvid.com/watch/hl2LyBp90jG, http://www.playvid.com/watch/7hRdTQTdwt7, http://www.playvid.com/watch/e6mnvLih-Nq,
http://www.playvid.com/watch/9fYVLzy-mrC, http://www.playvid.com/watch/QDoDovfi0EA, http://www.playvid.com/watch/LPMTLu3NA30,
http://www.playvid.com/watch/XDa0wPH40E0, http://www.playvid.com/watch/AODW5YsX3Sc, http://www.playvid.com/watch/mp0tRFdwNgq,
http://www.playvid.com/watch/v5zEpR6xCUf, http://www.playvid.com/watch/AVOCFOb3ulc, http://www.playvid.com/watch/9ZF0596ORlq,
http://www.playvid.com/watch/cFDui7bLHI3, http://www.playvid.com/watch/GcfavDdLBkc, http://www.playvid.com/watch/WR0mbdl2JAz,
http://www.playvid.com/watch/nqDVEN6xOIG, http://www.playvid.com/watch/2Z8VqKy3iph, http://www.playvid.com/watch/FNvz9YEdQfD,
http://www.playvid.com/watch/FgDmQwzFOZn, http://www.playvid.com/watch/2--C9tKCz-U, http://www.playvid.com/watch/gmAjTZGhuLu,
http://www.playvid.com/watch/hGJDz8VPM5R, http://www.playvid.com/watch/nenBu8Ybcwg, http://www.playvid.com/watch/MuZi30XNlZX,
http://www.playvid.com/watch/oiaeTRa8sLV, http://www.playvid.com/watch/sckaf00CF5w, http://www.playvid.com/watch/F7wRCwlUwKo,
http://www.playvid.com/watch/TgVhB7NxQjt, http://www.playvid.com/watch/ng8HtKegrz4, http://www.playvid.com/watch/FTqAHcpJ3OT,
http://www.playvid.com/watch/ob8a2fTuvze, http://www.playvid.com/watch/-BxrQGPVHIt, http://www.playvid.com/watch/rsY725MukKx,
http://www.playvid.com/watch/qhbq-W25Xnd, http://www.playvid.com/watch/LtA-CgOhnG-, http://www.playvid.com/watch/qPasulKTlwp,
http://www.playvid.com/watch/KnWdsoZkGsP, http://www.playvid.com/watch/qcXRKfb3RmH, http://www.playvid.com/watch/2Ey6lXAfUEU,
http://www.playvid.com/watch/oHIviIQbOCS, http://www.playvid.com/watch/Zxq2X0fJPeM, http://www.playvid.com/watch/I0saz2i3l40,
http://www.playvid.com/watch/lBY6xKavahV, http://www.playvid.com/watch/s3q8LDNfNCL, http://www.playvid.com/watch/znwuVbL5ewF,
http://www.playvid.com/watch/uU73x0AWdMv, http://www.playvid.com/watch/UxSPep4HDOO, http://www.playvid.com/watch/jSVZOD0MfOS,
http://www.playvid.com/watch/LNdWuYFEp8n, http://www.playvid.com/watch/eX8XB5dQUxN, http://www.playvid.com/watch/K-t-3ug-nC2,
http://www.playvid.com/watch/dmsflNUGDpV, http://www.playvid.com/watch/6giQICXglLO, http://www.playvid.com/watch/ao7Bs94gxKB,
http://www.playvid.com/watch/LgBKJaEYpDv, http://www.playvid.com/watch/6mFkVarHExq, http://www.playvid.com/watch/94RMKiC0N55,
http://www.playvid.com/watch/v5tk3DEw4k0, http://www.playvid.com/watch/vG7ZvbhedzK, http://www.playvid.com/watch/AFmGHCzQdan,
http://www.playvid.com/watch/345tZY4Ogpv, http://www.playvid.com/watch/j2ElZEXuZhY, http://www.playvid.com/watch/kyywQo4dN-y,
http://www.playvid.com/watch/C7hxVnppcQ9, http://www.playvid.com/watch/AoH0A42emQ4, http://www.playvid.com/watch/cCJkN0TRfWi,
http://www.playvid.com/watch/7-0t64x8Q8Z, http://www.playvid.com/watch/3L9mCkAnUhD, http://www.playvid.com/watch/WojYN40ZJJ3,
http://www.playvid.com/watch/jTNDgO0PeY2, http://www.playvid.com/watch/DI2yln6Ry23, http://www.playvid.com/watch/6Seko7JbN-7,
http://www.playvid.com/watch/DJsCBA8RXGE, http://www.playvid.com/watch/lOVS5gksKh3, http://www.playvid.com/watch/YmdOv7qJHI8,
http://www.playvid.com/watch/xwlzqYzBRQ9, http://www.playvid.com/watch/sTWGUKsOOvS, http://www.playvid.com/watch/nP79AlDyI5j,
http://www.playvid.com/watch/2Lv0ZU67h6t, http://www.playvid.com/watch/aynGtdjHNLJ, http://www.playvid.com/watch/zieXUVOwRlx,
http://www.playvid.com/watch/LoGJO-3ywXr, http://www.playvid.com/watch/f0WkEb6mtfS, http://www.playvid.com/watch/GOs5ux9e4kt,
http://www.playvid.com/watch/oFjmBl5S9pG, http://www.playvid.com/watch/GbIHS7YOZ9O, http://www.playvid.com/watch/TLCohCSrrPM,
http://www.playvid.com/watch/7ivPwjblZ77, http://www.playvid.com/watch/TN0vbNH5yFr, http://www.playvid.com/watch/8RlMIhmPw8w,
http://www.playvid.com/watch/p5LGzduU3nu, http://www.playvid.com/watch/ImGfxIXw-rX, http://www.playvid.com/watch/SitIikSAiKn,
http://www.playvid.com/watch/4M3IkRTy-kP, http://www.playvid.com/watch/BD9rR9gkLLQ, http://www.playvid.com/watch/vptb2LruWwb,
http://www.playvid.com/watch/6kXwgFblaEq, http://www.playvid.com/watch/P6ga-83h-PO, http://www.playvid.com/watch/iWU9IZ5ABpO,
http://www.playvid.com/watch/KH68WUFjnrQ, http://www.playvid.com/watch/PDHl76vpdSk, http://www.playvid.com/watch/CQjcwMECjKL,
http://www.playvid.com/watch/XGpWesqRX4A, http://www.playvid.com/watch/vp5J7MHW4zB, http://www.playvid.com/watch/PVxUOtiF-3T,
http://www.playvid.com/watch/iCj2-EJKW34, http://www.playvid.com/watch/KcecSrel5s-, http://www.playvid.com/watch/J-ApGrLFsP-,
http://www.playvid.com/watch/U6KpUSTT0hE, http://www.playvid.com/watch/wXzKf4FwRvx, http://www.playvid.com/watch/kS67l548Pvv,
http://www.playvid.com/watch/FdQaPPkkU2g, http://www.playvid.com/watch/x5Wfwd-4RyB, http://www.playvid.com/watch/0sbSi8REJW3,

http://www.playvid.com/watch/0x3BIZRROY8, http://www.playvid.com/watch/oabQEh09TYB, http://www.playvid.com/watch/VrOOxwkYALF,
http://www.playvid.com/watch/e4c6n7gEnua, http://www.playvid.com/watch/X5NrYxJ88Pn, http://www.playvid.com/watch/PtauldqUdF0,
http://www.playvid.com/watch/srnKFPomVsp, http://www.playvid.com/watch/3WUVAKLrlad, http://www.playvid.com/watch/qJBOnfDw607,
http://www.playvid.com/watch/yyCftodJHut, http://www.playvid.com/watch/mlOowSCWtPb, http://www.playvid.com/watch/NAIWnTWfxUs,
http://www.playvid.com/watch/wD7Qc5dYNsn, http://www.playvid.com/watch/tv0fLNaC82r, http://www.playvid.com/watch/WCFq88vkw3c,
http://www.playvid.com/watch/sPBZL0YgswX, http://www.playvid.com/watch/xKMc4hxTeke, http://www.playvid.com/watch/DIeHI44PWCp,
http://www.playvid.com/watch/ZiZsOFyK97o, http://www.playvid.com/watch/gWC7gjuBzw4, http://www.playvid.com/watch/JbAmivCEeR6,
http://www.playvid.com/watch/5B3iySxEeXA, http://www.playvid.com/watch/2kRnOMAHN8N, http://www.playvid.com/watch/Z676rlvSbr9,
http://www.playvid.com/watch/f4-ve9Mxv8j, http://www.playvid.com/watch/mcIiLQJtdEZ, http://www.playvid.com/watch/VMIQXPrB2AP,
http://www.playvid.com/watch/HAcoyAUzBg7, http://www.playvid.com/watch/xQPx8hluhBL, http://www.playvid.com/watch/gndPi5wN74d,
http://www.playvid.com/watch/I09DFyuBA0c, http://www.playvid.com/watch/7cX6HWTOvXi, http://www.playvid.com/watch/uNbJyBdxEI3,
http://www.playvid.com/watch/ucym2WrAPQO, http://www.playvid.com/watch/7avXPtDXyeF, http://www.playvid.com/watch/Kr2pEKsG94j,
http://www.playvid.com/watch/OlS6rRL2IRi, http://www.playvid.com/watch/pT42azhD-ge, http://www.playvid.com/watch/CpLvmvcaHuO,
http://www.playvid.com/watch/RUsZoZVctXF, http://www.playvid.com/watch/LfkGM3RGISN, http://www.playvid.com/watch/VuHkiDE8nJJ,
http://www.playvid.com/watch/3HkM35f0Fm0, http://www.playvid.com/watch/YEtlGdGKnJz, http://www.playvid.com/watch/ZOf4RPkfMhq,
http://www.playvid.com/watch/fPqQ9ei6NwB, http://www.playvid.com/watch/RD-gjWhiVJl, http://www.playvid.com/watch/N2rSuxxHPYx,
http://www.playvid.com/watch/9Inkobjx0ag, http://www.playvid.com/watch/L4MvOTOLrvK, http://www.playvid.com/watch/Qr34p9xG5lv,
http://www.playvid.com/watch/XQUJO60o879, http://www.playvid.com/watch/PGc3zLl4uHr, http://www.playvid.com/watch/l-YDjbaciT3,
http://www.playvid.com/watch/ZaNz0qftSDE, http://www.playvid.com/watch/lsOgSMaizo6, http://www.playvid.com/watch/5gMDxIhvbjk,
http://www.playvid.com/watch/CyIcqRkqgS4, http://www.playvid.com/watch/6VkhSRcNoki, http://www.playvid.com/watch/xxuQnAiWhei,
http://www.playvid.com/watch/z9l0XhgiOpv, http://www.playvid.com/watch/pFeux7HFhnw, http://www.playvid.com/watch/X9Bn84tEWPh,
http://www.playvid.com/watch/PfYuXKwmbph, http://www.playvid.com/watch/AcTQpDYhhOX, http://www.playvid.com/watch/oxSZBbJBhFq,
http://www.playvid.com/watch/Ct6xRns6xu3, http://www.playvid.com/watch/qIpbCrrcAru, http://www.playvid.com/watch/PNuWpMTA19w,
http://www.playvid.com/watch/GXScguPjB7P, http://www.playvid.com/watch/D3FdNrRB59B, http://www.playvid.com/watch/ui0FJwUTRXO,
http://www.playvid.com/watch/dMr4vfSMisU, http://www.playvid.com/watch/lwon5l6y7EG, http://www.playvid.com/watch/J63ZUfEZS0l,
http://www.playvid.com/watch/LJbsQ8uPQpe, http://www.playvid.com/watch/ygl4bAfeWLo, http://www.playvid.com/watch/JCUGrSktg9D,
http://www.playvid.com/watch/fcXm9mOXjdW, http://www.playvid.com/watch/0sFI6FTjn-r, http://www.playvid.com/watch/WkVoq7LhdyW,
http://www.playvid.com/watch/2RM7EVPtI-y, http://www.playvid.com/watch/J8kGAvaaoLc, http://www.playvid.com/watch/mdgroBFeDV3,
http://www.playvid.com/watch/alNCLd-t82q, http://www.playvid.com/watch/-9QIYyJdXlE, http://www.playvid.com/watch/EaKpstTwfdY,
http://www.playvid.com/watch/yrxEcq-Ht8w, http://www.playvid.com/watch/kt1vr0ouhR7, http://www.playvid.com/watch/-czBeHXhASO,
http://www.playvid.com/watch/bwWYqZUUDks, http://www.playvid.com/watch/FZq1zwS4eiR, http://www.playvid.com/watch/xHDz4Nd4hmR,
http://www.playvid.com/watch/AIxbxvpD29j, http://www.playvid.com/watch/sFN9gSRBHhc, http://www.playvid.com/watch/09JFZw8pkw0,
http://www.playvid.com/watch/KBjS-oP8q8J, http://www.playvid.com/watch/Wo8T-d5hHoI, http://www.playvid.com/watch/20MLa9Oj3Lg,
http://www.playvid.com/watch/BkcIEmzvRdS, http://www.playvid.com/watch/Nl06mzg4q1t, http://www.playvid.com/watch/7pVdqtLzPNu,
http://www.playvid.com/watch/8igdSbClFC-, http://www.playvid.com/watch/bbxdT0pvMSV, http://www.playvid.com/watch/cdi48DpZLBq,
http://www.playvid.com/watch/7BBKhIYHdQ1, http://www.playvid.com/watch/XxWZnuFZmAI, http://www.playvid.com/watch/bU4bWEscl8W,
http://www.playvid.com/watch/SMEMhomM3gc, http://www.playvid.com/watch/5n4T095xiAF, http://www.playvid.com/watch/SdbaWBYY5dC,
http://www.playvid.com/watch/p8jlhW3zcDz, http://www.playvid.com/watch/4AbTZ5ok7Lp, http://www.playvid.com/watch/fcgxulCFM-A,
http://www.playvid.com/watch/mD8pwK2wBTS, http://www.playvid.com/watch/DrcKV4PDIMM, http://www.playvid.com/watch/J0hnElwSe75,
http://www.playvid.com/watch/BoY5vZVhgP7, http://www.playvid.com/watch/HkLUxr0nbBj, http://www.playvid.com/watch/9tiKEdQytoo,
http://www.playvid.com/watch/QOOmwQh94N9, http://www.playvid.com/watch/-BrGFFaegTK, http://www.playvid.com/watch/Mt9CvRY2OZV,
http://www.playvid.com/watch/ccJnHfyevyH, http://www.playvid.com/watch/FSCnOk-VDGr, http://www.playvid.com/watch/pRyhdPHnLJY,
http://www.playvid.com/watch/tNxa2MFfP7t, http://www.playvid.com/watch/ltouMZOXqTX, http://www.playvid.com/watch/lWgOAURhxre,
http://www.playvid.com/watch/Jyr6iOh6G9f, http://www.playvid.com/watch/PTNi4LiNTYB, http://www.playvid.com/watch/GJ5QeQRsMN7,
http://www.playvid.com/watch/zK4-aBemBTf, http://www.playvid.com/watch/ch7uRx3JYMs, http://www.playvid.com/watch/9Og9Mimim08,
http://www.playvid.com/watch/YJeY1OyhzI3, http://www.playvid.com/watch/azVD7CZ92V7, http://www.playvid.com/watch/gcHXE95hhLm,
http://www.playvid.com/watch/AmIMItOpMgt, http://www.playvid.com/watch/MxNPwB0LFV3, http://www.playvid.com/watch/uvFOylJlWZQ,
http://www.playvid.com/watch/mTNXT2S4Mwg, http://www.playvid.com/watch/kqE5zEoasar, http://www.playvid.com/watch/SP7b5qgPuR0,
http://www.playvid.com/watch/awT9Uci3mr6, http://www.playvid.com/watch/EwL6QQHWlB0, http://www.playvid.com/watch/x6qtZAAOU-y,
http://www.playvid.com/watch/3E767X7IwNL, http://www.playvid.com/watch/dwOxS2nwgtX, http://www.playvid.com/watch/ugzFHS9P-7e,
http://www.playvid.com/watch/Mqgx1s10dEe, http://www.playvid.com/watch/YnnU8VkujWF, http://www.playvid.com/watch/Vpz2bcl4N--,
http://www.playvid.com/watch/-Ogve8M0nDo, http://www.playvid.com/watch/c0dOGyPtles, http://www.playvid.com/watch/a0b7SiWMSWG,
http://www.playvid.com/watch/arwEi0l4uuA, http://www.playvid.com/watch/Vh-E_IwESig, http://www.playvid.com/watch/H7Hpx-sLKBD,
http://www.playvid.com/watch/I3HV0r7xAIw, http://www.playvid.com/watch/zYB98BcS4GS, http://www.playvid.com/watch/m_koN4UHvdz,
http://www.playvid.com/watch/pKfRPBqIsFx, http://www.playvid.com/watch/5skXJqHRY6i, http://www.playvid.com/watch/N_tu8OQFArO,
http://www.playvid.com/watch/XR1cQPpz1Ww, http://www.playvid.com/watch/ujCKFSVB_vz, http://www.playvid.com/watch/HRS8sdHzgRI,
http://www.playvid.com/watch/c-ymmJQOX9L, http://www.playvid.com/watch/UFjfpKFmvpp, http://www.playvid.com/watch/0-4fDRPQu7d,
http://www.playvid.com/watch/kTXTn_R0vu3, http://www.playvid.com/watch/6IxXA7n7ouh, http://www.playvid.com/watch/UKAFZpRbRla,
http://www.playvid.com/watch/4gD_vrlv9x2, http://www.playvid.com/watch/cgqf7GX4JSC, http://www.playvid.com/watch/afmJrvlJFoV,
http://www.playvid.com/watch/7vwv8gUeFrH, http://www.playvid.com/watch/XVqbHwdl_sD, http://www.playvid.com/watch/Ii1AnHcAESk,
http://www.playvid.com/watch/qwsbXg0Qj6K, http://www.playvid.com/watch/UzAVhqgwGFt, http://www.playvid.com/watch/cxAAw1QEOOv,
http://www.playvid.com/watch/fIuHDm63Rnq, http://www.playvid.com/watch/ZZvKdP3S_tg, http://www.playvid.com/watch/W1zTPnVsyAD,
http://www.playvid.com/watch/BVwgXHZ2MSR, http://www.playvid.com/watch/gtBbUsfI0mS, http://www.playvid.com/watch/zfIkNtMRlfR,
http://www.playvid.com/watch/B_ya8Q4R5v3, http://www.playvid.com/watch/dZINZ5L1Z9O, http://www.playvid.com/watch/X7nEXE2Tb-b,
http://www.playvid.com/watch/HGxhexwRSzU, http://www.playvid.com/watch/Krbl8I_4XCd, http://www.playvid.com/watch/TZ4PTp-qGIp,
http://www.playvid.com/watch/r6b5-xj6KzK, http://www.playvid.com/watch/WLq5AMsCDDs, http://www.playvid.com/watch/vjw5TgrqqZx,
http://www.playvid.com/watch/6XOMZvlQGs2, http://www.playvid.com/watch/XUEjD3xvpj5, http://www.playvid.com/watch/Y6wt-vIE2zV,
http://www.playvid.com/watch/jhQBEwKrzzx, http://www.playvid.com/watch/vx9o8YsEfQZ, http://www.playvid.com/watch/GdktHAh-HsN,
http://www.playvid.com/watch/pfxzMnwUl5H, http://www.playvid.com/watch/F-1_MBQErV8, http://www.playvid.com/watch/U_NHixO3uZ5,
http://www.playvid.com/watch/uA0u7rpNaCi, http://www.playvid.com/watch/U_8qS5H9gQs, http://www.playvid.com/watch/ETtU4FjzvKi,
http://www.playvid.com/watch/W_rh1hxBS12, http://www.playvid.com/watch/myg6jWZwwFE, http://www.playvid.com/watch/OiixA8caZOn,
http://www.playvid.com/watch/YdnYQ-SZVpA, http://www.playvid.com/watch/5VLadOVWs5V, http://www.playvid.com/watch/5YrAumGKY1m,
http://www.playvid.com/watch/SoDuIpdqr1q, http://www.playvid.com/watch/gYnA1gKHKlG, http://www.playvid.com/watch/S1tf8FIGXUx,
http://www.playvid.com/watch/exSDgzTkkXV, http://www.playvid.com/watch/0O26hmN-iQc, http://www.playvid.com/watch/Zpwb7O-at2O,
http://www.playvid.com/watch/RubLMK6p764, http://www.playvid.com/watch/BTz9fXhIzEz, http://www.playvid.com/watch/MKqg0vt0GQj,
http://www.playvid.com/watch/9EMu7UszZbe, http://www.playvid.com/watch/lSJklQkrpN5, http://www.playvid.com/watch/jYm7waEcgI3,
http://www.playvid.com/watch/ozoNCQLDGEL, http://www.playvid.com/watch/m_V5pBKorCA, http://www.playvid.com/watch/h3RB_cMTlia,
http://www.playvid.com/watch/3xzfDHCBOoD, http://www.playvid.com/watch/NJxl8SAaRAa, http://www.playvid.com/watch/QBjG_gTf7NU,
http://www.playvid.com/watch/jHJspFlmZYm, http://www.playvid.com/watch/FQv0t8uCdga, http://www.playvid.com/watch/jT6DMdw7Cz4,
http://www.playvid.com/watch/PmbP5B571jc, http://www.playvid.com/watch/E4EfeKfFuR0, http://www.playvid.com/watch/kB8UvNnVx8e,
http://www.playvid.com/watch/s4g4mLJ5MWT, http://www.playvid.com/watch/ozwEGjzehnD, http://www.playvid.com/watch/JSj6z1k3PKA,
http://www.playvid.com/watch/mSy12TyFcuf, http://www.playvid.com/watch/ZGUb4RyK6gH, http://www.playvid.com/watch/8Sz8amUW_bH,
http://www.playvid.com/watch/zER8gPCBPHh, http://www.playvid.com/watch/20RhX4y6g9m, http://www.playvid.com/watch/a07R_1ZzgG3,
http://www.playvid.com/watch/epfxBW32u9B, http://www.playvid.com/watch/GA3tQkoXK5R, http://www.playvid.com/watch/cEN-elq5MTB,
http://www.playvid.com/watch/JuHOkDOnFu5, http://www.playvid.com/watch/RVQd1Z9uvmi, http://www.playvid.com/watch/W95PbDh9IFK,
http://www.playvid.com/watch/IQF2XFB2r8V, http://www.playvid.com/watch/PDdScj1hd4K, http://www.playvid.com/watch/5X4q_nZImfQ,
http://www.playvid.com/watch/SOZlaRwAFvI, http://www.playvid.com/watch/FN1D1lI05bC, http://www.playvid.com/watch/q9_kp5A_54d,
http://www.playvid.com/watch/NBEBF6JOT7v, http://www.playvid.com/watch/vrgdaW5lo62, http://www.playvid.com/watch/KwwcIxR_XYJ,
http://www.playvid.com/watch/2lOs0wprvAy, http://www.playvid.com/watch/bwlYSxwsf00, http://www.playvid.com/watch/6mxi5K4tFGn,
http://www.playvid.com/watch/QkeRg8HddW3, http://www.playvid.com/watch/rp_30Bb14xT, http://www.playvid.com/watch/TJlj5UDBTvG,
http://www.playvid.com/watch/whuuubdmReS, http://www.playvid.com/watch/xmAkqjy-ue7, http://www.playvid.com/watch/t8ATMi3ANgL,
http://www.playvid.com/watch/yvIsoalVJ-Y, http://www.playvid.com/watch/pokhPudZSzZ, http://www.playvid.com/watch/mO6fK29gdu5,
http://www.playvid.com/watch/7q5oE6jjfsw, http://www.playvid.com/watch/X1FQSuRwYP5, http://www.playvid.com/watch/802eDoEY2Py,
http://www.playvid.com/watch/TVdz7Yb8vKL, http://www.playvid.com/watch/f0CLreqBQIj, http://www.playvid.com/watch/tTrPI4RC9cF,
http://www.playvid.com/watch/hXlsOy1UtYO, http://www.playvid.com/watch/jA2jvm_wYdx, http://www.playvid.com/watch/iDz3B2pVMN4,
http://www.playvid.com/watch/mz-uZIihKKy, http://www.playvid.com/watch/qEaA_sIr_-0, http://www.playvid.com/watch/Mct1VoTMh59,

http://www.playvid.com/watch/NrJB0vHkmNJ, http://www.playvid.com/watch/Evbh783BxVy, http://www.playvid.com/watch/0aAETDscLIg,
http://www.playvid.com/watch/pyR2x88CoHO, http://www.playvid.com/watch/Lx17BNmZoLE, http://www.playvid.com/watch/9tDAIGIbg7a,
http://www.playvid.com/watch/DQip5Yw7SIz, http://www.playvid.com/watch/HOZHYJyxFR5, http://www.playvid.com/watch/jBn6NfXUjpT,
http://www.playvid.com/watch/GWb5EN3i4kp, http://www.playvid.com/watch/KQ8uyL5I01Q, http://www.playvid.com/watch/Qnu39I9pnvE,
http://www.playvid.com/watch/yJuFIp7VL3E, http://www.playvid.com/watch/lRxyERWy9EH, http://www.playvid.com/watch/eeHa13IjlkB,
http://www.playvid.com/watch/S3mRi4lSj1X, http://www.playvid.com/watch/VjJd8-v_I7U, http://www.playvid.com/watch/cEHffOjBuiq,
http://www.playvid.com/watch/xCZTQuAYh_S, http://www.playvid.com/watch/HeiGYEELvBc, http://www.playvid.com/watch/IkiGtBr-Cdq,
http://www.playvid.com/watch/IBboTXee80X, http://www.playvid.com/watch/wGhOMWulprE, http://www.playvid.com/watch/6UXWdmbMQMB,
http://www.playvid.com/watch/XAjLirDDiwI, http://www.playvid.com/watch/Db_FiZuHqWg, http://www.playvid.com/watch/f_0v9HtG8j6,
http://www.playvid.com/watch/kGqp6O6xh-J, http://www.playvid.com/watch/6JvdQAxb9-X, http://www.playvid.com/watch/Vo1r30zpgd2,
http://www.playvid.com/watch/RMFTqkEDPBo, http://www.playvid.com/watch/8Tn24Wi-Vpb, http://www.playvid.com/watch/T9L8Nb8RIjZ,
http://www.playvid.com/watch/VmvYUt2JRWz, http://www.playvid.com/watch/AKcLDkdkiV3, http://www.playvid.com/watch/EF-Tqm9Cej8,
http://www.playvid.com/watch/g1iO7vCCTEA, http://www.playvid.com/watch/eTGumuUjYfm, http://www.playvid.com/watch/AFcDCpHfFI6,
http://www.playvid.com/watch/vSlT-clEv1J, http://www.playvid.com/watch/rUHL4UHa7qg, http://www.playvid.com/watch/462qY7mljzq,
http://www.playvid.com/watch/LPR431hBW-q, http://www.playvid.com/watch/bsIFgbXc6Qz, http://www.playvid.com/watch/gHZPXaovk12,
http://www.playvid.com/watch/kQC-XigfKja, http://www.playvid.com/watch/Z5QyABbRYI8, http://www.playvid.com/watch/61sFZTgKKr0,
http://www.playvid.com/watch/EsDv6gK0023, http://www.playvid.com/watch/c_ntZ8L8LME, http://www.playvid.com/watch/gVLfkwrD-3g,
http://www.playvid.com/watch/v_j5FYVRA3c, http://www.playvid.com/watch/5WhZbVVJZzj, http://www.playvid.com/watch/Qc1SRkASWkU,
http://www.playvid.com/watch/2g-Kb9_cOtX, http://www.playvid.com/watch/KXJTZSZcDBx, http://www.playvid.com/watch/GUL3IxyylDj,
http://www.playvid.com/watch/oVGFO4PJ6ut, http://www.playvid.com/watch/h-XHdqGKinf, http://www.playvid.com/watch/8ZYWwIS3pF4,
http://www.playvid.com/watch/8whaQl4QOd0, http://www.playvid.com/watch/96sND4iUHcK, http://www.playvid.com/watch/sYfbbR53H4l,
http://www.playvid.com/watch/NMp9cb5l8eb, http://www.playvid.com/watch/yiSyOQh7BiU, http://www.playvid.com/watch/TW19KUwOcJ4,
http://www.playvid.com/watch/62-SttjNx6g, http://www.playvid.com/watch/GLIKzi86xhG, http://www.playvid.com/watch/tHqCcKpA5ot,
http://www.playvid.com/watch/bAcggf_cs9y, http://www.playvid.com/watch/2mG5BwmcQDk, http://www.playvid.com/watch/GHdDr1XXHiB,
http://www.playvid.com/watch/IxM_0ZdKVgp, http://www.playvid.com/watch/0VYLYvKPbtE, http://www.playvid.com/watch/EwjLbwTLEhk,
http://www.playvid.com/watch/Q9NPpD2LutP, http://www.playvid.com/watch/2MdrvGJ276t, http://www.playvid.com/watch/W2YOJoVrtBr,
http://www.playvid.com/watch/Sbt1Uyc7SLX, http://www.playvid.com/watch/KburcWWN00l, http://www.playvid.com/watch/6QUdAZVz086,
http://www.playvid.com/watch/mzZIje6dS6A, http://www.playvid.com/watch/Qban57Pnm5Z, http://www.playvid.com/watch/TM7-ynAj7re,
http://www.playvid.com/watch/bgqnMk-G5n3, http://www.playvid.com/watch/dZ2Ags1FndS, http://www.playvid.com/watch/ezDuBMEYnGa,
http://www.playvid.com/watch/H2t6gyXGlPB, http://www.playvid.com/watch/qiOftNImn2k, http://www.playvid.com/watch/XC3yFbpbovw,
http://www.playvid.com/watch/VK2gFvQxuKZ, http://www.playvid.com/watch/YQVSePciBof, http://www.playvid.com/watch/hu-cZ2ZSWh7,
http://www.playvid.com/watch/ReEJWP9PvUd, http://www.playvid.com/watch/d34MjdOJekb, http://www.playvid.com/watch/VDT6QPaTXBG,
http://www.playvid.com/watch/CdEzB7MP9-y, http://www.playvid.com/watch/eIV2F_neZAo, http://www.playvid.com/watch/m8H3cgDUmTt,
http://www.playvid.com/watch/T8E-iZsGNYH, http://www.playvid.com/watch/xdMpiQnPqJt, http://www.playvid.com/watch/Fv0WWdFyB15,
http://www.playvid.com/watch/JayI0HN6SGE, http://www.playvid.com/watch/fd67vU-pQFA, http://www.playvid.com/watch/4ME3A2GMYzG,
http://www.playvid.com/watch/IBFdi11dUlv, http://www.playvid.com/watch/M_ZaBPzTRXK, http://www.playvid.com/watch/lpg3kRHCU9K,
http://www.playvid.com/watch/J9QK1-wCbXF, http://www.playvid.com/watch/N3KKLvKl19t, http://www.playvid.com/watch/riDJnVh21ay,
http://www.playvid.com/watch/TOxCc0ttjzt, http://www.playvid.com/watch/dHben93mk62, http://www.playvid.com/watch/xgTaMDMD01M,
http://www.playvid.com/watch/M6VTxQMK0X2, http://www.playvid.com/watch/V7kjKLe94tu, http://www.playvid.com/watch/COo2b_wNph2,
http://www.playvid.com/watch/XEQfCNt5gVU, http://www.playvid.com/watch/AmRUDS9KOwk, http://www.playvid.com/watch/JhYp2atW9VA,
http://www.playvid.com/watch/quxRuQ9ILZy, http://www.playvid.com/watch/MgFD59yDXdQ, http://www.playvid.com/watch/Jh90uLDDm7E,
http://www.playvid.com/watch/XEk-MIq60RZ, http://www.playvid.com/watch/C9dvM0LX7ok, http://www.playvid.com/watch/RmL_fzK0pxW,
http://www.playvid.com/watch/yIrDSCLV2yE, http://www.playvid.com/watch/9EQHF7HY55V, http://www.playvid.com/watch/04nH8-fOuCZ,
http://www.playvid.com/watch/rA92SDDvI5k, http://www.playvid.com/watch/xOTL2HoaC8H, http://www.playvid.com/watch/GSUDOFBWjIv,
http://www.playvid.com/watch/jJnUIhUsywD, http://www.playvid.com/watch/VOW4pR-W2QX, http://www.playvid.com/watch/J_pX-Eqg8Ok,
http://www.playvid.com/watch/LzMIBR8-B3l, http://www.playvid.com/watch/L4n7IbYmDoL, http://www.playvid.com/watch/rzOpdYeK_2L,
http://www.playvid.com/watch/w9lYBEScKPE, http://www.playvid.com/watch/nT6o0ZGXSav, http://www.playvid.com/watch/Kq7sSXozJKV,
http://www.playvid.com/watch/nF-w5upyXZY, http://www.playvid.com/watch/TnZwmeCJYtF, http://www.playvid.com/watch/HwKf8JwyiGP,
http://www.playvid.com/watch/3Tgdh9pY4Ls, http://www.playvid.com/watch/o_WJX4UsFH8, http://www.playvid.com/watch/fWYp6Befwty,
http://www.playvid.com/watch/3aBet7lwWvj, http://www.playvid.com/watch/qJaMq1Clos6, http://www.playvid.com/watch/abADvtgxASg,
http://www.playvid.com/watch/DuqoDBuEBih, http://www.playvid.com/watch/fC2OP7DiOcK, http://www.playvid.com/watch/Aqjq9mIJspP,
http://www.playvid.com/watch/c8w_fmLt6ku, http://www.playvid.com/watch/ZItaaZOMlkQ, http://www.playvid.com/watch/U9CP1yrFlYI,
http://www.playvid.com/watch/cvJasnTENen, http://www.playvid.com/watch/mNfPsJlpBcO, http://www.playvid.com/watch/yFJoHRm_SyJ,
http://www.playvid.com/watch/rgPGauiADLG, http://www.playvid.com/watch/5eBI3nCt1OA, http://www.playvid.com/watch/PlnTJxlQrph,
http://www.playvid.com/watch/yrq94xKnBNu, http://www.playvid.com/watch/qFa-BrTrH-S, http://www.playvid.com/watch/D-ZMA9eNsFt,
http://www.playvid.com/watch/LgWicpL1VsU, http://www.playvid.com/watch/Q-BSYQqPjDN, http://www.playvid.com/watch/Q5PdxMjCHt9,
http://www.playvid.com/watch/RL8zhgATtXM, http://www.playvid.com/watch/otAzVydCwgd, http://www.playvid.com/watch/rnhwVlSWNE9,
http://www.playvid.com/watch/AlM0vjy_3VN, http://www.playvid.com/watch/st1pvH68tIa, http://www.playvid.com/watch/q753IXSQNHy,
http://www.playvid.com/watch/IzoXumQWV9a, http://www.playvid.com/watch/WyXDihcUpcG, http://www.playvid.com/watch/bWRxYE--BbN,
http://www.playvid.com/watch/8CFVN7tjqSv, http://www.playvid.com/watch/AMnOjnFFrnv, http://www.playvid.com/watch/lU_nWwNsaus,
http://www.playvid.com/watch/dcXX7I4GGi8, http://www.playvid.com/watch/9O3QkyZ08dt, http://www.playvid.com/watch/mSRYzcFUmqw,
http://www.playvid.com/watch/D15W93F_oDA, http://www.playvid.com/watch/Zl8Aqmx9z_q, http://www.playvid.com/watch/ch-67zJL32y,
http://www.playvid.com/watch/Zo3u1Bx3jYd, http://www.playvid.com/watch/frasEqKfTB5, http://www.playvid.com/watch/S6NrTOfhpKy,
http://www.playvid.com/watch/NvdyCGcpwD5, http://www.playvid.com/watch/5lYfhdgNVFZ, http://www.playvid.com/watch/N1BUXfL9Rb0,
http://www.playvid.com/watch/0UGgIeuIbRD, http://www.playvid.com/watch/mN5BnqJpVuT, http://www.playvid.com/watch/aETAR7Oltq7,
http://www.playvid.com/watch/Vm-Z5Iw9HoC, http://www.playvid.com/watch/LUgzTdiIQAq, http://www.playvid.com/watch/jkIW_F_sMvh,
http://www.playvid.com/watch/Wzkl5UZ_VcI, http://www.playvid.com/watch/Aa8lryNqHxM, http://www.playvid.com/watch/pqL423Nq3Nk,
http://www.playvid.com/watch/Wr6EkKeRJB7, http://www.playvid.com/watch/mZDsBWSYiAb, http://www.playvid.com/watch/rnyQuHGHJwn,
http://www.playvid.com/watch/QcgjJVgF0EU, http://www.playvid.com/watch/gsHH1OSg643, http://www.playvid.com/watch/FENswCKtAKt,
http://www.playvid.com/watch/dlM3-M-shq8, http://www.playvid.com/watch/qGB6RLNjVJ7, http://www.playvid.com/watch/MwLEfnK9nUj,
http://www.playvid.com/watch/kACW_qejI5z, http://www.playvid.com/watch/cLADswiyuD8, http://www.playvid.com/watch/NLqkJiusk7g,
http://www.playvid.com/watch/znGCufJBCwu, http://www.playvid.com/watch/y51TkbTcd5C, http://www.playvid.com/watch/TOvNhW9YwWY,
http://www.playvid.com/watch/mvGt0Tu8mv4, http://www.playvid.com/watch/fY5sdmXURHX, http://www.playvid.com/watch/y8UsZ2Y61Ok,
http://www.playvid.com/watch/kCcZ9BohlAk, http://www.playvid.com/watch/i0wafSAR81e, http://www.playvid.com/watch/2SyqC22UWmj,
http://www.playvid.com/watch/yoiGNlK0Pzk, http://www.playvid.com/watch/Ra4bue-hsnp, http://www.playvid.com/watch/PR4hs2ubEUF,
http://www.playvid.com/watch/s7HNxvGBQVv, http://www.playvid.com/watch/UMHqbBwC59y, http://www.playvid.com/watch/bbKAcsxo-_F,
http://www.playvid.com/watch/8xYG5LN2FiS, http://www.playvid.com/watch/VK9aqtdZffq, http://www.playvid.com/watch/Wwwy9OQPVeB,
http://www.playvid.com/watch/OHqiJQGDzqc, http://www.playvid.com/watch/Ipz1pfdPwOt, http://www.playvid.com/watch/W8HjSStUtlq,
http://www.playvid.com/watch/HTYdDVB1M8H, http://www.playvid.com/watch/6qJnnRnUsBC, http://www.playvid.com/watch/Ljh35fLhOjb,
http://www.playvid.com/watch/xu_iDMN8wW6, http://www.playvid.com/watch/61xzgMisDNP, http://www.playvid.com/watch/ut0zS2jmKIX,
http://www.playvid.com/watch/IOZ8CQ6KRLg, http://www.playvid.com/watch/NBL3Wqepaff, http://www.playvid.com/watch/QUC_9Zgxq1A,
http://www.playvid.com/watch/rDPu_a0WnYi, http://www.playvid.com/watch/Npq68Dn_qF5, http://www.playvid.com/watch/52XE7lFJPWb,
http://www.playvid.com/watch/nM48xLpqoko, http://www.playvid.com/watch/LWRbrJ4Vauc, http://www.playvid.com/watch/KNyQGqle2wa,
http://www.playvid.com/watch/Qhb6KWFJSqh, http://www.playvid.com/watch/dyhlxu8mE0a, http://www.playvid.com/watch/Gd8xvAMlL-n,
http://www.playvid.com/watch/OpWzIUDxfn9, http://www.playvid.com/watch/aWNdfCPw4zg, http://www.playvid.com/watch/3hDuj1RIxHC,
http://www.playvid.com/watch/ZBDANsfx8SB, http://www.playvid.com/watch/k7MbYwyLgdy, http://www.playvid.com/watch/0tWuSPwpCwr,
http://www.playvid.com/watch/pwBB_U14f_p, http://www.playvid.com/watch/hJcLQeHdvi6, http://www.playvid.com/watch/BIA6elmAC2I,
http://www.playvid.com/watch/2l036wBEmVR, http://www.playvid.com/watch/97SAqwQRBSn, http://www.playvid.com/watch/BukDuC3hTgH,
http://www.playvid.com/watch/XJjxyGxQUYg, http://www.playvid.com/watch/gKfYZBNYLd8, http://www.playvid.com/watch/9i7dFa30rav,
http://www.playvid.com/watch/cPQ_9ya38Dm, http://www.playvid.com/watch/DJNY95dvmzl, http://www.playvid.com/watch/j6hZ4yOEkBS,
http://www.playvid.com/watch/30zjmYGXpNz, http://www.playvid.com/watch/Qr5JzxDNN2v, http://www.playvid.com/watch/nM1xoKcE1HT,
http://www.playvid.com/watch/IUJqqoae--b, http://www.playvid.com/watch/MSUH4uLjVGf, http://www.playvid.com/watch/qoopx1yCijd,
http://www.playvid.com/watch/ESCoHu4MiUc, http://www.playvid.com/watch/YiPV9C0x2NH, http://www.playvid.com/watch/Bq7xbr5bwIz,
http://www.playvid.com/watch/IEglwO4Q4lO, http://www.playvid.com/watch/MWjB9zeUpGw, http://www.playvid.com/watch/IsOaiLVR-nS,
http://www.playvid.com/watch/0f16qUt3t6T, http://www.playvid.com/watch/VIWvrOfuxiS, http://www.playvid.com/watch/fGbo6dfv2NE,
http://www.playvid.com/watch/WQqRFv724gS, http://www.playvid.com/watch/6_0gXQSTPlA, http://www.playvid.com/watch/Ib-fszPFp8o,

http://www.playvid.com/watch/pcUqFoP-XCp, http://www.playvid.com/watch/K8n_-mW8cjm, http://www.playvid.com/watch/PlgJr3xNq7n,
http://www.playvid.com/watch/CmEN1ptkpam, http://www.playvid.com/watch/NfM7tHO9DFY, http://www.playvid.com/watch/dZtKeP_duq0,
http://www.playvid.com/watch/BKNs4rqUSQJ, http://www.playvid.com/watch/y55tDcKH0rm, http://www.playvid.com/watch/I50qinKQP3s,
http://www.playvid.com/watch/tbK5IyC2ng8, http://www.playvid.com/watch/HY9htSeKIE6, http://www.playvid.com/watch/iECYPs3Xsqi,
http://www.playvid.com/watch/HaZ1Apv9p_V, http://www.playvid.com/watch/2GGFgQdB_Yv, http://www.playvid.com/watch/Kdk0Zcy-VlX,
http://www.playvid.com/watch/n5vzT3m_J8b, http://www.playvid.com/watch/JaG1cagkSBs, http://www.playvid.com/watch/xoB4j1m1o2x,
http://www.playvid.com/watch/MNDvXCvuN16, http://www.playvid.com/watch/Kp1Lj6AL1xX, http://www.playvid.com/watch/Y3PGdnvL3kH,
http://www.playvid.com/watch/WN-0nIKT_sZ, http://www.playvid.com/watch/33NOy7wCUsm, http://www.playvid.com/watch/9rYlRkmbsgc,
http://www.playvid.com/watch/oFWnSfwWh1N, http://www.playvid.com/watch/abNcqgFPUBE, http://www.playvid.com/watch/m1ma2CnXM85,
http://www.playvid.com/watch/9Q5nGAloDFg, http://www.playvid.com/watch/hOYrFFwKVIF, http://www.playvid.com/watch/aPz6peEhf0E,
http://www.playvid.com/watch/RQCNm65rsYO, http://www.playvid.com/watch/GmxwC33bG3e, http://www.playvid.com/watch/S9JyJffMdCy,
http://www.playvid.com/watch/JdqUPtGyeZS, http://www.playvid.com/watch/8ZIfk4bbaDQ, http://www.playvid.com/watch/YmqnYFskm47,
http://www.playvid.com/watch/354N5JGrgrI, http://www.playvid.com/watch/0AEC_6iK3Be, http://www.playvid.com/watch/x5mMGHLKRNc,
http://www.playvid.com/watch/ldW81xYGNUz, http://www.playvid.com/watch/3Y5R0kyZ54L, http://www.playvid.com/watch/biLrTQM4WAE,
http://www.playvid.com/watch/kX3X-k9499L, http://www.playvid.com/watch/ffTsNsc_YHb, http://www.playvid.com/watch/7S4vnpa8xfQ,
http://www.playvid.com/watch/rovAebYQr63, http://www.playvid.com/watch/SveQCmHSEhQ, http://www.playvid.com/watch/PL-kg_ToI0F,
http://www.playvid.com/watch/cfP-_XJVaN3, http://www.playvid.com/watch/QRXdupesnAh, http://www.playvid.com/watch/3xUJN7if4sn,
http://www.playvid.com/watch/55iBQfU8VR7, http://www.playvid.com/watch/En4MSqkCNPf, http://www.playvid.com/watch/QNTeuM5MQFf,
http://www.playvid.com/watch/DlVSwBNTuPg, http://www.playvid.com/watch/4YG9--uyhvs, http://www.playvid.com/watch/QBB4mPp_dyG,
http://www.playvid.com/watch/oDcQ27fLhIK, http://www.playvid.com/watch/YMwGF1ZNdVU, http://www.playvid.com/watch/l9DmQVDTbhA,
http://www.playvid.com/watch/b4U-pUC5_Z5, http://www.playvid.com/watch/G2gRD2_dv6j, http://www.playvid.com/watch/MqrEvzC3_d4,
http://www.playvid.com/watch/qERmVrQzWmT, http://www.playvid.com/watch/NibiUmYYw5V, http://www.playvid.com/watch/Ss48Vloa1OT,
http://www.playvid.com/watch/uuEyuNTdshG, http://www.playvid.com/watch/b0sWvPCnFHb, http://www.playvid.com/watch/V15QSqAwLCi,
http://www.playvid.com/watch/09_dAnQ6xA3, http://www.playvid.com/watch/MZiNfgSdyI3, http://www.playvid.com/watch/6h1voC44jPe,
http://www.playvid.com/watch/4ReGrM9TzLt, http://www.playvid.com/watch/cNvUJX9HO3i, http://www.playvid.com/watch/WTD-7aW0zwU,
http://www.playvid.com/watch/5iFNXbTbPgZ, http://www.playvid.com/watch/dzAQInbvMjz, http://www.playvid.com/watch/glowRP-ITgo,
http://www.playvid.com/watch/gqg5BMZRG52, http://www.playvid.com/watch/o_MoCFHylDf, http://www.playvid.com/watch/OQfLjgmxF7Q,
http://www.playvid.com/watch/ndF5uelhx1T, http://www.playvid.com/watch/Lhv_Z3PmRdN, http://www.playvid.com/watch/xrolTb5Cs2y,
http://www.playvid.com/watch/dg26PTXHW6b, http://www.playvid.com/watch/C4sDQBFhG-0, http://www.playvid.com/watch/2FqQsaQ_jah,
http://www.playvid.com/watch/eY2W8CKcL-T, http://www.playvid.com/watch/vVlxjTFPOur, http://www.playvid.com/watch/dD2hk5SPWyF,
http://www.playvid.com/watch/zYTj9rPOBEv, http://www.playvid.com/watch/OFjA9O59lxd, http://www.playvid.com/watch/iNAKqSK3b8b,
http://www.playvid.com/watch/G0VIkjTuiPc, http://www.playvid.com/watch/EUYJfRzTMVT, http://www.playvid.com/watch/90HXUAbqJPu,
http://www.playvid.com/watch/GUY1OMrNQMd, http://www.playvid.com/watch/MhpOuCweX5Q, http://www.playvid.com/watch/tA24AoxAmkr,
http://www.playvid.com/watch/LqMGIIz6oUA, http://www.playvid.com/watch/lpDnuNJVrYJ, http://www.playvid.com/watch/PUuaTiwN9DK,
http://www.playvid.com/watch/BzPzbJTUL80, http://www.playvid.com/watch/XfDI9zN01H5, http://www.playvid.com/watch/D9sb77JsfIm,
http://www.playvid.com/watch/GoB5Qhgk8CI, http://www.playvid.com/watch/HjyKrEnVmdi, http://www.playvid.com/watch/XymyAW7DhDe,
http://www.playvid.com/watch/pNtv86NVCTA, http://www.playvid.com/watch/Hz_RWq1dU6r, http://www.playvid.com/watch/75U2GXmfU6A,
http://www.playvid.com/watch/9iOyGkDxQPz, http://www.playvid.com/watch/9ajf5hyIU8B, http://www.playvid.com/watch/n6D4WLfTGCm,
http://www.playvid.com/watch/gcq4TKBesT5, http://www.playvid.com/watch/FvZm3gFXXRg, http://www.playvid.com/watch/msRyjy5xs33,
http://www.playvid.com/watch/xOkBoVnVfsO, http://www.playvid.com/watch/G4vL6JYpSul, http://www.playvid.com/watch/NbyCV3I0y0v,
http://www.playvid.com/watch/kniAlZVIegI, http://www.playvid.com/watch/HuwdWRIye6S, http://www.playvid.com/watch/tNqUj4HiGjz,
http://www.playvid.com/watch/fpk81YcJix3, http://www.playvid.com/watch/525ZtrHOshl, http://www.playvid.com/watch/lsz8L00euVv,
http://www.playvid.com/watch/0W0QihrARyJ, http://www.playvid.com/watch/TNL77dVCmyB, http://www.playvid.com/watch/guAyhQ23d6C,
http://www.playvid.com/watch/aZcaTm_Afzo, http://www.playvid.com/watch/XdC8xl-Hn9P, http://www.playvid.com/watch/j6KHcqRIN6h,
http://www.playvid.com/watch/pkDt6HDI3sx, http://www.playvid.com/watch/z8fqAJ5YDsf, http://www.playvid.com/watch/o3a-aEvpl1g,
http://www.playvid.com/watch/240DS1Av_gv, http://www.playvid.com/watch/JWMLv971cgM, http://www.playvid.com/watch/ouUtS3MoCPd,
http://www.playvid.com/watch/ZSiqgo2esXr, http://www.playvid.com/watch/pvwWMlRGSBX, http://www.playvid.com/watch/Z8rgchAJfJV,
http://www.playvid.com/watch/MiwBtEdd6a7, http://www.playvid.com/watch/79p55pLEuyU, http://www.playvid.com/watch/Nq9nCf_4DMM,
http://www.playvid.com/watch/a9HvqRUCRHr, http://www.playvid.com/watch/9kIL_bEtIoc, http://www.playvid.com/watch/ycmCX7CvGhT,
http://www.playvid.com/watch/blXbeVFN_kU, http://www.playvid.com/watch/FK1qE9OcTPH, http://www.playvid.com/watch/zBBMb8DnSzr,
http://www.playvid.com/watch/yJR0_KDGKQN, http://www.playvid.com/watch/xUAcv9p0CIr, http://www.playvid.com/watch/4vcHL0OWoGr,
http://www.playvid.com/watch/tC7zZbWKBSV, http://www.playvid.com/watch/xtXz2GIZCBj, http://www.playvid.com/watch/MN7Xsq8nfdb,
http://www.playvid.com/watch/SD1QWAt9jQO, http://www.playvid.com/watch/m64uqFtM0nk, http://www.playvid.com/watch/TTSQV18XpQo,
http://www.playvid.com/watch/fZUjZmmH8Sd, http://www.playvid.com/watch/kyz0wduFa1j, http://www.playvid.com/watch/7VvmYlRh1A6,
http://www.playvid.com/watch/U7hi3wZFSFr, http://www.playvid.com/watch/M1U_aNKM2_6, http://www.playvid.com/watch/WfFVFoXhJQD,
http://www.playvid.com/watch/8qBmRXyeElN, http://www.playvid.com/watch/whnQIFXYuce, http://www.playvid.com/watch/DNgWI8W7Y8A,
http://www.playvid.com/watch/Ly1ZQHHwOSU, http://www.playvid.com/watch/S_wUqsqJbFp, http://www.playvid.com/watch/OsRIUFjkVd2,
http://www.playvid.com/watch/HVK6lsTLVnK, http://www.playvid.com/watch/HKEONhr4ICe, http://www.playvid.com/watch/RHeb2oYDEqh,
http://www.playvid.com/watch/VlC_75BekIe, http://www.playvid.com/watch/safie1utjDQ, http://www.playvid.com/watch/XGa6qh_MoYj,
http://www.playvid.com/watch/u8dL8RZDQrj, http://www.playvid.com/watch/AKM3JLTd8LC, http://www.playvid.com/watch/kGCvxwfKr82,
http://www.playvid.com/watch/kqWP7lGze4g, http://www.playvid.com/watch/YTTLID0INiG, http://www.playvid.com/watch/9LNXl92DWrA,
http://www.playvid.com/watch/OxeBSZUHqm0, http://www.playvid.com/watch/PJHqkeuVjkN, http://www.playvid.com/watch/ckMDftwDjGm,
http://www.playvid.com/watch/thbG6-naqZO, http://www.playvid.com/watch/4-clDCZnH_W, http://www.playvid.com/watch/obh7mtgh94A,
http://www.playvid.com/watch/m1bokOUIc3j, http://www.playvid.com/watch/GB5KfqesOn2, http://www.playvid.com/watch/WAUXRLN6KJb,
http://www.playvid.com/watch/tvQVWvFWnE8, http://www.playvid.com/watch/lQTBSHefnpI, http://www.playvid.com/watch/3UuTicMMZig,
http://www.playvid.com/watch/RDuy6Q-uLWZ, http://www.playvid.com/watch/Ed-fOWlztXh, http://www.playvid.com/watch/86_4-MX3FTH,
http://www.playvid.com/watch/f-H3eE3s0fm, http://www.playvid.com/watch/YZdqbueZaFh, http://www.playvid.com/watch/Vx5obRTb49N,
http://www.playvid.com/watch/SSP1g1KHAak, http://www.playvid.com/watch/n4D6ZxF3-sL, http://www.playvid.com/watch/LYiRCcMDNTg,
http://www.playvid.com/watch/YM_piOQfp8L, http://www.playvid.com/watch/Hqb9eK9uU6K, http://www.playvid.com/watch/FsFRdagTHKC,
http://www.playvid.com/watch/0cvczeBH5A4, http://www.playvid.com/watch/236fNQQAwez, http://www.playvid.com/watch/xGjZqkIVBYG,
http://www.playvid.com/watch/2Jpii2Q0duw, http://www.playvid.com/watch/4eCaYQdi2nA, http://www.playvid.com/watch/C0XXYhI0xcY,
http://www.playvid.com/watch/a_YNqtRaAf9, http://www.playvid.com/watch/BL-epvPvdN9, http://www.playvid.com/watch/iHBeH7vqZ86,
http://www.playvid.com/watch/W27E8t7aC6W, http://www.playvid.com/watch/5EF57ft6ttf, http://www.playvid.com/watch/Pz4Nw_5yynW,
http://www.playvid.com/watch/7NblfgX8Qe7, http://www.playvid.com/watch/kUy_UIHHSC8, http://www.playvid.com/watch/iUKKh9t9HFR,
http://www.playvid.com/watch/phhbDfhlZpi, http://www.playvid.com/watch/YVFyNEA9hia, http://www.playvid.com/watch/x3-EHfCAzcN,
http://www.playvid.com/watch/CfUlRmBh4qV, http://www.playvid.com/watch/OiEDSEgbrSn, http://www.playvid.com/watch/agnxE_pyuhx,
http://www.playvid.com/watch/im7Jm8pUfLP, http://www.playvid.com/watch/aOzWrRvMf5k, http://www.playvid.com/watch/5E4V3b3nDC2,
http://www.playvid.com/watch/dfZW9yenc6S, http://www.playvid.com/watch/e0JIj82Pkep, http://www.playvid.com/watch/UzUbiaFf7pN,
http://www.playvid.com/watch/EIAi_BlDDkT, http://www.playvid.com/watch/TklKrnfwi7k, http://www.playvid.com/watch/8Ds9ftKIQZZ,
http://www.playvid.com/watch/cV-nAPz3xPi, http://www.playvid.com/watch/Bv_I0lfxtzf, http://www.playvid.com/watch/SuhiXc2wKPO,
http://www.playvid.com/watch/cs-dd3yLb4X, http://www.playvid.com/watch/h8hg5lS5gaS, http://www.playvid.com/watch/WI4yi3PDEcI,
http://www.playvid.com/watch/2ho3CcXCq3R, http://www.playvid.com/watch/UCufqOa4p7Q, http://www.playvid.com/watch/PjmwWBDDQuZ,
http://www.playvid.com/watch/ns35ngtNNXF, http://www.playvid.com/watch/DQ59ykOS_vL, http://www.playvid.com/watch/KPQR5ezsEaX,
http://www.playvid.com/watch/h38HYrXlml2, http://www.playvid.com/watch/SQ1S0iOpixO, http://www.playvid.com/watch/LbaLNWXZB6f,
http://www.playvid.com/watch/4sTX9QZ7d2Q, http://www.playvid.com/watch/q7L1fAEfoFu, http://www.playvid.com/watch/OwrFlwfzLlT,
http://www.playvid.com/watch/bPu_G1CVJLa, http://www.playvid.com/watch/uC73tPBmPxC, http://www.playvid.com/watch/jEb6taNj96g,
http://www.playvid.com/watch/mDtTQbJszw9, http://www.playvid.com/watch/3SjKkMmMfAq, http://www.playvid.com/watch/VSvg26L69PU,
http://www.playvid.com/watch/PvWbxBf0xZe, http://www.playvid.com/watch/D97rmyXrOdd, http://www.playvid.com/watch/X63Gln-iwcL,
http://www.playvid.com/watch/mGBINVsb79t, http://www.playvid.com/watch/dmVlnrKptg0, http://www.playvid.com/watch/f_BiaDu00um,
http://www.playvid.com/watch/oik5ALkyHQm, http://www.playvid.com/watch/ULeKW0MlhJ6, http://www.playvid.com/watch/iV9PMg51A23,
http://www.playvid.com/watch/Age_9yMUqNz, http://www.playvid.com/watch/RYfZ30zUJUC, http://www.playvid.com/watch/NjUrna7yFSt,
http://www.playvid.com/watch/fQtwtUrDaBY, http://www.playvid.com/watch/u4AjQclOIXH, http://www.playvid.com/watch/7rtMETCkQ1C,
http://www.playvid.com/watch/C2hDTNvglEA, http://www.playvid.com/watch/9dNU3S61Qzo, http://www.playvid.com/watch/dhtwBk4ez3m,
http://www.playvid.com/watch/wkxg1us66m0, http://www.playvid.com/watch/YR9Biz36taT, http://www.playvid.com/watch/4Y3Fo1q6_Ym,
http://www.playvid.com/watch/Kn9FavoMKaT, http://www.playvid.com/watch/QU9qufXMkco, http://www.playvid.com/watch/kFIbHpSwolJ,
http://www.playvid.com/watch/PNIDNgE5-QS, http://www.playvid.com/watch/v8KqouYNfj5, http://www.playvid.com/watch/leusZqeRSf7,

http://www.playvid.com/watch/LiXuEu2ombh, http://www.playvid.com/watch/Ylt0bF1MQzI, http://www.playvid.com/watch/RDwulqz2rmH, http://www.playvid.com/watch/oOjB-SVjT4u, http://www.playvid.com/watch/9bTgFKHBlmI, http://www.playvid.com/watch/EhWFpliDIjy, http://www.playvid.com/watch/r5XRaJ_gdvu, http://www.playvid.com/watch/utmGxcdVNFD, http://www.playvid.com/watch/MOv_wmrzuYZ, http://www.playvid.com/watch/Z5PIyB0rlRa, http://www.playvid.com/watch/uZRZTNNDEiF, http://www.playvid.com/watch/aKTJYsk909J, http://www.playvid.com/watch/Y6esAHmh6-f, http://www.playvid.com/watch/PkLMJ99GdoW, http://www.playvid.com/watch/QHx-c1E2Tbi, http://www.playvid.com/watch/ChaHitv6yVW, http://www.playvid.com/watch/DGN8--KjY_k, http://www.playvid.com/watch/Z6UNE2nWUi9, http://www.playvid.com/watch/CHhjRy_ILYQ, http://www.playvid.com/watch/zo96Bv6AF26, http://www.playvid.com/watch/g8eoDXUkjCZ, http://www.playvid.com/watch/JfQMPXks0fd, http://www.playvid.com/watch/EkvEx80oKpA, http://www.playvid.com/watch/bq3HOHqrwuO, http://www.playvid.com/watch/HU7FCaf07jz, http://www.playvid.com/watch/ZNM6A_ncBoP, http://www.playvid.com/watch/9jkWEpDka5T, http://www.playvid.com/watch/fq-ifKxBBuQ, http://www.playvid.com/watch/w7SX7a2ajBe, http://www.playvid.com/watch/A9PQ6A3xueR, http://www.playvid.com/watch/GPPOkAG9Zym, http://www.playvid.com/watch/PZ_uT2LG_90, http://www.playvid.com/watch/s08BW9VD_Lk, http://www.playvid.com/watch/Z2z678m8Riz, http://www.playvid.com/watch/gaQQn0Qnda8, http://www.playvid.com/watch/xdsiNEGl3aJ, http://www.playvid.com/watch/YXShP9dUEf3, http://www.playvid.com/watch/ZVT31Sv36uH, http://www.playvid.com/watch/eCXBTTrnO7m, http://www.playvid.com/watch/ieUN5ko5fuZ, http://www.playvid.com/watch/hzaaRZNxT-2, http://www.playvid.com/watch/Hciuq542cCX, http://www.playvid.com/watch/ZTyusE4VE_Y, http://www.playvid.com/watch/02Y1JQnUn8b, http://www.playvid.com/watch/CtcCa2uFy3I, http://www.playvid.com/watch/P4XI0EpBOvJ, http://www.playvid.com/watch/T3FRo7qWZ4M, http://www.playvid.com/watch/UbJTrJfHE42, http://www.playvid.com/watch/LWdrw52NGXG, http://www.playvid.com/watch/c1uAYM2WgId, http://www.playvid.com/watch/MyKJguONFw5, http://www.playvid.com/watch/MEyfIQta78z, http://www.playvid.com/watch/rmFggAP3tNv, http://www.playvid.com/watch/RVAzPeGkrZp, http://www.playvid.com/watch/BY-EWckGYlb, http://www.playvid.com/watch/yQYp5wdWk2q, http://www.playvid.com/watch/HcDPNT3rHqc, http://www.playvid.com/watch/joJ_K_doNgU, http://www.playvid.com/watch/SD9_G7xItn2, http://www.playvid.com/watch/RyPbOduwSR0, http://www.playvid.com/watch/rG7nqLCW6tO, http://www.playvid.com/watch/wE0sqE2IF4M, http://www.playvid.com/watch/7Od6NPe6IwO, http://www.playvid.com/watch/Xq7iZGjV7N3, http://www.playvid.com/watch/2qZ8WS1YkU2, http://www.playvid.com/watch/Inwjd2VMAjv, http://www.playvid.com/watch/n99VLNWUsai, http://www.playvid.com/watch/yVuDLLX_Apc, http://www.playvid.com/watch/tq2mnrQVyqP, http://www.playvid.com/watch/TxBlZKTatY7, http://www.playvid.com/watch/oLiBUwOJ_LP, http://www.playvid.com/watch/tOLJvtyCdVD, http://www.playvid.com/watch/f1fNFHZ95LB, http://www.playvid.com/watch/x92o4RM0iCy, http://www.playvid.com/watch/5bElbXcLDAR, http://www.playvid.com/watch/l1YPahZDf3q, http://www.playvid.com/watch/9-4XXyOKnpk, http://www.playvid.com/watch/vgEEpr7rLZh, http://www.playvid.com/watch/juIgMTCALWy, http://www.playvid.com/watch/J33Te8T5R-T, http://www.playvid.com/watch/dGDyvMdCVx7, http://www.playvid.com/watch/fL-f1PrnI9x, http://www.playvid.com/watch/9f8QHOSTWyg, http://www.playvid.com/watch/KM_i-w9QpSg, http://www.playvid.com/watch/LlEwRm9B86A, http://www.playvid.com/watch/sYM0CVeuUGP, http://www.playvid.com/watch/4wQOGMLA6Pm, http://www.playvid.com/watch/Fo2-i-Gb2FP, http://www.playvid.com/watch/b0lw4VYd-Ps, http://www.playvid.com/watch/jMvN2lzLnzN, http://www.playvid.com/watch/ffnNvGuhTzN, http://www.playvid.com/watch/UiXBcKVoCXE, http://www.playvid.com/watch/mWp08PmnO9y, http://www.playvid.com/watch/8e4VO6ZBgZF, http://www.playvid.com/watch/I6OIRjLOiaX, http://www.playvid.com/watch/NITZSGlOuZb, http://www.playvid.com/watch/nZkTcxneCIc, http://www.playvid.com/watch/NovH5AgnPd9, http://www.playvid.com/watch/yrHTzydLNbs, http://www.playvid.com/watch/FYS---HZ92N, http://www.playvid.com/watch/czapyT0dVmY, http://www.playvid.com/watch/WChGi5T6o5f, http://www.playvid.com/watch/UlyE_kUJ3Nl, http://www.playvid.com/watch/QYi5ykGimDs, http://www.playvid.com/watch/n1acbIxD_9Q, http://www.playvid.com/watch/lpWlprJsGTS, http://www.playvid.com/watch/Z5yAaJWTdyZ, http://www.playvid.com/watch/al1au4b1vXV, http://www.playvid.com/watch/9WLLj3e8qM5, http://www.playvid.com/watch/pHXW_k0e114, http://www.playvid.com/watch/tp2YXhC1o0A, http://www.playvid.com/watch/3SCtPGXDuz8, http://www.playvid.com/watch/P2LDmbjn4ly, http://www.playvid.com/watch/40v8rz3ugOx, http://www.playvid.com/watch/91Mm7wLzsSt, http://www.playvid.com/watch/pd2bzrU8x_4, http://www.playvid.com/watch/D7cjkp8f5XK, http://www.playvid.com/watch/gQfHGVzeqoj, http://www.playvid.com/watch/xQB862yzcl3, http://www.playvid.com/watch/wZlJcUF1lks, http://www.playvid.com/watch/6KfHQ_9Pnsf, http://www.playvid.com/watch/Py4D5I2UIpR, http://www.playvid.com/watch/SqB_pWv_-Ka, http://www.playvid.com/watch/Q6DlzQWJBnU, http://www.playvid.com/watch/UdszfEIB5YI, http://www.playvid.com/watch/wLpCglaTPTU, http://www.playvid.com/watch/ZdPT-yPJxeA, http://www.playvid.com/watch/UCzAA4JHEFr, http://www.playvid.com/watch/9ZpHn7soCZ6, http://www.playvid.com/watch/kEw9RsO1H14, http://www.playvid.com/watch/bGaWuL4jCwM, http://www.playvid.com/watch/mkV6844ze9Y, http://www.playvid.com/watch/kpT3u6YK-Pn, http://www.playvid.com/watch/sb4rfL_TxWh, http://www.playvid.com/watch/AiJ-FGXznpD, http://www.playvid.com/watch/lj3RJbV9dRw, http://www.playvid.com/watch/XXqbjB3U5df, http://www.playvid.com/watch/cEsAkSacIoV, http://www.playvid.com/watch/RdZK5KTtOen, http://www.playvid.com/watch/D474RSTn2Dr, http://www.playvid.com/watch/DgGW6gNJKOz, http://www.playvid.com/watch/x8T2MmdY7Ox, http://www.playvid.com/watch/TI75ZrN9g1U, http://www.playvid.com/watch/UVLYQFeLnC0, http://www.playvid.com/watch/lHMrX2duQgU, http://www.playvid.com/watch/ziOLGcp062Q, http://www.playvid.com/watch/iuqECJ4ocHQ, http://www.playvid.com/watch/5wcXvoupkhp, http://www.playvid.com/watch/fXXoaTDYtME, http://www.playvid.com/watch/f2RYpQmUqhG, http://www.playvid.com/watch/7RBKUzEJCCs, http://www.playvid.com/watch/Qsw49y077uZ
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jerkyboy100
5.b. Uploader's email address: jerkyboy100_2000@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jerkyboy100
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CxHsXO1sRQM, http://www.playvid.com/watch/rEQvZZ99a0M, http://www.playvid.com/watch/Q70d3LWan9B, http://www.playvid.com/watch/l_UYomUrac5, http://www.playvid.com/watch/fvevY9VUF2I, http://www.playvid.com/watch/CK-uNjif99v, http://www.playvid.com/watch/35Zd_4B1-9A, http://www.playvid.com/watch/bZUKtsLZeMl, http://www.playvid.com/watch/vAsbYq9E65B, http://www.playvid.com/watch/hPf1r2i2Jif, http://www.playvid.com/watch/RRSB43jPi2w, http://www.playvid.com/watch/mR5j-N85SxC, http://www.playvid.com/watch/oWHiCCuepRV, http://www.playvid.com/watch/OrgP93DBe9t, http://www.playvid.com/watch/8p4YvyGDsI2, http://www.playvid.com/watch/qO-_MQ8LAZf, http://www.playvid.com/watch/UF8SHW-7Ozi, http://www.playvid.com/watch/Rvl603RVVq0, http://www.playvid.com/watch/f6XpCNlGq7U, http://www.playvid.com/watch/NotA7lrW6US, http://www.playvid.com/watch/InNImb3BHhh, http://www.playvid.com/watch/Yf8Nb-UBPjV, http://www.playvid.com/watch/5tfESpk76Yh, http://www.playvid.com/watch/iSrBJ_vJbiY, http://www.playvid.com/watch/J0aOzowm_pK, http://www.playvid.com/watch/sVt96-CPQuh, http://www.playvid.com/watch/SRwD-sCgVro, http://www.playvid.com/watch/4WwabHMmrh6, http://www.playvid.com/watch/itWX4AYIaq4
5.f. Date of third notice: 2014-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jg21
5.b. Uploader's email address: grimmjowzangetsu@yahoo.com.mx
5.d. Uploader's profile: http://www.playvid.com/member/jg21
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HS5vGKUJNyA, http://www.playvid.com/watch/uqPMAHjnGxI, http://www.playvid.com/watch/3nu59Jgx9ak, http://www.playvid.com/watch/XmHbWLqaVCp, http://www.playvid.com/watch/E7VUxmGLvs7, http://www.playvid.com/watch/pfUKwLyAXUw, http://www.playvid.com/watch/uA8eCGiaKUR, http://www.playvid.com/watch/4ZsGtExMSGV, http://www.playvid.com/watch/ElavwQ0yqAC, http://www.playvid.com/watch/i630Zl6vPhy, http://www.playvid.com/watch/2YgBonOx-uc, http://www.playvid.com/watch/E8Ad9BbrgiR, http://www.playvid.com/watch/L3eYdXsnu4M, http://www.playvid.com/watch/HBO6g9MjyDR, http://www.playvid.com/watch/5PPg3i7HbEm, http://www.playvid.com/watch/D4yzr4YDr-i, http://www.playvid.com/watch/4e5VI5tJr4l, http://www.playvid.com/watch/ovbyjk744ha, http://www.playvid.com/watch/-jylD75z7jF, http://www.playvid.com/watch/mYp5xQPHyVI, http://www.playvid.com/watch/0KvuB2wYmC3, http://www.playvid.com/watch/JWO6r6mXjXM, http://www.playvid.com/watch/zb87nZmEmOo, http://www.playvid.com/watch/9J-Liy9UeaG, http://www.playvid.com/watch/3N7ezgrxXd9, http://www.playvid.com/watch/ywztkxRxTfW, http://www.playvid.com/watch/lU5xNtwlnlW, http://www.playvid.com/watch/f7JOkn46RVo, http://www.playvid.com/watch/w6eq-zHmJPa, http://www.playvid.com/watch/wE5yXrj2d8Z, http://www.playvid.com/watch/lqKjtGFYN2g, http://www.playvid.com/watch/SXPGfPKj2wr, http://www.playvid.com/watch/7Wp3sJIycRC, http://www.playvid.com/watch/Dz0M8DBTADJ, http://www.playvid.com/watch/wRqAhmissEB, http://www.playvid.com/watch/F4S-Kj3Pxpl, http://www.playvid.com/watch/eYsLpezVS4g, http://www.playvid.com/watch/M5Juknqed6M, http://www.playvid.com/watch/6kqeFAPG5Mp, http://www.playvid.com/watch/FghTN3bBpNM, http://www.playvid.com/watch/CNjYl2lEopF, http://www.playvid.com/watch/7NexvWR8td0, http://www.playvid.com/watch/2RT8vbsW2rI, http://www.playvid.com/watch/U0fAzgoAtzB, http://www.playvid.com/watch/8Kf50eL4DNL, http://www.playvid.com/watch/kWNyZywBJEc, http://www.playvid.com/watch/Vl0glF5wiMa, http://www.playvid.com/watch/M443ndz-cSg, http://www.playvid.com/watch/Mon6mcWBzt7, http://www.playvid.com/watch/oUBILSfJ2fw, http://www.playvid.com/watch/kmEjwMEiHDA, http://www.playvid.com/watch/TdpGaLCVC8K, http://www.playvid.com/watch/qiaqt7j8MFm, http://www.playvid.com/watch/v5qGUdooMNY, http://www.playvid.com/watch/MIlICRxsV6M, http://www.playvid.com/watch/QvrRoty4CWi, http://www.playvid.com/watch/tKWACRM5L60, http://www.playvid.com/watch/zAvSFwHUd64, http://www.playvid.com/watch/8D0KIdOa0Rc, http://www.playvid.com/watch/99TrKQfCELF, http://www.playvid.com/watch/Mp25ZIECqtg, http://www.playvid.com/watch/sf6XfZuIJuJ, http://www.playvid.com/watch/pnW04-lfG5a, http://www.playvid.com/watch/VkSuvUrkeIJ, http://www.playvid.com/watch/ZFHj2oqo0Z5, http://www.playvid.com/watch/OAk0KL-b245, http://www.playvid.com/watch/IN2fjWoflF2, http://www.playvid.com/watch/Z2bGtSB3h5y,

http://www.playvid.com/watch/9XEabzbcorv, http://www.playvid.com/watch/StKvlI-453R, http://www.playvid.com/watch/tSeAA8EzHVz, http://www.playvid.com/watch/tL5y--qdx0h, http://www.playvid.com/watch/FPdLRc-YBdm, http://www.playvid.com/watch/2C3Huz6MY8Y, http://www.playvid.com/watch/AWcjcH8xdA7, http://www.playvid.com/watch/XQugTJ8BdLy, http://www.playvid.com/watch/m7THUifDtXy, http://www.playvid.com/watch/-LbjZHdBs52, http://www.playvid.com/watch/tWsK-6eSZ0P, http://www.playvid.com/watch/6rUEWuX9IZx, http://www.playvid.com/watch/pxfgkPiZySZ, http://www.playvid.com/watch/gB3VDBV3qP8, http://www.playvid.com/watch/bXWRXPUdW4c, http://www.playvid.com/watch/57ZsuGZbs9y, http://www.playvid.com/watch/iWIO06w32AA, http://www.playvid.com/watch/RnKUTR0Cr7H, http://www.playvid.com/watch/pcbw7QYkyNG, http://www.playvid.com/watch/jhOJaNdqnyx, http://www.playvid.com/watch/jUdqu36RRXb, http://www.playvid.com/watch/aNpyXCvOFMM, http://www.playvid.com/watch/Cos7-Lmo-Cw, http://www.playvid.com/watch/CZQ7z402dhp, http://www.playvid.com/watch/CGQIAGJPJae, http://www.playvid.com/watch/e88zdqcc06G, http://www.playvid.com/watch/Z5EkDlWYtT8, http://www.playvid.com/watch/z57IbzOa7pQ, http://www.playvid.com/watch/40eU5PIAB0e, http://www.playvid.com/watch/S8Ox-rDdoX3, http://www.playvid.com/watch/-55KPmxrNCZ, http://www.playvid.com/watch/j-OAJoZ82NB, http://www.playvid.com/watch/Z4GdUmpXKVu, http://www.playvid.com/watch/g0FLuR0lk95, http://www.playvid.com/watch/smv2USAQ4AW, http://www.playvid.com/watch/e6pnH6v6tYg, http://www.playvid.com/watch/bDgYCesChKz, http://www.playvid.com/watch/QWHIG05ildX, http://www.playvid.com/watch/HKuWeLzLh2R, http://www.playvid.com/watch/Ud3smUQMfVr, http://www.playvid.com/watch/RdwNDvkZn7C, http://www.playvid.com/watch/ezXB7roiwSh, http://www.playvid.com/watch/eopmYEKnsGh, http://www.playvid.com/watch/vtyDCR0Aqed, http://www.playvid.com/watch/tK85b9QP47M, http://www.playvid.com/watch/rWNsJYIKbeg, http://www.playvid.com/watch/4Qc5tziFtKj, http://www.playvid.com/watch/dmkgwnueHwK, http://www.playvid.com/watch/CbYyjum0ggo, http://www.playvid.com/watch/dUFckmv4ODM, http://www.playvid.com/watch/idQo48UDWVz, http://www.playvid.com/watch/gn8HBM7UxE0, http://www.playvid.com/watch/A0EtmiYnJqi, http://www.playvid.com/watch/8PoVPU46syz, http://www.playvid.com/watch/oNPrRYdwlTQ, http://www.playvid.com/watch/MIf93v9O0At, http://www.playvid.com/watch/PJcWIDoNUdK, http://www.playvid.com/watch/XzoOH4U4GOv, http://www.playvid.com/watch/AoArYTut-v2, http://www.playvid.com/watch/uevo4F2PicJ, http://www.playvid.com/watch/GwBGfGsn5pf, http://www.playvid.com/watch/krL-7YwGvSd, http://www.playvid.com/watch/KaSuUUc9-Qo, http://www.playvid.com/watch/oIku3DkaOow, http://www.playvid.com/watch/EsAZmGtQLLB, http://www.playvid.com/watch/splqrPDIWHK, http://www.playvid.com/watch/AmoAGCNIX3F, http://www.playvid.com/watch/aOTRVrKAEKH, http://www.playvid.com/watch/GaRa9rMuAfV, http://www.playvid.com/watch/83r4A9FGfs9, http://www.playvid.com/watch/Nm86sHu4Omk, http://www.playvid.com/watch/NjS9Og6D0Sz, http://www.playvid.com/watch/FfyG5yHyKIh, http://www.playvid.com/watch/DVtDWHQhyBW, http://www.playvid.com/watch/tyi7cGYWN75, http://www.playvid.com/watch/k9jGm-bfvyw, http://www.playvid.com/watch/oCIb8We5s2O, http://www.playvid.com/watch/yThdbwL08kc, http://www.playvid.com/watch/PY424GpAlsE, http://www.playvid.com/watch/0YQDyQQ5MHT, http://www.playvid.com/watch/wBKG2GMzv95, http://www.playvid.com/watch/Z-JwaSiRFAc, http://www.playvid.com/watch/nM2iK3V0PTs, http://www.playvid.com/watch/C-pZgnYI0yH, http://www.playvid.com/watch/JI5moUr3Zfn, http://www.playvid.com/watch/IxaShKXcPVl, http://www.playvid.com/watch/GJ9suDRhloY, http://www.playvid.com/watch/3e-5W2fkr9t, http://www.playvid.com/watch/DLr9yeHIg3k, http://www.playvid.com/watch/5EfRZnXK7Ci, http://www.playvid.com/watch/Y8m9MyhcUsg, http://www.playvid.com/watch/76DnJSkJJ39, http://www.playvid.com/watch/4gkoWWkyKgu, http://www.playvid.com/watch/OXPMHkYkqPy, http://www.playvid.com/watch/90dhXwtarp8, http://www.playvid.com/watch/XjU9aaI3eyb, http://www.playvid.com/watch/PPaWbk7-QbQ, http://www.playvid.com/watch/RXlefmathXF, http://www.playvid.com/watch/2T6RWClZXN2
5.f. Date of third notice: 2013-12-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jhonnyboy18
5.b. Uploader's email address: suckthat@live.com.pt
5.d. Uploader's profile: http://www.playvid.com/member/jhonnyboy18
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FI-MOrFeZn-, http://www.playvid.com/watch/n3fVGLO-Tl2, http://www.playvid.com/watch/Ykj2W4eFXwf, http://www.playvid.com/watch/fw5J6X53qJK, http://www.playvid.com/watch/XBkCQdwdFhJ, http://www.playvid.com/watch/L4ZwsWCcubt, http://www.playvid.com/watch/miXUkQuteRC, http://www.playvid.com/watch/J4Jqz3m5Seo, http://www.playvid.com/watch/YtpsIbK0Qbs, http://www.playvid.com/watch/PsYbjeopwe, http://www.playvid.com/watch/JyelA-Tn2mv, http://www.playvid.com/watch/J9bdIaeX-Nb, http://www.playvid.com/watch/jZaQoJBJYji, http://www.playvid.com/watch/zGs3cag0lBx, http://www.playvid.com/watch/-uyJAUtwnHk, http://www.playvid.com/watch/3ncqjWV5iTk, http://www.playvid.com/watch/tVadx4RHDxQ, http://www.playvid.com/watch/FuQBUaeVReI, http://www.playvid.com/watch/BKImBNcS4CB, http://www.playvid.com/watch/xVtMbb6JNPV
5.f. Date of third notice: 2014-04-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jiewen2002
5.b. Uploader's email address: jiewenwen202@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/jiewen2002
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QlP73b3A7qz, http://www.playvid.com/watch/XOzF66Xktwy, http://www.playvid.com/watch/Sl9dOsulF1S, http://www.playvid.com/watch/cYRt00c-b5w, http://www.playvid.com/watch/EgM4K3UIibG, http://www.playvid.com/watch/cBULrvtlDxJ, http://www.playvid.com/watch/keel9cqW385, http://www.playvid.com/watch/5-597duKubq, http://www.playvid.com/watch/WRDjFAcHHN4, http://www.playvid.com/watch/jxBJI6iNPsl, http://www.playvid.com/watch/k2oBF00ZhoK, http://www.playvid.com/watch/aKriouh3w8H, http://www.playvid.com/watch/t6f47vA6Qju, http://www.playvid.com/watch/e7SCJCHhBfr, http://www.playvid.com/watch/T3UOPwTRK3m, http://www.playvid.com/watch/ujR9mf1yLMY, http://www.playvid.com/watch/pKQppvVsfF0, http://www.playvid.com/watch/fYDNH2o_uWU, http://www.playvid.com/watch/tild_vaj21f, http://www.playvid.com/watch/iLD5BDCHJGU, http://www.playvid.com/watch/HJb_4iYw4yO, http://www.playvid.com/watch/UlpOb1hW1zs, http://www.playvid.com/watch/E56idL5tQRX, http://www.playvid.com/watch/ZaYubE8pfen, http://www.playvid.com/watch/y88qnS_v5BZ, http://www.playvid.com/watch/5XNA5CzEWXQ, http://www.playvid.com/watch/Lk7IDiBm-ef, http://www.playvid.com/watch/FhNvftF5vyV, http://www.playvid.com/watch/wba-QK5uHJt, http://www.playvid.com/watch/5gEwg42UQQ9, http://www.playvid.com/watch/DTM6LaobuSA, http://www.playvid.com/watch/S_29S3PKEcd, http://www.playvid.com/watch/pY6J4MN0zV6, http://www.playvid.com/watch/NPWeBKuopfG, http://www.playvid.com/watch/v3_LbAQE-Ak, http://www.playvid.com/watch/mf7Vtyi9gqr, http://www.playvid.com/watch/EF_ltFXTMwF, http://www.playvid.com/watch/eQ7wMJj6zq6, http://www.playvid.com/watch/xgCYb7zeb2K, http://www.playvid.com/watch/Svl1WN2kMtv, http://www.playvid.com/watch/Q_MEfG4Rpmr, http://www.playvid.com/watch/ZskXiOMRKOc, http://www.playvid.com/watch/dOv0nkIHDCj, http://www.playvid.com/watch/Webz_Kfju_U, http://www.playvid.com/watch/dpKf9X2Ad9C, http://www.playvid.com/watch/tp_fy-EZ6hB, http://www.playvid.com/watch/KQ1fnKTlYXI, http://www.playvid.com/watch/NZ_td4ObVaq, http://www.playvid.com/watch/asLxTvKK1II, http://www.playvid.com/watch/OMtVQPRKCrU, http://www.playvid.com/watch/W_O09XYpy99, http://www.playvid.com/watch/Yi1KCqBrIXn, http://www.playvid.com/watch/lJWt9DpwvKL, http://www.playvid.com/watch/dWJj9zh2tvk, http://www.playvid.com/watch/dLae5qkhpbE, http://www.playvid.com/watch/sIqKw1l44AY, http://www.playvid.com/watch/o3GJJpFwdRf, http://www.playvid.com/watch/o9Fh15F4YBY, http://www.playvid.com/watch/9507C5J7WEY, http://www.playvid.com/watch/W7LQPSohkta, http://www.playvid.com/watch/w2FFS16Sv5d, http://www.playvid.com/watch/dk-k17hLjpE, http://www.playvid.com/watch/kOl0WQDNwL4, http://www.playvid.com/watch/Zm12t9ojW8v, http://www.playvid.com/watch/P_YaQswAAUs, http://www.playvid.com/watch/8AM28k3H11b, http://www.playvid.com/watch/bDT5vnsdr1B, http://www.playvid.com/watch/JKDwbv5pHla, http://www.playvid.com/watch/IWKd96voJhV, http://www.playvid.com/watch/HfBhw4GeKnM, http://www.playvid.com/watch/CzoYOYmvZ9E, http://www.playvid.com/watch/8BYYh1eMsmk, http://www.playvid.com/watch/ufgJiEgc7rq, http://www.playvid.com/watch/xfJ3jykakm2, http://www.playvid.com/watch/9qy1DPrTpnI, http://www.playvid.com/watch/vzXoJdxpNxI, http://www.playvid.com/watch/Hikzl1dseb8, http://www.playvid.com/watch/yWxrDQqcnwz, http://www.playvid.com/watch/OjT6t0vARIZ, http://www.playvid.com/watch/P26i-lxQlL5, http://www.playvid.com/watch/6ZHlZyPVGPp, http://www.playvid.com/watch/iIthDO4f9YV, http://www.playvid.com/watch/M4VGCbcx6me, http://www.playvid.com/watch/CkNcC60syXv, http://www.playvid.com/watch/EhECBiV_gxi, http://www.playvid.com/watch/tabzTL9B5OD, http://www.playvid.com/watch/PVwI_Q9wCLI, http://www.playvid.com/watch/8G8l27YD0fs, http://www.playvid.com/watch/WO1e58tgO5z, http://www.playvid.com/watch/aPB4u78cTph, http://www.playvid.com/watch/UD47xENBNLb, http://www.playvid.com/watch/zeuVEo1BV2f, http://www.playvid.com/watch/SR_SDp53Wnr, http://www.playvid.com/watch/5B2m4HYdIUB, http://www.playvid.com/watch/t_cxCOYKuko, http://www.playvid.com/watch/Wrb39-tX2mM, http://www.playvid.com/watch/tEOMmTfDuPv, http://www.playvid.com/watch/Vnyes6nuPOO, http://www.playvid.com/watch/3AXeW48ZrE8, http://www.playvid.com/watch/rKgUcwmaNJt, http://www.playvid.com/watch/M6KTNgAVpn4, http://www.playvid.com/watch/ErOQBpeMeVM, http://www.playvid.com/watch/83WiT8UOL5x, http://www.playvid.com/watch/mqzw2lTh4MN, http://www.playvid.com/watch/8E-LqO4wWBZ, http://www.playvid.com/watch/E863s9GUnPs, http://www.playvid.com/watch/x1qpUpuwZpX, http://www.playvid.com/watch/L61e1rbZGLC, http://www.playvid.com/watch/InKnQU4QQxI, http://www.playvid.com/watch/D809f5De3SE, http://www.playvid.com/watch/f-n5WXL-dGW, http://www.playvid.com/watch/PjVaFCU12uz, http://www.playvid.com/watch/eULnDCTySOi, http://www.playvid.com/watch/js5u6w8bm-e, http://www.playvid.com/watch/2qIWAK130GQ, http://www.playvid.com/watch/v_YJz8eCNjo, http://www.playvid.com/watch/4eyFmKXFFSJ, http://www.playvid.com/watch/cpcMPt3igOE, http://www.playvid.com/watch/unWGz5cI_aA, http://www.playvid.com/watch/wu5h9tud96o, http://www.playvid.com/watch/Tv15G8M4yf2, http://www.playvid.com/watch/tBowLTMunpa, http://www.playvid.com/watch/Z0PAijH-kQg, http://www.playvid.com/watch/XIW524fCtDc, http://www.playvid.com/watch/mYGsfkaIOYI, http://www.playvid.com/watch/BSHmZ4_qFr5, http://www.playvid.com/watch/0C8GCj7658E, http://www.playvid.com/watch/DOW8i9LOWuX, http://www.playvid.com/watch/XG15GdwiJBU, http://www.playvid.com/watch/HULMG14zA5L, http://www.playvid.com/watch/MbXUqetIU0u,

http://www.playvid.com/watch/c3v9LiOGnf8, http://www.playvid.com/watch/0yX0ZL9hRd0, http://www.playvid.com/watch/0rMl3DLpBla, http://www.playvid.com/watch/qqPmBEVE8LV, http://www.playvid.com/watch/Oka8Rv3BMEc, http://www.playvid.com/watch/kgBF5vnkYgJ, http://www.playvid.com/watch/Yw_ZE4Bm1WO, http://www.playvid.com/watch/KjuuP6lnv9h, http://www.playvid.com/watch/QIq4Jmzsvop, http://www.playvid.com/watch/NWVkYaDExZ3, http://www.playvid.com/watch/9jvmpwU2b8U, http://www.playvid.com/watch/WHyNhyWqxIl, http://www.playvid.com/watch/ezDm8N_FEHR, http://www.playvid.com/watch/iud6VrqCDxD, http://www.playvid.com/watch/RqzZLJ-Hed8, http://www.playvid.com/watch/yg4AQJPlBun, http://www.playvid.com/watch/9fRqCPM7kpm, http://www.playvid.com/watch/2BQyI7c50ee, http://www.playvid.com/watch/Zh-3XVALT7J, http://www.playvid.com/watch/oq9cAcsUw5A, http://www.playvid.com/watch/Ifo0W7EZlrt, http://www.playvid.com/watch/GijOn2CTFpD, http://www.playvid.com/watch/6ghEsfYiDRF, http://www.playvid.com/watch/U10Hx0KbJKi, http://www.playvid.com/watch/yjmvdX2q8ah, http://www.playvid.com/watch/bjFVfSGqWxt, http://www.playvid.com/watch/6bKFhqowPAw, http://www.playvid.com/watch/RZUrIzIfrFj, http://www.playvid.com/watch/VZxjLuB3Mwn, http://www.playvid.com/watch/RRwQt7fhEX4, http://www.playvid.com/watch/HKD3t1nHOD7, http://www.playvid.com/watch/RI1ScVMSFjm, http://www.playvid.com/watch/QSljS9s3gKO, http://www.playvid.com/watch/4MjXWIoD6p5, http://www.playvid.com/watch/pBFZnTYPUcy, http://www.playvid.com/watch/ZocsCMtVFv7, http://www.playvid.com/watch/GgWaQa_Irp5, http://www.playvid.com/watch/tw5UPcJipe0, http://www.playvid.com/watch/0zQWDFO59De, http://www.playvid.com/watch/wJT2tp2W7DC, http://www.playvid.com/watch/KHC8wYMW4CC, http://www.playvid.com/watch/RXVbHZ1SeQv, http://www.playvid.com/watch/IiQZDey_Ecm, http://www.playvid.com/watch/b7FUoDlqBzy, http://www.playvid.com/watch/i5f7DdjMXQp, http://www.playvid.com/watch/ou9xO56JCIX, http://www.playvid.com/watch/npmm1VDWhfr, http://www.playvid.com/watch/ISMFZMQQQ-k, http://www.playvid.com/watch/9D88rVIR6b3, http://www.playvid.com/watch/wSFr3hgXMib, http://www.playvid.com/watch/Y-UL5ct4dRe, http://www.playvid.com/watch/KARNu2hbPZE, http://www.playvid.com/watch/eYKlbvi5XW2, http://www.playvid.com/watch/v1TEuno7lvg, http://www.playvid.com/watch/iaN30BEtLyF, http://www.playvid.com/watch/2Xkk6AOsGe9, http://www.playvid.com/watch/OmJqPm43CLI, http://www.playvid.com/watch/oWIKyryH_zV, http://www.playvid.com/watch/60S8s9VcPHE, http://www.playvid.com/watch/yWu6SOHLBs3, http://www.playvid.com/watch/syondCjV7v3, http://www.playvid.com/watch/BxozzWq069w, http://www.playvid.com/watch/hNAsJoEC9ks, http://www.playvid.com/watch/INWXmVVIyhd, http://www.playvid.com/watch/v9QGl0_dc84, http://www.playvid.com/watch/m-EOjj46bgf, http://www.playvid.com/watch/f05z2-2GaYT, http://www.playvid.com/watch/a7VyLsr-zVm, http://www.playvid.com/watch/AnU-GPyGycZ, http://www.playvid.com/watch/8KyXeRXVmMc, http://www.playvid.com/watch/WIcXE7u-n2P, http://www.playvid.com/watch/3rhZWmkGr6v, http://www.playvid.com/watch/sM5-n7IZmaV, http://www.playvid.com/watch/x7JljMGEHVT, http://www.playvid.com/watch/E-p-JaPGs1M, http://www.playvid.com/watch/bZKCnvui9sC, http://www.playvid.com/watch/9tQNZ8dwXtN, http://www.playvid.com/watch/oY5P7Q7iz5L, http://www.playvid.com/watch/BTPYDo8UuWQ, http://www.playvid.com/watch/KhNIJinY7rP, http://www.playvid.com/watch/NSp6kOHhFpZ, http://www.playvid.com/watch/TjCcXj3We9z, http://www.playvid.com/watch/36MY_HI82ax, http://www.playvid.com/watch/lXQ-CMtKUuo, http://www.playvid.com/watch/TBJSxhrOy-0, http://www.playvid.com/watch/IcyIqXogYaY, http://www.playvid.com/watch/qItXRTPA_PA, http://www.playvid.com/watch/izOD5Dd9wkq, http://www.playvid.com/watch/3Y9s5DoDCvt, http://www.playvid.com/watch/bVpWpbmF89d, http://www.playvid.com/watch/JgxPrYeX4wt, http://www.playvid.com/watch/e9JyCEj5Iik, http://www.playvid.com/watch/6d8Kg2BOnTk, http://www.playvid.com/watch/x8zEDegmxIu, http://www.playvid.com/watch/I-OEM-BOxJ6, http://www.playvid.com/watch/UMsdEnqvssh, http://www.playvid.com/watch/gf-YqpLe2fA, http://www.playvid.com/watch/fePkI_gHUYg, http://www.playvid.com/watch/dSaFWV9AsA9, http://www.playvid.com/watch/nUQI3WBLEM3, http://www.playvid.com/watch/JOhutFAbwwm, http://www.playvid.com/watch/y0RdpQfe3Zp, http://www.playvid.com/watch/d9wT_WfQQAS, http://www.playvid.com/watch/nFLNKkT3L_q, http://www.playvid.com/watch/B3tB9gzEZ38, http://www.playvid.com/watch/E6gGx4785El, http://www.playvid.com/watch/ZDipso8hbti, http://www.playvid.com/watch/k6Q0JlvGFRb, http://www.playvid.com/watch/IY5ydLXeQyY, http://www.playvid.com/watch/cpQGZHPDLuw, http://www.playvid.com/watch/8xHCmL4YqEE, http://www.playvid.com/watch/FfjPSQUpkWt, http://www.playvid.com/watch/CNxNXB3tN_H, http://www.playvid.com/watch/h9Lz0bPpEWS, http://www.playvid.com/watch/BA6xxOBlRuc, http://www.playvid.com/watch/PVMqSTvAH9g, http://www.playvid.com/watch/sSzbCZIYBma, http://www.playvid.com/watch/ADB7ja7G3Cr, http://www.playvid.com/watch/VpJjFNxkrUh, http://www.playvid.com/watch/568YBUB_Dgj, http://www.playvid.com/watch/zTLgt3G-y0Y, http://www.playvid.com/watch/DvTdXo8VTDM, http://www.playvid.com/watch/oYO2k_rVbCA, http://www.playvid.com/watch/uJa9vE0TDoR, http://www.playvid.com/watch/eXE9RTqbNUV, http://www.playvid.com/watch/C9ncLQbOT-X, http://www.playvid.com/watch/weqNCaEbk6A, http://www.playvid.com/watch/LJ5UfIIYYQK, http://www.playvid.com/watch/CFmhCLSD29k, http://www.playvid.com/watch/kd5FkRu9WG8, http://www.playvid.com/watch/l0V5qM4Pfqz
5.f. Date of third notice: 2014-10-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jim-bim
5.b. Uploader's email address: alizadear@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jim-bim
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sHjmJABWSLy, http://www.playvid.com/watch/2uXret5FPXg, http://www.playvid.com/watch/dgz5yBuLC7c, http://www.playvid.com/watch/yj77480Pl-i, http://www.playvid.com/watch/Sopmq9WoBYY, http://www.playvid.com/watch/ISQfQhxLm0P, http://www.playvid.com/watch/Mfmkoo2MXHW, http://www.playvid.com/watch/05kaGIsqdHw, http://www.playvid.com/watch/2Sm7FkOqOOb, http://www.playvid.com/watch/VW60pkhFvu8, http://www.playvid.com/watch/U5KKTTtQgQu, http://www.playvid.com/watch/FdXFBqyBN4o, http://www.playvid.com/watch/nkjvr6rhTbk, http://www.playvid.com/watch/-miG-ajB8bb, http://www.playvid.com/watch/tc6JqNTu0lO, http://www.playvid.com/watch/M3xi5vcmIgr, http://www.playvid.com/watch/QhJer-g20ib, http://www.playvid.com/watch/B7xoOSePZwO, http://www.playvid.com/watch/eguSf6pMFKo, http://www.playvid.com/watch/iLfcDCp8mWW, http://www.playvid.com/watch/tbtNFLzNNCk, http://www.playvid.com/watch/S8lsD0EQ-L5, http://www.playvid.com/watch/dCKOLGLVjGl, http://www.playvid.com/watch/xq8RN2yqtBO, http://www.playvid.com/watch/Td-gAB7L0V-, http://www.playvid.com/watch/x4hvppAuz2X, http://www.playvid.com/watch/83SwHHHEVyr, http://www.playvid.com/watch/fUHY3m6EUfz, http://www.playvid.com/watch/06nzZgZ6x52, http://www.playvid.com/watch/hruCW-O604f, http://www.playvid.com/watch/9beGKxv9xfK, http://www.playvid.com/watch/EwKNh6bCIs5, http://www.playvid.com/watch/cSRpHspIwrG, http://www.playvid.com/watch/iqu-0rSGkRO, http://www.playvid.com/watch/TEkZaKV-Rsg, http://www.playvid.com/watch/o5i9qRJ0G3W, http://www.playvid.com/watch/xNfSxvPLj0i, http://www.playvid.com/watch/VYMrge5vjuq, http://www.playvid.com/watch/KIdt6ejw6hz, http://www.playvid.com/watch/xytjFvzB6L6, http://www.playvid.com/watch/GphmcgzkrDL, http://www.playvid.com/watch/5o8P42Q0OQG, http://www.playvid.com/watch/u3FtK0KQ9rG, http://www.playvid.com/watch/4zyOR4TiHSR, http://www.playvid.com/watch/bjecSL5rQ8x, http://www.playvid.com/watch/7nCF25sBgnm, http://www.playvid.com/watch/3EzzwfOTkNS, http://www.playvid.com/watch/Bd6xRBV3UPt, http://www.playvid.com/watch/kdmbbRskbUb, http://www.playvid.com/watch/oqE0HlGan6u, http://www.playvid.com/watch/uyVGhhya6Il, http://www.playvid.com/watch/vuD7MHzqLfC, http://www.playvid.com/watch/oEeZ9w7Fg5L, http://www.playvid.com/watch/CBvjBDmbpe8, http://www.playvid.com/watch/qMmvZgMJURb, http://www.playvid.com/watch/TxfdhFEOUTB, http://www.playvid.com/watch/xXAxDruW3As, http://www.playvid.com/watch/LggkKzzWr-p, http://www.playvid.com/watch/OnOV5HcFHWJ, http://www.playvid.com/watch/r7FvavYzXSy, http://www.playvid.com/watch/sU0R8jg6Lof, http://www.playvid.com/watch/u0tQ4CGspm-, http://www.playvid.com/watch/l860qn5DhIH, http://www.playvid.com/watch/ie38WFRM6l-, http://www.playvid.com/watch/FBU7jA8E8TC, http://www.playvid.com/watch/a42eREkgNlx, http://www.playvid.com/watch/WrHS0rcfau9, http://www.playvid.com/watch/V9vNRU7NU7Y, http://www.playvid.com/watch/IGEeNjIlMC8, http://www.playvid.com/watch/qpPcWq6zx34, http://www.playvid.com/watch/g6otIXKZ5DQ, http://www.playvid.com/watch/zNtJV7zkssj, http://www.playvid.com/watch/Z5U7vNMZ9YK, http://www.playvid.com/watch/0NAO6gyQlg0, http://www.playvid.com/watch/C6VQVcK0ygw, http://www.playvid.com/watch/nPRWSKk3t40, http://www.playvid.com/watch/0iHDbN6YWXC, http://www.playvid.com/watch/tdBXO0niIiB
5.f. Date of third notice: 2014-01-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jimbo077
5.b. Uploader's email address: belhoort@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jimbo077
5.e. List of videos posted by uploader: http://www.playvid.com/watch/o6WeAMDKDpw, http://www.playvid.com/watch/K6oSmyqvgPD, http://www.playvid.com/watch/YfDLATy8RHr, http://www.playvid.com/watch/QDOx5PAs6dC, http://www.playvid.com/watch/B9oT5Fk0GOL, http://www.playvid.com/watch/OYjppqHLTU4, http://www.playvid.com/watch/QYzJbcr5hvK, http://www.playvid.com/watch/YZ0Kgf5oA6h, http://www.playvid.com/watch/idzgbWwEXcr, http://www.playvid.com/watch/A7l73cH-nMz, http://www.playvid.com/watch/8Mw25JjlQCH, http://www.playvid.com/watch/56P8jNTHgvZ, http://www.playvid.com/watch/ruYKSYe3odv, http://www.playvid.com/watch/V4yzc58j5eU, http://www.playvid.com/watch/jRbNBhuEZOz, http://www.playvid.com/watch/irKktbeUjuY, http://www.playvid.com/watch/tX-LR09kbX3, http://www.playvid.com/watch/6gN0iZ-y4S7, http://www.playvid.com/watch/MRSR2tZmK6j, http://www.playvid.com/watch/9sHhd3Gso3x, http://www.playvid.com/watch/5ZVejKyg36v, http://www.playvid.com/watch/erS4Iz-ENgc, http://www.playvid.com/watch/PcZBTloF05h, http://www.playvid.com/watch/i2joDz6KvHn, http://www.playvid.com/watch/4fZv3xxTe7C, http://www.playvid.com/watch/yzmq5w080zV, http://www.playvid.com/watch/rMtTvhUGDH0, http://www.playvid.com/watch/66bQqzLk6sp, http://www.playvid.com/watch/gHrVBVAIORS, http://www.playvid.com/watch/AjSBPuoscid, http://www.playvid.com/watch/vLEFF5BQ9Xl, http://www.playvid.com/watch/aZ3r86k-8yY, http://www.playvid.com/watch/z2Wi6KAbxRf, http://www.playvid.com/watch/pvGNCo99YFK, http://www.playvid.com/watch/0BMP6cBuxbI, http://www.playvid.com/watch/ka0Cg8Aw3-7, http://www.playvid.com/watch/zgUQCMjnOjq, http://www.playvid.com/watch/9HliiGSiGPJ,

http://www.playvid.com/watch/xgkqFn2WTKN, http://www.playvid.com/watch/rw2utk9xfhn, http://www.playvid.com/watch/PdOwFKGkh3R, http://www.playvid.com/watch/c9i7wR6DhT6, http://www.playvid.com/watch/acFKhthLAua, http://www.playvid.com/watch/goiQHl2FGJw, http://www.playvid.com/watch/2gMQKFbHllp, http://www.playvid.com/watch/JktEWbaXQXY, http://www.playvid.com/watch/5wBfAY7wY0a, http://www.playvid.com/watch/ZpgMJwLVPCg, http://www.playvid.com/watch/QNxqNYSAe6o, http://www.playvid.com/watch/DhjLhq-uAbw, http://www.playvid.com/watch/hV0whxwRSb8, http://www.playvid.com/watch/98k0T4C4GPu, http://www.playvid.com/watch/dY6ZpbGl9bt, http://www.playvid.com/watch/lt7SIl8YCvI, http://www.playvid.com/watch/o0mbcbs4XRN, http://www.playvid.com/watch/xu0FRRTHRRy, http://www.playvid.com/watch/DcMG6tLeDm-, http://www.playvid.com/watch/xMy5GdnUfl9, http://www.playvid.com/watch/2JTsRvIVcvw, http://www.playvid.com/watch/p8UHojvD-Ha, http://www.playvid.com/watch/qngy3TtV-eb, http://www.playvid.com/watch/muFTaoLyiUF, http://www.playvid.com/watch/WlaesytqRWz, http://www.playvid.com/watch/caOVGIPb65X, http://www.playvid.com/watch/Rki5pR-ZdVL, http://www.playvid.com/watch/YCDnsXcjOaI, http://www.playvid.com/watch/Khhvmj78Zes, http://www.playvid.com/watch/w2YNBuc6FY-, http://www.playvid.com/watch/4jRVeGvHg-O, http://www.playvid.com/watch/gNM7rKbyBNT, http://www.playvid.com/watch/zBv6ZSjcqnQ, http://www.playvid.com/watch/jOtrgGYAwRf, http://www.playvid.com/watch/CxPZjl-QwpW, http://www.playvid.com/watch/u5gSC380Lpt, http://www.playvid.com/watch/ClMFG5m-7YI, http://www.playvid.com/watch/ehzyIGFAMdl, http://www.playvid.com/watch/BOcpdrn-0dW, http://www.playvid.com/watch/5P3dj-x8LzS, http://www.playvid.com/watch/OlpQo7sgzqB, http://www.playvid.com/watch/SotPBl3xdth, http://www.playvid.com/watch/9q-y06LfWOi, http://www.playvid.com/watch/EwFKGQE4dZE, http://www.playvid.com/watch/4K5N8islLY4, http://www.playvid.com/watch/eTfONyJ3NyE, http://www.playvid.com/watch/BEpFm9XR9SJ, http://www.playvid.com/watch/nH6NOJsP5Oe
5.f. Date of third notice: 2013-08-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jimboX
5.b. Uploader's email address: ariginaltiys@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jimboX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fdZagASFT3m, http://www.playvid.com/watch/ZBadTYgEEQR, http://www.playvid.com/watch/WrOJLJ9EhTr, http://www.playvid.com/watch/sCNFMDQjO8f, http://www.playvid.com/watch/HutQsVyNk63, http://www.playvid.com/watch/jEHANUGQitM, http://www.playvid.com/watch/JCZ-CqCTMKH, http://www.playvid.com/watch/DtidT5aHTyL, http://www.playvid.com/watch/fxmRHj2FaeX, http://www.playvid.com/watch/4lm08tH-scI, http://www.playvid.com/watch/yA9eMx-OVvm, http://www.playvid.com/watch/MDMiJ5H6UAe, http://www.playvid.com/watch/OqItFxcDHLY, http://www.playvid.com/watch/59igx3Cfk8u, http://www.playvid.com/watch/V4vzPE9UGQP, http://www.playvid.com/watch/K2HiuQalHtq, http://www.playvid.com/watch/vo-5LVCqpnw, http://www.playvid.com/watch/ZiC4WyS5K7B, http://www.playvid.com/watch/mGq-Hqhi3g8, http://www.playvid.com/watch/3aq9Yy8rx5i, http://www.playvid.com/watch/DzcJ3K5Fl7X, http://www.playvid.com/watch/5aZ2TpiptWG, http://www.playvid.com/watch/KRsp-aNRIJ4, http://www.playvid.com/watch/2DDkUe6ns8x, http://www.playvid.com/watch/43tnFk4IGV7, http://www.playvid.com/watch/vJRgCtHSIkn, http://www.playvid.com/watch/EBcqaxSZ69p, http://www.playvid.com/watch/CeXNCFbaMdc, http://www.playvid.com/watch/e2TjMCHTaQd, http://www.playvid.com/watch/dMh76Zg7HbG, http://www.playvid.com/watch/Cx6NfqDx5eu, http://www.playvid.com/watch/wc8bhx0iNEc, http://www.playvid.com/watch/FV27gUSB-ft, http://www.playvid.com/watch/cm86ymVEwuE, http://www.playvid.com/watch/W3teTpU0sM5, http://www.playvid.com/watch/CklfXayXDar, http://www.playvid.com/watch/aF8UM8nvXC7, http://www.playvid.com/watch/lPKwkm0NCdr, http://www.playvid.com/watch/AcSOoTpGmrv, http://www.playvid.com/watch/CxTkRHy5bNR, http://www.playvid.com/watch/ZkA8pC2GF86, http://www.playvid.com/watch/LFXet4VD46I, http://www.playvid.com/watch/z2gCj7jMZHW, http://www.playvid.com/watch/yGw49kS3n8v, http://www.playvid.com/watch/qZL3b6zsAir, http://www.playvid.com/watch/ReVu0msfAJF, http://www.playvid.com/watch/q6EOAWGt7OB, http://www.playvid.com/watch/9L8zJ60l07x, http://www.playvid.com/watch/yjRpurwCZLl, http://www.playvid.com/watch/BMW407fDhml, http://www.playvid.com/watch/rDNof55ROlk, http://www.playvid.com/watch/RozcKGgJmVd, http://www.playvid.com/watch/BjiVFrabDV5, http://www.playvid.com/watch/XjTREOTZiIG, http://www.playvid.com/watch/MzP8nBc2Oyc, http://www.playvid.com/watch/PX-V0Z8jzxm, http://www.playvid.com/watch/Eu8qu3FRtvk, http://www.playvid.com/watch/gPKEKEZXDoo, http://www.playvid.com/watch/7YmGs9-sJ6H, http://www.playvid.com/watch/JxKujVapL46, http://www.playvid.com/watch/BXAyMjs2hb7, http://www.playvid.com/watch/ovWYJcsNPf0, http://www.playvid.com/watch/HmxvZzuEJH0, http://www.playvid.com/watch/nXjsyRSbUwq, http://www.playvid.com/watch/dFqUkyuAdyJ, http://www.playvid.com/watch/XaISEbG-WiH, http://www.playvid.com/watch/zSOvKaRUyps, http://www.playvid.com/watch/QgL-gbXCzeG, http://www.playvid.com/watch/CkEi23tJNDp, http://www.playvid.com/watch/mjCg0aylMFq, http://www.playvid.com/watch/BS9BSoejawF, http://www.playvid.com/watch/UhPBDwqwQXK, http://www.playvid.com/watch/UxPq8y8WSxL, http://www.playvid.com/watch/wCEgR4qd7um, http://www.playvid.com/watch/6UKPOddwEoH, http://www.playvid.com/watch/UiYFGiHxqvR, http://www.playvid.com/watch/AAfATZpS7h4, http://www.playvid.com/watch/46BfTIeeZu8, http://www.playvid.com/watch/tG70i5-5ohi, http://www.playvid.com/watch/UhNep7w6FHL, http://www.playvid.com/watch/kGgcCDcKFG7, http://www.playvid.com/watch/77RjFnbo09-, http://www.playvid.com/watch/8IAGehGjlnJ, http://www.playvid.com/watch/Ahbek7erSwV, http://www.playvid.com/watch/INwIdzmRQa0, http://www.playvid.com/watch/KtMaAYdNkse, http://www.playvid.com/watch/hm3m4703AYw, http://www.playvid.com/watch/Fhv4Vgzi8BJ, http://www.playvid.com/watch/85ldCnHCTHm, http://www.playvid.com/watch/95gcDb3aBtc, http://www.playvid.com/watch/mGwXuzmC4V2, http://www.playvid.com/watch/v2yARAR6rTj, http://www.playvid.com/watch/OMuAFrIrCTr, http://www.playvid.com/watch/xbPsMom9OlK, http://www.playvid.com/watch/4VLGPUMrEQa, http://www.playvid.com/watch/GTD23pBUvtn, http://www.playvid.com/watch/zdQU7f6gFpe, http://www.playvid.com/watch/od5-IZpZXjV, http://www.playvid.com/watch/2lLe6xbbVmc, http://www.playvid.com/watch/R3pjJ64GG5y, http://www.playvid.com/watch/yXueTQbrJyh, http://www.playvid.com/watch/97wNOuqY5oY, http://www.playvid.com/watch/-9nwWVjMJ0e, http://www.playvid.com/watch/AjPrsQ09oEz, http://www.playvid.com/watch/aRqkCcGZ-Rc, http://www.playvid.com/watch/mS6RigKSghA, http://www.playvid.com/watch/dthqc5PGtv9, http://www.playvid.com/watch/dT3HwzhwZgz, http://www.playvid.com/watch/8iFgrVuQK4e, http://www.playvid.com/watch/ErY4cS7iwhs, http://www.playvid.com/watch/LsMa4AezAVL, http://www.playvid.com/watch/Zo8SQqpkKMd, http://www.playvid.com/watch/6T9wVlD64tP, http://www.playvid.com/watch/xP2ZgE289I9, http://www.playvid.com/watch/nVEzhoXcilg, http://www.playvid.com/watch/YTHUHviRZXX, http://www.playvid.com/watch/IsdWi8sbqaj, http://www.playvid.com/watch/NSk3f48y7eW, http://www.playvid.com/watch/QVffSRO0RH-, http://www.playvid.com/watch/vkBjzOAZtb5, http://www.playvid.com/watch/KPe-bcuWix7, http://www.playvid.com/watch/dDcolB6zb-h, http://www.playvid.com/watch/yw8zWo4vKj2, http://www.playvid.com/watch/72oTpcoBikd, http://www.playvid.com/watch/5aDXX5MwO2L, http://www.playvid.com/watch/ioSezIOtE4x, http://www.playvid.com/watch/a-wJ96iWxyC, http://www.playvid.com/watch/6pjqIQAT9dy, http://www.playvid.com/watch/nYrGfD4Wd70, http://www.playvid.com/watch/DTy32UPBvub, http://www.playvid.com/watch/3OPAgLNLxwm, http://www.playvid.com/watch/LStl8KjaDKt, http://www.playvid.com/watch/C4UB9w8CoCH, http://www.playvid.com/watch/yYj3OknrBNc, http://www.playvid.com/watch/cRlNkycA58q, http://www.playvid.com/watch/MzfxGpEJKdO, http://www.playvid.com/watch/9PDGFeRaxjN, http://www.playvid.com/watch/XWqsTi6fAYD, http://www.playvid.com/watch/awxrZrcqqyo, http://www.playvid.com/watch/Kpvmk-BIxtk, http://www.playvid.com/watch/gSNJNYVQVLM, http://www.playvid.com/watch/LtmDl6SJ7y2, http://www.playvid.com/watch/UMAW5akbcmx, http://www.playvid.com/watch/wVNa9lD-8px, http://www.playvid.com/watch/gm0mAsl5yFb, http://www.playvid.com/watch/d49Lphse5fo, http://www.playvid.com/watch/fAFhniwlqL2, http://www.playvid.com/watch/bOZTY-WwMCk, http://www.playvid.com/watch/q-GLUPvc6Dc, http://www.playvid.com/watch/xL0M7R9o-hr, http://www.playvid.com/watch/XkKHKWB9M8W, http://www.playvid.com/watch/e3qHR7fWClP, http://www.playvid.com/watch/rorMY7qTFkJ, http://www.playvid.com/watch/xnpfmyDmEWF, http://www.playvid.com/watch/lLSWSw60miv, http://www.playvid.com/watch/rZuNxh558kq, http://www.playvid.com/watch/hEvHPui22CV, http://www.playvid.com/watch/rnL8uqZ3Ow5, http://www.playvid.com/watch/de3UyHcfT4K, http://www.playvid.com/watch/-Vx6v6EHmw5, http://www.playvid.com/watch/O4s7gXGxFZY, http://www.playvid.com/watch/0ngEZy9qKb8, http://www.playvid.com/watch/A0VyXVLnVnk, http://www.playvid.com/watch/QPdLB-Jg8sw, http://www.playvid.com/watch/P0HSbAGbJcK, http://www.playvid.com/watch/a6obOSnpqKB, http://www.playvid.com/watch/sCKSruJcJbB, http://www.playvid.com/watch/5sNaaIBTDj4, http://www.playvid.com/watch/0rIE88fP4fo, http://www.playvid.com/watch/NcCGlExyjnS, http://www.playvid.com/watch/bvO2RrDKCM9, http://www.playvid.com/watch/buCb-jyXJ06, http://www.playvid.com/watch/UTUNB2rYWLe, http://www.playvid.com/watch/3-9QL8rd7KX, http://www.playvid.com/watch/CsmijyXeBIt, http://www.playvid.com/watch/iilxQmUniw5, http://www.playvid.com/watch/PaFlQ5ptzsj, http://www.playvid.com/watch/rpkzyPk3L6O, http://www.playvid.com/watch/knGnzn-RO2D, http://www.playvid.com/watch/vGrcFDOsZgQ, http://www.playvid.com/watch/94oFziKPVBY, http://www.playvid.com/watch/hCdkJ8vYO0Z, http://www.playvid.com/watch/gF9TYwr98IZ, http://www.playvid.com/watch/zG0cGaJbs-n, http://www.playvid.com/watch/-u4vbLIgq9l, http://www.playvid.com/watch/XrrmGOXRqRR, http://www.playvid.com/watch/JZse9Ba4Lwt, http://www.playvid.com/watch/oof8AOsPaC6, http://www.playvid.com/watch/JHWNU-jCKM0, http://www.playvid.com/watch/UGO02toPICp, http://www.playvid.com/watch/LPEGt8jhqif, http://www.playvid.com/watch/-PmkxLpfCLA, http://www.playvid.com/watch/VUGm6er7D8X, http://www.playvid.com/watch/3WW-DWU2ksF, http://www.playvid.com/watch/8C6l5XVgYik, http://www.playvid.com/watch/7OzBUDRqy4J, http://www.playvid.com/watch/cn4o4fnP2Qi, http://www.playvid.com/watch/VglAEefFoC9, http://www.playvid.com/watch/O9zwie8q0WQ, http://www.playvid.com/watch/XFHPx7XaJ7W, http://www.playvid.com/watch/eWuQjSaGxrP, http://www.playvid.com/watch/BW0SBHHZKaJ, http://www.playvid.com/watch/qH0iESHb8wi, http://www.playvid.com/watch/tAXlc-EJsTX, http://www.playvid.com/watch/p4jT9mJACWT, http://www.playvid.com/watch/hUIvJq2y2fn, http://www.playvid.com/watch/Ds7htschlLt, http://www.playvid.com/watch/pzNRN2gwoqK, http://www.playvid.com/watch/V5BlF08gkwv, http://www.playvid.com/watch/MbKkfEOR4MI, http://www.playvid.com/watch/kTTNaZ9vJOs, http://www.playvid.com/watch/EZpurUKcRTu, http://www.playvid.com/watch/9AcMxpYsWKC, http://www.playvid.com/watch/ilK-MWkm-rq, http://www.playvid.com/watch/kcuWLnEsB74, http://www.playvid.com/watch/q9GFoH-f6Xm, http://www.playvid.com/watch/mU-C-EFInnE, http://www.playvid.com/watch/DV3IO8oPZ4P, http://www.playvid.com/watch/wW0HO8RHZfi, http://www.playvid.com/watch/JAZhnBW9L3M, http://www.playvid.com/watch/h6OKRaWk4dN,

http://www.playvid.com/watch/SMeVYDXBLRW, http://www.playvid.com/watch/ARiU8TxmkI7, http://www.playvid.com/watch/-B77x5yvfVx,
http://www.playvid.com/watch/l4fCLYCymi-, http://www.playvid.com/watch/HEM4JGqYH2f, http://www.playvid.com/watch/GBsxLC4fbRp,
http://www.playvid.com/watch/oChfPU-SHmM, http://www.playvid.com/watch/ZAOgRwPKzEN, http://www.playvid.com/watch/Ua7rWP7Dghk,
http://www.playvid.com/watch/70d-r8aRKyu, http://www.playvid.com/watch/ordu0MEhapq, http://www.playvid.com/watch/uZFaw2NMEX-,
http://www.playvid.com/watch/-hAdk0cZ27x, http://www.playvid.com/watch/4A4Ty56UCf0, http://www.playvid.com/watch/QJFGnbn3qRW,
http://www.playvid.com/watch/Ztw99YBKYn5, http://www.playvid.com/watch/oDVd-i4LxKk, http://www.playvid.com/watch/ETyIrVkuiGz,
http://www.playvid.com/watch/MZeeVkf8iZG, http://www.playvid.com/watch/7cngaz6XKkV, http://www.playvid.com/watch/OMoCAxXk9eW,
http://www.playvid.com/watch/N7NNH5vxxDf, http://www.playvid.com/watch/YfBUu0zKVBh, http://www.playvid.com/watch/J7LPbgM2sVl,
http://www.playvid.com/watch/eaA7hdmG-iw, http://www.playvid.com/watch/V6vm5IOsUYR, http://www.playvid.com/watch/50swnbJgs78,
http://www.playvid.com/watch/EsjVs7IuBZg, http://www.playvid.com/watch/K65I8UwhaN-, http://www.playvid.com/watch/4GLUl7yE9hW,
http://www.playvid.com/watch/Xph-Ml63qtl, http://www.playvid.com/watch/xsnWVQNzukh, http://www.playvid.com/watch/9bu2IPoyc6C,
http://www.playvid.com/watch/9l2jHyMBBwl, http://www.playvid.com/watch/HodOfZwl4nK, http://www.playvid.com/watch/ETx6s2yS4Bs,
http://www.playvid.com/watch/FDDI8cIYSEd, http://www.playvid.com/watch/TdJgE6Cbo28, http://www.playvid.com/watch/t09hanRU8XR,
http://www.playvid.com/watch/7anfrKd8Jw8, http://www.playvid.com/watch/j2CeUpqWBQh, http://www.playvid.com/watch/zDathkfPnC7,
http://www.playvid.com/watch/QaKCmuhZZRB, http://www.playvid.com/watch/KoyCQcOA4w2, http://www.playvid.com/watch/MoJDO4J2kbX,
http://www.playvid.com/watch/V6RL-rpHBNX, http://www.playvid.com/watch/9v4XBFH3We6, http://www.playvid.com/watch/KFbsnxDuS4w,
http://www.playvid.com/watch/q6iAWeyaHaD, http://www.playvid.com/watch/4hnBQqrVjsx, http://www.playvid.com/watch/iSh-fkuYykk,
http://www.playvid.com/watch/7Lez3H6jiDB, http://www.playvid.com/watch/Yg9UHKUVxIt, http://www.playvid.com/watch/iFMN4dcdQTR,
http://www.playvid.com/watch/uaVM0aYnaFH, http://www.playvid.com/watch/lZ2bKxm-f7u, http://www.playvid.com/watch/EdZmwRGghNF,
http://www.playvid.com/watch/ktGSmr54viP, http://www.playvid.com/watch/v5xu9qLBBKh, http://www.playvid.com/watch/MjRiKVFH7Wv,
http://www.playvid.com/watch/mNSNxQSS3WI, http://www.playvid.com/watch/ghJ7sirkUWP, http://www.playvid.com/watch/fYhHW4Q-T8f,
http://www.playvid.com/watch/jCrIUMLzETH, http://www.playvid.com/watch/Ymkj8vDiof0, http://www.playvid.com/watch/im9z7FbgOMN,
http://www.playvid.com/watch/zr8HQJ5az3i, http://www.playvid.com/watch/EwmlJvkgCd6, http://www.playvid.com/watch/eHahTMFnOLj,
http://www.playvid.com/watch/QNsL5TEf3vl, http://www.playvid.com/watch/mzvirxxgmpN, http://www.playvid.com/watch/3dVcgpPy9BI,
http://www.playvid.com/watch/gQRwIHgVsQi, http://www.playvid.com/watch/myhBBYQgJqM, http://www.playvid.com/watch/ggCi-kSkKZw,
http://www.playvid.com/watch/fIp0jVeqtGG, http://www.playvid.com/watch/cTQaDchEPha, http://www.playvid.com/watch/DDVTyuvmfUG,
http://www.playvid.com/watch/HTepFDPKLoN, http://www.playvid.com/watch/emchouITjLF, http://www.playvid.com/watch/4NgScT5O37c,
http://www.playvid.com/watch/li0VCG3UXeB, http://www.playvid.com/watch/WmTawFkhJlm, http://www.playvid.com/watch/hKVHL0fuCM3,
http://www.playvid.com/watch/EecjtDkbMxl, http://www.playvid.com/watch/eD6TQeugE-O, http://www.playvid.com/watch/RRE0Wg3PpDP,
http://www.playvid.com/watch/TqcQHx6oVQY, http://www.playvid.com/watch/CKR0oJ38r9V, http://www.playvid.com/watch/LwUfphFlNAQ,
http://www.playvid.com/watch/wSERnUDDpR7, http://www.playvid.com/watch/pfDp0KjgOjQ, http://www.playvid.com/watch/qD4qYGCqCHr,
http://www.playvid.com/watch/fpMQstI2ODK, http://www.playvid.com/watch/0Q85kGAatL6, http://www.playvid.com/watch/LqL9bJkAHYA,
http://www.playvid.com/watch/usfO0xhqsli, http://www.playvid.com/watch/69QC038Dnib, http://www.playvid.com/watch/7d5bZVzK00r,
http://www.playvid.com/watch/StNyzBm8zR6, http://www.playvid.com/watch/q3vOVjmqjD-, http://www.playvid.com/watch/deRiqnHDxi-,
http://www.playvid.com/watch/8ziK6SY8oX2, http://www.playvid.com/watch/uqGPEdASHEV, http://www.playvid.com/watch/QKdopqfzws4,
http://www.playvid.com/watch/7aT2bFgvRyS, http://www.playvid.com/watch/zY28exNadAJ, http://www.playvid.com/watch/VITa6BlBUF8,
http://www.playvid.com/watch/xXwTQW26R7f, http://www.playvid.com/watch/sHdkFM8iSdW, http://www.playvid.com/watch/a5vHNr5ZbIY,
http://www.playvid.com/watch/VQKhLluoWEI, http://www.playvid.com/watch/XmPMJMTpbfo, http://www.playvid.com/watch/eDT5HpWMfQX,
http://www.playvid.com/watch/nT8-IWS5Q2R, http://www.playvid.com/watch/vLTJtu4LeD8, http://www.playvid.com/watch/Rcyj9zlcxie,
http://www.playvid.com/watch/6a4lucleI56, http://www.playvid.com/watch/VhSWqYvyGMW, http://www.playvid.com/watch/WWJKgLkiyZ4,
http://www.playvid.com/watch/u83CmXH9jpl, http://www.playvid.com/watch/iK6n2jUlVGE, http://www.playvid.com/watch/rLcfpUARuLu,
http://www.playvid.com/watch/TyDEg7QtC0G, http://www.playvid.com/watch/oLeajaYrSOD, http://www.playvid.com/watch/pUWc7KerwTK,
http://www.playvid.com/watch/-Nrpk8-rHuw, http://www.playvid.com/watch/iVevP67Xfd4, http://www.playvid.com/watch/Zg5lXRQu2o5,
http://www.playvid.com/watch/tZma6RmoweL, http://www.playvid.com/watch/VJ4pjdlGcns, http://www.playvid.com/watch/lpW9n43AcMU,
http://www.playvid.com/watch/K8MsttHXJtO, http://www.playvid.com/watch/eIVepjZa4NJ, http://www.playvid.com/watch/7ZDaSdLjSZF,
http://www.playvid.com/watch/b37dTBTDbyj, http://www.playvid.com/watch/zRICFQssPha, http://www.playvid.com/watch/ZGszhN2XFe3,
http://www.playvid.com/watch/TEXBQfAsOf7, http://www.playvid.com/watch/nIdLzaGlT8o, http://www.playvid.com/watch/SrmaTUoJhpF,
http://www.playvid.com/watch/EAmGlMgl4rY, http://www.playvid.com/watch/8EYnB29AAWb, http://www.playvid.com/watch/4NUer6-ejMh,
http://www.playvid.com/watch/274C5pdWGOk, http://www.playvid.com/watch/Tl89yD9YuKn
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jipamihail1969
5.b. Uploader's email address: mihailgheorghe48@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jipamihail1969
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MS0fzoZC89G, http://www.playvid.com/watch/KanCPvzp0yq,
http://www.playvid.com/watch/2moWdAcEb7u, http://www.playvid.com/watch/8DHfZFcfBhf, http://www.playvid.com/watch/DCWaCyVy0VY,
http://www.playvid.com/watch/FKBXL8-pBSX, http://www.playvid.com/watch/BYERDcKGGt0, http://www.playvid.com/watch/7TPf92dQzgj,
http://www.playvid.com/watch/3EVgBludDpE, http://www.playvid.com/watch/yQklMW-ndee, http://www.playvid.com/watch/7LVIWUCYcTz,
http://www.playvid.com/watch/fard0wBEipk, http://www.playvid.com/watch/UC1F8e2VqrK, http://www.playvid.com/watch/hFzK5wZajjg,
http://www.playvid.com/watch/-mPGWhWrIMd, http://www.playvid.com/watch/WbkzGTHv6Yn, http://www.playvid.com/watch/unv1Go8Uq0O,
http://www.playvid.com/watch/ReZW9DKA8Rw, http://www.playvid.com/watch/tpKZRKVI66F, http://www.playvid.com/watch/CAJKWXltnVX,
http://www.playvid.com/watch/rE7R58IAcpC, http://www.playvid.com/watch/LGpfOS8dnB8, http://www.playvid.com/watch/4mF9WKREQjh,
http://www.playvid.com/watch/J9s9Mr8bciQ, http://www.playvid.com/watch/tKgciWGeVqp, http://www.playvid.com/watch/5dA7cCmcxFj,
http://www.playvid.com/watch/MtjoY5BipWl, http://www.playvid.com/watch/ebUCVwPYJ0F, http://www.playvid.com/watch/L58BxMxNI5r,
http://www.playvid.com/watch/AYaZ7Dzjb-K, http://www.playvid.com/watch/fXFVT82jdoI, http://www.playvid.com/watch/JTBGv9sJbzP,
http://www.playvid.com/watch/mcRQWAgkyue, http://www.playvid.com/watch/Xy34MMxD0IV, http://www.playvid.com/watch/9ksLqgnb5hD,
http://www.playvid.com/watch/UAXl20RyZEz, http://www.playvid.com/watch/vNtukv2ZEbY, http://www.playvid.com/watch/KjbY-IpNyps,
http://www.playvid.com/watch/ORzObWZFURP, http://www.playvid.com/watch/9QTdbcAkRF4, http://www.playvid.com/watch/CudYEGg0LkV,
http://www.playvid.com/watch/4M4aIOegs7u, http://www.playvid.com/watch/blDrnI63TBs, http://www.playvid.com/watch/t2XavZ4hLeU,
http://www.playvid.com/watch/d-BPSv5Rl1A, http://www.playvid.com/watch/BQJ6bPS87wT, http://www.playvid.com/watch/HG1pja1qL1M,
http://www.playvid.com/watch/dtV1GsFvrRw, http://www.playvid.com/watch/LySVQlKgoOF, http://www.playvid.com/watch/CFDWC1MUOVF,
http://www.playvid.com/watch/OGYMAaxfEAN, http://www.playvid.com/watch/BtlKp8j6JRO, http://www.playvid.com/watch/SazCMKu5O7T,
http://www.playvid.com/watch/72VnJ2Vh1da, http://www.playvid.com/watch/99bcPDJJCsO, http://www.playvid.com/watch/FNxzwGTa6a7,
http://www.playvid.com/watch/wUE6CUB1roR, http://www.playvid.com/watch/qJ9sf9mGrjv, http://www.playvid.com/watch/dLBX5jDZNZn,
http://www.playvid.com/watch/wL5brPKy65C, http://www.playvid.com/watch/bG5wjruPC4a, http://www.playvid.com/watch/0aqC5dab-ku,
http://www.playvid.com/watch/In9IWEiTCyY, http://www.playvid.com/watch/C7eOf1HdP7Z, http://www.playvid.com/watch/bYWJ6LAJKtt,
http://www.playvid.com/watch/3nDLSJx9Ksi, http://www.playvid.com/watch/EdT2FYAD2CJ, http://www.playvid.com/watch/j83GDDJUGoq,
http://www.playvid.com/watch/8LmFHHTmhHP, http://www.playvid.com/watch/DhuluYjo3Qd, http://www.playvid.com/watch/uxl67mbCxbW,
http://www.playvid.com/watch/a4GgWUaJbhA, http://www.playvid.com/watch/99913PFyZkO, http://www.playvid.com/watch/oVNqJokpivK,
http://www.playvid.com/watch/FhVHZ3C-21d, http://www.playvid.com/watch/VHw82uqd0Ja, http://www.playvid.com/watch/wSrpo9wMr8c,
http://www.playvid.com/watch/BtIYKdaZCDX, http://www.playvid.com/watch/E9es25CFnZ8, http://www.playvid.com/watch/b5j_30AzTaf,
http://www.playvid.com/watch/5Y6LH4jIGMk, http://www.playvid.com/watch/3KEM7hZTCUR, http://www.playvid.com/watch/DXmKKRQ2YgE,
http://www.playvid.com/watch/J1qr9YmhXI6, http://www.playvid.com/watch/n8HxnHD1kSH, http://www.playvid.com/watch/p6mWpL6WrlY,
http://www.playvid.com/watch/4pBAa0CTZKH, http://www.playvid.com/watch/odLg9uvyBwE, http://www.playvid.com/watch/OdYGZq24_ly,
http://www.playvid.com/watch/CnpsPwsj_AY, http://www.playvid.com/watch/VAgDuqS3-pN, http://www.playvid.com/watch/J2Xa4U2lqYB,
http://www.playvid.com/watch/yds5Mk4FOu0, http://www.playvid.com/watch/f5gQFKj3zJI, http://www.playvid.com/watch/j30njfH-UR2,
http://www.playvid.com/watch/7WrJlt4Lj9V, http://www.playvid.com/watch/9daPaDoHr2p, http://www.playvid.com/watch/chc19YYrIZl,
http://www.playvid.com/watch/kwi9wj_nrdX, http://www.playvid.com/watch/VWN0fY8yGsx, http://www.playvid.com/watch/mfSWfQZjSiz,
http://www.playvid.com/watch/tyKeZ7UXXuz, http://www.playvid.com/watch/6Urfsmrc5ht, http://www.playvid.com/watch/rvhB1ulA-Em,
http://www.playvid.com/watch/6Nag3uyWg98, http://www.playvid.com/watch/Fv6ximK7O-l, http://www.playvid.com/watch/IJuJVEtZ-e0,
http://www.playvid.com/watch/Ar9DTnZ3lGp, http://www.playvid.com/watch/ScV8S5wXNvl, http://www.playvid.com/watch/IaNDUCScjhZ,
http://www.playvid.com/watch/u75qHGUzt5J, http://www.playvid.com/watch/TBqV4NAjQJQ, http://www.playvid.com/watch/E-LsqxcBjV0,
http://www.playvid.com/watch/TvB2qa_TmST, http://www.playvid.com/watch/RJ2DW36VNaq, http://www.playvid.com/watch/pFpvzqzEz7N,
http://www.playvid.com/watch/JGF-aiFUrMY, http://www.playvid.com/watch/KJ-l_uRfcMW, http://www.playvid.com/watch/8oX8-qIpw3g,
http://www.playvid.com/watch/FRDTPPzom3t, http://www.playvid.com/watch/uehndxBwA-V, http://www.playvid.com/watch/hisihl3meyr,

http://www.playvid.com/watch/tPS9VVoe9Dh, http://www.playvid.com/watch/sYuIfVxYeAO, http://www.playvid.com/watch/c2kxAytsrQO,
http://www.playvid.com/watch/5hsDPN_fdYe, http://www.playvid.com/watch/KXKLaEWKjFk, http://www.playvid.com/watch/2t5bxLR_H0W,
http://www.playvid.com/watch/LYA4eyiipNo, http://www.playvid.com/watch/kryOy7es_af, http://www.playvid.com/watch/NJFs7W7eQxu,
http://www.playvid.com/watch/AmPrE84hWGU, http://www.playvid.com/watch/rHhCpzRSXwU, http://www.playvid.com/watch/KurrShQghiq,
http://www.playvid.com/watch/G4t801eG7lV, http://www.playvid.com/watch/Gi7V1b7Tg4z, http://www.playvid.com/watch/oCp-mq3x4ry,
http://www.playvid.com/watch/wKAcipLn0O2, http://www.playvid.com/watch/zitV4Ei4Cyt, http://www.playvid.com/watch/IQfiVrZEmag,
http://www.playvid.com/watch/blleJn9x86e, http://www.playvid.com/watch/uWNZQopuuuu, http://www.playvid.com/watch/0es8gPNiTrP,
http://www.playvid.com/watch/M4VkIfLi_OT, http://www.playvid.com/watch/B1mwbCMCvQG, http://www.playvid.com/watch/K781qGw661e,
http://www.playvid.com/watch/xMZDN4WoPd4, http://www.playvid.com/watch/Tx8QggdfvUw, http://www.playvid.com/watch/JQId4ybF-YL,
http://www.playvid.com/watch/BKdoUyPLbDe, http://www.playvid.com/watch/A8orHVQR0r2, http://www.playvid.com/watch/gRH0rpf6szY,
http://www.playvid.com/watch/cgGnJK8lqqX, http://www.playvid.com/watch/R481nXzj9a2, http://www.playvid.com/watch/SfqSK0sKUPD,
http://www.playvid.com/watch/DTlL9CsksG5, http://www.playvid.com/watch/8Z0BYJaNx0V, http://www.playvid.com/watch/h30nBrRAyWe,
http://www.playvid.com/watch/ACbfNAf0GFE, http://www.playvid.com/watch/I0ynejFgBWF, http://www.playvid.com/watch/VUuyo4kbOe5,
http://www.playvid.com/watch/whLfilw3PmM, http://www.playvid.com/watch/y53BSobH1iH, http://www.playvid.com/watch/lOOPKrl0-XB,
http://www.playvid.com/watch/M-90hKHB-pB, http://www.playvid.com/watch/v5J4z22a5nf, http://www.playvid.com/watch/CVmTyzCd3md,
http://www.playvid.com/watch/7EjmIvqlxh8, http://www.playvid.com/watch/g4OsUDikZ50, http://www.playvid.com/watch/DrGom1htRqQ,
http://www.playvid.com/watch/gui-X3FKXr0, http://www.playvid.com/watch/uNJKRHoCWRu, http://www.playvid.com/watch/x3iZxmBaFLy,
http://www.playvid.com/watch/Y55T4SP_iHO, http://www.playvid.com/watch/YGH0l7mFUfy, http://www.playvid.com/watch/4m9zSQmgxpL,
http://www.playvid.com/watch/a7NL4CWWBpz, http://www.playvid.com/watch/WtiwQlWX9zo, http://www.playvid.com/watch/kN_3SiKezns,
http://www.playvid.com/watch/Y3vDS0PbqMS, http://www.playvid.com/watch/aC1OpQqMqxe, http://www.playvid.com/watch/PuCv3QOo5tn,
http://www.playvid.com/watch/4ZPmJ-m2Rpm, http://www.playvid.com/watch/udUoFowQL-L, http://www.playvid.com/watch/8a178YExzSz,
http://www.playvid.com/watch/R5pudKKILVd, http://www.playvid.com/watch/utHTOga7WXZ, http://www.playvid.com/watch/RSAwpZdzBxe,
http://www.playvid.com/watch/5G-NtwX9-Dl, http://www.playvid.com/watch/cdLQcZbe69A, http://www.playvid.com/watch/xmdhvKS-Qhe,
http://www.playvid.com/watch/d1Puvv_Vqt9, http://www.playvid.com/watch/aBw6NF3cQ68, http://www.playvid.com/watch/i3X37jprIQt,
http://www.playvid.com/watch/9JapFq_Fz2Z, http://www.playvid.com/watch/HbEXhzWFeGm, http://www.playvid.com/watch/Rmycer9Btmo,
http://www.playvid.com/watch/fpFA7NFZ6JE, http://www.playvid.com/watch/U0sO7BpfA4W, http://www.playvid.com/watch/7bv0fKQfn_D,
http://www.playvid.com/watch/r45WN5eCAmh, http://www.playvid.com/watch/eNhAAUR6cH0, http://www.playvid.com/watch/DHPz-pFMzPM,
http://www.playvid.com/watch/tz7VYffxD6V, http://www.playvid.com/watch/K2SQmUfH4Ml, http://www.playvid.com/watch/nhFdgU4OLuK,
http://www.playvid.com/watch/XBoGBkOmapF, http://www.playvid.com/watch/vG8OtV5yCKV, http://www.playvid.com/watch/MLRTy24fyua,
http://www.playvid.com/watch/G8MCWHCy2je, http://www.playvid.com/watch/tLYnUGdUXPU, http://www.playvid.com/watch/m5BRrt4QmMU,
http://www.playvid.com/watch/8Ir5c25eeW4, http://www.playvid.com/watch/pRhErF06ZnI, http://www.playvid.com/watch/O9msywIPANc,
http://www.playvid.com/watch/w25oXfY9irZ, http://www.playvid.com/watch/rhPfGrqs8ny, http://www.playvid.com/watch/AxC7fhcwhLX,
http://www.playvid.com/watch/PSK1WuBfAVB, http://www.playvid.com/watch/6JbscIq1cjn, http://www.playvid.com/watch/iiVHrR1tXdu,
http://www.playvid.com/watch/AHR_31hxD5S, http://www.playvid.com/watch/XZ_-q0oTUze, http://www.playvid.com/watch/2TVsgCGvX-I,
http://www.playvid.com/watch/JuqrWrMpvrb, http://www.playvid.com/watch/iP6SKghl2LB, http://www.playvid.com/watch/TMIuEc2amY6,
http://www.playvid.com/watch/fW9xHCACZBd, http://www.playvid.com/watch/pZC8LAX3csY, http://www.playvid.com/watch/tX85G8etVpj,
http://www.playvid.com/watch/yC5YKAFd-mA, http://www.playvid.com/watch/xaSSAvLZ1XH, http://www.playvid.com/watch/SAm-PefD95E,
http://www.playvid.com/watch/xeNQYlST-Ud, http://www.playvid.com/watch/snvZt0GqK1c, http://www.playvid.com/watch/4pND-sCKfNt,
http://www.playvid.com/watch/Jiouw8rzcU9, http://www.playvid.com/watch/gxUsd6fosJ3, http://www.playvid.com/watch/rAIVb_azQjp,
http://www.playvid.com/watch/qwCR5827EcO, http://www.playvid.com/watch/b-GVZqCCenV, http://www.playvid.com/watch/qFwMssRv2Hi,
http://www.playvid.com/watch/VfM7H-kuqvW, http://www.playvid.com/watch/GtHf1qeGkPi, http://www.playvid.com/watch/k_oSli-F6f2,
http://www.playvid.com/watch/Thkdg3Qp_cf, http://www.playvid.com/watch/uUOQLVTHHuH, http://www.playvid.com/watch/cQFGkXW60UE,
http://www.playvid.com/watch/ha5YvQ1ff1T, http://www.playvid.com/watch/zSF-_oUqN3X, http://www.playvid.com/watch/SFSsKon_nuu,
http://www.playvid.com/watch/93VSbfTRlWU, http://www.playvid.com/watch/BJ2Efv_g7VG, http://www.playvid.com/watch/6270YfwuNId,
http://www.playvid.com/watch/tcYqYNplvqf, http://www.playvid.com/watch/f_tlVTYtuHB, http://www.playvid.com/watch/h0IYS_CXN5O,
http://www.playvid.com/watch/Z6X146VmNDg, http://www.playvid.com/watch/lao2-w5rMuv, http://www.playvid.com/watch/IuZ-Ptx_ScQ,
http://www.playvid.com/watch/kMsikqgBtVn, http://www.playvid.com/watch/Sk7LjD_Md-H, http://www.playvid.com/watch/W4VUow5Z5Ks,
http://www.playvid.com/watch/b2Q8m1YWDv4, http://www.playvid.com/watch/ix_c8rjvVZF, http://www.playvid.com/watch/a01j_5datBT,
http://www.playvid.com/watch/O4WIFPjXARP, http://www.playvid.com/watch/JSreoIiGrW4, http://www.playvid.com/watch/stfGwRsoFmC,
http://www.playvid.com/watch/FPMB55YSpwv, http://www.playvid.com/watch/lbzQVgSI7V4, http://www.playvid.com/watch/dZ3EIW1cxX3,
http://www.playvid.com/watch/nYUvHgJpnH4, http://www.playvid.com/watch/WjnLK4nKERL, http://www.playvid.com/watch/CMrlZGqBmJU,
http://www.playvid.com/watch/VX_TpkRDE4x, http://www.playvid.com/watch/It_vfaD3PIq, http://www.playvid.com/watch/5X06Z0hIaQj,
http://www.playvid.com/watch/vHALWPh96fV, http://www.playvid.com/watch/C3zxy4g1BXg, http://www.playvid.com/watch/NXr3UdJ_Pdw,
http://www.playvid.com/watch/zIq-OwOFEZT, http://www.playvid.com/watch/kBTqKQLlXVt, http://www.playvid.com/watch/0vx03iIAPbr,
http://www.playvid.com/watch/K5W9NH-Rocc, http://www.playvid.com/watch/VbmP_g4bk3m, http://www.playvid.com/watch/W3iivcSeyCc,
http://www.playvid.com/watch/e5ucCGlUeVG, http://www.playvid.com/watch/zahXN1kfOaJ, http://www.playvid.com/watch/X-80KdmYdnv,
http://www.playvid.com/watch/gR3ShElI86y, http://www.playvid.com/watch/GXV0PXoLeRX, http://www.playvid.com/watch/CjnCKVYNNL3,
http://www.playvid.com/watch/rbMKtFuGh7D, http://www.playvid.com/watch/DzGDa6XZHHB, http://www.playvid.com/watch/7sO7pWLwfDt,
http://www.playvid.com/watch/WTWNcAFIsaT, http://www.playvid.com/watch/lRKjTslj1In, http://www.playvid.com/watch/7sOZRkqG-uI,
http://www.playvid.com/watch/4QJUfzEKaSx, http://www.playvid.com/watch/cJj3-uDjd4V, http://www.playvid.com/watch/ICPjDKdvVH4,
http://www.playvid.com/watch/MQQMJGWBH4t, http://www.playvid.com/watch/ThlLFK1wHdc, http://www.playvid.com/watch/gjL-LaHcsyZ,
http://www.playvid.com/watch/q-9t2HZmn8D, http://www.playvid.com/watch/UJnWWkUPGPE, http://www.playvid.com/watch/dkBIwbU9RO8,
http://www.playvid.com/watch/ctrWzDOW9Ub, http://www.playvid.com/watch/Pd8dnGiKzlV, http://www.playvid.com/watch/E-mKSIFjsR5,
http://www.playvid.com/watch/PpWExWKH8eC, http://www.playvid.com/watch/Hp5q5bSxXXI, http://www.playvid.com/watch/wUAAhC9UcYP,
http://www.playvid.com/watch/z-KUyiLIJJy, http://www.playvid.com/watch/0egnA2u3mr6, http://www.playvid.com/watch/lipoc5Yfo1z,
http://www.playvid.com/watch/rG_0p0u_V7c, http://www.playvid.com/watch/dQIoWquw8au, http://www.playvid.com/watch/cEvphOJc-UF,
http://www.playvid.com/watch/JbzcYR5T5Nt, http://www.playvid.com/watch/60ql9BzGGfr, http://www.playvid.com/watch/Emhz1tsTX9S,
http://www.playvid.com/watch/qLOJaBt0BOe, http://www.playvid.com/watch/09rpzr3jmRb, http://www.playvid.com/watch/PM6As6Ao0ID,
http://www.playvid.com/watch/CJftWEEsidy, http://www.playvid.com/watch/UQPFuNUXQW4, http://www.playvid.com/watch/JnoffzilOji,
http://www.playvid.com/watch/RXg37Iqtn5C, http://www.playvid.com/watch/j-tybIK3Kpb, http://www.playvid.com/watch/jkZlUAsTyO7,
http://www.playvid.com/watch/h2jHO3BY-sZ, http://www.playvid.com/watch/VNF6Zki_BNC, http://www.playvid.com/watch/FBZBRj2W3Mm,
http://www.playvid.com/watch/yIxO5EuzKMz, http://www.playvid.com/watch/aoDylI_MAxF, http://www.playvid.com/watch/ze2LeKvjqbP,
http://www.playvid.com/watch/0leu--eZoYX, http://www.playvid.com/watch/KKEZwZl3a-e, http://www.playvid.com/watch/aQswHNacJ4D,
http://www.playvid.com/watch/DIE8QEXXM8o, http://www.playvid.com/watch/N7ub15u-omx, http://www.playvid.com/watch/TayfvrzrNoP,
http://www.playvid.com/watch/HkFmXv7JUZR, http://www.playvid.com/watch/c6m74mg68Af, http://www.playvid.com/watch/ACtpKwuqGzp,
http://www.playvid.com/watch/WhNwijFC3p3, http://www.playvid.com/watch/ykn3j7gHCPG, http://www.playvid.com/watch/CHjOnZDJmkL,
http://www.playvid.com/watch/qSiqQ5egarZ, http://www.playvid.com/watch/N20PDyOhXUc, http://www.playvid.com/watch/XlE5DSW12tq,
http://www.playvid.com/watch/n-zjNdZVV1S, http://www.playvid.com/watch/7q1IIa7EssK, http://www.playvid.com/watch/YfI_96G1Efn,
http://www.playvid.com/watch/UvpE--XApqm, http://www.playvid.com/watch/nnU06KoWqcm, http://www.playvid.com/watch/Z6imNddv0cO,
http://www.playvid.com/watch/9T-yg_7rhqk, http://www.playvid.com/watch/8-ZqXUjV2OK, http://www.playvid.com/watch/rHR8RoplSkF,
http://www.playvid.com/watch/YQNI_i5cXK8, http://www.playvid.com/watch/P9cs9h8ltCP, http://www.playvid.com/watch/sLZ-ewdznwk,
http://www.playvid.com/watch/j9fBcJd6UiH, http://www.playvid.com/watch/BpgBLXckXnc, http://www.playvid.com/watch/xWEQgz08eb0,
http://www.playvid.com/watch/Lpa5iVWTLuw, http://www.playvid.com/watch/SLng2x8BHPW, http://www.playvid.com/watch/YtWvuJC9T0p,
http://www.playvid.com/watch/N3BzRsB75uI, http://www.playvid.com/watch/PKpJACrbMeF, http://www.playvid.com/watch/OWiq4TuAI1q,
http://www.playvid.com/watch/cT5DZnL5sW7, http://www.playvid.com/watch/ez1upRmWwRW, http://www.playvid.com/watch/KSs6fir2Hq6,
http://www.playvid.com/watch/pvXOQQzqk4c, http://www.playvid.com/watch/qAoCfN3YMYw, http://www.playvid.com/watch/OE-cnQysjHo,
http://www.playvid.com/watch/fwTgURYhcQK, http://www.playvid.com/watch/EBBpP4gI5Us, http://www.playvid.com/watch/gi27FKVBIrt,
http://www.playvid.com/watch/YvFSJXBLkRQ, http://www.playvid.com/watch/KHYRH4hx-57, http://www.playvid.com/watch/KunN5qiKQU8,
http://www.playvid.com/watch/man2pdIraB3, http://www.playvid.com/watch/SSafNXjsLZd, http://www.playvid.com/watch/lt0NGjq8uFm,
http://www.playvid.com/watch/wif6lP-iDET, http://www.playvid.com/watch/Dl3wvICj3by, http://www.playvid.com/watch/UMPGaKmWQAM,
http://www.playvid.com/watch/jvwHY_2rC7J, http://www.playvid.com/watch/4FGWaeSm445, http://www.playvid.com/watch/Kntecn0mhr5,
http://www.playvid.com/watch/lVUNKGk6nH3, http://www.playvid.com/watch/0zxfREL36Xv, http://www.playvid.com/watch/GtRORvRd9kk,
http://www.playvid.com/watch/Kg8pSK4O6UU, http://www.playvid.com/watch/XbkbYyvNUwp, http://www.playvid.com/watch/HfDfjS0ySaE,
http://www.playvid.com/watch/NRKUdmemnbe, http://www.playvid.com/watch/lMGmbaL0PfB, http://www.playvid.com/watch/h0kR6I4pg7B,
http://www.playvid.com/watch/PgsH33-xgPQ, http://www.playvid.com/watch/25fFWzy_IAp, http://www.playvid.com/watch/pnIUIxYieVZ,
http://www.playvid.com/watch/x_0xUYTjvHU, http://www.playvid.com/watch/3HFZp0z_zwP, http://www.playvid.com/watch/bfjVCXO0AXd,

http://www.playvid.com/watch/zPcHnqAWpjQ, http://www.playvid.com/watch/g14UQea-du0, http://www.playvid.com/watch/KQwxMOqPRya,
http://www.playvid.com/watch/aDaBJIDLz2M, http://www.playvid.com/watch/jh63mAanMEJ, http://www.playvid.com/watch/Jl20Ocn8b8Z,
http://www.playvid.com/watch/zyi_y8pyUgs, http://www.playvid.com/watch/S28MIx19N2B, http://www.playvid.com/watch/5zedLWvc4cA,
http://www.playvid.com/watch/zECJB05ggXa, http://www.playvid.com/watch/vK59XQ_jDLf, http://www.playvid.com/watch/N0-s7B_jAep,
http://www.playvid.com/watch/l28-4C1vGAO, http://www.playvid.com/watch/fiOnzA5lbVV, http://www.playvid.com/watch/79RJV4CrfE5,
http://www.playvid.com/watch/Y_ng96UReKU, http://www.playvid.com/watch/rGHmP7DPpfy, http://www.playvid.com/watch/V7qAccJxTnV,
http://www.playvid.com/watch/Q9CnkpHncOz, http://www.playvid.com/watch/X7_I52pJHvA, http://www.playvid.com/watch/nHHI9OEV6Ka,
http://www.playvid.com/watch/dIxNXmh19zd, http://www.playvid.com/watch/N-5vlVLKM9i, http://www.playvid.com/watch/yQl_pX8yY8b,
http://www.playvid.com/watch/gXHDA0dU15U, http://www.playvid.com/watch/TMI_zd8lWSk, http://www.playvid.com/watch/H4RZahkCune,
http://www.playvid.com/watch/kMp5sI3Dwo2, http://www.playvid.com/watch/Gzur4x9XKLA, http://www.playvid.com/watch/QsWwA07p2jc,
http://www.playvid.com/watch/CrB-AskoWZC, http://www.playvid.com/watch/oTI_GH5QD0K, http://www.playvid.com/watch/grv2hlQbLv2,
http://www.playvid.com/watch/IQMPC4x2z22, http://www.playvid.com/watch/q0TWieVzbru, http://www.playvid.com/watch/ufvdArLTpuC,
http://www.playvid.com/watch/DTDc1vkxZ0i, http://www.playvid.com/watch/S0N3pMMAKwl, http://www.playvid.com/watch/E5mpdatOAF0,
http://www.playvid.com/watch/PznipcA3l1M, http://www.playvid.com/watch/njD8M1o20aH, http://www.playvid.com/watch/H51huczD2e7,
http://www.playvid.com/watch/SU3iQy0SV3h, http://www.playvid.com/watch/xg--Vr1IiNX, http://www.playvid.com/watch/62hUEL8UHOc,
http://www.playvid.com/watch/zy0thpew_Sv, http://www.playvid.com/watch/75yImkT_XwU, http://www.playvid.com/watch/hiV-NScoZyi,
http://www.playvid.com/watch/oJUvRDZR9QS, http://www.playvid.com/watch/JPl94Tv5fwA, http://www.playvid.com/watch/AxsRy2S2kwG,
http://www.playvid.com/watch/CywvWfcIY2U, http://www.playvid.com/watch/Neo9SkFvC1g, http://www.playvid.com/watch/RSpBza2nome,
http://www.playvid.com/watch/HOW11GKD5YC, http://www.playvid.com/watch/wnjcvnuuiFM, http://www.playvid.com/watch/RmOD1WOw2Pk,
http://www.playvid.com/watch/zR_9Un56T5P, http://www.playvid.com/watch/MsspMFvVCvb, http://www.playvid.com/watch/OrUOW4mwQtZ,
http://www.playvid.com/watch/p77ocOlRvRB, http://www.playvid.com/watch/r7AWD4XoUvv, http://www.playvid.com/watch/5U8YoRJAaiM,
http://www.playvid.com/watch/jJs868mOwXU, http://www.playvid.com/watch/fmvUfc0dLfo, http://www.playvid.com/watch/LNiemjQCvOU,
http://www.playvid.com/watch/MohlzLklBbj, http://www.playvid.com/watch/diHxfvdNJEC, http://www.playvid.com/watch/NsEQ_jmrKms,
http://www.playvid.com/watch/RoSJ7QibN5q, http://www.playvid.com/watch/blpM58No0gD, http://www.playvid.com/watch/TSSIEr816WT,
http://www.playvid.com/watch/R9H2nXf-M8v, http://www.playvid.com/watch/OyNxuhuH8RA, http://www.playvid.com/watch/8jiNjDrpE9h,
http://www.playvid.com/watch/Xj1MkRlttvq, http://www.playvid.com/watch/ws6Cb5YhNEJ, http://www.playvid.com/watch/4IzrNd1SfpQ,
http://www.playvid.com/watch/X2ChG09U8PI, http://www.playvid.com/watch/egnKweq5TLZ, http://www.playvid.com/watch/ScfYXDjqHrI,
http://www.playvid.com/watch/QjEcDqjUJHy, http://www.playvid.com/watch/NJPY9yqSOD2, http://www.playvid.com/watch/Qi73R2Fi2qi,
http://www.playvid.com/watch/b2GkmXwKkwO, http://www.playvid.com/watch/xt5GXhp5i6I, http://www.playvid.com/watch/Wb_UC8WTIR9,
http://www.playvid.com/watch/ez5vpNq0c9m, http://www.playvid.com/watch/UurF3qiB7iV, http://www.playvid.com/watch/WrgVGuIkPmE,
http://www.playvid.com/watch/GeYrf9Brtne, http://www.playvid.com/watch/JoVTda8lFVb, http://www.playvid.com/watch/3TUUvFXiaYU,
http://www.playvid.com/watch/ylvOPZd2K9G, http://www.playvid.com/watch/WWa3cbIoKB0, http://www.playvid.com/watch/5aCuxPfPGUA,
http://www.playvid.com/watch/Y1HAWU0bvCQ, http://www.playvid.com/watch/KjXCfzlnGyW, http://www.playvid.com/watch/jFJm6nRmdBQ,
http://www.playvid.com/watch/RMcN-f_J1Xo, http://www.playvid.com/watch/jddMwiXI9tu, http://www.playvid.com/watch/6ktano_DoXw,
http://www.playvid.com/watch/9SlDkjibBO7, http://www.playvid.com/watch/c_hJhwRM0fu, http://www.playvid.com/watch/w_S1B6JwHHq,
http://www.playvid.com/watch/qIOsbB_FVVS, http://www.playvid.com/watch/aRY83eVNGXt, http://www.playvid.com/watch/u-k7ZABgdYx,
http://www.playvid.com/watch/tjurbCrzh5E, http://www.playvid.com/watch/DRFg_c0VFOj, http://www.playvid.com/watch/mrC-veQR21Z,
http://www.playvid.com/watch/KaQ6gxozGlb, http://www.playvid.com/watch/L2SfyhvYeX7, http://www.playvid.com/watch/K1hiJioZyjs,
http://www.playvid.com/watch/9oU-XOIAc1m, http://www.playvid.com/watch/oxV9x55g9Tw, http://www.playvid.com/watch/epw-5uyVM-C,
http://www.playvid.com/watch/7MS6VsgjBbK, http://www.playvid.com/watch/DGbwrUKriEy, http://www.playvid.com/watch/H1pLwrvE_-w,
http://www.playvid.com/watch/TMSuPcvZZQQ, http://www.playvid.com/watch/nUQ541AiCsh, http://www.playvid.com/watch/6VuzU9fIkp6,
http://www.playvid.com/watch/csQbFI2Hf6a, http://www.playvid.com/watch/4Cj9lkHvcHX, http://www.playvid.com/watch/IIzACceGHKF,
http://www.playvid.com/watch/Bekhm_rIrTZ, http://www.playvid.com/watch/9a0tEMamd33, http://www.playvid.com/watch/nlNzPUEUI_9,
http://www.playvid.com/watch/i7xHN-Xu4sM, http://www.playvid.com/watch/6bUOc_xnrGq, http://www.playvid.com/watch/bqNzcJQXyi2,
http://www.playvid.com/watch/fMvBQQZsMmK, http://www.playvid.com/watch/pt8h8CWi_Jd, http://www.playvid.com/watch/nRuQBiHsN9i,
http://www.playvid.com/watch/V-yfCYiF30j, http://www.playvid.com/watch/YKZrPcOj_kc, http://www.playvid.com/watch/J_5TavWhiB6,
http://www.playvid.com/watch/TyBesHsFXtl, http://www.playvid.com/watch/oO6u-Cvcevq, http://www.playvid.com/watch/EjRF736ug7R,
http://www.playvid.com/watch/gRUwMRi9MhB, http://www.playvid.com/watch/FMdFykzexVu, http://www.playvid.com/watch/G39pZavymFW,
http://www.playvid.com/watch/q7dJeVov2cC, http://www.playvid.com/watch/pDLtpzwCQ7X, http://www.playvid.com/watch/uHzJVmV4JUF,
http://www.playvid.com/watch/saHtmZreOKu, http://www.playvid.com/watch/N7FwrN-AH2i, http://www.playvid.com/watch/EQP4a08AZZG,
http://www.playvid.com/watch/YZBl-dkom2U, http://www.playvid.com/watch/C3vUvaGOiBQ, http://www.playvid.com/watch/ccLHlwPC5NL,
http://www.playvid.com/watch/L8Pa9z9w3iB, http://www.playvid.com/watch/gX1cnovaaFK, http://www.playvid.com/watch/Gy86--8VnlH,
http://www.playvid.com/watch/FQs1X7TR8mw, http://www.playvid.com/watch/3Zr_ynNtuUq, http://www.playvid.com/watch/RwG7Oe7GlEV,
http://www.playvid.com/watch/rsQPipbBtVL, http://www.playvid.com/watch/Su4uNPX27o3, http://www.playvid.com/watch/3K7GovpMg1o,
http://www.playvid.com/watch/3iL8hffNuut, http://www.playvid.com/watch/ismkd5r-e4D, http://www.playvid.com/watch/ggkdLbH73hb,
http://www.playvid.com/watch/XZBx0p6Nr8J, http://www.playvid.com/watch/ii0mo6XB2oW, http://www.playvid.com/watch/TaGjSrI5IVo,
http://www.playvid.com/watch/mNz7jYUHXTW, http://www.playvid.com/watch/AEWvtoz8C5u, http://www.playvid.com/watch/vfkYSpYYXX4,
http://www.playvid.com/watch/xgxdVdsf4an, http://www.playvid.com/watch/L4VIF3dyVr5, http://www.playvid.com/watch/4-gXIRsJIRy,
http://www.playvid.com/watch/iXDkGEv5ilW, http://www.playvid.com/watch/g-qOvN_dda4, http://www.playvid.com/watch/YdZRLQhS9rI,
http://www.playvid.com/watch/8X0BfgD-yNS, http://www.playvid.com/watch/Ys92Aq_Fc7N, http://www.playvid.com/watch/0aNL9FmWZmD,
http://www.playvid.com/watch/yHgeQiufJmA, http://www.playvid.com/watch/ycRIM5xa-cz, http://www.playvid.com/watch/zLsV9nbNjQN,
http://www.playvid.com/watch/51G3wrU1gf7, http://www.playvid.com/watch/m9-dJdv-a9J, http://www.playvid.com/watch/WcElnyL-UBF,
http://www.playvid.com/watch/JN4rVEC1e-Z, http://www.playvid.com/watch/IPMzlhAw1fU, http://www.playvid.com/watch/08Mptn2IJmW,
http://www.playvid.com/watch/GMRqjK9Vh5X, http://www.playvid.com/watch/TP4JTiozRgB, http://www.playvid.com/watch/l65vJVEgD6J,
http://www.playvid.com/watch/FOeqgkUbWXh, http://www.playvid.com/watch/ujINiDEbHJe, http://www.playvid.com/watch/WcIw-OZyssH,
http://www.playvid.com/watch/8S8utA8V8Ad, http://www.playvid.com/watch/LJL0nXSCM2R, http://www.playvid.com/watch/Eir0S7jQ1uM,
http://www.playvid.com/watch/UcjvNME04Yq, http://www.playvid.com/watch/kSPByJ-wyqz, http://www.playvid.com/watch/ybelgAbw038,
http://www.playvid.com/watch/RLX8SiFvf0Q, http://www.playvid.com/watch/IWian4UUYVM, http://www.playvid.com/watch/Dcshy6CzKSi,
http://www.playvid.com/watch/xNYKsQaldXy, http://www.playvid.com/watch/uualUIOTyrl, http://www.playvid.com/watch/0w4yUqqQhyw,
http://www.playvid.com/watch/pa7k3eTF2qH, http://www.playvid.com/watch/oCWzCkPJ-C0, http://www.playvid.com/watch/XDRpuDYOlnu,
http://www.playvid.com/watch/70AdnEqrwnE, http://www.playvid.com/watch/navFJiCfPUF, http://www.playvid.com/watch/Q9C8P-fjj1E,
http://www.playvid.com/watch/AfED2ymfpAF, http://www.playvid.com/watch/fgtu_tDLhbI, http://www.playvid.com/watch/CL61YnnD_do,
http://www.playvid.com/watch/dmyjU_r-70O, http://www.playvid.com/watch/Axky_tF0PzD, http://www.playvid.com/watch/AbgKONEOtkh,
http://www.playvid.com/watch/joCfSiCoMsL, http://www.playvid.com/watch/bcSl0Aba4rs, http://www.playvid.com/watch/yQsNMND-vgZ,
http://www.playvid.com/watch/BCGJPVR4PLn, http://www.playvid.com/watch/PRLF5QGyu3K, http://www.playvid.com/watch/cE6xW8AoY0X,
http://www.playvid.com/watch/YOVB3ZtuIdh, http://www.playvid.com/watch/R1iorGDrP4o, http://www.playvid.com/watch/kaP5_BJg2oM,
http://www.playvid.com/watch/WtXItYifT9G, http://www.playvid.com/watch/Pls8IOHm485, http://www.playvid.com/watch/hKgkvVUJWHY,
http://www.playvid.com/watch/Us-emTm_EM0, http://www.playvid.com/watch/9tG_G2tQB6d, http://www.playvid.com/watch/AIynRSnK4YU,
http://www.playvid.com/watch/pHslXbi8ZX3, http://www.playvid.com/watch/22u--3deLh7, http://www.playvid.com/watch/8v861w7GLon,
http://www.playvid.com/watch/flc11pW7et7, http://www.playvid.com/watch/bCEoWeA_Di2, http://www.playvid.com/watch/3KU8gDu9mpH,
http://www.playvid.com/watch/iieCEjDbMAX, http://www.playvid.com/watch/AREwyNON685, http://www.playvid.com/watch/uR7x67r40A4,
http://www.playvid.com/watch/rNpZ1_UV5O7, http://www.playvid.com/watch/LheSvvpVEaT, http://www.playvid.com/watch/UjvOi7k9LoC,
http://www.playvid.com/watch/9czIBQamvsR, http://www.playvid.com/watch/2gLk3fOzJGs, http://www.playvid.com/watch/weBX3rmNvq5,
http://www.playvid.com/watch/nKf6o5hAnJi, http://www.playvid.com/watch/t4znHU5Kfp4, http://www.playvid.com/watch/5U0QbzDs55R,
http://www.playvid.com/watch/b-29EAYTdwI, http://www.playvid.com/watch/Mk2CAn5Ganc, http://www.playvid.com/watch/fWY2so9oAEN,
http://www.playvid.com/watch/0Ire8EevHnA, http://www.playvid.com/watch/yRgNsEgRZnG, http://www.playvid.com/watch/BZeoRGLGOjV,
http://www.playvid.com/watch/JWBlnKOEtD5, http://www.playvid.com/watch/piwKNRkTdS8, http://www.playvid.com/watch/CAXXFY2Ojwc,
http://www.playvid.com/watch/vbKKOVkqkwc, http://www.playvid.com/watch/l0NQeDRG22c, http://www.playvid.com/watch/0o0E_O_oorS,
http://www.playvid.com/watch/zTvvILMsof8, http://www.playvid.com/watch/jTWmxWo0DVS, http://www.playvid.com/watch/QGzBkBCehhZ,
http://www.playvid.com/watch/DF5KU4LmQCV, http://www.playvid.com/watch/weoe4srKl_F, http://www.playvid.com/watch/DP8fTj5pyqG,
http://www.playvid.com/watch/YS9Izaf6TD2, http://www.playvid.com/watch/Tb7SD2o1svU, http://www.playvid.com/watch/XQBiCUcwxSp,
http://www.playvid.com/watch/rRqz9Z_56jf, http://www.playvid.com/watch/XYpokqHE5rf, http://www.playvid.com/watch/0i8fV2JN3fg,
http://www.playvid.com/watch/TVLyam0yUsG, http://www.playvid.com/watch/Fc7b_oVWeOw, http://www.playvid.com/watch/ogU6rQwb3oO,
http://www.playvid.com/watch/jtA09xIvFJT, http://www.playvid.com/watch/pANuXXAoad6, http://www.playvid.com/watch/EA5F_oc64an,
http://www.playvid.com/watch/9qQYrKfo8vZ, http://www.playvid.com/watch/kdUMHE-zX6o, http://www.playvid.com/watch/CzkoYPuL4_N,
http://www.playvid.com/watch/xGUfZWP26bN, http://www.playvid.com/watch/EzHLJBJJZEK, http://www.playvid.com/watch/P1eH1Gyt5Pe,

http://www.playvid.com/watch/TZaXA3NBmcP, http://www.playvid.com/watch/CaegmdiACki, http://www.playvid.com/watch/rBiuWCMXb4y, http://www.playvid.com/watch/fAaDMX-ixI2, http://www.playvid.com/watch/pdtmU-IY7o0, http://www.playvid.com/watch/lFBLuHv3uhi, http://www.playvid.com/watch/2jm-j2kFH8s, http://www.playvid.com/watch/qLK8Daev9Yw, http://www.playvid.com/watch/4jCsIVJ63LC, http://www.playvid.com/watch/5z5mXGmvQJu, http://www.playvid.com/watch/wEwMJl_Fw_z, http://www.playvid.com/watch/kiXvUofUW1D, http://www.playvid.com/watch/Mvt2AI4zbRP, http://www.playvid.com/watch/2vI75cPi6Gr, http://www.playvid.com/watch/Fd2TpUVZIXj, http://www.playvid.com/watch/CGT7EymONcZ, http://www.playvid.com/watch/Qw4BJTTL4zQ, http://www.playvid.com/watch/taNlcaj9Ecy, http://www.playvid.com/watch/iLP8fUTgl1B, http://www.playvid.com/watch/cw6kysMd1gj, http://www.playvid.com/watch/34e0BRroSLQ, http://www.playvid.com/watch/L3IWnjvknLg, http://www.playvid.com/watch/xtvbu0GosJV, http://www.playvid.com/watch/QMVM86xYSIq, http://www.playvid.com/watch/XnnwdoWJEiQ, http://www.playvid.com/watch/hBO8EGjX0wT, http://www.playvid.com/watch/hO4hVO80pOw, http://www.playvid.com/watch/k5s4OuCMNn4, http://www.playvid.com/watch/D4gmKwNITKk, http://www.playvid.com/watch/8_4eOIMC_dF, http://www.playvid.com/watch/snHNBcLHnhI, http://www.playvid.com/watch/zKRQIZkJYaO, http://www.playvid.com/watch/MozM7zd4PGh, http://www.playvid.com/watch/cbi7CSFxEAy, http://www.playvid.com/watch/DN9bN4v5joo, http://www.playvid.com/watch/SeLIANEQSR8, http://www.playvid.com/watch/Py4IG-3NGaj, http://www.playvid.com/watch/X5kBa1okq7S, http://www.playvid.com/watch/hT9ErqRJCXJ, http://www.playvid.com/watch/YLq-crXoaCJ, http://www.playvid.com/watch/24jHZdIDxl7, http://www.playvid.com/watch/gCHtHKESrlp, http://www.playvid.com/watch/6c_Dp_dfcV7, http://www.playvid.com/watch/kzkVd--vHQU, http://www.playvid.com/watch/eDThVXzSLzD, http://www.playvid.com/watch/jBpgYY1QGEv, http://www.playvid.com/watch/2ihC0EbH-eJ, http://www.playvid.com/watch/WxK4dqZcY7C, http://www.playvid.com/watch/8L5BTnKHS8Q, http://www.playvid.com/watch/WStnzFWlChY, http://www.playvid.com/watch/qLusms3v6s2, http://www.playvid.com/watch/n4jkH9SbrEg, http://www.playvid.com/watch/bM7i8E1fzHt, http://www.playvid.com/watch/BB-8awEK9o6, http://www.playvid.com/watch/NQKaAT5jq7S, http://www.playvid.com/watch/JYk18-i2lOC, http://www.playvid.com/watch/eMDBeRcTDCt, http://www.playvid.com/watch/BQJ9xOzG_wN, http://www.playvid.com/watch/EXUjQGSI4d6, http://www.playvid.com/watch/MzzcB8fELXw, http://www.playvid.com/watch/Jo0OJCw1gbf, http://www.playvid.com/watch/BLFSRIpLOFd, http://www.playvid.com/watch/WT8w8sKmv0V, http://www.playvid.com/watch/dVB2J7aenZ4, http://www.playvid.com/watch/VX1AOPNgMvU, http://www.playvid.com/watch/7eO5Xu6yFDF, http://www.playvid.com/watch/VcU4im0CDPg, http://www.playvid.com/watch/A3ul-t2JwWq, http://www.playvid.com/watch/u8Xe14jARiq, http://www.playvid.com/watch/87Zv3ga9o5Y, http://www.playvid.com/watch/ZU5BP2eiKUJ, http://www.playvid.com/watch/OZkVjzdtNAU, http://www.playvid.com/watch/mC2hPZ27miZ, http://www.playvid.com/watch/i2laPG6PFwb
5.f. Date of third notice: 2014-02-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jizzylover
5.b. Uploader's email address: sxoman@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jizzylover
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kYGFSEJ5-xJ, http://www.playvid.com/watch/nGOLyVmTKwF, http://www.playvid.com/watch/x9bCORlI9tI, http://www.playvid.com/watch/xN4M5JWG8Yy, http://www.playvid.com/watch/gCHzUQQb7Ta, http://www.playvid.com/watch/FYRUrg606pE, http://www.playvid.com/watch/ALqRF3NLDK8, http://www.playvid.com/watch/dAXVVGz3DgC, http://www.playvid.com/watch/OB7YyIk8brb, http://www.playvid.com/watch/8jbTLv5LyIX, http://www.playvid.com/watch/o32jjDavz46, http://www.playvid.com/watch/stFzzU-l-RW, http://www.playvid.com/watch/AgzjX9pigtK, http://www.playvid.com/watch/26wUtYibW4a, http://www.playvid.com/watch/fGJCVh0ZBQl, http://www.playvid.com/watch/iqbGQ8SZqNM, http://www.playvid.com/watch/7Yrqrnr6XCv, http://www.playvid.com/watch/hbmLGZb-48g, http://www.playvid.com/watch/thffFTrRJPp, http://www.playvid.com/watch/j7uC-HUhJzY, http://www.playvid.com/watch/HIM-P3wnKLM, http://www.playvid.com/watch/oW8aQ7qJLpk, http://www.playvid.com/watch/MShhR5M9igF, http://www.playvid.com/watch/At0N5RLbfy9, http://www.playvid.com/watch/Xk7Rsn8k5DE, http://www.playvid.com/watch/ljgh7Dr8kPg, http://www.playvid.com/watch/ZjwGhjli3yC, http://www.playvid.com/watch/lV9QPGUSY9Q, http://www.playvid.com/watch/w3D5qfsNCse, http://www.playvid.com/watch/q6gApRukVnt, http://www.playvid.com/watch/RNaGvWxEva-, http://www.playvid.com/watch/8rFqI8Kisej, http://www.playvid.com/watch/VbE-NAjhc0G, http://www.playvid.com/watch/AqsEgHQJUma, http://www.playvid.com/watch/JmNmAKdpSh9, http://www.playvid.com/watch/dGCrEagDNRL, http://www.playvid.com/watch/2VmuBtvCpOr, http://www.playvid.com/watch/XEsDMqjc4DD, http://www.playvid.com/watch/sBt6oMqOyhU, http://www.playvid.com/watch/w0Kb-JJpwNv, http://www.playvid.com/watch/6dUZsmXZHAT, http://www.playvid.com/watch/fS03qvyDERl, http://www.playvid.com/watch/7q5CGu9E9bz, http://www.playvid.com/watch/lcS8QBtxp06, http://www.playvid.com/watch/Uxz-Y0MyTcy, http://www.playvid.com/watch/Ze5l72rzv79, http://www.playvid.com/watch/oNoLFgRUIif, http://www.playvid.com/watch/jaMAbxw99Ex, http://www.playvid.com/watch/UrdxpTcJ5Hs, http://www.playvid.com/watch/fOoRXyiLSXG, http://www.playvid.com/watch/P45GfE0NNYt, http://www.playvid.com/watch/XVwCiilflDz, http://www.playvid.com/watch/uCXdWRis7Vx, http://www.playvid.com/watch/Vp9h2-8qB09, http://www.playvid.com/watch/Ubvt3kHu3sr, http://www.playvid.com/watch/lK2JKcb85ur, http://www.playvid.com/watch/jpfbFE7-jo3, http://www.playvid.com/watch/xi6BZFOTr4K, http://www.playvid.com/watch/AwanDdl7Fp4, http://www.playvid.com/watch/vYHj6g2z37s, http://www.playvid.com/watch/xGncvJto6Qe, http://www.playvid.com/watch/ca7mMpQGki0, http://www.playvid.com/watch/3rOXkRCA82R, http://www.playvid.com/watch/u8G6U7Hy3Or, http://www.playvid.com/watch/X3490ScBCIZ, http://www.playvid.com/watch/HIaqb0MnXd4, http://www.playvid.com/watch/UmcdttsVKKv, http://www.playvid.com/watch/pp2HEewYbip, http://www.playvid.com/watch/vvUQwbEyPNG, http://www.playvid.com/watch/YIaLHNhnMFR, http://www.playvid.com/watch/EB4iHtoOcyc, http://www.playvid.com/watch/X450pIjnRkf, http://www.playvid.com/watch/JxtyrR7sszt, http://www.playvid.com/watch/nxNgvhN9tW9, http://www.playvid.com/watch/uR-F8FFuAnM, http://www.playvid.com/watch/6ncMr59K7ax, http://www.playvid.com/watch/QoeBBFBAqED, http://www.playvid.com/watch/UpJHq-kjw9t, http://www.playvid.com/watch/VtbXbBHaKus, http://www.playvid.com/watch/CYyx3DSfRBR, http://www.playvid.com/watch/p6zdmKvfC5g, http://www.playvid.com/watch/Sd87HDeqyMP, http://www.playvid.com/watch/pG3Vkr98YEg, http://www.playvid.com/watch/9eqQIvFy3dz, http://www.playvid.com/watch/KfftQEmC0MC, http://www.playvid.com/watch/8I-yFBXkDkB, http://www.playvid.com/watch/Z0k9rKwSLZG, http://www.playvid.com/watch/Xj7ra3cmoYj, http://www.playvid.com/watch/O2D8AyAgPLD
5.f. Date of third notice: 2013-10-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jjarmani
5.b. Uploader's email address: jorjearman@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jjarmani
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tBBaFBKKPD-, http://www.playvid.com/watch/yZDyTNzNlW3, http://www.playvid.com/watch/RZ9KPK9fhOy, http://www.playvid.com/watch/AUHQ9GeiM7T, http://www.playvid.com/watch/mp0k-qnKgas, http://www.playvid.com/watch/mvDbzoUHbXg, http://www.playvid.com/watch/kGTkajZTDDw, http://www.playvid.com/watch/l4kz9OzbSAB, http://www.playvid.com/watch/PsNSLnSLfpP, http://www.playvid.com/watch/Qenhozo908u, http://www.playvid.com/watch/JpG4cl8qOzv, http://www.playvid.com/watch/NeUi2kKTxWo, http://www.playvid.com/watch/JcqfpqdTds0, http://www.playvid.com/watch/QgmEdV0oi8J, http://www.playvid.com/watch/aZFThEZgCi2, http://www.playvid.com/watch/HnMpGL8ErSk, http://www.playvid.com/watch/WIfdk5TQQLV, http://www.playvid.com/watch/TTyzOK4ZeY2, http://www.playvid.com/watch/OwbX3zDLUkt, http://www.playvid.com/watch/Ow2qMNeOfkW, http://www.playvid.com/watch/MkkDSymPEtG, http://www.playvid.com/watch/mf9OaPayfgv, http://www.playvid.com/watch/Dnn0uJOyQbp, http://www.playvid.com/watch/2efxZXyXhgR, http://www.playvid.com/watch/PqLAFv8NQis, http://www.playvid.com/watch/HASCJI2sxa8, http://www.playvid.com/watch/FWRy72qfncR, http://www.playvid.com/watch/KzcYWOi-EsU, http://www.playvid.com/watch/AC4H8xr2DyS, http://www.playvid.com/watch/BlLMTW676S4, http://www.playvid.com/watch/iueRr2uxm4x, http://www.playvid.com/watch/hMpR8N2xQBh, http://www.playvid.com/watch/VvRgRQnjkow, http://www.playvid.com/watch/6lSXDMlMNAx, http://www.playvid.com/watch/KGp9hvqgypm, http://www.playvid.com/watch/V7p5qdrUAnl, http://www.playvid.com/watch/3GGRnXmcTUR, http://www.playvid.com/watch/sQ5by9aR0dS, http://www.playvid.com/watch/4q3QmeNS3AE, http://www.playvid.com/watch/m7xYYLe4Y2d, http://www.playvid.com/watch/yyEsq4VcwJq, http://www.playvid.com/watch/IJ9taRkQLon, http://www.playvid.com/watch/mWDwKiGL87L, http://www.playvid.com/watch/XsHwsiEtico, http://www.playvid.com/watch/-bC-5yMa8bl, http://www.playvid.com/watch/4Je5fgWlW2H, http://www.playvid.com/watch/vI3u0k6Yy78, http://www.playvid.com/watch/NzD6NDlnTA5, http://www.playvid.com/watch/k3FoDnLjKqs, http://www.playvid.com/watch/ltWRHuzPClQ, http://www.playvid.com/watch/xWEVOHDQGff, http://www.playvid.com/watch/VouXmsUSj9t, http://www.playvid.com/watch/Kn8MqH7lpcK, http://www.playvid.com/watch/s2dYOQCvQSL, http://www.playvid.com/watch/4k77ENPOnRs, http://www.playvid.com/watch/Ja2yX-mzRfc, http://www.playvid.com/watch/p2tI948gqmR, http://www.playvid.com/watch/dEfQgRLBtlC, http://www.playvid.com/watch/2j6aT5aakZo, http://www.playvid.com/watch/TNAUFt66rVo, http://www.playvid.com/watch/GSI53HYieZB, http://www.playvid.com/watch/oKx3eB4Oiob, http://www.playvid.com/watch/cfkaA4eQtSc, http://www.playvid.com/watch/Nt74QY43xHc, http://www.playvid.com/watch/E4HcqYZnEKF, http://www.playvid.com/watch/bfHd78w9yzB, http://www.playvid.com/watch/jxM74-7CaaY, http://www.playvid.com/watch/cmDPITcUsJ6, http://www.playvid.com/watch/G6uw6K0epMO, http://www.playvid.com/watch/5wRNwdnVxeY, http://www.playvid.com/watch/9tea63mpueS, http://www.playvid.com/watch/84XOQQf43QZ, http://www.playvid.com/watch/kh-7xZtUmkY, http://www.playvid.com/watch/MQ-XHwpZBvK, http://www.playvid.com/watch/lmFlPEFKSHB, http://www.playvid.com/watch/CudBhpOs3Cg, http://www.playvid.com/watch/BWV38fXf9Wj, http://www.playvid.com/watch/iLow8eS750P, http://www.playvid.com/watch/P8JsHsQ8q6Z, http://www.playvid.com/watch/8pE4gHHd508, http://www.playvid.com/watch/ps-DhgBji5l, http://www.playvid.com/watch/-uNCGOuemQV, http://www.playvid.com/watch/SKXjzcTuteA, http://www.playvid.com/watch/SAlyY33uU7l, http://www.playvid.com/watch/2d-ncY3te9T, http://www.playvid.com/watch/4uAlgJOvjPZ,

http://www.playvid.com/watch/4QqHQel52NF, http://www.playvid.com/watch/B-ILrmd-xFd, http://www.playvid.com/watch/J2cCZ6rD5Rh, http://www.playvid.com/watch/uwzN5eoFeKs, http://www.playvid.com/watch/yKRT8e9oZFy, http://www.playvid.com/watch/-ksbM2REduf, http://www.playvid.com/watch/xpP7hu5DIaQ, http://www.playvid.com/watch/bcccWFGMx3-, http://www.playvid.com/watch/2awuVNC9e52, http://www.playvid.com/watch/VQdsMCdwoPy, http://www.playvid.com/watch/dFy6WX4pOCB, http://www.playvid.com/watch/bx-MhFJrcba, http://www.playvid.com/watch/q4ePp-lTetM, http://www.playvid.com/watch/panoXmXHXSy, http://www.playvid.com/watch/0kS5Qz4Svzm, http://www.playvid.com/watch/YERqpyU7tLa, http://www.playvid.com/watch/o5PbmEE3HCV, http://www.playvid.com/watch/IyYz252gKLT, http://www.playvid.com/watch/GvFgRvqRogl, http://www.playvid.com/watch/ELBvzbgEXLr, http://www.playvid.com/watch/ikEyYmmIYUc, http://www.playvid.com/watch/XBVF7WDO3sd, http://www.playvid.com/watch/PlOUg-g6liO, http://www.playvid.com/watch/sJUz2khNW3p, http://www.playvid.com/watch/4xO3ThjjSUd, http://www.playvid.com/watch/waXu0QCZErX, http://www.playvid.com/watch/57irVvPf-mn, http://www.playvid.com/watch/dgdk6fClMZN, http://www.playvid.com/watch/EBJUGdFP0vo, http://www.playvid.com/watch/zNiAU448m0b, http://www.playvid.com/watch/IZj6SyVDn5m, http://www.playvid.com/watch/Hko5qwUIlDu, http://www.playvid.com/watch/hWbRe7Ugkri, http://www.playvid.com/watch/z6qfyte2kHO, http://www.playvid.com/watch/u9nehuB88Cp, http://www.playvid.com/watch/ZBbi-DJGiVK, http://www.playvid.com/watch/WhrHLVzljqS, http://www.playvid.com/watch/HFhGGNAJcbn, http://www.playvid.com/watch/oK66KuiRcGC, http://www.playvid.com/watch/5z7lwWEbSjH, http://www.playvid.com/watch/VZ7zqQbQboJ, http://www.playvid.com/watch/W-qGL59oKpK, http://www.playvid.com/watch/3ybsWLwntk5, http://www.playvid.com/watch/9u9LGIxWrjO, http://www.playvid.com/watch/Oa-ztsNWisK, http://www.playvid.com/watch/7DSTPj2Jts7, http://www.playvid.com/watch/K723ABLYNvo, http://www.playvid.com/watch/oKso5lMwrhT, http://www.playvid.com/watch/RK7lMwYMZ-5, http://www.playvid.com/watch/cbzRtU42rXB, http://www.playvid.com/watch/XK9Zx5p05Vt, http://www.playvid.com/watch/cH8x5zQo-9r, http://www.playvid.com/watch/Vzh4wGbqQcr, http://www.playvid.com/watch/mqeglg5kUan, http://www.playvid.com/watch/jBamU6SWlsv, http://www.playvid.com/watch/6IJShw5OLse, http://www.playvid.com/watch/LQ7-mmcyXP7, http://www.playvid.com/watch/5SEwaGdZqgx, http://www.playvid.com/watch/vo5Ugl8nhbQ, http://www.playvid.com/watch/WKmssexxQ5n, http://www.playvid.com/watch/LNXXGaYrpOu, http://www.playvid.com/watch/LUrv8iGe8Ae, http://www.playvid.com/watch/SgotzJtQqd5, http://www.playvid.com/watch/f6Tx2tDhBcS, http://www.playvid.com/watch/IJ2pffpGzS9, http://www.playvid.com/watch/IUhUHpK3ct5, http://www.playvid.com/watch/wcwybrgkE2h, http://www.playvid.com/watch/USJGTaX9fyz, http://www.playvid.com/watch/LV6tV3OoEZV, http://www.playvid.com/watch/XR350hSzodF, http://www.playvid.com/watch/E7ltGNIm-wD, http://www.playvid.com/watch/J25D9fbx32p, http://www.playvid.com/watch/JowwIcpzvBr, http://www.playvid.com/watch/SS5Ibcabvhp, http://www.playvid.com/watch/rk7BL2vrkmf, http://www.playvid.com/watch/W6kikvWlMRk, http://www.playvid.com/watch/pCWBS3z8xWs, http://www.playvid.com/watch/X0WKq5LY6EE, http://www.playvid.com/watch/Z0zQEAdL8cx, http://www.playvid.com/watch/tGCfWwXKiaj, http://www.playvid.com/watch/7NWJW5AYcuN, http://www.playvid.com/watch/YEywExd7CYC, http://www.playvid.com/watch/oB7uiAJnMj8, http://www.playvid.com/watch/5-72jlYwflv, http://www.playvid.com/watch/Wrg8u05qkXb, http://www.playvid.com/watch/4uFVNccjqjk, http://www.playvid.com/watch/YaF0UBs0LYo, http://www.playvid.com/watch/A2Yt4PNGW7V, http://www.playvid.com/watch/Z32VgbdWViO, http://www.playvid.com/watch/eqd9KwZtrdi, http://www.playvid.com/watch/g-L-UJIJnsp, http://www.playvid.com/watch/qRPmfZNKXyi, http://www.playvid.com/watch/RdKA8YrXJ6W, http://www.playvid.com/watch/eVn35GFOWaT, http://www.playvid.com/watch/Wmrc7RPkUj6, http://www.playvid.com/watch/9BIUJ32iZSo, http://www.playvid.com/watch/YthzkU3F3BW, http://www.playvid.com/watch/5L5C72eZP6J, http://www.playvid.com/watch/wEz8HdpfeiI, http://www.playvid.com/watch/V5m3YWy4R9-, http://www.playvid.com/watch/dFn7v9jm5hD, http://www.playvid.com/watch/b6PDGXjEx06, http://www.playvid.com/watch/OgtlIiP8dHK, http://www.playvid.com/watch/RHji2FXT7rb, http://www.playvid.com/watch/Bx3wQnHr7IU, http://www.playvid.com/watch/v3QfmXWXjWb, http://www.playvid.com/watch/YcS4OIgMb-E, http://www.playvid.com/watch/Fbv5aXW7H2M, http://www.playvid.com/watch/xEyF0QTmdrB, http://www.playvid.com/watch/r8f0h7Cy4zR, http://www.playvid.com/watch/fzIzjEvmbrn, http://www.playvid.com/watch/QR4-95Jtsav, http://www.playvid.com/watch/xu5OciTT3l6, http://www.playvid.com/watch/0UKRKVbmVOy, http://www.playvid.com/watch/T6MBzkjNXx7, http://www.playvid.com/watch/L-Tb-DW6CdF, http://www.playvid.com/watch/-TFiUIyicIh, http://www.playvid.com/watch/sOy4aPoXVfb, http://www.playvid.com/watch/4hgUW4Y8F5S, http://www.playvid.com/watch/Vf8hKyvI3QU, http://www.playvid.com/watch/iff7gtKMYh4, http://www.playvid.com/watch/a2yNfUg0tFg, http://www.playvid.com/watch/6pJyeZUz0hB, http://www.playvid.com/watch/bo6o4uFy2Qs, http://www.playvid.com/watch/00C0sCEv-Pv, http://www.playvid.com/watch/8KMV249uCpt, http://www.playvid.com/watch/SzUfHgWFVR9, http://www.playvid.com/watch/oUHnVmgMcQw, http://www.playvid.com/watch/wai0DicdQIh, http://www.playvid.com/watch/8BFrkXHN0zg, http://www.playvid.com/watch/hafTByRlxOY, http://www.playvid.com/watch/HKwUbWCYQc0, http://www.playvid.com/watch/AjFntK20Whv, http://www.playvid.com/watch/JF74EhkiQDN, http://www.playvid.com/watch/RrngUmCNHia, http://www.playvid.com/watch/jcGxxy679iK, http://www.playvid.com/watch/AKVw0nBOxPx, http://www.playvid.com/watch/vgyg7gC0ca0, http://www.playvid.com/watch/UxtIXwWccwY, http://www.playvid.com/watch/sVF-6RzK7ST, http://www.playvid.com/watch/pwDfWmWxcLf, http://www.playvid.com/watch/QuKq7JvS2OY, http://www.playvid.com/watch/jbSHz2adSTd, http://www.playvid.com/watch/dXslWLOKeCk, http://www.playvid.com/watch/AR8S3ywrGET, http://www.playvid.com/watch/ChbpoGd2W4z, http://www.playvid.com/watch/pwQkShUkYAz, http://www.playvid.com/watch/XWk0ISmXetl, http://www.playvid.com/watch/XHQzL8haRnI, http://www.playvid.com/watch/xOUwdKooaQM, http://www.playvid.com/watch/0cuGu0NivFg, http://www.playvid.com/watch/cDzROh-uRIh, http://www.playvid.com/watch/5dTyDvaacZ3, http://www.playvid.com/watch/vFTxqZE5gac, http://www.playvid.com/watch/yiDVIZYaYi9, http://www.playvid.com/watch/a3jRsxlqAId, http://www.playvid.com/watch/XgyD0ZO8Rgi, http://www.playvid.com/watch/lgS9ukfCpky, http://www.playvid.com/watch/PQAint985QH, http://www.playvid.com/watch/pTDfScJfLVG, http://www.playvid.com/watch/m3R2nRa83ho, http://www.playvid.com/watch/buJd08Ap3wn, http://www.playvid.com/watch/lAMYc7ol6xV, http://www.playvid.com/watch/GEkDo4U5z4E, http://www.playvid.com/watch/aOrmRiCpDmu, http://www.playvid.com/watch/EKzGLNCZGWu, http://www.playvid.com/watch/kFHcoF4A4mC, http://www.playvid.com/watch/r8HRgc5ANVr, http://www.playvid.com/watch/Il8XC8d84vE, http://www.playvid.com/watch/FE89ThwfMvd, http://www.playvid.com/watch/sWFJ6-pEK23, http://www.playvid.com/watch/ovLtMEq84pw, http://www.playvid.com/watch/hvJqpiqwi42, http://www.playvid.com/watch/YYRJPBDbvxN, http://www.playvid.com/watch/UeFwLWwyptV, http://www.playvid.com/watch/EmikMNkC-hm, http://www.playvid.com/watch/8ruhvJEee7j, http://www.playvid.com/watch/Z8Mx-5iSo0u, http://www.playvid.com/watch/0TgxzZTwi2F, http://www.playvid.com/watch/aZqll6aKeCK, http://www.playvid.com/watch/uJCo0kP3LKN, http://www.playvid.com/watch/clGFtCu0ODj, http://www.playvid.com/watch/p602Zu2xDsl, http://www.playvid.com/watch/f4-WO9tWEnd, http://www.playvid.com/watch/7nTMG5HHOr5, http://www.playvid.com/watch/ScN-m4WBkby, http://www.playvid.com/watch/ZgnSeYf-h8d, http://www.playvid.com/watch/-VjN3AVsYB5, http://www.playvid.com/watch/jwjf65caUyf, http://www.playvid.com/watch/Y4CvtGzzgpe, http://www.playvid.com/watch/i6LrQ9ustyB, http://www.playvid.com/watch/Qx7IBcK8R2Z, http://www.playvid.com/watch/ingbT0TBqWC, http://www.playvid.com/watch/52QI5wiXuYH, http://www.playvid.com/watch/bjGSVmmLYYt, http://www.playvid.com/watch/I-XFe9hqEm7, http://www.playvid.com/watch/n2PfFe28eKB, http://www.playvid.com/watch/tchEhhIPhWC, http://www.playvid.com/watch/lrbGEP8hqfy, http://www.playvid.com/watch/e-y7h6CJW-R, http://www.playvid.com/watch/OxN8QO2B4Ng, http://www.playvid.com/watch/VeYeo7ki7GA, http://www.playvid.com/watch/RWuRbzfwCYg, http://www.playvid.com/watch/J-y8IslPmDU, http://www.playvid.com/watch/YEvmVdZSY-5, http://www.playvid.com/watch/culwfDc4wop, http://www.playvid.com/watch/OFXHZvtPCkd, http://www.playvid.com/watch/NwfUl44I3YB, http://www.playvid.com/watch/957lMvwHFfI, http://www.playvid.com/watch/QtEMCOdLKFs, http://www.playvid.com/watch/TWoGQihQvPV, http://www.playvid.com/watch/Adleq8GjU9K, http://www.playvid.com/watch/jGIGg5Gk0uB, http://www.playvid.com/watch/plfVbJTA3yL, http://www.playvid.com/watch/tRBxbcuX4ZQ, http://www.playvid.com/watch/2WIfloM6b0r, http://www.playvid.com/watch/UnUvE0w0HEg, http://www.playvid.com/watch/QXhmUZiXPT9, http://www.playvid.com/watch/A-tFyNIN3iq, http://www.playvid.com/watch/JTCptrALVw0, http://www.playvid.com/watch/I4SbfOyOX4g, http://www.playvid.com/watch/SYOECFSqp4q, http://www.playvid.com/watch/0HQ9RqJp7U2, http://www.playvid.com/watch/E4pqlcEMkBH, http://www.playvid.com/watch/BrQ08wit9o7, http://www.playvid.com/watch/xfwxKasAZXI, http://www.playvid.com/watch/CwclUj3wo7T, http://www.playvid.com/watch/i8F7ueMC800, http://www.playvid.com/watch/GypW0opDqJf, http://www.playvid.com/watch/dqjghxMIvYO, http://www.playvid.com/watch/SlI3oghFtqC, http://www.playvid.com/watch/zgEj3ddiKas, http://www.playvid.com/watch/VhZCKN3hTWS, http://www.playvid.com/watch/m-BhZSfeGjT, http://www.playvid.com/watch/Hoh-XhxBCqk, http://www.playvid.com/watch/eTBvV-OHdcW, http://www.playvid.com/watch/RIEK77O3PJp
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jjoekchen
5.b. Uploader's email address: jjoekchen@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jjoekchen
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4rAmdXJNRCZ, http://www.playvid.com/watch/-5XbcTSJOFK, http://www.playvid.com/watch/WWbyvbVjtbh, http://www.playvid.com/watch/5fqRm8kR-jF, http://www.playvid.com/watch/BinJJXKg3yE, http://www.playvid.com/watch/npCCCDs8I57, http://www.playvid.com/watch/aPcnCPI00XV, http://www.playvid.com/watch/3j2EvaUuPni, http://www.playvid.com/watch/PytPzRHD4-D, http://www.playvid.com/watch/N8d3dBVoBDG, http://www.playvid.com/watch/9qlB0GumYSu, http://www.playvid.com/watch/ksSmqt6b-E0, http://www.playvid.com/watch/TqKiNEOyrg4, http://www.playvid.com/watch/qGMaL0E2Xue, http://www.playvid.com/watch/V2pj0c5IYwl, http://www.playvid.com/watch/woRd8Mc2IgW, http://www.playvid.com/watch/RtAb2xtl7ch, http://www.playvid.com/watch/3TvHXvsSyhx, http://www.playvid.com/watch/QbJorrCsSVJ, http://www.playvid.com/watch/hButffQ8Dsy, http://www.playvid.com/watch/iQck6UQRNCu, http://www.playvid.com/watch/AsVB8NSbX4I, http://www.playvid.com/watch/sO7ZOKknq6i, http://www.playvid.com/watch/G0NpReWEme8, http://www.playvid.com/watch/GM5I-U0XECs, http://www.playvid.com/watch/2Z4HgUVw7VW, http://www.playvid.com/watch/iXv6G0aw0e2, http://www.playvid.com/watch/CODkEnKmXhh, http://www.playvid.com/watch/gs6OVdf5PTo, http://www.playvid.com/watch/J4jC2FbgaP4, http://www.playvid.com/watch/-tqxxrnkr37, http://www.playvid.com/watch/OHRYj5lDj7d,

http://www.playvid.com/watch/8vAJXiEpfJy, http://www.playvid.com/watch/Ioz--mtcQmQ, http://www.playvid.com/watch/4uNbfrGXjpt,
http://www.playvid.com/watch/JK5Dq3fasW6, http://www.playvid.com/watch/AT-Sbn5aVV4, http://www.playvid.com/watch/wLMCgX8vTo4,
http://www.playvid.com/watch/iC0n-Ela8kh, http://www.playvid.com/watch/BxufKzvFRqb, http://www.playvid.com/watch/3iJcjRlfHwP,
http://www.playvid.com/watch/Gjs5bKKAKAs, http://www.playvid.com/watch/-SiyNFZMbQF, http://www.playvid.com/watch/9Tcb4iTOClL,
http://www.playvid.com/watch/xquxY9Y5yQN, http://www.playvid.com/watch/ODG0co9AghN, http://www.playvid.com/watch/s7Dax9BnjmI,
http://www.playvid.com/watch/CgYKYz9NAGG, http://www.playvid.com/watch/rJcJR2n6Pe3, http://www.playvid.com/watch/F64bJNK8yl0,
http://www.playvid.com/watch/eKYcZvvUmrB, http://www.playvid.com/watch/Rop9Jtac4kt, http://www.playvid.com/watch/p9i9tEyF3qm,
http://www.playvid.com/watch/xqWEC2oIDUJ, http://www.playvid.com/watch/5IiuuFfoauJ, http://www.playvid.com/watch/2Qm-aJjHpmp,
http://www.playvid.com/watch/M0uvJEK6mdL, http://www.playvid.com/watch/37725pHosmp, http://www.playvid.com/watch/3esy66NTckM,
http://www.playvid.com/watch/8u3iNnBwrlP, http://www.playvid.com/watch/DJ7AZY6Tqzb, http://www.playvid.com/watch/80gpHT5r7ZC,
http://www.playvid.com/watch/Jk7TQl9VS8N, http://www.playvid.com/watch/L9hFWl3i9kM, http://www.playvid.com/watch/8c6amZQ20Sy,
http://www.playvid.com/watch/jsnObrvwQux, http://www.playvid.com/watch/98gVjVrTGOC, http://www.playvid.com/watch/khE8Y02zY2w,
http://www.playvid.com/watch/TSHKuwVBnxH, http://www.playvid.com/watch/A6FBdnqJyN6, http://www.playvid.com/watch/K6LjRGn5fVX,
http://www.playvid.com/watch/cJOXdMcdN8T, http://www.playvid.com/watch/j0DaRe2GDWp, http://www.playvid.com/watch/4flfaL6ow0p,
http://www.playvid.com/watch/-y9XN-vXwYW, http://www.playvid.com/watch/ZpStfPHS5U4, http://www.playvid.com/watch/ymnMDBGJvSb,
http://www.playvid.com/watch/kMo-MWufRU6, http://www.playvid.com/watch/g0EtdAz7bBN, http://www.playvid.com/watch/TYK4ThFhHgK,
http://www.playvid.com/watch/Q0xMqVGQWtg, http://www.playvid.com/watch/ah8Q98Vaa7w, http://www.playvid.com/watch/VHvBfQL88rZ,
http://www.playvid.com/watch/BY5F0VekZ2h, http://www.playvid.com/watch/hQEQ3-8lhjD, http://www.playvid.com/watch/Yr5en7vsT4M,
http://www.playvid.com/watch/RckvywhI3ll, http://www.playvid.com/watch/CLFOBcpLQOr, http://www.playvid.com/watch/KZN29s-QYKf,
http://www.playvid.com/watch/jo6olRbMOZu, http://www.playvid.com/watch/3KQzBS7M565, http://www.playvid.com/watch/bti0bgA3vvr,
http://www.playvid.com/watch/jFmLkLwPCcd, http://www.playvid.com/watch/kZFHvgS3nIN, http://www.playvid.com/watch/Kvv0FhDygi0,
http://www.playvid.com/watch/l0EdIJkz9Yf, http://www.playvid.com/watch/XLmpxK8FZmk, http://www.playvid.com/watch/6szzn4abf9R,
http://www.playvid.com/watch/zWlZFF5eQFk, http://www.playvid.com/watch/tzNcntN7Iuy, http://www.playvid.com/watch/45QvlAe6DZp,
http://www.playvid.com/watch/Sozr9Emes9e, http://www.playvid.com/watch/vbVodIkuBaD, http://www.playvid.com/watch/MlZbfvlJTzw,
http://www.playvid.com/watch/rAORURkaiVc, http://www.playvid.com/watch/rv62TPVakjD, http://www.playvid.com/watch/UUIRjfY4zBt,
http://www.playvid.com/watch/lTJxnCmyNDi, http://www.playvid.com/watch/QdXeyZ7Npfd, http://www.playvid.com/watch/ECFyBioWppn,
http://www.playvid.com/watch/943mx9QnW5r, http://www.playvid.com/watch/UYt4Vx4u0Lx, http://www.playvid.com/watch/jL4JkTOjaM5,
http://www.playvid.com/watch/BrSgOBiD-dW, http://www.playvid.com/watch/rc9LldmtngP, http://www.playvid.com/watch/ggDGf3BMmeL,
http://www.playvid.com/watch/IwQHVnR5udg, http://www.playvid.com/watch/ujVM94cji8x, http://www.playvid.com/watch/An02p5xJC4o,
http://www.playvid.com/watch/GmTttuuXeo7, http://www.playvid.com/watch/5raqwp4t3pH, http://www.playvid.com/watch/JuMJwFYkfZS,
http://www.playvid.com/watch/DmGPYygPpql, http://www.playvid.com/watch/Iupu0c5UGLN, http://www.playvid.com/watch/ct5ZOnRjrph,
http://www.playvid.com/watch/IZV0Un2ei8K, http://www.playvid.com/watch/Tk-24aR3Yw9, http://www.playvid.com/watch/gn6WOyEiuzQ,
http://www.playvid.com/watch/ZOHmzR9A-j6, http://www.playvid.com/watch/zTuEUqurNFs, http://www.playvid.com/watch/rLXdEaGP8gN,
http://www.playvid.com/watch/7Q97vAwqMma, http://www.playvid.com/watch/sIy5ijbkYXv, http://www.playvid.com/watch/qcptI0WKYvC,
http://www.playvid.com/watch/jRpHU-wGvUT, http://www.playvid.com/watch/9k4LRc0Ibks, http://www.playvid.com/watch/87XZRPmV6QJ,
http://www.playvid.com/watch/K0m0WxXBmOf, http://www.playvid.com/watch/LBEg2hkGOMw, http://www.playvid.com/watch/48yS3ajIG2E,
http://www.playvid.com/watch/LEdSIjKWXUb, http://www.playvid.com/watch/Rjcl3C9Fv3R, http://www.playvid.com/watch/LINXYCQkUVn,
http://www.playvid.com/watch/qYDK8tojYOv, http://www.playvid.com/watch/ogEXflpPYIR, http://www.playvid.com/watch/HqfSwUHLtPs,
http://www.playvid.com/watch/lPrMG6fefpi, http://www.playvid.com/watch/LoJsF7GfvJr, http://www.playvid.com/watch/6Nbrmwu9R-f,
http://www.playvid.com/watch/KRmD54jS2Ox, http://www.playvid.com/watch/q4lIwSL0rnJ, http://www.playvid.com/watch/q6A-N8lboA9,
http://www.playvid.com/watch/Y0AGmgpbMRR, http://www.playvid.com/watch/d4HJCu7giuq, http://www.playvid.com/watch/BdEaWqlB5uv,
http://www.playvid.com/watch/CBf-sfEhlUK, http://www.playvid.com/watch/h8-thxfCjFQ, http://www.playvid.com/watch/RsA9nVnyPj6,
http://www.playvid.com/watch/JF2H4auwdRp, http://www.playvid.com/watch/-TnlRhJP6-3, http://www.playvid.com/watch/3CmwWRXHktc,
http://www.playvid.com/watch/knn8f34pCSv, http://www.playvid.com/watch/Nc8oawjtnjk, http://www.playvid.com/watch/5MwLJLu6Xk5,
http://www.playvid.com/watch/G09E3edFpyU, http://www.playvid.com/watch/JubvtcoHTvi, http://www.playvid.com/watch/wy77AITmnSr,
http://www.playvid.com/watch/4ImOTBEr3bW, http://www.playvid.com/watch/Ti7GkzX-2p6, http://www.playvid.com/watch/eyil5bUSpGb,
http://www.playvid.com/watch/O9BoJb-ViEi, http://www.playvid.com/watch/Qogw28T0Stq, http://www.playvid.com/watch/e4uoIFW8rXs,
http://www.playvid.com/watch/xQZcZWw0He8, http://www.playvid.com/watch/WDRJ5HXVopK, http://www.playvid.com/watch/zUiGnPSuMPG,
http://www.playvid.com/watch/EbSK-nYYdFH, http://www.playvid.com/watch/Kf8d34Hnxyh, http://www.playvid.com/watch/2-lGG9qmTSd,
http://www.playvid.com/watch/CWvw2pOwxf7, http://www.playvid.com/watch/YffKiPjgOQP, http://www.playvid.com/watch/qa4uXgM4wNv,
http://www.playvid.com/watch/7SQ7mLac89z, http://www.playvid.com/watch/wnTtyOFN6TH, http://www.playvid.com/watch/0usLKGhUwyg,
http://www.playvid.com/watch/-Q4mmAQwmGc, http://www.playvid.com/watch/vGGWYeAsC5n, http://www.playvid.com/watch/WZaD3EcLfpD,
http://www.playvid.com/watch/DnStHfi6zw7, http://www.playvid.com/watch/Wt5tYpAOgoB, http://www.playvid.com/watch/pTjqJRYhewg,
http://www.playvid.com/watch/tfRaJL-JHi6, http://www.playvid.com/watch/z0cqoW-KkLW, http://www.playvid.com/watch/Ky--ZjNTAFB,
http://www.playvid.com/watch/oI7u4vWmSxU, http://www.playvid.com/watch/K7EwTkhWdEd, http://www.playvid.com/watch/N62fK739RV7,
http://www.playvid.com/watch/BraEHRhslnF, http://www.playvid.com/watch/xYbqpCoj0GO, http://www.playvid.com/watch/gGYIrZbjmSf,
http://www.playvid.com/watch/g4DZVKh4UON, http://www.playvid.com/watch/XYyIUCj6Fm-, http://www.playvid.com/watch/EUPQXKdhI5w,
http://www.playvid.com/watch/wdRbaeBzZC7, http://www.playvid.com/watch/kYnPasd2S9L, http://www.playvid.com/watch/bppJdFAM8f8,
http://www.playvid.com/watch/sZR0faa7-za, http://www.playvid.com/watch/vW5ZU9sV2jv, http://www.playvid.com/watch/lLD7FirNud7,
http://www.playvid.com/watch/qllvjREEKp0, http://www.playvid.com/watch/Z74HVP09xJe, http://www.playvid.com/watch/UyzKjcQYvVt,
http://www.playvid.com/watch/4jcPitVt876, http://www.playvid.com/watch/UV4oiL62qI-, http://www.playvid.com/watch/ATtpxe7NpTa,
http://www.playvid.com/watch/sT4yVRCwsmv, http://www.playvid.com/watch/gDE8FNoHnXX, http://www.playvid.com/watch/vF6k4jMJqGP,
http://www.playvid.com/watch/B5q85UuYWX8, http://www.playvid.com/watch/-ImsH4oySkR, http://www.playvid.com/watch/uLVUDlpTSZ9,
http://www.playvid.com/watch/vStXJIBrVDh, http://www.playvid.com/watch/8ocNcbyBbLK, http://www.playvid.com/watch/oyfhIdNubWR,
http://www.playvid.com/watch/BS8fRZNYS4O, http://www.playvid.com/watch/QVpb56b9mO3, http://www.playvid.com/watch/g9tkU6IDDLQ,
http://www.playvid.com/watch/4NkLiBzOYXJ, http://www.playvid.com/watch/oUh9TWTVZVz, http://www.playvid.com/watch/Yp8G-R-IWsF,
http://www.playvid.com/watch/8o6h7aOUtSE, http://www.playvid.com/watch/9ZLfbGQq6eC, http://www.playvid.com/watch/gfL8KYnFjEo,
http://www.playvid.com/watch/NsyqTdvyvRr, http://www.playvid.com/watch/NZZ4k5tyHdj, http://www.playvid.com/watch/YD6rL5Btr7i,
http://www.playvid.com/watch/cRKR6DvtmYt, http://www.playvid.com/watch/-bACLwe3h8m, http://www.playvid.com/watch/9iv5pMXYdda,
http://www.playvid.com/watch/UAgpO5hcKuk, http://www.playvid.com/watch/OpNyv3bkwPi, http://www.playvid.com/watch/s36SwbWFlwH,
http://www.playvid.com/watch/wf0v3knEWYF, http://www.playvid.com/watch/IX3xTB7qoUp, http://www.playvid.com/watch/FtXxVFbmtEK,
http://www.playvid.com/watch/lL6fkKLF400, http://www.playvid.com/watch/posEeraxU56, http://www.playvid.com/watch/2pqxnCJeXZA,
http://www.playvid.com/watch/2Us3bUVLray, http://www.playvid.com/watch/vKCkga6hsp9, http://www.playvid.com/watch/-X-BOL8P9Cs,
http://www.playvid.com/watch/hScjZGfEoqs, http://www.playvid.com/watch/w668cY2ki7y, http://www.playvid.com/watch/ljwJ-0BBiSj,
http://www.playvid.com/watch/RyFeLekm-M6, http://www.playvid.com/watch/WRRGgHCasOK, http://www.playvid.com/watch/dge29p6SJfE,
http://www.playvid.com/watch/-4YDFnz287V, http://www.playvid.com/watch/4WBTZa8kZpY, http://www.playvid.com/watch/Rrp3c9LYbrU,
http://www.playvid.com/watch/-bWwRhD7VK6, http://www.playvid.com/watch/le9ZTT8hZe6, http://www.playvid.com/watch/ko0DxYB0nKD,
http://www.playvid.com/watch/Jcxb9Zdj9zB, http://www.playvid.com/watch/qCuvuXkrvAu, http://www.playvid.com/watch/oKmYsXekWJL,
http://www.playvid.com/watch/ZmqugfGI-y7, http://www.playvid.com/watch/FBz5q9Ysxek, http://www.playvid.com/watch/0ziXZwlaWSv,
http://www.playvid.com/watch/K6XNDNzMeUm, http://www.playvid.com/watch/xg7eXsWugH3, http://www.playvid.com/watch/xJMqBmMjacR,
http://www.playvid.com/watch/KvPUDKWPEdt, http://www.playvid.com/watch/gy7tqSmTGfN, http://www.playvid.com/watch/HMRZwScAWq5,
http://www.playvid.com/watch/zsvS57cyxrL, http://www.playvid.com/watch/xo7PXW3PONV, http://www.playvid.com/watch/iSaWcBwxHEF,
http://www.playvid.com/watch/jdQIkvP0iFS, http://www.playvid.com/watch/NOybJwCp6hD, http://www.playvid.com/watch/NKyqF2e7vxX,
http://www.playvid.com/watch/AgnRuoX0qp0, http://www.playvid.com/watch/GQSXwJWvLmK, http://www.playvid.com/watch/A3hiHPxnWfo,
http://www.playvid.com/watch/EpWfgoVss6y, http://www.playvid.com/watch/mQxArhXbxd9, http://www.playvid.com/watch/UonoL3Vtt7R,
http://www.playvid.com/watch/uXd9XAUWDwL, http://www.playvid.com/watch/WcEw70lAc2Y, http://www.playvid.com/watch/ZRDTOVyQd6F,
http://www.playvid.com/watch/aBYeWOYypyg, http://www.playvid.com/watch/MRy8fMUrHRe, http://www.playvid.com/watch/q9L4WR-CiJM,
http://www.playvid.com/watch/XOCBRBPXdRF, http://www.playvid.com/watch/VhrerBQk7kj, http://www.playvid.com/watch/YvbR5WWQ2Pv,
http://www.playvid.com/watch/SpcAaBnWTLD, http://www.playvid.com/watch/wOsxlO3TxlW, http://www.playvid.com/watch/jQ82Nfybb3X,
http://www.playvid.com/watch/FajgA2Qp9Ai, http://www.playvid.com/watch/wmoChWXGYDu, http://www.playvid.com/watch/nYMdpB3cjoo,
http://www.playvid.com/watch/SGjxAY-KCW7, http://www.playvid.com/watch/-qzPaHGwgoJ, http://www.playvid.com/watch/iy4zj2CnQb8,
http://www.playvid.com/watch/NUx3prcictR, http://www.playvid.com/watch/-CGtWRIghi0, http://www.playvid.com/watch/6jvOaINffaI,
http://www.playvid.com/watch/578M7YXB8Hp, http://www.playvid.com/watch/y6gL5P8-8dz, http://www.playvid.com/watch/edbinLlcvzo,
http://www.playvid.com/watch/3n2Od9YMFfR, http://www.playvid.com/watch/iBRSABzMvP0, http://www.playvid.com/watch/dJyA58zXWk5,
http://www.playvid.com/watch/T7NOHneflvN, http://www.playvid.com/watch/D7CgnrgPqWl, http://www.playvid.com/watch/9zFg99AiQ6V,
http://www.playvid.com/watch/KVR4f3zQqJ4, http://www.playvid.com/watch/ajyf7YvafAn, http://www.playvid.com/watch/Ji6DOjrajGT,

http://www.playvid.com/watch/8QNMINfahbN, http://www.playvid.com/watch/BIKCeOBWZ7Y, http://www.playvid.com/watch/Dbq-bo7TSUu,
http://www.playvid.com/watch/YjoR7dKc9ni, http://www.playvid.com/watch/BKsol0CoX2w, http://www.playvid.com/watch/O5QTkV9yvQ8,
http://www.playvid.com/watch/dGe5J3bVHxd, http://www.playvid.com/watch/jY3icHESfti, http://www.playvid.com/watch/Co8Mmdsa7QE,
http://www.playvid.com/watch/aI0MsIRo6d9, http://www.playvid.com/watch/N8rzi9B34PJ, http://www.playvid.com/watch/3OXjKGkcWbr,
http://www.playvid.com/watch/Sxat8GEuMT5, http://www.playvid.com/watch/LTukFbjyNrB, http://www.playvid.com/watch/FKmQBZV4hmz,
http://www.playvid.com/watch/O6f4qeKPu8M, http://www.playvid.com/watch/s4Z7QEA2VFm, http://www.playvid.com/watch/JK5qIhapnja,
http://www.playvid.com/watch/xwkMKtBSobR, http://www.playvid.com/watch/6SNcxhG44Fm, http://www.playvid.com/watch/o6AP0PRjiqN,
http://www.playvid.com/watch/lYxvUYl5t8X, http://www.playvid.com/watch/frJOy-xjKRS, http://www.playvid.com/watch/GYfJUFuKnPM,
http://www.playvid.com/watch/6YogJT62Tf2, http://www.playvid.com/watch/5q9ZoOhtMT3, http://www.playvid.com/watch/PlmG2MRNrIJ,
http://www.playvid.com/watch/agUJticWZ6v, http://www.playvid.com/watch/CB4C8r8hc75, http://www.playvid.com/watch/O0-onPu5VPj,
http://www.playvid.com/watch/2I4uvXiLZH4, http://www.playvid.com/watch/LRA4SuexTBc, http://www.playvid.com/watch/svXq8prSFsP,
http://www.playvid.com/watch/eJvtCe2z8sd, http://www.playvid.com/watch/3gZssk9KE2K, http://www.playvid.com/watch/nz7-iub8tP7,
http://www.playvid.com/watch/z6VFa2CjdiS, http://www.playvid.com/watch/3iS0rqXAyla, http://www.playvid.com/watch/2SGmbAXQ0-B,
http://www.playvid.com/watch/0gjSkR7f39Q, http://www.playvid.com/watch/UNeoet6ZYcF, http://www.playvid.com/watch/2uv2dark05e,
http://www.playvid.com/watch/XVUDe4XekIZ, http://www.playvid.com/watch/j6dJ6QjcvhL, http://www.playvid.com/watch/ewKTS5MkczG,
http://www.playvid.com/watch/9f8tenW2Ilf, http://www.playvid.com/watch/jL7Q8UdfvIV, http://www.playvid.com/watch/sEWSbHQgKXp,
http://www.playvid.com/watch/y7OQxRHkMk0, http://www.playvid.com/watch/lUjipJIc6HD, http://www.playvid.com/watch/0TVr7ddmbgx,
http://www.playvid.com/watch/uKMGfkqXsUq, http://www.playvid.com/watch/E9CO7dXzP9h, http://www.playvid.com/watch/L9Z3l4CEGkn,
http://www.playvid.com/watch/zrfskNCi-HE, http://www.playvid.com/watch/dB3I6HRpSUs, http://www.playvid.com/watch/VKVkzTUWMG8,
http://www.playvid.com/watch/k3z36p8IMev, http://www.playvid.com/watch/yK-MgTPfmfG, http://www.playvid.com/watch/2W5feGd0rDZ,
http://www.playvid.com/watch/3plAEe2ymVD, http://www.playvid.com/watch/7Vn4AXA2Dq6, http://www.playvid.com/watch/GJt6RSKFYM0,
http://www.playvid.com/watch/5Nh24myvHnY, http://www.playvid.com/watch/PM5ogZ4uBGl, http://www.playvid.com/watch/ZAGqUVTZDjh,
http://www.playvid.com/watch/9VvmmV4SZC0, http://www.playvid.com/watch/WsJpY7TguuB, http://www.playvid.com/watch/iJDNUSSiy-s,
http://www.playvid.com/watch/WJNPmj0tfdl, http://www.playvid.com/watch/kFWJmmVyfsp, http://www.playvid.com/watch/OCbaw-wm3-k,
http://www.playvid.com/watch/D-RoFCntF3H, http://www.playvid.com/watch/StZZHQwnHgY, http://www.playvid.com/watch/MI0nhnkI5mu,
http://www.playvid.com/watch/5SDn3E-npFy, http://www.playvid.com/watch/IZW9iMCwD3k, http://www.playvid.com/watch/TXLkntEL3hq,
http://www.playvid.com/watch/OrF0ddzU9Ki, http://www.playvid.com/watch/AELo5jG9ziv, http://www.playvid.com/watch/plnJSMJo0QE,
http://www.playvid.com/watch/YLIpI4FCS-y, http://www.playvid.com/watch/YVpEfA9CmLA, http://www.playvid.com/watch/fS2xzxQ3Znx,
http://www.playvid.com/watch/8eKzPqbRn-g, http://www.playvid.com/watch/ds7b4YdbGDN, http://www.playvid.com/watch/GaOsIs6RJkP,
http://www.playvid.com/watch/QX8QvDD9x0I, http://www.playvid.com/watch/UcF6pDergj3, http://www.playvid.com/watch/i3OgI08Y54f,
http://www.playvid.com/watch/2QbC-lOKp3L, http://www.playvid.com/watch/tQYxxNVDXIc, http://www.playvid.com/watch/Lz2PGDF4OvN,
http://www.playvid.com/watch/e35X7BIhtZy, http://www.playvid.com/watch/c895VZ4khFh, http://www.playvid.com/watch/S9QfI5CTiaR,
http://www.playvid.com/watch/D3vfv87L2wn, http://www.playvid.com/watch/ZeezwQshh3Q
5.f. Date of third notice: 2013-11-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jjoovvaann
5.b. Uploader's email address: jovanjovanovic23@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jjoovvaann
5.e. List of videos posted by uploader: http://www.playvid.com/watch/s89YSvdagyb, http://www.playvid.com/watch/ewIZDPEjWEi,
http://www.playvid.com/watch/sbQokPKVvso, http://www.playvid.com/watch/jDCTuez4bIh, http://www.playvid.com/watch/vivdgKzrCpL,
http://www.playvid.com/watch/akvPNS0PC4x, http://www.playvid.com/watch/qA8AWwDjsUg, http://www.playvid.com/watch/--oFYA8wUPj,
http://www.playvid.com/watch/ntlFl76ZDjo, http://www.playvid.com/watch/Jyh57zCmu5O, http://www.playvid.com/watch/VJJdRp6Rpdg,
http://www.playvid.com/watch/OJFNrnmIqEk, http://www.playvid.com/watch/ZM593kEvuis, http://www.playvid.com/watch/KQfowec99uK,
http://www.playvid.com/watch/tD6m6sgogbe, http://www.playvid.com/watch/Hbdw9hrjYdU, http://www.playvid.com/watch/IilbsYfMqr2,
http://www.playvid.com/watch/MEtKX0gMobk, http://www.playvid.com/watch/73EWT8yZEAB, http://www.playvid.com/watch/KWD5hku4tdr,
http://www.playvid.com/watch/7S0JhqKrOxL, http://www.playvid.com/watch/WSlDyqdCqyQ, http://www.playvid.com/watch/5AgxXRp7Zcx,
http://www.playvid.com/watch/khzRhYRfQPQ, http://www.playvid.com/watch/fPhRw2lSS6F, http://www.playvid.com/watch/WgJYDzV03qX,
http://www.playvid.com/watch/2a47WoBnk3r, http://www.playvid.com/watch/B4Vove2GtSo, http://www.playvid.com/watch/QUO92xKxM6d,
http://www.playvid.com/watch/4y0neZkSv3P, http://www.playvid.com/watch/wmz9oWyLgqI, http://www.playvid.com/watch/Qjt8TxlPBoV,
http://www.playvid.com/watch/iKr5mN0du5I, http://www.playvid.com/watch/HcwAHVZXZ5U, http://www.playvid.com/watch/V5PtaiLhhIk,
http://www.playvid.com/watch/6PdDHYYygBW, http://www.playvid.com/watch/Y3XG7owzAzA, http://www.playvid.com/watch/A-wpkoQZlmW,
http://www.playvid.com/watch/PrrE3rFSaJk, http://www.playvid.com/watch/WLToC-TsdcR, http://www.playvid.com/watch/EeAxdrlcy2b,
http://www.playvid.com/watch/-0-teAjY9mG, http://www.playvid.com/watch/FFlhaUgzYaM, http://www.playvid.com/watch/FcaqSqhQrfE,
http://www.playvid.com/watch/bI5hXzRVb3v, http://www.playvid.com/watch/VKillPjf6mV, http://www.playvid.com/watch/v3gOOYTZHSJ,
http://www.playvid.com/watch/YPaBCcA76Rn, http://www.playvid.com/watch/UbyMTtJROuz, http://www.playvid.com/watch/68OrsFSJIJG,
http://www.playvid.com/watch/8a4kWJMuWXf, http://www.playvid.com/watch/OEYUihEDAbt, http://www.playvid.com/watch/ncobj5siht3,
http://www.playvid.com/watch/U8BY8f4cJLy, http://www.playvid.com/watch/xS9TUn07lFJ, http://www.playvid.com/watch/PIkazFnWNoH,
http://www.playvid.com/watch/2jpZhOlE07-, http://www.playvid.com/watch/pNtd3TNCQNr, http://www.playvid.com/watch/ZrbZITrOUkU,
http://www.playvid.com/watch/OMB6jnWuG8M, http://www.playvid.com/watch/JucUOtZbw7i, http://www.playvid.com/watch/HMlcoGmzX3n,
http://www.playvid.com/watch/7EAHc2OZQ-l, http://www.playvid.com/watch/sSYUdXy3XJ4, http://www.playvid.com/watch/HHNIqbAfiFQ,
http://www.playvid.com/watch/uUrg4HoxYRA
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jmnr534
5.b. Uploader's email address: jmnr534@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jmnr534
5.e. List of videos posted by uploader: http://www.playvid.com/watch/D3JWD7PlaQB, http://www.playvid.com/watch/aevLy2ozUKE,
http://www.playvid.com/watch/CGOhns7szaT, http://www.playvid.com/watch/ogpaTryfjWl, http://www.playvid.com/watch/2CsYu0CzBkv,
http://www.playvid.com/watch/aOM59VdfvxD, http://www.playvid.com/watch/eLvq3WE4OTJ, http://www.playvid.com/watch/JqjNhS4OGEZ,
http://www.playvid.com/watch/bLvqnADUAHF, http://www.playvid.com/watch/YOCyZKIhbSI, http://www.playvid.com/watch/Mc4ar2Fqah3,
http://www.playvid.com/watch/8ySmEMTdKM-, http://www.playvid.com/watch/O7NpiLZ2rK7, http://www.playvid.com/watch/XesNqTNDt63,
http://www.playvid.com/watch/yaK5HV2LUcy, http://www.playvid.com/watch/EHasFUyZA0d, http://www.playvid.com/watch/Cqn5tZTXDpc,
http://www.playvid.com/watch/4rtkMvmVbQ6, http://www.playvid.com/watch/hYanowu8jkb, http://www.playvid.com/watch/Ko6xAQhS7vd,
http://www.playvid.com/watch/6GhA0PxmsHG, http://www.playvid.com/watch/Cj8uXK5Abzk, http://www.playvid.com/watch/YUOZofGCkkT,
http://www.playvid.com/watch/2yk5P2RhK3G, http://www.playvid.com/watch/NoAEFQnOgXA, http://www.playvid.com/watch/TAtD8pdPzpK,
http://www.playvid.com/watch/yvCtjKnisRE, http://www.playvid.com/watch/6XXfHxEqx7Q, http://www.playvid.com/watch/cHpZC-Q5hfX,
http://www.playvid.com/watch/b3CSsrmdTiW
5.f. Date of third notice: 2014-02-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: joe s
5.b. Uploader's email address: joesignorino18@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/joe+s
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JGXbGuLGNqD, http://www.playvid.com/watch/iS-GhqxG75H,
http://www.playvid.com/watch/vqtcO6FYTGu, http://www.playvid.com/watch/BtZ7rJJCL8H, http://www.playvid.com/watch/7q4N9Tek2i7,
http://www.playvid.com/watch/8If9RIWTaiN, http://www.playvid.com/watch/kapZnQYep7X, http://www.playvid.com/watch/xieBn4MB2BI,
http://www.playvid.com/watch/QtTrXon9deO, http://www.playvid.com/watch/NzfIa5ZIVJw, http://www.playvid.com/watch/kVTG3GDvoQt,
http://www.playvid.com/watch/FnSsdgvLrn0, http://www.playvid.com/watch/sWvPCVCCskS, http://www.playvid.com/watch/c6tAK88Vnns,
http://www.playvid.com/watch/AY3S2afg4b5, http://www.playvid.com/watch/UdXiJxRItpF, http://www.playvid.com/watch/rTlF6839dEt,
http://www.playvid.com/watch/3xqxyRfBDHO, http://www.playvid.com/watch/SFsnJz7kwJO, http://www.playvid.com/watch/rsnZPNrwxG5,
http://www.playvid.com/watch/FDwKkuzizNO, http://www.playvid.com/watch/rvET6Fbi9O8, http://www.playvid.com/watch/oquO6U7G8gP,
http://www.playvid.com/watch/tBglalQ8aTB, http://www.playvid.com/watch/oom6BxV6RZK, http://www.playvid.com/watch/Rv2OFb3pPyl,
http://www.playvid.com/watch/qVNzTjqG0Qw, http://www.playvid.com/watch/XTjrQsx4bDb, http://www.playvid.com/watch/nBO8DCHc5UL,
http://www.playvid.com/watch/4gTKj6yIJZT, http://www.playvid.com/watch/vuE8vNY3Hh9, http://www.playvid.com/watch/6bjc9v8VhXF,

http://www.playvid.com/watch/YlSPL8mNwhu, http://www.playvid.com/watch/7hz-rEQHHY7, http://www.playvid.com/watch/8yWEcc0yKJs, http://www.playvid.com/watch/Hx4MEiThtn7, http://www.playvid.com/watch/lUPEuqlS5Wx, http://www.playvid.com/watch/M8cU2Cogbz2, http://www.playvid.com/watch/mNOs3mKOIrH, http://www.playvid.com/watch/ng8dnzBV92b, http://www.playvid.com/watch/Gnd4-9uNKX8, http://www.playvid.com/watch/KyFBxMCyX8P, http://www.playvid.com/watch/NULgshvPpSs, http://www.playvid.com/watch/lliUewufYLk, http://www.playvid.com/watch/MvhwgXFoacJ, http://www.playvid.com/watch/2FmRq4ixzZU, http://www.playvid.com/watch/plfZsXdsVmj, http://www.playvid.com/watch/EFh7hiT4E5t, http://www.playvid.com/watch/qUyGgw0f7T3, http://www.playvid.com/watch/pdxxkIMhHcL, http://www.playvid.com/watch/phZX5ALuoYT, http://www.playvid.com/watch/LvFRAOxiUSZ, http://www.playvid.com/watch/A7y4pmbUzJm, http://www.playvid.com/watch/PlthUtXv0S0, http://www.playvid.com/watch/ieuEKNiGKWM, http://www.playvid.com/watch/fQP3alfdzl7, http://www.playvid.com/watch/BjT9DpCiVDw, http://www.playvid.com/watch/AbTtgaYjeXD, http://www.playvid.com/watch/zKyguJQIZMU, http://www.playvid.com/watch/NHJA8zLG8gp, http://www.playvid.com/watch/WsZA9-fBOQn, http://www.playvid.com/watch/I6hWo46HWgs, http://www.playvid.com/watch/AEopS5RU0ok, http://www.playvid.com/watch/09GfBP0FlJG, http://www.playvid.com/watch/vyynryqnq3s, http://www.playvid.com/watch/aZQrXd3RIWN, http://www.playvid.com/watch/ICeoahRPKBr, http://www.playvid.com/watch/LJWTFpemzU2, http://www.playvid.com/watch/LAvFBOwbg55, http://www.playvid.com/watch/x9FFoSl8WGf, http://www.playvid.com/watch/SbB-PD6Vkiu, http://www.playvid.com/watch/mncMKKvD-97, http://www.playvid.com/watch/2vEd9ky7oVS, http://www.playvid.com/watch/eqHJD2sVFrv, http://www.playvid.com/watch/mEbk42BW5Qq, http://www.playvid.com/watch/gZOAJWnF9UG, http://www.playvid.com/watch/UTTZIWIBTdI, http://www.playvid.com/watch/QKARyhBbx5k, http://www.playvid.com/watch/9xEmnHrq0IV, http://www.playvid.com/watch/bUZa2fgZMS8, http://www.playvid.com/watch/Env0BHiAoRJ, http://www.playvid.com/watch/0eq27Q9cO3E, http://www.playvid.com/watch/yTURT8xKjVy, http://www.playvid.com/watch/oOFEp4DZmfR, http://www.playvid.com/watch/qyEJsrwnLAP, http://www.playvid.com/watch/uMWcK3oh4tQ, http://www.playvid.com/watch/TmswZPZICsR, http://www.playvid.com/watch/tejPtWkqHHM, http://www.playvid.com/watch/rpw8siSpehA, http://www.playvid.com/watch/87Ra2ONgPsW, http://www.playvid.com/watch/WNsPAcu9Fgg, http://www.playvid.com/watch/-wizZ3cGCZr, http://www.playvid.com/watch/yJrbdVjgcP4, http://www.playvid.com/watch/mW5gYa346yr, http://www.playvid.com/watch/DoaegW00f6Q, http://www.playvid.com/watch/CqXIkwqmsfJ, http://www.playvid.com/watch/PCvx9yUgNJN, http://www.playvid.com/watch/VU5HIfYh4W3, http://www.playvid.com/watch/JvdAh55QfV4, http://www.playvid.com/watch/r6-WPVkjC3m, http://www.playvid.com/watch/B6Oq5kkpZXV, http://www.playvid.com/watch/Y7ucYkpwL3n, http://www.playvid.com/watch/YjfMNP-4QEL, http://www.playvid.com/watch/RmSFPTlTcTh, http://www.playvid.com/watch/M4eNUW6EHk0, http://www.playvid.com/watch/qDdLiUcFqvW, http://www.playvid.com/watch/K3qTJT2it6j, http://www.playvid.com/watch/4d-v7GpbyiJ, http://www.playvid.com/watch/IQKmN9gyFRj, http://www.playvid.com/watch/JcCWvZ7KMA7, http://www.playvid.com/watch/2c3jUg-MhJq, http://www.playvid.com/watch/uaLtTOstZPP, http://www.playvid.com/watch/XRhdYKHfbL3, http://www.playvid.com/watch/UlpgoSb-VXn, http://www.playvid.com/watch/M766ZoR4PXi, http://www.playvid.com/watch/wQLDSuoj4Mx, http://www.playvid.com/watch/SlbqBrtPvwg, http://www.playvid.com/watch/qKL2N34iz-f, http://www.playvid.com/watch/tRV2VABV4lZ, http://www.playvid.com/watch/yMlKRYAz62P
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: joebobh
5.b. Uploader's email address: s.mathewberry@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/joebobh
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Oq3WgRn1QB5, http://www.playvid.com/watch/R5QXEqNP0wm, http://www.playvid.com/watch/vp-gV80oxp0, http://www.playvid.com/watch/kIu3oDoHfgt, http://www.playvid.com/watch/TOW0a7vmHGB, http://www.playvid.com/watch/m5vScYi3o-C, http://www.playvid.com/watch/Ax1BFkRnUQO, http://www.playvid.com/watch/lMK15xJ_zHN, http://www.playvid.com/watch/IWPaH2RoIs4, http://www.playvid.com/watch/uxe_d2eBWfj, http://www.playvid.com/watch/7qns5Un6xnd, http://www.playvid.com/watch/tv2RyAVxtyL, http://www.playvid.com/watch/5G_m7WFzFvS, http://www.playvid.com/watch/XwXC3D8gYpg, http://www.playvid.com/watch/agps1f57r-I, http://www.playvid.com/watch/6xVsaMvobTS, http://www.playvid.com/watch/l2WebtAA6dm, http://www.playvid.com/watch/fg3L1kHGaqk, http://www.playvid.com/watch/YA5UK2foXFZ, http://www.playvid.com/watch/VhYuisRyrXC, http://www.playvid.com/watch/FQ6R-tAGcQM, http://www.playvid.com/watch/jm_PvUG12Dz, http://www.playvid.com/watch/nUMQSeRLJi2, http://www.playvid.com/watch/NFqJq912Wev, http://www.playvid.com/watch/OxRCLn7cbpZ, http://www.playvid.com/watch/tuqhr53S8vr, http://www.playvid.com/watch/XZACLAApBah, http://www.playvid.com/watch/VSc6sEMlpQZ, http://www.playvid.com/watch/H9QvGEPuB6F, http://www.playvid.com/watch/YDbBvJq31W3, http://www.playvid.com/watch/44gpOt2APDJ, http://www.playvid.com/watch/ewyAxTlfA-p, http://www.playvid.com/watch/wGgYD1a70Sa, http://www.playvid.com/watch/vCTlxIfsneH, http://www.playvid.com/watch/T5_oJ7df98Z, http://www.playvid.com/watch/Dez1VdUqUMm, http://www.playvid.com/watch/EFcgR-tHtv5, http://www.playvid.com/watch/OmbvI89gKQD, http://www.playvid.com/watch/jr5I9fFAQTs, http://www.playvid.com/watch/QWeNnfE8LYQ, http://www.playvid.com/watch/7Ofz1TTeMll, http://www.playvid.com/watch/qiDHHi17TID, http://www.playvid.com/watch/3hyFxpvcr4P, http://www.playvid.com/watch/vy4qOCS_T4V, http://www.playvid.com/watch/02gPatqdfLL
5.f. Date of third notice: 2015-06-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: joeystarr
5.b. Uploader's email address: joeystarr@mailinator.com
5.d. Uploader's profile: http://www.playvid.com/member/joeystarr
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ScuMJZV7QlD, http://www.playvid.com/watch/fGwLZUMKWr3, http://www.playvid.com/watch/CV7yqAQThL8, http://www.playvid.com/watch/7qswYkcZB4y, http://www.playvid.com/watch/59PC36swDHN, http://www.playvid.com/watch/hERJQobpcYF, http://www.playvid.com/watch/owLwvu-e4wf, http://www.playvid.com/watch/UMatzyzpq27, http://www.playvid.com/watch/GQWCG9aOAYU, http://www.playvid.com/watch/h9v4QsIImEn, http://www.playvid.com/watch/icOVAilIG-m, http://www.playvid.com/watch/4iQeFulnGds, http://www.playvid.com/watch/CvZ3GA64QEn, http://www.playvid.com/watch/QCLz6TJH0Gj, http://www.playvid.com/watch/TqEcbM5OJQ-, http://www.playvid.com/watch/IeWucMdgByP, http://www.playvid.com/watch/MEvcQzd35Ho, http://www.playvid.com/watch/qnPA3jCfdva, http://www.playvid.com/watch/082jPOEIZJ6, http://www.playvid.com/watch/m5eVTVHHdXQ, http://www.playvid.com/watch/7w6IvFjaOPg, http://www.playvid.com/watch/aZINKPQ4l8m, http://www.playvid.com/watch/fNQ5sL2SZLr, http://www.playvid.com/watch/gNJUoRXsVk3, http://www.playvid.com/watch/8l-OcWZPTDg, http://www.playvid.com/watch/uOt3hdZWnJO, http://www.playvid.com/watch/3QmArPa0KWD, http://www.playvid.com/watch/4WyRyDOpqay, http://www.playvid.com/watch/HsorzvKIgoU, http://www.playvid.com/watch/l0xrEcjJbBz, http://www.playvid.com/watch/irV0RIbSXEn, http://www.playvid.com/watch/SLaj-4clWul, http://www.playvid.com/watch/RdoWY9MMZN5, http://www.playvid.com/watch/qfw3cUjpLQU, http://www.playvid.com/watch/53cJnUW0d4t, http://www.playvid.com/watch/KJ3MAO5B-TE, http://www.playvid.com/watch/fjLlCNWtFOO, http://www.playvid.com/watch/uWKWPAlhatg, http://www.playvid.com/watch/m6eMKY7IjDx, http://www.playvid.com/watch/jp7cv2D4wWT, http://www.playvid.com/watch/UAVX-adjQvU, http://www.playvid.com/watch/l9-4rkgaYsk, http://www.playvid.com/watch/RXgrvbtp4Bl, http://www.playvid.com/watch/JASakiuaaDt, http://www.playvid.com/watch/5z5qsEGqd6z, http://www.playvid.com/watch/DU5tuWKCmpK, http://www.playvid.com/watch/8ylvRVCPO2B, http://www.playvid.com/watch/cFtdj-Au7Ry, http://www.playvid.com/watch/kPtSERsU8oP, http://www.playvid.com/watch/h0HTGntqEBB, http://www.playvid.com/watch/AzdC39g6cB4, http://www.playvid.com/watch/a7v-GzkPtLC
5.f. Date of third notice: 2013-11-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: john.johnson9453
5.b. Uploader's email address: john.johnson9453@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/john.johnson9453
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nsduPhUp7jt, http://www.playvid.com/watch/5AYq4VNEKpc, http://www.playvid.com/watch/MBmebAxN4vS, http://www.playvid.com/watch/IADxpfUWxcP, http://www.playvid.com/watch/wMGljuZ6Lis, http://www.playvid.com/watch/HUiyrGsN-bu, http://www.playvid.com/watch/lKRiLF6_q6g, http://www.playvid.com/watch/F-7mm88rj4C, http://www.playvid.com/watch/T-fQCogijpv, http://www.playvid.com/watch/I-qzYlsnf6f, http://www.playvid.com/watch/DeMdoSq3nXP, http://www.playvid.com/watch/o8972_9YghH, http://www.playvid.com/watch/5zm_sn-KYF4, http://www.playvid.com/watch/eYJbJgipohc, http://www.playvid.com/watch/yFox83s_nJe, http://www.playvid.com/watch/Af4h_FmDlnm, http://www.playvid.com/watch/DvwcuAPBsgc, http://www.playvid.com/watch/kecYPW6ZRqW, http://www.playvid.com/watch/jzFnrRP-4Pg, http://www.playvid.com/watch/MP3kjInjsIE, http://www.playvid.com/watch/IJunxLNABlZ, http://www.playvid.com/watch/zdD1T1PJb3G, http://www.playvid.com/watch/X-yNNHdfOmK, http://www.playvid.com/watch/ulXic-Ny_SI, http://www.playvid.com/watch/nHHxL8tMkj5, http://www.playvid.com/watch/4HB2LevX1xE, http://www.playvid.com/watch/j1ArN4TwZJz, http://www.playvid.com/watch/0d2sy4HnH5Z, http://www.playvid.com/watch/0iWuOJ6hTDP, http://www.playvid.com/watch/4_u1mJv-pyg, http://www.playvid.com/watch/WDupj1ZXe5s, http://www.playvid.com/watch/dXRb5Lmbl0T, http://www.playvid.com/watch/RBIp6ECoYGH, http://www.playvid.com/watch/ybSt1LMAQXH, http://www.playvid.com/watch/CVaY81ixxIY, http://www.playvid.com/watch/splgg6dbIfC, http://www.playvid.com/watch/6FhKpoSNC8b, http://www.playvid.com/watch/pkULfoBS1Jn, http://www.playvid.com/watch/mLGclcRm6TW, http://www.playvid.com/watch/J8zlcL3Kduh, http://www.playvid.com/watch/FQTWjIefiRm,

http://www.playvid.com/watch/m2P7Oy6oflu, http://www.playvid.com/watch/k_-ry4audjo, http://www.playvid.com/watch/zNxAjxC8log,
http://www.playvid.com/watch/Sr4tq6l-kUH, http://www.playvid.com/watch/V5vGHAGISwG, http://www.playvid.com/watch/puVEYBLQTLF,
http://www.playvid.com/watch/rf5pxEVqvUV, http://www.playvid.com/watch/Ws26YvkB4xV, http://www.playvid.com/watch/4ZysgmB-iYG,
http://www.playvid.com/watch/Hp_dVh6jBvU, http://www.playvid.com/watch/Q_h1QbcFacj, http://www.playvid.com/watch/8k63vNn_K3z,
http://www.playvid.com/watch/EV0dWdXDuBt, http://www.playvid.com/watch/4AyIraWa963, http://www.playvid.com/watch/9uiMpkd2xLn,
http://www.playvid.com/watch/O8CMjOzTc25, http://www.playvid.com/watch/PN3Min_RWwA, http://www.playvid.com/watch/3vf1iY6UpTL,
http://www.playvid.com/watch/ZDld9AIjJAv, http://www.playvid.com/watch/qu-GjfCV_nt, http://www.playvid.com/watch/LS_0s3hLw60,
http://www.playvid.com/watch/Nd6yoKIbTSU, http://www.playvid.com/watch/AdN4SHQb1Of, http://www.playvid.com/watch/Mk5Ygq4xVnc,
http://www.playvid.com/watch/ZsMO21Nc6hw, http://www.playvid.com/watch/KAK0WErWsLQ, http://www.playvid.com/watch/OkwAMMsJXSO,
http://www.playvid.com/watch/n3mRiHx-pbW, http://www.playvid.com/watch/efixyibw5k4, http://www.playvid.com/watch/JPkoHv2kqmO,
http://www.playvid.com/watch/UG0Hd5fUAdv, http://www.playvid.com/watch/rUOqXaY1Z5r, http://www.playvid.com/watch/YFspiGKUOln,
http://www.playvid.com/watch/M-BRzMCuA2H, http://www.playvid.com/watch/ovnIITCrcHA, http://www.playvid.com/watch/Eu1nt_85_6g,
http://www.playvid.com/watch/VfIip-pBQG0, http://www.playvid.com/watch/vezZ3WqPtcw, http://www.playvid.com/watch/wxzIyRjI2Tx,
http://www.playvid.com/watch/9eJWnQli1xd, http://www.playvid.com/watch/frEcp2irMtN, http://www.playvid.com/watch/CRnI65BTrXU,
http://www.playvid.com/watch/fMhG8OFNMUp, http://www.playvid.com/watch/oVNW7djcNdF, http://www.playvid.com/watch/tP8nU2oKDD7,
http://www.playvid.com/watch/RTB-CbznXwZ, http://www.playvid.com/watch/693R5Xrzlzn, http://www.playvid.com/watch/98c7YKFE4DL,
http://www.playvid.com/watch/W9CDZ5I7ynx, http://www.playvid.com/watch/wHi4SBvIDLL, http://www.playvid.com/watch/FZ1JQVfVD5j,
http://www.playvid.com/watch/OVepGmL5YH4, http://www.playvid.com/watch/uiD3lmeya6b, http://www.playvid.com/watch/vEse6RBW_lz,
http://www.playvid.com/watch/YYg7Q2rBlGe, http://www.playvid.com/watch/3qroC7QGlqf, http://www.playvid.com/watch/Utc9cMoMdu5,
http://www.playvid.com/watch/4cPfUNao_6i, http://www.playvid.com/watch/c3MRHrOe7Yn, http://www.playvid.com/watch/c4f6KRfBtpD,
http://www.playvid.com/watch/c2qKNz8U34p, http://www.playvid.com/watch/HoZsPbz_lDm, http://www.playvid.com/watch/WjDOqwuF23N,
http://www.playvid.com/watch/l0pE2O1_Ac5, http://www.playvid.com/watch/m4id1tMaaXZ, http://www.playvid.com/watch/uKUddeIugiK,
http://www.playvid.com/watch/8feYrsorR_u, http://www.playvid.com/watch/O_MgraSE2Dr, http://www.playvid.com/watch/hIx530UDytC,
http://www.playvid.com/watch/nV1eW27z2xC, http://www.playvid.com/watch/vtu87EW3QNV, http://www.playvid.com/watch/yg9L70yftxo,
http://www.playvid.com/watch/lGf_6kiS3w5, http://www.playvid.com/watch/2CsZiv2-gFB, http://www.playvid.com/watch/W9H8jz6W6f3,
http://www.playvid.com/watch/NsLy6QuYwVT, http://www.playvid.com/watch/pRj52Aia5Jh, http://www.playvid.com/watch/YlRZCrMmHGv,
http://www.playvid.com/watch/P63yax_42cW, http://www.playvid.com/watch/RHlNrzlm6qB, http://www.playvid.com/watch/Vob1782dp0W,
http://www.playvid.com/watch/KL-k8aIhv_h, http://www.playvid.com/watch/2RnKvXz2yaU, http://www.playvid.com/watch/xG_3-frixVZ,
http://www.playvid.com/watch/L7hGJh0d-Cv, http://www.playvid.com/watch/ihnPJvXbQGy, http://www.playvid.com/watch/DlrbLUpVUkJ,
http://www.playvid.com/watch/pzfObWllq89, http://www.playvid.com/watch/xnT_t4qtCqi, http://www.playvid.com/watch/JoSNMgVbDav,
http://www.playvid.com/watch/2U3E_8l9Jnh, http://www.playvid.com/watch/J1-WwmLMJN3, http://www.playvid.com/watch/cWEZyOnGF_g,
http://www.playvid.com/watch/nTX-voBJPBf, http://www.playvid.com/watch/utWwDj48fuj, http://www.playvid.com/watch/sxzDxhpWrVY,
http://www.playvid.com/watch/BM1tdkjKDxS, http://www.playvid.com/watch/XLMv5-JoxJF, http://www.playvid.com/watch/SiNxDxkLY3w,
http://www.playvid.com/watch/XW_VC5KmDZz, http://www.playvid.com/watch/tN46ZtUrhIr, http://www.playvid.com/watch/Oq5rtVBOPFS,
http://www.playvid.com/watch/o0-U3oYahbw, http://www.playvid.com/watch/w4EzSju4uFu, http://www.playvid.com/watch/DsIggsvhe-C,
http://www.playvid.com/watch/zuCMqpcIqQg, http://www.playvid.com/watch/JZCP0DWnuv7, http://www.playvid.com/watch/R8Fm5E5eL-k,
http://www.playvid.com/watch/AdXlrE8Vvmm, http://www.playvid.com/watch/KqRQ6yPZfDh, http://www.playvid.com/watch/BbZy-pQVkKk,
http://www.playvid.com/watch/BAKQxVwitve, http://www.playvid.com/watch/n7vBMMBM1Ye, http://www.playvid.com/watch/eMYzqL4C2ND,
http://www.playvid.com/watch/2brVAWye5x4, http://www.playvid.com/watch/LymppAV5yhW, http://www.playvid.com/watch/koys7Lm2nBw,
http://www.playvid.com/watch/ZXBONs1uVrI, http://www.playvid.com/watch/pRenltjTCbV, http://www.playvid.com/watch/F_zsc1IX7Ku,
http://www.playvid.com/watch/ZD-bbOaJg-K, http://www.playvid.com/watch/GNlZua3xPSk, http://www.playvid.com/watch/si5ZvRHj_w2,
http://www.playvid.com/watch/HrYbtYuoU9t, http://www.playvid.com/watch/lNaxyn0Svqx, http://www.playvid.com/watch/uK4uPrTjcfK,
http://www.playvid.com/watch/fxQ0Joqbv6Y, http://www.playvid.com/watch/faT5Uqdy12U, http://www.playvid.com/watch/vu6VWw8nJui,
http://www.playvid.com/watch/oB490Wa1l10, http://www.playvid.com/watch/Xkx5g7xwgEB, http://www.playvid.com/watch/Vp4mbQgLsUQ,
http://www.playvid.com/watch/jm-WOxRktkr, http://www.playvid.com/watch/BT62bOXsBHG, http://www.playvid.com/watch/vjSBHkT2b49,
http://www.playvid.com/watch/ae3rNdPIKT8, http://www.playvid.com/watch/ml66v-GaWxo, http://www.playvid.com/watch/LjRa3mMSh5G,
http://www.playvid.com/watch/e1qXIcsvrG6, http://www.playvid.com/watch/QUcnTXjHenk, http://www.playvid.com/watch/Q_qq2ZvcbKm,
http://www.playvid.com/watch/i9URB9Nwrno, http://www.playvid.com/watch/xADBQ35G3Y5, http://www.playvid.com/watch/8s7zDCud8GH,
http://www.playvid.com/watch/CDBhcYSuTLh, http://www.playvid.com/watch/ews29fehV-J, http://www.playvid.com/watch/Cvm_zqSUToV,
http://www.playvid.com/watch/20VFXYxeSca, http://www.playvid.com/watch/zDOfrgZce7z, http://www.playvid.com/watch/LB3kJCDdj-2,
http://www.playvid.com/watch/St2_5xtmtjF, http://www.playvid.com/watch/oeKvOSvyhNx, http://www.playvid.com/watch/bB7JcgfjViO,
http://www.playvid.com/watch/tjnCILab5eS, http://www.playvid.com/watch/k8xCuVrLCQN, http://www.playvid.com/watch/X5KduPV7tme,
http://www.playvid.com/watch/ruPu1hXts3x, http://www.playvid.com/watch/7ilTpoBOQSo, http://www.playvid.com/watch/z4W8ZcpaIJ7,
http://www.playvid.com/watch/q22oizq77qU, http://www.playvid.com/watch/WoyecaxyIgg, http://www.playvid.com/watch/SRqmb8N1IoW,
http://www.playvid.com/watch/mWEXF0kOejn, http://www.playvid.com/watch/Kbrq_IAoYQF, http://www.playvid.com/watch/Xkq4ItDBmqa,
http://www.playvid.com/watch/LwKDkNowxvn, http://www.playvid.com/watch/7aFdTmoX9LT, http://www.playvid.com/watch/GaIRLz-vEG6,
http://www.playvid.com/watch/BkNxfFWYBz2, http://www.playvid.com/watch/4DIGc95ghyu, http://www.playvid.com/watch/cITYioko1HJ,
http://www.playvid.com/watch/6RSysSFAWnP, http://www.playvid.com/watch/r-6pkkY99CO, http://www.playvid.com/watch/vbmLZwkpwwJ,
http://www.playvid.com/watch/tGo8Wv1pAUp, http://www.playvid.com/watch/zcuzmYT1IAR, http://www.playvid.com/watch/TahvtKQwDCU,
http://www.playvid.com/watch/dw2frXNFB6l, http://www.playvid.com/watch/httxcMEyGL9, http://www.playvid.com/watch/EIMDGZGFynY,
http://www.playvid.com/watch/OK-ueLtw1Sa, http://www.playvid.com/watch/QKPUEwkLeiC, http://www.playvid.com/watch/TK30oQIFYRC,
http://www.playvid.com/watch/JFswpj0vR9A, http://www.playvid.com/watch/UOeL_LVef1m, http://www.playvid.com/watch/kEIhzCcYFMF,
http://www.playvid.com/watch/EWaBhiMT2WZ, http://www.playvid.com/watch/z09zkjKR5rY, http://www.playvid.com/watch/7E-pQAM8WPo,
http://www.playvid.com/watch/D4hD2ziy_rX, http://www.playvid.com/watch/UksrwEFGZ3j, http://www.playvid.com/watch/mkCkbg6H26J,
http://www.playvid.com/watch/GHPH3wYhwFX, http://www.playvid.com/watch/D86rXxU_It7, http://www.playvid.com/watch/CjRwl9WAaEs,
http://www.playvid.com/watch/SZ3ZhIJUhcI, http://www.playvid.com/watch/hHsYP6g-ru2, http://www.playvid.com/watch/FacoMMWV2CP,
http://www.playvid.com/watch/ae2DDndiBPd, http://www.playvid.com/watch/aWEQHillVq8, http://www.playvid.com/watch/9OR01tWNaKg,
http://www.playvid.com/watch/fPcf7_RSuDW, http://www.playvid.com/watch/Qq_V6KcBU8L, http://www.playvid.com/watch/qIB20aeyu9W,
http://www.playvid.com/watch/OZqzAoVrAv4, http://www.playvid.com/watch/QTYtXrOl_3L, http://www.playvid.com/watch/IEATXeObA6D,
http://www.playvid.com/watch/eftgRCJQIK9, http://www.playvid.com/watch/ZkJ2AdHFfsF, http://www.playvid.com/watch/0fBq33Yx1FU,
http://www.playvid.com/watch/xAuRt9EhAYh, http://www.playvid.com/watch/wWW6F49dcR5, http://www.playvid.com/watch/nfZ3La_LBWz,
http://www.playvid.com/watch/bKp0ziCkgMc, http://www.playvid.com/watch/yVPmxmfhnLj, http://www.playvid.com/watch/HLw6uhdjRug,
http://www.playvid.com/watch/TvKAHaxARBZ, http://www.playvid.com/watch/8d4R5wObVU5, http://www.playvid.com/watch/wUAH_K0wMyc,
http://www.playvid.com/watch/yap4OGZYy-0, http://www.playvid.com/watch/eLiHoxQKpO8, http://www.playvid.com/watch/TUYW2snIyDs,
http://www.playvid.com/watch/vKd-7e3AD2O, http://www.playvid.com/watch/2DRhJ_TBBoh, http://www.playvid.com/watch/lSs6OOxN2t4,
http://www.playvid.com/watch/NhqLXNtX5ni, http://www.playvid.com/watch/tA_76t8h3AU, http://www.playvid.com/watch/FrDZ-fGshoL,
http://www.playvid.com/watch/Vf3pbJ6b9wR, http://www.playvid.com/watch/kKMre9fBrXg, http://www.playvid.com/watch/RNAQuV2qXFv,
http://www.playvid.com/watch/7v0G5jT856o, http://www.playvid.com/watch/PCRP18ZeJrV, http://www.playvid.com/watch/gUdUEl3RPkt,
http://www.playvid.com/watch/AiNwjlCmdnN, http://www.playvid.com/watch/UXd4Y4t94Mk, http://www.playvid.com/watch/fZuxjvCEqRP,
http://www.playvid.com/watch/s988hIh83Gp, http://www.playvid.com/watch/wb19OTCyEAa, http://www.playvid.com/watch/NLoqNUzv_5G,
http://www.playvid.com/watch/Ql_j32tHMwi, http://www.playvid.com/watch/qO1lloaAhFX, http://www.playvid.com/watch/dwWR95fEUTw,
http://www.playvid.com/watch/mOLgM-NPeQ0, http://www.playvid.com/watch/ApY6PKbepsQ, http://www.playvid.com/watch/m-k6y2JBXo6,
http://www.playvid.com/watch/6_tqeqDyfBO, http://www.playvid.com/watch/bRMhPHp5q-F, http://www.playvid.com/watch/fMhOrnUAGaq,
http://www.playvid.com/watch/Tb2iQnTC1uY, http://www.playvid.com/watch/7Km0kdlWd5Z, http://www.playvid.com/watch/Qq3W_BqQ-pm,
http://www.playvid.com/watch/J2UAemEbXmx, http://www.playvid.com/watch/q74MbrvRCWP, http://www.playvid.com/watch/SsnPwt645N9,
http://www.playvid.com/watch/u6UENMdwO1s, http://www.playvid.com/watch/Ula4JMXjUc9, http://www.playvid.com/watch/HH0GuPyfpLN,
http://www.playvid.com/watch/SHMCJyZ5vQ4, http://www.playvid.com/watch/S2cxIN2C6Ns, http://www.playvid.com/watch/8C1CCETURjv,
http://www.playvid.com/watch/5Tr5Y6G36Rp, http://www.playvid.com/watch/XiO2Io7dxNY, http://www.playvid.com/watch/Gyq2oLJwx7q,
http://www.playvid.com/watch/feAO8cU0nQN, http://www.playvid.com/watch/p-bywyHooHt, http://www.playvid.com/watch/7FUhlR53l-S,
http://www.playvid.com/watch/aX3GfULkXdi, http://www.playvid.com/watch/T2s_d304xwm, http://www.playvid.com/watch/IVsGyb6QdnE,
http://www.playvid.com/watch/F5ESin5x_-e, http://www.playvid.com/watch/PBnMsGl2fwM, http://www.playvid.com/watch/L52CpdLAkaU,
http://www.playvid.com/watch/PhCEAZViQO2, http://www.playvid.com/watch/OvUpX6ql22I, http://www.playvid.com/watch/t3j2kQtCkcI,
http://www.playvid.com/watch/Am7GGH4Q5HW, http://www.playvid.com/watch/T4HswNz6KZQ, http://www.playvid.com/watch/357LiWUj9ID,
http://www.playvid.com/watch/86oamZ01PTX, http://www.playvid.com/watch/oPwbf3_P5Qa, http://www.playvid.com/watch/fz4yafrCNfZ,
http://www.playvid.com/watch/UIbmCjbxrDG, http://www.playvid.com/watch/BYNaC3oqdPm, http://www.playvid.com/watch/Q9EkNaEykai,
http://www.playvid.com/watch/5Q9CALSPqyK, http://www.playvid.com/watch/H_mj5hhUp50, http://www.playvid.com/watch/v4TlK3VTD5g,

http://www.playvid.com/watch/qwFOdhUh4Tb, http://www.playvid.com/watch/puqCsLD0SXU, http://www.playvid.com/watch/50ywtrTLaBM, http://www.playvid.com/watch/oFi1IZ_0qxf, http://www.playvid.com/watch/FWNALx_gDi3, http://www.playvid.com/watch/e-jMQ12rIfA, http://www.playvid.com/watch/GvqgIhMNoTE, http://www.playvid.com/watch/kEccXOQEXOh, http://www.playvid.com/watch/5gX_WgBOuvL, http://www.playvid.com/watch/2wTn22t3bny, http://www.playvid.com/watch/wz5cHyxXVej, http://www.playvid.com/watch/0iSjtH5OIPM, http://www.playvid.com/watch/dBSQ2jXXtZc, http://www.playvid.com/watch/9d7ExIo6IfE, http://www.playvid.com/watch/SNmViStVDlF, http://www.playvid.com/watch/B89tkQx3ioW, http://www.playvid.com/watch/iH1daLFFJda, http://www.playvid.com/watch/3ZH0zP5YKaE, http://www.playvid.com/watch/WrmVxxi7hwf, http://www.playvid.com/watch/xBG9lnuGKUK, http://www.playvid.com/watch/2-bcR5bMIP9, http://www.playvid.com/watch/XG_cb51r2YC, http://www.playvid.com/watch/LpecNeXeVKH, http://www.playvid.com/watch/7YXq_DM9YqP, http://www.playvid.com/watch/P0dD5nCvsEk, http://www.playvid.com/watch/BQ07_4o4hS7, http://www.playvid.com/watch/FNOFK5lOxqA, http://www.playvid.com/watch/u7uDY0ZDyjY, http://www.playvid.com/watch/V-_ZMQNxp2Y, http://www.playvid.com/watch/4rpxDddeDrJ
5.f. Date of third notice: 2015-01-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: johnrembo
5.b. Uploader's email address: johnrembo707@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/johnrembo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/N3zWCyKbJKu, http://www.playvid.com/watch/jfChm3PNcB1, http://www.playvid.com/watch/PpugJcoRjZC, http://www.playvid.com/watch/a-ywftS-qmT, http://www.playvid.com/watch/jvpcRHhgike, http://www.playvid.com/watch/ZQW1mmoSHac, http://www.playvid.com/watch/mk0Ugp613IM, http://www.playvid.com/watch/cY83BoOE14D, http://www.playvid.com/watch/ZjG1bU6Hqry, http://www.playvid.com/watch/aXAVtBDYH4d, http://www.playvid.com/watch/yBlkeCorp1H, http://www.playvid.com/watch/nd9w3k3JCui, http://www.playvid.com/watch/kd3727qNoMx, http://www.playvid.com/watch/wG7SHGcEOAC, http://www.playvid.com/watch/4dxy6A7MSW8, http://www.playvid.com/watch/FVIzOEhWY4x, http://www.playvid.com/watch/fbLZJoT9xB9, http://www.playvid.com/watch/UqC1umMVFbx, http://www.playvid.com/watch/T16NjZ6Y44f, http://www.playvid.com/watch/UyRUzdQ3cYH, http://www.playvid.com/watch/6h9exq9PnrD, http://www.playvid.com/watch/aSvyUsWZlkc, http://www.playvid.com/watch/fv2TplfMsVY, http://www.playvid.com/watch/XJpDBYeo-tj, http://www.playvid.com/watch/r0HtamtMHAw, http://www.playvid.com/watch/9abuX0EFVmN, http://www.playvid.com/watch/wkSIu0cqLjf, http://www.playvid.com/watch/O-3r4EJBoTQ, http://www.playvid.com/watch/vmB-qRdl6Oa, http://www.playvid.com/watch/JTnioQFtUAk, http://www.playvid.com/watch/uh1TXdPQKhK, http://www.playvid.com/watch/nQCnRxd4i40, http://www.playvid.com/watch/6MtEDpVBqIX, http://www.playvid.com/watch/TkPepRHBsVx, http://www.playvid.com/watch/6-p82NtXYFd, http://www.playvid.com/watch/afBnTdhLmqF, http://www.playvid.com/watch/wz1PB5MMwZH, http://www.playvid.com/watch/DMltHJoaC-r, http://www.playvid.com/watch/N-ai0cNb3-r, http://www.playvid.com/watch/pQWdzaeyqJH, http://www.playvid.com/watch/Qvjn7Rpjem5, http://www.playvid.com/watch/zCZq6zHW3hg, http://www.playvid.com/watch/nOLRkoPZCHT, http://www.playvid.com/watch/MMITQFJNArC, http://www.playvid.com/watch/dYh3QgRKs1m, http://www.playvid.com/watch/Ct8sWLNTlVW, http://www.playvid.com/watch/FyQl05qT-xW, http://www.playvid.com/watch/H15Ag3r-EY8, http://www.playvid.com/watch/VwRyYF8OwLZ, http://www.playvid.com/watch/20cSol9ueRe, http://www.playvid.com/watch/pGYeHOMrI25, http://www.playvid.com/watch/qIRdocmTqpS, http://www.playvid.com/watch/bIvwdN7xzwc, http://www.playvid.com/watch/85cAtavxUK9, http://www.playvid.com/watch/jG0V9xjPgeN, http://www.playvid.com/watch/wBUIIDU0vw8, http://www.playvid.com/watch/lWPFEiXVD1o, http://www.playvid.com/watch/D7mZs1sPkYJ, http://www.playvid.com/watch/n9-aXICdUR2, http://www.playvid.com/watch/ow3M9WPynER, http://www.playvid.com/watch/OKPeqP7EAiF, http://www.playvid.com/watch/NMClCtT0oWA, http://www.playvid.com/watch/2HwPxTJbr5t, http://www.playvid.com/watch/doaictOgx9B, http://www.playvid.com/watch/LsN7Wvsw24R, http://www.playvid.com/watch/T5RZnTNkLdz, http://www.playvid.com/watch/cQhOr1UKI0I, http://www.playvid.com/watch/ZWxaobQkQo-, http://www.playvid.com/watch/i7HBqMZRbHK, http://www.playvid.com/watch/PO-W1A2Ub4F, http://www.playvid.com/watch/xxRAiLgB7bl, http://www.playvid.com/watch/9PvoTjIQvK9, http://www.playvid.com/watch/gnydlVySi8T, http://www.playvid.com/watch/CNLHljfD5hu, http://www.playvid.com/watch/FLR2lVUBUrM, http://www.playvid.com/watch/6XSSABbuEwM, http://www.playvid.com/watch/k3go5CcwXeY, http://www.playvid.com/watch/UHpjbkt2xCH, http://www.playvid.com/watch/khLk1tM33xr, http://www.playvid.com/watch/oqQgMNITuCk, http://www.playvid.com/watch/OfiUgo69H1w, http://www.playvid.com/watch/-Fu5lDlwGds, http://www.playvid.com/watch/M2Q1r4SwTAD, http://www.playvid.com/watch/YEgyPLxnQAS, http://www.playvid.com/watch/Q5znX-qQ7pL, http://www.playvid.com/watch/QztMWvAYeMV, http://www.playvid.com/watch/jWp0FErYOB9, http://www.playvid.com/watch/-mtPwfjNT4N, http://www.playvid.com/watch/i2FRu00u5qI, http://www.playvid.com/watch/Z7JHkuvGFAG, http://www.playvid.com/watch/9L7ip2zCN0s, http://www.playvid.com/watch/e7g3z6lurTi, http://www.playvid.com/watch/pvcOO8R3BhT, http://www.playvid.com/watch/XNKNnXlC0oA, http://www.playvid.com/watch/Z68IlxSlFvQ, http://www.playvid.com/watch/061KDCYj3VH, http://www.playvid.com/watch/XhvjWjkcp9R, http://www.playvid.com/watch/ilpJNGbW5iH, http://www.playvid.com/watch/NW1N1K3yPj9, http://www.playvid.com/watch/iCZUwZFXaQ6, http://www.playvid.com/watch/vMqzbitECcS, http://www.playvid.com/watch/ZCAch6w2vGp, http://www.playvid.com/watch/SoC2ixQxtIr, http://www.playvid.com/watch/bD2vUQb-KEp, http://www.playvid.com/watch/h42NpBjK5XD, http://www.playvid.com/watch/jDFRN4-gOC9, http://www.playvid.com/watch/ff4ffT4opTn, http://www.playvid.com/watch/Evn6eFiFrOH, http://www.playvid.com/watch/7RvU8h0CyIy, http://www.playvid.com/watch/9QZQhoi7Fev, http://www.playvid.com/watch/kSnDi4wetzV, http://www.playvid.com/watch/9AjzastYLWU, http://www.playvid.com/watch/DEim0BH2gFx, http://www.playvid.com/watch/w44jmQb7Cli, http://www.playvid.com/watch/J0DzbAaVSs2, http://www.playvid.com/watch/K9PgXLE8ybZ, http://www.playvid.com/watch/EESg61LAwz5, http://www.playvid.com/watch/iSOacsz94TC, http://www.playvid.com/watch/bCZTdq6HU35, http://www.playvid.com/watch/ihkq3mpTEt0, http://www.playvid.com/watch/UYAq1r413hd, http://www.playvid.com/watch/yrPj4mVGaOK, http://www.playvid.com/watch/BUki7HExa-M, http://www.playvid.com/watch/FW4KWIdBy2n, http://www.playvid.com/watch/KMgTEL0EdNg, http://www.playvid.com/watch/D4qDCQK3AcK, http://www.playvid.com/watch/78bhCaN4vJq, http://www.playvid.com/watch/VaAocdXruBl, http://www.playvid.com/watch/lI9xcIAtiAJ, http://www.playvid.com/watch/0afny00Ngbe, http://www.playvid.com/watch/GKj0D0CSG0i, http://www.playvid.com/watch/y0r5m0S4tCs, http://www.playvid.com/watch/IEZqeGPmlQU, http://www.playvid.com/watch/9ZFWvdvZ-A5, http://www.playvid.com/watch/P0PR1MUHPHP, http://www.playvid.com/watch/4rCpjkItn9f, http://www.playvid.com/watch/7e2soewIF3E, http://www.playvid.com/watch/UfLjov-YQEi, http://www.playvid.com/watch/CX-VtMdMADm, http://www.playvid.com/watch/513L6ph9LiA, http://www.playvid.com/watch/UWh5BEY9HvP
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jojomoralis
5.b. Uploader's email address: oohpp@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jojomoralis
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0KN2LwGtex4, http://www.playvid.com/watch/LyQ0HyQh7ED, http://www.playvid.com/watch/dZ4vw3Cx0SZ, http://www.playvid.com/watch/7VaElTPGFnv, http://www.playvid.com/watch/t4te0D7VfBU, http://www.playvid.com/watch/mRBoY30mhoV, http://www.playvid.com/watch/Ed8UsTzWFN3, http://www.playvid.com/watch/KJH588GsAZ2, http://www.playvid.com/watch/MCMsih8xjer, http://www.playvid.com/watch/RMi63KocZ5S, http://www.playvid.com/watch/ySZGiLEitCB, http://www.playvid.com/watch/q5vYltpKqji, http://www.playvid.com/watch/DeNpQdLGzJu, http://www.playvid.com/watch/e2A-Hwi4sI8, http://www.playvid.com/watch/j7wMncYjYZH, http://www.playvid.com/watch/THc5dfKDaW9, http://www.playvid.com/watch/fP6IHMXDeeN, http://www.playvid.com/watch/hWCV-czukG3, http://www.playvid.com/watch/ccU52WwBtEE, http://www.playvid.com/watch/TdWwXmr3u4r, http://www.playvid.com/watch/yd0TtlCf-hP, http://www.playvid.com/watch/nsDjbm2gUqq, http://www.playvid.com/watch/lr9StUjP8mI, http://www.playvid.com/watch/uFpVn6phzy9, http://www.playvid.com/watch/HjmqqoGFRWh, http://www.playvid.com/watch/UAzWCTXSPIh, http://www.playvid.com/watch/5CWrZ6ANVsu, http://www.playvid.com/watch/7QKGQNLWV9g, http://www.playvid.com/watch/Fym6AZUFKhn, http://www.playvid.com/watch/ieQJfoA83iC, http://www.playvid.com/watch/JJg5AVHWque, http://www.playvid.com/watch/eGMY6DDL-UQ, http://www.playvid.com/watch/r-AaKBcRlfh, http://www.playvid.com/watch/YrQSZ6uiqEt, http://www.playvid.com/watch/-TxIHHr3LbL, http://www.playvid.com/watch/QxQKv2-dIIl, http://www.playvid.com/watch/gYbdBRESldY, http://www.playvid.com/watch/GLecd6lSK7J, http://www.playvid.com/watch/8ZiGHQeHpOq, http://www.playvid.com/watch/eosQQyk6A7q, http://www.playvid.com/watch/KMpYRYnuLMg, http://www.playvid.com/watch/hIoBaQwNZge, http://www.playvid.com/watch/4pahxl3eRqf, http://www.playvid.com/watch/RQ-77o86tjY, http://www.playvid.com/watch/oiyiokDKM5-, http://www.playvid.com/watch/dyc0NC9sa0L, http://www.playvid.com/watch/Sf4LOKQk2Ue, http://www.playvid.com/watch/9sRaptqj2n0, http://www.playvid.com/watch/FTY4ZFweBZZ, http://www.playvid.com/watch/jamqGv-oBN3, http://www.playvid.com/watch/4yXXsReLo98, http://www.playvid.com/watch/CFeKvPymF9T, http://www.playvid.com/watch/ByEfsh8SoKN, http://www.playvid.com/watch/0cXKLM6zSpY, http://www.playvid.com/watch/x22Iw2VuMjv, http://www.playvid.com/watch/m-ZC5Tzw8Am, http://www.playvid.com/watch/a2civGUJ7ep, http://www.playvid.com/watch/dX2cKZYzf6-, http://www.playvid.com/watch/Sa7biLPB4Zb, http://www.playvid.com/watch/2bw2H68kakR, http://www.playvid.com/watch/TLGf4xQWF23, http://www.playvid.com/watch/60Cbm960f7T, http://www.playvid.com/watch/cAZlBKxZhid, http://www.playvid.com/watch/4fUIRNiRTVv, http://www.playvid.com/watch/rc2rOTAVlor, http://www.playvid.com/watch/e3E5Ta8603A, http://www.playvid.com/watch/ulhp2mGO9-A, http://www.playvid.com/watch/R5VQLo8noUn, http://www.playvid.com/watch/9eGjwLkFAk0, http://www.playvid.com/watch/sFeCFmhSMxb, http://www.playvid.com/watch/hny4qXj4ZqB, http://www.playvid.com/watch/QIl0GfLKTkN, http://www.playvid.com/watch/8kCLOfZf7ov, http://www.playvid.com/watch/ySLUgPo7psa, http://www.playvid.com/watch/gCkDP59x3ms, http://www.playvid.com/watch/M70SDzU8oQs, http://www.playvid.com/watch/aIa0coVwC0o,

http://www.playvid.com/watch/BhOTDIyQuZ4, http://www.playvid.com/watch/QhIYCmB6SZH, http://www.playvid.com/watch/lIekYkHLjg8,
http://www.playvid.com/watch/4PKaIwJaflZ, http://www.playvid.com/watch/52BVN8DdIlL, http://www.playvid.com/watch/VocSZCQTmER,
http://www.playvid.com/watch/rYkGshubX6V, http://www.playvid.com/watch/LHOrCOuP8XG, http://www.playvid.com/watch/fq3LTsB3CN-,
http://www.playvid.com/watch/Y8-Mvkhcnnt, http://www.playvid.com/watch/x0YpNg9vR78, http://www.playvid.com/watch/3dGzZ-UEjuo,
http://www.playvid.com/watch/33IvXJvRCD6, http://www.playvid.com/watch/JC6Im3mwMgI, http://www.playvid.com/watch/HQzu8WYNDaZ,
http://www.playvid.com/watch/duDZqMiqZfP, http://www.playvid.com/watch/2rSYoSDNDf7, http://www.playvid.com/watch/BhHypYN6bsV,
http://www.playvid.com/watch/DG8zyLVv78f, http://www.playvid.com/watch/uGbQLl9T2zn, http://www.playvid.com/watch/YkXOAjPRCSB,
http://www.playvid.com/watch/Bf-mTHeujXA, http://www.playvid.com/watch/UqPdVTdmgLa, http://www.playvid.com/watch/-KysJTFasFy,
http://www.playvid.com/watch/V8-4p05Xnsr, http://www.playvid.com/watch/NbFkdTMQfIn, http://www.playvid.com/watch/AXhczrMey5I,
http://www.playvid.com/watch/VEowvgRhZkM, http://www.playvid.com/watch/mCouwSMbTyv, http://www.playvid.com/watch/mS9kCjbKYhw,
http://www.playvid.com/watch/EIsiQ8nRg3e, http://www.playvid.com/watch/unYPtcS3NSm, http://www.playvid.com/watch/C2kVBkWAQwb,
http://www.playvid.com/watch/5QqIMoFxmIr, http://www.playvid.com/watch/B95NckhGfO-, http://www.playvid.com/watch/vg3NgvTODqu,
http://www.playvid.com/watch/tC-5mLqaR7f, http://www.playvid.com/watch/YNgE2lGs9D2, http://www.playvid.com/watch/CQwwTXcFfGu,
http://www.playvid.com/watch/vrc0m83Sn27, http://www.playvid.com/watch/4w9Kg6po8FZ, http://www.playvid.com/watch/EOOsu0Y90h-,
http://www.playvid.com/watch/MaHuNgLXJBA, http://www.playvid.com/watch/bledWa33Bro, http://www.playvid.com/watch/rYE2QdFabOj,
http://www.playvid.com/watch/wb4NwMgU3MW, http://www.playvid.com/watch/FS4Vl-t7eRC, http://www.playvid.com/watch/bVIqPQJ4P7B,
http://www.playvid.com/watch/AMwcI2M0kWD, http://www.playvid.com/watch/f46qMBK5Pwz, http://www.playvid.com/watch/cKI5vmnPIIS,
http://www.playvid.com/watch/UxJkaeGmklE, http://www.playvid.com/watch/dEb4m0rTA8W, http://www.playvid.com/watch/Ser0dBSHKJ8,
http://www.playvid.com/watch/Naobo20DqCS
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jonesbb
5.b. Uploader's email address: jonesbb1112@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jonesbb
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ag4VslqSdmx, http://www.playvid.com/watch/H9UUXEGMyS6,
http://www.playvid.com/watch/D5Mbr0GeaXi, http://www.playvid.com/watch/0DjVlWnYI43, http://www.playvid.com/watch/CyLtras7SQi,
http://www.playvid.com/watch/XsAJ6kaGF1m, http://www.playvid.com/watch/uZAuwiE40qk, http://www.playvid.com/watch/0jaOV7nDosq,
http://www.playvid.com/watch/DuBxVIwAR5p, http://www.playvid.com/watch/i0wR6vIsJPf, http://www.playvid.com/watch/cCWyOzV8g9M,
http://www.playvid.com/watch/KVbgexyIoDa, http://www.playvid.com/watch/e-ICQUt0xed, http://www.playvid.com/watch/p89Jyd6fICx,
http://www.playvid.com/watch/XkchySKpfaH, http://www.playvid.com/watch/WCsmH0FyY27, http://www.playvid.com/watch/R71eLYxV-cl,
http://www.playvid.com/watch/GAKIsz8v5lp, http://www.playvid.com/watch/FlzKbh4P9l8, http://www.playvid.com/watch/neBBPAM7D1y,
http://www.playvid.com/watch/RyONhpUpvIt, http://www.playvid.com/watch/nmRqPwvjYZ7, http://www.playvid.com/watch/nfJ4hCu1bK5,
http://www.playvid.com/watch/zwRsYA7tnki, http://www.playvid.com/watch/-NKwVLE5Gc7, http://www.playvid.com/watch/lNXUoxShByk,
http://www.playvid.com/watch/BWyF9wlVzhv, http://www.playvid.com/watch/lzjJXWlS428, http://www.playvid.com/watch/0UsE33KJ497,
http://www.playvid.com/watch/vTNFdju6YZJ, http://www.playvid.com/watch/RMeFiI5DIQI, http://www.playvid.com/watch/-gWtnleIhhW,
http://www.playvid.com/watch/ka5sZWJU5VW, http://www.playvid.com/watch/pHUJ2WRmEAz, http://www.playvid.com/watch/Hp0XQFUPAfZ,
http://www.playvid.com/watch/VcmKvrPsl9Q, http://www.playvid.com/watch/eQiLyT00VLi, http://www.playvid.com/watch/lTk3WwM8GEp,
http://www.playvid.com/watch/Wa5BS7yqYjz, http://www.playvid.com/watch/zGycdlnV8xV, http://www.playvid.com/watch/IDQx7lGBLa8,
http://www.playvid.com/watch/mCRP81ixV4b, http://www.playvid.com/watch/z1kNVQYFeGO, http://www.playvid.com/watch/CkId3r5LzJA,
http://www.playvid.com/watch/ogdZFlx9WMA, http://www.playvid.com/watch/kr1Y8d0sUub, http://www.playvid.com/watch/ZzNK3U4Ge3l,
http://www.playvid.com/watch/8Bw67oqY-lU, http://www.playvid.com/watch/Q06lF2Gc7Gv, http://www.playvid.com/watch/YswRozOKByq,
http://www.playvid.com/watch/4b9dzWhi8HZ, http://www.playvid.com/watch/zW41UlQJH55, http://www.playvid.com/watch/DBv4WIU6o1t,
http://www.playvid.com/watch/vIhw6UKscTS, http://www.playvid.com/watch/jfG9u4RmsLE, http://www.playvid.com/watch/cMEMsh3Fa0O,
http://www.playvid.com/watch/-kO6Xq2kJfn, http://www.playvid.com/watch/VMzAf3ONpAE, http://www.playvid.com/watch/Ctov7Bw99U-,
http://www.playvid.com/watch/gvxdgW2qYw8, http://www.playvid.com/watch/kaG3mQdjSsh, http://www.playvid.com/watch/x5jKQplsOXm,
http://www.playvid.com/watch/QgNEe8u-ft3, http://www.playvid.com/watch/O3j7VG8TZJz, http://www.playvid.com/watch/rFiMtGst6EV,
http://www.playvid.com/watch/r4qYTv0LMnG, http://www.playvid.com/watch/6CSqLKg7HPy, http://www.playvid.com/watch/TQExXRb5wBD,
http://www.playvid.com/watch/H67en5iW9dF, http://www.playvid.com/watch/yzW6B-seHbF, http://www.playvid.com/watch/moOMz8xtyLK,
http://www.playvid.com/watch/eeA0eCaCVmI, http://www.playvid.com/watch/RsWVe2dBbdZ, http://www.playvid.com/watch/d5xBE2SlB7t,
http://www.playvid.com/watch/OrDyPoX9Lzt, http://www.playvid.com/watch/V3y2d01BAse, http://www.playvid.com/watch/3xqpPEsV4PB,
http://www.playvid.com/watch/HIfqZDeXsLN, http://www.playvid.com/watch/xxSBHMDAnxk, http://www.playvid.com/watch/l9l8THexaCl,
http://www.playvid.com/watch/ET7smis3GdM, http://www.playvid.com/watch/Ewc1tm4jnAh, http://www.playvid.com/watch/p-iRTWYbqzg,
http://www.playvid.com/watch/fJrpg2wEBOv, http://www.playvid.com/watch/lvKWF8pe72h, http://www.playvid.com/watch/P-722pUvOZG,
http://www.playvid.com/watch/bbNLMKMmmPt, http://www.playvid.com/watch/VOdhFTM1DzU, http://www.playvid.com/watch/lbPSeBsnghl,
http://www.playvid.com/watch/OQggU7qMkEo, http://www.playvid.com/watch/UDxBJtZVqRU, http://www.playvid.com/watch/kVzPq3qjjDs,
http://www.playvid.com/watch/cn2lHX-vvmu, http://www.playvid.com/watch/Eni6wes5204, http://www.playvid.com/watch/RkJUkXQLQe5,
http://www.playvid.com/watch/Ke5pcQxKJiE, http://www.playvid.com/watch/laTeCTsE38j, http://www.playvid.com/watch/QFLd8i359ah,
http://www.playvid.com/watch/qrVSkF3-52k, http://www.playvid.com/watch/bxanEPtPsif, http://www.playvid.com/watch/9Wz1gzOYQdj,
http://www.playvid.com/watch/HUFnnuQgS5R, http://www.playvid.com/watch/yikmQQayoxw, http://www.playvid.com/watch/DdVHCcNiZGj,
http://www.playvid.com/watch/f8ZDIcItWTF, http://www.playvid.com/watch/0YOm9KCzyPD, http://www.playvid.com/watch/w36nSb5j9Qb,
http://www.playvid.com/watch/6SvP51Vcm19, http://www.playvid.com/watch/IdLA4eVO0I6, http://www.playvid.com/watch/QT0nX9ceRkH,
http://www.playvid.com/watch/SiHPgTLz6qu, http://www.playvid.com/watch/VIuhwJvOs8C, http://www.playvid.com/watch/kaf713Nga4C,
http://www.playvid.com/watch/wElaAKvRbKT, http://www.playvid.com/watch/AqPljiH0VfR, http://www.playvid.com/watch/JvqYwtgdRFX,
http://www.playvid.com/watch/gJRkRnTMAcd, http://www.playvid.com/watch/oCNhC2Avh62, http://www.playvid.com/watch/L7MwAz7eyw9,
http://www.playvid.com/watch/tKlM2qkisGL, http://www.playvid.com/watch/bCzjh0FDfgl, http://www.playvid.com/watch/BjbQ2gxAKpU,
http://www.playvid.com/watch/n73XPIp2VAK, http://www.playvid.com/watch/lVFqCzGFgcG, http://www.playvid.com/watch/FpmxXjUSMla,
http://www.playvid.com/watch/8PZULqU4ur5, http://www.playvid.com/watch/wUeN5AxEkBz, http://www.playvid.com/watch/AUoJJwD0ZNP,
http://www.playvid.com/watch/JUP9-HWMBzD, http://www.playvid.com/watch/Kq-eJRTd9Bi, http://www.playvid.com/watch/YBU1VFIxNke,
http://www.playvid.com/watch/lH8s37qN6XI, http://www.playvid.com/watch/6AwZPhP-Wpt, http://www.playvid.com/watch/M3JsNCVwtKj,
http://www.playvid.com/watch/MGtzVN9vx9U, http://www.playvid.com/watch/c0UR26xnuOt, http://www.playvid.com/watch/vomvjKvY4HP,
http://www.playvid.com/watch/RQydNpq326E, http://www.playvid.com/watch/lCmQxTp-suz, http://www.playvid.com/watch/FWsW9omqdDL,
http://www.playvid.com/watch/ousTCKOEcoi, http://www.playvid.com/watch/QFzdYg2pGET, http://www.playvid.com/watch/StF3lPsgWUx,
http://www.playvid.com/watch/l3WPLcJzJpf, http://www.playvid.com/watch/kfT48gKgAnA, http://www.playvid.com/watch/UYe0-5tB8hZ,
http://www.playvid.com/watch/Chevy-vtOCA, http://www.playvid.com/watch/WS77Ytfv4o9, http://www.playvid.com/watch/YRy5hAeRkdg,
http://www.playvid.com/watch/qoVszRNGafI, http://www.playvid.com/watch/MsTFV5Rg3pB, http://www.playvid.com/watch/-bK0DaQ7MLP,
http://www.playvid.com/watch/PkLnlN9gBxN, http://www.playvid.com/watch/O-PLnW3-4Ti, http://www.playvid.com/watch/trjlEK9SZFM,
http://www.playvid.com/watch/Wwv6F6dxCnV, http://www.playvid.com/watch/nDHy56bO3Zv, http://www.playvid.com/watch/6fBhd7I3uYC,
http://www.playvid.com/watch/0iQ5pQ86MNq, http://www.playvid.com/watch/gwxWgMN5-vj, http://www.playvid.com/watch/6QHkQ2RoS0L,
http://www.playvid.com/watch/DfKn2K4UuFI, http://www.playvid.com/watch/jiAphomLzNV, http://www.playvid.com/watch/FcPZmObkDhv,
http://www.playvid.com/watch/AVySTqrZoTE, http://www.playvid.com/watch/C0cSAWtn9H0, http://www.playvid.com/watch/2sEQ0v3j7WZ,
http://www.playvid.com/watch/mbYLaFV5bN5, http://www.playvid.com/watch/V3TCzZuId9C, http://www.playvid.com/watch/mhX3aB3B4Yb,
http://www.playvid.com/watch/LRjXhuJz7Qk, http://www.playvid.com/watch/6zBtRIKLF7v, http://www.playvid.com/watch/SQ5ba2uaVqM,
http://www.playvid.com/watch/8dIFKqUaQmR, http://www.playvid.com/watch/sELtg5fr5Xv, http://www.playvid.com/watch/znaB-gjsx5q,
http://www.playvid.com/watch/c6BkQOpwzje, http://www.playvid.com/watch/zLiaUHnztKw, http://www.playvid.com/watch/9K8ghUdQTzG,
http://www.playvid.com/watch/xXlgeWxksGv, http://www.playvid.com/watch/xaGvsDsrLDe, http://www.playvid.com/watch/clEqSeUJuSU,
http://www.playvid.com/watch/MB3PhL4fmDo, http://www.playvid.com/watch/R-7s9GddSS0, http://www.playvid.com/watch/bZ26qpPQ8z3,
http://www.playvid.com/watch/kEikte2Q6gN, http://www.playvid.com/watch/n0lLeL3lZ4t, http://www.playvid.com/watch/WtkwJpcrN0B,
http://www.playvid.com/watch/l5BDrEbmU7z, http://www.playvid.com/watch/g5Ms9yDCVUz, http://www.playvid.com/watch/UCzugPe04kP,
http://www.playvid.com/watch/7mpN0U3xAvi, http://www.playvid.com/watch/JyA-bainemQ, http://www.playvid.com/watch/sTnBwQK230M,
http://www.playvid.com/watch/EUHxsB7TfkQ, http://www.playvid.com/watch/c-Ik296z0Wt, http://www.playvid.com/watch/d22XonXEqPO,
http://www.playvid.com/watch/mCkNhEds7Hh, http://www.playvid.com/watch/NUe8lPaqr6w
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: JoseBravo

5.b. Uploader's email address: robertitorevolutions@facebook.com
5.d. Uploader's profile: http://www.playvid.com/member/JoseBravo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Kldcz0sLMZ0, http://www.playvid.com/watch/izIquF27tID,
http://www.playvid.com/watch/rJ8CBo06DAA, http://www.playvid.com/watch/tBD4vr3btYP, http://www.playvid.com/watch/KNWlyFzcDeC,
http://www.playvid.com/watch/fye4l4ZgRc-, http://www.playvid.com/watch/Xkco84jPSV4, http://www.playvid.com/watch/sAvn3-CChFE,
http://www.playvid.com/watch/wjstOiFTJ29, http://www.playvid.com/watch/yo7kyAzf6Bo, http://www.playvid.com/watch/7YNlAFFjzDH,
http://www.playvid.com/watch/a4IUzNN85aa, http://www.playvid.com/watch/-dqKlgMH0G9, http://www.playvid.com/watch/uPcSbxOOHu-,
http://www.playvid.com/watch/BfyjEnPtcZG, http://www.playvid.com/watch/QjeD2XgNjkT, http://www.playvid.com/watch/7qQV7PrrBbN,
http://www.playvid.com/watch/pgrQB5qFmBk, http://www.playvid.com/watch/RAjTB38mDyS, http://www.playvid.com/watch/GGIXERwBBhy,
http://www.playvid.com/watch/FP6S8Yz3giu, http://www.playvid.com/watch/tp6oqE2FOtV, http://www.playvid.com/watch/e7KA2mhkhql,
http://www.playvid.com/watch/CIxEqrw7RaX, http://www.playvid.com/watch/Hfd4BZf9Zvn, http://www.playvid.com/watch/HyENPxlQStT,
http://www.playvid.com/watch/p90J9MLhGfE, http://www.playvid.com/watch/OYulZZUkeWA, http://www.playvid.com/watch/SXqX4FoopSx,
http://www.playvid.com/watch/qi2ynCwSQTx, http://www.playvid.com/watch/aNUaNI-sOLJ, http://www.playvid.com/watch/h6HN2SvySD2,
http://www.playvid.com/watch/w7w9JB9kVv-, http://www.playvid.com/watch/ekFmVIMF7hU, http://www.playvid.com/watch/AHKZLMFKbeI,
http://www.playvid.com/watch/RcTAtwj2cYx, http://www.playvid.com/watch/DWCNH6DehTi, http://www.playvid.com/watch/dwl6XvWflI5,
http://www.playvid.com/watch/uCtN0Qv4elh, http://www.playvid.com/watch/ICxzGeKUh0M, http://www.playvid.com/watch/ZFoYQgl0Ddz,
http://www.playvid.com/watch/VdQif5mlZnn, http://www.playvid.com/watch/m0mt7l0ggyf, http://www.playvid.com/watch/dYjPLUx9Mwt,
http://www.playvid.com/watch/43wcloUis7r, http://www.playvid.com/watch/hbJY5tjMKeN, http://www.playvid.com/watch/ByyS8gf0yP4,
http://www.playvid.com/watch/ewNFdHvqEMp, http://www.playvid.com/watch/aQaJXw9U2t-, http://www.playvid.com/watch/Qluy4Fjx9uo,
http://www.playvid.com/watch/-8l55Cx90vZ, http://www.playvid.com/watch/V8abNIir99R, http://www.playvid.com/watch/FxpHinK47cb,
http://www.playvid.com/watch/PQ6kPKoYcU2, http://www.playvid.com/watch/nb9VTnI3B6x, http://www.playvid.com/watch/nMW-KvR8Kty,
http://www.playvid.com/watch/3YO3IzzPbGs, http://www.playvid.com/watch/AUAABENKEzg, http://www.playvid.com/watch/yvNRRsoun60,
http://www.playvid.com/watch/hf8z7D5VWEO, http://www.playvid.com/watch/lwVL8wG3fLP, http://www.playvid.com/watch/4WWrppexRtc,
http://www.playvid.com/watch/6ua4jdKnsqL, http://www.playvid.com/watch/t2h8fCjbAYV, http://www.playvid.com/watch/Hih64gzXGIT,
http://www.playvid.com/watch/n04FozEypg2, http://www.playvid.com/watch/jxPRpnlYybL, http://www.playvid.com/watch/Oe24oXcYJan,
http://www.playvid.com/watch/sqWkZOCktgB, http://www.playvid.com/watch/nMKlyHOojpg, http://www.playvid.com/watch/jQ7QSkDsNwS,
http://www.playvid.com/watch/wQobxqoBn6m, http://www.playvid.com/watch/eghuAqNUSbK, http://www.playvid.com/watch/mkx4yJW-g4P,
http://www.playvid.com/watch/nFWi3byPomP, http://www.playvid.com/watch/Z4y6tipljbs, http://www.playvid.com/watch/WYDwKsvB50h,
http://www.playvid.com/watch/J8AljKrfqa5, http://www.playvid.com/watch/SWG6Ku5cJwz, http://www.playvid.com/watch/EcY33Lt69Cz,
http://www.playvid.com/watch/nmoGkE45Tu5, http://www.playvid.com/watch/4PHx7XPOjeO, http://www.playvid.com/watch/qESSRnuQIF-,
http://www.playvid.com/watch/hRGOV0krCLr, http://www.playvid.com/watch/WBIB30sBjOj, http://www.playvid.com/watch/i5hTbYXVl5a,
http://www.playvid.com/watch/HbhSCMvI5Ul, http://www.playvid.com/watch/zBwgHCJzgsC, http://www.playvid.com/watch/PepgKQx5dhv,
http://www.playvid.com/watch/3X3efOJjjK6, http://www.playvid.com/watch/E8xb9yci0sJ, http://www.playvid.com/watch/jVo-hjc9CLr,
http://www.playvid.com/watch/E-TojbSxPkM, http://www.playvid.com/watch/ptp9T5LRsHP, http://www.playvid.com/watch/iKY-uJ9Xr3l,
http://www.playvid.com/watch/KS3GAAjQGeE, http://www.playvid.com/watch/eSQjO-GmOpH, http://www.playvid.com/watch/UrsFhm97ITK,
http://www.playvid.com/watch/8beXpPuUfZE, http://www.playvid.com/watch/CAk-NDcPFwQ, http://www.playvid.com/watch/EUyoHxQfAqs,
http://www.playvid.com/watch/xr8hquBup50, http://www.playvid.com/watch/9HX3FYYhFEO, http://www.playvid.com/watch/8yNEkjWE-LH,
http://www.playvid.com/watch/fXWDgBjC6nE, http://www.playvid.com/watch/7dlx30GVa7K
5.f. Date of third notice: 2014-11-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jpmgtr95
5.b. Uploader's email address: jpmgtr95@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/jpmgtr95
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TC0UY3FRmmB, http://www.playvid.com/watch/CoQAbzwZYzI,
http://www.playvid.com/watch/VtmyPm3Xidh, http://www.playvid.com/watch/lxtdZmVOz1v, http://www.playvid.com/watch/sNpryATOSId,
http://www.playvid.com/watch/DOAAF_gIDiN, http://www.playvid.com/watch/VDD7jz6DMOx, http://www.playvid.com/watch/3U_ayKEN_Fz
5.f. Date of third notice: 2014-03-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: jrichard87
5.b. Uploader's email address: ropzero@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/jrichard87
5.e. List of videos posted by uploader: http://www.playvid.com/watch/juft-w9hNrC, http://www.playvid.com/watch/56GiAi2kXY-,
http://www.playvid.com/watch/C-rxEpuWHJH, http://www.playvid.com/watch/RO4vRumncYN, http://www.playvid.com/watch/T-jEvfhPSzf,
http://www.playvid.com/watch/XPnLmgd9CV7, http://www.playvid.com/watch/R57le4h0Boo, http://www.playvid.com/watch/83IfwEpdi-R,
http://www.playvid.com/watch/7s9optcHUkk, http://www.playvid.com/watch/s02lvI-RQ0d, http://www.playvid.com/watch/Tubl2L34N8m,
http://www.playvid.com/watch/Rb3xSUJLIcr, http://www.playvid.com/watch/f6ZJUlCepbo, http://www.playvid.com/watch/Wy7QjyTSug0,
http://www.playvid.com/watch/msS-nWfS5cs, http://www.playvid.com/watch/zA9zje20dG4, http://www.playvid.com/watch/c4YqJtcoi3-,
http://www.playvid.com/watch/anv8oADcIP5, http://www.playvid.com/watch/wCetaNxjCnu, http://www.playvid.com/watch/DIcp0uy6isw,
http://www.playvid.com/watch/qKh4uSm8xV4, http://www.playvid.com/watch/8pXBJmmyoWv, http://www.playvid.com/watch/nU9UTY9OwQU,
http://www.playvid.com/watch/QGx9c5Yvy9S, http://www.playvid.com/watch/RmyjwY-Xurf, http://www.playvid.com/watch/dnk9wNDuQIZ,
http://www.playvid.com/watch/3rXUeRuI0Rd, http://www.playvid.com/watch/YM9LgXtdRg6, http://www.playvid.com/watch/mqF5pQUphIZ,
http://www.playvid.com/watch/RrzKkd7HCxH, http://www.playvid.com/watch/PSfmT7rV6N9, http://www.playvid.com/watch/yWQVDuHNGE-,
http://www.playvid.com/watch/VUs03tVFjhQ, http://www.playvid.com/watch/7Aw62mJM1Fq, http://www.playvid.com/watch/wJj14L4ZCBs,
http://www.playvid.com/watch/tpyKq6DNtZB, http://www.playvid.com/watch/Qj46hy-omc5, http://www.playvid.com/watch/9OOo1ZWuagh,
http://www.playvid.com/watch/tJMehqMQ_ee, http://www.playvid.com/watch/imVqbyySlbF, http://www.playvid.com/watch/0cCJenR4mtF,
http://www.playvid.com/watch/D0GWrXbUzq5, http://www.playvid.com/watch/SLJXy0NTvpk, http://www.playvid.com/watch/vTbg6ZPR88N,
http://www.playvid.com/watch/zXm6aSvJyLl, http://www.playvid.com/watch/bur6hOCmvLZ, http://www.playvid.com/watch/FKlQd-rhJ87,
http://www.playvid.com/watch/dgWz-beem_i, http://www.playvid.com/watch/53JYUnxXVKw, http://www.playvid.com/watch/rhB-GPfwcZ9,
http://www.playvid.com/watch/e3NUHcpHl8H, http://www.playvid.com/watch/gjZ32dfJliJ, http://www.playvid.com/watch/4_PF8T_dcSh,
http://www.playvid.com/watch/7oh9ohiLUBC, http://www.playvid.com/watch/mgoalhI8jnw, http://www.playvid.com/watch/U-Wr6mKLdYO,
http://www.playvid.com/watch/a4lZYzkim7u, http://www.playvid.com/watch/35sU8o30LPH, http://www.playvid.com/watch/IRlRGYzS-aY,
http://www.playvid.com/watch/kq4PkreVV0Z, http://www.playvid.com/watch/0vgd7Ranx7C, http://www.playvid.com/watch/TfRxn_RbYNc,
http://www.playvid.com/watch/le1pm005uhe, http://www.playvid.com/watch/dswtA7JCYQZ, http://www.playvid.com/watch/hKMgMCdIsq4,
http://www.playvid.com/watch/4q06fZu_v0E, http://www.playvid.com/watch/QaSrd24RCwV, http://www.playvid.com/watch/xOdo5X5i58r,
http://www.playvid.com/watch/ZxiwPqZmail, http://www.playvid.com/watch/rI8o-VPS2bh, http://www.playvid.com/watch/wXcgKDic1J5,
http://www.playvid.com/watch/8cFUt7o8XA4, http://www.playvid.com/watch/qLPh4ZPMfxi, http://www.playvid.com/watch/WT2k2BnCcZ4,
http://www.playvid.com/watch/xqKJ_vr5_NY, http://www.playvid.com/watch/YQlbALqep_3, http://www.playvid.com/watch/LVrz7C1hwBh,
http://www.playvid.com/watch/DnBgVfE2U34, http://www.playvid.com/watch/7qJiFq8Hgzg, http://www.playvid.com/watch/hdSsgx5uK2K,
http://www.playvid.com/watch/Vx94jRHLUPG, http://www.playvid.com/watch/yOsIGipH6Ya, http://www.playvid.com/watch/KjQ1eJL7LHJ,
http://www.playvid.com/watch/rkiHNEckNYa, http://www.playvid.com/watch/3VW3vOPWUXm, http://www.playvid.com/watch/0qN8hh4T00a,
http://www.playvid.com/watch/WLGmjj5l2uJ, http://www.playvid.com/watch/mtmb1OVuMeF, http://www.playvid.com/watch/UlgBaxlL3-s,
http://www.playvid.com/watch/ldeIAHCbUZe, http://www.playvid.com/watch/NLW7t2gS0yU, http://www.playvid.com/watch/2tkrv4QjWzT,
http://www.playvid.com/watch/Bh4JxTttlFr, http://www.playvid.com/watch/vCgJaDa9MtU, http://www.playvid.com/watch/3457tKSHB3h,
http://www.playvid.com/watch/tj5gNJ0QWqo, http://www.playvid.com/watch/OsMIAYCCEFp, http://www.playvid.com/watch/p4tiCTMx3ye,
http://www.playvid.com/watch/IWXy3bpnsLw, http://www.playvid.com/watch/M-yUjFb5j9H, http://www.playvid.com/watch/HM5n_xgZYih,
http://www.playvid.com/watch/5otzXFiZ20S, http://www.playvid.com/watch/TDuX3DaEIUL, http://www.playvid.com/watch/8sEnSAIFb03,
http://www.playvid.com/watch/FX8KhH5uxWf, http://www.playvid.com/watch/Rz1ght0wqiq, http://www.playvid.com/watch/tl4oGJupNun,
http://www.playvid.com/watch/CzKyDKLk1TS, http://www.playvid.com/watch/2ouveckpldN, http://www.playvid.com/watch/xqO2a6p7fyQ,
http://www.playvid.com/watch/LjcErZjSDR7, http://www.playvid.com/watch/44Ia7kOrICf, http://www.playvid.com/watch/oYIMbndgt5o,
http://www.playvid.com/watch/fsaUxlSOYQf, http://www.playvid.com/watch/ADpVZe2Nmqg, http://www.playvid.com/watch/f6tcqJwNSYZ,
http://www.playvid.com/watch/bPG7GyP0_Ey, http://www.playvid.com/watch/rbGpWgUZ8da, http://www.playvid.com/watch/EscyQBoOEWa,
http://www.playvid.com/watch/6ly8qLP62dK, http://www.playvid.com/watch/UtN3qFA-o7V, http://www.playvid.com/watch/Z4XHGRjw_Zq,
http://www.playvid.com/watch/qv52pXYoyjJ, http://www.playvid.com/watch/0D8drfmzbYk, http://www.playvid.com/watch/7t_WcTLOx3i,
http://www.playvid.com/watch/Cklx2jXhaHM, http://www.playvid.com/watch/uRr46BRtB17, http://www.playvid.com/watch/tm3wO-eG4aj,

http://www.playvid.com/watch/v9HkFhxTNGZ, http://www.playvid.com/watch/hcZHZXA-VHg, http://www.playvid.com/watch/ltWKh06xgyB, http://www.playvid.com/watch/snCMmJ8ZQJz, http://www.playvid.com/watch/refq_apTF4W, http://www.playvid.com/watch/rRsbZgmm0Zr, http://www.playvid.com/watch/862nnz8d8Uy, http://www.playvid.com/watch/KwIuJPT7t2t, http://www.playvid.com/watch/zI43mnmnjmV, http://www.playvid.com/watch/7EYlzW-2Zco, http://www.playvid.com/watch/LOkT-jtkhOz, http://www.playvid.com/watch/cKn8fYwqm-J, http://www.playvid.com/watch/0GFWjDY6OV7, http://www.playvid.com/watch/N-iC0I36viK, http://www.playvid.com/watch/K1wUDH4AGWj, http://www.playvid.com/watch/4ga3tP5SSps, http://www.playvid.com/watch/LBG4IBrwgOq, http://www.playvid.com/watch/DZZmFF-rgpP, http://www.playvid.com/watch/lS9FrZqJ1Wj, http://www.playvid.com/watch/dfdoU51Ao87, http://www.playvid.com/watch/IZdJdM-_maD, http://www.playvid.com/watch/6DfLdEbk6Zz, http://www.playvid.com/watch/SOl4PXy2DKU, http://www.playvid.com/watch/r9hi0-9sLsr, http://www.playvid.com/watch/c9XtPoPrsa4, http://www.playvid.com/watch/ibdj53It8Cp, http://www.playvid.com/watch/Ajzsy_QCxWq, http://www.playvid.com/watch/bd84IT3Wfvp, http://www.playvid.com/watch/BKwmoivZXTe, http://www.playvid.com/watch/huELHPvPgai, http://www.playvid.com/watch/sLmw0lmpNDZ, http://www.playvid.com/watch/cMBtSsXb5Km, http://www.playvid.com/watch/5ubCMIKZhrx, http://www.playvid.com/watch/HXZr5YKr9aA, http://www.playvid.com/watch/CerHTxEHt7w, http://www.playvid.com/watch/RLiHRiqPOqu, http://www.playvid.com/watch/O9RSJzuB_Og, http://www.playvid.com/watch/tcn_9nFX86M, http://www.playvid.com/watch/srmUjap8OMY, http://www.playvid.com/watch/UVroYyZrzZt, http://www.playvid.com/watch/pnu8Ocn3-ul
5.f. Date of third notice: 2014-04-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: juanito12
5.b. Uploader's email address: juanitopatriot@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/juanito12
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PZOuInPGJ3L, http://www.playvid.com/watch/k0nk5D2HD_W, http://www.playvid.com/watch/2coNSCRI6aE, http://www.playvid.com/watch/p56pxFq39rG, http://www.playvid.com/watch/cbk_SC3JPRa, http://www.playvid.com/watch/oOcbiUcQjrb, http://www.playvid.com/watch/EyIVjqC-m4a, http://www.playvid.com/watch/r4ATkvIBsXB, http://www.playvid.com/watch/n0DwbCdJh4w, http://www.playvid.com/watch/wBxdKfkVj79, http://www.playvid.com/watch/mbBxwvgBuJU, http://www.playvid.com/watch/BDMjt1iaIia, http://www.playvid.com/watch/qwflbacwXx6, http://www.playvid.com/watch/vE2lGor4rQH, http://www.playvid.com/watch/Tni8hij-YRH, http://www.playvid.com/watch/xnT6D7RHdfB, http://www.playvid.com/watch/l6bp_mlWrQg, http://www.playvid.com/watch/XoaW4HKRnH3, http://www.playvid.com/watch/rJE4bfK6DpV, http://www.playvid.com/watch/xHxh4g5t73w, http://www.playvid.com/watch/RGFoSc7evXn, http://www.playvid.com/watch/t3-Q2bpNJN6, http://www.playvid.com/watch/IW3e9E4OVXD, http://www.playvid.com/watch/u7M0nGQ4eYU, http://www.playvid.com/watch/WalpZ0ILbAn, http://www.playvid.com/watch/bNy1Zm13rLG, http://www.playvid.com/watch/gj3IZ3ef-8e, http://www.playvid.com/watch/uWTk8DcjNSE, http://www.playvid.com/watch/R7MWzqaVqip, http://www.playvid.com/watch/7dOj24JAcHU, http://www.playvid.com/watch/0sNJpp88Yjs, http://www.playvid.com/watch/tZQxPEhXdXD, http://www.playvid.com/watch/Cb520PF0cgr, http://www.playvid.com/watch/mKVYFXmVKCX, http://www.playvid.com/watch/frMqkGxf0Yu, http://www.playvid.com/watch/fNW9PgtDRaJ, http://www.playvid.com/watch/z8a7_KNqXWm
5.f. Date of third notice: 2015-08-20 19:42:11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: julioletsgo
5.b. Uploader's email address: julio@letsgotravel.es
5.d. Uploader's profile: http://www.playvid.com/member/julioletsgo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PZvA0iwI71T, http://www.playvid.com/watch/ky41dDWoNDb, http://www.playvid.com/watch/8a6vMj0JfG0, http://www.playvid.com/watch/fbvfZ1nO2TP, http://www.playvid.com/watch/9e9bk6B-SsJ, http://www.playvid.com/watch/fc9YBzSfjuU, http://www.playvid.com/watch/kbb-Zuze2nm, http://www.playvid.com/watch/AAci5uDaI2W, http://www.playvid.com/watch/eRAcY72a3Xx, http://www.playvid.com/watch/4mRemU4YDkV, http://www.playvid.com/watch/2tJdzpI01g0, http://www.playvid.com/watch/XctnUywehJr, http://www.playvid.com/watch/xzuIkCnFuRn, http://www.playvid.com/watch/woKT-YTFZVS, http://www.playvid.com/watch/OVKTTYkTlG6, http://www.playvid.com/watch/hojtLB5HAdG, http://www.playvid.com/watch/WnWa02z1bR1, http://www.playvid.com/watch/oZLjouzxAQO, http://www.playvid.com/watch/vaHvUMBWw7b
5.f. Date of third notice: 2014-03-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: july77
5.b. Uploader's email address: asiaasian69@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/july77
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CV-ETVzgmSY, http://www.playvid.com/watch/77ovUjNIOG8, http://www.playvid.com/watch/jbvzrNm5IiQ, http://www.playvid.com/watch/wbfGUAPr4zP, http://www.playvid.com/watch/8riOYVu3zs8, http://www.playvid.com/watch/HEJRLNXTwwN, http://www.playvid.com/watch/k-SP63JqPNx, http://www.playvid.com/watch/uG7meBBo2B9, http://www.playvid.com/watch/wW3SrnJuvhq, http://www.playvid.com/watch/K-9csRPGs3g, http://www.playvid.com/watch/PwBMra9l5nr, http://www.playvid.com/watch/ftj7a6W74SW, http://www.playvid.com/watch/gA0q5kTSo40, http://www.playvid.com/watch/7AV3952itH5, http://www.playvid.com/watch/2j7CTzgIlrF, http://www.playvid.com/watch/w0I8PWQFmk7, http://www.playvid.com/watch/e9vg7hfDnLG, http://www.playvid.com/watch/dLnxXotvXhc, http://www.playvid.com/watch/e6Affy52ems, http://www.playvid.com/watch/O6SasqzDc6J, http://www.playvid.com/watch/Y7OrBJNIrjT, http://www.playvid.com/watch/Hkr2hAkxLyA, http://www.playvid.com/watch/0L2RzBMlHG7, http://www.playvid.com/watch/its3CH92ZfH, http://www.playvid.com/watch/zKuZ6kmtZBD, http://www.playvid.com/watch/gCL37tjxmC5, http://www.playvid.com/watch/4caEOuZQY--, http://www.playvid.com/watch/B7mRwJGNjOA, http://www.playvid.com/watch/7NVLwjZyCvd, http://www.playvid.com/watch/JXXcViFsBds, http://www.playvid.com/watch/d-VSUrVRuET, http://www.playvid.com/watch/xj2tXT4KPwO, http://www.playvid.com/watch/k4jj6fhSTBv, http://www.playvid.com/watch/PrHxGBUhxsZ, http://www.playvid.com/watch/KEXL3piIg7m, http://www.playvid.com/watch/rRYfvXunGhv, http://www.playvid.com/watch/ObLN4HLERm3, http://www.playvid.com/watch/Da0rZDEu8O2, http://www.playvid.com/watch/Q9MNNrpELkt, http://www.playvid.com/watch/0k4CyTJdcoy, http://www.playvid.com/watch/eiaNx8Wp-nn, http://www.playvid.com/watch/56cHKs4hdKK, http://www.playvid.com/watch/mq28hiJTDQB, http://www.playvid.com/watch/ypejwEMDwjW, http://www.playvid.com/watch/-Z0ZwIshxTJ, http://www.playvid.com/watch/fdhoabvD4AA, http://www.playvid.com/watch/zu-I4hcvEKy, http://www.playvid.com/watch/VgdvoSXKBE3, http://www.playvid.com/watch/9YlWUEYXz45, http://www.playvid.com/watch/2h2sXFUHz0W, http://www.playvid.com/watch/jrAhxc8Q4DW, http://www.playvid.com/watch/JwqXkdo83kj, http://www.playvid.com/watch/hrgUmsJa53v, http://www.playvid.com/watch/raaJoZU20CP, http://www.playvid.com/watch/mCs8-f3nRFG, http://www.playvid.com/watch/uDtszuTyLhz, http://www.playvid.com/watch/xKRbWQOrfxJ, http://www.playvid.com/watch/Yx6JRFhbOo2, http://www.playvid.com/watch/k0MlyGsJpAn, http://www.playvid.com/watch/l9k5Vz-yKPy, http://www.playvid.com/watch/kgGXRPQam4R, http://www.playvid.com/watch/RwhfqqGWejv, http://www.playvid.com/watch/pAwPQCRDrGC, http://www.playvid.com/watch/Dx5ipagtNo7, http://www.playvid.com/watch/A8gcWdwWAZW, http://www.playvid.com/watch/FvdYO7gKo0T, http://www.playvid.com/watch/kP5XUOQ4fE8, http://www.playvid.com/watch/YZZ2BbTi6rx, http://www.playvid.com/watch/WWWqO6cx0-u, http://www.playvid.com/watch/XtN0rfBkIXw, http://www.playvid.com/watch/5yF0uTht2Tc, http://www.playvid.com/watch/XHaXU8uZOG6, http://www.playvid.com/watch/NzxTdQUwqmE, http://www.playvid.com/watch/h9EOkp-qQpj, http://www.playvid.com/watch/bnRI473wr4Y, http://www.playvid.com/watch/tlycs0FFQ3x, http://www.playvid.com/watch/5SclpdizxDE, http://www.playvid.com/watch/MPvfCVDvhB7, http://www.playvid.com/watch/ZwxgI74BDQp, http://www.playvid.com/watch/OgCMNQEiYE-, http://www.playvid.com/watch/CHDLqoIoZaq, http://www.playvid.com/watch/Ml1WYCcYkT9, http://www.playvid.com/watch/Zlsa5mNZPRF, http://www.playvid.com/watch/J27b7QRm9tO, http://www.playvid.com/watch/xvv7autqeYW, http://www.playvid.com/watch/ObyhispQb7b, http://www.playvid.com/watch/OPR36qPrkKn, http://www.playvid.com/watch/twLF7c4c1GS, http://www.playvid.com/watch/q5rT9ZAV4Tq, http://www.playvid.com/watch/P7eE3jl-xZ3, http://www.playvid.com/watch/9ATYWjnoKX2
5.f. Date of third notice: 2014-01-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: JustinSider
5.b. Uploader's email address: ddiaz0284@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/JustinSider
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YokMzR7jcwp, http://www.playvid.com/watch/vYvPQpaEGIE, http://www.playvid.com/watch/cygotEWHCmS, http://www.playvid.com/watch/6CHTsGNEMtC, http://www.playvid.com/watch/5Ae8tt9SZb9, http://www.playvid.com/watch/Lw4t7DeZ-Rk, http://www.playvid.com/watch/udTBc9VVc5k, http://www.playvid.com/watch/lgQpoLmj7Hg, http://www.playvid.com/watch/MyCjSuxg-Nv, http://www.playvid.com/watch/NExlorSHiqz, http://www.playvid.com/watch/cKJMzgDiLi7, http://www.playvid.com/watch/nUAfwfPPOjc, http://www.playvid.com/watch/lXeT-AzHILb, http://www.playvid.com/watch/YSWIFPKza5j, http://www.playvid.com/watch/JhZCYofTEnF, http://www.playvid.com/watch/AxVLkKNO6h6, http://www.playvid.com/watch/pidO0lntLd8, http://www.playvid.com/watch/tZUhgHXNAut, http://www.playvid.com/watch/b783drnCdHP, http://www.playvid.com/watch/BTqClvuUbpB,

http://www.playvid.com/watch/HfO7yYMFo75, http://www.playvid.com/watch/zA9wKNNp0iZ
5.f. Date of third notice: 2013-11-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: justinswayy
5.b. Uploader's email address: bes1sent@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/justinswayy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/696vukoi4pH, http://www.playvid.com/watch/e9fhjUYVZvm,
http://www.playvid.com/watch/B0ZMH6Q-GiF, http://www.playvid.com/watch/iCh5uv3FrNM, http://www.playvid.com/watch/kblNEDDNYIN,
http://www.playvid.com/watch/v6xv_imS06a, http://www.playvid.com/watch/kVG7kSJDLaO, http://www.playvid.com/watch/X2835xB7tgT,
http://www.playvid.com/watch/gFhq_Y4k06C, http://www.playvid.com/watch/Rp_cSBITcwi, http://www.playvid.com/watch/bYjWBLlY19U,
http://www.playvid.com/watch/DuBzF_oNauk, http://www.playvid.com/watch/8x6VYnuQdYX, http://www.playvid.com/watch/lz_1AQgWxiU,
http://www.playvid.com/watch/cKmaj6uQfLx, http://www.playvid.com/watch/IuUcCT3qHLv, http://www.playvid.com/watch/fN6yqP-MvWM,
http://www.playvid.com/watch/H2CORZO0Jgl, http://www.playvid.com/watch/D3OqQIIUibT, http://www.playvid.com/watch/CHEEULFFwmt,
http://www.playvid.com/watch/hOsmS7een9R, http://www.playvid.com/watch/bgD1JTJBTYD, http://www.playvid.com/watch/Y_eLTKENysE,
http://www.playvid.com/watch/jVTo6vpwh4O, http://www.playvid.com/watch/6vyMUqkU8Kc, http://www.playvid.com/watch/acVMP6WfZUu,
http://www.playvid.com/watch/RmwBTTSzdhS, http://www.playvid.com/watch/r1Asp8vfCnu, http://www.playvid.com/watch/Grv9PD6K4uh,
http://www.playvid.com/watch/b46DAO3NmSE, http://www.playvid.com/watch/HUqHIuOPc3v, http://www.playvid.com/watch/3yH9Lo6BtCS,
http://www.playvid.com/watch/6E22CkI2DZP, http://www.playvid.com/watch/z-l49dc9PFj, http://www.playvid.com/watch/UxeFmW6FpPy,
http://www.playvid.com/watch/qOqXCHvu9Ux, http://www.playvid.com/watch/ZowmKigu1Gi, http://www.playvid.com/watch/Unj3TI2Bn-F,
http://www.playvid.com/watch/WVtak7CVtmy, http://www.playvid.com/watch/SwZOPzsFsTc, http://www.playvid.com/watch/h8P8NYxwJGL,
http://www.playvid.com/watch/0N9ACiKVZ30, http://www.playvid.com/watch/LlD_dXy3_nL, http://www.playvid.com/watch/8aDKYi13qwZ,
http://www.playvid.com/watch/7MYYnrA938C, http://www.playvid.com/watch/Bqg3V2fVZ2f, http://www.playvid.com/watch/CrIZkX5nFjG,
http://www.playvid.com/watch/o0Kso8x_J7t, http://www.playvid.com/watch/X5syfGaBq8j, http://www.playvid.com/watch/tpgzhl-2EvN,
http://www.playvid.com/watch/iaaDYc13lHO, http://www.playvid.com/watch/kpUc-sIFxIb, http://www.playvid.com/watch/9bA8xa58NXe,
http://www.playvid.com/watch/53luM93kIti, http://www.playvid.com/watch/QOGcgLCO4uM, http://www.playvid.com/watch/ZISh7CKNPsw,
http://www.playvid.com/watch/P59AIwRzrpJ, http://www.playvid.com/watch/odhU6hQ6HLU, http://www.playvid.com/watch/lIPLgSNIsWK,
http://www.playvid.com/watch/AtYghPAyg_P, http://www.playvid.com/watch/gkeJhVRsVam, http://www.playvid.com/watch/iO66OgbEixO,
http://www.playvid.com/watch/dyDbX5Cljrb, http://www.playvid.com/watch/GZddX7KxmQa, http://www.playvid.com/watch/scfCRAN1syn,
http://www.playvid.com/watch/UltZ5iMuAz6, http://www.playvid.com/watch/MOYjiAC7esz, http://www.playvid.com/watch/ZBh6IpqbWwG,
http://www.playvid.com/watch/ILnS6qpGmTC, http://www.playvid.com/watch/r6iOj6dX1Cp, http://www.playvid.com/watch/ofyfHpcpwt4,
http://www.playvid.com/watch/Rq7JHXFdnn8, http://www.playvid.com/watch/FGB6Yvfk7JO, http://www.playvid.com/watch/J-SvBZB6RaX,
http://www.playvid.com/watch/Iu3Ue4TECYt, http://www.playvid.com/watch/m5Zt0cUG1qf, http://www.playvid.com/watch/oSlq_VcAL_y,
http://www.playvid.com/watch/DtLwWom4kdB, http://www.playvid.com/watch/WChXFAsex5j, http://www.playvid.com/watch/rrC2Dam-fMo,
http://www.playvid.com/watch/v9w2_j3U6_Q, http://www.playvid.com/watch/lccTtt4gdaZ, http://www.playvid.com/watch/NA10n5hnl-9,
http://www.playvid.com/watch/mY4UmQ8N0f4, http://www.playvid.com/watch/9RkVcESbF7G, http://www.playvid.com/watch/Rs6K7WCp7Tw,
http://www.playvid.com/watch/4y1xdPt4VW2, http://www.playvid.com/watch/4qJa0JEY1WJ, http://www.playvid.com/watch/y_W9IIUNL9o,
http://www.playvid.com/watch/SuXqksFVNg0, http://www.playvid.com/watch/yovFzlu3_To, http://www.playvid.com/watch/PYIyjyP9log,
http://www.playvid.com/watch/xGWTpAKXctj, http://www.playvid.com/watch/d-tWThxaq3v, http://www.playvid.com/watch/QY4m5_3I2LN,
http://www.playvid.com/watch/esAyWNdMWAS, http://www.playvid.com/watch/zx7ZCXjt_pa, http://www.playvid.com/watch/YIbriVh6NQp,
http://www.playvid.com/watch/5X7kf6g3tAe, http://www.playvid.com/watch/JkYYhCQuoRP, http://www.playvid.com/watch/L-zp71_kAkB,
http://www.playvid.com/watch/WUJKJaaEKnn, http://www.playvid.com/watch/Dum_fi0xHrg, http://www.playvid.com/watch/2NaPVvr1dXw,
http://www.playvid.com/watch/jJPSO6KJGPP, http://www.playvid.com/watch/RJgf-suLC8k, http://www.playvid.com/watch/8TuWM-H96Xq,
http://www.playvid.com/watch/y0Ye-2go2q7, http://www.playvid.com/watch/LnBUXp7odPk, http://www.playvid.com/watch/AC2Vx36wAXu,
http://www.playvid.com/watch/a_Y8QUnudIE, http://www.playvid.com/watch/8m-Kr1NnI6u, http://www.playvid.com/watch/fqxlTyLXnOR,
http://www.playvid.com/watch/2MupeNVcNON, http://www.playvid.com/watch/gurTDfKawhL, http://www.playvid.com/watch/s4CQST8IVW7,
http://www.playvid.com/watch/M5mRe5WJZZV, http://www.playvid.com/watch/b4rRfpZTk5U, http://www.playvid.com/watch/APgzioQy2e8,
http://www.playvid.com/watch/ObGs8PvRc5e, http://www.playvid.com/watch/Os0PDrYCqMs, http://www.playvid.com/watch/ebc0mOn-R9C,
http://www.playvid.com/watch/GSfj29ebrKS, http://www.playvid.com/watch/sEqyInK-nkb, http://www.playvid.com/watch/3P6Tskn4FSO,
http://www.playvid.com/watch/lW5sebXdHsz, http://www.playvid.com/watch/rZxjlpuxU7J, http://www.playvid.com/watch/GzSNMqCUh2h,
http://www.playvid.com/watch/zNSRVtdKmPU, http://www.playvid.com/watch/R3NDt_dqAoQ, http://www.playvid.com/watch/ZimVs6FAsmk,
http://www.playvid.com/watch/baA8u705Rr0, http://www.playvid.com/watch/2RwS_5i1aMx, http://www.playvid.com/watch/ffwOPtXesXn,
http://www.playvid.com/watch/42gQCck4RGE, http://www.playvid.com/watch/boOFMar503z, http://www.playvid.com/watch/pUBhwnmANkm,
http://www.playvid.com/watch/7ccfih-__UL, http://www.playvid.com/watch/YxqsA3dVuXh, http://www.playvid.com/watch/OFajHDEty6c,
http://www.playvid.com/watch/xWXdp3iZHbJ, http://www.playvid.com/watch/5-4g9g2levz, http://www.playvid.com/watch/MGfoea4wSci,
http://www.playvid.com/watch/oF7i2swXyVh, http://www.playvid.com/watch/5bM2btNffwn, http://www.playvid.com/watch/VurY_FACzeH,
http://www.playvid.com/watch/rfBtHktoZbv, http://www.playvid.com/watch/PAgGX7e-CRt, http://www.playvid.com/watch/2aYw-2cUiHH,
http://www.playvid.com/watch/4R5Os4REFlO, http://www.playvid.com/watch/jHDL02ysdQL, http://www.playvid.com/watch/hh3EACGEjEf,
http://www.playvid.com/watch/na4WR7qJXEd, http://www.playvid.com/watch/Xrnqo625gIg, http://www.playvid.com/watch/vXZyCXPV8Wr,
http://www.playvid.com/watch/zJgFw3urVMH, http://www.playvid.com/watch/tE1nPeVytrK, http://www.playvid.com/watch/z1UGqlwg0KD,
http://www.playvid.com/watch/ieFD8ZKYFIs, http://www.playvid.com/watch/cbB0hYk5ZVy, http://www.playvid.com/watch/UdulJ8zJ7tK,
http://www.playvid.com/watch/aGTcXfQHoah, http://www.playvid.com/watch/fhP530XOhLu, http://www.playvid.com/watch/oKGCMvn2RuK,
http://www.playvid.com/watch/zFUz24l2pTp, http://www.playvid.com/watch/6d5yT3ZiTtl, http://www.playvid.com/watch/DNFDEMO2GXm,
http://www.playvid.com/watch/NNlhyBG2nof, http://www.playvid.com/watch/L17TWWA1JnG, http://www.playvid.com/watch/7m7xC2Da5SH,
http://www.playvid.com/watch/nCrKV6OvC1i, http://www.playvid.com/watch/e-WUS2UPS8v, http://www.playvid.com/watch/4Lc-VbAoZQ2,
http://www.playvid.com/watch/C2Ku3wDNB43, http://www.playvid.com/watch/PTHbTvbakwI, http://www.playvid.com/watch/XX5H1zJmn3k,
http://www.playvid.com/watch/0b-Nua6wwc7, http://www.playvid.com/watch/Bbh4FsYAFya, http://www.playvid.com/watch/uf7yrCyoSPT,
http://www.playvid.com/watch/fqiKwXuPS2n, http://www.playvid.com/watch/bUvcMEVDghE, http://www.playvid.com/watch/jnC3jTAyvmb,
http://www.playvid.com/watch/XpmJD6whgJu, http://www.playvid.com/watch/oI3mLiI5ETx, http://www.playvid.com/watch/BHwcJfMogeU,
http://www.playvid.com/watch/JfR3rI-gTjt, http://www.playvid.com/watch/8X0uAXzh2OK, http://www.playvid.com/watch/ShXJskgkDHE,
http://www.playvid.com/watch/wLbuPGBR41U, http://www.playvid.com/watch/I0rkisuyZDr, http://www.playvid.com/watch/qpvyWI_CseE,
http://www.playvid.com/watch/JJk4dU0aJrT, http://www.playvid.com/watch/ETPkkdl_vSs, http://www.playvid.com/watch/QmTcbFjMbIw,
http://www.playvid.com/watch/gkQA5JtXGOd, http://www.playvid.com/watch/9V0EZ_xaOpJ, http://www.playvid.com/watch/KLl_Uy0f8Yc,
http://www.playvid.com/watch/x8ZoEHJdD6g, http://www.playvid.com/watch/Gd_pLISZS4A, http://www.playvid.com/watch/JxCuD2phVfk,
http://www.playvid.com/watch/MAk6OP4S9Qt, http://www.playvid.com/watch/s1JJq3lEoAv, http://www.playvid.com/watch/Hrlp7KdqbHB,
http://www.playvid.com/watch/IZ59rLkMCQo, http://www.playvid.com/watch/vUD0Fg9NW90, http://www.playvid.com/watch/p9m_EZmmpVA,
http://www.playvid.com/watch/zKnTjIeHah8, http://www.playvid.com/watch/LNCQu53lzLj, http://www.playvid.com/watch/pLhdcikU_yD,
http://www.playvid.com/watch/cwOoAy3TFLg, http://www.playvid.com/watch/etFdzELGBE8, http://www.playvid.com/watch/s7rfjOt18iE,
http://www.playvid.com/watch/j8XH8b_-Izo, http://www.playvid.com/watch/Zmo_pFdnG4j, http://www.playvid.com/watch/94Qi1xOM9xA,
http://www.playvid.com/watch/s3vCluxxWbp, http://www.playvid.com/watch/mweJjvBnHrH, http://www.playvid.com/watch/HV55WYmTCsg,
http://www.playvid.com/watch/j1pD6rSnioX, http://www.playvid.com/watch/AhnoG1FdM6N, http://www.playvid.com/watch/20St8Hshj13,
http://www.playvid.com/watch/AQrM0Lania7, http://www.playvid.com/watch/W9ySVSDKjz6, http://www.playvid.com/watch/DZu1DdZIJ1q,
http://www.playvid.com/watch/YSEN_Yba_-V, http://www.playvid.com/watch/JtOJZLfcscA, http://www.playvid.com/watch/gZraZr_nvyQ,
http://www.playvid.com/watch/waYaR1afDuu, http://www.playvid.com/watch/LcbweK5yd1h, http://www.playvid.com/watch/6UFYDHbUBRS,
http://www.playvid.com/watch/0-v9JRQT7Aq, http://www.playvid.com/watch/TXlCJRFKkyV, http://www.playvid.com/watch/f4C_Q4IZgzB,
http://www.playvid.com/watch/rILW-CxCsxN, http://www.playvid.com/watch/ou0iWlU3nq0, http://www.playvid.com/watch/vjSxduPZWAf,
http://www.playvid.com/watch/heWgNXyQUoR, http://www.playvid.com/watch/r5rBzsGjV7P, http://www.playvid.com/watch/TSjO1k94zQv,
http://www.playvid.com/watch/9vA4R3MPgcT, http://www.playvid.com/watch/LQwMcfERJLV, http://www.playvid.com/watch/4IlKtV1Cevb,
http://www.playvid.com/watch/dMiL63W5Umr, http://www.playvid.com/watch/Hpdvytxmjkk, http://www.playvid.com/watch/2LLVmj69nFz,
http://www.playvid.com/watch/4NoUUwGCVWw, http://www.playvid.com/watch/JWPae448Afb, http://www.playvid.com/watch/FtjhkhoWdQa,
http://www.playvid.com/watch/zZMhyACY_EW, http://www.playvid.com/watch/l5CAgzdjU1x, http://www.playvid.com/watch/USzCGzFD0-u,
http://www.playvid.com/watch/G1sQO7pssMk, http://www.playvid.com/watch/qQ2y1VdJPVy, http://www.playvid.com/watch/7CwJgGYRYBE,
http://www.playvid.com/watch/UBWBeDAHHS6, http://www.playvid.com/watch/xAma7dNin6t, http://www.playvid.com/watch/VdL-IzjxhhA,
http://www.playvid.com/watch/Q8PLZ3PikX4, http://www.playvid.com/watch/Zg35xtXPDny, http://www.playvid.com/watch/zQNFviXNkr9,
http://www.playvid.com/watch/TXb2CyXGxII, http://www.playvid.com/watch/L9Qu4_SsZs5, http://www.playvid.com/watch/2_234S6hRWE,
http://www.playvid.com/watch/oR08jxZq6aH, http://www.playvid.com/watch/n5ZRpPJiyra, http://www.playvid.com/watch/60HF7zZO5m3,

http://www.playvid.com/watch/ty5ho-bWsI2, http://www.playvid.com/watch/4QpiImsBCRQ, http://www.playvid.com/watch/JaZ5ySp37yg, http://www.playvid.com/watch/G1E_e3b9yfy, http://www.playvid.com/watch/UFGcDUIPhgl, http://www.playvid.com/watch/2g9p0kqFNZh, http://www.playvid.com/watch/Uv34L7tju3v, http://www.playvid.com/watch/BwDAWIlRqoB, http://www.playvid.com/watch/b-cwFEssSSj, http://www.playvid.com/watch/FOIWmBz67Sh, http://www.playvid.com/watch/Vn-u2lKJB4f, http://www.playvid.com/watch/p2MtzhIZsvd, http://www.playvid.com/watch/8KNvUDU5wKV, http://www.playvid.com/watch/H3SDqeig2EG, http://www.playvid.com/watch/wDF275RqcFB, http://www.playvid.com/watch/vnTgN-Gvu8b, http://www.playvid.com/watch/nTCGJ7n0XL4, http://www.playvid.com/watch/5-ryOSQ4-QO, http://www.playvid.com/watch/DJDJjTskEe7, http://www.playvid.com/watch/oCBgz--_C8A, http://www.playvid.com/watch/BMpoODWQ3hp, http://www.playvid.com/watch/DNzsf7v5G55, http://www.playvid.com/watch/CLfn9DibJLc, http://www.playvid.com/watch/3VnCsbOsufm, http://www.playvid.com/watch/9gzi9RgBI-n, http://www.playvid.com/watch/cgEHV6vJHml, http://www.playvid.com/watch/uP2zdCpVM_i, http://www.playvid.com/watch/JmvJufSByab, http://www.playvid.com/watch/8zeH5LYM9V7, http://www.playvid.com/watch/wJW2JQ9X_qE, http://www.playvid.com/watch/8AHQngDmo-E, http://www.playvid.com/watch/svWHQaJK52s, http://www.playvid.com/watch/RHDyHh5EN0u, http://www.playvid.com/watch/g82dUqFgWBx, http://www.playvid.com/watch/cBqS4WKLMIK, http://www.playvid.com/watch/b0BXi8bqCbn, http://www.playvid.com/watch/MCKaXpw1LBU, http://www.playvid.com/watch/05dBIoJBoua, http://www.playvid.com/watch/rTZe4YafdrN, http://www.playvid.com/watch/5KxXdSKUMpj, http://www.playvid.com/watch/MKekBt7sMld, http://www.playvid.com/watch/qyTaveAAnmj, http://www.playvid.com/watch/YH15KtPBP2O, http://www.playvid.com/watch/b7JdG-VsKf2, http://www.playvid.com/watch/wHtGo7rFd0D, http://www.playvid.com/watch/rynSczY6ucG, http://www.playvid.com/watch/n2BAGC43kI3, http://www.playvid.com/watch/2wWDXL8qzAF, http://www.playvid.com/watch/rbVbqb1u4QI, http://www.playvid.com/watch/owVVrJkwZp8, http://www.playvid.com/watch/oRaAnDQTyzm, http://www.playvid.com/watch/0ORjHg_qWS8, http://www.playvid.com/watch/fFHaEIwZjC5, http://www.playvid.com/watch/EYQd6vd7SA4, http://www.playvid.com/watch/PH0FW2PUlbx, http://www.playvid.com/watch/SdX2VU4Aiik, http://www.playvid.com/watch/yZKSQKP4Rr6, http://www.playvid.com/watch/rgLrMsauuVK, http://www.playvid.com/watch/6KZPzHAeayX, http://www.playvid.com/watch/O9Ih75C1kqB, http://www.playvid.com/watch/7wU46YabPe5, http://www.playvid.com/watch/6dszpwYjgfj, http://www.playvid.com/watch/X6IHyYKgjcY, http://www.playvid.com/watch/bK1Gs77T1aw, http://www.playvid.com/watch/b39dXI1bMIV, http://www.playvid.com/watch/ki2-BVZ4iA6, http://www.playvid.com/watch/AjF0ovAJlbf, http://www.playvid.com/watch/RHs2id5E6Fc, http://www.playvid.com/watch/ECIeRvCxHx5, http://www.playvid.com/watch/oJPE-4hB8RK, http://www.playvid.com/watch/T5MOJOZBYx0, http://www.playvid.com/watch/8D0FFM-AQSi, http://www.playvid.com/watch/T6F1XHKYIs9, http://www.playvid.com/watch/RhvnPXDm5M5, http://www.playvid.com/watch/OYJvo70gDtB, http://www.playvid.com/watch/z06TFBXgNyG, http://www.playvid.com/watch/PMjv5ShJlvz, http://www.playvid.com/watch/gZNGBnSLAtM, http://www.playvid.com/watch/rAgtWHfcD_k, http://www.playvid.com/watch/2hxegUC4goF, http://www.playvid.com/watch/f8_joZU_IuN, http://www.playvid.com/watch/ELvyOFBd6hD, http://www.playvid.com/watch/bK1Gs77T1aw, http://www.playvid.com/watch/3adfmli5k3P, http://www.playvid.com/watch/soi-COHB57n, http://www.playvid.com/watch/lPIj_glKccA, http://www.playvid.com/watch/ibZtzLH9p2e, http://www.playvid.com/watch/QYvw4ZcuGPa, http://www.playvid.com/watch/pmBsQ4L21wr, http://www.playvid.com/watch/0E3UJp9fs4S, http://www.playvid.com/watch/QJH22j-v9Po, http://www.playvid.com/watch/y2n88QCmabE, http://www.playvid.com/watch/34PUtYityqP, http://www.playvid.com/watch/o2CEd__2XII, http://www.playvid.com/watch/ul1y4NA1Cum, http://www.playvid.com/watch/0C1OUV8505I, http://www.playvid.com/watch/dsQXkcFEKix, http://www.playvid.com/watch/cD1Uay2isiE, http://www.playvid.com/watch/tWc7sRUUyGF, http://www.playvid.com/watch/WTH96R5a6hJ, http://www.playvid.com/watch/AJW043eMp4s, http://www.playvid.com/watch/eclIRmsoqV0, http://www.playvid.com/watch/6Yap_ZWN4tc, http://www.playvid.com/watch/WISYy6w0tfX, http://www.playvid.com/watch/OmHNZ4eNgDz
5.f. Date of third notice: 2015-08-06 21:29:24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: K3Babesfan
5.b. Uploader's email address: marc.tulp@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/K3Babesfan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AB-FNUy8SS9, http://www.playvid.com/watch/diz9sBE6uyq, http://www.playvid.com/watch/TejD3WrmzSb, http://www.playvid.com/watch/vOwRzSWclWv, http://www.playvid.com/watch/gKh6wtWK_PK, http://www.playvid.com/watch/WpNG57xYObJ, http://www.playvid.com/watch/FIi0wVGTjpl, http://www.playvid.com/watch/gLS33QoEIf0, http://www.playvid.com/watch/n-ziej48spW, http://www.playvid.com/watch/3NQl--LMqy5, http://www.playvid.com/watch/6rfxU6y4r-k, http://www.playvid.com/watch/Yv6VvSgLE5z, http://www.playvid.com/watch/WqwXvwkH3bB, http://www.playvid.com/watch/a4hWmgaB_OF, http://www.playvid.com/watch/ljULrX9JdPv, http://www.playvid.com/watch/gRWfn-mjX0F, http://www.playvid.com/watch/tvkRkemG54J, http://www.playvid.com/watch/8-4SSMiGWxV, http://www.playvid.com/watch/qZLlUMQ_4WS, http://www.playvid.com/watch/CZYPDJUfNiM, http://www.playvid.com/watch/wgitDqYZfj7, http://www.playvid.com/watch/PLAaOqVzY64, http://www.playvid.com/watch/bNBBN83R-S9, http://www.playvid.com/watch/GHpCb_IaDS8, http://www.playvid.com/watch/EUvYnaivl6k, http://www.playvid.com/watch/S_zyUIMkW8n, http://www.playvid.com/watch/t3y0giLfB4K, http://www.playvid.com/watch/TQpPHWciXJn, http://www.playvid.com/watch/zHjLVAlsVQ7, http://www.playvid.com/watch/Q_ks8RjB7yb, http://www.playvid.com/watch/ONSrPwkPpks, http://www.playvid.com/watch/gC1jyXeMAiU, http://www.playvid.com/watch/hn370HPGfvA, http://www.playvid.com/watch/87jeCsTYXty, http://www.playvid.com/watch/JvE38gN59rc, http://www.playvid.com/watch/zgKcCfZAJ5V, http://www.playvid.com/watch/MwOBYxqXU0h, http://www.playvid.com/watch/l84Js866eWq, http://www.playvid.com/watch/uUusKJb-JCH, http://www.playvid.com/watch/Wfy8JcFONYJ, http://www.playvid.com/watch/xoEEj4qONbZ, http://www.playvid.com/watch/PUN73TYCx4Q, http://www.playvid.com/watch/ay4vue_9CTy, http://www.playvid.com/watch/fbQWHMlxWMP, http://www.playvid.com/watch/qJhAikmsOki, http://www.playvid.com/watch/Xr12nuXa2Ps, http://www.playvid.com/watch/y4gxViV4CsV, http://www.playvid.com/watch/LeOABiK8ATu, http://www.playvid.com/watch/J0QFWLnTUJP, http://www.playvid.com/watch/XH0EH5vrkIK, http://www.playvid.com/watch/PBQ20F41iQR, http://www.playvid.com/watch/OM-IYPkJYoj, http://www.playvid.com/watch/rVnn1iDP2yf, http://www.playvid.com/watch/hfaJLOkfgMy, http://www.playvid.com/watch/V38dr1tV_uH, http://www.playvid.com/watch/kWv-i2GGtMu, http://www.playvid.com/watch/OhwSEjPbS6o, http://www.playvid.com/watch/ofNOAnf4cNF, http://www.playvid.com/watch/OoTYwemvONd, http://www.playvid.com/watch/S5pVnCCJxjS, http://www.playvid.com/watch/DwdoDvMulVH, http://www.playvid.com/watch/wzv0_yvzHCs, http://www.playvid.com/watch/l9YQ_mDm7fD
5.f. Date of third notice: 2015-10-06 13:32:05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kaan34
5.b. Uploader's email address: batuhan___cilgin@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kaan34
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FklkX14-jus, http://www.playvid.com/watch/f-NR1gTQHrH, http://www.playvid.com/watch/B66BQ0n5S68, http://www.playvid.com/watch/rgOWsMllIvu, http://www.playvid.com/watch/AjR6wyVegwR, http://www.playvid.com/watch/x9I-NqJN4ia, http://www.playvid.com/watch/P40HiVkz-NV, http://www.playvid.com/watch/2rNXykdEtrb, http://www.playvid.com/watch/333Wpd24R2o, http://www.playvid.com/watch/o6QE1ZIKrJP, http://www.playvid.com/watch/IrAjSJtHEat, http://www.playvid.com/watch/Fg86k8yEq2r, http://www.playvid.com/watch/KG5q7aCQGL6, http://www.playvid.com/watch/lCiRiPW_IYS, http://www.playvid.com/watch/gkTsvei7jqD, http://www.playvid.com/watch/zWq25EpttkT
5.f. Date of third notice: 2015-01-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kaiyoung41
5.b. Uploader's email address: kaiyoung22@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kaiyoung41
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xRFukryS9Mn, http://www.playvid.com/watch/m0AV0Sv48fh, http://www.playvid.com/watch/IUz6JNb6rHT, http://www.playvid.com/watch/kfoAJtCxuvm, http://www.playvid.com/watch/w6Nc3FmP9-n, http://www.playvid.com/watch/nRZ5L8eZwvu, http://www.playvid.com/watch/ai4EZbkf9s6, http://www.playvid.com/watch/Ig2a06VmjFF, http://www.playvid.com/watch/TYUda2anvvT, http://www.playvid.com/watch/MObEq8jS5q2, http://www.playvid.com/watch/50EpWcyIKMn, http://www.playvid.com/watch/y0f7dsKnDB6, http://www.playvid.com/watch/0rP8izybwU2, http://www.playvid.com/watch/W3laIntHQVs, http://www.playvid.com/watch/25Vhi-K2DgI, http://www.playvid.com/watch/lTRcGYbIAx9, http://www.playvid.com/watch/xQCH64Myn5B, http://www.playvid.com/watch/kqqtPdcu4W9, http://www.playvid.com/watch/UsAG2WYlYJY, http://www.playvid.com/watch/WbeR0dwngYr, http://www.playvid.com/watch/kKyhKo2X8DM, http://www.playvid.com/watch/cHIpmOytlm9, http://www.playvid.com/watch/-kACrJmdrzp, http://www.playvid.com/watch/GOPLXwplSxW, http://www.playvid.com/watch/NE3bNllLsIL, http://www.playvid.com/watch/GqDAk4yApAk, http://www.playvid.com/watch/V0tXd4JEVE0, http://www.playvid.com/watch/JohOT5fS86n, http://www.playvid.com/watch/ctWTCa2kZM-, http://www.playvid.com/watch/qy45MwMNDE-, http://www.playvid.com/watch/qjz3HxPNRC6, http://www.playvid.com/watch/2sAh67rDrOJ, http://www.playvid.com/watch/bu7XtJHto-t, http://www.playvid.com/watch/ZNQWKpV3UHD, http://www.playvid.com/watch/NnCE4ZmVZkH, http://www.playvid.com/watch/dcK3iSZMh2q, http://www.playvid.com/watch/J8ULWvOKo6F, http://www.playvid.com/watch/jmBuTZEa0A7, http://www.playvid.com/watch/EGJTvZZk6jB, http://www.playvid.com/watch/bVYAJS2HNWD, http://www.playvid.com/watch/J6-DojoPAJX, http://www.playvid.com/watch/dW6vHFaonq-, http://www.playvid.com/watch/uL3TWMFsCZl, http://www.playvid.com/watch/GIK5A7BX-rj,

http://www.playvid.com/watch/VlrabGEYhmk, http://www.playvid.com/watch/bFjXXdyrcL9, http://www.playvid.com/watch/CilGGY37aYA,
http://www.playvid.com/watch/2qJ-N-oBNzY, http://www.playvid.com/watch/skElInjze8T, http://www.playvid.com/watch/S3zxJdKAASL,
http://www.playvid.com/watch/Rkn6pKaEVSr, http://www.playvid.com/watch/HUeEFBnTlu6, http://www.playvid.com/watch/07FCqWptmzg,
http://www.playvid.com/watch/tperlEtbtrL, http://www.playvid.com/watch/IijitKjMGad, http://www.playvid.com/watch/OyMpgrGVgdi,
http://www.playvid.com/watch/rTdCL55iTBl, http://www.playvid.com/watch/L29Mf6X3rqV, http://www.playvid.com/watch/c67K2eHior8,
http://www.playvid.com/watch/xWHSwoQHsG7, http://www.playvid.com/watch/PSUZAaTpyNK, http://www.playvid.com/watch/rwTdbUwFGAB,
http://www.playvid.com/watch/4MgwHTZT8Ml, http://www.playvid.com/watch/M9IYXkAMnN0, http://www.playvid.com/watch/lCeTEDYB-jd,
http://www.playvid.com/watch/5VnZ4UWaonu, http://www.playvid.com/watch/iT-9qP5sPTo, http://www.playvid.com/watch/3Mh2khiZFfO,
http://www.playvid.com/watch/GunjSQnHwh2, http://www.playvid.com/watch/kNlWLf5ngge, http://www.playvid.com/watch/Ak9RKiKapnr,
http://www.playvid.com/watch/InojWjzxbOR, http://www.playvid.com/watch/rXGyTy-I4Of, http://www.playvid.com/watch/o2-NUJBXCa4,
http://www.playvid.com/watch/o4RPAPCjos4, http://www.playvid.com/watch/pqdhc-LIUhh, http://www.playvid.com/watch/iejvfpcrrCl,
http://www.playvid.com/watch/iZjhEIu3GMz, http://www.playvid.com/watch/Tlv4MtjxELI, http://www.playvid.com/watch/dHsw7p-p72W,
http://www.playvid.com/watch/YQNIlhT-9L3, http://www.playvid.com/watch/iU2tWFNoB9F, http://www.playvid.com/watch/Zd-3eD58PsD,
http://www.playvid.com/watch/4BPRYak-3eM, http://www.playvid.com/watch/ZTXmDzDLsWo, http://www.playvid.com/watch/3zUxY2WvC6s,
http://www.playvid.com/watch/ULchXTVHyrC, http://www.playvid.com/watch/HDEGehcMJBy, http://www.playvid.com/watch/v8P34YVC4Cm,
http://www.playvid.com/watch/Pesg2Yn89Am, http://www.playvid.com/watch/eHwGueiXmoB, http://www.playvid.com/watch/T4YX9a0Q5b3,
http://www.playvid.com/watch/jTrxIYJBm56, http://www.playvid.com/watch/R8cYDqb8Y5y, http://www.playvid.com/watch/aPAgs37-LNT,
http://www.playvid.com/watch/pQ8Hgu8Kdr6, http://www.playvid.com/watch/xrxp5tz0MSd, http://www.playvid.com/watch/7NObsNjnxNF,
http://www.playvid.com/watch/-zQXxuV7Wd2, http://www.playvid.com/watch/UTXOpfJIjGo, http://www.playvid.com/watch/tT8yDGx5I-r,
http://www.playvid.com/watch/FI7WJq3Cymt, http://www.playvid.com/watch/M9DAHaMaeKQ, http://www.playvid.com/watch/CO2gmVfeBOC,
http://www.playvid.com/watch/FOv2VLFMyzt, http://www.playvid.com/watch/zipPwQmoW-p, http://www.playvid.com/watch/YsdXg0Ipnl3,
http://www.playvid.com/watch/LklnzJckQSc, http://www.playvid.com/watch/CkYEAUoTG7V, http://www.playvid.com/watch/LckfHCSx-yn,
http://www.playvid.com/watch/oqAB5fhmqig, http://www.playvid.com/watch/vTuNKg94SaV, http://www.playvid.com/watch/oBwyZYE4YfL,
http://www.playvid.com/watch/HRA9EFDr06I, http://www.playvid.com/watch/ihkYCrXFw9e, http://www.playvid.com/watch/O5wg4sjrDyV,
http://www.playvid.com/watch/ZulHpVp5Gx7, http://www.playvid.com/watch/K2Wk9b-8dEK, http://www.playvid.com/watch/PyHSofAUvvf,
http://www.playvid.com/watch/O9fQ38DEM8G, http://www.playvid.com/watch/YB9MGF2odW3, http://www.playvid.com/watch/wVEIwIkb4Lq,
http://www.playvid.com/watch/63yhRlpDFGj, http://www.playvid.com/watch/49GcVj4GuCo, http://www.playvid.com/watch/RGhvgQJ-HUc,
http://www.playvid.com/watch/8Szf5JHr7-j, http://www.playvid.com/watch/MaXTrev06IJ, http://www.playvid.com/watch/-AjO58gQB3L,
http://www.playvid.com/watch/8TID7J4mjxB, http://www.playvid.com/watch/exQMJskWsaq, http://www.playvid.com/watch/Flw6xE6RQJq,
http://www.playvid.com/watch/OGZP8nH95yy, http://www.playvid.com/watch/5GDormaX9ij, http://www.playvid.com/watch/2zzaYoQfuQc,
http://www.playvid.com/watch/KH07MM9lXW8, http://www.playvid.com/watch/vHZ8d63TROq, http://www.playvid.com/watch/XPBNP23nMyO,
http://www.playvid.com/watch/4-IGIpCq202, http://www.playvid.com/watch/hW0HBPht5Kz, http://www.playvid.com/watch/fWftlKfoItC,
http://www.playvid.com/watch/FX0WIdlz-iR, http://www.playvid.com/watch/Rcijt2mAhFE, http://www.playvid.com/watch/MhkDQaSQUyq,
http://www.playvid.com/watch/3WRp4XUF2UE, http://www.playvid.com/watch/vI8tumyv06Z, http://www.playvid.com/watch/ReQj6SSHDlT,
http://www.playvid.com/watch/AUW-JTIToCb, http://www.playvid.com/watch/3rDL2lnVjup, http://www.playvid.com/watch/ha6wElC4yl7,
http://www.playvid.com/watch/hpy3-IFfpMY, http://www.playvid.com/watch/Kjr8LoHsgzF, http://www.playvid.com/watch/GGlmV9dxPHe,
http://www.playvid.com/watch/9-4mycmnQOk, http://www.playvid.com/watch/XX5X82W9g92, http://www.playvid.com/watch/elB67AYUgpi,
http://www.playvid.com/watch/xv4QA95o3Cj, http://www.playvid.com/watch/3arK2UzsgD7, http://www.playvid.com/watch/i7c86vrYpcI,
http://www.playvid.com/watch/Bhzmd4MUMtX, http://www.playvid.com/watch/jSAI9D2e-Gu, http://www.playvid.com/watch/2XIDHm-FH60,
http://www.playvid.com/watch/4nc7toGBvnh, http://www.playvid.com/watch/Wj0BvuDOptR, http://www.playvid.com/watch/noLIPbc7QxB,
http://www.playvid.com/watch/-mgMZxGN7zH, http://www.playvid.com/watch/JKt0t7EFHOF, http://www.playvid.com/watch/fBfIdRY9osj,
http://www.playvid.com/watch/7yru2Oc78gD, http://www.playvid.com/watch/6NI8NDc3W9w, http://www.playvid.com/watch/soRop8CfE-b,
http://www.playvid.com/watch/lHVuvKd4oiZ, http://www.playvid.com/watch/HBqTFT7ddgn, http://www.playvid.com/watch/ha-24-dlxud,
http://www.playvid.com/watch/xiq4Z6skzGM, http://www.playvid.com/watch/EzQpjpTLJiv, http://www.playvid.com/watch/tqNLa5pWvNu,
http://www.playvid.com/watch/TbpXj9rkHlY, http://www.playvid.com/watch/rQJIBlAUrvu, http://www.playvid.com/watch/aqMkbqRSIFT,
http://www.playvid.com/watch/6sU3tZ7Juiz, http://www.playvid.com/watch/OKXsXG7bK05, http://www.playvid.com/watch/ZOp875jEUP6,
http://www.playvid.com/watch/0qJFMevzJKY, http://www.playvid.com/watch/Kud9OK8LYqI, http://www.playvid.com/watch/9Ue47ITOkw6,
http://www.playvid.com/watch/a2C4TsuKzXF, http://www.playvid.com/watch/tjdnVLB3IEh, http://www.playvid.com/watch/IiXXU5Xhcop,
http://www.playvid.com/watch/5--DIbxeAvG, http://www.playvid.com/watch/gtLUEhTVasV, http://www.playvid.com/watch/F0NG7fweZeJ,
http://www.playvid.com/watch/owKQm2XrEw9, http://www.playvid.com/watch/CNgE00GzEVh, http://www.playvid.com/watch/kEiU-XPC6Bp,
http://www.playvid.com/watch/rSrKu22JQuu, http://www.playvid.com/watch/PwRYJt4gVCA, http://www.playvid.com/watch/dN-ianE5-HJ,
http://www.playvid.com/watch/e6JvCedSLb0, http://www.playvid.com/watch/gMlJDsnjCEP, http://www.playvid.com/watch/K8xAox34KBn,
http://www.playvid.com/watch/B6Qzwq-LUNJ, http://www.playvid.com/watch/wmml8Qd-s65, http://www.playvid.com/watch/uy7pv7GDMYl,
http://www.playvid.com/watch/TRNmHcQTsNG, http://www.playvid.com/watch/DDN02FtHmGo, http://www.playvid.com/watch/ii9jmu8jju5,
http://www.playvid.com/watch/2fEuV7T-m2X, http://www.playvid.com/watch/2h3QcmmjX25, http://www.playvid.com/watch/b7YEHv7Z7t-,
http://www.playvid.com/watch/dnx6eku-UdO, http://www.playvid.com/watch/kFz9F2aRuFJ, http://www.playvid.com/watch/GHCxwPrY8RV,
http://www.playvid.com/watch/3eFBF5shvVW, http://www.playvid.com/watch/LPBOL2w4fOr, http://www.playvid.com/watch/ykXWBMJQrJ-,
http://www.playvid.com/watch/MYkrnyGAdk9, http://www.playvid.com/watch/4rBiAN7m3BG, http://www.playvid.com/watch/T0-fKHpkutp,
http://www.playvid.com/watch/LnqfvNMtB3W, http://www.playvid.com/watch/ZUOxWod7SPy, http://www.playvid.com/watch/Kc7PTRh9lut,
http://www.playvid.com/watch/JXmpuuKa-iW, http://www.playvid.com/watch/JyKyVMqt2tP, http://www.playvid.com/watch/zf6BgBaT7Zs,
http://www.playvid.com/watch/pAd-dIq88h7, http://www.playvid.com/watch/pBGILLU8Kcg, http://www.playvid.com/watch/ijeDQUEbyHO,
http://www.playvid.com/watch/4wz353E0fJo, http://www.playvid.com/watch/pcSrmE38AvU, http://www.playvid.com/watch/M8yhEaP9PYu,
http://www.playvid.com/watch/oVUehpEbgOr, http://www.playvid.com/watch/7kntBQXGfSJ, http://www.playvid.com/watch/TMLJwhyyBsz,
http://www.playvid.com/watch/vGStVuvptD4, http://www.playvid.com/watch/YxcdsM24kpL, http://www.playvid.com/watch/DuPXWmdhkUO,
http://www.playvid.com/watch/OrCUhpO2UEk, http://www.playvid.com/watch/UijjHbBWXNw, http://www.playvid.com/watch/9MMfudAlcs8,
http://www.playvid.com/watch/YPiI0i23cQP, http://www.playvid.com/watch/2M7T8cexuuO, http://www.playvid.com/watch/Nqpl4XBEdg6,
http://www.playvid.com/watch/na2mEtrVauo, http://www.playvid.com/watch/EFrZiZRlYXz, http://www.playvid.com/watch/-SUDfKWaAtp,
http://www.playvid.com/watch/cIsLO5Oe0Vv, http://www.playvid.com/watch/hG65ZHtdeOV, http://www.playvid.com/watch/BD26qlNYvf9,
http://www.playvid.com/watch/zjppFfanFVO, http://www.playvid.com/watch/o8aKYK8VsTm, http://www.playvid.com/watch/KdOTPHaCxlx,
http://www.playvid.com/watch/UXYCUtRRhkk, http://www.playvid.com/watch/v9HmU7miPal, http://www.playvid.com/watch/ms68nDwQwCa,
http://www.playvid.com/watch/Zv6dwn2Udkw, http://www.playvid.com/watch/Kzfr9plvU7d, http://www.playvid.com/watch/HT9e9GaSUL2,
http://www.playvid.com/watch/vxXNhj0cJgs, http://www.playvid.com/watch/HHTnpAhWZ5X, http://www.playvid.com/watch/ujW7dDsYkwU,
http://www.playvid.com/watch/FjRUOKyyqck, http://www.playvid.com/watch/6PIoBhopGZD, http://www.playvid.com/watch/AJ-u3q3R4KK,
http://www.playvid.com/watch/McYSmG2hYp3, http://www.playvid.com/watch/VJB2enArWlh, http://www.playvid.com/watch/YLex6RicbTa,
http://www.playvid.com/watch/v4YfGeD0rjx, http://www.playvid.com/watch/N6lZNi5DvTc, http://www.playvid.com/watch/-XY93LwwnxH,
http://www.playvid.com/watch/zV3F9SJuz32, http://www.playvid.com/watch/GQYpQIY274c, http://www.playvid.com/watch/VShwqqIwApq,
http://www.playvid.com/watch/Qu79f2b8-wS, http://www.playvid.com/watch/P4uTnXwZyCY, http://www.playvid.com/watch/JYwfbOZqRSB,
http://www.playvid.com/watch/eindDGu-EBG, http://www.playvid.com/watch/53Lddj-amwP, http://www.playvid.com/watch/9XOMsnGBjpg,
http://www.playvid.com/watch/lBFXVvkykvq, http://www.playvid.com/watch/CC6VhumWccu, http://www.playvid.com/watch/bzsKBSdGFNU,
http://www.playvid.com/watch/OSHgtY9kerc, http://www.playvid.com/watch/LIGEWAWSJXx, http://www.playvid.com/watch/V6E5Z4dIeaq,
http://www.playvid.com/watch/VeCcBIrkE3i, http://www.playvid.com/watch/rGdYWzDxWON, http://www.playvid.com/watch/myEge0hOuli,
http://www.playvid.com/watch/xg3cl0-h0iq, http://www.playvid.com/watch/BZkSFIX9vPy, http://www.playvid.com/watch/JlyI-uYbsXF,
http://www.playvid.com/watch/U0FXCDoUUel, http://www.playvid.com/watch/fFJEce9C0XH, http://www.playvid.com/watch/BNSAKaUfbqS,
http://www.playvid.com/watch/TOe8N8JaD9-, http://www.playvid.com/watch/2AJ0Dq2VrUZ, http://www.playvid.com/watch/2kJcPjQdEoK,
http://www.playvid.com/watch/4iecJZP9InE, http://www.playvid.com/watch/R5YujgwGll7, http://www.playvid.com/watch/7CgmxOCe4-n,
http://www.playvid.com/watch/PPYd4ZogHYD, http://www.playvid.com/watch/bRcetP3gyGt, http://www.playvid.com/watch/7OrpdIjBJBD,
http://www.playvid.com/watch/juogVasnTjt, http://www.playvid.com/watch/HXSLygkRcns, http://www.playvid.com/watch/z8C3n6HlGE-,
http://www.playvid.com/watch/JceQmU5xTxz, http://www.playvid.com/watch/a3X7MD2zZo2, http://www.playvid.com/watch/nO2dHtVmvKW,
http://www.playvid.com/watch/V4JCiMO-CY7, http://www.playvid.com/watch/eHYi2YxPoAb, http://www.playvid.com/watch/Bv6Dd00O6Dx,
http://www.playvid.com/watch/-YgIX9sWQ-U, http://www.playvid.com/watch/--Cqs5XBJWo, http://www.playvid.com/watch/uK09niKRYeT,
http://www.playvid.com/watch/Eoh5Xx7726y, http://www.playvid.com/watch/jcnXS3WCjKB, http://www.playvid.com/watch/Z0XTTp9Vz9o,
http://www.playvid.com/watch/revjKd7Ztf2, http://www.playvid.com/watch/8vAYcamJpds, http://www.playvid.com/watch/ioQming5aSg,
http://www.playvid.com/watch/LK0IiLUcnEl, http://www.playvid.com/watch/UefRuAmvm-W, http://www.playvid.com/watch/OjC43WsLRRy,
http://www.playvid.com/watch/luujaqYNTSS, http://www.playvid.com/watch/bHgm2RGAgcN, http://www.playvid.com/watch/FwXBcEVMhQQ,
http://www.playvid.com/watch/Xo3okrkinIH, http://www.playvid.com/watch/Ljb02UTU0S6, http://www.playvid.com/watch/-gMT6f05Qma,
http://www.playvid.com/watch/bhjPzpQ2llz, http://www.playvid.com/watch/RuBlEJvz9NV, http://www.playvid.com/watch/uhnmYWpktx8,

http://www.playvid.com/watch/adLEigRsIL5, http://www.playvid.com/watch/qIlJ0s2nvCd, http://www.playvid.com/watch/WG6lIRmDYrh,
http://www.playvid.com/watch/Hcp2U8Gx0eo, http://www.playvid.com/watch/v5KzNiw0p7j, http://www.playvid.com/watch/cWmiWyMm4Pq,
http://www.playvid.com/watch/ioYZgHI3uhO, http://www.playvid.com/watch/vRYeZjqtTxn, http://www.playvid.com/watch/pEfyJkehWgF,
http://www.playvid.com/watch/9SaJppCDSzs, http://www.playvid.com/watch/CxENC6RmYSJ, http://www.playvid.com/watch/AUOcCidDoD4,
http://www.playvid.com/watch/r68RVsot39o, http://www.playvid.com/watch/YyGH57WopOl, http://www.playvid.com/watch/i6DOFUcDosi,
http://www.playvid.com/watch/LNtUaFo5Gcp, http://www.playvid.com/watch/ioVXS2CZfw4, http://www.playvid.com/watch/Sac6C2VBP6w,
http://www.playvid.com/watch/8lSbRRJbk3D, http://www.playvid.com/watch/Sisw-Q3nKe9, http://www.playvid.com/watch/wVdZN0Rgx4O,
http://www.playvid.com/watch/HtaSIMHxHuo, http://www.playvid.com/watch/izCMWhDoEeq, http://www.playvid.com/watch/WwGyoSAgamJ,
http://www.playvid.com/watch/9MXE6V6498u, http://www.playvid.com/watch/nXFDDXIBI2y, http://www.playvid.com/watch/gmhG50tYJxc,
http://www.playvid.com/watch/C4-GjBGRrCM, http://www.playvid.com/watch/yk7QBH2ShYu, http://www.playvid.com/watch/wPLoCQApM0D,
http://www.playvid.com/watch/NkFoy96ZnHQ, http://www.playvid.com/watch/crYbi7yqYqB, http://www.playvid.com/watch/JIbiNVKuIqm,
http://www.playvid.com/watch/4BLtoC27x6U, http://www.playvid.com/watch/UxOU-bshG5s, http://www.playvid.com/watch/fJBGIYqObIU,
http://www.playvid.com/watch/9djgliienwX, http://www.playvid.com/watch/GeK6o209A8K, http://www.playvid.com/watch/b2x89nIfxGv,
http://www.playvid.com/watch/xZJRvArWzpB, http://www.playvid.com/watch/W6bc9BaReKS, http://www.playvid.com/watch/5e57cC5NX4R,
http://www.playvid.com/watch/ORsPrbWL3uH, http://www.playvid.com/watch/zNXHG-3or5I, http://www.playvid.com/watch/kwWBSIcgNdA,
http://www.playvid.com/watch/y9NC0Pk8zY0, http://www.playvid.com/watch/gUtStG7oN0m, http://www.playvid.com/watch/4u7yRCLEit-,
http://www.playvid.com/watch/5iRzc-wKtez, http://www.playvid.com/watch/DGLZ6a6wcy8, http://www.playvid.com/watch/kWsxQxAkzID,
http://www.playvid.com/watch/V9O9gLSyXF3, http://www.playvid.com/watch/SVDx4-xTTqZ, http://www.playvid.com/watch/O5elRkZK3WJ,
http://www.playvid.com/watch/tfoRRMl2eGT, http://www.playvid.com/watch/s3diQ2HMRvo, http://www.playvid.com/watch/RsDA-B23iVH,
http://www.playvid.com/watch/EW2qEGl0t3q, http://www.playvid.com/watch/TXMSb3X3onL, http://www.playvid.com/watch/uUL47vRbsvZ,
http://www.playvid.com/watch/JMcEp9er4Ed, http://www.playvid.com/watch/S-8uZRPyj8-, http://www.playvid.com/watch/f8gl3AApY5u,
http://www.playvid.com/watch/4qpPhjTHHo-, http://www.playvid.com/watch/7WdUdCpKDuD, http://www.playvid.com/watch/6rD5loNdAqq,
http://www.playvid.com/watch/SBxQTF5cKLM, http://www.playvid.com/watch/xYDZcMd-ote, http://www.playvid.com/watch/hDoAsQPLszq,
http://www.playvid.com/watch/-zayS7aoNJe, http://www.playvid.com/watch/FZJDcMWmAUu, http://www.playvid.com/watch/va8vyumRQ0C,
http://www.playvid.com/watch/UDmsINFiQwC, http://www.playvid.com/watch/UgsVbfQGzky, http://www.playvid.com/watch/BQH3Ue-kuHC,
http://www.playvid.com/watch/0sJvyNz675P, http://www.playvid.com/watch/yN0OHpFqPMa, http://www.playvid.com/watch/B7iH3bCwU9k,
http://www.playvid.com/watch/TYHhiEK6Dxx, http://www.playvid.com/watch/SnmuLuSmik0, http://www.playvid.com/watch/n4uMFpP3baU,
http://www.playvid.com/watch/5oe0CTY8Hje, http://www.playvid.com/watch/aFVWxMNd7wO, http://www.playvid.com/watch/gFxVyN6uFrU,
http://www.playvid.com/watch/8CzbIU2aZVq, http://www.playvid.com/watch/XIcruxLyYSj, http://www.playvid.com/watch/R6LX4KBbuuH,
http://www.playvid.com/watch/PQBJ2jaQaxt, http://www.playvid.com/watch/Ya-vjjdxQ3N, http://www.playvid.com/watch/wHWrPJAwrGM,
http://www.playvid.com/watch/nM-rggk-Cr9, http://www.playvid.com/watch/Tq7wEfhvgHx, http://www.playvid.com/watch/MbMX0rTG03V,
http://www.playvid.com/watch/9DDkEdy4EDp, http://www.playvid.com/watch/FNlx7J4wtsF, http://www.playvid.com/watch/vgEMNd-XxHA,
http://www.playvid.com/watch/9W49Y8LBksK, http://www.playvid.com/watch/rHoIcUioMXx, http://www.playvid.com/watch/OdlIY0AssUc,
http://www.playvid.com/watch/AQ4WqopQ8de, http://www.playvid.com/watch/SiCQ0UTy4PH, http://www.playvid.com/watch/fdqIawCkuU0,
http://www.playvid.com/watch/2g2ZI-aXSoM, http://www.playvid.com/watch/ttTelyK8TGy, http://www.playvid.com/watch/JMK7a5oRK-P,
http://www.playvid.com/watch/7VaXXZTkCUD, http://www.playvid.com/watch/IjkSs56eO5L, http://www.playvid.com/watch/GhGdkGNnmOk,
http://www.playvid.com/watch/Swn-i7byvbj, http://www.playvid.com/watch/574DhP7E3X6, http://www.playvid.com/watch/XxQvhu439MW,
http://www.playvid.com/watch/bJyRlm3GsH6, http://www.playvid.com/watch/ZL9RldIXvP2, http://www.playvid.com/watch/IIWqPd82NuK,
http://www.playvid.com/watch/tvDuC-C379-, http://www.playvid.com/watch/I06BTMjjDDo, http://www.playvid.com/watch/A-AZ3DkiXC0,
http://www.playvid.com/watch/lU2zvhh5AhV, http://www.playvid.com/watch/XTlGoBrIsGJ, http://www.playvid.com/watch/9t-jD9R9O9q,
http://www.playvid.com/watch/IqTTWqJB8pt, http://www.playvid.com/watch/pWYQu5nD7La, http://www.playvid.com/watch/AshyWCAwQgm,
http://www.playvid.com/watch/kYQSKZ6EqpE, http://www.playvid.com/watch/Qks4EFfZZ28, http://www.playvid.com/watch/Zf369M-iKzO,
http://www.playvid.com/watch/Zsey0aAqYv4, http://www.playvid.com/watch/h2WBMXJwChW, http://www.playvid.com/watch/Gju8ua6jtR5,
http://www.playvid.com/watch/8UVI5wZ4fw3, http://www.playvid.com/watch/Lpsof0Hp-d5, http://www.playvid.com/watch/EFmMbC0wQnw,
http://www.playvid.com/watch/DGIMMosZL5S, http://www.playvid.com/watch/IFhqrGFoFSW, http://www.playvid.com/watch/X5dQKxnYhJh,
http://www.playvid.com/watch/mPZKxldnBtu, http://www.playvid.com/watch/U0ivpfF2gB0, http://www.playvid.com/watch/mQCM9q0tSTW,
http://www.playvid.com/watch/5dtyehvgvk5, http://www.playvid.com/watch/ZGdlAvnomkH, http://www.playvid.com/watch/iQwJDo4Jzvt,
http://www.playvid.com/watch/cA0kslrA-UM, http://www.playvid.com/watch/MR96oVjOMnh, http://www.playvid.com/watch/FChc-28n2kd,
http://www.playvid.com/watch/inzr5yPPZ7I, http://www.playvid.com/watch/rm5lvaeWwif, http://www.playvid.com/watch/IWoeP8bdCYQ,
http://www.playvid.com/watch/tchXYnfnYvH, http://www.playvid.com/watch/guMrp6x3ot9, http://www.playvid.com/watch/APx3NTGKB-h,
http://www.playvid.com/watch/DjsZdvFEAjd, http://www.playvid.com/watch/JvuRSSeeFHX, http://www.playvid.com/watch/iiqTxop4ESd,
http://www.playvid.com/watch/hzmhZhA5q-J, http://www.playvid.com/watch/G9wgTjM2QmH, http://www.playvid.com/watch/3TrbBd8gZpE,
http://www.playvid.com/watch/Elss83ByfLa, http://www.playvid.com/watch/YJfRPBCiHVU, http://www.playvid.com/watch/Wj28Mm8Rt4T,
http://www.playvid.com/watch/NnsQT5UlKWl, http://www.playvid.com/watch/mj3ViejQ6Sz, http://www.playvid.com/watch/jbJoVuKEX3R,
http://www.playvid.com/watch/AAEvAIw9WMK, http://www.playvid.com/watch/MZMIOFc98bc, http://www.playvid.com/watch/vwOC0IqQuy3,
http://www.playvid.com/watch/EiqXNfdtK9h, http://www.playvid.com/watch/ONHYp36Bf7Q, http://www.playvid.com/watch/8crQOg7iHC0,
http://www.playvid.com/watch/CuyIOWzO2As, http://www.playvid.com/watch/pgp8K2AmoxA, http://www.playvid.com/watch/Eb4p3tz-Usj,
http://www.playvid.com/watch/vkfUxPW2wzX, http://www.playvid.com/watch/vGao7Xbg5Gf, http://www.playvid.com/watch/ev-m7emACOv,
http://www.playvid.com/watch/Z6ZVx2wkhZo, http://www.playvid.com/watch/bemvyrRIA7M, http://www.playvid.com/watch/BpztsapeMZw,
http://www.playvid.com/watch/OSPXTuICfx0, http://www.playvid.com/watch/-EGa20ggM9B, http://www.playvid.com/watch/cQh0ASzGbWw,
http://www.playvid.com/watch/anjwrkXRnl3, http://www.playvid.com/watch/UORbREwTp0W, http://www.playvid.com/watch/79szyKEjPgJ,
http://www.playvid.com/watch/E42QOZyXIHN, http://www.playvid.com/watch/EDrHvPaj7AZ, http://www.playvid.com/watch/GRWywBTuOGY,
http://www.playvid.com/watch/pafe4qydCQZ, http://www.playvid.com/watch/-bFjroF0Sde, http://www.playvid.com/watch/9Xi9EDxb02I,
http://www.playvid.com/watch/3K0xD7PHrWj, http://www.playvid.com/watch/Yv67YsPbK4E, http://www.playvid.com/watch/rkn-BCU99N-,
http://www.playvid.com/watch/J2E88d3Ulyj, http://www.playvid.com/watch/q72bkjztzdD, http://www.playvid.com/watch/xtdWClV4oUs,
http://www.playvid.com/watch/wEHGS7UzJ-V, http://www.playvid.com/watch/hQ5CuYzeXfy, http://www.playvid.com/watch/9-usZnPOYyt,
http://www.playvid.com/watch/JhSH9ofnw5s, http://www.playvid.com/watch/tlYxaQGFpch, http://www.playvid.com/watch/SDmsSEC350Z,
http://www.playvid.com/watch/E5aLjJv8p5N, http://www.playvid.com/watch/z5OnsUx0GJ3, http://www.playvid.com/watch/ZxB73L6ZR6W,
http://www.playvid.com/watch/ZArj2IHWjvL, http://www.playvid.com/watch/Yfi0OemsaVy, http://www.playvid.com/watch/rW9ZAGxk8TN,
http://www.playvid.com/watch/UMgYDPWosIu, http://www.playvid.com/watch/46IraUggQPq, http://www.playvid.com/watch/-FeWWr4nVYn,
http://www.playvid.com/watch/vKgNyuWTB-d, http://www.playvid.com/watch/DBWEplx09X0, http://www.playvid.com/watch/R-x-EBkLcEt,
http://www.playvid.com/watch/wgyi4zzupB6, http://www.playvid.com/watch/eHhrdiyvaWF, http://www.playvid.com/watch/WynzrcduaQt,
http://www.playvid.com/watch/hHP4wbtMAnx, http://www.playvid.com/watch/a28kwSj6RuK, http://www.playvid.com/watch/tuoJBl7kh5e,
http://www.playvid.com/watch/QQTjR4vwUAf, http://www.playvid.com/watch/xUT5fvwkkwI, http://www.playvid.com/watch/ETpLMuRUvHE,
http://www.playvid.com/watch/5k-fTF7wQfs, http://www.playvid.com/watch/gg2DfUkrPWU, http://www.playvid.com/watch/gvAAhW3RSCd,
http://www.playvid.com/watch/RNV6oSh2ViO, http://www.playvid.com/watch/GQJo5tXf8Ek, http://www.playvid.com/watch/P4gWcxiSGkz,
http://www.playvid.com/watch/tIsTD-ZPgpd, http://www.playvid.com/watch/QJ3tSMtBuyo, http://www.playvid.com/watch/czrOVC-UQbt,
http://www.playvid.com/watch/i4QK9FXehZh, http://www.playvid.com/watch/n60wKxmQR6x, http://www.playvid.com/watch/PrGhlpmDTrj,
http://www.playvid.com/watch/RJBIqkQlyRj, http://www.playvid.com/watch/lJJq4mwRPNm, http://www.playvid.com/watch/TaPmmdEyZen,
http://www.playvid.com/watch/YWkDbO96DuH, http://www.playvid.com/watch/vW9ss-nm0yQ, http://www.playvid.com/watch/3VRfAkm9-em,
http://www.playvid.com/watch/UQ9kEHbJ7D3, http://www.playvid.com/watch/tVCsjnGn4v5, http://www.playvid.com/watch/7Fc4g020YFu,
http://www.playvid.com/watch/Ku8vnStB-oq, http://www.playvid.com/watch/82irEfmXwmt, http://www.playvid.com/watch/iLF0TQoVO-F,
http://www.playvid.com/watch/Htyz-nsQwuZ, http://www.playvid.com/watch/IrOxNEr2qWa, http://www.playvid.com/watch/2FIn3csMWVe,
http://www.playvid.com/watch/HsiPgC5hm5R, http://www.playvid.com/watch/3fSBMhQ-lEi, http://www.playvid.com/watch/PpeX4M-LCvn,
http://www.playvid.com/watch/Th8s5W6CAuh, http://www.playvid.com/watch/TsmFqm04CWH, http://www.playvid.com/watch/WQ2-kmm9eup,
http://www.playvid.com/watch/qalwkpSjb3b, http://www.playvid.com/watch/wClp763xCy8, http://www.playvid.com/watch/vCN5NT9dctJ,
http://www.playvid.com/watch/dqNSxsDIHw2, http://www.playvid.com/watch/YprXtVYjpK7, http://www.playvid.com/watch/e5TthPMWYTS,
http://www.playvid.com/watch/U2aewlIeI5E, http://www.playvid.com/watch/YBKNulvNKiy, http://www.playvid.com/watch/BS8CLZPbpWO,
http://www.playvid.com/watch/K6kspSEtis0, http://www.playvid.com/watch/JZn8BK-85eh, http://www.playvid.com/watch/KS7L-ULcEx3,
http://www.playvid.com/watch/J7-BH7jvYbF, http://www.playvid.com/watch/lILLdLq6gie, http://www.playvid.com/watch/NghB6TDp8n8,
http://www.playvid.com/watch/Z4fb0KSoru7, http://www.playvid.com/watch/FoBum-OmySf, http://www.playvid.com/watch/LMyweGFXfHI,
http://www.playvid.com/watch/nt4W-pzrGqX, http://www.playvid.com/watch/Oho0cp3EZR6, http://www.playvid.com/watch/6sp6AIZsmI5,
http://www.playvid.com/watch/tB0-i0kgBu3, http://www.playvid.com/watch/0JHWdkd7lx4, http://www.playvid.com/watch/JaOHx8VyiP6,
http://www.playvid.com/watch/6vKPpry8Na6, http://www.playvid.com/watch/nVkAtyR-7vJ, http://www.playvid.com/watch/cz38ZPZoBwh,
http://www.playvid.com/watch/okzUDrf09Cg, http://www.playvid.com/watch/3cA8k3BVnvN, http://www.playvid.com/watch/kxpunK7QJlh,
http://www.playvid.com/watch/vnXW8U89a7r, http://www.playvid.com/watch/Dg-np-wuM62, http://www.playvid.com/watch/S-TP0KRQvDM,

http://www.playvid.com/watch/XJAU9tRY83y, http://www.playvid.com/watch/kvbvO7DcyWZ, http://www.playvid.com/watch/8nazTlYBtij, http://www.playvid.com/watch/pBzi48jS8V5, http://www.playvid.com/watch/mDfziHf2GI8, http://www.playvid.com/watch/7H7GxjwMfuH, http://www.playvid.com/watch/8YW2Uv9sfCN, http://www.playvid.com/watch/fKPC8dWoy8o, http://www.playvid.com/watch/Mz3Qp0dVqmo, http://www.playvid.com/watch/lOVG68xQFLR, http://www.playvid.com/watch/85HqgXRkvL7, http://www.playvid.com/watch/elHX4E67hX-, http://www.playvid.com/watch/VHCcINnNFh0, http://www.playvid.com/watch/kYHiSXypc4Q, http://www.playvid.com/watch/Kp4UFYpIBEd, http://www.playvid.com/watch/uXRAbUnPjm3, http://www.playvid.com/watch/lg6aypfPXcr, http://www.playvid.com/watch/pBRsDE7wYZc, http://www.playvid.com/watch/brUSMNoaVMP, http://www.playvid.com/watch/m0gyslYWpkp, http://www.playvid.com/watch/hfEXZOxqSCH, http://www.playvid.com/watch/EvAtHKGJhpb, http://www.playvid.com/watch/QGoO0sR0HlG, http://www.playvid.com/watch/qXdF3g3g2EX, http://www.playvid.com/watch/cQEZVivAu5E, http://www.playvid.com/watch/XjXKap3pMqh, http://www.playvid.com/watch/FT7QDUIoV8a, http://www.playvid.com/watch/h2tHWX6BD0S, http://www.playvid.com/watch/5uUnaaziFd2, http://www.playvid.com/watch/8wJdQRCPUMn, http://www.playvid.com/watch/4hs9iESnMJi, http://www.playvid.com/watch/eteciivx4Rd, http://www.playvid.com/watch/CRIFIlNYuz6, http://www.playvid.com/watch/Cin4sOOj2jM, http://www.playvid.com/watch/09RcYFIFU2f, http://www.playvid.com/watch/DXNcygfUHdP, http://www.playvid.com/watch/tquRcbACBj2, http://www.playvid.com/watch/iAn4g-UEWCu, http://www.playvid.com/watch/AlBQlC8ofEM, http://www.playvid.com/watch/LjLYlEqM3c6, http://www.playvid.com/watch/XKjqcmoUwCX, http://www.playvid.com/watch/eIoUWJC6WRo, http://www.playvid.com/watch/Eu0bGYAxwMT, http://www.playvid.com/watch/X6KuJkPNCm5, http://www.playvid.com/watch/24wGwkp-0XF, http://www.playvid.com/watch/ldN3WjQ9ssa, http://www.playvid.com/watch/siMkPVrIlar, http://www.playvid.com/watch/AD73P5AvOFf, http://www.playvid.com/watch/zWmujD5goJv, http://www.playvid.com/watch/xYzLdPLk7yF, http://www.playvid.com/watch/G3Kgcyc6MNB, http://www.playvid.com/watch/c6Cld7kVPAU, http://www.playvid.com/watch/3-agzRAxjKK, http://www.playvid.com/watch/JjsuBJvnZ2Q, http://www.playvid.com/watch/qsFMmx4eXjZ, http://www.playvid.com/watch/fpkUAs-VJ0g, http://www.playvid.com/watch/c26FkT5ENLB, http://www.playvid.com/watch/VngGog-gafn, http://www.playvid.com/watch/SN0kezIqD32, http://www.playvid.com/watch/JaMWHhgsHMY, http://www.playvid.com/watch/4Z-Btik6EKy, http://www.playvid.com/watch/05G9N-uzoJ6, http://www.playvid.com/watch/z-TJ32c6EjV, http://www.playvid.com/watch/uEGVliRoHFi, http://www.playvid.com/watch/5ffPw0d4uyZ, http://www.playvid.com/watch/w0i3Orj7Jei, http://www.playvid.com/watch/GVJfk2Bbvb-, http://www.playvid.com/watch/p00giZq7gpS, http://www.playvid.com/watch/fgwPSyre5Ow, http://www.playvid.com/watch/o7-HdKqcJwr, http://www.playvid.com/watch/zM0WjXememq, http://www.playvid.com/watch/Ssm4nb-La6m, http://www.playvid.com/watch/Pt-IepWtLPe, http://www.playvid.com/watch/EA7RbKkyyOV, http://www.playvid.com/watch/QE6IA6rgz8i, http://www.playvid.com/watch/ZxOAKPEmjly, http://www.playvid.com/watch/bzYwzrwKUzO, http://www.playvid.com/watch/Yb7KkvECAVR, http://www.playvid.com/watch/mWRGOlb0TCz, http://www.playvid.com/watch/NkWo8mFOs4j, http://www.playvid.com/watch/pE4jls2tfOb, http://www.playvid.com/watch/UR36a43roZK, http://www.playvid.com/watch/gbxhhYfw4lI, http://www.playvid.com/watch/8e5z5zsDbkG, http://www.playvid.com/watch/VhQb3P5cSGf, http://www.playvid.com/watch/gQsSIckN2Sw, http://www.playvid.com/watch/WXZtHgdy0Hw, http://www.playvid.com/watch/Eph74EBjxf7, http://www.playvid.com/watch/K4LdMXmdPIu, http://www.playvid.com/watch/KXPJ2qqnzd3, http://www.playvid.com/watch/xh-CIy6SiH2, http://www.playvid.com/watch/8d9LMFCPB75, http://www.playvid.com/watch/ZJSC7iuc97I, http://www.playvid.com/watch/JBBMoehET3v, http://www.playvid.com/watch/gmQU7a5vb0S, http://www.playvid.com/watch/JBtVhXP7-nO, http://www.playvid.com/watch/64LLDfvf3wB, http://www.playvid.com/watch/L4u6BX24c7g, http://www.playvid.com/watch/qvk7qGXusFo, http://www.playvid.com/watch/nzdbfWWJVs3, http://www.playvid.com/watch/FnyNGVX2KEs, http://www.playvid.com/watch/lUjy75uClBs, http://www.playvid.com/watch/YqQu3H9bXvH, http://www.playvid.com/watch/QygwABSejns, http://www.playvid.com/watch/Trz-0lAUtYv, http://www.playvid.com/watch/RZACxxCJNjE, http://www.playvid.com/watch/gfGxMfNFRP0, http://www.playvid.com/watch/kZGY-DJ7fPj, http://www.playvid.com/watch/uQpe2HeA2Hp, http://www.playvid.com/watch/wtJZQgCl3T0, http://www.playvid.com/watch/2pQ5934Bdo4, http://www.playvid.com/watch/kYIoxxZjvo5, http://www.playvid.com/watch/iVFLuMz5P-6, http://www.playvid.com/watch/OItkCciIMcc, http://www.playvid.com/watch/ycg4WMGCooW, http://www.playvid.com/watch/b9ZRts-HFtk, http://www.playvid.com/watch/dqgwVwfVy2W, http://www.playvid.com/watch/X3GO22knc9J, http://www.playvid.com/watch/L9NEd8-m6ht, http://www.playvid.com/watch/2TKYSEw7VdU, http://www.playvid.com/watch/Zs73cMILXch, http://www.playvid.com/watch/zDNSDcAzr3k, http://www.playvid.com/watch/BVmCFwIYjzQ, http://www.playvid.com/watch/DM26LDBWI50, http://www.playvid.com/watch/Q-4S4ygUoXi, http://www.playvid.com/watch/CW7HJSy5XKx, http://www.playvid.com/watch/6xVRLhc9Itk, http://www.playvid.com/watch/hsp-9QhtW-X, http://www.playvid.com/watch/0Rcj5huBJAz, http://www.playvid.com/watch/X-Xq2dzz86I, http://www.playvid.com/watch/8EucYNYdGV0, http://www.playvid.com/watch/B-7Zv6PpFIo, http://www.playvid.com/watch/RCqn6VHdtD5, http://www.playvid.com/watch/iXxxzpB9AuM, http://www.playvid.com/watch/UlaHK4GFwDI, http://www.playvid.com/watch/SEvqf0fcbqK, http://www.playvid.com/watch/uxfPrCZZ6CB, http://www.playvid.com/watch/YgrgYPPS796, http://www.playvid.com/watch/7Ok037pmKL3, http://www.playvid.com/watch/TVyzmGL5tdJ, http://www.playvid.com/watch/I3HmIPPt-Rp, http://www.playvid.com/watch/tDiSbi9RKqt, http://www.playvid.com/watch/8nOA6pMUMgN, http://www.playvid.com/watch/L8NbXeGQwIm, http://www.playvid.com/watch/v-pEQyGi6UJ, http://www.playvid.com/watch/DC0cAR6nYMd, http://www.playvid.com/watch/vt9qMme6rYw, http://www.playvid.com/watch/bDv0RAkDqxQ, http://www.playvid.com/watch/vcWYcLp-0z0, http://www.playvid.com/watch/QFRFn7qzN7s, http://www.playvid.com/watch/UCx2vMxBtmj, http://www.playvid.com/watch/NjgJ2dc3oBf, http://www.playvid.com/watch/FP0AJhwYbIt, http://www.playvid.com/watch/HtA8GYinOeb, http://www.playvid.com/watch/k2SjVfWxfrW, http://www.playvid.com/watch/WKLSNDatVOi, http://www.playvid.com/watch/kxjxI9ANPGS, http://www.playvid.com/watch/x3RXxttsHKU, http://www.playvid.com/watch/2RU38HL3lXD, http://www.playvid.com/watch/40Ae7Y80VPh, http://www.playvid.com/watch/i32bcXubq-l, http://www.playvid.com/watch/4MvqwTROvHc, http://www.playvid.com/watch/ru5OqTZkYEX, http://www.playvid.com/watch/LdslF9YSJPQ, http://www.playvid.com/watch/SLh2jDq78yr, http://www.playvid.com/watch/ZxyiZR5dH6Q, http://www.playvid.com/watch/HnybhS9M4hd, http://www.playvid.com/watch/rog67vHUx0H, http://www.playvid.com/watch/-gFzq8VBR-A, http://www.playvid.com/watch/9zCYwIpStiF, http://www.playvid.com/watch/bIOHm6cDU8o, http://www.playvid.com/watch/TUlhHF4t6iv, http://www.playvid.com/watch/lbCN52JxtY3, http://www.playvid.com/watch/gLZCYMFIHA-, http://www.playvid.com/watch/eD82eFazL8F, http://www.playvid.com/watch/5cf4h2cjIaT, http://www.playvid.com/watch/eF8sNZeJxPv, http://www.playvid.com/watch/E7-ZXNPK46P, http://www.playvid.com/watch/3FH79gNf-u6, http://www.playvid.com/watch/7HaJUwBNfm6, http://www.playvid.com/watch/dj0DtuYFdib, http://www.playvid.com/watch/vBxx35pUFbD, http://www.playvid.com/watch/vllx0AyyWoQ, http://www.playvid.com/watch/TOIj6q5di9m, http://www.playvid.com/watch/AqeG4DdoQNl, http://www.playvid.com/watch/PZXST-zkS7u, http://www.playvid.com/watch/vg52b6bjR6G, http://www.playvid.com/watch/LlTXEhGf-Rd, http://www.playvid.com/watch/r3TcHFBL0Tm, http://www.playvid.com/watch/TFgi-cvkxFp, http://www.playvid.com/watch/RMeaf7IDtwP, http://www.playvid.com/watch/ygXe2XRGYU5, http://www.playvid.com/watch/i7G2Dg-oONC, http://www.playvid.com/watch/nZsAasnebR3, http://www.playvid.com/watch/l-WojwaVsOT, http://www.playvid.com/watch/Nvz7mcFPubS, http://www.playvid.com/watch/dFmhHkx8OTn, http://www.playvid.com/watch/rSSrJTjieZY, http://www.playvid.com/watch/i0MTLb0QFCG, http://www.playvid.com/watch/UbxFKB56pSU, http://www.playvid.com/watch/mycaE265yju, http://www.playvid.com/watch/kAShiInlSib, http://www.playvid.com/watch/S3s0vMnhFRl, http://www.playvid.com/watch/oqCXn5GdceX, http://www.playvid.com/watch/8qyYaK5e2zu, http://www.playvid.com/watch/Yw6yPNUeye7, http://www.playvid.com/watch/rbZOBZJDbWU, http://www.playvid.com/watch/xnmgJ0k-Sko, http://www.playvid.com/watch/WPUvvKh8H3w, http://www.playvid.com/watch/C82OwR57D-O, http://www.playvid.com/watch/xtZu7vgnzGU, http://www.playvid.com/watch/phdn0KhPHfa, http://www.playvid.com/watch/Jq9yuCxp6Mv, http://www.playvid.com/watch/kIU-AoF0wNP, http://www.playvid.com/watch/BbK4E7dmFAP, http://www.playvid.com/watch/NLu85hwi3Bu, http://www.playvid.com/watch/A9ML-Kb2gSK, http://www.playvid.com/watch/3bHuBUZEscM, http://www.playvid.com/watch/X3rQapiuOoD, http://www.playvid.com/watch/FHxddHp9e7X, http://www.playvid.com/watch/SoJuJACgFUb, http://www.playvid.com/watch/gg5uVbkOg3H, http://www.playvid.com/watch/YfiinxTFOZZ, http://www.playvid.com/watch/HNEKzqIzPEc, http://www.playvid.com/watch/xBROXspWBzb, http://www.playvid.com/watch/44BBKCpKX7W, http://www.playvid.com/watch/OVPh4stO3kv, http://www.playvid.com/watch/hGHFeoHXl2o, http://www.playvid.com/watch/PPMvqhsLXgn, http://www.playvid.com/watch/Pbg3rmMXzR0, http://www.playvid.com/watch/BsnitRejbbP, http://www.playvid.com/watch/o3Zc9NrdONU, http://www.playvid.com/watch/vAe3leF2XWn, http://www.playvid.com/watch/miemlVAJDtl, http://www.playvid.com/watch/uds-UJM8ALt, http://www.playvid.com/watch/qR06qrkJDyi, http://www.playvid.com/watch/AgoTg4MSGuN, http://www.playvid.com/watch/Sjx-uHKC9GO, http://www.playvid.com/watch/UClyK82vnmT, http://www.playvid.com/watch/cGBd3TmmsL0, http://www.playvid.com/watch/dJid7VAo9f4, http://www.playvid.com/watch/vHsgahMjuew, http://www.playvid.com/watch/NTNcKxelUWK, http://www.playvid.com/watch/iXgqVtJDFg8, http://www.playvid.com/watch/JGjQHakljxA, http://www.playvid.com/watch/Ibf58lUikYW, http://www.playvid.com/watch/bnZnp7zqpQ7, http://www.playvid.com/watch/0ftJNaEKs4j, http://www.playvid.com/watch/J7nhyWsWEhB, http://www.playvid.com/watch/mkuLQUzwxH9, http://www.playvid.com/watch/F6KAwuUQ6H3, http://www.playvid.com/watch/qYX3JkSGu0G, http://www.playvid.com/watch/EYUU5Ak8jrZ, http://www.playvid.com/watch/emjibGm-tlt, http://www.playvid.com/watch/MYZ3SOq3mRR, http://www.playvid.com/watch/g0HBNGE5wdf, http://www.playvid.com/watch/0Jru5T6dvQ5, http://www.playvid.com/watch/Qks3UVs0ZeX, http://www.playvid.com/watch/eSCjHMPRptD, http://www.playvid.com/watch/8VgZPsPI6i7, http://www.playvid.com/watch/cl2YszEuj9P, http://www.playvid.com/watch/aWyndlhiPzE, http://www.playvid.com/watch/dn-SthOP49h, http://www.playvid.com/watch/HxaDBR7ZPgS, http://www.playvid.com/watch/tNjCRNx4IOi, http://www.playvid.com/watch/EFe389g4IfA, http://www.playvid.com/watch/7k8c0O-qkuD, http://www.playvid.com/watch/sjF2P5JC7vX, http://www.playvid.com/watch/-zlEuwGnk04, http://www.playvid.com/watch/GJ7Ddk6rnQo, http://www.playvid.com/watch/MKgMa6vCuO9, http://www.playvid.com/watch/VNutZyx4XRX, http://www.playvid.com/watch/5jrOrCIkVLp, http://www.playvid.com/watch/0QauY8tSlgf, http://www.playvid.com/watch/5CNxWyq5TeM, http://www.playvid.com/watch/F2APMih40Xe, http://www.playvid.com/watch/8HdI0lHmKJX, http://www.playvid.com/watch/6Rtd02OGtUd, http://www.playvid.com/watch/lF0gOSU9Ex0, http://www.playvid.com/watch/UO2YkzKHhry, http://www.playvid.com/watch/BYxpA9sI6lh, http://www.playvid.com/watch/ycOLRvhqw0a, http://www.playvid.com/watch/oFlp7OSsiPl, http://www.playvid.com/watch/f4BPDIppkwd, http://www.playvid.com/watch/CIRk2UD7hzz, http://www.playvid.com/watch/5ZZOGsT64tg, http://www.playvid.com/watch/VRZVZNKWIXc, http://www.playvid.com/watch/I4M6FpU83mJ,

http://www.playvid.com/watch/uyI6GZeL5AK, http://www.playvid.com/watch/lPXsg373pZP, http://www.playvid.com/watch/5NXTJYr5peM, http://www.playvid.com/watch/MmysVk4XrQ6, http://www.playvid.com/watch/p9tMWjDlpVU, http://www.playvid.com/watch/o65ZvfEW73u, http://www.playvid.com/watch/5Ab9MyZJw-z, http://www.playvid.com/watch/UY6uHULd7DJ, http://www.playvid.com/watch/4OC8-sPmrr7, http://www.playvid.com/watch/CRu9qvw2evR, http://www.playvid.com/watch/ND2-0RY4i8F, http://www.playvid.com/watch/I5ic7sCUZ2F, http://www.playvid.com/watch/urEv-DYwLYE, http://www.playvid.com/watch/s9DRzc2rfMf, http://www.playvid.com/watch/NnwIueoojPK, http://www.playvid.com/watch/nJYB5-Nz7LE, http://www.playvid.com/watch/fieNW5hoPen, http://www.playvid.com/watch/r-WL0omasnX, http://www.playvid.com/watch/JuLFNDQn04F, http://www.playvid.com/watch/-V6a2CVjrhr, http://www.playvid.com/watch/wwgFbxKk8pv, http://www.playvid.com/watch/cGXQOIguszw, http://www.playvid.com/watch/0w9ONSLsxa5, http://www.playvid.com/watch/Sk393GZQAKR, http://www.playvid.com/watch/RpbObQh8Rzq, http://www.playvid.com/watch/fYG0HxCRUKZ, http://www.playvid.com/watch/TNvaacvU9F9, http://www.playvid.com/watch/70N5vXB9UBV, http://www.playvid.com/watch/Q-3nlZCJWOA, http://www.playvid.com/watch/G6srCRPJCm8, http://www.playvid.com/watch/-j32EeRPRA7, http://www.playvid.com/watch/vvCbVLh26aK, http://www.playvid.com/watch/02lOGAwSGgi, http://www.playvid.com/watch/nD8Ntqp7kwe, http://www.playvid.com/watch/beQRuwpRdsm, http://www.playvid.com/watch/sfPPNoXaKkI, http://www.playvid.com/watch/IHNWbPqyqiL, http://www.playvid.com/watch/Qrfxfax3w9G, http://www.playvid.com/watch/YwavIQKqDG5, http://www.playvid.com/watch/2aGDoIIr74e, http://www.playvid.com/watch/ix44VV73vTI, http://www.playvid.com/watch/6EWcauoMttF, http://www.playvid.com/watch/2jMm-BUaIm8, http://www.playvid.com/watch/ONTD3-ZSrEB, http://www.playvid.com/watch/Av5UHPgzH3Y, http://www.playvid.com/watch/sVX8Hz4ursQ, http://www.playvid.com/watch/Lz9MKrEpPbn, http://www.playvid.com/watch/MWVHUjJfEwB, http://www.playvid.com/watch/k6SIOL6yitS, http://www.playvid.com/watch/DG4y3kB3pfC, http://www.playvid.com/watch/Mg7JeDq-POU, http://www.playvid.com/watch/YaVcN5WlfA4, http://www.playvid.com/watch/Lz9bpZZdLT0, http://www.playvid.com/watch/6TfVF-OmAJh, http://www.playvid.com/watch/qVNIQkBnRj5, http://www.playvid.com/watch/Bh2pHwWgHFe, http://www.playvid.com/watch/sm5D3hZ-BNE, http://www.playvid.com/watch/dayvGSLOm6M, http://www.playvid.com/watch/kNnzRgG9M5J, http://www.playvid.com/watch/bD-yiBZomCT, http://www.playvid.com/watch/UQurSRUXnsA, http://www.playvid.com/watch/dZfg3pxy4D3, http://www.playvid.com/watch/ZzdEVVvWwtu, http://www.playvid.com/watch/iQ0-vpkzWlz, http://www.playvid.com/watch/7Gx5VjR8kMB, http://www.playvid.com/watch/z69Ncdy6qgl, http://www.playvid.com/watch/IMPPmON4TBe, http://www.playvid.com/watch/xvNnJSjuCDX, http://www.playvid.com/watch/3XaRxwR7zuY, http://www.playvid.com/watch/khQYyGklfAz, http://www.playvid.com/watch/oR7VA04oVLP, http://www.playvid.com/watch/PudaOCd8IQh, http://www.playvid.com/watch/cRrPq3Cj8dr, http://www.playvid.com/watch/qeZN2bws5UD, http://www.playvid.com/watch/RL49GiAk0tr, http://www.playvid.com/watch/h7mT2-VycNs, http://www.playvid.com/watch/pP5uXoDqBDI, http://www.playvid.com/watch/W7U82ozKp-A, http://www.playvid.com/watch/sgNiM6LG0tO, http://www.playvid.com/watch/za3lEESoJrS, http://www.playvid.com/watch/kAPKP-7YBJ-, http://www.playvid.com/watch/ijL023Xmp5W, http://www.playvid.com/watch/Cc4fSFfCsB0, http://www.playvid.com/watch/BzVdTuySxSq, http://www.playvid.com/watch/vBecHUA8fEu, http://www.playvid.com/watch/rWNcbqdYt0G, http://www.playvid.com/watch/XIBai326jAU, http://www.playvid.com/watch/ayTB73veLy7, http://www.playvid.com/watch/gQ5dIEmCZy-, http://www.playvid.com/watch/9qpdKGZjdQR, http://www.playvid.com/watch/t7FVw3jlvFS, http://www.playvid.com/watch/K2DpFBHjhRs, http://www.playvid.com/watch/nBhGaTNigtH, http://www.playvid.com/watch/WuQlsOXeG8n, http://www.playvid.com/watch/3sdrcdiSucb, http://www.playvid.com/watch/Wl3cItvQa3I, http://www.playvid.com/watch/Bpo45PTUUis, http://www.playvid.com/watch/5DmOCQhE4K9, http://www.playvid.com/watch/3QGEdxOB2c9, http://www.playvid.com/watch/JF0gwLKJMS3, http://www.playvid.com/watch/bQ5E7KHaLMj, http://www.playvid.com/watch/QOogTocNuBH, http://www.playvid.com/watch/V7ZadcbPRKz, http://www.playvid.com/watch/nxxfajd7s5l, http://www.playvid.com/watch/pA5PKVyJkF5, http://www.playvid.com/watch/E8S5MADQbPz, http://www.playvid.com/watch/xcgAXp87q3U, http://www.playvid.com/watch/BHGraWat25V, http://www.playvid.com/watch/J4JVouJpFb2, http://www.playvid.com/watch/VxO7qRfpvXh, http://www.playvid.com/watch/K-q27LdgSdH, http://www.playvid.com/watch/qe-VfTIJs6B, http://www.playvid.com/watch/W4BeiJTfOcN, http://www.playvid.com/watch/lqzy0VnkIM-, http://www.playvid.com/watch/Gjwd8CkL9vU, http://www.playvid.com/watch/-BxgXfFS5et, http://www.playvid.com/watch/PGs-Cb9n4sS, http://www.playvid.com/watch/ZmQiLXG6cAa, http://www.playvid.com/watch/mQ4DvYf0Mje, http://www.playvid.com/watch/0Vbqpsmwcww, http://www.playvid.com/watch/xJkoNt3fSrM, http://www.playvid.com/watch/nPr4tAKPS5y, http://www.playvid.com/watch/RrTw2bXA27z, http://www.playvid.com/watch/HJ9Hj3QGl6M, http://www.playvid.com/watch/3R7d6zLqCea, http://www.playvid.com/watch/YQNvfBu2Vzs, http://www.playvid.com/watch/5jTWi2tfvSr, http://www.playvid.com/watch/LfkP0MK-OGV, http://www.playvid.com/watch/rXewDLirdFG, http://www.playvid.com/watch/ogIwJGUi79W, http://www.playvid.com/watch/iEqmjwTromD, http://www.playvid.com/watch/e0y8fUjrTeC, http://www.playvid.com/watch/cTTH7kXGIY2, http://www.playvid.com/watch/kFDwsZ6AH2Y, http://www.playvid.com/watch/LX4pP00dzvc, http://www.playvid.com/watch/hQzMV8K-Tto, http://www.playvid.com/watch/5Ds2pD6qLuY, http://www.playvid.com/watch/ZXJ0krJ7aQJ, http://www.playvid.com/watch/JBZb8D50TJk, http://www.playvid.com/watch/tcwzEHgC0QK, http://www.playvid.com/watch/Z7gswHFXABf, http://www.playvid.com/watch/DKdc0Dj9h4w, http://www.playvid.com/watch/mFJ-mqQTBA2, http://www.playvid.com/watch/ppzkrTA8Twa, http://www.playvid.com/watch/fbE-XNeqpiB, http://www.playvid.com/watch/vU94JXPSkFi, http://www.playvid.com/watch/OFMmfGFliQf, http://www.playvid.com/watch/OKQ2Xih4kLa, http://www.playvid.com/watch/skWHFCRtAYg, http://www.playvid.com/watch/qpFUYD7hOE5, http://www.playvid.com/watch/6r8K7X8PsWw, http://www.playvid.com/watch/gNxXIilgKSh, http://www.playvid.com/watch/MSyUU4Wlt4o, http://www.playvid.com/watch/yZuNYP-0Z4t, http://www.playvid.com/watch/t3Lhd3nPssX, http://www.playvid.com/watch/KW8Nl5NnGAo, http://www.playvid.com/watch/4yQafEhzTLF, http://www.playvid.com/watch/AzKzWs93KqC, http://www.playvid.com/watch/hH3MkKWTK0x, http://www.playvid.com/watch/cW5nKdxXMCS, http://www.playvid.com/watch/SsKyzLc0ti7, http://www.playvid.com/watch/NxhvapNadAg, http://www.playvid.com/watch/vN4ZudoKBV5, http://www.playvid.com/watch/dn6aaoTCCa0, http://www.playvid.com/watch/UbFUz0dLjBF, http://www.playvid.com/watch/0WqBzPOiHWu, http://www.playvid.com/watch/MRj4vDM0ZXs, http://www.playvid.com/watch/9MLtnMNK-A2, http://www.playvid.com/watch/g937iSSDJew, http://www.playvid.com/watch/dDvDS2CIS5Y, http://www.playvid.com/watch/EdcNWsM07Y2, http://www.playvid.com/watch/gSP9JGGCeCo, http://www.playvid.com/watch/YmnyyEwa3Cz, http://www.playvid.com/watch/A7oaTIegmSh, http://www.playvid.com/watch/QM7p-MkYnkT, http://www.playvid.com/watch/xTqXDERFYrW, http://www.playvid.com/watch/49WSAZJguT0, http://www.playvid.com/watch/egTUeLtJdwi, http://www.playvid.com/watch/GlXutXQwWw5, http://www.playvid.com/watch/cR5N8maNFHY, http://www.playvid.com/watch/sxHyoOHiaEU, http://www.playvid.com/watch/6MJsvy4crPa, http://www.playvid.com/watch/rJFSEhFoX6p, http://www.playvid.com/watch/RhR-ujhe6uN, http://www.playvid.com/watch/pHuqHoxXiHt, http://www.playvid.com/watch/8TyZFo0VyQ9, http://www.playvid.com/watch/i4eIKkneZwt, http://www.playvid.com/watch/ZS54fCkE2XN, http://www.playvid.com/watch/O8nQYjX15Mc, http://www.playvid.com/watch/Ug-5DmOKI2M, http://www.playvid.com/watch/kV8ubyFIcsX, http://www.playvid.com/watch/VLxPgbXLvp8, http://www.playvid.com/watch/QecnF8zO0RH, http://www.playvid.com/watch/KXi9QsIrPBN, http://www.playvid.com/watch/x4du5Wiy5K3, http://www.playvid.com/watch/7ypmMKn5F6e, http://www.playvid.com/watch/vUMEnIVWKaO, http://www.playvid.com/watch/VlIetAxWfhW, http://www.playvid.com/watch/wY7fWtQMQkC, http://www.playvid.com/watch/zp5b9MrXTfN, http://www.playvid.com/watch/Golmzl-JT9C, http://www.playvid.com/watch/9Fwm04eWipZ, http://www.playvid.com/watch/RfDU1eaHUqS, http://www.playvid.com/watch/7S1bxt2ihFE, http://www.playvid.com/watch/-Bl0fMiHeBZ, http://www.playvid.com/watch/WqNdqmi2jY1, http://www.playvid.com/watch/T-9fUz8pLER, http://www.playvid.com/watch/HSpcHDV80yX, http://www.playvid.com/watch/QwPQokv2Xeu, http://www.playvid.com/watch/2WQwIy11uYe, http://www.playvid.com/watch/8ZTpnaAETN5, http://www.playvid.com/watch/dwnPPtq-NTb, http://www.playvid.com/watch/i068SZjESg0, http://www.playvid.com/watch/oeoaRoz7Bcp, http://www.playvid.com/watch/5mdveIdGCxG, http://www.playvid.com/watch/TTD1nJPrD-y, http://www.playvid.com/watch/gbIkyzYS6tS, http://www.playvid.com/watch/mZrvJuROiGQ, http://www.playvid.com/watch/8ZQbiK8MLKw, http://www.playvid.com/watch/D5a63WkcIf9, http://www.playvid.com/watch/y_ulSqdH5U9, http://www.playvid.com/watch/jWapuus69lk, http://www.playvid.com/watch/8izF75ZVtzd, http://www.playvid.com/watch/zfIgk3t37af, http://www.playvid.com/watch/crRd40YF7R3, http://www.playvid.com/watch/Jyu8IPHfB4M, http://www.playvid.com/watch/HXpIEwkkXNG, http://www.playvid.com/watch/ZdzTmyYHVIu, http://www.playvid.com/watch/hrBj6mUxG1w, http://www.playvid.com/watch/oq8Cxu1IhqQ, http://www.playvid.com/watch/a1vwyPRV1wg, http://www.playvid.com/watch/z8_JAc9EOHj, http://www.playvid.com/watch/BntsNfQIx6L, http://www.playvid.com/watch/e1dqwk2Cenp, http://www.playvid.com/watch/mUi6EhmQyQ7, http://www.playvid.com/watch/8QUgbQi499C, http://www.playvid.com/watch/ep-UUKNYfvL, http://www.playvid.com/watch/k4IKpes1xj9, http://www.playvid.com/watch/JsZQCJbbsZK, http://www.playvid.com/watch/IIXl848s8aU, http://www.playvid.com/watch/HdOExTAQiod, http://www.playvid.com/watch/FHbRWpi8lpy, http://www.playvid.com/watch/GKG9pWRHFQz, http://www.playvid.com/watch/jHRXZ3ojUq7, http://www.playvid.com/watch/jL4rIMmS-lN, http://www.playvid.com/watch/irvEX-DdBGw, http://www.playvid.com/watch/vvYq_atdzHr, http://www.playvid.com/watch/vz6ZBK6jq_T, http://www.playvid.com/watch/qX56blTEqpB, http://www.playvid.com/watch/PjgcjTShFCF, http://www.playvid.com/watch/cDEc2ZhwUox, http://www.playvid.com/watch/8uTiddlBYBA, http://www.playvid.com/watch/6yJEYds9bga, http://www.playvid.com/watch/AeFyBWFfLmD, http://www.playvid.com/watch/ypfXMJQNpBG, http://www.playvid.com/watch/vYwCqDH6TOL, http://www.playvid.com/watch/dK0RzIPmwN2, http://www.playvid.com/watch/iCMJjhvII2S, http://www.playvid.com/watch/hbmdGYP0jvf, http://www.playvid.com/watch/cA_2oPRHWZt, http://www.playvid.com/watch/XtMajQPnTO5, http://www.playvid.com/watch/RuY_Ts9WJ64, http://www.playvid.com/watch/AdvpA-m_RZs, http://www.playvid.com/watch/ZrIrtg2V0G8, http://www.playvid.com/watch/cd1Ixi_aofe, http://www.playvid.com/watch/AduGymrPOBz, http://www.playvid.com/watch/yIeAbiM-X1N, http://www.playvid.com/watch/nUD_gjxuCI3, http://www.playvid.com/watch/GWuTa6pJL8p, http://www.playvid.com/watch/KT4CCelhRyv, http://www.playvid.com/watch/yDhJszEnIyT, http://www.playvid.com/watch/SvU5gR8Ofxo, http://www.playvid.com/watch/snlHxYIqYFU, http://www.playvid.com/watch/L3UiHXpm3ww, http://www.playvid.com/watch/mNdIPpW7yPn, http://www.playvid.com/watch/C0zIwmXwDDC, http://www.playvid.com/watch/lesqGblzEkQ, http://www.playvid.com/watch/J4cWf9y_ZZZ, http://www.playvid.com/watch/lkxQOoyS1XV, http://www.playvid.com/watch/0lklTZEY8Fa, http://www.playvid.com/watch/AT7ym4MnyLT, http://www.playvid.com/watch/C59QRvzQsng, http://www.playvid.com/watch/he3IAQ0ihG4, http://www.playvid.com/watch/XVS_XRYlrn0, http://www.playvid.com/watch/zdaCQniCvxh, http://www.playvid.com/watch/hiJ70uPGwk3, http://www.playvid.com/watch/NMENAMeklkD

5.f. Date of third notice: 2014-11-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kakadu
5.b. Uploader's email address: haroldfolov@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/kakadu
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mIWUGPbWaow, http://www.playvid.com/watch/JNZqCk329UD,
http://www.playvid.com/watch/yb5WZGFUw0g, http://www.playvid.com/watch/f04KBnTjXNp, http://www.playvid.com/watch/3focUYt9Bvi,
http://www.playvid.com/watch/icN-EeWpeSq, http://www.playvid.com/watch/-agjcoXotQH, http://www.playvid.com/watch/OpxTR5gmHCP,
http://www.playvid.com/watch/L675TuwKNsc, http://www.playvid.com/watch/lhM8cVqBNVT, http://www.playvid.com/watch/RhoSRZGts2C,
http://www.playvid.com/watch/mUnloxcuscx, http://www.playvid.com/watch/otsypfTvo8n, http://www.playvid.com/watch/0PzfFxHy2S2,
http://www.playvid.com/watch/eU0YMUrTr2l, http://www.playvid.com/watch/4hNGA6OSZ3t, http://www.playvid.com/watch/mUyk6QDb9gn,
http://www.playvid.com/watch/nSZhv3CpmNC, http://www.playvid.com/watch/n7WRUalE5CK, http://www.playvid.com/watch/8JVeDfcTTw8,
http://www.playvid.com/watch/s5G6k6AoVDi, http://www.playvid.com/watch/3IYjP5nWVrQ, http://www.playvid.com/watch/zdkNDBtC9wP,
http://www.playvid.com/watch/5tAS78lwU30, http://www.playvid.com/watch/zP9twUGNDhb, http://www.playvid.com/watch/aodwnpdmNmC,
http://www.playvid.com/watch/XFIYeO03woJ, http://www.playvid.com/watch/XfHY4SaS7DX, http://www.playvid.com/watch/CbQDdV32BbK,
http://www.playvid.com/watch/TY5-oglPLHY, http://www.playvid.com/watch/w5mIMsEWTX9, http://www.playvid.com/watch/hIxSuBcy0jU,
http://www.playvid.com/watch/strtTVcQLYm, http://www.playvid.com/watch/YYS2k-fsu29, http://www.playvid.com/watch/Ny8hvSm6-sA,
http://www.playvid.com/watch/fvVHa8NiujE, http://www.playvid.com/watch/QA8GAu6ERKp, http://www.playvid.com/watch/kVuBz5sIlEj,
http://www.playvid.com/watch/kk74jrYYjCt, http://www.playvid.com/watch/IX0jIlm3HHy, http://www.playvid.com/watch/KekTBWUWtAM,
http://www.playvid.com/watch/9GOJck7LhvP, http://www.playvid.com/watch/YhBC7g8s29q, http://www.playvid.com/watch/HnRWp0kK6hr,
http://www.playvid.com/watch/GeoaNyQVltr, http://www.playvid.com/watch/D8XM3Z3q2kP, http://www.playvid.com/watch/8MrUelvWjxj,
http://www.playvid.com/watch/OTWzkQx37uH, http://www.playvid.com/watch/BtJMQmoiDsk, http://www.playvid.com/watch/fv5S-q9KMVn,
http://www.playvid.com/watch/wy5a98l5Isp, http://www.playvid.com/watch/kyMHJwT-jGQ, http://www.playvid.com/watch/E7ySEMhIaP2,
http://www.playvid.com/watch/Qw9muVvtXIy, http://www.playvid.com/watch/H2qbANPagFy, http://www.playvid.com/watch/rJEAxKGr7yy,
http://www.playvid.com/watch/4mjQDaQW8o6, http://www.playvid.com/watch/CF63iFD6jFH, http://www.playvid.com/watch/mKpCBAigE0J,
http://www.playvid.com/watch/vIrogeGI30W, http://www.playvid.com/watch/FxsLFPSGG9y, http://www.playvid.com/watch/wXnPniE-jQG,
http://www.playvid.com/watch/XMg9zc-zHF2, http://www.playvid.com/watch/v0LQvv0DId7, http://www.playvid.com/watch/wnTsw30JIkQ,
http://www.playvid.com/watch/TRKrgEcsUGn, http://www.playvid.com/watch/4nWDMTCCJqp, http://www.playvid.com/watch/DUtn2yaCsop,
http://www.playvid.com/watch/H3uIkjyRtdi, http://www.playvid.com/watch/LTQRL6SDRzF, http://www.playvid.com/watch/Qs8aWKYePJb,
http://www.playvid.com/watch/JtBzr6f5yAL, http://www.playvid.com/watch/RCiX5vq8mDc, http://www.playvid.com/watch/cnHqPWQuBYJ,
http://www.playvid.com/watch/9M-cbqReyun, http://www.playvid.com/watch/ZRjpwnF40L9, http://www.playvid.com/watch/dDU6bCfRwoa,
http://www.playvid.com/watch/WXinj9c86tY, http://www.playvid.com/watch/T53PV9OJOnE, http://www.playvid.com/watch/eDnfblfxa53,
http://www.playvid.com/watch/Rr3P7GFBr58, http://www.playvid.com/watch/WYVpGbndPDL, http://www.playvid.com/watch/ax2FLe0HfWX,
http://www.playvid.com/watch/V4NmWWWXxhJ, http://www.playvid.com/watch/nWaWriBTi4Z, http://www.playvid.com/watch/-HsebtfAD6c,
http://www.playvid.com/watch/r9o4zRhw6o7, http://www.playvid.com/watch/Ob3OhQBDPFV, http://www.playvid.com/watch/pIySV0hsTVe,
http://www.playvid.com/watch/IBGaLoD448Z, http://www.playvid.com/watch/elQd-3k-njY, http://www.playvid.com/watch/pDRj-33rWZA,
http://www.playvid.com/watch/hNww8pTaL2I, http://www.playvid.com/watch/OTngSFrBBRi, http://www.playvid.com/watch/cEOArWemN77,
http://www.playvid.com/watch/bMIl3wX9Gjk, http://www.playvid.com/watch/MoKRZigaex3, http://www.playvid.com/watch/CQmyr88r2CG,
http://www.playvid.com/watch/JEAUbdB-Pwu, http://www.playvid.com/watch/WlY3WXvz3nI, http://www.playvid.com/watch/AZnne33gjHh,
http://www.playvid.com/watch/3glILt6jECe, http://www.playvid.com/watch/Qd36IXX4Eke, http://www.playvid.com/watch/YIEKsvrTJyd,
http://www.playvid.com/watch/exSBTMsO9No, http://www.playvid.com/watch/mCk8SEW83wC, http://www.playvid.com/watch/EvbGGSdUFdr,
http://www.playvid.com/watch/GIxlSVCjckJ, http://www.playvid.com/watch/BXUBPjNSVwD, http://www.playvid.com/watch/UXlM9gva07I,
http://www.playvid.com/watch/Pz3M9OGgXD-, http://www.playvid.com/watch/dCCNbFh5lNY, http://www.playvid.com/watch/RRoVJLJwWd2,
http://www.playvid.com/watch/zQLISwRZ9Yw, http://www.playvid.com/watch/cr3RVYBmNOB, http://www.playvid.com/watch/QRPCyRXbyT8,
http://www.playvid.com/watch/Be7PP4maPAE, http://www.playvid.com/watch/HZ4ZrpUr-ll, http://www.playvid.com/watch/7vucdZuEqbM,
http://www.playvid.com/watch/SQ2DSZ3ZU54, http://www.playvid.com/watch/MiKKP6CfyXM, http://www.playvid.com/watch/oI67vwDCmnE,
http://www.playvid.com/watch/bhonh4NLNpW, http://www.playvid.com/watch/afmi0AkAvX2, http://www.playvid.com/watch/PpT-yB3NcTC,
http://www.playvid.com/watch/X9IQg8Gl97V, http://www.playvid.com/watch/BkRRHRQIRkx, http://www.playvid.com/watch/bjHL7F8ol2N,
http://www.playvid.com/watch/7xweO2JCcsd, http://www.playvid.com/watch/6THVvPgBbEv, http://www.playvid.com/watch/RvEvAARkpWU,
http://www.playvid.com/watch/oTzKOW0ZvPN, http://www.playvid.com/watch/E69aavzEF9J, http://www.playvid.com/watch/bO2FSLkGJvL,
http://www.playvid.com/watch/Llagyuch4Ji, http://www.playvid.com/watch/rTONZY4MtwL, http://www.playvid.com/watch/Ae5lRCc58N2,
http://www.playvid.com/watch/8zOc-z6WWiu, http://www.playvid.com/watch/HILtd84e97u, http://www.playvid.com/watch/Z6LhvvieYVY,
http://www.playvid.com/watch/d-hR0SyCcED, http://www.playvid.com/watch/3yuP5NNdAVz, http://www.playvid.com/watch/VgIRxRTjATX,
http://www.playvid.com/watch/mluoDFJkO3i, http://www.playvid.com/watch/WOPcxOUf4Xg, http://www.playvid.com/watch/4LXSYaZGQo5,
http://www.playvid.com/watch/ZwZZvONjPgu, http://www.playvid.com/watch/k3CV5DjHLsn, http://www.playvid.com/watch/4QLMFcRTokB,
http://www.playvid.com/watch/mVMjf4u2aN8, http://www.playvid.com/watch/z0kDxzwi2AV, http://www.playvid.com/watch/h46X0l7TnL0,
http://www.playvid.com/watch/9A56Wl3zr6E, http://www.playvid.com/watch/ipwO0uChHco, http://www.playvid.com/watch/-aOtjt5fnX5,
http://www.playvid.com/watch/nlxtkYx5Yqm, http://www.playvid.com/watch/2Uwqbe4UqJV, http://www.playvid.com/watch/zhvMlQLtBfN,
http://www.playvid.com/watch/i3yggUPI4rO, http://www.playvid.com/watch/riCKKQ-OEnq, http://www.playvid.com/watch/Q3aoOr92J-3,
http://www.playvid.com/watch/azzAhDBwxQw, http://www.playvid.com/watch/8Hn8uv4J0a6, http://www.playvid.com/watch/mHBaRjdvKGV,
http://www.playvid.com/watch/KbFuBt7nJA-, http://www.playvid.com/watch/r4xKG8kmnOM, http://www.playvid.com/watch/A0RrdeQNru8,
http://www.playvid.com/watch/WoAyzkDZs-D, http://www.playvid.com/watch/lTCwwo6bV5K, http://www.playvid.com/watch/TSMSFgKYrsp,
http://www.playvid.com/watch/qlHMHSPWs67, http://www.playvid.com/watch/F9QCRUGF6Pr, http://www.playvid.com/watch/OcfJQMBp7qA,
http://www.playvid.com/watch/K8TxuNcPteU, http://www.playvid.com/watch/kPFNz-MiqQK, http://www.playvid.com/watch/X5TecZuU5-S,
http://www.playvid.com/watch/5SwunfsNbi8, http://www.playvid.com/watch/c9FkeeCjwYu, http://www.playvid.com/watch/itSPUCru6Qf,
http://www.playvid.com/watch/4OD2tRK64ME, http://www.playvid.com/watch/0TQxBsh3mKT, http://www.playvid.com/watch/Iiog2zAhfoJ,
http://www.playvid.com/watch/4IM7L9lS7rL, http://www.playvid.com/watch/2EcnOqytMbb, http://www.playvid.com/watch/Gaedfz7I8SF,
http://www.playvid.com/watch/YDHfAbWhj65, http://www.playvid.com/watch/ZIRzD8IMX7J, http://www.playvid.com/watch/T7zNehv-Y9-,
http://www.playvid.com/watch/S34vPaaurhw, http://www.playvid.com/watch/4W9zYul-EQN, http://www.playvid.com/watch/n8VWaR68FTf,
http://www.playvid.com/watch/nbLNzswUHH9, http://www.playvid.com/watch/Lkt5lKQyed4, http://www.playvid.com/watch/s9IXwBxGyWY,
http://www.playvid.com/watch/gFtBj2fP0GW, http://www.playvid.com/watch/RvnLxoTee3I, http://www.playvid.com/watch/aiv6K9r8roi,
http://www.playvid.com/watch/tUxv3T2U-pG, http://www.playvid.com/watch/xVoEQW6smrj, http://www.playvid.com/watch/ESlmpilpz9o,
http://www.playvid.com/watch/tDOOASOhZCQ, http://www.playvid.com/watch/qgAI3MgTfm4, http://www.playvid.com/watch/8JpPDQFuT88,
http://www.playvid.com/watch/RnxZ5gRoZD2, http://www.playvid.com/watch/W0dxv6PWPft, http://www.playvid.com/watch/64XbFs8SZSO,
http://www.playvid.com/watch/dJD6UqdsaxY, http://www.playvid.com/watch/roqR2H4iNK8, http://www.playvid.com/watch/cPwXuaIESNS,
http://www.playvid.com/watch/Ycgs8Dq88QV, http://www.playvid.com/watch/kwsmqmIWpDS, http://www.playvid.com/watch/bODCfzbs-nW,
http://www.playvid.com/watch/AeRn6mDknIA, http://www.playvid.com/watch/v3SI3izPodX, http://www.playvid.com/watch/RkkMuIHsXKt,
http://www.playvid.com/watch/m6Z4PGKnIQG, http://www.playvid.com/watch/w8uNhoJOzrU, http://www.playvid.com/watch/EbXU9nefqKL,
http://www.playvid.com/watch/TckL6LW7l9M, http://www.playvid.com/watch/ZKzxjhZbzCU, http://www.playvid.com/watch/ftJVKdrljdl,
http://www.playvid.com/watch/uw2PtNICKez, http://www.playvid.com/watch/dJ7rwkB7mrX, http://www.playvid.com/watch/9niRvnBizob,
http://www.playvid.com/watch/kwqbxjkvnPw, http://www.playvid.com/watch/8BwWyopBtyI, http://www.playvid.com/watch/lpXfoqXVeKl,
http://www.playvid.com/watch/Q82V7jBX59C, http://www.playvid.com/watch/jL45RZSbDUB, http://www.playvid.com/watch/6z46I-BW5Iu,
http://www.playvid.com/watch/BhYMMO5xTfw, http://www.playvid.com/watch/DYocsJcTmRn, http://www.playvid.com/watch/nNvkgwg3ATW,
http://www.playvid.com/watch/MTWconTXLwU, http://www.playvid.com/watch/5mWl4KVqzi2, http://www.playvid.com/watch/iyDSa4jTu4N,
http://www.playvid.com/watch/S2eFTT8hiNM, http://www.playvid.com/watch/JNXlSvCHEbM, http://www.playvid.com/watch/35w2aqHYG-v,
http://www.playvid.com/watch/jKyo3bglmry, http://www.playvid.com/watch/IKOKVlQyIL7, http://www.playvid.com/watch/uyFQRPVvh4O,
http://www.playvid.com/watch/ImUhSMDojRp, http://www.playvid.com/watch/WQhbK8nvNIQ, http://www.playvid.com/watch/cknafTJeR9M,
http://www.playvid.com/watch/SxacONQLmWz, http://www.playvid.com/watch/qPtqMyqS4vA, http://www.playvid.com/watch/EEybqtlFpba,
http://www.playvid.com/watch/KMTfAXavfEI, http://www.playvid.com/watch/PHZaVHowLbO, http://www.playvid.com/watch/2kJf2Qc0w3C,
http://www.playvid.com/watch/Y38XjSkw75E, http://www.playvid.com/watch/SYe-q58fOLp, http://www.playvid.com/watch/pvP2Nt7yhYV,
http://www.playvid.com/watch/5-jjF92hXEh, http://www.playvid.com/watch/Kngj5yVr5ka, http://www.playvid.com/watch/OC4pVRqdVv3,
http://www.playvid.com/watch/tv8k48nssA6, http://www.playvid.com/watch/VVZISJBN9Hf, http://www.playvid.com/watch/5tRtpdXJovj,
http://www.playvid.com/watch/tzNYvDqAkKa, http://www.playvid.com/watch/Dazr8KyR-EE, http://www.playvid.com/watch/Nzsulgajgi9,
http://www.playvid.com/watch/hv8i4q2Nks6, http://www.playvid.com/watch/sC6kJXDGH6n, http://www.playvid.com/watch/GQP4ipu4rfh,
http://www.playvid.com/watch/SRmJTQXMmyX, http://www.playvid.com/watch/nBvsb0RzlEM, http://www.playvid.com/watch/ieDcyxHvfO9,

http://www.playvid.com/watch/uKCF-NGt30E, http://www.playvid.com/watch/xcWPNdbxMGy, http://www.playvid.com/watch/28JkMmyB6F5,
http://www.playvid.com/watch/ZiJJR5lRwWb, http://www.playvid.com/watch/zGxbhr-XPNK, http://www.playvid.com/watch/3bdwnd8Y8Yk,
http://www.playvid.com/watch/NFSgEDKkdXA, http://www.playvid.com/watch/AdbdN0BOUn3, http://www.playvid.com/watch/emPTECfwP-V,
http://www.playvid.com/watch/ASqvSER70yI, http://www.playvid.com/watch/YsTqTshtT-K, http://www.playvid.com/watch/G8-S4u8tzdr,
http://www.playvid.com/watch/Z-wydpMvsvL, http://www.playvid.com/watch/3ThiEKMcfrH, http://www.playvid.com/watch/eaYDvM2EMZA,
http://www.playvid.com/watch/eK8Rh6fCoDg, http://www.playvid.com/watch/M3pSH4Gr3Hw, http://www.playvid.com/watch/GMrZDrAbh3E,
http://www.playvid.com/watch/OyA-ZsXoWNq, http://www.playvid.com/watch/WQLvmRU-4Wk, http://www.playvid.com/watch/pqdZ2a8kiUC,
http://www.playvid.com/watch/ybJ7mJOtMCL, http://www.playvid.com/watch/H-WFyppcM-S, http://www.playvid.com/watch/RrcCB5VODy2,
http://www.playvid.com/watch/nn3o8yNoVKM, http://www.playvid.com/watch/LnEaabd24hT, http://www.playvid.com/watch/UTsetO0KW8B,
http://www.playvid.com/watch/wTG6CsqdnXR, http://www.playvid.com/watch/bskgZos56y4, http://www.playvid.com/watch/XuNy6sfPTWd,
http://www.playvid.com/watch/NFYdkv7x2mi, http://www.playvid.com/watch/PpGjTbxcpQL, http://www.playvid.com/watch/Q3AbEpLp-xu,
http://www.playvid.com/watch/JTsaFSKjFUr, http://www.playvid.com/watch/YauvHKmj5kR, http://www.playvid.com/watch/yQ7XPl-5l6h,
http://www.playvid.com/watch/-tdDhPXhFo2, http://www.playvid.com/watch/Og0fdpUYL5E, http://www.playvid.com/watch/U8tFoy5tVrD,
http://www.playvid.com/watch/OoGUX7YqjWv, http://www.playvid.com/watch/nODFmQutW-w, http://www.playvid.com/watch/kbQjRtS6g5y,
http://www.playvid.com/watch/P-Ul9Ct8FAx, http://www.playvid.com/watch/T6DMkJGg5Kw, http://www.playvid.com/watch/ITjb6T6ebHW,
http://www.playvid.com/watch/mD-bOY4kH3T, http://www.playvid.com/watch/v3NXTHYQCBY, http://www.playvid.com/watch/pNFPcorSbVW,
http://www.playvid.com/watch/67-NqjUxvmO, http://www.playvid.com/watch/HYfqWVj4zff, http://www.playvid.com/watch/n34weSkfSGG,
http://www.playvid.com/watch/sLA4GW-4lHp, http://www.playvid.com/watch/9kFPI35BYrn, http://www.playvid.com/watch/rA5D7vssGJa,
http://www.playvid.com/watch/SskKaZStZWJ, http://www.playvid.com/watch/6BGlxftO5A7, http://www.playvid.com/watch/wWbJloEiDn4,
http://www.playvid.com/watch/vzaUcBMfssF, http://www.playvid.com/watch/e0Jl9YSBSRS, http://www.playvid.com/watch/x-honAhIkUa,
http://www.playvid.com/watch/jUk3pdHteGW, http://www.playvid.com/watch/jfEyouhqz4Y, http://www.playvid.com/watch/Hs6rrT-BHtA,
http://www.playvid.com/watch/blvpynM8SRW, http://www.playvid.com/watch/KxRBLIUt5wJ, http://www.playvid.com/watch/wm6KIzp6exX,
http://www.playvid.com/watch/WsIV4jSqqyl, http://www.playvid.com/watch/vTSa4uLbfHX, http://www.playvid.com/watch/djL9wmrHayD,
http://www.playvid.com/watch/9Cn3aI-SAWm, http://www.playvid.com/watch/2qac82swXJ9, http://www.playvid.com/watch/pWhp0lxzHtr,
http://www.playvid.com/watch/mZGWxPN9vZv, http://www.playvid.com/watch/M5RbFuRWw9r, http://www.playvid.com/watch/9fT4HwJIIEM,
http://www.playvid.com/watch/tHaQmlPu6Gt, http://www.playvid.com/watch/NEC677-ahN7, http://www.playvid.com/watch/nrShB3-kFxJ,
http://www.playvid.com/watch/9Lxhz2KaAog, http://www.playvid.com/watch/6w42D4h6HXG, http://www.playvid.com/watch/-xy2cAO5Gzz,
http://www.playvid.com/watch/XKjwfuxSNA3, http://www.playvid.com/watch/rGXAu4TSmk2, http://www.playvid.com/watch/32FEDFuT7Qf,
http://www.playvid.com/watch/VpgJiJdv6Et, http://www.playvid.com/watch/QW3tauJcO0p, http://www.playvid.com/watch/OVu6twhxo6z,
http://www.playvid.com/watch/LPsrbqGM5RM, http://www.playvid.com/watch/RLU8JyGsHKx, http://www.playvid.com/watch/GK2T5kx6MDy,
http://www.playvid.com/watch/g9vuIPunyiE, http://www.playvid.com/watch/nQVyY7Z0UkO, http://www.playvid.com/watch/mRVwzyak-QL,
http://www.playvid.com/watch/O9I0yQ4aNlA, http://www.playvid.com/watch/R-AcQVxEChf, http://www.playvid.com/watch/sgd77makEgf,
http://www.playvid.com/watch/x0y89MHgFrW, http://www.playvid.com/watch/qeV2nEI9uP7, http://www.playvid.com/watch/azOWBYeCWTV,
http://www.playvid.com/watch/GeQwIrxlm5M, http://www.playvid.com/watch/kTdF46N4OW7, http://www.playvid.com/watch/aCB3YBR2SLJ,
http://www.playvid.com/watch/tcYDQw6FeU9, http://www.playvid.com/watch/m2ZULIZrxw7, http://www.playvid.com/watch/R7EpNUQS5Nx,
http://www.playvid.com/watch/gzqJ8ysDWM0, http://www.playvid.com/watch/SJ3domIXVZu, http://www.playvid.com/watch/JWVZo2Sfshb,
http://www.playvid.com/watch/6s5MnlLG22w, http://www.playvid.com/watch/dCQ03HXrkJS, http://www.playvid.com/watch/T8AzLwtCftl,
http://www.playvid.com/watch/rWwUGpczOuK, http://www.playvid.com/watch/Eu7l0mZKqdI, http://www.playvid.com/watch/UwxfjuTXJCT,
http://www.playvid.com/watch/YffBnj5N0dc, http://www.playvid.com/watch/NnxGxXta2i4, http://www.playvid.com/watch/3iz6KLyHagp,
http://www.playvid.com/watch/4YEe3KXkNzy, http://www.playvid.com/watch/UiOnTxGolW4, http://www.playvid.com/watch/ei-5zwYHVJe,
http://www.playvid.com/watch/G6cOwAErBbc, http://www.playvid.com/watch/kMArCIRBPC5, http://www.playvid.com/watch/PJz3OyUeAEg,
http://www.playvid.com/watch/4NC2QY3-DlB, http://www.playvid.com/watch/gI5hx89eYIo, http://www.playvid.com/watch/9thTCi4O6BZ,
http://www.playvid.com/watch/SQQRD3bRMaK, http://www.playvid.com/watch/0-57p6iOHyr, http://www.playvid.com/watch/eY6WxiBf4MR,
http://www.playvid.com/watch/FwHfwbI83Wq, http://www.playvid.com/watch/hEOjxGuWnRc, http://www.playvid.com/watch/SrT479iaJez,
http://www.playvid.com/watch/XAMukxUx-9G, http://www.playvid.com/watch/Tq4sUu7b7Dy, http://www.playvid.com/watch/CvGcOZ7C5c8,
http://www.playvid.com/watch/dkAwXiXR3f7, http://www.playvid.com/watch/Mz7a9Cz5yrE, http://www.playvid.com/watch/bk8d0DSng7l,
http://www.playvid.com/watch/zmiXkvdQGHI, http://www.playvid.com/watch/r39jSB4DILW, http://www.playvid.com/watch/flzMYPToyQ-,
http://www.playvid.com/watch/00lJ39qPL76, http://www.playvid.com/watch/ApOYcbXOToG, http://www.playvid.com/watch/tFPjVyvL5Rf,
http://www.playvid.com/watch/OUJcgrnkH2C, http://www.playvid.com/watch/kh-lqH5VCS9, http://www.playvid.com/watch/DJHYxc4IhWH,
http://www.playvid.com/watch/gjCEtsunbC2, http://www.playvid.com/watch/bAojWGix-MX, http://www.playvid.com/watch/jaCk6mvrGm9,
http://www.playvid.com/watch/uE-hyVn6GDQ, http://www.playvid.com/watch/XVPUU-Zj8DD, http://www.playvid.com/watch/KODU5r7fxHR,
http://www.playvid.com/watch/cEKUadeItvx, http://www.playvid.com/watch/2MlhJmDyZjk, http://www.playvid.com/watch/xRJOWxhr5-y,
http://www.playvid.com/watch/69GKkcI9Uty, http://www.playvid.com/watch/Fkmiv5vkZhH, http://www.playvid.com/watch/znuF2anRSTY,
http://www.playvid.com/watch/Eo4y4ffR9t3, http://www.playvid.com/watch/xggbsR4EErk, http://www.playvid.com/watch/htZPiTXTo4x,
http://www.playvid.com/watch/-h9re5mZ722, http://www.playvid.com/watch/9vdjdvzFO8O, http://www.playvid.com/watch/u-CDetFoQHT,
http://www.playvid.com/watch/e7EQaaoBo-D, http://www.playvid.com/watch/7fUYb7OVqGW, http://www.playvid.com/watch/JC5lyyte5Bv,
http://www.playvid.com/watch/Mhg4xxAGSz9, http://www.playvid.com/watch/7xs46X4WyXV, http://www.playvid.com/watch/fPSPC8DVFNG,
http://www.playvid.com/watch/XXRUAHUPimy, http://www.playvid.com/watch/VoMlGOZ3pkh, http://www.playvid.com/watch/cNYnhrq-sKH,
http://www.playvid.com/watch/cDCWyGQApVs, http://www.playvid.com/watch/vpr8zpF7x7L, http://www.playvid.com/watch/HMblBLnF-Wf,
http://www.playvid.com/watch/fzkVovgre9B, http://www.playvid.com/watch/viCpOhP7Ujg, http://www.playvid.com/watch/ZcC3XwCXyV7,
http://www.playvid.com/watch/6y2zQAd7MiP, http://www.playvid.com/watch/-CqzZdmYMOV, http://www.playvid.com/watch/qR-tHD3KUpo,
http://www.playvid.com/watch/p-6paoFuPYs, http://www.playvid.com/watch/Ixu4vAOSWhk, http://www.playvid.com/watch/GFbr-zI2fVs,
http://www.playvid.com/watch/I7d8TETW0hJ, http://www.playvid.com/watch/ZiE3aBa0KIn, http://www.playvid.com/watch/JTlsT7SL2Rv,
http://www.playvid.com/watch/TMCxvJkPdvI, http://www.playvid.com/watch/-JlRVqsyjcW, http://www.playvid.com/watch/dMLqQYpfXVG,
http://www.playvid.com/watch/AkDfVZM5CBk, http://www.playvid.com/watch/e7rMnCgdYAY, http://www.playvid.com/watch/lVd-nTyMmba,
http://www.playvid.com/watch/mWOiT8TzjBQ, http://www.playvid.com/watch/utJ4SNDkLkp, http://www.playvid.com/watch/YRpprMouNAy,
http://www.playvid.com/watch/0SgGtjoNaeD, http://www.playvid.com/watch/0HxpSEBfVJX, http://www.playvid.com/watch/0qN6ggSfmdn,
http://www.playvid.com/watch/zGg0TaORKSt, http://www.playvid.com/watch/GsGIMhU-uZh, http://www.playvid.com/watch/ZVpIZ50NbVu,
http://www.playvid.com/watch/uAUybi6kAt-, http://www.playvid.com/watch/2b5AJ0YC2Q7, http://www.playvid.com/watch/JQGKIIf326g,
http://www.playvid.com/watch/-9TmNPnhzfB, http://www.playvid.com/watch/mRldslyVnHt, http://www.playvid.com/watch/XElvuzU9CTq,
http://www.playvid.com/watch/7GFSNoAYJRw, http://www.playvid.com/watch/qJXPgS8Axkc, http://www.playvid.com/watch/LmBuZ3zef9u,
http://www.playvid.com/watch/igFbSUdnq4M, http://www.playvid.com/watch/u0jqWL-QyyP, http://www.playvid.com/watch/nZw7YEBWC8M,
http://www.playvid.com/watch/9MeowMiYiVJ, http://www.playvid.com/watch/beUgx38FY4T, http://www.playvid.com/watch/o2apAJGjfVe,
http://www.playvid.com/watch/i3xHX9mKlPW, http://www.playvid.com/watch/5LN4FCCLSIj, http://www.playvid.com/watch/5kOsC4PGuSk,
http://www.playvid.com/watch/4-SjS3RlkOn, http://www.playvid.com/watch/jR2wXXUBLeV, http://www.playvid.com/watch/uBZQEvoblC9,
http://www.playvid.com/watch/oLlETLBYJ5Y, http://www.playvid.com/watch/7uIsV2a9nCI, http://www.playvid.com/watch/jMNVr-6adN8,
http://www.playvid.com/watch/pFnoZGwz5wQ, http://www.playvid.com/watch/GWHUQKggLVH, http://www.playvid.com/watch/TzMgxXkuK49,
http://www.playvid.com/watch/DVPmuAeiH6Q, http://www.playvid.com/watch/-AgXc2vqxET, http://www.playvid.com/watch/AzPlCXar6aY,
http://www.playvid.com/watch/7Q-okEyzbcV, http://www.playvid.com/watch/bKTpJiU9Z0x, http://www.playvid.com/watch/rhEMZxdR4xz,
http://www.playvid.com/watch/QdzrOpNv22C, http://www.playvid.com/watch/8qYIK8wSSI6, http://www.playvid.com/watch/2lvQ9LqeGln,
http://www.playvid.com/watch/flBTxAPNUAJ, http://www.playvid.com/watch/rBpFWpeSARM, http://www.playvid.com/watch/d5cQbOenM46,
http://www.playvid.com/watch/vadULZLr58N, http://www.playvid.com/watch/FHKghFNOhyx, http://www.playvid.com/watch/jpnXY3ReOrI,
http://www.playvid.com/watch/2AS3NTQDTZo, http://www.playvid.com/watch/LF880dTkxq7, http://www.playvid.com/watch/l4YtTZkF0OV,
http://www.playvid.com/watch/jmdxxpuJcIi, http://www.playvid.com/watch/ksirfM2b3Xk, http://www.playvid.com/watch/Ow5FqeQLSXI,
http://www.playvid.com/watch/vtk8GHpOnmp, http://www.playvid.com/watch/EqpfzpFmROR, http://www.playvid.com/watch/ZVqcoPK7ies,
http://www.playvid.com/watch/Fn26MW8ulTQ, http://www.playvid.com/watch/oy9myTB64pS, http://www.playvid.com/watch/c0PGHI5Y57D,
http://www.playvid.com/watch/2FPrqFcDhhl, http://www.playvid.com/watch/4Aj3KpZjEqX, http://www.playvid.com/watch/JXmKFMvyHjU,
http://www.playvid.com/watch/hvBFD3LKacA, http://www.playvid.com/watch/ENEqi0V5bJl, http://www.playvid.com/watch/bXGIk6UTNGu,
http://www.playvid.com/watch/Joj5pxMUynK, http://www.playvid.com/watch/xfcJeWd8wsX, http://www.playvid.com/watch/awJQSIJQY0O,
http://www.playvid.com/watch/qh3f7gRAdrW, http://www.playvid.com/watch/OPbZlP66d0z, http://www.playvid.com/watch/SoNjlIbxDLX,
http://www.playvid.com/watch/8FvxgN4jfxl, http://www.playvid.com/watch/EN7ydmg8Ncw, http://www.playvid.com/watch/b2957VilIzy,
http://www.playvid.com/watch/eByt02ZNhCp, http://www.playvid.com/watch/ygTsHYUVIpF, http://www.playvid.com/watch/zckXqu9Yxar,
http://www.playvid.com/watch/pUewYNzugr7, http://www.playvid.com/watch/jiY86t2qrZ9, http://www.playvid.com/watch/EU98QOFBzX3,
http://www.playvid.com/watch/cx6ZnXgAZIb, http://www.playvid.com/watch/pFHeGmZEMng, http://www.playvid.com/watch/GUEonPkMymm,
http://www.playvid.com/watch/yT7Ochrw076, http://www.playvid.com/watch/QjfoboJfMqb, http://www.playvid.com/watch/zzd8fFslBR3,
http://www.playvid.com/watch/VtcySwzzJEM, http://www.playvid.com/watch/msSMNZpz6Yh, http://www.playvid.com/watch/Pgtv7WWETuv,

http://www.playvid.com/watch/y-cL4O6ZAS6, http://www.playvid.com/watch/NapYaSWxypA, http://www.playvid.com/watch/0s-x8me5FjA, http://www.playvid.com/watch/6B5ID4F-pUY, http://www.playvid.com/watch/KVpEcXhYaiZ, http://www.playvid.com/watch/MCQV3YmYaKs, http://www.playvid.com/watch/h2GTUTRPj0b, http://www.playvid.com/watch/ZkU0S0iyS7Q, http://www.playvid.com/watch/IWN0dKzVKqs, http://www.playvid.com/watch/g7ihsgUTVyX, http://www.playvid.com/watch/Ljn222YeDRD, http://www.playvid.com/watch/eggIhE9YEQB, http://www.playvid.com/watch/c4DIaME63OY, http://www.playvid.com/watch/8iLjoaeHH0w, http://www.playvid.com/watch/X9Leh3Af38E, http://www.playvid.com/watch/UhEkNu9wyMM, http://www.playvid.com/watch/qqecZVmcwsb, http://www.playvid.com/watch/AJn7aoAPVxM, http://www.playvid.com/watch/Vus4ftQipHo, http://www.playvid.com/watch/2v-2uyYiNqk, http://www.playvid.com/watch/8Q7ix38mjPX, http://www.playvid.com/watch/-Jr2XEAP2iC, http://www.playvid.com/watch/K3vQIxPMe8S, http://www.playvid.com/watch/vaXkbzkfVlj, http://www.playvid.com/watch/aqbYQwGyEcg, http://www.playvid.com/watch/RdotwH5WrsU, http://www.playvid.com/watch/I3usZNuwjTK, http://www.playvid.com/watch/QqyGvZU3Vn6, http://www.playvid.com/watch/D8oqSvGehaP, http://www.playvid.com/watch/-fVNyjSlYc-, http://www.playvid.com/watch/kG77sCCgIFT, http://www.playvid.com/watch/uZ20WRm5JKY, http://www.playvid.com/watch/n-LapZVM8q7, http://www.playvid.com/watch/oT9ju8g7RGx, http://www.playvid.com/watch/lRNIDJ-anba, http://www.playvid.com/watch/zKYOabMvc2q, http://www.playvid.com/watch/4toGCmEWbuK, http://www.playvid.com/watch/HxXPkKO-8Rs, http://www.playvid.com/watch/cJVhsfjTa6h, http://www.playvid.com/watch/kDibyRlfe0Y, http://www.playvid.com/watch/9rG0Xq74RuE, http://www.playvid.com/watch/2ZZb2Ozsj30, http://www.playvid.com/watch/Iejahp2hgY7, http://www.playvid.com/watch/kxK4AVREJab, http://www.playvid.com/watch/K02KKPXLCDi, http://www.playvid.com/watch/a86S4eZUPO6, http://www.playvid.com/watch/VN8i0NPPa9P, http://www.playvid.com/watch/NdWQdEGeGnH, http://www.playvid.com/watch/idO3SIVyocs, http://www.playvid.com/watch/RK-lJLHIfq5, http://www.playvid.com/watch/-lyqUPluCDx, http://www.playvid.com/watch/f5BMLNBLghT, http://www.playvid.com/watch/qO2M9huCXZb, http://www.playvid.com/watch/GdeyhAP9t8K, http://www.playvid.com/watch/ZHAXjkAlcTF, http://www.playvid.com/watch/2-JnBYnXInQ, http://www.playvid.com/watch/88wq94tNaEG, http://www.playvid.com/watch/rIYC-xhFpFD, http://www.playvid.com/watch/bfq-9NR9vhh, http://www.playvid.com/watch/kyaFhujzhJD, http://www.playvid.com/watch/g6EkHHMkKtu, http://www.playvid.com/watch/FDy2eYIy6I4, http://www.playvid.com/watch/SfXkpeg-qP4, http://www.playvid.com/watch/VU3R-8EL4Ln, http://www.playvid.com/watch/UyVxdBi-d5U, http://www.playvid.com/watch/H4ZtbkEz9Py, http://www.playvid.com/watch/5mzjM4-wqtE, http://www.playvid.com/watch/mR-wJk3h4ze, http://www.playvid.com/watch/FYkWpOt56eW, http://www.playvid.com/watch/nxorwevekIS, http://www.playvid.com/watch/mIz4pkJsLnR, http://www.playvid.com/watch/eQSddFGMwsH, http://www.playvid.com/watch/vbAUit7pzCB, http://www.playvid.com/watch/GyeVpfEKyNy, http://www.playvid.com/watch/iOHlHTuQ9ni
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kakadu90
5.b. Uploader's email address: ernivaano@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/kakadu90
5.e. List of videos posted by uploader: http://www.playvid.com/watch/A8etZm5BSyZ, http://www.playvid.com/watch/Vs3tFyq12wN, http://www.playvid.com/watch/Aa3bTblc2vm, http://www.playvid.com/watch/p6axUAUg7jv, http://www.playvid.com/watch/0BWYOrN_Dws, http://www.playvid.com/watch/yYNbi0Qi_mG, http://www.playvid.com/watch/B9jJ_0CvFku, http://www.playvid.com/watch/AwvuZII2b5n, http://www.playvid.com/watch/alOLvUM1RjY, http://www.playvid.com/watch/terYMC5z2nO, http://www.playvid.com/watch/VS2glhWBRXI, http://www.playvid.com/watch/jScpnFMyy2v, http://www.playvid.com/watch/hoBaPri-tKX, http://www.playvid.com/watch/YFMsLug89df, http://www.playvid.com/watch/tS1x3bfH2Fg, http://www.playvid.com/watch/JfRwS_n-B0Y, http://www.playvid.com/watch/l4CMFKZnSeF, http://www.playvid.com/watch/kA5KFauGjgZ, http://www.playvid.com/watch/HEt_0Flnpck, http://www.playvid.com/watch/t3mLrO068Zs, http://www.playvid.com/watch/Pyv4wwTTTdh, http://www.playvid.com/watch/Z1IBBPO2EEu, http://www.playvid.com/watch/e5cFedCUDdy, http://www.playvid.com/watch/JTfOLBREFpN, http://www.playvid.com/watch/6Rjqr5fEzFB, http://www.playvid.com/watch/rXYKZJlr7FJ, http://www.playvid.com/watch/ChlCIof6JUE, http://www.playvid.com/watch/4UwaJzNctWY, http://www.playvid.com/watch/uFC5dzjhtVC, http://www.playvid.com/watch/og-dnfJuD0g, http://www.playvid.com/watch/TzBEJejgFCl, http://www.playvid.com/watch/nSs1bZHm_6l, http://www.playvid.com/watch/6G-LIQg_YdF, http://www.playvid.com/watch/IMCHMTXBXrS, http://www.playvid.com/watch/Z8YKh_eIObQ, http://www.playvid.com/watch/9Ri7-Lg8l_O, http://www.playvid.com/watch/Rp6BwWk7lPS, http://www.playvid.com/watch/7Za2aiftlGJ, http://www.playvid.com/watch/IfHFFjR_zFo, http://www.playvid.com/watch/K8k2409hj1L, http://www.playvid.com/watch/FdLpM_n4WH3, http://www.playvid.com/watch/8et6x1Ul3u8, http://www.playvid.com/watch/d8cD7phrA6r, http://www.playvid.com/watch/2qq9TD0vi0e, http://www.playvid.com/watch/mpuZ-YrJbFc, http://www.playvid.com/watch/4qt9QDe9nJa, http://www.playvid.com/watch/LtaD9Zk4zOW, http://www.playvid.com/watch/9tDaaGMnftx, http://www.playvid.com/watch/tknsB1PImeL, http://www.playvid.com/watch/c5z51Qeyw09, http://www.playvid.com/watch/d6L6G6uyPMC, http://www.playvid.com/watch/U-YsJxWzlED, http://www.playvid.com/watch/yCPxahC5U7F, http://www.playvid.com/watch/OFuVDXZbHIn, http://www.playvid.com/watch/bXl-QtmxnF2, http://www.playvid.com/watch/ywuhLIPEpRs, http://www.playvid.com/watch/ch34vKfbMhB, http://www.playvid.com/watch/a5v2mhaMElc, http://www.playvid.com/watch/Nb_C4tKi5lz, http://www.playvid.com/watch/3l0K3zwtTZ7, http://www.playvid.com/watch/ZW5IyjylKu8, http://www.playvid.com/watch/ySDRVn-_1PW, http://www.playvid.com/watch/tyhWGDXrXne, http://www.playvid.com/watch/PLAeRRqv6YO, http://www.playvid.com/watch/M1H_B9Sif4r, http://www.playvid.com/watch/6SRQqHcl4xX, http://www.playvid.com/watch/HaWeaAh5J2Q, http://www.playvid.com/watch/s3P0Vq1ULVV, http://www.playvid.com/watch/PDfVu9qv2AJ, http://www.playvid.com/watch/aXogObVTLZO, http://www.playvid.com/watch/AXej6ELjrKj, http://www.playvid.com/watch/Vz-3x0_VvaP, http://www.playvid.com/watch/zD5YJAxUuvx, http://www.playvid.com/watch/sOXVyMe4SvX, http://www.playvid.com/watch/A47ECPL0gq5, http://www.playvid.com/watch/jJ4yhlQbTj2, http://www.playvid.com/watch/tjwsM-hBVu9, http://www.playvid.com/watch/SJb7GKv5vBY, http://www.playvid.com/watch/tT-618TLCZc, http://www.playvid.com/watch/NrAlBXWdb-K, http://www.playvid.com/watch/egpVsBzP00l, http://www.playvid.com/watch/ksfkZQ9q9Lq, http://www.playvid.com/watch/8pOGAWVJ2h3, http://www.playvid.com/watch/ypqzRTIqwZy, http://www.playvid.com/watch/OKQdlv-pnQV, http://www.playvid.com/watch/wKUgR5nStzV, http://www.playvid.com/watch/OG-Gch-JVJT, http://www.playvid.com/watch/mSR-i6XmxcR, http://www.playvid.com/watch/ysKeEM4yt5H, http://www.playvid.com/watch/ckb9_8nl4ko, http://www.playvid.com/watch/ExOwTP0kikd, http://www.playvid.com/watch/JWl0nfnOf-r, http://www.playvid.com/watch/4L46C-cvv2T, http://www.playvid.com/watch/aSZO8wocgBN, http://www.playvid.com/watch/mRwP1wK59An, http://www.playvid.com/watch/AH2WiLPMISK, http://www.playvid.com/watch/2u6QVS6cSnf, http://www.playvid.com/watch/fegguapxp2K, http://www.playvid.com/watch/uMigIoFOiAJ, http://www.playvid.com/watch/FKWVWzu7ZYc, http://www.playvid.com/watch/pbGAmlqTCD6, http://www.playvid.com/watch/QaJ_VqQLK8M, http://www.playvid.com/watch/Xx7SfkfIn1j, http://www.playvid.com/watch/V8xlBUTsvoY, http://www.playvid.com/watch/8yo6V5LxjOG, http://www.playvid.com/watch/eh8mG07hgLi, http://www.playvid.com/watch/ADtjKcc55hd, http://www.playvid.com/watch/ixnGlpksmqw, http://www.playvid.com/watch/KljRBTdNEw6, http://www.playvid.com/watch/4zBUyMiuoik, http://www.playvid.com/watch/3R5EnLnkxHw, http://www.playvid.com/watch/yemZg7UYEnm, http://www.playvid.com/watch/o2varv3GQDB, http://www.playvid.com/watch/PsAdtPR54rZ
5.f. Date of third notice: 2014-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kalama
5.b. Uploader's email address: vitaleostone@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kalama
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ajDUovgFMx9, http://www.playvid.com/watch/KHMVEds7YIh, http://www.playvid.com/watch/uquvVA0rrX5, http://www.playvid.com/watch/qC3vYDaJDPb, http://www.playvid.com/watch/SlgGzrH4ENl, http://www.playvid.com/watch/i134oKECyBl, http://www.playvid.com/watch/GGeC2h6zcMX, http://www.playvid.com/watch/Hya0SiGnjtK, http://www.playvid.com/watch/FOBMxOChUFa, http://www.playvid.com/watch/TIZecij-pLg, http://www.playvid.com/watch/b4JxsRyS3Ef, http://www.playvid.com/watch/yTWxHgYiF2C, http://www.playvid.com/watch/VJh4YwOtdTL, http://www.playvid.com/watch/YShcje_tWoy, http://www.playvid.com/watch/DIMpwRSjVqk, http://www.playvid.com/watch/Coxnc837Xkh, http://www.playvid.com/watch/5VSW9WSunfu, http://www.playvid.com/watch/VU_hpoLVx0H, http://www.playvid.com/watch/nBIt0O2bl7A, http://www.playvid.com/watch/rsrxxxFckB2, http://www.playvid.com/watch/vPU40D4C4C2, http://www.playvid.com/watch/Vtt8WgTdAv8, http://www.playvid.com/watch/iA-tOu1uklr, http://www.playvid.com/watch/Evw7RqQptUN, http://www.playvid.com/watch/oHSxzMA1xbK, http://www.playvid.com/watch/xnaUHNVthwu, http://www.playvid.com/watch/hkH4tjT2u3u, http://www.playvid.com/watch/A2MAOJzqC6d, http://www.playvid.com/watch/2kRWM_aoL7D, http://www.playvid.com/watch/P2xj9nU3Dxi, http://www.playvid.com/watch/T0Rp_I1Pl-Q, http://www.playvid.com/watch/kpa9q4--g55, http://www.playvid.com/watch/E3tNHZ5Ir2I, http://www.playvid.com/watch/fYjFYv6iDBI, http://www.playvid.com/watch/IkuDZCaapuY, http://www.playvid.com/watch/ZDY0bVgAk1r, http://www.playvid.com/watch/ePf0zjKtGyf, http://www.playvid.com/watch/vFgKx0wSotC, http://www.playvid.com/watch/4HYYRL-4lX6, http://www.playvid.com/watch/LWlKadK-kD5, http://www.playvid.com/watch/EmEgtutjCus, http://www.playvid.com/watch/OnzRGFjqS8V, http://www.playvid.com/watch/7yJjv0v_rjH, http://www.playvid.com/watch/3bo2iigBSkt, http://www.playvid.com/watch/64Lpy4Ts9bc, http://www.playvid.com/watch/bdDVKE-o-sl, http://www.playvid.com/watch/ykJYeCHM9Iq, http://www.playvid.com/watch/rEUNmyhyPFL, http://www.playvid.com/watch/Ep_sso4WTJx, http://www.playvid.com/watch/xnkaRp8Lbp5, http://www.playvid.com/watch/x-dSw8euKsW, http://www.playvid.com/watch/FdUH05kFwkK, http://www.playvid.com/watch/VpAihSS7oNP, http://www.playvid.com/watch/QNBF3ToXU_s, http://www.playvid.com/watch/w7QfDpIK9by, http://www.playvid.com/watch/2BNjd8WmyNW, http://www.playvid.com/watch/Bt4qZoPs_l9, http://www.playvid.com/watch/M4gOaxNqjcT, http://www.playvid.com/watch/vxETIe4G8lC,

http://www.playvid.com/watch/CFeGkjmOWe7, http://www.playvid.com/watch/zK5q1xzpKC7, http://www.playvid.com/watch/heeN_j3v5xp, http://www.playvid.com/watch/RG3bE92RbWV, http://www.playvid.com/watch/X7EEL7ml5It, http://www.playvid.com/watch/m4NVxdE-8oM, http://www.playvid.com/watch/a-CT7QuM-6k, http://www.playvid.com/watch/rOJr877IeZQ, http://www.playvid.com/watch/t6E1Nk6ANfH, http://www.playvid.com/watch/pw08SKW_hgU, http://www.playvid.com/watch/A6XWmKET-s8, http://www.playvid.com/watch/nJ7UZ1gAdcK, http://www.playvid.com/watch/GNukd64CGte, http://www.playvid.com/watch/yFyWw9Kc3cy, http://www.playvid.com/watch/fi35HW95dvs, http://www.playvid.com/watch/viKM70jn886, http://www.playvid.com/watch/fuhBolBgkGY, http://www.playvid.com/watch/g7MyezenUiv, http://www.playvid.com/watch/DdOZg7BkxnU, http://www.playvid.com/watch/peqgkWdKFT4, http://www.playvid.com/watch/HlIgIEGjBv9, http://www.playvid.com/watch/7J1VVQKvn2F, http://www.playvid.com/watch/vJsOHTvAR33, http://www.playvid.com/watch/GJd6ih_rK40, http://www.playvid.com/watch/eeJO7z6fYBI, http://www.playvid.com/watch/vIZSc9uS5Y7, http://www.playvid.com/watch/IEyxPPy82V0, http://www.playvid.com/watch/WUERxsBllhE, http://www.playvid.com/watch/GI9Y8_WrD3J, http://www.playvid.com/watch/SuNZhUa_QeJ
5.f. Date of third notice: 2015-05-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Kalle Knullkuk
5.b. Uploader's email address: piddea@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Kalle+Knullkuk
5.e. List of videos posted by uploader: http://www.playvid.com/watch/V2PFpXF8-T8, http://www.playvid.com/watch/4GcjKX-fGdn, http://www.playvid.com/watch/yhNk0ytJ0bG, http://www.playvid.com/watch/HxMYJHdQQ9d, http://www.playvid.com/watch/jPRaNIVOkd3, http://www.playvid.com/watch/2YPdBxjV0rI, http://www.playvid.com/watch/U8G8c9sL6nG, http://www.playvid.com/watch/WfqwJEH3ZT6, http://www.playvid.com/watch/EHP-EOE6m4Z, http://www.playvid.com/watch/XVOA27EX7iP, http://www.playvid.com/watch/JHqCEwxwxEJ, http://www.playvid.com/watch/IHL77jaOhjv, http://www.playvid.com/watch/meFjMXEk7HU, http://www.playvid.com/watch/V46UtQ53a5k, http://www.playvid.com/watch/JowARMrWRSg, http://www.playvid.com/watch/H0q7giVDgZQ, http://www.playvid.com/watch/4LSWLKSLrFZ, http://www.playvid.com/watch/nW5kMq6FGSF, http://www.playvid.com/watch/6laYq3-J4Gv, http://www.playvid.com/watch/ohRouMaXPrK, http://www.playvid.com/watch/v950PFcZrvl, http://www.playvid.com/watch/I9e4gq65amC, http://www.playvid.com/watch/cJdrv07IA3g, http://www.playvid.com/watch/QdTHD0r8u3t, http://www.playvid.com/watch/dxq94I8IzOf, http://www.playvid.com/watch/Bpw6OX6iViQ, http://www.playvid.com/watch/MDgQNVsRRvR, http://www.playvid.com/watch/tdorxX9wIuk, http://www.playvid.com/watch/Lwn44uC-gV7, http://www.playvid.com/watch/4lvCApc8sLO, http://www.playvid.com/watch/wEaaUQ3gVOj, http://www.playvid.com/watch/bK-OMvVs7ZA, http://www.playvid.com/watch/hg9Gu34sOIF, http://www.playvid.com/watch/IQnCvWmTBRH, http://www.playvid.com/watch/N0WCn7PYbLd, http://www.playvid.com/watch/PMOhK9DRu4E, http://www.playvid.com/watch/yiEb7qeZeY6, http://www.playvid.com/watch/a8uoHqxDWVg, http://www.playvid.com/watch/YUZrS04h-8z, http://www.playvid.com/watch/OhZ7rt55ORd, http://www.playvid.com/watch/e2oJrqaWCZo, http://www.playvid.com/watch/vNIT-u5Cy9B, http://www.playvid.com/watch/584XmsV8pub, http://www.playvid.com/watch/fLNydZ7gYvr, http://www.playvid.com/watch/JNd4T8H4KHr, http://www.playvid.com/watch/M7S6THRwTuf, http://www.playvid.com/watch/leQIGUFOum-, http://www.playvid.com/watch/4tRE-CESDtX, http://www.playvid.com/watch/agNE-BnVH0G, http://www.playvid.com/watch/OveVRbWPeFG, http://www.playvid.com/watch/8If3B3gIwos, http://www.playvid.com/watch/FGCKKQTKGVR, http://www.playvid.com/watch/xJi2zgLwzdm, http://www.playvid.com/watch/KPtyECkStzw, http://www.playvid.com/watch/YjRmMt-yy-e, http://www.playvid.com/watch/f2tsTqDJcSv, http://www.playvid.com/watch/7QHkjSkEeu5, http://www.playvid.com/watch/0XYuoZ2bgq8, http://www.playvid.com/watch/SnDjx9aygUk, http://www.playvid.com/watch/-vFEmci-WTV, http://www.playvid.com/watch/HYhFBSqD4Dk, http://www.playvid.com/watch/NjUaYs-JIQ7, http://www.playvid.com/watch/Adolzh0Zlkg, http://www.playvid.com/watch/bB924UjZHrv, http://www.playvid.com/watch/h4ZAZRjySvp, http://www.playvid.com/watch/mPS7Zzhomdi, http://www.playvid.com/watch/AdMvxWp6TT8, http://www.playvid.com/watch/Jf-iuXQIGov, http://www.playvid.com/watch/Q9RYG5ahzJV, http://www.playvid.com/watch/H-ii6mGFnoD, http://www.playvid.com/watch/exRys27UkAL, http://www.playvid.com/watch/ViZc-tpizgA, http://www.playvid.com/watch/TefAjkstDJH, http://www.playvid.com/watch/M2CMED6HQgx, http://www.playvid.com/watch/GsG7nAHydGp, http://www.playvid.com/watch/It5J3wmmelL, http://www.playvid.com/watch/sPaLL-w2CJt, http://www.playvid.com/watch/M3BriyzXLGb, http://www.playvid.com/watch/4Ivduz45NQS, http://www.playvid.com/watch/fgKgKMgeHvR, http://www.playvid.com/watch/dlu2cENrf6H, http://www.playvid.com/watch/ww2e-PffvYQ, http://www.playvid.com/watch/jmEgEunOrKs, http://www.playvid.com/watch/Ve0LPFAPk-x, http://www.playvid.com/watch/BzRg75qHo-3, http://www.playvid.com/watch/QdiBZTUpNhY, http://www.playvid.com/watch/gVExLEFyOlP, http://www.playvid.com/watch/wsxSTSGyiPg, http://www.playvid.com/watch/ccIvQtyH0Vw, http://www.playvid.com/watch/z0TuOArA386, http://www.playvid.com/watch/DFJK2au2Kx5, http://www.playvid.com/watch/sBLju2ieY0B, http://www.playvid.com/watch/BQwP5-AGjXS, http://www.playvid.com/watch/62X3-UOuPDS, http://www.playvid.com/watch/xgAFoLDGLmk, http://www.playvid.com/watch/QRydrPo83yr, http://www.playvid.com/watch/P-czjxBSrSZ, http://www.playvid.com/watch/l0SJWptLQ0m, http://www.playvid.com/watch/e7zx8ChSKli, http://www.playvid.com/watch/K75LLI354XJ, http://www.playvid.com/watch/sPcuEat8sBM, http://www.playvid.com/watch/0EpcJlvSFOw, http://www.playvid.com/watch/WX6oraHwAXP, http://www.playvid.com/watch/UUD3ZV7gWbj, http://www.playvid.com/watch/61C4L9vbV0c, http://www.playvid.com/watch/ISp7zrYxYgD, http://www.playvid.com/watch/Mhn2F9QYxwb, http://www.playvid.com/watch/iRtPYudZNNS, http://www.playvid.com/watch/5e1t2HMQjGx, http://www.playvid.com/watch/5qEKg8zCbEd, http://www.playvid.com/watch/c-TYtMHGmHs, http://www.playvid.com/watch/2c0Ub5QC_L2, http://www.playvid.com/watch/XFBLQhnvpwx
5.f. Date of third notice: 2014-03-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kaltobi
5.b. Uploader's email address: kalatobyok@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kaltobi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mbFy_NM2jxa, http://www.playvid.com/watch/KionKVMT6MK, http://www.playvid.com/watch/Z1PakZiSi1e, http://www.playvid.com/watch/KZpmbvYJM_0, http://www.playvid.com/watch/rtYExoER54W, http://www.playvid.com/watch/IerNZ6hTwA5, http://www.playvid.com/watch/Rqmg2t9ZUSW, http://www.playvid.com/watch/T_6Aeq2Rug0, http://www.playvid.com/watch/w8kN5OvxOLO, http://www.playvid.com/watch/v8eF4mW2g9j, http://www.playvid.com/watch/mftkkDIc-TG, http://www.playvid.com/watch/mfUVFY6Q_oJ, http://www.playvid.com/watch/M1jIHAM3TsE, http://www.playvid.com/watch/47Wf3YoYG5X, http://www.playvid.com/watch/FeCdNnyocLC, http://www.playvid.com/watch/6X1GY4s27zo, http://www.playvid.com/watch/VncI-KVqBRi, http://www.playvid.com/watch/YdoEMWsrfQs, http://www.playvid.com/watch/8sIsRiYsjEI, http://www.playvid.com/watch/YUh1_cpYY3x, http://www.playvid.com/watch/QgFZEobr9K5, http://www.playvid.com/watch/X4BztuxR-Kn, http://www.playvid.com/watch/QSge2s88TEx, http://www.playvid.com/watch/8WJtXo6LpYS, http://www.playvid.com/watch/qjM9hvvHhNo, http://www.playvid.com/watch/QKxy0NFDw9w, http://www.playvid.com/watch/IzN7wDFPHnJ, http://www.playvid.com/watch/UzrEAVddiry, http://www.playvid.com/watch/Lp-IvXU_N7S, http://www.playvid.com/watch/KHVxL6C3QgM, http://www.playvid.com/watch/Qf6_V4E8dAQ, http://www.playvid.com/watch/XXqauBlO8LJ, http://www.playvid.com/watch/RxZfkWahDaU, http://www.playvid.com/watch/TQFHq0jbgMA, http://www.playvid.com/watch/Epyv0sN4RMx, http://www.playvid.com/watch/XIuNDEDvLWh, http://www.playvid.com/watch/3vfF9QKN5vu, http://www.playvid.com/watch/G-IIq_W2XMM, http://www.playvid.com/watch/wktCuVsBNPy, http://www.playvid.com/watch/bAOl4WvwLgc, http://www.playvid.com/watch/l_ckWpedy9w, http://www.playvid.com/watch/N9bJ3hk5RZN, http://www.playvid.com/watch/zpWAKFDi8tW, http://www.playvid.com/watch/rQI1dAF_xQO, http://www.playvid.com/watch/e8tB0EGEjWx, http://www.playvid.com/watch/ThPovp_6HBF, http://www.playvid.com/watch/FCDoT5Lu6Qw, http://www.playvid.com/watch/dabrxwQe9ph, http://www.playvid.com/watch/G1lO7NHY7pJ, http://www.playvid.com/watch/LpHEdR7wWSO, http://www.playvid.com/watch/ZBD8PuQew7C, http://www.playvid.com/watch/ZXzmzr_6E4f, http://www.playvid.com/watch/msQHJ8YpFby, http://www.playvid.com/watch/skO6FqqConY, http://www.playvid.com/watch/vlJDCyD8fpn, http://www.playvid.com/watch/YalT2LP_Dju, http://www.playvid.com/watch/BrufUOWhbzh, http://www.playvid.com/watch/OTHY3ztNThG, http://www.playvid.com/watch/6-O2mICUVJR, http://www.playvid.com/watch/ycUuwhbSgB6, http://www.playvid.com/watch/OHHz5gXJV64, http://www.playvid.com/watch/fV7WalmhgY2, http://www.playvid.com/watch/dpGz_IJ2EKX, http://www.playvid.com/watch/ByjMQa3Bq_7, http://www.playvid.com/watch/SJgphWXPZ-t, http://www.playvid.com/watch/TZERKujRaQs, http://www.playvid.com/watch/NB4NihihNnc, http://www.playvid.com/watch/9514VbQIypb, http://www.playvid.com/watch/H48Pq_tvez8, http://www.playvid.com/watch/h284qouZuPB, http://www.playvid.com/watch/AWIzvFiaDss, http://www.playvid.com/watch/pN6qsIZ3whh, http://www.playvid.com/watch/HfSXzTl-d46, http://www.playvid.com/watch/UssKU4DVFDe, http://www.playvid.com/watch/OMOBrVaqUv8, http://www.playvid.com/watch/OhKiVPDNCoj, http://www.playvid.com/watch/4aG_ZCL4WkH, http://www.playvid.com/watch/mhgIZu9ye5F, http://www.playvid.com/watch/Wf9K0Zni9xz, http://www.playvid.com/watch/c47TQDf15DF, http://www.playvid.com/watch/AOoTeB2bDI8, http://www.playvid.com/watch/meFUxGP4eCy, http://www.playvid.com/watch/VYoROcil1QZ, http://www.playvid.com/watch/fD1K_MdtL8Q, http://www.playvid.com/watch/hr60eoZLZUO, http://www.playvid.com/watch/XJOtrocBafU, http://www.playvid.com/watch/uyCsXjmkW6k, http://www.playvid.com/watch/S08ZQmJjYWN, http://www.playvid.com/watch/SuyBPvjl3aI, http://www.playvid.com/watch/wKm9YcKhgzo, http://www.playvid.com/watch/K3VMfQN1kvO, http://www.playvid.com/watch/UMUImhfGeJ4, http://www.playvid.com/watch/wgTO-Rta8Zd, http://www.playvid.com/watch/ta0AHsKSOQs, http://www.playvid.com/watch/FHA9Z3V26U0, http://www.playvid.com/watch/Q8EIvYLMmCQ, http://www.playvid.com/watch/MuXnGJBGPxT, http://www.playvid.com/watch/2yed6HyYbHo, http://www.playvid.com/watch/aH3yyNfYtqo, http://www.playvid.com/watch/Mrz0RX_NmB4, http://www.playvid.com/watch/IGPOe_5Kkd7, http://www.playvid.com/watch/skAb5oHgq1H, http://www.playvid.com/watch/UA_zrrGuJA0, http://www.playvid.com/watch/3DJ05DUyACo, http://www.playvid.com/watch/OxgjZVkc4DQ, http://www.playvid.com/watch/0UZrU2KEd97, http://www.playvid.com/watch/TPMeRdBjS47,

http://www.playvid.com/watch/vUkJLGlSh-D, http://www.playvid.com/watch/egsUqoxG0p4, http://www.playvid.com/watch/tpHlMMZ5-vE,
http://www.playvid.com/watch/YgM2VR3ZQeR, http://www.playvid.com/watch/Iq2DQCc9qHM, http://www.playvid.com/watch/nenoagJIMVz,
http://www.playvid.com/watch/pN6kJfau7sF, http://www.playvid.com/watch/H5CEiQv7n7o, http://www.playvid.com/watch/DVUDBs_eAIX,
http://www.playvid.com/watch/lmXlfc6g_om, http://www.playvid.com/watch/bHzmVFineEK, http://www.playvid.com/watch/aL4Zbtc1tPB,
http://www.playvid.com/watch/pcYsFQMVwSc, http://www.playvid.com/watch/wAasbkWZId9, http://www.playvid.com/watch/KX48-V8VgLb,
http://www.playvid.com/watch/XV-dxOcyOb9, http://www.playvid.com/watch/qiKlkpYd582, http://www.playvid.com/watch/tWgNT0baJza,
http://www.playvid.com/watch/TDdGyuAb_fN, http://www.playvid.com/watch/BlTE0HwrEnC, http://www.playvid.com/watch/pzMuQjaK2FS,
http://www.playvid.com/watch/6nMEK-NxPLz, http://www.playvid.com/watch/a4sNmd6iVbb, http://www.playvid.com/watch/Ffys4QK3uHJ,
http://www.playvid.com/watch/qYekfvWiYQa, http://www.playvid.com/watch/LwczhhtjKLa, http://www.playvid.com/watch/OiHscStq7Ub,
http://www.playvid.com/watch/auwRVBpbqzi, http://www.playvid.com/watch/riXTg5Lh0Cv, http://www.playvid.com/watch/aLKkvjHVjL2,
http://www.playvid.com/watch/tff4eIOlNUW, http://www.playvid.com/watch/d8LXm_I_nCX, http://www.playvid.com/watch/MZzR839P93I,
http://www.playvid.com/watch/FtuCkStiSYk, http://www.playvid.com/watch/uJ3_9x5PUZy, http://www.playvid.com/watch/VVuRnKkkAav,
http://www.playvid.com/watch/tmFukedYhUB, http://www.playvid.com/watch/Waal3PPEcBb, http://www.playvid.com/watch/44NtpxU5DY7,
http://www.playvid.com/watch/L4VOjTzTWMO, http://www.playvid.com/watch/2Jc4laVNQfV, http://www.playvid.com/watch/sa1mAsGdXcj,
http://www.playvid.com/watch/p3fsxyF7Vvv, http://www.playvid.com/watch/tKwqVvFzYUR, http://www.playvid.com/watch/83mzWFDmIyk,
http://www.playvid.com/watch/JZQCldpBD7Z, http://www.playvid.com/watch/BefHV_3brSK
5.f. Date of third notice: 2015-09-19 01:14:41
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kamikaze
5.b. Uploader's email address: sidkamikaze@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kamikaze
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-f-acMAUEd5, http://www.playvid.com/watch/cZDdElpMETL,
http://www.playvid.com/watch/D6hYi6EZhS6, http://www.playvid.com/watch/5Fh6sEE8N9J, http://www.playvid.com/watch/X23vqs2oeIq,
http://www.playvid.com/watch/K7UokPoPvgU, http://www.playvid.com/watch/LvhgA7M93DW, http://www.playvid.com/watch/0HP0QdgPZRC,
http://www.playvid.com/watch/PBr5-CqmiR4, http://www.playvid.com/watch/C7DbzxFVXqY, http://www.playvid.com/watch/DRnpDBHtuhO,
http://www.playvid.com/watch/rULBJyIcQln, http://www.playvid.com/watch/fOQpX2fVACU, http://www.playvid.com/watch/Ac9ZUd6xQhG,
http://www.playvid.com/watch/Kn9UfUxbE6d, http://www.playvid.com/watch/fxjz9dr7u5u, http://www.playvid.com/watch/xlbVGulXslQ
5.f. Date of third notice: 2013-10-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Kanarius
5.b. Uploader's email address: rebolationsurf@ig.com.br
5.d. Uploader's profile: http://www.playvid.com/member/Kanarius
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NdSh5r6llj5, http://www.playvid.com/watch/RcJMWQ5uRy9,
http://www.playvid.com/watch/zUVxTUzke4s, http://www.playvid.com/watch/zKQPGpSKakT, http://www.playvid.com/watch/DBJsEOSP6dJ,
http://www.playvid.com/watch/2QnVaHRT7wL, http://www.playvid.com/watch/0eUg9vuqGO4, http://www.playvid.com/watch/MNX6WbOQR3q,
http://www.playvid.com/watch/HQo52VcZ2Je, http://www.playvid.com/watch/vxFpltxaUUO, http://www.playvid.com/watch/n7hiPZCKe7d,
http://www.playvid.com/watch/UZJ7qeEF80u, http://www.playvid.com/watch/7fkTtc6V8Xn, http://www.playvid.com/watch/eDz4EHJOKf0,
http://www.playvid.com/watch/oWodvYxRIgI, http://www.playvid.com/watch/oxNVJHzQs2Q, http://www.playvid.com/watch/UZ5r93hTmYj,
http://www.playvid.com/watch/Q5-tcan9n9c, http://www.playvid.com/watch/yTdNRj8ReOg, http://www.playvid.com/watch/mdbBsj9pg3d,
http://www.playvid.com/watch/DnW8vhEzk8q, http://www.playvid.com/watch/3ZMYlAFXCSD, http://www.playvid.com/watch/C6LmhwR8GT7,
http://www.playvid.com/watch/WeGBRL7bajk, http://www.playvid.com/watch/o9Jq5sm0CTT, http://www.playvid.com/watch/evSympZgV9Q,
http://www.playvid.com/watch/5-lJVhrigD5, http://www.playvid.com/watch/5SFm3wzkjmJ, http://www.playvid.com/watch/g-buNtK2rhg,
http://www.playvid.com/watch/fWeMN4wu-kF, http://www.playvid.com/watch/HuFZYIunLJD, http://www.playvid.com/watch/wF36NrD25t8,
http://www.playvid.com/watch/LEFMC0LJxMQ, http://www.playvid.com/watch/q3JM4uOX8fq, http://www.playvid.com/watch/ryp69VI9Crh,
http://www.playvid.com/watch/PBsyhAXUind, http://www.playvid.com/watch/qITOLeTjWlV, http://www.playvid.com/watch/lfircE-xuji,
http://www.playvid.com/watch/6lZTjNwSoj2, http://www.playvid.com/watch/Wl4ycnBNhKU, http://www.playvid.com/watch/rJRgFNDsPFS,
http://www.playvid.com/watch/FluthU5JHRv, http://www.playvid.com/watch/PEDqiQ0ua8U, http://www.playvid.com/watch/JywoR8hYK70,
http://www.playvid.com/watch/fN7jJGLgmUa, http://www.playvid.com/watch/xARV7YbCR-E, http://www.playvid.com/watch/jJTTAZFjRS-,
http://www.playvid.com/watch/HAahntNx-Ki, http://www.playvid.com/watch/39kpnh72NdW, http://www.playvid.com/watch/YgdIRGh2Suk,
http://www.playvid.com/watch/E3Kaq9GXw5M, http://www.playvid.com/watch/VUmSw8Dpf5d, http://www.playvid.com/watch/0DcGNeUuBBu,
http://www.playvid.com/watch/h9y5zLw7SLt, http://www.playvid.com/watch/oVsXT35-GFz, http://www.playvid.com/watch/2F9WVLShESh,
http://www.playvid.com/watch/9aAUo0kGAUc, http://www.playvid.com/watch/hUtMIxik3af, http://www.playvid.com/watch/HJhJBRCE97X,
http://www.playvid.com/watch/WBwmTj5kYgH, http://www.playvid.com/watch/UsJtHs8MiMM, http://www.playvid.com/watch/J9vZ4-KlI4T,
http://www.playvid.com/watch/0PP3jQmimBb, http://www.playvid.com/watch/uBLA-pxWE3J, http://www.playvid.com/watch/hlfOm0Rpcs7,
http://www.playvid.com/watch/tVJrNVwtCXN, http://www.playvid.com/watch/QEqIKfRhZHC, http://www.playvid.com/watch/KmXZtvULyzS,
http://www.playvid.com/watch/EaWW9AHJOJD, http://www.playvid.com/watch/uRH6c-mFRFk, http://www.playvid.com/watch/9l9HQJSzRx-,
http://www.playvid.com/watch/Vi7Lu7Bhbw0, http://www.playvid.com/watch/cWjBpEIBp6K, http://www.playvid.com/watch/dpqcExfel37,
http://www.playvid.com/watch/XXbTbZ6BafU, http://www.playvid.com/watch/WuHDfQzeJtY, http://www.playvid.com/watch/6v3-xpyrumM,
http://www.playvid.com/watch/CPuBlcsiXKk, http://www.playvid.com/watch/aEqAP8ETxZi, http://www.playvid.com/watch/o0Swu7MIEAT,
http://www.playvid.com/watch/rSA9R3gsnWV, http://www.playvid.com/watch/QHuzyIZCoqV, http://www.playvid.com/watch/HountnhVAQ4,
http://www.playvid.com/watch/QnvW3p2QlSi, http://www.playvid.com/watch/JPXJTJDNJW6, http://www.playvid.com/watch/eiojU5Abkym,
http://www.playvid.com/watch/yQ45d20CfVg, http://www.playvid.com/watch/Jy9I5zFXFMA, http://www.playvid.com/watch/OhqHILZEQgP,
http://www.playvid.com/watch/HcnZR27RdUs, http://www.playvid.com/watch/bwtVfgSq2ff, http://www.playvid.com/watch/QMMe7xwpTK0,
http://www.playvid.com/watch/C4eQKWI6-eh, http://www.playvid.com/watch/THoAsiRztB6, http://www.playvid.com/watch/lZs08m0tzqZ,
http://www.playvid.com/watch/DAawK-LOfHO, http://www.playvid.com/watch/4S-bacOe4WD, http://www.playvid.com/watch/FIvYkglOE3A,
http://www.playvid.com/watch/jA3tqWdyZA2, http://www.playvid.com/watch/azOMblRIOFW, http://www.playvid.com/watch/vJdzrXiuF64,
http://www.playvid.com/watch/7-WZywuTilQ, http://www.playvid.com/watch/jUB-P5kBtqM, http://www.playvid.com/watch/y9tsG2GGE9z,
http://www.playvid.com/watch/QI-Q2Ilr4a2, http://www.playvid.com/watch/54c3L-tJHxw, http://www.playvid.com/watch/Z0VNhdOsSWf,
http://www.playvid.com/watch/KuGl8J8UJaF, http://www.playvid.com/watch/utrsddtM6gi, http://www.playvid.com/watch/ifqIzJ55Ers,
http://www.playvid.com/watch/rr8r4--fZoz, http://www.playvid.com/watch/RBgIJgjjSRq, http://www.playvid.com/watch/NeBmqfjD7dS,
http://www.playvid.com/watch/SbVmjmW-5Fp, http://www.playvid.com/watch/mOyjQtbKpI7, http://www.playvid.com/watch/X7It46bS6R3,
http://www.playvid.com/watch/542YHSTSZVF, http://www.playvid.com/watch/Gm6cEp5XBKz, http://www.playvid.com/watch/yfmN0M39ViM,
http://www.playvid.com/watch/ApA2czmWA7Z, http://www.playvid.com/watch/ssCZ7McS9lw, http://www.playvid.com/watch/TIenojCQQMR,
http://www.playvid.com/watch/EerkNRy4KXk, http://www.playvid.com/watch/7C9l6gW7uON, http://www.playvid.com/watch/H3FBECuHGZ0,
http://www.playvid.com/watch/4Nh9899lbqR, http://www.playvid.com/watch/WvdkVQ5-kEQ, http://www.playvid.com/watch/Irq6ukSUoge,
http://www.playvid.com/watch/RPCVSfR7tiv, http://www.playvid.com/watch/WoC6LqwXLZN, http://www.playvid.com/watch/8QNJWTwg-uK,
http://www.playvid.com/watch/-w8YGEVfNsz, http://www.playvid.com/watch/WbMHwCcztnP, http://www.playvid.com/watch/JblwCak5YD2,
http://www.playvid.com/watch/OfsOhBptfRy, http://www.playvid.com/watch/nMbBj4uu-Gn, http://www.playvid.com/watch/IODv8hblmkf,
http://www.playvid.com/watch/EpeMs8dLb3a, http://www.playvid.com/watch/LKZ5l7c9tyy, http://www.playvid.com/watch/EAsc3A7pgNM,
http://www.playvid.com/watch/wqZ2VjUkQNB, http://www.playvid.com/watch/jHqXT4n60ZJ, http://www.playvid.com/watch/cgcrQtiHsor,
http://www.playvid.com/watch/qqDKARpZSWI, http://www.playvid.com/watch/CXsv6f9eREF, http://www.playvid.com/watch/XhnQZwH5w3D,
http://www.playvid.com/watch/NkKIxmZBGc-, http://www.playvid.com/watch/FFFXGagPIsf, http://www.playvid.com/watch/l2rPoded8cS,
http://www.playvid.com/watch/4kv87BDSdPE, http://www.playvid.com/watch/EDQPi73wh-G, http://www.playvid.com/watch/zT9T8J9FF8N,
http://www.playvid.com/watch/ebXIOes-bJa, http://www.playvid.com/watch/l6BVa6hVeSQ, http://www.playvid.com/watch/KUgizkxISPf,
http://www.playvid.com/watch/U59wyVvhv8r, http://www.playvid.com/watch/GG9o0yoE7pe, http://www.playvid.com/watch/5DmIwqFuyEL,
http://www.playvid.com/watch/qvTCjBmP4fg, http://www.playvid.com/watch/DyLFbJEITGU, http://www.playvid.com/watch/PUXHjipvwOX,
http://www.playvid.com/watch/ImjVYWPpBhJ, http://www.playvid.com/watch/-XUczyUSK0d, http://www.playvid.com/watch/Q3ParXFxSDR,
http://www.playvid.com/watch/pFfgYtB92G8, http://www.playvid.com/watch/AIpgbHb7o9P, http://www.playvid.com/watch/akQ5WRnxWXP,
http://www.playvid.com/watch/GaGYdDJvfmZ, http://www.playvid.com/watch/MuzmdKdxFOZ, http://www.playvid.com/watch/8lmL4IjJzoI,
http://www.playvid.com/watch/lWpHjPH2ioB, http://www.playvid.com/watch/B8WK0TItl0H, http://www.playvid.com/watch/JtMSnmxIjtt,
http://www.playvid.com/watch/vwbuuTj8PKH, http://www.playvid.com/watch/zdT5nG68Sdf, http://www.playvid.com/watch/LGbVbhmTALp,
http://www.playvid.com/watch/dBwb5qfo5pX, http://www.playvid.com/watch/YBxBiI35s7X, http://www.playvid.com/watch/3NT7J83h7no,
http://www.playvid.com/watch/9IN24PrsLVC, http://www.playvid.com/watch/HektGzZ5e8O, http://www.playvid.com/watch/PYph-iPMBuB,
http://www.playvid.com/watch/PeN7z2jnCrU, http://www.playvid.com/watch/yfDwFbBC-xx, http://www.playvid.com/watch/0oVl-l9toN6,

http://www.playvid.com/watch/75Danf089c6, http://www.playvid.com/watch/piFeCikrcdS, http://www.playvid.com/watch/Haov8-yvzHe,
http://www.playvid.com/watch/28vnQS6F9PW, http://www.playvid.com/watch/u2l38WoWkAC, http://www.playvid.com/watch/ZhOir5FE-KT,
http://www.playvid.com/watch/uBKBRy4heAF, http://www.playvid.com/watch/Bbwdj6VWct6, http://www.playvid.com/watch/mDYW-WBf-W-,
http://www.playvid.com/watch/lF8nkDkwFbi, http://www.playvid.com/watch/UoNNqhIzfPy, http://www.playvid.com/watch/cfDlPvRtkoR,
http://www.playvid.com/watch/DkPrzVhRlua, http://www.playvid.com/watch/UEVJ2BhAojl, http://www.playvid.com/watch/gEjXNiugW7Q,
http://www.playvid.com/watch/fMfoZUQPKLt, http://www.playvid.com/watch/iKoUksK3RMi, http://www.playvid.com/watch/zk-KyWO85CP,
http://www.playvid.com/watch/nxdRzOEftpy, http://www.playvid.com/watch/tyfwfavC3Ic, http://www.playvid.com/watch/6cNAfEYopjb,
http://www.playvid.com/watch/ueHjH7HyhdE, http://www.playvid.com/watch/nOQ4ovL5sTt, http://www.playvid.com/watch/kouiMIXW3Ld,
http://www.playvid.com/watch/6X6n6L8NiRY, http://www.playvid.com/watch/HYZhErUQkYS, http://www.playvid.com/watch/974HH-MZq2T,
http://www.playvid.com/watch/oVmhyLJsqea, http://www.playvid.com/watch/0jpNSXA3IwT, http://www.playvid.com/watch/L5WIW3Io7ce,
http://www.playvid.com/watch/D3THOTO9AT5, http://www.playvid.com/watch/bexVZ46aXAO, http://www.playvid.com/watch/Y0fDEuC2YpO,
http://www.playvid.com/watch/MzPudi8b6t2, http://www.playvid.com/watch/W9IPXklOXm5, http://www.playvid.com/watch/4XjcivDJI9T,
http://www.playvid.com/watch/0-NrQXEetaT, http://www.playvid.com/watch/g6L9FTAXfcH, http://www.playvid.com/watch/TqdIT3pxIKI,
http://www.playvid.com/watch/g7FjlAYLm5j, http://www.playvid.com/watch/A4eBunm0cn8, http://www.playvid.com/watch/KSwAfuL77ib,
http://www.playvid.com/watch/tQmwbbSL3a3, http://www.playvid.com/watch/PmYI23VhLVK, http://www.playvid.com/watch/uYV4nzyiEyk,
http://www.playvid.com/watch/QeMFx7bw4Sq, http://www.playvid.com/watch/-TXLI-WTHjr, http://www.playvid.com/watch/p3vXbUUj-mJ,
http://www.playvid.com/watch/mAliqfCpuLm, http://www.playvid.com/watch/OMd3XlDDbOJ, http://www.playvid.com/watch/e6hwGTO6cIf,
http://www.playvid.com/watch/Lves9eQSpUW, http://www.playvid.com/watch/XmjtmjOuo3D, http://www.playvid.com/watch/UCVEV7q4pDj,
http://www.playvid.com/watch/rKuDHZ9T6yo, http://www.playvid.com/watch/Ll4RUbbgZug, http://www.playvid.com/watch/UQxXmyHto24,
http://www.playvid.com/watch/U6b-UeLXtrK, http://www.playvid.com/watch/Y49ZPTj8Gc0, http://www.playvid.com/watch/Nwn1VjV9aLQ,
http://www.playvid.com/watch/0gwbuyIFU2r, http://www.playvid.com/watch/4NkoMkoZsbg, http://www.playvid.com/watch/Lu1dxku3Ppd,
http://www.playvid.com/watch/mRcGL7nMYGa, http://www.playvid.com/watch/4Yz9WKJz5uR, http://www.playvid.com/watch/9ZWSCkTPWi4,
http://www.playvid.com/watch/ExqX5mTQynT, http://www.playvid.com/watch/axtp-MSn-20, http://www.playvid.com/watch/9cdEG79Ii3u,
http://www.playvid.com/watch/a0jlulQk05F, http://www.playvid.com/watch/hyyY8QeKs18, http://www.playvid.com/watch/b05v7k2lvoe,
http://www.playvid.com/watch/Co9FvRWNnrj, http://www.playvid.com/watch/ZRRaztyz6vd, http://www.playvid.com/watch/emiUwYq-T5f,
http://www.playvid.com/watch/NEC7uf-DhGx, http://www.playvid.com/watch/Ad93kOOrOx0, http://www.playvid.com/watch/o3Ybhv3wuRH,
http://www.playvid.com/watch/uRurKjUGHNJ, http://www.playvid.com/watch/yZoUEZez2Ln, http://www.playvid.com/watch/B8hhaJytw4J,
http://www.playvid.com/watch/34W_DjRIfIl, http://www.playvid.com/watch/QskecvZGHeG, http://www.playvid.com/watch/O6GK64rIr3M,
http://www.playvid.com/watch/m7011t2TDeU, http://www.playvid.com/watch/uxRjCoN1u3L, http://www.playvid.com/watch/3oUKInmwlPk,
http://www.playvid.com/watch/bIm0YIBpIFt, http://www.playvid.com/watch/BnAke-2YHXb, http://www.playvid.com/watch/6nmyCPZjH4o,
http://www.playvid.com/watch/mzPFsmB936L, http://www.playvid.com/watch/QgCef03y7_z, http://www.playvid.com/watch/D0zDPyMZ3E3,
http://www.playvid.com/watch/3sVEMrrhWgP, http://www.playvid.com/watch/P9VXx8sAQfm, http://www.playvid.com/watch/8exEL5alWRV,
http://www.playvid.com/watch/UAWFQvQEruO, http://www.playvid.com/watch/O9NYye4n3N7, http://www.playvid.com/watch/4suDNZnvlvG,
http://www.playvid.com/watch/c2O_yT98DSS, http://www.playvid.com/watch/UNHVhP2DCch, http://www.playvid.com/watch/UHU-DrnHSCs,
http://www.playvid.com/watch/IY1zyPQJuyJ, http://www.playvid.com/watch/KHvYoRSbUNa, http://www.playvid.com/watch/hiBmqb5KDfq,
http://www.playvid.com/watch/W9SZHaUOegB, http://www.playvid.com/watch/0NJHjI8290b, http://www.playvid.com/watch/jWPH_158dpd,
http://www.playvid.com/watch/kTWG9KCoKRQ, http://www.playvid.com/watch/L_7OwObfo0O, http://www.playvid.com/watch/pas78oH32Pp,
http://www.playvid.com/watch/GOGrpYHqimu, http://www.playvid.com/watch/l9fdKeVZdhL, http://www.playvid.com/watch/SIWNs9HIjsk,
http://www.playvid.com/watch/ElZDZ2BzRtY, http://www.playvid.com/watch/t-4hHrxQmyJ, http://www.playvid.com/watch/qrHoQcqaacM,
http://www.playvid.com/watch/laR1qKEdg8m, http://www.playvid.com/watch/OPmv7gk0Gk2, http://www.playvid.com/watch/jImvcQH1din,
http://www.playvid.com/watch/dIeJP6ebSHk, http://www.playvid.com/watch/CLs9XnPLt7Z, http://www.playvid.com/watch/NQ_70H7nc9W,
http://www.playvid.com/watch/PsXDOj1fcQR, http://www.playvid.com/watch/wH6EnZjmb0m, http://www.playvid.com/watch/9NXH_vmVQhV,
http://www.playvid.com/watch/FUtxSqAYyIf, http://www.playvid.com/watch/FCfVbrv9cLM, http://www.playvid.com/watch/R3vcjkASR1y,
http://www.playvid.com/watch/lS8AP-ahF32, http://www.playvid.com/watch/YhcM85Slt2m, http://www.playvid.com/watch/r-7ECh7lFbn,
http://www.playvid.com/watch/2eZOmX06aiM, http://www.playvid.com/watch/SFbKPtriOm8, http://www.playvid.com/watch/7EEHGUVDLIw,
http://www.playvid.com/watch/Tw2hnZluHWn, http://www.playvid.com/watch/riYu7naHB3s, http://www.playvid.com/watch/iTS5pFafhFa,
http://www.playvid.com/watch/Mqy9Cpe0wP5, http://www.playvid.com/watch/cRdOU49q60x, http://www.playvid.com/watch/SSiq--6RkiE,
http://www.playvid.com/watch/znff2LIgJx5, http://www.playvid.com/watch/xiYpwW0IjLF, http://www.playvid.com/watch/Iu0qi6KkVsA,
http://www.playvid.com/watch/Ngo87W_D3Dx, http://www.playvid.com/watch/Rhz8RG6dTlv, http://www.playvid.com/watch/Upx1qrRRMAj,
http://www.playvid.com/watch/Si3K5b-tXZU, http://www.playvid.com/watch/zHrxiG_flWE, http://www.playvid.com/watch/gQAuns4d-4s,
http://www.playvid.com/watch/c_q9vxmLMej, http://www.playvid.com/watch/bPU4vN569YG, http://www.playvid.com/watch/QGDFpu2Cibj,
http://www.playvid.com/watch/vybaaSTH2eI, http://www.playvid.com/watch/rScKoUitYj6, http://www.playvid.com/watch/36shRrsL65v,
http://www.playvid.com/watch/ixsLNmRNRyn, http://www.playvid.com/watch/djShy3Oqxj3, http://www.playvid.com/watch/Va2ggPTo74v,
http://www.playvid.com/watch/fLUa1xBewpb, http://www.playvid.com/watch/viP7MT13Cj2, http://www.playvid.com/watch/YJL9IRw4bqW,
http://www.playvid.com/watch/h-4xlpcUqtH, http://www.playvid.com/watch/BmxgiVckdbt, http://www.playvid.com/watch/i97S56hfyG2,
http://www.playvid.com/watch/ur06_MAJ_Yf, http://www.playvid.com/watch/A8f8aRvTQM7, http://www.playvid.com/watch/pEDUtwKEs1F,
http://www.playvid.com/watch/MgfLF48CBCu, http://www.playvid.com/watch/xzJFHVusO5e, http://www.playvid.com/watch/X-uwkH1eRhk,
http://www.playvid.com/watch/qJnGiIwOwrc, http://www.playvid.com/watch/BAKrh9xdO13, http://www.playvid.com/watch/sQKQIG5iryP,
http://www.playvid.com/watch/hDlzMZc1z7K, http://www.playvid.com/watch/q4HfCkKfE0l, http://www.playvid.com/watch/Lfi9RyB3ZxU,
http://www.playvid.com/watch/glgqAw6tkIq, http://www.playvid.com/watch/FkmD11gEUYM, http://www.playvid.com/watch/x-KJwUSmOSW,
http://www.playvid.com/watch/YgJ3CkTFrJW, http://www.playvid.com/watch/YKH4-qssI4J, http://www.playvid.com/watch/e97E3e1HZP7,
http://www.playvid.com/watch/DxOY_67uzc4, http://www.playvid.com/watch/eB8bMcelHmJ, http://www.playvid.com/watch/V-cUmLEKmnQ,
http://www.playvid.com/watch/hg8twwRf6LF, http://www.playvid.com/watch/ecZRbruAj7k, http://www.playvid.com/watch/GzyZwGEDV3I,
http://www.playvid.com/watch/IqZ1z8E5lag, http://www.playvid.com/watch/QoXMfidgg6C, http://www.playvid.com/watch/Dg9cwz9fUFh,
http://www.playvid.com/watch/RSkX2XtiwqI, http://www.playvid.com/watch/Qf6L1YpEw54, http://www.playvid.com/watch/M_c5J1IlvYm,
http://www.playvid.com/watch/o7nLHhoCARd, http://www.playvid.com/watch/6QQOk_tmTKn, http://www.playvid.com/watch/KFmj-5KmNA6,
http://www.playvid.com/watch/Y2aTub6fMc8, http://www.playvid.com/watch/AClmfkUVot2
5.f. Date of third notice: 2014-08-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kanjet
5.b. Uploader's email address: kanjet8ven@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kanjet
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Hv5IeKs28kO, http://www.playvid.com/watch/PGxVCSmYZep,
http://www.playvid.com/watch/QHTmQvfUR9o, http://www.playvid.com/watch/dTYeAT5Ukqq, http://www.playvid.com/watch/oaBhqQymBTV,
http://www.playvid.com/watch/THmXx2f0NA5, http://www.playvid.com/watch/tvqard26Ign, http://www.playvid.com/watch/0DLzJ5GCCnw,
http://www.playvid.com/watch/gIJaPBGvVEg, http://www.playvid.com/watch/nlYhQr5oHwj, http://www.playvid.com/watch/BdC6ZocBIuo,
http://www.playvid.com/watch/oAXgpUkFYXm, http://www.playvid.com/watch/HWwHgVnAtEH, http://www.playvid.com/watch/ZkqEL8TcR3b,
http://www.playvid.com/watch/7BowDD0ex2H, http://www.playvid.com/watch/xgrywAO6JVY, http://www.playvid.com/watch/iTbZw08YdOm,
http://www.playvid.com/watch/ADCzzQ8uPIf, http://www.playvid.com/watch/l2Ciz6t2wBs, http://www.playvid.com/watch/celgzL3is4K,
http://www.playvid.com/watch/q0OW54aGk2Z, http://www.playvid.com/watch/8-7S9qkxbF9, http://www.playvid.com/watch/8Mn2U-srY7j,
http://www.playvid.com/watch/uppR34BLdkU, http://www.playvid.com/watch/5eqtj7-C7tz, http://www.playvid.com/watch/lQknozjWdrG,
http://www.playvid.com/watch/T3z0nJUIVSa, http://www.playvid.com/watch/Dg7jt8aEDIG, http://www.playvid.com/watch/vuwCqR-SE-i,
http://www.playvid.com/watch/5yLjPWP9f9m, http://www.playvid.com/watch/rQ0vUVexLOv, http://www.playvid.com/watch/eMGAcPUyKHH,
http://www.playvid.com/watch/vRNaN-OSxit, http://www.playvid.com/watch/AiTVO6nXvQY, http://www.playvid.com/watch/6lFssatxMAm,
http://www.playvid.com/watch/PMDD405eNht, http://www.playvid.com/watch/llG26yyZM5Z, http://www.playvid.com/watch/VQh-ll7hH6S,
http://www.playvid.com/watch/OtYhayt5uJa, http://www.playvid.com/watch/s-SKyXUxi8C, http://www.playvid.com/watch/SFt95qXLT2g,
http://www.playvid.com/watch/PdueQBGN2xv, http://www.playvid.com/watch/FQuKUOQuCKg, http://www.playvid.com/watch/maRc-pFEKAY,
http://www.playvid.com/watch/xlTGOJpFBrI, http://www.playvid.com/watch/Axgoq4N2mUS
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kaolo
5.b. Uploader's email address: kaolomarck@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kaolo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ckfkAzlT0B-, http://www.playvid.com/watch/x2XLUYlTfEK,

http://www.playvid.com/watch/bqfc-c99pnZ, http://www.playvid.com/watch/Db6xxzHDpYC, http://www.playvid.com/watch/sdwX7LlYH68,
http://www.playvid.com/watch/JIi2IZywwlC, http://www.playvid.com/watch/dxYzdZOXlh0, http://www.playvid.com/watch/TJSQU4XWFim,
http://www.playvid.com/watch/WmzVlrWahiX, http://www.playvid.com/watch/GmzKbIBjERK, http://www.playvid.com/watch/QcQ7ZmBZZKw,
http://www.playvid.com/watch/nx23UCwALNn, http://www.playvid.com/watch/l022kbJsocl, http://www.playvid.com/watch/Kyi0g3yZYwT,
http://www.playvid.com/watch/vmK6IaOSYl4, http://www.playvid.com/watch/dgTMZ2ZusSG, http://www.playvid.com/watch/hVMTvXbK8Qv,
http://www.playvid.com/watch/2tDQpeMn9dS, http://www.playvid.com/watch/uGi5KtjUcaT, http://www.playvid.com/watch/l07Qdz7KGpD,
http://www.playvid.com/watch/mXk0Zfmv8UY, http://www.playvid.com/watch/4qMj6RiiCmb, http://www.playvid.com/watch/VrGLqBzCqYD,
http://www.playvid.com/watch/4iJilRJdcR3, http://www.playvid.com/watch/JmnF2pvOhed, http://www.playvid.com/watch/sTr2ThezsDy,
http://www.playvid.com/watch/EN94pEZBB24, http://www.playvid.com/watch/rL4A_mTxN3a, http://www.playvid.com/watch/XIbVhWvJMEt,
http://www.playvid.com/watch/5zwfKBCa02d, http://www.playvid.com/watch/f1xXRhSNADb, http://www.playvid.com/watch/90MSuC1k3HO,
http://www.playvid.com/watch/04LUaU3P6oJ, http://www.playvid.com/watch/81LQ5Gbp36g, http://www.playvid.com/watch/utrhQo0MYBh,
http://www.playvid.com/watch/wCPCablf89p, http://www.playvid.com/watch/gaTtGpu5eUZ, http://www.playvid.com/watch/RfCmc97PkKO,
http://www.playvid.com/watch/4ivEMrPrwGL, http://www.playvid.com/watch/gbrhGqXXZFu, http://www.playvid.com/watch/DxADp0ZSHzt,
http://www.playvid.com/watch/KbuVdxo3CGH, http://www.playvid.com/watch/5oVHDvPXfzH, http://www.playvid.com/watch/xye9g7j7H8a,
http://www.playvid.com/watch/de0f000UtuK, http://www.playvid.com/watch/tZ7PZPSdaic, http://www.playvid.com/watch/IoE1e8K44OU,
http://www.playvid.com/watch/PE9zBSvIiyA, http://www.playvid.com/watch/dk64xicfo7Q, http://www.playvid.com/watch/Bt9cbrLsidt,
http://www.playvid.com/watch/BePNY8fRjVb, http://www.playvid.com/watch/fxqv3iYExKA, http://www.playvid.com/watch/4nRoyo9cEQZ
5.f. Date of third notice: 2014-05-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kazachok
5.b. Uploader's email address: kilioroy@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kazachok
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mvRSxQjfT3h, http://www.playvid.com/watch/PNWptQ2OoIh,
http://www.playvid.com/watch/O74pg9N0GiV, http://www.playvid.com/watch/xSFuGq2KsJM, http://www.playvid.com/watch/6IpPuRE-EM7,
http://www.playvid.com/watch/s55c9vIgT60, http://www.playvid.com/watch/rGnEJErJkGf, http://www.playvid.com/watch/Q5FvYHIgP86,
http://www.playvid.com/watch/TmBsA7hrd-j, http://www.playvid.com/watch/JZoa7QmWP5w, http://www.playvid.com/watch/tUalqTlZcxs,
http://www.playvid.com/watch/hoGhZvYofEF, http://www.playvid.com/watch/4Z08uksxD6K, http://www.playvid.com/watch/KCdTOYmxoQH,
http://www.playvid.com/watch/KdTcOxlwFou, http://www.playvid.com/watch/Z8U-S20ptUB, http://www.playvid.com/watch/EIsXlhfCzWQ,
http://www.playvid.com/watch/egYQh0e4-x3, http://www.playvid.com/watch/VrpSdWNmipp, http://www.playvid.com/watch/c2RQLtIYwEp,
http://www.playvid.com/watch/TjrTvHzw99B, http://www.playvid.com/watch/q-vPfDOUg0j, http://www.playvid.com/watch/Jy5ti5V0E4f,
http://www.playvid.com/watch/CyEOgZ5NtNn, http://www.playvid.com/watch/IuNA9LDdd2T, http://www.playvid.com/watch/SmF4g5ZFo6e,
http://www.playvid.com/watch/ziYVEsCB4Ag, http://www.playvid.com/watch/KJ0fxANiwmX, http://www.playvid.com/watch/MnOQuieeO9k
5.f. Date of third notice: 2013-09-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kellyboom
5.b. Uploader's email address: albertoguardo515@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kellyboom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CXEYHWdlhDe, http://www.playvid.com/watch/Vl--KwyO5N5,
http://www.playvid.com/watch/UHSUgt0gfq-, http://www.playvid.com/watch/uHmVa8fcfOI, http://www.playvid.com/watch/R847ToOsruA,
http://www.playvid.com/watch/dHH00kJWCnH, http://www.playvid.com/watch/xiNPwVpgVbJ, http://www.playvid.com/watch/zWIHdZRyG2O,
http://www.playvid.com/watch/slsog4JM8xV, http://www.playvid.com/watch/jpq7Z2qlQjE, http://www.playvid.com/watch/-3qtb8h8LjK,
http://www.playvid.com/watch/JmNYBW8CRmt, http://www.playvid.com/watch/HSPHvCpf4Ti, http://www.playvid.com/watch/ypHFbjT0oTD,
http://www.playvid.com/watch/JIYoq--0jUx, http://www.playvid.com/watch/KBauGHfCkhI, http://www.playvid.com/watch/DnowGsrsUAR,
http://www.playvid.com/watch/wpa5nXvFCNH, http://www.playvid.com/watch/cVZn--V7VLw, http://www.playvid.com/watch/bJAfmEm-vx0,
http://www.playvid.com/watch/KgO3SoZTj3u, http://www.playvid.com/watch/Hp0Obic3Snh, http://www.playvid.com/watch/nxiBDQDv9An,
http://www.playvid.com/watch/UqVvjDy5hhT, http://www.playvid.com/watch/N95ZswstIoL, http://www.playvid.com/watch/Z75BKLhZ7O8,
http://www.playvid.com/watch/sHEdbUX2roH, http://www.playvid.com/watch/u4omiVTsnh3, http://www.playvid.com/watch/mmzkkdZRdTw,
http://www.playvid.com/watch/QmwzRrTwLzu, http://www.playvid.com/watch/JQgHNnteu8z, http://www.playvid.com/watch/ICRTMq6hn8u,
http://www.playvid.com/watch/wVgEvqdEx97, http://www.playvid.com/watch/MY5jKhKaC9J, http://www.playvid.com/watch/E-fEQJQf8CB,
http://www.playvid.com/watch/zBGxQP6kvKX, http://www.playvid.com/watch/wrU7QpUCXB9, http://www.playvid.com/watch/fCTooaIVsoV,
http://www.playvid.com/watch/wGWGGS9dPX8, http://www.playvid.com/watch/4dvPmAhJX3g, http://www.playvid.com/watch/TZmGTiHHHTm,
http://www.playvid.com/watch/XmyDiFD5Hvg, http://www.playvid.com/watch/AUpWx-lonpe, http://www.playvid.com/watch/JX7OiPMerb4,
http://www.playvid.com/watch/mJlifEXuHQM, http://www.playvid.com/watch/mZlmru6iALm, http://www.playvid.com/watch/NGFSzZdzYNC,
http://www.playvid.com/watch/9JOXpto8xnr, http://www.playvid.com/watch/DjdkBxxdA6P, http://www.playvid.com/watch/UO4LvGeounP,
http://www.playvid.com/watch/ErgnjQqV4TA, http://www.playvid.com/watch/bPMWpsXpVmW, http://www.playvid.com/watch/ZNtOoaibM0R,
http://www.playvid.com/watch/VeNCMKZqvPM, http://www.playvid.com/watch/jYiraKFI5Uu, http://www.playvid.com/watch/up80Q3iH7LN,
http://www.playvid.com/watch/DkdpM6hWTJ4, http://www.playvid.com/watch/q39e5uZ4jOc, http://www.playvid.com/watch/7gGxYVQrONw,
http://www.playvid.com/watch/iBAbaRkRNAf, http://www.playvid.com/watch/Snie2QQsBJK, http://www.playvid.com/watch/fuk0sOCr2Uu,
http://www.playvid.com/watch/5EZV--XwArJ, http://www.playvid.com/watch/QgRfftCvkiI, http://www.playvid.com/watch/fnK34hNZKEO,
http://www.playvid.com/watch/IqBVY6uEmTS, http://www.playvid.com/watch/KCfmy2Sep-q, http://www.playvid.com/watch/qe0djPVhRF8,
http://www.playvid.com/watch/NkZO3qxgyB8, http://www.playvid.com/watch/2KdbORchbTR, http://www.playvid.com/watch/t2riIvwTSeW,
http://www.playvid.com/watch/8ubRHKr3gIH, http://www.playvid.com/watch/-PUa96CbSid, http://www.playvid.com/watch/Io6o0xz0VO5,
http://www.playvid.com/watch/E2yvXi3Gk7O, http://www.playvid.com/watch/HWBl4KTRyJr, http://www.playvid.com/watch/bjzy8VplIsI,
http://www.playvid.com/watch/vQ6H0DpKZBe, http://www.playvid.com/watch/ZLA7mEqhiWz, http://www.playvid.com/watch/G-AUQQgTE2K,
http://www.playvid.com/watch/q6dWX7qwbEI, http://www.playvid.com/watch/rY-8vu3zBYH, http://www.playvid.com/watch/5qFiq-DD8if,
http://www.playvid.com/watch/cTH2doVwxyM, http://www.playvid.com/watch/peLg8ne7mSx, http://www.playvid.com/watch/fgGYwzI96p9,
http://www.playvid.com/watch/iKp8c-mKhSv, http://www.playvid.com/watch/95rbxDUd7nN, http://www.playvid.com/watch/6SlFYgt33MH,
http://www.playvid.com/watch/V3BrjRHuc0T, http://www.playvid.com/watch/HvjVGTzUGxL, http://www.playvid.com/watch/fKRUZZo3I4n,
http://www.playvid.com/watch/A22c-kODwHo, http://www.playvid.com/watch/znFUa5VbRqB, http://www.playvid.com/watch/XiQciLOZrdJ,
http://www.playvid.com/watch/u9mRt-MYHxy, http://www.playvid.com/watch/Jc9Y-YRHJ4U, http://www.playvid.com/watch/czVQoac4eNG,
http://www.playvid.com/watch/h6rtVFJ-cgg, http://www.playvid.com/watch/4pn-LKc0uU2, http://www.playvid.com/watch/-HQAWLc56fk,
http://www.playvid.com/watch/0CWmxbteQnZ, http://www.playvid.com/watch/RCyBrgghVwt, http://www.playvid.com/watch/EWKzRIRMXb0,
http://www.playvid.com/watch/G4Bdr2ZszEF, http://www.playvid.com/watch/2kfG4rEOPEQ, http://www.playvid.com/watch/-yYdXHSO0FB,
http://www.playvid.com/watch/zcONw3zfAxs, http://www.playvid.com/watch/2swbTpPSnC9, http://www.playvid.com/watch/fanmnQ6BKGM,
http://www.playvid.com/watch/2QLwRTmxpiU, http://www.playvid.com/watch/N8eBebvY9wY, http://www.playvid.com/watch/eJikZ646R9Q,
http://www.playvid.com/watch/aPJTx0lQnVX, http://www.playvid.com/watch/bTsxDEFHJhd, http://www.playvid.com/watch/mWBFolWG3y9,
http://www.playvid.com/watch/Yq3oevlTZY6, http://www.playvid.com/watch/qDHBFikllqP, http://www.playvid.com/watch/IaWncOVNZt6,
http://www.playvid.com/watch/666bRRWN2Nz, http://www.playvid.com/watch/4BBphJrrJVs, http://www.playvid.com/watch/-hprysYhqyL,
http://www.playvid.com/watch/YOFUdx-eMC7, http://www.playvid.com/watch/x-9y5Mj06iS, http://www.playvid.com/watch/uq8xraRfzCo,
http://www.playvid.com/watch/rQBuDytrfEO, http://www.playvid.com/watch/OMWZkwQOa00, http://www.playvid.com/watch/uJF8DYWjtWv,
http://www.playvid.com/watch/MTeQZgCdFtk, http://www.playvid.com/watch/K8FajySkqh0, http://www.playvid.com/watch/V5zZl392MxX,
http://www.playvid.com/watch/dZZvLDwPhcI, http://www.playvid.com/watch/StibS3wv--o, http://www.playvid.com/watch/dTpxEOK0gsP,
http://www.playvid.com/watch/Yp8-CbADCdl, http://www.playvid.com/watch/thrmDD9SJ3K, http://www.playvid.com/watch/-DmpKYlRbYo,
http://www.playvid.com/watch/qVFuumua8BR, http://www.playvid.com/watch/9g9SUYMbcn7, http://www.playvid.com/watch/b9ALK3gXdQo,
http://www.playvid.com/watch/CwpzMlBgNd7, http://www.playvid.com/watch/kAsIGYNVEX6, http://www.playvid.com/watch/eoZH0DgJIhX,
http://www.playvid.com/watch/wNAgvrbMBov, http://www.playvid.com/watch/ujkB0AHM4hq, http://www.playvid.com/watch/lIWoCh3LvnU,
http://www.playvid.com/watch/fNPMpuiMf63, http://www.playvid.com/watch/KukmOAsDpKO, http://www.playvid.com/watch/K2G0pPG8fci,
http://www.playvid.com/watch/uxn8G0Amu5Z, http://www.playvid.com/watch/SqJYIoEfPec, http://www.playvid.com/watch/C7Vk0GSBxX4,
http://www.playvid.com/watch/FRAxzI6TdkW, http://www.playvid.com/watch/tMXV2PS4Iy5, http://www.playvid.com/watch/ss9eq4Wm685,
http://www.playvid.com/watch/iWK8hylB6fo, http://www.playvid.com/watch/f4LcNHsivwH, http://www.playvid.com/watch/VvzCHPAuTGb,
http://www.playvid.com/watch/2kdMfnV7s9l, http://www.playvid.com/watch/oO0tRtQW5NX, http://www.playvid.com/watch/7spaW5YcAgE,
http://www.playvid.com/watch/0GSaiaTeNOL, http://www.playvid.com/watch/EzyyaUNnIBw, http://www.playvid.com/watch/jAQ995lTKyc,
http://www.playvid.com/watch/i8sG4xkNXLe, http://www.playvid.com/watch/qVgSej9uLJC, http://www.playvid.com/watch/uNsVZ2DqHIg,
http://www.playvid.com/watch/O6XOODc52x5, http://www.playvid.com/watch/lG69xeTcUB4, http://www.playvid.com/watch/jnpbimxO7uF,

http://www.playvid.com/watch/xbUuwbCgAIJ, http://www.playvid.com/watch/BjCXWCB62Ye, http://www.playvid.com/watch/mAFgTTfWZPi, http://www.playvid.com/watch/7lIQ0mm4c9T, http://www.playvid.com/watch/SFwGcRZcq5c, http://www.playvid.com/watch/h7poKZunV76, http://www.playvid.com/watch/d9UmqWhopJF, http://www.playvid.com/watch/Oa0IMpX6-7J, http://www.playvid.com/watch/x--BtO40-Ez, http://www.playvid.com/watch/EeARYMxyMsi, http://www.playvid.com/watch/koPSQg0n36v, http://www.playvid.com/watch/uttcOlzyJQC, http://www.playvid.com/watch/0fx4w3U6wJj, http://www.playvid.com/watch/I4rkvfoNZ7R, http://www.playvid.com/watch/Efm9jIYgj4k, http://www.playvid.com/watch/mfdaKr2gYyh, http://www.playvid.com/watch/Q-OwXXtGGAE, http://www.playvid.com/watch/3xakZ62RjtH, http://www.playvid.com/watch/240kFCSUUql, http://www.playvid.com/watch/43VMQXhe5UT, http://www.playvid.com/watch/2ofIVAC9H30, http://www.playvid.com/watch/fN46Qk0Svey, http://www.playvid.com/watch/DUHzheSCjnp, http://www.playvid.com/watch/z8mMIPrc22a, http://www.playvid.com/watch/3y0i62MiUy8, http://www.playvid.com/watch/lPAHJ-AjyyJ, http://www.playvid.com/watch/FcQ7ztbHFRZ, http://www.playvid.com/watch/-yQx5GHNyNk, http://www.playvid.com/watch/K9JVU9nKXUS, http://www.playvid.com/watch/2TJiWZ4ethS, http://www.playvid.com/watch/TGBCTJ43Se4, http://www.playvid.com/watch/76P93Cpscyo, http://www.playvid.com/watch/mydRCDzqgWP, http://www.playvid.com/watch/Svv7fQJWa7G, http://www.playvid.com/watch/bWjmYzQiiKC, http://www.playvid.com/watch/SZkbO9S0pDh, http://www.playvid.com/watch/F2aaxOgeBYP, http://www.playvid.com/watch/8KHEn7iyRJf, http://www.playvid.com/watch/vKH7TvuBqsR, http://www.playvid.com/watch/7gtbaZXaB2E, http://www.playvid.com/watch/EqpjQXSPn3d, http://www.playvid.com/watch/agTM7ySCTki, http://www.playvid.com/watch/rB2DciFZaRD, http://www.playvid.com/watch/vL3Ec-S9Wle, http://www.playvid.com/watch/mXBbWObNlH4, http://www.playvid.com/watch/F4r0GswvAdz, http://www.playvid.com/watch/94LBVfqyXxi, http://www.playvid.com/watch/gyc5jVfipCt, http://www.playvid.com/watch/xZC7Gv46RJF, http://www.playvid.com/watch/X6IE4ejpfo6, http://www.playvid.com/watch/8mc9pNgLNEA, http://www.playvid.com/watch/MGbPqU0wLUR, http://www.playvid.com/watch/q8OA8Vi3TzH, http://www.playvid.com/watch/XxFfoAuK-kg, http://www.playvid.com/watch/UrOCaKhgZaE, http://www.playvid.com/watch/GO9Jh-XPJOA, http://www.playvid.com/watch/l7ijl0hWfSD, http://www.playvid.com/watch/CkEaPJE2QwA, http://www.playvid.com/watch/NaVLoG8BKHL, http://www.playvid.com/watch/JbhpyQGvyYn, http://www.playvid.com/watch/GgtgfP7J35R, http://www.playvid.com/watch/WggndQ98-Q0, http://www.playvid.com/watch/NxkRB7mVvGJ, http://www.playvid.com/watch/epcTOHuterL
5.f. Date of third notice: 2014-01-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: khairulhisyam584
5.b. Uploader's email address: khairulhisyam584@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/khairulhisyam584
5.e. List of videos posted by uploader: http://www.playvid.com/watch/B-O7aK0Tvr8, http://www.playvid.com/watch/j8PSM3tVHMi, http://www.playvid.com/watch/5T7JVgp-jcV, http://www.playvid.com/watch/COmZqr6hyWI, http://www.playvid.com/watch/52bCGr-04w7, http://www.playvid.com/watch/mlQhXnAoIuN, http://www.playvid.com/watch/k6p2tgNEQ3j, http://www.playvid.com/watch/oZpBZBGYHJh, http://www.playvid.com/watch/QsMnTI4086t, http://www.playvid.com/watch/T-bfyF04LL9, http://www.playvid.com/watch/tCv2ATswzjH, http://www.playvid.com/watch/mFVoOl-lODn, http://www.playvid.com/watch/8gegvpuQoQ5, http://www.playvid.com/watch/HZPECYdeZQc, http://www.playvid.com/watch/rrWBAa0lAcj, http://www.playvid.com/watch/2JoNBbtUNSM, http://www.playvid.com/watch/R4ukQTpn6dR, http://www.playvid.com/watch/onCgEGaSQuj, http://www.playvid.com/watch/c2rwMSxIG2i, http://www.playvid.com/watch/u0ejslDUR6r, http://www.playvid.com/watch/3R9vEaZC7T9, http://www.playvid.com/watch/9LzI2i6lKje, http://www.playvid.com/watch/ScV-wPN7i9a, http://www.playvid.com/watch/u6awCsRwW0A, http://www.playvid.com/watch/pdsMtpNFXXG, http://www.playvid.com/watch/MdbeXNH7WcX, http://www.playvid.com/watch/xQLrfP9XpoE, http://www.playvid.com/watch/PbAhZDLsKN0, http://www.playvid.com/watch/AMOKHwjPIny, http://www.playvid.com/watch/mcAPx-adGaQ, http://www.playvid.com/watch/cTHnzVQraZ2, http://www.playvid.com/watch/za2kYAl0NgX, http://www.playvid.com/watch/fH6wjxWgUVy, http://www.playvid.com/watch/toZCxLODUBu, http://www.playvid.com/watch/GfEjMchgLBd, http://www.playvid.com/watch/KQLQgndn2Rh, http://www.playvid.com/watch/9wA6K6qQ7kH, http://www.playvid.com/watch/-tNuHVlQvXR, http://www.playvid.com/watch/3uh4WpBAXJC, http://www.playvid.com/watch/AbAMuYHGaFJ, http://www.playvid.com/watch/ckSv-c-Fr2c, http://www.playvid.com/watch/uzKF4DVWm7i, http://www.playvid.com/watch/bGXos6bzWJN, http://www.playvid.com/watch/sz8XmMljbtG, http://www.playvid.com/watch/SP-lWIUBCT6, http://www.playvid.com/watch/YEew2Up08QT, http://www.playvid.com/watch/LaAAzlvU86n, http://www.playvid.com/watch/84pzHw-Kytn, http://www.playvid.com/watch/JShclBXvpJk, http://www.playvid.com/watch/tEEVzUqJ-hV, http://www.playvid.com/watch/5lf9xOoaE4t, http://www.playvid.com/watch/44gPuZmZ6Ko, http://www.playvid.com/watch/7zpBeOtmCoy, http://www.playvid.com/watch/ZeNUOoLyc7V, http://www.playvid.com/watch/vHkPhsJ95UX, http://www.playvid.com/watch/-9qcqRFBbS5, http://www.playvid.com/watch/LbFcYbJuEKd, http://www.playvid.com/watch/U-K5QRcbp4c, http://www.playvid.com/watch/SC98mYwIcHF, http://www.playvid.com/watch/yXCEqjg3HCM, http://www.playvid.com/watch/GJpvkBhrB7I, http://www.playvid.com/watch/c2T2KkQx-BK, http://www.playvid.com/watch/L3uWzQPlxG9, http://www.playvid.com/watch/xGdvz-FHEv0, http://www.playvid.com/watch/-JOSibXdwD7, http://www.playvid.com/watch/-U3LBYqplpl, http://www.playvid.com/watch/JZInv5bYfNc, http://www.playvid.com/watch/9LMV66ZNDrN, http://www.playvid.com/watch/S6AWoOxXHOf, http://www.playvid.com/watch/d77b22rLvQa, http://www.playvid.com/watch/gfMRPNHZIRq, http://www.playvid.com/watch/mlASg6R3vMs
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kickass
5.b. Uploader's email address: thenahuis@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kickass
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NxSFyRU4gf-, http://www.playvid.com/watch/GkrGRdLbdii, http://www.playvid.com/watch/btM2CMUoeyI, http://www.playvid.com/watch/hxXxHCR6nWi, http://www.playvid.com/watch/ECkXV6HEEK0, http://www.playvid.com/watch/7exVcRigenA, http://www.playvid.com/watch/MgwMbnn9Fbg, http://www.playvid.com/watch/08RTQIFCN6-, http://www.playvid.com/watch/MOkLmz7a9Vh, http://www.playvid.com/watch/nfA3lUChQ-c, http://www.playvid.com/watch/ZuJfB5BYT9L, http://www.playvid.com/watch/uUjTtL0erWZ, http://www.playvid.com/watch/6Pvb9Qkd75T, http://www.playvid.com/watch/uB0KfoeRUrI, http://www.playvid.com/watch/67CJOULEIeF, http://www.playvid.com/watch/HvdafNRevQJ, http://www.playvid.com/watch/FgpwLi7NYXc, http://www.playvid.com/watch/vs4IIwMDdiD, http://www.playvid.com/watch/rbsOhnVkNHI, http://www.playvid.com/watch/yTZxhqaPvun, http://www.playvid.com/watch/EZQoPve678K, http://www.playvid.com/watch/rZ-nQ9f5UND, http://www.playvid.com/watch/qJv9OgOMThF, http://www.playvid.com/watch/WZSpctICy-P, http://www.playvid.com/watch/sYPHgh6jL3l, http://www.playvid.com/watch/FXUkCQyWOup, http://www.playvid.com/watch/3e8lpX0JEMy, http://www.playvid.com/watch/PsOSgy-ggZP, http://www.playvid.com/watch/83FQkJS77n3, http://www.playvid.com/watch/jad3uox-3C-, http://www.playvid.com/watch/5TMOyauD8aJ, http://www.playvid.com/watch/ky6LpMGu8wP, http://www.playvid.com/watch/LzNspDk-2gb, http://www.playvid.com/watch/EaI05AKDtul, http://www.playvid.com/watch/-syXKia2PqF, http://www.playvid.com/watch/E6924MdBlkM, http://www.playvid.com/watch/vUApdTflSFE, http://www.playvid.com/watch/hV3Df3nbzP-, http://www.playvid.com/watch/5pxxBhWgOsg, http://www.playvid.com/watch/0XP2Ssy4rnu, http://www.playvid.com/watch/OoZSPjvYO2N, http://www.playvid.com/watch/7tbFQUZicfd, http://www.playvid.com/watch/7mNS8Swr6gX, http://www.playvid.com/watch/L-AQcRqUV6J, http://www.playvid.com/watch/bAnfX7AtUH0, http://www.playvid.com/watch/QGF62kjl9GS, http://www.playvid.com/watch/OHPkCd6Swdg, http://www.playvid.com/watch/ZwjyXyKofrC, http://www.playvid.com/watch/Y-rhZYvxExS, http://www.playvid.com/watch/jZgoLiENwBa, http://www.playvid.com/watch/Qki5AF6tyDv, http://www.playvid.com/watch/uBSrS79eoRV, http://www.playvid.com/watch/zkUu0kKVExp, http://www.playvid.com/watch/M754pc6UtiK, http://www.playvid.com/watch/uz96mYEeQ5H, http://www.playvid.com/watch/YFJAjGA3ElG, http://www.playvid.com/watch/yHxMS8yv5Gp, http://www.playvid.com/watch/bDbEsjK5IXA, http://www.playvid.com/watch/cDzEIMI2vBN, http://www.playvid.com/watch/0tcp77kBQ3J, http://www.playvid.com/watch/Wi-co75nGir, http://www.playvid.com/watch/demortaGIB8, http://www.playvid.com/watch/6OJ6BWeFRQc, http://www.playvid.com/watch/wDsEtETf5HT, http://www.playvid.com/watch/iRdZMxRDybz, http://www.playvid.com/watch/bluPaS3mErZ, http://www.playvid.com/watch/rG2dkJaMyAk, http://www.playvid.com/watch/Z9EqZHPrN6r, http://www.playvid.com/watch/g5l-aPTPTsn, http://www.playvid.com/watch/AivPrG9N-WB, http://www.playvid.com/watch/J7w9GKLugoY, http://www.playvid.com/watch/AS75ITsGxaa, http://www.playvid.com/watch/HxT0GfmPIE2, http://www.playvid.com/watch/qWouy-JDlGw, http://www.playvid.com/watch/o2uYzHTr8ye, http://www.playvid.com/watch/JzgBKQ3Fyii, http://www.playvid.com/watch/J6204-AMYcm, http://www.playvid.com/watch/jGfPXD4DEXx, http://www.playvid.com/watch/yJwO5WtAKDR, http://www.playvid.com/watch/MAkBbL2c6B0, http://www.playvid.com/watch/8z5WHyl6WSn, http://www.playvid.com/watch/jrCZ3MG-dNF, http://www.playvid.com/watch/PlTxXaZnicx, http://www.playvid.com/watch/z3aWQaM5jOr, http://www.playvid.com/watch/88Iy3n0LpeO, http://www.playvid.com/watch/pyAdYIaHN7N, http://www.playvid.com/watch/vzXgBfOMtOI, http://www.playvid.com/watch/gJXjNXVke-C, http://www.playvid.com/watch/VUDKmDIHf9-, http://www.playvid.com/watch/xb76UcPZl3x, http://www.playvid.com/watch/kT5IpRfm50c, http://www.playvid.com/watch/QcMraSwTyd2, http://www.playvid.com/watch/Hq6Cwpzvxrg, http://www.playvid.com/watch/mh-EmPlFoPM, http://www.playvid.com/watch/9eN0vFCipeR, http://www.playvid.com/watch/IFbkS3DUwLQ, http://www.playvid.com/watch/rCHqNlz2NZV, http://www.playvid.com/watch/cjAmM4VCCDd, http://www.playvid.com/watch/QsiExNfOsHb, http://www.playvid.com/watch/MPevDUEIloS, http://www.playvid.com/watch/VjBtpI5vln2, http://www.playvid.com/watch/iEytgx9rmZk, http://www.playvid.com/watch/UMNtPjv7I3i, http://www.playvid.com/watch/bdeomrOGaT6, http://www.playvid.com/watch/30bqS2dDuSc, http://www.playvid.com/watch/PRMqRICUXEZ, http://www.playvid.com/watch/IZgsfHLUpbl, http://www.playvid.com/watch/EGagy55ny-B, http://www.playvid.com/watch/D29ABAKiRld, http://www.playvid.com/watch/3ypi8i-RXAM,

http://www.playvid.com/watch/YAgWZvLVYld, http://www.playvid.com/watch/hIDeCCGcXth, http://www.playvid.com/watch/elhY7RYnDnD,
http://www.playvid.com/watch/W2cNoEX6vzD, http://www.playvid.com/watch/nLfzNHubRoN, http://www.playvid.com/watch/MRcy22HCES4,
http://www.playvid.com/watch/lrpzMWBysb7, http://www.playvid.com/watch/2Qt86oCW6W8, http://www.playvid.com/watch/v2ygTAyNBZm,
http://www.playvid.com/watch/oLv-IXKXrHO, http://www.playvid.com/watch/FkdD5KaJVdr, http://www.playvid.com/watch/gMljLuFwcgH,
http://www.playvid.com/watch/Sl2PwJ5gBEo, http://www.playvid.com/watch/GZ8XjqEupEV, http://www.playvid.com/watch/8KV5T-cfIH3,
http://www.playvid.com/watch/vXsSP5dcW9T, http://www.playvid.com/watch/WNtevNv6x9i, http://www.playvid.com/watch/jepsghxBFC2,
http://www.playvid.com/watch/Uwnr2oyhsN7, http://www.playvid.com/watch/pLQcyGKpIqQ, http://www.playvid.com/watch/cdsig53VHL-,
http://www.playvid.com/watch/Y7OondT4Rfb, http://www.playvid.com/watch/l6l0qTOWoRE, http://www.playvid.com/watch/moRNOXyvL06,
http://www.playvid.com/watch/RburytYNEML, http://www.playvid.com/watch/elD3ZRKMSqu, http://www.playvid.com/watch/h703aNHluOz,
http://www.playvid.com/watch/RJb2tk9EjlY, http://www.playvid.com/watch/ewTetHC8qvr, http://www.playvid.com/watch/N62XNWGlue2,
http://www.playvid.com/watch/pKTh0LFgia2, http://www.playvid.com/watch/inhtW7-NS-r, http://www.playvid.com/watch/XXCTh-z-9dG,
http://www.playvid.com/watch/X9FZBdGue3J, http://www.playvid.com/watch/UlYoGV-ucRZ, http://www.playvid.com/watch/U-KXSiJULfD,
http://www.playvid.com/watch/baJYFhoCcdq, http://www.playvid.com/watch/qpWUSK9YPS5, http://www.playvid.com/watch/Itk5QcA8af4,
http://www.playvid.com/watch/u5GiYPJ8yzk, http://www.playvid.com/watch/kpr9z8s3jrB, http://www.playvid.com/watch/TcMULjaG-Xc,
http://www.playvid.com/watch/BqTru9LJgFg, http://www.playvid.com/watch/TcwK3PfkGQk, http://www.playvid.com/watch/5McJD2oAoIo,
http://www.playvid.com/watch/yDYCiqczq8B, http://www.playvid.com/watch/G6FIu5driMk, http://www.playvid.com/watch/WORtMpvwb3v,
http://www.playvid.com/watch/TO6rTM4hxhI, http://www.playvid.com/watch/OCGbFRCxs6s, http://www.playvid.com/watch/4RKR323GKnU,
http://www.playvid.com/watch/b6JHplEBVTm, http://www.playvid.com/watch/FaarJqdlRlj, http://www.playvid.com/watch/j5pLxiRKV7I,
http://www.playvid.com/watch/UjfTe5mStPf, http://www.playvid.com/watch/X-B0YSqOFwv, http://www.playvid.com/watch/AesAtavi8K4,
http://www.playvid.com/watch/5C9LOoFA2pI, http://www.playvid.com/watch/ynTxBFotJtT, http://www.playvid.com/watch/hoGsY9u2ihz,
http://www.playvid.com/watch/JDMZ0hg2hXW, http://www.playvid.com/watch/xzseFhNne5g, http://www.playvid.com/watch/r9v5-ZP32WA,
http://www.playvid.com/watch/Xc8keowfGek, http://www.playvid.com/watch/q7Dxi8km9Sh, http://www.playvid.com/watch/GD6E9B6-jTE,
http://www.playvid.com/watch/clUeKIXWxYM, http://www.playvid.com/watch/gPaJJiZDcL7, http://www.playvid.com/watch/J8W9snq3Y8V,
http://www.playvid.com/watch/U2wsHnoRa2y, http://www.playvid.com/watch/J-GS3yvzqGQ, http://www.playvid.com/watch/LJ7AMrLnQLA,
http://www.playvid.com/watch/S4zVWgHlFhh, http://www.playvid.com/watch/A0ChJLnXkFb, http://www.playvid.com/watch/x0GoZVfm3Ak,
http://www.playvid.com/watch/cmA2pz8-tPt, http://www.playvid.com/watch/Sx28ZlbD-bo, http://www.playvid.com/watch/-DwZgheZYnm,
http://www.playvid.com/watch/5p-PEy7m4UR, http://www.playvid.com/watch/9ZuxAMZRGq9, http://www.playvid.com/watch/KJ-CNPA9quV,
http://www.playvid.com/watch/CbwvqnDbFrv, http://www.playvid.com/watch/yJiX65oSBwY, http://www.playvid.com/watch/Sc9pIc3PHLs,
http://www.playvid.com/watch/hI5m8zxgVgu, http://www.playvid.com/watch/-s6DVUddRVF, http://www.playvid.com/watch/BNQueLWQ6IM,
http://www.playvid.com/watch/LTi5vlnx6gc, http://www.playvid.com/watch/AIgXULWo7XU, http://www.playvid.com/watch/LyF53FUvdNt,
http://www.playvid.com/watch/B34JDbdauI5, http://www.playvid.com/watch/eElIYIZirAr, http://www.playvid.com/watch/oTOMxcRNoJz,
http://www.playvid.com/watch/ZivZN82WdSG, http://www.playvid.com/watch/4uUJVJzdpIT, http://www.playvid.com/watch/BOCfArYnSGS,
http://www.playvid.com/watch/i4hvgMZe3Sz, http://www.playvid.com/watch/NVDBmm85mfv, http://www.playvid.com/watch/QecFtAHzVCR,
http://www.playvid.com/watch/zzqY4PquoOF, http://www.playvid.com/watch/PQrlhMIh-Mg, http://www.playvid.com/watch/HqG-Av6GX70,
http://www.playvid.com/watch/jD06lxsjxGG, http://www.playvid.com/watch/HRsh8YgcDth, http://www.playvid.com/watch/LGKMvRcoITX,
http://www.playvid.com/watch/WCVcbRSZmkS, http://www.playvid.com/watch/K4k6liY-lME, http://www.playvid.com/watch/DXcZ32tyzGq,
http://www.playvid.com/watch/fidR3H4IMnm, http://www.playvid.com/watch/ejc79NLkbMR, http://www.playvid.com/watch/aVltuZVZE2I,
http://www.playvid.com/watch/JviySgK9Fbb, http://www.playvid.com/watch/0BxU4K9XSIO, http://www.playvid.com/watch/FFYM8mOc2pV,
http://www.playvid.com/watch/jnphd5Rv4T9, http://www.playvid.com/watch/dFuCZBfIMmd, http://www.playvid.com/watch/5CAjQOJeFFQ,
http://www.playvid.com/watch/CMK9cOZZWo-, http://www.playvid.com/watch/EcGgPRCzHfa, http://www.playvid.com/watch/P7qCbZrEuyI,
http://www.playvid.com/watch/SKhlSJXvYd-, http://www.playvid.com/watch/nheCNexbhtP, http://www.playvid.com/watch/V9rGjxuLFFN,
http://www.playvid.com/watch/V2pkHbvGoZL, http://www.playvid.com/watch/DW9IKccAQcE, http://www.playvid.com/watch/c8rXFTM83Yv,
http://www.playvid.com/watch/aUdVOxZLCpA, http://www.playvid.com/watch/-6V7aylFXXm, http://www.playvid.com/watch/3CKZkMCiuWK,
http://www.playvid.com/watch/2cU3IOFTv9q, http://www.playvid.com/watch/bbyjNqnFJ0Y, http://www.playvid.com/watch/Zj4uueXxHjt,
http://www.playvid.com/watch/MRf2f6eAehC, http://www.playvid.com/watch/AE2KojURkWk, http://www.playvid.com/watch/LSq99iouUtb,
http://www.playvid.com/watch/3TO2358aHtG, http://www.playvid.com/watch/k9OXhQTqyCu, http://www.playvid.com/watch/tAzZW3GfTiE,
http://www.playvid.com/watch/9UtICMY9WrS, http://www.playvid.com/watch/P58lQoFQf-a, http://www.playvid.com/watch/6sVcmFCNCxS,
http://www.playvid.com/watch/nsAGoiYwkSn, http://www.playvid.com/watch/c3YnlqSOsnA, http://www.playvid.com/watch/MNlHDvZXEti,
http://www.playvid.com/watch/gO36cnZ0bZy, http://www.playvid.com/watch/YSjv6VacQiz, http://www.playvid.com/watch/e6-FfTxzJFY,
http://www.playvid.com/watch/0eIYtWT860h, http://www.playvid.com/watch/a-FzRBa6qm0, http://www.playvid.com/watch/YR2D-dWusI2,
http://www.playvid.com/watch/LBaXnPgXNTY, http://www.playvid.com/watch/c8rEF4B3SyS, http://www.playvid.com/watch/xPXu8mz4Wzn,
http://www.playvid.com/watch/eoBVH2ymDRs, http://www.playvid.com/watch/FHuiiBFfs-N, http://www.playvid.com/watch/s5i94bEDUYU,
http://www.playvid.com/watch/AwRmZyRWyiX, http://www.playvid.com/watch/hL4pOzmWUvb, http://www.playvid.com/watch/XVfCw4vyO8W,
http://www.playvid.com/watch/9y2wdrTBlvo, http://www.playvid.com/watch/OlifDzd8J-e, http://www.playvid.com/watch/YP97A9Bmkf9,
http://www.playvid.com/watch/StKAtamaPRt, http://www.playvid.com/watch/WJ0fcWwuYXn, http://www.playvid.com/watch/5xjGe22otxd,
http://www.playvid.com/watch/vXwQLncrxOr, http://www.playvid.com/watch/Vtv8Ov4Nj0o, http://www.playvid.com/watch/9JMI6-9k2tL,
http://www.playvid.com/watch/RxIwXShV4Q0, http://www.playvid.com/watch/RteeNTZNR60, http://www.playvid.com/watch/uXxEv-Tx5nK,
http://www.playvid.com/watch/o8ND-8oNmmo, http://www.playvid.com/watch/BRZoWUEG3cp, http://www.playvid.com/watch/mUntvYCgIoR,
http://www.playvid.com/watch/lfYYIEMo33y, http://www.playvid.com/watch/F22DN2sydTt, http://www.playvid.com/watch/yrPiKdRt6eG,
http://www.playvid.com/watch/RFqP3HOMw95, http://www.playvid.com/watch/yffiO3sG-dL, http://www.playvid.com/watch/db8EAwBOk9j,
http://www.playvid.com/watch/CoRvgzkzQjO, http://www.playvid.com/watch/-tM0Q2Oe0du, http://www.playvid.com/watch/f4VoNsushKg,
http://www.playvid.com/watch/6ZOUDSdLfff, http://www.playvid.com/watch/sTzsqs5rUMk, http://www.playvid.com/watch/KeLXLeH5djj,
http://www.playvid.com/watch/0AUp2BiU0Ei, http://www.playvid.com/watch/O5Wg5zbp5Mz, http://www.playvid.com/watch/G5xA5oMX8sD,
http://www.playvid.com/watch/tDZnbBQD7sK, http://www.playvid.com/watch/FxMf3f5fIb6, http://www.playvid.com/watch/P42DivLLoiF,
http://www.playvid.com/watch/uqIMTRzfKuN, http://www.playvid.com/watch/iZ6mtGzKqdk, http://www.playvid.com/watch/6NSIMf9xrlt,
http://www.playvid.com/watch/Efqvq-fEBby, http://www.playvid.com/watch/Ak62IQ62vrA, http://www.playvid.com/watch/LBs5Dl9xfJ-,
http://www.playvid.com/watch/peMZ5bsEgoJ, http://www.playvid.com/watch/WCFfbJq720s, http://www.playvid.com/watch/xhIred5v2ib,
http://www.playvid.com/watch/phdzly-LOnq, http://www.playvid.com/watch/TLKfXacblDI, http://www.playvid.com/watch/Ke9yPKBL78H,
http://www.playvid.com/watch/DXe2HngwVKh, http://www.playvid.com/watch/NEeRwVqgAvK, http://www.playvid.com/watch/eo8iSWD-UV9,
http://www.playvid.com/watch/kV-uJABlmjJ, http://www.playvid.com/watch/PTNIC6ZRBcF, http://www.playvid.com/watch/Rl3GDAOdIFQ,
http://www.playvid.com/watch/rIvhRgy6qlQ, http://www.playvid.com/watch/YEj0FjMkquN, http://www.playvid.com/watch/dY4SqsY7On-,
http://www.playvid.com/watch/a3G9P-d5kJv, http://www.playvid.com/watch/Qo27SEPoCY0, http://www.playvid.com/watch/nnFDEQa9TiX,
http://www.playvid.com/watch/A8pdT5z3-oh, http://www.playvid.com/watch/wrzrtKV4wsZ, http://www.playvid.com/watch/ZZ709yMcgOW,
http://www.playvid.com/watch/SAaKU2D9rkk, http://www.playvid.com/watch/M4LOIOoFOCR, http://www.playvid.com/watch/7mSOONeekyl,
http://www.playvid.com/watch/QaxoqrgHgGT, http://www.playvid.com/watch/v-lWpW8vjDd, http://www.playvid.com/watch/R3D5wo6JPFQ,
http://www.playvid.com/watch/b50Q4nCa88S, http://www.playvid.com/watch/NORE5XLLHCo, http://www.playvid.com/watch/3ImWOGe2xrK,
http://www.playvid.com/watch/AdyABKdVQqE, http://www.playvid.com/watch/ijHRTsJTrUR, http://www.playvid.com/watch/gjJHhuQGrpl,
http://www.playvid.com/watch/yiciohHzvsw, http://www.playvid.com/watch/6K4JVwIWR77, http://www.playvid.com/watch/rbh94UCCCDX,
http://www.playvid.com/watch/NhQJpm8rbms, http://www.playvid.com/watch/giS0F8gFQma, http://www.playvid.com/watch/FZmLzBQNXVU,
http://www.playvid.com/watch/Tc2FZ9ThrmY, http://www.playvid.com/watch/kjO8iWxkG5J, http://www.playvid.com/watch/7QbTMJ-bdWK,
http://www.playvid.com/watch/YGv9yzdtQK-, http://www.playvid.com/watch/v58qSl-E4KY, http://www.playvid.com/watch/BNfVDIdQNCd,
http://www.playvid.com/watch/F-0pSyGV84E, http://www.playvid.com/watch/FaCqLo-6daG, http://www.playvid.com/watch/Gba7HjGJOtZ,
http://www.playvid.com/watch/B-IvCw2jlma, http://www.playvid.com/watch/gZKRvSkT9q8, http://www.playvid.com/watch/cPGl8eMt9Om,
http://www.playvid.com/watch/S0Oas3gcb7M, http://www.playvid.com/watch/dzp5apAwrmC, http://www.playvid.com/watch/PedZHQMWR9Q,
http://www.playvid.com/watch/AVgLGFnC45w, http://www.playvid.com/watch/cbK82z4S56Q, http://www.playvid.com/watch/YmdUVfnftdn,
http://www.playvid.com/watch/BQS6Q6L2BXp, http://www.playvid.com/watch/PkxdGuhhEV3, http://www.playvid.com/watch/MF5FLBLva4g,
http://www.playvid.com/watch/6XJ-fVRsdD7, http://www.playvid.com/watch/ApUPtKt8DBF, http://www.playvid.com/watch/mi3YOWZ8hAt,
http://www.playvid.com/watch/8bldY3fLZzX, http://www.playvid.com/watch/G3XKHtTumKL, http://www.playvid.com/watch/LqtLvt5Z5Tk,
http://www.playvid.com/watch/jS7tKemiq3h, http://www.playvid.com/watch/5xhZSUs-sHq, http://www.playvid.com/watch/jyTjVCqDH8C,
http://www.playvid.com/watch/O4-nTL7Vqcn, http://www.playvid.com/watch/8foXkhqOMmi, http://www.playvid.com/watch/PvTFyEiOZF-,
http://www.playvid.com/watch/Zs7zKXcpmr0, http://www.playvid.com/watch/-PRKx97riEl, http://www.playvid.com/watch/sv7PxZiPVOs,
http://www.playvid.com/watch/VyMHKqRmey5, http://www.playvid.com/watch/0kxXHfM7A7X, http://www.playvid.com/watch/DdRnIgLqoov,
http://www.playvid.com/watch/J23XUZAcNP2, http://www.playvid.com/watch/zpZ5M78Td9V, http://www.playvid.com/watch/AUs49mKubND,
http://www.playvid.com/watch/0KQXc7oT9Tw, http://www.playvid.com/watch/PGuG3OUxY2R, http://www.playvid.com/watch/zp6l37Sj4TU,
http://www.playvid.com/watch/NiSwJHi2xCA, http://www.playvid.com/watch/kLVU6intiKC, http://www.playvid.com/watch/AmVz2refZ2n,
http://www.playvid.com/watch/gBfknRUEr8O, http://www.playvid.com/watch/GE9lMq4kP-Y, http://www.playvid.com/watch/eyxHgEB6uWh,

http://www.playvid.com/watch/bEfnp6zEbN8, http://www.playvid.com/watch/6uJQz2edNHl, http://www.playvid.com/watch/dZ6Ess-FP0K,
http://www.playvid.com/watch/9XfocAbFx9D, http://www.playvid.com/watch/6wPnxeSTBeN, http://www.playvid.com/watch/oPmLKgw8LhR,
http://www.playvid.com/watch/tk094FPzZiz, http://www.playvid.com/watch/5FltXzssA9o, http://www.playvid.com/watch/N8O3sL3ZRti,
http://www.playvid.com/watch/nlbKIqPf5XM, http://www.playvid.com/watch/iL5MElrULZJ, http://www.playvid.com/watch/ZlnfMpgGFmG,
http://www.playvid.com/watch/PcnkI25ylIH, http://www.playvid.com/watch/70iCQoUxjJD, http://www.playvid.com/watch/PZ8lFlTHX3L,
http://www.playvid.com/watch/VM6VYNR-M8O, http://www.playvid.com/watch/3ZwWvXWmYr6, http://www.playvid.com/watch/fIpMpQ9r0eX,
http://www.playvid.com/watch/2bUSbInIXKT, http://www.playvid.com/watch/GJzYdE5x3SX, http://www.playvid.com/watch/iJ7ITNNOmyc,
http://www.playvid.com/watch/-ydVUCOSCHR, http://www.playvid.com/watch/rDxAg2L9Dlw, http://www.playvid.com/watch/mIqmjTXA6q8,
http://www.playvid.com/watch/w2v-rZ2gnb6, http://www.playvid.com/watch/DzVM39FDBsx, http://www.playvid.com/watch/oaA6I8ATCDo,
http://www.playvid.com/watch/y0bpbrH-TuH, http://www.playvid.com/watch/XCLGGEdAwOC, http://www.playvid.com/watch/-RcrooX0ZgA,
http://www.playvid.com/watch/SJ0sLKdt6c9, http://www.playvid.com/watch/B5N7Ufave7h, http://www.playvid.com/watch/xOGK5E0SRi7,
http://www.playvid.com/watch/4IVhTS6zPu0, http://www.playvid.com/watch/fM290wnmnQI, http://www.playvid.com/watch/bFRRGr7T-d2,
http://www.playvid.com/watch/KnoIuMDbLSz, http://www.playvid.com/watch/rmxW4aRepTE, http://www.playvid.com/watch/VHtRT6-lUps,
http://www.playvid.com/watch/Ib-78FAjlIZ, http://www.playvid.com/watch/92yiSUVkzZN, http://www.playvid.com/watch/VOHkc8do6Cr,
http://www.playvid.com/watch/WyHahHuQx8g, http://www.playvid.com/watch/MKBjmcBaaE-, http://www.playvid.com/watch/aVVBzMCVOFg,
http://www.playvid.com/watch/N2chCesJHmw, http://www.playvid.com/watch/AJueBI7r3Bw, http://www.playvid.com/watch/jKnjEHFbrm6,
http://www.playvid.com/watch/KmjzPjjBN3D, http://www.playvid.com/watch/RWdEAmSxGQW, http://www.playvid.com/watch/I0Mgat58W6K,
http://www.playvid.com/watch/QxlISVL3upU, http://www.playvid.com/watch/4q4TyCg-acb, http://www.playvid.com/watch/tIERb2XTMh8,
http://www.playvid.com/watch/nvMNtcjyilD, http://www.playvid.com/watch/Xxa7xyKIFSw, http://www.playvid.com/watch/SNpNeKEUNpf,
http://www.playvid.com/watch/L3LmOyOIzTT, http://www.playvid.com/watch/fYHyCT02vdF, http://www.playvid.com/watch/lGxbX9dIBn4,
http://www.playvid.com/watch/HQFng43eQs0, http://www.playvid.com/watch/IHRgO9vSUYm, http://www.playvid.com/watch/aEt3R3xWfuj,
http://www.playvid.com/watch/7tVX-ii3Rcb, http://www.playvid.com/watch/RKJ4lRC-Rfg, http://www.playvid.com/watch/acxDbYen6FT,
http://www.playvid.com/watch/l5ah9rd4jxQ, http://www.playvid.com/watch/Wn70bnF7nze, http://www.playvid.com/watch/HasZd2USBmz,
http://www.playvid.com/watch/0LvyssNPVty, http://www.playvid.com/watch/yaKtzfrHfld, http://www.playvid.com/watch/P76lssFqPI4,
http://www.playvid.com/watch/F97N0t3pC2W, http://www.playvid.com/watch/yk6M-Nla7Jq, http://www.playvid.com/watch/qDVwlS9E82u,
http://www.playvid.com/watch/qSR6rpEkngJ, http://www.playvid.com/watch/24IGhG43bWA, http://www.playvid.com/watch/GVMP8cs5RTQ,
http://www.playvid.com/watch/KhDTTR4TQCl, http://www.playvid.com/watch/o4D60Xan4jb, http://www.playvid.com/watch/b8wuxeRPkiY,
http://www.playvid.com/watch/3HaF8IJHV24, http://www.playvid.com/watch/otuL6WkfXm2, http://www.playvid.com/watch/dqreDDgVte5,
http://www.playvid.com/watch/LOwZ8K6Mp67, http://www.playvid.com/watch/5t-NpISsY9D, http://www.playvid.com/watch/F3G8ooJudWv,
http://www.playvid.com/watch/-O4BJ5hH4Mn, http://www.playvid.com/watch/huVRymQF6am, http://www.playvid.com/watch/SPa0ps70xCf,
http://www.playvid.com/watch/vMIIlHOZMXl, http://www.playvid.com/watch/FHD8w-0RPHx, http://www.playvid.com/watch/7R4Ljv0WNs9,
http://www.playvid.com/watch/N2xncu4PTTx, http://www.playvid.com/watch/xtTWCKZclOK, http://www.playvid.com/watch/wGkjQ35DaCx,
http://www.playvid.com/watch/9bnedNZA5jZ, http://www.playvid.com/watch/JGS3IiSccqP, http://www.playvid.com/watch/uOwH0T42xXP,
http://www.playvid.com/watch/qQg8-XaOWXH, http://www.playvid.com/watch/5EZ0NGRq5xm, http://www.playvid.com/watch/Gj7QgphGAUi,
http://www.playvid.com/watch/C7ctcENJFFT, http://www.playvid.com/watch/LpsHIHfdBqT, http://www.playvid.com/watch/ZPWne5gIFXf,
http://www.playvid.com/watch/GGjnEZSkFdf, http://www.playvid.com/watch/WghLcrSI-7O, http://www.playvid.com/watch/lzPlzxioMxq,
http://www.playvid.com/watch/JO2uww7hP-l, http://www.playvid.com/watch/QH7X9uqqnhe, http://www.playvid.com/watch/f8u7cwq7jhG,
http://www.playvid.com/watch/5UJFreeUsxv, http://www.playvid.com/watch/OyTqSN-ZlMl, http://www.playvid.com/watch/hwa7IlJYzp8,
http://www.playvid.com/watch/3yvCzlQfsFs, http://www.playvid.com/watch/bol24r39BcK, http://www.playvid.com/watch/oFew89pgsQ7,
http://www.playvid.com/watch/078h-vNZIHN, http://www.playvid.com/watch/uD2uUfUwWiJ, http://www.playvid.com/watch/ZeZjgSxi9nu,
http://www.playvid.com/watch/ncj9xxDg43v, http://www.playvid.com/watch/WgXfpzuBFf3, http://www.playvid.com/watch/Wwq-FvGrAqK,
http://www.playvid.com/watch/gu9diX23B70, http://www.playvid.com/watch/ydgpbhG9Yfy, http://www.playvid.com/watch/07MgnjzdgGc,
http://www.playvid.com/watch/AzxB6bwj9rT, http://www.playvid.com/watch/lY28l7EQRyR, http://www.playvid.com/watch/UXLZ5OENy5P,
http://www.playvid.com/watch/JDRLk6VTl25, http://www.playvid.com/watch/inpDmOPc8rV, http://www.playvid.com/watch/mHdvf-vIwMk,
http://www.playvid.com/watch/dyOXQQvZOO0, http://www.playvid.com/watch/wR7jXwj6FGu, http://www.playvid.com/watch/suplKjsOxqT,
http://www.playvid.com/watch/P3r3dId20vq, http://www.playvid.com/watch/YmbnWfSkYJ9, http://www.playvid.com/watch/iCgn7X3sQxp,
http://www.playvid.com/watch/9aSXqRMnGTo, http://www.playvid.com/watch/aRUL0Vy4lYH, http://www.playvid.com/watch/J9ex-02G7LE,
http://www.playvid.com/watch/pUXD6yJEEb6, http://www.playvid.com/watch/uHFFmptLAGz, http://www.playvid.com/watch/0tXYAl59yMs,
http://www.playvid.com/watch/XwgVHCN8Y5J, http://www.playvid.com/watch/nPsigpdONVc, http://www.playvid.com/watch/PRE3-6igDWO,
http://www.playvid.com/watch/Xj5uW3r50eO, http://www.playvid.com/watch/cLe75KjztnL, http://www.playvid.com/watch/nMOngZ35abN,
http://www.playvid.com/watch/pmzLWKidIVN, http://www.playvid.com/watch/e9RA80Qsgzq, http://www.playvid.com/watch/g3RoURXdQPG,
http://www.playvid.com/watch/segi3lDUTcK, http://www.playvid.com/watch/dnySWgNcI6s, http://www.playvid.com/watch/7V7pdwKbamS,
http://www.playvid.com/watch/XnkmCMf6-F2, http://www.playvid.com/watch/NUbITnkTTi9, http://www.playvid.com/watch/lvTK0hHIeVU,
http://www.playvid.com/watch/m5WyOSQHq45, http://www.playvid.com/watch/J3NpFqhMS4h, http://www.playvid.com/watch/6Q4KHZhxVpp,
http://www.playvid.com/watch/3kiX2iUypQw, http://www.playvid.com/watch/WuOiaOQ5NlT, http://www.playvid.com/watch/NuTDW6Aoig2,
http://www.playvid.com/watch/TyeNSkB3Bt9, http://www.playvid.com/watch/YNEW6iTmg4y, http://www.playvid.com/watch/ZgnClTt9cD0,
http://www.playvid.com/watch/YqQhK3BOMIq, http://www.playvid.com/watch/YGCOzyU9qf0, http://www.playvid.com/watch/-kkaZJs-pme,
http://www.playvid.com/watch/JIsNZ7vjjKD, http://www.playvid.com/watch/xxwiBcBbLzi, http://www.playvid.com/watch/mVTgatPWtgd,
http://www.playvid.com/watch/mWQ6lsqc9JX, http://www.playvid.com/watch/cehVVImmEH7, http://www.playvid.com/watch/wQEDGiCP-Zn,
http://www.playvid.com/watch/xveb7bJuN7G, http://www.playvid.com/watch/fy0iZkm-7E6, http://www.playvid.com/watch/auco-fNYvC5,
http://www.playvid.com/watch/V9cjTxSqgTn, http://www.playvid.com/watch/W6KyhEbteQC, http://www.playvid.com/watch/pD-hpiCnL6G,
http://www.playvid.com/watch/rqOLqwQuf5j, http://www.playvid.com/watch/V6yUo2drdvl, http://www.playvid.com/watch/o7FNuJG4pMi,
http://www.playvid.com/watch/OKn90eLGKgO, http://www.playvid.com/watch/HhXbJI097GF, http://www.playvid.com/watch/8Gno7LD42KM,
http://www.playvid.com/watch/wThKwVr9OJX, http://www.playvid.com/watch/uufT79jes8E, http://www.playvid.com/watch/ApTNOrFmUxx,
http://www.playvid.com/watch/2pw-Mk3-LW3, http://www.playvid.com/watch/eOmlHZykN4Z, http://www.playvid.com/watch/G28c7rMsZ9A,
http://www.playvid.com/watch/rXhnEIvJFGl, http://www.playvid.com/watch/7kfjz9vkfMl, http://www.playvid.com/watch/slvRWxqpIOe,
http://www.playvid.com/watch/0wYPKoqdAef, http://www.playvid.com/watch/cvAEX8S-rB7, http://www.playvid.com/watch/Y628CWUUXxj,
http://www.playvid.com/watch/mXVEZ2ZoDaE, http://www.playvid.com/watch/GDC9pAccZXs, http://www.playvid.com/watch/cmUvIopjDFR,
http://www.playvid.com/watch/VsKus3XohQc, http://www.playvid.com/watch/LkPRF3CyHg5, http://www.playvid.com/watch/-tqvcOT4KpE,
http://www.playvid.com/watch/ZsxARzjLQ5j, http://www.playvid.com/watch/30p35NpIozD, http://www.playvid.com/watch/hm30RTMrFl2,
http://www.playvid.com/watch/Wp0GuiO5WYL, http://www.playvid.com/watch/pD5WfMtH-vF, http://www.playvid.com/watch/N2e8Tdj2ANK,
http://www.playvid.com/watch/80dPUmrr6Fa, http://www.playvid.com/watch/AplvknaB62I, http://www.playvid.com/watch/-o4ogZokBss,
http://www.playvid.com/watch/FahlVmuZr3g, http://www.playvid.com/watch/ixsh4nlgLN-, http://www.playvid.com/watch/OifofU9sWDd,
http://www.playvid.com/watch/YHpExawttDR, http://www.playvid.com/watch/256Ek2Q-J9T, http://www.playvid.com/watch/rMtypRY2O5V,
http://www.playvid.com/watch/4qyq9sbhzey, http://www.playvid.com/watch/uSqqjXreo9m, http://www.playvid.com/watch/kwwN5WyN0fy,
http://www.playvid.com/watch/iEir0lz3THT, http://www.playvid.com/watch/oAkB73iDZqa, http://www.playvid.com/watch/w-fNT-N3GWa,
http://www.playvid.com/watch/VYN9C-S6j8A, http://www.playvid.com/watch/URq8vqOdiP5, http://www.playvid.com/watch/OrpQ94y405V,
http://www.playvid.com/watch/tKpZJY3NUYa, http://www.playvid.com/watch/kl8e7TJT39C, http://www.playvid.com/watch/Eue9raTtbQ6,
http://www.playvid.com/watch/UYKrPVEnSF2, http://www.playvid.com/watch/iamwekK8rFa, http://www.playvid.com/watch/JbhF9ZGYEIy,
http://www.playvid.com/watch/lTdtwVq3E72, http://www.playvid.com/watch/ivjvGSzSxTb, http://www.playvid.com/watch/jHffCWpoqMr,
http://www.playvid.com/watch/6azYs8nvWyb, http://www.playvid.com/watch/DIr9LLheTc-, http://www.playvid.com/watch/zkyFl74EFdM,
http://www.playvid.com/watch/7jFFajVefr2, http://www.playvid.com/watch/XlRTu7Txreg, http://www.playvid.com/watch/hFO628BR50U,
http://www.playvid.com/watch/8R83GGrBYvD, http://www.playvid.com/watch/NmiI58rwC5S, http://www.playvid.com/watch/ZGOlmnscB6J,
http://www.playvid.com/watch/8aWZlOneUdD, http://www.playvid.com/watch/jHNz2P7c0wa, http://www.playvid.com/watch/WpRITvwUv-K,
http://www.playvid.com/watch/wVecWjsVoHu, http://www.playvid.com/watch/MxHZOyZYiZx, http://www.playvid.com/watch/mHz5hH4huq9,
http://www.playvid.com/watch/vcpjueyT5zX, http://www.playvid.com/watch/RxyChFjWCDR, http://www.playvid.com/watch/ZWmEh3r3QQ5,
http://www.playvid.com/watch/w4QrJqV08Id, http://www.playvid.com/watch/4jW942U0Vjn, http://www.playvid.com/watch/Pgbx5lMAxGM,
http://www.playvid.com/watch/LdOjNnQur9T, http://www.playvid.com/watch/CHHP5sWC24e, http://www.playvid.com/watch/hv69j3hM9e6,
http://www.playvid.com/watch/GP4jR2qWn3f, http://www.playvid.com/watch/-xWvsDRhOon, http://www.playvid.com/watch/crPTTTpWqS2,
http://www.playvid.com/watch/uJbTtrfOYuK, http://www.playvid.com/watch/qXELxr7paEw, http://www.playvid.com/watch/u0MgCiZDqAV,
http://www.playvid.com/watch/oCuq99qvBLB, http://www.playvid.com/watch/A50pSPyOXRj, http://www.playvid.com/watch/GEsu3EvR6YX,
http://www.playvid.com/watch/J6wHGVE65rW, http://www.playvid.com/watch/LZmnqtzjOul, http://www.playvid.com/watch/4UtwEuGJI9i,
http://www.playvid.com/watch/qjHI3ONUlQC, http://www.playvid.com/watch/et2wqfMppac, http://www.playvid.com/watch/x4CWPoGR92R,
http://www.playvid.com/watch/NxxdDDks0Wx, http://www.playvid.com/watch/q3JCkHciFc5, http://www.playvid.com/watch/-XYuIwsTjYX,
http://www.playvid.com/watch/kj9IShRhxAk, http://www.playvid.com/watch/fcFli50-T5q, http://www.playvid.com/watch/IeNu5hGKcOF,
http://www.playvid.com/watch/0U6DR8lmIaB, http://www.playvid.com/watch/mNOCOrOf7pM, http://www.playvid.com/watch/MAwlwbaay8l,

http://www.playvid.com/watch/c-TNSZBuaV2, http://www.playvid.com/watch/hB0ILkRKDV5, http://www.playvid.com/watch/83mwcB0r9uV,
http://www.playvid.com/watch/QPuwPYBvzk0, http://www.playvid.com/watch/SCH80vg3qaD, http://www.playvid.com/watch/3A8dbdYv89N,
http://www.playvid.com/watch/KSWwxgNZ7WR, http://www.playvid.com/watch/H7vkHJsxIXF, http://www.playvid.com/watch/rhlRFXEHoeq,
http://www.playvid.com/watch/0GYl5VNXwu0, http://www.playvid.com/watch/vt2vczFcJfq, http://www.playvid.com/watch/C-DfRoEU0tB,
http://www.playvid.com/watch/qTlyAd3puF2, http://www.playvid.com/watch/GDL4gA0pNuK, http://www.playvid.com/watch/9m5kDyiIvRf,
http://www.playvid.com/watch/-tbaAeTcM8j, http://www.playvid.com/watch/LrLZuUh8yEF, http://www.playvid.com/watch/6-P9735-N46,
http://www.playvid.com/watch/op2ThZETezB, http://www.playvid.com/watch/7BnosKE0dHq, http://www.playvid.com/watch/BUqQwduW9Yq,
http://www.playvid.com/watch/rr3BChEpcb0, http://www.playvid.com/watch/tQT8CqdD2Ev, http://www.playvid.com/watch/h7tLiH-9PYL,
http://www.playvid.com/watch/mr6b65pc90C, http://www.playvid.com/watch/kFLJhrXNQ2W, http://www.playvid.com/watch/LdbakRvSGUd,
http://www.playvid.com/watch/C6NnD-280rs, http://www.playvid.com/watch/-wSSnzeTfCn, http://www.playvid.com/watch/JAqCon2gsAA,
http://www.playvid.com/watch/VWC7pdcGXFZ, http://www.playvid.com/watch/INeDfnrG3Sc, http://www.playvid.com/watch/pEhD8cQ8oVo,
http://www.playvid.com/watch/mugc7itbvce, http://www.playvid.com/watch/QRMm7iTWnfH, http://www.playvid.com/watch/2XU5DTRkkLX,
http://www.playvid.com/watch/fVulWDWqiFR, http://www.playvid.com/watch/fEtT5k9RE84, http://www.playvid.com/watch/dpTmgPhe7uD,
http://www.playvid.com/watch/w0sUFcZgl2P, http://www.playvid.com/watch/CpWfCvprmb7, http://www.playvid.com/watch/bn8geez5LZD,
http://www.playvid.com/watch/gFVhw9675Ok, http://www.playvid.com/watch/QEgwuKvsDDh, http://www.playvid.com/watch/JXWeggUjMJy,
http://www.playvid.com/watch/sX4xUUuD6nP, http://www.playvid.com/watch/uOFhmVW3Lmm, http://www.playvid.com/watch/U2Oni6EHqDQ,
http://www.playvid.com/watch/MA0y7RDIEQP, http://www.playvid.com/watch/CAI62z-x5sJ, http://www.playvid.com/watch/bCeY7mTl-C2,
http://www.playvid.com/watch/2n0J3x2VWKd, http://www.playvid.com/watch/dfPFQ5VxfhQ, http://www.playvid.com/watch/oS8mCtxpv8f,
http://www.playvid.com/watch/yFwFGdOcfGn, http://www.playvid.com/watch/JPTorBvoUbB, http://www.playvid.com/watch/cL-cfAvZpIZ,
http://www.playvid.com/watch/F8wSrASpLSh, http://www.playvid.com/watch/w0c9YgJz5RR, http://www.playvid.com/watch/8GuXHj-h-57,
http://www.playvid.com/watch/rpowoIy5BDC, http://www.playvid.com/watch/a-bJ9UW5Qdh, http://www.playvid.com/watch/OWEqincjVQh,
http://www.playvid.com/watch/GRuXjiBETSG, http://www.playvid.com/watch/QeHXi0AaDR9, http://www.playvid.com/watch/qWnx6CDyjvN,
http://www.playvid.com/watch/rrmqaDESCXp, http://www.playvid.com/watch/Q78Voy6cK3Z, http://www.playvid.com/watch/8mTxUrdsp4p,
http://www.playvid.com/watch/jvlYn8NGWR2, http://www.playvid.com/watch/t6bZBV9tQiE, http://www.playvid.com/watch/KRreXxamHT0,
http://www.playvid.com/watch/dW0o6igcjm0, http://www.playvid.com/watch/qObcW-gRPRf, http://www.playvid.com/watch/eidyhnPRAKW,
http://www.playvid.com/watch/QX4qT0X2R6p, http://www.playvid.com/watch/3xdZ24wYiyo, http://www.playvid.com/watch/NXPLQ7Bkspc,
http://www.playvid.com/watch/CGm6EVaeVSN, http://www.playvid.com/watch/g4Gjbe-ptAS, http://www.playvid.com/watch/KCgdMmHt7v5,
http://www.playvid.com/watch/Ao574Nvb2AL, http://www.playvid.com/watch/-3deH4nmOWa, http://www.playvid.com/watch/ZDVzYQmO75A,
http://www.playvid.com/watch/ovq7T7JEB62, http://www.playvid.com/watch/TqhJigrKEPo, http://www.playvid.com/watch/CsmFtSh7hPy,
http://www.playvid.com/watch/ZxUAE7XU6hW, http://www.playvid.com/watch/GWLG9BUzkK9, http://www.playvid.com/watch/-II6igWjshI,
http://www.playvid.com/watch/DfWToh-jmjd, http://www.playvid.com/watch/aQ3JHcA5fuz, http://www.playvid.com/watch/30ZMkXrL2uI,
http://www.playvid.com/watch/LSAFeElglef, http://www.playvid.com/watch/0m09MXpOPWs, http://www.playvid.com/watch/vCL6tqZ2rdV,
http://www.playvid.com/watch/agvpsBQR6PI, http://www.playvid.com/watch/e5jxbzBJks7, http://www.playvid.com/watch/aGl-e8SdW0h,
http://www.playvid.com/watch/sjy7huOJ9cR, http://www.playvid.com/watch/D-8QUPW2N-b, http://www.playvid.com/watch/DsHBWFVoC4t,
http://www.playvid.com/watch/YFxyRY-JQQ6, http://www.playvid.com/watch/P6A0ZsCOdwq, http://www.playvid.com/watch/DqjNjJPUd-r,
http://www.playvid.com/watch/Gw6p9SROQkR, http://www.playvid.com/watch/966FgxftthE, http://www.playvid.com/watch/B7nLQqWvXNM,
http://www.playvid.com/watch/dtwMbKdABql, http://www.playvid.com/watch/UawdEESeca8, http://www.playvid.com/watch/5h9TnA4BMFo,
http://www.playvid.com/watch/9CjrkpG4X5W, http://www.playvid.com/watch/yV7h2iJI8zC, http://www.playvid.com/watch/fCDkESEdjBU,
http://www.playvid.com/watch/ThOUqkQcQU5, http://www.playvid.com/watch/YQemtlEv7LQ, http://www.playvid.com/watch/I4MQcaplwoH,
http://www.playvid.com/watch/DPic9wAPdSm, http://www.playvid.com/watch/Z4FziX7UKOD, http://www.playvid.com/watch/Hn44A8yN8xF,
http://www.playvid.com/watch/icfLcb2mr2t, http://www.playvid.com/watch/b5N6UGb5WCz, http://www.playvid.com/watch/yA-9qsdISv4,
http://www.playvid.com/watch/7A3uQVzpsoT, http://www.playvid.com/watch/x-HQvhqpRKw, http://www.playvid.com/watch/QKGcVKXaXs8,
http://www.playvid.com/watch/kSENv27OIKx, http://www.playvid.com/watch/OPrahnColtl, http://www.playvid.com/watch/e-7tm52QjfC,
http://www.playvid.com/watch/4WgJVIQ2Vy0, http://www.playvid.com/watch/anRuZvxUBsg, http://www.playvid.com/watch/Cdh9V9KiosJ,
http://www.playvid.com/watch/GNq4zDFZSva, http://www.playvid.com/watch/Swa-WGSad2U, http://www.playvid.com/watch/VX0qNrIGPen,
http://www.playvid.com/watch/yS9at2iCc7G, http://www.playvid.com/watch/0FzMKBTeEwI, http://www.playvid.com/watch/ZhkK9fmCL9n,
http://www.playvid.com/watch/yUVmmhJJ30S, http://www.playvid.com/watch/WjXjMoF7I2U, http://www.playvid.com/watch/xTzBHgx3L2I,
http://www.playvid.com/watch/DievDIadsKO, http://www.playvid.com/watch/CZmlRlaFFls, http://www.playvid.com/watch/Pzg-WJfELbP,
http://www.playvid.com/watch/vCMJpf7ntIt, http://www.playvid.com/watch/yeeX6EYhmon, http://www.playvid.com/watch/7S9bcpZqKSR,
http://www.playvid.com/watch/nDqIasIjjH-, http://www.playvid.com/watch/9nHOFSP8Qh5, http://www.playvid.com/watch/g5FnqtC60pw,
http://www.playvid.com/watch/uvyQ4zDxZAt, http://www.playvid.com/watch/dWblBi5jgFW, http://www.playvid.com/watch/SRjB5exYTF9,
http://www.playvid.com/watch/2kmhURmA2ZJ, http://www.playvid.com/watch/VHlabXSA70q, http://www.playvid.com/watch/V-Z9mup3Jj-,
http://www.playvid.com/watch/rwyHWpoqByR, http://www.playvid.com/watch/7LOP0dJMbqo, http://www.playvid.com/watch/eob4mnkC5Xm,
http://www.playvid.com/watch/kLFCudgySs3, http://www.playvid.com/watch/arZNokJeMMj, http://www.playvid.com/watch/SAmKZesDJhU,
http://www.playvid.com/watch/Dqqe0GJxOnT, http://www.playvid.com/watch/QA-iCaNPuxT, http://www.playvid.com/watch/4qxxlux2Pu7,
http://www.playvid.com/watch/DzbB3qsOJfo, http://www.playvid.com/watch/HrmcttmJpaX, http://www.playvid.com/watch/JAARZZ6zjl3,
http://www.playvid.com/watch/3mjVmUWXjDF, http://www.playvid.com/watch/X7KToV8JQ3L, http://www.playvid.com/watch/bOCg9P7vunT,
http://www.playvid.com/watch/EbH6x67YUDO, http://www.playvid.com/watch/jI-teXiOIZm, http://www.playvid.com/watch/oUtYRUy5O0s,
http://www.playvid.com/watch/Ku3N4TViNnx, http://www.playvid.com/watch/9HePDs8RurO, http://www.playvid.com/watch/HUcZJ9IoguX,
http://www.playvid.com/watch/NiamFBsrfn-, http://www.playvid.com/watch/sOIMh9NNnLE, http://www.playvid.com/watch/z6keIXZTOy8,
http://www.playvid.com/watch/H6xL9lFCTVT, http://www.playvid.com/watch/Upq8xPaMnuG, http://www.playvid.com/watch/FpPTk2C9ea7,
http://www.playvid.com/watch/WzmtiaCzFvY, http://www.playvid.com/watch/dpCMpSUHB0r, http://www.playvid.com/watch/buMePOk-SZX,
http://www.playvid.com/watch/i6TZga6efgW, http://www.playvid.com/watch/qoarvRxVrkj, http://www.playvid.com/watch/56S-yN7dAsV,
http://www.playvid.com/watch/CKsne7LLeyT, http://www.playvid.com/watch/wJ7cObRQQRP, http://www.playvid.com/watch/e6CpzqdlT4h,
http://www.playvid.com/watch/woebPjF3Z6c, http://www.playvid.com/watch/YDNw52Oc52U, http://www.playvid.com/watch/ph493FVbKVz,
http://www.playvid.com/watch/x8IXJkkybom, http://www.playvid.com/watch/oFJnDytcYYh, http://www.playvid.com/watch/SEr96GagUYE,
http://www.playvid.com/watch/GNFICGT9L7h, http://www.playvid.com/watch/jgq3pfZxrke, http://www.playvid.com/watch/-vPFtCAuFbC,
http://www.playvid.com/watch/q5ad9UV0vCq, http://www.playvid.com/watch/SeB8P04qkTW, http://www.playvid.com/watch/OlLzMUnKZhD,
http://www.playvid.com/watch/hPpqIN23FSG, http://www.playvid.com/watch/alIXCVxBf3m, http://www.playvid.com/watch/QLIgCF8U4uu,
http://www.playvid.com/watch/Ocztoi5OtuQ, http://www.playvid.com/watch/SOuxvgNDnpw, http://www.playvid.com/watch/HDw-ysVYzk4,
http://www.playvid.com/watch/2KCp6ozB-QG, http://www.playvid.com/watch/dUp7Tdopuix
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kingwyvern
5.b. Uploader's email address: kingwyvern247@live.com
5.d. Uploader's profile: http://www.playvid.com/member/kingwyvern
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sXZFxL2Zusk, http://www.playvid.com/watch/TTsjWBgD9w6,
http://www.playvid.com/watch/bDloMaO04Dr, http://www.playvid.com/watch/9AVb6YSqOl6, http://www.playvid.com/watch/o8JaTPpHJVH,
http://www.playvid.com/watch/PobpqRAlfOh, http://www.playvid.com/watch/V0somUwc24t, http://www.playvid.com/watch/76YaPQi7Vn-,
http://www.playvid.com/watch/XO9xM6FvMZ5, http://www.playvid.com/watch/i2fKMg2zfag, http://www.playvid.com/watch/DuLzjeEUWGE,
http://www.playvid.com/watch/rwFGKE4Pf3z, http://www.playvid.com/watch/4NeVSClWrIt, http://www.playvid.com/watch/bQKajKgrM8y,
http://www.playvid.com/watch/m3hbgCSXGgS, http://www.playvid.com/watch/ZQeZakI5Kc2, http://www.playvid.com/watch/oWFphGVeOnW,
http://www.playvid.com/watch/QOCTNaNs4g-, http://www.playvid.com/watch/L6ZCE2-W98y, http://www.playvid.com/watch/QNdDhRY9X8F,
http://www.playvid.com/watch/oHgl6lhf8FI, http://www.playvid.com/watch/heIesT-PXDj, http://www.playvid.com/watch/sobKArQ8J4w,
http://www.playvid.com/watch/oj23zvU6oqT, http://www.playvid.com/watch/wmVhr-i-P3x, http://www.playvid.com/watch/r7HrMYnvpOD,
http://www.playvid.com/watch/dNsJuITtdA8, http://www.playvid.com/watch/w4ySleSA-93, http://www.playvid.com/watch/nsWcRGG83YK,
http://www.playvid.com/watch/32nCP2890BE, http://www.playvid.com/watch/fQ4JYIXW5Fw, http://www.playvid.com/watch/JVmzRtdU4LS,
http://www.playvid.com/watch/KvNHM93V4dN, http://www.playvid.com/watch/d9cvvxfoQEh, http://www.playvid.com/watch/Oqz4SBSj48T,
http://www.playvid.com/watch/EVV5bQxj4s7, http://www.playvid.com/watch/ekqBo3fKp99, http://www.playvid.com/watch/r6MiAnyJukg,
http://www.playvid.com/watch/0pl4F62dfgW, http://www.playvid.com/watch/edLdagaIS5g, http://www.playvid.com/watch/K6MHaXLq6CF,
http://www.playvid.com/watch/pRQbURNPDe6, http://www.playvid.com/watch/-fLQsXbidqK, http://www.playvid.com/watch/dbgQ2CemuMr,
http://www.playvid.com/watch/sUuNlngHTiO, http://www.playvid.com/watch/2BkgziHCjB2, http://www.playvid.com/watch/hba467GhRAV,
http://www.playvid.com/watch/OnZ9-PfydB5, http://www.playvid.com/watch/2iIvA0fUJzk, http://www.playvid.com/watch/jE-JA4I4aNz,
http://www.playvid.com/watch/ys3gY7yDYtD, http://www.playvid.com/watch/YpZegWYqmcg, http://www.playvid.com/watch/zlGEBLUb6Xm,
http://www.playvid.com/watch/RdDmAv3A2TX, http://www.playvid.com/watch/6SauCQMYabj, http://www.playvid.com/watch/TYAG4kinp3c,

http://www.playvid.com/watch/o39uEilEGQX, http://www.playvid.com/watch/IQ-sNb6lPHH, http://www.playvid.com/watch/WxCtz6fL-4q, http://www.playvid.com/watch/4CzmoDpwmub, http://www.playvid.com/watch/hguc0c9bHPU, http://www.playvid.com/watch/-U6OblrJZqU, http://www.playvid.com/watch/6Q7YjLLZdHH, http://www.playvid.com/watch/Vwh3QAnueft, http://www.playvid.com/watch/utWdeHNuzck, http://www.playvid.com/watch/2ZHAbQSpTy0, http://www.playvid.com/watch/HOOazo4NPzg, http://www.playvid.com/watch/b6Yb6tAwIJ6, http://www.playvid.com/watch/iiMEU0y98F7, http://www.playvid.com/watch/k6JxG08WHIQ, http://www.playvid.com/watch/wkcyOkQIW6b, http://www.playvid.com/watch/Wkoj9t-IRXa, http://www.playvid.com/watch/TcHLgvJr7Cm, http://www.playvid.com/watch/VgDRRbcv3rL, http://www.playvid.com/watch/PyVdBynQaxv, http://www.playvid.com/watch/Al4xLap63Xh, http://www.playvid.com/watch/MD2rBz6GHco, http://www.playvid.com/watch/GcnGAMPOeDJ, http://www.playvid.com/watch/aF3N0XaM7jH, http://www.playvid.com/watch/wCbZTI2tgmt, http://www.playvid.com/watch/Fcz8hAWxFki, http://www.playvid.com/watch/nxvTebX2nFB, http://www.playvid.com/watch/mb7-LF0vk6m, http://www.playvid.com/watch/VBRtXNzq0Fy, http://www.playvid.com/watch/ALljQn8HBD-, http://www.playvid.com/watch/9WlhIpOBXE4, http://www.playvid.com/watch/JIC3vonwLUa, http://www.playvid.com/watch/KwrNSRwyKsj, http://www.playvid.com/watch/huxfxUM-7qb, http://www.playvid.com/watch/dl0TTLEpl3V, http://www.playvid.com/watch/L56G0OGOYG1, http://www.playvid.com/watch/NsjMAZYDlEC, http://www.playvid.com/watch/NCqYhsE3ESh, http://www.playvid.com/watch/bpeQO-AQBun, http://www.playvid.com/watch/UiKpZYt8TSc, http://www.playvid.com/watch/rMBnCNdPEwn, http://www.playvid.com/watch/TxMGkYI6Bo3, http://www.playvid.com/watch/5tyuGz8zdph, http://www.playvid.com/watch/Au-WLMar_Rd, http://www.playvid.com/watch/9Ur0Uh4PMgi, http://www.playvid.com/watch/Z0k04VmVDBI, http://www.playvid.com/watch/3POTchJgxCe, http://www.playvid.com/watch/qb4kTUkBQmb, http://www.playvid.com/watch/dtLIIllYlEa, http://www.playvid.com/watch/nrfRkb5ujWt, http://www.playvid.com/watch/iGS5iBT5Bge, http://www.playvid.com/watch/aWfC-yUE2j7, http://www.playvid.com/watch/bTBRMWSob97, http://www.playvid.com/watch/MPydzWo5_vS, http://www.playvid.com/watch/GhOzV_uMJq9, http://www.playvid.com/watch/GlpPeAbCt_S, http://www.playvid.com/watch/Ab5ATdOG2vY, http://www.playvid.com/watch/wB7cpejKX35, http://www.playvid.com/watch/iVziraf213j, http://www.playvid.com/watch/jFqOzUk7HKt, http://www.playvid.com/watch/evEoV84fFWf, http://www.playvid.com/watch/0n-2xCiFo6Q, http://www.playvid.com/watch/JgCz21AExen, http://www.playvid.com/watch/pwrvBA2xZ42, http://www.playvid.com/watch/Ni-ti2kPk3C, http://www.playvid.com/watch/lTj2NimNcKi, http://www.playvid.com/watch/Pq2A7s97kAU, http://www.playvid.com/watch/zsvOFTxw8m7, http://www.playvid.com/watch/7LY8TprYBLr, http://www.playvid.com/watch/DpTLDNYhEv5, http://www.playvid.com/watch/lnkO4P2ktqH, http://www.playvid.com/watch/JKz5SjDC2bY, http://www.playvid.com/watch/fFmTjo-Rmk6, http://www.playvid.com/watch/CFtpEy_DOsj, http://www.playvid.com/watch/M2UdUrvAdb8, http://www.playvid.com/watch/thaIk2RzQvB, http://www.playvid.com/watch/Wb7twQQr8n6, http://www.playvid.com/watch/t9AUGEufysX, http://www.playvid.com/watch/8lo3pyh4AJZ, http://www.playvid.com/watch/Kejo2IrMxTK, http://www.playvid.com/watch/yuO1bJK4trw, http://www.playvid.com/watch/OiUyOKHPi8P, http://www.playvid.com/watch/FisPNGdLGvJ, http://www.playvid.com/watch/EsBF_6_nImP, http://www.playvid.com/watch/spdBTQW2d-R, http://www.playvid.com/watch/j7mSPW9vfrl, http://www.playvid.com/watch/3gQsj70Imvz, http://www.playvid.com/watch/91aScWS1u05, http://www.playvid.com/watch/WRk4iBNVyO4, http://www.playvid.com/watch/nR3qvMcqcnG, http://www.playvid.com/watch/c5zomciB3EW, http://www.playvid.com/watch/qPqWT-aZ7dJ, http://www.playvid.com/watch/j_L8jq0irZB, http://www.playvid.com/watch/7WOf66uqx_5
5.f. Date of third notice: 2014-02-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kiplinglong
5.b. Uploader's email address: kiplinglongkirill@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kiplinglong
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5eAXfJGQChP, http://www.playvid.com/watch/Bd2iVYKhcGL, http://www.playvid.com/watch/l8SDFarmRKd, http://www.playvid.com/watch/heRyoLGTegk, http://www.playvid.com/watch/zXj5vh4HWz9, http://www.playvid.com/watch/dZaJrAwSvV8, http://www.playvid.com/watch/fJ94VeDlXjp, http://www.playvid.com/watch/uaSfoHmbZHl, http://www.playvid.com/watch/69hQx96Czuq, http://www.playvid.com/watch/32EZEX6UXPu, http://www.playvid.com/watch/RuAktVv4SwI, http://www.playvid.com/watch/bLVtjqQdPVk, http://www.playvid.com/watch/QGHcsjsxvCh, http://www.playvid.com/watch/hO8V034Nxm-, http://www.playvid.com/watch/ejsJoUOm9x7, http://www.playvid.com/watch/S5tEnllEgfG, http://www.playvid.com/watch/Cet0y3z4U4V, http://www.playvid.com/watch/RpUICiaJhwH, http://www.playvid.com/watch/LHdUnfvsMTj, http://www.playvid.com/watch/bDbynYiLZ5C, http://www.playvid.com/watch/4egKlAQ9URv, http://www.playvid.com/watch/n3JYtDigYbg, http://www.playvid.com/watch/H326owEulPa, http://www.playvid.com/watch/i6Kf5eHHLGC, http://www.playvid.com/watch/yABnOZeZWuj, http://www.playvid.com/watch/y7pKuOvTjIa, http://www.playvid.com/watch/eHJo6VvyQiE, http://www.playvid.com/watch/3hTJRkY2MDt, http://www.playvid.com/watch/d8xXtJouQo2, http://www.playvid.com/watch/-7vfaVQQbkF, http://www.playvid.com/watch/XrUAcU-MjWl, http://www.playvid.com/watch/ET4gT3ECOXm, http://www.playvid.com/watch/lfGquyYeEzX, http://www.playvid.com/watch/Dmblg4AGHvT, http://www.playvid.com/watch/xl87jazGms6, http://www.playvid.com/watch/EbK5b5yqYrv, http://www.playvid.com/watch/RfxYA9GAQ9n, http://www.playvid.com/watch/rgdI09HQ9Xi, http://www.playvid.com/watch/J66oPiHaE7q, http://www.playvid.com/watch/XF3Joic7lZo, http://www.playvid.com/watch/Et2PITaCv42, http://www.playvid.com/watch/7NxLJriRFOw, http://www.playvid.com/watch/XBDU68Fk67U, http://www.playvid.com/watch/EPuRlUJRe6r, http://www.playvid.com/watch/Av7YrtN4JVi, http://www.playvid.com/watch/Lo2AB9zRp2t, http://www.playvid.com/watch/hYc0GGAa7jZ, http://www.playvid.com/watch/3qK96Qo6CWb, http://www.playvid.com/watch/ZcupjhiX5Xs, http://www.playvid.com/watch/KxvOw2rdyLd, http://www.playvid.com/watch/cmaPWgi2Nmx, http://www.playvid.com/watch/3YvIZv0oqUy, http://www.playvid.com/watch/h0oAcZtVJNC, http://www.playvid.com/watch/PgGrSglKiLZ, http://www.playvid.com/watch/Cwtlr292VLJ, http://www.playvid.com/watch/coOu0SeSN24, http://www.playvid.com/watch/Rt9p5iJQsLu, http://www.playvid.com/watch/-UmEDMuTj7T, http://www.playvid.com/watch/7htoBfO7C2y, http://www.playvid.com/watch/VHskYzCdGQ3, http://www.playvid.com/watch/FdbPTORmpj6, http://www.playvid.com/watch/8RWWt85pfyR, http://www.playvid.com/watch/vAkzKzhjJdb, http://www.playvid.com/watch/qO83NOkkaZs, http://www.playvid.com/watch/QLJqtRB-n56, http://www.playvid.com/watch/MbpjgwJ0qfj, http://www.playvid.com/watch/DQeSPWJG0B4, http://www.playvid.com/watch/zP4rqo5dUIK, http://www.playvid.com/watch/SCEzDt4BDjs, http://www.playvid.com/watch/SdGPAqTvkzU, http://www.playvid.com/watch/HxkzaRFXsV-, http://www.playvid.com/watch/73swSbinSXd, http://www.playvid.com/watch/t3CZSkPAxnT, http://www.playvid.com/watch/2HYFfQKAJPI, http://www.playvid.com/watch/wuBTqO2HC0y, http://www.playvid.com/watch/WM2wRelkz9w, http://www.playvid.com/watch/0W57jEYaJxF, http://www.playvid.com/watch/K5m4jxlpqts, http://www.playvid.com/watch/WOx9XV0e8cU, http://www.playvid.com/watch/Hb-VgGdlyWl, http://www.playvid.com/watch/XvvDlP0a5kF, http://www.playvid.com/watch/Ne8cY8NSj5t, http://www.playvid.com/watch/4htvLxl3Nlc, http://www.playvid.com/watch/Up9oNskRnbL, http://www.playvid.com/watch/KoagU2vuzrG, http://www.playvid.com/watch/5ryKUPkinYJ, http://www.playvid.com/watch/uaQBdvTeaG0, http://www.playvid.com/watch/OjCgdQJnpPa, http://www.playvid.com/watch/9xgt8C3sCBn, http://www.playvid.com/watch/XrQuy6qb97i, http://www.playvid.com/watch/FPGgsBeqctC, http://www.playvid.com/watch/8elgTZFJRUh, http://www.playvid.com/watch/CrSCkCfj-LO, http://www.playvid.com/watch/JjDpU-BIjqZ, http://www.playvid.com/watch/vPLVgN2liFD, http://www.playvid.com/watch/En0KyBTarc4, http://www.playvid.com/watch/0ZtB7wzXYp8, http://www.playvid.com/watch/fuOpaMmkr9h, http://www.playvid.com/watch/d6DOBN-0OoN, http://www.playvid.com/watch/yPeEtwqarsT, http://www.playvid.com/watch/6DgTIPKek49, http://www.playvid.com/watch/GqaFpyhW0XW, http://www.playvid.com/watch/II7ZqauVJU9, http://www.playvid.com/watch/vVK8thv0gKz, http://www.playvid.com/watch/VOyS2KKxANm, http://www.playvid.com/watch/uBD7KE5RFXY, http://www.playvid.com/watch/yYJBX2LpN-A, http://www.playvid.com/watch/Ec65rv4yp8C, http://www.playvid.com/watch/xKxlmTGPy9n, http://www.playvid.com/watch/RlEipxP5fUN, http://www.playvid.com/watch/OCiTBaSKT3d, http://www.playvid.com/watch/SeA-nn4oj4r, http://www.playvid.com/watch/TW2fg7EWGe4, http://www.playvid.com/watch/MiA7D2hGDAT, http://www.playvid.com/watch/Sjn9nh-bYMd, http://www.playvid.com/watch/JKuSb8UaWwK, http://www.playvid.com/watch/MUnzWFfEKCs, http://www.playvid.com/watch/S5NjKIVeS7q, http://www.playvid.com/watch/pQDonytyrNq, http://www.playvid.com/watch/RHTlITDTZ-a, http://www.playvid.com/watch/T5on5VaPktK, http://www.playvid.com/watch/LfXrzcRzitZ, http://www.playvid.com/watch/sOsT-urr-l-, http://www.playvid.com/watch/AwqJJJ0vVTD, http://www.playvid.com/watch/-IEtRSPD-sx, http://www.playvid.com/watch/4ltjYGT2iTb, http://www.playvid.com/watch/EX9WEY9MEvl, http://www.playvid.com/watch/QzoMNutzf8d, http://www.playvid.com/watch/uQeW0FSWtr2, http://www.playvid.com/watch/RYlIMbHYC74, http://www.playvid.com/watch/rThb8vK8iSF, http://www.playvid.com/watch/DBha5X4LU8j, http://www.playvid.com/watch/NkTnme4nZc-, http://www.playvid.com/watch/JumcmPebZDR, http://www.playvid.com/watch/zEtHvVrriJv, http://www.playvid.com/watch/6jA5Sc3ZLlc, http://www.playvid.com/watch/3Od2-q2HFUi, http://www.playvid.com/watch/KbslvjQsDTO, http://www.playvid.com/watch/ilWvgbeWrMQ, http://www.playvid.com/watch/pNIUsNwBVwD, http://www.playvid.com/watch/Saqds6yW8VC, http://www.playvid.com/watch/TG3ThPnQi38, http://www.playvid.com/watch/U6REkolP2O7, http://www.playvid.com/watch/utoy2embi8i, http://www.playvid.com/watch/cG4lACa7p8s, http://www.playvid.com/watch/dDK66G4Bgzs, http://www.playvid.com/watch/UXh6Wz9LKUJ, http://www.playvid.com/watch/c90L30Z0XEv, http://www.playvid.com/watch/LjjkUG0ZXZE, http://www.playvid.com/watch/hiTqkQDPC92, http://www.playvid.com/watch/3YPEvaOdEYz, http://www.playvid.com/watch/Kxo0FvMuh7y, http://www.playvid.com/watch/2oGuNr4oTUz, http://www.playvid.com/watch/NBd3S-MBBfr, http://www.playvid.com/watch/SwLTV3nx00A, http://www.playvid.com/watch/D7b8-rbFCVb, http://www.playvid.com/watch/kAgCvPtxk-C, http://www.playvid.com/watch/ENQo9hXCR-Z, http://www.playvid.com/watch/zRZFcN295Np, http://www.playvid.com/watch/PnJPx6tjKUm, http://www.playvid.com/watch/ublpqP0yXum, http://www.playvid.com/watch/IysR4h0antA, http://www.playvid.com/watch/rLHAPBLFUEr, http://www.playvid.com/watch/tlp7-NEPria, http://www.playvid.com/watch/9aYePJUWKGt, http://www.playvid.com/watch/8yKVreHql9R, http://www.playvid.com/watch/m8qeFnSfhOX, http://www.playvid.com/watch/6Iufuq09LWH, http://www.playvid.com/watch/0HRxzcNWJKv, http://www.playvid.com/watch/DtiYUIwboz3, http://www.playvid.com/watch/aFWDz4nppqY, http://www.playvid.com/watch/s9dtuVKcHZ8, http://www.playvid.com/watch/Fw7QdBkwLR6, http://www.playvid.com/watch/euRx49nOSVk, http://www.playvid.com/watch/8CTwPF0ChL3, http://www.playvid.com/watch/h0rJe2Z5Dj3,

http://www.playvid.com/watch/ysevb2DIk9m, http://www.playvid.com/watch/IWlkYoonZwP, http://www.playvid.com/watch/z65DkZ9QWL8, http://www.playvid.com/watch/dFEY-HOirRG, http://www.playvid.com/watch/gL7wu0WaqLY, http://www.playvid.com/watch/oSVVxHXp7F5, http://www.playvid.com/watch/pb4nRZ79zrF, http://www.playvid.com/watch/g5lhGKXiUbk, http://www.playvid.com/watch/p5muMui7VTZ, http://www.playvid.com/watch/qmOla7AEciU, http://www.playvid.com/watch/JcMjmPIU8tX, http://www.playvid.com/watch/4-Dg9Y4v05N, http://www.playvid.com/watch/le9cuxTesHp, http://www.playvid.com/watch/C3sc5PcsW9V, http://www.playvid.com/watch/e-6Gvd7g6Ye, http://www.playvid.com/watch/imIVEcWLuuz, http://www.playvid.com/watch/FjdgERkDDkc, http://www.playvid.com/watch/2gQt-LZbjki, http://www.playvid.com/watch/4vktk5RPtdR, http://www.playvid.com/watch/TYhtdWs9rFa, http://www.playvid.com/watch/ObcEJntAC4l, http://www.playvid.com/watch/DjamqeHl5Br, http://www.playvid.com/watch/n7gDYf52eeu, http://www.playvid.com/watch/fmLDrRekdQE, http://www.playvid.com/watch/bZHC8VLTQfS, http://www.playvid.com/watch/SZFOBOiC0zx, http://www.playvid.com/watch/clnLbl7XQJb, http://www.playvid.com/watch/nR3osL9jAtz, http://www.playvid.com/watch/P-HoXNdGlUU, http://www.playvid.com/watch/R2h9RzE7GtI, http://www.playvid.com/watch/C8YVnRsyVDM, http://www.playvid.com/watch/vlieh3ehH3i, http://www.playvid.com/watch/WyKAN0oewci, http://www.playvid.com/watch/7OFO5k0LV-W, http://www.playvid.com/watch/A2gWlPGou7m, http://www.playvid.com/watch/WGkhcx60SJU, http://www.playvid.com/watch/-DzgDmTfgIb, http://www.playvid.com/watch/WpK2H-aZoeA, http://www.playvid.com/watch/LGM5s2rq2bW, http://www.playvid.com/watch/6x5C--99VWl, http://www.playvid.com/watch/uPKwam8Tbad, http://www.playvid.com/watch/Zt9mQGfEL7I, http://www.playvid.com/watch/3ThxVXZzgVt, http://www.playvid.com/watch/e8YGD7EbCiR, http://www.playvid.com/watch/i5T4IeDp47s, http://www.playvid.com/watch/vu6MTuQHS4C, http://www.playvid.com/watch/eWBb9aHSRyF, http://www.playvid.com/watch/0RQlITQZyR8, http://www.playvid.com/watch/7xkaTgitXZe, http://www.playvid.com/watch/K2sT68i4Pmk, http://www.playvid.com/watch/mnpGEMcGi9r, http://www.playvid.com/watch/YSIqsrtWQWk, http://www.playvid.com/watch/rXSYNu0-iwK, http://www.playvid.com/watch/xWIqfsa72td, http://www.playvid.com/watch/7tQh8Rg-mDa, http://www.playvid.com/watch/n5n3EEtVH3y, http://www.playvid.com/watch/0adBAXYLP9c, http://www.playvid.com/watch/lKhcr9xFEDx, http://www.playvid.com/watch/EaldkxHOnHs, http://www.playvid.com/watch/l9unzJ4aVTX, http://www.playvid.com/watch/BE6b8RFjWAp, http://www.playvid.com/watch/if-7HWUfcn-, http://www.playvid.com/watch/9esggWce8DF, http://www.playvid.com/watch/ypqZ3a9uyk5, http://www.playvid.com/watch/0nloBwZ-rJp, http://www.playvid.com/watch/rHVVjdlqILX, http://www.playvid.com/watch/mkanQdNuTcM, http://www.playvid.com/watch/e6BuB00se8a, http://www.playvid.com/watch/ZtipZMUEwTJ, http://www.playvid.com/watch/Rd7AlXXpsLe, http://www.playvid.com/watch/5BM3ZNQTELQ, http://www.playvid.com/watch/PoTW8J55eEV, http://www.playvid.com/watch/PPVOsRUDkmC, http://www.playvid.com/watch/FTfzeZeLExL, http://www.playvid.com/watch/UkojFZ3I0TJ, http://www.playvid.com/watch/Nm7v2jalhgJ, http://www.playvid.com/watch/gwLLtRtJKbT, http://www.playvid.com/watch/e0XtCaQ6bn6, http://www.playvid.com/watch/vWK7hwGYyV6, http://www.playvid.com/watch/aR9emBve0-J, http://www.playvid.com/watch/l-aXmGfoy8u, http://www.playvid.com/watch/I2w98wnCsXq, http://www.playvid.com/watch/ZpwFDWTrYax, http://www.playvid.com/watch/dQAyTGzAY2T, http://www.playvid.com/watch/vW5DRzkUvd3, http://www.playvid.com/watch/eqTE3HTeYaH, http://www.playvid.com/watch/-qrbAAn4nun, http://www.playvid.com/watch/OMtyUbLVH0b, http://www.playvid.com/watch/IT52BQkyRQy, http://www.playvid.com/watch/l40bi3NSovI, http://www.playvid.com/watch/iIsg4TXqYLC, http://www.playvid.com/watch/4hShi4wRyj9, http://www.playvid.com/watch/ZMcfbAq7jHc, http://www.playvid.com/watch/rA4oJcxtMiA, http://www.playvid.com/watch/Y3e8zhZ0BLQ, http://www.playvid.com/watch/e8JkGob9Hxh, http://www.playvid.com/watch/RHoXbKZhgZV, http://www.playvid.com/watch/JqwDcg9Nn-i, http://www.playvid.com/watch/pNVebHviOKL, http://www.playvid.com/watch/KhTI0GnXrHo, http://www.playvid.com/watch/3Acatxw9ZXG, http://www.playvid.com/watch/RH6rfrVZ-wo, http://www.playvid.com/watch/HaZiaaB6qER, http://www.playvid.com/watch/7FPLILLKDhE, http://www.playvid.com/watch/CXKk-P45gxb, http://www.playvid.com/watch/qoGMJMUacGa, http://www.playvid.com/watch/ASJvpot7tgI, http://www.playvid.com/watch/5LOkpLo5cPF, http://www.playvid.com/watch/bSidKWJ2P0o, http://www.playvid.com/watch/TU7CEbgtS3i, http://www.playvid.com/watch/LQgp4lVs4wx, http://www.playvid.com/watch/MVotKW4ubLe, http://www.playvid.com/watch/tf7WELgKaBw, http://www.playvid.com/watch/HIWtvax2co-, http://www.playvid.com/watch/uxJzrMw-ehy, http://www.playvid.com/watch/6HRa-38nvpJ, http://www.playvid.com/watch/5JR4FzPOLVn, http://www.playvid.com/watch/Ov2Uh26fXkA, http://www.playvid.com/watch/uRqr9b36lbk, http://www.playvid.com/watch/DoMbmxS-6HZ, http://www.playvid.com/watch/2xCeZglB8qy, http://www.playvid.com/watch/dkBLZLQXvv6, http://www.playvid.com/watch/KJggI3ajeOd, http://www.playvid.com/watch/I6c5gTwz3Bu, http://www.playvid.com/watch/yMaKOpusoRk, http://www.playvid.com/watch/2xHv5mC3QLD, http://www.playvid.com/watch/n2cXldhKfim, http://www.playvid.com/watch/7-Gmd-uwQRo, http://www.playvid.com/watch/4agbuYrEMuK, http://www.playvid.com/watch/yewAyAP6MAV, http://www.playvid.com/watch/CWARi0QepgZ, http://www.playvid.com/watch/vaRwUnCi0vX, http://www.playvid.com/watch/CQaeh3BXl0U, http://www.playvid.com/watch/3YCHkDvWkna, http://www.playvid.com/watch/DNgd2eP50kf, http://www.playvid.com/watch/MnwLwEcA5Fp, http://www.playvid.com/watch/dOXSLJkyA6Q, http://www.playvid.com/watch/tViDYr9rOKS, http://www.playvid.com/watch/Ob8pFbTaTJ3, http://www.playvid.com/watch/OCdKvVK9U3l, http://www.playvid.com/watch/lVP77SV2LVC, http://www.playvid.com/watch/uO7xAEBdgUF, http://www.playvid.com/watch/GR0TEMPXf0o, http://www.playvid.com/watch/RvUkHFetGtD, http://www.playvid.com/watch/7jzWGIGgW5G, http://www.playvid.com/watch/QmTpwAVg4iZ, http://www.playvid.com/watch/fkdfmu4U9Nl, http://www.playvid.com/watch/9GB5Xy7VCJo, http://www.playvid.com/watch/o02xkXwbzI6, http://www.playvid.com/watch/75r4u3wF9ax, http://www.playvid.com/watch/cooUErejRii, http://www.playvid.com/watch/I9XbCIdfI3X, http://www.playvid.com/watch/LwvPiDpQuE3, http://www.playvid.com/watch/gGzWL7ry2Jn, http://www.playvid.com/watch/TrkklttWlWD, http://www.playvid.com/watch/3UPqxdYjwhT, http://www.playvid.com/watch/nnP4WtA5csP, http://www.playvid.com/watch/FFwAwlPP4xd, http://www.playvid.com/watch/FxxSmYC5-s-, http://www.playvid.com/watch/gnWh6hgtq6k, http://www.playvid.com/watch/4VomdA3Gizx, http://www.playvid.com/watch/pp7hwL0KtM4, http://www.playvid.com/watch/jNxyNaVN56O, http://www.playvid.com/watch/p30tZXPPaTD, http://www.playvid.com/watch/8UZ7RBTPRP7, http://www.playvid.com/watch/noIf8PKuWAX, http://www.playvid.com/watch/l0Kesxpii6v, http://www.playvid.com/watch/vz9I6QHiz0H, http://www.playvid.com/watch/mE-s92oXLKz, http://www.playvid.com/watch/U6E3dl29SnX, http://www.playvid.com/watch/VLuGEpk0Yjo, http://www.playvid.com/watch/gfMTiR0IBS3, http://www.playvid.com/watch/FfrcmbobjL7, http://www.playvid.com/watch/TwI32LVz6O-, http://www.playvid.com/watch/F8KLRVxmCzC, http://www.playvid.com/watch/oBdN2fQSgSE, http://www.playvid.com/watch/hkCrNgVWOcB, http://www.playvid.com/watch/KIPmtOkYd8q, http://www.playvid.com/watch/VQdav0QDrCD, http://www.playvid.com/watch/nGnjK9AabXe, http://www.playvid.com/watch/KEIyxk0d9ny, http://www.playvid.com/watch/wCHu2cfOVHE, http://www.playvid.com/watch/ydU0YT--g7O, http://www.playvid.com/watch/kT2p0-0IsEQ, http://www.playvid.com/watch/BDmaye-xo9I, http://www.playvid.com/watch/GvoH7i-j9oZ, http://www.playvid.com/watch/J0483UWQJLO, http://www.playvid.com/watch/yIq-0E24rc7, http://www.playvid.com/watch/Zy7lcHdYjTL, http://www.playvid.com/watch/KoEDPYwzVQM, http://www.playvid.com/watch/3NIdSe5B-ip, http://www.playvid.com/watch/Ess4Zyrx9ER, http://www.playvid.com/watch/Mre5inrseUE, http://www.playvid.com/watch/Pdo3wabZYsY, http://www.playvid.com/watch/2lSr8ZlgO6x, http://www.playvid.com/watch/UAmGbhkYQQv, http://www.playvid.com/watch/5YNE6JakkP-, http://www.playvid.com/watch/983ZYpwkkIM, http://www.playvid.com/watch/EfLAcpXmk4N, http://www.playvid.com/watch/rNZ9Nl4e37j
5.f. Date of third notice: 2013-12-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kiraa1989
5.b. Uploader's email address: kiraa1989@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kiraa1989
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xe2G0rfYXMv, http://www.playvid.com/watch/IAeRY9EPIXO, http://www.playvid.com/watch/e1o41fqR0T2, http://www.playvid.com/watch/jdjZyQmu11O, http://www.playvid.com/watch/cqlNzAs9GA3, http://www.playvid.com/watch/C8bkZDdguhT, http://www.playvid.com/watch/fG2tSqSQ1HP, http://www.playvid.com/watch/xpES2eBv8ne, http://www.playvid.com/watch/bNdqL4BF6Tk, http://www.playvid.com/watch/vrvrGClixus, http://www.playvid.com/watch/90a5UoMdhup, http://www.playvid.com/watch/asCKsfOUgUL, http://www.playvid.com/watch/-oiwHFp1MpG, http://www.playvid.com/watch/KHFkviqjZ78, http://www.playvid.com/watch/qHL77DCGHJk, http://www.playvid.com/watch/lssLRftQjdJ, http://www.playvid.com/watch/FG1uFl13jsN, http://www.playvid.com/watch/ILNW6OE9tws, http://www.playvid.com/watch/6lYX907mEg1, http://www.playvid.com/watch/GxgFDcpvxdj, http://www.playvid.com/watch/SyMEwmoQpE5, http://www.playvid.com/watch/ivTW1tw7e30, http://www.playvid.com/watch/2NwChS2OKsI, http://www.playvid.com/watch/-oIDVvilyOq, http://www.playvid.com/watch/kE1PMXrRRp4, http://www.playvid.com/watch/RPC2s6pk3Ec, http://www.playvid.com/watch/6dtF3iU81EZ, http://www.playvid.com/watch/6VSYSScTNDn, http://www.playvid.com/watch/lY9kjBA9qJl, http://www.playvid.com/watch/VCe0Ig0Q8k3, http://www.playvid.com/watch/I1Dg8v3FpQT, http://www.playvid.com/watch/vHnR5OqS8sv, http://www.playvid.com/watch/yy1WLzbKnXF, http://www.playvid.com/watch/CzNI8BxJa7O, http://www.playvid.com/watch/2T9ruJ1anjr, http://www.playvid.com/watch/r8DWO94yFdk, http://www.playvid.com/watch/2gtmngKjfRo, http://www.playvid.com/watch/wXLwqcx1hG5, http://www.playvid.com/watch/LSKMtv4QzVd, http://www.playvid.com/watch/fhM3jQVxhcT, http://www.playvid.com/watch/zoTCgcGiuRY, http://www.playvid.com/watch/4tpglT2mhYc, http://www.playvid.com/watch/fIj9v8nxrTk, http://www.playvid.com/watch/DGf43EZnw7f, http://www.playvid.com/watch/5lXAUxtofyN, http://www.playvid.com/watch/3kQ8I4WMOOa, http://www.playvid.com/watch/0JVHrpJp9dk, http://www.playvid.com/watch/JdhzQ73JlIF, http://www.playvid.com/watch/waxM2-GK76Z, http://www.playvid.com/watch/g7IN4ysqBkV, http://www.playvid.com/watch/l4pPX1JSHqv
5.f. Date of third notice: 2013-08-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kiss1990
5.b. Uploader's email address: pitermoon1990@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/kiss1990
5.e. List of videos posted by uploader: http://www.playvid.com/watch/e_2kJFxD11J, http://www.playvid.com/watch/6VkkrDK5gLT, http://www.playvid.com/watch/EZISlTjuVWe, http://www.playvid.com/watch/Bl48TPdc8UG, http://www.playvid.com/watch/3C5trb4mTxm, http://www.playvid.com/watch/vLXoS8Tl-G6, http://www.playvid.com/watch/0vfcrYoJg0U, http://www.playvid.com/watch/ilnAgTmy7eZ, http://www.playvid.com/watch/l2BEVXphDyZ, http://www.playvid.com/watch/fSUqwUqzKzl, http://www.playvid.com/watch/9rxPsxQ08xv, http://www.playvid.com/watch/yM0eS0oKG-F, http://www.playvid.com/watch/MfKrrSJzRyS, http://www.playvid.com/watch/dSQt5LLyQ9R, http://www.playvid.com/watch/kYK-RJTGzm7, http://www.playvid.com/watch/NjeoUdKLrDJ, http://www.playvid.com/watch/gsqbDoBAlul, http://www.playvid.com/watch/IW2KlZzYlzR, http://www.playvid.com/watch/MgDddr-pVKk, http://www.playvid.com/watch/TJ3_HSEfllz, http://www.playvid.com/watch/RMb3iUdAmN8, http://www.playvid.com/watch/aDpQr7cvCKY, http://www.playvid.com/watch/tYlibgkTcow, http://www.playvid.com/watch/wzSL8RvJ3mf, http://www.playvid.com/watch/KGET15qd1CH, http://www.playvid.com/watch/pVcCGy3PdpT, http://www.playvid.com/watch/gHaBxBq_PEX, http://www.playvid.com/watch/wFxW6K3hCpb, http://www.playvid.com/watch/Cg7Pka8L-fS, http://www.playvid.com/watch/eF48cJSnxDk, http://www.playvid.com/watch/3dupj3YpSBA, http://www.playvid.com/watch/P0a4HboaG5L, http://www.playvid.com/watch/9fMY3yst7Wq, http://www.playvid.com/watch/tupJIPoUgAj, http://www.playvid.com/watch/ys24e46psxo, http://www.playvid.com/watch/IY_x-8ckGZ5, http://www.playvid.com/watch/l1p2sXStvYL, http://www.playvid.com/watch/janTWb7ydtS, http://www.playvid.com/watch/0aRmdZXV6mE, http://www.playvid.com/watch/taQ3VJJm3FT, http://www.playvid.com/watch/dT6dEsnUq5t, http://www.playvid.com/watch/2D_T1yqM6EG, http://www.playvid.com/watch/l5EBk219ckg, http://www.playvid.com/watch/FbQ8CRTyzuA, http://www.playvid.com/watch/KwLZY_voFFL, http://www.playvid.com/watch/irjm-XjcWRq, http://www.playvid.com/watch/P2CSBu8RouP, http://www.playvid.com/watch/uhWWHStXt1f, http://www.playvid.com/watch/Uo18DxaC4x5, http://www.playvid.com/watch/96YuEtQOPJn, http://www.playvid.com/watch/az_MuVJKU_n, http://www.playvid.com/watch/0NxfhtUqcyE, http://www.playvid.com/watch/lceIn0Z-rWE, http://www.playvid.com/watch/JXwLcJTEwFv, http://www.playvid.com/watch/taRDP9tMzEr, http://www.playvid.com/watch/xze2bY83KDq, http://www.playvid.com/watch/ziE3GOhozA6, http://www.playvid.com/watch/r7vdmpvOeKM, http://www.playvid.com/watch/A8Ro_GZPpvF, http://www.playvid.com/watch/4vqlxaVcJGh, http://www.playvid.com/watch/nLXHqtovGjb, http://www.playvid.com/watch/LhOwrjRdJZI, http://www.playvid.com/watch/v8I5S2YTakt, http://www.playvid.com/watch/QpzlXZ4GFnE, http://www.playvid.com/watch/NCJwngdLAVN, http://www.playvid.com/watch/6JO834skTlv, http://www.playvid.com/watch/mNmGBgUaGQJ, http://www.playvid.com/watch/2OmjEXG6qC3, http://www.playvid.com/watch/DW9MV3DcOnh, http://www.playvid.com/watch/40rgnjL3iEB, http://www.playvid.com/watch/MxG6J9XrFsp, http://www.playvid.com/watch/kGmFK8bvwTp, http://www.playvid.com/watch/ZuWqFn9CCnu, http://www.playvid.com/watch/KYwyRj5YXAW
5.f. Date of third notice: 2015-08-12 19:47:57
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kitemaker
5.b. Uploader's email address: kaloyan_nikolov@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kitemaker
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NN4sJXKpnBe, http://www.playvid.com/watch/rSbCr7wP67K, http://www.playvid.com/watch/hnhSHljcdXh, http://www.playvid.com/watch/zBMZvdMLrWr, http://www.playvid.com/watch/XcwxX0w8ZNS, http://www.playvid.com/watch/GoSJJ9h7Fan, http://www.playvid.com/watch/5MQ0kcaPJlS, http://www.playvid.com/watch/h43oBzDpfew, http://www.playvid.com/watch/wPt5wNKTQUW, http://www.playvid.com/watch/8Xg-8ilX2TW, http://www.playvid.com/watch/Nsit66BE9pg, http://www.playvid.com/watch/BKwww34K4DA, http://www.playvid.com/watch/0dhGuaN96hW, http://www.playvid.com/watch/GgxrKGIHkfy, http://www.playvid.com/watch/biLoioqcAze, http://www.playvid.com/watch/eI8HdbUVfTF, http://www.playvid.com/watch/-bdwYQOaWFy, http://www.playvid.com/watch/3KRh4iEj-Ka, http://www.playvid.com/watch/OE3aI5MPK0b, http://www.playvid.com/watch/uDeKdZbWr5M, http://www.playvid.com/watch/g630HnuGpZL, http://www.playvid.com/watch/a2TZIMFad6-, http://www.playvid.com/watch/Tw4kRIxxsQZ, http://www.playvid.com/watch/IYPir2CCcaj, http://www.playvid.com/watch/vF8GXYtz5pl, http://www.playvid.com/watch/xyO6FziO09N, http://www.playvid.com/watch/sxjjPECM8Xs, http://www.playvid.com/watch/5QIRWHdOcox, http://www.playvid.com/watch/bGkwaMzlqge, http://www.playvid.com/watch/McQenWtRjKw, http://www.playvid.com/watch/xz2mC82FHt9, http://www.playvid.com/watch/OCLYJqsfXp9, http://www.playvid.com/watch/rvN32EXV8ga, http://www.playvid.com/watch/iSK4atjbJMp, http://www.playvid.com/watch/Ng8JB6ZOUJr, http://www.playvid.com/watch/vserjhgDLGe, http://www.playvid.com/watch/72lQ7xQEcEK, http://www.playvid.com/watch/kwGUPHyJq3a, http://www.playvid.com/watch/giGb8Hkbawb, http://www.playvid.com/watch/yd36A-ScmGT, http://www.playvid.com/watch/DnL0KNOVNcm, http://www.playvid.com/watch/QXpz3oq5QnD, http://www.playvid.com/watch/NATCgzs7x2i, http://www.playvid.com/watch/cq8ihfl84Yr, http://www.playvid.com/watch/g9u2-ncowlW, http://www.playvid.com/watch/NKElXzZlGPX, http://www.playvid.com/watch/uVmHMOqvlwr, http://www.playvid.com/watch/3FF68dJRnzJ, http://www.playvid.com/watch/QD90hQaZVE4, http://www.playvid.com/watch/yRB4nkYGjTp, http://www.playvid.com/watch/JAsh6aXsaW0, http://www.playvid.com/watch/EhMVu7ggMjl, http://www.playvid.com/watch/cfBoakTIHIL, http://www.playvid.com/watch/Er3V0trjsCk, http://www.playvid.com/watch/9zeokwqumGP, http://www.playvid.com/watch/DSu0xzTALEX, http://www.playvid.com/watch/sEFDeTG689k, http://www.playvid.com/watch/rDulzQlhjEN, http://www.playvid.com/watch/NId8HxqaWdx, http://www.playvid.com/watch/Bg828UVtptl, http://www.playvid.com/watch/TPDLQAIzw7I, http://www.playvid.com/watch/B4t64uehK0u, http://www.playvid.com/watch/pEZ6O9RiZlw, http://www.playvid.com/watch/9jOMUCnz5GZ, http://www.playvid.com/watch/E7W4JbOh-Wb, http://www.playvid.com/watch/Seap5iFRL5L, http://www.playvid.com/watch/cO9hioOPAKt, http://www.playvid.com/watch/2Rb7k8KXR6A, http://www.playvid.com/watch/LUQoaWvMkZh, http://www.playvid.com/watch/M7chXvaTqyv, http://www.playvid.com/watch/OzCPmAj5p0t, http://www.playvid.com/watch/9x5SnK9WMj4, http://www.playvid.com/watch/F4QzC3DUWFN, http://www.playvid.com/watch/PFOJNdegFd6, http://www.playvid.com/watch/vLzqtUhXmoJ, http://www.playvid.com/watch/92NsbZBORC0, http://www.playvid.com/watch/zoHLLEVTd9x, http://www.playvid.com/watch/r-d-ooqj9eH, http://www.playvid.com/watch/6AntW-IsuqB, http://www.playvid.com/watch/5Z8RFbBCfI4, http://www.playvid.com/watch/4G-Q5BrsZoq, http://www.playvid.com/watch/jdLrKYDMl2Z, http://www.playvid.com/watch/VxbLURH4p8S, http://www.playvid.com/watch/mwDFaLanbNr, http://www.playvid.com/watch/HIbjf5xXlEp, http://www.playvid.com/watch/QK8jKfrLmbY, http://www.playvid.com/watch/KqwWYTe0kB5, http://www.playvid.com/watch/duQzdOT2zWU, http://www.playvid.com/watch/eDySH6UJ-WV, http://www.playvid.com/watch/fi4TuZ7ZA5k, http://www.playvid.com/watch/7TpqIwlQWuQ, http://www.playvid.com/watch/2VZ-Z20GLgZ, http://www.playvid.com/watch/E5Al7QFQNzI, http://www.playvid.com/watch/Z6K6xrn630T, http://www.playvid.com/watch/cU8XsSuSDU6, http://www.playvid.com/watch/N4LKNfT8Snk, http://www.playvid.com/watch/ga8fXA-BIqN, http://www.playvid.com/watch/2YhS4avlpgl, http://www.playvid.com/watch/lh2fBGn7YgV, http://www.playvid.com/watch/n6Xj9WuJL18, http://www.playvid.com/watch/EwhVQE0v01D, http://www.playvid.com/watch/9eg3UJSrxdM, http://www.playvid.com/watch/rEJhF-Zpl0z, http://www.playvid.com/watch/R3dxhXbJHdu, http://www.playvid.com/watch/21Rygmt6oDQ, http://www.playvid.com/watch/ewK3Cizj6Te, http://www.playvid.com/watch/25-IxnW5HPO, http://www.playvid.com/watch/K_yeHhnew0R, http://www.playvid.com/watch/M48blAYyJhy, http://www.playvid.com/watch/A7_TJWnpDVo, http://www.playvid.com/watch/eK2lRDcJsPZ, http://www.playvid.com/watch/w5ZIePY4g_2, http://www.playvid.com/watch/7ZUn9ERYsEg, http://www.playvid.com/watch/iYQ89EWEx3a, http://www.playvid.com/watch/PP3cJ8zfKTD, http://www.playvid.com/watch/LMpY401eD0o, http://www.playvid.com/watch/m7QF171cuTh, http://www.playvid.com/watch/5YV7S9AQt0H, http://www.playvid.com/watch/f8lSJSTT3U3, http://www.playvid.com/watch/QRmYyhYEz_m, http://www.playvid.com/watch/jmwP6kIBr7T, http://www.playvid.com/watch/ojcTLcDFrhK, http://www.playvid.com/watch/5oAHzU9B0MX, http://www.playvid.com/watch/oqIEi2Bfid5, http://www.playvid.com/watch/km-xtIYv-wy, http://www.playvid.com/watch/UfN4SlJl6i8, http://www.playvid.com/watch/8xDdVf2Rjd6, http://www.playvid.com/watch/eFYL52QL24k, http://www.playvid.com/watch/9P9XI7mz4bc, http://www.playvid.com/watch/2q6J9v__bBC, http://www.playvid.com/watch/wro1UWSSIFY, http://www.playvid.com/watch/Mgf7m5NPoJB, http://www.playvid.com/watch/ouKLuNdHebg, http://www.playvid.com/watch/YQDpE7hh5sw, http://www.playvid.com/watch/MmtwxojUkZh, http://www.playvid.com/watch/ouC6UeH2iGe, http://www.playvid.com/watch/T6IDNCFxdlk, http://www.playvid.com/watch/4HfTl5QSc_V, http://www.playvid.com/watch/joHnuwRc_Vp, http://www.playvid.com/watch/zxtcajl3xjS, http://www.playvid.com/watch/Fwk-gLnmh9p, http://www.playvid.com/watch/KlEzH3rVPsT, http://www.playvid.com/watch/5Fp5aNrVANF, http://www.playvid.com/watch/UoLVM69aa2e, http://www.playvid.com/watch/mEWmE9NHaLD, http://www.playvid.com/watch/0AAmP_ZRLO3, http://www.playvid.com/watch/aphF5s8vBo2, http://www.playvid.com/watch/vWe0qLKl0FY, http://www.playvid.com/watch/r0c3Nm3QHb7, http://www.playvid.com/watch/TNo6fN4qHsy, http://www.playvid.com/watch/zv-FuHFZ00u, http://www.playvid.com/watch/woZ7XZBT7BP, http://www.playvid.com/watch/tgQki7mfuc9, http://www.playvid.com/watch/Xm8CWYlvVhN, http://www.playvid.com/watch/4QPi342UOSG, http://www.playvid.com/watch/UhfSj-bKnnD, http://www.playvid.com/watch/SMm3_xRbJa6, http://www.playvid.com/watch/4CAcEq-OL3l, http://www.playvid.com/watch/KrEouo5VTzw, http://www.playvid.com/watch/Yuvhq7XprR5, http://www.playvid.com/watch/QOAi_8_YDdM, http://www.playvid.com/watch/feCO_UPuVUq, http://www.playvid.com/watch/DNt8viPQkk7, http://www.playvid.com/watch/bzWBzY2X--2, http://www.playvid.com/watch/6MSmnwrKNxb, http://www.playvid.com/watch/VZoSCWHjdTO, http://www.playvid.com/watch/DonEbeBmKiH, http://www.playvid.com/watch/RaFRbvIAjn5, http://www.playvid.com/watch/6rMestMF0M8, http://www.playvid.com/watch/fj-wql5Sm4e, http://www.playvid.com/watch/GdnymdzlEwu, http://www.playvid.com/watch/Epf5eROqcbh, http://www.playvid.com/watch/I8mcoTPR4oM, http://www.playvid.com/watch/Mtv6MGE7T2S, http://www.playvid.com/watch/oQINXjET-JX, http://www.playvid.com/watch/RGEm4b2Pc5B, http://www.playvid.com/watch/jqxMlkQLE4R, http://www.playvid.com/watch/FF9OIsl5F4G, http://www.playvid.com/watch/f3XfcpM5pgu, http://www.playvid.com/watch/hTxPReiqYXy, http://www.playvid.com/watch/0LtGyhbHNDI, http://www.playvid.com/watch/kOqxJJ9Jx_r, http://www.playvid.com/watch/z5zM8KwEHr3, http://www.playvid.com/watch/HcVQ8IN-WnT, http://www.playvid.com/watch/IhCNoiWiHdA, http://www.playvid.com/watch/p6ujhBiDqBl, http://www.playvid.com/watch/I8OYq11bQVc, http://www.playvid.com/watch/R3JqQNv0EYx, http://www.playvid.com/watch/Zh60N8gzlMX, http://www.playvid.com/watch/hKQ2_SWZWkV, http://www.playvid.com/watch/pVXOMUQf2Qd,

http://www.playvid.com/watch/FEapYLaAT2O, http://www.playvid.com/watch/moYyCZTQ9W2, http://www.playvid.com/watch/rLwyNVRaO0D,
http://www.playvid.com/watch/AWlS8ditAPm, http://www.playvid.com/watch/h2je861ceMS, http://www.playvid.com/watch/GzBHKEZMXgh,
http://www.playvid.com/watch/VTYC3MfcqoT, http://www.playvid.com/watch/EN1IAcf4OIs, http://www.playvid.com/watch/rBmfbD5ynxq,
http://www.playvid.com/watch/eH3EMn6EXhe, http://www.playvid.com/watch/XabM4uGH_MD, http://www.playvid.com/watch/o8-LevbacHZ,
http://www.playvid.com/watch/X8vz078KE4D, http://www.playvid.com/watch/FGgZh4lMIAo, http://www.playvid.com/watch/YcN9witKboz,
http://www.playvid.com/watch/IAckfBLmnCJ, http://www.playvid.com/watch/IBYjLuKaQtV
5.f. Date of third notice: 2015-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kokol
5.b. Uploader's email address: marymann@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kokol
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Q84ACv7jE9i, http://www.playvid.com/watch/78sVGTkRMPC,
http://www.playvid.com/watch/8sSzkqAc7w5, http://www.playvid.com/watch/H4kxy7M5jmo, http://www.playvid.com/watch/f04lSlz0GsM,
http://www.playvid.com/watch/SkMuA_P0-ZP, http://www.playvid.com/watch/iZ8CT9fqXuP, http://www.playvid.com/watch/3Qpu1eKrgB4,
http://www.playvid.com/watch/iboV4h4YUWq, http://www.playvid.com/watch/Zist0_ws57Y, http://www.playvid.com/watch/L7y42gCnxIv,
http://www.playvid.com/watch/SQ3mkvTGq7b, http://www.playvid.com/watch/VCXTYS_vMmO, http://www.playvid.com/watch/Yc092Ve0JfX,
http://www.playvid.com/watch/0UXioYdRo_x, http://www.playvid.com/watch/qa-9lK_m0xQ, http://www.playvid.com/watch/qWZ1YKLwXPN,
http://www.playvid.com/watch/axs0KVNO5QJ, http://www.playvid.com/watch/Tk1Puhbc2ys, http://www.playvid.com/watch/VVz4v_qNOvi,
http://www.playvid.com/watch/7aRXEPTq1yH, http://www.playvid.com/watch/R9kXHC49wAC, http://www.playvid.com/watch/g2Em94pHCHg,
http://www.playvid.com/watch/cNRbD1OYLuJ, http://www.playvid.com/watch/o_V0X-1Byyb, http://www.playvid.com/watch/iHlxeQQBv8y,
http://www.playvid.com/watch/A4Vi3HX2Cv9, http://www.playvid.com/watch/xEvxkvF_QZY, http://www.playvid.com/watch/uAyoxSvRJv4,
http://www.playvid.com/watch/2OkgMK2Ytbu, http://www.playvid.com/watch/ktH9LV4Tx4w, http://www.playvid.com/watch/V3Es6_ICySA,
http://www.playvid.com/watch/c_ROaN76vH0, http://www.playvid.com/watch/aMXpJVDmlp4, http://www.playvid.com/watch/uXdLOpM6auW,
http://www.playvid.com/watch/JC8UJcj_fpF, http://www.playvid.com/watch/3WzKExLRLBU, http://www.playvid.com/watch/Ki6dOaW1VgX,
http://www.playvid.com/watch/Lwy8uYYoHWk, http://www.playvid.com/watch/VRlTKVxX7ig, http://www.playvid.com/watch/UgHB6XAAib9,
http://www.playvid.com/watch/H75GIICPJ-H, http://www.playvid.com/watch/UCqmPonbw5l, http://www.playvid.com/watch/YRAhnisOC7c,
http://www.playvid.com/watch/bNEn_-ZRasq, http://www.playvid.com/watch/N5ZAjB4cmna, http://www.playvid.com/watch/kN21ugQSQgr,
http://www.playvid.com/watch/m9rJyV4Waxs, http://www.playvid.com/watch/Mkq6CQXUkHf, http://www.playvid.com/watch/436LdpjwFUa,
http://www.playvid.com/watch/rSXuZPFCQvQ, http://www.playvid.com/watch/YUtBjfm8170, http://www.playvid.com/watch/cZFRTjqUts6,
http://www.playvid.com/watch/IKe62h3buhi, http://www.playvid.com/watch/kRw_YO-mNlt, http://www.playvid.com/watch/cZm3rmhZQGc,
http://www.playvid.com/watch/2XKwbD5T2Ps, http://www.playvid.com/watch/s5ydstvFsW6, http://www.playvid.com/watch/GHkoFre5zTj,
http://www.playvid.com/watch/U6bUmVUhohZ, http://www.playvid.com/watch/ynzNDq9KMdh, http://www.playvid.com/watch/yUPnRE1jIGr,
http://www.playvid.com/watch/6AIOsyI4D0U, http://www.playvid.com/watch/3K9_Jj5s87p, http://www.playvid.com/watch/0Mdmmp2ADoO,
http://www.playvid.com/watch/J5RKPGvPvXb, http://www.playvid.com/watch/tBkuQqGutB9, http://www.playvid.com/watch/Fvr4SVxFEys,
http://www.playvid.com/watch/90KGeGIQo3z, http://www.playvid.com/watch/9E_kwn8Vzre, http://www.playvid.com/watch/hBnjvcDNb9b,
http://www.playvid.com/watch/tsNT-d0Kb1h, http://www.playvid.com/watch/ik1vzE3DS2x, http://www.playvid.com/watch/Fh6zk1sRZ8m,
http://www.playvid.com/watch/D5rU31v6948, http://www.playvid.com/watch/qkGJ6RLXzKW, http://www.playvid.com/watch/DWU7bbMUh_R,
http://www.playvid.com/watch/vpebYA7okVH, http://www.playvid.com/watch/KWi3ilz6m_3, http://www.playvid.com/watch/rOELu6070cI,
http://www.playvid.com/watch/kFZAXL7q4_j, http://www.playvid.com/watch/KWxgX1p4vjg, http://www.playvid.com/watch/D3MZ7zPjgh3,
http://www.playvid.com/watch/A9yrfLeD8QH, http://www.playvid.com/watch/aIiembqvQur, http://www.playvid.com/watch/wEm-Vwrhkc5,
http://www.playvid.com/watch/BFSBsVJ8Ilh, http://www.playvid.com/watch/GckJeWrlU_y, http://www.playvid.com/watch/qZogVfAHlnD,
http://www.playvid.com/watch/81JgF_Xxxe5, http://www.playvid.com/watch/vUL1p1fB_rN, http://www.playvid.com/watch/VxMY0FGRjZS,
http://www.playvid.com/watch/VJYp7ew43SO, http://www.playvid.com/watch/KEVEZalUiy4, http://www.playvid.com/watch/oQOJMfNMhQg,
http://www.playvid.com/watch/IaxMZMGFEU0, http://www.playvid.com/watch/cGaB9fL2VqD, http://www.playvid.com/watch/MXEg3SbLZe0,
http://www.playvid.com/watch/7qssRKdnGdP, http://www.playvid.com/watch/ct9JxWxGljJ, http://www.playvid.com/watch/Mf4cQPdDB-9,
http://www.playvid.com/watch/VJibMT8tLcO, http://www.playvid.com/watch/secYZrdUUDi, http://www.playvid.com/watch/iya08c4M_ac,
http://www.playvid.com/watch/TETSoh9sTxZ, http://www.playvid.com/watch/pJkZjMX4FxS, http://www.playvid.com/watch/Su1ZW0fAdWr,
http://www.playvid.com/watch/yaqwDE6rDlW, http://www.playvid.com/watch/R55znjgwAo2, http://www.playvid.com/watch/meN1Ilin2Hv,
http://www.playvid.com/watch/gpKxAudh0fo, http://www.playvid.com/watch/M6q75PKs7zX, http://www.playvid.com/watch/k-MPBJxNGDI,
http://www.playvid.com/watch/nb_g4RXNmZU, http://www.playvid.com/watch/FVbaQmqoe_E, http://www.playvid.com/watch/j6YqFm9U3ri,
http://www.playvid.com/watch/PBi_wIgGZFD, http://www.playvid.com/watch/Rs_La4fYAnP, http://www.playvid.com/watch/jylwWobxpvS,
http://www.playvid.com/watch/TpuD7tX8Eow, http://www.playvid.com/watch/URD_4hwzIqs, http://www.playvid.com/watch/L8IOAgGxmoz,
http://www.playvid.com/watch/shv9I4vkzYS, http://www.playvid.com/watch/ine6JWHsr7c, http://www.playvid.com/watch/3Bof79di83u,
http://www.playvid.com/watch/HO4WYpzTfao, http://www.playvid.com/watch/z7z8Xa9k3t7, http://www.playvid.com/watch/eojYFUSkqdr,
http://www.playvid.com/watch/TxDeWnSYgV8, http://www.playvid.com/watch/wm0UrQ8OLoM, http://www.playvid.com/watch/KiIEhRsR6OM,
http://www.playvid.com/watch/F6vE6jk6CBb, http://www.playvid.com/watch/xXnkg5oFLf5, http://www.playvid.com/watch/kef1NoaxLdB,
http://www.playvid.com/watch/4rYJey3P0y5, http://www.playvid.com/watch/U1vwltalJ7B, http://www.playvid.com/watch/ag1HeYT9wNY,
http://www.playvid.com/watch/JB4Tp9G9TA5, http://www.playvid.com/watch/P5K-OLXcKWs, http://www.playvid.com/watch/peuh0KMD86g,
http://www.playvid.com/watch/WBGEwihaMYc, http://www.playvid.com/watch/o1huXtbtgI5, http://www.playvid.com/watch/dnxKhLz1qce,
http://www.playvid.com/watch/NM0Bw9dM2kP, http://www.playvid.com/watch/prXUuUP1QEK, http://www.playvid.com/watch/UWhPHH6NjeC,
http://www.playvid.com/watch/Vfr1IgntJz7, http://www.playvid.com/watch/j2S_b1Ikmfr, http://www.playvid.com/watch/yM6Ruc7SEuT,
http://www.playvid.com/watch/x1HKowfH_GP, http://www.playvid.com/watch/hNzq-kZDEWd, http://www.playvid.com/watch/Gw25qO6PjSO,
http://www.playvid.com/watch/IJPOpbqFfNu, http://www.playvid.com/watch/YchpxBWZgOP, http://www.playvid.com/watch/WzHMgKYE1Nj,
http://www.playvid.com/watch/490PriNhXiu, http://www.playvid.com/watch/WV27Y4Lsr9c, http://www.playvid.com/watch/cTHtnTq8LIe,
http://www.playvid.com/watch/E2Cg7dTdUZj, http://www.playvid.com/watch/qwnBrP2s3N5, http://www.playvid.com/watch/iw1q4TEW4J7,
http://www.playvid.com/watch/VC25NpZ0oSa, http://www.playvid.com/watch/9HbHtIZwtMo, http://www.playvid.com/watch/kiMZQF1GwdN,
http://www.playvid.com/watch/k1OBjJ8iySo, http://www.playvid.com/watch/kQXR0tFJh8p, http://www.playvid.com/watch/628B-JsWW8B,
http://www.playvid.com/watch/uxIK-Nxx_AL, http://www.playvid.com/watch/8Nu3FrX9YOO, http://www.playvid.com/watch/pSJsQV4XqAS,
http://www.playvid.com/watch/3JkPPKVoZWC, http://www.playvid.com/watch/COlhfMKgJoj, http://www.playvid.com/watch/vAZWpdZuskA,
http://www.playvid.com/watch/wukkgyajrr2, http://www.playvid.com/watch/xGZbU-UGX0i, http://www.playvid.com/watch/3IChCFz7G6A,
http://www.playvid.com/watch/SDgjzdXg-6y, http://www.playvid.com/watch/XbzAwreVAUg, http://www.playvid.com/watch/rcdGX7OQUwz,
http://www.playvid.com/watch/eF-NZjkoQ9T, http://www.playvid.com/watch/rnEc4xgDPM5, http://www.playvid.com/watch/4io9HX8GXe0,
http://www.playvid.com/watch/uYy85fu3cOV, http://www.playvid.com/watch/RAI1ZD7fMbh, http://www.playvid.com/watch/SxWU1ZuOqc0,
http://www.playvid.com/watch/GxH9ErvmzgZ, http://www.playvid.com/watch/Nw7VoGV6mGC, http://www.playvid.com/watch/rjbdbKaz3WY,
http://www.playvid.com/watch/7X0viYVWoGm, http://www.playvid.com/watch/H8OuIwsrbVW, http://www.playvid.com/watch/jTugRYbyT3L,
http://www.playvid.com/watch/362gYwX7p16, http://www.playvid.com/watch/mAuEiV5xYpX, http://www.playvid.com/watch/LeCT8iVH70x,
http://www.playvid.com/watch/KeyQwCJDzcN, http://www.playvid.com/watch/DWKzRG1D7nh, http://www.playvid.com/watch/OGkuBmJ2-Hc,
http://www.playvid.com/watch/LisV5BeE14a, http://www.playvid.com/watch/iUQNBk7UMKp, http://www.playvid.com/watch/LF4an9bCn4b,
http://www.playvid.com/watch/gwjrI-qkW70, http://www.playvid.com/watch/9hFhn5jhkMU, http://www.playvid.com/watch/RRfSKcHeaWP,
http://www.playvid.com/watch/buNeIee33tj, http://www.playvid.com/watch/60NKhWF0-_7, http://www.playvid.com/watch/KP7sNr6CBUc,
http://www.playvid.com/watch/6xBp9RVBb9p, http://www.playvid.com/watch/VFf4WO4SXOL, http://www.playvid.com/watch/n1MPZ3S_9ZT,
http://www.playvid.com/watch/jRzGg1QfSIG, http://www.playvid.com/watch/YhL3DG2hd-g, http://www.playvid.com/watch/fvS9rUQdn9s,
http://www.playvid.com/watch/RCU_Fag2I3T, http://www.playvid.com/watch/t__16YnfO0A, http://www.playvid.com/watch/LRWqoohghyC,
http://www.playvid.com/watch/TmTFId_wxmv, http://www.playvid.com/watch/7luWs8CRd0i, http://www.playvid.com/watch/C2vNaKs9vTy,
http://www.playvid.com/watch/RGITp8_ZHZJ, http://www.playvid.com/watch/rq-lsrtR2Yb, http://www.playvid.com/watch/fYUWysRlnSu,
http://www.playvid.com/watch/bsJgcOHz3SQ, http://www.playvid.com/watch/Dqg7iWjimzM, http://www.playvid.com/watch/JPzjioQKE2c,
http://www.playvid.com/watch/lPisaOF8rXF, http://www.playvid.com/watch/3tGTe0jWCoH, http://www.playvid.com/watch/x4rtcOx1wyT,
http://www.playvid.com/watch/li3mTdbTzBE, http://www.playvid.com/watch/g6CBgMat2zc, http://www.playvid.com/watch/LzE9nwh9SYT,
http://www.playvid.com/watch/qyKvLWitVzC, http://www.playvid.com/watch/zV79gm5ycZH, http://www.playvid.com/watch/o9SNHewKaQr,
http://www.playvid.com/watch/biT-8DhPBHb, http://www.playvid.com/watch/dXypHBdvcrD, http://www.playvid.com/watch/WPp6hqxQLrw,
http://www.playvid.com/watch/Jys0xUwjuyh, http://www.playvid.com/watch/2IrkLrCXvnJ, http://www.playvid.com/watch/rXFNpXHDtrK,
http://www.playvid.com/watch/Furmv5MXYDR, http://www.playvid.com/watch/VehOsfjEVFC, http://www.playvid.com/watch/y4F_dAOZWsS,
http://www.playvid.com/watch/6g0FcnpW58F, http://www.playvid.com/watch/PFJ3bGcokiB, http://www.playvid.com/watch/2TrDZ1eh8m8,
http://www.playvid.com/watch/53Qs-M2FZC9, http://www.playvid.com/watch/5hmp2fR1-7b, http://www.playvid.com/watch/THPmyx02bSC,
http://www.playvid.com/watch/XlA4UaHoj3m, http://www.playvid.com/watch/RzpNLPG4bbm, http://www.playvid.com/watch/uPgQ6LXUjpg,

http://www.playvid.com/watch/BIRHXPt5XyZ, http://www.playvid.com/watch/P_cH7ewdIWa, http://www.playvid.com/watch/EbaE9Ha7hb3, http://www.playvid.com/watch/KW5cvmUFOIA, http://www.playvid.com/watch/8niTbRGC7ca, http://www.playvid.com/watch/KpRGOYmKhQE, http://www.playvid.com/watch/JFfne64V6qI, http://www.playvid.com/watch/iBpYJeEbiv7, http://www.playvid.com/watch/BEg1rT-YvLq, http://www.playvid.com/watch/d13vKiQv3xZ, http://www.playvid.com/watch/wk5sZdtjbZQ, http://www.playvid.com/watch/DOvoWBDNkRu, http://www.playvid.com/watch/w73oGwFzTUk, http://www.playvid.com/watch/ezQ7xeyVFSl, http://www.playvid.com/watch/ddJGiR8ozdR, http://www.playvid.com/watch/zFCpPftEx1a, http://www.playvid.com/watch/CRlAj-MJLyd, http://www.playvid.com/watch/9SYB-TP7H6V, http://www.playvid.com/watch/sruJj0m-lb5, http://www.playvid.com/watch/vUgeuJ_cIK8, http://www.playvid.com/watch/yhlIwLy3Y3G, http://www.playvid.com/watch/5zihmM80ixI, http://www.playvid.com/watch/FuAW3eXr1Wc, http://www.playvid.com/watch/rVKxtLo6bl0, http://www.playvid.com/watch/kGCm5Fr8lFi, http://www.playvid.com/watch/aBiNHjCKxFW, http://www.playvid.com/watch/NLeQN4rQZTy, http://www.playvid.com/watch/Ks-8OEo0P5N, http://www.playvid.com/watch/bFf_0xE12kb, http://www.playvid.com/watch/5XPhSO8UyHh, http://www.playvid.com/watch/bMSbf6rA1xd, http://www.playvid.com/watch/2tijA6NKx9I, http://www.playvid.com/watch/tnUfyNzJI03, http://www.playvid.com/watch/GK_cRXxgzNZ, http://www.playvid.com/watch/rXoY-U8Anme, http://www.playvid.com/watch/tOza6NIGQBt, http://www.playvid.com/watch/LCenW-ub9C8, http://www.playvid.com/watch/RGuiBPZ4c76, http://www.playvid.com/watch/zIl6Y4JdUfL, http://www.playvid.com/watch/9N6D0pMPAqB, http://www.playvid.com/watch/qcUveGOJnEC, http://www.playvid.com/watch/n2aiDLFAicc, http://www.playvid.com/watch/XFG6kyS841W, http://www.playvid.com/watch/dyAQXRBG3Hb, http://www.playvid.com/watch/UvwipyRA-vH, http://www.playvid.com/watch/Dqj1ccySfjs, http://www.playvid.com/watch/VVggEBTYgad, http://www.playvid.com/watch/8S9FA9arBuR, http://www.playvid.com/watch/8xXSDz3EF6v, http://www.playvid.com/watch/jQxMPvB5Olh, http://www.playvid.com/watch/QpjXitgt_Tf, http://www.playvid.com/watch/H8i7eMCd-Rf, http://www.playvid.com/watch/wu2gzpUZYqM, http://www.playvid.com/watch/y1qziC-1VqH, http://www.playvid.com/watch/UBemo552_GR, http://www.playvid.com/watch/KqIEHukvule, http://www.playvid.com/watch/b_mwEBmOnr4, http://www.playvid.com/watch/sXGHphu4dOR, http://www.playvid.com/watch/fEIrCxR2Cs5, http://www.playvid.com/watch/MSiKzmomW1X, http://www.playvid.com/watch/FVYcvTan759, http://www.playvid.com/watch/otv4PXYr95L, http://www.playvid.com/watch/OZcYi72WOxx, http://www.playvid.com/watch/hwcu5EiHV0m, http://www.playvid.com/watch/IBsCo0RLgwe, http://www.playvid.com/watch/28H-FScDdUz, http://www.playvid.com/watch/mATFcNdvubE, http://www.playvid.com/watch/7QtQboXGPlY, http://www.playvid.com/watch/5A1B2F7VkpK, http://www.playvid.com/watch/0QBNIAtKaTi, http://www.playvid.com/watch/y5I9Y-uwBM7, http://www.playvid.com/watch/39BoYbXihcW, http://www.playvid.com/watch/L62VrBzRkh6, http://www.playvid.com/watch/cN86vdRv5bV, http://www.playvid.com/watch/awUnQBZJsaa, http://www.playvid.com/watch/58uAakSWe-P, http://www.playvid.com/watch/kSQNW6vwCRJ, http://www.playvid.com/watch/T2fCgvIx_Xf, http://www.playvid.com/watch/dOdi5Wk3vuN, http://www.playvid.com/watch/jg-Mqp5jhhL, http://www.playvid.com/watch/GQ0LLrRpKCT, http://www.playvid.com/watch/rXJChCU8Acf, http://www.playvid.com/watch/YVgMCr645Kz, http://www.playvid.com/watch/F2tJDb9IKHw, http://www.playvid.com/watch/7lMai2jmzmK, http://www.playvid.com/watch/pFOkaDCkHLB, http://www.playvid.com/watch/2igKMlhPH-w, http://www.playvid.com/watch/a8b_FGzmYuw, http://www.playvid.com/watch/Pj81thDN-5H, http://www.playvid.com/watch/RAHyJ_wVUWd, http://www.playvid.com/watch/6wUQpq1lsFe, http://www.playvid.com/watch/2dA2qIaG6QR, http://www.playvid.com/watch/Xn9ULVE4u0Z, http://www.playvid.com/watch/4vn-VSbpm0s, http://www.playvid.com/watch/km_j1brOMtC, http://www.playvid.com/watch/0Xs1gOiqZ3X, http://www.playvid.com/watch/A5WdQZQiHr7, http://www.playvid.com/watch/heNVA_tR5sr, http://www.playvid.com/watch/vGFhQMlWHJz, http://www.playvid.com/watch/tb511U-sdDs, http://www.playvid.com/watch/w3v8RivFZ3B, http://www.playvid.com/watch/M99OPVLiuvK, http://www.playvid.com/watch/MAp8twUMIqz, http://www.playvid.com/watch/tgNMEStvQJX, http://www.playvid.com/watch/OyCXGh06o36, http://www.playvid.com/watch/aef-ImI-202, http://www.playvid.com/watch/nSd2AyGJ7EK, http://www.playvid.com/watch/PM2BXzvdBJb, http://www.playvid.com/watch/s5B9vnXoz7d, http://www.playvid.com/watch/LyXSSsU_pd8, http://www.playvid.com/watch/cAzgsdG_fP6, http://www.playvid.com/watch/KELNGhqWHso, http://www.playvid.com/watch/0xunwUrQ7V4, http://www.playvid.com/watch/J8SaNxH4Ny2, http://www.playvid.com/watch/4QFph8jsawt, http://www.playvid.com/watch/Mg1WUKpipaz, http://www.playvid.com/watch/oK4_ZyTx44M, http://www.playvid.com/watch/DVYHp6HMJrC, http://www.playvid.com/watch/boEJ0oYxv0q, http://www.playvid.com/watch/kSoQdfYz16D, http://www.playvid.com/watch/BgRR8dfo9W5, http://www.playvid.com/watch/ou3kN96bCId, http://www.playvid.com/watch/Qok_lmnoz1P
5.f. Date of third notice: 2014-07-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kokssex
5.b. Uploader's email address: goodsasha@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kokssex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QvM4Jr5-Ek3, http://www.playvid.com/watch/oPSlUTqHMFk, http://www.playvid.com/watch/TjN4YwxvnWG, http://www.playvid.com/watch/95ENHLY7Nwm, http://www.playvid.com/watch/X9E3HSY8vo9, http://www.playvid.com/watch/CLwE-Obavyi, http://www.playvid.com/watch/6ZXcnMD2xMu, http://www.playvid.com/watch/cdKnWNB2yEz, http://www.playvid.com/watch/f6A0XDCR99-, http://www.playvid.com/watch/wiCfjZJwmmm, http://www.playvid.com/watch/7WN80SXNblK, http://www.playvid.com/watch/vkoeF9kbKdX, http://www.playvid.com/watch/sCKRzGkv5JS, http://www.playvid.com/watch/wOEYBR78HCE, http://www.playvid.com/watch/29LhwS5BB6t, http://www.playvid.com/watch/9-sIWl-Ln-Z, http://www.playvid.com/watch/PZdeTg86ja-, http://www.playvid.com/watch/hSl5ZotyPc3, http://www.playvid.com/watch/QpOgnWGgMt2, http://www.playvid.com/watch/XnWPxjYpzkZ, http://www.playvid.com/watch/havZELlbvXw, http://www.playvid.com/watch/GkZ6v4M3BTe, http://www.playvid.com/watch/YlNzcF3Ps-v, http://www.playvid.com/watch/SwH9HDddflZ, http://www.playvid.com/watch/RAuNq6gZSra, http://www.playvid.com/watch/nbUOlhqsAOH, http://www.playvid.com/watch/zKSRyU8p0zo, http://www.playvid.com/watch/0-bojNgqyRI, http://www.playvid.com/watch/vTF0ik5ovYi, http://www.playvid.com/watch/A6r2eDgWmTU, http://www.playvid.com/watch/ZgNGeECC6tz, http://www.playvid.com/watch/IXJUWa-CwQM, http://www.playvid.com/watch/Pofafi6FTEx, http://www.playvid.com/watch/ytwx0tBXThu, http://www.playvid.com/watch/CFaBSpTYeuw, http://www.playvid.com/watch/MHUxo8FVkTW, http://www.playvid.com/watch/yXovkTrU2s5, http://www.playvid.com/watch/cpMvKWtsEp7, http://www.playvid.com/watch/eBVhANpBA8N, http://www.playvid.com/watch/KVzlzCyBGKp, http://www.playvid.com/watch/LBQRgym7dBG, http://www.playvid.com/watch/2NUudsuglZM, http://www.playvid.com/watch/ak3OaiiEm5c, http://www.playvid.com/watch/Do5yNSwasx3, http://www.playvid.com/watch/UqtSvhvJsmN, http://www.playvid.com/watch/OLMB2buKP8V, http://www.playvid.com/watch/LfsiyRmIkym, http://www.playvid.com/watch/b3RgwKhqYMR, http://www.playvid.com/watch/YckEl5F9eYr, http://www.playvid.com/watch/zKgZRVu7GQb, http://www.playvid.com/watch/JDcDamyfvRA, http://www.playvid.com/watch/P-a5HqgVnGD, http://www.playvid.com/watch/-g2oybCSjmd, http://www.playvid.com/watch/JTMUBvyQU8K, http://www.playvid.com/watch/fZKhOE2kP6O, http://www.playvid.com/watch/CArFxXzMjs5, http://www.playvid.com/watch/A384M9I-Yyw, http://www.playvid.com/watch/KdVqfVuiL7U, http://www.playvid.com/watch/ExnYz0jN5bh, http://www.playvid.com/watch/2TtEtLdUPLd, http://www.playvid.com/watch/0lplee92Xr7, http://www.playvid.com/watch/WsiackJMNMg, http://www.playvid.com/watch/FJVPOtfdfPM, http://www.playvid.com/watch/UapH7Q4fpvA, http://www.playvid.com/watch/diAEcbtjGAy, http://www.playvid.com/watch/veW4eIZnvIg, http://www.playvid.com/watch/-gu2AUIxEW-, http://www.playvid.com/watch/MrQnxhcjZ70, http://www.playvid.com/watch/wZslJrxPa0L, http://www.playvid.com/watch/eSmYB-X4Gih, http://www.playvid.com/watch/Sh2-QAnQe7Z, http://www.playvid.com/watch/gPLvAC6E0lU, http://www.playvid.com/watch/Ou6BDtTFX8f, http://www.playvid.com/watch/TpjxRMdwfdM, http://www.playvid.com/watch/aly5uqXRy3q, http://www.playvid.com/watch/4jM7-KegLWu, http://www.playvid.com/watch/64BalkN5Jwz, http://www.playvid.com/watch/HqTh2gcp-La, http://www.playvid.com/watch/DUbRLsspOY8, http://www.playvid.com/watch/-PlZ8hHxUPI, http://www.playvid.com/watch/WlMx5yhv27h, http://www.playvid.com/watch/joupWqfRsAP, http://www.playvid.com/watch/bPGvBXsKftP, http://www.playvid.com/watch/38YjdCBmBzM, http://www.playvid.com/watch/FIV5TfDMgau, http://www.playvid.com/watch/zHXwjeuF6zT, http://www.playvid.com/watch/ebcYAPshBF7, http://www.playvid.com/watch/fcduUziZKoS, http://www.playvid.com/watch/szYV28b9xNn, http://www.playvid.com/watch/9V9PstddZi3, http://www.playvid.com/watch/2J8gkmjOnvO, http://www.playvid.com/watch/Pg2p3BUYQMk, http://www.playvid.com/watch/yFwVfaAudEJ, http://www.playvid.com/watch/Nhnnmkzogmu, http://www.playvid.com/watch/XXDBgQ5HNlu, http://www.playvid.com/watch/yBaQS48CzcO, http://www.playvid.com/watch/Ihv4eiMrDIx, http://www.playvid.com/watch/iEGc7XTLupR, http://www.playvid.com/watch/3SuxNh3Uiij, http://www.playvid.com/watch/nejYASJvmMU, http://www.playvid.com/watch/tRMY6ywSQ9K, http://www.playvid.com/watch/H7NehaumNna, http://www.playvid.com/watch/bF9ypIwxRhd, http://www.playvid.com/watch/Wx2llK3JICF, http://www.playvid.com/watch/WjlRKkYh3KT
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kolt900
5.b. Uploader's email address: admiralhich@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kolt900
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ASaCnfArILM, http://www.playvid.com/watch/lbbwDqUimge, http://www.playvid.com/watch/zCaZ3iIbYwy, http://www.playvid.com/watch/yCYPAc9xUQV, http://www.playvid.com/watch/hwSt6d-Xzl3, http://www.playvid.com/watch/W-6dfisHtuR, http://www.playvid.com/watch/pXrq-cbYT-C, http://www.playvid.com/watch/J4GypLLrv2V, http://www.playvid.com/watch/yxhFtSJgS6w, http://www.playvid.com/watch/FXn5Z5vV65s, http://www.playvid.com/watch/4gZQqNPwqt2, http://www.playvid.com/watch/FufzzJ3HuNy, http://www.playvid.com/watch/6anpXzCEI88, http://www.playvid.com/watch/HkdGnH2fPLe, http://www.playvid.com/watch/7IbFPmEgQou, http://www.playvid.com/watch/fYkgbd7xYJ7, http://www.playvid.com/watch/Unf7gqDPSXJ, http://www.playvid.com/watch/-7MVmffrhTN, http://www.playvid.com/watch/UpQU47TSx4Y, http://www.playvid.com/watch/iwQC-K8fMA3,

http://www.playvid.com/watch/Z7ZuP4AFAfC, http://www.playvid.com/watch/BvX43VGvGrB, http://www.playvid.com/watch/oIUPqXUySCN,
http://www.playvid.com/watch/F2RdsNJvUKl, http://www.playvid.com/watch/nwhaq93HFXw, http://www.playvid.com/watch/EmNfPcOYxGi,
http://www.playvid.com/watch/7k2PxDVdK-M, http://www.playvid.com/watch/dpyOLYzKFl5, http://www.playvid.com/watch/rcyhenSeefJ,
http://www.playvid.com/watch/yZCfyFsiorQ, http://www.playvid.com/watch/3jWMvE4BPUV, http://www.playvid.com/watch/0mTaAQfoq3R,
http://www.playvid.com/watch/x9hCHn70kBu, http://www.playvid.com/watch/czBGvVQqGeI, http://www.playvid.com/watch/VUU4X3-j2h6,
http://www.playvid.com/watch/KsNoNqxaGl6, http://www.playvid.com/watch/YejW4fAbylS, http://www.playvid.com/watch/Tw8FbKN96nU,
http://www.playvid.com/watch/6qujck5D7QD, http://www.playvid.com/watch/eoVRwQ3PY-A, http://www.playvid.com/watch/tqnNGGZ6YrY,
http://www.playvid.com/watch/5aIY9YPxkE5, http://www.playvid.com/watch/xr9BVRi45Nz, http://www.playvid.com/watch/MqOL3HFmf4T,
http://www.playvid.com/watch/tWDLKB4ejkH, http://www.playvid.com/watch/NGWccj9QpqR, http://www.playvid.com/watch/2IaQqfUSchS,
http://www.playvid.com/watch/VAZFCmMTIsd, http://www.playvid.com/watch/-hqD9u8-Bb0, http://www.playvid.com/watch/muK5OqnTpbD,
http://www.playvid.com/watch/4l9AQlGK5VM, http://www.playvid.com/watch/S92rVeZIGBF, http://www.playvid.com/watch/yANdW5xNWGM,
http://www.playvid.com/watch/7VT5xKVXSfh, http://www.playvid.com/watch/mVPwcE2Q7nw, http://www.playvid.com/watch/TIqVp8DJRX5,
http://www.playvid.com/watch/Sw5vbOAMVYa, http://www.playvid.com/watch/8V4C3-UwRW7, http://www.playvid.com/watch/QERBFCxjYIe,
http://www.playvid.com/watch/yOo6HqdNylP, http://www.playvid.com/watch/BHjawow4ZaT, http://www.playvid.com/watch/VXTxrRpOSZ9,
http://www.playvid.com/watch/NXBPaUvJWhl, http://www.playvid.com/watch/sYclDMWYtln, http://www.playvid.com/watch/pJF4CZQnlpj,
http://www.playvid.com/watch/p2-RywLcUC8, http://www.playvid.com/watch/VlO7hShDmpy, http://www.playvid.com/watch/E0XxPAJRyst,
http://www.playvid.com/watch/ZVY2wZEEIju, http://www.playvid.com/watch/q4lcXRaBal8, http://www.playvid.com/watch/BsQcyYNYHDx,
http://www.playvid.com/watch/WfN8MC4BTeM, http://www.playvid.com/watch/y7O-4UKWQhO, http://www.playvid.com/watch/JcUwGWtAvHr,
http://www.playvid.com/watch/JRqVzPo2Pr3, http://www.playvid.com/watch/caj3DnkuTjp, http://www.playvid.com/watch/eULTkfnHe7t,
http://www.playvid.com/watch/dKjOQnhL4rU, http://www.playvid.com/watch/UxFrzF3zpok, http://www.playvid.com/watch/SIXZKaQTWPq,
http://www.playvid.com/watch/fMF2I5lUU0-, http://www.playvid.com/watch/FXKqgYff2ZP, http://www.playvid.com/watch/PDlHK543u4u,
http://www.playvid.com/watch/e9DkxIyQ5KX, http://www.playvid.com/watch/XVbu9awPsik, http://www.playvid.com/watch/CnCzhldIAcy,
http://www.playvid.com/watch/RJMh2z7kz9D, http://www.playvid.com/watch/PXSyAKdyyRh, http://www.playvid.com/watch/WVPpmR2JsOo,
http://www.playvid.com/watch/Lqp8AoH5EXx, http://www.playvid.com/watch/VjMTQbusy2U, http://www.playvid.com/watch/34mOkPganzJ,
http://www.playvid.com/watch/xXuiLoK0cUy, http://www.playvid.com/watch/kklTUxtXtB8, http://www.playvid.com/watch/JnlOsNWhxGC,
http://www.playvid.com/watch/cS3pltDHgWJ, http://www.playvid.com/watch/tYRMKVXcyco, http://www.playvid.com/watch/h2BNOB8G3vK,
http://www.playvid.com/watch/iuEgVC9IP69, http://www.playvid.com/watch/NTIa-QMb046, http://www.playvid.com/watch/sBwbMLKNncQ,
http://www.playvid.com/watch/TsLOHbhy5-s, http://www.playvid.com/watch/CiaPKswRmfL, http://www.playvid.com/watch/R3xHFpTsGUZ,
http://www.playvid.com/watch/e-5lSxn34K4, http://www.playvid.com/watch/vjZ97JXVKfk, http://www.playvid.com/watch/ZGBBFmKWUZh,
http://www.playvid.com/watch/P23V5rWCTdn, http://www.playvid.com/watch/2hkFAXLg9Xf, http://www.playvid.com/watch/FOMXNP4fiUk,
http://www.playvid.com/watch/VSBGJ4fVBKu, http://www.playvid.com/watch/NUQqOZqfBkL, http://www.playvid.com/watch/qOOGddjFAeP,
http://www.playvid.com/watch/8DbxZbOfz5F, http://www.playvid.com/watch/d5icskdFwRL, http://www.playvid.com/watch/ZbvfYbkiUkG,
http://www.playvid.com/watch/4LMAPdGcjom, http://www.playvid.com/watch/lz7-nNaB7Ye, http://www.playvid.com/watch/KZZZ4ylNJjV,
http://www.playvid.com/watch/YrtyOALODEC, http://www.playvid.com/watch/v9kxcMhHPXB, http://www.playvid.com/watch/Fj8pLCXEiOT,
http://www.playvid.com/watch/vevF7TcJcvI, http://www.playvid.com/watch/gfNuwGs49uo, http://www.playvid.com/watch/xPY7xh59bWN,
http://www.playvid.com/watch/V74pdORbnx8, http://www.playvid.com/watch/wB75ChyVn9Y, http://www.playvid.com/watch/T5V8zhObQDV,
http://www.playvid.com/watch/J7H7VUAsXsH, http://www.playvid.com/watch/u9B-Lfi8sMp, http://www.playvid.com/watch/hahXUdVD3RV,
http://www.playvid.com/watch/TNjbnC0SNyZ, http://www.playvid.com/watch/HXOzJrjSg6I, http://www.playvid.com/watch/Ph6F2EFjeWz,
http://www.playvid.com/watch/AfDsUJ5E6bU, http://www.playvid.com/watch/CBSTNxodhPJ, http://www.playvid.com/watch/6zYCSXj4fGB,
http://www.playvid.com/watch/li-DCit9WQt, http://www.playvid.com/watch/bzZ8O2Vvlip, http://www.playvid.com/watch/qEBrb9UHz8g,
http://www.playvid.com/watch/lDj93tNWGWQ, http://www.playvid.com/watch/z-KxSbA72u0, http://www.playvid.com/watch/7n7IQTdZxWl,
http://www.playvid.com/watch/L3rmYFavUSD, http://www.playvid.com/watch/dQLQiB9oHxF, http://www.playvid.com/watch/bphwGgDJPQX,
http://www.playvid.com/watch/u3KO7LUmqb2, http://www.playvid.com/watch/4hsURLGq5eB, http://www.playvid.com/watch/GSWu2avDnuf,
http://www.playvid.com/watch/bJl3GacuuhA, http://www.playvid.com/watch/ivO6408d8n-, http://www.playvid.com/watch/7zZcik9A5NW,
http://www.playvid.com/watch/F4maL3rGm44, http://www.playvid.com/watch/5C3qSu-LOT-, http://www.playvid.com/watch/seRubpHWvi4,
http://www.playvid.com/watch/l8fRhZNhxK9, http://www.playvid.com/watch/vEHaMXawMKb, http://www.playvid.com/watch/PskYDhodVvI,
http://www.playvid.com/watch/SVegTaHzwDr, http://www.playvid.com/watch/9T0owL5bWJP, http://www.playvid.com/watch/HxBWRqPArRD,
http://www.playvid.com/watch/4Sgcm-Xnwag, http://www.playvid.com/watch/AK6PhxFyUE0, http://www.playvid.com/watch/kx46zsxqYlQ,
http://www.playvid.com/watch/2wQltIGa5YF, http://www.playvid.com/watch/CaSerqmYLsa, http://www.playvid.com/watch/NqvvVUxweZq,
http://www.playvid.com/watch/sGkN37xpsCf, http://www.playvid.com/watch/tFtAxhFnwAo, http://www.playvid.com/watch/KxxJawhit2z,
http://www.playvid.com/watch/fWmzsGZPNv4, http://www.playvid.com/watch/MzJtT3THnqz, http://www.playvid.com/watch/V6pEzjer-JJ,
http://www.playvid.com/watch/OpWFIpXEJMu, http://www.playvid.com/watch/iHP87dmizNL, http://www.playvid.com/watch/Jrd7FWAJdR3,
http://www.playvid.com/watch/-PI2UYqHXti, http://www.playvid.com/watch/f6KElazzy0v, http://www.playvid.com/watch/rulMqDRVDqH,
http://www.playvid.com/watch/fsA64fukGNY, http://www.playvid.com/watch/Mjn8FqdchMw, http://www.playvid.com/watch/hH4lcg2XOLd,
http://www.playvid.com/watch/Z2kODN-mJrz, http://www.playvid.com/watch/ml6L2OgRoRY, http://www.playvid.com/watch/Jd7IYa2E8QL,
http://www.playvid.com/watch/fkw0FZdoANR, http://www.playvid.com/watch/qOvFAGQjyrj, http://www.playvid.com/watch/JJXqjMcr2BL,
http://www.playvid.com/watch/J-a-K3POrs2, http://www.playvid.com/watch/tWyQspdzkPX, http://www.playvid.com/watch/HNdesPYQGUs,
http://www.playvid.com/watch/ixCSsZIGl9D, http://www.playvid.com/watch/mqkWS9aSCIH, http://www.playvid.com/watch/NEJYj50ssKd,
http://www.playvid.com/watch/ygYSvH4UnKP, http://www.playvid.com/watch/MUuTp78qbq6, http://www.playvid.com/watch/YNLAWTJ2tTp,
http://www.playvid.com/watch/YlLXWqyZyR5, http://www.playvid.com/watch/HjYgC0IJL85, http://www.playvid.com/watch/-LDpBTnftS2,
http://www.playvid.com/watch/zgEYWpZ2SXT, http://www.playvid.com/watch/G6zwjc7MPrz, http://www.playvid.com/watch/TWWQBDvoDAT,
http://www.playvid.com/watch/FgAic0ETa84, http://www.playvid.com/watch/JJZAYQbNCjh, http://www.playvid.com/watch/7FJ9sN2ozkv,
http://www.playvid.com/watch/zFlE0NRxD-L, http://www.playvid.com/watch/nPreDQvhraw, http://www.playvid.com/watch/XpJDImNfzvL,
http://www.playvid.com/watch/sXg3r0YVC-R, http://www.playvid.com/watch/WTzMs7XqzYW, http://www.playvid.com/watch/Vn3dw4zXZlU,
http://www.playvid.com/watch/hQC9o0nsghr, http://www.playvid.com/watch/3d4zZI6VOuN, http://www.playvid.com/watch/tBwAl-D9Kmx,
http://www.playvid.com/watch/mOEUlfHdkN7, http://www.playvid.com/watch/OH4nkAnzI0r, http://www.playvid.com/watch/f3eeq5tSyQm,
http://www.playvid.com/watch/2K3ATu3hyRs, http://www.playvid.com/watch/kULKgyT5gL-, http://www.playvid.com/watch/9Tc2VgbSgdx,
http://www.playvid.com/watch/sZ6Q3Yo-LVQ, http://www.playvid.com/watch/h60LpCdW0v3, http://www.playvid.com/watch/qLPUobIkyKu,
http://www.playvid.com/watch/wD4XpW5gpE4, http://www.playvid.com/watch/oFaR9V8l93a, http://www.playvid.com/watch/IWpVhMIxtth,
http://www.playvid.com/watch/u4ocgqPNiMY, http://www.playvid.com/watch/pqspMoejytR, http://www.playvid.com/watch/IffsoJyxUCB,
http://www.playvid.com/watch/qQDNok7iADn, http://www.playvid.com/watch/E2sDyGNbVha, http://www.playvid.com/watch/YcehmNGDtbc,
http://www.playvid.com/watch/RnQmGn2upAV, http://www.playvid.com/watch/A8KXvdB0ube, http://www.playvid.com/watch/UN9l3BRMCtU,
http://www.playvid.com/watch/3FkOldkBc40, http://www.playvid.com/watch/xd3VV3nlEZP, http://www.playvid.com/watch/prN0HHNkvET,
http://www.playvid.com/watch/UZDq7Gq2reD, http://www.playvid.com/watch/5UoPodqAlkB, http://www.playvid.com/watch/4C4wja-ZJoq,
http://www.playvid.com/watch/afB6Jp46foV, http://www.playvid.com/watch/TWPXWvFrv62, http://www.playvid.com/watch/u6bRTMUGZWV,
http://www.playvid.com/watch/0ifUh4T9KHg, http://www.playvid.com/watch/PVSMXJYzeeZ, http://www.playvid.com/watch/Cus7r4mYgRs,
http://www.playvid.com/watch/ZAQgkhZDa4o, http://www.playvid.com/watch/j-dJxJZgreK, http://www.playvid.com/watch/IcFXhyoUtzI,
http://www.playvid.com/watch/pz4zcKs6IEh, http://www.playvid.com/watch/ZeQYR7zE4Nt, http://www.playvid.com/watch/JFXCZsXWKMY,
http://www.playvid.com/watch/ePdpeXG2vZJ, http://www.playvid.com/watch/CkBYvQSVkPy, http://www.playvid.com/watch/NwvxamaKuoA,
http://www.playvid.com/watch/j7tNkAkECKd, http://www.playvid.com/watch/kBUPHMJbvYs, http://www.playvid.com/watch/7gqk8jZL5Kl,
http://www.playvid.com/watch/tDcLQQbbpIT, http://www.playvid.com/watch/Y5OLUV-D9bc, http://www.playvid.com/watch/Yqkgae4FbKt,
http://www.playvid.com/watch/9FQXOC5cMmf, http://www.playvid.com/watch/qVs6EGpfTu8, http://www.playvid.com/watch/NQ9VE-oQghE,
http://www.playvid.com/watch/n4axw2-vpeK, http://www.playvid.com/watch/-epJ8RkplS5, http://www.playvid.com/watch/anPZn53nON7,
http://www.playvid.com/watch/c8XkvaiqQOE, http://www.playvid.com/watch/lWKQQn-2MU5, http://www.playvid.com/watch/QZRgrp-lema,
http://www.playvid.com/watch/oSMGsaTMePT, http://www.playvid.com/watch/yOHRbjjaX-2, http://www.playvid.com/watch/6FWcE9wxg3O,
http://www.playvid.com/watch/bDN7y9Eo8fc, http://www.playvid.com/watch/kfnt4eLLJH7, http://www.playvid.com/watch/zUrnBTxbCXu,
http://www.playvid.com/watch/UfAkiSc5iwr, http://www.playvid.com/watch/QjrD8fFqKUa, http://www.playvid.com/watch/L8tpr5ebXud,
http://www.playvid.com/watch/9g4VpY9F3Ss, http://www.playvid.com/watch/akjjqSamL5w, http://www.playvid.com/watch/nDne8gjwtlD,
http://www.playvid.com/watch/cQjXerKUrKw, http://www.playvid.com/watch/QYW9PejCJry, http://www.playvid.com/watch/imLUFNA0DQ9,
http://www.playvid.com/watch/AhWqLthDqg-, http://www.playvid.com/watch/Np8W7oG-XFp, http://www.playvid.com/watch/UL6c5PStF84,
http://www.playvid.com/watch/5xAXMmFfS2D, http://www.playvid.com/watch/cCbaAB8JkbE, http://www.playvid.com/watch/luXslYauolC,
http://www.playvid.com/watch/nasSNJTAh5E, http://www.playvid.com/watch/Ie5eYzE9HNC, http://www.playvid.com/watch/NjYz6hRva2K,
http://www.playvid.com/watch/l2xlU27ZmcC, http://www.playvid.com/watch/Nxx2Ho-CMHD, http://www.playvid.com/watch/EGljSiXIHFc,
http://www.playvid.com/watch/skWKz2hS2mY, http://www.playvid.com/watch/2lOKc8rcSkp, http://www.playvid.com/watch/2BBejTu6kqx,
http://www.playvid.com/watch/7AtrCY3WFKd, http://www.playvid.com/watch/PjfJ0nnfHjO, http://www.playvid.com/watch/uB5pZODDRrT,
http://www.playvid.com/watch/eifu7qWTUSt, http://www.playvid.com/watch/L-PmrAUmMZH, http://www.playvid.com/watch/LWNozSLnn4D,

http://www.playvid.com/watch/d--wXLDhJBv, http://www.playvid.com/watch/cJRkshdHmZ2, http://www.playvid.com/watch/yrKpurlKhRE,
http://www.playvid.com/watch/cigYU3rMvlX, http://www.playvid.com/watch/33ucL0IirEQ, http://www.playvid.com/watch/96OrAfPvEKc,
http://www.playvid.com/watch/p5Ti8NQvZj3, http://www.playvid.com/watch/zgXDWLPUT4l, http://www.playvid.com/watch/8TJem0wA3j-,
http://www.playvid.com/watch/U3hTJoDAaUk, http://www.playvid.com/watch/k-JCwr7W7Tk, http://www.playvid.com/watch/4kjkoYHqW3M,
http://www.playvid.com/watch/zEjdPqVLba5, http://www.playvid.com/watch/vlWYGDIDdLt, http://www.playvid.com/watch/pMZBr2WA8zh,
http://www.playvid.com/watch/EPKrgOMRrXV, http://www.playvid.com/watch/ElUboHkLlf4, http://www.playvid.com/watch/XHfTHPmWGw5,
http://www.playvid.com/watch/TRX9C2pwpQH, http://www.playvid.com/watch/rwnerW3TxTK, http://www.playvid.com/watch/0DGhXyoMIt4,
http://www.playvid.com/watch/w6RWtDAW62J, http://www.playvid.com/watch/j9sYfsVyMvD, http://www.playvid.com/watch/IzqgdIHczuh,
http://www.playvid.com/watch/LBKBiYxXDPu, http://www.playvid.com/watch/UG6IErms-CL, http://www.playvid.com/watch/FxuCJ6MtBEX,
http://www.playvid.com/watch/sOjGsf34Uor, http://www.playvid.com/watch/D8FZcVxo8I8, http://www.playvid.com/watch/uOS7t4zOoTG,
http://www.playvid.com/watch/Nj2OTm5kLHC, http://www.playvid.com/watch/YvIzb9QrLCe, http://www.playvid.com/watch/OsxtkADhjS-,
http://www.playvid.com/watch/QMtLB8ZAhAT, http://www.playvid.com/watch/hxeep5jqlpY, http://www.playvid.com/watch/9putZKZbAxb,
http://www.playvid.com/watch/dZl0tpbSCoI, http://www.playvid.com/watch/Rwle-eMGNgj, http://www.playvid.com/watch/NKRM0pOSDvW,
http://www.playvid.com/watch/E5NxWoCCz8b, http://www.playvid.com/watch/GnkBQNI3Gso, http://www.playvid.com/watch/C0HbAsetDFK,
http://www.playvid.com/watch/HfH6ZX3fpK2, http://www.playvid.com/watch/F2S-JNDZHmB, http://www.playvid.com/watch/3nOnB8LHDBO,
http://www.playvid.com/watch/l4KTnZF3RFn, http://www.playvid.com/watch/2iskZv9AYNY, http://www.playvid.com/watch/SCelEuTT29J,
http://www.playvid.com/watch/R-7Efe2ElXa, http://www.playvid.com/watch/zOLMISNHtSB, http://www.playvid.com/watch/diKZ6PRH23B,
http://www.playvid.com/watch/zhlZoDrKA7p, http://www.playvid.com/watch/JVGkIdS6c8M, http://www.playvid.com/watch/UuMaNjG58qa,
http://www.playvid.com/watch/2MxHXy-u5Sz, http://www.playvid.com/watch/-I5hpXbtBqT, http://www.playvid.com/watch/ZyOGktyobl3,
http://www.playvid.com/watch/BYR7rf5HldR, http://www.playvid.com/watch/v-q97u69PML, http://www.playvid.com/watch/Iv-mya2zO4l,
http://www.playvid.com/watch/xTipoO4ofsf, http://www.playvid.com/watch/7MJFDCMj2Fi, http://www.playvid.com/watch/grAbylQgUYR,
http://www.playvid.com/watch/-BByX6OvADF, http://www.playvid.com/watch/uYXYg0CHihZ, http://www.playvid.com/watch/WBgYuyHbS-X,
http://www.playvid.com/watch/5tOh6Yg4dBm, http://www.playvid.com/watch/jGDxID4UHQi, http://www.playvid.com/watch/PKFJhka5VU9,
http://www.playvid.com/watch/wsXS2DiR4-l, http://www.playvid.com/watch/li-2ktiYWc6, http://www.playvid.com/watch/X2SuxwfLsdO,
http://www.playvid.com/watch/4cuy9DAgGIs, http://www.playvid.com/watch/5GNyLhjFavt, http://www.playvid.com/watch/ZPLHJ27Y8Vr,
http://www.playvid.com/watch/UurgIDjl0CO, http://www.playvid.com/watch/h6RLOuxkA7v, http://www.playvid.com/watch/zHI0DQvde2a,
http://www.playvid.com/watch/ezpnyMMqhPs, http://www.playvid.com/watch/hNQ8rJMDlpc, http://www.playvid.com/watch/YPrdyURU7AS,
http://www.playvid.com/watch/DGoU0E59rZT, http://www.playvid.com/watch/dCY7KsFKF5e, http://www.playvid.com/watch/77fHOgtzXqB,
http://www.playvid.com/watch/4ekwaYG0v6I, http://www.playvid.com/watch/DbB59a6C-0n, http://www.playvid.com/watch/WBMVJBHXa2g,
http://www.playvid.com/watch/eCMkGvuDpMJ, http://www.playvid.com/watch/pUe6fl3GRXA, http://www.playvid.com/watch/zEpaODTYBLm,
http://www.playvid.com/watch/zguIuYLDgwQ, http://www.playvid.com/watch/Gm2bGFZxwY7, http://www.playvid.com/watch/f0pkTtxm4FT,
http://www.playvid.com/watch/oTi6BVT5Nmv, http://www.playvid.com/watch/lbWGFmVBJXG, http://www.playvid.com/watch/WkYFw-idmgW,
http://www.playvid.com/watch/VE9REdNCGKr, http://www.playvid.com/watch/pzgaGiVRynK, http://www.playvid.com/watch/V9alJ2F7-oX,
http://www.playvid.com/watch/s6n0ngD8FDd, http://www.playvid.com/watch/xKLP5fKIWBy, http://www.playvid.com/watch/hBT8ZcsgAQG,
http://www.playvid.com/watch/26hK67KTdCn, http://www.playvid.com/watch/mZNnZujHdwL, http://www.playvid.com/watch/03tnHmfhoXb,
http://www.playvid.com/watch/o-QbnP5KF8g, http://www.playvid.com/watch/dSRZFjO9IUU, http://www.playvid.com/watch/B0PAY9wsgUz,
http://www.playvid.com/watch/URf63rasGma, http://www.playvid.com/watch/CXWVxeifmJi, http://www.playvid.com/watch/aTeGg4JB0sG,
http://www.playvid.com/watch/HmbetWE5DZP, http://www.playvid.com/watch/agl3AnIM5gU, http://www.playvid.com/watch/mlmAg4pcxCE,
http://www.playvid.com/watch/60UmnhKa60o, http://www.playvid.com/watch/abg4URx8SsB, http://www.playvid.com/watch/Ec65nEKcrAv,
http://www.playvid.com/watch/in7oYj6WPKp, http://www.playvid.com/watch/DHADv8UqsPt, http://www.playvid.com/watch/mU8zEpxgUbs,
http://www.playvid.com/watch/6sQxJGkL036, http://www.playvid.com/watch/HltTOdsHO45, http://www.playvid.com/watch/EFBu78sDHuy,
http://www.playvid.com/watch/96n4xmTLSV3, http://www.playvid.com/watch/08QSrZtmaow, http://www.playvid.com/watch/e-4CnQf7X8q,
http://www.playvid.com/watch/OsUJ5RZq0as, http://www.playvid.com/watch/49yezCyirNv, http://www.playvid.com/watch/LxqAFfHi0lD,
http://www.playvid.com/watch/QqNTZCYxdWe, http://www.playvid.com/watch/YF4Vriw9ZBs, http://www.playvid.com/watch/gYTSelRcN5G,
http://www.playvid.com/watch/MvnFneexbOu, http://www.playvid.com/watch/0yiZ9sgK4Un, http://www.playvid.com/watch/QJhx6Pv00X7,
http://www.playvid.com/watch/hMDeL-B2p8v, http://www.playvid.com/watch/WTsAiY5IEnf, http://www.playvid.com/watch/-49Hi-aKFdf,
http://www.playvid.com/watch/JPIvrJIm9mu, http://www.playvid.com/watch/-lcYgfcuZ0j, http://www.playvid.com/watch/58YQqV4GoLa,
http://www.playvid.com/watch/sddV8aEwNIP, http://www.playvid.com/watch/RMYq9KtNhfA, http://www.playvid.com/watch/Bnj5CoBjGbc,
http://www.playvid.com/watch/kCy4itx-duK, http://www.playvid.com/watch/YrkkQgq8ziK, http://www.playvid.com/watch/MwLR6LV3rB4,
http://www.playvid.com/watch/waVLRAWKhbw, http://www.playvid.com/watch/MzUN9HYHaHR, http://www.playvid.com/watch/48UIthJH3VW,
http://www.playvid.com/watch/QTnqesqUbdL, http://www.playvid.com/watch/q3ysUFEcLUq, http://www.playvid.com/watch/o6CHV4FHJmk,
http://www.playvid.com/watch/p963kKPb4pa, http://www.playvid.com/watch/YXGD7IeLBF0, http://www.playvid.com/watch/nE8DFJ-X3cX,
http://www.playvid.com/watch/rQL3Vpf3d6E, http://www.playvid.com/watch/XCKahB8ryaQ, http://www.playvid.com/watch/xI-0vFCXU3A,
http://www.playvid.com/watch/ijZjmqWPAZD, http://www.playvid.com/watch/N3iZve2IZKj, http://www.playvid.com/watch/MHNt0ymoB0i,
http://www.playvid.com/watch/IxwjGO-6XzC, http://www.playvid.com/watch/bLJB49wJ7qV, http://www.playvid.com/watch/6hk5wH8TDXf,
http://www.playvid.com/watch/l5v0ZbPYxfI, http://www.playvid.com/watch/qgUl5KIpVMp, http://www.playvid.com/watch/LLvqh2Rev3X,
http://www.playvid.com/watch/wBj3sYlTc6L, http://www.playvid.com/watch/r5gWU5R6IaM, http://www.playvid.com/watch/9Qs5Ydmp979,
http://www.playvid.com/watch/R9zELTHFGlv, http://www.playvid.com/watch/4iex3icItsb, http://www.playvid.com/watch/JVLcafch0pt,
http://www.playvid.com/watch/7hxDmxJ78-2, http://www.playvid.com/watch/HtvswlcW3bl, http://www.playvid.com/watch/qPpduD7e5HJ,
http://www.playvid.com/watch/Ga-3eIYqU3d, http://www.playvid.com/watch/34ioNllT99P, http://www.playvid.com/watch/qL3wECDI6eU,
http://www.playvid.com/watch/bVE9NNIDD2I, http://www.playvid.com/watch/fy9U2zPI3T-, http://www.playvid.com/watch/k09tpIIvIO4,
http://www.playvid.com/watch/gIr7QD978d-, http://www.playvid.com/watch/XfKrNt62lYU, http://www.playvid.com/watch/kgUuVGhJ8Qu,
http://www.playvid.com/watch/YU-WpaawPLn, http://www.playvid.com/watch/yaHJr9iwJKE, http://www.playvid.com/watch/tm79q0ijGux,
http://www.playvid.com/watch/xLiYt0fjM2y, http://www.playvid.com/watch/Sp9i0zHipj7, http://www.playvid.com/watch/-TZyvMsHzMG,
http://www.playvid.com/watch/eGqOJfNFNCs, http://www.playvid.com/watch/dLrfPdiAjpu, http://www.playvid.com/watch/92mj3qKOfKX,
http://www.playvid.com/watch/Yh3P-u4hfij, http://www.playvid.com/watch/7GDbIK3X54J, http://www.playvid.com/watch/aPxFusWWDTn,
http://www.playvid.com/watch/fH8kohJtm4m, http://www.playvid.com/watch/XHagCPqYouK, http://www.playvid.com/watch/0FG7jKey5fn,
http://www.playvid.com/watch/WxXd4dl4WfD, http://www.playvid.com/watch/Fn2xarKWdNX, http://www.playvid.com/watch/AYqWB09Tet-,
http://www.playvid.com/watch/5O8AkwNRdY8, http://www.playvid.com/watch/6asqEpuzW57, http://www.playvid.com/watch/D8kvLJRJrWH,
http://www.playvid.com/watch/WN9yozwHLk8, http://www.playvid.com/watch/EX8jLeQGhgu, http://www.playvid.com/watch/eW4BLnJwRpZ,
http://www.playvid.com/watch/4YOto7x6g6-, http://www.playvid.com/watch/AKO2K5XpOLN, http://www.playvid.com/watch/uOa290wfDrG,
http://www.playvid.com/watch/gv9gaixyTtV, http://www.playvid.com/watch/iSgP-rhC29q, http://www.playvid.com/watch/UF284I8OO8v,
http://www.playvid.com/watch/dcpRi0EiOlr, http://www.playvid.com/watch/LsFjs3juhti, http://www.playvid.com/watch/zWfhAwfqqQV,
http://www.playvid.com/watch/T7X5NtzrFuq, http://www.playvid.com/watch/zlyt8DWbqDY, http://www.playvid.com/watch/plMLcKPtS-6,
http://www.playvid.com/watch/GCqXjJtec4F, http://www.playvid.com/watch/0XY6Oayqn6B, http://www.playvid.com/watch/vwfOjFXIKuN,
http://www.playvid.com/watch/UhWU-WFNH04, http://www.playvid.com/watch/44Ts7mQrXGC, http://www.playvid.com/watch/sC3bPPjYV2a,
http://www.playvid.com/watch/009YUlGhXSE, http://www.playvid.com/watch/xKdkcIEAM0a, http://www.playvid.com/watch/sMUHY8fhQ9Y,
http://www.playvid.com/watch/3xc65EfLM74, http://www.playvid.com/watch/k2jlLYPx-rv, http://www.playvid.com/watch/lV2lQPdUHTr,
http://www.playvid.com/watch/gO8nHw7rNsI, http://www.playvid.com/watch/6TwCkW30rLV, http://www.playvid.com/watch/kpGpi0j3-jg,
http://www.playvid.com/watch/AGBJjVEubfv, http://www.playvid.com/watch/vRiSTPRbA0J, http://www.playvid.com/watch/6eISAGeD0V5,
http://www.playvid.com/watch/xa3QSUFZiei, http://www.playvid.com/watch/i6IMLSCvOmT, http://www.playvid.com/watch/DHtNzcdnzQn,
http://www.playvid.com/watch/r-6eL3CaBDo, http://www.playvid.com/watch/InyE-5YOcUH, http://www.playvid.com/watch/7WpuSMb4lzK,
http://www.playvid.com/watch/7y3cl0MDwLB, http://www.playvid.com/watch/Z6jtZ67OmvU, http://www.playvid.com/watch/cqEwSccIZqi,
http://www.playvid.com/watch/CpyDYMlj5Qf, http://www.playvid.com/watch/qQisWRGk846, http://www.playvid.com/watch/cw5pzYSl3Sd,
http://www.playvid.com/watch/968mVvFZstC, http://www.playvid.com/watch/Dfnw3yqFUdG, http://www.playvid.com/watch/ep4ee0y8cqt,
http://www.playvid.com/watch/I6UFZfI05W6, http://www.playvid.com/watch/RMKShFdWWGC, http://www.playvid.com/watch/dANVhgRoYyl,
http://www.playvid.com/watch/FqwMJnS7MFJ, http://www.playvid.com/watch/43b6TCSAMs-, http://www.playvid.com/watch/O6HP0eUGfsB,
http://www.playvid.com/watch/awgA24fG786, http://www.playvid.com/watch/zvedlhiE9gz, http://www.playvid.com/watch/urUMz3vUU6k,
http://www.playvid.com/watch/zM36HfnhHAV, http://www.playvid.com/watch/KfY84JNM6sL, http://www.playvid.com/watch/09Qxk6MfAFb,
http://www.playvid.com/watch/2hRp0e7bZox, http://www.playvid.com/watch/zrNn7fq8N9c, http://www.playvid.com/watch/oAchaABzHL-,
http://www.playvid.com/watch/kfPGAvGYJg3, http://www.playvid.com/watch/5jwfOTr5vIO, http://www.playvid.com/watch/OTL45AKQqNu,
http://www.playvid.com/watch/tbjnGxNi7Bb, http://www.playvid.com/watch/vD88ROmaKcI, http://www.playvid.com/watch/pw5FX8WP7RO,
http://www.playvid.com/watch/nVvIvFFNNI7, http://www.playvid.com/watch/MtJh3Z9RtCj, http://www.playvid.com/watch/tIOcjrCe6zm,
http://www.playvid.com/watch/qkrCDniDebo, http://www.playvid.com/watch/35YRT8rPZbK, http://www.playvid.com/watch/lr6fDWHlgV3,
http://www.playvid.com/watch/bmmhbupSwBf, http://www.playvid.com/watch/9onzRfUUdqi, http://www.playvid.com/watch/ACvICS5dubs,
http://www.playvid.com/watch/Wpxe8Am27X2, http://www.playvid.com/watch/J0Lh8uB63gJ, http://www.playvid.com/watch/hcedIyETbO8,

http://www.playvid.com/watch/VbEVfj7tPDy, http://www.playvid.com/watch/oyE9ubTxYcm, http://www.playvid.com/watch/UkSfsSR6y-x,
http://www.playvid.com/watch/RKbQK2yhmw0, http://www.playvid.com/watch/goQiCxZMFq0, http://www.playvid.com/watch/4Bwa9rcvkTG,
http://www.playvid.com/watch/HryFzvIUMxt, http://www.playvid.com/watch/iv3C0uaIzCY, http://www.playvid.com/watch/P2zkdh6bbWi,
http://www.playvid.com/watch/MNSifBAHDrN, http://www.playvid.com/watch/4b5ay7E6bjw, http://www.playvid.com/watch/lWPer0SXjAc,
http://www.playvid.com/watch/grW3Q7GJR--, http://www.playvid.com/watch/q8qVOgukTAj, http://www.playvid.com/watch/dcFeWjoTw0d,
http://www.playvid.com/watch/CczkFbkgIxd, http://www.playvid.com/watch/-dz0fwHGmBQ, http://www.playvid.com/watch/eeg6GvECo2P,
http://www.playvid.com/watch/85A-PkZUuMI, http://www.playvid.com/watch/QXIp-C8iRTt, http://www.playvid.com/watch/QbZaqOpq5bC,
http://www.playvid.com/watch/7ge7GH2yRLd, http://www.playvid.com/watch/RwYtkf4IA6c, http://www.playvid.com/watch/ZBZ0NACatli,
http://www.playvid.com/watch/xV3dEQGOzjn, http://www.playvid.com/watch/53UxvEtDwSR, http://www.playvid.com/watch/uWVnQ-iLswm,
http://www.playvid.com/watch/wMixl7pzCgj, http://www.playvid.com/watch/sisyEGY2Ymx, http://www.playvid.com/watch/DZfLdWaXqWG,
http://www.playvid.com/watch/m-ZtAHNqsVM, http://www.playvid.com/watch/8P45uNIkKsI, http://www.playvid.com/watch/GKhCGYndzJ2,
http://www.playvid.com/watch/hkXSjOyYC8E, http://www.playvid.com/watch/68wWdI5DnUN, http://www.playvid.com/watch/6Aol6ZUllQk,
http://www.playvid.com/watch/RK7HBJ84Jqf, http://www.playvid.com/watch/iIsPlYzfWfN, http://www.playvid.com/watch/iMRw-uA9pjL,
http://www.playvid.com/watch/ZPNOE6Epstk, http://www.playvid.com/watch/fWK8NOBoLsO, http://www.playvid.com/watch/pz6PFm6LGu8,
http://www.playvid.com/watch/7HGn0tirVNP, http://www.playvid.com/watch/iqhKV-up9Cz, http://www.playvid.com/watch/57Yj0XdKoBk,
http://www.playvid.com/watch/pjEqBogt8Qc, http://www.playvid.com/watch/kAPD6NpcrZ8, http://www.playvid.com/watch/bgiCxcO6BHx,
http://www.playvid.com/watch/Ana4b5icvzz, http://www.playvid.com/watch/EYC7exCJZ6K, http://www.playvid.com/watch/i8dszpPYSKn,
http://www.playvid.com/watch/GsFgIl8kjOU, http://www.playvid.com/watch/CQgPBjX5KnH, http://www.playvid.com/watch/QmkclVW8KI9,
http://www.playvid.com/watch/P6qMk5UUF0I, http://www.playvid.com/watch/VpKhuJ7rvms, http://www.playvid.com/watch/YUpWhjjQxuS,
http://www.playvid.com/watch/ANRsHur4nSK, http://www.playvid.com/watch/t5xlKOFWFta, http://www.playvid.com/watch/KcIoAfWCsnG,
http://www.playvid.com/watch/g7sly3GJNyr, http://www.playvid.com/watch/co5pyxSxixp, http://www.playvid.com/watch/weAD9l-msdO,
http://www.playvid.com/watch/btES3SmN8mT, http://www.playvid.com/watch/9xhrMOZDDct, http://www.playvid.com/watch/gcS4M4MScQL,
http://www.playvid.com/watch/ZN3FL6Szurq, http://www.playvid.com/watch/7QwTwNRUemR, http://www.playvid.com/watch/AC69H7yLFnz,
http://www.playvid.com/watch/98BpRdVBFKF, http://www.playvid.com/watch/FD2T3F7ndKH, http://www.playvid.com/watch/2iJoJwrh5Cf,
http://www.playvid.com/watch/Tu3Fs0WQkNJ, http://www.playvid.com/watch/zwGa0zHwhQ2, http://www.playvid.com/watch/i-K46Lv2vwJ,
http://www.playvid.com/watch/aDdWkozThN2, http://www.playvid.com/watch/yRIL5hHZthJ, http://www.playvid.com/watch/Xzx5OLONjg6,
http://www.playvid.com/watch/fKUzUFpfaAs, http://www.playvid.com/watch/n-ODgfYfld9, http://www.playvid.com/watch/sbBeDsizlga,
http://www.playvid.com/watch/8WR6Tzc6STA, http://www.playvid.com/watch/mFtsOuVXuKe, http://www.playvid.com/watch/NPyeR0dqFXf,
http://www.playvid.com/watch/fL2RIM-6cyQ, http://www.playvid.com/watch/ogVxa0teBlc, http://www.playvid.com/watch/Igegy0CdWNy,
http://www.playvid.com/watch/jeTKTPH25IY, http://www.playvid.com/watch/Ubnk-MO2ORR, http://www.playvid.com/watch/oEdqp65u08d,
http://www.playvid.com/watch/L0maxljQmL6, http://www.playvid.com/watch/yigTSZgE9xG, http://www.playvid.com/watch/0nNogNHwZxW,
http://www.playvid.com/watch/jdDNAuT2oZu, http://www.playvid.com/watch/kOJTQyQGAF5, http://www.playvid.com/watch/pGVk3u8EgXS,
http://www.playvid.com/watch/trNGk4dhgur, http://www.playvid.com/watch/5XzYnKeKdKv, http://www.playvid.com/watch/ELuVehHMb96,
http://www.playvid.com/watch/HN-NN6Bi5Cb, http://www.playvid.com/watch/yHC53yHW4aa, http://www.playvid.com/watch/bumJVg0FmiJ,
http://www.playvid.com/watch/8aGw2Za-eka, http://www.playvid.com/watch/Pi-2OuQTgNq, http://www.playvid.com/watch/ONLyqyVQoat,
http://www.playvid.com/watch/6QCxx0F9eDN, http://www.playvid.com/watch/QdqHqAV8Jfz, http://www.playvid.com/watch/rCKzQ2z5Idl,
http://www.playvid.com/watch/uVryjNZYmCW, http://www.playvid.com/watch/bVzfDP-So3W, http://www.playvid.com/watch/jEkxhcX5jjl,
http://www.playvid.com/watch/z8qelD6UgFT, http://www.playvid.com/watch/lvZodx7XENF, http://www.playvid.com/watch/ITOHgy6SGtF,
http://www.playvid.com/watch/PFZxQdbw6Mt, http://www.playvid.com/watch/xeXFI5MiuBU, http://www.playvid.com/watch/PqowkLLMAr5,
http://www.playvid.com/watch/YzZr-AbpiFc, http://www.playvid.com/watch/U56NMml6DYW, http://www.playvid.com/watch/KEPhOm6Qs7A,
http://www.playvid.com/watch/Iy9zMtREphE, http://www.playvid.com/watch/LWT6muwFqyB, http://www.playvid.com/watch/LGnYKQ6H2CO,
http://www.playvid.com/watch/4ZAHjxeGzHu, http://www.playvid.com/watch/QV2o3tgEJrj, http://www.playvid.com/watch/lL4yEuUu2Hu,
http://www.playvid.com/watch/QmPgWsRWOB4, http://www.playvid.com/watch/wLit03GDnjf, http://www.playvid.com/watch/YfJbfTVWvWw,
http://www.playvid.com/watch/nXLo4gzYZ6x, http://www.playvid.com/watch/Q3FYZV3ugiD, http://www.playvid.com/watch/ClQfR3hgRX0,
http://www.playvid.com/watch/lFREi3cE-A-, http://www.playvid.com/watch/TUt6sjyCgO0, http://www.playvid.com/watch/kSKRiBFHOuy,
http://www.playvid.com/watch/Prf-vsMVFF8, http://www.playvid.com/watch/n6HJNP3hjsG, http://www.playvid.com/watch/uNAzNdrHspL,
http://www.playvid.com/watch/hmG6ZI5X2Ka, http://www.playvid.com/watch/WIKRSbk4xM0, http://www.playvid.com/watch/SupcwLZVyna,
http://www.playvid.com/watch/roFquV5BiSS, http://www.playvid.com/watch/uo-pu0vvvDT, http://www.playvid.com/watch/GiQwzPSlvEX,
http://www.playvid.com/watch/JP7lmKAIO68, http://www.playvid.com/watch/NaKrwxXCmim, http://www.playvid.com/watch/KvMxNtjsVdi,
http://www.playvid.com/watch/P-E4D6usw22, http://www.playvid.com/watch/RcoIAAjtpn7, http://www.playvid.com/watch/nU6WRVFzOBA,
http://www.playvid.com/watch/VERMW2IPehX, http://www.playvid.com/watch/ULDZythZBvr, http://www.playvid.com/watch/gNQdcLqzwXq,
http://www.playvid.com/watch/GMCrMerqITT, http://www.playvid.com/watch/6Aa6NWUE7Sb, http://www.playvid.com/watch/XbuCrrbtNEv,
http://www.playvid.com/watch/78lrrRMHChv, http://www.playvid.com/watch/-TMrKHr8p06, http://www.playvid.com/watch/JRGo9R5SGar,
http://www.playvid.com/watch/yaYB5C3qC4Z, http://www.playvid.com/watch/B2VKm8dzli8, http://www.playvid.com/watch/3OQxlbImPo7,
http://www.playvid.com/watch/3GvlXxWsjXX, http://www.playvid.com/watch/h3Xegn7dgT8, http://www.playvid.com/watch/HFk7PnK-Xcn,
http://www.playvid.com/watch/6m8-f2S824V, http://www.playvid.com/watch/0iKgTO7cBYF, http://www.playvid.com/watch/APEmy4lBFqk,
http://www.playvid.com/watch/rsxFoFEd3sN, http://www.playvid.com/watch/vEkwx5y4Vjs, http://www.playvid.com/watch/5gWySgcyAp4,
http://www.playvid.com/watch/Wh2GR3222gN, http://www.playvid.com/watch/jHmVyeGuSu5, http://www.playvid.com/watch/B6kbKeu5nc0,
http://www.playvid.com/watch/O-SJwhL5MDJ, http://www.playvid.com/watch/B3sQZw4TTPB, http://www.playvid.com/watch/pEbx4gLhnxY,
http://www.playvid.com/watch/kvQCwAG9xHN, http://www.playvid.com/watch/mZxD74Oh5CO, http://www.playvid.com/watch/eilBanYEHtm,
http://www.playvid.com/watch/84e7s4v0jIB, http://www.playvid.com/watch/MNPTBL3VKiw, http://www.playvid.com/watch/uVMlhEspzmt,
http://www.playvid.com/watch/6E8vNLdFz93, http://www.playvid.com/watch/7A9dQE8VAVZ, http://www.playvid.com/watch/ICe8Roj0HdT,
http://www.playvid.com/watch/ooe3TZEoYMG, http://www.playvid.com/watch/GfuSWjdrRkw, http://www.playvid.com/watch/23VeeuEXqn-,
http://www.playvid.com/watch/mtu0W52sCuZ, http://www.playvid.com/watch/P9nB7NQfPnr, http://www.playvid.com/watch/n3jz5hRkhZ9,
http://www.playvid.com/watch/VhwHg3JWxmM, http://www.playvid.com/watch/LIzWo46YgZo, http://www.playvid.com/watch/2al2xzxIkj4,
http://www.playvid.com/watch/CtXw9VRnrNS, http://www.playvid.com/watch/jJhVFsPv02C, http://www.playvid.com/watch/AmN-4qZbS89,
http://www.playvid.com/watch/MU56ARYwiKe, http://www.playvid.com/watch/Bes2m-YW8rB, http://www.playvid.com/watch/5TWUSs-kphT,
http://www.playvid.com/watch/5HnXAoEGj5-, http://www.playvid.com/watch/kfqDztVNCv6, http://www.playvid.com/watch/iNNPmRjqUxX,
http://www.playvid.com/watch/uk9tGhgEdAn, http://www.playvid.com/watch/Y-ltxkr6pnM, http://www.playvid.com/watch/-zbICn8vx5M,
http://www.playvid.com/watch/L9UtkUn4-6h, http://www.playvid.com/watch/pLklDV7QrAD, http://www.playvid.com/watch/q9CMNiqSyf9,
http://www.playvid.com/watch/Ltmqd-hc3nS, http://www.playvid.com/watch/oID0sJgPbcl, http://www.playvid.com/watch/FqGIjTU4nfw,
http://www.playvid.com/watch/WyjZs4MCfzq, http://www.playvid.com/watch/8AHsLCPaqi7, http://www.playvid.com/watch/aHOoH0eKhth,
http://www.playvid.com/watch/jAc0VUpnHwb, http://www.playvid.com/watch/ye-HEP8CUMX, http://www.playvid.com/watch/unuTgRYaQIv,
http://www.playvid.com/watch/g2LOZQh8-Q-, http://www.playvid.com/watch/SYu8eLqqzxc, http://www.playvid.com/watch/4sl9Bs-BukE,
http://www.playvid.com/watch/ijzSTvVxSJr, http://www.playvid.com/watch/4f4yROdtrLw, http://www.playvid.com/watch/Qn5JKzU5l7p,
http://www.playvid.com/watch/sdOyNw60ADw, http://www.playvid.com/watch/l3yn5xEVhMc, http://www.playvid.com/watch/spwRT3ezebF,
http://www.playvid.com/watch/S8BbFduYcS9, http://www.playvid.com/watch/dFq7kNivjVH, http://www.playvid.com/watch/wdSdUQy6ORC,
http://www.playvid.com/watch/hdiWkDLLm8F, http://www.playvid.com/watch/c5CIW-i-Gc-, http://www.playvid.com/watch/IRyzyfvyq-s,
http://www.playvid.com/watch/qBmohVZMh4H, http://www.playvid.com/watch/aRDQCcsQV55, http://www.playvid.com/watch/lObIC2VMjfo,
http://www.playvid.com/watch/LXS70YfmYgl, http://www.playvid.com/watch/2igjYWksaBv, http://www.playvid.com/watch/CYp2izQKrvL,
http://www.playvid.com/watch/AQICRsVn9hi, http://www.playvid.com/watch/eVSUre6Q8FJ, http://www.playvid.com/watch/K6QOMpq6xir,
http://www.playvid.com/watch/MQOxQpfyOVc, http://www.playvid.com/watch/GkCV0jBL5ts, http://www.playvid.com/watch/VwAiDesg6V5,
http://www.playvid.com/watch/LDRySUArjWr, http://www.playvid.com/watch/5a4Puu0gY5b, http://www.playvid.com/watch/Hmu7al-HTqL,
http://www.playvid.com/watch/h9uPUPTp6Ax, http://www.playvid.com/watch/ua-HgWbRnhD, http://www.playvid.com/watch/hwKWyQiwB58,
http://www.playvid.com/watch/GuSEx97QbWE, http://www.playvid.com/watch/QiN982xRB-f, http://www.playvid.com/watch/lCtTLBjsiCO,
http://www.playvid.com/watch/aDotnLg8TCx, http://www.playvid.com/watch/mzJUOMDsmGB, http://www.playvid.com/watch/oHzgfonqaCD,
http://www.playvid.com/watch/Q4iJZLwMGCg, http://www.playvid.com/watch/oougGCCe-bo, http://www.playvid.com/watch/Cesp-kqT-Ul,
http://www.playvid.com/watch/9deUM6wvaFr, http://www.playvid.com/watch/KyL6GRSEpNm, http://www.playvid.com/watch/EttU07e-lSb,
http://www.playvid.com/watch/oMMhkbdbSgj, http://www.playvid.com/watch/OtJBrmleVj4, http://www.playvid.com/watch/4MEjmmrU7T8,
http://www.playvid.com/watch/M3Bvqx5iLAL, http://www.playvid.com/watch/7tb4TrOEUCQ, http://www.playvid.com/watch/gnTJ-XFZuBd,
http://www.playvid.com/watch/0RiLICQU8X-, http://www.playvid.com/watch/vlkYSKVBznp, http://www.playvid.com/watch/aqJ36lYO32k,
http://www.playvid.com/watch/5O-Wro4bQcx, http://www.playvid.com/watch/rfh8ETqHga3, http://www.playvid.com/watch/zJYGbZxZrUW,
http://www.playvid.com/watch/MtI8oPsHjTQ, http://www.playvid.com/watch/TNw7ifhFdI5, http://www.playvid.com/watch/9MFu9FbkE2A,
http://www.playvid.com/watch/uu9472tnI7t, http://www.playvid.com/watch/Gk0QqYDuD68, http://www.playvid.com/watch/lSdTm-A3UPz,
http://www.playvid.com/watch/IrefeTptgy8, http://www.playvid.com/watch/BH8X3KMSViG, http://www.playvid.com/watch/pJDxyeyzawc,
http://www.playvid.com/watch/5JIyZB7FMtO, http://www.playvid.com/watch/KLoyoopOyum, http://www.playvid.com/watch/MNI86449odx,

http://www.playvid.com/watch/f2QrnSmq6oM, http://www.playvid.com/watch/CVqxpEVKr6J, http://www.playvid.com/watch/S65nPUQTcd6,
http://www.playvid.com/watch/p3-XZOV0Qyf, http://www.playvid.com/watch/6UiA8WEodkR, http://www.playvid.com/watch/uEoUESVbxdh,
http://www.playvid.com/watch/ygefTGfe4wH, http://www.playvid.com/watch/JGPV7szwkOk, http://www.playvid.com/watch/0MG3fkrJvrI,
http://www.playvid.com/watch/ADipIPxJaUk, http://www.playvid.com/watch/9JlK4VfYxQR, http://www.playvid.com/watch/xEzNYnAbqFG,
http://www.playvid.com/watch/Mr3PZ2wJNF3, http://www.playvid.com/watch/u4eQCurH7jv, http://www.playvid.com/watch/BeVhQCnSy8j,
http://www.playvid.com/watch/bBnm8W7wWhd, http://www.playvid.com/watch/TljFWhw7e6L, http://www.playvid.com/watch/Xv3ND2908lq,
http://www.playvid.com/watch/-hrylrxWCo9, http://www.playvid.com/watch/kcrqOzdugwp, http://www.playvid.com/watch/rjveJVk7xoQ,
http://www.playvid.com/watch/Xr2B9ciU6Vg, http://www.playvid.com/watch/GIBYfpSxcYO, http://www.playvid.com/watch/h3doLpemaF0,
http://www.playvid.com/watch/8n-tHA5LT76, http://www.playvid.com/watch/8mzAWhllf8-, http://www.playvid.com/watch/P2-IYH5OGn4,
http://www.playvid.com/watch/9hlLa5eFZeI, http://www.playvid.com/watch/prpGPXVl8yA, http://www.playvid.com/watch/mtjTGE0foEM,
http://www.playvid.com/watch/J0pPdWcmZRE, http://www.playvid.com/watch/r9OmoABJ36Z, http://www.playvid.com/watch/gPp4JJQBCOa,
http://www.playvid.com/watch/mVY8sT6v78n, http://www.playvid.com/watch/ealRhcaMQCA, http://www.playvid.com/watch/yQIu7dtAjyM,
http://www.playvid.com/watch/yPC7VfoK4Mr, http://www.playvid.com/watch/IYagCmmHo6o, http://www.playvid.com/watch/nc84g3kEtoh,
http://www.playvid.com/watch/24U3d4qupIS, http://www.playvid.com/watch/cLFGAjsg3Dt, http://www.playvid.com/watch/C4lbcz7S8gu,
http://www.playvid.com/watch/QYlE2NhFzaY, http://www.playvid.com/watch/d-9qfEfccXJ, http://www.playvid.com/watch/I4VHKlHmoaY,
http://www.playvid.com/watch/iZOxujTnmEr, http://www.playvid.com/watch/Lu0NTh6FiwM, http://www.playvid.com/watch/LMO0eH-wKvZ,
http://www.playvid.com/watch/qCwqDV8VSav, http://www.playvid.com/watch/n9K8HCziJaX, http://www.playvid.com/watch/TKVmJmOROMo,
http://www.playvid.com/watch/oMpULCS4dUS, http://www.playvid.com/watch/tekjzmmJgBa, http://www.playvid.com/watch/Qr8oaTywiei,
http://www.playvid.com/watch/hjF5zBUxGdp, http://www.playvid.com/watch/petKuaADsZj, http://www.playvid.com/watch/clmMcSCItkC,
http://www.playvid.com/watch/uCqFtC2Z5Lg, http://www.playvid.com/watch/LIOMK8pypBl, http://www.playvid.com/watch/FvZXagCulwd,
http://www.playvid.com/watch/q-B9WhgbDe5, http://www.playvid.com/watch/cQZsopB4JWU, http://www.playvid.com/watch/MhHv4syF2KW,
http://www.playvid.com/watch/BRP7hDCPdCO, http://www.playvid.com/watch/IY3id-2VPfN, http://www.playvid.com/watch/J4Iu463CNod,
http://www.playvid.com/watch/HiGy7brYcaA, http://www.playvid.com/watch/Y3jjzLA6QqS, http://www.playvid.com/watch/zKL8yWqTlGi,
http://www.playvid.com/watch/0xlcDOQiTgz, http://www.playvid.com/watch/56EjYxqwmcG, http://www.playvid.com/watch/QT3dgVbGwCY,
http://www.playvid.com/watch/AYXPQAZcPAW, http://www.playvid.com/watch/egyfIvIVJ-d, http://www.playvid.com/watch/ou-3p0j5mTM,
http://www.playvid.com/watch/vTL-2ZwEwIW, http://www.playvid.com/watch/n4voqUAViwK, http://www.playvid.com/watch/O-94x847cc5,
http://www.playvid.com/watch/GZwJnUBr97v, http://www.playvid.com/watch/nErNFCfAdyG, http://www.playvid.com/watch/AHlNBNTE2M6,
http://www.playvid.com/watch/aAHvpyT9w8P, http://www.playvid.com/watch/duxHfUHXFIu, http://www.playvid.com/watch/c5Cd4zdqfIm,
http://www.playvid.com/watch/wJ850MJct3t, http://www.playvid.com/watch/7k05kIvQX5L, http://www.playvid.com/watch/2Gny7yRsqm5,
http://www.playvid.com/watch/PevYX5bRcZw, http://www.playvid.com/watch/OiGYdmlmUtn, http://www.playvid.com/watch/kcW-2FdEVBu,
http://www.playvid.com/watch/cCY8NKerwWI, http://www.playvid.com/watch/vcHrlweCfBQ, http://www.playvid.com/watch/b3tQhvv8OKE,
http://www.playvid.com/watch/OnXA4qFYzUF, http://www.playvid.com/watch/ONj75SLzVWE, http://www.playvid.com/watch/WRLiHyjN2EZ,
http://www.playvid.com/watch/BXFVYVy3FDJ, http://www.playvid.com/watch/99XtXKQ-hwZ, http://www.playvid.com/watch/6booXhPg27X,
http://www.playvid.com/watch/hCrU9fAGyFU, http://www.playvid.com/watch/njp3RnDcGys, http://www.playvid.com/watch/tQFRWx4krRA,
http://www.playvid.com/watch/yofgsMmc0yD, http://www.playvid.com/watch/0MfVK3--WPI, http://www.playvid.com/watch/fYoF0k7ui-w,
http://www.playvid.com/watch/H2leFcvj4YQ, http://www.playvid.com/watch/NeNy5UJZZmZ, http://www.playvid.com/watch/a9meNByk8gv,
http://www.playvid.com/watch/PZ6plejTBun, http://www.playvid.com/watch/bTR8gOAEFym, http://www.playvid.com/watch/UcpRHY-XDGv,
http://www.playvid.com/watch/OIBBSa2Vf9k, http://www.playvid.com/watch/w8H2tpsdBP9, http://www.playvid.com/watch/GhiFPdzP9gl,
http://www.playvid.com/watch/dTvBxjHqyXD, http://www.playvid.com/watch/A3me5SWu0eh, http://www.playvid.com/watch/nGu0LFW5YU2,
http://www.playvid.com/watch/JYkwpkkBNXM, http://www.playvid.com/watch/4Nr3ZLsCfLj, http://www.playvid.com/watch/8uSrQMzPoZb,
http://www.playvid.com/watch/O6TFR6rFfNw, http://www.playvid.com/watch/dezKKvcwI7t, http://www.playvid.com/watch/0kTcdQLBQOI,
http://www.playvid.com/watch/RKWBuziYlYV, http://www.playvid.com/watch/W9BOzK8XiHJ, http://www.playvid.com/watch/cuHQZ7iiQ44,
http://www.playvid.com/watch/vzSD9iVKW7q, http://www.playvid.com/watch/NgpSCycEEQ2, http://www.playvid.com/watch/QkYUjBPNODx,
http://www.playvid.com/watch/wEbkXKioM9W, http://www.playvid.com/watch/ZaNuipOYqSZ, http://www.playvid.com/watch/ShOY3bjW9F5,
http://www.playvid.com/watch/Eq3wFG4txiv, http://www.playvid.com/watch/TG7Fa6dqwaC, http://www.playvid.com/watch/4e4A7hytRIi,
http://www.playvid.com/watch/Rvg3geDz72z, http://www.playvid.com/watch/kwVIFtY5gsx, http://www.playvid.com/watch/dLa7sy7F6Y0,
http://www.playvid.com/watch/sKcZ7H0hvBq, http://www.playvid.com/watch/W9gFkshJ2cU, http://www.playvid.com/watch/zTh62UyY-qp,
http://www.playvid.com/watch/pNfju0U5rmr, http://www.playvid.com/watch/bhhBxgBCkDL, http://www.playvid.com/watch/TwVIcLEG4ER,
http://www.playvid.com/watch/2XfHiHwgrhU, http://www.playvid.com/watch/0it4Veuv0T2
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kolumbo
5.b. Uploader's email address: kololumbo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kolumbo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9a4WTZlw8r6, http://www.playvid.com/watch/fIKfe6MqfNf,
http://www.playvid.com/watch/urzMy2jHlSW, http://www.playvid.com/watch/eRLl7pSs7Fd, http://www.playvid.com/watch/g6UzDyl6uDw,
http://www.playvid.com/watch/bawQ55d3Fhh, http://www.playvid.com/watch/eyvdUsfpUUu, http://www.playvid.com/watch/ZOd6Q9uN94O,
http://www.playvid.com/watch/WlMM5bI7eHn, http://www.playvid.com/watch/kJjrLgdYqgN, http://www.playvid.com/watch/GKKIfaydHww,
http://www.playvid.com/watch/PcBE-Tclf5W, http://www.playvid.com/watch/RzHKIISJ--8, http://www.playvid.com/watch/EwCO2I3Ot9t,
http://www.playvid.com/watch/v5rf24TJXMf, http://www.playvid.com/watch/AeM2nG0prsb, http://www.playvid.com/watch/NidKmNuulLV,
http://www.playvid.com/watch/fKg-UXWhyqQ, http://www.playvid.com/watch/yCERTq4y4Wh, http://www.playvid.com/watch/YRS3a62HbCS,
http://www.playvid.com/watch/mjdFCQl8LKZ, http://www.playvid.com/watch/pdUgGBNdLxa, http://www.playvid.com/watch/QlkeI0yXPaN,
http://www.playvid.com/watch/7CEgWvpV7Zn, http://www.playvid.com/watch/HyoRN-HN5zr, http://www.playvid.com/watch/3wNvAmZfuJX,
http://www.playvid.com/watch/zacZaVhoR-I, http://www.playvid.com/watch/OIa0YWrrx78, http://www.playvid.com/watch/G0WFNzCqjN2,
http://www.playvid.com/watch/L0o5D3xazOP, http://www.playvid.com/watch/oUVkMydXTLX, http://www.playvid.com/watch/l69ad5ooSXQ,
http://www.playvid.com/watch/8FiHGwN9i50, http://www.playvid.com/watch/scsqWCGIcTr, http://www.playvid.com/watch/nqJfE9Jec-D,
http://www.playvid.com/watch/len-AjzKjYB, http://www.playvid.com/watch/AdAs6Xnb84t, http://www.playvid.com/watch/IJykjhsu-58,
http://www.playvid.com/watch/fc7gT2VtuGc, http://www.playvid.com/watch/RNmPVDhGah4, http://www.playvid.com/watch/3WuxtPVqsds,
http://www.playvid.com/watch/H4iNrPwgYq8, http://www.playvid.com/watch/Hp5qZ5UGqUW, http://www.playvid.com/watch/4qc-RjYw8EJ,
http://www.playvid.com/watch/iJ0KznAf0ci, http://www.playvid.com/watch/-BWnlLQYWKN, http://www.playvid.com/watch/YGpbrgLh4kw,
http://www.playvid.com/watch/xleuvvXAVzZ, http://www.playvid.com/watch/XK-8HHQMQS5, http://www.playvid.com/watch/proy9Ltov8x,
http://www.playvid.com/watch/7Aai0OUBp46, http://www.playvid.com/watch/UxNJBYJaWXq, http://www.playvid.com/watch/2SQzmZ6XIDH,
http://www.playvid.com/watch/4fcEBH4Oarh, http://www.playvid.com/watch/OHrnk-Sxd3F, http://www.playvid.com/watch/OxsaXV4TFPo,
http://www.playvid.com/watch/W-2CQhExK44, http://www.playvid.com/watch/OuDDid860Q8, http://www.playvid.com/watch/UtuAaa8zM3c,
http://www.playvid.com/watch/pFbIleFIQ9A, http://www.playvid.com/watch/zDF5KspEPVO, http://www.playvid.com/watch/5w5erCXjmwC,
http://www.playvid.com/watch/U9POpdn2384, http://www.playvid.com/watch/HYuD6-6F4Ar, http://www.playvid.com/watch/HTpPvNTY2lK,
http://www.playvid.com/watch/kJN80vMBXoO, http://www.playvid.com/watch/kCYTWnUP9ct, http://www.playvid.com/watch/f53GyuT0jsP,
http://www.playvid.com/watch/iiG27EjrzUi, http://www.playvid.com/watch/IofPFBCp9AM, http://www.playvid.com/watch/qeYKtjzBluT,
http://www.playvid.com/watch/L6KpCOmmGDN, http://www.playvid.com/watch/ytjcEfR-TFD, http://www.playvid.com/watch/rXf0ss8deyc,
http://www.playvid.com/watch/ojoYQ9BFY8A, http://www.playvid.com/watch/-9sJHzvZG0R, http://www.playvid.com/watch/RJsYQ4jHLq3,
http://www.playvid.com/watch/2A0Aif-UmX3, http://www.playvid.com/watch/Foz6x35kR8Q, http://www.playvid.com/watch/au6D88h5AIx,
http://www.playvid.com/watch/DkuNImRCTU6, http://www.playvid.com/watch/OovrEb9njp5, http://www.playvid.com/watch/RlhKQYH-vsn,
http://www.playvid.com/watch/mNdgJ3tYWG2, http://www.playvid.com/watch/ITDIvvAolLS, http://www.playvid.com/watch/dTStDXT4Ayg,
http://www.playvid.com/watch/zt2MaYhBc5i, http://www.playvid.com/watch/M9GxvXTHEYn, http://www.playvid.com/watch/HytMgu0rqwU,
http://www.playvid.com/watch/J5X4Ii4PVh0, http://www.playvid.com/watch/F8QNiFiS44l, http://www.playvid.com/watch/PzYBmuZYMom,
http://www.playvid.com/watch/VjK-XCCTqJo, http://www.playvid.com/watch/PLroj6fBxPc, http://www.playvid.com/watch/Afjc4ei3V5x,
http://www.playvid.com/watch/WEH3HYtd-tq, http://www.playvid.com/watch/TVxokhXLCt-, http://www.playvid.com/watch/zgxdEkYMVOW,
http://www.playvid.com/watch/5CEhqXeebv7, http://www.playvid.com/watch/ExpnYr8tDJL, http://www.playvid.com/watch/3Ddz9xF0K8k,
http://www.playvid.com/watch/lRvC8t8bEEx, http://www.playvid.com/watch/nzcWQ4Kiv3B, http://www.playvid.com/watch/jC9tqdyn5LD,
http://www.playvid.com/watch/Uy8Q6QXa5UD, http://www.playvid.com/watch/yaq5Agx0IoG, http://www.playvid.com/watch/i2glquEtNGs,
http://www.playvid.com/watch/00Sy-nZpj2D, http://www.playvid.com/watch/rd3FLIFioh4, http://www.playvid.com/watch/8u4ke99hnww,
http://www.playvid.com/watch/THJbU0jiyXy, http://www.playvid.com/watch/YcC6zyar5Ls, http://www.playvid.com/watch/YqFyLpmZUSr,
http://www.playvid.com/watch/3GLZrTY0sX9, http://www.playvid.com/watch/Itz2S94rusH, http://www.playvid.com/watch/68OlBCTmMtl,
http://www.playvid.com/watch/bcVD8-b2yrI, http://www.playvid.com/watch/9xLqluJAItj, http://www.playvid.com/watch/P8Nt-no0QIs,
http://www.playvid.com/watch/nXrxYAJeZ9h, http://www.playvid.com/watch/Uc7IBwd7YQo, http://www.playvid.com/watch/xfwoSlupUWD,

http://www.playvid.com/watch/57J4JDHTIuA, http://www.playvid.com/watch/O2hvns72aJn, http://www.playvid.com/watch/bktxuIr3jQT,
http://www.playvid.com/watch/m3ljwE-kAMY, http://www.playvid.com/watch/IAmP47eavuA, http://www.playvid.com/watch/A22h8lEYIDu,
http://www.playvid.com/watch/SWIyHoIyuD5, http://www.playvid.com/watch/QqrHOvM7R9p, http://www.playvid.com/watch/5XCQWVu0-2D,
http://www.playvid.com/watch/mj7jDajQkBF, http://www.playvid.com/watch/DEdOvltTGYo, http://www.playvid.com/watch/dWV7q4RcyHd,
http://www.playvid.com/watch/M-FSmtJhaQr, http://www.playvid.com/watch/srjXd5HIvtL, http://www.playvid.com/watch/nEnglaMp59j,
http://www.playvid.com/watch/Pm3Ffnkm8N0, http://www.playvid.com/watch/nqF5uHxT3W8, http://www.playvid.com/watch/5dL74ZaJLIq,
http://www.playvid.com/watch/fWF4E0Mixxc, http://www.playvid.com/watch/BfuGffTkJqn, http://www.playvid.com/watch/WL4nMGPa6Q5,
http://www.playvid.com/watch/SGu8fzC3gFX, http://www.playvid.com/watch/7w6BjWVabn7, http://www.playvid.com/watch/BnbixnUMsaO,
http://www.playvid.com/watch/A8X2Nwzcdb7, http://www.playvid.com/watch/r5faoli6Squ, http://www.playvid.com/watch/pleZMxDm9Jb,
http://www.playvid.com/watch/vEr0mDv2djt, http://www.playvid.com/watch/BwaBKtDejur, http://www.playvid.com/watch/93GzduBhCTN,
http://www.playvid.com/watch/2lqqqN79TU-, http://www.playvid.com/watch/58MuNPOQaNF, http://www.playvid.com/watch/yPYyvEpuhqc,
http://www.playvid.com/watch/adpotMRas7N, http://www.playvid.com/watch/Q2jIGM6nN3E, http://www.playvid.com/watch/RvfzRcaKHGS,
http://www.playvid.com/watch/KhZG8GI5b7G, http://www.playvid.com/watch/2RL4QOpxEya, http://www.playvid.com/watch/xuQsS4FXMbn,
http://www.playvid.com/watch/UTbPxFOffcy, http://www.playvid.com/watch/5BkrlehgksQ, http://www.playvid.com/watch/skFm069Mn-r,
http://www.playvid.com/watch/PiUpHmsH0ni, http://www.playvid.com/watch/mx-sSCjuvZ0, http://www.playvid.com/watch/9a7Vr4XrlDq,
http://www.playvid.com/watch/7eQ-fESTp0a, http://www.playvid.com/watch/kLZGQ7TvUjy, http://www.playvid.com/watch/iELpEqbsQq0,
http://www.playvid.com/watch/KRpl2fh-r7o, http://www.playvid.com/watch/7XY36B2mnm3, http://www.playvid.com/watch/lWRUlrGZ9d4,
http://www.playvid.com/watch/H2zyTiwjy08, http://www.playvid.com/watch/vlxJZcD7mWY, http://www.playvid.com/watch/hgg7fnFf67e,
http://www.playvid.com/watch/GsJRmIVgnYL, http://www.playvid.com/watch/qHiDsvKUM32, http://www.playvid.com/watch/3Y7svfaztmS,
http://www.playvid.com/watch/eQuFp-sqgBF, http://www.playvid.com/watch/tJ2kRd04hrq
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kolumbo21
5.b. Uploader's email address: frankdieg@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kolumbo21
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VTe7HHHkp-m, http://www.playvid.com/watch/6uxrFr-HjBa,
http://www.playvid.com/watch/MDWwZLO68of, http://www.playvid.com/watch/CSeXXW2atf9, http://www.playvid.com/watch/fI7yarkAwJu,
http://www.playvid.com/watch/U6wyogXI8ON, http://www.playvid.com/watch/KsNAXKxc7a0, http://www.playvid.com/watch/lb4yol9ZuJs,
http://www.playvid.com/watch/KCOxqzI2Js3, http://www.playvid.com/watch/dqLo8JsEQFJ, http://www.playvid.com/watch/A7AwUPsokmo,
http://www.playvid.com/watch/vA-YCMvEFDg, http://www.playvid.com/watch/r9INfdL-WHG, http://www.playvid.com/watch/dEafNuYzENB,
http://www.playvid.com/watch/poW6Ts8knnG, http://www.playvid.com/watch/6V75CsDV0Xo, http://www.playvid.com/watch/CxEkxLHtxg0,
http://www.playvid.com/watch/iKKLjrdNPi6, http://www.playvid.com/watch/nrF3JptAflM, http://www.playvid.com/watch/yZlMoRLvfTa,
http://www.playvid.com/watch/joCvKZdnVeE, http://www.playvid.com/watch/UN50XYO4RXo, http://www.playvid.com/watch/8w8lAcx0Twx,
http://www.playvid.com/watch/SHhAvtU6F9Z, http://www.playvid.com/watch/pr9WLGEbG4L, http://www.playvid.com/watch/BFrL3iBsblQ,
http://www.playvid.com/watch/pJjl-2q5LoT, http://www.playvid.com/watch/i9AA5i7fWu7, http://www.playvid.com/watch/yQgKmPKUzkD,
http://www.playvid.com/watch/fg62hoU0YCQ, http://www.playvid.com/watch/bLNmWJdxS7n, http://www.playvid.com/watch/NdihIiMVNW0,
http://www.playvid.com/watch/WPdXJUh-uzm, http://www.playvid.com/watch/gZsydcAwqtf, http://www.playvid.com/watch/VIk98GiIkmd,
http://www.playvid.com/watch/FKsxFiqgD-r, http://www.playvid.com/watch/p-sKoYkL0OO, http://www.playvid.com/watch/ay7hCyr9Vwv,
http://www.playvid.com/watch/pG42VRmzAs-, http://www.playvid.com/watch/34DndFf4nM8, http://www.playvid.com/watch/osfy0ngUw8i,
http://www.playvid.com/watch/GXJNan44TAc, http://www.playvid.com/watch/VlRkTIjkovp, http://www.playvid.com/watch/qsmt3YeDxaA,
http://www.playvid.com/watch/EJPgvJe6McV, http://www.playvid.com/watch/C04Nx6dyL73, http://www.playvid.com/watch/6gxSILCcap3,
http://www.playvid.com/watch/h-xVCIUyVcR, http://www.playvid.com/watch/dGtKrT3F-n3, http://www.playvid.com/watch/wK0XSg-gpxB,
http://www.playvid.com/watch/OOzZWgOcsbO, http://www.playvid.com/watch/2euehP6fGjQ, http://www.playvid.com/watch/yJUUhwJ0T-s,
http://www.playvid.com/watch/ALbQ0nxHZ4g, http://www.playvid.com/watch/L9ZZFyYJJu0, http://www.playvid.com/watch/8BfEBJOFuIL,
http://www.playvid.com/watch/Z0p5ofiu0Fs, http://www.playvid.com/watch/p0gqBMSYNBs, http://www.playvid.com/watch/u3JGZLTRQdW,
http://www.playvid.com/watch/Xh8kAIhkPJu, http://www.playvid.com/watch/Rt7kCQC6yBW, http://www.playvid.com/watch/4b50mfJXAIQ,
http://www.playvid.com/watch/yI4Di2NRSee, http://www.playvid.com/watch/P3ZRMqibfyA, http://www.playvid.com/watch/tUt0SRKK84C,
http://www.playvid.com/watch/n87LGnkrB6a, http://www.playvid.com/watch/qEjyLNrFGkS, http://www.playvid.com/watch/QXKd5Am32NX,
http://www.playvid.com/watch/CbHRndsFAYN, http://www.playvid.com/watch/whFGGQHEc5b, http://www.playvid.com/watch/jWzgG35hzam,
http://www.playvid.com/watch/2TZ-dV6rR6p, http://www.playvid.com/watch/7KCWQLdVNNn, http://www.playvid.com/watch/PGSHAa6P7g4,
http://www.playvid.com/watch/Dp8VC3quYGo, http://www.playvid.com/watch/xk4wfTzUM-f, http://www.playvid.com/watch/gcyTXm9BrKa,
http://www.playvid.com/watch/GiaV7tLUQ8x, http://www.playvid.com/watch/2hAIARw5hxV, http://www.playvid.com/watch/9VZP0PsB3H6,
http://www.playvid.com/watch/AilmjE5YYFu, http://www.playvid.com/watch/scWzjb29A3d, http://www.playvid.com/watch/csMZYDTzLHE,
http://www.playvid.com/watch/kDBFcLdU7fk, http://www.playvid.com/watch/aLo-Pshlg7S, http://www.playvid.com/watch/LvtPAgvNKec,
http://www.playvid.com/watch/wIp5tvheuMb, http://www.playvid.com/watch/mFmpBJ5Ar2T, http://www.playvid.com/watch/wjRVmbcAoWU,
http://www.playvid.com/watch/dGZGlVLGb0I, http://www.playvid.com/watch/6PfRHexwfl-, http://www.playvid.com/watch/O2MENPzEw74,
http://www.playvid.com/watch/lqCHe0bIPLL, http://www.playvid.com/watch/wteIS3HZe2h, http://www.playvid.com/watch/3tFQlaBKgoX,
http://www.playvid.com/watch/8TxQULAaDVa, http://www.playvid.com/watch/6pGX4iONC2B, http://www.playvid.com/watch/4DNyE87EFFF,
http://www.playvid.com/watch/4vgsvRNVSx3, http://www.playvid.com/watch/Furrdh4yA7f, http://www.playvid.com/watch/vlQRFkvRp-i,
http://www.playvid.com/watch/BL-v-0X4jVM, http://www.playvid.com/watch/IIcBfEBhTt3, http://www.playvid.com/watch/G5bXkSpzKAL,
http://www.playvid.com/watch/ZJLCdgIZ9mc, http://www.playvid.com/watch/fNdXHgyknfL, http://www.playvid.com/watch/uBmwrqi8O8t,
http://www.playvid.com/watch/7qmLqZca9Jv, http://www.playvid.com/watch/23pArJgBFTZ, http://www.playvid.com/watch/WazhkSoq7Sz,
http://www.playvid.com/watch/AnE43oWinr-, http://www.playvid.com/watch/nZ5JnKFuEJE, http://www.playvid.com/watch/9ujMiDqLOL0,
http://www.playvid.com/watch/3Uy99LbiFrj, http://www.playvid.com/watch/IaFdtjMRgLt, http://www.playvid.com/watch/AJS8W-lVnIZ,
http://www.playvid.com/watch/mIfyuTyBrrw, http://www.playvid.com/watch/aGFT8B4xF6k, http://www.playvid.com/watch/wycw99oyc7J,
http://www.playvid.com/watch/duRzT3hb4fy, http://www.playvid.com/watch/QAnL9FS5eKt, http://www.playvid.com/watch/5TsZ6BT6isC,
http://www.playvid.com/watch/QZEDIpMal4L, http://www.playvid.com/watch/Jcrers-qEg8, http://www.playvid.com/watch/rEvPnF8XIyJ,
http://www.playvid.com/watch/AXrcVLox3WH, http://www.playvid.com/watch/yXkEGCo3GKj, http://www.playvid.com/watch/msv2F78Iy73,
http://www.playvid.com/watch/rbq-qrR3-Hd, http://www.playvid.com/watch/gSv799hYljG, http://www.playvid.com/watch/LBAoLq9Mbku,
http://www.playvid.com/watch/T2yJMSpeD8W, http://www.playvid.com/watch/uBNOLmpztom, http://www.playvid.com/watch/TnSrkYIUM0y,
http://www.playvid.com/watch/siq4EceeOSE, http://www.playvid.com/watch/sTReb9ycjhN, http://www.playvid.com/watch/PzhuLQJkw2S,
http://www.playvid.com/watch/jCa07rQsRB-, http://www.playvid.com/watch/otb42Vv4kB4, http://www.playvid.com/watch/gB7SjtUcGFg,
http://www.playvid.com/watch/QSHRJAeBf0k, http://www.playvid.com/watch/hdLMxWsF-d7, http://www.playvid.com/watch/SQSsd3RIIgI,
http://www.playvid.com/watch/Etdbnii35BA, http://www.playvid.com/watch/fybFhM4mU9M, http://www.playvid.com/watch/guTwZ008wor,
http://www.playvid.com/watch/ISbgWLGRDhM, http://www.playvid.com/watch/ZE7jGoJqKAN, http://www.playvid.com/watch/EdJIRaUQbfQ,
http://www.playvid.com/watch/7yzaUdQRtDa, http://www.playvid.com/watch/0TqTHbGlpah, http://www.playvid.com/watch/jBE94oxKWL6,
http://www.playvid.com/watch/3DlcpEmyLNH, http://www.playvid.com/watch/rA8DM74qZsU, http://www.playvid.com/watch/XO7ZMu3WCFp,
http://www.playvid.com/watch/DxkEMVhwcRj, http://www.playvid.com/watch/iDZuwyclp5R, http://www.playvid.com/watch/XbLWqFpDHjz,
http://www.playvid.com/watch/lJOgsr2r0t5, http://www.playvid.com/watch/ZbV3mXo08uY, http://www.playvid.com/watch/Yd6NrpHTE69,
http://www.playvid.com/watch/6BfgvmhKkDZ, http://www.playvid.com/watch/AFeKI6BVuYh, http://www.playvid.com/watch/WoY8yaTSKYT,
http://www.playvid.com/watch/QeH2SWRsywE, http://www.playvid.com/watch/NtshJ5VkVzv, http://www.playvid.com/watch/jasWnDJW-i0,
http://www.playvid.com/watch/3xex3wS5qKj, http://www.playvid.com/watch/l26vZAx9wx5, http://www.playvid.com/watch/NRIluMQ5LEa,
http://www.playvid.com/watch/UDeOA96yRgM, http://www.playvid.com/watch/IAyWaN-9JPI, http://www.playvid.com/watch/33oguDRtjYc,
http://www.playvid.com/watch/VSG4UHdDFpk, http://www.playvid.com/watch/VSwL7WwLD7G, http://www.playvid.com/watch/pqQxv5ufJPG,
http://www.playvid.com/watch/ufLQ5RvLEcO, http://www.playvid.com/watch/ZdLKY556PFU, http://www.playvid.com/watch/7xRe-Plc9TO,
http://www.playvid.com/watch/6YCqEHAq3xM, http://www.playvid.com/watch/59Dz0dibsEC, http://www.playvid.com/watch/VHph0lb56Rx,
http://www.playvid.com/watch/Ej2Wr3KJMH5, http://www.playvid.com/watch/GmDdk7YurLQ, http://www.playvid.com/watch/e4qH3ybG8tX,
http://www.playvid.com/watch/yuung5fUgQE, http://www.playvid.com/watch/SagkneS0Fcr, http://www.playvid.com/watch/4WdBRodNPj9,
http://www.playvid.com/watch/eXEeY8OSfC3, http://www.playvid.com/watch/mJKIf7hC0zG, http://www.playvid.com/watch/ZZrhzV4nVyE,
http://www.playvid.com/watch/03AEc8zql9K, http://www.playvid.com/watch/m8Zw8uOlm-x, http://www.playvid.com/watch/3jWQFhNuw9g,
http://www.playvid.com/watch/m-m33PuvLh9, http://www.playvid.com/watch/ad6-ywzcE5Q
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: koopmann

5.b. Uploader's email address: arne.nygaard1457@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/koopmann
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jAv9mLzPXFQ, http://www.playvid.com/watch/jtQpp5y8aDo,
http://www.playvid.com/watch/IVyMcldUDOR, http://www.playvid.com/watch/cCgx9xXa4RC, http://www.playvid.com/watch/yg6WucFnweF,
http://www.playvid.com/watch/NC9jolpzdlh, http://www.playvid.com/watch/pdIcm3INSu-, http://www.playvid.com/watch/lcAOUIsv2tT,
http://www.playvid.com/watch/BGXdMJqvAw8, http://www.playvid.com/watch/LJv9kCgQaqS, http://www.playvid.com/watch/4R3zS6LQWl4,
http://www.playvid.com/watch/SffK6ogr0OB, http://www.playvid.com/watch/fFzToRJTKIN, http://www.playvid.com/watch/D-3eAyJ7cWT,
http://www.playvid.com/watch/iwTfXNVlOSL, http://www.playvid.com/watch/fHzq9ff85Fu, http://www.playvid.com/watch/sCCAtrvo9Sw,
http://www.playvid.com/watch/Jb28UxKtVu4, http://www.playvid.com/watch/xucabvb7unB, http://www.playvid.com/watch/27zSqXuGmRi,
http://www.playvid.com/watch/XJjJJG4-EXY, http://www.playvid.com/watch/JLEFzxjcRSf, http://www.playvid.com/watch/-GMH0IHmLBq,
http://www.playvid.com/watch/U2SGkdQOQrP, http://www.playvid.com/watch/QfQK879WNgI, http://www.playvid.com/watch/RS3Afb9lplc,
http://www.playvid.com/watch/e5lTVkg2CqD, http://www.playvid.com/watch/YyQQY8LtI-H, http://www.playvid.com/watch/e6YIkCYf-VV,
http://www.playvid.com/watch/uZgH-0WPHJp, http://www.playvid.com/watch/yzAUeWKjSyR, http://www.playvid.com/watch/sDU7GsPdMP4,
http://www.playvid.com/watch/uvbl9lvzR8S, http://www.playvid.com/watch/t98EywbhgKu, http://www.playvid.com/watch/A2ldABBiDBb,
http://www.playvid.com/watch/D50W2VUBAwr, http://www.playvid.com/watch/oDp8cqD20WC, http://www.playvid.com/watch/6ShTrPn5Cxk,
http://www.playvid.com/watch/zDLOS97Y-bf, http://www.playvid.com/watch/FAHinxrSsvl, http://www.playvid.com/watch/RBmDK0XhgSR,
http://www.playvid.com/watch/Yxxo64YTmDW, http://www.playvid.com/watch/aVZBOrDMDKe, http://www.playvid.com/watch/MGYoPFNfRhy,
http://www.playvid.com/watch/DKvgl79g-qc, http://www.playvid.com/watch/--bxO7Sm5fq, http://www.playvid.com/watch/jG4UDJajPCI,
http://www.playvid.com/watch/Op2QJ-niBB6, http://www.playvid.com/watch/POveJcfcVIx, http://www.playvid.com/watch/fZVygaBFavT,
http://www.playvid.com/watch/9AlKGcdf3tL, http://www.playvid.com/watch/oQ0rG-cPblO, http://www.playvid.com/watch/cplfJftQCO5,
http://www.playvid.com/watch/NMHtTd-IxqL, http://www.playvid.com/watch/crX2yG24ypk, http://www.playvid.com/watch/mStMileJFqM,
http://www.playvid.com/watch/vrvYKXHfH-R, http://www.playvid.com/watch/L5X5brxuIyn, http://www.playvid.com/watch/0omXr0t9C-g,
http://www.playvid.com/watch/arBRwTQlzcV, http://www.playvid.com/watch/FS0FvaQI835, http://www.playvid.com/watch/hYqdqGwF0ft,
http://www.playvid.com/watch/KsQF5CPO8ww, http://www.playvid.com/watch/Grs-mXDwFwg, http://www.playvid.com/watch/xUbLfYSonay,
http://www.playvid.com/watch/5DCCPhbDj-M, http://www.playvid.com/watch/VUDuHn4uZ5N, http://www.playvid.com/watch/60VfEdDcxlT,
http://www.playvid.com/watch/UamtWlCMiSs, http://www.playvid.com/watch/pt5-axCp4cB, http://www.playvid.com/watch/wHBA5GBF5Gc,
http://www.playvid.com/watch/BpHIBBsUlB6, http://www.playvid.com/watch/WKol2hN2HvC, http://www.playvid.com/watch/EQd5R-DqfDu,
http://www.playvid.com/watch/GAr6GLyCemX, http://www.playvid.com/watch/q2MCDnh65Az, http://www.playvid.com/watch/tE5zvyaemXm,
http://www.playvid.com/watch/rTkuoaPQXSS, http://www.playvid.com/watch/hsew2ZwKj8f, http://www.playvid.com/watch/8VrDAFeBKFZ,
http://www.playvid.com/watch/fn4kpcRFHnF, http://www.playvid.com/watch/VmttI8ABuYL, http://www.playvid.com/watch/JOvsQg77JlO,
http://www.playvid.com/watch/wDZCou5gYyg, http://www.playvid.com/watch/Ficr45F-5o7, http://www.playvid.com/watch/pAkSlBwN4jA,
http://www.playvid.com/watch/yiZX0S73NLI, http://www.playvid.com/watch/aduf2rltw2Y, http://www.playvid.com/watch/qAOQLxGG5Qs,
http://www.playvid.com/watch/iWjXt3X8QvB, http://www.playvid.com/watch/aJ2Oei2GvIx, http://www.playvid.com/watch/wXTeTi4Sdc3,
http://www.playvid.com/watch/HTUlXUlPemE, http://www.playvid.com/watch/vZAb7QydUac, http://www.playvid.com/watch/4FoQu3N4WD0,
http://www.playvid.com/watch/uhDAjj6Twkj, http://www.playvid.com/watch/NC2ysZ90z8H, http://www.playvid.com/watch/wfZwiUFsDyh,
http://www.playvid.com/watch/-jogMOTDvC0, http://www.playvid.com/watch/JqbaGNzyEZq, http://www.playvid.com/watch/fEcLvFzQKQH,
http://www.playvid.com/watch/i0KU9fwwW9h, http://www.playvid.com/watch/FDXyVsbHlDd, http://www.playvid.com/watch/UAchvAEpxaw,
http://www.playvid.com/watch/buErJrh9kvi, http://www.playvid.com/watch/rYHNqO9Rxek, http://www.playvid.com/watch/-gVzH-UE-r0,
http://www.playvid.com/watch/AK6TSCILPXS, http://www.playvid.com/watch/6GhIvcJtk3c, http://www.playvid.com/watch/a-EKyVoeJTg,
http://www.playvid.com/watch/k2WDWTigsw6, http://www.playvid.com/watch/T43wRhBF2Bc, http://www.playvid.com/watch/msWrG5qHsJr,
http://www.playvid.com/watch/aQNt9FswLy8, http://www.playvid.com/watch/TFT9rdV7Qk3, http://www.playvid.com/watch/P8qtWSjVs5b,
http://www.playvid.com/watch/5qOIpyCAQbI, http://www.playvid.com/watch/WFz0c0wEcCn, http://www.playvid.com/watch/qLJNCaIpx4b,
http://www.playvid.com/watch/4WdyxJTGr5g, http://www.playvid.com/watch/cptNpuxp76q, http://www.playvid.com/watch/i8gI9S7r6Dn,
http://www.playvid.com/watch/eziLDk86RGU, http://www.playvid.com/watch/8I0bjN-Pz0X, http://www.playvid.com/watch/0SdCmr8t7vO,
http://www.playvid.com/watch/vLdNurJ2n6I, http://www.playvid.com/watch/uPvRPJXOWJs, http://www.playvid.com/watch/SdQ7NXX3jPw,
http://www.playvid.com/watch/hkiQWyFgruK, http://www.playvid.com/watch/n3pCj650PNl, http://www.playvid.com/watch/7Znmbj5NYhK,
http://www.playvid.com/watch/N5kEo0geHB3, http://www.playvid.com/watch/mwyaF6zr2MN, http://www.playvid.com/watch/ejxV4MX8Tz0,
http://www.playvid.com/watch/3BmvqvrZ90W, http://www.playvid.com/watch/hsyVJFKX8tc, http://www.playvid.com/watch/YY3a8pbskKG,
http://www.playvid.com/watch/sIEB9MrHS-J, http://www.playvid.com/watch/DQOIwyxxlqF, http://www.playvid.com/watch/iS6UEAjFq2W,
http://www.playvid.com/watch/H7IZGfVGWdA, http://www.playvid.com/watch/dPJzkzIQEP7, http://www.playvid.com/watch/wDHEVxQwsnC,
http://www.playvid.com/watch/cZATFnilMqm, http://www.playvid.com/watch/Z9ZmhR7TEaX, http://www.playvid.com/watch/20dZXcLYj9b,
http://www.playvid.com/watch/WZRzHZkajnX, http://www.playvid.com/watch/CAMmD5TSARt, http://www.playvid.com/watch/lfUjHoCK7er,
http://www.playvid.com/watch/b7PqqXfCV2Q, http://www.playvid.com/watch/F4h23GXw-yV, http://www.playvid.com/watch/lt9dzGcrwTY,
http://www.playvid.com/watch/-ShiHrovnkK, http://www.playvid.com/watch/qUE0AhDDV5c, http://www.playvid.com/watch/NoegI2VwQQ6,
http://www.playvid.com/watch/HZFPfLSasgM, http://www.playvid.com/watch/eWjCB5p0m6S, http://www.playvid.com/watch/9sJhyMDCxyS,
http://www.playvid.com/watch/fJARKUUPrVt, http://www.playvid.com/watch/e5aSXPxraB5, http://www.playvid.com/watch/rO8AA4EQBJq,
http://www.playvid.com/watch/xYhwBMQrIpL, http://www.playvid.com/watch/55buLQ4eboh, http://www.playvid.com/watch/QDCovwhYKFq,
http://www.playvid.com/watch/wtZIOQwFC3b, http://www.playvid.com/watch/2fSmknZd3yt, http://www.playvid.com/watch/U2GdKbapang,
http://www.playvid.com/watch/Dk-gPYNiK6P, http://www.playvid.com/watch/6yvQCo0I2JL, http://www.playvid.com/watch/SB07UEGdza0,
http://www.playvid.com/watch/Lrl7elb6K0u, http://www.playvid.com/watch/Zz4Oq4VZqPk, http://www.playvid.com/watch/bTwcpEoLc9M,
http://www.playvid.com/watch/mvVMA5SGDqR, http://www.playvid.com/watch/n69ed5JVTwG, http://www.playvid.com/watch/sLsofbYv0oS,
http://www.playvid.com/watch/i5OqeOdwe4F, http://www.playvid.com/watch/9QqRgUz9x0v, http://www.playvid.com/watch/FfEpBBvbNMG,
http://www.playvid.com/watch/A9WeZJI9Do8, http://www.playvid.com/watch/vanRnFgM-D7, http://www.playvid.com/watch/0jkc4pQzAvI,
http://www.playvid.com/watch/cb9JXKxwzdK, http://www.playvid.com/watch/TKRAGJbwH5o, http://www.playvid.com/watch/z98Hit3k2r3,
http://www.playvid.com/watch/ucsB3UMRFdY, http://www.playvid.com/watch/mVtZSh4mjzh, http://www.playvid.com/watch/FSD9niEddAh,
http://www.playvid.com/watch/boCxLa7OTBy, http://www.playvid.com/watch/bUyDVs94eqw, http://www.playvid.com/watch/tT5f0WvpeB7,
http://www.playvid.com/watch/k4ELxRtAAke, http://www.playvid.com/watch/Lzq3oW55Z8p, http://www.playvid.com/watch/YATYW34Chxc,
http://www.playvid.com/watch/sei9iNbrLv3, http://www.playvid.com/watch/69Sqgg08say, http://www.playvid.com/watch/l5h8paZBtwj,
http://www.playvid.com/watch/2Aoir65N6Jz, http://www.playvid.com/watch/t70sgtcOM5H, http://www.playvid.com/watch/7wD7vfWUpXo,
http://www.playvid.com/watch/6dn-JRKgn-4, http://www.playvid.com/watch/dq3rd8ER6VA, http://www.playvid.com/watch/4bSwT7O-6Fg,
http://www.playvid.com/watch/jjjWrRYKQYh, http://www.playvid.com/watch/m2gFFFqm-e6, http://www.playvid.com/watch/2h6WGGN9uOk,
http://www.playvid.com/watch/CLRnXPjgRhd, http://www.playvid.com/watch/ZBYWjv0Saeb, http://www.playvid.com/watch/Bxaha6v3vrk,
http://www.playvid.com/watch/LsODkpTVUyO, http://www.playvid.com/watch/pwv5kv3IwMJ, http://www.playvid.com/watch/QWFclgI-wd2,
http://www.playvid.com/watch/zKvCcqSNu7L, http://www.playvid.com/watch/RD6QAafuFF4, http://www.playvid.com/watch/kxloCVHzvU9,
http://www.playvid.com/watch/y2zb6JePhD4, http://www.playvid.com/watch/gbK0TDNvsOw, http://www.playvid.com/watch/MfyVT2PBVt9,
http://www.playvid.com/watch/QZgwh73Uwup, http://www.playvid.com/watch/dkbExoVubFJ, http://www.playvid.com/watch/3TjigL2BN4O,
http://www.playvid.com/watch/VlTJaA82kUy, http://www.playvid.com/watch/poq3ateXn3w, http://www.playvid.com/watch/ohJSqC57slg,
http://www.playvid.com/watch/94hAuR3OGIx, http://www.playvid.com/watch/sGWKmsE4fUO, http://www.playvid.com/watch/epB5lxT-kBJ,
http://www.playvid.com/watch/FursZxPchHp, http://www.playvid.com/watch/8A2yvBqfoGM, http://www.playvid.com/watch/S8bylPRbrDv,
http://www.playvid.com/watch/fNFSJCu-4sM, http://www.playvid.com/watch/UNU63gJynwY, http://www.playvid.com/watch/RqrPe2UeuvI,
http://www.playvid.com/watch/XjqJZNsxP5O, http://www.playvid.com/watch/0pU3gHcA40o, http://www.playvid.com/watch/GlAIcltcPzo,
http://www.playvid.com/watch/J4sayMw8ns4, http://www.playvid.com/watch/mpaTTFtkQet, http://www.playvid.com/watch/e7BUotC9sIs,
http://www.playvid.com/watch/KFb75ujBsZ3, http://www.playvid.com/watch/jBrWJsLihVo, http://www.playvid.com/watch/rKUyRHKMqsf,
http://www.playvid.com/watch/2L2b3RTtSMw, http://www.playvid.com/watch/F3kBeSFpti8, http://www.playvid.com/watch/FmBOhXuBZWl,
http://www.playvid.com/watch/Zj6PkzWhb0a, http://www.playvid.com/watch/xsLXlSSi5Hs, http://www.playvid.com/watch/r-0hD5G56Fl,
http://www.playvid.com/watch/iC32I-YrNam, http://www.playvid.com/watch/d6YgAe3E6oL, http://www.playvid.com/watch/u2F-T0xTs0r,
http://www.playvid.com/watch/ZVEul5zqWUp, http://www.playvid.com/watch/-P7dChs0xFk, http://www.playvid.com/watch/iX9m74JGUv6,
http://www.playvid.com/watch/JV5bf44VCR3, http://www.playvid.com/watch/HJaYgtASPaW, http://www.playvid.com/watch/tseTfXf9qQY,
http://www.playvid.com/watch/RNjvmStJKNX, http://www.playvid.com/watch/e3FsT0adFWV, http://www.playvid.com/watch/n5liwP6AFN4,
http://www.playvid.com/watch/nYkfsD0oYue, http://www.playvid.com/watch/fih2LoSLscg, http://www.playvid.com/watch/9CVTpyjQky7,
http://www.playvid.com/watch/ZTA467WCY93, http://www.playvid.com/watch/m9ZI8-w6pnP, http://www.playvid.com/watch/zga9MUvU6FR,
http://www.playvid.com/watch/lPmR7GTMK8K, http://www.playvid.com/watch/bapcBvDUPDQ, http://www.playvid.com/watch/g57l9pyiu3X,
http://www.playvid.com/watch/qvJf-VVPqOM, http://www.playvid.com/watch/MyIGEnm5LSl, http://www.playvid.com/watch/EdJ9RXwjAvM,
http://www.playvid.com/watch/awwXA24wD69, http://www.playvid.com/watch/83evuT-GQiQ, http://www.playvid.com/watch/qAToCtikhDF,
http://www.playvid.com/watch/atm0sZD3zIR, http://www.playvid.com/watch/EdVI5J6uRAV, http://www.playvid.com/watch/QpkQnUj-kYe,
http://www.playvid.com/watch/2LFdoTxU3f6, http://www.playvid.com/watch/mSTrR5qsQD2, http://www.playvid.com/watch/GHEZ-ugoUpY,

http://www.playvid.com/watch/KEtMHLFRU8A, http://www.playvid.com/watch/bIzyxhVxY8u, http://www.playvid.com/watch/4AhyCRRxXph, http://www.playvid.com/watch/DZ2vqcCHqWn, http://www.playvid.com/watch/SQ25W4c6nQ6, http://www.playvid.com/watch/rULRhqCerbT, http://www.playvid.com/watch/zejMWO-Cajq, http://www.playvid.com/watch/rpxLiZHzk6e, http://www.playvid.com/watch/WwzZ6mpEtxR, http://www.playvid.com/watch/703q72yQk-8, http://www.playvid.com/watch/TGju2BIyTOk, http://www.playvid.com/watch/5bH3YCBtMvy, http://www.playvid.com/watch/6bOYijRiegg, http://www.playvid.com/watch/dzo-r4CULYD, http://www.playvid.com/watch/pErRUXnqPZj, http://www.playvid.com/watch/70eie2AcQOh, http://www.playvid.com/watch/0vL9Giq30SO, http://www.playvid.com/watch/za8duXn-V9e, http://www.playvid.com/watch/PyoL-k-d4XI, http://www.playvid.com/watch/2pO6ri0r-hB, http://www.playvid.com/watch/PolcM2C-T4u, http://www.playvid.com/watch/tWwJzaWEFej, http://www.playvid.com/watch/WMxqa58G3iJ, http://www.playvid.com/watch/wEnnjkevTKj, http://www.playvid.com/watch/sKaQE7FIAgC, http://www.playvid.com/watch/Rd0ZbE-KCiG, http://www.playvid.com/watch/lMC-F8aM8l5, http://www.playvid.com/watch/DrGoceTqJ3V, http://www.playvid.com/watch/OWBvaYU5xca, http://www.playvid.com/watch/I7KDGn8yKRP, http://www.playvid.com/watch/bkjjokDGEZp, http://www.playvid.com/watch/L93RAlwRLfr, http://www.playvid.com/watch/uw8O-k4Z8J3, http://www.playvid.com/watch/TQpDO4RPYZe, http://www.playvid.com/watch/Y0hec0UKlaP, http://www.playvid.com/watch/mRoGySvNlG5, http://www.playvid.com/watch/QEnbvfytX92, http://www.playvid.com/watch/8wb7Os8eK8E, http://www.playvid.com/watch/3nd5mabkhy0, http://www.playvid.com/watch/-QIaPdk5Uid, http://www.playvid.com/watch/rheG7Hfpty9, http://www.playvid.com/watch/9VjIVTLSk6f, http://www.playvid.com/watch/7Xqw92wrpH5, http://www.playvid.com/watch/IGkmCx80izc, http://www.playvid.com/watch/Z8tBauhdgzo, http://www.playvid.com/watch/Y4pHnrsZf9J, http://www.playvid.com/watch/URb5PbbUF2v, http://www.playvid.com/watch/gYcIpLlMnwP, http://www.playvid.com/watch/dFuGVFf0SFQ, http://www.playvid.com/watch/OWREqR4nmeC, http://www.playvid.com/watch/Y0xO6h4UiGJ, http://www.playvid.com/watch/Sea9Y7HOWR2, http://www.playvid.com/watch/Dyw-OPrTRpc, http://www.playvid.com/watch/40o0CbPQxx5, http://www.playvid.com/watch/LKlIm7ynvh4, http://www.playvid.com/watch/NZpz9MmvuIu, http://www.playvid.com/watch/N5qER56AUR3, http://www.playvid.com/watch/2eTPRiMl6FR, http://www.playvid.com/watch/8qc4Bly9wbZ, http://www.playvid.com/watch/gGKGWUoaS56, http://www.playvid.com/watch/ZSfgZp8vOQV, http://www.playvid.com/watch/kQXM8wr4ZEH, http://www.playvid.com/watch/D3w8mii3QHS, http://www.playvid.com/watch/KECf9DSk0pY, http://www.playvid.com/watch/rutkJ370RnK, http://www.playvid.com/watch/68s-epGwToI, http://www.playvid.com/watch/gji36ut9vpH, http://www.playvid.com/watch/m4jx-Yq0M7a, http://www.playvid.com/watch/BWNK2oX97YH, http://www.playvid.com/watch/pYsEm0OmQk-, http://www.playvid.com/watch/RufNV6RVYDP, http://www.playvid.com/watch/7tmkptAI6nI, http://www.playvid.com/watch/yCOXaH7DVT9, http://www.playvid.com/watch/7pKso7hxbeg, http://www.playvid.com/watch/4Y6PJGbQaAF, http://www.playvid.com/watch/PnjDjCW36Co, http://www.playvid.com/watch/e3quYAcGFMl, http://www.playvid.com/watch/DISOaT3JSAT, http://www.playvid.com/watch/InpGFQgmisE, http://www.playvid.com/watch/KIk25EfhtyA, http://www.playvid.com/watch/nofLKanLQZw, http://www.playvid.com/watch/MkS3jqFH2Xo, http://www.playvid.com/watch/Gpk4TJrf84y, http://www.playvid.com/watch/q3btxxnel8o, http://www.playvid.com/watch/8-XWFmK-2Eh, http://www.playvid.com/watch/OZ-tsJVFiW4, http://www.playvid.com/watch/IzFcQEeQSzo, http://www.playvid.com/watch/Pgy84QEt-Ig, http://www.playvid.com/watch/ipHTRyf224k, http://www.playvid.com/watch/2-3Ko9HSysz, http://www.playvid.com/watch/gantVve7cQp, http://www.playvid.com/watch/SvxhqVYsL5q, http://www.playvid.com/watch/6Prcn7GlBvc, http://www.playvid.com/watch/dOgW1lx4JJn, http://www.playvid.com/watch/VqxJGshYI6N, http://www.playvid.com/watch/35xv4JeHOwE, http://www.playvid.com/watch/5J9aJWGPuHP, http://www.playvid.com/watch/rU8h_gtEXW7, http://www.playvid.com/watch/ZsDVTJpBPA4, http://www.playvid.com/watch/y_sv8XLP4el, http://www.playvid.com/watch/55vj7V-o-dA, http://www.playvid.com/watch/aaPMvZv0IJF, http://www.playvid.com/watch/NeCuBwhgKwA, http://www.playvid.com/watch/HLT40zDGM9i, http://www.playvid.com/watch/NhdvC_ED4V4, http://www.playvid.com/watch/8SoQK-WBtMM, http://www.playvid.com/watch/0XnyO1-43fu, http://www.playvid.com/watch/J3bsNSGRKne, http://www.playvid.com/watch/qaEw-bR4KiV, http://www.playvid.com/watch/Xt0Iz1zsvX2, http://www.playvid.com/watch/uKA0ZfWhI03, http://www.playvid.com/watch/DvHaJQC7Ye4, http://www.playvid.com/watch/LpgXIJXJVuG, http://www.playvid.com/watch/gcy8LBsGZTT, http://www.playvid.com/watch/61uFtH1jpkU, http://www.playvid.com/watch/JkFq9IK4WTC, http://www.playvid.com/watch/a6ga6Ye2jbo, http://www.playvid.com/watch/TxX9KNUYO6Y, http://www.playvid.com/watch/sqkpaMXV_xh, http://www.playvid.com/watch/3iDt2GmoWrT, http://www.playvid.com/watch/tgVM49iR23E, http://www.playvid.com/watch/KxnHbzWJhsE, http://www.playvid.com/watch/MA2uYIJS4By, http://www.playvid.com/watch/rQlvMNmFzpR, http://www.playvid.com/watch/sB5zsI_8R1b, http://www.playvid.com/watch/Xh-nH0CqGzc, http://www.playvid.com/watch/vc9p_zNP16i, http://www.playvid.com/watch/hFXKa8lMuIa, http://www.playvid.com/watch/wCQ7Y7l8K7u, http://www.playvid.com/watch/bRxySqjTgxt, http://www.playvid.com/watch/bJ5IoyMxP_H, http://www.playvid.com/watch/EJFjT5G0sGG, http://www.playvid.com/watch/F5yoWsJTMDl, http://www.playvid.com/watch/G3viTermYsy, http://www.playvid.com/watch/57UYcYKSuc8, http://www.playvid.com/watch/gYXbnESyUq2, http://www.playvid.com/watch/NEmJYmIo3bn, http://www.playvid.com/watch/YYus8-vlkZs, http://www.playvid.com/watch/9CQUXvrFEB5, http://www.playvid.com/watch/P96J1uw8Nec, http://www.playvid.com/watch/SneCCb-T-g8, http://www.playvid.com/watch/Fccet7zDlQL, http://www.playvid.com/watch/NdqgE0WfHRE, http://www.playvid.com/watch/glsty_-hEtd, http://www.playvid.com/watch/3F5_xoxKzdY, http://www.playvid.com/watch/gzj_UY7OKIs, http://www.playvid.com/watch/SZRhFqH4b1h, http://www.playvid.com/watch/vscod-AVGcn, http://www.playvid.com/watch/lP4gTBLWWPQ, http://www.playvid.com/watch/zYNdPI7dvmZ, http://www.playvid.com/watch/qZ8bykLx-mM, http://www.playvid.com/watch/lHdnGOMth-s, http://www.playvid.com/watch/fv36Zq1-aYm, http://www.playvid.com/watch/NBj7kJRqI5k, http://www.playvid.com/watch/Rc-02R4PvRz, http://www.playvid.com/watch/luGT2_nllI7, http://www.playvid.com/watch/kltLr8lSBJQ, http://www.playvid.com/watch/OAqsawP2Y00, http://www.playvid.com/watch/xR7cSu8EOZE, http://www.playvid.com/watch/9FCiFdfAr0m, http://www.playvid.com/watch/VbR7gNJmgqT, http://www.playvid.com/watch/il05PIiUMVp, http://www.playvid.com/watch/8hsUVbFMjIl, http://www.playvid.com/watch/l2uL8mA0c42, http://www.playvid.com/watch/V2Ql2nyLYLN, http://www.playvid.com/watch/kq2oT6mT4Nl, http://www.playvid.com/watch/nTaunxFJNQ7, http://www.playvid.com/watch/MYZW7Ceb-fT, http://www.playvid.com/watch/RiVXDZ7Tyib, http://www.playvid.com/watch/3tLzc_FDy9n, http://www.playvid.com/watch/LH6i4W1V70r, http://www.playvid.com/watch/sG5Oft-H2SD, http://www.playvid.com/watch/69gakxne01Q, http://www.playvid.com/watch/4hz5VfpHuM6, http://www.playvid.com/watch/UaoSYRuiH6L, http://www.playvid.com/watch/RAwO2bkcHRf, http://www.playvid.com/watch/qwWNwydciQo, http://www.playvid.com/watch/N7ZmUD6t-xY, http://www.playvid.com/watch/Tkn6Cwh6L5K, http://www.playvid.com/watch/792pUNjcbFS, http://www.playvid.com/watch/709roqdAbRw, http://www.playvid.com/watch/xbNnc-p5gdN, http://www.playvid.com/watch/73-u7ziDP8m, http://www.playvid.com/watch/BLR7BCpbMzB, http://www.playvid.com/watch/Eu7AO3P-vr5, http://www.playvid.com/watch/wdDn35i11MB, http://www.playvid.com/watch/5_H9zKhmoaW, http://www.playvid.com/watch/yrtOCm2_nuI, http://www.playvid.com/watch/ATZXn4XepJS, http://www.playvid.com/watch/03aBRjcQiip, http://www.playvid.com/watch/WrDccQRo9aA, http://www.playvid.com/watch/F72iXAlKzbr, http://www.playvid.com/watch/yRRXt50oJxi, http://www.playvid.com/watch/d2CSoeZ9c_B, http://www.playvid.com/watch/yQ3sSE2SHMj, http://www.playvid.com/watch/dzC2_UT4EqX, http://www.playvid.com/watch/DuJl3vln6yw, http://www.playvid.com/watch/o1X4nMCG770, http://www.playvid.com/watch/nfozf8Iz03Q, http://www.playvid.com/watch/Fjpq8520tLz, http://www.playvid.com/watch/98rwdDRNc9o, http://www.playvid.com/watch/77b0sGK99TL, http://www.playvid.com/watch/hecLQ6YzK7M, http://www.playvid.com/watch/NZQtGwtjCaS, http://www.playvid.com/watch/XY26irMe-Wv, http://www.playvid.com/watch/5ttPqOrtzrr, http://www.playvid.com/watch/SBDRkIuYZDk, http://www.playvid.com/watch/cJA_v5zZJqJ, http://www.playvid.com/watch/QyaM_MU4ivP, http://www.playvid.com/watch/RaREfDFJedQ, http://www.playvid.com/watch/QbAAO6wJxFF, http://www.playvid.com/watch/Nvup5Qx5gYY, http://www.playvid.com/watch/g-hOAMP6Z4J, http://www.playvid.com/watch/9UaGDJYzI0K, http://www.playvid.com/watch/i7hNCBnLKWe, http://www.playvid.com/watch/oTsU4EwAWu6, http://www.playvid.com/watch/zZx26seag_v, http://www.playvid.com/watch/sTugqrsJnOu, http://www.playvid.com/watch/jXsNck9PyMQ, http://www.playvid.com/watch/HfY4bpuZkWz, http://www.playvid.com/watch/BKsQrXgn0nG, http://www.playvid.com/watch/k34UEWYXj8m, http://www.playvid.com/watch/mrPaWUTBtDq, http://www.playvid.com/watch/Wi5qvfCpUA4, http://www.playvid.com/watch/Ncm7z6mv_-U, http://www.playvid.com/watch/DZlGt3DNKfZ, http://www.playvid.com/watch/PDUyDi0jWJy, http://www.playvid.com/watch/bOniX5yx-Bb, http://www.playvid.com/watch/fCkOZ0r1LvJ, http://www.playvid.com/watch/01dJb8iTiEt, http://www.playvid.com/watch/YIvaAH6v3_c, http://www.playvid.com/watch/2LzG1IDaDAm, http://www.playvid.com/watch/bRYWJmOqDoo, http://www.playvid.com/watch/G7ZSIL98WuO, http://www.playvid.com/watch/pwKNpZkJBPI, http://www.playvid.com/watch/i595DMn5Wlo, http://www.playvid.com/watch/DPGAmZb18jr, http://www.playvid.com/watch/p7kd15f_-Co, http://www.playvid.com/watch/PyG9SzWOtob, http://www.playvid.com/watch/LNFPbA2Cvm3, http://www.playvid.com/watch/aQp_sJED6n8, http://www.playvid.com/watch/nx9eHZ9X9Wd, http://www.playvid.com/watch/j-0nMIfP2XY, http://www.playvid.com/watch/wzJ5IxQICdS, http://www.playvid.com/watch/C68alTY40JT, http://www.playvid.com/watch/kPuP_YmlPc5, http://www.playvid.com/watch/8KR9lgMbHhO, http://www.playvid.com/watch/RikeIhtoLw2, http://www.playvid.com/watch/ROdjqMuv8H9, http://www.playvid.com/watch/JJzEZOQR2gT, http://www.playvid.com/watch/RDMpwSTK4oE, http://www.playvid.com/watch/4MueXzsTnsS, http://www.playvid.com/watch/0zFYc7ODV_G, http://www.playvid.com/watch/nHVtypwP8Ux, http://www.playvid.com/watch/daAF4pEgIPe, http://www.playvid.com/watch/cTjkLY5nqOR, http://www.playvid.com/watch/J_GpbCEnHwj, http://www.playvid.com/watch/4wefYgLDjtj, http://www.playvid.com/watch/2dpngcmv3BN, http://www.playvid.com/watch/CqtDu1OQvUO, http://www.playvid.com/watch/NMyuD56DoTN, http://www.playvid.com/watch/0kpH41iS8nU, http://www.playvid.com/watch/eqmyp_Nf9HY, http://www.playvid.com/watch/Bn1dh3qieoY, http://www.playvid.com/watch/S_DPO3pzjVO, http://www.playvid.com/watch/XErl8X1WEcj, http://www.playvid.com/watch/cCcnEyU8Ti9, http://www.playvid.com/watch/wFXIsF2qITc, http://www.playvid.com/watch/mmR8Gl1dxn0, http://www.playvid.com/watch/K1mii4WKgTp, http://www.playvid.com/watch/b2og-fJ4DqV, http://www.playvid.com/watch/Fh4d1Ft8917, http://www.playvid.com/watch/wmR_nuuXr1Y, http://www.playvid.com/watch/kmmXGGgkhEV, http://www.playvid.com/watch/A-nXrYKJFzy, http://www.playvid.com/watch/6T5KJdT-jKm, http://www.playvid.com/watch/qe3k78iaGSN, http://www.playvid.com/watch/ThIc1K3BIFB, http://www.playvid.com/watch/QUczJ1jldLz, http://www.playvid.com/watch/B7MI0uwycYL, http://www.playvid.com/watch/pAqM5NlBI2A, http://www.playvid.com/watch/a4S2MRhAToY, http://www.playvid.com/watch/6MCOtdhg7jL, http://www.playvid.com/watch/tqfzsJgLWWl, http://www.playvid.com/watch/xGJzsIDExTc, http://www.playvid.com/watch/vZ_UxsatlKI, http://www.playvid.com/watch/EqD4zisqtNI

5.f. Date of third notice: 2015-06-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kordonoso
5.b. Uploader's email address: kordonoso@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kordonoso
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7dCjGT6J82O, http://www.playvid.com/watch/QUxc6vOKT43,
http://www.playvid.com/watch/gyebWrv4kCv, http://www.playvid.com/watch/j5Gn7Q7oPVE, http://www.playvid.com/watch/LFqjVkNLbtb,
http://www.playvid.com/watch/s6RXFIOpWrh, http://www.playvid.com/watch/qpqQS8yACFh, http://www.playvid.com/watch/ot7XEKnafC9,
http://www.playvid.com/watch/ahJ3dmW9M2Q, http://www.playvid.com/watch/YKEVsqJy9HV, http://www.playvid.com/watch/efLT-MPOwhg,
http://www.playvid.com/watch/KEvlmh3zEFL, http://www.playvid.com/watch/CMoORVOIwJC, http://www.playvid.com/watch/VCTJLWuaPYb,
http://www.playvid.com/watch/EzbYyMsOr58, http://www.playvid.com/watch/wwIiM4lqlRl, http://www.playvid.com/watch/mFNw5FlAoIQ,
http://www.playvid.com/watch/miujqpx3-IQ, http://www.playvid.com/watch/nizSZr3X9fl, http://www.playvid.com/watch/CGf9CXgvNlZ,
http://www.playvid.com/watch/6G6BZCUzRxs, http://www.playvid.com/watch/Qk0kPM0smzC, http://www.playvid.com/watch/6VM9qu7GCWf,
http://www.playvid.com/watch/Anh5x-twbvj, http://www.playvid.com/watch/dRBYvRKWvTk, http://www.playvid.com/watch/z9tNAA5azaL,
http://www.playvid.com/watch/oZYLQReBQVK, http://www.playvid.com/watch/A-MaJKBD0jz, http://www.playvid.com/watch/e0MAPhF9y5v,
http://www.playvid.com/watch/RFbiFaMEWCm, http://www.playvid.com/watch/5nri3FpLEzC, http://www.playvid.com/watch/Ftok2EXC8Tq,
http://www.playvid.com/watch/MGMiIriWRNW, http://www.playvid.com/watch/LaUYht45Mz-, http://www.playvid.com/watch/xqkzqlIcpZo,
http://www.playvid.com/watch/FabZjPSBZrs, http://www.playvid.com/watch/HfKMBsBkI4P, http://www.playvid.com/watch/FhKujVI3YZY,
http://www.playvid.com/watch/Wtn47Lw0PZR, http://www.playvid.com/watch/BBsNRDWV9US, http://www.playvid.com/watch/TNO0BegwRnL,
http://www.playvid.com/watch/j2sGJUVUwlh, http://www.playvid.com/watch/ntP6uKV3nIg, http://www.playvid.com/watch/W4TMvhRAQiO,
http://www.playvid.com/watch/RuWHIxKJejx, http://www.playvid.com/watch/5Ht98jjKQLo, http://www.playvid.com/watch/DeVAu9GV5F2,
http://www.playvid.com/watch/cgCxipQMkmZ, http://www.playvid.com/watch/0hIHXIgujQd, http://www.playvid.com/watch/hGmREAY-0eC,
http://www.playvid.com/watch/pSUWk6CLAn3, http://www.playvid.com/watch/IDLjXOdjpOf, http://www.playvid.com/watch/hh9w2mQr27a,
http://www.playvid.com/watch/NrfKYZb6APn, http://www.playvid.com/watch/QPokxjSlAkx, http://www.playvid.com/watch/g9By7ArzyFK,
http://www.playvid.com/watch/bTItzP2h4NK, http://www.playvid.com/watch/f2V3duAFJvM, http://www.playvid.com/watch/yoOYtmsGBCV,
http://www.playvid.com/watch/9gRzkymgEVw, http://www.playvid.com/watch/tZqzZTjBnav, http://www.playvid.com/watch/JMjwwZYMVyb,
http://www.playvid.com/watch/Rh-vnarJFJS, http://www.playvid.com/watch/zTv25cBXwgj, http://www.playvid.com/watch/Vgb-p6OEyMw,
http://www.playvid.com/watch/jKkin6BarW9, http://www.playvid.com/watch/njzYdMeDVMC, http://www.playvid.com/watch/cEoONzm9OLs,
http://www.playvid.com/watch/DHXgo8qQwOE, http://www.playvid.com/watch/Jz0sR-bavGz, http://www.playvid.com/watch/LRXB-CURdEU,
http://www.playvid.com/watch/5wlMxZI5ylo, http://www.playvid.com/watch/UxZB48ObGcc, http://www.playvid.com/watch/lDNIOhQNPNn,
http://www.playvid.com/watch/fjWdfK9YrYr, http://www.playvid.com/watch/PhFptf-5LJR, http://www.playvid.com/watch/E-z9Wyus5JV,
http://www.playvid.com/watch/DVVXKjPwj6E, http://www.playvid.com/watch/4eNCgxceY8B, http://www.playvid.com/watch/JvOwIr2ROkR,
http://www.playvid.com/watch/7Npeu0N7U8B, http://www.playvid.com/watch/6Jm65GrX9gN, http://www.playvid.com/watch/ycZ5YSUIxfL,
http://www.playvid.com/watch/qckMSuXxVOO, http://www.playvid.com/watch/eGvlCtEvHqA, http://www.playvid.com/watch/ebcIRRmhrP-,
http://www.playvid.com/watch/zY-dECMLxgM, http://www.playvid.com/watch/qJMwVHuc-Rr, http://www.playvid.com/watch/zEAiywF7t7U,
http://www.playvid.com/watch/sME7JEYg8uN, http://www.playvid.com/watch/0LDlqSwXoQg, http://www.playvid.com/watch/uMV84XqZMmE,
http://www.playvid.com/watch/gD4X52eNFXE, http://www.playvid.com/watch/G0oXxpAkswl, http://www.playvid.com/watch/4ZCqXLJpR3v,
http://www.playvid.com/watch/LcfvSmBrzJt, http://www.playvid.com/watch/YSDULeXGBMa, http://www.playvid.com/watch/4tuIbaEWBOd,
http://www.playvid.com/watch/EQUIO29LI3f, http://www.playvid.com/watch/djbwUOUv-Yj, http://www.playvid.com/watch/dg07dwJddkG,
http://www.playvid.com/watch/UYUqC5Ik8fY, http://www.playvid.com/watch/4t94Y2t5lkB, http://www.playvid.com/watch/BylB7zKjrSD,
http://www.playvid.com/watch/Y6BEouFbWvP, http://www.playvid.com/watch/XBwE8mxWvHo, http://www.playvid.com/watch/q9FngrD5q2z,
http://www.playvid.com/watch/rBZ5hmk-Prr, http://www.playvid.com/watch/yB2NzbkBvno, http://www.playvid.com/watch/PzQ7RD9ET0F,
http://www.playvid.com/watch/nsThKyM89Kv, http://www.playvid.com/watch/I6hBpTAapIJ, http://www.playvid.com/watch/Q07s0rteXZJ,
http://www.playvid.com/watch/b80Ja8JRtrj, http://www.playvid.com/watch/u9qIaQCfNbV, http://www.playvid.com/watch/5CFHMO9UH9O,
http://www.playvid.com/watch/lYMrQR7p2M4, http://www.playvid.com/watch/AtI-TXPjK5U, http://www.playvid.com/watch/halmBoev5ar,
http://www.playvid.com/watch/g2Gilh7LHTr, http://www.playvid.com/watch/JpCJMbdPLwX, http://www.playvid.com/watch/bftrllA6seO,
http://www.playvid.com/watch/qGasitETTcm, http://www.playvid.com/watch/56KSUZIEhzs, http://www.playvid.com/watch/PAv3n2nGGzL,
http://www.playvid.com/watch/YKeQ8IOzNZy, http://www.playvid.com/watch/7F7PXt4Cpyh, http://www.playvid.com/watch/34PGGzLElpZ,
http://www.playvid.com/watch/XamaQYEoiGy, http://www.playvid.com/watch/byeafhQDgEG, http://www.playvid.com/watch/LGUEzA62FCn,
http://www.playvid.com/watch/qYt7H0nkIMp, http://www.playvid.com/watch/rGVyFYo03Ls, http://www.playvid.com/watch/NbKVrPyb9Xu,
http://www.playvid.com/watch/Or8yLTYqY7A, http://www.playvid.com/watch/ItWsXyRwnRo, http://www.playvid.com/watch/nfxCtiwiT-i,
http://www.playvid.com/watch/WQ9Gr3wKCJE, http://www.playvid.com/watch/heamgPEeH34, http://www.playvid.com/watch/jopq7L79q-w,
http://www.playvid.com/watch/PyvmK2cIabq, http://www.playvid.com/watch/MJQ3FsZDIZ0, http://www.playvid.com/watch/BHWfekYFVkb,
http://www.playvid.com/watch/XUjlBEB8LMl, http://www.playvid.com/watch/uCRb8USCYpI, http://www.playvid.com/watch/Sia2evYLpde,
http://www.playvid.com/watch/rdbr7tFvlAx, http://www.playvid.com/watch/rCpIXja6rWL, http://www.playvid.com/watch/FY05LA8Mdzp,
http://www.playvid.com/watch/BLwkDbnYycC, http://www.playvid.com/watch/AKARHkxSYjv, http://www.playvid.com/watch/v5z8X4ARhXk,
http://www.playvid.com/watch/4RDro5L0HXj, http://www.playvid.com/watch/lljbMcO632m, http://www.playvid.com/watch/BoKhSVSsFBm,
http://www.playvid.com/watch/u6iAfKk7rPG, http://www.playvid.com/watch/O76QwNfdXeQ, http://www.playvid.com/watch/GjxTkp2Brqv,
http://www.playvid.com/watch/byJl5e2CINU, http://www.playvid.com/watch/UgBjpJBv8Zq, http://www.playvid.com/watch/O0qDZbgbs5n,
http://www.playvid.com/watch/G92IyaiAs9W, http://www.playvid.com/watch/wEa-lGNHIjO, http://www.playvid.com/watch/S99K6TxUdI5,
http://www.playvid.com/watch/TXMh-5sgw5d, http://www.playvid.com/watch/OZvcmwwerg4, http://www.playvid.com/watch/nv7AathtEtg,
http://www.playvid.com/watch/GGHqupQbdJ0, http://www.playvid.com/watch/LU0ppKByB8R, http://www.playvid.com/watch/Uxt0MRvLsgw,
http://www.playvid.com/watch/RmjSjS-9nLP, http://www.playvid.com/watch/yaexFsBcLWF, http://www.playvid.com/watch/eXgRK9ID-wv,
http://www.playvid.com/watch/7-EM0ZxA4s6, http://www.playvid.com/watch/nUshzDFoJAJ, http://www.playvid.com/watch/a36B3e3hUEl,
http://www.playvid.com/watch/LNHHQFflvJv, http://www.playvid.com/watch/l677i5ra-8A, http://www.playvid.com/watch/DEdP4UKzjgi,
http://www.playvid.com/watch/u7RFNCGAsn8, http://www.playvid.com/watch/quOax4mMBwq, http://www.playvid.com/watch/9dGKTI9VZGv,
http://www.playvid.com/watch/W9VYRKeM-hG, http://www.playvid.com/watch/umgQKi0SxNM, http://www.playvid.com/watch/Sie3SogqxHz,
http://www.playvid.com/watch/p-bmEzVu8gR, http://www.playvid.com/watch/O7y5FdBb-wS
5.f. Date of third notice: 2014-02-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kratos300
5.b. Uploader's email address: cantelixxx@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kratos300
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GtwbWtf5p9D, http://www.playvid.com/watch/NYHGzQBFG6z,
http://www.playvid.com/watch/3QEXR6-F0qq, http://www.playvid.com/watch/AKjcBD0yy5H, http://www.playvid.com/watch/tWQ7N2hcibK,
http://www.playvid.com/watch/TaSWqOaO0Pw, http://www.playvid.com/watch/QrgXDKDyg9L, http://www.playvid.com/watch/D3D7TUqMLEz,
http://www.playvid.com/watch/87iExFV4-hT, http://www.playvid.com/watch/mG87EsNQGBa, http://www.playvid.com/watch/4Eyt9E1c21C
5.f. Date of third notice: 2014-02-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kriscolin
5.b. Uploader's email address: wearyhoot@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kriscolin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pNV2dmUEQnm, http://www.playvid.com/watch/WPaqETL7BcV,
http://www.playvid.com/watch/tpN7kkQInw2, http://www.playvid.com/watch/JL739RWK3J2, http://www.playvid.com/watch/PEo9vesYhUO,
http://www.playvid.com/watch/WwSnGCj3ngK, http://www.playvid.com/watch/gIbaBEePybb, http://www.playvid.com/watch/BFWW70S5Lp8,
http://www.playvid.com/watch/p2hcIWPvl-4, http://www.playvid.com/watch/xRYb6KEKU4k, http://www.playvid.com/watch/qIO2dCymMLQ,
http://www.playvid.com/watch/ZIhQ6hX9N6t, http://www.playvid.com/watch/Nd6VMUmEUCh, http://www.playvid.com/watch/8IrmBVF3mmr,
http://www.playvid.com/watch/0xO0fyrhLJW, http://www.playvid.com/watch/BP9nwBne235, http://www.playvid.com/watch/nuZQhVCQ48T,
http://www.playvid.com/watch/I9ekziho-x2, http://www.playvid.com/watch/kp3M-2ehQmM, http://www.playvid.com/watch/yRrKVYcNgKi,
http://www.playvid.com/watch/3nn05kD7jg8, http://www.playvid.com/watch/iF40W2JKn84, http://www.playvid.com/watch/qwY7RXP4ipj,
http://www.playvid.com/watch/a83tJWSWf9z, http://www.playvid.com/watch/BLY0EDvxXVB, http://www.playvid.com/watch/Iuz0h8XUuqD,
http://www.playvid.com/watch/adXU8AW9f03, http://www.playvid.com/watch/nky-Ne3KYXw, http://www.playvid.com/watch/p4e3bOgbau-,
http://www.playvid.com/watch/PgHrnyzj6Bw, http://www.playvid.com/watch/p7wu5Xpm4dw, http://www.playvid.com/watch/RksgwNLlcQu,

http://www.playvid.com/watch/20udra68chv, http://www.playvid.com/watch/VYkDCaS5qFI, http://www.playvid.com/watch/p-OoW7VLVgU, http://www.playvid.com/watch/jt2XGowNzIe, http://www.playvid.com/watch/VJlHHxe2j3S, http://www.playvid.com/watch/7F8iYqeG-G5, http://www.playvid.com/watch/w5xIvKwCEeB, http://www.playvid.com/watch/uxYRx-9NVPu, http://www.playvid.com/watch/jUE6OXO5Dcr, http://www.playvid.com/watch/e6skJRZu-AD, http://www.playvid.com/watch/zD3yQg7rngY, http://www.playvid.com/watch/9RZQGcEQYBW, http://www.playvid.com/watch/XlpLvRZtF7M, http://www.playvid.com/watch/wFcznXj396v, http://www.playvid.com/watch/SZMqTaKr7ux, http://www.playvid.com/watch/fftIuDoyQjH, http://www.playvid.com/watch/6RgP2gHOVMi, http://www.playvid.com/watch/-yMjfaJqJIi, http://www.playvid.com/watch/okF7kjam7XO, http://www.playvid.com/watch/9ohS9oH2HFI, http://www.playvid.com/watch/ftHguIQ5eLX, http://www.playvid.com/watch/E9hca72e3a9, http://www.playvid.com/watch/5jSobckTmQJ, http://www.playvid.com/watch/RqNYmVNn3nu, http://www.playvid.com/watch/WN25gSxQLpn, http://www.playvid.com/watch/OdwU-cw4lLH, http://www.playvid.com/watch/inFwGGmWDj-, http://www.playvid.com/watch/GP4VBxcalvi, http://www.playvid.com/watch/tPqkwqLy-IJ, http://www.playvid.com/watch/yChlo-vjbHy
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kulmaljoh
5.b. Uploader's email address: kulmaljohann@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kulmaljoh
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kQNw759AMSM, http://www.playvid.com/watch/t9kuf95BiwO, http://www.playvid.com/watch/f2qNzlMZwEY, http://www.playvid.com/watch/mUm7xV35acR, http://www.playvid.com/watch/txa4CnwEqRA, http://www.playvid.com/watch/syRGj-8cvfj, http://www.playvid.com/watch/4LLOliqtGsV, http://www.playvid.com/watch/04IESXCrojs, http://www.playvid.com/watch/Dmud1L8sj1y, http://www.playvid.com/watch/kph5wYpiDtn, http://www.playvid.com/watch/EZZCsVsnqdP, http://www.playvid.com/watch/3Xd2eVRyEuc, http://www.playvid.com/watch/crewVdBUCAT, http://www.playvid.com/watch/j-hmJlW2CmR, http://www.playvid.com/watch/AfsSyvrp-VD, http://www.playvid.com/watch/n6cfl0roBxi, http://www.playvid.com/watch/vN8Ifi4F6z7, http://www.playvid.com/watch/rPuZBQA2GJe, http://www.playvid.com/watch/h7tTsYk1I8B, http://www.playvid.com/watch/J4xYpUfSugL, http://www.playvid.com/watch/tPTXtE-uJIS, http://www.playvid.com/watch/3H5Vngb7CJx, http://www.playvid.com/watch/h7sYcwO7kwr, http://www.playvid.com/watch/iR8crucE0yR, http://www.playvid.com/watch/VDgDwv07fk7, http://www.playvid.com/watch/-1QndoTJu46, http://www.playvid.com/watch/TFpRtjuWQS8, http://www.playvid.com/watch/8H1h13Li9iH, http://www.playvid.com/watch/GRMWORFaiYO, http://www.playvid.com/watch/bh0-4WabVzr, http://www.playvid.com/watch/wrLRGmd7MkD, http://www.playvid.com/watch/BeTbBQaodpa, http://www.playvid.com/watch/W5au24NFeE2, http://www.playvid.com/watch/coS5YbowHTV, http://www.playvid.com/watch/Yohg3aEBaLe, http://www.playvid.com/watch/MjXsVYVsppn, http://www.playvid.com/watch/Mv3OLjVT7cO, http://www.playvid.com/watch/xjcjWyL7mKq, http://www.playvid.com/watch/Bv5ggBIzY8q, http://www.playvid.com/watch/DmXEDBalel3, http://www.playvid.com/watch/S7Hw7Awz6u3, http://www.playvid.com/watch/rhoQixNu01M, http://www.playvid.com/watch/EYeu3BTtpdH, http://www.playvid.com/watch/lJI8csmfr12, http://www.playvid.com/watch/eNkyhZ9vHy8, http://www.playvid.com/watch/qfwGCVybff7, http://www.playvid.com/watch/7Wugr6xe8D7, http://www.playvid.com/watch/TCWwAQT-eVO, http://www.playvid.com/watch/CGu7qpLv9UG, http://www.playvid.com/watch/0-O8eJl5fzO, http://www.playvid.com/watch/06imBn3EWay, http://www.playvid.com/watch/voHqVCC7zk1, http://www.playvid.com/watch/jgLK9ync9Uz, http://www.playvid.com/watch/rZYg7A-VQmT, http://www.playvid.com/watch/KeV3kHb6Hd6, http://www.playvid.com/watch/rlK0rAa3AqV, http://www.playvid.com/watch/P2tytklNEx3, http://www.playvid.com/watch/UO7OLmssQf9, http://www.playvid.com/watch/IgNncLoVPM4, http://www.playvid.com/watch/z3ARQKU4ICf, http://www.playvid.com/watch/ivTWpabRFt8, http://www.playvid.com/watch/OkNEOeCT1Pi, http://www.playvid.com/watch/xNlRdwuJcgq, http://www.playvid.com/watch/euipRtf-K2x, http://www.playvid.com/watch/qlTR7oOwcoi, http://www.playvid.com/watch/9aD8wqbchFI, http://www.playvid.com/watch/Pt5blftEqAs, http://www.playvid.com/watch/qHOB4IpjYkV, http://www.playvid.com/watch/9loIK-GVf7Z, http://www.playvid.com/watch/D1D9F2YcknO, http://www.playvid.com/watch/l6PcXGJK4FT, http://www.playvid.com/watch/t8h3VmUrESY, http://www.playvid.com/watch/a8eIxJ0ZpfT, http://www.playvid.com/watch/9rXWv88y3KK, http://www.playvid.com/watch/UNB7gexnZdV, http://www.playvid.com/watch/vmltGo6kZYs, http://www.playvid.com/watch/F7EwONXm0v2, http://www.playvid.com/watch/v2wpmMVzJFH, http://www.playvid.com/watch/asyOkLp7IUb, http://www.playvid.com/watch/cqpTqNR0hyJ, http://www.playvid.com/watch/ApribdTeTd4, http://www.playvid.com/watch/Uinpf-g6U2u, http://www.playvid.com/watch/kO70-yyMnF-, http://www.playvid.com/watch/P6kj-7Kw3fv, http://www.playvid.com/watch/tCEsTarS1oF, http://www.playvid.com/watch/pGpKMlK4JI0, http://www.playvid.com/watch/dzS6GTZiWtT, http://www.playvid.com/watch/v-7PcZtoDPo, http://www.playvid.com/watch/6THTm38apa5, http://www.playvid.com/watch/LByIE74oRu4, http://www.playvid.com/watch/3M0IVS3OnTI, http://www.playvid.com/watch/3Oes2aDtdNU, http://www.playvid.com/watch/Ij8SOHZ6YU-, http://www.playvid.com/watch/vL1AT35Pkbb, http://www.playvid.com/watch/jmelf0-1x1V, http://www.playvid.com/watch/7J1QY8-E1sk, http://www.playvid.com/watch/qB1UmZlGdAX, http://www.playvid.com/watch/mDqQx3xppqv, http://www.playvid.com/watch/jnqZTTwcXWX, http://www.playvid.com/watch/RxOeUNFKKgW, http://www.playvid.com/watch/xtZmLq2M5S8, http://www.playvid.com/watch/9X0uGHzou3K, http://www.playvid.com/watch/dNXXAqRbRPG
5.f. Date of third notice: 2015-05-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kunbela
5.b. Uploader's email address: belakun5@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kunbela
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ctx84Rp5qQO, http://www.playvid.com/watch/cS8mPrFBweZ, http://www.playvid.com/watch/8nMi5VVfhBc, http://www.playvid.com/watch/ZX2MfCs4GOt, http://www.playvid.com/watch/933RauUpxdh, http://www.playvid.com/watch/F5Fq4khZzdl, http://www.playvid.com/watch/mjk-SKN5MAE, http://www.playvid.com/watch/rGkPA9OInou, http://www.playvid.com/watch/PyfTRrZgsbR, http://www.playvid.com/watch/puVU00WzFtb, http://www.playvid.com/watch/cJy6dCZWNSA, http://www.playvid.com/watch/UDmwS7s30xU, http://www.playvid.com/watch/FhBXZmdRIHb, http://www.playvid.com/watch/kvYDNNT-O35, http://www.playvid.com/watch/OUj-BgxSWeq, http://www.playvid.com/watch/yV4zXcrbfxA, http://www.playvid.com/watch/YezIH0lZw4S, http://www.playvid.com/watch/PgHUPJPRuXb, http://www.playvid.com/watch/ecC7mvZvDPV, http://www.playvid.com/watch/6ZG28xl2q7k, http://www.playvid.com/watch/ExdDu5qmce0, http://www.playvid.com/watch/35V9IGQmwh2, http://www.playvid.com/watch/6vDdbVdZvkL, http://www.playvid.com/watch/Kn8bLhHcYTR, http://www.playvid.com/watch/zLpvucGg9sa, http://www.playvid.com/watch/QcZiV44m4qH, http://www.playvid.com/watch/QBQS2HKD4le, http://www.playvid.com/watch/Ycx8e3JwA7O, http://www.playvid.com/watch/ioFhFKorN7J, http://www.playvid.com/watch/AsrGn7uHB5R, http://www.playvid.com/watch/GbnCtbGHUu7, http://www.playvid.com/watch/u7futf-HhKh, http://www.playvid.com/watch/Sp6hsDKbtls, http://www.playvid.com/watch/Ui-FSNMYOE-, http://www.playvid.com/watch/rJGFKQD306Y, http://www.playvid.com/watch/YHkoe4zVRu-, http://www.playvid.com/watch/s9m4BJNgYIa, http://www.playvid.com/watch/GpaFF4PgkZS, http://www.playvid.com/watch/UHNBMbQgxsK, http://www.playvid.com/watch/XsUH67VY8lX, http://www.playvid.com/watch/s8TU9jHxXlE, http://www.playvid.com/watch/78XPJpv9pVq, http://www.playvid.com/watch/fekChZ9d9HA, http://www.playvid.com/watch/KPReYp5PHW-, http://www.playvid.com/watch/jdhiKIVbU5t, http://www.playvid.com/watch/BzXRqZZBC2W, http://www.playvid.com/watch/uZ0Vr8aKdpf, http://www.playvid.com/watch/ASakQH2a8Xz, http://www.playvid.com/watch/3jJj42knhsq, http://www.playvid.com/watch/KdFw-G-uqvj, http://www.playvid.com/watch/gqE6zM6X9PK, http://www.playvid.com/watch/Y5mJeNXyfFf, http://www.playvid.com/watch/Kwdr2SW5otR, http://www.playvid.com/watch/oVQldKXJXGB, http://www.playvid.com/watch/kzywQwo5ENX, http://www.playvid.com/watch/h-fx3SrYpv4, http://www.playvid.com/watch/yba80vzG5Hl, http://www.playvid.com/watch/mZ0QUGg46Ce, http://www.playvid.com/watch/iTGyeJjKpun, http://www.playvid.com/watch/CnTUW3PSKBb, http://www.playvid.com/watch/xq3AvANMVnR, http://www.playvid.com/watch/-5f4qSCWodj, http://www.playvid.com/watch/FMQyQ3zpx5l, http://www.playvid.com/watch/zhekeLzt3yq, http://www.playvid.com/watch/2pgZkheHaEH, http://www.playvid.com/watch/zuEGk-rn8EW, http://www.playvid.com/watch/VMVGoRc6oEU, http://www.playvid.com/watch/RlmcnwRSoBW, http://www.playvid.com/watch/6jZrsjzOAkZ, http://www.playvid.com/watch/dVH2DNKJCpy, http://www.playvid.com/watch/Ki8dvmqUDaW, http://www.playvid.com/watch/ox5ZB4IlHV2, http://www.playvid.com/watch/v54YDkOnBhs, http://www.playvid.com/watch/kx4OLRhDY3a, http://www.playvid.com/watch/AX5ap2WHc3x, http://www.playvid.com/watch/cGZ00taGmH0, http://www.playvid.com/watch/Yo8zLX0Xbj8, http://www.playvid.com/watch/B5VpdiQp5v9, http://www.playvid.com/watch/qpj5EXy-JTr, http://www.playvid.com/watch/AaiwYLpHxey, http://www.playvid.com/watch/hcD9jmVgnwv, http://www.playvid.com/watch/Nq77kqHMOFt, http://www.playvid.com/watch/PoChm3Q2OWy, http://www.playvid.com/watch/-LANcaxIacP, http://www.playvid.com/watch/rue9nZvV2Rr, http://www.playvid.com/watch/IxlCU5PmiWc, http://www.playvid.com/watch/CVyOqXb5eAs, http://www.playvid.com/watch/yVmoY6p80bk, http://www.playvid.com/watch/sM-Lr2tMkZr, http://www.playvid.com/watch/wOeo6U-JVYy, http://www.playvid.com/watch/EDuFKTQSy4k, http://www.playvid.com/watch/EMEuxC4D9Mz, http://www.playvid.com/watch/sPsnEdbBUVs, http://www.playvid.com/watch/jR985r409aq, http://www.playvid.com/watch/OR2cMd7HvG3, http://www.playvid.com/watch/LGhcbq3Yl6U, http://www.playvid.com/watch/xricegWGWxr, http://www.playvid.com/watch/Od3KWuMxbvS, http://www.playvid.com/watch/mqpEQyDs6ja, http://www.playvid.com/watch/EjFSbwnXSLO, http://www.playvid.com/watch/gjt4pKBIXNV, http://www.playvid.com/watch/6mbAdtDB-os, http://www.playvid.com/watch/Tq75A2OIopI, http://www.playvid.com/watch/S5CfmeKUp-e, http://www.playvid.com/watch/w36XiJGGULg, http://www.playvid.com/watch/PJ0i6MAA9oU, http://www.playvid.com/watch/LeD7OGwGVhX, http://www.playvid.com/watch/8pVXYRdCqSB, http://www.playvid.com/watch/KMDdHA7lVq8, http://www.playvid.com/watch/5LUVM0gRbPm, http://www.playvid.com/watch/KcQoPKpG0dB, http://www.playvid.com/watch/Mofeqs77DU6, http://www.playvid.com/watch/4igt72CeC1c, http://www.playvid.com/watch/jSGfelFjBoA, http://www.playvid.com/watch/5RnQQRbHrVN, http://www.playvid.com/watch/39fu-c3o2WF,

http://www.playvid.com/watch/WS4hxeM08Lb, http://www.playvid.com/watch/AQ9LZyZpr6l, http://www.playvid.com/watch/kMdeuJLZZ7p,
http://www.playvid.com/watch/mEgzWYgkr6D, http://www.playvid.com/watch/axaasVN3mqX, http://www.playvid.com/watch/4kU4IgZFRBB,
http://www.playvid.com/watch/3CgOvwWxq5t, http://www.playvid.com/watch/v2oDSG_8DE8, http://www.playvid.com/watch/fBSzT0d_3VC,
http://www.playvid.com/watch/mAxMFs3GoOp, http://www.playvid.com/watch/U1YaunhR-je, http://www.playvid.com/watch/diQpJaq8unD,
http://www.playvid.com/watch/Q2r5fl1fp64, http://www.playvid.com/watch/ffWSVMMhBLf, http://www.playvid.com/watch/XJDJP_yS499,
http://www.playvid.com/watch/w4bXqU5aCUc, http://www.playvid.com/watch/Lj9bQMkSbWH, http://www.playvid.com/watch/P2z4rWAdSiw,
http://www.playvid.com/watch/4qnxYl_Kpxv, http://www.playvid.com/watch/4HsVkmq5Xk2, http://www.playvid.com/watch/MiQ5-BELUOy,
http://www.playvid.com/watch/dpsmXkTJvLi, http://www.playvid.com/watch/u7LQQNFt_H9, http://www.playvid.com/watch/s2TtdtD4TYw,
http://www.playvid.com/watch/IaCp7tF8QBy, http://www.playvid.com/watch/qqAAOgUaL-r, http://www.playvid.com/watch/alIx47Theen,
http://www.playvid.com/watch/30MDlYz-h_T, http://www.playvid.com/watch/7QAr_czbwmi, http://www.playvid.com/watch/Va1hGNkou7R,
http://www.playvid.com/watch/0OkAL8ABtLK, http://www.playvid.com/watch/rvUUGQ_8SGF, http://www.playvid.com/watch/VjFPgOuFAAx,
http://www.playvid.com/watch/KyD6hGZn4iH, http://www.playvid.com/watch/8Eyfv6ijmNU, http://www.playvid.com/watch/3UxI2W2lwEN,
http://www.playvid.com/watch/ynMLkTBsjF9, http://www.playvid.com/watch/9f1f9tR35gh, http://www.playvid.com/watch/q3v_koSMm9v,
http://www.playvid.com/watch/Og_qEz9HrPx, http://www.playvid.com/watch/iHx6KIvBGr0, http://www.playvid.com/watch/yaMv5E8uGyb,
http://www.playvid.com/watch/2lLuXRyE7R7, http://www.playvid.com/watch/ZyavmLN2ZPJ, http://www.playvid.com/watch/Y37i612dszk,
http://www.playvid.com/watch/ILQ26MZtON0, http://www.playvid.com/watch/0N5v_EibNg2, http://www.playvid.com/watch/bCDB2E7Luqd,
http://www.playvid.com/watch/5BB1KlH6Z6T, http://www.playvid.com/watch/LDuJGl9YkCY, http://www.playvid.com/watch/nPAMObT21kT,
http://www.playvid.com/watch/ECTCbUmeybr, http://www.playvid.com/watch/qLfRWMEfkNw, http://www.playvid.com/watch/XLEMYlv3ZS2,
http://www.playvid.com/watch/OBmIHYyya8H, http://www.playvid.com/watch/F1gmAE4Y7Pa, http://www.playvid.com/watch/A3SNsyYRBjB,
http://www.playvid.com/watch/rN3bpnmgcxi, http://www.playvid.com/watch/Tx5Wp6JfrYX, http://www.playvid.com/watch/I7YlaU1JnQd,
http://www.playvid.com/watch/ydNwmWFDQUl, http://www.playvid.com/watch/EjhuWYuJW8P, http://www.playvid.com/watch/APZot8EsQEj,
http://www.playvid.com/watch/ro4PTNUBCrf, http://www.playvid.com/watch/eBbw1HISy-L, http://www.playvid.com/watch/G6ztW5kz9Ba,
http://www.playvid.com/watch/6DrqY1GnhVJ, http://www.playvid.com/watch/VJai353Lb2p, http://www.playvid.com/watch/th_-cQkdUKf,
http://www.playvid.com/watch/ATtMzIeo8Wj, http://www.playvid.com/watch/aG-MAeP_s-l, http://www.playvid.com/watch/I24yrhIXGWy,
http://www.playvid.com/watch/EnDqvZhWsKD, http://www.playvid.com/watch/dQAHr1dS4ro, http://www.playvid.com/watch/eKJfRfvXVT4,
http://www.playvid.com/watch/F8ouXHCLCAj, http://www.playvid.com/watch/a6z1AN8kmlC, http://www.playvid.com/watch/RNchY8vRtVt,
http://www.playvid.com/watch/E3AP41x4W_d, http://www.playvid.com/watch/bmojwo6Ke-X, http://www.playvid.com/watch/9vpaj-LA4os,
http://www.playvid.com/watch/J41Qx77CThY, http://www.playvid.com/watch/4-03-0lr1kN, http://www.playvid.com/watch/bp8I67mBfK6,
http://www.playvid.com/watch/HZWs3EzC2YQ, http://www.playvid.com/watch/6MLJADWDQFj, http://www.playvid.com/watch/yndfSGDpoIP,
http://www.playvid.com/watch/GyYF3bDNzXx, http://www.playvid.com/watch/LYQ_BYwyvn7, http://www.playvid.com/watch/eivsVT8wSTO,
http://www.playvid.com/watch/wa7Wsv4CLWv, http://www.playvid.com/watch/fHyZCOhdVCw, http://www.playvid.com/watch/Dpr0p4QcJ6j,
http://www.playvid.com/watch/Bxx5RRRjocS, http://www.playvid.com/watch/Iqiqj_hKFJs, http://www.playvid.com/watch/9KWZNjQSNj4,
http://www.playvid.com/watch/V_Kx6zYpU6x, http://www.playvid.com/watch/ZVM7whn4fDJ, http://www.playvid.com/watch/wRkf4gxuYht,
http://www.playvid.com/watch/nYUFrl7iwzu, http://www.playvid.com/watch/GQwOqD8ynZt, http://www.playvid.com/watch/cSiYLXRivM6,
http://www.playvid.com/watch/txubSysSEud, http://www.playvid.com/watch/FcL1q2DHUEy, http://www.playvid.com/watch/yGL809P8wxe,
http://www.playvid.com/watch/e0SjC831eUF, http://www.playvid.com/watch/X2FCRwMeTfM, http://www.playvid.com/watch/jGKdhBSaEK2,
http://www.playvid.com/watch/yD9QPd6qffY, http://www.playvid.com/watch/p0JJNbjOHsA, http://www.playvid.com/watch/PGYzOAvcpaE,
http://www.playvid.com/watch/0fPKBG5R4h7, http://www.playvid.com/watch/W57kTWcgGoO, http://www.playvid.com/watch/7Q2F9_fCHd7,
http://www.playvid.com/watch/MYr6qTd-k7M, http://www.playvid.com/watch/lCAAF70wZ4C, http://www.playvid.com/watch/8z8zg4RCbta,
http://www.playvid.com/watch/A3VNkmEbunv, http://www.playvid.com/watch/9g6QUwfXjXI, http://www.playvid.com/watch/gDS8rMvQtZy,
http://www.playvid.com/watch/9JK3p1_rQtZ, http://www.playvid.com/watch/WOEmQ47AwRK, http://www.playvid.com/watch/FaLx_1su5Vn,
http://www.playvid.com/watch/vw3nb6jejjW, http://www.playvid.com/watch/dxMQuEi5rCN, http://www.playvid.com/watch/DhQtuBD2SWX,
http://www.playvid.com/watch/pPT-Xp5j6O5, http://www.playvid.com/watch/H3frWnR_zeu, http://www.playvid.com/watch/nKOe1amv7WK,
http://www.playvid.com/watch/qUcLvzqZaUN, http://www.playvid.com/watch/gNjzNC3qhuM, http://www.playvid.com/watch/NewobAU4aXn,
http://www.playvid.com/watch/jld5Ji3DknD, http://www.playvid.com/watch/D89kwgU5MXu, http://www.playvid.com/watch/WkAl206Kkfb,
http://www.playvid.com/watch/jCEDSEg_jC7, http://www.playvid.com/watch/IEIr4GB7c8R, http://www.playvid.com/watch/04xR-C76zPM,
http://www.playvid.com/watch/kUAMTmq78gE, http://www.playvid.com/watch/f9Gvz59aA-y, http://www.playvid.com/watch/kIowVTYiiIU,
http://www.playvid.com/watch/xrKeEWWZPGy, http://www.playvid.com/watch/9PmsjcUw6NV, http://www.playvid.com/watch/strFz0doUyi,
http://www.playvid.com/watch/tc4eiwfZt2z, http://www.playvid.com/watch/8XRfavFPsuz, http://www.playvid.com/watch/N2ziaTns6Ss,
http://www.playvid.com/watch/gdQXz30OgJs, http://www.playvid.com/watch/3Xj_u5KuD-0, http://www.playvid.com/watch/pTpyrvn6re3
5.f. Date of third notice: 2015-07-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kunda521
5.b. Uploader's email address: tmchlebek@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/kunda521
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nP5kr3zYvDy, http://www.playvid.com/watch/MG4gaN5ZMkA,
http://www.playvid.com/watch/KDjr4LX6Vir, http://www.playvid.com/watch/phMJRpPaj36, http://www.playvid.com/watch/HUasucgj0Uq,
http://www.playvid.com/watch/8WpKs-MJhSl, http://www.playvid.com/watch/xUTwmuosg7Y, http://www.playvid.com/watch/2npZmtbJd7b,
http://www.playvid.com/watch/8tdZr9euDi6, http://www.playvid.com/watch/gr8Bn9AcA5I, http://www.playvid.com/watch/2Qp6mON2oV3,
http://www.playvid.com/watch/aRZ0B9p82Fx, http://www.playvid.com/watch/Cv9pKd-rONm, http://www.playvid.com/watch/hkvVUqpfHLk,
http://www.playvid.com/watch/7npDULJtSJe, http://www.playvid.com/watch/3QTi3EJoV6Y, http://www.playvid.com/watch/UDyHLm6oH2g,
http://www.playvid.com/watch/zgng9QJnp8H, http://www.playvid.com/watch/ZUSPnUBNnmP, http://www.playvid.com/watch/39ithqKGJ8B,
http://www.playvid.com/watch/FHCNa99OxCY, http://www.playvid.com/watch/mPEYVFXoYm5, http://www.playvid.com/watch/3e9uzUuZA02,
http://www.playvid.com/watch/X2s-uvbRYj6, http://www.playvid.com/watch/csIMUyxMBiX, http://www.playvid.com/watch/qEDnwDltydb
5.f. Date of third notice: 2014-04-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kwicky
5.b. Uploader's email address: alabamikorio@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/kwicky
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QYmLy6emQgw, http://www.playvid.com/watch/4sC5iRA3rQH,
http://www.playvid.com/watch/E6Z0jkEb0FN, http://www.playvid.com/watch/v8bnKIx76a2, http://www.playvid.com/watch/2abuKzGqbir,
http://www.playvid.com/watch/B2HOV3eqZyS, http://www.playvid.com/watch/eP6Lqkwk6Lf, http://www.playvid.com/watch/0FmG8sagUVz,
http://www.playvid.com/watch/AToOkJgnBky, http://www.playvid.com/watch/sxv5FgzN16q, http://www.playvid.com/watch/jxtppWUt1bP,
http://www.playvid.com/watch/obL9JEiOeqq, http://www.playvid.com/watch/mKd5tH9pLhj, http://www.playvid.com/watch/Pq8SXVLCZyb,
http://www.playvid.com/watch/2pRKXCgj0e3, http://www.playvid.com/watch/htCix2cPhAT, http://www.playvid.com/watch/5ukrZvVLCcq,
http://www.playvid.com/watch/7IstAW0xELT, http://www.playvid.com/watch/HhwwQBorWU5, http://www.playvid.com/watch/ahsb-mOz3Ci,
http://www.playvid.com/watch/EngW4OLJCCM, http://www.playvid.com/watch/MU4B1UZZJQS, http://www.playvid.com/watch/QN6N5oILQIP,
http://www.playvid.com/watch/OCEgNt9X0Pm, http://www.playvid.com/watch/5pJv8vLFJA2, http://www.playvid.com/watch/2RhjjL7x7xs,
http://www.playvid.com/watch/2pvf1kAiYKW, http://www.playvid.com/watch/oMSvqqR4-M5, http://www.playvid.com/watch/VD3puAaQd9N,
http://www.playvid.com/watch/UUaOWxYWZWz, http://www.playvid.com/watch/EPnvij9hLU9, http://www.playvid.com/watch/PhjKtqM3tjX,
http://www.playvid.com/watch/UEAL2Tl3q4z, http://www.playvid.com/watch/3w0rdBimkAu, http://www.playvid.com/watch/vcpzkJzozWE,
http://www.playvid.com/watch/rRBFOeZKC2Q, http://www.playvid.com/watch/-Ykjsm9YZGN, http://www.playvid.com/watch/alh1tpuWUx8,
http://www.playvid.com/watch/OMNGccYWZxU, http://www.playvid.com/watch/2fXzrrGsio3, http://www.playvid.com/watch/NrrUtjRSx6T,
http://www.playvid.com/watch/vdbLOjU8BBj, http://www.playvid.com/watch/ciax7rY5cSP, http://www.playvid.com/watch/nLdPsBdIvvg,
http://www.playvid.com/watch/fhzmGa7SujC, http://www.playvid.com/watch/jlnBiwLOCKl, http://www.playvid.com/watch/Qq3GzdIxdaM,
http://www.playvid.com/watch/FDVnMjIEpZh, http://www.playvid.com/watch/Oe2pOuRpR6P, http://www.playvid.com/watch/NBXUfEWr8W7,
http://www.playvid.com/watch/3EjMJHWnODr, http://www.playvid.com/watch/hjWwVPdZwQL, http://www.playvid.com/watch/GNwVtkFfvEr,
http://www.playvid.com/watch/JizBn0bCmvf, http://www.playvid.com/watch/bHZc8ArNmZB, http://www.playvid.com/watch/XUAJ9QXHfV4,
http://www.playvid.com/watch/kRVyyYgDq1B, http://www.playvid.com/watch/pFPQA6SGBiQ, http://www.playvid.com/watch/hnW6lgzLdVk,
http://www.playvid.com/watch/mdVIbsaLwVg, http://www.playvid.com/watch/VGW1xHBdrq8, http://www.playvid.com/watch/HKinMRpec1e,
http://www.playvid.com/watch/pJDh8SXqggN, http://www.playvid.com/watch/zrjHxp-GJ9G, http://www.playvid.com/watch/hV8EwQfUX1y,
http://www.playvid.com/watch/k3h4F76XGi7, http://www.playvid.com/watch/fgvpH-21dkd, http://www.playvid.com/watch/c5ouEui2CYZ,
http://www.playvid.com/watch/Xld8HszRiXq, http://www.playvid.com/watch/GgKCaUEBQcz, http://www.playvid.com/watch/inQiQjlADtf,
http://www.playvid.com/watch/W2I6DsKSrAF, http://www.playvid.com/watch/EscmJgyLg0m, http://www.playvid.com/watch/JjtzsFlNdaj,

http://www.playvid.com/watch/Eyq4BHmjadT, http://www.playvid.com/watch/A0i1D7boyMu, http://www.playvid.com/watch/mIVssPGeQxn, http://www.playvid.com/watch/nigzcT8faV1, http://www.playvid.com/watch/zOMX-QRHvQ4, http://www.playvid.com/watch/F8Qg8YGIAno, http://www.playvid.com/watch/PnWz5068yj0, http://www.playvid.com/watch/gBV9fsQlcX4, http://www.playvid.com/watch/zdKDYzqRxKO, http://www.playvid.com/watch/IYwaqWGU5u6, http://www.playvid.com/watch/xj4hG2DGes1, http://www.playvid.com/watch/T56Y-LKWi3b, http://www.playvid.com/watch/aYZGZ8UmKno, http://www.playvid.com/watch/ZUazE2ARklG, http://www.playvid.com/watch/ps7DSfX0y3m, http://www.playvid.com/watch/uyiQ-rFDyEq, http://www.playvid.com/watch/kJbqjT1OVj-, http://www.playvid.com/watch/mKf-UXQWImD, http://www.playvid.com/watch/IIi-wRjCLy-, http://www.playvid.com/watch/loTm8mOOpdT, http://www.playvid.com/watch/kg-K23esSiW, http://www.playvid.com/watch/8GaCvUfGIRG, http://www.playvid.com/watch/-lQSoY6Obh-, http://www.playvid.com/watch/KXUCa1q8Uks, http://www.playvid.com/watch/gPtoBPAWD9W, http://www.playvid.com/watch/zuW0ELpIXIt, http://www.playvid.com/watch/fneNaOJ04oR, http://www.playvid.com/watch/Gv7WqdF2EzB, http://www.playvid.com/watch/ImKMNKgsm13, http://www.playvid.com/watch/yK4uVr3h9Ew, http://www.playvid.com/watch/h66FDKGOL5J, http://www.playvid.com/watch/ZfGt7LMA-1J, http://www.playvid.com/watch/-pFtQqI7DES, http://www.playvid.com/watch/Sgm7am4cYZ9, http://www.playvid.com/watch/LDetcje9ILM, http://www.playvid.com/watch/SeBtt9b6ATe, http://www.playvid.com/watch/iZicp4rzdvZ, http://www.playvid.com/watch/jQXMpZmJ7fD, http://www.playvid.com/watch/9EbIMeg4ae3, http://www.playvid.com/watch/HgSQRinwwZA, http://www.playvid.com/watch/IB-Zl6LuZFZ, http://www.playvid.com/watch/X4LtVzUa23H, http://www.playvid.com/watch/pUywR5NDqIu, http://www.playvid.com/watch/E26FYdq4nkb, http://www.playvid.com/watch/oluKBMFL6Lv, http://www.playvid.com/watch/Mk9JtyGKNfQ, http://www.playvid.com/watch/wPiFWZT4BYO, http://www.playvid.com/watch/HBx72GPdGis, http://www.playvid.com/watch/6S33wmiOPNA, http://www.playvid.com/watch/catiM90vjkf, http://www.playvid.com/watch/GIYc2Y7Qczn, http://www.playvid.com/watch/iRXqraAn2rs, http://www.playvid.com/watch/MKS7CHzO-Ba, http://www.playvid.com/watch/fQGBwBFVdG9, http://www.playvid.com/watch/Pz-qHayt9hj, http://www.playvid.com/watch/VQ5eAZ88GgG, http://www.playvid.com/watch/0nZehScsj5v, http://www.playvid.com/watch/eLCbm8-R2dQ, http://www.playvid.com/watch/CHN3Xfa1YR5, http://www.playvid.com/watch/drQiqNAuN4K, http://www.playvid.com/watch/4rJbbbNqL5D, http://www.playvid.com/watch/g2PvlH9l8Ky, http://www.playvid.com/watch/V-Z9Ma9AId-, http://www.playvid.com/watch/sHYOl45dtln, http://www.playvid.com/watch/dsh1RsPrYpk, http://www.playvid.com/watch/U24F5AEta-v, http://www.playvid.com/watch/JPOolz3-teB, http://www.playvid.com/watch/dQoDqu-Dx54, http://www.playvid.com/watch/3QkpLLJs5hk, http://www.playvid.com/watch/9IbLvIp3jUd, http://www.playvid.com/watch/-7rsNFrH0Bt, http://www.playvid.com/watch/0i0ZdCI9BRP, http://www.playvid.com/watch/j3jaVb94cyI, http://www.playvid.com/watch/WrAlyVOWqxS, http://www.playvid.com/watch/vhK0sSJ0Pnw, http://www.playvid.com/watch/2eJDUWOq8Zk, http://www.playvid.com/watch/T7q0pA-YMsA, http://www.playvid.com/watch/ys3KJC40GCZ, http://www.playvid.com/watch/PZq-1py2WLg, http://www.playvid.com/watch/jftnANSO1lw, http://www.playvid.com/watch/eVShQ8t8QAJ, http://www.playvid.com/watch/TrhxPa-z3I7, http://www.playvid.com/watch/tmTZuuoyXsa, http://www.playvid.com/watch/YY73eys0RLW, http://www.playvid.com/watch/5YpctOvwhjM, http://www.playvid.com/watch/CZK4j7ELNSS, http://www.playvid.com/watch/cHSrZ8xDvTB, http://www.playvid.com/watch/Dkwiz6UcuQf, http://www.playvid.com/watch/XvIjXITzOea
5.f. Date of third notice: 2014-02-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lambodesign
5.b. Uploader's email address: kellymelly@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lambodesign
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BdrlcthZnKj, http://www.playvid.com/watch/9vjSCaXQVbh, http://www.playvid.com/watch/czIKnbbXPL8, http://www.playvid.com/watch/oweyHWxWLtw, http://www.playvid.com/watch/kBtK8cMA0k5, http://www.playvid.com/watch/fJEqjn6vBHV, http://www.playvid.com/watch/THnDhSq7l4o, http://www.playvid.com/watch/MhDD0nt5dSn, http://www.playvid.com/watch/2WtPcl9O4YK, http://www.playvid.com/watch/tUyLj5Ad4R5, http://www.playvid.com/watch/orWKN3mZSPO, http://www.playvid.com/watch/zfilDhskB6W, http://www.playvid.com/watch/T2mxKuzO5z3, http://www.playvid.com/watch/8sbQNZFr9TF, http://www.playvid.com/watch/QW90-epPnK2, http://www.playvid.com/watch/fyPBzoJuw57, http://www.playvid.com/watch/lIApiX22zd4, http://www.playvid.com/watch/VkesRLzAVJW, http://www.playvid.com/watch/SfGxTaPzCFa, http://www.playvid.com/watch/yPMP2jgSG-E, http://www.playvid.com/watch/DhlwDCgoUmY, http://www.playvid.com/watch/FgFd5GnjIRm, http://www.playvid.com/watch/fDCjNSdauJs, http://www.playvid.com/watch/--75sE25X0c, http://www.playvid.com/watch/lxmk3LgfAHt, http://www.playvid.com/watch/uMD5Acr5EPn, http://www.playvid.com/watch/JTA8bHNoMEF, http://www.playvid.com/watch/VaOezNwL0w3, http://www.playvid.com/watch/GmuBJysaB53, http://www.playvid.com/watch/4YZNMsWVJu2, http://www.playvid.com/watch/DZE7hwuL-Ul, http://www.playvid.com/watch/v2-xqM04uWt, http://www.playvid.com/watch/FERafvuPxD2, http://www.playvid.com/watch/RbLA4osrnRd, http://www.playvid.com/watch/j2fUoWdv24v, http://www.playvid.com/watch/oIxLGWPwsNZ, http://www.playvid.com/watch/ENnzJmZkICm, http://www.playvid.com/watch/752Iq4QLDCX, http://www.playvid.com/watch/qnSMenkXbmu, http://www.playvid.com/watch/9xlMCELZTF8, http://www.playvid.com/watch/2X2M8fHtR-B, http://www.playvid.com/watch/QoozzRhRSJC, http://www.playvid.com/watch/sytppBo62TY, http://www.playvid.com/watch/e6EXa6PPRC2, http://www.playvid.com/watch/GHQJ5yWzYIv, http://www.playvid.com/watch/wyApEOnce7A, http://www.playvid.com/watch/2l9nKw7YIJs, http://www.playvid.com/watch/suhKR67yIQK, http://www.playvid.com/watch/AHmxFYTVig3, http://www.playvid.com/watch/fOqJz4378d2, http://www.playvid.com/watch/lxutyMBOoft, http://www.playvid.com/watch/2HC6eKvbV-C, http://www.playvid.com/watch/63rd4zKjoWb, http://www.playvid.com/watch/HLUIbhfFBbq, http://www.playvid.com/watch/sTxXU0vAoGT, http://www.playvid.com/watch/fqFq4ADx4m5, http://www.playvid.com/watch/rPmD7Uju8G8, http://www.playvid.com/watch/jzXm56S3iJ9, http://www.playvid.com/watch/8mAdBLEdnH2, http://www.playvid.com/watch/ZOSGy8rCHOC, http://www.playvid.com/watch/PzPEqvpeTZH, http://www.playvid.com/watch/mr65h6yIYzW, http://www.playvid.com/watch/Oe5HPVYuiKf, http://www.playvid.com/watch/MAXKwSJQGDZ, http://www.playvid.com/watch/VlPFfPZ7G9q, http://www.playvid.com/watch/lTGgsQKAOl9, http://www.playvid.com/watch/fENSgfGYtVs, http://www.playvid.com/watch/QRH28-6Wfek, http://www.playvid.com/watch/ODDUhKkYK5Q, http://www.playvid.com/watch/zskhrGGU2zx, http://www.playvid.com/watch/LakjhB08Qyp, http://www.playvid.com/watch/5fD3TrBokGS, http://www.playvid.com/watch/mCFgBxkt9m5, http://www.playvid.com/watch/BHmZPKS8WXX, http://www.playvid.com/watch/dqDTId66pUN, http://www.playvid.com/watch/EPqFPLFbU9P, http://www.playvid.com/watch/eRigUkw-LeW, http://www.playvid.com/watch/If78mvx7isQ, http://www.playvid.com/watch/97CrryjJLBb, http://www.playvid.com/watch/tLOGIESRME6, http://www.playvid.com/watch/stjxQYScdZj, http://www.playvid.com/watch/-45eOFqI5yf, http://www.playvid.com/watch/zSvZr0QHdTc, http://www.playvid.com/watch/mSETEc5Hbhq, http://www.playvid.com/watch/uIWMQexBz5q, http://www.playvid.com/watch/3pBfCkS68vP, http://www.playvid.com/watch/IMfNnYUv4Lu, http://www.playvid.com/watch/7UV7dT0tw6T, http://www.playvid.com/watch/fYjeZvCFJwX, http://www.playvid.com/watch/-BSJpwOu2Bu, http://www.playvid.com/watch/DWo8HnZ7OpW, http://www.playvid.com/watch/PnuVUIvpUzJ, http://www.playvid.com/watch/qW6gtbfzROf, http://www.playvid.com/watch/slJOSYHjLTC, http://www.playvid.com/watch/0ydNXarqO52, http://www.playvid.com/watch/2NhplvA68Tr, http://www.playvid.com/watch/KaGalHQGcWR, http://www.playvid.com/watch/i3rn7JniZXX, http://www.playvid.com/watch/er3bUXftaHX, http://www.playvid.com/watch/dgGVLa0zoCG, http://www.playvid.com/watch/xBbAPR8klQk, http://www.playvid.com/watch/bIwRmNrPdxK, http://www.playvid.com/watch/x62TCNBK9NE, http://www.playvid.com/watch/Rx3EeVNrySm, http://www.playvid.com/watch/mrKjWtU3fBn, http://www.playvid.com/watch/UHuktqwHPQo, http://www.playvid.com/watch/XfwLeg0R4i3, http://www.playvid.com/watch/O6LDpuW7Ykt, http://www.playvid.com/watch/iKENgamZIkp, http://www.playvid.com/watch/MXdibtIHB6a, http://www.playvid.com/watch/57GWGzeQGJA, http://www.playvid.com/watch/9yBHcDiTDou, http://www.playvid.com/watch/54nqUSycJPQ, http://www.playvid.com/watch/-AoaFKWD00s, http://www.playvid.com/watch/movkWOYGVyt, http://www.playvid.com/watch/RcnDyGYrGJd, http://www.playvid.com/watch/ZpAebXiQz3d, http://www.playvid.com/watch/Jbh3X6Nx46I, http://www.playvid.com/watch/G0wu8oEKmoe, http://www.playvid.com/watch/t9dQSsQOUJQ, http://www.playvid.com/watch/riQoc04RnL0, http://www.playvid.com/watch/Ba4zOAFKfgn, http://www.playvid.com/watch/KIofsaQ6cTh, http://www.playvid.com/watch/Wo4GD95vM3A, http://www.playvid.com/watch/mQQiLKuhY25, http://www.playvid.com/watch/JJnaqifm2-k, http://www.playvid.com/watch/38OJ-NE5G8x, http://www.playvid.com/watch/MmE8hChfbng, http://www.playvid.com/watch/A3nlzROBtZN, http://www.playvid.com/watch/kQ23yIU-9Jv, http://www.playvid.com/watch/z2hVcwjd8Jx, http://www.playvid.com/watch/vd5ToISChhr, http://www.playvid.com/watch/LCFLvrniFLu, http://www.playvid.com/watch/KjKXLRndKBi, http://www.playvid.com/watch/ZbmLjAyjd0r, http://www.playvid.com/watch/ohGBpAPcBDc, http://www.playvid.com/watch/d9RAmHNu5ve, http://www.playvid.com/watch/VrHfAeLyhK3, http://www.playvid.com/watch/d2nPpKgWKx-, http://www.playvid.com/watch/FFreEt050Wj, http://www.playvid.com/watch/SyYNuj5vOc5, http://www.playvid.com/watch/zmRsatGZhXG, http://www.playvid.com/watch/LvmnyUnInK5, http://www.playvid.com/watch/k5PmQYOsYWq, http://www.playvid.com/watch/paQh9lznDq7, http://www.playvid.com/watch/twUIEqlcfTJ, http://www.playvid.com/watch/svhrQqV0yko, http://www.playvid.com/watch/edS6OUK0qmj, http://www.playvid.com/watch/szJk90YllxT, http://www.playvid.com/watch/R5bGtDaGPoO, http://www.playvid.com/watch/iAhrlgZIBJL, http://www.playvid.com/watch/JmbfBKQpTL3, http://www.playvid.com/watch/NrulbS-q-2l, http://www.playvid.com/watch/KCRIyAiACbV, http://www.playvid.com/watch/TkmE4v8ntnP, http://www.playvid.com/watch/As6fJDNCUhr, http://www.playvid.com/watch/QHA7L6Ed9Qd, http://www.playvid.com/watch/HI-B8Zt5LEE, http://www.playvid.com/watch/4wVZFhyNzxN, http://www.playvid.com/watch/vXyvWaLH6v4, http://www.playvid.com/watch/pV9rUERlpoF, http://www.playvid.com/watch/vOtMlZztKhV, http://www.playvid.com/watch/udu6ojT0DcV, http://www.playvid.com/watch/a7bABQYSm76, http://www.playvid.com/watch/MfZs0CfKUTJ, http://www.playvid.com/watch/bgvYTyIODZy, http://www.playvid.com/watch/wG3W5zQ6I9C, http://www.playvid.com/watch/XG7oQGJ70eW, http://www.playvid.com/watch/fjdekqKUk3g, http://www.playvid.com/watch/6n-s5skqRcI, http://www.playvid.com/watch/nlDotdKJCmk, http://www.playvid.com/watch/TsVzsW5yrhe, http://www.playvid.com/watch/SA5eU9O3g69, http://www.playvid.com/watch/s7cxQozpC7Y, http://www.playvid.com/watch/sJauOE4ZDii, http://www.playvid.com/watch/QphC3nfOrkH, http://www.playvid.com/watch/4QB6ejjCdxj, http://www.playvid.com/watch/ghhJ2UnQ0tQ, http://www.playvid.com/watch/YKuE3fgFDEc,

http://www.playvid.com/watch/9suK-ktun39, http://www.playvid.com/watch/HiNddbIYDgC, http://www.playvid.com/watch/vnm6JYFAsMu, http://www.playvid.com/watch/QO8BnkgnD8n, http://www.playvid.com/watch/Jsg48KqRJdx, http://www.playvid.com/watch/DFiynD6Yq3o, http://www.playvid.com/watch/45IqMTXHYG3, http://www.playvid.com/watch/zegG4VFtS4Y, http://www.playvid.com/watch/b47ikB9L86Y, http://www.playvid.com/watch/9Zk0hdXCOmv, http://www.playvid.com/watch/tHjNtwf3uuZ, http://www.playvid.com/watch/Dp0DEyGdWY4, http://www.playvid.com/watch/IpaatCsIHp5, http://www.playvid.com/watch/hfP2qlrljYj, http://www.playvid.com/watch/ytuipgtHDLL, http://www.playvid.com/watch/B68IvFXTzgW, http://www.playvid.com/watch/rAnbezJaH8U, http://www.playvid.com/watch/qqX7YEkmgIF, http://www.playvid.com/watch/6MFhwA2jAgq, http://www.playvid.com/watch/V6EXkTWVtTy, http://www.playvid.com/watch/B0-yMwO6XdD, http://www.playvid.com/watch/y5iX44xPoP8, http://www.playvid.com/watch/VxKm7Dz5uge, http://www.playvid.com/watch/ivvsPRzgBy8, http://www.playvid.com/watch/hLUW4Hs-LDP, http://www.playvid.com/watch/ngUU-eUo-XT, http://www.playvid.com/watch/kUBjvZ2U-oE, http://www.playvid.com/watch/0f0fibmVenF, http://www.playvid.com/watch/AawAKvUkPj0, http://www.playvid.com/watch/DmBgfxox-f-, http://www.playvid.com/watch/0LEElkSZaHY, http://www.playvid.com/watch/nQKpRIuiirX, http://www.playvid.com/watch/Z4744ZuWkj9, http://www.playvid.com/watch/qBdZdOw6p-N, http://www.playvid.com/watch/z-ZtyQaYBCB, http://www.playvid.com/watch/qy-ipDkHqs0, http://www.playvid.com/watch/P5dQPmrdF4b, http://www.playvid.com/watch/dOalXbREAao, http://www.playvid.com/watch/OxN-IUIIApJ, http://www.playvid.com/watch/rXJLWID5xyY, http://www.playvid.com/watch/DH4ZMeq2NOe, http://www.playvid.com/watch/oJJd4MLWv2C, http://www.playvid.com/watch/tmjZl2uSX5M, http://www.playvid.com/watch/SWyR-LcI-Km, http://www.playvid.com/watch/D8MPCqn782z, http://www.playvid.com/watch/SY3NvG5ucH4, http://www.playvid.com/watch/mADgYOUCiyN, http://www.playvid.com/watch/nozXPozAUFg, http://www.playvid.com/watch/fA0NYvwNA8y, http://www.playvid.com/watch/CIZcvIZoH3-, http://www.playvid.com/watch/9TCEHlxTzOS, http://www.playvid.com/watch/tUfQB8gB7LS, http://www.playvid.com/watch/L3QDjq0jYRN, http://www.playvid.com/watch/uOFDF-2mBdX, http://www.playvid.com/watch/gffTnLv0vgr, http://www.playvid.com/watch/ysfXIr55rkz, http://www.playvid.com/watch/NininOqjPOw, http://www.playvid.com/watch/rN00g7MxtsR, http://www.playvid.com/watch/2v7FkaH4R0t, http://www.playvid.com/watch/XkhmSCTGo38, http://www.playvid.com/watch/UaC2GnwkJgV, http://www.playvid.com/watch/wqiNX6AA27c, http://www.playvid.com/watch/t-HJLxiGaUB, http://www.playvid.com/watch/Yv5UTNMdZVA, http://www.playvid.com/watch/G6vTqmYhdX3, http://www.playvid.com/watch/-M9QatcjnsH, http://www.playvid.com/watch/YMfZu4pTsDP, http://www.playvid.com/watch/eP0NNRMjX8E, http://www.playvid.com/watch/e8FRnj3009g, http://www.playvid.com/watch/rtsnWwCoZvz, http://www.playvid.com/watch/UWDT5-uNnsV, http://www.playvid.com/watch/WTbwaFINLsW, http://www.playvid.com/watch/doOwXHbk9lt, http://www.playvid.com/watch/Ug4PJOlMhyg, http://www.playvid.com/watch/YapR8E33MiW, http://www.playvid.com/watch/BabOBxdTBnB, http://www.playvid.com/watch/CE7AXLu6zuR, http://www.playvid.com/watch/-yTWFMsF2YB, http://www.playvid.com/watch/hrBL6v7qI9C, http://www.playvid.com/watch/Ohhdstdrwwl, http://www.playvid.com/watch/8hyoL5ws5H-, http://www.playvid.com/watch/hJQUcG29fRi, http://www.playvid.com/watch/bipA7Mackz6, http://www.playvid.com/watch/MuXQiGdfXXP, http://www.playvid.com/watch/eVMkwIaxkjA, http://www.playvid.com/watch/C73-JilX6ed, http://www.playvid.com/watch/xip78bYfZDI, http://www.playvid.com/watch/C87BJtvgjsK, http://www.playvid.com/watch/PPoz6MfkUlJ, http://www.playvid.com/watch/TnGGudvV3AS, http://www.playvid.com/watch/NsLoLwcC99B, http://www.playvid.com/watch/yt4fReVXQ4D, http://www.playvid.com/watch/zsuReHmIxhC, http://www.playvid.com/watch/qLc9QbvHuAO, http://www.playvid.com/watch/OoxKz7DTdUs, http://www.playvid.com/watch/r87KiRCGbaO, http://www.playvid.com/watch/WVLbXOv9nRg, http://www.playvid.com/watch/5AOC736tNU0, http://www.playvid.com/watch/70XiVTi0xi6, http://www.playvid.com/watch/j4vk598iYnK, http://www.playvid.com/watch/UTzYjp7zv5S, http://www.playvid.com/watch/0aPYwYHHuhT, http://www.playvid.com/watch/nb-hSGtUQLh, http://www.playvid.com/watch/ZbKDZnXvQXB, http://www.playvid.com/watch/SAwLrAwocDf, http://www.playvid.com/watch/QQrMmWQh8Qm, http://www.playvid.com/watch/XbGJ6QUGrnK, http://www.playvid.com/watch/HdpBkzOALsH, http://www.playvid.com/watch/UzXiM9djkLh, http://www.playvid.com/watch/Q9douUwky2R, http://www.playvid.com/watch/haHpsMIbs4I, http://www.playvid.com/watch/JJFcDbacw4d, http://www.playvid.com/watch/rAaUUz4wpvC, http://www.playvid.com/watch/mWo6OZlAoNa, http://www.playvid.com/watch/TZ0o9saQmzZ, http://www.playvid.com/watch/KtrVxzIlV-x, http://www.playvid.com/watch/XeumM4WxMuB, http://www.playvid.com/watch/0busHhHxlEg, http://www.playvid.com/watch/N3OSx40LSAD, http://www.playvid.com/watch/dJp34QC5lUp, http://www.playvid.com/watch/US-sdTgmH45, http://www.playvid.com/watch/0n5E4DH-Tbt, http://www.playvid.com/watch/6Rmrq8KhLfb, http://www.playvid.com/watch/jlAVuzvM-dq, http://www.playvid.com/watch/zodUnMpx9bh, http://www.playvid.com/watch/PgmrZjfSano, http://www.playvid.com/watch/88fCAP7Iki6, http://www.playvid.com/watch/g8nyZyXrjum, http://www.playvid.com/watch/hAwXmiYJRiO, http://www.playvid.com/watch/dhnDMQl0wGI, http://www.playvid.com/watch/INfUi-3rDmE, http://www.playvid.com/watch/5T7XeSV8eYk, http://www.playvid.com/watch/4rmXMilWZHZ, http://www.playvid.com/watch/sgZWWLYFeUR, http://www.playvid.com/watch/Tg5HJdb0J2q, http://www.playvid.com/watch/Y-cwBJbuSkn, http://www.playvid.com/watch/Vroh2f7VpAF, http://www.playvid.com/watch/Wqq3rpu2Y7C, http://www.playvid.com/watch/wJCj9RpPupS, http://www.playvid.com/watch/v9qlO0DQkJl, http://www.playvid.com/watch/en7T3By4wEm, http://www.playvid.com/watch/itkL2y7-vVF, http://www.playvid.com/watch/faeMNDiz-JO
5.f. Date of third notice: 2014-01-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lamoor
5.b. Uploader's email address: stakeluck@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lamoor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EXkuQo4RCrI, http://www.playvid.com/watch/ZTgbzKNz_iJ, http://www.playvid.com/watch/Z6UU2Z3S3Rq, http://www.playvid.com/watch/cko5jQQPPJm, http://www.playvid.com/watch/ilfU8FgGIDt, http://www.playvid.com/watch/b6xmzEen0lW, http://www.playvid.com/watch/pGbTcYkmGZN, http://www.playvid.com/watch/SYNFlh0snD6, http://www.playvid.com/watch/L1-aoxOXb8t, http://www.playvid.com/watch/QBHKSMg5TXP, http://www.playvid.com/watch/DiRwvLASm62, http://www.playvid.com/watch/4A44XnROseG, http://www.playvid.com/watch/H8zK2Gi3Br7, http://www.playvid.com/watch/u_QwhHB78nf, http://www.playvid.com/watch/2TLS2c8wUOK, http://www.playvid.com/watch/8ffbFMrWC9M, http://www.playvid.com/watch/RhBi0X694mP, http://www.playvid.com/watch/pc5GAfZAf-T, http://www.playvid.com/watch/Nw5QuKo21w7, http://www.playvid.com/watch/vmRnDb4A8GM, http://www.playvid.com/watch/xNVAzNySwL8, http://www.playvid.com/watch/llpclexZYPc, http://www.playvid.com/watch/BWAXqj-CEE3, http://www.playvid.com/watch/wIE-IxP2iwp, http://www.playvid.com/watch/VFq0B4uqwmD, http://www.playvid.com/watch/MFL4dhFAast, http://www.playvid.com/watch/MdImuxzbIzF, http://www.playvid.com/watch/JrK7U0Z0fUj, http://www.playvid.com/watch/NaG4tpAib1i, http://www.playvid.com/watch/JhUpgO-GRwF, http://www.playvid.com/watch/HAtZ57MIWrM, http://www.playvid.com/watch/R4T9ts-1Tlk, http://www.playvid.com/watch/3WWviYCCw4M, http://www.playvid.com/watch/0p7Zd8pUmuw, http://www.playvid.com/watch/E0sBC4JGsf3, http://www.playvid.com/watch/9AJj5Ihp81N, http://www.playvid.com/watch/PpQx9m9yJrQ, http://www.playvid.com/watch/zdB6L4p6PWw, http://www.playvid.com/watch/Z0UGe5WolcG, http://www.playvid.com/watch/wPJTpucVd_m, http://www.playvid.com/watch/JlOxEPXmFyx, http://www.playvid.com/watch/mJnD9N7vH3N, http://www.playvid.com/watch/aXVU_Z6qFYd, http://www.playvid.com/watch/8wyLRrUiZQj, http://www.playvid.com/watch/aGI_lTN0AjA, http://www.playvid.com/watch/k0wfHrUi529, http://www.playvid.com/watch/OgTck9GwPrj, http://www.playvid.com/watch/VA5hm2RJqHV, http://www.playvid.com/watch/p05bOJrOzMq, http://www.playvid.com/watch/jLpdcg-tlZY, http://www.playvid.com/watch/MR5QQouy2Yh, http://www.playvid.com/watch/LkTwCu9Qxtv, http://www.playvid.com/watch/7xrXsdU7LpC, http://www.playvid.com/watch/RpbOrYVVeW4, http://www.playvid.com/watch/viELsvsqqy5, http://www.playvid.com/watch/hdp3pC1tVPX, http://www.playvid.com/watch/JP1KG9AZsAU, http://www.playvid.com/watch/k-5j9npNIUB, http://www.playvid.com/watch/HZkjLxuaxln, http://www.playvid.com/watch/5KoQrPbyDz4, http://www.playvid.com/watch/lPBKbjFofVg, http://www.playvid.com/watch/lOGlZOV0RMC, http://www.playvid.com/watch/lT1kBms0_w5, http://www.playvid.com/watch/5WguzeEA-DB, http://www.playvid.com/watch/iestTbfKuoP, http://www.playvid.com/watch/Z5NfIjMnv0y, http://www.playvid.com/watch/VxH1V3mQwnU, http://www.playvid.com/watch/XNZXf8wDlQQ, http://www.playvid.com/watch/d2iczL6Q7T6, http://www.playvid.com/watch/Z623vGa6CHt, http://www.playvid.com/watch/BEE49AcMrID, http://www.playvid.com/watch/VXzXiwUrp-8, http://www.playvid.com/watch/b8pxYMymMAn, http://www.playvid.com/watch/VyTq6YX68vD, http://www.playvid.com/watch/9YUBdEVqn_e, http://www.playvid.com/watch/LYXc061HleD, http://www.playvid.com/watch/8jd2hHi4rTG, http://www.playvid.com/watch/IfCZS_34d0x, http://www.playvid.com/watch/OrRCCWbDfWY, http://www.playvid.com/watch/7tZe9eux2v9, http://www.playvid.com/watch/pMcI8Lhfqjd, http://www.playvid.com/watch/wG9m50sGpWq, http://www.playvid.com/watch/CvZfrjMjZMG, http://www.playvid.com/watch/sK1P6F8CKTi, http://www.playvid.com/watch/TrQkhcAuuMZ, http://www.playvid.com/watch/M8ip3VaWJ2L, http://www.playvid.com/watch/vFNVg5qesau, http://www.playvid.com/watch/sgE14k8Pk1Q, http://www.playvid.com/watch/fAN8O0kGgbq, http://www.playvid.com/watch/mBj_yZudrDV, http://www.playvid.com/watch/5kSE87bCTXE, http://www.playvid.com/watch/8eecMchQi7b, http://www.playvid.com/watch/VC4SfJoVRFX, http://www.playvid.com/watch/5igULwfW0Mq, http://www.playvid.com/watch/TD-DnD6kVtK, http://www.playvid.com/watch/JyAMlSsQtD5, http://www.playvid.com/watch/saVPJhJ1mPb, http://www.playvid.com/watch/0yaNPE_oP-M, http://www.playvid.com/watch/2yEK_wqs9l6
5.f. Date of third notice: 2014-12-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: larryAtota
5.b. Uploader's email address: larryatot@live.com.mx
5.d. Uploader's profile: http://www.playvid.com/member/larryAtota
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vCTNBV4Qb6B, http://www.playvid.com/watch/FrDI8EHDWR8, http://www.playvid.com/watch/fyfLf-VGaqQ, http://www.playvid.com/watch/xwN3zCjkT2N, http://www.playvid.com/watch/ebDHYt8vUvh,

http://www.playvid.com/watch/QW7fsOsXP5F, http://www.playvid.com/watch/seFrPXYSb4r, http://www.playvid.com/watch/vdp2VRNndB-,
http://www.playvid.com/watch/2wpkraI9Y7p, http://www.playvid.com/watch/X7YfskULGoP, http://www.playvid.com/watch/Nup82NidLp5,
http://www.playvid.com/watch/ArkWf-UBJzN, http://www.playvid.com/watch/DUGJtNlMMlk, http://www.playvid.com/watch/gi6enmyCVjD,
http://www.playvid.com/watch/sNsXXLxrfIS, http://www.playvid.com/watch/ZAA7BQ90dnf, http://www.playvid.com/watch/W2khSRsu2UT,
http://www.playvid.com/watch/j8eNbID79Sa, http://www.playvid.com/watch/QK8RSY6u_Bj, http://www.playvid.com/watch/MQEBGdsDgFV,
http://www.playvid.com/watch/AjYyBfPU5vF, http://www.playvid.com/watch/chC3VtzMGyQ, http://www.playvid.com/watch/SbJph0I6K49,
http://www.playvid.com/watch/P7lwR0u09Iw, http://www.playvid.com/watch/lOc7B-8TOwl, http://www.playvid.com/watch/n5EX15R_A8g,
http://www.playvid.com/watch/M3XXVEUu_CP, http://www.playvid.com/watch/9UuGPb4vitg, http://www.playvid.com/watch/s9m6xZNJ6fO,
http://www.playvid.com/watch/4vO1Abzu6Rq, http://www.playvid.com/watch/AhXMI4ItdWq, http://www.playvid.com/watch/uN1XPm-Me1L,
http://www.playvid.com/watch/bWA143ZZuKY, http://www.playvid.com/watch/i04itXV7wIh, http://www.playvid.com/watch/aE_ZoUjMy5X,
http://www.playvid.com/watch/NutXc7Al8Fd, http://www.playvid.com/watch/s56kAzM3YBw, http://www.playvid.com/watch/QrvO6XD5t2f,
http://www.playvid.com/watch/ZzW-HRrZHBC, http://www.playvid.com/watch/Qem_jGTgzDD, http://www.playvid.com/watch/98vHKhn_kyK,
http://www.playvid.com/watch/6LNl5f0px4e, http://www.playvid.com/watch/6CpxxSiTQjL, http://www.playvid.com/watch/7z8ifsNWAUL,
http://www.playvid.com/watch/OLTP6CIhg1S, http://www.playvid.com/watch/TFu5pO3qXzw, http://www.playvid.com/watch/p9yWEu86VwD,
http://www.playvid.com/watch/pTt2kc1SGgw, http://www.playvid.com/watch/StM1poOjKnT, http://www.playvid.com/watch/UtKRieHHO72,
http://www.playvid.com/watch/pwWN9lnkwSe, http://www.playvid.com/watch/kQb7TGndDay, http://www.playvid.com/watch/0UDvkHqpChI,
http://www.playvid.com/watch/kgtum4qXNhn, http://www.playvid.com/watch/NTaGGYQ9ZJW, http://www.playvid.com/watch/U3l2x8dAieY,
http://www.playvid.com/watch/eNLYHlGHRoB, http://www.playvid.com/watch/CjKK2MptThw, http://www.playvid.com/watch/mLqT4j9iWJn,
http://www.playvid.com/watch/uiyHqxda8no, http://www.playvid.com/watch/0Y59FRXHbz5, http://www.playvid.com/watch/TDdmqbxovxM,
http://www.playvid.com/watch/Yjzli7NibqV, http://www.playvid.com/watch/rPlHICNBFJU, http://www.playvid.com/watch/SUdmPgw2PfD,
http://www.playvid.com/watch/hUPSxwXTfAH, http://www.playvid.com/watch/XOz6UIi1Whi, http://www.playvid.com/watch/J24r3swDOvs,
http://www.playvid.com/watch/T7thTDJh_xJ, http://www.playvid.com/watch/lJqVDpUVii8, http://www.playvid.com/watch/r9a__EDRgjk,
http://www.playvid.com/watch/UmNiXLzl-AP, http://www.playvid.com/watch/ZEkdbp_kXZS, http://www.playvid.com/watch/6YFceV1nL6C,
http://www.playvid.com/watch/InXimTk1vHw, http://www.playvid.com/watch/NUNDS_ZgRVA, http://www.playvid.com/watch/7RxQ00cBkUx,
http://www.playvid.com/watch/WUv1Ar09wsT, http://www.playvid.com/watch/n9BmrTC5vP5, http://www.playvid.com/watch/BOa_aPNbqDS,
http://www.playvid.com/watch/Ni5DfCl6-B9, http://www.playvid.com/watch/lqR5njjbGfj, http://www.playvid.com/watch/5g3BZbM-6az
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Laura angel
5.b. Uploader's email address: abe77@naver.com
5.d. Uploader's profile: http://www.playvid.com/member/Laura+angel
5.e. List of videos posted by uploader: http://www.playvid.com/watch/96YJLyx9xqW, http://www.playvid.com/watch/Y2CK9y9SM2K,
http://www.playvid.com/watch/Mknwnjuz3X5, http://www.playvid.com/watch/YfY9iLjIMrf, http://www.playvid.com/watch/GLciipy90-5,
http://www.playvid.com/watch/xbjHSt7aGv5, http://www.playvid.com/watch/EXT57zMQdGZ, http://www.playvid.com/watch/oAbq3gRbTqV,
http://www.playvid.com/watch/CO9nvV2f6hQ, http://www.playvid.com/watch/9S-X-vuzg9C, http://www.playvid.com/watch/jEt2sqkEjVq,
http://www.playvid.com/watch/0-S7uYcnMMw, http://www.playvid.com/watch/D-Y7JZ-OOuK, http://www.playvid.com/watch/4C0G6aQbCnw,
http://www.playvid.com/watch/MsU3DbIb3x4, http://www.playvid.com/watch/E4mHJAUH02D, http://www.playvid.com/watch/V0IOJKe2uUN,
http://www.playvid.com/watch/8ij25Hzy2Z4, http://www.playvid.com/watch/6oJjUicbRMr, http://www.playvid.com/watch/xuhGGHdrxGB,
http://www.playvid.com/watch/swsz-BtM6Me, http://www.playvid.com/watch/HiVhAoHmtTQ, http://www.playvid.com/watch/KMiXJTGI4lm,
http://www.playvid.com/watch/s3Z4TesF9aH, http://www.playvid.com/watch/qJdqPk3xPiw, http://www.playvid.com/watch/JsIEn2-srYk,
http://www.playvid.com/watch/p5zdNy-a4rE, http://www.playvid.com/watch/SCre98IXguQ, http://www.playvid.com/watch/-WkE2bw4J5P,
http://www.playvid.com/watch/ZXPSQi0u9oS, http://www.playvid.com/watch/r53ilRJs-uf, http://www.playvid.com/watch/nLgzI2FuyRa,
http://www.playvid.com/watch/ym3lvyr72ca, http://www.playvid.com/watch/6CGJGmdLDTF, http://www.playvid.com/watch/TOGn9LVRxuF,
http://www.playvid.com/watch/NiLcMODWpmY, http://www.playvid.com/watch/edd0gShBE7K, http://www.playvid.com/watch/VQySrC-VE47,
http://www.playvid.com/watch/rSewyp8i8A-, http://www.playvid.com/watch/ncP33MUGCwZ, http://www.playvid.com/watch/FWVGAdgsKpc,
http://www.playvid.com/watch/J8Ag2ujkDOR, http://www.playvid.com/watch/-5VGVgKNSq3, http://www.playvid.com/watch/3REP6FrSoht,
http://www.playvid.com/watch/Gh-RNFIsAJ5, http://www.playvid.com/watch/V9aEPgohOxL, http://www.playvid.com/watch/pkWIQEwnU6C,
http://www.playvid.com/watch/cGkpGyu-Svi, http://www.playvid.com/watch/bBFHuOH9SiR, http://www.playvid.com/watch/A0v9kM6R8ru,
http://www.playvid.com/watch/kFDqwNeEFgv, http://www.playvid.com/watch/2Xw7-SvWhhc, http://www.playvid.com/watch/yVGrHRuDRSA,
http://www.playvid.com/watch/5F4Z33B8n0I, http://www.playvid.com/watch/KBqJE-PJtOd, http://www.playvid.com/watch/rAzCa5VV2un,
http://www.playvid.com/watch/OKpmMagDgkw, http://www.playvid.com/watch/28t5yQJXsly, http://www.playvid.com/watch/8AT-vqmVhY7,
http://www.playvid.com/watch/dSDcZ5FaZSk, http://www.playvid.com/watch/0ijd0yywBj-, http://www.playvid.com/watch/x0SyBM88QJK,
http://www.playvid.com/watch/UTEBWnyheR9, http://www.playvid.com/watch/ZshwGnhrf0B, http://www.playvid.com/watch/BjUoU9FUs9s,
http://www.playvid.com/watch/Xc0iU5fIeNa, http://www.playvid.com/watch/SokNCaSTl2f, http://www.playvid.com/watch/u7AOf2mny7Q,
http://www.playvid.com/watch/NksPM0RcxGR, http://www.playvid.com/watch/ZXx2lFuMpPQ, http://www.playvid.com/watch/6bTGfD05eVK,
http://www.playvid.com/watch/fAZLO5ngj43, http://www.playvid.com/watch/US678aKZJdl, http://www.playvid.com/watch/q7DXxj2yJgl,
http://www.playvid.com/watch/Dp3JgBpvtlG, http://www.playvid.com/watch/ayy85DlW4X2, http://www.playvid.com/watch/X3e6qN8HRiI,
http://www.playvid.com/watch/dOUT7II3B70, http://www.playvid.com/watch/VUCH9a3DaV3, http://www.playvid.com/watch/puit2pbt0Os,
http://www.playvid.com/watch/KHpzuTJy9Ge, http://www.playvid.com/watch/ZGXNRqug98T, http://www.playvid.com/watch/23DlFzUv-Ke,
http://www.playvid.com/watch/2403BzC-wYE, http://www.playvid.com/watch/PsioNKmzdRW, http://www.playvid.com/watch/28gqOwmEOBP,
http://www.playvid.com/watch/ZkjcGS99348, http://www.playvid.com/watch/ohiHTcpEsAY, http://www.playvid.com/watch/ygMG4rvh0dj,
http://www.playvid.com/watch/fQg99Q6KiaB, http://www.playvid.com/watch/ELhnkHF9YqT, http://www.playvid.com/watch/MamiJmkrnid,
http://www.playvid.com/watch/Nh2fRhpMXv2, http://www.playvid.com/watch/ShXAzazvPNs, http://www.playvid.com/watch/exYjkwUBmjj,
http://www.playvid.com/watch/0CZ--AqbNCT, http://www.playvid.com/watch/3kXaP3PgNEL, http://www.playvid.com/watch/c3uLgWjkha4,
http://www.playvid.com/watch/ovBSdSIlWSq, http://www.playvid.com/watch/HylEe8QFRLM, http://www.playvid.com/watch/-DHdNeH9UEk,
http://www.playvid.com/watch/5vfliXIcF9m, http://www.playvid.com/watch/53x24kZxZqx, http://www.playvid.com/watch/-XajqW8LjlB,
http://www.playvid.com/watch/yXy2XOYdoza, http://www.playvid.com/watch/lnTHr7wNb2x, http://www.playvid.com/watch/PiaNHvQewyH,
http://www.playvid.com/watch/9GcqbhMGDsD, http://www.playvid.com/watch/fyGnDD77Kcd, http://www.playvid.com/watch/3BGWWHLd3qc,
http://www.playvid.com/watch/BWemIhfXmhA, http://www.playvid.com/watch/cTLo0QFdxDO, http://www.playvid.com/watch/RLy64YRKHug,
http://www.playvid.com/watch/yCiWTDGI3H4, http://www.playvid.com/watch/Q37dxWJfNwR, http://www.playvid.com/watch/Qm6UiGi4BOb,
http://www.playvid.com/watch/wfp5wot6N4x, http://www.playvid.com/watch/VqFjXM-VRz9, http://www.playvid.com/watch/jzt2n23qpCv,
http://www.playvid.com/watch/cvmY2PoJUFY, http://www.playvid.com/watch/Y87KZiFsVcQ, http://www.playvid.com/watch/VoCGK6A5atb,
http://www.playvid.com/watch/HyeBcZfhByX, http://www.playvid.com/watch/tyFJJCMFxi8, http://www.playvid.com/watch/wsGRFRYjZPB,
http://www.playvid.com/watch/h9hZ-r5GR8J, http://www.playvid.com/watch/kbVioDDzEn0, http://www.playvid.com/watch/PIEz9ULe6kE,
http://www.playvid.com/watch/VhngQjtvPIi, http://www.playvid.com/watch/Ix-nPbUe0-P, http://www.playvid.com/watch/JOg96zkP-3b,
http://www.playvid.com/watch/X3tkvugXRQf, http://www.playvid.com/watch/VfImJLSxHC8, http://www.playvid.com/watch/wqLEOxmPAcU,
http://www.playvid.com/watch/6VhR8KgvltV, http://www.playvid.com/watch/WJCi-7nTaJe, http://www.playvid.com/watch/wsP0Em84gDK,
http://www.playvid.com/watch/ofIe7WxtJhq, http://www.playvid.com/watch/mC-WMIfULuE, http://www.playvid.com/watch/cpZ3KQNS9X2,
http://www.playvid.com/watch/8eyjwXpuqVQ, http://www.playvid.com/watch/DJQbeaXdydK, http://www.playvid.com/watch/F7gIHABxbVQ,
http://www.playvid.com/watch/7WSpA77AOrY, http://www.playvid.com/watch/ydJyB2HtzXh, http://www.playvid.com/watch/ESuNQd-va9N,
http://www.playvid.com/watch/9JZgTZ2x6pP, http://www.playvid.com/watch/88PBTW9DcWr, http://www.playvid.com/watch/aJFQCCB4e0X,
http://www.playvid.com/watch/LgvSf2Fn49N, http://www.playvid.com/watch/3hPJyk-TbjT, http://www.playvid.com/watch/IrfIUoSZ6yL,
http://www.playvid.com/watch/GWtVTbS5tDY, http://www.playvid.com/watch/-8HGF7V5IGc, http://www.playvid.com/watch/JgjsGHOjgw7,
http://www.playvid.com/watch/cpkf7AvqBw-, http://www.playvid.com/watch/4yPmVi-J2BV, http://www.playvid.com/watch/vYrcTgFw-83,
http://www.playvid.com/watch/hx-pFBQGmtU, http://www.playvid.com/watch/g4yEhziO66R, http://www.playvid.com/watch/wMGrclmPGU5,
http://www.playvid.com/watch/zsfRSqtA3l6, http://www.playvid.com/watch/Ez4z0NATk5K, http://www.playvid.com/watch/KRuwnHMOQmL,
http://www.playvid.com/watch/3NckkH7oD2c, http://www.playvid.com/watch/kpC30HmqQvx, http://www.playvid.com/watch/vR4K8kHTCkE,
http://www.playvid.com/watch/k8HGuOurKqr, http://www.playvid.com/watch/HQdilOLtD8d, http://www.playvid.com/watch/S0mQZnA3a4Q,
http://www.playvid.com/watch/0NlpRNOFWRk, http://www.playvid.com/watch/pjKhewy3m4y, http://www.playvid.com/watch/ovuPd-QYwXm,
http://www.playvid.com/watch/bBCWqyNLVxb, http://www.playvid.com/watch/eAOSVWqcZwS, http://www.playvid.com/watch/tWE2svxXlCg,
http://www.playvid.com/watch/G68BA2d8ud2, http://www.playvid.com/watch/w75KmE2vlUJ, http://www.playvid.com/watch/t9W0oRqqhF8,
http://www.playvid.com/watch/44r3CaCLWHS, http://www.playvid.com/watch/CaWkZtatwEI, http://www.playvid.com/watch/nlZK3nf0iTa,
http://www.playvid.com/watch/sD6zlRFh3Dy, http://www.playvid.com/watch/nGQDG3GO25S, http://www.playvid.com/watch/OshOVxdKQqv,
http://www.playvid.com/watch/Qsl9VlBVM-P, http://www.playvid.com/watch/-dGmqTA7KIx, http://www.playvid.com/watch/F4wcgQBZFBa,
http://www.playvid.com/watch/q3xivyL7liP, http://www.playvid.com/watch/g0wAjOQ3CYK, http://www.playvid.com/watch/63BbL4li-hT,

http://www.playvid.com/watch/KDYKPHjWozj, http://www.playvid.com/watch/gxn5lTaafcD, http://www.playvid.com/watch/moURS-V3lYZ,
http://www.playvid.com/watch/GINhllQWQ8v, http://www.playvid.com/watch/iPfh2irKqCh, http://www.playvid.com/watch/sTCejuaAL45,
http://www.playvid.com/watch/PJckYPMR8iX, http://www.playvid.com/watch/jJ9-U24vhfB, http://www.playvid.com/watch/SkzwSedmoyw,
http://www.playvid.com/watch/0ZTUoUrLSIC, http://www.playvid.com/watch/Dz52YEd2QqV, http://www.playvid.com/watch/y695FUaoft6,
http://www.playvid.com/watch/WYByi7D0B9q, http://www.playvid.com/watch/K8FfBqfh0NJ, http://www.playvid.com/watch/4S6hIawy9RA,
http://www.playvid.com/watch/yvhMpJOb9cz, http://www.playvid.com/watch/K6dEaHSiVlI, http://www.playvid.com/watch/55Z6lEqvY-6,
http://www.playvid.com/watch/sQDJ5O5Ab46, http://www.playvid.com/watch/6dY0tJ5ZYBA, http://www.playvid.com/watch/Uh-TwBwfgOF,
http://www.playvid.com/watch/BDaAsr499Tk, http://www.playvid.com/watch/Zw8DLV8KaYi, http://www.playvid.com/watch/HPcYHbEM--5,
http://www.playvid.com/watch/r96hKfDSUJz, http://www.playvid.com/watch/UaVVBoqma-Z, http://www.playvid.com/watch/H3A4Lg6icMi,
http://www.playvid.com/watch/uGehvRqIDqc, http://www.playvid.com/watch/0F3Glm6wXcf, http://www.playvid.com/watch/R8AKQbtVBgY,
http://www.playvid.com/watch/JraKNEPZIWS, http://www.playvid.com/watch/vl3CTKkXyBz, http://www.playvid.com/watch/MmQvhjCMNk3,
http://www.playvid.com/watch/FgTw8aKLTvk, http://www.playvid.com/watch/PJjn6tVdKko, http://www.playvid.com/watch/5sYoa9Ygvt8,
http://www.playvid.com/watch/hqIYhhvHtrZ, http://www.playvid.com/watch/mamtFtNV0gu, http://www.playvid.com/watch/EKTEi9xEuN3,
http://www.playvid.com/watch/7X9VDQfIhxt, http://www.playvid.com/watch/kwbqvG0z0h4, http://www.playvid.com/watch/mP65Jls82vT,
http://www.playvid.com/watch/NfUQwp8JWKi, http://www.playvid.com/watch/ZvlhKLxkmxx, http://www.playvid.com/watch/xlTczgY0lhb,
http://www.playvid.com/watch/mSy5ntLvGeF, http://www.playvid.com/watch/jYr-4JdjIXp, http://www.playvid.com/watch/O-eh6NJV04H,
http://www.playvid.com/watch/3TNlCyH2UYu, http://www.playvid.com/watch/2khw7BSoxMF, http://www.playvid.com/watch/ABtBAQvNueG,
http://www.playvid.com/watch/IffRgg5YFYc, http://www.playvid.com/watch/dY8udybHAml, http://www.playvid.com/watch/H7joX67TK3i,
http://www.playvid.com/watch/agItD8rQVad, http://www.playvid.com/watch/3P3hiWtKmHm, http://www.playvid.com/watch/PEkUFxwbWuQ,
http://www.playvid.com/watch/oaiZUibk4nv, http://www.playvid.com/watch/L8RKCfVl53A, http://www.playvid.com/watch/JK0S3zdu0na,
http://www.playvid.com/watch/r64WwPBFwZw, http://www.playvid.com/watch/P8bRSCfci64, http://www.playvid.com/watch/8RbGRYUKuXJ,
http://www.playvid.com/watch/btieNldkrAX, http://www.playvid.com/watch/PsBfnrpaYeN, http://www.playvid.com/watch/bpXvMk4wW7d,
http://www.playvid.com/watch/d-tKt2YvpGE, http://www.playvid.com/watch/m6578kz4-iR, http://www.playvid.com/watch/G0eRUADQEnm,
http://www.playvid.com/watch/pdff65FpAzL, http://www.playvid.com/watch/TVkYmsiSqb0, http://www.playvid.com/watch/HhWPnz3Vbrg,
http://www.playvid.com/watch/e722Sjx2YOe, http://www.playvid.com/watch/RGpo30Pqs5b, http://www.playvid.com/watch/yFCNu06oGEH,
http://www.playvid.com/watch/lylEbbXe4QW, http://www.playvid.com/watch/XVmVtb8o5vr, http://www.playvid.com/watch/x9QsbtJhrrX,
http://www.playvid.com/watch/UUuHvLPGeJF, http://www.playvid.com/watch/99LWrmsOWuc, http://www.playvid.com/watch/dq5EbDhS7Rx,
http://www.playvid.com/watch/lbaHW6HEhLX, http://www.playvid.com/watch/avI4Rp08zQl, http://www.playvid.com/watch/biVGGPsABVu,
http://www.playvid.com/watch/Iz8RpgG2XuG, http://www.playvid.com/watch/d5WYjZrLF4L, http://www.playvid.com/watch/7-OMhcjNHJa,
http://www.playvid.com/watch/f7xJfXZPypu, http://www.playvid.com/watch/2U7jQK9jrzu, http://www.playvid.com/watch/kfHCQCNhX8u,
http://www.playvid.com/watch/LejZrtlBmJk, http://www.playvid.com/watch/2yOKkf6OFUX, http://www.playvid.com/watch/Y55D5h2Dckj,
http://www.playvid.com/watch/BG05AeimAjd, http://www.playvid.com/watch/5qItJCp2RX4, http://www.playvid.com/watch/g-OjiwyZWBI,
http://www.playvid.com/watch/weOKW7ZXFHC, http://www.playvid.com/watch/nrhzoUH7bCp, http://www.playvid.com/watch/uT04UMuIXcx,
http://www.playvid.com/watch/VTsOmSe5IjE, http://www.playvid.com/watch/zaAdIHnRdCD, http://www.playvid.com/watch/K3JC2ODyh0G,
http://www.playvid.com/watch/jr4qlwVv9MN, http://www.playvid.com/watch/VmEQFsLLHgO, http://www.playvid.com/watch/RPVx-NSHGBV,
http://www.playvid.com/watch/EfithEqvDbp, http://www.playvid.com/watch/vmVn08AktIe, http://www.playvid.com/watch/8KwmdzQh7-R,
http://www.playvid.com/watch/LvPrbLjqK2t, http://www.playvid.com/watch/WsukFb5HDRW, http://www.playvid.com/watch/pvTmW8Cn-DH,
http://www.playvid.com/watch/n4ENwoR8JIH, http://www.playvid.com/watch/zegCIJF39Me, http://www.playvid.com/watch/nb82gNAt5js,
http://www.playvid.com/watch/bi2DjoV5Ocu, http://www.playvid.com/watch/UxChZlqsT0e, http://www.playvid.com/watch/pVHUvuiH8qu,
http://www.playvid.com/watch/Mwck5qxVMr4, http://www.playvid.com/watch/-5mmHuGUd0-, http://www.playvid.com/watch/LFf44j6Ipvs,
http://www.playvid.com/watch/qTvm6yPWATP, http://www.playvid.com/watch/eTtOL4Fftff, http://www.playvid.com/watch/0Y9XmVIUAvL,
http://www.playvid.com/watch/LeygkjTHIah, http://www.playvid.com/watch/mGwNPY9oDKC, http://www.playvid.com/watch/j-JiUw0Lea6,
http://www.playvid.com/watch/qlBJTfS8MQk, http://www.playvid.com/watch/8JO-8XB9-Qh, http://www.playvid.com/watch/ZIRtTwZAbSf,
http://www.playvid.com/watch/a3XqgvsaVz6, http://www.playvid.com/watch/9LYBqeVpr3Z, http://www.playvid.com/watch/jvMCAZpQ9gw,
http://www.playvid.com/watch/CnfSCCSPU7H, http://www.playvid.com/watch/-YpvuaeMAkr, http://www.playvid.com/watch/lkdV5Vrd7iF,
http://www.playvid.com/watch/zN7Jv7D9prH, http://www.playvid.com/watch/NJ3uGlqRp45, http://www.playvid.com/watch/KxbXhnvBD7j,
http://www.playvid.com/watch/PwhWWyVawoM, http://www.playvid.com/watch/dKXD3GzCXcK, http://www.playvid.com/watch/M9TM6F0ALRI,
http://www.playvid.com/watch/tExbQa4wTOX, http://www.playvid.com/watch/SoIEy0FRHKx, http://www.playvid.com/watch/Qe4Bc7DqyBT,
http://www.playvid.com/watch/3fHjIP3Y-5v, http://www.playvid.com/watch/FLhThrS5WJo, http://www.playvid.com/watch/Tn8AG24fudd,
http://www.playvid.com/watch/TZ0vwNJNXMM, http://www.playvid.com/watch/XET-Rnh-Kf4, http://www.playvid.com/watch/8w2v8MlLLe8,
http://www.playvid.com/watch/gqV0EAaUCgy, http://www.playvid.com/watch/rPG9UmUBbEi, http://www.playvid.com/watch/VVGsI9Bn3y0,
http://www.playvid.com/watch/eTWj-qqQIpY, http://www.playvid.com/watch/xOw0DeRU5Ax, http://www.playvid.com/watch/5OK-dFxlZLi,
http://www.playvid.com/watch/hVhS7AE3wit, http://www.playvid.com/watch/AwqLYrMJQ5G, http://www.playvid.com/watch/PXBNIRX5E9O,
http://www.playvid.com/watch/37mH04PdQ5G, http://www.playvid.com/watch/gcZApc855bn, http://www.playvid.com/watch/QFlsyTvhfVs,
http://www.playvid.com/watch/kmxs9lBPECr, http://www.playvid.com/watch/XnRZlQewIUq, http://www.playvid.com/watch/qJN4dYy52a3,
http://www.playvid.com/watch/HJF3cWjIzvY, http://www.playvid.com/watch/mnOH6eWgzCP, http://www.playvid.com/watch/kRs4BnZlXzw,
http://www.playvid.com/watch/-wm7skpRoHw, http://www.playvid.com/watch/XHfqyE9r-qL, http://www.playvid.com/watch/GmH02GeXzOy,
http://www.playvid.com/watch/2pn87HEQ9xc, http://www.playvid.com/watch/4u-MqGV2J33, http://www.playvid.com/watch/4sHEN8cZX6g,
http://www.playvid.com/watch/IHwN8eMfuzh, http://www.playvid.com/watch/vtaTJ06DnFU, http://www.playvid.com/watch/9Ps0NZb4pzu,
http://www.playvid.com/watch/A9iySQs8kCC, http://www.playvid.com/watch/-tVg07L8TCY, http://www.playvid.com/watch/zeRTmJl8R-9,
http://www.playvid.com/watch/-RvOH5kRMVa, http://www.playvid.com/watch/z5rQcdNRCMD, http://www.playvid.com/watch/wRJ92VpkIH8,
http://www.playvid.com/watch/Xlzjc-50bMj, http://www.playvid.com/watch/VoOY6SzzuEY, http://www.playvid.com/watch/Mr3c2BcPD5k,
http://www.playvid.com/watch/tQNn7RVTZO7, http://www.playvid.com/watch/nHX5B4egy3Y, http://www.playvid.com/watch/BhDRMyA2cAk,
http://www.playvid.com/watch/PPzO6bNN2YQ, http://www.playvid.com/watch/VBVxiRlu-qJ, http://www.playvid.com/watch/Z-OpAySVYEV,
http://www.playvid.com/watch/nzpz7HSEWEJ, http://www.playvid.com/watch/qniRiXW3mNN, http://www.playvid.com/watch/Ic8hSEuT6Km,
http://www.playvid.com/watch/NV0RpUZWNC7, http://www.playvid.com/watch/rWsdFrhWMiH, http://www.playvid.com/watch/GOQkYYL7pPz,
http://www.playvid.com/watch/a7KixXKCk0X, http://www.playvid.com/watch/bVguYddFZ70, http://www.playvid.com/watch/xdBBcniyJzT,
http://www.playvid.com/watch/YZkhzoq4zWr, http://www.playvid.com/watch/-DzVLlVVrGF, http://www.playvid.com/watch/purq0RuNONF,
http://www.playvid.com/watch/x2EUYHsSJ2z, http://www.playvid.com/watch/BZqxIF9gjjC, http://www.playvid.com/watch/HY30x6YEOtZ,
http://www.playvid.com/watch/mtd4x9ARMxX, http://www.playvid.com/watch/LYP9xETAUp5, http://www.playvid.com/watch/axqAqMyiTeA,
http://www.playvid.com/watch/gnv4rdqgsKt, http://www.playvid.com/watch/TR8oQgF8FDk, http://www.playvid.com/watch/kN4ueB6ZOR3,
http://www.playvid.com/watch/0lEBc-Lp5qn
5.f. Date of third notice: 2015-04-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: laveshka
5.b. Uploader's email address: petkanosov@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/laveshka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iWjntoKiv3z, http://www.playvid.com/watch/WuqxFv1j3cv,
http://www.playvid.com/watch/9D4CLpJdkJE, http://www.playvid.com/watch/dYQR46AmPrw, http://www.playvid.com/watch/K-jCDbyLYPN,
http://www.playvid.com/watch/wiBCdNBnxBM, http://www.playvid.com/watch/uoF8G8l5hJm, http://www.playvid.com/watch/S7sBsCP3__y,
http://www.playvid.com/watch/BGiBXeNZLeq, http://www.playvid.com/watch/ko558EV2PtL, http://www.playvid.com/watch/8qtVFOoa5yN,
http://www.playvid.com/watch/W-HjhvI_JAP, http://www.playvid.com/watch/fnOMZlyCgez, http://www.playvid.com/watch/0msRtIKY1J0,
http://www.playvid.com/watch/rLu2cfSdUTB, http://www.playvid.com/watch/nckcdYDSX5O, http://www.playvid.com/watch/2r-Kgds-GCi,
http://www.playvid.com/watch/pBAHTo8VLmH, http://www.playvid.com/watch/hI6ySls0MkC, http://www.playvid.com/watch/lvt3hoPS_uh,
http://www.playvid.com/watch/442wH_3pCN6, http://www.playvid.com/watch/5aaeQstACK7, http://www.playvid.com/watch/95dD7eTKLhk,
http://www.playvid.com/watch/7E10ENJ7w0V, http://www.playvid.com/watch/g7_0y2Fl_Rw, http://www.playvid.com/watch/KwM8Ya268ny,
http://www.playvid.com/watch/Nrunga-R4tU, http://www.playvid.com/watch/eRCRfdNfCPn, http://www.playvid.com/watch/5LJ3GlJj1I6,
http://www.playvid.com/watch/G63YxE6i06S, http://www.playvid.com/watch/W3r6f7MepUh, http://www.playvid.com/watch/SPrNeIbs3BP,
http://www.playvid.com/watch/G124I51S_by, http://www.playvid.com/watch/hMvpGKetoqq, http://www.playvid.com/watch/T5iaeTa_ha7,
http://www.playvid.com/watch/4oIGtJ23_8N, http://www.playvid.com/watch/lmkeqIGRfAg, http://www.playvid.com/watch/y9u6JvFSR_0,
http://www.playvid.com/watch/924ur9qH0qe, http://www.playvid.com/watch/Pj1D_nQzxuW, http://www.playvid.com/watch/tF9Co6sEi-L,
http://www.playvid.com/watch/5--xqwm8jwa, http://www.playvid.com/watch/R_6cgcjryvK, http://www.playvid.com/watch/QVpgfPFC268,
http://www.playvid.com/watch/hi2KVkMx30T, http://www.playvid.com/watch/lZk6y8XgYOF, http://www.playvid.com/watch/n_oIqIozXuT,
http://www.playvid.com/watch/EmKKDw49C8L, http://www.playvid.com/watch/bkaKtzJLtDB, http://www.playvid.com/watch/vFOjMeZn0Cj,
http://www.playvid.com/watch/HBx4QBfKNpC, http://www.playvid.com/watch/dSKuYWeQeOb, http://www.playvid.com/watch/gDQrGx7xXny,

http://www.playvid.com/watch/c8I9LINeMPL, http://www.playvid.com/watch/TNANLc1I0ru, http://www.playvid.com/watch/kh0wZeNcj6G, http://www.playvid.com/watch/m2a6BLCpj9L, http://www.playvid.com/watch/jIpAWLTgkT0, http://www.playvid.com/watch/f0nRwl9zFLA, http://www.playvid.com/watch/QBO-0Z94w9u, http://www.playvid.com/watch/y0EmJQsfcFu, http://www.playvid.com/watch/SFMa7l_yhWh, http://www.playvid.com/watch/WNax0swsoaE, http://www.playvid.com/watch/yeuiXIOoy8S, http://www.playvid.com/watch/n54218M5yoq, http://www.playvid.com/watch/gW5xT0mlJi4, http://www.playvid.com/watch/QIycWAlWLwc, http://www.playvid.com/watch/HB9ekC1VlrV, http://www.playvid.com/watch/4aLgSFvi5H2, http://www.playvid.com/watch/lMqvV1sM4lT, http://www.playvid.com/watch/oTvcR62TB7X, http://www.playvid.com/watch/OPoYy4SYnbE, http://www.playvid.com/watch/9uiOwi67I6e, http://www.playvid.com/watch/xn8UZ1wS9jF, http://www.playvid.com/watch/OWRG2urAktV, http://www.playvid.com/watch/Ja8_-ZF31Hj, http://www.playvid.com/watch/DAOQ1CEMaPf, http://www.playvid.com/watch/tJPK9J8fIkd, http://www.playvid.com/watch/9MvEroVlcaf, http://www.playvid.com/watch/te0pPxRRVks, http://www.playvid.com/watch/eu_IOmWRJjM, http://www.playvid.com/watch/EQgFynea7U9, http://www.playvid.com/watch/HvycdRqdK9g, http://www.playvid.com/watch/JSbTKm71UH8, http://www.playvid.com/watch/Jv68McaIApS, http://www.playvid.com/watch/AeLcW2qxH0l, http://www.playvid.com/watch/XncgrrD9ErS, http://www.playvid.com/watch/v34ftSrrU4m, http://www.playvid.com/watch/ztKC6cQiYFz, http://www.playvid.com/watch/dQCsbij3pPr, http://www.playvid.com/watch/65PP0b7rTT0, http://www.playvid.com/watch/tkqHTEwmBm7, http://www.playvid.com/watch/NE8cfDUtZ2j, http://www.playvid.com/watch/RqKSONDNgVE, http://www.playvid.com/watch/v_nFtkh6hqn, http://www.playvid.com/watch/faH7Ub2t2PF, http://www.playvid.com/watch/FUhE1cxAyr8, http://www.playvid.com/watch/rUyi_UKIrop, http://www.playvid.com/watch/7Ns-1nfJcti, http://www.playvid.com/watch/ZV0SwPRixXq, http://www.playvid.com/watch/K-xZdzu93eR, http://www.playvid.com/watch/SEreBqfvWmM
5.f. Date of third notice: 2014-04-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Laz2014
5.b. Uploader's email address: ashesoflazarus@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Laz2014
5.e. List of videos posted by uploader: http://www.playvid.com/watch/E4jTFLZLDEh, http://www.playvid.com/watch/cbkNPbOpMae, http://www.playvid.com/watch/oc8r8HYO7Wa, http://www.playvid.com/watch/CB7ipieZwZm, http://www.playvid.com/watch/7ZYsKeRCWYG, http://www.playvid.com/watch/LxvEVNPilIQ, http://www.playvid.com/watch/XBQ6sQ7rRtt, http://www.playvid.com/watch/o4fHwfQc5Y7, http://www.playvid.com/watch/lONxZ0HEZgx, http://www.playvid.com/watch/0yPJSgleNX4, http://www.playvid.com/watch/6qwYrbCQrEM, http://www.playvid.com/watch/prXLRFHQWDh, http://www.playvid.com/watch/bfDtn9mTuOC, http://www.playvid.com/watch/rpFgXo2VSUS, http://www.playvid.com/watch/I5muoIMhRgV, http://www.playvid.com/watch/j-Lbd4Pfv9t, http://www.playvid.com/watch/zFnOotQjUQS, http://www.playvid.com/watch/hWDhv4jRblc, http://www.playvid.com/watch/27BuAnge3z0, http://www.playvid.com/watch/3coAHx4UPqq, http://www.playvid.com/watch/M76n2FnYEhS, http://www.playvid.com/watch/H-HYFCO0OBh, http://www.playvid.com/watch/3wGRUzSzIZy, http://www.playvid.com/watch/wfbYfIegvWG, http://www.playvid.com/watch/QdnLEIFYhJc, http://www.playvid.com/watch/iPwUfSJvBMZ, http://www.playvid.com/watch/lllkE47JuAG, http://www.playvid.com/watch/TrRbylFLyaQ, http://www.playvid.com/watch/iOLOXNh825-, http://www.playvid.com/watch/HKG6Fu72Kgo, http://www.playvid.com/watch/zjMqrsuzdT6, http://www.playvid.com/watch/CRWmcpoBWXn, http://www.playvid.com/watch/mMnDw-QvdRp, http://www.playvid.com/watch/8YW6o0BRxdy, http://www.playvid.com/watch/ZJ5FGahvG57, http://www.playvid.com/watch/xlY0F4w6qQb, http://www.playvid.com/watch/kmz-Tjn69rI, http://www.playvid.com/watch/Eqr-8f6zVdi, http://www.playvid.com/watch/egY0AHL7Yvi, http://www.playvid.com/watch/2UX9EHbmFRc, http://www.playvid.com/watch/NdVoOIkMe5B, http://www.playvid.com/watch/OUhQoTdO7nO, http://www.playvid.com/watch/d-Krz-62ZkW, http://www.playvid.com/watch/QQBJV3JwmDh, http://www.playvid.com/watch/M359rclWq9G, http://www.playvid.com/watch/jmkMv7e0oO5, http://www.playvid.com/watch/XCxLIpMzs3Z, http://www.playvid.com/watch/FEMGWRTU9vf, http://www.playvid.com/watch/4XFPA3yhdky, http://www.playvid.com/watch/TbCi2Uif2Yq, http://www.playvid.com/watch/SzsgZ5Il7gs, http://www.playvid.com/watch/slhfHQJPpop, http://www.playvid.com/watch/6gtHHBKA4my, http://www.playvid.com/watch/DnwBrdqxvYN, http://www.playvid.com/watch/8HERXTYmyeC, http://www.playvid.com/watch/n4MvOI-N3JO, http://www.playvid.com/watch/AZ3KedYja9G, http://www.playvid.com/watch/zUAZNm8GB-b, http://www.playvid.com/watch/cSdTsSIBiOz, http://www.playvid.com/watch/SYPu9wy7wvf, http://www.playvid.com/watch/H8ACzPKwClh, http://www.playvid.com/watch/f45otH9WCnx, http://www.playvid.com/watch/NeK-eZssWQ8, http://www.playvid.com/watch/bjbZS8GrMSy, http://www.playvid.com/watch/YRZvnM6apZu, http://www.playvid.com/watch/lNDnvrMpVzU, http://www.playvid.com/watch/A90q6gqeLKD, http://www.playvid.com/watch/bQgfqfyMWfP, http://www.playvid.com/watch/5jWLUt8a0XS, http://www.playvid.com/watch/C-tGwkIdMnv, http://www.playvid.com/watch/Ye58j2fe2lh, http://www.playvid.com/watch/CG-axicoKol, http://www.playvid.com/watch/O2eA6rjuhqt, http://www.playvid.com/watch/xneJWBzoJBL, http://www.playvid.com/watch/PJdS5JuBVKp, http://www.playvid.com/watch/9HRBoM9ab5C, http://www.playvid.com/watch/z6huxHMA8Y5, http://www.playvid.com/watch/RSefXlW7clc, http://www.playvid.com/watch/OiCy0kixjHJ, http://www.playvid.com/watch/B3KisPL5Hu8, http://www.playvid.com/watch/Bte4wDiLtml, http://www.playvid.com/watch/vKyugLXj8JM, http://www.playvid.com/watch/kVCeb9BFvGn, http://www.playvid.com/watch/L5axMESauiG, http://www.playvid.com/watch/8l2mJzBvQyz, http://www.playvid.com/watch/LeQsYs6IzwS, http://www.playvid.com/watch/7wuhxe6l7vH, http://www.playvid.com/watch/ssBZT3OvdDU, http://www.playvid.com/watch/TtfAKVobCb5, http://www.playvid.com/watch/mS2Ik7gfEXd, http://www.playvid.com/watch/krrA9qsB6mD, http://www.playvid.com/watch/c7x8cjpLqgP, http://www.playvid.com/watch/uocP89hIzUJ, http://www.playvid.com/watch/-0k5ZHy7WDO, http://www.playvid.com/watch/L5K3q02NTkR, http://www.playvid.com/watch/JVRXPV89XOF, http://www.playvid.com/watch/fiA7sGBiZvr, http://www.playvid.com/watch/g6dzIf7pUWJ, http://www.playvid.com/watch/2hq5GboSyFc, http://www.playvid.com/watch/BstTLD4lqdc, http://www.playvid.com/watch/yVsF4vIABrK, http://www.playvid.com/watch/Q20P8l9Vo9J, http://www.playvid.com/watch/pn2CRHJTmR8, http://www.playvid.com/watch/yWGaEKnXLQ2, http://www.playvid.com/watch/yj6ZYVcdT7M, http://www.playvid.com/watch/y0bAUqeGFTd, http://www.playvid.com/watch/7p0nl9coHA0, http://www.playvid.com/watch/ofSeG4r5pTe, http://www.playvid.com/watch/loC2RRkYqNP, http://www.playvid.com/watch/Du8x-eYwxEh, http://www.playvid.com/watch/UMYwaKG-YGb, http://www.playvid.com/watch/S4GWy4jZ9ly, http://www.playvid.com/watch/mzZlRCrn45c, http://www.playvid.com/watch/AS-SrSmqgt9, http://www.playvid.com/watch/7TZwZBkY6QZ, http://www.playvid.com/watch/fXZUDyNFkU2, http://www.playvid.com/watch/XKfEbxLrwOB, http://www.playvid.com/watch/W6FDEjkT6B3, http://www.playvid.com/watch/qUs8P6pGYp-, http://www.playvid.com/watch/Lj5HvueLrgt, http://www.playvid.com/watch/UUJ2n6a65oz, http://www.playvid.com/watch/wDSz59lgaQC, http://www.playvid.com/watch/oCH9ZVZuszk, http://www.playvid.com/watch/r7HqpPNWK8W, http://www.playvid.com/watch/wfZjUAbDWgC, http://www.playvid.com/watch/EFnW7zHPs4R, http://www.playvid.com/watch/Hps9skPgmEq, http://www.playvid.com/watch/4nXOAcXgkIz, http://www.playvid.com/watch/d3mmggKw5T9, http://www.playvid.com/watch/r8hJnb870uv, http://www.playvid.com/watch/MLK5PG9OOQ5, http://www.playvid.com/watch/K9GvAXB2UcK, http://www.playvid.com/watch/ArRyN4jHXkG, http://www.playvid.com/watch/LUHSWBsxPcB, http://www.playvid.com/watch/boQrQrDLBkj, http://www.playvid.com/watch/kyNfAibwM6G, http://www.playvid.com/watch/dcbHI96Q45a, http://www.playvid.com/watch/CfM2rMrknwp, http://www.playvid.com/watch/O850Cm0eplO, http://www.playvid.com/watch/lheS4VIvYFi, http://www.playvid.com/watch/3v73O-DVEwx, http://www.playvid.com/watch/eaSlRUIWltq, http://www.playvid.com/watch/fW8-2tmIsx2, http://www.playvid.com/watch/8N9-pJufXIg, http://www.playvid.com/watch/yGLmG6g7WST, http://www.playvid.com/watch/aplV7bwwxFY, http://www.playvid.com/watch/QpSXIXdjtE9, http://www.playvid.com/watch/LDLBG7RLZbn, http://www.playvid.com/watch/bbdm6z5a-Jl, http://www.playvid.com/watch/TBTnuQ5Xp-f, http://www.playvid.com/watch/NnCOcTPuuGf, http://www.playvid.com/watch/R7KIbZXj638, http://www.playvid.com/watch/9rDZ6P0-NVR, http://www.playvid.com/watch/T33hQkG035I, http://www.playvid.com/watch/oknwl5f2E-b, http://www.playvid.com/watch/60gBbUDU2xn, http://www.playvid.com/watch/B7qOOtFaKyA, http://www.playvid.com/watch/Vzh0VsLerl5, http://www.playvid.com/watch/hxAoy5Bpo9u, http://www.playvid.com/watch/oGDgrTKsq0c, http://www.playvid.com/watch/p0jl7gGENp-, http://www.playvid.com/watch/iHO5wN3xaLE, http://www.playvid.com/watch/FHLbp8EAwpQ, http://www.playvid.com/watch/O2aTsoC62dl, http://www.playvid.com/watch/afEa8xYLc6P, http://www.playvid.com/watch/hPmfSGAGrNp, http://www.playvid.com/watch/P7rSbKPxET3, http://www.playvid.com/watch/B9CPv48NomT, http://www.playvid.com/watch/WdePMnE9Hql, http://www.playvid.com/watch/AXMJBd0GCWM, http://www.playvid.com/watch/dQLR-qqZ-Bc, http://www.playvid.com/watch/RPlyiBusaQs, http://www.playvid.com/watch/iN5hWcvod2f, http://www.playvid.com/watch/hKXXeJ9N5wn, http://www.playvid.com/watch/IhDW8KnQ9sh, http://www.playvid.com/watch/kh8r3ripedt, http://www.playvid.com/watch/-DFUNj8Zpy3, http://www.playvid.com/watch/Mfbm0eouEAQ, http://www.playvid.com/watch/kSUezNlnpx0, http://www.playvid.com/watch/eN0TGZEupbs, http://www.playvid.com/watch/bIJWR5g-iX0, http://www.playvid.com/watch/xVChbeD6pWH, http://www.playvid.com/watch/yUSGJ0sSppq, http://www.playvid.com/watch/dsRVZcdAEWB, http://www.playvid.com/watch/UaozsOrgTK2, http://www.playvid.com/watch/ZrbCVxiJ3It, http://www.playvid.com/watch/apJSAHeuKQt, http://www.playvid.com/watch/nfQRf97xVvW, http://www.playvid.com/watch/ncU4ZFTXleI, http://www.playvid.com/watch/jTuTKDkwKO4, http://www.playvid.com/watch/I3rcrW7frWC, http://www.playvid.com/watch/rPogVVWck9P, http://www.playvid.com/watch/tSdlS4erWum, http://www.playvid.com/watch/w8MS4uvq654, http://www.playvid.com/watch/AHONRQ-qNk0, http://www.playvid.com/watch/0laKIGyoO6n, http://www.playvid.com/watch/8MEm4N8ib-t, http://www.playvid.com/watch/mbvi-MTPl4b, http://www.playvid.com/watch/ymti5phfXcT, http://www.playvid.com/watch/9Fb0CQH8taO, http://www.playvid.com/watch/BlCFqPkXnlM, http://www.playvid.com/watch/gP5OlEoX203, http://www.playvid.com/watch/Y2wD2jZyjgJ, http://www.playvid.com/watch/MK8Ad34HHlb, http://www.playvid.com/watch/XNQJwHepNGk, http://www.playvid.com/watch/GDOuCVhzXhQ, http://www.playvid.com/watch/5Laj9XAAPmD, http://www.playvid.com/watch/IMIV8XwYmyU, http://www.playvid.com/watch/GQab888womd, http://www.playvid.com/watch/GtyLchKaGtL, http://www.playvid.com/watch/HrdgZyVD60z, http://www.playvid.com/watch/zTF5ZxcxewT, http://www.playvid.com/watch/wE5n9SD682y, http://www.playvid.com/watch/ZxInTs-Ck56, http://www.playvid.com/watch/QFjtWsgirBN, http://www.playvid.com/watch/l-ZPU9jUdpR, http://www.playvid.com/watch/TKG8GFTS-TW, http://www.playvid.com/watch/GcxyWtcEpKf,

http://www.playvid.com/watch/5qDTM8V0Nnz, http://www.playvid.com/watch/AW8cUnXg0L7, http://www.playvid.com/watch/tKyIDJNQ89x, http://www.playvid.com/watch/RYxDQzCOHAV, http://www.playvid.com/watch/SMLqk4tiPOy, http://www.playvid.com/watch/99Btr0E06Wi, http://www.playvid.com/watch/r0g5pmYntfL, http://www.playvid.com/watch/Dr6x7mTzedf, http://www.playvid.com/watch/O7tTDycSUSl, http://www.playvid.com/watch/I2vMWaHgHgg, http://www.playvid.com/watch/IFwfyGOapIh, http://www.playvid.com/watch/JxAGfMvFPXV, http://www.playvid.com/watch/t2Bnm3BdgFU, http://www.playvid.com/watch/kpArkiCqNci, http://www.playvid.com/watch/IR7LQbQnyIN, http://www.playvid.com/watch/0OOR0pxP3xL, http://www.playvid.com/watch/6AjtHL9F6l4, http://www.playvid.com/watch/uHXpylGmJgn, http://www.playvid.com/watch/5oYWeJ4n0sB, http://www.playvid.com/watch/tlFwHc-un52, http://www.playvid.com/watch/x88I7JErrKY, http://www.playvid.com/watch/Gc9vkStrN0p, http://www.playvid.com/watch/wEAXScZzyRk, http://www.playvid.com/watch/itLIJUFdv-N, http://www.playvid.com/watch/K7vzaYKBphb
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lazurit
5.b. Uploader's email address: bekhamdavi@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lazurit
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KFvDUi7VchU, http://www.playvid.com/watch/nM5TgeDh-KB, http://www.playvid.com/watch/K6IROyPTipn, http://www.playvid.com/watch/5uTKjnAyVPB, http://www.playvid.com/watch/rnzs2nAPgYh, http://www.playvid.com/watch/vGOXwKu-mTn, http://www.playvid.com/watch/ugaXYbFI-ui, http://www.playvid.com/watch/IPNohXKyDGl, http://www.playvid.com/watch/Gj2r3Xb8X2o, http://www.playvid.com/watch/Q0iIcLxHtH8, http://www.playvid.com/watch/Bv87srF3DhW, http://www.playvid.com/watch/MuEL-DpeJ5q, http://www.playvid.com/watch/IwFF-GKtDME, http://www.playvid.com/watch/dmTNNUhuhOG, http://www.playvid.com/watch/mX0WJLHGWgP, http://www.playvid.com/watch/cklxAp5dBaK, http://www.playvid.com/watch/0aV5Ly-aFut, http://www.playvid.com/watch/TzJAfcqYCPq, http://www.playvid.com/watch/KustSBoN9jB, http://www.playvid.com/watch/g9ZS2-9cU7b, http://www.playvid.com/watch/O278F5D3lVq, http://www.playvid.com/watch/Rja-URq78pE, http://www.playvid.com/watch/9q83y0uPWXt, http://www.playvid.com/watch/0GFHQUPZ0nY, http://www.playvid.com/watch/i2S8CuyBajJ, http://www.playvid.com/watch/QxJIbD9xhzQ, http://www.playvid.com/watch/plMTdudyXsj, http://www.playvid.com/watch/Nqn3tvcBVCk, http://www.playvid.com/watch/8KK-gruzSdS, http://www.playvid.com/watch/tvE-guCowaj, http://www.playvid.com/watch/fbl4AmC0YNE, http://www.playvid.com/watch/ZrMTfRKC84F, http://www.playvid.com/watch/D72j-0ZUmYG, http://www.playvid.com/watch/ClbZMCnc5XK, http://www.playvid.com/watch/wuO0HApIicG, http://www.playvid.com/watch/zH460sEmJiA, http://www.playvid.com/watch/X7LZewgVwYW, http://www.playvid.com/watch/dUKebChxZmX, http://www.playvid.com/watch/dkMomH3Fjf9, http://www.playvid.com/watch/O9CF7uQL9Ev, http://www.playvid.com/watch/xTG4A4f3Wre, http://www.playvid.com/watch/UC35i0XxnKA, http://www.playvid.com/watch/tEvlTCttRS9, http://www.playvid.com/watch/JgPOSujwDgF, http://www.playvid.com/watch/BWYtjzHqw9N, http://www.playvid.com/watch/PKpb3KYTnXd, http://www.playvid.com/watch/F4EidwTVjMV, http://www.playvid.com/watch/BirKzJMRA4H, http://www.playvid.com/watch/8rnLHF4OyXv, http://www.playvid.com/watch/uT9opYKECjF, http://www.playvid.com/watch/vTEnnJaUZDX, http://www.playvid.com/watch/j-LS2F-MEwo, http://www.playvid.com/watch/wsKim-qgXzf, http://www.playvid.com/watch/W7NpqUJmJXS, http://www.playvid.com/watch/BiNBYSWC6ij, http://www.playvid.com/watch/4iT6Zd3jzKd, http://www.playvid.com/watch/6FiMgvb9PBb, http://www.playvid.com/watch/bGWvARzfKhN, http://www.playvid.com/watch/TyczWqAwDzV, http://www.playvid.com/watch/VklTM-fLh-I, http://www.playvid.com/watch/ej9lnzo0I62, http://www.playvid.com/watch/SL5l6Yrh0R5, http://www.playvid.com/watch/haq3NGBmzr-, http://www.playvid.com/watch/bL6gOALomcL, http://www.playvid.com/watch/HBmMfgQ5IN9, http://www.playvid.com/watch/5FDkNRzY98S, http://www.playvid.com/watch/TJMn9BkDTU-, http://www.playvid.com/watch/sYXMYYYtk-Z, http://www.playvid.com/watch/Zgm-Vsvd05E, http://www.playvid.com/watch/b-zvDWBLXl7, http://www.playvid.com/watch/sw2WFHdVPGi, http://www.playvid.com/watch/krX4eVswFyq, http://www.playvid.com/watch/TK8F68gyOuQ, http://www.playvid.com/watch/PnPf7hmFUio, http://www.playvid.com/watch/CXuSKLcft2j, http://www.playvid.com/watch/shaQor6Cu0c, http://www.playvid.com/watch/DCqhkMpRYYp, http://www.playvid.com/watch/OcDznnyZGkO, http://www.playvid.com/watch/B8xrVjk3rBz, http://www.playvid.com/watch/EXyQET8vp0s, http://www.playvid.com/watch/bMnjPB0wyvM, http://www.playvid.com/watch/jueiMnFuLQF, http://www.playvid.com/watch/kgdqL2pgR58, http://www.playvid.com/watch/zcf9yuKtBvT, http://www.playvid.com/watch/a0T-9Mz3XQ8, http://www.playvid.com/watch/CI2DzQ-ffdx, http://www.playvid.com/watch/Mgt7XmGAXTy, http://www.playvid.com/watch/o8LC2DIRPtn, http://www.playvid.com/watch/HVe6Zr7JwVh, http://www.playvid.com/watch/Yzz8tp9pAZt, http://www.playvid.com/watch/veOimZbUNKN, http://www.playvid.com/watch/hA-PGJKp5FW, http://www.playvid.com/watch/onbebefaAtN, http://www.playvid.com/watch/Qn0V8CHzwaq, http://www.playvid.com/watch/9vxXweq4KxT, http://www.playvid.com/watch/2xdqyaIhSnA, http://www.playvid.com/watch/JWQqsYzLrdL, http://www.playvid.com/watch/U2e3szwLqlx, http://www.playvid.com/watch/vCB4ZjUyodk, http://www.playvid.com/watch/fmz0uqDMzgD, http://www.playvid.com/watch/KcobhnyS9G3, http://www.playvid.com/watch/L-R3lWmn0eV, http://www.playvid.com/watch/OGzULVkZCX2, http://www.playvid.com/watch/QwV3MeM3SNG, http://www.playvid.com/watch/jMtMKjiLV3W, http://www.playvid.com/watch/B27A0pJRbGy, http://www.playvid.com/watch/4dsjWWkWodF, http://www.playvid.com/watch/kakEhAND8jk, http://www.playvid.com/watch/FmBqFYto-zL, http://www.playvid.com/watch/AdESM-uBTb9, http://www.playvid.com/watch/us3zFRFYZn3, http://www.playvid.com/watch/BiTg6WnUAu9, http://www.playvid.com/watch/rODii0FU67b, http://www.playvid.com/watch/Wqbu-Yb2AKo, http://www.playvid.com/watch/lmMJ8r-RtY9, http://www.playvid.com/watch/wMB9mPevYkT, http://www.playvid.com/watch/mezZlLNQJ-e, http://www.playvid.com/watch/eyZxmrzUonH, http://www.playvid.com/watch/0mEUIRS8t-r, http://www.playvid.com/watch/ctVK0CvzjAw, http://www.playvid.com/watch/F0WZYOHANTq, http://www.playvid.com/watch/uxfA9CGGilB, http://www.playvid.com/watch/eDh00q5coWh, http://www.playvid.com/watch/8dSJgLDAL2o, http://www.playvid.com/watch/QpfQNaWwfHO, http://www.playvid.com/watch/tMNq0UjmRpD, http://www.playvid.com/watch/7jWodbggLmE, http://www.playvid.com/watch/m8L2FaqbnN2, http://www.playvid.com/watch/Fpi7FsUuVCj, http://www.playvid.com/watch/nzrhQoCPPgv, http://www.playvid.com/watch/Kp3TJkAhOmQ, http://www.playvid.com/watch/2hg0xdHjYQB, http://www.playvid.com/watch/2p72bKQPV8h, http://www.playvid.com/watch/v6dA4r-KvBB, http://www.playvid.com/watch/BZA06b3yxyJ, http://www.playvid.com/watch/qhJdq2BJGpM, http://www.playvid.com/watch/Nv7LZGssAOA, http://www.playvid.com/watch/bOZ04EpmDez, http://www.playvid.com/watch/DHRivOlNugM, http://www.playvid.com/watch/GZm8u0vyfRZ, http://www.playvid.com/watch/f8RYKrDp7L9, http://www.playvid.com/watch/JeoYBEhOTK7, http://www.playvid.com/watch/2TUH7Ts7kHJ, http://www.playvid.com/watch/5e5zhg578Ow, http://www.playvid.com/watch/kJHB85XHVwG, http://www.playvid.com/watch/W7oG2K6O6gg, http://www.playvid.com/watch/38oGkWBgyF7, http://www.playvid.com/watch/e3wctuYatea, http://www.playvid.com/watch/7At3WKsXWjg, http://www.playvid.com/watch/FDtbWGe52iy, http://www.playvid.com/watch/yruqapEsH3S, http://www.playvid.com/watch/M6jt-RizueV, http://www.playvid.com/watch/RkLDfyTMp7y, http://www.playvid.com/watch/DTcmUShLCF8, http://www.playvid.com/watch/UJNl2jRSgQO, http://www.playvid.com/watch/h-6ru7mstOV, http://www.playvid.com/watch/SZPKhamBe4K, http://www.playvid.com/watch/bcQaxXgtmbZ, http://www.playvid.com/watch/cnebLBK6fmb, http://www.playvid.com/watch/aYsY4-6uU5G, http://www.playvid.com/watch/hQ79uc6qqx0, http://www.playvid.com/watch/gtIex3M-iiM, http://www.playvid.com/watch/JU49wP2UAAm, http://www.playvid.com/watch/ix7bhk3r8o2, http://www.playvid.com/watch/emDxomZwbiO, http://www.playvid.com/watch/xVhIcCjMSn-, http://www.playvid.com/watch/jfqXFRrkXXl, http://www.playvid.com/watch/VvR9rHGujLY, http://www.playvid.com/watch/Ib-DtdHAhUW, http://www.playvid.com/watch/mMnf96fSPAy, http://www.playvid.com/watch/3rxc7WpyYEH, http://www.playvid.com/watch/FzjGo5tsIeD, http://www.playvid.com/watch/8mqq3OLO9ia, http://www.playvid.com/watch/g5tJ5akJFWc, http://www.playvid.com/watch/0kmcLOhQv2U, http://www.playvid.com/watch/Da7FKBpGrjc, http://www.playvid.com/watch/iZP7DVIhlVh, http://www.playvid.com/watch/Vu3O4ODMONU, http://www.playvid.com/watch/8VpIJ5Y4C9L, http://www.playvid.com/watch/9QTz6Olg8No, http://www.playvid.com/watch/Jyp7mFV8DSn, http://www.playvid.com/watch/gG6JVd9jCO7, http://www.playvid.com/watch/omYXDmAib5p, http://www.playvid.com/watch/WmJUHhyYPYH, http://www.playvid.com/watch/55sWxJxKEgZ, http://www.playvid.com/watch/Db5NEYJHaLS, http://www.playvid.com/watch/WKt48KwVI2F, http://www.playvid.com/watch/jkgwWkXfPVt, http://www.playvid.com/watch/jWPl7azVVpO, http://www.playvid.com/watch/GLoy78Wx7M-, http://www.playvid.com/watch/uxk7nOi-E-m, http://www.playvid.com/watch/EOUFHLvMolt, http://www.playvid.com/watch/Cv9uFwnBuFg, http://www.playvid.com/watch/qHBTHT7YQhf, http://www.playvid.com/watch/6-QGGWuq4fc, http://www.playvid.com/watch/pXwBa32OOeK, http://www.playvid.com/watch/YNFBXSeK-u8, http://www.playvid.com/watch/8UrJyf257V2, http://www.playvid.com/watch/ESY5IxgKDeg, http://www.playvid.com/watch/kLjRAO-UtwO, http://www.playvid.com/watch/k66UvnNDGuG, http://www.playvid.com/watch/P6jzmC4B40s, http://www.playvid.com/watch/9OytvRphcJg, http://www.playvid.com/watch/rGeCgY8CROh, http://www.playvid.com/watch/wJ0naXt5-bk, http://www.playvid.com/watch/ixXFFjKxgDV, http://www.playvid.com/watch/EsJj2w9sZUk, http://www.playvid.com/watch/uuVLQ2FAoa2, http://www.playvid.com/watch/xKVOaNccHRC, http://www.playvid.com/watch/zoTG7KPFdNu, http://www.playvid.com/watch/oBBbq0Bsmoo, http://www.playvid.com/watch/6bJKs5srH8v, http://www.playvid.com/watch/Id-NnXS0cqQ, http://www.playvid.com/watch/klWK0X-dfp0, http://www.playvid.com/watch/tDeYagLCPP4, http://www.playvid.com/watch/IcVh0vCq6v6, http://www.playvid.com/watch/nlihEmn6HnA, http://www.playvid.com/watch/YB8Ap0uJ7hm, http://www.playvid.com/watch/oispwTnbk96, http://www.playvid.com/watch/97d4-AxjonU, http://www.playvid.com/watch/iUHf2Gnzv-4, http://www.playvid.com/watch/Sd5ffR0vYGY, http://www.playvid.com/watch/FIgK957L8hh, http://www.playvid.com/watch/4v6eEMSPGSZ, http://www.playvid.com/watch/SCILv-XiqRa, http://www.playvid.com/watch/GqHseo3lNES, http://www.playvid.com/watch/QCU2D9TzFCv, http://www.playvid.com/watch/EzuTu23V4j4, http://www.playvid.com/watch/g8MhhI-3UiZ, http://www.playvid.com/watch/KZcPfUJ052T, http://www.playvid.com/watch/f9MAQjlly8d, http://www.playvid.com/watch/PkneIDHDb2f, http://www.playvid.com/watch/Az4DIsphtms, http://www.playvid.com/watch/SbzH8W4ujl2, http://www.playvid.com/watch/DDFyPjalb92, http://www.playvid.com/watch/s2l9m2uPfmx, http://www.playvid.com/watch/9nj73brVurH, http://www.playvid.com/watch/2XKCHeJ5Efo, http://www.playvid.com/watch/lTO0MJN97mx, http://www.playvid.com/watch/0v826cHp3b-, http://www.playvid.com/watch/vvEhrJ98Lfu, http://www.playvid.com/watch/HnAtfpyhjQR,

http://www.playvid.com/watch/aVLBozOtlhq, http://www.playvid.com/watch/kMcC-7KRGM7, http://www.playvid.com/watch/RzJzII4FFsg,
http://www.playvid.com/watch/R-9jWDx4iPg, http://www.playvid.com/watch/j8DvJD6xG47, http://www.playvid.com/watch/zyXSi6WUoNp,
http://www.playvid.com/watch/5WIttJA5OnP, http://www.playvid.com/watch/msTiWz9E5Vn, http://www.playvid.com/watch/zwouviZaIV9,
http://www.playvid.com/watch/0XykM7DNXlo, http://www.playvid.com/watch/8h03cKSggsl, http://www.playvid.com/watch/sKrVk0RPfrK,
http://www.playvid.com/watch/BbpkKMndqN5, http://www.playvid.com/watch/NTJw7jIJW4X, http://www.playvid.com/watch/sEv3ZOPX4c6,
http://www.playvid.com/watch/iNpf-JQmtwJ, http://www.playvid.com/watch/TfqJp4qRjtD, http://www.playvid.com/watch/VwJ5W-6Vult,
http://www.playvid.com/watch/flG4uYnI6FV, http://www.playvid.com/watch/p0Xe9St-xtn, http://www.playvid.com/watch/lmjDL8StT3X,
http://www.playvid.com/watch/FgQADgLF6Hu
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ledylora
5.b. Uploader's email address: elorantaasta@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ledylora
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CgSsYikVB1f, http://www.playvid.com/watch/zv8yazi5eNa,
http://www.playvid.com/watch/BZU5jXfNnv4, http://www.playvid.com/watch/RZTvH96NEsH, http://www.playvid.com/watch/g3fGwogcLeG,
http://www.playvid.com/watch/MAox7T7iDEY, http://www.playvid.com/watch/O3qbWsynTbD, http://www.playvid.com/watch/lJGV6MY4h0F,
http://www.playvid.com/watch/JtXqhFdKjOF, http://www.playvid.com/watch/pesLAiPnORq, http://www.playvid.com/watch/hnzG6IzfdvB,
http://www.playvid.com/watch/GTDXw2V-QhW, http://www.playvid.com/watch/kPIiYUlHmsQ, http://www.playvid.com/watch/fyNu7bLR87M,
http://www.playvid.com/watch/U12ygBTrX3K, http://www.playvid.com/watch/bw7N-YAEr7P, http://www.playvid.com/watch/4xLDXnStLxM,
http://www.playvid.com/watch/3zn7jne8Bhh, http://www.playvid.com/watch/s-YogNWPKM8, http://www.playvid.com/watch/pVRHJAVyKNv,
http://www.playvid.com/watch/qu9EvHiDj-h, http://www.playvid.com/watch/FYWCMHbDuS0, http://www.playvid.com/watch/YS-gUybqZ8K,
http://www.playvid.com/watch/gPY8cwyBKXt, http://www.playvid.com/watch/YYOrPQLuZyB, http://www.playvid.com/watch/dywOwW9zhCd,
http://www.playvid.com/watch/pfCavE1Zx-P, http://www.playvid.com/watch/rAnFhY-fSVf, http://www.playvid.com/watch/XmhoJSCppyA,
http://www.playvid.com/watch/0qMZr2sIMgI, http://www.playvid.com/watch/AE8BuU2fAAg, http://www.playvid.com/watch/If85s6429TP,
http://www.playvid.com/watch/TlPWj4xTZ09, http://www.playvid.com/watch/NHnypl3YvOl, http://www.playvid.com/watch/GIc8zRSFc9T,
http://www.playvid.com/watch/lYDYWkQ9AzS, http://www.playvid.com/watch/J2YMmMVNfmH, http://www.playvid.com/watch/0wdVA8brfVS,
http://www.playvid.com/watch/KddAakr9BBJ, http://www.playvid.com/watch/Tq3QodilwSS, http://www.playvid.com/watch/DlWq0FiPK02,
http://www.playvid.com/watch/5sxgv-6T6M8, http://www.playvid.com/watch/Vtq6rxqgpuO, http://www.playvid.com/watch/Pi72CFL3fhc,
http://www.playvid.com/watch/H48jKrhC0Gi, http://www.playvid.com/watch/zp-RN7fl2Y0, http://www.playvid.com/watch/l-709L2EKU5,
http://www.playvid.com/watch/h3soRmC1iKV, http://www.playvid.com/watch/6GURruOCf2B, http://www.playvid.com/watch/u82rNkJLBvO,
http://www.playvid.com/watch/lTL5H98uP8G, http://www.playvid.com/watch/Gl7HhEoAMNx, http://www.playvid.com/watch/gwSEYrNaxVC,
http://www.playvid.com/watch/l4hjQUtSX5D
5.f. Date of third notice: 2015-07-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: leon2014
5.b. Uploader's email address: leon40173@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/leon2014
5.e. List of videos posted by uploader: http://www.playvid.com/watch/G8Pn7JaL0wf, http://www.playvid.com/watch/LGJ7c8Htjvs,
http://www.playvid.com/watch/PIvxS9foNIv, http://www.playvid.com/watch/dLZA3u8p_n7, http://www.playvid.com/watch/JcD6dbEPwGB,
http://www.playvid.com/watch/T5ZVBk9QzYf, http://www.playvid.com/watch/GLPRajrPfFI, http://www.playvid.com/watch/t2Tii2CDV_T,
http://www.playvid.com/watch/p1R3XUkyuM5, http://www.playvid.com/watch/RfHwavbdEV9, http://www.playvid.com/watch/VqwA1fMxkNF,
http://www.playvid.com/watch/Hh9GKrDcESC, http://www.playvid.com/watch/XOtkgaCh52p, http://www.playvid.com/watch/6EHdFldRTKE,
http://www.playvid.com/watch/HHFw1QB6ANd, http://www.playvid.com/watch/r5Ni8PFR3ub, http://www.playvid.com/watch/n1GofDXLwBZ,
http://www.playvid.com/watch/bf_rKJ8X5EY, http://www.playvid.com/watch/nxL-qx_uiZH, http://www.playvid.com/watch/pxCwnXOO2eu,
http://www.playvid.com/watch/OumccIMKoNW, http://www.playvid.com/watch/7dNgQbDvKhv, http://www.playvid.com/watch/L_bu3EslXuI,
http://www.playvid.com/watch/4KvBsjVVxym, http://www.playvid.com/watch/HXJx61CYuIn, http://www.playvid.com/watch/7rPRITuHNrJ,
http://www.playvid.com/watch/J9-ODYXKWSM, http://www.playvid.com/watch/acavvo9GWkA, http://www.playvid.com/watch/PoAiRAnCYde,
http://www.playvid.com/watch/i_3vvJDI0Y2, http://www.playvid.com/watch/wqZPV1YMu8x, http://www.playvid.com/watch/VC0Y4MsxQnV,
http://www.playvid.com/watch/qFXAKBbDzBJ, http://www.playvid.com/watch/d373xXlYWZs, http://www.playvid.com/watch/jpTy1mSpXW3,
http://www.playvid.com/watch/AjumA6Gq970, http://www.playvid.com/watch/8Z8itVz8dQb, http://www.playvid.com/watch/IE_UxX3ZmuH,
http://www.playvid.com/watch/VWMHsL-IUQ5, http://www.playvid.com/watch/ueJtE5SrHHA, http://www.playvid.com/watch/uEzm6TxUDOR,
http://www.playvid.com/watch/lMwNBVMgITl, http://www.playvid.com/watch/HBf9FoufKbF, http://www.playvid.com/watch/lNBlKnVwAKs,
http://www.playvid.com/watch/2BO5O5r9MA5, http://www.playvid.com/watch/ILDlOsyXB-k, http://www.playvid.com/watch/CrnL9WF1lkK,
http://www.playvid.com/watch/s4iO8tCLtSd, http://www.playvid.com/watch/UMY_YYgCUVm, http://www.playvid.com/watch/IcEb97l6rz7,
http://www.playvid.com/watch/VrTPXmXu-5y, http://www.playvid.com/watch/syCMx6srmyt, http://www.playvid.com/watch/TBddhdO6Y83,
http://www.playvid.com/watch/Wn8kdVT2OST, http://www.playvid.com/watch/9Q-FrpealAR, http://www.playvid.com/watch/0IvPRlBtDQF,
http://www.playvid.com/watch/D7NzRv82qJP, http://www.playvid.com/watch/ETiPMuNB1hO, http://www.playvid.com/watch/zj2f1fefNNt,
http://www.playvid.com/watch/0ne116VM-cO, http://www.playvid.com/watch/x2Aai7T2IwA, http://www.playvid.com/watch/zWRUs0FFWCA,
http://www.playvid.com/watch/mRh6qmSC0fA, http://www.playvid.com/watch/i8Oy0yXLItB, http://www.playvid.com/watch/8Yzzk2SnQDa,
http://www.playvid.com/watch/GDBZSOARO52, http://www.playvid.com/watch/bD2e7pjeFfO, http://www.playvid.com/watch/c_lyr2hXtRM,
http://www.playvid.com/watch/5BP67Dopp2m, http://www.playvid.com/watch/9oXIKnFbodD, http://www.playvid.com/watch/w7XHa-XsWke,
http://www.playvid.com/watch/ruYth3GG_hN, http://www.playvid.com/watch/F8wu295lfU2, http://www.playvid.com/watch/jDY2m8VEPrl,
http://www.playvid.com/watch/549UKs-FEDR, http://www.playvid.com/watch/xH4MUWtZ-iZ, http://www.playvid.com/watch/2vCyIGFRhVe,
http://www.playvid.com/watch/Wdg9jxryUw9, http://www.playvid.com/watch/crAGzMolfzt, http://www.playvid.com/watch/SeijGsZDUzp,
http://www.playvid.com/watch/A7s0jH8py32, http://www.playvid.com/watch/9SoTR9hMk-P, http://www.playvid.com/watch/xom_t-V_TMN,
http://www.playvid.com/watch/fvtdbgpPVTC, http://www.playvid.com/watch/I6z2dfjC5Wh, http://www.playvid.com/watch/feEy5A13xMZ,
http://www.playvid.com/watch/xcgpXD1fm4r, http://www.playvid.com/watch/MoyPnsFFjHc, http://www.playvid.com/watch/miv2CSqV3OA,
http://www.playvid.com/watch/E7jgKCN8-my, http://www.playvid.com/watch/7URJstHBs5C, http://www.playvid.com/watch/n2ByyJ_cdnZ,
http://www.playvid.com/watch/wNvPtH6eAte, http://www.playvid.com/watch/D5KUiyc4NQs, http://www.playvid.com/watch/fon7G_Fxe-4,
http://www.playvid.com/watch/nWpr6IGpJyl, http://www.playvid.com/watch/blidoRtnenM, http://www.playvid.com/watch/PP-usCD2BxQ,
http://www.playvid.com/watch/P_x06vWoG_b, http://www.playvid.com/watch/j2qQU7SfVHI, http://www.playvid.com/watch/dHgsJ3I_LWF,
http://www.playvid.com/watch/l_UNYDmS_yu, http://www.playvid.com/watch/wsZJVi1HQ8M, http://www.playvid.com/watch/UWU4W9nL5ot
5.f. Date of third notice: 2014-08-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: leunaame
5.b. Uploader's email address: emanuelbessa.93@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/leunaame
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PraAqnGelmW, http://www.playvid.com/watch/vk37S_AQid5,
http://www.playvid.com/watch/jvEqEV6W-pc, http://www.playvid.com/watch/QD5toGYcytW, http://www.playvid.com/watch/xJZJ4q1nVfc,
http://www.playvid.com/watch/v6mUvRY0sYs, http://www.playvid.com/watch/DYOXoknPhe9, http://www.playvid.com/watch/MlfdxBkSVCL,
http://www.playvid.com/watch/pldObpkBBu3, http://www.playvid.com/watch/4X-9c1RebhR, http://www.playvid.com/watch/NRQBIfsaCk8,
http://www.playvid.com/watch/zZvVQP82FpK, http://www.playvid.com/watch/qAYvoVIhSoV, http://www.playvid.com/watch/76qmUuNG_M5,
http://www.playvid.com/watch/xhARHnidcbY, http://www.playvid.com/watch/jwsqw6V6ECn, http://www.playvid.com/watch/iGawf0799Vr,
http://www.playvid.com/watch/H94P5ibOfUd, http://www.playvid.com/watch/bF6p6Z9MHh8, http://www.playvid.com/watch/PUS8rGM16Cn,
http://www.playvid.com/watch/E4ab7WSvnIm, http://www.playvid.com/watch/EQe4oCIM_zO, http://www.playvid.com/watch/xB2xSg1bKPJ,
http://www.playvid.com/watch/LArG8mjISjO, http://www.playvid.com/watch/OVlWUB_5TQ0, http://www.playvid.com/watch/HS29lnJn20A,
http://www.playvid.com/watch/dcfd5GYH_BV, http://www.playvid.com/watch/IhbLWerkP7Y, http://www.playvid.com/watch/uC8__VhMm3K,
http://www.playvid.com/watch/VOJPXhiCB9z, http://www.playvid.com/watch/yxtY27BtzVJ, http://www.playvid.com/watch/YcKIB0S2jaK,
http://www.playvid.com/watch/PgwgfarbRkm, http://www.playvid.com/watch/ABErDxg7MKy, http://www.playvid.com/watch/XHDfGJ7WKN6,
http://www.playvid.com/watch/pe2OqxdICVx, http://www.playvid.com/watch/I_KAFjWdImQ, http://www.playvid.com/watch/eMEqiHnWkBr,
http://www.playvid.com/watch/P72epnkHcbO, http://www.playvid.com/watch/AUNZKLbwRay, http://www.playvid.com/watch/gDrKwPlTw6K,
http://www.playvid.com/watch/q22vhriFMqU, http://www.playvid.com/watch/UVvG8o-2er9, http://www.playvid.com/watch/VFLoLREF0lh,
http://www.playvid.com/watch/YRCN0JdVyXt, http://www.playvid.com/watch/efAXpoVkD5e, http://www.playvid.com/watch/JYXOUgQBFA3,

http://www.playvid.com/watch/6XjLgMvunaj, http://www.playvid.com/watch/xM8LyJeKIvY, http://www.playvid.com/watch/9_d6la_e_DI
5.f. Date of third notice: 2015-05-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lewisbeynon
5.b. Uploader's email address: lewisan2@hotmail.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/lewisbeynon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xNud3vH9u0l, http://www.playvid.com/watch/Jqf7d29QxBQ,
http://www.playvid.com/watch/D8H7yHA2aFR, http://www.playvid.com/watch/MJRNQfZh4gt, http://www.playvid.com/watch/76G0tFP-FQf,
http://www.playvid.com/watch/UT4fqj3-Yeo, http://www.playvid.com/watch/7BapkBjFBQA, http://www.playvid.com/watch/si6zmE86hMJ,
http://www.playvid.com/watch/muZTBoRCEE0, http://www.playvid.com/watch/8TC0ncGX2Ai, http://www.playvid.com/watch/AXQgViuwtkr,
http://www.playvid.com/watch/49Mt9kQKzob, http://www.playvid.com/watch/n48TgyqwaU7, http://www.playvid.com/watch/F6RJ4sJz6z3,
http://www.playvid.com/watch/vYmvbuqfw-c, http://www.playvid.com/watch/qx5sDbJ4v0D, http://www.playvid.com/watch/P94ZNPzaPRr,
http://www.playvid.com/watch/JVjwrpHFJ7f, http://www.playvid.com/watch/eZUdXAKknkw, http://www.playvid.com/watch/VNzUz7t9FsY,
http://www.playvid.com/watch/yQRBTFp80zd, http://www.playvid.com/watch/HZhOwjFFkj8, http://www.playvid.com/watch/5NF-40UlIhP,
http://www.playvid.com/watch/rROFvI7bkYn, http://www.playvid.com/watch/g9picsTOh4u, http://www.playvid.com/watch/sV8ljcVE4Qz,
http://www.playvid.com/watch/mN5YHb59wuu, http://www.playvid.com/watch/Xocx5aLGxJI, http://www.playvid.com/watch/agWvonYDALk,
http://www.playvid.com/watch/7zCBvN2KOXT, http://www.playvid.com/watch/ohjCn7KZ08t, http://www.playvid.com/watch/RE4MQ5KP490,
http://www.playvid.com/watch/MeMF-cYguoR, http://www.playvid.com/watch/zulI7VLTxDo, http://www.playvid.com/watch/ojNkoNrLOtr,
http://www.playvid.com/watch/kUJkaXWpmXQ, http://www.playvid.com/watch/Z5sGXqabqKV, http://www.playvid.com/watch/toRJWu-bvR8,
http://www.playvid.com/watch/S7hFmcU7ATK, http://www.playvid.com/watch/TiwqTuzEUQ-, http://www.playvid.com/watch/B4-OiYQyHHv,
http://www.playvid.com/watch/G3CDRrfoA86, http://www.playvid.com/watch/pWQglIL7crK, http://www.playvid.com/watch/EgXHrOtSMsp,
http://www.playvid.com/watch/eeuRXGWBSF2, http://www.playvid.com/watch/qEQPILvC0is, http://www.playvid.com/watch/2oO-vPr9dgL,
http://www.playvid.com/watch/Qo0Ir9vAMA4, http://www.playvid.com/watch/fYjtFPXaZpG, http://www.playvid.com/watch/qViyQfviMhm,
http://www.playvid.com/watch/OmNOX4tFMGR, http://www.playvid.com/watch/Ek1zKeKK-t5, http://www.playvid.com/watch/mZp88h2L6qN,
http://www.playvid.com/watch/xklTRLLcugr, http://www.playvid.com/watch/BYFxAKo-usP, http://www.playvid.com/watch/7e2xLjWyxgz
5.f. Date of third notice: 2014-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lidno
5.b. Uploader's email address: sashaalex@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/lidno
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pgzu1hCEyGk, http://www.playvid.com/watch/RuR4CuIkB8X,
http://www.playvid.com/watch/lihADaWSfpD, http://www.playvid.com/watch/WAkSrvwaMaH, http://www.playvid.com/watch/yOVy_q0X8AZ,
http://www.playvid.com/watch/JmARgcbbtVn, http://www.playvid.com/watch/ZlMe7i6zIW3, http://www.playvid.com/watch/XCkGksIaR9D,
http://www.playvid.com/watch/5Jbfy2Xw2IY, http://www.playvid.com/watch/fNHFWM-YvMO, http://www.playvid.com/watch/g6Kj8sR6aIq,
http://www.playvid.com/watch/E3pSDih-7x7, http://www.playvid.com/watch/BC9MGCIx3v2, http://www.playvid.com/watch/CtoLWS-dJHD,
http://www.playvid.com/watch/guOJ9WTc1Me, http://www.playvid.com/watch/Q-gw9lS8uHr, http://www.playvid.com/watch/dXZ3CvrYJaH,
http://www.playvid.com/watch/ud_c_Nc165Y, http://www.playvid.com/watch/3YuznecsBPE, http://www.playvid.com/watch/xBJ2wSx2dM2,
http://www.playvid.com/watch/ljUvMz1foMc, http://www.playvid.com/watch/8h0jOG7zzrf, http://www.playvid.com/watch/3yq0rPbWRWC,
http://www.playvid.com/watch/EMWDZkVRNn3, http://www.playvid.com/watch/znI69uZfiEv, http://www.playvid.com/watch/h_7XaoPfxaV,
http://www.playvid.com/watch/7r4X8NKtv43, http://www.playvid.com/watch/78qcY78aEyu, http://www.playvid.com/watch/ik4CAOEiD8f,
http://www.playvid.com/watch/mXCMD8x519P, http://www.playvid.com/watch/y_0T3shnEpX, http://www.playvid.com/watch/m31k9slIj6B,
http://www.playvid.com/watch/n22dD4Ce_ki, http://www.playvid.com/watch/ivYZZCoYexX, http://www.playvid.com/watch/NDq599K_qNN,
http://www.playvid.com/watch/9OvOOddbZmT, http://www.playvid.com/watch/Xn_frYx2oV6, http://www.playvid.com/watch/juW5crwe71u,
http://www.playvid.com/watch/AauB-F5J_bS, http://www.playvid.com/watch/WgFH4Io_Ea0, http://www.playvid.com/watch/I4aoCQrEwuF,
http://www.playvid.com/watch/kwFLMglzLTq, http://www.playvid.com/watch/oMSWXqyw9h8, http://www.playvid.com/watch/X6WFZnZwxpr,
http://www.playvid.com/watch/R0aV1cdKpJM, http://www.playvid.com/watch/f227i6kigq3, http://www.playvid.com/watch/E94BgZ0PJTT,
http://www.playvid.com/watch/0Mg-4z-4qa5, http://www.playvid.com/watch/PvIF2ZTXY-Z, http://www.playvid.com/watch/w5eMmuy1TTZ,
http://www.playvid.com/watch/u2v8xXEUO0K, http://www.playvid.com/watch/O6D10kx_7yA, http://www.playvid.com/watch/BnwGHYhVTHx,
http://www.playvid.com/watch/YqMLY0j-VDj, http://www.playvid.com/watch/hnXVZRbVT18, http://www.playvid.com/watch/FFOK68ThKok,
http://www.playvid.com/watch/HMFe4C8VcnU, http://www.playvid.com/watch/sROwDJHSPZL, http://www.playvid.com/watch/eMKmcdKInOB,
http://www.playvid.com/watch/oxcCOhIvnau, http://www.playvid.com/watch/FrQZRSqrCCc, http://www.playvid.com/watch/czD7Ar0CFJs,
http://www.playvid.com/watch/gMyrEBUhyur, http://www.playvid.com/watch/IEdgDlB_OUI, http://www.playvid.com/watch/La2DLdyUcGY,
http://www.playvid.com/watch/H7FknzWTsSK, http://www.playvid.com/watch/lQt1W21-0ZS, http://www.playvid.com/watch/99mW9xIUl0y,
http://www.playvid.com/watch/J34oSFcFG4h, http://www.playvid.com/watch/zBUDEWqRFqM, http://www.playvid.com/watch/x2GgoOpGXYJ,
http://www.playvid.com/watch/gL-nuTVTfsi, http://www.playvid.com/watch/boRxe715olJ, http://www.playvid.com/watch/0cl8sFtzPQC,
http://www.playvid.com/watch/0-IqwMcUA-2, http://www.playvid.com/watch/oSygDla-t-2, http://www.playvid.com/watch/XzQLHNH7yu6,
http://www.playvid.com/watch/awsTOTuPzUr, http://www.playvid.com/watch/sKbao0NZMhn, http://www.playvid.com/watch/0FK6MbgcaUU,
http://www.playvid.com/watch/Px32AJf_e0b, http://www.playvid.com/watch/vHkkv5Jvd1B, http://www.playvid.com/watch/3TT5JeEV5Uz,
http://www.playvid.com/watch/LhaWYLjoutk, http://www.playvid.com/watch/sVLcXf3-yDI, http://www.playvid.com/watch/lEnUnyIM_aN,
http://www.playvid.com/watch/z7tJGAbmNDm, http://www.playvid.com/watch/I6mmOACA2os, http://www.playvid.com/watch/8C2GezQ-eb9,
http://www.playvid.com/watch/hg9vBTAtN1z, http://www.playvid.com/watch/baGCy3eAnQs, http://www.playvid.com/watch/mx_YNf-q5hz,
http://www.playvid.com/watch/0uyN3oI0Ixq, http://www.playvid.com/watch/7SwDL6BMPT5, http://www.playvid.com/watch/rQr0E944Nea,
http://www.playvid.com/watch/Qus2mMeoh44, http://www.playvid.com/watch/IHjkZHFnuRw, http://www.playvid.com/watch/YkSXe35kqII,
http://www.playvid.com/watch/f3M4fzoCPHM, http://www.playvid.com/watch/Ozt7Yxde0dX, http://www.playvid.com/watch/hbYD6wY9lpt,
http://www.playvid.com/watch/RGGY-qRTQTq, http://www.playvid.com/watch/DQVVBhaSqpc, http://www.playvid.com/watch/7_U34JCLi2c,
http://www.playvid.com/watch/dn2tkdrKZqj, http://www.playvid.com/watch/6qx67XyYJIy, http://www.playvid.com/watch/PC9pZVDZ9Tu,
http://www.playvid.com/watch/h3-X92aotNS, http://www.playvid.com/watch/COIHdUTeDMR, http://www.playvid.com/watch/S1i3tJZLuKv,
http://www.playvid.com/watch/5uN0eaY_AOz, http://www.playvid.com/watch/iYO2AvleV5w, http://www.playvid.com/watch/uZZ2yxQRVyo,
http://www.playvid.com/watch/DQj54Zmdfb4, http://www.playvid.com/watch/4w-JD3X8NdX, http://www.playvid.com/watch/4ZOG2OCKI-N,
http://www.playvid.com/watch/uyv3bw-uh_T, http://www.playvid.com/watch/Vr8P_KUe8mN, http://www.playvid.com/watch/Vb-xSlLorBF,
http://www.playvid.com/watch/eF_3eY4-1WE, http://www.playvid.com/watch/QjmeDu5cSXY, http://www.playvid.com/watch/U-Knu2a32Jf,
http://www.playvid.com/watch/PYBzhguOcOk, http://www.playvid.com/watch/aPMjskGJN_E, http://www.playvid.com/watch/r8I0d85R-15,
http://www.playvid.com/watch/TpTqAVxCk5O, http://www.playvid.com/watch/XgMM5mOGdmT, http://www.playvid.com/watch/5_NxKuTcooP,
http://www.playvid.com/watch/niSOE3TnWeq, http://www.playvid.com/watch/m9XkgJo8RUt, http://www.playvid.com/watch/M5xp9Mw1GB8,
http://www.playvid.com/watch/9gxivRCGWeZ, http://www.playvid.com/watch/9wJjGxQ-K_P, http://www.playvid.com/watch/qiOVRpv-Mig,
http://www.playvid.com/watch/WyLggh06P4J, http://www.playvid.com/watch/GOPuaSy0Wmj, http://www.playvid.com/watch/tqv9IdvVXJQ,
http://www.playvid.com/watch/2bvqO-bw6sW, http://www.playvid.com/watch/t5W4fU6aoxa, http://www.playvid.com/watch/rKhW1vuUs6F,
http://www.playvid.com/watch/Tkb7QrmYzvY, http://www.playvid.com/watch/sQzkfi-iw7o, http://www.playvid.com/watch/CyN0CJQvX25,
http://www.playvid.com/watch/k_i8oHtmOsn, http://www.playvid.com/watch/kJxnjEnQgzD, http://www.playvid.com/watch/3cYe8rOwSfC,
http://www.playvid.com/watch/vbexC2mIzry, http://www.playvid.com/watch/KJn6IfomwWI, http://www.playvid.com/watch/GYORAjN0J54,
http://www.playvid.com/watch/E_5kz-ea0vh, http://www.playvid.com/watch/hUEJS0k2B4G, http://www.playvid.com/watch/PwJB0n8rjms,
http://www.playvid.com/watch/AFKgvfg56iH, http://www.playvid.com/watch/5Y29YKUwCx4, http://www.playvid.com/watch/jdgpPlco6nA,
http://www.playvid.com/watch/yD7c4X2Obcg, http://www.playvid.com/watch/s1JJ-YSuXAS, http://www.playvid.com/watch/uYXeL3dSRHh,
http://www.playvid.com/watch/CKUzOafkMOX, http://www.playvid.com/watch/jQmBvwT_ZNm, http://www.playvid.com/watch/x5xebIiPvkZ,
http://www.playvid.com/watch/pKNmEtluoH9, http://www.playvid.com/watch/SI907fMMSnf, http://www.playvid.com/watch/hoeD5NffmwY,
http://www.playvid.com/watch/FdErI-lOH_o, http://www.playvid.com/watch/KY_LMIikMRM, http://www.playvid.com/watch/Xo4vtqOEYBB,
http://www.playvid.com/watch/tsrRV8W6_hT, http://www.playvid.com/watch/saXh_7xIveu, http://www.playvid.com/watch/DXrWJhXYTFr,
http://www.playvid.com/watch/EZZDCb97ySD, http://www.playvid.com/watch/3RSXJyEfmpC, http://www.playvid.com/watch/MZCdR_f8nt7,
http://www.playvid.com/watch/pAqgdrij7Ji, http://www.playvid.com/watch/5gy1VFGz2rg, http://www.playvid.com/watch/5Hi6uVhaSgi,
http://www.playvid.com/watch/r9Xebw7edNK, http://www.playvid.com/watch/TrVK2CpSq2o, http://www.playvid.com/watch/3NxPd40V2AS,
http://www.playvid.com/watch/AgRg4hR7sKA, http://www.playvid.com/watch/gXyVdMIEbUG, http://www.playvid.com/watch/frhvoyVWMGo,
http://www.playvid.com/watch/GS0jUJJTB7j, http://www.playvid.com/watch/x1l4Ajmvhdt, http://www.playvid.com/watch/RDIGd3fA_Ro,
http://www.playvid.com/watch/Q3dsVLVEdbm, http://www.playvid.com/watch/UjH9CElT6CW, http://www.playvid.com/watch/6IXziGiaiDZ,
http://www.playvid.com/watch/Op0VBen_jWf, http://www.playvid.com/watch/UwLWMrDr-Vv, http://www.playvid.com/watch/I8LKZE6C2Iy,

http://www.playvid.com/watch/JQth3ir9-gn, http://www.playvid.com/watch/x0rXPaqjAhA, http://www.playvid.com/watch/C7VFrQXe2yV,
http://www.playvid.com/watch/bpPO3DaXdbW, http://www.playvid.com/watch/YHN5J91ObCn, http://www.playvid.com/watch/Z7Lh_GYVQzz,
http://www.playvid.com/watch/WIyrQ8utkvl, http://www.playvid.com/watch/aR95JWgy8VA, http://www.playvid.com/watch/p50QrvLnEaG,
http://www.playvid.com/watch/G7QMZt7IoaA, http://www.playvid.com/watch/9I6_-hs1NaS, http://www.playvid.com/watch/HAIL7ZLKvU3,
http://www.playvid.com/watch/pBkdPTEAWMy, http://www.playvid.com/watch/Q3YCDd6UdPe, http://www.playvid.com/watch/GnJyWp5YvwO,
http://www.playvid.com/watch/mqHKXxVtDQu, http://www.playvid.com/watch/a4zJr-rNk1c, http://www.playvid.com/watch/U1k6WTdoHLI,
http://www.playvid.com/watch/4gXSfN7j9kv, http://www.playvid.com/watch/LVYxy5EXXHu, http://www.playvid.com/watch/qS0UTRrzMAr,
http://www.playvid.com/watch/SRzhDE0Tm25, http://www.playvid.com/watch/oUF3WBWa-GY, http://www.playvid.com/watch/sr7m7Gy773N,
http://www.playvid.com/watch/VfitEDe-FrM, http://www.playvid.com/watch/5c0l7IAoxAN, http://www.playvid.com/watch/ipSWds4rQdX,
http://www.playvid.com/watch/AueKADEXBhu, http://www.playvid.com/watch/ONcyc7Y33HJ, http://www.playvid.com/watch/JiLjBxpftqd,
http://www.playvid.com/watch/lzvs5SxgLez, http://www.playvid.com/watch/g6drt3Y1ncv, http://www.playvid.com/watch/ofe-hBjelty,
http://www.playvid.com/watch/YINZnJ6YIeE, http://www.playvid.com/watch/kn7ihNnIdKk, http://www.playvid.com/watch/u_T2xTOmdMy,
http://www.playvid.com/watch/fzVfHC3-Wb9, http://www.playvid.com/watch/FQcj1I0lDRJ, http://www.playvid.com/watch/BiClTapnf23,
http://www.playvid.com/watch/9XUzGcCJ84N, http://www.playvid.com/watch/jUbKLYfR8Ae, http://www.playvid.com/watch/ROeyfIYdAY2,
http://www.playvid.com/watch/mVtFOKjRyrv, http://www.playvid.com/watch/GmN87O0J0yb, http://www.playvid.com/watch/LFCIc3WAszJ,
http://www.playvid.com/watch/KjcD_Dxhqjt, http://www.playvid.com/watch/cKoKk4H4ffu, http://www.playvid.com/watch/YB84_j4PLhb,
http://www.playvid.com/watch/M68QrXd-fU0, http://www.playvid.com/watch/xztC5O9wdyW, http://www.playvid.com/watch/UGiX3Pyey5o,
http://www.playvid.com/watch/G-2dXVjFWoP, http://www.playvid.com/watch/V8M-3UgE8PG, http://www.playvid.com/watch/7Rhju6JMAxD,
http://www.playvid.com/watch/U3a9769lZqt, http://www.playvid.com/watch/fXow8sQ-yNN, http://www.playvid.com/watch/mwXhJAOMMyX,
http://www.playvid.com/watch/P9gyKMkDeUn, http://www.playvid.com/watch/zoItbp49WeR, http://www.playvid.com/watch/KAw_F4XIsKz,
http://www.playvid.com/watch/Dm8K1O4T57R, http://www.playvid.com/watch/YBbP_2ca48d, http://www.playvid.com/watch/C7INM758eYi,
http://www.playvid.com/watch/B1YlVkPeEhE, http://www.playvid.com/watch/DYvxJVP9u-0, http://www.playvid.com/watch/QMReDBASxqz,
http://www.playvid.com/watch/E2GQkH3IWpz, http://www.playvid.com/watch/N_cg9WnEdxq, http://www.playvid.com/watch/w_bvTBIFZjW,
http://www.playvid.com/watch/RI9sIT5UtU0, http://www.playvid.com/watch/pjE8cMzGo1I, http://www.playvid.com/watch/Zp1YyYPESyA,
http://www.playvid.com/watch/Y1cqRBlqhbM, http://www.playvid.com/watch/2ZtXjz3Zwmb, http://www.playvid.com/watch/SIxYfkHWkCH,
http://www.playvid.com/watch/Bmvm0Y_RlaA, http://www.playvid.com/watch/hoL6Dr497aA, http://www.playvid.com/watch/w7-Nm5n2k3T,
http://www.playvid.com/watch/cse4Vab-VkM, http://www.playvid.com/watch/fIxIPoE0fLk, http://www.playvid.com/watch/bDMwPnI_gUX,
http://www.playvid.com/watch/WYkn5U4HRPp, http://www.playvid.com/watch/K7BvX0fPYeO, http://www.playvid.com/watch/fDz8NutD0r0,
http://www.playvid.com/watch/6yNJqHMZvpd, http://www.playvid.com/watch/yRDJErJeAcI, http://www.playvid.com/watch/D0V2ZAahVHU,
http://www.playvid.com/watch/dV78GBRijkd, http://www.playvid.com/watch/rH9bTdymC6i, http://www.playvid.com/watch/Uwu9lg72r8r,
http://www.playvid.com/watch/EAJPZxwGAhR, http://www.playvid.com/watch/f_B8jtRI8d4, http://www.playvid.com/watch/pf_u7IuvFxo,
http://www.playvid.com/watch/w2DKR2NojMq, http://www.playvid.com/watch/59Z9XMHPTXZ, http://www.playvid.com/watch/QA7YMWtXnlq,
http://www.playvid.com/watch/jbVJXQL5AGd, http://www.playvid.com/watch/afTBIqksdfO, http://www.playvid.com/watch/Xeo_6HAtOMR,
http://www.playvid.com/watch/x0n_-GG1pdH, http://www.playvid.com/watch/bOWiHMfm2ay, http://www.playvid.com/watch/AhWOPnkVz_E,
http://www.playvid.com/watch/cQpJEyxhfYx, http://www.playvid.com/watch/lO0ADyl-VgS, http://www.playvid.com/watch/whFv13BONgy,
http://www.playvid.com/watch/gtokGnY7uNK, http://www.playvid.com/watch/mJs0yUKTp3M, http://www.playvid.com/watch/T_vvajotaGJ,
http://www.playvid.com/watch/7L7Q0jAM5uO, http://www.playvid.com/watch/DWr6LOzuyeM, http://www.playvid.com/watch/LfKy6ThP1Uq,
http://www.playvid.com/watch/jepZg59E4K3, http://www.playvid.com/watch/2vZjquYokB6, http://www.playvid.com/watch/dDErTYNFRfL,
http://www.playvid.com/watch/yvkc-8lzwgE, http://www.playvid.com/watch/avMRk5Pawyw, http://www.playvid.com/watch/qjyXm4HLwAA,
http://www.playvid.com/watch/8lAz7mbdvbp, http://www.playvid.com/watch/WdzvOnr34gr, http://www.playvid.com/watch/kfsXmSD3hA6,
http://www.playvid.com/watch/a7GCMPLWShx, http://www.playvid.com/watch/Z2v06PSEFiV, http://www.playvid.com/watch/qEmFVgmKya3,
http://www.playvid.com/watch/MJtURc7UkGH, http://www.playvid.com/watch/NdO6d1eHD-R, http://www.playvid.com/watch/LWNKH5sEJTp,
http://www.playvid.com/watch/Fd3-YJ-VPRW, http://www.playvid.com/watch/R2Pb-rRGt7e, http://www.playvid.com/watch/s-O2zf9DxKS,
http://www.playvid.com/watch/GqQxFU6WzZL, http://www.playvid.com/watch/axb5ka-KuDK, http://www.playvid.com/watch/f9tSC_YeHa6,
http://www.playvid.com/watch/kFFqtNuen9U, http://www.playvid.com/watch/DGXYbWxdstH, http://www.playvid.com/watch/Not-OVWDtZV,
http://www.playvid.com/watch/oa6wz9G_gfj, http://www.playvid.com/watch/LXmZEPRMeN0, http://www.playvid.com/watch/RrDUkK45o8v,
http://www.playvid.com/watch/IYQUhCYPKsF, http://www.playvid.com/watch/7cR97IDOM9C, http://www.playvid.com/watch/2ebG56no449,
http://www.playvid.com/watch/zGWbBeD3BI4, http://www.playvid.com/watch/kINpzPtXOuz, http://www.playvid.com/watch/vQFth332e3d,
http://www.playvid.com/watch/Z5wHFRb5dAS, http://www.playvid.com/watch/FYZS0jRyj29, http://www.playvid.com/watch/ygl-xPo1Y5p,
http://www.playvid.com/watch/geXU_Y7AsMC, http://www.playvid.com/watch/binP7UrH7bf, http://www.playvid.com/watch/zVmQ0druqgm,
http://www.playvid.com/watch/OcH9ve-hexz, http://www.playvid.com/watch/8GQqKrlV2ns, http://www.playvid.com/watch/T0oxIqZr-mu,
http://www.playvid.com/watch/gKKPbnq-QAI, http://www.playvid.com/watch/IEyv4zbTWoc, http://www.playvid.com/watch/T1acsWOlV93,
http://www.playvid.com/watch/4Xd29BOc8XX, http://www.playvid.com/watch/qDXXX6iuwnY, http://www.playvid.com/watch/WbSQlqv7jkt,
http://www.playvid.com/watch/KN9jTE7eJAh, http://www.playvid.com/watch/U5jfPvX6o8j, http://www.playvid.com/watch/fJz7J0gWheh,
http://www.playvid.com/watch/yrH0h0KFMOt, http://www.playvid.com/watch/776q2xBjQBz, http://www.playvid.com/watch/xQDZNtXjvIx,
http://www.playvid.com/watch/aKJaSNyh4IX, http://www.playvid.com/watch/Yhp4WJGaRyu, http://www.playvid.com/watch/4gb0uR8bBdz,
http://www.playvid.com/watch/QY4NDCYQb6M, http://www.playvid.com/watch/nfgr5DhjQmn, http://www.playvid.com/watch/HL7CbK7puNT,
http://www.playvid.com/watch/OiPqhD4-BXE, http://www.playvid.com/watch/3fT88QxKTtv, http://www.playvid.com/watch/CaMigthVEbt,
http://www.playvid.com/watch/InV0xXzlr0d, http://www.playvid.com/watch/P0vZtj_JXdY, http://www.playvid.com/watch/xD03FqUz7oc,
http://www.playvid.com/watch/ZhhLJOZ1TLE, http://www.playvid.com/watch/G2D8spKFSFk, http://www.playvid.com/watch/5GeDv_AwtUJ,
http://www.playvid.com/watch/cnKy7ziH0G6, http://www.playvid.com/watch/WRYr1DE_w23, http://www.playvid.com/watch/v5EbFH6uJVI,
http://www.playvid.com/watch/XIhhupZnl3X, http://www.playvid.com/watch/ziU-ApRBGWA, http://www.playvid.com/watch/GwSuWdu0Drk,
http://www.playvid.com/watch/JvP2C1AOTpR, http://www.playvid.com/watch/9lMNbPzW3MS, http://www.playvid.com/watch/ZJaq_nTNEwR,
http://www.playvid.com/watch/irBauWlkg_k, http://www.playvid.com/watch/RhS0mLySckw
5.f. Date of third notice: 2014-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: like_koko
5.b. Uploader's email address: allywear@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/like_koko
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BkFlt3bJIVd, http://www.playvid.com/watch/vLzp2RiI87M,
http://www.playvid.com/watch/aIpGKETEOYJ, http://www.playvid.com/watch/lwt6W5xoxgn, http://www.playvid.com/watch/ls317gVPC4T,
http://www.playvid.com/watch/rPpQ6x1cMvd, http://www.playvid.com/watch/-Niknxj-DxZ, http://www.playvid.com/watch/WhMMf1Glisz,
http://www.playvid.com/watch/2X1YGhV1JWd, http://www.playvid.com/watch/9z7DmcOnVtD, http://www.playvid.com/watch/VuChdvqsUSq,
http://www.playvid.com/watch/eoYbBn0PMig, http://www.playvid.com/watch/Rh1IXcYcm7R, http://www.playvid.com/watch/9M6gf5K2Cei,
http://www.playvid.com/watch/tAWhl6Yah6h, http://www.playvid.com/watch/eDMhg8lLpZ8, http://www.playvid.com/watch/BSlYSAHuCQH,
http://www.playvid.com/watch/4CaKIMmWEJT, http://www.playvid.com/watch/B2XvmOG76q3, http://www.playvid.com/watch/YY6jVw4P6PP,
http://www.playvid.com/watch/H0mskEZwsMp, http://www.playvid.com/watch/z76becTFrX8, http://www.playvid.com/watch/B-ViMX6xaUd,
http://www.playvid.com/watch/WdD7JZPBv6n, http://www.playvid.com/watch/lADtKCehXuG, http://www.playvid.com/watch/ikh4hy-WgrW,
http://www.playvid.com/watch/xP6VbpAVKKx, http://www.playvid.com/watch/2ISEzLHcFQ8, http://www.playvid.com/watch/DbViCqtm9oN,
http://www.playvid.com/watch/KmnIgFpp5ci, http://www.playvid.com/watch/X6BDdNF1kYE, http://www.playvid.com/watch/gVdoZNqVozT,
http://www.playvid.com/watch/brjkwDKAON0, http://www.playvid.com/watch/NlkLOt8O4Vh, http://www.playvid.com/watch/uAbp8xC5yGX,
http://www.playvid.com/watch/WYOWK69Rz9d, http://www.playvid.com/watch/CTvbnXLijg9, http://www.playvid.com/watch/slr26Dp77Zg,
http://www.playvid.com/watch/ousX984aJuZ, http://www.playvid.com/watch/LGhFroS2iS0, http://www.playvid.com/watch/lig1KCZ03Ae,
http://www.playvid.com/watch/tJq5Kt7-5GZ, http://www.playvid.com/watch/sgptUTPY6Mu, http://www.playvid.com/watch/jfVhom5xkMi,
http://www.playvid.com/watch/heKAE9YQSPa, http://www.playvid.com/watch/RTQCcECpoPb, http://www.playvid.com/watch/4fq6mEG5gm5,
http://www.playvid.com/watch/W6CIVBbwiRT, http://www.playvid.com/watch/I0q6SZV27ZO, http://www.playvid.com/watch/QoglCcnMDFd,
http://www.playvid.com/watch/b06vlLdxjyg, http://www.playvid.com/watch/EcMiUPAtFtx, http://www.playvid.com/watch/FXDetVn504t,
http://www.playvid.com/watch/vzBPzDj-NA5, http://www.playvid.com/watch/i4m67qrR-Qv, http://www.playvid.com/watch/PaK6byBOGIG,
http://www.playvid.com/watch/gdGzW1uLecj, http://www.playvid.com/watch/fjHCutHO4Of, http://www.playvid.com/watch/rpyeycEOEaW,
http://www.playvid.com/watch/v78aylWV751, http://www.playvid.com/watch/3v3YPLQrpkA, http://www.playvid.com/watch/yjkbk3lpcO9,
http://www.playvid.com/watch/4Do9aUfwyTA, http://www.playvid.com/watch/-tX5R7azgbr, http://www.playvid.com/watch/gy4vTTeAKHC,
http://www.playvid.com/watch/pYFcnw9gsje, http://www.playvid.com/watch/5MElS83dyVG, http://www.playvid.com/watch/fQlAvvFRmrl,
http://www.playvid.com/watch/8y72lp7E0BU, http://www.playvid.com/watch/hzEon-zHc7-, http://www.playvid.com/watch/CMIx1NOWEOi,
http://www.playvid.com/watch/0XhIMJGnVa-, http://www.playvid.com/watch/5yAU9i1g7z5, http://www.playvid.com/watch/GXmpnUbjePe,
http://www.playvid.com/watch/tvNM2RMtmOl, http://www.playvid.com/watch/5POsXTYaIox, http://www.playvid.com/watch/IDANoDlx2OS,

http://www.playvid.com/watch/mgcMNNH-NRJ, http://www.playvid.com/watch/fxrGeVKdXwg, http://www.playvid.com/watch/ea1tiONJhDZ,
http://www.playvid.com/watch/3qxogcjdqtc, http://www.playvid.com/watch/qPnMJt6d-E9, http://www.playvid.com/watch/be-kbvo19LK,
http://www.playvid.com/watch/rogQ1W0vqVV, http://www.playvid.com/watch/ibf3JGTRMcA, http://www.playvid.com/watch/yJiWAVzmpdu,
http://www.playvid.com/watch/kcbVLT8dmuZ, http://www.playvid.com/watch/FCjUXuyMccw, http://www.playvid.com/watch/khp15cU5BXo,
http://www.playvid.com/watch/YJ6-JxTXrDo, http://www.playvid.com/watch/efdQCATC9-Q, http://www.playvid.com/watch/lfawi41gAl2,
http://www.playvid.com/watch/OUjmIm1KV9O, http://www.playvid.com/watch/JZ729bDR4mH, http://www.playvid.com/watch/AEWdOBa46P4,
http://www.playvid.com/watch/PI10siOOVKG, http://www.playvid.com/watch/JSikMvKetLZ, http://www.playvid.com/watch/Gqr9sELW9Ol,
http://www.playvid.com/watch/wmn8k-Vu0Ma, http://www.playvid.com/watch/xUtSsXmZXKD, http://www.playvid.com/watch/OhUnQ1A-FTl,
http://www.playvid.com/watch/wj39d4JESbv, http://www.playvid.com/watch/g2ZE6ry-xXp, http://www.playvid.com/watch/gZiK4ARA2gw,
http://www.playvid.com/watch/uWsxUkSeLyz, http://www.playvid.com/watch/LlG03qee09m, http://www.playvid.com/watch/qgOJmN5NEqY,
http://www.playvid.com/watch/nTqsWAzs6Qc, http://www.playvid.com/watch/HpZeU7iOSIG, http://www.playvid.com/watch/6NvcoZy-3kE,
http://www.playvid.com/watch/c2JSGmFzyJC, http://www.playvid.com/watch/NtQUXIhmgBd, http://www.playvid.com/watch/wUfY8TlHoqW,
http://www.playvid.com/watch/mngYDr2-sFE, http://www.playvid.com/watch/9PucD1-mSnB, http://www.playvid.com/watch/lQJoPX3xK3o,
http://www.playvid.com/watch/dxt6eqWM9WR, http://www.playvid.com/watch/Rb-b1iRA97f, http://www.playvid.com/watch/rIC1G4WyrvR,
http://www.playvid.com/watch/8JQTyHWlmQG, http://www.playvid.com/watch/YD5njPb4vEK, http://www.playvid.com/watch/CoAD-UsLVsm,
http://www.playvid.com/watch/LEJyzgm-G8r, http://www.playvid.com/watch/acrpMfOrkMB, http://www.playvid.com/watch/4jUEL-N9-Z2,
http://www.playvid.com/watch/65Q7AUCI6Rp, http://www.playvid.com/watch/f4Tb9vguOmW, http://www.playvid.com/watch/L70X9PaHhgO,
http://www.playvid.com/watch/wzlayfW40Gw, http://www.playvid.com/watch/UwuazH7lvLu, http://www.playvid.com/watch/uxC7zC9blS5,
http://www.playvid.com/watch/uIZuSzbFOd-, http://www.playvid.com/watch/jI5byXrEbVW, http://www.playvid.com/watch/GW05ripDB8l,
http://www.playvid.com/watch/Rw12f0itRtc, http://www.playvid.com/watch/jGdgukxXdRQ, http://www.playvid.com/watch/hfvC3dRo2TD,
http://www.playvid.com/watch/JW-gucJt1bT, http://www.playvid.com/watch/TPS7hshFZp4, http://www.playvid.com/watch/bTc5gR0i70C,
http://www.playvid.com/watch/UzaeJS4T5WU, http://www.playvid.com/watch/Z4XGo2mrEt9, http://www.playvid.com/watch/vfD8lB4zzPl,
http://www.playvid.com/watch/mHWHkAj51rQ, http://www.playvid.com/watch/g33QR4G9SZy, http://www.playvid.com/watch/OpsQHMFEcxJ,
http://www.playvid.com/watch/BfixxRqKGlA, http://www.playvid.com/watch/TgCkx9cHnUG, http://www.playvid.com/watch/aWEdXssWxBH,
http://www.playvid.com/watch/Dv4tmr81ypk, http://www.playvid.com/watch/4qgA0pZRzkK, http://www.playvid.com/watch/yzxc7vvTUIU,
http://www.playvid.com/watch/bsiWaMPUnRc, http://www.playvid.com/watch/eNWWC45zvfT, http://www.playvid.com/watch/M5E1AdohO-0,
http://www.playvid.com/watch/6ZZGBb9Bhhe, http://www.playvid.com/watch/nrBMrwtrlRo, http://www.playvid.com/watch/Pqj9f5IbUsw,
http://www.playvid.com/watch/M4EV3vNRRHY, http://www.playvid.com/watch/28UYN3rU6pX
5.f. Date of third notice: 2014-03-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: likhan
5.b. Uploader's email address: dernielsen@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/likhan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KKsshnyFTij, http://www.playvid.com/watch/-ceWokLjfa6,
http://www.playvid.com/watch/U94vHP7DcWm, http://www.playvid.com/watch/4nQqTfAkQm7, http://www.playvid.com/watch/AHW4ng2ydYW,
http://www.playvid.com/watch/hUIWEfjmYe7, http://www.playvid.com/watch/ubsIxOQLxff, http://www.playvid.com/watch/nhDmPPXZqGZ,
http://www.playvid.com/watch/-X6Be0cKxQk, http://www.playvid.com/watch/YFpSHfA6H2A, http://www.playvid.com/watch/kGi9lkjmBT5,
http://www.playvid.com/watch/Hi7B9NjqMGO, http://www.playvid.com/watch/frj5f5HZva8, http://www.playvid.com/watch/eF7AvcCc6VR,
http://www.playvid.com/watch/7oAWEbOeJZz, http://www.playvid.com/watch/yIXrjMpR3zi, http://www.playvid.com/watch/qrULOFEA2X5,
http://www.playvid.com/watch/fy6qMhWxdI6, http://www.playvid.com/watch/GkJv0DFG-Bb, http://www.playvid.com/watch/Lcfhsdf0yVL,
http://www.playvid.com/watch/VYbwvTzyXn4, http://www.playvid.com/watch/vrSSCwz48D-, http://www.playvid.com/watch/tPcfvSe74qp,
http://www.playvid.com/watch/b8j83Numml-, http://www.playvid.com/watch/qlulXWoCd3T, http://www.playvid.com/watch/6E5Uemi8mKR,
http://www.playvid.com/watch/LdFN2LRaTn0, http://www.playvid.com/watch/fpuI9dTnPa4, http://www.playvid.com/watch/YNxD5idy5FM,
http://www.playvid.com/watch/MmGOB5Wnvmr, http://www.playvid.com/watch/Q56Vx8KW4p6, http://www.playvid.com/watch/jVfwrm5QYvl,
http://www.playvid.com/watch/IDqyYhJAmNs, http://www.playvid.com/watch/zTZsxkFJwFW, http://www.playvid.com/watch/8qqm8hqjpdn,
http://www.playvid.com/watch/pHszBUJy9al, http://www.playvid.com/watch/TLf3XJNMJXm, http://www.playvid.com/watch/-Ac78mGsd-X,
http://www.playvid.com/watch/mOXIM04vjWp, http://www.playvid.com/watch/7foWcXUK9os, http://www.playvid.com/watch/CEf5Nm54Q-p,
http://www.playvid.com/watch/gCJCLd7vqQG, http://www.playvid.com/watch/LhLvLJWzjA5, http://www.playvid.com/watch/ziYkqSLEboY,
http://www.playvid.com/watch/Fbu6wRiRZzA, http://www.playvid.com/watch/FeG4N4zuXyE, http://www.playvid.com/watch/K9bNwoJxhFy,
http://www.playvid.com/watch/YV2l6LWPzNQ, http://www.playvid.com/watch/X4ZwYNoX-gr, http://www.playvid.com/watch/6KijJjPvBpQ,
http://www.playvid.com/watch/7CngPPrlJNC, http://www.playvid.com/watch/W2M37n7xZBS, http://www.playvid.com/watch/DUAh9vnWuq7,
http://www.playvid.com/watch/MmO0yIdjzzC, http://www.playvid.com/watch/uZ6VwNQPDoG, http://www.playvid.com/watch/ityHZKD5xnP,
http://www.playvid.com/watch/apnT0VtB44n, http://www.playvid.com/watch/E4z-pfjcG4w, http://www.playvid.com/watch/-wA6i3AetOp,
http://www.playvid.com/watch/Ionb2Qb-nK2, http://www.playvid.com/watch/3MlcWpKvyD4, http://www.playvid.com/watch/O0ociokcKp2,
http://www.playvid.com/watch/z74fDnRR7ua, http://www.playvid.com/watch/EMUceSH05Ta, http://www.playvid.com/watch/bqanFsHNlnA,
http://www.playvid.com/watch/dJ2FXcDuubD, http://www.playvid.com/watch/VNfqqowEpQK, http://www.playvid.com/watch/sutUQapCMPZ,
http://www.playvid.com/watch/nJKLOYjF-LZ, http://www.playvid.com/watch/PbXJ-Oq3o0F, http://www.playvid.com/watch/-toSgge2jme,
http://www.playvid.com/watch/MjXM5U94uEA, http://www.playvid.com/watch/jLFZ89-X6bz, http://www.playvid.com/watch/5pCeUyhrB3g,
http://www.playvid.com/watch/5WGXKgVNBkv, http://www.playvid.com/watch/mUuQ2-q-Tys, http://www.playvid.com/watch/ndNRwQDpBJk,
http://www.playvid.com/watch/Z4-kJpkxdzp
5.f. Date of third notice: 2013-10-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: liman
5.b. Uploader's email address: axelfalko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/liman
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nRYFXvQw3n5, http://www.playvid.com/watch/4yM3IXG4Ay-,
http://www.playvid.com/watch/fMVIvAyD03H, http://www.playvid.com/watch/xtKBQjWjiSp, http://www.playvid.com/watch/iXLKDm6Pqol,
http://www.playvid.com/watch/vFcwz0GkRKD, http://www.playvid.com/watch/XMQicGOBlUW, http://www.playvid.com/watch/UGUt7-SY8hb,
http://www.playvid.com/watch/bm4gQwMto3M, http://www.playvid.com/watch/RRySGtAEKMc, http://www.playvid.com/watch/W9KIasadGGN,
http://www.playvid.com/watch/WmPXMRYEfcg, http://www.playvid.com/watch/H9JiHjygLzB, http://www.playvid.com/watch/5nXEJ-Dn4fK,
http://www.playvid.com/watch/J-KH7-Xq4dw, http://www.playvid.com/watch/slBDF6hDnuR, http://www.playvid.com/watch/bTRIUszguJS,
http://www.playvid.com/watch/G-pMF2ZQ88r, http://www.playvid.com/watch/3Wz3krqeqrF, http://www.playvid.com/watch/JSnLlTYsR3a,
http://www.playvid.com/watch/oUximaS-esW, http://www.playvid.com/watch/RJQOaDafYgG, http://www.playvid.com/watch/tWZALRbptHk,
http://www.playvid.com/watch/9HibT2c9XPs, http://www.playvid.com/watch/tD-XYpvjBpz, http://www.playvid.com/watch/6nMJZAxadJF,
http://www.playvid.com/watch/7YPBImFRvW-, http://www.playvid.com/watch/56dQi6vdfhJ, http://www.playvid.com/watch/8VjaBeGnYKP,
http://www.playvid.com/watch/zfeCdYBCVgz, http://www.playvid.com/watch/kfN6f0mgnpW, http://www.playvid.com/watch/nlacNyQfuaQ,
http://www.playvid.com/watch/CvM0-klH5Ob, http://www.playvid.com/watch/8sNBa3NUwVE, http://www.playvid.com/watch/tAlnUVcwxTZ,
http://www.playvid.com/watch/GlKZKKJfK2s, http://www.playvid.com/watch/p6jlK-vA4Oq, http://www.playvid.com/watch/EG9KKivQLlS,
http://www.playvid.com/watch/GfPfb6kIrgb, http://www.playvid.com/watch/zMt4IztGtXu, http://www.playvid.com/watch/btMtpGJ5O49,
http://www.playvid.com/watch/E8IT7Vdyq0L, http://www.playvid.com/watch/aYECGRLwILE, http://www.playvid.com/watch/s-ECSUm8E-q,
http://www.playvid.com/watch/WpximS4jhEM, http://www.playvid.com/watch/aNXyNoObE6L, http://www.playvid.com/watch/kEg5rUYUZr2,
http://www.playvid.com/watch/FtIEUEiM8my, http://www.playvid.com/watch/ZeCgKl8Miak, http://www.playvid.com/watch/9UWdLRPnlhx,
http://www.playvid.com/watch/fcmSrmSs5Ik, http://www.playvid.com/watch/2hBBjL4hD5H, http://www.playvid.com/watch/hhgXrfXHeZl,
http://www.playvid.com/watch/IITW6vtcYVF, http://www.playvid.com/watch/wz-26XtTDkN, http://www.playvid.com/watch/Z25vBWzxv7m,
http://www.playvid.com/watch/itpWzjtOKef, http://www.playvid.com/watch/sgk4s-M9XOP, http://www.playvid.com/watch/dF3yPb0n7-W,
http://www.playvid.com/watch/s3E5VQzdGRr, http://www.playvid.com/watch/LYvoCLlkqp5, http://www.playvid.com/watch/c0mgiz0IxA5,
http://www.playvid.com/watch/NHrkAlLKFWt, http://www.playvid.com/watch/LrRdpTAe2hw, http://www.playvid.com/watch/dOz2cc8qeWG,
http://www.playvid.com/watch/3IlB9MUusgh, http://www.playvid.com/watch/fw4K9bzqPb2, http://www.playvid.com/watch/oiAlnf3Wrol,
http://www.playvid.com/watch/McUlw0xz4QT, http://www.playvid.com/watch/csUhP8Gffym, http://www.playvid.com/watch/SZTO0YTPaWD,
http://www.playvid.com/watch/Rhkbmn-oktZ, http://www.playvid.com/watch/K3r6eFs2X3F, http://www.playvid.com/watch/l8f3KzznjAy,
http://www.playvid.com/watch/OKUgNDGMf0K, http://www.playvid.com/watch/Gj5bn6vg2Co, http://www.playvid.com/watch/4QuR68mPeL9,
http://www.playvid.com/watch/rZP89tsFro5, http://www.playvid.com/watch/Itk5Z5oOUuu, http://www.playvid.com/watch/06xV-YxIbDE,
http://www.playvid.com/watch/7ZnWtfrTeOR, http://www.playvid.com/watch/LPSMN8rlCjc, http://www.playvid.com/watch/HmOl7yKLeeq,
http://www.playvid.com/watch/XhGJ4aD2beK, http://www.playvid.com/watch/O4dDjWXMbdW, http://www.playvid.com/watch/8VJahs4OkOj,

http://www.playvid.com/watch/nkp7IgGsUhO, http://www.playvid.com/watch/KLYgt9HbvQM, http://www.playvid.com/watch/Xo6yV73vvfh,
http://www.playvid.com/watch/xh2w3CJv8Or, http://www.playvid.com/watch/5PrYuCwdnLE, http://www.playvid.com/watch/J20lclMf8pJ,
http://www.playvid.com/watch/8qxIfut3zvF, http://www.playvid.com/watch/bko8-hUS9Ei, http://www.playvid.com/watch/so-xUA4LTFi,
http://www.playvid.com/watch/YQba5LcW5jp, http://www.playvid.com/watch/ivmExH-De6S, http://www.playvid.com/watch/ajLee4JTl8I,
http://www.playvid.com/watch/3CU5ATLxT5s, http://www.playvid.com/watch/rjHl79fN8jg, http://www.playvid.com/watch/cQBpSU5eK3-,
http://www.playvid.com/watch/IpHaQMlP7TU, http://www.playvid.com/watch/8-c9NgvLnbN, http://www.playvid.com/watch/8qMGf8KVK8l,
http://www.playvid.com/watch/svf7853EIfL, http://www.playvid.com/watch/yUG9EdYxisL, http://www.playvid.com/watch/fU3sJ-XMfOH,
http://www.playvid.com/watch/iIbQNlpISkD, http://www.playvid.com/watch/gPWKAZvpDRE, http://www.playvid.com/watch/lJMmipmMlP2,
http://www.playvid.com/watch/SqQdILavkjG, http://www.playvid.com/watch/zJdAbMugC2X, http://www.playvid.com/watch/6U--PjtvBcC,
http://www.playvid.com/watch/Kj7AqzeC9t8, http://www.playvid.com/watch/kTq8aIY2fhb, http://www.playvid.com/watch/EuMqAxLESiy,
http://www.playvid.com/watch/KXdHRoIfg6O, http://www.playvid.com/watch/KKVtmPiKpBO, http://www.playvid.com/watch/DoRHjo-W-r7,
http://www.playvid.com/watch/4Pa-xVXlVi4, http://www.playvid.com/watch/rPRm49gVsDu, http://www.playvid.com/watch/-cnzUIqJ7yd,
http://www.playvid.com/watch/zcM3DYBNKOL, http://www.playvid.com/watch/abPHAux9jaB, http://www.playvid.com/watch/b87Y4AdcJm6,
http://www.playvid.com/watch/2tllgmshnKr, http://www.playvid.com/watch/rvzr45bfpRi, http://www.playvid.com/watch/Q2BbWM65ZwZ,
http://www.playvid.com/watch/687lqnLx0iv, http://www.playvid.com/watch/h7DvVKKLFDh, http://www.playvid.com/watch/iD3EyC2vP5D,
http://www.playvid.com/watch/pveWyj9dR8-, http://www.playvid.com/watch/TS4qZL-WjFf, http://www.playvid.com/watch/Nvj3cucOV8q,
http://www.playvid.com/watch/UVrhjEE9Kpe, http://www.playvid.com/watch/Lo2Fy5-yuCC, http://www.playvid.com/watch/aDZpJVDWOws,
http://www.playvid.com/watch/k5pEql0QqTf, http://www.playvid.com/watch/53L3HEDnMyg, http://www.playvid.com/watch/KNacZRqXNTz,
http://www.playvid.com/watch/VkIhu4r4Ogo, http://www.playvid.com/watch/fYWXaoqeaaY, http://www.playvid.com/watch/m0Bv0x-cYqC,
http://www.playvid.com/watch/sSfxT4MqyRm, http://www.playvid.com/watch/XkSm8QPOkX-, http://www.playvid.com/watch/HTYIOokT9Zz,
http://www.playvid.com/watch/MjfiLLv3LNe, http://www.playvid.com/watch/LIZ4q8E6Qcm, http://www.playvid.com/watch/4fOWRbJZAU5,
http://www.playvid.com/watch/X6oSN3XUxTq, http://www.playvid.com/watch/mYKQu7HsiLi, http://www.playvid.com/watch/YNUYqDTm9iO,
http://www.playvid.com/watch/QkLqvFLJFDR, http://www.playvid.com/watch/r3uA4o79B4r, http://www.playvid.com/watch/Fl9BRlx7ODR,
http://www.playvid.com/watch/rpcYs7RuYVx, http://www.playvid.com/watch/K8Xzc0YKAEG, http://www.playvid.com/watch/GiwlDjvplMw,
http://www.playvid.com/watch/66hwy2pW768, http://www.playvid.com/watch/DCnYu65evd8, http://www.playvid.com/watch/efiYhlgLK48,
http://www.playvid.com/watch/cW4Ctit8NYk, http://www.playvid.com/watch/XLuwvE55CBx, http://www.playvid.com/watch/B29kcttWvuf,
http://www.playvid.com/watch/2Ua0KwYYs-C, http://www.playvid.com/watch/JeDZbINL4hP, http://www.playvid.com/watch/EFJ82r3tgQO,
http://www.playvid.com/watch/WV2tNeYhTs6, http://www.playvid.com/watch/a8x-bygXiOS, http://www.playvid.com/watch/lx3G6V6b-IW,
http://www.playvid.com/watch/4vsrU7ZLZDH, http://www.playvid.com/watch/XefeNyYb79t, http://www.playvid.com/watch/BEbx9n79aXY,
http://www.playvid.com/watch/9IbsZrf2ssu, http://www.playvid.com/watch/uY7kvNQAxw0, http://www.playvid.com/watch/dxni2UZTTdh,
http://www.playvid.com/watch/RiPddF6oDPo, http://www.playvid.com/watch/5kQJsyKrE5Y, http://www.playvid.com/watch/vmHi-KR76K9,
http://www.playvid.com/watch/A2-50h8ZTDT, http://www.playvid.com/watch/ig8M57xGE-b, http://www.playvid.com/watch/HcQKI5WGopg,
http://www.playvid.com/watch/MghmsMIW-ez, http://www.playvid.com/watch/o3f7cvXpap7, http://www.playvid.com/watch/mfat4xnhFUb,
http://www.playvid.com/watch/vBRSv-xrozL, http://www.playvid.com/watch/MwKRrniqZ3i, http://www.playvid.com/watch/WBRqyW9BHDQ,
http://www.playvid.com/watch/Hfaj6ES70De, http://www.playvid.com/watch/PgewSkcHtXQ, http://www.playvid.com/watch/PzILTDepo0t,
http://www.playvid.com/watch/8Srb5wl5eBy, http://www.playvid.com/watch/CEtSWdDGhAN, http://www.playvid.com/watch/zIiNcO6aNFV,
http://www.playvid.com/watch/kvOeq3YwFHG, http://www.playvid.com/watch/w4vLOiwpxXs, http://www.playvid.com/watch/b9B9WRktC7r,
http://www.playvid.com/watch/gDRPiJ357HE, http://www.playvid.com/watch/CDShoJtSs6Z, http://www.playvid.com/watch/g-sBEgB--A0,
http://www.playvid.com/watch/m9nEQ68C7Bk, http://www.playvid.com/watch/GPrgUWRMMK9, http://www.playvid.com/watch/MjXACp-ikiw,
http://www.playvid.com/watch/Q0KKCnECFIl, http://www.playvid.com/watch/O4BvanB5sRT, http://www.playvid.com/watch/Q-c5WRwnCaU,
http://www.playvid.com/watch/qi2nVdUo8MS, http://www.playvid.com/watch/5bsRUtrJ72R, http://www.playvid.com/watch/NLodsJYFqqo,
http://www.playvid.com/watch/383gI6viV7B, http://www.playvid.com/watch/cC33i-GFX2F, http://www.playvid.com/watch/uCTj9PNg9YK,
http://www.playvid.com/watch/w6uecw2VqRk, http://www.playvid.com/watch/vD8LxAhoZi6, http://www.playvid.com/watch/CVKEMqgYt9u,
http://www.playvid.com/watch/VNwz96wqrIU, http://www.playvid.com/watch/ZUaOOQALLPd, http://www.playvid.com/watch/J-evD2omlsy,
http://www.playvid.com/watch/FUoP2Bxptka, http://www.playvid.com/watch/6hj6tleEc0N, http://www.playvid.com/watch/7hfnh9MvRt8,
http://www.playvid.com/watch/ai0gw88KK6y, http://www.playvid.com/watch/NeHSSdoHAmO, http://www.playvid.com/watch/KjGKCyryXnd,
http://www.playvid.com/watch/iCWeHtc4t5a, http://www.playvid.com/watch/Qepb8tJ7CDq, http://www.playvid.com/watch/sipCx3ofuLP,
http://www.playvid.com/watch/mASFjNdTgoh, http://www.playvid.com/watch/EUOra80N7l0, http://www.playvid.com/watch/nbXfzMdsNRF,
http://www.playvid.com/watch/Wh0qv50xAPX, http://www.playvid.com/watch/pxaCzp4wUaG, http://www.playvid.com/watch/2vdlyZA7XgO,
http://www.playvid.com/watch/ile88fFaIWt, http://www.playvid.com/watch/jRgmaVOvCg7, http://www.playvid.com/watch/W2lCBHOrB2t,
http://www.playvid.com/watch/2DX6jgKx-fu, http://www.playvid.com/watch/pYAb64zKNQA, http://www.playvid.com/watch/iIWuzEhzewB,
http://www.playvid.com/watch/f7rPs65auq2, http://www.playvid.com/watch/iOzgGDKNvDn, http://www.playvid.com/watch/MueNhLbE40X,
http://www.playvid.com/watch/pqZ40q59602, http://www.playvid.com/watch/Wj8JcAUAZEV, http://www.playvid.com/watch/M7e2KM5kWdF,
http://www.playvid.com/watch/GMKSvrX6twu, http://www.playvid.com/watch/FeZjtbvDKGl, http://www.playvid.com/watch/70TaXnVsLIX,
http://www.playvid.com/watch/TAmxeriiCto, http://www.playvid.com/watch/oL7d4pNv6MY, http://www.playvid.com/watch/3QSsKiVd-bC,
http://www.playvid.com/watch/qPwHiSjFA8s, http://www.playvid.com/watch/NSNwhmVOOAA, http://www.playvid.com/watch/-6XyTAQciZa,
http://www.playvid.com/watch/OnI3-5M5BsC, http://www.playvid.com/watch/y8A6FjqHjf6, http://www.playvid.com/watch/r9iGPmKd3hJ,
http://www.playvid.com/watch/PtOqOlRWFSk, http://www.playvid.com/watch/L--BTEkyNwM, http://www.playvid.com/watch/oGw6qNJm0qX,
http://www.playvid.com/watch/DhFQuoo5fhe, http://www.playvid.com/watch/5ZZl-0rZxof, http://www.playvid.com/watch/5sPonNwykPF,
http://www.playvid.com/watch/fxabM9YOTz-, http://www.playvid.com/watch/8wrMxp5KWAE, http://www.playvid.com/watch/SlbPTbvczij,
http://www.playvid.com/watch/sH2hHjercOs, http://www.playvid.com/watch/LDJalbrtUXG, http://www.playvid.com/watch/Tp-WCyoa4MX,
http://www.playvid.com/watch/o9YoB9CQJ9y, http://www.playvid.com/watch/vqr30PCJiTo, http://www.playvid.com/watch/AVqRDTrNYDx,
http://www.playvid.com/watch/8MTwNflQOfc, http://www.playvid.com/watch/MzIN-dMRT4X, http://www.playvid.com/watch/bfVx9tnQ8pA,
http://www.playvid.com/watch/YqPYrIgrjy3, http://www.playvid.com/watch/bvHWGk2CNop, http://www.playvid.com/watch/7ff2mVAlqZ-,
http://www.playvid.com/watch/Xce4d-w-FHr, http://www.playvid.com/watch/gYF-8E0tiPD, http://www.playvid.com/watch/GQbHdRc5wow,
http://www.playvid.com/watch/uvVzh-icoh9, http://www.playvid.com/watch/K3AcUVlHERQ, http://www.playvid.com/watch/U-ty2g4Z68m,
http://www.playvid.com/watch/Nl8VrXqWgcx, http://www.playvid.com/watch/jwSSRxqolGq, http://www.playvid.com/watch/-fYxOedhLmY,
http://www.playvid.com/watch/G38-FKUcup4, http://www.playvid.com/watch/xUeRemSlzjJ, http://www.playvid.com/watch/qNbS32pvRR3,
http://www.playvid.com/watch/RIZQyPjqWBz, http://www.playvid.com/watch/aGh926x4u5N, http://www.playvid.com/watch/QvirB0hGDM8,
http://www.playvid.com/watch/NN4ml7eZS3v, http://www.playvid.com/watch/ejMaGkd6onY, http://www.playvid.com/watch/Zgrgs7PwKRO,
http://www.playvid.com/watch/BWELeBnVEIh, http://www.playvid.com/watch/idHh8x0octo, http://www.playvid.com/watch/isBzZMZ0S6D,
http://www.playvid.com/watch/rVaz7hgcHek, http://www.playvid.com/watch/4KBmi-AvmvN, http://www.playvid.com/watch/T4REdNneWTm,
http://www.playvid.com/watch/4rWkDPrdowM, http://www.playvid.com/watch/7dJgFdcVftJ, http://www.playvid.com/watch/pBI0EEPwJ5B,
http://www.playvid.com/watch/drk0MdCIYCz, http://www.playvid.com/watch/sA5CjlHxjO7, http://www.playvid.com/watch/jAKU6TQevGB,
http://www.playvid.com/watch/WsntlGkO6F5, http://www.playvid.com/watch/4OzuFmrd2Mb, http://www.playvid.com/watch/DuPVs2pAeGb,
http://www.playvid.com/watch/OLvwIsnlZwj, http://www.playvid.com/watch/ar5qy4p7G8b, http://www.playvid.com/watch/yOIkMfZzBnd,
http://www.playvid.com/watch/UDyst4Nwp6k, http://www.playvid.com/watch/63685G32YyC, http://www.playvid.com/watch/NASXpA52gn-,
http://www.playvid.com/watch/5ZbLV2nMgiz, http://www.playvid.com/watch/Q5dKsuuq8pg, http://www.playvid.com/watch/nWdbcOe3jCb,
http://www.playvid.com/watch/MSmNj-AB2zu, http://www.playvid.com/watch/ZTQX-dvqdoC, http://www.playvid.com/watch/yhrNSs4GM0E,
http://www.playvid.com/watch/PeIg4CdNFVd, http://www.playvid.com/watch/lEFSfBVS48U, http://www.playvid.com/watch/GeXNGk6r8sM,
http://www.playvid.com/watch/UMH59QTI8Mv, http://www.playvid.com/watch/HxKM9STposM, http://www.playvid.com/watch/rIQetmrQFI6,
http://www.playvid.com/watch/PVXm346N32K, http://www.playvid.com/watch/Mj56lXjZDBZ, http://www.playvid.com/watch/O2jlCG-kOFm,
http://www.playvid.com/watch/KvInAWkDWdc, http://www.playvid.com/watch/Ocpt5evSEMV, http://www.playvid.com/watch/AgKiC4lC4D0,
http://www.playvid.com/watch/TUDNzk45Kqz, http://www.playvid.com/watch/fJY3-AVTGP9, http://www.playvid.com/watch/DGDb6c3tiuC,
http://www.playvid.com/watch/59Xrkmnp3TO, http://www.playvid.com/watch/flBEqCzEMQo, http://www.playvid.com/watch/yMJoZNpIDay,
http://www.playvid.com/watch/wzu8vNrmXQV, http://www.playvid.com/watch/O03DQVdndj7, http://www.playvid.com/watch/c5ghT2lLGOa,
http://www.playvid.com/watch/-2D5zNXMQsi, http://www.playvid.com/watch/XOfUrWGXLEn, http://www.playvid.com/watch/dt6yHd-GpLs,
http://www.playvid.com/watch/dhSlJ7aBPFI, http://www.playvid.com/watch/eOukRGhOEBo, http://www.playvid.com/watch/agNUN-4iscb,
http://www.playvid.com/watch/7StepkkrTM2, http://www.playvid.com/watch/e8ZCGkUggKB, http://www.playvid.com/watch/KBfRDwTlKLe,
http://www.playvid.com/watch/8GnSbD4YVdW, http://www.playvid.com/watch/EiV90I7GhWy, http://www.playvid.com/watch/lZxApFGyi-j,
http://www.playvid.com/watch/lVfTXStQrgV, http://www.playvid.com/watch/P3CoVBOMm3l, http://www.playvid.com/watch/wFLuyNERr4L,
http://www.playvid.com/watch/E3DTMUQNsup, http://www.playvid.com/watch/Fa5YMf-GCRb, http://www.playvid.com/watch/PdRA5W3Nchm,
http://www.playvid.com/watch/hdCQYifhkLd, http://www.playvid.com/watch/JAdyhatWY2b, http://www.playvid.com/watch/T2yB4rnTZ7G,
http://www.playvid.com/watch/WD2zozVV6o6, http://www.playvid.com/watch/hHivVAwY5cn, http://www.playvid.com/watch/yX8dIwELEsw,
http://www.playvid.com/watch/ZSC3gJEjm0k, http://www.playvid.com/watch/NU0ZnzVmuOu, http://www.playvid.com/watch/LlElU5EJRCY,
http://www.playvid.com/watch/9rykQIQAQQI, http://www.playvid.com/watch/UvUeY5eQ0nr, http://www.playvid.com/watch/Svg2gMlWb-j,

http://www.playvid.com/watch/a87ge8yakc-, http://www.playvid.com/watch/9MCG0V8ZVS7, http://www.playvid.com/watch/74DlsLmgQh9,
http://www.playvid.com/watch/aerkectCpCL, http://www.playvid.com/watch/XQdcLBLXWQL, http://www.playvid.com/watch/nuts2blvZwi,
http://www.playvid.com/watch/nQwAtFQJgiP, http://www.playvid.com/watch/8oFRVi4HsVJ, http://www.playvid.com/watch/XOdG0aua3F0,
http://www.playvid.com/watch/5EWWXMPGDcf, http://www.playvid.com/watch/TaLGOEMLasl, http://www.playvid.com/watch/MPzpdR3jxHG,
http://www.playvid.com/watch/hMHAWLV6ej9, http://www.playvid.com/watch/C9MENY4MGG7, http://www.playvid.com/watch/0Hd8iDHypa-,
http://www.playvid.com/watch/bUwHjKhaTgS, http://www.playvid.com/watch/knxq698vYre, http://www.playvid.com/watch/xXnMcpSOheY,
http://www.playvid.com/watch/OLMThuATMgp, http://www.playvid.com/watch/rHENNbrwdQ0, http://www.playvid.com/watch/UHhF2taB-BX,
http://www.playvid.com/watch/e4eIykn4cE-, http://www.playvid.com/watch/hEMJzQ7XgqB, http://www.playvid.com/watch/3p6ZQHrccwa,
http://www.playvid.com/watch/QIhJ77Ed7Tm, http://www.playvid.com/watch/kYxWlQmzadZ, http://www.playvid.com/watch/hCZLmxJ5ecp,
http://www.playvid.com/watch/HqfI278EpBD, http://www.playvid.com/watch/2bglubtmoxV, http://www.playvid.com/watch/MrJ4e7ofUqR,
http://www.playvid.com/watch/Rh94qseocN6, http://www.playvid.com/watch/SqIZeRdX5Yd, http://www.playvid.com/watch/vl-39-ChxxC,
http://www.playvid.com/watch/BaImTwVTp7d, http://www.playvid.com/watch/HaBTYLwjbWl, http://www.playvid.com/watch/9LaPUWQj95z,
http://www.playvid.com/watch/RdQSm8tGTcy, http://www.playvid.com/watch/NunWCH-lByb, http://www.playvid.com/watch/z7ijGjUCgpO,
http://www.playvid.com/watch/JygC23NAyt6, http://www.playvid.com/watch/UmstTysfLnH, http://www.playvid.com/watch/YKe79excTcQ,
http://www.playvid.com/watch/fFc0B6Gw6P9, http://www.playvid.com/watch/quVfGaRpEr3, http://www.playvid.com/watch/PW0EdNzJUkz,
http://www.playvid.com/watch/H2VLfDpurEE, http://www.playvid.com/watch/iV-34TJ2edY, http://www.playvid.com/watch/UUgZPVpUFY3,
http://www.playvid.com/watch/GCJkkLLCbxT, http://www.playvid.com/watch/yV8AabwqZlE, http://www.playvid.com/watch/MwtyDmE24xO,
http://www.playvid.com/watch/CzYvrwTxQb7, http://www.playvid.com/watch/6cMC5SE74B-, http://www.playvid.com/watch/oLH6w4IXNGy,
http://www.playvid.com/watch/qBNK8Nr2LcL, http://www.playvid.com/watch/bCn44TIuSvT, http://www.playvid.com/watch/VVwV8pNmhOS,
http://www.playvid.com/watch/uNxCiXt5buB, http://www.playvid.com/watch/cCEHtrqYAcy, http://www.playvid.com/watch/jjEMzoqCwYa,
http://www.playvid.com/watch/Np2y3II2UpI, http://www.playvid.com/watch/tXrIV5ZcG7b, http://www.playvid.com/watch/BfPJVYqJVZg,
http://www.playvid.com/watch/GO0Wy5MtNPm, http://www.playvid.com/watch/j2kUfND9PQx, http://www.playvid.com/watch/Ms0ZpSQmluO,
http://www.playvid.com/watch/ohc8OmiAicm, http://www.playvid.com/watch/O-bY6IHqZ3X, http://www.playvid.com/watch/Zc725bFI6C-,
http://www.playvid.com/watch/dcAFHCIBAPp, http://www.playvid.com/watch/T2BO3PNPhLv, http://www.playvid.com/watch/sfgPeTlkviL,
http://www.playvid.com/watch/XTd2byP7kDr, http://www.playvid.com/watch/i48dvG4pszw, http://www.playvid.com/watch/IHVwcXWX4HO,
http://www.playvid.com/watch/QYnNjZf6XA-, http://www.playvid.com/watch/rQa8o3YGGul, http://www.playvid.com/watch/Ci-WhdaggcO,
http://www.playvid.com/watch/YoiEoz7kDtw, http://www.playvid.com/watch/kfD95CXzrCO, http://www.playvid.com/watch/jiZHqwWfDEA,
http://www.playvid.com/watch/gSCwjr8A-ms, http://www.playvid.com/watch/9pgsEUiUEY5, http://www.playvid.com/watch/d9rpRLxLHoZ,
http://www.playvid.com/watch/CT5RoU5IZ2n, http://www.playvid.com/watch/xKRkaeMd0B5, http://www.playvid.com/watch/vVhcWmocs4r,
http://www.playvid.com/watch/i24cmjLmibB, http://www.playvid.com/watch/4ydA-YnTrYG, http://www.playvid.com/watch/b8wratjgf5O,
http://www.playvid.com/watch/DgIXp-3iqLT, http://www.playvid.com/watch/hRkgdKhmeDE, http://www.playvid.com/watch/dPHmW6EYYj3,
http://www.playvid.com/watch/-HvP6rJTgYv, http://www.playvid.com/watch/N3upYykmmCo, http://www.playvid.com/watch/-I-NMeYbTmu,
http://www.playvid.com/watch/dTXmuKpUgCx, http://www.playvid.com/watch/tkYEVnFkRlO, http://www.playvid.com/watch/rZYNZKDuaI8,
http://www.playvid.com/watch/IFe5wFkryPI, http://www.playvid.com/watch/TXxp22jUCun, http://www.playvid.com/watch/anD5bidYrfz,
http://www.playvid.com/watch/djEa6b4pLYC, http://www.playvid.com/watch/YQaXsJDySDN, http://www.playvid.com/watch/wwKCUc53Rgz,
http://www.playvid.com/watch/al4UQFknIMK, http://www.playvid.com/watch/dhitqUHmgPH, http://www.playvid.com/watch/KIADN0mw32l,
http://www.playvid.com/watch/T8RPBB7U9nW, http://www.playvid.com/watch/T3D5FFO75tN, http://www.playvid.com/watch/TkwJvp8MPOg,
http://www.playvid.com/watch/yTUh35VKvZE, http://www.playvid.com/watch/Z5lwzLYn5kl, http://www.playvid.com/watch/5PwgOmsYjCE,
http://www.playvid.com/watch/ziFJVSW-SoC, http://www.playvid.com/watch/h9FthsW6UQl, http://www.playvid.com/watch/w2mdYkeoYY9,
http://www.playvid.com/watch/K4QtictmNbU, http://www.playvid.com/watch/LyiPVMyamtq, http://www.playvid.com/watch/f2VQz89DC7B,
http://www.playvid.com/watch/VnDy07EiYsW, http://www.playvid.com/watch/QIYekp8xhwl, http://www.playvid.com/watch/r64DpkTh6na,
http://www.playvid.com/watch/0-kXuXaCpmv, http://www.playvid.com/watch/gwTNtc-74rX, http://www.playvid.com/watch/IgBTcH-Pmpq,
http://www.playvid.com/watch/XkYpsTRs2o4, http://www.playvid.com/watch/zP-x0takwzn, http://www.playvid.com/watch/AJ5lYlzwVV6,
http://www.playvid.com/watch/zz3EGpggcxi, http://www.playvid.com/watch/Cs2fl6-MiI8, http://www.playvid.com/watch/p3uY72uTEQg,
http://www.playvid.com/watch/VWqtlaZO24P, http://www.playvid.com/watch/jqVWOV6geyq, http://www.playvid.com/watch/fJCEL3hmQr6,
http://www.playvid.com/watch/UyCUMA3g0oS, http://www.playvid.com/watch/wzSAj5kJZDQ, http://www.playvid.com/watch/HCDW-ZfLe7n,
http://www.playvid.com/watch/3CtHodQI9-J, http://www.playvid.com/watch/qfsyEfvFPUD, http://www.playvid.com/watch/JcJwaAkbVC6,
http://www.playvid.com/watch/MSy7eoaJaIu, http://www.playvid.com/watch/qXI3tvsPmvu, http://www.playvid.com/watch/r-RJGlfiKUO,
http://www.playvid.com/watch/BGSCeZIDSay, http://www.playvid.com/watch/BCbhPnp3u89, http://www.playvid.com/watch/biuubAA8NQw,
http://www.playvid.com/watch/0zYNUDXUF5J, http://www.playvid.com/watch/7RlrGiucAlN, http://www.playvid.com/watch/YSu6frZO3kF,
http://www.playvid.com/watch/yPBXTeJBGz5, http://www.playvid.com/watch/lqDZutn4GIo, http://www.playvid.com/watch/dWlU85DFeHw,
http://www.playvid.com/watch/uq8DhPmnrKH, http://www.playvid.com/watch/xxUjnwAQcU6, http://www.playvid.com/watch/GcMYykBJVD3,
http://www.playvid.com/watch/URXxrKxtlAo, http://www.playvid.com/watch/M-D7YQ0AuiA, http://www.playvid.com/watch/7QZYIEAmfM2,
http://www.playvid.com/watch/OGFxUV4fqu2, http://www.playvid.com/watch/jJHX3u9ATJa, http://www.playvid.com/watch/dDrnw9aUq9-,
http://www.playvid.com/watch/rF5iue57LuY, http://www.playvid.com/watch/nLUbRbj0KRq, http://www.playvid.com/watch/HYAv84mARLV,
http://www.playvid.com/watch/KSRCzGkjYwA, http://www.playvid.com/watch/Y6Y9g97C9rw, http://www.playvid.com/watch/t5ro9NGyySe,
http://www.playvid.com/watch/jEdlW0n2xce, http://www.playvid.com/watch/eholYRASKuo, http://www.playvid.com/watch/JpNYWi62GIU,
http://www.playvid.com/watch/HBSp99azpuY, http://www.playvid.com/watch/NFj9RuL05kP, http://www.playvid.com/watch/7rHW0J3fcSm,
http://www.playvid.com/watch/VcKEUU0773p, http://www.playvid.com/watch/gR5qKJAuiN0, http://www.playvid.com/watch/vgVdz-X-ga3,
http://www.playvid.com/watch/GTmEx2ci9Uz, http://www.playvid.com/watch/gIm9liCsE3s, http://www.playvid.com/watch/ZIRuz8XQ3On,
http://www.playvid.com/watch/0-SlfYslOTv, http://www.playvid.com/watch/E6KycmhseB6, http://www.playvid.com/watch/DfMHQgZ8k0S,
http://www.playvid.com/watch/cQWEWUoMBwG, http://www.playvid.com/watch/baGvULUmGYS, http://www.playvid.com/watch/P6qHu256Iqx,
http://www.playvid.com/watch/8dTOAJY0pwB, http://www.playvid.com/watch/RVTTsTYDD20, http://www.playvid.com/watch/T65WPOvVYJb,
http://www.playvid.com/watch/wTjL7ePUdQ6, http://www.playvid.com/watch/XrxMGpaNrOb, http://www.playvid.com/watch/k3TzXDwTUKT,
http://www.playvid.com/watch/bqc5dqx-KFH, http://www.playvid.com/watch/QFCO4woHAl5, http://www.playvid.com/watch/NONn3jM9PZQ,
http://www.playvid.com/watch/m2OyqmTFuy9, http://www.playvid.com/watch/TCisu36pj5S, http://www.playvid.com/watch/XZtexiHzvdw,
http://www.playvid.com/watch/ZhaeP-MPrmg, http://www.playvid.com/watch/aKvRM6omhkf, http://www.playvid.com/watch/vzv6M-Bnqmq,
http://www.playvid.com/watch/qQVU2AZLMQY, http://www.playvid.com/watch/vajws-mhKPm, http://www.playvid.com/watch/YAihoI8B5VM,
http://www.playvid.com/watch/YuZFV3ngklG, http://www.playvid.com/watch/oxu62cDLJAo, http://www.playvid.com/watch/aDfbTLruHZF,
http://www.playvid.com/watch/flhNzyQM0ZR, http://www.playvid.com/watch/oQRv8ar7QhG, http://www.playvid.com/watch/Mz8BDZvhuQu,
http://www.playvid.com/watch/ADmO0tXGxxu, http://www.playvid.com/watch/ePdJwPfXZf7, http://www.playvid.com/watch/EYjKAIb0tdg,
http://www.playvid.com/watch/QLzYS5bXv00, http://www.playvid.com/watch/YEbWimXZMDd, http://www.playvid.com/watch/d0B9R8b8djR,
http://www.playvid.com/watch/eIpyHXapyrX, http://www.playvid.com/watch/2MFDGTT3BXF, http://www.playvid.com/watch/pMoAOjwCJKK,
http://www.playvid.com/watch/wrIzxkD8xe9, http://www.playvid.com/watch/sMK0mcWnCMY, http://www.playvid.com/watch/WoHL0wSbmoA,
http://www.playvid.com/watch/sRi0INnmTme, http://www.playvid.com/watch/uMSvW2o3ii-, http://www.playvid.com/watch/y7rkNZL8YJA,
http://www.playvid.com/watch/r5HiuSvwT4F, http://www.playvid.com/watch/Cii7Ff0D4Ag, http://www.playvid.com/watch/eWqFnnpkG-D,
http://www.playvid.com/watch/DmilsPShoWb, http://www.playvid.com/watch/dNmvyFXomsI, http://www.playvid.com/watch/PGSNHXls49P,
http://www.playvid.com/watch/D9Az2LvJN0l, http://www.playvid.com/watch/fp86KV7nPlF, http://www.playvid.com/watch/vfTVSCTYK2-,
http://www.playvid.com/watch/iaUPfw6kc6q, http://www.playvid.com/watch/7G3vt3BldPw, http://www.playvid.com/watch/7vxhuW82Yx-,
http://www.playvid.com/watch/qhsSIpl6sYA, http://www.playvid.com/watch/-0PBFUy92zw, http://www.playvid.com/watch/4DQLrmvEkk-,
http://www.playvid.com/watch/0DqONhdipnG, http://www.playvid.com/watch/SYXh68yvYtO, http://www.playvid.com/watch/y8menRGrEaB,
http://www.playvid.com/watch/RipKosDpn82, http://www.playvid.com/watch/GiXxeuUXyq0, http://www.playvid.com/watch/df9leMNi-bi,
http://www.playvid.com/watch/3zEe6loNecz, http://www.playvid.com/watch/mjqybcWTpSJ, http://www.playvid.com/watch/LEIPhX27wpA,
http://www.playvid.com/watch/Y7QS3tiE28X, http://www.playvid.com/watch/exy4vk2bJgU, http://www.playvid.com/watch/0wPPsym0tOL,
http://www.playvid.com/watch/5tdbOBTNlmE, http://www.playvid.com/watch/5ES7efBH8GN, http://www.playvid.com/watch/v4mehsmmpF7,
http://www.playvid.com/watch/FhsW46cJ5W3, http://www.playvid.com/watch/SGUqmk2mfzd, http://www.playvid.com/watch/iyC8yfgZr80,
http://www.playvid.com/watch/sWJQ-75VNFM, http://www.playvid.com/watch/zmIxzrnKwQd, http://www.playvid.com/watch/dyS4B4Uf0AI,
http://www.playvid.com/watch/VvtFY4dl0W8
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: LimoTon
5.b. Uploader's email address: limoton8@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/LimoTon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/75zLE4zCkyd, http://www.playvid.com/watch/lEx8558Ck7a,
http://www.playvid.com/watch/OgYcw2iQxZF, http://www.playvid.com/watch/I66fhNmGMAh, http://www.playvid.com/watch/qC998qNhMMM,

http://www.playvid.com/watch/dp5V03dv8Hs, http://www.playvid.com/watch/G4qhQbNOAME, http://www.playvid.com/watch/r5LOTKB02Zg,
http://www.playvid.com/watch/wraXgKRbRhv, http://www.playvid.com/watch/LdBTAwMwGGg, http://www.playvid.com/watch/SFa7qLbBlCu,
http://www.playvid.com/watch/FXkAFzQwCvN, http://www.playvid.com/watch/EHXWfeC37Ph, http://www.playvid.com/watch/s4YmjozupME,
http://www.playvid.com/watch/cxA78WLU-Rm, http://www.playvid.com/watch/bUYefklkkAt, http://www.playvid.com/watch/bs8po78vbbN,
http://www.playvid.com/watch/nJzCk57Ym2P, http://www.playvid.com/watch/EW6UH3mFsS4, http://www.playvid.com/watch/RLMrafxT5kS,
http://www.playvid.com/watch/BTjdU2SuznJ, http://www.playvid.com/watch/wl3xnVVpprq, http://www.playvid.com/watch/gKWGd0ExFsC,
http://www.playvid.com/watch/76xqu7-ySpg, http://www.playvid.com/watch/MHXvL-zpFzS, http://www.playvid.com/watch/q8EgU2Rbpas,
http://www.playvid.com/watch/lR9tjZjn6dP, http://www.playvid.com/watch/oERmTzp5nYr, http://www.playvid.com/watch/z2WqfFKrxlv,
http://www.playvid.com/watch/d2YAo5Y9q-v, http://www.playvid.com/watch/zIsVs8PbLHA, http://www.playvid.com/watch/iri3vswakq3,
http://www.playvid.com/watch/eW4ScW-u4Eq, http://www.playvid.com/watch/5xk-uDzjrSq, http://www.playvid.com/watch/jn4dmlDlxql,
http://www.playvid.com/watch/7tzxnAM5Zjo, http://www.playvid.com/watch/IV4EwJP9vx2, http://www.playvid.com/watch/DAUpxJ7kLlX,
http://www.playvid.com/watch/7ajhn0SICwL, http://www.playvid.com/watch/VOxRQsN8kC4, http://www.playvid.com/watch/qrlWWkynmF-,
http://www.playvid.com/watch/AcyVPPGNrg9, http://www.playvid.com/watch/zqsEXFnQZVw, http://www.playvid.com/watch/k9gfcWBXT0G,
http://www.playvid.com/watch/bYOLKdVuXJp, http://www.playvid.com/watch/EncwRdrNrPp, http://www.playvid.com/watch/0SmIqNI3cya,
http://www.playvid.com/watch/0PoR7ahJhOg, http://www.playvid.com/watch/3WRLtCKQTOR, http://www.playvid.com/watch/JTjCPA7ZnpG,
http://www.playvid.com/watch/Kt5pjety5mh, http://www.playvid.com/watch/td-f2DU6LW6, http://www.playvid.com/watch/xAFFwXaVujK,
http://www.playvid.com/watch/kTO2Uw8vwa5, http://www.playvid.com/watch/Gbe7u2aVLZg, http://www.playvid.com/watch/57riqR9FQzV,
http://www.playvid.com/watch/nX2odxzGWaF, http://www.playvid.com/watch/S3k6oOFFMim, http://www.playvid.com/watch/BrS3T8-9x05,
http://www.playvid.com/watch/e2EUhV4DWzO, http://www.playvid.com/watch/fmNh2WSmiZ9, http://www.playvid.com/watch/jplRcEp5Fsk,
http://www.playvid.com/watch/3rydwtBC8Hj, http://www.playvid.com/watch/2CctP5bYD8c, http://www.playvid.com/watch/W7jZoo4QYSz,
http://www.playvid.com/watch/883HZL2LGi2, http://www.playvid.com/watch/8wLmuO3H2ZL, http://www.playvid.com/watch/xN9qOYAtZXN,
http://www.playvid.com/watch/Xw0MxcDuWqU, http://www.playvid.com/watch/TWf6JAPn42J, http://www.playvid.com/watch/TAT2QVBoMYG,
http://www.playvid.com/watch/ZZKwXJ5K6uh, http://www.playvid.com/watch/ZxSQAeU2LEl, http://www.playvid.com/watch/aE6FeXo87YH,
http://www.playvid.com/watch/qMZMITTzE8z, http://www.playvid.com/watch/an6TSwR3Egs, http://www.playvid.com/watch/kKcLodN2SE9,
http://www.playvid.com/watch/dcjrRWDOMPV, http://www.playvid.com/watch/IuK4EW6eBo3, http://www.playvid.com/watch/OcLDjifPTy5,
http://www.playvid.com/watch/HNXP2KmPYJr, http://www.playvid.com/watch/dbgzw999j33, http://www.playvid.com/watch/PzJTBPiZqOO,
http://www.playvid.com/watch/akLRq6BASI5, http://www.playvid.com/watch/5oZvgFDoLWj, http://www.playvid.com/watch/9HslT3Cf3-C,
http://www.playvid.com/watch/j9NVwkh7Ke0, http://www.playvid.com/watch/s9KPMvWLnVl, http://www.playvid.com/watch/x2c6jDhPtGF,
http://www.playvid.com/watch/Pq4MyOTJ3ld, http://www.playvid.com/watch/mh7mzfRg2lo, http://www.playvid.com/watch/b7vLkn38-Mw,
http://www.playvid.com/watch/WVhUJbBfEFk, http://www.playvid.com/watch/VGwg4GgPraC, http://www.playvid.com/watch/FeMEXBsB-AK,
http://www.playvid.com/watch/EJjIXBXHtxO, http://www.playvid.com/watch/iNjZ-Rx3CLw, http://www.playvid.com/watch/vgmoUrwP5ci,
http://www.playvid.com/watch/9ahZCqRYbYD, http://www.playvid.com/watch/pOpGmzH8358, http://www.playvid.com/watch/8D9pYoeHbnN,
http://www.playvid.com/watch/D02kMOgBxxu, http://www.playvid.com/watch/q6S9wa45uEx, http://www.playvid.com/watch/FWh5azXVhMI,
http://www.playvid.com/watch/4gBokFZjv7a, http://www.playvid.com/watch/uT7byHyzvoI, http://www.playvid.com/watch/qFE2P-TDu-p,
http://www.playvid.com/watch/xJHvridupY5, http://www.playvid.com/watch/s4oihKc4Deu, http://www.playvid.com/watch/J2BJzNPfLTi,
http://www.playvid.com/watch/NgxLQLvjBn5, http://www.playvid.com/watch/5lZCsFIf3SN, http://www.playvid.com/watch/fMerA2z-3gA,
http://www.playvid.com/watch/FHQNl6li8Jn, http://www.playvid.com/watch/xRSnMFwDCy5, http://www.playvid.com/watch/MU7Br02L4iD,
http://www.playvid.com/watch/NsElfXx7I7M, http://www.playvid.com/watch/h3NxT3CWAzd, http://www.playvid.com/watch/vlBeJylnhew,
http://www.playvid.com/watch/JAk5bJoTTjY, http://www.playvid.com/watch/-wac28HJm6M, http://www.playvid.com/watch/BNVJ-aSrbnl,
http://www.playvid.com/watch/dOVqVDyN7Px, http://www.playvid.com/watch/GmQYTnBSWlE, http://www.playvid.com/watch/ldFhYlkmCmR,
http://www.playvid.com/watch/nAfRMO8gp6l, http://www.playvid.com/watch/mHQw-K95RzD, http://www.playvid.com/watch/UIJGI7d9HXS,
http://www.playvid.com/watch/Jl5YItqjubB, http://www.playvid.com/watch/upPUBBjrHVF, http://www.playvid.com/watch/KWVUsPzoi9o,
http://www.playvid.com/watch/sCSaCyrEDNy, http://www.playvid.com/watch/vWlow6irCY3, http://www.playvid.com/watch/XCZQY9pOlGs,
http://www.playvid.com/watch/RoRPQLZm3J-, http://www.playvid.com/watch/pmmjrs-BQfT, http://www.playvid.com/watch/jTqJ0OkiO9B,
http://www.playvid.com/watch/LFQm6rmZ0zy, http://www.playvid.com/watch/EB0d44xd2gz, http://www.playvid.com/watch/WhRmA-C0sqg,
http://www.playvid.com/watch/8PXCZSI9nht, http://www.playvid.com/watch/2-xtw62IvWG, http://www.playvid.com/watch/o8hHxCcTAJw,
http://www.playvid.com/watch/roO5m9V9MG4, http://www.playvid.com/watch/qvc8gLRXT-i, http://www.playvid.com/watch/jvo2RguRxTb,
http://www.playvid.com/watch/Ala423xHq5D, http://www.playvid.com/watch/q07sfsNsZ2a, http://www.playvid.com/watch/sgobijv243E,
http://www.playvid.com/watch/DqIXrP82VNC, http://www.playvid.com/watch/qzBPRQaLYCe, http://www.playvid.com/watch/blu7ntUVA9D,
http://www.playvid.com/watch/CuhvXX3rjYr, http://www.playvid.com/watch/3e67RZDnQEU, http://www.playvid.com/watch/U-PGq9cIepc,
http://www.playvid.com/watch/tFb5G87lGbQ, http://www.playvid.com/watch/bKJgUSVzgab, http://www.playvid.com/watch/09DqjVBj0g8,
http://www.playvid.com/watch/QEiLlSR3NP2, http://www.playvid.com/watch/cOWoC0ENdJx, http://www.playvid.com/watch/ANEjw07YrPV,
http://www.playvid.com/watch/6BFYOc78UKQ, http://www.playvid.com/watch/TxH9JuL9CaS, http://www.playvid.com/watch/IXLoWr5XEbE,
http://www.playvid.com/watch/J5B8Haoh7mX, http://www.playvid.com/watch/PeX4OUiKpeB, http://www.playvid.com/watch/5hGWVzEgpeA,
http://www.playvid.com/watch/6GRLdGHRJia, http://www.playvid.com/watch/zknNlqWrdNU, http://www.playvid.com/watch/xH2iEo0LmuW,
http://www.playvid.com/watch/w-xnR3KKc36, http://www.playvid.com/watch/8h4cVU80-Yu, http://www.playvid.com/watch/d4A78Y5eeF5,
http://www.playvid.com/watch/tDp6aVLoVNX, http://www.playvid.com/watch/yC-P9suVOK3, http://www.playvid.com/watch/AiPUSSTZfLm,
http://www.playvid.com/watch/p4KzRdQsdej, http://www.playvid.com/watch/WB9YMrJmXC-, http://www.playvid.com/watch/v5Vl39S4mUO,
http://www.playvid.com/watch/JYUYuiduRyN, http://www.playvid.com/watch/QkuoSeG2WqZ, http://www.playvid.com/watch/q2CK9hXmxUS,
http://www.playvid.com/watch/SeYP-gvbey5, http://www.playvid.com/watch/lia4BDlg4J-, http://www.playvid.com/watch/EemiCeXYtOO,
http://www.playvid.com/watch/FF8qF5XESHe, http://www.playvid.com/watch/3iUmiVrf4gA, http://www.playvid.com/watch/gaqGpdAuk3m,
http://www.playvid.com/watch/xq7NBCGgXxP, http://www.playvid.com/watch/9ZOgHN4XlRv, http://www.playvid.com/watch/9E0JJ5iYccw,
http://www.playvid.com/watch/pzd9oVZTjc9, http://www.playvid.com/watch/CEwqKRsKGY0, http://www.playvid.com/watch/-6kzGXetW2E,
http://www.playvid.com/watch/yThFgqgPxX6, http://www.playvid.com/watch/PhFoMct1zji, http://www.playvid.com/watch/Ovx8YQSiJmh,
http://www.playvid.com/watch/qyrG37FnCql, http://www.playvid.com/watch/yXkJTAJjkhX, http://www.playvid.com/watch/SR0tIMPm8BQ,
http://www.playvid.com/watch/0nUT2voXS2d, http://www.playvid.com/watch/M-iJmES-XUH, http://www.playvid.com/watch/6YVWQOjX-Vk,
http://www.playvid.com/watch/K7ghYptUm96, http://www.playvid.com/watch/KzDgsgltCR4, http://www.playvid.com/watch/ex0Q4qbFaFg,
http://www.playvid.com/watch/Hll4jom65Ak, http://www.playvid.com/watch/QULB7Bbm9dZ, http://www.playvid.com/watch/ogZgqIOctzT,
http://www.playvid.com/watch/vqxmk9ZiVKI, http://www.playvid.com/watch/bkHtfmya4FV, http://www.playvid.com/watch/WCYkdtFFVg5,
http://www.playvid.com/watch/-Q58hQxRsIj, http://www.playvid.com/watch/q9WcZXTKtfo, http://www.playvid.com/watch/qqVeE-YxhyB,
http://www.playvid.com/watch/if4jH9mKH0e, http://www.playvid.com/watch/rniJITGsAHw, http://www.playvid.com/watch/UlrfOwaDW4I,
http://www.playvid.com/watch/doB3zIosXai, http://www.playvid.com/watch/phgSlrDbvv0, http://www.playvid.com/watch/H3ZEezL0OW-,
http://www.playvid.com/watch/d8hZ-hDqEXw, http://www.playvid.com/watch/SpvQmuqgyBe, http://www.playvid.com/watch/tdtf8itJsbC,
http://www.playvid.com/watch/zNBLKKl-brU, http://www.playvid.com/watch/rhNr4TZPNop, http://www.playvid.com/watch/yaoqQDn46cz,
http://www.playvid.com/watch/pOgMfdIUwln, http://www.playvid.com/watch/Cz9TOavfo6s, http://www.playvid.com/watch/PrWwZ67ztpz,
http://www.playvid.com/watch/9bViVzu9blN, http://www.playvid.com/watch/NCJGIl5kXff, http://www.playvid.com/watch/y3-Jr3AijPR,
http://www.playvid.com/watch/hDQ6nVkNh7P, http://www.playvid.com/watch/m3odxoX1Fqr, http://www.playvid.com/watch/JmyqRZZ0B06,
http://www.playvid.com/watch/5kiUPZ3Nv1c, http://www.playvid.com/watch/z-EedHfeecZ, http://www.playvid.com/watch/kIXlDmTBWqg,
http://www.playvid.com/watch/53uQNlMP6tN, http://www.playvid.com/watch/4uQNS2rJeOa, http://www.playvid.com/watch/fja4NwdS-qI,
http://www.playvid.com/watch/H7IIRV129r8, http://www.playvid.com/watch/LbdW7Tkcs9V, http://www.playvid.com/watch/mfCf94hxa-g,
http://www.playvid.com/watch/C9wYv9YfGlG, http://www.playvid.com/watch/lTQ06YlA3Q8, http://www.playvid.com/watch/oBxJMZ9Xv4s,
http://www.playvid.com/watch/3CCkrn646qj, http://www.playvid.com/watch/KVYBk4-hfFP, http://www.playvid.com/watch/qLCwe8txg1t,
http://www.playvid.com/watch/XG7yD14RN9a, http://www.playvid.com/watch/KPxbkK0lxHh, http://www.playvid.com/watch/kIA5HUBHAXJ,
http://www.playvid.com/watch/q5zEUzdmyF8, http://www.playvid.com/watch/6ZeuHi5cd8Y, http://www.playvid.com/watch/KERE3hQOaL-,
http://www.playvid.com/watch/eLD7taPThL2, http://www.playvid.com/watch/kezYZeB8MuN, http://www.playvid.com/watch/tj7AY5tui2g,
http://www.playvid.com/watch/p7Mf5PiSVF9, http://www.playvid.com/watch/2tyXIBFforu, http://www.playvid.com/watch/uofBYj3WnSA,
http://www.playvid.com/watch/shJftIS0GLx, http://www.playvid.com/watch/daYjaf1xe-h, http://www.playvid.com/watch/EQtRrhYIoUy,
http://www.playvid.com/watch/aGN7B8Q2s43, http://www.playvid.com/watch/qCLnrF3tQd0, http://www.playvid.com/watch/uaeJ1XG2gU1,
http://www.playvid.com/watch/uKi576Rs6ei, http://www.playvid.com/watch/PMejIoWzKTl, http://www.playvid.com/watch/57kYlEPum03,
http://www.playvid.com/watch/PSviIL94P1Y, http://www.playvid.com/watch/8tZ3rncJsVK, http://www.playvid.com/watch/UI3fCcMPuZQ,
http://www.playvid.com/watch/iT0iquajFRh, http://www.playvid.com/watch/gwJ1I4kT1FW, http://www.playvid.com/watch/naUTHnSOQD0,
http://www.playvid.com/watch/GnbxKb1c40Y, http://www.playvid.com/watch/mehlJSyTvkO, http://www.playvid.com/watch/iul3ufVVgbF,
http://www.playvid.com/watch/tnhcP8U-8Ld, http://www.playvid.com/watch/Gho0uThAxVk, http://www.playvid.com/watch/URSWz3fITEc,
http://www.playvid.com/watch/SgeKrKRPx-N, http://www.playvid.com/watch/-aWiR0LsIzv, http://www.playvid.com/watch/rl8hJEh49M3,
http://www.playvid.com/watch/rz37AmIM5Le, http://www.playvid.com/watch/Puulz_dJZRF, http://www.playvid.com/watch/Sg2qHAF8moM,
http://www.playvid.com/watch/nYM6-0kM0v3, http://www.playvid.com/watch/e2w2C4lx2ri, http://www.playvid.com/watch/ohA6KfDPxzW,

http://www.playvid.com/watch/A8FjgQ7h5lV, http://www.playvid.com/watch/l1W8PjHSxgx, http://www.playvid.com/watch/IAHWMdwlOKq, http://www.playvid.com/watch/FuJGFAcQfxm, http://www.playvid.com/watch/8wKMCKsLC_S, http://www.playvid.com/watch/roa5jYkhv9n, http://www.playvid.com/watch/sk6lCrE_Evw, http://www.playvid.com/watch/NIhWG56vCHx, http://www.playvid.com/watch/iQIVOY8-OnB
5.f. Date of third notice: 2013-12-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lincoln
5.b. Uploader's email address: loraxweeto@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/lincoln
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sKIfTpH6ygX, http://www.playvid.com/watch/V7CkObSZZsN, http://www.playvid.com/watch/QQvShj898w7, http://www.playvid.com/watch/k794NfiroLb, http://www.playvid.com/watch/YF34JEoHLxh, http://www.playvid.com/watch/i7nZwKKQeoN, http://www.playvid.com/watch/vpGkz4Mn88a, http://www.playvid.com/watch/n5vcETOBunA, http://www.playvid.com/watch/eLVw-SUeIoq, http://www.playvid.com/watch/0OI8ZMuDDF2, http://www.playvid.com/watch/YNJY7GWW6DI, http://www.playvid.com/watch/ktU4qMcbGlV, http://www.playvid.com/watch/c4gjfFE6ucA, http://www.playvid.com/watch/4uv6E0oJFV7, http://www.playvid.com/watch/qBnCL9WMY5m, http://www.playvid.com/watch/OyYb5HcG8Th, http://www.playvid.com/watch/OQQqx0rHCpD, http://www.playvid.com/watch/PtJOU8IqMfD, http://www.playvid.com/watch/eeILdSBjlHl, http://www.playvid.com/watch/JbxNPaT9JNi, http://www.playvid.com/watch/Gqa8nEv2bZ8, http://www.playvid.com/watch/0KESCtMoczk, http://www.playvid.com/watch/iFEPr3ytlG8, http://www.playvid.com/watch/eV-dLO7jhA3, http://www.playvid.com/watch/QcPznYqNcjB, http://www.playvid.com/watch/MVLeTxrPdeR, http://www.playvid.com/watch/UzolYcSDDmr, http://www.playvid.com/watch/sD7M3KcUGD2, http://www.playvid.com/watch/MAknp9t8eND, http://www.playvid.com/watch/TJ55ArQlUDh, http://www.playvid.com/watch/asFQwculzOA, http://www.playvid.com/watch/aytkza-CHAj, http://www.playvid.com/watch/PNCO0OTXkjy, http://www.playvid.com/watch/tfwaZKJKidp, http://www.playvid.com/watch/PmpmDUwlgtM, http://www.playvid.com/watch/vscPO2VCOuR, http://www.playvid.com/watch/pGlQvKBKfjR, http://www.playvid.com/watch/rLPH0qTXoDj, http://www.playvid.com/watch/ER7RzVogPPg, http://www.playvid.com/watch/ePNPfsshhyJ, http://www.playvid.com/watch/oLH9J-NTLor, http://www.playvid.com/watch/We7dWlKOh8U, http://www.playvid.com/watch/Mvfs376ysCN, http://www.playvid.com/watch/fIp3JeANOSU, http://www.playvid.com/watch/HVr9lbLDGkz, http://www.playvid.com/watch/X2mdS42tbc4, http://www.playvid.com/watch/ctgQOpFsAcb, http://www.playvid.com/watch/PiRtqvvxvMk, http://www.playvid.com/watch/CiucrsYBxGy, http://www.playvid.com/watch/xHmnRm5wQfq, http://www.playvid.com/watch/YCFAkLlT8sS, http://www.playvid.com/watch/Ty5DL4x722v, http://www.playvid.com/watch/--GV0vnCKr2, http://www.playvid.com/watch/TSJe8ve8Uz4, http://www.playvid.com/watch/pxiQIyPRKMj, http://www.playvid.com/watch/RgcbGIX-Y-z, http://www.playvid.com/watch/9xbONBZztyL, http://www.playvid.com/watch/EawLelI8xuy, http://www.playvid.com/watch/AD7xx4DdeVX, http://www.playvid.com/watch/-m8CxFSgmoD, http://www.playvid.com/watch/nIZFcsPMIvo, http://www.playvid.com/watch/RizS0dDcTZt, http://www.playvid.com/watch/gAm9EN4DYMx, http://www.playvid.com/watch/TSMNy07dwbL, http://www.playvid.com/watch/vWeJH0mgz9z, http://www.playvid.com/watch/JvUcpKQK7sQ, http://www.playvid.com/watch/mAYu0nteLqR, http://www.playvid.com/watch/ZW33fr74fK2, http://www.playvid.com/watch/vzIOeDKH8w8, http://www.playvid.com/watch/tOlFzLeCXJP, http://www.playvid.com/watch/bKMukRoyAu4, http://www.playvid.com/watch/vk9SoIRKrpd, http://www.playvid.com/watch/bVZMDuPFbIo, http://www.playvid.com/watch/folqlGA7HpC, http://www.playvid.com/watch/OEsHZOvce3y, http://www.playvid.com/watch/8IoQZqaUMt2, http://www.playvid.com/watch/j8RAVryZTqb, http://www.playvid.com/watch/6gJqcOS9YiT, http://www.playvid.com/watch/AvdrWSDt-7j, http://www.playvid.com/watch/ydUOYvHtGJA, http://www.playvid.com/watch/27-aPGLQgZ6, http://www.playvid.com/watch/m3EHO-O4dgf, http://www.playvid.com/watch/JZ4deJh46Jk, http://www.playvid.com/watch/0YnnNLY65Dh, http://www.playvid.com/watch/vid-dehQ9Px, http://www.playvid.com/watch/wJz79goBWux, http://www.playvid.com/watch/wsTsU6V-jpa, http://www.playvid.com/watch/yfRwdMvtKsz, http://www.playvid.com/watch/BYhjl4bMfjX, http://www.playvid.com/watch/SShYDXzq07I, http://www.playvid.com/watch/cGL8FawaE8J, http://www.playvid.com/watch/MFsS8w4ly95, http://www.playvid.com/watch/NuFxm3JIacy, http://www.playvid.com/watch/tfKsOOKGekf, http://www.playvid.com/watch/BXTgsu83IdD, http://www.playvid.com/watch/fRnEctAMFzV, http://www.playvid.com/watch/5EITyjcBXEJ, http://www.playvid.com/watch/Y0KXJrvtPka, http://www.playvid.com/watch/UBrHSJQEB0a, http://www.playvid.com/watch/mrkryCEhPYJ, http://www.playvid.com/watch/SfFTNfMYm0o, http://www.playvid.com/watch/qwTCFwgOJth, http://www.playvid.com/watch/iN2A0fq7Mhg, http://www.playvid.com/watch/Cewq0jcaKsE, http://www.playvid.com/watch/H3zDB8ZQYU-, http://www.playvid.com/watch/4pPtVMghp2N, http://www.playvid.com/watch/2KdKFf-RFoP, http://www.playvid.com/watch/MU-cTaUINuA, http://www.playvid.com/watch/k28mdAOmY6r, http://www.playvid.com/watch/o4F3PyhnKmp, http://www.playvid.com/watch/xkXgPo27AWt, http://www.playvid.com/watch/G8wDHCstO9T, http://www.playvid.com/watch/rQMMvUBQ3ax, http://www.playvid.com/watch/kjDpmlciqQw, http://www.playvid.com/watch/lADJSfIHmYL, http://www.playvid.com/watch/AA0HQEhIIZ8, http://www.playvid.com/watch/AOaSjfY5XTw, http://www.playvid.com/watch/iyQSvMoDiNx, http://www.playvid.com/watch/Xiscv6fvAH7, http://www.playvid.com/watch/BuNntEmTgRy, http://www.playvid.com/watch/9nWmvHOdnDc, http://www.playvid.com/watch/mjSy3qJ9mwo, http://www.playvid.com/watch/vZKNnZWxcwE, http://www.playvid.com/watch/8kz5pePPZkg, http://www.playvid.com/watch/7CL-gBpqQ6E, http://www.playvid.com/watch/gWFfeQUxfta, http://www.playvid.com/watch/eEloIvDmTtl, http://www.playvid.com/watch/rAsIGxEZqlO, http://www.playvid.com/watch/cN3QOUtjJjr, http://www.playvid.com/watch/ugC5YDDbbWd, http://www.playvid.com/watch/pb9HhpHspfe, http://www.playvid.com/watch/ejSR2yqkuQC, http://www.playvid.com/watch/2fDTIa4zKwW, http://www.playvid.com/watch/TPJBf9o34sK, http://www.playvid.com/watch/oTaSCVEjwbW, http://www.playvid.com/watch/KLM-uuJSltf, http://www.playvid.com/watch/aAOFDpP0TV-, http://www.playvid.com/watch/gtVrHgeh7kX, http://www.playvid.com/watch/yJRHvk3Iiic, http://www.playvid.com/watch/l8blf54BCeT, http://www.playvid.com/watch/d4qbni3srXk, http://www.playvid.com/watch/TllkElRXpQM, http://www.playvid.com/watch/qLj5lhjUBoH, http://www.playvid.com/watch/rVdB22l-bAy, http://www.playvid.com/watch/8RUIcRTqtVo, http://www.playvid.com/watch/AHqSjuHBFTZ, http://www.playvid.com/watch/ZqQI5p-Y492, http://www.playvid.com/watch/Dtz8qbBnITh, http://www.playvid.com/watch/HADxhNEXRjk, http://www.playvid.com/watch/QDlLkUCzhJb, http://www.playvid.com/watch/9RHSyExwCDz, http://www.playvid.com/watch/MafWBNHFqm-, http://www.playvid.com/watch/XuWH0b36Mcr, http://www.playvid.com/watch/4veb4xuhBY5, http://www.playvid.com/watch/HBQuESJOZsf, http://www.playvid.com/watch/9YWidq5hNmr, http://www.playvid.com/watch/TTc6bGvZbBN, http://www.playvid.com/watch/bNmI00WBqrq, http://www.playvid.com/watch/4arE5S9mbFT, http://www.playvid.com/watch/ZapR5TdsMoo, http://www.playvid.com/watch/RcFVnlHMZxh, http://www.playvid.com/watch/dnCHh3Vsf6S, http://www.playvid.com/watch/pFQhrZC6kZq, http://www.playvid.com/watch/DqBXkMwKVqp, http://www.playvid.com/watch/G-MpUHLwbWf, http://www.playvid.com/watch/Cx4k85uyi65, http://www.playvid.com/watch/mh-MG-shRsq, http://www.playvid.com/watch/UyLEfNqB7eE, http://www.playvid.com/watch/GumZjFVDWLH, http://www.playvid.com/watch/UU73zNBtg8c, http://www.playvid.com/watch/cFSWH4rqbd4, http://www.playvid.com/watch/eB83vstUI8V, http://www.playvid.com/watch/bBmLlK0SPJO, http://www.playvid.com/watch/-u5rrSNexxu, http://www.playvid.com/watch/BGnz7CxmWpu, http://www.playvid.com/watch/TS5Ye-RHIb7, http://www.playvid.com/watch/eaaaYoTIuSK, http://www.playvid.com/watch/jN7ixxi0nfS, http://www.playvid.com/watch/9r88aSvrEjz, http://www.playvid.com/watch/m5rI9R-Ix5B, http://www.playvid.com/watch/p7XJCELSeFF, http://www.playvid.com/watch/jNaidYZ53jN, http://www.playvid.com/watch/F0gbzezPdr4, http://www.playvid.com/watch/OOYnrhyY5bN, http://www.playvid.com/watch/UN-kKKA2lCH, http://www.playvid.com/watch/ZdTcJDDeJSy, http://www.playvid.com/watch/iA7yevDBXDg, http://www.playvid.com/watch/8F5IEHtjBZB, http://www.playvid.com/watch/WKpRV5IC05e, http://www.playvid.com/watch/YIpRaTgKbEs, http://www.playvid.com/watch/RMwEr3hALTn, http://www.playvid.com/watch/qwFh0cJhTsW, http://www.playvid.com/watch/cjASL0TVe2c, http://www.playvid.com/watch/gtVyhHuZ4go, http://www.playvid.com/watch/zqW0yjjihrl, http://www.playvid.com/watch/YzoD2oAXXtl, http://www.playvid.com/watch/T0bqSyBp2Ef, http://www.playvid.com/watch/W8TcL6Q-vdY, http://www.playvid.com/watch/dryw3GjGU0k, http://www.playvid.com/watch/slqSsLoTLri, http://www.playvid.com/watch/4hmkX6yjgJK, http://www.playvid.com/watch/D0LytJB6fi7, http://www.playvid.com/watch/riBWQ5gZjUR, http://www.playvid.com/watch/7r9Lkz7bEbQ, http://www.playvid.com/watch/-c4SdUqiuRG, http://www.playvid.com/watch/OZW4YDvo8Fy, http://www.playvid.com/watch/2R2OaRnGa7b, http://www.playvid.com/watch/SgQfaNPN3L4, http://www.playvid.com/watch/4HW2eVwRKsb, http://www.playvid.com/watch/i5qnB9vyfDD, http://www.playvid.com/watch/jvJYKi2xnk6, http://www.playvid.com/watch/t7PT4lyjdXX, http://www.playvid.com/watch/ViFCFv8nT4J, http://www.playvid.com/watch/QxgaDcj38NV, http://www.playvid.com/watch/cg3TYr0Z2rH, http://www.playvid.com/watch/oQNQSaI2q4S, http://www.playvid.com/watch/E5BaWqAHbI8, http://www.playvid.com/watch/0RdFWnA3ir8, http://www.playvid.com/watch/YvEjrQJw9pM, http://www.playvid.com/watch/eaqo6hsjTkm, http://www.playvid.com/watch/WiSB0zrr7FR, http://www.playvid.com/watch/X0-BAsCafR4, http://www.playvid.com/watch/UrhLRJhQsoT, http://www.playvid.com/watch/moeNfi52qJZ, http://www.playvid.com/watch/SzjPAw3PFNw, http://www.playvid.com/watch/vnzJS-Jmakz, http://www.playvid.com/watch/tgi6UjtvpLl, http://www.playvid.com/watch/sbmvQS2wIDX, http://www.playvid.com/watch/ulybRUXPqHJ, http://www.playvid.com/watch/uXXdyBcCU9C, http://www.playvid.com/watch/N3r0Yel9dgP, http://www.playvid.com/watch/MxMvSzfR4tn, http://www.playvid.com/watch/DKvD2rmTMm9, http://www.playvid.com/watch/gC6uLMtLsAO, http://www.playvid.com/watch/L4Oe6XJl8lK, http://www.playvid.com/watch/DbiVFlYtOU9, http://www.playvid.com/watch/S46hEAgO8Dq, http://www.playvid.com/watch/slW3npZKhuf, http://www.playvid.com/watch/qAIKsmjKbwc, http://www.playvid.com/watch/atVdS8SN-9K, http://www.playvid.com/watch/-8dVismxweT, http://www.playvid.com/watch/lICg84WIM9D, http://www.playvid.com/watch/7XMDgemjb3-, http://www.playvid.com/watch/b3Lg7JAV83Z, http://www.playvid.com/watch/8zhUksT3ZHu, http://www.playvid.com/watch/2R6nXAyJqIN, http://www.playvid.com/watch/b7pYv-oKNYF, http://www.playvid.com/watch/FfxLAT6nMgA, http://www.playvid.com/watch/IA3n4x7NDhj, http://www.playvid.com/watch/MK9UrHmF9Z-, http://www.playvid.com/watch/vvC8YErYUFK, http://www.playvid.com/watch/kR4RvSPGnsY, http://www.playvid.com/watch/xoAgmEJCPFv, http://www.playvid.com/watch/EpLOXPIY9FM, http://www.playvid.com/watch/VBlEB0f2jXg, http://www.playvid.com/watch/XMjbDKu8OJo, http://www.playvid.com/watch/65w5f23L7M6, http://www.playvid.com/watch/oO3xpL8M4KP, http://www.playvid.com/watch/U5rD9rCwsaU, http://www.playvid.com/watch/S9iC9BnCc-A,

http://www.playvid.com/watch/D7Pzhxx7qKH, http://www.playvid.com/watch/wtsz2XZZsOX, http://www.playvid.com/watch/q0-Z7OAa8Ng,
http://www.playvid.com/watch/0MxdetAK6IB, http://www.playvid.com/watch/mrSaRsi4nTy, http://www.playvid.com/watch/CmeZ7FiNapj,
http://www.playvid.com/watch/KtWauYPgFH0, http://www.playvid.com/watch/YsOhVAALJHB, http://www.playvid.com/watch/F9PMtP4Z0ZZ,
http://www.playvid.com/watch/C5BJTYDbi4i, http://www.playvid.com/watch/kDRKoFD5jWh, http://www.playvid.com/watch/FbAxZKDNWRr,
http://www.playvid.com/watch/8SZL23IEBpd, http://www.playvid.com/watch/9u2x7ZtarcL, http://www.playvid.com/watch/9cLjjTgv4kl,
http://www.playvid.com/watch/rl9-uEdYiR5, http://www.playvid.com/watch/ZHEUKIFkArk, http://www.playvid.com/watch/rn7al3CAajX,
http://www.playvid.com/watch/n8Fo9dy6mjP, http://www.playvid.com/watch/37Sr2lxQgXU, http://www.playvid.com/watch/l0d6j0JgND7,
http://www.playvid.com/watch/rMkLM5wT0lj, http://www.playvid.com/watch/SUXpqa5lIRC, http://www.playvid.com/watch/mO8QWGbCvIy,
http://www.playvid.com/watch/AWl8s3nMYeQ, http://www.playvid.com/watch/BLHQMfFTRwT, http://www.playvid.com/watch/UmHpNpGJqbC,
http://www.playvid.com/watch/dLVF6XiFCEx, http://www.playvid.com/watch/6rS0kzVomTU, http://www.playvid.com/watch/YddjnFdUyDV,
http://www.playvid.com/watch/jzInGUz64Po, http://www.playvid.com/watch/HrdvlwraDNY, http://www.playvid.com/watch/zFB3LO9uR0W,
http://www.playvid.com/watch/XczgAzoqUU2, http://www.playvid.com/watch/D5fGq3wZlpD, http://www.playvid.com/watch/nXO4BxFzAo9,
http://www.playvid.com/watch/PdPHjrBpLLU, http://www.playvid.com/watch/5sGJOv4egts, http://www.playvid.com/watch/TFVd47jhqbc,
http://www.playvid.com/watch/vaTg9LS9ReX, http://www.playvid.com/watch/sI-XoaxOODn, http://www.playvid.com/watch/ZNG3pMtE56k,
http://www.playvid.com/watch/rcHvoYScEaP, http://www.playvid.com/watch/p93LU3KqGwl, http://www.playvid.com/watch/ptWOclUrBJt,
http://www.playvid.com/watch/HnxnuVT5AJE, http://www.playvid.com/watch/E9q2dp45-Nw, http://www.playvid.com/watch/MUhMKJKr2fe,
http://www.playvid.com/watch/IxT-tqH0IuS, http://www.playvid.com/watch/QFMOZj3KPR9, http://www.playvid.com/watch/QupiXiHmQAZ,
http://www.playvid.com/watch/dHH05S-yxsm, http://www.playvid.com/watch/HoVPMwERMIP, http://www.playvid.com/watch/Pqa4CBuqSUc,
http://www.playvid.com/watch/EZ92xNZLdF2, http://www.playvid.com/watch/CkQC44MojSR, http://www.playvid.com/watch/MyfLryDEPNy,
http://www.playvid.com/watch/XBhkt34pGIk, http://www.playvid.com/watch/lY7vf69XFK9, http://www.playvid.com/watch/O9U3hXYYLnl,
http://www.playvid.com/watch/tJUY83bW5Ks, http://www.playvid.com/watch/KngChzv9uGY, http://www.playvid.com/watch/SsWWDx7btOG,
http://www.playvid.com/watch/25cU0jQAhv4, http://www.playvid.com/watch/OfMW7nNtrO6, http://www.playvid.com/watch/PqqvHRkiJD4,
http://www.playvid.com/watch/ajkHPgmIJZo, http://www.playvid.com/watch/tAE9UHGxFDF, http://www.playvid.com/watch/sXv0nzca4ie,
http://www.playvid.com/watch/lX76GXGq7wq, http://www.playvid.com/watch/Dbr2wdYHzPb, http://www.playvid.com/watch/X8UgYwFDX9O,
http://www.playvid.com/watch/qJUUHrY70pM, http://www.playvid.com/watch/dCeJUWKM3BE, http://www.playvid.com/watch/rl-OXjbOPU-,
http://www.playvid.com/watch/kPrjPJe5QDO, http://www.playvid.com/watch/9ndgN-f6R2y, http://www.playvid.com/watch/aYkgqPXWn4G,
http://www.playvid.com/watch/F8W9mbgjQcz, http://www.playvid.com/watch/-bCN0SLGpRa, http://www.playvid.com/watch/SYc7YG3SpD6,
http://www.playvid.com/watch/KFPO-XkQJu5, http://www.playvid.com/watch/h9LbocApjPT, http://www.playvid.com/watch/E7NXAKspvzs,
http://www.playvid.com/watch/cKw48F3xTJN, http://www.playvid.com/watch/qeiBO-pGtKY, http://www.playvid.com/watch/5K5WNusb2F7,
http://www.playvid.com/watch/iChqz0Yh6jG, http://www.playvid.com/watch/9yCqhyGGAtO, http://www.playvid.com/watch/yjhZwZ9Zfkt,
http://www.playvid.com/watch/HED4MMk7bdm, http://www.playvid.com/watch/hA4GBVRF3aD, http://www.playvid.com/watch/rUgH3uXGi5l
5.f. Date of third notice: 2013-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: liontaylortay
5.b. Uploader's email address: liontaylortay@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/liontaylortay
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YF3BAkTFAPc, http://www.playvid.com/watch/e96P-ibJLKz,
http://www.playvid.com/watch/7vTB7LcFCHO, http://www.playvid.com/watch/UWqKlhl7PJI, http://www.playvid.com/watch/ZPpWJH3vEe-,
http://www.playvid.com/watch/tpXSaR4bBVC, http://www.playvid.com/watch/c4yoFKq4o9A, http://www.playvid.com/watch/Hpn-fnluNHk,
http://www.playvid.com/watch/cvOGeA4JSDc, http://www.playvid.com/watch/wEfWaifBW3o, http://www.playvid.com/watch/Woi85IqaGR9,
http://www.playvid.com/watch/9T2Y7J3OasW, http://www.playvid.com/watch/V6V2wV2YYAn, http://www.playvid.com/watch/JUOLYue8S63,
http://www.playvid.com/watch/RUq6wBSODfN, http://www.playvid.com/watch/BrBwpjPZz3u, http://www.playvid.com/watch/fWSh6JEGQ9y,
http://www.playvid.com/watch/ligZPWr9N42, http://www.playvid.com/watch/5Qx4m3-IhUB, http://www.playvid.com/watch/sOcXwW8vEaR,
http://www.playvid.com/watch/EuarUaukIBp, http://www.playvid.com/watch/IfysN64BYHx, http://www.playvid.com/watch/YTQtFdarcbn,
http://www.playvid.com/watch/8ND2LY98eEu, http://www.playvid.com/watch/xr28PRz7qBg, http://www.playvid.com/watch/0bKZtTVZ62P,
http://www.playvid.com/watch/i6uyeqv84Wn, http://www.playvid.com/watch/ZODLDRbWLVF, http://www.playvid.com/watch/QBHeFt4KvOn,
http://www.playvid.com/watch/qvnNPZ7Xgcr, http://www.playvid.com/watch/Z5s6XYQsG9x, http://www.playvid.com/watch/lUd22a2qiwe,
http://www.playvid.com/watch/jX6aTxDWaas, http://www.playvid.com/watch/Z53eXAgcxf0, http://www.playvid.com/watch/qEpsaQw8CKo,
http://www.playvid.com/watch/96izVMyEBJu, http://www.playvid.com/watch/L9TeCMUduYl, http://www.playvid.com/watch/ogl4jwHmy9J,
http://www.playvid.com/watch/nLc6Ywkb-PQ, http://www.playvid.com/watch/5DwLgKQe8gn, http://www.playvid.com/watch/soXMUeRoe6y,
http://www.playvid.com/watch/RnIH9GWpUxS, http://www.playvid.com/watch/BqtGYO4UAts, http://www.playvid.com/watch/flVjluTsmty,
http://www.playvid.com/watch/D4zJRDktBtE, http://www.playvid.com/watch/WWBMrhEMkIM, http://www.playvid.com/watch/OSN4skIx9Gc,
http://www.playvid.com/watch/iSAbXvMCw-7, http://www.playvid.com/watch/32qIhzP2Nfk, http://www.playvid.com/watch/s3Oz23gzeh8,
http://www.playvid.com/watch/f4Lt0TWs4rg, http://www.playvid.com/watch/5p7hpqXScek, http://www.playvid.com/watch/GXVUvg30YbZ,
http://www.playvid.com/watch/767R-JIY7Pw, http://www.playvid.com/watch/tJiFBdJAADh, http://www.playvid.com/watch/fjOb0Lkaxi3,
http://www.playvid.com/watch/iJDTcbYDd8y, http://www.playvid.com/watch/CvDE-uRIekg, http://www.playvid.com/watch/Rbn9EfG3BT4,
http://www.playvid.com/watch/QUnMFE-qQTF, http://www.playvid.com/watch/sPODLpoBQLw, http://www.playvid.com/watch/NBDe8xiQTCQ,
http://www.playvid.com/watch/jss7cgmnSJx, http://www.playvid.com/watch/MrDuEiNGdlu, http://www.playvid.com/watch/JaGxca5EzGz,
http://www.playvid.com/watch/OAoPs-MzaY5, http://www.playvid.com/watch/xAwT8mYGXvY, http://www.playvid.com/watch/OnOcdCwfmQS,
http://www.playvid.com/watch/dmmwI96YmM3, http://www.playvid.com/watch/xvDOQAHCNRq, http://www.playvid.com/watch/hmi-hlfSvEZ,
http://www.playvid.com/watch/-am6EhVWgkP, http://www.playvid.com/watch/X2QsXxlEAcP, http://www.playvid.com/watch/pP5ywLAm7uT,
http://www.playvid.com/watch/Ibhig6lq5xV, http://www.playvid.com/watch/X0zdL9vGCJz, http://www.playvid.com/watch/eastzSsf33n,
http://www.playvid.com/watch/DZexxB9NCf0, http://www.playvid.com/watch/sb0OuaVYqIk, http://www.playvid.com/watch/nbWXJRUVRTx,
http://www.playvid.com/watch/frMU3DxMBY3, http://www.playvid.com/watch/K3C0lE2pSOE, http://www.playvid.com/watch/cxQqNsw9bCN,
http://www.playvid.com/watch/4CLUTaaA5Vw, http://www.playvid.com/watch/WV-niL6jAai, http://www.playvid.com/watch/ZHPnormGLLB,
http://www.playvid.com/watch/55guFdmrwAh, http://www.playvid.com/watch/jfN5p-p7iSQ, http://www.playvid.com/watch/ulHwjr08Xgr,
http://www.playvid.com/watch/lDV6KrmQFuO, http://www.playvid.com/watch/LH55tWG3XEY, http://www.playvid.com/watch/8bpDFMFf-Gk,
http://www.playvid.com/watch/pLlzDt5jDlO, http://www.playvid.com/watch/xzydoeAMyiP, http://www.playvid.com/watch/74KIsfa2AgV,
http://www.playvid.com/watch/wyISOhhkStl, http://www.playvid.com/watch/-h8NqrhqtRv, http://www.playvid.com/watch/pMqlTFnf-5t,
http://www.playvid.com/watch/lgw77IF-PPe, http://www.playvid.com/watch/ICrfoH0LqSU, http://www.playvid.com/watch/Ke9WkRhOGxu,
http://www.playvid.com/watch/vTIjau0wzAJ, http://www.playvid.com/watch/PMTBEHp6VYa, http://www.playvid.com/watch/uRAXINxREx0,
http://www.playvid.com/watch/trWP4757wpW, http://www.playvid.com/watch/EBt3yrzk9As, http://www.playvid.com/watch/zGvDeOpy6vG,
http://www.playvid.com/watch/XNoKnAdSKuc, http://www.playvid.com/watch/BVRcm4-HNDx, http://www.playvid.com/watch/HuAIMkgkBfE,
http://www.playvid.com/watch/SBR2r8bjEgm, http://www.playvid.com/watch/ipquORi-fya, http://www.playvid.com/watch/30LIHtLTqHB,
http://www.playvid.com/watch/tVU57bgWtCk, http://www.playvid.com/watch/XIIBPdgOmXw, http://www.playvid.com/watch/gLGoIDxWg2j,
http://www.playvid.com/watch/uXGRajKVkyN, http://www.playvid.com/watch/X8IWpm6Vnzn, http://www.playvid.com/watch/bzLUm4OEaqc,
http://www.playvid.com/watch/B2or94H7W4Q, http://www.playvid.com/watch/iPpuhPFpv0n, http://www.playvid.com/watch/qX-QHkr3PiL,
http://www.playvid.com/watch/qZeNEGz8v9z, http://www.playvid.com/watch/Dzvj6ZKuTRs, http://www.playvid.com/watch/AmCVM29SCMX,
http://www.playvid.com/watch/9gnRDv2oAlY, http://www.playvid.com/watch/8cnwNL7VdGt, http://www.playvid.com/watch/cqRTH4Ea-ne,
http://www.playvid.com/watch/YAWE50DZJv7, http://www.playvid.com/watch/RZ4-mWLElhZ, http://www.playvid.com/watch/PlumKCFrCuY,
http://www.playvid.com/watch/RyfrVcbGBIi, http://www.playvid.com/watch/KgeebMb-Zvd, http://www.playvid.com/watch/u6b7D9vkm3q,
http://www.playvid.com/watch/b7K3vSsDufO, http://www.playvid.com/watch/QciApjN4l54, http://www.playvid.com/watch/Pm4szi7nDYg,
http://www.playvid.com/watch/-xmcl89BvIk, http://www.playvid.com/watch/OLnLMsbJmgY, http://www.playvid.com/watch/ZRwtpCvreC7,
http://www.playvid.com/watch/xPgvcXHY7lw, http://www.playvid.com/watch/lgOBjev6q30, http://www.playvid.com/watch/GAq2Wgn3nHH
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Littlebadger
5.b. Uploader's email address: littlebadger@blueyonder.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/Littlebadger
5.e. List of videos posted by uploader: http://www.playvid.com/watch/WF22tvos1MT, http://www.playvid.com/watch/JX57tDNE7go,
http://www.playvid.com/watch/yBgdUXOn-mF, http://www.playvid.com/watch/n9dU3GHa5UC, http://www.playvid.com/watch/X4O256yP0Tm,
http://www.playvid.com/watch/mwYlZB8E5vO, http://www.playvid.com/watch/DSLzfdseH1x, http://www.playvid.com/watch/P2bsh3lIike,
http://www.playvid.com/watch/3uLQdFGNEBs, http://www.playvid.com/watch/sm6W6WwmFXi, http://www.playvid.com/watch/Q2FkFSaL57-,
http://www.playvid.com/watch/oIq3rbjFUFJ, http://www.playvid.com/watch/Yqs7AvFdM6m, http://www.playvid.com/watch/bhnnyrDKVum,

http://www.playvid.com/watch/Zj6m7tVGXEu, http://www.playvid.com/watch/2V7R7WMogOO, http://www.playvid.com/watch/IIRDRqRC5fj,
http://www.playvid.com/watch/ZTn2s74ee3a, http://www.playvid.com/watch/-XmEdDFS7Jt, http://www.playvid.com/watch/hbVQefCwUJd,
http://www.playvid.com/watch/wKfjGK1xoze, http://www.playvid.com/watch/qp3KqBy1pHu, http://www.playvid.com/watch/iQ02YLHB6CT,
http://www.playvid.com/watch/7hitVa6TQ4C, http://www.playvid.com/watch/jlwqU1iqWFy, http://www.playvid.com/watch/92pKyd2oJaY,
http://www.playvid.com/watch/8WC9dpFAEFo, http://www.playvid.com/watch/bVS7ERfetr1, http://www.playvid.com/watch/BXl72YY28Y3,
http://www.playvid.com/watch/mvH9T6pScMt, http://www.playvid.com/watch/HEEABxJvN7i, http://www.playvid.com/watch/ysAFUCPfPut,
http://www.playvid.com/watch/TiHae4m2NAk, http://www.playvid.com/watch/NJsCuP38eu7, http://www.playvid.com/watch/4CyrfatLe0V,
http://www.playvid.com/watch/oAWuzKm9986, http://www.playvid.com/watch/kA7SLbIklY-, http://www.playvid.com/watch/XvRC7BncGyU,
http://www.playvid.com/watch/TAVO5aD3A3o, http://www.playvid.com/watch/2JWx3RgqNz3, http://www.playvid.com/watch/ZBhCU3hY6u3,
http://www.playvid.com/watch/8Ksc1APDp-g, http://www.playvid.com/watch/66VNLbeI7SU, http://www.playvid.com/watch/nIGpmVwE9AA,
http://www.playvid.com/watch/C7WY8UWeePW, http://www.playvid.com/watch/0JL9-6qGi29, http://www.playvid.com/watch/MLEBX1xItvM,
http://www.playvid.com/watch/M7wQVuWHRGi, http://www.playvid.com/watch/qflDyBpUi-W, http://www.playvid.com/watch/JrbXULQH2xE,
http://www.playvid.com/watch/UsgFzN2eBTA, http://www.playvid.com/watch/bLxtKhX4J5g, http://www.playvid.com/watch/erur66ELlpN,
http://www.playvid.com/watch/7MlwP-kvFmf, http://www.playvid.com/watch/xacU9kEb9bk, http://www.playvid.com/watch/45YiZY5rC7p,
http://www.playvid.com/watch/Roczlt_SXea, http://www.playvid.com/watch/esbvoFPEoYQ, http://www.playvid.com/watch/vlvz4yGtoRJ,
http://www.playvid.com/watch/Lo2_zPGxiaQ, http://www.playvid.com/watch/D-kTaTFxoWA, http://www.playvid.com/watch/WuHNMLLzVVg,
http://www.playvid.com/watch/2_0tyWZvV8L, http://www.playvid.com/watch/nTpSI28nWxT, http://www.playvid.com/watch/rqZNQRw6eGU,
http://www.playvid.com/watch/fJjrLcYFVG2, http://www.playvid.com/watch/DTiFJsFP_5s, http://www.playvid.com/watch/TWvCrreDvpY,
http://www.playvid.com/watch/ifoVIuo-P1Y, http://www.playvid.com/watch/OvZZybRPmPD, http://www.playvid.com/watch/0DyJKwhNkSy,
http://www.playvid.com/watch/reyGdeBcPUE, http://www.playvid.com/watch/RCpZlo5VsLY, http://www.playvid.com/watch/r7MMlMOkVGO,
http://www.playvid.com/watch/AhAiTd1wdvq, http://www.playvid.com/watch/OdWMERKJ1Vy, http://www.playvid.com/watch/nsUaswZx0D8,
http://www.playvid.com/watch/KUr16Q0hUts, http://www.playvid.com/watch/6l1xaFj5UnX, http://www.playvid.com/watch/pAfjg8-pQKp,
http://www.playvid.com/watch/IEBWEx6qDIO, http://www.playvid.com/watch/pvUfIl-1GtE, http://www.playvid.com/watch/DnIrRIJX01J,
http://www.playvid.com/watch/FePkpvyf_Gl, http://www.playvid.com/watch/TGwW1r8_TAI, http://www.playvid.com/watch/nm2yFEtoXxd,
http://www.playvid.com/watch/A_5zQ3a_2Dt, http://www.playvid.com/watch/Hr897tjdcuA, http://www.playvid.com/watch/BRA3WJsPXxd,
http://www.playvid.com/watch/If8yYDilHJB, http://www.playvid.com/watch/pSriNy_NP-V, http://www.playvid.com/watch/ZxlNCzB-HIl,
http://www.playvid.com/watch/UMLxWvKlS1v, http://www.playvid.com/watch/mK0nyem0PPR, http://www.playvid.com/watch/3pEa99r0F1P,
http://www.playvid.com/watch/qUzp9GBmP_X, http://www.playvid.com/watch/Q2KlbT7i5Ua, http://www.playvid.com/watch/C2zGfNsplpY,
http://www.playvid.com/watch/G40-4EgqnBO, http://www.playvid.com/watch/bFER1BXsv5U, http://www.playvid.com/watch/CQ-0JHPYh5y,
http://www.playvid.com/watch/I-lf_QcwJjS, http://www.playvid.com/watch/9fEOZ3n0kg4, http://www.playvid.com/watch/On4-ihymYqx,
http://www.playvid.com/watch/yviWfZf9LLt, http://www.playvid.com/watch/sDoh-GQmhar, http://www.playvid.com/watch/z396HtwigJR,
http://www.playvid.com/watch/NKZYBeGgxnm, http://www.playvid.com/watch/cgsq5YkWacd, http://www.playvid.com/watch/Bir4OovJzvU,
http://www.playvid.com/watch/9rMMquvVE-n, http://www.playvid.com/watch/ajLWUO3OWXg, http://www.playvid.com/watch/f6SJ87x9KON,
http://www.playvid.com/watch/v8gyG8rbr1p, http://www.playvid.com/watch/mmcNI8ao5Jn, http://www.playvid.com/watch/3FJXmLg7uai,
http://www.playvid.com/watch/8uOVd-svZ87, http://www.playvid.com/watch/aaCyyCfSKWg, http://www.playvid.com/watch/kjMrGtscXyN,
http://www.playvid.com/watch/QhpYIy3uh6J, http://www.playvid.com/watch/G2tS6hBqd9D, http://www.playvid.com/watch/vqXL2MsopGm,
http://www.playvid.com/watch/C-DrWXCTj1c, http://www.playvid.com/watch/3VatMZDDzA4, http://www.playvid.com/watch/ww8Doww0Nyx,
http://www.playvid.com/watch/ridjYTvWnfa, http://www.playvid.com/watch/MRY9na6QffG, http://www.playvid.com/watch/mTOvVfQ7S_T,
http://www.playvid.com/watch/p8GSf1fl1F7, http://www.playvid.com/watch/hZmdX0cTUvx, http://www.playvid.com/watch/xF7NA-i8F-P,
http://www.playvid.com/watch/jGDylZ76QaF, http://www.playvid.com/watch/bhNJ-TTooc4, http://www.playvid.com/watch/vwckLs28rD5,
http://www.playvid.com/watch/WDqbZ7Ef-4H, http://www.playvid.com/watch/IlGbQ_J-Q0b, http://www.playvid.com/watch/G0NwOdhEqXY,
http://www.playvid.com/watch/IFH4tdNfK0h, http://www.playvid.com/watch/Rgqbj3gUSo6, http://www.playvid.com/watch/DokJxeToMVv,
http://www.playvid.com/watch/Qgt36BpEEe8, http://www.playvid.com/watch/pYySXUNm5sD, http://www.playvid.com/watch/ElpK4ElN1t7,
http://www.playvid.com/watch/T-6Nw7yKDmG, http://www.playvid.com/watch/ML2hD5qk3Ub, http://www.playvid.com/watch/6blP3WP3FQL,
http://www.playvid.com/watch/i2NTZPAQBBf, http://www.playvid.com/watch/Of7ka7nDXxU, http://www.playvid.com/watch/VzebI-w-Gn8,
http://www.playvid.com/watch/i6vwm0H8Add, http://www.playvid.com/watch/2lrahsSSg5V, http://www.playvid.com/watch/w7HgPcDd-ph,
http://www.playvid.com/watch/i5UPprsdXEL, http://www.playvid.com/watch/zdcIw5KBX5B, http://www.playvid.com/watch/rRioV7d56QJ,
http://www.playvid.com/watch/7xkIyDqHGVb, http://www.playvid.com/watch/PDAeT4pZ7Xk, http://www.playvid.com/watch/L41_2tcMcYg,
http://www.playvid.com/watch/cO_bHGfbqHL, http://www.playvid.com/watch/KnAflbKcMYn, http://www.playvid.com/watch/Y0ZT4fEnmoO,
http://www.playvid.com/watch/tcmcAQUOmhR, http://www.playvid.com/watch/LqWSbQbgmEA, http://www.playvid.com/watch/mAK2X9oiL2y,
http://www.playvid.com/watch/eQpRAvpcZIN, http://www.playvid.com/watch/jHlKOXYbFgz, http://www.playvid.com/watch/8Yh_f-tu-zQ,
http://www.playvid.com/watch/vXRHu35cAwB, http://www.playvid.com/watch/0lTPAH81UeK, http://www.playvid.com/watch/4U5thsz6amW,
http://www.playvid.com/watch/wCMhj9dDe0b, http://www.playvid.com/watch/M2I0J3T0i-x, http://www.playvid.com/watch/2wbRkyYIe2r,
http://www.playvid.com/watch/QQUaxs1GHio, http://www.playvid.com/watch/pSSsS2IqLYk, http://www.playvid.com/watch/K15xdLGr6hJ,
http://www.playvid.com/watch/g0DnyfRlpPj, http://www.playvid.com/watch/MY17YOz-pbC, http://www.playvid.com/watch/B6bTyBMkmFR,
http://www.playvid.com/watch/S9T7FiyHQBo, http://www.playvid.com/watch/3kUsjbm4CmT, http://www.playvid.com/watch/eLs2FzzL7OH,
http://www.playvid.com/watch/0NF-BMnYExp, http://www.playvid.com/watch/3VbSCYwYbBc, http://www.playvid.com/watch/qrrU-lkJA9h,
http://www.playvid.com/watch/9x18xN2A7Cj, http://www.playvid.com/watch/hrSyfoCdNrj, http://www.playvid.com/watch/vsRwkVk_qBt,
http://www.playvid.com/watch/WEPxspLtZlh, http://www.playvid.com/watch/lGjw-g2-TrM, http://www.playvid.com/watch/hJJnL9tUUV4,
http://www.playvid.com/watch/S296wefiSOO, http://www.playvid.com/watch/qWCeoasplJZ, http://www.playvid.com/watch/V0e9AwyiX3T,
http://www.playvid.com/watch/p1PmzF0yE-r, http://www.playvid.com/watch/nAMsu90PG-Q, http://www.playvid.com/watch/Ndfw77ySYnx,
http://www.playvid.com/watch/hZX7ro7Pubn, http://www.playvid.com/watch/6xogJtnJhf0, http://www.playvid.com/watch/4734miyGy84,
http://www.playvid.com/watch/TN5qUifmssN, http://www.playvid.com/watch/IasKe1bu1lb, http://www.playvid.com/watch/h7eDrZnJT9k,
http://www.playvid.com/watch/szieFf1RrRB, http://www.playvid.com/watch/hG8xF7qr8Fp, http://www.playvid.com/watch/RbN9DLIvma5,
http://www.playvid.com/watch/jX02q545D_B, http://www.playvid.com/watch/ruCG4wiuzgi, http://www.playvid.com/watch/5aaWDlCTrXP,
http://www.playvid.com/watch/cm4Ua0fSN7m, http://www.playvid.com/watch/swhntDZoKzT, http://www.playvid.com/watch/nTGwcVliKZh,
http://www.playvid.com/watch/QYOKc9I5KLe, http://www.playvid.com/watch/SlkesoMXC1D, http://www.playvid.com/watch/PqwkWHpWwjI,
http://www.playvid.com/watch/AVL0Kk2k7aP, http://www.playvid.com/watch/U0MLRWr-DDk, http://www.playvid.com/watch/iIck2EoE3dc,
http://www.playvid.com/watch/Die1duFroeq, http://www.playvid.com/watch/vxdZSjtb5xb, http://www.playvid.com/watch/z7KmpOCERyE,
http://www.playvid.com/watch/nBV2Ih2vhnU, http://www.playvid.com/watch/JeW46bYKnaq, http://www.playvid.com/watch/lEO1QWJi_8m,
http://www.playvid.com/watch/rrXUdhPON0o, http://www.playvid.com/watch/RW7BvhVFdHA, http://www.playvid.com/watch/wGayPXz5y6h,
http://www.playvid.com/watch/SjbzrSjbwKl, http://www.playvid.com/watch/DwXBB9wNpCw, http://www.playvid.com/watch/3PHuytxXZuu,
http://www.playvid.com/watch/bnIJfTAjHAQ, http://www.playvid.com/watch/ddxYxe9WRR4, http://www.playvid.com/watch/keH104Ah-aZ,
http://www.playvid.com/watch/Wjsd-CwjHek, http://www.playvid.com/watch/8w8oYRdydCt, http://www.playvid.com/watch/DN0o_inLIiF,
http://www.playvid.com/watch/4stn5oIIns2, http://www.playvid.com/watch/Vx_phFduMfk, http://www.playvid.com/watch/hWTQAJS8mlX,
http://www.playvid.com/watch/2g5qwA4B-if, http://www.playvid.com/watch/zRKD359zvHx, http://www.playvid.com/watch/Cpe02pGaztD,
http://www.playvid.com/watch/zBd1JVrebAb, http://www.playvid.com/watch/QWPmGds3iH8, http://www.playvid.com/watch/4xC_V3DlZS2,
http://www.playvid.com/watch/SaC3jhFNzaA, http://www.playvid.com/watch/daG97vQUhpm, http://www.playvid.com/watch/qCx8fLy3O52,
http://www.playvid.com/watch/5gNZAeKo6Kd, http://www.playvid.com/watch/xmVwSdG3N9L, http://www.playvid.com/watch/KzcsL0VQjfw,
http://www.playvid.com/watch/Jyo8dXjup_4, http://www.playvid.com/watch/5wcGoZtPEez, http://www.playvid.com/watch/GGLBJ5KMtp2,
http://www.playvid.com/watch/OrxJrN5fQpf, http://www.playvid.com/watch/DXZC8YLnfb2, http://www.playvid.com/watch/pnp-ul3BlgU,
http://www.playvid.com/watch/3tlm3GHBwNE, http://www.playvid.com/watch/xIA2gxnbPJ8, http://www.playvid.com/watch/uA9b7J42GDM,
http://www.playvid.com/watch/WWv-Z1sQQTY, http://www.playvid.com/watch/qn_uJpxspCR, http://www.playvid.com/watch/okW3C2PaSGA,
http://www.playvid.com/watch/xfcKuICYQK8, http://www.playvid.com/watch/ZfhIq6GzEif, http://www.playvid.com/watch/oYgcAk_3lxa,
http://www.playvid.com/watch/KXi0G4a7r5s, http://www.playvid.com/watch/tQrDQ6yupkc, http://www.playvid.com/watch/LN6SudPROfZ,
http://www.playvid.com/watch/AME6agZCFVZ, http://www.playvid.com/watch/MdKUxYson7O, http://www.playvid.com/watch/2jeu_7-toQK,
http://www.playvid.com/watch/LTxbpBnuCcz, http://www.playvid.com/watch/UsEq9mtUVVQ, http://www.playvid.com/watch/nVe_6WY6cIP,
http://www.playvid.com/watch/XGqVuoIHLQv, http://www.playvid.com/watch/mqSCCeO7PQA, http://www.playvid.com/watch/mv9nxuGTxbI,
http://www.playvid.com/watch/nQ4vH7pL-5l, http://www.playvid.com/watch/PkHuT6l147E, http://www.playvid.com/watch/d14TRTJrzSc,
http://www.playvid.com/watch/C153R3s4Pac, http://www.playvid.com/watch/uKTPkgxlrTY, http://www.playvid.com/watch/uhUtdzl5CLm,
http://www.playvid.com/watch/aqoqqjUtWRI, http://www.playvid.com/watch/6mjwz0Y8fZ8, http://www.playvid.com/watch/r9T4R7Pu4eK,
http://www.playvid.com/watch/EnENW7YPjaP, http://www.playvid.com/watch/m7gXpImRZkV, http://www.playvid.com/watch/Kls9FqhVqed,
http://www.playvid.com/watch/GsQ_dNqtadj, http://www.playvid.com/watch/0wSr02C0L-n, http://www.playvid.com/watch/iZTmQW_W_zF,
http://www.playvid.com/watch/SqqdilbTmU3, http://www.playvid.com/watch/fLqFPwzhBKF, http://www.playvid.com/watch/d1ck0k9GQ1A,
http://www.playvid.com/watch/s-i7OsfHUzu, http://www.playvid.com/watch/F3OcoQ5cWz4, http://www.playvid.com/watch/P1NANkaWPTC,
http://www.playvid.com/watch/7eUfHh-Tn_7, http://www.playvid.com/watch/acTUSRnxqeP, http://www.playvid.com/watch/4PxNmnTUKQx,

http://www.playvid.com/watch/sGnPxD77qq9, http://www.playvid.com/watch/qlUdHrE4zUK, http://www.playvid.com/watch/x6GmXkCVIYD,
http://www.playvid.com/watch/5v6SnWlbklW, http://www.playvid.com/watch/OGMDUylyUkj, http://www.playvid.com/watch/kucoKqMAMED,
http://www.playvid.com/watch/0k77aMpeKfd, http://www.playvid.com/watch/L6kZvhkBWNN, http://www.playvid.com/watch/Ga4iSUOLFnp,
http://www.playvid.com/watch/Zw1t8-KUoBx, http://www.playvid.com/watch/UHItICUR9UN, http://www.playvid.com/watch/CXhq5RcgLIA,
http://www.playvid.com/watch/iQVLjyreJsa, http://www.playvid.com/watch/l1zlnPMPyN0, http://www.playvid.com/watch/iUAASBWMNGo,
http://www.playvid.com/watch/DDj2CIexyWX, http://www.playvid.com/watch/T3RtsfUGWOr, http://www.playvid.com/watch/GfCDWPmWl9X,
http://www.playvid.com/watch/oQTW8q81C5R, http://www.playvid.com/watch/QptSgquws78, http://www.playvid.com/watch/l19QZVbdHEg,
http://www.playvid.com/watch/87f4ayZ_L9n, http://www.playvid.com/watch/WWMxKSVhVD3, http://www.playvid.com/watch/EswrPa5_akn,
http://www.playvid.com/watch/gTmaShKFOHA, http://www.playvid.com/watch/TG8LafZ1lY9, http://www.playvid.com/watch/HUbhQK_2Jd5,
http://www.playvid.com/watch/scmdorKQuR6, http://www.playvid.com/watch/ndr5rGtS8-H, http://www.playvid.com/watch/IhQdSUqEOSA,
http://www.playvid.com/watch/2_GZSzBX8Fn, http://www.playvid.com/watch/zsT9Khjy0nr, http://www.playvid.com/watch/mEW-TE4Tvbu,
http://www.playvid.com/watch/RQ3DtClXSq2, http://www.playvid.com/watch/0i562GYn_JQ, http://www.playvid.com/watch/fXn4KrMMfdt,
http://www.playvid.com/watch/aZb_c-AoMnZ, http://www.playvid.com/watch/WzHxByyt4Re, http://www.playvid.com/watch/2P2X4aZLVN9,
http://www.playvid.com/watch/TwidVPVEEuB, http://www.playvid.com/watch/CpuSQ23Y7p6, http://www.playvid.com/watch/wZ6aluRoieR,
http://www.playvid.com/watch/pMzPJ0SB7Pc, http://www.playvid.com/watch/zlh-RLI0Ftb, http://www.playvid.com/watch/2ZIh6k1oAZA,
http://www.playvid.com/watch/aE6AFdsFSgl, http://www.playvid.com/watch/8VaAcmdjqwt, http://www.playvid.com/watch/TRNvsx96h-6,
http://www.playvid.com/watch/ZvIDufUYKLO, http://www.playvid.com/watch/LuMmNZ_jBuy, http://www.playvid.com/watch/3HlsuwFyDlg,
http://www.playvid.com/watch/pPxtpLLutO5, http://www.playvid.com/watch/lEfycMzjQCe, http://www.playvid.com/watch/ENZZUwUnZ4D,
http://www.playvid.com/watch/tuzx69wwkvd, http://www.playvid.com/watch/yjNUDc5S1uG, http://www.playvid.com/watch/vtajG0Xw-Yr,
http://www.playvid.com/watch/Zw0VBOznrMo, http://www.playvid.com/watch/I-D-rH8W_x3, http://www.playvid.com/watch/hZPAYnd26zQ,
http://www.playvid.com/watch/oJ8wZ6nQD0f, http://www.playvid.com/watch/2a_wcK-RImh, http://www.playvid.com/watch/JjeNEGWDlW4,
http://www.playvid.com/watch/iivMZdYShyK, http://www.playvid.com/watch/9gkLUaXu4mg, http://www.playvid.com/watch/H0Ogxok2jJr,
http://www.playvid.com/watch/WE6nzU0jA6A, http://www.playvid.com/watch/HQaeqlfHYTe, http://www.playvid.com/watch/dFeYAtEQQxq,
http://www.playvid.com/watch/kjnUeZLXRtH, http://www.playvid.com/watch/Wt3hKB9dDfR, http://www.playvid.com/watch/nUapxlXT6N2,
http://www.playvid.com/watch/x2Q7z9R6kWI, http://www.playvid.com/watch/PsQinffwwWv, http://www.playvid.com/watch/g7PTrRPqlzf,
http://www.playvid.com/watch/POZe0HKQGIK, http://www.playvid.com/watch/X0F8FoiIE8D, http://www.playvid.com/watch/pksbt4WimVw,
http://www.playvid.com/watch/8VeR4ALkv-W, http://www.playvid.com/watch/NK9JXBgzHTE, http://www.playvid.com/watch/mGcUhKHmCpf,
http://www.playvid.com/watch/W5X3MJ3FWrl, http://www.playvid.com/watch/imH5-FIQbZ2, http://www.playvid.com/watch/WACsYLtERJ2,
http://www.playvid.com/watch/Yzr8m8djC1P, http://www.playvid.com/watch/esrDh8hceOf, http://www.playvid.com/watch/uV1FkIPupM3,
http://www.playvid.com/watch/N1qmnFEOwT8, http://www.playvid.com/watch/gdWALEjHmey, http://www.playvid.com/watch/d1A_5ivVfUA,
http://www.playvid.com/watch/ZSZrjX1bmn0, http://www.playvid.com/watch/cljTcmexWqu, http://www.playvid.com/watch/pIUjVOGUI6q,
http://www.playvid.com/watch/08GnvfGaV4W, http://www.playvid.com/watch/4S3MtF4cq5F, http://www.playvid.com/watch/wfovUss-lfB,
http://www.playvid.com/watch/RcWB_OOfLFi, http://www.playvid.com/watch/Jz-3qI3wGFo, http://www.playvid.com/watch/ukA6qv2fpod,
http://www.playvid.com/watch/zHE7N55lv1l, http://www.playvid.com/watch/RtFGF8232-Z, http://www.playvid.com/watch/EadRI4FeJQK,
http://www.playvid.com/watch/L0vvHC5Wzx3, http://www.playvid.com/watch/ds3FuNDnRdu, http://www.playvid.com/watch/DqLsHkduHR4,
http://www.playvid.com/watch/9X-M712s_ze, http://www.playvid.com/watch/m9jUtvUYxtj, http://www.playvid.com/watch/zkUZIR-80Ua,
http://www.playvid.com/watch/X2uD1ywfSSH, http://www.playvid.com/watch/gNwnW7RYJZ5, http://www.playvid.com/watch/cSiukWJTg1u,
http://www.playvid.com/watch/JX6NDx5Ooqj, http://www.playvid.com/watch/RdqvqTntDzy, http://www.playvid.com/watch/oKeBODWqWzn,
http://www.playvid.com/watch/7tmBTk7N8hQ, http://www.playvid.com/watch/7iwY8b4LF8v, http://www.playvid.com/watch/9nLC796fTgK,
http://www.playvid.com/watch/QZ7OdV25WzG, http://www.playvid.com/watch/WGTCyNVvOHR, http://www.playvid.com/watch/DYqXdzhv4qU,
http://www.playvid.com/watch/083QAFXXJXo, http://www.playvid.com/watch/lH6yz1nhifr, http://www.playvid.com/watch/iQOsSSOiEqW,
http://www.playvid.com/watch/M85s3QuwT7B, http://www.playvid.com/watch/DP258CiG5oY, http://www.playvid.com/watch/GW48HZVgE8G,
http://www.playvid.com/watch/QHd-iwYmcap, http://www.playvid.com/watch/Yjtlc0WkmHp, http://www.playvid.com/watch/RmLkH2E36gN,
http://www.playvid.com/watch/S9gSU2tVscf, http://www.playvid.com/watch/VaWD9BO1ZEh, http://www.playvid.com/watch/UsWuoKhiMRZ,
http://www.playvid.com/watch/3JNxTM7sAZi, http://www.playvid.com/watch/GqUpnzggvUa, http://www.playvid.com/watch/dHC_5_-a6W6,
http://www.playvid.com/watch/P8KXxF30mIK, http://www.playvid.com/watch/dOxMZrG1YFf, http://www.playvid.com/watch/01-cKC8CzTR,
http://www.playvid.com/watch/utbhRmEzImX, http://www.playvid.com/watch/WV21rPnSFtS, http://www.playvid.com/watch/tX2ZofgKxzY,
http://www.playvid.com/watch/JhbN-WC92RM, http://www.playvid.com/watch/X7kyYIboxZ2, http://www.playvid.com/watch/3qFbzBVxq4f,
http://www.playvid.com/watch/pr3Hr3EVRLs, http://www.playvid.com/watch/PG-gfDKFmRM, http://www.playvid.com/watch/dkz7qGGcdIF,
http://www.playvid.com/watch/eEjbR5DGiQ8, http://www.playvid.com/watch/ivmN1xCr2AS, http://www.playvid.com/watch/nqXyyJ93iFd,
http://www.playvid.com/watch/FU_jvCYlJaQ, http://www.playvid.com/watch/oejwtQjUk7e, http://www.playvid.com/watch/EIOZMuZS4BR,
http://www.playvid.com/watch/di-hBchO5YK, http://www.playvid.com/watch/teXymevrGam, http://www.playvid.com/watch/hbqunL2KBAl,
http://www.playvid.com/watch/Mn-Mm8ydYUE, http://www.playvid.com/watch/G0tlfS8BMr8, http://www.playvid.com/watch/uGwAX5-poB3,
http://www.playvid.com/watch/m23KsfnpIAu, http://www.playvid.com/watch/U__z-5adVVZ, http://www.playvid.com/watch/tcrBOEA1L8z,
http://www.playvid.com/watch/NiFHvzUYF0c, http://www.playvid.com/watch/r6TNXRen-bn, http://www.playvid.com/watch/Rc5tBkZLUaJ,
http://www.playvid.com/watch/CwsRiqo5Gzu, http://www.playvid.com/watch/n2aEAi3Ju_v, http://www.playvid.com/watch/DgOVBZD462H,
http://www.playvid.com/watch/Ujjs-hTEfoQ, http://www.playvid.com/watch/7qn6CoHFuRj, http://www.playvid.com/watch/FFZUXyoCGP6,
http://www.playvid.com/watch/Y1S1vTDvacc, http://www.playvid.com/watch/PaAxQKnIQs9, http://www.playvid.com/watch/5QbS5nzStvL,
http://www.playvid.com/watch/yPKW5chsywp, http://www.playvid.com/watch/A2fEgrT9DMd, http://www.playvid.com/watch/6aVdjde_7pv,
http://www.playvid.com/watch/58aC7dcN_Hw, http://www.playvid.com/watch/aEwQ6-J7Faf, http://www.playvid.com/watch/N-nj2TrawRS,
http://www.playvid.com/watch/lhRakhBLUWa, http://www.playvid.com/watch/QwZZz7X2qFQ, http://www.playvid.com/watch/hKhwpCjG8yS,
http://www.playvid.com/watch/EgLjaWMK0x0, http://www.playvid.com/watch/iP8P-R_0fAC, http://www.playvid.com/watch/T3gkwmtEfl7,
http://www.playvid.com/watch/r5r_yK9U0AA, http://www.playvid.com/watch/ZDZOD1r0j8n, http://www.playvid.com/watch/RRxSh0-2vmr,
http://www.playvid.com/watch/EkOYfuyXzQi, http://www.playvid.com/watch/oJJARdzCxj9, http://www.playvid.com/watch/yORdAkHKcEX,
http://www.playvid.com/watch/wbnq5MQggHx, http://www.playvid.com/watch/pKpzk9e62Of, http://www.playvid.com/watch/57ebC6A9gU5,
http://www.playvid.com/watch/X8Hnx1cQGdd, http://www.playvid.com/watch/4YwrLpfEhpn, http://www.playvid.com/watch/swlVPHU7zEF,
http://www.playvid.com/watch/wK_cPJsTJTM, http://www.playvid.com/watch/DEB2FxCW7yp, http://www.playvid.com/watch/MC9XClrekQ0,
http://www.playvid.com/watch/wNJKgwFxbbv, http://www.playvid.com/watch/aXZ4dGYr06u, http://www.playvid.com/watch/CiNA9H2sRka,
http://www.playvid.com/watch/MTRctZ1EUHJ, http://www.playvid.com/watch/ua5I_dkojoM, http://www.playvid.com/watch/cLLZ1FoPgCa,
http://www.playvid.com/watch/mxMndlE10SB, http://www.playvid.com/watch/Mwi1oyV8nzX, http://www.playvid.com/watch/yR5VA52haQv,
http://www.playvid.com/watch/zkNIlaFqjBH, http://www.playvid.com/watch/lKKQhusXYWb, http://www.playvid.com/watch/aiGp3wyaFVS,
http://www.playvid.com/watch/DDOSKEikg50, http://www.playvid.com/watch/O3-bLyfhUdt, http://www.playvid.com/watch/7Z2Rars6X2l,
http://www.playvid.com/watch/aLfMxXGOWuN, http://www.playvid.com/watch/TuXksr7FCax, http://www.playvid.com/watch/c0_W1rvPubh,
http://www.playvid.com/watch/5uXv0TWHHU4, http://www.playvid.com/watch/fFDnGW5bJer, http://www.playvid.com/watch/T8kNdnNSfoi,
http://www.playvid.com/watch/XtIoc3kC6UI, http://www.playvid.com/watch/gapkuGw73U4, http://www.playvid.com/watch/rcu1UdEhi2m,
http://www.playvid.com/watch/3V015f-vYT0, http://www.playvid.com/watch/MZEGvcTlFlG, http://www.playvid.com/watch/pzjmGwDERu4,
http://www.playvid.com/watch/R-oX44g0s9H, http://www.playvid.com/watch/cq86_Nmxf1d, http://www.playvid.com/watch/sMDXT7_Q3Jf,
http://www.playvid.com/watch/o0BcV3ov1i5, http://www.playvid.com/watch/soKZ9skNi6j, http://www.playvid.com/watch/uk-8Z8nIx_g,
http://www.playvid.com/watch/A7BZ_qNxVEq, http://www.playvid.com/watch/7q6tArIbX87, http://www.playvid.com/watch/VbN9uWM7oV5,
http://www.playvid.com/watch/eicVG6SA-Ji, http://www.playvid.com/watch/mKjj2QXQXLk, http://www.playvid.com/watch/OsdU3-IOqoJ,
http://www.playvid.com/watch/ZYFWQg9pqQk, http://www.playvid.com/watch/QXXAUqLxBFS, http://www.playvid.com/watch/ZATIzAL_vTA,
http://www.playvid.com/watch/2a1UFxiENrx, http://www.playvid.com/watch/Y8lbla2JPuJ, http://www.playvid.com/watch/OBcDfNKm8hI,
http://www.playvid.com/watch/bCyYDfzI7jA, http://www.playvid.com/watch/o4BCc5Eym7y, http://www.playvid.com/watch/u-E50W4dgeA,
http://www.playvid.com/watch/uhWXrLri_eT, http://www.playvid.com/watch/usgDk8kkAc2, http://www.playvid.com/watch/jCG9i4KHi60,
http://www.playvid.com/watch/MBq7KqepbqV, http://www.playvid.com/watch/ACvq8F8JmIP, http://www.playvid.com/watch/tTQUYGlUTQ3,
http://www.playvid.com/watch/myAdQzPF0cH, http://www.playvid.com/watch/QOpjBwFxUx8, http://www.playvid.com/watch/KivY2esyESp,
http://www.playvid.com/watch/ydYa03dBblx, http://www.playvid.com/watch/EfUL6B1cZGD, http://www.playvid.com/watch/9vTy8DhNY_K,
http://www.playvid.com/watch/YoivflfA89h, http://www.playvid.com/watch/9vZt4bMZoOL, http://www.playvid.com/watch/pYk2BE-cDrR,
http://www.playvid.com/watch/0lHvQuOipGZ, http://www.playvid.com/watch/Z1o91i3L4jw, http://www.playvid.com/watch/ijDmItFaEK6,
http://www.playvid.com/watch/ulvDoTuoEY2, http://www.playvid.com/watch/COs4MmdbE3W, http://www.playvid.com/watch/y06g88tGxFR,
http://www.playvid.com/watch/hQC_s6Vr0oG, http://www.playvid.com/watch/xMfF3TYn-FZ, http://www.playvid.com/watch/v5kdXq-gtY7,
http://www.playvid.com/watch/6KINm-EH36U, http://www.playvid.com/watch/Z7m0mpkF0gA, http://www.playvid.com/watch/MEcEujOiJt3,
http://www.playvid.com/watch/eXBXMDGIyNb, http://www.playvid.com/watch/864zellTzZl, http://www.playvid.com/watch/KbgnPpd_Z36,
http://www.playvid.com/watch/lVEpqmfP2j6, http://www.playvid.com/watch/sgappvY-WLk, http://www.playvid.com/watch/q_zy601gS24

5.f. Date of third notice: 2014-09-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: littlebluepill
5.b. Uploader's email address: vp.comp.3.3@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/littlebluepill
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-8-koEzeroH, http://www.playvid.com/watch/SSmkkHEhLHD, http://www.playvid.com/watch/MKiMFO6mYjt, http://www.playvid.com/watch/ac348BAtLbd, http://www.playvid.com/watch/kDaY3m4gEby, http://www.playvid.com/watch/HIyomtEoHGg, http://www.playvid.com/watch/uJvFSWRa67c, http://www.playvid.com/watch/qH9nQjwTdvc, http://www.playvid.com/watch/NxBPCWYZIGf, http://www.playvid.com/watch/STmzikKtYh9
5.f. Date of third notice: 2013-12-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: littlebylittle
5.b. Uploader's email address: augusrmilton@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/littlebylittle
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7t3TwI5Zm5s, http://www.playvid.com/watch/fxuBvxlFwCt, http://www.playvid.com/watch/XLn7rfwrJo6, http://www.playvid.com/watch/xofCNbkv-WI, http://www.playvid.com/watch/GDUqFPZmZhY, http://www.playvid.com/watch/SY2EyDk-haG, http://www.playvid.com/watch/xjqTesz8Stu, http://www.playvid.com/watch/-hrAyf-M2Ow, http://www.playvid.com/watch/kVGtJU2pmvV, http://www.playvid.com/watch/Y7FevY5WrPb, http://www.playvid.com/watch/dHxDvpHum5p, http://www.playvid.com/watch/8fkwpaQRROB, http://www.playvid.com/watch/UWmAnYVQq4u, http://www.playvid.com/watch/Fg97yqu5pfO, http://www.playvid.com/watch/brY54YAO3n8, http://www.playvid.com/watch/dBv7twwMVL0, http://www.playvid.com/watch/9A42Y-wu9jG, http://www.playvid.com/watch/5YpryNGUDdb, http://www.playvid.com/watch/K43glR8KEUU, http://www.playvid.com/watch/O5QZs3vSsSh, http://www.playvid.com/watch/MvdAc2anwi-, http://www.playvid.com/watch/L8QLbCbCGng, http://www.playvid.com/watch/LCEqfvhCOMY, http://www.playvid.com/watch/uZk39YpoyCr, http://www.playvid.com/watch/qoRMt8x7JUQ, http://www.playvid.com/watch/JWRhWYaNzwx, http://www.playvid.com/watch/UCej438HeUu, http://www.playvid.com/watch/UekN75KPWWh, http://www.playvid.com/watch/-KKOatV8CIV, http://www.playvid.com/watch/gEavBVPpMBI, http://www.playvid.com/watch/9F5hnxFuugm, http://www.playvid.com/watch/2p9UqLN58yv, http://www.playvid.com/watch/mWDfovw28VL, http://www.playvid.com/watch/NLhL3Igv0KX, http://www.playvid.com/watch/KPwTYN02rtI, http://www.playvid.com/watch/osyo9veIqFz, http://www.playvid.com/watch/5kHxb8m5RLI, http://www.playvid.com/watch/Xr6GLEEuZmu, http://www.playvid.com/watch/-WPWg7qsm3Z, http://www.playvid.com/watch/6mhJsxhRqGk, http://www.playvid.com/watch/qHifqOzirDf, http://www.playvid.com/watch/d66BLeHFiiW, http://www.playvid.com/watch/0zCyYO3M8WX, http://www.playvid.com/watch/FhRyobpmWgO, http://www.playvid.com/watch/aVFH-fNK06v, http://www.playvid.com/watch/S3wb9cYK-Jh, http://www.playvid.com/watch/QCwpH8y3FUH, http://www.playvid.com/watch/Le-eXn72ZSJ, http://www.playvid.com/watch/Fnp8StIJrei, http://www.playvid.com/watch/F34jEbUwJ0S, http://www.playvid.com/watch/UJerY-2V9Og, http://www.playvid.com/watch/9jYcz8LVUtL, http://www.playvid.com/watch/t2uiEWlh9Iw, http://www.playvid.com/watch/OBv0jeRLEMV, http://www.playvid.com/watch/7Q-spRUnOiA, http://www.playvid.com/watch/NFPANtIhlcU, http://www.playvid.com/watch/ZjxyGoS9KGV, http://www.playvid.com/watch/P8ue60g37nS, http://www.playvid.com/watch/aEb-grLa8X0, http://www.playvid.com/watch/wH3aChySJSX, http://www.playvid.com/watch/X06D4epn067, http://www.playvid.com/watch/jBa2w5FHiIu, http://www.playvid.com/watch/hFZ04N5eiey, http://www.playvid.com/watch/tbyy5sipaVb, http://www.playvid.com/watch/AKbEsZCRg0A, http://www.playvid.com/watch/kXGCL5cpm7b, http://www.playvid.com/watch/qZROr2MuZxl, http://www.playvid.com/watch/NN7PlP3itO8, http://www.playvid.com/watch/xTCUsrJbzv4, http://www.playvid.com/watch/xlfGBIPEf-e, http://www.playvid.com/watch/OLff4BwsW-R, http://www.playvid.com/watch/OlA3EekUrJ3, http://www.playvid.com/watch/O3CJ9QDFUuc, http://www.playvid.com/watch/-gtFVVRZ7qp, http://www.playvid.com/watch/dVhwYmxUDK4, http://www.playvid.com/watch/8tifTU2DWYj, http://www.playvid.com/watch/O5Jiua9i5GI, http://www.playvid.com/watch/D66B0Pbh0sM, http://www.playvid.com/watch/lHD3jXa3WcO, http://www.playvid.com/watch/7yCcFOqpcYe, http://www.playvid.com/watch/zYnSIovcUog, http://www.playvid.com/watch/344CFKU2y-h, http://www.playvid.com/watch/guzeXglOlpR, http://www.playvid.com/watch/g7YuRUFCCED, http://www.playvid.com/watch/jqVyJ04hWrO, http://www.playvid.com/watch/OWp8DndtM5e, http://www.playvid.com/watch/a69e7p2kgEZ, http://www.playvid.com/watch/bCZqWJ0r6IR, http://www.playvid.com/watch/7VCIMApiMzL, http://www.playvid.com/watch/ZUokyK3QuHz, http://www.playvid.com/watch/K2E5P0rDCr0, http://www.playvid.com/watch/feOy-NObvWf, http://www.playvid.com/watch/FVEfzrGhI0J, http://www.playvid.com/watch/OhvAqOPzw5D, http://www.playvid.com/watch/V8OrOizOJt7, http://www.playvid.com/watch/F8MBgRulq3z, http://www.playvid.com/watch/3jVj6sYxyig, http://www.playvid.com/watch/B8N0nSp0RaT, http://www.playvid.com/watch/igMafhGLgKG, http://www.playvid.com/watch/7fTdmvTDeWM, http://www.playvid.com/watch/bTQ3Bqsl7ES, http://www.playvid.com/watch/unroF-ujZ0I, http://www.playvid.com/watch/KdfbggYrOBz, http://www.playvid.com/watch/42rbRv8V2Ip, http://www.playvid.com/watch/4yvrASGTp4j, http://www.playvid.com/watch/cvY73lj5Mlq, http://www.playvid.com/watch/Lot0Vhx6eTl, http://www.playvid.com/watch/VLQufF8mUIS, http://www.playvid.com/watch/0znK-wfqvcA, http://www.playvid.com/watch/4hlofGGBLTj, http://www.playvid.com/watch/2U2at5tYsSd, http://www.playvid.com/watch/tPIkGM8byuC, http://www.playvid.com/watch/bi97FR9BZke, http://www.playvid.com/watch/pdHEh2o-KTb, http://www.playvid.com/watch/BCOxaIflyNG, http://www.playvid.com/watch/IG8oDDxqxJI, http://www.playvid.com/watch/bhTb6pqyktI, http://www.playvid.com/watch/Jjap3PQVigW, http://www.playvid.com/watch/ctwp6jt64PT, http://www.playvid.com/watch/pYA7il9TX6j, http://www.playvid.com/watch/ObXncBkCU-I, http://www.playvid.com/watch/hDCH3Sl9ZaP, http://www.playvid.com/watch/Jc0VMDrWThq, http://www.playvid.com/watch/-0wcRxLZjE5, http://www.playvid.com/watch/xijmWl3u04H, http://www.playvid.com/watch/TIykpByEtZe, http://www.playvid.com/watch/stTnHO0cEqf, http://www.playvid.com/watch/2YrK4lGlzst, http://www.playvid.com/watch/SBQT4RkFUKN, http://www.playvid.com/watch/2wBJdXrismr, http://www.playvid.com/watch/kbEMB72Zomd, http://www.playvid.com/watch/lRQLbJCPWT4, http://www.playvid.com/watch/rDbtzdJ9iLn, http://www.playvid.com/watch/R9XsvTMftHW, http://www.playvid.com/watch/-8zyo7zZ-yV, http://www.playvid.com/watch/vmh5cMCKkCD, http://www.playvid.com/watch/T730g2KKPbo, http://www.playvid.com/watch/pztSKVA57qL, http://www.playvid.com/watch/Pc7FFUumZsJ, http://www.playvid.com/watch/FoaYYatU40y, http://www.playvid.com/watch/2BeXQyQ2n8c, http://www.playvid.com/watch/FIguLKObmbt, http://www.playvid.com/watch/wQlJhd3zR0z, http://www.playvid.com/watch/I3pA-LJTaDD, http://www.playvid.com/watch/7PUWU85vWFN, http://www.playvid.com/watch/G8bF-iOETtk, http://www.playvid.com/watch/7rZ8JVGP0Fv, http://www.playvid.com/watch/IkiEVESt9Ma, http://www.playvid.com/watch/OqyNFBswhZK, http://www.playvid.com/watch/u5nLDUgcSSR, http://www.playvid.com/watch/vA4UEqBPXPi, http://www.playvid.com/watch/69vwMuteFQq, http://www.playvid.com/watch/7TzFCXkDD8y, http://www.playvid.com/watch/Qsrs0Lw3Zty, http://www.playvid.com/watch/6imrTx-UVYG, http://www.playvid.com/watch/MTYfprktSzk, http://www.playvid.com/watch/liEzStn9NLE, http://www.playvid.com/watch/BPBtM5JJ2Ub, http://www.playvid.com/watch/mwWfn2QwNOj, http://www.playvid.com/watch/ETqC-e9sAFX, http://www.playvid.com/watch/clDie4oQZDG, http://www.playvid.com/watch/Oul88wKHVX2, http://www.playvid.com/watch/KiMxs9hfDxg, http://www.playvid.com/watch/rrvycCf-I7v, http://www.playvid.com/watch/byrUpbcXYNB, http://www.playvid.com/watch/h62OMSRMcKE, http://www.playvid.com/watch/dhh3rnFqCB7, http://www.playvid.com/watch/TdhavPKwjyv, http://www.playvid.com/watch/RSU7PpFC6-o, http://www.playvid.com/watch/gUgipWUFizA, http://www.playvid.com/watch/kIAjfpT96Ux, http://www.playvid.com/watch/fkJCcZkaalu, http://www.playvid.com/watch/VYUq-evVUYG, http://www.playvid.com/watch/vlvaA5t605A, http://www.playvid.com/watch/kS2UMePahMI, http://www.playvid.com/watch/TYQrXPgHh0E, http://www.playvid.com/watch/mIUpK-qEMiS, http://www.playvid.com/watch/Y46HcW2FXfk, http://www.playvid.com/watch/wfqmutX4S0i, http://www.playvid.com/watch/eBtgK5QKh8z, http://www.playvid.com/watch/TrXvalmVh--, http://www.playvid.com/watch/v3PSbEHbrnz, http://www.playvid.com/watch/v27w4yR-uFW, http://www.playvid.com/watch/QVFgTuC5QCv, http://www.playvid.com/watch/nycbhhTIxT2, http://www.playvid.com/watch/3qwWRYjDq5S, http://www.playvid.com/watch/xElASytqSmM, http://www.playvid.com/watch/9EmPETl8b3D, http://www.playvid.com/watch/FkMSRhBHavP, http://www.playvid.com/watch/Api4wyZRarm, http://www.playvid.com/watch/FFMAB76Xndm
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lollyo
5.b. Uploader's email address: augustlinkoln@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lollyo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/f4p8ppRgBLt, http://www.playvid.com/watch/9s-q0-JbEgT, http://www.playvid.com/watch/6wbPgJuxv1w, http://www.playvid.com/watch/Fw8Qok-2igS, http://www.playvid.com/watch/SsJBkazt9Ns, http://www.playvid.com/watch/dOigmWaxP2A, http://www.playvid.com/watch/ItSdKTnh8JB, http://www.playvid.com/watch/idPW7v9BsVV, http://www.playvid.com/watch/HDO5cu2rcK-, http://www.playvid.com/watch/leRP5vZ1ZxP, http://www.playvid.com/watch/2luTtAIajIT, http://www.playvid.com/watch/SrbmDJTNz6j, http://www.playvid.com/watch/-EWdtk9-8RK, http://www.playvid.com/watch/WWMOVHeKO6P, http://www.playvid.com/watch/Ji7xJPvBV1z, http://www.playvid.com/watch/Hu8PMRHP8F1, http://www.playvid.com/watch/yoHM45eMeMS, http://www.playvid.com/watch/uqb6uAXYHXK, http://www.playvid.com/watch/TgCouIHb8M2, http://www.playvid.com/watch/RF6RDNrUEvP, http://www.playvid.com/watch/bBrXehhO9XI, http://www.playvid.com/watch/ZCKroJZAuKr, http://www.playvid.com/watch/eNKcqCDPFE6, http://www.playvid.com/watch/eHiKUUIjVsN, http://www.playvid.com/watch/vkHuJPN2ySt, http://www.playvid.com/watch/oeXpKRk8662, http://www.playvid.com/watch/Vl5tPqsi7fJ, http://www.playvid.com/watch/tO6XcVwgMnY, http://www.playvid.com/watch/Z3sv3rl9Ybd, http://www.playvid.com/watch/T01wdWEoDku, http://www.playvid.com/watch/C6AN-pqsZoM, http://www.playvid.com/watch/ZJDiCK6xcMc, http://www.playvid.com/watch/SFyd7c4sPQV, http://www.playvid.com/watch/qfUY6Mcd1ng, http://www.playvid.com/watch/T8wE5X0OFEi,

http://www.playvid.com/watch/l0EhCGltTsz, http://www.playvid.com/watch/MhoHXVxLvMj, http://www.playvid.com/watch/nGlNoeO8lRB, http://www.playvid.com/watch/2GeaGjn9K0I, http://www.playvid.com/watch/ZHS1-pNdyZw, http://www.playvid.com/watch/bfQB-H6HXq8, http://www.playvid.com/watch/pGoiHPM349S, http://www.playvid.com/watch/3f5yzVA0Fcx, http://www.playvid.com/watch/kUKgMo1n211, http://www.playvid.com/watch/G4h0naBQZ7p, http://www.playvid.com/watch/K754KK-XuLW, http://www.playvid.com/watch/cm4I3mf2ent, http://www.playvid.com/watch/9X4C8SPzmNw, http://www.playvid.com/watch/v7vwsnUnZKX, http://www.playvid.com/watch/Cj-T3DH5ICK, http://www.playvid.com/watch/oEgsCCtnx8i, http://www.playvid.com/watch/2MJ0LQP4M5G, http://www.playvid.com/watch/OZ6eNIvRqYl, http://www.playvid.com/watch/tSYybvQ02Ep, http://www.playvid.com/watch/BbCHTygYC--, http://www.playvid.com/watch/X7S1lsSUBgH, http://www.playvid.com/watch/wNKG9LlOh7p, http://www.playvid.com/watch/mJ6WWAx60Im, http://www.playvid.com/watch/OfzPTAQS3yO, http://www.playvid.com/watch/0ks6x-AhklD, http://www.playvid.com/watch/AJJBQkfUzOf, http://www.playvid.com/watch/qctizaLXrjR, http://www.playvid.com/watch/O0QuGFT2uSr, http://www.playvid.com/watch/pWYEpgUWHiS, http://www.playvid.com/watch/E5S8ECUspiE, http://www.playvid.com/watch/gu3161MhGsp, http://www.playvid.com/watch/PzgLuak5-8o, http://www.playvid.com/watch/AauTzYux8Bo, http://www.playvid.com/watch/oSakck5pyWI, http://www.playvid.com/watch/ULFhWJagSUl, http://www.playvid.com/watch/AtTP5B6B6Pj, http://www.playvid.com/watch/i9elpV9likl, http://www.playvid.com/watch/t4PbypK5S-I, http://www.playvid.com/watch/4dQQMbeZyRs, http://www.playvid.com/watch/j3LwpZ9MQND, http://www.playvid.com/watch/PNHSLn2vatK, http://www.playvid.com/watch/6gGk0Z3BJ5G, http://www.playvid.com/watch/0MhOJeJnrac, http://www.playvid.com/watch/JQLdHMr64TP, http://www.playvid.com/watch/xMWKIaezYkn, http://www.playvid.com/watch/MgGlfF-zut5
5.f. Date of third notice: 2014-02-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: longipasote
5.b. Uploader's email address: longipasote@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/longipasote
5.e. List of videos posted by uploader: http://www.playvid.com/watch/B5vMtta3oSW, http://www.playvid.com/watch/Je8V3y5xFAa, http://www.playvid.com/watch/DKvOjgNxO-9, http://www.playvid.com/watch/ttVlmubFzTG, http://www.playvid.com/watch/x7CYLByqVvb, http://www.playvid.com/watch/QJJFRPLlcSM, http://www.playvid.com/watch/SGV6P8BUpsm, http://www.playvid.com/watch/lYOELWsBYph, http://www.playvid.com/watch/rr0oeh3RWfc, http://www.playvid.com/watch/fM-EHEiDAGo, http://www.playvid.com/watch/ZudCF2D0ZsB, http://www.playvid.com/watch/qBvIumnJilW, http://www.playvid.com/watch/6H9rvpe5lBm, http://www.playvid.com/watch/ejWHqQxKhlF, http://www.playvid.com/watch/QIWF-BxFK8B, http://www.playvid.com/watch/9Qe5abJks8I, http://www.playvid.com/watch/mjn-xAknsV9, http://www.playvid.com/watch/LaabMYEdElm, http://www.playvid.com/watch/lRZ3HSXF7Fc, http://www.playvid.com/watch/yYYcPm4NqDv, http://www.playvid.com/watch/nPzVs0vJynX, http://www.playvid.com/watch/KiC96mrNWJD, http://www.playvid.com/watch/o6vWdOvj3Ek, http://www.playvid.com/watch/LuaYdlhp90R, http://www.playvid.com/watch/bAEbPlGrXd4, http://www.playvid.com/watch/47GUnBWAGdY, http://www.playvid.com/watch/hFSNUZxOkLa, http://www.playvid.com/watch/sSkV9uo0RyH, http://www.playvid.com/watch/6M69C39gF7Z, http://www.playvid.com/watch/g8rFPGvZiu6, http://www.playvid.com/watch/W8gJiDTcPS9, http://www.playvid.com/watch/G-7776IxyZN, http://www.playvid.com/watch/Xoedn2sm7Lv, http://www.playvid.com/watch/TrwwiOaPaqO, http://www.playvid.com/watch/gZu9O5-R2aS, http://www.playvid.com/watch/cNl2FPkpCHX, http://www.playvid.com/watch/MYYkurRxHQS, http://www.playvid.com/watch/mzlG6xHd9Lv, http://www.playvid.com/watch/OEOjOQFeA8B, http://www.playvid.com/watch/a0quxxr6Xyi, http://www.playvid.com/watch/lVUIN9Rryek, http://www.playvid.com/watch/rwEGXqxgQOr, http://www.playvid.com/watch/AOaDh2egMGP, http://www.playvid.com/watch/TfpSr9D3SV0, http://www.playvid.com/watch/gk5GYR8r9fy, http://www.playvid.com/watch/Q8PkfTBAY4X, http://www.playvid.com/watch/sAV6cR3qtew, http://www.playvid.com/watch/KiSwOW7yh5a, http://www.playvid.com/watch/y7vhz-yNA6Y, http://www.playvid.com/watch/5APscX0p0bF, http://www.playvid.com/watch/ABlRu--honO, http://www.playvid.com/watch/7wSwORlgeSy, http://www.playvid.com/watch/BII8U6Ul3fg, http://www.playvid.com/watch/MZoBtv8ggzZ, http://www.playvid.com/watch/WCos4NtNjVs, http://www.playvid.com/watch/h83pDyu6RLp, http://www.playvid.com/watch/54JxjpJXuXu, http://www.playvid.com/watch/gIzckHfcExm, http://www.playvid.com/watch/ezB8MAXjx0q, http://www.playvid.com/watch/A-c9wNqPGbs, http://www.playvid.com/watch/REzk5bIBEzb, http://www.playvid.com/watch/Fz5vxNZ9Egb, http://www.playvid.com/watch/K0PG7XBAB4m, http://www.playvid.com/watch/IpcgZm4phyT, http://www.playvid.com/watch/dS2UO9bj8Mt, http://www.playvid.com/watch/9GLZiXrNZk8, http://www.playvid.com/watch/FvHefysm4Dx, http://www.playvid.com/watch/bhqN89fFDUN, http://www.playvid.com/watch/sF9Oepgkhi6, http://www.playvid.com/watch/enszdBC5Vyc, http://www.playvid.com/watch/Dgkt6OBdoJ-, http://www.playvid.com/watch/ghzC-D8AhZB, http://www.playvid.com/watch/cWrPtf8TMEi, http://www.playvid.com/watch/TQnAPYERHVX
5.f. Date of third notice: 2014-04-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lostwon
5.b. Uploader's email address: azntanner228@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lostwon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/j2k-Rp4MHL9, http://www.playvid.com/watch/UB9wZvN2ByB, http://www.playvid.com/watch/tdnVnCR-bY9, http://www.playvid.com/watch/sTkA0-LDDzj, http://www.playvid.com/watch/2A2HSujlJe4, http://www.playvid.com/watch/LCFBh8ED5hp, http://www.playvid.com/watch/WXvdsspSbTQ, http://www.playvid.com/watch/JjDfazUAUOd, http://www.playvid.com/watch/vbN7qJewN6W, http://www.playvid.com/watch/GwibZOvYDAY, http://www.playvid.com/watch/BxCWqrFmKp7, http://www.playvid.com/watch/0qQqJqmczV6, http://www.playvid.com/watch/zEwX2hpBiGd, http://www.playvid.com/watch/z5zJghC8GU5, http://www.playvid.com/watch/sXhD5B0BTUn, http://www.playvid.com/watch/GXmZQrQ8pij, http://www.playvid.com/watch/XgJuTJNQ3Dt, http://www.playvid.com/watch/FVs9xxDvFDw, http://www.playvid.com/watch/G3mO7dAutkC, http://www.playvid.com/watch/L8MP-05GJPL, http://www.playvid.com/watch/m-bwjYbWnB9, http://www.playvid.com/watch/NkxDyQEQih-, http://www.playvid.com/watch/eHtfu0V4zeV, http://www.playvid.com/watch/YwY8TgNUfYw, http://www.playvid.com/watch/hRa4Y4XcgKV, http://www.playvid.com/watch/igfHriBS5Sk, http://www.playvid.com/watch/yPapDPteI97, http://www.playvid.com/watch/6LzS3PLtZ9J, http://www.playvid.com/watch/fJpm7Nm6gW4, http://www.playvid.com/watch/TmV4BnhowiV, http://www.playvid.com/watch/ec3v-OCJGIL, http://www.playvid.com/watch/3acBzQVdOOY, http://www.playvid.com/watch/3c2pH6gkVdp, http://www.playvid.com/watch/TnjcCxjTFfV, http://www.playvid.com/watch/4MCiB5Eloal, http://www.playvid.com/watch/VCDk8W-gJYo, http://www.playvid.com/watch/XUOQsV-h9kB, http://www.playvid.com/watch/-fFzlO7MoIv, http://www.playvid.com/watch/GvUoSwZHtj7, http://www.playvid.com/watch/oQdZ26Uifqv, http://www.playvid.com/watch/Ukm4kam90k2, http://www.playvid.com/watch/34sGivClj0t, http://www.playvid.com/watch/OIpJnXacytT, http://www.playvid.com/watch/m9KW5kcfBrJ, http://www.playvid.com/watch/PkxcsibhZUe, http://www.playvid.com/watch/ywDetRBXmuP, http://www.playvid.com/watch/U5nNPA3imGR, http://www.playvid.com/watch/6-D2qCz3av9, http://www.playvid.com/watch/khzh8kG3uzL, http://www.playvid.com/watch/a7PSioDmDCb, http://www.playvid.com/watch/M8rKQoqhDOa, http://www.playvid.com/watch/S8b0mn8SeLq, http://www.playvid.com/watch/QQfu0QtTdSk, http://www.playvid.com/watch/0JZPjt7t5It, http://www.playvid.com/watch/IkW-cAhUPvQ, http://www.playvid.com/watch/szTEow5uYd2, http://www.playvid.com/watch/Ew-mJBoea4K, http://www.playvid.com/watch/lFfNBQzfPaU, http://www.playvid.com/watch/bLrffCDOmtl, http://www.playvid.com/watch/ZmuY2f6sf5h, http://www.playvid.com/watch/EXGbzC8Jxom, http://www.playvid.com/watch/X9C7HCpqSxC, http://www.playvid.com/watch/6Bq9pdkLWZL, http://www.playvid.com/watch/D36sYKVuxZE, http://www.playvid.com/watch/QopAv9dqcbB, http://www.playvid.com/watch/KfkCP-SbG--, http://www.playvid.com/watch/5eFQVOZuRee, http://www.playvid.com/watch/DHOsDIq6D7l, http://www.playvid.com/watch/542jypZ8Duy, http://www.playvid.com/watch/GL8ariut9i2, http://www.playvid.com/watch/xnaGRJs3Rma, http://www.playvid.com/watch/XWR85kbx9HP, http://www.playvid.com/watch/BZFwiX8uDmq, http://www.playvid.com/watch/rGwFr4Qao6D, http://www.playvid.com/watch/Nmu6jWZ4HA0, http://www.playvid.com/watch/sDkW97BBzFI, http://www.playvid.com/watch/UUUJ6UbIkgf, http://www.playvid.com/watch/I5mQGdTdUyK, http://www.playvid.com/watch/6csYZXbiUFB, http://www.playvid.com/watch/k2a2fklrALO, http://www.playvid.com/watch/zldcMydMifG, http://www.playvid.com/watch/qAcAnOBjlOm, http://www.playvid.com/watch/KXnvgu4no2P, http://www.playvid.com/watch/8Mo7NCc3kEQ, http://www.playvid.com/watch/OS4dszjUcNU, http://www.playvid.com/watch/OWIrbua-Qm9, http://www.playvid.com/watch/e7L-Ovkawx-, http://www.playvid.com/watch/c8LP0glLtTp, http://www.playvid.com/watch/OQXBkjdShxv, http://www.playvid.com/watch/ykLgaqB9Tpa, http://www.playvid.com/watch/Bd2dOTtz02R, http://www.playvid.com/watch/HDntnCDxqaH, http://www.playvid.com/watch/CR6RIMvnebW, http://www.playvid.com/watch/rYuzSZM9J4s, http://www.playvid.com/watch/oYzeRPWFWDW, http://www.playvid.com/watch/hvZOGm7XpzE, http://www.playvid.com/watch/qAHfiFqJllv, http://www.playvid.com/watch/tt0HqYxzYun, http://www.playvid.com/watch/xXDR7W6wvnO, http://www.playvid.com/watch/vHO0sluvrZC, http://www.playvid.com/watch/3IccHqq6JGr, http://www.playvid.com/watch/PhirjQAVpoE, http://www.playvid.com/watch/rXQmcURWcd0, http://www.playvid.com/watch/D7tObhhLwsz, http://www.playvid.com/watch/wnPREyNG5k-, http://www.playvid.com/watch/mPi7RKpj6sE, http://www.playvid.com/watch/Hh5AgcghvyX, http://www.playvid.com/watch/YFDvOuQlKlw, http://www.playvid.com/watch/QsEME2a32Wr, http://www.playvid.com/watch/QTb8qUPrMu4, http://www.playvid.com/watch/QlpogQbuExB, http://www.playvid.com/watch/6qHwXptTESN, http://www.playvid.com/watch/WMlIgmoS-Y7, http://www.playvid.com/watch/imPkWXlIEPk, http://www.playvid.com/watch/4uPHGErxHoI, http://www.playvid.com/watch/NzrbIxztjam, http://www.playvid.com/watch/oe2fktVgymV, http://www.playvid.com/watch/CQn8aKWd_a8, http://www.playvid.com/watch/avGuhD5o5H3, http://www.playvid.com/watch/Wv6dJmwPXAX, http://www.playvid.com/watch/8hfYMYGUJoX, http://www.playvid.com/watch/JAW5ISUFXil, http://www.playvid.com/watch/x30k4t7UEqH, http://www.playvid.com/watch/45hABEZH97w, http://www.playvid.com/watch/6RI-oYKI03A, http://www.playvid.com/watch/xnarS2E4YOF, http://www.playvid.com/watch/PNc3PAHl4oP, http://www.playvid.com/watch/ZWJqCd9_n9t,

http://www.playvid.com/watch/pc4dZGeAkFx, http://www.playvid.com/watch/3kEAtLn_2xm, http://www.playvid.com/watch/0Jm7wmuqGYe, http://www.playvid.com/watch/NB8fW19LoZh, http://www.playvid.com/watch/nevNwYS5sUz, http://www.playvid.com/watch/s9iZ5jaOFsG, http://www.playvid.com/watch/sVpU64tq57R, http://www.playvid.com/watch/bthDbgMkZba, http://www.playvid.com/watch/L_9U52kO_FH, http://www.playvid.com/watch/39_xSnKTD5r, http://www.playvid.com/watch/U6Y8_z2ivoB, http://www.playvid.com/watch/gXOKEiAsCjh, http://www.playvid.com/watch/32Y0TvIyiNe, http://www.playvid.com/watch/z4M00hPRmBH, http://www.playvid.com/watch/wDKz5Uhi4dS, http://www.playvid.com/watch/wWmTeoiOe-E, http://www.playvid.com/watch/6vI4WNGul_Z, http://www.playvid.com/watch/kxMGEynHwl9, http://www.playvid.com/watch/kQgOuKQYJJ2, http://www.playvid.com/watch/0bUM0YnVM73, http://www.playvid.com/watch/5ZG2kKzFS99, http://www.playvid.com/watch/tRb3n0ZjoQB, http://www.playvid.com/watch/LwjtDkN7yzi, http://www.playvid.com/watch/uo2jldMW7sS, http://www.playvid.com/watch/zt3CTvB99zY, http://www.playvid.com/watch/KBaX92GeP3h, http://www.playvid.com/watch/hWKX4TUG5WW, http://www.playvid.com/watch/rQgAq70Yxwk, http://www.playvid.com/watch/rWtSb4W7qDW, http://www.playvid.com/watch/lk4fDjiVcXq, http://www.playvid.com/watch/VSOn1hy4jmW, http://www.playvid.com/watch/EvNUJBbn9Rr, http://www.playvid.com/watch/asIQg43xrHV, http://www.playvid.com/watch/GPjiGoXkTd8, http://www.playvid.com/watch/20ocpUQeYH4, http://www.playvid.com/watch/4a3puqM2ZBq, http://www.playvid.com/watch/frIPMRiQqEB, http://www.playvid.com/watch/bj5e1xsorZ7, http://www.playvid.com/watch/faaMg-gjsFl, http://www.playvid.com/watch/zjIuPukmh4J, http://www.playvid.com/watch/8gKx_6frxKH, http://www.playvid.com/watch/82EDVBS3mqD, http://www.playvid.com/watch/lsg7RJh8AF4, http://www.playvid.com/watch/eGBu7cYNhKZ, http://www.playvid.com/watch/6XF2KrjoRtH, http://www.playvid.com/watch/rOssRp4jnn5, http://www.playvid.com/watch/6cyImU2cCeQ, http://www.playvid.com/watch/ut7sxjvrAxV, http://www.playvid.com/watch/wwArNs5pI6P, http://www.playvid.com/watch/Mmd8VWWz1zw, http://www.playvid.com/watch/dDtox7irAsk, http://www.playvid.com/watch/HajWENk10Gh, http://www.playvid.com/watch/Pi5sZ2wc6qA, http://www.playvid.com/watch/CFzfcjgmTHc, http://www.playvid.com/watch/hO54jgjTR7A, http://www.playvid.com/watch/2-xjWOIQCLE, http://www.playvid.com/watch/RJTwpjR1YoA, http://www.playvid.com/watch/49fvYwvdyjf, http://www.playvid.com/watch/XrCcBZW-jsD, http://www.playvid.com/watch/8Md2cPy0Z2X, http://www.playvid.com/watch/mdy2mHCiRIP, http://www.playvid.com/watch/E-BkXS0HvBw, http://www.playvid.com/watch/0-rdrt1SbdD, http://www.playvid.com/watch/jR4dIq9xFAo, http://www.playvid.com/watch/IF0ZhtLVt5m, http://www.playvid.com/watch/vRzckhJ3eQ9, http://www.playvid.com/watch/n_VL_GPmh5H, http://www.playvid.com/watch/VPdAOE3KH29, http://www.playvid.com/watch/XdRvbxAF9Of, http://www.playvid.com/watch/V2KUXPNhf3x, http://www.playvid.com/watch/2XyGyKPnl2E, http://www.playvid.com/watch/kK2HMWDrlCP, http://www.playvid.com/watch/oAsg1vbOr5e, http://www.playvid.com/watch/MR9PvUU8eT5, http://www.playvid.com/watch/Xe2Icgjlevi, http://www.playvid.com/watch/NMXBPc_y8oT, http://www.playvid.com/watch/KEYsSqfO9AO, http://www.playvid.com/watch/mMgWGIghoo0, http://www.playvid.com/watch/t0iJu9uM6Nq, http://www.playvid.com/watch/NFfig4zI7K3, http://www.playvid.com/watch/zgmnK6tU85R, http://www.playvid.com/watch/Trkbo86HgrH, http://www.playvid.com/watch/0v920YN5Bo6, http://www.playvid.com/watch/88eH4OwJjCf, http://www.playvid.com/watch/gwjS0bjJFUv, http://www.playvid.com/watch/JpIzpwjuGow, http://www.playvid.com/watch/fzqfrdQ2i15, http://www.playvid.com/watch/nZihvYxgFgO, http://www.playvid.com/watch/OwQHw2eQKXY, http://www.playvid.com/watch/hxkpIDWdsQG, http://www.playvid.com/watch/RW6vQ8FSn8k, http://www.playvid.com/watch/pH4qTZH1q35, http://www.playvid.com/watch/zSBAPviuq2C, http://www.playvid.com/watch/6PJZUNBmPdk, http://www.playvid.com/watch/0A3S3EKCu1u, http://www.playvid.com/watch/HWwGVWmyjp9, http://www.playvid.com/watch/gfPIRkCey_6, http://www.playvid.com/watch/XPZiFTnbQir, http://www.playvid.com/watch/WsJUI4v5Snd, http://www.playvid.com/watch/NbV7cwJpU9N, http://www.playvid.com/watch/ExlX-X3csC2, http://www.playvid.com/watch/jjuVI9SUzUG, http://www.playvid.com/watch/ktlFN6cu7CH, http://www.playvid.com/watch/79uO-pZQ_nT, http://www.playvid.com/watch/HKdvZYgCxV8, http://www.playvid.com/watch/TTx6-tJ0keh, http://www.playvid.com/watch/ozqNBaFXwLN, http://www.playvid.com/watch/sKajHRvcXw7, http://www.playvid.com/watch/INGwBgG-v6U, http://www.playvid.com/watch/NE0ETsHsDY2, http://www.playvid.com/watch/HLvosK4Of-q, http://www.playvid.com/watch/COT2y2jyT3R, http://www.playvid.com/watch/BTLQt3YLUfz, http://www.playvid.com/watch/UX_jMz_cMJI, http://www.playvid.com/watch/mfDzJnqSIUT, http://www.playvid.com/watch/zoyMkncHykw, http://www.playvid.com/watch/AbI4xE1objZ, http://www.playvid.com/watch/nQi5_D15GzB, http://www.playvid.com/watch/aZrqcl8kPq6, http://www.playvid.com/watch/6kqsTx82TCe, http://www.playvid.com/watch/y92zENPq8Ib, http://www.playvid.com/watch/j6XY-i5scwP, http://www.playvid.com/watch/xXAihygBpk4, http://www.playvid.com/watch/arPW8sgKzSQ, http://www.playvid.com/watch/VFX2CL4cE76, http://www.playvid.com/watch/MlVPVLr7Ebm, http://www.playvid.com/watch/Kugkis4ldgS, http://www.playvid.com/watch/eeP2QNJFXiD, http://www.playvid.com/watch/8GPKOzq9fYd, http://www.playvid.com/watch/7T2kZoFOHxP, http://www.playvid.com/watch/MUpn963_ZaO, http://www.playvid.com/watch/9HJglx6Sezv, http://www.playvid.com/watch/ewTe-rKW61L, http://www.playvid.com/watch/xBD3gXjp2Bi, http://www.playvid.com/watch/Jkzl3rM6ohc, http://www.playvid.com/watch/HCCrWprae5S, http://www.playvid.com/watch/7fWPU6jykWT, http://www.playvid.com/watch/ENp6z9ZT2Eb, http://www.playvid.com/watch/KEBOflXMSVe, http://www.playvid.com/watch/s9vlTNmae4P, http://www.playvid.com/watch/X7GNkOMcJSG, http://www.playvid.com/watch/Qygy7xodXBQ, http://www.playvid.com/watch/6Kot2wMW8bC, http://www.playvid.com/watch/5BeVIb0dU_s, http://www.playvid.com/watch/yYOIOC-MY8o, http://www.playvid.com/watch/Xi7Psgqg7mp, http://www.playvid.com/watch/ulOU31Yfhrh, http://www.playvid.com/watch/eVC8k-EadZ9, http://www.playvid.com/watch/yhMEDe_9v29, http://www.playvid.com/watch/yDinyaqpdY9, http://www.playvid.com/watch/jZHBqPCMt-f, http://www.playvid.com/watch/ntkf_e-j_aQ, http://www.playvid.com/watch/U2euCVNJtkG, http://www.playvid.com/watch/4qykL7mO8mW, http://www.playvid.com/watch/hhyeSNEvULs, http://www.playvid.com/watch/Ic893QATo9V, http://www.playvid.com/watch/AH_3mDYvLSt, http://www.playvid.com/watch/wvL2CQuWhDl, http://www.playvid.com/watch/GPn0Dd4S_9m, http://www.playvid.com/watch/zhVdZwzp7q3, http://www.playvid.com/watch/vcRutbUskj5, http://www.playvid.com/watch/nOvfhAzqz8v
5.f. Date of third notice: 2014-01-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Louixville
5.b. Uploader's email address: george.zoiade@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Louixville
5.e. List of videos posted by uploader: http://www.playvid.com/watch/M7Laonldwcm, http://www.playvid.com/watch/yvXYh9HgfpI, http://www.playvid.com/watch/7VY4NPHtT5N, http://www.playvid.com/watch/KCdfc8jX5nO, http://www.playvid.com/watch/w9M7fJgzioh, http://www.playvid.com/watch/B9euxXvHCit, http://www.playvid.com/watch/OexH3Pvn69s
5.f. Date of third notice: 2014-03-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lovedance
5.b. Uploader's email address: wobnillquill@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/lovedance
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZWgaC0hCQvV, http://www.playvid.com/watch/f8FSyD40EHt, http://www.playvid.com/watch/ggv6nvNDAxa, http://www.playvid.com/watch/7FSKbrJtnCv, http://www.playvid.com/watch/IWnafxk0b4i, http://www.playvid.com/watch/CQQiT8AU-It, http://www.playvid.com/watch/toWzI0CrZRG, http://www.playvid.com/watch/e6k1RbbdmIK, http://www.playvid.com/watch/seA8VeO8MhU, http://www.playvid.com/watch/SubyyM2oidM, http://www.playvid.com/watch/L1Msr2-njBy, http://www.playvid.com/watch/YqIeBA0QifH, http://www.playvid.com/watch/85LhZKE1G4w, http://www.playvid.com/watch/em05ZT-BdU7, http://www.playvid.com/watch/yJmcX1iKU_9, http://www.playvid.com/watch/xtcUOreBYxc, http://www.playvid.com/watch/hG2hWpdRK1X, http://www.playvid.com/watch/3lz3aayneHe, http://www.playvid.com/watch/jPdYM4E6-gW, http://www.playvid.com/watch/YTTyUrp09WF, http://www.playvid.com/watch/3G4JTsFwLo5, http://www.playvid.com/watch/80RGCOgeCbY, http://www.playvid.com/watch/jKzTZwR1tTM, http://www.playvid.com/watch/aD0xOhYkn7m, http://www.playvid.com/watch/2S6VhFkv5R8, http://www.playvid.com/watch/XXEHoTTZh9K, http://www.playvid.com/watch/lmIZmfyUe8l, http://www.playvid.com/watch/HFcbCv82onu, http://www.playvid.com/watch/3Ybu7GtNvQ8, http://www.playvid.com/watch/ukQXUy0Bhei, http://www.playvid.com/watch/iuM4rDPFg2P, http://www.playvid.com/watch/gtjIYefnKEy, http://www.playvid.com/watch/mUmzvGr06vK, http://www.playvid.com/watch/GsD0ZpgSkij, http://www.playvid.com/watch/JHPLEjhgE9o, http://www.playvid.com/watch/7-BxMQvJmss, http://www.playvid.com/watch/HwJ354hGBBj, http://www.playvid.com/watch/cuuqfJEHdzg, http://www.playvid.com/watch/ptLJAJjC1N7, http://www.playvid.com/watch/CPM08zNgnSf, http://www.playvid.com/watch/agI9tw7sq8B, http://www.playvid.com/watch/QI6vylupnj5, http://www.playvid.com/watch/vNNo6D0oPnI, http://www.playvid.com/watch/vS1wA_PiKBo, http://www.playvid.com/watch/xuIaN3V8LbT, http://www.playvid.com/watch/xmckbZQKnY5, http://www.playvid.com/watch/u1oSeXeXxFj, http://www.playvid.com/watch/p1VYopIruJe, http://www.playvid.com/watch/vo6qdZxWuFm, http://www.playvid.com/watch/3kakyHATAgT, http://www.playvid.com/watch/NNnz6Vat45i, http://www.playvid.com/watch/9W6lFlcjm3o, http://www.playvid.com/watch/lzr-tHtFo5d, http://www.playvid.com/watch/DaKaAMF-9c7, http://www.playvid.com/watch/NDZ-cvLCQ6Y, http://www.playvid.com/watch/FUA5Tubhua8, http://www.playvid.com/watch/59_UnLIfOvU, http://www.playvid.com/watch/i881Pycv97K, http://www.playvid.com/watch/4pOzPgMDieL, http://www.playvid.com/watch/nz8Mf1mUSTm, http://www.playvid.com/watch/o_DwNzgcy_J, http://www.playvid.com/watch/4xIgxf2J10k, http://www.playvid.com/watch/fyG3ZGEbklv, http://www.playvid.com/watch/ag7zvSmwOBo, http://www.playvid.com/watch/QcuvDJdP4eU, http://www.playvid.com/watch/Iq7eD-B_d3Y, http://www.playvid.com/watch/CkMWtBVmp4n, http://www.playvid.com/watch/E5hgn7pY0Bd, http://www.playvid.com/watch/bYUqf3rAaUD, http://www.playvid.com/watch/fP_szond4eV, http://www.playvid.com/watch/3F9kSonz4TF, http://www.playvid.com/watch/zQ16i1ubOVB, http://www.playvid.com/watch/dIY8vp83-bo, http://www.playvid.com/watch/uamEaqnlCYt, http://www.playvid.com/watch/gZ-RXJpyvWj, http://www.playvid.com/watch/9bDszSEntZC, http://www.playvid.com/watch/WaEyeC_XNG3, http://www.playvid.com/watch/IDyqPzjKS8d, http://www.playvid.com/watch/rWxW7EcJPI5, http://www.playvid.com/watch/d-wXfgPIzit,

http://www.playvid.com/watch/2eUsqJji4sZ, http://www.playvid.com/watch/fcUhZdXKl5t, http://www.playvid.com/watch/ZNNKZSncDXV, http://www.playvid.com/watch/doZYvof9V7S, http://www.playvid.com/watch/pSNmE7wLClN, http://www.playvid.com/watch/4xljeMQSr-Z, http://www.playvid.com/watch/dT_Whp9bvsj, http://www.playvid.com/watch/d_VC6lQLAp7, http://www.playvid.com/watch/jXt6mlJl-Jm, http://www.playvid.com/watch/OKAvxJQHfaK, http://www.playvid.com/watch/H8pDQTk-gMg, http://www.playvid.com/watch/Wn1zt87qCex, http://www.playvid.com/watch/9jmWZ7IJxjT, http://www.playvid.com/watch/x76NbelSLv8, http://www.playvid.com/watch/Jb29ZUDXiAt, http://www.playvid.com/watch/JqjbMCt6Fx5, http://www.playvid.com/watch/2nIjJGxkonx, http://www.playvid.com/watch/tsb6gLerTrV, http://www.playvid.com/watch/Ctd84FmwFCb, http://www.playvid.com/watch/db8xFdsefBY, http://www.playvid.com/watch/FBR7YA4gzse, http://www.playvid.com/watch/a9wu33tYRPe, http://www.playvid.com/watch/lxZ2INxu7sU, http://www.playvid.com/watch/PMUUrAmiTZG, http://www.playvid.com/watch/6ha5cHqJnqk, http://www.playvid.com/watch/BAupzwukwMq, http://www.playvid.com/watch/xmIobEHfeCN, http://www.playvid.com/watch/qHvxMbauG-Q, http://www.playvid.com/watch/haDF65zd-C7, http://www.playvid.com/watch/GMkyQhGtiAE, http://www.playvid.com/watch/VCMv_nvf-80, http://www.playvid.com/watch/nkQuVOx5hSO, http://www.playvid.com/watch/qf5BKy9uXf8, http://www.playvid.com/watch/p13WvfA5hIZ, http://www.playvid.com/watch/BOmflIcea2d, http://www.playvid.com/watch/R-P0DiwUMNu, http://www.playvid.com/watch/8wivTE5nHwE, http://www.playvid.com/watch/dllHkFU6PKP, http://www.playvid.com/watch/94Dbx0BTuii, http://www.playvid.com/watch/UfKUPFalnac, http://www.playvid.com/watch/ihgBodbSZpX, http://www.playvid.com/watch/VvKVFS0Ycpu, http://www.playvid.com/watch/96__wWt0lrA, http://www.playvid.com/watch/FY_z1KS3qAE, http://www.playvid.com/watch/qjOtbP3Qxw4, http://www.playvid.com/watch/fnsAa9nn5pe, http://www.playvid.com/watch/M07Fum_Evz9, http://www.playvid.com/watch/mMoWz9tu4rS, http://www.playvid.com/watch/sPsoLYqjhm3, http://www.playvid.com/watch/Gna1og9-rgS, http://www.playvid.com/watch/iXUpmTcpVZV, http://www.playvid.com/watch/KG-CvNHwG2j, http://www.playvid.com/watch/JkDa1J5yvpp, http://www.playvid.com/watch/3MDmsXLXcKD, http://www.playvid.com/watch/Ao94Ivq3Q55, http://www.playvid.com/watch/kYVm7RDa6TJ, http://www.playvid.com/watch/uFyqCA3FYiT, http://www.playvid.com/watch/th8PCM5gmhv, http://www.playvid.com/watch/QY5LG-Mmeqi, http://www.playvid.com/watch/f-YYwN9RTZ7, http://www.playvid.com/watch/jJolHfxzkZG, http://www.playvid.com/watch/g28qI4bqDj4, http://www.playvid.com/watch/4zkiBszBNDu, http://www.playvid.com/watch/62I7LvLr8Qv, http://www.playvid.com/watch/44x0rx-ycg2, http://www.playvid.com/watch/pWPLMTNo5gk, http://www.playvid.com/watch/LJ5qUifqhtO, http://www.playvid.com/watch/7lYtii36XJe, http://www.playvid.com/watch/ss5gobnRhk9, http://www.playvid.com/watch/3XU8iVIc-O7, http://www.playvid.com/watch/OKmu-OVOFnX, http://www.playvid.com/watch/fIZxjEzm0eo, http://www.playvid.com/watch/aThgd-Os4lN, http://www.playvid.com/watch/iMxoR1EFMam, http://www.playvid.com/watch/cI7QPMdm4gI, http://www.playvid.com/watch/ebUYImD7FqU, http://www.playvid.com/watch/wlyKpgtIS0U, http://www.playvid.com/watch/eaPFhCuXgZ0, http://www.playvid.com/watch/IJOSJBs3Bs6, http://www.playvid.com/watch/7eJbTUrWg0B, http://www.playvid.com/watch/j3CZtlecZoI, http://www.playvid.com/watch/u8YupLHxLVZ, http://www.playvid.com/watch/tCY6ARCM8p7, http://www.playvid.com/watch/r6MLdfXHKXZ, http://www.playvid.com/watch/pXJmwLZ6Ol8, http://www.playvid.com/watch/HWV706KFwKH, http://www.playvid.com/watch/SrvNdg0ZuPW, http://www.playvid.com/watch/2rq2DMvIhNl, http://www.playvid.com/watch/lG1Y7KU5mNd, http://www.playvid.com/watch/FE3vQ2O1IbD, http://www.playvid.com/watch/3m453brp2nV, http://www.playvid.com/watch/btFwe9G3zMo, http://www.playvid.com/watch/PyRIFatYU_b, http://www.playvid.com/watch/iVe_3-5D08w
5.f. Date of third notice: 2015-10-22 18:30:04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lovemachine
5.b. Uploader's email address: vadilloalfonso@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/lovemachine
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BUuShgyONrB, http://www.playvid.com/watch/k7arLyCm7jj, http://www.playvid.com/watch/rBnmj9JnvZU, http://www.playvid.com/watch/BzPMVokO2ie, http://www.playvid.com/watch/D8QSGox3XJb, http://www.playvid.com/watch/T10AxtyphKY, http://www.playvid.com/watch/biHP7KSoQQd, http://www.playvid.com/watch/61g5HK2I8ZC, http://www.playvid.com/watch/Ix4N1Gha8hO, http://www.playvid.com/watch/G8SNbm82en8, http://www.playvid.com/watch/IrxjJsCJ6nK, http://www.playvid.com/watch/5AJYOBjC0UH, http://www.playvid.com/watch/Fb2pmWxZ9Tb, http://www.playvid.com/watch/ZHyehNMGYQH, http://www.playvid.com/watch/o3KUa0dkNlj, http://www.playvid.com/watch/AeIeoTqEuNK, http://www.playvid.com/watch/sEq8jJBfd8f, http://www.playvid.com/watch/A-tB8FEvr24, http://www.playvid.com/watch/jYioCLwohVh, http://www.playvid.com/watch/mCBvX3QWZYh, http://www.playvid.com/watch/Ji8YJFe2PK3, http://www.playvid.com/watch/G1fHwBmMIpR, http://www.playvid.com/watch/kp68RTn0BLD, http://www.playvid.com/watch/PNy35akG-p0, http://www.playvid.com/watch/-PSa-a8JMoU, http://www.playvid.com/watch/IQVQyMKDIyY, http://www.playvid.com/watch/ZHDauqAfFzg, http://www.playvid.com/watch/GP4AwWUm2yG, http://www.playvid.com/watch/x2O4ECYjyWu, http://www.playvid.com/watch/wbbyf7MxW3e, http://www.playvid.com/watch/V3GbAMTCDms, http://www.playvid.com/watch/0oAP7u7epi-, http://www.playvid.com/watch/2dsubTE82F6, http://www.playvid.com/watch/4pZZZcyyFU8, http://www.playvid.com/watch/B6WFnSYKYW1, http://www.playvid.com/watch/JjmBqIF7BoK, http://www.playvid.com/watch/GaB0N3xqk2n, http://www.playvid.com/watch/rLdRz-eEQV0, http://www.playvid.com/watch/Vv1dGaKD15u, http://www.playvid.com/watch/-oos0Z7lg8D, http://www.playvid.com/watch/TUMlDtQxCfN, http://www.playvid.com/watch/4PJ2EL4BaQ5, http://www.playvid.com/watch/8JnsuSx4thb, http://www.playvid.com/watch/gY9TYe-3ckH, http://www.playvid.com/watch/Tbp1HCNlW7O, http://www.playvid.com/watch/NBVHhEyhPNc, http://www.playvid.com/watch/XFc6og4N6jj, http://www.playvid.com/watch/zVZ8dxVPmZd, http://www.playvid.com/watch/w6qd7kReKrG, http://www.playvid.com/watch/PYrqQSP8rsn, http://www.playvid.com/watch/jKPuBmgXybF, http://www.playvid.com/watch/Yk2aFQXocP1, http://www.playvid.com/watch/E5gn7GfBjjh, http://www.playvid.com/watch/Vx6M9D6Tyj5, http://www.playvid.com/watch/Q2a9wLeIKNR, http://www.playvid.com/watch/b5dAjsafvgB, http://www.playvid.com/watch/sTSwuotRfgX, http://www.playvid.com/watch/CTkv65PMk1x, http://www.playvid.com/watch/5B8e1HF8-Pj, http://www.playvid.com/watch/r99BzUVtuR3, http://www.playvid.com/watch/2u81KIRd78F, http://www.playvid.com/watch/ybybxIM8Dim, http://www.playvid.com/watch/OtcaoyKMFr-, http://www.playvid.com/watch/U0VeiBBDHYW, http://www.playvid.com/watch/GhtDIAYH32j, http://www.playvid.com/watch/GVi3wGzVbPr, http://www.playvid.com/watch/8SDL4nwOa8S, http://www.playvid.com/watch/gfa428H43Yn, http://www.playvid.com/watch/a5JCMK3ZJX8, http://www.playvid.com/watch/-TDqz6wFz82, http://www.playvid.com/watch/ZstI3s-VrZ5, http://www.playvid.com/watch/AURJHgX9hj9, http://www.playvid.com/watch/5MC1g349HNP, http://www.playvid.com/watch/QSOiT04ateq, http://www.playvid.com/watch/lnY9AxM5pjb, http://www.playvid.com/watch/lXAopITwxLP, http://www.playvid.com/watch/MhjS7uDuF86, http://www.playvid.com/watch/O-aZiBk2FrF, http://www.playvid.com/watch/s9pkHhobAYQ, http://www.playvid.com/watch/zw2pFlfjJhi, http://www.playvid.com/watch/TbovuvZ9z4a, http://www.playvid.com/watch/l1DMY07IPne, http://www.playvid.com/watch/tqSSz1zXjSL, http://www.playvid.com/watch/tWhzIicbfhb, http://www.playvid.com/watch/2G4cmhPQt6O, http://www.playvid.com/watch/OCpmTMMs5wf, http://www.playvid.com/watch/DCT9LtXq-OF, http://www.playvid.com/watch/h0pSP4gvhg4
5.f. Date of third notice: 2015-05-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: loveme2
5.b. Uploader's email address: kaiomarzkermani@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/loveme2
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5zvEnXnogyP, http://www.playvid.com/watch/Gi2q9rQgf2s, http://www.playvid.com/watch/hbOUGL5lrvO, http://www.playvid.com/watch/Pqev2gS4gUl, http://www.playvid.com/watch/VjqI2jba5Qx, http://www.playvid.com/watch/DiUZYkybGMN, http://www.playvid.com/watch/fOuKbGlLTYy, http://www.playvid.com/watch/8E8GKGP04WB, http://www.playvid.com/watch/qmNG7aW8jZP, http://www.playvid.com/watch/wHztGFzxTUs, http://www.playvid.com/watch/ax0ybGFVCet, http://www.playvid.com/watch/UrJTm6q3hUE, http://www.playvid.com/watch/g3sHWI37TNo, http://www.playvid.com/watch/L40tMx5Mrlz, http://www.playvid.com/watch/nHd9BQ4WMSZ, http://www.playvid.com/watch/Q525Exe4mJc, http://www.playvid.com/watch/6Y4GR2P3qeS, http://www.playvid.com/watch/FwLsfk8ryc6, http://www.playvid.com/watch/ZcWKisD6nIt, http://www.playvid.com/watch/XqiJnYVQK-0, http://www.playvid.com/watch/L6N4EbOjbPT, http://www.playvid.com/watch/Q9x4V-CyKud, http://www.playvid.com/watch/W-izDgrWY6q, http://www.playvid.com/watch/BIEFKvZEnLm, http://www.playvid.com/watch/vCs59q03j4Q, http://www.playvid.com/watch/5HsVmxkYVhf, http://www.playvid.com/watch/nrGowO2A0Ot, http://www.playvid.com/watch/zCQR0UsWApC, http://www.playvid.com/watch/UvU4dqMIP-b, http://www.playvid.com/watch/mZ6LZIo4U7A, http://www.playvid.com/watch/oG--9OelXQD, http://www.playvid.com/watch/ChLNcd6IfQr, http://www.playvid.com/watch/IviyIZc5KYf, http://www.playvid.com/watch/KfY9DSY4l6w, http://www.playvid.com/watch/RoQvJIZpmIK, http://www.playvid.com/watch/AhPrZwSsJLb, http://www.playvid.com/watch/jUmeMGWI5DJ, http://www.playvid.com/watch/TSb7Sug24Ze, http://www.playvid.com/watch/dZhuYx5JCFu, http://www.playvid.com/watch/cWQcV4mOwAF, http://www.playvid.com/watch/3RsK8cwyW62, http://www.playvid.com/watch/CPArNjNyrUV, http://www.playvid.com/watch/vJiR7oaYutF, http://www.playvid.com/watch/gM5ooAYoyGH, http://www.playvid.com/watch/LMNx7Tuv0oi, http://www.playvid.com/watch/a8hflnbPfWc, http://www.playvid.com/watch/r2R-0lwFZBV, http://www.playvid.com/watch/TWULFPN87uw, http://www.playvid.com/watch/WF-d68ao6XW, http://www.playvid.com/watch/Ap5Go3JGInr, http://www.playvid.com/watch/A3-4q47mzIQ, http://www.playvid.com/watch/AB9syCmW5Q8, http://www.playvid.com/watch/WIwu-Ze9jLo, http://www.playvid.com/watch/0sMwbiD249g, http://www.playvid.com/watch/5uZs5Aok8Fs, http://www.playvid.com/watch/0qgRC-8lul-, http://www.playvid.com/watch/mQLorML3wLf, http://www.playvid.com/watch/mfrPOCej3Es, http://www.playvid.com/watch/5iLz3Z-qsD2, http://www.playvid.com/watch/qNsnIJtH4jU, http://www.playvid.com/watch/6tnCyMoWc4y, http://www.playvid.com/watch/Z4oR8M-yOAf, http://www.playvid.com/watch/uMDLcWn3cn2, http://www.playvid.com/watch/Qr8emzNnvPi, http://www.playvid.com/watch/hVzguVKkSyj,

http://www.playvid.com/watch/hvj0y7vsT9E, http://www.playvid.com/watch/jkkgL7RvmeF, http://www.playvid.com/watch/x0X2UOOohiG,
http://www.playvid.com/watch/3VAPLs8qICE, http://www.playvid.com/watch/94zE83ebPXH, http://www.playvid.com/watch/NNecPHcLhbk,
http://www.playvid.com/watch/EI0wfvywN8r, http://www.playvid.com/watch/U3BoKTM98kW, http://www.playvid.com/watch/A9raN0r3HoC,
http://www.playvid.com/watch/f8Hi6FFCBPm, http://www.playvid.com/watch/tBYcNEpC6zC, http://www.playvid.com/watch/thbYEgVHOpf,
http://www.playvid.com/watch/cBlkpHoJ-Rc, http://www.playvid.com/watch/LJH7oCg9F-l, http://www.playvid.com/watch/v9Yb3IzTW2U,
http://www.playvid.com/watch/COzo1HNohjL, http://www.playvid.com/watch/tZr57YAgU0V, http://www.playvid.com/watch/NZX2N4Yqq1p,
http://www.playvid.com/watch/iLZNqdSIhQq, http://www.playvid.com/watch/j_RTw4rzWIl, http://www.playvid.com/watch/EyNdEGJJPzz,
http://www.playvid.com/watch/Ii6590_iWWw, http://www.playvid.com/watch/WVKgFXRsmzR, http://www.playvid.com/watch/FpyWVqOuDFv,
http://www.playvid.com/watch/JlX3eXwb56Y, http://www.playvid.com/watch/Vk4zhmj6XER, http://www.playvid.com/watch/55cGWd_kXMg,
http://www.playvid.com/watch/yIfT_5oqAyB
5.f. Date of third notice: 2015-03-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Loyal_Kez
5.b. Uploader's email address: keiranbrien24@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Loyal_Kez
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sICol76EP9U, http://www.playvid.com/watch/7wiQJGAVYrp,
http://www.playvid.com/watch/e75PjbW8L0M, http://www.playvid.com/watch/mNeQQKcSQRl, http://www.playvid.com/watch/m75J0TowBz3,
http://www.playvid.com/watch/B0dodmjPHl7, http://www.playvid.com/watch/2tim7YRUUj-, http://www.playvid.com/watch/yzdAqBjoGyv,
http://www.playvid.com/watch/fgW5BsWb6I0, http://www.playvid.com/watch/PiDGM0w7DoP, http://www.playvid.com/watch/oao2ifnX-6r,
http://www.playvid.com/watch/kBBHg0V5IEm, http://www.playvid.com/watch/5nPj8-LSwZS, http://www.playvid.com/watch/IeMZQnKYjqv,
http://www.playvid.com/watch/rjEmE6JPYov, http://www.playvid.com/watch/5b6aGyKpRjm, http://www.playvid.com/watch/nO4n2nkFzMq,
http://www.playvid.com/watch/-JvIdtDjE43, http://www.playvid.com/watch/cwTXeJGlZED, http://www.playvid.com/watch/Hp-Lrf9ALLL,
http://www.playvid.com/watch/4cAB2jf5Ah5, http://www.playvid.com/watch/eHgJWIs0R9Z, http://www.playvid.com/watch/lSnEe-ocOUM,
http://www.playvid.com/watch/LJgg8Srp2IJ, http://www.playvid.com/watch/-JpymtWVlbJ, http://www.playvid.com/watch/L0-BDdLrjIL,
http://www.playvid.com/watch/HWCwWJACoQx, http://www.playvid.com/watch/w69d5JuuydK, http://www.playvid.com/watch/5p9tCUTQ8WB,
http://www.playvid.com/watch/C8McArE3HnA, http://www.playvid.com/watch/2ik48r7UYcs, http://www.playvid.com/watch/q7IhTQ5YuEZ,
http://www.playvid.com/watch/IJRxNq5einM, http://www.playvid.com/watch/iIyMHC0shZq, http://www.playvid.com/watch/8AFmMLhzGsb,
http://www.playvid.com/watch/LuaStEoA4gV, http://www.playvid.com/watch/octuGeyD8pF, http://www.playvid.com/watch/IKvEOEP0MRt,
http://www.playvid.com/watch/TEAwoP28Uup, http://www.playvid.com/watch/00ELB6MA9Yk, http://www.playvid.com/watch/kkf2wXNQnYM,
http://www.playvid.com/watch/HJSrOR4nvba, http://www.playvid.com/watch/NzNZFoQAoPR, http://www.playvid.com/watch/LY2Z6lENj0i,
http://www.playvid.com/watch/I7k7zn65VcG
5.f. Date of third notice: 2013-12-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lubang85
5.b. Uploader's email address: mgrshivaji85@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lubang85
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IEaHg-JHQP4, http://www.playvid.com/watch/WCskHggo5z3,
http://www.playvid.com/watch/VaQwyYoPYFl, http://www.playvid.com/watch/dZqUdQYhmrg, http://www.playvid.com/watch/xDyx3ddMcNW,
http://www.playvid.com/watch/fu3AqyoE6fY, http://www.playvid.com/watch/GFrEpwmra5U, http://www.playvid.com/watch/VJHPtwH80pa,
http://www.playvid.com/watch/KbHJL-X8rKi, http://www.playvid.com/watch/zPEjiKbUD3c, http://www.playvid.com/watch/5UuCzsF6zT6,
http://www.playvid.com/watch/EasHlvJOrFc, http://www.playvid.com/watch/gGyNtrAdFF3, http://www.playvid.com/watch/90ycpGNYxan,
http://www.playvid.com/watch/oxe3ZgJb2L0, http://www.playvid.com/watch/ADI0TM5cHlB, http://www.playvid.com/watch/ki6y7-N6JnC,
http://www.playvid.com/watch/tP8xWgIfPad, http://www.playvid.com/watch/gxv2qwBkWiv, http://www.playvid.com/watch/K-gSeB6ba0y,
http://www.playvid.com/watch/zTii3yQN8g9, http://www.playvid.com/watch/gKRPRAD7iwL, http://www.playvid.com/watch/rqTT4TiPeou,
http://www.playvid.com/watch/r3jv-hQ-PCs, http://www.playvid.com/watch/ux7zK2VyAJm, http://www.playvid.com/watch/uW-vnE0mbZh,
http://www.playvid.com/watch/Y-hkdCzalDt, http://www.playvid.com/watch/4Jv-WNCDcEM, http://www.playvid.com/watch/-BUFgWSp0pf,
http://www.playvid.com/watch/-pJSX6rpJyj, http://www.playvid.com/watch/WLzCiiLQmEv, http://www.playvid.com/watch/d5xROYv0Wgv,
http://www.playvid.com/watch/wmueS32xPld, http://www.playvid.com/watch/IYThdxZL4iE, http://www.playvid.com/watch/DcaUJpd3q5u,
http://www.playvid.com/watch/8-fiqYm5396, http://www.playvid.com/watch/WfNe2PjUmho, http://www.playvid.com/watch/ARgVvLd0JGs,
http://www.playvid.com/watch/iHJ7T0eGmPB, http://www.playvid.com/watch/o2IXhfTr3AS, http://www.playvid.com/watch/kqGfEcW0hNi,
http://www.playvid.com/watch/8E2pRc9oy2P, http://www.playvid.com/watch/HwyP84EYXBg, http://www.playvid.com/watch/WsiWTOw6KwM,
http://www.playvid.com/watch/4okh4te-Uqy, http://www.playvid.com/watch/DxXb2uekTJA, http://www.playvid.com/watch/5kQkl4hsckf,
http://www.playvid.com/watch/3zG5fzmU0pY, http://www.playvid.com/watch/Y97nErwkfz3, http://www.playvid.com/watch/peei-AQDrRA,
http://www.playvid.com/watch/EMNOy5pNazK, http://www.playvid.com/watch/AYaTYG6GPeo, http://www.playvid.com/watch/MEnRG25xSHf,
http://www.playvid.com/watch/OyhfS9Fv6sh, http://www.playvid.com/watch/ISLDFp5nVgs, http://www.playvid.com/watch/QDarGfbsXX7,
http://www.playvid.com/watch/0qKKY2oel4l, http://www.playvid.com/watch/ASCJOTHS3aT, http://www.playvid.com/watch/AmTb-Vq3wT7,
http://www.playvid.com/watch/Nhf72oNQK0F, http://www.playvid.com/watch/BdxnkYhHlNZ, http://www.playvid.com/watch/eGyUtTqsk7O,
http://www.playvid.com/watch/9z5vPoK9sjr, http://www.playvid.com/watch/egqUV-RfRra, http://www.playvid.com/watch/ggYkXH9Qta5,
http://www.playvid.com/watch/ZEGm5W5-Lcc, http://www.playvid.com/watch/pySHYazDMRN, http://www.playvid.com/watch/cVRoTMaCA4E,
http://www.playvid.com/watch/3J-wsViNqxZ, http://www.playvid.com/watch/gFVkxAZso2G, http://www.playvid.com/watch/JAQwGMdXShg,
http://www.playvid.com/watch/kVYJOStXA4T, http://www.playvid.com/watch/mDpN3Uci5LR, http://www.playvid.com/watch/FHkcX5GTdry,
http://www.playvid.com/watch/A6UT3pQJhic, http://www.playvid.com/watch/u8PNrZl-iFA, http://www.playvid.com/watch/7u-YFahwNWc,
http://www.playvid.com/watch/KVkTUVEnny0, http://www.playvid.com/watch/mj89dFqdFWA, http://www.playvid.com/watch/9rvNjvWYPFs,
http://www.playvid.com/watch/myXugHyB92X, http://www.playvid.com/watch/TJsonlQnF6Z, http://www.playvid.com/watch/WhzkmZNkWa-,
http://www.playvid.com/watch/pdFXWdTVkYM, http://www.playvid.com/watch/ge2NARZucay, http://www.playvid.com/watch/7NzGmR6Lu2u,
http://www.playvid.com/watch/qJn3f2mugSt, http://www.playvid.com/watch/roAEuRagVET, http://www.playvid.com/watch/IWZgIDLMFjZ,
http://www.playvid.com/watch/cH6836rfvnv, http://www.playvid.com/watch/8ECCZCuu-TM, http://www.playvid.com/watch/krA0NXOiCOe,
http://www.playvid.com/watch/Ed34CDZOV5P, http://www.playvid.com/watch/uCQtGTTcgih, http://www.playvid.com/watch/qeAElQfj6YR,
http://www.playvid.com/watch/R5tyiZvBCWz, http://www.playvid.com/watch/-wQiD-xRLZ5, http://www.playvid.com/watch/dlBnYwiI73Q,
http://www.playvid.com/watch/UdMkUEoXi4c, http://www.playvid.com/watch/6pE-5iOL6jS, http://www.playvid.com/watch/bjNSmnJTDw9,
http://www.playvid.com/watch/w90k2y3Jham, http://www.playvid.com/watch/gk9b4QvNVlw, http://www.playvid.com/watch/-H2U2pFAX5g,
http://www.playvid.com/watch/NbRMR0Gciyn, http://www.playvid.com/watch/gl9bxLWbvZT, http://www.playvid.com/watch/JYvGK4ZyPt7,
http://www.playvid.com/watch/laW55Bn-drB, http://www.playvid.com/watch/hCs5ZF4SfIM, http://www.playvid.com/watch/OrbRalWcFlu,
http://www.playvid.com/watch/fFOaQTPVGM8, http://www.playvid.com/watch/QlazOJChfPM, http://www.playvid.com/watch/pjtVbJGYOqu,
http://www.playvid.com/watch/PrYOlA6D6d7, http://www.playvid.com/watch/seffX7hCJlx, http://www.playvid.com/watch/u3dcTrnjvI3,
http://www.playvid.com/watch/odPiiUQunV4, http://www.playvid.com/watch/3AXRMsgPAhl, http://www.playvid.com/watch/PVOvUJPEbZD,
http://www.playvid.com/watch/loG3JJAM43D, http://www.playvid.com/watch/l8xZO78NOgU, http://www.playvid.com/watch/NwwFzO2Krjb,
http://www.playvid.com/watch/b2GqI3lfs2X, http://www.playvid.com/watch/fI6hfJHCsyR, http://www.playvid.com/watch/sNp0627GJwQ,
http://www.playvid.com/watch/j3PC6UnHYkP, http://www.playvid.com/watch/pC9MzXyoVtX, http://www.playvid.com/watch/CbAryvICn6B,
http://www.playvid.com/watch/00n5pm-UwwN, http://www.playvid.com/watch/xuJAN2whyUX, http://www.playvid.com/watch/dBBDPQmB9I0,
http://www.playvid.com/watch/Q45XMyrZ7-4, http://www.playvid.com/watch/tsgoYjlkM3L, http://www.playvid.com/watch/beeP8cKvfEC,
http://www.playvid.com/watch/e06pcokBvTE, http://www.playvid.com/watch/HaMqHxU89R4, http://www.playvid.com/watch/iF6aWQaAkob,
http://www.playvid.com/watch/kcV3WDqKwvn, http://www.playvid.com/watch/Xe92zeKiZMf, http://www.playvid.com/watch/V8sAaLTno80,
http://www.playvid.com/watch/ptG9982rKjH, http://www.playvid.com/watch/ik3d5wjIC6r, http://www.playvid.com/watch/N4Sl4IqSbtm,
http://www.playvid.com/watch/eduyodjLwew, http://www.playvid.com/watch/aeeVWxDqcuy, http://www.playvid.com/watch/TGaejVkZfTI,
http://www.playvid.com/watch/BeVqXVcov5X, http://www.playvid.com/watch/wUykzk2SyOo, http://www.playvid.com/watch/K0E6M56D5Pn,
http://www.playvid.com/watch/lMOfMhMX4UU, http://www.playvid.com/watch/aCkZ39u39DH, http://www.playvid.com/watch/FHu9E7v8bvm,
http://www.playvid.com/watch/Cxd77FAf2n9, http://www.playvid.com/watch/IHrhRICXL83, http://www.playvid.com/watch/n2kpnDEyxSf,
http://www.playvid.com/watch/VQgcYqKv0Ju, http://www.playvid.com/watch/Foqoqckturc, http://www.playvid.com/watch/2kOcA-uY4QO,
http://www.playvid.com/watch/c73FCWPxMA7, http://www.playvid.com/watch/ZjQRikyrSMk, http://www.playvid.com/watch/LZOEseti63C,
http://www.playvid.com/watch/yTOxZH9uUCM, http://www.playvid.com/watch/SsdjB8liktm, http://www.playvid.com/watch/ZSyBmzSpAX-,
http://www.playvid.com/watch/FgvkwggHkcr, http://www.playvid.com/watch/2hntoMY03ob, http://www.playvid.com/watch/pOHfyWoQVNl,
http://www.playvid.com/watch/l20bL06t-gk, http://www.playvid.com/watch/ebZhzWMJD6x, http://www.playvid.com/watch/SABO9P-8bYA,
http://www.playvid.com/watch/v9bAQ3iooMN, http://www.playvid.com/watch/gqNvTgoypFQ, http://www.playvid.com/watch/v-vs4P6zqjM,

http://www.playvid.com/watch/Cn6CzU9lidt, http://www.playvid.com/watch/aUJH03dPlxD, http://www.playvid.com/watch/AKe-yNxeIhC, http://www.playvid.com/watch/fP5eufQdeaK, http://www.playvid.com/watch/tvQ6gHpFmhR, http://www.playvid.com/watch/i6E8YbXImmm, http://www.playvid.com/watch/zsPQFtfOg0s, http://www.playvid.com/watch/nvld9oES8l0, http://www.playvid.com/watch/9OtizVuUI7g, http://www.playvid.com/watch/jeF-Up2l5LC, http://www.playvid.com/watch/hWjzW9Dap-0, http://www.playvid.com/watch/CeOOUNmoyFs, http://www.playvid.com/watch/sfwzFRjQYxI, http://www.playvid.com/watch/ub5rfL0OXzj, http://www.playvid.com/watch/6lgQ9Ezlgh2, http://www.playvid.com/watch/iWd97N4kONk, http://www.playvid.com/watch/B48gJRuXAIV, http://www.playvid.com/watch/QUG0WuqeJda, http://www.playvid.com/watch/d7KcYTPXhvc, http://www.playvid.com/watch/gw7AQhGMK8F, http://www.playvid.com/watch/ZJ4936fRYXP, http://www.playvid.com/watch/gQKuzbQSbFi, http://www.playvid.com/watch/88jATyB82v-, http://www.playvid.com/watch/BqDlsyHCygf, http://www.playvid.com/watch/vGNBbqyboY-, http://www.playvid.com/watch/WyGm0eS9TQD, http://www.playvid.com/watch/CluiUv8-orO, http://www.playvid.com/watch/Jap0VC3D8ch, http://www.playvid.com/watch/oGvw4Gyc8Bb, http://www.playvid.com/watch/kTPsmjnpw0q, http://www.playvid.com/watch/e0CXIAcTzfP, http://www.playvid.com/watch/TtDJNg7OXgv, http://www.playvid.com/watch/3ODZmicnIa9, http://www.playvid.com/watch/ipycFSIy3N0, http://www.playvid.com/watch/MymaUWrZ-3j, http://www.playvid.com/watch/7HAGUQwvvyq, http://www.playvid.com/watch/z6kB4fOtuc5, http://www.playvid.com/watch/GdWtgaZIgTU, http://www.playvid.com/watch/lZ90Q3QMM9C, http://www.playvid.com/watch/lwALpvlHEHx, http://www.playvid.com/watch/z8Uuhg2pKVx, http://www.playvid.com/watch/NVeSMu5GjUE, http://www.playvid.com/watch/upERshjBbid, http://www.playvid.com/watch/cW9sroUXfZQ, http://www.playvid.com/watch/CNPqbS5oJVE, http://www.playvid.com/watch/a3QzALi-b6k, http://www.playvid.com/watch/HNmotNFRDMt, http://www.playvid.com/watch/O6c3jGg5GkE, http://www.playvid.com/watch/SzJoxrdgGKJ, http://www.playvid.com/watch/lcgvXxnANjz, http://www.playvid.com/watch/48gVEQ4i2Fd, http://www.playvid.com/watch/QJGtJcC6I7j, http://www.playvid.com/watch/MVgQvZl6Xzz, http://www.playvid.com/watch/jGGN23c3o2T, http://www.playvid.com/watch/4AC-3tzdFJ3, http://www.playvid.com/watch/luelwSPIwkW, http://www.playvid.com/watch/CVQ24MtlNOs, http://www.playvid.com/watch/3A9iqWTlDXc, http://www.playvid.com/watch/L7TohQJ0TGt, http://www.playvid.com/watch/ITw6JOBlQ87, http://www.playvid.com/watch/UyKUuiB4rK0, http://www.playvid.com/watch/JPsHLCXovaA, http://www.playvid.com/watch/DWCOm0nlr4o, http://www.playvid.com/watch/QUgUmTgpzRH, http://www.playvid.com/watch/ilSPS7hwaRj, http://www.playvid.com/watch/N2ZGEfRg45v, http://www.playvid.com/watch/u3vJvvFRaEo, http://www.playvid.com/watch/mcVS0lsp0rC, http://www.playvid.com/watch/DvEIPhShTjX, http://www.playvid.com/watch/msqsGY2gWh5, http://www.playvid.com/watch/Z-bkG3Gh8eQ, http://www.playvid.com/watch/20SKB66QKSo, http://www.playvid.com/watch/F6UlchpcNXL, http://www.playvid.com/watch/q5CG9tcF6PW, http://www.playvid.com/watch/MYQJrJWxgeM, http://www.playvid.com/watch/ykSOS-RdUt9, http://www.playvid.com/watch/Du9mlMXX3IQ, http://www.playvid.com/watch/vo7SE8noJS9, http://www.playvid.com/watch/s0hGcqtogJK
5.f. Date of third notice: 2013-11-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: luislu4o
5.b. Uploader's email address: emabogdanos@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/luislu4o
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yX4-IIV9m2e, http://www.playvid.com/watch/Oc38ACeXreb, http://www.playvid.com/watch/g38NPwtV5ax, http://www.playvid.com/watch/dMLxO2M4-st, http://www.playvid.com/watch/uHyxVUA9UvR, http://www.playvid.com/watch/BXkx2F7zYGN, http://www.playvid.com/watch/mF-yPk7CRdY, http://www.playvid.com/watch/pSSwFX5xJ6j, http://www.playvid.com/watch/deJDvXF6VcI, http://www.playvid.com/watch/dONgSZfA3GU, http://www.playvid.com/watch/RbUOkGWgMf2, http://www.playvid.com/watch/CJaTmFBEu0U, http://www.playvid.com/watch/nbZ9en2vk5h, http://www.playvid.com/watch/cnNN7eitENH, http://www.playvid.com/watch/RBsA7ys4g5k, http://www.playvid.com/watch/dqQiq2nnwII, http://www.playvid.com/watch/2eWxztZCIsT, http://www.playvid.com/watch/X8yujgT9vYa, http://www.playvid.com/watch/yMf272PIAEf, http://www.playvid.com/watch/vQrlhdSgkg0, http://www.playvid.com/watch/KyBMR2tJCLt, http://www.playvid.com/watch/SDXikDRpJ6h, http://www.playvid.com/watch/774hXX5GE70, http://www.playvid.com/watch/lquxm9Sqbf4, http://www.playvid.com/watch/C8XYHgMMAss, http://www.playvid.com/watch/XS4Vfx8Xzmj, http://www.playvid.com/watch/qgHj6T36Kmn, http://www.playvid.com/watch/4Fn0PLnzsnJ, http://www.playvid.com/watch/QMFXJM0Mrlv, http://www.playvid.com/watch/wcphBx5foeO, http://www.playvid.com/watch/-PmJQG8bC5v, http://www.playvid.com/watch/FsqCeYQ5TFp, http://www.playvid.com/watch/NMDbQKDJDqQ, http://www.playvid.com/watch/GwRfF2YW85C, http://www.playvid.com/watch/XeecNZJuCNB, http://www.playvid.com/watch/VXagFA8NKTE, http://www.playvid.com/watch/BjqqXyn8wMT, http://www.playvid.com/watch/bEDLLgJzghR, http://www.playvid.com/watch/nnl4YIsx0o2, http://www.playvid.com/watch/lT4Q8sD3diV, http://www.playvid.com/watch/7HUrYYi4wgg, http://www.playvid.com/watch/gbvdqGCLnhW, http://www.playvid.com/watch/PDN8YRQkeIU, http://www.playvid.com/watch/ax2qitkHVLh, http://www.playvid.com/watch/uMpAlWeLayi, http://www.playvid.com/watch/eWbyOoCiukf, http://www.playvid.com/watch/5ckKJBH9bkL, http://www.playvid.com/watch/TcGlaxn95yG, http://www.playvid.com/watch/3Q6FG8m8Bk-, http://www.playvid.com/watch/00TpLUcEZkp, http://www.playvid.com/watch/-5NJXWRPyLz, http://www.playvid.com/watch/rx8bXOJdCXi, http://www.playvid.com/watch/vELMRnm6I8B, http://www.playvid.com/watch/jK6Z90Jr6k4, http://www.playvid.com/watch/hNa2-CRKVjM, http://www.playvid.com/watch/pezOl-M5ISv, http://www.playvid.com/watch/bdCwqpdS9IK, http://www.playvid.com/watch/sPpMJvIw5A9, http://www.playvid.com/watch/uj7mrqAooDn, http://www.playvid.com/watch/HnlF94NCjMV, http://www.playvid.com/watch/M8cWGyGHexL, http://www.playvid.com/watch/SuHUzN9enHI, http://www.playvid.com/watch/3ksttSlF-yf, http://www.playvid.com/watch/nIOPV4csi9x, http://www.playvid.com/watch/jovfMVYiA8u, http://www.playvid.com/watch/kQg-jWYrevd, http://www.playvid.com/watch/-fGkfiAbaoN, http://www.playvid.com/watch/minDoZNh2HZ, http://www.playvid.com/watch/4NsrEV4m9C7, http://www.playvid.com/watch/lbntIs5PpgA, http://www.playvid.com/watch/SrHL6VSuxgQ, http://www.playvid.com/watch/hJydiQmJTaD, http://www.playvid.com/watch/oAcC9Xr76kP, http://www.playvid.com/watch/oEQcyFEWKyM, http://www.playvid.com/watch/e8Lo9SlgtWH, http://www.playvid.com/watch/GG3aONSrCAI, http://www.playvid.com/watch/TApZU85xx63, http://www.playvid.com/watch/sqwWJjEJuL8, http://www.playvid.com/watch/XXRlkEMH4Vv, http://www.playvid.com/watch/GGEHATJRATE, http://www.playvid.com/watch/AvbhmN32fGb, http://www.playvid.com/watch/tIAJYZYbaAq, http://www.playvid.com/watch/KzxbDdepssr, http://www.playvid.com/watch/R4AIy0DcFzB, http://www.playvid.com/watch/VSF70HWytZp, http://www.playvid.com/watch/sonkpzyE7XF, http://www.playvid.com/watch/z2ZeNL4Z74u, http://www.playvid.com/watch/ZzbJkquH8Uf, http://www.playvid.com/watch/DA2cWpNXOxr, http://www.playvid.com/watch/u8PS7AcR6Bo, http://www.playvid.com/watch/JMmGQxPaoVo, http://www.playvid.com/watch/lk-YxqEfJxw, http://www.playvid.com/watch/oFwOCsHFSzc, http://www.playvid.com/watch/qK5lStbGcq4, http://www.playvid.com/watch/4NIyfNr6Iew, http://www.playvid.com/watch/HxNEtWCBKnM, http://www.playvid.com/watch/K0bQmPgk-kV
5.f. Date of third notice: 2013-07-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lukas77
5.b. Uploader's email address: lukas77@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lukas77
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5sc1MfT9MES, http://www.playvid.com/watch/6vRLmi3VzzG, http://www.playvid.com/watch/vubCQ8tRcK6, http://www.playvid.com/watch/cGJyKTlLc1S, http://www.playvid.com/watch/OBoINaeqlzc, http://www.playvid.com/watch/lqXqAU_n1LK, http://www.playvid.com/watch/3Z5y34ZIpPu, http://www.playvid.com/watch/DxjY57uCzZK, http://www.playvid.com/watch/wPnJpqvxYFd
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: lukastaka87
5.b. Uploader's email address: lukastaka87@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/lukastaka87
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-AB4jXzrtKP, http://www.playvid.com/watch/KM0it3eqx27, http://www.playvid.com/watch/ZpjjiXMV2j7, http://www.playvid.com/watch/kRO1lKyCyU-, http://www.playvid.com/watch/VFLoG3YEzOZ, http://www.playvid.com/watch/PLg5x4SXpSK, http://www.playvid.com/watch/eDYsiftIPK5, http://www.playvid.com/watch/qzkZiGlTll8, http://www.playvid.com/watch/lfFZ-Ji63NZ, http://www.playvid.com/watch/HZXA4cXV92o, http://www.playvid.com/watch/0wvga27KTyX, http://www.playvid.com/watch/Pz4T9dzFzNG, http://www.playvid.com/watch/XErsqFAdhsS, http://www.playvid.com/watch/TjGWuinElNt, http://www.playvid.com/watch/L5MrbeYb2oL, http://www.playvid.com/watch/u9HZBnM0dma, http://www.playvid.com/watch/uSlKRELrAr4, http://www.playvid.com/watch/w8zW4YXcb4B, http://www.playvid.com/watch/ljtTcrqQ7ev, http://www.playvid.com/watch/OfFDzMZ9NGO, http://www.playvid.com/watch/glOg8ehHTIJ, http://www.playvid.com/watch/PHBtUSos4Wn, http://www.playvid.com/watch/mLbBVPs4UoL, http://www.playvid.com/watch/SNcoqcFzIL2, http://www.playvid.com/watch/CRs3aIucjN6, http://www.playvid.com/watch/Ksw6Cj-No-e, http://www.playvid.com/watch/6JfZBvqjzuf, http://www.playvid.com/watch/Z5qmCJVXdli, http://www.playvid.com/watch/aOlH9BVJZ9R, http://www.playvid.com/watch/QPHSD5pRGFw, http://www.playvid.com/watch/-G7oCL9CxE-, http://www.playvid.com/watch/o6vA1MwsH0R, http://www.playvid.com/watch/lOyTesrb1Fn, http://www.playvid.com/watch/aU-qpNYp53F, http://www.playvid.com/watch/PoiJp3zxmLZ, http://www.playvid.com/watch/t2l8U30Izcn, http://www.playvid.com/watch/c1iQJOFtq6Z, http://www.playvid.com/watch/sBDPJjDekPf, http://www.playvid.com/watch/QmwaEO84Cdw, http://www.playvid.com/watch/SsvMtoJGZxu, http://www.playvid.com/watch/3Mi4GwWA1sf,

http://www.playvid.com/watch/mEvt2UsHlTm, http://www.playvid.com/watch/PYUq-gzGran, http://www.playvid.com/watch/cNeFz0uUsVP,
http://www.playvid.com/watch/p6QwonPdn88, http://www.playvid.com/watch/zJgtTj6W86c, http://www.playvid.com/watch/J6nGfhq4LPo,
http://www.playvid.com/watch/CAIQLI8-e3U, http://www.playvid.com/watch/ThP0AiIYNxk, http://www.playvid.com/watch/Qs8LcCLxM0Q,
http://www.playvid.com/watch/4vKU-thSjbD, http://www.playvid.com/watch/CegD8tGvRoF, http://www.playvid.com/watch/whpd87N5Mnv,
http://www.playvid.com/watch/C1aC3b2ZtV5, http://www.playvid.com/watch/H8fSuGLWW-p, http://www.playvid.com/watch/fCPqLRJ17-6,
http://www.playvid.com/watch/8EF5JKkZHLT, http://www.playvid.com/watch/QGwGbNCIE4G, http://www.playvid.com/watch/m0-9CU1MQFb,
http://www.playvid.com/watch/09OEqreD-iW, http://www.playvid.com/watch/StImMCluemP, http://www.playvid.com/watch/lKdjypQ0a6P,
http://www.playvid.com/watch/rHvkwA4v2Hn
5.f. Date of third notice: 2013-06-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: macheta
5.b. Uploader's email address: erikbooss@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/macheta
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KnG668stsIR, http://www.playvid.com/watch/mpYDvKbjQFg,
http://www.playvid.com/watch/PcOau8NEH6i, http://www.playvid.com/watch/H8n-6U43Ezv, http://www.playvid.com/watch/CkjmdLMoLfA,
http://www.playvid.com/watch/ct3SMBsa_dO, http://www.playvid.com/watch/rhwrM2k4unb, http://www.playvid.com/watch/AVmtahJdSw9,
http://www.playvid.com/watch/poC-V9DI2b6, http://www.playvid.com/watch/CLJf_OkP8In, http://www.playvid.com/watch/x-86KB_QUzh,
http://www.playvid.com/watch/p-mhM6-RglX, http://www.playvid.com/watch/wdBRnhNQU2C, http://www.playvid.com/watch/mCGsDaIiy0o,
http://www.playvid.com/watch/B5eJxPZzhnN, http://www.playvid.com/watch/xRSnr2PqAvF, http://www.playvid.com/watch/sTpqe8IDW-h,
http://www.playvid.com/watch/ZD50z21BZE6, http://www.playvid.com/watch/VCfioCfiWha, http://www.playvid.com/watch/q8Bn9jE4vOH,
http://www.playvid.com/watch/EnGPpZjMpKF, http://www.playvid.com/watch/fflZXSpEghi, http://www.playvid.com/watch/r8BkJYwyED2,
http://www.playvid.com/watch/uMmid2CjIWY, http://www.playvid.com/watch/nqHaeDPoPst, http://www.playvid.com/watch/XHksnjb1frT,
http://www.playvid.com/watch/T-Nyki1-0st, http://www.playvid.com/watch/SDK_yMIuDt0, http://www.playvid.com/watch/9pUz9gOC0mr,
http://www.playvid.com/watch/Dwk4TgC7Hf8, http://www.playvid.com/watch/8YxE3-m2PKM, http://www.playvid.com/watch/yX3gHz9ymVX,
http://www.playvid.com/watch/tDe9EYesVAS, http://www.playvid.com/watch/TGLmW0m9r23, http://www.playvid.com/watch/VM5hmE5Zuqt,
http://www.playvid.com/watch/O91f3ATxmvi, http://www.playvid.com/watch/editsmYSILp, http://www.playvid.com/watch/eJplBS6vhHO,
http://www.playvid.com/watch/DcItIwXwRZM, http://www.playvid.com/watch/sLgP6i2z_3C, http://www.playvid.com/watch/W5fexfMFDBS,
http://www.playvid.com/watch/Dc6i2upd9B0, http://www.playvid.com/watch/XUXbR6FKqig, http://www.playvid.com/watch/L5NnAFkg3mJ,
http://www.playvid.com/watch/x_u9OfOilVB, http://www.playvid.com/watch/4YMdjw2dotU, http://www.playvid.com/watch/Bw-jlvCObJj,
http://www.playvid.com/watch/K3FrZgqJyNY, http://www.playvid.com/watch/dRELLNjWbct, http://www.playvid.com/watch/dvQJEk8Timo,
http://www.playvid.com/watch/TWu8Yudbvsb, http://www.playvid.com/watch/REr8aA2RwxT, http://www.playvid.com/watch/sJSFBLB565I,
http://www.playvid.com/watch/3TLwm8DkwjB, http://www.playvid.com/watch/ywd-XmNd-0w, http://www.playvid.com/watch/QDXRmUjVKkQ,
http://www.playvid.com/watch/Cocsh6JEXgc, http://www.playvid.com/watch/HOEjHMw-Gjt, http://www.playvid.com/watch/DK9I_65PuGa,
http://www.playvid.com/watch/fRtMvhsDJnE, http://www.playvid.com/watch/0t3uVM9SbrP, http://www.playvid.com/watch/IaFCId0NpV6,
http://www.playvid.com/watch/5GryM_leE92, http://www.playvid.com/watch/echuWipFoah, http://www.playvid.com/watch/Idcq6eovcMN,
http://www.playvid.com/watch/NUcn8E4Vm4w, http://www.playvid.com/watch/jRxFb8iCUH2, http://www.playvid.com/watch/TkZX7fpirRv,
http://www.playvid.com/watch/2ypYPvNEixm, http://www.playvid.com/watch/rAAx4eLHx6G, http://www.playvid.com/watch/QF0ui57-kPN,
http://www.playvid.com/watch/yslqwqioXzV, http://www.playvid.com/watch/xmrUuYzPAqY, http://www.playvid.com/watch/NkibP2aTqBW,
http://www.playvid.com/watch/nnyw_ZFrU-i, http://www.playvid.com/watch/Q5VX2rpMqxP, http://www.playvid.com/watch/M4W0K_93iCj,
http://www.playvid.com/watch/B7PV7OYL8YM, http://www.playvid.com/watch/22N4RSjBkdF, http://www.playvid.com/watch/Uad8cDtviqB,
http://www.playvid.com/watch/yiTKs6O3G2B, http://www.playvid.com/watch/2PC0FdrdhV8, http://www.playvid.com/watch/3xk86tETyFb,
http://www.playvid.com/watch/LwN0scpyoMy, http://www.playvid.com/watch/FA04NkbRktM, http://www.playvid.com/watch/ev1JMFUjv8p,
http://www.playvid.com/watch/K1QUs0e28yZ, http://www.playvid.com/watch/xEl09T8fH4I, http://www.playvid.com/watch/Wo59i9l74JT,
http://www.playvid.com/watch/BYOrpw02G8n, http://www.playvid.com/watch/YTN9JQakTWh, http://www.playvid.com/watch/JVOT3fvBjgW,
http://www.playvid.com/watch/ZDDhdIU-qbJ, http://www.playvid.com/watch/yVxLuQTuodJ, http://www.playvid.com/watch/A4AeTpYkYby,
http://www.playvid.com/watch/z4c26Yiq-kx, http://www.playvid.com/watch/xNdK7kFjsyD, http://www.playvid.com/watch/vBtscYMp_jO,
http://www.playvid.com/watch/2C6bkH-IyYb, http://www.playvid.com/watch/EXs1HlAFG-8, http://www.playvid.com/watch/LkPW2uq9L4Q,
http://www.playvid.com/watch/OUi05Gya1aZ, http://www.playvid.com/watch/aMpsKHkoOtP, http://www.playvid.com/watch/vAKC2VlZ2js,
http://www.playvid.com/watch/GMfJ6JdWUj9, http://www.playvid.com/watch/NXM80R04qRe, http://www.playvid.com/watch/yLZHdvZCIsN,
http://www.playvid.com/watch/9-yVL1JK3YX, http://www.playvid.com/watch/RKNCWQNcZ3T, http://www.playvid.com/watch/2ryA4JX9yEg,
http://www.playvid.com/watch/540FRLAnXQH, http://www.playvid.com/watch/eghZJUgyv8a, http://www.playvid.com/watch/i3T2eYnurJt,
http://www.playvid.com/watch/gzCg_sUUIcz, http://www.playvid.com/watch/acXr1_QGdDX, http://www.playvid.com/watch/LRPnaU3cOp7,
http://www.playvid.com/watch/rMAmzLm1_Do, http://www.playvid.com/watch/C3ciq-KiKzD, http://www.playvid.com/watch/TNYQjyJGcFE,
http://www.playvid.com/watch/uMToHDUht5t, http://www.playvid.com/watch/2R8PDHYssOn, http://www.playvid.com/watch/z_xLjF_MTVF,
http://www.playvid.com/watch/4CKFYRSanaZ, http://www.playvid.com/watch/ae7LOlXAdbH, http://www.playvid.com/watch/VvYS2Ov-esV,
http://www.playvid.com/watch/J7-uOREi6-Z, http://www.playvid.com/watch/av8Egtjysvo, http://www.playvid.com/watch/WHvcKrBiomj,
http://www.playvid.com/watch/SWH5K6uZAAB, http://www.playvid.com/watch/xP2nmNBnfiY, http://www.playvid.com/watch/cpwr76epndu,
http://www.playvid.com/watch/8kE17WjKzzV, http://www.playvid.com/watch/IJ02enBmLdh, http://www.playvid.com/watch/W514gZDUktK,
http://www.playvid.com/watch/A0Xh-6d-wAl, http://www.playvid.com/watch/TB0pxynDsU8, http://www.playvid.com/watch/Xz1I-pOAkIa,
http://www.playvid.com/watch/Vvtn788vhjW, http://www.playvid.com/watch/4JXSDQlPBeO, http://www.playvid.com/watch/DffyXNvb7X7,
http://www.playvid.com/watch/wkzDLKi-_VS, http://www.playvid.com/watch/KaBQ4w7cLYw, http://www.playvid.com/watch/FRTGichDsp2,
http://www.playvid.com/watch/QoCzEgjAm3V, http://www.playvid.com/watch/Noi7XUub3eJ, http://www.playvid.com/watch/4afN7n-0_9M,
http://www.playvid.com/watch/EjJvFIkJENS, http://www.playvid.com/watch/z12SCUAuLKg, http://www.playvid.com/watch/mx0x9tp6OOA,
http://www.playvid.com/watch/9WPx28rOF_d, http://www.playvid.com/watch/uz3EzvwCmJq, http://www.playvid.com/watch/xM2O233ygiW,
http://www.playvid.com/watch/vU1YzcSge4a, http://www.playvid.com/watch/V9O-sdeA3P6, http://www.playvid.com/watch/o1r8Uf2o3Lu,
http://www.playvid.com/watch/9V1b78_FahT, http://www.playvid.com/watch/xmq7Ld89CB8, http://www.playvid.com/watch/HS2nIXIciGC,
http://www.playvid.com/watch/8MGVAkIi0u4, http://www.playvid.com/watch/LUIlPXpsGOh, http://www.playvid.com/watch/xOhOhOg43XP,
http://www.playvid.com/watch/2wA4MoCp-mZ, http://www.playvid.com/watch/Wxg3ypOeFLK, http://www.playvid.com/watch/UwtzKW-yEPv,
http://www.playvid.com/watch/u9s0wfCfXQe, http://www.playvid.com/watch/QG5lmEMAqq7, http://www.playvid.com/watch/f8SZya_pk33,
http://www.playvid.com/watch/N1MJJmO34Dw, http://www.playvid.com/watch/A1i-2Tb3Jya, http://www.playvid.com/watch/ETs0FmyU19s,
http://www.playvid.com/watch/o3mZi3mCYwN, http://www.playvid.com/watch/0dUCATNSlek, http://www.playvid.com/watch/XRBoBgzwC84,
http://www.playvid.com/watch/kb9a-OGdgvg, http://www.playvid.com/watch/2n3m-9_Fhir, http://www.playvid.com/watch/YILvI17WtSN,
http://www.playvid.com/watch/kMpJ6fzCCHU, http://www.playvid.com/watch/JI77giS292p, http://www.playvid.com/watch/91Ou_yb_ucM,
http://www.playvid.com/watch/WxT_uUl_IOZ, http://www.playvid.com/watch/b2njeztmaMv, http://www.playvid.com/watch/fjxbC_M50jf,
http://www.playvid.com/watch/Pk2bnbGLNVR, http://www.playvid.com/watch/SX5k__sZm-f, http://www.playvid.com/watch/0SdIEf8GRut,
http://www.playvid.com/watch/UFNerEWJzKm, http://www.playvid.com/watch/8QVUUa2lyxr, http://www.playvid.com/watch/3H14fxJP4Bf,
http://www.playvid.com/watch/451ob-bh47R, http://www.playvid.com/watch/0HACfJCesls, http://www.playvid.com/watch/kpF00j2-UEH,
http://www.playvid.com/watch/8Q-fG10JMbP, http://www.playvid.com/watch/YmfiGDZIUt5, http://www.playvid.com/watch/hO5hjRmvmFG,
http://www.playvid.com/watch/cdR44g-PJT5, http://www.playvid.com/watch/Dl2fe_2gBYW, http://www.playvid.com/watch/WVZAlPxTgyq,
http://www.playvid.com/watch/lu0O3B5EHNr, http://www.playvid.com/watch/UseHgWCFRWr, http://www.playvid.com/watch/nwSnNUZviX8,
http://www.playvid.com/watch/PJlYxv5CLI3, http://www.playvid.com/watch/otAwdHMir6n, http://www.playvid.com/watch/QgdoSImVxMn,
http://www.playvid.com/watch/s17DJwTpgug, http://www.playvid.com/watch/sOXHHVJL2QX, http://www.playvid.com/watch/wCh8Fe68F46,
http://www.playvid.com/watch/rLmtQP1q0LF, http://www.playvid.com/watch/a50CWmhYcl0, http://www.playvid.com/watch/ARAN38ET-HT,
http://www.playvid.com/watch/yYv-QbnuZGP, http://www.playvid.com/watch/Dd6qzt_23ji, http://www.playvid.com/watch/NJSzJf3mCa7,
http://www.playvid.com/watch/K_Qj-TY100A, http://www.playvid.com/watch/Dtpc3g0Rn5y, http://www.playvid.com/watch/Mgysp5n2NjG,
http://www.playvid.com/watch/VJyGCj9KPOm, http://www.playvid.com/watch/KoGC7qZ--mm, http://www.playvid.com/watch/CpQYYT9Bi3A,
http://www.playvid.com/watch/juEb8mXtJUW, http://www.playvid.com/watch/B_XttbelJml, http://www.playvid.com/watch/Rk77tgmUlQu,
http://www.playvid.com/watch/3p43SQd16yY, http://www.playvid.com/watch/XXwpBgt0dxz, http://www.playvid.com/watch/MPGNjU4gClL,
http://www.playvid.com/watch/f-GHbW7bdno, http://www.playvid.com/watch/xE0jO61rkfT, http://www.playvid.com/watch/6UUDRkDuKqo,
http://www.playvid.com/watch/lCFRGI-wpJO, http://www.playvid.com/watch/X3HWI4nFr6O, http://www.playvid.com/watch/Tq_PIAK4Ytr,
http://www.playvid.com/watch/nDCfURQ5wPk, http://www.playvid.com/watch/gkv_fxJMA2i, http://www.playvid.com/watch/K7DfM-52OAk,
http://www.playvid.com/watch/8hXtV2iszMz, http://www.playvid.com/watch/pUZrLbekvSY, http://www.playvid.com/watch/Req4juEa2i4,
http://www.playvid.com/watch/o5cuzgtFqC6, http://www.playvid.com/watch/cX6821nn5-Q, http://www.playvid.com/watch/zFPMp8UHgG6,
http://www.playvid.com/watch/q_iRVZEgOj2, http://www.playvid.com/watch/Eez4LxHgMkx, http://www.playvid.com/watch/V1O9lk9KKFH,
http://www.playvid.com/watch/0qdom8y2JZY, http://www.playvid.com/watch/g1bQMjH3ZvL, http://www.playvid.com/watch/HkihRydS_TN,

http://www.playvid.com/watch/xzu7ZXed_Gy, http://www.playvid.com/watch/JfDXbjhmITp, http://www.playvid.com/watch/5Jf0cAAIdiR,
http://www.playvid.com/watch/kY3D2qqum63, http://www.playvid.com/watch/KDr2XIiVPGV, http://www.playvid.com/watch/79C0Z_N-mDa,
http://www.playvid.com/watch/G9odObxsE8n, http://www.playvid.com/watch/4WrvlNxPD4Z, http://www.playvid.com/watch/4u4Q0Wyti_r,
http://www.playvid.com/watch/JnmX6p2pGtO, http://www.playvid.com/watch/PrXbpQRgTlK, http://www.playvid.com/watch/L6CJ2ZBiRn6,
http://www.playvid.com/watch/vjxJvo1r8Ne, http://www.playvid.com/watch/gBoI98FyWut, http://www.playvid.com/watch/EFwiusXVVJt,
http://www.playvid.com/watch/h6NmIVQLe22, http://www.playvid.com/watch/Kr4acq6zH60, http://www.playvid.com/watch/IABMDQz-_ms,
http://www.playvid.com/watch/MfMNQGPbqkF, http://www.playvid.com/watch/VAGe87QUSK0, http://www.playvid.com/watch/B_ShjUKU3dP,
http://www.playvid.com/watch/Aewif1rTXRs, http://www.playvid.com/watch/siiJ-sRI5RU, http://www.playvid.com/watch/KejWLBLzi3I,
http://www.playvid.com/watch/7cQUDUu9hD9, http://www.playvid.com/watch/l93abIgwVVW, http://www.playvid.com/watch/oEAcwzpz8ef,
http://www.playvid.com/watch/VDcTMkdoD_d, http://www.playvid.com/watch/5ekpdOZSbQO, http://www.playvid.com/watch/jwDHLi73oEP,
http://www.playvid.com/watch/tf89Ke3QWLw, http://www.playvid.com/watch/FDYOOg6rkQ4, http://www.playvid.com/watch/m2CQEwCqpcr,
http://www.playvid.com/watch/0ijGLJWS7OW, http://www.playvid.com/watch/V7D6OvJUCNE, http://www.playvid.com/watch/Y5X2tPpCB_n,
http://www.playvid.com/watch/47zxEEu_h5F, http://www.playvid.com/watch/eFwbPcgDE2g, http://www.playvid.com/watch/oRdlr-5CV0p,
http://www.playvid.com/watch/s2gPq_IWvtr, http://www.playvid.com/watch/knTn3CQMWOR, http://www.playvid.com/watch/8x06nnU9g0w,
http://www.playvid.com/watch/JMzJeexwjLy, http://www.playvid.com/watch/WcO3CiBDBAl, http://www.playvid.com/watch/pHc4LVoAWnB,
http://www.playvid.com/watch/U3SPruqtYo8, http://www.playvid.com/watch/N2_wELMso2D, http://www.playvid.com/watch/ryWsMEprMM8,
http://www.playvid.com/watch/c43Pd73G56T, http://www.playvid.com/watch/LHwFmjVMMrn, http://www.playvid.com/watch/EimHVFQWhCt,
http://www.playvid.com/watch/T-_ZQlnenEM, http://www.playvid.com/watch/rO1kwlvR_5O, http://www.playvid.com/watch/j_rKEvHA-qg,
http://www.playvid.com/watch/AT55rZwE2ef, http://www.playvid.com/watch/JnXTWSxTQdp, http://www.playvid.com/watch/ag2ZKGqeauq,
http://www.playvid.com/watch/3phmk4eUxCw, http://www.playvid.com/watch/WtzX2khkCi8, http://www.playvid.com/watch/jJVTNe321kz,
http://www.playvid.com/watch/pmg0Mbb4CzM, http://www.playvid.com/watch/lRqanEiNRea, http://www.playvid.com/watch/OqJHVEj8DS5,
http://www.playvid.com/watch/fi8L8yMAhcY, http://www.playvid.com/watch/gQk0pYFpVdE, http://www.playvid.com/watch/BrBwmkeCDJu,
http://www.playvid.com/watch/Weo5YkPAjj0, http://www.playvid.com/watch/NN-WeENk7HR, http://www.playvid.com/watch/UKy3S-uRE6I,
http://www.playvid.com/watch/VmEfknIrc6w, http://www.playvid.com/watch/jhqO31_Jwue, http://www.playvid.com/watch/qMfxCrw28Rr,
http://www.playvid.com/watch/RS5GhOHR4vu, http://www.playvid.com/watch/K9aXGhxAt3M, http://www.playvid.com/watch/NZ0ecgPgSqx,
http://www.playvid.com/watch/gPt5darGs33, http://www.playvid.com/watch/WIpHoiNo9sZ, http://www.playvid.com/watch/bp1m5w1UM89,
http://www.playvid.com/watch/KY0rPzvzBLE, http://www.playvid.com/watch/X8bRMYr_Y06, http://www.playvid.com/watch/xIRgDjEuUGi,
http://www.playvid.com/watch/yovBEF84ybV, http://www.playvid.com/watch/9SKv5kRYK6q, http://www.playvid.com/watch/LVTx_rGnUMW,
http://www.playvid.com/watch/peXxrA82SHR, http://www.playvid.com/watch/6XkiSdCo5WH, http://www.playvid.com/watch/InD22_1cRzA,
http://www.playvid.com/watch/woqs0xwT6Bx, http://www.playvid.com/watch/n-Dux6MTXIy, http://www.playvid.com/watch/4e0yadfuC69,
http://www.playvid.com/watch/745eGBWzWfG, http://www.playvid.com/watch/2N6KsaaQ2uL, http://www.playvid.com/watch/Vo9mdFkmNDZ,
http://www.playvid.com/watch/efgMQpIIDan, http://www.playvid.com/watch/cAR2OSGRSL8, http://www.playvid.com/watch/7O8v_2O6lko,
http://www.playvid.com/watch/AoRdCOvtWhd, http://www.playvid.com/watch/W1biR9D8RWR, http://www.playvid.com/watch/LZzi7VQ-E1q,
http://www.playvid.com/watch/njNDD04mxXT, http://www.playvid.com/watch/VrncXAXyn0J, http://www.playvid.com/watch/Bj7YcfD1Pxg,
http://www.playvid.com/watch/gLxm3cWtiVe, http://www.playvid.com/watch/CqXfEyx-7AL, http://www.playvid.com/watch/F78FlFd-ZYn,
http://www.playvid.com/watch/0dNyR99wPEk, http://www.playvid.com/watch/Uu1ye_tc5Po, http://www.playvid.com/watch/oGfWJOyIqrr,
http://www.playvid.com/watch/8jvRx9CwUbT, http://www.playvid.com/watch/hFT9AOl1yl4, http://www.playvid.com/watch/9nJ5KyNlvNF,
http://www.playvid.com/watch/L0fU26r0l5h, http://www.playvid.com/watch/z9u3B3mLte6, http://www.playvid.com/watch/3cH9oAmm3X2,
http://www.playvid.com/watch/iCc-LkVUTHJ, http://www.playvid.com/watch/N-FIyGuNxNA, http://www.playvid.com/watch/R5vSZaifJjl,
http://www.playvid.com/watch/t4DM9lqVKNB, http://www.playvid.com/watch/K2lE271DNJP, http://www.playvid.com/watch/o_np6N2wnu3,
http://www.playvid.com/watch/BiP4H_Ura_P, http://www.playvid.com/watch/X2rpJfcWBny, http://www.playvid.com/watch/6-WRYy9CPzF,
http://www.playvid.com/watch/woi9_8Rohyv, http://www.playvid.com/watch/OCMPle5ztPG, http://www.playvid.com/watch/I8zKMp5oxdT,
http://www.playvid.com/watch/JrPFJFojK8w, http://www.playvid.com/watch/2d085Ss5Wbt, http://www.playvid.com/watch/QWoM5jDvyMl,
http://www.playvid.com/watch/7IEyFueaclW, http://www.playvid.com/watch/v2I1RZAms_J, http://www.playvid.com/watch/gqkR_Y3OwSK,
http://www.playvid.com/watch/g1qt-LZ0CHM, http://www.playvid.com/watch/3JBdbgeTTcl, http://www.playvid.com/watch/iFCbXqyqgCu,
http://www.playvid.com/watch/Fu_TX-iQ7sc, http://www.playvid.com/watch/yLhZ1XkzRzf, http://www.playvid.com/watch/dTVRa2TY3mB,
http://www.playvid.com/watch/zZABhRqKc1r, http://www.playvid.com/watch/2GW8yNXIbfX, http://www.playvid.com/watch/XYyb8Ot-mPB,
http://www.playvid.com/watch/cwp1Bdo1Izv, http://www.playvid.com/watch/Ig3N2Ypr8S0, http://www.playvid.com/watch/D0qeKEFvR7C,
http://www.playvid.com/watch/a5zwVsDhm3l, http://www.playvid.com/watch/KDB1apj_0tQ, http://www.playvid.com/watch/ORRbkYf8vO4,
http://www.playvid.com/watch/Ds3MQK8hfUR, http://www.playvid.com/watch/RurBp7mgmTO, http://www.playvid.com/watch/gvI1kYlGsVf,
http://www.playvid.com/watch/J-n68CK__Fd, http://www.playvid.com/watch/mMPiixoOOQj, http://www.playvid.com/watch/n90k4soOUYh,
http://www.playvid.com/watch/j0tn4RJbr9q, http://www.playvid.com/watch/Oxk8AxOZa6z, http://www.playvid.com/watch/HxkBmj-IDdJ,
http://www.playvid.com/watch/a00flVOkBpV, http://www.playvid.com/watch/SsrG0tLO1gF, http://www.playvid.com/watch/LEoq8zNn0H3,
http://www.playvid.com/watch/t6MNXpkIz5i, http://www.playvid.com/watch/CsWUm_fqUjp, http://www.playvid.com/watch/4CzUzEp40xn,
http://www.playvid.com/watch/jpClJBVfwIT, http://www.playvid.com/watch/ACuwfhFo7YK, http://www.playvid.com/watch/eThGeW1r4Uf,
http://www.playvid.com/watch/e_fMMlPRyTd, http://www.playvid.com/watch/XG5i9ZhTs-n, http://www.playvid.com/watch/JIW8XzLBJhO,
http://www.playvid.com/watch/9pEN_rVh_jn, http://www.playvid.com/watch/c1P-pbNdbIC, http://www.playvid.com/watch/8_Kw7bauIxm,
http://www.playvid.com/watch/xbht0rKsyvz, http://www.playvid.com/watch/KzOW13I-IKa, http://www.playvid.com/watch/ULEQ_YuHAgd,
http://www.playvid.com/watch/H6nE2pi8cfp, http://www.playvid.com/watch/JKX7hTPPe6i, http://www.playvid.com/watch/aFcO0QpMc7d,
http://www.playvid.com/watch/WRsyutuJJS0, http://www.playvid.com/watch/kZNhlHZ9eMd, http://www.playvid.com/watch/fx17UlJRSQk,
http://www.playvid.com/watch/3P9FSjw2_EF, http://www.playvid.com/watch/76swnWbV3Fg, http://www.playvid.com/watch/5Gve03Y4gG4,
http://www.playvid.com/watch/ORELjjZlsDC, http://www.playvid.com/watch/tnR7RijUVL4, http://www.playvid.com/watch/xEtWWktksdn,
http://www.playvid.com/watch/acKlaPqDvqb, http://www.playvid.com/watch/uZM8st5kZE2, http://www.playvid.com/watch/Xw2UiayIkHy,
http://www.playvid.com/watch/GYLEKjAQe9O, http://www.playvid.com/watch/LVjOFn3M-d4, http://www.playvid.com/watch/mZkHS1SwwIE,
http://www.playvid.com/watch/pvTL4BcG7hR, http://www.playvid.com/watch/AAwvKZQ8z3d, http://www.playvid.com/watch/PU5pbX7BYgM,
http://www.playvid.com/watch/dSlW7ndzhk6, http://www.playvid.com/watch/T6H0Q296-z0, http://www.playvid.com/watch/fJjJA72CiJ9,
http://www.playvid.com/watch/6-ITp79wxsE, http://www.playvid.com/watch/rACw2Vgr85S, http://www.playvid.com/watch/Vi0W-DQkN5k,
http://www.playvid.com/watch/ynXHvtZip9T, http://www.playvid.com/watch/aViOn9XIhKj, http://www.playvid.com/watch/aiKtXk4M50K,
http://www.playvid.com/watch/kIRoYUA0dcz, http://www.playvid.com/watch/7xJt6RlrQ3s, http://www.playvid.com/watch/n-YikeV46JV,
http://www.playvid.com/watch/9QquqPG094o, http://www.playvid.com/watch/BayzuroK5yU, http://www.playvid.com/watch/zwwkx7EnnWV,
http://www.playvid.com/watch/sVr6PsoV0hd, http://www.playvid.com/watch/JjTPLstVDKL, http://www.playvid.com/watch/IOqmRsUjP2Y,
http://www.playvid.com/watch/pqrwolO7jxg, http://www.playvid.com/watch/8JkyVjphPIU, http://www.playvid.com/watch/pH6FD31Okvh,
http://www.playvid.com/watch/Y281mWBkD3t, http://www.playvid.com/watch/J1aT7g_uYLC, http://www.playvid.com/watch/Qqd01oEPih8,
http://www.playvid.com/watch/DcgzUsRyj_y, http://www.playvid.com/watch/J27EQIkEc2h, http://www.playvid.com/watch/ygoRJsj3Rhc,
http://www.playvid.com/watch/g-c8O7iwCQV, http://www.playvid.com/watch/3jhHXnBdxg7, http://www.playvid.com/watch/4Fgho7pruZg,
http://www.playvid.com/watch/JEBQnuKXgO3, http://www.playvid.com/watch/YKRBgmeIrmF, http://www.playvid.com/watch/VM5ssmmXAHW,
http://www.playvid.com/watch/Szwk-2x16qV, http://www.playvid.com/watch/rdvIT2wQVMZ, http://www.playvid.com/watch/pNfVe9L5h7b,
http://www.playvid.com/watch/eJSZTwPIVe8, http://www.playvid.com/watch/JGKwuftB_-k, http://www.playvid.com/watch/X_kRs0IO3mc,
http://www.playvid.com/watch/V2eCP3Q6Dml, http://www.playvid.com/watch/JRJ0w0LQUKl, http://www.playvid.com/watch/b8ZH9VC_sWy,
http://www.playvid.com/watch/Tfad-8EUrru, http://www.playvid.com/watch/sK7LBGhO4mh, http://www.playvid.com/watch/ZkiNzLYN5ud,
http://www.playvid.com/watch/cR0HDrLwKNF, http://www.playvid.com/watch/A48lFJCT4jP, http://www.playvid.com/watch/yLtIZIGZm9o,
http://www.playvid.com/watch/TUdMsAnt7AL, http://www.playvid.com/watch/RG7WfD2f1s3, http://www.playvid.com/watch/9Z0GeVyaqxk,
http://www.playvid.com/watch/xxpgEsmS6iT, http://www.playvid.com/watch/u46w-Z_dZUs, http://www.playvid.com/watch/jDyIY0vkXzx,
http://www.playvid.com/watch/sC369Mp_X2Q, http://www.playvid.com/watch/O8Fxsy0NiNq, http://www.playvid.com/watch/Cvd3jq8jwKb,
http://www.playvid.com/watch/B49Zt8bM57J, http://www.playvid.com/watch/Fe5sgynOEz4, http://www.playvid.com/watch/EfInLP7ffYa,
http://www.playvid.com/watch/7rPjddR2eBJ, http://www.playvid.com/watch/jWh5WXM4RN9, http://www.playvid.com/watch/vawLchHE6Ng,
http://www.playvid.com/watch/tarNY53Kkpz, http://www.playvid.com/watch/wW8siAWzjwQ, http://www.playvid.com/watch/sC9YCHNCCe7,
http://www.playvid.com/watch/co2m3mf3Mvw, http://www.playvid.com/watch/gzbwNG_HsXT, http://www.playvid.com/watch/yvNDWil1wZH,
http://www.playvid.com/watch/7xfwpETM0J5, http://www.playvid.com/watch/vQ7jQAdgbah, http://www.playvid.com/watch/F7VdPX8mVto,
http://www.playvid.com/watch/52WLAFSdxgp, http://www.playvid.com/watch/eWHB0HqAMx2, http://www.playvid.com/watch/MpKX-mTBm42,
http://www.playvid.com/watch/i1uK8MiaY8g, http://www.playvid.com/watch/xT64rlsZj33, http://www.playvid.com/watch/rWDGe9MitHj,
http://www.playvid.com/watch/7QSFK3IaV4n, http://www.playvid.com/watch/lRPnrPtVNHs, http://www.playvid.com/watch/sZbHYyyh7M3,
http://www.playvid.com/watch/AxW693wCoYz, http://www.playvid.com/watch/8IMeiCC8Zni, http://www.playvid.com/watch/oeo7VyChfI2,
http://www.playvid.com/watch/KPhpkgHsuTM, http://www.playvid.com/watch/LHdHJsbdDRz, http://www.playvid.com/watch/OwjbYxZnEZe,
http://www.playvid.com/watch/k1g3vvsXlC4, http://www.playvid.com/watch/SMJzBBY5IE6, http://www.playvid.com/watch/ceS34u2tEiB,
http://www.playvid.com/watch/MOD1UEuGDGe, http://www.playvid.com/watch/GjUkHRURL54, http://www.playvid.com/watch/VG_XTgDxyX7,

http://www.playvid.com/watch/0YBKlZFt_-e, http://www.playvid.com/watch/gZCa2S47rkm, http://www.playvid.com/watch/OQZXe1fWmYy,
http://www.playvid.com/watch/ljefSJbcieU, http://www.playvid.com/watch/QgZM66Hy0cY, http://www.playvid.com/watch/oqcBXMElJ6o,
http://www.playvid.com/watch/lN1oSUlkB42, http://www.playvid.com/watch/k8b_lhNhBa2, http://www.playvid.com/watch/OnZwGHXphKz,
http://www.playvid.com/watch/i_tNWZcLdeg, http://www.playvid.com/watch/x5dMPEm63Vh, http://www.playvid.com/watch/zvLpZinQ_ua,
http://www.playvid.com/watch/JxW6b1Kb8Pv, http://www.playvid.com/watch/ZTNnBRYKI8Z, http://www.playvid.com/watch/qz9hkcsHOnE,
http://www.playvid.com/watch/0DLjiXvqP5D, http://www.playvid.com/watch/N298QUJkef9, http://www.playvid.com/watch/WDwwg1G4D_d,
http://www.playvid.com/watch/nmm8-vbdDgr, http://www.playvid.com/watch/W4Ryuw_afPL, http://www.playvid.com/watch/rxOLXGBQ5it,
http://www.playvid.com/watch/A_8gG0Lyd2u, http://www.playvid.com/watch/QXwqZwzW5QG, http://www.playvid.com/watch/jfp9U20JZXy,
http://www.playvid.com/watch/gX5YhUHbvVH, http://www.playvid.com/watch/IsmrnSyltU9, http://www.playvid.com/watch/TTajMySUgGM,
http://www.playvid.com/watch/GmTkQgog7I4, http://www.playvid.com/watch/ExZfYX8LzdJ, http://www.playvid.com/watch/UmpoyyH94KH,
http://www.playvid.com/watch/R62uCSLBd3F, http://www.playvid.com/watch/fVx5KwyF1cx, http://www.playvid.com/watch/zfoJ3X1nfmd,
http://www.playvid.com/watch/pJoxz-aSF_G, http://www.playvid.com/watch/EL2BiX0ZLUa, http://www.playvid.com/watch/otM6qIOHWC6,
http://www.playvid.com/watch/HQGo79jpYSB, http://www.playvid.com/watch/SyXGe7N_JVR, http://www.playvid.com/watch/q47KuxeA5H8,
http://www.playvid.com/watch/sY-stvp8Vik, http://www.playvid.com/watch/u4vt5ushFuc, http://www.playvid.com/watch/rkPLT6PwZML,
http://www.playvid.com/watch/v9wf0HQFzXC, http://www.playvid.com/watch/z1XbXGXTjqf, http://www.playvid.com/watch/HgOGboOyOql,
http://www.playvid.com/watch/H5KSOPN32O5, http://www.playvid.com/watch/3ys860DA6yx, http://www.playvid.com/watch/i6SVZ0TZEiS,
http://www.playvid.com/watch/mx3mO0Zj6mL
5.f. Date of third notice: 2014-08-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: madeinjapan
5.b. Uploader's email address: wiktiholonoko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/madeinjapan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DCwqXZqOq-t, http://www.playvid.com/watch/9OqkX2W3-xZ,
http://www.playvid.com/watch/N7ioxzvMRTR, http://www.playvid.com/watch/yjmLvCv7Feo, http://www.playvid.com/watch/DwvF4gkFOSc,
http://www.playvid.com/watch/QiwDjnBca7t, http://www.playvid.com/watch/hiNnQPiFq5x, http://www.playvid.com/watch/LCA-jCWhSnc,
http://www.playvid.com/watch/wZ3MFMEg-7j, http://www.playvid.com/watch/SRGTKEd2PKw, http://www.playvid.com/watch/UnO39xCC3kZ,
http://www.playvid.com/watch/JlRxBbsKLX0, http://www.playvid.com/watch/n7FWCCr5jxR, http://www.playvid.com/watch/-i3zJ7RvM0z,
http://www.playvid.com/watch/jkMFn0XoRjD, http://www.playvid.com/watch/iNe-50-5eji, http://www.playvid.com/watch/EQa-bYZzfh2,
http://www.playvid.com/watch/PdsbxLfFcSF, http://www.playvid.com/watch/ccTQbi44FzH, http://www.playvid.com/watch/PJkqnKjvTRN,
http://www.playvid.com/watch/XZ5pdlrsyFm, http://www.playvid.com/watch/lE0BvQNHFSk, http://www.playvid.com/watch/mZdjOnvG207,
http://www.playvid.com/watch/gtgYaN3gTEa, http://www.playvid.com/watch/hOXk0o2IIOV, http://www.playvid.com/watch/wTZeYkIQ8Iv,
http://www.playvid.com/watch/iqKOfkUlK86, http://www.playvid.com/watch/eOTOHvSUMg9, http://www.playvid.com/watch/2sC3lAjRUwF,
http://www.playvid.com/watch/ZEwdXfYxy6-, http://www.playvid.com/watch/BRkWgPlmjLu, http://www.playvid.com/watch/C87VOsNaBBn,
http://www.playvid.com/watch/yjxGOmlsRLg, http://www.playvid.com/watch/Mtz-Un30Bze, http://www.playvid.com/watch/K4D7K4GNvBF,
http://www.playvid.com/watch/iXeJuI-k07P, http://www.playvid.com/watch/IY7A6XRI3DY, http://www.playvid.com/watch/uvPFD-GpMlr,
http://www.playvid.com/watch/CCjt9KXHH4V, http://www.playvid.com/watch/fWlgGhm7wpo, http://www.playvid.com/watch/yiOCop9Y0fl,
http://www.playvid.com/watch/n0QXnvXUpTm, http://www.playvid.com/watch/gvSDY9tl7B4, http://www.playvid.com/watch/f90YQy2qTkG,
http://www.playvid.com/watch/56dS48LOzIM, http://www.playvid.com/watch/UywouZW6iDJ, http://www.playvid.com/watch/-e9cLJPc9h5,
http://www.playvid.com/watch/PG-5WPF5UoB, http://www.playvid.com/watch/LTxuRlVrT4F, http://www.playvid.com/watch/gaxbHI00-3f,
http://www.playvid.com/watch/YsQlJkjXcg9, http://www.playvid.com/watch/brcBHmvIJDA, http://www.playvid.com/watch/-AlDqxFcKre,
http://www.playvid.com/watch/95tSupkJmOt, http://www.playvid.com/watch/7d4Vrr49ONq, http://www.playvid.com/watch/gllgBMQ0syl,
http://www.playvid.com/watch/d5xTeZomeDG, http://www.playvid.com/watch/iv03Thu-7Jk, http://www.playvid.com/watch/DQ9UnI-RRTx,
http://www.playvid.com/watch/Ofm4RhISh77, http://www.playvid.com/watch/A02cFCntsNZ, http://www.playvid.com/watch/34Mz2LfbfbU,
http://www.playvid.com/watch/k8c-4UaxYAg, http://www.playvid.com/watch/ZOaVW9ik82Q, http://www.playvid.com/watch/hyDlt-satzb,
http://www.playvid.com/watch/Ki2QqrROGsg, http://www.playvid.com/watch/9QeklHOFdti, http://www.playvid.com/watch/LQmIULF2amT,
http://www.playvid.com/watch/8Ycc0fzwWpG, http://www.playvid.com/watch/YzXnTcBVnao, http://www.playvid.com/watch/kVwCeE8nZGg,
http://www.playvid.com/watch/2fHCz4dWeaQ, http://www.playvid.com/watch/Z6QLt0oHII7, http://www.playvid.com/watch/ksvRnfcNipW,
http://www.playvid.com/watch/KhhXhwPvDpC, http://www.playvid.com/watch/KKyYP5VqXuI, http://www.playvid.com/watch/bACVY0H-6aV,
http://www.playvid.com/watch/79IdCZbMoVr, http://www.playvid.com/watch/MMIHk4mPjaR, http://www.playvid.com/watch/JJokrC5sQ7r,
http://www.playvid.com/watch/07Rb7RQWiSZ, http://www.playvid.com/watch/nD3f5iftXSN, http://www.playvid.com/watch/N62KrIFgRwT,
http://www.playvid.com/watch/4eRCusOls4v, http://www.playvid.com/watch/Ed7JMiH8jGS, http://www.playvid.com/watch/ByxU3mXz39x,
http://www.playvid.com/watch/N77zSwrrRmb, http://www.playvid.com/watch/78Ce-SoxVW2, http://www.playvid.com/watch/HVgGixToXW5,
http://www.playvid.com/watch/05bPMU2c-eg
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: madelove
5.b. Uploader's email address: alexmark@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/madelove
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UaSOX9B8xlj, http://www.playvid.com/watch/fpaPMBC68ut,
http://www.playvid.com/watch/pi8QmDdbkYf, http://www.playvid.com/watch/76Y97i2ewpn, http://www.playvid.com/watch/nDXFrXcCyO3,
http://www.playvid.com/watch/5-mNarwmnnM, http://www.playvid.com/watch/9XzR5lYSBJh, http://www.playvid.com/watch/CB4Dz9uVLBR,
http://www.playvid.com/watch/-Bee5mv0Yjn, http://www.playvid.com/watch/c5-Hp3tpfS9, http://www.playvid.com/watch/WfOd-W-a94y,
http://www.playvid.com/watch/oc9pSTy9YOc, http://www.playvid.com/watch/cHSE6dfHgh9, http://www.playvid.com/watch/oblfrYOXzSB,
http://www.playvid.com/watch/WIiUv3QFDit, http://www.playvid.com/watch/QlbBWbHSARp, http://www.playvid.com/watch/rT6nzNDSVA3,
http://www.playvid.com/watch/ZnUmFdrpmnd, http://www.playvid.com/watch/UXbdmaIJ7ij, http://www.playvid.com/watch/7W9ZAUyyaZG,
http://www.playvid.com/watch/KXlS2BIr2cJ, http://www.playvid.com/watch/K3HLocRxfP6, http://www.playvid.com/watch/CkiYHRiPWKs,
http://www.playvid.com/watch/07AgF9Jhj-7, http://www.playvid.com/watch/FfUOnA4Kht7, http://www.playvid.com/watch/bZUwwBxZGXi,
http://www.playvid.com/watch/sR09RgYSLen, http://www.playvid.com/watch/QI-JurN9nLJ, http://www.playvid.com/watch/BWAFVJufit9,
http://www.playvid.com/watch/Ir6Wk-7NzyI, http://www.playvid.com/watch/0EflccpT-x5, http://www.playvid.com/watch/eZVBLZtDFEA,
http://www.playvid.com/watch/I7GG33MnTpl, http://www.playvid.com/watch/qLLgsOznkjT, http://www.playvid.com/watch/tFqkpaKSnQr,
http://www.playvid.com/watch/nlhiPv-Ihzm, http://www.playvid.com/watch/tZpkpbJ6Lj3, http://www.playvid.com/watch/R3LLGxv9tGg,
http://www.playvid.com/watch/mxpzb0JGKIj, http://www.playvid.com/watch/hv0R3uWiMbp, http://www.playvid.com/watch/snwT8dO7Gu-,
http://www.playvid.com/watch/s7iFOvSGgpZ, http://www.playvid.com/watch/wqzvdQGW9Th, http://www.playvid.com/watch/wFR9rLEpl8z,
http://www.playvid.com/watch/VF3QkzmUovy, http://www.playvid.com/watch/oM7Lt9P52f8, http://www.playvid.com/watch/LQC92EMUwI9,
http://www.playvid.com/watch/N3nAgUNU84D, http://www.playvid.com/watch/SqaNys2Oy9L, http://www.playvid.com/watch/2xi-o4gCsGh,
http://www.playvid.com/watch/HRX4zB3mvXQ, http://www.playvid.com/watch/L47s9l4LPsd, http://www.playvid.com/watch/wJ3ggmrbZth,
http://www.playvid.com/watch/jhdu7iUTCTV, http://www.playvid.com/watch/tJqbUHrceeY, http://www.playvid.com/watch/cL2Tso4mFjM,
http://www.playvid.com/watch/hbxXckWatQm, http://www.playvid.com/watch/8nXlGGf0CaT, http://www.playvid.com/watch/M3sdYFmGT3f,
http://www.playvid.com/watch/iUWXkQR2LvA, http://www.playvid.com/watch/muTgO0-XG8J, http://www.playvid.com/watch/eca0GXyH5mg,
http://www.playvid.com/watch/hlYPagyP6kC, http://www.playvid.com/watch/87Qu3IkZScv, http://www.playvid.com/watch/mCHAibO6AIO,
http://www.playvid.com/watch/AU633o29guN, http://www.playvid.com/watch/YunJxgqvPKa, http://www.playvid.com/watch/dwhNCN3Y8bb,
http://www.playvid.com/watch/RtPb-TPs8d0, http://www.playvid.com/watch/8V5mET2j0jf, http://www.playvid.com/watch/hncYkx4lCV2,
http://www.playvid.com/watch/KCA7WhtLDsE, http://www.playvid.com/watch/fd3LeJtn5RL, http://www.playvid.com/watch/QBND3oKeO4M,
http://www.playvid.com/watch/lzxL6Gxmszf, http://www.playvid.com/watch/eiOCpx2zE7i, http://www.playvid.com/watch/BNRzn63S6l6,
http://www.playvid.com/watch/OolzfVoF7gM, http://www.playvid.com/watch/9z66i-AiLZx, http://www.playvid.com/watch/sOfE-ru-cgE,
http://www.playvid.com/watch/0-EUMtHWOC9, http://www.playvid.com/watch/9BUqrTcUKpr, http://www.playvid.com/watch/IAKV4dLOFR-,
http://www.playvid.com/watch/NWc6krk7fdu, http://www.playvid.com/watch/mFCo7oelHRl, http://www.playvid.com/watch/WUjBL8ngXAQ,
http://www.playvid.com/watch/6GdYCuu70Mi, http://www.playvid.com/watch/q8o0sf8WVI7, http://www.playvid.com/watch/I5Gf0MFRURy,
http://www.playvid.com/watch/eSTiD62OvOa, http://www.playvid.com/watch/5itbRxpllSd, http://www.playvid.com/watch/m5teCD2u7Du,
http://www.playvid.com/watch/uuot8THfzjm, http://www.playvid.com/watch/gezQ53F9cyh, http://www.playvid.com/watch/fvlzUAMZ6ke,
http://www.playvid.com/watch/mkgWh9ppv2j, http://www.playvid.com/watch/O3vw7v-Cw9Q, http://www.playvid.com/watch/3-pMz7nEPG-,
http://www.playvid.com/watch/B2XRyJVH0UE, http://www.playvid.com/watch/j-xe8Se3PP2, http://www.playvid.com/watch/kx28QDLZABH,
http://www.playvid.com/watch/bG5Gf9RXgnJ, http://www.playvid.com/watch/tgecjkHKwC8, http://www.playvid.com/watch/HOZT7k67ZWY,
http://www.playvid.com/watch/NeRyRPUUiEe, http://www.playvid.com/watch/jBbVoIx84t7, http://www.playvid.com/watch/fc6iU76KkYj,

http://www.playvid.com/watch/zARn96OaIxt, http://www.playvid.com/watch/TW90axik3oj, http://www.playvid.com/watch/u7UvdlxFY9B, http://www.playvid.com/watch/oof-f24ElY4, http://www.playvid.com/watch/QpyOuRen7o7, http://www.playvid.com/watch/OzZg4MOi2JV, http://www.playvid.com/watch/x-GX-LjuLmW, http://www.playvid.com/watch/hmjgQEEH0n-, http://www.playvid.com/watch/LstsNnulAOI, http://www.playvid.com/watch/H0qsKYU3wok, http://www.playvid.com/watch/Rhjz0cDSSlr, http://www.playvid.com/watch/TIgAUJGC9CM, http://www.playvid.com/watch/y62FtiUHFkb, http://www.playvid.com/watch/uP8M9FML9GX, http://www.playvid.com/watch/Xa3n7GZ8UqB, http://www.playvid.com/watch/cBlQJAwch0z, http://www.playvid.com/watch/K7kcUjqVW46, http://www.playvid.com/watch/HGsIr-y4yQW, http://www.playvid.com/watch/Q55lIG4rQXM, http://www.playvid.com/watch/zRPLBgMf2Sn, http://www.playvid.com/watch/8V9Ovhcz4AD, http://www.playvid.com/watch/dWmt596MC2-, http://www.playvid.com/watch/IeDA2sBNmls, http://www.playvid.com/watch/4aYM2wI8BRX, http://www.playvid.com/watch/-59To3Lm6Fn, http://www.playvid.com/watch/-mRltlbIDSQ, http://www.playvid.com/watch/qRYJI35J827, http://www.playvid.com/watch/FgbUlHb5zL7, http://www.playvid.com/watch/XME0A8BoKST, http://www.playvid.com/watch/U4FcP6aUlYC, http://www.playvid.com/watch/ooW2adKx7ay, http://www.playvid.com/watch/5DuhDpWNhdT, http://www.playvid.com/watch/fWNSpRYHOmv, http://www.playvid.com/watch/ZFVMzGVxfNN, http://www.playvid.com/watch/5JiMmlUQZ6X, http://www.playvid.com/watch/DgMVRb2eyW4, http://www.playvid.com/watch/9eSKO3RFItT, http://www.playvid.com/watch/pT3hI6luFAD, http://www.playvid.com/watch/w8dBEu2MmWc, http://www.playvid.com/watch/lsSqTF9zcaE, http://www.playvid.com/watch/-oHkcgC-FjO, http://www.playvid.com/watch/TKEjQ8URfuX, http://www.playvid.com/watch/ckPtUrFdDub, http://www.playvid.com/watch/8qpZPdjCQrk, http://www.playvid.com/watch/hqVwjMT5kHY, http://www.playvid.com/watch/bq7WRsjbhEV, http://www.playvid.com/watch/eaOQdFcK-0U, http://www.playvid.com/watch/75WkCBUXdON, http://www.playvid.com/watch/PEZR-EOneT6, http://www.playvid.com/watch/xU0bMRRkF9k, http://www.playvid.com/watch/KH2JKhM4kdN, http://www.playvid.com/watch/UaL8cTfwixt, http://www.playvid.com/watch/SMWblFJI0Id, http://www.playvid.com/watch/DNhjiVrbB3o, http://www.playvid.com/watch/ZwC4oPxo0hP, http://www.playvid.com/watch/LZN3Vw9aSml, http://www.playvid.com/watch/trb8Re3nXxb, http://www.playvid.com/watch/GcBdiHifZtG, http://www.playvid.com/watch/VWHsMVbGA23, http://www.playvid.com/watch/RtrNN9nJXG9, http://www.playvid.com/watch/Vx6mcMggzom, http://www.playvid.com/watch/l-v4kHlwtRI, http://www.playvid.com/watch/4T9e4qTQVg2, http://www.playvid.com/watch/9eKMHNskyh0, http://www.playvid.com/watch/zqXrplNdYoa, http://www.playvid.com/watch/9dwjdREcrbI, http://www.playvid.com/watch/Tbp6Nkqo8J5, http://www.playvid.com/watch/NjNTn8baiFZ, http://www.playvid.com/watch/SMcVH2TSteS, http://www.playvid.com/watch/680N0srIFRJ, http://www.playvid.com/watch/ph0w8YBOoZY, http://www.playvid.com/watch/ndMHCJziDEH, http://www.playvid.com/watch/k3gS5GyryWr, http://www.playvid.com/watch/xVqD5kYinwl, http://www.playvid.com/watch/yPwBlbWJxsZ, http://www.playvid.com/watch/uprxtVDyN2v, http://www.playvid.com/watch/Nuzoi6ehtQA, http://www.playvid.com/watch/unD4DBbiBmz, http://www.playvid.com/watch/FievmnzTSXo, http://www.playvid.com/watch/Rj-BKwuuTQC, http://www.playvid.com/watch/NgIQuK-d2xJ, http://www.playvid.com/watch/Pcvh6L4zdUY, http://www.playvid.com/watch/Q5SndQX5igI, http://www.playvid.com/watch/osEHBrQn0Ye, http://www.playvid.com/watch/YqVIxuAtiKT, http://www.playvid.com/watch/OiTqZDZXav8, http://www.playvid.com/watch/Y0pBmzUhCM4, http://www.playvid.com/watch/jYTYsKZTMK9, http://www.playvid.com/watch/NErA4J-UDNh, http://www.playvid.com/watch/EWWtLY2POfZ, http://www.playvid.com/watch/vhEQd78KLI8, http://www.playvid.com/watch/L-7ZwtLwS5X, http://www.playvid.com/watch/Vc7OTXiNHny, http://www.playvid.com/watch/CYjMa49nUTh, http://www.playvid.com/watch/IT2pWNMejbM, http://www.playvid.com/watch/E7yrFheJPts, http://www.playvid.com/watch/baKALcdX3Vu, http://www.playvid.com/watch/4TxR2RCKdeB, http://www.playvid.com/watch/0tc7uGaT4Qz, http://www.playvid.com/watch/DtN-Rueml50, http://www.playvid.com/watch/fVtdtVX3ReF, http://www.playvid.com/watch/vSucoD4P28H, http://www.playvid.com/watch/8eSWLuqqqTN, http://www.playvid.com/watch/P9W-sa-HPxU, http://www.playvid.com/watch/vBmxM4GEVs8, http://www.playvid.com/watch/Sv2skzYaROt, http://www.playvid.com/watch/u9GFbMQax8w, http://www.playvid.com/watch/jgcytifoEXW, http://www.playvid.com/watch/5WB9koDw4yy, http://www.playvid.com/watch/VriqlcSVAp7, http://www.playvid.com/watch/xtnz-yEXIwM, http://www.playvid.com/watch/cpwzopOt-Y-, http://www.playvid.com/watch/0xxpdPLel2l, http://www.playvid.com/watch/tW-WRjjCsFa, http://www.playvid.com/watch/yuQln5YflNo, http://www.playvid.com/watch/h673r6nQXJ-, http://www.playvid.com/watch/BcCe8aPMJBk, http://www.playvid.com/watch/LYm4ChMbmFN, http://www.playvid.com/watch/eEDwJfOwnV5, http://www.playvid.com/watch/rvD4HX3JTlp, http://www.playvid.com/watch/o7E7gNtqQDW, http://www.playvid.com/watch/2IrWwLIcy3s, http://www.playvid.com/watch/f2s36T2Pbat, http://www.playvid.com/watch/jLm04s0rZqv, http://www.playvid.com/watch/p8BvJkQbtcc, http://www.playvid.com/watch/aUnxqgbsbIO, http://www.playvid.com/watch/YhQ2wJFgZ6v, http://www.playvid.com/watch/cw-TMOwyn8U, http://www.playvid.com/watch/3YY8uWsqxig, http://www.playvid.com/watch/dpdtk9Xd0c3, http://www.playvid.com/watch/zqAr3fgMK0V, http://www.playvid.com/watch/DreOU3zovvA, http://www.playvid.com/watch/XZ-85pFYiSc, http://www.playvid.com/watch/rFiMnwCRIbO, http://www.playvid.com/watch/rVIhYHdASMP, http://www.playvid.com/watch/hHyFh2ZJoHF, http://www.playvid.com/watch/jJlVW-Zw9S6, http://www.playvid.com/watch/GYZkt2Ko2be, http://www.playvid.com/watch/KXURAS6XD5N, http://www.playvid.com/watch/0HsKFn2GbQ8, http://www.playvid.com/watch/0MLeAxkCyNh, http://www.playvid.com/watch/Aox-VIVYmPX, http://www.playvid.com/watch/4D3ZFhdekl6, http://www.playvid.com/watch/kpKMyuWmCLY, http://www.playvid.com/watch/rqDhIQGqQOm, http://www.playvid.com/watch/FCabkGGzaX6, http://www.playvid.com/watch/Je-9EMbGnsP, http://www.playvid.com/watch/IqR8SNl3Ppc, http://www.playvid.com/watch/s03QsNJLeL3, http://www.playvid.com/watch/4v6kAgduKJX, http://www.playvid.com/watch/uOgvxibuHfN, http://www.playvid.com/watch/ovEtnN45GDu, http://www.playvid.com/watch/b4qf39LTtqb, http://www.playvid.com/watch/RnMggL-SuDO, http://www.playvid.com/watch/CqwlUqALYNv, http://www.playvid.com/watch/5FI0jfi5C-4, http://www.playvid.com/watch/Bd6dVfZYdcg, http://www.playvid.com/watch/kcVAfbtqQyM, http://www.playvid.com/watch/pmE9ric3z9h, http://www.playvid.com/watch/qRUZyjuKAH7, http://www.playvid.com/watch/bBRrDjTcIAd, http://www.playvid.com/watch/yjJCeY7dX6-, http://www.playvid.com/watch/botQXa9T0M0, http://www.playvid.com/watch/5oKalIYenvs, http://www.playvid.com/watch/-pSTPRSsVdy, http://www.playvid.com/watch/TI8NtwZZI97, http://www.playvid.com/watch/J09Yu3RG6kU, http://www.playvid.com/watch/xHcSn5-EOs-, http://www.playvid.com/watch/LRmffWxzWFw, http://www.playvid.com/watch/elcABZozCNE, http://www.playvid.com/watch/Cq2CbTJ9wmD, http://www.playvid.com/watch/0DZMOVRBEK-, http://www.playvid.com/watch/cBP4Tqmy5EK, http://www.playvid.com/watch/hiVlCtk2njW, http://www.playvid.com/watch/gstlmkLuD3L, http://www.playvid.com/watch/jVOVIJUy39o, http://www.playvid.com/watch/vlj5Z6T54I-, http://www.playvid.com/watch/TT8L6j2K0qs, http://www.playvid.com/watch/Ck7OnsyGTk7, http://www.playvid.com/watch/nDKpSBU5zBJ, http://www.playvid.com/watch/c9Xz6fl-kli, http://www.playvid.com/watch/KlTWUt9CKFg, http://www.playvid.com/watch/089GrlGak0B, http://www.playvid.com/watch/d9-zD9OosUv, http://www.playvid.com/watch/hXa4HpaItCG, http://www.playvid.com/watch/BqRA5lsJElE, http://www.playvid.com/watch/QOD2XuYmLQQ, http://www.playvid.com/watch/8kBAXtd5PS2, http://www.playvid.com/watch/5Py3goIbEd6, http://www.playvid.com/watch/zn6NYhwguFA, http://www.playvid.com/watch/jOjUARFqAoz, http://www.playvid.com/watch/HBPxXZZQg77, http://www.playvid.com/watch/ILdiUQj3q8d, http://www.playvid.com/watch/CBhlPbykSIs
5.f. Date of third notice: 2014-01-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: madned
5.b. Uploader's email address: nedduhubert@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/madned
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HsCLI6yFx9M, http://www.playvid.com/watch/Xedtu9KC-N7, http://www.playvid.com/watch/Owe8TGNT8U5, http://www.playvid.com/watch/k-9v-AcfyST, http://www.playvid.com/watch/F4uaL2kPzLl, http://www.playvid.com/watch/ViLI484jzJ5, http://www.playvid.com/watch/rsUPIZLiupf, http://www.playvid.com/watch/LQWZmKWjq4K, http://www.playvid.com/watch/VkdNrLfcCKi, http://www.playvid.com/watch/9CarBUGsHZA, http://www.playvid.com/watch/mRFATcoFqP7, http://www.playvid.com/watch/MfjxRApzWEM, http://www.playvid.com/watch/aqgx-IZQk7U, http://www.playvid.com/watch/Wmt-BgwKWjC, http://www.playvid.com/watch/bGzDyetDYT9, http://www.playvid.com/watch/Yd83JrCdnxL, http://www.playvid.com/watch/9hOOvFt4o2o, http://www.playvid.com/watch/OAO0idRKc0e, http://www.playvid.com/watch/eVn6elHyfWa, http://www.playvid.com/watch/FiqxsUTY2bY, http://www.playvid.com/watch/iNCFqXCjQwY, http://www.playvid.com/watch/m3258y8VgEF, http://www.playvid.com/watch/8wJDtVHRS-n, http://www.playvid.com/watch/GD7rAAw2Vq0, http://www.playvid.com/watch/CT3fZR0aVrA, http://www.playvid.com/watch/AaJ3xKed3MM, http://www.playvid.com/watch/7OKLNZtEHOS, http://www.playvid.com/watch/8pYUiLvLeod, http://www.playvid.com/watch/J2Gjn8eMDF-, http://www.playvid.com/watch/ZI043JEkr6D, http://www.playvid.com/watch/pEQS44hBywi, http://www.playvid.com/watch/WJ2Kuy5Zlio, http://www.playvid.com/watch/gMFon9XvMiv, http://www.playvid.com/watch/BbSFZocCNt9, http://www.playvid.com/watch/C7Dc-qmBcTa, http://www.playvid.com/watch/kEb75IuIwV7, http://www.playvid.com/watch/EdvAt6HDyF-, http://www.playvid.com/watch/ss9b0G7VQoo, http://www.playvid.com/watch/7fZGWVUNgPX, http://www.playvid.com/watch/ZeogXEOdbtj, http://www.playvid.com/watch/D-TkZ2FsAlk, http://www.playvid.com/watch/EWRWjPTV7Fk, http://www.playvid.com/watch/h0yUddEKBy3, http://www.playvid.com/watch/IyPIuF75fxH, http://www.playvid.com/watch/xm-hiHiUpwl, http://www.playvid.com/watch/xamgYvypCqf, http://www.playvid.com/watch/jhIFNmYouSV, http://www.playvid.com/watch/Ko5rcnhVVCK, http://www.playvid.com/watch/20tX3zl7FS2, http://www.playvid.com/watch/UjUTemrUx0s, http://www.playvid.com/watch/2xS2bBDsYCi, http://www.playvid.com/watch/u8tMomCm4F6, http://www.playvid.com/watch/SMTQG3XEDEK, http://www.playvid.com/watch/uxIRae6b3-k, http://www.playvid.com/watch/jL9pNo-Zyal, http://www.playvid.com/watch/F-nwkFG0O5v, http://www.playvid.com/watch/bM3TqeWrpCT, http://www.playvid.com/watch/jOKMygQbe0t, http://www.playvid.com/watch/yycJL8x4740, http://www.playvid.com/watch/V4VLj2tbHBu, http://www.playvid.com/watch/0I0W7Xu4jm6, http://www.playvid.com/watch/ykZHrXNLF4p, http://www.playvid.com/watch/36uJ6Z6YgVk, http://www.playvid.com/watch/BsWqHxrNuNN, http://www.playvid.com/watch/4uuR9rrHbgM, http://www.playvid.com/watch/Q2RN2VsJOLx, http://www.playvid.com/watch/XsckF2EDGbW, http://www.playvid.com/watch/UbitfKE3FK5, http://www.playvid.com/watch/RIEeF0CFMLo, http://www.playvid.com/watch/JOO0nEzIGHO, http://www.playvid.com/watch/FY4ve6gCJ6M, http://www.playvid.com/watch/yXlelxlv6d9, http://www.playvid.com/watch/bTpHyszg7XL, http://www.playvid.com/watch/RUIzJxVGKcA,

http://www.playvid.com/watch/xssG0P70VDA, http://www.playvid.com/watch/zQL8y8j6mxF, http://www.playvid.com/watch/H2blbMQ6HbQ,
http://www.playvid.com/watch/qldHH9w3fbm, http://www.playvid.com/watch/Og7lDM6OBwx, http://www.playvid.com/watch/kEcqjW7bDvv,
http://www.playvid.com/watch/SEaEQ2kFF3c, http://www.playvid.com/watch/GwSymcDrOTX, http://www.playvid.com/watch/9cVr35sLg0s,
http://www.playvid.com/watch/2vflDDXwaLG, http://www.playvid.com/watch/CZsWvFuP0As, http://www.playvid.com/watch/REETpeyEt84,
http://www.playvid.com/watch/oXgO2vyP0FU, http://www.playvid.com/watch/IlqxvZh7KV2, http://www.playvid.com/watch/a-SophcAOFX,
http://www.playvid.com/watch/KZ-h-9B4-9C, http://www.playvid.com/watch/GKaWMv60QeE, http://www.playvid.com/watch/B35d78Y9RmT,
http://www.playvid.com/watch/73WcMmQ62Iu, http://www.playvid.com/watch/0Bw-5Nxd-JP, http://www.playvid.com/watch/Ha2riqPUSdq,
http://www.playvid.com/watch/H70piYKwdmE, http://www.playvid.com/watch/cqUodBIUMW0, http://www.playvid.com/watch/whdZiIbyA4O,
http://www.playvid.com/watch/eqvk2dKnvwH, http://www.playvid.com/watch/th7diAjw5TX, http://www.playvid.com/watch/LIfqrhiumRC,
http://www.playvid.com/watch/DMUZKE6Bv33, http://www.playvid.com/watch/T6oWo3cJg4p, http://www.playvid.com/watch/2ndhG7SO4a3,
http://www.playvid.com/watch/bB40U23golR, http://www.playvid.com/watch/SXwD6yLOZzM, http://www.playvid.com/watch/QawGliDgxqO,
http://www.playvid.com/watch/OPRqRKgsP26, http://www.playvid.com/watch/SMhhKOFcxvM, http://www.playvid.com/watch/ZdP8hyzcWDn,
http://www.playvid.com/watch/BjbocbQ3jGs, http://www.playvid.com/watch/ZBYXIx6Ck4B, http://www.playvid.com/watch/XVidFBKDliu,
http://www.playvid.com/watch/Vd2swqQb8re, http://www.playvid.com/watch/NrN55ulkQgt, http://www.playvid.com/watch/CVxQhxuUxEY,
http://www.playvid.com/watch/y2zQds79jTt, http://www.playvid.com/watch/Ju2Cr7Icq9n, http://www.playvid.com/watch/dHdhGfbojVF,
http://www.playvid.com/watch/r2ksQ7r2uth, http://www.playvid.com/watch/WSXFRSTL7Ly, http://www.playvid.com/watch/X8EfiP0Wk5A,
http://www.playvid.com/watch/Gz7SsKplTap, http://www.playvid.com/watch/if8hzpMay4u, http://www.playvid.com/watch/3ZO3YeqTptH,
http://www.playvid.com/watch/JgwHmaK2xYf, http://www.playvid.com/watch/LB3WiyJKWAp, http://www.playvid.com/watch/0GG9QqcEoZP,
http://www.playvid.com/watch/UKyuL4NjQlt, http://www.playvid.com/watch/Z7xJlKs39GZ, http://www.playvid.com/watch/2AxPxGmP3u5,
http://www.playvid.com/watch/5BJxl2yVO-c, http://www.playvid.com/watch/Qz8sZ3dwdfl, http://www.playvid.com/watch/RggzwAwa-v5,
http://www.playvid.com/watch/K9oysAWffvK, http://www.playvid.com/watch/RU5VGSChmT8, http://www.playvid.com/watch/0kd4n-tIJPr,
http://www.playvid.com/watch/EO7oiga-CCa, http://www.playvid.com/watch/4PHsV79JLI3, http://www.playvid.com/watch/PRxplqASGHx,
http://www.playvid.com/watch/rCQFQApdPkP, http://www.playvid.com/watch/Ak3dhbqCEdo, http://www.playvid.com/watch/GLNiIbDEgPg,
http://www.playvid.com/watch/hM2QPLKS5xC, http://www.playvid.com/watch/VFSsi-hGx5D, http://www.playvid.com/watch/Do9s-MsVItK,
http://www.playvid.com/watch/bLSHkt56-vI, http://www.playvid.com/watch/G4vWKoE37ny, http://www.playvid.com/watch/AFq4WE5xKId,
http://www.playvid.com/watch/8tpIgxZth8G, http://www.playvid.com/watch/4o-vBWaJ0nP, http://www.playvid.com/watch/mBRvhYnIEft,
http://www.playvid.com/watch/4rbhJXFyj0K, http://www.playvid.com/watch/pMq69TiinoA, http://www.playvid.com/watch/PRqB88-Q2gW,
http://www.playvid.com/watch/zQ9RRA3mG2z, http://www.playvid.com/watch/HTvExnNWjYi, http://www.playvid.com/watch/eeRDqX3ND3A,
http://www.playvid.com/watch/b8WI4XeBcbB, http://www.playvid.com/watch/gyWekfRNNxZ, http://www.playvid.com/watch/SRLjmTdXwUw,
http://www.playvid.com/watch/fTbqAIhVouP, http://www.playvid.com/watch/nuw0y9qJFfq, http://www.playvid.com/watch/VWuYfTe6U2U,
http://www.playvid.com/watch/wutTi96Rmzq, http://www.playvid.com/watch/e6vYOPKaf8b, http://www.playvid.com/watch/PqaONox2DxW,
http://www.playvid.com/watch/TJteaFaYp2B, http://www.playvid.com/watch/ToMC3bxbYuA, http://www.playvid.com/watch/EWZjcdpGpSv,
http://www.playvid.com/watch/4btZ-fQRprr, http://www.playvid.com/watch/4HXZz-pProe, http://www.playvid.com/watch/ZycUuFkfa5q,
http://www.playvid.com/watch/z7UAhxDBmNR, http://www.playvid.com/watch/GbmNc2Lhsos, http://www.playvid.com/watch/MpTjUpASq-W,
http://www.playvid.com/watch/9TfsmLD-c8l, http://www.playvid.com/watch/rllkWPYuwgW, http://www.playvid.com/watch/Jis20fqCLbe,
http://www.playvid.com/watch/Y-sB9rnq2mY, http://www.playvid.com/watch/SOTfcf7n8qY, http://www.playvid.com/watch/HvGhjwRTooL,
http://www.playvid.com/watch/9zPcjp-sWJ8, http://www.playvid.com/watch/4HRzAHQ7hgQ, http://www.playvid.com/watch/AAz5dPC7zqW,
http://www.playvid.com/watch/7zXo43miexV, http://www.playvid.com/watch/dF4tgu5JYXx, http://www.playvid.com/watch/4snoKZwMSlY,
http://www.playvid.com/watch/BWkQY9kJ7lQ, http://www.playvid.com/watch/HENr6rI-laT, http://www.playvid.com/watch/d9M8psKAHAO,
http://www.playvid.com/watch/cgefO44gVsv, http://www.playvid.com/watch/-KHdNkSxsVq, http://www.playvid.com/watch/0ngqZ03IWfQ,
http://www.playvid.com/watch/ZdBpQbAlCsl, http://www.playvid.com/watch/6WdQ66gMHAv, http://www.playvid.com/watch/Wc6Ztpo5Whj,
http://www.playvid.com/watch/7YmKgoS0mcB, http://www.playvid.com/watch/S7ZAw9CzxSM
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: magikcock
5.b. Uploader's email address: viktoporas@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/magikcock
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YyMabxmguZg, http://www.playvid.com/watch/Vp60u9xLWgE,
http://www.playvid.com/watch/iM4wZHsqop4, http://www.playvid.com/watch/zVJ9fvgcwfH, http://www.playvid.com/watch/PgJgXKZD5SJ,
http://www.playvid.com/watch/SaFS2bGNYcD, http://www.playvid.com/watch/cMLSOH4CoJy, http://www.playvid.com/watch/UGJm9kQa-6b,
http://www.playvid.com/watch/vUIZjvTjrTj, http://www.playvid.com/watch/q4lgoweAGFX, http://www.playvid.com/watch/f5vU2o0cEb-,
http://www.playvid.com/watch/XO7Z2YUt26k, http://www.playvid.com/watch/LbN7tkWxjyx, http://www.playvid.com/watch/Ev6YneOM43n,
http://www.playvid.com/watch/RUjbzrS2qW8, http://www.playvid.com/watch/Pm7ME9VrRe2, http://www.playvid.com/watch/OEohmOosvmI,
http://www.playvid.com/watch/NcF8saq9HPZ, http://www.playvid.com/watch/ByhokecphTV, http://www.playvid.com/watch/WSjiC6tBBpR,
http://www.playvid.com/watch/tMW4idRoHiX, http://www.playvid.com/watch/GjyxntSK9Tp, http://www.playvid.com/watch/0TCRqR5MjcC,
http://www.playvid.com/watch/BFKGe7LOLZJ, http://www.playvid.com/watch/2cSzhuwqVxU, http://www.playvid.com/watch/Wh2KnXHSksy,
http://www.playvid.com/watch/E8-rLT22wzJ, http://www.playvid.com/watch/bGxBMkzx65i, http://www.playvid.com/watch/hGT8pbW6vxN,
http://www.playvid.com/watch/hNq7A0YUxaG, http://www.playvid.com/watch/XykbbXBIlAP, http://www.playvid.com/watch/72XFoPm4psr,
http://www.playvid.com/watch/6vNGjFBOA4D, http://www.playvid.com/watch/38bOhtwm39Q, http://www.playvid.com/watch/Zm8pDhFzVa0,
http://www.playvid.com/watch/DF2ZLFEdKdp, http://www.playvid.com/watch/2ful6ljp5eG, http://www.playvid.com/watch/jlIYyURuudU,
http://www.playvid.com/watch/TsXhF3r-VbU, http://www.playvid.com/watch/HkJUOT-D3CU, http://www.playvid.com/watch/k260vEr9AF9,
http://www.playvid.com/watch/dfnDPtHgafO, http://www.playvid.com/watch/GhsJoleS2Wo, http://www.playvid.com/watch/LBrGAqukCU7,
http://www.playvid.com/watch/cjnjhQSLxuY, http://www.playvid.com/watch/Pt-vD7MtDhy, http://www.playvid.com/watch/VnzAHUo9NEY,
http://www.playvid.com/watch/7fcE-Gkpgxu, http://www.playvid.com/watch/S0NUXFw8Vgt, http://www.playvid.com/watch/93nL602xSfO,
http://www.playvid.com/watch/l5LmLv0fcNd, http://www.playvid.com/watch/bvf5UwBtH9-, http://www.playvid.com/watch/SMQIEHtlD03,
http://www.playvid.com/watch/wQwqRujJbD4, http://www.playvid.com/watch/f4FNE2VVIhc, http://www.playvid.com/watch/lY5OzFAvx0Z,
http://www.playvid.com/watch/MtlDnQKPSLb, http://www.playvid.com/watch/CjO2mL6r9G3, http://www.playvid.com/watch/qSsqBGkGWD4,
http://www.playvid.com/watch/eWPOkWumh0j, http://www.playvid.com/watch/bQ74phDin2w, http://www.playvid.com/watch/er8Gg85cSLp,
http://www.playvid.com/watch/dNfUt0MZaGq, http://www.playvid.com/watch/BLSqBzeChZl, http://www.playvid.com/watch/8K8ivUXygEP,
http://www.playvid.com/watch/xtE0kyU8dx-, http://www.playvid.com/watch/ImtMYpzdbk2, http://www.playvid.com/watch/Fz28HCOofV4,
http://www.playvid.com/watch/7oXVCGjIvx6, http://www.playvid.com/watch/3mzw00cvDL4, http://www.playvid.com/watch/CiM-et4YYXr,
http://www.playvid.com/watch/52nz9pHori5, http://www.playvid.com/watch/BbNZunfyLgr, http://www.playvid.com/watch/KCwBH54pUXP,
http://www.playvid.com/watch/RjkQfQ4jRop, http://www.playvid.com/watch/6TJO0vh4dwU, http://www.playvid.com/watch/j0XZZAmYxif,
http://www.playvid.com/watch/PTs2PZP2EqP, http://www.playvid.com/watch/VMcapoEuY4R, http://www.playvid.com/watch/RBgxVcjWzaL,
http://www.playvid.com/watch/ICayKj6hL-6, http://www.playvid.com/watch/g0VeIHxfbPD, http://www.playvid.com/watch/DaKCSYhgfic,
http://www.playvid.com/watch/pzBTbcLMZIb, http://www.playvid.com/watch/lQOW55zRxlq, http://www.playvid.com/watch/yWd4MDYXGNK,
http://www.playvid.com/watch/lFwdNuQpIBB, http://www.playvid.com/watch/9ofD8d3nyx6, http://www.playvid.com/watch/zKGVZXDpFzA,
http://www.playvid.com/watch/6iRxbHLwuDB, http://www.playvid.com/watch/4NCiCGeQxDE, http://www.playvid.com/watch/QLi0mjpxoXj,
http://www.playvid.com/watch/6PtanRbiKp-, http://www.playvid.com/watch/m3-Bi5NS7Aa, http://www.playvid.com/watch/HlRxeN63ffq,
http://www.playvid.com/watch/VpC8L9Ejk4f, http://www.playvid.com/watch/BZDF30nX5YX, http://www.playvid.com/watch/wQBgUbzlecK,
http://www.playvid.com/watch/hFd5xVjNdEg, http://www.playvid.com/watch/QVRMct0pBfy, http://www.playvid.com/watch/fslcRIfLFnC,
http://www.playvid.com/watch/NQN-liS5hTn, http://www.playvid.com/watch/7nH4hTY-Oxp, http://www.playvid.com/watch/laZFB4ZNLhq,
http://www.playvid.com/watch/AbdKDrKo4eg, http://www.playvid.com/watch/APG6QP3YXmr, http://www.playvid.com/watch/Co-5U6vhpb5,
http://www.playvid.com/watch/lAg66z-bUwu, http://www.playvid.com/watch/mxp77X88vM6, http://www.playvid.com/watch/92Bp703hC9p,
http://www.playvid.com/watch/InYbjR-pJ6p, http://www.playvid.com/watch/8cRql-ZJb-f, http://www.playvid.com/watch/3QfwMN8LJce,
http://www.playvid.com/watch/kYvBrKbUHqw, http://www.playvid.com/watch/5uDyo7AF9Yw, http://www.playvid.com/watch/m0XSFCCW9Cn,
http://www.playvid.com/watch/btNiSfiLahh, http://www.playvid.com/watch/-WROiwGL5vN, http://www.playvid.com/watch/Xwa5Liz7e3p,
http://www.playvid.com/watch/QFnCrsjWSas, http://www.playvid.com/watch/gBKayQPpPyl, http://www.playvid.com/watch/JVWEklYaWcc,
http://www.playvid.com/watch/NOVnS4wTu5e, http://www.playvid.com/watch/4nFaKZZmwSH, http://www.playvid.com/watch/97NnTdEoqLA,
http://www.playvid.com/watch/m-tNUwBJTcj, http://www.playvid.com/watch/n9vC8jv-M3X, http://www.playvid.com/watch/V2c5Wj9LbCi,
http://www.playvid.com/watch/SYo3sqZS-7O, http://www.playvid.com/watch/m8-ikey4Ach, http://www.playvid.com/watch/DnV7IdoCHd8,
http://www.playvid.com/watch/bm8tO5n3L2D, http://www.playvid.com/watch/3j83oJOkLux, http://www.playvid.com/watch/GQgnV9-Z82q,
http://www.playvid.com/watch/fl4Er84YKAL, http://www.playvid.com/watch/w44ViZlOYab, http://www.playvid.com/watch/zc0DRaROdng,
http://www.playvid.com/watch/FbUNOulGEjj, http://www.playvid.com/watch/o6H7Z5QkYVW, http://www.playvid.com/watch/eHVzkhx-F-x,
http://www.playvid.com/watch/Il7oR42FKVD, http://www.playvid.com/watch/uFmqOE0CcHG, http://www.playvid.com/watch/M3XilP8bBBT,

http://www.playvid.com/watch/sqt0arLxlg8, http://www.playvid.com/watch/-QxT4OiNzhU, http://www.playvid.com/watch/HMhxBuTk2GZ,
http://www.playvid.com/watch/St6ucZ0y2VR, http://www.playvid.com/watch/0Ue2N8ktFSl, http://www.playvid.com/watch/Qu8Hv7Xsuzk,
http://www.playvid.com/watch/PI6tZT8ros0, http://www.playvid.com/watch/hjuYjSvRUc2, http://www.playvid.com/watch/x2MqUDMwsMb,
http://www.playvid.com/watch/A-lrgquQIti, http://www.playvid.com/watch/HRUZHq3Kobw, http://www.playvid.com/watch/v7Tf9LykiBO,
http://www.playvid.com/watch/NktA9Euh-ei, http://www.playvid.com/watch/QpBGLc34BBz, http://www.playvid.com/watch/SaaTv8CB6d0,
http://www.playvid.com/watch/xzqvlgGkIJF, http://www.playvid.com/watch/C6hRxNJf55z, http://www.playvid.com/watch/qdPSm6jAgpe,
http://www.playvid.com/watch/5mN26v52BOq, http://www.playvid.com/watch/uNtSaInCCWh, http://www.playvid.com/watch/2aBitXyysRE,
http://www.playvid.com/watch/bvZNefc3NzZ, http://www.playvid.com/watch/dxRmnFrYoKJ, http://www.playvid.com/watch/7OaRoBv9tQL,
http://www.playvid.com/watch/yI0ozExVOiM, http://www.playvid.com/watch/HrkmXXNVytk, http://www.playvid.com/watch/BS9sGZlDTjk,
http://www.playvid.com/watch/yv2RZI8ru9O, http://www.playvid.com/watch/YAlqaBuKgB7, http://www.playvid.com/watch/eQqx5oW9ivw,
http://www.playvid.com/watch/ezxt0V7gIsC, http://www.playvid.com/watch/QpMuVRdgQNg, http://www.playvid.com/watch/BPWEdeFfyV0,
http://www.playvid.com/watch/43SaqiDbTPI, http://www.playvid.com/watch/BfhhrOpQm5n, http://www.playvid.com/watch/dPsneEThCyG,
http://www.playvid.com/watch/kQ3dMG0ohS5, http://www.playvid.com/watch/bocfpYNLUX3, http://www.playvid.com/watch/JgnEx8V4fBp,
http://www.playvid.com/watch/56mSGMUzz4Q, http://www.playvid.com/watch/fmZCQU6Myg4, http://www.playvid.com/watch/DZn96rRIRE3,
http://www.playvid.com/watch/4d94ZS2CM5l, http://www.playvid.com/watch/-uFbBIkZKmF, http://www.playvid.com/watch/gszCrlUN5SU,
http://www.playvid.com/watch/Oa0dGgqajNL, http://www.playvid.com/watch/9DhHBKAaGjV, http://www.playvid.com/watch/CBdZk9JhZjf,
http://www.playvid.com/watch/LAZtvNkF0kR, http://www.playvid.com/watch/tRlM62gk5OH, http://www.playvid.com/watch/erK6Bl8Z40H,
http://www.playvid.com/watch/anqtcknNvQ0, http://www.playvid.com/watch/TurqmRVbLmj, http://www.playvid.com/watch/SdUKkoaoMRk,
http://www.playvid.com/watch/7n-KzFikKuc, http://www.playvid.com/watch/RDFvlJ4jNVg, http://www.playvid.com/watch/wdRh6dV-xUo,
http://www.playvid.com/watch/u064P83IwyC, http://www.playvid.com/watch/ptcQIz3K57A, http://www.playvid.com/watch/oQoypJHhAlC,
http://www.playvid.com/watch/mKKUoR7XS6t, http://www.playvid.com/watch/zxgJPze-Vc8, http://www.playvid.com/watch/OwLV0tOxwEV,
http://www.playvid.com/watch/J5rCbILcE29, http://www.playvid.com/watch/ftfhtIL9iMq, http://www.playvid.com/watch/DqxoiQa44-q,
http://www.playvid.com/watch/DLJ4MhT0VRm, http://www.playvid.com/watch/0PbEtfyC0Mc, http://www.playvid.com/watch/YgMThyQQ4sy,
http://www.playvid.com/watch/goJyEzQky6L, http://www.playvid.com/watch/fxhBLsEs8PR, http://www.playvid.com/watch/u-84mOV5kmM,
http://www.playvid.com/watch/yBFewEQiQAx, http://www.playvid.com/watch/Xovi3HRLAvC, http://www.playvid.com/watch/rXA0I8bs2JD,
http://www.playvid.com/watch/f0FfUDiWw9B, http://www.playvid.com/watch/5zldV47V-lD, http://www.playvid.com/watch/zrrtklss30B,
http://www.playvid.com/watch/iStcNYWS3ds, http://www.playvid.com/watch/i8fF8yWYsOf, http://www.playvid.com/watch/RlgYIkbzCXX,
http://www.playvid.com/watch/mwxIRLwYE0H, http://www.playvid.com/watch/EDtfY7740Vb, http://www.playvid.com/watch/6OKXTcL4QNl,
http://www.playvid.com/watch/ARswYmSUiln, http://www.playvid.com/watch/HvjbAaw7YDB, http://www.playvid.com/watch/Q5BpdnZYUVo,
http://www.playvid.com/watch/jW602RkE5Nz, http://www.playvid.com/watch/AJSrkLm-iYz, http://www.playvid.com/watch/HeqRY0ppi0t,
http://www.playvid.com/watch/VAaeu2gvhve, http://www.playvid.com/watch/z6vvraBQGmN, http://www.playvid.com/watch/E0YXyK5wy4p,
http://www.playvid.com/watch/-aqc8mq7SmL, http://www.playvid.com/watch/AI9XiRBSWOn, http://www.playvid.com/watch/jsZbRCyK4ku,
http://www.playvid.com/watch/-v2BVdqCXWw, http://www.playvid.com/watch/KPwiSeS75yA, http://www.playvid.com/watch/tcbxGBewh8e,
http://www.playvid.com/watch/D66NoatYYmM, http://www.playvid.com/watch/YNrgROu7k6O, http://www.playvid.com/watch/Z2comJzonTw,
http://www.playvid.com/watch/UxcX0mSDhCz, http://www.playvid.com/watch/Bx9l4xagZL2, http://www.playvid.com/watch/AhHjHTlvuAQ,
http://www.playvid.com/watch/yDbxLoizU6y, http://www.playvid.com/watch/8pzjf-rJ0Rr, http://www.playvid.com/watch/mZmFcJhtEU2,
http://www.playvid.com/watch/9wd3ClOLUkf, http://www.playvid.com/watch/wLcEvuxAk5a, http://www.playvid.com/watch/fDbnrdz4zVJ,
http://www.playvid.com/watch/MditFhWXTi3, http://www.playvid.com/watch/667loNm9oTg, http://www.playvid.com/watch/suo9sqdMYWU,
http://www.playvid.com/watch/TDoazxVcs9u, http://www.playvid.com/watch/UcnbmtlJFME, http://www.playvid.com/watch/GpcWGd5yRMl,
http://www.playvid.com/watch/EA9EIahfBLa, http://www.playvid.com/watch/4modOLN-OsO, http://www.playvid.com/watch/kgTUP78A8UQ,
http://www.playvid.com/watch/gJbXoeu3Q3g, http://www.playvid.com/watch/Klj28glrN-E, http://www.playvid.com/watch/REug6GwQn7Z,
http://www.playvid.com/watch/MlOSHPTrnCt, http://www.playvid.com/watch/3Qx-tIaFQT6, http://www.playvid.com/watch/Sgi3L28hbUC,
http://www.playvid.com/watch/6jwN7iFg7eO, http://www.playvid.com/watch/4W5JOreQU3J, http://www.playvid.com/watch/WPYBFXsqTkx,
http://www.playvid.com/watch/YOgw4aMHsh4, http://www.playvid.com/watch/UQmRDlNVAz7, http://www.playvid.com/watch/q7zlMaQFEWj,
http://www.playvid.com/watch/ZaEw-MkHsgS, http://www.playvid.com/watch/HGQTm0nnc70
5.f. Date of third notice: 2013-12-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: magunz
5.b. Uploader's email address: donmagunier@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/magunz+
5.e. List of videos posted by uploader: http://www.playvid.com/watch/WWCAQV6awcM, http://www.playvid.com/watch/VxJ6Hl5odxm,
http://www.playvid.com/watch/ZZuDwcPRZnI, http://www.playvid.com/watch/mPDgEWzAWNJ, http://www.playvid.com/watch/fOvajEi6qcz,
http://www.playvid.com/watch/I6Djyueuxzu, http://www.playvid.com/watch/WJcLnRFCe0X, http://www.playvid.com/watch/Xktw0d8xYPm,
http://www.playvid.com/watch/AoJ9IshHLhR, http://www.playvid.com/watch/faFeNXJzogj, http://www.playvid.com/watch/OLzdWwGHZV3,
http://www.playvid.com/watch/lQGqnHtFQWe, http://www.playvid.com/watch/CluK3W0Mna-, http://www.playvid.com/watch/-Mj2saF0I4h,
http://www.playvid.com/watch/uIekxOk0t26, http://www.playvid.com/watch/CtNIfqLlWfY, http://www.playvid.com/watch/PNjaOCR9zxU,
http://www.playvid.com/watch/j-pDc99wXLp, http://www.playvid.com/watch/dPh5StUkcK2, http://www.playvid.com/watch/bnuhxzYpkaZ,
http://www.playvid.com/watch/t04RzFeLqKh, http://www.playvid.com/watch/d9OWhlJZwfA, http://www.playvid.com/watch/mSJky69Fjp2,
http://www.playvid.com/watch/cwVfOm3XaeI, http://www.playvid.com/watch/SFT6sj2qAnU, http://www.playvid.com/watch/D-37zgGpS8T,
http://www.playvid.com/watch/57HOyV5Srka, http://www.playvid.com/watch/PdWdpAleRlO, http://www.playvid.com/watch/I3romH0ig4L,
http://www.playvid.com/watch/4o60Vc5fbLk, http://www.playvid.com/watch/BgeUMLSRRTF, http://www.playvid.com/watch/YXvg9W3Jkzz,
http://www.playvid.com/watch/r3Zjnov5oXc, http://www.playvid.com/watch/hLXaNMjMaeI, http://www.playvid.com/watch/YMsZZEYXLFy,
http://www.playvid.com/watch/6TakS0USkzB, http://www.playvid.com/watch/swTvxOIgH30, http://www.playvid.com/watch/3A0jR4zBX0H,
http://www.playvid.com/watch/pg528VPbbW8, http://www.playvid.com/watch/5spyQo7oCnr, http://www.playvid.com/watch/D5PFhhqe5XJ,
http://www.playvid.com/watch/-r8J6E5szhx, http://www.playvid.com/watch/MWcVC2gIZVa, http://www.playvid.com/watch/tKV6cKbESvY,
http://www.playvid.com/watch/oPm0MSmcnUv, http://www.playvid.com/watch/-ZPlKiPn4OQ, http://www.playvid.com/watch/IBWTTCo8W83,
http://www.playvid.com/watch/8Sq9NfFV4wX, http://www.playvid.com/watch/2YlTc82B-OF, http://www.playvid.com/watch/ojJJePaVb5n,
http://www.playvid.com/watch/Y7WrbqJWftL, http://www.playvid.com/watch/UbnjbzHmxim, http://www.playvid.com/watch/YpuLHcWqmTF,
http://www.playvid.com/watch/Vwd56BbCDd6, http://www.playvid.com/watch/iEwM4rBOOWC, http://www.playvid.com/watch/5ldMoHMed4C,
http://www.playvid.com/watch/TZExN73pT0b, http://www.playvid.com/watch/hsB4SseER48, http://www.playvid.com/watch/SNV9c-9HZe9,
http://www.playvid.com/watch/6GriKSoOUp9, http://www.playvid.com/watch/Da3-UZTG-7M, http://www.playvid.com/watch/HlefFrV2Rrr,
http://www.playvid.com/watch/kZ93IUovod9, http://www.playvid.com/watch/rKJfTKsQRwi, http://www.playvid.com/watch/op7WEYicbGM,
http://www.playvid.com/watch/VwdwQtjb-rw, http://www.playvid.com/watch/YiNBzDNpXYY, http://www.playvid.com/watch/-qKvZCWqOAH,
http://www.playvid.com/watch/06cTRM5ZzDO, http://www.playvid.com/watch/toWjZkyGTky, http://www.playvid.com/watch/a6tWdOHPQg2,
http://www.playvid.com/watch/Vra8Vg40A5k, http://www.playvid.com/watch/2xMO70OfQA3, http://www.playvid.com/watch/mNZ7f8PQI8Z,
http://www.playvid.com/watch/QA57pD27rbE, http://www.playvid.com/watch/-hDYi3H98el, http://www.playvid.com/watch/nzE-NexGWyU,
http://www.playvid.com/watch/4Sb8sZmWRUQ, http://www.playvid.com/watch/IQ9QQt6Z7qC, http://www.playvid.com/watch/nriXww3aSCf,
http://www.playvid.com/watch/8VevK9a4mzb, http://www.playvid.com/watch/TB20zAVntTn, http://www.playvid.com/watch/lLI-DxvoPgL,
http://www.playvid.com/watch/j9Y7hbUAA4A, http://www.playvid.com/watch/jiI76acztmT, http://www.playvid.com/watch/nkZvmhMtpyh,
http://www.playvid.com/watch/MDwMcYDhxWM, http://www.playvid.com/watch/uJLHWRdSX4W, http://www.playvid.com/watch/Ll52OBDGgcw,
http://www.playvid.com/watch/0bIvVMXZU3Z, http://www.playvid.com/watch/9ehIZkcgTMy, http://www.playvid.com/watch/oZVA-tD0GnE,
http://www.playvid.com/watch/yH034pJBmDe, http://www.playvid.com/watch/eocwOrIvpBw, http://www.playvid.com/watch/Bjt0VOW3mSP,
http://www.playvid.com/watch/GZhOjYdJhWQ, http://www.playvid.com/watch/ZdY8irXGBXI, http://www.playvid.com/watch/0n2BsPBet2t,
http://www.playvid.com/watch/bIJP8UuzSrO, http://www.playvid.com/watch/n70FZovOy9w, http://www.playvid.com/watch/buMdYupm2qp,
http://www.playvid.com/watch/kZOZHutjewU, http://www.playvid.com/watch/4hfFIQ73lw3, http://www.playvid.com/watch/nXjPx8gHptn,
http://www.playvid.com/watch/6dFca0WQ4vv, http://www.playvid.com/watch/48pOEUSttK4, http://www.playvid.com/watch/3tV4rWiPwjO,
http://www.playvid.com/watch/9vvWet9Spyv, http://www.playvid.com/watch/Ddua7aAy2sw, http://www.playvid.com/watch/jRbUe9EKEgp,
http://www.playvid.com/watch/zCiVIwbSNNU, http://www.playvid.com/watch/uWmWFdZcUB7, http://www.playvid.com/watch/4ewcnDyTm5I,
http://www.playvid.com/watch/a85jvxdOJEo, http://www.playvid.com/watch/xSifP-dMvMr, http://www.playvid.com/watch/T7p-KUMYzps,
http://www.playvid.com/watch/QlDKgwMTked, http://www.playvid.com/watch/bNFjb2hBLDj, http://www.playvid.com/watch/3SYaJK-qhWH,
http://www.playvid.com/watch/r7WPwHiM-dD, http://www.playvid.com/watch/UVczR5YiggB, http://www.playvid.com/watch/ongKRd8QISp,
http://www.playvid.com/watch/Rj8RxhO3cu4, http://www.playvid.com/watch/KLOruneFlqa, http://www.playvid.com/watch/0cz9ID6aMMh,
http://www.playvid.com/watch/kdcDiSCGlCe, http://www.playvid.com/watch/gINZecTf59f, http://www.playvid.com/watch/eHiejJWpadP,
http://www.playvid.com/watch/qAXIxxlhocy, http://www.playvid.com/watch/TiSS64bweYY, http://www.playvid.com/watch/30mqq0feOWz,
http://www.playvid.com/watch/iowckQmGR0m, http://www.playvid.com/watch/Wa-BV2imk0C, http://www.playvid.com/watch/3Th3MIPJplb,

http://www.playvid.com/watch/QTH2Zlsfh8F, http://www.playvid.com/watch/7wZ4QneTKPX, http://www.playvid.com/watch/TDXuhyflBWI,
http://www.playvid.com/watch/kWouLPSLeiy, http://www.playvid.com/watch/ph892hEP3P0, http://www.playvid.com/watch/2BIF6GmDeNK,
http://www.playvid.com/watch/uC3-CuKk2Ve, http://www.playvid.com/watch/Gem6kMqblu8, http://www.playvid.com/watch/LLoQYrvuzsL,
http://www.playvid.com/watch/MseEcGGnRY4, http://www.playvid.com/watch/A-S0DCcYIfv, http://www.playvid.com/watch/9ZgpbG0tCOH,
http://www.playvid.com/watch/JEvLTuOwpEc, http://www.playvid.com/watch/lXxL54aR0RY, http://www.playvid.com/watch/0qxGHyUrhJz,
http://www.playvid.com/watch/IjvBVqmBmhx, http://www.playvid.com/watch/zTJZSUUKcIM, http://www.playvid.com/watch/Kko4z6vUdwj,
http://www.playvid.com/watch/qcwNvk-UOOh, http://www.playvid.com/watch/ZFpVD0SYg0d, http://www.playvid.com/watch/9ajdonwU5g5,
http://www.playvid.com/watch/HtaNIXmFr9Q, http://www.playvid.com/watch/wy-C8hb0Lwu, http://www.playvid.com/watch/p4IuwAGAhoR,
http://www.playvid.com/watch/b-HwrtfdqwK, http://www.playvid.com/watch/scy-5D3goQ3, http://www.playvid.com/watch/8ZnASB2L2Oq,
http://www.playvid.com/watch/MGQRQk7-eva, http://www.playvid.com/watch/IMZjbHSFlxj, http://www.playvid.com/watch/kVUO0r7lLOU,
http://www.playvid.com/watch/YdpiLvRNAu6, http://www.playvid.com/watch/67gRMdwY36D, http://www.playvid.com/watch/C6tndoQPTes,
http://www.playvid.com/watch/PrIFm5SWH9L, http://www.playvid.com/watch/A-wA2LCCYNh, http://www.playvid.com/watch/qWXuuDkn7lM,
http://www.playvid.com/watch/uM8nrVNtXjk, http://www.playvid.com/watch/uMMA5NWkpKT, http://www.playvid.com/watch/a29TBN929QQ,
http://www.playvid.com/watch/05W39VEbu8M, http://www.playvid.com/watch/0yCkXzvhBfc, http://www.playvid.com/watch/LUtwXNmLQg9,
http://www.playvid.com/watch/t7VZjgfVU5p, http://www.playvid.com/watch/HnrLypkvIos, http://www.playvid.com/watch/zj8nxNANqMC,
http://www.playvid.com/watch/tvTHoIbXpki, http://www.playvid.com/watch/DxaNTB-J2Or, http://www.playvid.com/watch/asuVFvk7m7Z,
http://www.playvid.com/watch/jGrd2rfFoBV, http://www.playvid.com/watch/2sfpntdxXcC, http://www.playvid.com/watch/4sLNtjkYMcF,
http://www.playvid.com/watch/KJJSVwqyUgX, http://www.playvid.com/watch/yA6RGhGksAd, http://www.playvid.com/watch/nUhT-0qRTpX,
http://www.playvid.com/watch/O0T8FUkEge4, http://www.playvid.com/watch/cPqkkgE5lG8, http://www.playvid.com/watch/c-g-cAMgFjV,
http://www.playvid.com/watch/AFAYFBovblj, http://www.playvid.com/watch/jPOTD2jRoo2, http://www.playvid.com/watch/d4Svek0UHct,
http://www.playvid.com/watch/z7bXI85zo0Y, http://www.playvid.com/watch/tfleOlK7UER, http://www.playvid.com/watch/i5HfEYKIor5,
http://www.playvid.com/watch/aliIHnrAkTp, http://www.playvid.com/watch/xEthnChomu7, http://www.playvid.com/watch/AIYXWTDhT-r,
http://www.playvid.com/watch/vE64JLNM6O8, http://www.playvid.com/watch/ptMdeNxutO6, http://www.playvid.com/watch/LI06qiITooh,
http://www.playvid.com/watch/8LhNNI3OLin, http://www.playvid.com/watch/40niVajHa6I, http://www.playvid.com/watch/aYSKTCnqoDT,
http://www.playvid.com/watch/3BXeqCS9Zfp, http://www.playvid.com/watch/h9d-VZCgT-R, http://www.playvid.com/watch/RNtLGGEJH5t,
http://www.playvid.com/watch/CPyUqhhSDKR, http://www.playvid.com/watch/-ad-oYnACDA, http://www.playvid.com/watch/eTlu5MW9mUe,
http://www.playvid.com/watch/KBFrigtdOl4, http://www.playvid.com/watch/SLDxXv72DWc, http://www.playvid.com/watch/lNYsoCMxwsw,
http://www.playvid.com/watch/NDUDojqNaPD, http://www.playvid.com/watch/ozmIhdFSYg8, http://www.playvid.com/watch/ikiecRxrk3n,
http://www.playvid.com/watch/2l2-4mxgAKR, http://www.playvid.com/watch/Wo25iZbQMSO, http://www.playvid.com/watch/d2glDW6zy27,
http://www.playvid.com/watch/89QYWJvPL8n, http://www.playvid.com/watch/YKk3FxUl0V9, http://www.playvid.com/watch/cCxh6L-gC6X,
http://www.playvid.com/watch/G09N4kcw9lK, http://www.playvid.com/watch/4BqZEBkGcW5, http://www.playvid.com/watch/CxvTtn96Um4,
http://www.playvid.com/watch/ZaSqK5RPzyM, http://www.playvid.com/watch/BVrNEhe2OMF, http://www.playvid.com/watch/Km3UpmrcVNK,
http://www.playvid.com/watch/2hJ9sIru7pU, http://www.playvid.com/watch/Vteq-nk0xKa, http://www.playvid.com/watch/0i0cFUi-a6M,
http://www.playvid.com/watch/ezD5YXKKGnp, http://www.playvid.com/watch/ifIOQEpKVlq, http://www.playvid.com/watch/QplfqJoDAXT,
http://www.playvid.com/watch/geK5rlymlzz, http://www.playvid.com/watch/UWUpwFfaxXZ, http://www.playvid.com/watch/XKHZhij9pmY,
http://www.playvid.com/watch/Tx2TuUMYBHu, http://www.playvid.com/watch/3CFgbbQKtmR, http://www.playvid.com/watch/Wjvm0NNSHDr,
http://www.playvid.com/watch/OQwgCkJ8IaK, http://www.playvid.com/watch/WuyirfB7K5s, http://www.playvid.com/watch/ywKantD94-4,
http://www.playvid.com/watch/FRCtY0ukBOE, http://www.playvid.com/watch/ZsJ8D3MeHtL, http://www.playvid.com/watch/mPKClbLsAi8,
http://www.playvid.com/watch/owVCNuXWRVW, http://www.playvid.com/watch/mfI8bA39-QE, http://www.playvid.com/watch/jcXT8U2rfJu,
http://www.playvid.com/watch/WyJbPmUCaIv, http://www.playvid.com/watch/6hSv0fIq76t, http://www.playvid.com/watch/H9KM6PNvmQ9,
http://www.playvid.com/watch/yV2sfH0WbAO, http://www.playvid.com/watch/xc3fiI4T6Yw, http://www.playvid.com/watch/XfVjg5iWGov,
http://www.playvid.com/watch/74km9vFUwyx, http://www.playvid.com/watch/7ZlvnQHTGZa, http://www.playvid.com/watch/9SK-MaRyWbr,
http://www.playvid.com/watch/0zLUB53UroF, http://www.playvid.com/watch/jX0WIBgliRA, http://www.playvid.com/watch/9aKkRcFBMUy,
http://www.playvid.com/watch/0Y47RYFs5zd, http://www.playvid.com/watch/BOE52RxENfX, http://www.playvid.com/watch/CExk4G9Jw2-,
http://www.playvid.com/watch/vxkHv4ihzf2, http://www.playvid.com/watch/VNlGChLQiL8, http://www.playvid.com/watch/ER-0mGwwVPt,
http://www.playvid.com/watch/ZZVBPhdqoU5, http://www.playvid.com/watch/imzTQcPCi80, http://www.playvid.com/watch/-ANFhsAjqpD,
http://www.playvid.com/watch/r6UD3fncJYE, http://www.playvid.com/watch/L9GmxewoMYe, http://www.playvid.com/watch/EeDpnUMIVJk,
http://www.playvid.com/watch/zgc-WC3lRn7, http://www.playvid.com/watch/lNYANlhfUoF, http://www.playvid.com/watch/BRJZqjpmemA,
http://www.playvid.com/watch/WorzuL2t3No, http://www.playvid.com/watch/eNTfCs4feRQ, http://www.playvid.com/watch/louaHs5yLtz,
http://www.playvid.com/watch/Hem2hrCWDlz, http://www.playvid.com/watch/oxOEQWTdzT3, http://www.playvid.com/watch/JS4DfIKdQus,
http://www.playvid.com/watch/vSkP3ysjbNs, http://www.playvid.com/watch/AK0J3cMzvMJ, http://www.playvid.com/watch/Wt8AaovHDW4,
http://www.playvid.com/watch/2DZCSi-MksK, http://www.playvid.com/watch/BDlzZfi22ct, http://www.playvid.com/watch/rRynXavox6-,
http://www.playvid.com/watch/2ejIlSwF272, http://www.playvid.com/watch/z3bd0kfZOmZ, http://www.playvid.com/watch/Mt-8ZgG77z3,
http://www.playvid.com/watch/YGNOfW8kn2D, http://www.playvid.com/watch/Oq5ItFtEdJ4, http://www.playvid.com/watch/bZgpFPNspqR,
http://www.playvid.com/watch/2kAqJSsSteV, http://www.playvid.com/watch/lN85-7D6gbU, http://www.playvid.com/watch/iV3Ph3mI8Qf,
http://www.playvid.com/watch/nwhdaZOJn5w, http://www.playvid.com/watch/a3WfDgsyj2c, http://www.playvid.com/watch/krVJDD2xSFw,
http://www.playvid.com/watch/MaxLaVSaUN2, http://www.playvid.com/watch/ePaDOXi2Gkt, http://www.playvid.com/watch/q3AlqbRlcAZ,
http://www.playvid.com/watch/7mjAJXv77oN, http://www.playvid.com/watch/H6JwWTiiksR, http://www.playvid.com/watch/shYSMSEuux8,
http://www.playvid.com/watch/IFIqg-uyg23, http://www.playvid.com/watch/7PK9-S3zVsg, http://www.playvid.com/watch/3HHpS5ZqUdn,
http://www.playvid.com/watch/INnKMx7arqr, http://www.playvid.com/watch/SbhkiaMUMx5, http://www.playvid.com/watch/XdFVPxKk4pH,
http://www.playvid.com/watch/9fMT4ToK4KS, http://www.playvid.com/watch/4UchmzMGmqy, http://www.playvid.com/watch/wkcZoUoIQDs,
http://www.playvid.com/watch/Y9nfr-PVFFI, http://www.playvid.com/watch/Vv3EvyiEzPF, http://www.playvid.com/watch/gMMhXxdk0zU,
http://www.playvid.com/watch/KKCBu8liC6y, http://www.playvid.com/watch/PoWvw9Rsyx3, http://www.playvid.com/watch/XPWmLe8y6n-,
http://www.playvid.com/watch/vGztJXx4hqy, http://www.playvid.com/watch/4ujZPvys67P, http://www.playvid.com/watch/B7TSkdhJJ-s,
http://www.playvid.com/watch/nU2rxYqwMUl, http://www.playvid.com/watch/b922lSxqjDW, http://www.playvid.com/watch/VkHnLqUsFAg,
http://www.playvid.com/watch/hyXW4jlSnhV, http://www.playvid.com/watch/pB7P75-AIA5, http://www.playvid.com/watch/eJ9pLQUxjR0,
http://www.playvid.com/watch/f5nJnMTeM3g, http://www.playvid.com/watch/mPynY6-I3QE, http://www.playvid.com/watch/--3yotlIZfX,
http://www.playvid.com/watch/BrXfTWPm4bm, http://www.playvid.com/watch/JrwWmhqbsQQ, http://www.playvid.com/watch/BFLUOX3E-Qt,
http://www.playvid.com/watch/CQBwPHHqMna, http://www.playvid.com/watch/PEbHCqElkma, http://www.playvid.com/watch/8kB22nfgbI4,
http://www.playvid.com/watch/6zDqJL56Ib7, http://www.playvid.com/watch/jYBxts5Acjc, http://www.playvid.com/watch/E3gwyILAEEj,
http://www.playvid.com/watch/pkDUmlItzLP, http://www.playvid.com/watch/9cxDrEjEZeB, http://www.playvid.com/watch/6qtd-QefoPd,
http://www.playvid.com/watch/hxouurS9CeJ, http://www.playvid.com/watch/Pnv3XD-W8SJ, http://www.playvid.com/watch/Rk4qfbABky3,
http://www.playvid.com/watch/XIwlnB6MLJP, http://www.playvid.com/watch/wyA0VdC5UGM, http://www.playvid.com/watch/GEjJfH59cZ5,
http://www.playvid.com/watch/zrFIrUArXD5, http://www.playvid.com/watch/KfhNSZtlkqB, http://www.playvid.com/watch/aSCDSBspW8h,
http://www.playvid.com/watch/hdvGiBguY0V, http://www.playvid.com/watch/iazI9qEop8-, http://www.playvid.com/watch/EVhp657WFnV,
http://www.playvid.com/watch/xA6eSGPllje, http://www.playvid.com/watch/qnbM5jAIRZj, http://www.playvid.com/watch/AoTRq3joqM9,
http://www.playvid.com/watch/TgxKLxPLyF7, http://www.playvid.com/watch/znsWyUYtWLW, http://www.playvid.com/watch/miKXWPb3cJe,
http://www.playvid.com/watch/pJfx2rLHUKN, http://www.playvid.com/watch/MogrsCDYlLL, http://www.playvid.com/watch/IHEc-M3VXWd,
http://www.playvid.com/watch/bOH3XG2pgra, http://www.playvid.com/watch/KSVTcQjQeFe, http://www.playvid.com/watch/8bgNJ0Aqa-H,
http://www.playvid.com/watch/Fs3pVjJu9gD, http://www.playvid.com/watch/BPcJCipNr5x, http://www.playvid.com/watch/978y-YuqOxX,
http://www.playvid.com/watch/PrpaIq5XYOM, http://www.playvid.com/watch/9naxtUi7BZ-, http://www.playvid.com/watch/Onz-a2MPXEH,
http://www.playvid.com/watch/LV5XccK69YQ, http://www.playvid.com/watch/W5Fb94q8MS8, http://www.playvid.com/watch/r599eYythaM,
http://www.playvid.com/watch/iUcfrDUUuJQ, http://www.playvid.com/watch/HMIULuLupti, http://www.playvid.com/watch/7lPjgxDuwWD,
http://www.playvid.com/watch/RehBAIXiMD5, http://www.playvid.com/watch/lGOqrcLVhEA, http://www.playvid.com/watch/Yyw5dHnhOIl,
http://www.playvid.com/watch/Zp0s85KY8ww, http://www.playvid.com/watch/aU6KQFD4PMN, http://www.playvid.com/watch/5qpNROgxzaO,
http://www.playvid.com/watch/uSuQeF0oRhy, http://www.playvid.com/watch/RZYVQKzbxCG, http://www.playvid.com/watch/S2WqKKQ03M7,
http://www.playvid.com/watch/dA2iNBF-H85, http://www.playvid.com/watch/Y6VD9pE8nq8, http://www.playvid.com/watch/adI48U5oqa4,
http://www.playvid.com/watch/FmfEU8KEEUr, http://www.playvid.com/watch/fqr-YXk8q-W, http://www.playvid.com/watch/jayBbt72gt3,
http://www.playvid.com/watch/fi7FqA2Yovj, http://www.playvid.com/watch/ovajadOH0e5, http://www.playvid.com/watch/AWZOvqY9NQz,
http://www.playvid.com/watch/lpJBoOQLWbO, http://www.playvid.com/watch/qfIIv4jEpq3, http://www.playvid.com/watch/N7SOnTTF6Kn,
http://www.playvid.com/watch/wliCuG542zB, http://www.playvid.com/watch/Ve8d3k6gRH3, http://www.playvid.com/watch/URxTtG3W7Bd,
http://www.playvid.com/watch/tjepunIrwGV, http://www.playvid.com/watch/b9koPvGKKgi, http://www.playvid.com/watch/SOFCNaacLOl,
http://www.playvid.com/watch/IT7y7BT2R2k, http://www.playvid.com/watch/P2IYtyvsgc8, http://www.playvid.com/watch/UpOebQ9vhor,
http://www.playvid.com/watch/u6MaMl8LV05, http://www.playvid.com/watch/mT4QTjxIb0B, http://www.playvid.com/watch/ArU0H0FBEs7,
http://www.playvid.com/watch/WkZ7dVoU8MQ, http://www.playvid.com/watch/GENHgBu5R95, http://www.playvid.com/watch/hEsTSrpNvzc,
http://www.playvid.com/watch/k-cNpYG8SAQ, http://www.playvid.com/watch/pdUBgs95ptN, http://www.playvid.com/watch/4Y2hwsMuFIx,

http://www.playvid.com/watch/cMEKQetE-n7, http://www.playvid.com/watch/PwIi8FbXsBj, http://www.playvid.com/watch/ibnaNDk0tcI, http://www.playvid.com/watch/D-pwgQF9Q2O, http://www.playvid.com/watch/DKepQi0qTYN, http://www.playvid.com/watch/IfVfANHS6ex, http://www.playvid.com/watch/Bm35fy9gBlL, http://www.playvid.com/watch/O-Ry-GTKPMK, http://www.playvid.com/watch/tZyuRdt7JXD, http://www.playvid.com/watch/uFQgyqCMOAi, http://www.playvid.com/watch/vGWRYnLBvqm, http://www.playvid.com/watch/pQsbIoa2Oyt, http://www.playvid.com/watch/Wb6Gp4RidAu, http://www.playvid.com/watch/DqRVIM6q-id, http://www.playvid.com/watch/KCpfg25aefk, http://www.playvid.com/watch/fSwMbzenH6O, http://www.playvid.com/watch/wYDQwlVwLAv, http://www.playvid.com/watch/TDcZaUndZ5H, http://www.playvid.com/watch/eGGpu8WTyeF, http://www.playvid.com/watch/o7kv2G4Scx0, http://www.playvid.com/watch/p4EfP5xmQvc, http://www.playvid.com/watch/nEUBIqkcZOD, http://www.playvid.com/watch/KXPwhNuRjVF, http://www.playvid.com/watch/K7hKp20RTB-, http://www.playvid.com/watch/-vFsbtIAmXn, http://www.playvid.com/watch/L6TEyiyZGjz, http://www.playvid.com/watch/6SmWbHloWnq, http://www.playvid.com/watch/GGm-Ar0d-OZ, http://www.playvid.com/watch/0ZWKKNqhn3v, http://www.playvid.com/watch/cDfQtchU8eq, http://www.playvid.com/watch/NNZR5DNVgOn, http://www.playvid.com/watch/xE3QrkgrdRH, http://www.playvid.com/watch/MbItNIrQlUQ, http://www.playvid.com/watch/ihKZsC7ffVY, http://www.playvid.com/watch/QuVCmWyO4O6, http://www.playvid.com/watch/8pArIhEfYfO, http://www.playvid.com/watch/0rsdv0sUIn9, http://www.playvid.com/watch/E9ouAsXSN4U, http://www.playvid.com/watch/L6NwvfdHg9J, http://www.playvid.com/watch/X4Q7Pk3eNon, http://www.playvid.com/watch/0hix5BN8dMu, http://www.playvid.com/watch/H0O4Hfe6x94, http://www.playvid.com/watch/wjLyitJMPmA, http://www.playvid.com/watch/NIjZJBMX6Un, http://www.playvid.com/watch/sl-5m8T9fgk, http://www.playvid.com/watch/6ZtNdXwieF2, http://www.playvid.com/watch/C85rPgTDTBL, http://www.playvid.com/watch/jWFljUpt2WN, http://www.playvid.com/watch/mH2jctwIEWS, http://www.playvid.com/watch/OLzlZQwcP5n, http://www.playvid.com/watch/i5WzfJ6KB4s, http://www.playvid.com/watch/xO-h96Fl9DY, http://www.playvid.com/watch/HpgAY2ekUxP
5.f. Date of third notice: 2013-12-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: magunzoor
5.b. Uploader's email address: magunzoor@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/magunzoor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0l1bTu5aT9t, http://www.playvid.com/watch/dnqUdy-rQge, http://www.playvid.com/watch/NyKqcxel3FZ, http://www.playvid.com/watch/AbHgu-EyqwW, http://www.playvid.com/watch/KlslTNlwyYL, http://www.playvid.com/watch/2MVFKcfNAcJ, http://www.playvid.com/watch/IuXyWaKvqK3, http://www.playvid.com/watch/AIzQ4Fi3oA1, http://www.playvid.com/watch/5fBy8E5LZoC, http://www.playvid.com/watch/fEEw0y642Lf, http://www.playvid.com/watch/tbyy3GKKPpC, http://www.playvid.com/watch/Kz-sEW8XBGW, http://www.playvid.com/watch/Se4-J0AoOL-, http://www.playvid.com/watch/AtAo-077i0c, http://www.playvid.com/watch/ZUBFWsgRzaR, http://www.playvid.com/watch/G1My3WYwuZu, http://www.playvid.com/watch/XmPIGx9mnnV, http://www.playvid.com/watch/eLyMWn4Tqao, http://www.playvid.com/watch/lAyjuVL-NiO, http://www.playvid.com/watch/Nfn-5HtuDQP, http://www.playvid.com/watch/c3zNvjctz5m, http://www.playvid.com/watch/CWKHIwm0NGg, http://www.playvid.com/watch/FPtnkplC1Fb, http://www.playvid.com/watch/5lvhCkCp5zI, http://www.playvid.com/watch/XB2hrFR1Vzm, http://www.playvid.com/watch/gmC9U0DDPaX, http://www.playvid.com/watch/CGK8tx9Kk-a, http://www.playvid.com/watch/Dc8dnRKt2yh, http://www.playvid.com/watch/ubT2Tn4ingW, http://www.playvid.com/watch/W3IrZvJAXgh, http://www.playvid.com/watch/xuIuZ3V322X, http://www.playvid.com/watch/9-lTflFczH9, http://www.playvid.com/watch/hyMewtF1XT4, http://www.playvid.com/watch/HWwcvbKu7hy, http://www.playvid.com/watch/-cqpcR5RWrb, http://www.playvid.com/watch/blZif1NMTXy, http://www.playvid.com/watch/pohNFFJIMJH, http://www.playvid.com/watch/Yw3f6nWvGop, http://www.playvid.com/watch/qXElEyyHpIV, http://www.playvid.com/watch/ptJmWEEHx9v
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: malibuEX
5.b. Uploader's email address: eltonmiller121@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/malibuEX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4QX8n7FDcR9, http://www.playvid.com/watch/e3u-NbcHeof, http://www.playvid.com/watch/vqj8lpZHVLx, http://www.playvid.com/watch/Kw6cciy8G_f, http://www.playvid.com/watch/FZhxkza4RiH, http://www.playvid.com/watch/r9bD4Ats9-I, http://www.playvid.com/watch/cwovWMjdNDy, http://www.playvid.com/watch/iLO3JaVNWRc, http://www.playvid.com/watch/TFPiG8gosoe, http://www.playvid.com/watch/NZD886sOov8, http://www.playvid.com/watch/8SI7zbP4ddM, http://www.playvid.com/watch/ptZKWpGF8pq, http://www.playvid.com/watch/lvnzW7VpMKL, http://www.playvid.com/watch/fdQ3xNvvXkE, http://www.playvid.com/watch/33AqKhQ_-yc, http://www.playvid.com/watch/BzsLt0wnTlP, http://www.playvid.com/watch/J39SbY2N-SR, http://www.playvid.com/watch/OgHO2emn0zH, http://www.playvid.com/watch/oVWPRnK0dGS, http://www.playvid.com/watch/6wx4MlELhiK, http://www.playvid.com/watch/WUgrkZBBW1m, http://www.playvid.com/watch/5GL5RQpAJGP, http://www.playvid.com/watch/JV3Yd0fyuW3, http://www.playvid.com/watch/0DAWtIw3V5e, http://www.playvid.com/watch/xg3pWNvL5Z5, http://www.playvid.com/watch/HjaEIr9aGm6, http://www.playvid.com/watch/sUf-fwH_N3m, http://www.playvid.com/watch/AR5kF5zKP5V, http://www.playvid.com/watch/PnVMJvFm2CP, http://www.playvid.com/watch/DBxk6HjCZMH, http://www.playvid.com/watch/PFjx0bBfIaL, http://www.playvid.com/watch/JlqeEG3EbaA, http://www.playvid.com/watch/N_RBnv9Ie6R, http://www.playvid.com/watch/N3QLOScHFWp, http://www.playvid.com/watch/q52CK5r5en0, http://www.playvid.com/watch/o0lNyQTbDnF, http://www.playvid.com/watch/0LOVvFf1IZr, http://www.playvid.com/watch/B8hLS7rOx8X, http://www.playvid.com/watch/W8oAeFXry6X, http://www.playvid.com/watch/ydhZGUIhQrY, http://www.playvid.com/watch/9VJ7PPifoob, http://www.playvid.com/watch/PbUxujtT6yj, http://www.playvid.com/watch/eJWdHj3AQIX, http://www.playvid.com/watch/Rf2EUzTVdNU, http://www.playvid.com/watch/lX1KXopS8xa, http://www.playvid.com/watch/2pxhr1X5YaM, http://www.playvid.com/watch/mubZhYYWgtH, http://www.playvid.com/watch/KPR1Lc6I_gc, http://www.playvid.com/watch/XtdaZJliQEM, http://www.playvid.com/watch/WoWaZn6bXko, http://www.playvid.com/watch/RQdfZxPsDXv, http://www.playvid.com/watch/ZhsMLYprNMt, http://www.playvid.com/watch/n4yn_ka-DHB, http://www.playvid.com/watch/5U6AnA5-vyd, http://www.playvid.com/watch/O2HjQof046j, http://www.playvid.com/watch/PGcKjNOKcmL, http://www.playvid.com/watch/coBi3T5siwb, http://www.playvid.com/watch/6nYzW-KmdIi, http://www.playvid.com/watch/yqTuAHYw4fy, http://www.playvid.com/watch/RP2EPpKhqnq, http://www.playvid.com/watch/rTzOaC02ZF8, http://www.playvid.com/watch/MtSxhjInvXi, http://www.playvid.com/watch/iKZH9aEu5g7, http://www.playvid.com/watch/QmSKFpoWWSM, http://www.playvid.com/watch/g4zvLksSKpp, http://www.playvid.com/watch/AwzCyRLJtNx, http://www.playvid.com/watch/qgqKYgEPLJj, http://www.playvid.com/watch/nrDkHTA8z5O, http://www.playvid.com/watch/Oh6OboFNcxv, http://www.playvid.com/watch/MUHIplYtSdi, http://www.playvid.com/watch/PeOTGl0Oxj4, http://www.playvid.com/watch/vhoDWHeGTJb, http://www.playvid.com/watch/I_HJevrB2ne, http://www.playvid.com/watch/YLh5Tli2jjw, http://www.playvid.com/watch/3DumI1GlkTh, http://www.playvid.com/watch/9LFefW-Kklc, http://www.playvid.com/watch/Hch8MJdPZOq, http://www.playvid.com/watch/uKGjwesdSTX, http://www.playvid.com/watch/3v8b9BEDuI6, http://www.playvid.com/watch/GmkZS03Tu-A, http://www.playvid.com/watch/HtFZnTT0zbA, http://www.playvid.com/watch/5paziTAN50B, http://www.playvid.com/watch/ukwJ3anqVS8, http://www.playvid.com/watch/UpZB4BOkhzj, http://www.playvid.com/watch/IZ87EkFSnJf, http://www.playvid.com/watch/XmmLIDkqQAc, http://www.playvid.com/watch/IZ71v_s1JBe, http://www.playvid.com/watch/0tqT0Bay6mf, http://www.playvid.com/watch/2ONzY4pjrgE, http://www.playvid.com/watch/LZjGZEodNpS, http://www.playvid.com/watch/nMWbH-rgDVN, http://www.playvid.com/watch/xi8UcM46fPv, http://www.playvid.com/watch/ap-t9rpI6bX, http://www.playvid.com/watch/jREsUMG36oZ, http://www.playvid.com/watch/cYOcnR7Fpv4, http://www.playvid.com/watch/ZB_qPQF70MK, http://www.playvid.com/watch/a3U4uBBEojD, http://www.playvid.com/watch/zeB3QfAL_9c, http://www.playvid.com/watch/OCWhtH_lBte, http://www.playvid.com/watch/Xkp3tszPpgB, http://www.playvid.com/watch/QVLswy2UuLp, http://www.playvid.com/watch/KmX3MCnPDLO, http://www.playvid.com/watch/tevPoA7iIG6, http://www.playvid.com/watch/bQp_iOswvtg, http://www.playvid.com/watch/rRAjTLpYko7, http://www.playvid.com/watch/X4vMC6D89GK, http://www.playvid.com/watch/l_yVv-Jan_3, http://www.playvid.com/watch/Dxkz-Y1WOAm, http://www.playvid.com/watch/hrH3XAxwHtr, http://www.playvid.com/watch/vYIVnLLp9Af, http://www.playvid.com/watch/JUu67IoyG7j, http://www.playvid.com/watch/6a5AKZGELWo, http://www.playvid.com/watch/B5SEPAI1D9L, http://www.playvid.com/watch/5zo3FQ-sXKs, http://www.playvid.com/watch/Ny_DVkiOtb6, http://www.playvid.com/watch/cAVHpCiP3d8, http://www.playvid.com/watch/trMdE7HNLlY, http://www.playvid.com/watch/8gATWNVsPdq, http://www.playvid.com/watch/zQ-lc-U8fVk, http://www.playvid.com/watch/vTJE9gvQ808, http://www.playvid.com/watch/tZKsiJzP04Y, http://www.playvid.com/watch/oZstIXLGYzb, http://www.playvid.com/watch/JpOTuuJIGBG, http://www.playvid.com/watch/e5D07Ctx6Ci, http://www.playvid.com/watch/PFYLBPMpTsb, http://www.playvid.com/watch/y1hS5JGLopZ, http://www.playvid.com/watch/QpWTNON1eFF, http://www.playvid.com/watch/joCyErP7Crh, http://www.playvid.com/watch/rGuSWnjbD1b, http://www.playvid.com/watch/i7XdfyhQeT6, http://www.playvid.com/watch/Msjtv1_2IIL, http://www.playvid.com/watch/fGmq6yl1XCa, http://www.playvid.com/watch/HgZJcbnSC4X, http://www.playvid.com/watch/SR0NfPZiJPw, http://www.playvid.com/watch/Gj2d_6URzzo, http://www.playvid.com/watch/FUzDX14zlzC, http://www.playvid.com/watch/OWKsIOpeI4V, http://www.playvid.com/watch/sl0_gTajFxT, http://www.playvid.com/watch/R6oYlsdRnsG, http://www.playvid.com/watch/3Dh589Oinco, http://www.playvid.com/watch/V3U4pllFqe2, http://www.playvid.com/watch/gw6t6aQT0Gh, http://www.playvid.com/watch/OGBQ80sLn9Q, http://www.playvid.com/watch/CvBnrBV69RB, http://www.playvid.com/watch/LSnP5Kr-feG, http://www.playvid.com/watch/uc4VfVi_Evh, http://www.playvid.com/watch/I3Xx1dzyBxf, http://www.playvid.com/watch/QWoyGeCsmK5, http://www.playvid.com/watch/h8c7rwRaPmO, http://www.playvid.com/watch/deinFBW_e7s
5.f. Date of third notice: 2015-09-25 00:16:50

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: malibuxxx
5.b. Uploader's email address: adammemermer@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/malibuxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/w66Yx3HActk, http://www.playvid.com/watch/ljWr5W9uvbb, http://www.playvid.com/watch/Ycqyps3KUHe, http://www.playvid.com/watch/Obf63z82JNa, http://www.playvid.com/watch/GN8fJAJMeUC, http://www.playvid.com/watch/emmZm7nmrx0, http://www.playvid.com/watch/so89sKIK0rJ, http://www.playvid.com/watch/8LWrynLW2Rr, http://www.playvid.com/watch/HmVRYUMkGLH, http://www.playvid.com/watch/KTSAVlwVZuP, http://www.playvid.com/watch/Wa-6FVK9X23, http://www.playvid.com/watch/t9jIIzHLKM2, http://www.playvid.com/watch/bnoXH6Vphup, http://www.playvid.com/watch/kalUKrFqdnZ, http://www.playvid.com/watch/cL4zaNzF1l1, http://www.playvid.com/watch/Ex1sHVcMuSn, http://www.playvid.com/watch/wdjAGmaPSU7, http://www.playvid.com/watch/nm7F7YuGxbX, http://www.playvid.com/watch/35eaCW26XLB, http://www.playvid.com/watch/U0AJDA3LFrv, http://www.playvid.com/watch/FduAqGBSxnj, http://www.playvid.com/watch/SoJBRV5Jvrv, http://www.playvid.com/watch/PH029GTevn2, http://www.playvid.com/watch/OCjpg-538S3, http://www.playvid.com/watch/7H4dLg7dMjh, http://www.playvid.com/watch/AOZAlvHZvgh, http://www.playvid.com/watch/jXnF0sB08QX, http://www.playvid.com/watch/-t2qW6V2JCL, http://www.playvid.com/watch/sFUddzmuohi, http://www.playvid.com/watch/TjUMPczNltY, http://www.playvid.com/watch/0KSUC9y5vNB, http://www.playvid.com/watch/KXKH4FowCLE, http://www.playvid.com/watch/xI7fYOkoxBj, http://www.playvid.com/watch/4gqTlZhA5jc, http://www.playvid.com/watch/Fcw8Hg6B-md, http://www.playvid.com/watch/lZ3SJM929YT, http://www.playvid.com/watch/5zWSKb0HsPQ, http://www.playvid.com/watch/-aHDM1VvOf4, http://www.playvid.com/watch/XRN1q8ztkRC, http://www.playvid.com/watch/hpJP3xHJjXJ, http://www.playvid.com/watch/Q8ScX-38Iei, http://www.playvid.com/watch/6fbk9eKnvBv, http://www.playvid.com/watch/Mibn1EbC73i, http://www.playvid.com/watch/dHjB-0spxfr, http://www.playvid.com/watch/5HTRzOEafFo, http://www.playvid.com/watch/uImPr3CddfF, http://www.playvid.com/watch/zAeWXWWIYnX, http://www.playvid.com/watch/rC-qFkj5pVg, http://www.playvid.com/watch/V5PAOAuHfxf, http://www.playvid.com/watch/mu383AkBnUQ, http://www.playvid.com/watch/zjcRpQSV-Ss, http://www.playvid.com/watch/U-sxC01ww7a, http://www.playvid.com/watch/qHTyhLFX19f, http://www.playvid.com/watch/byMQavgwkUu, http://www.playvid.com/watch/ud-aiqN9Ek2, http://www.playvid.com/watch/xRHMNqGQK9u, http://www.playvid.com/watch/wXmmSUwvgCk, http://www.playvid.com/watch/-oPOn8zGd7-, http://www.playvid.com/watch/KKVloHqekTE, http://www.playvid.com/watch/FED7nSEJoXR, http://www.playvid.com/watch/JbowhVmJyse
5.f. Date of third notice: 2013-07-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: malidon67
5.b. Uploader's email address: malidon67@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/malidon67
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yndi1Ca0pVf, http://www.playvid.com/watch/i_uF1pPwYXP, http://www.playvid.com/watch/lQ1V-11sKT5, http://www.playvid.com/watch/8F7lK2i7SCH
5.f. Date of third notice: 2015-02-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mambamaan
5.b. Uploader's email address: marikvariano@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mambamaan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fcYb6z4gA-x, http://www.playvid.com/watch/kULOHb5WPG-, http://www.playvid.com/watch/4DNREgOZAxb, http://www.playvid.com/watch/FD9IhxyNrCF, http://www.playvid.com/watch/s5tZ33fwuzE, http://www.playvid.com/watch/sYkhIh9MaiR, http://www.playvid.com/watch/FeLWxc3zKUs, http://www.playvid.com/watch/BanDbngjS9D, http://www.playvid.com/watch/AwpkxRsZrnT, http://www.playvid.com/watch/IKFYhMJjgMg, http://www.playvid.com/watch/HQKmD6EeZCn, http://www.playvid.com/watch/gCJgLFai-C8, http://www.playvid.com/watch/Xi0TceDHBn2, http://www.playvid.com/watch/9XI4MBeYSeO, http://www.playvid.com/watch/7zDGYX2UnPL
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mamur
5.b. Uploader's email address: joymakaf@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mamur
5.e. List of videos posted by uploader: http://www.playvid.com/watch/k2f4kUa11wv, http://www.playvid.com/watch/o4c3Gc25OnB, http://www.playvid.com/watch/V_4RvAcfyqQ, http://www.playvid.com/watch/sakGKdJ5a5t, http://www.playvid.com/watch/qQvzXvBCwvs, http://www.playvid.com/watch/4_nSJ4FtKSx, http://www.playvid.com/watch/0zBQZ04T5Hi, http://www.playvid.com/watch/b6cZriHD0EC, http://www.playvid.com/watch/c4xYCKhv7vn, http://www.playvid.com/watch/O1CES-to_TC, http://www.playvid.com/watch/M66WsnZqaNa, http://www.playvid.com/watch/eh7NkXXwAy6, http://www.playvid.com/watch/qG5FYdC9XFn, http://www.playvid.com/watch/Q45O0e-urSJ, http://www.playvid.com/watch/emL1Dznm4MF, http://www.playvid.com/watch/KonJS2ztjla, http://www.playvid.com/watch/lPWMKlKm-t6, http://www.playvid.com/watch/2lVVdYEOJnL, http://www.playvid.com/watch/0A-hHeaZwFR, http://www.playvid.com/watch/UN28zhUKp9w, http://www.playvid.com/watch/td4Sf9tkpnC, http://www.playvid.com/watch/plpXWO8sEUp, http://www.playvid.com/watch/MQk73lJMbeK, http://www.playvid.com/watch/B91uIk5nW_W, http://www.playvid.com/watch/9-tJxx9EsaU, http://www.playvid.com/watch/KRjWLCGx67x, http://www.playvid.com/watch/jXiiWg9hwGn, http://www.playvid.com/watch/EkGSVTRcPoh, http://www.playvid.com/watch/T-eDuKPIGDT, http://www.playvid.com/watch/lDFfdTQzoWo, http://www.playvid.com/watch/JFQA70apmgm, http://www.playvid.com/watch/ct06FxHGCh2, http://www.playvid.com/watch/job596tS5On, http://www.playvid.com/watch/VbGyXkDY5UG, http://www.playvid.com/watch/vcn-uVGQFC6, http://www.playvid.com/watch/t_pbQElr8u3, http://www.playvid.com/watch/eyo__7oWgF7, http://www.playvid.com/watch/OTOFTa8i-8a, http://www.playvid.com/watch/7hrc-BX-rMv, http://www.playvid.com/watch/ala44uuENmZ, http://www.playvid.com/watch/xHUF568ORNa, http://www.playvid.com/watch/X6nwFotkAzg, http://www.playvid.com/watch/yVj9rald7SH, http://www.playvid.com/watch/ih2LOJNqdLe, http://www.playvid.com/watch/RjBmFfHRTj4, http://www.playvid.com/watch/YLir3sG-QHD, http://www.playvid.com/watch/MFcYUrLvRQw, http://www.playvid.com/watch/z7kh4n0vz1L, http://www.playvid.com/watch/YrUxJxCFDwd, http://www.playvid.com/watch/UlbafdRtmBE, http://www.playvid.com/watch/IzHVUCcDOJE, http://www.playvid.com/watch/hhdBEnvySbq, http://www.playvid.com/watch/2OFDp0I8Eav, http://www.playvid.com/watch/nt62tHlVaSi, http://www.playvid.com/watch/EUSrZonYH89, http://www.playvid.com/watch/Dd-0XNQRyjD, http://www.playvid.com/watch/zdgEsgUtg52, http://www.playvid.com/watch/0MncSi3bk3J, http://www.playvid.com/watch/drOk87hwJJs, http://www.playvid.com/watch/N0P43K6VLap, http://www.playvid.com/watch/Qhe_YjQaJ6Q, http://www.playvid.com/watch/gjVZV4G-yss, http://www.playvid.com/watch/jCGqFFkPCPa, http://www.playvid.com/watch/jVTTL_daSLD, http://www.playvid.com/watch/nF-RtIK1BUB, http://www.playvid.com/watch/X38z5irs8yl, http://www.playvid.com/watch/ljxpe6iNdng, http://www.playvid.com/watch/iSoLuFgC5kk, http://www.playvid.com/watch/hm20TYsZSvS, http://www.playvid.com/watch/mLwWLh0PU46, http://www.playvid.com/watch/S6YGKFo6Hmr, http://www.playvid.com/watch/cdL2LgWBBXz, http://www.playvid.com/watch/5bYPnN76ynr, http://www.playvid.com/watch/F1XCEgHfWs6, http://www.playvid.com/watch/WuAGRR3eLj0, http://www.playvid.com/watch/jR5yoQU1u-y, http://www.playvid.com/watch/YjISRHMAcLs, http://www.playvid.com/watch/7v1Rdplc5eL, http://www.playvid.com/watch/WhLKJXa6-p9, http://www.playvid.com/watch/KzRQvAXKbej, http://www.playvid.com/watch/b-o2nI8DVYY, http://www.playvid.com/watch/agtm6AMmaMp, http://www.playvid.com/watch/9q2iRZZ76Ls, http://www.playvid.com/watch/c03MLZ1JXED, http://www.playvid.com/watch/YCLyFsoMgZS, http://www.playvid.com/watch/lUEZEBiT4MA, http://www.playvid.com/watch/EZ4lpGVcC7s, http://www.playvid.com/watch/XuwWy6KeAgU, http://www.playvid.com/watch/XZNXzBmb9ZL, http://www.playvid.com/watch/2jWL8wxn_ec, http://www.playvid.com/watch/Oo7sw20A7Hj, http://www.playvid.com/watch/DCqU3NwH4wf, http://www.playvid.com/watch/Gn4ySnyMNnL, http://www.playvid.com/watch/a590FcpzTZu, http://www.playvid.com/watch/F4q2pajYfsA
5.f. Date of third notice: 2014-04-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mannypo
5.b. Uploader's email address: reanokopalo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mannypo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ri2jWiByTMC, http://www.playvid.com/watch/pCzyo7lMXBW, http://www.playvid.com/watch/Ys3seLXIDpf, http://www.playvid.com/watch/EFMWkUR90lc, http://www.playvid.com/watch/sQNj85UxqE9, http://www.playvid.com/watch/HTrsuFmBTjD, http://www.playvid.com/watch/0w4iY2UhJDx, http://www.playvid.com/watch/AU9iWqqj8-c, http://www.playvid.com/watch/w4TBS7HEV6Q, http://www.playvid.com/watch/IDDTQAaHRMt, http://www.playvid.com/watch/PPcZYUomlhr, http://www.playvid.com/watch/ZSf9qL0YTVJ, http://www.playvid.com/watch/SadHmxEaSxK, http://www.playvid.com/watch/AEtgCmE56yy, http://www.playvid.com/watch/g8Pyu0gFXSW, http://www.playvid.com/watch/FiLOMzwQwGL, http://www.playvid.com/watch/R4ZC4ZnbTii,

http://www.playvid.com/watch/wTeHvTp6rmQ, http://www.playvid.com/watch/HlqYU3rfpBA, http://www.playvid.com/watch/0qsWorUALv4, http://www.playvid.com/watch/OkclJEcNeqK
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: manuella
5.b. Uploader's email address: eriomamon@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/manuella
5.e. List of videos posted by uploader: http://www.playvid.com/watch/o94w7l_yiON, http://www.playvid.com/watch/dSvjt5dVLmt, http://www.playvid.com/watch/GVKnBVG7hIt, http://www.playvid.com/watch/bPCKZuUV47I, http://www.playvid.com/watch/682QjenrgK0, http://www.playvid.com/watch/IoJjuHRrPRn, http://www.playvid.com/watch/FX3gOzhUXwg, http://www.playvid.com/watch/kKCGFLnqnfk, http://www.playvid.com/watch/J5l5bvtpMqi, http://www.playvid.com/watch/ma4MSCKb_w2, http://www.playvid.com/watch/WWm-V9hSa6u, http://www.playvid.com/watch/VhtWDLPTEBz, http://www.playvid.com/watch/TdNP2WqrNuu, http://www.playvid.com/watch/FnhAaagy6gO, http://www.playvid.com/watch/mLURCmuqjrS, http://www.playvid.com/watch/ZSeiFVpkVBE, http://www.playvid.com/watch/0o1C1xwZrbv, http://www.playvid.com/watch/Y5f_9bJiwCj, http://www.playvid.com/watch/dxO46dGIHq3, http://www.playvid.com/watch/U1HUu-Pxt2J, http://www.playvid.com/watch/veKt3_KBXZe, http://www.playvid.com/watch/6i_BBBqjdoY, http://www.playvid.com/watch/U8kcFa_MzA5, http://www.playvid.com/watch/hlBLryzf8Kj, http://www.playvid.com/watch/bFwNkY_GgW2, http://www.playvid.com/watch/NLlekM2AU3s, http://www.playvid.com/watch/Ep5Y3e9H7BV, http://www.playvid.com/watch/yQIFI93hS64, http://www.playvid.com/watch/3Nr7083UANK, http://www.playvid.com/watch/q5DIwU_-wEo, http://www.playvid.com/watch/aaqXscddCNO, http://www.playvid.com/watch/Dnm0qHzRs0q, http://www.playvid.com/watch/BAvmfSktozZ, http://www.playvid.com/watch/K40YtAdRZjM, http://www.playvid.com/watch/NuH5odlHa56, http://www.playvid.com/watch/rJ9BiUhpUIt, http://www.playvid.com/watch/qx1GwNwtGH7, http://www.playvid.com/watch/C4EjkjE-YZT, http://www.playvid.com/watch/bLTetQmOk7E, http://www.playvid.com/watch/KFbZaYjSail, http://www.playvid.com/watch/gbAPs3mYbJU, http://www.playvid.com/watch/9ka_CbgD2Ab, http://www.playvid.com/watch/EeB3xYEwHwh, http://www.playvid.com/watch/hZIZr38YaXh, http://www.playvid.com/watch/K1Lzhj09J7S, http://www.playvid.com/watch/F-7xIl0Dlsj, http://www.playvid.com/watch/rmZF1e9C_nx, http://www.playvid.com/watch/0lAguman8aS, http://www.playvid.com/watch/SbdFUxkV4Zs, http://www.playvid.com/watch/jkjFerhu06a, http://www.playvid.com/watch/W5_Xd7YDS9C, http://www.playvid.com/watch/EGLwk1BO89P, http://www.playvid.com/watch/7BAMXmKcfEu, http://www.playvid.com/watch/WCFmtyCLq79, http://www.playvid.com/watch/DkOCaQkvk_g, http://www.playvid.com/watch/hWYEBVFvihD, http://www.playvid.com/watch/EGH04CK-_c7, http://www.playvid.com/watch/ZWht6FP8zDt, http://www.playvid.com/watch/n1oDLus2zu5, http://www.playvid.com/watch/MLJgfdJxkQW, http://www.playvid.com/watch/h8VTqVFUENS, http://www.playvid.com/watch/PS3ONYgaGhC, http://www.playvid.com/watch/0KLZMbMqTAC, http://www.playvid.com/watch/QbUvab5S_U4, http://www.playvid.com/watch/Hqx8k0RvyFf, http://www.playvid.com/watch/ZEUfGuBAJLU, http://www.playvid.com/watch/TrVligVef0t, http://www.playvid.com/watch/H4VQ6sjB1Mp, http://www.playvid.com/watch/XLXiZpaP61c, http://www.playvid.com/watch/OZ2BdJV59Wf, http://www.playvid.com/watch/C0fV5N8RpzA, http://www.playvid.com/watch/tybQf004zlr, http://www.playvid.com/watch/0FzLE9xIndd, http://www.playvid.com/watch/cFVlyw420Db, http://www.playvid.com/watch/6kO8aaIEy_K, http://www.playvid.com/watch/wNy0fPRVbhy, http://www.playvid.com/watch/uE3ICtlN2pw, http://www.playvid.com/watch/JhLrT22aS-C, http://www.playvid.com/watch/IpJdPKyOH-E, http://www.playvid.com/watch/HlL_8LHbrQP, http://www.playvid.com/watch/o6oqhWQwdEK, http://www.playvid.com/watch/EkVDi9esJDV, http://www.playvid.com/watch/vkQedFkyrW9, http://www.playvid.com/watch/WjrIUJ7_mEM, http://www.playvid.com/watch/hJd49dBT7DA, http://www.playvid.com/watch/iL3nMoVm6lj, http://www.playvid.com/watch/fQqP1GT1LS6, http://www.playvid.com/watch/0itHkNGlAQv, http://www.playvid.com/watch/LArnjmbTXJo, http://www.playvid.com/watch/biegWT30F2R, http://www.playvid.com/watch/WWlZKJyktuv, http://www.playvid.com/watch/TCNZKDtPPtx, http://www.playvid.com/watch/0hRRdpsDMr7, http://www.playvid.com/watch/KDePnUwhh4J, http://www.playvid.com/watch/8ZY8T8MOjwO, http://www.playvid.com/watch/Q1JIsMHxpTV, http://www.playvid.com/watch/3JOKeTP9Q-B, http://www.playvid.com/watch/cSNDWpsvQKK, http://www.playvid.com/watch/4mlfW3n8Kn4, http://www.playvid.com/watch/tfgPydmuHF2, http://www.playvid.com/watch/P2SHVj2hHxK, http://www.playvid.com/watch/g7xNRTlRIgm, http://www.playvid.com/watch/TfYixCaBStg, http://www.playvid.com/watch/kd3J20vzFfA, http://www.playvid.com/watch/jxuGOW3LyPt, http://www.playvid.com/watch/ZMRQc7leCmT, http://www.playvid.com/watch/Yr7-ZS0fSMB, http://www.playvid.com/watch/swb_003fMGw, http://www.playvid.com/watch/U_RIfJTx1Ee, http://www.playvid.com/watch/cZHVfC4VfZm, http://www.playvid.com/watch/9e9C8Md75vi, http://www.playvid.com/watch/gTkotF_Phnq, http://www.playvid.com/watch/6YZfNrmwc6R, http://www.playvid.com/watch/fsTwsuHkvwk, http://www.playvid.com/watch/g3PFGElkOc5, http://www.playvid.com/watch/ORaniRXNJsY, http://www.playvid.com/watch/wHVbfWB4Dpp, http://www.playvid.com/watch/jRQ3370pwvz, http://www.playvid.com/watch/hoKVsFOcwve, http://www.playvid.com/watch/7BKNRghPhi2, http://www.playvid.com/watch/Z9TZt-k2muh, http://www.playvid.com/watch/TjiFYvUCUqD, http://www.playvid.com/watch/MXohHAEEZ_a, http://www.playvid.com/watch/C-huCmsNzsp, http://www.playvid.com/watch/wc53K2uQ-3T, http://www.playvid.com/watch/qsDfgHgS9uY, http://www.playvid.com/watch/T9XXVobBrsl, http://www.playvid.com/watch/VTxFvDi90vU, http://www.playvid.com/watch/re5uwIvRPgL, http://www.playvid.com/watch/oETDnXbWO7N, http://www.playvid.com/watch/92apDQrBQDj, http://www.playvid.com/watch/eIBmmi9yqH8, http://www.playvid.com/watch/dP8oW8KwMmt, http://www.playvid.com/watch/KMUQ_LTX1Sg, http://www.playvid.com/watch/MIZVpoZ8iPe, http://www.playvid.com/watch/pHh6mKdk9BF, http://www.playvid.com/watch/Wjg5RbghjbI, http://www.playvid.com/watch/KSVCGw_cfSH, http://www.playvid.com/watch/RLV4YjQcuql, http://www.playvid.com/watch/rk7X_aVsHoM, http://www.playvid.com/watch/EWjdNF_cjoY, http://www.playvid.com/watch/x3i9pXroMvk, http://www.playvid.com/watch/NFRIv5QnT69, http://www.playvid.com/watch/kAA2Q8CfcFT, http://www.playvid.com/watch/U_l-Gc7lyzQ, http://www.playvid.com/watch/yU5467qIyAS, http://www.playvid.com/watch/6b_gCGre3pJ, http://www.playvid.com/watch/EIyI5ErFGk0, http://www.playvid.com/watch/kyZ9I0nbNmS, http://www.playvid.com/watch/Gz9gs4z-_K4, http://www.playvid.com/watch/CKCqoj6YcTy, http://www.playvid.com/watch/AeFChrpFu7M, http://www.playvid.com/watch/CVNcpaATdO3, http://www.playvid.com/watch/ykx3R0STJE0, http://www.playvid.com/watch/vsgVN_qKR5z, http://www.playvid.com/watch/fROmpew_4XG, http://www.playvid.com/watch/NMX-2wq9Kav, http://www.playvid.com/watch/LxdBa1_OM4X, http://www.playvid.com/watch/UJGCkUewLYu, http://www.playvid.com/watch/iMa4L1hXD4x, http://www.playvid.com/watch/tqxs3TC0vai, http://www.playvid.com/watch/gJK7rTZFP5H, http://www.playvid.com/watch/bKmnU9WBvJJ, http://www.playvid.com/watch/4EQwjQuSdPh, http://www.playvid.com/watch/iLwPug-KHRj, http://www.playvid.com/watch/QBrdvzN0gry, http://www.playvid.com/watch/415BzEq_jLQ, http://www.playvid.com/watch/NN9OBUIVKUN, http://www.playvid.com/watch/BYVlVWyuCo5, http://www.playvid.com/watch/NroeT7Y9ALN, http://www.playvid.com/watch/LrPRFiHVNAE, http://www.playvid.com/watch/93V2aoSjuxm, http://www.playvid.com/watch/d0m5xW7ARU4, http://www.playvid.com/watch/EluGLu_IO5F, http://www.playvid.com/watch/jo7kst9h4ni, http://www.playvid.com/watch/YgXza9q8nwJ, http://www.playvid.com/watch/84NMhfxs3E3, http://www.playvid.com/watch/FNWYTynvjSf, http://www.playvid.com/watch/UEEvFDJg63F, http://www.playvid.com/watch/YDfIGZKe7oA, http://www.playvid.com/watch/mRsigQMC5l9, http://www.playvid.com/watch/E_U_y97QDRu, http://www.playvid.com/watch/lzi1cwjtA_L, http://www.playvid.com/watch/aiR2EqDpSyD, http://www.playvid.com/watch/uOgQ79DKoLC, http://www.playvid.com/watch/FtCDg4xHK62, http://www.playvid.com/watch/Gmp6Pl0xrPr, http://www.playvid.com/watch/drGgr7aFiGQ, http://www.playvid.com/watch/dQcFRk2jRiY, http://www.playvid.com/watch/qZ-gpLlB5qE, http://www.playvid.com/watch/6lVrteJewSe, http://www.playvid.com/watch/qgvKln5jw35, http://www.playvid.com/watch/fTEyNvMgRAK, http://www.playvid.com/watch/vKy77eIancM, http://www.playvid.com/watch/Q4aS43scrxa, http://www.playvid.com/watch/C3gb7gFxT7j, http://www.playvid.com/watch/eCTxCp49IVZ, http://www.playvid.com/watch/8wJePhYfvZE, http://www.playvid.com/watch/jrh999Q9OGA, http://www.playvid.com/watch/VTBAampHzX9, http://www.playvid.com/watch/85-obmqCWtq, http://www.playvid.com/watch/2kyWa_329uF, http://www.playvid.com/watch/Jp6_a31FPBM, http://www.playvid.com/watch/TYxOGXKcXxW, http://www.playvid.com/watch/853wsm95NLJ, http://www.playvid.com/watch/8bLCHjv0BuK, http://www.playvid.com/watch/kAN2hzis7VB, http://www.playvid.com/watch/eMg46b56rWp, http://www.playvid.com/watch/OPWuyoaczLM, http://www.playvid.com/watch/zxB3TRBdcO8, http://www.playvid.com/watch/bTWYunvr2tD, http://www.playvid.com/watch/L7_hNsdF74Y, http://www.playvid.com/watch/FpIvtq8ZSwT, http://www.playvid.com/watch/tgBPPZnW5uu, http://www.playvid.com/watch/4Vj0lHEgyXu, http://www.playvid.com/watch/cHs76luWkkU, http://www.playvid.com/watch/U009hSkDNCS, http://www.playvid.com/watch/kuBa-_cT5Ph, http://www.playvid.com/watch/4mtk8bIortA, http://www.playvid.com/watch/7htoAoNACEK, http://www.playvid.com/watch/wouzWWTbeDJ, http://www.playvid.com/watch/fMKlAhKgy40, http://www.playvid.com/watch/IhuAQZqqRSn, http://www.playvid.com/watch/EU71qiankBr, http://www.playvid.com/watch/u9qooh-H83L, http://www.playvid.com/watch/LlDzlbXZxr7, http://www.playvid.com/watch/DwTJphrjbVI, http://www.playvid.com/watch/i8lkbByPqDc, http://www.playvid.com/watch/z_443PciBIQ, http://www.playvid.com/watch/eD59rpsS6nU, http://www.playvid.com/watch/BpxHV6VjYn3, http://www.playvid.com/watch/P6MUFurRZaw, http://www.playvid.com/watch/jLoSSxMKV4R, http://www.playvid.com/watch/M--jrwxqFDb, http://www.playvid.com/watch/fNoHdI7306q, http://www.playvid.com/watch/Xa_rvi9_MPo, http://www.playvid.com/watch/hxer_WnAXrd, http://www.playvid.com/watch/Ww0IwI86xM8, http://www.playvid.com/watch/GzvmXIq3Etf, http://www.playvid.com/watch/R203tLpR7Uk, http://www.playvid.com/watch/BQypoUylHmz, http://www.playvid.com/watch/WeLZGl-qChm, http://www.playvid.com/watch/I_A1En3Lldc, http://www.playvid.com/watch/KVzBbjtOgpL, http://www.playvid.com/watch/NyuQdHAUtjI, http://www.playvid.com/watch/0WmMkwmGZB4, http://www.playvid.com/watch/4VTZBqyyUOv, http://www.playvid.com/watch/KN3faQT8f3g, http://www.playvid.com/watch/QMeTx1e2Ovb, http://www.playvid.com/watch/Yq-HoNCwcFO, http://www.playvid.com/watch/UeSnRJdM2W2, http://www.playvid.com/watch/sBYsQFf2Umr, http://www.playvid.com/watch/ItGfbAoH4N8, http://www.playvid.com/watch/eknNYc5I32F, http://www.playvid.com/watch/8puYSqsXgdy, http://www.playvid.com/watch/iJe_fnx2Czn, http://www.playvid.com/watch/XG4nP7MIPsL, http://www.playvid.com/watch/th4i45r1tuz, http://www.playvid.com/watch/F1BTu-WVy20, http://www.playvid.com/watch/2CsIayAMuXi, http://www.playvid.com/watch/2dLvfMa9i6h, http://www.playvid.com/watch/3lxuvMCZ_zS, http://www.playvid.com/watch/78sGRMMLq5v,

http://www.playvid.com/watch/QtjqM7jEu2b, http://www.playvid.com/watch/oYM4SynhsXR, http://www.playvid.com/watch/Q9pbjFkNEaS,
http://www.playvid.com/watch/0Hxp2bsyCaP, http://www.playvid.com/watch/6vKQTO4LauO, http://www.playvid.com/watch/W6Nn4gbwXEN,
http://www.playvid.com/watch/pIXA_7pSVjQ, http://www.playvid.com/watch/xcsNH9gx4AW, http://www.playvid.com/watch/tl-bklrmb2Y,
http://www.playvid.com/watch/A0dJ7AM6M-q, http://www.playvid.com/watch/olbShlQjaNP, http://www.playvid.com/watch/61w2USA5eVR,
http://www.playvid.com/watch/iJ9LW8X7zlR, http://www.playvid.com/watch/cL6teEr2crD, http://www.playvid.com/watch/XQ1j6im9cQL,
http://www.playvid.com/watch/guHkIXmcFD2, http://www.playvid.com/watch/RrVYAUvUOoK, http://www.playvid.com/watch/sSswkBunRts,
http://www.playvid.com/watch/Ed96-NpdDQ6, http://www.playvid.com/watch/2Zp7CF2DXr5, http://www.playvid.com/watch/k0T5Oufxw_Y,
http://www.playvid.com/watch/EDK_EBwDdGF, http://www.playvid.com/watch/uq1lCpodBKM, http://www.playvid.com/watch/qfwqw56RSqu,
http://www.playvid.com/watch/xY_24AzTi4h, http://www.playvid.com/watch/dQL1MIuo2Vs, http://www.playvid.com/watch/jIw1icnE0aM,
http://www.playvid.com/watch/ClAezVHIjPZ, http://www.playvid.com/watch/iCvmwFSFEIZ, http://www.playvid.com/watch/uSXDlcWypG8,
http://www.playvid.com/watch/Z7O8ywuEPsH, http://www.playvid.com/watch/xQsFQzPDbsw, http://www.playvid.com/watch/3ttujUNPzPS,
http://www.playvid.com/watch/NU95b3je1fv, http://www.playvid.com/watch/CGZqorv5jMy, http://www.playvid.com/watch/BpgzTt1CPgu,
http://www.playvid.com/watch/bQ2mgYid-IX, http://www.playvid.com/watch/6Q41PBr_HJb, http://www.playvid.com/watch/4n6Prw88jdu,
http://www.playvid.com/watch/yA6IVfUQRCu, http://www.playvid.com/watch/vFFInuBkyIx, http://www.playvid.com/watch/yqT2NbGhwro,
http://www.playvid.com/watch/jEdhzpdgnzi, http://www.playvid.com/watch/NzT01bcGvvQ, http://www.playvid.com/watch/WjSpiTAbU8I,
http://www.playvid.com/watch/DE1fXng1cb6, http://www.playvid.com/watch/sSkq3qe-YK4, http://www.playvid.com/watch/uWcvLvhfvNZ,
http://www.playvid.com/watch/drY5yHb8T6H, http://www.playvid.com/watch/CpnYvDkhJmJ, http://www.playvid.com/watch/E-vYkHAay1s,
http://www.playvid.com/watch/WW0AKmO36MR, http://www.playvid.com/watch/zzI5eqEaMoQ, http://www.playvid.com/watch/C5OUMAbfwK2,
http://www.playvid.com/watch/LM-6uznnZCT, http://www.playvid.com/watch/NTzNWttuxVl, http://www.playvid.com/watch/0T0-51cLL4r,
http://www.playvid.com/watch/XaPCH08K_2N, http://www.playvid.com/watch/7JdNv6QOwjS, http://www.playvid.com/watch/R1eWlorBjBR,
http://www.playvid.com/watch/drnZW84S2D0, http://www.playvid.com/watch/G4ui6evIhsT, http://www.playvid.com/watch/q-FJ_MYmOmU,
http://www.playvid.com/watch/u7kYxftkiAA, http://www.playvid.com/watch/ul1piUtxZJy, http://www.playvid.com/watch/pv7TFu3dBYa,
http://www.playvid.com/watch/zhnRWiyfD4W, http://www.playvid.com/watch/aJdF1rbh1Nd, http://www.playvid.com/watch/VVDzjQ-7RI2,
http://www.playvid.com/watch/KA8Ju2fexiS, http://www.playvid.com/watch/eURxwMSHXdc, http://www.playvid.com/watch/CgWBiEtkpYw,
http://www.playvid.com/watch/T6JbbcblEvH, http://www.playvid.com/watch/bFA6PhccQor, http://www.playvid.com/watch/82rkqvW9x7C,
http://www.playvid.com/watch/W1UQjG1VQFq, http://www.playvid.com/watch/61cz227gOPO, http://www.playvid.com/watch/AHZGjLhEjA6,
http://www.playvid.com/watch/dLb3F_94etS, http://www.playvid.com/watch/7u9nyBSpsey, http://www.playvid.com/watch/vtwXSY1dLKn,
http://www.playvid.com/watch/iPSgZOXLors, http://www.playvid.com/watch/JhnDJXyoi9r, http://www.playvid.com/watch/ZODYw1PRueh,
http://www.playvid.com/watch/7aAHwj04Xii, http://www.playvid.com/watch/hclNA0pQ2tK, http://www.playvid.com/watch/zarWqCvYXyK,
http://www.playvid.com/watch/8hN6s7Us4xW, http://www.playvid.com/watch/SBnQbFUBff8, http://www.playvid.com/watch/UuSXlbk3V6E,
http://www.playvid.com/watch/PkH562gXQUU, http://www.playvid.com/watch/m2S4Z8k7urY, http://www.playvid.com/watch/Ljm6GQuAJNu,
http://www.playvid.com/watch/zu6il2aTCeY, http://www.playvid.com/watch/0j_pLQE4V44, http://www.playvid.com/watch/lWR_b_LmyS9,
http://www.playvid.com/watch/ee75bF33j3T, http://www.playvid.com/watch/XvtuspRVYEP, http://www.playvid.com/watch/Uu1nOe_pcTE,
http://www.playvid.com/watch/RENJHmhWPT7, http://www.playvid.com/watch/m10rkt03AOa, http://www.playvid.com/watch/6rQLYpwbi32,
http://www.playvid.com/watch/HjJoRCsf5TG, http://www.playvid.com/watch/CCG8L-P0Y1d, http://www.playvid.com/watch/yxbS3UcFggu,
http://www.playvid.com/watch/F04uxYAQ18A, http://www.playvid.com/watch/5ZMQaj_8ggL, http://www.playvid.com/watch/PgjHvGjnUSm,
http://www.playvid.com/watch/roNgHdRq9qK, http://www.playvid.com/watch/JNIBM52pi5R, http://www.playvid.com/watch/FJKAonXx8n4,
http://www.playvid.com/watch/ci-LlCBYRYF, http://www.playvid.com/watch/c12OFvHpoBC, http://www.playvid.com/watch/fKcZIg-HpiO,
http://www.playvid.com/watch/CKd_bI8jfcx, http://www.playvid.com/watch/roNWZgOmw5h, http://www.playvid.com/watch/8VFsr-rVRYI,
http://www.playvid.com/watch/GaTgCyhgCLf, http://www.playvid.com/watch/0o6a6WMrZ8b, http://www.playvid.com/watch/e3bHBrG8Gck,
http://www.playvid.com/watch/HfdhjPodCyY, http://www.playvid.com/watch/8u8t7ACKSKV, http://www.playvid.com/watch/uDzkcB2Z6M8,
http://www.playvid.com/watch/DpaMIoqemfc, http://www.playvid.com/watch/yNK5Ja4msl8, http://www.playvid.com/watch/BwfyAawRYvm,
http://www.playvid.com/watch/OZM8nyZfX0l, http://www.playvid.com/watch/axyO3Hi4QT2, http://www.playvid.com/watch/k4pQHPviDyG,
http://www.playvid.com/watch/yQc59_ufVTj, http://www.playvid.com/watch/Xq4R6nh1aFZ, http://www.playvid.com/watch/reLueJVEqRb,
http://www.playvid.com/watch/w0cKvdSmqzN, http://www.playvid.com/watch/svCuM-v701I, http://www.playvid.com/watch/VHy382u7ljX,
http://www.playvid.com/watch/yBkI3Zq0e4J, http://www.playvid.com/watch/qJF65_DL_lS, http://www.playvid.com/watch/D5CqQHPgbNA,
http://www.playvid.com/watch/8zvs0S-zx0X, http://www.playvid.com/watch/ReSp-pCo45T, http://www.playvid.com/watch/RrqaUrIcaj3,
http://www.playvid.com/watch/nSF_8XV36f2, http://www.playvid.com/watch/6OhRte0ovo6, http://www.playvid.com/watch/VzbR0O3IUzI,
http://www.playvid.com/watch/rGM5tN8VHoq, http://www.playvid.com/watch/aCikWP53SeA, http://www.playvid.com/watch/SQ-Lz2qCi-A,
http://www.playvid.com/watch/YrHEEtbkUc4, http://www.playvid.com/watch/G0er3O3UsYq, http://www.playvid.com/watch/pzgnpAiAJ8Z,
http://www.playvid.com/watch/yEVVAJL_iFg, http://www.playvid.com/watch/bcbzAEVQKCN, http://www.playvid.com/watch/Fmv0hBviv42,
http://www.playvid.com/watch/Kf7-NnHFYxZ, http://www.playvid.com/watch/AFf1cHQUzUy, http://www.playvid.com/watch/l1IKmlSQiqT,
http://www.playvid.com/watch/posBglkfmr6, http://www.playvid.com/watch/YyhPirityVe, http://www.playvid.com/watch/3dHcMy6zPzs,
http://www.playvid.com/watch/JeBjYX2Id7y, http://www.playvid.com/watch/AaDi-l8bMCv, http://www.playvid.com/watch/eQcAPGNIkD0,
http://www.playvid.com/watch/3GA3MVtQ7LP, http://www.playvid.com/watch/yLs3-u0mPl0, http://www.playvid.com/watch/8NpKCZR1gYL,
http://www.playvid.com/watch/9Gi8dPaNz95, http://www.playvid.com/watch/34Mu0tGjtC0, http://www.playvid.com/watch/j-nFWQfsGyD,
http://www.playvid.com/watch/BvT1x3DrbrF, http://www.playvid.com/watch/j5-jugTPOFf, http://www.playvid.com/watch/o4lwDwTk2ZY,
http://www.playvid.com/watch/WTyXdqUxbxW, http://www.playvid.com/watch/hSGqIjcsLCy, http://www.playvid.com/watch/f1BMD9X60iE,
http://www.playvid.com/watch/3EPdO4MFEpK, http://www.playvid.com/watch/HW8plc9hhvK, http://www.playvid.com/watch/ZxGhTZClCGw,
http://www.playvid.com/watch/iIPbB2rNIi6, http://www.playvid.com/watch/kV2g0eIsvD7, http://www.playvid.com/watch/tbffN2dfixU,
http://www.playvid.com/watch/R6aDTJLMmU7, http://www.playvid.com/watch/MSB5TOaZ3xz, http://www.playvid.com/watch/mKpFMjQhR-e,
http://www.playvid.com/watch/fPhst7L6sPL, http://www.playvid.com/watch/InBA6u1BIYT, http://www.playvid.com/watch/YxFVJsoDMqu,
http://www.playvid.com/watch/OQvlcrchrrI, http://www.playvid.com/watch/pqUZLTd0O_I, http://www.playvid.com/watch/YCKg1jOTrdH,
http://www.playvid.com/watch/u9DM-dIV_s6, http://www.playvid.com/watch/tSARviUq6Vv, http://www.playvid.com/watch/2FI0JVboECq,
http://www.playvid.com/watch/GKIQac_yZVZ, http://www.playvid.com/watch/Vvq-r4mngd9, http://www.playvid.com/watch/WD_ZTLIX0-K,
http://www.playvid.com/watch/oI5opNmfYtE, http://www.playvid.com/watch/XiKhni6QGJP, http://www.playvid.com/watch/qADynAoAfv4,
http://www.playvid.com/watch/EbUUV6w9wdk, http://www.playvid.com/watch/s5bQWoK6uBP, http://www.playvid.com/watch/PKp4NN39KVx,
http://www.playvid.com/watch/Z-3-ObwxFWz, http://www.playvid.com/watch/PVK0jVLl3nV, http://www.playvid.com/watch/kTlb_Wmag5r,
http://www.playvid.com/watch/B2d-yT9Mltg, http://www.playvid.com/watch/HU3mVW2U5w3, http://www.playvid.com/watch/DPKeXKSLbrM,
http://www.playvid.com/watch/nFlChyI6Rci, http://www.playvid.com/watch/CBSSKNPi4YY, http://www.playvid.com/watch/V2zVmC6KLrp,
http://www.playvid.com/watch/lbvehGh_-7Z, http://www.playvid.com/watch/2U3OYMiPMOL, http://www.playvid.com/watch/SrMO3lu4yLr,
http://www.playvid.com/watch/5XkRGadazqx, http://www.playvid.com/watch/Lg31QXkfCKI, http://www.playvid.com/watch/4BwQaPwCyT4,
http://www.playvid.com/watch/OOMhnnEdEJV, http://www.playvid.com/watch/Lx7sDyTNmGQ, http://www.playvid.com/watch/JIKubqSl5VF,
http://www.playvid.com/watch/roWoalZVNjg, http://www.playvid.com/watch/82A4uGkxyea, http://www.playvid.com/watch/w6XzdhMTqtL,
http://www.playvid.com/watch/2C0LEGmnmUN, http://www.playvid.com/watch/mWJzEIeAC7T, http://www.playvid.com/watch/7c0pRKuHU8Y,
http://www.playvid.com/watch/nzeI-Na3B10, http://www.playvid.com/watch/5yvtnDOjBuz, http://www.playvid.com/watch/H6JvJq2k7SM,
http://www.playvid.com/watch/BTW8QMS0Iu4, http://www.playvid.com/watch/HZSDc8rXeXe, http://www.playvid.com/watch/ibyQRGDqqYn,
http://www.playvid.com/watch/LEh_xHbNMX7, http://www.playvid.com/watch/8HTXxEn5WJh, http://www.playvid.com/watch/WRArQaB6I3n,
http://www.playvid.com/watch/tHI7fSbMeOu, http://www.playvid.com/watch/hGyBDtY-CSs, http://www.playvid.com/watch/mnHB73US_kS,
http://www.playvid.com/watch/HXcLwcYphDh, http://www.playvid.com/watch/PopnNr6xHak, http://www.playvid.com/watch/0HKcHnOQGco,
http://www.playvid.com/watch/mo26BO1doVU, http://www.playvid.com/watch/krz10K7wpBa, http://www.playvid.com/watch/rKO4kO0KbDs,
http://www.playvid.com/watch/3vEJXWo3Bv0, http://www.playvid.com/watch/nLpQd8XsUQz, http://www.playvid.com/watch/8DAv0rUsqBw,
http://www.playvid.com/watch/29GEFgIJxDj, http://www.playvid.com/watch/YO55ze3Tf_A, http://www.playvid.com/watch/n6wfDlmZCOP,
http://www.playvid.com/watch/rtoW4dxKfQO, http://www.playvid.com/watch/QrOkL22bljt, http://www.playvid.com/watch/W4A6LB4nybR,
http://www.playvid.com/watch/U_QWl6_Ve3r, http://www.playvid.com/watch/VF_vxfThw20, http://www.playvid.com/watch/rKpfRo_GsQn,
http://www.playvid.com/watch/aUsEWxenpVW, http://www.playvid.com/watch/XX1T-nUSq90, http://www.playvid.com/watch/3w7_ecu75MV,
http://www.playvid.com/watch/vycuihlBL9c, http://www.playvid.com/watch/jxiE_50YIbW, http://www.playvid.com/watch/ygIuCVQ4P8M,
http://www.playvid.com/watch/3f9nPU6uvxp, http://www.playvid.com/watch/Cpsakp-nWJK, http://www.playvid.com/watch/nz-i4Kg3_yG,
http://www.playvid.com/watch/6pnVwyfta3w, http://www.playvid.com/watch/TGBM1zcEtpO, http://www.playvid.com/watch/oYHlOdTGTNG,
http://www.playvid.com/watch/ktel2WoK8LU, http://www.playvid.com/watch/p4gOB_OHXpz, http://www.playvid.com/watch/0yuEcyQxW4n,
http://www.playvid.com/watch/6uytJ1UPx6Z, http://www.playvid.com/watch/eXg6C1oljEw, http://www.playvid.com/watch/5cnJvx4ZhHe,
http://www.playvid.com/watch/904ib4BRZ2F, http://www.playvid.com/watch/GEwKp-Q5gd3, http://www.playvid.com/watch/tRbKHxfMp-P,
http://www.playvid.com/watch/yujJVM9RJGK, http://www.playvid.com/watch/QtH2SrZPFHA, http://www.playvid.com/watch/o5_CFs1USrc,
http://www.playvid.com/watch/ffGuoi14MON, http://www.playvid.com/watch/frooqgUbAuk, http://www.playvid.com/watch/aKURLLe6pQS,
http://www.playvid.com/watch/d8fFYtQ8Yce, http://www.playvid.com/watch/t4wWiwkRlHb, http://www.playvid.com/watch/XIyW5aXb_nv,
http://www.playvid.com/watch/ZKEsJDa1QG9, http://www.playvid.com/watch/AeIt9C7ZrXg, http://www.playvid.com/watch/uqas01m6eGg,

http://www.playvid.com/watch/CwZq5m87CzQ, http://www.playvid.com/watch/5AxH2TpirDO, http://www.playvid.com/watch/sA06lai_1GU, http://www.playvid.com/watch/fa1b9wLjLkP, http://www.playvid.com/watch/3o-o2a1yG6z, http://www.playvid.com/watch/7gPPCd6i5aq, http://www.playvid.com/watch/Np2ZnqXqYjC, http://www.playvid.com/watch/u-38tVhGDZq, http://www.playvid.com/watch/lqZF-7-DUqI, http://www.playvid.com/watch/N_Zk4ouJxcp, http://www.playvid.com/watch/gLuo4R05yTS, http://www.playvid.com/watch/FLTCp-pcgqT, http://www.playvid.com/watch/qZYg8HCyX8d, http://www.playvid.com/watch/C-9Lm9IpAGh, http://www.playvid.com/watch/wn-sA5i2gQX, http://www.playvid.com/watch/JsBeNFpGiUp, http://www.playvid.com/watch/Bvw009QHJTd, http://www.playvid.com/watch/mzKl0RUuYRe, http://www.playvid.com/watch/2adejGjfSXU, http://www.playvid.com/watch/TbOi9kWimkM, http://www.playvid.com/watch/ACBpadUotZl, http://www.playvid.com/watch/P7XfS9I3sJk, http://www.playvid.com/watch/2Vs14krZ7lO, http://www.playvid.com/watch/QfiImScfreV, http://www.playvid.com/watch/o2oR2-nw6vc, http://www.playvid.com/watch/sZ0kKufLLvl, http://www.playvid.com/watch/ejeZKo5eutp, http://www.playvid.com/watch/BOFRqQ64eEt, http://www.playvid.com/watch/98sdrQMesmx, http://www.playvid.com/watch/t1h1Z4algWI, http://www.playvid.com/watch/NmubGbZgXhE, http://www.playvid.com/watch/XVhyel7M43d, http://www.playvid.com/watch/rtWKSSjAG5W, http://www.playvid.com/watch/M1JTCLIX5A6, http://www.playvid.com/watch/oEOKqMEFGbW, http://www.playvid.com/watch/h2z2cxSZKP5, http://www.playvid.com/watch/qnBF6eFCKds, http://www.playvid.com/watch/MsQ8SYzc7ci, http://www.playvid.com/watch/AZSQIPEtIU8, http://www.playvid.com/watch/zYG2bWZq5BH, http://www.playvid.com/watch/ca4s3bIf07O, http://www.playvid.com/watch/zCR068nIDwF, http://www.playvid.com/watch/WwLDZ0nomrw, http://www.playvid.com/watch/Q7ktYXBrt7z, http://www.playvid.com/watch/4aq7UnO6Tjg, http://www.playvid.com/watch/rM9j6459bSL, http://www.playvid.com/watch/CCU-770-ewS, http://www.playvid.com/watch/gilQ993VnNR, http://www.playvid.com/watch/MYMCsTrB9Uv, http://www.playvid.com/watch/6gpnoJRgm1w, http://www.playvid.com/watch/R07cq8mhS9p, http://www.playvid.com/watch/o_4VOIfHUrX, http://www.playvid.com/watch/nD84xxXon1T, http://www.playvid.com/watch/zzQf4NhOTbg, http://www.playvid.com/watch/JLDmqVSrsDU, http://www.playvid.com/watch/9J5wO0KrxFZ, http://www.playvid.com/watch/WFKnVjKS5pH, http://www.playvid.com/watch/9HkXroKLnFd, http://www.playvid.com/watch/zYqCRndIvAK, http://www.playvid.com/watch/BBKlnebyUYf, http://www.playvid.com/watch/b41h6vwKtGH, http://www.playvid.com/watch/vHvyq6ISbee, http://www.playvid.com/watch/wQV6H5sWZwP, http://www.playvid.com/watch/8KcX1-7hXeA, http://www.playvid.com/watch/emRjdzb62HR, http://www.playvid.com/watch/Hhf6SUUh2gO, http://www.playvid.com/watch/ig28pZhXrLC, http://www.playvid.com/watch/ef_HI4wEmw7, http://www.playvid.com/watch/fcy-5dZsGqf, http://www.playvid.com/watch/fxxURUpZ3RS, http://www.playvid.com/watch/feu1OJGYchT, http://www.playvid.com/watch/Ke0w0BtIWCk, http://www.playvid.com/watch/wWuCaum6GZQ, http://www.playvid.com/watch/2S8oNHztNSb, http://www.playvid.com/watch/gywzf--zDZN, http://www.playvid.com/watch/jOd0hcnVj8o, http://www.playvid.com/watch/mSqhgxs1WN3, http://www.playvid.com/watch/oEvVKKE_IYt, http://www.playvid.com/watch/ho4MUMVptpo, http://www.playvid.com/watch/YpLsyWstOMh

5.f. Date of third notice: 2014-06-03

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: many2358

5.b. Uploader's email address: juan6484@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/many2358

5.e. List of videos posted by uploader: http://www.playvid.com/watch/WtA5KUqVwqQ, http://www.playvid.com/watch/QBV6UkDGqIZ, http://www.playvid.com/watch/OI6vtNqW2RU, http://www.playvid.com/watch/iurIBB8klQx, http://www.playvid.com/watch/Uj2OUXleQTm, http://www.playvid.com/watch/zmOmOSoQUaC, http://www.playvid.com/watch/7D0YrzjUNsX, http://www.playvid.com/watch/-3RExd8dlOR, http://www.playvid.com/watch/9rHZm0bkJvi, http://www.playvid.com/watch/Cm8aGDYPvxc, http://www.playvid.com/watch/qPp3u8QDkg5, http://www.playvid.com/watch/6jNscZQlBGb, http://www.playvid.com/watch/qj2vto7g-P4, http://www.playvid.com/watch/sFXQh7-gam9, http://www.playvid.com/watch/cLMaCGI6c8H, http://www.playvid.com/watch/IwY-BNvwwdf, http://www.playvid.com/watch/YzY6Uybye-f, http://www.playvid.com/watch/ptcUiDQzMRi, http://www.playvid.com/watch/wGaIwIHyNaN, http://www.playvid.com/watch/GEfxrPN8OOK, http://www.playvid.com/watch/XHArjTLbUCs, http://www.playvid.com/watch/IzcxO8cOTM2, http://www.playvid.com/watch/ngYGjbIYaeF, http://www.playvid.com/watch/sZiJbuEwbhj, http://www.playvid.com/watch/akmq4OSlg2j, http://www.playvid.com/watch/Z5iYa9tl0pL, http://www.playvid.com/watch/Z6TCsiZE0re, http://www.playvid.com/watch/GfZgAd9xiDx, http://www.playvid.com/watch/30jdyubeJTI, http://www.playvid.com/watch/vgSEYaxtqWz, http://www.playvid.com/watch/fEcIpB2AD2H, http://www.playvid.com/watch/AXv0mfFfWOh, http://www.playvid.com/watch/vASLQeOcpTB, http://www.playvid.com/watch/wAhRTdAzDGw, http://www.playvid.com/watch/JmIJyrSYWze, http://www.playvid.com/watch/k9ozg7QWqYx, http://www.playvid.com/watch/tnSFiwAe4em, http://www.playvid.com/watch/kYZc3DsPZJC, http://www.playvid.com/watch/rjNqQBePkjI, http://www.playvid.com/watch/xMFscRntOh3, http://www.playvid.com/watch/PPo-K8OMnDl, http://www.playvid.com/watch/H8HDB9NOIrT, http://www.playvid.com/watch/Ze2b-RDks5q, http://www.playvid.com/watch/bMac3x2Qri-, http://www.playvid.com/watch/JpkqR0l3SsJ, http://www.playvid.com/watch/3ENoJoURcgu, http://www.playvid.com/watch/fXa0y647yHi, http://www.playvid.com/watch/xsZ4TWbwLTC, http://www.playvid.com/watch/E3Zk8LcbRsL, http://www.playvid.com/watch/JsmlBQ4uEqd, http://www.playvid.com/watch/bE4twNANFAK, http://www.playvid.com/watch/09ZupTJXXOb, http://www.playvid.com/watch/vwO8HtdzFSq, http://www.playvid.com/watch/xiSGhKn0W7m, http://www.playvid.com/watch/tdsNLaeKdXR, http://www.playvid.com/watch/a2y9bEsjRZL, http://www.playvid.com/watch/9YfC3RWmuUF, http://www.playvid.com/watch/QKvT3PMAPyh, http://www.playvid.com/watch/mJGE-TxOJUs, http://www.playvid.com/watch/qdUHEgUTm98, http://www.playvid.com/watch/PaTA5pApd0F, http://www.playvid.com/watch/Fd3OPdCi4Qi, http://www.playvid.com/watch/6mWla-dIKfo, http://www.playvid.com/watch/FZcBmlZh9Lu, http://www.playvid.com/watch/fU2fCPSyNeH, http://www.playvid.com/watch/Ng9mWYNnCBf, http://www.playvid.com/watch/Y8UTPgpwm6n, http://www.playvid.com/watch/NUeGGq5KfqW, http://www.playvid.com/watch/zIyHUMA25in, http://www.playvid.com/watch/AHjE0QFzG29, http://www.playvid.com/watch/wWW8xYEXR67, http://www.playvid.com/watch/zEdd84JjcdU, http://www.playvid.com/watch/ihrq9fl8tid, http://www.playvid.com/watch/TvuX4f4pQLg, http://www.playvid.com/watch/z-XpXrD0pGu, http://www.playvid.com/watch/aGJzFX5PVUA, http://www.playvid.com/watch/6CUCFlFBvhm, http://www.playvid.com/watch/RtWLGrdOxIS, http://www.playvid.com/watch/DbgUlZxrTlk, http://www.playvid.com/watch/hQq2vFJwtBf, http://www.playvid.com/watch/oLfZeYJ0y9u, http://www.playvid.com/watch/lScTaqZnb5o, http://www.playvid.com/watch/ah8LbgC9b70, http://www.playvid.com/watch/4qEW-Ssvk26, http://www.playvid.com/watch/VRKGINFhct-, http://www.playvid.com/watch/JR8Ibvy7CER, http://www.playvid.com/watch/00iW-l6F0MC, http://www.playvid.com/watch/AtbxbKkUW8X, http://www.playvid.com/watch/dclnzRXfAFp, http://www.playvid.com/watch/p8UAIqOllR2, http://www.playvid.com/watch/yb8xJkgwgcR, http://www.playvid.com/watch/fCd3SLUAsYg, http://www.playvid.com/watch/UAvxwP8-y6w, http://www.playvid.com/watch/foQRzm8UmIA, http://www.playvid.com/watch/OrqduruOLcy, http://www.playvid.com/watch/EFjPtTszBF8, http://www.playvid.com/watch/JFQmMU8hvJL, http://www.playvid.com/watch/gff6Zo-Ir3u, http://www.playvid.com/watch/T9HLs93cRzx, http://www.playvid.com/watch/jc3Ykse3pBd, http://www.playvid.com/watch/bvoF3zLICHT, http://www.playvid.com/watch/BFsInBtgxN7, http://www.playvid.com/watch/aMIMyfuCFSq, http://www.playvid.com/watch/BtUXro9INNw, http://www.playvid.com/watch/iUo6owWtMd8, http://www.playvid.com/watch/Zb57TMtHm5a, http://www.playvid.com/watch/ajIX2DJSW0t, http://www.playvid.com/watch/Cbgfe5aptSp, http://www.playvid.com/watch/uE-ZtBgdxA4, http://www.playvid.com/watch/A7Ote879VAI, http://www.playvid.com/watch/p4K-yl96Jl-, http://www.playvid.com/watch/zDLbROeMIJn, http://www.playvid.com/watch/X9rpIxJB28n, http://www.playvid.com/watch/QqmArTYOpDn, http://www.playvid.com/watch/Pd55c7dPeRI, http://www.playvid.com/watch/SoXF6l4ZcKK, http://www.playvid.com/watch/6KLdx2nLLcm, http://www.playvid.com/watch/rX7Ss6uDJ-E, http://www.playvid.com/watch/rAQg4QltDWT, http://www.playvid.com/watch/BCptGbnKoWE, http://www.playvid.com/watch/IBCF85VNRGI, http://www.playvid.com/watch/jxTfqZXqMGf, http://www.playvid.com/watch/6OEwOQs3Kzv, http://www.playvid.com/watch/TUxnRNJy-Cl, http://www.playvid.com/watch/G-zBY66KW2g, http://www.playvid.com/watch/vJ-SazdX0Fe, http://www.playvid.com/watch/crX7N0mzzB2, http://www.playvid.com/watch/jRXzIfuChgs, http://www.playvid.com/watch/r2TlqPRUmtM, http://www.playvid.com/watch/FZHEKeTipvW, http://www.playvid.com/watch/nrpbc2VcbKi, http://www.playvid.com/watch/jfzhxPFv8zN, http://www.playvid.com/watch/ncR-64vEZmf, http://www.playvid.com/watch/OIa3-57kn2o, http://www.playvid.com/watch/pB8UQNcv9y3, http://www.playvid.com/watch/IVRLHckjmLp, http://www.playvid.com/watch/b45lKhZ8PhO, http://www.playvid.com/watch/jmVWO55DiPb, http://www.playvid.com/watch/K7adgGA5qv8, http://www.playvid.com/watch/FG-LZC33nDk, http://www.playvid.com/watch/HZzkJsqznKa, http://www.playvid.com/watch/LqCDcj78SCL, http://www.playvid.com/watch/6lEdZkFBLFl, http://www.playvid.com/watch/tjZfRCxaV5E, http://www.playvid.com/watch/U2EaJpG6vP2, http://www.playvid.com/watch/YB7OI-Qx4qR, http://www.playvid.com/watch/PqZCxo7UOr8, http://www.playvid.com/watch/JKnkZssCVsE, http://www.playvid.com/watch/q2uDYVBUUV5, http://www.playvid.com/watch/qwmDl99YV9j, http://www.playvid.com/watch/IY6HKM2GteS, http://www.playvid.com/watch/0NU7F5PqbdV, http://www.playvid.com/watch/GX7F5ll8h9f, http://www.playvid.com/watch/2wKo7Ixl8Fu, http://www.playvid.com/watch/Ke6fRIg0e0g, http://www.playvid.com/watch/TA6sBcF86iI, http://www.playvid.com/watch/xXaHTYlECDM, http://www.playvid.com/watch/V5FT82ixCz6, http://www.playvid.com/watch/4cEJ-urKzDp, http://www.playvid.com/watch/7BSyzxyLnXb, http://www.playvid.com/watch/J4rdwuvxZ2m, http://www.playvid.com/watch/gpO7ywaJ5k7, http://www.playvid.com/watch/UYnmLfCPqFz, http://www.playvid.com/watch/36wl8fzQnlU, http://www.playvid.com/watch/8CNvVlPOZrz, http://www.playvid.com/watch/IcEPJt2TmrM, http://www.playvid.com/watch/uAowp2qvit7, http://www.playvid.com/watch/LMKoTtzUXL2, http://www.playvid.com/watch/bcsmPwuGtrs, http://www.playvid.com/watch/sR7dQdbst5w, http://www.playvid.com/watch/LDQIfuVlJV5, http://www.playvid.com/watch/bwm9nimhD7S, http://www.playvid.com/watch/7YSQpKK8VaD, http://www.playvid.com/watch/wnNO5hNlPmM, http://www.playvid.com/watch/HvbotVzUpgB, http://www.playvid.com/watch/liHSp2F4mGI, http://www.playvid.com/watch/HTigqiT2CXh, http://www.playvid.com/watch/L-n6mNq2X-j, http://www.playvid.com/watch/nmnGgClWSo4, http://www.playvid.com/watch/6PQJ8vgcuA0, http://www.playvid.com/watch/nveFG3Oofkk, http://www.playvid.com/watch/nt96-uMT9Hb, http://www.playvid.com/watch/LCoNUUzKR30, http://www.playvid.com/watch/gYtZrVw20kA, http://www.playvid.com/watch/ZUADyVIrcqK, http://www.playvid.com/watch/SkQn0uIMkEz, http://www.playvid.com/watch/JkmUyJ0sv0y, http://www.playvid.com/watch/Q5qmQeOUlIC,

http://www.playvid.com/watch/BkRs-7tui0-, http://www.playvid.com/watch/NNcSGsGMEAR, http://www.playvid.com/watch/3N-pScosGsz,
http://www.playvid.com/watch/AaId2ypiqHJ, http://www.playvid.com/watch/JiqplnkiFlb, http://www.playvid.com/watch/A4Vig8oNWTO,
http://www.playvid.com/watch/MQI9qYYQpmN, http://www.playvid.com/watch/vBwkznMAxY0, http://www.playvid.com/watch/R5JlfwEEn08,
http://www.playvid.com/watch/PXWzUulztuM, http://www.playvid.com/watch/NwlYc6PBiMX, http://www.playvid.com/watch/r7y8Uszl7Z4,
http://www.playvid.com/watch/NIjN6v2945S, http://www.playvid.com/watch/EueE88rH9hk, http://www.playvid.com/watch/CqL-zX39f5p,
http://www.playvid.com/watch/WzmxS8CN8dS, http://www.playvid.com/watch/Z93FsZAZz9a, http://www.playvid.com/watch/LPXisDEPldd,
http://www.playvid.com/watch/TUIPgRuiivr, http://www.playvid.com/watch/5twoWMqRWdX, http://www.playvid.com/watch/kCMcBnydW0a,
http://www.playvid.com/watch/dirkJRzUg6f, http://www.playvid.com/watch/dFthiFuf5Co, http://www.playvid.com/watch/oNAN97ygXxA,
http://www.playvid.com/watch/bO0tXFGsjAf, http://www.playvid.com/watch/tq64txNm76h, http://www.playvid.com/watch/CM-MXszVKkA,
http://www.playvid.com/watch/HZUD-FdVneL, http://www.playvid.com/watch/S93ExcbdSXQ, http://www.playvid.com/watch/THlvYwnuHOa,
http://www.playvid.com/watch/noaAWMxfIX5, http://www.playvid.com/watch/SqYGUQhSG3e, http://www.playvid.com/watch/tJA3ynt3eRE,
http://www.playvid.com/watch/RkHnUzjiBpV, http://www.playvid.com/watch/zIAeCGeRPJn, http://www.playvid.com/watch/BRxzv98kdWf,
http://www.playvid.com/watch/y3UB5kR-uk8, http://www.playvid.com/watch/C5wI7U7kt9A, http://www.playvid.com/watch/VQg7Y9OLBYP,
http://www.playvid.com/watch/ykkfTCy6OZM, http://www.playvid.com/watch/YUoMfiy45k6, http://www.playvid.com/watch/opDlMgRNg0-,
http://www.playvid.com/watch/ymWNL9snu7Q, http://www.playvid.com/watch/xdGUVxUz-kT, http://www.playvid.com/watch/i922dyC2a3I,
http://www.playvid.com/watch/CIwqhzX-9es, http://www.playvid.com/watch/zXJLhP3x0Dk, http://www.playvid.com/watch/2qhY4R83zGZ,
http://www.playvid.com/watch/Z9LXJt0SVrm, http://www.playvid.com/watch/svwRUvFvlKz, http://www.playvid.com/watch/mPS53ilarsG,
http://www.playvid.com/watch/eLvGDFpO6sy, http://www.playvid.com/watch/OGGJIqdVExC, http://www.playvid.com/watch/8Gde-lBmeTE,
http://www.playvid.com/watch/KBKJuuuOSgx, http://www.playvid.com/watch/RT9vR-eRip4, http://www.playvid.com/watch/NXqmyntZ82l,
http://www.playvid.com/watch/9iExEsc4YBV, http://www.playvid.com/watch/VzzKMMPpVad, http://www.playvid.com/watch/rN-kcxhqjjZ,
http://www.playvid.com/watch/mjRmuu3LMRp, http://www.playvid.com/watch/TrsAmJgZmBg, http://www.playvid.com/watch/HLkqpKunElE,
http://www.playvid.com/watch/WMTIHjGfVDV, http://www.playvid.com/watch/W3GoGewp2cL, http://www.playvid.com/watch/ivYUTCaOhAV,
http://www.playvid.com/watch/VAidX5n9KIq, http://www.playvid.com/watch/pWlEUuracJ9, http://www.playvid.com/watch/aEsdVDTJMn-,
http://www.playvid.com/watch/2imI8TbV60y, http://www.playvid.com/watch/4UPW0YdDmFG, http://www.playvid.com/watch/ybjpJG0BwkM,
http://www.playvid.com/watch/hZGkDqvWjeZ, http://www.playvid.com/watch/3OqpgMs3zKr, http://www.playvid.com/watch/ScLDu8o5bt2,
http://www.playvid.com/watch/hfQYIK6Tu5C, http://www.playvid.com/watch/6Tgu8ODydL0, http://www.playvid.com/watch/5euwEiDrVpi,
http://www.playvid.com/watch/Zw6WCVJRd73, http://www.playvid.com/watch/W6u90wVCu8l, http://www.playvid.com/watch/9jKTMJv4I3w,
http://www.playvid.com/watch/mVifPj7oyR5, http://www.playvid.com/watch/E-eH9OELzdV, http://www.playvid.com/watch/0ASNuS3YzwT,
http://www.playvid.com/watch/X0h2HY5lbqX, http://www.playvid.com/watch/TMhHLra0xI2, http://www.playvid.com/watch/GPXn7JcisJf,
http://www.playvid.com/watch/0IRHEMZZpgJ, http://www.playvid.com/watch/KMEu7PLRzZH, http://www.playvid.com/watch/sCyQgQidwhf,
http://www.playvid.com/watch/D3jGTU5DTjg, http://www.playvid.com/watch/90moqJLlvff, http://www.playvid.com/watch/WShc6paxv4c,
http://www.playvid.com/watch/7yRN2EJjcNW, http://www.playvid.com/watch/RPhYmIFkXzY, http://www.playvid.com/watch/FRlztL8Pz4s,
http://www.playvid.com/watch/bLv0igLrcgH, http://www.playvid.com/watch/DuYLP-v6w7X, http://www.playvid.com/watch/iCLzdbuhm3C,
http://www.playvid.com/watch/GTiwONA7chp, http://www.playvid.com/watch/DQFBriHtHXB, http://www.playvid.com/watch/OcYtVvfTjZN,
http://www.playvid.com/watch/hICnEWV7yP4, http://www.playvid.com/watch/MwlTUaWiws5, http://www.playvid.com/watch/h33DvPG48LR,
http://www.playvid.com/watch/EjDvhuqpOh2, http://www.playvid.com/watch/fdYf-IhXpJL, http://www.playvid.com/watch/3xKQY0sgLlr,
http://www.playvid.com/watch/HfyT2-phD0t, http://www.playvid.com/watch/7g6Z9pIrzJh, http://www.playvid.com/watch/6em73ruoUXi,
http://www.playvid.com/watch/nbFVPovc0eE, http://www.playvid.com/watch/Rx4CNrXkaco, http://www.playvid.com/watch/5CTQHBxO0P5,
http://www.playvid.com/watch/hzxk9tQQAVB, http://www.playvid.com/watch/OZfUc3xfDiz, http://www.playvid.com/watch/7bZ3ImYUpwh,
http://www.playvid.com/watch/uqVcHH5p8tS, http://www.playvid.com/watch/TajXsRBchNl, http://www.playvid.com/watch/ke-VRU52OCU,
http://www.playvid.com/watch/oH50ilEoxri, http://www.playvid.com/watch/5PScq-bCRHn, http://www.playvid.com/watch/rBtrohcCq-s,
http://www.playvid.com/watch/L3IGGzrJJxE, http://www.playvid.com/watch/RLbovRo06cQ, http://www.playvid.com/watch/6SBxiLWs2kM,
http://www.playvid.com/watch/OnnkIwkfWDH, http://www.playvid.com/watch/XVsonAkhZWr, http://www.playvid.com/watch/60qx9BDx5c0,
http://www.playvid.com/watch/U2UmVuWNLs4, http://www.playvid.com/watch/zXikzBy78iT, http://www.playvid.com/watch/wxBHUjka2Th,
http://www.playvid.com/watch/Mk0f8xXbgQB, http://www.playvid.com/watch/CK0sBMQfFzz, http://www.playvid.com/watch/n08rUI423nO,
http://www.playvid.com/watch/VBZQpWlEQa-, http://www.playvid.com/watch/s68-XPFzdQw, http://www.playvid.com/watch/DqMJQmpeyjr,
http://www.playvid.com/watch/O2WpTgBmvTs, http://www.playvid.com/watch/YqPixl6CO32, http://www.playvid.com/watch/ag2x-5QUPio,
http://www.playvid.com/watch/Q3le98fweiK, http://www.playvid.com/watch/zVYNbpW-kLY, http://www.playvid.com/watch/Vdh3S50ZYrV,
http://www.playvid.com/watch/sehGiVar3Ax, http://www.playvid.com/watch/VdIuHyI560k, http://www.playvid.com/watch/VMK3ZnRQ7S8,
http://www.playvid.com/watch/gBPI8YLoUaW, http://www.playvid.com/watch/gAMermqCHmU, http://www.playvid.com/watch/TvN-3JUVpZc,
http://www.playvid.com/watch/Ju8X3dgTz3B, http://www.playvid.com/watch/WQyWfd-Av96, http://www.playvid.com/watch/YoLB2Fs0GRN,
http://www.playvid.com/watch/JrMNIIm5F4b, http://www.playvid.com/watch/DLxgsUyt8OW, http://www.playvid.com/watch/llqUjsSiW9K,
http://www.playvid.com/watch/RW8tcAIFvV9, http://www.playvid.com/watch/VCZz1wS2DTM, http://www.playvid.com/watch/meTIm5t8qLr,
http://www.playvid.com/watch/7BfsNYYQGxr, http://www.playvid.com/watch/mOPTwM2me2h, http://www.playvid.com/watch/8dEjf70LjIc,
http://www.playvid.com/watch/jS4jtjCxrUy, http://www.playvid.com/watch/nIRkNMJ9lyp, http://www.playvid.com/watch/ipa6qNiDJPe,
http://www.playvid.com/watch/6p4IkZnwfWA, http://www.playvid.com/watch/sk3vKTAcccA, http://www.playvid.com/watch/W763K9zhn9G,
http://www.playvid.com/watch/2i71n6tvdXI, http://www.playvid.com/watch/O86ad6jOPQD, http://www.playvid.com/watch/7v8CIZaLLGu,
http://www.playvid.com/watch/6rDRA2rLMNx, http://www.playvid.com/watch/eJB6pA2enjm, http://www.playvid.com/watch/xwVbKIJshtB,
http://www.playvid.com/watch/CqaLj8PefLs, http://www.playvid.com/watch/CURr4oBX-JP, http://www.playvid.com/watch/eUsYLQQYJ9J,
http://www.playvid.com/watch/QMeKmfC-ez4, http://www.playvid.com/watch/fU6977L6jXE, http://www.playvid.com/watch/9D0Bqo814bn,
http://www.playvid.com/watch/bcW13QsMpV0, http://www.playvid.com/watch/JNZeLBWGk3X, http://www.playvid.com/watch/TA67D3Q6wrx,
http://www.playvid.com/watch/G6LtqeTpnQ7, http://www.playvid.com/watch/3u-zQonlEAa, http://www.playvid.com/watch/F9gsecuMw6L,
http://www.playvid.com/watch/-hNgm5xNo1O, http://www.playvid.com/watch/LvmeEWLBaZL, http://www.playvid.com/watch/UFiCOUXHrPL,
http://www.playvid.com/watch/geIf5yAvgFs, http://www.playvid.com/watch/k0d-2Fv4pOd, http://www.playvid.com/watch/hFaEFBVnISe,
http://www.playvid.com/watch/crL9u9PyCqw, http://www.playvid.com/watch/Esg0hg-2VvZ, http://www.playvid.com/watch/Jgcsd4oE778,
http://www.playvid.com/watch/l-3-EHbxE9U, http://www.playvid.com/watch/UMccEJDIyV-, http://www.playvid.com/watch/FKqGjZ8Q3ZH,
http://www.playvid.com/watch/nAX0PiMDDSy, http://www.playvid.com/watch/mHbFjNYlqsE, http://www.playvid.com/watch/0wLc2VM3xhY,
http://www.playvid.com/watch/9eQljLXQvW-, http://www.playvid.com/watch/GGTAqNyMNsY, http://www.playvid.com/watch/PzmMjFK7qky,
http://www.playvid.com/watch/Wsvue5oGNre, http://www.playvid.com/watch/TsaUwy4FQCa, http://www.playvid.com/watch/xllBiYThjUz,
http://www.playvid.com/watch/frXEJDLOfyX, http://www.playvid.com/watch/pJPO36tluk5, http://www.playvid.com/watch/c2PH4BPrrXQ,
http://www.playvid.com/watch/D2NmyJzTrEi, http://www.playvid.com/watch/DHTa-SoJXjc, http://www.playvid.com/watch/Ca8AWEIKPjZ,
http://www.playvid.com/watch/xkm-hJdGHwC, http://www.playvid.com/watch/KESG9Au0rco, http://www.playvid.com/watch/-snPzHtt5Pj,
http://www.playvid.com/watch/E2499iSwo7R, http://www.playvid.com/watch/5IGAUs6c8kx, http://www.playvid.com/watch/HHSoNM0zUjg,
http://www.playvid.com/watch/90bbqERl9Vg, http://www.playvid.com/watch/kBzgQ-z9cmn, http://www.playvid.com/watch/otlGvE3dfIZ,
http://www.playvid.com/watch/nDp5WG5T978, http://www.playvid.com/watch/xehZQcKufH9, http://www.playvid.com/watch/awSLdn8Q4PA,
http://www.playvid.com/watch/qrOe80k0z9u, http://www.playvid.com/watch/9fPjVfDw8g1, http://www.playvid.com/watch/0PhNhkwtnRT,
http://www.playvid.com/watch/RLle2eev6aD, http://www.playvid.com/watch/dSi5h04RQWL, http://www.playvid.com/watch/FN6K7aTh2bD,
http://www.playvid.com/watch/Oi385qsfmZt, http://www.playvid.com/watch/B2dyKqEWfyc, http://www.playvid.com/watch/brNpT6k2oqC,
http://www.playvid.com/watch/MRMyBv7Fylb, http://www.playvid.com/watch/6osgF80YnNW, http://www.playvid.com/watch/WpUPLOgjg-3,
http://www.playvid.com/watch/zu2mKV0sW6g, http://www.playvid.com/watch/EK4yJoW5kUi, http://www.playvid.com/watch/0w245NM7YwW,
http://www.playvid.com/watch/cRbmBWz9P-2, http://www.playvid.com/watch/tTc0Sj0uZvn, http://www.playvid.com/watch/yxd9Grb7HGY,
http://www.playvid.com/watch/h73ViskCsCy, http://www.playvid.com/watch/oc-77rgzH1t, http://www.playvid.com/watch/EC-Q8dhfQWu,
http://www.playvid.com/watch/BP0rh8bujH0, http://www.playvid.com/watch/gZv-whSl3Qa, http://www.playvid.com/watch/Z0QQYqZsWpf,
http://www.playvid.com/watch/f5XE0E62Hhe, http://www.playvid.com/watch/Kif5eBaId4-, http://www.playvid.com/watch/zr2lPCCSSxo,
http://www.playvid.com/watch/UsPkS68Bq98, http://www.playvid.com/watch/LVFWXAs2iX5, http://www.playvid.com/watch/VRMnglPEPIC,
http://www.playvid.com/watch/vs1VFwnefxh, http://www.playvid.com/watch/FiPFg-KvDpf, http://www.playvid.com/watch/MfuaH4FsLeD,
http://www.playvid.com/watch/Q0VHVWhMUNF, http://www.playvid.com/watch/SHGOrCHO4gz, http://www.playvid.com/watch/IXATcg17bKX,
http://www.playvid.com/watch/YVY0Hk0oNfu, http://www.playvid.com/watch/UTBkR3Mfwj7, http://www.playvid.com/watch/ou9mWWqtpvY,
http://www.playvid.com/watch/JAFrLxvtTGb, http://www.playvid.com/watch/D305xuf4He5, http://www.playvid.com/watch/i0SWT9fBZLw,
http://www.playvid.com/watch/T8eVVqNVUp0, http://www.playvid.com/watch/UN3XqBn7lhe, http://www.playvid.com/watch/5Ot61ZAAqTU,
http://www.playvid.com/watch/6Zq0sStz6mF, http://www.playvid.com/watch/YtyFftQjgGx, http://www.playvid.com/watch/u-6LR8KXOoI,
http://www.playvid.com/watch/kJC2Vec-huF, http://www.playvid.com/watch/s9n5V9xTW8x, http://www.playvid.com/watch/lmnQ0fXjcEB,
http://www.playvid.com/watch/GmFcB2Jjhee, http://www.playvid.com/watch/4ec8mSl9Pjh, http://www.playvid.com/watch/b7q-p8OpJ2E,
http://www.playvid.com/watch/uCbTRH7eFmX, http://www.playvid.com/watch/32oUxyo2B3H, http://www.playvid.com/watch/AoaESCm6nWw,
http://www.playvid.com/watch/Dwh00q4ogYs, http://www.playvid.com/watch/eJbjxE20Qf6, http://www.playvid.com/watch/Yt67bhmQo-U,
http://www.playvid.com/watch/vQ4itiQDNRg, http://www.playvid.com/watch/H6jA1E4dsHu, http://www.playvid.com/watch/EIMzrikXLFZ,

http://www.playvid.com/watch/svna8xxUv41, http://www.playvid.com/watch/OEwtaQLVwFL, http://www.playvid.com/watch/5VMDPETJDKU,
http://www.playvid.com/watch/o8WLnoZwjze, http://www.playvid.com/watch/-JGogSxuVpx, http://www.playvid.com/watch/KZ3EzPgF3yQ,
http://www.playvid.com/watch/99n1nJIRWVk, http://www.playvid.com/watch/GJZcQhnPsNX, http://www.playvid.com/watch/yogMRtP61LK,
http://www.playvid.com/watch/vAQSn2Pj35N, http://www.playvid.com/watch/89jHp2zDwUe, http://www.playvid.com/watch/7EG3nXlq6lK,
http://www.playvid.com/watch/C6uuiyqW5j5, http://www.playvid.com/watch/s4YyNHkhH8V, http://www.playvid.com/watch/Stp0cCxo8VT,
http://www.playvid.com/watch/uBaDEziFRGe, http://www.playvid.com/watch/n9HYrleKlyj, http://www.playvid.com/watch/dSOIF7iZCwe,
http://www.playvid.com/watch/90Lt2iwDgeM, http://www.playvid.com/watch/ZGdEul2TWoL, http://www.playvid.com/watch/mtfwdlQjelK,
http://www.playvid.com/watch/dQhx9ST2Wne, http://www.playvid.com/watch/5aqToI5oqay, http://www.playvid.com/watch/Efbb4NnXAv7,
http://www.playvid.com/watch/6SiWCfz8GXe, http://www.playvid.com/watch/XXFbDbF-5-X, http://www.playvid.com/watch/9Bp3PhQRDER,
http://www.playvid.com/watch/i-atoSn8QPS, http://www.playvid.com/watch/ZFFhVMlLzER, http://www.playvid.com/watch/ReOJ92CMaNz,
http://www.playvid.com/watch/HqG49HxfmSx, http://www.playvid.com/watch/4uB1OFb6VCO, http://www.playvid.com/watch/c01RWwiH0BF,
http://www.playvid.com/watch/DaMF0ZJg549, http://www.playvid.com/watch/SMgbCHw6R1n, http://www.playvid.com/watch/9nYlEkAFCxT,
http://www.playvid.com/watch/NdpBteYJuB-, http://www.playvid.com/watch/7VPiFE-qiwC, http://www.playvid.com/watch/ZZGCiBHQ3ZG,
http://www.playvid.com/watch/AXPWD5NEjY3, http://www.playvid.com/watch/bpvpbuRhhBO, http://www.playvid.com/watch/l00DSHDk8Tj,
http://www.playvid.com/watch/i9CVLvunqnn, http://www.playvid.com/watch/zc-m8lyuwt5, http://www.playvid.com/watch/WsvNmPv0KBR,
http://www.playvid.com/watch/EpC9n3y088V, http://www.playvid.com/watch/8u1lmSdjg8A, http://www.playvid.com/watch/IqBU9VAr6YM,
http://www.playvid.com/watch/KnZP60JyHvW, http://www.playvid.com/watch/eUfMfb3vIGF, http://www.playvid.com/watch/7gDLyuCFVvE,
http://www.playvid.com/watch/RSy7QLSmCqk, http://www.playvid.com/watch/NyhGI0W0bcD, http://www.playvid.com/watch/pNxyl8b7MVF,
http://www.playvid.com/watch/R7KtBvrnTeB, http://www.playvid.com/watch/eKloloQCYvH, http://www.playvid.com/watch/LWuV4lanj2l,
http://www.playvid.com/watch/NJm9WbGNzMO, http://www.playvid.com/watch/OLZ-HCTkDXI, http://www.playvid.com/watch/n2JGJocfZtW,
http://www.playvid.com/watch/YYSQnnGiOb5, http://www.playvid.com/watch/gAavBM-W-OP, http://www.playvid.com/watch/AAy1bsvPax4,
http://www.playvid.com/watch/mnlTaK5StZR, http://www.playvid.com/watch/6ST2eVfeb3Q, http://www.playvid.com/watch/XMfNPVmF32o,
http://www.playvid.com/watch/GocIzm8KXEU, http://www.playvid.com/watch/kg7jejhVYIm, http://www.playvid.com/watch/3rV93W4wv6H,
http://www.playvid.com/watch/lNocIygIWvx, http://www.playvid.com/watch/Ea564mfMPNY, http://www.playvid.com/watch/DgDryCNnQUT,
http://www.playvid.com/watch/78UC7BeYj3E, http://www.playvid.com/watch/6Rl0FbPyreV, http://www.playvid.com/watch/bBZJpk25hXH,
http://www.playvid.com/watch/rFtxmjhuPP2, http://www.playvid.com/watch/CE9N7gtvCyM, http://www.playvid.com/watch/5cJEVCon6Rh,
http://www.playvid.com/watch/JTt6Q81fXwF, http://www.playvid.com/watch/ywb0lP9w9IO, http://www.playvid.com/watch/7EJN118NqLr,
http://www.playvid.com/watch/q56ItnphtLD, http://www.playvid.com/watch/meAQad6ooms, http://www.playvid.com/watch/wHQM-lsMFlX,
http://www.playvid.com/watch/aLBwKPuaTMU, http://www.playvid.com/watch/luoty2LiADS, http://www.playvid.com/watch/Brj5cgLHdGc,
http://www.playvid.com/watch/eLaMxpLijNr, http://www.playvid.com/watch/9kvwW9R31ws, http://www.playvid.com/watch/QLwOhf6i857,
http://www.playvid.com/watch/ZlB3Pykeu7c, http://www.playvid.com/watch/AP2XXb27Oj0, http://www.playvid.com/watch/CItvKkKsRSU,
http://www.playvid.com/watch/l4-pwvgeDk-, http://www.playvid.com/watch/HkWYCe0pur3, http://www.playvid.com/watch/wGA0jVOiITF,
http://www.playvid.com/watch/Q45OKdCXr2H, http://www.playvid.com/watch/RhLsQyXosE6, http://www.playvid.com/watch/rD6Ql4dQH7n,
http://www.playvid.com/watch/CRx4UyYV3G4, http://www.playvid.com/watch/SCbcPUq6tFu, http://www.playvid.com/watch/0dhl6ys2Q9B,
http://www.playvid.com/watch/WcFwnqDUqxC, http://www.playvid.com/watch/6h1TdXjwD0-, http://www.playvid.com/watch/XXpfSMMB26h,
http://www.playvid.com/watch/5NjAzp9Tq7-, http://www.playvid.com/watch/O-SB5BFVYqE, http://www.playvid.com/watch/CTbDAVbbx7z,
http://www.playvid.com/watch/k8e228PP7uL, http://www.playvid.com/watch/uwj7lUQFyTA, http://www.playvid.com/watch/ElO2f0XEl7P,
http://www.playvid.com/watch/RimfrR7Ad2S, http://www.playvid.com/watch/fyp4d3DHe3j, http://www.playvid.com/watch/gxB4X2zRaSS,
http://www.playvid.com/watch/wqKvyH59Y4I, http://www.playvid.com/watch/zAEcgT6heKW, http://www.playvid.com/watch/ER5AVPJ3xtw,
http://www.playvid.com/watch/oS0JxAM6iLk, http://www.playvid.com/watch/tmHwI51ELgK, http://www.playvid.com/watch/XXYBkT4ziyj,
http://www.playvid.com/watch/ozIwUlQD0Oh, http://www.playvid.com/watch/h-jTtoMyWgg, http://www.playvid.com/watch/PDSis9eO7MH,
http://www.playvid.com/watch/-GRZaBqc7oA, http://www.playvid.com/watch/umGakLffsW4, http://www.playvid.com/watch/6hTEG60ebaJ,
http://www.playvid.com/watch/OEx05DtcWtH, http://www.playvid.com/watch/o7FtKK8t9Yt, http://www.playvid.com/watch/cB--5xgBexz,
http://www.playvid.com/watch/qB4W35qeLBL, http://www.playvid.com/watch/PQ3CLXgt8SD, http://www.playvid.com/watch/AMPs2t2Fkts,
http://www.playvid.com/watch/vwfWmO02Ugs, http://www.playvid.com/watch/NNRkrIXDS7g, http://www.playvid.com/watch/CTfq3Ioo8wY,
http://www.playvid.com/watch/NETdnVUfqUc, http://www.playvid.com/watch/LoEiJ7GRfJh, http://www.playvid.com/watch/nF3mbiDLdJh,
http://www.playvid.com/watch/X8rx68hsI3c, http://www.playvid.com/watch/qxI3rjeXxYh, http://www.playvid.com/watch/ZXLnKcVaKjq,
http://www.playvid.com/watch/5jkAO07e-7r, http://www.playvid.com/watch/zN54NZSHivy, http://www.playvid.com/watch/03ZIx4yF-uS,
http://www.playvid.com/watch/59OnVzm1x-e, http://www.playvid.com/watch/07phDuyNIuv, http://www.playvid.com/watch/Bi5eZY-7Gb8,
http://www.playvid.com/watch/tMUUdEnjOfr, http://www.playvid.com/watch/Gvp7IhOlDRc, http://www.playvid.com/watch/L055RWRcZOj,
http://www.playvid.com/watch/WbsHBNISgUl, http://www.playvid.com/watch/kVFUeGfD3hs, http://www.playvid.com/watch/ypA4vM7SaYm,
http://www.playvid.com/watch/zP8J3tXKTpm, http://www.playvid.com/watch/AZ6rWfLL3r7, http://www.playvid.com/watch/tl0rFiFarmO,
http://www.playvid.com/watch/V9PI2d3loCU, http://www.playvid.com/watch/PA8GjreuLHP, http://www.playvid.com/watch/MsuI9MZq0l2,
http://www.playvid.com/watch/GuZRvOOXt0B, http://www.playvid.com/watch/qPUviWGho5d, http://www.playvid.com/watch/lHhbO8XaxaX,
http://www.playvid.com/watch/s9hDMY2g-mr, http://www.playvid.com/watch/b-e9zLj0DcH, http://www.playvid.com/watch/5TAaFEvpudx,
http://www.playvid.com/watch/2REB-CMOaot, http://www.playvid.com/watch/268qZpOpS5E, http://www.playvid.com/watch/3UvSiWB5Qxv,
http://www.playvid.com/watch/AAl7-fndSQh, http://www.playvid.com/watch/5RCljiNidOj, http://www.playvid.com/watch/RFl4f8t8xlg,
http://www.playvid.com/watch/-wgr6qLKV0G, http://www.playvid.com/watch/QH39SaOln3B, http://www.playvid.com/watch/alzEUSv2kGd,
http://www.playvid.com/watch/Ne3PXu2hXaI, http://www.playvid.com/watch/UnqIHOjwj9m, http://www.playvid.com/watch/EGoqJg4-lDj,
http://www.playvid.com/watch/4jR11kt-ugu, http://www.playvid.com/watch/8W42Rv0hamG, http://www.playvid.com/watch/8wKlFztrT8G,
http://www.playvid.com/watch/9LKVC6AUdFR, http://www.playvid.com/watch/rD3imahBSqN, http://www.playvid.com/watch/atbM4Lxh94r,
http://www.playvid.com/watch/8NOZp8GHLPi, http://www.playvid.com/watch/6A8vWNBvmpz, http://www.playvid.com/watch/jijfLCt93P1,
http://www.playvid.com/watch/uHKkHpZ2Fa-, http://www.playvid.com/watch/8qGu3-0eURb, http://www.playvid.com/watch/QlctUgPYyKh,
http://www.playvid.com/watch/ybbYzEUsgiX, http://www.playvid.com/watch/rPzCYZJ4E0N, http://www.playvid.com/watch/RzG-OUhFBwu,
http://www.playvid.com/watch/K3OJyF8CdDa, http://www.playvid.com/watch/pElmglqgTWR, http://www.playvid.com/watch/n8VUrjDqRVB,
http://www.playvid.com/watch/CokGwMlvqpH, http://www.playvid.com/watch/ifxVq-TGn0R, http://www.playvid.com/watch/7YS-HnXjZiM,
http://www.playvid.com/watch/5iM7dFRQ160, http://www.playvid.com/watch/NfPbjwiqXow, http://www.playvid.com/watch/ILt2WskM7nf,
http://www.playvid.com/watch/MpN0Bb1bpeI, http://www.playvid.com/watch/xsEKNWoXheZ, http://www.playvid.com/watch/gZ8daMfVsQf,
http://www.playvid.com/watch/Fom5mFwzXAN, http://www.playvid.com/watch/oL16wsuil2F, http://www.playvid.com/watch/OVxjdj8DV8L,
http://www.playvid.com/watch/0hyvy0CNOqH, http://www.playvid.com/watch/wIN4jqqp-bq, http://www.playvid.com/watch/gIoeINifH94,
http://www.playvid.com/watch/vIotTge3FOO, http://www.playvid.com/watch/Jp43nJyf2Fi, http://www.playvid.com/watch/nfQOxHto7S8,
http://www.playvid.com/watch/LspXNLIBncO, http://www.playvid.com/watch/AYOki7xwmxM, http://www.playvid.com/watch/hEYV8Dwrq2r,
http://www.playvid.com/watch/Ks8sjY2Ws91, http://www.playvid.com/watch/gnhtf-iut7w, http://www.playvid.com/watch/xaBkIkyedHo,
http://www.playvid.com/watch/sDrAQBAPFkX, http://www.playvid.com/watch/oViO9IklCM2, http://www.playvid.com/watch/stavFaB6gzt,
http://www.playvid.com/watch/r-36aYvbKIH, http://www.playvid.com/watch/q23DrKLxFTF, http://www.playvid.com/watch/ZmyRwkBCsX1,
http://www.playvid.com/watch/26RCk4OUpgN, http://www.playvid.com/watch/iaJAEjtVNYJ, http://www.playvid.com/watch/3qWujuDFW0d,
http://www.playvid.com/watch/7gxLiLYxPKj, http://www.playvid.com/watch/il7OhKYFIz9, http://www.playvid.com/watch/I4cSe0YNbq3,
http://www.playvid.com/watch/3kK6-QC4n56, http://www.playvid.com/watch/cm4VVumgbwE, http://www.playvid.com/watch/-CLA9sMb6on,
http://www.playvid.com/watch/4AQR3jOafbU, http://www.playvid.com/watch/QsvTcov7TGL, http://www.playvid.com/watch/2v6AsreLCny,
http://www.playvid.com/watch/6HepDfF0eas, http://www.playvid.com/watch/TtUez7jO24R, http://www.playvid.com/watch/fKWZjK4pnpR,
http://www.playvid.com/watch/maBNRYw6hQo, http://www.playvid.com/watch/XNoSqKRhD28, http://www.playvid.com/watch/60Qo47oliXb,
http://www.playvid.com/watch/w7R9fzd5sMv, http://www.playvid.com/watch/6tfsE715rnv, http://www.playvid.com/watch/XmFH0wrp4n5,
http://www.playvid.com/watch/R9rUtP5u0vt, http://www.playvid.com/watch/c8YSTHFwDtF, http://www.playvid.com/watch/zDkmWpeP7wU,
http://www.playvid.com/watch/WmerIzUA-sN, http://www.playvid.com/watch/xvUX9KIKS2y, http://www.playvid.com/watch/D6B39zrwag1,
http://www.playvid.com/watch/6J0TSAW7Cm9, http://www.playvid.com/watch/9XCQjXUkIZ1, http://www.playvid.com/watch/X4vxeu1aOdk,
http://www.playvid.com/watch/rm3XYFG6re0, http://www.playvid.com/watch/Kt7n3NjxZF4, http://www.playvid.com/watch/gRL79zuyNdU,
http://www.playvid.com/watch/H7UW4zFSt95, http://www.playvid.com/watch/MejC6kywMUh, http://www.playvid.com/watch/VlFhVZlu7yZ,
http://www.playvid.com/watch/3w61h9j47Gk, http://www.playvid.com/watch/ph2JgHhQ-Ki, http://www.playvid.com/watch/yGvI1liH5QW,
http://www.playvid.com/watch/Bc2hsNurzaW, http://www.playvid.com/watch/vqqaI4cCgfj, http://www.playvid.com/watch/jYZ5qjXIb0m,
http://www.playvid.com/watch/Y-msrFZLF33, http://www.playvid.com/watch/7wDklC2ThPw, http://www.playvid.com/watch/TCHUhq6WepG,
http://www.playvid.com/watch/tcyupsvWhoj, http://www.playvid.com/watch/z2resuMh18r, http://www.playvid.com/watch/6-qZAE9Ei-f,
http://www.playvid.com/watch/Fip4TjfBN7E, http://www.playvid.com/watch/sAk8a7efRcP, http://www.playvid.com/watch/Jlcgos1MRY8,
http://www.playvid.com/watch/dVp10jgqFeh, http://www.playvid.com/watch/L0ybqb8EJ5x, http://www.playvid.com/watch/OaDh0Q3l22R,
http://www.playvid.com/watch/9Z43qs5OrBj, http://www.playvid.com/watch/pw6iEkKDWlP, http://www.playvid.com/watch/QgsV9B5yN24,
http://www.playvid.com/watch/hWxxDLgcwFU, http://www.playvid.com/watch/m7Q-EOR1nFb, http://www.playvid.com/watch/JRQ1DTQX6QT,
http://www.playvid.com/watch/dG8GWS00HzL, http://www.playvid.com/watch/e-ZgyKqsprr, http://www.playvid.com/watch/nhGzBY2RQge,

http://www.playvid.com/watch/ijDnd5YDurF, http://www.playvid.com/watch/W05g4-AlC9f, http://www.playvid.com/watch/UUn3Dh4NGta,
http://www.playvid.com/watch/GRSUuga7kEa, http://www.playvid.com/watch/W9tHYDjcPrY, http://www.playvid.com/watch/IkhdWDm4jT-,
http://www.playvid.com/watch/5W8TNowMcFl, http://www.playvid.com/watch/RgBLX2tNLfa, http://www.playvid.com/watch/FeItWZwQD45,
http://www.playvid.com/watch/YB27ndVuFBV, http://www.playvid.com/watch/2-uyve7SJ5h, http://www.playvid.com/watch/Eg5zTp2spNz,
http://www.playvid.com/watch/iIgcr7jS8yT, http://www.playvid.com/watch/ChI0ULW3Efz, http://www.playvid.com/watch/kcgkEBhN7Cv,
http://www.playvid.com/watch/H8IlxwHhK83, http://www.playvid.com/watch/ipkiVjzg64p, http://www.playvid.com/watch/OnjcloDEfWW,
http://www.playvid.com/watch/bnOas6Umnqi, http://www.playvid.com/watch/efyj3dwyJbC, http://www.playvid.com/watch/rZvM9i4K-tb,
http://www.playvid.com/watch/qm1Yx93r6eM, http://www.playvid.com/watch/eipYTsXVtiB, http://www.playvid.com/watch/8a5mWvpnFlG,
http://www.playvid.com/watch/OUb4AuFlxdY, http://www.playvid.com/watch/SclodDvsXzs, http://www.playvid.com/watch/DuRIcwPi7Fd,
http://www.playvid.com/watch/rQh3LJfwUO3, http://www.playvid.com/watch/FEupSR48Ygc, http://www.playvid.com/watch/4SXOXBp8t1O,
http://www.playvid.com/watch/OVCD4UQJpeb, http://www.playvid.com/watch/6MyVi5f6TjE, http://www.playvid.com/watch/7dxQR-C-u9G,
http://www.playvid.com/watch/ZRsc1pYoUhZ, http://www.playvid.com/watch/GEM-TLcAPQR, http://www.playvid.com/watch/BehdnqMXct0,
http://www.playvid.com/watch/F6MJ6sGf2Mg, http://www.playvid.com/watch/XcEFr7tcg74, http://www.playvid.com/watch/bIfkCryEHPx,
http://www.playvid.com/watch/ORmb5aWdBUQ, http://www.playvid.com/watch/IRygqiWdydK, http://www.playvid.com/watch/tZN6zuMPQ5z,
http://www.playvid.com/watch/WoKisiEQkP3, http://www.playvid.com/watch/L9RTaqrcNer, http://www.playvid.com/watch/C9sCqfi3AgQ,
http://www.playvid.com/watch/MItrda7GYEE, http://www.playvid.com/watch/lALy4fEXDw1, http://www.playvid.com/watch/wrgfQC2AlWV,
http://www.playvid.com/watch/ez3RIWwPCax, http://www.playvid.com/watch/XVWt2UfGiiN, http://www.playvid.com/watch/ZQuaXjxuj2P,
http://www.playvid.com/watch/AsoItMiyxCn, http://www.playvid.com/watch/Gd0PKZnaMeq, http://www.playvid.com/watch/QqiviwbOnqN,
http://www.playvid.com/watch/vGkassdRrFM, http://www.playvid.com/watch/b-Ei0gs5Lon, http://www.playvid.com/watch/4xKlV4Tmqnh,
http://www.playvid.com/watch/pJMXR9Tx7pL, http://www.playvid.com/watch/-l6PKDSXlgd, http://www.playvid.com/watch/9x23bBC8PE5,
http://www.playvid.com/watch/5s3kVCzAGUe, http://www.playvid.com/watch/9YvHhCsRbi1, http://www.playvid.com/watch/rriwE0EDF9y,
http://www.playvid.com/watch/McA40LddYca, http://www.playvid.com/watch/ZhD6IfdReuP, http://www.playvid.com/watch/qyaLS8j-67k,
http://www.playvid.com/watch/a0DIJU40NcU, http://www.playvid.com/watch/hVzrgtgptTS, http://www.playvid.com/watch/6ItVNk1Mhz9,
http://www.playvid.com/watch/rhhWPlsblkM, http://www.playvid.com/watch/6zIm9zjuWKu, http://www.playvid.com/watch/xiq4phXxd41,
http://www.playvid.com/watch/-xnqiETakx9, http://www.playvid.com/watch/yNB7fET2MAb, http://www.playvid.com/watch/FR-zFnNt4xe,
http://www.playvid.com/watch/5FEH2Mg0Pnx, http://www.playvid.com/watch/yEttkyDamiD, http://www.playvid.com/watch/SPHGBjowzZr,
http://www.playvid.com/watch/tezZFLysZFl, http://www.playvid.com/watch/-Orj1Mfu0jw, http://www.playvid.com/watch/-qGvKL9Z2Kh,
http://www.playvid.com/watch/qA8rCNF4IkD, http://www.playvid.com/watch/OPaUAc42SYD, http://www.playvid.com/watch/2M4PP35OZcB,
http://www.playvid.com/watch/z7XftM5FbUA, http://www.playvid.com/watch/GGpsAblX5l6, http://www.playvid.com/watch/L4vql5ktD2I,
http://www.playvid.com/watch/lmYcC4f7JPI, http://www.playvid.com/watch/pZc7WeEUaDt, http://www.playvid.com/watch/7CUD0Sh1zHl,
http://www.playvid.com/watch/wOkHTakBT2i, http://www.playvid.com/watch/I2NJY2bStyt, http://www.playvid.com/watch/wHt47sa9qnS,
http://www.playvid.com/watch/7OJK3lLwgYk, http://www.playvid.com/watch/ounAevmGfsa, http://www.playvid.com/watch/SUsZqpAGlQN,
http://www.playvid.com/watch/FKta8Hq9JX2, http://www.playvid.com/watch/AMG10KMJk-6, http://www.playvid.com/watch/ZTAgrVuNc5p,
http://www.playvid.com/watch/OS3nWA1TQu-, http://www.playvid.com/watch/0EAJsRmB1g2, http://www.playvid.com/watch/5Q7kehczT5Q,
http://www.playvid.com/watch/EgzHrY1XN4p, http://www.playvid.com/watch/WJ1--aurSVo, http://www.playvid.com/watch/nIlA749Ihia,
http://www.playvid.com/watch/V2CyrdcRXsm, http://www.playvid.com/watch/vJ7FgSipJ1Y, http://www.playvid.com/watch/zLGbFbla6-A,
http://www.playvid.com/watch/kLY-wrNjmwO, http://www.playvid.com/watch/EWBAKbIUCyq, http://www.playvid.com/watch/kZzfrRcnDoe,
http://www.playvid.com/watch/a6EdaK5WQLD, http://www.playvid.com/watch/g6-GE-nHSvT, http://www.playvid.com/watch/WuSpfoRj81I,
http://www.playvid.com/watch/NsM9-zJEnGk, http://www.playvid.com/watch/23VUVep51MF, http://www.playvid.com/watch/lGEgNaRlFSS,
http://www.playvid.com/watch/6CyYnYQhrrP, http://www.playvid.com/watch/aB4qOApGIlz, http://www.playvid.com/watch/rlr6PHh7oTO,
http://www.playvid.com/watch/pG8pKuQVgIp, http://www.playvid.com/watch/sfCr9wsn-xl, http://www.playvid.com/watch/Iq8OE8LeTsn,
http://www.playvid.com/watch/6Rsr6Vdm2su, http://www.playvid.com/watch/IYvqP9uPF4n, http://www.playvid.com/watch/T4lApsEdDCt,
http://www.playvid.com/watch/HH8KFxX85lg, http://www.playvid.com/watch/X2yTJq6hT-8, http://www.playvid.com/watch/oYyW0OCAbG8,
http://www.playvid.com/watch/Sg2q5Wfx7Pe, http://www.playvid.com/watch/MD7eAoGlxB9, http://www.playvid.com/watch/s4bnylv8UpG,
http://www.playvid.com/watch/fgDM8tvwCnG, http://www.playvid.com/watch/U-dCJh1eASn, http://www.playvid.com/watch/ruYqFeYSwMP,
http://www.playvid.com/watch/pHJrPwXrJo3, http://www.playvid.com/watch/KjfF09e4vij, http://www.playvid.com/watch/yzFy74KWXOK,
http://www.playvid.com/watch/dWKiBJ7bdDD, http://www.playvid.com/watch/SAobVNRvqoh, http://www.playvid.com/watch/CnKD2D4GZCU,
http://www.playvid.com/watch/XP-aMpyMCib, http://www.playvid.com/watch/JbrHXltusS2, http://www.playvid.com/watch/b-YyB1pI9gZ,
http://www.playvid.com/watch/kafC1FvAHwC, http://www.playvid.com/watch/cCeds1sHxqR, http://www.playvid.com/watch/tfQmwTtGDCa,
http://www.playvid.com/watch/JzHRvEWi9j8, http://www.playvid.com/watch/QwKMvZWq8T1, http://www.playvid.com/watch/wga6OanY59B,
http://www.playvid.com/watch/xZ7Swf4nNzF, http://www.playvid.com/watch/v0uTAngy7Be, http://www.playvid.com/watch/NONZ4fSDLSA,
http://www.playvid.com/watch/LaP76gQxtSr, http://www.playvid.com/watch/SMiYGaWeOVv, http://www.playvid.com/watch/lDbi1TfHjUk,
http://www.playvid.com/watch/oUPhIoroHbM, http://www.playvid.com/watch/yDWkLgaYMNN, http://www.playvid.com/watch/FPlgVvZKAml,
http://www.playvid.com/watch/qWxqiGgGVqq, http://www.playvid.com/watch/x4d5G6WrJj9, http://www.playvid.com/watch/ZVgaACt6-Sa,
http://www.playvid.com/watch/pqAhhreI8QP, http://www.playvid.com/watch/jLUaew9IUBc, http://www.playvid.com/watch/sN82DWTnKac,
http://www.playvid.com/watch/ThMJgO4VVkb, http://www.playvid.com/watch/JnOZOv3PiZC, http://www.playvid.com/watch/uo7-wWByOF1,
http://www.playvid.com/watch/kblCls6OE8-, http://www.playvid.com/watch/W5DpwYo131r, http://www.playvid.com/watch/pvW4oYnqENd,
http://www.playvid.com/watch/c2bb5tzMnj0, http://www.playvid.com/watch/OrNzj9rAPPy, http://www.playvid.com/watch/2WY3ZSmnuzw,
http://www.playvid.com/watch/9RFu-Q0AQHS, http://www.playvid.com/watch/hAnw6kCnnSs, http://www.playvid.com/watch/Su1z2Cvn5Yz,
http://www.playvid.com/watch/EmCQWJ3JXWK, http://www.playvid.com/watch/IxjPlLxs64u, http://www.playvid.com/watch/QBhl4lgzCxP,
http://www.playvid.com/watch/FYS5ObDITuw, http://www.playvid.com/watch/d-Put0p77H2, http://www.playvid.com/watch/ykJBJV1wDie,
http://www.playvid.com/watch/c6yg5Yx3dU1, http://www.playvid.com/watch/hORl1tf2D0u, http://www.playvid.com/watch/yTVtBdFG52T,
http://www.playvid.com/watch/tnLedMvCfjz, http://www.playvid.com/watch/igkKjQfdIZe, http://www.playvid.com/watch/RzVZ6Fypare,
http://www.playvid.com/watch/4xdyiCj-CF3, http://www.playvid.com/watch/0w3Ri7PoH4Z, http://www.playvid.com/watch/UW2oVX8h1Bs,
http://www.playvid.com/watch/X0DdNAIHTt1, http://www.playvid.com/watch/iHMwVCFvbNi, http://www.playvid.com/watch/cQMgROys8Xz,
http://www.playvid.com/watch/iO0HBhjrofG, http://www.playvid.com/watch/6t2d5cd0Qe2, http://www.playvid.com/watch/KoxeOPe6NMz,
http://www.playvid.com/watch/pOcK1SYvJ7R, http://www.playvid.com/watch/ESv8h7DzDhf, http://www.playvid.com/watch/UVVGHuD4gyd,
http://www.playvid.com/watch/bov1Djiip0q, http://www.playvid.com/watch/OvWQkVmj4Xd, http://www.playvid.com/watch/elw-IzuV5D8,
http://www.playvid.com/watch/Wg3Ot017qUl, http://www.playvid.com/watch/LFWFfPRP5UL, http://www.playvid.com/watch/b8Itjser5na,
http://www.playvid.com/watch/wkxMhrACg6k, http://www.playvid.com/watch/RR2INvbUZpz, http://www.playvid.com/watch/pNK6pR3weoL,
http://www.playvid.com/watch/wAmXAEtpeUg, http://www.playvid.com/watch/ZgG9xzxTMPu, http://www.playvid.com/watch/O59Mc79yyqG,
http://www.playvid.com/watch/sNBieDzgj9D, http://www.playvid.com/watch/n3fJIX8bAj0, http://www.playvid.com/watch/GdTdZGVNKfq,
http://www.playvid.com/watch/vakMBo8TXJk, http://www.playvid.com/watch/ZdoHJ6KYtL3, http://www.playvid.com/watch/0FwdZzWMNNv,
http://www.playvid.com/watch/AEw051rcLip, http://www.playvid.com/watch/X5ni5-Q3PY4, http://www.playvid.com/watch/gh9G7Hs2osZ,
http://www.playvid.com/watch/rlhYljrYLru, http://www.playvid.com/watch/lzBlanWURps, http://www.playvid.com/watch/VNU7YOdp-KA,
http://www.playvid.com/watch/C6yLLkHwTdt, http://www.playvid.com/watch/URduvoQsu2b, http://www.playvid.com/watch/Mjp4xsg9zLP,
http://www.playvid.com/watch/iYP5qgOaEfd, http://www.playvid.com/watch/R5v3HJKa48B, http://www.playvid.com/watch/ZoQxBhTrGhr,
http://www.playvid.com/watch/YS0N-tbNaEj, http://www.playvid.com/watch/f6w8npwtW99, http://www.playvid.com/watch/5LrJjRi5DeZ,
http://www.playvid.com/watch/yDkbd15FbS1, http://www.playvid.com/watch/qjt41pxBkA0, http://www.playvid.com/watch/JfTc6FFoQds,
http://www.playvid.com/watch/8O5oUjbzdVS, http://www.playvid.com/watch/yg9rqY0xjud, http://www.playvid.com/watch/SU4aKujdNP8,
http://www.playvid.com/watch/yMSYnNQJYVp, http://www.playvid.com/watch/BU2yr0APO3W, http://www.playvid.com/watch/gdYoFI8YFKB,
http://www.playvid.com/watch/IUvfE3hIvWV, http://www.playvid.com/watch/taWpyUjp9aI, http://www.playvid.com/watch/XvxeItipFEB,
http://www.playvid.com/watch/YJudtwcBK9F, http://www.playvid.com/watch/XZKYYTtlVOF, http://www.playvid.com/watch/FpbrbMJ0WgA,
http://www.playvid.com/watch/a5UJuGVfOcd, http://www.playvid.com/watch/E3sAt05DWhQ, http://www.playvid.com/watch/DPbhtk7DczF,
http://www.playvid.com/watch/k6eAGhBuSwZ, http://www.playvid.com/watch/n2BuYZrZwpp, http://www.playvid.com/watch/QXrWlQWC5I7,
http://www.playvid.com/watch/95UWsPjF5f5, http://www.playvid.com/watch/XmNK6hFNzI9, http://www.playvid.com/watch/wcif3vHhbaE,
http://www.playvid.com/watch/8GSGYEKh6pQ, http://www.playvid.com/watch/v7k_RLa5dbP, http://www.playvid.com/watch/QVfPTztV87S,
http://www.playvid.com/watch/eSZY-D5sJeW, http://www.playvid.com/watch/wzQ0cwAlO6r, http://www.playvid.com/watch/m3gChrj-Yhc,
http://www.playvid.com/watch/StwaMZzaM-i, http://www.playvid.com/watch/0_o2HCcS1_q, http://www.playvid.com/watch/eQSN5JrYE8P,
http://www.playvid.com/watch/8kcx1O4W7l4, http://www.playvid.com/watch/WEH7LDy5YHr, http://www.playvid.com/watch/ZdY62HnaKAq,
http://www.playvid.com/watch/BHwbjynwkqS, http://www.playvid.com/watch/3UdS1ZnfRrS, http://www.playvid.com/watch/M0lomosRaIM,
http://www.playvid.com/watch/5ie0tulBWoM, http://www.playvid.com/watch/sPrtmHWMbei, http://www.playvid.com/watch/7yjKCUxc6bZ,
http://www.playvid.com/watch/N03aSlMHGDE, http://www.playvid.com/watch/7J-SYd-V188, http://www.playvid.com/watch/hdxhSevm6-o,
http://www.playvid.com/watch/wFdi1PThWyv, http://www.playvid.com/watch/Ypz0TnaMwbQ, http://www.playvid.com/watch/McWk94unnTO,
http://www.playvid.com/watch/GeCdszGQDJ8, http://www.playvid.com/watch/LNJUqAykeRO, http://www.playvid.com/watch/eP83SMl-H5l,
http://www.playvid.com/watch/ONeQZulpNOA, http://www.playvid.com/watch/6l_boYQyuqG, http://www.playvid.com/watch/fDtKhVmOnni,

http://www.playvid.com/watch/Wlq0skflCuG, http://www.playvid.com/watch/nGZGGzRY7BI, http://www.playvid.com/watch/zR5FQ5w7wcG,
http://www.playvid.com/watch/cYLWSPO2xwc, http://www.playvid.com/watch/0f2P06Obaqy, http://www.playvid.com/watch/Fm03NyWkBK4,
http://www.playvid.com/watch/n4GNDvCu70C, http://www.playvid.com/watch/JSqOeBW0oQK, http://www.playvid.com/watch/y3-n3yZrnmT,
http://www.playvid.com/watch/02vIRV06bRp, http://www.playvid.com/watch/7F6zh03nA1K, http://www.playvid.com/watch/6dm58mcfyP5,
http://www.playvid.com/watch/BGoogSMM5Tf, http://www.playvid.com/watch/9SlchQtxpam, http://www.playvid.com/watch/JgXtHV-YL4J,
http://www.playvid.com/watch/CMFEefIyzgG, http://www.playvid.com/watch/2mYi7IA2P-w, http://www.playvid.com/watch/VtmMyncQvPY,
http://www.playvid.com/watch/C9yQ39ceT8y, http://www.playvid.com/watch/mpM4DCAZ1Dp, http://www.playvid.com/watch/ayQp8C_ar3V,
http://www.playvid.com/watch/QWVv6yztXlP, http://www.playvid.com/watch/n4zQsndmx3l, http://www.playvid.com/watch/5vMkod2USL6,
http://www.playvid.com/watch/a51-2gbATBd, http://www.playvid.com/watch/z_5TortZY7M, http://www.playvid.com/watch/CWufmyPs5Hn,
http://www.playvid.com/watch/e9k8JG8eqHy, http://www.playvid.com/watch/0M8BE2odmlq, http://www.playvid.com/watch/vytfKNDt20p,
http://www.playvid.com/watch/llUsHUpbx1r, http://www.playvid.com/watch/MgZsANpEwcQ, http://www.playvid.com/watch/mU1C7HyfLAm,
http://www.playvid.com/watch/ukGwqZ38g0V, http://www.playvid.com/watch/PEarfA5dqvo, http://www.playvid.com/watch/LXICl-f6q_v,
http://www.playvid.com/watch/dWx3XgAblqJ, http://www.playvid.com/watch/24k2VkYlw2p, http://www.playvid.com/watch/8a5iF46PGgk,
http://www.playvid.com/watch/cw2ys8bf6ka, http://www.playvid.com/watch/r3sG98l9zGo, http://www.playvid.com/watch/ipmYa6L2JeU,
http://www.playvid.com/watch/f7qcNx-vGWZ, http://www.playvid.com/watch/LXhUN0TQvqZ, http://www.playvid.com/watch/QNRLAZ7eB_A,
http://www.playvid.com/watch/A2ghZrZf54m, http://www.playvid.com/watch/RrLrbOcNGyj, http://www.playvid.com/watch/n_dGnXwJH5C,
http://www.playvid.com/watch/PgPBT3nJU_Z, http://www.playvid.com/watch/RrBx0Hhv5oM, http://www.playvid.com/watch/HnfhMosEjbJ,
http://www.playvid.com/watch/GNpaDTpJT5i, http://www.playvid.com/watch/VMHFI_pxyVk, http://www.playvid.com/watch/uXExa8P10Mu,
http://www.playvid.com/watch/J1VqZUyPD6R, http://www.playvid.com/watch/k1vbJkyqFoE, http://www.playvid.com/watch/Avg375kyE7h,
http://www.playvid.com/watch/wqe2CIcux4Z, http://www.playvid.com/watch/zxOAkvRBIJV, http://www.playvid.com/watch/oVDDP90K_Sz,
http://www.playvid.com/watch/vCXXflO0fTc, http://www.playvid.com/watch/hFBFjbHjqFP, http://www.playvid.com/watch/nr7ssviLLP5,
http://www.playvid.com/watch/hMtIWHpECza, http://www.playvid.com/watch/tihXMGkVLCa, http://www.playvid.com/watch/C66nsTEilwj,
http://www.playvid.com/watch/Y2PBCNZsMfr, http://www.playvid.com/watch/Fqe1bi1Iyfj, http://www.playvid.com/watch/cN--zq9PxTx,
http://www.playvid.com/watch/O20jtYaysLy, http://www.playvid.com/watch/r1yxmXJRIXC, http://www.playvid.com/watch/GCya8ZOx3Vp,
http://www.playvid.com/watch/oa1a3Aip6E2, http://www.playvid.com/watch/le39jfzT6sg, http://www.playvid.com/watch/lMSWPWrqbtQ,
http://www.playvid.com/watch/GOxu4zfHLRF, http://www.playvid.com/watch/28KRS93d5Es, http://www.playvid.com/watch/F2UcWlIGKtD,
http://www.playvid.com/watch/YrwbLuxmfct, http://www.playvid.com/watch/buOcjEMHSQq, http://www.playvid.com/watch/f5hxpCi30CH,
http://www.playvid.com/watch/CUBGWU3KDD4, http://www.playvid.com/watch/sFoq9dtcu4g, http://www.playvid.com/watch/tDxVbtg5vnT,
http://www.playvid.com/watch/uWw0vAw-f5z, http://www.playvid.com/watch/nN6xYitKnxm, http://www.playvid.com/watch/IJpvFa8ObDl,
http://www.playvid.com/watch/GrUHUEDtveE, http://www.playvid.com/watch/BVTru7VtbSX, http://www.playvid.com/watch/Qb2mRRg7V8F,
http://www.playvid.com/watch/q3gEoIjOwV5, http://www.playvid.com/watch/tkb27CXqqw9, http://www.playvid.com/watch/nnV045ajYGv,
http://www.playvid.com/watch/qICaiz_kEiw, http://www.playvid.com/watch/qu0jZPd0fGQ, http://www.playvid.com/watch/cpWBC84ZQ1f,
http://www.playvid.com/watch/phCnUsFmPIL, http://www.playvid.com/watch/V4LxCFtLzYY, http://www.playvid.com/watch/P64APCcmniy,
http://www.playvid.com/watch/hiGfO8JVedP, http://www.playvid.com/watch/plt-KxlvpRY, http://www.playvid.com/watch/e3rV7KhBg5R,
http://www.playvid.com/watch/FQWxMojcwVC, http://www.playvid.com/watch/DIvw1ZwcuAx, http://www.playvid.com/watch/aL09fc0-Xz7,
http://www.playvid.com/watch/vNYznsUezTi, http://www.playvid.com/watch/xbkXPRNSYhI, http://www.playvid.com/watch/TGGgyAs1dgI,
http://www.playvid.com/watch/ekn5lLcnOhj, http://www.playvid.com/watch/qGza-sTbjVK, http://www.playvid.com/watch/7laS8EI7VsN,
http://www.playvid.com/watch/tsnGSDxiPox, http://www.playvid.com/watch/EmfUS1VKrsw, http://www.playvid.com/watch/SFhdXUgs6po,
http://www.playvid.com/watch/shywupcImJT, http://www.playvid.com/watch/tjCxfPI1VYd, http://www.playvid.com/watch/RkooYsFt5HL,
http://www.playvid.com/watch/WDt-qykeaf2, http://www.playvid.com/watch/n_dd1-N9Nha, http://www.playvid.com/watch/Nnclg9pYVBx,
http://www.playvid.com/watch/R1h7OcXr538, http://www.playvid.com/watch/2ibmWh1hKlR, http://www.playvid.com/watch/Upkedwn8G_4,
http://www.playvid.com/watch/JhvyfgJOnbp, http://www.playvid.com/watch/Twae566HTiQ, http://www.playvid.com/watch/6mrZnE2n7tm,
http://www.playvid.com/watch/EYGQ5QAS2wE, http://www.playvid.com/watch/dr53hio2iuT, http://www.playvid.com/watch/EzQVGZCNhZX,
http://www.playvid.com/watch/UbJCVBlM690, http://www.playvid.com/watch/cLqjreyrlQ9, http://www.playvid.com/watch/Rb_lGZVnkmm,
http://www.playvid.com/watch/TFxodiJKhFn, http://www.playvid.com/watch/usGTQ65bWAO, http://www.playvid.com/watch/8ZngRoEHwdR,
http://www.playvid.com/watch/TgpPA42skyP, http://www.playvid.com/watch/Y36x2N6wemC, http://www.playvid.com/watch/sFYH8t4YdkF,
http://www.playvid.com/watch/iaYM1pl51qb, http://www.playvid.com/watch/T4KNjCu7cGt, http://www.playvid.com/watch/xX7NhqBZEaq,
http://www.playvid.com/watch/uJV9A5bGYCb, http://www.playvid.com/watch/5ui_jJ_aAxb, http://www.playvid.com/watch/tdYPK6AhYob,
http://www.playvid.com/watch/NEJddPOUqmv, http://www.playvid.com/watch/XxNwnNzlNtH, http://www.playvid.com/watch/mPiFhlve04E,
http://www.playvid.com/watch/V7-RqvrN_rr, http://www.playvid.com/watch/IiFfu7S6ps0, http://www.playvid.com/watch/7nNsAKpi1d5,
http://www.playvid.com/watch/jul5PUJMuJx, http://www.playvid.com/watch/l8SXGs78vKP, http://www.playvid.com/watch/3LBTzRCKUrY,
http://www.playvid.com/watch/6MWKfjZ72bo, http://www.playvid.com/watch/6XtwxX2mF-2, http://www.playvid.com/watch/VJU7pZipCUe,
http://www.playvid.com/watch/H5Wdrjis5QJ, http://www.playvid.com/watch/80kOf73PRvG, http://www.playvid.com/watch/aNUpjrIgoYa,
http://www.playvid.com/watch/mkFUapJAybc, http://www.playvid.com/watch/DC6HbYCDxMB, http://www.playvid.com/watch/mp7CN8-Vg3W,
http://www.playvid.com/watch/6nFlF7nQfeY, http://www.playvid.com/watch/YvKG-i8Ul30, http://www.playvid.com/watch/J3yQToTsoWl,
http://www.playvid.com/watch/NAUYSGGK4N3, http://www.playvid.com/watch/h8C8n5EBP4I, http://www.playvid.com/watch/yVjUEXZ9-Tk,
http://www.playvid.com/watch/UqclperAdDY, http://www.playvid.com/watch/MjPNCvUAD8M, http://www.playvid.com/watch/EL5BYq2ES4x,
http://www.playvid.com/watch/YWbFaVDF5_6, http://www.playvid.com/watch/IhSgUhxc_Be, http://www.playvid.com/watch/qOVI857sopp,
http://www.playvid.com/watch/9zefMluPbPA, http://www.playvid.com/watch/tbIRwp83dN6, http://www.playvid.com/watch/jOwc-yKL8BI,
http://www.playvid.com/watch/AbtU_DqoUfD, http://www.playvid.com/watch/Ldhu1QSQ5sV, http://www.playvid.com/watch/mtQqQKGtxq8,
http://www.playvid.com/watch/izuxwDAvqR6, http://www.playvid.com/watch/Y8jUickVKHl, http://www.playvid.com/watch/gwN-hm2iRmY,
http://www.playvid.com/watch/nQgpxNk_uFc, http://www.playvid.com/watch/91fkdRHapUf, http://www.playvid.com/watch/Pn3mpbSjgVX,
http://www.playvid.com/watch/eiT6jfAUP4x, http://www.playvid.com/watch/HvW4Icj8nuC, http://www.playvid.com/watch/tAQ5URpYQdF,
http://www.playvid.com/watch/hACKXBNCtfV, http://www.playvid.com/watch/w1QzPifVM3H, http://www.playvid.com/watch/gKT7M4U7vqI,
http://www.playvid.com/watch/Wxe2CBqHzwI, http://www.playvid.com/watch/Oj8IcqFdXNJ, http://www.playvid.com/watch/Fv9D5-jor7n,
http://www.playvid.com/watch/ZN0iyoOhEim, http://www.playvid.com/watch/nMhOgeaoGAs, http://www.playvid.com/watch/FanR82t6qvo,
http://www.playvid.com/watch/MwA_P652xQt, http://www.playvid.com/watch/t1FNZBID8CO, http://www.playvid.com/watch/4WPds4gkpit,
http://www.playvid.com/watch/yP51LM0483V, http://www.playvid.com/watch/tirfefq7rRe, http://www.playvid.com/watch/jc8D0MFNuiG,
http://www.playvid.com/watch/spJjpqLpdA2, http://www.playvid.com/watch/rhlFN8hmZfY, http://www.playvid.com/watch/ojOTyBffJp4,
http://www.playvid.com/watch/m9xrqtaPAli, http://www.playvid.com/watch/xkePEgBJxCE, http://www.playvid.com/watch/eoR2_BoL-MJ,
http://www.playvid.com/watch/mKiqzwLD4wJ, http://www.playvid.com/watch/malDEbox0qH, http://www.playvid.com/watch/AH8_8kum99J,
http://www.playvid.com/watch/43kwsla-jOI, http://www.playvid.com/watch/m1eJJJ5RRvU, http://www.playvid.com/watch/U6YZoxlAgmM,
http://www.playvid.com/watch/gKbKbgrM8If, http://www.playvid.com/watch/rj1Gn7qm688, http://www.playvid.com/watch/Fxd8f6CwgyD,
http://www.playvid.com/watch/cjyDy_ckzHF, http://www.playvid.com/watch/WthPybASGzI, http://www.playvid.com/watch/DbSbZHmSBHL,
http://www.playvid.com/watch/Ha2gMVdeHlS, http://www.playvid.com/watch/86RXKNNYleO, http://www.playvid.com/watch/Jivkzv5U67I,
http://www.playvid.com/watch/obbloT9lr8Z, http://www.playvid.com/watch/xAQdoiQG-vq, http://www.playvid.com/watch/vGoppV3XtcY,
http://www.playvid.com/watch/gC_f2jyGqLp, http://www.playvid.com/watch/tx7zfOTugdq, http://www.playvid.com/watch/xyngkoxxbHW,
http://www.playvid.com/watch/hyUi8MvEDg8, http://www.playvid.com/watch/Wlvfv1EeaaN, http://www.playvid.com/watch/qbHgkIvOIp0,
http://www.playvid.com/watch/2LHeIr7bdGV, http://www.playvid.com/watch/JEyaZtA5Dk7, http://www.playvid.com/watch/Dm-kVw1k93M,
http://www.playvid.com/watch/ERs4XGqGzo3, http://www.playvid.com/watch/3i7eEy-bC-g, http://www.playvid.com/watch/kg6FZtbcKAT,
http://www.playvid.com/watch/3Lt5SH5Ce1Q, http://www.playvid.com/watch/upXbdzt-ACI, http://www.playvid.com/watch/9E0DtrkZ_sV,
http://www.playvid.com/watch/u_WbNvTkgNw, http://www.playvid.com/watch/9KvGPqdBBPZ, http://www.playvid.com/watch/j3CVKe4sKb7,
http://www.playvid.com/watch/xv2ccmTeuuZ, http://www.playvid.com/watch/ETR2MxKa5DR, http://www.playvid.com/watch/Tam7NjjvGzU,
http://www.playvid.com/watch/8X-Dk__x4kQ, http://www.playvid.com/watch/lE_VLUj7V8o, http://www.playvid.com/watch/l6veVWvRJ7u,
http://www.playvid.com/watch/FoDyBjNi7wZ, http://www.playvid.com/watch/in2No8yVaLs, http://www.playvid.com/watch/l2UQeRUy5BP,
http://www.playvid.com/watch/uaXjYPWhXBy, http://www.playvid.com/watch/z9nVWbHY0gV, http://www.playvid.com/watch/cjIYFWg65BZ,
http://www.playvid.com/watch/teDoymGHbba, http://www.playvid.com/watch/m5e8NUMet5W, http://www.playvid.com/watch/I6YLqYlhQ-o,
http://www.playvid.com/watch/a3mC3ISuKgX, http://www.playvid.com/watch/a94hr6PFeRN, http://www.playvid.com/watch/F7iNahBDxUt,
http://www.playvid.com/watch/lfZvjBB6ZH5, http://www.playvid.com/watch/Up5KMtouyPr, http://www.playvid.com/watch/FKKS3fJxYYP,
http://www.playvid.com/watch/Js1h5RXF51l, http://www.playvid.com/watch/41GZggSBo3z, http://www.playvid.com/watch/iMjKoD0SfGN,
http://www.playvid.com/watch/7D2ez4YHwXs, http://www.playvid.com/watch/2v1wCxrBac2, http://www.playvid.com/watch/hSp5RX6P26B,
http://www.playvid.com/watch/qxwRjtpUqeZ, http://www.playvid.com/watch/DNnZ6krquh6, http://www.playvid.com/watch/2s178h4tF2s,
http://www.playvid.com/watch/gmZE1cjxhWB, http://www.playvid.com/watch/PCYJYGZz7QO, http://www.playvid.com/watch/V2LbPDkSrTP,
http://www.playvid.com/watch/swusqlElT05, http://www.playvid.com/watch/QNnzmr93Liv, http://www.playvid.com/watch/GEC2ZITM40e,
http://www.playvid.com/watch/3eSHNZ2XvOX, http://www.playvid.com/watch/hZsIHTMiX37, http://www.playvid.com/watch/Kd4QeeelmM4,
http://www.playvid.com/watch/Z-VFgVGhCN0, http://www.playvid.com/watch/ReVwiXkZKgU, http://www.playvid.com/watch/LoljkuCTNCp,

http://www.playvid.com/watch/pTC6_pg_PXs, http://www.playvid.com/watch/XQzai4Lj4Hi, http://www.playvid.com/watch/7HlMEPlv9kc,
http://www.playvid.com/watch/G-NyHyM5Jwf, http://www.playvid.com/watch/yWn01ZIVoPi, http://www.playvid.com/watch/qAbhAWCmFpH,
http://www.playvid.com/watch/fZJFTe8_XFi, http://www.playvid.com/watch/omcfiz4uWpS, http://www.playvid.com/watch/GhhIUcrIPow,
http://www.playvid.com/watch/Jr5Gx8bDE-N, http://www.playvid.com/watch/gfqb_cmvoAq, http://www.playvid.com/watch/BvZ4N_I08NB,
http://www.playvid.com/watch/hKoN-Ts4wEl, http://www.playvid.com/watch/HQXJMQueoCb, http://www.playvid.com/watch/3IASJs-QW_V,
http://www.playvid.com/watch/uNSrODvfARJ, http://www.playvid.com/watch/ecic3_n3feN, http://www.playvid.com/watch/bn9EdVQUrYT,
http://www.playvid.com/watch/qRng97YUsuC, http://www.playvid.com/watch/MCquWboGZcU, http://www.playvid.com/watch/Aljdsc9UHAp,
http://www.playvid.com/watch/n2WfAQRVd_T, http://www.playvid.com/watch/On6Um1Tpk03, http://www.playvid.com/watch/h2ZcJZEFVqL,
http://www.playvid.com/watch/27wEaC7DSsy, http://www.playvid.com/watch/8SImTV_7GXw, http://www.playvid.com/watch/Q9Shi5q5dis,
http://www.playvid.com/watch/MyQbJ2OyTGu, http://www.playvid.com/watch/2GagWHR55BO, http://www.playvid.com/watch/SHtJMCdEDNR,
http://www.playvid.com/watch/WUm75lkr14C, http://www.playvid.com/watch/kDD6Ku2GBUA, http://www.playvid.com/watch/pusgmoddlpY,
http://www.playvid.com/watch/wzY01V5-D5j, http://www.playvid.com/watch/x7s34NLbD06, http://www.playvid.com/watch/xhVEDNzviiy,
http://www.playvid.com/watch/QddzIt4486L, http://www.playvid.com/watch/bpuTJCvBdtW, http://www.playvid.com/watch/uDgXmBgMF7i,
http://www.playvid.com/watch/AUqTt3Ys4L9, http://www.playvid.com/watch/xhrMzWTfW7j, http://www.playvid.com/watch/u0MOZCkp3ja,
http://www.playvid.com/watch/Nh7FyoOxgfe, http://www.playvid.com/watch/E6vKL6VO7Fx, http://www.playvid.com/watch/bW892CPmkiW,
http://www.playvid.com/watch/dy0AK11gCiv, http://www.playvid.com/watch/PhbUE_h3FE4, http://www.playvid.com/watch/jmNNwyzH7xb,
http://www.playvid.com/watch/nzr90Rmb6Pa, http://www.playvid.com/watch/HE40y8Q8WTV, http://www.playvid.com/watch/NuCiJHR4TGH,
http://www.playvid.com/watch/zWvM8G8ZzY8, http://www.playvid.com/watch/ovQx9XqfsOD, http://www.playvid.com/watch/Kvfj-YaGJpl,
http://www.playvid.com/watch/UTPma3bbRkp, http://www.playvid.com/watch/APabDZFhluw, http://www.playvid.com/watch/PuzFoqiUtEj,
http://www.playvid.com/watch/gM8PLytu-6f, http://www.playvid.com/watch/ecuCiXSm0lO, http://www.playvid.com/watch/4r0Mkjm-ND5,
http://www.playvid.com/watch/n06jlmx0Fvq, http://www.playvid.com/watch/iRACuTzNPzV, http://www.playvid.com/watch/EneoBQyTWyB,
http://www.playvid.com/watch/PURBU-JGsEO, http://www.playvid.com/watch/lCLg20gaWZC, http://www.playvid.com/watch/xg-RZ-3M8KZ,
http://www.playvid.com/watch/671o62Gxsio, http://www.playvid.com/watch/mjByy9rIcdK, http://www.playvid.com/watch/a6ZRZgSE6jb,
http://www.playvid.com/watch/V8PTeMQKY5m, http://www.playvid.com/watch/pTMUsEzcN1K, http://www.playvid.com/watch/Dv-049Ssu-I,
http://www.playvid.com/watch/jHWQxgd7ZNS, http://www.playvid.com/watch/X0P8LhG2B7Q, http://www.playvid.com/watch/yxUkIK5-DyH,
http://www.playvid.com/watch/Dj-piLzHG5v, http://www.playvid.com/watch/9aisIA0NCre, http://www.playvid.com/watch/a_hdIC6TAwG,
http://www.playvid.com/watch/L69Pyv1Qyw8, http://www.playvid.com/watch/VRnenf_7lpu, http://www.playvid.com/watch/m-06UFlYDdl,
http://www.playvid.com/watch/ulnRVS3m5tE, http://www.playvid.com/watch/34hZTE-wPOP, http://www.playvid.com/watch/WmSOYmpg90V,
http://www.playvid.com/watch/X1Kl5ghbt5W, http://www.playvid.com/watch/2An2h3D4AYx, http://www.playvid.com/watch/EMt-VHnrXbO,
http://www.playvid.com/watch/xXBnK2u3f-T, http://www.playvid.com/watch/LoUcmCKRjo4, http://www.playvid.com/watch/WBFMgDH1-9H,
http://www.playvid.com/watch/Mshi5GW2L3D, http://www.playvid.com/watch/zgvWypDXZgN, http://www.playvid.com/watch/FFSHkyYW5NB,
http://www.playvid.com/watch/MJTgQTWiAKn, http://www.playvid.com/watch/DzTG-2aSHzI, http://www.playvid.com/watch/Su1jEkkpl3G,
http://www.playvid.com/watch/SrJP7HVTS4m, http://www.playvid.com/watch/t4YK2wsIwwL, http://www.playvid.com/watch/nDyMzQOVXE9,
http://www.playvid.com/watch/WuVaLGkBfwl, http://www.playvid.com/watch/g56zIuf2nOw, http://www.playvid.com/watch/ZGh1W7gcTrz,
http://www.playvid.com/watch/qFJmIxVQqlc, http://www.playvid.com/watch/0GiVN6Q1WQd, http://www.playvid.com/watch/Cy8TR5f9kN6,
http://www.playvid.com/watch/npOX4BPrdEF, http://www.playvid.com/watch/7g65N9QP9_W, http://www.playvid.com/watch/lY8Rk76YGgV,
http://www.playvid.com/watch/da6Td2u35Bb, http://www.playvid.com/watch/esfAzqWfNDi, http://www.playvid.com/watch/pYUQr7cv58Y,
http://www.playvid.com/watch/NGvlQtnd2_9, http://www.playvid.com/watch/yj5_0RntW7J, http://www.playvid.com/watch/08XTT5I2IRu,
http://www.playvid.com/watch/jwIOzdc5yu0, http://www.playvid.com/watch/XO2-zPHf9gH, http://www.playvid.com/watch/y92LuORkvsA,
http://www.playvid.com/watch/IOl4olqrASM, http://www.playvid.com/watch/KKL4dDVuXXi, http://www.playvid.com/watch/TSpyh593LV7,
http://www.playvid.com/watch/gaWyVn7OebX, http://www.playvid.com/watch/gUpda3sdeYE, http://www.playvid.com/watch/c4pNyhgpDcO,
http://www.playvid.com/watch/drKy-hNEkeZ, http://www.playvid.com/watch/qMqsEb6DNDm, http://www.playvid.com/watch/gyrT_jcBgQx,
http://www.playvid.com/watch/jGSqa9H2c4q, http://www.playvid.com/watch/Cb734vkWzOr, http://www.playvid.com/watch/Yd0BN-mKIze,
http://www.playvid.com/watch/QaRI4P86jpJ, http://www.playvid.com/watch/ppCAzvji_op, http://www.playvid.com/watch/rBrVFEZBi8G,
http://www.playvid.com/watch/dv4v45IPayP, http://www.playvid.com/watch/QZpudyU0KNU, http://www.playvid.com/watch/JoH2SGMwRMx,
http://www.playvid.com/watch/JP5-EmfchfO, http://www.playvid.com/watch/u0mfHwF5eie, http://www.playvid.com/watch/5ucLhPrsJKw,
http://www.playvid.com/watch/JEAyP7fsYJZ, http://www.playvid.com/watch/UqV-ZOP5NlQ, http://www.playvid.com/watch/rSDfBDWZRIu,
http://www.playvid.com/watch/dB0-kBDyDUf, http://www.playvid.com/watch/Fci1Drc8gN9, http://www.playvid.com/watch/zmcrolK7Xd9,
http://www.playvid.com/watch/fKYVBisIMbC, http://www.playvid.com/watch/HhCXEXiSicw, http://www.playvid.com/watch/llR2W57RJ8r,
http://www.playvid.com/watch/oYZvGBK1yfz, http://www.playvid.com/watch/9G9ox2-OLVF, http://www.playvid.com/watch/rzUqSUbvbuY,
http://www.playvid.com/watch/8EUJy4GkgqY, http://www.playvid.com/watch/YFeESxXl3vW, http://www.playvid.com/watch/vuWTGo9Ztia,
http://www.playvid.com/watch/qqkxwaPg1Al, http://www.playvid.com/watch/MghwkE4FD0v, http://www.playvid.com/watch/bgLQLa5ldYJ,
http://www.playvid.com/watch/VbGGKnRmXQP, http://www.playvid.com/watch/PJ3aplkYgYe, http://www.playvid.com/watch/GaRHsGm5YTY,
http://www.playvid.com/watch/7aAvEEErewr, http://www.playvid.com/watch/oVsubu0jLod, http://www.playvid.com/watch/s6Ga0kVyjCy,
http://www.playvid.com/watch/raL4KxJotVe, http://www.playvid.com/watch/yO2ZD-8_uY9, http://www.playvid.com/watch/L020w1N2H1c,
http://www.playvid.com/watch/nvvXkZmOUL0, http://www.playvid.com/watch/aM1T9iogb1f, http://www.playvid.com/watch/pWZZW4mwyXB,
http://www.playvid.com/watch/QxfDeBXXljo, http://www.playvid.com/watch/JANNni9km08, http://www.playvid.com/watch/g9sDSQ_lGSk,
http://www.playvid.com/watch/4MkF-gHgv0A, http://www.playvid.com/watch/ysJmBL6Hiwv, http://www.playvid.com/watch/9Zj2zD-kibE,
http://www.playvid.com/watch/ei1fVY6y0qH, http://www.playvid.com/watch/KKnQJxsSvN5, http://www.playvid.com/watch/lJPo4TXphDM,
http://www.playvid.com/watch/6vhAz2xpzjW, http://www.playvid.com/watch/Auid_T7Iscw, http://www.playvid.com/watch/oZk59KbexcV,
http://www.playvid.com/watch/ra2UsG8pTgy, http://www.playvid.com/watch/KNOQAL0Aex4, http://www.playvid.com/watch/w6yIDUETI-8,
http://www.playvid.com/watch/NVW-zwToOxU, http://www.playvid.com/watch/QcIVkh_v_jo, http://www.playvid.com/watch/KgtPlPpyvWo,
http://www.playvid.com/watch/uRhYeYs_wVj, http://www.playvid.com/watch/jwHHCCNotdA, http://www.playvid.com/watch/WZR71ieHQpT,
http://www.playvid.com/watch/Q2XeZBBLJGE, http://www.playvid.com/watch/AcX6BV6eW-y, http://www.playvid.com/watch/tuGUK-ngPYR,
http://www.playvid.com/watch/jn1lnJLoG6K, http://www.playvid.com/watch/BFHG5zVMPsC, http://www.playvid.com/watch/HqONazB9Gp3,
http://www.playvid.com/watch/f8-NQTXdRFh, http://www.playvid.com/watch/qUQHbQWfwaI, http://www.playvid.com/watch/eyAyv12it65,
http://www.playvid.com/watch/pFg-iNNzUYV, http://www.playvid.com/watch/0I206Vupd2M, http://www.playvid.com/watch/IRV7ihukvyW,
http://www.playvid.com/watch/xxJgH-XNuAV, http://www.playvid.com/watch/0yL4UT22xVU, http://www.playvid.com/watch/h-_hd0n0aMG,
http://www.playvid.com/watch/5iHNkl3W3mx, http://www.playvid.com/watch/RM_tEwF2z2Z, http://www.playvid.com/watch/uTVa0XFH8u6,
http://www.playvid.com/watch/AXh2i67QCZF, http://www.playvid.com/watch/2uwAmtYZfyn, http://www.playvid.com/watch/QAPFnKDCHVZ,
http://www.playvid.com/watch/Eu-uLkdDDGb, http://www.playvid.com/watch/a8wJRdNPUxN, http://www.playvid.com/watch/gwznz5rPc3b,
http://www.playvid.com/watch/3CmR9bmo6r5, http://www.playvid.com/watch/os-_prywrbf, http://www.playvid.com/watch/bpKliXnTT7B,
http://www.playvid.com/watch/TWW8GqmiHx6, http://www.playvid.com/watch/fwllWn0SVp4, http://www.playvid.com/watch/2lU3VePGEI8,
http://www.playvid.com/watch/Mx8j6McLHAo, http://www.playvid.com/watch/BfNafJskE7d, http://www.playvid.com/watch/R8GR8JeBzHL,
http://www.playvid.com/watch/Ajli3nAefhH, http://www.playvid.com/watch/HTUx8iMG8Pd, http://www.playvid.com/watch/LCZRxD_1k0c,
http://www.playvid.com/watch/U3CjGmIJOCl, http://www.playvid.com/watch/UKsETnEai6V, http://www.playvid.com/watch/vo1yOwCE_3i,
http://www.playvid.com/watch/BQZjv20bTqf, http://www.playvid.com/watch/n3BFhjc-Gow, http://www.playvid.com/watch/M7hIiRGQaKm,
http://www.playvid.com/watch/m2CG7tOMcXY, http://www.playvid.com/watch/OiK1U1NbghM, http://www.playvid.com/watch/AEpN2edl0a8,
http://www.playvid.com/watch/nH6j-G1rPK9, http://www.playvid.com/watch/feLhSO--elt, http://www.playvid.com/watch/u7xjXq2HhbR,
http://www.playvid.com/watch/DiIZToTg29r, http://www.playvid.com/watch/9AvYcMoK7oj, http://www.playvid.com/watch/Ba67aYRcnrJ,
http://www.playvid.com/watch/6Ux9x2ri1rH, http://www.playvid.com/watch/QB_FIK-XnwR, http://www.playvid.com/watch/U0JHatLZNge,
http://www.playvid.com/watch/BuvwS2NBoV9, http://www.playvid.com/watch/NOwQzn7Tq0u, http://www.playvid.com/watch/P9jYZsDTDfw,
http://www.playvid.com/watch/byAig7AgJg5, http://www.playvid.com/watch/uLfc83b81DK, http://www.playvid.com/watch/ZeutnpLy55m,
http://www.playvid.com/watch/zY6jxn2ynm5, http://www.playvid.com/watch/7Uv8HHVxduI, http://www.playvid.com/watch/bKhCC5FW9D2,
http://www.playvid.com/watch/loB9bwdpBU4, http://www.playvid.com/watch/7WZOIOveR-k, http://www.playvid.com/watch/57eFiwAlnN5,
http://www.playvid.com/watch/cymiqdXJ6FI, http://www.playvid.com/watch/3721ZREwC1B, http://www.playvid.com/watch/YlioODf4Upx,
http://www.playvid.com/watch/tIrbs5tAqcL, http://www.playvid.com/watch/ABmhtMbxX04, http://www.playvid.com/watch/VP3l3M2mgNs,
http://www.playvid.com/watch/QZZnp7DcTan, http://www.playvid.com/watch/ugBPdPeFjXN, http://www.playvid.com/watch/nzrdGUfGqRM,
http://www.playvid.com/watch/0ImFVjoUtUW, http://www.playvid.com/watch/TrNs3XHFU5X, http://www.playvid.com/watch/7aQUqyjFP6l,
http://www.playvid.com/watch/AcpDXXEGgRY, http://www.playvid.com/watch/Q3kUkvZs8KW, http://www.playvid.com/watch/FnsEXDmkGlz,
http://www.playvid.com/watch/YQy8OBWdlL3, http://www.playvid.com/watch/2jKtI5MRioQ, http://www.playvid.com/watch/lNcfXtSMXCj,
http://www.playvid.com/watch/hn3T7Y1jDnJ, http://www.playvid.com/watch/EkmqmT1avFJ, http://www.playvid.com/watch/wfN19Lz3o6T,
http://www.playvid.com/watch/tkkDJP0TzF7, http://www.playvid.com/watch/aEvpEpDL3cs, http://www.playvid.com/watch/4fjFzKxlBq3,
http://www.playvid.com/watch/M8nIWtrzuVl, http://www.playvid.com/watch/CMtWTlTKW6V, http://www.playvid.com/watch/91cKgWTwKCP,
http://www.playvid.com/watch/Sm8oWi06eSI, http://www.playvid.com/watch/u5XYMPO3J0s, http://www.playvid.com/watch/mUOoPaNdWqD,
http://www.playvid.com/watch/59GZn_sjO7j, http://www.playvid.com/watch/DsNqIiIkFKV, http://www.playvid.com/watch/L2tTWXrx0ni,

http://www.playvid.com/watch/x_bjWFbMixU, http://www.playvid.com/watch/HvN7yBtIz1L, http://www.playvid.com/watch/GG4ARgVf5Ak,
http://www.playvid.com/watch/wsv0-h8ou6P, http://www.playvid.com/watch/wOInHm5gaXG, http://www.playvid.com/watch/sBZEdOqZJ-s,
http://www.playvid.com/watch/hrETTGqYoav, http://www.playvid.com/watch/IsThfo34qUL, http://www.playvid.com/watch/AvLOnaVw7Sy,
http://www.playvid.com/watch/JnQUGu3ZWPC, http://www.playvid.com/watch/r8-8uf-MNtu, http://www.playvid.com/watch/2_PYTVzdmtD,
http://www.playvid.com/watch/C9RR1962ulT, http://www.playvid.com/watch/JwRkjdUwmVY, http://www.playvid.com/watch/Wyc8_J6SWnV,
http://www.playvid.com/watch/ELXkxIzGcgN, http://www.playvid.com/watch/7FpUBZa6AwQ, http://www.playvid.com/watch/lKccYNmU4wO,
http://www.playvid.com/watch/uDv6jZu0GtN, http://www.playvid.com/watch/Qtwku4riSnA, http://www.playvid.com/watch/AKVbmV9W0pR,
http://www.playvid.com/watch/t2hQ1v_d9mw, http://www.playvid.com/watch/I6D2LgKwf8Z, http://www.playvid.com/watch/tzKHx5ga0mw,
http://www.playvid.com/watch/XcMO42sOFfw, http://www.playvid.com/watch/ZEdUIePMFgs, http://www.playvid.com/watch/K38mfOP_g4i,
http://www.playvid.com/watch/ZZG6NLVzcww, http://www.playvid.com/watch/bWSfaCzKvB2, http://www.playvid.com/watch/StkM-nKYxHD,
http://www.playvid.com/watch/Mrd9UmwH-8a, http://www.playvid.com/watch/p7yUwOC675n, http://www.playvid.com/watch/rbu_FAsqmhV,
http://www.playvid.com/watch/xdWPPEwzTnL, http://www.playvid.com/watch/ljsEhzg9opd, http://www.playvid.com/watch/6ZEG9WZ_aiN,
http://www.playvid.com/watch/zWo7xFN_JFg, http://www.playvid.com/watch/6medxmIelH9, http://www.playvid.com/watch/qooNJBLKMoe,
http://www.playvid.com/watch/cV1IOjdGkSQ, http://www.playvid.com/watch/EErqi_ygffb, http://www.playvid.com/watch/gs5EssoBAA2,
http://www.playvid.com/watch/MM22AelAcgG, http://www.playvid.com/watch/w-UTn5O1j9c, http://www.playvid.com/watch/QEXjytsO2nH,
http://www.playvid.com/watch/Z4IBlCZUozV, http://www.playvid.com/watch/3EfwXtiCpr8, http://www.playvid.com/watch/dzfBmsEG8Ea,
http://www.playvid.com/watch/jROcXOTyDT7, http://www.playvid.com/watch/uVlSQI5t5g5, http://www.playvid.com/watch/XDd2ynBJ3F6,
http://www.playvid.com/watch/d44O4P39y-B, http://www.playvid.com/watch/riiokxl_TgR, http://www.playvid.com/watch/JyplAQB22WX,
http://www.playvid.com/watch/0-Pa_0S5g0s, http://www.playvid.com/watch/NGak94RS3ov, http://www.playvid.com/watch/plQgyOL5Pvi,
http://www.playvid.com/watch/yg8xP7IV-Wj, http://www.playvid.com/watch/SZ23UQzPavd, http://www.playvid.com/watch/vVYi8G0VXQT,
http://www.playvid.com/watch/ffr_9nvTc0m, http://www.playvid.com/watch/Cq2s7qTrnlG, http://www.playvid.com/watch/EWEnvR7fZ08,
http://www.playvid.com/watch/6-R7P1yIAzU, http://www.playvid.com/watch/KlLzG62rvFO, http://www.playvid.com/watch/FbjSW88egdx,
http://www.playvid.com/watch/vVF49dDJF1q, http://www.playvid.com/watch/ZWVLYNecAYK, http://www.playvid.com/watch/9uxpmQ3LLnu,
http://www.playvid.com/watch/mL3UeF0Ta1j, http://www.playvid.com/watch/T5AUi9VVx0y, http://www.playvid.com/watch/6cTyxibkSAJ,
http://www.playvid.com/watch/wRb3LfEcGUG, http://www.playvid.com/watch/JZmNecvH_5M, http://www.playvid.com/watch/HaoEtCKpvO7,
http://www.playvid.com/watch/9RaQ7VcjIf8, http://www.playvid.com/watch/fp2shHVkbiE, http://www.playvid.com/watch/KNOOWVOImbf,
http://www.playvid.com/watch/3dqT0HxJBYf, http://www.playvid.com/watch/H9TUJbtxxFT, http://www.playvid.com/watch/j6c171oby_A,
http://www.playvid.com/watch/K4m3qgMI-on, http://www.playvid.com/watch/ZNyR9mvOlnG, http://www.playvid.com/watch/K21Vvld-H4n,
http://www.playvid.com/watch/tluQed2NGLR, http://www.playvid.com/watch/7u3OBIMzp4D, http://www.playvid.com/watch/g7fxKdEHVKL,
http://www.playvid.com/watch/hkp1nw2693A, http://www.playvid.com/watch/uVrvDHgDiw9, http://www.playvid.com/watch/xELoakgCnaI,
http://www.playvid.com/watch/35YgBHhU_-W, http://www.playvid.com/watch/YRFd7-rOGvQ, http://www.playvid.com/watch/vlaaxnTXfFt,
http://www.playvid.com/watch/VHgZqwH-Hmm, http://www.playvid.com/watch/2fAQKK8i007, http://www.playvid.com/watch/kVotAOdOw9V,
http://www.playvid.com/watch/iYKUdPEXpxB, http://www.playvid.com/watch/6IUzNyLwCRM, http://www.playvid.com/watch/61cpYJDsSTi,
http://www.playvid.com/watch/J_MqyFodBzY, http://www.playvid.com/watch/AdPJVPTU354, http://www.playvid.com/watch/OjM_wyt6KKS,
http://www.playvid.com/watch/xK88bkH2K5T, http://www.playvid.com/watch/bdXAqP3os-S, http://www.playvid.com/watch/99EY_8wM_-3,
http://www.playvid.com/watch/P-xw__JJCcM, http://www.playvid.com/watch/pNLif-RiTWc, http://www.playvid.com/watch/cD80snpL09T,
http://www.playvid.com/watch/GwJjQ7ektt0, http://www.playvid.com/watch/wFCHdAe7F98, http://www.playvid.com/watch/LxgGCQ0misC,
http://www.playvid.com/watch/OwWsIxvHrD8, http://www.playvid.com/watch/iQobAPM1ovf, http://www.playvid.com/watch/OeVcbm2vOQB,
http://www.playvid.com/watch/YF_sOAtyoVs, http://www.playvid.com/watch/aYS7Czn-q-X, http://www.playvid.com/watch/xXAkdn8To5y,
http://www.playvid.com/watch/GTNHkSfE7uh, http://www.playvid.com/watch/xbTlsdU5dvf, http://www.playvid.com/watch/q-wCM9b9aD9,
http://www.playvid.com/watch/fknHNaOiHmD, http://www.playvid.com/watch/p9E1aePWRBY, http://www.playvid.com/watch/iqb8yhAfiLl,
http://www.playvid.com/watch/djFjX5IDfkg, http://www.playvid.com/watch/3fmDP8nEKkp, http://www.playvid.com/watch/23rHGrdBnqq,
http://www.playvid.com/watch/QM6MURk43ip, http://www.playvid.com/watch/L32mcF6x08O, http://www.playvid.com/watch/nFrJFW_8yMj,
http://www.playvid.com/watch/XGgqv_pKbOA, http://www.playvid.com/watch/W2bOydum3ta, http://www.playvid.com/watch/JaHw_sdYw7N,
http://www.playvid.com/watch/ooQowL8Nqud, http://www.playvid.com/watch/aiHdr_Qc4FE, http://www.playvid.com/watch/Rf8JplUzWD8,
http://www.playvid.com/watch/bLHeBoLDCg3, http://www.playvid.com/watch/KjoPsTK7qRe, http://www.playvid.com/watch/K6LcirLeLsJ,
http://www.playvid.com/watch/o5KJg7SC3jh, http://www.playvid.com/watch/GtL_S0C4jad, http://www.playvid.com/watch/GTC9VaZjU2C,
http://www.playvid.com/watch/J_ZgD_g2ojv, http://www.playvid.com/watch/j3qzPa84_3N, http://www.playvid.com/watch/0LmkrTNISH2,
http://www.playvid.com/watch/6zQBv84B47W, http://www.playvid.com/watch/tRON4gEVBQe, http://www.playvid.com/watch/72BZUJ4sSOM,
http://www.playvid.com/watch/4xEREJyt809, http://www.playvid.com/watch/k2pTDNmgwjX, http://www.playvid.com/watch/H3v_dwGkCpe,
http://www.playvid.com/watch/y_SHxSESExO, http://www.playvid.com/watch/vIGdNBOEeV6, http://www.playvid.com/watch/Rb5GA7clW9N,
http://www.playvid.com/watch/E0EL2gLIhqD, http://www.playvid.com/watch/nXQxtb7qH7M, http://www.playvid.com/watch/lahRusHU9fk,
http://www.playvid.com/watch/WDacNomw6gu, http://www.playvid.com/watch/mObeiepCKUM, http://www.playvid.com/watch/Zrq3TJg-ib5,
http://www.playvid.com/watch/qodXDihzpoN, http://www.playvid.com/watch/bUYsoQzoRVo, http://www.playvid.com/watch/w-Dsxg4Xpwk,
http://www.playvid.com/watch/5dA1etFcoMg, http://www.playvid.com/watch/Ly97czvrjsj, http://www.playvid.com/watch/N8Zwa_EK88H,
http://www.playvid.com/watch/evgBC_PIsKm, http://www.playvid.com/watch/v7cbxjl2oo9, http://www.playvid.com/watch/LUlv7vW5M73,
http://www.playvid.com/watch/89sgOxxoHNu, http://www.playvid.com/watch/hdsDvbhGMjj, http://www.playvid.com/watch/s7d38mCrt5z,
http://www.playvid.com/watch/aKCmxaXkf7d, http://www.playvid.com/watch/HKmrXQW2CrD, http://www.playvid.com/watch/Stz_-WfwTYF,
http://www.playvid.com/watch/ud3CWVNDQ7R, http://www.playvid.com/watch/z_IHerYz22H, http://www.playvid.com/watch/UZCG222kHho,
http://www.playvid.com/watch/qXwuZqWXHLT, http://www.playvid.com/watch/WJYnF9lyK9S, http://www.playvid.com/watch/Ubo6fBPuCok,
http://www.playvid.com/watch/ihK-ozJ2FRR, http://www.playvid.com/watch/Z9sCDuA0wPx, http://www.playvid.com/watch/OZAJ-sg-SCb,
http://www.playvid.com/watch/oenikIYzjEH, http://www.playvid.com/watch/d4DgkaalGen, http://www.playvid.com/watch/ApncD5NmuvL,
http://www.playvid.com/watch/JG3JQOX6X3a, http://www.playvid.com/watch/IquaIbICC4K, http://www.playvid.com/watch/ePd4p9xqoqN,
http://www.playvid.com/watch/joibcU4D-wd, http://www.playvid.com/watch/a2buaX9yd_t, http://www.playvid.com/watch/vIeeQkFaIuK,
http://www.playvid.com/watch/zFAEJoTaj10, http://www.playvid.com/watch/bb-8dtpdyPF, http://www.playvid.com/watch/VmQzKCR1Wa6,
http://www.playvid.com/watch/7Qamo2P6Wjj, http://www.playvid.com/watch/lZzXQZuU8Ct, http://www.playvid.com/watch/elPXURuSa-e,
http://www.playvid.com/watch/S8Llex_toXl, http://www.playvid.com/watch/gECzplLaNMO, http://www.playvid.com/watch/Cv3lJa6mzxg,
http://www.playvid.com/watch/UR0ot9NSWVc, http://www.playvid.com/watch/3MQSeepWmPp, http://www.playvid.com/watch/2CIoPfepBNY,
http://www.playvid.com/watch/HTZwy_5eAAU, http://www.playvid.com/watch/fRzOlY6X14v, http://www.playvid.com/watch/cHoG7ukCmsJ,
http://www.playvid.com/watch/YTjlrtd_t2a, http://www.playvid.com/watch/wKCUE2IjBGG, http://www.playvid.com/watch/kUzZIQtyDrZ,
http://www.playvid.com/watch/XC_JtZHDdGo, http://www.playvid.com/watch/OIVGsLDmG0V, http://www.playvid.com/watch/RmPjXzru3UC,
http://www.playvid.com/watch/hv9CsqLLoHV, http://www.playvid.com/watch/4obHVG8-neY, http://www.playvid.com/watch/bBk8UMF7j2i,
http://www.playvid.com/watch/RexyBxZ4wQQ, http://www.playvid.com/watch/sszgL2a2b22, http://www.playvid.com/watch/uHv-naq4aIR,
http://www.playvid.com/watch/Y4mJKbtvg2R, http://www.playvid.com/watch/aNZoeqsT1Ur, http://www.playvid.com/watch/BsGjLKV7z6s,
http://www.playvid.com/watch/AklEnGle3wC, http://www.playvid.com/watch/8ZMVXYsFR9g, http://www.playvid.com/watch/N4bClWDfV4Z,
http://www.playvid.com/watch/R9-4b6_Qxyw, http://www.playvid.com/watch/HTztfnzNpms, http://www.playvid.com/watch/OGIgPDTahaF,
http://www.playvid.com/watch/LdD6SaNaJwB, http://www.playvid.com/watch/RA52a51fPjH, http://www.playvid.com/watch/kn8j1EHbzwW,
http://www.playvid.com/watch/sS8Mdy8Jqeq, http://www.playvid.com/watch/V8Dx2yMdtNf, http://www.playvid.com/watch/scyuOx_9mFH,
http://www.playvid.com/watch/VOpcIwsJqdN, http://www.playvid.com/watch/pO2mY9hppVl, http://www.playvid.com/watch/RGjIsZaemiD,
http://www.playvid.com/watch/gMORecVDhgK, http://www.playvid.com/watch/YReTXATD0o9, http://www.playvid.com/watch/7s2TUevBMgX,
http://www.playvid.com/watch/BNDuqkC7WlT, http://www.playvid.com/watch/C7e1h2ZAp7F, http://www.playvid.com/watch/A070rksBee0,
http://www.playvid.com/watch/EKG4PZj0mjt, http://www.playvid.com/watch/auR9_zZZ7uD, http://www.playvid.com/watch/HhWaOv04wyw,
http://www.playvid.com/watch/Jz2IIByN5fL, http://www.playvid.com/watch/F2fnU7yw_BY, http://www.playvid.com/watch/Hu4BzL9pgZd,
http://www.playvid.com/watch/FKXCIv_iMtr, http://www.playvid.com/watch/a7CaNEwnGXx, http://www.playvid.com/watch/8o0Q5dPDBCv,
http://www.playvid.com/watch/I8HB8vf2k1I, http://www.playvid.com/watch/D4BPvB2Qn1q, http://www.playvid.com/watch/jnkAiTz1nHC,
http://www.playvid.com/watch/s7OlJ-KNhig, http://www.playvid.com/watch/j9n35ouKnvn, http://www.playvid.com/watch/Tm9r9zOuR0N,
http://www.playvid.com/watch/AhO0UWGcWZ6, http://www.playvid.com/watch/dfLME5DjpZG, http://www.playvid.com/watch/B2xpJ-oLImC,
http://www.playvid.com/watch/P27d7Kwr-Sp, http://www.playvid.com/watch/ok5-zBQtEU3, http://www.playvid.com/watch/2Pc7n_gTfZl,
http://www.playvid.com/watch/ei4A5WCh9OO, http://www.playvid.com/watch/nucEnryMxYh, http://www.playvid.com/watch/L3-gpW3LarE,
http://www.playvid.com/watch/UEw0hImxC_x, http://www.playvid.com/watch/gu82y6EkT-d, http://www.playvid.com/watch/g4aDBq7mFbI,
http://www.playvid.com/watch/4Vye7aKUtt3, http://www.playvid.com/watch/JlXcW0_2Bfy, http://www.playvid.com/watch/YfcTB2zMzID,
http://www.playvid.com/watch/MuyuamsJByr, http://www.playvid.com/watch/nhlSU6PdSMw, http://www.playvid.com/watch/MufccV8o9OD,
http://www.playvid.com/watch/rqtjBJpo2ZB, http://www.playvid.com/watch/FSfmVsrC_EQ, http://www.playvid.com/watch/hKZEjeiYJeJ,
http://www.playvid.com/watch/rp8OkEMskWd, http://www.playvid.com/watch/jF5tLudoaQE, http://www.playvid.com/watch/qlYNTw8f5-b,
http://www.playvid.com/watch/tw-RCFGn2He, http://www.playvid.com/watch/WCgE515uJ9u, http://www.playvid.com/watch/bfyFWwruIS4,
http://www.playvid.com/watch/JeY_1kdsZDY, http://www.playvid.com/watch/E1ptrqrb_ue, http://www.playvid.com/watch/B6EaLu46Bez,

http://www.playvid.com/watch/bWeeUUB7oNr, http://www.playvid.com/watch/MWd5FcfL2Zz, http://www.playvid.com/watch/wXeKKnUGvpt,
http://www.playvid.com/watch/NR52iTczKNH, http://www.playvid.com/watch/VWVvxl9J6wR, http://www.playvid.com/watch/znlU8YQt9Kf,
http://www.playvid.com/watch/VQc0Za-3h4n, http://www.playvid.com/watch/cxC4o69QWDy, http://www.playvid.com/watch/HeNnp-1xTfM,
http://www.playvid.com/watch/SQikOUUjSxd, http://www.playvid.com/watch/5q4xv2CK58v, http://www.playvid.com/watch/RyKRR-YGfW4,
http://www.playvid.com/watch/Aks2DawYM_0, http://www.playvid.com/watch/lp91bMI886i, http://www.playvid.com/watch/cHS172QJ7P4,
http://www.playvid.com/watch/L54GzJ9dz7a, http://www.playvid.com/watch/WbinCYZqmOX, http://www.playvid.com/watch/KCsqWpb7Dxd,
http://www.playvid.com/watch/CCVKyHEHCev, http://www.playvid.com/watch/a_TjNrpdvcB, http://www.playvid.com/watch/XpBcTU3gGQ9,
http://www.playvid.com/watch/Bx-Hq3njSRc, http://www.playvid.com/watch/A9eonTU2hQ8, http://www.playvid.com/watch/Ihj1o7tQVZb,
http://www.playvid.com/watch/DJAG9PWdAJl, http://www.playvid.com/watch/pIJ0aFfDeDN, http://www.playvid.com/watch/RhACewqCG9Z,
http://www.playvid.com/watch/ZKoVRALduLO, http://www.playvid.com/watch/4Wb48VJqNcv, http://www.playvid.com/watch/uiUwqNNRIWu,
http://www.playvid.com/watch/gilJHreR1K4, http://www.playvid.com/watch/v9FdqxmEhqy, http://www.playvid.com/watch/mJdMSNi-WsL,
http://www.playvid.com/watch/sJcDqLWSmic, http://www.playvid.com/watch/mlECEABUfDM, http://www.playvid.com/watch/OEGov3bBbqr,
http://www.playvid.com/watch/9ThZbv6H55K, http://www.playvid.com/watch/LLTq-NmhsNM, http://www.playvid.com/watch/kYLe0n-ZHzW,
http://www.playvid.com/watch/pqSKgmz-PFg, http://www.playvid.com/watch/HCi9YYZFiZZ, http://www.playvid.com/watch/FbIufd9yC7k,
http://www.playvid.com/watch/RITwqJl-w5v, http://www.playvid.com/watch/LYfL8xYFRYx, http://www.playvid.com/watch/mNO61dA6uae,
http://www.playvid.com/watch/fBRZjBse6OP, http://www.playvid.com/watch/50x08ZFvjHS, http://www.playvid.com/watch/BoXeUpzOHFr,
http://www.playvid.com/watch/fzlkvIYrxZw, http://www.playvid.com/watch/c7S6rKCFP8P, http://www.playvid.com/watch/jjeMyr4mOtF,
http://www.playvid.com/watch/AzsJwn0l_J9, http://www.playvid.com/watch/udpbXndhsnE, http://www.playvid.com/watch/53cNRz7-aMg,
http://www.playvid.com/watch/8EA0AE3p-S7, http://www.playvid.com/watch/q16e6VEAdbm, http://www.playvid.com/watch/OZpNrVrCO_3,
http://www.playvid.com/watch/oF0FULQwvI0, http://www.playvid.com/watch/ngjQn0LhYTy, http://www.playvid.com/watch/0pEqhzRA2VT,
http://www.playvid.com/watch/Z9y5SHQm1S7, http://www.playvid.com/watch/jBRACfrWTJA, http://www.playvid.com/watch/My7W4wLmVtU,
http://www.playvid.com/watch/WTg9318OdNh, http://www.playvid.com/watch/Rq-4nbNXpHj, http://www.playvid.com/watch/cm-gQEJA7bJ,
http://www.playvid.com/watch/Qh2PWLJQTyY, http://www.playvid.com/watch/K1l1emzDIEa, http://www.playvid.com/watch/J_iIShx3Ett,
http://www.playvid.com/watch/cG983V2gohl, http://www.playvid.com/watch/WQGjllBLIQN, http://www.playvid.com/watch/Qzt2Xl7zTdI,
http://www.playvid.com/watch/UyicHfRk-5M, http://www.playvid.com/watch/X8vEFFlSNBI, http://www.playvid.com/watch/CuZvbjEh4O7,
http://www.playvid.com/watch/D8oefHFtFkM, http://www.playvid.com/watch/AmjxYCKwE6w, http://www.playvid.com/watch/UuRrUY4JhxG,
http://www.playvid.com/watch/Lj9122tbsZO, http://www.playvid.com/watch/XGMXRqtwsUM, http://www.playvid.com/watch/A4nQ4WpQkhv,
http://www.playvid.com/watch/87LO80evQ6e, http://www.playvid.com/watch/3RaZoe8W7r4, http://www.playvid.com/watch/tRhfttPW2Mm,
http://www.playvid.com/watch/dk6u2tEaGYD, http://www.playvid.com/watch/57DnOah3fQw, http://www.playvid.com/watch/K4DtY87U3aL,
http://www.playvid.com/watch/vszR6w2K_rf, http://www.playvid.com/watch/w19_3Fb_kEA, http://www.playvid.com/watch/dNbfSwn4TGP,
http://www.playvid.com/watch/c8MIumNrxfn, http://www.playvid.com/watch/cEObsOh2-M0, http://www.playvid.com/watch/B4ohegMqmqD,
http://www.playvid.com/watch/fAPSEPDvqA3, http://www.playvid.com/watch/YoevOcBYWBo, http://www.playvid.com/watch/Wojj5LbyprL,
http://www.playvid.com/watch/zsl2ZhUdOZl, http://www.playvid.com/watch/tb-tTicsr1H, http://www.playvid.com/watch/Y_0yph5xe-R,
http://www.playvid.com/watch/ri5WV9foTr7, http://www.playvid.com/watch/War7ARChk9j, http://www.playvid.com/watch/xx5lU3FP11C,
http://www.playvid.com/watch/xPgTAuWPi2J, http://www.playvid.com/watch/ch593dMDqzQ, http://www.playvid.com/watch/D7X9WA5G-zq,
http://www.playvid.com/watch/W_E4SghOobz, http://www.playvid.com/watch/MquEnRMMVXN, http://www.playvid.com/watch/ri82KnZ5CFz,
http://www.playvid.com/watch/5aiQYKER5hE, http://www.playvid.com/watch/uNUDh3CBlq4, http://www.playvid.com/watch/iEHg_RSUoQh,
http://www.playvid.com/watch/ubPWFBXL6I3, http://www.playvid.com/watch/ocIc0iHuRHE, http://www.playvid.com/watch/dw79cQQtRny,
http://www.playvid.com/watch/bjqsUZ4HDHr, http://www.playvid.com/watch/xXVVpNkvOpf, http://www.playvid.com/watch/RxYkz0Bvn52,
http://www.playvid.com/watch/gVMlKRj0Vai, http://www.playvid.com/watch/5r_b2DqS012, http://www.playvid.com/watch/wfh4y0nQ5kp,
http://www.playvid.com/watch/q9LMEwVVtbA, http://www.playvid.com/watch/duOPreBP_Gw, http://www.playvid.com/watch/uZ4EDEP3GSj,
http://www.playvid.com/watch/6i3FvCmTUXQ, http://www.playvid.com/watch/tc7yHnJH3O6, http://www.playvid.com/watch/rFGVwC8bNnA,
http://www.playvid.com/watch/NgPf4PzDTQI, http://www.playvid.com/watch/lTYzfgZlDNS, http://www.playvid.com/watch/anZVU9mmdTp,
http://www.playvid.com/watch/QAl7SnOBFQB, http://www.playvid.com/watch/KvkcwrT3m7M, http://www.playvid.com/watch/lRik9kkntJZ,
http://www.playvid.com/watch/pxJKpGVGXZ4, http://www.playvid.com/watch/nrypnXY3kXe, http://www.playvid.com/watch/tlEa4ofS5oT,
http://www.playvid.com/watch/yKIF2A3o6ih, http://www.playvid.com/watch/B8tkwPgfkxE, http://www.playvid.com/watch/2DyEXfR29Vv,
http://www.playvid.com/watch/lz0ob1oRgaB, http://www.playvid.com/watch/fUE4eDvt0vJ, http://www.playvid.com/watch/jgkydSx5Tht,
http://www.playvid.com/watch/npiM47sSnEP, http://www.playvid.com/watch/jt-QLqdWJRH, http://www.playvid.com/watch/VDj0-qui84Q,
http://www.playvid.com/watch/vNHIARdB56L, http://www.playvid.com/watch/NJqTeY3QmBt, http://www.playvid.com/watch/iPV9SR6uZGW,
http://www.playvid.com/watch/qkn1Dgi8M5A, http://www.playvid.com/watch/O6jplEN0IVk, http://www.playvid.com/watch/mGki0BfVmV0,
http://www.playvid.com/watch/qQp2G5mu76p, http://www.playvid.com/watch/fPjHOUj7-WU, http://www.playvid.com/watch/IQssAqFEM-E,
http://www.playvid.com/watch/28aPJGUDtmL, http://www.playvid.com/watch/NikyMf_yAbE, http://www.playvid.com/watch/my9PV8lF7ng,
http://www.playvid.com/watch/cnPhOLMRwtq, http://www.playvid.com/watch/e2nostx2dHy, http://www.playvid.com/watch/wxtetP44Ztg,
http://www.playvid.com/watch/4DrtuXpJiR3, http://www.playvid.com/watch/wVBWH6Ht1Tq, http://www.playvid.com/watch/hIvxbrBcTRf,
http://www.playvid.com/watch/jXOq4HbHsFJ, http://www.playvid.com/watch/xsLkBuPegpT, http://www.playvid.com/watch/nFDJ-LAxutf,
http://www.playvid.com/watch/yRZ1CMV4zht, http://www.playvid.com/watch/OeQPnAXT4i5, http://www.playvid.com/watch/We5N3_9-GJF,
http://www.playvid.com/watch/6GL0EhErban, http://www.playvid.com/watch/lGq8H3mcydB, http://www.playvid.com/watch/LVwUGk5Nc-q,
http://www.playvid.com/watch/Ole3rbFbiXi, http://www.playvid.com/watch/JdU159L7pGn, http://www.playvid.com/watch/BDeJVn3NVYw,
http://www.playvid.com/watch/O9d6cYAEnSo, http://www.playvid.com/watch/V3Ns-s0---B, http://www.playvid.com/watch/21ZS2d-nNsj,
http://www.playvid.com/watch/jpDO12E5SIe, http://www.playvid.com/watch/nQx7rqclRKo, http://www.playvid.com/watch/6GAmHrAOhjj,
http://www.playvid.com/watch/6Ui0ZfMdYxW, http://www.playvid.com/watch/Tv0h0R8FG1y, http://www.playvid.com/watch/8mRMkec4x_l,
http://www.playvid.com/watch/z6DUyFdSTIA, http://www.playvid.com/watch/Yn4xielKyQX, http://www.playvid.com/watch/YPSe8zReHrC,
http://www.playvid.com/watch/4h0TYDJRI0q, http://www.playvid.com/watch/SOa7jZr_gdl, http://www.playvid.com/watch/Y3NgYCD014D,
http://www.playvid.com/watch/h7z02lof8cF, http://www.playvid.com/watch/QgMssrn4w2z, http://www.playvid.com/watch/pTG5XhiPvYT,
http://www.playvid.com/watch/SAle1xNLei8, http://www.playvid.com/watch/LhkdJ1YVkl7, http://www.playvid.com/watch/bVA5r3k6BFg,
http://www.playvid.com/watch/QLO0uerQbQW, http://www.playvid.com/watch/vUsreIfFWSm, http://www.playvid.com/watch/eWie4rABskm,
http://www.playvid.com/watch/E3oRuFtdFBF, http://www.playvid.com/watch/jL5czYmzCtN, http://www.playvid.com/watch/hMaLcu3FyKW,
http://www.playvid.com/watch/rN35N5esGk9, http://www.playvid.com/watch/IX7afmL2clU, http://www.playvid.com/watch/SJkYMIcys8M,
http://www.playvid.com/watch/JWz0MuTvQ5u, http://www.playvid.com/watch/VLr_eibGcWE, http://www.playvid.com/watch/d7xlCGQqTle,
http://www.playvid.com/watch/0OStoP21Wn5, http://www.playvid.com/watch/NHN0hNh0xvK, http://www.playvid.com/watch/DpGqyoIn1PE,
http://www.playvid.com/watch/oZD9NfyCqHn, http://www.playvid.com/watch/Mvf6oFTumBn, http://www.playvid.com/watch/QlaALZf0iAk,
http://www.playvid.com/watch/bDswJ-P_-Zp, http://www.playvid.com/watch/BJQk94IJyyI, http://www.playvid.com/watch/sQkZR0d0uL7,
http://www.playvid.com/watch/5xBvWxtFwWT, http://www.playvid.com/watch/2CCgo1GHLj3, http://www.playvid.com/watch/cGKe3tOyM7W,
http://www.playvid.com/watch/G1j1GIZNchY, http://www.playvid.com/watch/5cPjcqq0oKR, http://www.playvid.com/watch/AgJfprIKlNQ,
http://www.playvid.com/watch/m71RVqc-FfR, http://www.playvid.com/watch/3_A7OGw9IvN, http://www.playvid.com/watch/mISF6iQ9dQG,
http://www.playvid.com/watch/v-7PyoU_mjL, http://www.playvid.com/watch/aW7d4l28YPC, http://www.playvid.com/watch/eWZNJjfdSl0,
http://www.playvid.com/watch/XvRvbcJwfBU, http://www.playvid.com/watch/4KGb_3I_aSU, http://www.playvid.com/watch/hvmUhIx_DGV,
http://www.playvid.com/watch/qklxrVARhNV, http://www.playvid.com/watch/mJ-GVvmCmVJ, http://www.playvid.com/watch/J3DT6gopbHs,
http://www.playvid.com/watch/nCAbmieB5wP, http://www.playvid.com/watch/6uxECZi7B4Y, http://www.playvid.com/watch/S3onH22k3xe,
http://www.playvid.com/watch/ppt4G8dUtVe, http://www.playvid.com/watch/HzPWWsOPfbB, http://www.playvid.com/watch/5S7xyv89HeZ,
http://www.playvid.com/watch/9RqHJ_W7rGO, http://www.playvid.com/watch/5qMmJDzJ1XE, http://www.playvid.com/watch/KSHkqRhLy65,
http://www.playvid.com/watch/tyir3Dzusrs, http://www.playvid.com/watch/M2HsUgF1sgo, http://www.playvid.com/watch/Ml7wfytuAQM,
http://www.playvid.com/watch/BVf8bq19gqO, http://www.playvid.com/watch/X_Co0PKvTNP, http://www.playvid.com/watch/yJjvC504Z1y,
http://www.playvid.com/watch/Eo7MKmp1lbZ, http://www.playvid.com/watch/6mSFFmI5IOX, http://www.playvid.com/watch/ovqebVXCJJE,
http://www.playvid.com/watch/Zl4QRKE3gZI, http://www.playvid.com/watch/5kRhJ7wmzhU, http://www.playvid.com/watch/dytqHDJcGM3,
http://www.playvid.com/watch/ttqgxfac7ak, http://www.playvid.com/watch/K2ghFw0nTZZ, http://www.playvid.com/watch/eJ9Ukkw8kVy,
http://www.playvid.com/watch/i2IfX3FQAwi, http://www.playvid.com/watch/EIvOAF2k0kJ, http://www.playvid.com/watch/59KX3MWClQF,
http://www.playvid.com/watch/eSspwCIVgSS, http://www.playvid.com/watch/WqGCxDWd4cm, http://www.playvid.com/watch/WfCl0X9jXsb,
http://www.playvid.com/watch/lgmL3V-ckZZ, http://www.playvid.com/watch/VAPOP70Af1r, http://www.playvid.com/watch/8POTBNGDx2E,
http://www.playvid.com/watch/2gb29MUoEdf, http://www.playvid.com/watch/ROZ_h8-c_xR, http://www.playvid.com/watch/IxTGn2-x0kV,
http://www.playvid.com/watch/lzgTFOcnkCv, http://www.playvid.com/watch/AN7aEwc36Rt, http://www.playvid.com/watch/LG2saRih09N,
http://www.playvid.com/watch/KUOnFyv5lL0, http://www.playvid.com/watch/H-oSq4eT7v6, http://www.playvid.com/watch/U4hnrGZhkaI,
http://www.playvid.com/watch/eorY0xyeir9, http://www.playvid.com/watch/tj7ygkLPvkV, http://www.playvid.com/watch/x2AfRmTHIJ0,
http://www.playvid.com/watch/0jfHyKkImTN, http://www.playvid.com/watch/eduJDxWBZSI, http://www.playvid.com/watch/yy6Hzgf_XwI,
http://www.playvid.com/watch/6KM8CV2NzpF, http://www.playvid.com/watch/xrX6RpTs28c, http://www.playvid.com/watch/b_qW7EQ6NWy,
http://www.playvid.com/watch/b-gSruQnXOu, http://www.playvid.com/watch/WTzkF8r7u72, http://www.playvid.com/watch/k3Jn6neSDII,

http://www.playvid.com/watch/HLqTqQbJn-a, http://www.playvid.com/watch/9FxuCMcVfFb, http://www.playvid.com/watch/i1ESkhqVPXk,
http://www.playvid.com/watch/lRP_FonR15L, http://www.playvid.com/watch/qbQZp1I9UQ0, http://www.playvid.com/watch/xoltZN2gDUM,
http://www.playvid.com/watch/NrJ4SpH8IIu, http://www.playvid.com/watch/FIWlej-Stuz, http://www.playvid.com/watch/z7fyAF07iOJ,
http://www.playvid.com/watch/6rQxQDozA8C, http://www.playvid.com/watch/yIUwX4NhuaG, http://www.playvid.com/watch/0dt_OIBTKPB,
http://www.playvid.com/watch/jfccdpfkCbj, http://www.playvid.com/watch/Gm9So0MKF0R, http://www.playvid.com/watch/9NuS-DZXzk4,
http://www.playvid.com/watch/GTox9gKRts3, http://www.playvid.com/watch/pHvnxZ9Dlbu, http://www.playvid.com/watch/6bEQpbViSOa,
http://www.playvid.com/watch/sTiy5EHKczb, http://www.playvid.com/watch/sfQXVBEAxpC, http://www.playvid.com/watch/HMRRRg7HHCT,
http://www.playvid.com/watch/CbqMWvlT8Aj, http://www.playvid.com/watch/R1qDpktuLVC, http://www.playvid.com/watch/eZ8q2CaGJx4,
http://www.playvid.com/watch/dH0QUHk-t3J, http://www.playvid.com/watch/UZeXujwMosk, http://www.playvid.com/watch/dtuCNx0U_M0,
http://www.playvid.com/watch/90nPMjFqVpw, http://www.playvid.com/watch/RfNSQXNylZV, http://www.playvid.com/watch/DK2SStFpCqP,
http://www.playvid.com/watch/nWPw_x_W_PM, http://www.playvid.com/watch/601kWtV816I, http://www.playvid.com/watch/IcGqUsO7D0p,
http://www.playvid.com/watch/qHojo_eYGTj, http://www.playvid.com/watch/NJt2khuPOKz, http://www.playvid.com/watch/IwPQc-KUMK3,
http://www.playvid.com/watch/gxMzNJiscT5, http://www.playvid.com/watch/8zO6kaJm2Xc, http://www.playvid.com/watch/qmfmC0rL8JC,
http://www.playvid.com/watch/L21t113xeoM, http://www.playvid.com/watch/uhkBjF5PuPV, http://www.playvid.com/watch/ZXySuvvDBO8,
http://www.playvid.com/watch/0Ri_8VMl41b, http://www.playvid.com/watch/H3y5vxs4uIA, http://www.playvid.com/watch/9reTESJBqva,
http://www.playvid.com/watch/7mcX8M2qWf2, http://www.playvid.com/watch/wd58Fk4eOHG, http://www.playvid.com/watch/CkwFJlHOS9l,
http://www.playvid.com/watch/TQWWxoYKsMD, http://www.playvid.com/watch/zqUY_AEhH-J, http://www.playvid.com/watch/YZB3y6S0MGC,
http://www.playvid.com/watch/rih5y6bG1Ir, http://www.playvid.com/watch/0-71iiS_ou0, http://www.playvid.com/watch/ljnQdRnMVCE,
http://www.playvid.com/watch/jEdz-3BrcUt, http://www.playvid.com/watch/bP6GTpiZMXt, http://www.playvid.com/watch/9uALRWH-VBT,
http://www.playvid.com/watch/Gyxx17a2RZ6, http://www.playvid.com/watch/EaVFcK9rCnR, http://www.playvid.com/watch/nZ6Pinzs6Ew,
http://www.playvid.com/watch/eTLKaFl26sn, http://www.playvid.com/watch/ucpz7BlLL-d, http://www.playvid.com/watch/iitu5WXMsQX,
http://www.playvid.com/watch/Az0_9jBFMlV, http://www.playvid.com/watch/axdpjAIllnu, http://www.playvid.com/watch/XeGSqaU0hBm,
http://www.playvid.com/watch/5z0eim5AdGm, http://www.playvid.com/watch/MB6_MB4myUN, http://www.playvid.com/watch/IiJ2PXKSEZt,
http://www.playvid.com/watch/FoakTbRPg12, http://www.playvid.com/watch/VOSZOlA9bCF, http://www.playvid.com/watch/UHTNGiN2mRg,
http://www.playvid.com/watch/yvt0bO2Vpqy, http://www.playvid.com/watch/7_o5dSttxjV, http://www.playvid.com/watch/ELOqh8TkeH4,
http://www.playvid.com/watch/typPnqdhOuK, http://www.playvid.com/watch/vfPq94Wqhrc, http://www.playvid.com/watch/KefGzO9nDY2,
http://www.playvid.com/watch/GdX9IcpwXoy, http://www.playvid.com/watch/Q4A3n1d9nuS, http://www.playvid.com/watch/VNW2DA6cdNH,
http://www.playvid.com/watch/0xFhDUjBbSi, http://www.playvid.com/watch/fvONmx4b59f, http://www.playvid.com/watch/oIPcLugpdtY,
http://www.playvid.com/watch/yDqWudcvTA8, http://www.playvid.com/watch/BqQ_NOHCkog, http://www.playvid.com/watch/H7AlrH3q8zf,
http://www.playvid.com/watch/tPMdRxQfpsy, http://www.playvid.com/watch/QXfBPkUbvB6, http://www.playvid.com/watch/OBTJgSA8fK3,
http://www.playvid.com/watch/BMOBdEtID4R, http://www.playvid.com/watch/DJY51OXJiRM, http://www.playvid.com/watch/EmvUlkXKUeS,
http://www.playvid.com/watch/TKM6f1JTA57, http://www.playvid.com/watch/wJRNB2yB6tG, http://www.playvid.com/watch/q_6IIVfzCgA,
http://www.playvid.com/watch/4rALPOz3L2q, http://www.playvid.com/watch/A26c244ldan, http://www.playvid.com/watch/gKKnfNiAj7B,
http://www.playvid.com/watch/3HWHjCvmZ1G, http://www.playvid.com/watch/YEgF_zbzVSA, http://www.playvid.com/watch/NPJ_m21Zwya,
http://www.playvid.com/watch/YcTjbIOJJS3, http://www.playvid.com/watch/R9f-oAwYnbm, http://www.playvid.com/watch/HBpOvb9Trrm,
http://www.playvid.com/watch/zB5ccryu4Fq, http://www.playvid.com/watch/2IJZeruCJ2f, http://www.playvid.com/watch/4cILsv2QDoq,
http://www.playvid.com/watch/pHL44Rriu8M, http://www.playvid.com/watch/SIedRjjoZwr, http://www.playvid.com/watch/L9x5AB_v-re,
http://www.playvid.com/watch/0yoWcQZtJYQ, http://www.playvid.com/watch/js3eAhxLk7b, http://www.playvid.com/watch/jC2QluLqhcA,
http://www.playvid.com/watch/2GNtVu-Qslz, http://www.playvid.com/watch/KHKo5gyrLm3, http://www.playvid.com/watch/eZGvjwq_bM6,
http://www.playvid.com/watch/AH9hA4NKCDf, http://www.playvid.com/watch/CbNZWvcRtCg, http://www.playvid.com/watch/j1VduWUYwPf,
http://www.playvid.com/watch/wMOnPbO7MOM, http://www.playvid.com/watch/PtOF_1KwQ4p, http://www.playvid.com/watch/Z4vwVPDA_6b,
http://www.playvid.com/watch/WJDgddEXce3, http://www.playvid.com/watch/D-jXzpyG7Pr, http://www.playvid.com/watch/xi7KOLEI3u8,
http://www.playvid.com/watch/JVo07uP6FNG, http://www.playvid.com/watch/zXNJj6Hgh7R, http://www.playvid.com/watch/UvUcEd7sOen,
http://www.playvid.com/watch/gO-CFMLpNWd, http://www.playvid.com/watch/loShl-s_HTG, http://www.playvid.com/watch/p8xTh0cYgFq,
http://www.playvid.com/watch/oISRH5XNfxH, http://www.playvid.com/watch/3lahYG07XKA, http://www.playvid.com/watch/6M7ksN0LnoN,
http://www.playvid.com/watch/WizGY7ZWxPL, http://www.playvid.com/watch/eAFIpnYe_zr, http://www.playvid.com/watch/M0hvuBotsk0,
http://www.playvid.com/watch/jBsmsF4QZl3, http://www.playvid.com/watch/iZqjCIw7Hlg, http://www.playvid.com/watch/CLt7Qhlsf3a,
http://www.playvid.com/watch/am1n99dm62O, http://www.playvid.com/watch/OSbdhAd8ys8, http://www.playvid.com/watch/bsVjf6cq1nk,
http://www.playvid.com/watch/FlJIhygFfsB, http://www.playvid.com/watch/0drIkbTrdCi, http://www.playvid.com/watch/R5zRVSpJ8p6,
http://www.playvid.com/watch/jLqDKKyh99w, http://www.playvid.com/watch/tRXwyhT1Bsv, http://www.playvid.com/watch/9LaEX1KDCBe,
http://www.playvid.com/watch/nR2VgEm_dgX, http://www.playvid.com/watch/zZNLc1OcXam, http://www.playvid.com/watch/6W_7A6cMbIr,
http://www.playvid.com/watch/2tjwc8nSCMf, http://www.playvid.com/watch/SMliTsyVxGo, http://www.playvid.com/watch/m2Jz9OLkjmk,
http://www.playvid.com/watch/N8zt330TMe8, http://www.playvid.com/watch/fNNUq12s25i, http://www.playvid.com/watch/XUUyz0DLCQk,
http://www.playvid.com/watch/5ibwXK0Cvwm, http://www.playvid.com/watch/JxI34VBdLuX, http://www.playvid.com/watch/pdgv5DiQgRY,
http://www.playvid.com/watch/avht3jdwYzq, http://www.playvid.com/watch/KorBHeFyH9R, http://www.playvid.com/watch/3tvPT83h9aP,
http://www.playvid.com/watch/g4qXtC2Y1n5, http://www.playvid.com/watch/uaArEiQoz6n, http://www.playvid.com/watch/7BSD9CGmwGd,
http://www.playvid.com/watch/Z-TRjI7UYEY, http://www.playvid.com/watch/Fe2b5A3xVA9, http://www.playvid.com/watch/tLjgp1eI9zB,
http://www.playvid.com/watch/h_nNKy-EbBw, http://www.playvid.com/watch/3ekYdP8mlXW, http://www.playvid.com/watch/jJ_n58KuHMO,
http://www.playvid.com/watch/Hqqd_yd8-RL, http://www.playvid.com/watch/Zd1k3V8MPTB, http://www.playvid.com/watch/IfZzo_CVP5B,
http://www.playvid.com/watch/jiru0riqxXH, http://www.playvid.com/watch/M9pFCFUdRk4, http://www.playvid.com/watch/axiTUXJCsLw,
http://www.playvid.com/watch/760cWYxYR_m, http://www.playvid.com/watch/LkkmhyoQu6M, http://www.playvid.com/watch/ASaOX4k95yI,
http://www.playvid.com/watch/zfiwwHH0-jq, http://www.playvid.com/watch/RVccivBex_Q, http://www.playvid.com/watch/wCnZcQOiqYh,
http://www.playvid.com/watch/P7uGOO6Seyk, http://www.playvid.com/watch/2TSP5BiYEJA, http://www.playvid.com/watch/Djs2D8oxxdI,
http://www.playvid.com/watch/ji1uGUHl1ca, http://www.playvid.com/watch/5KbTX_4Wdda, http://www.playvid.com/watch/oveCNC1ufNh,
http://www.playvid.com/watch/qi5bBzrghaD, http://www.playvid.com/watch/plfuUiRLM00, http://www.playvid.com/watch/A0jJL3PgCDn,
http://www.playvid.com/watch/FILiGFKA0Nk, http://www.playvid.com/watch/D7Ja5iiSDnT, http://www.playvid.com/watch/MR9n5o1CJOJ,
http://www.playvid.com/watch/6_40dYkrKNJ, http://www.playvid.com/watch/CHt6aRBFviZ, http://www.playvid.com/watch/xNze0F2z5sN,
http://www.playvid.com/watch/vX4E0WBtPXA, http://www.playvid.com/watch/AO79imkdEjG, http://www.playvid.com/watch/GzjqgV5uTjB,
http://www.playvid.com/watch/Tw17MJlGVX7, http://www.playvid.com/watch/mHeMhl3IY8y, http://www.playvid.com/watch/Tc-xLDo6wUa,
http://www.playvid.com/watch/zxF60fgsSSI, http://www.playvid.com/watch/z0LG5_PafKG, http://www.playvid.com/watch/nJJ48iXJDmk,
http://www.playvid.com/watch/8uNdoF3AKS4, http://www.playvid.com/watch/xIlr8pMI_9k, http://www.playvid.com/watch/ehKgiHO0DQa,
http://www.playvid.com/watch/RDT8PoGrP8u, http://www.playvid.com/watch/zmw9F6TTShN, http://www.playvid.com/watch/bHGJJQtSJ76,
http://www.playvid.com/watch/XR0ulXYyZeq, http://www.playvid.com/watch/3uaGkD_ur9V, http://www.playvid.com/watch/DxcuJ_EGEzH,
http://www.playvid.com/watch/jsRIJtCwFCX, http://www.playvid.com/watch/kGHcZC4wwQh, http://www.playvid.com/watch/kFNEAikzevj,
http://www.playvid.com/watch/unAcrR85Awf, http://www.playvid.com/watch/Ha66ha51PDL, http://www.playvid.com/watch/Mnm8snjeo-k,
http://www.playvid.com/watch/PS0CizdV0eu, http://www.playvid.com/watch/tiAvQieIO_m, http://www.playvid.com/watch/vtzlOvYkSbf,
http://www.playvid.com/watch/ZQGF2VanJcS, http://www.playvid.com/watch/YKKWjyeQKBR, http://www.playvid.com/watch/a4JcfDdMpnt,
http://www.playvid.com/watch/5fVzKis-nG5, http://www.playvid.com/watch/UwZuw4UyRfO, http://www.playvid.com/watch/jbQZQ4DneYO,
http://www.playvid.com/watch/b0eoOkDVRzV, http://www.playvid.com/watch/utuHx6xO8ey, http://www.playvid.com/watch/b2uJEqjRSKU,
http://www.playvid.com/watch/lYy-WmBJSmb, http://www.playvid.com/watch/8ky2iSqH425, http://www.playvid.com/watch/lMhXum2YH2V,
http://www.playvid.com/watch/P_2_XCnIUB8, http://www.playvid.com/watch/e1dyAHB-ewE, http://www.playvid.com/watch/AiEdRBDcq7k,
http://www.playvid.com/watch/44XFrK1rSH8, http://www.playvid.com/watch/Nbt1MnEw7Kb, http://www.playvid.com/watch/SyukLV93lDA,
http://www.playvid.com/watch/DQdP-qbAd0S, http://www.playvid.com/watch/WuURzVJqV0g, http://www.playvid.com/watch/ACN-ebr2EX4,
http://www.playvid.com/watch/T2qnoEm8AQ9, http://www.playvid.com/watch/WnQmGO7mgAG, http://www.playvid.com/watch/CxNtD3vYljg,
http://www.playvid.com/watch/Q4mSLU1ZgZ0, http://www.playvid.com/watch/ZJ9Cyk1tqb8, http://www.playvid.com/watch/g_WEPmAEN1I,
http://www.playvid.com/watch/bvEsSjq4-1q, http://www.playvid.com/watch/PY04abh4oBl, http://www.playvid.com/watch/Tu8EE-DneL6,
http://www.playvid.com/watch/X-bV1VbZq0e, http://www.playvid.com/watch/jfyWfhA1pRg, http://www.playvid.com/watch/56MNIXLRRO6,
http://www.playvid.com/watch/nTbXLlCjkhc, http://www.playvid.com/watch/4JqO69sN7os, http://www.playvid.com/watch/MufmL_h16Wn,
http://www.playvid.com/watch/R1S4N7dUglG, http://www.playvid.com/watch/k6NXEx38wN7, http://www.playvid.com/watch/aDsACeP_wod,
http://www.playvid.com/watch/graBOQO87sC, http://www.playvid.com/watch/7YSEZ0MQUOx, http://www.playvid.com/watch/IgasLieOuuF,
http://www.playvid.com/watch/ZEuVc_YsCAg, http://www.playvid.com/watch/TNZGtsyyicU, http://www.playvid.com/watch/VpFA-xyhepJ,
http://www.playvid.com/watch/Y10h-ZWElz8, http://www.playvid.com/watch/QZgrR6v52CG, http://www.playvid.com/watch/JN5kuIeTm8v,
http://www.playvid.com/watch/NxHRCdAtwOA, http://www.playvid.com/watch/FhUnmnGPUpo, http://www.playvid.com/watch/gwKMzoHfZHr,
http://www.playvid.com/watch/9zxFB5WUsnH, http://www.playvid.com/watch/LkPGdkG99o0, http://www.playvid.com/watch/dkvxYL1Zafc,
http://www.playvid.com/watch/L3MMLmyTTco, http://www.playvid.com/watch/4jP71T-flFj, http://www.playvid.com/watch/Tr42uVgcWVd,
http://www.playvid.com/watch/hiTBELVJAZj, http://www.playvid.com/watch/ZixrHgiZ5QB, http://www.playvid.com/watch/s0xNGg6chSb,

http://www.playvid.com/watch/cEOPSNmq0qN, http://www.playvid.com/watch/ECIb6kyCJLg, http://www.playvid.com/watch/QwITDADeE6m,
http://www.playvid.com/watch/aaVQDliQk9Z, http://www.playvid.com/watch/OXv_tXn1E6P, http://www.playvid.com/watch/K31lHg3Qf0W,
http://www.playvid.com/watch/uOxHAatDkxP, http://www.playvid.com/watch/ccBvsGCA-hK, http://www.playvid.com/watch/b5yX-GQIEtp,
http://www.playvid.com/watch/Xn7BulrYD5F, http://www.playvid.com/watch/bewSjPqXioC, http://www.playvid.com/watch/HyDJVd76IHb,
http://www.playvid.com/watch/uxk2ajb2_2O, http://www.playvid.com/watch/GPMEJ_ygEXN, http://www.playvid.com/watch/Xe2FC8EmMlI,
http://www.playvid.com/watch/IzRLhU7zev5, http://www.playvid.com/watch/t0ONu5F1uDd, http://www.playvid.com/watch/Lp2GNkvHQNi,
http://www.playvid.com/watch/UAxdfNnWxiA, http://www.playvid.com/watch/DN-WTPKHCze, http://www.playvid.com/watch/ZqAY1onyhd8,
http://www.playvid.com/watch/vDB6t8V7aeC, http://www.playvid.com/watch/vhrQQcYbuV7, http://www.playvid.com/watch/YhCkRavQTI6,
http://www.playvid.com/watch/QTeeY8jj4pu, http://www.playvid.com/watch/V0PuZtJvxNB, http://www.playvid.com/watch/WiIIFGJtOnC,
http://www.playvid.com/watch/0go-jgRJvSl, http://www.playvid.com/watch/jxQijqRzTOA, http://www.playvid.com/watch/VvxudnsjBgt,
http://www.playvid.com/watch/0ms1s7mThgh, http://www.playvid.com/watch/Ro25XhO7bnS, http://www.playvid.com/watch/l-3xJWsUXkg,
http://www.playvid.com/watch/uLEQJ5W6LXg, http://www.playvid.com/watch/jg7wAsatKon, http://www.playvid.com/watch/Qys6Zwu2Fkc,
http://www.playvid.com/watch/D_MbF9jd5jb, http://www.playvid.com/watch/gm7NEe0fnej, http://www.playvid.com/watch/oJWrOH2HdkC,
http://www.playvid.com/watch/DX3mDQ7T8PJ, http://www.playvid.com/watch/eooKS5Uu7jt, http://www.playvid.com/watch/ongKh7e-rd7,
http://www.playvid.com/watch/dl8r21Azt1w, http://www.playvid.com/watch/7WeHjy5q6lG, http://www.playvid.com/watch/blvwCcgW86O,
http://www.playvid.com/watch/ufrQet3yikj, http://www.playvid.com/watch/OenPQFA8-nw, http://www.playvid.com/watch/gw580Bhq_Y3,
http://www.playvid.com/watch/QESYPqwT4bl, http://www.playvid.com/watch/SVeZLY2oDY9, http://www.playvid.com/watch/NTtw1FtDDya,
http://www.playvid.com/watch/Hgyu4kjqKdA, http://www.playvid.com/watch/AptKwtx0Bsr, http://www.playvid.com/watch/dzhH2x2oTh2,
http://www.playvid.com/watch/qW682Pj5oaE, http://www.playvid.com/watch/cYrgHN3f0ZP, http://www.playvid.com/watch/ccUgMWFbhB2,
http://www.playvid.com/watch/fJG-wTad7hU, http://www.playvid.com/watch/wiwpQuoSEVC, http://www.playvid.com/watch/eNZpqPhZC6A,
http://www.playvid.com/watch/AZ6nEs9tcfc, http://www.playvid.com/watch/kspWg_wHE7G, http://www.playvid.com/watch/dpe08lldcFn,
http://www.playvid.com/watch/q-ytdBSHcNS, http://www.playvid.com/watch/VvduXEw1eaK, http://www.playvid.com/watch/pEk6OrQl2EJ,
http://www.playvid.com/watch/OE-grKfyNpg, http://www.playvid.com/watch/V8svYN0Zfa7, http://www.playvid.com/watch/7fNWB5oGOmt,
http://www.playvid.com/watch/PuBtakVd5LG, http://www.playvid.com/watch/ZbT_gaOx_mk, http://www.playvid.com/watch/u9mrmhZd8rf,
http://www.playvid.com/watch/ZZxwnR-o_Gp, http://www.playvid.com/watch/6LVnZ8N-r79, http://www.playvid.com/watch/oXWoHf-rRA2,
http://www.playvid.com/watch/QKXbh7ZHr4E, http://www.playvid.com/watch/CqQL0g3fVkj, http://www.playvid.com/watch/5tZFhRBebw4,
http://www.playvid.com/watch/uwDUDddtiRe, http://www.playvid.com/watch/6frf6Xbw9V8, http://www.playvid.com/watch/ZYWvf_uT5Op,
http://www.playvid.com/watch/gJOK78woU7x, http://www.playvid.com/watch/QXnh4nUUOJP, http://www.playvid.com/watch/CZkayx4-kir,
http://www.playvid.com/watch/bE_JQdD6j_n, http://www.playvid.com/watch/IP_feldSGKt, http://www.playvid.com/watch/VqhKwXf2IZ7,
http://www.playvid.com/watch/WB2ddOFVsCc, http://www.playvid.com/watch/JWv9506klhm, http://www.playvid.com/watch/N0X8rogedYi,
http://www.playvid.com/watch/0kNmkdugWp0, http://www.playvid.com/watch/EmLmha2GqXL, http://www.playvid.com/watch/7cmhQQ-U97A,
http://www.playvid.com/watch/J9h7tPT2o9c, http://www.playvid.com/watch/af6BYi54Tyx, http://www.playvid.com/watch/k7D7bxv2Dro,
http://www.playvid.com/watch/dGzeNV91jjy, http://www.playvid.com/watch/7hL2GJ8IgYY, http://www.playvid.com/watch/vuwZl2JKyBl,
http://www.playvid.com/watch/fxihhA2DNIx, http://www.playvid.com/watch/CuEPiP6fNWM, http://www.playvid.com/watch/SqaU4coWgX9,
http://www.playvid.com/watch/bkVhWBq9Jkj, http://www.playvid.com/watch/OYC9RZObaxn, http://www.playvid.com/watch/eRecYfY3yoU,
http://www.playvid.com/watch/xEHYahLvL53, http://www.playvid.com/watch/nFn8OyXt0Lg, http://www.playvid.com/watch/W6SkHsXkNuy,
http://www.playvid.com/watch/RqR7zN1NHKY, http://www.playvid.com/watch/7v0TnoJFwlW, http://www.playvid.com/watch/LR89eQEtWVt,
http://www.playvid.com/watch/n3Z9iXuyvlS, http://www.playvid.com/watch/7nMh_iE62cJ, http://www.playvid.com/watch/wlOAPqnjnb5,
http://www.playvid.com/watch/ct9EWGVO9nn, http://www.playvid.com/watch/5OTOvdSYDAD, http://www.playvid.com/watch/ejzs_PkpMSs,
http://www.playvid.com/watch/cv6QkNdXjej, http://www.playvid.com/watch/WhopSJhFBUQ, http://www.playvid.com/watch/ZJnnSIC97Yh,
http://www.playvid.com/watch/US4Dnh_Tgyt, http://www.playvid.com/watch/3Wl5p-toFFX, http://www.playvid.com/watch/SjZUYoy0lXT,
http://www.playvid.com/watch/Ph0rjWGI-kD, http://www.playvid.com/watch/GxN1VBO9qhh, http://www.playvid.com/watch/EqsAyjuhx9l,
http://www.playvid.com/watch/DxzdohBnmPn, http://www.playvid.com/watch/DFh3fO1Ic09, http://www.playvid.com/watch/F7CYjVP7S4b,
http://www.playvid.com/watch/wZ8RWIUww9Q, http://www.playvid.com/watch/Ck8dZMabxIt, http://www.playvid.com/watch/dduxmWmatkz,
http://www.playvid.com/watch/QIIcmZe9Nlc, http://www.playvid.com/watch/OA8yGOXkiFs, http://www.playvid.com/watch/c2z1c7rk1WN,
http://www.playvid.com/watch/r8uzyc2ziDN, http://www.playvid.com/watch/Dr28NZ5VwQ0, http://www.playvid.com/watch/pBabeCEX_tk,
http://www.playvid.com/watch/SeeNy7pV5kw, http://www.playvid.com/watch/bSEqCtUKr6c, http://www.playvid.com/watch/5VNbLFcxORq,
http://www.playvid.com/watch/N5iWvs255e0, http://www.playvid.com/watch/04h-TV_qKKo, http://www.playvid.com/watch/A9r8gB4XXGw,
http://www.playvid.com/watch/7HKb80qUDGO, http://www.playvid.com/watch/UVc0p7CC8GR, http://www.playvid.com/watch/tyuF73tZduU,
http://www.playvid.com/watch/ekqoBubCB7r, http://www.playvid.com/watch/kbw1SsCEl1J, http://www.playvid.com/watch/l7nA2FWspzV,
http://www.playvid.com/watch/r1lf49sGMsJ, http://www.playvid.com/watch/6b3J95zUz-B, http://www.playvid.com/watch/ywiFFRLPsV9,
http://www.playvid.com/watch/mGEb4Vw6qqC, http://www.playvid.com/watch/JeH8x_u6oeI, http://www.playvid.com/watch/K_PFZc4nm4c,
http://www.playvid.com/watch/UC8R-hEY4rK, http://www.playvid.com/watch/sJhEX8-KdFw, http://www.playvid.com/watch/e4y3u5yR4sW,
http://www.playvid.com/watch/JeK82GdkqiM, http://www.playvid.com/watch/gWYo53RnN4f, http://www.playvid.com/watch/W5Av2U3IHCD,
http://www.playvid.com/watch/LyM9m2yWDPd, http://www.playvid.com/watch/9WoLfgO1qV7, http://www.playvid.com/watch/QjVvZAyYKKz,
http://www.playvid.com/watch/OAz8-VLvgFZ, http://www.playvid.com/watch/9o3QBH50rTh, http://www.playvid.com/watch/tCrVL7GfHJ9,
http://www.playvid.com/watch/XCdocsE1tD5, http://www.playvid.com/watch/mWAfp7cWZ2q, http://www.playvid.com/watch/p9LvHGahaRQ,
http://www.playvid.com/watch/e7mHh9SVL06, http://www.playvid.com/watch/gGqop4NsFTA, http://www.playvid.com/watch/6QAYqnNeFTc,
http://www.playvid.com/watch/A1SqjWmtw86, http://www.playvid.com/watch/B0WT209sPDJ, http://www.playvid.com/watch/ZcalRENu4qq,
http://www.playvid.com/watch/mAtBytxDt00, http://www.playvid.com/watch/cuhT1i_sIiE, http://www.playvid.com/watch/gmUontbn6cO,
http://www.playvid.com/watch/nxls0aqYrAj, http://www.playvid.com/watch/vYV6R6i_rBR, http://www.playvid.com/watch/EjLWvl3zNrx,
http://www.playvid.com/watch/YI2PQX46FQW, http://www.playvid.com/watch/D4NqarD1iDK, http://www.playvid.com/watch/OJgF6VThjdF,
http://www.playvid.com/watch/5kxwS0ilMEV, http://www.playvid.com/watch/3Q3fP-aL8QT, http://www.playvid.com/watch/qc_iaqzLhLj,
http://www.playvid.com/watch/6vPDjki2-GC, http://www.playvid.com/watch/rMaXDdYmPY6, http://www.playvid.com/watch/cUW_VcxH3fP,
http://www.playvid.com/watch/uQKYAs1UxAX, http://www.playvid.com/watch/6b2FnHx4lNZ, http://www.playvid.com/watch/a1_JwuDW5Pk,
http://www.playvid.com/watch/NfW4h26-kQk, http://www.playvid.com/watch/TSEKE8HHMuf, http://www.playvid.com/watch/0VpOhm1CMWR,
http://www.playvid.com/watch/X5voQZc49Q9, http://www.playvid.com/watch/pjOB9ej2lOd, http://www.playvid.com/watch/hcP7DaS9u5r,
http://www.playvid.com/watch/2pVakQ-g_zD, http://www.playvid.com/watch/Y69TdZDmWyZ, http://www.playvid.com/watch/CmAgG4CXcaw,
http://www.playvid.com/watch/U5kOmRsvRcG, http://www.playvid.com/watch/NfjhsmtdeRQ, http://www.playvid.com/watch/I7fL1VyFHRy,
http://www.playvid.com/watch/vIN01QBchg6, http://www.playvid.com/watch/0N0o-ea0PgV, http://www.playvid.com/watch/q-ZXJ3Y5bMd,
http://www.playvid.com/watch/MS13XvhU8j2, http://www.playvid.com/watch/XCnEhC7CYnR, http://www.playvid.com/watch/wQhUvNo3qLk,
http://www.playvid.com/watch/f7HQzJ9sq0V, http://www.playvid.com/watch/KEgyu2CSu7z, http://www.playvid.com/watch/XJG_JOknp4Q,
http://www.playvid.com/watch/mJUAWRQgkYv, http://www.playvid.com/watch/l3KlBP-Bgu2, http://www.playvid.com/watch/aXwzKgHbmQe,
http://www.playvid.com/watch/jzTxReXPdzY, http://www.playvid.com/watch/69rsVU-8rUK, http://www.playvid.com/watch/GfayVw-o2_Q,
http://www.playvid.com/watch/0X95TyjFymZ, http://www.playvid.com/watch/w11RCLMFEJU, http://www.playvid.com/watch/UHzS9OJ4Gvp,
http://www.playvid.com/watch/IG9-wMTmrdy, http://www.playvid.com/watch/Dz_0KIv6MiR, http://www.playvid.com/watch/6pDB2Gh3Ggj,
http://www.playvid.com/watch/MjbFJ8umap3, http://www.playvid.com/watch/r0de7hyAHan, http://www.playvid.com/watch/zGM3fhffrcS,
http://www.playvid.com/watch/S8Zv2wt1jSZ, http://www.playvid.com/watch/bcPIVTcnLWp, http://www.playvid.com/watch/FfrSmnlzm9r,
http://www.playvid.com/watch/F3tdn6F5Az7, http://www.playvid.com/watch/WnbUkOHwbkp, http://www.playvid.com/watch/s1sn3S09k4T,
http://www.playvid.com/watch/lP_NWAgJ8Lx, http://www.playvid.com/watch/s42l2o3N9Ww, http://www.playvid.com/watch/9bD3ihGzwc7,
http://www.playvid.com/watch/e_r9Kr7MRYE, http://www.playvid.com/watch/CAv5SmO5mQc, http://www.playvid.com/watch/77B6izd8Yy2,
http://www.playvid.com/watch/x4fP70A7J0L, http://www.playvid.com/watch/uWcITen6Af3, http://www.playvid.com/watch/gYoqkCtP5xU,
http://www.playvid.com/watch/RybrSgiOpX3, http://www.playvid.com/watch/GPfYZUOVp-O, http://www.playvid.com/watch/wCO9N8_85IT,
http://www.playvid.com/watch/NqTovAOZ9-M, http://www.playvid.com/watch/8fqdjEno9Ep, http://www.playvid.com/watch/WWChTCr5fQ0,
http://www.playvid.com/watch/DiUJGDX5ffu, http://www.playvid.com/watch/hQj0WPfsuTn, http://www.playvid.com/watch/sUW-CXdLU4C,
http://www.playvid.com/watch/LL24NlzcPtI, http://www.playvid.com/watch/yMFHk9bMkjf, http://www.playvid.com/watch/A7_FxTFvuPD,
http://www.playvid.com/watch/tG7VO2CQoGV, http://www.playvid.com/watch/BVmK76Dfhr7, http://www.playvid.com/watch/RltEHDLhReS,
http://www.playvid.com/watch/mzQGr0Wz_I0, http://www.playvid.com/watch/kn9H4KsbmQw, http://www.playvid.com/watch/BAua60tCxpH,
http://www.playvid.com/watch/cyGuzOmeze6, http://www.playvid.com/watch/gvG-1lDUqOw, http://www.playvid.com/watch/DSkD_lOKvoA,
http://www.playvid.com/watch/o8XJKMBdyCs, http://www.playvid.com/watch/0_dYmsGvkQZ, http://www.playvid.com/watch/mFC6H7DS6cc,
http://www.playvid.com/watch/uTxv3kdGi_v, http://www.playvid.com/watch/LMvxBPNGkTr, http://www.playvid.com/watch/ewDLM9QPqyg,
http://www.playvid.com/watch/3awH-tXtbyl, http://www.playvid.com/watch/sXwC-AKXOKQ, http://www.playvid.com/watch/T8y8BhCBIXe,
http://www.playvid.com/watch/zIJNUlrkMHB, http://www.playvid.com/watch/DoLwi8G0dNk, http://www.playvid.com/watch/44LTNNLVork,
http://www.playvid.com/watch/l2frmkbnrvR, http://www.playvid.com/watch/3D_gbIPMPWm, http://www.playvid.com/watch/EYckWgbKcED,
http://www.playvid.com/watch/qwCgcBuKRKh, http://www.playvid.com/watch/2rmuXQsm8_X, http://www.playvid.com/watch/VQBW33SQkWa,
http://www.playvid.com/watch/YZDE-999w-u, http://www.playvid.com/watch/3bgltVwkHjC, http://www.playvid.com/watch/HzkaLcO-WOi,

http://www.playvid.com/watch/kMMRyS8r2TK, http://www.playvid.com/watch/zXZTC9At74h, http://www.playvid.com/watch/8T7HHemhc-2,
http://www.playvid.com/watch/JLYo_jpLTnv, http://www.playvid.com/watch/oD7gNiFJNkD, http://www.playvid.com/watch/zfr2BofGaQe,
http://www.playvid.com/watch/Til5IpNTn-l, http://www.playvid.com/watch/J7smQmr7nMO, http://www.playvid.com/watch/LOOROBYu1BG,
http://www.playvid.com/watch/yBZtG-GIF2q, http://www.playvid.com/watch/dYfA5lHPIj7, http://www.playvid.com/watch/RRaJcd7NgWp,
http://www.playvid.com/watch/7I82Xgu5SQm, http://www.playvid.com/watch/H0_SN73fZFc, http://www.playvid.com/watch/GkPQRCTjOqu,
http://www.playvid.com/watch/X3vTp-W3N1a, http://www.playvid.com/watch/UGBo-T0pyYu, http://www.playvid.com/watch/pw1o3fL3qjY,
http://www.playvid.com/watch/YTKWH4Om3oI, http://www.playvid.com/watch/LohIm-v1yCF, http://www.playvid.com/watch/XxNmWiN3NBc,
http://www.playvid.com/watch/LjN905s3j7Z, http://www.playvid.com/watch/HwbCpB24kGR, http://www.playvid.com/watch/Ym3AM-Tl1dJ,
http://www.playvid.com/watch/pk_9K9HMhNt, http://www.playvid.com/watch/36Rm-VrHI57, http://www.playvid.com/watch/jmlDfpTxnN2,
http://www.playvid.com/watch/05uMp4BmjiS, http://www.playvid.com/watch/GDpXtjJ-o5d, http://www.playvid.com/watch/ANNM05V0GUo,
http://www.playvid.com/watch/iZm5-kmLdMj, http://www.playvid.com/watch/t_DiN4WhjEG, http://www.playvid.com/watch/5ErLtypyjiP,
http://www.playvid.com/watch/7lvx_UBu_zD, http://www.playvid.com/watch/E25heK3iZdQ, http://www.playvid.com/watch/z1kv9XF9W6G,
http://www.playvid.com/watch/JGojmzX9qeE, http://www.playvid.com/watch/Y-WxhFm_deX, http://www.playvid.com/watch/jdPv8kfRX9r,
http://www.playvid.com/watch/U1qdB5Pnz0o, http://www.playvid.com/watch/iHRhJVajlrw, http://www.playvid.com/watch/C31k5s-8ubQ,
http://www.playvid.com/watch/ZKpCddCfj32, http://www.playvid.com/watch/l12Poms-qdJ, http://www.playvid.com/watch/0p_uQ1se_ut,
http://www.playvid.com/watch/Gh7tErAVezu, http://www.playvid.com/watch/aDrB5p9Q1Nj, http://www.playvid.com/watch/jX-sf1wdP-Y,
http://www.playvid.com/watch/QkrM7Js3HDt, http://www.playvid.com/watch/HO30nFkx_Ap, http://www.playvid.com/watch/T0XrKSMUilr,
http://www.playvid.com/watch/wFd6H0g-8Du, http://www.playvid.com/watch/k6_dC20PlKu, http://www.playvid.com/watch/nHK2PwlCllN,
http://www.playvid.com/watch/vi-PvsgQJT8, http://www.playvid.com/watch/K_zTndHjYLz, http://www.playvid.com/watch/UkCIyiY5ueh,
http://www.playvid.com/watch/3UdEJe0Y3BT, http://www.playvid.com/watch/Uc-AAlj-Pnv, http://www.playvid.com/watch/xDdnV-6hy7D,
http://www.playvid.com/watch/4AIbipfKRcQ, http://www.playvid.com/watch/dgWQDF3yIws, http://www.playvid.com/watch/ThRWUo6Y_Tt,
http://www.playvid.com/watch/sXHicwerG_W, http://www.playvid.com/watch/De7asUKqoVP, http://www.playvid.com/watch/kkvuRl33BaN,
http://www.playvid.com/watch/M102Spgd6Jj, http://www.playvid.com/watch/iKAyRBTVLLW, http://www.playvid.com/watch/4PA2fJkjak0,
http://www.playvid.com/watch/OTgHdwaEBXc, http://www.playvid.com/watch/fJljHrJ35_n, http://www.playvid.com/watch/nOItOEiKQH7,
http://www.playvid.com/watch/JK8Pjs3sjpy, http://www.playvid.com/watch/eRAO_JrLipp, http://www.playvid.com/watch/uupYGK_iHP2,
http://www.playvid.com/watch/gyMz6Ws96Hn, http://www.playvid.com/watch/k8XgzxhE-Hw, http://www.playvid.com/watch/E6vFbpAe14o,
http://www.playvid.com/watch/6_TZYx1QOSO, http://www.playvid.com/watch/Le_nblApOOk, http://www.playvid.com/watch/aiB55wTNQ0m,
http://www.playvid.com/watch/od76OB5ImGf, http://www.playvid.com/watch/lmHesgDThkw, http://www.playvid.com/watch/t_jIXY9G6WN,
http://www.playvid.com/watch/4EcpCPVIJo2, http://www.playvid.com/watch/p8d7JCH2F8S, http://www.playvid.com/watch/yLArkOAMNyV,
http://www.playvid.com/watch/U6E-wlkWD54, http://www.playvid.com/watch/qfuFMZCvSKS, http://www.playvid.com/watch/GQl9mA0x6ap,
http://www.playvid.com/watch/nRJyuP5EmUv, http://www.playvid.com/watch/sJ1KZnaKDsw, http://www.playvid.com/watch/TU5GiLjECUM,
http://www.playvid.com/watch/sDcCsfemaAG, http://www.playvid.com/watch/d01F0mrygHJ, http://www.playvid.com/watch/XeytwUPOyWA,
http://www.playvid.com/watch/GRg6qz0--zt, http://www.playvid.com/watch/ZGa31LnFMbH, http://www.playvid.com/watch/uIyLdC7Ahtm,
http://www.playvid.com/watch/eynBHz8Ehc9, http://www.playvid.com/watch/7XJka5BBocV, http://www.playvid.com/watch/6zvwxrhYiE3,
http://www.playvid.com/watch/9hL39NVXJIx, http://www.playvid.com/watch/uywCqFHxWwB, http://www.playvid.com/watch/3t2LTuPKJdW,
http://www.playvid.com/watch/sfePiM_6x8l, http://www.playvid.com/watch/nhowfCsnAnj, http://www.playvid.com/watch/3HWm3fzVSV2,
http://www.playvid.com/watch/LnN5kK2sYWD, http://www.playvid.com/watch/LgxcYMySjgR, http://www.playvid.com/watch/3ia3Nhdwtnr,
http://www.playvid.com/watch/Cs7Q1vo2mcz, http://www.playvid.com/watch/cY-jF8e26CL, http://www.playvid.com/watch/kPQQJp8E0yC,
http://www.playvid.com/watch/qRhwCqcvxEi, http://www.playvid.com/watch/2jlKBedXNaE, http://www.playvid.com/watch/tF3GfUbY3gb,
http://www.playvid.com/watch/cx-0ycVMqL9, http://www.playvid.com/watch/50ia73NJoAR, http://www.playvid.com/watch/WBfd9h3-Fab,
http://www.playvid.com/watch/O56-mRptc_5, http://www.playvid.com/watch/nT7wIm4Py3y, http://www.playvid.com/watch/7wk8ADa-8F7,
http://www.playvid.com/watch/VLhXU5ZnMVq, http://www.playvid.com/watch/4aE4iocFO0W, http://www.playvid.com/watch/G6PlShj6R1G,
http://www.playvid.com/watch/Ju3lfi8lqLN, http://www.playvid.com/watch/xBxnkupndr6, http://www.playvid.com/watch/icSr80XA-uG,
http://www.playvid.com/watch/0ojiflnQpEL, http://www.playvid.com/watch/m9rbebPuMrP, http://www.playvid.com/watch/OTK7HF904jK,
http://www.playvid.com/watch/Jqr918L6tKg, http://www.playvid.com/watch/v104lBnrf89, http://www.playvid.com/watch/pDZC-KxBaPl,
http://www.playvid.com/watch/O05AXSsx-la, http://www.playvid.com/watch/VVcwPnsbQWa, http://www.playvid.com/watch/D708GuiK_jI,
http://www.playvid.com/watch/wI_nyhP9K_U, http://www.playvid.com/watch/DaRk6H12wZg, http://www.playvid.com/watch/Gd3vN5qX9Uh,
http://www.playvid.com/watch/IU09VrLOzW3, http://www.playvid.com/watch/phhCMb4V2EG, http://www.playvid.com/watch/X_e1VLQGKDH,
http://www.playvid.com/watch/3wRVhLmj7qf, http://www.playvid.com/watch/021OF3QcW0X, http://www.playvid.com/watch/Ucg480ndetD,
http://www.playvid.com/watch/YJvkZNp7txc, http://www.playvid.com/watch/dd5ji9DN2Hx, http://www.playvid.com/watch/2QCJBJ9r1zu,
http://www.playvid.com/watch/IXegt1cpGZw, http://www.playvid.com/watch/mB6DbF7donH, http://www.playvid.com/watch/QFgwtCT4hDt,
http://www.playvid.com/watch/Z7l4QbnXstn, http://www.playvid.com/watch/lXuVqLL8Sh9, http://www.playvid.com/watch/tnyYaJ1Fzqd,
http://www.playvid.com/watch/WGtb2KO03Xm, http://www.playvid.com/watch/8kqD01_gZY9, http://www.playvid.com/watch/iIje7sl3BbN,
http://www.playvid.com/watch/zeG6uBYAUVd, http://www.playvid.com/watch/u5qSQrV6_Uo, http://www.playvid.com/watch/iwndkvp9G26,
http://www.playvid.com/watch/vp9Wwp9nyzE, http://www.playvid.com/watch/2ZbRCZQR1Ix, http://www.playvid.com/watch/TCVhV-6ZE5o,
http://www.playvid.com/watch/Fd39jBmpY6N, http://www.playvid.com/watch/Sdh_TbFCtuM, http://www.playvid.com/watch/xSzX2RekKJH,
http://www.playvid.com/watch/7uVL_LeWH58, http://www.playvid.com/watch/RQdA0DWP93u, http://www.playvid.com/watch/TXD15rE9xhm,
http://www.playvid.com/watch/i1X9Rd4duro, http://www.playvid.com/watch/t_6A42bXfqt, http://www.playvid.com/watch/S6ibWCN_nAw,
http://www.playvid.com/watch/DfE-axsSFIU, http://www.playvid.com/watch/iGQFx_iNv9Z, http://www.playvid.com/watch/g1ZK_wf8i52,
http://www.playvid.com/watch/q_MQvXKr2IO, http://www.playvid.com/watch/7xaCHO6ffAo, http://www.playvid.com/watch/qm0taEo8tFb,
http://www.playvid.com/watch/r0iSbMQtGlO, http://www.playvid.com/watch/g_tnqCfqAHd, http://www.playvid.com/watch/CyRoKfDho-9,
http://www.playvid.com/watch/AV4KtGHl_14, http://www.playvid.com/watch/NeZYzTFM8dP, http://www.playvid.com/watch/fY5DQiDGYrr,
http://www.playvid.com/watch/Qp9U_MgHDOy, http://www.playvid.com/watch/enBZStuonNS, http://www.playvid.com/watch/0e7E3yS8Ehn,
http://www.playvid.com/watch/2GBhEjC7Bbe, http://www.playvid.com/watch/8U6Mv5gW1iD, http://www.playvid.com/watch/eR2RZX6zKXB,
http://www.playvid.com/watch/xtQpfTFg31R, http://www.playvid.com/watch/mDboUSrG-Qc, http://www.playvid.com/watch/7SFaKmW7ZBH,
http://www.playvid.com/watch/uDBnucRr8nw, http://www.playvid.com/watch/n3am7x1fVKM, http://www.playvid.com/watch/UQQR6i_yib0,
http://www.playvid.com/watch/Vk6yy5xhR0J, http://www.playvid.com/watch/oW2XhIix3my, http://www.playvid.com/watch/hbP73UoSVOh,
http://www.playvid.com/watch/R5xkCqpCwG3, http://www.playvid.com/watch/WfQhP4-THoz, http://www.playvid.com/watch/Oh7Dgv6ookm,
http://www.playvid.com/watch/365NpwMkbkf, http://www.playvid.com/watch/ACD1HnPSIeg, http://www.playvid.com/watch/ubGSbbm4C_L,
http://www.playvid.com/watch/X0QsOSvKV2r, http://www.playvid.com/watch/je0k29XOGBq, http://www.playvid.com/watch/NuKKij7ieNy,
http://www.playvid.com/watch/vTVwffHTTIK, http://www.playvid.com/watch/jT-Rfz4ORJx, http://www.playvid.com/watch/hP2jSe5SHxL,
http://www.playvid.com/watch/M3Yx1CWISpo, http://www.playvid.com/watch/8L8RmdFZRCj, http://www.playvid.com/watch/cZk0LOzVVJl,
http://www.playvid.com/watch/uoGa3-2Zl6t, http://www.playvid.com/watch/9yiJYQD5vVg, http://www.playvid.com/watch/ToblBB3CHMg,
http://www.playvid.com/watch/DnXah21iUwB, http://www.playvid.com/watch/tqdb3lPhf2k, http://www.playvid.com/watch/7O2GeeMigfE,
http://www.playvid.com/watch/PQ3NzBPxvul, http://www.playvid.com/watch/R1xP4LJSGAS, http://www.playvid.com/watch/HC2KO4tX-s4,
http://www.playvid.com/watch/uAWfyJGcj7G, http://www.playvid.com/watch/ajhC_KDKxGY, http://www.playvid.com/watch/dpiRefC7QbU,
http://www.playvid.com/watch/tIE0oit_HtC, http://www.playvid.com/watch/KooGV_BbxvR, http://www.playvid.com/watch/9mD9KGRa1Gu,
http://www.playvid.com/watch/Fqh_q-qFtLc, http://www.playvid.com/watch/8hhBSfoxTaP, http://www.playvid.com/watch/eNyDnM7TWIh,
http://www.playvid.com/watch/2hff8-UMvN0, http://www.playvid.com/watch/3SPxzbvdKIT, http://www.playvid.com/watch/Zbs3f0jpu1L,
http://www.playvid.com/watch/FiMKrPzSNI6, http://www.playvid.com/watch/3Ysnpl8RXo8, http://www.playvid.com/watch/vOoWaCV9uhv,
http://www.playvid.com/watch/e8GxSNce2st, http://www.playvid.com/watch/Vvp12CxxZLq, http://www.playvid.com/watch/X-dBYVv3360,
http://www.playvid.com/watch/L-aGf1qPSl9, http://www.playvid.com/watch/dDIqkYJTPir, http://www.playvid.com/watch/rtPBadOUWcr,
http://www.playvid.com/watch/yYBrtyL1-lb, http://www.playvid.com/watch/btbKzSspWVN, http://www.playvid.com/watch/ZRkhFpeN5ao,
http://www.playvid.com/watch/OhAsiUA3NBF, http://www.playvid.com/watch/qkU0uUoQaRZ, http://www.playvid.com/watch/mZOxFquQWyR,
http://www.playvid.com/watch/Z9seoV0okh7, http://www.playvid.com/watch/JhDJH8nC2_A, http://www.playvid.com/watch/jmuRVDtszEk,
http://www.playvid.com/watch/LZ6P5Gptvrd, http://www.playvid.com/watch/EW-CPutODJO, http://www.playvid.com/watch/GTzeipi03_q,
http://www.playvid.com/watch/x_9jFQ2hjDc, http://www.playvid.com/watch/m7cIHOZW2GR, http://www.playvid.com/watch/0BYYZZOzx1Z,
http://www.playvid.com/watch/uRbvn58ZVMU, http://www.playvid.com/watch/OD1pJQzqvV7, http://www.playvid.com/watch/kFGozm0IDXZ,
http://www.playvid.com/watch/Hd1k7N2zXHk, http://www.playvid.com/watch/552Ivu_dPQs, http://www.playvid.com/watch/DnIm_A6J7v7,
http://www.playvid.com/watch/d865LO00_Rv, http://www.playvid.com/watch/lbMdz3_gaPm, http://www.playvid.com/watch/Pg7vWvuYccl,
http://www.playvid.com/watch/cmF25lYgeoZ, http://www.playvid.com/watch/zwOtMLdB_ee, http://www.playvid.com/watch/su6lPLuwAP6,
http://www.playvid.com/watch/mSb0EZMx0yn, http://www.playvid.com/watch/z6SRDY0500T, http://www.playvid.com/watch/eU4jH3fd1ic,
http://www.playvid.com/watch/Bhz25nng-P6, http://www.playvid.com/watch/z6ec34uPhRR, http://www.playvid.com/watch/m9bxCgnV3qL,
http://www.playvid.com/watch/APM-UXk7arM, http://www.playvid.com/watch/vhy_3WQD0W3, http://www.playvid.com/watch/OVmJ7DyECas,
http://www.playvid.com/watch/m2VaggO3Cml, http://www.playvid.com/watch/ReR39eqGHPW, http://www.playvid.com/watch/blbsrJ0robV,
http://www.playvid.com/watch/lTuNmHsbCrj, http://www.playvid.com/watch/jXd_VUYHdmj, http://www.playvid.com/watch/iudoN-GKNFI,

http://www.playvid.com/watch/uOqU5gKuiOa, http://www.playvid.com/watch/gEdCLRn2qdu, http://www.playvid.com/watch/qb3AYPIyAGp,
http://www.playvid.com/watch/WymgfY21efo, http://www.playvid.com/watch/Y-4TUNua4po, http://www.playvid.com/watch/4HhRkUqNwdn,
http://www.playvid.com/watch/d7NdMY8JnE8, http://www.playvid.com/watch/nqOWzx3HS3J, http://www.playvid.com/watch/2YIP7hvoh1P,
http://www.playvid.com/watch/tgSafiWVk-A, http://www.playvid.com/watch/O_yEH8_v5nZ, http://www.playvid.com/watch/4yZlLAsIuBa,
http://www.playvid.com/watch/UHW85AjsFIB, http://www.playvid.com/watch/ILEpVBPbsAl, http://www.playvid.com/watch/vabOX5iv6GV,
http://www.playvid.com/watch/2Xylhy0m5hY, http://www.playvid.com/watch/CZOfHluAx7X, http://www.playvid.com/watch/Llv5yI7nHxZ,
http://www.playvid.com/watch/utcBBuS6JDk, http://www.playvid.com/watch/iRhqDLLwNzb, http://www.playvid.com/watch/K4yPesmkaMJ,
http://www.playvid.com/watch/eoiGIpq3d2H, http://www.playvid.com/watch/nWsJXYWteFk, http://www.playvid.com/watch/lGUfXTB1iWr,
http://www.playvid.com/watch/hYIhmCMYSOy, http://www.playvid.com/watch/mG1rt_k1R-B, http://www.playvid.com/watch/Z95kXOoSHkj,
http://www.playvid.com/watch/btgJA7ux4e2, http://www.playvid.com/watch/tE3enhQaZpj, http://www.playvid.com/watch/I2zJutOfAOw,
http://www.playvid.com/watch/KKPZa9ZIvX4, http://www.playvid.com/watch/9ZJgLtw8779, http://www.playvid.com/watch/CdCkuuVIkj5,
http://www.playvid.com/watch/p0lZcu0gQYT, http://www.playvid.com/watch/x7npAn7fJmI, http://www.playvid.com/watch/2hDbwXnHIon,
http://www.playvid.com/watch/A750NNwoKhu, http://www.playvid.com/watch/jEfETHb9WJP, http://www.playvid.com/watch/sSBIQR6s2VN,
http://www.playvid.com/watch/9_K6dp-JMEv, http://www.playvid.com/watch/Oy1EdzjA_nV, http://www.playvid.com/watch/ceSKR9Rgqps,
http://www.playvid.com/watch/qGIB9KCysjP, http://www.playvid.com/watch/j3-IgwElQNg, http://www.playvid.com/watch/PpkVsgFW6Wx,
http://www.playvid.com/watch/qb2WQZ6hR-T, http://www.playvid.com/watch/qtb9yPkBcU9, http://www.playvid.com/watch/XHh6HfvpMou,
http://www.playvid.com/watch/ld1gbMxtmKB, http://www.playvid.com/watch/qFsazSo7TCD, http://www.playvid.com/watch/XPGbseT6ZHF,
http://www.playvid.com/watch/EDNwICUYn3G, http://www.playvid.com/watch/fb90xqM9RPS, http://www.playvid.com/watch/LAmGKaMZJzM,
http://www.playvid.com/watch/y5L5j7XDjn7, http://www.playvid.com/watch/dS_j_P2XG4J, http://www.playvid.com/watch/3S6UkG9xeen,
http://www.playvid.com/watch/G5tpVwRaAyV, http://www.playvid.com/watch/nBY0yYarV6g, http://www.playvid.com/watch/dXhDyzW4OR7,
http://www.playvid.com/watch/KZt3tBQn1UC, http://www.playvid.com/watch/nDqyCr4ghP0, http://www.playvid.com/watch/IjMhHsRmicL,
http://www.playvid.com/watch/Wdr9SADqdRA, http://www.playvid.com/watch/4aaHvduxZFK, http://www.playvid.com/watch/nhC4tfig5cw,
http://www.playvid.com/watch/pjCmcfZrg8H, http://www.playvid.com/watch/MhCyQnVliYM, http://www.playvid.com/watch/OI67PZ_tWat,
http://www.playvid.com/watch/t-fcDBco76u, http://www.playvid.com/watch/VxTkIrHpw1A, http://www.playvid.com/watch/5kIH6Y3QoBc,
http://www.playvid.com/watch/sOVmdG9rNB5, http://www.playvid.com/watch/OgehoqKSVeo, http://www.playvid.com/watch/gLqfp5jrwTs,
http://www.playvid.com/watch/aLRkjjDTZqW, http://www.playvid.com/watch/g8KOzpzhZm9, http://www.playvid.com/watch/54fnlkMrZEN,
http://www.playvid.com/watch/AxPXq0lSOkP, http://www.playvid.com/watch/kigCVVNMuHT, http://www.playvid.com/watch/fdFKK41_E22,
http://www.playvid.com/watch/K8EYEZdov6H, http://www.playvid.com/watch/m2f0bZed6LM, http://www.playvid.com/watch/rXORbR_eVHw,
http://www.playvid.com/watch/qLNER1UOIEy, http://www.playvid.com/watch/5oUY4X03vZm, http://www.playvid.com/watch/YWhrySF12Ea,
http://www.playvid.com/watch/VBa6_2Y_brY, http://www.playvid.com/watch/RuH-Q1rRpiK, http://www.playvid.com/watch/6oDV6d82fd6,
http://www.playvid.com/watch/PNEAOLEWT4K, http://www.playvid.com/watch/G_FIgmuv3yb, http://www.playvid.com/watch/9iyaVdbADIu,
http://www.playvid.com/watch/ZqY0xlIszgm, http://www.playvid.com/watch/ppWfnNCqs-X, http://www.playvid.com/watch/aObf5NHpt6a,
http://www.playvid.com/watch/o-yLKWG0vmR, http://www.playvid.com/watch/pRDtW0S6Xz6, http://www.playvid.com/watch/eG5_dTXoc0R,
http://www.playvid.com/watch/o8bMig7nTUX, http://www.playvid.com/watch/WFqHHTHo6Vc, http://www.playvid.com/watch/lDTcVimFxOq,
http://www.playvid.com/watch/Hhv2CoGdjNs, http://www.playvid.com/watch/r7nk2WVlGOg, http://www.playvid.com/watch/ENjxgM7rA_c,
http://www.playvid.com/watch/gm6L4MaZCQj, http://www.playvid.com/watch/KRRlm634SYl, http://www.playvid.com/watch/fPurAQsMq2F,
http://www.playvid.com/watch/t8okW9OQ9iL, http://www.playvid.com/watch/4WkuBpxzUna, http://www.playvid.com/watch/FHH9jv-3Xtd,
http://www.playvid.com/watch/h4WKTzJjYiJ, http://www.playvid.com/watch/h6evNoANMqf, http://www.playvid.com/watch/hJzN2u4iINq,
http://www.playvid.com/watch/MIg3MMVQbWY, http://www.playvid.com/watch/H9txnToCxkb, http://www.playvid.com/watch/zeiNBSQ5KPI,
http://www.playvid.com/watch/AEA2jI5kCmj, http://www.playvid.com/watch/pVJ8zFxuRUg, http://www.playvid.com/watch/kJ4gGEqmZ1T,
http://www.playvid.com/watch/YpZCjxXk-_C, http://www.playvid.com/watch/5iUKBBN1stb, http://www.playvid.com/watch/G0GzUxcUF7X,
http://www.playvid.com/watch/QdpTap_-Wmp, http://www.playvid.com/watch/vH1cvOgS8_E, http://www.playvid.com/watch/0npOtgSwgRy,
http://www.playvid.com/watch/LLxeWRDc4zl, http://www.playvid.com/watch/HSmEK3r-IVu, http://www.playvid.com/watch/U3tO1pZdI_o,
http://www.playvid.com/watch/9BEXtS0T4R5, http://www.playvid.com/watch/I-KCHsIVU-J, http://www.playvid.com/watch/68Ea-KXjXT6,
http://www.playvid.com/watch/fbSw-DyF99A, http://www.playvid.com/watch/Tg1-s6CVxKH, http://www.playvid.com/watch/9OIVqTUZWER,
http://www.playvid.com/watch/JxEK2sprjvJ, http://www.playvid.com/watch/YZkpoSHmGgJ, http://www.playvid.com/watch/k2drTT7-oXz,
http://www.playvid.com/watch/eazydWCl9CS, http://www.playvid.com/watch/XwiFsS0r54B, http://www.playvid.com/watch/2-cPJxNMYAQ,
http://www.playvid.com/watch/ZUu2AdFcYAP, http://www.playvid.com/watch/BOpH9tTD2c3, http://www.playvid.com/watch/seCnv7j0tOo,
http://www.playvid.com/watch/Hp-BANdRxIw, http://www.playvid.com/watch/vI-TnGwAcMY, http://www.playvid.com/watch/PTSM8YUbFHf,
http://www.playvid.com/watch/QlLGt4E-WrH, http://www.playvid.com/watch/Wl0uPc5kWjp, http://www.playvid.com/watch/BuWisooTWWV,
http://www.playvid.com/watch/c9fCGALKH6Z, http://www.playvid.com/watch/dCr4KqMEyJB, http://www.playvid.com/watch/FYmeQnJpZPN,
http://www.playvid.com/watch/suBGrKwb2Mh, http://www.playvid.com/watch/2ITcy5WGlJX, http://www.playvid.com/watch/FrhQOB4hB4u,
http://www.playvid.com/watch/T7-x-LRDTiH, http://www.playvid.com/watch/S_GtvtetSDk, http://www.playvid.com/watch/WDtg3lfXqLj,
http://www.playvid.com/watch/5N9-fdDsGcW, http://www.playvid.com/watch/HLIHn8tS0xl, http://www.playvid.com/watch/AXHdX7LpxQM,
http://www.playvid.com/watch/0EnJSKBx0zX, http://www.playvid.com/watch/FS2jRAE-E3I, http://www.playvid.com/watch/C8JI1E4_mIp,
http://www.playvid.com/watch/YexNMbM19Bg, http://www.playvid.com/watch/yEe5oj1p4Tb, http://www.playvid.com/watch/ZoB8BSfWRSh,
http://www.playvid.com/watch/R26ACLzyLGB, http://www.playvid.com/watch/r5AhecsNJTe, http://www.playvid.com/watch/FlBSl2MyOBD,
http://www.playvid.com/watch/kxYIn_Fisli, http://www.playvid.com/watch/7BzuFwToHuK, http://www.playvid.com/watch/gMc2sTcekbm,
http://www.playvid.com/watch/tmLu8x2Y4Oi, http://www.playvid.com/watch/3v64j7LZzcy, http://www.playvid.com/watch/qCEo94v_4Bw,
http://www.playvid.com/watch/WJ-RZzhIHo8, http://www.playvid.com/watch/iSQ9kTpI6Re, http://www.playvid.com/watch/jG0JbxlZSJ8,
http://www.playvid.com/watch/hGyeMpQy-pI, http://www.playvid.com/watch/vZizKg-ouYq, http://www.playvid.com/watch/cOOFRjWQVc9,
http://www.playvid.com/watch/NoYXYZJ-dHg, http://www.playvid.com/watch/Lf9xj1qwkXN, http://www.playvid.com/watch/Z_LfvyDFk6P,
http://www.playvid.com/watch/ekXAYKmzkg3, http://www.playvid.com/watch/OsfMbHh8cxV, http://www.playvid.com/watch/j8mxoe85sCH,
http://www.playvid.com/watch/gnBZQEPu_z4, http://www.playvid.com/watch/CyEFIZF42tL, http://www.playvid.com/watch/H-2PkidvMP7,
http://www.playvid.com/watch/gbEPHLkqDUr, http://www.playvid.com/watch/IMwsBGQgkVX, http://www.playvid.com/watch/Y4ckT4rfklb,
http://www.playvid.com/watch/GLy1cwg8F3P, http://www.playvid.com/watch/ZRiZ4z5CbEu, http://www.playvid.com/watch/oYbWNCBUSwC,
http://www.playvid.com/watch/4QGFYXz1xUr, http://www.playvid.com/watch/LXD3Yw3238k, http://www.playvid.com/watch/afe7BWoOsA9,
http://www.playvid.com/watch/SQfBeoxss5t, http://www.playvid.com/watch/iVxHtMkxgqA, http://www.playvid.com/watch/EqiIebq_VKe,
http://www.playvid.com/watch/KGNIWYovSQW, http://www.playvid.com/watch/Gjt6A5p1yP4, http://www.playvid.com/watch/urFCRBJW_A6,
http://www.playvid.com/watch/HAO-o-Rgc5p, http://www.playvid.com/watch/wm6NABmAq_A, http://www.playvid.com/watch/FCX6ioGfl5K,
http://www.playvid.com/watch/QqW5ueMfBkM, http://www.playvid.com/watch/7qIIxEiRsQo, http://www.playvid.com/watch/P9amx6LG7ay,
http://www.playvid.com/watch/cFRr8rjwflB, http://www.playvid.com/watch/8uENhrd8WWF, http://www.playvid.com/watch/iHBKOP4B023,
http://www.playvid.com/watch/cgMkPL3wKz2, http://www.playvid.com/watch/F8MWOlCBoH7, http://www.playvid.com/watch/IcUDWN6j5zp,
http://www.playvid.com/watch/p4d2iarsk9v, http://www.playvid.com/watch/GNsEwNOU7f6, http://www.playvid.com/watch/Sq_wDFRfQc3,
http://www.playvid.com/watch/AFyWKleRiv8, http://www.playvid.com/watch/kS20uTXKDGc, http://www.playvid.com/watch/yvD2gNal57y,
http://www.playvid.com/watch/6SYa5P2id06, http://www.playvid.com/watch/wvEbrogEZE0, http://www.playvid.com/watch/dMQgqZBPQsH,
http://www.playvid.com/watch/dx7PWvBvYBk, http://www.playvid.com/watch/t6TBw3F1TEF, http://www.playvid.com/watch/RkyxhcuXl5F,
http://www.playvid.com/watch/32B-2xYE-54, http://www.playvid.com/watch/uISZKm4HK1H, http://www.playvid.com/watch/K0vuI6ZYtU3,
http://www.playvid.com/watch/Uq0RNAPHZfu, http://www.playvid.com/watch/fzQIUKFuo_J, http://www.playvid.com/watch/RDkedPfIy1x,
http://www.playvid.com/watch/Hnwortto93O, http://www.playvid.com/watch/CwiyarnBza0, http://www.playvid.com/watch/Q5dxhfuAQiN,
http://www.playvid.com/watch/gkLIrxD6eD8, http://www.playvid.com/watch/gV7ndpFnHo3, http://www.playvid.com/watch/NVl1lKrz7EH,
http://www.playvid.com/watch/J974Ndhrizy, http://www.playvid.com/watch/6HhSCsH6QZX, http://www.playvid.com/watch/66iY1_p2rSw,
http://www.playvid.com/watch/PTwLOGrWauA, http://www.playvid.com/watch/sebdahl0gFD, http://www.playvid.com/watch/xgiKLKue8RT,
http://www.playvid.com/watch/j8lY-8xF_qN, http://www.playvid.com/watch/9-8ynAWZ8ow, http://www.playvid.com/watch/m_93jMEOUsI,
http://www.playvid.com/watch/ZHND8oUo5lX, http://www.playvid.com/watch/FSP6o-gJcci, http://www.playvid.com/watch/0rfjhMQF_bq,
http://www.playvid.com/watch/yQihZ_-WfA2, http://www.playvid.com/watch/jVwVCcmO47J, http://www.playvid.com/watch/rudKArdGD0u,
http://www.playvid.com/watch/4DkE911wdNE, http://www.playvid.com/watch/R55GAWzZVOz, http://www.playvid.com/watch/i5D5aIvH6iS,
http://www.playvid.com/watch/nV8c1wzoRCR, http://www.playvid.com/watch/U_8kPuCc-VB, http://www.playvid.com/watch/UutD86ekBvZ,
http://www.playvid.com/watch/a6QOzDnEfnA, http://www.playvid.com/watch/gdgACuiIGkj, http://www.playvid.com/watch/GE07GLzhuTf,
http://www.playvid.com/watch/f5OtyExG6vw, http://www.playvid.com/watch/XiJaqTWKYvk, http://www.playvid.com/watch/FnXvRkeaxG0,
http://www.playvid.com/watch/e-oZA1TD7yv, http://www.playvid.com/watch/ug9bgBRDcHK, http://www.playvid.com/watch/GBsZS9L6Kaf,
http://www.playvid.com/watch/pBZ1qSiATmD, http://www.playvid.com/watch/Ep9wdWHNEJg, http://www.playvid.com/watch/mdiXHY2fDTR,
http://www.playvid.com/watch/3ty2e4LC337, http://www.playvid.com/watch/pXBhDt2Mkj0, http://www.playvid.com/watch/YXwEkuVzarF,
http://www.playvid.com/watch/ANEBRcnW3Fe, http://www.playvid.com/watch/jKcQ3Qmb5dM, http://www.playvid.com/watch/nU_ZUtn6xrI,
http://www.playvid.com/watch/GcOfEX00Uuv, http://www.playvid.com/watch/5mLqIMwmfly, http://www.playvid.com/watch/fCMq6R48W2H,
http://www.playvid.com/watch/MykNFCKiS_S, http://www.playvid.com/watch/7inyPUPDuEK, http://www.playvid.com/watch/LcV6OZf79ps,

http://www.playvid.com/watch/R5Fb4qvUw4c, http://www.playvid.com/watch/uY1-O9enP7x, http://www.playvid.com/watch/ySXUijpcsHC,
http://www.playvid.com/watch/J_RQDSswISv, http://www.playvid.com/watch/IYqZCh9fnWD, http://www.playvid.com/watch/TwcoaPlmMtg,
http://www.playvid.com/watch/Fofz3hzqyVW, http://www.playvid.com/watch/fOrXapaRAQA, http://www.playvid.com/watch/lni1_yGTGkI,
http://www.playvid.com/watch/dkcu4s1vMAl, http://www.playvid.com/watch/PgvSdlaBe3t, http://www.playvid.com/watch/H7O1O2r-Ghp,
http://www.playvid.com/watch/7e0hpfQ-MkB, http://www.playvid.com/watch/VTHhuN2hCHT, http://www.playvid.com/watch/neGHd-a-v-T,
http://www.playvid.com/watch/8mS4EUXK6sf, http://www.playvid.com/watch/laDUcf60wyo, http://www.playvid.com/watch/ki2HQyfhtLZ,
http://www.playvid.com/watch/oxxUBQOHkPR, http://www.playvid.com/watch/4GsWlFo67Rd, http://www.playvid.com/watch/JCta2fAVSXV,
http://www.playvid.com/watch/AoH3wvtFuUW, http://www.playvid.com/watch/KjizKC4d9rs, http://www.playvid.com/watch/fzTYJfm05ND,
http://www.playvid.com/watch/VSr_qLe6dLn, http://www.playvid.com/watch/uPTQ5VfhDJr, http://www.playvid.com/watch/QvsnSnkAvhr,
http://www.playvid.com/watch/HG5zY2qsadu, http://www.playvid.com/watch/a_-pusQfMJx, http://www.playvid.com/watch/ACC5-9ROOby,
http://www.playvid.com/watch/CV90-KwGncz, http://www.playvid.com/watch/8lRSlteFihO, http://www.playvid.com/watch/e3R623Eapd8,
http://www.playvid.com/watch/0M03IwM5fZq, http://www.playvid.com/watch/i2o5_kP_jrZ, http://www.playvid.com/watch/DedzlJFFlp8,
http://www.playvid.com/watch/SYo2rXhIWzA, http://www.playvid.com/watch/nwfB_H8rBHT, http://www.playvid.com/watch/mkmknWSrHRh,
http://www.playvid.com/watch/O7Up-UEAmfk, http://www.playvid.com/watch/hBQcuI2VuQZ, http://www.playvid.com/watch/no9V_JeiVq2,
http://www.playvid.com/watch/Yl5Yl1zGHrV, http://www.playvid.com/watch/31y0ptIEnoZ, http://www.playvid.com/watch/tEsDYN79Tbt,
http://www.playvid.com/watch/FSmXZqVGAps, http://www.playvid.com/watch/Sz_Euz_HvZd, http://www.playvid.com/watch/GoaP7h4cgJ5,
http://www.playvid.com/watch/RtFz5MIpSab, http://www.playvid.com/watch/lsBES8t8A_q, http://www.playvid.com/watch/P3C0JrTaQtf,
http://www.playvid.com/watch/m0U2YpvX7Cm, http://www.playvid.com/watch/inaliId7bYF, http://www.playvid.com/watch/jscUNK_fFB7,
http://www.playvid.com/watch/mhLn2xRX3BB, http://www.playvid.com/watch/g6SJoiaLYBw, http://www.playvid.com/watch/Q6SboTML7eL,
http://www.playvid.com/watch/Kxp93X_TsaI, http://www.playvid.com/watch/4f-sodqrYDx, http://www.playvid.com/watch/NMyBhNDO8yQ,
http://www.playvid.com/watch/MIsNns7nsgp, http://www.playvid.com/watch/coKKpIwvJyW, http://www.playvid.com/watch/Joc6qekFWcj,
http://www.playvid.com/watch/bZaQtvt_ISW, http://www.playvid.com/watch/zDmNQnP1moP, http://www.playvid.com/watch/s0u--5zPlFc,
http://www.playvid.com/watch/qemKSVlZ0nM, http://www.playvid.com/watch/pnZS5fVilOG, http://www.playvid.com/watch/C4W6CS2dyko,
http://www.playvid.com/watch/qWLjjAXqHqS, http://www.playvid.com/watch/fmfScVTesh3, http://www.playvid.com/watch/GROxp8Anu4z,
http://www.playvid.com/watch/cYNUPRlQFi2, http://www.playvid.com/watch/Ez4zEWtxVGx, http://www.playvid.com/watch/HE50PL3uikV,
http://www.playvid.com/watch/CDiGKR2kcv2, http://www.playvid.com/watch/npSbnRxKUWZ, http://www.playvid.com/watch/jFePBiuATjL,
http://www.playvid.com/watch/O5_unPTo80I, http://www.playvid.com/watch/p73ubvU3ZMT, http://www.playvid.com/watch/AiW2peeXczU,
http://www.playvid.com/watch/hLZUl2N65sT, http://www.playvid.com/watch/j_XWOeE2LrN, http://www.playvid.com/watch/8Z9vU_Nqtkm,
http://www.playvid.com/watch/jbs5LzFVYkd, http://www.playvid.com/watch/TQqqVllPSfB, http://www.playvid.com/watch/Pr4jqxU27Dn,
http://www.playvid.com/watch/9OxO3c9fH4e, http://www.playvid.com/watch/U2pmJ4svObz, http://www.playvid.com/watch/SVollF6jSnJ,
http://www.playvid.com/watch/eKTBt9SlHSJ, http://www.playvid.com/watch/tcTHLqAMGUm, http://www.playvid.com/watch/pHCu4KFXFnc,
http://www.playvid.com/watch/uO5f1HAn5Rb, http://www.playvid.com/watch/3gxAyvLLxMr, http://www.playvid.com/watch/M3ZaZ0Xd7W7,
http://www.playvid.com/watch/GXY5R99ILuX, http://www.playvid.com/watch/HjM3RoQ0d1j, http://www.playvid.com/watch/bcXS6KSCt5x,
http://www.playvid.com/watch/lLUWHpmiueF, http://www.playvid.com/watch/c_ZZcyHjUqJ, http://www.playvid.com/watch/68vWSonq3qH,
http://www.playvid.com/watch/ddfERJpsS_K, http://www.playvid.com/watch/Ce1HPmnac2c, http://www.playvid.com/watch/LvfV9X4vFAs,
http://www.playvid.com/watch/2faD2frZlw3, http://www.playvid.com/watch/8y_mPAw98w0, http://www.playvid.com/watch/01mAPEvJ9TE,
http://www.playvid.com/watch/G5ZwfbStB2c, http://www.playvid.com/watch/hQR7emetdIo, http://www.playvid.com/watch/f9PGc-QRZMq,
http://www.playvid.com/watch/9mxDDXD3J9S, http://www.playvid.com/watch/wKEZNsekIvE, http://www.playvid.com/watch/DL2ke8yA-2C,
http://www.playvid.com/watch/2PXK7sCgRbs, http://www.playvid.com/watch/jW0zEa3t3_x, http://www.playvid.com/watch/42v14KBpSpV,
http://www.playvid.com/watch/XrjCL5bUi6z, http://www.playvid.com/watch/XUPmX5PYhN7, http://www.playvid.com/watch/OMWJrHm4X8Z,
http://www.playvid.com/watch/Z9skgw5kGtX, http://www.playvid.com/watch/dYgFGghF9Is, http://www.playvid.com/watch/5qT5BZqp8zP,
http://www.playvid.com/watch/aZYZSqu-uw6, http://www.playvid.com/watch/MqesQdhUb5v, http://www.playvid.com/watch/KYEYUnkV8lf,
http://www.playvid.com/watch/OjpHrDNeAVW, http://www.playvid.com/watch/ad-kRF5S2dL, http://www.playvid.com/watch/oek9oIjf6Kg,
http://www.playvid.com/watch/nqa0G_O6nnu, http://www.playvid.com/watch/W0Z-xGAc3Ee, http://www.playvid.com/watch/evVXEcfiQkq,
http://www.playvid.com/watch/LOjc6nE4hs8, http://www.playvid.com/watch/TPO8wiPX73p, http://www.playvid.com/watch/rprDur8wgSj,
http://www.playvid.com/watch/UfW5alibVYu, http://www.playvid.com/watch/p7ky7os6qR5, http://www.playvid.com/watch/LwgzJFqAO2B,
http://www.playvid.com/watch/P4UMSr_wOFD, http://www.playvid.com/watch/oCDI_BUJ0IG, http://www.playvid.com/watch/G7P3I-a95Zg,
http://www.playvid.com/watch/z5h2A6PiEle, http://www.playvid.com/watch/m0LbDqz_Wab, http://www.playvid.com/watch/ia-s67bWjsH,
http://www.playvid.com/watch/E9u5enLSsGa, http://www.playvid.com/watch/qbBidw1eqzZ, http://www.playvid.com/watch/PEEeejI7oIH,
http://www.playvid.com/watch/KQ8UeioC8NL, http://www.playvid.com/watch/WqUvskjVhPl, http://www.playvid.com/watch/TbnDQ7TCSAb,
http://www.playvid.com/watch/0HpSItED61z, http://www.playvid.com/watch/w-kkVfkUXiq, http://www.playvid.com/watch/9kmeoAO9lAW,
http://www.playvid.com/watch/8fsHFcVU1VQ, http://www.playvid.com/watch/4UjMFYe_s0E, http://www.playvid.com/watch/294QQGgCb2t,
http://www.playvid.com/watch/EPAir_UG4pY, http://www.playvid.com/watch/OH46U_jNJoO, http://www.playvid.com/watch/C38wxb6Nu-y,
http://www.playvid.com/watch/PHdMGoC55j8, http://www.playvid.com/watch/LRWe1-xgAaq, http://www.playvid.com/watch/m-WasmkYfs0,
http://www.playvid.com/watch/ZsXKVa9MGsb, http://www.playvid.com/watch/9QqqfvuWPy7, http://www.playvid.com/watch/VzT1zaQnmLM,
http://www.playvid.com/watch/rDPpxwnEZQY, http://www.playvid.com/watch/DJ4BWht4omH, http://www.playvid.com/watch/ju1WcEjot5M,
http://www.playvid.com/watch/90lfo_ln-ln, http://www.playvid.com/watch/ITYDlI1PZya, http://www.playvid.com/watch/fh2fvqXqFzc,
http://www.playvid.com/watch/tA7fzqWCmEl, http://www.playvid.com/watch/aYbk1atJM-g, http://www.playvid.com/watch/g9GcilJyS95,
http://www.playvid.com/watch/iHTmlwCxJ_n, http://www.playvid.com/watch/jvzUb5XNa_R, http://www.playvid.com/watch/5tNp6OWBzLQ,
http://www.playvid.com/watch/EhscLaznNQZ, http://www.playvid.com/watch/EKBauCpL-YM, http://www.playvid.com/watch/kHq7T9OABvm,
http://www.playvid.com/watch/Fy5Sb2grtlb, http://www.playvid.com/watch/xYFwzqO9EwH, http://www.playvid.com/watch/EwttFGmRHej,
http://www.playvid.com/watch/kqMQTVpvzf4, http://www.playvid.com/watch/RR0B7e7j05o, http://www.playvid.com/watch/CPIPYDG244s,
http://www.playvid.com/watch/YwHmfcv_roK, http://www.playvid.com/watch/orTbMM4yAGW, http://www.playvid.com/watch/p4Tt-9KtQTl,
http://www.playvid.com/watch/8IOwER5pimP, http://www.playvid.com/watch/JgkNmpmiI40, http://www.playvid.com/watch/5v8sNKkwWea,
http://www.playvid.com/watch/odyPombMaUx, http://www.playvid.com/watch/M31jh3mZ9rT, http://www.playvid.com/watch/4vbgY6uozAf,
http://www.playvid.com/watch/cw_DGp5K21T, http://www.playvid.com/watch/ZhGvard67gl, http://www.playvid.com/watch/yQ6Dh_V-A9N,
http://www.playvid.com/watch/UjmnB3TfmZh, http://www.playvid.com/watch/9MZv0QdLbBj, http://www.playvid.com/watch/SoKqYKrwqbW,
http://www.playvid.com/watch/Oxy6z9XKqdq, http://www.playvid.com/watch/hxVs0rVelSY, http://www.playvid.com/watch/VzOzJMtfoyP,
http://www.playvid.com/watch/Xb1wo1kP_wD, http://www.playvid.com/watch/siPpwsGUHKo, http://www.playvid.com/watch/jwiEGsjlaJ0,
http://www.playvid.com/watch/xnE3KEPNeNr, http://www.playvid.com/watch/iY870r0fWCs, http://www.playvid.com/watch/GsJDCfNHN2Z,
http://www.playvid.com/watch/bcTnZrKYD2u, http://www.playvid.com/watch/6ahzocXmz2M, http://www.playvid.com/watch/EiyKg06bk0X,
http://www.playvid.com/watch/4EDkzbCaM6P, http://www.playvid.com/watch/WaddIfJgeCG, http://www.playvid.com/watch/r97qiteZlpH,
http://www.playvid.com/watch/sxkrp4fJhAB, http://www.playvid.com/watch/5O8HKTtrRgT, http://www.playvid.com/watch/POXhyJhXFAL,
http://www.playvid.com/watch/21zvq9z_Cmf, http://www.playvid.com/watch/f7JpOuLV0TG, http://www.playvid.com/watch/vcz7coft_ZY,
http://www.playvid.com/watch/GNA9MFuWPTr, http://www.playvid.com/watch/gsH_CI4nQ-k, http://www.playvid.com/watch/kNDGq6mClVM,
http://www.playvid.com/watch/uBDGHem5Rdz, http://www.playvid.com/watch/OgNeimAOhov, http://www.playvid.com/watch/YYvWzQfJesE,
http://www.playvid.com/watch/GjvBS3gHtq5, http://www.playvid.com/watch/Nwwcvo_oWdi, http://www.playvid.com/watch/yjY_iOPfNAo,
http://www.playvid.com/watch/Y6J2HmI9UU0, http://www.playvid.com/watch/YzbJNBIJTGC, http://www.playvid.com/watch/AN9IV0rqa80,
http://www.playvid.com/watch/7bpTt9YCTxz, http://www.playvid.com/watch/aVWATPpNHQe, http://www.playvid.com/watch/BCBByhp-Qd8,
http://www.playvid.com/watch/dHHJYvvnEQX, http://www.playvid.com/watch/3DppNamlBv5, http://www.playvid.com/watch/a-FzjADx-qX,
http://www.playvid.com/watch/GkdEworDQX9, http://www.playvid.com/watch/irUje_hprei, http://www.playvid.com/watch/BGfXVwXL59T,
http://www.playvid.com/watch/3UGjvHcuCX2, http://www.playvid.com/watch/fbmorPYJToV, http://www.playvid.com/watch/RHXj6Iyx93Q,
http://www.playvid.com/watch/SBUg7pKCSGg, http://www.playvid.com/watch/Q0G-rmrMZB9, http://www.playvid.com/watch/Ng3T8yOabXP,
http://www.playvid.com/watch/VWLcT1sMr2o, http://www.playvid.com/watch/NcjylBMnwLq, http://www.playvid.com/watch/OuNF_DQU-4g,
http://www.playvid.com/watch/rAQ4VC3J9Fs, http://www.playvid.com/watch/GhWMDURjclw, http://www.playvid.com/watch/g2Cw_3vmZAQ,
http://www.playvid.com/watch/Gb1a9BM_VCT, http://www.playvid.com/watch/p1szkQCgE5H, http://www.playvid.com/watch/3iW99-TTsLE,
http://www.playvid.com/watch/JbIkoM0fwSE, http://www.playvid.com/watch/ttVM2OO9gRv, http://www.playvid.com/watch/Scr3zv-X_DI,
http://www.playvid.com/watch/wRsvhp0wwej, http://www.playvid.com/watch/mUxrmJuUytq, http://www.playvid.com/watch/7yTsL12rKwc,
http://www.playvid.com/watch/sOAdu7yHxIo, http://www.playvid.com/watch/3LbYDhlKB8M, http://www.playvid.com/watch/yW9S_vX6Dnp,
http://www.playvid.com/watch/9JvfN2CEpva, http://www.playvid.com/watch/8M0L23KH9TX, http://www.playvid.com/watch/nvB2VA9Y0AM,
http://www.playvid.com/watch/8qJWTyo8NQS, http://www.playvid.com/watch/qbG1XydiwvS, http://www.playvid.com/watch/PeklaU77bNH,
http://www.playvid.com/watch/wRZyHxcqbei, http://www.playvid.com/watch/qlHb1q0VWaj, http://www.playvid.com/watch/yVoBER70Bx9,
http://www.playvid.com/watch/DXtZL6_VYYt, http://www.playvid.com/watch/Vq4nfEcRarA, http://www.playvid.com/watch/riGN86_1Ox6,
http://www.playvid.com/watch/uL2RYwjAvud, http://www.playvid.com/watch/nzQcM5fhPs7, http://www.playvid.com/watch/CC6njDmWeHu,
http://www.playvid.com/watch/6nn7EySMC56, http://www.playvid.com/watch/Y4Zpxpj9Epp, http://www.playvid.com/watch/6VYGyj5UMca,
http://www.playvid.com/watch/l-XJuxLnZsR, http://www.playvid.com/watch/FDEpQ270z6c, http://www.playvid.com/watch/KddY1iJVE23,

http://www.playvid.com/watch/N-PJ3lslN2J, http://www.playvid.com/watch/aXdalzAU0vV, http://www.playvid.com/watch/H7EJMA5Ur97,
http://www.playvid.com/watch/roQ0oRQToL2, http://www.playvid.com/watch/Zb6NPu8TUuE, http://www.playvid.com/watch/elB0_TDaA6T,
http://www.playvid.com/watch/owalPlLaIAl, http://www.playvid.com/watch/yQwULnVfqTr, http://www.playvid.com/watch/WrVNJkolJ_W,
http://www.playvid.com/watch/36TWEJnhxwF, http://www.playvid.com/watch/G51rSesf9Wd, http://www.playvid.com/watch/fk7PryO7zaV,
http://www.playvid.com/watch/GXAwvmhsTGM, http://www.playvid.com/watch/3cNgaFEPmv7, http://www.playvid.com/watch/saOMHkLNyRe,
http://www.playvid.com/watch/4UHcubMjEdB, http://www.playvid.com/watch/Z4nMUFSLOAF, http://www.playvid.com/watch/e83R4QD6Qil,
http://www.playvid.com/watch/OTjPZ8ot_gJ, http://www.playvid.com/watch/gbofjOOXKHZ, http://www.playvid.com/watch/5QsnczQokgB,
http://www.playvid.com/watch/zvDDXoq6Qsk, http://www.playvid.com/watch/ohOZkmXgB9T, http://www.playvid.com/watch/NvxXK1Rm1iS,
http://www.playvid.com/watch/neaKDqEAT5N, http://www.playvid.com/watch/fIJsui7N7-m, http://www.playvid.com/watch/PZk4KJFK6yE,
http://www.playvid.com/watch/9aRgE2y-7ni, http://www.playvid.com/watch/p2tZF1y5hb2, http://www.playvid.com/watch/pDhVgi2ajGt,
http://www.playvid.com/watch/lx3Tg7riy48, http://www.playvid.com/watch/NSEJc9UsWeq, http://www.playvid.com/watch/KvKrWwl-C3l,
http://www.playvid.com/watch/pNxaWKTVhV0, http://www.playvid.com/watch/kwIYqQCYo8I, http://www.playvid.com/watch/bH_WE3NNG_i,
http://www.playvid.com/watch/FaQi_f9tgmE, http://www.playvid.com/watch/Z-tKlhS7zJB, http://www.playvid.com/watch/FQcLKprjrBk,
http://www.playvid.com/watch/lJZ0tAEXzWI, http://www.playvid.com/watch/5FuHDDhkB64, http://www.playvid.com/watch/94kScPFEp3Z,
http://www.playvid.com/watch/Ov7Q8X6Wf0y, http://www.playvid.com/watch/BXdp0giFbJ7, http://www.playvid.com/watch/JlbP9RZ_9Hc,
http://www.playvid.com/watch/oAVIdpPrT8n, http://www.playvid.com/watch/faNtoZOgQIP, http://www.playvid.com/watch/kJJRs1RGtS8,
http://www.playvid.com/watch/a4hpc2zGYvN, http://www.playvid.com/watch/MTtWXPmnigw, http://www.playvid.com/watch/2hLqgPWevYC,
http://www.playvid.com/watch/weaxu1vRViq, http://www.playvid.com/watch/pwdHEdfsN1l, http://www.playvid.com/watch/R6QBo2kMD6p,
http://www.playvid.com/watch/OxsEy-Y4wQ4, http://www.playvid.com/watch/MIEhIhxsV7q, http://www.playvid.com/watch/y-brX8L37Mq,
http://www.playvid.com/watch/akLN8Zy-WiO, http://www.playvid.com/watch/22pEeMMSo49, http://www.playvid.com/watch/bMFJmZ5DGk3,
http://www.playvid.com/watch/8kYsdcCV12P, http://www.playvid.com/watch/ESbLNQ_ze9a, http://www.playvid.com/watch/uZbWnUSwokD,
http://www.playvid.com/watch/fvWdnwWupK0, http://www.playvid.com/watch/stWxpY-CGTt, http://www.playvid.com/watch/e3QL6uoj-BE,
http://www.playvid.com/watch/33DSz-hJoAv, http://www.playvid.com/watch/DvVGfiFTu9z, http://www.playvid.com/watch/deTDfQYoQvG,
http://www.playvid.com/watch/yio1loC18nU, http://www.playvid.com/watch/jSbbMUh-GId, http://www.playvid.com/watch/X-nM43z3oYx,
http://www.playvid.com/watch/GCW8Om1gL4O, http://www.playvid.com/watch/CAmpmyuIrBH, http://www.playvid.com/watch/03PyiFWDrFn,
http://www.playvid.com/watch/NZXj8huym6s, http://www.playvid.com/watch/5qowDmnEgvj, http://www.playvid.com/watch/6hF4afI_5ep,
http://www.playvid.com/watch/Tp4UggEj5Vw, http://www.playvid.com/watch/ZMxRZCEjtMc, http://www.playvid.com/watch/sS3bch93Qrb,
http://www.playvid.com/watch/mIzZ_qYQEac, http://www.playvid.com/watch/qf0wKr_tn7M, http://www.playvid.com/watch/jBg4KEZxVhU,
http://www.playvid.com/watch/sdapuSyhfRS, http://www.playvid.com/watch/OWXEau32quk, http://www.playvid.com/watch/QDdUqMUgu2A,
http://www.playvid.com/watch/kytSCf6l-We, http://www.playvid.com/watch/3WFZSU-s38X, http://www.playvid.com/watch/ea5exFo9aZu,
http://www.playvid.com/watch/ynxw17_8nQ4, http://www.playvid.com/watch/ndhGO_zmKxW, http://www.playvid.com/watch/IsEeRwhv4-u,
http://www.playvid.com/watch/W3TcocylLSh, http://www.playvid.com/watch/D3VrdKybT4K, http://www.playvid.com/watch/OOwoVUdUh93,
http://www.playvid.com/watch/d4AoguvaWyJ, http://www.playvid.com/watch/4Z8Og7gSNS4, http://www.playvid.com/watch/Oucikbf88R4,
http://www.playvid.com/watch/wod83h1xK-n, http://www.playvid.com/watch/PgUvattyEAp, http://www.playvid.com/watch/Z4vGoOEnx6Y,
http://www.playvid.com/watch/j8-doP1_BE4, http://www.playvid.com/watch/jbtTE2nzByK, http://www.playvid.com/watch/JOMnpRWIA7T,
http://www.playvid.com/watch/m9_XG7oYs_J, http://www.playvid.com/watch/zQqgZr1TLRF, http://www.playvid.com/watch/AWp5F38M_ro,
http://www.playvid.com/watch/ZvlHBV2zPqj, http://www.playvid.com/watch/grpRDVwsN-R, http://www.playvid.com/watch/mt3BP80Kimi,
http://www.playvid.com/watch/Dlboj4EJnLV, http://www.playvid.com/watch/Ego9f_cow9Y, http://www.playvid.com/watch/CyvME8OALLR,
http://www.playvid.com/watch/TbULzDsjiVa, http://www.playvid.com/watch/C7eONad-xvo, http://www.playvid.com/watch/CM53WWKVeGz,
http://www.playvid.com/watch/8kKnQrh2MLc, http://www.playvid.com/watch/HcKdyL_ihAd, http://www.playvid.com/watch/AzaTJA7DtAL,
http://www.playvid.com/watch/dymo7QD0djd, http://www.playvid.com/watch/b7ooDO6cB1g, http://www.playvid.com/watch/Yyx582U1zUm,
http://www.playvid.com/watch/AwMuIg9nsLT, http://www.playvid.com/watch/hfp3s2zl61j, http://www.playvid.com/watch/0HZ8YEbalp2,
http://www.playvid.com/watch/Q5xI-LTDaFY, http://www.playvid.com/watch/IZaeVkqVx-g, http://www.playvid.com/watch/YGvt9-x7jje,
http://www.playvid.com/watch/evjEuy0ci2f, http://www.playvid.com/watch/0Lds9Kgso8t, http://www.playvid.com/watch/5jLEaJ-n0g3,
http://www.playvid.com/watch/W2NRcjFs1nR, http://www.playvid.com/watch/RXPIMBeic8P, http://www.playvid.com/watch/yeyW6npzSqs,
http://www.playvid.com/watch/HPW3byT9eVQ, http://www.playvid.com/watch/uj4UtdSmfhg, http://www.playvid.com/watch/ulcKdHKonLt,
http://www.playvid.com/watch/3c2fQw4va-r, http://www.playvid.com/watch/KlyJLPwB2Bk, http://www.playvid.com/watch/B3jcdLrkTle,
http://www.playvid.com/watch/dt5EpM47oHd, http://www.playvid.com/watch/Sd0xs4Pgy3A, http://www.playvid.com/watch/KBqDRlrtPvx,
http://www.playvid.com/watch/AenbKZ3sxyu
5.f. Date of third notice: 2015-04-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: manyman
5.b. Uploader's email address: albertlounge@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/manyman
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TdamjJwSFh0, http://www.playvid.com/watch/VqrJoAvrvZM,
http://www.playvid.com/watch/EtuOtBbiVSI, http://www.playvid.com/watch/yS6hW2WZsZD, http://www.playvid.com/watch/4A7hX3Bjmwj,
http://www.playvid.com/watch/MwNuW68lCkj, http://www.playvid.com/watch/m6pcqo7dHnl, http://www.playvid.com/watch/rqCtz0u-4Io,
http://www.playvid.com/watch/E2acq3KYrN2, http://www.playvid.com/watch/B4OLFfzxA5m, http://www.playvid.com/watch/Lt2ScGt4I3B,
http://www.playvid.com/watch/xbjWy6CfZiv, http://www.playvid.com/watch/W4LQ2WnL83P, http://www.playvid.com/watch/4v0dC4xK936,
http://www.playvid.com/watch/EBtNXNHlX52, http://www.playvid.com/watch/pkdOnCwcfKb, http://www.playvid.com/watch/xJt9eQxUO8q,
http://www.playvid.com/watch/wh6bWnOcr74, http://www.playvid.com/watch/oBSNtjyWld2, http://www.playvid.com/watch/JHSEn5FXToQ,
http://www.playvid.com/watch/bJljzfBqOys, http://www.playvid.com/watch/TPfokqHBWFF, http://www.playvid.com/watch/kt0S9l9nbPg,
http://www.playvid.com/watch/4xeGTePbPLx, http://www.playvid.com/watch/Hg4bXW9YhKs, http://www.playvid.com/watch/6Zi2d7l3u0F,
http://www.playvid.com/watch/05s-rOYMN3i, http://www.playvid.com/watch/4Uw5OlHUToa, http://www.playvid.com/watch/uvw7KA-WsYX,
http://www.playvid.com/watch/pLdIQ7IucRt, http://www.playvid.com/watch/zROpVTiM89u, http://www.playvid.com/watch/fJxMt-ruTp-,
http://www.playvid.com/watch/yoPThC0KUPB, http://www.playvid.com/watch/YYk3PJpJIbz, http://www.playvid.com/watch/vGumvlXY4Ts,
http://www.playvid.com/watch/z0NlebYtgEx, http://www.playvid.com/watch/WCXcLAm9BQd, http://www.playvid.com/watch/OMbYjCIX-Cy,
http://www.playvid.com/watch/VpNXKE0-nXn, http://www.playvid.com/watch/9kki9tpjUJu, http://www.playvid.com/watch/pqoZeHyKCn3,
http://www.playvid.com/watch/vvAYDZg2kp3, http://www.playvid.com/watch/RtJf0mt-PaD, http://www.playvid.com/watch/-dCjHjwZzNt,
http://www.playvid.com/watch/I-bNd7d2Ikx, http://www.playvid.com/watch/4gkqqfJXO5l, http://www.playvid.com/watch/aKOXD-mm6t9,
http://www.playvid.com/watch/Wm6xOz6BSay, http://www.playvid.com/watch/QHyAW6DfGBl, http://www.playvid.com/watch/xpQmwmJMe8a,
http://www.playvid.com/watch/C3qYhLVsqR0, http://www.playvid.com/watch/lGxX3-L7pZx, http://www.playvid.com/watch/ngU5Bb6me86,
http://www.playvid.com/watch/C3dTkUs5XZH, http://www.playvid.com/watch/wKVACgU6-gr, http://www.playvid.com/watch/bNljApVAMzc,
http://www.playvid.com/watch/eZcdQxEbKmT, http://www.playvid.com/watch/Iy5Ymbz9uPQ, http://www.playvid.com/watch/AnJ0y9QQIzY,
http://www.playvid.com/watch/WaPWMYJr777, http://www.playvid.com/watch/6Hm2ze5RyMT, http://www.playvid.com/watch/RDx8kWd0nsh,
http://www.playvid.com/watch/TaD5CjuEzVG, http://www.playvid.com/watch/qOrGxF6HdHB, http://www.playvid.com/watch/PxDhjPeGbje,
http://www.playvid.com/watch/d5fD2Net7Bn, http://www.playvid.com/watch/ztv3C9TbxFe, http://www.playvid.com/watch/P5BjXhnnJnO,
http://www.playvid.com/watch/nBOgKBcS87F, http://www.playvid.com/watch/NSe2bxyOppH, http://www.playvid.com/watch/H3YhJGn4LpP,
http://www.playvid.com/watch/oLe2h2hZmjO, http://www.playvid.com/watch/3nqFx32wqf9, http://www.playvid.com/watch/RL23GA9Qx2d,
http://www.playvid.com/watch/UpSvLqRacdy, http://www.playvid.com/watch/SCA8a6OcFey, http://www.playvid.com/watch/I0ZIYT9etUJ,
http://www.playvid.com/watch/Gt4mcdgizoY, http://www.playvid.com/watch/r4RAwdyKD64, http://www.playvid.com/watch/BOb6nxXdcA7,
http://www.playvid.com/watch/KlyNHBKlL8p, http://www.playvid.com/watch/vIiEpkcFH-z, http://www.playvid.com/watch/2QvAzj7Tvn5,
http://www.playvid.com/watch/VvhSNdqEmW8, http://www.playvid.com/watch/BYFfirIywPM, http://www.playvid.com/watch/lWKg-3qitdv,
http://www.playvid.com/watch/sw45dQAwa88, http://www.playvid.com/watch/fVyMu-hcaLf, http://www.playvid.com/watch/2W9rcFxqnbA,
http://www.playvid.com/watch/ZssOHH7c65r, http://www.playvid.com/watch/83zxE0V3kB9, http://www.playvid.com/watch/T-dn5zPyhNb,
http://www.playvid.com/watch/RanYUTZkEEa, http://www.playvid.com/watch/GuzvpKhh7qe, http://www.playvid.com/watch/bLFBQN7q-pc,
http://www.playvid.com/watch/xjV6MqSfazj, http://www.playvid.com/watch/t3kh0yLRJDj, http://www.playvid.com/watch/CCDA05ipVdc,
http://www.playvid.com/watch/9WzZ3yxTIeo, http://www.playvid.com/watch/EnwlVvvtgsu, http://www.playvid.com/watch/wuFHq7cRsEl,
http://www.playvid.com/watch/46voKEqYR3W, http://www.playvid.com/watch/lZMhncrT3yz, http://www.playvid.com/watch/Ho4BF2bzWOT,
http://www.playvid.com/watch/SAO6yd9TM7A, http://www.playvid.com/watch/tYvndqDzxOT, http://www.playvid.com/watch/trcEQoRkxR4,
http://www.playvid.com/watch/7U9Ypy7Oq7J, http://www.playvid.com/watch/xw2UDy8acaa, http://www.playvid.com/watch/kmmmBd49gEc,
http://www.playvid.com/watch/vayuHhbXDpU, http://www.playvid.com/watch/riVZP-PNOdl, http://www.playvid.com/watch/z-q5A-pK6GE,
http://www.playvid.com/watch/pK6-VHW2Bhp, http://www.playvid.com/watch/QcCKLcjFeFR, http://www.playvid.com/watch/FvvssQS7vCu,
http://www.playvid.com/watch/FOECmvw2gub, http://www.playvid.com/watch/zouKQVwLVJw, http://www.playvid.com/watch/3MXym0qVade,
http://www.playvid.com/watch/B5NqEY4bTLg, http://www.playvid.com/watch/2ExykLZLd9j, http://www.playvid.com/watch/P3XWVBlmUhU,

http://www.playvid.com/watch/p4w8FA3muRC, http://www.playvid.com/watch/gPVh2OnWc4y, http://www.playvid.com/watch/RanXE-U-mr2, http://www.playvid.com/watch/AeD7hQSx5D9, http://www.playvid.com/watch/u7fOS7bigQT, http://www.playvid.com/watch/ELbUxYkl0Kd, http://www.playvid.com/watch/kx8jxi--pmc, http://www.playvid.com/watch/Ycwt0N9o0qK, http://www.playvid.com/watch/Zqp5ATqKtfm, http://www.playvid.com/watch/YIvWO0ZlHsq, http://www.playvid.com/watch/DezV703KMji, http://www.playvid.com/watch/40rC2hgzpfM, http://www.playvid.com/watch/0px2iW6ZGsM, http://www.playvid.com/watch/uzjeJgsp0rK, http://www.playvid.com/watch/lZkrJIypu4g, http://www.playvid.com/watch/dACdhXQismg, http://www.playvid.com/watch/9V-JZX6aYYE, http://www.playvid.com/watch/35Pj8xRPLYq, http://www.playvid.com/watch/TSxBEiOHqVE, http://www.playvid.com/watch/eoHuYloB8Ns, http://www.playvid.com/watch/GA9CqFvadtm, http://www.playvid.com/watch/Q2wsiXyyTTc, http://www.playvid.com/watch/emH85eXhg-P, http://www.playvid.com/watch/ezzlVK95eiG, http://www.playvid.com/watch/HXrnl35B30F, http://www.playvid.com/watch/d0jpAkao3iJ, http://www.playvid.com/watch/PJzT4ptp-ww, http://www.playvid.com/watch/qH8K2GyoyHp, http://www.playvid.com/watch/UEMfEfytF-m, http://www.playvid.com/watch/iQqoifMDa4P, http://www.playvid.com/watch/adyQj880g8z, http://www.playvid.com/watch/5KtRqdtmx9y, http://www.playvid.com/watch/vIPsZjmCgfI, http://www.playvid.com/watch/tRBilutTlp8, http://www.playvid.com/watch/jdYNQESnsVN, http://www.playvid.com/watch/hghNmG7n8PV, http://www.playvid.com/watch/ptUbIkEeSy3, http://www.playvid.com/watch/tCxcF9otVb7, http://www.playvid.com/watch/XXhlCVUwaBI, http://www.playvid.com/watch/ZWDRpOSQuz-, http://www.playvid.com/watch/hGio-7tLA00, http://www.playvid.com/watch/r2QMflk7X9c, http://www.playvid.com/watch/VXSbVT0sm0D, http://www.playvid.com/watch/l7c8zxczWzz, http://www.playvid.com/watch/6AdnJAa73gS, http://www.playvid.com/watch/fPSLgeh7jJU, http://www.playvid.com/watch/28ZYmxXEuNJ, http://www.playvid.com/watch/KmGIDnlCUcJ, http://www.playvid.com/watch/TRTwXCAs6Hz, http://www.playvid.com/watch/aM7AODCIeCl, http://www.playvid.com/watch/dWto7PA8sxx, http://www.playvid.com/watch/g74WfM8XCKB
5.f. Date of third notice: 2014-02-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: margomargo89
5.b. Uploader's email address: margomargo89@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/margomargo89
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yVPnwBU5a1L, http://www.playvid.com/watch/DRDHJvl5ZAn, http://www.playvid.com/watch/YbA2cr0jImu, http://www.playvid.com/watch/ulXklDqUpVH, http://www.playvid.com/watch/L5680j7f5gd, http://www.playvid.com/watch/6RPX2dF3WAi, http://www.playvid.com/watch/am3db1BLp4k, http://www.playvid.com/watch/VCanY88e7m9, http://www.playvid.com/watch/crd1W8hHb8g, http://www.playvid.com/watch/X8WHXndAxzN, http://www.playvid.com/watch/frVvJw76mkR, http://www.playvid.com/watch/ZObFVgjmIqp, http://www.playvid.com/watch/Je3ii2RFmVB, http://www.playvid.com/watch/6s-kIVOZPv5, http://www.playvid.com/watch/NdxsLJ7DWXe, http://www.playvid.com/watch/UqfI1QJOFpb, http://www.playvid.com/watch/Z0Aiov5MlRu, http://www.playvid.com/watch/ZqIAxOi9fY9, http://www.playvid.com/watch/l7AQ9DQ5LXt, http://www.playvid.com/watch/LRxVuDV6uPf, http://www.playvid.com/watch/HNaUK1nxrKK, http://www.playvid.com/watch/WDs7C9dlcch, http://www.playvid.com/watch/JHtj9yVS8Rc, http://www.playvid.com/watch/7sJ8YULSicD, http://www.playvid.com/watch/2N-7nbU10z4, http://www.playvid.com/watch/jHRmxI-gi10, http://www.playvid.com/watch/dyMyVwI56uG, http://www.playvid.com/watch/nk8kwYFUUSJ
5.f. Date of third notice: 2013-10-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: MariaSanta
5.b. Uploader's email address: nilindilon195@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/MariaSanta
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kZmiTCtEB2G, http://www.playvid.com/watch/vAIqCpJuvMb, http://www.playvid.com/watch/akLMa_nK9tM, http://www.playvid.com/watch/YQm_tRe3-ZO, http://www.playvid.com/watch/DXcvI0Mkj2h, http://www.playvid.com/watch/FXPhSOqTMOx, http://www.playvid.com/watch/A-j8hm4Xvha, http://www.playvid.com/watch/DL9RwHhLpoN, http://www.playvid.com/watch/yWIUxXB_jky, http://www.playvid.com/watch/QeJn-fWSG_X, http://www.playvid.com/watch/aUORm-KFDVB, http://www.playvid.com/watch/q_KVK7C-0PT, http://www.playvid.com/watch/prd-g9p18ew, http://www.playvid.com/watch/ySnZPucilhn, http://www.playvid.com/watch/n_kZGgXywnV, http://www.playvid.com/watch/MNwH2A3JUK3, http://www.playvid.com/watch/h-6H9O4RxB9, http://www.playvid.com/watch/hamssaJp3qI, http://www.playvid.com/watch/OPOxUdqDTJY, http://www.playvid.com/watch/XbRgC4iWavl, http://www.playvid.com/watch/oXj2Yl2Ha_7, http://www.playvid.com/watch/ogIBnb4LMuY, http://www.playvid.com/watch/Dckn6gCFOf6, http://www.playvid.com/watch/U42A3Jxt9by, http://www.playvid.com/watch/EvdwDL5GEAQ, http://www.playvid.com/watch/h3F_QL-QjGk, http://www.playvid.com/watch/0UK4IroGBLJ, http://www.playvid.com/watch/gO6Uhyi9LJJ, http://www.playvid.com/watch/RqRdOTrc1qk, http://www.playvid.com/watch/tNvG058GcyD, http://www.playvid.com/watch/57gmfY3uOZ0, http://www.playvid.com/watch/llr099L0blz, http://www.playvid.com/watch/HjSwqfjbSXj, http://www.playvid.com/watch/FskADkcgw1e, http://www.playvid.com/watch/NBf2G08tfmi, http://www.playvid.com/watch/YFpNBeaA5WA, http://www.playvid.com/watch/mXPjCRjqCGN, http://www.playvid.com/watch/vEagk6CNK1x, http://www.playvid.com/watch/WhxJhipBYUK, http://www.playvid.com/watch/7_BPmU8FUJM, http://www.playvid.com/watch/Asd1kJjIEIn, http://www.playvid.com/watch/HapzRg-jJnP, http://www.playvid.com/watch/txtTW7aDCxb, http://www.playvid.com/watch/AKaKkQ6wE9i, http://www.playvid.com/watch/njAQu_-bC7b, http://www.playvid.com/watch/LFGWAE8JKnk, http://www.playvid.com/watch/62FjuZMrvoQ, http://www.playvid.com/watch/bV4_JRkwir4, http://www.playvid.com/watch/HmxnofbLF1K, http://www.playvid.com/watch/zOJIUVs2Enr, http://www.playvid.com/watch/3T5N5ltAh-A, http://www.playvid.com/watch/ktnQciRMsg2, http://www.playvid.com/watch/9CwZdst1abz, http://www.playvid.com/watch/kDFSOPgTfDW, http://www.playvid.com/watch/igNR1OwUIL6, http://www.playvid.com/watch/UMF5P3mlZtx, http://www.playvid.com/watch/hcFm5Iays2B, http://www.playvid.com/watch/7d5SlXppFL2, http://www.playvid.com/watch/dXZpk6DEXvk, http://www.playvid.com/watch/CLgmzXzonoO, http://www.playvid.com/watch/t0-4xujoIPf, http://www.playvid.com/watch/L15GJZD20Ib, http://www.playvid.com/watch/gcE7-wpGWVW, http://www.playvid.com/watch/Kx_pJn8clNN, http://www.playvid.com/watch/t6vt-1dvixW, http://www.playvid.com/watch/5MVY_SwH0lI, http://www.playvid.com/watch/2VtGhc_HdJ4, http://www.playvid.com/watch/JK0HpTz4NQ2, http://www.playvid.com/watch/mabaP0lUkOB, http://www.playvid.com/watch/r4w0YgpVAQD, http://www.playvid.com/watch/oTXOJFzBEGT, http://www.playvid.com/watch/RZvHpZpyRRd, http://www.playvid.com/watch/oCFQmFBshmu, http://www.playvid.com/watch/n1Zo6Uqjgkj, http://www.playvid.com/watch/s7tcTUa4rlL, http://www.playvid.com/watch/wj6h_BWMw58, http://www.playvid.com/watch/9PMzj0zSk-i, http://www.playvid.com/watch/KNWBwgwcQud, http://www.playvid.com/watch/r5hUP5FQzio, http://www.playvid.com/watch/ZHSHbivtNhb, http://www.playvid.com/watch/RiWGeiFlEEV, http://www.playvid.com/watch/f1rt0NLXvEu, http://www.playvid.com/watch/IKf89CyE4ky, http://www.playvid.com/watch/Dkt08AhBjRm, http://www.playvid.com/watch/NbCxFLQk2er, http://www.playvid.com/watch/Afn_fSbd0Wx, http://www.playvid.com/watch/2G_Ahy6-mwH, http://www.playvid.com/watch/cTUqqyA0VoE, http://www.playvid.com/watch/KBXtBqM88pD, http://www.playvid.com/watch/Q5GEFgIiAjH, http://www.playvid.com/watch/ykwz-HpJ9hV, http://www.playvid.com/watch/Rat41umS4NN, http://www.playvid.com/watch/j6jKHX4pbKG, http://www.playvid.com/watch/kFcGkgL9KEG, http://www.playvid.com/watch/G_8gx7Go6hz, http://www.playvid.com/watch/BY6uNTfHOkX, http://www.playvid.com/watch/2APt3Qt-hXo, http://www.playvid.com/watch/01JRlnNmJcm, http://www.playvid.com/watch/M2YmLlHa0_G, http://www.playvid.com/watch/9sT8RsFN06F, http://www.playvid.com/watch/8-zZLQGEIeF, http://www.playvid.com/watch/wD2Yxsn01oA, http://www.playvid.com/watch/n0wEPj83i8w, http://www.playvid.com/watch/GYdBZFbTev2, http://www.playvid.com/watch/rE-b6LRzVp2
5.f. Date of third notice: 2015-09-22 13:00:28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: markiz
5.b. Uploader's email address: nellyned@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/markiz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LH3X3iYr3Qc, http://www.playvid.com/watch/vvgyfeVkcQN, http://www.playvid.com/watch/FSPDpnkhOEy, http://www.playvid.com/watch/jQzU0bFf3JX, http://www.playvid.com/watch/ZhTSJylCL3S, http://www.playvid.com/watch/B2r7Xhpcxwz, http://www.playvid.com/watch/y6bpporRgRK, http://www.playvid.com/watch/-T9pCfovxaa, http://www.playvid.com/watch/EL8VoOODPgn, http://www.playvid.com/watch/WlhYb7N4KQ2, http://www.playvid.com/watch/izJqbonTeCR, http://www.playvid.com/watch/PUJCWIRTyiU, http://www.playvid.com/watch/lCoiUlaOT-z, http://www.playvid.com/watch/Yfl-3kZ5OIU, http://www.playvid.com/watch/56AZ7R0GMoL, http://www.playvid.com/watch/GXETKOfelo8, http://www.playvid.com/watch/B7T2vvca6Bn, http://www.playvid.com/watch/si-zO7jTyNg, http://www.playvid.com/watch/RU8BDWdSw0G, http://www.playvid.com/watch/SD6Ex09PGYN, http://www.playvid.com/watch/N0giBsYtaJy, http://www.playvid.com/watch/65D5sHLT5oh, http://www.playvid.com/watch/GchguM2hl3l, http://www.playvid.com/watch/-2JKR6FVotO, http://www.playvid.com/watch/BdDUJnoKbvJ, http://www.playvid.com/watch/6Vyg-zJkGiY, http://www.playvid.com/watch/wxi50rNT8ge, http://www.playvid.com/watch/5bPP8BkNthJ, http://www.playvid.com/watch/QZGkSDxDliq, http://www.playvid.com/watch/VO6yp86JO6i, http://www.playvid.com/watch/0Ggfj9S0T2g, http://www.playvid.com/watch/xgkNMyjk0ly, http://www.playvid.com/watch/s0NCiFxaEQ9, http://www.playvid.com/watch/TR0J7KxUmQW, http://www.playvid.com/watch/xKR5jLmeZOO, http://www.playvid.com/watch/PCqd6LkOhuv, http://www.playvid.com/watch/Z4TcTSNVQlI, http://www.playvid.com/watch/bExdBXYR2rK, http://www.playvid.com/watch/CKE6cDtXYBN, http://www.playvid.com/watch/NCHOLNSxGq-, http://www.playvid.com/watch/irHWgRiy3Ol,

http://www.playvid.com/watch/80oDdJettI3, http://www.playvid.com/watch/lZRQ0xOuHbJ, http://www.playvid.com/watch/AMUMwNDP3-G,
http://www.playvid.com/watch/inAt5txaBah, http://www.playvid.com/watch/2gFcnrk4E7r, http://www.playvid.com/watch/nXZMUNVCH70,
http://www.playvid.com/watch/bmij8rk2Vzd, http://www.playvid.com/watch/SZgVzR2lzPk, http://www.playvid.com/watch/88wYw3cpvmm,
http://www.playvid.com/watch/VISIiM9GsgU, http://www.playvid.com/watch/lMrQIJzydpj, http://www.playvid.com/watch/EfJss9ORZl4,
http://www.playvid.com/watch/FpS8G9-TSxt, http://www.playvid.com/watch/dKmOQQDE0Fg, http://www.playvid.com/watch/fu9UXLECuyc,
http://www.playvid.com/watch/d50o3ou2w3c, http://www.playvid.com/watch/L74VRCyegfh, http://www.playvid.com/watch/3wotJhuSOe5,
http://www.playvid.com/watch/jF8WPmWiFpk, http://www.playvid.com/watch/nj2JOh0vAJg, http://www.playvid.com/watch/urhGNJyTYV6,
http://www.playvid.com/watch/bCW6Rraxgi4, http://www.playvid.com/watch/tW3Bk7RJ9s8, http://www.playvid.com/watch/CyXRTF3muyK,
http://www.playvid.com/watch/lL79YZvEGnz, http://www.playvid.com/watch/GvWMj6csWiH, http://www.playvid.com/watch/AlwqIKtNMPU,
http://www.playvid.com/watch/6ofzbQc29dO, http://www.playvid.com/watch/2nYRMJViTjO, http://www.playvid.com/watch/CqK6SRtdB2o,
http://www.playvid.com/watch/qvsToXAsfVz, http://www.playvid.com/watch/aecJ20BahYm, http://www.playvid.com/watch/envEI0H8wvZ,
http://www.playvid.com/watch/BMnP6jCCUzb, http://www.playvid.com/watch/p6L9oE2NbZZ, http://www.playvid.com/watch/VkicV9tbPf4,
http://www.playvid.com/watch/hZvClzVkeOB, http://www.playvid.com/watch/FNbFjebx8YX, http://www.playvid.com/watch/iWFEtYJiHbn,
http://www.playvid.com/watch/eHs9gHdcZ-F, http://www.playvid.com/watch/UAL4Db56dZo, http://www.playvid.com/watch/M-s8WxrYvVB,
http://www.playvid.com/watch/KpXKaWGzorn, http://www.playvid.com/watch/72EYNMaZR5X, http://www.playvid.com/watch/2ST2Ycp6Ili,
http://www.playvid.com/watch/f93kcC6hVps, http://www.playvid.com/watch/eBIdMXpm5oa, http://www.playvid.com/watch/bpGv6-6Qs6h,
http://www.playvid.com/watch/YImzGeuX2Ql, http://www.playvid.com/watch/xYNoa5mPcY8, http://www.playvid.com/watch/gRJmDBZlXQX,
http://www.playvid.com/watch/t-O5FOLMPRM, http://www.playvid.com/watch/-agXcjOftWk, http://www.playvid.com/watch/0QnTg0GBVKn,
http://www.playvid.com/watch/3vJckxWjxIF, http://www.playvid.com/watch/KBI2utyYZyP, http://www.playvid.com/watch/PWhkPJngXVa,
http://www.playvid.com/watch/5ee8Qy-xC-P, http://www.playvid.com/watch/ekwACJt7pXs, http://www.playvid.com/watch/VNMsXBsUh6s,
http://www.playvid.com/watch/MtelLCAbb95, http://www.playvid.com/watch/ujxcxmcM-hg, http://www.playvid.com/watch/BM3ED0I4VNt,
http://www.playvid.com/watch/ZlxcRPu0cxk, http://www.playvid.com/watch/nJIHo7Kaow6, http://www.playvid.com/watch/WjRe3VZip4o,
http://www.playvid.com/watch/RZI2Z-HxUUD, http://www.playvid.com/watch/a-rr0VhQdfr, http://www.playvid.com/watch/fbFMEmfY6QN,
http://www.playvid.com/watch/nfNa-o2qik6, http://www.playvid.com/watch/haGbMeenRyn, http://www.playvid.com/watch/5NAN0MQIcWM,
http://www.playvid.com/watch/9syZfIjgqFG, http://www.playvid.com/watch/em0EW4ISYDq, http://www.playvid.com/watch/YYYMgON-fO3,
http://www.playvid.com/watch/OKZzE5Hscdv, http://www.playvid.com/watch/7DSLDSGS4i3, http://www.playvid.com/watch/SSSJNPEbrXV,
http://www.playvid.com/watch/vsSBBooYJn2, http://www.playvid.com/watch/fcEuhIZTCMK, http://www.playvid.com/watch/csBLfTBFEco,
http://www.playvid.com/watch/rteGBEk-oDV, http://www.playvid.com/watch/wRDH5HlUfBk, http://www.playvid.com/watch/xyrIR5ozKnU,
http://www.playvid.com/watch/laHdDJ8mQxL, http://www.playvid.com/watch/a4L07XKxRcK, http://www.playvid.com/watch/4UkLnmPDem4,
http://www.playvid.com/watch/XuEDjgypEC6, http://www.playvid.com/watch/OC-hYp4otia, http://www.playvid.com/watch/I4PgkWQp7mS,
http://www.playvid.com/watch/BPTasMmYIZT, http://www.playvid.com/watch/-NGdC2kbQdz, http://www.playvid.com/watch/ptlPr0b78Ey,
http://www.playvid.com/watch/0hYYCD4pjt4, http://www.playvid.com/watch/PvVJ5Ry-mjs, http://www.playvid.com/watch/kGDpdjowtck,
http://www.playvid.com/watch/HmtaWQulHI9, http://www.playvid.com/watch/whUURIRCtRK, http://www.playvid.com/watch/BBHQPjDqPou,
http://www.playvid.com/watch/NuesjDfMsZz, http://www.playvid.com/watch/sKDXiAPHoc4, http://www.playvid.com/watch/Kdp3cE4DKYC,
http://www.playvid.com/watch/OdqSJexWufo, http://www.playvid.com/watch/3UCLFs2U-3s, http://www.playvid.com/watch/4jmR0Dbq0YO,
http://www.playvid.com/watch/B4xFq7j4L97, http://www.playvid.com/watch/TjJojVBKg7l, http://www.playvid.com/watch/ds9iHf8nv7g,
http://www.playvid.com/watch/iBYglYaHgmm, http://www.playvid.com/watch/bWcmwGdw8o-, http://www.playvid.com/watch/rGWlUTUVI4c,
http://www.playvid.com/watch/MuU9I0s6f27, http://www.playvid.com/watch/DTKCqALzPSw, http://www.playvid.com/watch/HwQAaTwKuec,
http://www.playvid.com/watch/aExBFNaVNqA, http://www.playvid.com/watch/f8VcUX4aw8l, http://www.playvid.com/watch/XMbTjgHsfVB,
http://www.playvid.com/watch/qu5Vz09YsdP, http://www.playvid.com/watch/O6MBmssgvGE, http://www.playvid.com/watch/CRAN55OjqVA,
http://www.playvid.com/watch/m49tMNPQ0lV, http://www.playvid.com/watch/ViydVS0bDrz, http://www.playvid.com/watch/HbZAqHClX4d,
http://www.playvid.com/watch/gBy2bN6SvkD, http://www.playvid.com/watch/TOWMwTmCvfP, http://www.playvid.com/watch/p0iIcDGr3Ym,
http://www.playvid.com/watch/WPguWCKRbeR, http://www.playvid.com/watch/IeLTRLOr2fm, http://www.playvid.com/watch/LrMWFGxUOn0,
http://www.playvid.com/watch/hNeX8Y7T6O6, http://www.playvid.com/watch/50CC4JazOUC, http://www.playvid.com/watch/yEvMy3FVgmG,
http://www.playvid.com/watch/mlOSBFpnyA2, http://www.playvid.com/watch/Oeg7KK8QXvQ, http://www.playvid.com/watch/Y4MGlOo8mcX,
http://www.playvid.com/watch/aTSGiH6rlpv, http://www.playvid.com/watch/PyBvlflMD6T, http://www.playvid.com/watch/uPVgaXkzOan,
http://www.playvid.com/watch/QhWt9bCthWR, http://www.playvid.com/watch/Gh-bjbT9Ips, http://www.playvid.com/watch/hd0QueuJTNg,
http://www.playvid.com/watch/mN4BeIywYWq, http://www.playvid.com/watch/SCv74a0rXUO, http://www.playvid.com/watch/6P0AqkBURpC,
http://www.playvid.com/watch/Bdb0k65AxCe, http://www.playvid.com/watch/QyR7QJLabQi, http://www.playvid.com/watch/muYB8d-aYZL,
http://www.playvid.com/watch/DuLG7gN67Y2
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: markiz44
5.b. Uploader's email address: adambraun@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/markiz44
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hw9peafmlMe, http://www.playvid.com/watch/JqkgaeBwQh4,
http://www.playvid.com/watch/KWwiuxZSUmj, http://www.playvid.com/watch/YxvaZy5BIY9, http://www.playvid.com/watch/zNuzqLOmCQk,
http://www.playvid.com/watch/0u-2Bh6OJx5, http://www.playvid.com/watch/f7jVnApqSLo, http://www.playvid.com/watch/AjdLn4RyBqh,
http://www.playvid.com/watch/UorI-mepEoj, http://www.playvid.com/watch/CrpsEJNLGhb, http://www.playvid.com/watch/WPi8G0menwD,
http://www.playvid.com/watch/04YHF5g6gnB, http://www.playvid.com/watch/YU7szpDTCqS, http://www.playvid.com/watch/C4vApQxPLfV,
http://www.playvid.com/watch/ubcp8yynq9P, http://www.playvid.com/watch/iWarpr0Stqp, http://www.playvid.com/watch/j-2znhQnMyu,
http://www.playvid.com/watch/y8l6aTJ4RgZ, http://www.playvid.com/watch/5vY8W69xHt6, http://www.playvid.com/watch/frYF8htkBxt,
http://www.playvid.com/watch/7GilBZGOitP, http://www.playvid.com/watch/LINurNhFDuk, http://www.playvid.com/watch/pJQjBq2iB0X,
http://www.playvid.com/watch/acLW6J5NW3E, http://www.playvid.com/watch/IPOy52n5naR, http://www.playvid.com/watch/U-B-Xk30wpn,
http://www.playvid.com/watch/9H-G3RY3h4-, http://www.playvid.com/watch/EZQNgceHmYR, http://www.playvid.com/watch/-9pHVCVW58r,
http://www.playvid.com/watch/owErkZMVqmK, http://www.playvid.com/watch/Qh8DggWpage, http://www.playvid.com/watch/40oHHKe4ouA,
http://www.playvid.com/watch/c6h0xgRtHJ9, http://www.playvid.com/watch/pBttQCzcFFd, http://www.playvid.com/watch/Ev-MqyG9FZj,
http://www.playvid.com/watch/6uY2dBdjXPf, http://www.playvid.com/watch/CVsz-B5iXR7, http://www.playvid.com/watch/JqDeusucmDA,
http://www.playvid.com/watch/8WysMRIb2pe, http://www.playvid.com/watch/9V-zrKGgZgd, http://www.playvid.com/watch/0bFrlVPmI08,
http://www.playvid.com/watch/LnZU0WEVKrn, http://www.playvid.com/watch/kPsEsrTAiU2, http://www.playvid.com/watch/kTlnI2YPJwY,
http://www.playvid.com/watch/dCa5mBgv59i, http://www.playvid.com/watch/0J7-6CcSiYJ, http://www.playvid.com/watch/8Ykw8nKvdzk,
http://www.playvid.com/watch/jgL7hjVtEbW, http://www.playvid.com/watch/6U4EX7m9EMt, http://www.playvid.com/watch/5xByOD-8CpZ,
http://www.playvid.com/watch/b4jVyjBasew, http://www.playvid.com/watch/5PfAKIUbKcG, http://www.playvid.com/watch/R3O6UA3oi-7,
http://www.playvid.com/watch/0JqiIgCsoxD, http://www.playvid.com/watch/wQM2-4KAcus, http://www.playvid.com/watch/c0EUDZgttOa,
http://www.playvid.com/watch/4lTPSdOMImk, http://www.playvid.com/watch/kZ8ad7vacIe, http://www.playvid.com/watch/E6AkQfm54dY,
http://www.playvid.com/watch/k3QLFTb5Xd5, http://www.playvid.com/watch/EaUrV7A8xXJ, http://www.playvid.com/watch/5GtDxtab55x,
http://www.playvid.com/watch/sWoJLywULxY, http://www.playvid.com/watch/6ExZHtfIuZY, http://www.playvid.com/watch/y9QbK5ASemC,
http://www.playvid.com/watch/HsQG6Yb2sEv, http://www.playvid.com/watch/Xk8QFf04gB3, http://www.playvid.com/watch/NaWeS2B9OYy,
http://www.playvid.com/watch/sON22U8MVID, http://www.playvid.com/watch/OnADjsPfXhy, http://www.playvid.com/watch/SEVA2MqreuL,
http://www.playvid.com/watch/CanbXtpRodc, http://www.playvid.com/watch/oRX2XwXjEGC, http://www.playvid.com/watch/U3bTY3hT-al,
http://www.playvid.com/watch/KiXZwGYP3jb, http://www.playvid.com/watch/6Twx5YU3Fhz, http://www.playvid.com/watch/ZlJxIse5Mfh,
http://www.playvid.com/watch/M-Ijyk9r7IX, http://www.playvid.com/watch/C4zyRTFhz9e, http://www.playvid.com/watch/ImvyIHEgG8w,
http://www.playvid.com/watch/OB8lHyM0-pV, http://www.playvid.com/watch/lVEwoItjd8i, http://www.playvid.com/watch/7gIAIH74k48,
http://www.playvid.com/watch/mMVfgy0-zz4, http://www.playvid.com/watch/bwMSw6Dgejr, http://www.playvid.com/watch/THo4z4TIT-P,
http://www.playvid.com/watch/e9zdmWdkQwi, http://www.playvid.com/watch/ojB3N0wnDVl, http://www.playvid.com/watch/L2T6pMJtgYO,
http://www.playvid.com/watch/8TvTjkum77l, http://www.playvid.com/watch/GFnI7IPYuKU, http://www.playvid.com/watch/H7WbwOzatfP,
http://www.playvid.com/watch/-4Bi6JCkX3w, http://www.playvid.com/watch/DJWSGRP2UYr, http://www.playvid.com/watch/Se3ufrisSoy,
http://www.playvid.com/watch/y2PvdWaLvCT, http://www.playvid.com/watch/puJffkSy7Wt, http://www.playvid.com/watch/cNPufGxBosF,
http://www.playvid.com/watch/P6hvUv3Q-j4, http://www.playvid.com/watch/30dylTyhr2I, http://www.playvid.com/watch/A5f9ASX4sUt,
http://www.playvid.com/watch/5zUQTHej6n8, http://www.playvid.com/watch/GftjXVpEwoY, http://www.playvid.com/watch/LYGMo3Rgnvm,
http://www.playvid.com/watch/3aEDFiySoO8, http://www.playvid.com/watch/QWecSbIDc27, http://www.playvid.com/watch/PBLDF7zuxX2,
http://www.playvid.com/watch/OCft78GzaqP, http://www.playvid.com/watch/aXxWbVaeo-d, http://www.playvid.com/watch/TkiDUoNSKMw,
http://www.playvid.com/watch/I3gROICylBj, http://www.playvid.com/watch/weSAskmV026, http://www.playvid.com/watch/kIbg9ifKgKF,
http://www.playvid.com/watch/Uftz5ikdhmd, http://www.playvid.com/watch/ENeWlgHp-mY, http://www.playvid.com/watch/KSRwsIPQpf8,
http://www.playvid.com/watch/ySD9CWhnL4T, http://www.playvid.com/watch/GfEY4HOnWVR, http://www.playvid.com/watch/BS83ch8CTOS,

http://www.playvid.com/watch/u2IkANoQqvH, http://www.playvid.com/watch/DDc-B0bhBEp, http://www.playvid.com/watch/AD4UdPrn34q,
http://www.playvid.com/watch/RlpFkCQThD5, http://www.playvid.com/watch/orLvAfaYepQ, http://www.playvid.com/watch/BIO8AxUCzQe,
http://www.playvid.com/watch/F6TGKscNwbG, http://www.playvid.com/watch/2ScB39RKZs2, http://www.playvid.com/watch/piQQXvvAmos,
http://www.playvid.com/watch/IlkcnebUIIu, http://www.playvid.com/watch/GzLgluM3-DM, http://www.playvid.com/watch/KcQmdJcO6DR,
http://www.playvid.com/watch/gJCfNQjVznO, http://www.playvid.com/watch/qvIhJpYGwDB, http://www.playvid.com/watch/-0VEBpFmYpx,
http://www.playvid.com/watch/TZQTNeGOZHT, http://www.playvid.com/watch/86GicnDRPKC, http://www.playvid.com/watch/Z2MAEAdti4Y,
http://www.playvid.com/watch/OfdGlMm32zC, http://www.playvid.com/watch/4pNyQ7MO39n, http://www.playvid.com/watch/-nb09-OdTCp,
http://www.playvid.com/watch/Av6xnU0lA2m, http://www.playvid.com/watch/EWMYfDrCmXp, http://www.playvid.com/watch/h5Y57tFvTdh,
http://www.playvid.com/watch/mhPpqb--MJh, http://www.playvid.com/watch/Lx7YfUQ0YbL, http://www.playvid.com/watch/imXhpoIBU-2,
http://www.playvid.com/watch/CMwdzTYNRsv, http://www.playvid.com/watch/biVlun5Fbfi, http://www.playvid.com/watch/MDEweCA8ejW,
http://www.playvid.com/watch/HKonEaRmWQS, http://www.playvid.com/watch/3E3a8uMEJH8, http://www.playvid.com/watch/JiQWVAxorsL,
http://www.playvid.com/watch/MZbd8f4WTfg, http://www.playvid.com/watch/pA5Tg56T7Lv, http://www.playvid.com/watch/SSrIAC5iCfj,
http://www.playvid.com/watch/6ee59nlz43o, http://www.playvid.com/watch/denEtHpg7OW, http://www.playvid.com/watch/ItEW3TrwfN8,
http://www.playvid.com/watch/vBig8mtZRtZ, http://www.playvid.com/watch/UiYbZa5BC5x, http://www.playvid.com/watch/m7a9boiJCg3,
http://www.playvid.com/watch/4bi-Um7f2u8, http://www.playvid.com/watch/xlMqdBzktKn, http://www.playvid.com/watch/cwo04Bngdcz,
http://www.playvid.com/watch/nEQwGU7xuh3, http://www.playvid.com/watch/gxHwudj2R75, http://www.playvid.com/watch/vFEvKioqXtm,
http://www.playvid.com/watch/eqTjAwsMphr, http://www.playvid.com/watch/6yQS0J3Xn9h, http://www.playvid.com/watch/DXzl2jAmuPW,
http://www.playvid.com/watch/IMLP8HROMHH, http://www.playvid.com/watch/J-Ss4l9cTkd, http://www.playvid.com/watch/I4AtINKSH7J,
http://www.playvid.com/watch/gYXVHLr5N9q, http://www.playvid.com/watch/hWYReT4MmA5, http://www.playvid.com/watch/qUh-AJfDcpd,
http://www.playvid.com/watch/T7NMlO0VR86, http://www.playvid.com/watch/Sl0gfyVgbkG, http://www.playvid.com/watch/ZbVKgXedFh9,
http://www.playvid.com/watch/S2OBxFjEgaq, http://www.playvid.com/watch/FpH7oLHknvj, http://www.playvid.com/watch/zMnneivqaGl,
http://www.playvid.com/watch/of8OK7A7Jgh, http://www.playvid.com/watch/4FsN8RxTOBe, http://www.playvid.com/watch/49q9GmF-Nps,
http://www.playvid.com/watch/bK5VymRKPFI, http://www.playvid.com/watch/IZB9Sz0tiLC, http://www.playvid.com/watch/WonXbdU6sFE,
http://www.playvid.com/watch/74o7tUTYJ5J, http://www.playvid.com/watch/SqIGqjKVhmQ, http://www.playvid.com/watch/fMsJ6lTZ0hs,
http://www.playvid.com/watch/CBNWKwd6TFZ, http://www.playvid.com/watch/if6SnDvSACq, http://www.playvid.com/watch/TP8LWsiVWIB,
http://www.playvid.com/watch/vW6AxK2vm9Z, http://www.playvid.com/watch/BCQpJtxNBNX, http://www.playvid.com/watch/rI-0Pdbwbfg,
http://www.playvid.com/watch/SZvOb6GTc3S, http://www.playvid.com/watch/2FBtcfjtGu8, http://www.playvid.com/watch/NVpl9ewfQE3,
http://www.playvid.com/watch/Eq38XGn-TfP, http://www.playvid.com/watch/amqaxe-7jfl, http://www.playvid.com/watch/7H6UZouiZ9q,
http://www.playvid.com/watch/B0n2PnkJoFR, http://www.playvid.com/watch/HO8xJSLOnb-, http://www.playvid.com/watch/sPjw3sAfRA6,
http://www.playvid.com/watch/0okUXhgIJGp, http://www.playvid.com/watch/WNJg46RWuMO, http://www.playvid.com/watch/ooXc2NOaPDx,
http://www.playvid.com/watch/e4OXWHdV-CX, http://www.playvid.com/watch/dPtaMXe5eew, http://www.playvid.com/watch/YE8ltUmZORL,
http://www.playvid.com/watch/vnCQxhqAnM0, http://www.playvid.com/watch/4j-PszsCn5Z, http://www.playvid.com/watch/AuMhNYka0ep,
http://www.playvid.com/watch/tJFnABV8Y0o, http://www.playvid.com/watch/LBmdOUmc0DK, http://www.playvid.com/watch/k7-Ucg9GVHp,
http://www.playvid.com/watch/SzuT7WN7o-v, http://www.playvid.com/watch/G5GL58-jc8o, http://www.playvid.com/watch/K4wSkl8qrkU,
http://www.playvid.com/watch/-uZAc4vtLJU, http://www.playvid.com/watch/Af3qiuNCY0D, http://www.playvid.com/watch/4gDZbuH6PZ8,
http://www.playvid.com/watch/K2CVOUbf4Pv, http://www.playvid.com/watch/Q3Irat6jKo5, http://www.playvid.com/watch/OGRCnllaM2V,
http://www.playvid.com/watch/LMoBiJAXlk5, http://www.playvid.com/watch/Xa2VZTrNh6w, http://www.playvid.com/watch/6MMk8et2MMx,
http://www.playvid.com/watch/eWQkMp3bIen, http://www.playvid.com/watch/QQpxTD9URDR, http://www.playvid.com/watch/JfCJVLkuhKO,
http://www.playvid.com/watch/O93gKrn6fvj, http://www.playvid.com/watch/5sPLmydsB57, http://www.playvid.com/watch/05M77QKflhM,
http://www.playvid.com/watch/mYjQsPiqx6O, http://www.playvid.com/watch/A2eB7Jlj2ZH, http://www.playvid.com/watch/4Syb6o-4Yfa,
http://www.playvid.com/watch/rdzpYLGUT5N, http://www.playvid.com/watch/Oz2ZTw4UpX6, http://www.playvid.com/watch/V7OnAWe0M9Y,
http://www.playvid.com/watch/3z-N6MEHh2S, http://www.playvid.com/watch/jrAezDxAMbs, http://www.playvid.com/watch/yG4ZAJlLWeM,
http://www.playvid.com/watch/mZq77Kq9r0l, http://www.playvid.com/watch/RfpZ8Qq57JB, http://www.playvid.com/watch/vMpYcCxuUNZ,
http://www.playvid.com/watch/TY4b-pr93vl, http://www.playvid.com/watch/Z2FNyoM5Hix, http://www.playvid.com/watch/OTqvnm0-0Ag,
http://www.playvid.com/watch/2hxjPenwCSX, http://www.playvid.com/watch/QBkbHuou3PM, http://www.playvid.com/watch/H7jr2qElcgM,
http://www.playvid.com/watch/izY5mrpU4ll, http://www.playvid.com/watch/7N8S7rgLQn4, http://www.playvid.com/watch/pK2lObGp8t8,
http://www.playvid.com/watch/8sgWspZyCwl, http://www.playvid.com/watch/Rfv-9Ilwovh, http://www.playvid.com/watch/uQv8KAaNUeQ,
http://www.playvid.com/watch/tnGmwzgL4Li, http://www.playvid.com/watch/GRh4ahqNmLS, http://www.playvid.com/watch/RYgMEneFFQA,
http://www.playvid.com/watch/MaVu0IzYL6-, http://www.playvid.com/watch/XvtkdkZihtv, http://www.playvid.com/watch/Y5tRccbQWrJ,
http://www.playvid.com/watch/nS4IKWkiRbs, http://www.playvid.com/watch/MinP8rXQcqK, http://www.playvid.com/watch/s-P6DdVVJsw,
http://www.playvid.com/watch/O82UNa4DymD, http://www.playvid.com/watch/Fc-W4voAraS, http://www.playvid.com/watch/VWVxKy9I472,
http://www.playvid.com/watch/i3IMG8sAQ2d
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: markmarcus
5.b. Uploader's email address: markkmar@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/markmarcus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/P-76N2v7KOy, http://www.playvid.com/watch/wQyuAUApZ8K,
http://www.playvid.com/watch/BjP3ktGst-4, http://www.playvid.com/watch/at-ULCsLhez, http://www.playvid.com/watch/Wd0s6nk-PoO,
http://www.playvid.com/watch/aVCHcshoKYe, http://www.playvid.com/watch/o4qvOj00xDG, http://www.playvid.com/watch/PgeGCISoe3M,
http://www.playvid.com/watch/Sp9TUw0PX5k, http://www.playvid.com/watch/KBQRPEbVkUq, http://www.playvid.com/watch/cyqaNvsSUlx,
http://www.playvid.com/watch/rA8WeDd0XDS, http://www.playvid.com/watch/7DyiMetHX7W, http://www.playvid.com/watch/kyIulhjEdn7,
http://www.playvid.com/watch/yZa2OrszZcx, http://www.playvid.com/watch/EVIBKzKlLnj, http://www.playvid.com/watch/xdeotf-DOyO,
http://www.playvid.com/watch/rBNrKihuSzf, http://www.playvid.com/watch/x7qW9h3QIvF, http://www.playvid.com/watch/DSU3wSRigrg,
http://www.playvid.com/watch/SoSBLsy8lME, http://www.playvid.com/watch/jhQCXp0jkAH, http://www.playvid.com/watch/uMr0uXnFfQ0,
http://www.playvid.com/watch/gd5K0tUbdfn, http://www.playvid.com/watch/cQKgVBGAG22, http://www.playvid.com/watch/Zbzqa3R8hfG,
http://www.playvid.com/watch/fKQj0AxQ7iE, http://www.playvid.com/watch/kuaRJ5rw0mI, http://www.playvid.com/watch/DDwvW-AC5Xn,
http://www.playvid.com/watch/jevIF3pyJ-b, http://www.playvid.com/watch/z5LTMzlnSft, http://www.playvid.com/watch/dNUQnimk-00,
http://www.playvid.com/watch/Xxgu6BzEh5I, http://www.playvid.com/watch/-aX6pQmbZwE, http://www.playvid.com/watch/xIQVISQKxNo,
http://www.playvid.com/watch/-GZL0PpVu9E, http://www.playvid.com/watch/yMBX7Ll9JnU, http://www.playvid.com/watch/ZedsAc8wvK9,
http://www.playvid.com/watch/HCCq5CVUbZh, http://www.playvid.com/watch/LODbJlNIqV0, http://www.playvid.com/watch/zlbOj-tfo53,
http://www.playvid.com/watch/L0jLWJEmhON, http://www.playvid.com/watch/vCnt9HEY7CG, http://www.playvid.com/watch/8AORfY74qrL,
http://www.playvid.com/watch/FcMa-lmGRlP, http://www.playvid.com/watch/uC9tzZ8PePH, http://www.playvid.com/watch/D4ypzCaPmRP,
http://www.playvid.com/watch/MauMFI5nowI, http://www.playvid.com/watch/UPSo7vzmDUY, http://www.playvid.com/watch/z06o9y8INvi,
http://www.playvid.com/watch/whK6XksiEzD, http://www.playvid.com/watch/d83IyEScMue, http://www.playvid.com/watch/TgLwfrpuO7Y,
http://www.playvid.com/watch/l4wIk2ESS5D, http://www.playvid.com/watch/NSdD9zKVs9s, http://www.playvid.com/watch/6AVYi7uFyGD,
http://www.playvid.com/watch/ymT8yXozax4, http://www.playvid.com/watch/yRU5Lacdg6U, http://www.playvid.com/watch/3B2SPNyva5i,
http://www.playvid.com/watch/UM5QmVVaheR, http://www.playvid.com/watch/PIr4EkD2J0R, http://www.playvid.com/watch/XlJSR-GnpNN,
http://www.playvid.com/watch/OthGhdcMHdF, http://www.playvid.com/watch/MiEMXBCVEbb, http://www.playvid.com/watch/9Kp5iFEUBNj,
http://www.playvid.com/watch/Mh7o9WHReJ2, http://www.playvid.com/watch/VHtqJk2bUC2, http://www.playvid.com/watch/GCFchEPVGLK,
http://www.playvid.com/watch/kzGZINobdHS, http://www.playvid.com/watch/qQzY3pLMAk2, http://www.playvid.com/watch/sHtaA8gFPtI,
http://www.playvid.com/watch/ONk9BZDfgGs, http://www.playvid.com/watch/4WAU-0VE9Bq, http://www.playvid.com/watch/A7IY4yGFHsL,
http://www.playvid.com/watch/9sxDTHq7aoX, http://www.playvid.com/watch/-w9r2UB--0n, http://www.playvid.com/watch/droyCkLcEl-,
http://www.playvid.com/watch/To05QW8CGJS, http://www.playvid.com/watch/2UH09uQpNmA, http://www.playvid.com/watch/6vTEr7uegXv,
http://www.playvid.com/watch/EZCbtHa38hX, http://www.playvid.com/watch/5hjRgcUFjwi, http://www.playvid.com/watch/sqHqrp-dAIq,
http://www.playvid.com/watch/njrWdnTbHtQ, http://www.playvid.com/watch/FZCxSTbtmK9, http://www.playvid.com/watch/UjO3jWzjLXM,
http://www.playvid.com/watch/aiEAT4GMKFI, http://www.playvid.com/watch/XIvni6qR-EX, http://www.playvid.com/watch/kUh8vQdP-79,
http://www.playvid.com/watch/aYS4Kesj-QU, http://www.playvid.com/watch/9SQ3KD4vaMp, http://www.playvid.com/watch/WEGUy8ENL2z,
http://www.playvid.com/watch/PUO0I0GbEUY, http://www.playvid.com/watch/FyfSza52Eg5, http://www.playvid.com/watch/bo6w40xIIgx
5.f. Date of third notice: 2015-06-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: markoantonio
5.b. Uploader's email address: mistermarko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/markoantonio

5.e. List of videos posted by uploader: http://www.playvid.com/watch/jYPHO-XkUxU, http://www.playvid.com/watch/sCr3caAWZQJ,
http://www.playvid.com/watch/lYjgnIeYKrE, http://www.playvid.com/watch/9TUyjmU2cO0, http://www.playvid.com/watch/vDvS-99iDZ8,
http://www.playvid.com/watch/A25pCV2D79y, http://www.playvid.com/watch/7pe4kXLaFB9, http://www.playvid.com/watch/IDPCYDxNS34,
http://www.playvid.com/watch/Mli6VP4dwdg, http://www.playvid.com/watch/eo2jDRPta9W, http://www.playvid.com/watch/-huIUigWEno,
http://www.playvid.com/watch/OikEY3RzRjj, http://www.playvid.com/watch/5RPw29MPaVF, http://www.playvid.com/watch/CnkcBbOZw2r,
http://www.playvid.com/watch/F-o2ONI7xiQ, http://www.playvid.com/watch/MzU-PaST6DS, http://www.playvid.com/watch/UoV3gJxt-k6,
http://www.playvid.com/watch/tqqjEl9D54O, http://www.playvid.com/watch/juH8b6uqHGz, http://www.playvid.com/watch/iguZPsholcz,
http://www.playvid.com/watch/wndmTIAyU4p, http://www.playvid.com/watch/2AznGTR4iVx, http://www.playvid.com/watch/GHEvMZnsrtA,
http://www.playvid.com/watch/cPJW2Aj3BSt, http://www.playvid.com/watch/F0Uk8BiVh0F, http://www.playvid.com/watch/mmA2ttnXIaQ,
http://www.playvid.com/watch/0GtWSoBeaQm, http://www.playvid.com/watch/SBcOAxFq-RA, http://www.playvid.com/watch/ekE8zGVLkBW,
http://www.playvid.com/watch/5PXuT3sPl6Z, http://www.playvid.com/watch/FqMxLkEhUbO, http://www.playvid.com/watch/iwL47qwilFh,
http://www.playvid.com/watch/GtSmbMioTdd, http://www.playvid.com/watch/3IxdVPFry-r, http://www.playvid.com/watch/ySN8sdQ50NV,
http://www.playvid.com/watch/aK8Mr6jic0B, http://www.playvid.com/watch/zd8WcpCtWrd, http://www.playvid.com/watch/b6oNwSOxfDP,
http://www.playvid.com/watch/FmV5BM9JUFe, http://www.playvid.com/watch/9TM3Ly5zzGZ, http://www.playvid.com/watch/HT-Nc3JdFxu,
http://www.playvid.com/watch/kj-rfKOQjbC, http://www.playvid.com/watch/BeSs6DmA8Yt, http://www.playvid.com/watch/ahr3lUkHgHg,
http://www.playvid.com/watch/ZKcrq549ORC, http://www.playvid.com/watch/FHBktbkc8VK, http://www.playvid.com/watch/vF9xlZNyTpx,
http://www.playvid.com/watch/6wyUpfaNL2W, http://www.playvid.com/watch/CMyc76qJre4, http://www.playvid.com/watch/O7PztuRH5Hu,
http://www.playvid.com/watch/vYCfDEZ4Sze, http://www.playvid.com/watch/7Sy0ETYPRRf, http://www.playvid.com/watch/7VVOtucBZkO,
http://www.playvid.com/watch/rStQcJMDy9Q, http://www.playvid.com/watch/sS2vwLwCCAQ, http://www.playvid.com/watch/eoHdb4FtH9Q,
http://www.playvid.com/watch/NErN9sln0HF, http://www.playvid.com/watch/HX0wJrGn2Ei, http://www.playvid.com/watch/4IZJgU4fHYm,
http://www.playvid.com/watch/P2wY9z5nVMH, http://www.playvid.com/watch/KQjYWDbYJA9, http://www.playvid.com/watch/gspi8kKhWqN,
http://www.playvid.com/watch/thUVeuDQnT3, http://www.playvid.com/watch/-dUrRAzR62S, http://www.playvid.com/watch/q6ILyVdZjP0,
http://www.playvid.com/watch/THgtJV4qLeq, http://www.playvid.com/watch/vgnbTsrD-xM, http://www.playvid.com/watch/kBK3SH2sTCh,
http://www.playvid.com/watch/Ci8Q8w9H4uI, http://www.playvid.com/watch/RA5zh3mBc-k, http://www.playvid.com/watch/YhqdTEGSmdm,
http://www.playvid.com/watch/zypXeEd0nik, http://www.playvid.com/watch/D0mR0Yd3UAb, http://www.playvid.com/watch/m7juSVgUd8r,
http://www.playvid.com/watch/yywndM3Mg3M, http://www.playvid.com/watch/lsz5kw7c8QQ, http://www.playvid.com/watch/MyotWgSPeIb,
http://www.playvid.com/watch/GBkZP0r5-MZ, http://www.playvid.com/watch/JChepjKmyDb, http://www.playvid.com/watch/l2gN0WZ9qeG,
http://www.playvid.com/watch/EK9daXqd5qU, http://www.playvid.com/watch/7bsfeWfS5K5, http://www.playvid.com/watch/bmsti2Bjh5e,
http://www.playvid.com/watch/qA9JZx6cAI5, http://www.playvid.com/watch/lwjcFWaLaHq, http://www.playvid.com/watch/UNH7NKUl8ob,
http://www.playvid.com/watch/VQdKA0GhU75, http://www.playvid.com/watch/G32Vhmkwmks, http://www.playvid.com/watch/naRZ8kGBtxb,
http://www.playvid.com/watch/IOUUlCLOAhe, http://www.playvid.com/watch/AbWEsdgICmt, http://www.playvid.com/watch/99YxJWg6hIL,
http://www.playvid.com/watch/KEu7kdRBq5S, http://www.playvid.com/watch/RAMDmtbXVDi, http://www.playvid.com/watch/cQOyfJ53xLr,
http://www.playvid.com/watch/lhgrJGxmMFa, http://www.playvid.com/watch/awhkYJZ8ovY, http://www.playvid.com/watch/YSiPzA2zFSz,
http://www.playvid.com/watch/rz9M8SmW77L, http://www.playvid.com/watch/McSngnt9nTb, http://www.playvid.com/watch/UAkrERkokbv,
http://www.playvid.com/watch/iEYfGmD-Zul, http://www.playvid.com/watch/ViNnyMyrn7W, http://www.playvid.com/watch/thfZhTwvOmR,
http://www.playvid.com/watch/g6DgSKvjxtd, http://www.playvid.com/watch/t9WZSYIXW93, http://www.playvid.com/watch/XXJLyV0c6k2,
http://www.playvid.com/watch/SXJnbIyh4FZ, http://www.playvid.com/watch/Foci8dL8Qb4, http://www.playvid.com/watch/po5qBaAFOUD,
http://www.playvid.com/watch/5Hc0nK5BUs0, http://www.playvid.com/watch/bWXxMXEJ5R5, http://www.playvid.com/watch/CYuFPpdPO0L,
http://www.playvid.com/watch/2asVZ9orX7F, http://www.playvid.com/watch/dXKsNxQOgg4, http://www.playvid.com/watch/nm66vKo3Lcc,
http://www.playvid.com/watch/kZ-9HgdL3ey, http://www.playvid.com/watch/573kRcB4kLL, http://www.playvid.com/watch/P4DJTAy63fu,
http://www.playvid.com/watch/H60N3eWQoeQ, http://www.playvid.com/watch/PQEKtULSdid, http://www.playvid.com/watch/fH8WKuZcuZL,
http://www.playvid.com/watch/5cloGpmmdG3, http://www.playvid.com/watch/JKIcyuD6XcO, http://www.playvid.com/watch/ul99a-6mxIe,
http://www.playvid.com/watch/4c9l7VegnMo, http://www.playvid.com/watch/XITXqmKqE4b, http://www.playvid.com/watch/DetR7mqOieQ,
http://www.playvid.com/watch/R4x6oK5k6Xc, http://www.playvid.com/watch/uGJe-iBCeol, http://www.playvid.com/watch/HXonxo7qvRv,
http://www.playvid.com/watch/E4agSBFZUMB, http://www.playvid.com/watch/Id2seBCJphP, http://www.playvid.com/watch/fdsrmdYeyqB,
http://www.playvid.com/watch/F7ywwYrkUDZ, http://www.playvid.com/watch/yt4whG-XT6l, http://www.playvid.com/watch/4zt8XzQ5QPW,
http://www.playvid.com/watch/9sYEe4hXr8c, http://www.playvid.com/watch/iMhheq8XohG, http://www.playvid.com/watch/YwIKDlx7xc4,
http://www.playvid.com/watch/ovSA8CLoaQi, http://www.playvid.com/watch/hNZYBav2HsG, http://www.playvid.com/watch/z6Jps29XgBT,
http://www.playvid.com/watch/hXchLM8AJht, http://www.playvid.com/watch/57g97h3bK3C, http://www.playvid.com/watch/IF6MT0sELvN,
http://www.playvid.com/watch/xGfA628Un-Z, http://www.playvid.com/watch/nq2DkfcJbFr, http://www.playvid.com/watch/8U2nTevuBwI,
http://www.playvid.com/watch/UU8IPR6CPMS, http://www.playvid.com/watch/GyixJD3iaLW, http://www.playvid.com/watch/ioYHd5ZuQad,
http://www.playvid.com/watch/pZX3UgdhVG6, http://www.playvid.com/watch/gUE6hSoBdWi, http://www.playvid.com/watch/FCGy0y2sjen,
http://www.playvid.com/watch/B64k9muQMn4, http://www.playvid.com/watch/-bAOh39nsK0, http://www.playvid.com/watch/S3zo0RJur6z,
http://www.playvid.com/watch/kZqVHqVW0A4, http://www.playvid.com/watch/3dUXH4gNBeL, http://www.playvid.com/watch/7XauuMdoZf2,
http://www.playvid.com/watch/PWUizhUrh8j, http://www.playvid.com/watch/5OwFKhIponE, http://www.playvid.com/watch/UciL-MKaJKX,
http://www.playvid.com/watch/WWQLi3DoCXB, http://www.playvid.com/watch/IRe-NiaPrsY, http://www.playvid.com/watch/6-ugxR4w055,
http://www.playvid.com/watch/HhuOjx5E2XZ, http://www.playvid.com/watch/nQWHfaB5C9Q, http://www.playvid.com/watch/yLjoNqJWsu8,
http://www.playvid.com/watch/ZQ6y0NZje2l, http://www.playvid.com/watch/5lBDoNUX3mA, http://www.playvid.com/watch/ZwmCoyGWaqY,
http://www.playvid.com/watch/ebNWZbglzMe, http://www.playvid.com/watch/qaksz66vosm, http://www.playvid.com/watch/icTomDzPNZm,
http://www.playvid.com/watch/nhHj6ZlSAnW, http://www.playvid.com/watch/2DaTMAESRO0, http://www.playvid.com/watch/mwXCDCB9X4j,
http://www.playvid.com/watch/BVl8G75eLLa, http://www.playvid.com/watch/VHWNxRDV8RT, http://www.playvid.com/watch/acHwdgy9VBz,
http://www.playvid.com/watch/lrb9rvs4zHS, http://www.playvid.com/watch/6VRUZh93hpl, http://www.playvid.com/watch/tVEBZqr9Ek3,
http://www.playvid.com/watch/VMJ6pSg3dhx, http://www.playvid.com/watch/q7qyjUIaPOb, http://www.playvid.com/watch/UhfLH-fYXLd,
http://www.playvid.com/watch/eumXNOXd59r, http://www.playvid.com/watch/kXuixFzCJcn, http://www.playvid.com/watch/wlUqq4uWC-5,
http://www.playvid.com/watch/Jl-T7pgoSBE, http://www.playvid.com/watch/Q795MyvAtNs, http://www.playvid.com/watch/ZHr2V2rGcS9,
http://www.playvid.com/watch/TwmoEwb9YS2, http://www.playvid.com/watch/a4aTMBm-uKf, http://www.playvid.com/watch/piTXx9K5Ors,
http://www.playvid.com/watch/J5MEqThioeF, http://www.playvid.com/watch/0FfFVjKXaMr, http://www.playvid.com/watch/NnI2oW2pvBA,
http://www.playvid.com/watch/5qzzaoTsYDw, http://www.playvid.com/watch/SEvWC6qG46A, http://www.playvid.com/watch/PMvISgyHbBv,
http://www.playvid.com/watch/IgwRNGVd-3T, http://www.playvid.com/watch/fJoptz-Cuhe, http://www.playvid.com/watch/PdVGgj9BKuB,
http://www.playvid.com/watch/uQouPn75hOh, http://www.playvid.com/watch/Wi6S3aB84ni, http://www.playvid.com/watch/5Y5-qLsLKfn,
http://www.playvid.com/watch/H-o2ihXBP7n, http://www.playvid.com/watch/JemBuHweCs8, http://www.playvid.com/watch/gTDwiPE0CzO,
http://www.playvid.com/watch/CAPkVyWbM6l, http://www.playvid.com/watch/wz56ygCIocI, http://www.playvid.com/watch/D3btdvqsatX,
http://www.playvid.com/watch/FB8wjybzmJA, http://www.playvid.com/watch/2Xiv5OQAKEC, http://www.playvid.com/watch/ENW0k8fqFZq,
http://www.playvid.com/watch/y9JZQszqR28, http://www.playvid.com/watch/A0wN6EpMyVa, http://www.playvid.com/watch/xokfzULFW-x,
http://www.playvid.com/watch/smnAmHdOhmW, http://www.playvid.com/watch/biZ5-pFv3qv, http://www.playvid.com/watch/t2KNTF4haBx,
http://www.playvid.com/watch/GB0CiMGZ2ls, http://www.playvid.com/watch/iENNF35UEgY, http://www.playvid.com/watch/LEmmbThzDVT,
http://www.playvid.com/watch/3jZy4GGlQc3, http://www.playvid.com/watch/-vJACekpmal, http://www.playvid.com/watch/33QzKjonlFE,
http://www.playvid.com/watch/mC9H6WSZFiT, http://www.playvid.com/watch/KyIJSbbQl0Q, http://www.playvid.com/watch/I0dcXXB8YbT,
http://www.playvid.com/watch/uj-LRaxe4yk, http://www.playvid.com/watch/iHzQAwYfU9Q, http://www.playvid.com/watch/ttmJgu7X3xe,
http://www.playvid.com/watch/GnZ5s2jfeGC, http://www.playvid.com/watch/47hWJcrz5Hf, http://www.playvid.com/watch/d9wVwqucVsZ,
http://www.playvid.com/watch/V3w85SeYVx-, http://www.playvid.com/watch/c9cdFrLUO2U, http://www.playvid.com/watch/MMvh0W2zcBo,
http://www.playvid.com/watch/dg0MlEr8k97, http://www.playvid.com/watch/JRZc6S8cz9g, http://www.playvid.com/watch/AWSgYOTzds9,
http://www.playvid.com/watch/XQf0O843xpJ, http://www.playvid.com/watch/J94U5yFK3TW, http://www.playvid.com/watch/sBftLY0fcuQ,
http://www.playvid.com/watch/hRXplWLUmdZ, http://www.playvid.com/watch/Xm3K0Vk2ING, http://www.playvid.com/watch/VLomG-z58ka,
http://www.playvid.com/watch/rz3aYszhcd4, http://www.playvid.com/watch/Es5zGG-gJk4, http://www.playvid.com/watch/mrieX-QIxUE,
http://www.playvid.com/watch/kSEIz6VOyzB, http://www.playvid.com/watch/xOh9py9Vb92, http://www.playvid.com/watch/i9bHkHfviRE,
http://www.playvid.com/watch/77WPQ7nMcip, http://www.playvid.com/watch/svlhpn9zD9S, http://www.playvid.com/watch/rYXjl3zdxiz,
http://www.playvid.com/watch/xRaDbLs2Rul, http://www.playvid.com/watch/TRW2Ew4VWYs, http://www.playvid.com/watch/y-AJvlHmUC0,
http://www.playvid.com/watch/xiy8705Nqhs, http://www.playvid.com/watch/XiSD9cG8vTZ, http://www.playvid.com/watch/ex9Co4oWD3q,
http://www.playvid.com/watch/8XowZnGHRe8, http://www.playvid.com/watch/WQ5H0VfDsbm, http://www.playvid.com/watch/HvhcCIdKHrj,
http://www.playvid.com/watch/KrIOTPqYrnW, http://www.playvid.com/watch/YLoqIqtGAOv, http://www.playvid.com/watch/fbmqKNUy8xF,
http://www.playvid.com/watch/2QIf4h3BsnL, http://www.playvid.com/watch/93Cle4uDDOE, http://www.playvid.com/watch/KKDdQ5U5VxS,
http://www.playvid.com/watch/sI0XooFsvEU, http://www.playvid.com/watch/fGjMf7ViV3V, http://www.playvid.com/watch/3RfBW9IPA23,
http://www.playvid.com/watch/oNDxt8iM65r, http://www.playvid.com/watch/9VFFsfG9uzZ, http://www.playvid.com/watch/TnPhtitjMLA,
http://www.playvid.com/watch/4X24gk7MDp-, http://www.playvid.com/watch/Re85dG6Lzbx, http://www.playvid.com/watch/VJzfg8JPr82,
http://www.playvid.com/watch/ydfpgp-dygb, http://www.playvid.com/watch/SclaPalQquL, http://www.playvid.com/watch/xlkljE6C7wD,

http://www.playvid.com/watch/NqmlK8QPo7b, http://www.playvid.com/watch/cBRt2dqmiis, http://www.playvid.com/watch/eohv404DmPd, http://www.playvid.com/watch/RN2l5ENsS7F, http://www.playvid.com/watch/HQPFbeuDfii, http://www.playvid.com/watch/2BZYwiFjAfC, http://www.playvid.com/watch/3QGWc2XFSov, http://www.playvid.com/watch/IxBeswdd-4M, http://www.playvid.com/watch/hW3iNSKlfVu, http://www.playvid.com/watch/tzYCApA8Lxe, http://www.playvid.com/watch/O2lkekOpg9l, http://www.playvid.com/watch/x6UnGa8EJ7a, http://www.playvid.com/watch/--SAfqEHIfx, http://www.playvid.com/watch/6RJqlO0bmTY, http://www.playvid.com/watch/NsyqngADzEX, http://www.playvid.com/watch/x7rzsAixD8t, http://www.playvid.com/watch/VerL6KM5Hao, http://www.playvid.com/watch/clFIAm0KIx8, http://www.playvid.com/watch/UV7lTjrfHWZ, http://www.playvid.com/watch/ehslZsYvFRl, http://www.playvid.com/watch/W4sUfHqqbms, http://www.playvid.com/watch/WBq5aGWUbpb, http://www.playvid.com/watch/jVQ2v0YIYEv
5.f. Date of third notice: 2013-12-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: markopolo
5.b. Uploader's email address: fernandmarco@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/markopolo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0lZYrNdrWJN, http://www.playvid.com/watch/FGDzVptjcLQ, http://www.playvid.com/watch/Ik0E5cnGx6B, http://www.playvid.com/watch/aQLdbPTLAzm, http://www.playvid.com/watch/iYgZCafW8ue, http://www.playvid.com/watch/sE3J9Lt656O, http://www.playvid.com/watch/Ipxd9fNAvTC, http://www.playvid.com/watch/M2BPHL7I2yY, http://www.playvid.com/watch/Jl4RSz55DKl, http://www.playvid.com/watch/7m4iqTudoHc, http://www.playvid.com/watch/X6zPV-HEZTs, http://www.playvid.com/watch/oWKXE0zYnSy, http://www.playvid.com/watch/uSqJXuxMmMJ, http://www.playvid.com/watch/3rbbmP3USO0, http://www.playvid.com/watch/WMnjuM6cqWI, http://www.playvid.com/watch/2fEyGkGX-W0, http://www.playvid.com/watch/wSchwi6a3mZ, http://www.playvid.com/watch/t8m4cse5oXp, http://www.playvid.com/watch/DPIamOVa-QT, http://www.playvid.com/watch/r2XMP32Cp7E, http://www.playvid.com/watch/lMZb8cq2K-J, http://www.playvid.com/watch/epTBgyo25b9, http://www.playvid.com/watch/qQJMRFbB3Wx, http://www.playvid.com/watch/m0hfi3P5tnr, http://www.playvid.com/watch/hWhnPiMFOHa, http://www.playvid.com/watch/pBnYfvi2brr, http://www.playvid.com/watch/rI3OuDN-Ao4, http://www.playvid.com/watch/84nFKpfkxgt, http://www.playvid.com/watch/hMFE-GD4rIb, http://www.playvid.com/watch/BLTwpM6XSNW, http://www.playvid.com/watch/EpTt4Xj0kiy, http://www.playvid.com/watch/KdNCzNkoGPt, http://www.playvid.com/watch/Sboxnb5ODwp, http://www.playvid.com/watch/-qfqFmyipcB, http://www.playvid.com/watch/zkGTHQsFul2, http://www.playvid.com/watch/BCCjYf39SsB, http://www.playvid.com/watch/8ikc2-RQw86, http://www.playvid.com/watch/juh0CjDFOGT, http://www.playvid.com/watch/ijTBSHvtCvD, http://www.playvid.com/watch/haJe9jnsUso, http://www.playvid.com/watch/Y22HdP2egie, http://www.playvid.com/watch/wz-KjobhJtD, http://www.playvid.com/watch/B7AoAuafypu, http://www.playvid.com/watch/M0MiA3nKpt5, http://www.playvid.com/watch/Glnv8g7yHoW, http://www.playvid.com/watch/JcSTeRghiLq, http://www.playvid.com/watch/rW4LAkliV5D, http://www.playvid.com/watch/cWQc87v5AaO, http://www.playvid.com/watch/GT9Gy-ic5Lq, http://www.playvid.com/watch/34FTeuIw9LO, http://www.playvid.com/watch/N9qdkBj-xGt, http://www.playvid.com/watch/cdoGBVR9IQV, http://www.playvid.com/watch/LtvancDnaa7, http://www.playvid.com/watch/oKsWhC8niJJ, http://www.playvid.com/watch/rtuUMCITsaT, http://www.playvid.com/watch/u9W7ZnLwYI6, http://www.playvid.com/watch/Vc2fggNiczE, http://www.playvid.com/watch/8ptVzvqSRy5, http://www.playvid.com/watch/0Ufs7LIKdKS, http://www.playvid.com/watch/FqBuXd6GFoO, http://www.playvid.com/watch/GwdTGkC6vId, http://www.playvid.com/watch/b85OiJuSERl, http://www.playvid.com/watch/rqA8ikPXb7w, http://www.playvid.com/watch/SbVLQYBUDyq, http://www.playvid.com/watch/JkHuBcBEf3S, http://www.playvid.com/watch/bJYSyQV9vPu, http://www.playvid.com/watch/j0nynbgMscH, http://www.playvid.com/watch/4vbnOqCRxVZ, http://www.playvid.com/watch/veH02TtIidD, http://www.playvid.com/watch/fpdqwyOEdWe, http://www.playvid.com/watch/0QZgij5lfAR, http://www.playvid.com/watch/iRPO3hKoQNK, http://www.playvid.com/watch/0RS0UU5qmmX, http://www.playvid.com/watch/pUuVTmRWYG6, http://www.playvid.com/watch/RQL8CFwd5Ta, http://www.playvid.com/watch/vdpZWFyAumH, http://www.playvid.com/watch/a0bi4YBBQLV, http://www.playvid.com/watch/iSfumJWXE2t, http://www.playvid.com/watch/TY6J3p-28tr, http://www.playvid.com/watch/dNySHDspDQh, http://www.playvid.com/watch/no-4VOczCfy, http://www.playvid.com/watch/JqfndmqaHQJ, http://www.playvid.com/watch/XQL3PdFaVKT, http://www.playvid.com/watch/LMfCSBhROlm, http://www.playvid.com/watch/rV7DyO9DQ70, http://www.playvid.com/watch/73CIclz8KOU, http://www.playvid.com/watch/a8Wk0mCa4Yl, http://www.playvid.com/watch/NOpc5QLvLgo, http://www.playvid.com/watch/LOROtpipoIO, http://www.playvid.com/watch/0coFuI2bCeT, http://www.playvid.com/watch/EBhO8TNwhTo, http://www.playvid.com/watch/A-OmJuAAk4V, http://www.playvid.com/watch/OB5TKLadPXb, http://www.playvid.com/watch/vJFJ5p7zhSr, http://www.playvid.com/watch/fbIsw5Kns-u, http://www.playvid.com/watch/npbz-qStpLe, http://www.playvid.com/watch/ygnvy3ZEEqR, http://www.playvid.com/watch/IUqZ2-WS8cM, http://www.playvid.com/watch/6eiJT5ZVqOP, http://www.playvid.com/watch/hwuI-KWwus8, http://www.playvid.com/watch/d4xBLzTwzZm, http://www.playvid.com/watch/PXbmJF4aAId, http://www.playvid.com/watch/LjVob9BlpDs, http://www.playvid.com/watch/Ft0IoMb5oCO, http://www.playvid.com/watch/CGu-qmyITSj, http://www.playvid.com/watch/YUntFMlJFth, http://www.playvid.com/watch/263BaZXB3U0, http://www.playvid.com/watch/bdRFtFf6F9Y, http://www.playvid.com/watch/OCUbVeNEP3J, http://www.playvid.com/watch/iWzoRRHGjbE, http://www.playvid.com/watch/ke8347VwIKx, http://www.playvid.com/watch/HAe8Ne3uh9P, http://www.playvid.com/watch/UqbbLf0rvpR, http://www.playvid.com/watch/XjTrEy0GEWa, http://www.playvid.com/watch/97MaeqAOFR6, http://www.playvid.com/watch/tCNHUApNowg, http://www.playvid.com/watch/rSGSg45J5kB, http://www.playvid.com/watch/UUoLkySl4TL, http://www.playvid.com/watch/0AGJOgjtLWi, http://www.playvid.com/watch/fcjTqnvFjFG, http://www.playvid.com/watch/hy72DtsL0QI, http://www.playvid.com/watch/a8EaNVqQYHj, http://www.playvid.com/watch/yfdGUONaknv, http://www.playvid.com/watch/SZskPpXsBQr, http://www.playvid.com/watch/qZcM2kOucAp, http://www.playvid.com/watch/doEW3FTS7JZ, http://www.playvid.com/watch/VDMCc0Bi-eX, http://www.playvid.com/watch/aX04wzGQiwC, http://www.playvid.com/watch/dOQ-yz2fbjb, http://www.playvid.com/watch/zmHYhkyEWnm, http://www.playvid.com/watch/oePyQ-9b6pt, http://www.playvid.com/watch/BhvoNwy2WgO, http://www.playvid.com/watch/9XcYg3-IcGt, http://www.playvid.com/watch/bJQ2aE5iFNd, http://www.playvid.com/watch/JMJPiIbZwXD, http://www.playvid.com/watch/bURVJ8VZslr, http://www.playvid.com/watch/um0MFtK2hoO
5.f. Date of third notice: 2013-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: marmon
5.b. Uploader's email address: elizateylor@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/marmon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TyalXICvpWi, http://www.playvid.com/watch/Fz7XcKXShTp, http://www.playvid.com/watch/PHwRMEvt26K, http://www.playvid.com/watch/cEoBMbwUvKZ, http://www.playvid.com/watch/uyZmN45KeRS, http://www.playvid.com/watch/qsNxlorzI4q, http://www.playvid.com/watch/Gp29V8AU6WD, http://www.playvid.com/watch/jXy8HxwoVom, http://www.playvid.com/watch/BhfFJzgDVcX, http://www.playvid.com/watch/usgM-KYsK3p, http://www.playvid.com/watch/j6Aidxp2aa5, http://www.playvid.com/watch/EXxDJkVcOe4, http://www.playvid.com/watch/iVWKB9CxqAU, http://www.playvid.com/watch/jdabaaHp8OV, http://www.playvid.com/watch/5LvGga3Hq03, http://www.playvid.com/watch/LMlpPAIRTdc, http://www.playvid.com/watch/uybFbsf9xGW, http://www.playvid.com/watch/x3q7Jlu7NmF, http://www.playvid.com/watch/cv2xZJEMcvV, http://www.playvid.com/watch/fXtZRXZgErY, http://www.playvid.com/watch/xty-xhDCUSM, http://www.playvid.com/watch/L8miqiMBucI, http://www.playvid.com/watch/-fu8z0FCwHD, http://www.playvid.com/watch/KLBRTNWtLLI, http://www.playvid.com/watch/2ZXHWD3rwdQ, http://www.playvid.com/watch/2s3dMeo46ps, http://www.playvid.com/watch/-22xWZrYSg-, http://www.playvid.com/watch/iuInNhEz-D7, http://www.playvid.com/watch/jDLxIxpuwHr, http://www.playvid.com/watch/3aDWAvKFqD8, http://www.playvid.com/watch/skOVVmdl5S-, http://www.playvid.com/watch/SZvYlXqtaMh, http://www.playvid.com/watch/folki7T3Gh7, http://www.playvid.com/watch/i3-gTUvyEUZ, http://www.playvid.com/watch/KeM-2u68Fkh, http://www.playvid.com/watch/sNUVFcoevdK, http://www.playvid.com/watch/cozHzcOTNMh, http://www.playvid.com/watch/DUTHI4pDcWY, http://www.playvid.com/watch/Jws-lFPvrAn, http://www.playvid.com/watch/m9xKoe24Tr0, http://www.playvid.com/watch/N9H9zMwibGk, http://www.playvid.com/watch/HsE9ITFvPM3, http://www.playvid.com/watch/Kx2AdslQI3v, http://www.playvid.com/watch/ocpUobyXZaR, http://www.playvid.com/watch/Nxg2Ea2pAl4, http://www.playvid.com/watch/yqk77ypIFBP, http://www.playvid.com/watch/KnRrkzyW9vk, http://www.playvid.com/watch/4YczwbPvSPp, http://www.playvid.com/watch/WMERKrqLvFj, http://www.playvid.com/watch/vSNzCJpgYJP, http://www.playvid.com/watch/46B7IOkz-ZT, http://www.playvid.com/watch/GKzpEq52Ceo, http://www.playvid.com/watch/7SUfRbP3Upm, http://www.playvid.com/watch/3s2dM8GIUhK, http://www.playvid.com/watch/LWqvQm8rqcM, http://www.playvid.com/watch/DArm78HExYF, http://www.playvid.com/watch/-czs0-uTaln, http://www.playvid.com/watch/wkPWUGG3zkz, http://www.playvid.com/watch/3kOjGGLrvXp, http://www.playvid.com/watch/ae7Y2EPdOwB, http://www.playvid.com/watch/G2V6fivovzm, http://www.playvid.com/watch/He-5d7uAzlC, http://www.playvid.com/watch/0ogtkbjW3xb, http://www.playvid.com/watch/i4bGm9SRLPB, http://www.playvid.com/watch/tqvpZcTdsdc, http://www.playvid.com/watch/vWuMGCFccAp, http://www.playvid.com/watch/0ZFNto-N27i, http://www.playvid.com/watch/JdXGkkOTMJ-, http://www.playvid.com/watch/3q6CXRAkDtO, http://www.playvid.com/watch/wJSRDp0AjnW, http://www.playvid.com/watch/IJ5SqWouFWj, http://www.playvid.com/watch/zag8DYWRxen, http://www.playvid.com/watch/prkukgcvT03, http://www.playvid.com/watch/qNU5EK22Rfc, http://www.playvid.com/watch/82ssl6mhzY3, http://www.playvid.com/watch/SvhrQ3hN9Yl, http://www.playvid.com/watch/hASrSXX566O, http://www.playvid.com/watch/mY69FLdT8uX, http://www.playvid.com/watch/8WFlO0RWjRK, http://www.playvid.com/watch/zaHpPOvZJ94, http://www.playvid.com/watch/AwnXNiSYdBc, http://www.playvid.com/watch/iYQo9Rdrjrq, http://www.playvid.com/watch/6nZ5DN5iveV, http://www.playvid.com/watch/CTT6mhuwksj, http://www.playvid.com/watch/B9y2izgf9IS, http://www.playvid.com/watch/Ccn4oKNUWQb, http://www.playvid.com/watch/dGVsuOxzzAi, http://www.playvid.com/watch/g9rkZ7HJxeg, http://www.playvid.com/watch/a7FUcFiLjN0,

http://www.playvid.com/watch/PAHQJRJeZBT, http://www.playvid.com/watch/qzHQXb9C7da, http://www.playvid.com/watch/ALx99BvrhbW, http://www.playvid.com/watch/yjk3Dwv5m7N
5.f. Date of third notice: 2013-08-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: martamartas
5.b. Uploader's email address: martamartasss@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/martamartas
5.e. List of videos posted by uploader: http://www.playvid.com/watch/j5RFZKyThCP, http://www.playvid.com/watch/xD6vtbDVx2N, http://www.playvid.com/watch/vIC863yFC9Q, http://www.playvid.com/watch/uGhPet29Fqj, http://www.playvid.com/watch/3lxBrF2zVxM, http://www.playvid.com/watch/aal44B3SfVi, http://www.playvid.com/watch/0gzi8T9NN8e, http://www.playvid.com/watch/DsOXsmRED5T, http://www.playvid.com/watch/QSzKFtY3frH, http://www.playvid.com/watch/SoZSqps73XZ, http://www.playvid.com/watch/3B2Z3SJlCdh, http://www.playvid.com/watch/eJXXB7p8vZR, http://www.playvid.com/watch/7Z76j-k9LTd, http://www.playvid.com/watch/AmKAiWbXCGj, http://www.playvid.com/watch/tmaQNzY7jfg, http://www.playvid.com/watch/0aZyv9FWDWg, http://www.playvid.com/watch/AadGdjcdibA, http://www.playvid.com/watch/-wBVh6m8iu3, http://www.playvid.com/watch/73y8tYymk4w, http://www.playvid.com/watch/qX7yBLsxdtP, http://www.playvid.com/watch/tUdfh-khpzT, http://www.playvid.com/watch/3Gxq9kqEoPw, http://www.playvid.com/watch/a-5mYi604Xi, http://www.playvid.com/watch/fcBugEhB-gC, http://www.playvid.com/watch/QQwEicsgQjR, http://www.playvid.com/watch/enEVnPQKen0, http://www.playvid.com/watch/8fS5MhylAeT, http://www.playvid.com/watch/nPdsP83vFUQ, http://www.playvid.com/watch/MtEdHGNE46h, http://www.playvid.com/watch/hOZJ-E7GteT, http://www.playvid.com/watch/qJx0Qmhepxd, http://www.playvid.com/watch/WDDe0WVXho4, http://www.playvid.com/watch/OXx6hG0RF3j, http://www.playvid.com/watch/QXCc5WL4p8O, http://www.playvid.com/watch/skFzVxub7wR, http://www.playvid.com/watch/kQK-HEurPsi, http://www.playvid.com/watch/EnhsoJQ2zBa, http://www.playvid.com/watch/efwvShEw4bl, http://www.playvid.com/watch/T3u47QNp4Ky, http://www.playvid.com/watch/858s3yNK0mq, http://www.playvid.com/watch/mXbla7h7JWp, http://www.playvid.com/watch/5nSSFwXoPXa, http://www.playvid.com/watch/8t5o6cfanjB, http://www.playvid.com/watch/PkHATLJhKWm, http://www.playvid.com/watch/rsZtvayrT5o, http://www.playvid.com/watch/TNAOA9dvg6b, http://www.playvid.com/watch/K8mCyn0FVk5, http://www.playvid.com/watch/XJ0fn5lbZ8V, http://www.playvid.com/watch/deAMemrLiG9, http://www.playvid.com/watch/LiyVgd6ww-l, http://www.playvid.com/watch/5JkAtMUfhNJ, http://www.playvid.com/watch/jmjrD2YKDiU, http://www.playvid.com/watch/7lYkoeHa9Mr, http://www.playvid.com/watch/bctfEvLaMHD, http://www.playvid.com/watch/chcf5FqSgqe, http://www.playvid.com/watch/6BqfPEvEsnF, http://www.playvid.com/watch/QnMs7Ch2C4y, http://www.playvid.com/watch/5OU4t90XPt5, http://www.playvid.com/watch/t7eWQ3QVL62, http://www.playvid.com/watch/6vOkf8eAdie, http://www.playvid.com/watch/Qsvqw-NNe3v, http://www.playvid.com/watch/FGWpwWZU3HI, http://www.playvid.com/watch/x-TlO3ch6d7, http://www.playvid.com/watch/PjwJwlrPQuS, http://www.playvid.com/watch/qPXZ4D7e9lM, http://www.playvid.com/watch/Qeis-Gw5TIc, http://www.playvid.com/watch/jtsoyod9Ssf, http://www.playvid.com/watch/rDpgGjSlgnI, http://www.playvid.com/watch/qc7djJKZnL6, http://www.playvid.com/watch/G07o9ApdFCl, http://www.playvid.com/watch/9G8HgIisI8O, http://www.playvid.com/watch/mKSh0sVQFqN, http://www.playvid.com/watch/HIZK0IwNGdw, http://www.playvid.com/watch/48jhiwnwcEw, http://www.playvid.com/watch/ne8BorfTNx2, http://www.playvid.com/watch/UuB9cifQx0k, http://www.playvid.com/watch/Q9d44xf2kYw, http://www.playvid.com/watch/jvmqhAHDkwz, http://www.playvid.com/watch/K-VBtbAbYF3, http://www.playvid.com/watch/IzdKGrz9kDO, http://www.playvid.com/watch/8yu-YGyV0qI, http://www.playvid.com/watch/Yq45zaHGXQe, http://www.playvid.com/watch/OxJ2VfdpYh8, http://www.playvid.com/watch/i0DmqLUBJUb, http://www.playvid.com/watch/KLimDIeUyQl, http://www.playvid.com/watch/pIsqQNsi8Ki, http://www.playvid.com/watch/lNBAZrnZFpk, http://www.playvid.com/watch/fMz9O0HLnr2, http://www.playvid.com/watch/SsewRO-oOgO, http://www.playvid.com/watch/K7zbZsDmxLm, http://www.playvid.com/watch/wzFKJoC6owJ, http://www.playvid.com/watch/jAPlb9uzxwj, http://www.playvid.com/watch/Y0EaiYKXGNO, http://www.playvid.com/watch/ijFPbdeBhbc, http://www.playvid.com/watch/7rywMrWrIQB, http://www.playvid.com/watch/NE4lh-2RfFJ, http://www.playvid.com/watch/yuQW3FXxInt, http://www.playvid.com/watch/957p0VKT7VA, http://www.playvid.com/watch/abg0Qlw-bky, http://www.playvid.com/watch/vZmURSxHIK2, http://www.playvid.com/watch/0ksHdJKMdLu, http://www.playvid.com/watch/qK9rIjy23RY, http://www.playvid.com/watch/EvSRJDhCUtB, http://www.playvid.com/watch/i6F7LhUyUfZ, http://www.playvid.com/watch/6PWgbQce7Vc, http://www.playvid.com/watch/2Lm70H7HiRJ, http://www.playvid.com/watch/vqt5B-qnoFb, http://www.playvid.com/watch/Gh7IM2dcWUK, http://www.playvid.com/watch/hnmEVBK2zhx, http://www.playvid.com/watch/sosma388bnY, http://www.playvid.com/watch/GLAotGQsBkR, http://www.playvid.com/watch/SL485tluD6e, http://www.playvid.com/watch/6ra3-tuitaH, http://www.playvid.com/watch/ocSkUJ7ldPP, http://www.playvid.com/watch/bNKIAI27G3t, http://www.playvid.com/watch/3NIUOCAUwPU, http://www.playvid.com/watch/5iTYlOGnaK2, http://www.playvid.com/watch/MU4hZXxdWx4, http://www.playvid.com/watch/hUigoUk6vqU, http://www.playvid.com/watch/aUulrTgbB3U, http://www.playvid.com/watch/K8o23yb7-Z2, http://www.playvid.com/watch/OTIqEf-6m88, http://www.playvid.com/watch/qBihJdQoUMa, http://www.playvid.com/watch/b62dM--Lt98, http://www.playvid.com/watch/o262c-N-bEy, http://www.playvid.com/watch/5lXn4wdRWsf, http://www.playvid.com/watch/ZjFQb9gjRsT, http://www.playvid.com/watch/tuwHPV4hRGD
5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: martella
5.b. Uploader's email address: jijiohio@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/martella
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jtTghqdkmtQ, http://www.playvid.com/watch/6bCZVtYZvHr, http://www.playvid.com/watch/axE0Q-57lDu, http://www.playvid.com/watch/BlfgXjmB7pN, http://www.playvid.com/watch/Xu2p7nrr0ia, http://www.playvid.com/watch/KEkPTlDQ8Zf, http://www.playvid.com/watch/9SdaLtBnbdI, http://www.playvid.com/watch/jSVXmtDvesr, http://www.playvid.com/watch/tw736pEW2rX, http://www.playvid.com/watch/K24Hj6Sdguy, http://www.playvid.com/watch/LYI8aHGrJHh, http://www.playvid.com/watch/9k0cXkYitab, http://www.playvid.com/watch/XMUcD4DqTVt, http://www.playvid.com/watch/mhkIMiA5nEy, http://www.playvid.com/watch/e95pdVLoRjF, http://www.playvid.com/watch/LWcU6yXH9dp, http://www.playvid.com/watch/FVUW8WAbyUu, http://www.playvid.com/watch/GLokqDzsS90, http://www.playvid.com/watch/pUYS5fNBLWI, http://www.playvid.com/watch/eqKYzlFUUcI, http://www.playvid.com/watch/EceYEIu3eeI, http://www.playvid.com/watch/HXkr4l6vq6y, http://www.playvid.com/watch/ZkHYhDC5T84, http://www.playvid.com/watch/IFynNr4SpS8, http://www.playvid.com/watch/Q34yzL36dVW, http://www.playvid.com/watch/Jr6Ag6lt4eI, http://www.playvid.com/watch/t-xpcgY9D7d, http://www.playvid.com/watch/4uQoavz6qXw, http://www.playvid.com/watch/35Xt-w6CeV5, http://www.playvid.com/watch/PIsf7gVGN3x, http://www.playvid.com/watch/UoTKTQ2ERh5, http://www.playvid.com/watch/XrdbZTxS3CR, http://www.playvid.com/watch/cTQk4fVm9ia, http://www.playvid.com/watch/79E4aIjk83H, http://www.playvid.com/watch/5M5eERgViDS, http://www.playvid.com/watch/gY3YYm0oov-, http://www.playvid.com/watch/6gBRv4UgsHH, http://www.playvid.com/watch/JnCmdRUJFWz, http://www.playvid.com/watch/r4Tm-4cOawG, http://www.playvid.com/watch/TP3-QJ-gxwX, http://www.playvid.com/watch/rdlLMkkJ6y9, http://www.playvid.com/watch/dntEoTvhYqN, http://www.playvid.com/watch/kU3IgO0qQsC, http://www.playvid.com/watch/0Mnlz9GxH8O, http://www.playvid.com/watch/V25hDbVIoTV, http://www.playvid.com/watch/4cIpAk-9Kul, http://www.playvid.com/watch/M5yL39ySd53, http://www.playvid.com/watch/UuiT9NR5AAo, http://www.playvid.com/watch/sF3Xz25Cwnd, http://www.playvid.com/watch/mSpfnFMtOdt, http://www.playvid.com/watch/zjXA3nhez6j, http://www.playvid.com/watch/vUgYITmjuYc, http://www.playvid.com/watch/yH07o8fihrs, http://www.playvid.com/watch/ZxVjLKmeQTc, http://www.playvid.com/watch/iGEYoNKAB4T, http://www.playvid.com/watch/fjelP5bLQhx, http://www.playvid.com/watch/QMas2fWWCWQ, http://www.playvid.com/watch/M7TYApwnztT, http://www.playvid.com/watch/ONIqGer04sU, http://www.playvid.com/watch/23rWFf4Vbsq, http://www.playvid.com/watch/zyTxXtV-BGK, http://www.playvid.com/watch/Zfo8ba8IaMH, http://www.playvid.com/watch/KPOWVC7H-ts, http://www.playvid.com/watch/S-fIC4Eygm0, http://www.playvid.com/watch/2kEXInbRg8p, http://www.playvid.com/watch/LpfDtZDSGMU, http://www.playvid.com/watch/DfRa0A35qsx, http://www.playvid.com/watch/2B9lQF8I0mD, http://www.playvid.com/watch/n05r2lhpCFB, http://www.playvid.com/watch/2qvLlsABIDE, http://www.playvid.com/watch/gbpdOu04Qpk, http://www.playvid.com/watch/X4PxHRKSiZk, http://www.playvid.com/watch/SfrW5D8AzNF, http://www.playvid.com/watch/g-QorKMaux3, http://www.playvid.com/watch/pkTjNCFCyZS, http://www.playvid.com/watch/gvui5F6QRnr, http://www.playvid.com/watch/BFOemaVYga-, http://www.playvid.com/watch/B-QcygEM5L6, http://www.playvid.com/watch/6q59IFGPzfN, http://www.playvid.com/watch/zo3uNXCmZZF, http://www.playvid.com/watch/eTJGiauLJ6l, http://www.playvid.com/watch/4kEchF3mUfH, http://www.playvid.com/watch/fq2y4bM50DH, http://www.playvid.com/watch/VoEXz5nkrc2, http://www.playvid.com/watch/r9siZcVCGBj, http://www.playvid.com/watch/YZXwGgtgbju, http://www.playvid.com/watch/kGRSOMVdJeT, http://www.playvid.com/watch/6Ws5I2ZesqA, http://www.playvid.com/watch/6onf3POt9eQ, http://www.playvid.com/watch/7j3KwD2SeiC, http://www.playvid.com/watch/l7SbmDoBr4j, http://www.playvid.com/watch/2UG2283lec2, http://www.playvid.com/watch/69NVZwVtbNC, http://www.playvid.com/watch/QIlCrGkj-tR, http://www.playvid.com/watch/FBO0gCeKnNM, http://www.playvid.com/watch/0Q3IUxTDMXu, http://www.playvid.com/watch/tdgWmvcL9TD, http://www.playvid.com/watch/a2I-H-53UAA, http://www.playvid.com/watch/PRh0cSc3TEx, http://www.playvid.com/watch/xjEOR0DmZ7f, http://www.playvid.com/watch/c7Zyw6cViLY, http://www.playvid.com/watch/KKkY0Xg7Tj-, http://www.playvid.com/watch/3Oq4KZfJHoQ, http://www.playvid.com/watch/3WFsHl234wr, http://www.playvid.com/watch/ra8xlRqvkWf, http://www.playvid.com/watch/SzAfcaVO7Ic, http://www.playvid.com/watch/bO7pkB0gbvF, http://www.playvid.com/watch/3kbMvmloYnX, http://www.playvid.com/watch/fJn8MjwXbYk, http://www.playvid.com/watch/IhAJBaL8xPI, http://www.playvid.com/watch/yioFKXDsk50, http://www.playvid.com/watch/RVvaBUsOrrJ, http://www.playvid.com/watch/Ck6u-YMKX42, http://www.playvid.com/watch/-WaoCkeACZG, http://www.playvid.com/watch/0Qht8i7hIze, http://www.playvid.com/watch/o2iIrXu86yO,

http://www.playvid.com/watch/0GT-H2nhgkL, http://www.playvid.com/watch/cu0EDL94HZO, http://www.playvid.com/watch/7jBdewoh0cC,
http://www.playvid.com/watch/UOClcqrM5x7, http://www.playvid.com/watch/i9y83DapVKa, http://www.playvid.com/watch/UsBaV2nFMzd,
http://www.playvid.com/watch/lbKuPdpp-58, http://www.playvid.com/watch/BH-OJL6mzii, http://www.playvid.com/watch/58NzX0LhwD-,
http://www.playvid.com/watch/tlihr7sEHzw, http://www.playvid.com/watch/Ecw25GOncYk, http://www.playvid.com/watch/pmrSnIHuZYP,
http://www.playvid.com/watch/arej88OJqAo, http://www.playvid.com/watch/IXzOwKTyv5x, http://www.playvid.com/watch/WVz8Duu6ZgP,
http://www.playvid.com/watch/UG3-E0Wj87H, http://www.playvid.com/watch/2AT0g8Nx5DL, http://www.playvid.com/watch/GevjdYupe0T,
http://www.playvid.com/watch/jUAl3qn0fft, http://www.playvid.com/watch/5ZhywrJGPJp, http://www.playvid.com/watch/0JBk5DL6AFR,
http://www.playvid.com/watch/0YypF5JXmHJ, http://www.playvid.com/watch/eABIDlHjXp2, http://www.playvid.com/watch/w6kRRebfGQN,
http://www.playvid.com/watch/aIkW2zrhAMq, http://www.playvid.com/watch/IRFvdXpO23E, http://www.playvid.com/watch/FC7Ih3TI6UE,
http://www.playvid.com/watch/c7uAL7IjUBE, http://www.playvid.com/watch/GWbPRkYYcDX, http://www.playvid.com/watch/-Ik8Jrf9AJb,
http://www.playvid.com/watch/2ptwRCzYCtR, http://www.playvid.com/watch/TOlPpgKCEqj, http://www.playvid.com/watch/HldKQQKqT5g,
http://www.playvid.com/watch/DklcCUZ2YhB, http://www.playvid.com/watch/ZJjq7Ya6o9h, http://www.playvid.com/watch/kC8oeukZhdQ,
http://www.playvid.com/watch/DePC7bGVYNy, http://www.playvid.com/watch/STbrp2FzFGW, http://www.playvid.com/watch/DeIY0XTYj0C,
http://www.playvid.com/watch/Cgll49RU2ht, http://www.playvid.com/watch/4bfGV-Uq0fp, http://www.playvid.com/watch/0f45Ac9oxot,
http://www.playvid.com/watch/7xd5ozaJEbO, http://www.playvid.com/watch/9-A2N6Hfrw3, http://www.playvid.com/watch/TP3rZcT7o5r,
http://www.playvid.com/watch/Ab39tHZOqof, http://www.playvid.com/watch/-mTSOM8wBm5, http://www.playvid.com/watch/xd9CLEDsICz,
http://www.playvid.com/watch/sK7bStA7sJi, http://www.playvid.com/watch/42bcolRCEwW, http://www.playvid.com/watch/MN4VCXSy-0y,
http://www.playvid.com/watch/wPzCxnPSbSV, http://www.playvid.com/watch/YRjYMRzoq4I, http://www.playvid.com/watch/EwS-XWw8SoY,
http://www.playvid.com/watch/B7pEMQTRPFI, http://www.playvid.com/watch/xUv6K4zOz6C, http://www.playvid.com/watch/RykX6t5Fmta,
http://www.playvid.com/watch/7wAZfw-NPQf, http://www.playvid.com/watch/wCr9kjWY0Ip, http://www.playvid.com/watch/RgsEuF4njlu,
http://www.playvid.com/watch/OG3bdK3qVmm, http://www.playvid.com/watch/TEY5T6jWmrp, http://www.playvid.com/watch/qhpm7SZ8Fe3,
http://www.playvid.com/watch/HPLR0imZxuV, http://www.playvid.com/watch/nTlTZaD0z38, http://www.playvid.com/watch/U2dHO5a3YE6,
http://www.playvid.com/watch/s7-ig-CNmHR, http://www.playvid.com/watch/9DQvuFoRw-p, http://www.playvid.com/watch/XFQErfVUCMx,
http://www.playvid.com/watch/XUxdnyRChRG, http://www.playvid.com/watch/OcrWYng6vQx, http://www.playvid.com/watch/TJyPTcbCFcP,
http://www.playvid.com/watch/z3On3diHXIr, http://www.playvid.com/watch/an3M8xA2hvb, http://www.playvid.com/watch/LO50Fapxq4m,
http://www.playvid.com/watch/nWw9MAr49ve, http://www.playvid.com/watch/7xndGTREBMj, http://www.playvid.com/watch/Qo7LmE00zGs,
http://www.playvid.com/watch/zeAa6if7v9I, http://www.playvid.com/watch/DrncFQZ6DwV, http://www.playvid.com/watch/ApSTm0bdSHR,
http://www.playvid.com/watch/a4Zq8vwewYa, http://www.playvid.com/watch/TkEN9xeITb8, http://www.playvid.com/watch/uPUOrZJK6K6,
http://www.playvid.com/watch/EEueITuLu2G, http://www.playvid.com/watch/oUrpOgGLB3Q, http://www.playvid.com/watch/tY7dnJxA3d2,
http://www.playvid.com/watch/U46y35Qk55B, http://www.playvid.com/watch/W-ivmMTMoWJ, http://www.playvid.com/watch/YG97DauKCiy,
http://www.playvid.com/watch/HGYys80lH5E, http://www.playvid.com/watch/dAXWjglocRZ, http://www.playvid.com/watch/xEltMD9jDeG,
http://www.playvid.com/watch/mW0oi7JzKIK, http://www.playvid.com/watch/sFsWkvieS7x, http://www.playvid.com/watch/pdoecSbZhfi,
http://www.playvid.com/watch/Kqi-4XtWZaT, http://www.playvid.com/watch/F0hiETlmbfW, http://www.playvid.com/watch/zczpyatuoQB,
http://www.playvid.com/watch/rOhxbC3Mq87, http://www.playvid.com/watch/-crPRHSvvzx, http://www.playvid.com/watch/ijaBhU75iCV,
http://www.playvid.com/watch/w0Ui0nNPqwO, http://www.playvid.com/watch/tHogISbeG7S, http://www.playvid.com/watch/hFqWJJEAWnX,
http://www.playvid.com/watch/7-QTcEMoj7o, http://www.playvid.com/watch/FDPhbe3LAge, http://www.playvid.com/watch/ZpG-AiTSKH6,
http://www.playvid.com/watch/Qt0xZgHZ4V2, http://www.playvid.com/watch/bePhYwAZS90, http://www.playvid.com/watch/6fHiXGH5dmE,
http://www.playvid.com/watch/P9mNgcBGkaJ, http://www.playvid.com/watch/SWzBOAOx3HL, http://www.playvid.com/watch/sgvtWZXoAG0,
http://www.playvid.com/watch/rustOh3P5VY, http://www.playvid.com/watch/ga0EYtxnTrp, http://www.playvid.com/watch/s2Rp6xVCsl2,
http://www.playvid.com/watch/EdVtIOlYAze, http://www.playvid.com/watch/ofsceOyH2Kj, http://www.playvid.com/watch/nkwEqvz5Lum,
http://www.playvid.com/watch/Fwdi0Xvs6eM, http://www.playvid.com/watch/D9fZJkMSrhT, http://www.playvid.com/watch/yiJOSZKuvsi,
http://www.playvid.com/watch/fYE7jitosAc, http://www.playvid.com/watch/7f4jL3kXlZQ, http://www.playvid.com/watch/hUUKs0EupP3,
http://www.playvid.com/watch/KzpD6dbLE2I, http://www.playvid.com/watch/i8trs46VhX5, http://www.playvid.com/watch/Cc54wkDpSOi,
http://www.playvid.com/watch/VDAPYwzk-ri, http://www.playvid.com/watch/sF2HR84i5Mk, http://www.playvid.com/watch/egQtpxVyr9y,
http://www.playvid.com/watch/okydmo6O4CL, http://www.playvid.com/watch/6HcrTOjki-z, http://www.playvid.com/watch/TdMWOy6NDqc,
http://www.playvid.com/watch/i2vOA2iUW8F, http://www.playvid.com/watch/VFgq3fn8rKX, http://www.playvid.com/watch/cPmSr2wE7DX,
http://www.playvid.com/watch/HFAnkT4qzUO, http://www.playvid.com/watch/lUUGqhjLbUe, http://www.playvid.com/watch/fg3-ANdCdkT,
http://www.playvid.com/watch/u4gEzSQFTDT, http://www.playvid.com/watch/buE-8yEVYU7, http://www.playvid.com/watch/C2NiROVlNsp,
http://www.playvid.com/watch/F7nLu6cXeN6, http://www.playvid.com/watch/K8Ad-epSzo4, http://www.playvid.com/watch/YZrUUeIdybE,
http://www.playvid.com/watch/RDx6-bTwxvx, http://www.playvid.com/watch/5oqnYpqpEM3, http://www.playvid.com/watch/NsR88HNBXlq,
http://www.playvid.com/watch/j5s-99d5KCE, http://www.playvid.com/watch/U-S94Q3ikCm, http://www.playvid.com/watch/PBjkmkozFk-,
http://www.playvid.com/watch/rkMhMvTf0pA, http://www.playvid.com/watch/lekxyL55che, http://www.playvid.com/watch/qkJzzclvH47,
http://www.playvid.com/watch/iuhAiWstYl-, http://www.playvid.com/watch/xnLsFXb2MQu, http://www.playvid.com/watch/klXKRVm40wr,
http://www.playvid.com/watch/8-uYYOAAOLW, http://www.playvid.com/watch/u8ls3Yw25yM, http://www.playvid.com/watch/-gwnfIwf2K3,
http://www.playvid.com/watch/bJPl96GvCYi, http://www.playvid.com/watch/zqSDgNnCN4J, http://www.playvid.com/watch/3FsQoCPt6hm,
http://www.playvid.com/watch/GTtL9Vs6mjr, http://www.playvid.com/watch/z37cfljNzyX, http://www.playvid.com/watch/I7rImkyhIk2,
http://www.playvid.com/watch/vHsMJ652iCk, http://www.playvid.com/watch/gKpVOndub8L, http://www.playvid.com/watch/O2hhsQft6Rn,
http://www.playvid.com/watch/ust-wN7bGZL, http://www.playvid.com/watch/lTL0WgYf7oz, http://www.playvid.com/watch/NPkNgHQI-3H,
http://www.playvid.com/watch/obqqstN4VBU, http://www.playvid.com/watch/Xirk9bIDPxV, http://www.playvid.com/watch/hEohxkG-8nS,
http://www.playvid.com/watch/RMOQ50izo98, http://www.playvid.com/watch/dqKOq52ov3z, http://www.playvid.com/watch/XXTJclFwwsj,
http://www.playvid.com/watch/rduC6NgrUzE, http://www.playvid.com/watch/6ZctbzaJK2E, http://www.playvid.com/watch/sXOdbSEKLgp,
http://www.playvid.com/watch/asKjrNt4Q7U, http://www.playvid.com/watch/aoSe4uIalWd, http://www.playvid.com/watch/LexAnvQhULl,
http://www.playvid.com/watch/gsL7lF8qFtp, http://www.playvid.com/watch/76TMd2jx7n7, http://www.playvid.com/watch/8hRgmXcBnEY,
http://www.playvid.com/watch/dDy6yrEHbkg, http://www.playvid.com/watch/wMUwBkEnPC6, http://www.playvid.com/watch/dqXXUxtHBQm,
http://www.playvid.com/watch/gQEsVei4c4V, http://www.playvid.com/watch/XHFETniEqGM, http://www.playvid.com/watch/VPdyoR4MuIN,
http://www.playvid.com/watch/OuV8uNnopAR, http://www.playvid.com/watch/6YHLAwyF8MZ, http://www.playvid.com/watch/Zt8kPs52ry7,
http://www.playvid.com/watch/28j29hc8iPh, http://www.playvid.com/watch/bqoSjDCJjLD, http://www.playvid.com/watch/Taxf3mYeJLz,
http://www.playvid.com/watch/jPLXtFTfi03, http://www.playvid.com/watch/7QlHjKCVn6W, http://www.playvid.com/watch/qQwFL-H9FWs,
http://www.playvid.com/watch/zZ8VjfyA3eH, http://www.playvid.com/watch/mRhGWzWGu0A, http://www.playvid.com/watch/spuM9iPzuvG,
http://www.playvid.com/watch/3X3PdjoLyn2, http://www.playvid.com/watch/ZKS3g58Jnlz, http://www.playvid.com/watch/6-uTZmkb4Iy,
http://www.playvid.com/watch/F26ig4CG0WX, http://www.playvid.com/watch/45bBJi8NlXW, http://www.playvid.com/watch/hucQyFhmPLf,
http://www.playvid.com/watch/nRzPYAJrSx7, http://www.playvid.com/watch/jzHHg6uOTRG, http://www.playvid.com/watch/FTgwKFDUhaU
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: martincruze
5.b. Uploader's email address: martincruze@yahoo.co.uk
5.d. Uploader's profile: http://www.playvid.com/member/martincruze
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3m7KrWznELq, http://www.playvid.com/watch/dVPeIqQQuiA,
http://www.playvid.com/watch/RJxyzaJJv5V, http://www.playvid.com/watch/kqw0bPh68S-, http://www.playvid.com/watch/WfmvPSpbv4V,
http://www.playvid.com/watch/HU0UTw2wZXO, http://www.playvid.com/watch/fZTKU7Zz44T, http://www.playvid.com/watch/Zy5B-hk8G4w,
http://www.playvid.com/watch/TXaIlHVV8Rf, http://www.playvid.com/watch/95aDBs7FHJB, http://www.playvid.com/watch/JAuEyEyuwv7,
http://www.playvid.com/watch/9Pp9Z80FP9I, http://www.playvid.com/watch/X54-lRj0TGI, http://www.playvid.com/watch/Zkjie5CkkcD,
http://www.playvid.com/watch/zi0TP-ynEBC, http://www.playvid.com/watch/ve4PzyKrxvj, http://www.playvid.com/watch/sFxzQAzXKgL,
http://www.playvid.com/watch/CSIjgPG8xbT, http://www.playvid.com/watch/Ape2CuaLJGV, http://www.playvid.com/watch/4ahhIw8Iplq,
http://www.playvid.com/watch/3xPCY2E9kcG, http://www.playvid.com/watch/9TQQISDWGKc, http://www.playvid.com/watch/xmJJ3kdRokI,
http://www.playvid.com/watch/quJ7y7uKOaV, http://www.playvid.com/watch/DOrPJwJC5ZH, http://www.playvid.com/watch/rApu4PXmmKw,
http://www.playvid.com/watch/CRUi2Km4IzF, http://www.playvid.com/watch/3hnDzPaG327, http://www.playvid.com/watch/UyilqVvrpCo,
http://www.playvid.com/watch/rWcKU58UF7m, http://www.playvid.com/watch/iBTfYuhuCGX, http://www.playvid.com/watch/Y8Ef62entSW,
http://www.playvid.com/watch/wjF6PD3pQ3Y, http://www.playvid.com/watch/7qatdzoVRP3, http://www.playvid.com/watch/mqGtxPwEXvy,
http://www.playvid.com/watch/YkylG79cQEU, http://www.playvid.com/watch/gLDhyjHRMmJ, http://www.playvid.com/watch/QI0OpOEVCYM
5.f. Date of third notice: 2014-01-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: marymay
5.b. Uploader's email address: margaretboos@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/marymay
5.e. List of videos posted by uploader: http://www.playvid.com/watch/70PzyzpMjxH, http://www.playvid.com/watch/xr-KCXywBvT,
http://www.playvid.com/watch/cMOsmu5MxPq, http://www.playvid.com/watch/moIyzQrwR_2, http://www.playvid.com/watch/zL2bh9ct1Is,
http://www.playvid.com/watch/t_JKF8FF0_s, http://www.playvid.com/watch/Xs0S93jbAHB, http://www.playvid.com/watch/S_VmTmLfeyX,
http://www.playvid.com/watch/heV3BazKGwb, http://www.playvid.com/watch/x7fiFsUV_CH, http://www.playvid.com/watch/V4bPrX7pk19,
http://www.playvid.com/watch/opHwdmt0AoS, http://www.playvid.com/watch/6m1ueASf35e, http://www.playvid.com/watch/PUfZHc5u5ea,
http://www.playvid.com/watch/Nbsc0H8Lk-V, http://www.playvid.com/watch/A8zGiL4tq72, http://www.playvid.com/watch/KbJRAgzsvt5,
http://www.playvid.com/watch/pz_VeCxI8H5, http://www.playvid.com/watch/uZ498rxu0gj, http://www.playvid.com/watch/F6edn-9EFc6,
http://www.playvid.com/watch/b4USMAnIBO9, http://www.playvid.com/watch/bwdP7OlAr9k, http://www.playvid.com/watch/fJgv3sHtwoX,
http://www.playvid.com/watch/2F_vqUz24UN, http://www.playvid.com/watch/jGdjSxXzVOE, http://www.playvid.com/watch/77urp0WO0BH,
http://www.playvid.com/watch/wyTUJ87qo59, http://www.playvid.com/watch/SOKz67f5ZAG, http://www.playvid.com/watch/QciT5R7PglX,
http://www.playvid.com/watch/N9PwBntEUms, http://www.playvid.com/watch/Yd1c3QsadOt, http://www.playvid.com/watch/rUNnZFnjfbF,
http://www.playvid.com/watch/EG36C7LYaIl, http://www.playvid.com/watch/fys6Cstyec3, http://www.playvid.com/watch/WdBT73eWumg,
http://www.playvid.com/watch/keEsdiQyQOZ, http://www.playvid.com/watch/ASPr6BWNfUa, http://www.playvid.com/watch/h5IfwvkCuPq,
http://www.playvid.com/watch/egoORd_RpGt, http://www.playvid.com/watch/DSKim1hahB0, http://www.playvid.com/watch/QN9b8nOkWQm,
http://www.playvid.com/watch/jGzTmTtK_4S, http://www.playvid.com/watch/7LbaYRb-4iq, http://www.playvid.com/watch/XL6HQ7Qcrlz,
http://www.playvid.com/watch/w9Va2kz3CkO, http://www.playvid.com/watch/vsZYN6uuFxc, http://www.playvid.com/watch/5S7-HFq-RUn,
http://www.playvid.com/watch/sMFtYwhjgMK, http://www.playvid.com/watch/Sj-wNH9matL, http://www.playvid.com/watch/8Uz0Vtl71ND,
http://www.playvid.com/watch/0NxT_qFzWQa, http://www.playvid.com/watch/980fWXig7iS, http://www.playvid.com/watch/mHNimjsDJxA,
http://www.playvid.com/watch/pSA6zQ9e-pJ, http://www.playvid.com/watch/UPviw6bXr0a, http://www.playvid.com/watch/x8JPl2k4XcA,
http://www.playvid.com/watch/UVY6WD9Zade, http://www.playvid.com/watch/QKCeb2pS4q3, http://www.playvid.com/watch/E-63aOwALPu,
http://www.playvid.com/watch/eT_78T5opL0, http://www.playvid.com/watch/jT3-6evSgiJ, http://www.playvid.com/watch/I0_sdeBpEwI,
http://www.playvid.com/watch/CrExsbawA5t, http://www.playvid.com/watch/dURsQqDgykm, http://www.playvid.com/watch/62mVCtcAM2O,
http://www.playvid.com/watch/3qGdqdVYK7g, http://www.playvid.com/watch/edVH3zs66gN, http://www.playvid.com/watch/L0YfXBvKm7H,
http://www.playvid.com/watch/zTBdU3ocKBZ, http://www.playvid.com/watch/TLPMI6rQAkd, http://www.playvid.com/watch/wJaDXIp1Z0G,
http://www.playvid.com/watch/M-eX4Tg2_J9, http://www.playvid.com/watch/z9V5ah3FK5A, http://www.playvid.com/watch/wnY8WKPX-ah,
http://www.playvid.com/watch/QskYAgr_Ihj, http://www.playvid.com/watch/JT0UD5Uhjnb, http://www.playvid.com/watch/HUL05jYvS6i,
http://www.playvid.com/watch/unUl5j_3BxY, http://www.playvid.com/watch/pceHXh7A1zr, http://www.playvid.com/watch/84JNwGQk4bM,
http://www.playvid.com/watch/W9KsHnOnA6N, http://www.playvid.com/watch/74_rQRO5V3z, http://www.playvid.com/watch/pKVX0410IZl,
http://www.playvid.com/watch/ux-O6hkGICs, http://www.playvid.com/watch/56jlLDKijB3, http://www.playvid.com/watch/zs_VnUqGm_a,
http://www.playvid.com/watch/Rlw7lthDOor, http://www.playvid.com/watch/eMxY-BE9_in, http://www.playvid.com/watch/tFcmrBcnrUp,
http://www.playvid.com/watch/EOtzCmgT0YH, http://www.playvid.com/watch/66_ojHWTC7c, http://www.playvid.com/watch/91A3XgPXH92,
http://www.playvid.com/watch/xmY7wrY5lq0, http://www.playvid.com/watch/zofWf_3YvFv, http://www.playvid.com/watch/wpHDceO5YXC,
http://www.playvid.com/watch/ZsIiRWqLW3H, http://www.playvid.com/watch/PlbXXDSwqr6, http://www.playvid.com/watch/PJTjTuCREjr,
http://www.playvid.com/watch/zR652Km_-E9, http://www.playvid.com/watch/M2apy17EAhI, http://www.playvid.com/watch/odsWtT10aOf,
http://www.playvid.com/watch/wpqsr4_FSTF, http://www.playvid.com/watch/imsD3UAtCXS, http://www.playvid.com/watch/XguqGm1kcmk,
http://www.playvid.com/watch/DrjxmHSdf-U, http://www.playvid.com/watch/avFROk9p1RU, http://www.playvid.com/watch/RJyAdc-pgjw,
http://www.playvid.com/watch/sb5B6v1IMyR, http://www.playvid.com/watch/hwrJKCVMz4V, http://www.playvid.com/watch/S49Yn1OXMxc,
http://www.playvid.com/watch/FJIk96tcDA5, http://www.playvid.com/watch/j5Q_7ADvnmo, http://www.playvid.com/watch/uhDqyLVy8xc,
http://www.playvid.com/watch/UzpFm_UvYaT, http://www.playvid.com/watch/xYka1BOLvpr, http://www.playvid.com/watch/mG8bG4GH9nX,
http://www.playvid.com/watch/BiKP9dN2rsH, http://www.playvid.com/watch/NF-iryLEacJ, http://www.playvid.com/watch/c2cZJrdaYYi,
http://www.playvid.com/watch/mBY-ZfkrZK7, http://www.playvid.com/watch/cJ7SP2sJeJo, http://www.playvid.com/watch/bJ08Gc2LXVT,
http://www.playvid.com/watch/YsZ-tSZz6T0, http://www.playvid.com/watch/smCjKV6LuQs, http://www.playvid.com/watch/toa3WJQezAI,
http://www.playvid.com/watch/BYgG1a6V2Wy, http://www.playvid.com/watch/fJHl0xTDGFI, http://www.playvid.com/watch/VTbJAznDvzD,
http://www.playvid.com/watch/8j6qrJI_HzN, http://www.playvid.com/watch/woCRbBe7EQx, http://www.playvid.com/watch/rh7kBRFLARu,
http://www.playvid.com/watch/tkdlY-1lsyV, http://www.playvid.com/watch/K2YSxv1EQoc, http://www.playvid.com/watch/Mfvrq4iCx8p,
http://www.playvid.com/watch/G9RkG0vqtl6, http://www.playvid.com/watch/O6_2x7mDptE, http://www.playvid.com/watch/LhU65uVLtqS,
http://www.playvid.com/watch/nK8YqMjp_Vz, http://www.playvid.com/watch/660Ps52RR5f, http://www.playvid.com/watch/VbbCMJMvUyH,
http://www.playvid.com/watch/gNfriAESJ3l, http://www.playvid.com/watch/NiKGycXezwx, http://www.playvid.com/watch/dlspq10hA7h,
http://www.playvid.com/watch/d7u_88ubn74, http://www.playvid.com/watch/Ogb5RkJDtex, http://www.playvid.com/watch/SWtSZlmXC7X,
http://www.playvid.com/watch/j68wg95PgeG, http://www.playvid.com/watch/ymXoxhhDsFG, http://www.playvid.com/watch/3katH7UPJYx,
http://www.playvid.com/watch/2YIONElG1Sk, http://www.playvid.com/watch/6KV1BA0F__K, http://www.playvid.com/watch/nMR7RRTnLPH,
http://www.playvid.com/watch/Qn6c9AXNkMu, http://www.playvid.com/watch/FeNPVCKGCdg, http://www.playvid.com/watch/TVrRWdc2FPY,
http://www.playvid.com/watch/GxmO6xC4UYg, http://www.playvid.com/watch/GVtPfA1nLSN, http://www.playvid.com/watch/D6knq6I33Ba,
http://www.playvid.com/watch/UvaglWakh48, http://www.playvid.com/watch/FTxerz1KhJG, http://www.playvid.com/watch/ZOBojf4_ZXX,
http://www.playvid.com/watch/LvV3BEK1lsh, http://www.playvid.com/watch/vqe2fhLr6N5, http://www.playvid.com/watch/AHerTjX-ytC,
http://www.playvid.com/watch/UzuRKdMUjdw, http://www.playvid.com/watch/CqpCWqciIsn, http://www.playvid.com/watch/PWl1exTD7Hj,
http://www.playvid.com/watch/BNcGvhKI6KM, http://www.playvid.com/watch/2qyi5FOUlEn, http://www.playvid.com/watch/Rvxwx_sHchx,
http://www.playvid.com/watch/9RTXCTcj9eJ, http://www.playvid.com/watch/tHiJ2uL3xhZ, http://www.playvid.com/watch/VlsMoO5l5fa,
http://www.playvid.com/watch/bZ_eMaVrNRR, http://www.playvid.com/watch/aaSLBMVVHbo, http://www.playvid.com/watch/YOLkpKCyDLL,
http://www.playvid.com/watch/9py_mzH38Xp, http://www.playvid.com/watch/H0HMtSOwJre, http://www.playvid.com/watch/8ncMirDm48r,
http://www.playvid.com/watch/3PBher4cL-8, http://www.playvid.com/watch/SW5q1hhqbzR, http://www.playvid.com/watch/Sz2_ptsCLcS,
http://www.playvid.com/watch/SoTWo7bG9ys, http://www.playvid.com/watch/f09WunMr5el, http://www.playvid.com/watch/6FcZcGJgDfH,
http://www.playvid.com/watch/QzR7vIhfnxB, http://www.playvid.com/watch/Gw186_QD0t8, http://www.playvid.com/watch/3SiGfku-sER,
http://www.playvid.com/watch/fVPvcS9Pajg, http://www.playvid.com/watch/Nd8z10smLaQ, http://www.playvid.com/watch/ev9bgwWsqFB,
http://www.playvid.com/watch/iWEZGpcOIaF, http://www.playvid.com/watch/TwVdNegV_Ht, http://www.playvid.com/watch/TB0eH4AxZZk,
http://www.playvid.com/watch/c3ekKnjEBPv, http://www.playvid.com/watch/ajyQ6PMeiNS, http://www.playvid.com/watch/M9MOnSxX_M3,
http://www.playvid.com/watch/7IkWEGCuuQ3, http://www.playvid.com/watch/F0_7Sw1tLhR, http://www.playvid.com/watch/hZh5BGDrn8Q,
http://www.playvid.com/watch/BrrDfrxQil0, http://www.playvid.com/watch/nlGzaEQ1h1R, http://www.playvid.com/watch/t0M4cVwDzTM,
http://www.playvid.com/watch/4eGhRJjkIpY, http://www.playvid.com/watch/MWw5_rgZ6-j, http://www.playvid.com/watch/u6Nvz7ETPNQ,
http://www.playvid.com/watch/py7PBIh2oD2, http://www.playvid.com/watch/a08bBMSZtOd, http://www.playvid.com/watch/gR_0ryFPmXB,
http://www.playvid.com/watch/vDzgZjl2guN, http://www.playvid.com/watch/rAhgggZ79gn, http://www.playvid.com/watch/eVp1R6rbdMG,
http://www.playvid.com/watch/XMsdXRJrklj, http://www.playvid.com/watch/fAoFgP43wfB, http://www.playvid.com/watch/mhnH00dL3bb,
http://www.playvid.com/watch/ib5tRqgPdyB, http://www.playvid.com/watch/DJhluXjqMeZ, http://www.playvid.com/watch/C1_YxbjxSYN,
http://www.playvid.com/watch/U6QvalYVkIt, http://www.playvid.com/watch/HO7v4qjhi-t, http://www.playvid.com/watch/RqlCy0aUUpO,
http://www.playvid.com/watch/PdaEppVkDkd, http://www.playvid.com/watch/ef0ioTH0dcn, http://www.playvid.com/watch/SaFyvprNAmX,
http://www.playvid.com/watch/ZbJ3G7xHk6I, http://www.playvid.com/watch/Wg75XXtnuAq, http://www.playvid.com/watch/DdKEjKSoT_n,
http://www.playvid.com/watch/nIe1u9jkeOj, http://www.playvid.com/watch/Qup3zz2Eal5, http://www.playvid.com/watch/3Yoh-9KcQ8I,
http://www.playvid.com/watch/fUCo1dSIIgp, http://www.playvid.com/watch/VGL2V0lhGuD, http://www.playvid.com/watch/Y-N45k0Qz56,
http://www.playvid.com/watch/WhAK-5StqaL, http://www.playvid.com/watch/tEHG9rvQSeh, http://www.playvid.com/watch/BL60F1JZU-A,
http://www.playvid.com/watch/PaZN_ALFrzs, http://www.playvid.com/watch/vCgsjUU47XF, http://www.playvid.com/watch/Cz0x4EUpGSq,
http://www.playvid.com/watch/P9D3q3BDXjU, http://www.playvid.com/watch/o2kDPKCR9n6, http://www.playvid.com/watch/3acggXftgFL,
http://www.playvid.com/watch/zOO0Uny0Odl, http://www.playvid.com/watch/AIZqifNuMNy
5.f. Date of third notice: 2014-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: marymaymay
5.b. Uploader's email address: marymaymay1985@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/marymaymay
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vc48yu-aYnl, http://www.playvid.com/watch/l7V4RHV7HdU,
http://www.playvid.com/watch/Q7P7HDumliR, http://www.playvid.com/watch/2qHk3kkvdgL, http://www.playvid.com/watch/-CGf2ekN-Il,
http://www.playvid.com/watch/eld5I3uBP-F, http://www.playvid.com/watch/YpCFhkJ-vEu, http://www.playvid.com/watch/Pp7iE7lng2N,
http://www.playvid.com/watch/9vt0WGEWDEJ, http://www.playvid.com/watch/lOVoSnoBTSK, http://www.playvid.com/watch/4bVqxFbVXRY,
http://www.playvid.com/watch/JtTcYOb400B, http://www.playvid.com/watch/x7W4mG8Djly, http://www.playvid.com/watch/5q2eMsus-MF,
http://www.playvid.com/watch/BDWZ0LTLcAA, http://www.playvid.com/watch/RxfzCIdYoc6, http://www.playvid.com/watch/4TQGeNH7yLj,
http://www.playvid.com/watch/mfoQGfmfv3H, http://www.playvid.com/watch/hoiyRXn9e7R, http://www.playvid.com/watch/X3ORJ2gxp20,

http://www.playvid.com/watch/JiXQsz87yVA, http://www.playvid.com/watch/5O373E2ZaXp, http://www.playvid.com/watch/wu9JzvG763l,
http://www.playvid.com/watch/jGhEnIc7J3Q, http://www.playvid.com/watch/DGYhLNMqs6r, http://www.playvid.com/watch/8IwLFkgFbpR,
http://www.playvid.com/watch/27cq9umVeAp, http://www.playvid.com/watch/NN5M083iYMo, http://www.playvid.com/watch/9uouF3jbBMa,
http://www.playvid.com/watch/soDlki6oW4E, http://www.playvid.com/watch/gntCyri4kma, http://www.playvid.com/watch/OEBGl7i2Kfy,
http://www.playvid.com/watch/bl0SqywIGuW, http://www.playvid.com/watch/RIyLqr3Q3zj, http://www.playvid.com/watch/ncEm-AloNzK,
http://www.playvid.com/watch/uUkIXY5OG4d, http://www.playvid.com/watch/xNI40jPs2Bs, http://www.playvid.com/watch/CXq9Tow4qKY,
http://www.playvid.com/watch/xbYfsri6xA5, http://www.playvid.com/watch/6-UYCaPY0CC, http://www.playvid.com/watch/mk9Au58sbfQ,
http://www.playvid.com/watch/ZfNojNR6aWh, http://www.playvid.com/watch/M7eYQd8UqAY, http://www.playvid.com/watch/7iZhDP4BjNO,
http://www.playvid.com/watch/el76AGagyz5, http://www.playvid.com/watch/DTccSM0ud4k, http://www.playvid.com/watch/JoLvptg5Ifq,
http://www.playvid.com/watch/lMEryehMvOI, http://www.playvid.com/watch/y3B9ynSOBHS, http://www.playvid.com/watch/nvzH93rh2yd,
http://www.playvid.com/watch/dRQ6bhLbNNn, http://www.playvid.com/watch/oFL2Q9GVLkj, http://www.playvid.com/watch/4wlHBLWPr9t,
http://www.playvid.com/watch/ubiRa8SD87I, http://www.playvid.com/watch/6ziapAZi6WU, http://www.playvid.com/watch/Xc3sQCOFhRA,
http://www.playvid.com/watch/MkGGeA4da0p, http://www.playvid.com/watch/8gHk6DCfVNd, http://www.playvid.com/watch/F68bImSHrGW,
http://www.playvid.com/watch/9eKYh2IET8d, http://www.playvid.com/watch/Gfvk0dXrXWD, http://www.playvid.com/watch/A8WRAbmYIAl,
http://www.playvid.com/watch/EemxGorF3jF, http://www.playvid.com/watch/rsuQnfk5KHa, http://www.playvid.com/watch/yCqCNc0PZOD,
http://www.playvid.com/watch/4r4q84olaQ9, http://www.playvid.com/watch/T4KonSny80s, http://www.playvid.com/watch/WwhfoWURGvf,
http://www.playvid.com/watch/ltotoTjBuXM, http://www.playvid.com/watch/9Lz9ktZoV--, http://www.playvid.com/watch/DrHWe9PMY3J,
http://www.playvid.com/watch/Ryiq-gLvG3E, http://www.playvid.com/watch/8ALhdH3qRQl, http://www.playvid.com/watch/uLq8pi9Hw6y,
http://www.playvid.com/watch/QdKRlfoQS0F, http://www.playvid.com/watch/4iYMNm4MlBK, http://www.playvid.com/watch/3nXhn4U8x0o,
http://www.playvid.com/watch/m2dv6EuoZYH, http://www.playvid.com/watch/NqGMTIj34la, http://www.playvid.com/watch/O5oDleYAaZj,
http://www.playvid.com/watch/VUdCxLUN25x, http://www.playvid.com/watch/7BCsX-0xqqb, http://www.playvid.com/watch/-q7EDAgabkH,
http://www.playvid.com/watch/8jA7kcjezlA, http://www.playvid.com/watch/pMKnJksonGv, http://www.playvid.com/watch/9cwYTZDj2Jv,
http://www.playvid.com/watch/kTqsoQlQQPl, http://www.playvid.com/watch/XvzSsJH6dIM, http://www.playvid.com/watch/gWaPTMdlh4R,
http://www.playvid.com/watch/vOavuZmWrKO, http://www.playvid.com/watch/mPDs58BlAbK, http://www.playvid.com/watch/Vz7IKBtNWyf,
http://www.playvid.com/watch/Aoo-gPNGxWY, http://www.playvid.com/watch/uBsDGZlBV7W, http://www.playvid.com/watch/K5amIjbDCWv,
http://www.playvid.com/watch/o8TvsjllmRd, http://www.playvid.com/watch/tk4o0JNGNDv, http://www.playvid.com/watch/F0RsRqqo99W,
http://www.playvid.com/watch/rhKiOKqwEhq, http://www.playvid.com/watch/dKFloP--wCb, http://www.playvid.com/watch/l4hBjhL95uY,
http://www.playvid.com/watch/Z9xarslclWv, http://www.playvid.com/watch/vO3e9V8CNio, http://www.playvid.com/watch/No6vxdx7IUz,
http://www.playvid.com/watch/wD2SbydYoiB, http://www.playvid.com/watch/fJtTxWMsTCM, http://www.playvid.com/watch/B9ws6VuWNCQ,
http://www.playvid.com/watch/xrmyeTSHFTO, http://www.playvid.com/watch/YpDF4vUjifn, http://www.playvid.com/watch/cqCbcEd29X4,
http://www.playvid.com/watch/ZyctUVUCLOe, http://www.playvid.com/watch/ADSOI7qlFPH, http://www.playvid.com/watch/PG28kWNFerK,
http://www.playvid.com/watch/2ICnwCYXwyr, http://www.playvid.com/watch/S4HqCatcPJF, http://www.playvid.com/watch/WVBxV0aX8j9,
http://www.playvid.com/watch/7DN9dt6PZGU, http://www.playvid.com/watch/4irSFc3ksSN, http://www.playvid.com/watch/lszubV0MT8h,
http://www.playvid.com/watch/P-ri33OAtdK, http://www.playvid.com/watch/yhfvaH8e2qv, http://www.playvid.com/watch/MRgfIHZn3Dr
5.f. Date of third notice: 2013-07-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: masakatoy
5.b. Uploader's email address: alexhominomi@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/masakatoy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/b_nvwYPUVis, http://www.playvid.com/watch/2htxI4KDv6s,
http://www.playvid.com/watch/3ZaUVukOe27, http://www.playvid.com/watch/fdDiim5WBgY, http://www.playvid.com/watch/zUlaZIU3QHy,
http://www.playvid.com/watch/CcIhLUmWP4N, http://www.playvid.com/watch/5Xa3sJBrcvu, http://www.playvid.com/watch/f10SWZfzhUO,
http://www.playvid.com/watch/oEBbUTywFMB, http://www.playvid.com/watch/K-U8n0hjvfM, http://www.playvid.com/watch/Dd6JW2lAKxy,
http://www.playvid.com/watch/P0n1IrLhFEU, http://www.playvid.com/watch/q27yrk1blp0, http://www.playvid.com/watch/eVYcIlmtmpH,
http://www.playvid.com/watch/qnmoGpfGRKt, http://www.playvid.com/watch/REJ8wE2svzm, http://www.playvid.com/watch/XNHKgp9zzAU,
http://www.playvid.com/watch/3JjqYkx2y7e, http://www.playvid.com/watch/VJa2vsOcwzT, http://www.playvid.com/watch/VnzcBUgc1Uq,
http://www.playvid.com/watch/4WOJLSEf1Hj, http://www.playvid.com/watch/CqHQOCHYlii, http://www.playvid.com/watch/XgeuctuT9gw,
http://www.playvid.com/watch/B2l17U6_GIi, http://www.playvid.com/watch/J4u-eWoljZM, http://www.playvid.com/watch/8oHcoZxqZol,
http://www.playvid.com/watch/BIUkMGyR2OQ, http://www.playvid.com/watch/rUUOwH0ikuI, http://www.playvid.com/watch/IrgtmqovZuA,
http://www.playvid.com/watch/C5oknltvaEv, http://www.playvid.com/watch/VasHSExuqCR, http://www.playvid.com/watch/FHInz-fsbBo,
http://www.playvid.com/watch/eh5zBq7Mg0v, http://www.playvid.com/watch/DfUrHKIcTx0, http://www.playvid.com/watch/mfIAJmKJSyx,
http://www.playvid.com/watch/aMfT8ZSpL7x, http://www.playvid.com/watch/QacR2DPwgCf, http://www.playvid.com/watch/0XL6M-vWRiu,
http://www.playvid.com/watch/Vj46FfaRFfF, http://www.playvid.com/watch/QFBxEcU7TQz, http://www.playvid.com/watch/Jh_wDj1p6ew,
http://www.playvid.com/watch/jfChGls5Veb, http://www.playvid.com/watch/f1h1VQaamtC, http://www.playvid.com/watch/Ggf5bKDoUPf,
http://www.playvid.com/watch/Khg9Zjcy-KP, http://www.playvid.com/watch/eb-N60ik2t4, http://www.playvid.com/watch/vEMyl3tMLfO,
http://www.playvid.com/watch/Ue7lFQ-A4Ow, http://www.playvid.com/watch/I2aQaFxNqTd, http://www.playvid.com/watch/KtnYpgGkqAW,
http://www.playvid.com/watch/O3SlHLsYwUt, http://www.playvid.com/watch/TctBB0eGssL, http://www.playvid.com/watch/Grn_pvfTEgL,
http://www.playvid.com/watch/JbhsHihLZ9n, http://www.playvid.com/watch/ucZXkyvUoKp, http://www.playvid.com/watch/8V-BFO-CX0Y,
http://www.playvid.com/watch/aObObXoAWQZ, http://www.playvid.com/watch/CsJG3-rApWY, http://www.playvid.com/watch/j63fsYVDo7H,
http://www.playvid.com/watch/yIDsxyB_SYF, http://www.playvid.com/watch/fzoceGmnqye, http://www.playvid.com/watch/wtZOWS1_xWT,
http://www.playvid.com/watch/412sHZerIv9, http://www.playvid.com/watch/sBaW82qnxRM, http://www.playvid.com/watch/GcRuFvYV7up,
http://www.playvid.com/watch/qg-PyX6saIe, http://www.playvid.com/watch/3DCqw6DXYk0, http://www.playvid.com/watch/ZZbyNFSjONd,
http://www.playvid.com/watch/eqtuutoArky, http://www.playvid.com/watch/yFp2X2TJBvL, http://www.playvid.com/watch/lCDn1BZWxjb,
http://www.playvid.com/watch/UJ-wNy03ZUY, http://www.playvid.com/watch/uJVMbb0oYF5, http://www.playvid.com/watch/kukX07-6d_o,
http://www.playvid.com/watch/VB7DEJbuMfV, http://www.playvid.com/watch/2pnrdRdohMM, http://www.playvid.com/watch/FtxLL4YqvT4,
http://www.playvid.com/watch/lxqGUpArr5p, http://www.playvid.com/watch/fpH-KUNw1lL, http://www.playvid.com/watch/CYpt1fALkR4,
http://www.playvid.com/watch/FSANz4LiLKt, http://www.playvid.com/watch/5opvWqtsxoK, http://www.playvid.com/watch/nlVQRbagMV4,
http://www.playvid.com/watch/O-42ZEOK5FG
5.f. Date of third notice: 2015-08-31 22:13:14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mavachi
5.b. Uploader's email address: adamsoonik@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mavachi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CHi8joVV8TH, http://www.playvid.com/watch/82fekhYrPCH,
http://www.playvid.com/watch/-uw5Urwjnkn, http://www.playvid.com/watch/-wFtY0Gu3nU, http://www.playvid.com/watch/5t0SfAJnTIX,
http://www.playvid.com/watch/79jNiuRM9Nd, http://www.playvid.com/watch/8fzNFftVWLG, http://www.playvid.com/watch/Sya53Z6Eknh,
http://www.playvid.com/watch/byLAbUCcI1f, http://www.playvid.com/watch/j-V8r1HD4tB, http://www.playvid.com/watch/8sFzJgLnkE-,
http://www.playvid.com/watch/g8gi87l8muM, http://www.playvid.com/watch/YPI5Dkd-V3R, http://www.playvid.com/watch/id1WhKfj51y,
http://www.playvid.com/watch/XPGi0pq9UUA, http://www.playvid.com/watch/gQBx56Sgf2T, http://www.playvid.com/watch/uGPEmLbyMsu,
http://www.playvid.com/watch/FmguKyuJ6II, http://www.playvid.com/watch/daksxhjOcAI, http://www.playvid.com/watch/5m-LrR6hhDC,
http://www.playvid.com/watch/PHAcc0wvZjJ, http://www.playvid.com/watch/Q7D0nggJgFp, http://www.playvid.com/watch/jwad1o7aNxD,
http://www.playvid.com/watch/EByvc4uCH7x, http://www.playvid.com/watch/qV4FZTfxBjg, http://www.playvid.com/watch/xyTxdu26OTV,
http://www.playvid.com/watch/4PsLoNBo27z, http://www.playvid.com/watch/M-x5QBwVIMC, http://www.playvid.com/watch/sBuje25505N,
http://www.playvid.com/watch/u0iKbvUQMZ2, http://www.playvid.com/watch/DDWadFpPBy4, http://www.playvid.com/watch/j7gvEkZB7lN,
http://www.playvid.com/watch/OSKBip1rNEn, http://www.playvid.com/watch/COi6ocDiM2z, http://www.playvid.com/watch/eRljmasSfHE,
http://www.playvid.com/watch/YLYnKvrqVd2, http://www.playvid.com/watch/iTW3gbfevsk, http://www.playvid.com/watch/YXbPSGBOE3o,
http://www.playvid.com/watch/7IuHLI1eyJL, http://www.playvid.com/watch/epFXocu71R9, http://www.playvid.com/watch/hGcPkeCymUz,
http://www.playvid.com/watch/jpICcw74b5w, http://www.playvid.com/watch/MaNd27yeAOP, http://www.playvid.com/watch/sDwPvzeBKIu,
http://www.playvid.com/watch/G3EUaRij4BM, http://www.playvid.com/watch/Cjy2wixQT-2, http://www.playvid.com/watch/Lpaa3TctktR,
http://www.playvid.com/watch/Lntmjaa7JwL, http://www.playvid.com/watch/Y8UceuBIUoM, http://www.playvid.com/watch/QbZRzJNQtKX,
http://www.playvid.com/watch/6NlVucDGcEx, http://www.playvid.com/watch/IAs-pbUdVwC, http://www.playvid.com/watch/vQXZr-uG3EV,
http://www.playvid.com/watch/ctTVM7mIJg5, http://www.playvid.com/watch/TFCi1kbio5Y, http://www.playvid.com/watch/Tpv6yw5yUHX,
http://www.playvid.com/watch/yZf1SRdSUnl, http://www.playvid.com/watch/rn9WGZjJ_6m, http://www.playvid.com/watch/topYywWMLw2,
http://www.playvid.com/watch/0GSnn-vVy6h, http://www.playvid.com/watch/DxEYvmfxoaZ, http://www.playvid.com/watch/IzCsJE5BLKh,

http://www.playvid.com/watch/QLMvDgsJM9m, http://www.playvid.com/watch/em6ez4NxoKM, http://www.playvid.com/watch/Ycia3C_ltTx, http://www.playvid.com/watch/afI5bX9dwP9, http://www.playvid.com/watch/IZLWRMgnHlZ, http://www.playvid.com/watch/yXEK0sZbmNv, http://www.playvid.com/watch/u1hmzs5sBgf, http://www.playvid.com/watch/sf2H4jWhieN, http://www.playvid.com/watch/5-e0vXps6q7, http://www.playvid.com/watch/8cLzGYQwrQ4, http://www.playvid.com/watch/fiXpGgK0FDW, http://www.playvid.com/watch/czS0OlcdJdT, http://www.playvid.com/watch/AJRwfp5diy3, http://www.playvid.com/watch/tE0_mEd1Qb3, http://www.playvid.com/watch/JHvW82meecm, http://www.playvid.com/watch/TmqFmMqojLu, http://www.playvid.com/watch/8umiamuz-St, http://www.playvid.com/watch/qpuPiUwcB14, http://www.playvid.com/watch/v_3GJmVdNEW, http://www.playvid.com/watch/SQRz3c4UixY, http://www.playvid.com/watch/pV2UY7-mK0v, http://www.playvid.com/watch/vMFj4GbFGvN, http://www.playvid.com/watch/jueYUPRBeMJ, http://www.playvid.com/watch/VpqJdiheu7c, http://www.playvid.com/watch/S-2tJArLolL, http://www.playvid.com/watch/QnXt6Xb5Hwf, http://www.playvid.com/watch/XLRXfnHOxwo, http://www.playvid.com/watch/073tMTSGML8, http://www.playvid.com/watch/YL9OJ1KET_J, http://www.playvid.com/watch/oMvPX1ZuWme, http://www.playvid.com/watch/09Chr04izyc, http://www.playvid.com/watch/gdRr7dwQoDl, http://www.playvid.com/watch/dGM4QvjrsUF, http://www.playvid.com/watch/7gcr9hcfdgd, http://www.playvid.com/watch/5sryDuGS3LT, http://www.playvid.com/watch/0nqhWBix_6j, http://www.playvid.com/watch/MUHATU0l38u, http://www.playvid.com/watch/4tMliE5loug, http://www.playvid.com/watch/t55ummK4dt4, http://www.playvid.com/watch/VU1p6zL6fuM, http://www.playvid.com/watch/XDOp_HExAJw, http://www.playvid.com/watch/Pbw3Op-32Tz, http://www.playvid.com/watch/slMEN6ISKmC, http://www.playvid.com/watch/amAy0X5gTd2, http://www.playvid.com/watch/M2bPGY0pyt4, http://www.playvid.com/watch/EAB783VDSIb, http://www.playvid.com/watch/HTmVpR_Eb8L, http://www.playvid.com/watch/kZt0XRozUvk, http://www.playvid.com/watch/2p7VJeHz6VP, http://www.playvid.com/watch/2xJaHRu5K0P, http://www.playvid.com/watch/Vbp0y33_1la, http://www.playvid.com/watch/FzFRlpdMatZ, http://www.playvid.com/watch/EeyFeWkQKsd, http://www.playvid.com/watch/jwIgBDdjs6g, http://www.playvid.com/watch/uP_9PG01r5x, http://www.playvid.com/watch/MMQ2o__6UBn, http://www.playvid.com/watch/sU5q_SZBrOD, http://www.playvid.com/watch/zehGOklRph9, http://www.playvid.com/watch/LOuNLNf17li, http://www.playvid.com/watch/Fk_w3gyoqHM, http://www.playvid.com/watch/jzJBfvnXnY7, http://www.playvid.com/watch/Era0qGcmJLE, http://www.playvid.com/watch/6wbCrHSZSV2, http://www.playvid.com/watch/85YN--3u9ea, http://www.playvid.com/watch/MkT-YF_ubRd, http://www.playvid.com/watch/Yj4_Tt4jIYr, http://www.playvid.com/watch/n87QYHuQLol, http://www.playvid.com/watch/pkMMR_bnCDG, http://www.playvid.com/watch/rpwuJOOTmap, http://www.playvid.com/watch/99wWV6rqbss, http://www.playvid.com/watch/3PAC9GqtaDU, http://www.playvid.com/watch/xOxmq3jSRLP, http://www.playvid.com/watch/OcqfujdB0jv, http://www.playvid.com/watch/0n4oSLriSbv, http://www.playvid.com/watch/CtkWRzBrh43, http://www.playvid.com/watch/4bYII7Zk4F0, http://www.playvid.com/watch/vVr4PszZlZt, http://www.playvid.com/watch/UJ5QR0ylKUO, http://www.playvid.com/watch/ZTLWkczkbgb, http://www.playvid.com/watch/Ljjz5hGTPlA, http://www.playvid.com/watch/k9GECW_cnYi, http://www.playvid.com/watch/Iie-UyVQ0lU, http://www.playvid.com/watch/pwn3JI73jEt, http://www.playvid.com/watch/5cdk4rUsh7y, http://www.playvid.com/watch/QYT9UKPuBcC, http://www.playvid.com/watch/8JFUNoI8mdL, http://www.playvid.com/watch/ukyoKuGz9CQ, http://www.playvid.com/watch/0WbQPdlBurx, http://www.playvid.com/watch/5fQ75LL2NG8, http://www.playvid.com/watch/Sp7A42-057H, http://www.playvid.com/watch/YlqO7BaBErv, http://www.playvid.com/watch/xUiuoee1mwT, http://www.playvid.com/watch/niikH1Bhe5a, http://www.playvid.com/watch/JkGZpUD-3qE, http://www.playvid.com/watch/ABqo_fNrulM, http://www.playvid.com/watch/8qNr_apQ14T, http://www.playvid.com/watch/8c6SHJ7AeUl, http://www.playvid.com/watch/i2EvqtqNE_A, http://www.playvid.com/watch/d2pM7Njcu0k, http://www.playvid.com/watch/6VuvD94ZAvQ, http://www.playvid.com/watch/Z78YXXCy_2P, http://www.playvid.com/watch/ZPDCqquJtxv, http://www.playvid.com/watch/0n3iNooYdhr, http://www.playvid.com/watch/Vma6B6uY7L7
5.f. Date of third notice: 2014-03-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: maxitow
5.b. Uploader's email address: max_isai@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/maxitow
5.e. List of videos posted by uploader: http://www.playvid.com/watch/T7-NQnh5cvu, http://www.playvid.com/watch/nMAqtRFeDKb, http://www.playvid.com/watch/2TXoEgEZBvx, http://www.playvid.com/watch/sp0gp7sSgZM, http://www.playvid.com/watch/XFv8AbbhGXA, http://www.playvid.com/watch/p0CHVWFBPFY, http://www.playvid.com/watch/Edo97wqw8to, http://www.playvid.com/watch/Lv8ANDIsY22, http://www.playvid.com/watch/uImrJmn04gS, http://www.playvid.com/watch/vE-tHHSMIYV, http://www.playvid.com/watch/cIcEf54vLxV, http://www.playvid.com/watch/qXUVgov9-kY
5.f. Date of third notice: 2013-10-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: maxxwell12
5.b. Uploader's email address: maxxwellhousee@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/maxxwell12
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CPKWayMaaXh, http://www.playvid.com/watch/6GtBgXUoWI0, http://www.playvid.com/watch/TprWpq509Is, http://www.playvid.com/watch/ObRdOZPJ3qW, http://www.playvid.com/watch/SWnOVac3eWL, http://www.playvid.com/watch/g2a9JIAkv0S, http://www.playvid.com/watch/bbLwi66me8X, http://www.playvid.com/watch/27jZBJUiyLI, http://www.playvid.com/watch/N9G3RP0Noj2, http://www.playvid.com/watch/frKI63xQLbk, http://www.playvid.com/watch/vCy84DrCQCb, http://www.playvid.com/watch/-UrwVgfsFrY, http://www.playvid.com/watch/jXHqHUUAh-G, http://www.playvid.com/watch/6NpqYgSPTG5, http://www.playvid.com/watch/mKSOG5jT5PF, http://www.playvid.com/watch/6f2kbAp0w5M, http://www.playvid.com/watch/HJgc-FDpJLY, http://www.playvid.com/watch/PvDIKf2Hxka, http://www.playvid.com/watch/ql7LN5BHB6Y, http://www.playvid.com/watch/WJ3YVfRFmAZ, http://www.playvid.com/watch/qi2oRJLTGci, http://www.playvid.com/watch/6jU3q4S4kZl, http://www.playvid.com/watch/h8IoBfYRllh, http://www.playvid.com/watch/aC5c-2phVRd, http://www.playvid.com/watch/QWZqO0lnLDh, http://www.playvid.com/watch/qEGhBlNs6r6, http://www.playvid.com/watch/ZEmEsP9FTuN, http://www.playvid.com/watch/ASBvXxJ--lv, http://www.playvid.com/watch/nCMGnkbPyDr, http://www.playvid.com/watch/m5TEaYaHozF, http://www.playvid.com/watch/AUJIQHlNH3Y, http://www.playvid.com/watch/IIlNi4VioMD, http://www.playvid.com/watch/ykMXbkrLSTB, http://www.playvid.com/watch/tjsIt8itd2z, http://www.playvid.com/watch/n6-9rW4gDQI, http://www.playvid.com/watch/e7N8i7qGih9, http://www.playvid.com/watch/RaQWkVDg4mh, http://www.playvid.com/watch/n5hsShqXd7v, http://www.playvid.com/watch/LC2B64yqkpH, http://www.playvid.com/watch/Jl4R75huyfm, http://www.playvid.com/watch/IifS3uzQx-E, http://www.playvid.com/watch/FsIReHfIW52, http://www.playvid.com/watch/8Ziik8yh7eb, http://www.playvid.com/watch/7JVVKKOebgY, http://www.playvid.com/watch/KgT4Lz5ot3Q, http://www.playvid.com/watch/gTfnMTMTM0H, http://www.playvid.com/watch/dpiFOWY7Pfj, http://www.playvid.com/watch/qYksynX93hX, http://www.playvid.com/watch/jFCejRydTwn, http://www.playvid.com/watch/ZtmYmaj7vpN, http://www.playvid.com/watch/6RTKDtvrEtK, http://www.playvid.com/watch/qDxv6v3lufH, http://www.playvid.com/watch/E6lOBLTprbI, http://www.playvid.com/watch/HjG2ooufMiQ, http://www.playvid.com/watch/qCpuXy8wBcc, http://www.playvid.com/watch/cAxTSGPrkgn, http://www.playvid.com/watch/GPLofOAlJJh, http://www.playvid.com/watch/SYmA2eqiC2O, http://www.playvid.com/watch/hbZqWXbNOhS, http://www.playvid.com/watch/zLHJXvuV4cI, http://www.playvid.com/watch/ZLCP2e3YUdc, http://www.playvid.com/watch/2Yt7trjFZmY, http://www.playvid.com/watch/OBxP-hsBkOA, http://www.playvid.com/watch/UJLcn8YlqoH, http://www.playvid.com/watch/PzQdZCLAbaU, http://www.playvid.com/watch/vzd6Q7MMNFE, http://www.playvid.com/watch/wl0Vf66KwR0, http://www.playvid.com/watch/GJPsiQI63iD, http://www.playvid.com/watch/VfA2n9fOqRY, http://www.playvid.com/watch/KLC0i9JQsJO, http://www.playvid.com/watch/eH4sYnYIuSe, http://www.playvid.com/watch/ETBBF9MJhAq, http://www.playvid.com/watch/-GmoRhnb9n9, http://www.playvid.com/watch/J-bPSDjt3Xr, http://www.playvid.com/watch/YUdW0iVpV5a, http://www.playvid.com/watch/IAlUWaPWkkJ, http://www.playvid.com/watch/jc8ysFoBQxo, http://www.playvid.com/watch/8MC2AAeLlbC, http://www.playvid.com/watch/3j-KihtcSg8, http://www.playvid.com/watch/D-O5nQk9X5O, http://www.playvid.com/watch/dDzQL87zONg, http://www.playvid.com/watch/XVtMNNqH6c4, http://www.playvid.com/watch/OtrxWXFiQzs, http://www.playvid.com/watch/ceH9rWITYQd, http://www.playvid.com/watch/k0tA3KYnfp7, http://www.playvid.com/watch/uCVGCBKkcDz, http://www.playvid.com/watch/UAxGhmSKBCI, http://www.playvid.com/watch/UR7Ccae5KQf, http://www.playvid.com/watch/vH5HB6rN2VM, http://www.playvid.com/watch/HyJmsWV8NbU, http://www.playvid.com/watch/e3fKZFz3l7C, http://www.playvid.com/watch/shMNyCuc3mm, http://www.playvid.com/watch/KHFwHHevR8N, http://www.playvid.com/watch/7RvrwOV0mIt, http://www.playvid.com/watch/SjsHM45ttUk, http://www.playvid.com/watch/03c6QhldLEy, http://www.playvid.com/watch/HUHq2VakzUL, http://www.playvid.com/watch/pqPlDh8u57H, http://www.playvid.com/watch/LxZqE00-sqq, http://www.playvid.com/watch/lQxAEQFQnWU, http://www.playvid.com/watch/2NhTFofSt5O, http://www.playvid.com/watch/tEQabHScTzs, http://www.playvid.com/watch/6CpK7byROtu, http://www.playvid.com/watch/jD5tF7zVpnw, http://www.playvid.com/watch/cOqHjmrEGBF, http://www.playvid.com/watch/AtQXn5cvtoz, http://www.playvid.com/watch/wPGydyTbnJQ, http://www.playvid.com/watch/UT86VHfdBlN, http://www.playvid.com/watch/ED5dvh9JnZ0, http://www.playvid.com/watch/I8-g8eHm-M0, http://www.playvid.com/watch/wKJOqpo9RVe, http://www.playvid.com/watch/KuSv-I4WrTF, http://www.playvid.com/watch/THQXllmRJCK, http://www.playvid.com/watch/VDJMbt3Avtb, http://www.playvid.com/watch/nxkWbGU5iei, http://www.playvid.com/watch/mCCsdP24c2m, http://www.playvid.com/watch/HrsTcmWuGTk, http://www.playvid.com/watch/sTuuqiRy8Rv, http://www.playvid.com/watch/FZXPwUDQy2K, http://www.playvid.com/watch/EO9Cs3RzVdu, http://www.playvid.com/watch/FDQylrveS3w, http://www.playvid.com/watch/3yzOmB8ugsc, http://www.playvid.com/watch/FqUiPIQvfy8, http://www.playvid.com/watch/Ou8k0bdLRLn, http://www.playvid.com/watch/C7eN7Nw3TV2, http://www.playvid.com/watch/6Y6v0Vw8xA6, http://www.playvid.com/watch/UNMY0c4mgde, http://www.playvid.com/watch/JHNy4TmfKos, http://www.playvid.com/watch/Y8EXKzrxV83, http://www.playvid.com/watch/Zzeyo8G8qoQ, http://www.playvid.com/watch/m-Qr6zwyirs,

http://www.playvid.com/watch/fVXccCKGCZ8, http://www.playvid.com/watch/hmpNg077VvU, http://www.playvid.com/watch/Yf8y85N6b76, http://www.playvid.com/watch/WqiHiUiDb9a, http://www.playvid.com/watch/H9WETDvX0z2, http://www.playvid.com/watch/BmQGCLeyG8i, http://www.playvid.com/watch/CBLAZ-rnVJX, http://www.playvid.com/watch/mMWebrvZD0J, http://www.playvid.com/watch/2kCw7c5L2ky, http://www.playvid.com/watch/QKAubUDI4M6, http://www.playvid.com/watch/qyYRNUoKTD2, http://www.playvid.com/watch/VLbSpqZgmRS, http://www.playvid.com/watch/VXrQhnPSxnv, http://www.playvid.com/watch/LaLOWcuJb6g, http://www.playvid.com/watch/XJzwyXyPAuw, http://www.playvid.com/watch/2dGypDUy32P, http://www.playvid.com/watch/sbhkc6qukXf, http://www.playvid.com/watch/6oQtJxETJgh, http://www.playvid.com/watch/LGzlMOoWALq, http://www.playvid.com/watch/ilREPqshbZl, http://www.playvid.com/watch/XJqOYK5Y4Nv, http://www.playvid.com/watch/35qnq53qpx5, http://www.playvid.com/watch/LTAxJN64JUZ, http://www.playvid.com/watch/7q4Kzrs-xHD, http://www.playvid.com/watch/I88WoPhnvme, http://www.playvid.com/watch/bWMlMPnItxA, http://www.playvid.com/watch/m7JZAIk4DHg, http://www.playvid.com/watch/PhHSIWZk3LN, http://www.playvid.com/watch/8BF-cgXbzbq, http://www.playvid.com/watch/-v46HJnlI5v, http://www.playvid.com/watch/aSkJkbi-knM, http://www.playvid.com/watch/Eb22RSBhQc3, http://www.playvid.com/watch/aCq-pc-rcDl, http://www.playvid.com/watch/m8rWa94aI6G, http://www.playvid.com/watch/22nwFVhZfrx, http://www.playvid.com/watch/KmcdWn3uqJh, http://www.playvid.com/watch/5OViAwnZypW, http://www.playvid.com/watch/rNbS5HHYLyC, http://www.playvid.com/watch/EBmdBadgxsT, http://www.playvid.com/watch/knSYb5m7qcP, http://www.playvid.com/watch/fqMzITyC07-, http://www.playvid.com/watch/uSAdVcYvknE, http://www.playvid.com/watch/PXyrK4HavEN, http://www.playvid.com/watch/GTb0o7oKaJM, http://www.playvid.com/watch/SmqVnwZvP5p, http://www.playvid.com/watch/LrGzTYpSfR4, http://www.playvid.com/watch/yVfYEtLALKE, http://www.playvid.com/watch/OgCrjsDhzuy, http://www.playvid.com/watch/G8Zwjlzre6O, http://www.playvid.com/watch/gfTQID-A4zb, http://www.playvid.com/watch/-5YYdcOhjES, http://www.playvid.com/watch/VIl3tzaSrqm, http://www.playvid.com/watch/ymY2gML6TiS, http://www.playvid.com/watch/TbGIr3nTUPi, http://www.playvid.com/watch/CJtIO-wgjwK, http://www.playvid.com/watch/f-KyvGLBgie, http://www.playvid.com/watch/kRTJ3rtz03E, http://www.playvid.com/watch/Bd8-YclCufb, http://www.playvid.com/watch/gfRuEf6ejyJ, http://www.playvid.com/watch/Du8JGuKF5s4, http://www.playvid.com/watch/tq8d69fFNF5, http://www.playvid.com/watch/-aUSn5bKAJS, http://www.playvid.com/watch/4eQHuC8WBRJ, http://www.playvid.com/watch/4RcELToIDNw, http://www.playvid.com/watch/fYX-f6D4HPo, http://www.playvid.com/watch/TllHe0yr6Jz, http://www.playvid.com/watch/jdZT70R4ahx, http://www.playvid.com/watch/aPuHqGvoka4, http://www.playvid.com/watch/kPZB0xty5TL, http://www.playvid.com/watch/9QVEa-g24Yz, http://www.playvid.com/watch/Img7W9PIm2N, http://www.playvid.com/watch/U3ACaZEGpuP, http://www.playvid.com/watch/gCbuoQmvHeG, http://www.playvid.com/watch/iJndRexxrYl, http://www.playvid.com/watch/nsRCkZEba4U, http://www.playvid.com/watch/YJ4F6M0bpu9, http://www.playvid.com/watch/dtr345eNyrx, http://www.playvid.com/watch/GSL8Ck9RldR, http://www.playvid.com/watch/EN8JHLhJ46j, http://www.playvid.com/watch/asWDwR6f8CJ, http://www.playvid.com/watch/AlYFC3INpH4, http://www.playvid.com/watch/76imApr-CBK, http://www.playvid.com/watch/CdxnWUfIHF0, http://www.playvid.com/watch/vbgxznpXvzd, http://www.playvid.com/watch/sZ-wiMxUyXw, http://www.playvid.com/watch/-bbW5C5fHzt, http://www.playvid.com/watch/4YtzfuSowVe, http://www.playvid.com/watch/dwW5vgUPRCP, http://www.playvid.com/watch/aAMrzOz4eKc, http://www.playvid.com/watch/978nIYzfeWr, http://www.playvid.com/watch/Piq2LGPSLOX, http://www.playvid.com/watch/ySWSfGhfZCn, http://www.playvid.com/watch/Lghdf37TT3J, http://www.playvid.com/watch/V7WO5sGwoM9, http://www.playvid.com/watch/MLPrHYhugS2, http://www.playvid.com/watch/htNve344NWy, http://www.playvid.com/watch/F9G-tc6ZgIL, http://www.playvid.com/watch/NyzBa6K3ymV, http://www.playvid.com/watch/DyyFiUxTkYM, http://www.playvid.com/watch/7QlDExSTkYp, http://www.playvid.com/watch/ROMJ3HSJSbH, http://www.playvid.com/watch/lq7FoGxQGIU, http://www.playvid.com/watch/LrXo6S7XaCs, http://www.playvid.com/watch/Jyzel-p2Ure, http://www.playvid.com/watch/C9dOGTxere5, http://www.playvid.com/watch/AvwN4azSqx3, http://www.playvid.com/watch/nbsQz47FKui, http://www.playvid.com/watch/wUkEk-QAbKy, http://www.playvid.com/watch/Zk57DGoryT6, http://www.playvid.com/watch/-qvG4vjPoVm, http://www.playvid.com/watch/DX-tNMNCPrV, http://www.playvid.com/watch/07JosmoXJDF, http://www.playvid.com/watch/b9KU3Lk6XOq, http://www.playvid.com/watch/gYG9V07Ym-N, http://www.playvid.com/watch/0Shw0EYnUSZ, http://www.playvid.com/watch/LLhbU66KfxW, http://www.playvid.com/watch/mSg-4S03ZaA, http://www.playvid.com/watch/g0Re-LOH5KE, http://www.playvid.com/watch/f7p2RAjdx9E, http://www.playvid.com/watch/GVBOiUCF5cG, http://www.playvid.com/watch/yOXdxzSkOO2, http://www.playvid.com/watch/pCiEgaNHUnk, http://www.playvid.com/watch/pldK8WHeYK2, http://www.playvid.com/watch/42gUugwXqnQ, http://www.playvid.com/watch/OVSVPWpdYmH, http://www.playvid.com/watch/fIQiUbxSBem, http://www.playvid.com/watch/LoZFQxHa7n7, http://www.playvid.com/watch/enPoR2CXoMs, http://www.playvid.com/watch/DV7oLQwWkys, http://www.playvid.com/watch/V-Wpskenlya, http://www.playvid.com/watch/5LWRiHvjR3J, http://www.playvid.com/watch/nogJeltwkdL, http://www.playvid.com/watch/biI-IuaFIVW, http://www.playvid.com/watch/S0-lGx7u9Dx, http://www.playvid.com/watch/m2LEUIZQvJ0, http://www.playvid.com/watch/qfPZxv20xK8, http://www.playvid.com/watch/nZhA5u4MsBO, http://www.playvid.com/watch/HwJrgMJ4KEs, http://www.playvid.com/watch/W2jC-2d7dDD, http://www.playvid.com/watch/mAae7yvLJO9, http://www.playvid.com/watch/AHzptwx-4NF, http://www.playvid.com/watch/ZMRgOyh6FAc, http://www.playvid.com/watch/D4ULYEa3PeS, http://www.playvid.com/watch/CoUAamxsXmK, http://www.playvid.com/watch/zmSRMrAQXPO, http://www.playvid.com/watch/jhrojCbHNaD, http://www.playvid.com/watch/TzJ6tTJUtLS, http://www.playvid.com/watch/EujzzZPZ9M3, http://www.playvid.com/watch/ErIqzRN9aib, http://www.playvid.com/watch/ZPnMgajOhpP, http://www.playvid.com/watch/Ma6KeXJtlln, http://www.playvid.com/watch/uFDySmXHCyb, http://www.playvid.com/watch/XqxI2tFP4xR, http://www.playvid.com/watch/mJQWFJLemYi, http://www.playvid.com/watch/aBCWloXI3H5, http://www.playvid.com/watch/EbbFjDoXbF-, http://www.playvid.com/watch/36CprYGuze9, http://www.playvid.com/watch/RJhese8cC-w, http://www.playvid.com/watch/W95iW60SmWt, http://www.playvid.com/watch/apWwOeJrS9-, http://www.playvid.com/watch/ttOnDVXa9hx, http://www.playvid.com/watch/YWc9NeC-DkE, http://www.playvid.com/watch/0VRmQ9ASvAb, http://www.playvid.com/watch/aiSefxH5Ite, http://www.playvid.com/watch/kLvUKk9caf9, http://www.playvid.com/watch/HD86mTpWPFc, http://www.playvid.com/watch/mNh3IOgpqpW, http://www.playvid.com/watch/uo7Koaui8aR, http://www.playvid.com/watch/NdYj5zy4dSs, http://www.playvid.com/watch/ugBPVvQptdj, http://www.playvid.com/watch/2WRlnkP96rF, http://www.playvid.com/watch/HEKqHXuL3pb, http://www.playvid.com/watch/tJcVP6JR6kg, http://www.playvid.com/watch/9n0Y388KJT3, http://www.playvid.com/watch/68SCkzEUo35, http://www.playvid.com/watch/SeA02l65Ud2, http://www.playvid.com/watch/F9fhUVMDTFn, http://www.playvid.com/watch/5D65-9cBJZH, http://www.playvid.com/watch/mZ6kqynhx3K, http://www.playvid.com/watch/qrj0mLGcijH, http://www.playvid.com/watch/W5xWt6oNcA5, http://www.playvid.com/watch/hXlogje24y3, http://www.playvid.com/watch/9q8cEnBkBMB, http://www.playvid.com/watch/lT2zVChbgJ3, http://www.playvid.com/watch/-UH9OwzM4Xq, http://www.playvid.com/watch/vmGM88xXFCH, http://www.playvid.com/watch/lhEXJPTqlKS, http://www.playvid.com/watch/eYFdUWsVweL, http://www.playvid.com/watch/zduQEO-hQQb, http://www.playvid.com/watch/H4k0XpAR69D, http://www.playvid.com/watch/W9MMq9HCH0g, http://www.playvid.com/watch/6K7PuUVntuT, http://www.playvid.com/watch/qrzLPD0D9HQ, http://www.playvid.com/watch/nXlJcDiB-st, http://www.playvid.com/watch/0BP4j3c0vyM, http://www.playvid.com/watch/3GoogF-LTAY, http://www.playvid.com/watch/sYBODIEgaCi, http://www.playvid.com/watch/yBJdv0ZYCHi, http://www.playvid.com/watch/bVLZkQXZQkS, http://www.playvid.com/watch/6XjE6lYpiOj, http://www.playvid.com/watch/k-F-hh9uXoI, http://www.playvid.com/watch/DJABNdgdQ3y, http://www.playvid.com/watch/Fiw9en8VPBh, http://www.playvid.com/watch/MBJ4VR47nx4, http://www.playvid.com/watch/lD9QxUYoZSU, http://www.playvid.com/watch/PoDQAYInVJb, http://www.playvid.com/watch/G68uGqMnQKr, http://www.playvid.com/watch/SmRK2YzTWkU, http://www.playvid.com/watch/QL5m3HJzjiS, http://www.playvid.com/watch/UgRVDuCSFp8, http://www.playvid.com/watch/4HfCiTiUJ4b, http://www.playvid.com/watch/NwDYQUqZCNL, http://www.playvid.com/watch/jt8a-ZTjIBc, http://www.playvid.com/watch/uglxyyebeL4, http://www.playvid.com/watch/D2X8XsOIiKr, http://www.playvid.com/watch/DM5cdEYdG7F, http://www.playvid.com/watch/R63qHeFXiKn, http://www.playvid.com/watch/W9kXGT9nIMc, http://www.playvid.com/watch/2lQCMyjNRrJ, http://www.playvid.com/watch/kpN5xQ5-feR, http://www.playvid.com/watch/SujDX0IWWnm, http://www.playvid.com/watch/VbQ35bCzThW, http://www.playvid.com/watch/kc3L3yfyjax, http://www.playvid.com/watch/j5mgC73qBSQ, http://www.playvid.com/watch/P0nmSUzFwoD, http://www.playvid.com/watch/f6EOkBt0med, http://www.playvid.com/watch/34rykDBYLSF, http://www.playvid.com/watch/uUx3AK80EKQ, http://www.playvid.com/watch/gJHqkaW7bNz, http://www.playvid.com/watch/g44px0ulZmT, http://www.playvid.com/watch/gA0lQqWfAAq, http://www.playvid.com/watch/YElqOhuK6LF, http://www.playvid.com/watch/suDFGmuccNR, http://www.playvid.com/watch/YZn6ggl4zmj, http://www.playvid.com/watch/J-Ft4KYOBmN, http://www.playvid.com/watch/SuHQNf6akZU, http://www.playvid.com/watch/9ZyHkFynBVt, http://www.playvid.com/watch/v9dIc8TfbaM, http://www.playvid.com/watch/dzF-5Gw304m, http://www.playvid.com/watch/disvagu2FjL, http://www.playvid.com/watch/EVD-Jc2WuGh, http://www.playvid.com/watch/5lorjZ2RlsU, http://www.playvid.com/watch/wplxqkZzKj2, http://www.playvid.com/watch/EiqSFNfG5yG, http://www.playvid.com/watch/ZvZIHnH4BwX, http://www.playvid.com/watch/LaSvkoPfHXT, http://www.playvid.com/watch/FKqTrtFD2Wo, http://www.playvid.com/watch/kxsli5KrOzw, http://www.playvid.com/watch/Za9XKEixPJr, http://www.playvid.com/watch/TOzSUq9gUOz, http://www.playvid.com/watch/u5r2ZipjcEQ, http://www.playvid.com/watch/tBTXMdJqOt8, http://www.playvid.com/watch/sSb7SanGSoR, http://www.playvid.com/watch/VwvLCmdsUYy, http://www.playvid.com/watch/4AsL9io7VEi, http://www.playvid.com/watch/iQBNICFujZ-, http://www.playvid.com/watch/qotKbY0Z9Gm, http://www.playvid.com/watch/0skF82eGarH, http://www.playvid.com/watch/hbbJ2Jk4SOK, http://www.playvid.com/watch/u7wTMtjNtYt, http://www.playvid.com/watch/brDlX0U643a, http://www.playvid.com/watch/BN8F9IK7Y3W, http://www.playvid.com/watch/3nl4aYjZ5kX, http://www.playvid.com/watch/Iy4eRVdeKlA
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: megabootylove666
5.b. Uploader's email address: mysterious_stranger666@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/megabootylove666
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IkOnmm8yOWw, http://www.playvid.com/watch/pTyR2J4MthY, http://www.playvid.com/watch/65G9dkcXrit, http://www.playvid.com/watch/gN5AcbL3R7-, http://www.playvid.com/watch/-ZIcZvmMT84,

http://www.playvid.com/watch/4ERKXFsUzWI, http://www.playvid.com/watch/rD4wGfG6e2m, http://www.playvid.com/watch/L0D3KUCaDgj, http://www.playvid.com/watch/eTKyDWdL-xi, http://www.playvid.com/watch/0-upAafSlg-, http://www.playvid.com/watch/0vKJPSnFEPY, http://www.playvid.com/watch/dSgmbkH4c39, http://www.playvid.com/watch/c9vFGvLm0qs, http://www.playvid.com/watch/qtnUcFFiZVH, http://www.playvid.com/watch/43lmMAjx9lt, http://www.playvid.com/watch/GAIfkoxHZN5, http://www.playvid.com/watch/UMIdljti3aG, http://www.playvid.com/watch/tFxISwENVDT, http://www.playvid.com/watch/E9ZSzprpN9H, http://www.playvid.com/watch/IN1A8sV8m9g, http://www.playvid.com/watch/ftNylXt_nZ9
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: MeloManiac
5.b. Uploader's email address: melodiq@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/MeloManiac
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Nuqz9OoqnZQ, http://www.playvid.com/watch/jb-XbFDaxTX, http://www.playvid.com/watch/lg4Hilrk2IQ, http://www.playvid.com/watch/IYAXIauDHUQ, http://www.playvid.com/watch/RMXTJDXYzI8, http://www.playvid.com/watch/QFgmbgTbOVA, http://www.playvid.com/watch/AwzipDLonjt, http://www.playvid.com/watch/LuBVsr9rngO, http://www.playvid.com/watch/2GDAk3k9yb8, http://www.playvid.com/watch/di765woECak, http://www.playvid.com/watch/rrLCESKV0Mi, http://www.playvid.com/watch/CsKRLrgfbNz, http://www.playvid.com/watch/cg0CNGJKUVF, http://www.playvid.com/watch/rxv0U73I718, http://www.playvid.com/watch/cKo0Dx23imU, http://www.playvid.com/watch/4IVlgjSgINl, http://www.playvid.com/watch/oZSGxzyzxoB, http://www.playvid.com/watch/qffFYvMkkqB, http://www.playvid.com/watch/v5Y0z339Q5n, http://www.playvid.com/watch/3atllvNxjSN, http://www.playvid.com/watch/dy8r7L9ge7r, http://www.playvid.com/watch/wTbVyMse02v, http://www.playvid.com/watch/YicZOQWKugl, http://www.playvid.com/watch/X7VOghimWYX, http://www.playvid.com/watch/8jUrD4MHaDU, http://www.playvid.com/watch/h9pH9u2y5-K, http://www.playvid.com/watch/wBnh7uGBume, http://www.playvid.com/watch/R6mh12ndmT9, http://www.playvid.com/watch/ZbxQ117Xlbi, http://www.playvid.com/watch/A6T_OQ6Qh1W, http://www.playvid.com/watch/qBmGAmya0z6, http://www.playvid.com/watch/BlknEnl2Iiw, http://www.playvid.com/watch/6aIMR0rAd1s, http://www.playvid.com/watch/CcK1U5vhSw0, http://www.playvid.com/watch/a_q41TIy1UG, http://www.playvid.com/watch/2FiUkO_mF6J, http://www.playvid.com/watch/zeX0CzaKS6R, http://www.playvid.com/watch/pJx7DT0_v3g, http://www.playvid.com/watch/E4IZjU7e30A, http://www.playvid.com/watch/baCt9F5rNUT, http://www.playvid.com/watch/Qy-KwFI5qks, http://www.playvid.com/watch/BYEMVcABO7S, http://www.playvid.com/watch/UnIr7hmVMFM, http://www.playvid.com/watch/MsAcVETXj0h, http://www.playvid.com/watch/XmlPKxEnDhU, http://www.playvid.com/watch/jlrAwqRgsNf, http://www.playvid.com/watch/yNsTZEPp_vs, http://www.playvid.com/watch/nS9cRK2wuwS, http://www.playvid.com/watch/0r6a_kt6ai6, http://www.playvid.com/watch/KFtMnpCbFIC, http://www.playvid.com/watch/FDsw2Odeqmn, http://www.playvid.com/watch/60mI4PNOAPD, http://www.playvid.com/watch/x-Uelkf0Wsp, http://www.playvid.com/watch/gRJHgwiJX1z, http://www.playvid.com/watch/PcYsMjSXj2U, http://www.playvid.com/watch/pO0Ttv4Ava6, http://www.playvid.com/watch/W5ykAK2c_ON, http://www.playvid.com/watch/Vr0jRIzf1uh, http://www.playvid.com/watch/SqGkUKw4F-8, http://www.playvid.com/watch/3rkZsWuv2Kp, http://www.playvid.com/watch/fw4t7jL_ent, http://www.playvid.com/watch/9ygKSBbmUWn, http://www.playvid.com/watch/eKGwZMgZODV, http://www.playvid.com/watch/Cn1uXnTTECM, http://www.playvid.com/watch/JOjE157STsu, http://www.playvid.com/watch/fXioSQDQVgr, http://www.playvid.com/watch/dWNSspCVl_T, http://www.playvid.com/watch/wU0Ox5QPXBH, http://www.playvid.com/watch/8ZSR5CSSC65, http://www.playvid.com/watch/9Dz0AY3LOkM, http://www.playvid.com/watch/Pzux6i2DiDP, http://www.playvid.com/watch/mU1MIBOa2A3, http://www.playvid.com/watch/ZXOXsEOqDuY, http://www.playvid.com/watch/60bFuW0lo_e, http://www.playvid.com/watch/2iXn_-opLAG, http://www.playvid.com/watch/heYdJ0yGu-T, http://www.playvid.com/watch/W3tK2HAP7Ti, http://www.playvid.com/watch/SoAhSMqSF9V, http://www.playvid.com/watch/afYGxsHL9vt, http://www.playvid.com/watch/MUHhxdVj2Fy, http://www.playvid.com/watch/bdXPdgq7Hva, http://www.playvid.com/watch/f0j6g9nDJFT, http://www.playvid.com/watch/JXaizQMdgTL, http://www.playvid.com/watch/9QYj3YSuVQX, http://www.playvid.com/watch/2C-vb7h1E6R, http://www.playvid.com/watch/y_86LBi9G4G, http://www.playvid.com/watch/WREhuPytWLA, http://www.playvid.com/watch/FWibssKlxPp, http://www.playvid.com/watch/7hrrObMNib4, http://www.playvid.com/watch/SZvhuUpFwPw, http://www.playvid.com/watch/ag9y8HFZfAB, http://www.playvid.com/watch/ScG6M3AaBh5, http://www.playvid.com/watch/JVLpLHSARrJ, http://www.playvid.com/watch/WMRZyYHr0PH, http://www.playvid.com/watch/cVfNz2gXFy5, http://www.playvid.com/watch/OINl92r_fMy, http://www.playvid.com/watch/9fzgoBGf2dv, http://www.playvid.com/watch/oF9QgSSMFBi, http://www.playvid.com/watch/468Nt-ONZgM, http://www.playvid.com/watch/b--J-x35Ves, http://www.playvid.com/watch/gIWZjvUen0z, http://www.playvid.com/watch/7FwuVo826_a, http://www.playvid.com/watch/yyEoFzTkyHU, http://www.playvid.com/watch/dxRiVUT8GcR, http://www.playvid.com/watch/czcW29Mx_Gi, http://www.playvid.com/watch/zBUYRN6Wu-2, http://www.playvid.com/watch/kY70LcK8oMW, http://www.playvid.com/watch/9_uqGHtlflv, http://www.playvid.com/watch/zDDwn15pY2Q, http://www.playvid.com/watch/rbChGsKMxm7, http://www.playvid.com/watch/hNgmLO97o2E, http://www.playvid.com/watch/UgypTWkrHGz, http://www.playvid.com/watch/py6-U9_uM5H, http://www.playvid.com/watch/FjgP3BXKGW5, http://www.playvid.com/watch/OlLf8uarmXq, http://www.playvid.com/watch/xwbypAdU1pI, http://www.playvid.com/watch/Ts5vyPc7vkE, http://www.playvid.com/watch/k3ndyIsP975, http://www.playvid.com/watch/V91ZLWymMaT, http://www.playvid.com/watch/Ki5IE32MDWP, http://www.playvid.com/watch/eqPR0wotz64, http://www.playvid.com/watch/6OxLBEp6Kbd, http://www.playvid.com/watch/2RHgKzpRtSd, http://www.playvid.com/watch/M2IoXk_95vf, http://www.playvid.com/watch/V9j_ESCBUaG, http://www.playvid.com/watch/uun7N8KuZgD, http://www.playvid.com/watch/s0L0y6R80RC, http://www.playvid.com/watch/gTaukTQSTOh, http://www.playvid.com/watch/uw2a85vsfHI, http://www.playvid.com/watch/7lqq-3Iz0Ld, http://www.playvid.com/watch/Jgj8WH5Q9In, http://www.playvid.com/watch/GHYSdOyRqtm, http://www.playvid.com/watch/WIQwQPSGpMC, http://www.playvid.com/watch/cWYRV3xJzYv, http://www.playvid.com/watch/RG3ALvA10np, http://www.playvid.com/watch/edMjRsgoje6, http://www.playvid.com/watch/rydYvDJGTiL, http://www.playvid.com/watch/O87an00skPL, http://www.playvid.com/watch/GhZ5fsCQIf2, http://www.playvid.com/watch/WXtnB2VoVmP, http://www.playvid.com/watch/aLuSynNZb7b, http://www.playvid.com/watch/ys_gLdT0DnV, http://www.playvid.com/watch/lEyk6lbjqOa, http://www.playvid.com/watch/00029EO3PKZ, http://www.playvid.com/watch/aA7joODLn6u, http://www.playvid.com/watch/xlM3phhKguo, http://www.playvid.com/watch/DidLS9qUX4v, http://www.playvid.com/watch/n7h-Rz0qoqS, http://www.playvid.com/watch/FZdBJIxoq_U, http://www.playvid.com/watch/CxX-V7ImXml, http://www.playvid.com/watch/BasNe_oxC2I, http://www.playvid.com/watch/8VEOaBbogmX, http://www.playvid.com/watch/xmnBCXJ1PgM, http://www.playvid.com/watch/Mdz_Z1ycN0z, http://www.playvid.com/watch/nB6vHYxKyMQ, http://www.playvid.com/watch/QMjRBMiOgA0, http://www.playvid.com/watch/TnklWMLbWra, http://www.playvid.com/watch/N9Q4qVmhfs3, http://www.playvid.com/watch/tLrz71bxUPI, http://www.playvid.com/watch/e97MvKVBcIe, http://www.playvid.com/watch/FM_3FaC0C63, http://www.playvid.com/watch/nD9Itbwt2sk, http://www.playvid.com/watch/f5S94LPAJUW, http://www.playvid.com/watch/Y0Dt4DQoJS2, http://www.playvid.com/watch/jaKUsq8GA_H, http://www.playvid.com/watch/p7mRsP0ZK4c, http://www.playvid.com/watch/wY3mEHQNyTX, http://www.playvid.com/watch/WVY3ldcRyBI, http://www.playvid.com/watch/Inm_HA0mhBH, http://www.playvid.com/watch/thzAbrKyn4F, http://www.playvid.com/watch/LhAnAYq2iI5, http://www.playvid.com/watch/F6Wooku8L7C, http://www.playvid.com/watch/5Mv-4Xso3sw, http://www.playvid.com/watch/ApOX9QQhktz, http://www.playvid.com/watch/4yl-4DzauMo, http://www.playvid.com/watch/IOqYs3gBLng, http://www.playvid.com/watch/cL9ofYqs5nB, http://www.playvid.com/watch/Skb9FG7Fh33, http://www.playvid.com/watch/bcUbqFA69nf, http://www.playvid.com/watch/Jy0dkFKUY7O, http://www.playvid.com/watch/k0yzgWihQwF, http://www.playvid.com/watch/uaAbxlsX-Q8, http://www.playvid.com/watch/Ilwg4_bK38e, http://www.playvid.com/watch/xYwYhzth12V, http://www.playvid.com/watch/EN6VQbHZF-U, http://www.playvid.com/watch/kk0UGB94Dso, http://www.playvid.com/watch/A0PDMAHJdtf, http://www.playvid.com/watch/CsAuUATBkhO, http://www.playvid.com/watch/HwWDry0NOCP, http://www.playvid.com/watch/CHQkAAWSD4z, http://www.playvid.com/watch/qI7fII6l5To, http://www.playvid.com/watch/ihFBuH2tvNy, http://www.playvid.com/watch/CT-uefEBsPC, http://www.playvid.com/watch/MND8G5-GoGu, http://www.playvid.com/watch/IAmk8kZLaFj, http://www.playvid.com/watch/cifZRwdeJvN, http://www.playvid.com/watch/tarF-uW6cXU, http://www.playvid.com/watch/Qcf6nwlimkp, http://www.playvid.com/watch/rsglSk2OiBV, http://www.playvid.com/watch/WEgNvp2AuM0, http://www.playvid.com/watch/W8xZWSS6IAo, http://www.playvid.com/watch/hu2tgXhomxU, http://www.playvid.com/watch/7zhOfzLEVO0, http://www.playvid.com/watch/vw4etZBIgST, http://www.playvid.com/watch/ogsEXuUgfLL, http://www.playvid.com/watch/Cr1hy41NWBT, http://www.playvid.com/watch/oWkO3D9Dg1o, http://www.playvid.com/watch/LZH3J84YqUm, http://www.playvid.com/watch/Az0L0q_R-ln, http://www.playvid.com/watch/CA_J5o65N8q, http://www.playvid.com/watch/DIsWO5m39iX, http://www.playvid.com/watch/YbPBd3ioTQp, http://www.playvid.com/watch/adJB4BYIAC2, http://www.playvid.com/watch/4Qovmm1aIbG, http://www.playvid.com/watch/9SVUmcIggIt, http://www.playvid.com/watch/w_Vh8wKvbQV, http://www.playvid.com/watch/rqiqRsY_83S, http://www.playvid.com/watch/Ok8miSaZdhS, http://www.playvid.com/watch/KsNm6UX4rra, http://www.playvid.com/watch/rWkQZ3SZhhw, http://www.playvid.com/watch/lZ1i96UFYBD, http://www.playvid.com/watch/V6R05Z8YBeV, http://www.playvid.com/watch/ZkSqe1m_NFK, http://www.playvid.com/watch/VjeP7KU39jU, http://www.playvid.com/watch/yCTX4P3QHbA, http://www.playvid.com/watch/8k53qiJFYAv, http://www.playvid.com/watch/jVNt9LnNG5v, http://www.playvid.com/watch/qbqnDyG_Q4f, http://www.playvid.com/watch/ewGyTSipQIL, http://www.playvid.com/watch/3X7iz7nx5mP, http://www.playvid.com/watch/wQEN0eUKMga, http://www.playvid.com/watch/jlV8N3NGqgN, http://www.playvid.com/watch/AVZN7oKnwfV, http://www.playvid.com/watch/cY5iDI-xopD, http://www.playvid.com/watch/2jDJGq8gGfq, http://www.playvid.com/watch/5mxveKq58lx, http://www.playvid.com/watch/yYutRMjyKBj, http://www.playvid.com/watch/rjlcQQUkf3n, http://www.playvid.com/watch/0HyMPvABFpr, http://www.playvid.com/watch/tUuvKeNmVlU, http://www.playvid.com/watch/q6GAqtsN5iS, http://www.playvid.com/watch/siQsqZqWvEd, http://www.playvid.com/watch/pawzSf4-4eN, http://www.playvid.com/watch/coOGd9drV1x, http://www.playvid.com/watch/OwYGXHf6sDl, http://www.playvid.com/watch/ocsH8AmK876, http://www.playvid.com/watch/7wLVj65jCGF, http://www.playvid.com/watch/E9PyExsUodC, http://www.playvid.com/watch/pz8fYeiQ7MO, http://www.playvid.com/watch/o4geBNrIt5k, http://www.playvid.com/watch/DWqAS5pRXDB,

http://www.playvid.com/watch/BaouvMq8MlW, http://www.playvid.com/watch/fP1GHC1ar03, http://www.playvid.com/watch/AL9OWlCeKfz, http://www.playvid.com/watch/QU_Y_tDeRKf, http://www.playvid.com/watch/BxB9V8yXNSO, http://www.playvid.com/watch/n7F3oaEXcfl, http://www.playvid.com/watch/VqXwbqO4S4j, http://www.playvid.com/watch/pWzqub06K-i, http://www.playvid.com/watch/luLSCKXu5Cs, http://www.playvid.com/watch/88m2FA9IxJF, http://www.playvid.com/watch/FQX1f9ctDEU, http://www.playvid.com/watch/JqTgaq_MdPn, http://www.playvid.com/watch/B4DerdI1cy4, http://www.playvid.com/watch/DHGA1nXXXdG, http://www.playvid.com/watch/8bM9HP-xzkL, http://www.playvid.com/watch/UrDDFhGWE2p, http://www.playvid.com/watch/XKNxJH7Fuym, http://www.playvid.com/watch/fWx-5Bacgnf, http://www.playvid.com/watch/bViNT7Idgix, http://www.playvid.com/watch/vKxWiras6sZ, http://www.playvid.com/watch/oR0nhcH5ow6, http://www.playvid.com/watch/dL39-oRDGI6, http://www.playvid.com/watch/8Ej4-Dfsl0G, http://www.playvid.com/watch/6Dw6RqPkjJC, http://www.playvid.com/watch/SqdMognNGMq, http://www.playvid.com/watch/V2FJU7CwUKY, http://www.playvid.com/watch/ZLOM9MtQ1M5, http://www.playvid.com/watch/aYcLbad_JgL, http://www.playvid.com/watch/ztfDZHur0yK, http://www.playvid.com/watch/8yF4pUPlCsB, http://www.playvid.com/watch/bDlvrGmC__x, http://www.playvid.com/watch/kNFIOFjkkeB, http://www.playvid.com/watch/fq3qJdolGmd, http://www.playvid.com/watch/olHhZMsN_6W, http://www.playvid.com/watch/VVimdTJKy30, http://www.playvid.com/watch/5pxfkXG_Dul, http://www.playvid.com/watch/nqItAu0zYiJ, http://www.playvid.com/watch/LmuurF06XCY, http://www.playvid.com/watch/kez4sHJf_a8, http://www.playvid.com/watch/yjFovsYp46F, http://www.playvid.com/watch/2kHUKMzMC1d, http://www.playvid.com/watch/OAkQyDXFkhI, http://www.playvid.com/watch/VPorIo6qfxM, http://www.playvid.com/watch/7o41IGM7NB6, http://www.playvid.com/watch/mUmWDDl2Uee, http://www.playvid.com/watch/SRDiRzd4Mx7, http://www.playvid.com/watch/sSKGAaDFtlk, http://www.playvid.com/watch/9ZmAzAga_Sr, http://www.playvid.com/watch/Y1PW_DTPrKC, http://www.playvid.com/watch/TmUNcfs3qkR, http://www.playvid.com/watch/XqnWdoT-49i, http://www.playvid.com/watch/lWgWTx0EhOB, http://www.playvid.com/watch/6XFPiHusj-U, http://www.playvid.com/watch/mRkZO_PmTpT, http://www.playvid.com/watch/D2PoC2iuwzo, http://www.playvid.com/watch/A3-OUyQlFtF, http://www.playvid.com/watch/d6Ab0ir4a55, http://www.playvid.com/watch/9RxK1Y0n2Qr, http://www.playvid.com/watch/4nA_rOxiIKQ, http://www.playvid.com/watch/w-vXS-YRLNl, http://www.playvid.com/watch/esFTfLLoZS5, http://www.playvid.com/watch/gZ3rKHgLKhm, http://www.playvid.com/watch/xPi7eLFosla, http://www.playvid.com/watch/pu7qn5UgQ-c, http://www.playvid.com/watch/7mmBzzVeiok, http://www.playvid.com/watch/6jV1DnFTa8F, http://www.playvid.com/watch/Gt8nAWDP319, http://www.playvid.com/watch/BdawyEzKTc5, http://www.playvid.com/watch/l2CJQzvfDFJ, http://www.playvid.com/watch/tIf0dSKyra9, http://www.playvid.com/watch/n16dYfs0IYT, http://www.playvid.com/watch/K5b65SYappV, http://www.playvid.com/watch/J6RRVatCoi0, http://www.playvid.com/watch/IHp5eqeZC3n, http://www.playvid.com/watch/EjCQQ0Be_cE, http://www.playvid.com/watch/FnjuI_jAJBn, http://www.playvid.com/watch/YFW6HGNc3F0
5.f. Date of third notice: 2014-08-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: melvin23
5.b. Uploader's email address: melvin235729@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/melvin23
5.e. List of videos posted by uploader: http://www.playvid.com/watch/diXz37wwH58, http://www.playvid.com/watch/jVJ5qaWYdwH, http://www.playvid.com/watch/rubwLGWbX4i, http://www.playvid.com/watch/zQSomF-gr64, http://www.playvid.com/watch/frjKKX4tLCL, http://www.playvid.com/watch/ur9vBcmbHPo, http://www.playvid.com/watch/8vOpx4dpUoV, http://www.playvid.com/watch/ypfVpej2wuJ, http://www.playvid.com/watch/e-c9NAt8iPB, http://www.playvid.com/watch/T9b4BsR7oPD, http://www.playvid.com/watch/fyZ8dS8scZB, http://www.playvid.com/watch/6svCKVB2fb0, http://www.playvid.com/watch/p5kmPyMFCKe, http://www.playvid.com/watch/d6IMC8tTqfD, http://www.playvid.com/watch/sLCbQwndHDx, http://www.playvid.com/watch/G7vPWvcw82N, http://www.playvid.com/watch/WOTLeTzqcnX, http://www.playvid.com/watch/WPWidWjcqcW, http://www.playvid.com/watch/tmtvHlHWZuQ, http://www.playvid.com/watch/rp8jzt6XWnC, http://www.playvid.com/watch/HIh8ZOuOgbR, http://www.playvid.com/watch/pGS6PCLwDq9, http://www.playvid.com/watch/djAgNhLsNCE, http://www.playvid.com/watch/dEm9n-KherA, http://www.playvid.com/watch/7nINhsG7d09, http://www.playvid.com/watch/rMCgXc2Poow, http://www.playvid.com/watch/IDcvZMnLcZ2, http://www.playvid.com/watch/L6R43g9MyA9, http://www.playvid.com/watch/dr6uOhXHJRl, http://www.playvid.com/watch/lWktBlKpHoM, http://www.playvid.com/watch/Dng8J23gPjh, http://www.playvid.com/watch/MkNipbfFkLt, http://www.playvid.com/watch/SqskEsgbqK2, http://www.playvid.com/watch/Nqt8KQ4eghH, http://www.playvid.com/watch/grhUdUVcKUX, http://www.playvid.com/watch/mHFpTV-E8kD, http://www.playvid.com/watch/QUBU80RKRcS, http://www.playvid.com/watch/qAMqFPT5JTz, http://www.playvid.com/watch/Vdvx8dzmvXs, http://www.playvid.com/watch/w5e7gATZZ8m, http://www.playvid.com/watch/HYRPZrVG9Xy, http://www.playvid.com/watch/eVPwoMB0NIn, http://www.playvid.com/watch/iDBAzW6ZdRM, http://www.playvid.com/watch/Jx2P60ju97j, http://www.playvid.com/watch/Sevl5fkun6-, http://www.playvid.com/watch/nlG4azhscm6, http://www.playvid.com/watch/SsUChP32fJu, http://www.playvid.com/watch/fuuFQK87ObA, http://www.playvid.com/watch/G3coIoADTUU, http://www.playvid.com/watch/X4-mRLdGNah, http://www.playvid.com/watch/MvVb6xrT7AC, http://www.playvid.com/watch/l4BcPVCaY4O, http://www.playvid.com/watch/s8PJmJoZ-HA, http://www.playvid.com/watch/iR00aVSb5NG, http://www.playvid.com/watch/Z7n9Z7G9vIT, http://www.playvid.com/watch/XLun9tCOoGJ, http://www.playvid.com/watch/oTD-wn0eWI9, http://www.playvid.com/watch/pN9LWfBfrGo, http://www.playvid.com/watch/DSqY-NSxNmj, http://www.playvid.com/watch/Efy5FOkAlcQ, http://www.playvid.com/watch/MTo3Afvm-de, http://www.playvid.com/watch/kWdKmEBNXJw, http://www.playvid.com/watch/ecj9SIHHoca, http://www.playvid.com/watch/qbgUV-ZgHZS, http://www.playvid.com/watch/4AfjXoFG8cr, http://www.playvid.com/watch/QfGO86EqlM5, http://www.playvid.com/watch/76k2RtTGlvQ, http://www.playvid.com/watch/DvM2EHleEn5, http://www.playvid.com/watch/5Nhp98tWux5, http://www.playvid.com/watch/lQC5gfW2vOk, http://www.playvid.com/watch/d8xr3ms6sjY, http://www.playvid.com/watch/laE4c3rYRTJ, http://www.playvid.com/watch/M4xrqiJqhu0, http://www.playvid.com/watch/2mhWLxTGCYI, http://www.playvid.com/watch/Zc0xFNjXSB9, http://www.playvid.com/watch/p9ExcvwFcF5, http://www.playvid.com/watch/hu5cWyysXBP, http://www.playvid.com/watch/V7oHSN36pXK, http://www.playvid.com/watch/XgHZjpUAcjz, http://www.playvid.com/watch/kXFiZE2kCYz, http://www.playvid.com/watch/OEIgIhB7Qt9, http://www.playvid.com/watch/jkwot7c-SQm, http://www.playvid.com/watch/Dxz2lVJB4VB, http://www.playvid.com/watch/YaJNXmeK03W, http://www.playvid.com/watch/AQoHS8fmPkB, http://www.playvid.com/watch/7sjqcStN-rb, http://www.playvid.com/watch/zRxWHc3NtwI, http://www.playvid.com/watch/KTgzNhy2030, http://www.playvid.com/watch/mQFeoAV2JBy, http://www.playvid.com/watch/ZVlfbDdTV-U, http://www.playvid.com/watch/CDS5akJhzd2, http://www.playvid.com/watch/BcprN7A0wjy, http://www.playvid.com/watch/-zsAIff9I6E, http://www.playvid.com/watch/WtlR6JhoDHn, http://www.playvid.com/watch/8m-D9aMksNM, http://www.playvid.com/watch/PpyZrTtLED3, http://www.playvid.com/watch/Ia6EHsJOfEg, http://www.playvid.com/watch/r7EMsQhNKJC, http://www.playvid.com/watch/7ykvf-rf6o4, http://www.playvid.com/watch/aqJKaWjJAf4, http://www.playvid.com/watch/5GmG9ufzvnJ, http://www.playvid.com/watch/rdNjXZLG-24, http://www.playvid.com/watch/YyUxix3Q0Px, http://www.playvid.com/watch/n5KG7Of5HAq, http://www.playvid.com/watch/HSxqUn0cczk, http://www.playvid.com/watch/o7SVBzuOafl, http://www.playvid.com/watch/0zQ3LLRGCaw, http://www.playvid.com/watch/Xm9leuBZZUW, http://www.playvid.com/watch/SCacPxaV5eu, http://www.playvid.com/watch/yIsUj8Yq-sj, http://www.playvid.com/watch/xejIVFa5WHk, http://www.playvid.com/watch/xWL5zCiscpU, http://www.playvid.com/watch/KR7x8nes4yP, http://www.playvid.com/watch/faAS2w6vgXs, http://www.playvid.com/watch/nUsbXWehz6D, http://www.playvid.com/watch/nW8aR7OM8Ih, http://www.playvid.com/watch/ILiDzMYB-JG, http://www.playvid.com/watch/DP3eXTfGAb6, http://www.playvid.com/watch/wqlTP3n0Ftc, http://www.playvid.com/watch/K7PtSPgvWIz, http://www.playvid.com/watch/oNgvt6OVr0F, http://www.playvid.com/watch/9DxVYNpVvKW, http://www.playvid.com/watch/uWDIbddHlyf, http://www.playvid.com/watch/io05RI6m9Cs, http://www.playvid.com/watch/O6f-fFqusIs, http://www.playvid.com/watch/wiKUgfcuvFo, http://www.playvid.com/watch/PHlAni90I-Y, http://www.playvid.com/watch/pshsUKQXSGw, http://www.playvid.com/watch/qlylmcchEo9, http://www.playvid.com/watch/gz0HRFeL0K8, http://www.playvid.com/watch/QAp4KE-GoYL, http://www.playvid.com/watch/uxtWrXzC58u, http://www.playvid.com/watch/aIsE9PbBkW8, http://www.playvid.com/watch/66fygrJZHc0, http://www.playvid.com/watch/Ak-IEi97YU6, http://www.playvid.com/watch/EHd8wWwiQK6, http://www.playvid.com/watch/KuRSK72u3Tu, http://www.playvid.com/watch/QAML-WqgryO, http://www.playvid.com/watch/ifXlHGKgEXV, http://www.playvid.com/watch/tK7tCnr39Ee, http://www.playvid.com/watch/JA5GhrQthE7, http://www.playvid.com/watch/gOprfn2khhl, http://www.playvid.com/watch/qZQQDqeAjVf, http://www.playvid.com/watch/rAI3056i84J, http://www.playvid.com/watch/dQlJDRIaA4P, http://www.playvid.com/watch/2eHYAemZlly, http://www.playvid.com/watch/wYmrjHPtyQy, http://www.playvid.com/watch/4p5DlcR5CYW, http://www.playvid.com/watch/BSprpxxqTkv, http://www.playvid.com/watch/PgtLm9WcjCh, http://www.playvid.com/watch/Hl2Cy-r6357, http://www.playvid.com/watch/I2Ezfr05afX, http://www.playvid.com/watch/wXcMQXpZqoi, http://www.playvid.com/watch/FXpEnejrvPq, http://www.playvid.com/watch/x7XKsxxvt75, http://www.playvid.com/watch/p3QBX0HZ6Jv, http://www.playvid.com/watch/s5RqYXQxxt7, http://www.playvid.com/watch/2L9NTIHGfzU, http://www.playvid.com/watch/GDEdX90wPpL, http://www.playvid.com/watch/z36e6OjLPOL, http://www.playvid.com/watch/EVwM0Dsmzno, http://www.playvid.com/watch/7W2IBh9QtNz, http://www.playvid.com/watch/k8k5M8OYlSX, http://www.playvid.com/watch/dL3huPrOhj9, http://www.playvid.com/watch/3cE7eO-Bmer, http://www.playvid.com/watch/cD8G0BWntJT, http://www.playvid.com/watch/9qidvKeS337, http://www.playvid.com/watch/GaZCu5nVlqK, http://www.playvid.com/watch/5vhHlepBe3Z, http://www.playvid.com/watch/BYymal8u6HN, http://www.playvid.com/watch/Kg8z-7L2Myr, http://www.playvid.com/watch/tlfCfVY5fz9, http://www.playvid.com/watch/DLaRSDMt2pF, http://www.playvid.com/watch/KLS93GFTip3, http://www.playvid.com/watch/3x4RgEOxLwv, http://www.playvid.com/watch/nggSNASAHqP, http://www.playvid.com/watch/pJBTTTYzNyx, http://www.playvid.com/watch/U9VE22YSo87, http://www.playvid.com/watch/TNzqmu85LMa, http://www.playvid.com/watch/Fg9pCAUeusN, http://www.playvid.com/watch/STpG-bt3ks7, http://www.playvid.com/watch/pgKssDQ6Q46, http://www.playvid.com/watch/Er5gUy-WKNa, http://www.playvid.com/watch/6Se6vQHsQoz, http://www.playvid.com/watch/xjfMjQRBCQ5, http://www.playvid.com/watch/iH4zx6CNDPf, http://www.playvid.com/watch/evKp98KeB95, http://www.playvid.com/watch/VRAP9OI7L37, http://www.playvid.com/watch/WWhfjf2tWkb, http://www.playvid.com/watch/bEZwk8VTVYB, http://www.playvid.com/watch/u8lcEodhhRa,

http://www.playvid.com/watch/-iBVLe-5Aab, http://www.playvid.com/watch/z8NxpbVm5G5, http://www.playvid.com/watch/WRgFpJG4Rv6, http://www.playvid.com/watch/eWG9ZO5cfo3, http://www.playvid.com/watch/PGEVFBNF5ML, http://www.playvid.com/watch/7lCitHWoqfD, http://www.playvid.com/watch/gdIKU6riw2Q, http://www.playvid.com/watch/fU5Z95FFYnv, http://www.playvid.com/watch/Ne0elPDiCxr, http://www.playvid.com/watch/wIQZYjzlwKH, http://www.playvid.com/watch/TnyCkmtntiu, http://www.playvid.com/watch/itaUPCgND6V, http://www.playvid.com/watch/PASMVmcFurk, http://www.playvid.com/watch/t5KP5U7wJ8Z, http://www.playvid.com/watch/9zUyJDOP5ft, http://www.playvid.com/watch/tC3p7etwbim, http://www.playvid.com/watch/c6I02kgvt6U, http://www.playvid.com/watch/8e-K0gz3ODz, http://www.playvid.com/watch/ykC6BmrF7B9, http://www.playvid.com/watch/CVuOI8K0BA9, http://www.playvid.com/watch/i0U9R9svO4G, http://www.playvid.com/watch/3AETjArCH2e, http://www.playvid.com/watch/HoXPqxQFOqQ, http://www.playvid.com/watch/MDB62YJwfec, http://www.playvid.com/watch/H8R3f9TB-Er, http://www.playvid.com/watch/8ThZaXjGoVO, http://www.playvid.com/watch/8Ptxl97sRst, http://www.playvid.com/watch/IMelqXSlqbr, http://www.playvid.com/watch/BYZZHpmyKRS, http://www.playvid.com/watch/sAFzRxngWZP, http://www.playvid.com/watch/sd5MqPr4Dio, http://www.playvid.com/watch/KWrau9jRiLY, http://www.playvid.com/watch/9vQqGJhRj77, http://www.playvid.com/watch/08bai2Gb0CJ, http://www.playvid.com/watch/OXDg4DpiPdq, http://www.playvid.com/watch/lVqHO57zDlh, http://www.playvid.com/watch/7qUHQVfXsX-, http://www.playvid.com/watch/YCvlDWZPkFd, http://www.playvid.com/watch/VpmVzjURisl, http://www.playvid.com/watch/DAdCFz7kNXJ, http://www.playvid.com/watch/92-3NZPcoYp, http://www.playvid.com/watch/M5vZrzXlLZu, http://www.playvid.com/watch/NdiTxsjFMIp, http://www.playvid.com/watch/Ii8hhF-SePE, http://www.playvid.com/watch/5KdUNtKWOg9, http://www.playvid.com/watch/6tQ-sZfSGF7, http://www.playvid.com/watch/bgmc4NsnuiF, http://www.playvid.com/watch/PrYLKyTwi3S, http://www.playvid.com/watch/NHhCB-gvmNK, http://www.playvid.com/watch/UFrpnjAyJml, http://www.playvid.com/watch/awz03V8uFtR, http://www.playvid.com/watch/swxI7PgWCz4, http://www.playvid.com/watch/PYd23yta03v, http://www.playvid.com/watch/OAtvdsmJgSZ, http://www.playvid.com/watch/4nY9SbGfBFo, http://www.playvid.com/watch/DCAEXwbUTP8, http://www.playvid.com/watch/n6eeq-VTG7w, http://www.playvid.com/watch/7jP3QYHlCpm, http://www.playvid.com/watch/hybE6F3UADl, http://www.playvid.com/watch/yE2kSGG0oIS, http://www.playvid.com/watch/zT2nPAKFbd-, http://www.playvid.com/watch/-YyN5-mDjLH, http://www.playvid.com/watch/-7bPjg27jXO, http://www.playvid.com/watch/54tulvOT7go, http://www.playvid.com/watch/WyEv5nfpBIH, http://www.playvid.com/watch/c3zYzqFzldY, http://www.playvid.com/watch/zywuXhkAoZy, http://www.playvid.com/watch/7-KlKYl-6KQ, http://www.playvid.com/watch/hNz-uy5JML8, http://www.playvid.com/watch/4Gnr9DTAnRt, http://www.playvid.com/watch/IZivejrzudU, http://www.playvid.com/watch/CN7b0vgyxkj, http://www.playvid.com/watch/2beRsOAOwX-, http://www.playvid.com/watch/txadL099xai, http://www.playvid.com/watch/t-d7X4WDszg, http://www.playvid.com/watch/io6gxOd-J5c, http://www.playvid.com/watch/IFJWTGXq540, http://www.playvid.com/watch/gzzwunAsMOu, http://www.playvid.com/watch/noO-Ngd00ge, http://www.playvid.com/watch/CQDi0KRnsoZ, http://www.playvid.com/watch/jaeuKlnea4G, http://www.playvid.com/watch/Jpt6V7I3EOa, http://www.playvid.com/watch/LXCBxPpqVTf, http://www.playvid.com/watch/RqAmFLPpKZT, http://www.playvid.com/watch/3ML8w4Gwrpp, http://www.playvid.com/watch/9S28c2LTOaV, http://www.playvid.com/watch/0zlIw-7HxAY, http://www.playvid.com/watch/EDgc6G9KcPJ, http://www.playvid.com/watch/9SqMYl564dY, http://www.playvid.com/watch/8Lk3ZZOKb3N, http://www.playvid.com/watch/NfR0xgQTjTl, http://www.playvid.com/watch/j8-gJdMhv9Y, http://www.playvid.com/watch/KI4cNPGVcEU, http://www.playvid.com/watch/uKRZnHKcqEI, http://www.playvid.com/watch/ViQClDnVPsQ, http://www.playvid.com/watch/y00Nqo3L457, http://www.playvid.com/watch/br0HGeSvOmj, http://www.playvid.com/watch/Cdb2ePu2laj, http://www.playvid.com/watch/lepTOQ7GHcS, http://www.playvid.com/watch/7tZYTptcZKU, http://www.playvid.com/watch/VPIhWNuCc97, http://www.playvid.com/watch/VTIcNfq0lJ0, http://www.playvid.com/watch/zDFQrzBigkN, http://www.playvid.com/watch/WiCFz62aMG5, http://www.playvid.com/watch/Ex9axGlhzzR, http://www.playvid.com/watch/BQq0dEdvDla, http://www.playvid.com/watch/-SGDeegvr59, http://www.playvid.com/watch/ItGtRa7ZR9R, http://www.playvid.com/watch/eWU4kqojud2, http://www.playvid.com/watch/yv8b0ealqjr, http://www.playvid.com/watch/7ODfLWBqDXf, http://www.playvid.com/watch/eZ56D4DHXFR, http://www.playvid.com/watch/zEcxQB3FiUO, http://www.playvid.com/watch/CyIZFBJGsLG, http://www.playvid.com/watch/J7qdleVIz-h, http://www.playvid.com/watch/Tp5FqvCGzVp, http://www.playvid.com/watch/7jCwannUAwH, http://www.playvid.com/watch/XvtlNs0lZDz, http://www.playvid.com/watch/Vu3t6M77m4v, http://www.playvid.com/watch/pmU6zCAYCmg, http://www.playvid.com/watch/2yQy7bYu0Ah, http://www.playvid.com/watch/82CSMKecz-a, http://www.playvid.com/watch/8ybKlCzW-q9, http://www.playvid.com/watch/wqKgQWpvXq-, http://www.playvid.com/watch/w3zFvTLZvIF, http://www.playvid.com/watch/uFJ0oNx3b9x, http://www.playvid.com/watch/tkcBO8JVdQ-, http://www.playvid.com/watch/XGptpA6GyQJ, http://www.playvid.com/watch/lh8-hbEAazh, http://www.playvid.com/watch/pdAJy5Cgd9J, http://www.playvid.com/watch/zyDoipYj3s4, http://www.playvid.com/watch/R-cgm7MGRZD, http://www.playvid.com/watch/atU4qDrcYpI, http://www.playvid.com/watch/Se4eHkcRioH, http://www.playvid.com/watch/Oe4Hl3KBgIr, http://www.playvid.com/watch/yY2l46mhhLp, http://www.playvid.com/watch/VtBvvAj5foV, http://www.playvid.com/watch/A0NloVw7deG, http://www.playvid.com/watch/knxfHmsYJN4, http://www.playvid.com/watch/Ekzce9MB9pz, http://www.playvid.com/watch/ugkapeINZQg, http://www.playvid.com/watch/scXtlJoJLzv, http://www.playvid.com/watch/Dm3vDU5lHYX, http://www.playvid.com/watch/RUFXLAQEePb, http://www.playvid.com/watch/n0QGP5YXHqM, http://www.playvid.com/watch/dYg9e4wvPQA, http://www.playvid.com/watch/2YiIeNFeBPm, http://www.playvid.com/watch/8nme308GOJQ, http://www.playvid.com/watch/KjBqy7SqFPA, http://www.playvid.com/watch/J7NAQSeBnvf, http://www.playvid.com/watch/L-ehAgDi2Z5, http://www.playvid.com/watch/s6zoVnnhekt, http://www.playvid.com/watch/JGd7TjaiZPa, http://www.playvid.com/watch/eARrBo6lGRs, http://www.playvid.com/watch/zKBg6Fb8vyV, http://www.playvid.com/watch/ikNp2xkRt2F, http://www.playvid.com/watch/fA8vfSJYwSY, http://www.playvid.com/watch/LqssOTaZoGL, http://www.playvid.com/watch/e8fjGP0sEDY, http://www.playvid.com/watch/JjirNPs-jW0, http://www.playvid.com/watch/fRW38bxV3WE, http://www.playvid.com/watch/RHQn6UY7m77, http://www.playvid.com/watch/8-BhnU4MOLv, http://www.playvid.com/watch/0e-6bOwXWhR, http://www.playvid.com/watch/2QCxEwamZmD, http://www.playvid.com/watch/MbeaQPuIbWU, http://www.playvid.com/watch/8HyBn7fwmWv, http://www.playvid.com/watch/zP9yobEGqpM, http://www.playvid.com/watch/cKdyePUluYU, http://www.playvid.com/watch/2sKZ7B9BnoD, http://www.playvid.com/watch/xB4-SgvHqFE, http://www.playvid.com/watch/dWCfFoS9ClM, http://www.playvid.com/watch/yFAOUn2sOpz, http://www.playvid.com/watch/89JnlzsuSHQ, http://www.playvid.com/watch/Ysh6JvPLFZa, http://www.playvid.com/watch/aObX40AmNuX, http://www.playvid.com/watch/GP5rMsfPK9R, http://www.playvid.com/watch/SxSWbG52g0r, http://www.playvid.com/watch/EV0S2cu2Jp6, http://www.playvid.com/watch/inwnGARJtDs, http://www.playvid.com/watch/QlebMhLvkJr, http://www.playvid.com/watch/3UQYxUo6V2X, http://www.playvid.com/watch/7pwuhPGIdwV, http://www.playvid.com/watch/ki4DiQCSfOA, http://www.playvid.com/watch/qoc5OC7CMhY, http://www.playvid.com/watch/dloQ0KS5T3A, http://www.playvid.com/watch/PRgF5AchVGH, http://www.playvid.com/watch/wwpmLtVim0S, http://www.playvid.com/watch/fqNLIfKkAEA, http://www.playvid.com/watch/dbT6L6PqbMG, http://www.playvid.com/watch/85ZA38EqFx0, http://www.playvid.com/watch/DUpznDXUbIj, http://www.playvid.com/watch/9ch6PFpscAe, http://www.playvid.com/watch/SJ32cukp2du, http://www.playvid.com/watch/D5Ll3NsMi9K, http://www.playvid.com/watch/k7Be63yg5A6, http://www.playvid.com/watch/PZs6y6aMwPh, http://www.playvid.com/watch/U7ljpUha4z2, http://www.playvid.com/watch/x3jLuk7SR6G, http://www.playvid.com/watch/bYV89h2snhC, http://www.playvid.com/watch/UAuuyeLKjnJ, http://www.playvid.com/watch/Ll3zjGJfzkg, http://www.playvid.com/watch/AUNKggFLgbQ, http://www.playvid.com/watch/yDC2D6E43Br

5.f. Date of third notice: 2013-12-20

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: menakadude

5.b. Uploader's email address: menakadude@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/menakadude

5.e. List of videos posted by uploader: http://www.playvid.com/watch/lzL9WtvpEGe, http://www.playvid.com/watch/GefC29SP72O, http://www.playvid.com/watch/EkgzOcw8eDw, http://www.playvid.com/watch/aBwPwxhG0j5, http://www.playvid.com/watch/i3XINSo-MWp, http://www.playvid.com/watch/vArjlN5DEBC, http://www.playvid.com/watch/ZhEnB0WZX4Z, http://www.playvid.com/watch/xD6EZW8yZXP, http://www.playvid.com/watch/OYhJ-hf8cjA, http://www.playvid.com/watch/bBXiQdtPOzI, http://www.playvid.com/watch/o7jEpDdu8cu, http://www.playvid.com/watch/fwR3AAJ2Ahk, http://www.playvid.com/watch/MbR5keizU6u, http://www.playvid.com/watch/9INvhcZBHqU, http://www.playvid.com/watch/yW5wkMqMI-7, http://www.playvid.com/watch/dhBk2rrYRIb, http://www.playvid.com/watch/-YgPLVARgVF, http://www.playvid.com/watch/XIFbjUhDx4k, http://www.playvid.com/watch/FHCiXhqwID5, http://www.playvid.com/watch/0U7A2ypqCoH, http://www.playvid.com/watch/OUH9GKix0V2, http://www.playvid.com/watch/0zqWF4ke8n5, http://www.playvid.com/watch/tHAsr0lgUZB, http://www.playvid.com/watch/qiHMBuX9R7p, http://www.playvid.com/watch/R7egDG5JN4c, http://www.playvid.com/watch/5BIfJkSJTao, http://www.playvid.com/watch/58ug-fSZos7, http://www.playvid.com/watch/fvTnWsmd3bH, http://www.playvid.com/watch/lr2p-T4HXQU, http://www.playvid.com/watch/LEM4kLqqvkj, http://www.playvid.com/watch/qiGiyXbJnDa, http://www.playvid.com/watch/KBDfGZwR5yy, http://www.playvid.com/watch/xV8YXjniCUw, http://www.playvid.com/watch/Mf0U9xYvKgv, http://www.playvid.com/watch/Hyzl0nGO06-, http://www.playvid.com/watch/Tf2XWj2yzOn, http://www.playvid.com/watch/aN-EjQwq8tz, http://www.playvid.com/watch/gNXFK5Hy9YE, http://www.playvid.com/watch/5ToXqBtnYAf, http://www.playvid.com/watch/7DC7MVawoLb, http://www.playvid.com/watch/MgJ0s98O2vk, http://www.playvid.com/watch/atBX4oG4OOE, http://www.playvid.com/watch/H9WqqiPmfDg, http://www.playvid.com/watch/Fl5HTfa2ZgO, http://www.playvid.com/watch/MYFbuWqXkcG, http://www.playvid.com/watch/uLHbTJpcwOe, http://www.playvid.com/watch/pwF99SCQGpq, http://www.playvid.com/watch/aMNNC82kIsC, http://www.playvid.com/watch/P6AgRqUguVi, http://www.playvid.com/watch/QxWsffHAanD, http://www.playvid.com/watch/tohyORWGzFj, http://www.playvid.com/watch/EKNlpbKcZgk, http://www.playvid.com/watch/aJLe56vdRfG, http://www.playvid.com/watch/tAiZS-K3Gv-, http://www.playvid.com/watch/fJw0CGhgHO3, http://www.playvid.com/watch/2wTfGPNyIXz, http://www.playvid.com/watch/lAopTBh7NwW

5.f. Date of third notice: 2014-02-09

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: merrickmenn
5.b. Uploader's email address: merrick.menn@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/merrickmenn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/uSxTN9Glflk, http://www.playvid.com/watch/2ZGsJ7qDBkA, http://www.playvid.com/watch/E3_ngUGuSs3, http://www.playvid.com/watch/hFBHpFbNC-M, http://www.playvid.com/watch/z5nUf7BsEDD, http://www.playvid.com/watch/QqnzpzQR9lX, http://www.playvid.com/watch/FSNiQBL9kmJ, http://www.playvid.com/watch/ZQYlzG64Buq, http://www.playvid.com/watch/8QIvEGq27PB, http://www.playvid.com/watch/meZRaIicxGu, http://www.playvid.com/watch/OdSByc5KJNU, http://www.playvid.com/watch/k1cLQcYQYeY, http://www.playvid.com/watch/K4xWoVo6mfT, http://www.playvid.com/watch/kE8SvHGFr7P, http://www.playvid.com/watch/HV9DdA647ay, http://www.playvid.com/watch/wIXQ93PUS-D, http://www.playvid.com/watch/OgYJi2-sCxV, http://www.playvid.com/watch/8ULEtpd0F1S, http://www.playvid.com/watch/XyTrATTLkgb, http://www.playvid.com/watch/rZFgcWQnuUn, http://www.playvid.com/watch/J-BixbtwAnB, http://www.playvid.com/watch/SjSMg0j79wF, http://www.playvid.com/watch/7M6T6iPliMa, http://www.playvid.com/watch/srB_Wg9sMio, http://www.playvid.com/watch/OlThcXH4QW5, http://www.playvid.com/watch/3JAf0Vdvqej, http://www.playvid.com/watch/i1G51XNQIPo, http://www.playvid.com/watch/pDaLbKoZEhC, http://www.playvid.com/watch/WLpom9K9QNt, http://www.playvid.com/watch/nrbdFRL5WiN, http://www.playvid.com/watch/yXcFDNqtR5J, http://www.playvid.com/watch/ekGj6oV1iD9, http://www.playvid.com/watch/9cYLAHVrfVU, http://www.playvid.com/watch/tOs79G2bCVw, http://www.playvid.com/watch/WHp9YQSvmAZ, http://www.playvid.com/watch/BPXtO_s6VyM, http://www.playvid.com/watch/RJWpsi0Px03, http://www.playvid.com/watch/BOCQYQCqwTj, http://www.playvid.com/watch/Y26vv8uyF56, http://www.playvid.com/watch/JXHHhhkdOoK, http://www.playvid.com/watch/oFL3TdkV8OA, http://www.playvid.com/watch/gyMHaLx1K-O, http://www.playvid.com/watch/PUYTjci6gSY, http://www.playvid.com/watch/cZtVtkUqZDa, http://www.playvid.com/watch/0auKh6LlRxt, http://www.playvid.com/watch/bngPIoRRsk8, http://www.playvid.com/watch/kxQH1KvAtG7, http://www.playvid.com/watch/ULslPD7Uso9, http://www.playvid.com/watch/TalkrfeB2PL, http://www.playvid.com/watch/Z8LNCvqdbDi, http://www.playvid.com/watch/xBnQQBwS0IZ, http://www.playvid.com/watch/YZZSfYIaIzn, http://www.playvid.com/watch/Vwfz08jvIFn, http://www.playvid.com/watch/uPwIBZq7Noe, http://www.playvid.com/watch/odLrijLEQOx, http://www.playvid.com/watch/vZgq3x4Sxcx, http://www.playvid.com/watch/jdHseM8EvtE, http://www.playvid.com/watch/luTPOT7DEgw, http://www.playvid.com/watch/XRwX8e1iKmb, http://www.playvid.com/watch/Wtl02PHmsz2, http://www.playvid.com/watch/gGNLMeDsaHZ, http://www.playvid.com/watch/qiOWPmuO3AR, http://www.playvid.com/watch/59tTQLfyupf, http://www.playvid.com/watch/KijQf_zlb_w, http://www.playvid.com/watch/RUu5LmwbmSw, http://www.playvid.com/watch/B8jf2nwvnQ0, http://www.playvid.com/watch/b2Te0q57oyB, http://www.playvid.com/watch/Ne4-ky40uqj, http://www.playvid.com/watch/DqM59iskQ-M, http://www.playvid.com/watch/fMfmOFzB2jS, http://www.playvid.com/watch/n6_lOrjiOVa, http://www.playvid.com/watch/6PCSjwTWpw7, http://www.playvid.com/watch/VE5aFBbNG_9, http://www.playvid.com/watch/F9YJLQkpxEV, http://www.playvid.com/watch/WAi9QVG2XHy, http://www.playvid.com/watch/5FwrqQk0wlN, http://www.playvid.com/watch/I2wphUaySHV, http://www.playvid.com/watch/82e8uKzzATa, http://www.playvid.com/watch/h56OoXcgyeZ, http://www.playvid.com/watch/hdTS6bix-dk, http://www.playvid.com/watch/VmXHqPAeO_V, http://www.playvid.com/watch/4kJ7r5rndyQ, http://www.playvid.com/watch/eD68NEZnzFP, http://www.playvid.com/watch/VnDhlqC4-34, http://www.playvid.com/watch/g-2OR8P02bi, http://www.playvid.com/watch/NjUblHuYvND, http://www.playvid.com/watch/VOeEXSEwyLU, http://www.playvid.com/watch/i0KTzk2OZDA, http://www.playvid.com/watch/0CO30mYBcqK, http://www.playvid.com/watch/duQNqH9WDWm
5.f. Date of third notice: 2015-08-10 17:31:10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: MeSoHorny
5.b. Uploader's email address: iluvpiff@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/MeSoHorny
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KLnMDuIUo7F, http://www.playvid.com/watch/-C7fSQeKLET, http://www.playvid.com/watch/IEgq67PZ3X6, http://www.playvid.com/watch/AHCCmlHWuZ7, http://www.playvid.com/watch/V7GRkvYpjSf, http://www.playvid.com/watch/LwEJBCcrFuo, http://www.playvid.com/watch/QIsrWskdUQn, http://www.playvid.com/watch/Rwzp0q0Sccw, http://www.playvid.com/watch/tHz-KcVD2n7, http://www.playvid.com/watch/iNdr7qcSMNw, http://www.playvid.com/watch/QGawrnoRnU5, http://www.playvid.com/watch/qEi9nuYJtTm, http://www.playvid.com/watch/j0TkDljnHms, http://www.playvid.com/watch/9OVvDzKkMLa, http://www.playvid.com/watch/Ez5m59ghTT2, http://www.playvid.com/watch/xMN4BSxnp2a, http://www.playvid.com/watch/0gHRrRAeBrg, http://www.playvid.com/watch/EJJah9OEsGU, http://www.playvid.com/watch/cnh4rCIndCt, http://www.playvid.com/watch/itskGfQG2tR, http://www.playvid.com/watch/vtDyQ3L7dXK, http://www.playvid.com/watch/tfI74Cyva68, http://www.playvid.com/watch/IzZnNurxZdv, http://www.playvid.com/watch/dYGfnnnw7MI, http://www.playvid.com/watch/Mb9JQDbZnVn, http://www.playvid.com/watch/YcdR4h2l4IW, http://www.playvid.com/watch/JiMUqpALgM-, http://www.playvid.com/watch/MweFtlvyJxb, http://www.playvid.com/watch/iBcDfjAAVkb, http://www.playvid.com/watch/72nH-uwPYGj, http://www.playvid.com/watch/mLt6x8OCoih, http://www.playvid.com/watch/WY0Dp53Px4o
5.f. Date of third notice: 2014-05-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: miaminight
5.b. Uploader's email address: luigifiore15@hotmail.it
5.d. Uploader's profile: http://www.playvid.com/member/miaminight
5.e. List of videos posted by uploader: http://www.playvid.com/watch/v4zy9gD02hQ, http://www.playvid.com/watch/ZdhJ54AkZMT, http://www.playvid.com/watch/tl66b54BhRc, http://www.playvid.com/watch/8NolzhZKCxw, http://www.playvid.com/watch/7AiGNClxbeC, http://www.playvid.com/watch/t7ti9baAyFQ, http://www.playvid.com/watch/3g2m6unWfyj, http://www.playvid.com/watch/TXMWGehFmn7
5.f. Date of third notice: 2014-02-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: michy77
5.b. Uploader's email address: alfredmikle@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/michy77
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zAfneoG5NIo, http://www.playvid.com/watch/JbNmrRoueR-, http://www.playvid.com/watch/JkypdZrtzN6, http://www.playvid.com/watch/ba-ZQE3Iohq, http://www.playvid.com/watch/vcyoLLaLHl9, http://www.playvid.com/watch/RtAefnQId7d, http://www.playvid.com/watch/JMu4iJ0LVgt, http://www.playvid.com/watch/wCiPwCmnIEB, http://www.playvid.com/watch/Ma6da7IdurA, http://www.playvid.com/watch/CrKTq3INnn0, http://www.playvid.com/watch/yUMLRU3bRFV, http://www.playvid.com/watch/h-cuejSWc3M, http://www.playvid.com/watch/exRMX4neGer, http://www.playvid.com/watch/Eq2YaWDibHv, http://www.playvid.com/watch/k2MgvySi2sY, http://www.playvid.com/watch/jRYxanWgTkj, http://www.playvid.com/watch/ATjUf8SEt5Y, http://www.playvid.com/watch/8Jt9s5VFNiu, http://www.playvid.com/watch/SXVp77RXQxk, http://www.playvid.com/watch/wSO49ATFXkK, http://www.playvid.com/watch/-TZ6oRd5jt7, http://www.playvid.com/watch/b6U0BNjYuDe, http://www.playvid.com/watch/YcfoZ7IUnty, http://www.playvid.com/watch/qngDWNwzBIC, http://www.playvid.com/watch/Thc-CUrSdwm, http://www.playvid.com/watch/tbaZtVXZsUm, http://www.playvid.com/watch/JBbP5AxHdNi, http://www.playvid.com/watch/0oBHPyhE2Ow, http://www.playvid.com/watch/wp-OaTPUJ3g, http://www.playvid.com/watch/AK-oJuQSBG6, http://www.playvid.com/watch/slnyj67YEzH, http://www.playvid.com/watch/NWrD2vbXuXS, http://www.playvid.com/watch/MlyirchsLYf, http://www.playvid.com/watch/uOESW6E3mYg, http://www.playvid.com/watch/NVUv94E-Hl2, http://www.playvid.com/watch/d6VLPtKlGnf, http://www.playvid.com/watch/rDiviGdDQbr, http://www.playvid.com/watch/yrZSsVm4PZg, http://www.playvid.com/watch/AEJCvQPK2JH, http://www.playvid.com/watch/ew7JoW745x9, http://www.playvid.com/watch/xoOMavzA5t6, http://www.playvid.com/watch/cjxOs43Q4A6, http://www.playvid.com/watch/4VFLhD8MDYL, http://www.playvid.com/watch/AAho56mQIXl, http://www.playvid.com/watch/OYrfnkPACAJ, http://www.playvid.com/watch/4T-RBAsTgH-, http://www.playvid.com/watch/DZ3HbHdMirp, http://www.playvid.com/watch/bEczWWK3X-c, http://www.playvid.com/watch/-waw4B50SEu, http://www.playvid.com/watch/2clJIZ9EEhH, http://www.playvid.com/watch/PrD0J6jGT6U, http://www.playvid.com/watch/-qQ5rdXWUkh, http://www.playvid.com/watch/jb07xlMOOti, http://www.playvid.com/watch/hm8qpS3uSQf, http://www.playvid.com/watch/NYeLGMl6dKP, http://www.playvid.com/watch/npnrnou0WEx, http://www.playvid.com/watch/reftXvBgjZb, http://www.playvid.com/watch/7Sw0nicRpwh, http://www.playvid.com/watch/HNfycMesTHb, http://www.playvid.com/watch/z3ifzPdvVcC, http://www.playvid.com/watch/CnWi4BKhG5Z, http://www.playvid.com/watch/6O6MxhZdeSj, http://www.playvid.com/watch/5y3Prtsz38F, http://www.playvid.com/watch/hDgfXRACw6s, http://www.playvid.com/watch/CtNkxBbhVSi, http://www.playvid.com/watch/BUx6QgE-Wjy, http://www.playvid.com/watch/yFF-cRTdt2F, http://www.playvid.com/watch/h9kqjTy7JYO, http://www.playvid.com/watch/QDF837isSFl, http://www.playvid.com/watch/4R32p7HFjiW, http://www.playvid.com/watch/SsWW0g5RXM6, http://www.playvid.com/watch/jhKtiwMhcWc, http://www.playvid.com/watch/PbrY-pdoZjq, http://www.playvid.com/watch/2WtgSGfaP8h, http://www.playvid.com/watch/h4AzHsNk5jH, http://www.playvid.com/watch/S6dYXQCpSBO, http://www.playvid.com/watch/2RqWjMYz0pG, http://www.playvid.com/watch/MuQMoxhAhW6, http://www.playvid.com/watch/q4nfaTVOGI7, http://www.playvid.com/watch/JecS7BVeu2e, http://www.playvid.com/watch/ylVBwNWcFG0, http://www.playvid.com/watch/PuLarB3W7XD, http://www.playvid.com/watch/3GXJ0PWYUmG, http://www.playvid.com/watch/j4xieqVZzZK, http://www.playvid.com/watch/lDVLtxfhJNL, http://www.playvid.com/watch/HBZ95mv2CKx,

http://www.playvid.com/watch/3cAs8uusMew, http://www.playvid.com/watch/4qzB7nnnMcj, http://www.playvid.com/watch/VBZKCbqe2-j,
http://www.playvid.com/watch/xWsqfOChsFv, http://www.playvid.com/watch/WKvwPsbVbqI, http://www.playvid.com/watch/wYjuawm0jOB,
http://www.playvid.com/watch/rDLj6598YGa, http://www.playvid.com/watch/peVwVDOu00P, http://www.playvid.com/watch/bPkIFFvZX7f,
http://www.playvid.com/watch/-EOYrePtVbq, http://www.playvid.com/watch/bIdkP8LM6CP, http://www.playvid.com/watch/zqZ07DziANT,
http://www.playvid.com/watch/HSn692m3EMD, http://www.playvid.com/watch/p0xsEhIrkgS, http://www.playvid.com/watch/u7ADxDcnAJr,
http://www.playvid.com/watch/3Myc4lX4oXj, http://www.playvid.com/watch/kZ5H6saoLIu, http://www.playvid.com/watch/wyzVwSzmpwU,
http://www.playvid.com/watch/IyCOkb2PY2E, http://www.playvid.com/watch/WlI9PQoeGB2, http://www.playvid.com/watch/K9dHmJQswwx,
http://www.playvid.com/watch/BJkngYrLqI7, http://www.playvid.com/watch/idofh03dNte, http://www.playvid.com/watch/OSwzQgyTapl,
http://www.playvid.com/watch/C6kjvBUAmr8, http://www.playvid.com/watch/GBylS3wHJ4E, http://www.playvid.com/watch/-U7EsntjFhk,
http://www.playvid.com/watch/-IJKMOXygyu, http://www.playvid.com/watch/pwIhRhFZ8Ix, http://www.playvid.com/watch/h0yHclcynoB,
http://www.playvid.com/watch/xItnRwd9kjI, http://www.playvid.com/watch/8KF7sBcUyhk, http://www.playvid.com/watch/Q23amVXQsXy,
http://www.playvid.com/watch/Mjumd0LwiLB, http://www.playvid.com/watch/mnoFSBEs8KB, http://www.playvid.com/watch/onu3ccCKxi4,
http://www.playvid.com/watch/LyeKmkO48L2, http://www.playvid.com/watch/uffovdKxrWq, http://www.playvid.com/watch/WqqQaoNRFE8,
http://www.playvid.com/watch/Zzt5oSRPpPa, http://www.playvid.com/watch/GnJXLLiZlqm, http://www.playvid.com/watch/bmWvpBnnGpU,
http://www.playvid.com/watch/ARyFWGd80OV, http://www.playvid.com/watch/3nlWNGmTtRR, http://www.playvid.com/watch/sXB0a0-yNvV,
http://www.playvid.com/watch/lMOEHxQdXuF, http://www.playvid.com/watch/VJyqQoxO-zD, http://www.playvid.com/watch/JlthN8yakeo,
http://www.playvid.com/watch/va0YJ8qhOXT, http://www.playvid.com/watch/kUKqLrLxcZp, http://www.playvid.com/watch/7jBjlYR2ol5,
http://www.playvid.com/watch/cpshj2qhES7, http://www.playvid.com/watch/vID9SRoLxAE, http://www.playvid.com/watch/CEbymIIk6ih,
http://www.playvid.com/watch/XvODjLU8WZO, http://www.playvid.com/watch/zYCcyvx04sO, http://www.playvid.com/watch/XG2kFaBI4t4,
http://www.playvid.com/watch/xEUbpoG9LhB, http://www.playvid.com/watch/nsrNzmeZxaP, http://www.playvid.com/watch/ZMpyyTfOeLT,
http://www.playvid.com/watch/wq4zNGQnPcF, http://www.playvid.com/watch/gnz0wQCo442, http://www.playvid.com/watch/pguuTfk9nQq,
http://www.playvid.com/watch/iEj0THoclTo, http://www.playvid.com/watch/-vsjyEe-Xp5, http://www.playvid.com/watch/4DOTj8FRfEC,
http://www.playvid.com/watch/03X3FU9SQ2z, http://www.playvid.com/watch/RLZYBlggVGc, http://www.playvid.com/watch/Cd8zfz9khdk,
http://www.playvid.com/watch/NtlehLMR6op, http://www.playvid.com/watch/DTf7FTn0nS-, http://www.playvid.com/watch/xnJOWWL-x9M,
http://www.playvid.com/watch/wE87yaZUPFJ, http://www.playvid.com/watch/3Ojo23AMkc7, http://www.playvid.com/watch/REBVOyjgqoj,
http://www.playvid.com/watch/L7XbDL3XT44, http://www.playvid.com/watch/MvgRLq8SU6i, http://www.playvid.com/watch/rKKPD2ah8sn,
http://www.playvid.com/watch/XUX4btGFFR6, http://www.playvid.com/watch/ARW3i4b7v7g, http://www.playvid.com/watch/ugL-AMw9fID,
http://www.playvid.com/watch/ogS2NZxDmtd, http://www.playvid.com/watch/6NHtWAcUp8G, http://www.playvid.com/watch/PPWsWzuKlXU,
http://www.playvid.com/watch/8JrNruXeqUW, http://www.playvid.com/watch/YIZBmRvSSEp, http://www.playvid.com/watch/F4YpquMRp9S,
http://www.playvid.com/watch/TBrrlBlSq9n, http://www.playvid.com/watch/ac8L9mBkB4I, http://www.playvid.com/watch/zjDgvQZXAgy,
http://www.playvid.com/watch/feNWLMTfJ6D, http://www.playvid.com/watch/QH7OxjhjluX, http://www.playvid.com/watch/Vy9gn5kzxZi,
http://www.playvid.com/watch/WonCZOa68eN, http://www.playvid.com/watch/gQKxn25W2Cg, http://www.playvid.com/watch/QPbRPFrgA2x,
http://www.playvid.com/watch/FyaZdv5lnGr, http://www.playvid.com/watch/e0XeGZtsWTy, http://www.playvid.com/watch/9bJrA-uYzB-,
http://www.playvid.com/watch/HA4JXuLvwGo, http://www.playvid.com/watch/yhWaUUef-jA, http://www.playvid.com/watch/fmPk7Uz9fFP,
http://www.playvid.com/watch/NsgWvtMqrvp, http://www.playvid.com/watch/-BcWGoGxmS4, http://www.playvid.com/watch/U2L8cGuKxAm,
http://www.playvid.com/watch/p4y84sOkrYa, http://www.playvid.com/watch/ky22QtTjkxU, http://www.playvid.com/watch/uU-K3dnnTrb,
http://www.playvid.com/watch/mf5phqvHBVo, http://www.playvid.com/watch/6ZbMZPshst9, http://www.playvid.com/watch/2JcVEuN65Dw,
http://www.playvid.com/watch/eidbWuB7Ixq, http://www.playvid.com/watch/5bUzBFg02kB, http://www.playvid.com/watch/imtY9ZdWFc7,
http://www.playvid.com/watch/luLhyi-lJYC, http://www.playvid.com/watch/HNuHImyEiNL, http://www.playvid.com/watch/FkymMpJeuRe,
http://www.playvid.com/watch/VzDS2Cf9Xcx, http://www.playvid.com/watch/6RXk40m74RQ, http://www.playvid.com/watch/riJgLdeJLT2,
http://www.playvid.com/watch/PQ65yhYUpEK, http://www.playvid.com/watch/YywXds8aIV7, http://www.playvid.com/watch/m2yQCy88We6,
http://www.playvid.com/watch/aw3uPWHSKAq, http://www.playvid.com/watch/5ppBWmw53Vs, http://www.playvid.com/watch/Nm30CpE-ofQ,
http://www.playvid.com/watch/jIMDvvD9cWS, http://www.playvid.com/watch/hFrR-MNWeDe, http://www.playvid.com/watch/24eDUsUANEz,
http://www.playvid.com/watch/bnGJOKGZXQD, http://www.playvid.com/watch/uVbjBq2WwK-, http://www.playvid.com/watch/Ql3ZCFDoH8u,
http://www.playvid.com/watch/o9E-5Axwgth, http://www.playvid.com/watch/2X96mDmdWHp, http://www.playvid.com/watch/AZCGaDTeumB,
http://www.playvid.com/watch/hjmwMmxvFj6, http://www.playvid.com/watch/z77wcmUfjPe, http://www.playvid.com/watch/YWlmlquOaoC,
http://www.playvid.com/watch/W-YqmR5niSM, http://www.playvid.com/watch/PadKlCrkUzK, http://www.playvid.com/watch/ed3ZYSp5pqt,
http://www.playvid.com/watch/vRBogZMeCGW, http://www.playvid.com/watch/cK5CTo6p77d, http://www.playvid.com/watch/yJ3oLL3K4Pi,
http://www.playvid.com/watch/N3bQpoTogKc, http://www.playvid.com/watch/k45kY626sEj, http://www.playvid.com/watch/h39r6yq8-iu,
http://www.playvid.com/watch/XfEPZjrFkM0, http://www.playvid.com/watch/yBOOCXxTmTw, http://www.playvid.com/watch/2HVL7AMA3fp,
http://www.playvid.com/watch/2OzgCpJSBix, http://www.playvid.com/watch/QdT3pFikHF0, http://www.playvid.com/watch/UyhyxqlixJs,
http://www.playvid.com/watch/QUNBw5ro64F, http://www.playvid.com/watch/yAv99ZY7h2L, http://www.playvid.com/watch/RKT8wk7Igb3,
http://www.playvid.com/watch/CptSS55tfA4, http://www.playvid.com/watch/LbU7MsNcipn, http://www.playvid.com/watch/C5FflkEjDg4,
http://www.playvid.com/watch/DgQ4yetDRze, http://www.playvid.com/watch/LTCtpV54JCT, http://www.playvid.com/watch/567zJfLcfA8,
http://www.playvid.com/watch/-CQFCDMgEld, http://www.playvid.com/watch/JYnQGKGBqNf, http://www.playvid.com/watch/XrELPt-LHBk,
http://www.playvid.com/watch/XcT52sKozaJ, http://www.playvid.com/watch/iQDs58KddCc, http://www.playvid.com/watch/LK9rxczS9hu,
http://www.playvid.com/watch/MsX-NJ6JXzu, http://www.playvid.com/watch/7z9fyoWX7FP, http://www.playvid.com/watch/DcBZwRdLz90,
http://www.playvid.com/watch/El8s5rmR-DK, http://www.playvid.com/watch/q7txEQx2iDZ, http://www.playvid.com/watch/zlR6l7TMPOf,
http://www.playvid.com/watch/Au7Lw2WvgYG, http://www.playvid.com/watch/0JBHauR-uGy, http://www.playvid.com/watch/LNPb7uvP-dT,
http://www.playvid.com/watch/IZzSlgH3Tyf, http://www.playvid.com/watch/PrDZ3PkZdoW, http://www.playvid.com/watch/DGelUdlhskS,
http://www.playvid.com/watch/TsR34xXjVXX, http://www.playvid.com/watch/V-NNeJFFwgW, http://www.playvid.com/watch/lwEFNo8ACzR,
http://www.playvid.com/watch/WzqWAy9vLDg, http://www.playvid.com/watch/yrlxmVceGVW, http://www.playvid.com/watch/F4D2zq0WFfL,
http://www.playvid.com/watch/482nNaQb4lj, http://www.playvid.com/watch/gm3xeYhyluL, http://www.playvid.com/watch/lUwdYcx90fL,
http://www.playvid.com/watch/Gkfk0zArQoP, http://www.playvid.com/watch/fkLXm9Zg3t0, http://www.playvid.com/watch/f9ElcfM0XbR,
http://www.playvid.com/watch/yZfxIcLYyT7, http://www.playvid.com/watch/DY8aUapmL5j, http://www.playvid.com/watch/xlxhkysgCoR,
http://www.playvid.com/watch/lbQvltgATCm, http://www.playvid.com/watch/CpTpc0ccRO3, http://www.playvid.com/watch/Ba9WJzYDfMD,
http://www.playvid.com/watch/YBBF2egZvOW, http://www.playvid.com/watch/F5TUPboD370, http://www.playvid.com/watch/VhhwJnoLiNj,
http://www.playvid.com/watch/ACM3ct3Xavj, http://www.playvid.com/watch/RWxJHpAyz55, http://www.playvid.com/watch/DCCOH5K6XLT,
http://www.playvid.com/watch/coY3ULmVIJ6, http://www.playvid.com/watch/7rrrcjUxcLj, http://www.playvid.com/watch/YWAyqInQStb,
http://www.playvid.com/watch/5vUpPBzi6hN, http://www.playvid.com/watch/rxRuwuNLCIx, http://www.playvid.com/watch/95T9sQ8giiX,
http://www.playvid.com/watch/rPemyUOQMqk, http://www.playvid.com/watch/Y2OVqd7Lcxo, http://www.playvid.com/watch/ZWm6UUF8bQN,
http://www.playvid.com/watch/gHnO78-6rDT, http://www.playvid.com/watch/rjSrXQOvdj0, http://www.playvid.com/watch/ELTMcsQZaPX,
http://www.playvid.com/watch/6QxqbiINdVw, http://www.playvid.com/watch/0LplpfvzTQI, http://www.playvid.com/watch/2NYiHgh5Qbq,
http://www.playvid.com/watch/lkH3JnHg6Hz, http://www.playvid.com/watch/gBgRnhRUZQv, http://www.playvid.com/watch/uL0xovIpikU,
http://www.playvid.com/watch/ry6zn3bgxdk, http://www.playvid.com/watch/CqefjYSpgXl, http://www.playvid.com/watch/63QZzHsmEAn,
http://www.playvid.com/watch/fVgM3MkrWLm, http://www.playvid.com/watch/eEVl7UVVFJ7, http://www.playvid.com/watch/J4w44qsOGny,
http://www.playvid.com/watch/4zPnKqyOyjc, http://www.playvid.com/watch/XrGmy9le30Y, http://www.playvid.com/watch/X50z0RS4-FO,
http://www.playvid.com/watch/m3U3fqRa6uC, http://www.playvid.com/watch/CtdUk6f8tJF, http://www.playvid.com/watch/4HAAnLSkaB2,
http://www.playvid.com/watch/OqxzhdQFZnz, http://www.playvid.com/watch/NF6qyvtwN6p, http://www.playvid.com/watch/l0JiFIJTMUV,
http://www.playvid.com/watch/XEWzC6fAWv7, http://www.playvid.com/watch/kJaEzPgjN-I, http://www.playvid.com/watch/nqa2bAE9wFp,
http://www.playvid.com/watch/4XBB7I8GKfs, http://www.playvid.com/watch/HP2OeKb3dfS, http://www.playvid.com/watch/Sst35KIncJC,
http://www.playvid.com/watch/kVDzudg6GXT, http://www.playvid.com/watch/ObJtFMzqGag, http://www.playvid.com/watch/W3MaL0F6pjm,
http://www.playvid.com/watch/gcZrqXTBQ0I, http://www.playvid.com/watch/IfvIC70sXbM, http://www.playvid.com/watch/3mRGJZ7T6FQ,
http://www.playvid.com/watch/uNpPQS5fvbo, http://www.playvid.com/watch/0kqDp9UJPRL, http://www.playvid.com/watch/9zs7Bf0i2EX,
http://www.playvid.com/watch/hIUNHc5UXC0, http://www.playvid.com/watch/JEoJgHvjMEu, http://www.playvid.com/watch/ECx8L43cgEG,
http://www.playvid.com/watch/uKUEPWtQd7x, http://www.playvid.com/watch/aDcakW3sW5H, http://www.playvid.com/watch/8mGyZuZ37Ta,
http://www.playvid.com/watch/IoGjNoggkcT, http://www.playvid.com/watch/SlDnajLbn-Q, http://www.playvid.com/watch/Et7TPnrbELC,
http://www.playvid.com/watch/eYMxYz5lUSB, http://www.playvid.com/watch/-MxlT2NL0rd, http://www.playvid.com/watch/XmUGjzKYsNi,
http://www.playvid.com/watch/70hqy74nA4m, http://www.playvid.com/watch/qouHhC6Kjue, http://www.playvid.com/watch/dS427OvpO6y,
http://www.playvid.com/watch/T2ortUlK0zw, http://www.playvid.com/watch/TwUcUhtHREd, http://www.playvid.com/watch/flgn4fcAmO0,
http://www.playvid.com/watch/9rWjW9kpR09, http://www.playvid.com/watch/BoSQP8AFVbD, http://www.playvid.com/watch/RnnQRwiiwGR,
http://www.playvid.com/watch/pkMF8XbHTwi, http://www.playvid.com/watch/tBGipMlsTYF, http://www.playvid.com/watch/3KLWL7YPASU,
http://www.playvid.com/watch/Piu2Y9r4Y9k, http://www.playvid.com/watch/7phc2iwx8rC, http://www.playvid.com/watch/L6iV0xa694b,
http://www.playvid.com/watch/HSG0uXZnf6k, http://www.playvid.com/watch/m3ObEZz0z36, http://www.playvid.com/watch/tOyjWjukrPM,
http://www.playvid.com/watch/BuQUKlXveLF, http://www.playvid.com/watch/34CWpEY8Pxu, http://www.playvid.com/watch/uLtPbFuct8U,
http://www.playvid.com/watch/MKn35mOwcI6, http://www.playvid.com/watch/rXvPGJo0Cgr, http://www.playvid.com/watch/A0NpHVVOPT2,

http://www.playvid.com/watch/IyQJTIm5Ijp, http://www.playvid.com/watch/FJN6-6VfqvV, http://www.playvid.com/watch/6i9PMeXGy5S,
http://www.playvid.com/watch/cRBMZfK40tr, http://www.playvid.com/watch/IyADnaGvYcs, http://www.playvid.com/watch/O3ipeRCUFRy,
http://www.playvid.com/watch/MmtOfwfdz8b, http://www.playvid.com/watch/eW5NhskVKQU, http://www.playvid.com/watch/OPY0Tn2j35U,
http://www.playvid.com/watch/BYqYOgIOSuQ, http://www.playvid.com/watch/-g-NvJuqeeI, http://www.playvid.com/watch/S8yg7r6XGJP,
http://www.playvid.com/watch/k2JWrYECRY2, http://www.playvid.com/watch/XLoQbN7zELS, http://www.playvid.com/watch/7Z3UQGa2Nao,
http://www.playvid.com/watch/z6GiNhdjdPk, http://www.playvid.com/watch/6XilaQ0Ptbr, http://www.playvid.com/watch/mEGAOYBaXFT,
http://www.playvid.com/watch/GpvWQrCrDrI, http://www.playvid.com/watch/wCJn5NHE-fw, http://www.playvid.com/watch/Elt-3DukjpF,
http://www.playvid.com/watch/MxEjGo5t5G4, http://www.playvid.com/watch/vbChlGa2fFB, http://www.playvid.com/watch/c9OOY-srPFf,
http://www.playvid.com/watch/HNKw40toN5X, http://www.playvid.com/watch/fEoGMXMTtYo, http://www.playvid.com/watch/nNweGbENfZr,
http://www.playvid.com/watch/JXnMYeQc95e, http://www.playvid.com/watch/5ssQ6tj0gE7, http://www.playvid.com/watch/HE5XI9wb6Dg,
http://www.playvid.com/watch/3u4X4WEtTF2, http://www.playvid.com/watch/YFLvkTbxojd, http://www.playvid.com/watch/S0uXLFqNg7c,
http://www.playvid.com/watch/MjNm0E-Cpo2, http://www.playvid.com/watch/-imc4XpCi2n, http://www.playvid.com/watch/Z4a0r92vWZJ,
http://www.playvid.com/watch/aWjF49Mm5Mu, http://www.playvid.com/watch/7GZmH2giqsZ, http://www.playvid.com/watch/8KDT0ZogkYO,
http://www.playvid.com/watch/BWIJ8QXA2PW, http://www.playvid.com/watch/W3giQCJhewx, http://www.playvid.com/watch/PTWf8l7hQDU,
http://www.playvid.com/watch/MX48BrG0lsI, http://www.playvid.com/watch/6N9iMcJQiF5, http://www.playvid.com/watch/2NglGUTirBM,
http://www.playvid.com/watch/HlWqmBP0a0W, http://www.playvid.com/watch/eGqVCXYwtBK, http://www.playvid.com/watch/E487cIwYIXH,
http://www.playvid.com/watch/SL432HqjeMr, http://www.playvid.com/watch/-00n2JKP42D, http://www.playvid.com/watch/FJgSWBImADF,
http://www.playvid.com/watch/Dsyvb5oPyNu, http://www.playvid.com/watch/rOuofQCOiFk, http://www.playvid.com/watch/XAfRU03-0tC,
http://www.playvid.com/watch/BmwSyIEFauq, http://www.playvid.com/watch/ZqeLWZOyEMV, http://www.playvid.com/watch/ZG-iA7XpIRN,
http://www.playvid.com/watch/nGJCXtosc0l, http://www.playvid.com/watch/B8yqxfAYTCN, http://www.playvid.com/watch/W9gQ9SN00cV,
http://www.playvid.com/watch/xspndL9mF4A, http://www.playvid.com/watch/yi8N4tgBMZv, http://www.playvid.com/watch/dsSFPlILwmh,
http://www.playvid.com/watch/6bOczK8JeEa, http://www.playvid.com/watch/Np09NSuOymH, http://www.playvid.com/watch/QATqkdyWhf-,
http://www.playvid.com/watch/h0ir7K5CcjZ, http://www.playvid.com/watch/03oavyEReDm, http://www.playvid.com/watch/c0FljThPtEB,
http://www.playvid.com/watch/6YxYPoTgfs6, http://www.playvid.com/watch/syBKOdDHL2A, http://www.playvid.com/watch/LJypSUedcPj,
http://www.playvid.com/watch/MmQqGWVpmni, http://www.playvid.com/watch/fsnT9-Juaat, http://www.playvid.com/watch/QXg6h5o0kJb,
http://www.playvid.com/watch/dTyidrah4a8, http://www.playvid.com/watch/vq-rhlFuV6y, http://www.playvid.com/watch/h8IVMcl7TVM,
http://www.playvid.com/watch/IBCquDdcEmE, http://www.playvid.com/watch/LSuW0iKk43b, http://www.playvid.com/watch/2HWASjXOU3G,
http://www.playvid.com/watch/VPSWhLCc9Yg, http://www.playvid.com/watch/tYIM4BSwZ9G, http://www.playvid.com/watch/-SEWCrQg2dD,
http://www.playvid.com/watch/bxdKc-yHfpT, http://www.playvid.com/watch/SaNIl7F4fcd, http://www.playvid.com/watch/SnVdQt26YI5,
http://www.playvid.com/watch/XOt8JSKd2of, http://www.playvid.com/watch/RjwScOfPRu4, http://www.playvid.com/watch/u5uNYUIIXiu,
http://www.playvid.com/watch/6UpghW8RWSa, http://www.playvid.com/watch/UHZnwolImIW, http://www.playvid.com/watch/IYfqegD08Oy,
http://www.playvid.com/watch/zbsQk5UBrlF, http://www.playvid.com/watch/R4G5iDScNjI, http://www.playvid.com/watch/UOhz3asiavb,
http://www.playvid.com/watch/a5FB3E-2aoC, http://www.playvid.com/watch/58YBw3VaaU9, http://www.playvid.com/watch/C5Yc2XgUP06,
http://www.playvid.com/watch/VoJ3Axzmaj0, http://www.playvid.com/watch/qUNgzlWhxAD, http://www.playvid.com/watch/laQ6PKYT49D,
http://www.playvid.com/watch/kSu5n7Hw0lA, http://www.playvid.com/watch/8yn5Dg9uJSd, http://www.playvid.com/watch/e222UUPHLvx,
http://www.playvid.com/watch/XeN0RMnbu5k, http://www.playvid.com/watch/upFpTUEzj7n, http://www.playvid.com/watch/3hsVrCZcNBG,
http://www.playvid.com/watch/9YkMD5TnDyv, http://www.playvid.com/watch/If6T2VPwfdf, http://www.playvid.com/watch/lsMzUIVWpo0,
http://www.playvid.com/watch/V2M5PyjCF89, http://www.playvid.com/watch/bGJ7LGLduGb, http://www.playvid.com/watch/tWNL7BaCKtx,
http://www.playvid.com/watch/P86ltdCJeQA, http://www.playvid.com/watch/Hhyz-qjT6Qv, http://www.playvid.com/watch/QJn9W5XHkEe,
http://www.playvid.com/watch/SQ5Rk-EMTGB, http://www.playvid.com/watch/KgGFLFi7pSM, http://www.playvid.com/watch/nvsCQKtRoa2,
http://www.playvid.com/watch/klSdHnTZhiR, http://www.playvid.com/watch/ypKVzNydNdM, http://www.playvid.com/watch/xKN3oWPvU5J,
http://www.playvid.com/watch/yx0N2aFZAg0, http://www.playvid.com/watch/IqsDrwAPXep, http://www.playvid.com/watch/HoDJS6VtggN,
http://www.playvid.com/watch/UqLw0z-lQtU, http://www.playvid.com/watch/ojCElnMZYqu, http://www.playvid.com/watch/ImFOB5OjfCs,
http://www.playvid.com/watch/Gv3g-vRs2FF, http://www.playvid.com/watch/3YUrE-72Six, http://www.playvid.com/watch/HDCZn8CPUAQ,
http://www.playvid.com/watch/Ib9C9YhWKGQ, http://www.playvid.com/watch/a5F00Rg6QTx, http://www.playvid.com/watch/fDbbaUgNbyl,
http://www.playvid.com/watch/osMZ0bs6jaP, http://www.playvid.com/watch/adTYW64vlei, http://www.playvid.com/watch/tSwdmXrtwvA,
http://www.playvid.com/watch/qOEjsEQb2IX, http://www.playvid.com/watch/vf7V6dPKg2e, http://www.playvid.com/watch/ft7cyeywHm8,
http://www.playvid.com/watch/6RrWoQW4wvl, http://www.playvid.com/watch/IFBJwvlXDKZ, http://www.playvid.com/watch/VMral-XXLmt,
http://www.playvid.com/watch/4UgJ2sggWQZ, http://www.playvid.com/watch/5098DBZWsnX, http://www.playvid.com/watch/lHBgxCfGIpp,
http://www.playvid.com/watch/6Ti8IHpkTRu, http://www.playvid.com/watch/PftDec8kO2m, http://www.playvid.com/watch/tTas0DpLf64,
http://www.playvid.com/watch/-qSe3iR7c-w, http://www.playvid.com/watch/9aWYgtxFdMg, http://www.playvid.com/watch/rLnWiEAfr4A,
http://www.playvid.com/watch/O8jqsrk3Unh, http://www.playvid.com/watch/w0VO2PMxVOA, http://www.playvid.com/watch/5cn6OrSg8Hl,
http://www.playvid.com/watch/b6N7W34X3rG, http://www.playvid.com/watch/S09PaiUemcx, http://www.playvid.com/watch/qcrgQLLrzu9,
http://www.playvid.com/watch/PtOBpWrv4Yh, http://www.playvid.com/watch/es0m3hSV5It, http://www.playvid.com/watch/jEuE7Zv2ZTt,
http://www.playvid.com/watch/54hS6A-Xr2y, http://www.playvid.com/watch/S69RNUWdXb-, http://www.playvid.com/watch/EndX9UPlA2T,
http://www.playvid.com/watch/WSZ4hcRNmM3, http://www.playvid.com/watch/Ek46b3akBGm, http://www.playvid.com/watch/GAvsbqMdXi-,
http://www.playvid.com/watch/rmNPmLPo05n, http://www.playvid.com/watch/mH8d2TnkKGT, http://www.playvid.com/watch/GRjk9VBrR9Q,
http://www.playvid.com/watch/KtGGNLEXGrm, http://www.playvid.com/watch/qXFCKtPEcA0, http://www.playvid.com/watch/IhrJIcjtCk5,
http://www.playvid.com/watch/FS89-E-y5DO, http://www.playvid.com/watch/25L0iS0VAOa, http://www.playvid.com/watch/vz3rx2ovlSX,
http://www.playvid.com/watch/QdmQfp8YUI8, http://www.playvid.com/watch/Gc70YzQ6T6E, http://www.playvid.com/watch/oghet8SyFwP,
http://www.playvid.com/watch/DfgmSWli7GE, http://www.playvid.com/watch/0MzOeJNbAjr, http://www.playvid.com/watch/fbVih3JqUYa,
http://www.playvid.com/watch/ZuLVT2duLig, http://www.playvid.com/watch/A2T8-dWhf-S, http://www.playvid.com/watch/dFmBDfCC-NZ,
http://www.playvid.com/watch/4RDV3qxpMCv, http://www.playvid.com/watch/OtS8dJmlbVj, http://www.playvid.com/watch/uDIRf6c66PH,
http://www.playvid.com/watch/qo8xJh5Kgqe, http://www.playvid.com/watch/lQqtREVIZo6, http://www.playvid.com/watch/5NDT39untkP,
http://www.playvid.com/watch/6bUrLyCPV3C, http://www.playvid.com/watch/SjLTMXmtxtC, http://www.playvid.com/watch/zGHUcpNPNXb,
http://www.playvid.com/watch/SDe3lPdw3cO, http://www.playvid.com/watch/P3tXpXFErvI, http://www.playvid.com/watch/cobTX6yADBV,
http://www.playvid.com/watch/EcVUk2gQzbT, http://www.playvid.com/watch/qG58YNWk7Gb, http://www.playvid.com/watch/Iab9gfKNLaV,
http://www.playvid.com/watch/Nottk8lajSd, http://www.playvid.com/watch/Om6u-R8m3-P, http://www.playvid.com/watch/WQAIJpgGa6z,
http://www.playvid.com/watch/n6zV0fdGWcl, http://www.playvid.com/watch/CfXPjfBKzBL, http://www.playvid.com/watch/KvEzmX7fXU6,
http://www.playvid.com/watch/eGSDcwOSu92, http://www.playvid.com/watch/aH9vyyietmz, http://www.playvid.com/watch/pNGgNmM4NlY,
http://www.playvid.com/watch/NRRJSEIrZZE, http://www.playvid.com/watch/p96wvYgtavJ, http://www.playvid.com/watch/MLL96rFuQSy,
http://www.playvid.com/watch/c62GLMIPYIw, http://www.playvid.com/watch/BBBD3UHSOQs, http://www.playvid.com/watch/SUYh60CtyV3,
http://www.playvid.com/watch/WYrQJoIxMS9, http://www.playvid.com/watch/JTvC82Cxbv0, http://www.playvid.com/watch/pYJhOypkgNu,
http://www.playvid.com/watch/5q4IdZe9ZUv, http://www.playvid.com/watch/D4k0tHZSF8F, http://www.playvid.com/watch/-QGaMPcZsth,
http://www.playvid.com/watch/MGI8ItTGhgI
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mickcarterus
5.b. Uploader's email address: mickcarterus@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mickcarterus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PG-mrrEG0kK, http://www.playvid.com/watch/KMqDbS4Jo4i,
http://www.playvid.com/watch/X00qVEwQQc0, http://www.playvid.com/watch/ih9yxoEmSgy, http://www.playvid.com/watch/5twzcOAyOzW,
http://www.playvid.com/watch/bbtAEFzKXhR, http://www.playvid.com/watch/cNiWi5OY_f7, http://www.playvid.com/watch/KFjwc9xaov2,
http://www.playvid.com/watch/32c1EqKhedM, http://www.playvid.com/watch/gZqdsONy5VE, http://www.playvid.com/watch/tsxPpYBdnne,
http://www.playvid.com/watch/7ZkxV8Bb1sk, http://www.playvid.com/watch/QXr8kdj8Y-b, http://www.playvid.com/watch/XIIhypn9oou,
http://www.playvid.com/watch/WuxcwfqlARJ, http://www.playvid.com/watch/xOFy4WEpK5W, http://www.playvid.com/watch/iyAwZH1wXjb,
http://www.playvid.com/watch/tXerU9I2LFm, http://www.playvid.com/watch/f1RWrGGeQuK, http://www.playvid.com/watch/2oax3vkg5v7,
http://www.playvid.com/watch/Ix93N2jB_xq, http://www.playvid.com/watch/2veFRhismvG, http://www.playvid.com/watch/jbDf3fJnHQj,
http://www.playvid.com/watch/pRe6vnCu1oH, http://www.playvid.com/watch/ABZuJtCjyyP, http://www.playvid.com/watch/ZLp-s98anxS,
http://www.playvid.com/watch/Yp2osg3vTlf, http://www.playvid.com/watch/aOL98wtn3y2, http://www.playvid.com/watch/TRHMBDup3aZ,
http://www.playvid.com/watch/0_j6WUSNrak, http://www.playvid.com/watch/ZS7jItQgX5f, http://www.playvid.com/watch/q49SgG28Pc9,
http://www.playvid.com/watch/RyOmsG3BpQ3, http://www.playvid.com/watch/xiP_ND9Vp78, http://www.playvid.com/watch/eB_Z6xqXPVo,
http://www.playvid.com/watch/Zh27Zo1_B5i, http://www.playvid.com/watch/zu3T6GGxdlc, http://www.playvid.com/watch/Ea8Hh-ZjNKo,
http://www.playvid.com/watch/ejvJAjxb79K, http://www.playvid.com/watch/0Q30iyNELvL, http://www.playvid.com/watch/W2yRau6NLPA,
http://www.playvid.com/watch/RJwKuIYe0OY, http://www.playvid.com/watch/0hP9RKOjY4M, http://www.playvid.com/watch/uBX8L5UrKT7,

http://www.playvid.com/watch/5RXhKWn4VXB, http://www.playvid.com/watch/cBhSoS5igJp, http://www.playvid.com/watch/z-1PkU3D5ms,
http://www.playvid.com/watch/cROkQdYVj2b, http://www.playvid.com/watch/Tzn_8swy0m9, http://www.playvid.com/watch/PGV6fVbgLKV,
http://www.playvid.com/watch/NkBEnQkmUQz, http://www.playvid.com/watch/b93aY6JKI3E, http://www.playvid.com/watch/xNpLVVvd9j2,
http://www.playvid.com/watch/wUYDEu3icgX, http://www.playvid.com/watch/Mp8_gInzDTF, http://www.playvid.com/watch/hse6nq51Kvm,
http://www.playvid.com/watch/DnIgNDvNuN8, http://www.playvid.com/watch/cs-MlUo9ygL, http://www.playvid.com/watch/FNoCV-AlxjR,
http://www.playvid.com/watch/9HLdEmLxLbu, http://www.playvid.com/watch/4FWj6qyBETf, http://www.playvid.com/watch/DPn9kYZLLei,
http://www.playvid.com/watch/7Xzzr3s67qv, http://www.playvid.com/watch/ldFr80fhARw, http://www.playvid.com/watch/TM-nJIc5iNP,
http://www.playvid.com/watch/Leno87w37ir, http://www.playvid.com/watch/Poj0YnEanhr, http://www.playvid.com/watch/QUcFFBHPQH4,
http://www.playvid.com/watch/vqrsdZDnb-N, http://www.playvid.com/watch/LOOzvO1VJSt, http://www.playvid.com/watch/5S9synPgUZN,
http://www.playvid.com/watch/f_ko7Q3qYQo, http://www.playvid.com/watch/ILkuynS_ig6, http://www.playvid.com/watch/MdqmfBKshPn,
http://www.playvid.com/watch/wC-N_M-ynBW, http://www.playvid.com/watch/GqhbjNc2-I7, http://www.playvid.com/watch/94BkEb62wFO,
http://www.playvid.com/watch/8Ou-OoWZ6tJ, http://www.playvid.com/watch/2jeFSEfKOUe, http://www.playvid.com/watch/Z026GcrPvGd,
http://www.playvid.com/watch/tLuN5MbalnB, http://www.playvid.com/watch/GBa3mi3Ec1R, http://www.playvid.com/watch/7gResMnzZlm,
http://www.playvid.com/watch/5JZPSeNzEgW, http://www.playvid.com/watch/myr-gBj4lMp, http://www.playvid.com/watch/gu4V-X20CVZ,
http://www.playvid.com/watch/TUlgNykX8Wc, http://www.playvid.com/watch/UrvU6jj9aD3, http://www.playvid.com/watch/AK9FpWW1MIs,
http://www.playvid.com/watch/RjREaUUrK7a, http://www.playvid.com/watch/yabaTFAnDAV, http://www.playvid.com/watch/0D0cPeeEZsZ,
http://www.playvid.com/watch/YiGCCT4ll4O, http://www.playvid.com/watch/2tSLCqCm8VN, http://www.playvid.com/watch/EZJO0r0mwBh,
http://www.playvid.com/watch/2Ez1y5ocv0O, http://www.playvid.com/watch/KWnhzVJvin7, http://www.playvid.com/watch/zfuo20gzDi0,
http://www.playvid.com/watch/pAqz6_VMb7l, http://www.playvid.com/watch/QM2IqQxJj0B, http://www.playvid.com/watch/0VCVVqm8sXC,
http://www.playvid.com/watch/3M3Pk3CSRiW, http://www.playvid.com/watch/NNqikU7JupD, http://www.playvid.com/watch/2nkqmCjNaIZ,
http://www.playvid.com/watch/WP5S9jZnG7k, http://www.playvid.com/watch/j8vqnUk4eyz, http://www.playvid.com/watch/OwKII-Yjg2y,
http://www.playvid.com/watch/autTydrVrRU, http://www.playvid.com/watch/m455wHWJsis, http://www.playvid.com/watch/nA7tQLCTrci,
http://www.playvid.com/watch/6a3GRwKEWPQ, http://www.playvid.com/watch/qzdVfJb9wuN, http://www.playvid.com/watch/aDFMIDGXWhH,
http://www.playvid.com/watch/9YDRCIEcII9, http://www.playvid.com/watch/oXVhLVtiJhk, http://www.playvid.com/watch/3fcrxnKKKck,
http://www.playvid.com/watch/NIwyvOdvax4, http://www.playvid.com/watch/CndqlIKnzWK, http://www.playvid.com/watch/N4NvO0HlrIv,
http://www.playvid.com/watch/vDwIWwZEh9t, http://www.playvid.com/watch/zYnHIJJjILc, http://www.playvid.com/watch/a_Sdi8h5cSv,
http://www.playvid.com/watch/UCj9mJhiDC7, http://www.playvid.com/watch/yFT2bmMfLwt, http://www.playvid.com/watch/3lQBgQwEgXg,
http://www.playvid.com/watch/MuylOsMHD7W, http://www.playvid.com/watch/aCM-XqYsyeV, http://www.playvid.com/watch/k3YhYBZYPxf,
http://www.playvid.com/watch/pJ_brH5qdDt, http://www.playvid.com/watch/pSnRQjhkonO, http://www.playvid.com/watch/7E3PAn-1mdI,
http://www.playvid.com/watch/hZ6ghswWz6G, http://www.playvid.com/watch/v1icoUz7ZY8, http://www.playvid.com/watch/s9KwUepib4A,
http://www.playvid.com/watch/oVknmAWo1eK, http://www.playvid.com/watch/03ZQEyCs009, http://www.playvid.com/watch/NRK9PJoMrE4,
http://www.playvid.com/watch/z2qgfbb6cDG, http://www.playvid.com/watch/26gH_ICB66q, http://www.playvid.com/watch/3zhFD0heFEP,
http://www.playvid.com/watch/dyqPmLneQjJ, http://www.playvid.com/watch/nboi4OkEL4p, http://www.playvid.com/watch/dLh88O0_x_k,
http://www.playvid.com/watch/fpgfNj1-aFw, http://www.playvid.com/watch/SUBjXPd3py0, http://www.playvid.com/watch/usXbXm9VBND,
http://www.playvid.com/watch/vss4R8oSe0w, http://www.playvid.com/watch/dTVFMi_Ciw6, http://www.playvid.com/watch/nomYQAfvvet,
http://www.playvid.com/watch/f0C9Bv6Dnu0, http://www.playvid.com/watch/KnSWWjYSdSo, http://www.playvid.com/watch/FDumfCFV3cj,
http://www.playvid.com/watch/74LnFkjp00g, http://www.playvid.com/watch/ud_UGMKeaTO, http://www.playvid.com/watch/tBgsIiDG7QP,
http://www.playvid.com/watch/OltWf5Irpxb, http://www.playvid.com/watch/ke3LkzPUlNr, http://www.playvid.com/watch/S6S11iKpyy6,
http://www.playvid.com/watch/ozfuTnsL2FX, http://www.playvid.com/watch/225rzQlI09f, http://www.playvid.com/watch/GIIBOLp5vHa,
http://www.playvid.com/watch/K9QzuVaSu7L, http://www.playvid.com/watch/J-hzyQfyjF9, http://www.playvid.com/watch/BLqzKwnTbSB,
http://www.playvid.com/watch/WW9NqvcQk3Z, http://www.playvid.com/watch/4pvLnt8IgeV, http://www.playvid.com/watch/qWF44H28-0j,
http://www.playvid.com/watch/hmu3aBpkpPO, http://www.playvid.com/watch/kCVcrIY_2BM, http://www.playvid.com/watch/OCOnSF5b1eR,
http://www.playvid.com/watch/s8_HJS1js72, http://www.playvid.com/watch/MolJCcCpoeT, http://www.playvid.com/watch/X8f32-_bmxU,
http://www.playvid.com/watch/HljO-N8hZxm, http://www.playvid.com/watch/scKHCRDhaBe, http://www.playvid.com/watch/7JIKiVyqP9m,
http://www.playvid.com/watch/PRd24PtvMmJ, http://www.playvid.com/watch/0VC8vUza6Fv, http://www.playvid.com/watch/JBxvBC_Wh4P,
http://www.playvid.com/watch/4mph4kRNRye, http://www.playvid.com/watch/n2legepLwMT, http://www.playvid.com/watch/AJ08fXGzRo3,
http://www.playvid.com/watch/G829R-Z855o, http://www.playvid.com/watch/9mKxsV0JL2w, http://www.playvid.com/watch/eCgGkFS7UWW,
http://www.playvid.com/watch/T4bug4ENC4Z, http://www.playvid.com/watch/QIuMSCZL8Lu, http://www.playvid.com/watch/lx5U5pG1J2p,
http://www.playvid.com/watch/HXMo5eN5OW6, http://www.playvid.com/watch/61VP84SBjqn, http://www.playvid.com/watch/BZI1nrKJsVg,
http://www.playvid.com/watch/CpHYqkP9H6s, http://www.playvid.com/watch/Gjy-oAI9imr, http://www.playvid.com/watch/l-SvScyBiJZ,
http://www.playvid.com/watch/MIQlwVQHuyX, http://www.playvid.com/watch/aiLcp-NUiQB, http://www.playvid.com/watch/NBqi4M_rSr5,
http://www.playvid.com/watch/kK1Cdf_9TQH, http://www.playvid.com/watch/PB0EMe3_VIS, http://www.playvid.com/watch/JhOx6a7-sGw,
http://www.playvid.com/watch/rUMEr2gipdQ, http://www.playvid.com/watch/TKlxEZtDx9z, http://www.playvid.com/watch/UoaJ8hz2x6l,
http://www.playvid.com/watch/pHNBRAxzgXu, http://www.playvid.com/watch/pgpNNrAJ4Pc, http://www.playvid.com/watch/yWJKnDzBHSo,
http://www.playvid.com/watch/nJgIOOxuxyk, http://www.playvid.com/watch/MA4ZEo90eOw, http://www.playvid.com/watch/2aSbRnJvCmq,
http://www.playvid.com/watch/rr6hhh3cyEM, http://www.playvid.com/watch/LMe7sUHHd5G, http://www.playvid.com/watch/gHQx45D1gmS,
http://www.playvid.com/watch/yyyg4B2q1ZJ, http://www.playvid.com/watch/vCWGDLcifbS, http://www.playvid.com/watch/oEd3vVEmc1A,
http://www.playvid.com/watch/ijN_MMonJam, http://www.playvid.com/watch/4F3yg48_t1w, http://www.playvid.com/watch/gxYnucgIv9t,
http://www.playvid.com/watch/dwIPPU2Xccb, http://www.playvid.com/watch/KGTLbz6eZcm, http://www.playvid.com/watch/znDOyXcqQIL,
http://www.playvid.com/watch/hu8zT1BJtJL, http://www.playvid.com/watch/rHtZkeZM1Sc, http://www.playvid.com/watch/yLVBjn1nq-h,
http://www.playvid.com/watch/fkRKo-Yojkw, http://www.playvid.com/watch/fgaXA5uTqAa, http://www.playvid.com/watch/gjduw2ONLkp,
http://www.playvid.com/watch/Wc3gi8ZqISv, http://www.playvid.com/watch/56FOeeuZItU, http://www.playvid.com/watch/AgeiW1iNPCl,
http://www.playvid.com/watch/U1Ta1jenBW6, http://www.playvid.com/watch/qq5PiFTsRRB, http://www.playvid.com/watch/7RkvocOOgEk,
http://www.playvid.com/watch/L39v1JCu5-7, http://www.playvid.com/watch/b0gOBkiO3U8, http://www.playvid.com/watch/NNfFV830mVA,
http://www.playvid.com/watch/s-bQ3KxrX9t, http://www.playvid.com/watch/O2pQsr6ioOm, http://www.playvid.com/watch/b_HiXDtacLj,
http://www.playvid.com/watch/pG3HrMMM7ot, http://www.playvid.com/watch/QlVWb9nWvgU, http://www.playvid.com/watch/JFh_v_PbITv,
http://www.playvid.com/watch/WVoWelxRS3O, http://www.playvid.com/watch/y0nuHFVA6MY, http://www.playvid.com/watch/ECJ_lbG_G-O,
http://www.playvid.com/watch/fVjliBqAyLq, http://www.playvid.com/watch/pnnuTqfM6RE, http://www.playvid.com/watch/QAlkBAWrKXO,
http://www.playvid.com/watch/pUZzvNQfZj4, http://www.playvid.com/watch/BpKD-I17-eJ, http://www.playvid.com/watch/uOorouxWQB,
http://www.playvid.com/watch/pcDjj_xTSB5, http://www.playvid.com/watch/cFSvvsMt1zg, http://www.playvid.com/watch/B-NYPHzcfGU,
http://www.playvid.com/watch/v5YF3_G97xd, http://www.playvid.com/watch/z52XqmcB_Ba, http://www.playvid.com/watch/Nt_WR1_err8,
http://www.playvid.com/watch/VByNvW3pTyc, http://www.playvid.com/watch/xtrqHVdWEyj, http://www.playvid.com/watch/0vXSn4TMPYi,
http://www.playvid.com/watch/o705EUbXQpn, http://www.playvid.com/watch/ijPIEvzwb4d, http://www.playvid.com/watch/r7W-m8WebDK,
http://www.playvid.com/watch/Q3O3uup9gAj, http://www.playvid.com/watch/sCVWVJhv_Il, http://www.playvid.com/watch/duGJNtPU2gC,
http://www.playvid.com/watch/R5e8vdiY_XO, http://www.playvid.com/watch/O7h7OmO7CQq, http://www.playvid.com/watch/Ne3fsllk5nB,
http://www.playvid.com/watch/yWeGr0-DyzT, http://www.playvid.com/watch/QQNqZPF-jrh, http://www.playvid.com/watch/ziDqEVRW1MQ,
http://www.playvid.com/watch/i9uYgdaj87X, http://www.playvid.com/watch/Uz3jpQD32HS, http://www.playvid.com/watch/C0pdv-1esk6,
http://www.playvid.com/watch/CThEYljDXow, http://www.playvid.com/watch/uMqYstzUX-2, http://www.playvid.com/watch/KHptLrsdzhC,
http://www.playvid.com/watch/Q2TkNYbafKf, http://www.playvid.com/watch/AQ3mn296p7K, http://www.playvid.com/watch/rYKvC-4PWK2,
http://www.playvid.com/watch/VSjPytwEM9e, http://www.playvid.com/watch/kGAdtknz-qt, http://www.playvid.com/watch/ve-ldcnOms6,
http://www.playvid.com/watch/B2cPo-p7Ub7, http://www.playvid.com/watch/CUhnjBpshRQ, http://www.playvid.com/watch/HpOMVyr3ede,
http://www.playvid.com/watch/VIkXex2l4Ed, http://www.playvid.com/watch/mMPMv4FJ0BP, http://www.playvid.com/watch/Hl9IYM3PRfQ,
http://www.playvid.com/watch/xWm7f23x2TK, http://www.playvid.com/watch/dR5_GlLiCjA, http://www.playvid.com/watch/MI40EZcavx9,
http://www.playvid.com/watch/8fhnyhqhz4g, http://www.playvid.com/watch/vpP548gOnOf, http://www.playvid.com/watch/MIc4-EkEnHz,
http://www.playvid.com/watch/UNo5oB2cg2M, http://www.playvid.com/watch/SVZyb8qyhrM, http://www.playvid.com/watch/HoEQnfug3FN,
http://www.playvid.com/watch/hmQ_FqBGosi, http://www.playvid.com/watch/c-x6YhVVVSe, http://www.playvid.com/watch/skD_ChGaByS,
http://www.playvid.com/watch/zusXyTzkB9f, http://www.playvid.com/watch/SYeXhCQUDuc, http://www.playvid.com/watch/bWSYx2InujE,
http://www.playvid.com/watch/y2uB9r5hrRO, http://www.playvid.com/watch/AY5oevg9ijq, http://www.playvid.com/watch/MCaOcwTHdhZ,
http://www.playvid.com/watch/QrF1Vv7LFoo, http://www.playvid.com/watch/JNqPxyxig2c, http://www.playvid.com/watch/D-dU5030Hgy,
http://www.playvid.com/watch/JOa9d2ymdv7, http://www.playvid.com/watch/8-AAUHVyjZt, http://www.playvid.com/watch/LTeaw8yHl3Q,
http://www.playvid.com/watch/fRG1-5nd1hL, http://www.playvid.com/watch/PGRz0tOW5_o, http://www.playvid.com/watch/qFpxZi9EPcU,
http://www.playvid.com/watch/W_1zSTQ8uao, http://www.playvid.com/watch/sGQx7Csb70X, http://www.playvid.com/watch/iVVfm3-QlZN,
http://www.playvid.com/watch/txE4KSoT_8z, http://www.playvid.com/watch/5ZirGFquWki, http://www.playvid.com/watch/SZL8USsjeJ7,
http://www.playvid.com/watch/36lCeuTZxnT, http://www.playvid.com/watch/rJTJe3aXwY2, http://www.playvid.com/watch/iRRNX7qUYeC,
http://www.playvid.com/watch/x1XXqXQjSxp, http://www.playvid.com/watch/zKrRSJug0uT, http://www.playvid.com/watch/tPFq4XsiiDN,
http://www.playvid.com/watch/R1_eMRvwISE, http://www.playvid.com/watch/ChmDxHhUaVl, http://www.playvid.com/watch/vY-FDCQQ3Hl,

http://www.playvid.com/watch/GIpF2aSGdv4, http://www.playvid.com/watch/B-mbtOneCeT, http://www.playvid.com/watch/T7CAvj6LpAz,
http://www.playvid.com/watch/F4OqBG8PRYO, http://www.playvid.com/watch/j4XKGpliDWI, http://www.playvid.com/watch/SqVIriGaq1k,
http://www.playvid.com/watch/8HI5_ulLB3I, http://www.playvid.com/watch/7ri7vi0hApc, http://www.playvid.com/watch/axR3L5JDSP2,
http://www.playvid.com/watch/kwMxWL6GwC9, http://www.playvid.com/watch/SWwn50-cALw, http://www.playvid.com/watch/h68zZffn70U,
http://www.playvid.com/watch/YzDKTsJIw50, http://www.playvid.com/watch/X7FB891rgYR, http://www.playvid.com/watch/UB7hrwwF8Fz,
http://www.playvid.com/watch/OLva99Ch9me, http://www.playvid.com/watch/MYEMmyTd6fb, http://www.playvid.com/watch/5PgVwKy18HY,
http://www.playvid.com/watch/x2BmBXT_AbA, http://www.playvid.com/watch/RhwF0luE812, http://www.playvid.com/watch/zg3jTr1sOa0,
http://www.playvid.com/watch/ZTa2uSpF_mh, http://www.playvid.com/watch/liqT3MYl9LX, http://www.playvid.com/watch/xnaps4i5Jvr,
http://www.playvid.com/watch/CZP1icM9L3L, http://www.playvid.com/watch/aKFE3pGEqO6, http://www.playvid.com/watch/eLQapIgLj1x,
http://www.playvid.com/watch/n7hZZ-eKIDR, http://www.playvid.com/watch/HO3u8J_u8C4, http://www.playvid.com/watch/8xc6pbGTBQR,
http://www.playvid.com/watch/Wk32xIdDbdM, http://www.playvid.com/watch/3HZ1hESmBnb, http://www.playvid.com/watch/kxtPsQEi3g9,
http://www.playvid.com/watch/d68XmdThT3Y, http://www.playvid.com/watch/n2Nj3SHb2WG, http://www.playvid.com/watch/XEuP-HKkSdS,
http://www.playvid.com/watch/6UsGUPRSFOa, http://www.playvid.com/watch/fITTkICU0cZ, http://www.playvid.com/watch/wPBB7f-qDby,
http://www.playvid.com/watch/ki2sIQMXUGt, http://www.playvid.com/watch/xDRBCE7BYfb, http://www.playvid.com/watch/sb5aDKOhbcc,
http://www.playvid.com/watch/BBL1PDHPSuq, http://www.playvid.com/watch/scg6rcYxp5P, http://www.playvid.com/watch/4-rHhrMHgl7,
http://www.playvid.com/watch/DtMR4rvmfYs, http://www.playvid.com/watch/4aY5_VwN3B7, http://www.playvid.com/watch/mGeZ4MZOkSd,
http://www.playvid.com/watch/CrV80Wc5uxr, http://www.playvid.com/watch/OL78bg8hVW7, http://www.playvid.com/watch/6Xd2mRpNj7K,
http://www.playvid.com/watch/KLpxYZ177g7, http://www.playvid.com/watch/atgn7ijVZfT, http://www.playvid.com/watch/ZTqetiMZjK5,
http://www.playvid.com/watch/ZOIQh0OLbsW, http://www.playvid.com/watch/RsNwGyYDB8O, http://www.playvid.com/watch/kNk3h1HikVT,
http://www.playvid.com/watch/aDxethGe-eG, http://www.playvid.com/watch/SWb1m7QBeVQ, http://www.playvid.com/watch/dYBqIpYdUzx,
http://www.playvid.com/watch/Aa-iTXe9qEK, http://www.playvid.com/watch/SFMin3Igr9B, http://www.playvid.com/watch/A0ucXWROqt5,
http://www.playvid.com/watch/4QwZYtWYCPd, http://www.playvid.com/watch/6fA2cTsIh1u, http://www.playvid.com/watch/FzULoAjPqDJ,
http://www.playvid.com/watch/AshZrpXjwoO, http://www.playvid.com/watch/LPmA6PwUICJ, http://www.playvid.com/watch/9NPbPYK7P9i,
http://www.playvid.com/watch/PYLE1oR6-dv, http://www.playvid.com/watch/CNG_4I570_8, http://www.playvid.com/watch/UevJJKscfq9,
http://www.playvid.com/watch/7iKiwBoB3NG, http://www.playvid.com/watch/kNLL9Y5_OKt, http://www.playvid.com/watch/jx9ZYDU_tbk,
http://www.playvid.com/watch/hmAbYZ9cBtM, http://www.playvid.com/watch/wULqCtEkHpB, http://www.playvid.com/watch/QpST3GPCDHG,
http://www.playvid.com/watch/wUgLR_5Xkuj, http://www.playvid.com/watch/FKmVYlTmDsr, http://www.playvid.com/watch/cEFmbTpaoSj,
http://www.playvid.com/watch/PkgSy95axwB, http://www.playvid.com/watch/tN5Ya6B8hJl, http://www.playvid.com/watch/H8N6CkvAGzR,
http://www.playvid.com/watch/9HKaJRz7g0P, http://www.playvid.com/watch/DcofhiIwQas, http://www.playvid.com/watch/xfOtrFaBIOb,
http://www.playvid.com/watch/VsnSTFbzWi5, http://www.playvid.com/watch/5frJ88dJsgN, http://www.playvid.com/watch/saM_4YaPKpG,
http://www.playvid.com/watch/Bkauzrl6BnH, http://www.playvid.com/watch/StVCcuw-cmG, http://www.playvid.com/watch/bdKL5tc49pa,
http://www.playvid.com/watch/6uiaUCFphep, http://www.playvid.com/watch/7WbdT2p63jL, http://www.playvid.com/watch/3u6UCVMX1ZI,
http://www.playvid.com/watch/j53CJA9J5V8, http://www.playvid.com/watch/7gWDzd6-XCH, http://www.playvid.com/watch/ddl5aynLk4P,
http://www.playvid.com/watch/v5AWReZy098, http://www.playvid.com/watch/EDplJy5s0cw, http://www.playvid.com/watch/b4XKtL4daqs,
http://www.playvid.com/watch/qQOR4D4XPXY, http://www.playvid.com/watch/UlVfXLg6Fm3, http://www.playvid.com/watch/tUvEDtpNwRs,
http://www.playvid.com/watch/b0Mq2Aie_9O, http://www.playvid.com/watch/oP2CvCqVPrC, http://www.playvid.com/watch/W_n67_22r8O,
http://www.playvid.com/watch/V8OlbGmVdPg, http://www.playvid.com/watch/fNQaUDF58GI, http://www.playvid.com/watch/pZKhG8XDKuW,
http://www.playvid.com/watch/fcTqS1rc7AD, http://www.playvid.com/watch/L7qSGJE-9U0, http://www.playvid.com/watch/H7ubZBsz4nW,
http://www.playvid.com/watch/tvYHGrQIJ_g, http://www.playvid.com/watch/pvhUUq2MYLf, http://www.playvid.com/watch/xAJrabx7-gl,
http://www.playvid.com/watch/Wdw_7mrZydZ, http://www.playvid.com/watch/WNGq-XSY3C7, http://www.playvid.com/watch/7NSPC3aCOUV,
http://www.playvid.com/watch/KzuZEj-oOMX, http://www.playvid.com/watch/Qbia6UbgMEY, http://www.playvid.com/watch/aO5LVSn6DK2,
http://www.playvid.com/watch/f7B-Gu_XVOt, http://www.playvid.com/watch/yeaIlkBIo38, http://www.playvid.com/watch/AsxnXD1nF1W,
http://www.playvid.com/watch/24X0KvkxyfI, http://www.playvid.com/watch/Esr6zXwS0eG, http://www.playvid.com/watch/oGmNmmkzwKX,
http://www.playvid.com/watch/kYjyzxSBR4G, http://www.playvid.com/watch/TpOO-U_a0w6, http://www.playvid.com/watch/sTJnQ3j2by3,
http://www.playvid.com/watch/zp5hubf_qFz, http://www.playvid.com/watch/NfMpCBTS0Jn, http://www.playvid.com/watch/EPekcQpuswr,
http://www.playvid.com/watch/TIJv6ek2keo, http://www.playvid.com/watch/z7WuoDEIzP9, http://www.playvid.com/watch/u19SDYFZ_kr,
http://www.playvid.com/watch/vWdr03L8RDn, http://www.playvid.com/watch/X0w5c8qcuRj, http://www.playvid.com/watch/0pAso1GbzSg,
http://www.playvid.com/watch/vj5QKllb9zQ, http://www.playvid.com/watch/Uv3qHB9vNap, http://www.playvid.com/watch/Htah_CW1pcu,
http://www.playvid.com/watch/Aii7uKtpvJL, http://www.playvid.com/watch/RMHZaX3oDOh, http://www.playvid.com/watch/Pa_TyoUsEHr,
http://www.playvid.com/watch/cQccsMMDVOC, http://www.playvid.com/watch/427B0R9ciS8, http://www.playvid.com/watch/76WfdtlXrtl,
http://www.playvid.com/watch/8_OhJb_AM8D, http://www.playvid.com/watch/knAd5TQRupP, http://www.playvid.com/watch/ZIfLOcjaTFp,
http://www.playvid.com/watch/2_GWAe4LjXV, http://www.playvid.com/watch/S4dP8MV1Ibx, http://www.playvid.com/watch/erxIywmwPtE,
http://www.playvid.com/watch/fNKHcfYlkD6, http://www.playvid.com/watch/AHA2ww1rwP2, http://www.playvid.com/watch/JQrP5Uz7dMB,
http://www.playvid.com/watch/kkEaWaVWtPo, http://www.playvid.com/watch/VVBkohu4XBl, http://www.playvid.com/watch/3SUWI6tOy24,
http://www.playvid.com/watch/OqUrp9IQuXY, http://www.playvid.com/watch/80Mka1_8_za, http://www.playvid.com/watch/LHvQTieEmme,
http://www.playvid.com/watch/qeOefgcF5IW, http://www.playvid.com/watch/c-ecYo1ueNT, http://www.playvid.com/watch/BwcE55NPyNe,
http://www.playvid.com/watch/0Mr1RFEJIKV, http://www.playvid.com/watch/abNTYmf1HEQ, http://www.playvid.com/watch/VMtRjxjtQSs,
http://www.playvid.com/watch/RSZC39ZQuqN, http://www.playvid.com/watch/PJIUveewiFQ, http://www.playvid.com/watch/Vio0gAKyYUj,
http://www.playvid.com/watch/DN5ZxHPVgVJ, http://www.playvid.com/watch/E4w84TCw-eM, http://www.playvid.com/watch/3KrbDGV3TyI,
http://www.playvid.com/watch/6umM5pgu5IO, http://www.playvid.com/watch/zp8FDQVU9BB, http://www.playvid.com/watch/eP5QFGwQkX6,
http://www.playvid.com/watch/Hv9la873btw, http://www.playvid.com/watch/A20PljRIcGz, http://www.playvid.com/watch/Pq88iUgMM75,
http://www.playvid.com/watch/IlQqapigHU5, http://www.playvid.com/watch/nt_f1ROCybq, http://www.playvid.com/watch/8W4vWMPvT4X,
http://www.playvid.com/watch/36M-Gr8ht5h, http://www.playvid.com/watch/o8rlSLFmV4R, http://www.playvid.com/watch/CtBn5utENtu,
http://www.playvid.com/watch/S-8TdAfY1xa, http://www.playvid.com/watch/ZmeCQwUDuCm, http://www.playvid.com/watch/wvXma-ghM7D,
http://www.playvid.com/watch/m0n2By3d0Ju, http://www.playvid.com/watch/h71TZEXJvWS, http://www.playvid.com/watch/khHppw7BORj,
http://www.playvid.com/watch/z56BDIaejb8, http://www.playvid.com/watch/eotlenuKtrh, http://www.playvid.com/watch/YS8J__ydQX8,
http://www.playvid.com/watch/LMKSZWtoFLk, http://www.playvid.com/watch/rFCzsYj--Qa, http://www.playvid.com/watch/JtDU0rnEZgJ,
http://www.playvid.com/watch/nyrEVpN8S0y, http://www.playvid.com/watch/QKGg5AgB_W3, http://www.playvid.com/watch/O9dkBxG3Lwf,
http://www.playvid.com/watch/gEjhE5Mt9CO, http://www.playvid.com/watch/7TkR3BaF_VF, http://www.playvid.com/watch/yMDIcolL5Pg,
http://www.playvid.com/watch/JrwhErnFj5q, http://www.playvid.com/watch/4eJMdnUng0w, http://www.playvid.com/watch/yl-JMm32ZXB,
http://www.playvid.com/watch/Sca-RkFOpQd, http://www.playvid.com/watch/V18PKQ4t9yb, http://www.playvid.com/watch/5AASy6LP6XJ,
http://www.playvid.com/watch/coeRsbKMaKI, http://www.playvid.com/watch/zv9YH6LEWv9, http://www.playvid.com/watch/WJNr4S7FqUh,
http://www.playvid.com/watch/9whmK01MOLG, http://www.playvid.com/watch/aticoqK_R5s, http://www.playvid.com/watch/uznNtLUAFGT,
http://www.playvid.com/watch/0BwNN5MLQZx, http://www.playvid.com/watch/wRTmK9YGMbW, http://www.playvid.com/watch/s6KQ5Lj7hd6,
http://www.playvid.com/watch/Hd85JPODWiy, http://www.playvid.com/watch/uJ1X-uG5zEM, http://www.playvid.com/watch/AU8FmtK1oaT,
http://www.playvid.com/watch/blqA62M4hqv, http://www.playvid.com/watch/k10DvP0dcU5, http://www.playvid.com/watch/aPudBtDIZsP,
http://www.playvid.com/watch/NALfenwGPx0, http://www.playvid.com/watch/Dh1KxM5w6KN, http://www.playvid.com/watch/AGmEoSl8ziu,
http://www.playvid.com/watch/JbhKlWe051D, http://www.playvid.com/watch/W8UYSfihw5z, http://www.playvid.com/watch/HA8yDct9jWR,
http://www.playvid.com/watch/MMMTGWSQMjO, http://www.playvid.com/watch/C2KDEgYgeC2, http://www.playvid.com/watch/T1bKSRmiiZn,
http://www.playvid.com/watch/Rep67RvoJOt, http://www.playvid.com/watch/EKUXI9dyill, http://www.playvid.com/watch/TNPmefTzbSR,
http://www.playvid.com/watch/yYr2ODwy2P8, http://www.playvid.com/watch/rOKPMmOKmcS, http://www.playvid.com/watch/ZbtVGo5aLoI,
http://www.playvid.com/watch/knWqm6qDnoz, http://www.playvid.com/watch/4ksFNWoD-JX, http://www.playvid.com/watch/prAxMc9O8tB,
http://www.playvid.com/watch/VRW1QGiANZL, http://www.playvid.com/watch/G3YXKlWsQKx, http://www.playvid.com/watch/t25ha3bRuY0,
http://www.playvid.com/watch/EC9QAwayd7S, http://www.playvid.com/watch/vbWBpegnpbc, http://www.playvid.com/watch/OkRTaBWOyOp,
http://www.playvid.com/watch/MylwXqvrKM3, http://www.playvid.com/watch/2V2Pe1tIyKY, http://www.playvid.com/watch/sXdTS5N1ILy,
http://www.playvid.com/watch/6gSvTtr5xWb, http://www.playvid.com/watch/mCx6pCOxXH6, http://www.playvid.com/watch/qlXcVE9MQoR,
http://www.playvid.com/watch/JC21Z4DgAFa, http://www.playvid.com/watch/4iA3m1IFru9, http://www.playvid.com/watch/c0wfDZzxlpB,
http://www.playvid.com/watch/DYzxdZYzT5X, http://www.playvid.com/watch/JPt-dK4p8LJ, http://www.playvid.com/watch/jSlFfouvGle,
http://www.playvid.com/watch/KzXqiYK0yGC, http://www.playvid.com/watch/inYcPG--Uoi, http://www.playvid.com/watch/ZPJ9KUFQ8s7,
http://www.playvid.com/watch/JA-4-l82uHp, http://www.playvid.com/watch/wMxzu2EFI4D, http://www.playvid.com/watch/iY0fln_DITr,
http://www.playvid.com/watch/ZUCmWrMdOnL, http://www.playvid.com/watch/IOoFGxaJBaW, http://www.playvid.com/watch/Iz4iY3CxDKT,
http://www.playvid.com/watch/Kv1YNkkmEHs, http://www.playvid.com/watch/3KK1ADh_xe8, http://www.playvid.com/watch/DZhugD_v37G,
http://www.playvid.com/watch/BFpfpH3nUNe, http://www.playvid.com/watch/ZSX8oB1ni9U, http://www.playvid.com/watch/alUstdGxrtj,
http://www.playvid.com/watch/etpv6cEUCTX, http://www.playvid.com/watch/YZiPPooaKIU, http://www.playvid.com/watch/U_KI0izmty7,
http://www.playvid.com/watch/mtv678tgeef, http://www.playvid.com/watch/KpoSwT5MEcV, http://www.playvid.com/watch/ey5Z1L9H6i6,
http://www.playvid.com/watch/UbeRyY6orRm, http://www.playvid.com/watch/kc89TKDBowS, http://www.playvid.com/watch/jXfsGxHymEN,

http://www.playvid.com/watch/X4z3CYcj1tQ, http://www.playvid.com/watch/AmB0ihli0RN, http://www.playvid.com/watch/yIUWPWttQBu,
http://www.playvid.com/watch/bN7FR_W4Hw3, http://www.playvid.com/watch/LxevQ8FblRq, http://www.playvid.com/watch/lsIN83oeAuq,
http://www.playvid.com/watch/A6HcRyVNb-p, http://www.playvid.com/watch/9xHZzycw3Zs, http://www.playvid.com/watch/6uSWu1r8A6c,
http://www.playvid.com/watch/5W4HTX1pzt8, http://www.playvid.com/watch/6XyMvZz15QS, http://www.playvid.com/watch/yVfR6a2PYdw,
http://www.playvid.com/watch/rXOGN65j87c, http://www.playvid.com/watch/3i7bbDvITRI, http://www.playvid.com/watch/EyA6IhbraqR,
http://www.playvid.com/watch/fBpnBaUkOFX, http://www.playvid.com/watch/YCM9kxUXUZj, http://www.playvid.com/watch/p670xeJ_w7A,
http://www.playvid.com/watch/41uLYnNPnPn, http://www.playvid.com/watch/a9qnEYk3ZML, http://www.playvid.com/watch/5fGos3yXl8j,
http://www.playvid.com/watch/G3wNMLPN4nA, http://www.playvid.com/watch/0atvhRh6ydk, http://www.playvid.com/watch/dCuluObhmZA,
http://www.playvid.com/watch/tKkF9Dp5Oql, http://www.playvid.com/watch/7z0dcgL5CUt, http://www.playvid.com/watch/mcZczrjt8zh,
http://www.playvid.com/watch/fBet03HmFqH, http://www.playvid.com/watch/6TxfIsVzgNl, http://www.playvid.com/watch/V9WM_XLAHqA,
http://www.playvid.com/watch/SmQOsOansek, http://www.playvid.com/watch/9zC1dk1AOmL, http://www.playvid.com/watch/4PMDhbazwVJ,
http://www.playvid.com/watch/TC2_-ldK0Bk, http://www.playvid.com/watch/ulZ4lSA5qPv, http://www.playvid.com/watch/3hQjLpa4lbs,
http://www.playvid.com/watch/zbopIjfxP6k, http://www.playvid.com/watch/R_YTbbEf6PJ, http://www.playvid.com/watch/7zEHs9UxT-8,
http://www.playvid.com/watch/stlzOoHDpO7, http://www.playvid.com/watch/0rMQPj2IXPT, http://www.playvid.com/watch/xdyKYB7GVLT,
http://www.playvid.com/watch/eAN_WSLVWfi, http://www.playvid.com/watch/P7fzDx6sGTb, http://www.playvid.com/watch/xvMZj9kXRgX,
http://www.playvid.com/watch/JOX4VLiv-gR, http://www.playvid.com/watch/WLaQDVjbcGt, http://www.playvid.com/watch/zoJpuPi3kET,
http://www.playvid.com/watch/G_MfmlgHIXu, http://www.playvid.com/watch/7Nkofoq8gdx, http://www.playvid.com/watch/TSvh0Hx3BtY,
http://www.playvid.com/watch/wOVHSd--ERk, http://www.playvid.com/watch/zKkh5am5_Cc, http://www.playvid.com/watch/iUIfhAvQz5v,
http://www.playvid.com/watch/rWZuKdOq3_F, http://www.playvid.com/watch/5w91M-6DC5d, http://www.playvid.com/watch/gqsPOg5bult,
http://www.playvid.com/watch/4Kv3SQHHl1Z, http://www.playvid.com/watch/WDcsZ-1plEF, http://www.playvid.com/watch/Q_QpNmUbJdn,
http://www.playvid.com/watch/ibnMGMAcLcr, http://www.playvid.com/watch/n1mIuxAA8wP, http://www.playvid.com/watch/ik_bwR-vWTz,
http://www.playvid.com/watch/zaaog70Hpzk, http://www.playvid.com/watch/ymQvr2NF2Lp, http://www.playvid.com/watch/fHkQ4p-978C,
http://www.playvid.com/watch/jKLq8Enn-e3, http://www.playvid.com/watch/RYnrgTiT9FE, http://www.playvid.com/watch/Kd269hxIn1a,
http://www.playvid.com/watch/G7JyS-6nSmI, http://www.playvid.com/watch/Dt-F8Ba3dHo, http://www.playvid.com/watch/urgeOnnoC-M,
http://www.playvid.com/watch/oaUyIYB0Y8L, http://www.playvid.com/watch/LDHlPmHKSxx, http://www.playvid.com/watch/HO7kZi53S_k,
http://www.playvid.com/watch/lRFSCqxE-8D, http://www.playvid.com/watch/Y-017wVmPDW, http://www.playvid.com/watch/NWEn4jR5xRr,
http://www.playvid.com/watch/QDuaCbKjIVN, http://www.playvid.com/watch/qCBl9pgjfYf, http://www.playvid.com/watch/8wxHADSWCCl,
http://www.playvid.com/watch/sZPaRHgxChn, http://www.playvid.com/watch/7Fxfsgt22zU, http://www.playvid.com/watch/sDtD1v43jUj,
http://www.playvid.com/watch/uSs4gJc3CQi, http://www.playvid.com/watch/cJgYH_fG397, http://www.playvid.com/watch/fAHL3g27RID,
http://www.playvid.com/watch/v8t8cMIhQwH, http://www.playvid.com/watch/8Yjan0Hh2dk, http://www.playvid.com/watch/43jPLYXXuBn,
http://www.playvid.com/watch/HevF_hJwcGa, http://www.playvid.com/watch/m_VXbuk6pua, http://www.playvid.com/watch/fpCFjBOExEZ,
http://www.playvid.com/watch/klpWujHlBtP, http://www.playvid.com/watch/t-6fuzvH2aU, http://www.playvid.com/watch/JqikIoT4DnI,
http://www.playvid.com/watch/uQEgPj03uBe, http://www.playvid.com/watch/bOIYdOUe7WA, http://www.playvid.com/watch/PbghhpYtbS2,
http://www.playvid.com/watch/jXoi4vJIIfG, http://www.playvid.com/watch/IqNQ47M-z9c, http://www.playvid.com/watch/KlRsLGFS8NF,
http://www.playvid.com/watch/RHAUTCcKHaw, http://www.playvid.com/watch/B_m6rmj3rDh, http://www.playvid.com/watch/IArprStpxR7,
http://www.playvid.com/watch/E3sJWIRvEwr, http://www.playvid.com/watch/yKYP3CoelOR, http://www.playvid.com/watch/AZopT0eLuj7,
http://www.playvid.com/watch/HNHA6jBxchm, http://www.playvid.com/watch/KmOiK6fl-TR, http://www.playvid.com/watch/JCzhw5Q5Vdc,
http://www.playvid.com/watch/a15dhf3X2Qz, http://www.playvid.com/watch/VeG3gXfIYn0, http://www.playvid.com/watch/RE3slVMrITh,
http://www.playvid.com/watch/w_SI3OVfZa3, http://www.playvid.com/watch/Lr5Vx6xy8F2, http://www.playvid.com/watch/ZofQAZoL24n,
http://www.playvid.com/watch/KK2556-vURn, http://www.playvid.com/watch/rZSjomhjkYo, http://www.playvid.com/watch/b5sncgqW0Mp,
http://www.playvid.com/watch/QETpdns4-Tb, http://www.playvid.com/watch/Ohj45z5lX8b, http://www.playvid.com/watch/Gdmam8Q33Lu,
http://www.playvid.com/watch/cAsKtAhdrmj, http://www.playvid.com/watch/Cz5ZaTu3xcT, http://www.playvid.com/watch/v5cC15j5_-J,
http://www.playvid.com/watch/gE1QvH5Ty82, http://www.playvid.com/watch/rZH16vv8zGu, http://www.playvid.com/watch/S3wWNvg6JUr,
http://www.playvid.com/watch/6FHchpeEfW7, http://www.playvid.com/watch/JvarJpsIfVI, http://www.playvid.com/watch/hbRIa8JvrQH,
http://www.playvid.com/watch/urtPl4z5Ejd, http://www.playvid.com/watch/6RsQFW8n6oT, http://www.playvid.com/watch/DMqXcU5oZ8P,
http://www.playvid.com/watch/GfpPPbXiHP5, http://www.playvid.com/watch/BNwHCHSWsdR, http://www.playvid.com/watch/V6G7DcAXG9J,
http://www.playvid.com/watch/CEtgkE0Bhhb, http://www.playvid.com/watch/8xUyQXB6UiX, http://www.playvid.com/watch/YDxMtArWLFo,
http://www.playvid.com/watch/yP_peS31oHb, http://www.playvid.com/watch/azSqZVudCVo, http://www.playvid.com/watch/eKVp0yxS00l,
http://www.playvid.com/watch/fFYE-2N52cu, http://www.playvid.com/watch/VfDzRAd7E4d, http://www.playvid.com/watch/u6PKjcIbGr9,
http://www.playvid.com/watch/jRANdaHTrsH, http://www.playvid.com/watch/AuVUyU4HM7v, http://www.playvid.com/watch/6-Bfwp0SpYv,
http://www.playvid.com/watch/W2DuORWMTDp, http://www.playvid.com/watch/X58gruW0XxP, http://www.playvid.com/watch/zwXrzxLmDFu,
http://www.playvid.com/watch/V7fXgNio1Hp, http://www.playvid.com/watch/Nkjm_p5Ruvf, http://www.playvid.com/watch/pbol5dG7wzt,
http://www.playvid.com/watch/rJrYdmxJcGV, http://www.playvid.com/watch/ovF3-vGkeEQ, http://www.playvid.com/watch/OvIS0gmLiqU,
http://www.playvid.com/watch/rLDyqc52--u, http://www.playvid.com/watch/ozg3rlSO_s2, http://www.playvid.com/watch/5AFXvzjpevd,
http://www.playvid.com/watch/GTe_ALi9RQ4, http://www.playvid.com/watch/NDF-24_EG0a, http://www.playvid.com/watch/V_vZEhN5jo4,
http://www.playvid.com/watch/YD7LMgorRDU, http://www.playvid.com/watch/bo45f3odWax, http://www.playvid.com/watch/MHLYTske6F8,
http://www.playvid.com/watch/G4acW9EwCRt, http://www.playvid.com/watch/uWUiVo6qZLO, http://www.playvid.com/watch/OVtVBNJf2Gv,
http://www.playvid.com/watch/AFiUTALtD13, http://www.playvid.com/watch/jKmtZH6Atzk, http://www.playvid.com/watch/5tulBkp27cy,
http://www.playvid.com/watch/P0B3YNJLk9h, http://www.playvid.com/watch/qgB8ce9Bqme, http://www.playvid.com/watch/IOUbQTynLzQ,
http://www.playvid.com/watch/0E52l-8855y, http://www.playvid.com/watch/gaB0VlHlGOk, http://www.playvid.com/watch/qcRRDWezNo2,
http://www.playvid.com/watch/RGB6Ikt2Liz, http://www.playvid.com/watch/tgVku2J7gTX, http://www.playvid.com/watch/v4s2Cdl5XMX,
http://www.playvid.com/watch/ozmUKMp1wuE, http://www.playvid.com/watch/uT6S9iAVX8P, http://www.playvid.com/watch/4B8AIi04Jfe,
http://www.playvid.com/watch/rYaAgNz-mW0, http://www.playvid.com/watch/MEYlgiYodpT, http://www.playvid.com/watch/WpZQtO1VR-4,
http://www.playvid.com/watch/eFd1N69Rdxp, http://www.playvid.com/watch/zxJ6FSzm0lT, http://www.playvid.com/watch/sdYTfM9og9s,
http://www.playvid.com/watch/MTVaX09kFBs, http://www.playvid.com/watch/bX3MI3LoQaP, http://www.playvid.com/watch/yTd2WjLMUwG,
http://www.playvid.com/watch/gsrkxYEd4mk, http://www.playvid.com/watch/6fFZZK17eE4, http://www.playvid.com/watch/5RvtMWiQGld,
http://www.playvid.com/watch/VtOW7bxsZUp, http://www.playvid.com/watch/KI42S-Wn4Kk, http://www.playvid.com/watch/cB6TL4gBaIb,
http://www.playvid.com/watch/qi-AlNDLvJ4, http://www.playvid.com/watch/cMyx8dl45P2, http://www.playvid.com/watch/9eyMBOGklxd,
http://www.playvid.com/watch/EvtoORURNZc, http://www.playvid.com/watch/WhODjTuT3W3, http://www.playvid.com/watch/PKaiJIU8wAq,
http://www.playvid.com/watch/xB_laAYY1Sn, http://www.playvid.com/watch/5qaCf9P2ilv, http://www.playvid.com/watch/rSSI6ZOJE_7,
http://www.playvid.com/watch/iJK-l5PurwG, http://www.playvid.com/watch/T8E6QwOr9cs, http://www.playvid.com/watch/y3GpNDcVHYb,
http://www.playvid.com/watch/gFsiZUnDhEv, http://www.playvid.com/watch/Yi-ayCnlA0C, http://www.playvid.com/watch/Zpto32ZM4qZ,
http://www.playvid.com/watch/0rp4tINF5kl, http://www.playvid.com/watch/R-_Szxnmf50, http://www.playvid.com/watch/Hs8DVQbAwjk,
http://www.playvid.com/watch/VMgB8VMjXnE, http://www.playvid.com/watch/gEAX4M02o1k, http://www.playvid.com/watch/sF412SFJIML,
http://www.playvid.com/watch/flk2p_sTYqu, http://www.playvid.com/watch/XOYt38EgpQS, http://www.playvid.com/watch/mHEd5FQ2LKR,
http://www.playvid.com/watch/mSRE21BiuvR, http://www.playvid.com/watch/jly9dgeGbsi, http://www.playvid.com/watch/vJGGXfLUZ3M,
http://www.playvid.com/watch/USihcgDAxtM, http://www.playvid.com/watch/GRyix_qnXk4, http://www.playvid.com/watch/6qQcskUX9jc,
http://www.playvid.com/watch/jSHmemMT39H, http://www.playvid.com/watch/n8t3SFlDnOP, http://www.playvid.com/watch/hLZNh6N1b2V,
http://www.playvid.com/watch/dReAJDB4TW7, http://www.playvid.com/watch/luL7WWUw0tp, http://www.playvid.com/watch/X6BITNW4SKa,
http://www.playvid.com/watch/LWwFrVCiIbX, http://www.playvid.com/watch/FZzmv-WbPuK, http://www.playvid.com/watch/fH9UmJdLu1r,
http://www.playvid.com/watch/fUvCypjWtXa, http://www.playvid.com/watch/nBMoFTb1A-8, http://www.playvid.com/watch/ju5mvuU_YyS,
http://www.playvid.com/watch/96X0c9QIUAK, http://www.playvid.com/watch/iMeUNx3Rusu, http://www.playvid.com/watch/6JJ0xA-QceY,
http://www.playvid.com/watch/P_y1biqjzf7, http://www.playvid.com/watch/NefDnUfSnst, http://www.playvid.com/watch/DMp_acZjWhQ,
http://www.playvid.com/watch/AO9NU9cZliK, http://www.playvid.com/watch/6lZl2GwinBA, http://www.playvid.com/watch/dvDiUC6xNDP,
http://www.playvid.com/watch/A1Wy5ST8kGI, http://www.playvid.com/watch/3Ruy46yA8ff, http://www.playvid.com/watch/y4CkZn-qvho,
http://www.playvid.com/watch/SpAhrXYtnZ7, http://www.playvid.com/watch/wXnZpenoOZ8, http://www.playvid.com/watch/BjOzuj95JMS,
http://www.playvid.com/watch/Fsw_pquQDtj, http://www.playvid.com/watch/0kjNJflWnLV, http://www.playvid.com/watch/fe6WJkgrjMl,
http://www.playvid.com/watch/tzVI-XD4Ygw, http://www.playvid.com/watch/dekNX3jZasF, http://www.playvid.com/watch/WO-7kgnZ6sw,
http://www.playvid.com/watch/O9NT_ej5uGt, http://www.playvid.com/watch/VDu3nka9x9p, http://www.playvid.com/watch/xTR2pGMTN7o,
http://www.playvid.com/watch/sPTRyIxS36G, http://www.playvid.com/watch/hk5ldoq-VFW, http://www.playvid.com/watch/Adk6deMkYcG,
http://www.playvid.com/watch/HPQjJGk61yW, http://www.playvid.com/watch/4Ikg3YO72Hu, http://www.playvid.com/watch/MoZPY7xPJ7Z,
http://www.playvid.com/watch/jCdesA6j8bx, http://www.playvid.com/watch/iyC80QouQPZ, http://www.playvid.com/watch/eM3PbyPWdbc,
http://www.playvid.com/watch/7Nw5SChmBJq, http://www.playvid.com/watch/TGt5uvRlq2T, http://www.playvid.com/watch/ixpIVoFvzlF,
http://www.playvid.com/watch/uDZElwucTl2, http://www.playvid.com/watch/CWfSyGcO0lV, http://www.playvid.com/watch/GX5jcTjMair,
http://www.playvid.com/watch/x2eDN2yrh14, http://www.playvid.com/watch/Ktg-BuQNSic, http://www.playvid.com/watch/xiDmQYe-5Mj,
http://www.playvid.com/watch/VO15URDE_hO, http://www.playvid.com/watch/QuDhOB2GAQD, http://www.playvid.com/watch/89oV7cREsvj,

http://www.playvid.com/watch/SosKIoiE97J, http://www.playvid.com/watch/pjVxScJPEnk, http://www.playvid.com/watch/IsM3zZ1JuNX, http://www.playvid.com/watch/FTiAtRJGUlI, http://www.playvid.com/watch/wOOfZmE370G, http://www.playvid.com/watch/oNPN7NsGtfC, http://www.playvid.com/watch/zjD59CncO4P, http://www.playvid.com/watch/Qz36x56s9v9, http://www.playvid.com/watch/7rkxbZfyPmv, http://www.playvid.com/watch/WbiPSSqpnSs, http://www.playvid.com/watch/ONAsKF6XGdH, http://www.playvid.com/watch/AVH_vXYYYqW, http://www.playvid.com/watch/H9zTAiPSPiA, http://www.playvid.com/watch/Efi2r9YnoQm, http://www.playvid.com/watch/k6S21BxJJ42, http://www.playvid.com/watch/6seqSlhceGW, http://www.playvid.com/watch/RC5HYRtFli8, http://www.playvid.com/watch/d6P1hr9Qyao, http://www.playvid.com/watch/5XTt4YzyFmB, http://www.playvid.com/watch/RZWh202DX89, http://www.playvid.com/watch/ev8VgNUf5yw, http://www.playvid.com/watch/7lFHIYnK7QA, http://www.playvid.com/watch/qcr6pNG7sfO, http://www.playvid.com/watch/jWYqbFLW-2r, http://www.playvid.com/watch/DBk6aNyOtPt, http://www.playvid.com/watch/Asagd-3HITL, http://www.playvid.com/watch/y1Vl2_F1P3L, http://www.playvid.com/watch/jTZdit7NBQw, http://www.playvid.com/watch/ibqj0NflRu9, http://www.playvid.com/watch/KytobMfNEpe, http://www.playvid.com/watch/4TLVI6Kziv5, http://www.playvid.com/watch/nAJ2RREq4ug, http://www.playvid.com/watch/9ZivwpBBXyE, http://www.playvid.com/watch/zpdNKb21OqX, http://www.playvid.com/watch/aVxiuKrmdT2, http://www.playvid.com/watch/JKBbiW-EqIK, http://www.playvid.com/watch/NKWOzr1k8BG, http://www.playvid.com/watch/ApTXND81spG, http://www.playvid.com/watch/oQTLnK8CPBJ, http://www.playvid.com/watch/xA1Hcho3PKR, http://www.playvid.com/watch/riYw0IFKUQr, http://www.playvid.com/watch/MVqsOyZCQ3W, http://www.playvid.com/watch/J5wz4-onXsi, http://www.playvid.com/watch/WES3YeibK_P, http://www.playvid.com/watch/kGpCiCiPS4u, http://www.playvid.com/watch/09VSRZjREX0, http://www.playvid.com/watch/8fSnvyz2YOX, http://www.playvid.com/watch/ymx-Ltgz96i, http://www.playvid.com/watch/KJe-pt__v4O, http://www.playvid.com/watch/H_TmqIfiYNq, http://www.playvid.com/watch/kXEgmMLhQBf, http://www.playvid.com/watch/7l-q51bYWQq, http://www.playvid.com/watch/CF9rd5Xwc4E, http://www.playvid.com/watch/Q_Px1ZZa6Q8, http://www.playvid.com/watch/4-O_tju00Od, http://www.playvid.com/watch/gmda-AdBxcm, http://www.playvid.com/watch/SgWFukbkRxV, http://www.playvid.com/watch/YDgTMbwcL4g, http://www.playvid.com/watch/allxW7VQauf, http://www.playvid.com/watch/PS-dkukPTwA, http://www.playvid.com/watch/hpDNbcCibqa, http://www.playvid.com/watch/98_rgEFpruC, http://www.playvid.com/watch/NeDhlrFQTnZ, http://www.playvid.com/watch/nLeIk3N9MiX, http://www.playvid.com/watch/x--Ohkx4Zot, http://www.playvid.com/watch/jaxNKKkPKGj, http://www.playvid.com/watch/pVozVNZ4IIt, http://www.playvid.com/watch/nv0Rkua8XJd, http://www.playvid.com/watch/nlsqDfJIRM9, http://www.playvid.com/watch/itHxmMacnyU, http://www.playvid.com/watch/CdF3vtanDf6, http://www.playvid.com/watch/ITf-cwfHdsC, http://www.playvid.com/watch/ElxuMkhZ76e, http://www.playvid.com/watch/hKmCwIqAVnC, http://www.playvid.com/watch/Fv4p9FhcY5z, http://www.playvid.com/watch/b8xl_CjhiAP, http://www.playvid.com/watch/C9yOknMXafn, http://www.playvid.com/watch/DMBG6KOe516, http://www.playvid.com/watch/APaDpPoOkOC, http://www.playvid.com/watch/wx7JAopkP2i, http://www.playvid.com/watch/bqbrO5Zq2ng, http://www.playvid.com/watch/MJEeK93ME0A, http://www.playvid.com/watch/bbKaf8x_yex, http://www.playvid.com/watch/BS3t8dUwb-P, http://www.playvid.com/watch/h1-vOGPZKC3, http://www.playvid.com/watch/h9kuY7jxO-j, http://www.playvid.com/watch/oZWmyjBncmN, http://www.playvid.com/watch/KFvwiBi0NQd, http://www.playvid.com/watch/C7jAzhb0r8h, http://www.playvid.com/watch/rYp1BEpnDEA, http://www.playvid.com/watch/zpwSC-kjf_A, http://www.playvid.com/watch/wXCKEYmdPtj, http://www.playvid.com/watch/mpcUsIdiTng, http://www.playvid.com/watch/dzXy2ldsHeu, http://www.playvid.com/watch/R4p5LQzgRhG, http://www.playvid.com/watch/3GaPm_yOBEm, http://www.playvid.com/watch/VUBoxrU0Ouy, http://www.playvid.com/watch/9x2j1SNOlEH, http://www.playvid.com/watch/bJfEIqfG3HT, http://www.playvid.com/watch/6enQm8Ppa20, http://www.playvid.com/watch/NDlyTrZhyOW, http://www.playvid.com/watch/W0hJiRF5xa2, http://www.playvid.com/watch/d_sUO20syvg, http://www.playvid.com/watch/yrn7Zdnj5Eh, http://www.playvid.com/watch/qiZJGLhF4qL, http://www.playvid.com/watch/Qddot0V1-CL, http://www.playvid.com/watch/FhuhquRnVek, http://www.playvid.com/watch/SJF2Larsjrc, http://www.playvid.com/watch/9ZQsW8pRBCR, http://www.playvid.com/watch/3Bkn6zOUu3k, http://www.playvid.com/watch/TY8LUn7WLbw, http://www.playvid.com/watch/W3CL-MkzzUW, http://www.playvid.com/watch/9Zb6hpcclC9, http://www.playvid.com/watch/hKORWOzQCE2, http://www.playvid.com/watch/YXbcgO7KJmy, http://www.playvid.com/watch/X4NHJsASRzo, http://www.playvid.com/watch/pYuB2HuVxud, http://www.playvid.com/watch/XmOBVRoweIq, http://www.playvid.com/watch/2l_YBaqCA72, http://www.playvid.com/watch/21LuV-gwtOj, http://www.playvid.com/watch/7yFSXGcL5Gz, http://www.playvid.com/watch/yNc-KiaVACI, http://www.playvid.com/watch/zUiUX0DCqwG, http://www.playvid.com/watch/jhBcYeIWR-s, http://www.playvid.com/watch/SxuuR0o8NUb, http://www.playvid.com/watch/s_lZToWGRAX, http://www.playvid.com/watch/4eIPCrJCmwb, http://www.playvid.com/watch/Xj_H_CrdmIT, http://www.playvid.com/watch/eZ6xbP84wNx, http://www.playvid.com/watch/MU8iVaBPPla, http://www.playvid.com/watch/rrgHDwqQSaD, http://www.playvid.com/watch/89Ku5jSNzY9, http://www.playvid.com/watch/Ok7HxxLXZqs, http://www.playvid.com/watch/pLCYgwbQ_8N, http://www.playvid.com/watch/ksOx-L_DYL3, http://www.playvid.com/watch/Ok1hdIbZvsa, http://www.playvid.com/watch/v9fcYWb2Nlk, http://www.playvid.com/watch/9caTGj1g-BY, http://www.playvid.com/watch/98l9vgLvXSw, http://www.playvid.com/watch/B6DPK1uPCio, http://www.playvid.com/watch/wzBGBZpJmTZ, http://www.playvid.com/watch/X-XZ4PmwNos, http://www.playvid.com/watch/DYSXD6enH85, http://www.playvid.com/watch/UX0g4Qv-2Al, http://www.playvid.com/watch/buCJPu8ySdt, http://www.playvid.com/watch/6xxVpzU_sBG, http://www.playvid.com/watch/gACh8VGgQU6, http://www.playvid.com/watch/XYKV_JK_57d, http://www.playvid.com/watch/OTf-CrGw_UU, http://www.playvid.com/watch/ymZUxZ_fAMS, http://www.playvid.com/watch/jEtTeZGH4OU, http://www.playvid.com/watch/nHDgZWvtPcg, http://www.playvid.com/watch/iXdVBCEtuBs, http://www.playvid.com/watch/p9Swhwitu9W, http://www.playvid.com/watch/EfSlB-UZjio, http://www.playvid.com/watch/h3wnIfgbuoq, http://www.playvid.com/watch/HslVM4HXmJV, http://www.playvid.com/watch/Noc69l-sGJP, http://www.playvid.com/watch/FFem8KDWQyt, http://www.playvid.com/watch/OHLSY5cC00J, http://www.playvid.com/watch/lreVv7R0V2I, http://www.playvid.com/watch/LcNlAkATjuN, http://www.playvid.com/watch/7p93u6wmmG3, http://www.playvid.com/watch/giTmwCgKoll, http://www.playvid.com/watch/BLj4whqHOTV, http://www.playvid.com/watch/GtSv0ZwE-IH, http://www.playvid.com/watch/AQq6CIk4s-C, http://www.playvid.com/watch/VX0Sw91476W, http://www.playvid.com/watch/Ql7ctX6QRH3, http://www.playvid.com/watch/pODZ27Ofl-0, http://www.playvid.com/watch/ODROn4vNjCv, http://www.playvid.com/watch/PpqO5iY2biF, http://www.playvid.com/watch/YDCUGvkSUqS, http://www.playvid.com/watch/SnMjJXIUnpp, http://www.playvid.com/watch/oh7lMV88FRE, http://www.playvid.com/watch/pVsyjVo3o7g, http://www.playvid.com/watch/KZmQaqSheVo, http://www.playvid.com/watch/qE-GioryuO2, http://www.playvid.com/watch/RXEOIur1Wl3, http://www.playvid.com/watch/wyNqpZOJjgs, http://www.playvid.com/watch/xY5DcWQUx17, http://www.playvid.com/watch/nKOVSW_8wUA, http://www.playvid.com/watch/h6G7uuWEXop, http://www.playvid.com/watch/Hd9H_i2EkX6, http://www.playvid.com/watch/ksRz8jMMWRu, http://www.playvid.com/watch/B3SQXfGaJCq, http://www.playvid.com/watch/nBYgMGHxzLG, http://www.playvid.com/watch/SwK1NW1Tea0, http://www.playvid.com/watch/mIpRhk8I29B, http://www.playvid.com/watch/oK8voHfbqc0, http://www.playvid.com/watch/ACGn_Yul_GT, http://www.playvid.com/watch/aqfrJgnxwoA, http://www.playvid.com/watch/anuSxkrBZlI, http://www.playvid.com/watch/hj7gY2_vkoA, http://www.playvid.com/watch/cvDuytNq1aJ, http://www.playvid.com/watch/clweZtVRfuk, http://www.playvid.com/watch/XBfW4WnsbqZ, http://www.playvid.com/watch/H9MzyLd1j7C, http://www.playvid.com/watch/K756SyS6O3N, http://www.playvid.com/watch/R92EOagzzO2, http://www.playvid.com/watch/cFWQ9vGG_5f, http://www.playvid.com/watch/4bxvFySLPEc, http://www.playvid.com/watch/CqDxlqMzGs5, http://www.playvid.com/watch/gFbqAjnYSPe, http://www.playvid.com/watch/l0q-R-MrWnd, http://www.playvid.com/watch/Wzxz8OaJNuN, http://www.playvid.com/watch/h_NIkCWFOYM, http://www.playvid.com/watch/nUIIA1OMU_O, http://www.playvid.com/watch/2SOCksw48yc, http://www.playvid.com/watch/TQXxMWrrjTv, http://www.playvid.com/watch/puklSLNEs8o, http://www.playvid.com/watch/HCgRFlvP6MS, http://www.playvid.com/watch/6MBPYkWvPTA, http://www.playvid.com/watch/Y16VwY-sibU, http://www.playvid.com/watch/8BwEWM4lKjc, http://www.playvid.com/watch/dqfyUFUbFkY, http://www.playvid.com/watch/u0Y2UzXn9zR, http://www.playvid.com/watch/6HLCy50grLg, http://www.playvid.com/watch/BGHgL073Mow, http://www.playvid.com/watch/7DOhuCz7s27, http://www.playvid.com/watch/0i_2EYynBb3, http://www.playvid.com/watch/Cn7K4D7csZv, http://www.playvid.com/watch/vgLWEn1mEiR, http://www.playvid.com/watch/6tpO2qRVJY0, http://www.playvid.com/watch/6iaeg-5xs_w, http://www.playvid.com/watch/74qJBVBHsuv, http://www.playvid.com/watch/5Y3neD5zw2S, http://www.playvid.com/watch/oTIhjGgaIfj, http://www.playvid.com/watch/dl3aFpNwSp7, http://www.playvid.com/watch/CsQU7OVKg3L, http://www.playvid.com/watch/eZjTM0tQcOH, http://www.playvid.com/watch/CqGyD3SSv2i, http://www.playvid.com/watch/bjvvmd7RhsV, http://www.playvid.com/watch/fQXAmnpZV6v, http://www.playvid.com/watch/bB0itzDKB9N, http://www.playvid.com/watch/kCT1M08zotR, http://www.playvid.com/watch/qFQybMOWdNF, http://www.playvid.com/watch/pm4g7OaGn8y, http://www.playvid.com/watch/nYcORTmgG2E, http://www.playvid.com/watch/YeSjCotyXF7, http://www.playvid.com/watch/nqhQ2b99uUa, http://www.playvid.com/watch/rsnkdCRX-ZR, http://www.playvid.com/watch/On_qkRH1VgY, http://www.playvid.com/watch/XX5dYOWnFPi, http://www.playvid.com/watch/JEpAKw-DlzJ, http://www.playvid.com/watch/pPmvGNSBzkE, http://www.playvid.com/watch/ca0JFMfJwFX, http://www.playvid.com/watch/UcioBEOHebt, http://www.playvid.com/watch/pvmF_PNABes, http://www.playvid.com/watch/3C9vUr9iQDo, http://www.playvid.com/watch/nGcjG0MA-8P, http://www.playvid.com/watch/Q_0Q334-Ff3, http://www.playvid.com/watch/xrX9t3tzhfG, http://www.playvid.com/watch/cFyztt49miK, http://www.playvid.com/watch/RcCQMBokTwR, http://www.playvid.com/watch/Gj708VT5qzv, http://www.playvid.com/watch/iQElEc3rUaE, http://www.playvid.com/watch/rKy1ppJlmdJ, http://www.playvid.com/watch/NlVtgw4Ivyr, http://www.playvid.com/watch/RyZkPcbV4UC, http://www.playvid.com/watch/qDr99qoHPpr, http://www.playvid.com/watch/H66Syb_PWTZ, http://www.playvid.com/watch/GlzTAq3hfeB, http://www.playvid.com/watch/0_rKSxIUf2r, http://www.playvid.com/watch/mu1eu4s2kgT, http://www.playvid.com/watch/cpSPz5-lSCU, http://www.playvid.com/watch/y_SDXF9HfXl, http://www.playvid.com/watch/wNzsFZN4lLg, http://www.playvid.com/watch/rKxjMlJ-rfK, http://www.playvid.com/watch/zd1Ywxs_4RG, http://www.playvid.com/watch/dcxI8NS8yS6, http://www.playvid.com/watch/2z1bKaEWL1x, http://www.playvid.com/watch/0kRLQmX8wUx, http://www.playvid.com/watch/srutMUkcE4I, http://www.playvid.com/watch/K_WcB0PB2Cz, http://www.playvid.com/watch/VJZadCvG9Dr, http://www.playvid.com/watch/89_q2_NAqs7, http://www.playvid.com/watch/KDsZhoh44Uv, http://www.playvid.com/watch/SSXYIq0N1dA, http://www.playvid.com/watch/b1gqPFLqsPv, http://www.playvid.com/watch/2ekborTBOYz, http://www.playvid.com/watch/tg_oODRjKs9, http://www.playvid.com/watch/Px5cL2Fqucq, http://www.playvid.com/watch/TJgkSKo4MOJ, http://www.playvid.com/watch/aMNfNpIVFs3, http://www.playvid.com/watch/bsgU8lvlJvp, http://www.playvid.com/watch/npEjYLAj1Yb, http://www.playvid.com/watch/HPUJEMeJPuI,

http://www.playvid.com/watch/zUxRz_thQAu, http://www.playvid.com/watch/N6A7EHZj77S, http://www.playvid.com/watch/J65wX2U2jEK,
http://www.playvid.com/watch/M8wK7KefSY4, http://www.playvid.com/watch/YglzFLdu19S, http://www.playvid.com/watch/EI_Rh1iF5kO,
http://www.playvid.com/watch/xK0i2IewMK6, http://www.playvid.com/watch/nV9o7h0grsx, http://www.playvid.com/watch/3YR9xJ1Zsqj,
http://www.playvid.com/watch/0vvhAD7nQ_q, http://www.playvid.com/watch/ZaMhJQOD9CH, http://www.playvid.com/watch/OuarhipGMUg,
http://www.playvid.com/watch/qeIplRb6iT0, http://www.playvid.com/watch/S1CyTOaXHBN, http://www.playvid.com/watch/IG4phGh8zaS,
http://www.playvid.com/watch/euJMKfplgZz, http://www.playvid.com/watch/XuUVLLjBJuY, http://www.playvid.com/watch/6kMsOZNIEk8,
http://www.playvid.com/watch/pFJayuI0bvF, http://www.playvid.com/watch/xLUJfrr-C23, http://www.playvid.com/watch/ZmCeciuIjxz,
http://www.playvid.com/watch/2Cd45FYojg5, http://www.playvid.com/watch/XgbfsoHBxtX, http://www.playvid.com/watch/2BHyEsWS9bi,
http://www.playvid.com/watch/OpKiCEXqD68, http://www.playvid.com/watch/Tmn32flAWkZ, http://www.playvid.com/watch/MqjPdgQy0w0,
http://www.playvid.com/watch/BpenO46gPgO, http://www.playvid.com/watch/Wmxdsf-GsJg, http://www.playvid.com/watch/Oc_JkX82oMw,
http://www.playvid.com/watch/KmxoCdsbDGy, http://www.playvid.com/watch/ELY_OuI_ZkY, http://www.playvid.com/watch/xE1ZHVRp8Ac,
http://www.playvid.com/watch/A-EO6HhxBKW, http://www.playvid.com/watch/97npbq0lgL7, http://www.playvid.com/watch/HAx2eu-IY4P,
http://www.playvid.com/watch/sOQN1ou5xsb, http://www.playvid.com/watch/Rq2jk6q3grw, http://www.playvid.com/watch/0y4jcO5D6Kp,
http://www.playvid.com/watch/Ejlzy8fRxkd, http://www.playvid.com/watch/JvCou0qSpGX, http://www.playvid.com/watch/zu0-D2rEXJG,
http://www.playvid.com/watch/4Z6wnSA5oJA, http://www.playvid.com/watch/PHBfZuFQ1nk, http://www.playvid.com/watch/PEsx0knWr0N,
http://www.playvid.com/watch/3GnolVgO1sb, http://www.playvid.com/watch/yOJzjte3RFs, http://www.playvid.com/watch/XACMXk3YtmH,
http://www.playvid.com/watch/E3xb5FQmodY, http://www.playvid.com/watch/LVoxiV009gb, http://www.playvid.com/watch/hXeY5SC6vdd,
http://www.playvid.com/watch/Q2qBcwZ6jm4, http://www.playvid.com/watch/UY8YmwAXfUH, http://www.playvid.com/watch/S2_vbuF9-QE,
http://www.playvid.com/watch/5MAaIaWrVui, http://www.playvid.com/watch/Phe5-9ex0Ao, http://www.playvid.com/watch/8PmA0l5BcLb,
http://www.playvid.com/watch/uAHFIYPDSR6, http://www.playvid.com/watch/oAfOUEHFKQh, http://www.playvid.com/watch/7wY7_qyvtE3,
http://www.playvid.com/watch/Y65BrD6gp1z, http://www.playvid.com/watch/UDh_HKkr_Np, http://www.playvid.com/watch/kLBoJDa5LBB,
http://www.playvid.com/watch/Nk5mdRKXkG6, http://www.playvid.com/watch/lmKpp-Yjw8P, http://www.playvid.com/watch/w3gUj19e0lc,
http://www.playvid.com/watch/RqfT5SEnSYE, http://www.playvid.com/watch/N6ySw3ahtiK, http://www.playvid.com/watch/dVhgln26gGR,
http://www.playvid.com/watch/V42953AQmah, http://www.playvid.com/watch/yy0GmicpnFm, http://www.playvid.com/watch/KFzYOhCGwP4,
http://www.playvid.com/watch/7WGGRDESlfc, http://www.playvid.com/watch/aKizjlF7K4R, http://www.playvid.com/watch/4AHA65SmFRH,
http://www.playvid.com/watch/qqOE9A__-St, http://www.playvid.com/watch/EHbQHoMTj5e, http://www.playvid.com/watch/f3v0jyicpw4,
http://www.playvid.com/watch/HVcjrOPJkKw, http://www.playvid.com/watch/RlJzKYWJxw6, http://www.playvid.com/watch/CfL31Q6aKkD,
http://www.playvid.com/watch/mmFwKhiabGV, http://www.playvid.com/watch/chuumguXiBE, http://www.playvid.com/watch/ES3vzedBv39,
http://www.playvid.com/watch/g6MO5jJRWn9, http://www.playvid.com/watch/vaOILe5SwrK, http://www.playvid.com/watch/ngzB87jsxTQ,
http://www.playvid.com/watch/szFd3beWBew, http://www.playvid.com/watch/cbR0PMie0xa, http://www.playvid.com/watch/Ysa7N2kZeHn,
http://www.playvid.com/watch/TKoHovQGalD, http://www.playvid.com/watch/B4t5AW6CXiM, http://www.playvid.com/watch/EJ2fwDzuX7o,
http://www.playvid.com/watch/bURv1NdHlgn, http://www.playvid.com/watch/JBeOXljNcmy, http://www.playvid.com/watch/8gbQq-CR72t,
http://www.playvid.com/watch/IbqiZq5LgqB, http://www.playvid.com/watch/XnHqY5TH33D, http://www.playvid.com/watch/dz2cgm54YV8,
http://www.playvid.com/watch/PvbO3I5BQPv, http://www.playvid.com/watch/SEccjPdtd6c, http://www.playvid.com/watch/Tv0HS5IJyWi,
http://www.playvid.com/watch/h5fU1YZdpUe, http://www.playvid.com/watch/f1vHV5FlEFg, http://www.playvid.com/watch/PvuL3Ifnasr,
http://www.playvid.com/watch/CpOt5LMJY3G, http://www.playvid.com/watch/W5ls_YWV_S4, http://www.playvid.com/watch/vA7KbZDscrZ,
http://www.playvid.com/watch/6hao42HKziK, http://www.playvid.com/watch/e7_ID6SCQz7, http://www.playvid.com/watch/ft-0TAj7P-t,
http://www.playvid.com/watch/N1C9n79QWhR, http://www.playvid.com/watch/cDIdDP5XTCy, http://www.playvid.com/watch/lFxLqvAHZmc,
http://www.playvid.com/watch/68cvs85Bzam, http://www.playvid.com/watch/QZ1mDnL2ZE8, http://www.playvid.com/watch/2cOgKHcu61m,
http://www.playvid.com/watch/IxgossNEVJQ, http://www.playvid.com/watch/SB2MCeaEHdE, http://www.playvid.com/watch/OTTavf61Ath,
http://www.playvid.com/watch/BafcjYAVGgI, http://www.playvid.com/watch/430n58gP56s, http://www.playvid.com/watch/g-BH89Tpynt,
http://www.playvid.com/watch/qY7a9mPxfaG, http://www.playvid.com/watch/HCgo7bSzQ8R, http://www.playvid.com/watch/J2ggmcr1ulI,
http://www.playvid.com/watch/VifQkb0wK_h, http://www.playvid.com/watch/P-tbLpcorIe, http://www.playvid.com/watch/M6gGulRUQNi,
http://www.playvid.com/watch/aMaOQ3P7rwS, http://www.playvid.com/watch/BLo8kYP8hsv, http://www.playvid.com/watch/t04teWg16es,
http://www.playvid.com/watch/Y2d2g7AvXNT, http://www.playvid.com/watch/E8Yu_6N089W, http://www.playvid.com/watch/HZbSE-pE3GZ,
http://www.playvid.com/watch/n4jkNcVYSOC, http://www.playvid.com/watch/9KiGMtyQqYE, http://www.playvid.com/watch/Wm-EGZgWGQt,
http://www.playvid.com/watch/mkp63fAFHuG, http://www.playvid.com/watch/y6s4B5wSkV5, http://www.playvid.com/watch/CuP8Z4VJDwz,
http://www.playvid.com/watch/pubhnSEEE1q, http://www.playvid.com/watch/ohTbkAS5zpl, http://www.playvid.com/watch/Zzg2rkjMPTv,
http://www.playvid.com/watch/9wv3104TvtC, http://www.playvid.com/watch/59QbFjTmNXj, http://www.playvid.com/watch/47oIrJucPg6,
http://www.playvid.com/watch/KDC6FJoXJMa, http://www.playvid.com/watch/vwOV6Gz4asm, http://www.playvid.com/watch/9UfUlxAxcg3,
http://www.playvid.com/watch/qlF1H0xjbyJ, http://www.playvid.com/watch/wXOiXCc-M4w, http://www.playvid.com/watch/lzpTLxSXtr2,
http://www.playvid.com/watch/i9FxENzQS4v, http://www.playvid.com/watch/9myv0epqu7t, http://www.playvid.com/watch/VdS-N4naC6Y,
http://www.playvid.com/watch/48gh6d7750K, http://www.playvid.com/watch/HFwINdk3IKZ, http://www.playvid.com/watch/Sv-eOvVe6wO,
http://www.playvid.com/watch/2pjzxah9o8I, http://www.playvid.com/watch/xfqbZXQ-yVm, http://www.playvid.com/watch/Km7vq2S7559,
http://www.playvid.com/watch/bE-7gxZzElM, http://www.playvid.com/watch/XXrfg99mjel, http://www.playvid.com/watch/azC997lh06E,
http://www.playvid.com/watch/naZ8a7iIM_J, http://www.playvid.com/watch/danhBqMvROH, http://www.playvid.com/watch/9zjmbTwrl9c,
http://www.playvid.com/watch/HJnZeHFKQEW, http://www.playvid.com/watch/nX1MzMd_Hlg, http://www.playvid.com/watch/0-TcK14Gkrx,
http://www.playvid.com/watch/b_cI-_f15iA, http://www.playvid.com/watch/goqaffByo1i, http://www.playvid.com/watch/jI7D0yUeuOx,
http://www.playvid.com/watch/m0wReF2urYy, http://www.playvid.com/watch/xVX0FnQusj9, http://www.playvid.com/watch/ZKy0hBrRK_G,
http://www.playvid.com/watch/mL8IYLbY3uG, http://www.playvid.com/watch/K7CIF7ffJAF, http://www.playvid.com/watch/Pcha2vuwQsc,
http://www.playvid.com/watch/ZwyxEzRnlMK, http://www.playvid.com/watch/fQIv8P5j7NN, http://www.playvid.com/watch/tZ_vyhgPIB0,
http://www.playvid.com/watch/pklbgp2FJL6, http://www.playvid.com/watch/aySR2NZ2rnQ, http://www.playvid.com/watch/cE7wTlD5CFK,
http://www.playvid.com/watch/2TC34Ipt81C, http://www.playvid.com/watch/GPjhC-g-i-R, http://www.playvid.com/watch/PmjlCFPslJM,
http://www.playvid.com/watch/XUpegIT_c1B, http://www.playvid.com/watch/SWnO-e22VTD, http://www.playvid.com/watch/4JCKgcD0QJk,
http://www.playvid.com/watch/GcXTwrhM87G, http://www.playvid.com/watch/SJFkxfb_rFC, http://www.playvid.com/watch/c_xC7Lb6QVI,
http://www.playvid.com/watch/tKfbWcM46Ej, http://www.playvid.com/watch/2C9MlQ7qKZ8, http://www.playvid.com/watch/MrgpLNKI5gq,
http://www.playvid.com/watch/aLTfQk7X4Y6, http://www.playvid.com/watch/Va-LzI_RtOF, http://www.playvid.com/watch/oW5arRDx1Yi,
http://www.playvid.com/watch/RpYwU0tdGZG, http://www.playvid.com/watch/U0flFFM5tOh, http://www.playvid.com/watch/hnqm-SAHlOy,
http://www.playvid.com/watch/ZVYHDbj2ljq, http://www.playvid.com/watch/3KFjYzdZ4U7, http://www.playvid.com/watch/kn_Ai_ulEAq,
http://www.playvid.com/watch/5xeTEWg0D2E, http://www.playvid.com/watch/GHlB0dqkg_D, http://www.playvid.com/watch/wuKzljK1CmS,
http://www.playvid.com/watch/PJ67ML1VtqX, http://www.playvid.com/watch/oD0Zn-NzOu3, http://www.playvid.com/watch/dmWDgJ71nDq,
http://www.playvid.com/watch/X-6HlZkYdQU, http://www.playvid.com/watch/xKc9LhAVGoA, http://www.playvid.com/watch/sYzYnz-57yL,
http://www.playvid.com/watch/9dueUeYbemL, http://www.playvid.com/watch/EYKC7MhFURn, http://www.playvid.com/watch/F1E9k0MzqYZ,
http://www.playvid.com/watch/RmjZ1WTfhA2, http://www.playvid.com/watch/pjbB6mSiTWC, http://www.playvid.com/watch/BRAJ0BOiwHp,
http://www.playvid.com/watch/99cuz1UaPRa, http://www.playvid.com/watch/Y_fB4RmIHKZ, http://www.playvid.com/watch/CBLCAZgbs_2,
http://www.playvid.com/watch/NfLTfGoxDst, http://www.playvid.com/watch/chAYfLwmJyF, http://www.playvid.com/watch/BZ3yC_4iPNc,
http://www.playvid.com/watch/Z2uCKcYzje9, http://www.playvid.com/watch/dbzEn03Xk3r, http://www.playvid.com/watch/Ugbve3W43ry,
http://www.playvid.com/watch/97tT0YIob8A, http://www.playvid.com/watch/0rgbfHNG4ZF, http://www.playvid.com/watch/2YtshpUH5Xv,
http://www.playvid.com/watch/lUaZq7gwiQn, http://www.playvid.com/watch/EmW7H3Mxa8c, http://www.playvid.com/watch/saiLBofHNtM,
http://www.playvid.com/watch/EM-u7O5HaFt, http://www.playvid.com/watch/eiKVoCzL0mj, http://www.playvid.com/watch/TzUg66dSe9D,
http://www.playvid.com/watch/6krHBSdg4tE, http://www.playvid.com/watch/3MjG-0Ocs_i, http://www.playvid.com/watch/qb-nl7NQEch,
http://www.playvid.com/watch/cTY_bQq7T9a, http://www.playvid.com/watch/oK2GD-DP7Dw, http://www.playvid.com/watch/UCG57OB_ovY,
http://www.playvid.com/watch/ecCZYvdoAJK, http://www.playvid.com/watch/KUaOV6VUXQs, http://www.playvid.com/watch/gN1L9LA45Z6,
http://www.playvid.com/watch/8rRnf9Pfu5E, http://www.playvid.com/watch/9w3aLA-pJXO, http://www.playvid.com/watch/oosW0o4boDw,
http://www.playvid.com/watch/hYxIFLnO4oU, http://www.playvid.com/watch/2vUpB8IqsYE, http://www.playvid.com/watch/UpoWF54gNU2,
http://www.playvid.com/watch/dptV7Z_qoc4, http://www.playvid.com/watch/zNDJqMZXK93, http://www.playvid.com/watch/T1fuXda8OnF,
http://www.playvid.com/watch/auxrPoyIDVt, http://www.playvid.com/watch/JtjQYBbDyoE, http://www.playvid.com/watch/Krvms-gPM_C,
http://www.playvid.com/watch/2ZkueMEQG_y, http://www.playvid.com/watch/sy-a3e11JbA, http://www.playvid.com/watch/92TxAg1i8rG,
http://www.playvid.com/watch/ok1e-80pY1I, http://www.playvid.com/watch/bZhGq7FHh_q, http://www.playvid.com/watch/breyQKj0r5W,
http://www.playvid.com/watch/mspzEymcg3Z, http://www.playvid.com/watch/zDYS1EJk7TN, http://www.playvid.com/watch/25B98ahdUqe,
http://www.playvid.com/watch/ZO-q8L9bEzl, http://www.playvid.com/watch/WyTKhJG0d4Q, http://www.playvid.com/watch/mc_0WNldG3H,
http://www.playvid.com/watch/KU8YcIWtch9, http://www.playvid.com/watch/DzKEpICrTsG, http://www.playvid.com/watch/LymMkYLRaBn,
http://www.playvid.com/watch/9j0U1YvEAxy, http://www.playvid.com/watch/e-s8g6GOC0B, http://www.playvid.com/watch/bLNSkcoaa8K,
http://www.playvid.com/watch/8a4VFivacMZ, http://www.playvid.com/watch/2Z5MpLPV3Le, http://www.playvid.com/watch/Z6RZLMPibiP,
http://www.playvid.com/watch/FI7WbxlGWTQ, http://www.playvid.com/watch/K1PB4OJmt5W, http://www.playvid.com/watch/oNrjNXebT5e,
http://www.playvid.com/watch/4isDXwam0Lq, http://www.playvid.com/watch/2D2V_9JlwGO, http://www.playvid.com/watch/hD4oj1ZjUbG,

http://www.playvid.com/watch/2PB2BqSjPWq, http://www.playvid.com/watch/H5gMpOHB4IL, http://www.playvid.com/watch/hdXCeQjcq22,
http://www.playvid.com/watch/VAKSsy3Xygu, http://www.playvid.com/watch/znCQUDGSqQ6, http://www.playvid.com/watch/b_ZgkyjAnF0,
http://www.playvid.com/watch/KBMPDVbymMa, http://www.playvid.com/watch/eAqebHwKhC7, http://www.playvid.com/watch/GdlxKVfx_zX,
http://www.playvid.com/watch/t9ycpHAbIc0, http://www.playvid.com/watch/6NJFqkOkOat, http://www.playvid.com/watch/0fwPw_g3_0E,
http://www.playvid.com/watch/ffr60mfVu25, http://www.playvid.com/watch/TSCv0Fq1MCn, http://www.playvid.com/watch/C9s10_aGPFN,
http://www.playvid.com/watch/wzabZ0Bw6km, http://www.playvid.com/watch/eOVUakUoKg5, http://www.playvid.com/watch/DlEge8vGv_m,
http://www.playvid.com/watch/dlABsdpF5kE, http://www.playvid.com/watch/HPdzqMGN5j0, http://www.playvid.com/watch/qn1qKsJVein,
http://www.playvid.com/watch/ZNPHH5se4zM, http://www.playvid.com/watch/4DTOU0_PGvs, http://www.playvid.com/watch/TPYGxvpdSNb,
http://www.playvid.com/watch/c3fmTahLsaf, http://www.playvid.com/watch/hHk-32D0DHm, http://www.playvid.com/watch/zSk6A9V0ooJ,
http://www.playvid.com/watch/KMYMMY8cGrl, http://www.playvid.com/watch/VS-jPq1eVnY, http://www.playvid.com/watch/2pr1i-H-Gtk,
http://www.playvid.com/watch/Ognv1WiIl6W, http://www.playvid.com/watch/SD9ytwlKYrs, http://www.playvid.com/watch/7DbLjGVSyah,
http://www.playvid.com/watch/XLBXpOrHBJI, http://www.playvid.com/watch/R9Lc7H2wL9N, http://www.playvid.com/watch/FdtzJTGo9Qg,
http://www.playvid.com/watch/MAkWPwGzgAc, http://www.playvid.com/watch/sAbb1QoVosq, http://www.playvid.com/watch/5j5GKVwI4JD,
http://www.playvid.com/watch/s9Hi-K-wxO4, http://www.playvid.com/watch/xr7dajPYR7O, http://www.playvid.com/watch/X82uja--dpc,
http://www.playvid.com/watch/garJyi-vWrB, http://www.playvid.com/watch/7Olt4aGlWRD, http://www.playvid.com/watch/mQdEpsjcQ_u,
http://www.playvid.com/watch/278huWipMEW, http://www.playvid.com/watch/5_OZVKfffeJ, http://www.playvid.com/watch/NCxb6LKWCoZ,
http://www.playvid.com/watch/AqaNvbsjZ1l, http://www.playvid.com/watch/P7MUI-DRH4j, http://www.playvid.com/watch/R9EthXfvmFr,
http://www.playvid.com/watch/KWfnsQOWRd5, http://www.playvid.com/watch/yJ94JenU-XA, http://www.playvid.com/watch/l2Eq6Uh_wFM,
http://www.playvid.com/watch/SW_voNklgTV, http://www.playvid.com/watch/wbsoFJinRgI, http://www.playvid.com/watch/dLU_VgiTO26,
http://www.playvid.com/watch/cpK3sgHohFZ, http://www.playvid.com/watch/yPTDGichpmV, http://www.playvid.com/watch/8qQes9qddeE,
http://www.playvid.com/watch/dWsfAjpvchi, http://www.playvid.com/watch/7aXf3JhSg-y, http://www.playvid.com/watch/K-eApbUNz8i,
http://www.playvid.com/watch/fDH8QecpVDG, http://www.playvid.com/watch/aiCU271n-k0, http://www.playvid.com/watch/PeH0zghMmUC,
http://www.playvid.com/watch/vQ7svfVEFi9, http://www.playvid.com/watch/x4LXfTwVmOt, http://www.playvid.com/watch/rHjg79vd1U4,
http://www.playvid.com/watch/Hc_uW4RecKh, http://www.playvid.com/watch/HTjr6aju3tg, http://www.playvid.com/watch/3-Qq3PPT-RC,
http://www.playvid.com/watch/lZabqIaAKDi, http://www.playvid.com/watch/RK5rh_fCj6K, http://www.playvid.com/watch/QVa19Yz3-Gy,
http://www.playvid.com/watch/RpX6L-RFcvH, http://www.playvid.com/watch/vpSDLRh8z2t, http://www.playvid.com/watch/bl69iTuJQqH,
http://www.playvid.com/watch/k7kZxdcZrTj, http://www.playvid.com/watch/HMVTceCmZJ8, http://www.playvid.com/watch/4E1NZauEsjW,
http://www.playvid.com/watch/nFuqCn2V6gF, http://www.playvid.com/watch/FzXiJ1fkKsM, http://www.playvid.com/watch/AJVo3hmXHlx,
http://www.playvid.com/watch/P0ZmZRsD7ro, http://www.playvid.com/watch/g-4Mzfl3Gfj, http://www.playvid.com/watch/G2CEw9A507r,
http://www.playvid.com/watch/IriwP0rWDAj, http://www.playvid.com/watch/ljQ_qLwK4S7, http://www.playvid.com/watch/VxbPWHpY4Oa,
http://www.playvid.com/watch/fMdZ8K-R8ZF, http://www.playvid.com/watch/iADfTDopXB7, http://www.playvid.com/watch/VAZnd7Db83u,
http://www.playvid.com/watch/qVTgXWurIcm, http://www.playvid.com/watch/M4fK08FRRov, http://www.playvid.com/watch/CF88aWAG4V4,
http://www.playvid.com/watch/4SGujKQfMZj, http://www.playvid.com/watch/3YmguNtjxLk, http://www.playvid.com/watch/bQMJkANFLh6,
http://www.playvid.com/watch/Hsr7Ipkkwwl, http://www.playvid.com/watch/S1Ipvqoggsy, http://www.playvid.com/watch/Ph1-VuuXXa6,
http://www.playvid.com/watch/c-aRJEY0fio, http://www.playvid.com/watch/mWTxgFSvyQQ, http://www.playvid.com/watch/EaZslMbyYY5,
http://www.playvid.com/watch/9XR0KW5Y7_x, http://www.playvid.com/watch/ahqdrC0dUxb, http://www.playvid.com/watch/PXEfkHtQA6f,
http://www.playvid.com/watch/yOZZQTSwLkG, http://www.playvid.com/watch/z904shGK_0w, http://www.playvid.com/watch/5e7CEQuFOpl,
http://www.playvid.com/watch/yvmWbVVVcxx, http://www.playvid.com/watch/z7Ysbt_Yq_W, http://www.playvid.com/watch/455AdZ6ywBZ,
http://www.playvid.com/watch/wvct1WBqZyp, http://www.playvid.com/watch/m2swpHgobFS, http://www.playvid.com/watch/kxpaUEvjfkL,
http://www.playvid.com/watch/WBtcAj9juYm, http://www.playvid.com/watch/b1aiKyl7ks3, http://www.playvid.com/watch/sVDWmgzzVDP,
http://www.playvid.com/watch/CQc3ZQjQt3y, http://www.playvid.com/watch/TzNxjvZciv0, http://www.playvid.com/watch/uAK15Lb5XJq,
http://www.playvid.com/watch/XamZeOYmlXG, http://www.playvid.com/watch/m0fd97JdrjR, http://www.playvid.com/watch/tkGGPC067w3,
http://www.playvid.com/watch/LNR5gJO9Wby, http://www.playvid.com/watch/okF1RKKCCj7, http://www.playvid.com/watch/vTwmhGc7EFR,
http://www.playvid.com/watch/CNTB6L-MXiK, http://www.playvid.com/watch/yF6I9Lw02_y, http://www.playvid.com/watch/RmtoKZfkjTQ,
http://www.playvid.com/watch/z4MG-AkDwMh, http://www.playvid.com/watch/oo9n6Q5asUp, http://www.playvid.com/watch/8X9HU9wl3ft,
http://www.playvid.com/watch/fs3pszT36mI, http://www.playvid.com/watch/QrV6IZdwqFS, http://www.playvid.com/watch/QUOBUN4VSLv,
http://www.playvid.com/watch/CVI9Y3NzPTG, http://www.playvid.com/watch/bgllwqiuVn3, http://www.playvid.com/watch/ggpH-aRpuKe,
http://www.playvid.com/watch/QRcLOMHyMtr, http://www.playvid.com/watch/WLsDMW_YsaD, http://www.playvid.com/watch/WYMx2ZWtLYl,
http://www.playvid.com/watch/JSmwbkprwpp, http://www.playvid.com/watch/tIehLBhASSx, http://www.playvid.com/watch/C6miOU5gUoQ,
http://www.playvid.com/watch/QWPwG2qAHTL, http://www.playvid.com/watch/T51tYExpL_L, http://www.playvid.com/watch/Nmp9VtXmpHV,
http://www.playvid.com/watch/snsZeX02J7y, http://www.playvid.com/watch/ep_b7Tn79-3, http://www.playvid.com/watch/YrMP_MRh1fm,
http://www.playvid.com/watch/Fr9BxJyLec7, http://www.playvid.com/watch/SKE89ROfOtC, http://www.playvid.com/watch/4pp07eIsiUq,
http://www.playvid.com/watch/wO5opkAvWhD, http://www.playvid.com/watch/sMnoMqMSNmD, http://www.playvid.com/watch/zRI680sdtSG,
http://www.playvid.com/watch/PSkIGK0o7QG, http://www.playvid.com/watch/C1E6aRwkk_B, http://www.playvid.com/watch/EYVT49i7Fwi,
http://www.playvid.com/watch/x8BgYYY7C4F, http://www.playvid.com/watch/MG68eV8g0t0, http://www.playvid.com/watch/fUuivUMsnzf,
http://www.playvid.com/watch/0K2QB7P3l19, http://www.playvid.com/watch/efIpyTxLjiv, http://www.playvid.com/watch/WqLvG-jK5Xo,
http://www.playvid.com/watch/uqp5WC0XbhA, http://www.playvid.com/watch/ihlSUnyKNVe, http://www.playvid.com/watch/PGQ1vpOKokO,
http://www.playvid.com/watch/s_DDNtkO3qa, http://www.playvid.com/watch/Vo14wKFRNTa, http://www.playvid.com/watch/8GtA9HGTdrK,
http://www.playvid.com/watch/MTLwEq2rmrf, http://www.playvid.com/watch/GRbR_hHR_oF, http://www.playvid.com/watch/VVCaWUT9qu2,
http://www.playvid.com/watch/BMAb73qQhmy, http://www.playvid.com/watch/DN_BZz6C9Oh, http://www.playvid.com/watch/S2nUlNJbk1I,
http://www.playvid.com/watch/a9-1sKcfEyq, http://www.playvid.com/watch/mkzX9nMJDiu, http://www.playvid.com/watch/Zn4V4qDJTsJ,
http://www.playvid.com/watch/Vxvmt9BjaHi, http://www.playvid.com/watch/QgzBxsx0bHa, http://www.playvid.com/watch/9iRQOuE4Cth,
http://www.playvid.com/watch/HtbMiSiwI_i, http://www.playvid.com/watch/Vc3ZAS98V3p, http://www.playvid.com/watch/aXJOdPg0auc,
http://www.playvid.com/watch/FYdHAxSzsEB, http://www.playvid.com/watch/VJPZdpf14QF, http://www.playvid.com/watch/u6EacQzk9ET,
http://www.playvid.com/watch/LHusVWhkAcm, http://www.playvid.com/watch/RayChimQz49, http://www.playvid.com/watch/fraNsbN4Puc,
http://www.playvid.com/watch/STQvgahIEDP, http://www.playvid.com/watch/VM9B7BtyVAQ, http://www.playvid.com/watch/5tG4_dXqhM4,
http://www.playvid.com/watch/9NVOcT0Swyn, http://www.playvid.com/watch/f60dLoO_dcP, http://www.playvid.com/watch/64o3AkHeO6v,
http://www.playvid.com/watch/mgfyk3LiWkx, http://www.playvid.com/watch/XCnAggrb75C, http://www.playvid.com/watch/MZSGxlNHmpL,
http://www.playvid.com/watch/wavwSBIuRUZ, http://www.playvid.com/watch/uaJ-G2U9nlQ, http://www.playvid.com/watch/OtjKg8TL-vb,
http://www.playvid.com/watch/fzZaMqLazdw, http://www.playvid.com/watch/dl2TGxR-Xep, http://www.playvid.com/watch/f6uUdJcPCHt,
http://www.playvid.com/watch/jcqw0iZhgt8, http://www.playvid.com/watch/abC99kUH86o, http://www.playvid.com/watch/LlRnAoXCrCk,
http://www.playvid.com/watch/Xo1LsXYzOgG, http://www.playvid.com/watch/E54a9ZXCE-O, http://www.playvid.com/watch/IYWRc43HaxS,
http://www.playvid.com/watch/RKDRe4Ghktu, http://www.playvid.com/watch/jwJV1WLtI-s, http://www.playvid.com/watch/hrlfhr0P_5w,
http://www.playvid.com/watch/XyNcd9lcIUZ, http://www.playvid.com/watch/pPYGpI1DJnH, http://www.playvid.com/watch/4ogrImCOXeH,
http://www.playvid.com/watch/Ld69gch6oZH, http://www.playvid.com/watch/CIEZpvNA1gl, http://www.playvid.com/watch/Oa3_3nVhQGa,
http://www.playvid.com/watch/vCem1n31L8L, http://www.playvid.com/watch/S8-L1toABt2, http://www.playvid.com/watch/gBqNNsLmEK8,
http://www.playvid.com/watch/Ppaugvm4kwd, http://www.playvid.com/watch/4ulRit0wjsO, http://www.playvid.com/watch/PTUkjIGO2rD,
http://www.playvid.com/watch/tiXm_DELzkT, http://www.playvid.com/watch/yjPROKCm4zw, http://www.playvid.com/watch/f-AlaGgJiJ5,
http://www.playvid.com/watch/qNeg1d9sNO5, http://www.playvid.com/watch/S9mjSu_KI4n, http://www.playvid.com/watch/3gCvTrYoi6N,
http://www.playvid.com/watch/l7a2Ks2QIvT, http://www.playvid.com/watch/wqEvlLWJd0Z, http://www.playvid.com/watch/T8ZK87wP2oS,
http://www.playvid.com/watch/hKjSkNZgeMW, http://www.playvid.com/watch/tbMi0K9q5pb, http://www.playvid.com/watch/08-dwQ7bj_V,
http://www.playvid.com/watch/HQpfNBgISEL, http://www.playvid.com/watch/d1sM3W-7yWD, http://www.playvid.com/watch/W4_Dyfty1W8,
http://www.playvid.com/watch/8vbtoLFoJ9B, http://www.playvid.com/watch/GIm0Y7UE_UW, http://www.playvid.com/watch/UvZQiFizCpw,
http://www.playvid.com/watch/scBKs3TVDju, http://www.playvid.com/watch/SUeBLUrNSCu, http://www.playvid.com/watch/8cfs9NhU7g7,
http://www.playvid.com/watch/fBOJKfStZp4, http://www.playvid.com/watch/teOy8u-mebF, http://www.playvid.com/watch/Pej_FkOL9WG,
http://www.playvid.com/watch/3vbrfZeB5IV, http://www.playvid.com/watch/sxPdRLB4Mev, http://www.playvid.com/watch/KdSc2B0QmIi,
http://www.playvid.com/watch/RD6rBQ2JJxy, http://www.playvid.com/watch/NcUqHifwtXk, http://www.playvid.com/watch/8foTQi9r8ax,
http://www.playvid.com/watch/X3R2Vl11g20, http://www.playvid.com/watch/AQ9oiiEJ10o, http://www.playvid.com/watch/3GlbPntSQFJ,
http://www.playvid.com/watch/c_qwZ0x4ocP, http://www.playvid.com/watch/S-uU9IT6cZm, http://www.playvid.com/watch/kPCOa6z4gjV,
http://www.playvid.com/watch/ZUFg5mpSZQn, http://www.playvid.com/watch/sxmwpO7dALo, http://www.playvid.com/watch/3wMw3n8i9jQ,
http://www.playvid.com/watch/gZWE-jrPUTa, http://www.playvid.com/watch/w-3FYdEhSjx, http://www.playvid.com/watch/A5CBDk5jQ9F,
http://www.playvid.com/watch/u4uNlwryLTE, http://www.playvid.com/watch/K09sTP3uuKs, http://www.playvid.com/watch/Ej3DxdYvNs3,
http://www.playvid.com/watch/KEbp5ZqaLaB, http://www.playvid.com/watch/cYaaGKGlcDq, http://www.playvid.com/watch/O-KvPOwRQUh,
http://www.playvid.com/watch/jzEftPIcInT, http://www.playvid.com/watch/T6pRNBGmhFu, http://www.playvid.com/watch/LKBdvqu1LCH,
http://www.playvid.com/watch/mUqyFyo7I2z, http://www.playvid.com/watch/6SDgDTtTGLv, http://www.playvid.com/watch/gdac9WSDN0w,
http://www.playvid.com/watch/yoDuM4mOj1A, http://www.playvid.com/watch/QEzMZXRrtM6, http://www.playvid.com/watch/zWS0kPv5OvK,

http://www.playvid.com/watch/RJExjSanos3, http://www.playvid.com/watch/qEdNB4pLn-H, http://www.playvid.com/watch/ikXrnuYwJ6Y,
http://www.playvid.com/watch/5VoaTBWdo8O, http://www.playvid.com/watch/qtoPk3syXvv, http://www.playvid.com/watch/7VYW8dQqrcn,
http://www.playvid.com/watch/FC-KM5Lhqlt, http://www.playvid.com/watch/wFkjJ50nlC8, http://www.playvid.com/watch/vix-LIBpNfa,
http://www.playvid.com/watch/UXnKBute-M0, http://www.playvid.com/watch/MFq264HUsQT, http://www.playvid.com/watch/50GrbW2GJGx,
http://www.playvid.com/watch/5Fp5CDZ6Pjr, http://www.playvid.com/watch/C_AzpwFEf1I, http://www.playvid.com/watch/CHdE6F8l8x3,
http://www.playvid.com/watch/O8taEC55v4R, http://www.playvid.com/watch/zHjzYdMaAO3, http://www.playvid.com/watch/OFpnPzyNE1O,
http://www.playvid.com/watch/lmdJcf_Hd0d, http://www.playvid.com/watch/fkT84z7D0rK, http://www.playvid.com/watch/bQSdmxJFZZY,
http://www.playvid.com/watch/BbdGDRXDwam, http://www.playvid.com/watch/BdkYnUbwdn3, http://www.playvid.com/watch/ROy5z4tZtrf,
http://www.playvid.com/watch/51qqWD0P9ZJ, http://www.playvid.com/watch/YTZWyXMn3B4, http://www.playvid.com/watch/qeSjA_vpU3k,
http://www.playvid.com/watch/pZ9vzih1iQP, http://www.playvid.com/watch/3aad4FWPBTK, http://www.playvid.com/watch/kIfJ7wPfMzP,
http://www.playvid.com/watch/cvUW1Io5usL, http://www.playvid.com/watch/cvi7bXTz60R, http://www.playvid.com/watch/NYagT1E3tyG,
http://www.playvid.com/watch/5WED9g-64oG, http://www.playvid.com/watch/DTKbjs7v8wG, http://www.playvid.com/watch/8EKlsLBlJNb,
http://www.playvid.com/watch/Z0xm3b5sYTs, http://www.playvid.com/watch/bm8hJul9RlW, http://www.playvid.com/watch/PDOH_7968jY,
http://www.playvid.com/watch/bt-0sa3YpX0, http://www.playvid.com/watch/2UA1SpEpdWn, http://www.playvid.com/watch/D2O_Q33j473,
http://www.playvid.com/watch/wbglWpSA8PA, http://www.playvid.com/watch/HP7j-fhSBcc, http://www.playvid.com/watch/JeEX6StYSCB,
http://www.playvid.com/watch/eqnvv1RaJrI, http://www.playvid.com/watch/OlybUi0DObQ, http://www.playvid.com/watch/pVf-nluWVSv,
http://www.playvid.com/watch/85jwuMKhO3G, http://www.playvid.com/watch/5jnA9T4CsVp, http://www.playvid.com/watch/42Kno3h01-y,
http://www.playvid.com/watch/JSNrGrIpw68, http://www.playvid.com/watch/3nh6yExwtby, http://www.playvid.com/watch/Th5mBq3A6jv,
http://www.playvid.com/watch/p53seq6VVst, http://www.playvid.com/watch/AfKflZKHxu3, http://www.playvid.com/watch/o8CXS8XAAEa,
http://www.playvid.com/watch/U-Vd1MO9gnt, http://www.playvid.com/watch/M_U7hWwfZU7, http://www.playvid.com/watch/Hpp4FYTEiLJ,
http://www.playvid.com/watch/9CYf7G7FoWG, http://www.playvid.com/watch/5uE8QuOZthQ, http://www.playvid.com/watch/zbS8fi5HWY7,
http://www.playvid.com/watch/WIk2dMSy7Tf, http://www.playvid.com/watch/DDb8b1sZKrr, http://www.playvid.com/watch/VxObYDdyucJ,
http://www.playvid.com/watch/D51K-rLEUr4, http://www.playvid.com/watch/XyQ-GL_KvPY, http://www.playvid.com/watch/YA6XOJHTd0t,
http://www.playvid.com/watch/RVgmh5ZpRIE, http://www.playvid.com/watch/zwXG8R6u526, http://www.playvid.com/watch/NtRJ75YzFYx,
http://www.playvid.com/watch/VkYglCkgV-P, http://www.playvid.com/watch/Af_roOLDUeA, http://www.playvid.com/watch/A2ErKtRYJIb,
http://www.playvid.com/watch/i3FPLX6hX6F, http://www.playvid.com/watch/CNHaVmvWtZo, http://www.playvid.com/watch/M3Xy0WXudqv,
http://www.playvid.com/watch/ejlFeIIjM0d, http://www.playvid.com/watch/WPp8vcEjYaL, http://www.playvid.com/watch/bHGV_Wp2HW6,
http://www.playvid.com/watch/9XDT0DavWO7, http://www.playvid.com/watch/LwgxrqeepB6, http://www.playvid.com/watch/AIWBd_ZcO0M,
http://www.playvid.com/watch/UZcTrHVx1uN, http://www.playvid.com/watch/IPsRBqFClre, http://www.playvid.com/watch/rJAzZIQbb3Q,
http://www.playvid.com/watch/iHXVnEZYN3P, http://www.playvid.com/watch/oeL9cuE43sJ, http://www.playvid.com/watch/Qz2C-VUo235,
http://www.playvid.com/watch/Qohk36UFXjz, http://www.playvid.com/watch/Nyg-9CRp5Be, http://www.playvid.com/watch/vavuLPaT9cR,
http://www.playvid.com/watch/bbXUC-7aDPI, http://www.playvid.com/watch/a0utpferygO, http://www.playvid.com/watch/Y7_NgXvHjgy,
http://www.playvid.com/watch/ScoHloDKuSc, http://www.playvid.com/watch/n5x12TWk4Yh, http://www.playvid.com/watch/MXtxrnY-rIo,
http://www.playvid.com/watch/vbzh7qBd8WZ, http://www.playvid.com/watch/nPZTSC4Pw2x, http://www.playvid.com/watch/DniQi_4F4-N,
http://www.playvid.com/watch/pWvy33Ic0n4, http://www.playvid.com/watch/DYRDZHCtquW, http://www.playvid.com/watch/4qQMjC6Sj2R,
http://www.playvid.com/watch/IZEsEDVYiYg, http://www.playvid.com/watch/jISrwA1GA4H, http://www.playvid.com/watch/Pf8uwRtAG8j,
http://www.playvid.com/watch/hj9BV8TUdZC, http://www.playvid.com/watch/VdcZkBwS4yJ, http://www.playvid.com/watch/nBoTleMIUQC,
http://www.playvid.com/watch/Uu9UXisTEXd, http://www.playvid.com/watch/2lhULYulHJK, http://www.playvid.com/watch/ZUAueL1J7rP,
http://www.playvid.com/watch/duPB2bdU29C, http://www.playvid.com/watch/RsMgSErUBaF, http://www.playvid.com/watch/qcdFIagCQdO,
http://www.playvid.com/watch/ByyNxmfdjos, http://www.playvid.com/watch/iij7bYtDWj8, http://www.playvid.com/watch/IMbFx_PMCIa,
http://www.playvid.com/watch/JEC-UWWmC2B, http://www.playvid.com/watch/WR8sPkdZKmo, http://www.playvid.com/watch/HFg-7SKae1a,
http://www.playvid.com/watch/KQNrCHme-Ve, http://www.playvid.com/watch/IArQjfICBUd, http://www.playvid.com/watch/l4DGv2hrSQ5,
http://www.playvid.com/watch/jASk1xJMoPA, http://www.playvid.com/watch/HCI58D1VOzs, http://www.playvid.com/watch/OubLTtcJPsz,
http://www.playvid.com/watch/f4YtNBtwVGX, http://www.playvid.com/watch/H7l-RUj_TZq, http://www.playvid.com/watch/7H1jqQz6cGJ,
http://www.playvid.com/watch/AsqF_qcwso8, http://www.playvid.com/watch/4T8JWcvsg15, http://www.playvid.com/watch/c-a23zZ29Qf,
http://www.playvid.com/watch/TcHcgdxOifz, http://www.playvid.com/watch/8DWqDeH1-XA, http://www.playvid.com/watch/sdOkxukByJ3,
http://www.playvid.com/watch/q4fR6dXH44H, http://www.playvid.com/watch/R4CpRxki-KS, http://www.playvid.com/watch/sTfaztj618U,
http://www.playvid.com/watch/909wmI_RC3j, http://www.playvid.com/watch/w5_uJ9oluY5, http://www.playvid.com/watch/nAMnxRyOqSx,
http://www.playvid.com/watch/5t1sJr8Wp-8, http://www.playvid.com/watch/LWLixWXeyv9, http://www.playvid.com/watch/oPFFCiFvFKu,
http://www.playvid.com/watch/WccbxAznubT, http://www.playvid.com/watch/bBZzBBuOq6z, http://www.playvid.com/watch/askpwUjuxCy,
http://www.playvid.com/watch/qJf2MvocAwk, http://www.playvid.com/watch/Jd3pf-WtLzg, http://www.playvid.com/watch/wRmTC5LfyXq,
http://www.playvid.com/watch/jR7j6OFfD0w, http://www.playvid.com/watch/rDCdFrc1KcO, http://www.playvid.com/watch/kyNH4VWOvio,
http://www.playvid.com/watch/nlS-VfPAByf, http://www.playvid.com/watch/Gh0nqQoob9w, http://www.playvid.com/watch/a9t9XJb-5yg,
http://www.playvid.com/watch/oTZQ-8DTf5X, http://www.playvid.com/watch/To0JQWLYvSL, http://www.playvid.com/watch/6apnnGB8Vhi,
http://www.playvid.com/watch/CG1ELafTbmw, http://www.playvid.com/watch/50rihGAZ-jf, http://www.playvid.com/watch/4MqnGLMXgvV,
http://www.playvid.com/watch/aNUibVzXR4L, http://www.playvid.com/watch/l51pV_b8vHR, http://www.playvid.com/watch/GQU4zf-Xwaw,
http://www.playvid.com/watch/qxBhE36WdLf, http://www.playvid.com/watch/DYd6kKnd5bS, http://www.playvid.com/watch/XG9P3lx58p3,
http://www.playvid.com/watch/lywrTjEdAMS, http://www.playvid.com/watch/UzZfjKFGio0, http://www.playvid.com/watch/LI3zOOP50eY,
http://www.playvid.com/watch/VikIpBoBXDo, http://www.playvid.com/watch/2ge11qlrfW0, http://www.playvid.com/watch/NdOQBTmxR8o,
http://www.playvid.com/watch/7WVXr9K7mdr, http://www.playvid.com/watch/TLMWdFOJ0yG, http://www.playvid.com/watch/odSICMp66qb,
http://www.playvid.com/watch/ugXByxtyoY9, http://www.playvid.com/watch/MEWzyXnDuys, http://www.playvid.com/watch/OOOFrmio9kp,
http://www.playvid.com/watch/s1-mXmyynG7, http://www.playvid.com/watch/9iGOCixOUVl, http://www.playvid.com/watch/skkdzQVJJ6J,
http://www.playvid.com/watch/sj1L400Rjkf, http://www.playvid.com/watch/ZhLhs-6W434, http://www.playvid.com/watch/boa7bv9ZIoQ,
http://www.playvid.com/watch/aH7mDfdxnlZ, http://www.playvid.com/watch/fwYp5t10YxB, http://www.playvid.com/watch/vxmD1hr37gS,
http://www.playvid.com/watch/RD4lU85Xq9y, http://www.playvid.com/watch/joVIzTfJBAf, http://www.playvid.com/watch/usKWS4rggh4,
http://www.playvid.com/watch/lZ533slMaq8, http://www.playvid.com/watch/IaatqhEGplB, http://www.playvid.com/watch/QPEP5Z7sq5C,
http://www.playvid.com/watch/doqd1z273xP, http://www.playvid.com/watch/2BvXd6zQ8wF, http://www.playvid.com/watch/t24dvJKaRpw,
http://www.playvid.com/watch/LUjJKsadXXG, http://www.playvid.com/watch/L02S6t7CjDB, http://www.playvid.com/watch/2ottjs472YP,
http://www.playvid.com/watch/p-Zt3qMFau0, http://www.playvid.com/watch/LNKlLj8y1j6, http://www.playvid.com/watch/dbhM9y_HNpr,
http://www.playvid.com/watch/oTeAaPnyZ7R, http://www.playvid.com/watch/Q0q-1A2SYH7, http://www.playvid.com/watch/l5tooE0Qe-b,
http://www.playvid.com/watch/csJ8-UKe_N2, http://www.playvid.com/watch/c_EoKqkJl-p, http://www.playvid.com/watch/wl3wIATCF70,
http://www.playvid.com/watch/Fct24LLN7ww, http://www.playvid.com/watch/vM4aQSObOkf, http://www.playvid.com/watch/Vq8QOX-jY4T,
http://www.playvid.com/watch/QpIGuZRGhoD, http://www.playvid.com/watch/zl8LM6rIW76, http://www.playvid.com/watch/GdiWemxGrSs,
http://www.playvid.com/watch/b5I8dSkrHHL, http://www.playvid.com/watch/S57cFhTjvdz, http://www.playvid.com/watch/D-N1RAVfIRk,
http://www.playvid.com/watch/9-9KVrakhxD, http://www.playvid.com/watch/zQhZw8gMosj, http://www.playvid.com/watch/3E4caGlnHvE,
http://www.playvid.com/watch/JfE6gASkH8Z, http://www.playvid.com/watch/ydN5gzXq_TF, http://www.playvid.com/watch/AjE6qwpjLmm,
http://www.playvid.com/watch/aER0v4ihS3S, http://www.playvid.com/watch/ha_EScgKgvK, http://www.playvid.com/watch/mZ8cpHxKPBj,
http://www.playvid.com/watch/n0P8atTJEqc, http://www.playvid.com/watch/aLbZv_Y4K8C, http://www.playvid.com/watch/8OAhDtTBoku,
http://www.playvid.com/watch/aQ2zk7Zrrqf, http://www.playvid.com/watch/qTed-zcGe6r, http://www.playvid.com/watch/sql10gHLb7g,
http://www.playvid.com/watch/yx3k9vkVQfr, http://www.playvid.com/watch/d64tKWB03RD, http://www.playvid.com/watch/Jfem5GcUdlH,
http://www.playvid.com/watch/ST5WR7gGx4T, http://www.playvid.com/watch/HU6xwyzcMzy, http://www.playvid.com/watch/P7-RWXaG1Yy,
http://www.playvid.com/watch/H8cR2SJiNZB, http://www.playvid.com/watch/PmeWhROw_4V, http://www.playvid.com/watch/XKk5sa1hdvE,
http://www.playvid.com/watch/X-LrGJfLiCN, http://www.playvid.com/watch/vLFJGSofAFe, http://www.playvid.com/watch/pHXs4pCJ9hM,
http://www.playvid.com/watch/zmH7zXfUx9O, http://www.playvid.com/watch/Aao4YoTn8YG, http://www.playvid.com/watch/0BpGnqIAfpD,
http://www.playvid.com/watch/QMY1kb1cb5Z, http://www.playvid.com/watch/SJnqvf4-SjV, http://www.playvid.com/watch/q1rzkuE5htm,
http://www.playvid.com/watch/RvXY-zAsAZy, http://www.playvid.com/watch/h3wQcKNQW7v, http://www.playvid.com/watch/oPkQrqeHgnt,
http://www.playvid.com/watch/so4FzywGlOX, http://www.playvid.com/watch/mqEm5JFe3A9, http://www.playvid.com/watch/h3aEYqsetBV,
http://www.playvid.com/watch/XSuQW4dn8s2, http://www.playvid.com/watch/qQaSFQAXOhY, http://www.playvid.com/watch/XhpKfRAaVhk,
http://www.playvid.com/watch/4hr6KfXGb4Y, http://www.playvid.com/watch/aSZV6GkIw8b, http://www.playvid.com/watch/uGz6iOWJmLS,
http://www.playvid.com/watch/ARjGARIbQQZ, http://www.playvid.com/watch/kzVOpy3shEw, http://www.playvid.com/watch/pUm3J4OpzAs,
http://www.playvid.com/watch/rOwLBYTXB1a, http://www.playvid.com/watch/olPem3tKIUd, http://www.playvid.com/watch/rHqPLmO5smw,
http://www.playvid.com/watch/Fljr0WsETZK, http://www.playvid.com/watch/F4u_13_RSW0, http://www.playvid.com/watch/knJy1AQ-rXH,
http://www.playvid.com/watch/xaAGYtXaZN5, http://www.playvid.com/watch/NlRmVf02tiy, http://www.playvid.com/watch/PBOAsmdQZsf,
http://www.playvid.com/watch/r5VspxDIwQY, http://www.playvid.com/watch/o6va9pMhbc5, http://www.playvid.com/watch/5E2e7I0rb1b,
http://www.playvid.com/watch/Pyca0X6YEpT, http://www.playvid.com/watch/enDPEEVsC6V, http://www.playvid.com/watch/wkUNYnHxJbY,
http://www.playvid.com/watch/nqq5hcreilk, http://www.playvid.com/watch/lrZLktzVs0X, http://www.playvid.com/watch/EAAXTryMk7k,

http://www.playvid.com/watch/BAMaZsqj_vH, http://www.playvid.com/watch/ZN7avPDlrSK, http://www.playvid.com/watch/yr5AfiDPKrF,
http://www.playvid.com/watch/KkUZL1DoH0f, http://www.playvid.com/watch/cKJ8GjKYGx6, http://www.playvid.com/watch/bz4mQ22jbtO,
http://www.playvid.com/watch/I4OP3TS4mrn, http://www.playvid.com/watch/s5RkDRCf0Yo, http://www.playvid.com/watch/OKIei6hYA0e,
http://www.playvid.com/watch/2sLboJ0yB0k, http://www.playvid.com/watch/CszpRoyZN9x, http://www.playvid.com/watch/kbNfAdzZ5I6,
http://www.playvid.com/watch/reTeVXKVNYQ, http://www.playvid.com/watch/zyn196yYLFQ, http://www.playvid.com/watch/KmJFyupivyH,
http://www.playvid.com/watch/boZwpkzrEQ0, http://www.playvid.com/watch/KN-fQXPtpHU, http://www.playvid.com/watch/rWq0st6oo0c,
http://www.playvid.com/watch/rSJIwrKsiXZ, http://www.playvid.com/watch/Tl-h8thyu_V, http://www.playvid.com/watch/6nIrSjRZfAx,
http://www.playvid.com/watch/8bfV1oPcTvu, http://www.playvid.com/watch/inPqY7-Qyd6, http://www.playvid.com/watch/nNDeQDRQjVr,
http://www.playvid.com/watch/a03kgs6JsWh, http://www.playvid.com/watch/MhbM6o0RU_r, http://www.playvid.com/watch/QSTxUJ97CoS,
http://www.playvid.com/watch/CC2cJI1RrbG, http://www.playvid.com/watch/w62vjI3s_Eu, http://www.playvid.com/watch/ws_EczJ__Ov,
http://www.playvid.com/watch/KAL8NnVc7Xa, http://www.playvid.com/watch/nevcWmgHz3H, http://www.playvid.com/watch/R4B31_wLfAO,
http://www.playvid.com/watch/gIme6m76bZ3, http://www.playvid.com/watch/b-_EfQr_QdE, http://www.playvid.com/watch/pMfFAklJJof,
http://www.playvid.com/watch/s5OjtwYbOVv, http://www.playvid.com/watch/EK4EOzF_ebs, http://www.playvid.com/watch/Z4WXY1ya0O5,
http://www.playvid.com/watch/rZHLcK6Ddou, http://www.playvid.com/watch/95RQvgwu4JN, http://www.playvid.com/watch/nMJDrpuhnYI,
http://www.playvid.com/watch/kXujdB29agQ, http://www.playvid.com/watch/t4cwN5xdz3t, http://www.playvid.com/watch/3HUQoBOAmEP,
http://www.playvid.com/watch/5klkQlRb4OF, http://www.playvid.com/watch/RnFhoHKDG9b, http://www.playvid.com/watch/kCuPF_bUxUM,
http://www.playvid.com/watch/xwXQPFY-xFq, http://www.playvid.com/watch/X2PY6jdmBOF, http://www.playvid.com/watch/nCvXcBCwhz8,
http://www.playvid.com/watch/JRhv3Fq9uF2, http://www.playvid.com/watch/ZwDe4MKyjv8, http://www.playvid.com/watch/N4iUxyDd19m,
http://www.playvid.com/watch/7ffFxjX8ijp, http://www.playvid.com/watch/voEM5yXYQDI, http://www.playvid.com/watch/SvgA5npVNb4,
http://www.playvid.com/watch/iLRuC0e1Moj, http://www.playvid.com/watch/IUizf8JeQBd, http://www.playvid.com/watch/6kZTDDBw3yf,
http://www.playvid.com/watch/QW3ebbVen-3, http://www.playvid.com/watch/NZovETTCZt4, http://www.playvid.com/watch/rRBPIS2c1FT,
http://www.playvid.com/watch/guk-6cA2AbA, http://www.playvid.com/watch/Awj2SD6oskE, http://www.playvid.com/watch/TLS3HlscTUm,
http://www.playvid.com/watch/2Nahw1ngACr, http://www.playvid.com/watch/KjtM-OL-CVH, http://www.playvid.com/watch/Cztu9Pu75dE,
http://www.playvid.com/watch/2_1BVQuuqdx, http://www.playvid.com/watch/HzJQbpGVvgF, http://www.playvid.com/watch/Bv9cx0HXI4J,
http://www.playvid.com/watch/ZtuiSDAYaoF, http://www.playvid.com/watch/O6nE6LH2rXQ, http://www.playvid.com/watch/fSZLu2I5shp,
http://www.playvid.com/watch/kLSfSUie1OO, http://www.playvid.com/watch/lia-zQj6yLN, http://www.playvid.com/watch/POUJnuF6YBV,
http://www.playvid.com/watch/8n49NazTDGB, http://www.playvid.com/watch/uPABx3_si_c, http://www.playvid.com/watch/JtWObVaIIAb,
http://www.playvid.com/watch/LV2C_vs-Mxt, http://www.playvid.com/watch/IG4MwwArOwF, http://www.playvid.com/watch/zfu26IesIjF,
http://www.playvid.com/watch/0iF568kGFLz, http://www.playvid.com/watch/R1TI7Bwivae, http://www.playvid.com/watch/QHiSy9A3e_B,
http://www.playvid.com/watch/6ge1ZjNbFJU, http://www.playvid.com/watch/LFgNNcB-n0t, http://www.playvid.com/watch/WYPKjjR1UuE,
http://www.playvid.com/watch/4i2ql3sflPY, http://www.playvid.com/watch/5b6pgx21HDf, http://www.playvid.com/watch/tJsn1pNfqwN,
http://www.playvid.com/watch/HnL501wBCeO, http://www.playvid.com/watch/v18SJ2a8si3, http://www.playvid.com/watch/dl8QS08KPro,
http://www.playvid.com/watch/RWZe58mw46z, http://www.playvid.com/watch/3xG08CQi7T9, http://www.playvid.com/watch/S6DJLxslm0R,
http://www.playvid.com/watch/3KjiTcYpSeI, http://www.playvid.com/watch/hWt0Kmz8Qrx, http://www.playvid.com/watch/e9YoHz-N98f,
http://www.playvid.com/watch/7p1Q3USOi12, http://www.playvid.com/watch/Rx4tgV4OY75, http://www.playvid.com/watch/o7oo-yPqvII,
http://www.playvid.com/watch/6hSidD78vTw, http://www.playvid.com/watch/X4Z8rN_l-zZ, http://www.playvid.com/watch/rgxFBnAviGI,
http://www.playvid.com/watch/YWC0AUqCjDR, http://www.playvid.com/watch/k0rMw-zqOeB, http://www.playvid.com/watch/snGd6Zs9nWW,
http://www.playvid.com/watch/d7zVdUhacEc, http://www.playvid.com/watch/zktebUYrbMR, http://www.playvid.com/watch/Cdv4tQEgUl0
5.f. Date of third notice: 2014-11-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mike800
5.b. Uploader's email address: haisnelly@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mike800
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jN02HeMEFEn, http://www.playvid.com/watch/SywWrcW4HQi,
http://www.playvid.com/watch/xfgDHQNT9Qa, http://www.playvid.com/watch/yTVqJhjWnGI, http://www.playvid.com/watch/E57TXM-vQsV,
http://www.playvid.com/watch/LAXdTqpwA8y, http://www.playvid.com/watch/ShxW59lz95N, http://www.playvid.com/watch/jd20Ct-jg-z,
http://www.playvid.com/watch/yZSMLJxCjJW, http://www.playvid.com/watch/AveEMyyJtpA, http://www.playvid.com/watch/NzIGMSGJHqZ,
http://www.playvid.com/watch/iLvg7WGmUtU, http://www.playvid.com/watch/Gs2r9Pi6alL, http://www.playvid.com/watch/RIPaztUkbj8,
http://www.playvid.com/watch/7pnprdP3S-B, http://www.playvid.com/watch/unlu8W7rykM, http://www.playvid.com/watch/nzTiiCLzRbA,
http://www.playvid.com/watch/qjIFyMAVYMR, http://www.playvid.com/watch/EhdgcKXAqqw, http://www.playvid.com/watch/FuDjOQVDXCO,
http://www.playvid.com/watch/TO809QvoCqo, http://www.playvid.com/watch/K7WEC8vapqc, http://www.playvid.com/watch/MKqGihGODin,
http://www.playvid.com/watch/TZR2JU2AgUD, http://www.playvid.com/watch/0Q9PaoHhFeX, http://www.playvid.com/watch/uATbk7kRMB3,
http://www.playvid.com/watch/7M2avUApb9Y, http://www.playvid.com/watch/4ZxOa3Na443, http://www.playvid.com/watch/-I05cM4wZAi,
http://www.playvid.com/watch/mtoDZXEVw-x, http://www.playvid.com/watch/PbRutGJALZZ, http://www.playvid.com/watch/fVJpv4V7lEb,
http://www.playvid.com/watch/iVweAzNe6Un, http://www.playvid.com/watch/JdjaKaMItS9, http://www.playvid.com/watch/-p2RiOsrUkn,
http://www.playvid.com/watch/j-8whZOuvKx, http://www.playvid.com/watch/zY9sW2Z7Npx, http://www.playvid.com/watch/aXbztIM5wnP,
http://www.playvid.com/watch/4FBd7PzYevY, http://www.playvid.com/watch/0gNdKDn6c5Z, http://www.playvid.com/watch/ZXaaZ8gi9wO,
http://www.playvid.com/watch/JTbNp8Z-CXm, http://www.playvid.com/watch/SHcS784zo3T, http://www.playvid.com/watch/Io5OyFf50NS,
http://www.playvid.com/watch/5fHl7-qD40s, http://www.playvid.com/watch/ywt6cs3ChNq, http://www.playvid.com/watch/eu5Wjk2JyE8,
http://www.playvid.com/watch/MSnjNwfx4Q3, http://www.playvid.com/watch/yTzFjxKS6ZY, http://www.playvid.com/watch/BRcyaSO7anX,
http://www.playvid.com/watch/Efv8a45TMCk, http://www.playvid.com/watch/cWBrsDSDSuy, http://www.playvid.com/watch/Wli-IJpq0ro,
http://www.playvid.com/watch/BjC9mcpj7lO, http://www.playvid.com/watch/rXhwJUTyRYQ, http://www.playvid.com/watch/xpuD80bXOYs,
http://www.playvid.com/watch/IYNvHmnlesN, http://www.playvid.com/watch/p8yX3itK8F3, http://www.playvid.com/watch/p0cZBTKeKm8,
http://www.playvid.com/watch/Vib4j0qUCUt, http://www.playvid.com/watch/wz8nQgWGL8Q, http://www.playvid.com/watch/Y-DT3op4UKw,
http://www.playvid.com/watch/X0jcZ3BeJiO, http://www.playvid.com/watch/CXZRMBolHoA, http://www.playvid.com/watch/xwltxlDwiis,
http://www.playvid.com/watch/rXHIasRpW9-, http://www.playvid.com/watch/mT4tSYezpgq, http://www.playvid.com/watch/BHAetST5f4m,
http://www.playvid.com/watch/cMkjHvqCqXe, http://www.playvid.com/watch/6COWTpqKRUS, http://www.playvid.com/watch/oy8woNTYRtz,
http://www.playvid.com/watch/-yrOkw357WK, http://www.playvid.com/watch/RK2dBX2EBki, http://www.playvid.com/watch/KYrLE8Fi7cn,
http://www.playvid.com/watch/X27BILBfGkU, http://www.playvid.com/watch/ynwQ8eKR2ZR, http://www.playvid.com/watch/n4WaRQJzleV,
http://www.playvid.com/watch/wmG8jPFI0gR, http://www.playvid.com/watch/CljmgUt42vC, http://www.playvid.com/watch/V7WmkHmzi7Z,
http://www.playvid.com/watch/P9pJOaX3Ps6, http://www.playvid.com/watch/zrlS-ttFMDW, http://www.playvid.com/watch/WFyIHeSKnle,
http://www.playvid.com/watch/-IUHD0oraY3, http://www.playvid.com/watch/V8kk3tAN0rL, http://www.playvid.com/watch/ERyfiW543cX,
http://www.playvid.com/watch/A8b55rgkkNF, http://www.playvid.com/watch/edfpqUV5OVG, http://www.playvid.com/watch/srnGTZ3So7F,
http://www.playvid.com/watch/py6ZtlNW0C6, http://www.playvid.com/watch/A0Y2kMb4Foa, http://www.playvid.com/watch/jXD396wHZg2,
http://www.playvid.com/watch/R0L6bg4UH4-, http://www.playvid.com/watch/x6WLG5ALVo8, http://www.playvid.com/watch/KTYalSYlmdG,
http://www.playvid.com/watch/OoYwxqmVD6u, http://www.playvid.com/watch/c89CeoE0dpy, http://www.playvid.com/watch/KgYYzLr79ia,
http://www.playvid.com/watch/g3m98a8cwW9, http://www.playvid.com/watch/IXCLG3JFEbr, http://www.playvid.com/watch/GrEZJkMfqkF,
http://www.playvid.com/watch/Iw8F0UBiYTf, http://www.playvid.com/watch/MrRhXUxQl9v, http://www.playvid.com/watch/BduwyC9HhZ8,
http://www.playvid.com/watch/GbO9hNVgl6R, http://www.playvid.com/watch/46EGpKe6zQj, http://www.playvid.com/watch/tL3e5xgRl-c,
http://www.playvid.com/watch/fdBGcFVo9Mc, http://www.playvid.com/watch/ueFC-M7Wds2, http://www.playvid.com/watch/tX2ZhY2XMUs,
http://www.playvid.com/watch/LPPdZiIC9Np, http://www.playvid.com/watch/KyecLvBzgP2, http://www.playvid.com/watch/PuEkYbdPoTO,
http://www.playvid.com/watch/FNWxI3oyNtW, http://www.playvid.com/watch/YagHbOWwKUF, http://www.playvid.com/watch/PyJ6mROjTdo,
http://www.playvid.com/watch/pv2892sARNn, http://www.playvid.com/watch/lVcn-jg0wlM, http://www.playvid.com/watch/GoA8eD2P9At,
http://www.playvid.com/watch/p7SbN6UFgku, http://www.playvid.com/watch/lsCcxf3mWfc, http://www.playvid.com/watch/X-NEfysd8jZ,
http://www.playvid.com/watch/6GeqZ68NrA4, http://www.playvid.com/watch/k4pEqzFkyGm, http://www.playvid.com/watch/IBAitAbKSYE,
http://www.playvid.com/watch/8gOmICaVWyH, http://www.playvid.com/watch/HiKE3uP6HID, http://www.playvid.com/watch/vF-UgisLvEb,
http://www.playvid.com/watch/2XuWULhsmFp, http://www.playvid.com/watch/vQR0SwKZVCg, http://www.playvid.com/watch/UbfPPZqPaKe,
http://www.playvid.com/watch/so4f24ekwlV, http://www.playvid.com/watch/MycjllRy3aZ, http://www.playvid.com/watch/dflGgyvFbdA,
http://www.playvid.com/watch/rCelc9M4Qly, http://www.playvid.com/watch/ZKWtkbTTamx, http://www.playvid.com/watch/Li40mJinX4o,
http://www.playvid.com/watch/ZSbxBZ6Jwaj, http://www.playvid.com/watch/28YxV40O64B, http://www.playvid.com/watch/hFQdXKOmrPH,
http://www.playvid.com/watch/aXlTBVtSYea, http://www.playvid.com/watch/zoMNsgKllvj, http://www.playvid.com/watch/YObihhpVS-i,
http://www.playvid.com/watch/NEv0I5OOPHg, http://www.playvid.com/watch/boQVEGHEZN7, http://www.playvid.com/watch/Vzzpfluk4cZ,
http://www.playvid.com/watch/j4fPX0MQKDH, http://www.playvid.com/watch/LqqdzQSZGb2, http://www.playvid.com/watch/XDjaABAkVHh,
http://www.playvid.com/watch/CuWpfcfadu-, http://www.playvid.com/watch/sPCH0lak0V-, http://www.playvid.com/watch/ehMoUhoygwH,
http://www.playvid.com/watch/vkKJ4KWtXzw, http://www.playvid.com/watch/waw-wBP6JWq, http://www.playvid.com/watch/QRcAcmUTY3b,

http://www.playvid.com/watch/yv6yLHj6PGF, http://www.playvid.com/watch/tx3VjUqggX5, http://www.playvid.com/watch/6T2hiz8Gs4R, http://www.playvid.com/watch/hsRJa0OwbzO, http://www.playvid.com/watch/WN5dENmPO7D, http://www.playvid.com/watch/ILylYOQd7Yw, http://www.playvid.com/watch/-fYxK7KOp5e, http://www.playvid.com/watch/Em2gOZrLNWk, http://www.playvid.com/watch/A6zFDwnafr-, http://www.playvid.com/watch/RK2r-kIzK2v, http://www.playvid.com/watch/UD-9CRMulOH, http://www.playvid.com/watch/bBrPZyTcTeE, http://www.playvid.com/watch/dFMD6E2vnpX, http://www.playvid.com/watch/qB9jMPPxxTf, http://www.playvid.com/watch/fGTzPl7Tr0Y, http://www.playvid.com/watch/qoMyJ9CsSrb, http://www.playvid.com/watch/wpnETRwm4to, http://www.playvid.com/watch/SZ5kKctH0KF, http://www.playvid.com/watch/uAOKi506fJ3, http://www.playvid.com/watch/adeqmfPKesk, http://www.playvid.com/watch/3vdNpwUVJU4, http://www.playvid.com/watch/wX4qcgouOE5, http://www.playvid.com/watch/feDHxDSl2CR, http://www.playvid.com/watch/fKlXJshDsg0, http://www.playvid.com/watch/h-yCo2JSUNr, http://www.playvid.com/watch/k0nr3akd3Mo, http://www.playvid.com/watch/7BGJFwodhHI, http://www.playvid.com/watch/OGQlwb3VwdD, http://www.playvid.com/watch/isFch-b4zNM, http://www.playvid.com/watch/YCOanstIClr, http://www.playvid.com/watch/6m7necRYB-c, http://www.playvid.com/watch/AyRNUPVTdyg, http://www.playvid.com/watch/7S3AHlrWe0P, http://www.playvid.com/watch/B9S3DVJnvNF, http://www.playvid.com/watch/DDSFgBNxS0v, http://www.playvid.com/watch/RZsEWQGDIRV, http://www.playvid.com/watch/DLIp6oyOp6b, http://www.playvid.com/watch/4N7csuN06tv, http://www.playvid.com/watch/4UGWqkrC4ZI, http://www.playvid.com/watch/bH4C6KgQq2z, http://www.playvid.com/watch/GREW5-FLvRF, http://www.playvid.com/watch/GFJgv2lusln, http://www.playvid.com/watch/W4BIjBv3t6S, http://www.playvid.com/watch/rKwqDbQleoR, http://www.playvid.com/watch/hsLxWcxyAqK, http://www.playvid.com/watch/DKUXSQPEShb, http://www.playvid.com/watch/96pZawM5yn6
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: milfman
5.b. Uploader's email address: egoreghoab@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/milfman
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PNp3GLdSJMx, http://www.playvid.com/watch/AISHpXXemVl, http://www.playvid.com/watch/IA5EvnPPbbV, http://www.playvid.com/watch/UBygwsXODMQ, http://www.playvid.com/watch/mQBmH0P7jY-, http://www.playvid.com/watch/oiEWK7AkPbL, http://www.playvid.com/watch/dcVzYi9Ds5f, http://www.playvid.com/watch/foEDMH8ModP, http://www.playvid.com/watch/z7N37l-hBGL, http://www.playvid.com/watch/wU-8jOnYkaa, http://www.playvid.com/watch/cS7HbrhDVit, http://www.playvid.com/watch/rQPYeH9XMen, http://www.playvid.com/watch/7wy0MG-XcG0, http://www.playvid.com/watch/G673uEAkOtB, http://www.playvid.com/watch/Jf8YOvJViNl, http://www.playvid.com/watch/irS6Nt69Yk-, http://www.playvid.com/watch/kxrPOynOoco, http://www.playvid.com/watch/ii0c8fyMYiA, http://www.playvid.com/watch/dfKzQWf2Ct5, http://www.playvid.com/watch/wHQbZ2gK05a, http://www.playvid.com/watch/XuPWRpBg-MA, http://www.playvid.com/watch/ZrtAlrzzM0k, http://www.playvid.com/watch/RcuWSCjzjQf, http://www.playvid.com/watch/EIcHWWniufj, http://www.playvid.com/watch/7SVTTxYoMK9, http://www.playvid.com/watch/iZgme6m3OeY, http://www.playvid.com/watch/IL7rhPd6bu-, http://www.playvid.com/watch/rsyrRIMVIKp, http://www.playvid.com/watch/6ghEqImt8gT, http://www.playvid.com/watch/qKIwplOLuZa, http://www.playvid.com/watch/m4La0IrHqSc, http://www.playvid.com/watch/QYy2067q0UM, http://www.playvid.com/watch/q9YF5oHf9Na, http://www.playvid.com/watch/5Axnm96AEsi, http://www.playvid.com/watch/C3TWGfvAvTb, http://www.playvid.com/watch/CGFtzKTsSP2, http://www.playvid.com/watch/4G7AIFIJ2Hg, http://www.playvid.com/watch/6q9hGkcwWDN, http://www.playvid.com/watch/dwxDhTYbxyS, http://www.playvid.com/watch/Agx7YAArer5, http://www.playvid.com/watch/93mc6y08bhm, http://www.playvid.com/watch/PU6sKG7TYp-, http://www.playvid.com/watch/uE3UGGMEYjq, http://www.playvid.com/watch/VXpngDw2mGO, http://www.playvid.com/watch/klmD5Irsv6O, http://www.playvid.com/watch/laVQ7ZMrGDI, http://www.playvid.com/watch/DX2dhFn2ACA, http://www.playvid.com/watch/eZLVfzl85N9, http://www.playvid.com/watch/zvxOSpHaoK6, http://www.playvid.com/watch/xUymO4lL3FC, http://www.playvid.com/watch/k6VJBZcRkSV, http://www.playvid.com/watch/2ufuWGhhjDe, http://www.playvid.com/watch/J9brTVIl6ci, http://www.playvid.com/watch/UTvsx0ZgxwM, http://www.playvid.com/watch/cttxDn2AkoL, http://www.playvid.com/watch/Ef6Ry6LeTdh, http://www.playvid.com/watch/NvPXWWPIK3F, http://www.playvid.com/watch/-K42D-GrBI3, http://www.playvid.com/watch/C7V8kQQ7BVG, http://www.playvid.com/watch/j3fImFY88JE, http://www.playvid.com/watch/lK-wfm4-oKP, http://www.playvid.com/watch/8JrwjspoxdK, http://www.playvid.com/watch/5-YmQ6jWU-k, http://www.playvid.com/watch/TaMBxwyHUGo, http://www.playvid.com/watch/ELLhxmnMiza, http://www.playvid.com/watch/zCK7BxTZVDi, http://www.playvid.com/watch/N0yX8AZwkG3, http://www.playvid.com/watch/g4yMGD7qtbc, http://www.playvid.com/watch/BQprrPpBjvY, http://www.playvid.com/watch/lMlyA-Flcxa
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: milfpussy
5.b. Uploader's email address: ertandotporro@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/milfpussy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nErFHVp13n5, http://www.playvid.com/watch/F049mT1UfYM, http://www.playvid.com/watch/X_INyIr7rLR, http://www.playvid.com/watch/hkdAS39TDBZ, http://www.playvid.com/watch/baXr7NdP8mS, http://www.playvid.com/watch/GpVwXQpSuC3, http://www.playvid.com/watch/sXae4BqFt1G, http://www.playvid.com/watch/U_1paRpIWPi, http://www.playvid.com/watch/xTFBOJo9jFB, http://www.playvid.com/watch/4hl3gArOIuM, http://www.playvid.com/watch/9REfSNZ8b-p, http://www.playvid.com/watch/hWCkD6MDnFp, http://www.playvid.com/watch/XbApwOpS_nS, http://www.playvid.com/watch/LtCRaP4GpT0, http://www.playvid.com/watch/4_ODDntfw3s, http://www.playvid.com/watch/ePyF6liXmqw, http://www.playvid.com/watch/zqdIkcRAsPc, http://www.playvid.com/watch/Vhep4fHbeFi, http://www.playvid.com/watch/PraIf68BU1q, http://www.playvid.com/watch/7GNsG_P0sNk, http://www.playvid.com/watch/zNi8ugwAyZB, http://www.playvid.com/watch/CbTN_m5pbZ4, http://www.playvid.com/watch/UUf7ckoBYsc, http://www.playvid.com/watch/X59KjKLBTPj, http://www.playvid.com/watch/xNc8Moq_U96, http://www.playvid.com/watch/lU2SftxmSqt, http://www.playvid.com/watch/tHpQhXfMjJy, http://www.playvid.com/watch/DodYsF1nry8, http://www.playvid.com/watch/cTyUJAV7_48, http://www.playvid.com/watch/E2OvcbgAl9x, http://www.playvid.com/watch/t2-QYiJMZWj, http://www.playvid.com/watch/Flw4s63fm8q, http://www.playvid.com/watch/ExdI0PcmlxT, http://www.playvid.com/watch/ZtVVGhujdGU, http://www.playvid.com/watch/90GIfzqIKfV, http://www.playvid.com/watch/PLl213jhg9I, http://www.playvid.com/watch/rWANbe0oV6o, http://www.playvid.com/watch/yN3Ok5GESxS, http://www.playvid.com/watch/UNcil5WXtuL, http://www.playvid.com/watch/R9NCh4Rzmgk, http://www.playvid.com/watch/7qGBvHniE78, http://www.playvid.com/watch/doXA03NGbdr, http://www.playvid.com/watch/L1FQa0-u3Za, http://www.playvid.com/watch/RKb7BIuo5kt, http://www.playvid.com/watch/B3fyITo3LAi, http://www.playvid.com/watch/gS7xfJ0TS5a, http://www.playvid.com/watch/mk83gBTPmEK, http://www.playvid.com/watch/d_6quN-XLi9, http://www.playvid.com/watch/Bx_7WVfqgJM, http://www.playvid.com/watch/34-yhFzg7fL, http://www.playvid.com/watch/hLt_MWhDgw6, http://www.playvid.com/watch/kICEB-GU0iP, http://www.playvid.com/watch/oTy-fQ08n87, http://www.playvid.com/watch/QIEYsZyyTBR, http://www.playvid.com/watch/ye-vcQIFsqm, http://www.playvid.com/watch/UNuYnbAtknI, http://www.playvid.com/watch/fSuNuA3kEjv, http://www.playvid.com/watch/ro1YA9dbd9r, http://www.playvid.com/watch/byKScRx07wd, http://www.playvid.com/watch/sX5QllObv3A, http://www.playvid.com/watch/K84H-6z9nwJ, http://www.playvid.com/watch/c3ia3BYASUM, http://www.playvid.com/watch/NlmtiK6nO_Q, http://www.playvid.com/watch/Ri_J42MALWL, http://www.playvid.com/watch/jXT9bpdklcz, http://www.playvid.com/watch/Su-ZFG67jFw, http://www.playvid.com/watch/mAXzMK_D9Q6, http://www.playvid.com/watch/ze_NNEOYNq0, http://www.playvid.com/watch/kg2l9p2QUDg, http://www.playvid.com/watch/GG3oZW3I58Z, http://www.playvid.com/watch/Vwyu1ohsYOI, http://www.playvid.com/watch/esDQhbiOibk, http://www.playvid.com/watch/2hu36WZXa5w, http://www.playvid.com/watch/M4qfDTw77Oy, http://www.playvid.com/watch/SKdsjtq7S2w, http://www.playvid.com/watch/NOYVQ941Buj, http://www.playvid.com/watch/fx3gEPLSVP8, http://www.playvid.com/watch/2488_pceRC9, http://www.playvid.com/watch/uIdULP5EuyC, http://www.playvid.com/watch/6hE-Twz5pR5, http://www.playvid.com/watch/Zz2KvMUdd8F, http://www.playvid.com/watch/xmRx26NICIx, http://www.playvid.com/watch/UEO3LQqlNjq, http://www.playvid.com/watch/9GizcFyW3TC, http://www.playvid.com/watch/uDR5i_Th0Sf, http://www.playvid.com/watch/f0FHqiLOqSv, http://www.playvid.com/watch/zJOlDimhUUk, http://www.playvid.com/watch/PJr4HMJ3y8h, http://www.playvid.com/watch/2vHg9QUgqd0, http://www.playvid.com/watch/YKoagDzklXB, http://www.playvid.com/watch/xuMvUMDY7p2, http://www.playvid.com/watch/9fiWANt6C4Q, http://www.playvid.com/watch/2IWrmc7jddq, http://www.playvid.com/watch/KO6znE0LgLZ, http://www.playvid.com/watch/DEPmkbmEnyT, http://www.playvid.com/watch/HJMgwkXWChB, http://www.playvid.com/watch/RwWP7wKtiOX, http://www.playvid.com/watch/Qf3BCM-hjmt, http://www.playvid.com/watch/tjPAVvVch7T, http://www.playvid.com/watch/621onffFxJg, http://www.playvid.com/watch/DkiBZwPfylS, http://www.playvid.com/watch/KgYP19xiQ3W, http://www.playvid.com/watch/cZzHOQ4zHC9, http://www.playvid.com/watch/duUZ8BO4cAI, http://www.playvid.com/watch/qReYPavcBiS, http://www.playvid.com/watch/u_lxAN7uXGK, http://www.playvid.com/watch/EqhoUzVarlf, http://www.playvid.com/watch/G2LZQtj6dOL, http://www.playvid.com/watch/nfQM5NHQ8mY, http://www.playvid.com/watch/ggoGZQibanc, http://www.playvid.com/watch/cK6p3dDZSHa, http://www.playvid.com/watch/PRbprhTzga8, http://www.playvid.com/watch/0_fkL6Qmlw3, http://www.playvid.com/watch/qO5Z3K1NEp3, http://www.playvid.com/watch/OcDNIgHqPQu, http://www.playvid.com/watch/Wtu9OkJ17Mm, http://www.playvid.com/watch/zAZ5sIy-CwM, http://www.playvid.com/watch/OcBqbrXetcO, http://www.playvid.com/watch/rWh8gfqhHMl
5.f. Date of third notice: 2015-09-10 23:56:44
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: miller112

5.b. Uploader's email address: ppavelmillerr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/miller112
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fsHMm-7A56P, http://www.playvid.com/watch/AcSjCPDNrst,
http://www.playvid.com/watch/D4ZUa95f6WU, http://www.playvid.com/watch/Dib-sW55WE0, http://www.playvid.com/watch/LiCDqwQwURZ,
http://www.playvid.com/watch/aZlsfnKtnMP, http://www.playvid.com/watch/aVY2dHjarhe, http://www.playvid.com/watch/7ZPsQ3Qrbry,
http://www.playvid.com/watch/e37ILehm4j0, http://www.playvid.com/watch/5BWfYMNR2l3, http://www.playvid.com/watch/5NPJWvRAGWO,
http://www.playvid.com/watch/fU0IErXKpO5, http://www.playvid.com/watch/h2tsXNto0nB, http://www.playvid.com/watch/F0ohCt0E3zn,
http://www.playvid.com/watch/zgNXbFGCVJq, http://www.playvid.com/watch/2S3fq2rzx7v, http://www.playvid.com/watch/HUwsUEvjCEV,
http://www.playvid.com/watch/QWhiIj08Wgx, http://www.playvid.com/watch/Pncwgjmm6ur, http://www.playvid.com/watch/W7WaGengWzB,
http://www.playvid.com/watch/lML7PkfLQtf, http://www.playvid.com/watch/FTVjXH_S8iP, http://www.playvid.com/watch/T7dXIxyX0c7,
http://www.playvid.com/watch/9dRps1kGzjK, http://www.playvid.com/watch/kwYUMbIwlTG, http://www.playvid.com/watch/Sw_SHpLCxGQ,
http://www.playvid.com/watch/bpQ-08p7nFw, http://www.playvid.com/watch/rffomJ-qmFf, http://www.playvid.com/watch/Uh2cCqIyo26,
http://www.playvid.com/watch/GBxq4CgHlgy, http://www.playvid.com/watch/WezQ4URtu0y, http://www.playvid.com/watch/j1Rv2VGGxbR,
http://www.playvid.com/watch/G5mLnFdeS2G, http://www.playvid.com/watch/mZZfPyjLarg, http://www.playvid.com/watch/Cui58BZRK9i,
http://www.playvid.com/watch/jwE89_665kU, http://www.playvid.com/watch/ZdkPEDYjgFz, http://www.playvid.com/watch/JO3q_UaEpxE,
http://www.playvid.com/watch/CPpeSHx20K0, http://www.playvid.com/watch/oxNymxvxxjt, http://www.playvid.com/watch/lfjoVvf27zL,
http://www.playvid.com/watch/TBgaTAIZi6y, http://www.playvid.com/watch/G-w5GcLCwzA, http://www.playvid.com/watch/9gaO1LmPCIS,
http://www.playvid.com/watch/lZN0UNmOyRV, http://www.playvid.com/watch/6CqyItsYFfn, http://www.playvid.com/watch/rzIwZBmYuIf,
http://www.playvid.com/watch/rODahnoaG20, http://www.playvid.com/watch/bL8bP7BCGWO, http://www.playvid.com/watch/Hki1Bo8n0eN,
http://www.playvid.com/watch/4Uov_kyUIdZ, http://www.playvid.com/watch/0QZZXat3P6M, http://www.playvid.com/watch/M1yF4k8pLZZ,
http://www.playvid.com/watch/JHsWUw6Gg8R, http://www.playvid.com/watch/ya-XF0gGaZ5, http://www.playvid.com/watch/oyq_7u0yYTD,
http://www.playvid.com/watch/QS5ltzyY41F, http://www.playvid.com/watch/x-FxwXQXj9I, http://www.playvid.com/watch/CSHXTnBVBLE,
http://www.playvid.com/watch/Gwh8fnBJROu, http://www.playvid.com/watch/bxD_u3wpvjN, http://www.playvid.com/watch/scShTv367nW,
http://www.playvid.com/watch/GJImuRk4sRn, http://www.playvid.com/watch/0UXmNZkRQIn, http://www.playvid.com/watch/8SCSCVUf3o3,
http://www.playvid.com/watch/sWPn8c8ZLZ6, http://www.playvid.com/watch/Aot0vgsSPWD, http://www.playvid.com/watch/TJbq4I_5R-y,
http://www.playvid.com/watch/ar-bPrL9CHc, http://www.playvid.com/watch/CaUqiqTM_Hk, http://www.playvid.com/watch/cWUI2r2zZUT,
http://www.playvid.com/watch/Z5jJQFCfRsB, http://www.playvid.com/watch/LdEeocWXAuo, http://www.playvid.com/watch/y8aXz0ah4Wf,
http://www.playvid.com/watch/GWkPpMv3IXG, http://www.playvid.com/watch/hkirsTtSAw8, http://www.playvid.com/watch/Avj1-t1qE5U,
http://www.playvid.com/watch/Dnk_dtz2anF, http://www.playvid.com/watch/VRfozUJcpjZ, http://www.playvid.com/watch/viuKRt4c6hR,
http://www.playvid.com/watch/9qyp84nNcHL, http://www.playvid.com/watch/XHf8KSy4-X3, http://www.playvid.com/watch/6YGPOsjw9lx,
http://www.playvid.com/watch/7iDrlCLISzA, http://www.playvid.com/watch/3_aa7aix1tM, http://www.playvid.com/watch/SHcH-nvmrG5,
http://www.playvid.com/watch/Gk48x53LN7v, http://www.playvid.com/watch/jp6N7TL-oUE, http://www.playvid.com/watch/iaVFaLArMsZ,
http://www.playvid.com/watch/VgyM5NPysZd, http://www.playvid.com/watch/jPgzRMuE6v3, http://www.playvid.com/watch/pi2ocALksIo,
http://www.playvid.com/watch/UppnMed2giZ, http://www.playvid.com/watch/XXIPVB_Bs0X, http://www.playvid.com/watch/ScXKwe83Jl0,
http://www.playvid.com/watch/A837bPS0k6g, http://www.playvid.com/watch/3ttju20F0vh, http://www.playvid.com/watch/WNjIC89hsd3,
http://www.playvid.com/watch/NNQ32TSEy3o, http://www.playvid.com/watch/y1uVcUqQR_I, http://www.playvid.com/watch/xmnBT5flqGR,
http://www.playvid.com/watch/plACrzHdRPB, http://www.playvid.com/watch/OixEkZXsHSw, http://www.playvid.com/watch/JxT0omkVQxC,
http://www.playvid.com/watch/YkC_f3vAXWd, http://www.playvid.com/watch/a2pvaoGTihD, http://www.playvid.com/watch/3ulZSiMPAO8,
http://www.playvid.com/watch/rSEJ47iBOH0, http://www.playvid.com/watch/cvhC7m-hNQi, http://www.playvid.com/watch/QU6awcZmas4,
http://www.playvid.com/watch/nQLMzjFz91S, http://www.playvid.com/watch/E4dEty3myio, http://www.playvid.com/watch/JcefoKn0Nsb,
http://www.playvid.com/watch/t9t1wGIGnYb, http://www.playvid.com/watch/B-_FONts9vi, http://www.playvid.com/watch/qsi99HKBUGP,
http://www.playvid.com/watch/uBHCZpDe5z7, http://www.playvid.com/watch/sphURTlJzkf, http://www.playvid.com/watch/SigooAIfppr,
http://www.playvid.com/watch/EDhmhT_v1Pp, http://www.playvid.com/watch/mZ-DR4QPY6C, http://www.playvid.com/watch/tSYZsZugA7Y,
http://www.playvid.com/watch/z9XtOhRJczf, http://www.playvid.com/watch/9ws1vcM1jQ5, http://www.playvid.com/watch/Pcv38DzHrUS,
http://www.playvid.com/watch/uwwwIq1fKub, http://www.playvid.com/watch/QqUSDapz1oM, http://www.playvid.com/watch/Mh_ASaSFO6U,
http://www.playvid.com/watch/go2fG7-PiGH, http://www.playvid.com/watch/xiRR4PrZ5_k, http://www.playvid.com/watch/bN5kMWFtMqF,
http://www.playvid.com/watch/O33zRQq0V7S, http://www.playvid.com/watch/jYa-zAjuryw, http://www.playvid.com/watch/lj0wunz7QyO,
http://www.playvid.com/watch/R1ZYICKPTYp, http://www.playvid.com/watch/G5ssIUHwQKw, http://www.playvid.com/watch/5fNkURE7eaw,
http://www.playvid.com/watch/Fu--lRhIqBt, http://www.playvid.com/watch/H2biRDf7kiI, http://www.playvid.com/watch/6GJLROhQCg7,
http://www.playvid.com/watch/6lMEph1FDMb, http://www.playvid.com/watch/PxKg9-VQA9U, http://www.playvid.com/watch/sqgb5vd6AKi,
http://www.playvid.com/watch/Fzwuwp1vh0S, http://www.playvid.com/watch/EwKbJTzbmaj, http://www.playvid.com/watch/dqeOSosc3ka,
http://www.playvid.com/watch/RG21TxTA7Tx, http://www.playvid.com/watch/uyRMjs-P_ID, http://www.playvid.com/watch/YsUjAJ4L5KS,
http://www.playvid.com/watch/YAO2TXeye_F, http://www.playvid.com/watch/GPzKcfA0amF, http://www.playvid.com/watch/HLgHmzVRp8I,
http://www.playvid.com/watch/Ldub3irgKun, http://www.playvid.com/watch/gZ6DwdbEWC8, http://www.playvid.com/watch/tbA28UtAmWF,
http://www.playvid.com/watch/Y9eDCtyzhRI, http://www.playvid.com/watch/uvtYWBG4UpE, http://www.playvid.com/watch/QyCDb6i9uJs,
http://www.playvid.com/watch/IHRdhfGLo0f, http://www.playvid.com/watch/VXd4M8XQaXc, http://www.playvid.com/watch/pBehB7at714,
http://www.playvid.com/watch/AIQEI81eo6N, http://www.playvid.com/watch/A7jtXND4Ll9, http://www.playvid.com/watch/IsGAFXfwdCG,
http://www.playvid.com/watch/XMY2U94YYQM, http://www.playvid.com/watch/w29MrEtz38F, http://www.playvid.com/watch/62l2x7xj1fR,
http://www.playvid.com/watch/069eQtsbDUU, http://www.playvid.com/watch/4_p2yKmEx8P, http://www.playvid.com/watch/3Qlz6i8kry9,
http://www.playvid.com/watch/bkETLoHghvz, http://www.playvid.com/watch/dHL4kWaUkGQ, http://www.playvid.com/watch/Ar4ZFVoSMUE,
http://www.playvid.com/watch/A12BiaDtjIV, http://www.playvid.com/watch/fJ1E-Df5n8C, http://www.playvid.com/watch/FppXYny05GA,
http://www.playvid.com/watch/0_Q7ZPWqVUB, http://www.playvid.com/watch/IggJMjPbWBp, http://www.playvid.com/watch/aqutmD41Bey,
http://www.playvid.com/watch/R3Qw3CixdYr, http://www.playvid.com/watch/xvVvYqAEv3b, http://www.playvid.com/watch/aOL-nK76w7t,
http://www.playvid.com/watch/y201EQNKIaE, http://www.playvid.com/watch/VXEG0dnspoo, http://www.playvid.com/watch/5yUpR0hIESh,
http://www.playvid.com/watch/wWUtg0_gCsY, http://www.playvid.com/watch/NxdqcCUkon7, http://www.playvid.com/watch/e9ilGVujWeJ,
http://www.playvid.com/watch/oNfGzjo3e2K, http://www.playvid.com/watch/j00MyOL4igg, http://www.playvid.com/watch/pK3vWuWJkVq,
http://www.playvid.com/watch/GY2jSmmNpmU, http://www.playvid.com/watch/eTfy8VPzJph, http://www.playvid.com/watch/B0MMsC_qbwa,
http://www.playvid.com/watch/653d-8StDL4, http://www.playvid.com/watch/Ft_5WCUOGtV, http://www.playvid.com/watch/6_RRocMlSng,
http://www.playvid.com/watch/h7py36DtJIS, http://www.playvid.com/watch/9cV701un0o8, http://www.playvid.com/watch/K4HBn2Hj1oH,
http://www.playvid.com/watch/h0sghtQc5Lf, http://www.playvid.com/watch/hSemgUWm-Fk, http://www.playvid.com/watch/tgGIhkBpYC8,
http://www.playvid.com/watch/JvytFw7sZWr, http://www.playvid.com/watch/S0nq0iEIzPz, http://www.playvid.com/watch/eDA4CdK1WKD,
http://www.playvid.com/watch/92ph-fCA_Dk, http://www.playvid.com/watch/Ug02VDFA05T, http://www.playvid.com/watch/mkb75k_AxLe,
http://www.playvid.com/watch/YvEBcCBgu86, http://www.playvid.com/watch/L4inA3jP0J8, http://www.playvid.com/watch/UWRK0YzOETL,
http://www.playvid.com/watch/0qXAIGfCImU, http://www.playvid.com/watch/ZdGr44RYrKx, http://www.playvid.com/watch/h5RxdYIFtjx,
http://www.playvid.com/watch/9apYulzRaDy, http://www.playvid.com/watch/V7E_3axZFLo, http://www.playvid.com/watch/0rqcRLBI5_D,
http://www.playvid.com/watch/BqfWPnPNsmB, http://www.playvid.com/watch/KGdWD1Vwy3h, http://www.playvid.com/watch/VVadcIZ3IXc,
http://www.playvid.com/watch/42jX3Xd2EL6, http://www.playvid.com/watch/oS3A4qqM7pN, http://www.playvid.com/watch/i8m2taoi4Yd,
http://www.playvid.com/watch/x0HXQnvj3tL, http://www.playvid.com/watch/eXmWfYdi4DG, http://www.playvid.com/watch/4E1ticcJpOl,
http://www.playvid.com/watch/LssGBe5VgDs, http://www.playvid.com/watch/BMLngr188Kl, http://www.playvid.com/watch/bU5Ze-4lpwo,
http://www.playvid.com/watch/x2hMEzjdrmC, http://www.playvid.com/watch/Im7BIoGpoc2, http://www.playvid.com/watch/HNDon5Xh3qj,
http://www.playvid.com/watch/mR_YekPjgAr, http://www.playvid.com/watch/MsiXk60Gohj, http://www.playvid.com/watch/qS7QoDawm_J,
http://www.playvid.com/watch/51tVeGLnakN, http://www.playvid.com/watch/qlm8JpYDq7L, http://www.playvid.com/watch/PAMdUH3VJgj,
http://www.playvid.com/watch/PKLUSoFYohs, http://www.playvid.com/watch/i6YrSmpB8mO, http://www.playvid.com/watch/S4UkHt5Ss9c,
http://www.playvid.com/watch/DuaVpN_M7GP, http://www.playvid.com/watch/ue6eixA7tw3, http://www.playvid.com/watch/8JksETR_tf0,
http://www.playvid.com/watch/RbKAAkFvg6C, http://www.playvid.com/watch/9hH5bX8F8QU, http://www.playvid.com/watch/6BaNy00VAxP,
http://www.playvid.com/watch/xzWV11t7_4o, http://www.playvid.com/watch/PKbx3_AiBch, http://www.playvid.com/watch/foplOBTaAuA,
http://www.playvid.com/watch/bxH_R_zf9Jr, http://www.playvid.com/watch/bSMX7IubyKH, http://www.playvid.com/watch/ywKcttIsrqI,
http://www.playvid.com/watch/lWOj47nr_5A, http://www.playvid.com/watch/h0WWuGmN62b, http://www.playvid.com/watch/bZlEJ-tYhjT,
http://www.playvid.com/watch/pRSUNohDHWi, http://www.playvid.com/watch/B6GJdbuv2Ir, http://www.playvid.com/watch/ND7kLNXpsDe,
http://www.playvid.com/watch/xtbbiB--YpA, http://www.playvid.com/watch/VO-2jLdjVTC, http://www.playvid.com/watch/0Jx6bcyTNoj,
http://www.playvid.com/watch/Mhdf6t9r7IA, http://www.playvid.com/watch/oJAQjGsJa9o, http://www.playvid.com/watch/Rt1CT7HPOPz,
http://www.playvid.com/watch/BGHUXfl_u5e, http://www.playvid.com/watch/9PUMx_JdB_N, http://www.playvid.com/watch/eIYp6eCTfuP,
http://www.playvid.com/watch/xnz2b19zyDo, http://www.playvid.com/watch/pZF4pCnqBW2, http://www.playvid.com/watch/rcO503ls8AK,
http://www.playvid.com/watch/Jm99j8gBByn, http://www.playvid.com/watch/X8VfN1UuJ9K, http://www.playvid.com/watch/I91wcLt6y7c,
http://www.playvid.com/watch/dxzSa073LxC, http://www.playvid.com/watch/ln4cpTaPfD3, http://www.playvid.com/watch/hM8Dja2yDqX,
http://www.playvid.com/watch/5lMZxtwTYcb, http://www.playvid.com/watch/ryaDRG10_pj, http://www.playvid.com/watch/tJh10kmFhNm,

http://www.playvid.com/watch/ojvpFInfSOC, http://www.playvid.com/watch/h1NqacG9GwI, http://www.playvid.com/watch/2vKOyeLH2a3, http://www.playvid.com/watch/x1VWxWP9i_2, http://www.playvid.com/watch/tG-ByCiVeNZ, http://www.playvid.com/watch/xZbYeHEk_Ay, http://www.playvid.com/watch/RDzcEc4Q1gR, http://www.playvid.com/watch/kXonfh9j8dF, http://www.playvid.com/watch/nKqYJsDN3qO, http://www.playvid.com/watch/8NIwp3a22LA, http://www.playvid.com/watch/zkbj4v4Nlwz, http://www.playvid.com/watch/tEEMygYF8di, http://www.playvid.com/watch/vG7Wg31w0d7, http://www.playvid.com/watch/Hi9IwTIFiG4, http://www.playvid.com/watch/w0W_zRz9KKq, http://www.playvid.com/watch/V2Z8BPjrY1C, http://www.playvid.com/watch/gz3b5dtMj1e, http://www.playvid.com/watch/zYBWsJTiJrP, http://www.playvid.com/watch/dZHMWluuZnG, http://www.playvid.com/watch/9uMt13IjpUb, http://www.playvid.com/watch/Rx_hBFwtXYN, http://www.playvid.com/watch/noy2ToshwAf, http://www.playvid.com/watch/JY54B_500PX, http://www.playvid.com/watch/LY2voQgfFes, http://www.playvid.com/watch/yUdC1D8wvKo, http://www.playvid.com/watch/3pEZrUyDI0M, http://www.playvid.com/watch/xJcBs0VFGku, http://www.playvid.com/watch/X9XJT9_jDlG, http://www.playvid.com/watch/GSvgCd8IjGS, http://www.playvid.com/watch/Qb6cYe4Cr4H, http://www.playvid.com/watch/p7OAn5pTQbx, http://www.playvid.com/watch/fMZK1ZyXipG, http://www.playvid.com/watch/X6Du7ZDiIhD, http://www.playvid.com/watch/zrWpQJMc8O6, http://www.playvid.com/watch/s3tBJim7rxu, http://www.playvid.com/watch/S8Q9ZQ0PqqQ, http://www.playvid.com/watch/ZE03msDHTBi, http://www.playvid.com/watch/TPtnrOQXKVL, http://www.playvid.com/watch/xe6sio4re9R, http://www.playvid.com/watch/nHsKBHWvlpb, http://www.playvid.com/watch/Uto0BRoczJe, http://www.playvid.com/watch/nK0FRGCuNOu, http://www.playvid.com/watch/o68vwd2CDgh, http://www.playvid.com/watch/t0bowkLXdVh, http://www.playvid.com/watch/edU_sCqMqFp, http://www.playvid.com/watch/8zNXdFRbyM3, http://www.playvid.com/watch/T1gkxjXYOOH, http://www.playvid.com/watch/oBkvnPsqYu4, http://www.playvid.com/watch/7fBu96mCxgm, http://www.playvid.com/watch/YT8fr16JlJb, http://www.playvid.com/watch/D4WHuM-r9vZ, http://www.playvid.com/watch/brxIrY7T7QV, http://www.playvid.com/watch/hbpdCwoODGG, http://www.playvid.com/watch/vjIPTqXqIDx, http://www.playvid.com/watch/nWfMrVstnUq, http://www.playvid.com/watch/dqrM9IvL3Gh, http://www.playvid.com/watch/lwqbJMQ1bSN, http://www.playvid.com/watch/k5yE77YRf7I, http://www.playvid.com/watch/3mihlld2aA2, http://www.playvid.com/watch/hIQu6am4g_7, http://www.playvid.com/watch/XX61NLH5c4E, http://www.playvid.com/watch/NZjS3EOgfbO, http://www.playvid.com/watch/wDb3IvSznrz, http://www.playvid.com/watch/vbt_3jSLIdf, http://www.playvid.com/watch/MDU68K7J5ph, http://www.playvid.com/watch/RGjObPZGx84, http://www.playvid.com/watch/34LvYGcCmTQ, http://www.playvid.com/watch/ziKddKucox8, http://www.playvid.com/watch/HSXuxsAHYmh, http://www.playvid.com/watch/ZUJJ4AOY14f, http://www.playvid.com/watch/fGzno7hLUJM, http://www.playvid.com/watch/7tPao4MASSo, http://www.playvid.com/watch/u51QDIWaODX, http://www.playvid.com/watch/0qB2qZR248L, http://www.playvid.com/watch/gLKnRrgNSHY, http://www.playvid.com/watch/S30UbVprj3C, http://www.playvid.com/watch/9ztM63OmDy8, http://www.playvid.com/watch/B0eof4HTwUQ, http://www.playvid.com/watch/3Xj0-GvL0aO, http://www.playvid.com/watch/QDvl6vjJYhH, http://www.playvid.com/watch/jxE7aerjecz, http://www.playvid.com/watch/oeHK_2GVRSL, http://www.playvid.com/watch/vj2hFPJtl_V, http://www.playvid.com/watch/NiPMlk7zLsX, http://www.playvid.com/watch/YFZAnhW2c5D, http://www.playvid.com/watch/nB-Tx7DQY_r, http://www.playvid.com/watch/FKQq88ZDpOJ, http://www.playvid.com/watch/bo6Hn_bXtpp, http://www.playvid.com/watch/70DAGWjjKEA, http://www.playvid.com/watch/xJlb4yoLfPI, http://www.playvid.com/watch/CnpRzKYJiU2, http://www.playvid.com/watch/LSsLvxsOaI5, http://www.playvid.com/watch/qadrFpTygUj, http://www.playvid.com/watch/0WXypFKDXJ7, http://www.playvid.com/watch/L8WyG8NIm0z, http://www.playvid.com/watch/w2YkYkh6avz, http://www.playvid.com/watch/DYplkQ23-q4, http://www.playvid.com/watch/PRpPaXamAX8, http://www.playvid.com/watch/8gsmd-IzqZ3, http://www.playvid.com/watch/D5WW3fLeNdn
5.f. Date of third notice: 2014-03-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mimino
5.b. Uploader's email address: bornick@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mimino
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SNghlf0VVN7, http://www.playvid.com/watch/OL22x0R7O8X, http://www.playvid.com/watch/BKxBZrYdXNh, http://www.playvid.com/watch/EnexYLj-XWz, http://www.playvid.com/watch/yZmW3xNP56y, http://www.playvid.com/watch/ioytrfnc6tr, http://www.playvid.com/watch/hCxbBMxSNyD, http://www.playvid.com/watch/Uo00QbieUMt, http://www.playvid.com/watch/NwLbiEtQSeF, http://www.playvid.com/watch/qPQEN4lZ0yr, http://www.playvid.com/watch/hbi63j3BsNZ, http://www.playvid.com/watch/YW7OAe2u4-u, http://www.playvid.com/watch/7GPm0bpXUnB, http://www.playvid.com/watch/zhqx8JQdli4, http://www.playvid.com/watch/d9Tira9aDQp, http://www.playvid.com/watch/dSQ0NP7-ynH, http://www.playvid.com/watch/qytomMi8ffl, http://www.playvid.com/watch/Beamt0oMXny, http://www.playvid.com/watch/cvXTHd0AzC3, http://www.playvid.com/watch/D0fTB8nfStJ, http://www.playvid.com/watch/xVQdoJrVcys, http://www.playvid.com/watch/KKcg7BYOISN, http://www.playvid.com/watch/XP0PQCR-k2W, http://www.playvid.com/watch/tw44nbnwAIo, http://www.playvid.com/watch/2ufACuHNIkl, http://www.playvid.com/watch/oh9iPMCMIx6, http://www.playvid.com/watch/QGK8gJopBIx, http://www.playvid.com/watch/ExnnTviT0P3, http://www.playvid.com/watch/Q08oX7leFYs, http://www.playvid.com/watch/jA7kh5dQM5A, http://www.playvid.com/watch/NaBsUVuuMbq, http://www.playvid.com/watch/gi8v6ceC074, http://www.playvid.com/watch/4jTcGoZQgej, http://www.playvid.com/watch/ECCWEOam2Qq, http://www.playvid.com/watch/xM7Muas8qj6, http://www.playvid.com/watch/jxxeseGZ9vM, http://www.playvid.com/watch/ngJythQTBCa, http://www.playvid.com/watch/f6DZmN24l6i, http://www.playvid.com/watch/WEmt5ZEYL5W, http://www.playvid.com/watch/HZOIyPv-QFI, http://www.playvid.com/watch/GnBNYaO9uq6, http://www.playvid.com/watch/5cqZhyxIxI8, http://www.playvid.com/watch/qXkckJZ5t8f, http://www.playvid.com/watch/zHZsjtsQmnO, http://www.playvid.com/watch/lojYXMV3Eab, http://www.playvid.com/watch/Yi4e0eg0RJe, http://www.playvid.com/watch/0bQHZSDmgBP, http://www.playvid.com/watch/HY-RhDuoGSj, http://www.playvid.com/watch/looVNLpd4OJ, http://www.playvid.com/watch/UzHHsVXNPNx, http://www.playvid.com/watch/2hlTgeXdHFx, http://www.playvid.com/watch/WnNFcflBEXy, http://www.playvid.com/watch/eqeXD2SarGJ, http://www.playvid.com/watch/St2ZhVvtHUc, http://www.playvid.com/watch/7i2YWMMWXOB, http://www.playvid.com/watch/HynfgiYLeTx, http://www.playvid.com/watch/8ga5h0uuYyw, http://www.playvid.com/watch/I0AbvIruOSI, http://www.playvid.com/watch/AOno2087Wj2, http://www.playvid.com/watch/H7BPY7wA9mt, http://www.playvid.com/watch/mFSPk7y0Ljl, http://www.playvid.com/watch/NaDIIqnemr9, http://www.playvid.com/watch/Y0y7IJIE4az, http://www.playvid.com/watch/L2nb897ne5C, http://www.playvid.com/watch/E9aLNnlanuE, http://www.playvid.com/watch/TKLmRzAj6H4, http://www.playvid.com/watch/acdWwfX6zrG, http://www.playvid.com/watch/ichaTKFm7jm, http://www.playvid.com/watch/Hp3LA5oH-JL, http://www.playvid.com/watch/3RtXkgYXRkK, http://www.playvid.com/watch/guoEHmfIcGs, http://www.playvid.com/watch/gOLxjfKyZQt, http://www.playvid.com/watch/obMvHyGIA99, http://www.playvid.com/watch/M7Uiq5MwUwd, http://www.playvid.com/watch/W548oAKbt0K, http://www.playvid.com/watch/kGfgVjQc9ur, http://www.playvid.com/watch/5LEUkntP0-B, http://www.playvid.com/watch/YLniM3OutCo, http://www.playvid.com/watch/kJ5lDjkeo54, http://www.playvid.com/watch/zI5e60qyPMa, http://www.playvid.com/watch/ezHsmpoLfnx, http://www.playvid.com/watch/AkEmwtYMSVm, http://www.playvid.com/watch/yE5eZmvk2oA, http://www.playvid.com/watch/H38qRpcKScj, http://www.playvid.com/watch/DuAk-cUBMWc, http://www.playvid.com/watch/bTRJhGTOrS4, http://www.playvid.com/watch/3-HMJ9RXbOI, http://www.playvid.com/watch/qoGGvmis7VT
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mindoo
5.b. Uploader's email address: wearleono@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/mindoo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/I5qPEkYytU3, http://www.playvid.com/watch/vwVxLnP7Wje, http://www.playvid.com/watch/MqJdAN1mqSF, http://www.playvid.com/watch/y-nS50vNK9T, http://www.playvid.com/watch/uiEzV--b5e4, http://www.playvid.com/watch/rTqBuFGCFhZ, http://www.playvid.com/watch/u_RWDKKHlXj, http://www.playvid.com/watch/3q5jU9VWw3b, http://www.playvid.com/watch/U6oiPvGduoO, http://www.playvid.com/watch/ArSEmfG0Pzt, http://www.playvid.com/watch/dMCX-X45pwT, http://www.playvid.com/watch/OXNjEmW4zmA, http://www.playvid.com/watch/jgAEqHA_CEH, http://www.playvid.com/watch/78Nmx1-hABc, http://www.playvid.com/watch/NlzyEnP1HBN, http://www.playvid.com/watch/pIDb-bLHnxP, http://www.playvid.com/watch/yi84IEWWx_G, http://www.playvid.com/watch/kwRfBLqX7Sm, http://www.playvid.com/watch/A9fTORD-sW5, http://www.playvid.com/watch/dIcVVPJYcrK, http://www.playvid.com/watch/i_4LLqPTOuP, http://www.playvid.com/watch/T_FEF_Ea-jZ, http://www.playvid.com/watch/o5LxT26Q9cw, http://www.playvid.com/watch/Cm1Y6UrMHes, http://www.playvid.com/watch/vrpKjlEfTvc, http://www.playvid.com/watch/bbLsNhx7q96, http://www.playvid.com/watch/eAXGe53KY8a, http://www.playvid.com/watch/ITeJ1E-3_k9, http://www.playvid.com/watch/DO5aQDDtANK, http://www.playvid.com/watch/M0G27f6NLIJ, http://www.playvid.com/watch/L685R4iO70x, http://www.playvid.com/watch/IRVzwZgstA7, http://www.playvid.com/watch/OYKOoclxm_q, http://www.playvid.com/watch/Mp-Yh0EblT2, http://www.playvid.com/watch/QhUf3qnrRRJ, http://www.playvid.com/watch/uupyCIdfQYk, http://www.playvid.com/watch/86Rcvt4HJKc, http://www.playvid.com/watch/2OSyI0MGeNb, http://www.playvid.com/watch/m8QrPa-p7iA, http://www.playvid.com/watch/6CUxq_BVWrV, http://www.playvid.com/watch/Lo7gnzhmJ8x, http://www.playvid.com/watch/ZXv5fKKEVSc, http://www.playvid.com/watch/Y2ylH_F6-IU, http://www.playvid.com/watch/Hg1tl146jFM, http://www.playvid.com/watch/VzAp18rPSaO, http://www.playvid.com/watch/v7T32TzM4fX, http://www.playvid.com/watch/JxqF1TzIF1v, http://www.playvid.com/watch/gZDSvQdaaLc, http://www.playvid.com/watch/m7q2uZXB14m, http://www.playvid.com/watch/cobtR7x7O7W, http://www.playvid.com/watch/DE7IF7iIxUy, http://www.playvid.com/watch/WOxcG5m4oOL, http://www.playvid.com/watch/P9CjMrDy9zL, http://www.playvid.com/watch/J5vIUlkYVi5, http://www.playvid.com/watch/0Y2yhK-q4SZ, http://www.playvid.com/watch/u4vZA9zWZKz, http://www.playvid.com/watch/yuY_scN1YPk, http://www.playvid.com/watch/QgWZLAIZamt, http://www.playvid.com/watch/zLkYskckAcW,

http://www.playvid.com/watch/wPCloV8UCQu, http://www.playvid.com/watch/zQrAAMwQzFw, http://www.playvid.com/watch/2gU-nmaiKlE, http://www.playvid.com/watch/nNLI3TeTmS8, http://www.playvid.com/watch/7YoYn4j8bEI, http://www.playvid.com/watch/vOB9_YrdGZw, http://www.playvid.com/watch/rjW7qbZ2rqQ, http://www.playvid.com/watch/dX0fpnMEEVs, http://www.playvid.com/watch/XqRq4dkfJhg, http://www.playvid.com/watch/XAfI0HDVKuI, http://www.playvid.com/watch/Cs1BIKN18ba, http://www.playvid.com/watch/fZpAY5MuixB, http://www.playvid.com/watch/puwgLiK--uV, http://www.playvid.com/watch/36FN6PFVx76, http://www.playvid.com/watch/r2Co_4vJppS, http://www.playvid.com/watch/KkYrDEzXcBT, http://www.playvid.com/watch/BYTWDQwFvfM, http://www.playvid.com/watch/2PHgn25oGMP, http://www.playvid.com/watch/YH2bcH9U7Jx, http://www.playvid.com/watch/JL6mHE2A2gb, http://www.playvid.com/watch/HJj2P1LsVbf, http://www.playvid.com/watch/KjgygDSbJgS, http://www.playvid.com/watch/F4w5MQmcs5R, http://www.playvid.com/watch/oUakZM8OrrU, http://www.playvid.com/watch/SaGhoypnr_2, http://www.playvid.com/watch/TcPrGz119bm, http://www.playvid.com/watch/8JZxRdI4t5Z, http://www.playvid.com/watch/hrmp20Kx1uq, http://www.playvid.com/watch/igzxviiRwYY, http://www.playvid.com/watch/Di-ffOxxzZu, http://www.playvid.com/watch/M3_O02-uo3y, http://www.playvid.com/watch/wC5IC7f2Tef, http://www.playvid.com/watch/P8ITvy6GcHC, http://www.playvid.com/watch/YC0EUv3Jk1J, http://www.playvid.com/watch/hb1nUkp6Dn0, http://www.playvid.com/watch/R0LSnVJxFfj, http://www.playvid.com/watch/9D9DYjMgveF, http://www.playvid.com/watch/eH9xmfwtnTi, http://www.playvid.com/watch/h_eD2OOSnaN, http://www.playvid.com/watch/0oeN1fl_pb7, http://www.playvid.com/watch/LRmdCgImDlM, http://www.playvid.com/watch/uWZyrqNZdby, http://www.playvid.com/watch/3ABEHT-veKw, http://www.playvid.com/watch/NI4iYW9_hSr, http://www.playvid.com/watch/WUbm8877nFc, http://www.playvid.com/watch/FwDHtX9FfPp, http://www.playvid.com/watch/pLMM-A8LKdA, http://www.playvid.com/watch/ENq0U9cnqSF, http://www.playvid.com/watch/G3Mlvg51fyQ, http://www.playvid.com/watch/La5tLkG-a6Y, http://www.playvid.com/watch/ip1nvB4ShaQ, http://www.playvid.com/watch/jeWCPM3zS_u, http://www.playvid.com/watch/DinL9YN-ozl, http://www.playvid.com/watch/zuBA5hirKzI, http://www.playvid.com/watch/UTCyZJqekF6, http://www.playvid.com/watch/3ohLHakfyNQ, http://www.playvid.com/watch/l0fzHnkpDd6, http://www.playvid.com/watch/E65824ChXNf, http://www.playvid.com/watch/qNayT69wFHJ, http://www.playvid.com/watch/W9o_mfZXC0f, http://www.playvid.com/watch/puMPagiWhDE, http://www.playvid.com/watch/ciGain4-63m, http://www.playvid.com/watch/cuO4hsdpBfr, http://www.playvid.com/watch/KPkSxWMGFCu, http://www.playvid.com/watch/HzpWFmK3jmW, http://www.playvid.com/watch/bEZMOuLPpAY, http://www.playvid.com/watch/o3ucndX5SFj, http://www.playvid.com/watch/MajurheTy5F, http://www.playvid.com/watch/Qb56t08ioot, http://www.playvid.com/watch/Y13bPl1yaLT, http://www.playvid.com/watch/6sAKrP_Dd5c, http://www.playvid.com/watch/7D9zgdg7HVy, http://www.playvid.com/watch/sS-91h1rkkp, http://www.playvid.com/watch/ayR6vcA3NZF, http://www.playvid.com/watch/GD5Ngj0lM-E, http://www.playvid.com/watch/5BJJHJOe6im, http://www.playvid.com/watch/G-AxfCGEagf, http://www.playvid.com/watch/JEycCsHPpsE, http://www.playvid.com/watch/xD2calvQJOq, http://www.playvid.com/watch/I3S8DebvJ_9, http://www.playvid.com/watch/5NvNqS2cXKK, http://www.playvid.com/watch/u9sHZHv4hXf, http://www.playvid.com/watch/gXbUe2jqvwB, http://www.playvid.com/watch/Z_PThntqGoq, http://www.playvid.com/watch/RrweREN2uOF, http://www.playvid.com/watch/Bz1a32MWh2h, http://www.playvid.com/watch/XBecqx62ryG, http://www.playvid.com/watch/vk-sKNuACqF, http://www.playvid.com/watch/SedHKT76pLo, http://www.playvid.com/watch/HwoKTACs2_x, http://www.playvid.com/watch/zTvFoLGBvac, http://www.playvid.com/watch/p1hPIg_24ke, http://www.playvid.com/watch/YiisqPu4ZKu, http://www.playvid.com/watch/t7B8Zl5A1nv, http://www.playvid.com/watch/ZM0YlQs6uSe, http://www.playvid.com/watch/KwZJAslEL35, http://www.playvid.com/watch/wXNuobnhRSt, http://www.playvid.com/watch/r6R_etRn428, http://www.playvid.com/watch/8h4-QzbngVO, http://www.playvid.com/watch/f2iKdIMGera, http://www.playvid.com/watch/gcLWka3Lxg7, http://www.playvid.com/watch/lzyOtZtxOnA, http://www.playvid.com/watch/ulpC-LGWRSm, http://www.playvid.com/watch/9ifqoEkx765, http://www.playvid.com/watch/QgpWE_fCLHw, http://www.playvid.com/watch/hUS6Fr4nZQQ, http://www.playvid.com/watch/XZ8NX7p_G2x, http://www.playvid.com/watch/THvCYRqK55o, http://www.playvid.com/watch/CzJ6KrLEjYG, http://www.playvid.com/watch/gDWyKubo7JT, http://www.playvid.com/watch/T1KvziAjSCl, http://www.playvid.com/watch/44fUBkyPW1Y, http://www.playvid.com/watch/Gsa9kHOtzTl, http://www.playvid.com/watch/AqC_ZRaiWOW, http://www.playvid.com/watch/5Z4oLmj2uqa, http://www.playvid.com/watch/YPrBcWvhVMc, http://www.playvid.com/watch/YCTQnXHQLJP, http://www.playvid.com/watch/qMXF2vzWt5J, http://www.playvid.com/watch/hs_IM6kH4Eo, http://www.playvid.com/watch/ueLvJM1KQCt, http://www.playvid.com/watch/PZCcHPOujed, http://www.playvid.com/watch/rtGi3pCvpAo, http://www.playvid.com/watch/PeQClN19g3v, http://www.playvid.com/watch/TiBkvsZr69b, http://www.playvid.com/watch/oxqj3IbfvSV, http://www.playvid.com/watch/7Fmh5LhvQZA, http://www.playvid.com/watch/NBQRra2Rirv, http://www.playvid.com/watch/cbNp5MPiTHu, http://www.playvid.com/watch/ET0h3awS1yO, http://www.playvid.com/watch/6ZAuoG2b5w9, http://www.playvid.com/watch/9ORMvXDI7fo, http://www.playvid.com/watch/uALuRfrhCKR, http://www.playvid.com/watch/TQfogJ5eRGn, http://www.playvid.com/watch/zHMFxOt98KQ, http://www.playvid.com/watch/qm8cUMOrsTu, http://www.playvid.com/watch/aOMeGyjLqyR, http://www.playvid.com/watch/Hese_uJHFqc, http://www.playvid.com/watch/SLwMNit3lhM, http://www.playvid.com/watch/j1gD5Wla5Jk, http://www.playvid.com/watch/YIvTKzbz00o, http://www.playvid.com/watch/rYumK4aAK5o, http://www.playvid.com/watch/WNrveYHOMlm, http://www.playvid.com/watch/5xNN4x-c666, http://www.playvid.com/watch/jEPHjSSjM8f, http://www.playvid.com/watch/UhEkHElU4IT, http://www.playvid.com/watch/AdNAFS0Sn8Z, http://www.playvid.com/watch/ntVa2WmIFcE, http://www.playvid.com/watch/tmb4IBa8KSy, http://www.playvid.com/watch/8ElA0icHNJS, http://www.playvid.com/watch/TxSTk6BnM6Z, http://www.playvid.com/watch/pnK3pyFMDZ6, http://www.playvid.com/watch/BhnQI9h_ASq, http://www.playvid.com/watch/J1HIIYzeDhH, http://www.playvid.com/watch/ahqrW2lo0tY, http://www.playvid.com/watch/87I74gNjNFt, http://www.playvid.com/watch/Ve6CLiEUjdJ, http://www.playvid.com/watch/kVEtnPNqQGz, http://www.playvid.com/watch/LH6oyDqaAtX, http://www.playvid.com/watch/LzmGwCzbbPB, http://www.playvid.com/watch/db1o2hH4YLw, http://www.playvid.com/watch/35Z3HR7BdSz, http://www.playvid.com/watch/KKgOJMB4CdR, http://www.playvid.com/watch/iMg9Kr-P5JB, http://www.playvid.com/watch/aEbrBn34JDZ, http://www.playvid.com/watch/WExIFnsRWYS, http://www.playvid.com/watch/IuC_FpxTUZy, http://www.playvid.com/watch/k583cnnizSR, http://www.playvid.com/watch/AGk9J6W41ZT, http://www.playvid.com/watch/Ow8payJXKSX, http://www.playvid.com/watch/sclgRPx-YsK, http://www.playvid.com/watch/ydsZo_16ZGA, http://www.playvid.com/watch/x9l1eV2eMYc, http://www.playvid.com/watch/mCDteM6J7ed, http://www.playvid.com/watch/mrH6Kb9cgpp, http://www.playvid.com/watch/EK7hP4cxPal, http://www.playvid.com/watch/TmbS79TAIft, http://www.playvid.com/watch/SBsnOzhnHC2, http://www.playvid.com/watch/B9wZAW1BzsL, http://www.playvid.com/watch/OMch3cIl3KZ, http://www.playvid.com/watch/Tgj65IEcX2k, http://www.playvid.com/watch/VTgPD-Y_aeI, http://www.playvid.com/watch/iwYIdGT6bHI, http://www.playvid.com/watch/VCeei022fTI, http://www.playvid.com/watch/l1dE08qsaAy, http://www.playvid.com/watch/AY0qLk49OHT, http://www.playvid.com/watch/DC5p8xxR8_k, http://www.playvid.com/watch/B025JRyqn-o, http://www.playvid.com/watch/e8ivb4wwEG3, http://www.playvid.com/watch/NG2MjOAnMQV, http://www.playvid.com/watch/Aax3N_KnC36, http://www.playvid.com/watch/3VhOHy3dXL8, http://www.playvid.com/watch/sTTgoi6lQQF, http://www.playvid.com/watch/B2BwzM7QFK9, http://www.playvid.com/watch/7Ic3niballK, http://www.playvid.com/watch/4suWKdPd4YT, http://www.playvid.com/watch/2iLCb0rWMuD, http://www.playvid.com/watch/XhwuUTaNRQq, http://www.playvid.com/watch/rAWwns_0Elo, http://www.playvid.com/watch/ennw7CY7f4v, http://www.playvid.com/watch/5_8K3FbOJgO, http://www.playvid.com/watch/hCN4k5k17Q7, http://www.playvid.com/watch/ghgZcVWXEiW, http://www.playvid.com/watch/JEOOyw1it1C, http://www.playvid.com/watch/kNBt4cCju6E

5.f. Date of third notice: 2014-04-16

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: minibikini

5.b. Uploader's email address: arnoldquas@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/minibikini

5.e. List of videos posted by uploader: http://www.playvid.com/watch/2qGUdMAAexy, http://www.playvid.com/watch/NcsK8OvcChj, http://www.playvid.com/watch/IvnQZMjbgfl, http://www.playvid.com/watch/fprJCyJnDpM, http://www.playvid.com/watch/RXKHOflBy4I, http://www.playvid.com/watch/RlaDPlRQ-RF, http://www.playvid.com/watch/RLvSBZZAcUM, http://www.playvid.com/watch/NEtSlgenLcL, http://www.playvid.com/watch/GRBxphZ8lfY, http://www.playvid.com/watch/N8aXMqI2PBY, http://www.playvid.com/watch/dm0XPCfg6Pz, http://www.playvid.com/watch/4syzz56RVJl, http://www.playvid.com/watch/SPyMyRx4Ya0, http://www.playvid.com/watch/FsjJUI6Bhat, http://www.playvid.com/watch/G0EvxnisWYS, http://www.playvid.com/watch/F5GAIx7-5LY, http://www.playvid.com/watch/WowwEKSVpBd, http://www.playvid.com/watch/c3kKdMsVLFp, http://www.playvid.com/watch/oPC3q4zuXz3, http://www.playvid.com/watch/fTEpwNyPwJD, http://www.playvid.com/watch/SVKjkIhLOuV, http://www.playvid.com/watch/0OgMQegSKzU, http://www.playvid.com/watch/MoDwEX6Sn6C, http://www.playvid.com/watch/LEyCYLOOuMi, http://www.playvid.com/watch/0XjKvvEf8Za, http://www.playvid.com/watch/CWSVTul5SxH, http://www.playvid.com/watch/Y7KZKNYxbJi, http://www.playvid.com/watch/FVnQra-YJHu, http://www.playvid.com/watch/q0q2nMeMrYH, http://www.playvid.com/watch/JsiwJbUjYd9, http://www.playvid.com/watch/-OGfL0Ol2sE, http://www.playvid.com/watch/WIjkHGklW2M, http://www.playvid.com/watch/3qm85GkpBDg, http://www.playvid.com/watch/ugIiPpdeLA2, http://www.playvid.com/watch/6fwKh7zxyQg, http://www.playvid.com/watch/aoxJCfTvESQ, http://www.playvid.com/watch/TiRXfA3Ex-4, http://www.playvid.com/watch/-6jqZKtDXZN, http://www.playvid.com/watch/eOfnBLTvFpu, http://www.playvid.com/watch/6C0d4T2a0kV, http://www.playvid.com/watch/scrkesiNvrM, http://www.playvid.com/watch/DGtBTahHeIU, http://www.playvid.com/watch/rkfFnk245wB, http://www.playvid.com/watch/ftP5ye3yHXE, http://www.playvid.com/watch/Qn7qqahzPIw, http://www.playvid.com/watch/OrI8CrFHIxQ, http://www.playvid.com/watch/Vqnu4W8qEyn, http://www.playvid.com/watch/t3QtZBV6kYf, http://www.playvid.com/watch/UAxIId5GEOK, http://www.playvid.com/watch/4MJQFoSFlSG, http://www.playvid.com/watch/3t-XjFAR0jY, http://www.playvid.com/watch/9za3makMpRA, http://www.playvid.com/watch/bg-pTKOPx5h, http://www.playvid.com/watch/IEqFTl9jkj7, http://www.playvid.com/watch/5oB6IYVOPOR, http://www.playvid.com/watch/lL5Ldiw7-vo, http://www.playvid.com/watch/JFlE5YURXQ4, http://www.playvid.com/watch/XI7LUV4t2U6, http://www.playvid.com/watch/vzAKqlBkizj, http://www.playvid.com/watch/hOC-4TtrWj-, http://www.playvid.com/watch/rVkQDeqmK7h, http://www.playvid.com/watch/53nw89Ut3Wr, http://www.playvid.com/watch/ptzmEcuXVbG, http://www.playvid.com/watch/udz44uGhKWs, http://www.playvid.com/watch/e4Q6zvu9KwC,

http://www.playvid.com/watch/bpXyQN0iFx4, http://www.playvid.com/watch/bovYkWR4RE-, http://www.playvid.com/watch/9GFxvamd0WC,
http://www.playvid.com/watch/qbcpjbz5Y9l, http://www.playvid.com/watch/AvDfm5kpCIh, http://www.playvid.com/watch/pTWZZ-cFQzm,
http://www.playvid.com/watch/WJtAffF5p3i, http://www.playvid.com/watch/qJn3nzmBpN0, http://www.playvid.com/watch/RqvHdoixMrt,
http://www.playvid.com/watch/Nv-byjZYjAD, http://www.playvid.com/watch/SzPcyvAZkP8, http://www.playvid.com/watch/kUBECy866gL,
http://www.playvid.com/watch/E5ylErD3QTI, http://www.playvid.com/watch/PerFWQ7qARD, http://www.playvid.com/watch/06uC56vNX7-,
http://www.playvid.com/watch/LxkqerJtNZA, http://www.playvid.com/watch/ZliN43MLZ-h, http://www.playvid.com/watch/RQuhcYB2gk-,
http://www.playvid.com/watch/kKKSjlcxn3O, http://www.playvid.com/watch/dmQ4bX2N98t, http://www.playvid.com/watch/N-MzO543uBj,
http://www.playvid.com/watch/dPhLnrGOCTZ, http://www.playvid.com/watch/70mp4fPUEZg, http://www.playvid.com/watch/xk0awgExwnH,
http://www.playvid.com/watch/YXad0kAuLGZ, http://www.playvid.com/watch/QBy8csnloN0, http://www.playvid.com/watch/zR7EutmmhuH,
http://www.playvid.com/watch/Si03k2pvfsz, http://www.playvid.com/watch/jVboxPPxqBR, http://www.playvid.com/watch/ml0ZNsbt2Q2,
http://www.playvid.com/watch/w5LRLuwvfR2, http://www.playvid.com/watch/U3g8qZHfDiE, http://www.playvid.com/watch/wq3yJdkA5hO,
http://www.playvid.com/watch/bB3pHbhyibb, http://www.playvid.com/watch/imlckIUgqF-, http://www.playvid.com/watch/c68PBnOvEx8,
http://www.playvid.com/watch/j2CIOoVLCnA, http://www.playvid.com/watch/I7uKfgwfMTv, http://www.playvid.com/watch/LHvmMiRAj8y,
http://www.playvid.com/watch/FN4G2jycciO, http://www.playvid.com/watch/-BCWLTRNUeK, http://www.playvid.com/watch/ivq9mHN6y8b,
http://www.playvid.com/watch/qPv3qZGOIpb, http://www.playvid.com/watch/-dTplfgXJQi, http://www.playvid.com/watch/fgPAZZdRrkl,
http://www.playvid.com/watch/iK9gv36uYT9, http://www.playvid.com/watch/hn3KkoTmz-I, http://www.playvid.com/watch/kjAyEefdbdZ,
http://www.playvid.com/watch/EGFHjKK2MnD, http://www.playvid.com/watch/Aq7YD48aWRF, http://www.playvid.com/watch/vV0M4CK9JWs,
http://www.playvid.com/watch/epQbu9Tc-st, http://www.playvid.com/watch/Pfh0egpZvUi, http://www.playvid.com/watch/w6COqwslnF0,
http://www.playvid.com/watch/73RmxBhm3Rx, http://www.playvid.com/watch/6pLMQ05v5Yq, http://www.playvid.com/watch/Wq2EQYwOVH4,
http://www.playvid.com/watch/lDOG8AIZjuU, http://www.playvid.com/watch/4LLh2UIBqit, http://www.playvid.com/watch/YhtpsiPBdAs,
http://www.playvid.com/watch/5pQ4v3xEYu5, http://www.playvid.com/watch/JLkTQ-TLy7b, http://www.playvid.com/watch/u9BXqvdjg0R,
http://www.playvid.com/watch/POaUT4g86DN, http://www.playvid.com/watch/mSpGhhUzp-n, http://www.playvid.com/watch/8Hs8aDcWGgB,
http://www.playvid.com/watch/epIxpooGymf, http://www.playvid.com/watch/xNNVGl4-xKk, http://www.playvid.com/watch/-yecuBGswol,
http://www.playvid.com/watch/wuCYF4MgLlY, http://www.playvid.com/watch/rmoGhuDTs2y, http://www.playvid.com/watch/UFTXmeHcJAw,
http://www.playvid.com/watch/gaTENAtyHYP, http://www.playvid.com/watch/iDbkN3B6RiF, http://www.playvid.com/watch/-eMpp6z6tkH,
http://www.playvid.com/watch/JXMjeNddbXG, http://www.playvid.com/watch/sCwzrWovezH, http://www.playvid.com/watch/rpua80iblNp,
http://www.playvid.com/watch/FtT28GJ6cZn, http://www.playvid.com/watch/X0fuQyzdqVn, http://www.playvid.com/watch/UaGUvltRxOT,
http://www.playvid.com/watch/kstTa8v4byC, http://www.playvid.com/watch/5ybCiCPZmV9, http://www.playvid.com/watch/-sVBmVwCGVU,
http://www.playvid.com/watch/BhJMCFvPaoL, http://www.playvid.com/watch/vXMH0bn6Czk, http://www.playvid.com/watch/2xjdS4t72q2,
http://www.playvid.com/watch/MAUrfs0S7mS, http://www.playvid.com/watch/CjfNpnc9s4P, http://www.playvid.com/watch/MGeATQAGSS0,
http://www.playvid.com/watch/PSvAZLsXHEn, http://www.playvid.com/watch/bGWmxsFVb0u, http://www.playvid.com/watch/MsqA0S2JPpW,
http://www.playvid.com/watch/vma4rtdteyf, http://www.playvid.com/watch/AxCVKxJx-zn, http://www.playvid.com/watch/uHqY9qNUs0D,
http://www.playvid.com/watch/ncL9hlqYnfR, http://www.playvid.com/watch/lzyDWiT0vQm, http://www.playvid.com/watch/NcKp3pOmShk,
http://www.playvid.com/watch/mNPGF9CSQDt, http://www.playvid.com/watch/OnLqifCU790, http://www.playvid.com/watch/c7tWCEBT9ls,
http://www.playvid.com/watch/q-jxUNZ5QgM, http://www.playvid.com/watch/-yU9uZhJ9qZ, http://www.playvid.com/watch/4nIxMHf3Qxf,
http://www.playvid.com/watch/4cnrrMSGTmf, http://www.playvid.com/watch/NRShjrstePZ, http://www.playvid.com/watch/fBwrXrttygc,
http://www.playvid.com/watch/qhxKdiINnvH, http://www.playvid.com/watch/TmsvhqoOOpn, http://www.playvid.com/watch/xvIlVHcpwnz,
http://www.playvid.com/watch/syxywT68Y42, http://www.playvid.com/watch/TzF5t2JUcMb, http://www.playvid.com/watch/qFEN0W0xksF,
http://www.playvid.com/watch/m3sOGfPONdx, http://www.playvid.com/watch/l5OTIeCztCa, http://www.playvid.com/watch/8n7peAHuwkp,
http://www.playvid.com/watch/YPcPxO5r9mw, http://www.playvid.com/watch/EMTANhNwrJe, http://www.playvid.com/watch/osaPZZqk8RI,
http://www.playvid.com/watch/ondHSFMCoS8, http://www.playvid.com/watch/D493m6ndz2L, http://www.playvid.com/watch/l0jAbYocH2L,
http://www.playvid.com/watch/iRSPtrQA9Sl, http://www.playvid.com/watch/U48kZYyDYKn, http://www.playvid.com/watch/uvHaoQxfRS-,
http://www.playvid.com/watch/aFiCTE2fPTk, http://www.playvid.com/watch/RqsQKOubJN4, http://www.playvid.com/watch/KMZum5MZIyT,
http://www.playvid.com/watch/f5j5gMay9C7, http://www.playvid.com/watch/z8ut6mOzMMI, http://www.playvid.com/watch/s72jB83Eg3O,
http://www.playvid.com/watch/dZXgSqFVyLB, http://www.playvid.com/watch/60hDk8Inw5k, http://www.playvid.com/watch/DtSn0UABNbv,
http://www.playvid.com/watch/vLGAipjAgk3, http://www.playvid.com/watch/IoMfPAyE2ME, http://www.playvid.com/watch/tH8iKDHlVBS,
http://www.playvid.com/watch/VSMq26HPJkl, http://www.playvid.com/watch/wGP66xKn0wz, http://www.playvid.com/watch/tWmi-XusOKz,
http://www.playvid.com/watch/J2gP4HxwiIo, http://www.playvid.com/watch/jcufhHPlSy7, http://www.playvid.com/watch/gh0eZXyhfNb,
http://www.playvid.com/watch/x2hgFZ2-GGJ, http://www.playvid.com/watch/uUcoxkZtIcJ, http://www.playvid.com/watch/6VYZzzS0CrZ,
http://www.playvid.com/watch/DLFLxFwWBbA, http://www.playvid.com/watch/a4Wfn90kHYW, http://www.playvid.com/watch/20gP2CXcEJa,
http://www.playvid.com/watch/WOpGDmAh8XE, http://www.playvid.com/watch/ejEhytCmFwT, http://www.playvid.com/watch/P8Kk8CFwXw4,
http://www.playvid.com/watch/lDtmoUzXPdZ, http://www.playvid.com/watch/W2SceN5nUCq, http://www.playvid.com/watch/463vJzojyto,
http://www.playvid.com/watch/GKaMTpo0Cno, http://www.playvid.com/watch/OQlc6e7Hbo-, http://www.playvid.com/watch/B2r-hodT3oj,
http://www.playvid.com/watch/mfTUXrg6L8U, http://www.playvid.com/watch/ZlnjxsP7UnB, http://www.playvid.com/watch/PQx0SxoQ8H7,
http://www.playvid.com/watch/Wy9NNKgqEsX, http://www.playvid.com/watch/KxArihckjTk, http://www.playvid.com/watch/A8T-4DuKxlD,
http://www.playvid.com/watch/GI7nHTzCvQX, http://www.playvid.com/watch/sHlDUExd3Cz, http://www.playvid.com/watch/CB2-mSheEfx,
http://www.playvid.com/watch/CYhQyf36jix, http://www.playvid.com/watch/biq-RS56eHP, http://www.playvid.com/watch/Jva3CcwQLkN,
http://www.playvid.com/watch/qQmtD7AW7g4, http://www.playvid.com/watch/sEAtLPnJqYb, http://www.playvid.com/watch/wFGUOogwXsm,
http://www.playvid.com/watch/lAobIfBYhJT, http://www.playvid.com/watch/i3TTNpG3He2, http://www.playvid.com/watch/R5ZeOso2plb,
http://www.playvid.com/watch/CkqRWKcMgH2, http://www.playvid.com/watch/ekw864ogBgX, http://www.playvid.com/watch/97FnJUJ0sIS,
http://www.playvid.com/watch/6adqY-En4kf, http://www.playvid.com/watch/La7CaRVfoC9, http://www.playvid.com/watch/-xaErMUXRz7,
http://www.playvid.com/watch/jzaP2rSTAoZ, http://www.playvid.com/watch/qNx73YS7TGW, http://www.playvid.com/watch/Hv85ykihN9z,
http://www.playvid.com/watch/xsFhQ-zvnuY, http://www.playvid.com/watch/qbeRcbbKb0-, http://www.playvid.com/watch/KjLb6LYBN30,
http://www.playvid.com/watch/UZH3V3Le9WA, http://www.playvid.com/watch/BZoY5I9rnQ5, http://www.playvid.com/watch/iN88oROpq8L,
http://www.playvid.com/watch/IeQy44NiVvJ, http://www.playvid.com/watch/GxFKFEEEMPT, http://www.playvid.com/watch/ySk73AsmUNM,
http://www.playvid.com/watch/FbNC8VLcNMR, http://www.playvid.com/watch/ZWxgJ-ZWa6J, http://www.playvid.com/watch/AEJEighX9gR,
http://www.playvid.com/watch/vE8NE0esWSH, http://www.playvid.com/watch/dj4yWd7SsLL, http://www.playvid.com/watch/ajbyfEiCTSo,
http://www.playvid.com/watch/iNQTo6norUu, http://www.playvid.com/watch/erjYRi6HdVR, http://www.playvid.com/watch/r4zQa4cGgJl,
http://www.playvid.com/watch/fxf8shpArfx, http://www.playvid.com/watch/igQ44HyMeXr, http://www.playvid.com/watch/GYiVh2BlVde,
http://www.playvid.com/watch/wVQBpoxAHzd, http://www.playvid.com/watch/XskVYQxncW4, http://www.playvid.com/watch/JY2lHGXVlRU,
http://www.playvid.com/watch/arhm-XPPoQB, http://www.playvid.com/watch/eX0DtosMt9H, http://www.playvid.com/watch/TUeniDunHsw,
http://www.playvid.com/watch/AlQ9-uzlhWM, http://www.playvid.com/watch/2RMlijGy9ZR, http://www.playvid.com/watch/aLxQLrJq8O8,
http://www.playvid.com/watch/0EhhMRc-cxp, http://www.playvid.com/watch/bphVcLMOQCZ, http://www.playvid.com/watch/pupvUn82iX-,
http://www.playvid.com/watch/jrBlVWrOCFG, http://www.playvid.com/watch/BCbsGubY-3B, http://www.playvid.com/watch/N-4H3x552WH,
http://www.playvid.com/watch/QwggGQp2XbN, http://www.playvid.com/watch/am-a4BnAaFL, http://www.playvid.com/watch/FFBwbOJp8dY,
http://www.playvid.com/watch/CfMQXhV05-x, http://www.playvid.com/watch/aKhMOkcpPgI, http://www.playvid.com/watch/5ozcPZ6jhLc,
http://www.playvid.com/watch/TUQDptSGP42, http://www.playvid.com/watch/OutAWAVDewD, http://www.playvid.com/watch/4qCHAMtJ4KB,
http://www.playvid.com/watch/tbQMFm6Wfsv, http://www.playvid.com/watch/SmCZJIZanrR, http://www.playvid.com/watch/pnTi33wZ2cn,
http://www.playvid.com/watch/oPSo4aVzi9k, http://www.playvid.com/watch/Ni0WlBME6dB, http://www.playvid.com/watch/d4aN5Jyfldj,
http://www.playvid.com/watch/C9WKXbfMtRH, http://www.playvid.com/watch/jnM5iwaG5nA, http://www.playvid.com/watch/6MNshNzI0sz,
http://www.playvid.com/watch/dh2dKfeTBKv, http://www.playvid.com/watch/h82xDDm07au, http://www.playvid.com/watch/l7ovNlUu8va,
http://www.playvid.com/watch/3G8UUUC6Uaz, http://www.playvid.com/watch/rX7kYEgaqTm, http://www.playvid.com/watch/KjCxg3JA8hh,
http://www.playvid.com/watch/KHx0p3GMLD6, http://www.playvid.com/watch/s92era8jtmK, http://www.playvid.com/watch/gk-a-oiu7dF,
http://www.playvid.com/watch/-UPXTF2RFU-, http://www.playvid.com/watch/GhgXK58Niv6, http://www.playvid.com/watch/T9SiDNo6mZT,
http://www.playvid.com/watch/BgQQADRmFIN, http://www.playvid.com/watch/ElTafRqEzb3, http://www.playvid.com/watch/R9AiskM7-4f,
http://www.playvid.com/watch/DRyNInpVZDN, http://www.playvid.com/watch/pf2bySTZLr-, http://www.playvid.com/watch/HY6C7hQAXEB,
http://www.playvid.com/watch/98FahNzMumS, http://www.playvid.com/watch/dz2843wRsv2, http://www.playvid.com/watch/bOcQJCKApBb,
http://www.playvid.com/watch/SEm7Fb0UFlk, http://www.playvid.com/watch/i3cT57M7czi, http://www.playvid.com/watch/-hCqT4KGgzx,
http://www.playvid.com/watch/N88LOp33jNv, http://www.playvid.com/watch/KXOPxtB8Pkv, http://www.playvid.com/watch/ni6jIeUqPBb,
http://www.playvid.com/watch/cD-t8-hERla, http://www.playvid.com/watch/nA78qplWr9y, http://www.playvid.com/watch/hpR2ptvBgij,
http://www.playvid.com/watch/wDBgcGC7MHH, http://www.playvid.com/watch/3oJF00Ydu3V, http://www.playvid.com/watch/oESFmYN5mi9,
http://www.playvid.com/watch/DPTrV9ls9Zx, http://www.playvid.com/watch/j3oCa2ixUp2, http://www.playvid.com/watch/larYxDExTe7,
http://www.playvid.com/watch/kvHpg-GcD5A, http://www.playvid.com/watch/Bs6Dq0T475l, http://www.playvid.com/watch/8ntgm3Dt6RP,
http://www.playvid.com/watch/yNp0AClr0fq, http://www.playvid.com/watch/8bhNRYdnX5-, http://www.playvid.com/watch/OYKZiry8XzP,
http://www.playvid.com/watch/h2lAux3UKLc, http://www.playvid.com/watch/uPLreFYG85W, http://www.playvid.com/watch/koVOHIcVlXv,
http://www.playvid.com/watch/lmls2gtFivD, http://www.playvid.com/watch/04WxSTiQQyi, http://www.playvid.com/watch/oTIf0hUOQs7,

http://www.playvid.com/watch/xazPy2Gmslv, http://www.playvid.com/watch/oSjTQ-z2iNa, http://www.playvid.com/watch/fVMNfSrucZs, http://www.playvid.com/watch/LC0Hmu8bdDE, http://www.playvid.com/watch/3zSnSsPJACL, http://www.playvid.com/watch/YhfWdesUbuk, http://www.playvid.com/watch/XoENF5E-osc, http://www.playvid.com/watch/nyXz9BoapWv, http://www.playvid.com/watch/rdREMp2MKqv, http://www.playvid.com/watch/uuza8mWIjr0, http://www.playvid.com/watch/IFpUJZkFXdD, http://www.playvid.com/watch/VoNld5YocLF, http://www.playvid.com/watch/eoSCmszSJNN, http://www.playvid.com/watch/VSVKpJWh6Ah, http://www.playvid.com/watch/KzXSuhaLoxJ, http://www.playvid.com/watch/UJYw0PSMxHO, http://www.playvid.com/watch/u0atHqkJcZI, http://www.playvid.com/watch/cjay07L5dVZ, http://www.playvid.com/watch/XwGXE0ZUPox, http://www.playvid.com/watch/RKL8I4c9trA, http://www.playvid.com/watch/bjfYsM3bZYU, http://www.playvid.com/watch/yVU-6TasJ8I, http://www.playvid.com/watch/njteoi9ejk6, http://www.playvid.com/watch/VTeRlmsWitc, http://www.playvid.com/watch/cDkIqSWc-8z, http://www.playvid.com/watch/PsxuKeGB8C6, http://www.playvid.com/watch/QjtBB0g-aP6, http://www.playvid.com/watch/Gt2gj-9EttM, http://www.playvid.com/watch/b75OtXMBrgK, http://www.playvid.com/watch/pv-wEsHxaNX, http://www.playvid.com/watch/Vh3UIXliU2z, http://www.playvid.com/watch/92qGOOJolb5, http://www.playvid.com/watch/FT-KjhHoe37, http://www.playvid.com/watch/FiU-dy5NOSb, http://www.playvid.com/watch/fUuVCoMyhmo, http://www.playvid.com/watch/ESOwOLygCmO, http://www.playvid.com/watch/wCk6tZrttyK, http://www.playvid.com/watch/IlVmfLXBAbU, http://www.playvid.com/watch/sBrROZgnqbL, http://www.playvid.com/watch/e992w-VthuZ, http://www.playvid.com/watch/MXYiAZENVCY, http://www.playvid.com/watch/ZljFGqYELRJ, http://www.playvid.com/watch/hP5TJioovzP, http://www.playvid.com/watch/Fj8QfjAGriI, http://www.playvid.com/watch/JKn6SnrY3am, http://www.playvid.com/watch/MbqQcpQSdrC, http://www.playvid.com/watch/pnRoAUKyAyD, http://www.playvid.com/watch/pdv4Vy70bOi, http://www.playvid.com/watch/6rbsfhYE6fe, http://www.playvid.com/watch/u8NQoOav07-, http://www.playvid.com/watch/2JZEU5dEDIi, http://www.playvid.com/watch/HagnsjXGjJO, http://www.playvid.com/watch/4KDNbSc8nsp, http://www.playvid.com/watch/rpM8NB3Spop, http://www.playvid.com/watch/8BH8l-AfaiZ, http://www.playvid.com/watch/gI9ttncEGn-, http://www.playvid.com/watch/-bUKUwRH0Ob, http://www.playvid.com/watch/qU-IS0e3K4v, http://www.playvid.com/watch/sLlkWErBkKz, http://www.playvid.com/watch/-U5YXKgcmSn, http://www.playvid.com/watch/ADt0H-k0Vhe, http://www.playvid.com/watch/AE7Ofm69ARW, http://www.playvid.com/watch/tfzdfRYDo8c, http://www.playvid.com/watch/0n6OcR9dtH9, http://www.playvid.com/watch/zqyJMFofqrB, http://www.playvid.com/watch/BACWsTT7cuK, http://www.playvid.com/watch/em4wOZd0EqP, http://www.playvid.com/watch/KVu3K-Vfbno, http://www.playvid.com/watch/xXOvk7DaH7J, http://www.playvid.com/watch/DUf2pqMkHFY, http://www.playvid.com/watch/rngb-5xmcWv, http://www.playvid.com/watch/k5FYcRI-erW, http://www.playvid.com/watch/nqJGV2gA8jc, http://www.playvid.com/watch/j5BaYcM0h44, http://www.playvid.com/watch/trQB6m339z8, http://www.playvid.com/watch/QXeRHDOhE5W, http://www.playvid.com/watch/fsGfoC7z2Ut, http://www.playvid.com/watch/mtYF3ElDxLT, http://www.playvid.com/watch/w20-WwSKVyG, http://www.playvid.com/watch/DR2p9EABfHS, http://www.playvid.com/watch/SHjwsJtAoKk, http://www.playvid.com/watch/l3vSEyi-F9F, http://www.playvid.com/watch/KyFfAcNDecT, http://www.playvid.com/watch/dKxBaGIscIP, http://www.playvid.com/watch/pdQ7MC9Rpx4, http://www.playvid.com/watch/KDxIjzPq8J6, http://www.playvid.com/watch/ymieeI0YSCa, http://www.playvid.com/watch/tFHSELwX20v, http://www.playvid.com/watch/9SBYV30NLxW, http://www.playvid.com/watch/lSOj0Cenh6E, http://www.playvid.com/watch/aJx9FhOnWpB, http://www.playvid.com/watch/amW-TmVkWh6, http://www.playvid.com/watch/MRnf5x4a2JK, http://www.playvid.com/watch/DQDKGQfmSWk, http://www.playvid.com/watch/RTqEXmP7pRr, http://www.playvid.com/watch/ZCf8DrOM9Zr, http://www.playvid.com/watch/zqk9o5TqLkc, http://www.playvid.com/watch/MPACNSmOShj, http://www.playvid.com/watch/ajaq4YEeKjL, http://www.playvid.com/watch/yHu-EYi95oI, http://www.playvid.com/watch/H-U5D5wa57z, http://www.playvid.com/watch/yaGxei6Citg, http://www.playvid.com/watch/KoT2OypWlmJ, http://www.playvid.com/watch/QC-ns8uLc85, http://www.playvid.com/watch/acz6Lg2QiSR, http://www.playvid.com/watch/XhYiuO-dBhR, http://www.playvid.com/watch/kS6U7BzEtFe, http://www.playvid.com/watch/kSi8RoIsfQX, http://www.playvid.com/watch/xXABWsr4un-, http://www.playvid.com/watch/2oVE-SKw2tH, http://www.playvid.com/watch/ittIvlPrrrV, http://www.playvid.com/watch/McJPnoroU5X, http://www.playvid.com/watch/f8KgwyKXLXr, http://www.playvid.com/watch/tNbckZvp8X6, http://www.playvid.com/watch/HVnOPDRSL7v, http://www.playvid.com/watch/U8xDayTE-bJ, http://www.playvid.com/watch/9YGUbER6oSV, http://www.playvid.com/watch/6sR0-Ijet5-, http://www.playvid.com/watch/PWLi8d4Sobj, http://www.playvid.com/watch/bwxSmrlnoKz, http://www.playvid.com/watch/vbZiXokJtcB, http://www.playvid.com/watch/xvpnRGhUF6J, http://www.playvid.com/watch/pBrrv6PXa9F, http://www.playvid.com/watch/PutXSdRzhlx, http://www.playvid.com/watch/QlPvicChsf9, http://www.playvid.com/watch/5rPXOfd6by0, http://www.playvid.com/watch/cZKkysngy40, http://www.playvid.com/watch/IiGK60CQ-Ye, http://www.playvid.com/watch/NSyMt4ea2M5, http://www.playvid.com/watch/xuyCOSu7Yzx, http://www.playvid.com/watch/nQ7lCAIrD9h, http://www.playvid.com/watch/hIXTFnoVeKS, http://www.playvid.com/watch/3pv8W5Uqt8o, http://www.playvid.com/watch/r9ij4s-fHMj, http://www.playvid.com/watch/NLpIWYcEs9H, http://www.playvid.com/watch/0EDT5VzqxBf, http://www.playvid.com/watch/MpZa2vzO4FA, http://www.playvid.com/watch/UXyUVrwN30i, http://www.playvid.com/watch/RuW6LAPP53s, http://www.playvid.com/watch/Lkh0f3Cy744, http://www.playvid.com/watch/XZQWoQ7Asks, http://www.playvid.com/watch/nGLa2Ye6MsU, http://www.playvid.com/watch/oT6ZsjYRS0U, http://www.playvid.com/watch/EHcfmDcsQRx, http://www.playvid.com/watch/QTvHdvx032D, http://www.playvid.com/watch/96MnIDrFl8V, http://www.playvid.com/watch/oPG7qhZ7G0V, http://www.playvid.com/watch/lwto8cRNNph, http://www.playvid.com/watch/lNEQFy5uzTg, http://www.playvid.com/watch/z0mes7efId2, http://www.playvid.com/watch/eemKSFWDIOW, http://www.playvid.com/watch/aPmOhk9viFB, http://www.playvid.com/watch/pzLq0B29609, http://www.playvid.com/watch/L28krik4xrs, http://www.playvid.com/watch/l3Q3Ls74geK, http://www.playvid.com/watch/kDWg3OUrPT6, http://www.playvid.com/watch/6wwovvqwDAU, http://www.playvid.com/watch/fUdCYFaxkNv, http://www.playvid.com/watch/SvWqma8DCyq, http://www.playvid.com/watch/UcCHbTmbPAS, http://www.playvid.com/watch/6U5fzQ6ygMu, http://www.playvid.com/watch/VKzmFWcoaU4, http://www.playvid.com/watch/OyPzAptjyvD, http://www.playvid.com/watch/fY538-I3D-u, http://www.playvid.com/watch/MV-iBzGpalL, http://www.playvid.com/watch/tYkORwzPNJO, http://www.playvid.com/watch/tokFjkGlEy8, http://www.playvid.com/watch/RuA8LzZ3cYG, http://www.playvid.com/watch/dH-QaxkGL25, http://www.playvid.com/watch/ELGKsiWKLio, http://www.playvid.com/watch/iCdGcE-XxFj, http://www.playvid.com/watch/5-6ParjXNlT, http://www.playvid.com/watch/uQAorZ0aS2H, http://www.playvid.com/watch/7JU-wbmzTDk, http://www.playvid.com/watch/3nVlplrgxKS, http://www.playvid.com/watch/6ZutbkAHL7a, http://www.playvid.com/watch/fzipvbMJBbf, http://www.playvid.com/watch/QniewXGpfcG, http://www.playvid.com/watch/rD2Vg6p6eDl, http://www.playvid.com/watch/LN4eyIj-OS3, http://www.playvid.com/watch/Qi9DOa6drXr, http://www.playvid.com/watch/K4dEMEc9QlG, http://www.playvid.com/watch/7BeuOXixDkG, http://www.playvid.com/watch/PgyMy6SlLbZ, http://www.playvid.com/watch/QLnpPlE8Fql, http://www.playvid.com/watch/lgV3uK-ka5g, http://www.playvid.com/watch/mXMGw6B34ET, http://www.playvid.com/watch/KC3Blul97VD, http://www.playvid.com/watch/idxWUhqrnF6, http://www.playvid.com/watch/kf5JohdzhCn, http://www.playvid.com/watch/83iL-LTgVLN, http://www.playvid.com/watch/nzXoEXpzJzW, http://www.playvid.com/watch/TPSZdb8FSAp, http://www.playvid.com/watch/ZZf2jNt9-fp, http://www.playvid.com/watch/RcD2Rh6yark, http://www.playvid.com/watch/ZV2YdjT5CbP, http://www.playvid.com/watch/byIsqUbm-3b

5.f. Date of third notice: 2013-09-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: minicooper

5.b. Uploader's email address: barnybar@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/minicooper

5.e. List of videos posted by uploader: http://www.playvid.com/watch/cHMa3kG3sy2, http://www.playvid.com/watch/NLw4acwqm0U, http://www.playvid.com/watch/Tw4NDF4p6Gi, http://www.playvid.com/watch/HoMrzfLOsrS, http://www.playvid.com/watch/QualHqB-Dpc, http://www.playvid.com/watch/89GfgM1Q75N, http://www.playvid.com/watch/D5IuIztESAg, http://www.playvid.com/watch/lTyI5OS2xoA, http://www.playvid.com/watch/YBpdLYcqflm, http://www.playvid.com/watch/w9aWELbw_C9, http://www.playvid.com/watch/yShOJH2R7hs, http://www.playvid.com/watch/fvnriL8_C7y, http://www.playvid.com/watch/9r2PdkOzkzc, http://www.playvid.com/watch/3myjeLLxeNQ, http://www.playvid.com/watch/duONWAmJbAa, http://www.playvid.com/watch/hH86ZuwcdVs, http://www.playvid.com/watch/GHwwULVIRa9, http://www.playvid.com/watch/ygzQVvMnX4a, http://www.playvid.com/watch/VxOcKWZKux2, http://www.playvid.com/watch/aHG2JCwR7Dj, http://www.playvid.com/watch/CD_4knc4eXQ, http://www.playvid.com/watch/zaM4BPM_lOf, http://www.playvid.com/watch/q4Kl9WqgcQo, http://www.playvid.com/watch/lfSP6xN3m1T, http://www.playvid.com/watch/wwKyycA1lvL, http://www.playvid.com/watch/6jSVlDgGpcf, http://www.playvid.com/watch/zLE-pyjNxAn, http://www.playvid.com/watch/qyqBeJI-WaA, http://www.playvid.com/watch/NQ9eBP5X3Qt, http://www.playvid.com/watch/4HvqSWHdIXA, http://www.playvid.com/watch/RdDWc6KL0hl, http://www.playvid.com/watch/a9y2AgLCIEG, http://www.playvid.com/watch/NDaGMUSeCAr, http://www.playvid.com/watch/PBJUpj6jG_P, http://www.playvid.com/watch/rVfT6LZnLQe, http://www.playvid.com/watch/SZSoqlGcJ_U, http://www.playvid.com/watch/yEZfcUkwTrm, http://www.playvid.com/watch/uDIVYkSn-wQ, http://www.playvid.com/watch/m_sqQ9ITTfJ, http://www.playvid.com/watch/wE8Zm7IbnbO, http://www.playvid.com/watch/j9azCFbS4eM, http://www.playvid.com/watch/a3KSSiW3Xky, http://www.playvid.com/watch/ro2fOE74xQr, http://www.playvid.com/watch/Z1eJZ6uX8bK, http://www.playvid.com/watch/jZGmPFqSOSZ, http://www.playvid.com/watch/2oJAB6wQU4H, http://www.playvid.com/watch/TS9TAz0z5ra, http://www.playvid.com/watch/E2OxWH-8jOF, http://www.playvid.com/watch/whWNgaBxGFt, http://www.playvid.com/watch/0LCI2oQPBo2, http://www.playvid.com/watch/mAAi5yCCd1y, http://www.playvid.com/watch/LZGRL5hHXwH, http://www.playvid.com/watch/71yzmcW71zy, http://www.playvid.com/watch/0IAnH2nMepq, http://www.playvid.com/watch/49d_hldkfCs, http://www.playvid.com/watch/NLUaPvShguQ, http://www.playvid.com/watch/T_RWkkx2_Pl, http://www.playvid.com/watch/h2ouD1m-t2U, http://www.playvid.com/watch/fOGvVIa90Iy, http://www.playvid.com/watch/TcqjCHF5U-r, http://www.playvid.com/watch/S26uOg6q7C5, http://www.playvid.com/watch/QZy7SYw_nZZ, http://www.playvid.com/watch/PS3XtvBrzoD, http://www.playvid.com/watch/40s-1gX0W1M, http://www.playvid.com/watch/3zMEeRqJ3TD, http://www.playvid.com/watch/Xux1IzFZkoP, http://www.playvid.com/watch/PUp-Wys2WfA, http://www.playvid.com/watch/6v7alvXYRWv, http://www.playvid.com/watch/zLb8IsYlXCn, http://www.playvid.com/watch/ofM_RiQbPKZ, http://www.playvid.com/watch/hCAEdVeo454,

http://www.playvid.com/watch/6b8rddhLQaC, http://www.playvid.com/watch/59Iwtw2RllW, http://www.playvid.com/watch/0ldbGHHUCxO,
http://www.playvid.com/watch/byrPQBMhTw9, http://www.playvid.com/watch/xLSq95Y7nOF, http://www.playvid.com/watch/A6sdBHzhANL,
http://www.playvid.com/watch/3X7hJtaiRtH, http://www.playvid.com/watch/03EBBXSn6_b, http://www.playvid.com/watch/NS-z4G7K2mq,
http://www.playvid.com/watch/UuXQKfJMFeR, http://www.playvid.com/watch/ptr3lDS7Mjy, http://www.playvid.com/watch/At8x2bUHnpz,
http://www.playvid.com/watch/WYcLG6wBRte, http://www.playvid.com/watch/UqWQ5gP1Vv7, http://www.playvid.com/watch/Kd8-4Oa3VNs,
http://www.playvid.com/watch/wX-yla7w0uQ, http://www.playvid.com/watch/ipCvOdi9uUC, http://www.playvid.com/watch/4l0j4pTYJQN,
http://www.playvid.com/watch/F99sPATgQ5R, http://www.playvid.com/watch/4DTPo5SxpDC, http://www.playvid.com/watch/JM4kpU0n16k,
http://www.playvid.com/watch/RN8X3lqHHjB, http://www.playvid.com/watch/QYSbPFsn3vv, http://www.playvid.com/watch/0F1hLbvWwvk,
http://www.playvid.com/watch/56wO2NnzwL2, http://www.playvid.com/watch/lsaXZwNGZkt, http://www.playvid.com/watch/lqAybb2Y9_P,
http://www.playvid.com/watch/H2L1jSk7n7K, http://www.playvid.com/watch/XNZo_1gonu9, http://www.playvid.com/watch/yucatnOzOVC,
http://www.playvid.com/watch/6nx_LBhcj7k, http://www.playvid.com/watch/LrO5vdAVl1v, http://www.playvid.com/watch/NMHubWeqsZ7,
http://www.playvid.com/watch/5HO8qJ8GR-U, http://www.playvid.com/watch/euYvdjE6Smc, http://www.playvid.com/watch/JzzJCsWRIgf,
http://www.playvid.com/watch/02xwBShHhXm, http://www.playvid.com/watch/KhbPqWvZaip, http://www.playvid.com/watch/gIhMj7rXpzF,
http://www.playvid.com/watch/dW3J0Ta4MS9, http://www.playvid.com/watch/dT00exIo56V, http://www.playvid.com/watch/0YiKM4dSQ74,
http://www.playvid.com/watch/rDDA-xODzYy, http://www.playvid.com/watch/AumNOBKVCQq, http://www.playvid.com/watch/kDWZK0sZos4,
http://www.playvid.com/watch/KlTGSfl8LTm, http://www.playvid.com/watch/vk-Knt1DHMQ, http://www.playvid.com/watch/ONAiuvUEUim,
http://www.playvid.com/watch/JGNaOPkK0wE, http://www.playvid.com/watch/jQnnaEMEIoh, http://www.playvid.com/watch/hvmD9glgVx3,
http://www.playvid.com/watch/6toKU2ZOoQT, http://www.playvid.com/watch/MrrvW3Kci8m, http://www.playvid.com/watch/v8WHuBDVOip,
http://www.playvid.com/watch/HPfi9IIpVNa, http://www.playvid.com/watch/K5lgskcI0Ot, http://www.playvid.com/watch/lqgDUt61pSG,
http://www.playvid.com/watch/I9IvmpRH8xe, http://www.playvid.com/watch/hKloaVYUBun, http://www.playvid.com/watch/Hr_b2xhbZfv,
http://www.playvid.com/watch/d9Z_IGmktRs, http://www.playvid.com/watch/e6LCbq9Ebeq, http://www.playvid.com/watch/PdlmJLADxDU,
http://www.playvid.com/watch/Jw3MQkDrYEI, http://www.playvid.com/watch/mddkUd9kBjc, http://www.playvid.com/watch/WHOI2KGrOmV,
http://www.playvid.com/watch/D7MPp6_UoMk, http://www.playvid.com/watch/3pWKA7xQklp, http://www.playvid.com/watch/6OywAxt9hpl,
http://www.playvid.com/watch/TMq1cSTJQjV, http://www.playvid.com/watch/YJjQYtLDWyr, http://www.playvid.com/watch/5Nh0JokQqmI,
http://www.playvid.com/watch/RMeSLQx_Bnm, http://www.playvid.com/watch/DuhWgMvU9JN, http://www.playvid.com/watch/UzbKNuEZTJ8,
http://www.playvid.com/watch/HrVHt2Z1_i9, http://www.playvid.com/watch/XxLTf9xO1Mr, http://www.playvid.com/watch/xDBMzcv_hnk,
http://www.playvid.com/watch/mbayYHiPbpY, http://www.playvid.com/watch/ceDunfkTmIe, http://www.playvid.com/watch/X47hYfsD3GD,
http://www.playvid.com/watch/jiFRXcIvI08, http://www.playvid.com/watch/e4FhoFVJTpj, http://www.playvid.com/watch/b_drr2o2nZ2,
http://www.playvid.com/watch/4O1MOI04nsW, http://www.playvid.com/watch/ZkA_P3jWyQ3, http://www.playvid.com/watch/ocOQs9E14uo,
http://www.playvid.com/watch/0BRw7_aJFFM, http://www.playvid.com/watch/u3_1zOoLV7f, http://www.playvid.com/watch/F9aSoPot0Jo,
http://www.playvid.com/watch/lzVmjSNenPB, http://www.playvid.com/watch/EDhKJdnbhRR, http://www.playvid.com/watch/iZ96pm7vYTN,
http://www.playvid.com/watch/WR7nLXGH1vY, http://www.playvid.com/watch/TMe_pdBF12S, http://www.playvid.com/watch/Wp_d_SobmvH,
http://www.playvid.com/watch/Eq0OqaHuqaV, http://www.playvid.com/watch/6ZU82fnc5_l, http://www.playvid.com/watch/wv9Zaa3G3fK,
http://www.playvid.com/watch/q04tAuNbovc, http://www.playvid.com/watch/OC3SgCIH-Hq, http://www.playvid.com/watch/gGYG0O2Vhq2,
http://www.playvid.com/watch/EEVsRypTrs3, http://www.playvid.com/watch/eZdgeaKff1u, http://www.playvid.com/watch/yNvZ4zWnKD9,
http://www.playvid.com/watch/u0NQ4yDkv_v, http://www.playvid.com/watch/cx9KkcHFHKF, http://www.playvid.com/watch/2-_iKAwENnA,
http://www.playvid.com/watch/kLmvvARQbph, http://www.playvid.com/watch/zo7-jYsCBOY, http://www.playvid.com/watch/K-SQFKEzw44,
http://www.playvid.com/watch/LUYKuh8ZOzD, http://www.playvid.com/watch/VeC4o_G_Dhb, http://www.playvid.com/watch/jhOrgXu04jB,
http://www.playvid.com/watch/iJU-U-i3iyA, http://www.playvid.com/watch/iuo8t0lo4_K, http://www.playvid.com/watch/47jqVKv8RS4,
http://www.playvid.com/watch/JedQHWFOGia, http://www.playvid.com/watch/OgfI_ThTn3e, http://www.playvid.com/watch/IGqWalaBMZB,
http://www.playvid.com/watch/6Vuxo9PVoYv, http://www.playvid.com/watch/ujazuOHa_Z2, http://www.playvid.com/watch/omE0Gdr59e0,
http://www.playvid.com/watch/ogM2ucMG8NO, http://www.playvid.com/watch/q-2fa2l4DkC, http://www.playvid.com/watch/LrBAehbtXB4,
http://www.playvid.com/watch/l1D_AgpIkST, http://www.playvid.com/watch/9WM20rxHmHF, http://www.playvid.com/watch/3o3aBYPz8f3,
http://www.playvid.com/watch/piYljiWoBfl, http://www.playvid.com/watch/hKiUyY_dHS4, http://www.playvid.com/watch/fLy9GBZWhTs,
http://www.playvid.com/watch/iDw89irO06F, http://www.playvid.com/watch/dt6MTTfB4Qy, http://www.playvid.com/watch/tCHxawAAotT,
http://www.playvid.com/watch/DCPlmOl0Gyb, http://www.playvid.com/watch/xEi5dPo7hI0, http://www.playvid.com/watch/fFadujjC0JO,
http://www.playvid.com/watch/Ph1GvSQJDfu, http://www.playvid.com/watch/ZCytzTrtqvC, http://www.playvid.com/watch/5v0zfupQ082,
http://www.playvid.com/watch/VglOC3NJyEF, http://www.playvid.com/watch/Ce-KfXb5Pxp, http://www.playvid.com/watch/ifXcBWc9S87,
http://www.playvid.com/watch/oYWyOVzHTVo, http://www.playvid.com/watch/6tm-155COmT, http://www.playvid.com/watch/S090jqd00xU,
http://www.playvid.com/watch/6-GVDoHAnyX, http://www.playvid.com/watch/VgpVrdIdwa4, http://www.playvid.com/watch/jWw1in72Bej,
http://www.playvid.com/watch/zKMxrIuC2Yw, http://www.playvid.com/watch/wtRvgJooLRj, http://www.playvid.com/watch/wTW18sqkRes,
http://www.playvid.com/watch/eMzlkAMcaVF, http://www.playvid.com/watch/VnoEI7jNs05, http://www.playvid.com/watch/48XAfZ2owRt,
http://www.playvid.com/watch/FG12zFUyjsN, http://www.playvid.com/watch/jXXj3pxzvH2, http://www.playvid.com/watch/I0KuhKNzZlx,
http://www.playvid.com/watch/rMXF-2bkAHb, http://www.playvid.com/watch/31tEYUFKtHO, http://www.playvid.com/watch/NaVsGAHwZNE,
http://www.playvid.com/watch/h3q7MkK7Nbb, http://www.playvid.com/watch/j74HIAxsnW5, http://www.playvid.com/watch/5vzPUI8x0Dy,
http://www.playvid.com/watch/F4K8LV-kkUn, http://www.playvid.com/watch/s2UmW67Zz5p, http://www.playvid.com/watch/KG2Dj2PAulE,
http://www.playvid.com/watch/Q8U2zLVRMG4, http://www.playvid.com/watch/yJwy--NRf-h, http://www.playvid.com/watch/yUB9c9OQbHp,
http://www.playvid.com/watch/9kZ6W_FSMHR, http://www.playvid.com/watch/F1H-CGmPtxc, http://www.playvid.com/watch/tXhlLP8PKXY,
http://www.playvid.com/watch/6-oBXmFRpnG, http://www.playvid.com/watch/NJC6Uh_bVxv, http://www.playvid.com/watch/7LcooIM68FL,
http://www.playvid.com/watch/Bg0nAllKumc, http://www.playvid.com/watch/BqiNmnDJj5V, http://www.playvid.com/watch/RZTI4qbBQJj,
http://www.playvid.com/watch/nVXCDqaYFJ7, http://www.playvid.com/watch/MVxa-dTeGwA, http://www.playvid.com/watch/SsPxlArxFDl,
http://www.playvid.com/watch/X-kZ9GGRIAZ, http://www.playvid.com/watch/Vd4SEdEzhBt, http://www.playvid.com/watch/fLlbaHQbGus,
http://www.playvid.com/watch/KIHhYyu7D5u, http://www.playvid.com/watch/JXdjJ4VZzki, http://www.playvid.com/watch/E2A5XroSQrU,
http://www.playvid.com/watch/ssGY6b76nEr, http://www.playvid.com/watch/ZU81OImpxFp, http://www.playvid.com/watch/tvXCSSjcCNe,
http://www.playvid.com/watch/3vXP0SXcB7s, http://www.playvid.com/watch/r5nN-uGrUdC, http://www.playvid.com/watch/7kqYjdSvH2o,
http://www.playvid.com/watch/7r_jGwPWM9U, http://www.playvid.com/watch/HYeycSpJ9UK, http://www.playvid.com/watch/DQoa0OILAzs,
http://www.playvid.com/watch/8JsFZXHzbaV, http://www.playvid.com/watch/Y9PHHdBfIvn, http://www.playvid.com/watch/fVPgHiQFosl,
http://www.playvid.com/watch/qmZPb3c1vFQ, http://www.playvid.com/watch/39IRsNji-a7, http://www.playvid.com/watch/EiT3TV-bvEW,
http://www.playvid.com/watch/jV0qXT4y-2k, http://www.playvid.com/watch/vaJXNMXwi2c, http://www.playvid.com/watch/k98utLfdERQ,
http://www.playvid.com/watch/AxWHrEmQ3hI, http://www.playvid.com/watch/ptHQnXcILck, http://www.playvid.com/watch/9yDTO4Nnhzm,
http://www.playvid.com/watch/XDOYocQIUDk, http://www.playvid.com/watch/Ro7tSiPAfy3, http://www.playvid.com/watch/2gxNOOg0t96,
http://www.playvid.com/watch/CGVB_c5Y21k, http://www.playvid.com/watch/gbyoiUuZ8FZ, http://www.playvid.com/watch/xuLCrsAe0kn,
http://www.playvid.com/watch/dpL9llBDRNG, http://www.playvid.com/watch/Z0pakP8jUvz, http://www.playvid.com/watch/vhYQH5VydcH,
http://www.playvid.com/watch/eJkXayUesHM, http://www.playvid.com/watch/qXVY20705QR, http://www.playvid.com/watch/zob4d2bgcNF,
http://www.playvid.com/watch/AX0Bal17OcC, http://www.playvid.com/watch/LZqxbD-aa3r, http://www.playvid.com/watch/HBM6FH7exPc,
http://www.playvid.com/watch/CG-c22aAm0l, http://www.playvid.com/watch/iwE-h3Xfcu6, http://www.playvid.com/watch/R0nWyaa47-w,
http://www.playvid.com/watch/MyPGn0jDR5u, http://www.playvid.com/watch/jExm7sQEj1l, http://www.playvid.com/watch/rUdxwrZlg-L,
http://www.playvid.com/watch/XLeE8_XI8_N, http://www.playvid.com/watch/hTc2ltsMn_u, http://www.playvid.com/watch/IZ-chLLE7JH,
http://www.playvid.com/watch/s2XUFG8HWbx, http://www.playvid.com/watch/hd-lCyCgUZr, http://www.playvid.com/watch/nArxMoMPrIp,
http://www.playvid.com/watch/jBKf7LirdKl, http://www.playvid.com/watch/m8u6GujxmZv, http://www.playvid.com/watch/QPgCRmGEm1i,
http://www.playvid.com/watch/GxUJ8Aw7GP3, http://www.playvid.com/watch/gNVdp6Kvqc9, http://www.playvid.com/watch/ry2mIgnXsne,
http://www.playvid.com/watch/FzGc0pt-wxY, http://www.playvid.com/watch/OH91MZegn3H, http://www.playvid.com/watch/9QWNLpVIzys,
http://www.playvid.com/watch/T_JEOoHJve9, http://www.playvid.com/watch/3fnfaoXghyd, http://www.playvid.com/watch/CUyNpekS956,
http://www.playvid.com/watch/5IaLHBhl5fZ, http://www.playvid.com/watch/IYE2LmMP8R7, http://www.playvid.com/watch/rxkCbToMTiq,
http://www.playvid.com/watch/U2gB6Sa1hig, http://www.playvid.com/watch/JrhtethS1s4, http://www.playvid.com/watch/MRhjhHkOgqd,
http://www.playvid.com/watch/7f4C1l2XN48, http://www.playvid.com/watch/LnnTRz1LIEs, http://www.playvid.com/watch/sHU6wemZ36J,
http://www.playvid.com/watch/nNx3BfuHwcn, http://www.playvid.com/watch/zONZVWzPW6h, http://www.playvid.com/watch/TpEFgRC7slq,
http://www.playvid.com/watch/DZQPkJok_bl, http://www.playvid.com/watch/LRzkM1OwmhG, http://www.playvid.com/watch/dBdON_cHg6X,
http://www.playvid.com/watch/F5J9xB_f71G, http://www.playvid.com/watch/l9b8KOCFKmp, http://www.playvid.com/watch/bUDOMcU-xRD,
http://www.playvid.com/watch/l6-KyCpch3Q, http://www.playvid.com/watch/K4iDrkkL_OG, http://www.playvid.com/watch/tVDaakYKyhn,
http://www.playvid.com/watch/EV-j9s8IgcY, http://www.playvid.com/watch/sxZy4agCI0x, http://www.playvid.com/watch/sOvMjZ2FjwD,
http://www.playvid.com/watch/PxJSsjgT81t, http://www.playvid.com/watch/fwq0iSHMTlh, http://www.playvid.com/watch/2I6sXitI5Z7,
http://www.playvid.com/watch/LJe2HQ7X2C9, http://www.playvid.com/watch/eJQQvgm2P-b, http://www.playvid.com/watch/6ozQwTka5dc,
http://www.playvid.com/watch/NYZ3_Hu4RbC, http://www.playvid.com/watch/4JbyPVgRCBD, http://www.playvid.com/watch/6N9E2cUKfKR,
http://www.playvid.com/watch/cMdbb-a_q_D, http://www.playvid.com/watch/nZ2WJW-HeF8, http://www.playvid.com/watch/ERkjJIRzCt4,
http://www.playvid.com/watch/qnJSkQpkn3M, http://www.playvid.com/watch/pWFU0T3LDFL, http://www.playvid.com/watch/yG5XF-XSeW0,

http://www.playvid.com/watch/5PTmXGCPJpB, http://www.playvid.com/watch/Dj-fMKBux0p, http://www.playvid.com/watch/fp4QvQXk9rR,
http://www.playvid.com/watch/IbewHsROco8, http://www.playvid.com/watch/xVCWAfwfsks, http://www.playvid.com/watch/akqefukIL5s,
http://www.playvid.com/watch/BC7g79MaJMi, http://www.playvid.com/watch/GxT_5ug-SSE, http://www.playvid.com/watch/5PRfxHbySiF,
http://www.playvid.com/watch/2q-6t75m38X, http://www.playvid.com/watch/iv1iVqAMyyg, http://www.playvid.com/watch/w9FzS9-DVJJ,
http://www.playvid.com/watch/07yIACyhVrb, http://www.playvid.com/watch/eadd1NjP1j6, http://www.playvid.com/watch/qSwNIdodd2O,
http://www.playvid.com/watch/fgar38tqX_a, http://www.playvid.com/watch/8p6heAT05Xh, http://www.playvid.com/watch/ACNTSAne1GL,
http://www.playvid.com/watch/O1SNI_ErKbH, http://www.playvid.com/watch/zDyU0_aX2m5, http://www.playvid.com/watch/80mQiS2Oozp,
http://www.playvid.com/watch/ash-hw4f_7k, http://www.playvid.com/watch/rddaPfqNu4p, http://www.playvid.com/watch/TPp_IzhwWh8,
http://www.playvid.com/watch/nGPFk_Sv8JV, http://www.playvid.com/watch/FsnQsNKbhwv, http://www.playvid.com/watch/ACcc8n9PTl3,
http://www.playvid.com/watch/ttvZs7IzAJG, http://www.playvid.com/watch/w0JsgSacbqD, http://www.playvid.com/watch/dDCLG7bz6DI,
http://www.playvid.com/watch/qU5Ncs4YeDM, http://www.playvid.com/watch/YqslO1manHo, http://www.playvid.com/watch/FHd0Y1WSbBS,
http://www.playvid.com/watch/lqRCHvdtN3w, http://www.playvid.com/watch/YYnQcUbCpc9, http://www.playvid.com/watch/Jne4OJBlFKg,
http://www.playvid.com/watch/xUrkaT6woKD
5.f. Date of third notice: 2014-04-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: minik
5.b. Uploader's email address: aderiomof@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/minik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pyIYvvds-xD, http://www.playvid.com/watch/zjdjli77tdJ,
http://www.playvid.com/watch/HL5LPWWT6Je, http://www.playvid.com/watch/sOTBK9I6x-o, http://www.playvid.com/watch/RfkYNFPQcLs,
http://www.playvid.com/watch/JXfHCDZzXpb, http://www.playvid.com/watch/uh79bKvB8DV, http://www.playvid.com/watch/ljtmakQNm4u,
http://www.playvid.com/watch/ywi4q5GumfQ, http://www.playvid.com/watch/pzWdrL4SKNA, http://www.playvid.com/watch/9hFyHNaK4Rx,
http://www.playvid.com/watch/SeJ4aDArwrc, http://www.playvid.com/watch/3zoPZIOlcUa, http://www.playvid.com/watch/jDPj2B-n96r,
http://www.playvid.com/watch/kh7BWcvrrLm, http://www.playvid.com/watch/FZLYa4MuSr5, http://www.playvid.com/watch/xIO0U2Z97z0,
http://www.playvid.com/watch/sS3LPbLGnKS, http://www.playvid.com/watch/KJczuovFpe4, http://www.playvid.com/watch/5-Yjuh2R4jY,
http://www.playvid.com/watch/Wtdi8EVZDQl, http://www.playvid.com/watch/NUgTLd4XrKm, http://www.playvid.com/watch/Mj2BeXtWQhD,
http://www.playvid.com/watch/gQeBUzPn7PR, http://www.playvid.com/watch/PY3jI-rQqet, http://www.playvid.com/watch/lTE7Fzh64mr,
http://www.playvid.com/watch/lKVqSgewWPx, http://www.playvid.com/watch/B0qGeGWZ62P, http://www.playvid.com/watch/-55Cg7KSPcW,
http://www.playvid.com/watch/GKAciBt7NtE, http://www.playvid.com/watch/CjRRcEkxTwD, http://www.playvid.com/watch/2JQdmVdJj8Z,
http://www.playvid.com/watch/wWzYKcZhiJc, http://www.playvid.com/watch/mcnFnRXruId, http://www.playvid.com/watch/VdpwsIV0oh0,
http://www.playvid.com/watch/evV7yiRsBxg, http://www.playvid.com/watch/v2hzRpgT99Q, http://www.playvid.com/watch/4BgZtpprn6M,
http://www.playvid.com/watch/J3LdMwGk9XE, http://www.playvid.com/watch/-Ii2MdtLoJx, http://www.playvid.com/watch/tvli0dSe77L,
http://www.playvid.com/watch/hLiTYx-zedQ, http://www.playvid.com/watch/f9r8lsxOqW5, http://www.playvid.com/watch/OEiM9YTJFoP,
http://www.playvid.com/watch/golc3sSMr6L
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: missyd
5.b. Uploader's email address: missydcup@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/missyd
5.e. List of videos posted by uploader: http://www.playvid.com/watch/gcnVotBdRYs, http://www.playvid.com/watch/mn9qqUGQkvd,
http://www.playvid.com/watch/HyfwTyitSQO, http://www.playvid.com/watch/IIkyOWS27RW, http://www.playvid.com/watch/c-rHM44SxWu,
http://www.playvid.com/watch/vcZY3BhCnBH, http://www.playvid.com/watch/qUil8ZjBMmR, http://www.playvid.com/watch/Vk5dJ3ViMkR,
http://www.playvid.com/watch/JcxV0EdvMWW, http://www.playvid.com/watch/PAPO79yS3e9, http://www.playvid.com/watch/4hyBj7NHvVL,
http://www.playvid.com/watch/VAk4ATdSXZx, http://www.playvid.com/watch/tQ386iJg3Ak, http://www.playvid.com/watch/wgTF0GHtenj,
http://www.playvid.com/watch/PNGwPUdrN3-, http://www.playvid.com/watch/RLuFXPeIBS9, http://www.playvid.com/watch/2t77gbIfw4D,
http://www.playvid.com/watch/X3DsZh2zCm2, http://www.playvid.com/watch/s6WcvqYEnOe, http://www.playvid.com/watch/FkMPy03lHzo,
http://www.playvid.com/watch/Cs-k2G0FoNK, http://www.playvid.com/watch/eNlGVe6PbAS, http://www.playvid.com/watch/KUph7bTEfKP,
http://www.playvid.com/watch/g6Bl7kKjtsk, http://www.playvid.com/watch/VpRn0Y5tVuO, http://www.playvid.com/watch/Mea8w9MgKVs,
http://www.playvid.com/watch/L9YKKTNJwzG, http://www.playvid.com/watch/nZ5j2vqvTnF, http://www.playvid.com/watch/S7lvCzawiBB,
http://www.playvid.com/watch/5Vt5u7ZTIBf, http://www.playvid.com/watch/TB92v8ohQYL, http://www.playvid.com/watch/WNvMMXYmAGl,
http://www.playvid.com/watch/oDgKwodOwj3, http://www.playvid.com/watch/AIpMpdlt6Lf, http://www.playvid.com/watch/k0WKxjOA3t-,
http://www.playvid.com/watch/MKrtclopnwu, http://www.playvid.com/watch/4WZYB0hOOGG, http://www.playvid.com/watch/Y3BDX8GC5aI,
http://www.playvid.com/watch/7rfhcsbt680, http://www.playvid.com/watch/gEBtdJsPca0, http://www.playvid.com/watch/E98se4GPgo8,
http://www.playvid.com/watch/94nX0QQYa3e, http://www.playvid.com/watch/aI4Xzzb9xCf, http://www.playvid.com/watch/XCpGy20hTF4,
http://www.playvid.com/watch/KKnQbex9zo3, http://www.playvid.com/watch/VMeqwoes2Dy, http://www.playvid.com/watch/PuHYYLNBGxc,
http://www.playvid.com/watch/FCn9Y8RNd3X, http://www.playvid.com/watch/j5jFtw6d7OH, http://www.playvid.com/watch/VzJh3GelTeh,
http://www.playvid.com/watch/azflpJtepoE, http://www.playvid.com/watch/yyR69VEpTKb, http://www.playvid.com/watch/l2D5dzK2peH,
http://www.playvid.com/watch/csv87xoj0Tf, http://www.playvid.com/watch/q4dFSdjU9Nk, http://www.playvid.com/watch/FITAOyKk2Nc,
http://www.playvid.com/watch/6JNOGRfmJv6, http://www.playvid.com/watch/YsBf60qCChc, http://www.playvid.com/watch/DNcFgd-oNgh,
http://www.playvid.com/watch/oDXYdqZwlEq, http://www.playvid.com/watch/8p4K4ylC3nb, http://www.playvid.com/watch/qoDjesvxECw,
http://www.playvid.com/watch/dZbJBCzFofE, http://www.playvid.com/watch/OMYAMrBBU8-, http://www.playvid.com/watch/NTZ5liCKNuT,
http://www.playvid.com/watch/Agw97bGgihD, http://www.playvid.com/watch/uptYyfv7rzk, http://www.playvid.com/watch/zsQxXVqyMSs,
http://www.playvid.com/watch/pUromob96vh, http://www.playvid.com/watch/GCs8wegAp4V, http://www.playvid.com/watch/htwb3ke3WkA,
http://www.playvid.com/watch/SXILAAsejeH, http://www.playvid.com/watch/JW6-FjMoiqr, http://www.playvid.com/watch/Tfja333Bh8m,
http://www.playvid.com/watch/Ik3Xer5as9B, http://www.playvid.com/watch/6kdiLL6NUC4, http://www.playvid.com/watch/cQdVtm9D0Rn,
http://www.playvid.com/watch/VVJJyXlEBwT, http://www.playvid.com/watch/W4ZSbSvxj-c, http://www.playvid.com/watch/gma-Pp-oW4o,
http://www.playvid.com/watch/8TA4Hxa--FG, http://www.playvid.com/watch/9syvNXNPV0G, http://www.playvid.com/watch/9eu7A9YKHRX,
http://www.playvid.com/watch/GVe9Vc5wlN9, http://www.playvid.com/watch/YJBEFkNukGQ, http://www.playvid.com/watch/XOiYBcB9BNR,
http://www.playvid.com/watch/2KmxbYL7G-T, http://www.playvid.com/watch/cfY0jOFbIgq, http://www.playvid.com/watch/UvaLHiNfPkC,
http://www.playvid.com/watch/uJRSlkRCIqi, http://www.playvid.com/watch/C4t5l2JBmM9, http://www.playvid.com/watch/rEKbUtTRh7d,
http://www.playvid.com/watch/aonVNWJJaZr, http://www.playvid.com/watch/ws4K3G3nndE, http://www.playvid.com/watch/wxs9D0IV-IK,
http://www.playvid.com/watch/KL7FF-lhUKX, http://www.playvid.com/watch/84uzGiImlYF, http://www.playvid.com/watch/dAqcKEuWPwo,
http://www.playvid.com/watch/gwRlRmlnRtZ, http://www.playvid.com/watch/EsBo4mLPRCk, http://www.playvid.com/watch/vF6NNK5a5L9,
http://www.playvid.com/watch/y2fRcmkJdNp, http://www.playvid.com/watch/OazhOFnQSJD, http://www.playvid.com/watch/Egn5-UgdAqY,
http://www.playvid.com/watch/Lnb-lBbpj8o, http://www.playvid.com/watch/bVxDwrZrhPq, http://www.playvid.com/watch/IPFnS3HB8jr,
http://www.playvid.com/watch/27Q-WiwtQQF, http://www.playvid.com/watch/MQ2tjQP9RWC, http://www.playvid.com/watch/-Aad3b-yilM,
http://www.playvid.com/watch/UzaBfzgCIMP, http://www.playvid.com/watch/joaemS3A6NN, http://www.playvid.com/watch/HbHizWvmWVb,
http://www.playvid.com/watch/EJWf2wTcczS, http://www.playvid.com/watch/cIDQXz0074O, http://www.playvid.com/watch/zX4y-N4EyRE,
http://www.playvid.com/watch/gYbbEcuFjcb, http://www.playvid.com/watch/mAwMcA8bSd2, http://www.playvid.com/watch/RgzhygChb-A,
http://www.playvid.com/watch/3YJUUII-zmk, http://www.playvid.com/watch/vNPWenh-JAM, http://www.playvid.com/watch/GvpKNEsQuvh,
http://www.playvid.com/watch/poHLBGlbyPu, http://www.playvid.com/watch/3CYvYRp8jnX, http://www.playvid.com/watch/Gdvzs3P5brS,
http://www.playvid.com/watch/f50yIChCK5e, http://www.playvid.com/watch/JILGm6uBX2S, http://www.playvid.com/watch/XQ0NOG6IcGC,
http://www.playvid.com/watch/PVsDUJiVqAL, http://www.playvid.com/watch/eNjYwRH0f7f, http://www.playvid.com/watch/CUk7QnoEGyZ,
http://www.playvid.com/watch/P4F9mh5CJAJ, http://www.playvid.com/watch/5ufePhtNv4L, http://www.playvid.com/watch/-IqrXKAvBkY,
http://www.playvid.com/watch/IeVwYAhiigc, http://www.playvid.com/watch/aGgzs803MQd, http://www.playvid.com/watch/GkTnrP9t9K5,
http://www.playvid.com/watch/c743mJlIzeM, http://www.playvid.com/watch/-TuwPBJAoSZ, http://www.playvid.com/watch/36iZ7JgXsdu,
http://www.playvid.com/watch/r-GHcImyaUx, http://www.playvid.com/watch/S5XNvbcejJ8, http://www.playvid.com/watch/lDs2JivdfQp,
http://www.playvid.com/watch/SxUJvpgJYsZ, http://www.playvid.com/watch/gzymGtCSAmP, http://www.playvid.com/watch/OT2pnduFZMD,
http://www.playvid.com/watch/vQ0-lTTvMdN, http://www.playvid.com/watch/T3RrYkVzT6b, http://www.playvid.com/watch/ePCQuDMmKUZ,
http://www.playvid.com/watch/wTY0YdVlTlr, http://www.playvid.com/watch/bCzf0qYV8cv, http://www.playvid.com/watch/KpdvRaVJQVY,
http://www.playvid.com/watch/ouD2QJgmSnF, http://www.playvid.com/watch/68Q8Q3uUiwy, http://www.playvid.com/watch/oCsIRwmkdt7,
http://www.playvid.com/watch/UDtZcndN2vp, http://www.playvid.com/watch/cJCyfJPI20K, http://www.playvid.com/watch/99Myi3niclm,
http://www.playvid.com/watch/Wy-6sHC5s2-, http://www.playvid.com/watch/drFfZ2IM9HV, http://www.playvid.com/watch/BC5lfZgsd1r,
http://www.playvid.com/watch/jhc3d3-vPz3, http://www.playvid.com/watch/TNrjkEWfGtU, http://www.playvid.com/watch/BscExzQ3Qh1,

http://www.playvid.com/watch/imcoJM8J0uq, http://www.playvid.com/watch/GbwcwidOurU, http://www.playvid.com/watch/5iTz7puxSFk,
http://www.playvid.com/watch/KlIilMIJbTM, http://www.playvid.com/watch/JUSYR8n39rD, http://www.playvid.com/watch/FzLgu-siqwF,
http://www.playvid.com/watch/TPqMtiWJ8es, http://www.playvid.com/watch/LtECnANlJXx, http://www.playvid.com/watch/zRSozlnTCUt,
http://www.playvid.com/watch/tdE3Brb-B9H, http://www.playvid.com/watch/lijok3gLSG3, http://www.playvid.com/watch/owbg70Xe3RM,
http://www.playvid.com/watch/8oPt84dF6-u, http://www.playvid.com/watch/BLQUDU4T8bp, http://www.playvid.com/watch/zmKR6Do8qwX,
http://www.playvid.com/watch/PKsyUCcuF-F, http://www.playvid.com/watch/oFx70zETzIx, http://www.playvid.com/watch/zn1PAoYBXPd,
http://www.playvid.com/watch/NR0bC9sP7RD, http://www.playvid.com/watch/rQwj539ci5p, http://www.playvid.com/watch/O8TMWdOzm42,
http://www.playvid.com/watch/rdiqYHeq5wn, http://www.playvid.com/watch/nR-yBPb3Tug, http://www.playvid.com/watch/QFVAa-GraSh,
http://www.playvid.com/watch/YZbXoHxFroJ, http://www.playvid.com/watch/V7qRtsUNlb0, http://www.playvid.com/watch/S7KUv3MwS6S,
http://www.playvid.com/watch/XuAF6BJ7COk, http://www.playvid.com/watch/tc5L-8gJvx6, http://www.playvid.com/watch/rGPPrBbt6Da,
http://www.playvid.com/watch/jIolcGjprt4, http://www.playvid.com/watch/YG4UYs5hDFj, http://www.playvid.com/watch/2rWAIKP9UOg,
http://www.playvid.com/watch/fRLh-WaFkbq, http://www.playvid.com/watch/zdBgaiutqBA, http://www.playvid.com/watch/jQtFS9ShIi6,
http://www.playvid.com/watch/SOhGs9Ln9Ew, http://www.playvid.com/watch/feEgHeZZw8h, http://www.playvid.com/watch/U6Pbg0u414F,
http://www.playvid.com/watch/dk1-dYsbp8p, http://www.playvid.com/watch/dVXLXnPiLc-, http://www.playvid.com/watch/7tAiVbdmRyI,
http://www.playvid.com/watch/ZOrU-jbbHGo, http://www.playvid.com/watch/unPqXYchpHX, http://www.playvid.com/watch/VHCnEbAMdIJ,
http://www.playvid.com/watch/NzztFsA-1TR, http://www.playvid.com/watch/UgR8LE4IILd, http://www.playvid.com/watch/ngfKxNpZfJk,
http://www.playvid.com/watch/8jV1OCg3S28, http://www.playvid.com/watch/5FiVOxEWuzA, http://www.playvid.com/watch/XEofqXd6i73,
http://www.playvid.com/watch/qh3hsx3DQ5M, http://www.playvid.com/watch/OSCLaAx4rfC, http://www.playvid.com/watch/KVHRorhAu3y,
http://www.playvid.com/watch/kjTVkUv9oj7, http://www.playvid.com/watch/ss8FlxeY675, http://www.playvid.com/watch/uftBjPOmNU4,
http://www.playvid.com/watch/etQDycxHHo7, http://www.playvid.com/watch/rhRNV6A6dEJ, http://www.playvid.com/watch/RSXRiqduFrn,
http://www.playvid.com/watch/6-udSJaLGkZ, http://www.playvid.com/watch/x7W63IhE9bs, http://www.playvid.com/watch/OCw0LWGqigy,
http://www.playvid.com/watch/4cT_znRqlpr, http://www.playvid.com/watch/fgtljefbZIa, http://www.playvid.com/watch/ZVmzmGuEITJ,
http://www.playvid.com/watch/jcyeYzH9QjM, http://www.playvid.com/watch/pqtRohrhIqD, http://www.playvid.com/watch/6tWA8CrBp5s,
http://www.playvid.com/watch/8bBeQMp49Ed, http://www.playvid.com/watch/JXSb4vGBt-7, http://www.playvid.com/watch/s7UGWSP6QaO,
http://www.playvid.com/watch/4HPRdhKrVQW, http://www.playvid.com/watch/GnIW7RPVmLJ, http://www.playvid.com/watch/r8oUHgnobtk,
http://www.playvid.com/watch/368NU16PZv0, http://www.playvid.com/watch/7lN9fGga8FX, http://www.playvid.com/watch/tQ3tF90CxIZ,
http://www.playvid.com/watch/og1HOzHQx0X, http://www.playvid.com/watch/dOJEdt368oU, http://www.playvid.com/watch/wfasGuEg3XY,
http://www.playvid.com/watch/TpdX-z-9H-B, http://www.playvid.com/watch/SCWuGsKg3Ax, http://www.playvid.com/watch/oa1NRuICrYk,
http://www.playvid.com/watch/5Kk5SgFJRET, http://www.playvid.com/watch/iJIFiFKkqr6, http://www.playvid.com/watch/9GMXYtqOAU5,
http://www.playvid.com/watch/ND837tnLQz3, http://www.playvid.com/watch/7rNtoRScNbq, http://www.playvid.com/watch/ebycYDp2EF8,
http://www.playvid.com/watch/RI9XAP_gxuv, http://www.playvid.com/watch/eWuW89Sdunw, http://www.playvid.com/watch/ApDvI5Vg43O,
http://www.playvid.com/watch/eoB04YNRIAr, http://www.playvid.com/watch/aWRXVd04pBo, http://www.playvid.com/watch/wqY8VXeqIX7,
http://www.playvid.com/watch/YYyYZPVkbd4, http://www.playvid.com/watch/X8tGBkiZFuh, http://www.playvid.com/watch/Vdf40lZAOZl,
http://www.playvid.com/watch/d_AIrhn5LII, http://www.playvid.com/watch/RvmHrkYUqGM, http://www.playvid.com/watch/96Wycl7-taq,
http://www.playvid.com/watch/N5CRDr388v0, http://www.playvid.com/watch/by6E9vZTDqm, http://www.playvid.com/watch/hv2ccFO4lWS,
http://www.playvid.com/watch/SktOL_vpVhA, http://www.playvid.com/watch/lLPSI5Di-sE, http://www.playvid.com/watch/Mrwg6Xalt4N,
http://www.playvid.com/watch/oy0-dgJQ1Qt, http://www.playvid.com/watch/4CncHxD_lAK, http://www.playvid.com/watch/rCRm5VI8XDA,
http://www.playvid.com/watch/R536ticXUjw, http://www.playvid.com/watch/FZZRS-dJsai, http://www.playvid.com/watch/H44k1qLgFME,
http://www.playvid.com/watch/STkLgFrNl_u, http://www.playvid.com/watch/F6wUPgLzfvP, http://www.playvid.com/watch/S-ldHPGHzzt,
http://www.playvid.com/watch/OH84zUSbH8k, http://www.playvid.com/watch/cxleSZPmozI, http://www.playvid.com/watch/pPYMws-75oa,
http://www.playvid.com/watch/GvmVaRHLvQt, http://www.playvid.com/watch/Wjo7KKpy-jh, http://www.playvid.com/watch/OjEba-idlbI,
http://www.playvid.com/watch/08AWtS4D8Go, http://www.playvid.com/watch/31qbcl1xNXO, http://www.playvid.com/watch/Y1hG2t1MyUn,
http://www.playvid.com/watch/66jjOhuvfBO, http://www.playvid.com/watch/WbkYxLYMl-q, http://www.playvid.com/watch/sbS6xAPrljp,
http://www.playvid.com/watch/wQY40ofFjza, http://www.playvid.com/watch/Egh5d5aalN2, http://www.playvid.com/watch/O4IKoMKD_pe,
http://www.playvid.com/watch/Eu2fDxh7wr0, http://www.playvid.com/watch/v-Wy_SMj9jv, http://www.playvid.com/watch/r9hSjYqLvBZ,
http://www.playvid.com/watch/LLRNjTC0zRP, http://www.playvid.com/watch/0tAIclsUP3H, http://www.playvid.com/watch/N563kg9Q9rg,
http://www.playvid.com/watch/FaewVRYulxB, http://www.playvid.com/watch/OhhF1A73D3a, http://www.playvid.com/watch/lC6Nbzk638U,
http://www.playvid.com/watch/zb7oOLytk_E, http://www.playvid.com/watch/MnSkJQldUNk, http://www.playvid.com/watch/bovMzCWYh1B,
http://www.playvid.com/watch/0gl7Nv_mAh9, http://www.playvid.com/watch/Bdi6CEWqxJM, http://www.playvid.com/watch/S0pzf9BCrVa,
http://www.playvid.com/watch/i2ydsTsj9a5, http://www.playvid.com/watch/yqNkfh9czoH, http://www.playvid.com/watch/jR_rP-jl10m,
http://www.playvid.com/watch/2Vgmz9-n--w, http://www.playvid.com/watch/wuIMIy9uJmU, http://www.playvid.com/watch/GvLK8vV3XZm,
http://www.playvid.com/watch/Yn8iv-OFkrP, http://www.playvid.com/watch/MjttgqVGPqI, http://www.playvid.com/watch/FqXZv3qAtJt,
http://www.playvid.com/watch/NBTQ-4S_gH3, http://www.playvid.com/watch/pSckFdmThXH, http://www.playvid.com/watch/rCyKYxBdJa9,
http://www.playvid.com/watch/N0OBV-dQ2dv, http://www.playvid.com/watch/n4sjk55e5Y2, http://www.playvid.com/watch/zmH7lvklYAe,
http://www.playvid.com/watch/ruro6tyE-WA, http://www.playvid.com/watch/JspHJOlQFls, http://www.playvid.com/watch/GCTEccLFeSb,
http://www.playvid.com/watch/3bYCaUH7495, http://www.playvid.com/watch/7wPbZ5p8kut, http://www.playvid.com/watch/BOfudNN5Snj,
http://www.playvid.com/watch/gHkwsnh-E3G, http://www.playvid.com/watch/ce7u5RQ3BMP, http://www.playvid.com/watch/LEaaWxSukGB,
http://www.playvid.com/watch/Dr7LqGp2zCD, http://www.playvid.com/watch/78G33MBYY76, http://www.playvid.com/watch/OVshgBl0oih,
http://www.playvid.com/watch/Zp9qNHral_6, http://www.playvid.com/watch/ZqrDZ_3QB7k, http://www.playvid.com/watch/mPtM0FyFX0z,
http://www.playvid.com/watch/pk0JsMHC270, http://www.playvid.com/watch/TWrtbmbW1Ga, http://www.playvid.com/watch/BKRi-rInsmh,
http://www.playvid.com/watch/8HxoqJNcX28, http://www.playvid.com/watch/PDzeMptbFkB, http://www.playvid.com/watch/rk1ykdTMxuw,
http://www.playvid.com/watch/WQBe84LmOfu, http://www.playvid.com/watch/NWoxOyI0I9t, http://www.playvid.com/watch/aAWyCVH-txp,
http://www.playvid.com/watch/NgCZtOZZTQh, http://www.playvid.com/watch/nXJZ7KNAQn2, http://www.playvid.com/watch/lDf517tqYU7,
http://www.playvid.com/watch/X_xMmP1yLKX, http://www.playvid.com/watch/StNYyvor1CL, http://www.playvid.com/watch/0slnCmn4wHK,
http://www.playvid.com/watch/vyiAqbqBUlp, http://www.playvid.com/watch/oeG7Qtae0BY, http://www.playvid.com/watch/ej_5sOTq9qU,
http://www.playvid.com/watch/nGe1cNKnjvN, http://www.playvid.com/watch/o651iOcvuWf, http://www.playvid.com/watch/FbvLJeEw3F0,
http://www.playvid.com/watch/MmgOJPXAivB, http://www.playvid.com/watch/TdaViULA8tQ, http://www.playvid.com/watch/UqO9yez4MMz,
http://www.playvid.com/watch/KLr96yVERGI, http://www.playvid.com/watch/sdsM5GRHqlD, http://www.playvid.com/watch/wo3JSIdVVzt,
http://www.playvid.com/watch/himEZXieVxg, http://www.playvid.com/watch/2xjSPkA7_oa, http://www.playvid.com/watch/8Ro2_DkSqKf,
http://www.playvid.com/watch/vdY1PYWHMeC, http://www.playvid.com/watch/XQyJotTOPAF, http://www.playvid.com/watch/G53FnJneG_j,
http://www.playvid.com/watch/yXEk6Y6FluW, http://www.playvid.com/watch/wEgt2VLSqf9, http://www.playvid.com/watch/QI3MPistM7S,
http://www.playvid.com/watch/vHl5B38Dogx, http://www.playvid.com/watch/0lJrNClCWOL, http://www.playvid.com/watch/rgIpYSlnZAt,
http://www.playvid.com/watch/mgB9-hJcJ1q, http://www.playvid.com/watch/tUiKYutGX1m, http://www.playvid.com/watch/OMw1FrgZAwe,
http://www.playvid.com/watch/jkh4uPobcVH, http://www.playvid.com/watch/p-4o0z--9fJ, http://www.playvid.com/watch/fmhptRislEP,
http://www.playvid.com/watch/mUNDdjWpeSX, http://www.playvid.com/watch/0XOjkGiCA2z, http://www.playvid.com/watch/9jJkYxGJ8QL,
http://www.playvid.com/watch/qIiy_23nRMq, http://www.playvid.com/watch/xXkx1Z_bbwA, http://www.playvid.com/watch/ZBzLJPwBQ9M,
http://www.playvid.com/watch/bDQ6VuZDoeF, http://www.playvid.com/watch/pSlZpAsfGek, http://www.playvid.com/watch/kjUNkodWnHh,
http://www.playvid.com/watch/dH3yocdI21R, http://www.playvid.com/watch/yalRJD_CqOu, http://www.playvid.com/watch/hSySxQSZT0X,
http://www.playvid.com/watch/lolglfOjWuw, http://www.playvid.com/watch/050lynj4m6q, http://www.playvid.com/watch/hmgS5KprVHq,
http://www.playvid.com/watch/Z2PWSdr3RPK, http://www.playvid.com/watch/bCJdsfC4LdX, http://www.playvid.com/watch/TSYBBFbFr57,
http://www.playvid.com/watch/KbvoxMYKx8K, http://www.playvid.com/watch/mNMJMx3lF8i, http://www.playvid.com/watch/zQkhL4TYYit,
http://www.playvid.com/watch/8G2AxBBkScS, http://www.playvid.com/watch/wUfKQfGEKfZ, http://www.playvid.com/watch/ZOil5x3jClc,
http://www.playvid.com/watch/ZNdkE53oMjF, http://www.playvid.com/watch/MKf_wjb16ec, http://www.playvid.com/watch/xUg7gua1tJg,
http://www.playvid.com/watch/rfLYAxhwy5G, http://www.playvid.com/watch/2Qwnf2aKNbF, http://www.playvid.com/watch/TwGbGkdDYp0,
http://www.playvid.com/watch/9YJXB1bGVzP, http://www.playvid.com/watch/X6a4Tg6pTr8, http://www.playvid.com/watch/aGl9DehYCBr,
http://www.playvid.com/watch/w0R44pdEHXo, http://www.playvid.com/watch/iXnj-MutSON, http://www.playvid.com/watch/k3tLktP92Zk,
http://www.playvid.com/watch/dZFlBQVKMLS, http://www.playvid.com/watch/ZdETsB3YuOu, http://www.playvid.com/watch/oDIVAefIcoN,
http://www.playvid.com/watch/Q_xuNncAdqF, http://www.playvid.com/watch/NACOjziv7J0, http://www.playvid.com/watch/FfhoDYhA4rg,
http://www.playvid.com/watch/hBGxaMfbf8t, http://www.playvid.com/watch/gBqAnUUw30f, http://www.playvid.com/watch/taa224sWVQE,
http://www.playvid.com/watch/AevOzb8HwS6, http://www.playvid.com/watch/Q74_B-FvjnU, http://www.playvid.com/watch/FUHc94Bnk8J,
http://www.playvid.com/watch/RyY_hQBUE5k, http://www.playvid.com/watch/EBs-GLrtipe, http://www.playvid.com/watch/9BuLuPSJ3n0,
http://www.playvid.com/watch/XP7Iyri5o_N, http://www.playvid.com/watch/0TGjuYDF-wB, http://www.playvid.com/watch/7wIDCyMuo1O,
http://www.playvid.com/watch/HlUFrI7pSP9, http://www.playvid.com/watch/iYEM7Cve45n, http://www.playvid.com/watch/8Dw8nQmqXiJ,
http://www.playvid.com/watch/cQCNyrB07T7, http://www.playvid.com/watch/72PHzbITmUW, http://www.playvid.com/watch/Vq_pvnVRlnz,
http://www.playvid.com/watch/M941dKbmCRs, http://www.playvid.com/watch/Jzfrb_maDPh, http://www.playvid.com/watch/kGN-aUE-1Ls,
http://www.playvid.com/watch/S7b1bNXUqd0, http://www.playvid.com/watch/jcWDmwnJRPS, http://www.playvid.com/watch/UAKEDI7gIyr,

http://www.playvid.com/watch/MEbMnsxJSNa, http://www.playvid.com/watch/y_DtWwUXs73, http://www.playvid.com/watch/eYU-OVvdnav,
http://www.playvid.com/watch/kTx_QDH2PXC, http://www.playvid.com/watch/Lk4SrbJ0qYa, http://www.playvid.com/watch/QdvA_h8stph,
http://www.playvid.com/watch/3fLJmXn5wgS, http://www.playvid.com/watch/LsIy14QfhYE, http://www.playvid.com/watch/Oj3b-rLIXuF,
http://www.playvid.com/watch/e2fW6knyDX3, http://www.playvid.com/watch/KOykKog6TgY, http://www.playvid.com/watch/6Vo-Jf9eCGf,
http://www.playvid.com/watch/JdBKpwp4w4u, http://www.playvid.com/watch/kq9EQ1btYx3, http://www.playvid.com/watch/Y-Np5eAPSAL,
http://www.playvid.com/watch/HU2SHNJ8ic9, http://www.playvid.com/watch/UpFiplY83_n, http://www.playvid.com/watch/53J_RYd2A1u,
http://www.playvid.com/watch/9MZzqChUbQF, http://www.playvid.com/watch/wBejk8NSvzS, http://www.playvid.com/watch/WbyOT6GDqKu,
http://www.playvid.com/watch/L5sizMXjB09, http://www.playvid.com/watch/lyJcAMvt9zp, http://www.playvid.com/watch/EpVZON3xVp7,
http://www.playvid.com/watch/xpAwuo975oI, http://www.playvid.com/watch/qiy067Xavo4, http://www.playvid.com/watch/fmlv1p7Vs46,
http://www.playvid.com/watch/NBkicy8fQGg, http://www.playvid.com/watch/WDc7JZYou5I, http://www.playvid.com/watch/KLrrllN_GGO,
http://www.playvid.com/watch/NaS1fmpqP9c, http://www.playvid.com/watch/NtHMAbivz-D, http://www.playvid.com/watch/9e9FfCA6mAO,
http://www.playvid.com/watch/TxC5k_COIx9, http://www.playvid.com/watch/aMo3S8y-Fkb, http://www.playvid.com/watch/KjeUqgHoNEN,
http://www.playvid.com/watch/viOY3P4b7Ws, http://www.playvid.com/watch/edIyFPj7ckS, http://www.playvid.com/watch/txWemDyIZA8,
http://www.playvid.com/watch/cHapPMH_yLg, http://www.playvid.com/watch/0BshEpW5AzN, http://www.playvid.com/watch/G2T9hxA7800,
http://www.playvid.com/watch/gl_bXe8nnIB, http://www.playvid.com/watch/rKoe3PB_tXF, http://www.playvid.com/watch/32NsEfs7wAN,
http://www.playvid.com/watch/05Kt5cm5uLH, http://www.playvid.com/watch/KITpOFhEyQU, http://www.playvid.com/watch/ZTDMRln_BFJ,
http://www.playvid.com/watch/cOUnHUfsb0W, http://www.playvid.com/watch/N1S3s6y4vW0, http://www.playvid.com/watch/JmfMDwy0YM7,
http://www.playvid.com/watch/x1xCpgc8RWX, http://www.playvid.com/watch/2ZwBVz1Muwj, http://www.playvid.com/watch/PZag0ho3CfP,
http://www.playvid.com/watch/3VRhQZ4GMjz, http://www.playvid.com/watch/VcY3AIbX5LW, http://www.playvid.com/watch/dwqWSR1CVuU,
http://www.playvid.com/watch/AQdsqF0kUnK, http://www.playvid.com/watch/nX8xzgwlLUi, http://www.playvid.com/watch/PvKxAaLtL07,
http://www.playvid.com/watch/gBQk4JzybS2, http://www.playvid.com/watch/Aa4NrcT6ZrH, http://www.playvid.com/watch/Yd4AjRhYUv7,
http://www.playvid.com/watch/U2qm25bVpAC, http://www.playvid.com/watch/6mrPrkCE-Ok, http://www.playvid.com/watch/hIrZ_3UiHXN,
http://www.playvid.com/watch/DIoiUgm3TS8, http://www.playvid.com/watch/n6u-s5XAN_x, http://www.playvid.com/watch/MniHn0uL4hj,
http://www.playvid.com/watch/f9gEQmcYQkV, http://www.playvid.com/watch/XNxSVE5kf1C, http://www.playvid.com/watch/u9UJCKYI3gw,
http://www.playvid.com/watch/j_oYgvsP1hB, http://www.playvid.com/watch/6IoZxsCYxpi, http://www.playvid.com/watch/kacaO02FSmm,
http://www.playvid.com/watch/MNZv0V3xJR8, http://www.playvid.com/watch/zXL_KS_DhLw, http://www.playvid.com/watch/ZJzBB8cJdCH,
http://www.playvid.com/watch/L_54Ym9vbky, http://www.playvid.com/watch/aMnPlOkXbtp, http://www.playvid.com/watch/Ulg4jETW-fO,
http://www.playvid.com/watch/V1ixxjfn5qi, http://www.playvid.com/watch/kCUuS8pDXUK, http://www.playvid.com/watch/2IPIlwS4hd4,
http://www.playvid.com/watch/DsHe9t9O-5m, http://www.playvid.com/watch/ocHz1ppUDRc, http://www.playvid.com/watch/AoOpIjzVKHm,
http://www.playvid.com/watch/cHoGUZ04Ffp, http://www.playvid.com/watch/IHundNchGqJ, http://www.playvid.com/watch/Kk3pE4Lz9dA,
http://www.playvid.com/watch/hgqO0wb5vot, http://www.playvid.com/watch/RRyq5wZcBtd, http://www.playvid.com/watch/XQxdItDBpsT,
http://www.playvid.com/watch/lx6fLiSOiH3, http://www.playvid.com/watch/g95RA0QQUV0, http://www.playvid.com/watch/BOUuv2t3x2W,
http://www.playvid.com/watch/lw5iCI1fETU, http://www.playvid.com/watch/nl0GSTKtHme, http://www.playvid.com/watch/bh3uIR1vHQL,
http://www.playvid.com/watch/SkZS1GC3YKD, http://www.playvid.com/watch/4DTKCMz6TeN, http://www.playvid.com/watch/eaJ5c3Qxu_q,
http://www.playvid.com/watch/kV5jwuw2u3t, http://www.playvid.com/watch/feI96pt31_d, http://www.playvid.com/watch/zRbKhj5QRMs,
http://www.playvid.com/watch/BF4Jyezb4ua, http://www.playvid.com/watch/XlOfQlGsOrT, http://www.playvid.com/watch/VyRoLvhXAFM,
http://www.playvid.com/watch/NafcmkIcnX6, http://www.playvid.com/watch/F7Thet9HCVx, http://www.playvid.com/watch/TmWTkHNIUL4,
http://www.playvid.com/watch/uSqn8S3tnYj, http://www.playvid.com/watch/FB1dKIGIIqe, http://www.playvid.com/watch/MN88NLwoHpy,
http://www.playvid.com/watch/xNAjkJgeEFA, http://www.playvid.com/watch/oW3WAkKUgTY, http://www.playvid.com/watch/GsSvelyqAE3,
http://www.playvid.com/watch/YgRZtxfpwGZ, http://www.playvid.com/watch/k455qMKhwq3, http://www.playvid.com/watch/zRFtp38xq6T,
http://www.playvid.com/watch/bT2gXksF3dx, http://www.playvid.com/watch/GGu9aBCeclV, http://www.playvid.com/watch/qa_Gsbk8sgc,
http://www.playvid.com/watch/MJKRmZIotzG, http://www.playvid.com/watch/t4WAbstanbM, http://www.playvid.com/watch/YWgL8kneqCD,
http://www.playvid.com/watch/BCHn4Y2F_Sy, http://www.playvid.com/watch/SduP2_E3TiG, http://www.playvid.com/watch/y5HvdS7LZ4y,
http://www.playvid.com/watch/LvD1q3JZTn2, http://www.playvid.com/watch/nFKP0UQERQP, http://www.playvid.com/watch/vSm4K0Y82DY,
http://www.playvid.com/watch/ZuesvZK7KyM, http://www.playvid.com/watch/YjWcxudhA-q, http://www.playvid.com/watch/XmorSOjIdTP,
http://www.playvid.com/watch/31AGZ-bgonw, http://www.playvid.com/watch/9VZ0RQBjrFP, http://www.playvid.com/watch/UGoAnOAWi6i,
http://www.playvid.com/watch/HygBicqiu-d, http://www.playvid.com/watch/nuJixqNFkvC, http://www.playvid.com/watch/RH_7Obcs6pc,
http://www.playvid.com/watch/O3UjAJqICtb, http://www.playvid.com/watch/qRuLjepMjwm, http://www.playvid.com/watch/cE6KTFSl02Z,
http://www.playvid.com/watch/m71bGTSLLtH, http://www.playvid.com/watch/9-QUGHyKmhb, http://www.playvid.com/watch/vgvyvlF3btL,
http://www.playvid.com/watch/nlSuRLzmKfM, http://www.playvid.com/watch/Dcym5sJyV28, http://www.playvid.com/watch/a91zN8yOisn,
http://www.playvid.com/watch/3eijlV0vefX, http://www.playvid.com/watch/GVBT5R5OOjg, http://www.playvid.com/watch/TEsds-paz66,
http://www.playvid.com/watch/pMBV3VDPTll, http://www.playvid.com/watch/M9knviTxTrf, http://www.playvid.com/watch/Xut8wtCZ8wO,
http://www.playvid.com/watch/SqkCdNoIJ0G, http://www.playvid.com/watch/f6znDWAU9sL, http://www.playvid.com/watch/C2xNTzMwTUr,
http://www.playvid.com/watch/50mVdzn99pu, http://www.playvid.com/watch/KYSoN2BMRGz, http://www.playvid.com/watch/06oP_sF7ya0,
http://www.playvid.com/watch/auNLNKsb3uO, http://www.playvid.com/watch/LWHnaWFttXF, http://www.playvid.com/watch/9hW_PtEN1qc,
http://www.playvid.com/watch/2j2Q_QlRBKU, http://www.playvid.com/watch/pUDhaiOC4WF, http://www.playvid.com/watch/wJu1S0H1VB0,
http://www.playvid.com/watch/m6xIrkXlYrJ, http://www.playvid.com/watch/GXVWnRhu2_W, http://www.playvid.com/watch/ZCStUTADCrZ,
http://www.playvid.com/watch/EQThOdPxDxU, http://www.playvid.com/watch/9Af5pwDAqxE, http://www.playvid.com/watch/eAP-o4C16Ve,
http://www.playvid.com/watch/0j9f5YublFv, http://www.playvid.com/watch/pDtvIrj3dHR, http://www.playvid.com/watch/OO5AgT_dhin,
http://www.playvid.com/watch/29vYRgKrOhP, http://www.playvid.com/watch/nSKrbhgYIFe, http://www.playvid.com/watch/2d6B7PLRoaP,
http://www.playvid.com/watch/LESWEOUO_r6, http://www.playvid.com/watch/TVSIGgL4G1R, http://www.playvid.com/watch/fp58Dne5ZKy,
http://www.playvid.com/watch/FtawrjCB2FQ, http://www.playvid.com/watch/p1t167NjwBh, http://www.playvid.com/watch/CJgoNW5t_a0,
http://www.playvid.com/watch/C4u2vZAJmwW, http://www.playvid.com/watch/8zVYnUxFQjH, http://www.playvid.com/watch/ehNz1teKMuz,
http://www.playvid.com/watch/6Lz6Qroc4ql, http://www.playvid.com/watch/CptowiRA2k5, http://www.playvid.com/watch/99Tbgl91dZV,
http://www.playvid.com/watch/tX1bL_85NXn, http://www.playvid.com/watch/IKWozfc2QVv, http://www.playvid.com/watch/CSpgxHgeacf,
http://www.playvid.com/watch/qgejYirsOzR, http://www.playvid.com/watch/JUB7wny_oG7, http://www.playvid.com/watch/DFTsAg9x3Xl,
http://www.playvid.com/watch/dBKvnaVMDJB, http://www.playvid.com/watch/vOkGN7s8nI8, http://www.playvid.com/watch/oSTimgQK9jo,
http://www.playvid.com/watch/P4Dell7pSVF, http://www.playvid.com/watch/5VwdgvbQ82y, http://www.playvid.com/watch/VG7l8yLHidX,
http://www.playvid.com/watch/xksdgVOtrnQ, http://www.playvid.com/watch/UVwnE8rpiQ8, http://www.playvid.com/watch/Y6R0sMCLWsa,
http://www.playvid.com/watch/ditppZ4DrQX, http://www.playvid.com/watch/v5LL0N6r1m7, http://www.playvid.com/watch/m-08aVtrji7,
http://www.playvid.com/watch/ImDf0uOTcua, http://www.playvid.com/watch/v8o9FF8d875, http://www.playvid.com/watch/gOYz5arq1ip,
http://www.playvid.com/watch/Eri2vI9LKJe, http://www.playvid.com/watch/rdc6OQI6ZAA, http://www.playvid.com/watch/5E9MuvzsK_f,
http://www.playvid.com/watch/qJh9G7YOmJD, http://www.playvid.com/watch/8dYdI14JF8P, http://www.playvid.com/watch/Bbr_eFEmU1t,
http://www.playvid.com/watch/H_IThbrsRRV, http://www.playvid.com/watch/vXBeEIt4e8P, http://www.playvid.com/watch/yMoqMxXVFfy,
http://www.playvid.com/watch/JeUk9OKzqAs, http://www.playvid.com/watch/MCzFuW6XmuQ, http://www.playvid.com/watch/EABtqDllSwm,
http://www.playvid.com/watch/CUyOaKAwxXm, http://www.playvid.com/watch/rjC8-NcoiRw, http://www.playvid.com/watch/vsICwyhr2XQ,
http://www.playvid.com/watch/51CUuvLnNeQ, http://www.playvid.com/watch/Smtfa0xeiSF, http://www.playvid.com/watch/2JiLFRiY5If,
http://www.playvid.com/watch/xNaKonORMg3, http://www.playvid.com/watch/uggIPiyELbn, http://www.playvid.com/watch/XKRyLserr03,
http://www.playvid.com/watch/76-9vNghgod, http://www.playvid.com/watch/evfX2DmVadg, http://www.playvid.com/watch/g9M4eAlPl45,
http://www.playvid.com/watch/76BNqVdrfxj, http://www.playvid.com/watch/9I2oIN-o9dt, http://www.playvid.com/watch/kYd8U5WWuME,
http://www.playvid.com/watch/VbhOBg-iuVr, http://www.playvid.com/watch/AQwiwjnUs25, http://www.playvid.com/watch/2sVRMZUgj83,
http://www.playvid.com/watch/8phzcLlSkks, http://www.playvid.com/watch/mFdHFrTEq9P, http://www.playvid.com/watch/znNmyzIZqzv,
http://www.playvid.com/watch/uc8vLgwA98n, http://www.playvid.com/watch/0p6JTM4gplV, http://www.playvid.com/watch/tXwZsyBwCOB,
http://www.playvid.com/watch/te9yqFQC12h, http://www.playvid.com/watch/lMoS7z1J0bh, http://www.playvid.com/watch/WN_bmg6MKlQ,
http://www.playvid.com/watch/h8bFeHx1oqT, http://www.playvid.com/watch/h8fBrvaDUGf, http://www.playvid.com/watch/KP78QVKX-UR,
http://www.playvid.com/watch/TVFxXi_fl5x, http://www.playvid.com/watch/0BBiRZJoJVb, http://www.playvid.com/watch/EBkDV6R5bZW,
http://www.playvid.com/watch/n_9jvPcZNJJ, http://www.playvid.com/watch/mIJvGDVUDzi, http://www.playvid.com/watch/eOJb3i6ScIn,
http://www.playvid.com/watch/lHDnEgZhZaI, http://www.playvid.com/watch/HBk8wDac6m5, http://www.playvid.com/watch/dZ9PRr2CeuU,
http://www.playvid.com/watch/0m2I8ct2dbu, http://www.playvid.com/watch/ovmpSvBUTpM, http://www.playvid.com/watch/uAfmYu0ebrU,
http://www.playvid.com/watch/lC7OEoVBV69, http://www.playvid.com/watch/99Sf3oTI6uN, http://www.playvid.com/watch/Ly67OpsZ0hL,
http://www.playvid.com/watch/lDLKAiT14Fm, http://www.playvid.com/watch/57sotovllIz, http://www.playvid.com/watch/I7FrXed7Ag2,
http://www.playvid.com/watch/yQU-cvAo-ij, http://www.playvid.com/watch/SC8cex-aYIK, http://www.playvid.com/watch/AMRdCkTIy_I,
http://www.playvid.com/watch/hjU8tOrvMq8, http://www.playvid.com/watch/dNT7ZCEMijJ, http://www.playvid.com/watch/XdGm0sav_Nq,
http://www.playvid.com/watch/gf9ImikElPT, http://www.playvid.com/watch/5x-XNwRNf3H, http://www.playvid.com/watch/eGQe8Rhw8Gk,
http://www.playvid.com/watch/LJQ3bbvIGLx, http://www.playvid.com/watch/DbaXfLXVn0A, http://www.playvid.com/watch/Z5GUquKsSHy,
http://www.playvid.com/watch/XOc4NyBVRwV, http://www.playvid.com/watch/xFp_G_5oD1Z, http://www.playvid.com/watch/Hu69PF-_N8C,

http://www.playvid.com/watch/aaQq6YucEbj, http://www.playvid.com/watch/ZECoFYJ01mJ, http://www.playvid.com/watch/qvrZ646qLjF, http://www.playvid.com/watch/A8K3zyf4Ttj, http://www.playvid.com/watch/xtzOtntfQZI, http://www.playvid.com/watch/ox3f6AVGHhZ, http://www.playvid.com/watch/2Xp0cdGeDoU, http://www.playvid.com/watch/e6plByrEwis, http://www.playvid.com/watch/79MFRRRlU7m, http://www.playvid.com/watch/f21yB7UkiCp, http://www.playvid.com/watch/kkYtBx-9VtD, http://www.playvid.com/watch/CEaXZa20zd0, http://www.playvid.com/watch/5GfBw09E1Q4, http://www.playvid.com/watch/jTr4Oifz1xf, http://www.playvid.com/watch/rfOSYn9vi9R, http://www.playvid.com/watch/akwnlzQ4rGC, http://www.playvid.com/watch/XtBsm3f8phO, http://www.playvid.com/watch/V55tqNiTz4z, http://www.playvid.com/watch/3ceyRuCfb6s, http://www.playvid.com/watch/AchkZujgI5g, http://www.playvid.com/watch/x5oUIqoIY4w, http://www.playvid.com/watch/hcT1x9NAKLR, http://www.playvid.com/watch/5avTaBBpuQX, http://www.playvid.com/watch/5tZU0l2T69O, http://www.playvid.com/watch/ciJNdmR5HyB, http://www.playvid.com/watch/VehZK_LFa7c, http://www.playvid.com/watch/6tzmGuIh_2n, http://www.playvid.com/watch/hLThvfIeaoX, http://www.playvid.com/watch/O1mUkNF509e, http://www.playvid.com/watch/FXLR8STuchJ, http://www.playvid.com/watch/8Y9xvXrFUnB, http://www.playvid.com/watch/EWHpqQgEDkS, http://www.playvid.com/watch/tduracULWAN, http://www.playvid.com/watch/WGeEXdAKXUt, http://www.playvid.com/watch/JUyh7Bo50Nl, http://www.playvid.com/watch/97_nkpK5x4o, http://www.playvid.com/watch/2rIcCs6S3xf, http://www.playvid.com/watch/o-TrPaj0yCR, http://www.playvid.com/watch/Rp-5uajIoHO, http://www.playvid.com/watch/yacJL241bAm, http://www.playvid.com/watch/6hMB9Ej73H4, http://www.playvid.com/watch/tAqWDIEqUvO, http://www.playvid.com/watch/gh36BhRFjIp, http://www.playvid.com/watch/TcqqvG57d7v, http://www.playvid.com/watch/F47Cuu2L5f9, http://www.playvid.com/watch/aQpoAXLOYh9, http://www.playvid.com/watch/gb5xU2PFS0F, http://www.playvid.com/watch/7eO5KqcuzWF, http://www.playvid.com/watch/Q-_a4h_CtWF, http://www.playvid.com/watch/81V2w_sJ4gu, http://www.playvid.com/watch/CyT_M-9P5tb, http://www.playvid.com/watch/l8PL8984gV7, http://www.playvid.com/watch/Nb8738yxpXx, http://www.playvid.com/watch/lXiRhXd-xbE, http://www.playvid.com/watch/FuiLQTMwJ3S, http://www.playvid.com/watch/eBJeBgNHjHy, http://www.playvid.com/watch/U5DHLaRga_6, http://www.playvid.com/watch/dWyKpYAIZbg, http://www.playvid.com/watch/aFuo_Rj4mco, http://www.playvid.com/watch/sZUoSH3Yv8p, http://www.playvid.com/watch/8M7XOX7ENdU, http://www.playvid.com/watch/6EY7UU0ALR0, http://www.playvid.com/watch/m45ImRbJ072, http://www.playvid.com/watch/yPNcxbHhuPd, http://www.playvid.com/watch/YcISJKIMLiy, http://www.playvid.com/watch/KPWpqoGm8bj, http://www.playvid.com/watch/OsBygjHgJXg, http://www.playvid.com/watch/WSoNV0GvCYZ, http://www.playvid.com/watch/HAQ7yj_RTWa, http://www.playvid.com/watch/Yq86nu2Q5ft, http://www.playvid.com/watch/xM4B55xqnXR, http://www.playvid.com/watch/Ww0ZX1pwF39, http://www.playvid.com/watch/sUIcwLSjqA9, http://www.playvid.com/watch/jTIEYMqAKQm, http://www.playvid.com/watch/lKp03GbnZ7b, http://www.playvid.com/watch/2Hj58i1OTsU, http://www.playvid.com/watch/bDUuon4X3cX, http://www.playvid.com/watch/EOqPdn5ezVt, http://www.playvid.com/watch/LJHogcw5BtA, http://www.playvid.com/watch/y93Z8_jvo10, http://www.playvid.com/watch/9wFc8G_oGGV, http://www.playvid.com/watch/EvqlTim-YTN, http://www.playvid.com/watch/ErydpFY0j6u, http://www.playvid.com/watch/CgpZRE4yPtB, http://www.playvid.com/watch/gbm2g-uBSPh, http://www.playvid.com/watch/qCqemj0GLt6, http://www.playvid.com/watch/ZpNbxSnbZoZ, http://www.playvid.com/watch/HQnUzTJQrYu, http://www.playvid.com/watch/aZUX1qIe6ym, http://www.playvid.com/watch/nSnPfit6ZgR, http://www.playvid.com/watch/9P4pAPrgimi, http://www.playvid.com/watch/qjiaH2XeJ-G, http://www.playvid.com/watch/B83YeXdRJVD, http://www.playvid.com/watch/I3ShC_fEsJa, http://www.playvid.com/watch/LX0YEoiz-vr, http://www.playvid.com/watch/X4WGDnmNU0Q, http://www.playvid.com/watch/HrH3ASpfecK, http://www.playvid.com/watch/tae17U36RGV, http://www.playvid.com/watch/Jabw5b_J1sK, http://www.playvid.com/watch/HIpEIbMPI-F, http://www.playvid.com/watch/c6Du0kfJcV8, http://www.playvid.com/watch/9sJnjG8LWAb, http://www.playvid.com/watch/LRsqYH8wIEU, http://www.playvid.com/watch/NYmtP9UhmQ8, http://www.playvid.com/watch/jW4WpYXQGHp, http://www.playvid.com/watch/v6B0oX_k9dV, http://www.playvid.com/watch/VdlHM1Qiy1a, http://www.playvid.com/watch/vavgigbgakl, http://www.playvid.com/watch/gE5nA_DQyEp, http://www.playvid.com/watch/We3HrgfWDUd, http://www.playvid.com/watch/4lLqonfx51z, http://www.playvid.com/watch/RYrTZ406VFg, http://www.playvid.com/watch/6msE1-LcMZK, http://www.playvid.com/watch/OhLjwsLyHYP, http://www.playvid.com/watch/rE317utgMMb, http://www.playvid.com/watch/Hc3mdtCmUfb, http://www.playvid.com/watch/hVYBK2zR1_4, http://www.playvid.com/watch/QEpJhwDkZ_f, http://www.playvid.com/watch/8_Z3o6Lv4nZ, http://www.playvid.com/watch/HGLOKvUq2vn, http://www.playvid.com/watch/zWB0ocmlS-X, http://www.playvid.com/watch/2wydbgH2vws, http://www.playvid.com/watch/3bmJwIdZcVn, http://www.playvid.com/watch/Y_Dj15CRDcN, http://www.playvid.com/watch/ZLIqjuVBLtz, http://www.playvid.com/watch/lF_3IhrZg69, http://www.playvid.com/watch/6IX0x1fgQDr, http://www.playvid.com/watch/6uyZeMk51jD, http://www.playvid.com/watch/WtZW2LS5iKO, http://www.playvid.com/watch/eOB2cX8SLy8, http://www.playvid.com/watch/r9C9OR0RX_P, http://www.playvid.com/watch/z8SIvMutjN2, http://www.playvid.com/watch/X6Dsguxbo1s, http://www.playvid.com/watch/P4sRnCGMzP, http://www.playvid.com/watch/F_RoEvOKg6r, http://www.playvid.com/watch/PSGZ6vABQVA, http://www.playvid.com/watch/q_gdEo4o2CO, http://www.playvid.com/watch/tFkkwmK6vB2, http://www.playvid.com/watch/UJCQA24Mrp0, http://www.playvid.com/watch/0ofLQnyOVFK, http://www.playvid.com/watch/C6W8NNzyFmB, http://www.playvid.com/watch/uXKhl4iiajo, http://www.playvid.com/watch/IuUYkFOg8Ha, http://www.playvid.com/watch/x-RHoR-0Cv0, http://www.playvid.com/watch/FoxwvFLj5AE, http://www.playvid.com/watch/rZrdux83T8Y, http://www.playvid.com/watch/HMYkdoYhRLt, http://www.playvid.com/watch/niKh85aZw-A, http://www.playvid.com/watch/Xd75YlMI9Fn, http://www.playvid.com/watch/fFmpFdYs0lM, http://www.playvid.com/watch/DLINa0kfGNe, http://www.playvid.com/watch/k8uFRvuUgWx, http://www.playvid.com/watch/Iv52pR_wrrQ, http://www.playvid.com/watch/Bk3Pd6N0Wp5, http://www.playvid.com/watch/L2HheEFcVNj, http://www.playvid.com/watch/bLzjyYwfgr9, http://www.playvid.com/watch/7Ur83e8LYVu, http://www.playvid.com/watch/bQykj73At_D, http://www.playvid.com/watch/JU89Gzs2r36, http://www.playvid.com/watch/7Wkt0kXdkHO, http://www.playvid.com/watch/WRcSESGLwGp, http://www.playvid.com/watch/Vq3AulBRNes, http://www.playvid.com/watch/SRejqmgITDf, http://www.playvid.com/watch/YsaGwUFlQuB, http://www.playvid.com/watch/cUk-6zE9-Jw, http://www.playvid.com/watch/IpKLPfXxI08, http://www.playvid.com/watch/USeMZF0tPa9, http://www.playvid.com/watch/l-MEW9F4WdM, http://www.playvid.com/watch/9uyo8ugn1RS, http://www.playvid.com/watch/P30bgLMpsB5, http://www.playvid.com/watch/t3-DT8vd9s0, http://www.playvid.com/watch/icy8AvldJ7t, http://www.playvid.com/watch/BT3eBqUWeqe, http://www.playvid.com/watch/zvoPXAlE6Iq, http://www.playvid.com/watch/ub8BjYoYIJF, http://www.playvid.com/watch/5s_0hY9lo2h, http://www.playvid.com/watch/HksUHDvPtCM, http://www.playvid.com/watch/4d5-GNELcX4, http://www.playvid.com/watch/f1pESorkJrP, http://www.playvid.com/watch/v4Q7-OIXtTw, http://www.playvid.com/watch/CvjKmwF-s-U, http://www.playvid.com/watch/GjXKBktLCwg, http://www.playvid.com/watch/CK_d5CSGbcY, http://www.playvid.com/watch/bFw-Wv6DBbm, http://www.playvid.com/watch/rv6i_072P9F, http://www.playvid.com/watch/QIwVO4NbluW, http://www.playvid.com/watch/KItrmNYUVlz, http://www.playvid.com/watch/0ZN1jxvdMjT, http://www.playvid.com/watch/bGRB4GPwkWk, http://www.playvid.com/watch/cLere9uk1sv, http://www.playvid.com/watch/wnBE0smNOSb, http://www.playvid.com/watch/f_7HBL9lvT2, http://www.playvid.com/watch/ZIsswcMskdE, http://www.playvid.com/watch/4zbIOwyFnVo, http://www.playvid.com/watch/RpOehTltAfh, http://www.playvid.com/watch/KCln7B3-WtP, http://www.playvid.com/watch/kDTvgbZu1aQ, http://www.playvid.com/watch/QpQ2WblesHX, http://www.playvid.com/watch/rQkTmxRchuW, http://www.playvid.com/watch/lr1CpURP520, http://www.playvid.com/watch/xeFWz3qsV2T, http://www.playvid.com/watch/sNM02EBTCx0, http://www.playvid.com/watch/AuRZXvAIjor, http://www.playvid.com/watch/ECHDKhGRfLO, http://www.playvid.com/watch/MAZ0wl1jGab, http://www.playvid.com/watch/HnVvnhD3AsC, http://www.playvid.com/watch/gN9dKl_3yV7, http://www.playvid.com/watch/95VH0CbM5Jz, http://www.playvid.com/watch/8e3Vi13Rgk5, http://www.playvid.com/watch/eH3DZqMxYAL, http://www.playvid.com/watch/tMRLssBM39s, http://www.playvid.com/watch/YJyLIqUvCMg, http://www.playvid.com/watch/VDs9Bh0QcjJ, http://www.playvid.com/watch/X7vt9Ukkhx7, http://www.playvid.com/watch/VOSAXwK1thj, http://www.playvid.com/watch/GZqA35Abfze, http://www.playvid.com/watch/X4hrr9CuMiQ, http://www.playvid.com/watch/cQZljAois39, http://www.playvid.com/watch/xCw2djfZyr8, http://www.playvid.com/watch/Q8onq4lFZxb, http://www.playvid.com/watch/fSTe06B04gD, http://www.playvid.com/watch/q22ekQy0iKg, http://www.playvid.com/watch/vu-wv6gyB5v, http://www.playvid.com/watch/MnFWNdxDEMy, http://www.playvid.com/watch/BXXpSL7y0on, http://www.playvid.com/watch/fdV3VKca97G, http://www.playvid.com/watch/nm6v9RmL19C, http://www.playvid.com/watch/AlmHFPWJDjm, http://www.playvid.com/watch/QtjKd-Wzb1Q, http://www.playvid.com/watch/VwVhDKHlQZR, http://www.playvid.com/watch/Mz1i2Uego4n, http://www.playvid.com/watch/3FmZ7d8HO1M, http://www.playvid.com/watch/zvIFM7x7rj7, http://www.playvid.com/watch/QhQ2ErtaFIh, http://www.playvid.com/watch/DESHC0tegc7, http://www.playvid.com/watch/eod6Afg9w3R, http://www.playvid.com/watch/zB3WARl06pt, http://www.playvid.com/watch/OK0wzjDovIA, http://www.playvid.com/watch/EnVTbOnqfc4, http://www.playvid.com/watch/5h40umlGS4X, http://www.playvid.com/watch/DQNlvikNj47, http://www.playvid.com/watch/5tqgfbQJa93, http://www.playvid.com/watch/UHT0fxIRGBA, http://www.playvid.com/watch/0mBf2NbSctL, http://www.playvid.com/watch/lfiB-_8IohQ, http://www.playvid.com/watch/lxBwT5miCOK, http://www.playvid.com/watch/540EGiJF1zc, http://www.playvid.com/watch/c8tX4qfFt2m, http://www.playvid.com/watch/WylzIvClFZb, http://www.playvid.com/watch/tO9wFFgdN7a, http://www.playvid.com/watch/2frIDo0ozR2, http://www.playvid.com/watch/4qD_0iHdlIM, http://www.playvid.com/watch/WQsQfErd25J, http://www.playvid.com/watch/k0YhfTqm0VN, http://www.playvid.com/watch/z93BzA3aoza, http://www.playvid.com/watch/ZomN4NoMfCv, http://www.playvid.com/watch/3V_sJvb0SCo, http://www.playvid.com/watch/h-2zIDqz2Sb, http://www.playvid.com/watch/XMVkOWfKZbQ, http://www.playvid.com/watch/eopnpzCa90g, http://www.playvid.com/watch/yVkDUyGB0K0, http://www.playvid.com/watch/QpEp-pjLmMf, http://www.playvid.com/watch/qeVLQ_nNh48, http://www.playvid.com/watch/lwaLfSvu34x, http://www.playvid.com/watch/bsGV-fHpdzz, http://www.playvid.com/watch/d2eQsq0s2CX, http://www.playvid.com/watch/F6sFtGQ_96M, http://www.playvid.com/watch/l5xTHF6X6YX, http://www.playvid.com/watch/a1AgblJFyrI, http://www.playvid.com/watch/ECeLNxzyUuG, http://www.playvid.com/watch/wETFUV2mpEJ, http://www.playvid.com/watch/xEO1aJvCW6E, http://www.playvid.com/watch/uZo9g35Nqh2, http://www.playvid.com/watch/H1w_VhQvQBi, http://www.playvid.com/watch/NYcaRopoGrb, http://www.playvid.com/watch/Eyxm_JE0exv, http://www.playvid.com/watch/er_12G9fnL7, http://www.playvid.com/watch/s7mmVN1bqhH, http://www.playvid.com/watch/eBdrwbWY8qb, http://www.playvid.com/watch/UNv4qmoheVI, http://www.playvid.com/watch/jmsbzQXcBTX, http://www.playvid.com/watch/KrFHB_j8Cix, http://www.playvid.com/watch/A5qQIlWVKB7, http://www.playvid.com/watch/UHo2_JzF-q5, http://www.playvid.com/watch/PJ-4W7Qmhcv, http://www.playvid.com/watch/qjdShh_-te3, http://www.playvid.com/watch/t-pxkqOHVKl, http://www.playvid.com/watch/CkfttoBQVw4,

http://www.playvid.com/watch/OSn0auzCk9I, http://www.playvid.com/watch/E6SDHz1ce0c, http://www.playvid.com/watch/PWuprEnOUbM, http://www.playvid.com/watch/aVTXdKlUXmx, http://www.playvid.com/watch/rIwt2mcsGj4, http://www.playvid.com/watch/ATHUJq0ks4Q, http://www.playvid.com/watch/JmLnNCx-Fjf, http://www.playvid.com/watch/X9IwXDGkMC3, http://www.playvid.com/watch/2kCbA2FkZu7, http://www.playvid.com/watch/KwSc7jHwTUI, http://www.playvid.com/watch/yCkdMBbhIpS, http://www.playvid.com/watch/Nvjii-zJCqV, http://www.playvid.com/watch/hYEEGxNdTzB, http://www.playvid.com/watch/fcRh5z2j9P7, http://www.playvid.com/watch/W9LiW_PRPIm, http://www.playvid.com/watch/4zMKnPOCxwB, http://www.playvid.com/watch/Z717buKfqyJ, http://www.playvid.com/watch/6CHaIryjw9Y, http://www.playvid.com/watch/TqgUiloKg-G, http://www.playvid.com/watch/HeE6LaxkbOR, http://www.playvid.com/watch/BcPxy96nLGr, http://www.playvid.com/watch/5i0YAtoElHC, http://www.playvid.com/watch/ZYXeMBl2KA2, http://www.playvid.com/watch/vp3DstC13RR, http://www.playvid.com/watch/ZyVYZKK8fvJ, http://www.playvid.com/watch/P7YPUcmLotT, http://www.playvid.com/watch/N8a9ActGhhW, http://www.playvid.com/watch/mNxgFGQuEKC, http://www.playvid.com/watch/v3eAUslH3zF, http://www.playvid.com/watch/D3RjioudwQp, http://www.playvid.com/watch/VVboY3qIA7p, http://www.playvid.com/watch/msjFTr62l1H, http://www.playvid.com/watch/vp8AmcAMbCL, http://www.playvid.com/watch/7JEpwUUTeQG, http://www.playvid.com/watch/36z9ZqNodWG, http://www.playvid.com/watch/QAxtfKjrb3K, http://www.playvid.com/watch/m1KIVbcL3qY, http://www.playvid.com/watch/F8bjHnz8-xf, http://www.playvid.com/watch/DAApQ2mI1Bn, http://www.playvid.com/watch/ktWBleZkVF7, http://www.playvid.com/watch/XXp9fPah4sj, http://www.playvid.com/watch/EYoWdEimUD6, http://www.playvid.com/watch/gC5Fnm30vKQ, http://www.playvid.com/watch/EkvocUgmjCj, http://www.playvid.com/watch/7ede8YZ2aWY, http://www.playvid.com/watch/Kdj10z-ikWc, http://www.playvid.com/watch/mWcEb7HuauY, http://www.playvid.com/watch/5VA-p5-tbaT, http://www.playvid.com/watch/kti8Y1bIC3D, http://www.playvid.com/watch/5_E0blt1Fj0, http://www.playvid.com/watch/6eYL271TEw9, http://www.playvid.com/watch/FcIBlcs5veH, http://www.playvid.com/watch/owIBTllqbM5, http://www.playvid.com/watch/TLEsmPPdCRg, http://www.playvid.com/watch/7C1MQ0T05B9, http://www.playvid.com/watch/Kbnw_0Xs6T7, http://www.playvid.com/watch/B-jHj6vAFuZ, http://www.playvid.com/watch/xgROESopCc2, http://www.playvid.com/watch/APlbQPz6RMD, http://www.playvid.com/watch/KRDXoRalmoJ, http://www.playvid.com/watch/CUpmKR0GiSs, http://www.playvid.com/watch/Nfj8CCpWNjW, http://www.playvid.com/watch/mFj-rn4re5i, http://www.playvid.com/watch/a4JdkeuCi8P, http://www.playvid.com/watch/zkLHhwZTUp5, http://www.playvid.com/watch/HtTBbQ3E1K7, http://www.playvid.com/watch/iJUKmX_RxCC, http://www.playvid.com/watch/Do_zpGKvwvr, http://www.playvid.com/watch/aQSRzzmrMbZ, http://www.playvid.com/watch/NRARDiU_j6P
5.f. Date of third notice: 2014-01-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: misterq11
5.b. Uploader's email address: misterq11@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/misterq11
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FAC4glCGu65, http://www.playvid.com/watch/Izsoqc876nV, http://www.playvid.com/watch/s2xh0K9p-Yj, http://www.playvid.com/watch/YCga2BQDeki, http://www.playvid.com/watch/VcTZqFbt8ul, http://www.playvid.com/watch/62ItEXtMOaZ, http://www.playvid.com/watch/nHr7wqdCvSc, http://www.playvid.com/watch/kvlPuG7GBbf, http://www.playvid.com/watch/2KikpedQUhv, http://www.playvid.com/watch/jsDdNmCzJCW, http://www.playvid.com/watch/KTC-2dBrcdE, http://www.playvid.com/watch/OkMD4A-wXnV, http://www.playvid.com/watch/Y8qBEYGXSOh, http://www.playvid.com/watch/nKx72vVcKXw, http://www.playvid.com/watch/feECARgelP3, http://www.playvid.com/watch/kUxhaeQXjD4, http://www.playvid.com/watch/GIR9fam79mx, http://www.playvid.com/watch/iBJeTzsdqbh, http://www.playvid.com/watch/ca7c9dYXy2i, http://www.playvid.com/watch/e7VViikTN4N, http://www.playvid.com/watch/2gzlGWbq-Ea, http://www.playvid.com/watch/LQrkM8GJaIo, http://www.playvid.com/watch/E3GC9Pzesod
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: moneymaker
5.b. Uploader's email address: moneymakerbob12@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/moneymaker
5.e. List of videos posted by uploader: http://www.playvid.com/watch/WDshyZYkRX9, http://www.playvid.com/watch/Z-fllBVbQxl, http://www.playvid.com/watch/hej43EZrP27, http://www.playvid.com/watch/72dBe5RzDMH, http://www.playvid.com/watch/pVsVoAH-4yn, http://www.playvid.com/watch/yTruwfBIEsz, http://www.playvid.com/watch/jJBblrd0iFb, http://www.playvid.com/watch/vpWdJu6LvKc, http://www.playvid.com/watch/i61HG89p1HH, http://www.playvid.com/watch/W3mucqjPDJA, http://www.playvid.com/watch/SB-r8KovamB, http://www.playvid.com/watch/FkiPpRDnUcG, http://www.playvid.com/watch/bGySyivfhhw, http://www.playvid.com/watch/22kQMQub7Xx, http://www.playvid.com/watch/cWfT3OfkadW, http://www.playvid.com/watch/aa6SeCtTAJl, http://www.playvid.com/watch/hPDZFUsWjeW, http://www.playvid.com/watch/BKbaVtr-ZKA, http://www.playvid.com/watch/yDkk-eC78Jz, http://www.playvid.com/watch/kuyJPSpXAo1, http://www.playvid.com/watch/yf7lVNv3gsp, http://www.playvid.com/watch/VsyVpUe46Ml, http://www.playvid.com/watch/F0I-U8CYTH9, http://www.playvid.com/watch/FrFRpr5eqpl, http://www.playvid.com/watch/uIZq38Os4YM, http://www.playvid.com/watch/qDCZlXrvwqa, http://www.playvid.com/watch/uyXGfUJvjoo, http://www.playvid.com/watch/jzOnWSR8XX2, http://www.playvid.com/watch/FjpdaUTVS0b, http://www.playvid.com/watch/wlASrFn7BG1, http://www.playvid.com/watch/djgau6ZaB7G, http://www.playvid.com/watch/ejIMTz6L4FQ, http://www.playvid.com/watch/K73K1h4n176, http://www.playvid.com/watch/ewODYVBKJMw, http://www.playvid.com/watch/Wz7xaresSO, http://www.playvid.com/watch/qdZohXjPZ4O, http://www.playvid.com/watch/6wx6lhs6ucs, http://www.playvid.com/watch/SNwMu4KRu1P, http://www.playvid.com/watch/TJDRJkUGLKU, http://www.playvid.com/watch/taPnGwvwjIC, http://www.playvid.com/watch/NXg0duO0wZh, http://www.playvid.com/watch/9PcHH4b5-os, http://www.playvid.com/watch/LaORJUTNAcn, http://www.playvid.com/watch/2RbTW6zd7em, http://www.playvid.com/watch/t0UpSn44yPa, http://www.playvid.com/watch/di4QdAQ4Qp0, http://www.playvid.com/watch/iguCsFkHwdo, http://www.playvid.com/watch/vnFYRYPZpli, http://www.playvid.com/watch/iydq0qa8Wxo, http://www.playvid.com/watch/TR2KsDXSLCc, http://www.playvid.com/watch/XxwL-K8uS6U, http://www.playvid.com/watch/8q0HABrBisC, http://www.playvid.com/watch/vvuXWyD8eNj, http://www.playvid.com/watch/YEiJ4p4rNcV, http://www.playvid.com/watch/4KCWIasHW7g, http://www.playvid.com/watch/sNshoC2gInH, http://www.playvid.com/watch/vJ0FaadCC9f, http://www.playvid.com/watch/MvDujibuX6j, http://www.playvid.com/watch/x2NhL2k79hP, http://www.playvid.com/watch/cgjHOHVsi5X, http://www.playvid.com/watch/U1WsPQb7bvX, http://www.playvid.com/watch/dFMn0KcUa4n, http://www.playvid.com/watch/ruhTbbMdmCM, http://www.playvid.com/watch/lJDyyuw96Fd, http://www.playvid.com/watch/IbwMYbfWOXT, http://www.playvid.com/watch/u6PiFE6ju2b, http://www.playvid.com/watch/6br5c-SN5xy, http://www.playvid.com/watch/TC-hXIXhPS9, http://www.playvid.com/watch/iUifyFQmNKe, http://www.playvid.com/watch/UxbTDQkBN65, http://www.playvid.com/watch/nTR8MUSfD1s, http://www.playvid.com/watch/R8OPRSHW-pF, http://www.playvid.com/watch/xrnJJ6bFsAp, http://www.playvid.com/watch/sZYV8LjVfpL, http://www.playvid.com/watch/VUkSj5vv4oD, http://www.playvid.com/watch/kX5VFN1Jahv, http://www.playvid.com/watch/YKiwIjJVFGi, http://www.playvid.com/watch/LO6NhX81C-0, http://www.playvid.com/watch/SA7Nk89r6Rh, http://www.playvid.com/watch/3qbAb8msVQB, http://www.playvid.com/watch/hklTSioEHl8, http://www.playvid.com/watch/o50dzRJlDze, http://www.playvid.com/watch/dKuwzw2Qc7S, http://www.playvid.com/watch/CpcNtKcS4da, http://www.playvid.com/watch/mqQ9lVKnxJX, http://www.playvid.com/watch/f5n3s8PfU1g, http://www.playvid.com/watch/eaGGup73AQC, http://www.playvid.com/watch/T57kHq9nZtI, http://www.playvid.com/watch/sUFFYcd2dwl, http://www.playvid.com/watch/Mp2-pF6A7Q8, http://www.playvid.com/watch/WyCVnKBq2M1, http://www.playvid.com/watch/PIdpdORmKyA, http://www.playvid.com/watch/yioiU2u2d-m
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mooool
5.b. Uploader's email address: ernesthubert@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mooool
5.e. List of videos posted by uploader: http://www.playvid.com/watch/oFXGTob7CwS, http://www.playvid.com/watch/TsR1_IievcQ, http://www.playvid.com/watch/nbw4ZfsXFZH, http://www.playvid.com/watch/Clq6rUUGUAj, http://www.playvid.com/watch/rtBSrb_aGJV, http://www.playvid.com/watch/v19QeQZwIkc, http://www.playvid.com/watch/X21VtDAXBoD, http://www.playvid.com/watch/rf6jP6IeJJq, http://www.playvid.com/watch/Tav5ygeS8mv, http://www.playvid.com/watch/nXOAtdoz_AB, http://www.playvid.com/watch/rhY_ipQ4rIZ, http://www.playvid.com/watch/6lH7qYy0V6z, http://www.playvid.com/watch/qd0nENI4Cem, http://www.playvid.com/watch/aOYbb6QTkNX, http://www.playvid.com/watch/w5s5Tc4eetz, http://www.playvid.com/watch/gYLD3x1ZI6H, http://www.playvid.com/watch/C5-cv2pTP9V, http://www.playvid.com/watch/lKCbbrNPlZL, http://www.playvid.com/watch/m1jx6vLjKxO, http://www.playvid.com/watch/Y-P6PVBs1oI, http://www.playvid.com/watch/a-eubY9h63P, http://www.playvid.com/watch/QSMQC6FiuIe, http://www.playvid.com/watch/gL881QNu6Gr, http://www.playvid.com/watch/epJ0PAf6WOz, http://www.playvid.com/watch/09GiYJvVByR, http://www.playvid.com/watch/JnbgoEx_MAj, http://www.playvid.com/watch/kqheweN0J_N, http://www.playvid.com/watch/kWq53_9zjAO, http://www.playvid.com/watch/sfUyOt-Jf02, http://www.playvid.com/watch/yusFP_FNRFe, http://www.playvid.com/watch/krICTV2ilv4, http://www.playvid.com/watch/LfzTz8-zORA, http://www.playvid.com/watch/teNaF4FhbSv, http://www.playvid.com/watch/p-YBr8OHP_v, http://www.playvid.com/watch/YMS3XH3ZMwi, http://www.playvid.com/watch/wcCV-3yw2-4, http://www.playvid.com/watch/tr02a_QWbjL, http://www.playvid.com/watch/89uD6rGk-Tb, http://www.playvid.com/watch/5YwxwqZGCvo, http://www.playvid.com/watch/82NkU-Znj_0, http://www.playvid.com/watch/oKgYsDGtg7k,

http://www.playvid.com/watch/9xETlLcyGTC, http://www.playvid.com/watch/AaqFby3pf1v, http://www.playvid.com/watch/CrHEdR3NKHj,
http://www.playvid.com/watch/N6kdK9RmvGg, http://www.playvid.com/watch/UrDT6_w4vLM, http://www.playvid.com/watch/vI192cNoO8Q,
http://www.playvid.com/watch/K6frRgBsyBn, http://www.playvid.com/watch/rlCMyDCy7e0, http://www.playvid.com/watch/jW8D24PkAX3,
http://www.playvid.com/watch/Bx5EWXT1Ndg, http://www.playvid.com/watch/rNDtMzez7cV, http://www.playvid.com/watch/ADzBEUTyJk6,
http://www.playvid.com/watch/9n4tvKqdLhY, http://www.playvid.com/watch/C_WBVd94Aeg, http://www.playvid.com/watch/pHXF0w-s4Kc,
http://www.playvid.com/watch/80ZfoaeMaKp, http://www.playvid.com/watch/mD05nWoyRQ3, http://www.playvid.com/watch/3LmD5G9rT0X,
http://www.playvid.com/watch/5weAKsx4MNv, http://www.playvid.com/watch/4bg9alWIfoa, http://www.playvid.com/watch/UN9rPw9hcYp,
http://www.playvid.com/watch/cIqFgqtKgks, http://www.playvid.com/watch/eOxfr19ApWw, http://www.playvid.com/watch/ORHEdHaoGfj,
http://www.playvid.com/watch/odQnCLOVHxp, http://www.playvid.com/watch/8uILigpVvxj, http://www.playvid.com/watch/BFneCwEUfGn,
http://www.playvid.com/watch/rydG0__Ksq4, http://www.playvid.com/watch/u213e7sCn8P, http://www.playvid.com/watch/L17Qf9xwhDN,
http://www.playvid.com/watch/HzwZcNBNc25, http://www.playvid.com/watch/wP6kguhfLsH, http://www.playvid.com/watch/NxH-AbwHqtY,
http://www.playvid.com/watch/R1x0-v5kpFO, http://www.playvid.com/watch/fH1v-8pk-9s, http://www.playvid.com/watch/Iz7OvKZ4JzM,
http://www.playvid.com/watch/EwVKNUNabMD, http://www.playvid.com/watch/miljepum0XN, http://www.playvid.com/watch/HvIAhrQYL9e,
http://www.playvid.com/watch/M3uzyVQ3MIB, http://www.playvid.com/watch/UIbkQI-K79r, http://www.playvid.com/watch/YVxp9TJGNpk,
http://www.playvid.com/watch/n3kjB5HLKrK, http://www.playvid.com/watch/ASMckJG0Nm2, http://www.playvid.com/watch/zV1Lx3vNaAr,
http://www.playvid.com/watch/FrSWG9E8ubr, http://www.playvid.com/watch/uRHea4pWg8b, http://www.playvid.com/watch/eeYsbEvy4RE,
http://www.playvid.com/watch/nmThvYIOfJc, http://www.playvid.com/watch/GwS29wqJ85i, http://www.playvid.com/watch/gRfNkkWQALY,
http://www.playvid.com/watch/4VuAfBtpiOe, http://www.playvid.com/watch/TUcKNijXRbK, http://www.playvid.com/watch/nCbn2gwyN9Z,
http://www.playvid.com/watch/JaH7hwOfwEv, http://www.playvid.com/watch/441Yt29jA-a, http://www.playvid.com/watch/CPIdD5xXDaz,
http://www.playvid.com/watch/k0coe6sxOxK, http://www.playvid.com/watch/3Qq2CEeDDZ2, http://www.playvid.com/watch/sIAzp5pxMaE,
http://www.playvid.com/watch/ReQXrMuQwg0, http://www.playvid.com/watch/2kLVrtLauiB, http://www.playvid.com/watch/hgflTlMxdAJ,
http://www.playvid.com/watch/o6xUk_Q2wwA, http://www.playvid.com/watch/DRlErVDauAW, http://www.playvid.com/watch/xjwn_DYuEXu,
http://www.playvid.com/watch/IT5qePhtQ1a, http://www.playvid.com/watch/9FoVb85hj7o, http://www.playvid.com/watch/Da3k0ZwDbaG,
http://www.playvid.com/watch/nY4cSv8mCbQ, http://www.playvid.com/watch/o_Dy0SLqFqE, http://www.playvid.com/watch/uFY3UzI3czZ,
http://www.playvid.com/watch/CBCLSXK2bMF, http://www.playvid.com/watch/7NNuRaRZtBX, http://www.playvid.com/watch/awDF6YL9DhJ,
http://www.playvid.com/watch/cnD-GqeRt9J, http://www.playvid.com/watch/Mrfu4zfYHpY, http://www.playvid.com/watch/Pja5m7501DI,
http://www.playvid.com/watch/vcz-T-8cITy, http://www.playvid.com/watch/7dm18Qg7roy, http://www.playvid.com/watch/K_Uq4v0jjMW,
http://www.playvid.com/watch/mHk4WK7KGDU, http://www.playvid.com/watch/q0o9tDlMiI7, http://www.playvid.com/watch/fsUMLYUBvPz,
http://www.playvid.com/watch/pv_h1euWKxD, http://www.playvid.com/watch/Gm2OFVBYiK3, http://www.playvid.com/watch/QDSj9v98CEy,
http://www.playvid.com/watch/jdYICQssgJc, http://www.playvid.com/watch/P82cBmPE5Lz, http://www.playvid.com/watch/yxz8LrA8M4a,
http://www.playvid.com/watch/jfdqZ_53Y42, http://www.playvid.com/watch/TKRofvRaXkG, http://www.playvid.com/watch/PGwh8wSR6GE,
http://www.playvid.com/watch/ZMjA3BQyC0R, http://www.playvid.com/watch/nmI-EitiFz9, http://www.playvid.com/watch/Gv9-i2grTmt,
http://www.playvid.com/watch/TJ_8j-TwvJo, http://www.playvid.com/watch/UPoWQyWrJTM, http://www.playvid.com/watch/xCwdQ6rHZfp,
http://www.playvid.com/watch/rJd0d1GnsZb, http://www.playvid.com/watch/qsv-fLKta36, http://www.playvid.com/watch/A0Lp_-68HVN,
http://www.playvid.com/watch/eZmgFB5hbqE, http://www.playvid.com/watch/e1NrDlOMoal, http://www.playvid.com/watch/j59asHoALSQ,
http://www.playvid.com/watch/Q0-GlCIm_T7, http://www.playvid.com/watch/MH0dNuqtApO, http://www.playvid.com/watch/JIt_QCtW8vA,
http://www.playvid.com/watch/FYaBqhkyD3C, http://www.playvid.com/watch/I3tOmdx1K0H, http://www.playvid.com/watch/aBdLqaVujsH,
http://www.playvid.com/watch/F1D__I31HmG, http://www.playvid.com/watch/9MdUIWu02Au, http://www.playvid.com/watch/O_cfMH6TjBX,
http://www.playvid.com/watch/bwDFrU1Y1HZ, http://www.playvid.com/watch/rQjCL8FAD3O, http://www.playvid.com/watch/AJ1ymqeK9zb,
http://www.playvid.com/watch/SsZV315LCDL, http://www.playvid.com/watch/xswYAGECpb8, http://www.playvid.com/watch/WiQT5wTw8Md,
http://www.playvid.com/watch/mk5v0hvL3GQ, http://www.playvid.com/watch/lGRpclM_hvb, http://www.playvid.com/watch/2WhGku6ESig,
http://www.playvid.com/watch/miPebMwxWub, http://www.playvid.com/watch/6-cw47CNB_6, http://www.playvid.com/watch/CRp5_trMy5D,
http://www.playvid.com/watch/OP8pTs09AxB, http://www.playvid.com/watch/EW1SpKEhFSh, http://www.playvid.com/watch/v5gpC71_A77,
http://www.playvid.com/watch/5lOf7nykTgb, http://www.playvid.com/watch/jSUnIg5F41F, http://www.playvid.com/watch/5L1ZMQtQ0km,
http://www.playvid.com/watch/STScG7Ym9wU, http://www.playvid.com/watch/OKPV5o28WjI, http://www.playvid.com/watch/EhORgWUZNzl,
http://www.playvid.com/watch/k85UhZiFx97, http://www.playvid.com/watch/8Jge4PT2u2J, http://www.playvid.com/watch/Ky95ZnKq8W4,
http://www.playvid.com/watch/Vz6Hvq97A8w, http://www.playvid.com/watch/xz1Q7W5I9zz, http://www.playvid.com/watch/0Z9uY82PYxZ,
http://www.playvid.com/watch/x9MfkUra0av, http://www.playvid.com/watch/6uQTY-0Qqv4, http://www.playvid.com/watch/IxOg7odsWIT,
http://www.playvid.com/watch/g8ft9PzaPiu, http://www.playvid.com/watch/L9hqfxSvPSA, http://www.playvid.com/watch/KooA19suIdd,
http://www.playvid.com/watch/huSuLX4Jk5Z, http://www.playvid.com/watch/I2hTGar99P3, http://www.playvid.com/watch/pWkEusjH5OX,
http://www.playvid.com/watch/4DGZZv7j6YO, http://www.playvid.com/watch/LiDuEz6IXfo, http://www.playvid.com/watch/ZPfCNmYPwVL,
http://www.playvid.com/watch/ohzRzz5g8fV, http://www.playvid.com/watch/vauaGOLHaly, http://www.playvid.com/watch/sh3hfrEIFtH,
http://www.playvid.com/watch/Aw6hDsfCpax, http://www.playvid.com/watch/sZcY4yVMyiH, http://www.playvid.com/watch/FHalBuztAeg,
http://www.playvid.com/watch/fb4ObWdKDgM, http://www.playvid.com/watch/9agYZUOQvBL, http://www.playvid.com/watch/A5F4Wfp-m-o,
http://www.playvid.com/watch/jc4tMGATi-X, http://www.playvid.com/watch/EfP1M5dXmrE, http://www.playvid.com/watch/cJZQo5A8Scv,
http://www.playvid.com/watch/8sLnBI3a1QI, http://www.playvid.com/watch/aUcHk5ZGtgy, http://www.playvid.com/watch/SjbHKPkat6K,
http://www.playvid.com/watch/RqyHunr5pMc, http://www.playvid.com/watch/M7gQ1BuB4DV, http://www.playvid.com/watch/PSSayh8_lEe,
http://www.playvid.com/watch/rTw_TSbz5MP, http://www.playvid.com/watch/lZsNG7XAUvO, http://www.playvid.com/watch/vfDgJ0BLZiu,
http://www.playvid.com/watch/SJtD0ur1RLs, http://www.playvid.com/watch/Yd6flfEO88V, http://www.playvid.com/watch/xBcpWS83HHk,
http://www.playvid.com/watch/FzHNUdB7oex, http://www.playvid.com/watch/E3Yp7pczdBE, http://www.playvid.com/watch/ADH1Dl9ZwbC,
http://www.playvid.com/watch/HiitR49lgBu, http://www.playvid.com/watch/6zHN_JFUchm, http://www.playvid.com/watch/wNo2m6CN55Q,
http://www.playvid.com/watch/AWVpGMfAlH2, http://www.playvid.com/watch/hZw1L1hiVoQ, http://www.playvid.com/watch/BRjw0FQD307,
http://www.playvid.com/watch/KcVX-ZDyd-6, http://www.playvid.com/watch/rwdZmtMa35F, http://www.playvid.com/watch/rkgZyFo-EDf,
http://www.playvid.com/watch/98XkrSO90Vv, http://www.playvid.com/watch/Xa7jelVejXH, http://www.playvid.com/watch/cdjkvON2HHC,
http://www.playvid.com/watch/glygximpZDh, http://www.playvid.com/watch/SSUfCvue7cu, http://www.playvid.com/watch/Fo3VIgDnILH,
http://www.playvid.com/watch/tSoWbR6tw9Z, http://www.playvid.com/watch/uOYcgYksa6z, http://www.playvid.com/watch/rK873AUSOsT,
http://www.playvid.com/watch/naUzipWXV0J, http://www.playvid.com/watch/wDUtJtYhRDz, http://www.playvid.com/watch/r5bglq9Sqsj,
http://www.playvid.com/watch/xRnaYjDIZsE, http://www.playvid.com/watch/4SNfu8QUC69, http://www.playvid.com/watch/ae31P5X1uel,
http://www.playvid.com/watch/5SZIM7_hc1d, http://www.playvid.com/watch/tS0ixbpSlnE, http://www.playvid.com/watch/xNL_pe6GFOv,
http://www.playvid.com/watch/ufRBL3nLxzw, http://www.playvid.com/watch/NCCI6H3v8OD, http://www.playvid.com/watch/a64XKXvuzFt,
http://www.playvid.com/watch/rG7yTg5MqwY, http://www.playvid.com/watch/LioKmpzYxdy, http://www.playvid.com/watch/yoJS8NaTN1U,
http://www.playvid.com/watch/0HB1FKhwhJ9, http://www.playvid.com/watch/cyNL3mxpi1C, http://www.playvid.com/watch/o6YGpGLEeBl,
http://www.playvid.com/watch/gBHBaassccsI, http://www.playvid.com/watch/O9t0Rg2-2Lc, http://www.playvid.com/watch/4u-LBVfnd1J,
http://www.playvid.com/watch/NWAXZggOHwf, http://www.playvid.com/watch/3PnkJn9nOXA, http://www.playvid.com/watch/eAvTM9LdaCt,
http://www.playvid.com/watch/DfJ5KlHhmlX, http://www.playvid.com/watch/8UPY26dKMlq, http://www.playvid.com/watch/fFx4IMXDP7b,
http://www.playvid.com/watch/oEHrabLSVr7, http://www.playvid.com/watch/kfgvGVx2nXR, http://www.playvid.com/watch/hGQM1YpuP5a,
http://www.playvid.com/watch/hXg5_RVwYE8, http://www.playvid.com/watch/J_8Spje2gpa, http://www.playvid.com/watch/kPEuYnotxUi,
http://www.playvid.com/watch/EhbvDhCg755, http://www.playvid.com/watch/sjNrwoF7c4B, http://www.playvid.com/watch/ybeYE1SUQ5Q,
http://www.playvid.com/watch/kwZADrmLFQQ, http://www.playvid.com/watch/zM1bdr3eFgO, http://www.playvid.com/watch/bMo_FlFRAQ6,
http://www.playvid.com/watch/3O6ouPLkkov, http://www.playvid.com/watch/NEfN0LfBTzO
5.f. Date of third notice: 2014-08-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Mor7a
5.b. Uploader's email address: wolwo@mail.bg
5.d. Uploader's profile: http://www.playvid.com/member/Mor7a
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qZogqW7V0CB, http://www.playvid.com/watch/OEu7R2IPiEJ,
http://www.playvid.com/watch/jw2fDJasSmL, http://www.playvid.com/watch/AT9Zq9y5RFl, http://www.playvid.com/watch/OjRZv7DZo00,
http://www.playvid.com/watch/VShXswIpMHE, http://www.playvid.com/watch/bXHzp4GICjT, http://www.playvid.com/watch/IKbe25jyaRi,
http://www.playvid.com/watch/TVPNoejno5s, http://www.playvid.com/watch/pdDh7e9hPGD, http://www.playvid.com/watch/cAHPJgERIq-,
http://www.playvid.com/watch/8hiRfA7HboT, http://www.playvid.com/watch/V-dQsMZW3SR, http://www.playvid.com/watch/4nqfcFliu3M,
http://www.playvid.com/watch/kbZjyQs3h6u, http://www.playvid.com/watch/fSVSMTEMCbP, http://www.playvid.com/watch/sDJOhs3iwZr,
http://www.playvid.com/watch/KSSM2-TTkb3, http://www.playvid.com/watch/oNstdQS3xj9, http://www.playvid.com/watch/nTyKKhiJvKE,
http://www.playvid.com/watch/5Dey5O3MoCl, http://www.playvid.com/watch/pwwyvf55hys, http://www.playvid.com/watch/3TYE2fptpMM,
http://www.playvid.com/watch/UwGyN7uZcSt, http://www.playvid.com/watch/NiXRWUYn0Vc, http://www.playvid.com/watch/6tch9nNe7bQ,
http://www.playvid.com/watch/DnzAX2lmQBy, http://www.playvid.com/watch/vFFBs0ZtWAF, http://www.playvid.com/watch/wgZYVvstfjK,

http://www.playvid.com/watch/6PKOob6ayfx, http://www.playvid.com/watch/a7Zg8aJLGud, http://www.playvid.com/watch/LWIoVSVkaim, http://www.playvid.com/watch/ZAZu27VBHyt, http://www.playvid.com/watch/iZruqsq8FTK, http://www.playvid.com/watch/gq-4IXGmdCj, http://www.playvid.com/watch/-qalWdI7C92, http://www.playvid.com/watch/YwEVLxro9fU, http://www.playvid.com/watch/btQy9VTy4q5, http://www.playvid.com/watch/F0IRO7mBUn8, http://www.playvid.com/watch/8fjLRJOf90T, http://www.playvid.com/watch/XTZCU6npkN2, http://www.playvid.com/watch/iw7NV95bUgf, http://www.playvid.com/watch/bkEqQNhCfqi, http://www.playvid.com/watch/7olmyxsqSdn, http://www.playvid.com/watch/0wCubXO038x, http://www.playvid.com/watch/PZkaMG70wrR, http://www.playvid.com/watch/U47ux2hz88D, http://www.playvid.com/watch/PULrKBJLLwy, http://www.playvid.com/watch/QX6HdZsK2no, http://www.playvid.com/watch/jVonDStEJZd, http://www.playvid.com/watch/Y7-p3TUNm2F, http://www.playvid.com/watch/RYoR7FGv3PH, http://www.playvid.com/watch/M0b0rODZxoU, http://www.playvid.com/watch/EYbS3tRjZ8P, http://www.playvid.com/watch/-2x955Khf0C, http://www.playvid.com/watch/3zdHZkr8iP9, http://www.playvid.com/watch/wEI3aHojM5y, http://www.playvid.com/watch/dQBYeTAkL6N, http://www.playvid.com/watch/VBROWGxfP99, http://www.playvid.com/watch/EqXic3ZCtQP, http://www.playvid.com/watch/sbDfqQHFN8e, http://www.playvid.com/watch/Es-kGSumdj2, http://www.playvid.com/watch/RzIGJHnKJGO, http://www.playvid.com/watch/BiZ2GG69zNe, http://www.playvid.com/watch/AAaQonoEkoP, http://www.playvid.com/watch/zAvU7QwMY0P, http://www.playvid.com/watch/WQzLYgV4gZU, http://www.playvid.com/watch/4-JnKVcoWcp, http://www.playvid.com/watch/HNJWtmio9oK, http://www.playvid.com/watch/xiHYY-bLHB5, http://www.playvid.com/watch/8OHEEcHYxop, http://www.playvid.com/watch/VbSQCyc4n2S, http://www.playvid.com/watch/bxdHExub2Xk, http://www.playvid.com/watch/AZOzhw-w3HM, http://www.playvid.com/watch/ylhUzWyDJOF, http://www.playvid.com/watch/Utyhz7HJW0o, http://www.playvid.com/watch/2zev8F7e-wU, http://www.playvid.com/watch/YMFaT26uEuJ, http://www.playvid.com/watch/a4jfnee7Rpf, http://www.playvid.com/watch/9EDtMlSpxZF, http://www.playvid.com/watch/rRIC9FHdaxT, http://www.playvid.com/watch/C8UCfXOuArK, http://www.playvid.com/watch/OeC33twVTEg, http://www.playvid.com/watch/ocHwOI7KpK9, http://www.playvid.com/watch/faZ2hCRdgJx, http://www.playvid.com/watch/LQ2lrQkWVee, http://www.playvid.com/watch/Z2zCJjgZgSs, http://www.playvid.com/watch/DyI2HXUbrFY, http://www.playvid.com/watch/JfECv0B7plU, http://www.playvid.com/watch/4YytYu9Wd96, http://www.playvid.com/watch/bhJ3quPDkhQ, http://www.playvid.com/watch/FLQnOcCbYtD, http://www.playvid.com/watch/9JrdGTmfglB, http://www.playvid.com/watch/o2KPPVBUzYm, http://www.playvid.com/watch/r0Co-2fshW2, http://www.playvid.com/watch/39xqwuAY8xu, http://www.playvid.com/watch/DXqb0K8iUZj, http://www.playvid.com/watch/TuQuZUDRaG0, http://www.playvid.com/watch/tKsVeo-2vqk
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: morocco399
5.b. Uploader's email address: morocco399@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/morocco399
5.e. List of videos posted by uploader: http://www.playvid.com/watch/56h5GSYBYyb, http://www.playvid.com/watch/IfMne-wHAT-, http://www.playvid.com/watch/uRokEnGhsF1, http://www.playvid.com/watch/ClIYN381t76, http://www.playvid.com/watch/uzmcvrOUsD2, http://www.playvid.com/watch/lvRQWl-YgTO, http://www.playvid.com/watch/xPdlM5cFlcH, http://www.playvid.com/watch/2s1ZHi8txgQ, http://www.playvid.com/watch/-uXjA4RPmdw, http://www.playvid.com/watch/MaYLYEYY4Ur, http://www.playvid.com/watch/j6jFdaUEe0O, http://www.playvid.com/watch/3Ezjxg7tPGc, http://www.playvid.com/watch/LaKWJJ0Do1C, http://www.playvid.com/watch/kOSaxPRrlwf, http://www.playvid.com/watch/cC135-VdqOZ, http://www.playvid.com/watch/-68D0b61wmQ, http://www.playvid.com/watch/Wh7lkFTyzuJ, http://www.playvid.com/watch/0RuwcFf-zDw, http://www.playvid.com/watch/l38jDgwcCD0, http://www.playvid.com/watch/lMaNEsxjqCQ, http://www.playvid.com/watch/D8bf0-iCJDb, http://www.playvid.com/watch/fXB1V0YIJl9, http://www.playvid.com/watch/RO8gslvPOcH, http://www.playvid.com/watch/de24jLQrPHz, http://www.playvid.com/watch/WayiClOHREy, http://www.playvid.com/watch/PabrnsO3-kk, http://www.playvid.com/watch/gGG1FiRDvvK, http://www.playvid.com/watch/RGcKCjadLUX, http://www.playvid.com/watch/6JjAlJ3XnJT, http://www.playvid.com/watch/8FMil5L92j-, http://www.playvid.com/watch/Mr-YY5YiTYt, http://www.playvid.com/watch/YaxQGc3Dwbu, http://www.playvid.com/watch/URJMNTKDUN9, http://www.playvid.com/watch/757QTOMMLgo, http://www.playvid.com/watch/NhTG35oY76b, http://www.playvid.com/watch/0zkIUwfrpam, http://www.playvid.com/watch/K4upkIFMyV8, http://www.playvid.com/watch/Lt7vIIF8oRx, http://www.playvid.com/watch/luQVmqeiju5, http://www.playvid.com/watch/iLTTbXeEAyW, http://www.playvid.com/watch/xlsOMgavmGt, http://www.playvid.com/watch/lHHS7la2ljJ, http://www.playvid.com/watch/jE6oObYUjPw, http://www.playvid.com/watch/TV5RGat6LiM, http://www.playvid.com/watch/3WZWI7cc7p8, http://www.playvid.com/watch/tC6FsSXPX2s, http://www.playvid.com/watch/PZDyKT1swu0, http://www.playvid.com/watch/EsjKw38zesm, http://www.playvid.com/watch/wyKqnhJd714, http://www.playvid.com/watch/5ItUvKc9891, http://www.playvid.com/watch/mgsElElwINz, http://www.playvid.com/watch/-iMcNmHUM2o, http://www.playvid.com/watch/gEId9gQTMgq, http://www.playvid.com/watch/gL5yHJBJyIV, http://www.playvid.com/watch/MLwyMuuotKt, http://www.playvid.com/watch/bFUi8cMopKH, http://www.playvid.com/watch/rUeJHLSIFaN, http://www.playvid.com/watch/C9dQwxFwj0J, http://www.playvid.com/watch/eHp8GCzbTWH, http://www.playvid.com/watch/kWqlY2SZXqx, http://www.playvid.com/watch/aUHdWvg7vbc, http://www.playvid.com/watch/EbNnXKfGFtY, http://www.playvid.com/watch/d0eJmAjLGgJ, http://www.playvid.com/watch/A6S94O05Xri, http://www.playvid.com/watch/wmE2gImv2K9, http://www.playvid.com/watch/vsRulotUg5W, http://www.playvid.com/watch/WxtJ0wRPzfe, http://www.playvid.com/watch/ijLZUGQVShw, http://www.playvid.com/watch/Yaq5NxYoLdo, http://www.playvid.com/watch/jUqQKTF2g0B, http://www.playvid.com/watch/ObTM6FjtcrY, http://www.playvid.com/watch/qlKTH1gx1fZ, http://www.playvid.com/watch/lnn3yWmZqNm, http://www.playvid.com/watch/rhuaJoeAu-x, http://www.playvid.com/watch/q3kQ7masKcK, http://www.playvid.com/watch/upgHkCvieDT, http://www.playvid.com/watch/wbqtHcWx-ZX, http://www.playvid.com/watch/ehOG0xXXxMo, http://www.playvid.com/watch/FH6or2Zdrgd, http://www.playvid.com/watch/V7hw-k0811C, http://www.playvid.com/watch/82trvTr-s92, http://www.playvid.com/watch/ScViNretKxi, http://www.playvid.com/watch/0daxQmiRsoy, http://www.playvid.com/watch/B-hBUPbVUoJ, http://www.playvid.com/watch/zUJEvmz3Gio
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mousefranky
5.b. Uploader's email address: derekmarcus@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mousefranky
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CcSnlk5BAt0, http://www.playvid.com/watch/DbXi5qAsl-7, http://www.playvid.com/watch/U2FTVjZsqTf, http://www.playvid.com/watch/gE9dg8Ih7V6, http://www.playvid.com/watch/Yag0-fQMfMs, http://www.playvid.com/watch/AD3GGPVin6c, http://www.playvid.com/watch/ZCFjFLj0Aiz, http://www.playvid.com/watch/FA26VjfuXlc, http://www.playvid.com/watch/uLsDBhW7y6p, http://www.playvid.com/watch/CEXtbHYOV7u, http://www.playvid.com/watch/VpKRjpRyygL, http://www.playvid.com/watch/OuEUr3zwjcZ, http://www.playvid.com/watch/4XYKfOLkac-, http://www.playvid.com/watch/5-jzBOsGUOy, http://www.playvid.com/watch/GF4OMN3yphs, http://www.playvid.com/watch/-JrhJceXu23, http://www.playvid.com/watch/jxkT9Y7yrxP, http://www.playvid.com/watch/bPnQOKABmfs, http://www.playvid.com/watch/tz9qqjmTlpe, http://www.playvid.com/watch/W4eQlHejUkc, http://www.playvid.com/watch/Z0ArG--H-Wl, http://www.playvid.com/watch/Shm7nDOJDaT, http://www.playvid.com/watch/a9QDs22Z3v8, http://www.playvid.com/watch/H4hkwI2xVgc, http://www.playvid.com/watch/ID7rbmer0f8, http://www.playvid.com/watch/VW4ulesefMq, http://www.playvid.com/watch/vs-cEA8PW6Q, http://www.playvid.com/watch/uDhiTnfxN0n, http://www.playvid.com/watch/veUCrt6nwsS, http://www.playvid.com/watch/OJYI3aKCkKY, http://www.playvid.com/watch/egNAz3iu4c3, http://www.playvid.com/watch/SrkjRUejZiP, http://www.playvid.com/watch/Twny5iQloVU, http://www.playvid.com/watch/8cZwjuyyjKZ, http://www.playvid.com/watch/2HgEKHvyKON, http://www.playvid.com/watch/stKiObc87Q8, http://www.playvid.com/watch/KkmpyjeGIND, http://www.playvid.com/watch/KpbHU-cc5yi, http://www.playvid.com/watch/Am8STD5spY4, http://www.playvid.com/watch/7i4CuIp8vYn, http://www.playvid.com/watch/rSBQHnJFYv5, http://www.playvid.com/watch/yiZzpHxmq8J, http://www.playvid.com/watch/gWodaq-5rU6, http://www.playvid.com/watch/pXMQGOfXIzV, http://www.playvid.com/watch/CwE4WrZSRvX, http://www.playvid.com/watch/TCOhCcYiWnI, http://www.playvid.com/watch/fD5hy2LsXTA, http://www.playvid.com/watch/QlWyaAU8xaS, http://www.playvid.com/watch/NgXdsaR52C8, http://www.playvid.com/watch/gcUo9-EAPXs, http://www.playvid.com/watch/55zrLTceTZ9, http://www.playvid.com/watch/hk6o4QMQFD8, http://www.playvid.com/watch/3-Q5MUAhR8e, http://www.playvid.com/watch/98chJSA2qBb, http://www.playvid.com/watch/Ju8WpInXye3, http://www.playvid.com/watch/kyaSfXd0kNm, http://www.playvid.com/watch/9RwZapz9t5s, http://www.playvid.com/watch/3GsCjFFQMgO, http://www.playvid.com/watch/SZQLRaWtMPt, http://www.playvid.com/watch/waWOskdKIFA, http://www.playvid.com/watch/tiBAQt369Vx, http://www.playvid.com/watch/lJlB0o5nEBl, http://www.playvid.com/watch/ESEYOlf9ywe, http://www.playvid.com/watch/7c02L0hLUI7, http://www.playvid.com/watch/rreKf3k3-5W, http://www.playvid.com/watch/uCcPp0TIY-x, http://www.playvid.com/watch/QVpOnZh4beu, http://www.playvid.com/watch/KnW2ahOEqg4, http://www.playvid.com/watch/B89FiNQqOTP, http://www.playvid.com/watch/D4sEvyf54PW, http://www.playvid.com/watch/e9ontO5sGd2, http://www.playvid.com/watch/I7rI4hlrz6s, http://www.playvid.com/watch/L4FjfI-fqkU, http://www.playvid.com/watch/ZuEv4d6hFea, http://www.playvid.com/watch/foHeRjXtlBG, http://www.playvid.com/watch/hOA9ts0co7o, http://www.playvid.com/watch/B0BG447UQfS, http://www.playvid.com/watch/TYbHla7XGWZ, http://www.playvid.com/watch/l23hMqasnZw, http://www.playvid.com/watch/5IPpKSnclzF, http://www.playvid.com/watch/25iHE7XTocJ, http://www.playvid.com/watch/c7CQ540u8-L, http://www.playvid.com/watch/EJ5RPCTzCrp, http://www.playvid.com/watch/lEL62wnPys7, http://www.playvid.com/watch/iMuI0Wrtu8q, http://www.playvid.com/watch/pNcGYYM8eDL, http://www.playvid.com/watch/Sw085hUVwi4, http://www.playvid.com/watch/UGlVflyWaPi, http://www.playvid.com/watch/fePxpZsIuu3, http://www.playvid.com/watch/nKZxkqL2NjD, http://www.playvid.com/watch/dEvVWnQ6IZA, http://www.playvid.com/watch/jQwFBQwYAHX,

http://www.playvid.com/watch/NqW67TNtRrG, http://www.playvid.com/watch/QjE4xsrMeqm, http://www.playvid.com/watch/b7DN3qtEIJA,
http://www.playvid.com/watch/PvTLqOaAzik, http://www.playvid.com/watch/gRgHfJlpHzX, http://www.playvid.com/watch/a7DuYj76U3C,
http://www.playvid.com/watch/XBWoZ7XKIlj, http://www.playvid.com/watch/-3fuqx72ApS, http://www.playvid.com/watch/--8tcGHifdU,
http://www.playvid.com/watch/5DEqvlNLdXN, http://www.playvid.com/watch/dw4fQ2pohCk, http://www.playvid.com/watch/dZqzYdg4rJ6,
http://www.playvid.com/watch/EiM5-4nPS0C, http://www.playvid.com/watch/Ue0GTCfpdDn, http://www.playvid.com/watch/zlIH3TkA4tA,
http://www.playvid.com/watch/Sluyhvo0iXI, http://www.playvid.com/watch/mApLn57CsBe, http://www.playvid.com/watch/cXDHblEIzIq,
http://www.playvid.com/watch/CTTOP3sPdfd, http://www.playvid.com/watch/ja5-du2zpTq, http://www.playvid.com/watch/qN8Jw7sI7EQ,
http://www.playvid.com/watch/U7YcZoNavgr, http://www.playvid.com/watch/FKNgTi7vWWK, http://www.playvid.com/watch/YIX-iGN0EAT,
http://www.playvid.com/watch/ZZQXd0NyHr7, http://www.playvid.com/watch/MGlxFlMRKDB, http://www.playvid.com/watch/yX40SgwgXLi,
http://www.playvid.com/watch/QqdgHdJCddw, http://www.playvid.com/watch/-8QkidTO8hR, http://www.playvid.com/watch/HD-JQrLzgTX,
http://www.playvid.com/watch/6ASF7RNT-gR, http://www.playvid.com/watch/lswfP7ZEpEg, http://www.playvid.com/watch/xBn-4edq63r,
http://www.playvid.com/watch/iK7myhKmIrN, http://www.playvid.com/watch/aWglQILayxW, http://www.playvid.com/watch/6s4sHssqnso,
http://www.playvid.com/watch/WZD0zOS8yCi, http://www.playvid.com/watch/ZpXV3n8jM8n, http://www.playvid.com/watch/bWGbnwvDlTk,
http://www.playvid.com/watch/UYDzsiQVTMG, http://www.playvid.com/watch/urObvKWhQOS, http://www.playvid.com/watch/GgPJI87LcwM,
http://www.playvid.com/watch/vSxm2UtCH6B, http://www.playvid.com/watch/i7Vt0NfL8if, http://www.playvid.com/watch/j3dOWRjfirn,
http://www.playvid.com/watch/YRywBXgqR70, http://www.playvid.com/watch/lmfb05VJlOr, http://www.playvid.com/watch/3D83NRVUqeH,
http://www.playvid.com/watch/RzIWhd9TjXg, http://www.playvid.com/watch/6ixOnQEc2fL, http://www.playvid.com/watch/fKupn4pwPYw
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mouseluck
5.b. Uploader's email address: kimadwertt12@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mouseluck
5.e. List of videos posted by uploader: http://www.playvid.com/watch/e8jWZ7XnolH, http://www.playvid.com/watch/OmEKbkRy6Cm,
http://www.playvid.com/watch/F7u7dAVJ-t3, http://www.playvid.com/watch/GOoemhWLBbr, http://www.playvid.com/watch/67Ra-bBdN3a,
http://www.playvid.com/watch/NnJsrRsjMiF, http://www.playvid.com/watch/7KdhmlgA8gW, http://www.playvid.com/watch/4SyLq30FRvz,
http://www.playvid.com/watch/CTG8mpcb7L2, http://www.playvid.com/watch/TZYjKhMV4eG, http://www.playvid.com/watch/cf9iMCmnnfJ,
http://www.playvid.com/watch/0vm8jYpzD9V, http://www.playvid.com/watch/Cm0DyViJiHd, http://www.playvid.com/watch/d72Iqc98ucv,
http://www.playvid.com/watch/4hUfZbfzI4z, http://www.playvid.com/watch/G0sPZVad-qB, http://www.playvid.com/watch/9Uu0Assvr9b,
http://www.playvid.com/watch/naMs0Wmhv90, http://www.playvid.com/watch/xEF9NLV7zE8, http://www.playvid.com/watch/EkNQUZ7xLNw,
http://www.playvid.com/watch/kAfpYtehXjX, http://www.playvid.com/watch/9HTuPr9TWOu, http://www.playvid.com/watch/ZB2aFGtXL4W,
http://www.playvid.com/watch/AlSqDOrtxdH, http://www.playvid.com/watch/3UjPPda-DT-, http://www.playvid.com/watch/xd9pfI5lTPs,
http://www.playvid.com/watch/LUAf7YHpxPW, http://www.playvid.com/watch/SblLmLE3vCf, http://www.playvid.com/watch/-29HZOoRfYa,
http://www.playvid.com/watch/nRxWbNzXKMS, http://www.playvid.com/watch/AmYiVClUzQG, http://www.playvid.com/watch/0uXuq8jgizc,
http://www.playvid.com/watch/37UVjQcDu9Y, http://www.playvid.com/watch/iom3ObsPOvp, http://www.playvid.com/watch/kwcT6LUy7lV,
http://www.playvid.com/watch/GCDSmb9KcRi, http://www.playvid.com/watch/J83lhXEkW6q, http://www.playvid.com/watch/UUUpEkzkymK,
http://www.playvid.com/watch/sAWCmsrYRQc, http://www.playvid.com/watch/3HVlbPRJElA, http://www.playvid.com/watch/Mr5Ev-LnbUu,
http://www.playvid.com/watch/qzfs54hdhI2, http://www.playvid.com/watch/7tAifCYLKQg, http://www.playvid.com/watch/VgcPYJa4GJe,
http://www.playvid.com/watch/8HKUZqy2Cvw, http://www.playvid.com/watch/Q9D8U-hiRXi, http://www.playvid.com/watch/3ZJ-d-lTXQd,
http://www.playvid.com/watch/6OUXr-ffhQu, http://www.playvid.com/watch/Ci0inUHwGxX, http://www.playvid.com/watch/L3B2uycBLQI,
http://www.playvid.com/watch/WxUd0GKknU0, http://www.playvid.com/watch/4iAZiVPbeOY, http://www.playvid.com/watch/y7N7zkYZHbu,
http://www.playvid.com/watch/CECP8wrWaWO, http://www.playvid.com/watch/3CH5AI8pbGv, http://www.playvid.com/watch/t9ifMzjATl2,
http://www.playvid.com/watch/Aeng8inVPQZ, http://www.playvid.com/watch/pQXJC230K0Y, http://www.playvid.com/watch/-vNQ4FI4NtN,
http://www.playvid.com/watch/6kMDRd87dpg, http://www.playvid.com/watch/N43VCuKXhkf, http://www.playvid.com/watch/gQwwW0eP94r,
http://www.playvid.com/watch/l8yXhdCAL2-, http://www.playvid.com/watch/TJnn3tCyPrh, http://www.playvid.com/watch/MPUY65ROOt-,
http://www.playvid.com/watch/W7aetzV3HVZ, http://www.playvid.com/watch/p4gFl5Ktbgc, http://www.playvid.com/watch/k5qoLi2gU5C,
http://www.playvid.com/watch/TYb3JBqj7o6, http://www.playvid.com/watch/H2loteNjwzX, http://www.playvid.com/watch/SL-2kU6Mbww,
http://www.playvid.com/watch/XiY42jszSoh, http://www.playvid.com/watch/MeXkpZ8wOAE, http://www.playvid.com/watch/xadttFT0JXW,
http://www.playvid.com/watch/-ez3ZLO6YLG, http://www.playvid.com/watch/b9m9Tbtw-e8, http://www.playvid.com/watch/X-AYXx0wDev,
http://www.playvid.com/watch/emHIkifGNeo, http://www.playvid.com/watch/TreFllQRD0d, http://www.playvid.com/watch/Z3sW6dYdgPB,
http://www.playvid.com/watch/7J8DcWeEctv, http://www.playvid.com/watch/5ZrmtUvga3J, http://www.playvid.com/watch/4vs9wmup7at,
http://www.playvid.com/watch/hinXRGZTPAN, http://www.playvid.com/watch/AW7a4gIKf3q, http://www.playvid.com/watch/CN-uhv3g4KL,
http://www.playvid.com/watch/c20Up9Y6BEt, http://www.playvid.com/watch/BV9G5SuL0YG, http://www.playvid.com/watch/GeeiNY2taAH,
http://www.playvid.com/watch/w0HU4sxxvZ6, http://www.playvid.com/watch/bIEXfXoNfiy, http://www.playvid.com/watch/ZbMsu9bheqn,
http://www.playvid.com/watch/thhIkzOQu2X, http://www.playvid.com/watch/2Zinop0kqKN, http://www.playvid.com/watch/yEcvWq6-GLv,
http://www.playvid.com/watch/qDRXuJ3C3Kn, http://www.playvid.com/watch/Vp6ncC6tQwk, http://www.playvid.com/watch/Y8cGWasNUfD,
http://www.playvid.com/watch/X0mqidZLkH0, http://www.playvid.com/watch/p4XqeFG3cCk, http://www.playvid.com/watch/ZGPbThTD-Bk,
http://www.playvid.com/watch/QsLIxrdjXOm, http://www.playvid.com/watch/ehUaXeyUCYT, http://www.playvid.com/watch/OaDRZOwcttN,
http://www.playvid.com/watch/jBrbwqDgM4G, http://www.playvid.com/watch/645S2Zas2tn, http://www.playvid.com/watch/Fayr3OgBe6o,
http://www.playvid.com/watch/SIITpSsL84C, http://www.playvid.com/watch/Lb2s4gs2Q7s, http://www.playvid.com/watch/m5lI76qo7W0,
http://www.playvid.com/watch/yq9hEAIqL6S, http://www.playvid.com/watch/CBYuU6ofATe, http://www.playvid.com/watch/4YjVab5V2lU,
http://www.playvid.com/watch/WBrTeRbRqwE, http://www.playvid.com/watch/BwwgaQbnMdm, http://www.playvid.com/watch/vFT6RtfqJZj,
http://www.playvid.com/watch/EzhRcG7ltlc, http://www.playvid.com/watch/Rg9TUieGgjl, http://www.playvid.com/watch/JlTB6nvh2iX,
http://www.playvid.com/watch/lIxWePY4FBf, http://www.playvid.com/watch/R9-dsAcbWv6, http://www.playvid.com/watch/9t4W4aSfUkC,
http://www.playvid.com/watch/PSa5xqgPBsh, http://www.playvid.com/watch/zbVrB9VOfDD, http://www.playvid.com/watch/KW99ZBkxU26,
http://www.playvid.com/watch/4HPICxTkxhT, http://www.playvid.com/watch/9Qlrivoeswb, http://www.playvid.com/watch/UgJyjGAIIww,
http://www.playvid.com/watch/bt3m3VsE8o3, http://www.playvid.com/watch/XMsSYOPBuQx, http://www.playvid.com/watch/RJ7zrh26H5A,
http://www.playvid.com/watch/uvHmB7GGcck, http://www.playvid.com/watch/mowHXHENzvi, http://www.playvid.com/watch/o6bZkADmgd7,
http://www.playvid.com/watch/0AxKWWtdTCN, http://www.playvid.com/watch/-LLhgicgJtY, http://www.playvid.com/watch/RnNQ-Q5QXVF,
http://www.playvid.com/watch/8cnBSAYySOH, http://www.playvid.com/watch/Gbu2TV0o0EX, http://www.playvid.com/watch/6hNU4lqse2j,
http://www.playvid.com/watch/tBlIiyB9OU0, http://www.playvid.com/watch/V7HN28XeMTK, http://www.playvid.com/watch/wKSkBluFtrH,
http://www.playvid.com/watch/3-j8uRhWBMD, http://www.playvid.com/watch/haWt5kTqhkJ, http://www.playvid.com/watch/rBCGokGzV-Y,
http://www.playvid.com/watch/Oih39dIT4Nz, http://www.playvid.com/watch/X8SdBvEfccu, http://www.playvid.com/watch/HbXWO3FwCYF,
http://www.playvid.com/watch/6C9a8250Vrn, http://www.playvid.com/watch/p3tbNOctMjt, http://www.playvid.com/watch/0sYIQSt7pjA,
http://www.playvid.com/watch/5Dlw7Xvz5vE, http://www.playvid.com/watch/qLLuLhchhAy, http://www.playvid.com/watch/Abi8ljiLns9,
http://www.playvid.com/watch/ecFIewqb7Te, http://www.playvid.com/watch/gICNJV-3NHO, http://www.playvid.com/watch/Fug3IB5KsdU,
http://www.playvid.com/watch/89NtBpBbZDF, http://www.playvid.com/watch/ZtdyTmwbLOY, http://www.playvid.com/watch/dCxsyvsy2vO,
http://www.playvid.com/watch/EYW5AF9fa0q, http://www.playvid.com/watch/FfL8q2l5DEr, http://www.playvid.com/watch/dLKmKTxgGCG,
http://www.playvid.com/watch/wRUdwzTXZR-, http://www.playvid.com/watch/lY6Zxg0y9bf, http://www.playvid.com/watch/h6-A73ELZbL,
http://www.playvid.com/watch/OEKNCOQKs4K, http://www.playvid.com/watch/39LtULkbszt, http://www.playvid.com/watch/6BnstPK54mm,
http://www.playvid.com/watch/XMVXMh2ZPAa, http://www.playvid.com/watch/FEOFPmGhsHv, http://www.playvid.com/watch/gJ34FEeJY97,
http://www.playvid.com/watch/oDbzAZCoYu6, http://www.playvid.com/watch/GgfydG9RVZ5, http://www.playvid.com/watch/batTHS-ut8E,
http://www.playvid.com/watch/GEIllhLUiKm, http://www.playvid.com/watch/5K0RZ8eGDgf, http://www.playvid.com/watch/Y4D0cv6V-vO,
http://www.playvid.com/watch/dsVOit8-2iE, http://www.playvid.com/watch/VU0vOkOeEu6, http://www.playvid.com/watch/ugvVskz04Mk,
http://www.playvid.com/watch/AfjOMnsXFBi, http://www.playvid.com/watch/TK7r-S92BBk, http://www.playvid.com/watch/gkukOaiuO6E,
http://www.playvid.com/watch/YFWHBHgto4b, http://www.playvid.com/watch/vJG5VIVMCob, http://www.playvid.com/watch/uEPQRl4eNL0,
http://www.playvid.com/watch/NLYtuWbV3sD, http://www.playvid.com/watch/DduM9R0bK9z, http://www.playvid.com/watch/VskyMkWWuNQ,
http://www.playvid.com/watch/RIqR8pHVsEd, http://www.playvid.com/watch/pB4PjXzbRtc, http://www.playvid.com/watch/eCIEOc366kW,
http://www.playvid.com/watch/dBHO0dWLxey, http://www.playvid.com/watch/IKx3n-dAGt8, http://www.playvid.com/watch/uiIjcVRyCd9,
http://www.playvid.com/watch/axFbHbu4E83, http://www.playvid.com/watch/98uBvw0CZJS, http://www.playvid.com/watch/EMbMnsWJNYD,
http://www.playvid.com/watch/t6iQeLdRovZ, http://www.playvid.com/watch/kL26D0Nsja8, http://www.playvid.com/watch/E7fJvMdaS3T,
http://www.playvid.com/watch/DYZqQOxjOYU, http://www.playvid.com/watch/eWyurHBhb3Q, http://www.playvid.com/watch/WaBK5qIJ4sv,
http://www.playvid.com/watch/ufp8NsPWZbl, http://www.playvid.com/watch/RJPTCvc-MTn, http://www.playvid.com/watch/FRPXMd6MJZM,
http://www.playvid.com/watch/h7HKtnIbyGh, http://www.playvid.com/watch/YgpL-dIE9qy, http://www.playvid.com/watch/9NLUumjRESZ,
http://www.playvid.com/watch/phE3fFDmZ9R, http://www.playvid.com/watch/qxEYcI2Usgr, http://www.playvid.com/watch/FSmUQeV83IK,
http://www.playvid.com/watch/oFj-KgglFBT, http://www.playvid.com/watch/uUuaglAWwu4, http://www.playvid.com/watch/tOgQyT0iHlq,

http://www.playvid.com/watch/cYnbagKvldi, http://www.playvid.com/watch/H-byw7qNV42, http://www.playvid.com/watch/GFMrrDpCXrF,
http://www.playvid.com/watch/ZKhC9TybvnQ, http://www.playvid.com/watch/FwtCX9DAQOK, http://www.playvid.com/watch/Nmgr7RN9hR8,
http://www.playvid.com/watch/mSpuhSHKUhW, http://www.playvid.com/watch/4YPjmHttH5c, http://www.playvid.com/watch/tg96dCdyVr5,
http://www.playvid.com/watch/yBSelp-HlCT, http://www.playvid.com/watch/ZAIkttdToje, http://www.playvid.com/watch/r6lSumKD4Re,
http://www.playvid.com/watch/GvmjAeYkyPO, http://www.playvid.com/watch/HZFkX8PLxo7, http://www.playvid.com/watch/Tar6k44TmK4,
http://www.playvid.com/watch/3da4nvVTPXS, http://www.playvid.com/watch/cUBmfK9d05p, http://www.playvid.com/watch/t38FlzhnuKY,
http://www.playvid.com/watch/G5lSJAs2HZn, http://www.playvid.com/watch/FPj7yxmBs4m, http://www.playvid.com/watch/Lx-srlAflDY,
http://www.playvid.com/watch/Tzpro-EogMw, http://www.playvid.com/watch/6CzSOE8p4O7, http://www.playvid.com/watch/MOzuiNP2ekl,
http://www.playvid.com/watch/8R-ZFAY6baS, http://www.playvid.com/watch/4gTPZHlPjcU, http://www.playvid.com/watch/noSaA2bM2vP,
http://www.playvid.com/watch/xg8SQaJNBYG, http://www.playvid.com/watch/3bsGL6b9pDW, http://www.playvid.com/watch/Zy5hFmjpyuZ,
http://www.playvid.com/watch/KrfAqzYo7fm, http://www.playvid.com/watch/4ueNPeuM76q, http://www.playvid.com/watch/-Zl8PFn56yn,
http://www.playvid.com/watch/w0iVS7G2DGt, http://www.playvid.com/watch/ByeK7XIsReV, http://www.playvid.com/watch/Sb6cLoGvdQD,
http://www.playvid.com/watch/bYhe3exAQ4H, http://www.playvid.com/watch/tVIZ88RUQan, http://www.playvid.com/watch/AhPAP8T4ufD,
http://www.playvid.com/watch/Es6YbEPwG9G, http://www.playvid.com/watch/xJjQExtvAjA, http://www.playvid.com/watch/W7ZfIc3womM,
http://www.playvid.com/watch/qQtEIKShVbF, http://www.playvid.com/watch/xo8jXwqzG-k, http://www.playvid.com/watch/7ECPvElm2cg,
http://www.playvid.com/watch/-0GDWHuXn-X, http://www.playvid.com/watch/q-t0G87Pj8M, http://www.playvid.com/watch/V2t2ClA6Lhi,
http://www.playvid.com/watch/cRSTDK0oIWL, http://www.playvid.com/watch/AXKWRKTAQAv, http://www.playvid.com/watch/Wxgmaqr2WoE,
http://www.playvid.com/watch/c-bw5xnyPkW, http://www.playvid.com/watch/zxr7xEca9-M, http://www.playvid.com/watch/YIqe8J2emY5,
http://www.playvid.com/watch/jkwi0rM8kHB, http://www.playvid.com/watch/JzPjr6xuZQC, http://www.playvid.com/watch/vy6EvsZa72b,
http://www.playvid.com/watch/oiqNWNSGYLA, http://www.playvid.com/watch/A3vyQw5P8Bl, http://www.playvid.com/watch/oEntjL97Few,
http://www.playvid.com/watch/G6eCKoAnteg, http://www.playvid.com/watch/zFWejRmj5pI, http://www.playvid.com/watch/DrKrTBjuHet,
http://www.playvid.com/watch/5MEqaqBxlmy, http://www.playvid.com/watch/3HC8TwAUHyp, http://www.playvid.com/watch/p7UvD9dTh0G,
http://www.playvid.com/watch/SmaR7WAodDl, http://www.playvid.com/watch/6rPYg5b3wA5, http://www.playvid.com/watch/kSJcW38sUmq,
http://www.playvid.com/watch/NphfGUmFyrO, http://www.playvid.com/watch/VefshYVhp20, http://www.playvid.com/watch/2YzutIzYOgH
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrberns001
5.b. Uploader's email address: bernsberalex@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mrberns001
5.e. List of videos posted by uploader: http://www.playvid.com/watch/z3YT0bkxcB7, http://www.playvid.com/watch/4iUkyrvi7zs,
http://www.playvid.com/watch/wdLVNqEALqC, http://www.playvid.com/watch/VadMEFLFeu0, http://www.playvid.com/watch/oTlVX4uAZ-p,
http://www.playvid.com/watch/i0ZAjoZlGNo, http://www.playvid.com/watch/HLPgNvUEwQH, http://www.playvid.com/watch/cywMq3MsVlV,
http://www.playvid.com/watch/QX2RG9BMo4T, http://www.playvid.com/watch/oW8p46H52v3, http://www.playvid.com/watch/coVJe5ysFM6,
http://www.playvid.com/watch/pkiiVL2ijDI, http://www.playvid.com/watch/FW0qDph38GF, http://www.playvid.com/watch/DnvwCXc4pgN,
http://www.playvid.com/watch/aREXew08uC2, http://www.playvid.com/watch/yTdIEsRkzX5, http://www.playvid.com/watch/9-0Vxe2RDeA,
http://www.playvid.com/watch/4GJ5usdaF3t, http://www.playvid.com/watch/WipjqIsX0Lg, http://www.playvid.com/watch/wC28ArA7PQl,
http://www.playvid.com/watch/yipl2lL02dk, http://www.playvid.com/watch/3hrewXPngT8, http://www.playvid.com/watch/sHX-jtZXwVH,
http://www.playvid.com/watch/G6Ex3i-7FxE, http://www.playvid.com/watch/PGJ0vF8fbCK, http://www.playvid.com/watch/ny4yTlJk0Ae,
http://www.playvid.com/watch/LIjt8XVDS0q, http://www.playvid.com/watch/ufinohIym4n, http://www.playvid.com/watch/b94flWuxNC-,
http://www.playvid.com/watch/XwxA2yoRQuR, http://www.playvid.com/watch/7q8rKCw2TnR, http://www.playvid.com/watch/URnWqWfeQxX,
http://www.playvid.com/watch/cGSMluZ8tNt, http://www.playvid.com/watch/t2MBlWiR0qF, http://www.playvid.com/watch/BvKlAGZo0q0,
http://www.playvid.com/watch/eF-YzNMhRR-, http://www.playvid.com/watch/492uOy8SBKJ, http://www.playvid.com/watch/XlqULHwGNaQ,
http://www.playvid.com/watch/Wox6oQIGWUn, http://www.playvid.com/watch/El26MDeDkb3, http://www.playvid.com/watch/bR-2dUE7QBm,
http://www.playvid.com/watch/hFZb3g2AnAQ, http://www.playvid.com/watch/2jGKlv8gzVE, http://www.playvid.com/watch/A8HbMfxVCY8,
http://www.playvid.com/watch/Ksu8fOotR4f, http://www.playvid.com/watch/QcoIEJA8MCI, http://www.playvid.com/watch/mtS2UP8mwQT,
http://www.playvid.com/watch/GN0-QuTzKna, http://www.playvid.com/watch/AR8fUYsOSPm, http://www.playvid.com/watch/n5-FLWDnstr,
http://www.playvid.com/watch/ipeNeaUByX-, http://www.playvid.com/watch/0crveAc8iYv, http://www.playvid.com/watch/a6Zuj2pbsXW,
http://www.playvid.com/watch/ooyDlSU4tiQ, http://www.playvid.com/watch/9ufzJnUEaWG, http://www.playvid.com/watch/WOeJRGvuPaI,
http://www.playvid.com/watch/26fj00hzxbe, http://www.playvid.com/watch/wjLuNtKBJOJ, http://www.playvid.com/watch/ncfrhKzzlM7,
http://www.playvid.com/watch/o3gIZyamgz2, http://www.playvid.com/watch/sa2SLwXXOiF, http://www.playvid.com/watch/nfyITZjuv9A,
http://www.playvid.com/watch/UcLCiF2uZ9j, http://www.playvid.com/watch/YhkP4s4ihrI, http://www.playvid.com/watch/RfYpV6qtscp,
http://www.playvid.com/watch/nbbgB-N5LdY, http://www.playvid.com/watch/H67qqs49lmX, http://www.playvid.com/watch/jynIT2RkklF,
http://www.playvid.com/watch/5PWcxBlGv-H, http://www.playvid.com/watch/qbTuLezZreb, http://www.playvid.com/watch/pZlT5E6Guwg,
http://www.playvid.com/watch/MaWLmYPGHZ4, http://www.playvid.com/watch/I6QiH7UwLJB, http://www.playvid.com/watch/En7W7YxwJnn,
http://www.playvid.com/watch/vNDS0R9DSuA, http://www.playvid.com/watch/jLLkTodya6h, http://www.playvid.com/watch/XtjWAkIcJn4,
http://www.playvid.com/watch/4SlKWQNb4xp, http://www.playvid.com/watch/XbfvEhrFSF-, http://www.playvid.com/watch/ezQaKlsj0G2,
http://www.playvid.com/watch/9R4ZC9xbsHp, http://www.playvid.com/watch/ebfNgKxzQWo, http://www.playvid.com/watch/Buv7zK5PmfU,
http://www.playvid.com/watch/nyVuXTr36vb, http://www.playvid.com/watch/ynhPHtu9NoT, http://www.playvid.com/watch/twNmZ2ukefn,
http://www.playvid.com/watch/RdhlmWsA806, http://www.playvid.com/watch/7hV8pEufXbk, http://www.playvid.com/watch/bs3dWUOyQDW,
http://www.playvid.com/watch/3heIoPFzICQ, http://www.playvid.com/watch/Em-ogdBTdnT, http://www.playvid.com/watch/hcxpSoaBYRr,
http://www.playvid.com/watch/jFGcWirunlo, http://www.playvid.com/watch/87T3DUdreUH, http://www.playvid.com/watch/hBmd7ZoNDK9,
http://www.playvid.com/watch/yUcGlw-WwKU, http://www.playvid.com/watch/bwrkrTUjUkq, http://www.playvid.com/watch/sFJfmgKLtVR,
http://www.playvid.com/watch/7SX9VILjfqA, http://www.playvid.com/watch/UrH8TDf3CyI, http://www.playvid.com/watch/T4wC9xFXUI7,
http://www.playvid.com/watch/r2N8cyj-KIh, http://www.playvid.com/watch/FDBRPHSIHGT, http://www.playvid.com/watch/EDP5GLU3VAn,
http://www.playvid.com/watch/HZg5VOqfwKq, http://www.playvid.com/watch/IeajJT4DAxG, http://www.playvid.com/watch/tl9nav9WRfo,
http://www.playvid.com/watch/Yxs3r3iV3wa, http://www.playvid.com/watch/zUNvsbHn7wY, http://www.playvid.com/watch/Hc4wXoxcj6K,
http://www.playvid.com/watch/lpgfX4L7JNy, http://www.playvid.com/watch/ysohcHRfGYP, http://www.playvid.com/watch/4ORdqOkutCO,
http://www.playvid.com/watch/lXxwrQTAxJi
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrchairchair
5.b. Uploader's email address: mrchairchair@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mrchairchair
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Yx9bRoy-9jK, http://www.playvid.com/watch/yuN0X4rsuS9,
http://www.playvid.com/watch/6IfGqQjyTJ6, http://www.playvid.com/watch/cEaf0GQkx8y, http://www.playvid.com/watch/0T0SAmFp5Zc,
http://www.playvid.com/watch/llsoPEY7SbO, http://www.playvid.com/watch/QBvRAz8v8PJ, http://www.playvid.com/watch/bhnZQswnYRD,
http://www.playvid.com/watch/mfRtdDxgK23, http://www.playvid.com/watch/ExI9lQ9Ulah, http://www.playvid.com/watch/EgoFXTIknRa,
http://www.playvid.com/watch/0EtMLRjehed, http://www.playvid.com/watch/x8-feub2WK6, http://www.playvid.com/watch/E6jLXe9bR8G,
http://www.playvid.com/watch/GUY87-sCS7c, http://www.playvid.com/watch/DvnK3BYATIg, http://www.playvid.com/watch/raKHJEot6bS,
http://www.playvid.com/watch/xTZwUk3Qqna, http://www.playvid.com/watch/sSknf-2UG8J, http://www.playvid.com/watch/kBMnjHSxOdC,
http://www.playvid.com/watch/LB0kpiK84Lq, http://www.playvid.com/watch/tQbytCnqOI6, http://www.playvid.com/watch/YdVYxmbjmrD,
http://www.playvid.com/watch/O4IaV6Ujd8s, http://www.playvid.com/watch/pk2j-DDkj-2, http://www.playvid.com/watch/5CKB2lKA2dh,
http://www.playvid.com/watch/DHusu5HNehQ, http://www.playvid.com/watch/NxGf6RrcFrO, http://www.playvid.com/watch/6ZRfYdDoSlC,
http://www.playvid.com/watch/OKg4JxElXmY, http://www.playvid.com/watch/hdv094seez8, http://www.playvid.com/watch/-FpSKvhmil7,
http://www.playvid.com/watch/Vja4qPTigZ3, http://www.playvid.com/watch/Zvy8YiR-pzY, http://www.playvid.com/watch/TnTCeTt3BoD,
http://www.playvid.com/watch/FzVN0De6tps, http://www.playvid.com/watch/ONjJmN0c5-Y, http://www.playvid.com/watch/BdGWXYaDot-,
http://www.playvid.com/watch/OIYvKYUYuvz, http://www.playvid.com/watch/YoOfxCI20i8, http://www.playvid.com/watch/DKIq8RQhcCD,
http://www.playvid.com/watch/hd2R4YEyHUy, http://www.playvid.com/watch/50rzl3ZJX2S, http://www.playvid.com/watch/Jv226XJ5WCC,
http://www.playvid.com/watch/FtODqxAxODs, http://www.playvid.com/watch/xI7tPaLUlQl, http://www.playvid.com/watch/4eETozZ5ySt,
http://www.playvid.com/watch/6XK5CvucUFL, http://www.playvid.com/watch/Zu0S7BVvsTz, http://www.playvid.com/watch/2xbY7FC3WyM,
http://www.playvid.com/watch/TdllviZG7vd, http://www.playvid.com/watch/l6isyZHj9Ip, http://www.playvid.com/watch/EfgCPf5qRf0,
http://www.playvid.com/watch/kEYZ-3FDoG3, http://www.playvid.com/watch/AJH0Q7uPIN3, http://www.playvid.com/watch/4ISPpnPGaIR,
http://www.playvid.com/watch/-HUlyPvrmNk, http://www.playvid.com/watch/QvVZvVPptKz, http://www.playvid.com/watch/EneZ6z7xFJ7,
http://www.playvid.com/watch/Lk6oigWoOmC, http://www.playvid.com/watch/QjMzvrw5amZ, http://www.playvid.com/watch/7uz8MSbLgNG,

http://www.playvid.com/watch/kPAntDBRCMe, http://www.playvid.com/watch/tQjkEPAQdcX, http://www.playvid.com/watch/y3OTOTzVyXV, http://www.playvid.com/watch/hXfqeH9uTXM, http://www.playvid.com/watch/uAToAtxiQT7, http://www.playvid.com/watch/WhVnJcb6Mpy, http://www.playvid.com/watch/LoWst6avuyL
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: MrDerp
5.b. Uploader's email address: c1160699@drdrb.com
5.d. Uploader's profile: http://www.playvid.com/member/MrDerp
5.e. List of videos posted by uploader: http://www.playvid.com/watch/eLqDqyJrMUe, http://www.playvid.com/watch/hf4e9UPK6d8, http://www.playvid.com/watch/GM77OvxDpcm, http://www.playvid.com/watch/QPuKX-KLzd0, http://www.playvid.com/watch/jHEQRoRvk7W, http://www.playvid.com/watch/Q4Ewpdj0onp, http://www.playvid.com/watch/DDqFaJd93IT, http://www.playvid.com/watch/3V0Xe8CkGcd, http://www.playvid.com/watch/6BVsIXHqLag, http://www.playvid.com/watch/zyGUcqGxSqQ, http://www.playvid.com/watch/ydnUqFvcFHe, http://www.playvid.com/watch/KCXs6NvpBF5, http://www.playvid.com/watch/J49Dwq7k-pe, http://www.playvid.com/watch/vVEUFJh66iq, http://www.playvid.com/watch/eE8eJawGGbP, http://www.playvid.com/watch/a8IHyHmqt5B, http://www.playvid.com/watch/QealBKXer5H, http://www.playvid.com/watch/y8s85JlbCxv, http://www.playvid.com/watch/PbYwPBgiKpp, http://www.playvid.com/watch/OG4jQHqQ534, http://www.playvid.com/watch/lsDVsq6AW2Y, http://www.playvid.com/watch/RzPliIkrAE4, http://www.playvid.com/watch/-KIhirP-bkg, http://www.playvid.com/watch/5Cp6JO5LF4q, http://www.playvid.com/watch/qlly9gcLTYB, http://www.playvid.com/watch/JwPTfSZdWpy, http://www.playvid.com/watch/JGbXxdpL8H4, http://www.playvid.com/watch/8ZQDz9HSeqs, http://www.playvid.com/watch/Hz72Y8YTtQK, http://www.playvid.com/watch/Wn0oglPbHB2, http://www.playvid.com/watch/v7lcWpELPw6, http://www.playvid.com/watch/itmempijtT4
5.f. Date of third notice: 2013-12-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrdolce
5.b. Uploader's email address: werasesalbert@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mrdolce
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GcHOrzxhBW7, http://www.playvid.com/watch/fchuEOfxqn5, http://www.playvid.com/watch/PiZaRCMnTS0, http://www.playvid.com/watch/4eugwiu7ev7, http://www.playvid.com/watch/O8oHW8GscQE, http://www.playvid.com/watch/5DzOfpGE07T, http://www.playvid.com/watch/5bygVWmxEWh, http://www.playvid.com/watch/U3ikFBASRah, http://www.playvid.com/watch/0nKBTTB-rsO, http://www.playvid.com/watch/z0wI4RgwQrG, http://www.playvid.com/watch/Qn0SzM7b-Bv, http://www.playvid.com/watch/VfT9FOMAEyq, http://www.playvid.com/watch/FVLY6EwkiBg, http://www.playvid.com/watch/Sfs7HDThvM2, http://www.playvid.com/watch/MPNyZkE2QNr, http://www.playvid.com/watch/gWF7jnrr7ms, http://www.playvid.com/watch/JFav5IR8Eze, http://www.playvid.com/watch/h2m3Qp-d0ND, http://www.playvid.com/watch/AramePOKbAF, http://www.playvid.com/watch/z8IOerQNTMJ, http://www.playvid.com/watch/4rIDHS9m8sQ, http://www.playvid.com/watch/Ze4F4qSDUww, http://www.playvid.com/watch/Z4ISoGgPFkS, http://www.playvid.com/watch/jmSxosrYlgs, http://www.playvid.com/watch/ggN9pfI9m5z, http://www.playvid.com/watch/LOqWAHBGqzw, http://www.playvid.com/watch/9aTFbXe8Xoc, http://www.playvid.com/watch/uhxlDK5t7Z6, http://www.playvid.com/watch/PSoKz-3pjaX, http://www.playvid.com/watch/drTJQQBNzOh, http://www.playvid.com/watch/hhV3Baw35Qq, http://www.playvid.com/watch/0EONvq-QJ3x, http://www.playvid.com/watch/ibZYHMhBKqv, http://www.playvid.com/watch/EGGcjxOZGHX, http://www.playvid.com/watch/7U6NIyMyCpf, http://www.playvid.com/watch/YrxlK985xCD, http://www.playvid.com/watch/LDC0CTh8kcC, http://www.playvid.com/watch/ZRpY-SxD7ax, http://www.playvid.com/watch/2Pneaq93mAy, http://www.playvid.com/watch/VL7vko5NHBc, http://www.playvid.com/watch/6gRH3GjrMhV, http://www.playvid.com/watch/vMTVgiwTtVj, http://www.playvid.com/watch/dbyR9R7nHWO, http://www.playvid.com/watch/CrDnYmGmjmy, http://www.playvid.com/watch/YL2myXNR6BC, http://www.playvid.com/watch/fazxkNxkwPQ, http://www.playvid.com/watch/JJQOzzdcsjy, http://www.playvid.com/watch/buqALrKQHDb, http://www.playvid.com/watch/NqqrBbQImm2, http://www.playvid.com/watch/S40j4I7dvqA, http://www.playvid.com/watch/l7S7MJXaW5b, http://www.playvid.com/watch/rcLWt38vZWY, http://www.playvid.com/watch/h4y0XVbTMG7, http://www.playvid.com/watch/GAFvp28QzXO, http://www.playvid.com/watch/PdA2TptqBl8, http://www.playvid.com/watch/tcXAvoYLwuE, http://www.playvid.com/watch/qqB27roQbUO, http://www.playvid.com/watch/Sf6AihgPrWF, http://www.playvid.com/watch/5FRVZXmj93m, http://www.playvid.com/watch/7v8nEJkJFGX, http://www.playvid.com/watch/IH3eXH99yOS, http://www.playvid.com/watch/FtUmxGXeJgA, http://www.playvid.com/watch/ufCF9xh7Bhk, http://www.playvid.com/watch/DLtJhGhDtW0, http://www.playvid.com/watch/LoD7KHDOfwn, http://www.playvid.com/watch/hoHWc68QMeQ, http://www.playvid.com/watch/SNE7n5hNBT9, http://www.playvid.com/watch/Ec4UZhvZ9N5, http://www.playvid.com/watch/3pUDVqBE8x0, http://www.playvid.com/watch/SEdnmpJ5-bx, http://www.playvid.com/watch/Lkc6Jn9aj0S, http://www.playvid.com/watch/BnJTcRzNgOM, http://www.playvid.com/watch/g6ucs0VNWiC, http://www.playvid.com/watch/JMK23QpjUwn, http://www.playvid.com/watch/6usp2Dcj00o, http://www.playvid.com/watch/YNlMoXRUQNB, http://www.playvid.com/watch/H2rxjGiaw0H, http://www.playvid.com/watch/UZ4bITsr7oq, http://www.playvid.com/watch/7HJAuvNRBvq, http://www.playvid.com/watch/Vfy0nrGecXk, http://www.playvid.com/watch/t3gnmYn6FRR, http://www.playvid.com/watch/NrQWr-8PXPV, http://www.playvid.com/watch/QpsgshhzCPV, http://www.playvid.com/watch/opKbHPWubLL, http://www.playvid.com/watch/4LwmLW4xUAA, http://www.playvid.com/watch/szrKYEf0GmK, http://www.playvid.com/watch/PS7Q2GFhuF8, http://www.playvid.com/watch/0isXU9P2iAQ, http://www.playvid.com/watch/rUiQS75m8Hx, http://www.playvid.com/watch/Xtqz7hQX4nN, http://www.playvid.com/watch/SrDmQleFKA0, http://www.playvid.com/watch/K4ebXZwN5zQ, http://www.playvid.com/watch/kKii4ebunAa, http://www.playvid.com/watch/sC3mJyZIpAC, http://www.playvid.com/watch/b05ognPALpR, http://www.playvid.com/watch/FaimdINbgdN, http://www.playvid.com/watch/TKHJT4XTvQE, http://www.playvid.com/watch/-ucW96DJCfa, http://www.playvid.com/watch/p0z3aTx98Kt, http://www.playvid.com/watch/ak49WtFbOeq, http://www.playvid.com/watch/s0VU5hGArTr, http://www.playvid.com/watch/qvIZsIcYNk6, http://www.playvid.com/watch/u6Yt4D0uBB4, http://www.playvid.com/watch/JrD6vII49VT, http://www.playvid.com/watch/PbCIJzyGNjg, http://www.playvid.com/watch/aAs85VF496g
5.f. Date of third notice: 2013-04-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrluciano
5.b. Uploader's email address: alanomaarn@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mrluciano
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hQHAPMBQRVb, http://www.playvid.com/watch/3VqG0v2GcRM, http://www.playvid.com/watch/A9LGAWN6QFW, http://www.playvid.com/watch/Y4-Za5yGNUX, http://www.playvid.com/watch/lYjimsyFRwZ, http://www.playvid.com/watch/WlUPSiloveP, http://www.playvid.com/watch/bBcLAwXMXxH, http://www.playvid.com/watch/C5rX7Hc4c8h, http://www.playvid.com/watch/r5aqROyjoGd, http://www.playvid.com/watch/DlnaqV9j5PO, http://www.playvid.com/watch/wTfgffx2-kX, http://www.playvid.com/watch/Ezv--rl9kXP, http://www.playvid.com/watch/8bhbo8XlQ1y, http://www.playvid.com/watch/azcNB33bDXW, http://www.playvid.com/watch/RfZHyAE-JiH, http://www.playvid.com/watch/WtumIUVHCi-, http://www.playvid.com/watch/U3xBC2wn-hs, http://www.playvid.com/watch/y34deSSHN9l, http://www.playvid.com/watch/eEyJIkSgBj3, http://www.playvid.com/watch/PrgZSkN-VbT, http://www.playvid.com/watch/vY5FOcSM4Rr, http://www.playvid.com/watch/jiBfOTk8S2z, http://www.playvid.com/watch/7VRHv1um5n2, http://www.playvid.com/watch/TcG0HCbFUO9, http://www.playvid.com/watch/4r6ZaX-3rE8, http://www.playvid.com/watch/B6v5QbHXN60, http://www.playvid.com/watch/iixwSPQ5P1y, http://www.playvid.com/watch/JLgcdTnL9YS, http://www.playvid.com/watch/vvCXhDWX-k7, http://www.playvid.com/watch/tDXZx6fRl8X, http://www.playvid.com/watch/sufLsb-6RzD, http://www.playvid.com/watch/j4rY-PFTM5H, http://www.playvid.com/watch/Faoa3YbQ3HF, http://www.playvid.com/watch/J84wVl27c-l, http://www.playvid.com/watch/PRFaVrCGqYs, http://www.playvid.com/watch/eW9hXbLAKR5, http://www.playvid.com/watch/OpnLonyxOLV, http://www.playvid.com/watch/0mCzbBMjSv7, http://www.playvid.com/watch/pJ9ITzad0nU, http://www.playvid.com/watch/2wpTQ474GWO, http://www.playvid.com/watch/p8n4eyPCdUZ, http://www.playvid.com/watch/huTWLamPoct, http://www.playvid.com/watch/j6m0E7OPw3Y, http://www.playvid.com/watch/zi5nFLmE3cz, http://www.playvid.com/watch/HaXfc2U50mb, http://www.playvid.com/watch/b7PGuqL5yqF, http://www.playvid.com/watch/V0mKozkjmFy, http://www.playvid.com/watch/XrZe0BKW0hx, http://www.playvid.com/watch/3lgLx6HvdNc, http://www.playvid.com/watch/385w0-kpJRL, http://www.playvid.com/watch/4zFUMULfSEV, http://www.playvid.com/watch/S0RwfSAtkGC, http://www.playvid.com/watch/ik7povXvbIR, http://www.playvid.com/watch/j5wLLecmth3, http://www.playvid.com/watch/YqKBKeL8y7U, http://www.playvid.com/watch/zlDH4uDiNkK, http://www.playvid.com/watch/ck3UW4gpad4, http://www.playvid.com/watch/V8qBnUqjBSw, http://www.playvid.com/watch/xMODNbelah7, http://www.playvid.com/watch/uO7SywSkGDE, http://www.playvid.com/watch/nbyP0T802Bc, http://www.playvid.com/watch/KwFxFyawiGu, http://www.playvid.com/watch/3yrQw5lBKfq, http://www.playvid.com/watch/udKyIF9jStR, http://www.playvid.com/watch/QRveKxpJuxn, http://www.playvid.com/watch/FniTvw5if6X, http://www.playvid.com/watch/T3jPL1JOkjX, http://www.playvid.com/watch/2yM1OKMiPtW, http://www.playvid.com/watch/a3wpN2z6JwW, http://www.playvid.com/watch/BXRVLS5uKLi, http://www.playvid.com/watch/mep237eosUa, http://www.playvid.com/watch/-Z0fEjVQDTG, http://www.playvid.com/watch/rxgXdQnpnEJ, http://www.playvid.com/watch/4k9EUIqi3BR, http://www.playvid.com/watch/C0xhX9tJkB7, http://www.playvid.com/watch/60aC8LgbyHY, http://www.playvid.com/watch/9OYgAgTOvKC, http://www.playvid.com/watch/heNIEDya3Cm, http://www.playvid.com/watch/KevIrrys0s6, http://www.playvid.com/watch/xt8DBT0szpn, http://www.playvid.com/watch/kfPwwHiexVv, http://www.playvid.com/watch/MzT-e8T4Gjl, http://www.playvid.com/watch/Cl8RsSBRThT,

http://www.playvid.com/watch/pSYLYM0zrJZ, http://www.playvid.com/watch/HUjPBWUlw-M, http://www.playvid.com/watch/7nVG43wMBcb, http://www.playvid.com/watch/6JxakEE3Q4P, http://www.playvid.com/watch/6u64F1jSOiP, http://www.playvid.com/watch/yKdzvssx4OP, http://www.playvid.com/watch/xfXsXpgQjKI, http://www.playvid.com/watch/T2SEMEZanHZ, http://www.playvid.com/watch/rIIgsQ9jaMa, http://www.playvid.com/watch/RZDQOKlYLls, http://www.playvid.com/watch/GtdCdcoJqv4, http://www.playvid.com/watch/VQUqyGh5u5w, http://www.playvid.com/watch/IpDGOIEzJKc
5.f. Date of third notice: 2014-03-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrmirando
5.b. Uploader's email address: mrmirandotool@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mrmirando
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kKm0m5kdjAG, http://www.playvid.com/watch/taYtlY6vyyj, http://www.playvid.com/watch/c1m5zQM0Jqe, http://www.playvid.com/watch/84zUKkAw1CN, http://www.playvid.com/watch/KR8fohHoM7A, http://www.playvid.com/watch/MCnTYaa6Y7w, http://www.playvid.com/watch/olJVuTSMhX8, http://www.playvid.com/watch/Up3UTTd2WvG, http://www.playvid.com/watch/c3rICIQm3qq, http://www.playvid.com/watch/bAMjNHsP-UO, http://www.playvid.com/watch/zHSlSUtfC4v, http://www.playvid.com/watch/n41Ws4kcZuO, http://www.playvid.com/watch/zo70v81i9ws, http://www.playvid.com/watch/0K88ElzXtGr, http://www.playvid.com/watch/SYR5kq3-d5t, http://www.playvid.com/watch/tJVAsWIMRjT, http://www.playvid.com/watch/EmdFtsn9w9C, http://www.playvid.com/watch/VF4RVfMfSWv, http://www.playvid.com/watch/UgZFEV8HlAM, http://www.playvid.com/watch/50VOIPixn0e, http://www.playvid.com/watch/QHQ7BBDGrHT, http://www.playvid.com/watch/3icp8oIuRFb, http://www.playvid.com/watch/X7PdiEzFpGa, http://www.playvid.com/watch/UYPDFK4Nc6o, http://www.playvid.com/watch/bPQr0x4ugO0, http://www.playvid.com/watch/XbGSN5S7KdU, http://www.playvid.com/watch/yUMlcNZRUSK, http://www.playvid.com/watch/j42LycGy3MD, http://www.playvid.com/watch/uvF33Ye00ne, http://www.playvid.com/watch/JdlJCAHfrWw, http://www.playvid.com/watch/AMUKVUPBekN, http://www.playvid.com/watch/O2KAbGSRQjO, http://www.playvid.com/watch/I53a2Av5ybR, http://www.playvid.com/watch/0GYklezgxuz, http://www.playvid.com/watch/48UuSmCpbH8, http://www.playvid.com/watch/FGoOoto8PAp, http://www.playvid.com/watch/qOj2fHnUaFB, http://www.playvid.com/watch/M6uGiDGbKsl, http://www.playvid.com/watch/ozSnLhc2TbE, http://www.playvid.com/watch/477ly23ZJwh, http://www.playvid.com/watch/oIEJZBWDhwq, http://www.playvid.com/watch/FRdPUlWPOwb, http://www.playvid.com/watch/gJypCfyrmpc, http://www.playvid.com/watch/9mW0lO9Pc41, http://www.playvid.com/watch/OgH9DF8RaC8, http://www.playvid.com/watch/Hu24L3vEVuM, http://www.playvid.com/watch/NGY3QcMHW8f, http://www.playvid.com/watch/NtBgEuXWPVP, http://www.playvid.com/watch/oeKfnbMoyV1, http://www.playvid.com/watch/2AZky6H7NId, http://www.playvid.com/watch/aamq4B1C8Zo, http://www.playvid.com/watch/6ftsowtcvA8, http://www.playvid.com/watch/FdbThNcmPtf, http://www.playvid.com/watch/-WVMk4JASeG, http://www.playvid.com/watch/w4LZIFWbRuR, http://www.playvid.com/watch/-G1GI72ihyE, http://www.playvid.com/watch/E3fzaRWrwrN, http://www.playvid.com/watch/yYl-yRMNgnL, http://www.playvid.com/watch/ykWMCRDQvmU, http://www.playvid.com/watch/l3Tbe8lAv2b, http://www.playvid.com/watch/HAn55QbViQP, http://www.playvid.com/watch/oifvbfhCFjE, http://www.playvid.com/watch/ONXKw4TYcrX, http://www.playvid.com/watch/zSOiMKZmYdx, http://www.playvid.com/watch/AXKHT9knHBB, http://www.playvid.com/watch/cNWTkuk8Lv3, http://www.playvid.com/watch/DtH2mUFPkcO, http://www.playvid.com/watch/iCe3CHY7DIF, http://www.playvid.com/watch/CqcRjXz21rN, http://www.playvid.com/watch/XUoArGfrqTE, http://www.playvid.com/watch/-mfyUtAk3jd, http://www.playvid.com/watch/lSefOUNiq43, http://www.playvid.com/watch/5x8K2puW4WN, http://www.playvid.com/watch/MNWp-iJOpXl, http://www.playvid.com/watch/Fnm6eB1GvKe, http://www.playvid.com/watch/lfwKp6ejZCm, http://www.playvid.com/watch/ftHyhQigw68, http://www.playvid.com/watch/q2iWlyR1VAF, http://www.playvid.com/watch/FiLhyLc1zs7, http://www.playvid.com/watch/qC1Si99pQvQ, http://www.playvid.com/watch/pnibfwCJifV, http://www.playvid.com/watch/KffHDhqqacl, http://www.playvid.com/watch/8zfHRLP16Z1, http://www.playvid.com/watch/amFXNBqmsfo, http://www.playvid.com/watch/DVOLOsKZqWq, http://www.playvid.com/watch/HuRDNo9E8PZ, http://www.playvid.com/watch/STIFCAONsJH, http://www.playvid.com/watch/01elEKlLAdU, http://www.playvid.com/watch/hy5sBmcZpyR, http://www.playvid.com/watch/M8W9b3j9lWo, http://www.playvid.com/watch/UZj6OwqEkHL, http://www.playvid.com/watch/UwakiEsEURs, http://www.playvid.com/watch/Flf4OxL-wuR, http://www.playvid.com/watch/fl8hw0XoKIR, http://www.playvid.com/watch/FwekFByvGSo, http://www.playvid.com/watch/RkaJP00e0hX, http://www.playvid.com/watch/Tfb9LBxsiJH, http://www.playvid.com/watch/I7mf2DI1To2, http://www.playvid.com/watch/BndBpYfyow8, http://www.playvid.com/watch/VvyPIyTS4ID, http://www.playvid.com/watch/RxUK2PgLOn2
5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mrrock
5.b. Uploader's email address: arnoldrocckk@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mrrock
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YqSXPcZ2RW8, http://www.playvid.com/watch/ymoZrgR7qHW, http://www.playvid.com/watch/KRQwMKRNDoI, http://www.playvid.com/watch/Ib7C-Z2eXTK, http://www.playvid.com/watch/e3rXdSavfsk, http://www.playvid.com/watch/u8hBjsj76fL, http://www.playvid.com/watch/pK5hKHiYxEd, http://www.playvid.com/watch/N9GLATQxUnd, http://www.playvid.com/watch/sjFCtUtynZd, http://www.playvid.com/watch/z72me0iOYaa, http://www.playvid.com/watch/xXNvDJ4qpJ5, http://www.playvid.com/watch/kvL0wBBFvne, http://www.playvid.com/watch/bRI-ACf6tQ5, http://www.playvid.com/watch/XiZ67xa5L0V, http://www.playvid.com/watch/MIm9GddyQWK, http://www.playvid.com/watch/KlhvmSsCHYn, http://www.playvid.com/watch/weEVfd9rWpf, http://www.playvid.com/watch/2lXuiWVFoZS, http://www.playvid.com/watch/MGqWoKa0seB, http://www.playvid.com/watch/VUeRJHJNuzp, http://www.playvid.com/watch/fNrxY6bCdMS, http://www.playvid.com/watch/phScIB762qF, http://www.playvid.com/watch/DxxV0g3HDb2, http://www.playvid.com/watch/8T4itjK0p0e, http://www.playvid.com/watch/RePtJ9PTA2a, http://www.playvid.com/watch/h2Z6eGnkjSL, http://www.playvid.com/watch/QAT9YP7fS4S, http://www.playvid.com/watch/hVDSe07Utto, http://www.playvid.com/watch/-Uq5Hk8afgS, http://www.playvid.com/watch/wWPPZC-scY2, http://www.playvid.com/watch/IQqaZ23whpo, http://www.playvid.com/watch/gVQzM7mQD3h, http://www.playvid.com/watch/qcZ77dOdGgC, http://www.playvid.com/watch/Hrs0enco5Xf, http://www.playvid.com/watch/Y68PrdfDKFo, http://www.playvid.com/watch/vXa3dk-cbK2, http://www.playvid.com/watch/GnxcaycDu4v, http://www.playvid.com/watch/moH8L7wfTWt, http://www.playvid.com/watch/-7Qz0b6fKOv, http://www.playvid.com/watch/tqcqkyoSY8U, http://www.playvid.com/watch/0CFN9o2bA5W, http://www.playvid.com/watch/YY6U0qo-NE8, http://www.playvid.com/watch/-PFnfeaOvfr, http://www.playvid.com/watch/vz2AuxE5hlH, http://www.playvid.com/watch/FISuba0eYIZ, http://www.playvid.com/watch/vkHGMzp5Ozh, http://www.playvid.com/watch/zpZWaQl8C-m, http://www.playvid.com/watch/fHI79npvhk8, http://www.playvid.com/watch/xPzgbwJRry6, http://www.playvid.com/watch/D-BbR66lFEk, http://www.playvid.com/watch/678JTRl2WJI, http://www.playvid.com/watch/PwEUePZGoGm, http://www.playvid.com/watch/5VaeaFmO8e4, http://www.playvid.com/watch/Z0BHk6DEg98, http://www.playvid.com/watch/gOa03ArWS2Q, http://www.playvid.com/watch/PKH2r0k4rpm, http://www.playvid.com/watch/ynInswympVJ, http://www.playvid.com/watch/o9TwGDIK-qt, http://www.playvid.com/watch/0gz0V--0Lj4, http://www.playvid.com/watch/g9d6cz9DnYF, http://www.playvid.com/watch/jfwUfcLwqC4, http://www.playvid.com/watch/yBP5wsy7Mnw, http://www.playvid.com/watch/Oxpl5glljSm, http://www.playvid.com/watch/XtcyPvmX4ps, http://www.playvid.com/watch/fzJpcOTRe0t, http://www.playvid.com/watch/7CLSiiIy96d, http://www.playvid.com/watch/PfH9XSWsl2N, http://www.playvid.com/watch/gx9FGjRBBut, http://www.playvid.com/watch/PTw5yzPEcC9, http://www.playvid.com/watch/4p-05RnVOCY, http://www.playvid.com/watch/U2TwcD6frm7, http://www.playvid.com/watch/hHMMBysvMmn, http://www.playvid.com/watch/dUyTXnI-uL2, http://www.playvid.com/watch/FH4itIAO7aB, http://www.playvid.com/watch/3UuEMZN578E, http://www.playvid.com/watch/aqnAWYLtBLM, http://www.playvid.com/watch/jhWoxRWidsv, http://www.playvid.com/watch/AK9iMTt7rqq, http://www.playvid.com/watch/9jY5esEywCV, http://www.playvid.com/watch/hoLVUDe6fN8, http://www.playvid.com/watch/f-AuP9XK2h7, http://www.playvid.com/watch/mcYZ9xE7Ugg, http://www.playvid.com/watch/cmZUPZ7AgwA, http://www.playvid.com/watch/unGBgsAWPvg, http://www.playvid.com/watch/XRWmGjzcuW9, http://www.playvid.com/watch/T7IlLk4VnRm, http://www.playvid.com/watch/coYIWiW5-un, http://www.playvid.com/watch/XlO93yAbOpb, http://www.playvid.com/watch/kHv3-nSW5Pb, http://www.playvid.com/watch/YqLJlJl3mmJ, http://www.playvid.com/watch/QKpwiiTaWr3, http://www.playvid.com/watch/q9-RCIp99qh, http://www.playvid.com/watch/l4YqtFFSli3, http://www.playvid.com/watch/W3QXoC7-EYV, http://www.playvid.com/watch/Fv67ZzVkRHM, http://www.playvid.com/watch/WzTBF-JCA2B, http://www.playvid.com/watch/OCyT4xr5SlP, http://www.playvid.com/watch/dliB3R9lCC5, http://www.playvid.com/watch/IWMEP9p9lxP, http://www.playvid.com/watch/jS2fCcCH6mu, http://www.playvid.com/watch/LtOHV646vMk, http://www.playvid.com/watch/dW86aorE5it, http://www.playvid.com/watch/3kxx6TPpHQc, http://www.playvid.com/watch/IKhElKpJ00N, http://www.playvid.com/watch/TZnu4fGhqHx, http://www.playvid.com/watch/KGEMCT8PfZl, http://www.playvid.com/watch/Q2zSBVlIHsm, http://www.playvid.com/watch/v8KGmLSq-ad, http://www.playvid.com/watch/hDLZxNdr6f7, http://www.playvid.com/watch/2JcPbXmHZqQ, http://www.playvid.com/watch/z5NAxQ2ieHX, http://www.playvid.com/watch/Y6b-GN7DVh7, http://www.playvid.com/watch/rSI0ooWQZZn, http://www.playvid.com/watch/0zkVVdz7Izn, http://www.playvid.com/watch/T4qcurMPXAr, http://www.playvid.com/watch/sPxq5N6ENav, http://www.playvid.com/watch/wVq7g9VDzId, http://www.playvid.com/watch/JaiPGHMR69A, http://www.playvid.com/watch/Y6NvXEj4tW3, http://www.playvid.com/watch/qc-rSokd6sC, http://www.playvid.com/watch/HMqHgCPW7B0, http://www.playvid.com/watch/eIKyvUzR2fL, http://www.playvid.com/watch/3XCyxESikvi, http://www.playvid.com/watch/6iuE3lh50I9, http://www.playvid.com/watch/-I4gSQ83BMi, http://www.playvid.com/watch/ajRmSDorD6r, http://www.playvid.com/watch/JXCJ-eeNuM5, http://www.playvid.com/watch/a0Uv5v5rUGE, http://www.playvid.com/watch/mQx4ixOVnUL, http://www.playvid.com/watch/2f46QUlcKIO, http://www.playvid.com/watch/4XW0LhsDrP2, http://www.playvid.com/watch/Er5PFyQFfrk, http://www.playvid.com/watch/v7IVKnyoE-Y, http://www.playvid.com/watch/UzeByLF3F4j,

http://www.playvid.com/watch/tLVdyw-GrFo, http://www.playvid.com/watch/nOvzE7iLmlQ, http://www.playvid.com/watch/KwD3yfgN80U,
http://www.playvid.com/watch/iWDfQpiT3gr, http://www.playvid.com/watch/TgQr0KI35ZF, http://www.playvid.com/watch/Q7gDiuTKhHm,
http://www.playvid.com/watch/jnA2XBbD4iG, http://www.playvid.com/watch/woTisPRUg5f, http://www.playvid.com/watch/q5cY5N95NFn,
http://www.playvid.com/watch/obu48va5kEm, http://www.playvid.com/watch/BrNrEgu3y6d, http://www.playvid.com/watch/TbxYQ2RZRnS,
http://www.playvid.com/watch/0pmDSBGveq2, http://www.playvid.com/watch/2JXs0NN5U0-, http://www.playvid.com/watch/Fekf3wMDGr4,
http://www.playvid.com/watch/rUSxHwdfzlE, http://www.playvid.com/watch/5RGTPEnS4OP, http://www.playvid.com/watch/zspzYp8t7lj,
http://www.playvid.com/watch/c7IXkH7MnDJ, http://www.playvid.com/watch/2Ag4QPHdjhJ, http://www.playvid.com/watch/fOK65k24bwa,
http://www.playvid.com/watch/4z8D5xD-4Zc, http://www.playvid.com/watch/3tfiJuwKCB6, http://www.playvid.com/watch/pIPTmTOshZA,
http://www.playvid.com/watch/lFWWtP9NoQw, http://www.playvid.com/watch/mQgVE07dVtQ, http://www.playvid.com/watch/G42J03f5HJr,
http://www.playvid.com/watch/W76TOIPX7jn, http://www.playvid.com/watch/RMlJrcQxinK, http://www.playvid.com/watch/rhr-cab6llU,
http://www.playvid.com/watch/YXJmNnExgbn, http://www.playvid.com/watch/r2nGWH0XVq4, http://www.playvid.com/watch/8c9mOBDRswU,
http://www.playvid.com/watch/pfiQBqAGcGV, http://www.playvid.com/watch/r8PVm2gUqhg, http://www.playvid.com/watch/gVGqAjKYOvC,
http://www.playvid.com/watch/EsSuGusJZ4X, http://www.playvid.com/watch/6Z8O3vUYOoL, http://www.playvid.com/watch/ofDyshNxps-,
http://www.playvid.com/watch/PNroTKTqDxV, http://www.playvid.com/watch/chM8PlwByC2, http://www.playvid.com/watch/2iDRx6tbtzF,
http://www.playvid.com/watch/lkSevmysID5, http://www.playvid.com/watch/0giNyVPsAH3, http://www.playvid.com/watch/0prS2sLYxrJ,
http://www.playvid.com/watch/gC9EUTBHL4Z, http://www.playvid.com/watch/ioYv8aiJD4Y, http://www.playvid.com/watch/aExqfnYLNl3,
http://www.playvid.com/watch/0Xq5UmKclnF, http://www.playvid.com/watch/0jZYr2SLsYX, http://www.playvid.com/watch/LTsEFVCKEvU,
http://www.playvid.com/watch/vwI0BXnPH28, http://www.playvid.com/watch/45z7lcLWl6Y, http://www.playvid.com/watch/TJyQ9ulJZ5E,
http://www.playvid.com/watch/-LEbxRz8djQ
5.f. Date of third notice: 2013-09-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Mrstone
5.b. Uploader's email address: asusstone@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Mrstone
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NMPrFK0PbOm, http://www.playvid.com/watch/MmHFWf8bg7f,
http://www.playvid.com/watch/9LxMjfCoMCZ, http://www.playvid.com/watch/CbvPWmNDQ9d, http://www.playvid.com/watch/sx7aHl99oao,
http://www.playvid.com/watch/d635TmSdVSc, http://www.playvid.com/watch/NUoW2tkAWJO, http://www.playvid.com/watch/U80FwIgR2bm,
http://www.playvid.com/watch/rkrOl2tpT5s, http://www.playvid.com/watch/7b9MJqMpgM0, http://www.playvid.com/watch/vX0yynrlZGR,
http://www.playvid.com/watch/c4HTm0P4Cad, http://www.playvid.com/watch/K-luF5-XURh, http://www.playvid.com/watch/ZR5uslGwUj4,
http://www.playvid.com/watch/SlenN2P0zYh, http://www.playvid.com/watch/BuxQTPV6Y77, http://www.playvid.com/watch/c8tCCpjRGh4,
http://www.playvid.com/watch/YCZS-5080i5, http://www.playvid.com/watch/4a2ID8VwdkR, http://www.playvid.com/watch/nc6hc4Z32M2,
http://www.playvid.com/watch/l8hhEOpjGJq, http://www.playvid.com/watch/dsLV79Oq84c, http://www.playvid.com/watch/0huAeulRztn,
http://www.playvid.com/watch/n8x6y6grKwS, http://www.playvid.com/watch/NTkf7PzeCLW, http://www.playvid.com/watch/boDMMBHEU8a,
http://www.playvid.com/watch/uk7NOcfH8r8, http://www.playvid.com/watch/tM0l4YC0pz8, http://www.playvid.com/watch/YCqIFgs8lEg,
http://www.playvid.com/watch/YHxynzt3rBB, http://www.playvid.com/watch/YZdjaUzH29s, http://www.playvid.com/watch/OwwEAMLFtDN,
http://www.playvid.com/watch/0Av23VKY-Ze, http://www.playvid.com/watch/qm5piUkrHAD, http://www.playvid.com/watch/7ewz7xd6iFW,
http://www.playvid.com/watch/XlfK0AbPQye, http://www.playvid.com/watch/ezs0xbjq2Rm, http://www.playvid.com/watch/e0AthCom3rr,
http://www.playvid.com/watch/5nQVReDiw6W, http://www.playvid.com/watch/9dMOwc0QmIW, http://www.playvid.com/watch/CKmV9ZUmuP-,
http://www.playvid.com/watch/Ry08JVFch5F, http://www.playvid.com/watch/g60KCKx6P6C, http://www.playvid.com/watch/0ihk7dzJitu,
http://www.playvid.com/watch/8Vm8CVDsNCQ, http://www.playvid.com/watch/4WTv4MVYmZc, http://www.playvid.com/watch/HForn5lvj3F,
http://www.playvid.com/watch/QNik4XHpr83, http://www.playvid.com/watch/2QZQsJcYa9E, http://www.playvid.com/watch/xw7aaGZnGfb,
http://www.playvid.com/watch/-n98USRX5T5, http://www.playvid.com/watch/ZLmVLYL6-H5, http://www.playvid.com/watch/89LdanJ2jvg,
http://www.playvid.com/watch/rgHGXUbv2RZ, http://www.playvid.com/watch/3j6AGlPRH07, http://www.playvid.com/watch/VI9vMSqeKWK,
http://www.playvid.com/watch/YuQX2CPizdk, http://www.playvid.com/watch/OAqiaKfKGGr, http://www.playvid.com/watch/TxxWeXBGWmg,
http://www.playvid.com/watch/qONHUkdI6f4, http://www.playvid.com/watch/8Jq7dVL4STa, http://www.playvid.com/watch/g-WODiC5Mi2,
http://www.playvid.com/watch/POqsYPAwqSL, http://www.playvid.com/watch/xF6AAREPtBZ, http://www.playvid.com/watch/MCqsV5vkEhb,
http://www.playvid.com/watch/pAQwqzownbM, http://www.playvid.com/watch/7Lp8RJd0Zbd, http://www.playvid.com/watch/0nHF7VI5BPz,
http://www.playvid.com/watch/-0Sa9c3Se6f, http://www.playvid.com/watch/88NAzlAMu5h, http://www.playvid.com/watch/j0bpL3s7Ay4,
http://www.playvid.com/watch/7-LuyFcyk4E, http://www.playvid.com/watch/4C0mpbAW4AJ, http://www.playvid.com/watch/CY6xe5SUBZH,
http://www.playvid.com/watch/x2WFotiZtCk, http://www.playvid.com/watch/oLww4-kojeg, http://www.playvid.com/watch/JDKBj4xZsSq,
http://www.playvid.com/watch/Zsdul3WDOM5, http://www.playvid.com/watch/Ke2ak9FHD6i, http://www.playvid.com/watch/FlW0tVGu7Hb,
http://www.playvid.com/watch/JZsPJ3S4iL0, http://www.playvid.com/watch/mBISpkF5KXb, http://www.playvid.com/watch/ddwdlrQJla3,
http://www.playvid.com/watch/NG9GgJu97Ty, http://www.playvid.com/watch/m82jk050Cdx, http://www.playvid.com/watch/tUSxh6MHrvk,
http://www.playvid.com/watch/bHO8vd2exI0, http://www.playvid.com/watch/2LfikC3b-5w, http://www.playvid.com/watch/XoEuKthALIR,
http://www.playvid.com/watch/JuJv6A2aCej, http://www.playvid.com/watch/CpZBLa0RU0w, http://www.playvid.com/watch/9nKgKtjnaYQ,
http://www.playvid.com/watch/y-YN9Q5CUFR, http://www.playvid.com/watch/cicykdv-e2o, http://www.playvid.com/watch/FYVsrmJ2g6M,
http://www.playvid.com/watch/H0HKMO7PKYo, http://www.playvid.com/watch/mIWwL9HgNYy, http://www.playvid.com/watch/lbXh2Tx5evY,
http://www.playvid.com/watch/iim-4aTQDHG, http://www.playvid.com/watch/l8jPRGozHbt, http://www.playvid.com/watch/xgUWbKMoIP9,
http://www.playvid.com/watch/YlAvcaBghAt, http://www.playvid.com/watch/4PWNuTtaRis, http://www.playvid.com/watch/udsIo7OfOEe,
http://www.playvid.com/watch/fkMGvi02pHD, http://www.playvid.com/watch/pLz9wekLMn3, http://www.playvid.com/watch/3UtPCwz6yjX,
http://www.playvid.com/watch/iM76UrYQCnR, http://www.playvid.com/watch/EciDbJobarO, http://www.playvid.com/watch/V-CKKm-x3fY,
http://www.playvid.com/watch/AqYRXaF8kOm, http://www.playvid.com/watch/rG0Bax57RCn, http://www.playvid.com/watch/YUESn2Bo9Pq,
http://www.playvid.com/watch/GKivmFZ5eZV, http://www.playvid.com/watch/OvfylSoTlBz, http://www.playvid.com/watch/sgWPzVOY4tu,
http://www.playvid.com/watch/nNESKk-qpEv, http://www.playvid.com/watch/MjG9eJF9QD2, http://www.playvid.com/watch/e6Jvop5lNmX,
http://www.playvid.com/watch/ySbbJjDYlh9, http://www.playvid.com/watch/vAPdOLgCW-j, http://www.playvid.com/watch/m3iDSCIqJ2X,
http://www.playvid.com/watch/QATO9vO0QFJ, http://www.playvid.com/watch/DpeitbvLVj0, http://www.playvid.com/watch/30OilJLDKa4,
http://www.playvid.com/watch/F2N9p7-cv-z, http://www.playvid.com/watch/3OfTzJJLIQ3, http://www.playvid.com/watch/44bWhIDoy0r,
http://www.playvid.com/watch/ihfJv4NNq0F, http://www.playvid.com/watch/c4ddDtCZ4la, http://www.playvid.com/watch/YduJaXr954G,
http://www.playvid.com/watch/JcR7eZ4QtrL, http://www.playvid.com/watch/cTD9S2h4uBh, http://www.playvid.com/watch/XzmN-sNqsBy,
http://www.playvid.com/watch/ffKkR903DuE, http://www.playvid.com/watch/ItNlD98m938, http://www.playvid.com/watch/3WZZjJEo7Dn,
http://www.playvid.com/watch/Y2pZvD3tLqA, http://www.playvid.com/watch/ndV7MfAdnN7, http://www.playvid.com/watch/esV7lIfwbCm,
http://www.playvid.com/watch/RJMvdnk23Kg, http://www.playvid.com/watch/s7FkTME9Ujf, http://www.playvid.com/watch/G4YIj9nyLFR,
http://www.playvid.com/watch/FqnpLiLPz4R, http://www.playvid.com/watch/peAorl5mVpG, http://www.playvid.com/watch/f97aNYfwMuI,
http://www.playvid.com/watch/DgsblTtgiTA, http://www.playvid.com/watch/XePUbCbs2Rz, http://www.playvid.com/watch/JDpxhxB3vtp,
http://www.playvid.com/watch/7LxcKFQAeCG, http://www.playvid.com/watch/IKysVuNjXLW, http://www.playvid.com/watch/kJAvoQmWh-J,
http://www.playvid.com/watch/8Nd74xO6djR, http://www.playvid.com/watch/4Iak2CJWBmm, http://www.playvid.com/watch/APi-5Oi-hmx,
http://www.playvid.com/watch/wtL2GiYQxxH, http://www.playvid.com/watch/yfZ2JrFNfo0, http://www.playvid.com/watch/pyunbpzN6LJ,
http://www.playvid.com/watch/T5fCRJMACjT, http://www.playvid.com/watch/GolYD7dkMOe, http://www.playvid.com/watch/R9MNEMIoweN,
http://www.playvid.com/watch/lg66FJLhwlp, http://www.playvid.com/watch/i5gw-XWAiOj, http://www.playvid.com/watch/TjU9OlIO-oE,
http://www.playvid.com/watch/F0XAr4NIS2Z, http://www.playvid.com/watch/CLLNwj-zc-X, http://www.playvid.com/watch/PAnoowR3tBL,
http://www.playvid.com/watch/ZNJdNUq6tzP, http://www.playvid.com/watch/ToqlTiSOEs8, http://www.playvid.com/watch/Eyl-YLCeqHk,
http://www.playvid.com/watch/RlhgDRl7bX0, http://www.playvid.com/watch/DcQxfFM3kik, http://www.playvid.com/watch/iKo4ksaJ-GE,
http://www.playvid.com/watch/x4rzXHKg2eY, http://www.playvid.com/watch/F5FyXoRY535, http://www.playvid.com/watch/8rHEUYEFgu3,
http://www.playvid.com/watch/LP0FgYos5SU, http://www.playvid.com/watch/j9J3wHCb6N3, http://www.playvid.com/watch/cCLteaIFcKq,
http://www.playvid.com/watch/FKTIDbNgcIN, http://www.playvid.com/watch/VSIJcNGgIu0, http://www.playvid.com/watch/JECjOKLUzTz,
http://www.playvid.com/watch/v8DNaOVxHpM, http://www.playvid.com/watch/54qmRyxfnaO, http://www.playvid.com/watch/0Dd4qduka5T,
http://www.playvid.com/watch/iRnOooyOnwG, http://www.playvid.com/watch/fOPhj2xw2ID, http://www.playvid.com/watch/OUupsGF8AHT,
http://www.playvid.com/watch/lZDyfDc83jp, http://www.playvid.com/watch/KM0tJZXC9uT, http://www.playvid.com/watch/Nbr37mGyCg2,
http://www.playvid.com/watch/FUICJKAWanm, http://www.playvid.com/watch/RS-nDVD30hh, http://www.playvid.com/watch/amO60kcV7NK,
http://www.playvid.com/watch/jDdSTxwPEnl, http://www.playvid.com/watch/dddYHCzs9uu, http://www.playvid.com/watch/LbdEHZLd83M,
http://www.playvid.com/watch/9DHorJdim7t, http://www.playvid.com/watch/aLn7EFOszQP, http://www.playvid.com/watch/B-kfOFsUcYh,
http://www.playvid.com/watch/dIGsgXm3hTs, http://www.playvid.com/watch/KdtYbTSJlQq, http://www.playvid.com/watch/MLQ8PcMNcJs,
http://www.playvid.com/watch/O-ujJwWgYwt, http://www.playvid.com/watch/mMz5BE648XM, http://www.playvid.com/watch/q8HiNqNQBt2,
http://www.playvid.com/watch/bDyeJBalb2j, http://www.playvid.com/watch/7Fw3bYprKc0, http://www.playvid.com/watch/YOzx6ks3jvv,
http://www.playvid.com/watch/Gpcjvm5LhhR, http://www.playvid.com/watch/GnB74z0bBMG, http://www.playvid.com/watch/ddPaZs3trqR,

http://www.playvid.com/watch/CddWK5hAgyl, http://www.playvid.com/watch/csEn-paaHfa, http://www.playvid.com/watch/vPHnmBGm9gu,
http://www.playvid.com/watch/xfNolhIlp35, http://www.playvid.com/watch/cVbWlCzp5yL, http://www.playvid.com/watch/dSi82ur4Y2q,
http://www.playvid.com/watch/3QaC9cGRDo6, http://www.playvid.com/watch/Ix7nKNmtbig, http://www.playvid.com/watch/umNyryLVPsc,
http://www.playvid.com/watch/f50Ikdrkx6f, http://www.playvid.com/watch/wYzBY9EDfee, http://www.playvid.com/watch/uuS2ePMiYG-,
http://www.playvid.com/watch/lwNzlWVGVo5, http://www.playvid.com/watch/k5bzekFUSEt, http://www.playvid.com/watch/seI4jc0vvFu,
http://www.playvid.com/watch/PxfadcmmWHG, http://www.playvid.com/watch/lCagXuAnMsc, http://www.playvid.com/watch/ZI0d7YOT8Ra,
http://www.playvid.com/watch/ZGVMVhMkfhD, http://www.playvid.com/watch/TsdIKRHqjpf, http://www.playvid.com/watch/INwg3T20dyH,
http://www.playvid.com/watch/2PQ-qOkI8ym, http://www.playvid.com/watch/9xFZqD4AXUL, http://www.playvid.com/watch/AP45P4GFWKb,
http://www.playvid.com/watch/Hnvw8Kqt7Pk, http://www.playvid.com/watch/f0bKvGxoZ6t, http://www.playvid.com/watch/mdLvtr9GqKU,
http://www.playvid.com/watch/BFMbt-UsfP0, http://www.playvid.com/watch/ezB8KQPBzHH, http://www.playvid.com/watch/S8GVbC2Om9o,
http://www.playvid.com/watch/fVbGwK63olX, http://www.playvid.com/watch/Nf-SA-TQzzV, http://www.playvid.com/watch/7XWaO7qR7Ku,
http://www.playvid.com/watch/sM8O0zwNSAZ, http://www.playvid.com/watch/BJJHPW9WRLl
5.f. Date of third notice: 2013-09-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mr_123
5.b. Uploader's email address: chansteven28@yahoo.com.hk
5.d. Uploader's profile: http://www.playvid.com/member/mr_123
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kXDFfdhsYnO, http://www.playvid.com/watch/io6yFKuLekU,
http://www.playvid.com/watch/0ijwVcs7lIb, http://www.playvid.com/watch/hQdLws3l0dO, http://www.playvid.com/watch/3mGLrWweFtH,
http://www.playvid.com/watch/JQ2wJPdDFqO, http://www.playvid.com/watch/PurFIEkol3G, http://www.playvid.com/watch/DvcAh57w-EE,
http://www.playvid.com/watch/Usiol7LOuSS, http://www.playvid.com/watch/hNiZKmlaexf, http://www.playvid.com/watch/83nN65JPZ3B,
http://www.playvid.com/watch/eQggyL2nCwA, http://www.playvid.com/watch/FZmF84nGaak, http://www.playvid.com/watch/4gSxFKtUNgt,
http://www.playvid.com/watch/yp4fG04BgMY, http://www.playvid.com/watch/fetUy2aBz5i, http://www.playvid.com/watch/b9vzEO4gcsQ,
http://www.playvid.com/watch/osxXimDeaN4, http://www.playvid.com/watch/XAZufGJyI8A, http://www.playvid.com/watch/EQaGJS4aw0T,
http://www.playvid.com/watch/WkzaNcY7omO, http://www.playvid.com/watch/q4DI-BHJMO0, http://www.playvid.com/watch/OdyopKWxDIt,
http://www.playvid.com/watch/GnzbQA6-5fo, http://www.playvid.com/watch/HsO3YVNcHlo, http://www.playvid.com/watch/tQzT6FzCdYv,
http://www.playvid.com/watch/Vsk7WDHDTCS, http://www.playvid.com/watch/KVMQMynihMW, http://www.playvid.com/watch/ZzcJ97Yyxxf,
http://www.playvid.com/watch/Qhh4vrUzYg7, http://www.playvid.com/watch/pXN6vJgAlmi, http://www.playvid.com/watch/yxVOf7aWPJM,
http://www.playvid.com/watch/mmusU4OLuyc, http://www.playvid.com/watch/ZJh6R2wJveX
5.f. Date of third notice: 2014-05-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mujeriego
5.b. Uploader's email address: uobambino@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mujeriego
5.e. List of videos posted by uploader: http://www.playvid.com/watch/t4SCi3TybfF, http://www.playvid.com/watch/R8LCAWdomHg,
http://www.playvid.com/watch/67cr7PjyGZp, http://www.playvid.com/watch/BJuggD-Bp8m, http://www.playvid.com/watch/SiXr9e0DGNc,
http://www.playvid.com/watch/3NqmNhKzBA5, http://www.playvid.com/watch/fe1h-k15MLX, http://www.playvid.com/watch/ljdPBsq0J9U,
http://www.playvid.com/watch/MFgUpGbaRlK, http://www.playvid.com/watch/7eZ8t9qLqQo, http://www.playvid.com/watch/AhQRAZI4v3V,
http://www.playvid.com/watch/8RNx_jhT39i, http://www.playvid.com/watch/OGU62tmSapL, http://www.playvid.com/watch/YkIen6j2fGT,
http://www.playvid.com/watch/z6o7VqlzaO9, http://www.playvid.com/watch/R_wzVq4CNg8, http://www.playvid.com/watch/IuDWc6ySBoN,
http://www.playvid.com/watch/dC61-sr10cK, http://www.playvid.com/watch/usacJowOWP9, http://www.playvid.com/watch/Kg2hDk4K-wh,
http://www.playvid.com/watch/EzQltjR1I-d, http://www.playvid.com/watch/hwj9oLzlqBc, http://www.playvid.com/watch/hRkIwh_PkYg,
http://www.playvid.com/watch/r0iN-do5NIY, http://www.playvid.com/watch/TSVW3peDWjo, http://www.playvid.com/watch/KQspZ9wJ4ms,
http://www.playvid.com/watch/co7LhoOES44, http://www.playvid.com/watch/ri4GHUUEhv5, http://www.playvid.com/watch/9v1T1EYJ02B,
http://www.playvid.com/watch/Ybjj71YTsM6, http://www.playvid.com/watch/2xhOLJEqK6F, http://www.playvid.com/watch/4XxKeizTy_V,
http://www.playvid.com/watch/uVkgYh4XZ08, http://www.playvid.com/watch/02R8xOyzPpe, http://www.playvid.com/watch/vmFTQx8VL04,
http://www.playvid.com/watch/uJJJREGuEPB, http://www.playvid.com/watch/b_smbMazsJE, http://www.playvid.com/watch/5CRhhG28_qC,
http://www.playvid.com/watch/UADf5ruGvgq, http://www.playvid.com/watch/7tLnrA20K-7, http://www.playvid.com/watch/hbHwbbivQm7,
http://www.playvid.com/watch/rVdEfi6eqCX, http://www.playvid.com/watch/bBxHQ0Bd6fu, http://www.playvid.com/watch/mO9reY5HT96,
http://www.playvid.com/watch/sBedRZV6edT, http://www.playvid.com/watch/9yU6lIPtkIm, http://www.playvid.com/watch/rrAWiThli-F,
http://www.playvid.com/watch/l6DY26BjjGa, http://www.playvid.com/watch/a-Fa6jkr7h4, http://www.playvid.com/watch/exY1Ts6kbIj,
http://www.playvid.com/watch/jg6Hqdx4uWF, http://www.playvid.com/watch/5QAbIpxrHXT, http://www.playvid.com/watch/ymOG5kw81YS,
http://www.playvid.com/watch/p4zml8l7pdN, http://www.playvid.com/watch/3CoAaW4fQmw, http://www.playvid.com/watch/KvkB8rhbIxq,
http://www.playvid.com/watch/UBg0Xs1SYm9, http://www.playvid.com/watch/R5Z0d_6mHUO, http://www.playvid.com/watch/rppir9aq_gr,
http://www.playvid.com/watch/zn8fT1Z7hEl, http://www.playvid.com/watch/enzi7qPUaXO, http://www.playvid.com/watch/7bGGV3KM72F,
http://www.playvid.com/watch/mRGkdtFCJ4D, http://www.playvid.com/watch/TTGH8y3QRCr, http://www.playvid.com/watch/GtkNYbC6eUY,
http://www.playvid.com/watch/Z293NM7Brzd, http://www.playvid.com/watch/e94VHYRLbjT, http://www.playvid.com/watch/qQoVZZha0B9,
http://www.playvid.com/watch/2levSc6S6ag, http://www.playvid.com/watch/KoMwaBXk-vM, http://www.playvid.com/watch/Th8v5H4EcBe,
http://www.playvid.com/watch/KcYT5xMfryj, http://www.playvid.com/watch/AoSUxQX3fSI, http://www.playvid.com/watch/IKNHVep8vj8,
http://www.playvid.com/watch/JHf703UjLWJ, http://www.playvid.com/watch/n8oEr4rP5s7, http://www.playvid.com/watch/FrTe1Jen1Je,
http://www.playvid.com/watch/TacG3urzCSF, http://www.playvid.com/watch/MnG3IFdC27g, http://www.playvid.com/watch/CmQDgLZltaq,
http://www.playvid.com/watch/pugzFcwBz3N, http://www.playvid.com/watch/mPd4Zx7lsSL, http://www.playvid.com/watch/kD6z20A7AAO,
http://www.playvid.com/watch/VitblFowQlr, http://www.playvid.com/watch/NoPgcWMVoMO, http://www.playvid.com/watch/znGaMI4k5tC,
http://www.playvid.com/watch/8o-U9jTulJv, http://www.playvid.com/watch/UtElxXWCdul, http://www.playvid.com/watch/HgsTg-4AkLH,
http://www.playvid.com/watch/vcdGGt5uDBu, http://www.playvid.com/watch/dRpXfFP1qiL, http://www.playvid.com/watch/gEVr1ix__df,
http://www.playvid.com/watch/IOSCZLVrWp6, http://www.playvid.com/watch/I-pwksf5Mx6, http://www.playvid.com/watch/MD-xDqAotKJ,
http://www.playvid.com/watch/V9bw1S4wdgs, http://www.playvid.com/watch/2nnY5Mh4uzR, http://www.playvid.com/watch/OyV4QbAnKUM,
http://www.playvid.com/watch/kw8GfgCm3ad, http://www.playvid.com/watch/anSAki5a7MS, http://www.playvid.com/watch/KWZAmod-TGV,
http://www.playvid.com/watch/UMAwDAbQOvh, http://www.playvid.com/watch/42iSy5MaGJc, http://www.playvid.com/watch/A-hinuNpC4d,
http://www.playvid.com/watch/0eo0jq6CMZP
5.f. Date of third notice: 2014-03-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: musicman40
5.b. Uploader's email address: clswanson@hargray.com
5.d. Uploader's profile: http://www.playvid.com/member/musicman40
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aYYuemLWfQw, http://www.playvid.com/watch/4q0kmYs085E,
http://www.playvid.com/watch/oSNjvBlJ4NO, http://www.playvid.com/watch/sH04NjWbGJJ, http://www.playvid.com/watch/49-yHk3cobh,
http://www.playvid.com/watch/rd6vkudlReh, http://www.playvid.com/watch/L4KSjLso72g, http://www.playvid.com/watch/IJnaqHeUR7X,
http://www.playvid.com/watch/aDZ0OAuzIHz, http://www.playvid.com/watch/Tl0AsWZt9CQ, http://www.playvid.com/watch/krbVYRdG5Kx,
http://www.playvid.com/watch/RSQNk9cQmpv, http://www.playvid.com/watch/NcUZShMGlFz, http://www.playvid.com/watch/L2nnnXwETqR,
http://www.playvid.com/watch/WpKn08jbdfh, http://www.playvid.com/watch/fKCoeT-cQ0n, http://www.playvid.com/watch/Qqvic3aFSy0,
http://www.playvid.com/watch/UnnIIgvfCn8, http://www.playvid.com/watch/-rcAW2wFGMy, http://www.playvid.com/watch/RMRsPDTj7J5,
http://www.playvid.com/watch/V4TntcSkEOs, http://www.playvid.com/watch/yjhpzQYMaTP, http://www.playvid.com/watch/yzctWrHbT3a,
http://www.playvid.com/watch/aneDShjX6oP, http://www.playvid.com/watch/qhfecN3Bax8, http://www.playvid.com/watch/7ii0MeYQ2Iz,
http://www.playvid.com/watch/vLEGwPLDktK, http://www.playvid.com/watch/hiG083Jm5U4, http://www.playvid.com/watch/D5LMC6V2N-T,
http://www.playvid.com/watch/hV542S9WjUZ, http://www.playvid.com/watch/g0HdaCLEnVD, http://www.playvid.com/watch/9ddVzH3J-AH,
http://www.playvid.com/watch/rbdu5yzMaRe, http://www.playvid.com/watch/cuy0Mt7V6Aa, http://www.playvid.com/watch/nCJ-JTfMwzU,
http://www.playvid.com/watch/Jfthu3VCkhQ, http://www.playvid.com/watch/shtjJAe8lrb, http://www.playvid.com/watch/SJGJ2NdaOno,
http://www.playvid.com/watch/FBYc9VQKrfJ, http://www.playvid.com/watch/ctcpMnGmiYy, http://www.playvid.com/watch/Jz8u30sE7D2,
http://www.playvid.com/watch/SV-Nz0ARPMc, http://www.playvid.com/watch/SnG5lFtlzF8, http://www.playvid.com/watch/Bu62r6ea7HT,
http://www.playvid.com/watch/msqrhUP3ArY, http://www.playvid.com/watch/p8ysRlGyQ8O, http://www.playvid.com/watch/ZBUqWYSi-F5,
http://www.playvid.com/watch/GxlFYIbh27M, http://www.playvid.com/watch/KfjGgOOlAt7, http://www.playvid.com/watch/eKsXtWvhVyY,
http://www.playvid.com/watch/nbPNYguBS4K, http://www.playvid.com/watch/8x8zJ6g3yFV, http://www.playvid.com/watch/fJzCbKE0HlF,

http://www.playvid.com/watch/LjTsgTS9kTS, http://www.playvid.com/watch/MnrDNqFabQn, http://www.playvid.com/watch/XaDFMtOa6aQ,
http://www.playvid.com/watch/bEl0b3Bcvzm, http://www.playvid.com/watch/dww4vMWdIaW, http://www.playvid.com/watch/sLqACysNtBx,
http://www.playvid.com/watch/8-K89kxoHSr, http://www.playvid.com/watch/ZNuqWtX-4cn, http://www.playvid.com/watch/kohHMRxC7UR,
http://www.playvid.com/watch/Fd0l5Ur5G8x, http://www.playvid.com/watch/KNWtGkjeZmk, http://www.playvid.com/watch/hAoDti2uIr9,
http://www.playvid.com/watch/xS6h2Ha2o2i, http://www.playvid.com/watch/Fh8WY4Rs7pd, http://www.playvid.com/watch/4mawDhnzbZ4,
http://www.playvid.com/watch/kQ5AyF0qUmF, http://www.playvid.com/watch/VyyfSHLrzn0, http://www.playvid.com/watch/UyVskQ6k6Q5,
http://www.playvid.com/watch/S32ZSDhpUMm, http://www.playvid.com/watch/QWF-bkvBTyX, http://www.playvid.com/watch/ED7rRLDc37r,
http://www.playvid.com/watch/h4vQnDeGKAW, http://www.playvid.com/watch/pWu57g3Tz7N, http://www.playvid.com/watch/Mm8MDeIaGEP,
http://www.playvid.com/watch/rY7nz2lo4DM, http://www.playvid.com/watch/CiDDmlTdW3u, http://www.playvid.com/watch/lhXKqXmg5wc,
http://www.playvid.com/watch/hh07ogqWhXw, http://www.playvid.com/watch/DK7p8ZkXBVd, http://www.playvid.com/watch/J26IsEH9vq0,
http://www.playvid.com/watch/J0ZBcufdkEB, http://www.playvid.com/watch/Qr-g0zkjqJ7, http://www.playvid.com/watch/KyFbdM79qO2,
http://www.playvid.com/watch/XSf5buSykLK, http://www.playvid.com/watch/UXCyUBDPH3e, http://www.playvid.com/watch/Dv2c6qA6t7W,
http://www.playvid.com/watch/3EDjEmEVhr0, http://www.playvid.com/watch/dwEqCGDD-CT, http://www.playvid.com/watch/bR4TTiviPJ6,
http://www.playvid.com/watch/sleoQhYDo4Y, http://www.playvid.com/watch/RlDw75dQLm-, http://www.playvid.com/watch/ydOdmbLtoDs,
http://www.playvid.com/watch/SHbhpKKz7p8, http://www.playvid.com/watch/-M3inHepuCV, http://www.playvid.com/watch/HcUsVLWUmj8,
http://www.playvid.com/watch/q3JnxaEsc6u, http://www.playvid.com/watch/hvhsXXpSyhN, http://www.playvid.com/watch/anpFnYEdFfX,
http://www.playvid.com/watch/S0svFIMrhd0, http://www.playvid.com/watch/nGgSFTXpauK, http://www.playvid.com/watch/ivdDEqm-57K,
http://www.playvid.com/watch/2s3dehpLz4I, http://www.playvid.com/watch/EozqDkTcHzG, http://www.playvid.com/watch/nqCTFEBLnYS,
http://www.playvid.com/watch/yQkN60HCriW, http://www.playvid.com/watch/xSQWcAjk7kM, http://www.playvid.com/watch/zDjdKAa8mmR,
http://www.playvid.com/watch/IU5XS4LiRil, http://www.playvid.com/watch/q7YW4ZBDWal, http://www.playvid.com/watch/EugZFf5vYM2,
http://www.playvid.com/watch/Tjeuox9nNDt, http://www.playvid.com/watch/KP4E4Sz-YsN, http://www.playvid.com/watch/h62ezDkkeNV,
http://www.playvid.com/watch/pOULAwjDTht, http://www.playvid.com/watch/ldhyna84Ufe, http://www.playvid.com/watch/0mx0XF0SwpK,
http://www.playvid.com/watch/FozMdrAOYVF, http://www.playvid.com/watch/OefqedpTxzS, http://www.playvid.com/watch/3l5OR2gTTgz,
http://www.playvid.com/watch/vs2VxH3IXuM, http://www.playvid.com/watch/zCfabU6m-AB, http://www.playvid.com/watch/UsI6i26S6os,
http://www.playvid.com/watch/RBpJ33C6oDA, http://www.playvid.com/watch/wfp7qDZTFzo, http://www.playvid.com/watch/JP7A4s4wwlV,
http://www.playvid.com/watch/yFBu6NUvrZw, http://www.playvid.com/watch/McOS-9WAJBa, http://www.playvid.com/watch/f6XBEHEEejG,
http://www.playvid.com/watch/XNAM-9Rvooy, http://www.playvid.com/watch/VAWuELSIqBA, http://www.playvid.com/watch/pUxHKO2ovRt,
http://www.playvid.com/watch/ZfMWkvaDHQT, http://www.playvid.com/watch/eO5oscfsLfx, http://www.playvid.com/watch/FbQJhXt50ML,
http://www.playvid.com/watch/rw09ucr0qN9, http://www.playvid.com/watch/06siXj-rzmX, http://www.playvid.com/watch/-jn8arSxvNp,
http://www.playvid.com/watch/wh3sjtx9gCl, http://www.playvid.com/watch/HWuIdr9j2aC, http://www.playvid.com/watch/76dDOKDMO6i,
http://www.playvid.com/watch/jLS0--QBHt2, http://www.playvid.com/watch/PTgvAg5sp6o, http://www.playvid.com/watch/yXVIdxdVfSV,
http://www.playvid.com/watch/snXra0CdFze, http://www.playvid.com/watch/QcQpDyTmqGr, http://www.playvid.com/watch/K7FNRqViyJp,
http://www.playvid.com/watch/jLUEWq-X6rp, http://www.playvid.com/watch/wz3HecH-DUo, http://www.playvid.com/watch/rvwtD2vBitG,
http://www.playvid.com/watch/T4EX5GO7O-L, http://www.playvid.com/watch/IdPCVkWpj03, http://www.playvid.com/watch/6OiOHTUxj9x,
http://www.playvid.com/watch/6GqdmQ6wc4-, http://www.playvid.com/watch/euUOzVRtzrb, http://www.playvid.com/watch/R6XKNLlVu2z,
http://www.playvid.com/watch/5QE3EepwBYl, http://www.playvid.com/watch/ZVGCCzRsUEF, http://www.playvid.com/watch/xvEpkFyMXPo,
http://www.playvid.com/watch/5AIX8TRNsvK, http://www.playvid.com/watch/M0Dei4dmnCd, http://www.playvid.com/watch/qPytm7XZlmP,
http://www.playvid.com/watch/s5to4tBjyQS, http://www.playvid.com/watch/b7H8H8AkLYU, http://www.playvid.com/watch/-4aXjzrmsPU,
http://www.playvid.com/watch/C2vLWBmdv8C, http://www.playvid.com/watch/HYSbxYK06Ra, http://www.playvid.com/watch/byC7t0B4jHu,
http://www.playvid.com/watch/0a2gc7ghhjH, http://www.playvid.com/watch/e48cfA9bDdq, http://www.playvid.com/watch/PlWujMJO0lZ,
http://www.playvid.com/watch/CN3PKCKictQ, http://www.playvid.com/watch/VLYQmc7yyak, http://www.playvid.com/watch/JDekGlpajzB,
http://www.playvid.com/watch/RBgZl2XbfnN, http://www.playvid.com/watch/bLl6cuHLlW4, http://www.playvid.com/watch/aHFrcOROazt,
http://www.playvid.com/watch/0YpCoyg4uw5, http://www.playvid.com/watch/lsE-vxkvC-E, http://www.playvid.com/watch/JytL7KmsCfn,
http://www.playvid.com/watch/6Clh9Lp2KbU, http://www.playvid.com/watch/B2dEfQrpzvr, http://www.playvid.com/watch/aFXi5hoFGDr,
http://www.playvid.com/watch/ufSTVc7B6db, http://www.playvid.com/watch/kIbRwbmTaAL, http://www.playvid.com/watch/axNK-7kFCPQ,
http://www.playvid.com/watch/cmUGFBdi72p, http://www.playvid.com/watch/jTXrRWipvxD, http://www.playvid.com/watch/syS9PcALwLK,
http://www.playvid.com/watch/otGgAJkrlJK, http://www.playvid.com/watch/5yuhNfc3saV, http://www.playvid.com/watch/O9zbmPtiV2O,
http://www.playvid.com/watch/CbQFKCmOUpM, http://www.playvid.com/watch/5tqpTG7DHMc, http://www.playvid.com/watch/CouDN0w8b2Z,
http://www.playvid.com/watch/LqwEIVJDCpA, http://www.playvid.com/watch/GYrCaC7MQzU, http://www.playvid.com/watch/iklopPI7DOJ,
http://www.playvid.com/watch/Znu0jCnaQtz, http://www.playvid.com/watch/QJUN-tFyRBX, http://www.playvid.com/watch/7BE8pLlmqYh,
http://www.playvid.com/watch/zSWZlNzup0X, http://www.playvid.com/watch/h-Deer-xFYk, http://www.playvid.com/watch/8fOUWnnSiEg,
http://www.playvid.com/watch/axY-wVPIJTy, http://www.playvid.com/watch/FsKlRkPun3d, http://www.playvid.com/watch/LPCJPHWgl3l,
http://www.playvid.com/watch/E076stn5rMH, http://www.playvid.com/watch/6TV-epCIfbT, http://www.playvid.com/watch/oMcxzfOPQqs,
http://www.playvid.com/watch/N3HyCrj8vq8, http://www.playvid.com/watch/AgMRsQYWxD3, http://www.playvid.com/watch/RJmFkslFVM9,
http://www.playvid.com/watch/lqIJrfj-YQx, http://www.playvid.com/watch/BDxK2dHURCy, http://www.playvid.com/watch/NyEAAbtfOZQ,
http://www.playvid.com/watch/mfRKBZ2otYA, http://www.playvid.com/watch/SpnkMxfFy3k, http://www.playvid.com/watch/qvtWu5BL5D6,
http://www.playvid.com/watch/MQ7SYLAgNLp, http://www.playvid.com/watch/mDnt-HyTpUF, http://www.playvid.com/watch/mxn9r5jbtA-,
http://www.playvid.com/watch/5-WhhFPZWfh, http://www.playvid.com/watch/8F7-MSYUa5r, http://www.playvid.com/watch/JN2uLnSIjJJ,
http://www.playvid.com/watch/jIqgF6tCSuO, http://www.playvid.com/watch/w7F4TRfxbvl, http://www.playvid.com/watch/hNpbDkq5JTu,
http://www.playvid.com/watch/bTqBGn8cYF0, http://www.playvid.com/watch/3z8bqs8NNMV, http://www.playvid.com/watch/py2Ijyf9cff,
http://www.playvid.com/watch/Nuh-SZVDRJ9, http://www.playvid.com/watch/qgCxvucmmX-, http://www.playvid.com/watch/cK5JcKJ5c4q,
http://www.playvid.com/watch/acySbQuk0t8, http://www.playvid.com/watch/4jFEHGpnmil, http://www.playvid.com/watch/zwKgRkLek-7,
http://www.playvid.com/watch/izCbaUr3bB8, http://www.playvid.com/watch/MAByIdf5nYV, http://www.playvid.com/watch/xfwpP4VBdbM,
http://www.playvid.com/watch/Cf2ncIij8ht, http://www.playvid.com/watch/p3zpgeFv9Yt, http://www.playvid.com/watch/zunJBb4kHH2,
http://www.playvid.com/watch/KpH4WWpXvmg, http://www.playvid.com/watch/qQUa5uy8jNz, http://www.playvid.com/watch/gKRO2G7zz2b,
http://www.playvid.com/watch/AzVBWWwOHlS, http://www.playvid.com/watch/fE4ZhO583Qj, http://www.playvid.com/watch/VUNAXhrAChY,
http://www.playvid.com/watch/zKotWhkLKGL, http://www.playvid.com/watch/YEdsIbW7wUB, http://www.playvid.com/watch/YXzZLrFKfLZ,
http://www.playvid.com/watch/X46bF3yC8YO, http://www.playvid.com/watch/e7QtCf-Slp2, http://www.playvid.com/watch/lmy20MbQ-LO,
http://www.playvid.com/watch/8E4TJuYKLnW, http://www.playvid.com/watch/abecqqdA8he, http://www.playvid.com/watch/sprMlcAOQ2q,
http://www.playvid.com/watch/NwY9TS9HuLe, http://www.playvid.com/watch/lC44PkSFTfG, http://www.playvid.com/watch/vTQE47RQRnk,
http://www.playvid.com/watch/kqP3PG0h4G4, http://www.playvid.com/watch/v2MIaeZaa6l, http://www.playvid.com/watch/ZHKLamS08UC,
http://www.playvid.com/watch/dT0OJNX8plF, http://www.playvid.com/watch/0kbf47IcvLw, http://www.playvid.com/watch/Xwq4HXGqVKx,
http://www.playvid.com/watch/xKvKcGTdwUF, http://www.playvid.com/watch/huYRaTB6-zM, http://www.playvid.com/watch/FYMjIPeYY8H,
http://www.playvid.com/watch/W0Jq0ohAxcC, http://www.playvid.com/watch/T7GQ8NV0C5J, http://www.playvid.com/watch/OxzOmE2BPh4,
http://www.playvid.com/watch/rHFET4BSjfY, http://www.playvid.com/watch/yFqOUSrjHo7, http://www.playvid.com/watch/VJARaojZO6j,
http://www.playvid.com/watch/qfiaEFuffaU, http://www.playvid.com/watch/al3IqyPgXlX, http://www.playvid.com/watch/tHrrLwRa4g4,
http://www.playvid.com/watch/woRgIZl2RVp, http://www.playvid.com/watch/OXxvRHMzTR4, http://www.playvid.com/watch/Opos-st-iRp,
http://www.playvid.com/watch/CgQ4mnwURfL, http://www.playvid.com/watch/Cshhtpktd7x, http://www.playvid.com/watch/QMObjdZPlRj,
http://www.playvid.com/watch/XNfRxj-kD5N, http://www.playvid.com/watch/86cmGtWJczx, http://www.playvid.com/watch/wzBKrNuDsYs,
http://www.playvid.com/watch/m-RsVbNPNJD, http://www.playvid.com/watch/PUHYdt00QBB, http://www.playvid.com/watch/kZbiSbL9Iwv,
http://www.playvid.com/watch/w7lPUFWDe-t, http://www.playvid.com/watch/jMVM3XHev0T, http://www.playvid.com/watch/Km0noG8TyzI,
http://www.playvid.com/watch/k-n4KUHL7jQ, http://www.playvid.com/watch/kVF90tZnDxP, http://www.playvid.com/watch/Vwny4LbrX0s,
http://www.playvid.com/watch/Fq2XktfRFnG, http://www.playvid.com/watch/oHkIe78XkiC, http://www.playvid.com/watch/ggQeO26Ftxb,
http://www.playvid.com/watch/RStdEymy9JP, http://www.playvid.com/watch/6-0pNZ8Ml7X, http://www.playvid.com/watch/tlLxSSqkMyD,
http://www.playvid.com/watch/m89TUeuDkzh, http://www.playvid.com/watch/0JdyjLt2aiZ, http://www.playvid.com/watch/-CWVoPTD-J5,
http://www.playvid.com/watch/VsPt9IZbJPX, http://www.playvid.com/watch/Rnv66KUQ5Tg, http://www.playvid.com/watch/lmAyXkTVXRZ,
http://www.playvid.com/watch/uf5CpByfNqj, http://www.playvid.com/watch/07uHSVwtuAx, http://www.playvid.com/watch/JHMXjLDl3yc,
http://www.playvid.com/watch/Eiea4WfsgJj, http://www.playvid.com/watch/tvj8qaN0e6s, http://www.playvid.com/watch/GZoYpKos2gm,
http://www.playvid.com/watch/g4qCpYkcN29, http://www.playvid.com/watch/qYssmzSnR8U, http://www.playvid.com/watch/zVhIzDLfaMp,
http://www.playvid.com/watch/RoeR9pdAeAQ, http://www.playvid.com/watch/0cYUdrEwIFZ, http://www.playvid.com/watch/m-wOevmpdyv,
http://www.playvid.com/watch/puMbdNIpFbS, http://www.playvid.com/watch/qluD5Drf4vg, http://www.playvid.com/watch/zjSZTxquXYD,
http://www.playvid.com/watch/MUzFSq3vnrm, http://www.playvid.com/watch/Nn7ZVqkv4kU, http://www.playvid.com/watch/aN7lKKHb7NO,
http://www.playvid.com/watch/BUb-gRin5QT, http://www.playvid.com/watch/IqUUGG4DvyU, http://www.playvid.com/watch/XnIsb82BiID,
http://www.playvid.com/watch/cotMTFbQqc6, http://www.playvid.com/watch/o9aqHpM5now, http://www.playvid.com/watch/W6rkBZBOvaV,
http://www.playvid.com/watch/lDJpGJdjscL, http://www.playvid.com/watch/yu0X23SKXq6, http://www.playvid.com/watch/fYpHFrrUZn0,
http://www.playvid.com/watch/NTkGHNfN4oL, http://www.playvid.com/watch/IQqjlWVApt9, http://www.playvid.com/watch/MO7azzx9hWo,

http://www.playvid.com/watch/6Z6IqBc-3hq, http://www.playvid.com/watch/NSL6osWoGEw, http://www.playvid.com/watch/23KyeoWj0MX,
http://www.playvid.com/watch/pCYnKHWl2Dt, http://www.playvid.com/watch/Cru2yVOuGfY, http://www.playvid.com/watch/5dAT9BmUsyF,
http://www.playvid.com/watch/z6fMFxz0osy, http://www.playvid.com/watch/rJFyMePWVAv, http://www.playvid.com/watch/OHZHnZ5Dfa-,
http://www.playvid.com/watch/0jcByXwmAP7, http://www.playvid.com/watch/DRfefz9O8C8, http://www.playvid.com/watch/p5ip9O-k0ee,
http://www.playvid.com/watch/O-MZouL8SFP, http://www.playvid.com/watch/O4YxxyuYMhG, http://www.playvid.com/watch/tskxRuvzV50,
http://www.playvid.com/watch/SU0StC7TeTC, http://www.playvid.com/watch/igEOyjjBF7y, http://www.playvid.com/watch/3nO4BFMze7h,
http://www.playvid.com/watch/9R5vURA6sRk, http://www.playvid.com/watch/jbCBOofcDGG, http://www.playvid.com/watch/ZusAv6uTxXk,
http://www.playvid.com/watch/DJILrQgFIEG, http://www.playvid.com/watch/VEEdeHAvIrG, http://www.playvid.com/watch/OBQWF--ldd7,
http://www.playvid.com/watch/sMTsoMV5MGL, http://www.playvid.com/watch/0xqY4lJyP8p, http://www.playvid.com/watch/A3DTLgNGWAb,
http://www.playvid.com/watch/Kl5xCJ-HKb5, http://www.playvid.com/watch/ofLaiXhIjLY, http://www.playvid.com/watch/zQqOzuhS0At,
http://www.playvid.com/watch/rFQuUi-5Cft, http://www.playvid.com/watch/iLQj4Iw0UYu, http://www.playvid.com/watch/YCBooKRYPfF,
http://www.playvid.com/watch/m5gjBcBa9Ou, http://www.playvid.com/watch/xZUn-zHWayc, http://www.playvid.com/watch/fYisrrxH5q4,
http://www.playvid.com/watch/ZynWCUuy9Yu, http://www.playvid.com/watch/nmBMGD7FdsH, http://www.playvid.com/watch/Xuk6D6Yj8VA,
http://www.playvid.com/watch/BOLP89WB9-f, http://www.playvid.com/watch/JjK6guBYhtx, http://www.playvid.com/watch/bW5Lg25G82u,
http://www.playvid.com/watch/Zy6ZCKFMzU9, http://www.playvid.com/watch/3B-bTnbVg0f, http://www.playvid.com/watch/sqXG5OlmT5P,
http://www.playvid.com/watch/UV7Nqshwu-K, http://www.playvid.com/watch/UPYwCXSGwi5, http://www.playvid.com/watch/rbu9ACnoI32,
http://www.playvid.com/watch/ZSbPSalId5A, http://www.playvid.com/watch/HNc9HSbx8mw, http://www.playvid.com/watch/pgECMzfkAv7,
http://www.playvid.com/watch/j3K2KNMNg3o, http://www.playvid.com/watch/pwmhwnfA8kd, http://www.playvid.com/watch/Jmwf3wWPD98,
http://www.playvid.com/watch/5p9Dny3Z7yj, http://www.playvid.com/watch/WfkqnF-2Hwv, http://www.playvid.com/watch/uFdEEokYyYV,
http://www.playvid.com/watch/A9cyK3smMPi, http://www.playvid.com/watch/J4q05fm3FBI, http://www.playvid.com/watch/bBpTJCX3KRa,
http://www.playvid.com/watch/BB-9O-oLTpv, http://www.playvid.com/watch/LLM0MBnGDWZ, http://www.playvid.com/watch/EgabY9N75ZP,
http://www.playvid.com/watch/3PM4sEtHQvv, http://www.playvid.com/watch/R5NPG4EFIGZ, http://www.playvid.com/watch/LstIQ2st0bB,
http://www.playvid.com/watch/vMvP9oq4tzT, http://www.playvid.com/watch/mUvB0rosDam, http://www.playvid.com/watch/37bdCiHbu30,
http://www.playvid.com/watch/LSfZbjVp2i2, http://www.playvid.com/watch/MCMd4ucJ0rD, http://www.playvid.com/watch/U-YcUVGjkYc,
http://www.playvid.com/watch/Cs5CPySdAqd, http://www.playvid.com/watch/EStSXAykk9x, http://www.playvid.com/watch/ULlvhYIof9i,
http://www.playvid.com/watch/LBDfMVyMLyw, http://www.playvid.com/watch/qeEnXxBSl-H, http://www.playvid.com/watch/Icm22iNOKDC,
http://www.playvid.com/watch/9opVqD9Rms2, http://www.playvid.com/watch/-Hj-iivl49J, http://www.playvid.com/watch/pikvgFuiep3,
http://www.playvid.com/watch/OVoPS9n0DBK, http://www.playvid.com/watch/Y56j-FSlbVo, http://www.playvid.com/watch/hUPQw4zg3C-,
http://www.playvid.com/watch/cWEHmMQaqzY, http://www.playvid.com/watch/cdQM50Jpi9D, http://www.playvid.com/watch/M-3nAI6gBaY,
http://www.playvid.com/watch/gomUq8CJDTu, http://www.playvid.com/watch/tg43EO2Kr66, http://www.playvid.com/watch/o9KhJNxc3iS,
http://www.playvid.com/watch/6x3XVlDsWAd, http://www.playvid.com/watch/3UHSyzKkULX, http://www.playvid.com/watch/PYpZZrqqeGg,
http://www.playvid.com/watch/9X-Yrye09dW, http://www.playvid.com/watch/GmEH0AQwBrz, http://www.playvid.com/watch/H0eV3GrfrQ9,
http://www.playvid.com/watch/ZtutejWU6yE, http://www.playvid.com/watch/Le9Up0tJQI2, http://www.playvid.com/watch/jXLHJ8iJqp5,
http://www.playvid.com/watch/rUHXdabb7ff, http://www.playvid.com/watch/BROl4JVv-zq, http://www.playvid.com/watch/6rhUhGT0mn7,
http://www.playvid.com/watch/kzXjGm2aG94, http://www.playvid.com/watch/IcNqQRtJKBn, http://www.playvid.com/watch/vEP0hTWoCOl,
http://www.playvid.com/watch/K04mSoSol3w, http://www.playvid.com/watch/F2SS8UbmqUW, http://www.playvid.com/watch/T-3h-keMpeh,
http://www.playvid.com/watch/sRoEc8fLSbc, http://www.playvid.com/watch/tosWfnRxfXt, http://www.playvid.com/watch/alAhGbDap8K,
http://www.playvid.com/watch/GKpVRpUCglF, http://www.playvid.com/watch/Z4cyqi23fAP, http://www.playvid.com/watch/uXqZJRYrP5e,
http://www.playvid.com/watch/8fOXngMTlm0, http://www.playvid.com/watch/4AD8BNcjTn2, http://www.playvid.com/watch/xmwjecd68SU,
http://www.playvid.com/watch/sU9DKQc7z0s, http://www.playvid.com/watch/7dxAubUQYqS, http://www.playvid.com/watch/Z-WO3fbW3WI,
http://www.playvid.com/watch/wlV-djtBs8D, http://www.playvid.com/watch/juSLCVcpFO0, http://www.playvid.com/watch/EOKmfbUAGFg,
http://www.playvid.com/watch/eJVOcNNrlpt, http://www.playvid.com/watch/CWsXfMXEEKv, http://www.playvid.com/watch/yYZ8PdI-b3q,
http://www.playvid.com/watch/YondAFMvZdW, http://www.playvid.com/watch/EHJnv3jv7WW, http://www.playvid.com/watch/XjjMVmUQu6I,
http://www.playvid.com/watch/kFKcybQ4EIR, http://www.playvid.com/watch/6Tme-gkaRQW, http://www.playvid.com/watch/A0Upngab7hv,
http://www.playvid.com/watch/sOCIb4Uhjxs, http://www.playvid.com/watch/UtnhYs7jKw0, http://www.playvid.com/watch/HM6vmngdo29,
http://www.playvid.com/watch/7MAULKxLJzX, http://www.playvid.com/watch/nZBfRYKaV0I, http://www.playvid.com/watch/wFLY7d0L6v3,
http://www.playvid.com/watch/aOwdYCNxQjO, http://www.playvid.com/watch/yJUIypgAmlz, http://www.playvid.com/watch/qxWaQ9kDrWP,
http://www.playvid.com/watch/LwXbVPqP9CY, http://www.playvid.com/watch/6ewvyUVuFXG, http://www.playvid.com/watch/5rI5SMgztl-,
http://www.playvid.com/watch/cLmx-UzdTMj, http://www.playvid.com/watch/zQ5ezOiHZQm, http://www.playvid.com/watch/gZb-qw9vNOG,
http://www.playvid.com/watch/PFZMp5NEUWz, http://www.playvid.com/watch/GV7hvxb0y0r, http://www.playvid.com/watch/n8rbc5CnXDF,
http://www.playvid.com/watch/0sSJmBkNuHm, http://www.playvid.com/watch/LPehMHnSLp3, http://www.playvid.com/watch/JIWcHLfWI7E,
http://www.playvid.com/watch/lsnzQ6VqLW9, http://www.playvid.com/watch/PbHGOFfXLMH, http://www.playvid.com/watch/UL-2FSkavpU,
http://www.playvid.com/watch/NPN45qu57OH, http://www.playvid.com/watch/3E8dbIfqCsw, http://www.playvid.com/watch/oIEDesUKOs6,
http://www.playvid.com/watch/t3uXx-xqNxb, http://www.playvid.com/watch/XLG-sXEyhcb, http://www.playvid.com/watch/ZlZZMImj6mG,
http://www.playvid.com/watch/myEfpsTyuQi, http://www.playvid.com/watch/RZo-wf7EJWt, http://www.playvid.com/watch/sM8Cni7xsVP,
http://www.playvid.com/watch/UIVPjPQT05r, http://www.playvid.com/watch/QovmniMQWuc, http://www.playvid.com/watch/zehxTF7yni9,
http://www.playvid.com/watch/uEW-twgpsgh, http://www.playvid.com/watch/0Xie8Kj8KQL, http://www.playvid.com/watch/WAFV8Z6hDI5,
http://www.playvid.com/watch/P5AMsyPumA8, http://www.playvid.com/watch/xj57qCkAUDg, http://www.playvid.com/watch/AmYiVuywL76,
http://www.playvid.com/watch/FrRnyDKE0OK, http://www.playvid.com/watch/0SRKnhhTQdt, http://www.playvid.com/watch/UX-lwewpldJ,
http://www.playvid.com/watch/3lNLe9BuaHj, http://www.playvid.com/watch/KqcBEayRPzt, http://www.playvid.com/watch/ioiZPDr4YMX,
http://www.playvid.com/watch/Hldpk0KoNhF, http://www.playvid.com/watch/TCUiM6YvxmK, http://www.playvid.com/watch/ta6uAUsfaUi,
http://www.playvid.com/watch/AcPn3xDYj5a, http://www.playvid.com/watch/e9ak7oWxbxs, http://www.playvid.com/watch/zjbffR7DEIZ,
http://www.playvid.com/watch/ApTk4AKrsqR, http://www.playvid.com/watch/hD3TVXtBRIg, http://www.playvid.com/watch/Mg4zY-Lq-et,
http://www.playvid.com/watch/-mO-Yu7spLz, http://www.playvid.com/watch/B0ZKj0qtas3, http://www.playvid.com/watch/aYFh8V7gYx7,
http://www.playvid.com/watch/zSFEOmutQg0, http://www.playvid.com/watch/QIbEjLVnmIA, http://www.playvid.com/watch/I7eJOzhMwJj,
http://www.playvid.com/watch/U8UjyY69xHy, http://www.playvid.com/watch/aCTPPi0IGdh, http://www.playvid.com/watch/OUmBd9LZmg3,
http://www.playvid.com/watch/j8QoAJDIJCn, http://www.playvid.com/watch/tzIlNQl9bQW, http://www.playvid.com/watch/jrCLasju9SA,
http://www.playvid.com/watch/7zorPkWvO5p, http://www.playvid.com/watch/FF39F7PlPWi, http://www.playvid.com/watch/GWZgyL609JZ,
http://www.playvid.com/watch/p6mhh9tIz9S, http://www.playvid.com/watch/dJCBHlm8FPI, http://www.playvid.com/watch/uaAxs58nOan,
http://www.playvid.com/watch/opvxOErnm-7, http://www.playvid.com/watch/SSFY6vCki0r, http://www.playvid.com/watch/aKW242v73Th,
http://www.playvid.com/watch/9oKNfbnEZKC, http://www.playvid.com/watch/J4SxGDBPBsP, http://www.playvid.com/watch/EUlyqUD8lEj,
http://www.playvid.com/watch/n33zJPKASx7, http://www.playvid.com/watch/psnCFbiFYUb, http://www.playvid.com/watch/nQaCGSD3Mwy,
http://www.playvid.com/watch/uZZpX3WiU6z, http://www.playvid.com/watch/sejjG2Xy89j, http://www.playvid.com/watch/ZJPd0ORTys2,
http://www.playvid.com/watch/txOvimJBZmV, http://www.playvid.com/watch/0t9-4ZVHi35, http://www.playvid.com/watch/qmp7g7vusAr,
http://www.playvid.com/watch/KqdcGqekPIC, http://www.playvid.com/watch/Sv4AObvCrcb, http://www.playvid.com/watch/r2uz23P3frw,
http://www.playvid.com/watch/TBuNF5UMRDo, http://www.playvid.com/watch/cQLFSAAqqe5, http://www.playvid.com/watch/xZqPmdvwWic,
http://www.playvid.com/watch/wm7rzLeRrYo, http://www.playvid.com/watch/9Wyg0TqqhYs, http://www.playvid.com/watch/wo5ojWUBKx8,
http://www.playvid.com/watch/Kswd0BZBa2s, http://www.playvid.com/watch/OUAMJAvCkNa, http://www.playvid.com/watch/OLM3yqM-GbK,
http://www.playvid.com/watch/I89Cq4m4Wgq, http://www.playvid.com/watch/QSMCtduuI9b, http://www.playvid.com/watch/lJdhdmMUC8v,
http://www.playvid.com/watch/uS3Bvqwx9SU, http://www.playvid.com/watch/0qeddjrkHj5, http://www.playvid.com/watch/LYNUjPbXhRY,
http://www.playvid.com/watch/eZtblttt6zO, http://www.playvid.com/watch/3B55MeBFM77, http://www.playvid.com/watch/7PpBS0dIZxl,
http://www.playvid.com/watch/ol-iA20l5yD, http://www.playvid.com/watch/xZnLcd0Fv5C, http://www.playvid.com/watch/8l9cspqrUoq,
http://www.playvid.com/watch/h8p8klq5ZXb, http://www.playvid.com/watch/3kLSWNitPX3, http://www.playvid.com/watch/ivBu4ff-eao,
http://www.playvid.com/watch/f0DyEBA3vcb, http://www.playvid.com/watch/iUeZDkB0zxM, http://www.playvid.com/watch/Nr9fPUvNxCg,
http://www.playvid.com/watch/hjgOSserzzI, http://www.playvid.com/watch/Ap7rSoU59IX, http://www.playvid.com/watch/pxjwHevolBB,
http://www.playvid.com/watch/mJ6GGucMQts, http://www.playvid.com/watch/WyQMx45Ulu-, http://www.playvid.com/watch/Yq0zpyU3KDk,
http://www.playvid.com/watch/QhLo9mjSlae, http://www.playvid.com/watch/ir5a6v-CsI3, http://www.playvid.com/watch/i0JGvXJgNc6,
http://www.playvid.com/watch/zs9nG2IF4DL, http://www.playvid.com/watch/8yXG4vfgZPQ, http://www.playvid.com/watch/iJGitSUScDa,
http://www.playvid.com/watch/RpGQl464gnO, http://www.playvid.com/watch/LlUeEoVSrEC, http://www.playvid.com/watch/-t9qzvRPfU6,
http://www.playvid.com/watch/5YRu0zcXEE5, http://www.playvid.com/watch/fc-h7BQUInC, http://www.playvid.com/watch/G9RbCGu9v4f,
http://www.playvid.com/watch/8dlulfNUcWH, http://www.playvid.com/watch/gNXcU7POMNC, http://www.playvid.com/watch/i8GcQQnQF0-,
http://www.playvid.com/watch/oZo5rG2jCQQ, http://www.playvid.com/watch/Lyp28qGVJGX, http://www.playvid.com/watch/ydsj-Ih7mrJ,
http://www.playvid.com/watch/yviOIFC8Ewl, http://www.playvid.com/watch/8bBBguvQTsn, http://www.playvid.com/watch/bPpkKj6S9vu,
http://www.playvid.com/watch/lvhkpKkF45m, http://www.playvid.com/watch/FB59DoCLih5, http://www.playvid.com/watch/eWBMpcyNAmK,
http://www.playvid.com/watch/v2XNkdqwHOZ, http://www.playvid.com/watch/9iIfIEABt-o, http://www.playvid.com/watch/aNxVPb9lC57,
http://www.playvid.com/watch/JCYpq7FeKCi, http://www.playvid.com/watch/6gBGiWVDvTm, http://www.playvid.com/watch/SzFHzauWXkH,

http://www.playvid.com/watch/uSRxTsUIdGp, http://www.playvid.com/watch/kyADbDWhH2U, http://www.playvid.com/watch/d7Eizq9YTdi, http://www.playvid.com/watch/lLBVRxnVcOt, http://www.playvid.com/watch/Ay5aOE8D9CT, http://www.playvid.com/watch/4pDXufmYFtN, http://www.playvid.com/watch/n6L6RgcuEHp, http://www.playvid.com/watch/q69t8BK8dKZ, http://www.playvid.com/watch/Lz4Z5XkHM5b, http://www.playvid.com/watch/WClSS3X98ft, http://www.playvid.com/watch/AB7AUEVshVP, http://www.playvid.com/watch/Uo-VR6hNQLP, http://www.playvid.com/watch/3l-fuFOL-Zl, http://www.playvid.com/watch/GIsPxT5SJGi, http://www.playvid.com/watch/numUBPW2Vfk, http://www.playvid.com/watch/QlKK9Oycs-b, http://www.playvid.com/watch/KS3PP43c3Na, http://www.playvid.com/watch/oygfCY2HScA, http://www.playvid.com/watch/lYqsdZfmwOl, http://www.playvid.com/watch/yAcs5rjmDYc, http://www.playvid.com/watch/QHXtUWazhal, http://www.playvid.com/watch/xf2sPjecnFU, http://www.playvid.com/watch/z8aro0HkgDR, http://www.playvid.com/watch/tWfH6Ghe-S3, http://www.playvid.com/watch/GwI4Z0Qhivd, http://www.playvid.com/watch/MCKkF7DWoeF, http://www.playvid.com/watch/SDwmFLWBli9, http://www.playvid.com/watch/QNMBO-qLFsb, http://www.playvid.com/watch/CfKP2Km2NsP, http://www.playvid.com/watch/CkhtG5d5J7x, http://www.playvid.com/watch/2LoA6zXNsa8, http://www.playvid.com/watch/BqStLAlSe3n, http://www.playvid.com/watch/iA5beSc4ZLs, http://www.playvid.com/watch/ZMxanwvk9nE, http://www.playvid.com/watch/4MrqAlpPrdl, http://www.playvid.com/watch/ko57pTQseZR, http://www.playvid.com/watch/WncXYBS9vDX, http://www.playvid.com/watch/Y3tZ9Isr9-6, http://www.playvid.com/watch/q9TO77f-tDS, http://www.playvid.com/watch/2bZjYyGLTea, http://www.playvid.com/watch/LfAdnGdfD4N, http://www.playvid.com/watch/RJ5ofeUdwcw, http://www.playvid.com/watch/nrLO4XCD5Rm, http://www.playvid.com/watch/fmEGvDcMtT6, http://www.playvid.com/watch/KYX08U-tyN8, http://www.playvid.com/watch/bzuMTH7cJeA, http://www.playvid.com/watch/mQYa4b2aPsv, http://www.playvid.com/watch/22NLTZOZyba, http://www.playvid.com/watch/vvcMTKytVcm, http://www.playvid.com/watch/WXxxAstXxLS, http://www.playvid.com/watch/sENHjGQV90B, http://www.playvid.com/watch/2i2ZMTP-wxm, http://www.playvid.com/watch/Ic7BUf-YLyh, http://www.playvid.com/watch/-vMMuXO8JPH, http://www.playvid.com/watch/y7UZSx43C46, http://www.playvid.com/watch/wQqWD38ko9i, http://www.playvid.com/watch/E5toXfJI03-, http://www.playvid.com/watch/KaLXkl5NCnT, http://www.playvid.com/watch/sQaJKicj8JD, http://www.playvid.com/watch/zZz6OBFaE07, http://www.playvid.com/watch/ZUY9cvqO-Du, http://www.playvid.com/watch/l2OSS0Cqt7b, http://www.playvid.com/watch/V0hVtmhjebU, http://www.playvid.com/watch/F9z8iluzHHd, http://www.playvid.com/watch/FzDylbY92XE, http://www.playvid.com/watch/VOM7uABNGT8, http://www.playvid.com/watch/2ePvrMLkIwO, http://www.playvid.com/watch/E0lA6dF4kD2, http://www.playvid.com/watch/j6EKw06DGtg, http://www.playvid.com/watch/abHjRIGu-VY, http://www.playvid.com/watch/MEYq-LzSag0, http://www.playvid.com/watch/-CZLyfotbpc, http://www.playvid.com/watch/dP4NnrPtTYC, http://www.playvid.com/watch/7TTJkEkawXl, http://www.playvid.com/watch/Aax35YxgcCx, http://www.playvid.com/watch/pT-PsujVvaA, http://www.playvid.com/watch/KCguziqhb6r, http://www.playvid.com/watch/TQFabzjiEzO, http://www.playvid.com/watch/vjnh9B22vqv, http://www.playvid.com/watch/-JFMDLacwup, http://www.playvid.com/watch/P9f9gop-nLe, http://www.playvid.com/watch/SZTPDEWKAbA, http://www.playvid.com/watch/xV3fHpclCpo, http://www.playvid.com/watch/ArXi03zYIga, http://www.playvid.com/watch/OI79FLhXiHE, http://www.playvid.com/watch/Ii2pkDh3MNs, http://www.playvid.com/watch/hyTCcGonSko, http://www.playvid.com/watch/zQjbLCIA9Ah, http://www.playvid.com/watch/Qh26IM2MGRH, http://www.playvid.com/watch/TXfQw8fAnXc, http://www.playvid.com/watch/Ctq9bxNyytT, http://www.playvid.com/watch/GKYjvBFtyVf, http://www.playvid.com/watch/hWbORrH2mGP, http://www.playvid.com/watch/HRC7Lq0if20, http://www.playvid.com/watch/3UVzz97dOrW, http://www.playvid.com/watch/fS74BFIbVif, http://www.playvid.com/watch/IUMoOOf3qGD, http://www.playvid.com/watch/aXURsunbzbE, http://www.playvid.com/watch/tmHjsmPrplY, http://www.playvid.com/watch/QpeCuhFm-BY, http://www.playvid.com/watch/LCQb-v5NTUO, http://www.playvid.com/watch/Q3UuY9HY3Fb, http://www.playvid.com/watch/GuBhtbgRZPO, http://www.playvid.com/watch/U-u0te6E50g, http://www.playvid.com/watch/kAFRZjAUbRh, http://www.playvid.com/watch/vyZlHhqYg8I, http://www.playvid.com/watch/RgRAoPew9Zx, http://www.playvid.com/watch/lxMVDY7wDlI, http://www.playvid.com/watch/-b0mS6VXZ3-, http://www.playvid.com/watch/da6BXicEZVt, http://www.playvid.com/watch/dk6Zr-7ElLY, http://www.playvid.com/watch/UnQtWE8qMrn, http://www.playvid.com/watch/cCZeYkYeOoe, http://www.playvid.com/watch/53HFtaznMVk, http://www.playvid.com/watch/pJaVdaGxdbC, http://www.playvid.com/watch/v0WtZdXaH3I, http://www.playvid.com/watch/pBueQriJzD-, http://www.playvid.com/watch/JWRMKNWkwjN, http://www.playvid.com/watch/z8FX-7SE9zx, http://www.playvid.com/watch/MpbdEhUA3Wa, http://www.playvid.com/watch/Aqv9D8U64M9, http://www.playvid.com/watch/7W8u29ULw6w, http://www.playvid.com/watch/SnSWBdZ6C2T, http://www.playvid.com/watch/XlXW3Mej3T7, http://www.playvid.com/watch/MoUxBVSil7U, http://www.playvid.com/watch/yNGuwy0y4kd, http://www.playvid.com/watch/docQVgsVXMZ, http://www.playvid.com/watch/bKikVlhvgxo, http://www.playvid.com/watch/Dzwow66NOrs, http://www.playvid.com/watch/BcQv3UJ80Ih, http://www.playvid.com/watch/CxZ9HBr7BfA, http://www.playvid.com/watch/SgydT4kVNug, http://www.playvid.com/watch/lE84aQ248rU, http://www.playvid.com/watch/7Its-AeWRWy, http://www.playvid.com/watch/swY0CBXuk3Y, http://www.playvid.com/watch/n0m0kjMkeAU, http://www.playvid.com/watch/6vSZ4rnGRuV, http://www.playvid.com/watch/MR8TNqmA6RR, http://www.playvid.com/watch/Xl3Rp2hGTPr, http://www.playvid.com/watch/gkhwADRC8sM, http://www.playvid.com/watch/SD3U79TAZwy, http://www.playvid.com/watch/6w4ygJofZoj, http://www.playvid.com/watch/aQQ3vqtVkQl, http://www.playvid.com/watch/CcWDMZuxBdS, http://www.playvid.com/watch/BLP4bWIgIvd, http://www.playvid.com/watch/PhCqGxfEJTk, http://www.playvid.com/watch/jLo-Pf5IaRB, http://www.playvid.com/watch/gqSipDp5CEm, http://www.playvid.com/watch/dHSAa9b7I2V, http://www.playvid.com/watch/JLXYhYOobb7, http://www.playvid.com/watch/YNYeNgqmQAz, http://www.playvid.com/watch/JmPdMvPMYYg, http://www.playvid.com/watch/Zg6kPCYjwtt, http://www.playvid.com/watch/MtF0LxurXVe, http://www.playvid.com/watch/pglcLwkvhQ5, http://www.playvid.com/watch/olszA8imvmo, http://www.playvid.com/watch/oD-yLij4xTC, http://www.playvid.com/watch/muj50MQ5v5B, http://www.playvid.com/watch/lmuK74r9Ygy, http://www.playvid.com/watch/o49iEr80FCo, http://www.playvid.com/watch/hb0hBxXxpIg, http://www.playvid.com/watch/8kim2kdcglC, http://www.playvid.com/watch/YmFFin73lfM, http://www.playvid.com/watch/J9zqxKrVmB8, http://www.playvid.com/watch/6WVVaf6rzof, http://www.playvid.com/watch/7labdcxsD8m, http://www.playvid.com/watch/LfGUBxDBSXc, http://www.playvid.com/watch/4mLzBe9ytvn, http://www.playvid.com/watch/fv7jKneZ-oY, http://www.playvid.com/watch/50TqhxZxMrp, http://www.playvid.com/watch/S-amJViykP4, http://www.playvid.com/watch/bV8gWY-StzF, http://www.playvid.com/watch/BzuHUFBN6nt, http://www.playvid.com/watch/etyJnOciG0H, http://www.playvid.com/watch/nYLiRNyhnWi, http://www.playvid.com/watch/5ghCWTC8H2z, http://www.playvid.com/watch/kQzo6ltWUzD, http://www.playvid.com/watch/hXZdbshI-Fc, http://www.playvid.com/watch/Wm92DCd0KfQ, http://www.playvid.com/watch/xfp-aOjlybo, http://www.playvid.com/watch/cusemJZ9rd4, http://www.playvid.com/watch/COCdMfHnUA2, http://www.playvid.com/watch/nHRCUWJJhqI, http://www.playvid.com/watch/j3vnwU93sfs, http://www.playvid.com/watch/HLNaj7qlJ6P, http://www.playvid.com/watch/ENil9ahGFJm, http://www.playvid.com/watch/-Va6XRWx44j, http://www.playvid.com/watch/0vhFUTPBIzV, http://www.playvid.com/watch/atEMqizbxA8, http://www.playvid.com/watch/CafS8ESZyJz, http://www.playvid.com/watch/D5F3JjrZlwm, http://www.playvid.com/watch/mN7D34sVgMY, http://www.playvid.com/watch/4DtA-RcQK2V, http://www.playvid.com/watch/gVQq2Oe0GXX, http://www.playvid.com/watch/OxvxXmVXqTq, http://www.playvid.com/watch/gwtHpIuQB-r, http://www.playvid.com/watch/wlK9o-pGfDg, http://www.playvid.com/watch/sysxsL4Fhtv, http://www.playvid.com/watch/OzNLPtVFjRS, http://www.playvid.com/watch/qU2BjAqo5zx, http://www.playvid.com/watch/J5bYqLg49zQ, http://www.playvid.com/watch/vdUXYGky-Yc, http://www.playvid.com/watch/rhZTBPIUykg, http://www.playvid.com/watch/M8SLYiJvNBO, http://www.playvid.com/watch/hc9SWFF7RUH, http://www.playvid.com/watch/Vknwt7gtdZ-, http://www.playvid.com/watch/mvbwHyoyqBB, http://www.playvid.com/watch/QYQxxz3HeBg, http://www.playvid.com/watch/LwnwgxMBTsj, http://www.playvid.com/watch/pQEUpe4iMQz, http://www.playvid.com/watch/nYbpwARbYpW, http://www.playvid.com/watch/KvBN7UpnnXj, http://www.playvid.com/watch/O-jpkdJiqDn, http://www.playvid.com/watch/XdJZhsU6as4, http://www.playvid.com/watch/fGixCxt6szz, http://www.playvid.com/watch/UJMPG4V6AJE, http://www.playvid.com/watch/iKc5PG7wO88, http://www.playvid.com/watch/jMdqYu4bZqK, http://www.playvid.com/watch/AOF538LE-9E, http://www.playvid.com/watch/7oUpinUGAIH, http://www.playvid.com/watch/AijbLEDQU3U, http://www.playvid.com/watch/9vunCiHkStQ, http://www.playvid.com/watch/bEKdJWdJHzS, http://www.playvid.com/watch/RBD4rpZsihx, http://www.playvid.com/watch/gJAvPnKMpEm, http://www.playvid.com/watch/p5xs74cqv5p, http://www.playvid.com/watch/Dx85T0dsJDi, http://www.playvid.com/watch/EbiNGzXW2dn, http://www.playvid.com/watch/n7JWxewyMdw, http://www.playvid.com/watch/6HMVJzWFUi-, http://www.playvid.com/watch/H0RTLTeovDq, http://www.playvid.com/watch/hRmWmh7LR8f, http://www.playvid.com/watch/HQmoHXZVFyA, http://www.playvid.com/watch/4y6zPgkpFnV, http://www.playvid.com/watch/FOUmpNHAwhH, http://www.playvid.com/watch/4ExLk9JHOud, http://www.playvid.com/watch/gPSDD9ecOlA, http://www.playvid.com/watch/9WYurJNecAs, http://www.playvid.com/watch/KvDm7nBC3YU, http://www.playvid.com/watch/Zb-iGjLQDRD, http://www.playvid.com/watch/aDc7hSglkXV, http://www.playvid.com/watch/clOY0KbsXMa, http://www.playvid.com/watch/LJqvyFXJKTt, http://www.playvid.com/watch/2tet8KJjR5w, http://www.playvid.com/watch/kPzMyopfTJA, http://www.playvid.com/watch/ZIqkO2qzJOq, http://www.playvid.com/watch/IYaqOT-ROW3, http://www.playvid.com/watch/P9XNQZ9J6Xo, http://www.playvid.com/watch/otO5PkRcCzz, http://www.playvid.com/watch/UhV3vaRbpFn, http://www.playvid.com/watch/ocOEBpSUhj7, http://www.playvid.com/watch/shx4c6ExVop, http://www.playvid.com/watch/o4oC4aIv2nz, http://www.playvid.com/watch/ghqRC043lJo, http://www.playvid.com/watch/DRRgZ-AWK5n, http://www.playvid.com/watch/ObHr-zgbeIU, http://www.playvid.com/watch/MZfVTlX5HJr, http://www.playvid.com/watch/Rq5KgSaz-Tn, http://www.playvid.com/watch/QaWY9iGzTza, http://www.playvid.com/watch/WWA0Xu2ff6g, http://www.playvid.com/watch/IwhbJmegB0R, http://www.playvid.com/watch/ialWtsJc0rb, http://www.playvid.com/watch/spdJyx9j-ty, http://www.playvid.com/watch/5G9fsHTJCas, http://www.playvid.com/watch/EF9QhupkvEz, http://www.playvid.com/watch/MAWSMFCnECM, http://www.playvid.com/watch/m7atXl697Cy, http://www.playvid.com/watch/E30RjyzhZDa, http://www.playvid.com/watch/cSjkYlpqicM, http://www.playvid.com/watch/Idbu3jAUuGN, http://www.playvid.com/watch/fWn8eCTzD2S, http://www.playvid.com/watch/trLty9bKjF0, http://www.playvid.com/watch/GUj50aZB4xK, http://www.playvid.com/watch/I9eQVDMBiLW, http://www.playvid.com/watch/wsiXJtnohJa, http://www.playvid.com/watch/bYnzHeOCxu2, http://www.playvid.com/watch/zEnYcwHE6gS, http://www.playvid.com/watch/-JBPRMeiVHC, http://www.playvid.com/watch/OPql0d-Xd7L, http://www.playvid.com/watch/izyOPMN0RKC, http://www.playvid.com/watch/5qo7kOuCd3f, http://www.playvid.com/watch/TaizTRmBaQj, http://www.playvid.com/watch/dLOwzN7N4jT, http://www.playvid.com/watch/JazjnhLvVsw, http://www.playvid.com/watch/6LUqhcVzs3L, http://www.playvid.com/watch/M4boTtM51DZ, http://www.playvid.com/watch/Verf3P53IQE, http://www.playvid.com/watch/DhltpiaE1Sn,

http://www.playvid.com/watch/VnrPVpNYsEf, http://www.playvid.com/watch/h20xGfLJutJ, http://www.playvid.com/watch/aEAD-xybqFl, http://www.playvid.com/watch/KDzEzvWlhY9, http://www.playvid.com/watch/XEZlFNSEBZU, http://www.playvid.com/watch/yLgd1RhyLS5, http://www.playvid.com/watch/6Md-pcLjFUQ, http://www.playvid.com/watch/NKHuo3VTXzv, http://www.playvid.com/watch/w4YriX5YbL3, http://www.playvid.com/watch/uHUbssHKTMS, http://www.playvid.com/watch/0HOM5l4iAWO, http://www.playvid.com/watch/zjadjOAIdiv, http://www.playvid.com/watch/iAPnguYY6r3, http://www.playvid.com/watch/FsEP-SbllER
5.f. Date of third notice: 2013-11-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mymymyyaya
5.b. Uploader's email address: cooperliii200@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/mymymyyaya
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CmrF3bOzZk0, http://www.playvid.com/watch/VEmfdmQvz0Y, http://www.playvid.com/watch/Bbw5VeCKhBf, http://www.playvid.com/watch/SVI7beuZ3JM, http://www.playvid.com/watch/bjfNGFI0KpY, http://www.playvid.com/watch/MJU_5cZyyAq, http://www.playvid.com/watch/v9JKETu_cLE, http://www.playvid.com/watch/q-b98-K6NJg, http://www.playvid.com/watch/bf6m0eHXJ_9, http://www.playvid.com/watch/88ij8inZeeZ, http://www.playvid.com/watch/3evNMyv9IxE, http://www.playvid.com/watch/cLZJV0gC7-T, http://www.playvid.com/watch/z4v-kDyHQpP, http://www.playvid.com/watch/TRTShufzNDr, http://www.playvid.com/watch/sgDLa_FEl8e, http://www.playvid.com/watch/J_rHfJYTdlW, http://www.playvid.com/watch/88ABo7En2XZ, http://www.playvid.com/watch/wlk1iogX-Tr, http://www.playvid.com/watch/ECfxYjzx4VB, http://www.playvid.com/watch/zrifjF7OS9J, http://www.playvid.com/watch/JR6Y-xqq2nx, http://www.playvid.com/watch/N_Ip33ynhrH, http://www.playvid.com/watch/64um9gQxKm0, http://www.playvid.com/watch/zCDN77aa5O6, http://www.playvid.com/watch/4zIrNNedJ1j, http://www.playvid.com/watch/WiGAZVsS8Xp, http://www.playvid.com/watch/ZnvmFYcfg2G, http://www.playvid.com/watch/b4SsXkMUP1k, http://www.playvid.com/watch/SL40RSlzsdF, http://www.playvid.com/watch/AgnFRqm7v2z, http://www.playvid.com/watch/9n2-r336q_H, http://www.playvid.com/watch/LX1wTz53Q3i, http://www.playvid.com/watch/QYO_tUxC5wb, http://www.playvid.com/watch/ujvlngAur9Y, http://www.playvid.com/watch/GB4l8L0Tcmy, http://www.playvid.com/watch/qoT1Sp6JX5Q, http://www.playvid.com/watch/KmmWIsoqedt, http://www.playvid.com/watch/4ANJyS1lL5T, http://www.playvid.com/watch/RjlkPJUOKrr, http://www.playvid.com/watch/3oJ96AspBG7, http://www.playvid.com/watch/j4XjdsMdPkZ, http://www.playvid.com/watch/LI4LGlhKKFA, http://www.playvid.com/watch/lT8tFT3i51f, http://www.playvid.com/watch/pNFPyOYp2mN, http://www.playvid.com/watch/nOav_P40QZN, http://www.playvid.com/watch/dzUu4LqPKtJ, http://www.playvid.com/watch/il_JINOShhF, http://www.playvid.com/watch/p1tRtpeI7dX, http://www.playvid.com/watch/b0fsqYe0q1O, http://www.playvid.com/watch/ZGB529CjcSU, http://www.playvid.com/watch/tDZ6ojQQpbe, http://www.playvid.com/watch/EOd0iGXBwei, http://www.playvid.com/watch/plf57CWE9yd, http://www.playvid.com/watch/7FJ9gIt3-k2, http://www.playvid.com/watch/aiDnABUoeop, http://www.playvid.com/watch/Od9ImDO0vmR, http://www.playvid.com/watch/DFMfW-DMpjP, http://www.playvid.com/watch/rhwdDFcb7vY, http://www.playvid.com/watch/CrI4aneHZp4, http://www.playvid.com/watch/Z0_lh-PUyPQ, http://www.playvid.com/watch/VWasL7IPFGw, http://www.playvid.com/watch/L14hQdyQG58, http://www.playvid.com/watch/DH-4NzK7IgE, http://www.playvid.com/watch/lOQuNPKZKIS, http://www.playvid.com/watch/qd4vck1nAYr, http://www.playvid.com/watch/3ul41uDxXMq, http://www.playvid.com/watch/J-2OPiFZmmC, http://www.playvid.com/watch/7Wx3G7ucxnZ, http://www.playvid.com/watch/uSDoeEwP0x4, http://www.playvid.com/watch/gfe9PBnyneo, http://www.playvid.com/watch/BMvYvKoJrRI
5.f. Date of third notice: 2015-08-07 10:16:51
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: mynameisjeffrey10
5.b. Uploader's email address: mynameisjeffrey10@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/mynameisjeffrey10
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KR86zlTy6In, http://www.playvid.com/watch/CoBLNgFSsXw, http://www.playvid.com/watch/8IyPFQn5u-0, http://www.playvid.com/watch/5UyyUIJP62-, http://www.playvid.com/watch/pKYjlNnhvV3, http://www.playvid.com/watch/YRquQWYbo8u, http://www.playvid.com/watch/7NWuXZ3XlZN, http://www.playvid.com/watch/slfaL0JeY5o, http://www.playvid.com/watch/Jus9M2FXjUU, http://www.playvid.com/watch/OchVS4V8BHu, http://www.playvid.com/watch/hCfXOcaB7KW, http://www.playvid.com/watch/0RrwOpaiDoE, http://www.playvid.com/watch/cRDQJ9wmwzq, http://www.playvid.com/watch/Gq--hNPUcvZ, http://www.playvid.com/watch/luIYD0ET4RM, http://www.playvid.com/watch/d6kRSOMm8Fs, http://www.playvid.com/watch/DeuzqjQQ0P8, http://www.playvid.com/watch/LuUKjrDAnTF, http://www.playvid.com/watch/YystICn26OL, http://www.playvid.com/watch/73TWS6YgUzd, http://www.playvid.com/watch/lyp95D3MpEa, http://www.playvid.com/watch/zfckXWyWRL4, http://www.playvid.com/watch/7np9s6jqA6N, http://www.playvid.com/watch/nQusRufB5ie, http://www.playvid.com/watch/neElMJFwLPc, http://www.playvid.com/watch/TnqZghjKBDS, http://www.playvid.com/watch/vCVQLgSO-yh, http://www.playvid.com/watch/BpHolzvTNii, http://www.playvid.com/watch/ugfYkwDTusP, http://www.playvid.com/watch/QOB6lNkrkFX, http://www.playvid.com/watch/mUb44PjbzLR, http://www.playvid.com/watch/Nm0XZRlJ846, http://www.playvid.com/watch/l5chgcn625b, http://www.playvid.com/watch/Cw22hRyBVRL, http://www.playvid.com/watch/iumQ3AtuHlt, http://www.playvid.com/watch/zFzQ6QJxLHE, http://www.playvid.com/watch/glW7SWAXKQv, http://www.playvid.com/watch/uprayMfFNgi, http://www.playvid.com/watch/LuSyYa-Na5o, http://www.playvid.com/watch/sLz6UV4RdTC, http://www.playvid.com/watch/PKaDBPOBVKV, http://www.playvid.com/watch/rIgG3iuH3aO, http://www.playvid.com/watch/XV1pPKnIM9O, http://www.playvid.com/watch/HuXNpGkG_N4, http://www.playvid.com/watch/K13bcoT36P9, http://www.playvid.com/watch/vtexcUFlwxt, http://www.playvid.com/watch/AtFRgj78HNW, http://www.playvid.com/watch/6WmbjfmgbjD, http://www.playvid.com/watch/ahrdBl7FtQB, http://www.playvid.com/watch/0eCklsSG4o6, http://www.playvid.com/watch/aT2vrrh-yLO, http://www.playvid.com/watch/8bTQMoXDDuw, http://www.playvid.com/watch/Pca8tkZaVYi, http://www.playvid.com/watch/rlQMut1f4Lk, http://www.playvid.com/watch/yYuEYLnSy8L, http://www.playvid.com/watch/7C8nzC_AHc3, http://www.playvid.com/watch/tU5T3APKSZ0, http://www.playvid.com/watch/vZfRw_c4sAq, http://www.playvid.com/watch/e7XwXhaWri9, http://www.playvid.com/watch/6W99TOTG1eQ, http://www.playvid.com/watch/kq9i4XPZhJE, http://www.playvid.com/watch/7wzFSdC0lgq, http://www.playvid.com/watch/4J_A8z-99lf, http://www.playvid.com/watch/fTltCr2BvuZ, http://www.playvid.com/watch/P5XN5U4QSZy, http://www.playvid.com/watch/fXHu8vA2BEl, http://www.playvid.com/watch/2xjF20GKfq8, http://www.playvid.com/watch/oL3F5swNxMK, http://www.playvid.com/watch/VJ1rkOKO_hM, http://www.playvid.com/watch/9BkMKBnc4OQ, http://www.playvid.com/watch/bBfJJWdMgOR, http://www.playvid.com/watch/pCvPGNEdJOI, http://www.playvid.com/watch/rP1X0Nvb375, http://www.playvid.com/watch/fam-pBoOdIL, http://www.playvid.com/watch/EBYP_OxIohk
5.f. Date of third notice: 2014-08-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nakki
5.b. Uploader's email address: thompson128ss@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/nakki
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XgO0rtsioAw, http://www.playvid.com/watch/-ZqK75qRFXY, http://www.playvid.com/watch/94uF-BJu7WU, http://www.playvid.com/watch/ehizpt-pChw, http://www.playvid.com/watch/pZPzeWP3mjz, http://www.playvid.com/watch/RcF-47QUnz8, http://www.playvid.com/watch/y8KNFhbPYIq, http://www.playvid.com/watch/0ysFFkhLD35, http://www.playvid.com/watch/3ccSiUEmSez, http://www.playvid.com/watch/K-fzHgUXWfM, http://www.playvid.com/watch/yYZEDPVW85b, http://www.playvid.com/watch/VSK36EyOIME, http://www.playvid.com/watch/PO7oqJK3rKq, http://www.playvid.com/watch/RxKRxxRtTVc, http://www.playvid.com/watch/83KJql-4Hnd, http://www.playvid.com/watch/OSMoBtLxyaO, http://www.playvid.com/watch/cAbdHDKS-Sq, http://www.playvid.com/watch/adAoX3sXtov, http://www.playvid.com/watch/A6509Zpw0uH, http://www.playvid.com/watch/ig-CJGsfCFd, http://www.playvid.com/watch/HCYhWa0mC-R, http://www.playvid.com/watch/MMFMYaj6w9q, http://www.playvid.com/watch/eNCh8doYOF6, http://www.playvid.com/watch/bJDLW5sfmDs, http://www.playvid.com/watch/ZtgLqBVTpjk, http://www.playvid.com/watch/mqZfM0MY9FY, http://www.playvid.com/watch/BtzNOmCOOTq, http://www.playvid.com/watch/oGNGhtod0Rk, http://www.playvid.com/watch/MFZ4uS3wnTI, http://www.playvid.com/watch/44ZfdXJi5-e, http://www.playvid.com/watch/Igndl52mZbk, http://www.playvid.com/watch/NmGZUjgxKbg, http://www.playvid.com/watch/BB9n7QmrwhN, http://www.playvid.com/watch/tBPDf-YzQPg, http://www.playvid.com/watch/dmexlWHI6ox, http://www.playvid.com/watch/x6e4KJaGact, http://www.playvid.com/watch/67ZnFwRAdCg, http://www.playvid.com/watch/jw-909L9wYj, http://www.playvid.com/watch/rxHc5PQ9mE6, http://www.playvid.com/watch/UyQHtlg9hdD, http://www.playvid.com/watch/UsWTV05uMVk, http://www.playvid.com/watch/sEamJmRDpPs, http://www.playvid.com/watch/n-2Lx0aA4PU, http://www.playvid.com/watch/YPssl-3u6G6, http://www.playvid.com/watch/U3-59S8sKSD, http://www.playvid.com/watch/npQ7cw9Ek55, http://www.playvid.com/watch/FxFUnle-MLe, http://www.playvid.com/watch/3NgjcE4OSGw, http://www.playvid.com/watch/drhESf3VCZr, http://www.playvid.com/watch/UeiTXzBpDSF, http://www.playvid.com/watch/UlcE2EsWjGH, http://www.playvid.com/watch/bdqddLRbh30, http://www.playvid.com/watch/EjP0FcV3Tw4, http://www.playvid.com/watch/TB8gwup9Z9g, http://www.playvid.com/watch/hZAMMTwNLYf, http://www.playvid.com/watch/nqE6EpSemPv, http://www.playvid.com/watch/iu202tQhbzA, http://www.playvid.com/watch/QQ7pNRrPpdu, http://www.playvid.com/watch/MSatSALiuiA, http://www.playvid.com/watch/wxFs4p9Vut2, http://www.playvid.com/watch/oPfRRhF3Wlg, http://www.playvid.com/watch/qwbJBRc3fqf, http://www.playvid.com/watch/dr2dUWKdIiO, http://www.playvid.com/watch/ICugpet6uCT, http://www.playvid.com/watch/b6heTjHqAgU
5.f. Date of third notice: 2013-12-21

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: naomibruse
5.b. Uploader's email address: sergeybartu1990@yahoo.de
5.d. Uploader's profile: http://www.playvid.com/member/naomibruse
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qwEfQBe3Q3S, http://www.playvid.com/watch/2D4z2QIr2wT,
http://www.playvid.com/watch/jWdDEbpr8tp, http://www.playvid.com/watch/eq7AkoUiLCy, http://www.playvid.com/watch/NrtXLN33Qkj,
http://www.playvid.com/watch/rIn6deB_2OP, http://www.playvid.com/watch/sHZM6dytbTs, http://www.playvid.com/watch/lpUISEN6yhm,
http://www.playvid.com/watch/2ruShk2h5ah, http://www.playvid.com/watch/tfFvzgBtXsC, http://www.playvid.com/watch/HUG2nfu_X-A,
http://www.playvid.com/watch/MsWLEJiDYBk, http://www.playvid.com/watch/sQYDXoqEW29, http://www.playvid.com/watch/Tgk3pZDahC4,
http://www.playvid.com/watch/QSPIt0V7aG6, http://www.playvid.com/watch/m5JXwFJAJ7M, http://www.playvid.com/watch/CKidRktktcY,
http://www.playvid.com/watch/6pSPhd9Tb9K, http://www.playvid.com/watch/g30edwI6Qut, http://www.playvid.com/watch/Ij7j0RB-MVu,
http://www.playvid.com/watch/I74I-8JfNxJ, http://www.playvid.com/watch/8MT8WfPLYK7, http://www.playvid.com/watch/vNT-8Gszrc3,
http://www.playvid.com/watch/bghFSNAAn-h, http://www.playvid.com/watch/6qRJ7zw3CNV, http://www.playvid.com/watch/y5_zBV-R5qA,
http://www.playvid.com/watch/n6IKU6MSMfi, http://www.playvid.com/watch/W3guf7w4Foc, http://www.playvid.com/watch/AeGW7lNLXot,
http://www.playvid.com/watch/U4IrC677vBS, http://www.playvid.com/watch/EHkHumEeSUK, http://www.playvid.com/watch/L_6fUh9FAQk,
http://www.playvid.com/watch/uowb4ci_xKn, http://www.playvid.com/watch/Ux4lDfuKsUd, http://www.playvid.com/watch/k5hvwQ6uT0n,
http://www.playvid.com/watch/Fcalxj980FA, http://www.playvid.com/watch/GAfALOa324v, http://www.playvid.com/watch/clN30J6M5-e,
http://www.playvid.com/watch/vqGO1aSwGJg, http://www.playvid.com/watch/hKZIw6bVhGt, http://www.playvid.com/watch/XQ-w-6TW4AX,
http://www.playvid.com/watch/lOhpGikeqnU, http://www.playvid.com/watch/J1y2h9AdNVu, http://www.playvid.com/watch/MGDfjiiULhx,
http://www.playvid.com/watch/0vzXIurhzS9, http://www.playvid.com/watch/h6_5xAhWcVA, http://www.playvid.com/watch/x-nfGsNjNGo,
http://www.playvid.com/watch/S4Db8kfYLif, http://www.playvid.com/watch/sdOCnakxwQR, http://www.playvid.com/watch/Ad3S4TyaWc8,
http://www.playvid.com/watch/yprLOXwEh8s, http://www.playvid.com/watch/rrfDXOtrDT7, http://www.playvid.com/watch/gG8eLBps5OB,
http://www.playvid.com/watch/8bZQgw1KSEn, http://www.playvid.com/watch/j5gB5ZFxFEN, http://www.playvid.com/watch/dkttsL1JQA2,
http://www.playvid.com/watch/yHM05d9MnOA, http://www.playvid.com/watch/PYgINFoZBSH, http://www.playvid.com/watch/siZuuwu629c,
http://www.playvid.com/watch/gjQYOSId1v0, http://www.playvid.com/watch/UMJZVdHXcvV, http://www.playvid.com/watch/zxY7AzTrdjz,
http://www.playvid.com/watch/RHdxH4tCW7H, http://www.playvid.com/watch/MYsw3hftI1h, http://www.playvid.com/watch/gdiODndeEdR,
http://www.playvid.com/watch/7Zide5ozHGe, http://www.playvid.com/watch/9u1XUDFEVCT, http://www.playvid.com/watch/ZQVTeplRkVL,
http://www.playvid.com/watch/9CiS2lEDgrm, http://www.playvid.com/watch/B2Ri5qpbBb9, http://www.playvid.com/watch/cT_rJtO6GS6,
http://www.playvid.com/watch/OUH40JX3E39, http://www.playvid.com/watch/jKYAx41Cv2T, http://www.playvid.com/watch/nrewajuijEy,
http://www.playvid.com/watch/BU8lM4U7jj9, http://www.playvid.com/watch/yOyhe4C6S6O, http://www.playvid.com/watch/qxNwIH-nhU2,
http://www.playvid.com/watch/Obc-cCKCcAB, http://www.playvid.com/watch/NCWVV12A-Qw, http://www.playvid.com/watch/oZAfnekbiyh,
http://www.playvid.com/watch/sietLu4PByr, http://www.playvid.com/watch/IFzZSszXVe2, http://www.playvid.com/watch/HivMcxdIIfk,
http://www.playvid.com/watch/GqdOsKPOyj9, http://www.playvid.com/watch/od-np2H-lbQ, http://www.playvid.com/watch/mDpZn8a7tGx,
http://www.playvid.com/watch/dHrrGkrZPhf, http://www.playvid.com/watch/D0sNn-HlAgl, http://www.playvid.com/watch/ORSkPyet6aS,
http://www.playvid.com/watch/owQq-9zLaNr, http://www.playvid.com/watch/oM49vaqGOAg, http://www.playvid.com/watch/Iw3cwO_U1dv,
http://www.playvid.com/watch/kjS9sP0MJOa, http://www.playvid.com/watch/esMWOLHH-Gr, http://www.playvid.com/watch/g9_HQoLzHS7,
http://www.playvid.com/watch/RH5dIRYLPf7, http://www.playvid.com/watch/le-IoYUICLa, http://www.playvid.com/watch/LIYiwHiywfI,
http://www.playvid.com/watch/6Lkr1oMtX-t, http://www.playvid.com/watch/u0ZGGSGIRB0, http://www.playvid.com/watch/t7BDOl2lbBX,
http://www.playvid.com/watch/CY7O_YdDl06, http://www.playvid.com/watch/8gUAIAQq87m, http://www.playvid.com/watch/8wrpguZj3TL,
http://www.playvid.com/watch/d-u0mISawiB, http://www.playvid.com/watch/Kg8IqnMA_ie, http://www.playvid.com/watch/Fs9iUaShiwf,
http://www.playvid.com/watch/naLrBpTVjlU, http://www.playvid.com/watch/90mcPKG5Jpf, http://www.playvid.com/watch/eQFDQwBPVJc,
http://www.playvid.com/watch/BcC5wEPbdVA, http://www.playvid.com/watch/2Yk75KiH8OH, http://www.playvid.com/watch/Dy-d65rId8F,
http://www.playvid.com/watch/0hvGv0AVSXE, http://www.playvid.com/watch/kDrZTgEFBlQ, http://www.playvid.com/watch/YdlwZQ6xdIM,
http://www.playvid.com/watch/drS-tCDKlaR, http://www.playvid.com/watch/4U33GMnYFlM, http://www.playvid.com/watch/sohnS0Gkoeh,
http://www.playvid.com/watch/cphnMQcJfI3, http://www.playvid.com/watch/7ZIcF49GgaP, http://www.playvid.com/watch/XtrNJDHPwse,
http://www.playvid.com/watch/EwuM3cp2uUR, http://www.playvid.com/watch/d2QDq-f5NTh, http://www.playvid.com/watch/4YngGo247th,
http://www.playvid.com/watch/eJmILa0iFeZ, http://www.playvid.com/watch/AzA3hD_3sxP, http://www.playvid.com/watch/U1GxxIeblYH,
http://www.playvid.com/watch/sVR5xuDsjuS, http://www.playvid.com/watch/MZqbvZiPChz, http://www.playvid.com/watch/wlNcYLF-XQH,
http://www.playvid.com/watch/5UjDrgyihzG, http://www.playvid.com/watch/fOEHFCeksHE, http://www.playvid.com/watch/a-VonGp_jrJ,
http://www.playvid.com/watch/d6jHyUVuFxh, http://www.playvid.com/watch/9Riz1eWPfJb, http://www.playvid.com/watch/vKYuuWzajow,
http://www.playvid.com/watch/Ogq0jWdB2ze, http://www.playvid.com/watch/U258tqjznx9, http://www.playvid.com/watch/cVS94ZKnkL3,
http://www.playvid.com/watch/KT_cQneX2IU, http://www.playvid.com/watch/nEFqrrRgvwE, http://www.playvid.com/watch/Tah4LSKbDzg,
http://www.playvid.com/watch/IU-oPXnCAIN, http://www.playvid.com/watch/0ZWAY1TQvui, http://www.playvid.com/watch/z5igRUnkIea,
http://www.playvid.com/watch/x0Bz7rBGQ7i, http://www.playvid.com/watch/3i_M1pslDiw, http://www.playvid.com/watch/4pFnrKysU_x,
http://www.playvid.com/watch/aP7f5QikXLV, http://www.playvid.com/watch/yKSRQ0oG2-N, http://www.playvid.com/watch/fx7eYGAk5Jp,
http://www.playvid.com/watch/Pv2gyEP8l8R, http://www.playvid.com/watch/bTexvBI2KRB, http://www.playvid.com/watch/UwQzZPjRYY4,
http://www.playvid.com/watch/KkEwF79Tas2, http://www.playvid.com/watch/WULp1KHMSzk, http://www.playvid.com/watch/dgb21b9wBIf,
http://www.playvid.com/watch/mhwn32AFJQr, http://www.playvid.com/watch/vGI9PUWwsiC, http://www.playvid.com/watch/jRk2ZUhsOcy,
http://www.playvid.com/watch/sXVrAQmyh4U, http://www.playvid.com/watch/bn7t2AAq-IA, http://www.playvid.com/watch/rk7MAAtzq-F,
http://www.playvid.com/watch/bZEUf-rGfmI, http://www.playvid.com/watch/dQ6MtekAV9J, http://www.playvid.com/watch/jQy8U42UWQo,
http://www.playvid.com/watch/ZA3s3wVZz9o, http://www.playvid.com/watch/YnAZ1nK3hMM, http://www.playvid.com/watch/sHWkAaU7btw,
http://www.playvid.com/watch/cmMPgGtlFcX, http://www.playvid.com/watch/lodaOzrmZAK, http://www.playvid.com/watch/OhJOSCwvKBg,
http://www.playvid.com/watch/vz7hqn9oW84, http://www.playvid.com/watch/u-sbBfLPtq2, http://www.playvid.com/watch/gvnchRgUJd9,
http://www.playvid.com/watch/UW3FAHodP4G, http://www.playvid.com/watch/PkcbWrh7P1N, http://www.playvid.com/watch/2_Xr6dAnjr7,
http://www.playvid.com/watch/F3i2L6F87MO, http://www.playvid.com/watch/Gm5Klu7bPV6, http://www.playvid.com/watch/6pvTaZD_9P9,
http://www.playvid.com/watch/3i6r69zijIF, http://www.playvid.com/watch/aE3a2XkK5-0, http://www.playvid.com/watch/VbImymzTmRz,
http://www.playvid.com/watch/0kFjy8zB-00, http://www.playvid.com/watch/FBM_lVDY0Zl, http://www.playvid.com/watch/7EQy55xREIC,
http://www.playvid.com/watch/Dd-zRfv-16t, http://www.playvid.com/watch/pGykokBiAxW, http://www.playvid.com/watch/uD_c9XIvNBB,
http://www.playvid.com/watch/JXI2vkReYYE, http://www.playvid.com/watch/hsQiTwetlsZ, http://www.playvid.com/watch/sFd13pb4XEk,
http://www.playvid.com/watch/phOYvjhkgWU, http://www.playvid.com/watch/z4Rlepxf0Az, http://www.playvid.com/watch/veMr2KVLlFY,
http://www.playvid.com/watch/Nsou0TdWlrF, http://www.playvid.com/watch/8rxLjg8NLE6, http://www.playvid.com/watch/bNVPDCwWk3d,
http://www.playvid.com/watch/qBXj0FEeaA6, http://www.playvid.com/watch/H8jMvlBbk_o, http://www.playvid.com/watch/ebJvu7k6gUQ,
http://www.playvid.com/watch/F1x4Bleo8UQ, http://www.playvid.com/watch/LprSM4HnfrF, http://www.playvid.com/watch/8upLXjpwQly,
http://www.playvid.com/watch/igKQo9mlmDz, http://www.playvid.com/watch/dwKRdgLp7cd, http://www.playvid.com/watch/2W-TT-k9biW,
http://www.playvid.com/watch/7xP6_s4ro90, http://www.playvid.com/watch/8N-q_R8nFyv, http://www.playvid.com/watch/QaSEAvGvKUT,
http://www.playvid.com/watch/qygqLPOg2zM, http://www.playvid.com/watch/ng_SxU_Xebn, http://www.playvid.com/watch/R1eGwHfZt_c,
http://www.playvid.com/watch/jkkv8ulvt6B, http://www.playvid.com/watch/tk5KKKPjiOs, http://www.playvid.com/watch/Zt_XOO0Y1uZ,
http://www.playvid.com/watch/qn7rzdRw1VQ, http://www.playvid.com/watch/AFV-8qT8LXJ, http://www.playvid.com/watch/c4SEC_RAC-9,
http://www.playvid.com/watch/8vald0T2j2E, http://www.playvid.com/watch/TlNBkJbpnjB, http://www.playvid.com/watch/nEaDEWkqKTU,
http://www.playvid.com/watch/Ih6_lxeeAEa, http://www.playvid.com/watch/NmnXDg9Yc0N, http://www.playvid.com/watch/j0NNVXrpjoD,
http://www.playvid.com/watch/d-QugjFMlMc, http://www.playvid.com/watch/aibukL40VLS, http://www.playvid.com/watch/dqDlGfupgBI,
http://www.playvid.com/watch/CUVTHP5UtMD, http://www.playvid.com/watch/MEPKiur6WYT, http://www.playvid.com/watch/pSlC7Zk3fHe,
http://www.playvid.com/watch/MqFwIUdapZh, http://www.playvid.com/watch/IKEeC-KTVOa, http://www.playvid.com/watch/TAmJ5x9Kbo9,
http://www.playvid.com/watch/dC5wBYlzqdW, http://www.playvid.com/watch/6EjttCf9HYQ, http://www.playvid.com/watch/GGvlXY_ZNPo,
http://www.playvid.com/watch/rTL9bhwMmQV, http://www.playvid.com/watch/n92DNr_CNkc, http://www.playvid.com/watch/Lf-NlWHb_tH,
http://www.playvid.com/watch/YwkM7QxWQNq, http://www.playvid.com/watch/OSJPYNY2Dw9, http://www.playvid.com/watch/xI0xmaCzX48,
http://www.playvid.com/watch/5LaXO3A0avR, http://www.playvid.com/watch/QHs_3gjwVtk, http://www.playvid.com/watch/u8w0W1g1qcE,
http://www.playvid.com/watch/UXk5l-arwm7, http://www.playvid.com/watch/wO1NblsREjy, http://www.playvid.com/watch/FVWMHHsVoe8,
http://www.playvid.com/watch/Kz5FKOjD5bl, http://www.playvid.com/watch/dS1vxAtaij9, http://www.playvid.com/watch/VfreeSXWMYv,
http://www.playvid.com/watch/rlCLKTXpK7x, http://www.playvid.com/watch/onUPO-82JZE, http://www.playvid.com/watch/KR01tewra6J,
http://www.playvid.com/watch/VinjPFm3Cr2, http://www.playvid.com/watch/q3vTlRN36rE, http://www.playvid.com/watch/3XFU9qLJEO8,
http://www.playvid.com/watch/QtCTHsAIfqG, http://www.playvid.com/watch/6TwnJJIfZ6D, http://www.playvid.com/watch/7JBIRUdaNO0,
http://www.playvid.com/watch/FzG-THbjBRu, http://www.playvid.com/watch/VTIVLJTAfhW, http://www.playvid.com/watch/rL-HPjRHrck,
http://www.playvid.com/watch/lC8hTOxxiis, http://www.playvid.com/watch/qQrYl4x_vIs, http://www.playvid.com/watch/ReGF3lkdsj8,
http://www.playvid.com/watch/PTim-jDWDAS, http://www.playvid.com/watch/ExeHk4ZOHVp, http://www.playvid.com/watch/sl8aI2xcNpz,

http://www.playvid.com/watch/JdWTrGOxkCL, http://www.playvid.com/watch/auMv7fd9hWn, http://www.playvid.com/watch/3_VSvudfE0W,
http://www.playvid.com/watch/elzkl_JiAW0, http://www.playvid.com/watch/at9uY8qisTp, http://www.playvid.com/watch/jjFy9XFqd7d,
http://www.playvid.com/watch/rF-CEFUcarr, http://www.playvid.com/watch/R48JO36oK1w, http://www.playvid.com/watch/FWrSEsBEuMh,
http://www.playvid.com/watch/P5OP-Dd-zua, http://www.playvid.com/watch/ykX4UwHRbrn, http://www.playvid.com/watch/3d59BUBdkSi,
http://www.playvid.com/watch/67sKdXtrxqj, http://www.playvid.com/watch/fofwB3Lp06y, http://www.playvid.com/watch/4Knj9omZUtJ,
http://www.playvid.com/watch/zlk7L4IspqK, http://www.playvid.com/watch/vLBb0qSPxIg, http://www.playvid.com/watch/KZhJPNI0uk8,
http://www.playvid.com/watch/kA1KjY43Hqe, http://www.playvid.com/watch/ozlA3Zp8UZO, http://www.playvid.com/watch/FrcyUKXIEGS,
http://www.playvid.com/watch/GbSMKFK1gIJ, http://www.playvid.com/watch/lNoJendvyEJ, http://www.playvid.com/watch/3rcrFVo8_oo,
http://www.playvid.com/watch/bw4bzTlv8s2, http://www.playvid.com/watch/Ff_M7Zt5iUg, http://www.playvid.com/watch/WFv-Jzr54By,
http://www.playvid.com/watch/RnxzXhX3meo, http://www.playvid.com/watch/bxO5CL1iHao, http://www.playvid.com/watch/Ik0Kzvs4bKW,
http://www.playvid.com/watch/Z0ycVNpWyWE, http://www.playvid.com/watch/zZb5sRI92mS, http://www.playvid.com/watch/PNxamreo7Jk,
http://www.playvid.com/watch/J0vRbPj_0Gt, http://www.playvid.com/watch/mcKhjMVOFV6, http://www.playvid.com/watch/mET5dJWY2oC,
http://www.playvid.com/watch/Bj36AOIkto9, http://www.playvid.com/watch/EE5gPAjJPHi, http://www.playvid.com/watch/x7XfU_aCPnR,
http://www.playvid.com/watch/WiT4iyVstbH, http://www.playvid.com/watch/vInr5OMnTdr, http://www.playvid.com/watch/OXWQOQJu2-3,
http://www.playvid.com/watch/fRZ8NbiLv6b, http://www.playvid.com/watch/Xt-A9Zha_t8, http://www.playvid.com/watch/cnNvEWEWmi0,
http://www.playvid.com/watch/3yOlqxipkvk, http://www.playvid.com/watch/KF1p4UCEF_O, http://www.playvid.com/watch/6Ht2nBXd67G,
http://www.playvid.com/watch/ETUx_LBRAqD, http://www.playvid.com/watch/xob4yoKp_l5, http://www.playvid.com/watch/UNnYfbtZtwx,
http://www.playvid.com/watch/rsWNcLF63aX, http://www.playvid.com/watch/f-VOWqmvSOW, http://www.playvid.com/watch/v-wZAFD99Wi,
http://www.playvid.com/watch/ripTdyxFH6h, http://www.playvid.com/watch/gMZ86hdab9x, http://www.playvid.com/watch/bezXUkKthve,
http://www.playvid.com/watch/55Y_i4BJV3o, http://www.playvid.com/watch/RqbKv8-_klI, http://www.playvid.com/watch/S8oeAvKGGKs,
http://www.playvid.com/watch/EVg1sqzmv6Y, http://www.playvid.com/watch/XUF8L-2P2Mp, http://www.playvid.com/watch/onor2gzBW9C,
http://www.playvid.com/watch/9g8RlCTpc8v, http://www.playvid.com/watch/ugPoi7z9-MZ, http://www.playvid.com/watch/owXj8Fd4Rgv,
http://www.playvid.com/watch/kdVQivB7Brg, http://www.playvid.com/watch/GvrVweasxaE, http://www.playvid.com/watch/Ik0BffDHxWD,
http://www.playvid.com/watch/WdVcpNhdG59, http://www.playvid.com/watch/JIWSy7EzWKd, http://www.playvid.com/watch/kyr9SwjcUni,
http://www.playvid.com/watch/3xgfRKL9lX6, http://www.playvid.com/watch/5OmtluQLlXm, http://www.playvid.com/watch/xD3SMqvsuaV,
http://www.playvid.com/watch/EmSboyzQDBf, http://www.playvid.com/watch/yWJKgn1oUfK, http://www.playvid.com/watch/MzpnkXA4Gv0,
http://www.playvid.com/watch/8hbtK824NDC
5.f. Date of third notice: 2015-06-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: napinapa
5.b. Uploader's email address: nappobalto@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/napinapa
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Y7prXadkH6a, http://www.playvid.com/watch/JjVxpwKt7Pq,
http://www.playvid.com/watch/b4Vf7NCIHaH, http://www.playvid.com/watch/fevWqXXfGfj, http://www.playvid.com/watch/-NIsHlwkEV6,
http://www.playvid.com/watch/f3GAATBWXAx, http://www.playvid.com/watch/5ZYWEXvH9SR, http://www.playvid.com/watch/sgBqdXHSzLn,
http://www.playvid.com/watch/NjAnoIi2Yt0, http://www.playvid.com/watch/jmVwyhPtAvB, http://www.playvid.com/watch/rcKRRh6u0HE,
http://www.playvid.com/watch/xltliJIc0fN, http://www.playvid.com/watch/-qWnRqY0eOL, http://www.playvid.com/watch/GM45GzAnea7,
http://www.playvid.com/watch/0XMBW5chySc, http://www.playvid.com/watch/C2SUSlOWykw, http://www.playvid.com/watch/aSdXGwLR9o4,
http://www.playvid.com/watch/GyGvEIZgpwe, http://www.playvid.com/watch/KfFdHjKTCDk, http://www.playvid.com/watch/vGuPejgTQmw,
http://www.playvid.com/watch/KiTsVFoPgch, http://www.playvid.com/watch/x5S5QBUwmR3, http://www.playvid.com/watch/7x9qM8acHM-,
http://www.playvid.com/watch/GaK0L0QxjX-, http://www.playvid.com/watch/r4PO8leExoC, http://www.playvid.com/watch/v57KMu4Yhnu,
http://www.playvid.com/watch/NDtR5kbzi2G, http://www.playvid.com/watch/anRFezgL8zn, http://www.playvid.com/watch/eIc4HfBDY-Z,
http://www.playvid.com/watch/hGcPjxXtyuZ, http://www.playvid.com/watch/tbg6jHi0Ks-, http://www.playvid.com/watch/RXZQf8B8qnT,
http://www.playvid.com/watch/cCTHa9lhqqS, http://www.playvid.com/watch/0Ngo2QpdRpJ, http://www.playvid.com/watch/hq43eRldOHD,
http://www.playvid.com/watch/Gqyy-vU0y54, http://www.playvid.com/watch/lzJ33YOg95f, http://www.playvid.com/watch/WWNKALVeM7h,
http://www.playvid.com/watch/40voH5cV0xC, http://www.playvid.com/watch/LN83JfMogra, http://www.playvid.com/watch/iCszuUyHElj,
http://www.playvid.com/watch/aQd2MwqN3TT, http://www.playvid.com/watch/YfvauXfM6z3, http://www.playvid.com/watch/rPzgcXeHB6m,
http://www.playvid.com/watch/5XBiGN9Mse9, http://www.playvid.com/watch/OrDLeXeq3fT, http://www.playvid.com/watch/qCfoFkY5iYg,
http://www.playvid.com/watch/utQoMWQlTSR, http://www.playvid.com/watch/-aeWuUZKpuR, http://www.playvid.com/watch/rUW4HNkZcJC,
http://www.playvid.com/watch/hUGNMSN8Wl5, http://www.playvid.com/watch/LW-s82sqmQj, http://www.playvid.com/watch/a2kZ2m07LtA,
http://www.playvid.com/watch/XOhVi4aBGEK, http://www.playvid.com/watch/hIMG43HfvAU, http://www.playvid.com/watch/aXoAdIzPhU6,
http://www.playvid.com/watch/LclPCmekbF6, http://www.playvid.com/watch/d738KjWSqY3, http://www.playvid.com/watch/TBnDafDVIkO,
http://www.playvid.com/watch/wZTth06p70P, http://www.playvid.com/watch/EOVHVBTwPCT, http://www.playvid.com/watch/8OK-VIktlnL,
http://www.playvid.com/watch/y8tHn00VSVQ, http://www.playvid.com/watch/CL6mdV6NZwj, http://www.playvid.com/watch/mueurSDmfJ-,
http://www.playvid.com/watch/7gsluqNvRz7, http://www.playvid.com/watch/oJgIiqAcfxx, http://www.playvid.com/watch/wdNRS8JYzKw,
http://www.playvid.com/watch/go37R82K09n, http://www.playvid.com/watch/SeoM5QgOUxN, http://www.playvid.com/watch/4u8m9fCt-BF,
http://www.playvid.com/watch/F6gUOnvMLYl, http://www.playvid.com/watch/OMprq0Bxw3t, http://www.playvid.com/watch/znPf0BnQxTo,
http://www.playvid.com/watch/FmETXO5bOC8, http://www.playvid.com/watch/onkPPCW5QCb, http://www.playvid.com/watch/tTv9GjlRjZp,
http://www.playvid.com/watch/GJ5q2DYPW53, http://www.playvid.com/watch/vE9QzBW8Zgg, http://www.playvid.com/watch/egrP-7P-3nC,
http://www.playvid.com/watch/y9cMtYEomUe, http://www.playvid.com/watch/Ju56yd3vYAa, http://www.playvid.com/watch/7qLqKzFEeB7,
http://www.playvid.com/watch/koBRJJoxNkX, http://www.playvid.com/watch/QodjqZTo-ID, http://www.playvid.com/watch/6U58S6w2bbP,
http://www.playvid.com/watch/FkJNSh73gSs, http://www.playvid.com/watch/U3thVDUqJVy, http://www.playvid.com/watch/PL7obrQJPMj,
http://www.playvid.com/watch/2tS3ExJXHsz, http://www.playvid.com/watch/EUT2yCxQqck, http://www.playvid.com/watch/ZbvPWoasbkI,
http://www.playvid.com/watch/kzqB6apmAhc, http://www.playvid.com/watch/YxN4pBrK06b, http://www.playvid.com/watch/c-R4MWQOCie,
http://www.playvid.com/watch/k5ovrHGO-wh, http://www.playvid.com/watch/arDgFCbqLck, http://www.playvid.com/watch/MKpGBUFxXNq,
http://www.playvid.com/watch/p4ps5ITYOF4, http://www.playvid.com/watch/f06fLA8nDQr, http://www.playvid.com/watch/rwhhBshMSID,
http://www.playvid.com/watch/QVBjUeugsTz, http://www.playvid.com/watch/W-yq8S5LWia, http://www.playvid.com/watch/GiTwr9WVUiT,
http://www.playvid.com/watch/zaTY2wInP9T, http://www.playvid.com/watch/4bD4FagwVr0, http://www.playvid.com/watch/WdW6QQSy30i,
http://www.playvid.com/watch/kxsjR9-04VL, http://www.playvid.com/watch/BexBu-wkLl7, http://www.playvid.com/watch/m64WnblvPLp,
http://www.playvid.com/watch/0CJcUHU6NcD, http://www.playvid.com/watch/FJXSM5ESkzT, http://www.playvid.com/watch/sPUbvXlXUeN,
http://www.playvid.com/watch/KDoK7xAiiuQ, http://www.playvid.com/watch/UdzDQOoa3eG, http://www.playvid.com/watch/UoDHbzX6OVy,
http://www.playvid.com/watch/uMyQYzP9HYq, http://www.playvid.com/watch/Ck7JL2OjDRa, http://www.playvid.com/watch/STCG0XK6FOm,
http://www.playvid.com/watch/sTkOkGK5tsf, http://www.playvid.com/watch/oEnPWeenu5v, http://www.playvid.com/watch/WAvwFYtqVKa,
http://www.playvid.com/watch/Z9cbyBZ-645, http://www.playvid.com/watch/8xp5abmFNCF, http://www.playvid.com/watch/LvupWfswN42,
http://www.playvid.com/watch/t2FE7ddkAT2, http://www.playvid.com/watch/FTvC7ENEyJH, http://www.playvid.com/watch/IRW8CKZCHl-,
http://www.playvid.com/watch/dH7Jhk8B9Ty, http://www.playvid.com/watch/SQBzB6wWnhS, http://www.playvid.com/watch/uU5oEAIbDN2,
http://www.playvid.com/watch/yqY75LxkmpK, http://www.playvid.com/watch/gyVSaVaUSLx, http://www.playvid.com/watch/9vUrfw8XjWd,
http://www.playvid.com/watch/nrSDWBuhBV5, http://www.playvid.com/watch/d9okmQDYmkV, http://www.playvid.com/watch/Llz70YQapg7,
http://www.playvid.com/watch/yhT8moQjRxM, http://www.playvid.com/watch/FqOPTsLXF9Q, http://www.playvid.com/watch/QIXLUUstf3a,
http://www.playvid.com/watch/BsrhfFnCY0u, http://www.playvid.com/watch/B0jP6EYlFnx, http://www.playvid.com/watch/B9NehNCLedZ,
http://www.playvid.com/watch/kRnpVWKerxQ, http://www.playvid.com/watch/cWHay-uC-ht, http://www.playvid.com/watch/ARC3PtbdWh3,
http://www.playvid.com/watch/a8wSRe8TF2c, http://www.playvid.com/watch/iJd85Nkio-i, http://www.playvid.com/watch/SIBqBnmpjPu,
http://www.playvid.com/watch/CH2fGVgjcwM, http://www.playvid.com/watch/PJi6DbHLlTz, http://www.playvid.com/watch/DOWmGGkd-DX,
http://www.playvid.com/watch/gxrC6riLnEa, http://www.playvid.com/watch/qDNypPJYRSk, http://www.playvid.com/watch/EP0aQ3PE8w2,
http://www.playvid.com/watch/kPVwSFzqE3V, http://www.playvid.com/watch/qZ-jW4AXLw7, http://www.playvid.com/watch/ARwX3EvomLV,
http://www.playvid.com/watch/2at8lB4nZSi, http://www.playvid.com/watch/Eg0-6CBhXgf, http://www.playvid.com/watch/zAWJN7ODKib,
http://www.playvid.com/watch/Ev2gDCyJ08c, http://www.playvid.com/watch/o9daT6xQkj3, http://www.playvid.com/watch/uPTFK7IprI9,
http://www.playvid.com/watch/zaaGVpv5sD8, http://www.playvid.com/watch/UhiA-UOHPHk, http://www.playvid.com/watch/m8Sat4uFtG5,
http://www.playvid.com/watch/sI-BuYxo0sW, http://www.playvid.com/watch/IvxBXSgdPt9, http://www.playvid.com/watch/j-x6JKySiQI,
http://www.playvid.com/watch/nLR7SmHs60c, http://www.playvid.com/watch/NEuBFo3UQIj, http://www.playvid.com/watch/NgIvx0EC4SS,
http://www.playvid.com/watch/TM2VEtXWCRq, http://www.playvid.com/watch/Qq6kN7UeUPN, http://www.playvid.com/watch/O5AI-z7dLpo,
http://www.playvid.com/watch/buejJn0COsa, http://www.playvid.com/watch/4RQxMBXA5w2, http://www.playvid.com/watch/IgioiMxVpNk,
http://www.playvid.com/watch/IyHPk3i3wat, http://www.playvid.com/watch/orgUaP9nxuO, http://www.playvid.com/watch/xgaoQtqvCoT,
http://www.playvid.com/watch/J7xgaB57-tv, http://www.playvid.com/watch/AJpP03vavN-, http://www.playvid.com/watch/MAxX9cYOn5i,
http://www.playvid.com/watch/7aaAb4m7Ibx, http://www.playvid.com/watch/zGO5F4r-zYB, http://www.playvid.com/watch/BNRcAZ3KD0p,

http://www.playvid.com/watch/RKhEkq8UoXp, http://www.playvid.com/watch/PIbBZxZAD6u, http://www.playvid.com/watch/fV8hSgPTgf8, http://www.playvid.com/watch/Iz5Vw7bzGU6, http://www.playvid.com/watch/7CtdL-LAZmU, http://www.playvid.com/watch/cAbZy6Jk3S7
5.f. Date of third notice: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nastyboy
5.b. Uploader's email address: mlaciofficial@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/nastyboy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/eFqwrxyki3v, http://www.playvid.com/watch/r9PJaui-kmB, http://www.playvid.com/watch/Uw96n4EvA0o, http://www.playvid.com/watch/44i39US6mIw, http://www.playvid.com/watch/aFYvtzMdKhu, http://www.playvid.com/watch/cB92PWzXIZn, http://www.playvid.com/watch/Ckwx5Yss-eE, http://www.playvid.com/watch/KnzhSf9TnlH, http://www.playvid.com/watch/4O0ihMhQmGs, http://www.playvid.com/watch/-3Od5W7td7z, http://www.playvid.com/watch/OOWP9hEgLZW, http://www.playvid.com/watch/ThNtUQrvaGT, http://www.playvid.com/watch/bRibeREPXIn, http://www.playvid.com/watch/0EmQmIFFGcw, http://www.playvid.com/watch/-XwJyxSb-OM, http://www.playvid.com/watch/tOa0Ghjbcu5, http://www.playvid.com/watch/2a9nAuCLLDV, http://www.playvid.com/watch/Z4vd4c7Yv2M, http://www.playvid.com/watch/xelQjtv6wC3, http://www.playvid.com/watch/qLUo076onaD, http://www.playvid.com/watch/uemDebbt4le, http://www.playvid.com/watch/k0D2QExrB6C, http://www.playvid.com/watch/ZcY7UzLKvmC, http://www.playvid.com/watch/ovjZnMka7F6, http://www.playvid.com/watch/4DuOQtsfNSo, http://www.playvid.com/watch/Ir6n8VUf4dq, http://www.playvid.com/watch/JC2BgAsA3DI, http://www.playvid.com/watch/L2p4wHhoJNY, http://www.playvid.com/watch/PPErGDNBoq9, http://www.playvid.com/watch/fpyziOC97PR, http://www.playvid.com/watch/2sbflMremjJ, http://www.playvid.com/watch/nxx3dH6LUJr, http://www.playvid.com/watch/ixVvU57jnbE, http://www.playvid.com/watch/Y266XhwxVAQ, http://www.playvid.com/watch/xqARspIynmA, http://www.playvid.com/watch/mXamH0pJZKc, http://www.playvid.com/watch/SzbAiD6P3dK, http://www.playvid.com/watch/h7ow-YwIlxj, http://www.playvid.com/watch/BcaaURtoQ0V, http://www.playvid.com/watch/suTJl82Tl8Q, http://www.playvid.com/watch/UPbYRSGFoWR, http://www.playvid.com/watch/Imx2q0lNpp2, http://www.playvid.com/watch/HCJa9RBNzCb, http://www.playvid.com/watch/RnsLnlUGNFD, http://www.playvid.com/watch/AKMvWJWl8lu, http://www.playvid.com/watch/-cbiGw3Hod0, http://www.playvid.com/watch/8sItZL8Uqm-, http://www.playvid.com/watch/dfTW8rgADm2, http://www.playvid.com/watch/G6fYLbLKjGK, http://www.playvid.com/watch/xdukDvbvVgx, http://www.playvid.com/watch/mgtW9KgOOrC, http://www.playvid.com/watch/Jdarv8R7Gsj, http://www.playvid.com/watch/lWj-UF2nHyQ, http://www.playvid.com/watch/dVloJCGmEQ9, http://www.playvid.com/watch/hTXUm30dD0p, http://www.playvid.com/watch/emVu8uioivz, http://www.playvid.com/watch/C5d4aCJVpDc, http://www.playvid.com/watch/m9hMjUfbBIO, http://www.playvid.com/watch/QRQD4-mJ9Sw, http://www.playvid.com/watch/Ey20XLXMK-5, http://www.playvid.com/watch/eheUL9RQkc9, http://www.playvid.com/watch/MPPJ7VQOiDl, http://www.playvid.com/watch/E4PVuoMUkoU, http://www.playvid.com/watch/BFBJvfUJeT-, http://www.playvid.com/watch/8iOIOZgX3yT, http://www.playvid.com/watch/VIc6PZhNgnQ, http://www.playvid.com/watch/0GEpnfi0OqS, http://www.playvid.com/watch/m5h9yAe8Ldb, http://www.playvid.com/watch/YizdMzEz5qX, http://www.playvid.com/watch/TXxtpr75BKg, http://www.playvid.com/watch/cZqwh75aPBy, http://www.playvid.com/watch/VVPhfEUYmrP, http://www.playvid.com/watch/m2rbmQoIbET, http://www.playvid.com/watch/uzb2lK47riG, http://www.playvid.com/watch/TsTlDC4f07N, http://www.playvid.com/watch/GWlYnkf6aPV, http://www.playvid.com/watch/lE8mg8PhDMB, http://www.playvid.com/watch/JaxMyUy5BPD, http://www.playvid.com/watch/xE4CtH6Pnab, http://www.playvid.com/watch/WKFfpnNVs1t, http://www.playvid.com/watch/tziKoTHcbDd, http://www.playvid.com/watch/0axB_Sxv6nz, http://www.playvid.com/watch/PPwPcMqJsrt, http://www.playvid.com/watch/60nsEQTe81u, http://www.playvid.com/watch/7ft-oIcmPvL, http://www.playvid.com/watch/JaSYLGDDs8S, http://www.playvid.com/watch/mC76N6PVK4g, http://www.playvid.com/watch/ixJYFJmHnpI, http://www.playvid.com/watch/QrF6SIaceG2, http://www.playvid.com/watch/yJmPz_a-G8V, http://www.playvid.com/watch/ZT8_T7tRfNn, http://www.playvid.com/watch/PmPkiPh2Ovs, http://www.playvid.com/watch/6OhFaHGdezA, http://www.playvid.com/watch/dxnCT63YoXn, http://www.playvid.com/watch/9pO-sN4Mmzj, http://www.playvid.com/watch/oL3i5Dl--ym, http://www.playvid.com/watch/b0j2ftfzve4, http://www.playvid.com/watch/9QbVgJ8Gt5s, http://www.playvid.com/watch/YLnMgkgyY8M, http://www.playvid.com/watch/awm4Gal1Hpg, http://www.playvid.com/watch/3XJXcoqDaAN, http://www.playvid.com/watch/ThQx2bq59ri, http://www.playvid.com/watch/5lOkDS-AdVQ, http://www.playvid.com/watch/6bAnNpo6QPd, http://www.playvid.com/watch/Cx9ZPQmp8Du, http://www.playvid.com/watch/n8axRCC070V, http://www.playvid.com/watch/y8AtL7GGCwQ, http://www.playvid.com/watch/4ls4YukMgZf
5.f. Date of third notice: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ndeluna
5.b. Uploader's email address: nivaldol@yahoo.com.br
5.d. Uploader's profile: http://www.playvid.com/member/ndeluna
5.e. List of videos posted by uploader: http://www.playvid.com/watch/e6Vo6G3-jGj, http://www.playvid.com/watch/nIm_Fbyrg5f, http://www.playvid.com/watch/X-mhPtmyHsL, http://www.playvid.com/watch/817JM6rnGba, http://www.playvid.com/watch/tQRm7zWl5Yn, http://www.playvid.com/watch/b1_mgM-gLoP, http://www.playvid.com/watch/AWHqvgR54RV, http://www.playvid.com/watch/ipkoLXJxflT, http://www.playvid.com/watch/uCMjMx78zYw, http://www.playvid.com/watch/rbaTweuGzEz, http://www.playvid.com/watch/e6vJegREzKP, http://www.playvid.com/watch/sSYfN_JYEzA, http://www.playvid.com/watch/Tejapzqw759, http://www.playvid.com/watch/urJoY6l0NcM, http://www.playvid.com/watch/QOSmpSahfRH, http://www.playvid.com/watch/0CcyOlzVAqP, http://www.playvid.com/watch/3FP9F7vkr1e
5.f. Date of third notice: 2015-07-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: NEAPOL
5.b. Uploader's email address: HAWKINSBAR@YAHOO.COM
5.d. Uploader's profile: http://www.playvid.com/member/NEAPOL
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7j2W2fb58O-, http://www.playvid.com/watch/uRbA0ApjGFy, http://www.playvid.com/watch/4KA90RPwhHw, http://www.playvid.com/watch/2Tw8fnflPbJ, http://www.playvid.com/watch/F7dfppp8bTs, http://www.playvid.com/watch/mCZLd7vZ-oB, http://www.playvid.com/watch/MozYnWTyIRm, http://www.playvid.com/watch/MavsYfVKRe7, http://www.playvid.com/watch/K9MkLeTUDkx, http://www.playvid.com/watch/6hm-GretpRT, http://www.playvid.com/watch/kVxqMABnLJK, http://www.playvid.com/watch/L-okeal7wMG, http://www.playvid.com/watch/xATlDoqqUOT, http://www.playvid.com/watch/Cezov5roqxI, http://www.playvid.com/watch/DbSfIPTbVFy, http://www.playvid.com/watch/tMwTZ3kGiOM, http://www.playvid.com/watch/uiCto3qFGXw, http://www.playvid.com/watch/kKnsPyfWTHG, http://www.playvid.com/watch/jGld-T4FsY7, http://www.playvid.com/watch/lfTA0u0qCK5, http://www.playvid.com/watch/IedstiDinXn, http://www.playvid.com/watch/9cgLVvkLLrz, http://www.playvid.com/watch/WFJmcdspQYk, http://www.playvid.com/watch/42ztPwFHlCN, http://www.playvid.com/watch/outeE7DBntn, http://www.playvid.com/watch/AAFLmwPAzBR, http://www.playvid.com/watch/XEWiz0rIb3G, http://www.playvid.com/watch/FJzCCVtyZJL, http://www.playvid.com/watch/7GVxeHONbxe, http://www.playvid.com/watch/Z8QoAKxVJoK, http://www.playvid.com/watch/ix4TKwUzfoM, http://www.playvid.com/watch/uv5QmTbzso9, http://www.playvid.com/watch/FBzkx-ElAlF, http://www.playvid.com/watch/BeCDPYVCFqN, http://www.playvid.com/watch/2FxdoTI3CO-, http://www.playvid.com/watch/izmlKY9tbiA, http://www.playvid.com/watch/5nyHCGlNQZX, http://www.playvid.com/watch/jZnP3l0WywR, http://www.playvid.com/watch/gVqBkPrcbLf, http://www.playvid.com/watch/wicpedWQlqJ, http://www.playvid.com/watch/ShxjylS6e2B, http://www.playvid.com/watch/6FET-WHIDMl, http://www.playvid.com/watch/iffpZZWACz0, http://www.playvid.com/watch/fQHngfIooA5, http://www.playvid.com/watch/Xw8uHI39xc4, http://www.playvid.com/watch/eC8in9SKgsP, http://www.playvid.com/watch/vVvoIQ9GqOZ, http://www.playvid.com/watch/CLZPL4pFbrE, http://www.playvid.com/watch/kZvmirxyCs-, http://www.playvid.com/watch/3fmfCVunra2, http://www.playvid.com/watch/phMsIaRemIH, http://www.playvid.com/watch/TLIj4Gwp2LA, http://www.playvid.com/watch/6m7bVI7VlfN, http://www.playvid.com/watch/vYvkogxQyh-, http://www.playvid.com/watch/UqlbD8ccmtV, http://www.playvid.com/watch/lq6SZQBD3Ju, http://www.playvid.com/watch/rG5CgrTzMkI, http://www.playvid.com/watch/U4zEiBolBlp, http://www.playvid.com/watch/Q58q3GOh-KP, http://www.playvid.com/watch/5vcT3TJCyMZ, http://www.playvid.com/watch/N6lQLYk3vMm, http://www.playvid.com/watch/kLqkK0wE2CT, http://www.playvid.com/watch/uUOciy74JRA, http://www.playvid.com/watch/-TNJ29-W2fR, http://www.playvid.com/watch/pfm6FGQc3oH, http://www.playvid.com/watch/bZp8snGqyLc, http://www.playvid.com/watch/nfCuCEbhV-K, http://www.playvid.com/watch/PxgVT92PvBP, http://www.playvid.com/watch/8MaI7hbb2-2, http://www.playvid.com/watch/WKruH2GmILa, http://www.playvid.com/watch/vcBrAhXfk8l, http://www.playvid.com/watch/AhFKZDzZkZJ, http://www.playvid.com/watch/faQyvveM3mg, http://www.playvid.com/watch/nF6JvM2UYOJ, http://www.playvid.com/watch/PBSj249Jxhq, http://www.playvid.com/watch/3sX5Oo9eTRp, http://www.playvid.com/watch/ukinl5WthHq, http://www.playvid.com/watch/hiiM2y7ISTV, http://www.playvid.com/watch/kM3pTQPawJM, http://www.playvid.com/watch/MJ2p5wNby9g, http://www.playvid.com/watch/RaNvOeM9UKI, http://www.playvid.com/watch/j3cc-EBOVJ4, http://www.playvid.com/watch/t4PSIhUnLgF, http://www.playvid.com/watch/plVs0ixmofn, http://www.playvid.com/watch/SAATpV365r5, http://www.playvid.com/watch/LpYJlPH5b6-, http://www.playvid.com/watch/gPwo0kvtumg, http://www.playvid.com/watch/obg2rMazrsL, http://www.playvid.com/watch/PDAnwHdDnD6, http://www.playvid.com/watch/sRbmWdLfGEP, http://www.playvid.com/watch/ArMsuxIrBG9, http://www.playvid.com/watch/PykncHFq7G-, http://www.playvid.com/watch/7KaJ3-LJCpV, http://www.playvid.com/watch/PaPqrxUnJFN, http://www.playvid.com/watch/mZGLAByn-JZ, http://www.playvid.com/watch/FOLkJRmQTVG, http://www.playvid.com/watch/Hw42mUyNdjQ, http://www.playvid.com/watch/2tBm0rSP4MU,

http://www.playvid.com/watch/OWw70aaMn8r, http://www.playvid.com/watch/9ZnIHdYXR7Q, http://www.playvid.com/watch/2vK3drpuFmw,
http://www.playvid.com/watch/HocCqlbkHMX, http://www.playvid.com/watch/Czz4HOZRv5k, http://www.playvid.com/watch/ynxbuRgAdRS,
http://www.playvid.com/watch/IW4mJcmt5M4, http://www.playvid.com/watch/FWxX7PziTTt, http://www.playvid.com/watch/ec76hyxPJq4,
http://www.playvid.com/watch/L7TUlKq2SuC, http://www.playvid.com/watch/8XBtcXh2EY6, http://www.playvid.com/watch/pI4bW8UwRAd,
http://www.playvid.com/watch/Zi0Sm9Lnfal, http://www.playvid.com/watch/2Qh6fKabF5L, http://www.playvid.com/watch/e9rZrtwXoEP,
http://www.playvid.com/watch/Nd5pXg6NFBz, http://www.playvid.com/watch/-wDc57Fth5d, http://www.playvid.com/watch/6zbq2vaIDht,
http://www.playvid.com/watch/toqi75iTc2s, http://www.playvid.com/watch/UOZCR5-fRpI, http://www.playvid.com/watch/zVWtj5MTzqO,
http://www.playvid.com/watch/62khLL-LiSl, http://www.playvid.com/watch/vUWJeFiKixy, http://www.playvid.com/watch/ZZfl9YRMAEP,
http://www.playvid.com/watch/P0xO5G5Uq6D, http://www.playvid.com/watch/G8pHMC2Es9h, http://www.playvid.com/watch/chBNywZIUBc,
http://www.playvid.com/watch/G-HYT4HCPdc, http://www.playvid.com/watch/GIIQ8cpLdXq, http://www.playvid.com/watch/M46x3YXUB8U,
http://www.playvid.com/watch/8qrXu7TuolW, http://www.playvid.com/watch/X5q-VBQ6ssg, http://www.playvid.com/watch/ZOE68HMI5RE,
http://www.playvid.com/watch/oJoYI4Xne6b, http://www.playvid.com/watch/9G-UABZGqmI, http://www.playvid.com/watch/3UFsV450Xin,
http://www.playvid.com/watch/7AIHYdwEws-, http://www.playvid.com/watch/EPo5EZAHjII, http://www.playvid.com/watch/t7ticeBu8Or,
http://www.playvid.com/watch/7LUX5ybfO-T, http://www.playvid.com/watch/8ausJRBxc8p, http://www.playvid.com/watch/-mVbxGMKpKy,
http://www.playvid.com/watch/k2TKsGOpdSx, http://www.playvid.com/watch/lXn4VLfX8wt, http://www.playvid.com/watch/WlGSBBLWL0f,
http://www.playvid.com/watch/KI7Z8ekGbDs, http://www.playvid.com/watch/eEHIaIgpJgz, http://www.playvid.com/watch/N7p3fYYEHAR,
http://www.playvid.com/watch/Oce0Ch7xzKs, http://www.playvid.com/watch/Ud8TbciNPTv, http://www.playvid.com/watch/pGjyFDwQpNG,
http://www.playvid.com/watch/bMK6gXmBakf, http://www.playvid.com/watch/GxmGLt-FVP4, http://www.playvid.com/watch/CqmWiVhOQ-0,
http://www.playvid.com/watch/CH2LJU5MEgW, http://www.playvid.com/watch/sTJqiyoCYWB, http://www.playvid.com/watch/wT9CojcnlRB,
http://www.playvid.com/watch/6F-8hFZ29U9, http://www.playvid.com/watch/IsWhjZ2LmeL, http://www.playvid.com/watch/YuAZh6NpVyc,
http://www.playvid.com/watch/E9AzZ6Dhcbo, http://www.playvid.com/watch/XENvi0mxpjE, http://www.playvid.com/watch/uiSbdjDBGvm,
http://www.playvid.com/watch/mjHvJO040rm, http://www.playvid.com/watch/um0b4NUfue7, http://www.playvid.com/watch/64cwAyJw0Xm,
http://www.playvid.com/watch/UTcIWd0kz7m, http://www.playvid.com/watch/FidSNFP-Ynr, http://www.playvid.com/watch/SiP0NSZ75PO,
http://www.playvid.com/watch/sSQYW3hrawT, http://www.playvid.com/watch/5wijuHUIvHj, http://www.playvid.com/watch/-p9iQ4OcbRW,
http://www.playvid.com/watch/etm7oTiHzxP, http://www.playvid.com/watch/Lh3YCrzWq8R, http://www.playvid.com/watch/LPbvypMe99S,
http://www.playvid.com/watch/8fPz3L0ocV3, http://www.playvid.com/watch/yMqnBAy5Gwl, http://www.playvid.com/watch/VBL5yOALUEa,
http://www.playvid.com/watch/aWZcW4YEW0Y, http://www.playvid.com/watch/-wk8gI-9lDb, http://www.playvid.com/watch/7-oHZUz2OnJ,
http://www.playvid.com/watch/wx7Hk0QW-Zi, http://www.playvid.com/watch/x6Ep3WLetaY, http://www.playvid.com/watch/bpPNc3uqALi,
http://www.playvid.com/watch/LNUKB5B4dBp, http://www.playvid.com/watch/fyDrOg9PgAV, http://www.playvid.com/watch/VWwNKqZNu0H,
http://www.playvid.com/watch/X3sMKkwmBCx, http://www.playvid.com/watch/WMekZdFjFPD, http://www.playvid.com/watch/TCtdkjVuFSI,
http://www.playvid.com/watch/kWoYdXPY2YH, http://www.playvid.com/watch/XdqUXKO0z5T, http://www.playvid.com/watch/QHLuP0n9XGL,
http://www.playvid.com/watch/05eMCzF8l-X, http://www.playvid.com/watch/IAV2V2okF80, http://www.playvid.com/watch/JQ7CPoRsF-G,
http://www.playvid.com/watch/UCNcJrfxjEp, http://www.playvid.com/watch/NMe2xyw6bWv, http://www.playvid.com/watch/gTLcJQtPi4R,
http://www.playvid.com/watch/JaJkP9p3QX3, http://www.playvid.com/watch/fOobUeULolE, http://www.playvid.com/watch/DoepxBTXEj2,
http://www.playvid.com/watch/Elz94wTF8hu, http://www.playvid.com/watch/HE4CIfarlTL, http://www.playvid.com/watch/8SV5ugzHLqZ,
http://www.playvid.com/watch/keD877C6pVG, http://www.playvid.com/watch/P0dQgpcpTuS, http://www.playvid.com/watch/BifcoyM6ZWB,
http://www.playvid.com/watch/vWtOgFtU5jO, http://www.playvid.com/watch/3C8YcaeqKee, http://www.playvid.com/watch/0T3jbqCoWxl,
http://www.playvid.com/watch/3zJpINlf4oD, http://www.playvid.com/watch/hc0AWEWESiM, http://www.playvid.com/watch/MzAn4qPBHz0,
http://www.playvid.com/watch/rTKzbQKX5z2, http://www.playvid.com/watch/lKeDnPOJ2fb, http://www.playvid.com/watch/tLW2gMXNcWd,
http://www.playvid.com/watch/A3SWMvTC2qP, http://www.playvid.com/watch/geR5aLwTur6, http://www.playvid.com/watch/3EhnUu4pYgT,
http://www.playvid.com/watch/EiSmJRKNTjO, http://www.playvid.com/watch/hJQSb7je7ml, http://www.playvid.com/watch/ruoFyWCO-Ez,
http://www.playvid.com/watch/cOP2J5kkCHK, http://www.playvid.com/watch/kpo3Zh-KnhL, http://www.playvid.com/watch/wg7T69BwD6d,
http://www.playvid.com/watch/3UPB0oHL0eR, http://www.playvid.com/watch/cOyF8ggieiD, http://www.playvid.com/watch/PPfOt5h9wP7,
http://www.playvid.com/watch/w9s9DICEyKZ, http://www.playvid.com/watch/9FeBT5zSzM8, http://www.playvid.com/watch/OCDKp9pFiPe,
http://www.playvid.com/watch/nU8R78gkiWn, http://www.playvid.com/watch/-o2NdBRSoaT, http://www.playvid.com/watch/Ff2IizbJgao,
http://www.playvid.com/watch/Zr589snOZI0, http://www.playvid.com/watch/dJjS6DtSuAu, http://www.playvid.com/watch/7czAtI5PqVY,
http://www.playvid.com/watch/zyTaUv5nn6m, http://www.playvid.com/watch/iGAJjHAi0uY, http://www.playvid.com/watch/vcSp0qRVwJg,
http://www.playvid.com/watch/JoBK-yoTzwm, http://www.playvid.com/watch/QmO-l9vAWtE, http://www.playvid.com/watch/zDAOC6vcobe,
http://www.playvid.com/watch/0iH9vhYMm6E, http://www.playvid.com/watch/FrAGfNueA8L, http://www.playvid.com/watch/ul4LlY3WzsE,
http://www.playvid.com/watch/QPOKMPZIRha, http://www.playvid.com/watch/mf6er8j3SAW, http://www.playvid.com/watch/ElUB35-JFiZ,
http://www.playvid.com/watch/RRrHDbKo88C, http://www.playvid.com/watch/wKZQaBzHaDZ, http://www.playvid.com/watch/R80q-LejStj,
http://www.playvid.com/watch/RSXxcMmvYGc, http://www.playvid.com/watch/BLq80f5v3XY, http://www.playvid.com/watch/WrLrKRSDWpD,
http://www.playvid.com/watch/rUXr3VItK-8, http://www.playvid.com/watch/mHWULy4GEx2, http://www.playvid.com/watch/xiXei4ZJVM-,
http://www.playvid.com/watch/SExF70TP9D2, http://www.playvid.com/watch/TbU4VcjMGEh, http://www.playvid.com/watch/SYBRxw9ansC,
http://www.playvid.com/watch/ORzYezbUSGX, http://www.playvid.com/watch/waJIdQxRQrq, http://www.playvid.com/watch/sCdWDzBATNM,
http://www.playvid.com/watch/4Z2gaBX0PiQ, http://www.playvid.com/watch/c7TRqAPgQPS, http://www.playvid.com/watch/Zuc3PRZzX2l,
http://www.playvid.com/watch/USnHVGvrovN, http://www.playvid.com/watch/-cQVSIyqc3l, http://www.playvid.com/watch/-E40h4ZuhKp,
http://www.playvid.com/watch/X4u7BHudJeL, http://www.playvid.com/watch/E7HANkr9hHi, http://www.playvid.com/watch/fujkdxC9zag,
http://www.playvid.com/watch/3HfsoUVsibS, http://www.playvid.com/watch/HK68IXLFq8a, http://www.playvid.com/watch/KI0ETJrJfw2,
http://www.playvid.com/watch/Lk7Xi3tqAMF, http://www.playvid.com/watch/jaVoNAiPKhw, http://www.playvid.com/watch/xQfjxpK2cwD,
http://www.playvid.com/watch/UiwurGOUzQ0, http://www.playvid.com/watch/vOUFTwY3FvQ, http://www.playvid.com/watch/KaDvIH8PQ63,
http://www.playvid.com/watch/OBafCqxIDFJ, http://www.playvid.com/watch/liXEYXYjLXR, http://www.playvid.com/watch/QnztF3IHV-O,
http://www.playvid.com/watch/xQ9UkzqZgt0, http://www.playvid.com/watch/m24dIBlh-SO, http://www.playvid.com/watch/I4YOIvY80-B,
http://www.playvid.com/watch/H7roJkpveON, http://www.playvid.com/watch/BgPxHpougik, http://www.playvid.com/watch/4B7nF9xTNpO,
http://www.playvid.com/watch/LNxWLfa3c4m, http://www.playvid.com/watch/pOMIGmuXjmB, http://www.playvid.com/watch/RxNNUtc3R5V,
http://www.playvid.com/watch/N2LWDPcCM2q, http://www.playvid.com/watch/nn7v2F8NGBa, http://www.playvid.com/watch/KElaOmEwXGI,
http://www.playvid.com/watch/Hrj0NGkk9r4, http://www.playvid.com/watch/lYp-TiOsZIK, http://www.playvid.com/watch/BVBdoi6jF3L,
http://www.playvid.com/watch/x7s4E57GIv8, http://www.playvid.com/watch/XhmoJBBYI42, http://www.playvid.com/watch/AXs97NG69K8,
http://www.playvid.com/watch/S4JkKtFRxy5, http://www.playvid.com/watch/cbuuTJyMVs7, http://www.playvid.com/watch/hjHTEK63Kqo,
http://www.playvid.com/watch/wn9SrGFhxOa, http://www.playvid.com/watch/TPJTNFljQOl, http://www.playvid.com/watch/tf9qSz796TE,
http://www.playvid.com/watch/2LB7CQnP-9J, http://www.playvid.com/watch/ZDeI2I5BVHX, http://www.playvid.com/watch/eFzAWeDogg5,
http://www.playvid.com/watch/xqtEnuZDbrN, http://www.playvid.com/watch/yxGrtX75Esa, http://www.playvid.com/watch/vpHWXJDUNVL,
http://www.playvid.com/watch/yqN4KptAlZB, http://www.playvid.com/watch/qTroEFzrelB, http://www.playvid.com/watch/weER8x0Y2c5,
http://www.playvid.com/watch/YfQlLluWPuk, http://www.playvid.com/watch/UVWN7qWRINs, http://www.playvid.com/watch/IWmJtHn8028,
http://www.playvid.com/watch/xyYaXhBpwe4, http://www.playvid.com/watch/wSUFhLpyqoh, http://www.playvid.com/watch/xQuuqxIbG0o,
http://www.playvid.com/watch/GeQhBUcLMfj, http://www.playvid.com/watch/EgVnJsEcEt9, http://www.playvid.com/watch/vtZHEgq7COh,
http://www.playvid.com/watch/-Y5uXoJzQ5-, http://www.playvid.com/watch/8lcoDmIsDLO, http://www.playvid.com/watch/ZAlfdGX0Pm8,
http://www.playvid.com/watch/MPqgfhPIBof, http://www.playvid.com/watch/6FUQqViJ94y, http://www.playvid.com/watch/mDkNfFDpkVv,
http://www.playvid.com/watch/D3gzTPZXjKg, http://www.playvid.com/watch/ZDOnFRXDKvD, http://www.playvid.com/watch/-V7OLrlB0KX,
http://www.playvid.com/watch/9fxy5Iu2quJ, http://www.playvid.com/watch/vZMDmn6VGce, http://www.playvid.com/watch/vZS-6DUG8d-,
http://www.playvid.com/watch/0ycFYJZdeUi, http://www.playvid.com/watch/KSOo9m-rm2c, http://www.playvid.com/watch/Z-HxB2sAUh0,
http://www.playvid.com/watch/fVLURFOBszT, http://www.playvid.com/watch/wBrKmL8rwZo, http://www.playvid.com/watch/-ACScAdpjE4,
http://www.playvid.com/watch/o4BjqLaYd2-, http://www.playvid.com/watch/BhHVYtSeSMA, http://www.playvid.com/watch/k5t0TwRtNq3,
http://www.playvid.com/watch/uAWGK9Xmgbw, http://www.playvid.com/watch/Cw2EVCTh3Vo, http://www.playvid.com/watch/GtGM6xuZBEE,
http://www.playvid.com/watch/VP94fUtDwH2, http://www.playvid.com/watch/iqCpbVfQ99b, http://www.playvid.com/watch/0w2Jti6rOwz,
http://www.playvid.com/watch/jhUlYSYweFo, http://www.playvid.com/watch/j0nOWIJ5pmz, http://www.playvid.com/watch/caL45sEOsOk,
http://www.playvid.com/watch/jcBbigVEiQS, http://www.playvid.com/watch/m2GAv5BpFl2, http://www.playvid.com/watch/VjVYx92VRgr,
http://www.playvid.com/watch/y85Mmidr3vN, http://www.playvid.com/watch/pPcXdy3FrNd, http://www.playvid.com/watch/ANRjQnbtSFI,
http://www.playvid.com/watch/AA2WaUS07OI, http://www.playvid.com/watch/LI0DVkp5jjb, http://www.playvid.com/watch/N8pLNLbBh7m,
http://www.playvid.com/watch/rtKzBFqbN0Q, http://www.playvid.com/watch/jImP5YHXoQZ, http://www.playvid.com/watch/DwBx-ACigrZ,
http://www.playvid.com/watch/DnX3vuqFUhe, http://www.playvid.com/watch/F68YJ-Hremi, http://www.playvid.com/watch/IMXPdxgcTa8,
http://www.playvid.com/watch/YZyDYt5QCgu, http://www.playvid.com/watch/DhDuIvAi09G, http://www.playvid.com/watch/Ira4uO8Zm6C,
http://www.playvid.com/watch/kL0wiiya75Q, http://www.playvid.com/watch/CYpT98fZ3EB, http://www.playvid.com/watch/4JCQ8H-YKk5,
http://www.playvid.com/watch/5XWzcw-qOd5, http://www.playvid.com/watch/vZV8XikvUCg, http://www.playvid.com/watch/87S4TbJ6Kj-,
http://www.playvid.com/watch/HOLKLVzI8Ru, http://www.playvid.com/watch/tp-INN2Yd2u, http://www.playvid.com/watch/hHsjlgNOPwl,
http://www.playvid.com/watch/YKJTcBkhWuX, http://www.playvid.com/watch/o7WJ28N02US, http://www.playvid.com/watch/lYqVtnP5xJA,

http://www.playvid.com/watch/cSN4-mqMmae, http://www.playvid.com/watch/JNesxo0xQjH, http://www.playvid.com/watch/E42tsdyXniq, http://www.playvid.com/watch/L3XUPAHBnqh, http://www.playvid.com/watch/0v7FFMi4g-A, http://www.playvid.com/watch/OiljACT5K5a, http://www.playvid.com/watch/a7Kz5ycNWVs, http://www.playvid.com/watch/eItdQ3ZOtmr, http://www.playvid.com/watch/NmBYNow3m4G, http://www.playvid.com/watch/3ObnwHqA65w, http://www.playvid.com/watch/7pfOkTkAFEW, http://www.playvid.com/watch/LyA5dozSCfq, http://www.playvid.com/watch/Tf4NkrG3m-P, http://www.playvid.com/watch/56un43xQLr3, http://www.playvid.com/watch/VL85nVhoMjl, http://www.playvid.com/watch/Gr9XRy3m5ob, http://www.playvid.com/watch/NzXz6nzXENP, http://www.playvid.com/watch/msILnwYS-ZX, http://www.playvid.com/watch/t82tQ9DoFEJ, http://www.playvid.com/watch/uNPr6Ih6Vkc, http://www.playvid.com/watch/JkMxcdDkp4P, http://www.playvid.com/watch/qredOqyhAan, http://www.playvid.com/watch/lwDcjfz8ESh, http://www.playvid.com/watch/Dw24m5Cdtfz, http://www.playvid.com/watch/itqB0nqt6tB, http://www.playvid.com/watch/WgsS3YIcyxu, http://www.playvid.com/watch/wwhv5KJqtfO, http://www.playvid.com/watch/xtCPdj43Suv, http://www.playvid.com/watch/HxPjIukwkGA, http://www.playvid.com/watch/fqki8nGja6P, http://www.playvid.com/watch/H79Q0Bdo3tQ, http://www.playvid.com/watch/HCy-ssaPiU9, http://www.playvid.com/watch/WYhsUFAs35V, http://www.playvid.com/watch/9NOqqc4f7vt, http://www.playvid.com/watch/VmiQRSAZYWn, http://www.playvid.com/watch/ZMe9Cdv2ptn, http://www.playvid.com/watch/G4qrPLvnz9O, http://www.playvid.com/watch/IFSfxl33FBu, http://www.playvid.com/watch/CBDy-iWROjF, http://www.playvid.com/watch/KYD3vkVtlzm, http://www.playvid.com/watch/oB4vuZdZEtQ, http://www.playvid.com/watch/IW7GVVrDDUk, http://www.playvid.com/watch/aAYFycqEpWa, http://www.playvid.com/watch/AdmFkPaaYO0, http://www.playvid.com/watch/G6Lmdhr2zuf, http://www.playvid.com/watch/tNlV40runpt, http://www.playvid.com/watch/AzN-hnNaWsu, http://www.playvid.com/watch/neFcbZgSloq, http://www.playvid.com/watch/yWhJiLFcTap, http://www.playvid.com/watch/k04P8eqYecf, http://www.playvid.com/watch/llr6uC2H4WF, http://www.playvid.com/watch/oQXK3MwrvEL, http://www.playvid.com/watch/MM72cfJDw3L, http://www.playvid.com/watch/Gs5ezu7C9Ob, http://www.playvid.com/watch/NwaPR7E0Ini, http://www.playvid.com/watch/o8JPqDht3uY, http://www.playvid.com/watch/ss06IRS6wHY, http://www.playvid.com/watch/loTxufO3oA6, http://www.playvid.com/watch/rth0qtSg4aP, http://www.playvid.com/watch/VBCWC7LW8h2, http://www.playvid.com/watch/bqfTCEW4hja, http://www.playvid.com/watch/dyz57NdoMS7, http://www.playvid.com/watch/-Z0o8iM3PZd, http://www.playvid.com/watch/wIBfr9JxYCe, http://www.playvid.com/watch/MIVBVwqsL9K, http://www.playvid.com/watch/KPygx3WRBb9, http://www.playvid.com/watch/nreYEN-looh, http://www.playvid.com/watch/QtXPHjSO7hy, http://www.playvid.com/watch/e08Q7JU0ABM, http://www.playvid.com/watch/69hCQq-Oe2O, http://www.playvid.com/watch/fXkY0Z6RQ6F, http://www.playvid.com/watch/vw7Dewi-x-E, http://www.playvid.com/watch/0HGb8OtHRLF, http://www.playvid.com/watch/j9PUBuJqsjM, http://www.playvid.com/watch/pSPFGEBVRRr, http://www.playvid.com/watch/jKbs6-tRFDm, http://www.playvid.com/watch/o6WlZKbw7GY, http://www.playvid.com/watch/8jfp-wEq9aH, http://www.playvid.com/watch/VHmxLdAkWsP, http://www.playvid.com/watch/mwrxDpJ7okz, http://www.playvid.com/watch/QEDbu-jk3VN, http://www.playvid.com/watch/YnT364-ZOgY, http://www.playvid.com/watch/t7yAY3dgDa7, http://www.playvid.com/watch/uzjgzJolBft, http://www.playvid.com/watch/NF0DfelJon-, http://www.playvid.com/watch/XMm8B5qKfno, http://www.playvid.com/watch/60N6A8gAVPB, http://www.playvid.com/watch/w9RXrFPZMRX, http://www.playvid.com/watch/khXzEMm5k7v, http://www.playvid.com/watch/Te-K-KbioqD, http://www.playvid.com/watch/2ZqsWvO9dJu, http://www.playvid.com/watch/9VmL6JZTXwb, http://www.playvid.com/watch/aUY7zUmftVo, http://www.playvid.com/watch/EPndYq8nvbu, http://www.playvid.com/watch/oT5D7qkb4Ud, http://www.playvid.com/watch/YJi3-RmkfIX, http://www.playvid.com/watch/XubFlxzIH4h, http://www.playvid.com/watch/H7taJvbqSpn, http://www.playvid.com/watch/NTWkOZSZ8wo, http://www.playvid.com/watch/fZyRB2gCqUc, http://www.playvid.com/watch/28jpLGzmnce, http://www.playvid.com/watch/qv60S8XXpDi, http://www.playvid.com/watch/Vdlm38xuZmJ, http://www.playvid.com/watch/64K7vkEL0eC, http://www.playvid.com/watch/qSdrDrrVoZb, http://www.playvid.com/watch/GLO9Z08oCVO, http://www.playvid.com/watch/swtKhrr3zZ7, http://www.playvid.com/watch/oiYtxZdtcpc, http://www.playvid.com/watch/WtY2p2frn-u, http://www.playvid.com/watch/PxLmelnjcKp, http://www.playvid.com/watch/rTDtxy4NvP4, http://www.playvid.com/watch/AYqETOUdUX4, http://www.playvid.com/watch/QinLjuSKCuf, http://www.playvid.com/watch/wFjIutok-jW, http://www.playvid.com/watch/764IcilB2T8, http://www.playvid.com/watch/IeTksXZbKQL, http://www.playvid.com/watch/aX4t8d9Iuh-
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: neddy79
5.b. Uploader's email address: neddyflanders79@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/neddy79
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rMevfxCR2pH, http://www.playvid.com/watch/6pms5kEMugK, http://www.playvid.com/watch/d4MnSENVq6E, http://www.playvid.com/watch/Y2ruPPSZ6x5, http://www.playvid.com/watch/r0ZUkRT7hFy, http://www.playvid.com/watch/2mHl3xZFpoy, http://www.playvid.com/watch/rOGhkNMXIdX, http://www.playvid.com/watch/7DF5myUUXX8, http://www.playvid.com/watch/AB7jpO9dLb0, http://www.playvid.com/watch/YiCD0o7Pn0-, http://www.playvid.com/watch/LsBFXfb4B-f, http://www.playvid.com/watch/uBfGtAOVEJe, http://www.playvid.com/watch/IqsyKWTvBma, http://www.playvid.com/watch/pjStMvWaaa6, http://www.playvid.com/watch/OxIiylA9MFz, http://www.playvid.com/watch/3QqE8RV15tH
5.f. Date of third notice: 2013-10-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: NekelenBigDick
5.b. Uploader's email address: nekelent@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/NekelenBigDick
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7YrHCiOzPI-, http://www.playvid.com/watch/aqTbTMAManA, http://www.playvid.com/watch/44OLY4-Mm3y, http://www.playvid.com/watch/2UNSYOXK-7G, http://www.playvid.com/watch/lT8cwqTu32l, http://www.playvid.com/watch/MiElChT3mTu, http://www.playvid.com/watch/UteyNcT02AR, http://www.playvid.com/watch/SEKZyPg9J3e, http://www.playvid.com/watch/-prkpJPMA6D, http://www.playvid.com/watch/q4mjhlzji-D, http://www.playvid.com/watch/-yT2yuvonZZ, http://www.playvid.com/watch/PWLWIXBN6v-, http://www.playvid.com/watch/CDi9doK3J6W, http://www.playvid.com/watch/ZkB4dDvIfiO, http://www.playvid.com/watch/BBB5G50x00S, http://www.playvid.com/watch/xmSL8QTibyk, http://www.playvid.com/watch/S599PqPR73U, http://www.playvid.com/watch/FcM0VPjqapV, http://www.playvid.com/watch/zLTvmEq8UZq, http://www.playvid.com/watch/6LzLVc5PQkp, http://www.playvid.com/watch/2gXVhdNVmj6, http://www.playvid.com/watch/YZIktTwYRmu, http://www.playvid.com/watch/LTSgdGaGXh6, http://www.playvid.com/watch/hQswAWxzHis, http://www.playvid.com/watch/8rsy7N2A4NF, http://www.playvid.com/watch/aQk7ScgEUXp, http://www.playvid.com/watch/ehgWn0cLfIm, http://www.playvid.com/watch/BGtb0H-yyyt, http://www.playvid.com/watch/HSeUOhcFDrN, http://www.playvid.com/watch/aiXHiSRaRv2, http://www.playvid.com/watch/r9U0pkbgGVg, http://www.playvid.com/watch/C3EDsBRbpfC, http://www.playvid.com/watch/YEafnrKYPDg
5.f. Date of third notice: 2013-10-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: newyork
5.b. Uploader's email address: frerertut@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/newyork
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Wy7jVS9Hs5r, http://www.playvid.com/watch/ztkwNHPuzbC, http://www.playvid.com/watch/9YsQbJ7iSdN, http://www.playvid.com/watch/lTgGzxx38TM, http://www.playvid.com/watch/oMCaVQgCjmf, http://www.playvid.com/watch/iETi4R-3qm4, http://www.playvid.com/watch/8J-JXo0xRRs, http://www.playvid.com/watch/aeUfq7353u5, http://www.playvid.com/watch/KaBaT6uOpE-, http://www.playvid.com/watch/s9wAtWxJq2A, http://www.playvid.com/watch/JssroHKek0R, http://www.playvid.com/watch/TGlouPkAcf2, http://www.playvid.com/watch/vleWiZiVA3q, http://www.playvid.com/watch/KaKacZnFf6u, http://www.playvid.com/watch/PRR890qT7tp, http://www.playvid.com/watch/GD2Qn-EBASc, http://www.playvid.com/watch/ZkYizucCZ68, http://www.playvid.com/watch/BEosKzo5lPn, http://www.playvid.com/watch/YlHHmczO7bw, http://www.playvid.com/watch/QGeZYx5945M, http://www.playvid.com/watch/wYgaI9lUpNC, http://www.playvid.com/watch/0i2Yoqo33Zq, http://www.playvid.com/watch/FlhD4CTn7AG, http://www.playvid.com/watch/zrqpoMPuIz0, http://www.playvid.com/watch/AH5qxCbaUn9, http://www.playvid.com/watch/Lw0Q-FsZ-TI, http://www.playvid.com/watch/sUmwuAcnlq6, http://www.playvid.com/watch/TfzaPKP7Oz0, http://www.playvid.com/watch/kDvIwE6H2hE, http://www.playvid.com/watch/T2FORiM3CcQ, http://www.playvid.com/watch/pYuyunmHdwV, http://www.playvid.com/watch/QB2LLCcNJh9, http://www.playvid.com/watch/AomNENycPmF, http://www.playvid.com/watch/EtUorTlMUmK, http://www.playvid.com/watch/z84UkGdj0HH, http://www.playvid.com/watch/tMjOGvKCkMP, http://www.playvid.com/watch/NIcA6iYj8E0, http://www.playvid.com/watch/QyQNP83mAYg, http://www.playvid.com/watch/jABZCMMCYat, http://www.playvid.com/watch/wOkaWQmWzWd, http://www.playvid.com/watch/EALTKP2bvH6, http://www.playvid.com/watch/HmJKP-OBAiW, http://www.playvid.com/watch/Vw5OysG6MA3, http://www.playvid.com/watch/HdttLbH8SKR, http://www.playvid.com/watch/HE0ooWupUf-, http://www.playvid.com/watch/mF2PYpvJulY, http://www.playvid.com/watch/MML4uyQe9q8, http://www.playvid.com/watch/9P0UbEEfZHN, http://www.playvid.com/watch/GEzweUKYNuS, http://www.playvid.com/watch/9N6lUfEtiqn, http://www.playvid.com/watch/k7HyTdEzvZz, http://www.playvid.com/watch/4tN25UWWQl3, http://www.playvid.com/watch/oKzJpCl7ijP, http://www.playvid.com/watch/M4AbZs6-KHk, http://www.playvid.com/watch/ETrM-D0Ltra, http://www.playvid.com/watch/Z4a0SciEut-, http://www.playvid.com/watch/7Nq3Amo4jXR, http://www.playvid.com/watch/ypl0g4Z28oH, http://www.playvid.com/watch/4sHSCgoedH7, http://www.playvid.com/watch/SqPO5MwIP6l, http://www.playvid.com/watch/5VGSeAidpqb, http://www.playvid.com/watch/uUbO5sPblmg,

http://www.playvid.com/watch/Lxz6R5A3pVa, http://www.playvid.com/watch/TvJ2lrMLUAZ, http://www.playvid.com/watch/wgBrsvRj444,
http://www.playvid.com/watch/jPjCIPFIuzo, http://www.playvid.com/watch/fYqgQ6KT7WM, http://www.playvid.com/watch/Jxj4ZGVkJ23,
http://www.playvid.com/watch/0ZoeQgEkQPE, http://www.playvid.com/watch/qqFR9hETBFc, http://www.playvid.com/watch/XicU2fHkuhg,
http://www.playvid.com/watch/ILtabMuzAcK, http://www.playvid.com/watch/9l5XB6H8s3r, http://www.playvid.com/watch/5pAleFstqRM,
http://www.playvid.com/watch/cqrT2ymLYpT, http://www.playvid.com/watch/En4SuwWAZB2, http://www.playvid.com/watch/rF8BGYH9KEL,
http://www.playvid.com/watch/h7gh5Kpp8gU, http://www.playvid.com/watch/Nm5YXWnxYp5, http://www.playvid.com/watch/NkoiAoTnNjD,
http://www.playvid.com/watch/MxNuoWDZV8P, http://www.playvid.com/watch/9EOAmSAtVbt, http://www.playvid.com/watch/5D30swrSWuc,
http://www.playvid.com/watch/2pUIpXIPHWK, http://www.playvid.com/watch/8fsvMTLnQZT, http://www.playvid.com/watch/WgqqqMPWBU7,
http://www.playvid.com/watch/4YY5qlu8H5d, http://www.playvid.com/watch/MdDjf7Z76vE, http://www.playvid.com/watch/vC4G3sihy5F,
http://www.playvid.com/watch/9MInQNraK-2, http://www.playvid.com/watch/WD7hDQDbwM8, http://www.playvid.com/watch/LDrKqdpCrWB,
http://www.playvid.com/watch/nw93BwlZw5A, http://www.playvid.com/watch/n5AE3f-mYVt, http://www.playvid.com/watch/UquxxiQt59z
5.f. Date of third notice: 2013-11-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nicolaSex
5.b. Uploader's email address: aliamilti@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/nicolaSex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/z3EQQB-_vCK, http://www.playvid.com/watch/AIIrVMw4lEl,
http://www.playvid.com/watch/6NJ6h2U9Cya, http://www.playvid.com/watch/reXY1tH7IXT, http://www.playvid.com/watch/WU8k7CstfLD,
http://www.playvid.com/watch/BkolEkmHXu8, http://www.playvid.com/watch/fSSuZtzwQpv, http://www.playvid.com/watch/aRiXwIv4ih4,
http://www.playvid.com/watch/EpdGKKrmStV, http://www.playvid.com/watch/Ny_v7dtO4i5, http://www.playvid.com/watch/8AuQrEWapTh,
http://www.playvid.com/watch/WHW0xmW5t-8, http://www.playvid.com/watch/0i4BXISh0SV, http://www.playvid.com/watch/Oe8BdOJwWFg,
http://www.playvid.com/watch/j55YSAd3apV, http://www.playvid.com/watch/kAqDgEvcesk, http://www.playvid.com/watch/VoWjEIGON69,
http://www.playvid.com/watch/gIamstvHtZ4, http://www.playvid.com/watch/uHYL8HZZeXb, http://www.playvid.com/watch/MYCCdS1khB5,
http://www.playvid.com/watch/S-2JWdfn476, http://www.playvid.com/watch/8ubYj5swB_F, http://www.playvid.com/watch/h4aKeR2S3gS,
http://www.playvid.com/watch/AZ8UtVw2BIH, http://www.playvid.com/watch/9QIq-qIEvgl, http://www.playvid.com/watch/ANfvJCccnMW,
http://www.playvid.com/watch/Je4xxlTCubX, http://www.playvid.com/watch/38TrSh0raUb, http://www.playvid.com/watch/Hj3WC7RjKls,
http://www.playvid.com/watch/06ZeZRhtCew, http://www.playvid.com/watch/yTAvZPLuOju, http://www.playvid.com/watch/u-D_xZ0MSNJ,
http://www.playvid.com/watch/jlN6zVuZI7d, http://www.playvid.com/watch/PfRBhNZ21kN, http://www.playvid.com/watch/bdG3Oip4nBU,
http://www.playvid.com/watch/rJi4rLAT3pE, http://www.playvid.com/watch/nSbQXkAVM6R, http://www.playvid.com/watch/bta35UfVt7h,
http://www.playvid.com/watch/KIH6z0_9OHk, http://www.playvid.com/watch/n_wiQVlTMJ8, http://www.playvid.com/watch/N4v8DGvNisS,
http://www.playvid.com/watch/4unQ18PU5MT, http://www.playvid.com/watch/BX4ANexBAIY, http://www.playvid.com/watch/M5_oYmshft9,
http://www.playvid.com/watch/nvc_o3N0HqV, http://www.playvid.com/watch/CL4w71ZBlAI, http://www.playvid.com/watch/QpxmN5v_u6A,
http://www.playvid.com/watch/pnMNAsdvNbk, http://www.playvid.com/watch/s3GpLbquP-O, http://www.playvid.com/watch/IFOw-RXwP-6,
http://www.playvid.com/watch/FG1DkeVMPBZ, http://www.playvid.com/watch/6cTDbweE5Lu, http://www.playvid.com/watch/VjiQeZFIhB0,
http://www.playvid.com/watch/LvfWX9SbweS, http://www.playvid.com/watch/iGaf2ENk7PR, http://www.playvid.com/watch/sJLm74usKsP,
http://www.playvid.com/watch/IKjDm4oepGy, http://www.playvid.com/watch/gAdB5lcvzNF, http://www.playvid.com/watch/gESVBWBeDsb,
http://www.playvid.com/watch/2WPKPSEssMG, http://www.playvid.com/watch/TK3STALBshX, http://www.playvid.com/watch/u8hIow8CPdc,
http://www.playvid.com/watch/pZwRupcEkcH, http://www.playvid.com/watch/WoWs_pCxLJV, http://www.playvid.com/watch/5s8QHoJ8o9u,
http://www.playvid.com/watch/njVAmvo5rhI, http://www.playvid.com/watch/zzn-KQdr8Lr, http://www.playvid.com/watch/eFuwtDcGkon,
http://www.playvid.com/watch/i0MSez1qU0Y, http://www.playvid.com/watch/EdsjHRZ8wbd, http://www.playvid.com/watch/9oQ5H191CEz,
http://www.playvid.com/watch/ihpxeGkLZNv, http://www.playvid.com/watch/k26cHKvhkdF, http://www.playvid.com/watch/K7VIc5LbhOJ,
http://www.playvid.com/watch/g8xim-ZplWz, http://www.playvid.com/watch/r3oN2hLLDcE, http://www.playvid.com/watch/aCYStkT_QGL,
http://www.playvid.com/watch/ffxN8Jx3jgE, http://www.playvid.com/watch/Wjo8wBp5HYi, http://www.playvid.com/watch/T9rT2vhO4Gh,
http://www.playvid.com/watch/tQxKvFG3DBi, http://www.playvid.com/watch/gCLXgFkLg4U, http://www.playvid.com/watch/FFKY4SF058T,
http://www.playvid.com/watch/uaC1b5wIPLm, http://www.playvid.com/watch/V3ftSY1Dv7O, http://www.playvid.com/watch/VUHbuvQLBoZ,
http://www.playvid.com/watch/28hV4eMJMnp, http://www.playvid.com/watch/Tfn_h--WVhH, http://www.playvid.com/watch/S7gXHdveedk,
http://www.playvid.com/watch/Htq4U6U7vtQ, http://www.playvid.com/watch/CGK07zG6bek, http://www.playvid.com/watch/Gin6rkzBVTG,
http://www.playvid.com/watch/0gUc_he2_BT, http://www.playvid.com/watch/dql9kQ8nVa0, http://www.playvid.com/watch/Z411utA4tp3,
http://www.playvid.com/watch/PnSRpEZwLXv, http://www.playvid.com/watch/vYxWvf1NrsA, http://www.playvid.com/watch/zF9SvqvIDZI,
http://www.playvid.com/watch/HcMAy1D6oMr, http://www.playvid.com/watch/lKDAOtuNDTA, http://www.playvid.com/watch/hjsEnrcEhhN,
http://www.playvid.com/watch/5FBuuo5Zklw, http://www.playvid.com/watch/ew27BXlLz8M, http://www.playvid.com/watch/TlW2_IK2A-B,
http://www.playvid.com/watch/tqOlPzJeXpC, http://www.playvid.com/watch/deGWSt0jlhj, http://www.playvid.com/watch/WGYwFfLkuY3,
http://www.playvid.com/watch/zrgtuJ58O-h, http://www.playvid.com/watch/3mlmdm5dAFI, http://www.playvid.com/watch/eoFVnAXsu5T,
http://www.playvid.com/watch/vQQ9oQGWx0J, http://www.playvid.com/watch/3kBTe_fZLaI, http://www.playvid.com/watch/i85Qeu320qg
5.f. Date of third notice: 2014-07-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Nightrock
5.b. Uploader's email address: nashhid@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Nightrock
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bCi1Fokn5P2, http://www.playvid.com/watch/bzLDmqO6Ag8,
http://www.playvid.com/watch/YrlDDLDUgZ3, http://www.playvid.com/watch/nh_NNxzPcbN, http://www.playvid.com/watch/8lxmuxqL5h2,
http://www.playvid.com/watch/q57yckqtVSH, http://www.playvid.com/watch/qq6vepUIORQ, http://www.playvid.com/watch/6VJVK6sqvg4,
http://www.playvid.com/watch/MkXB330q_EF, http://www.playvid.com/watch/Mk4lZoSqMkt, http://www.playvid.com/watch/CplF_2OeDiM,
http://www.playvid.com/watch/SYMPMVLgWQE, http://www.playvid.com/watch/mei3Z9OX0MM, http://www.playvid.com/watch/8iN-FJZIces,
http://www.playvid.com/watch/e-8mSEhv6Rc, http://www.playvid.com/watch/Dl6hdl0sRR3, http://www.playvid.com/watch/dxbX65jLZIS,
http://www.playvid.com/watch/YVH-g2u9jGB, http://www.playvid.com/watch/EoW0xqV80Ec, http://www.playvid.com/watch/GNtlFcYe_EB,
http://www.playvid.com/watch/LsN36co7jS6, http://www.playvid.com/watch/eL8BJcoJJ45, http://www.playvid.com/watch/zf_d802Pv5e,
http://www.playvid.com/watch/TjVNnRf9mmL, http://www.playvid.com/watch/V-Zw0kFMUZN, http://www.playvid.com/watch/QtojIF_l7lf,
http://www.playvid.com/watch/djktcR-XfAW, http://www.playvid.com/watch/43wjuNTtiER, http://www.playvid.com/watch/XMAOeRI9Deb,
http://www.playvid.com/watch/3CZ295_LtOj, http://www.playvid.com/watch/ye70yREu33j, http://www.playvid.com/watch/xu6vv44Weux,
http://www.playvid.com/watch/ktlEaUWFmDk, http://www.playvid.com/watch/CQ79vaSpXy4, http://www.playvid.com/watch/AUSqwTfQ84X,
http://www.playvid.com/watch/Q4pGK-dTi-h, http://www.playvid.com/watch/HsI3zi5gbNF, http://www.playvid.com/watch/rYE-9oUqCfE,
http://www.playvid.com/watch/B73RHp6j3Nf, http://www.playvid.com/watch/o7ff-1SBCW8, http://www.playvid.com/watch/MYE4HphNwIA,
http://www.playvid.com/watch/Wk-Hbw13jU9, http://www.playvid.com/watch/tFPr6KfBG2w, http://www.playvid.com/watch/wrm_4GX8MuF,
http://www.playvid.com/watch/HFgZv_lLMgf, http://www.playvid.com/watch/tTre6J563ek, http://www.playvid.com/watch/dr7axyWAZcd,
http://www.playvid.com/watch/z5QwQtP72Fz, http://www.playvid.com/watch/NYpncQWJBfp, http://www.playvid.com/watch/ey0S3AA8FR0,
http://www.playvid.com/watch/jHn2TybuB1O, http://www.playvid.com/watch/ZGRYZXBbv2a, http://www.playvid.com/watch/ZMTjUBUEjM3,
http://www.playvid.com/watch/P_ok8hoETLD, http://www.playvid.com/watch/u7FOcyaMJb3, http://www.playvid.com/watch/EcaixGbkuSc,
http://www.playvid.com/watch/x0rLtSarM6O, http://www.playvid.com/watch/ztFUJAlZkO8, http://www.playvid.com/watch/mWxQr-vHTxN,
http://www.playvid.com/watch/0BbSGBpxFDq, http://www.playvid.com/watch/NBdv8tn7ype, http://www.playvid.com/watch/BSqrE0ezLld,
http://www.playvid.com/watch/Ip-2HMtBron, http://www.playvid.com/watch/yfFvHDs45yE, http://www.playvid.com/watch/3Fd9cNqEne5,
http://www.playvid.com/watch/VD9DAQ9-QgZ, http://www.playvid.com/watch/3wLKV5uIfuX, http://www.playvid.com/watch/55jdX3qxwoz,
http://www.playvid.com/watch/p9GhUV-JaFm, http://www.playvid.com/watch/w-IMyKOG-P2, http://www.playvid.com/watch/kYfqFS03lKV,
http://www.playvid.com/watch/3tV9VuW6PbQ, http://www.playvid.com/watch/nKeZIlGT51I, http://www.playvid.com/watch/SI3XdxWQy-K,
http://www.playvid.com/watch/g6hfdXIrsUs, http://www.playvid.com/watch/Yaej34Jn806, http://www.playvid.com/watch/tmzJTTmIBLb,
http://www.playvid.com/watch/y6NuP5iPonG, http://www.playvid.com/watch/PFZ7vc_6CSu, http://www.playvid.com/watch/WZlxIfGeJ4l,
http://www.playvid.com/watch/Za0gwDK6BQc, http://www.playvid.com/watch/LGzrP7eq4ZX, http://www.playvid.com/watch/SWXqzPttr2u,
http://www.playvid.com/watch/n8C4EHvo-Ts, http://www.playvid.com/watch/R15W812BA2Q, http://www.playvid.com/watch/4fWZmQPtVFS,
http://www.playvid.com/watch/SzeuKWPE44m, http://www.playvid.com/watch/Ll_wL09bXRf, http://www.playvid.com/watch/sBi8Wuz4Rq3,
http://www.playvid.com/watch/86O7PsCltnX, http://www.playvid.com/watch/02KPZLuF26e, http://www.playvid.com/watch/MiI5AqmDXLI,
http://www.playvid.com/watch/rNghK_8YHAM, http://www.playvid.com/watch/56EwFFZo89I, http://www.playvid.com/watch/KKFkr6A_oMJ,
http://www.playvid.com/watch/zciK2AxnYvs, http://www.playvid.com/watch/0ypBhu6VSy0, http://www.playvid.com/watch/TWYHTixsev4,
http://www.playvid.com/watch/xZAk98KxaMR, http://www.playvid.com/watch/9PjICu-YJhj, http://www.playvid.com/watch/djWMsBZzkRo,
http://www.playvid.com/watch/MkSTr7g8QKD, http://www.playvid.com/watch/ts3YtnHFfVs, http://www.playvid.com/watch/fw6njXEB1Yb,

http://www.playvid.com/watch/nMEmK7a1JiQ, http://www.playvid.com/watch/8nhlc9o3l1W, http://www.playvid.com/watch/9cWB8dT82Pn,
http://www.playvid.com/watch/Tt9QMZ85zHH, http://www.playvid.com/watch/Og8Edp60Jkb, http://www.playvid.com/watch/IzL6kvUc0dQ,
http://www.playvid.com/watch/8K4k-ejcUK0, http://www.playvid.com/watch/BFo7VxJtLy8, http://www.playvid.com/watch/ZeY6tfeWL3I,
http://www.playvid.com/watch/YXlY7qlbxCK, http://www.playvid.com/watch/zf-UjU0q74p, http://www.playvid.com/watch/WM83uRxE369,
http://www.playvid.com/watch/BgjcqvezpX6, http://www.playvid.com/watch/9umwU7EuoDO, http://www.playvid.com/watch/j5vy3L1dsKk,
http://www.playvid.com/watch/mumzoWcxF7U, http://www.playvid.com/watch/GpnxF4N4TwR, http://www.playvid.com/watch/SQzBUCE3Zp3,
http://www.playvid.com/watch/GK8ul0omXXW, http://www.playvid.com/watch/ooOoLhV1DKC, http://www.playvid.com/watch/nG3t1eKVUXj,
http://www.playvid.com/watch/qtBhjo2KXCN, http://www.playvid.com/watch/RZ2U93XbOxX, http://www.playvid.com/watch/nBK5h75zyr0,
http://www.playvid.com/watch/iZ_o4quY7Mh, http://www.playvid.com/watch/MFsMq3QHKeK, http://www.playvid.com/watch/MS8DwBgT-mY,
http://www.playvid.com/watch/gxxmT91fg6G, http://www.playvid.com/watch/H7px4q7PQj8, http://www.playvid.com/watch/izTGhnhdjTl,
http://www.playvid.com/watch/PCBHTq44YTF, http://www.playvid.com/watch/sr8mFXMe1Yl, http://www.playvid.com/watch/D5rl3tyx4Hr,
http://www.playvid.com/watch/LSmpOoO2oZ3, http://www.playvid.com/watch/pL8GnKl11Cp, http://www.playvid.com/watch/l1U8-n07K3a,
http://www.playvid.com/watch/Go9gZ1-BNMK, http://www.playvid.com/watch/RDGLYkV6bcI, http://www.playvid.com/watch/RxU1qdiLzzO,
http://www.playvid.com/watch/Saxqu8NteED, http://www.playvid.com/watch/gaapzGbFJ2X, http://www.playvid.com/watch/0ZIr8H8YBzO,
http://www.playvid.com/watch/swJKeGuT22d, http://www.playvid.com/watch/wOOMLaxZAq2, http://www.playvid.com/watch/pfyW5op6YYU,
http://www.playvid.com/watch/i-x1xtX4hx8, http://www.playvid.com/watch/U6dgE2H-MfD, http://www.playvid.com/watch/Z18tBJlj6k2,
http://www.playvid.com/watch/pGkUNfeQWMN, http://www.playvid.com/watch/vIn9rl08r95, http://www.playvid.com/watch/GjjM5TggjhR,
http://www.playvid.com/watch/W4uDmsk_9hx, http://www.playvid.com/watch/8T7I0kTJk6X, http://www.playvid.com/watch/Go9E5X2D_Ox,
http://www.playvid.com/watch/9LZ5BdD3Zx2, http://www.playvid.com/watch/eMYG7M8wmVR, http://www.playvid.com/watch/NIzmwgVdPEl,
http://www.playvid.com/watch/s3oTZYnjYpG, http://www.playvid.com/watch/rumxeWSUUaA, http://www.playvid.com/watch/3eu6pgqWKvY,
http://www.playvid.com/watch/qhirIrcfulM, http://www.playvid.com/watch/VbGGSNTB7Yr, http://www.playvid.com/watch/NjJsPmP8Rdm,
http://www.playvid.com/watch/QwQUwOzt3XV, http://www.playvid.com/watch/WVO99WW8hS5, http://www.playvid.com/watch/ofQ2aji7OVn,
http://www.playvid.com/watch/qLUWk0lPVec, http://www.playvid.com/watch/pEQAZbJELOk, http://www.playvid.com/watch/lt5RVFQVej7,
http://www.playvid.com/watch/0xHCx8gydFH, http://www.playvid.com/watch/xdQX6NNv_p2, http://www.playvid.com/watch/fOnByJ20oId,
http://www.playvid.com/watch/zDBR-hW1axz, http://www.playvid.com/watch/vaplbvpAeHl, http://www.playvid.com/watch/GZ_1yQ8lhvT,
http://www.playvid.com/watch/oFZ7obFqw6P, http://www.playvid.com/watch/IeHEUW4qsrY, http://www.playvid.com/watch/PBYisNhFLc3,
http://www.playvid.com/watch/8_WmGHfZWPG, http://www.playvid.com/watch/OsblH71aKeG, http://www.playvid.com/watch/PhqRkqHnSFf,
http://www.playvid.com/watch/OPmWNI7hrqy, http://www.playvid.com/watch/t6l2h96H-uI, http://www.playvid.com/watch/mNOYkXUZ79u,
http://www.playvid.com/watch/OPIWBOLPjie, http://www.playvid.com/watch/qwGsq1lc8uT, http://www.playvid.com/watch/R7bxcmlM1KG,
http://www.playvid.com/watch/RWfJ4n_o_si, http://www.playvid.com/watch/SLGiBnV9T8i, http://www.playvid.com/watch/BWk8wWIFKzb,
http://www.playvid.com/watch/c45P3V24waa, http://www.playvid.com/watch/iq4iv0GaTcx, http://www.playvid.com/watch/Cbj5OrGLVoE,
http://www.playvid.com/watch/hXDHj84GRjp, http://www.playvid.com/watch/QpwKyzUVBSK, http://www.playvid.com/watch/0AcTazmeMNf,
http://www.playvid.com/watch/BTxir-dI5UK, http://www.playvid.com/watch/C4MO8hQ-j_K, http://www.playvid.com/watch/BDbt0DSSQMn,
http://www.playvid.com/watch/Ikx1NEbxayE, http://www.playvid.com/watch/P6X-xXPEIXZ, http://www.playvid.com/watch/v6A32cFa3Wd,
http://www.playvid.com/watch/la0TX9yT3Zt, http://www.playvid.com/watch/wEwUEs9vNDP, http://www.playvid.com/watch/REWyEmfHoeB,
http://www.playvid.com/watch/6EhNdd6jhdJ, http://www.playvid.com/watch/OU81ZALHnPX, http://www.playvid.com/watch/K3hmJ2rU884,
http://www.playvid.com/watch/Xybpmu_tgoR, http://www.playvid.com/watch/B6An6K9GAaV, http://www.playvid.com/watch/P3skt2gZext,
http://www.playvid.com/watch/wvIVlubrxG8, http://www.playvid.com/watch/DdXaKmf4JuO, http://www.playvid.com/watch/hRkuAZGm4Lp,
http://www.playvid.com/watch/Ye-OBTUu8tC, http://www.playvid.com/watch/mHYXIMVOJN8, http://www.playvid.com/watch/Dx-2NOQG2l9,
http://www.playvid.com/watch/RDIM0sX-1FR, http://www.playvid.com/watch/jSnV5tH2dsZ, http://www.playvid.com/watch/Htgemil1Y7C,
http://www.playvid.com/watch/eVnLB8KwoXp, http://www.playvid.com/watch/jzHTrmCn8GL, http://www.playvid.com/watch/PB6pc_xEcot,
http://www.playvid.com/watch/CIJ8WOZfBXB, http://www.playvid.com/watch/ZcpQ4pz05Rt, http://www.playvid.com/watch/SVXRo62nQtx,
http://www.playvid.com/watch/khNtAnCamgA, http://www.playvid.com/watch/3vJvyb36gZy, http://www.playvid.com/watch/KdB5JznFU_5,
http://www.playvid.com/watch/aCvCC2OkHBY, http://www.playvid.com/watch/p0t4-m0BugE, http://www.playvid.com/watch/toTPNtKX7pa,
http://www.playvid.com/watch/gNJHVF_zToS, http://www.playvid.com/watch/fhAq1LJX4Cn, http://www.playvid.com/watch/HY8oxokGEHV,
http://www.playvid.com/watch/DsfPeL5DT0Q, http://www.playvid.com/watch/wHcMTj_HlpD, http://www.playvid.com/watch/o-u5jgC5BF8,
http://www.playvid.com/watch/uNeuiKHz2iX, http://www.playvid.com/watch/HKVB1gSYxTY, http://www.playvid.com/watch/u9poQuFNEGP,
http://www.playvid.com/watch/VrKjC8dDUio, http://www.playvid.com/watch/6bo5PNFoLcr, http://www.playvid.com/watch/FOE4nepfyCd,
http://www.playvid.com/watch/e4AZoRLlnNf, http://www.playvid.com/watch/8MlSFLxmJBl, http://www.playvid.com/watch/8HL2kTcvcs7,
http://www.playvid.com/watch/qYO2y_1G026, http://www.playvid.com/watch/gZXZIeJW8cG, http://www.playvid.com/watch/Q-sLDz8OjS5,
http://www.playvid.com/watch/0AEIW-ch_sE, http://www.playvid.com/watch/ikm47J2-VML, http://www.playvid.com/watch/X9szfB1ac9A,
http://www.playvid.com/watch/K4Saa2mRvIh, http://www.playvid.com/watch/6CtBR4E9qOq, http://www.playvid.com/watch/2TvzyzwAiDc,
http://www.playvid.com/watch/X2SRUFksTna, http://www.playvid.com/watch/eXQL7Pa0xTk, http://www.playvid.com/watch/j5EWQC1VBZO,
http://www.playvid.com/watch/ZhzDrcDaUvh, http://www.playvid.com/watch/PhuXkQcNbg7, http://www.playvid.com/watch/GYhZvjKj20m,
http://www.playvid.com/watch/mDdGb8M7F3g, http://www.playvid.com/watch/Fi7gK06PFlw, http://www.playvid.com/watch/26VGXz41LpW,
http://www.playvid.com/watch/RVW3vot-Maq, http://www.playvid.com/watch/ibdPCFCPqx6, http://www.playvid.com/watch/zNCmuhexSPD,
http://www.playvid.com/watch/DIGirpl0Yl3, http://www.playvid.com/watch/ew608qEX2Gn, http://www.playvid.com/watch/Z36RuSVJ_bt,
http://www.playvid.com/watch/0xvR2SeH1es, http://www.playvid.com/watch/CFJwcnwYNIM, http://www.playvid.com/watch/eLDp08-VZ3n,
http://www.playvid.com/watch/haVG652krH8, http://www.playvid.com/watch/ofBJdqpPq16, http://www.playvid.com/watch/EZdC9XslyuM,
http://www.playvid.com/watch/aehzUZuPPuq, http://www.playvid.com/watch/mqeZFbZ8WNS, http://www.playvid.com/watch/pn7oeX9dx9h,
http://www.playvid.com/watch/U7Wg249sN7J, http://www.playvid.com/watch/gmskVWQG-qS, http://www.playvid.com/watch/yjV8lZ60beE,
http://www.playvid.com/watch/FTsVYxvB2C0, http://www.playvid.com/watch/Cjeqa85Nk-W, http://www.playvid.com/watch/OsxRzpJAmUP,
http://www.playvid.com/watch/n9-3oXzCu-5, http://www.playvid.com/watch/8azdEIgyRQ3, http://www.playvid.com/watch/0bQbGbb3PlE,
http://www.playvid.com/watch/Ap4s_LOa53P, http://www.playvid.com/watch/DBpU1T_MZlx, http://www.playvid.com/watch/MrwMN-ZiNu9,
http://www.playvid.com/watch/CYjf-R_BSzg, http://www.playvid.com/watch/iWZNyGqNL4W, http://www.playvid.com/watch/iif1bf0AaVD,
http://www.playvid.com/watch/HMsXC0Fd7SP, http://www.playvid.com/watch/SZKg_y7Df-L, http://www.playvid.com/watch/XLVbhsSnYPP,
http://www.playvid.com/watch/WhXLMbmvB9C, http://www.playvid.com/watch/sxmD1sr_30N, http://www.playvid.com/watch/6SSYAIpAi1T,
http://www.playvid.com/watch/fhAF3kNcazd, http://www.playvid.com/watch/bfacnAm5UDk, http://www.playvid.com/watch/omZ_N0tAg9Z,
http://www.playvid.com/watch/i2HjD9IUmNG, http://www.playvid.com/watch/tjhD3T_ghF3, http://www.playvid.com/watch/xqICRk2vXq3,
http://www.playvid.com/watch/854pvvgC7sz, http://www.playvid.com/watch/M63DwM_GakS, http://www.playvid.com/watch/5MHlYiWB99s,
http://www.playvid.com/watch/IBFkuWA27MC, http://www.playvid.com/watch/BEB3_T1Ikay, http://www.playvid.com/watch/Ua3PdW-AiAk,
http://www.playvid.com/watch/Y3aeQ2lpatj, http://www.playvid.com/watch/SAh9Dt5ro_J, http://www.playvid.com/watch/TIRh-p9wQa6,
http://www.playvid.com/watch/tsM6upGr1HV, http://www.playvid.com/watch/BNsotQGvfpx, http://www.playvid.com/watch/WAQimdW7TL9,
http://www.playvid.com/watch/V07fmGwGGdt, http://www.playvid.com/watch/5dNw2WUdzan, http://www.playvid.com/watch/IUuMtgUQpcm,
http://www.playvid.com/watch/T0AJB78lmMg, http://www.playvid.com/watch/b9MUfN1eMmw, http://www.playvid.com/watch/2cBgORjwzoH,
http://www.playvid.com/watch/VV4NUBa7ofy, http://www.playvid.com/watch/VSBsz6gvWwB, http://www.playvid.com/watch/Tj3-F3AMfUB,
http://www.playvid.com/watch/QLJbw_3rKvz, http://www.playvid.com/watch/thw0cGqUvcB, http://www.playvid.com/watch/3_o7wjVdF2F,
http://www.playvid.com/watch/LPnr9t3loyJ, http://www.playvid.com/watch/rILnbK_hwGD, http://www.playvid.com/watch/I02Zn_N4Ooh,
http://www.playvid.com/watch/PlEDUHyy8M6, http://www.playvid.com/watch/oLWtBDZ65tv, http://www.playvid.com/watch/VDwsBYV_U3f,
http://www.playvid.com/watch/f1NeAbUEK1D, http://www.playvid.com/watch/o60L6PmWGrT, http://www.playvid.com/watch/n6RLn5MQrZQ,
http://www.playvid.com/watch/fNAjHRMrMHY, http://www.playvid.com/watch/Jq0zF_WEb9d, http://www.playvid.com/watch/HGUDQF1gdvL,
http://www.playvid.com/watch/a09tijm6JlX, http://www.playvid.com/watch/eNEHadn33Du, http://www.playvid.com/watch/jpoQGa0gQ4z,
http://www.playvid.com/watch/aubyOnVszXo, http://www.playvid.com/watch/JkU_BiJ0ZNK, http://www.playvid.com/watch/AJ2fZ5stHiu,
http://www.playvid.com/watch/pz082lqtuYn, http://www.playvid.com/watch/s9NRof921J9, http://www.playvid.com/watch/hZJBoboi6HE,
http://www.playvid.com/watch/DfsaY_p_kzg, http://www.playvid.com/watch/W_jzBoWTH4g, http://www.playvid.com/watch/w2L3IYVFCt9,
http://www.playvid.com/watch/nbAdeOJtiuO, http://www.playvid.com/watch/9a2MsnV8Pvv, http://www.playvid.com/watch/av9Bfzpo0Bm,
http://www.playvid.com/watch/6-VcdXYslNp, http://www.playvid.com/watch/INQVvkQfvDu, http://www.playvid.com/watch/eJADOPv3vIs,
http://www.playvid.com/watch/tq2kEB9AxF6, http://www.playvid.com/watch/wZkml1qwKB0, http://www.playvid.com/watch/wkeEqAqumRr,
http://www.playvid.com/watch/I-rPfdjy_5x, http://www.playvid.com/watch/Qd2GodCr3Xm, http://www.playvid.com/watch/8BcSf8UiBbx,
http://www.playvid.com/watch/zXt9-fLWSUJ, http://www.playvid.com/watch/aTfab5fyY0p, http://www.playvid.com/watch/ZtmhoNWFcn0,
http://www.playvid.com/watch/SvRq1nvw4j5, http://www.playvid.com/watch/nymiearljga, http://www.playvid.com/watch/ePkM1NjLrk4,
http://www.playvid.com/watch/OK0RmJMmHp2, http://www.playvid.com/watch/JQQ5bKHl8-k, http://www.playvid.com/watch/RGDmgwqrHku,
http://www.playvid.com/watch/SQPlskmhaZ5, http://www.playvid.com/watch/305A3cj6LYY, http://www.playvid.com/watch/atWf5x_ZAMt,
http://www.playvid.com/watch/2KMeJJ_NE2D, http://www.playvid.com/watch/Buz8IabHc5f, http://www.playvid.com/watch/FfezGSAI-vP,
http://www.playvid.com/watch/k3q_esNU1E6, http://www.playvid.com/watch/KsU2BufeX-I, http://www.playvid.com/watch/u53wWZFXTVV,
http://www.playvid.com/watch/c-HdV9lpUMP, http://www.playvid.com/watch/9v2SEeJtXSS, http://www.playvid.com/watch/G9y73Ba0NUb,

http://www.playvid.com/watch/UO9i7xGRyM5, http://www.playvid.com/watch/zKt_2qcYYfT, http://www.playvid.com/watch/LJIqqlzDl3S,
http://www.playvid.com/watch/krhRY81CAiI, http://www.playvid.com/watch/D14aDGakCnQ, http://www.playvid.com/watch/sV9D7t9HN_A,
http://www.playvid.com/watch/T9W7RvTXXp9, http://www.playvid.com/watch/rkmnfRHe0-2, http://www.playvid.com/watch/g7Q8zo01emh,
http://www.playvid.com/watch/LGlMLDEiQ6u, http://www.playvid.com/watch/2rc7ol_UzLU, http://www.playvid.com/watch/pygiRn2cfQw,
http://www.playvid.com/watch/HAEWUiRx-LM, http://www.playvid.com/watch/AwR69-XKIJ6, http://www.playvid.com/watch/9HSDC9z9HDt,
http://www.playvid.com/watch/IpiRHaQWMV9, http://www.playvid.com/watch/W-zlO82t9dE, http://www.playvid.com/watch/GoUPK0SKX5p,
http://www.playvid.com/watch/A0Fd7ga2ajZ, http://www.playvid.com/watch/eQ09FvsVcKi, http://www.playvid.com/watch/jTNmpLINSi6,
http://www.playvid.com/watch/3h-3yxPT3xB, http://www.playvid.com/watch/00M5IBj6diW, http://www.playvid.com/watch/aWKu3fTnn-O,
http://www.playvid.com/watch/hnb6jeUEJCX, http://www.playvid.com/watch/GorGE0DbFMI, http://www.playvid.com/watch/c5XGVbEGryG,
http://www.playvid.com/watch/iSfZ_pXMeA5, http://www.playvid.com/watch/qf5iVHO6qDW, http://www.playvid.com/watch/3r_Irr8cK1g,
http://www.playvid.com/watch/VcmlH2KdFfI, http://www.playvid.com/watch/f7_XKcO0TsA, http://www.playvid.com/watch/SM90d86Q1Sk,
http://www.playvid.com/watch/zxWYchI-xEd, http://www.playvid.com/watch/AOnlw0q3ni6, http://www.playvid.com/watch/6rCv-hQjmWE,
http://www.playvid.com/watch/A4ddndNrAHW, http://www.playvid.com/watch/u0NTk1hQSuJ, http://www.playvid.com/watch/ivYIBJPuo5a,
http://www.playvid.com/watch/EQM8H8vSymI, http://www.playvid.com/watch/V-sOZoa3vcQ, http://www.playvid.com/watch/tSJ4gzoHjHp,
http://www.playvid.com/watch/2_Rzwvzxim6, http://www.playvid.com/watch/7xMuFuZ8OaT, http://www.playvid.com/watch/LjsqnsepKqq,
http://www.playvid.com/watch/FDxupPSvOY0, http://www.playvid.com/watch/DifzzidTHAU, http://www.playvid.com/watch/zZ68_aWuIgE,
http://www.playvid.com/watch/0Oq9Rbz04s6, http://www.playvid.com/watch/Ur6J-jMTppU, http://www.playvid.com/watch/vDOtJILsIN8,
http://www.playvid.com/watch/mGx-dJT2Hpr, http://www.playvid.com/watch/UfnXvgbUKyl, http://www.playvid.com/watch/zdFxyr-MW08,
http://www.playvid.com/watch/aslQs_VdZab, http://www.playvid.com/watch/PkeqL86pLIb, http://www.playvid.com/watch/VOT6nND6iWd,
http://www.playvid.com/watch/DKmuKNqON68, http://www.playvid.com/watch/z94dvypguCk, http://www.playvid.com/watch/KDssYjYA8DP,
http://www.playvid.com/watch/i8mEUUOlq7o, http://www.playvid.com/watch/I_SMxY1YeZX, http://www.playvid.com/watch/BDo0y4TMoAx,
http://www.playvid.com/watch/uo_mDJTcSw5, http://www.playvid.com/watch/G_xiREUD6jS, http://www.playvid.com/watch/hA1AQaGSgEt,
http://www.playvid.com/watch/XBmEZpmVEPa, http://www.playvid.com/watch/uIROz4hAple, http://www.playvid.com/watch/DH_QSBBWmJL,
http://www.playvid.com/watch/Q4qwn0ZKxKE, http://www.playvid.com/watch/vnUuCSZrbeJ, http://www.playvid.com/watch/j6z8SEPkDOa,
http://www.playvid.com/watch/OygwYztQioH, http://www.playvid.com/watch/KwB6tM1pqyo, http://www.playvid.com/watch/CMqN-VUGKDK,
http://www.playvid.com/watch/CXE536soosH, http://www.playvid.com/watch/zl0Hvy1o-g8, http://www.playvid.com/watch/CD_VPYN_zNx,
http://www.playvid.com/watch/C4qJt98y7lH, http://www.playvid.com/watch/gluemBhtyK4, http://www.playvid.com/watch/ABjbGb3Ao4Z,
http://www.playvid.com/watch/n58W_n7-ya8, http://www.playvid.com/watch/4iW8lvuKigA, http://www.playvid.com/watch/SXa0_oenoDv,
http://www.playvid.com/watch/YUCsLj498KX, http://www.playvid.com/watch/O9LjFUr5Lxj, http://www.playvid.com/watch/Nv8CiXUHcla,
http://www.playvid.com/watch/S6uOn9L_KDJ, http://www.playvid.com/watch/pMtdutsWZ2M, http://www.playvid.com/watch/WDroq9U7Qe9,
http://www.playvid.com/watch/86wGB8Z_spM, http://www.playvid.com/watch/V-n3O_BYeLZ, http://www.playvid.com/watch/wwxYdCxfv7c,
http://www.playvid.com/watch/wpdikPnuu2P, http://www.playvid.com/watch/U-wn3td9PCg, http://www.playvid.com/watch/AwrjjzsXVXt,
http://www.playvid.com/watch/ACf7c2jzr1i, http://www.playvid.com/watch/ySIGVRTv_JF, http://www.playvid.com/watch/WbW1tS-mt_x,
http://www.playvid.com/watch/bng3gU4kTlZ, http://www.playvid.com/watch/mJfhTD0H37U, http://www.playvid.com/watch/KuksKF4kyav,
http://www.playvid.com/watch/S4G2oGqip-G, http://www.playvid.com/watch/dpVboXyGFC0, http://www.playvid.com/watch/bs_FIW-CjKD,
http://www.playvid.com/watch/Ro6j3FVRs-x, http://www.playvid.com/watch/wvkF0PSN8Vc, http://www.playvid.com/watch/G4WXSbYKcYt,
http://www.playvid.com/watch/jKnbQgvW9t9, http://www.playvid.com/watch/bpTfwPOcXpY, http://www.playvid.com/watch/cB5HMglrJwZ,
http://www.playvid.com/watch/iuh0KUZk4qd, http://www.playvid.com/watch/BATwZAIeydk, http://www.playvid.com/watch/VmcZcRO4GUZ,
http://www.playvid.com/watch/XSTtlt9X67I, http://www.playvid.com/watch/56ee0hOJnDC, http://www.playvid.com/watch/EpQGUVdu-dJ,
http://www.playvid.com/watch/tx3Z4YIvwIC, http://www.playvid.com/watch/7aQCbbr8Oz4, http://www.playvid.com/watch/koLzE7L_ZJu,
http://www.playvid.com/watch/uI6G-ThMsAf, http://www.playvid.com/watch/fF85DQJn9LH, http://www.playvid.com/watch/xBHtAM2_5Fu,
http://www.playvid.com/watch/DikK64rKnZq, http://www.playvid.com/watch/Qwb8vhzB2fG, http://www.playvid.com/watch/RwXQtVZYKFZ,
http://www.playvid.com/watch/siS6zWHSRQe, http://www.playvid.com/watch/72798V2PZVv, http://www.playvid.com/watch/XlfV3Nq9jxl,
http://www.playvid.com/watch/5UdyiuU7fy4, http://www.playvid.com/watch/ddOKr3DSerI, http://www.playvid.com/watch/FXxQ8GOZuz8,
http://www.playvid.com/watch/whTUOu-eoPs, http://www.playvid.com/watch/0mOzHJEu8SB, http://www.playvid.com/watch/6Cvgsj62kkI,
http://www.playvid.com/watch/MIQhbha6itK, http://www.playvid.com/watch/udKvXu3uvmm, http://www.playvid.com/watch/GYZtSdUHsAO,
http://www.playvid.com/watch/boi8HmzC4od, http://www.playvid.com/watch/mgXKiWEplmy, http://www.playvid.com/watch/m9MHx4slJEI,
http://www.playvid.com/watch/eNsvfnDXtK9, http://www.playvid.com/watch/5OHWH9PZE2G, http://www.playvid.com/watch/fhEGO4tdeqB,
http://www.playvid.com/watch/sOQleTzlbc3, http://www.playvid.com/watch/SgPd90Ypkvg, http://www.playvid.com/watch/UeOM99xXqaH,
http://www.playvid.com/watch/FQwNlNnp5r4, http://www.playvid.com/watch/0_YkP-5FsBZ, http://www.playvid.com/watch/9bGZi_uCJLS,
http://www.playvid.com/watch/tL753BlYZfR, http://www.playvid.com/watch/I__0QYm3afY, http://www.playvid.com/watch/M3vaflNKkmk,
http://www.playvid.com/watch/m76kDWfrOvD, http://www.playvid.com/watch/j9dsP84198M, http://www.playvid.com/watch/6wQ4ZmjDKgD,
http://www.playvid.com/watch/sSuj1puT4HR, http://www.playvid.com/watch/VJkeeR9ASp9, http://www.playvid.com/watch/o8bFX_3zqbr,
http://www.playvid.com/watch/d11DF28_7_t, http://www.playvid.com/watch/lvK8dME4Bwi, http://www.playvid.com/watch/EOqSo4O491Z,
http://www.playvid.com/watch/Tu5TY6-aYy9, http://www.playvid.com/watch/TRIaDD8CQFW, http://www.playvid.com/watch/TBnWcwcw1_x,
http://www.playvid.com/watch/PQMF-4-1772, http://www.playvid.com/watch/5CECywqVK1G, http://www.playvid.com/watch/0yERKaX0D-6,
http://www.playvid.com/watch/rAD9e_BJNjp, http://www.playvid.com/watch/uxexxFyvXS5, http://www.playvid.com/watch/KmsyZY3QRJg,
http://www.playvid.com/watch/BfP57AVCz0Z, http://www.playvid.com/watch/0njlGJytFIm, http://www.playvid.com/watch/jrvarZtw7et,
http://www.playvid.com/watch/vIj3jFrD35a, http://www.playvid.com/watch/jRFrIMuy7mQ, http://www.playvid.com/watch/FvRuXGAC9JH,
http://www.playvid.com/watch/Qa0nLK2_dkO, http://www.playvid.com/watch/u7NPDRfaFlV, http://www.playvid.com/watch/sWZg8wC3FAM,
http://www.playvid.com/watch/OQu1asgV6AM, http://www.playvid.com/watch/yg_yyXC1ToG, http://www.playvid.com/watch/C4PU3z344d9,
http://www.playvid.com/watch/Bwkl2la42qB, http://www.playvid.com/watch/FPcHhKXX2ix, http://www.playvid.com/watch/OYyI677x-sk,
http://www.playvid.com/watch/ntEMbX0L9Un, http://www.playvid.com/watch/I4uxf8wTy_4, http://www.playvid.com/watch/TiZf4diQX57,
http://www.playvid.com/watch/w9aDQGrr3a2, http://www.playvid.com/watch/FhOlsZh6Fie, http://www.playvid.com/watch/QCsdrizz7TL,
http://www.playvid.com/watch/Qy2bzGF0brE, http://www.playvid.com/watch/bDiZ3tfBIWH, http://www.playvid.com/watch/05iE7U0oCtK,
http://www.playvid.com/watch/wKhhzEwf3AY, http://www.playvid.com/watch/FMBguGRqElW, http://www.playvid.com/watch/ezgn546d4e0,
http://www.playvid.com/watch/ynljqjEI5Vb, http://www.playvid.com/watch/z_HMkqyzucE, http://www.playvid.com/watch/jpAFeMt-1SY,
http://www.playvid.com/watch/6fkGQZwPICz, http://www.playvid.com/watch/B_-Nn8wZT7k, http://www.playvid.com/watch/vJcANp6KHz7,
http://www.playvid.com/watch/e62Soime-hB, http://www.playvid.com/watch/u3bJa0yY2q4, http://www.playvid.com/watch/6WKpfxNpNmu,
http://www.playvid.com/watch/Icb2LwjMiKv, http://www.playvid.com/watch/ZM-ybSBue0S, http://www.playvid.com/watch/hIuEBzvJi1E,
http://www.playvid.com/watch/UStUkP3Oto2, http://www.playvid.com/watch/Rm322gHyK02, http://www.playvid.com/watch/zr-ol3RWBIG,
http://www.playvid.com/watch/L-H-bLFiFKe, http://www.playvid.com/watch/axrusW1y93U, http://www.playvid.com/watch/nMerwyxoCZn,
http://www.playvid.com/watch/9hHc6Fbp80F, http://www.playvid.com/watch/xPthIZI3THd, http://www.playvid.com/watch/qboxA19qi6D,
http://www.playvid.com/watch/YpqR57qTok0, http://www.playvid.com/watch/IlOUf83GYU4, http://www.playvid.com/watch/AKRSfd2_9Fa,
http://www.playvid.com/watch/eK-z8ebc9Xq, http://www.playvid.com/watch/cjYzmzHjRNy, http://www.playvid.com/watch/RkyKdJJLGqA,
http://www.playvid.com/watch/Bzd-iXGooiR, http://www.playvid.com/watch/b3_QN1mbvQH, http://www.playvid.com/watch/DB13r01t5_B,
http://www.playvid.com/watch/RVY7cLK1Xbr, http://www.playvid.com/watch/IWOfqR58KXE, http://www.playvid.com/watch/YFWBvHoV5ip,
http://www.playvid.com/watch/M60wxSqpqpK, http://www.playvid.com/watch/NWYMfHYVrhX, http://www.playvid.com/watch/NkRveyP7V8u,
http://www.playvid.com/watch/B1ieJJBroso, http://www.playvid.com/watch/tegl6Va3Lcy, http://www.playvid.com/watch/OhDapqt4hzf,
http://www.playvid.com/watch/cnu67VXQ8yb, http://www.playvid.com/watch/5w-_pOgyRuU, http://www.playvid.com/watch/JdyHQc4I9HL,
http://www.playvid.com/watch/IxEsTqkA5mg, http://www.playvid.com/watch/02m88tKl-N5, http://www.playvid.com/watch/luFgA7XzY_m,
http://www.playvid.com/watch/OKC_y8IZg5T, http://www.playvid.com/watch/tiGVlE3U_Sf, http://www.playvid.com/watch/t6tyhCsJynx,
http://www.playvid.com/watch/zG9eMNXVcOg, http://www.playvid.com/watch/HtSRYA2i3UA, http://www.playvid.com/watch/OBunJ5Ot0KX,
http://www.playvid.com/watch/yLawy_G8Dqx, http://www.playvid.com/watch/4EhY-miBrOP, http://www.playvid.com/watch/cEotEUZ2EGH,
http://www.playvid.com/watch/kw2UMMnbSqm, http://www.playvid.com/watch/446zStzBDm4, http://www.playvid.com/watch/NzfvvCO--UK,
http://www.playvid.com/watch/n-SQ_yDVEBi, http://www.playvid.com/watch/NY5TN1w1_kd, http://www.playvid.com/watch/SusCRbjrOVD,
http://www.playvid.com/watch/QiZ8YxeO0HD, http://www.playvid.com/watch/kjYsuqUdmhk, http://www.playvid.com/watch/uxde5aCYjlY,
http://www.playvid.com/watch/eoJgQFuDv9g, http://www.playvid.com/watch/WUKhkGT0D6z, http://www.playvid.com/watch/7f4x7Kjgj9X,
http://www.playvid.com/watch/b5S3s4jDAAC, http://www.playvid.com/watch/T9udcgpqA6S, http://www.playvid.com/watch/wcPxKyMtko3,
http://www.playvid.com/watch/CzAln_Lop_o, http://www.playvid.com/watch/5CFxkU_YC2h, http://www.playvid.com/watch/bgRyuv98GXf,
http://www.playvid.com/watch/4Qt0gYiIUSz, http://www.playvid.com/watch/rHJmFxdyZam, http://www.playvid.com/watch/VO1JCaOqV6z,
http://www.playvid.com/watch/o7QZ2fVsHsD, http://www.playvid.com/watch/eXnAsfelQYO, http://www.playvid.com/watch/Yr6jDHimcdZ,
http://www.playvid.com/watch/HGZ6cKxuNUP, http://www.playvid.com/watch/d5d0OggNhEc, http://www.playvid.com/watch/FSt2aSgTijj,
http://www.playvid.com/watch/jwvZ1BDDsln, http://www.playvid.com/watch/c6SsvibgR1q, http://www.playvid.com/watch/yl1h3wS6urt,
http://www.playvid.com/watch/3kvifRt5kQB, http://www.playvid.com/watch/eDUoQPq-V-n, http://www.playvid.com/watch/WEshTJEA4AF,
http://www.playvid.com/watch/u-zxpEM5Ah3, http://www.playvid.com/watch/qnjAbkGmbWi, http://www.playvid.com/watch/uppR328aprr,

http://www.playvid.com/watch/vLdaPz64T25, http://www.playvid.com/watch/NtP4S2496iZ, http://www.playvid.com/watch/ublBVGP1zgv,
http://www.playvid.com/watch/hI-GEqTo6Hm, http://www.playvid.com/watch/5_zJDmTEe02, http://www.playvid.com/watch/AvKWnsOocgA,
http://www.playvid.com/watch/DWBHrMQJ6vl, http://www.playvid.com/watch/9kqCbq-ueQ2, http://www.playvid.com/watch/nV8s__6TwSA,
http://www.playvid.com/watch/4GZ2pfosiIR, http://www.playvid.com/watch/PUl-SNAoQTr, http://www.playvid.com/watch/dyS1uw1FY9C,
http://www.playvid.com/watch/qivNJzqslJc, http://www.playvid.com/watch/fcvFDmfnB_Q, http://www.playvid.com/watch/5mRlt_t80UL,
http://www.playvid.com/watch/cS_vrnd6sz8, http://www.playvid.com/watch/BfNzqfb9G8d, http://www.playvid.com/watch/2Kgjoy3GUch,
http://www.playvid.com/watch/thbJJ6SLTTU, http://www.playvid.com/watch/vmRpogyhr2m, http://www.playvid.com/watch/7ro8hix1yJ2,
http://www.playvid.com/watch/tT84srM6e36, http://www.playvid.com/watch/MUG1cf0V5WY, http://www.playvid.com/watch/zWLU8DaftsC,
http://www.playvid.com/watch/gLkkmiElQ2S, http://www.playvid.com/watch/FGcYDeDlSCM, http://www.playvid.com/watch/zTEmBOxVepb,
http://www.playvid.com/watch/mRN2kAzVhdH, http://www.playvid.com/watch/gDF_6ePMgYU, http://www.playvid.com/watch/uEJAe8i-pMu,
http://www.playvid.com/watch/jfG1Z4BmvDT, http://www.playvid.com/watch/kvC_GEre8Cw, http://www.playvid.com/watch/4MDFxZX8CkD,
http://www.playvid.com/watch/uT0t8gkbm7g, http://www.playvid.com/watch/HymQNlyw5Wn, http://www.playvid.com/watch/LuY_NuVBMJ3,
http://www.playvid.com/watch/RB7AOByVAHP, http://www.playvid.com/watch/dxQnbBTPcpR, http://www.playvid.com/watch/SnoAIGMu8xx,
http://www.playvid.com/watch/XlGAFZEyNye, http://www.playvid.com/watch/bsjTZmud73m, http://www.playvid.com/watch/mH00e1Fzszb,
http://www.playvid.com/watch/9HNJE1TjW4m, http://www.playvid.com/watch/KpOk1lmVYJa, http://www.playvid.com/watch/Tbqy_qvAaAV,
http://www.playvid.com/watch/AwytUuV8ZIM, http://www.playvid.com/watch/84C4jDahKPN, http://www.playvid.com/watch/pMB6IyH_vCn,
http://www.playvid.com/watch/LoVm3PSYW2H, http://www.playvid.com/watch/wQksbzsQlWq, http://www.playvid.com/watch/YbvPK6pEh6Z,
http://www.playvid.com/watch/j41tLxqWYE8, http://www.playvid.com/watch/Js6Xf0Bkvat, http://www.playvid.com/watch/QN8_H6EqrTl,
http://www.playvid.com/watch/nTcWZSHQNJo, http://www.playvid.com/watch/yamD-leIYAv, http://www.playvid.com/watch/5IDbxlf4WAG,
http://www.playvid.com/watch/E3TAQS6BLdV, http://www.playvid.com/watch/wQlhMXI5IVC, http://www.playvid.com/watch/HkU2qBJHH-a
5.f. Date of third notice: 2014-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nikolanikolay
5.b. Uploader's email address: nikolanikolayy@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/nikolanikolay
5.e. List of videos posted by uploader: http://www.playvid.com/watch/D64zkuiavCc, http://www.playvid.com/watch/w6R0urutRnz,
http://www.playvid.com/watch/L8kymd8ufLP, http://www.playvid.com/watch/D7A-duPKGpf, http://www.playvid.com/watch/ob-BTwmV5vl,
http://www.playvid.com/watch/OAzFwOiREc5, http://www.playvid.com/watch/497T3PHUGKq, http://www.playvid.com/watch/rTwU2INIsXe,
http://www.playvid.com/watch/ndTl96VHsYn, http://www.playvid.com/watch/nBIPyuZ4Gfp, http://www.playvid.com/watch/LdKKQSpPxoA,
http://www.playvid.com/watch/2UupubonjsA, http://www.playvid.com/watch/FAlxGyrRbqR, http://www.playvid.com/watch/3CwjLARwefa,
http://www.playvid.com/watch/3eG596WOInP, http://www.playvid.com/watch/q-odG4wAx3w, http://www.playvid.com/watch/bz9pDf2zyjS,
http://www.playvid.com/watch/FEWcxu-wcJP, http://www.playvid.com/watch/3NT0SlnktMR, http://www.playvid.com/watch/VCVo5IVlWst,
http://www.playvid.com/watch/pxMusiiFC7e, http://www.playvid.com/watch/Hp8BTJjkyii, http://www.playvid.com/watch/qnFsKuc0R6a,
http://www.playvid.com/watch/6nkLiCtoz8u, http://www.playvid.com/watch/KEV0Q0LIIVw, http://www.playvid.com/watch/oI8rCmVIMTl,
http://www.playvid.com/watch/Z6BxQhx8e0Q, http://www.playvid.com/watch/otwZ9VpgHh7, http://www.playvid.com/watch/HBulCyFsUcU,
http://www.playvid.com/watch/zZ3yWiOLkFz, http://www.playvid.com/watch/sR3lFbg4gKF, http://www.playvid.com/watch/VaGU7nZSUoc,
http://www.playvid.com/watch/47eIqYfrZHW, http://www.playvid.com/watch/24-6A2UriG8, http://www.playvid.com/watch/sAxXzbvMxo9,
http://www.playvid.com/watch/OTPVYsKKnJA, http://www.playvid.com/watch/seUG9J0qehR, http://www.playvid.com/watch/zCPNPkH9jXq,
http://www.playvid.com/watch/wrrCp6CahIp, http://www.playvid.com/watch/AEBfNbVjoeh, http://www.playvid.com/watch/s5TeuTmSUBr,
http://www.playvid.com/watch/w5Ou2g6xbcD, http://www.playvid.com/watch/d2CSoyVBIbY, http://www.playvid.com/watch/gpc2Za560bH,
http://www.playvid.com/watch/sVUz3HwjgZG, http://www.playvid.com/watch/4W-WQnVQiq4, http://www.playvid.com/watch/r5D7znSmRJe,
http://www.playvid.com/watch/tDf5puVorlX, http://www.playvid.com/watch/tn9JrB7wSDz, http://www.playvid.com/watch/rtbgtGkicKh,
http://www.playvid.com/watch/hDwOF5MD8Fg, http://www.playvid.com/watch/uLH6zzECJeK, http://www.playvid.com/watch/Df9Q9x2OfP-,
http://www.playvid.com/watch/4S6kSQdwz4f, http://www.playvid.com/watch/74-N4JkhjtR, http://www.playvid.com/watch/K2STNJd5GYi,
http://www.playvid.com/watch/zOKA97n-qgz, http://www.playvid.com/watch/tk9sorvCufO, http://www.playvid.com/watch/pDcbEdAiu3V,
http://www.playvid.com/watch/sfRC9nvtrXh, http://www.playvid.com/watch/42elLNoG9xV, http://www.playvid.com/watch/SST5ErHoCtY,
http://www.playvid.com/watch/DuShRs0VmQs, http://www.playvid.com/watch/OXrC7geOL3C, http://www.playvid.com/watch/PDYrs-wC6tg,
http://www.playvid.com/watch/5tjViGZ4te0, http://www.playvid.com/watch/kILVyMbIoJo, http://www.playvid.com/watch/uJE5ZSXf7dr,
http://www.playvid.com/watch/oHElMaW6jTe, http://www.playvid.com/watch/HoYwa5CVKom, http://www.playvid.com/watch/fkXnAHikPKs,
http://www.playvid.com/watch/EKQEYUrv9Tj, http://www.playvid.com/watch/QGqwTgkLWd5, http://www.playvid.com/watch/gNhUQ4PalUI,
http://www.playvid.com/watch/ZUVYCaMMx-m, http://www.playvid.com/watch/AnYySNU-r2S, http://www.playvid.com/watch/oGyOdmLwLMr,
http://www.playvid.com/watch/JQPXI-Hq5ro, http://www.playvid.com/watch/dGvzik3Ygy4, http://www.playvid.com/watch/h36cvddFhE-,
http://www.playvid.com/watch/SybYtKWVuYC, http://www.playvid.com/watch/vhkOBW5N9Ye, http://www.playvid.com/watch/oWpqFDC-wfX,
http://www.playvid.com/watch/LEZOeuI855P, http://www.playvid.com/watch/sKnAPtSIYPp, http://www.playvid.com/watch/lN2sRxOby7B,
http://www.playvid.com/watch/KhxrcIZniNd, http://www.playvid.com/watch/56c6SD5cq5I, http://www.playvid.com/watch/RWtpO7xHNni,
http://www.playvid.com/watch/fiCbyOzaqdP, http://www.playvid.com/watch/YXL-lBxuLd8, http://www.playvid.com/watch/FnX9RB4t6u0,
http://www.playvid.com/watch/95Gs6Z0bjbp, http://www.playvid.com/watch/AXiGUTCQfEc, http://www.playvid.com/watch/qNhcm-6dOkQ,
http://www.playvid.com/watch/GIGyW5pfyJZ, http://www.playvid.com/watch/qwhIJjJEAsO, http://www.playvid.com/watch/QIzvBAl30gY,
http://www.playvid.com/watch/SUpEOtCLIJ7, http://www.playvid.com/watch/S9-qfEi5cTI, http://www.playvid.com/watch/VsnSnIEOTnv,
http://www.playvid.com/watch/-LGGUeIK0bw, http://www.playvid.com/watch/gpzHMZZa7PO, http://www.playvid.com/watch/BQ-WVcbLJcH,
http://www.playvid.com/watch/hxwD9ujMwJy, http://www.playvid.com/watch/XgtXdkyjjf-, http://www.playvid.com/watch/8dieir7hGZW,
http://www.playvid.com/watch/wsQSVjcHqeX, http://www.playvid.com/watch/A7iTA5XMwLD, http://www.playvid.com/watch/7NjL4kNodaq,
http://www.playvid.com/watch/N9UiaX52Sit, http://www.playvid.com/watch/VX6yKAZ3SoI, http://www.playvid.com/watch/-RzL4G6XMZV,
http://www.playvid.com/watch/VU0WfCkuBU8, http://www.playvid.com/watch/sgARO9hpzwQ, http://www.playvid.com/watch/VBl-z-K7DCo
5.f. Date of third notice: 2013-10-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Nilmaster
5.b. Uploader's email address: franco.nb@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Nilmaster
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pkQ5U2FaRQX, http://www.playvid.com/watch/mgbQvu6ab8D,
http://www.playvid.com/watch/4ZfXmcLErBQ, http://www.playvid.com/watch/lySTbOErWUU, http://www.playvid.com/watch/3RPz5Afsg49,
http://www.playvid.com/watch/6SnUveTwj-d, http://www.playvid.com/watch/mVtZBzHWvIV, http://www.playvid.com/watch/lCeUuebhhot,
http://www.playvid.com/watch/eFiDL807NPa, http://www.playvid.com/watch/YW8cwKXunF2, http://www.playvid.com/watch/bJ6NadZGYoY,
http://www.playvid.com/watch/6O4YmAFZq6L, http://www.playvid.com/watch/STRnnepYHva, http://www.playvid.com/watch/ZazulRAct5E,
http://www.playvid.com/watch/9Lu3V0J-O-3, http://www.playvid.com/watch/HM3xeJIFbNS, http://www.playvid.com/watch/9CUHr7koy2g,
http://www.playvid.com/watch/fTYgtI9Zc2J, http://www.playvid.com/watch/p6RdJZHqcjg, http://www.playvid.com/watch/xh-qw4jnrnb,
http://www.playvid.com/watch/9UbsfC4lHia, http://www.playvid.com/watch/VNAambH3VBz, http://www.playvid.com/watch/HECqOLAsJuE,
http://www.playvid.com/watch/u2ukerzdZIj, http://www.playvid.com/watch/wnyXlZWuCPk, http://www.playvid.com/watch/D7QNZNNCBFg,
http://www.playvid.com/watch/phX-AdIvUPk, http://www.playvid.com/watch/zdlqxaTRxQn, http://www.playvid.com/watch/PZEAxhC9qMT,
http://www.playvid.com/watch/dnXTXTevlbi, http://www.playvid.com/watch/IiWaukJ5GoT, http://www.playvid.com/watch/PdRqikpi8MY,
http://www.playvid.com/watch/JMM5p43FUAQ, http://www.playvid.com/watch/2CJx33Q2BYD, http://www.playvid.com/watch/RH5vtYrhGo2,
http://www.playvid.com/watch/OeY26Imxzzg, http://www.playvid.com/watch/2AH-RZoAzpU, http://www.playvid.com/watch/pc8e-9Py6OB,
http://www.playvid.com/watch/TWcpa0DCQ7e, http://www.playvid.com/watch/aGyFvcVodno, http://www.playvid.com/watch/Bua5oyPoKmm,
http://www.playvid.com/watch/DImXVBnGq7V, http://www.playvid.com/watch/7mTickIj-Dc, http://www.playvid.com/watch/uXVUaIwJGDJ,
http://www.playvid.com/watch/0ofaqxrvefp, http://www.playvid.com/watch/MA8tzZ3qoFZ, http://www.playvid.com/watch/6O9zwBdzyoz,
http://www.playvid.com/watch/2xDLkPsfLo9, http://www.playvid.com/watch/zIn26OESF3U, http://www.playvid.com/watch/vzqNsSmAX3F,
http://www.playvid.com/watch/EDD8SVM2r9M, http://www.playvid.com/watch/xkSZIYzokZf, http://www.playvid.com/watch/Mc40eXzowPG,
http://www.playvid.com/watch/ifOPE3lhI6Q, http://www.playvid.com/watch/5NDKnDdZ56F, http://www.playvid.com/watch/amvriFviFEV,
http://www.playvid.com/watch/F0tqMX9aU33, http://www.playvid.com/watch/aNRZACuDnM9, http://www.playvid.com/watch/TLJuBxg3jsf,
http://www.playvid.com/watch/Lo9yzg5zLNc, http://www.playvid.com/watch/ypwVUqjcDNZ, http://www.playvid.com/watch/Fi73KjVZDas,
http://www.playvid.com/watch/hiY0elw-J0t, http://www.playvid.com/watch/E3QYDppdndV, http://www.playvid.com/watch/4Ip9QDOs7iq,
http://www.playvid.com/watch/LChYu40pcqg, http://www.playvid.com/watch/8nzb-hQQyg5, http://www.playvid.com/watch/7cdcnB0sEI4,
http://www.playvid.com/watch/6bx57wm2MTX, http://www.playvid.com/watch/mssoVueDxxZ, http://www.playvid.com/watch/xV5HLgxhWLr,
http://www.playvid.com/watch/9up2QUphqPb, http://www.playvid.com/watch/Q6H-YBCnpzN, http://www.playvid.com/watch/RYtYoe5zP2N,

http://www.playvid.com/watch/L9VYsrrnIyX, http://www.playvid.com/watch/8GNjQPEpMoO, http://www.playvid.com/watch/SLsqJcd5bk7, http://www.playvid.com/watch/5i-AoIafmsI, http://www.playvid.com/watch/tN0LqI0zjiK, http://www.playvid.com/watch/ny-liHHQH75, http://www.playvid.com/watch/OexDApVM9cr, http://www.playvid.com/watch/Kevqn2pw5Jr, http://www.playvid.com/watch/n-BtnnVhsru, http://www.playvid.com/watch/CMy5yBHKBz3, http://www.playvid.com/watch/iqOXx7Q34Eb, http://www.playvid.com/watch/HMkkQ4rZlyh, http://www.playvid.com/watch/sV4UZJ80VfJ, http://www.playvid.com/watch/brHk49RIpIs, http://www.playvid.com/watch/NmqhVbcJc5z, http://www.playvid.com/watch/qiq0mhRqbEV, http://www.playvid.com/watch/VtiZRpLXX8l, http://www.playvid.com/watch/JpKwzZ6mo-j, http://www.playvid.com/watch/9qMIEzzsvHu, http://www.playvid.com/watch/XOK6PKt4mab, http://www.playvid.com/watch/-MPJWHVa4nt, http://www.playvid.com/watch/UdG-7B5SQIT, http://www.playvid.com/watch/DltICaEqKNw, http://www.playvid.com/watch/oZmrh9sSRkv, http://www.playvid.com/watch/BpPTvTgymm4, http://www.playvid.com/watch/K2wfYZBpxEu, http://www.playvid.com/watch/0E4G5Mv0QbM, http://www.playvid.com/watch/9SyuCmFFRkU, http://www.playvid.com/watch/-MQJ0wkERAx, http://www.playvid.com/watch/b-4N7GDA8S7, http://www.playvid.com/watch/rQkF6Px9VDw, http://www.playvid.com/watch/ElJ5rJ0C74Q, http://www.playvid.com/watch/mY06Zv8f3oY, http://www.playvid.com/watch/kEki42Cykuy, http://www.playvid.com/watch/zk9aBTUoKk9, http://www.playvid.com/watch/OOrvgcWaDbE, http://www.playvid.com/watch/-ySL5dSeYnD, http://www.playvid.com/watch/-T2f83Jd0W5, http://www.playvid.com/watch/zKpO82-K0s6, http://www.playvid.com/watch/GxKFu8CpKXS, http://www.playvid.com/watch/wRHrfMevaHx, http://www.playvid.com/watch/bpPMRGogd9e, http://www.playvid.com/watch/Kq6romxWqV7, http://www.playvid.com/watch/OmBpxWgZpcU, http://www.playvid.com/watch/ySnackZSiu0, http://www.playvid.com/watch/BqTuS8GFJvv, http://www.playvid.com/watch/iML-AREuFmR, http://www.playvid.com/watch/olVFBGeZvfG, http://www.playvid.com/watch/-KdX5W6Y3lC, http://www.playvid.com/watch/4roEoHwK325, http://www.playvid.com/watch/nbDEwSQKnGu, http://www.playvid.com/watch/qpdsPL2D6pD, http://www.playvid.com/watch/940cSZZGlSz, http://www.playvid.com/watch/fDiP8NnRkL2, http://www.playvid.com/watch/Q-XfE89t8TI, http://www.playvid.com/watch/5V58KC0YN3s, http://www.playvid.com/watch/leGKms3l00f, http://www.playvid.com/watch/8MMNSZ9it3g, http://www.playvid.com/watch/wYZS9NX6R6N, http://www.playvid.com/watch/6sz87TnisVI, http://www.playvid.com/watch/NTtjzRdaLVv, http://www.playvid.com/watch/ZfBJYsQ6l9e, http://www.playvid.com/watch/vRIwnAAHTtc, http://www.playvid.com/watch/Sn7sY7PGMxQ, http://www.playvid.com/watch/RrWqqszw6BR, http://www.playvid.com/watch/PfDQUr-SOFx, http://www.playvid.com/watch/DMvgQRjRXK9, http://www.playvid.com/watch/wqTzTZ3JwTq, http://www.playvid.com/watch/78FyXdMpO9i, http://www.playvid.com/watch/P-susRxz0gl, http://www.playvid.com/watch/kXyo0tDJF4Q, http://www.playvid.com/watch/WFrPsSCXEKp, http://www.playvid.com/watch/R9bscIXENM7, http://www.playvid.com/watch/zLWIbNUPhWm, http://www.playvid.com/watch/svcpGtEv-IK, http://www.playvid.com/watch/7knst4OdNHu, http://www.playvid.com/watch/bP42MUYGmsI, http://www.playvid.com/watch/SGpbGtirx-t, http://www.playvid.com/watch/iENkIC0Dm8r, http://www.playvid.com/watch/CDzp000pAov, http://www.playvid.com/watch/6cI7V3devbD, http://www.playvid.com/watch/fsb2QMUxszU, http://www.playvid.com/watch/xzRYvd60SSK, http://www.playvid.com/watch/DwZ4zYw9zr0, http://www.playvid.com/watch/TV5JdBSqAjL, http://www.playvid.com/watch/3HTg3h03UTm, http://www.playvid.com/watch/0eyvBN4M-au, http://www.playvid.com/watch/bbu35NmwLUv, http://www.playvid.com/watch/So4FOuMzV3X, http://www.playvid.com/watch/HkVTrvuY9Jq, http://www.playvid.com/watch/QCo5Vis9u-3, http://www.playvid.com/watch/s93wK2gByFJ, http://www.playvid.com/watch/5JIw9lK7jQG, http://www.playvid.com/watch/B6UueI-8wS8, http://www.playvid.com/watch/l9H8r83Ko8C, http://www.playvid.com/watch/sGz3OQiaTrP, http://www.playvid.com/watch/ADS8EE5HyoP, http://www.playvid.com/watch/iO6VDSLH5Rv, http://www.playvid.com/watch/2NdSYmubjGp, http://www.playvid.com/watch/e2mFZlzLJex, http://www.playvid.com/watch/9YRzG6kgU9w, http://www.playvid.com/watch/6pE3aHGL8ek, http://www.playvid.com/watch/ndRWNzMWMJ-, http://www.playvid.com/watch/0gHbaD-LuaU, http://www.playvid.com/watch/AYH8e2i0Num, http://www.playvid.com/watch/kSBTsGBsQk6
5.f. Date of third notice: 2013-11-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ninanino
5.b. Uploader's email address: ninaninoberns@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ninanino
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iDHQUT-VSf4, http://www.playvid.com/watch/86oKaMsB5A8, http://www.playvid.com/watch/TASLSzhERIX, http://www.playvid.com/watch/FUZYgHUG159, http://www.playvid.com/watch/5Q5qRGRDCvE, http://www.playvid.com/watch/C4jRhLBG4Pz, http://www.playvid.com/watch/5JlTkAbCkj4, http://www.playvid.com/watch/y9K-Br0H9AZ, http://www.playvid.com/watch/aULd5jQvvw9, http://www.playvid.com/watch/b3yv5lmqAq5, http://www.playvid.com/watch/icYHBOQoXvC, http://www.playvid.com/watch/yUVoDlSvA0G, http://www.playvid.com/watch/NqaESvecCmM, http://www.playvid.com/watch/YK-cP3z5QF5, http://www.playvid.com/watch/0ISsv3m0TNX, http://www.playvid.com/watch/lhqIkveCRwC, http://www.playvid.com/watch/5BGL74J27q8, http://www.playvid.com/watch/DhWb-1rdgcN, http://www.playvid.com/watch/z7FpBTNcokM, http://www.playvid.com/watch/wv7N4HGomZ4, http://www.playvid.com/watch/Z5rQyLsHjWg, http://www.playvid.com/watch/yIWoxRFWphM, http://www.playvid.com/watch/lTPz8I2KanY, http://www.playvid.com/watch/a9EILGQABwS, http://www.playvid.com/watch/RG0C7YjlDzH, http://www.playvid.com/watch/KCgRrlAKV1x, http://www.playvid.com/watch/91AJcePuxr4, http://www.playvid.com/watch/8BQH1CtZBU2, http://www.playvid.com/watch/roFbUGraZN9, http://www.playvid.com/watch/U1S6Wo6jaT2, http://www.playvid.com/watch/s9WtREJnLTj
5.f. Date of third notice: 2013-08-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nissangtr800ls
5.b. Uploader's email address: nissangtr800ls@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/nissangtr800ls
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6sPZWTwU9JS, http://www.playvid.com/watch/2UjVHNxSkYA, http://www.playvid.com/watch/nMq6O61P6o-, http://www.playvid.com/watch/nroAgf7wais, http://www.playvid.com/watch/iI5qhUjyOOx, http://www.playvid.com/watch/V8GmHvfDKGc, http://www.playvid.com/watch/mP6GyPm74HC, http://www.playvid.com/watch/xR20pSZlL8y, http://www.playvid.com/watch/sTx3g9Pt3xK, http://www.playvid.com/watch/MKFXPhZr2Ea, http://www.playvid.com/watch/-SiVtdTnKd4, http://www.playvid.com/watch/Iu2fyLFotSA, http://www.playvid.com/watch/gAKrJXLyx6w, http://www.playvid.com/watch/dpLopUdiEig, http://www.playvid.com/watch/b0ZCbGByGuW, http://www.playvid.com/watch/rjfDG2-wVFV, http://www.playvid.com/watch/4M46vWPIPYW, http://www.playvid.com/watch/l6OuuPdm8hI, http://www.playvid.com/watch/RhIqn1bPoQA, http://www.playvid.com/watch/uu5t2FqqIYw, http://www.playvid.com/watch/Q0UtufxBAT3, http://www.playvid.com/watch/wWOKsuaWmrH, http://www.playvid.com/watch/oVY3pCvccab, http://www.playvid.com/watch/bejiprx3qPk, http://www.playvid.com/watch/zto4IXOCnb0, http://www.playvid.com/watch/3uQD3hTfI1m, http://www.playvid.com/watch/hTzAE7UXSvf, http://www.playvid.com/watch/EUmMMdjCy86, http://www.playvid.com/watch/z96FkeIFr0g, http://www.playvid.com/watch/YC6CbrcAeoR, http://www.playvid.com/watch/MUviBPzQRO9, http://www.playvid.com/watch/SEk5ZW-gFx2, http://www.playvid.com/watch/nZMWRgf-wIp, http://www.playvid.com/watch/TYZLMjMqGte, http://www.playvid.com/watch/Yu6uu19piVM, http://www.playvid.com/watch/yzcYBMuEi4T, http://www.playvid.com/watch/jMahLxjEzSV, http://www.playvid.com/watch/asjfVSbZpfF, http://www.playvid.com/watch/QZugwY1RwJa, http://www.playvid.com/watch/JGqaS-QlJ25, http://www.playvid.com/watch/KaLKn9rez9-, http://www.playvid.com/watch/idDaqBylMm2, http://www.playvid.com/watch/jSOzR2qcuNR, http://www.playvid.com/watch/OkWtdFvJHvD, http://www.playvid.com/watch/O6Rvst12DuM, http://www.playvid.com/watch/iOGV7yGOA8j, http://www.playvid.com/watch/5OYb1p-KeDd, http://www.playvid.com/watch/qQNSQvarCa3, http://www.playvid.com/watch/fxTBthHUDSB, http://www.playvid.com/watch/qwiQRBrVrsM, http://www.playvid.com/watch/WJpEM5zUnSD, http://www.playvid.com/watch/LlOfstMKdJM, http://www.playvid.com/watch/f5XGHFctmlZ, http://www.playvid.com/watch/Z5ryIN1yZ2j, http://www.playvid.com/watch/EIZwtSokEHp, http://www.playvid.com/watch/C27-DzghNy9, http://www.playvid.com/watch/JAaI2DZo77l, http://www.playvid.com/watch/pPCwf5v58FT, http://www.playvid.com/watch/sPZxidV3dbM, http://www.playvid.com/watch/oVQc1tMZn1B, http://www.playvid.com/watch/qjHbh9BYWn6, http://www.playvid.com/watch/u9cn0azs5co, http://www.playvid.com/watch/wzL0DwbnrnK, http://www.playvid.com/watch/ONtYxwVtGBh, http://www.playvid.com/watch/GGUwMkDI1f4, http://www.playvid.com/watch/WoMZlrRzuDU, http://www.playvid.com/watch/yB8507ei5Ft, http://www.playvid.com/watch/L3uPsPwNtF2, http://www.playvid.com/watch/BAFTY8mMqYB, http://www.playvid.com/watch/K-ZJlatiMQg, http://www.playvid.com/watch/yACfagKiYsK, http://www.playvid.com/watch/-mCUTCGIUcN, http://www.playvid.com/watch/5xz4Ibfadzd, http://www.playvid.com/watch/o9AkVHMoRB8, http://www.playvid.com/watch/4X1x5PJwsaf, http://www.playvid.com/watch/lcu8Kx-w-N1, http://www.playvid.com/watch/FPdy0VeBt2u, http://www.playvid.com/watch/K8M7ILPDURD, http://www.playvid.com/watch/FqzK2a-FufO, http://www.playvid.com/watch/8RfB9o89RWl, http://www.playvid.com/watch/U4pOy5YWOTt, http://www.playvid.com/watch/vdcEk5r8Ks0, http://www.playvid.com/watch/zi25kHIN40x, http://www.playvid.com/watch/frjSZpJz6HC, http://www.playvid.com/watch/e34g0WqzPzG, http://www.playvid.com/watch/A8OidzgcW73, http://www.playvid.com/watch/FAkkQbvT4lz, http://www.playvid.com/watch/fKNK9rcdPiZ, http://www.playvid.com/watch/-065UIxcdDQ, http://www.playvid.com/watch/NDYpbeldMbP, http://www.playvid.com/watch/6u5oelal7K4, http://www.playvid.com/watch/n4dVXA3oxUU, http://www.playvid.com/watch/n3r-vLm3qCE, http://www.playvid.com/watch/nJmsHSTcphx, http://www.playvid.com/watch/KEZfanH253M, http://www.playvid.com/watch/puoHUFI929q, http://www.playvid.com/watch/OE3aFm-cnSB, http://www.playvid.com/watch/oRY9tT8tn8B, http://www.playvid.com/watch/gIOFqLD6Hti, http://www.playvid.com/watch/st3obZPuDSl, http://www.playvid.com/watch/MncejakBABs, http://www.playvid.com/watch/jHBjy63iN2T, http://www.playvid.com/watch/mFyHYbvkz7R, http://www.playvid.com/watch/htwmzQ76wjy, http://www.playvid.com/watch/NWdQcFjKDnM, http://www.playvid.com/watch/ErJUiOr4Mxq, http://www.playvid.com/watch/YreFjyC5oeW, http://www.playvid.com/watch/Blm6fZi3BYT, http://www.playvid.com/watch/8qgmTbDkMK7, http://www.playvid.com/watch/TKtDLL43y4I,

http://www.playvid.com/watch/8cMnprIts8B, http://www.playvid.com/watch/XEJsqVI4pke, http://www.playvid.com/watch/aHfG0NdFFro, http://www.playvid.com/watch/VnaJKNIsHkI, http://www.playvid.com/watch/JcCNcYHUU6E, http://www.playvid.com/watch/aOiNrsdvZpf, http://www.playvid.com/watch/QfFJmyzLBx2, http://www.playvid.com/watch/62KVNZlS9Uy, http://www.playvid.com/watch/KrduuKQKXMb, http://www.playvid.com/watch/svaHAso4Sgg, http://www.playvid.com/watch/z9trKM5Y4WF, http://www.playvid.com/watch/fKgyTp4aYRD, http://www.playvid.com/watch/aRNSlbFTv5G, http://www.playvid.com/watch/9A-0Z3zjEQD, http://www.playvid.com/watch/hCudVVDflvT, http://www.playvid.com/watch/ObfICv0VTaF, http://www.playvid.com/watch/jlE8K0QWSMI, http://www.playvid.com/watch/pPo5DcNHkC7
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Nitroglass
5.b. Uploader's email address: nitrogenesis@virgilio.it
5.d. Uploader's profile: http://www.playvid.com/member/Nitroglass
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FhETOA289aa, http://www.playvid.com/watch/XSuFaUyjXzv, http://www.playvid.com/watch/wiCXHugioiL, http://www.playvid.com/watch/MEWk6lozn05, http://www.playvid.com/watch/zNDt3RlOOtS, http://www.playvid.com/watch/9tfiVsXHLGD, http://www.playvid.com/watch/ddbhoWpSEop, http://www.playvid.com/watch/n5K03Dj8uJt, http://www.playvid.com/watch/yf2FuvumB78, http://www.playvid.com/watch/wXcSgCKos9U, http://www.playvid.com/watch/NriW7mENNya, http://www.playvid.com/watch/dA2uBFqzJNU, http://www.playvid.com/watch/MuVHPobY23S, http://www.playvid.com/watch/MXoXMXssyxz, http://www.playvid.com/watch/DnZroaqBbNr, http://www.playvid.com/watch/EQSF9K3j1qj, http://www.playvid.com/watch/NqpmDA1devn, http://www.playvid.com/watch/vycZqsxM4qz, http://www.playvid.com/watch/kmjSdFcsGDt, http://www.playvid.com/watch/aeT-cWcqM0M, http://www.playvid.com/watch/mRs9Ftkt2eH, http://www.playvid.com/watch/FhMJ9IEV0x8, http://www.playvid.com/watch/SBvT2wf3IRa, http://www.playvid.com/watch/DVQNby-GRIX, http://www.playvid.com/watch/Z-GgOYdsclL, http://www.playvid.com/watch/o7ninJkH1QM, http://www.playvid.com/watch/yHB6GJURmvd, http://www.playvid.com/watch/VxOsAowdrUi, http://www.playvid.com/watch/MINJAwzSP-C, http://www.playvid.com/watch/LAWbw1nphR-, http://www.playvid.com/watch/KcWEDbWDN7m, http://www.playvid.com/watch/vqZPEky8Ggo, http://www.playvid.com/watch/Deuu1lCNBlo, http://www.playvid.com/watch/k3g9MnNRc1A, http://www.playvid.com/watch/9OMqS9UJN0z, http://www.playvid.com/watch/kmJvKIsD57t, http://www.playvid.com/watch/H2EFw4g2mk3, http://www.playvid.com/watch/4gq2rwoa0QI, http://www.playvid.com/watch/kig-ASOLGf-, http://www.playvid.com/watch/6I4hl701v60, http://www.playvid.com/watch/RGV709Uu2Tg, http://www.playvid.com/watch/iUFjAuOguuz, http://www.playvid.com/watch/dVn4g2niCLC, http://www.playvid.com/watch/8yAzUdq1qv9, http://www.playvid.com/watch/fNV89bJcT4L, http://www.playvid.com/watch/ha3idzg-HcZ, http://www.playvid.com/watch/Dq34LwszWe3, http://www.playvid.com/watch/bGP4ip4x7ek, http://www.playvid.com/watch/FvUcQqj5mWB, http://www.playvid.com/watch/W9RQvN37yrt, http://www.playvid.com/watch/aJtMUnIFaDO, http://www.playvid.com/watch/GBshV1EwWhg, http://www.playvid.com/watch/pg-E_uyup-V, http://www.playvid.com/watch/GruvNrqoX6l, http://www.playvid.com/watch/sk8UFkw09Ub, http://www.playvid.com/watch/dIS1MIwREBq, http://www.playvid.com/watch/GmUz6-ItLb4, http://www.playvid.com/watch/ncxfqCSwxxt, http://www.playvid.com/watch/y3CFs8YwZGb, http://www.playvid.com/watch/nTbri8thVY5, http://www.playvid.com/watch/I8JocNrxsIr, http://www.playvid.com/watch/NBFcwqT50b0, http://www.playvid.com/watch/66iX4gCS-AA, http://www.playvid.com/watch/YG9o7YWofiq, http://www.playvid.com/watch/zv9cnl6eT0u, http://www.playvid.com/watch/tALyBRPvXOi, http://www.playvid.com/watch/ygaJhDOV2l9, http://www.playvid.com/watch/CJnLp40bBKc, http://www.playvid.com/watch/T5fQo7htGeP, http://www.playvid.com/watch/0C2Vx1FBzfv, http://www.playvid.com/watch/E4GOYw45E3C, http://www.playvid.com/watch/P4CTExFU3-6, http://www.playvid.com/watch/cCfurpoFedO, http://www.playvid.com/watch/hQndBHCK58Z, http://www.playvid.com/watch/W31j2plZU6d, http://www.playvid.com/watch/kH_DFcRPl8x, http://www.playvid.com/watch/f-X1Pp_j2Q3, http://www.playvid.com/watch/TiPS8hJ_eZ7, http://www.playvid.com/watch/VoB6-HfNqAf, http://www.playvid.com/watch/VTgVLUz3sgV, http://www.playvid.com/watch/86BIQvcem04, http://www.playvid.com/watch/Cl6VLGtJyOt, http://www.playvid.com/watch/Mq3Y_qlT3vn, http://www.playvid.com/watch/PMFJhGZP1cg, http://www.playvid.com/watch/McsROUE74Fj, http://www.playvid.com/watch/En6ZGumGb2Y, http://www.playvid.com/watch/sSe7uq3njMS, http://www.playvid.com/watch/vi-su2DWK2s, http://www.playvid.com/watch/iRAroymaJrb, http://www.playvid.com/watch/Q_-pPzM1SUy, http://www.playvid.com/watch/cJ3Sl_-8uOg, http://www.playvid.com/watch/WFz5mdJEMWy, http://www.playvid.com/watch/5-D51-9dTn5, http://www.playvid.com/watch/ZwAT2C11o2D, http://www.playvid.com/watch/wekbpGom1OZ, http://www.playvid.com/watch/pFT_DYqRYi2, http://www.playvid.com/watch/bnRbXvEOG2N, http://www.playvid.com/watch/5_agvpqIIHP, http://www.playvid.com/watch/P8PqIxys3qX, http://www.playvid.com/watch/akMmjGxr1HC, http://www.playvid.com/watch/wS3KxXtFa0u, http://www.playvid.com/watch/WBxAM0vsMmZ, http://www.playvid.com/watch/N9wUvQTxtwF, http://www.playvid.com/watch/hzFBhGhOvzd, http://www.playvid.com/watch/n3Kypnt5DBi, http://www.playvid.com/watch/WV0L8SkJtkI, http://www.playvid.com/watch/GWKLrznKrP9, http://www.playvid.com/watch/ybMpSprtstO, http://www.playvid.com/watch/rs7kj49Yy7b, http://www.playvid.com/watch/EBT9SL_w1Bi, http://www.playvid.com/watch/TtXciEkXu-s, http://www.playvid.com/watch/qRglZZsqsGF, http://www.playvid.com/watch/2tPsv1c2Ede, http://www.playvid.com/watch/InO1frfwVtm, http://www.playvid.com/watch/3lMo06hDovm, http://www.playvid.com/watch/gDNsyXo4cfQ, http://www.playvid.com/watch/CqQyjkx6oYd, http://www.playvid.com/watch/4oopAQ9jnZh, http://www.playvid.com/watch/vtMrIvUzE_v, http://www.playvid.com/watch/KQ6HtKvcG1H, http://www.playvid.com/watch/HORdYUfC1OW, http://www.playvid.com/watch/zHJCxrYw0ZR, http://www.playvid.com/watch/tLOQaA132RL, http://www.playvid.com/watch/CZDNiUBqVGI, http://www.playvid.com/watch/BN58Kq51apG, http://www.playvid.com/watch/FNwIijYtXiU, http://www.playvid.com/watch/YsDZdGdec0X, http://www.playvid.com/watch/gIElBqv11yi, http://www.playvid.com/watch/b66YKyGGLHI, http://www.playvid.com/watch/jwzkx8xHEM5, http://www.playvid.com/watch/qgOrFmFqNyG, http://www.playvid.com/watch/AvR4sGdqDPv, http://www.playvid.com/watch/cf17GzIC-9w, http://www.playvid.com/watch/yxTd24zYAiD, http://www.playvid.com/watch/WySGOzB5q_5, http://www.playvid.com/watch/Hn6-IL7wHMg, http://www.playvid.com/watch/NrJSfiFLeIA, http://www.playvid.com/watch/N843o9kD00v, http://www.playvid.com/watch/NOXQvEr-y1B, http://www.playvid.com/watch/WcTL3XQBXyO, http://www.playvid.com/watch/vWLn4nIvhA7, http://www.playvid.com/watch/6YUGhhd_02I, http://www.playvid.com/watch/VWdXS83l4-T, http://www.playvid.com/watch/41CMrtQ9Wfp, http://www.playvid.com/watch/a8Mw3FA2VVM, http://www.playvid.com/watch/gflLFmJNDBq, http://www.playvid.com/watch/I8tjPX3JYCy, http://www.playvid.com/watch/loM3avDhP0D, http://www.playvid.com/watch/WRFJ7UPfl3t, http://www.playvid.com/watch/UMGb5M7CBKm, http://www.playvid.com/watch/kjgkrzU2A2f, http://www.playvid.com/watch/EBrE95DHSfN, http://www.playvid.com/watch/4Q8z3PzJXvL, http://www.playvid.com/watch/r7JmQeP2BCz, http://www.playvid.com/watch/GyKm-ZCdqnY, http://www.playvid.com/watch/uqU5zw1ztCs, http://www.playvid.com/watch/ZwYnWObQTde, http://www.playvid.com/watch/iXt19923pcA, http://www.playvid.com/watch/tPZTMvHKbsn, http://www.playvid.com/watch/b__u4T8Nl9S, http://www.playvid.com/watch/0SSLntkaelv, http://www.playvid.com/watch/NHc334QBAab, http://www.playvid.com/watch/XxRt0RJSJQV, http://www.playvid.com/watch/RjFIxIC3MwY, http://www.playvid.com/watch/3ZSr2mFpGaJ, http://www.playvid.com/watch/e4uKy2TzN5P, http://www.playvid.com/watch/BYI6f5DxMuE, http://www.playvid.com/watch/uie7UucNw-k, http://www.playvid.com/watch/EJj0lt9UJL5, http://www.playvid.com/watch/R6huaoJMfHT, http://www.playvid.com/watch/8tilsRgiLzh, http://www.playvid.com/watch/XozkG9Z1BXy, http://www.playvid.com/watch/UJaQNmrLBIX, http://www.playvid.com/watch/3-9N9o1sYIp, http://www.playvid.com/watch/xXNHmsLkIFT, http://www.playvid.com/watch/6t5hp71cGAf, http://www.playvid.com/watch/zEk5nnjA9-l, http://www.playvid.com/watch/2KN_IgIYDVY, http://www.playvid.com/watch/7HwXw8tVBro, http://www.playvid.com/watch/vFIxLYWYkAa, http://www.playvid.com/watch/56kKdxaLET2, http://www.playvid.com/watch/Cm3F-PhJZSG, http://www.playvid.com/watch/i0AgUolkhAW, http://www.playvid.com/watch/kS_46ySVqko, http://www.playvid.com/watch/8sd3mPl5M7b
5.f. Date of third notice: 2014-08-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nn150198
5.b. Uploader's email address: nn150198@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/nn150198
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9NiKhWp-Qyw, http://www.playvid.com/watch/yskrstt7cO-, http://www.playvid.com/watch/5oYNeoI3Y73, http://www.playvid.com/watch/QMCH-vEsPgg, http://www.playvid.com/watch/Og3UdDChGWO, http://www.playvid.com/watch/E8PyHzUvX5W, http://www.playvid.com/watch/dNKMHVq0wIZ, http://www.playvid.com/watch/eQkuDt2mTjd, http://www.playvid.com/watch/C2Q2haG-HAF, http://www.playvid.com/watch/3KCt-gggrWu, http://www.playvid.com/watch/oZNQrPUq8QQ, http://www.playvid.com/watch/hTeFaNKYY3V, http://www.playvid.com/watch/3WH6h2sWjuA, http://www.playvid.com/watch/4Ffft5-7B3O, http://www.playvid.com/watch/CNGZn4v9lxP, http://www.playvid.com/watch/NHG4TBa3Wc5, http://www.playvid.com/watch/F4wXUXVzcyq, http://www.playvid.com/watch/dUjW92PBlgb, http://www.playvid.com/watch/x6LnJCUZJSq, http://www.playvid.com/watch/wkxAp64M6xh, http://www.playvid.com/watch/ef-aEDuydAc, http://www.playvid.com/watch/X5NyJtRYWnK, http://www.playvid.com/watch/xAOEe3cybjb, http://www.playvid.com/watch/ziWAMQhTo9g, http://www.playvid.com/watch/Qlo8bvGT77V, http://www.playvid.com/watch/NS4DMOYlceY, http://www.playvid.com/watch/exh4xmBHrQx, http://www.playvid.com/watch/T7YmpC9fHx9
5.f. Date of third notice: 2014-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nonylargo
5.b. Uploader's email address: nolkitobayaya@gmx.com
5.d. Uploader's profile: http://www.playvid.com/member/nonylargo

5.e. List of videos posted by uploader: http://www.playvid.com/watch/k5OfcIU6EFe, http://www.playvid.com/watch/ogFGZO1gbQv, http://www.playvid.com/watch/MvuoiaIMqEJ, http://www.playvid.com/watch/W-EZFf2ddtY, http://www.playvid.com/watch/cx__Q60UuDz, http://www.playvid.com/watch/fTXTmLngPEe, http://www.playvid.com/watch/odDbioLX5dS, http://www.playvid.com/watch/bJJRUIudhx6, http://www.playvid.com/watch/LlrPyub1dfK, http://www.playvid.com/watch/V5XWHwCtZTh, http://www.playvid.com/watch/Qe3YGw-E9G8, http://www.playvid.com/watch/PiWU9nOlPV9, http://www.playvid.com/watch/aUmlzhXouL3, http://www.playvid.com/watch/VPuyLBeuIgD, http://www.playvid.com/watch/CcfW_0uVmIa, http://www.playvid.com/watch/TnIMk4E4lr0, http://www.playvid.com/watch/GiFHohudbd2, http://www.playvid.com/watch/YshJRS765eb, http://www.playvid.com/watch/axuzgs6Oy-v, http://www.playvid.com/watch/DysMgwF26mQ, http://www.playvid.com/watch/e1eJTSPrpbX, http://www.playvid.com/watch/xyv0qRwEjo4, http://www.playvid.com/watch/oIpIydilAOo, http://www.playvid.com/watch/jUY3jg-6r1p, http://www.playvid.com/watch/2ZKbBK34gp3, http://www.playvid.com/watch/dyM-_D5i_8K, http://www.playvid.com/watch/ojPtz907ite, http://www.playvid.com/watch/k3ABb7n9kww, http://www.playvid.com/watch/8riSjk1G0is, http://www.playvid.com/watch/AdwjxjhoghO, http://www.playvid.com/watch/QtOwsBxJY8C, http://www.playvid.com/watch/EgDEy0CVSo2, http://www.playvid.com/watch/5kinlnfCxRI, http://www.playvid.com/watch/Xh8f2V1IYoX, http://www.playvid.com/watch/TEcT-u5BlZ3, http://www.playvid.com/watch/DR0U7qD63dr, http://www.playvid.com/watch/bljn88QDedA, http://www.playvid.com/watch/stY8-R6ux-y, http://www.playvid.com/watch/vwjysf5EuHy, http://www.playvid.com/watch/7VpUZjinW6S, http://www.playvid.com/watch/yFySo0h2EHi, http://www.playvid.com/watch/0cjuEhk9Wph, http://www.playvid.com/watch/bmsSBBy11yw, http://www.playvid.com/watch/jv7S2HuXV8n, http://www.playvid.com/watch/3DYRck9O8e9, http://www.playvid.com/watch/iTPbMkzNmbS, http://www.playvid.com/watch/jusCKgQOmw6, http://www.playvid.com/watch/EgCcisI31rZ, http://www.playvid.com/watch/K_n9JfuofFK, http://www.playvid.com/watch/v1g0aES_LxD, http://www.playvid.com/watch/slTOEAIbsof, http://www.playvid.com/watch/UuhcL4DrBBn, http://www.playvid.com/watch/VsISSU07LRZ, http://www.playvid.com/watch/Py-UB9aqMh2, http://www.playvid.com/watch/5OSgbEXEAvB, http://www.playvid.com/watch/nT2vAd1_l6Q, http://www.playvid.com/watch/KN1d1E5IyfR, http://www.playvid.com/watch/u2SEqZUHemr, http://www.playvid.com/watch/ZSafxaZZ6bB, http://www.playvid.com/watch/BOgS32eJ1if, http://www.playvid.com/watch/y3kzX76iu3K, http://www.playvid.com/watch/No-byV5pEzw, http://www.playvid.com/watch/b1MIBNhFKyd, http://www.playvid.com/watch/nN_xKW8UjXi, http://www.playvid.com/watch/eQvGlnHKBDM, http://www.playvid.com/watch/S04nQzYXMBi, http://www.playvid.com/watch/AwrnEt3ONAW, http://www.playvid.com/watch/n0bt8gW5fNd, http://www.playvid.com/watch/Is95tKoCqiK, http://www.playvid.com/watch/N_myZJ6nPoy, http://www.playvid.com/watch/PPcseg6cuHQ, http://www.playvid.com/watch/Lh-hxNlHDdn, http://www.playvid.com/watch/vJIb38fHS-R, http://www.playvid.com/watch/qLckY38-d7v, http://www.playvid.com/watch/ByDKak3LutA, http://www.playvid.com/watch/Sz1nS43J12f, http://www.playvid.com/watch/3cpRHKCIWYg, http://www.playvid.com/watch/KWuigeOEAjG, http://www.playvid.com/watch/hoEqKJUOfRB, http://www.playvid.com/watch/7DmSy0g_HkA, http://www.playvid.com/watch/rAmLpCFDCem, http://www.playvid.com/watch/mYqzoE0p8KY, http://www.playvid.com/watch/kb9sRturpvS, http://www.playvid.com/watch/XxSnds5ciIg, http://www.playvid.com/watch/POynJ4K5LY2, http://www.playvid.com/watch/zB8gOdAws_f, http://www.playvid.com/watch/sje6atayCto, http://www.playvid.com/watch/STiJIEMzV_K, http://www.playvid.com/watch/X4FgYDSsadw, http://www.playvid.com/watch/xUp4ohKGRqp, http://www.playvid.com/watch/t3C82MrfhSy, http://www.playvid.com/watch/hHwWERAQsFF, http://www.playvid.com/watch/U5-fCstPxdZ, http://www.playvid.com/watch/kR5ttievfCt, http://www.playvid.com/watch/Tu1u5D38eCe, http://www.playvid.com/watch/qt3xpUJCHhm, http://www.playvid.com/watch/3eqL0eVE-kG, http://www.playvid.com/watch/JqrnkpIJdoe, http://www.playvid.com/watch/ga4P-P5WclC, http://www.playvid.com/watch/kDJ_vzArouc, http://www.playvid.com/watch/Cp9v_Ly0Qas, http://www.playvid.com/watch/TTE1McLO-w5, http://www.playvid.com/watch/CoVK28rEHlX, http://www.playvid.com/watch/GZAQBCng6XR, http://www.playvid.com/watch/Qewzg37UkTX, http://www.playvid.com/watch/3-31medTJfF, http://www.playvid.com/watch/CHhpO0axnEC, http://www.playvid.com/watch/MZXSOGA0btd, http://www.playvid.com/watch/Ht5e8JmMQ6C, http://www.playvid.com/watch/taOApX6mdeh, http://www.playvid.com/watch/PIhaGFhw3zX, http://www.playvid.com/watch/RWYqgpsgnQn, http://www.playvid.com/watch/AhSMIvZDlZH, http://www.playvid.com/watch/3_3nLib1AWC, http://www.playvid.com/watch/rP69Gjr8tuU, http://www.playvid.com/watch/nNELRjhn9OL, http://www.playvid.com/watch/0s7PUmsGLpW, http://www.playvid.com/watch/mWLUwxEarrt, http://www.playvid.com/watch/Y02SD534gIj, http://www.playvid.com/watch/iYc1s8lP8HB, http://www.playvid.com/watch/6H_tq21xyNS, http://www.playvid.com/watch/vjqfGTQYjSA, http://www.playvid.com/watch/d66pHDz8ZCf, http://www.playvid.com/watch/U5K5cWgACKv, http://www.playvid.com/watch/9RQTPoYxx2U, http://www.playvid.com/watch/ntM1WUGboS4, http://www.playvid.com/watch/Z--hijp1WUl, http://www.playvid.com/watch/MNgF12qtkW4, http://www.playvid.com/watch/DB6FqOnElX4, http://www.playvid.com/watch/SQdflVhyqvY, http://www.playvid.com/watch/7yyzNikO_G4, http://www.playvid.com/watch/Nuk_Lxy4sx0, http://www.playvid.com/watch/cv_omSFIkBh, http://www.playvid.com/watch/EHcHJoS7EjJ, http://www.playvid.com/watch/SVUbWjbCY8k, http://www.playvid.com/watch/dGiSAwXcwmm, http://www.playvid.com/watch/LVw3xq8XA00, http://www.playvid.com/watch/9PCiKLfCiiX, http://www.playvid.com/watch/8JfYYAupehr, http://www.playvid.com/watch/GHWdAkcpXPR, http://www.playvid.com/watch/NmJ9cDiY4F5, http://www.playvid.com/watch/aO1aW8sF4Qf, http://www.playvid.com/watch/qaa4Ruc5ugK, http://www.playvid.com/watch/l3y1uQPDTij, http://www.playvid.com/watch/oMNBndxAOXB, http://www.playvid.com/watch/Yf2u9KMOwqR, http://www.playvid.com/watch/7WrRu6IPlN2, http://www.playvid.com/watch/rHY1co9cY2G, http://www.playvid.com/watch/wGtrG7hnRXK, http://www.playvid.com/watch/vA1onCNDaOW, http://www.playvid.com/watch/UBT1fBWzyrm, http://www.playvid.com/watch/Bb047DW3hEX, http://www.playvid.com/watch/eyde_ORsoNn, http://www.playvid.com/watch/3k-OYwOIm1U, http://www.playvid.com/watch/N7kiVcpM1Lw, http://www.playvid.com/watch/uiGlx4yCGAu, http://www.playvid.com/watch/xVT-LCMOwjg, http://www.playvid.com/watch/hl1F8Xf5B6j, http://www.playvid.com/watch/3rets8yIOxL, http://www.playvid.com/watch/tLZa8Iy1Q9V, http://www.playvid.com/watch/PAfktDOIor7, http://www.playvid.com/watch/kRhCGXG4gc6, http://www.playvid.com/watch/BKEA9s7qSzS, http://www.playvid.com/watch/n3eEKEnbgKv, http://www.playvid.com/watch/W2V0g4RREbS, http://www.playvid.com/watch/aQCWnFncxvb, http://www.playvid.com/watch/ppxxIhkmIJP, http://www.playvid.com/watch/nRDtLiuzD5z, http://www.playvid.com/watch/7k0VqUFQ1Aq, http://www.playvid.com/watch/ztHC2arJ9f2, http://www.playvid.com/watch/AnW68Q1A6Jx, http://www.playvid.com/watch/RtmkPPxg04Y, http://www.playvid.com/watch/ww2tf2VBglT, http://www.playvid.com/watch/K1G_8P_uR5w, http://www.playvid.com/watch/bXNw0l4u9sD, http://www.playvid.com/watch/oKdWuzO_giM, http://www.playvid.com/watch/T9UO2y2okZW, http://www.playvid.com/watch/0KBF5Y6-c9z, http://www.playvid.com/watch/dTc2IL05mhi, http://www.playvid.com/watch/8Q7pZ_ekYBQ, http://www.playvid.com/watch/3K2ceUEAlTn, http://www.playvid.com/watch/qR6SGjv1Z_3, http://www.playvid.com/watch/EWO-xqxTTVM, http://www.playvid.com/watch/XzH2IxvOeWm, http://www.playvid.com/watch/xt36YFt4bLU, http://www.playvid.com/watch/FaEUc6ebs-P, http://www.playvid.com/watch/ysxszryzEho, http://www.playvid.com/watch/4QbKgjerl4C, http://www.playvid.com/watch/DMX92mI1sEb, http://www.playvid.com/watch/JwuatLXFCu9, http://www.playvid.com/watch/fjL6e34xILM, http://www.playvid.com/watch/QY1Fvx6nCwv, http://www.playvid.com/watch/iFC62q3fejI, http://www.playvid.com/watch/bSY8X02_yqW, http://www.playvid.com/watch/VC4veGdP9IG, http://www.playvid.com/watch/VB5Ijuihf_D, http://www.playvid.com/watch/2ZBoC54uFYP, http://www.playvid.com/watch/UiG37cDSUWr, http://www.playvid.com/watch/hK9i5AfkU8x, http://www.playvid.com/watch/XpyVJ_1X7uU, http://www.playvid.com/watch/yQ2dRdZH_-Q, http://www.playvid.com/watch/eT6d71bdRMS, http://www.playvid.com/watch/tsM1Bn_YHbw, http://www.playvid.com/watch/0b-OeGZjzuC, http://www.playvid.com/watch/WhYqgMNC8Jz, http://www.playvid.com/watch/UwE4mgavu68, http://www.playvid.com/watch/JQnJrX4500K, http://www.playvid.com/watch/B-pbyO8AhI2, http://www.playvid.com/watch/ein92A0BzMt, http://www.playvid.com/watch/O6t-tcad-8o, http://www.playvid.com/watch/PEUMV0APGuh, http://www.playvid.com/watch/lHjuTVKsnrC, http://www.playvid.com/watch/4v2-ycq5raS, http://www.playvid.com/watch/s_W9gBWygCk, http://www.playvid.com/watch/x9ujt2nbuR8, http://www.playvid.com/watch/pzfzUWJ8OLr, http://www.playvid.com/watch/4IZ8uG5iVLG, http://www.playvid.com/watch/g2VsWZ1B56W, http://www.playvid.com/watch/CdFXXVfJzPv, http://www.playvid.com/watch/X6jbpwmi9nP, http://www.playvid.com/watch/Khm4zncdGRG, http://www.playvid.com/watch/tWQAcQxyTaZ, http://www.playvid.com/watch/KBY4SdQUqFF, http://www.playvid.com/watch/naGCajvEX1n, http://www.playvid.com/watch/IlJ20CIMT4u, http://www.playvid.com/watch/PSRxEQccTzD, http://www.playvid.com/watch/lSs1wHciG1E, http://www.playvid.com/watch/VMnOwEPmL_g, http://www.playvid.com/watch/sTbW_laABfy, http://www.playvid.com/watch/uHZ4TzbsKDw, http://www.playvid.com/watch/OvMhgQX6W7y, http://www.playvid.com/watch/S93b01HVRlA, http://www.playvid.com/watch/bfWxodd6Prw, http://www.playvid.com/watch/t4sYy2khIGI, http://www.playvid.com/watch/wC3hJ8lLing, http://www.playvid.com/watch/MB-yaRb_TYV, http://www.playvid.com/watch/4Ye-Q-IbnBF, http://www.playvid.com/watch/Nk0ORdGfNkn, http://www.playvid.com/watch/zeoLsZLOTVD, http://www.playvid.com/watch/8ykhYHbs4xQ, http://www.playvid.com/watch/tdn6FeZfCyY, http://www.playvid.com/watch/W_8VN10VLLF, http://www.playvid.com/watch/rfXs5ISQAxQ, http://www.playvid.com/watch/zsBzPg8tbsw, http://www.playvid.com/watch/H_MF-I6cgoE, http://www.playvid.com/watch/wD84WexMqjC, http://www.playvid.com/watch/fQ_lHMMCojq, http://www.playvid.com/watch/VjZFgJgCSh3, http://www.playvid.com/watch/EuRyoT-jbdz, http://www.playvid.com/watch/gAkr5GJhP9X, http://www.playvid.com/watch/fT7HN5HUdOh, http://www.playvid.com/watch/2MY1-098zM0, http://www.playvid.com/watch/qr-zeBzalMV, http://www.playvid.com/watch/bc-I5URb94U, http://www.playvid.com/watch/o1F_Pp-Spak, http://www.playvid.com/watch/0PtF1gz2BQ4, http://www.playvid.com/watch/hibk-sjZGW7, http://www.playvid.com/watch/CeHJWSNacH7, http://www.playvid.com/watch/67P9rJxeeJR, http://www.playvid.com/watch/by2GyNpOeHf, http://www.playvid.com/watch/hTqCKYo3yCV, http://www.playvid.com/watch/BigYehr4xS6, http://www.playvid.com/watch/Ic8uuE3IbP8, http://www.playvid.com/watch/LMqUgwcgBLR, http://www.playvid.com/watch/nJsl7TCwonK, http://www.playvid.com/watch/ht00XJdMgy8, http://www.playvid.com/watch/JV5wLlkBp0w, http://www.playvid.com/watch/VwmK7Zk8v2P, http://www.playvid.com/watch/3nL3DhD3GuC, http://www.playvid.com/watch/DJf2SX_Gghx, http://www.playvid.com/watch/bEjI6a-QqRO, http://www.playvid.com/watch/OxGnfCULPHX, http://www.playvid.com/watch/vTZXDdR-G8u, http://www.playvid.com/watch/VQJ0V1VXH7b, http://www.playvid.com/watch/5ncF9He90nz, http://www.playvid.com/watch/BObBx0nRMYy, http://www.playvid.com/watch/4mk-gmcrpDL, http://www.playvid.com/watch/VNqTcYWsUET, http://www.playvid.com/watch/U2VOIwhJ4QZ, http://www.playvid.com/watch/lGe5SFge_dV, http://www.playvid.com/watch/fXZ9RLo0FaW, http://www.playvid.com/watch/oMFT4BYo5OJ, http://www.playvid.com/watch/oHQUrVAjj_f, http://www.playvid.com/watch/B6Ry0gOYEF5, http://www.playvid.com/watch/Ebyi91R8dIT, http://www.playvid.com/watch/a__jPQoFCRI, http://www.playvid.com/watch/NaOJAuXYJhS,

http://www.playvid.com/watch/R1Z9-zHsDAB, http://www.playvid.com/watch/E19oUlzM5-7, http://www.playvid.com/watch/Wgw_P4Nvrn2, http://www.playvid.com/watch/3BLJxwv51Cb, http://www.playvid.com/watch/hpVDE8tFQvK, http://www.playvid.com/watch/YhTeEJjMSMJ, http://www.playvid.com/watch/gMXF8wdJ5PI, http://www.playvid.com/watch/L15viGMWxpL, http://www.playvid.com/watch/t15PK1RsFYa, http://www.playvid.com/watch/TMZkrZFNlPe, http://www.playvid.com/watch/wIxZgpJM43r, http://www.playvid.com/watch/SK7zKTuVt07, http://www.playvid.com/watch/rhhNk1slsRf, http://www.playvid.com/watch/suwtZzrUupB, http://www.playvid.com/watch/9ZJTcWaZIqR, http://www.playvid.com/watch/bI38kSTNz2e, http://www.playvid.com/watch/3b5NjCuxeNB, http://www.playvid.com/watch/C0G-42pMVOD, http://www.playvid.com/watch/VTSOv2zVNqT, http://www.playvid.com/watch/Latp6nLGYfm, http://www.playvid.com/watch/eGwjnG1jQkL, http://www.playvid.com/watch/KgrvEB2cloA, http://www.playvid.com/watch/JvuQBaW3SeH, http://www.playvid.com/watch/fBfycj4Hipz, http://www.playvid.com/watch/DwOx19vfB7j, http://www.playvid.com/watch/ATr-R_WPRJm, http://www.playvid.com/watch/hNlgeaGNvqs, http://www.playvid.com/watch/fcvlG3HUtlg, http://www.playvid.com/watch/MtdW1RBrAq9, http://www.playvid.com/watch/TcDitmH0mgt, http://www.playvid.com/watch/RAUN925zWzp, http://www.playvid.com/watch/kX5d1n7r3EP, http://www.playvid.com/watch/EdlvDRDoL2p, http://www.playvid.com/watch/WSDaEtrjFgy, http://www.playvid.com/watch/U23VDW6AxxI, http://www.playvid.com/watch/DA07Ff5JO3C, http://www.playvid.com/watch/UCkJ8XtEwq2, http://www.playvid.com/watch/PMXhr6jntsB, http://www.playvid.com/watch/dAWCvdN_RaB, http://www.playvid.com/watch/3Dvc4hXE9mH, http://www.playvid.com/watch/7nVMB2nJbbO, http://www.playvid.com/watch/AJuNX00fqiw, http://www.playvid.com/watch/4FZCFljsFqH, http://www.playvid.com/watch/3lxbEC_7P3S, http://www.playvid.com/watch/Rk82dJ7e1Eu
5.f. Date of third notice: 2015-09-30 21:09:34
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: nordik
5.b. Uploader's email address: noromikel@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/nordik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UmEFzYsIjwP, http://www.playvid.com/watch/Dk8xSj9IlXh, http://www.playvid.com/watch/cMHhgA0rzac, http://www.playvid.com/watch/YaV3Q-6o6AA, http://www.playvid.com/watch/7kHcNYjwtDz, http://www.playvid.com/watch/sWyxpiI4hXE, http://www.playvid.com/watch/Yc-7iJvttbw, http://www.playvid.com/watch/-seV7CNdgQd, http://www.playvid.com/watch/DXzU7-FIL26, http://www.playvid.com/watch/pBpkTUnCslN, http://www.playvid.com/watch/cA5BkWKD0Wa, http://www.playvid.com/watch/k8ofTdOLxwS, http://www.playvid.com/watch/oAlsTHkBmH2, http://www.playvid.com/watch/yIEcTPDIxE7, http://www.playvid.com/watch/5PBK4lYegFW, http://www.playvid.com/watch/ibvK3QeyVuy, http://www.playvid.com/watch/70KRG5lhoBe, http://www.playvid.com/watch/dMpmrnLacKV, http://www.playvid.com/watch/jTVgptL6VWI, http://www.playvid.com/watch/YEmaknrJr08, http://www.playvid.com/watch/to0xmHse2gJ, http://www.playvid.com/watch/jrNVNnAZAxw, http://www.playvid.com/watch/PNHtkXH9NSp, http://www.playvid.com/watch/MsOGm-W8gh3, http://www.playvid.com/watch/oRFqWvcmpVm, http://www.playvid.com/watch/O2yGunR-khP, http://www.playvid.com/watch/DzAr-34mCMB, http://www.playvid.com/watch/aou8qfTNFee, http://www.playvid.com/watch/DUITvvLgGsv, http://www.playvid.com/watch/XtHduYGTqcY, http://www.playvid.com/watch/5ALa6dTdg-Z, http://www.playvid.com/watch/mgPQMYpPWKj, http://www.playvid.com/watch/YDXoE7iC6KH, http://www.playvid.com/watch/vomGNGkTTvf, http://www.playvid.com/watch/EARGwlI52d5, http://www.playvid.com/watch/srh-qU9oyGs, http://www.playvid.com/watch/7OUU7FVksuf, http://www.playvid.com/watch/FziiVKUPM8e, http://www.playvid.com/watch/eRo7e5O5wqf, http://www.playvid.com/watch/W86fttJUPlF, http://www.playvid.com/watch/vAyrciut72k, http://www.playvid.com/watch/cVp3yX4MhIg, http://www.playvid.com/watch/nXcyv8L2jph, http://www.playvid.com/watch/pPrauClCCzh, http://www.playvid.com/watch/uz7uoGazRSV, http://www.playvid.com/watch/yeYz7kOhhGg, http://www.playvid.com/watch/zLzlUYqW3Aw, http://www.playvid.com/watch/3ri5TEjCi85, http://www.playvid.com/watch/l9nfcpEs3W0, http://www.playvid.com/watch/BCjfo4K3cns, http://www.playvid.com/watch/NPpsiFzAX2R, http://www.playvid.com/watch/9wRYqTRjVLU, http://www.playvid.com/watch/LOVbsTL8zCd, http://www.playvid.com/watch/cc8jYggizOh, http://www.playvid.com/watch/37aD8SlYRLg, http://www.playvid.com/watch/gcjELlQD-wC, http://www.playvid.com/watch/Rdj5Pyc4qxl, http://www.playvid.com/watch/4ENGjnNaFQi, http://www.playvid.com/watch/mBrCdLM7Tfd, http://www.playvid.com/watch/0uq0N7EqEnM, http://www.playvid.com/watch/QskZETl4GTR, http://www.playvid.com/watch/OQZWEA2cT4r, http://www.playvid.com/watch/bNSNej45Drr, http://www.playvid.com/watch/o9XfhiyD0-S, http://www.playvid.com/watch/YT-YCTlvoak, http://www.playvid.com/watch/HQxK6UzWC9-, http://www.playvid.com/watch/p5DiXmssx6R, http://www.playvid.com/watch/jFaydth8q3Z, http://www.playvid.com/watch/WPvh7bImHim, http://www.playvid.com/watch/tdReSV43pfh, http://www.playvid.com/watch/O8kCr06EC8j, http://www.playvid.com/watch/bFbBt8tr2cU, http://www.playvid.com/watch/BO2vsGdHAEb, http://www.playvid.com/watch/Ureec5Sme4t, http://www.playvid.com/watch/8UUkMM44Qki, http://www.playvid.com/watch/kMZYWPvrSir, http://www.playvid.com/watch/8C-LaoSv2uD, http://www.playvid.com/watch/2Dw6pp3MMlS, http://www.playvid.com/watch/MJ8hHp2F-sC, http://www.playvid.com/watch/2O3g0RipI3N, http://www.playvid.com/watch/pw39J9hbrk2
5.f. Date of third notice: 2013-10-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: NOVENTRICO
5.b. Uploader's email address: enriconova@live.it
5.d. Uploader's profile: http://www.playvid.com/member/NOVENTRICO
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7ZOxvwfzw0V, http://www.playvid.com/watch/VpNOoJaJU2m, http://www.playvid.com/watch/fJ5EleLQhqG, http://www.playvid.com/watch/damqru6h6Rl, http://www.playvid.com/watch/9FdNruzFP3X, http://www.playvid.com/watch/wa-NRSouZyV, http://www.playvid.com/watch/4sbgpYbGAmg, http://www.playvid.com/watch/wZ2uKW5cOVt, http://www.playvid.com/watch/0npXpWAlYsH, http://www.playvid.com/watch/JDg7NKLEC9U, http://www.playvid.com/watch/8i9mo2FQLeB, http://www.playvid.com/watch/VyaMZk5tltc, http://www.playvid.com/watch/ywpbk8oGak6, http://www.playvid.com/watch/TM33iZd0gn0, http://www.playvid.com/watch/rxOtnpKvZVG, http://www.playvid.com/watch/4lkkKdXDQ5m, http://www.playvid.com/watch/q-4MSpdfGzM, http://www.playvid.com/watch/jdtM89PhvqY, http://www.playvid.com/watch/q0Pb9-pB5Dl, http://www.playvid.com/watch/4Db8sS78kKK, http://www.playvid.com/watch/Zppsb63k0ln, http://www.playvid.com/watch/ZaryqL0iu5u, http://www.playvid.com/watch/eIgm9ZsbmLA, http://www.playvid.com/watch/mCd2jTlrh0c, http://www.playvid.com/watch/pHgINdhDn7w, http://www.playvid.com/watch/KrTlfQp6D-q, http://www.playvid.com/watch/w0cEKmMPj9A, http://www.playvid.com/watch/4hJ8c9pQsCV, http://www.playvid.com/watch/g7fEWcn2Qz2, http://www.playvid.com/watch/yj9ZNOE-ARD, http://www.playvid.com/watch/2OL38P0OYEm, http://www.playvid.com/watch/U9NvH3h4aUi, http://www.playvid.com/watch/0Ur9Q68Mu6F, http://www.playvid.com/watch/dJaYQMfV84g, http://www.playvid.com/watch/FQtYum7knqM, http://www.playvid.com/watch/pArjku6mBVR, http://www.playvid.com/watch/TLamWW-96pl, http://www.playvid.com/watch/L4iDnrajz6-, http://www.playvid.com/watch/BTmKn6OCkZh, http://www.playvid.com/watch/zzmRXe9ty9v, http://www.playvid.com/watch/Z8gR0BU7gt7, http://www.playvid.com/watch/73l-2BToq-O, http://www.playvid.com/watch/YjG6PSLIJXd, http://www.playvid.com/watch/Qsu0Cezsd9K, http://www.playvid.com/watch/v6BrtTpdw7R, http://www.playvid.com/watch/3Nq8T-NNfDS, http://www.playvid.com/watch/KtoBLEeBChG, http://www.playvid.com/watch/uQRqNo8JpUE, http://www.playvid.com/watch/GZqu6URMlIx, http://www.playvid.com/watch/uhORMwjXaKV, http://www.playvid.com/watch/h2dV2zvdNl3, http://www.playvid.com/watch/hS7uyyhVSO7, http://www.playvid.com/watch/kC3ghyEE34u, http://www.playvid.com/watch/HoVtLPTL2Ul, http://www.playvid.com/watch/edQqVNXsY6T, http://www.playvid.com/watch/HfDu4Wk4noS, http://www.playvid.com/watch/w2ZRwnPSJEW, http://www.playvid.com/watch/N9a-CpgKhZs, http://www.playvid.com/watch/0cWTtaBEmEj, http://www.playvid.com/watch/6zATGXaWWGS, http://www.playvid.com/watch/SdF2MJOqK5i, http://www.playvid.com/watch/LAcURO6bu8O, http://www.playvid.com/watch/JbnOs8VWrAu, http://www.playvid.com/watch/JxFzHQ9mXcK, http://www.playvid.com/watch/UeGyqquBiIz, http://www.playvid.com/watch/AwgXwqQq09L, http://www.playvid.com/watch/0SWMKbag8rg, http://www.playvid.com/watch/ScOQtCYn99S, http://www.playvid.com/watch/9vMOdMMKN0E, http://www.playvid.com/watch/FrwcLqNtqDh, http://www.playvid.com/watch/uHYw9ZxcwfC, http://www.playvid.com/watch/Xj2x05Ntv4F, http://www.playvid.com/watch/b8Fgp0axFeg, http://www.playvid.com/watch/OtuujjBVzfV, http://www.playvid.com/watch/Zk3aivicVKy, http://www.playvid.com/watch/cskwhYBI6DO, http://www.playvid.com/watch/hL-K7nVv2V7, http://www.playvid.com/watch/b3N70p5MmJG, http://www.playvid.com/watch/ju-e4SoEGmy, http://www.playvid.com/watch/YBmudRauVrX, http://www.playvid.com/watch/0F6eUB4T5IU, http://www.playvid.com/watch/Gqex587Svbd, http://www.playvid.com/watch/o97CshMR-rz, http://www.playvid.com/watch/OosZqt7Rj-L, http://www.playvid.com/watch/grIP5ADciUt, http://www.playvid.com/watch/As5ohtvkOAl, http://www.playvid.com/watch/ZyV5Kd8rdeS, http://www.playvid.com/watch/4VMvzugX6pu, http://www.playvid.com/watch/5WyfgQ9qLFc, http://www.playvid.com/watch/6XZidxDnV7w, http://www.playvid.com/watch/zQvnIr5-cxU, http://www.playvid.com/watch/esaEnokKBsK, http://www.playvid.com/watch/rNWLA-ut6JR, http://www.playvid.com/watch/DiZN-6CgvFh, http://www.playvid.com/watch/NlbM8dnMcWI, http://www.playvid.com/watch/TnGPoNmjXgC, http://www.playvid.com/watch/oBc5x7MsiAw, http://www.playvid.com/watch/FGXWXypYbPm, http://www.playvid.com/watch/LuijJlu0Ert, http://www.playvid.com/watch/hizbuXhyo8h, http://www.playvid.com/watch/iL9O2FFTxMo, http://www.playvid.com/watch/fAe7c50dZg-, http://www.playvid.com/watch/pKQVloQQEtW, http://www.playvid.com/watch/Wb3ejRwMtDz, http://www.playvid.com/watch/I9Iw3YyHwgQ, http://www.playvid.com/watch/5hpvEWeW9kp, http://www.playvid.com/watch/SUIQXpWLqSZ, http://www.playvid.com/watch/xlFbidzAqih, http://www.playvid.com/watch/JBJmP8vu4Ji, http://www.playvid.com/watch/6vBx8mcyZVW, http://www.playvid.com/watch/yqXwGrWqmMi, http://www.playvid.com/watch/87rRW2yHSRg, http://www.playvid.com/watch/wpBzCnugXBC, http://www.playvid.com/watch/cM9E3n7rVUk, http://www.playvid.com/watch/GYeNuTCEvbo, http://www.playvid.com/watch/2dxY8baUxic, http://www.playvid.com/watch/m7rWITRQKrA, http://www.playvid.com/watch/KD3ZY95LHZ7, http://www.playvid.com/watch/Kzx7oHno65j, http://www.playvid.com/watch/dq8-DUr0WUR, http://www.playvid.com/watch/alAbKJsLgEL, http://www.playvid.com/watch/-GyckIADGtD,

http://www.playvid.com/watch/V9fTYEkYBqW, http://www.playvid.com/watch/UahBQxJaxZD, http://www.playvid.com/watch/okLCfn5mVR0, http://www.playvid.com/watch/7Ie4ZJ-oyCL, http://www.playvid.com/watch/vnt0w6hMnYW, http://www.playvid.com/watch/-h0uJIo6gnj, http://www.playvid.com/watch/Q5GiV6Rzkpj, http://www.playvid.com/watch/UxzRyT0i9sq, http://www.playvid.com/watch/eTSUuz-QKtX, http://www.playvid.com/watch/hF2VSVnZbE2, http://www.playvid.com/watch/InMu8LUJauj, http://www.playvid.com/watch/P83Up56cdNy, http://www.playvid.com/watch/-cbtboyesUF, http://www.playvid.com/watch/eB0XuzcWXtb, http://www.playvid.com/watch/5jUslkEooCq, http://www.playvid.com/watch/bEZXgtcj0fr, http://www.playvid.com/watch/BhhocbKEqM7, http://www.playvid.com/watch/hGU5yYcaLCT, http://www.playvid.com/watch/d5Nrhoj0jRb, http://www.playvid.com/watch/T7STbQ9AHkl, http://www.playvid.com/watch/hiFybjbsLmi, http://www.playvid.com/watch/2qiEZ7hdTQD, http://www.playvid.com/watch/uIdqGwaf-K5, http://www.playvid.com/watch/HNKZ6P2DLHp, http://www.playvid.com/watch/KvgZdbhfVTv, http://www.playvid.com/watch/dwcBblCj8JP, http://www.playvid.com/watch/JYYQCeYE9cK, http://www.playvid.com/watch/whDinuWApWY, http://www.playvid.com/watch/4CyzBYeKDsX, http://www.playvid.com/watch/CmomW26qpr2, http://www.playvid.com/watch/EEJ3u2b9nNA, http://www.playvid.com/watch/GvQKXfIObI5, http://www.playvid.com/watch/lp46TrQ6gnt, http://www.playvid.com/watch/k3-TH8S75Hz, http://www.playvid.com/watch/jbU9uhEkWBr, http://www.playvid.com/watch/NNkvQvPUYgr, http://www.playvid.com/watch/Si4ybeKUy-T, http://www.playvid.com/watch/Dfd4ONygaD-, http://www.playvid.com/watch/zcUZiHbkoL8, http://www.playvid.com/watch/lqXxXlZGfQp, http://www.playvid.com/watch/Z88f7dMpyAK, http://www.playvid.com/watch/SS-aR37-a92, http://www.playvid.com/watch/HthJRMyXY0G, http://www.playvid.com/watch/Jf7IuL2zrvl, http://www.playvid.com/watch/ijHZFoJZE4G, http://www.playvid.com/watch/U4gE5Fr3Zrw, http://www.playvid.com/watch/wkCFjL5Yx50, http://www.playvid.com/watch/O9NZYSsSuqS, http://www.playvid.com/watch/zYmR5EPVcW7, http://www.playvid.com/watch/m73BQXKbyns, http://www.playvid.com/watch/VsESMapgJqa, http://www.playvid.com/watch/SUvTb3J5FPX, http://www.playvid.com/watch/ovqWLhRdPaW, http://www.playvid.com/watch/skH-7ViNVHE, http://www.playvid.com/watch/EUfKC2poO6L, http://www.playvid.com/watch/AAHFYFc7orx, http://www.playvid.com/watch/P5732PeMRYd, http://www.playvid.com/watch/UAxRWc60Q3C, http://www.playvid.com/watch/RKzbppfHmtp, http://www.playvid.com/watch/CLqRL-pVxRb, http://www.playvid.com/watch/r6xpxgrrBwo, http://www.playvid.com/watch/6ypFaFPuyVW, http://www.playvid.com/watch/c29EExtyTxF, http://www.playvid.com/watch/7d93268IxvV, http://www.playvid.com/watch/vKVbUA8czBL, http://www.playvid.com/watch/g9syP6hw-E2, http://www.playvid.com/watch/6kqSAjG9VAE, http://www.playvid.com/watch/oN9HowAqSsj, http://www.playvid.com/watch/iEaRoJgTkyL, http://www.playvid.com/watch/OntEaOx3Ymp, http://www.playvid.com/watch/M44Jhq0DTFv, http://www.playvid.com/watch/yDIgiIVXWln, http://www.playvid.com/watch/VOU2u3LLoaQ, http://www.playvid.com/watch/bKY8ikmdOaZ, http://www.playvid.com/watch/g86PNrwoaWR, http://www.playvid.com/watch/uTl3CUx4IkF, http://www.playvid.com/watch/bpliP6pDSZG, http://www.playvid.com/watch/SEwZ3WETBWF, http://www.playvid.com/watch/XOQYrHqzLRQ, http://www.playvid.com/watch/hwLxnJkRnFP, http://www.playvid.com/watch/fGohq4jjIwe, http://www.playvid.com/watch/6UKTZCve2Me, http://www.playvid.com/watch/zoXB-bZxHDo, http://www.playvid.com/watch/Ps3O0MtjF2c, http://www.playvid.com/watch/esksW4C-LRp, http://www.playvid.com/watch/VDi4oKpL2QW

5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: oharo
5.b. Uploader's email address: tokmanko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/oharo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HoF3kxKb56h, http://www.playvid.com/watch/jYfLesu9IFs, http://www.playvid.com/watch/U8RRkglnMJX, http://www.playvid.com/watch/zRU083BFk70, http://www.playvid.com/watch/VBFinmC7zMi, http://www.playvid.com/watch/L0s8s1v8x42, http://www.playvid.com/watch/ToVVP6lRten, http://www.playvid.com/watch/zA6fe0I_Ks6, http://www.playvid.com/watch/P0NMKrfUuXM, http://www.playvid.com/watch/BiPHiDQvck0, http://www.playvid.com/watch/PEEbaBW1USf, http://www.playvid.com/watch/GNyIJJrgNsH, http://www.playvid.com/watch/x9J0WdQKm4U, http://www.playvid.com/watch/rNfaE8mjGhv, http://www.playvid.com/watch/58XDuVUviny, http://www.playvid.com/watch/Ywh_Ssuf4Rn, http://www.playvid.com/watch/bYeerdaqKqv, http://www.playvid.com/watch/CRr-J6aG_XX, http://www.playvid.com/watch/IzMbZayVMX0, http://www.playvid.com/watch/Gbq7Ovv3D5Y, http://www.playvid.com/watch/gGGo3TAAt0N, http://www.playvid.com/watch/OMc5oFiLuoN, http://www.playvid.com/watch/bkLz_g2JeUy, http://www.playvid.com/watch/zb0VS24h_TW, http://www.playvid.com/watch/IhXe4kbnESG, http://www.playvid.com/watch/VLx4TA1kwio, http://www.playvid.com/watch/wJzjxO_mFjb, http://www.playvid.com/watch/nZeRS5z0bE6, http://www.playvid.com/watch/5Z4y8SpweWV, http://www.playvid.com/watch/Ua9O7yYHBSs, http://www.playvid.com/watch/f9imM1wZ8eb, http://www.playvid.com/watch/k0aI8QzXzwZ, http://www.playvid.com/watch/A6WnXNJxwm9, http://www.playvid.com/watch/XpGXpfaOWGf, http://www.playvid.com/watch/SRx_cgqu0wp, http://www.playvid.com/watch/XBAruZn3RV5, http://www.playvid.com/watch/mqfX869Q2zO, http://www.playvid.com/watch/ru8I_a4RpbD, http://www.playvid.com/watch/iZrkCHjQVYa, http://www.playvid.com/watch/a1uv7IzqJf6, http://www.playvid.com/watch/zQgxGlcYdXm, http://www.playvid.com/watch/NugnwahDzrW, http://www.playvid.com/watch/g8IZH4gLWNj, http://www.playvid.com/watch/7IpBG9BgXeF, http://www.playvid.com/watch/MePCgiyN8Jt, http://www.playvid.com/watch/40sAE09qD7i, http://www.playvid.com/watch/8ZriQC52nD5, http://www.playvid.com/watch/Wk9n3rCV85c, http://www.playvid.com/watch/SZXRn62LPad, http://www.playvid.com/watch/ALkMGcSkbBR, http://www.playvid.com/watch/AIFXJNp84cf, http://www.playvid.com/watch/vjp8pckaA90, http://www.playvid.com/watch/gytONjn6Hrh, http://www.playvid.com/watch/HRi_TOjTZAQ, http://www.playvid.com/watch/m9vjI1xj7Gs, http://www.playvid.com/watch/IryzmrmppTE, http://www.playvid.com/watch/hZ2czbBf29A, http://www.playvid.com/watch/Pk0T2Q7tZ5I, http://www.playvid.com/watch/ah8Q-ph8h5y, http://www.playvid.com/watch/bdFzAQg-lB5, http://www.playvid.com/watch/9LOB71_1wLV, http://www.playvid.com/watch/mh0bA2wDxHr, http://www.playvid.com/watch/GHprW9Uy2_D, http://www.playvid.com/watch/7GnfZ_iXROA, http://www.playvid.com/watch/Jb0brNHOqgX, http://www.playvid.com/watch/Z0aGy_Oy6kr, http://www.playvid.com/watch/XeiHE6fILbk, http://www.playvid.com/watch/sqT_EO0er1h, http://www.playvid.com/watch/di4KQ8M_RXs, http://www.playvid.com/watch/MdTF6wqhopx, http://www.playvid.com/watch/sKo_Bfg-4F6, http://www.playvid.com/watch/0hUy-CE_cKK, http://www.playvid.com/watch/ztj86G1T7jl, http://www.playvid.com/watch/vVjV_dPp33K, http://www.playvid.com/watch/tYfyf3a0J9d, http://www.playvid.com/watch/W8G1da1e-e4, http://www.playvid.com/watch/QpQbJYxC8G6, http://www.playvid.com/watch/v3uN02eQrVh, http://www.playvid.com/watch/fP7EOtuv6ye, http://www.playvid.com/watch/khkKapQ3JkF, http://www.playvid.com/watch/pPG1q-R8L1a, http://www.playvid.com/watch/Iodz8_JiyLA, http://www.playvid.com/watch/7HWwiT5Cint, http://www.playvid.com/watch/yjkCj0zgmGx, http://www.playvid.com/watch/AHTjyyfRm-p, http://www.playvid.com/watch/WBjvVvl0FEy, http://www.playvid.com/watch/FDlQoL-ig3U, http://www.playvid.com/watch/Vu-TsELKcqv, http://www.playvid.com/watch/AaAQlXNxfTF, http://www.playvid.com/watch/j34WQyudL3o, http://www.playvid.com/watch/W_EDaJ8G9UO, http://www.playvid.com/watch/66mpky3sJeI, http://www.playvid.com/watch/j7tpMFo24CV, http://www.playvid.com/watch/S5-CSjcNIjD, http://www.playvid.com/watch/zKUeVr_8snh, http://www.playvid.com/watch/42RiuNDjK4B, http://www.playvid.com/watch/3LBRRpH5iKk, http://www.playvid.com/watch/Zk1N1Dd7Da3, http://www.playvid.com/watch/WHiQ2fNbNKf, http://www.playvid.com/watch/A9I3WvKsgZp, http://www.playvid.com/watch/xge3I5lj207, http://www.playvid.com/watch/vf01CTipAR7, http://www.playvid.com/watch/aR2a9GO1vv6, http://www.playvid.com/watch/Ckvs2M7kV2c, http://www.playvid.com/watch/rvLenpvIeig, http://www.playvid.com/watch/tyrKuXOfCDG, http://www.playvid.com/watch/ZsRzz10Jewb, http://www.playvid.com/watch/Bgo1wZHG3ji, http://www.playvid.com/watch/ihD3whatuXM, http://www.playvid.com/watch/I8_CyWNl-0X, http://www.playvid.com/watch/OJQd8mrqz0e, http://www.playvid.com/watch/6eNgIEcZBhO, http://www.playvid.com/watch/Jzs05sgDEd0, http://www.playvid.com/watch/oZ4EDeTt7vy, http://www.playvid.com/watch/mKjUCqum3Eo, http://www.playvid.com/watch/CvUvkQcvIyg, http://www.playvid.com/watch/kJzkW792qXn, http://www.playvid.com/watch/hUlObHs-nUr, http://www.playvid.com/watch/4YxewEKARLd, http://www.playvid.com/watch/aRMgi0encTI, http://www.playvid.com/watch/KsHrZabN7qd, http://www.playvid.com/watch/vl6--4sO4bU, http://www.playvid.com/watch/cDcdsgcxaGK, http://www.playvid.com/watch/Vn28T1Pz1X6, http://www.playvid.com/watch/gBq2LC1_zjE, http://www.playvid.com/watch/BED9ZB3gK_M, http://www.playvid.com/watch/W1-TkanRX9Y, http://www.playvid.com/watch/lqCy0Kxgcdw, http://www.playvid.com/watch/igDtBFjdqOc, http://www.playvid.com/watch/XcyAdpRG9Ms, http://www.playvid.com/watch/4gkxHodXYDv, http://www.playvid.com/watch/tw72_m8Yyxp, http://www.playvid.com/watch/R-CLPrjc5K3, http://www.playvid.com/watch/6kl072yRMJS, http://www.playvid.com/watch/GfoWO-xTZt3, http://www.playvid.com/watch/tqTpPSwlrlh, http://www.playvid.com/watch/b8-Tt-gXs6f, http://www.playvid.com/watch/qMsWWvayye4, http://www.playvid.com/watch/LUA6T7d-zDg, http://www.playvid.com/watch/KiZ_zbyF5sf, http://www.playvid.com/watch/HDbViJRXDwF, http://www.playvid.com/watch/DKgmM2KOtKL, http://www.playvid.com/watch/VguBPvDKbBd, http://www.playvid.com/watch/kjiiLi7fxbl, http://www.playvid.com/watch/Ta2U-u9qgH5, http://www.playvid.com/watch/wLD51EbkO9G, http://www.playvid.com/watch/lVCH4vDnGwB, http://www.playvid.com/watch/Q-7JCRla5du, http://www.playvid.com/watch/KQ_1yTfouoc, http://www.playvid.com/watch/5lBFckLLT2g, http://www.playvid.com/watch/5KX6fJa0dDG, http://www.playvid.com/watch/3Sd1bI5vVUo, http://www.playvid.com/watch/3RgTy16b1i7, http://www.playvid.com/watch/cateG0oXyod, http://www.playvid.com/watch/hW-c10vvMM8, http://www.playvid.com/watch/CxlmIUbG8mI, http://www.playvid.com/watch/pZa4zqSi-oL, http://www.playvid.com/watch/Kx_Wj8dZ3Yh, http://www.playvid.com/watch/KOGc87bJDHp, http://www.playvid.com/watch/VoXZh7c8Gqs, http://www.playvid.com/watch/IvMLKjlFDTY, http://www.playvid.com/watch/0XXhMtSPJRW, http://www.playvid.com/watch/TbOtVM7P_W0, http://www.playvid.com/watch/cSnBLkujssL, http://www.playvid.com/watch/jz-qjUr1Gdp, http://www.playvid.com/watch/SY8O182_bZ3, http://www.playvid.com/watch/VFfnTUEA_OC, http://www.playvid.com/watch/R4kDYPVHlX6, http://www.playvid.com/watch/Sc7DeBAqaCx, http://www.playvid.com/watch/09_QzoHPXLd, http://www.playvid.com/watch/X9tL5ZqB6V7, http://www.playvid.com/watch/Z-l47h6FKBS, http://www.playvid.com/watch/0qtC_ujAIXy, http://www.playvid.com/watch/AOAx0oaCVoU, http://www.playvid.com/watch/ysSwZ8Pa5aE, http://www.playvid.com/watch/SVWKTXyM7uT, http://www.playvid.com/watch/bt1j0JoiWo0, http://www.playvid.com/watch/8YePaRaAF4C, http://www.playvid.com/watch/5qVhKqlnCyi, http://www.playvid.com/watch/IEvB3Z47yIy, http://www.playvid.com/watch/EnCLrSvvOIZ, http://www.playvid.com/watch/lOCuW0MA1TH,

http://www.playvid.com/watch/ykSOSvzry26, http://www.playvid.com/watch/Glmz-_LcS0Z, http://www.playvid.com/watch/MTRRgblSF2C,
http://www.playvid.com/watch/C06datJefnH, http://www.playvid.com/watch/4ozvmRPA3kX, http://www.playvid.com/watch/WnM5hzWAtk7,
http://www.playvid.com/watch/8tozkdsV3-p, http://www.playvid.com/watch/QIbiPltCfIL, http://www.playvid.com/watch/3Iwo_okFlpf,
http://www.playvid.com/watch/40AyltTQ-Y6, http://www.playvid.com/watch/s7wyX0ERUgb, http://www.playvid.com/watch/hslOi3St58p,
http://www.playvid.com/watch/nCiCfgjG_XN, http://www.playvid.com/watch/rce5fP1lBkJ, http://www.playvid.com/watch/z51pkuSDvpH,
http://www.playvid.com/watch/kn0n4Kb-yVO, http://www.playvid.com/watch/GSyL4icKc0J, http://www.playvid.com/watch/N5v6eIwDR0C,
http://www.playvid.com/watch/ldwS2Y0kT26, http://www.playvid.com/watch/mpfmWeyCHjX, http://www.playvid.com/watch/mPjCBhPhx3d,
http://www.playvid.com/watch/5rPqbi70cPo, http://www.playvid.com/watch/un3Hi8SRiJl, http://www.playvid.com/watch/eDQ-UzizbJG,
http://www.playvid.com/watch/z4EZVAR8LEq, http://www.playvid.com/watch/OP9ZuSbR0wM, http://www.playvid.com/watch/S8ii78a3oac,
http://www.playvid.com/watch/euj-imPxuJH, http://www.playvid.com/watch/T74CY0ciLMM, http://www.playvid.com/watch/OsT7craFuQz,
http://www.playvid.com/watch/2fPeVbzsKzG, http://www.playvid.com/watch/8twYcWD-w8p, http://www.playvid.com/watch/pROzrobzBu3,
http://www.playvid.com/watch/WTrpAK79jnM, http://www.playvid.com/watch/fuhpaGiXPZX, http://www.playvid.com/watch/NzqVrD1e_ja,
http://www.playvid.com/watch/TU7oZUXyH0H, http://www.playvid.com/watch/ULASHBKWCN0, http://www.playvid.com/watch/dXe2TchaGn9,
http://www.playvid.com/watch/uvfh5qIRINN, http://www.playvid.com/watch/5a1qKIVSA4D, http://www.playvid.com/watch/8ClDL5ntNh5,
http://www.playvid.com/watch/CzWQ25leCKx, http://www.playvid.com/watch/bR1ZZJ4m_SK, http://www.playvid.com/watch/MWngeF1kmqE,
http://www.playvid.com/watch/UxH9Vh0ZTfr, http://www.playvid.com/watch/Ec5VYzbbywq, http://www.playvid.com/watch/ZBwrCAeK_zb,
http://www.playvid.com/watch/7R50vWyDX_S, http://www.playvid.com/watch/BvfYztD_TBS, http://www.playvid.com/watch/PaxWClP19nG,
http://www.playvid.com/watch/gSFfMXAdoGe, http://www.playvid.com/watch/R_6MwEvLB29, http://www.playvid.com/watch/0gv1GFukS_e,
http://www.playvid.com/watch/Pq4TdaO4ZFB, http://www.playvid.com/watch/oGKtd6aDgVv, http://www.playvid.com/watch/5ZWYI6FZFDk,
http://www.playvid.com/watch/eGXTBYPF6tb, http://www.playvid.com/watch/PESjLAeNewK, http://www.playvid.com/watch/ean4-B8i17q,
http://www.playvid.com/watch/6SpSnKPmbbL, http://www.playvid.com/watch/8OzqddXOjrC, http://www.playvid.com/watch/wNPrm-2QiFo,
http://www.playvid.com/watch/9yOHrj2qpbH, http://www.playvid.com/watch/4UxVTfu-Zqe, http://www.playvid.com/watch/IEhBs_Oyww8,
http://www.playvid.com/watch/pNVi0s0-nvR, http://www.playvid.com/watch/47Y5QWszC8r, http://www.playvid.com/watch/vQNNCbi32ly,
http://www.playvid.com/watch/vF6EAmTUFYI, http://www.playvid.com/watch/VQb6DdERw5l, http://www.playvid.com/watch/v7Ds591eyXj,
http://www.playvid.com/watch/giWb_V_IfOE, http://www.playvid.com/watch/mMlD6VegFju, http://www.playvid.com/watch/ZJDK6SchI-B,
http://www.playvid.com/watch/wHpHy9IXgUM, http://www.playvid.com/watch/m-4F9Aifcwk, http://www.playvid.com/watch/bHiT2TAU4Ud,
http://www.playvid.com/watch/k74D6G1q30B, http://www.playvid.com/watch/xxTAiDKb6Ge, http://www.playvid.com/watch/jntR7-r4PTl,
http://www.playvid.com/watch/P_uQN4I312Y, http://www.playvid.com/watch/M1UnrLnwnDo, http://www.playvid.com/watch/yysEJRYyj2k,
http://www.playvid.com/watch/EAj5c5cBDqp, http://www.playvid.com/watch/wyR98y0pwkq, http://www.playvid.com/watch/H_j_7B-_IJT,
http://www.playvid.com/watch/zrgo2cx0lvV, http://www.playvid.com/watch/3-RWukrci1A, http://www.playvid.com/watch/amzYDaa7FuZ,
http://www.playvid.com/watch/wdQMNvIudfA, http://www.playvid.com/watch/aPRmJPsFSwZ, http://www.playvid.com/watch/O1SHLQfoDiI,
http://www.playvid.com/watch/2TMNyslWxSe, http://www.playvid.com/watch/fw1_aLqAcmQ, http://www.playvid.com/watch/xaHagLrczbd,
http://www.playvid.com/watch/KQsLVIVWMFH, http://www.playvid.com/watch/V_ny5BJWCR7, http://www.playvid.com/watch/PJZw6TIDlPm,
http://www.playvid.com/watch/f6_5lXVrM6q, http://www.playvid.com/watch/BFX6K5XuSys, http://www.playvid.com/watch/0RVT__ZJ8Ar,
http://www.playvid.com/watch/A787Gr2mRHW, http://www.playvid.com/watch/FVIqnQqoXfl, http://www.playvid.com/watch/nkgtHMhN7aR,
http://www.playvid.com/watch/fKYebY8-Sdk, http://www.playvid.com/watch/l-9fHOBUr57, http://www.playvid.com/watch/kF6HpHea7dE,
http://www.playvid.com/watch/nq_dRj1bROQ, http://www.playvid.com/watch/V229fYR1k-x, http://www.playvid.com/watch/OtDaEsaSmRu,
http://www.playvid.com/watch/WdIXh0UQfVN, http://www.playvid.com/watch/wqzlOBuH__A, http://www.playvid.com/watch/cfUrsQYXIhZ,
http://www.playvid.com/watch/KlIwnHflelY, http://www.playvid.com/watch/R5Kuh_ehV4D, http://www.playvid.com/watch/xPWnac5KBsA,
http://www.playvid.com/watch/xHtRIa3nvgq, http://www.playvid.com/watch/30jB7_-84EI, http://www.playvid.com/watch/TkiMwuokGKW,
http://www.playvid.com/watch/yADGMHRAg3I, http://www.playvid.com/watch/DETGNE3F2hz, http://www.playvid.com/watch/GT7c9tfUPyx,
http://www.playvid.com/watch/BL2BZrDHs7X, http://www.playvid.com/watch/AQkqfGYBD3f, http://www.playvid.com/watch/aym2QBb4FEO,
http://www.playvid.com/watch/3E_XTxpNApQ, http://www.playvid.com/watch/LsQ4BaXDMZk, http://www.playvid.com/watch/lBMjTNsuVPK,
http://www.playvid.com/watch/ux_NgsaDB4u, http://www.playvid.com/watch/lCtUi3QZ1rK, http://www.playvid.com/watch/2LVQ-dh_WJR,
http://www.playvid.com/watch/dL0lqjRd9aZ, http://www.playvid.com/watch/dAR-tjJ9EFl, http://www.playvid.com/watch/fdobVpmz7ts,
http://www.playvid.com/watch/Z_v9AaYIQzu, http://www.playvid.com/watch/j9l3U46xxuM, http://www.playvid.com/watch/gdDfj0Oo1kd,
http://www.playvid.com/watch/vACoOYu58gU, http://www.playvid.com/watch/GOHco494025, http://www.playvid.com/watch/MVe47E0pXaI,
http://www.playvid.com/watch/9NlOX33RUDS, http://www.playvid.com/watch/kFlncCV_BRv, http://www.playvid.com/watch/ZqZ-Y81290k,
http://www.playvid.com/watch/sB6xnlcCqhb, http://www.playvid.com/watch/9kc11D3U8wx, http://www.playvid.com/watch/Oxf9vjxwzsA,
http://www.playvid.com/watch/N2KnCMnH84U, http://www.playvid.com/watch/gzd7bsXmvoL, http://www.playvid.com/watch/Ijv-8mlambr,
http://www.playvid.com/watch/xJ5va9z3UNn, http://www.playvid.com/watch/8QPl9Rue4FA, http://www.playvid.com/watch/e7A1SPEa9ox,
http://www.playvid.com/watch/Hy4JoNiGP9x, http://www.playvid.com/watch/3MBPQ_ak-kT, http://www.playvid.com/watch/92TUp1WaPO0,
http://www.playvid.com/watch/3hKttrbZdL4, http://www.playvid.com/watch/OqJUeYFzM8E, http://www.playvid.com/watch/kF7kQRLw5Gi,
http://www.playvid.com/watch/Ourk_pJo_qA, http://www.playvid.com/watch/dBgaPEUT2nm, http://www.playvid.com/watch/nwRECbBasyt,
http://www.playvid.com/watch/m0whajs0Ri7, http://www.playvid.com/watch/WZnAmTbRaag, http://www.playvid.com/watch/FFvjd_JDe9m,
http://www.playvid.com/watch/3UxQHEBQuqF, http://www.playvid.com/watch/2LqFPNgSBW0, http://www.playvid.com/watch/bN-IFp2ivfg,
http://www.playvid.com/watch/UAzgQc44aZ7, http://www.playvid.com/watch/aAAgk-YOp4M, http://www.playvid.com/watch/LF7tFUAXjS2,
http://www.playvid.com/watch/M0p4BwnaIXk, http://www.playvid.com/watch/Q3zMeAHCBwD, http://www.playvid.com/watch/57Ivlpfydo5,
http://www.playvid.com/watch/SjhOZVEKZXs, http://www.playvid.com/watch/2MWRtUWN-3u, http://www.playvid.com/watch/qEdC4iXomaf,
http://www.playvid.com/watch/LVOJ5IVcp2l, http://www.playvid.com/watch/E1LqL5Sdwa7, http://www.playvid.com/watch/zCaCBqg04gw,
http://www.playvid.com/watch/B29SfruOVjD, http://www.playvid.com/watch/9FIfNPz3eta, http://www.playvid.com/watch/sB7HNa-_PSh,
http://www.playvid.com/watch/d8Ujc4NCHZV, http://www.playvid.com/watch/CcC-dpxu27F, http://www.playvid.com/watch/K31xcp1JiDV,
http://www.playvid.com/watch/6AKtdWSYdD9, http://www.playvid.com/watch/qvsUS6mrkov, http://www.playvid.com/watch/abg_oVctwFZ,
http://www.playvid.com/watch/LVwX3tUZUFZ, http://www.playvid.com/watch/Ea2dc0jKcfn, http://www.playvid.com/watch/XRqLS05vSMD,
http://www.playvid.com/watch/E26VRYHQ8mA, http://www.playvid.com/watch/UAFi__7L97k, http://www.playvid.com/watch/V-0NWIwJG6g,
http://www.playvid.com/watch/N39bks63i2r, http://www.playvid.com/watch/FDxYn0PtT65, http://www.playvid.com/watch/akl0GJqu-El,
http://www.playvid.com/watch/LOcJGZPyhdh, http://www.playvid.com/watch/8UPBfMVLXIQ, http://www.playvid.com/watch/KpYcnaM75Yj,
http://www.playvid.com/watch/MjnWzo4nIEe, http://www.playvid.com/watch/7ZT4_V-wn3n, http://www.playvid.com/watch/yJzd_FPUeBp,
http://www.playvid.com/watch/ppW0xAiMHQE, http://www.playvid.com/watch/YNKNvuNvD4S, http://www.playvid.com/watch/L54eCHnzAZT,
http://www.playvid.com/watch/5JTcdXodwQ0, http://www.playvid.com/watch/WFbbgQsm9GB, http://www.playvid.com/watch/gcqvPxumUku,
http://www.playvid.com/watch/pR0wSN2fvxg, http://www.playvid.com/watch/U7sQCmhpE3L, http://www.playvid.com/watch/4m0zgw5j-Qs,
http://www.playvid.com/watch/pFXACZQlcab, http://www.playvid.com/watch/AWDu1AAX-9P, http://www.playvid.com/watch/gALu8dzB7Ar,
http://www.playvid.com/watch/keXAzAYUNH3, http://www.playvid.com/watch/aQY_Cx_RgLj, http://www.playvid.com/watch/dUdT32zlx5N,
http://www.playvid.com/watch/G7O4MEUQhLG, http://www.playvid.com/watch/aOUEbrJTyfw, http://www.playvid.com/watch/o3_xPQ7j0E0,
http://www.playvid.com/watch/y5T4bB8QPMt
5.f. Date of third notice: 2014-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ohhoho
5.b. Uploader's email address: bredtoman@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ohhoho
5.e. List of videos posted by uploader: http://www.playvid.com/watch/X32tQy083Hx, http://www.playvid.com/watch/m28vENMe2hD,
http://www.playvid.com/watch/naLYyrZesIt, http://www.playvid.com/watch/Eh5Jm0pLjUC, http://www.playvid.com/watch/jhuxhufpfJs,
http://www.playvid.com/watch/QTdPwIi9UHI, http://www.playvid.com/watch/DakwuJ4SkzJ, http://www.playvid.com/watch/VCIcnMUoujA,
http://www.playvid.com/watch/mxMzgf32u6V, http://www.playvid.com/watch/fUoNcQ3X2lu, http://www.playvid.com/watch/dCDjH6WpxVO,
http://www.playvid.com/watch/2sqO-bQYNjb, http://www.playvid.com/watch/Fc8GSI8Wgol, http://www.playvid.com/watch/EGNeTx7zguG,
http://www.playvid.com/watch/6ROc80aJz4n, http://www.playvid.com/watch/4tGSoUAQf8z, http://www.playvid.com/watch/QcKWQjrHw0X,
http://www.playvid.com/watch/0esGdrXWnHX, http://www.playvid.com/watch/EuX-vczfHHk, http://www.playvid.com/watch/D6pvEqT-Jvb,
http://www.playvid.com/watch/zsIjPAU-Wka, http://www.playvid.com/watch/og7nXrJmZ2I, http://www.playvid.com/watch/If9HucNaU4c,
http://www.playvid.com/watch/Zi62uTMrUXq, http://www.playvid.com/watch/0L6wfOU0R-g, http://www.playvid.com/watch/YZ6yRSabXRA,
http://www.playvid.com/watch/Qqc9oBcLJr8, http://www.playvid.com/watch/mYDLlGV5Anw, http://www.playvid.com/watch/pbErx7-H7VQ,
http://www.playvid.com/watch/-mSwVvKyJVf, http://www.playvid.com/watch/Zo8pKLGxiKo, http://www.playvid.com/watch/nUsH4dNETMS,
http://www.playvid.com/watch/jYdp7PHCec9, http://www.playvid.com/watch/NOa3WqBtm48, http://www.playvid.com/watch/MDKj-kWTdxL,
http://www.playvid.com/watch/oLGrvLfFkkL, http://www.playvid.com/watch/XvWQ25qt-sg, http://www.playvid.com/watch/vi2K3d36Pwv,
http://www.playvid.com/watch/-Vi0JedkhhV, http://www.playvid.com/watch/ea0bWh9D7Rd, http://www.playvid.com/watch/i4sdVWXrMU5,
http://www.playvid.com/watch/5D2JL-JeGCR, http://www.playvid.com/watch/fBTdmqoUvnN, http://www.playvid.com/watch/iQHUhRbPAmm,

http://www.playvid.com/watch/exddiGY4XuJ, http://www.playvid.com/watch/7EXfNMVRycT, http://www.playvid.com/watch/vRGMiOoJ-qp, http://www.playvid.com/watch/58Vho--ItWZ, http://www.playvid.com/watch/aatQTODDlQ9, http://www.playvid.com/watch/FDpssEsxtYN, http://www.playvid.com/watch/qPUSwWHwdEs, http://www.playvid.com/watch/gxQWcKZJezt, http://www.playvid.com/watch/FBMvgvDnRBp, http://www.playvid.com/watch/-tmmQxfpzmU, http://www.playvid.com/watch/pgTd90-ekiB, http://www.playvid.com/watch/EABhsqRwyMb, http://www.playvid.com/watch/EWFcJSM595Y, http://www.playvid.com/watch/jXmJMK9vC7t, http://www.playvid.com/watch/-KyXlPxU87f, http://www.playvid.com/watch/RnQ4joXc7X8, http://www.playvid.com/watch/SlDdoUUYcCQ, http://www.playvid.com/watch/uGKClJhQc6p, http://www.playvid.com/watch/ZN4dr402tK0, http://www.playvid.com/watch/nFlieAWXueF, http://www.playvid.com/watch/IsWH0xtsv7d, http://www.playvid.com/watch/w2HSLqFjp7N, http://www.playvid.com/watch/CTOGCkUu47X, http://www.playvid.com/watch/AkUSlhmitnH, http://www.playvid.com/watch/pNPc6WxVqZu, http://www.playvid.com/watch/hDSpGKrbXlD, http://www.playvid.com/watch/syb3ZhHzJGx, http://www.playvid.com/watch/iJhnkY-2a3O, http://www.playvid.com/watch/gZNqhgnXLaV, http://www.playvid.com/watch/TlWF9N3OfN4, http://www.playvid.com/watch/-gwlHJPQK4O, http://www.playvid.com/watch/UeHmmwJRsDw, http://www.playvid.com/watch/kgKRwwsUxyK, http://www.playvid.com/watch/gczmNP48Bq4, http://www.playvid.com/watch/SCGVpWFPwT9, http://www.playvid.com/watch/Br7dGVcfqow, http://www.playvid.com/watch/uh-qFtxTwAw, http://www.playvid.com/watch/V8R6HRw6mpi, http://www.playvid.com/watch/2ypu5i2f6Zk, http://www.playvid.com/watch/BN49CEvN6jC, http://www.playvid.com/watch/RnJHkEEaywH, http://www.playvid.com/watch/j7AO6U6N6-9, http://www.playvid.com/watch/KuAZrGxJAoo, http://www.playvid.com/watch/gqLdn7Vox9W, http://www.playvid.com/watch/e4KSciJ9pWP, http://www.playvid.com/watch/Jq-acQQGI2-, http://www.playvid.com/watch/ej-dcCqiYzu, http://www.playvid.com/watch/-zoUWwWBISd, http://www.playvid.com/watch/puddtDPpeHu, http://www.playvid.com/watch/S4nxg4WxtTD, http://www.playvid.com/watch/AEdGVJe-I2b, http://www.playvid.com/watch/CAZgy3fSmVf, http://www.playvid.com/watch/RRbms4CN7O2, http://www.playvid.com/watch/GQaPNmTxvkb, http://www.playvid.com/watch/-d7u0juTr8W, http://www.playvid.com/watch/hHpm0dmZosT, http://www.playvid.com/watch/sBxr2MbN9Yf, http://www.playvid.com/watch/pXISFZgLmqF, http://www.playvid.com/watch/GSqRgJbUcXw, http://www.playvid.com/watch/RZpzcbFgdS2, http://www.playvid.com/watch/zhSO0BR0P6B, http://www.playvid.com/watch/gS7zGhwqTmV, http://www.playvid.com/watch/KjuKTlNBiLW, http://www.playvid.com/watch/IyitDWc5CmN, http://www.playvid.com/watch/l0NFRRGOvfB, http://www.playvid.com/watch/8wT2gcm4luS, http://www.playvid.com/watch/WxmnJUnsQlJ, http://www.playvid.com/watch/C3uWJipudyo, http://www.playvid.com/watch/ouPHCYz8ixO, http://www.playvid.com/watch/9tdx0uYfFwl, http://www.playvid.com/watch/TYOa-eO6i0D, http://www.playvid.com/watch/XKFdxbmZNP5, http://www.playvid.com/watch/ND6HemBxb6G, http://www.playvid.com/watch/QDZF9SuQKwv, http://www.playvid.com/watch/Vl4Uxs64JAZ, http://www.playvid.com/watch/OIWTTN6SGr3, http://www.playvid.com/watch/ZCsBFk7fRYi, http://www.playvid.com/watch/3DQYvXUsofi, http://www.playvid.com/watch/vbjwcRDSy0Y, http://www.playvid.com/watch/H9scfhN056l, http://www.playvid.com/watch/pcFoyn2t5V-, http://www.playvid.com/watch/qFGTxifKf0K, http://www.playvid.com/watch/U8JB6NCUfov, http://www.playvid.com/watch/UgbeVWGBJsb, http://www.playvid.com/watch/LWR9fK4BD49, http://www.playvid.com/watch/oMq7IOusco9, http://www.playvid.com/watch/oROpxXq8iit, http://www.playvid.com/watch/NlaIMt85iMS, http://www.playvid.com/watch/bssh82j84Xr, http://www.playvid.com/watch/0QG230-8zdW, http://www.playvid.com/watch/RtZWQbU68Bu, http://www.playvid.com/watch/-LshGgv8WPf, http://www.playvid.com/watch/CdPAkyyALvs, http://www.playvid.com/watch/IByxPBBhgKQ, http://www.playvid.com/watch/JS--hHugzGX, http://www.playvid.com/watch/aCITRBLafZH, http://www.playvid.com/watch/ltp8I9KnR-m, http://www.playvid.com/watch/hbV7UiP32-6, http://www.playvid.com/watch/u-qUWv5xniI, http://www.playvid.com/watch/2cgNv2Asivu, http://www.playvid.com/watch/aesUoEBmDR-, http://www.playvid.com/watch/wFvWjmQm0bq
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: olimpiada2014
5.b. Uploader's email address: ivanhikolaevich@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/olimpiada2014
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DSdF6tE5zGA, http://www.playvid.com/watch/aoId2uthzKC, http://www.playvid.com/watch/bjNC4N5aLS4, http://www.playvid.com/watch/eBOZklWBDlH, http://www.playvid.com/watch/mV0lgjZxvOz, http://www.playvid.com/watch/VIWW4CYVHHV, http://www.playvid.com/watch/lz8U3RVVEgK, http://www.playvid.com/watch/ynSOBmH3wze, http://www.playvid.com/watch/-TihpI0WLRW, http://www.playvid.com/watch/CI1tiS5n4az, http://www.playvid.com/watch/f47ggSf44kA, http://www.playvid.com/watch/Uy5wx7W81nS, http://www.playvid.com/watch/RypZ2BS165o, http://www.playvid.com/watch/4Ppp0rNrXuu, http://www.playvid.com/watch/VRWvZaZ0iCC, http://www.playvid.com/watch/cOvU-62uD81, http://www.playvid.com/watch/K-8Uf9hGYhi, http://www.playvid.com/watch/BMyZxy2Bc7a, http://www.playvid.com/watch/MGhpOE9HsbH, http://www.playvid.com/watch/BT9tdONH5n1, http://www.playvid.com/watch/prWz17lUZfP, http://www.playvid.com/watch/quxJTGhUNEj, http://www.playvid.com/watch/CrgpvdjFben, http://www.playvid.com/watch/nfi-cbf4Qbt, http://www.playvid.com/watch/0aS1MXzPCN1, http://www.playvid.com/watch/yQAGtiu-Rni, http://www.playvid.com/watch/7zrGMsq-eqw, http://www.playvid.com/watch/0eR777jVijx, http://www.playvid.com/watch/rPOUcGgUYcI, http://www.playvid.com/watch/Tr4Nz25WTyd, http://www.playvid.com/watch/yV7UCDDNHiq, http://www.playvid.com/watch/SVQLuxWOwsH, http://www.playvid.com/watch/FPII6l7XVyF, http://www.playvid.com/watch/a56LAHf3hXp, http://www.playvid.com/watch/VzDtoTS3zHS, http://www.playvid.com/watch/m0WpenFUexW, http://www.playvid.com/watch/eFHKNJLpB3u, http://www.playvid.com/watch/SiQjm2ogjlQ, http://www.playvid.com/watch/w909uiZpFyu, http://www.playvid.com/watch/tD2ymdZgg9T, http://www.playvid.com/watch/K7AhkYCEg4n, http://www.playvid.com/watch/pxmbcASWKRE, http://www.playvid.com/watch/8J6VkJ31v7W, http://www.playvid.com/watch/AjEDVzxYAAs, http://www.playvid.com/watch/mrpEGVi60sI, http://www.playvid.com/watch/YpA5ez7wB1z, http://www.playvid.com/watch/zY8GhOIeudj, http://www.playvid.com/watch/BvHti-x6iZc, http://www.playvid.com/watch/RjPhbmwXKJD, http://www.playvid.com/watch/7yV26IE74Sn, http://www.playvid.com/watch/jLC5YNYUjEz, http://www.playvid.com/watch/62qiMhyb3-K, http://www.playvid.com/watch/Eo0bAQnS65I, http://www.playvid.com/watch/XfpoumNKejl, http://www.playvid.com/watch/yDTOV3XnrUE, http://www.playvid.com/watch/wxh0cyK81g5, http://www.playvid.com/watch/bmTWp4Y4v-r, http://www.playvid.com/watch/mwiV-pFhMN9, http://www.playvid.com/watch/2pl0afcIaub, http://www.playvid.com/watch/cpAubqXAhme, http://www.playvid.com/watch/P4rhSqt7OEc, http://www.playvid.com/watch/xlvaLSr29MI, http://www.playvid.com/watch/MheoUqy1HfQ, http://www.playvid.com/watch/aSVq82Cb5nc, http://www.playvid.com/watch/84AtXpnMw20, http://www.playvid.com/watch/7PtxGSIEube, http://www.playvid.com/watch/3T-vz-vW6Ek, http://www.playvid.com/watch/wOMiVM7RPzp, http://www.playvid.com/watch/BfWg6EtdQxC, http://www.playvid.com/watch/Zz8k9heYHrw, http://www.playvid.com/watch/GAGtaU0cAWy, http://www.playvid.com/watch/cUbsvt-YDDu, http://www.playvid.com/watch/HNEqAT4-BDb, http://www.playvid.com/watch/UWutJEET38U, http://www.playvid.com/watch/E0W0ODVA82H, http://www.playvid.com/watch/oP3elO53gtG, http://www.playvid.com/watch/5WtkvyCfRDM
5.f. Date of third notice: 2014-02-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: omer086
5.b. Uploader's email address: omer_gai@walla.co.il
5.d. Uploader's profile: http://www.playvid.com/member/omer086
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nzp7s9GkDYp, http://www.playvid.com/watch/nl029syMheK, http://www.playvid.com/watch/sCttchUf3qt, http://www.playvid.com/watch/7IcxYxgUnSa, http://www.playvid.com/watch/5bUqZI3ksaf, http://www.playvid.com/watch/XuJ26jgqPWm, http://www.playvid.com/watch/C6rT0kCKcpB, http://www.playvid.com/watch/mvkt0dGr8Qn, http://www.playvid.com/watch/vCeYnXngMsQ, http://www.playvid.com/watch/98NAFdwLWpN, http://www.playvid.com/watch/vUoVVHehb8X, http://www.playvid.com/watch/68xJ-e4OmEc, http://www.playvid.com/watch/L0JVw4BNdNz
5.f. Date of third notice: 2013-12-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Omlet
5.b. Uploader's email address: tjsmarques@sapo.pt
5.d. Uploader's profile: http://www.playvid.com/member/Omlet
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qkARFHFDsGV, http://www.playvid.com/watch/n6huTzvPJxp, http://www.playvid.com/watch/n5L8eDwd7p9, http://www.playvid.com/watch/zoYwI6vOG6M, http://www.playvid.com/watch/AEcNId7KWHd, http://www.playvid.com/watch/NUXjoq4ACUi, http://www.playvid.com/watch/Jyvtr33LXn8, http://www.playvid.com/watch/a5ln5v5Raox, http://www.playvid.com/watch/yITZj5uDZM0, http://www.playvid.com/watch/xSGdOKlOMGc, http://www.playvid.com/watch/HUImxJQZYVx, http://www.playvid.com/watch/NmQZMh4izYo, http://www.playvid.com/watch/qK7GrxXPbcq, http://www.playvid.com/watch/xvEnwAutoCU, http://www.playvid.com/watch/HkIM-pOV3W3, http://www.playvid.com/watch/LLLjgT3PcwV, http://www.playvid.com/watch/DnO-t4z9bas, http://www.playvid.com/watch/xSqZrqgi-ro, http://www.playvid.com/watch/aVAI3nKp-3U, http://www.playvid.com/watch/xZkqrr8kECr, http://www.playvid.com/watch/dxnkVfLqiRG, http://www.playvid.com/watch/-EnCWQsI6pG, http://www.playvid.com/watch/OFMJDtFCMfD, http://www.playvid.com/watch/BoU7gR7pZAC, http://www.playvid.com/watch/g-tcro8ZQj0, http://www.playvid.com/watch/vITQz4YacL7, http://www.playvid.com/watch/ffaH-iIhvQ5, http://www.playvid.com/watch/JZejMsMFRNp, http://www.playvid.com/watch/ziZRquTU6p9, http://www.playvid.com/watch/Pniy7Rcx8LV, http://www.playvid.com/watch/ZcPt9iOppgO, http://www.playvid.com/watch/QGTOdIxNAJA, http://www.playvid.com/watch/IMF0QIKqVYC, http://www.playvid.com/watch/Zb0jU5ZKeoN, http://www.playvid.com/watch/ELRUDFuhne8, http://www.playvid.com/watch/-9mMxWNCKIH, http://www.playvid.com/watch/rcROyfx9apL, http://www.playvid.com/watch/jumPQygIgTg,

http://www.playvid.com/watch/Wzca-Pna4vP, http://www.playvid.com/watch/XwDpFUfFK6F, http://www.playvid.com/watch/R48hTArOgNp, http://www.playvid.com/watch/PYe6wdjn4Ap, http://www.playvid.com/watch/ANYt8Fkxwva, http://www.playvid.com/watch/jbupGXXcfT2, http://www.playvid.com/watch/OaZamQu-pwm, http://www.playvid.com/watch/Mp8dIxZKi6L, http://www.playvid.com/watch/hCqfPXlwQN6, http://www.playvid.com/watch/YcuNUlrcW4W, http://www.playvid.com/watch/FSvDs6SNXhT, http://www.playvid.com/watch/WD-mSUH3S3x, http://www.playvid.com/watch/IMpF0YXOPfv, http://www.playvid.com/watch/b0kTp-jF9yn, http://www.playvid.com/watch/jxGvbJrK9KD, http://www.playvid.com/watch/PpZXdnd34vv, http://www.playvid.com/watch/vDqUqqzUcaM, http://www.playvid.com/watch/-lU3qlfrvYs, http://www.playvid.com/watch/aK6a-RSDOkp, http://www.playvid.com/watch/9QFoAhsjiJv, http://www.playvid.com/watch/zleVqyBPZVj, http://www.playvid.com/watch/lcTu5OMP5lh, http://www.playvid.com/watch/iRlLyL9uhiw, http://www.playvid.com/watch/OrNX2FKdMO4, http://www.playvid.com/watch/TxMkYbxOo-0, http://www.playvid.com/watch/GixLbEXLQIN, http://www.playvid.com/watch/3wkNbCqSNGm, http://www.playvid.com/watch/g5Hii8jdvkD, http://www.playvid.com/watch/onKQa2vX6O3, http://www.playvid.com/watch/gdW468ZOSsA, http://www.playvid.com/watch/q97uSECniYh, http://www.playvid.com/watch/Qx9yDz-xa9J, http://www.playvid.com/watch/xF0TsCOZawi, http://www.playvid.com/watch/m9OXWKookP5, http://www.playvid.com/watch/YaRITD2ZOuD, http://www.playvid.com/watch/3ERKkzzKdrm, http://www.playvid.com/watch/YrGqtO0z5Zg, http://www.playvid.com/watch/ejV0ErP2Izv, http://www.playvid.com/watch/ejm7PDiojsr, http://www.playvid.com/watch/pMvxlkf72Pq, http://www.playvid.com/watch/5XGV5LYlRnJ, http://www.playvid.com/watch/p3bY0xPci3L, http://www.playvid.com/watch/lvcbJqZgkNm, http://www.playvid.com/watch/Ra04Afbxk4j, http://www.playvid.com/watch/gBz2Ujj3-SA, http://www.playvid.com/watch/nRPlqCL7VKa, http://www.playvid.com/watch/gr6CtWfdGew, http://www.playvid.com/watch/eLYV7xzZ-KW, http://www.playvid.com/watch/zE6TkviVsO4, http://www.playvid.com/watch/A8KsbZyznXu, http://www.playvid.com/watch/dz-kuopo7QD, http://www.playvid.com/watch/0UWzmLeZoM5, http://www.playvid.com/watch/43VbX4h3UnL, http://www.playvid.com/watch/LBeZqPfSL3g, http://www.playvid.com/watch/Zj4Uw2Auqec, http://www.playvid.com/watch/jcOZSuivCN3, http://www.playvid.com/watch/YUpHTroLbA-, http://www.playvid.com/watch/hsokAUA0zDN, http://www.playvid.com/watch/-aw6SXy6EgF, http://www.playvid.com/watch/HcSRmwACWgf, http://www.playvid.com/watch/-rFOGROx8tG, http://www.playvid.com/watch/ylRte-dehM8, http://www.playvid.com/watch/siT0W97e598, http://www.playvid.com/watch/SpCjLShbTFw, http://www.playvid.com/watch/kwqWMTFbxsb, http://www.playvid.com/watch/YUgtHBGl06B, http://www.playvid.com/watch/m6ODMu4T3Ek, http://www.playvid.com/watch/e3P2sRvhZwq, http://www.playvid.com/watch/MUnE8iJMLe9, http://www.playvid.com/watch/p9Z4VfB4Q2L, http://www.playvid.com/watch/ktmPr9kFT4x, http://www.playvid.com/watch/78Hiwlg6aI6, http://www.playvid.com/watch/ewP74fqsOVA, http://www.playvid.com/watch/VciLoXFNsKy, http://www.playvid.com/watch/9Pg3KAfKzwB, http://www.playvid.com/watch/AH7kU3DkUtn, http://www.playvid.com/watch/ldMvaowL2-S, http://www.playvid.com/watch/gWpCOPT3lXp, http://www.playvid.com/watch/jJJZTeYPuWG, http://www.playvid.com/watch/hROkl9TQieE, http://www.playvid.com/watch/PDsxnR465B4, http://www.playvid.com/watch/R9PymTLCEok, http://www.playvid.com/watch/9l1NKyOQmV2, http://www.playvid.com/watch/qlCpJoBOA5g
5.f. Date of third notice: 2013-12-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: oneillsg1
5.b. Uploader's email address: jackoneillsg12@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/oneillsg1
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YYirmPnUf2h, http://www.playvid.com/watch/FbjZv7YQTJ6, http://www.playvid.com/watch/sVs6mHs8dZ9, http://www.playvid.com/watch/bbYgx8FuMec, http://www.playvid.com/watch/bi2xU9ClQEo, http://www.playvid.com/watch/7lUE2dThr4V, http://www.playvid.com/watch/7JUVnox-L8o, http://www.playvid.com/watch/8Na-0BcgDix, http://www.playvid.com/watch/9Y9EIjdI059, http://www.playvid.com/watch/4fhLsMPtCQ3, http://www.playvid.com/watch/uiv2zz9LYnk, http://www.playvid.com/watch/nKojLwIr5Vd, http://www.playvid.com/watch/92C2WVPnFk2, http://www.playvid.com/watch/2UA2Kg8zrQL, http://www.playvid.com/watch/Rh6MJtIbAtO, http://www.playvid.com/watch/0UuUyXyCBMX, http://www.playvid.com/watch/FF0GfcIQCB5, http://www.playvid.com/watch/GR2LJplKPhj, http://www.playvid.com/watch/YLeSt-2AYCm
5.f. Date of third notice: 2014-03-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: oolurk
5.b. Uploader's email address: ulurk.oo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/oolurk
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RtHSeQiRK-A, http://www.playvid.com/watch/zAZ-rgIJwKL, http://www.playvid.com/watch/BYEr7ogNejm, http://www.playvid.com/watch/wx3Ze0rqIIf, http://www.playvid.com/watch/h8OxCeucFAC, http://www.playvid.com/watch/8rnGPT0FLIo, http://www.playvid.com/watch/F2Hu1S6GaS8, http://www.playvid.com/watch/NIGHEfMTj-B, http://www.playvid.com/watch/OSkE0SfpUzu, http://www.playvid.com/watch/kCNXoN1wpu7, http://www.playvid.com/watch/EUGkqzb-M3k, http://www.playvid.com/watch/QLQsnLyz6ad, http://www.playvid.com/watch/pfQqJgw6ASr, http://www.playvid.com/watch/EXQU79Zr-5s, http://www.playvid.com/watch/35JxFXOiz1L, http://www.playvid.com/watch/hf9150ihJvb, http://www.playvid.com/watch/3CqsdyzMJxb, http://www.playvid.com/watch/TNH08OGagF9, http://www.playvid.com/watch/k88pdEvqEzL, http://www.playvid.com/watch/7OzRViImoUn, http://www.playvid.com/watch/VSKeor9Ao5q, http://www.playvid.com/watch/zvOAfWm8SiO, http://www.playvid.com/watch/UWFCCjvDjLq, http://www.playvid.com/watch/Km3QPr55nuQ, http://www.playvid.com/watch/t-8KH8RoVvw, http://www.playvid.com/watch/8TwlAg7DDGd, http://www.playvid.com/watch/yc3SgggFfsN, http://www.playvid.com/watch/29AzPRUl1nJ, http://www.playvid.com/watch/BmPIdjS-pxC, http://www.playvid.com/watch/O9_-jgCYS6O, http://www.playvid.com/watch/MvD6SeLRWcN, http://www.playvid.com/watch/qKddVYUJNh6, http://www.playvid.com/watch/NkSYIEALAUb, http://www.playvid.com/watch/oeqjg3UmwuT, http://www.playvid.com/watch/j0B1Iu7LLjV, http://www.playvid.com/watch/nsEr2Df4srQ, http://www.playvid.com/watch/Z--X7sLQWQo, http://www.playvid.com/watch/i4qM0osNgrJ, http://www.playvid.com/watch/YBih1XRAlIP, http://www.playvid.com/watch/41Aqf_2NUYQ, http://www.playvid.com/watch/Xb2qKBL4xik, http://www.playvid.com/watch/2kDJAK9ho2y, http://www.playvid.com/watch/sPj3s5YRbvw, http://www.playvid.com/watch/hHrbTjjHOE4, http://www.playvid.com/watch/tOUqAaHkK64, http://www.playvid.com/watch/bqsyIL6gOhY, http://www.playvid.com/watch/G-1uaBDi6nY, http://www.playvid.com/watch/n3jLwuH1gC2, http://www.playvid.com/watch/ppSynbB4PfH, http://www.playvid.com/watch/Rm4auJBFoFU, http://www.playvid.com/watch/0eNVO3vAJ-E, http://www.playvid.com/watch/fAFtbkq5FlV, http://www.playvid.com/watch/gz2hApDLObr, http://www.playvid.com/watch/wk2kDGmZSW7, http://www.playvid.com/watch/npjVbkC7n_f, http://www.playvid.com/watch/5qE12zqJ9kI, http://www.playvid.com/watch/HTz3azIMcPI, http://www.playvid.com/watch/OQD9zunB6lo, http://www.playvid.com/watch/7IVqgIbBAr4, http://www.playvid.com/watch/x8rPQLhBW4U, http://www.playvid.com/watch/rYXUV0p9FKP, http://www.playvid.com/watch/ECbdpzJARQ5, http://www.playvid.com/watch/EY0RIMQHgy7, http://www.playvid.com/watch/yGgRXkY4sTZ, http://www.playvid.com/watch/MgFy36WbqPt, http://www.playvid.com/watch/Qud_1ramqvZ, http://www.playvid.com/watch/FYZzTkt6Elb, http://www.playvid.com/watch/c4cAZyZomQP, http://www.playvid.com/watch/ESmS-Ygoe8Z, http://www.playvid.com/watch/jeDUKB6FYlz, http://www.playvid.com/watch/A3WFogas93a, http://www.playvid.com/watch/6e75x3WWfKe, http://www.playvid.com/watch/cYBEt7ifNsl, http://www.playvid.com/watch/sOieabTjw6f, http://www.playvid.com/watch/QUZxRlne0yO, http://www.playvid.com/watch/Uw-kJ6BUCY0, http://www.playvid.com/watch/of8GFU3__SH, http://www.playvid.com/watch/nwhgpNJbN37, http://www.playvid.com/watch/AUjfkZS5S_W, http://www.playvid.com/watch/hNt7j0wO3U7, http://www.playvid.com/watch/wi2KYTHNI7b, http://www.playvid.com/watch/pfSp1uEWaBo, http://www.playvid.com/watch/aXwHkPl64hB, http://www.playvid.com/watch/slgaLPEWZcx, http://www.playvid.com/watch/NrK2majBG4E, http://www.playvid.com/watch/PhZ90e1Iszn, http://www.playvid.com/watch/f1VtlakBpvW, http://www.playvid.com/watch/5wZ-kQCxg55, http://www.playvid.com/watch/WCrZozjk84T, http://www.playvid.com/watch/usZ98ytIwIn, http://www.playvid.com/watch/s-EiVkrX544, http://www.playvid.com/watch/P80pYm5AgZT, http://www.playvid.com/watch/qHfxDr2fuAB, http://www.playvid.com/watch/ArzeNfSRkGO, http://www.playvid.com/watch/o9cGRjOsScI, http://www.playvid.com/watch/IwtKy2GZOwA, http://www.playvid.com/watch/Nyxvqm7tVcP, http://www.playvid.com/watch/Kxnajlo-Bou, http://www.playvid.com/watch/sQOjLmpOvb7, http://www.playvid.com/watch/R78D772ApEr, http://www.playvid.com/watch/T5dFPI8n5Iv, http://www.playvid.com/watch/UzRnhm7-npL, http://www.playvid.com/watch/mdEt1GmKYV0, http://www.playvid.com/watch/68O8cMS5Q9E, http://www.playvid.com/watch/jUpJHTw-_EO, http://www.playvid.com/watch/jMnCDsrzatF
5.f. Date of third notice: 2015-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: opaknack
5.b. Uploader's email address: deutschpornblog@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/opaknack
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2EZIauWxu-a, http://www.playvid.com/watch/uDkOPmFfq6Q, http://www.playvid.com/watch/aUXlhGtXeLn, http://www.playvid.com/watch/bvMhMYiuxNr, http://www.playvid.com/watch/4Y4cwXPeEDe, http://www.playvid.com/watch/sBd6Ghs3CKl, http://www.playvid.com/watch/82vlfkN6X6k, http://www.playvid.com/watch/gNLIeEY6L7J, http://www.playvid.com/watch/pe5q2XOQKZZ, http://www.playvid.com/watch/FpjmbL7eW6k, http://www.playvid.com/watch/tYDyeEcTvou, http://www.playvid.com/watch/HNE0d-grhvT, http://www.playvid.com/watch/rtlcCUcMgYr, http://www.playvid.com/watch/kU644kDWDmX, http://www.playvid.com/watch/CrclkA9DzpU, http://www.playvid.com/watch/xsZP9TPSTqU, http://www.playvid.com/watch/29aWCL8kFsn, http://www.playvid.com/watch/AWnUfXriMM9, http://www.playvid.com/watch/dwfqtohykyE, http://www.playvid.com/watch/gUC6AhZVMVg,

http://www.playvid.com/watch/UnjLb9-6Xdj, http://www.playvid.com/watch/5NVq7Y0kb9i, http://www.playvid.com/watch/YMZ-ykoecIk,
http://www.playvid.com/watch/RyOQJzOazqc, http://www.playvid.com/watch/lXS9XDl4QLl, http://www.playvid.com/watch/E6CcPaYfjyc,
http://www.playvid.com/watch/33e9gXV90eI, http://www.playvid.com/watch/Pi3uu0qWI3y, http://www.playvid.com/watch/QuVp9uHnLna,
http://www.playvid.com/watch/TW9VccbpUrh, http://www.playvid.com/watch/sjsFkIJrXpo, http://www.playvid.com/watch/Ci90fwds6Eg,
http://www.playvid.com/watch/GKIObcZV8rB, http://www.playvid.com/watch/DsH02IKHOTB, http://www.playvid.com/watch/-EKRD63XyMn,
http://www.playvid.com/watch/BqtyPiKbCTs, http://www.playvid.com/watch/VR4HuxVIxZc, http://www.playvid.com/watch/mv3E4pNHIhE,
http://www.playvid.com/watch/n8maMK2dj47, http://www.playvid.com/watch/ALJ38B45MYB, http://www.playvid.com/watch/eoSrAnym7lB,
http://www.playvid.com/watch/KkJIDKZy4C5, http://www.playvid.com/watch/mRSo7ik0np5, http://www.playvid.com/watch/j3YyGOTb8n3,
http://www.playvid.com/watch/b6Hmso8TgSC, http://www.playvid.com/watch/-rka5Rfra6E, http://www.playvid.com/watch/ICL3UfDWCKv,
http://www.playvid.com/watch/ovADAqUYeW5, http://www.playvid.com/watch/KCq4Ujky4xq, http://www.playvid.com/watch/MymlGJIZTKM,
http://www.playvid.com/watch/3zzeEkzbNhD, http://www.playvid.com/watch/2JYY2fp8U9k, http://www.playvid.com/watch/jS8wvLE5Qmp,
http://www.playvid.com/watch/kNnUHB7y3NX, http://www.playvid.com/watch/OXiTdqc0lX7, http://www.playvid.com/watch/2IA26jJEHdQ,
http://www.playvid.com/watch/lPe-RJmI3x9, http://www.playvid.com/watch/2ctZCDj9CSC, http://www.playvid.com/watch/d-OEBwKA4Z8,
http://www.playvid.com/watch/WR7wd40r4Rd, http://www.playvid.com/watch/RnHN8eSaZan, http://www.playvid.com/watch/OUkxsXi8OPY,
http://www.playvid.com/watch/u0zMJihZySC, http://www.playvid.com/watch/o9ewS35C3Ek, http://www.playvid.com/watch/Zc8mkK9XrFd,
http://www.playvid.com/watch/g0AXR7BoNoZ, http://www.playvid.com/watch/CsINfwMcjQa, http://www.playvid.com/watch/7bbo6zrNuYv,
http://www.playvid.com/watch/HcJvAMWDsma, http://www.playvid.com/watch/UKi8G5bjB6g, http://www.playvid.com/watch/gvOvIk0JUZE,
http://www.playvid.com/watch/f8MAvl9pLk8, http://www.playvid.com/watch/0XdfKnvgsPG, http://www.playvid.com/watch/J8budZ45xnM,
http://www.playvid.com/watch/ZNkYPZXJkSQ, http://www.playvid.com/watch/iz8q9yrUBAJ, http://www.playvid.com/watch/FOE9ovpnGcT,
http://www.playvid.com/watch/74pBhDdrgl7, http://www.playvid.com/watch/L2yfA9GAPoj, http://www.playvid.com/watch/IZlpo9RieSY,
http://www.playvid.com/watch/IH29qoKrTKv, http://www.playvid.com/watch/8HqHqEC2WGr, http://www.playvid.com/watch/wpY7zzTvaba,
http://www.playvid.com/watch/AaQfiQwZCEW, http://www.playvid.com/watch/OhdMJvlZaOA, http://www.playvid.com/watch/UKT6MzNWKkO,
http://www.playvid.com/watch/Gw8zmqapbwg, http://www.playvid.com/watch/vKrUmDJazBq, http://www.playvid.com/watch/LNIfAfU2PPR,
http://www.playvid.com/watch/gA4YC9CNpmv, http://www.playvid.com/watch/Wkb6SjkkoLq, http://www.playvid.com/watch/6GxxkjDQxnp,
http://www.playvid.com/watch/xgO7yp-TtLg, http://www.playvid.com/watch/z6BBWAMW0IZ, http://www.playvid.com/watch/t2Ty3wBujNx,
http://www.playvid.com/watch/MoHEFzNzs2e, http://www.playvid.com/watch/zmPATNgMnpf, http://www.playvid.com/watch/xbnnE9lNCvo,
http://www.playvid.com/watch/P48ZjBcvE3T, http://www.playvid.com/watch/lAV8Cf9EMwJ, http://www.playvid.com/watch/I2-lxPJb25P,
http://www.playvid.com/watch/HKSmyDAm-eJ, http://www.playvid.com/watch/7jmWmxM7cFm, http://www.playvid.com/watch/DXFyqJsLV4F,
http://www.playvid.com/watch/23kDRNE5ZIn, http://www.playvid.com/watch/T4Z6LgvcHaE, http://www.playvid.com/watch/ZVrQeIGfkYL,
http://www.playvid.com/watch/tEVuIir7AxQ, http://www.playvid.com/watch/OBTupjkEGRj, http://www.playvid.com/watch/Z9Hd28b4lew,
http://www.playvid.com/watch/svYc2sy9DuW, http://www.playvid.com/watch/2LQwKmQwwRB, http://www.playvid.com/watch/93Luz9iJ6uk,
http://www.playvid.com/watch/TQT0mSYDYtE, http://www.playvid.com/watch/7IupJR8Kjx-, http://www.playvid.com/watch/-rXPEQQLH-q,
http://www.playvid.com/watch/LbxfTr74SpH, http://www.playvid.com/watch/PXfkU4w3Kk6, http://www.playvid.com/watch/cdyxhqqNsIk,
http://www.playvid.com/watch/PZPSRI2cJ45, http://www.playvid.com/watch/m4H0WVq6dMV, http://www.playvid.com/watch/QRGsOGfhtAw,
http://www.playvid.com/watch/TrHDX3objDo, http://www.playvid.com/watch/Rt9wQrh-yFo, http://www.playvid.com/watch/FYR7jS6hpBH,
http://www.playvid.com/watch/jDJz8gxjkiu, http://www.playvid.com/watch/4TpBABQThQX, http://www.playvid.com/watch/6dD6pEvQw9t,
http://www.playvid.com/watch/n5OFLK6Mnul, http://www.playvid.com/watch/3pfRWMsDYAm, http://www.playvid.com/watch/-ijLdfybIuy,
http://www.playvid.com/watch/vEwZz9gfmXI, http://www.playvid.com/watch/5A5rR029dcZ, http://www.playvid.com/watch/6AmCCwxmClR,
http://www.playvid.com/watch/gJKZpZZzNnh, http://www.playvid.com/watch/-775fVKxaBP, http://www.playvid.com/watch/dFdC8FNaodZ,
http://www.playvid.com/watch/V0Tg9EHssDe, http://www.playvid.com/watch/aUJBooEg5TX, http://www.playvid.com/watch/8aCSqgVZoda,
http://www.playvid.com/watch/2e2MEJqHOOp, http://www.playvid.com/watch/Vkd9WfD3HGJ, http://www.playvid.com/watch/-maZjmKpWn5,
http://www.playvid.com/watch/daYhoGuuHjY, http://www.playvid.com/watch/GJEnebUNBG6, http://www.playvid.com/watch/cv8ZhdTvHpq,
http://www.playvid.com/watch/qaxhW9PONtC, http://www.playvid.com/watch/g8bk-Uo6LCS, http://www.playvid.com/watch/PBfmUmFhasn,
http://www.playvid.com/watch/4sOoTqYMXpf, http://www.playvid.com/watch/J5GaY-g4BBb, http://www.playvid.com/watch/aQHqqwctPkR,
http://www.playvid.com/watch/t7lKWaJtzqe, http://www.playvid.com/watch/ARtviKLU2ab, http://www.playvid.com/watch/4jJv6OIN4-s,
http://www.playvid.com/watch/7L4-kZbcht0, http://www.playvid.com/watch/e5AfuvRBTED, http://www.playvid.com/watch/yql0YjKteHl,
http://www.playvid.com/watch/KPdPI6t3IWv, http://www.playvid.com/watch/ehHIurm3LOq, http://www.playvid.com/watch/6LK6zfyUCkX,
http://www.playvid.com/watch/EmxyYgm8WO6, http://www.playvid.com/watch/dtZBDdG-xt4, http://www.playvid.com/watch/8CoHAes0O7q,
http://www.playvid.com/watch/JtfMecpUWRu, http://www.playvid.com/watch/VWU7f8yi7VX, http://www.playvid.com/watch/EdWP98z0Hvw,
http://www.playvid.com/watch/6GGYr2-ykX2, http://www.playvid.com/watch/B5duvSywrDB, http://www.playvid.com/watch/VCuaBoPxYnD,
http://www.playvid.com/watch/XLWUEq9PJtR, http://www.playvid.com/watch/JexKTTJliXA, http://www.playvid.com/watch/6CwRsqqhifA,
http://www.playvid.com/watch/mgdyhw2DSlv, http://www.playvid.com/watch/JGxBPGmNwzb, http://www.playvid.com/watch/26DF6nNxLRB,
http://www.playvid.com/watch/EHS54NVVYdF, http://www.playvid.com/watch/CvEZrhMheYU, http://www.playvid.com/watch/3AVZ7te063I,
http://www.playvid.com/watch/PkwFDxnkGMl, http://www.playvid.com/watch/Wc7uLO3mXyB, http://www.playvid.com/watch/89QnaC8dRHT,
http://www.playvid.com/watch/GpojogO-QAo, http://www.playvid.com/watch/mNWr4itIYLe, http://www.playvid.com/watch/-mDgSUC7brX,
http://www.playvid.com/watch/ep93B6zL7Wa, http://www.playvid.com/watch/g6Fzva0ReJF, http://www.playvid.com/watch/ByiMLTskMFo,
http://www.playvid.com/watch/6U4eUvqVtgO, http://www.playvid.com/watch/HtHJadjiP9i, http://www.playvid.com/watch/zBU5iv7hL0P,
http://www.playvid.com/watch/-UV0KQD0sl5, http://www.playvid.com/watch/8m3bvekqLwh, http://www.playvid.com/watch/4amxsURfmat,
http://www.playvid.com/watch/m9vsbau-MFX, http://www.playvid.com/watch/CEwFjmBfy4b, http://www.playvid.com/watch/rdc34FPcFih,
http://www.playvid.com/watch/4mYc2Nm7vbl, http://www.playvid.com/watch/UFfhhzSsZHr, http://www.playvid.com/watch/02p3q0k6smR,
http://www.playvid.com/watch/dmeW8PS2IFl, http://www.playvid.com/watch/Pbms2McQN9f, http://www.playvid.com/watch/0XkFOCAPKh-,
http://www.playvid.com/watch/DPdMAc0wzPb, http://www.playvid.com/watch/BOw66dj9SMp, http://www.playvid.com/watch/hiWxp3smwHA,
http://www.playvid.com/watch/Kk30NJgyVWl, http://www.playvid.com/watch/QXtQyfLwYSL, http://www.playvid.com/watch/R-PFyzCVa8I,
http://www.playvid.com/watch/2-fPz2oZm4E, http://www.playvid.com/watch/h20Zvyls9Ir, http://www.playvid.com/watch/IJevxXDzih3,
http://www.playvid.com/watch/6w5mBpKUZBi, http://www.playvid.com/watch/VVSParmcuiD, http://www.playvid.com/watch/NJjsKJBsqa6,
http://www.playvid.com/watch/flppFdQmgwo, http://www.playvid.com/watch/CccsUUknwQ0, http://www.playvid.com/watch/SsaPAXFm6cT,
http://www.playvid.com/watch/Qpr7b45WEr4, http://www.playvid.com/watch/PrrXYiMfwww, http://www.playvid.com/watch/YVWixyg-3Y-,
http://www.playvid.com/watch/GTNw36fo3vG, http://www.playvid.com/watch/eAKuRfll0Iu, http://www.playvid.com/watch/hCR6lMljfYK,
http://www.playvid.com/watch/TwmTtZHJ7Nt, http://www.playvid.com/watch/XgKgOkx0OTb, http://www.playvid.com/watch/ZDAIQxF55UN,
http://www.playvid.com/watch/3ahjIR6jjz7, http://www.playvid.com/watch/TKEA42exPGe, http://www.playvid.com/watch/WUPML5f9ZtA,
http://www.playvid.com/watch/PSKLyLEzSN8, http://www.playvid.com/watch/2i2CrJekzT2, http://www.playvid.com/watch/SV8OtIgo837,
http://www.playvid.com/watch/xyHjYfAlWKi, http://www.playvid.com/watch/qLbVOVx3rft, http://www.playvid.com/watch/O2JcW5VCpO3,
http://www.playvid.com/watch/onHYdB9RMDw, http://www.playvid.com/watch/uGkO0LpyTxa, http://www.playvid.com/watch/KOdV58-qrr8,
http://www.playvid.com/watch/ziHY2JTO6rB, http://www.playvid.com/watch/jUmVNiQH4x2, http://www.playvid.com/watch/Nn8-AkUrtBW,
http://www.playvid.com/watch/3MzZ3jjBedv, http://www.playvid.com/watch/w2FA8NHJsuU, http://www.playvid.com/watch/qlgUsEW07XQ,
http://www.playvid.com/watch/HrAWGrmglrt, http://www.playvid.com/watch/EFybWPE6rm2, http://www.playvid.com/watch/Dl298YnUBwW,
http://www.playvid.com/watch/rYImptGJSaG, http://www.playvid.com/watch/f67OXLjQdv3, http://www.playvid.com/watch/AN7TIje6YV2,
http://www.playvid.com/watch/YUzzYkY0fJi, http://www.playvid.com/watch/nYMhqyG4nJe, http://www.playvid.com/watch/ysqqDrZ-UPW,
http://www.playvid.com/watch/26M8nkRZEbH, http://www.playvid.com/watch/ZB8AU6hHjov, http://www.playvid.com/watch/w0jUZCe6lLA,
http://www.playvid.com/watch/XXmMe0hezih, http://www.playvid.com/watch/6lhxzAEMvvT, http://www.playvid.com/watch/RGTYwl66WlO,
http://www.playvid.com/watch/GqinqG3Hmic, http://www.playvid.com/watch/Fez2LCdoz6J, http://www.playvid.com/watch/Cgup7PRwIBd,
http://www.playvid.com/watch/TMAqlVxIe9r, http://www.playvid.com/watch/vi5XsNGQEeK, http://www.playvid.com/watch/PVOnNX5YCjM,
http://www.playvid.com/watch/3fFWAEnoijE, http://www.playvid.com/watch/cjn92tqW5eB, http://www.playvid.com/watch/AOTuUnXRM5Z,
http://www.playvid.com/watch/NxZdSAI870t, http://www.playvid.com/watch/8nupfRLt3ZS, http://www.playvid.com/watch/OxGgv9jlDYs,
http://www.playvid.com/watch/3NaqnUhlOHq, http://www.playvid.com/watch/g0lO6R-rq0D, http://www.playvid.com/watch/E5QJDEArpZq,
http://www.playvid.com/watch/OIPmlNbT8AY, http://www.playvid.com/watch/v-smGvrta4L, http://www.playvid.com/watch/5Fx8IuvHbTg,
http://www.playvid.com/watch/I8t8dcXLbbQ, http://www.playvid.com/watch/f3PC3txqyZM, http://www.playvid.com/watch/-FKZH0EFfZ5,
http://www.playvid.com/watch/mR8GCTJA9BG, http://www.playvid.com/watch/iromTYvrt4w, http://www.playvid.com/watch/BqMyxgDM4qU,
http://www.playvid.com/watch/xLcUrKAANx3, http://www.playvid.com/watch/4GxsE-K8RNi, http://www.playvid.com/watch/GGKZ2PF4zQe,
http://www.playvid.com/watch/7h0XSHPvGYO, http://www.playvid.com/watch/RVrDWyu8RDx, http://www.playvid.com/watch/MjSyGAzEIhY,
http://www.playvid.com/watch/AFY3x6vlul6, http://www.playvid.com/watch/sY2wWz98lTU, http://www.playvid.com/watch/5M8ZRasLxVR,
http://www.playvid.com/watch/x-HYogxgfqP, http://www.playvid.com/watch/Y97RoY2bwov, http://www.playvid.com/watch/wtRCIiWr5uC,
http://www.playvid.com/watch/5frf8v-YdN9, http://www.playvid.com/watch/rzQDv-NA89H, http://www.playvid.com/watch/NM2NEIzW6dz,
http://www.playvid.com/watch/Y4olaQYGtrL, http://www.playvid.com/watch/4QkHkCdVElp, http://www.playvid.com/watch/ZY2VaZ87KFU,
http://www.playvid.com/watch/EqvxLyGSaWJ, http://www.playvid.com/watch/333P-Zr3Lc-, http://www.playvid.com/watch/gptBSSagnhV,
http://www.playvid.com/watch/bKL6sLujg32, http://www.playvid.com/watch/6T866-fgcPn, http://www.playvid.com/watch/s2gShxtlUaN,

http://www.playvid.com/watch/QAei0w0om7T, http://www.playvid.com/watch/m4WkBZXUhMN, http://www.playvid.com/watch/QcjodELjak8,
http://www.playvid.com/watch/YLf9Q0WAw9B, http://www.playvid.com/watch/vtBKZUd4Xft, http://www.playvid.com/watch/LH5UJH7XkBq,
http://www.playvid.com/watch/GnbCvzlSKUJ, http://www.playvid.com/watch/4cldtlAtHAD, http://www.playvid.com/watch/R-ktZT8n7tq,
http://www.playvid.com/watch/ypgtUzozAEo, http://www.playvid.com/watch/dW5-PH-p90r, http://www.playvid.com/watch/TBN6Zv0fN4S,
http://www.playvid.com/watch/ROCl5zGN-op, http://www.playvid.com/watch/B7vkFJgxqIX, http://www.playvid.com/watch/05Eldt8R85o,
http://www.playvid.com/watch/wfvDHWS059Z, http://www.playvid.com/watch/kDrE-XnjHFX, http://www.playvid.com/watch/75ooV03bAS-,
http://www.playvid.com/watch/Qjt3xUAiD7X, http://www.playvid.com/watch/vMClF9P2v9a, http://www.playvid.com/watch/GjNVEnItQXa,
http://www.playvid.com/watch/G2kIgkiS44S, http://www.playvid.com/watch/coSOzcHzLfT, http://www.playvid.com/watch/P5Ut8I4i42q,
http://www.playvid.com/watch/2eYznzSoKpz, http://www.playvid.com/watch/Q3ux3WwnDJ7, http://www.playvid.com/watch/2T7PPubmXbw,
http://www.playvid.com/watch/E8GjDyEwky8, http://www.playvid.com/watch/j3d5Dgo7oDg, http://www.playvid.com/watch/jTaBwd4yEr7,
http://www.playvid.com/watch/v7NWfkZaaFo, http://www.playvid.com/watch/MLf9I8gAoEW, http://www.playvid.com/watch/AprRkQ0U9eN,
http://www.playvid.com/watch/rEb7g5fVBVI, http://www.playvid.com/watch/EinkWvC7RZY, http://www.playvid.com/watch/Zn6ZChK5IyV,
http://www.playvid.com/watch/XEJW8A0QAyT, http://www.playvid.com/watch/fQwM64-23MU, http://www.playvid.com/watch/6dRChG5zMWP,
http://www.playvid.com/watch/M64ERaq7sq-, http://www.playvid.com/watch/njRJG8yil46, http://www.playvid.com/watch/qpODsDi47jG,
http://www.playvid.com/watch/AeaLOJBvdqJ, http://www.playvid.com/watch/zubQdrkVxms, http://www.playvid.com/watch/7EOpZzJ5xy5,
http://www.playvid.com/watch/2xb0pAY7Yqt, http://www.playvid.com/watch/Ru7Z7GUcE-m, http://www.playvid.com/watch/Z93ApktbnJ2,
http://www.playvid.com/watch/GXcuz-F7hmu, http://www.playvid.com/watch/VdR5TTriIiW, http://www.playvid.com/watch/yBbS-Gpdfyc,
http://www.playvid.com/watch/gkM0UBXUvm7, http://www.playvid.com/watch/MZDY8fr3BAf, http://www.playvid.com/watch/jsO-PExAfHP,
http://www.playvid.com/watch/OoeagHKzpdN, http://www.playvid.com/watch/K6C33xg56Uq, http://www.playvid.com/watch/4kbemoWWBTp,
http://www.playvid.com/watch/AGMuIMFuWDX, http://www.playvid.com/watch/TeXjKhAa3SW, http://www.playvid.com/watch/jQf4kgUZXwz,
http://www.playvid.com/watch/LtDOltZprRd, http://www.playvid.com/watch/zJNxUlYBqqB, http://www.playvid.com/watch/6VGZrjz7EyO,
http://www.playvid.com/watch/MFLCCSzlB3Y, http://www.playvid.com/watch/x9Se7zDcqmY, http://www.playvid.com/watch/AhyfgU2u6Ru,
http://www.playvid.com/watch/sp-L5RSsVto, http://www.playvid.com/watch/HkduvetBalt, http://www.playvid.com/watch/9KcrRPWbwix,
http://www.playvid.com/watch/FeVkWUMhJTu, http://www.playvid.com/watch/eEf30yibBmI, http://www.playvid.com/watch/TCBt5eWIZX2,
http://www.playvid.com/watch/urk6U3ThrJL, http://www.playvid.com/watch/EsD6M-Jwbm8, http://www.playvid.com/watch/GCMXOAfH6Yr,
http://www.playvid.com/watch/yCzkXOD77j7, http://www.playvid.com/watch/kPPyY9JQwcs, http://www.playvid.com/watch/v2fIHBAPYNa,
http://www.playvid.com/watch/dIgcLi2PDnr, http://www.playvid.com/watch/iRl6A7PQPIr, http://www.playvid.com/watch/YFcUCqmhbzE,
http://www.playvid.com/watch/kowUrOrCYm9, http://www.playvid.com/watch/4aHPwC084Gj, http://www.playvid.com/watch/ybdnHAJ9Kq2,
http://www.playvid.com/watch/FjQyInzv-p3, http://www.playvid.com/watch/HXlwF4kYnlh, http://www.playvid.com/watch/kU26JLmGXLw,
http://www.playvid.com/watch/iBHCYgv9taU, http://www.playvid.com/watch/fevQIYJbcEf, http://www.playvid.com/watch/5sG4StyPXun,
http://www.playvid.com/watch/7d973AocEmV, http://www.playvid.com/watch/N82oEjxkxpj, http://www.playvid.com/watch/q0M466RTdcD,
http://www.playvid.com/watch/Aef7JkMZ7cg, http://www.playvid.com/watch/EF7UOb3Ul8a, http://www.playvid.com/watch/bMuUeVs8LiR,
http://www.playvid.com/watch/0AMLaNvX-FB, http://www.playvid.com/watch/nXAj67F5StL, http://www.playvid.com/watch/fhFBEK9pqWf,
http://www.playvid.com/watch/pccP0rFL-yx, http://www.playvid.com/watch/8MY9D6W9Tr9, http://www.playvid.com/watch/AFXaOGJ0pOP,
http://www.playvid.com/watch/b7hN7wFiMxE, http://www.playvid.com/watch/3Dmf47DAt2U, http://www.playvid.com/watch/ZIEtbzdn38B,
http://www.playvid.com/watch/KwSGTgi7VSc, http://www.playvid.com/watch/P3RInNNcurJ, http://www.playvid.com/watch/PdTIqAZzwK-,
http://www.playvid.com/watch/Lhk6cnuhCWO, http://www.playvid.com/watch/AYBeBuAupLq, http://www.playvid.com/watch/otel6YtqfmP,
http://www.playvid.com/watch/VSV0STP7b8T, http://www.playvid.com/watch/psqGxcBtF3B, http://www.playvid.com/watch/3b3deUdlcE3,
http://www.playvid.com/watch/QA9d-bieyNL, http://www.playvid.com/watch/AYjLNrXsbfZ, http://www.playvid.com/watch/64YTsMRlGJO,
http://www.playvid.com/watch/t8FfCQkGKQ3, http://www.playvid.com/watch/ZOhfTwGFbSg, http://www.playvid.com/watch/9shL3wneFYq,
http://www.playvid.com/watch/e99Rl6x3QVm, http://www.playvid.com/watch/G4XTrKtvAKh, http://www.playvid.com/watch/I2cIPlclUvP,
http://www.playvid.com/watch/dhpRiBiTwZD, http://www.playvid.com/watch/xIgvs8uWPA5, http://www.playvid.com/watch/nFjv0bUqd7O,
http://www.playvid.com/watch/CcL6H7I46Xo, http://www.playvid.com/watch/NcLwU5PVfKH, http://www.playvid.com/watch/gvuTlwIKiN5,
http://www.playvid.com/watch/4XFuiI4Y-MY, http://www.playvid.com/watch/Il3pHhdyObn, http://www.playvid.com/watch/YCVqHiZiVeU,
http://www.playvid.com/watch/8QJLJiKM5JP, http://www.playvid.com/watch/qhtfQ38PNy9, http://www.playvid.com/watch/G-bTql33S4E,
http://www.playvid.com/watch/McXvqLF8ScI, http://www.playvid.com/watch/BHslU5RxmrI, http://www.playvid.com/watch/poGk9gFNtMJ,
http://www.playvid.com/watch/0k9HaPdPUFI, http://www.playvid.com/watch/rFETebePceA, http://www.playvid.com/watch/n9cMdx5M6dY,
http://www.playvid.com/watch/8Oil6mpfh7-, http://www.playvid.com/watch/6ShWIJASEi5, http://www.playvid.com/watch/uegb49v5qov,
http://www.playvid.com/watch/TxC7j-NOHPa, http://www.playvid.com/watch/bjPQ9lLk0ZE, http://www.playvid.com/watch/lh57Qtg50Z6,
http://www.playvid.com/watch/ddRgjYkEiqv, http://www.playvid.com/watch/CqNLP4lTNih, http://www.playvid.com/watch/q5lbhsFP5Wk,
http://www.playvid.com/watch/Rup8gw-nYG3, http://www.playvid.com/watch/fy2vLLetJ8e, http://www.playvid.com/watch/Ez7sRlJblIP,
http://www.playvid.com/watch/HkvtO2wpTNB, http://www.playvid.com/watch/9dxOl3Kruew, http://www.playvid.com/watch/fgRMXWVeqYH,
http://www.playvid.com/watch/zfcout5L4jS, http://www.playvid.com/watch/-iWXrebJPct, http://www.playvid.com/watch/pBgPHBwHcob,
http://www.playvid.com/watch/8gAlG7SFlVy, http://www.playvid.com/watch/RLidagPoGWy, http://www.playvid.com/watch/IUTkGQ0nsgx,
http://www.playvid.com/watch/4SxsV25Qko6, http://www.playvid.com/watch/cJnazcmycXg, http://www.playvid.com/watch/bz9dizS4zhq,
http://www.playvid.com/watch/E8SCd7IeC28, http://www.playvid.com/watch/dqQrkYmN8lh, http://www.playvid.com/watch/smTT-yqmXjs,
http://www.playvid.com/watch/6NkgdFBvdsV, http://www.playvid.com/watch/GXjh5VZvmMG, http://www.playvid.com/watch/-QWINf7p0Md,
http://www.playvid.com/watch/DYyrjMZ3VYL, http://www.playvid.com/watch/ZEp4iarx08A, http://www.playvid.com/watch/eXwFLTqpOVO,
http://www.playvid.com/watch/BqJCFMufB65, http://www.playvid.com/watch/86DDyYxsNbY, http://www.playvid.com/watch/kCoSTFeJo8L,
http://www.playvid.com/watch/TOVpUeQvp3f, http://www.playvid.com/watch/GZHuLVmxndW, http://www.playvid.com/watch/ObxYB3D52Hj,
http://www.playvid.com/watch/imCFUvC2-js, http://www.playvid.com/watch/5zUrHuzeKBn, http://www.playvid.com/watch/-GQk-998ymz,
http://www.playvid.com/watch/egX7Yuwh0sB, http://www.playvid.com/watch/C9lWqyoRoMJ, http://www.playvid.com/watch/vfy7i2auphg,
http://www.playvid.com/watch/ENxues7YyWP, http://www.playvid.com/watch/Pz6pFjs2O3I, http://www.playvid.com/watch/qwQR6egHaL8,
http://www.playvid.com/watch/wYWOcAg5Fzt, http://www.playvid.com/watch/EtiQeaozmp8, http://www.playvid.com/watch/5lPttDLnwLv,
http://www.playvid.com/watch/YkFV8k9mFX0, http://www.playvid.com/watch/uP6Tim40nVv, http://www.playvid.com/watch/MgTUbUAVB7u,
http://www.playvid.com/watch/AsDxIKDqMqk, http://www.playvid.com/watch/UysHMtkYw0Y, http://www.playvid.com/watch/nshCKYuIgf7,
http://www.playvid.com/watch/mxqJ4oQ5Vrj, http://www.playvid.com/watch/Yqye9ptiNCf, http://www.playvid.com/watch/8DseSjPtj0O,
http://www.playvid.com/watch/jGl2DY2CwEv, http://www.playvid.com/watch/04GzyEICQhK, http://www.playvid.com/watch/iS4Y9mH9SoM,
http://www.playvid.com/watch/cnaeF4Knj9x, http://www.playvid.com/watch/0bWAUrlwsPL, http://www.playvid.com/watch/3Kmpc5oiN4E,
http://www.playvid.com/watch/JGuxcGHk9E0, http://www.playvid.com/watch/987l4HV0qCg, http://www.playvid.com/watch/9Iu0HfOkGMk,
http://www.playvid.com/watch/WC3P-5aBxlp, http://www.playvid.com/watch/metselrwHnY, http://www.playvid.com/watch/m2zxNdvMRdk,
http://www.playvid.com/watch/Qf0WE9qAUQY, http://www.playvid.com/watch/tZlJ2nd6xuk, http://www.playvid.com/watch/lJSoHZ6QZJd,
http://www.playvid.com/watch/DEr39YUJbPt, http://www.playvid.com/watch/rZAYzcJKMBF, http://www.playvid.com/watch/crilrysofob,
http://www.playvid.com/watch/GXGrrY9jqT0, http://www.playvid.com/watch/7TnBIOrCbOr, http://www.playvid.com/watch/FYawTSPFhmm,
http://www.playvid.com/watch/XZfoOe6bLoU, http://www.playvid.com/watch/bhTXa4aatbc, http://www.playvid.com/watch/3vPe2jr429V,
http://www.playvid.com/watch/bTB9gSK2kbd, http://www.playvid.com/watch/6-YPOOuPmN6, http://www.playvid.com/watch/j2MM4icga8Z,
http://www.playvid.com/watch/VKnqm5JnZi6, http://www.playvid.com/watch/iAFxcpCEHY5, http://www.playvid.com/watch/haUQxCG-SYZ,
http://www.playvid.com/watch/smwAiQbIDoK, http://www.playvid.com/watch/HFsIIevFLd3, http://www.playvid.com/watch/aCBuXqFMi8E,
http://www.playvid.com/watch/TNdWhEJITVn, http://www.playvid.com/watch/6wfaZv3GO8L, http://www.playvid.com/watch/fR3wRE7UbHQ,
http://www.playvid.com/watch/pW8lsW9l4qV, http://www.playvid.com/watch/AnB7SI9-FdV, http://www.playvid.com/watch/0kNsh8HoAWk,
http://www.playvid.com/watch/ZEKIwmUlL33, http://www.playvid.com/watch/JFt-TXpqzs-, http://www.playvid.com/watch/erYNXErwB2k,
http://www.playvid.com/watch/FaMehiFA8Ia, http://www.playvid.com/watch/9ajEEPnrgdm, http://www.playvid.com/watch/cIndgtUk9GQ,
http://www.playvid.com/watch/fxXRdvvaOqJ, http://www.playvid.com/watch/5-axmk4P9aq, http://www.playvid.com/watch/7blfIN9g0FS,
http://www.playvid.com/watch/bxyOEnAuAmo, http://www.playvid.com/watch/S4P5rw3Wj2-, http://www.playvid.com/watch/VvfyUAEAa7h,
http://www.playvid.com/watch/mvCKJo0aC2g, http://www.playvid.com/watch/f3D8JsUgu93, http://www.playvid.com/watch/NK8EZPGjW95,
http://www.playvid.com/watch/4Y9h9FqB-5f, http://www.playvid.com/watch/PuCMgYc5et7, http://www.playvid.com/watch/eslmMa2sLPh,
http://www.playvid.com/watch/GfCq-g2l79X, http://www.playvid.com/watch/wRVMmH6ke2m, http://www.playvid.com/watch/qhTw3D93JQY,
http://www.playvid.com/watch/2fL4bNIMKYg, http://www.playvid.com/watch/KasajAeBczx, http://www.playvid.com/watch/k69Jdjm5z75,
http://www.playvid.com/watch/wZbih6wFsoU, http://www.playvid.com/watch/OEfDVL-pUXl, http://www.playvid.com/watch/Gz53fq6z09W,
http://www.playvid.com/watch/DA5FahOm8t7, http://www.playvid.com/watch/mdjHyCag0Gn, http://www.playvid.com/watch/SxW-8wUkIlL,
http://www.playvid.com/watch/bhzqUC8zccs, http://www.playvid.com/watch/tX54Hn9IpKT, http://www.playvid.com/watch/RE9ewQRQkEo,
http://www.playvid.com/watch/PVBEYvIhry2, http://www.playvid.com/watch/0irbFbZWLSx, http://www.playvid.com/watch/8UyQ9KyZSe0,
http://www.playvid.com/watch/XIzqZ80CuYN, http://www.playvid.com/watch/Uj2aLNejON3, http://www.playvid.com/watch/V79eftPLqUT,
http://www.playvid.com/watch/JLdLmCdXgAi, http://www.playvid.com/watch/-vQbesLNpUv, http://www.playvid.com/watch/cy7XZ587-mZ,
http://www.playvid.com/watch/Sl9V-6o0osb, http://www.playvid.com/watch/4aSwc07-OTa, http://www.playvid.com/watch/dLBNOQZhDOW,
http://www.playvid.com/watch/k4P5KgHDVoK, http://www.playvid.com/watch/Iyc3mVHK0ep, http://www.playvid.com/watch/CUtpOanPyFP,

http://www.playvid.com/watch/GyHoWwziH-R, http://www.playvid.com/watch/tej33a5mliN, http://www.playvid.com/watch/pkmNrG4juEx,
http://www.playvid.com/watch/XQwKjQFOOYX, http://www.playvid.com/watch/x3gA0Tvuk9C, http://www.playvid.com/watch/44yMRZ9ZpUg,
http://www.playvid.com/watch/pl9e-Kzc0HM, http://www.playvid.com/watch/UX2zoELABOq, http://www.playvid.com/watch/nlhX6txMalr,
http://www.playvid.com/watch/zcUcUbQIPVJ, http://www.playvid.com/watch/BOyEUGbbqBG, http://www.playvid.com/watch/7yrQBsWY05V,
http://www.playvid.com/watch/9z92pXmROdW, http://www.playvid.com/watch/uWAs2onxsiX, http://www.playvid.com/watch/Gulo2CdKBNF,
http://www.playvid.com/watch/O24wmfahk4P, http://www.playvid.com/watch/U7gXUz6Vsq0, http://www.playvid.com/watch/8hDEVXSERy0,
http://www.playvid.com/watch/ytvRY0LlZOB, http://www.playvid.com/watch/B5OSwAw3w0q, http://www.playvid.com/watch/0W7MLoURsNU,
http://www.playvid.com/watch/ahVw2iN-Y8e, http://www.playvid.com/watch/xIkWxLVlwA6, http://www.playvid.com/watch/mM2Uvpv-zjQ,
http://www.playvid.com/watch/40UNwV-PqeB, http://www.playvid.com/watch/2ILRPI0aD9x, http://www.playvid.com/watch/UUA6JCBn4sH,
http://www.playvid.com/watch/F4rdrhCeUWf, http://www.playvid.com/watch/LsT4iuGsnf5, http://www.playvid.com/watch/2OZ2mziaHdB,
http://www.playvid.com/watch/UZu3tGEzc8k, http://www.playvid.com/watch/vGnBrq4XWGA, http://www.playvid.com/watch/hzMFY2NBqm5,
http://www.playvid.com/watch/rl0pvdnCp76, http://www.playvid.com/watch/f8lz6rOvsjk, http://www.playvid.com/watch/nDyWv8prOuc,
http://www.playvid.com/watch/ZKfkTAd57U4, http://www.playvid.com/watch/LQlLv5BXkuk, http://www.playvid.com/watch/WdqJ4M8TnKc,
http://www.playvid.com/watch/Z8CopoYefFm, http://www.playvid.com/watch/bjovxMJhUjl, http://www.playvid.com/watch/-w-U2alxRx9,
http://www.playvid.com/watch/GieejGbPMyR, http://www.playvid.com/watch/Ov055JsS7K6, http://www.playvid.com/watch/zvfNSJSQ0TR,
http://www.playvid.com/watch/iWCEqDKCsrG, http://www.playvid.com/watch/0lZ27ccNMEL, http://www.playvid.com/watch/kq7LoZTAQoL,
http://www.playvid.com/watch/mBykWLvl3-D, http://www.playvid.com/watch/tr6MK2F6NQC, http://www.playvid.com/watch/hnjV7ssfkQe,
http://www.playvid.com/watch/AqNL3zGthOh, http://www.playvid.com/watch/yy9RUOzyxkL, http://www.playvid.com/watch/ECPVESsnrlt,
http://www.playvid.com/watch/526QdDp43MK
5.f. Date of third notice: 2013-11-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ops135
5.b. Uploader's email address: jopj1300@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ops135
5.e. List of videos posted by uploader: http://www.playvid.com/watch/POO5acrg8u3, http://www.playvid.com/watch/6K05mSiJi82,
http://www.playvid.com/watch/BN2gqsqvQhl, http://www.playvid.com/watch/o5zF2ajDQF5, http://www.playvid.com/watch/cVzV8spLJ7h,
http://www.playvid.com/watch/Dd2m-ei3uDK, http://www.playvid.com/watch/XEybEziNwy8, http://www.playvid.com/watch/ekE9DdOLVyP,
http://www.playvid.com/watch/FZtu4Le9ijn, http://www.playvid.com/watch/ckg35ak373-, http://www.playvid.com/watch/o5cqljEBw77,
http://www.playvid.com/watch/rxsYxhOTCfP, http://www.playvid.com/watch/8BmJkbN8fPT, http://www.playvid.com/watch/C3Oc3xyCaui,
http://www.playvid.com/watch/nafRRteqFPv, http://www.playvid.com/watch/mqAjQcJSzeU, http://www.playvid.com/watch/EkVXTsYK68D
5.f. Date of third notice: 2014-02-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: OrtegaGMO
5.b. Uploader's email address: alahazat@msn.com
5.d. Uploader's profile: http://www.playvid.com/member/OrtegaGMO
5.e. List of videos posted by uploader: http://www.playvid.com/watch/uF7HvQ4qaOM, http://www.playvid.com/watch/3Q8LhcOxXWc,
http://www.playvid.com/watch/ClQZIGq8lHV, http://www.playvid.com/watch/m8s89cK2zoO, http://www.playvid.com/watch/nhVUyZqiD4t,
http://www.playvid.com/watch/d7QUTB6bmfy, http://www.playvid.com/watch/L7WHWlIoyZJ, http://www.playvid.com/watch/4L4nkzKDmrS,
http://www.playvid.com/watch/QPPfR74hywj, http://www.playvid.com/watch/SZ8soY45Fxu, http://www.playvid.com/watch/SgmEPWaHItQ,
http://www.playvid.com/watch/o7qGFPFQ4XM, http://www.playvid.com/watch/7BMRy24UWYf, http://www.playvid.com/watch/WAnDlzqo9iM,
http://www.playvid.com/watch/CJGhGmwzO43, http://www.playvid.com/watch/GpMzFl3Ha2R, http://www.playvid.com/watch/wVSNnUE8LU2,
http://www.playvid.com/watch/R5tdU4yz2aX, http://www.playvid.com/watch/dzPB32f98wz, http://www.playvid.com/watch/tIDDj6FgaZn,
http://www.playvid.com/watch/ynCMuKnt2ZC, http://www.playvid.com/watch/ukKk0VooUp4, http://www.playvid.com/watch/phbUgaF2j7F,
http://www.playvid.com/watch/7ASngvfmunt, http://www.playvid.com/watch/MGvDbeFo9bb, http://www.playvid.com/watch/QakaF8s57tK,
http://www.playvid.com/watch/Byhjrq68ABA, http://www.playvid.com/watch/Bxa0DTLVCmq, http://www.playvid.com/watch/ZwgxTYTIvFF,
http://www.playvid.com/watch/RYEqU9JiFXh, http://www.playvid.com/watch/vBGSIEuB0Wp, http://www.playvid.com/watch/O5fwZeRrF3M,
http://www.playvid.com/watch/UsibpzQTvi8, http://www.playvid.com/watch/7TiQ96uXygn, http://www.playvid.com/watch/bhs5AvPagb3,
http://www.playvid.com/watch/UjN9GZCLyxe, http://www.playvid.com/watch/lvkGLQ6bVmz, http://www.playvid.com/watch/OHC3XqBVmRf,
http://www.playvid.com/watch/sTW6tqhvyJm, http://www.playvid.com/watch/ALZ3rsTqxoC, http://www.playvid.com/watch/pQR4dzE9Kuk,
http://www.playvid.com/watch/DTdX3pG3aft, http://www.playvid.com/watch/mDeF4FZM779, http://www.playvid.com/watch/rtHrY94rFBu,
http://www.playvid.com/watch/LukEU78qjRW, http://www.playvid.com/watch/BACFbIcLWzv, http://www.playvid.com/watch/lPzW-4gnNex,
http://www.playvid.com/watch/kYryFcDKZfW, http://www.playvid.com/watch/RhNjP7DcH4t, http://www.playvid.com/watch/HbjHgjYNclF,
http://www.playvid.com/watch/ICyGipqsRLc, http://www.playvid.com/watch/5cf-Zyqw4M5, http://www.playvid.com/watch/MYUQwBg2e3c,
http://www.playvid.com/watch/u32boyo0mVS, http://www.playvid.com/watch/SEMog-im5vp, http://www.playvid.com/watch/8FUQbYIPkHr,
http://www.playvid.com/watch/tbVV5MhWads, http://www.playvid.com/watch/VNRjRFwvqnv, http://www.playvid.com/watch/TaPa2DtUSRy,
http://www.playvid.com/watch/Tz49TRRVyzW, http://www.playvid.com/watch/fetToGZS2v4, http://www.playvid.com/watch/DPHwY89Y3Kz,
http://www.playvid.com/watch/lmt9xdxkGsA, http://www.playvid.com/watch/kpuM2zcH-ca, http://www.playvid.com/watch/apxA0YzWEIm,
http://www.playvid.com/watch/twkJYrPVjjP, http://www.playvid.com/watch/IpnoJFT-IpE, http://www.playvid.com/watch/B-WdJ45EL7H,
http://www.playvid.com/watch/dIQHX9kQGKA, http://www.playvid.com/watch/sMVlYoGw6wv, http://www.playvid.com/watch/XL2-oQPg8U3,
http://www.playvid.com/watch/yl6QJnwm8pC, http://www.playvid.com/watch/cJn-lKKsgFn, http://www.playvid.com/watch/7EOrwgaDs4U,
http://www.playvid.com/watch/BJE65-PP2Be, http://www.playvid.com/watch/Qh8xGURF2WO, http://www.playvid.com/watch/FwuJK0gHaEU,
http://www.playvid.com/watch/c82zpVp-87A, http://www.playvid.com/watch/kwFv6utPuQa, http://www.playvid.com/watch/WO8NNyThm9Q,
http://www.playvid.com/watch/oEezSqDSmMD, http://www.playvid.com/watch/CN39htgSMAn, http://www.playvid.com/watch/aOqyNgyahbZ,
http://www.playvid.com/watch/Po6KWZ0pBN0, http://www.playvid.com/watch/M2BgZeZe9DY, http://www.playvid.com/watch/lXYegQvW7ct,
http://www.playvid.com/watch/asRjgK0axZ2, http://www.playvid.com/watch/t2g-jll6sdj, http://www.playvid.com/watch/VqQvHtJaotR,
http://www.playvid.com/watch/UO0by0aFODN, http://www.playvid.com/watch/hFl53r4-2EW, http://www.playvid.com/watch/EVggF9zWBQ0,
http://www.playvid.com/watch/RErOFtBf6qj, http://www.playvid.com/watch/q35UqNg4XDn, http://www.playvid.com/watch/UKPtOVgcGmL,
http://www.playvid.com/watch/Lxw3wVBV7iF, http://www.playvid.com/watch/ES4zB-uPryw, http://www.playvid.com/watch/d9Cp6WZUbV5,
http://www.playvid.com/watch/PxIZVgxIu0Q, http://www.playvid.com/watch/gBXcdyQf1qq, http://www.playvid.com/watch/W688x-sTvEW,
http://www.playvid.com/watch/tSxbSeQzE0I, http://www.playvid.com/watch/rK2cKCjKcRb, http://www.playvid.com/watch/7Uh9M4bVL76,
http://www.playvid.com/watch/UwRxlOaZVB1, http://www.playvid.com/watch/8dtCahCc6GP, http://www.playvid.com/watch/721mNB3yrBF,
http://www.playvid.com/watch/hu0ROma093r, http://www.playvid.com/watch/lF3aVZtv93c, http://www.playvid.com/watch/H3lkfxbS1xi,
http://www.playvid.com/watch/udJHyA2g-L4, http://www.playvid.com/watch/D5K8mz8uNkx, http://www.playvid.com/watch/mBK7r3c7s4b,
http://www.playvid.com/watch/juyb-sjDSen, http://www.playvid.com/watch/3qQHm-kiQhd, http://www.playvid.com/watch/TK8eaHXBELe,
http://www.playvid.com/watch/9tDOtYmnr4y, http://www.playvid.com/watch/6bS81TMi2Qg, http://www.playvid.com/watch/XUNsLhCg6H3,
http://www.playvid.com/watch/-i86rHz2tE2, http://www.playvid.com/watch/V8pxvjqEcxU, http://www.playvid.com/watch/TfNeNF3eCKA,
http://www.playvid.com/watch/3zAIJ-UqHoZ, http://www.playvid.com/watch/MKCcwtSR78R, http://www.playvid.com/watch/khxDeeZ3CZC,
http://www.playvid.com/watch/loWu8IU5vac, http://www.playvid.com/watch/i3cdecpE7Nw, http://www.playvid.com/watch/jkPu6epSBS2,
http://www.playvid.com/watch/cr0SYkygeWG, http://www.playvid.com/watch/HcvfEycQEbs, http://www.playvid.com/watch/plnvuo0rCo3,
http://www.playvid.com/watch/W4xAb9eXvVK, http://www.playvid.com/watch/dNlcjucTZF-, http://www.playvid.com/watch/eJiEPc-RFRP,
http://www.playvid.com/watch/RKkeD-59WF2, http://www.playvid.com/watch/DutiwUjZrVS, http://www.playvid.com/watch/su92oRsNghl,
http://www.playvid.com/watch/9Xi32zpSgeU, http://www.playvid.com/watch/e8kpOpK5nAm, http://www.playvid.com/watch/TTa4yl5h4W1,
http://www.playvid.com/watch/jI7wkxegDPj, http://www.playvid.com/watch/sOlVQ8UfXVU, http://www.playvid.com/watch/nmHwpuCbn3e,
http://www.playvid.com/watch/3IDLIe6ykW8, http://www.playvid.com/watch/GtDhqRdZKLq, http://www.playvid.com/watch/0LTNDmXp6Sy,
http://www.playvid.com/watch/CM771VOGzYN, http://www.playvid.com/watch/vNSj2RgoX71, http://www.playvid.com/watch/ACEr5tBibLO,
http://www.playvid.com/watch/-96qhr4pwFg, http://www.playvid.com/watch/gVAJ11mtybB, http://www.playvid.com/watch/CZfdwqdaX2m,
http://www.playvid.com/watch/yv8fT6PcwUp, http://www.playvid.com/watch/qNBGAm7mpxL, http://www.playvid.com/watch/oH6wBq5iakD,
http://www.playvid.com/watch/P0TqVTerM1K, http://www.playvid.com/watch/Xwq92cZKP3c, http://www.playvid.com/watch/uEzEDEnuiLA,
http://www.playvid.com/watch/fMvgPdNLRRw, http://www.playvid.com/watch/rpfafj00y7b, http://www.playvid.com/watch/7QAh454Nu8t,
http://www.playvid.com/watch/QdglezaNavl, http://www.playvid.com/watch/yeMwMm9HzTS, http://www.playvid.com/watch/T8QqRxm7MlN,
http://www.playvid.com/watch/Ltfrxg00qPs, http://www.playvid.com/watch/DhlCbZ6fGvh, http://www.playvid.com/watch/YnpCEQAWdi8,
http://www.playvid.com/watch/VcxBJmhfsHf, http://www.playvid.com/watch/U7UlSqFpFal, http://www.playvid.com/watch/yKWx6dB4gJ7,
http://www.playvid.com/watch/Ol052IjsbcH, http://www.playvid.com/watch/68P2aqKeZgn, http://www.playvid.com/watch/9m_rJJ4VsC7,
http://www.playvid.com/watch/qvmNFuPEeJm, http://www.playvid.com/watch/lyaVX6ku-rI, http://www.playvid.com/watch/28ufLBgRn2p,

http://www.playvid.com/watch/NwBGZ_IA6tv, http://www.playvid.com/watch/PNBd4vngTvq, http://www.playvid.com/watch/dWI7Uljvr4O, http://www.playvid.com/watch/GGkkwVbbz_7, http://www.playvid.com/watch/Rm0TgLncB7S, http://www.playvid.com/watch/dMcliwbJm5f, http://www.playvid.com/watch/vUx7oNiy25h, http://www.playvid.com/watch/QOR79q0mpH8, http://www.playvid.com/watch/VYvwSl2MBBl, http://www.playvid.com/watch/lS6u0DgNQNQ, http://www.playvid.com/watch/teHZdHdgn7e, http://www.playvid.com/watch/IbGFuwyVuqD, http://www.playvid.com/watch/IUd1GpVLFps, http://www.playvid.com/watch/aPGMnZg0or2, http://www.playvid.com/watch/uYgv31jHRGL, http://www.playvid.com/watch/CgDnlsX3ce3, http://www.playvid.com/watch/wJ5vlczRQV0, http://www.playvid.com/watch/8dr9armrOgi, http://www.playvid.com/watch/uvNOAvdv9PA, http://www.playvid.com/watch/I3Rf4cFG0en, http://www.playvid.com/watch/217kV2K5uP4, http://www.playvid.com/watch/wHyfWFEhLcH, http://www.playvid.com/watch/LNRwQELFfwl, http://www.playvid.com/watch/YN01TKCOPED, http://www.playvid.com/watch/Rgcr5nffumy, http://www.playvid.com/watch/se29RoSr-xa, http://www.playvid.com/watch/RoaDat3Oy5D, http://www.playvid.com/watch/r5716s3-bmH, http://www.playvid.com/watch/O0ZJio5TJ7f, http://www.playvid.com/watch/43k3KQQj6pi, http://www.playvid.com/watch/j4ptwlI7vxg, http://www.playvid.com/watch/wrEitWA1XqJ, http://www.playvid.com/watch/j5Je9UJfuX2, http://www.playvid.com/watch/JMRi-TeA2ET, http://www.playvid.com/watch/RuOVyhK1-Cm, http://www.playvid.com/watch/bSF3oGsQ_JV, http://www.playvid.com/watch/cYpEoTzCMKC, http://www.playvid.com/watch/EU5KxKBNPJT, http://www.playvid.com/watch/aToq3rwfIq6, http://www.playvid.com/watch/wmUkgdHtbs7, http://www.playvid.com/watch/03kzSxz4ZOG, http://www.playvid.com/watch/Vg1VGn57hsC, http://www.playvid.com/watch/PtD7D48joKV, http://www.playvid.com/watch/RFG4qAnSRmZ, http://www.playvid.com/watch/qXrQHpI43rf, http://www.playvid.com/watch/6gcBi5Ox2Sb, http://www.playvid.com/watch/DM1iBIZMsNL, http://www.playvid.com/watch/ADZDOjmvdnq, http://www.playvid.com/watch/RWIsrMr0g0o, http://www.playvid.com/watch/qXR7bYzGO4Y, http://www.playvid.com/watch/NO8bFUizUwJ, http://www.playvid.com/watch/w9l-8SdhPmq, http://www.playvid.com/watch/KoIMUboOowL, http://www.playvid.com/watch/IKYsqACANKp, http://www.playvid.com/watch/xBKwlsTNaC7, http://www.playvid.com/watch/JZutCzdmS4y, http://www.playvid.com/watch/8quJOtcf8xw, http://www.playvid.com/watch/E7ezZSPzl7R, http://www.playvid.com/watch/yRHtsE1-HMM, http://www.playvid.com/watch/XsB3aBpAXhj, http://www.playvid.com/watch/OpUitcnXXvC, http://www.playvid.com/watch/u2V2Q0OwMgV, http://www.playvid.com/watch/g9_yBbQq51G, http://www.playvid.com/watch/3K0MW-hXtau, http://www.playvid.com/watch/TTDX0X7yrCS, http://www.playvid.com/watch/mS398aFT49Y, http://www.playvid.com/watch/Am1P_Ag1fQ9, http://www.playvid.com/watch/81lhVRF6rkw, http://www.playvid.com/watch/fIfi41gsAe3, http://www.playvid.com/watch/Rmf30pxNG2v, http://www.playvid.com/watch/RQLKcZp7T1y, http://www.playvid.com/watch/suJ5R8zFg9U
5.f. Date of third notice: 2014-01-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: osaka
5.b. Uploader's email address: mihailpro@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/osaka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Rax-cVfxkhn, http://www.playvid.com/watch/2rp0knOwRzj, http://www.playvid.com/watch/zjZIwBkA45v, http://www.playvid.com/watch/js4CsJoZza8, http://www.playvid.com/watch/PvpNaW0gZ9B, http://www.playvid.com/watch/EYXrwa7XL9V, http://www.playvid.com/watch/UZtJLStzGEN, http://www.playvid.com/watch/VQlikEIAZW5, http://www.playvid.com/watch/CgXw8bTxSHq, http://www.playvid.com/watch/jxfi4tHzu2s, http://www.playvid.com/watch/is0wXTRXXhS, http://www.playvid.com/watch/swrapsl3ZPe, http://www.playvid.com/watch/i4-kTgEPdeN, http://www.playvid.com/watch/KPvVzcO6Zof, http://www.playvid.com/watch/oynt2fb2Oud, http://www.playvid.com/watch/Rs5PPepoCIN, http://www.playvid.com/watch/4JQIw6W-sKt, http://www.playvid.com/watch/4TrRjoFeOIx, http://www.playvid.com/watch/zsjGZPv0LXF, http://www.playvid.com/watch/QVcHR9VJYEi, http://www.playvid.com/watch/9jsfTf6wwbl, http://www.playvid.com/watch/6AQVJGV9-ux, http://www.playvid.com/watch/SlOOSdrt4JW, http://www.playvid.com/watch/yHKRpsWoZHY, http://www.playvid.com/watch/ZE6BlR6YB9G, http://www.playvid.com/watch/IppcSO8ZV46, http://www.playvid.com/watch/8IwcN9ike2I, http://www.playvid.com/watch/0tKoUZwuy-v, http://www.playvid.com/watch/fZjaK6gntBV, http://www.playvid.com/watch/zpkB8aV2mbu, http://www.playvid.com/watch/yyVxB9UNgQ6, http://www.playvid.com/watch/MHRRQ4LmsBz, http://www.playvid.com/watch/u045aGRjeK5, http://www.playvid.com/watch/jMZn6Au6V4B, http://www.playvid.com/watch/r-KA3-czOur, http://www.playvid.com/watch/-YtilIZyRwk, http://www.playvid.com/watch/nnHCjN8MbWj, http://www.playvid.com/watch/zIZhzwInEkK, http://www.playvid.com/watch/gz-Zs9W-O66, http://www.playvid.com/watch/sZXS2wjqhdX, http://www.playvid.com/watch/tgA3Dc2Np2T, http://www.playvid.com/watch/2ylNqYWnWg3, http://www.playvid.com/watch/Ig-fZNEAD-j, http://www.playvid.com/watch/A02hCetXSm3, http://www.playvid.com/watch/Wo5ZRNRSMG6, http://www.playvid.com/watch/7-XDoNVfwb4, http://www.playvid.com/watch/4jQExDHHrq-, http://www.playvid.com/watch/k5pZuxShs-N, http://www.playvid.com/watch/uaLmM3n7PO8, http://www.playvid.com/watch/q6vnZq8sUwb, http://www.playvid.com/watch/BN5wjuAZbEB, http://www.playvid.com/watch/p2GDf9i4Ujx, http://www.playvid.com/watch/-7jlb2fpL5l, http://www.playvid.com/watch/yW3NBNt2UhZ, http://www.playvid.com/watch/OhuR5BWZR2y, http://www.playvid.com/watch/JeBYlv5wp7R, http://www.playvid.com/watch/nrNJfUOITdo, http://www.playvid.com/watch/RguD6fximIO, http://www.playvid.com/watch/jzMKxIXI7gg, http://www.playvid.com/watch/LH80RkmwGop, http://www.playvid.com/watch/yWgq6KmMdYF, http://www.playvid.com/watch/UJd3lJ0M7Ra, http://www.playvid.com/watch/oh6Pt-nesqu, http://www.playvid.com/watch/dSXpV0VQEAD, http://www.playvid.com/watch/8S-IGw893gY, http://www.playvid.com/watch/SwwRmW-N8zb, http://www.playvid.com/watch/bZ3Ku9MpUKV, http://www.playvid.com/watch/bTh7Hmt-Z88, http://www.playvid.com/watch/-VkzhdK4g5q, http://www.playvid.com/watch/-ZWyUKKOpHb, http://www.playvid.com/watch/Xv3d-MauAOM, http://www.playvid.com/watch/v87-ffXeZEK, http://www.playvid.com/watch/hPkJZF28lsn, http://www.playvid.com/watch/UDqzcDbJorS, http://www.playvid.com/watch/XPvGaMERSC3, http://www.playvid.com/watch/jUPQlscX2ug, http://www.playvid.com/watch/vK00KGhwBgB, http://www.playvid.com/watch/DfMvvm-lQbd, http://www.playvid.com/watch/RgIIiHcoRPa, http://www.playvid.com/watch/MWBsro7q0Ef, http://www.playvid.com/watch/agkzxosehot, http://www.playvid.com/watch/MP0d8x7Sbk6, http://www.playvid.com/watch/WiZyvHk8zew, http://www.playvid.com/watch/OlBg37yNkNh, http://www.playvid.com/watch/2wEXX6v-79Q, http://www.playvid.com/watch/RJIH669Vec2, http://www.playvid.com/watch/ntKqpmOC7g0, http://www.playvid.com/watch/vgbUi6yFlIi, http://www.playvid.com/watch/npVv7XN9kFn, http://www.playvid.com/watch/cFo7YjXuBDS, http://www.playvid.com/watch/ywSMluT-i3M, http://www.playvid.com/watch/mD3MzL-EBDn, http://www.playvid.com/watch/hyJnzJqMmY2, http://www.playvid.com/watch/2ZY4mo-QeBc, http://www.playvid.com/watch/pYpdO3i4NaX, http://www.playvid.com/watch/qfiwGSGku08, http://www.playvid.com/watch/YHy4lAJuNIr, http://www.playvid.com/watch/vI6KzM4C2mZ, http://www.playvid.com/watch/jWD8dLhhPd4, http://www.playvid.com/watch/yqrm7ZmD9oV, http://www.playvid.com/watch/7DjTqWpr5-6, http://www.playvid.com/watch/7JAtjGzuhRP
5.f. Date of third notice: 2014-03-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: oscarxart
5.b. Uploader's email address: oscarxartkoks@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/oscarxart
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DCA-TrIhO0h, http://www.playvid.com/watch/O5Nvs7b2Kp7, http://www.playvid.com/watch/ntPrDAM98F2, http://www.playvid.com/watch/cG3eTUqpHpL, http://www.playvid.com/watch/fBx2JdpTtbO, http://www.playvid.com/watch/Y9wDCTqjVkF, http://www.playvid.com/watch/LOeM1IqknJt, http://www.playvid.com/watch/SozIohzzeLE, http://www.playvid.com/watch/uyi1bulIObl, http://www.playvid.com/watch/p6C2O2JJD6V, http://www.playvid.com/watch/4JH5Jr4a9wv, http://www.playvid.com/watch/s2kSp7Y8gya, http://www.playvid.com/watch/G0yCPICtsyG, http://www.playvid.com/watch/s6lnj3oecmU, http://www.playvid.com/watch/fx6wH9HfRQU, http://www.playvid.com/watch/iZi3AM8hR2g, http://www.playvid.com/watch/5lNak6s3IJw, http://www.playvid.com/watch/qG3r7xxIWBG, http://www.playvid.com/watch/TD5ohCrMeXQ, http://www.playvid.com/watch/MYPG26wEeMH, http://www.playvid.com/watch/33FUDcHsdc3, http://www.playvid.com/watch/h34-HXv52yf, http://www.playvid.com/watch/SmN4xIV3bwn, http://www.playvid.com/watch/Ky7BAmJhN17, http://www.playvid.com/watch/V9Tjh6JdyLl, http://www.playvid.com/watch/pSi4IQ0UYdM, http://www.playvid.com/watch/bs1cgSsrdtw, http://www.playvid.com/watch/JUPJj2pJ0uQ, http://www.playvid.com/watch/tunf3iuwWEg, http://www.playvid.com/watch/64VNKathAne, http://www.playvid.com/watch/uyQU-K7wQ2M, http://www.playvid.com/watch/qO9Tch03Ms8, http://www.playvid.com/watch/lo8UIeghAUz, http://www.playvid.com/watch/VqCd4pVEFsQ, http://www.playvid.com/watch/eJrjWQQyxqb, http://www.playvid.com/watch/WNYbgjd8Dq1, http://www.playvid.com/watch/z6gVETj2Lgj, http://www.playvid.com/watch/xlMPSjHux09, http://www.playvid.com/watch/Jrn7TV5MMmi, http://www.playvid.com/watch/igEDGp5Mzau, http://www.playvid.com/watch/HXfO9DF0E6O, http://www.playvid.com/watch/Xod3Jk0Qz8D, http://www.playvid.com/watch/l2ScIInMsuz, http://www.playvid.com/watch/cdveF5vYOd7, http://www.playvid.com/watch/HYPycXAJhQ2, http://www.playvid.com/watch/xHQ2FbdpBkL, http://www.playvid.com/watch/0rL9NSM2Os5, http://www.playvid.com/watch/OtzprwViJ6w, http://www.playvid.com/watch/7zIeQpoCEmH, http://www.playvid.com/watch/mpdFKikk6aC, http://www.playvid.com/watch/jMTZaFv23ge, http://www.playvid.com/watch/FKP6hBm7o61, http://www.playvid.com/watch/JO1thoURHJC, http://www.playvid.com/watch/UPrklMGqAIR, http://www.playvid.com/watch/Zi75Aj9BCGk, http://www.playvid.com/watch/ThYvt4B6ynI, http://www.playvid.com/watch/uwx9SvmPHrT, http://www.playvid.com/watch/6ThiBjJ9WJ4, http://www.playvid.com/watch/TPmE5NtZs6l, http://www.playvid.com/watch/jBKqhGlZ5R-, http://www.playvid.com/watch/msxD8RtRdyH, http://www.playvid.com/watch/cH0EF55nhRC, http://www.playvid.com/watch/l-lkCtYM5Xm, http://www.playvid.com/watch/zK3PKZMrIcm, http://www.playvid.com/watch/qDcD-6R5xT8, http://www.playvid.com/watch/YlZU4DRyq5B, http://www.playvid.com/watch/M4b0J1Nb0Mk, http://www.playvid.com/watch/yKgfn42Gxyt, http://www.playvid.com/watch/hiu3Zix4Oad, http://www.playvid.com/watch/6lu-DaK4z1N, http://www.playvid.com/watch/iDL9ja6Mjxl, http://www.playvid.com/watch/z4ntlmHXA08, http://www.playvid.com/watch/UhVgY1E4GmQ, http://www.playvid.com/watch/laVtTl03qWF,

http://www.playvid.com/watch/a0uIncuTNQ1, http://www.playvid.com/watch/vpVVo2fqO-s, http://www.playvid.com/watch/6a1feVS9Dk3, http://www.playvid.com/watch/ChIji1GHKRx
5.f. Date of third notice: 2013-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: OuterTaker
5.b. Uploader's email address: stm.forever@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/OuterTaker
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ua2jYIc-g0W, http://www.playvid.com/watch/Xb9nOk5XVcg, http://www.playvid.com/watch/zAJo5HGi6Qa, http://www.playvid.com/watch/HKimle84aq3, http://www.playvid.com/watch/jLLhvPJV6Iv, http://www.playvid.com/watch/M6KaoaoJ5yk, http://www.playvid.com/watch/rjrvZxdbTy-, http://www.playvid.com/watch/CrmUyFs3yaY, http://www.playvid.com/watch/bKROiHKv82g, http://www.playvid.com/watch/sYRmZa-KUIl, http://www.playvid.com/watch/B2Lmb4aV5X9, http://www.playvid.com/watch/FY03rF2a7-j, http://www.playvid.com/watch/SwR8fbJGNzZ, http://www.playvid.com/watch/w6vO5jqpHux, http://www.playvid.com/watch/hvgHvU79idl, http://www.playvid.com/watch/BRVNJLCwwxj, http://www.playvid.com/watch/nhS0AHn4g2r, http://www.playvid.com/watch/Galjj30Q5oQ, http://www.playvid.com/watch/tZEfWEXRO5S, http://www.playvid.com/watch/AqUHmSZIp2H, http://www.playvid.com/watch/vC8lS426gjv
5.f. Date of third notice: 2013-10-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Pablito
5.b. Uploader's email address: mp209@yandex.by
5.d. Uploader's profile: http://www.playvid.com/member/Pablito
5.e. List of videos posted by uploader: http://www.playvid.com/watch/E6tvgTPpg8x, http://www.playvid.com/watch/6VwbG8piIR2, http://www.playvid.com/watch/k22zHeWZv78, http://www.playvid.com/watch/I7HK2yG-a3f, http://www.playvid.com/watch/IaIRCz1HabN, http://www.playvid.com/watch/S7HtlalURp2, http://www.playvid.com/watch/5tS8tt7vFh5, http://www.playvid.com/watch/YOnnK4AbXcL, http://www.playvid.com/watch/c-5VTo-iI94, http://www.playvid.com/watch/SM_OEKoyvaL, http://www.playvid.com/watch/Dn2uwTqOpKW, http://www.playvid.com/watch/5BQ_I97MDxf, http://www.playvid.com/watch/CMHOuu-8TLF, http://www.playvid.com/watch/iDg3TqliEVZ, http://www.playvid.com/watch/OAb0vHyIUUc, http://www.playvid.com/watch/IjXi3iDtTgX, http://www.playvid.com/watch/L2p3YzmPAyC, http://www.playvid.com/watch/K9NsYKjHuBB, http://www.playvid.com/watch/K1E5KeAtYB4, http://www.playvid.com/watch/E8SWCCrdUaK, http://www.playvid.com/watch/4nceYhvFr0D, http://www.playvid.com/watch/veSn9HgUD-G, http://www.playvid.com/watch/CQgKSpRikO2, http://www.playvid.com/watch/8097yOxcl3Q, http://www.playvid.com/watch/psVNtV-t_Np, http://www.playvid.com/watch/7oYbTILCRMh, http://www.playvid.com/watch/7Em9SsL7x1v, http://www.playvid.com/watch/6ek0cE8FUAv, http://www.playvid.com/watch/Pm9-Mp71MiZ, http://www.playvid.com/watch/fFzbtMP4EOn, http://www.playvid.com/watch/uC0Xig6DbMt, http://www.playvid.com/watch/WIX-rllNzZw, http://www.playvid.com/watch/vvD0nAQeacF, http://www.playvid.com/watch/V9sdPmRsuHz, http://www.playvid.com/watch/50W5on3wHlu, http://www.playvid.com/watch/x3hJdKde6ZV, http://www.playvid.com/watch/AwJBEv1UasZ, http://www.playvid.com/watch/FMUjsnxIBgT, http://www.playvid.com/watch/F9joT0ABwGX, http://www.playvid.com/watch/Fcg80nWadYD, http://www.playvid.com/watch/MC3MTPZO7bN, http://www.playvid.com/watch/TvdlBTIsskt, http://www.playvid.com/watch/T28TDuujFiu, http://www.playvid.com/watch/Qgi9X-Oeikz, http://www.playvid.com/watch/EftH7hrjYgU, http://www.playvid.com/watch/uo-H8BAY2Lk, http://www.playvid.com/watch/idZD4PqxW1c, http://www.playvid.com/watch/n4NOt78huGz, http://www.playvid.com/watch/m7euoGGYjuh, http://www.playvid.com/watch/eghl5NTr67Q, http://www.playvid.com/watch/ePFyvwNghgx, http://www.playvid.com/watch/s6Mf_Fifmx8, http://www.playvid.com/watch/2O7xLqfsywH, http://www.playvid.com/watch/JsTcZuXkKB5, http://www.playvid.com/watch/7WWS2GLx2fR, http://www.playvid.com/watch/a-QIOwfEzMP, http://www.playvid.com/watch/dSIbJQYsmXF, http://www.playvid.com/watch/FBuh3mY9nxZ, http://www.playvid.com/watch/OH-tgZCWcZf, http://www.playvid.com/watch/nLNeQxTU1ys, http://www.playvid.com/watch/7RhMsvXhqhm, http://www.playvid.com/watch/YbA0UpDTTpI, http://www.playvid.com/watch/ALUxxGdnxLU, http://www.playvid.com/watch/wa7tyH7pxIB, http://www.playvid.com/watch/QaZzlwv_YjA, http://www.playvid.com/watch/gh4jnGYTl7l, http://www.playvid.com/watch/rl5h1UOmlMZ, http://www.playvid.com/watch/5-9BRT_WYw9, http://www.playvid.com/watch/0yONk2lDQNS, http://www.playvid.com/watch/6HlrJ4QrGGE, http://www.playvid.com/watch/w0U9WENN0WP, http://www.playvid.com/watch/uk_x6ML704v, http://www.playvid.com/watch/jtsPezPMRWP, http://www.playvid.com/watch/cmRffPlwivB, http://www.playvid.com/watch/44Gw0N9ioED, http://www.playvid.com/watch/ZPN9L5polcM, http://www.playvid.com/watch/azMLhven7QO, http://www.playvid.com/watch/u1PEFLfBt-f, http://www.playvid.com/watch/8qa0e8mjiHX, http://www.playvid.com/watch/9zH7OmptgYj, http://www.playvid.com/watch/NUJls6zzHNc, http://www.playvid.com/watch/3pR0w8EU9ed, http://www.playvid.com/watch/Y6U9RuNlMhP, http://www.playvid.com/watch/u5t69AQv86U, http://www.playvid.com/watch/iiHW8I9sc8s, http://www.playvid.com/watch/p6_qY0EP1Ni, http://www.playvid.com/watch/XPR5lc2heU9, http://www.playvid.com/watch/hSuni_n4gHo, http://www.playvid.com/watch/sxhsoB4c8VZ, http://www.playvid.com/watch/uZnyn1AiE1F, http://www.playvid.com/watch/BHg5MqEwfxr, http://www.playvid.com/watch/03aM3y83Ond, http://www.playvid.com/watch/QWWy9wTaKkC, http://www.playvid.com/watch/qWxQy078NmQ, http://www.playvid.com/watch/Skpj4Hsl-Rk, http://www.playvid.com/watch/dcg1B9mOjRa, http://www.playvid.com/watch/K88Qf80WFIx, http://www.playvid.com/watch/8Mo3-hSpw2n, http://www.playvid.com/watch/dU9_F321Dtd, http://www.playvid.com/watch/urLm719go8W, http://www.playvid.com/watch/xSo-_9wdZlp, http://www.playvid.com/watch/nBd0juxNPXO, http://www.playvid.com/watch/PvQrZwpII3z, http://www.playvid.com/watch/40arVaQksz5, http://www.playvid.com/watch/rxPNok517Eg, http://www.playvid.com/watch/RRjzA0AyDaL, http://www.playvid.com/watch/kQ5N_GXFL97, http://www.playvid.com/watch/kPTjQWmMcke, http://www.playvid.com/watch/666eTHVo488, http://www.playvid.com/watch/s9TfE0n6Vqh, http://www.playvid.com/watch/PHIJkaZEXmR, http://www.playvid.com/watch/AJaANkcqXFi, http://www.playvid.com/watch/J0PDOrn41rY, http://www.playvid.com/watch/bbSZh1FG5qv, http://www.playvid.com/watch/EHTFNh_HqBz, http://www.playvid.com/watch/k_QAH_ppAYK, http://www.playvid.com/watch/Nh7eYVlq6Fm, http://www.playvid.com/watch/Jw6ld1SnpQJ, http://www.playvid.com/watch/ct8-rd0ijmI, http://www.playvid.com/watch/sRNjimtlHTR, http://www.playvid.com/watch/nXom4oVAcQN, http://www.playvid.com/watch/EjU8P3lAf_C, http://www.playvid.com/watch/XCxWLcSYP7O, http://www.playvid.com/watch/zFffS4MMDvE, http://www.playvid.com/watch/3f4dodJAD6w, http://www.playvid.com/watch/H8qDCQDl6kQ, http://www.playvid.com/watch/DKNZZT7eFkK, http://www.playvid.com/watch/LC9nBisZSRM, http://www.playvid.com/watch/lSqJ8M3kQ9C, http://www.playvid.com/watch/XOpYk9A_XoL, http://www.playvid.com/watch/yzFqyudxRab, http://www.playvid.com/watch/3kGPtltuT77, http://www.playvid.com/watch/VrCydx8BKE8, http://www.playvid.com/watch/YF1yfOLSWHh, http://www.playvid.com/watch/4TB0NQR8l4h, http://www.playvid.com/watch/xnTjBMWqE8n, http://www.playvid.com/watch/62fbUVbmbpK, http://www.playvid.com/watch/jTm7WFIit5a, http://www.playvid.com/watch/qPxijN25vc9, http://www.playvid.com/watch/q1rBdhB0N9J, http://www.playvid.com/watch/NWtMUfNDe1U, http://www.playvid.com/watch/7DBjkKvHFGo, http://www.playvid.com/watch/pOON-MMY3Qi, http://www.playvid.com/watch/g4cs0QFg_oE, http://www.playvid.com/watch/SA01f7g2Bv7, http://www.playvid.com/watch/ehFQ33DNEQR, http://www.playvid.com/watch/vwsGZedy62V, http://www.playvid.com/watch/j8DqVUUF4L5, http://www.playvid.com/watch/QEiWUU3B6Dj, http://www.playvid.com/watch/B1SsjWN6Ba5, http://www.playvid.com/watch/nCnYHiURILC, http://www.playvid.com/watch/FbFxUwKKI0X, http://www.playvid.com/watch/GsGH-rDCfmO, http://www.playvid.com/watch/Fh6qJF3TsQu, http://www.playvid.com/watch/DOFMPeyHfOP, http://www.playvid.com/watch/Cx2NEweXlHA, http://www.playvid.com/watch/d6okbAW7WU2, http://www.playvid.com/watch/wC6Mc6xBx0K, http://www.playvid.com/watch/ktDKh_WuaU7, http://www.playvid.com/watch/4FezjUkeWsj, http://www.playvid.com/watch/BCFJc8ggAsq, http://www.playvid.com/watch/N9YCh0gMTuc, http://www.playvid.com/watch/7dZcPr5iakC, http://www.playvid.com/watch/5m598Rm7_Uq, http://www.playvid.com/watch/41IAy4US6Po, http://www.playvid.com/watch/VA5ozYB9d-L, http://www.playvid.com/watch/r3KLUC5ZOgh, http://www.playvid.com/watch/nbsWOLGH7YV, http://www.playvid.com/watch/oe_tobXko3Y, http://www.playvid.com/watch/K9PiTXWy1ZB, http://www.playvid.com/watch/4uECNi_67qk, http://www.playvid.com/watch/qys5wX_0_jo, http://www.playvid.com/watch/pDNPnPDV_v0, http://www.playvid.com/watch/jCa73l8DpK7, http://www.playvid.com/watch/P4sM61sqDO8, http://www.playvid.com/watch/jh9uhDh42gi, http://www.playvid.com/watch/YfCN7ig40DI, http://www.playvid.com/watch/olHbUlfI1ee, http://www.playvid.com/watch/QbJTwYU5uxg, http://www.playvid.com/watch/FjrRluPBgQs, http://www.playvid.com/watch/5-0L_3tgzVl
5.f. Date of third notice: 2015-09-28 17:59:17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pacoluch
5.b. Uploader's email address: pabloneilis@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pacoluch
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ff7_QbZ-HX7, http://www.playvid.com/watch/sZi65fvWho4, http://www.playvid.com/watch/zV4of_Xoemp, http://www.playvid.com/watch/kmOSeRLTM9L, http://www.playvid.com/watch/0lUGi8Bhzau, http://www.playvid.com/watch/m98UiDwkdXm, http://www.playvid.com/watch/GBmVzf5Adn7, http://www.playvid.com/watch/tfDBlxDLEQy, http://www.playvid.com/watch/lB5JAeceRG2, http://www.playvid.com/watch/UhOkVSRNrod, http://www.playvid.com/watch/c2Fv5-n2_Rx, http://www.playvid.com/watch/CEeTj5krwWI, http://www.playvid.com/watch/rgFPF653gev, http://www.playvid.com/watch/BSx43uPXnaK, http://www.playvid.com/watch/MpI9HZzk3ky, http://www.playvid.com/watch/Q89rI-F-uFP, http://www.playvid.com/watch/GE5OnjRrQJJ, http://www.playvid.com/watch/Cw6BDwKxra0, http://www.playvid.com/watch/YyPgv_493XZ, http://www.playvid.com/watch/D2HkELkmEQS,

http://www.playvid.com/watch/sh_ygnA-c1y, http://www.playvid.com/watch/D-jwiH1MczL, http://www.playvid.com/watch/8Ds5OVDhzhf,
http://www.playvid.com/watch/yAAjHf6pjrZ, http://www.playvid.com/watch/fNWaxT39i3B, http://www.playvid.com/watch/Hf0JhzBeDsH,
http://www.playvid.com/watch/j_Jut6hnrBq, http://www.playvid.com/watch/X3M27eirHIj, http://www.playvid.com/watch/Z_QOw_7J66t,
http://www.playvid.com/watch/TkaxUtnn7AS, http://www.playvid.com/watch/2JYVMZi03Gw, http://www.playvid.com/watch/xApERpWfhYT,
http://www.playvid.com/watch/NyAfdu3-8C3, http://www.playvid.com/watch/gHMJIOFqjeq, http://www.playvid.com/watch/lI_1kGI3Pwu,
http://www.playvid.com/watch/3OBHGfAYEMt, http://www.playvid.com/watch/JCEN4eKnrbx, http://www.playvid.com/watch/XTE0cAAZjOx,
http://www.playvid.com/watch/LNBy1FKfWxM, http://www.playvid.com/watch/QNykVYs1jnj, http://www.playvid.com/watch/kWjk0TFGze8,
http://www.playvid.com/watch/RCsjOcJT79U, http://www.playvid.com/watch/8MB42LkSL-g, http://www.playvid.com/watch/kRNwVp-HfAA,
http://www.playvid.com/watch/h-liUYRoXPA, http://www.playvid.com/watch/Odgo9bJzdoS, http://www.playvid.com/watch/H-MJOituZ5b,
http://www.playvid.com/watch/3BNeT90rCJm, http://www.playvid.com/watch/YAZUdbtverf, http://www.playvid.com/watch/6pCoe4wz4np,
http://www.playvid.com/watch/9N4BL6cpOwl, http://www.playvid.com/watch/y1FUYneUdih, http://www.playvid.com/watch/Rfgp4iD_lcC,
http://www.playvid.com/watch/VAiO-H9wh-g, http://www.playvid.com/watch/XceVFJL-o6i, http://www.playvid.com/watch/Zz3OL7ZXfiY,
http://www.playvid.com/watch/MeEMcPtSEgB, http://www.playvid.com/watch/x5PQzJ6sssB, http://www.playvid.com/watch/sKe6WDAk1e7,
http://www.playvid.com/watch/DY01IdnObM8, http://www.playvid.com/watch/EYvaklewAby, http://www.playvid.com/watch/dnVtZswSVJ9,
http://www.playvid.com/watch/mGr0YF4t_2R, http://www.playvid.com/watch/reZFSHnmf3r, http://www.playvid.com/watch/oxTVf24zDuz,
http://www.playvid.com/watch/AwBsVGDC0fG, http://www.playvid.com/watch/WfVnSC--dEt, http://www.playvid.com/watch/4hczgw4Y9ym,
http://www.playvid.com/watch/2RdQeITaM7N, http://www.playvid.com/watch/nGS4s544nhJ, http://www.playvid.com/watch/8v6xBI6A5JO,
http://www.playvid.com/watch/Q8f6RwvHDKz, http://www.playvid.com/watch/yyQJYbsJtYV, http://www.playvid.com/watch/a1PnbjAAIwF,
http://www.playvid.com/watch/7pSMrbuSntl, http://www.playvid.com/watch/5i0lpVoOazs, http://www.playvid.com/watch/MDM6yDHiQlk,
http://www.playvid.com/watch/xaNTFFKExeX, http://www.playvid.com/watch/eVKFX-mLlci, http://www.playvid.com/watch/aaz11HBHV6j,
http://www.playvid.com/watch/EruxXSR4wbB, http://www.playvid.com/watch/5Vnh9uwuF1d, http://www.playvid.com/watch/thZjYb0z6-N,
http://www.playvid.com/watch/9iPvhIt_uig, http://www.playvid.com/watch/TnJ5FZCUOyn, http://www.playvid.com/watch/t_pULNxmqmR,
http://www.playvid.com/watch/WIPcyZnnBmv, http://www.playvid.com/watch/hpg66vg-0Xw, http://www.playvid.com/watch/xyX6pArL9vY,
http://www.playvid.com/watch/a1L0zSo0XSh, http://www.playvid.com/watch/jpmAyILeHPH, http://www.playvid.com/watch/baOv-wfIul0,
http://www.playvid.com/watch/BHLfJiZFgKM, http://www.playvid.com/watch/uAJU4QuYh5C, http://www.playvid.com/watch/FTPXWWqmrtU,
http://www.playvid.com/watch/UBbjEn7WoPv, http://www.playvid.com/watch/HhxIAB6WubJ, http://www.playvid.com/watch/K8659aIeZD9,
http://www.playvid.com/watch/wsR9Y_q8Y-Q, http://www.playvid.com/watch/ca3UpP8Cfav, http://www.playvid.com/watch/9xZQWrBEBYY,
http://www.playvid.com/watch/X0hSATFXCUB, http://www.playvid.com/watch/YDStVMLhfm9, http://www.playvid.com/watch/iATSvtlfgmb,
http://www.playvid.com/watch/ACa2-wxmaRc, http://www.playvid.com/watch/OekvAWypbp3, http://www.playvid.com/watch/Itnks79jbVN,
http://www.playvid.com/watch/yva9YEGe4oA, http://www.playvid.com/watch/8HwOB4RhBan, http://www.playvid.com/watch/Iv2ex4fZIRD,
http://www.playvid.com/watch/qM96DVtxlYS, http://www.playvid.com/watch/Kg29cXvfXO4, http://www.playvid.com/watch/idf5fy5oazv,
http://www.playvid.com/watch/0n_K9PjeE7Z, http://www.playvid.com/watch/5iQzQ41udOR, http://www.playvid.com/watch/Hl2VyNVRzsv,
http://www.playvid.com/watch/goUX6GS8v1M, http://www.playvid.com/watch/annaJ4TDaeG, http://www.playvid.com/watch/JxuZAopLGSw,
http://www.playvid.com/watch/cGJsIzWtHFq, http://www.playvid.com/watch/jlfH48Ea07t, http://www.playvid.com/watch/Vw7a9F3hxbO,
http://www.playvid.com/watch/DmBIbd0Lo4Q, http://www.playvid.com/watch/pixXGY6VZFX, http://www.playvid.com/watch/74bQgu2lMTZ,
http://www.playvid.com/watch/joYkESFuWdh, http://www.playvid.com/watch/WKeH4CTRkTm, http://www.playvid.com/watch/ejmLPDCtScU,
http://www.playvid.com/watch/ixlJBlV9ZBl, http://www.playvid.com/watch/rIZLdbZWHoH, http://www.playvid.com/watch/2B5295QwXjF,
http://www.playvid.com/watch/R9DhPBTdXRh, http://www.playvid.com/watch/XzJNdiYyaPY, http://www.playvid.com/watch/aHpVCJjjoKt,
http://www.playvid.com/watch/ACltK-CX3hb, http://www.playvid.com/watch/pr-uj-4i9mw, http://www.playvid.com/watch/j9FsBY3cb6d,
http://www.playvid.com/watch/YBu0SYHt832, http://www.playvid.com/watch/4BIhOJRGqiF, http://www.playvid.com/watch/M8d8x9GQnBF,
http://www.playvid.com/watch/AZHelAOEdI2, http://www.playvid.com/watch/9-S-ASwknkD, http://www.playvid.com/watch/SvCWTGS2oW0,
http://www.playvid.com/watch/xEQ0g5Qg2hb, http://www.playvid.com/watch/OEYt8FIBbd5, http://www.playvid.com/watch/tDJB0OxM09h,
http://www.playvid.com/watch/r2mVSueGjrO, http://www.playvid.com/watch/A08z2PDfPAv, http://www.playvid.com/watch/N0dk5mdmzch,
http://www.playvid.com/watch/5mGSKxpwqrZ, http://www.playvid.com/watch/7AGBLK1FrrO, http://www.playvid.com/watch/x29UHDNv6AQ,
http://www.playvid.com/watch/UUrhx0JMdUH, http://www.playvid.com/watch/poyBhTfnDcF, http://www.playvid.com/watch/oWdTCJcmMkC,
http://www.playvid.com/watch/5h8s6NdlcIL, http://www.playvid.com/watch/22-dABojzcJ, http://www.playvid.com/watch/zvmqvIOIJtJ,
http://www.playvid.com/watch/Njwabmk6SCj, http://www.playvid.com/watch/xDOEhJdOna3, http://www.playvid.com/watch/dDeCewYSnGz,
http://www.playvid.com/watch/q7lBnwI53uY, http://www.playvid.com/watch/8e6x980a8S0, http://www.playvid.com/watch/qqim23nivYW,
http://www.playvid.com/watch/C4T6is7Q3jv, http://www.playvid.com/watch/pzXZIB8QLXq, http://www.playvid.com/watch/c9Ezd0OVdxS,
http://www.playvid.com/watch/PqDRbqQzEIM, http://www.playvid.com/watch/GgCO34Dr_Mq, http://www.playvid.com/watch/ItpSQdXuTyI,
http://www.playvid.com/watch/fD20wHijOcL, http://www.playvid.com/watch/Qra7KHBgVCF, http://www.playvid.com/watch/IoSCv06hEF4,
http://www.playvid.com/watch/zwAO31r1N_A, http://www.playvid.com/watch/6B6uy3iz01p, http://www.playvid.com/watch/t_mK7i9EiuM,
http://www.playvid.com/watch/0LVRZdce3Rk, http://www.playvid.com/watch/eAXNcM-Vl7n, http://www.playvid.com/watch/4G02lDYCw3C,
http://www.playvid.com/watch/g33j8AtwFwn, http://www.playvid.com/watch/8KBQJkdvaFc, http://www.playvid.com/watch/FkNN8-kWYrT,
http://www.playvid.com/watch/k0S0EuAf8Gb, http://www.playvid.com/watch/ttW5-RDg9JT, http://www.playvid.com/watch/7XZhgSACuMV,
http://www.playvid.com/watch/cbpOgHiBIWa, http://www.playvid.com/watch/Wp4cD_2CcBQ, http://www.playvid.com/watch/32wccq1H3XV,
http://www.playvid.com/watch/VXpYN97GXjJ, http://www.playvid.com/watch/ZwxgwDOj9gv, http://www.playvid.com/watch/CrvWrNyO-CR,
http://www.playvid.com/watch/z6nh7Ax_roh, http://www.playvid.com/watch/y9muIzQO3Fk, http://www.playvid.com/watch/Dm8NEPy_Qjt,
http://www.playvid.com/watch/wgg7KVYGBaa, http://www.playvid.com/watch/Houy3K0lENd, http://www.playvid.com/watch/wR7c7Yqnmwz,
http://www.playvid.com/watch/CkFtTG557yY, http://www.playvid.com/watch/IzxxMA4RmcL, http://www.playvid.com/watch/WGZnKVLg8KT,
http://www.playvid.com/watch/fwvonNA1gdr, http://www.playvid.com/watch/DtzexbpMguw, http://www.playvid.com/watch/MKqi1ke1klc,
http://www.playvid.com/watch/83ZP9qXq8Cu, http://www.playvid.com/watch/p_aw0hDmjVG, http://www.playvid.com/watch/Mmo9HNQrix9,
http://www.playvid.com/watch/W0czVMLPoRA, http://www.playvid.com/watch/cIQdVnO4yuw, http://www.playvid.com/watch/9e-eV_ErGxZ,
http://www.playvid.com/watch/wG2LK2haiDj, http://www.playvid.com/watch/SqMdiPlXdIf, http://www.playvid.com/watch/YSqZNkm0Jh7,
http://www.playvid.com/watch/GnQYzg_QSJi, http://www.playvid.com/watch/X-dvzwZbl0t, http://www.playvid.com/watch/JFhwBjA4tFc,
http://www.playvid.com/watch/07javY5KQh2, http://www.playvid.com/watch/sciBME8_bZC, http://www.playvid.com/watch/n-UtYEoaw4Q,
http://www.playvid.com/watch/sm97Gghakzg, http://www.playvid.com/watch/n9crveH7k1s, http://www.playvid.com/watch/oO4v4OgjRgE,
http://www.playvid.com/watch/y92BsS0Khts, http://www.playvid.com/watch/uFxava7cQIh, http://www.playvid.com/watch/e3INJmaDViL,
http://www.playvid.com/watch/T9wr_6WS2V6, http://www.playvid.com/watch/KRanSkm4HBK, http://www.playvid.com/watch/Vpx-l1QDvFq,
http://www.playvid.com/watch/dzg2ROMvmVZ, http://www.playvid.com/watch/Nh8PIR0cvzM, http://www.playvid.com/watch/lEI-FcW5uOn,
http://www.playvid.com/watch/RdBykYP3u22, http://www.playvid.com/watch/Kfmvw_txvJx, http://www.playvid.com/watch/kdtovYKc_37,
http://www.playvid.com/watch/F8dMeorbgmz, http://www.playvid.com/watch/Q7HdKT7ktEm, http://www.playvid.com/watch/ov5cdzqfrdK,
http://www.playvid.com/watch/au9UFGnwmIr, http://www.playvid.com/watch/zD9rVEQ_i1O, http://www.playvid.com/watch/H7FmENzZ8ru,
http://www.playvid.com/watch/A47PQwEvS2V, http://www.playvid.com/watch/KfDvc4fUNqU, http://www.playvid.com/watch/TdMKb5SxB3m,
http://www.playvid.com/watch/RoDVG6N0JIw, http://www.playvid.com/watch/jQkgXsUKkCU, http://www.playvid.com/watch/oLaMJt952wl,
http://www.playvid.com/watch/t_HcImnkFUD, http://www.playvid.com/watch/g-Olcv3nmHY, http://www.playvid.com/watch/HtrfcbbAXNP,
http://www.playvid.com/watch/pgj9d4_4FoE, http://www.playvid.com/watch/hRMzy1Wvtks, http://www.playvid.com/watch/UvvvU1WLAyz,
http://www.playvid.com/watch/dm9kI2wbizr, http://www.playvid.com/watch/ql6EfPk6f2G, http://www.playvid.com/watch/DWzqIP_nX12,
http://www.playvid.com/watch/wcsfbxA-Yay, http://www.playvid.com/watch/GcA3u4c-gX0, http://www.playvid.com/watch/xqgkuOq2zph,
http://www.playvid.com/watch/hLzMrsMQ6pO, http://www.playvid.com/watch/boxVhyt7Nor, http://www.playvid.com/watch/Xjzo3pGXq-F,
http://www.playvid.com/watch/IkQrg1KKb1h, http://www.playvid.com/watch/st8wZ9EwnDV, http://www.playvid.com/watch/gBAkUQpIR5n,
http://www.playvid.com/watch/sAorvcpbMK8, http://www.playvid.com/watch/v_MobkvIM_G, http://www.playvid.com/watch/nusLDZZtI4P,
http://www.playvid.com/watch/JmOIlQQ1Vmr, http://www.playvid.com/watch/4MMQ_8aS5mv, http://www.playvid.com/watch/E-cI1uGVE3r
5.f. Date of third notice: 2014-05-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: padun
5.b. Uploader's email address: anatoliihoom@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/padun
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qZ8HQ78ULBG, http://www.playvid.com/watch/wiiQe1iDwwj,
http://www.playvid.com/watch/znssk7B4MpL, http://www.playvid.com/watch/xUtJZwAZaeN, http://www.playvid.com/watch/RZND4hDKjbQ,
http://www.playvid.com/watch/aAVpxLfDtaq, http://www.playvid.com/watch/Qywt1kjGt13, http://www.playvid.com/watch/9uJj_WlBX_e,
http://www.playvid.com/watch/a1W7qT-dtXp, http://www.playvid.com/watch/uxTWW-sWzX5, http://www.playvid.com/watch/LtK4x18AsIO,
http://www.playvid.com/watch/5iATmDM6i1J, http://www.playvid.com/watch/S7yU1QTwHi4, http://www.playvid.com/watch/kepucDlmxH8,
http://www.playvid.com/watch/73jWueHmiZx, http://www.playvid.com/watch/l5_J6pQE0_y, http://www.playvid.com/watch/2SsEPgRFwOA,
http://www.playvid.com/watch/STxDUZjAT0f, http://www.playvid.com/watch/9WSvCpP6f0d, http://www.playvid.com/watch/Iabpe_1CbKt,

http://www.playvid.com/watch/pSUMDEPhW1u, http://www.playvid.com/watch/RzLFwPIMnsV, http://www.playvid.com/watch/jqBolVFIOka, http://www.playvid.com/watch/iQuXio2ho4T, http://www.playvid.com/watch/F9C83Scz9Hv, http://www.playvid.com/watch/lvgyKXH204Q, http://www.playvid.com/watch/4GRcLQsF6gb, http://www.playvid.com/watch/GRBC83wh9Zp, http://www.playvid.com/watch/6fJIrxAbBu5, http://www.playvid.com/watch/3WV4Kb0i1ID, http://www.playvid.com/watch/crqHy5TYmrD, http://www.playvid.com/watch/WT-xMvanSfh, http://www.playvid.com/watch/hzteq8IHLHK, http://www.playvid.com/watch/J8IOAhzmSBl, http://www.playvid.com/watch/2ZcEceRjbkP, http://www.playvid.com/watch/KL7bURbxMwO, http://www.playvid.com/watch/tDr4tp6iq_k, http://www.playvid.com/watch/6J7qV35RmhE, http://www.playvid.com/watch/xYhQuYGc6FA, http://www.playvid.com/watch/TFAOIyzQjlY, http://www.playvid.com/watch/LJXES7eUL92, http://www.playvid.com/watch/B98AwxHGsvR, http://www.playvid.com/watch/5nf_31AQ-2t, http://www.playvid.com/watch/h90e9EUaiaf, http://www.playvid.com/watch/Sdu-oVbUIi2, http://www.playvid.com/watch/ZrFA3IjqqPg, http://www.playvid.com/watch/X4uoDJu8EFk, http://www.playvid.com/watch/PuVOWDUnSMO, http://www.playvid.com/watch/WYarGzdlGBu, http://www.playvid.com/watch/x9uVHLLFrGf, http://www.playvid.com/watch/yFnfvTJqTLo, http://www.playvid.com/watch/7JxDDG6Bu1G, http://www.playvid.com/watch/DH9HCC90wCI, http://www.playvid.com/watch/k7AMqRMeI5j, http://www.playvid.com/watch/79LFGxVjytm, http://www.playvid.com/watch/R-zQ3VX1Jb0, http://www.playvid.com/watch/H2dd4DtXhZl, http://www.playvid.com/watch/kl5j3JaselB, http://www.playvid.com/watch/PlSvMJH87D9, http://www.playvid.com/watch/bXqkNTh38Up, http://www.playvid.com/watch/muzhBj-Ip6m, http://www.playvid.com/watch/mjods3xuNgb, http://www.playvid.com/watch/kQ9aBB-77Kk, http://www.playvid.com/watch/rBiVz0G7Ic5, http://www.playvid.com/watch/crV6jxG9TMT
5.f. Date of third notice: 2014-07-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pamell
5.b. Uploader's email address: fererogood@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pamell
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6DpyNDpqQwU, http://www.playvid.com/watch/3ijsjfqFGTU, http://www.playvid.com/watch/8Zu3KJukI29, http://www.playvid.com/watch/WvK8Cs0fM8x, http://www.playvid.com/watch/2NKMRKwY7xz, http://www.playvid.com/watch/hXsmaKFFcAJ, http://www.playvid.com/watch/mA5pGjgK7ec, http://www.playvid.com/watch/MIQ0MPR487r, http://www.playvid.com/watch/T0SoUnsdjY2, http://www.playvid.com/watch/WxVlItHoYjp, http://www.playvid.com/watch/LMEVCSKk3oP, http://www.playvid.com/watch/b8NJTrj0e4g, http://www.playvid.com/watch/82B5pXiXVKX, http://www.playvid.com/watch/xvyKzMM6Z8m, http://www.playvid.com/watch/Ei7w226cRQR, http://www.playvid.com/watch/wLidFugePTv, http://www.playvid.com/watch/hfXkxRRjMD6, http://www.playvid.com/watch/neax88sQwCe, http://www.playvid.com/watch/piudXSCxIS9, http://www.playvid.com/watch/MG7FnOkjjpx, http://www.playvid.com/watch/MXNpJp9K0rt, http://www.playvid.com/watch/G96Ll7iDILO, http://www.playvid.com/watch/8dWgDj4Nbup, http://www.playvid.com/watch/ioNSuloxPbW, http://www.playvid.com/watch/kB7ZAyZzDem, http://www.playvid.com/watch/qfqWwOJWwwe, http://www.playvid.com/watch/jWnQPCMETGK, http://www.playvid.com/watch/ExVDE5m5LEA, http://www.playvid.com/watch/isPUlLqCXhR, http://www.playvid.com/watch/D4OMvMkH6PA, http://www.playvid.com/watch/yTjqRwN5bu0, http://www.playvid.com/watch/ByKscX9DNvw, http://www.playvid.com/watch/oV9zvVptw5H, http://www.playvid.com/watch/e7G64imCFhr, http://www.playvid.com/watch/2b7sM7Ro6s0, http://www.playvid.com/watch/TIXdS3r4kmZ, http://www.playvid.com/watch/ZCkGnCsnxfk, http://www.playvid.com/watch/P724gyiBx05, http://www.playvid.com/watch/8dmqits6V2T, http://www.playvid.com/watch/2tfAVnMUOQe, http://www.playvid.com/watch/lwwOHLQE-SX, http://www.playvid.com/watch/Sx-xP2OnaAw, http://www.playvid.com/watch/fkPHIjg6fZW, http://www.playvid.com/watch/Yx2qZCbr-J-, http://www.playvid.com/watch/JfRLP2McqFV, http://www.playvid.com/watch/Yxma8xqqk4z, http://www.playvid.com/watch/YocunBmLJy7, http://www.playvid.com/watch/KcuTDe2g2tl, http://www.playvid.com/watch/HEnehQW44wj, http://www.playvid.com/watch/0Cjb3XBtsag, http://www.playvid.com/watch/QpKwQ9ZjWye, http://www.playvid.com/watch/gTDvcyj5GCN, http://www.playvid.com/watch/jsoqVyrp-uU, http://www.playvid.com/watch/OAcmGk-4Ybf, http://www.playvid.com/watch/k3tT9lYRE9k, http://www.playvid.com/watch/WiemmEnygsR, http://www.playvid.com/watch/XzPLpGEVjnF, http://www.playvid.com/watch/wZWCigFdWx2, http://www.playvid.com/watch/yKfCKmOmUIG, http://www.playvid.com/watch/sJlZ9yVDmAi, http://www.playvid.com/watch/LoHZjQPcONV, http://www.playvid.com/watch/MMEMMHquGPj, http://www.playvid.com/watch/MUAs-JGeBjj, http://www.playvid.com/watch/Ljdn92YTSeD, http://www.playvid.com/watch/8eYCy0BQ0O0, http://www.playvid.com/watch/bqi5iDL-itX, http://www.playvid.com/watch/zLGNfpRFd-U, http://www.playvid.com/watch/Tf-kcmzI9Ee, http://www.playvid.com/watch/FPOPg6AmGct, http://www.playvid.com/watch/x5hw-ZF5pek, http://www.playvid.com/watch/PtHNbFVWbM0, http://www.playvid.com/watch/OSUyeYWziTh, http://www.playvid.com/watch/CFwAtPXQSJj, http://www.playvid.com/watch/V93yWOgC5SL, http://www.playvid.com/watch/uWSi0tpfd7j, http://www.playvid.com/watch/WGIv3YH9oOO, http://www.playvid.com/watch/ac-EHZ30xCT, http://www.playvid.com/watch/g-pZfT89W5p, http://www.playvid.com/watch/v5wsC77jLcX, http://www.playvid.com/watch/4UJwaKypZw3, http://www.playvid.com/watch/FYMT7w8F-j6, http://www.playvid.com/watch/qHFTL8Cjb48, http://www.playvid.com/watch/hBHYMwJK9lj, http://www.playvid.com/watch/JMX9g5LBmGX, http://www.playvid.com/watch/vm-z3C2jN6b, http://www.playvid.com/watch/BjZz9Fu5pUr, http://www.playvid.com/watch/0TLr5wtCRFd, http://www.playvid.com/watch/iMv9zl8q7DC, http://www.playvid.com/watch/4-pswqbqden, http://www.playvid.com/watch/SVnkCUgLQnE, http://www.playvid.com/watch/InGsexnRz9p, http://www.playvid.com/watch/69vwDH6p3RD, http://www.playvid.com/watch/Tns98NANp9e, http://www.playvid.com/watch/nZlMB5IiwmG, http://www.playvid.com/watch/7Hn2pkpBrzF, http://www.playvid.com/watch/5dENgWpQBds, http://www.playvid.com/watch/TqUEk7ii7e7, http://www.playvid.com/watch/253VYlwKlJJ, http://www.playvid.com/watch/dnwsHw8HbMl, http://www.playvid.com/watch/TjJToS8Zpcn, http://www.playvid.com/watch/CoGjWZqE4iH, http://www.playvid.com/watch/ZE7727c5RbS, http://www.playvid.com/watch/XNEH3SqDxPP, http://www.playvid.com/watch/8AO-wj3DAtI, http://www.playvid.com/watch/mhh9czaQvey, http://www.playvid.com/watch/GVLL6AWPEJn, http://www.playvid.com/watch/nZAwedpCltd, http://www.playvid.com/watch/-YZ3YEqy9H7, http://www.playvid.com/watch/2oqJKwD7kKo, http://www.playvid.com/watch/mCB68XIr0cf, http://www.playvid.com/watch/v3PudTRWh7l, http://www.playvid.com/watch/lmhero43yeh, http://www.playvid.com/watch/SIP2CZw9hxl, http://www.playvid.com/watch/DxIEenZGxIf, http://www.playvid.com/watch/6BOOmHtGlCQ, http://www.playvid.com/watch/7-6ZpUsogIE, http://www.playvid.com/watch/oExlXKZmkGu, http://www.playvid.com/watch/XbOHxReO5lh, http://www.playvid.com/watch/z4lSzBH33Kl, http://www.playvid.com/watch/PBymL0oWk-L, http://www.playvid.com/watch/rINT3AKLP0W, http://www.playvid.com/watch/2Bi88yASlUK, http://www.playvid.com/watch/GHrbXAYmr2Y, http://www.playvid.com/watch/qdbFEwyOGDV, http://www.playvid.com/watch/A8pCEce-JQh, http://www.playvid.com/watch/C00ci8p2FNh, http://www.playvid.com/watch/iqoofHfQCgS, http://www.playvid.com/watch/z9R6KCzMMii, http://www.playvid.com/watch/H9xcoEtI0JO, http://www.playvid.com/watch/cRPCGVhgni5, http://www.playvid.com/watch/K6rgExvVxUG, http://www.playvid.com/watch/CVzOQDL39D3, http://www.playvid.com/watch/KQWqmzvzGSY, http://www.playvid.com/watch/ZWaXIC4zyWg, http://www.playvid.com/watch/DyBiXElDFO3, http://www.playvid.com/watch/yW2tqrirt8o, http://www.playvid.com/watch/zvMWWLibeOP, http://www.playvid.com/watch/UtwAuBClk40, http://www.playvid.com/watch/ZTNAB2LNJDR, http://www.playvid.com/watch/mLrWWvSVnBZ, http://www.playvid.com/watch/hPjOrEZ9yr7, http://www.playvid.com/watch/nqBIq8hqdBk, http://www.playvid.com/watch/W7gTPiauqyl, http://www.playvid.com/watch/4Rhax5Zf0et, http://www.playvid.com/watch/9wwvarhj0sD, http://www.playvid.com/watch/XUcGtxySgK9, http://www.playvid.com/watch/aUT0L0wFctT, http://www.playvid.com/watch/SS2i3n8QRxd, http://www.playvid.com/watch/LGHjCUZqUzg, http://www.playvid.com/watch/8zRARr-rkHy, http://www.playvid.com/watch/bUWYX8dZYxn, http://www.playvid.com/watch/KAxTaqaFsrR, http://www.playvid.com/watch/5jeKPxS9baM, http://www.playvid.com/watch/KI4hI7RCBG4, http://www.playvid.com/watch/8O3PTHIgeuB, http://www.playvid.com/watch/HoMAWfTafls, http://www.playvid.com/watch/v0sQMUZOcQp, http://www.playvid.com/watch/udQFUmMgFgF, http://www.playvid.com/watch/Zjn0F-Rnm3z, http://www.playvid.com/watch/J7ToJzoo3q5, http://www.playvid.com/watch/6LB2Bi08XOz, http://www.playvid.com/watch/BBAxF5lmmIc, http://www.playvid.com/watch/pG7JV-DxJCB, http://www.playvid.com/watch/yLhzSXDkZhG, http://www.playvid.com/watch/o3rHFvvSmOS, http://www.playvid.com/watch/zDjAwcu5sbr, http://www.playvid.com/watch/kzB2XHshwpM, http://www.playvid.com/watch/l0tq3ZHFhaa, http://www.playvid.com/watch/KMaNWRwe2-R, http://www.playvid.com/watch/sxqMj66O8rU, http://www.playvid.com/watch/yQcqAvYHVel, http://www.playvid.com/watch/XfZSBfwSb30, http://www.playvid.com/watch/5Y84IikeORP, http://www.playvid.com/watch/xMmq3MYXx4L, http://www.playvid.com/watch/nsXyuxUnsf0, http://www.playvid.com/watch/QzO8IwUsP9F, http://www.playvid.com/watch/RqMm2AmHLKD, http://www.playvid.com/watch/N-fSG3UrdXb, http://www.playvid.com/watch/ifPvSOHM3e-, http://www.playvid.com/watch/RQhF76aoEna, http://www.playvid.com/watch/e-ASvJ2XXla, http://www.playvid.com/watch/-5CGwtk2T0y, http://www.playvid.com/watch/jzujNDbvFbY, http://www.playvid.com/watch/Q-Su2wU0p8T, http://www.playvid.com/watch/YLpEdAwkjnq, http://www.playvid.com/watch/MNnEo4stJrH, http://www.playvid.com/watch/IElD3Iki0Gd, http://www.playvid.com/watch/E75XtKqwMAG, http://www.playvid.com/watch/VaZiH7OLQux, http://www.playvid.com/watch/pCqiIqectY5, http://www.playvid.com/watch/FbhzxzDVYMp, http://www.playvid.com/watch/yKdkxyqtK6L, http://www.playvid.com/watch/vujBEB73Gw8, http://www.playvid.com/watch/JpAH0PauYKB, http://www.playvid.com/watch/LxCz6Alcd99, http://www.playvid.com/watch/sW3mmNDGp8h, http://www.playvid.com/watch/iz-twDjmC2N, http://www.playvid.com/watch/h6SGACAs3a0, http://www.playvid.com/watch/GskL4Yzb96r, http://www.playvid.com/watch/zMJPLKPlJit, http://www.playvid.com/watch/kWlafBkQM7h, http://www.playvid.com/watch/bSYj5umpPM9, http://www.playvid.com/watch/ukkwk-5uzA9, http://www.playvid.com/watch/KQrICIcdplf, http://www.playvid.com/watch/H4o5ZoHa2GE, http://www.playvid.com/watch/o02p5ZWE3iy, http://www.playvid.com/watch/8BJ0cQDfr2-, http://www.playvid.com/watch/iYEg8EdzMrb, http://www.playvid.com/watch/gNapwg4x4Bo, http://www.playvid.com/watch/t8zDV0jdZ7X, http://www.playvid.com/watch/W6R3pcoZlsS, http://www.playvid.com/watch/RDNemQiXkN3, http://www.playvid.com/watch/pxq3dqxafPw, http://www.playvid.com/watch/XhEtcH6aPhu, http://www.playvid.com/watch/hL9rucL8oyt, http://www.playvid.com/watch/XvZi-WuZnIQ, http://www.playvid.com/watch/8jUZRNGwbsh, http://www.playvid.com/watch/qFhqHs4aeyK, http://www.playvid.com/watch/2RufJNf03kg, http://www.playvid.com/watch/CWxVfFX8uFA, http://www.playvid.com/watch/B-5M9VHCADS, http://www.playvid.com/watch/bAYcVYVMzMM, http://www.playvid.com/watch/ZzTcxEBisrS, http://www.playvid.com/watch/H2YHUYbz5Of,

http://www.playvid.com/watch/wqRfXtpUf-G, http://www.playvid.com/watch/zzKJK7ZkZQv, http://www.playvid.com/watch/LzJqBTR0i08, http://www.playvid.com/watch/jNCIeddJDvr, http://www.playvid.com/watch/6-hx72R4hn6, http://www.playvid.com/watch/pSnbJ3fjeET, http://www.playvid.com/watch/FEeYQj8taLw, http://www.playvid.com/watch/iPkl6g5EceN, http://www.playvid.com/watch/3vliGm9a2Fc, http://www.playvid.com/watch/gLoMOtZMEmJ, http://www.playvid.com/watch/H0BmKLtNHb4, http://www.playvid.com/watch/QtackwFYDAA, http://www.playvid.com/watch/DvUd90RdHiM, http://www.playvid.com/watch/MhhhUlM8NYM, http://www.playvid.com/watch/uvbCldevwrd, http://www.playvid.com/watch/cYFVXucAOHG, http://www.playvid.com/watch/wr4kNpIPyYH, http://www.playvid.com/watch/eMdeuu5KiQ6, http://www.playvid.com/watch/eNmTmC64qKM, http://www.playvid.com/watch/MqzSWLUv6Ok, http://www.playvid.com/watch/hRrAoBrF08S, http://www.playvid.com/watch/bmt3edDV6S4, http://www.playvid.com/watch/nc47MePkK30, http://www.playvid.com/watch/gpLYhDnIkVZ, http://www.playvid.com/watch/hA5I-Z4Jurv, http://www.playvid.com/watch/2plWYRfkpPB, http://www.playvid.com/watch/qKXYxdnUCPA, http://www.playvid.com/watch/dFhlhvD8Fv2, http://www.playvid.com/watch/sIyg0Zlq2Du, http://www.playvid.com/watch/m7gElo9x2OV, http://www.playvid.com/watch/HYU3Lsx40Uj, http://www.playvid.com/watch/TvWUjTJHxkZ, http://www.playvid.com/watch/eio4nMwmHJK, http://www.playvid.com/watch/kzgjVjtq3qb, http://www.playvid.com/watch/xfT6-zxesMl, http://www.playvid.com/watch/XoTGhp5kVSC, http://www.playvid.com/watch/p44yGtApnZV, http://www.playvid.com/watch/KXAAJNX6gBo, http://www.playvid.com/watch/LF9yvrDFTde, http://www.playvid.com/watch/BTmpWvwMT3b, http://www.playvid.com/watch/V649ZkjSoCf, http://www.playvid.com/watch/yClwBcpBue1, http://www.playvid.com/watch/JByzo3S5BOB, http://www.playvid.com/watch/TelpZE2Wqh-, http://www.playvid.com/watch/g3oOljSqulN, http://www.playvid.com/watch/SPKP4GWXhTa, http://www.playvid.com/watch/0sUSDm0IlR3, http://www.playvid.com/watch/oi9iaf4RuMU, http://www.playvid.com/watch/h0qJBBhccda, http://www.playvid.com/watch/Y5YwACsWgG9, http://www.playvid.com/watch/3wJ94pbV8E2, http://www.playvid.com/watch/h2Gqb3Ha2-p, http://www.playvid.com/watch/U7VNcHkPRIf, http://www.playvid.com/watch/5k1iotYL-Ug, http://www.playvid.com/watch/PRJYXiS1Ct8, http://www.playvid.com/watch/LYKFB35uoYJ, http://www.playvid.com/watch/KxURf28QgzZ, http://www.playvid.com/watch/p3kPhdwbE-D, http://www.playvid.com/watch/E38ga0d5xYX, http://www.playvid.com/watch/qI2rVGRlg2P, http://www.playvid.com/watch/4n3eSZdTp5G, http://www.playvid.com/watch/X3Ku0Cg0ar-, http://www.playvid.com/watch/PJfk4dU3IMX, http://www.playvid.com/watch/UIexSFqvLCo, http://www.playvid.com/watch/2YEgIIHoLFf, http://www.playvid.com/watch/3cKTpFyg-jf, http://www.playvid.com/watch/Z9-j87H12qH, http://www.playvid.com/watch/5d8keShIKl6, http://www.playvid.com/watch/M2MQ2sWftTk, http://www.playvid.com/watch/UCoB45geobU, http://www.playvid.com/watch/vfV8SgT6daF, http://www.playvid.com/watch/l2btoWfur5z, http://www.playvid.com/watch/4e3zIGgSWJh, http://www.playvid.com/watch/AxiG3baRMCb, http://www.playvid.com/watch/O7bTWmToFK0, http://www.playvid.com/watch/QtFUX7jdo-G, http://www.playvid.com/watch/xHLT5U4Gllx, http://www.playvid.com/watch/pvStpfgcpR4, http://www.playvid.com/watch/pqTcA7qPFVe, http://www.playvid.com/watch/G6YYfHSDmEc, http://www.playvid.com/watch/FOe7ukceram, http://www.playvid.com/watch/Ly38jIDUy3p, http://www.playvid.com/watch/Mw5FkbgOLoi, http://www.playvid.com/watch/O8cdR0K7eQf, http://www.playvid.com/watch/gD5LxkOW6p7, http://www.playvid.com/watch/rbbsMMJ-58S, http://www.playvid.com/watch/ZFVxLXZgNM4, http://www.playvid.com/watch/9sMXksUUSQv, http://www.playvid.com/watch/kEWAK3DZJwo, http://www.playvid.com/watch/9EJ4bLtbY8a, http://www.playvid.com/watch/rwbpx-AurC1, http://www.playvid.com/watch/xaHZ61I98jK, http://www.playvid.com/watch/xnRYsX5yUtT, http://www.playvid.com/watch/m9w9A5equca, http://www.playvid.com/watch/gXlPNUklpUt, http://www.playvid.com/watch/Vb-wAa9dKBu, http://www.playvid.com/watch/FA1I-f-DuTU, http://www.playvid.com/watch/mlY-T682W6T
5.f. Date of third notice: 2014-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pampam500
5.b. Uploader's email address: likeapanman@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pampam500
5.e. List of videos posted by uploader: http://www.playvid.com/watch/E1C0Ak0Zyy4, http://www.playvid.com/watch/VAgkaUwZvQJ, http://www.playvid.com/watch/yQDbYs9F6h2, http://www.playvid.com/watch/PTRk8ybSUXu, http://www.playvid.com/watch/MkQwbdwO-VN, http://www.playvid.com/watch/XUGv5qi_2f6, http://www.playvid.com/watch/FHfyW6vIAPg, http://www.playvid.com/watch/cd3qSpNDexh, http://www.playvid.com/watch/eXkzaCLqXCT, http://www.playvid.com/watch/b_F463RYzSq, http://www.playvid.com/watch/PyLCGbYry8e, http://www.playvid.com/watch/byhccBslufY, http://www.playvid.com/watch/7QhDPCx136m, http://www.playvid.com/watch/OtB8c1GmEvX, http://www.playvid.com/watch/TNrNr7woR5W, http://www.playvid.com/watch/dpKdu-whtEa, http://www.playvid.com/watch/h9jMO0rutAG, http://www.playvid.com/watch/cA5JIXMZf8l, http://www.playvid.com/watch/lEed0RXqfOG, http://www.playvid.com/watch/jVkXfgw9zIT, http://www.playvid.com/watch/BZo1yuFYz4I, http://www.playvid.com/watch/dW_lV0rRCo6, http://www.playvid.com/watch/U8_hkQa9rRO, http://www.playvid.com/watch/RYOhCWqK3bg, http://www.playvid.com/watch/nszwP_oLMEA, http://www.playvid.com/watch/eVgVb_9gXjH, http://www.playvid.com/watch/oeFX8kHuIRL, http://www.playvid.com/watch/G1nTnYXg3nw, http://www.playvid.com/watch/aGEuWL8jNiW, http://www.playvid.com/watch/yB4Oqq9WdxM, http://www.playvid.com/watch/oTVFxFMF2mX, http://www.playvid.com/watch/tt8OAesqZMe, http://www.playvid.com/watch/4wvPn1iQ_Y4, http://www.playvid.com/watch/XBYi7XBwxAe, http://www.playvid.com/watch/NlQqQgMyzK5, http://www.playvid.com/watch/hx1KEfWcyPw, http://www.playvid.com/watch/VW5Fw1xyC_H, http://www.playvid.com/watch/m2SYBhNBrV6, http://www.playvid.com/watch/B2r0frf1_XU, http://www.playvid.com/watch/OGT7rrDKMjD, http://www.playvid.com/watch/OOZzTLcoIg0, http://www.playvid.com/watch/z-66_Ys0EPu, http://www.playvid.com/watch/IuJ7mMAYU-z, http://www.playvid.com/watch/6Jp4AELbMfe, http://www.playvid.com/watch/uRlIp9AkPd9, http://www.playvid.com/watch/VIgnI1Y1epZ, http://www.playvid.com/watch/uGfP_amR4Hg, http://www.playvid.com/watch/KCGEgfXoIW0, http://www.playvid.com/watch/hq9Hkymd3tN, http://www.playvid.com/watch/jUDlLYSmsTv, http://www.playvid.com/watch/rpzXKkxGt-M, http://www.playvid.com/watch/k5tOxXEJFLH, http://www.playvid.com/watch/px__XQ1rk0s, http://www.playvid.com/watch/Yy_NG5z8pXv, http://www.playvid.com/watch/Pv-_T7VNVTL, http://www.playvid.com/watch/JXa9o5xgF5r, http://www.playvid.com/watch/hm9uUYucf_I, http://www.playvid.com/watch/6LPTm-6mNYA, http://www.playvid.com/watch/b8BjLE6u3sk, http://www.playvid.com/watch/68F6UXVmBet, http://www.playvid.com/watch/LMmHkj8Qnmp, http://www.playvid.com/watch/wir-Tjd4ias, http://www.playvid.com/watch/lxk-Gi2fYgL, http://www.playvid.com/watch/YKkqiyxOE4r, http://www.playvid.com/watch/tuSaopGslh5, http://www.playvid.com/watch/gQAhvs2X5Yw, http://www.playvid.com/watch/CWAhuLclNeu, http://www.playvid.com/watch/V3cV3NkS7jD, http://www.playvid.com/watch/ZByF2xXEftT, http://www.playvid.com/watch/7BqumV3SuBh, http://www.playvid.com/watch/P_f-PnWnzsl, http://www.playvid.com/watch/Bkk1gAMDUHB, http://www.playvid.com/watch/td_O0Z7UF-k, http://www.playvid.com/watch/Hl41Jywz6UT, http://www.playvid.com/watch/YZVbtoaDQyH, http://www.playvid.com/watch/aRIaLVNyl5i, http://www.playvid.com/watch/Z7OWpFcBRX5, http://www.playvid.com/watch/YiXtZYSiK6e, http://www.playvid.com/watch/7UEq38Nncz9, http://www.playvid.com/watch/UxIXHXgR2JM, http://www.playvid.com/watch/ZRJaljEi_V2, http://www.playvid.com/watch/w7I6SzTKXas, http://www.playvid.com/watch/gY-38qHBc-C, http://www.playvid.com/watch/lrKDVaEKXRk, http://www.playvid.com/watch/yyaHTMK4nPn, http://www.playvid.com/watch/Dumc7vI-kkZ, http://www.playvid.com/watch/E0fQgwrKHap, http://www.playvid.com/watch/7WImEypf-6E, http://www.playvid.com/watch/7kiD0u6mp2c, http://www.playvid.com/watch/LYUwsMlTwWr, http://www.playvid.com/watch/p_xuSjum89J, http://www.playvid.com/watch/U8HwbizBjt3, http://www.playvid.com/watch/Af6ftQtS9Fb, http://www.playvid.com/watch/tR7bRR7Xsaq, http://www.playvid.com/watch/4yiV5vopjuJ, http://www.playvid.com/watch/AalvJcZ6Uxo, http://www.playvid.com/watch/b4jP1oZzhx9, http://www.playvid.com/watch/khveaxgEnev, http://www.playvid.com/watch/fAO7ib2bMuE, http://www.playvid.com/watch/pSPD8GFN-8q, http://www.playvid.com/watch/skXPrYg4TTL, http://www.playvid.com/watch/lh_hqDhF6YP, http://www.playvid.com/watch/vwHvHqg0YlP, http://www.playvid.com/watch/LHDXZWuBQRQ, http://www.playvid.com/watch/bYgMQhTUuhJ, http://www.playvid.com/watch/o-lDouYZBen, http://www.playvid.com/watch/FotI0tLtyAQ, http://www.playvid.com/watch/IHBCAbG_jEi, http://www.playvid.com/watch/DP1z_K3xFIX, http://www.playvid.com/watch/izSwc_A6iWr, http://www.playvid.com/watch/c9tzEVutcYs, http://www.playvid.com/watch/lDGUYc_52Xe, http://www.playvid.com/watch/dACKNk1JvDK, http://www.playvid.com/watch/MonI9KXgyTJ, http://www.playvid.com/watch/cWKCs3Yf4bv, http://www.playvid.com/watch/EQDBMEOHTWD, http://www.playvid.com/watch/7OgCPMLFgA4, http://www.playvid.com/watch/pWw9BzZG94h, http://www.playvid.com/watch/jG9xw-pYMsb, http://www.playvid.com/watch/9Lx38Fch__7, http://www.playvid.com/watch/X4R73CPDPAD, http://www.playvid.com/watch/ElWL6Bf6Ync, http://www.playvid.com/watch/OGSZDwbQNex, http://www.playvid.com/watch/Tu6fgUGk7Uq, http://www.playvid.com/watch/MdwVpepM8Am, http://www.playvid.com/watch/x9Y32eRiqiq, http://www.playvid.com/watch/iLWOYyA_CFa, http://www.playvid.com/watch/Vx7ulWQwE0O, http://www.playvid.com/watch/FA36ny3gG5E, http://www.playvid.com/watch/C16asTTSCJU, http://www.playvid.com/watch/H4ar1cwL8L2, http://www.playvid.com/watch/0gzM91527yG, http://www.playvid.com/watch/w-xnAfgXppZ, http://www.playvid.com/watch/EbMfE49q_1r, http://www.playvid.com/watch/DC_myT0hBBr, http://www.playvid.com/watch/hvhwLz_dFdZ, http://www.playvid.com/watch/sMDGrN5Zy0Z, http://www.playvid.com/watch/90-mt1liY6a, http://www.playvid.com/watch/PwVeCNiPVr9, http://www.playvid.com/watch/oZHwitKqiWz, http://www.playvid.com/watch/todVAGb2JNm, http://www.playvid.com/watch/UWhW-jjlJPx, http://www.playvid.com/watch/MP7FW_TsdMw, http://www.playvid.com/watch/0pNkngeu_qj, http://www.playvid.com/watch/94tX-FxK4tY, http://www.playvid.com/watch/Ca0UpgFkuJ7, http://www.playvid.com/watch/9_dwJCuN8yC, http://www.playvid.com/watch/lHA79uz9Gg2, http://www.playvid.com/watch/UifvyngZ04J, http://www.playvid.com/watch/GNdasXLR7po, http://www.playvid.com/watch/3dnYIvNmkBD, http://www.playvid.com/watch/E2h2CdCuM1r, http://www.playvid.com/watch/h9vaFCO7NFD, http://www.playvid.com/watch/2UZxLH-Cgur, http://www.playvid.com/watch/pCaNVTYBEVq, http://www.playvid.com/watch/t18JAIHlmHX, http://www.playvid.com/watch/V0cfiD72odd, http://www.playvid.com/watch/o-ym08QETLn, http://www.playvid.com/watch/3EnYrMNhbHj, http://www.playvid.com/watch/W7MfqjW57VR, http://www.playvid.com/watch/wepYLbOFQHO, http://www.playvid.com/watch/I7dg-BLe1lw, http://www.playvid.com/watch/86ohWUEd-Va
5.f. Date of third notice: 2014-04-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: panamera
5.b. Uploader's email address: lexistarr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/panamera
5.e. List of videos posted by uploader: http://www.playvid.com/watch/eYnn6rpmZ0r, http://www.playvid.com/watch/4mAO8mvDyvL, http://www.playvid.com/watch/UZQPhgzWiNX, http://www.playvid.com/watch/-p3vb2bp3Bt, http://www.playvid.com/watch/nFyrMRYcDs0, http://www.playvid.com/watch/SqwQcc5dSUA, http://www.playvid.com/watch/wcKw-LVmMES, http://www.playvid.com/watch/Zw52eDHb33o, http://www.playvid.com/watch/j789BwYrvWH, http://www.playvid.com/watch/ZVcO6SWzNox, http://www.playvid.com/watch/5gg0xtNiQDw, http://www.playvid.com/watch/3hB7wpkOV8P, http://www.playvid.com/watch/6T9aKo90-re, http://www.playvid.com/watch/K0MVk42-UGG, http://www.playvid.com/watch/WZpitzqfCbG, http://www.playvid.com/watch/ZpjPTNMO5Hx, http://www.playvid.com/watch/SoZtKSAHwZb, http://www.playvid.com/watch/tNeVBS6XlDK, http://www.playvid.com/watch/G7tglg4zAmP, http://www.playvid.com/watch/f79oJjxNm7c, http://www.playvid.com/watch/xhaGowSX8nm, http://www.playvid.com/watch/9fGaIMymKQ9, http://www.playvid.com/watch/l54hXcxes-B, http://www.playvid.com/watch/aeBK3cY46YR, http://www.playvid.com/watch/kyBzW0Ixuid, http://www.playvid.com/watch/bsKzl-fxGmp, http://www.playvid.com/watch/xGsqF-cRw8d, http://www.playvid.com/watch/6ZdTl5skPb2, http://www.playvid.com/watch/MnCqrphzOho, http://www.playvid.com/watch/YGS6Emk-5uQ, http://www.playvid.com/watch/8soajoRk2xC, http://www.playvid.com/watch/tcdmBoDqQ8v, http://www.playvid.com/watch/vhedMdBj44e, http://www.playvid.com/watch/dkTlAkCWjuW, http://www.playvid.com/watch/MYMirUBeX7J, http://www.playvid.com/watch/O7VZOYs6o5r, http://www.playvid.com/watch/EGocXKh4aG9, http://www.playvid.com/watch/HQOGqiRVtM-, http://www.playvid.com/watch/IZI3oAXvI3X, http://www.playvid.com/watch/ebO8vY-jieT, http://www.playvid.com/watch/J4YrqpikVOy, http://www.playvid.com/watch/hevbyjoD-Zs, http://www.playvid.com/watch/U8zUxXtx8Wj, http://www.playvid.com/watch/G3lAyCKEi9u, http://www.playvid.com/watch/UyiQzhulZQR, http://www.playvid.com/watch/iDSOVkrRoxH, http://www.playvid.com/watch/td7USmoDJ8U, http://www.playvid.com/watch/te2y8IWRQo8, http://www.playvid.com/watch/TjcxcrOKUYe, http://www.playvid.com/watch/ISBO8bFprWf, http://www.playvid.com/watch/-RslFXFC8LJ, http://www.playvid.com/watch/Usus-iYElU2, http://www.playvid.com/watch/k08djenaZ2S, http://www.playvid.com/watch/of3GhLHgSOh, http://www.playvid.com/watch/6VCYuTR3eS0, http://www.playvid.com/watch/2hKohcjwiKO, http://www.playvid.com/watch/2jDJDGbEt92, http://www.playvid.com/watch/90Oh9rh9eA-, http://www.playvid.com/watch/qkHD39bC8II, http://www.playvid.com/watch/sLAQqpVFU4Q, http://www.playvid.com/watch/pqwFN4eDwR7, http://www.playvid.com/watch/eF3457RIM8w, http://www.playvid.com/watch/zey-Q0N0SrV, http://www.playvid.com/watch/9MUpHTt0vwS, http://www.playvid.com/watch/t5i74I2VzJT, http://www.playvid.com/watch/-GcUzFyXDrQ, http://www.playvid.com/watch/eWsd3Nyiim5, http://www.playvid.com/watch/ikScvA3zhBU, http://www.playvid.com/watch/TW4yIC-8YFP, http://www.playvid.com/watch/uGSCFJpNfKM, http://www.playvid.com/watch/uqlhDQ3rajG, http://www.playvid.com/watch/hJn40CSyFi0, http://www.playvid.com/watch/CplSnCONKB6, http://www.playvid.com/watch/atZUiiypdoR, http://www.playvid.com/watch/-3fzLfPWnVM, http://www.playvid.com/watch/uGvvLBdMFM7, http://www.playvid.com/watch/TMJYpALK6Sw, http://www.playvid.com/watch/GPFn6pNiZUT, http://www.playvid.com/watch/YSSIFGZn-Vc, http://www.playvid.com/watch/E93UOKWHWrD, http://www.playvid.com/watch/CrnRBoFSvul, http://www.playvid.com/watch/VzfKBrW8kJm, http://www.playvid.com/watch/S0tB-josPHZ, http://www.playvid.com/watch/2we4hvTxMiJ, http://www.playvid.com/watch/Sz2DBEUMKPW, http://www.playvid.com/watch/0KvXJxUSJfv, http://www.playvid.com/watch/Dbj-eQOa59i, http://www.playvid.com/watch/dqhvpuWeftl, http://www.playvid.com/watch/gwUNn3CnmoD, http://www.playvid.com/watch/DX9rKa6QMx3, http://www.playvid.com/watch/lpGVWeSzAas, http://www.playvid.com/watch/UPa7XuCp3RW, http://www.playvid.com/watch/XScAMchzJn9, http://www.playvid.com/watch/Ia0bjxg7fVB, http://www.playvid.com/watch/ZlpeCGyiFb8, http://www.playvid.com/watch/Xi2XF-twjW7, http://www.playvid.com/watch/f7gUzrnceq4, http://www.playvid.com/watch/VaxUxoLMvnz, http://www.playvid.com/watch/sPbRLScLDZP, http://www.playvid.com/watch/PLCZD-0Z2vF
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pankrat
5.b. Uploader's email address: keiaohuunero@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pankrat
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xQ62tU8SknC, http://www.playvid.com/watch/Ag-b2MLLvXQ, http://www.playvid.com/watch/O78N89hoz9r, http://www.playvid.com/watch/U9SM3iBvGWN, http://www.playvid.com/watch/WrprLeUcTba, http://www.playvid.com/watch/piwLzXbHC0y, http://www.playvid.com/watch/GJaaYrTPz2p, http://www.playvid.com/watch/glNUMHHa1Zn, http://www.playvid.com/watch/9OXVATz06t2, http://www.playvid.com/watch/pp8Us-VSklT, http://www.playvid.com/watch/5G38btXBNwM, http://www.playvid.com/watch/W3SxgcpHWAz, http://www.playvid.com/watch/USdwPJ3jnIk, http://www.playvid.com/watch/iqW85ai9nXI, http://www.playvid.com/watch/a5KJTe1oQ-W, http://www.playvid.com/watch/J4AvIFI8KOj, http://www.playvid.com/watch/GCwhbDY9kfC, http://www.playvid.com/watch/pe68tXOv3IW, http://www.playvid.com/watch/g2JFi5jfkwe, http://www.playvid.com/watch/58oVy4ahKRj, http://www.playvid.com/watch/gnh9WbJ66jA, http://www.playvid.com/watch/CWapu4NEWx6, http://www.playvid.com/watch/upu-qZAAyiT, http://www.playvid.com/watch/gww4-RVHElH, http://www.playvid.com/watch/7log8GxbMBT, http://www.playvid.com/watch/c3CSKCnxo32, http://www.playvid.com/watch/iaTGK0fd_iA, http://www.playvid.com/watch/MAEnn8tcl2h, http://www.playvid.com/watch/i35Z6l6KASW, http://www.playvid.com/watch/p8BWUik5Xuy, http://www.playvid.com/watch/B92BDJSvHnD, http://www.playvid.com/watch/QxaTLrW88tX, http://www.playvid.com/watch/d1RW7v-KF8z, http://www.playvid.com/watch/DY4hgS-SDWB, http://www.playvid.com/watch/JrfsuZFQkrg, http://www.playvid.com/watch/SlTIrlZK9JT, http://www.playvid.com/watch/sFMHV9ulsYQ, http://www.playvid.com/watch/Rz54zAGHaHt, http://www.playvid.com/watch/CnngXXubkDd, http://www.playvid.com/watch/igeZJMyThZt, http://www.playvid.com/watch/wOKFl9xIU5t, http://www.playvid.com/watch/inowjIzvyHO, http://www.playvid.com/watch/2qAK02XmfPe, http://www.playvid.com/watch/vhbELkovNkq, http://www.playvid.com/watch/QSSesoODTfc, http://www.playvid.com/watch/NQYXvfX1ye4, http://www.playvid.com/watch/7vQqHIMWayI, http://www.playvid.com/watch/40Qo-xCSXA0, http://www.playvid.com/watch/6ZVMOEVB4c0, http://www.playvid.com/watch/uC3k0ohCsiZ, http://www.playvid.com/watch/ij4cEU-AudQ, http://www.playvid.com/watch/6FPLYvhYfCs, http://www.playvid.com/watch/axvlNLC6G5D, http://www.playvid.com/watch/gE54YEAKp_y, http://www.playvid.com/watch/e6qWQkTwm_6, http://www.playvid.com/watch/D-qmwFZ37x7, http://www.playvid.com/watch/I4w-F3HjmYy, http://www.playvid.com/watch/asmx8lXOWKU, http://www.playvid.com/watch/rskdhPdAsOU, http://www.playvid.com/watch/ETdj9x1OHCE, http://www.playvid.com/watch/OansFXw2Uoy, http://www.playvid.com/watch/Su6ZUjccFo4, http://www.playvid.com/watch/gaWCUKqrorR, http://www.playvid.com/watch/UKhWSZAgKKH, http://www.playvid.com/watch/pHpuITGkh_E, http://www.playvid.com/watch/Kn-QRZGWx83, http://www.playvid.com/watch/dRv88Kqfars, http://www.playvid.com/watch/jzXrHAvUcKT, http://www.playvid.com/watch/QS_m9Y9Jbht, http://www.playvid.com/watch/zD-6k5v6oV4, http://www.playvid.com/watch/vZURiTX2mwl, http://www.playvid.com/watch/4zZO4N0z8iL, http://www.playvid.com/watch/q44_4Y0OJs6, http://www.playvid.com/watch/Zkso8qOuVQk, http://www.playvid.com/watch/jNeWLy4wGeE, http://www.playvid.com/watch/jrJdKBY35aN, http://www.playvid.com/watch/fwdJwnZjFR4, http://www.playvid.com/watch/muS-xP4ZVBb, http://www.playvid.com/watch/Kd8xSmfkthB, http://www.playvid.com/watch/qJMLG7_iQpE, http://www.playvid.com/watch/eGshcw8jb54, http://www.playvid.com/watch/nX77rxUpN6z, http://www.playvid.com/watch/X0CGd_yS-ot, http://www.playvid.com/watch/JYNEop5U1Yf, http://www.playvid.com/watch/X1PPhFpgNSo, http://www.playvid.com/watch/9nrAmwE8TaP, http://www.playvid.com/watch/PWDYfP8Lm7k, http://www.playvid.com/watch/Jt59HR8s9FM, http://www.playvid.com/watch/X9SuUdrNC1o, http://www.playvid.com/watch/DAKIFeq-pPx, http://www.playvid.com/watch/zcNMr1L-NHV, http://www.playvid.com/watch/JavsyHTx1jf, http://www.playvid.com/watch/ZAnXvGXyeu7, http://www.playvid.com/watch/W52jzi3rZNc, http://www.playvid.com/watch/huQfYpTZhNd, http://www.playvid.com/watch/vMRycwSDvyY, http://www.playvid.com/watch/85010lZhWQd, http://www.playvid.com/watch/9Y35zGh70jD, http://www.playvid.com/watch/FSxXyQ-eIc0, http://www.playvid.com/watch/mz7hwUsJc4k, http://www.playvid.com/watch/loGcA3o12oT, http://www.playvid.com/watch/4ZKna6RYy-N, http://www.playvid.com/watch/HW79hbZBSGt, http://www.playvid.com/watch/XXwiHatX2OF, http://www.playvid.com/watch/WS7w-3aJ7BQ, http://www.playvid.com/watch/X8FaldqlmBc, http://www.playvid.com/watch/rkji-v7hfMk, http://www.playvid.com/watch/3NCL8C1lRTW, http://www.playvid.com/watch/Ki9_uKtwTN8, http://www.playvid.com/watch/6qzxN12QGqD, http://www.playvid.com/watch/fav3bK51PaQ, http://www.playvid.com/watch/TywCRmZDmB7, http://www.playvid.com/watch/DT60XShhX6q, http://www.playvid.com/watch/pkhBYS3SmXk, http://www.playvid.com/watch/KFMMlS-f4Xc, http://www.playvid.com/watch/xJKfr6smdAq, http://www.playvid.com/watch/B3iKTcCmQXD, http://www.playvid.com/watch/zqBqwbtt_Oq, http://www.playvid.com/watch/CUnZ3mT_qPa, http://www.playvid.com/watch/9WKn5RDQEmR, http://www.playvid.com/watch/6RvLRLIayMV, http://www.playvid.com/watch/YuUTHi9sE4I, http://www.playvid.com/watch/NDPHOzlgBgn, http://www.playvid.com/watch/U2EYV2R4cJm, http://www.playvid.com/watch/ckB5v73C47O, http://www.playvid.com/watch/SZUg1c3X2UO, http://www.playvid.com/watch/grKorczGPWQ, http://www.playvid.com/watch/Du0WuA-qinL, http://www.playvid.com/watch/xtKwHozgVd0, http://www.playvid.com/watch/hFbdBhPCaL9, http://www.playvid.com/watch/H5uisj6Z3KK, http://www.playvid.com/watch/44-mfsqS50P, http://www.playvid.com/watch/CI0n8RDteLk, http://www.playvid.com/watch/pinbN8AFmwi, http://www.playvid.com/watch/YRxaiucVL0w, http://www.playvid.com/watch/See8wgv2WgH, http://www.playvid.com/watch/D-SCisbuRDt, http://www.playvid.com/watch/ygLzOnRfdGV, http://www.playvid.com/watch/2ycGAa46xR3, http://www.playvid.com/watch/ojRyOVLVenM, http://www.playvid.com/watch/g8oBBqXQMvq, http://www.playvid.com/watch/OO_ZiPTu7kV, http://www.playvid.com/watch/WRWS74UzK0S, http://www.playvid.com/watch/qlh5io0u_yX, http://www.playvid.com/watch/sYOdTkkI1UE, http://www.playvid.com/watch/nI4Jow0WcBL, http://www.playvid.com/watch/jMqkE58Dx-V, http://www.playvid.com/watch/XTm2uSJaFEt, http://www.playvid.com/watch/NryUYpTEvVY, http://www.playvid.com/watch/Zb3ZYr-7jIU, http://www.playvid.com/watch/Qtjg9xsektw, http://www.playvid.com/watch/6MJwiAMXVzi, http://www.playvid.com/watch/8KpQeNMcALz, http://www.playvid.com/watch/M8qd8m1CUyO, http://www.playvid.com/watch/CCBLyF8q-sI,

http://www.playvid.com/watch/5TjyLhiJnSE, http://www.playvid.com/watch/Cj8d8ywQKfm, http://www.playvid.com/watch/Hl7vZykm1GX,
http://www.playvid.com/watch/AmksnAQpdif, http://www.playvid.com/watch/UbkHHZI3vCA, http://www.playvid.com/watch/S8lVmVehotg,
http://www.playvid.com/watch/eSXKGp9oCtl, http://www.playvid.com/watch/SHLIR5qEoYW, http://www.playvid.com/watch/VEGyXZ26BgI,
http://www.playvid.com/watch/9eTWtNcdfg5, http://www.playvid.com/watch/PWkhx_FOO7g, http://www.playvid.com/watch/N1jPg_ZZ2w4,
http://www.playvid.com/watch/Ecbe7Qfrl2C, http://www.playvid.com/watch/4IIPwWqHVq0, http://www.playvid.com/watch/MnqNsF2M4jp,
http://www.playvid.com/watch/WHWKogcOmD7, http://www.playvid.com/watch/DRJgyiG2OvY, http://www.playvid.com/watch/nMZOloVyBFv,
http://www.playvid.com/watch/zN9RTAPMC_S, http://www.playvid.com/watch/RbhML08FQ0Q, http://www.playvid.com/watch/6hwDxBLvl-J,
http://www.playvid.com/watch/9qt9P6SBKvW, http://www.playvid.com/watch/VqB-H-vUmsd, http://www.playvid.com/watch/qpOyQNRz2Rl,
http://www.playvid.com/watch/y7uzzcfmDdm, http://www.playvid.com/watch/wNgHhhn_0tu, http://www.playvid.com/watch/fsPKxUaNxo4,
http://www.playvid.com/watch/lZ2lYVMgB5P, http://www.playvid.com/watch/FCyqu9vkzA2, http://www.playvid.com/watch/PzBwHIu5dKq,
http://www.playvid.com/watch/7JQLNwUZCeP, http://www.playvid.com/watch/D9Ws-oN7IY4, http://www.playvid.com/watch/ToQlh9ynzqO,
http://www.playvid.com/watch/JQWGz0W1Ze9, http://www.playvid.com/watch/rgGs6tXZBQd, http://www.playvid.com/watch/7bRgd_WB1Zz,
http://www.playvid.com/watch/x12ORLrdPlY, http://www.playvid.com/watch/d5YpFW0UISO, http://www.playvid.com/watch/BVZm7lx4baE,
http://www.playvid.com/watch/ctOm6YR52Dm, http://www.playvid.com/watch/I_2oRU3IyPz, http://www.playvid.com/watch/Ko1-O4f0vjc,
http://www.playvid.com/watch/dnC8mNT6KLI, http://www.playvid.com/watch/mC790Zl_0NV, http://www.playvid.com/watch/E9DZPMMNWhk,
http://www.playvid.com/watch/N-NzmwLOVRK, http://www.playvid.com/watch/T8PaqZtyl7G, http://www.playvid.com/watch/KwLr8mNQaeT,
http://www.playvid.com/watch/X1wmmil2ERX, http://www.playvid.com/watch/bvcphFqxzDu, http://www.playvid.com/watch/ZvFpt8qyo2g,
http://www.playvid.com/watch/vqU8HYLTNMa, http://www.playvid.com/watch/jvMqPO-4OJr, http://www.playvid.com/watch/AMwz1aKk08H,
http://www.playvid.com/watch/S4lucvuuT_i, http://www.playvid.com/watch/fKHm6GrJCYs, http://www.playvid.com/watch/j44nWx3wsTA,
http://www.playvid.com/watch/LJUTB0VsyuQ, http://www.playvid.com/watch/xFBSRgAQiet, http://www.playvid.com/watch/dqf0zZT6VYM,
http://www.playvid.com/watch/hD_xZb7MtU2, http://www.playvid.com/watch/xwcagjkJTE4, http://www.playvid.com/watch/L-eXsBprfyV,
http://www.playvid.com/watch/ugwoixUwDh6, http://www.playvid.com/watch/oYgYVEWuIcX, http://www.playvid.com/watch/9UGqgFBeSRE,
http://www.playvid.com/watch/g0e6QB0v8FE, http://www.playvid.com/watch/v0NSuxfCUSD, http://www.playvid.com/watch/o5Ez1VqKVkL,
http://www.playvid.com/watch/HJNoWcA9zu7, http://www.playvid.com/watch/mzV3oCj33PU, http://www.playvid.com/watch/KXBEh46Fb6x,
http://www.playvid.com/watch/oLMVihKEo2x, http://www.playvid.com/watch/UNYRd4pBj1a, http://www.playvid.com/watch/lE_E3EkZ-7r,
http://www.playvid.com/watch/zWnhxm_DuXR, http://www.playvid.com/watch/hPrFdAlowN8, http://www.playvid.com/watch/TT_2Z5Uh68D,
http://www.playvid.com/watch/OuZTAP2lsXP, http://www.playvid.com/watch/GiKIa5iql9G, http://www.playvid.com/watch/NOD_L9EPc-A,
http://www.playvid.com/watch/akbL0PCRmX9, http://www.playvid.com/watch/hNJ8BN7ZRRW, http://www.playvid.com/watch/h7DyKAiRZkB,
http://www.playvid.com/watch/ACgdtpet3Jm, http://www.playvid.com/watch/uB-37T18PjM, http://www.playvid.com/watch/Rq45J89KHDz,
http://www.playvid.com/watch/sni1IK01kFz, http://www.playvid.com/watch/UI3fNt7DVTc, http://www.playvid.com/watch/GWkQh4aK-8T,
http://www.playvid.com/watch/TzlwJL-1fo7, http://www.playvid.com/watch/l_jCGeQd5CZ, http://www.playvid.com/watch/CO540hoCfQt,
http://www.playvid.com/watch/l-rgAW-I7WE, http://www.playvid.com/watch/ckAZKMnWqSL, http://www.playvid.com/watch/QcuGC7WS_IK,
http://www.playvid.com/watch/s1Ix6gxw5f2, http://www.playvid.com/watch/Z0XSHq_2S73, http://www.playvid.com/watch/cIasbmrGCYW,
http://www.playvid.com/watch/F8-RV_Mbm_h, http://www.playvid.com/watch/FgEEwFDmZle, http://www.playvid.com/watch/CmHPzx8f-Wk,
http://www.playvid.com/watch/dfa3EZLzJxb, http://www.playvid.com/watch/RxVhc3mwarv, http://www.playvid.com/watch/u4muw2gviuK,
http://www.playvid.com/watch/4E6VhwAuizJ, http://www.playvid.com/watch/IiPppxOvhHR, http://www.playvid.com/watch/d4HnmbZqHsk,
http://www.playvid.com/watch/qd6DoFGPdQk, http://www.playvid.com/watch/S2KX2R7aoOD, http://www.playvid.com/watch/2h_x8pVSTdF,
http://www.playvid.com/watch/daHR8dD2ik2, http://www.playvid.com/watch/RXzuY4wtXZP, http://www.playvid.com/watch/RG15DxMutcg,
http://www.playvid.com/watch/SNvPgu0_CkB, http://www.playvid.com/watch/47FzRh281N5, http://www.playvid.com/watch/ID8SSVR0GlZ,
http://www.playvid.com/watch/I7b5skM7eSA, http://www.playvid.com/watch/lZGGunUNB5e, http://www.playvid.com/watch/NiFRPBztCpb,
http://www.playvid.com/watch/6s9aKeiMPg3, http://www.playvid.com/watch/dE7DditUked, http://www.playvid.com/watch/ZyjWhqQeVTz,
http://www.playvid.com/watch/H1okXNlDyV7, http://www.playvid.com/watch/IZcRy7QQLDn, http://www.playvid.com/watch/3M90FGwbwC7,
http://www.playvid.com/watch/u0XKqeMb74U, http://www.playvid.com/watch/yNfKixB7Sfi, http://www.playvid.com/watch/oqXUyClNDtR,
http://www.playvid.com/watch/jx8fBA8JL1X, http://www.playvid.com/watch/TDPIjQAw1mH, http://www.playvid.com/watch/ozWjhG0ztcv,
http://www.playvid.com/watch/O7CYG7bxuwt, http://www.playvid.com/watch/Co9ZQO-NNzQ, http://www.playvid.com/watch/Yw8R241klqY,
http://www.playvid.com/watch/aq51AycrV0O, http://www.playvid.com/watch/ulf8gDR-x9k, http://www.playvid.com/watch/4Z3PsN_0QYp,
http://www.playvid.com/watch/3_qoFyVJMxi, http://www.playvid.com/watch/oMEdWPBDVXY, http://www.playvid.com/watch/ugiYCMGGOhF,
http://www.playvid.com/watch/aOgxszrewId, http://www.playvid.com/watch/g4wPD6WvbtQ, http://www.playvid.com/watch/ytqLxE0CJrm,
http://www.playvid.com/watch/Mxdiu-cVIBq, http://www.playvid.com/watch/N2GpCGtMdpM, http://www.playvid.com/watch/Bfq8jlJGSQV,
http://www.playvid.com/watch/ewRKb3a_YKS, http://www.playvid.com/watch/nJB-GLyi0Om, http://www.playvid.com/watch/LKOHoWtUzAd,
http://www.playvid.com/watch/O4CEa8jYB2Z, http://www.playvid.com/watch/3-2jcqD8p0l, http://www.playvid.com/watch/jRxurzA4uuR,
http://www.playvid.com/watch/8B_alHBCXvk, http://www.playvid.com/watch/j7d5MwiGTct, http://www.playvid.com/watch/QgySo1PzhSk,
http://www.playvid.com/watch/TT6F_sh02cU, http://www.playvid.com/watch/grfwyP6FN_S, http://www.playvid.com/watch/Vvd-borSVbA,
http://www.playvid.com/watch/2WdIdBTtQN6, http://www.playvid.com/watch/CoPRAuZ20fs, http://www.playvid.com/watch/Ab1sEWGRmdl,
http://www.playvid.com/watch/AhXzmMg7iXK, http://www.playvid.com/watch/3AM-XTno8U7, http://www.playvid.com/watch/ejUYiJG_tQS,
http://www.playvid.com/watch/0tzEG_YACXR, http://www.playvid.com/watch/LXeh-g-5PD5, http://www.playvid.com/watch/wsqwzLLUcUL,
http://www.playvid.com/watch/458L60NkLl7, http://www.playvid.com/watch/jY-fmfz8FH7, http://www.playvid.com/watch/IpvNSejBTpY,
http://www.playvid.com/watch/FGjsLlSUDmt, http://www.playvid.com/watch/4q9_GX7JGLC, http://www.playvid.com/watch/QZzknc8Ndj5,
http://www.playvid.com/watch/SlzT_9j6DfP, http://www.playvid.com/watch/5fR2AN4T8eQ, http://www.playvid.com/watch/Hyr5gl0pffs,
http://www.playvid.com/watch/XWw-PAIRWrD, http://www.playvid.com/watch/F_3qtHYFo9t, http://www.playvid.com/watch/nKSyHPTGZn7,
http://www.playvid.com/watch/DO57zMOfIna, http://www.playvid.com/watch/9Vb-sxvhKsy, http://www.playvid.com/watch/N7xBVHu3cp5,
http://www.playvid.com/watch/l_l5SdJJJgZ, http://www.playvid.com/watch/r9gGmDekJXS, http://www.playvid.com/watch/FKHfDSWyngW,
http://www.playvid.com/watch/cq2ZSJsNi_p, http://www.playvid.com/watch/iluuOJA8h7Q, http://www.playvid.com/watch/D3gxz35syFj,
http://www.playvid.com/watch/HiJrks5WG3g, http://www.playvid.com/watch/wTFbAZY0782, http://www.playvid.com/watch/MReh6Xdqfx0,
http://www.playvid.com/watch/ufz5CxLhvw6, http://www.playvid.com/watch/o3_AJedHWNT, http://www.playvid.com/watch/avCN4Kzx6tN,
http://www.playvid.com/watch/tKv_E1MDK7b, http://www.playvid.com/watch/UPqAXR_vxkI, http://www.playvid.com/watch/ZTtkX_Iny7G,
http://www.playvid.com/watch/fC-_J8y8WMx, http://www.playvid.com/watch/TXg_pPTuXq8, http://www.playvid.com/watch/eSMTq9yz_oY,
http://www.playvid.com/watch/69VlBOcNfBK, http://www.playvid.com/watch/wNasZAtgm-b, http://www.playvid.com/watch/8RlXU_89XPy,
http://www.playvid.com/watch/rS8qb4Tr0Mw, http://www.playvid.com/watch/8ox91mZBdAe, http://www.playvid.com/watch/S1-GUUSSIlO,
http://www.playvid.com/watch/aOsyjAhorFU, http://www.playvid.com/watch/HqsR-QKCMxg, http://www.playvid.com/watch/ASCDc43BNvp,
http://www.playvid.com/watch/l5XNbmbCmvc, http://www.playvid.com/watch/gqYCD8LVZxm, http://www.playvid.com/watch/fyma3kPE7Fo,
http://www.playvid.com/watch/LfN2k70gxpi, http://www.playvid.com/watch/VZobuHMFkQN, http://www.playvid.com/watch/k8YB7vdYiJb,
http://www.playvid.com/watch/ww71C1z8wlV, http://www.playvid.com/watch/ysCtnRoSj9h, http://www.playvid.com/watch/0bV4G4Tk-ff,
http://www.playvid.com/watch/Ec_woi34UmX, http://www.playvid.com/watch/AWQHdVU1lvn, http://www.playvid.com/watch/y6u-BYzHx1g,
http://www.playvid.com/watch/Xuxp_7jft5w, http://www.playvid.com/watch/kySYT8QDsw2, http://www.playvid.com/watch/3-vwNnP8Yta,
http://www.playvid.com/watch/i7DpZesrN19, http://www.playvid.com/watch/fozcd7X5upP, http://www.playvid.com/watch/IeAuepFVqNl,
http://www.playvid.com/watch/D9GmIUsLpkJ, http://www.playvid.com/watch/hz0080AKdrB, http://www.playvid.com/watch/gjI9qtEfxey,
http://www.playvid.com/watch/uNNKuTrBwxx, http://www.playvid.com/watch/gY2CPpX3ehv, http://www.playvid.com/watch/EzHnbE2Zdbg,
http://www.playvid.com/watch/w94dmKnjSDK, http://www.playvid.com/watch/71GjOefl0QD, http://www.playvid.com/watch/BvEPLw-rdN2,
http://www.playvid.com/watch/3XtZsR1X_UM, http://www.playvid.com/watch/60LxwWFnXSh, http://www.playvid.com/watch/IDz7sGLjyaW,
http://www.playvid.com/watch/qncRr91MgL9, http://www.playvid.com/watch/z76StvAEjwv, http://www.playvid.com/watch/AlNphuZ5OTw,
http://www.playvid.com/watch/qPKkUhPBF95, http://www.playvid.com/watch/0ApqTwBPsGb, http://www.playvid.com/watch/JKAwFmxnfhT,
http://www.playvid.com/watch/Yj5FukO8l3I, http://www.playvid.com/watch/7EFs0fypeqL, http://www.playvid.com/watch/k2QwAYe9b0y,
http://www.playvid.com/watch/XB6q4nzuNka, http://www.playvid.com/watch/ZHMwCXmne6B, http://www.playvid.com/watch/3uhEa-t6oSM,
http://www.playvid.com/watch/R_PL0wVny1R, http://www.playvid.com/watch/dg-HnOgmZ3g, http://www.playvid.com/watch/rQkRBQt6z5P,
http://www.playvid.com/watch/3U8ZndQhT9S, http://www.playvid.com/watch/N7Ib9YWQJGp, http://www.playvid.com/watch/jGLRgWQDM9t,
http://www.playvid.com/watch/RA7hTl8Ho8A, http://www.playvid.com/watch/yz6Rkt6Wsq7, http://www.playvid.com/watch/OaxzFt1a9Zl,
http://www.playvid.com/watch/qX0dQiswHtv, http://www.playvid.com/watch/FUAVR7AXlU2, http://www.playvid.com/watch/XPAZboTwtKa,
http://www.playvid.com/watch/PI7E15qPeXP, http://www.playvid.com/watch/oy_Gk1upZEL, http://www.playvid.com/watch/ErCEnAp3ZTD,
http://www.playvid.com/watch/FzeFPI1AZtE, http://www.playvid.com/watch/Q94zIMUKy6v, http://www.playvid.com/watch/u-ou3w9wA5a,
http://www.playvid.com/watch/Vbw-AlTTm6K, http://www.playvid.com/watch/q6DoTQryY-u, http://www.playvid.com/watch/XwZP6Q0uyDG,
http://www.playvid.com/watch/PgKM6168xWC, http://www.playvid.com/watch/q1-JhMzg4c0, http://www.playvid.com/watch/KuheEDBnokn,
http://www.playvid.com/watch/Y57oqZsFyKF, http://www.playvid.com/watch/om4LUm8ynZI, http://www.playvid.com/watch/I4OOyWSpdiP,
http://www.playvid.com/watch/o2DQHlUq0Iv, http://www.playvid.com/watch/fX55Dr5FZix, http://www.playvid.com/watch/v8uNTzIZLIc,
http://www.playvid.com/watch/K1bQQkC-cDg, http://www.playvid.com/watch/0qhENHj3r-N, http://www.playvid.com/watch/Kr1JPmKqcdN,
http://www.playvid.com/watch/Qj5IJ25UOlm, http://www.playvid.com/watch/56-ARFWWbEG, http://www.playvid.com/watch/B8lnBz_iHjp,

http://www.playvid.com/watch/dJcSMgV8N6O, http://www.playvid.com/watch/DCo1uFAGMOB, http://www.playvid.com/watch/IYunGS7AJG7, http://www.playvid.com/watch/WN-Tx6JnePK, http://www.playvid.com/watch/Bb7ZpkX_nIz, http://www.playvid.com/watch/tTRHwMKgTI0, http://www.playvid.com/watch/eECUvngrbji, http://www.playvid.com/watch/XQLOdYgFsCe, http://www.playvid.com/watch/uUMg9haiboK, http://www.playvid.com/watch/xPLGEJLIijV, http://www.playvid.com/watch/Idkijcr1H8E, http://www.playvid.com/watch/ODJoYrFoN3K, http://www.playvid.com/watch/uA3xsJdY6Nc, http://www.playvid.com/watch/25jLjmT0z64, http://www.playvid.com/watch/LwAxpOt-gEg, http://www.playvid.com/watch/NZUQjJbxKxF, http://www.playvid.com/watch/cDuxHh89rUs, http://www.playvid.com/watch/GyKgUdwpP6s, http://www.playvid.com/watch/XsmAt4kKUPG, http://www.playvid.com/watch/5bGrLlyCfx2, http://www.playvid.com/watch/z0WjsWy9v0I, http://www.playvid.com/watch/9MlhAPdlTpI, http://www.playvid.com/watch/YsGt8sfPEHS, http://www.playvid.com/watch/8RXa06FPs8Y, http://www.playvid.com/watch/x9REjFvp5jy, http://www.playvid.com/watch/V-AfNjfjJ_l, http://www.playvid.com/watch/cYS0XmkKSAh, http://www.playvid.com/watch/fHsFeYDps45, http://www.playvid.com/watch/vWlUKi4bZcC, http://www.playvid.com/watch/nI-fi_sSAsP, http://www.playvid.com/watch/CBHt3bWf43N, http://www.playvid.com/watch/cqLIc5iKOVr, http://www.playvid.com/watch/9MBmXJqBLG0, http://www.playvid.com/watch/wZV11M79GxY, http://www.playvid.com/watch/vVGRBMwIHqq, http://www.playvid.com/watch/TCthQkB6FOs, http://www.playvid.com/watch/UzgxcaDXzWB, http://www.playvid.com/watch/CVcj3cKcsDT, http://www.playvid.com/watch/DjycX9QmZ3q, http://www.playvid.com/watch/x82AaFNFOXM, http://www.playvid.com/watch/ybSTcHibR0Y, http://www.playvid.com/watch/gfK9Xt29Brv, http://www.playvid.com/watch/xrk6C5krBHq, http://www.playvid.com/watch/0HiP8e-a2hI, http://www.playvid.com/watch/zc5GBORzuaR, http://www.playvid.com/watch/sucHz9_Mihn, http://www.playvid.com/watch/VwyYEBc17ec, http://www.playvid.com/watch/o64CTCPhk74, http://www.playvid.com/watch/eioYG8RW01d, http://www.playvid.com/watch/GOUTC5c7Uny, http://www.playvid.com/watch/5gCmN9ln7Fb, http://www.playvid.com/watch/CEhPwSuMisn, http://www.playvid.com/watch/Gpb5PAhr5wJ, http://www.playvid.com/watch/JYycYk8eaL5, http://www.playvid.com/watch/L4PkD4slXPg, http://www.playvid.com/watch/H26LxhgIUO2, http://www.playvid.com/watch/ko0XaUoMAfv, http://www.playvid.com/watch/OUOzkwygU-S, http://www.playvid.com/watch/xF1kSaUyA2I, http://www.playvid.com/watch/OaeGPIH2AJQ, http://www.playvid.com/watch/O-T2mziYtPu, http://www.playvid.com/watch/D6LYnt43p4e, http://www.playvid.com/watch/tB3-zIqFiVe, http://www.playvid.com/watch/icBD4gKxu19, http://www.playvid.com/watch/vpacW00WmWp, http://www.playvid.com/watch/GnRK-4AgipP, http://www.playvid.com/watch/BkC8J67X2Tb, http://www.playvid.com/watch/IUMCrygDFXV, http://www.playvid.com/watch/uN4ZeXpmP1n, http://www.playvid.com/watch/zUuxRpZcfud, http://www.playvid.com/watch/vIph4_odhrL, http://www.playvid.com/watch/U_az6oYBdi4, http://www.playvid.com/watch/isEsEF4E_ol, http://www.playvid.com/watch/9bIG5NL_8sb, http://www.playvid.com/watch/v4uhxCfhm98, http://www.playvid.com/watch/y0z_2XpKeXo, http://www.playvid.com/watch/QdaqlJfhSmf, http://www.playvid.com/watch/oltgHkrgUbZ, http://www.playvid.com/watch/aWRKQMk7M0A, http://www.playvid.com/watch/9h2kEd5LsSn, http://www.playvid.com/watch/iAy5HYwjr0H, http://www.playvid.com/watch/7yNVOZzDcIl, http://www.playvid.com/watch/8ol66JEk8ru, http://www.playvid.com/watch/8rIndMurfi4, http://www.playvid.com/watch/K3dQ2jA1Hdh, http://www.playvid.com/watch/VLLVVRib5uX, http://www.playvid.com/watch/RQqj5TiK6ck, http://www.playvid.com/watch/FbtmLPLrPeY, http://www.playvid.com/watch/EJC-9ftEJdh, http://www.playvid.com/watch/p9wA-HbnEzp, http://www.playvid.com/watch/UkC9BCWa_-O, http://www.playvid.com/watch/BAovCwU9w9H, http://www.playvid.com/watch/3v7fLLHXC3y, http://www.playvid.com/watch/Da9R1rUbiHN, http://www.playvid.com/watch/iBkTJ70KMMX, http://www.playvid.com/watch/LATImKqng54, http://www.playvid.com/watch/hgP7koBC1R3, http://www.playvid.com/watch/uJ11lwlwLIH, http://www.playvid.com/watch/MnhMf4M_GV0, http://www.playvid.com/watch/YCkq7zEoAli, http://www.playvid.com/watch/58A58eCwLJs, http://www.playvid.com/watch/euovwhzoiuN, http://www.playvid.com/watch/kpgWEpm7hR3, http://www.playvid.com/watch/B-DoGQFaJCH, http://www.playvid.com/watch/o02ubAbdW6l, http://www.playvid.com/watch/nFKBZqy5_eF, http://www.playvid.com/watch/DzJYGb_MngT, http://www.playvid.com/watch/ebipxTX6hl3, http://www.playvid.com/watch/VVuFXNG4oM2, http://www.playvid.com/watch/0t4aqfoMVMJ, http://www.playvid.com/watch/zrneI48jeFJ
5.f. Date of third notice: 2014-04-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pansypansy
5.b. Uploader's email address: panic_pansy@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pansypansy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-9Ybm8vxn6n, http://www.playvid.com/watch/EoJxxgTCivj, http://www.playvid.com/watch/hQieHhnLhNg, http://www.playvid.com/watch/xoF-3w9RTos, http://www.playvid.com/watch/b2rj4oaP-on, http://www.playvid.com/watch/Mcx4ZY93a50, http://www.playvid.com/watch/HPRZBGbLVhE, http://www.playvid.com/watch/gaSKwFixsFz, http://www.playvid.com/watch/RQBftURGsUU, http://www.playvid.com/watch/e5hT5oF5Cb4
5.f. Date of third notice: 2014-02-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PantiesOff
5.b. Uploader's email address: raudsepp.karl@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/PantiesOff
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hIJ3RoMpF03, http://www.playvid.com/watch/BUgdaw6TCTt, http://www.playvid.com/watch/eT0Y5beeuTr, http://www.playvid.com/watch/CWo6e1L-lsy, http://www.playvid.com/watch/kS4evyld5BJ, http://www.playvid.com/watch/ooas0FsPBIi, http://www.playvid.com/watch/oFp5-wIDjWc, http://www.playvid.com/watch/mUfY9rleb2Z, http://www.playvid.com/watch/DQxVSnPk5zn, http://www.playvid.com/watch/RPZQPc9Zwka, http://www.playvid.com/watch/zs7Mp7sigQt, http://www.playvid.com/watch/U_3Hc8dpLPE, http://www.playvid.com/watch/X-jgIYs68Sf, http://www.playvid.com/watch/jXINmM8mUuw, http://www.playvid.com/watch/rFF_lJzrBZ8, http://www.playvid.com/watch/kzyILvm4A-r, http://www.playvid.com/watch/WwY0b--bVjA, http://www.playvid.com/watch/OdNZ1Nr4KW3, http://www.playvid.com/watch/gjmEhYjNotX, http://www.playvid.com/watch/SjPTcEb3MLr, http://www.playvid.com/watch/wAVq44w1mOR, http://www.playvid.com/watch/O_rcYsMR3Be, http://www.playvid.com/watch/vtWgQcMJ_0v, http://www.playvid.com/watch/3eOIFrBPbAL, http://www.playvid.com/watch/XyhQXR7XZY0, http://www.playvid.com/watch/q3d1_JWFy_3, http://www.playvid.com/watch/upurz4xxOYE, http://www.playvid.com/watch/TK-kFcNfp4j, http://www.playvid.com/watch/qwyHb4zu0hl, http://www.playvid.com/watch/k0DQB0yGmYn, http://www.playvid.com/watch/5nAQ-N4dqhN, http://www.playvid.com/watch/c14-K3vCQy8, http://www.playvid.com/watch/D9r42wjwGdV, http://www.playvid.com/watch/oM-Y3R85Q9a, http://www.playvid.com/watch/wF4KuUNAfea, http://www.playvid.com/watch/VFBKh2i1i6Z, http://www.playvid.com/watch/fIPoPoB7a0N, http://www.playvid.com/watch/FZqYokQpbBb, http://www.playvid.com/watch/v0ubfZCDThW, http://www.playvid.com/watch/pVF-5Yy1tXL, http://www.playvid.com/watch/293YSMQbS3C, http://www.playvid.com/watch/NkVn_ENw9l9, http://www.playvid.com/watch/RJwX2-tMbMw, http://www.playvid.com/watch/KmiAVZREXCh, http://www.playvid.com/watch/DRhbAOZ9OIZ, http://www.playvid.com/watch/3PMG5k9PvYy, http://www.playvid.com/watch/GU9O5IG-GBg, http://www.playvid.com/watch/XKCBDxzPmah, http://www.playvid.com/watch/84GbiSq9CT6, http://www.playvid.com/watch/Dkw8jL4O2pz, http://www.playvid.com/watch/iw3XtQkGJuH, http://www.playvid.com/watch/rXsn2J1lv_5, http://www.playvid.com/watch/wN9HEYdMicJ, http://www.playvid.com/watch/83VKyCkE9gx, http://www.playvid.com/watch/HaFjsWgSMNS, http://www.playvid.com/watch/jIa_I2w943H, http://www.playvid.com/watch/r-eWdNXDyLH, http://www.playvid.com/watch/TyODBe7Sl85, http://www.playvid.com/watch/JwW53Qfwcxe, http://www.playvid.com/watch/No8HXiBNvuK, http://www.playvid.com/watch/u291I0rs03w, http://www.playvid.com/watch/2wvLLBwUpji, http://www.playvid.com/watch/PpDJKGjFvxY, http://www.playvid.com/watch/SD1SU-gI0xK, http://www.playvid.com/watch/ec6ysIFrcOE, http://www.playvid.com/watch/4Ry2gpR5upf, http://www.playvid.com/watch/eRs9t_F9SFX, http://www.playvid.com/watch/ZX3h93rMqdd, http://www.playvid.com/watch/BhUiD400UjE, http://www.playvid.com/watch/TvWEgXmg2HJ, http://www.playvid.com/watch/6pYTlC36NEX, http://www.playvid.com/watch/CHea4p7hzmF, http://www.playvid.com/watch/x6bPIfIXqcF, http://www.playvid.com/watch/zf1kv7o7j50, http://www.playvid.com/watch/tqVNXS9Wxsw, http://www.playvid.com/watch/qlOH5STLtEU, http://www.playvid.com/watch/N2oi3wdkf-a, http://www.playvid.com/watch/6ZguvmM18nI, http://www.playvid.com/watch/2Lb0aMQfZZP, http://www.playvid.com/watch/bMHIHIhX0Me, http://www.playvid.com/watch/iXCBDiHVPRS, http://www.playvid.com/watch/VVm3kIdDuvH, http://www.playvid.com/watch/6tml6TUdF29, http://www.playvid.com/watch/KYsWRO-y_M2, http://www.playvid.com/watch/qP40aK8dzMv, http://www.playvid.com/watch/hsqoDvEOcil, http://www.playvid.com/watch/zLA1zc_5IOC, http://www.playvid.com/watch/mzs4lN6m19k, http://www.playvid.com/watch/2Q-8BrDWWAd, http://www.playvid.com/watch/lo9vvVY7_cf, http://www.playvid.com/watch/045xh2rQkUC, http://www.playvid.com/watch/T9yUw46W37e
5.f. Date of third notice: 2015-09-04 18:15:27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: papapa
5.b. Uploader's email address: davidalex68@hotmail.es
5.d. Uploader's profile: http://www.playvid.com/member/papapa
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6i24EvU9NFU, http://www.playvid.com/watch/5dx7v24wQpg, http://www.playvid.com/watch/EoclMqvltfQ, http://www.playvid.com/watch/5VMOnpyRLPd, http://www.playvid.com/watch/jP6j7Ltw5Zl
5.f. Date of third notice: 2014-03-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: paparoch

5.b. Uploader's email address: malfalikato@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/paparoch
5.e. List of videos posted by uploader: http://www.playvid.com/watch/q6rQzaQBfbA, http://www.playvid.com/watch/QUeV--IqHyY, http://www.playvid.com/watch/Q9gQRovOxp4, http://www.playvid.com/watch/pF3RAm2w_8i, http://www.playvid.com/watch/U3NNu9qOH1l, http://www.playvid.com/watch/hU9A1QhylHj, http://www.playvid.com/watch/HGy4nZzVLQl, http://www.playvid.com/watch/GyR37sUbaW3, http://www.playvid.com/watch/pQk4ruL7S59, http://www.playvid.com/watch/ShqiuSt01sa, http://www.playvid.com/watch/NF8dNiXKa6Q, http://www.playvid.com/watch/UHv5U9NCpv3, http://www.playvid.com/watch/pGlcpaq0ZSa, http://www.playvid.com/watch/uauME4P4Yi0, http://www.playvid.com/watch/R0TBvDDtjeE, http://www.playvid.com/watch/E3XFtr54_zR, http://www.playvid.com/watch/SFHNNFb59FR, http://www.playvid.com/watch/ZqzlYyXnS9v, http://www.playvid.com/watch/a8fbCNiikRs, http://www.playvid.com/watch/Pq3LIdIsjL3, http://www.playvid.com/watch/VmDWsYZHUdn, http://www.playvid.com/watch/P_3dhlvX-WS, http://www.playvid.com/watch/dTENbP73e-T, http://www.playvid.com/watch/LMoBkOFqFhh, http://www.playvid.com/watch/8WVBPteAgjb, http://www.playvid.com/watch/JyaJNncZ6IZ, http://www.playvid.com/watch/yycYbJSgKSw, http://www.playvid.com/watch/9MSQclFMKQY, http://www.playvid.com/watch/e8Ofu7Mqw5m, http://www.playvid.com/watch/92m6QQG0jzP, http://www.playvid.com/watch/Ohen1qHlGbR, http://www.playvid.com/watch/kSWvnQq4nOp, http://www.playvid.com/watch/w5TcuXjZDG4, http://www.playvid.com/watch/nAB8i7wt0aR, http://www.playvid.com/watch/jbbibqQyXjy, http://www.playvid.com/watch/Q8rwWBDRhFl, http://www.playvid.com/watch/CR3tyAp5F1I, http://www.playvid.com/watch/2-kzR81GEsW, http://www.playvid.com/watch/G2oLlnUpiGp, http://www.playvid.com/watch/QE1wtzsVuli, http://www.playvid.com/watch/BuLU-T5bq3R, http://www.playvid.com/watch/8miDzObt_GI, http://www.playvid.com/watch/7_R-xHoP8sP, http://www.playvid.com/watch/Eeadb01cmmv, http://www.playvid.com/watch/y0vdpA9z_2R, http://www.playvid.com/watch/2v-bVP-EtvM, http://www.playvid.com/watch/Kgulfd-lt93, http://www.playvid.com/watch/qbj8f6q1YYF, http://www.playvid.com/watch/68iXoQzQF9g, http://www.playvid.com/watch/OVunwJyFRA7, http://www.playvid.com/watch/41Rzddcq7qR, http://www.playvid.com/watch/Nhp1HNsvGBk, http://www.playvid.com/watch/aQjxecC8U7V, http://www.playvid.com/watch/V79SMYXbWGB, http://www.playvid.com/watch/7dW6CWJNKKb, http://www.playvid.com/watch/phgzKWdEQre, http://www.playvid.com/watch/9FAxZfWsmUu, http://www.playvid.com/watch/7COlgIiX06D, http://www.playvid.com/watch/eS6X8MNVRcx, http://www.playvid.com/watch/P0MJ-1PLqaz, http://www.playvid.com/watch/dsHWYr7OZSW, http://www.playvid.com/watch/ZNnRm46X1D6, http://www.playvid.com/watch/y39DBwzmoNQ, http://www.playvid.com/watch/iiaKk8VbJPe, http://www.playvid.com/watch/GQF7nw5oRNc, http://www.playvid.com/watch/mkfusRCiTrd, http://www.playvid.com/watch/nOQbUdJQf8d, http://www.playvid.com/watch/tJYdNaR5Pm8, http://www.playvid.com/watch/0JP6j-DxU3n, http://www.playvid.com/watch/nZl5U1GUbtf, http://www.playvid.com/watch/lsqSOLxc3UJ, http://www.playvid.com/watch/UXGiERSqLQF, http://www.playvid.com/watch/YGtqKsyZesJ, http://www.playvid.com/watch/uc62BWF_WQQ, http://www.playvid.com/watch/yky8cDv-fmt, http://www.playvid.com/watch/dQOUO4ujevk, http://www.playvid.com/watch/xqgufUeX0s5, http://www.playvid.com/watch/9-ZiKK63uLj, http://www.playvid.com/watch/LSGJwvP-z44, http://www.playvid.com/watch/YM-wB5Og1U7, http://www.playvid.com/watch/tVqQaf3c6YN, http://www.playvid.com/watch/NjdIF-ZAsnX, http://www.playvid.com/watch/VpuHPL-zEGH, http://www.playvid.com/watch/nE2p5hekq2Z, http://www.playvid.com/watch/Mdvm1rEcbgz, http://www.playvid.com/watch/YeJHmfFCTCL, http://www.playvid.com/watch/ue37QN1yo0m, http://www.playvid.com/watch/YIBVSfcKlGS, http://www.playvid.com/watch/4vGX9BKFTZJ, http://www.playvid.com/watch/VS9OwH_RxRJ, http://www.playvid.com/watch/QjfYLBNALpK, http://www.playvid.com/watch/dy63Pp0oMpx, http://www.playvid.com/watch/uExBY_-6vrH, http://www.playvid.com/watch/Q7S-qwBzAc5, http://www.playvid.com/watch/rNaV01dMNd7, http://www.playvid.com/watch/3pBKGhAD4EJ, http://www.playvid.com/watch/NLrapv4SoaE, http://www.playvid.com/watch/VDetQiXiMfS, http://www.playvid.com/watch/9iYCjqa-ir0, http://www.playvid.com/watch/lRIQlRlAwX2, http://www.playvid.com/watch/Y1xACBr5-tJ, http://www.playvid.com/watch/4gcuFgb06Df, http://www.playvid.com/watch/3s8dncZD9XC, http://www.playvid.com/watch/8YIT4WCIH5z, http://www.playvid.com/watch/UEYC4VTHPrv, http://www.playvid.com/watch/TzmlsgbPSgZ, http://www.playvid.com/watch/Byx5TFZAK79, http://www.playvid.com/watch/JhswOFxuO0Q, http://www.playvid.com/watch/7wSIE-YVn36, http://www.playvid.com/watch/QDhtE9Up7v9, http://www.playvid.com/watch/Krh9aXfhpVQ, http://www.playvid.com/watch/gdQWq9xL0JA, http://www.playvid.com/watch/bQK4CdEJaBg, http://www.playvid.com/watch/a4rhOVnqCjy, http://www.playvid.com/watch/FXG_zKh2aGx, http://www.playvid.com/watch/HY-SIPOHIgv, http://www.playvid.com/watch/Ve70yUj7SwT, http://www.playvid.com/watch/Xej5fhWwsjC, http://www.playvid.com/watch/RB9Dz5cePCh, http://www.playvid.com/watch/evjq-nXqH5m, http://www.playvid.com/watch/WqmY7pPCcjp, http://www.playvid.com/watch/gSitgpHwwHR, http://www.playvid.com/watch/ckDmwm-GbGU, http://www.playvid.com/watch/Vy0Veex8Hzk, http://www.playvid.com/watch/PnW1aFPSD5f, http://www.playvid.com/watch/aSNy5_23jn8, http://www.playvid.com/watch/Wvpki82zQlg, http://www.playvid.com/watch/ihqExyPGCGL, http://www.playvid.com/watch/O-80M3fVIEc, http://www.playvid.com/watch/qHUKJbqboyY, http://www.playvid.com/watch/Iz2nm3fCbU9, http://www.playvid.com/watch/rjeN7cdprv8, http://www.playvid.com/watch/g41FZ1FbIDK, http://www.playvid.com/watch/misOV-hvMOw, http://www.playvid.com/watch/J_RF2afaDmr, http://www.playvid.com/watch/wgSvNjHeIhQ, http://www.playvid.com/watch/okiqp-kQHHD, http://www.playvid.com/watch/F7Zde12KJq9, http://www.playvid.com/watch/FmkewQcZGaJ, http://www.playvid.com/watch/Kcvl4aDO31S, http://www.playvid.com/watch/gFsQVbiYvhT, http://www.playvid.com/watch/aarOwFQBToL, http://www.playvid.com/watch/ikDc-svMNz9, http://www.playvid.com/watch/Z0sYUEuEz9O, http://www.playvid.com/watch/MpH3VSlb4Qx, http://www.playvid.com/watch/6gmENs0jj_m, http://www.playvid.com/watch/QeKtk87yyGI, http://www.playvid.com/watch/syDfvzznmjD, http://www.playvid.com/watch/0ZrPTmhiY5f, http://www.playvid.com/watch/aUznkXGgUzV, http://www.playvid.com/watch/DZN061MTBes, http://www.playvid.com/watch/YlkXjoEe3Q0, http://www.playvid.com/watch/cFv-5EhKpq9, http://www.playvid.com/watch/Ss-Q94WtOs8, http://www.playvid.com/watch/4B7RilERgmP, http://www.playvid.com/watch/nNPecAJTar8, http://www.playvid.com/watch/XXcyhsRU9Ns, http://www.playvid.com/watch/h_UNqLBWIr3, http://www.playvid.com/watch/Oibq7fpBl4g, http://www.playvid.com/watch/ASCugqZKReB, http://www.playvid.com/watch/ewYuAkp6Q3D, http://www.playvid.com/watch/7dgOBwRxfob, http://www.playvid.com/watch/Edpm5F7-W73, http://www.playvid.com/watch/msJtWkoaX9L, http://www.playvid.com/watch/YhCvqjlx53C, http://www.playvid.com/watch/GJ9vkpVPjl4, http://www.playvid.com/watch/p8fScwPUWZs, http://www.playvid.com/watch/zcYbEV88Vf4, http://www.playvid.com/watch/DEw1ob71Jez, http://www.playvid.com/watch/X0dO8f48DYK, http://www.playvid.com/watch/D8jY1oix0jl, http://www.playvid.com/watch/6zRC0uAEg2P, http://www.playvid.com/watch/KVTvwmAmiTf, http://www.playvid.com/watch/NHEeSy29imO, http://www.playvid.com/watch/vn_9BalV0qr, http://www.playvid.com/watch/FIv3auR8rKS, http://www.playvid.com/watch/DNVFLtsCXpo, http://www.playvid.com/watch/miP384Rk2rq, http://www.playvid.com/watch/4ftkxYwbOBH, http://www.playvid.com/watch/g5YGh_f8ahZ, http://www.playvid.com/watch/rA0IxoG5XCb, http://www.playvid.com/watch/l1xiqz13uWJ, http://www.playvid.com/watch/Vlf-oM79na0, http://www.playvid.com/watch/SlYkoLJAoba, http://www.playvid.com/watch/gA7WfKWlkl2, http://www.playvid.com/watch/20XwOkNK8wR, http://www.playvid.com/watch/bOddeuzmR5O, http://www.playvid.com/watch/UkKHeJ6tLTK, http://www.playvid.com/watch/l_SdHODusSO, http://www.playvid.com/watch/zFDik0tk_6y, http://www.playvid.com/watch/X0idzK3jcCr, http://www.playvid.com/watch/Hbaq6BSiflI, http://www.playvid.com/watch/2noaQaS9LzL, http://www.playvid.com/watch/Q9s4brc0uLB, http://www.playvid.com/watch/HUdlzv_RPms, http://www.playvid.com/watch/hkEb2iYDnrW, http://www.playvid.com/watch/9MIOLPx-f4X, http://www.playvid.com/watch/rqKQUl2SUfy, http://www.playvid.com/watch/kOjGMTj1ACT, http://www.playvid.com/watch/5bbQdpUaEd2, http://www.playvid.com/watch/BzSyarGtLR6, http://www.playvid.com/watch/oCa7hbCb6Gm, http://www.playvid.com/watch/e3MSWNd_ZOn, http://www.playvid.com/watch/EPOBq2U82_8, http://www.playvid.com/watch/BsQlrdp9c1e, http://www.playvid.com/watch/j2ga3OV7uBW, http://www.playvid.com/watch/MDRSGp_IJws, http://www.playvid.com/watch/MXbo5xld6sZ, http://www.playvid.com/watch/e0k6g5Xel7n, http://www.playvid.com/watch/2rGThnL8UF9, http://www.playvid.com/watch/LNifCQsTJYr, http://www.playvid.com/watch/avQk4q5RlLO, http://www.playvid.com/watch/KWuvFQJpQUX, http://www.playvid.com/watch/CtcBckyX00N, http://www.playvid.com/watch/U04SuxeqCHp, http://www.playvid.com/watch/vY5gRi3QSvi, http://www.playvid.com/watch/3SlG8xp4E85, http://www.playvid.com/watch/CHXt6zHe_5m, http://www.playvid.com/watch/w-A4cZkOdjl, http://www.playvid.com/watch/SriR26gvpub, http://www.playvid.com/watch/AP0EA5TGxMu, http://www.playvid.com/watch/NpBjpsnGGwA, http://www.playvid.com/watch/4kLTsCwyRFk, http://www.playvid.com/watch/HZmSQU1IZXL, http://www.playvid.com/watch/IgDaGBpO4nq, http://www.playvid.com/watch/F5bry8TrG9X, http://www.playvid.com/watch/hyBRJS_2aiP, http://www.playvid.com/watch/T6hUa7ilL05, http://www.playvid.com/watch/pIi2NBEGSev, http://www.playvid.com/watch/N0zLGLy-AIq, http://www.playvid.com/watch/qg4pApq9kay, http://www.playvid.com/watch/lX078LHcioY, http://www.playvid.com/watch/S4djDMfoFff, http://www.playvid.com/watch/JAA7xkXxnh2, http://www.playvid.com/watch/olwMTO3Ixkl, http://www.playvid.com/watch/Q04pJVB4PPi, http://www.playvid.com/watch/QLmtkB1BXVT, http://www.playvid.com/watch/746riFnyP-c, http://www.playvid.com/watch/3B64vcaEs5u, http://www.playvid.com/watch/c9Y4UHCRLcU, http://www.playvid.com/watch/dn1HveOWipZ, http://www.playvid.com/watch/yOXOT_GWYbA, http://www.playvid.com/watch/db_HpkHKalN, http://www.playvid.com/watch/6ZNN2AXdaKM, http://www.playvid.com/watch/dxzt0NBEU4p, http://www.playvid.com/watch/csl85vYd-PA, http://www.playvid.com/watch/a7yjIXwlyzO, http://www.playvid.com/watch/Fbz-iYwHBT9, http://www.playvid.com/watch/HfWDuOhrApE, http://www.playvid.com/watch/UVpXMgPf4Xc, http://www.playvid.com/watch/8MBo3_jx_Pn, http://www.playvid.com/watch/0KNnVrltSOp, http://www.playvid.com/watch/43X6C2shH9f, http://www.playvid.com/watch/oHCCJt5ZZ79, http://www.playvid.com/watch/NJFa2ID-hPJ, http://www.playvid.com/watch/PwNmycg0-Gf, http://www.playvid.com/watch/T4IzQeQEHEx, http://www.playvid.com/watch/St66xB40RPo, http://www.playvid.com/watch/8RRFQ2BY53y, http://www.playvid.com/watch/nA1Hg84QRaN, http://www.playvid.com/watch/sNFP96wE3gK, http://www.playvid.com/watch/S6yRjIj2Kgu, http://www.playvid.com/watch/g5BSxe6Vru5, http://www.playvid.com/watch/suVXoH2xVfD, http://www.playvid.com/watch/ReBtpXrsaCa, http://www.playvid.com/watch/6FyTJtb_-wa, http://www.playvid.com/watch/wYb7UHn2pDQ, http://www.playvid.com/watch/q19zQ3ke7-c, http://www.playvid.com/watch/P67HUnF-0gC, http://www.playvid.com/watch/hgzBMK7rESn, http://www.playvid.com/watch/NJoAzWlD4rr, http://www.playvid.com/watch/iBBUvpDEnGH, http://www.playvid.com/watch/GekrvHU_xhE, http://www.playvid.com/watch/tsiLZbmAAMT, http://www.playvid.com/watch/uk7LP3wtmvv, http://www.playvid.com/watch/bNWycUFl9iT, http://www.playvid.com/watch/ujrvc2tuuqt, http://www.playvid.com/watch/GpCXsBTG1Ah, http://www.playvid.com/watch/m9fv-H59Fe2, http://www.playvid.com/watch/IMuSNHfk8qF, http://www.playvid.com/watch/d-7CSpnfzbA

5.f. Date of third notice: 2015-03-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: papira
5.b. Uploader's email address: zakjoseff@google.com
5.d. Uploader's profile: http://www.playvid.com/member/papira
5.e. List of videos posted by uploader: http://www.playvid.com/watch/oh2bBL8MhNW, http://www.playvid.com/watch/CKYMJRc0Cve,
http://www.playvid.com/watch/5lWRFU0Ex02, http://www.playvid.com/watch/wHtiEOe8LUT, http://www.playvid.com/watch/Z4juOnim2UA,
http://www.playvid.com/watch/bme8lxT7HgA, http://www.playvid.com/watch/zicXRfPN2Ur, http://www.playvid.com/watch/NtVqWHu94EI,
http://www.playvid.com/watch/2gsp0lcquKa, http://www.playvid.com/watch/4Eghe9o04Q0, http://www.playvid.com/watch/SjwFcXQW2cB,
http://www.playvid.com/watch/oAudZl7oZo4, http://www.playvid.com/watch/CKs-fxt08lJ, http://www.playvid.com/watch/oXpuutl5H6q,
http://www.playvid.com/watch/CA2-vXVcow2, http://www.playvid.com/watch/TDqs7N7DqcL, http://www.playvid.com/watch/5agVXPCWLAs,
http://www.playvid.com/watch/DdkZ0szhDFi, http://www.playvid.com/watch/QDvlJwAW3a6, http://www.playvid.com/watch/BIJCJiF27UN,
http://www.playvid.com/watch/KorFoafiSm8, http://www.playvid.com/watch/sEuUkhQtyp7, http://www.playvid.com/watch/HCLLmb94VdX,
http://www.playvid.com/watch/E7DDDC-wkYo, http://www.playvid.com/watch/00WNRq6HTwC, http://www.playvid.com/watch/BvSYDIQTCNX,
http://www.playvid.com/watch/9eEpnDhMQpt, http://www.playvid.com/watch/9p2awGaPNJz, http://www.playvid.com/watch/QNeSVBY7r0L,
http://www.playvid.com/watch/xIUFmMFqaoB, http://www.playvid.com/watch/EI-bbvVwinc, http://www.playvid.com/watch/CEPm3XABtMg,
http://www.playvid.com/watch/ZKYxxINJVhz, http://www.playvid.com/watch/e3H92trRX3A, http://www.playvid.com/watch/ZqeecEZ5c0Q,
http://www.playvid.com/watch/gCxyMWlT6DI, http://www.playvid.com/watch/hIxuKcnKPT7, http://www.playvid.com/watch/kDUDxNso6G2,
http://www.playvid.com/watch/FeXhIlhdqyM, http://www.playvid.com/watch/oqHdc2psZ3g, http://www.playvid.com/watch/n3dJk2End24,
http://www.playvid.com/watch/zTZbR9eo7gG, http://www.playvid.com/watch/NHz2jbZHmuf, http://www.playvid.com/watch/dUW3sgPRjbL,
http://www.playvid.com/watch/UYlFSO4lZhV, http://www.playvid.com/watch/9Jkniyv9gDy, http://www.playvid.com/watch/a-4ukdxpggj,
http://www.playvid.com/watch/DBGh3Ib2DWd, http://www.playvid.com/watch/mYT5368b-Rc, http://www.playvid.com/watch/7LtJA5gTwF8,
http://www.playvid.com/watch/2dYt5ODWdQ3, http://www.playvid.com/watch/x5QTJIJbjHh, http://www.playvid.com/watch/tStssdBBF-N,
http://www.playvid.com/watch/VTjSwkie2Fs, http://www.playvid.com/watch/V8mu47CRO6F, http://www.playvid.com/watch/sMnfakfDL5M,
http://www.playvid.com/watch/PeuyxIfYWu6, http://www.playvid.com/watch/YYTxiNiEqg3, http://www.playvid.com/watch/2EEvAABkm4K,
http://www.playvid.com/watch/4jM2bMcGEJH, http://www.playvid.com/watch/bEvuwKDwkiY, http://www.playvid.com/watch/W5WIqJCwHbz,
http://www.playvid.com/watch/JySBMjyKl4b, http://www.playvid.com/watch/b57wvIzDnEf, http://www.playvid.com/watch/k5GRxyfVpHO,
http://www.playvid.com/watch/nghLoTqnEZU, http://www.playvid.com/watch/Po8OgZzXK-r, http://www.playvid.com/watch/mArQ--7Xy2d,
http://www.playvid.com/watch/JN6GPE4H9iI, http://www.playvid.com/watch/aBL0RFm5G3j, http://www.playvid.com/watch/8LzeGSEke-W,
http://www.playvid.com/watch/YW8byvDF6U3, http://www.playvid.com/watch/cQPJYoyfDgy, http://www.playvid.com/watch/0-RfXoCqQXx,
http://www.playvid.com/watch/mev7ePEfEZz, http://www.playvid.com/watch/kbyDXGiZUGn, http://www.playvid.com/watch/5WCXAfIOoSc,
http://www.playvid.com/watch/VhChuhrKYuT, http://www.playvid.com/watch/Kjb5VyKqZge, http://www.playvid.com/watch/pSwUUtysRUi,
http://www.playvid.com/watch/YhXtlEjWCaJ, http://www.playvid.com/watch/KYwelZHaeid, http://www.playvid.com/watch/2dlkVy9VMDK,
http://www.playvid.com/watch/V-YrTzxkCPa, http://www.playvid.com/watch/bnobwrC2rSK, http://www.playvid.com/watch/zrruFdfcOHI,
http://www.playvid.com/watch/GlvuJykpFNC, http://www.playvid.com/watch/-yXnzG2pjdh, http://www.playvid.com/watch/dK8PyyZE309,
http://www.playvid.com/watch/a5OfHP-PEIm, http://www.playvid.com/watch/9LweHBk3vDM, http://www.playvid.com/watch/cq-xnM64uKn,
http://www.playvid.com/watch/yvIQ6MEmymn, http://www.playvid.com/watch/GIK37Z36kJR, http://www.playvid.com/watch/tg5y98mZ3Rw,
http://www.playvid.com/watch/fXTUwobL70R, http://www.playvid.com/watch/g-ojUGw38ny, http://www.playvid.com/watch/zblKmnPsAbq,
http://www.playvid.com/watch/DeP3TXNNQfh, http://www.playvid.com/watch/pnQeSCC-ufK, http://www.playvid.com/watch/mEGlMR97Yqu,
http://www.playvid.com/watch/ikGmBWtvDg7, http://www.playvid.com/watch/b3Gvb0aqg7U, http://www.playvid.com/watch/P4NsnWcWUoT,
http://www.playvid.com/watch/9HhGfS4PQSM, http://www.playvid.com/watch/r4aIqu92LBY, http://www.playvid.com/watch/IOg045yS4tI,
http://www.playvid.com/watch/KrtXaZYvM7x, http://www.playvid.com/watch/cMyol7OmObx, http://www.playvid.com/watch/pnpwOpHcbSr,
http://www.playvid.com/watch/YRV-KDcVHCs, http://www.playvid.com/watch/VtXAnehZvXU, http://www.playvid.com/watch/RaVdxCsCYVR,
http://www.playvid.com/watch/ta7bouBLRmD, http://www.playvid.com/watch/-L7Y8D7-vCv, http://www.playvid.com/watch/X0WB9RfMojm,
http://www.playvid.com/watch/hn4UTQvQWpm, http://www.playvid.com/watch/ab2TKNo9Gnv, http://www.playvid.com/watch/8FvuV39Nwmf,
http://www.playvid.com/watch/7vmDJmmO25X, http://www.playvid.com/watch/oGdUpcwrMNK, http://www.playvid.com/watch/LWQEpvT46Sb,
http://www.playvid.com/watch/cnInsgH2Bmf, http://www.playvid.com/watch/bBcSYugDzmA, http://www.playvid.com/watch/N-FvE5NbK3f,
http://www.playvid.com/watch/RWEzp7zJcak, http://www.playvid.com/watch/xRQDD3OMRSL, http://www.playvid.com/watch/a-qP-4VmKER,
http://www.playvid.com/watch/TfE4HWsycRe, http://www.playvid.com/watch/6cfvVWgr5e0, http://www.playvid.com/watch/y2G4LDEFwcj,
http://www.playvid.com/watch/KLHZ3a36W8h, http://www.playvid.com/watch/JyaNfFDPehG, http://www.playvid.com/watch/NQ9m85fFCPY,
http://www.playvid.com/watch/KuXYPYZDLEX, http://www.playvid.com/watch/37ZrG-nCfer, http://www.playvid.com/watch/tnvalH8gMDJ,
http://www.playvid.com/watch/nW94qhkrSmy, http://www.playvid.com/watch/srinOSn3W22, http://www.playvid.com/watch/zk7DIymyinQ,
http://www.playvid.com/watch/y5f3LGSYdvk, http://www.playvid.com/watch/d-d6IITNd6p, http://www.playvid.com/watch/Bhp9ZtCKetB,
http://www.playvid.com/watch/dGdE-sOj3BX, http://www.playvid.com/watch/3sePuipI9eI, http://www.playvid.com/watch/E9dUQu3vdVg,
http://www.playvid.com/watch/pqhvtHgeYHN, http://www.playvid.com/watch/jRGXGFwfHWH, http://www.playvid.com/watch/uxwgJbvGF2n,
http://www.playvid.com/watch/IMB-F5vW6QJ, http://www.playvid.com/watch/qCYt0kS7dzS, http://www.playvid.com/watch/Tzb5cnbnk9V,
http://www.playvid.com/watch/eHFhbSo7etq, http://www.playvid.com/watch/YltUjsvu5z8, http://www.playvid.com/watch/VLjN5mdHY8A,
http://www.playvid.com/watch/sghYKm3AlU7, http://www.playvid.com/watch/bY6IkUZf450, http://www.playvid.com/watch/p2kXA-309Mx,
http://www.playvid.com/watch/GbW8UoRl-GE, http://www.playvid.com/watch/xZGpEihU8kr, http://www.playvid.com/watch/s7VNxoF57PA,
http://www.playvid.com/watch/f2J3UaLtl4C, http://www.playvid.com/watch/6pEXI9iq3Lo, http://www.playvid.com/watch/SfirkjVzvJT,
http://www.playvid.com/watch/rs3XW90Dx7u, http://www.playvid.com/watch/GBevskZgKHh, http://www.playvid.com/watch/2Hfgd696tOY,
http://www.playvid.com/watch/tmmQ47pxna8, http://www.playvid.com/watch/BrAJvAfoPQx, http://www.playvid.com/watch/ZZCiucgpNE3,
http://www.playvid.com/watch/YhjihkdjEfk, http://www.playvid.com/watch/wbjMISdSpcG, http://www.playvid.com/watch/t9PvMUlOPhr,
http://www.playvid.com/watch/hUauxxRypPF, http://www.playvid.com/watch/2-WmwI6qhnr, http://www.playvid.com/watch/25Kk3Iqp9Kr,
http://www.playvid.com/watch/M87FCcALqp8, http://www.playvid.com/watch/Wq3TpiHuXGw, http://www.playvid.com/watch/D6mAmx5PqDB,
http://www.playvid.com/watch/xsUB962Tx9b, http://www.playvid.com/watch/HR4foM3P0sV, http://www.playvid.com/watch/DOGvU34fJLN,
http://www.playvid.com/watch/yDaCuG5YbjD, http://www.playvid.com/watch/ETXdCw68iFC, http://www.playvid.com/watch/zDTUOdjeWQ7,
http://www.playvid.com/watch/g3-JNvOlUlY, http://www.playvid.com/watch/BSQJjma-cMn, http://www.playvid.com/watch/w0JT8t2ydex,
http://www.playvid.com/watch/oXUBW4G9l9Z, http://www.playvid.com/watch/SOub9kNNcTv, http://www.playvid.com/watch/N2YOPKB78k0,
http://www.playvid.com/watch/aEG3QhgqlF-, http://www.playvid.com/watch/oq8pd09RwoH, http://www.playvid.com/watch/3v4fEMpjJ-D,
http://www.playvid.com/watch/ChBt5hB50hu, http://www.playvid.com/watch/fZjBCHbiHYt, http://www.playvid.com/watch/GuAkxhrcwTE,
http://www.playvid.com/watch/oSbyTA5cNou, http://www.playvid.com/watch/23J-eWqKBsr, http://www.playvid.com/watch/taVTZxeNItW,
http://www.playvid.com/watch/hRgQc5VQzV5, http://www.playvid.com/watch/ox0yOKtsXem, http://www.playvid.com/watch/LDilPCaHMbx,
http://www.playvid.com/watch/iGnKzEJwmOQ, http://www.playvid.com/watch/Nrw3qsZNEAG, http://www.playvid.com/watch/otCw2rQEl8j,
http://www.playvid.com/watch/rtR-5dypKBh, http://www.playvid.com/watch/kvDAMCk0eOf, http://www.playvid.com/watch/Xw9aCVif4JT,
http://www.playvid.com/watch/4yMSw4GFnTj, http://www.playvid.com/watch/nu0WeQ7X0Cg, http://www.playvid.com/watch/u-e4hY9ufH8,
http://www.playvid.com/watch/ovDDrZySckt, http://www.playvid.com/watch/nfb3nl2nQ8B, http://www.playvid.com/watch/KET7uUhJ7xr,
http://www.playvid.com/watch/M7c9M6VQwoU, http://www.playvid.com/watch/GtTAU9jKmDm, http://www.playvid.com/watch/dzE02obP46N,
http://www.playvid.com/watch/JS4mB8qafI2, http://www.playvid.com/watch/LDK6TJQAji-, http://www.playvid.com/watch/attQmMExPZO,
http://www.playvid.com/watch/ZyYmm28JxlQ, http://www.playvid.com/watch/Vb8trIIPm87, http://www.playvid.com/watch/Ikrfz6w3h84,
http://www.playvid.com/watch/iXPzGhW4jqy, http://www.playvid.com/watch/whmeLvvswku, http://www.playvid.com/watch/2tZWjKWHs-y,
http://www.playvid.com/watch/WxySCPICIaR, http://www.playvid.com/watch/MMXeBuUjlgh, http://www.playvid.com/watch/r5wSNnPBtmq,
http://www.playvid.com/watch/LWoxPWcrhBl, http://www.playvid.com/watch/BW5p3QrD585, http://www.playvid.com/watch/rUSUgMevWqM,
http://www.playvid.com/watch/GYR6rUk9FUy, http://www.playvid.com/watch/6k9qjSH9h8B, http://www.playvid.com/watch/9fy7AC3sKRZ,
http://www.playvid.com/watch/Zgqvo-7I5Fs, http://www.playvid.com/watch/0NVKmS5tK5R, http://www.playvid.com/watch/SOTdjjxKBPT,
http://www.playvid.com/watch/saHoVutlZ6j, http://www.playvid.com/watch/g7UrfPUERXx, http://www.playvid.com/watch/6T-Acn5XmaI,
http://www.playvid.com/watch/VNF9t0tdbmC, http://www.playvid.com/watch/i2KvjLz0XCS, http://www.playvid.com/watch/9mIPE3ioPnp,
http://www.playvid.com/watch/zBMtIwzeZIj, http://www.playvid.com/watch/nP5MNlI5LkV, http://www.playvid.com/watch/yN0QuZuCIwi,
http://www.playvid.com/watch/eFdGCHeAfm4, http://www.playvid.com/watch/YPi6oEtUyj5, http://www.playvid.com/watch/MbBUahXmbIn,
http://www.playvid.com/watch/N6YHBtUlDTr, http://www.playvid.com/watch/Mi4dmazjgEb, http://www.playvid.com/watch/8o4FeebRl0h,
http://www.playvid.com/watch/B6vZ7t5gvjM, http://www.playvid.com/watch/6ydBUZkOTsg, http://www.playvid.com/watch/vwYxeAkzqgG,
http://www.playvid.com/watch/Ns55zf9oFm7, http://www.playvid.com/watch/HarttOq7pA6, http://www.playvid.com/watch/uErg25L9HZl,
http://www.playvid.com/watch/Ueywot9BXjj, http://www.playvid.com/watch/tEFB5NLEPA3, http://www.playvid.com/watch/kIMrIs3RyR4,
http://www.playvid.com/watch/92FGAlSyh0i, http://www.playvid.com/watch/Ca858v4tchp, http://www.playvid.com/watch/fXKmLJHRgEO,
http://www.playvid.com/watch/S85uOAN-OIk, http://www.playvid.com/watch/3PRuIa5pZP4, http://www.playvid.com/watch/n2-nu2uLFyT,

http://www.playvid.com/watch/k30JN6qdGu9, http://www.playvid.com/watch/d0fSGkQ8OWE, http://www.playvid.com/watch/EMYYyMnhM8A, http://www.playvid.com/watch/QRQAXerd7Ig, http://www.playvid.com/watch/qOkgAc0wgkD, http://www.playvid.com/watch/f5hieXjEIBJ, http://www.playvid.com/watch/M2e0c7eT4G7, http://www.playvid.com/watch/6mzhVGQDkMa, http://www.playvid.com/watch/fuiXj8l35We, http://www.playvid.com/watch/VyS-BysKLAa, http://www.playvid.com/watch/IbJOLePKGW7, http://www.playvid.com/watch/MZuvwsDuUye, http://www.playvid.com/watch/G3Fz4h2ET-d, http://www.playvid.com/watch/seJkQG4HjNL, http://www.playvid.com/watch/Mfu98NvVLAQ, http://www.playvid.com/watch/Moo5f33OLW0, http://www.playvid.com/watch/4RHaJT5N4VV, http://www.playvid.com/watch/CwlYLsnb5kV, http://www.playvid.com/watch/Dls7p3edlfX, http://www.playvid.com/watch/hkD2NY3GkEv, http://www.playvid.com/watch/jUqyVwVQpKv, http://www.playvid.com/watch/ugogRzSCDJW, http://www.playvid.com/watch/8CvdEc-lxFQ, http://www.playvid.com/watch/qnIEF2NHecg, http://www.playvid.com/watch/NJYflWgP-Vr, http://www.playvid.com/watch/SoWd9jyiwoz, http://www.playvid.com/watch/OiOeAoXSIGO, http://www.playvid.com/watch/4v78V405sUf, http://www.playvid.com/watch/vmtIxgMxWeh, http://www.playvid.com/watch/nC-IecwJUFV, http://www.playvid.com/watch/J-bBQIUKLe9, http://www.playvid.com/watch/GWzsYi5SPmA, http://www.playvid.com/watch/MWXaOCRDE-g, http://www.playvid.com/watch/lBcwCPbYflw, http://www.playvid.com/watch/JBlr2WR7k4N, http://www.playvid.com/watch/wum9nwuUDtF, http://www.playvid.com/watch/INRgMZRUFak, http://www.playvid.com/watch/S2mhkaQLOnW, http://www.playvid.com/watch/Ye-P0RHQhgo, http://www.playvid.com/watch/e9rqyL70r7v, http://www.playvid.com/watch/Lm7a2Xo0QcD, http://www.playvid.com/watch/VUtGmFkni0K, http://www.playvid.com/watch/fa8y0RPOxJb, http://www.playvid.com/watch/fka02SqVqN0, http://www.playvid.com/watch/UvVSvEUfoKo, http://www.playvid.com/watch/FnSaPjEXgnF, http://www.playvid.com/watch/n-9RAIcKrvp, http://www.playvid.com/watch/FolmXVf2xRz, http://www.playvid.com/watch/9z3rMPdREc9, http://www.playvid.com/watch/T-B2cRrOAtr, http://www.playvid.com/watch/HwRfa25J4sI, http://www.playvid.com/watch/3j9gMsCwLnu, http://www.playvid.com/watch/GGLbKFWBzW0, http://www.playvid.com/watch/lq6xsj7ScJ2, http://www.playvid.com/watch/E5NAROCG-GE, http://www.playvid.com/watch/75Wb7MU4Haz, http://www.playvid.com/watch/qG66zFtR06a, http://www.playvid.com/watch/3rsSrAGMGj2, http://www.playvid.com/watch/S5sV7rlSMzw, http://www.playvid.com/watch/-EUMf4KyNdj, http://www.playvid.com/watch/b007ZcKlhYy, http://www.playvid.com/watch/g3QbFOBdpWf, http://www.playvid.com/watch/HxDlWreE35f, http://www.playvid.com/watch/L6dfZCcDiBt, http://www.playvid.com/watch/L20BVuQ90xT, http://www.playvid.com/watch/qMGnrVIpbaA, http://www.playvid.com/watch/h8S8utci3FE, http://www.playvid.com/watch/oMTjBAxgk8m, http://www.playvid.com/watch/7uh8psxaUEs, http://www.playvid.com/watch/S-lSE-sgwoq, http://www.playvid.com/watch/PVgunjbjlE0, http://www.playvid.com/watch/qif37peZL5F, http://www.playvid.com/watch/MuEOFZOUU5A, http://www.playvid.com/watch/DJLxSDYkE0t, http://www.playvid.com/watch/Qk-wJ7iurUF, http://www.playvid.com/watch/lIV8AC9sGTI, http://www.playvid.com/watch/QLhXLr97Myj, http://www.playvid.com/watch/55vlQcyqYCj, http://www.playvid.com/watch/JrI7l6prlnz, http://www.playvid.com/watch/2SG4UTtCa22, http://www.playvid.com/watch/q5goYhWiRx9, http://www.playvid.com/watch/Yu0Md0ujJJh, http://www.playvid.com/watch/jHMgQxKNLTc, http://www.playvid.com/watch/ZeW82J0lTkY, http://www.playvid.com/watch/ZHLqmWAeW4U, http://www.playvid.com/watch/-KCIAMYvnVu, http://www.playvid.com/watch/eRyHEKg0lv9, http://www.playvid.com/watch/yEBYglp0MoA, http://www.playvid.com/watch/V7Ds6qiMaE9, http://www.playvid.com/watch/cKeeLkiixCL, http://www.playvid.com/watch/W29VLcRyUME, http://www.playvid.com/watch/T4FhhYVyNdD, http://www.playvid.com/watch/4xoYROHFURg, http://www.playvid.com/watch/zMSX9kA6gHh, http://www.playvid.com/watch/J7BRQjXq9A6, http://www.playvid.com/watch/W2rXkTpQMwL, http://www.playvid.com/watch/pGyBwnJOonS, http://www.playvid.com/watch/GH4N0UAhRNc, http://www.playvid.com/watch/BnWUVPAmBx9, http://www.playvid.com/watch/aCR9r9SDKRl, http://www.playvid.com/watch/kBP9X0Wa0PV, http://www.playvid.com/watch/xR5tkgEq8FW, http://www.playvid.com/watch/hWJj3zpriVH, http://www.playvid.com/watch/aXO20827Dey, http://www.playvid.com/watch/3m7y7KzK0Ky, http://www.playvid.com/watch/ltXkCCAHGDB, http://www.playvid.com/watch/DoAW8Q2xkyb, http://www.playvid.com/watch/PDYeV8v0ejU, http://www.playvid.com/watch/jbWtscJMiA9, http://www.playvid.com/watch/MAkSVYbcn3c, http://www.playvid.com/watch/ClOAVX53IqH, http://www.playvid.com/watch/eczHDHa9Df3, http://www.playvid.com/watch/Lf7zLeigWRP, http://www.playvid.com/watch/4lRMu9pd0RT, http://www.playvid.com/watch/hBrhN6qPHjx, http://www.playvid.com/watch/qJVZS7go5iS, http://www.playvid.com/watch/5n2NzWP9fQP, http://www.playvid.com/watch/xG8kQ5EDxu8, http://www.playvid.com/watch/9x6rTUr29TR, http://www.playvid.com/watch/lwOEDo9-zIz
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: parade
5.b. Uploader's email address: asusmarket@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/parade
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Eb05H4C9ewp, http://www.playvid.com/watch/8RyJJFjjn8i, http://www.playvid.com/watch/nRavim8Q1sT, http://www.playvid.com/watch/wnW8gJAreTr, http://www.playvid.com/watch/Z7PbpIdPood, http://www.playvid.com/watch/6nXp3m6a4Cj, http://www.playvid.com/watch/pW5A6F2FW8C, http://www.playvid.com/watch/C6sb1JnXtoZ, http://www.playvid.com/watch/nLspA8PQBS3, http://www.playvid.com/watch/l6THFrBslx2, http://www.playvid.com/watch/OiBkxHcgyh8, http://www.playvid.com/watch/T4Z0R2Qh6fe, http://www.playvid.com/watch/7CQdKM5SWXx, http://www.playvid.com/watch/3l7ulUhiCD5, http://www.playvid.com/watch/ox3dkXVShPF, http://www.playvid.com/watch/P95QxIZ70Z2, http://www.playvid.com/watch/D-L-Isw8I6d, http://www.playvid.com/watch/dNgLXfffbTD, http://www.playvid.com/watch/eTtCHQ58WcU, http://www.playvid.com/watch/xmmLL50gS2i, http://www.playvid.com/watch/YUPdKf1K4wH, http://www.playvid.com/watch/p4blLDk8nVG, http://www.playvid.com/watch/4O5RMsOcW6f, http://www.playvid.com/watch/Apy550uPFny, http://www.playvid.com/watch/rlKTk0WqKn9, http://www.playvid.com/watch/b-D0-oDIDVV, http://www.playvid.com/watch/yt3nx4NEI1V, http://www.playvid.com/watch/YT5NiyjV_qP, http://www.playvid.com/watch/HT4E9jVcISj, http://www.playvid.com/watch/jm_yXxNVFXb, http://www.playvid.com/watch/l57Mij8BA5U, http://www.playvid.com/watch/iKPIAD-hvjJ, http://www.playvid.com/watch/t6TUMIfcTaX, http://www.playvid.com/watch/3nsF_CCrZDH, http://www.playvid.com/watch/w8AHQCP2mFI, http://www.playvid.com/watch/F3VxfN59MWs, http://www.playvid.com/watch/EagRy9dnzJq, http://www.playvid.com/watch/7fn9YT1RDay, http://www.playvid.com/watch/KamN4QqShkU, http://www.playvid.com/watch/3px2P8fs51G, http://www.playvid.com/watch/q67VmTI1AZy, http://www.playvid.com/watch/jNGcomKTPYy, http://www.playvid.com/watch/YOAZ4rvkMPT, http://www.playvid.com/watch/fgXmSJsXOtD, http://www.playvid.com/watch/o9Gbxs2BaJH, http://www.playvid.com/watch/qD9HXps9nl7, http://www.playvid.com/watch/d6-b0DnhuWK, http://www.playvid.com/watch/Tu9-_cCK_fv, http://www.playvid.com/watch/S1n7W_5APko, http://www.playvid.com/watch/D_KT2Vki_dT, http://www.playvid.com/watch/eoVx2YhX3t6, http://www.playvid.com/watch/W-JBUCJWJou, http://www.playvid.com/watch/xDvabxWhnk2, http://www.playvid.com/watch/P7vJ60LUrbb, http://www.playvid.com/watch/qPrni0hBO5Q, http://www.playvid.com/watch/sL5dKkVu8T2, http://www.playvid.com/watch/UhMtH3ypj17, http://www.playvid.com/watch/I-PIJXEFAa7, http://www.playvid.com/watch/IYznlOQu2JC, http://www.playvid.com/watch/6qnAAOXqtlE, http://www.playvid.com/watch/sZFU_3qa_Oi, http://www.playvid.com/watch/eOcHeuvH3FL, http://www.playvid.com/watch/eHpVPk0THQ5, http://www.playvid.com/watch/XgYj1wQBaxw, http://www.playvid.com/watch/LS6-LqGBGTW, http://www.playvid.com/watch/fIhs47wRGv2, http://www.playvid.com/watch/0gPn8tkcLd0, http://www.playvid.com/watch/yF_J38sMKKN, http://www.playvid.com/watch/zhOFn1h3WDH, http://www.playvid.com/watch/4cW1JWf0OYc, http://www.playvid.com/watch/7nlKm28401q, http://www.playvid.com/watch/7ITTCQTyMDM, http://www.playvid.com/watch/b4l_g6Gp8Nl, http://www.playvid.com/watch/QInJcVw-_CY, http://www.playvid.com/watch/Hhsgvs3YICa, http://www.playvid.com/watch/z-ZJmVnbc9e, http://www.playvid.com/watch/DhnsAMvhJtB, http://www.playvid.com/watch/TkTWFfzVA9T, http://www.playvid.com/watch/n-DDmLExphx, http://www.playvid.com/watch/o00nW9lorOw, http://www.playvid.com/watch/xn-X4mG4_E3, http://www.playvid.com/watch/WYpPpJpg208, http://www.playvid.com/watch/yDrhemQRjZi, http://www.playvid.com/watch/vdjbBZ5Qmh3, http://www.playvid.com/watch/VodYyjqKanI, http://www.playvid.com/watch/I7f9XaEYIXz, http://www.playvid.com/watch/izmu5pZEhXd, http://www.playvid.com/watch/vsIjv2YJ2jd, http://www.playvid.com/watch/nrFL14SLWTW, http://www.playvid.com/watch/MUODJBZqSpr, http://www.playvid.com/watch/nHBkUJWWdlv, http://www.playvid.com/watch/KkzLkL3kM8j, http://www.playvid.com/watch/4TmtYCzXejS, http://www.playvid.com/watch/jb18eGTV4G5, http://www.playvid.com/watch/z6H6Y9-AJiF, http://www.playvid.com/watch/3EXYRhHkXSh, http://www.playvid.com/watch/vPvY7kKvXzx, http://www.playvid.com/watch/yO43I7RxJLM, http://www.playvid.com/watch/eBqcF_kj2q2, http://www.playvid.com/watch/t4p7hAPaELB, http://www.playvid.com/watch/Sb2UH37NrEM, http://www.playvid.com/watch/F-TBSWoecxO, http://www.playvid.com/watch/mIttBXO8WGR, http://www.playvid.com/watch/D2PHu3KQTtT, http://www.playvid.com/watch/h8Hq3Ysjcnt, http://www.playvid.com/watch/NdZT6Kv39dw, http://www.playvid.com/watch/7sMksipF7JT, http://www.playvid.com/watch/9zAFek9bgNz, http://www.playvid.com/watch/swZhjSGhzZJ, http://www.playvid.com/watch/j-Vd8b1dJqG, http://www.playvid.com/watch/HJMb3Oiij65, http://www.playvid.com/watch/2m8hPe4pHgS, http://www.playvid.com/watch/rxtapUpts0g, http://www.playvid.com/watch/3QYuekJ4Ug7, http://www.playvid.com/watch/zBRxc3zHsNJ, http://www.playvid.com/watch/Ob0u2WoprWK, http://www.playvid.com/watch/mDMY1Kc-UOi, http://www.playvid.com/watch/dCz7_uNw4n8, http://www.playvid.com/watch/fIkRqCSs-Xk, http://www.playvid.com/watch/a-xqhWZdhN6, http://www.playvid.com/watch/CV0xTsqgrtT, http://www.playvid.com/watch/VUE65JDeNFq, http://www.playvid.com/watch/ec5bK4A11q4, http://www.playvid.com/watch/HEYOdqhRKrt, http://www.playvid.com/watch/oZGnC6g2GgS, http://www.playvid.com/watch/DM5J-6IMLDI, http://www.playvid.com/watch/9aMTh67vpTg, http://www.playvid.com/watch/WxJRw1pXC7O, http://www.playvid.com/watch/i8cI-ZbBG5e, http://www.playvid.com/watch/TaotHOA4UOt, http://www.playvid.com/watch/pOVhrIwPGsu, http://www.playvid.com/watch/37w2Ta2Y1xU, http://www.playvid.com/watch/E2D7AwhPvQt, http://www.playvid.com/watch/5ahXlIqZpCR, http://www.playvid.com/watch/rFTJ0AcKZH0, http://www.playvid.com/watch/rOEeMrYAPit, http://www.playvid.com/watch/6WbuJnGYFKW, http://www.playvid.com/watch/e8-SnFFDhyK, http://www.playvid.com/watch/rrgCqIQajVm, http://www.playvid.com/watch/jHtS7zqb8WL, http://www.playvid.com/watch/XKLvNo_kMBJ, http://www.playvid.com/watch/Ga14RjEm0ZV, http://www.playvid.com/watch/CbbISDMA-Ow, http://www.playvid.com/watch/SUr8DHpRP-D, http://www.playvid.com/watch/ExJkm_TorVF, http://www.playvid.com/watch/ysdoOdHxsot, http://www.playvid.com/watch/ITvMxBHirdC, http://www.playvid.com/watch/Ajqz-w1xvlI, http://www.playvid.com/watch/6fxJxrI6yGL,

http://www.playvid.com/watch/Kd1JZ4oTtnu, http://www.playvid.com/watch/wgpzmxzCVsC, http://www.playvid.com/watch/MiqRXdYlufw,
http://www.playvid.com/watch/ZrkWjdxpXPL, http://www.playvid.com/watch/zgBygVjHAdl, http://www.playvid.com/watch/NH5o52JnS-F,
http://www.playvid.com/watch/Rs9keUU9ZPN, http://www.playvid.com/watch/GjLyqu-eIRR, http://www.playvid.com/watch/yuLsaOCcmWY,
http://www.playvid.com/watch/UUkaFN7jNvh, http://www.playvid.com/watch/RfSUAyI_iO5, http://www.playvid.com/watch/BbxIOpjoXEK,
http://www.playvid.com/watch/BWgPrdZiFs7, http://www.playvid.com/watch/0Y6MEr3kyOj, http://www.playvid.com/watch/lM9gEco6MMV,
http://www.playvid.com/watch/MAcXTCOyAhZ, http://www.playvid.com/watch/lhZ3FJWC-Ez, http://www.playvid.com/watch/t59VDWtWd6w,
http://www.playvid.com/watch/080Rzzp1h67, http://www.playvid.com/watch/8Vhp-7RDrd8, http://www.playvid.com/watch/2KOk3lR0lrN,
http://www.playvid.com/watch/rExtQqN_M1t, http://www.playvid.com/watch/gjNeZSUtf5e, http://www.playvid.com/watch/Y1ZA4L6drCS,
http://www.playvid.com/watch/WUCflwH7cnH, http://www.playvid.com/watch/GhGI9n222Tk, http://www.playvid.com/watch/aoXUVPO9DuL,
http://www.playvid.com/watch/bz3HhcoBXoH, http://www.playvid.com/watch/gXbou57YEYg, http://www.playvid.com/watch/9PSG2EDSQcO,
http://www.playvid.com/watch/ReZPnKREj70, http://www.playvid.com/watch/IcGqGP6I4vs, http://www.playvid.com/watch/HItNRL7zZ-a,
http://www.playvid.com/watch/nDt7OLUrQsf, http://www.playvid.com/watch/QrFda3hAuUA, http://www.playvid.com/watch/uaEEDNBuzAc,
http://www.playvid.com/watch/Fprp6vdogGC, http://www.playvid.com/watch/eeyORmXWT8z, http://www.playvid.com/watch/FBvrUpKPmya,
http://www.playvid.com/watch/qjk2FQjUsRo, http://www.playvid.com/watch/ySCFfYNQ75W, http://www.playvid.com/watch/SYOVIitOrmP,
http://www.playvid.com/watch/dylfLg9DCmF, http://www.playvid.com/watch/gKBC4jB8GFR, http://www.playvid.com/watch/FQ4BWXdTApi,
http://www.playvid.com/watch/HrXrICJOcGK, http://www.playvid.com/watch/wxMZRaoTp2S, http://www.playvid.com/watch/0SwOrJ2EO7O,
http://www.playvid.com/watch/FPN5SV3ftWi, http://www.playvid.com/watch/pI3R7eIYdn2, http://www.playvid.com/watch/AE4wM88D_Lr,
http://www.playvid.com/watch/4YMKSJ230bd, http://www.playvid.com/watch/zOrvHHVkwSO, http://www.playvid.com/watch/IuITc1ysdzB,
http://www.playvid.com/watch/m0jkrMxYRyW, http://www.playvid.com/watch/YSlaPWd6gZt, http://www.playvid.com/watch/cHRQCPOGRPe,
http://www.playvid.com/watch/9nZ2HahDJpM, http://www.playvid.com/watch/GmZiiVPbROG, http://www.playvid.com/watch/ZIulcaNCCkd,
http://www.playvid.com/watch/WvDUa7-e5tX, http://www.playvid.com/watch/K3XzH5YyJB2, http://www.playvid.com/watch/kjubQACgCWk,
http://www.playvid.com/watch/yu3KdnjkhKS, http://www.playvid.com/watch/oCJzNAC-4l9, http://www.playvid.com/watch/2kM51Di3J5V,
http://www.playvid.com/watch/2HNArEbOAey, http://www.playvid.com/watch/ubppL5sppwW, http://www.playvid.com/watch/RIYfQNeoCHb,
http://www.playvid.com/watch/NjwLCB4ZI9h, http://www.playvid.com/watch/38oWge8ZCM7, http://www.playvid.com/watch/GWXcI8BrbxI,
http://www.playvid.com/watch/WJ0-wsTJhli, http://www.playvid.com/watch/fjNcv-9bY3e, http://www.playvid.com/watch/d2eruUB4WiX,
http://www.playvid.com/watch/0ozmDR50f46, http://www.playvid.com/watch/zHmFDknRoCD, http://www.playvid.com/watch/jJI85RCd0im,
http://www.playvid.com/watch/WQ7YjxjLQqQ, http://www.playvid.com/watch/lOwsBE34tVd, http://www.playvid.com/watch/ucNmNwW6FvX,
http://www.playvid.com/watch/PO6sg7r1IuT, http://www.playvid.com/watch/6_kzUI8agnP, http://www.playvid.com/watch/gO6LCSbGmaX,
http://www.playvid.com/watch/lDGFhysyI3u, http://www.playvid.com/watch/BmVve3L5VDg, http://www.playvid.com/watch/kDC-Jv8uSzk,
http://www.playvid.com/watch/gohZ4Saikma, http://www.playvid.com/watch/CvQFN-slwLb, http://www.playvid.com/watch/ETtKg8psU-a,
http://www.playvid.com/watch/ssU09e15zrG, http://www.playvid.com/watch/US_PxuEQt9M, http://www.playvid.com/watch/SVzsNUBPwWU,
http://www.playvid.com/watch/lEr_y1HaakG, http://www.playvid.com/watch/tmAyYEIYewT, http://www.playvid.com/watch/z2RCPHETEQh,
http://www.playvid.com/watch/t0w4R9FFD0T, http://www.playvid.com/watch/6-2RCZnPoIj, http://www.playvid.com/watch/m8OMPhWWXEC,
http://www.playvid.com/watch/7tBiNATmFtO, http://www.playvid.com/watch/9vHLbyBKKBE, http://www.playvid.com/watch/JDMmKy0aE2D,
http://www.playvid.com/watch/2fgBIKiTTQs, http://www.playvid.com/watch/fVmpYpog2ur, http://www.playvid.com/watch/E8DYAYq9QdD,
http://www.playvid.com/watch/E1Humi0zAxP, http://www.playvid.com/watch/3CP-xE5Yxql, http://www.playvid.com/watch/6NC8gJVh_nw,
http://www.playvid.com/watch/pHaAKF-dD82, http://www.playvid.com/watch/L6Ia8SGUHol, http://www.playvid.com/watch/ZDq1ezxz53p,
http://www.playvid.com/watch/XlsP5njTRvt, http://www.playvid.com/watch/Rfocp0_P3sV, http://www.playvid.com/watch/UBko0_CgCes,
http://www.playvid.com/watch/B5b-xTh2NMl, http://www.playvid.com/watch/06blgc5igrU, http://www.playvid.com/watch/c5i_6-Dj3mm,
http://www.playvid.com/watch/TyHnVRevy0l, http://www.playvid.com/watch/hT97ORBYfPB, http://www.playvid.com/watch/6Wy-WjfJw_H,
http://www.playvid.com/watch/Dv3_2UkPXRq, http://www.playvid.com/watch/81Kb-_KbOjQ, http://www.playvid.com/watch/Dgf16KpmA3R,
http://www.playvid.com/watch/fA7W7HXl-rz, http://www.playvid.com/watch/sVF_wCDACfH, http://www.playvid.com/watch/i7C3kcO3byz,
http://www.playvid.com/watch/7Dd2z10SiyD, http://www.playvid.com/watch/Zo0pNe8Vsc7, http://www.playvid.com/watch/qNBqDmZPKha,
http://www.playvid.com/watch/wVPkyJrR_zg, http://www.playvid.com/watch/UrMapV0vaYw, http://www.playvid.com/watch/kKFgV-Ei4g5,
http://www.playvid.com/watch/KlNhFa9exqw, http://www.playvid.com/watch/DPkfiUg8o76, http://www.playvid.com/watch/QJov8JrvYIR,
http://www.playvid.com/watch/NnK5HzXpqnv, http://www.playvid.com/watch/plx9OXsumba, http://www.playvid.com/watch/jf7wrYVbTZD,
http://www.playvid.com/watch/t-bC6_f-V0X, http://www.playvid.com/watch/ylEMMHEI6ro, http://www.playvid.com/watch/kehnfzZAJqh,
http://www.playvid.com/watch/MzNJ47pklwB, http://www.playvid.com/watch/tpK_Zp0YFSm, http://www.playvid.com/watch/WndQIiQ4vCd,
http://www.playvid.com/watch/jUqpsMo1QKd, http://www.playvid.com/watch/lfHmdX8GFnt, http://www.playvid.com/watch/MCVr6NEwUwv,
http://www.playvid.com/watch/LIEEqyB3iEn, http://www.playvid.com/watch/SBZ9635-O4k, http://www.playvid.com/watch/ppCKzCjK769,
http://www.playvid.com/watch/SC64pwN__cF, http://www.playvid.com/watch/rnC-WWKoObx, http://www.playvid.com/watch/8RJ-VcjMXtf,
http://www.playvid.com/watch/RGkAb47pekm, http://www.playvid.com/watch/rtRJ7yH2RCF, http://www.playvid.com/watch/QjcIumiOXyp,
http://www.playvid.com/watch/YVWlzsDTUEE, http://www.playvid.com/watch/4WZGOYAsUX7, http://www.playvid.com/watch/w3QdWbhWDNF,
http://www.playvid.com/watch/6NHPhEajJks, http://www.playvid.com/watch/ovxDos64THo, http://www.playvid.com/watch/QEFlEY5Ulif,
http://www.playvid.com/watch/0w_fWMw-nQe, http://www.playvid.com/watch/8EtBaamS5Kv, http://www.playvid.com/watch/7tKOJpf2_yP,
http://www.playvid.com/watch/r-6e4DBOicq, http://www.playvid.com/watch/sgci7zJjWrY, http://www.playvid.com/watch/PdXknHLiE1o,
http://www.playvid.com/watch/tCW0O87M90h, http://www.playvid.com/watch/QT-k17gkeHu, http://www.playvid.com/watch/Ro7Vs8LgSuE,
http://www.playvid.com/watch/qHqTebaUAAW, http://www.playvid.com/watch/foMFQWeMRe4, http://www.playvid.com/watch/E_G9mmx9q-x,
http://www.playvid.com/watch/PAiQDQWvMlU, http://www.playvid.com/watch/PirVropteSz, http://www.playvid.com/watch/igZIZ3gYzAX,
http://www.playvid.com/watch/3hs0DvCKTx8, http://www.playvid.com/watch/nT1wyrEnVyX, http://www.playvid.com/watch/IP9O0-Zhiyy,
http://www.playvid.com/watch/sMUu7pQCgsB, http://www.playvid.com/watch/X-Jt29QM_it, http://www.playvid.com/watch/N9FHqqRWgof,
http://www.playvid.com/watch/gcQN6knv4hz, http://www.playvid.com/watch/KWjKM0bzcRL, http://www.playvid.com/watch/BjkzwpmgBmb,
http://www.playvid.com/watch/HzNREFK0lNY, http://www.playvid.com/watch/QPw5ThUa1xP, http://www.playvid.com/watch/MzimnC4fOsF,
http://www.playvid.com/watch/sju0YrDCJLy, http://www.playvid.com/watch/W1unNKksOPK, http://www.playvid.com/watch/ItU8B2s83bp,
http://www.playvid.com/watch/vPoXguumKRo, http://www.playvid.com/watch/L1Vhu8CQy1C, http://www.playvid.com/watch/rDuQqmdOGaS,
http://www.playvid.com/watch/NcfghyvRqtL, http://www.playvid.com/watch/TgzvjxFxgCz, http://www.playvid.com/watch/08op5Fpse6A,
http://www.playvid.com/watch/0TRcEGdPi6K, http://www.playvid.com/watch/S9X0WlpKp2n, http://www.playvid.com/watch/DPIC7N5g6gi,
http://www.playvid.com/watch/P5Ecj1NLywD, http://www.playvid.com/watch/QZJ2zcrbY10, http://www.playvid.com/watch/qwdBPnJEs8K,
http://www.playvid.com/watch/Vm8FcIdknOM, http://www.playvid.com/watch/RbwzYCO47SV, http://www.playvid.com/watch/WNDpRWERG3m,
http://www.playvid.com/watch/V6b1kZ1oS3R, http://www.playvid.com/watch/DaXaOx9HCh4, http://www.playvid.com/watch/8mWyJ-KQBWP,
http://www.playvid.com/watch/qKe9pZNfdvo, http://www.playvid.com/watch/lBN32KsiiNH, http://www.playvid.com/watch/x3La29yiqRy,
http://www.playvid.com/watch/ldAWCpX7gpa, http://www.playvid.com/watch/ZOjgEobR1g3, http://www.playvid.com/watch/O2eIKyWzbPF,
http://www.playvid.com/watch/zLkVrBc4SmW, http://www.playvid.com/watch/dlb31M_1QFF, http://www.playvid.com/watch/YMzviK-ex_b,
http://www.playvid.com/watch/D8LIAfLdoGO, http://www.playvid.com/watch/i0R9lSqC9yC, http://www.playvid.com/watch/M_6NEHMfhCd,
http://www.playvid.com/watch/aG-wIfHUnAa, http://www.playvid.com/watch/nlPKqhI6ETW, http://www.playvid.com/watch/dGvdTqaAQSx,
http://www.playvid.com/watch/VxRKX_sI7IV, http://www.playvid.com/watch/EXyUgkGw52U, http://www.playvid.com/watch/2_OeP-mie1r,
http://www.playvid.com/watch/D6UlSjrgxbo, http://www.playvid.com/watch/WI37idCC98L, http://www.playvid.com/watch/dTMtcif6IKw,
http://www.playvid.com/watch/M9unodM10E3, http://www.playvid.com/watch/oi7COl_47Yy, http://www.playvid.com/watch/ovEmoT4BLmF,
http://www.playvid.com/watch/g7oGe34BDWa, http://www.playvid.com/watch/iD2w6aKSmTj, http://www.playvid.com/watch/FicaowV4GuV,
http://www.playvid.com/watch/gftw2oDfo1b, http://www.playvid.com/watch/LDMp5dLYsk0, http://www.playvid.com/watch/9hl5Yi2k8XF,
http://www.playvid.com/watch/u2pTgz6AsGy, http://www.playvid.com/watch/vb8pqEG5UUs, http://www.playvid.com/watch/XLVcyjJ7-h2,
http://www.playvid.com/watch/ULNalD8yeu4, http://www.playvid.com/watch/AP9yT5Aah4x, http://www.playvid.com/watch/5H7DyDAI-iz,
http://www.playvid.com/watch/5Ne9P5bAWic, http://www.playvid.com/watch/rjYn1w75eRo, http://www.playvid.com/watch/mDLQv9K9Hfc,
http://www.playvid.com/watch/hQ6T2jbHz4I, http://www.playvid.com/watch/vZweGPSUJX4, http://www.playvid.com/watch/PeGdK6Lmnqv,
http://www.playvid.com/watch/AS-v-OmmGb2, http://www.playvid.com/watch/qCsM9ky6-5Y, http://www.playvid.com/watch/TXV1ZmDH2Vi,
http://www.playvid.com/watch/Y1YXKS121TI, http://www.playvid.com/watch/g8ep1J3ewyz, http://www.playvid.com/watch/Edccxrwie6E,
http://www.playvid.com/watch/LXljXRDA_oM, http://www.playvid.com/watch/TsXTR6N4YJt, http://www.playvid.com/watch/3OTn1MgjOrC,
http://www.playvid.com/watch/lathAjf6_ej, http://www.playvid.com/watch/tIhOMUJhj2d, http://www.playvid.com/watch/nYwzlI676Ra,
http://www.playvid.com/watch/NoKrt43uxnW, http://www.playvid.com/watch/dyR1aEPhFA5, http://www.playvid.com/watch/iQhsGQPk8gw,
http://www.playvid.com/watch/tcCJiLZ0ZW3, http://www.playvid.com/watch/h9bVbbH1iS7, http://www.playvid.com/watch/DEaipbY4ckK,
http://www.playvid.com/watch/dlTfpwJxYjD, http://www.playvid.com/watch/MzzkjeCTb3s, http://www.playvid.com/watch/5p00bVRGu7n,
http://www.playvid.com/watch/BFldIJShyKV, http://www.playvid.com/watch/HVgK3jEHC3x, http://www.playvid.com/watch/Y6QyG21AJd3,
http://www.playvid.com/watch/DJzyLAyODzC, http://www.playvid.com/watch/8R29dPnUkcG, http://www.playvid.com/watch/8NHqzzacH_F,
http://www.playvid.com/watch/sPx6IutP1qm, http://www.playvid.com/watch/pC_z1gKLpZJ, http://www.playvid.com/watch/NN_pFcNJx6m,
http://www.playvid.com/watch/G8MWVh4a5qv, http://www.playvid.com/watch/n589TE-v8Rl, http://www.playvid.com/watch/xd8P1wcFcHo,
http://www.playvid.com/watch/cBJxiTpvov4, http://www.playvid.com/watch/z6j2mmXY1_Y, http://www.playvid.com/watch/7QGUHiCNafz,

http://www.playvid.com/watch/drj7WDaDDfz, http://www.playvid.com/watch/GH9qnVJ77ID, http://www.playvid.com/watch/csNwd8j56oc, http://www.playvid.com/watch/pIqxPUbmGBN, http://www.playvid.com/watch/IboJyoJAxbI, http://www.playvid.com/watch/PYiIgODEQna, http://www.playvid.com/watch/SOXjIVrz6Mn, http://www.playvid.com/watch/u2Bh2wThvir, http://www.playvid.com/watch/nedbYA6R3zH, http://www.playvid.com/watch/p5ZNhpxqFoX, http://www.playvid.com/watch/a7TWSu6kH9c, http://www.playvid.com/watch/dBDVUuQMYHC, http://www.playvid.com/watch/gPiJriOSlsj, http://www.playvid.com/watch/QITQB6NGC5n, http://www.playvid.com/watch/bIkI8sqWfbL, http://www.playvid.com/watch/2Bw7yG1tU4L, http://www.playvid.com/watch/WO3kCiPy-ir, http://www.playvid.com/watch/J5_dsoX5Xkk, http://www.playvid.com/watch/BXWoq3hL-Yv, http://www.playvid.com/watch/jBlOBHLhTNd, http://www.playvid.com/watch/GhOzjsnad5x, http://www.playvid.com/watch/ptYqndN_lIG, http://www.playvid.com/watch/TjkSmk9HDub, http://www.playvid.com/watch/8QC69ygZ0N6, http://www.playvid.com/watch/xwARGu9YEbP, http://www.playvid.com/watch/zZPMMSegwwQ, http://www.playvid.com/watch/OlAKY7bSkec, http://www.playvid.com/watch/btCfuBgwzf0, http://www.playvid.com/watch/IAWCkyPzqN9, http://www.playvid.com/watch/MTb6Ebaq-CU, http://www.playvid.com/watch/u2mKRf5LeFP, http://www.playvid.com/watch/Im-avPyvYQL, http://www.playvid.com/watch/VZYJoTpfhZz, http://www.playvid.com/watch/vJnj6-KBpIF, http://www.playvid.com/watch/Ez-TrD7lWPz, http://www.playvid.com/watch/oXVxJ4bhSIO, http://www.playvid.com/watch/dkD42Ugy_Ei, http://www.playvid.com/watch/WZiQ9Z7L1je, http://www.playvid.com/watch/4YeA7jnsxGg, http://www.playvid.com/watch/t-oOE_3sNxi, http://www.playvid.com/watch/NM9qPCtia6s, http://www.playvid.com/watch/8JLZ4S5bMsl, http://www.playvid.com/watch/AGJZEoXUo3C, http://www.playvid.com/watch/xTUSDK7Hdq8, http://www.playvid.com/watch/u6rXHRVWZNi, http://www.playvid.com/watch/ZN98UWxEfoY, http://www.playvid.com/watch/OLhzSGxkP2E, http://www.playvid.com/watch/24nDJEhomWT, http://www.playvid.com/watch/ExYSnbI4Uue, http://www.playvid.com/watch/KEqI6mt_LoW, http://www.playvid.com/watch/OiyBVtnjJef, http://www.playvid.com/watch/rzwwz7hCpOn, http://www.playvid.com/watch/rIXZhzMCASv, http://www.playvid.com/watch/Wr-vlnMYEo4, http://www.playvid.com/watch/EheWdkLPeiR, http://www.playvid.com/watch/mSRCHMjY1C4, http://www.playvid.com/watch/YeQSEM2GEBS, http://www.playvid.com/watch/4uwC1Bb8QLA, http://www.playvid.com/watch/gIVrFrU0ski, http://www.playvid.com/watch/oa1IVYo8qYE, http://www.playvid.com/watch/T340qi-Fq-B, http://www.playvid.com/watch/zbIxHe9k7vH, http://www.playvid.com/watch/SVyQtVVHfQ7, http://www.playvid.com/watch/EE2dzXM4aDD, http://www.playvid.com/watch/PBOhCLXcaYd, http://www.playvid.com/watch/F7t1M8Xvhdg, http://www.playvid.com/watch/suQQq6x2p86, http://www.playvid.com/watch/IEt1ft6CkTv, http://www.playvid.com/watch/zQ2TRLSAJfl, http://www.playvid.com/watch/9HN8ZpQbvGD, http://www.playvid.com/watch/V0pd5ElM8Cq, http://www.playvid.com/watch/czPImESWey9, http://www.playvid.com/watch/UMEhKUP1fix, http://www.playvid.com/watch/t3V2jXMUsXI, http://www.playvid.com/watch/NLtN-w55aKN, http://www.playvid.com/watch/5l7NTL0RVwG, http://www.playvid.com/watch/rjhFlPy6_Cu, http://www.playvid.com/watch/SO4BJFTvTEc, http://www.playvid.com/watch/rblXrkoDUmN, http://www.playvid.com/watch/PqHMM7asheX, http://www.playvid.com/watch/OTodzgLYCLq, http://www.playvid.com/watch/iLyXBSaIFla, http://www.playvid.com/watch/ss03z0XgR7i, http://www.playvid.com/watch/5qKLWLodGFc, http://www.playvid.com/watch/q6OpThqywnD, http://www.playvid.com/watch/xA0H3wAaxPy, http://www.playvid.com/watch/NLgfvROoLwI, http://www.playvid.com/watch/nu5Hpc4rvxT, http://www.playvid.com/watch/DK2WcKtYvcp, http://www.playvid.com/watch/cM9goBdGfvN, http://www.playvid.com/watch/u_n2CadVBiH
5.f. Date of third notice: 2014-05-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: paradoxxx
5.b. Uploader's email address: admiralteyfood@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/paradoxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ss4Ha63ObYG, http://www.playvid.com/watch/OiF-ThuKc4T, http://www.playvid.com/watch/lkTSm-BXPAA, http://www.playvid.com/watch/kNvh3r83OlG, http://www.playvid.com/watch/dajj0Ge2r-A, http://www.playvid.com/watch/WZ-PJ7iXuSK, http://www.playvid.com/watch/PKzWjlW2qxx, http://www.playvid.com/watch/iGEKYkcmZTa, http://www.playvid.com/watch/cntP7-rJUt3, http://www.playvid.com/watch/i2KHji8j7J0, http://www.playvid.com/watch/QWe9uSFV0vm, http://www.playvid.com/watch/Ki3eNuhxQzA, http://www.playvid.com/watch/c-4jrbSWsuS, http://www.playvid.com/watch/9ahfnrrf0RJ, http://www.playvid.com/watch/Q3ZDv24yYef, http://www.playvid.com/watch/474i3CbKm2d, http://www.playvid.com/watch/3AnBd2u2zaw, http://www.playvid.com/watch/5W4zPxYGEEy, http://www.playvid.com/watch/qdOFeBRBzRS, http://www.playvid.com/watch/QHg0AqcnKF8, http://www.playvid.com/watch/2Ds4IEZUWbE, http://www.playvid.com/watch/iA4KGjs8iCR, http://www.playvid.com/watch/z2fZlPWdq22, http://www.playvid.com/watch/xfkSsCuJOpx, http://www.playvid.com/watch/E9aW6FKhypj, http://www.playvid.com/watch/9qOAvPDIlHJ, http://www.playvid.com/watch/NqBx4M22KDa, http://www.playvid.com/watch/nxEkzlWqG0V, http://www.playvid.com/watch/tn-APJ8UldL, http://www.playvid.com/watch/jm7zgC2ilwK, http://www.playvid.com/watch/gEH4AhbJRTV, http://www.playvid.com/watch/Oi28GA73nEv, http://www.playvid.com/watch/jLerxJZQvCh, http://www.playvid.com/watch/a5WHUsTP4YE, http://www.playvid.com/watch/5HrZYGU6ynd, http://www.playvid.com/watch/0dfGQRu82Gg, http://www.playvid.com/watch/Qdpt0at4hfq, http://www.playvid.com/watch/7NPsjIQpqSL, http://www.playvid.com/watch/THE22onSlFn, http://www.playvid.com/watch/EmTuGLE85fe, http://www.playvid.com/watch/h-TfmOMMOqs, http://www.playvid.com/watch/9rCPIiVg6eX, http://www.playvid.com/watch/SFcSYePjFrC, http://www.playvid.com/watch/7tb52DQ7NWd, http://www.playvid.com/watch/pOqvBpQQzrf, http://www.playvid.com/watch/qSzG2PyhzYN, http://www.playvid.com/watch/uq2BedQBz8B, http://www.playvid.com/watch/0IrJwrjgbgT, http://www.playvid.com/watch/0OOETv7hlaD, http://www.playvid.com/watch/V5RyJ9QRdSm, http://www.playvid.com/watch/SfYcKBzPGYQ, http://www.playvid.com/watch/R52IcxLGXW5, http://www.playvid.com/watch/ZtrcM9WP8qx, http://www.playvid.com/watch/YZMpxtKwkXs, http://www.playvid.com/watch/CsUkeL09mTd, http://www.playvid.com/watch/R9cPLYq4L5z, http://www.playvid.com/watch/2acJWjrFFgg, http://www.playvid.com/watch/ZulioEg-yAU, http://www.playvid.com/watch/CJCl-fLZ5yk, http://www.playvid.com/watch/xkLtlXiPNE7, http://www.playvid.com/watch/lYpoOvirYvv, http://www.playvid.com/watch/OR3QFoEP8y9, http://www.playvid.com/watch/3UFAVvArqp0, http://www.playvid.com/watch/b3WU6HjiCdx, http://www.playvid.com/watch/uN9mkR7d2vi, http://www.playvid.com/watch/843yoFwAQex, http://www.playvid.com/watch/oRAvTwLAwXF, http://www.playvid.com/watch/xl7Ldpf5J4E, http://www.playvid.com/watch/kyEFY4dXcx4, http://www.playvid.com/watch/2CtShDrwazi, http://www.playvid.com/watch/TNhCd67lrMy, http://www.playvid.com/watch/cNw4tDh9DHY, http://www.playvid.com/watch/dW3aPSE-aqa, http://www.playvid.com/watch/wn-hgt9vNW-, http://www.playvid.com/watch/6Mk9VQLFZ0-, http://www.playvid.com/watch/dF4Bomfhw-y, http://www.playvid.com/watch/Js7IXw4A4Yw, http://www.playvid.com/watch/JMJ7StB8F6P, http://www.playvid.com/watch/-L-x8ypxK2S, http://www.playvid.com/watch/6bxtjfOUtZt, http://www.playvid.com/watch/ZxTK4rFWpak, http://www.playvid.com/watch/KSFO4mVevPl, http://www.playvid.com/watch/gXyjTTJd0zX, http://www.playvid.com/watch/ahC00y3ysEV, http://www.playvid.com/watch/VBYcvhYuNRN, http://www.playvid.com/watch/fKfdiE2d6Ma, http://www.playvid.com/watch/vAEv4f6xQGm, http://www.playvid.com/watch/futHqyPAIME, http://www.playvid.com/watch/FotWP073IOI, http://www.playvid.com/watch/PKu8Qfclrlw, http://www.playvid.com/watch/LXajz9mLXPm, http://www.playvid.com/watch/w6xgiGnnJVi, http://www.playvid.com/watch/294d8UQgEJV, http://www.playvid.com/watch/z6-9sTp7qfT, http://www.playvid.com/watch/xYe6EGXz3Wj, http://www.playvid.com/watch/9odlQhHztGC, http://www.playvid.com/watch/5O-vRMKX0Ax, http://www.playvid.com/watch/hlFo-vWcNIH, http://www.playvid.com/watch/GdR92HIwl4w, http://www.playvid.com/watch/fwhlmvLWq7N, http://www.playvid.com/watch/RsWUCmsYU2o, http://www.playvid.com/watch/QK7hmC-gUo6, http://www.playvid.com/watch/n5tYTUBB9aZ, http://www.playvid.com/watch/v52vDg6C0qu, http://www.playvid.com/watch/jjzuGg--RXQ, http://www.playvid.com/watch/3h02FmilqQc, http://www.playvid.com/watch/ECucOXFLyCC, http://www.playvid.com/watch/Cp4-lXZJjye, http://www.playvid.com/watch/QHLhXvINvUT, http://www.playvid.com/watch/lNfNK0kXhG-, http://www.playvid.com/watch/FPkeMDA6Vta, http://www.playvid.com/watch/nbaNJKyemWh, http://www.playvid.com/watch/yDtKxToqzuP, http://www.playvid.com/watch/8wDWp5uWx7X, http://www.playvid.com/watch/JLUqJpc243L, http://www.playvid.com/watch/PiNcGPOaVIK, http://www.playvid.com/watch/TSArZRRVjDf, http://www.playvid.com/watch/LQwz8VUHzYn, http://www.playvid.com/watch/jZmX3Gp8GBx, http://www.playvid.com/watch/wPtIGAuZqtb, http://www.playvid.com/watch/ob0y4jhxZ6t, http://www.playvid.com/watch/HZQFzqDQjzG, http://www.playvid.com/watch/DXxRjlD33o9, http://www.playvid.com/watch/anAIf6Fc9Dz, http://www.playvid.com/watch/8hXLX-MEmdw, http://www.playvid.com/watch/0Oh74BfK2YE, http://www.playvid.com/watch/-BGhTOII6BU, http://www.playvid.com/watch/jfxUNxIPybe, http://www.playvid.com/watch/qEXzn4imrpK, http://www.playvid.com/watch/hLsFKgUH-Vj, http://www.playvid.com/watch/kA0GyuaF9ap, http://www.playvid.com/watch/6IjAFn80d30, http://www.playvid.com/watch/7ZWGFYE4Hrf, http://www.playvid.com/watch/Q5JdCaHBk8B, http://www.playvid.com/watch/CGZX4m2pghE, http://www.playvid.com/watch/8oSwBvfUuBk, http://www.playvid.com/watch/JcsASJuk37P, http://www.playvid.com/watch/O7ktHHo8Cbv, http://www.playvid.com/watch/DlVqPwT6NIa, http://www.playvid.com/watch/9GggYeM-f6P, http://www.playvid.com/watch/OfsMOHd7ryI, http://www.playvid.com/watch/rsmgd3Vvygk, http://www.playvid.com/watch/ZkSh45sedTI, http://www.playvid.com/watch/vAlRKMQ9vip, http://www.playvid.com/watch/ATn45cx8Xb2, http://www.playvid.com/watch/WXuOUIdZO47, http://www.playvid.com/watch/YyFnHMiGLof, http://www.playvid.com/watch/vYz3E6cuERn, http://www.playvid.com/watch/XVRV6FXiURh, http://www.playvid.com/watch/04sjky4YeX-, http://www.playvid.com/watch/jRb3HY7gNhZ, http://www.playvid.com/watch/2L6-KuW25EZ, http://www.playvid.com/watch/s6KLtA-hhGY, http://www.playvid.com/watch/Y-s7Y4pwjHZ, http://www.playvid.com/watch/oNly886Rk6J, http://www.playvid.com/watch/xv6JmVhwPu5, http://www.playvid.com/watch/iijUE9DcutV, http://www.playvid.com/watch/xA8g6WiixPv, http://www.playvid.com/watch/WGaNe8EJkfX, http://www.playvid.com/watch/oaIpt081uzW, http://www.playvid.com/watch/UZXcsexTT89, http://www.playvid.com/watch/-t6FRLp2IIr, http://www.playvid.com/watch/XptTurGv03I, http://www.playvid.com/watch/Pb0muhWYj69, http://www.playvid.com/watch/3CwTYDcVwj0, http://www.playvid.com/watch/-W8B7TBOYJt, http://www.playvid.com/watch/2eU-J6dewTX, http://www.playvid.com/watch/3qPvagnxQw1, http://www.playvid.com/watch/zQBm6MaGXAN, http://www.playvid.com/watch/pR7-ByaZD8l, http://www.playvid.com/watch/8sxtmWVX0T2, http://www.playvid.com/watch/y9b1K1QPex1, http://www.playvid.com/watch/-PjM2-G2MTS, http://www.playvid.com/watch/Ia89tBuMewK, http://www.playvid.com/watch/EDoXkSbj7Ha, http://www.playvid.com/watch/ZIWn8BzMwpE,

http://www.playvid.com/watch/6-w0c-V8lm4, http://www.playvid.com/watch/CJpHTjOrRPi, http://www.playvid.com/watch/8MRywUxShLo, http://www.playvid.com/watch/ZcZSe8GFNx-, http://www.playvid.com/watch/Dh9KDgCN656, http://www.playvid.com/watch/z4lH5sJgSAs, http://www.playvid.com/watch/WKXHejdLvOz
5.f. Date of third notice: 2014-02-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: parohod
5.b. Uploader's email address: arickkinza@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/parohod
5.e. List of videos posted by uploader: http://www.playvid.com/watch/oZWLrNqEk-5, http://www.playvid.com/watch/l3kpK3Cw-UZ, http://www.playvid.com/watch/hFI8b57rCeP, http://www.playvid.com/watch/roQt0-P4ODp, http://www.playvid.com/watch/qiXr4IL4IMt, http://www.playvid.com/watch/UMlcnYrNcWS, http://www.playvid.com/watch/mujSQP3Ft5P, http://www.playvid.com/watch/u72ZdCuhlqJ, http://www.playvid.com/watch/eWgAXO-EZWt, http://www.playvid.com/watch/wsiar7N9HGL, http://www.playvid.com/watch/XKY3T-RMyKG, http://www.playvid.com/watch/jN8EEUfAXAw, http://www.playvid.com/watch/tz3L0UMAdJQ, http://www.playvid.com/watch/TTQU769sOTX, http://www.playvid.com/watch/lZXcwW8sZvu, http://www.playvid.com/watch/9UQAQiCDBzC, http://www.playvid.com/watch/DQzZ3XYrKBv, http://www.playvid.com/watch/rY4LH4EXuPY, http://www.playvid.com/watch/M5FfVviOcD-, http://www.playvid.com/watch/Fe8NvqfbZoo, http://www.playvid.com/watch/vibZloLCtJv, http://www.playvid.com/watch/2k9Jce3667P, http://www.playvid.com/watch/MVYFLxj846-, http://www.playvid.com/watch/fRiSI4wMmTx, http://www.playvid.com/watch/2eQRjBdEpBl, http://www.playvid.com/watch/EuIS3tHNnVe, http://www.playvid.com/watch/qlCsewdnJrg, http://www.playvid.com/watch/SC-rwocICNY, http://www.playvid.com/watch/y9v9oU-ByAj, http://www.playvid.com/watch/S78iKneJjKz, http://www.playvid.com/watch/AzsVEXP3LSN, http://www.playvid.com/watch/zHE-OkOqUlc, http://www.playvid.com/watch/GYexYfAkBgq, http://www.playvid.com/watch/aVs0BJMox45, http://www.playvid.com/watch/BNCv3dbZpMx, http://www.playvid.com/watch/NGlTN0saPeq, http://www.playvid.com/watch/aimQPwG2vPd, http://www.playvid.com/watch/GFJIlNGgw-8, http://www.playvid.com/watch/hB-bPlSVDlB, http://www.playvid.com/watch/ESvYUohTvWd, http://www.playvid.com/watch/Ez9wEO9nao4, http://www.playvid.com/watch/vY-2wnfYZpB, http://www.playvid.com/watch/j4A9k6RGTBU, http://www.playvid.com/watch/lICXdW7nd--, http://www.playvid.com/watch/8Afq9aSDugd, http://www.playvid.com/watch/h2qVKe0DD37, http://www.playvid.com/watch/wO84J3XLoMK, http://www.playvid.com/watch/f4cdsc-AVmZ, http://www.playvid.com/watch/aCpnj5JPV5v, http://www.playvid.com/watch/qGBNfPWibU9, http://www.playvid.com/watch/nktrxGD6q-R, http://www.playvid.com/watch/zZxWoh2qw3z, http://www.playvid.com/watch/Qqf-2wWNPYp, http://www.playvid.com/watch/tyXM6DLgOtt, http://www.playvid.com/watch/846EuMKJbuj, http://www.playvid.com/watch/RqLyGzPicXK, http://www.playvid.com/watch/AX8mtfV2yJc, http://www.playvid.com/watch/txjnAnFCm7n, http://www.playvid.com/watch/hZMZNC45Qi6, http://www.playvid.com/watch/q4aHDEOZA9n, http://www.playvid.com/watch/j5kHlWAJDTV, http://www.playvid.com/watch/J4RJaF65Mx3, http://www.playvid.com/watch/bmGEXu6LI5i, http://www.playvid.com/watch/VV2nGgUT4MF, http://www.playvid.com/watch/zyagORbc0lf, http://www.playvid.com/watch/XaXCCoMPcvG, http://www.playvid.com/watch/mvQDUvRlB7C, http://www.playvid.com/watch/hz2sr73QL74, http://www.playvid.com/watch/TKWLxm4cIsw, http://www.playvid.com/watch/9dNimPfjinf, http://www.playvid.com/watch/ZcczN9xB8tp, http://www.playvid.com/watch/4Je0GAb-CR4, http://www.playvid.com/watch/YlUEqnqoSdw, http://www.playvid.com/watch/ifsK0w84ZgO, http://www.playvid.com/watch/tqhxpvyOspC, http://www.playvid.com/watch/qtcLuUALe4K, http://www.playvid.com/watch/kq2p-XPCPWA, http://www.playvid.com/watch/6COudIIjQjE, http://www.playvid.com/watch/P2nCrylBzbW, http://www.playvid.com/watch/ZvEMKHAvFH9, http://www.playvid.com/watch/OMc5iYVVun7, http://www.playvid.com/watch/yGIDnBUl7Qt, http://www.playvid.com/watch/AutirKiR2bU, http://www.playvid.com/watch/tZnIUDRpXoi, http://www.playvid.com/watch/iBTkkIuhVHa, http://www.playvid.com/watch/aU5igbFSDyU, http://www.playvid.com/watch/dPogpfl6QW0, http://www.playvid.com/watch/PCjx4xuy3yu, http://www.playvid.com/watch/r4ucLJh45lk, http://www.playvid.com/watch/EfZp5I8uKHK, http://www.playvid.com/watch/3nE8MBFrKPk, http://www.playvid.com/watch/Jjk9M0DF8nC, http://www.playvid.com/watch/h6-I4VY-K4U, http://www.playvid.com/watch/b0MM4r5tvlz, http://www.playvid.com/watch/mN2ak2uAUsN, http://www.playvid.com/watch/Qd8ClWx7qVR, http://www.playvid.com/watch/E0AsE-RUBA5, http://www.playvid.com/watch/ngGTRAxn50X, http://www.playvid.com/watch/LLLXSLNzbVB, http://www.playvid.com/watch/LRyLoirXHaw, http://www.playvid.com/watch/JBW4H4DYKlK, http://www.playvid.com/watch/VDa08GqMFW-, http://www.playvid.com/watch/VnO7nt9uKUC, http://www.playvid.com/watch/OGzo6pYoUaG, http://www.playvid.com/watch/lMgYCGzbHSX, http://www.playvid.com/watch/eaJJwjn6A3f, http://www.playvid.com/watch/o6f3VQRVVwZ, http://www.playvid.com/watch/VBiSLwZ4PZt, http://www.playvid.com/watch/59Fab5yaAub, http://www.playvid.com/watch/hb35eicGwSR, http://www.playvid.com/watch/ukPxg4QPcxO, http://www.playvid.com/watch/zQTN0TEHWQm, http://www.playvid.com/watch/UcqFmZ7jGAv, http://www.playvid.com/watch/uhvpXwqQD0d, http://www.playvid.com/watch/zPkOlCVHFLj, http://www.playvid.com/watch/8mnewinYVim, http://www.playvid.com/watch/T6XhhwsT9yf, http://www.playvid.com/watch/RyQ6YRuGnQv, http://www.playvid.com/watch/S9OvTbumzO0, http://www.playvid.com/watch/ypbKQS5oyRy, http://www.playvid.com/watch/FzpxGjUU0Xp, http://www.playvid.com/watch/qWf8pSIQZXO, http://www.playvid.com/watch/IUdlalOQDsM, http://www.playvid.com/watch/jW7lkS36d3P, http://www.playvid.com/watch/FmrPollnQXY, http://www.playvid.com/watch/JD9E2Q7Dmwi, http://www.playvid.com/watch/D0UpcKtFD9t, http://www.playvid.com/watch/tc0VgRJBusn, http://www.playvid.com/watch/NzV4zRuoTFr, http://www.playvid.com/watch/wfVjoNC0fwQ, http://www.playvid.com/watch/w6VoqxAsUsv, http://www.playvid.com/watch/BjNSPof-Swa, http://www.playvid.com/watch/2xYCcAKERVd, http://www.playvid.com/watch/LMrL7jYHsSl, http://www.playvid.com/watch/kO60B2ry6oH, http://www.playvid.com/watch/lnvj-SiRM42, http://www.playvid.com/watch/bxwvvVSw-Gv, http://www.playvid.com/watch/SEZhUoBi7Pg, http://www.playvid.com/watch/N-Rb4cJHlfK, http://www.playvid.com/watch/z6EOeW6RiRE, http://www.playvid.com/watch/z2Yq6rv9K0C, http://www.playvid.com/watch/Y4C2xus4uQ3, http://www.playvid.com/watch/2ryCcxWSRkR, http://www.playvid.com/watch/V6CsG9J3WxX, http://www.playvid.com/watch/MU8bHdo0mw7, http://www.playvid.com/watch/tNfxAAJcEM7, http://www.playvid.com/watch/nA6ykI4CVqM, http://www.playvid.com/watch/0MjxFY2VoXp, http://www.playvid.com/watch/OLjcghe4o9i, http://www.playvid.com/watch/dKucLteYvpt, http://www.playvid.com/watch/8flCMz8fiMY, http://www.playvid.com/watch/pbsfntaKewU, http://www.playvid.com/watch/63ZR6sj--VO, http://www.playvid.com/watch/jQ07mP5ZgoW, http://www.playvid.com/watch/TS9rI7Lgq6l, http://www.playvid.com/watch/N-HPVRc48KV, http://www.playvid.com/watch/WdaGA7kc27s, http://www.playvid.com/watch/AkXGh-K3yXg, http://www.playvid.com/watch/VbNS4MjEaXn, http://www.playvid.com/watch/mDbr8z9wssX, http://www.playvid.com/watch/B7Sro5rVQSR, http://www.playvid.com/watch/EXdX-PH78YE, http://www.playvid.com/watch/4E6seyf2f0e, http://www.playvid.com/watch/tiT-ArhitJd, http://www.playvid.com/watch/W9bwB9cMMtO, http://www.playvid.com/watch/S5lgVqHYpi-, http://www.playvid.com/watch/aw2Axt3KLeq, http://www.playvid.com/watch/oNHH0KLeABt, http://www.playvid.com/watch/zJ3A6U0tdT4, http://www.playvid.com/watch/NThcAuQFYeL, http://www.playvid.com/watch/iZ-4F3zI8VO, http://www.playvid.com/watch/Kv8RQbmWkH7, http://www.playvid.com/watch/R4nqEMnGHIE, http://www.playvid.com/watch/p73t5LvgfGu, http://www.playvid.com/watch/StW5ml6J3k2, http://www.playvid.com/watch/ESWiBBtwzrY, http://www.playvid.com/watch/3KN--HYrD-m, http://www.playvid.com/watch/iMud2XDKeFl, http://www.playvid.com/watch/JGWiPQozKHF, http://www.playvid.com/watch/MxEpknAbgUB, http://www.playvid.com/watch/3ILEHEeKYNa, http://www.playvid.com/watch/PX-6ejwvaRD, http://www.playvid.com/watch/PbtxkRysclv, http://www.playvid.com/watch/hm9JvXIVMRU, http://www.playvid.com/watch/FU6fu9-h-IX, http://www.playvid.com/watch/pvMusFSqqDC, http://www.playvid.com/watch/S6DsnMBJHZi, http://www.playvid.com/watch/q0KtUx3UaKc, http://www.playvid.com/watch/KLCOxk7Gf9E, http://www.playvid.com/watch/YRuPbH3P3IO, http://www.playvid.com/watch/2BinhcaLY2e, http://www.playvid.com/watch/zVMSdsyxkNy, http://www.playvid.com/watch/FpKUsrOuI5n, http://www.playvid.com/watch/2mQLlRMu5wi, http://www.playvid.com/watch/Peh3A2eBh0Y, http://www.playvid.com/watch/VTNTKLoEfzs, http://www.playvid.com/watch/9zizavrkV7W, http://www.playvid.com/watch/O8M9Egi8j9g, http://www.playvid.com/watch/y3RkzP-Ff0E, http://www.playvid.com/watch/4f7R3CRkxJc, http://www.playvid.com/watch/R5-U6YW4mxr, http://www.playvid.com/watch/5Wxj7s8xn9s, http://www.playvid.com/watch/5zUddtM-V2v, http://www.playvid.com/watch/-FYYNnZUNgA, http://www.playvid.com/watch/5-WsGxuXZ7o, http://www.playvid.com/watch/QQ3ApJYPWIa, http://www.playvid.com/watch/xTbFURQjKRH, http://www.playvid.com/watch/A9f-cXswDbx, http://www.playvid.com/watch/7pOA3Ffiwqc, http://www.playvid.com/watch/ZNYzfWqtXYI, http://www.playvid.com/watch/Ku2eWdVwAY8, http://www.playvid.com/watch/IfZEXvmYVdQ, http://www.playvid.com/watch/Wx4ePQ6AaC-, http://www.playvid.com/watch/604omXGiDkC, http://www.playvid.com/watch/Ue2XpgCfxfS, http://www.playvid.com/watch/-6arJiIF8B8, http://www.playvid.com/watch/KZoArTvwcIn, http://www.playvid.com/watch/gDhOAv0ehnS, http://www.playvid.com/watch/0wQnMpmFp7p, http://www.playvid.com/watch/ZBkQoRew7oZ, http://www.playvid.com/watch/kqCG6IRDGlc, http://www.playvid.com/watch/pmDBxMJUWPe, http://www.playvid.com/watch/VOE9bWwK2le, http://www.playvid.com/watch/QWQORBEWRJr, http://www.playvid.com/watch/yVKeCA-pHI-, http://www.playvid.com/watch/ozMsHHDtVcw, http://www.playvid.com/watch/gXQwz-MhwUj, http://www.playvid.com/watch/D6ub7TJwA0l, http://www.playvid.com/watch/ibfSNFdpqqB, http://www.playvid.com/watch/ptHNfUUGTxY, http://www.playvid.com/watch/G5z8AtpNMyx, http://www.playvid.com/watch/SwsECooIVi0, http://www.playvid.com/watch/WP25NFAKX4Q, http://www.playvid.com/watch/54VgGztfUbv, http://www.playvid.com/watch/jSpA6ls3NW0, http://www.playvid.com/watch/H6ISeHy77cu, http://www.playvid.com/watch/mDSeLDWfOmw, http://www.playvid.com/watch/tqO-Sm6J2jU, http://www.playvid.com/watch/6MDuuW9dUWb, http://www.playvid.com/watch/UoJ8w9gqvl2, http://www.playvid.com/watch/6DllfFmuGxR, http://www.playvid.com/watch/6qXLwRfpRtu, http://www.playvid.com/watch/DujpKcAQjYF, http://www.playvid.com/watch/zw2groIaF6w, http://www.playvid.com/watch/nFNblBP8IZ9, http://www.playvid.com/watch/uEjVsqwulw0, http://www.playvid.com/watch/6oDZmSu9XWU, http://www.playvid.com/watch/KrxjybHuWyC, http://www.playvid.com/watch/bZaZ8AXzpnm, http://www.playvid.com/watch/diFX2ZlOQhD, http://www.playvid.com/watch/DEMYzJd2X78, http://www.playvid.com/watch/AyGyBqCRjcf, http://www.playvid.com/watch/WeyD3eqyoUd, http://www.playvid.com/watch/oEXsJyJjxET, http://www.playvid.com/watch/DCt3oUWcg-j, http://www.playvid.com/watch/kqzCeYNfU2h, http://www.playvid.com/watch/I7YRLTHsehp, http://www.playvid.com/watch/J9DGO7nepvf, http://www.playvid.com/watch/ANMskBNlYmw, http://www.playvid.com/watch/XYegJbOS-3Z,

http://www.playvid.com/watch/7JtDqKouOTr, http://www.playvid.com/watch/LaIB4V6UiUT, http://www.playvid.com/watch/5msVSBaTnXo,
http://www.playvid.com/watch/ftIHGirlMes, http://www.playvid.com/watch/fNroCYm-KIk, http://www.playvid.com/watch/uMX3KG6EQz5,
http://www.playvid.com/watch/ooNUL6-i9Mo, http://www.playvid.com/watch/4nUXBSFXUbz, http://www.playvid.com/watch/bboIKn7G8HS,
http://www.playvid.com/watch/zlK3SSHvJCM, http://www.playvid.com/watch/CeKL2w6Y5ve, http://www.playvid.com/watch/S46yNSCdZpE,
http://www.playvid.com/watch/R-wObiEZ8I7, http://www.playvid.com/watch/gFRBi6euRA2, http://www.playvid.com/watch/YvR3IltQ4ZP,
http://www.playvid.com/watch/nnbiu8xtDem, http://www.playvid.com/watch/WfMeZQYqGAu, http://www.playvid.com/watch/kVVQ7xEWXLB,
http://www.playvid.com/watch/5-flXPSyTh4, http://www.playvid.com/watch/WRSmO9tLqH6, http://www.playvid.com/watch/wqKPO6yOyih,
http://www.playvid.com/watch/4spk8ASSsm4, http://www.playvid.com/watch/dhfBBakOMe5, http://www.playvid.com/watch/UG9FiCduL9K,
http://www.playvid.com/watch/m5SipViSBZO, http://www.playvid.com/watch/BHRghCKuAwW, http://www.playvid.com/watch/TZ3nYUMo46Y,
http://www.playvid.com/watch/Fme0o40d2r2, http://www.playvid.com/watch/YzccMdl8bIr, http://www.playvid.com/watch/75OqkOwFkth,
http://www.playvid.com/watch/aPTLPIqOXvm, http://www.playvid.com/watch/94-4uvGQQpm, http://www.playvid.com/watch/pw4WNrW0TQN,
http://www.playvid.com/watch/r7SPxc0AJG6, http://www.playvid.com/watch/MOZVW-2BouZ, http://www.playvid.com/watch/kNmWN43onXI,
http://www.playvid.com/watch/gn0yh9UFtjU, http://www.playvid.com/watch/idK28ZPUN-i, http://www.playvid.com/watch/PPxWlhp8YlZ,
http://www.playvid.com/watch/94JM5i3kzke, http://www.playvid.com/watch/nDitbE9rbSE, http://www.playvid.com/watch/jwusY-quPTt,
http://www.playvid.com/watch/XGZlfaQUCdo
5.f. Date of third notice: 2014-01-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: paruno
5.b. Uploader's email address: nerirlando@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/paruno
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0WfFdALYkPH, http://www.playvid.com/watch/hsZDXMJlCUD,
http://www.playvid.com/watch/PYbk7fCeB2Z, http://www.playvid.com/watch/oi-2xswU84b, http://www.playvid.com/watch/FzDgEmpKHOg,
http://www.playvid.com/watch/l9-AHDdYB-g, http://www.playvid.com/watch/-tVfCtAI8Hk, http://www.playvid.com/watch/xBDDLjVnAAa,
http://www.playvid.com/watch/QJOE6ZHySYR, http://www.playvid.com/watch/yllfSdpEwxB, http://www.playvid.com/watch/X8C-Tuam96J,
http://www.playvid.com/watch/GwBTpUe5nbT, http://www.playvid.com/watch/ijHsMqI97uM, http://www.playvid.com/watch/49qmfOxhE3t,
http://www.playvid.com/watch/rDkoLJ0Njxe, http://www.playvid.com/watch/nf2s3-uDqYr, http://www.playvid.com/watch/AvauyFmfUsz,
http://www.playvid.com/watch/nx004Ld0gKR, http://www.playvid.com/watch/LCYIV8qDXB7, http://www.playvid.com/watch/W5zimDwmxTb,
http://www.playvid.com/watch/O7uqbCek7PI, http://www.playvid.com/watch/awOoQShneEY, http://www.playvid.com/watch/xWTdBiU9mNZ,
http://www.playvid.com/watch/OGygKb4RZtV, http://www.playvid.com/watch/KTu9Un72IEM, http://www.playvid.com/watch/qKhU9QG6-WE,
http://www.playvid.com/watch/VHcIu3PkNhr, http://www.playvid.com/watch/hbCNwQZzvu9, http://www.playvid.com/watch/b2QXgreWR6E,
http://www.playvid.com/watch/JIuRBaE22ef, http://www.playvid.com/watch/A7L4IcTPdvL, http://www.playvid.com/watch/vYXvwSi3PRU,
http://www.playvid.com/watch/kXrgfuPc9xR, http://www.playvid.com/watch/9c9Yaz6YTap, http://www.playvid.com/watch/6HZ6MXc4lV7,
http://www.playvid.com/watch/bQ9ojo3QbMA, http://www.playvid.com/watch/4SmyE-ZpUXp, http://www.playvid.com/watch/Mq0tJIETc6T,
http://www.playvid.com/watch/cBKz4kSB5xV, http://www.playvid.com/watch/tzJMV2Gd-7Z, http://www.playvid.com/watch/AJ0nzrY4bWO,
http://www.playvid.com/watch/pfzBzG9oh7O, http://www.playvid.com/watch/rmFScOUmxo6, http://www.playvid.com/watch/bK-FGN50XGf,
http://www.playvid.com/watch/N4TNf3x7rAr, http://www.playvid.com/watch/caRFCfVpqIW, http://www.playvid.com/watch/YKsgiBcj2MJ,
http://www.playvid.com/watch/a4eBBKqzRH-, http://www.playvid.com/watch/w4PyWf4Bw5M, http://www.playvid.com/watch/6rCSHfePVCU,
http://www.playvid.com/watch/RXvIaD-2xVu, http://www.playvid.com/watch/kMoQmRWnaOi, http://www.playvid.com/watch/UcALWQNiRHd,
http://www.playvid.com/watch/I5o96Rnjqrh, http://www.playvid.com/watch/Ruob3Yxdw7N, http://www.playvid.com/watch/wVrOPkIHW8k,
http://www.playvid.com/watch/eXjfd4OBCAA
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pau1e
5.b. Uploader's email address: paule@squizzy.de
5.d. Uploader's profile: http://www.playvid.com/member/pau1e
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZToe9JCPQdo, http://www.playvid.com/watch/KXZjZNw4k4R,
http://www.playvid.com/watch/iGYudPUJvPa, http://www.playvid.com/watch/45V8Cvjd5-T, http://www.playvid.com/watch/dvt4rx2mRCd,
http://www.playvid.com/watch/qHJCCbwofjT, http://www.playvid.com/watch/spahthZz9q5, http://www.playvid.com/watch/TcUHVLXX060,
http://www.playvid.com/watch/VorIMBmilUQ, http://www.playvid.com/watch/RvNBtj7kpkl, http://www.playvid.com/watch/tVnT0v3Ap22,
http://www.playvid.com/watch/2KVYo3a2SCj, http://www.playvid.com/watch/eAxJFXYG8eG, http://www.playvid.com/watch/ouQGiu-QixV,
http://www.playvid.com/watch/T33m-IwwLz2, http://www.playvid.com/watch/XSidgKdr-MF, http://www.playvid.com/watch/VxPjmuDv0kc,
http://www.playvid.com/watch/a9kjH3ltkWm, http://www.playvid.com/watch/gCc9ac5Mrop, http://www.playvid.com/watch/aESnDA9nCXD,
http://www.playvid.com/watch/xlwujVc7tNN, http://www.playvid.com/watch/2oPOthhyuRG, http://www.playvid.com/watch/7iDig9TEiQa,
http://www.playvid.com/watch/0qLhix73mHx, http://www.playvid.com/watch/khWbWgOmAz4, http://www.playvid.com/watch/-5YhmKyEjyg,
http://www.playvid.com/watch/84F9gBxXeez, http://www.playvid.com/watch/nFTigdq9jo6, http://www.playvid.com/watch/aA7wfGMtKwu,
http://www.playvid.com/watch/IYSJyzoc0zu, http://www.playvid.com/watch/8olmhd8-p4a, http://www.playvid.com/watch/FjaL0EO8H9p,
http://www.playvid.com/watch/VcGAGJFJGbu, http://www.playvid.com/watch/xC6Wt2payjV, http://www.playvid.com/watch/aY54mjdKhKh,
http://www.playvid.com/watch/82E9RayX5Qf, http://www.playvid.com/watch/MzLgukPs7rp, http://www.playvid.com/watch/vJDGj6JHoRq,
http://www.playvid.com/watch/QnuJwWI8ZTA, http://www.playvid.com/watch/hTOyq3GA-2d, http://www.playvid.com/watch/HkgThjrbWHl,
http://www.playvid.com/watch/CJX0BeX-YDu, http://www.playvid.com/watch/9urgIwLs7lo, http://www.playvid.com/watch/tJN0BdmO5fz,
http://www.playvid.com/watch/BoMzJrSv8QB, http://www.playvid.com/watch/ti-XgskI0xE, http://www.playvid.com/watch/rFJJWsdXYpN,
http://www.playvid.com/watch/GT9T5j07eg-, http://www.playvid.com/watch/LF2QXxyrQg3, http://www.playvid.com/watch/gk25EMmhqdJ,
http://www.playvid.com/watch/cnwRYoAsU9r, http://www.playvid.com/watch/O9fstMPDtio, http://www.playvid.com/watch/fXRPeQb43nY,
http://www.playvid.com/watch/iKrCEG27EBN, http://www.playvid.com/watch/x9o2bfIvnPv, http://www.playvid.com/watch/SZw8gSBGQxB,
http://www.playvid.com/watch/0rbFLS2rbdL, http://www.playvid.com/watch/lJwEV8u4Ao3, http://www.playvid.com/watch/NfTXy3uX72Q,
http://www.playvid.com/watch/eqdjqVC9W7G, http://www.playvid.com/watch/BJDdPz958s8, http://www.playvid.com/watch/peOdkr4quXs,
http://www.playvid.com/watch/3hjr-ucsfwh, http://www.playvid.com/watch/aNTipNkYoYd, http://www.playvid.com/watch/OAwzlVusvcX,
http://www.playvid.com/watch/UPFGTRlkJCK, http://www.playvid.com/watch/PJHuuWiyNl8, http://www.playvid.com/watch/9hcU4vnBQ3z,
http://www.playvid.com/watch/p6kNdMSp-eo, http://www.playvid.com/watch/-kPEViI0Nv4, http://www.playvid.com/watch/Z4YheSmgA7H,
http://www.playvid.com/watch/Hi49rGIAqr4, http://www.playvid.com/watch/h83BFEu2Mfc, http://www.playvid.com/watch/Ju62nmFDEJO,
http://www.playvid.com/watch/AjMOLJze6Xc, http://www.playvid.com/watch/vhjtZefsP3W, http://www.playvid.com/watch/O0fytzqkF6j,
http://www.playvid.com/watch/SqqRxtOsR3Y, http://www.playvid.com/watch/cy6scCjQ6uE, http://www.playvid.com/watch/Iq-Kp2qdQle,
http://www.playvid.com/watch/t9UYsPlA5t-, http://www.playvid.com/watch/OUqwO4FzBJC, http://www.playvid.com/watch/rbLDLHABChG,
http://www.playvid.com/watch/K6uF-HSh6m6, http://www.playvid.com/watch/f-ctQHNjQsr, http://www.playvid.com/watch/8W3ZY4LwW2i,
http://www.playvid.com/watch/-wKYIwTA7aw, http://www.playvid.com/watch/ylL824ce6x0, http://www.playvid.com/watch/hwk0fDxls2x,
http://www.playvid.com/watch/exQBVNDPOsW, http://www.playvid.com/watch/YVH6Dja04F5, http://www.playvid.com/watch/Nf2vJpAw853,
http://www.playvid.com/watch/0lZu3AxAcWr, http://www.playvid.com/watch/lLEPXY-jiB2, http://www.playvid.com/watch/sGiwhpYiTdG,
http://www.playvid.com/watch/2o3JchEuyOm, http://www.playvid.com/watch/A-V8aLJYWdA, http://www.playvid.com/watch/bQ9vmPwdnN8,
http://www.playvid.com/watch/d8eO5lxRmqi, http://www.playvid.com/watch/HhsEQbdSNvX, http://www.playvid.com/watch/mifKvv25zzU,
http://www.playvid.com/watch/jHIVdng7L7U, http://www.playvid.com/watch/9X3wy8wsUSx, http://www.playvid.com/watch/of8hnsMpLl-,
http://www.playvid.com/watch/zGbUV54yWfM, http://www.playvid.com/watch/aoZUe4TXYrY, http://www.playvid.com/watch/m922fzSbwNx,
http://www.playvid.com/watch/28duD-DumO5, http://www.playvid.com/watch/ZvFWG3mY9Ry, http://www.playvid.com/watch/A0vJewWbLCK,
http://www.playvid.com/watch/IIAJTH6O6sc, http://www.playvid.com/watch/hMygdsTSuT4, http://www.playvid.com/watch/IKmVoxhI4h8,
http://www.playvid.com/watch/w0KtAuJS6tF, http://www.playvid.com/watch/MlaNFxmK79W, http://www.playvid.com/watch/UvDkluQCCBr,
http://www.playvid.com/watch/xA9AF64r55K, http://www.playvid.com/watch/E7MDoOSgTiA, http://www.playvid.com/watch/SAR9k6OTrrK,
http://www.playvid.com/watch/tEa3XPwxxCV, http://www.playvid.com/watch/Ws5aH45c2kk, http://www.playvid.com/watch/MR5BHhdfdgj,
http://www.playvid.com/watch/eiDYr-JyQhr, http://www.playvid.com/watch/zfxfCafxeOB, http://www.playvid.com/watch/x2oHbo3NSSf,
http://www.playvid.com/watch/gnposCvDom2, http://www.playvid.com/watch/b0U4cNP9Tse, http://www.playvid.com/watch/7FTSilW05Aq,
http://www.playvid.com/watch/lqEKcHu4UKS, http://www.playvid.com/watch/vpbFHczNuZb, http://www.playvid.com/watch/USmAEemGe5R,
http://www.playvid.com/watch/JA0sB5Tz5bU, http://www.playvid.com/watch/2GowSSo4qz6, http://www.playvid.com/watch/pfemFYZbaJY,
http://www.playvid.com/watch/SLGByWfYGcI, http://www.playvid.com/watch/NXvtV552-xz, http://www.playvid.com/watch/DIHes5oMeyW,
http://www.playvid.com/watch/iQlvbteKgvO, http://www.playvid.com/watch/FAGfG2EmAkj, http://www.playvid.com/watch/speQI-jwG3v,
http://www.playvid.com/watch/twcfUAd9Vb2, http://www.playvid.com/watch/IVkOrelmdl7, http://www.playvid.com/watch/GmYvWNzwhtF,
http://www.playvid.com/watch/zqnk7uOVNk5, http://www.playvid.com/watch/vaI3X8kwRgB, http://www.playvid.com/watch/k2pRpDg4EiS,

http://www.playvid.com/watch/NRE9zxVcHob, http://www.playvid.com/watch/64yodks655o, http://www.playvid.com/watch/3QnB0C6tqIT,
http://www.playvid.com/watch/32xJjETpyQ5, http://www.playvid.com/watch/sEcSkOFA2RR, http://www.playvid.com/watch/uJs5WUuMG4F,
http://www.playvid.com/watch/zAyK6mP7fru, http://www.playvid.com/watch/UcDk9KHQZAa, http://www.playvid.com/watch/80GEjVb7t3c,
http://www.playvid.com/watch/dNl0fwDPNi9, http://www.playvid.com/watch/9YFIcI4naed, http://www.playvid.com/watch/XBfVMNIC-6y,
http://www.playvid.com/watch/7J8mgvoodwc, http://www.playvid.com/watch/ZU9FXL235SO, http://www.playvid.com/watch/myXkSPMcmmW,
http://www.playvid.com/watch/nME4D3eXqER, http://www.playvid.com/watch/lYPfS0U6xWq, http://www.playvid.com/watch/chibfDK9JoV,
http://www.playvid.com/watch/xVPzdUgiXaA, http://www.playvid.com/watch/-zB-yD6Fw53, http://www.playvid.com/watch/hTOaIEW4XjL,
http://www.playvid.com/watch/5VRyp-XdSMC, http://www.playvid.com/watch/2ITUYVcrkZ3, http://www.playvid.com/watch/nv85FHWEZvP,
http://www.playvid.com/watch/L2uSyMb3kNo, http://www.playvid.com/watch/w8cqtPiTCLv, http://www.playvid.com/watch/NEsPI7WPam4,
http://www.playvid.com/watch/ee3hSdnWHiB, http://www.playvid.com/watch/V7kPniKm7N9, http://www.playvid.com/watch/7QIIyvzmgqC,
http://www.playvid.com/watch/gJEkVQZowp6, http://www.playvid.com/watch/DXw4vsA4zRC, http://www.playvid.com/watch/zG2-eJwIKiL,
http://www.playvid.com/watch/X8iGx-XtI3h, http://www.playvid.com/watch/vqqfcgD5kx4, http://www.playvid.com/watch/cRiYO8El7cV,
http://www.playvid.com/watch/yvHG6KTIzBA, http://www.playvid.com/watch/vDZ4bDGh3J4, http://www.playvid.com/watch/3Ea0JqrKZYC,
http://www.playvid.com/watch/TfLukcjjzFl, http://www.playvid.com/watch/EOK6bXlvYlF, http://www.playvid.com/watch/93wCHRQxCKo,
http://www.playvid.com/watch/n7U-0YswCEf, http://www.playvid.com/watch/qFsNSCsBxIv, http://www.playvid.com/watch/HuaClhadAWN,
http://www.playvid.com/watch/cQywWm0iyUz, http://www.playvid.com/watch/CjOPTKgirQI, http://www.playvid.com/watch/HAur3eB5UBM,
http://www.playvid.com/watch/cVabJ6Jh0Yg, http://www.playvid.com/watch/bjMpTsEr6O-, http://www.playvid.com/watch/oRUrO3kbCSb,
http://www.playvid.com/watch/BvOX2kaxd0U, http://www.playvid.com/watch/XpBGBptU3E3, http://www.playvid.com/watch/Kq3y3puIeSU,
http://www.playvid.com/watch/2gezvwjibNz, http://www.playvid.com/watch/GbFJtUlvCFm, http://www.playvid.com/watch/rordv4yduX9,
http://www.playvid.com/watch/Do74R3-NClX, http://www.playvid.com/watch/EyhVr54hiuH, http://www.playvid.com/watch/yT26ixLBi0u,
http://www.playvid.com/watch/iSwghsqGYAW, http://www.playvid.com/watch/xfVyXpBUv-f, http://www.playvid.com/watch/A2Lj8iePnYJ,
http://www.playvid.com/watch/i7EZCmHCnc8, http://www.playvid.com/watch/9B4MtX43suj, http://www.playvid.com/watch/n5bVQAkEZc4,
http://www.playvid.com/watch/WxKh5E8pgj2, http://www.playvid.com/watch/4yzFe3xkTQo, http://www.playvid.com/watch/vCaHP334MiQ,
http://www.playvid.com/watch/UB85AQRKTI5, http://www.playvid.com/watch/b0S-wO3WVmC, http://www.playvid.com/watch/s76QFxOPSow,
http://www.playvid.com/watch/mHoLvTRYOPk, http://www.playvid.com/watch/DG4IjZ3Mq4u, http://www.playvid.com/watch/jtk3PrW4kOW,
http://www.playvid.com/watch/CCUOUb8vOZO, http://www.playvid.com/watch/zw9ahS4q7KD, http://www.playvid.com/watch/jHHJzMVmKCp,
http://www.playvid.com/watch/B6kN66Xfgnl, http://www.playvid.com/watch/y7qx3O82fjZ, http://www.playvid.com/watch/aqPepRMDSpf,
http://www.playvid.com/watch/IKG0rA-TocA, http://www.playvid.com/watch/aptmXrZsSb-, http://www.playvid.com/watch/KPQy8tsAE5u,
http://www.playvid.com/watch/refXONrBlx9, http://www.playvid.com/watch/JYewUwZncpA, http://www.playvid.com/watch/s-t-4GNK82H,
http://www.playvid.com/watch/r08g2Oh6NzT, http://www.playvid.com/watch/qRpjH8Ki5AD, http://www.playvid.com/watch/-oFXZUDcj5S,
http://www.playvid.com/watch/hXc2RrXJDbF, http://www.playvid.com/watch/ubF2zpUkGA5, http://www.playvid.com/watch/iWHDV3cBsb8,
http://www.playvid.com/watch/AZdu-HJJLk7, http://www.playvid.com/watch/eoqsUA4RzRa, http://www.playvid.com/watch/TQmjRbAmrR0,
http://www.playvid.com/watch/0XN43mwf3rS, http://www.playvid.com/watch/wNIHh4TLKWr, http://www.playvid.com/watch/PPHOLC3VHt3,
http://www.playvid.com/watch/alspIeJI-M2, http://www.playvid.com/watch/HaCg7lROWch, http://www.playvid.com/watch/3Fuy-iaBbwf,
http://www.playvid.com/watch/nVJNYusMnUS, http://www.playvid.com/watch/UYcT2ZGsIgx, http://www.playvid.com/watch/rtiyijM4WsH,
http://www.playvid.com/watch/D9udMPaaavE, http://www.playvid.com/watch/BnZ9PGOmbCE, http://www.playvid.com/watch/0afDkjm2DI-,
http://www.playvid.com/watch/yDpur-nNZWg, http://www.playvid.com/watch/FLlnptrv2yg, http://www.playvid.com/watch/s9IKXcfQAdX,
http://www.playvid.com/watch/feQGfbSZiSw, http://www.playvid.com/watch/OfouyqYONOP, http://www.playvid.com/watch/wwAcJiOcWyY,
http://www.playvid.com/watch/ueVezip5GGi, http://www.playvid.com/watch/EqhR-oPNwXA, http://www.playvid.com/watch/5qaBwTLvnW3,
http://www.playvid.com/watch/Nn9-n3t6DUi, http://www.playvid.com/watch/Zo3qMdPCfav, http://www.playvid.com/watch/Aarv3HilVMS,
http://www.playvid.com/watch/7lLG0w0H3Im, http://www.playvid.com/watch/inI8g9maWNb, http://www.playvid.com/watch/Elxb8gaVRFx,
http://www.playvid.com/watch/miSraPkJOKL, http://www.playvid.com/watch/9gIZ4eBRvUo, http://www.playvid.com/watch/PIiBxgYVDIH,
http://www.playvid.com/watch/6JRdPZAV0ZH, http://www.playvid.com/watch/EwwhApnDRSj, http://www.playvid.com/watch/25PiIcOhn3k,
http://www.playvid.com/watch/HZ6bMKdC8zd, http://www.playvid.com/watch/iHfSSPYiac9, http://www.playvid.com/watch/TMVTbtLziAY,
http://www.playvid.com/watch/SXfYYxbEwcS, http://www.playvid.com/watch/xwfckYPl4PW, http://www.playvid.com/watch/JbkGHPsTLDN,
http://www.playvid.com/watch/gdimJrj8kq6, http://www.playvid.com/watch/x9AC5NyDsVI, http://www.playvid.com/watch/RTINGJm394u,
http://www.playvid.com/watch/oATMnv0Kt2s, http://www.playvid.com/watch/Ycjc9x8A0w6, http://www.playvid.com/watch/HO47-VTlJXn,
http://www.playvid.com/watch/rrhZ5TFt0Qs, http://www.playvid.com/watch/p3xOpVRwPQb, http://www.playvid.com/watch/rmUvMi6Ll6a,
http://www.playvid.com/watch/dviJybmY4MT, http://www.playvid.com/watch/ojqQScyto0q, http://www.playvid.com/watch/Zvj-99qML46,
http://www.playvid.com/watch/nqz8SWhDmsj, http://www.playvid.com/watch/E-p8J7cXk2k, http://www.playvid.com/watch/vx205hTfmZ-,
http://www.playvid.com/watch/DOw7h78FJgt, http://www.playvid.com/watch/50rfMtoc02o, http://www.playvid.com/watch/dN83FwP0EoK,
http://www.playvid.com/watch/oamzhid6yoH, http://www.playvid.com/watch/STT8QBcfIEJ, http://www.playvid.com/watch/K6sovwyfgUR,
http://www.playvid.com/watch/0t9wtVsISWI, http://www.playvid.com/watch/fpWJafTYTl0, http://www.playvid.com/watch/-mzqTEJiJxB,
http://www.playvid.com/watch/sDIgUXAvFpJ, http://www.playvid.com/watch/sk2xYnCP5EX, http://www.playvid.com/watch/T9CTJ0X8M4g,
http://www.playvid.com/watch/7pM2h7qaCvP, http://www.playvid.com/watch/JhQHio6SZhJ, http://www.playvid.com/watch/o3OjZOV4NLw,
http://www.playvid.com/watch/6nGKepJhEgY, http://www.playvid.com/watch/L7gOEy9gOhk, http://www.playvid.com/watch/FmMC2nQuTjF,
http://www.playvid.com/watch/StWbnJUUnvM, http://www.playvid.com/watch/Nxg0EcWQPNV, http://www.playvid.com/watch/GVwzNyRkQXs,
http://www.playvid.com/watch/eIdU2PAdhwE, http://www.playvid.com/watch/499gE6KR0pL, http://www.playvid.com/watch/TXU34MrAmzC,
http://www.playvid.com/watch/CTAkxmWRGtk, http://www.playvid.com/watch/QeWb4lbFo8U, http://www.playvid.com/watch/98dazdOxaQ2,
http://www.playvid.com/watch/6uVp-VOPGDX, http://www.playvid.com/watch/rF4KE0WdtnX, http://www.playvid.com/watch/YVjKlYLVWQH,
http://www.playvid.com/watch/aP5mul0tGh8, http://www.playvid.com/watch/0CfXwy37DIx, http://www.playvid.com/watch/3hw0KMR8m40,
http://www.playvid.com/watch/gXoPdiIaFab, http://www.playvid.com/watch/q3uzCOOFY8A, http://www.playvid.com/watch/VgWlhyPWLWc,
http://www.playvid.com/watch/OyBP9OOBKIw, http://www.playvid.com/watch/i0-iJuygfHS, http://www.playvid.com/watch/vYUkGSxMvF8,
http://www.playvid.com/watch/XNrXqgNHW2X, http://www.playvid.com/watch/yFV6W3uhshc, http://www.playvid.com/watch/lhDZrRqn5om,
http://www.playvid.com/watch/4tgGfa5UT29, http://www.playvid.com/watch/dmoWTQC5glb, http://www.playvid.com/watch/O-TonkylfMm,
http://www.playvid.com/watch/HDNjnA4o3MI, http://www.playvid.com/watch/iPYjynkXT80, http://www.playvid.com/watch/qUSupeqgLlS,
http://www.playvid.com/watch/mXoh9QcRp8p, http://www.playvid.com/watch/orGiSZVmRUG, http://www.playvid.com/watch/KMsXPqopROn,
http://www.playvid.com/watch/4CANRmZajgW, http://www.playvid.com/watch/pX2VE4WoExF, http://www.playvid.com/watch/PmpPD6TyM4v,
http://www.playvid.com/watch/fyhMTM7Lo3w, http://www.playvid.com/watch/k5xgSihmPvG, http://www.playvid.com/watch/a54Hw9N0kvz,
http://www.playvid.com/watch/BUOyWwEQbkA, http://www.playvid.com/watch/UMBuvgtB2bZ, http://www.playvid.com/watch/Trtug2ymV8W,
http://www.playvid.com/watch/P8XRWSeAdAS, http://www.playvid.com/watch/JefAZZStCbN, http://www.playvid.com/watch/YIpuqiaBEzu,
http://www.playvid.com/watch/DZlu23K3Fg7, http://www.playvid.com/watch/AnWwDDemBbV, http://www.playvid.com/watch/d3DpqFPfYNp,
http://www.playvid.com/watch/9NzfXk6J6Pg, http://www.playvid.com/watch/oLNqS0PMLM4, http://www.playvid.com/watch/izJAuDSHA6y,
http://www.playvid.com/watch/jmpszDckaM3, http://www.playvid.com/watch/43tkllopy5t, http://www.playvid.com/watch/7RTzjiOovrq,
http://www.playvid.com/watch/-H8PnVek4eE, http://www.playvid.com/watch/mww5PNPh3pb, http://www.playvid.com/watch/ryO7g32kzUR,
http://www.playvid.com/watch/wGqQY7ZLfGM, http://www.playvid.com/watch/wlSsd4IXqVb, http://www.playvid.com/watch/2mih6EomX52,
http://www.playvid.com/watch/T6wP-mMg28f, http://www.playvid.com/watch/iFuQX-l7KV3, http://www.playvid.com/watch/zdRWf3LZhkL,
http://www.playvid.com/watch/WezQjHRBS55, http://www.playvid.com/watch/YDVxxPOWYY3, http://www.playvid.com/watch/BQQhaQMEtc6,
http://www.playvid.com/watch/-GRe-fUHuC7, http://www.playvid.com/watch/UTP2pSjx0F2, http://www.playvid.com/watch/ztVqYxtDsH6

5.f. Date of third notice: 2013-12-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: paulsensation
5.b. Uploader's email address: yerelybosso@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/paulsensation
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tegscYc6NZO, http://www.playvid.com/watch/7tBosQDXCIC,
http://www.playvid.com/watch/GPu-4BaMenq, http://www.playvid.com/watch/PLM8fzhC1Td, http://www.playvid.com/watch/eDYoImpxPtZ,
http://www.playvid.com/watch/lo6hGbaPzih, http://www.playvid.com/watch/TPTnVIjRim0, http://www.playvid.com/watch/cDXJ9ZrBcfq,
http://www.playvid.com/watch/63aD_NtHBEH, http://www.playvid.com/watch/nHZ9H0IeKtb, http://www.playvid.com/watch/skvbLUSrfmA,
http://www.playvid.com/watch/Ud2noIQOcWo, http://www.playvid.com/watch/AD12g2TYHCS, http://www.playvid.com/watch/yA6j2hxFhas,
http://www.playvid.com/watch/mXWx2GHgv9L, http://www.playvid.com/watch/XCZl9JHLzO8, http://www.playvid.com/watch/ltQbSY3URgj,
http://www.playvid.com/watch/Zj5XJKsNbjl, http://www.playvid.com/watch/pEChVJqfMXa, http://www.playvid.com/watch/5tGwbFfvqcS,
http://www.playvid.com/watch/WKDz2-cMoCT, http://www.playvid.com/watch/3Ca099AjHsc, http://www.playvid.com/watch/nW_-MqLqGUP,
http://www.playvid.com/watch/D8K0vLu5nCZ, http://www.playvid.com/watch/8Cmmi3gqBZi, http://www.playvid.com/watch/XGEfQrkVXir,
http://www.playvid.com/watch/EQavIv735QR, http://www.playvid.com/watch/0LQFraSzGey, http://www.playvid.com/watch/cItNuoPqs0z,
http://www.playvid.com/watch/ERCqF_Ogvl4, http://www.playvid.com/watch/yX810A-XbuY, http://www.playvid.com/watch/35emZgqOw5L,

http://www.playvid.com/watch/0d9KljztLeO, http://www.playvid.com/watch/xc2h-lHeaTP, http://www.playvid.com/watch/6EwlHG2cGTa,
http://www.playvid.com/watch/aCzv0ODfZ7m, http://www.playvid.com/watch/F4yyfGqamHI, http://www.playvid.com/watch/GooGn65wKmv,
http://www.playvid.com/watch/xo9HHNRrioH, http://www.playvid.com/watch/cVeeQ3N2Srv, http://www.playvid.com/watch/42Ergv_HdKi,
http://www.playvid.com/watch/ViloyDVNNyy, http://www.playvid.com/watch/r-IiY6cbfXP, http://www.playvid.com/watch/cxVekYVUBcU,
http://www.playvid.com/watch/COfFti499Jf, http://www.playvid.com/watch/bSXPBkIUUhT, http://www.playvid.com/watch/uzEAbgGuOW0,
http://www.playvid.com/watch/8nkE8Wv1Sd5, http://www.playvid.com/watch/JpIaHNipKZC, http://www.playvid.com/watch/2mX0hl1Uaab,
http://www.playvid.com/watch/REiuFPjKsrM, http://www.playvid.com/watch/JeNVfEXCDHf, http://www.playvid.com/watch/Bwnp7_0aGbQ,
http://www.playvid.com/watch/fwGSdCNOflD, http://www.playvid.com/watch/d3CpTApJY9D, http://www.playvid.com/watch/Uo_FGDjfnES,
http://www.playvid.com/watch/C0rfgPnSTte, http://www.playvid.com/watch/qmUbzQvK6mi, http://www.playvid.com/watch/PuLVOyA_Fcz,
http://www.playvid.com/watch/aaMSI9qQjoo, http://www.playvid.com/watch/3xM4EARX1Tf, http://www.playvid.com/watch/oN2rublqwc0,
http://www.playvid.com/watch/ofX2OBDH2Zn, http://www.playvid.com/watch/tjn0J0HPBes, http://www.playvid.com/watch/NRkJy9O_ORD,
http://www.playvid.com/watch/S1QdaL82MVr, http://www.playvid.com/watch/mB0-IC65UFU, http://www.playvid.com/watch/tezQ9RfVz8D,
http://www.playvid.com/watch/GB2QuQB95pV, http://www.playvid.com/watch/IKNdz2JFPlZ, http://www.playvid.com/watch/3l3TeH3B4YI,
http://www.playvid.com/watch/rJlYQlWCb7l, http://www.playvid.com/watch/D3NIehIN1-L, http://www.playvid.com/watch/4kQA5GyO-Aw,
http://www.playvid.com/watch/MutMelyECnU, http://www.playvid.com/watch/dOGCZoPYjU0, http://www.playvid.com/watch/R1tyt0pkFk2,
http://www.playvid.com/watch/hnhoq4hJ10u, http://www.playvid.com/watch/CC0_GLGE6M6, http://www.playvid.com/watch/hMvw5mNekch,
http://www.playvid.com/watch/XUHBVDk4bLG, http://www.playvid.com/watch/m_h3OgSETFW, http://www.playvid.com/watch/U_jh93lr-bA,
http://www.playvid.com/watch/2rdjOJ-gfSO, http://www.playvid.com/watch/2sOW4x1Ljzr, http://www.playvid.com/watch/4sgxZTi3Hzo,
http://www.playvid.com/watch/eCXPoNGAMo4, http://www.playvid.com/watch/5cAlgeUHZjg, http://www.playvid.com/watch/hdg3HhhiZkl,
http://www.playvid.com/watch/FflESxL_Xqc, http://www.playvid.com/watch/vgPIp5Z6--p, http://www.playvid.com/watch/af5EwZoK_cE,
http://www.playvid.com/watch/pUMpCfs-0cf, http://www.playvid.com/watch/7UH5FDh-Afi, http://www.playvid.com/watch/xahicarGZOQ,
http://www.playvid.com/watch/88MdRE1y3u2, http://www.playvid.com/watch/G4ADgN6DnI4, http://www.playvid.com/watch/0NVlbrMtGib,
http://www.playvid.com/watch/bGDBY9wNs63, http://www.playvid.com/watch/P9zOR162SrH, http://www.playvid.com/watch/Pr887UraxIb,
http://www.playvid.com/watch/Wxe9WKdvCaW, http://www.playvid.com/watch/HlDJbZzr5Di, http://www.playvid.com/watch/uknUOCrPJUw,
http://www.playvid.com/watch/t75rDo2XcGo, http://www.playvid.com/watch/J0-_GZGHXFO, http://www.playvid.com/watch/z4bjYemApPi,
http://www.playvid.com/watch/2kEbmGXJZ8i, http://www.playvid.com/watch/bqJgSg7Gmsw, http://www.playvid.com/watch/n4IYJdCA_Ky,
http://www.playvid.com/watch/z3Wdhy8oEZO, http://www.playvid.com/watch/RnAEFbs9tZM, http://www.playvid.com/watch/7TipDxKfb-j,
http://www.playvid.com/watch/QD2lIMp7ns5, http://www.playvid.com/watch/BrGrAnTAPkY, http://www.playvid.com/watch/iH_UCGyq6nS,
http://www.playvid.com/watch/FQeJaCDwQZd, http://www.playvid.com/watch/T9Uv9p9MItw, http://www.playvid.com/watch/VhwfSGkUlLM,
http://www.playvid.com/watch/x1B8fRJLIku, http://www.playvid.com/watch/qR76LzVUtzg, http://www.playvid.com/watch/ud7sCFCibHn,
http://www.playvid.com/watch/SvEbWYPtMVv, http://www.playvid.com/watch/rFMwwFIOBw8, http://www.playvid.com/watch/fLN44k2erex,
http://www.playvid.com/watch/av9BUthGbk7, http://www.playvid.com/watch/XYz6Ko5lBth, http://www.playvid.com/watch/rBDDSXmeo-0,
http://www.playvid.com/watch/FbCOTxKJfbv, http://www.playvid.com/watch/Fo7xnQhiQcP, http://www.playvid.com/watch/uBmA765IQx0,
http://www.playvid.com/watch/b5A7-H3n8FZ, http://www.playvid.com/watch/DzhnlsgpxVW, http://www.playvid.com/watch/aoyOMX5x3hK,
http://www.playvid.com/watch/6CZFToTIim9, http://www.playvid.com/watch/NALQBIEjQ_j, http://www.playvid.com/watch/yp5h6mjHLYd,
http://www.playvid.com/watch/MjYVB77sbcl, http://www.playvid.com/watch/OhY8Uk1xvVK, http://www.playvid.com/watch/ZAHKkOmPfGe,
http://www.playvid.com/watch/Oos2hf1ZTsf, http://www.playvid.com/watch/O1BjuQ4aRJv, http://www.playvid.com/watch/5XHJ-ETeP70,
http://www.playvid.com/watch/gcYMJ-fontH, http://www.playvid.com/watch/BNddLttRMVO, http://www.playvid.com/watch/zpBH7osdRGw,
http://www.playvid.com/watch/tnHoYFlE8d3, http://www.playvid.com/watch/tNA7xZKlN_j, http://www.playvid.com/watch/lR6_Yn6m3sg,
http://www.playvid.com/watch/BTSAHj2hxCe, http://www.playvid.com/watch/08gy3okFuHK, http://www.playvid.com/watch/eYOd0hYN_g4,
http://www.playvid.com/watch/IuXJs2X4BMj, http://www.playvid.com/watch/mR1_XSf7_pg, http://www.playvid.com/watch/hKeJ01ExvGo,
http://www.playvid.com/watch/rs38c9cVl_S, http://www.playvid.com/watch/ONcA69M54YN, http://www.playvid.com/watch/lz99-XJ9RJj,
http://www.playvid.com/watch/LzR-IXyrSGL, http://www.playvid.com/watch/ibDtA8mOfME, http://www.playvid.com/watch/UZWzf3O8_Iw,
http://www.playvid.com/watch/TDaa-10-BLy, http://www.playvid.com/watch/vaaiNrC_TP3, http://www.playvid.com/watch/H0erMpbywpK,
http://www.playvid.com/watch/UuvmuoNPbP7, http://www.playvid.com/watch/I7wpHehP8jF, http://www.playvid.com/watch/BnP-6lSjoOR,
http://www.playvid.com/watch/c8uS5WvckqM, http://www.playvid.com/watch/b_AB81mOAD9, http://www.playvid.com/watch/zdFDNTlMw6z,
http://www.playvid.com/watch/AJgEYRf5a-o, http://www.playvid.com/watch/ieE2NqJkf8h, http://www.playvid.com/watch/Ua8JB8c4veQ,
http://www.playvid.com/watch/V6SpiFfAxvv, http://www.playvid.com/watch/6U7nyQEocob, http://www.playvid.com/watch/CS28qSpGtsi,
http://www.playvid.com/watch/MTdndDevu2t, http://www.playvid.com/watch/cwqD4ojom0h, http://www.playvid.com/watch/aH06SOFtMCx,
http://www.playvid.com/watch/BoKiCdU4CNL, http://www.playvid.com/watch/6bGSzlrtIxa, http://www.playvid.com/watch/qav3vZKMOnG,
http://www.playvid.com/watch/jLdKxO7viDi, http://www.playvid.com/watch/cRCf9OtyRiW, http://www.playvid.com/watch/q4Y5btwEQ9T,
http://www.playvid.com/watch/LNbEVWtAT8L, http://www.playvid.com/watch/5TYNP6o3JkJ, http://www.playvid.com/watch/67HrgTu1m6s,
http://www.playvid.com/watch/00bv_vIznmX, http://www.playvid.com/watch/HjnrBzTtjQt, http://www.playvid.com/watch/HOxtT4L0TfC,
http://www.playvid.com/watch/lsNRbb6CBva, http://www.playvid.com/watch/OcNXM65rGKv, http://www.playvid.com/watch/q2zyuSckNh8,
http://www.playvid.com/watch/IiioqtVFFJR, http://www.playvid.com/watch/d1t3lB8gSl3, http://www.playvid.com/watch/KxEWPdYLbqx,
http://www.playvid.com/watch/Y-kZQR0EqXB, http://www.playvid.com/watch/JAXk6YLloxg, http://www.playvid.com/watch/e4q5VPNmtSh,
http://www.playvid.com/watch/Kl6fPB-av9H, http://www.playvid.com/watch/GfzLrmztGJv, http://www.playvid.com/watch/pL8SPeCwMei,
http://www.playvid.com/watch/k7OpC5GWwjR, http://www.playvid.com/watch/xz7ynxDrn_s, http://www.playvid.com/watch/DStmoQruD7R,
http://www.playvid.com/watch/wfXTopQF907, http://www.playvid.com/watch/xI5KKUjWv7Z, http://www.playvid.com/watch/RGCKEMllFHq,
http://www.playvid.com/watch/OzUJ29xlTXB, http://www.playvid.com/watch/tWnzzD0I2ZQ, http://www.playvid.com/watch/4q2cBRErQJ6,
http://www.playvid.com/watch/DedVnez0TXA, http://www.playvid.com/watch/S6ROvBYu2wK, http://www.playvid.com/watch/mCOgKVhuL88,
http://www.playvid.com/watch/O8ZIyJVUtT3, http://www.playvid.com/watch/xOzUl9ztT3s, http://www.playvid.com/watch/L0FHTI1w2Eb,
http://www.playvid.com/watch/rGpPgKBXDpX, http://www.playvid.com/watch/fDxmOCrP2Vs, http://www.playvid.com/watch/swH9wpVJ0Pa,
http://www.playvid.com/watch/5_L0TVZ-ZQP, http://www.playvid.com/watch/StC0dTRc-fq, http://www.playvid.com/watch/BD8FY4Tb8aw,
http://www.playvid.com/watch/Wg9l1ERpRYY, http://www.playvid.com/watch/UQ_b9aLYpZS, http://www.playvid.com/watch/E6poKE4XLg4,
http://www.playvid.com/watch/9sxjU0orMkO, http://www.playvid.com/watch/Vam732xDH6K, http://www.playvid.com/watch/mIGQ1gQs_mJ,
http://www.playvid.com/watch/wZHcg_wZMnG, http://www.playvid.com/watch/ZGJKaV_g6TZ, http://www.playvid.com/watch/OAtGFDvPw6H,
http://www.playvid.com/watch/sd85Bkt7SGy, http://www.playvid.com/watch/u5V6bJ8yvAW, http://www.playvid.com/watch/0KMS03UlGwX,
http://www.playvid.com/watch/YjC6Im14Jyh, http://www.playvid.com/watch/y0snHfAb2TZ, http://www.playvid.com/watch/zhuZiNDlHV9,
http://www.playvid.com/watch/YfZ11eG_Jpb, http://www.playvid.com/watch/poV1z5vjWKG, http://www.playvid.com/watch/jmD3z_KqfwN,
http://www.playvid.com/watch/O0GekHDdu63, http://www.playvid.com/watch/9KWF7O5mpxc, http://www.playvid.com/watch/Gd1H0YYpZXv,
http://www.playvid.com/watch/pX0f8oSRrGA, http://www.playvid.com/watch/BUCZnFSDpuA, http://www.playvid.com/watch/Xey2H8UyNnt,
http://www.playvid.com/watch/LfZM5sV49pC, http://www.playvid.com/watch/xYLXCGLukGd, http://www.playvid.com/watch/cZpgbTjEs3e,
http://www.playvid.com/watch/Wv3xSg_NJKe, http://www.playvid.com/watch/VQ1PKDFcWCm, http://www.playvid.com/watch/ja98cA78ICy,
http://www.playvid.com/watch/vr0Xpvhs5EX, http://www.playvid.com/watch/RbWI_xH_5Lx, http://www.playvid.com/watch/JWPqbN6gW73,
http://www.playvid.com/watch/qBYgPJBcHBr, http://www.playvid.com/watch/5_pVufJE7lr, http://www.playvid.com/watch/PWhPqStLn6n,
http://www.playvid.com/watch/7RU--3fC3hX, http://www.playvid.com/watch/hWMBm6N-Gwi, http://www.playvid.com/watch/CMglLKlYL3I,
http://www.playvid.com/watch/kELeRUaWBz6, http://www.playvid.com/watch/aFZ2QqJYRvG, http://www.playvid.com/watch/dArIPk4yorl,
http://www.playvid.com/watch/udMIp0dW-7K, http://www.playvid.com/watch/e4636RNRiV7, http://www.playvid.com/watch/8NWsVCEsItN,
http://www.playvid.com/watch/5C2YytShr9g, http://www.playvid.com/watch/sA1Ik_amse2, http://www.playvid.com/watch/B_8lM2SSz_B,
http://www.playvid.com/watch/0hPEDznf9dK, http://www.playvid.com/watch/rSlQ_BOMiKK, http://www.playvid.com/watch/sRCxRcI7jhX,
http://www.playvid.com/watch/9bEzz3zZzDa, http://www.playvid.com/watch/SEYrR2c36HH, http://www.playvid.com/watch/72pHqOEmO0I,
http://www.playvid.com/watch/0ae-5_3WRSp, http://www.playvid.com/watch/atzK1lUhTs9, http://www.playvid.com/watch/yOvApCeL2jd,
http://www.playvid.com/watch/QcFB8PI_5ta, http://www.playvid.com/watch/evLlsRX53UJ, http://www.playvid.com/watch/BNZnpHV0yib,
http://www.playvid.com/watch/AUihZoAOmdO, http://www.playvid.com/watch/K5Ofsl741k6, http://www.playvid.com/watch/HNyy-E0r9Md,
http://www.playvid.com/watch/tZx94Cz4Z54, http://www.playvid.com/watch/l7esjGVRxDv, http://www.playvid.com/watch/k8MQMZpuH0N,
http://www.playvid.com/watch/VHX_Nw7lNvg, http://www.playvid.com/watch/0rxP_SSrCXR, http://www.playvid.com/watch/iScCBBxdx13,
http://www.playvid.com/watch/GXlEOrt2s66, http://www.playvid.com/watch/A5PCiS6siVC, http://www.playvid.com/watch/a_HLqC5_qGv,
http://www.playvid.com/watch/hjmNaGdRPaR, http://www.playvid.com/watch/MWMYytiuyuq, http://www.playvid.com/watch/0Fb0sWVxIxY,
http://www.playvid.com/watch/d76N6x9S3FZ, http://www.playvid.com/watch/mgj5T3UhJz0, http://www.playvid.com/watch/xqsd5gnNG8H,
http://www.playvid.com/watch/q5ZuGuTmxJT, http://www.playvid.com/watch/5XEeFPYlSWs, http://www.playvid.com/watch/kzAWERjMKLH,
http://www.playvid.com/watch/qPnP9AgryAV, http://www.playvid.com/watch/kDBHFcfOwMD, http://www.playvid.com/watch/lqSvXiLLFlL,
http://www.playvid.com/watch/NeNQmo5hUhL, http://www.playvid.com/watch/pFHaAbG_0Bg, http://www.playvid.com/watch/3etUjDfjRPK,
http://www.playvid.com/watch/E_SX0y4G3Pu, http://www.playvid.com/watch/Mfwtc904fQu, http://www.playvid.com/watch/kgWw4HWAQ2f,
http://www.playvid.com/watch/G7diFzsBKcY, http://www.playvid.com/watch/EfE22HodPvt, http://www.playvid.com/watch/lpkUd08Z55m,
http://www.playvid.com/watch/PWXFYbX1Tyc, http://www.playvid.com/watch/Jp4b7MW1Ich, http://www.playvid.com/watch/t6fe0rSF29V,

http://www.playvid.com/watch/xmmP42xXce5, http://www.playvid.com/watch/ZczOhXTPnT8, http://www.playvid.com/watch/NuNNHCHC3Y8, http://www.playvid.com/watch/JJcw-No5l4U, http://www.playvid.com/watch/WfDfpe_iP7W, http://www.playvid.com/watch/icp0yFEwpP9, http://www.playvid.com/watch/MG0jcredoJc, http://www.playvid.com/watch/lk-3Ebqxknm, http://www.playvid.com/watch/O1ppOBGb_wP, http://www.playvid.com/watch/C2vESsEET2o, http://www.playvid.com/watch/j5IhckgItyE, http://www.playvid.com/watch/uy0QkE6cDdC, http://www.playvid.com/watch/SxfutAJwi4N, http://www.playvid.com/watch/rkGcUna9C3c, http://www.playvid.com/watch/OVUxtohM1He, http://www.playvid.com/watch/9zsym24UsGu, http://www.playvid.com/watch/cGB0YiyUthE, http://www.playvid.com/watch/qimcH8iwvzq, http://www.playvid.com/watch/zvZC8JiOFUG, http://www.playvid.com/watch/otvw5cSkHG8, http://www.playvid.com/watch/tLSXnhkJR-B, http://www.playvid.com/watch/fh1le8O2ttu, http://www.playvid.com/watch/pNJViVKodtO, http://www.playvid.com/watch/m4-EH2V4nGn, http://www.playvid.com/watch/7YlBBi_EtYN, http://www.playvid.com/watch/ugdNihtaWTd, http://www.playvid.com/watch/CGsIo9am1Ij, http://www.playvid.com/watch/ejEd4Mbvkdi, http://www.playvid.com/watch/dPtf7hdalLV, http://www.playvid.com/watch/6XZeolvUzW5, http://www.playvid.com/watch/NlIGOaVzaWg, http://www.playvid.com/watch/vsSOTAgPYxf, http://www.playvid.com/watch/IR7yQ0mFgCc, http://www.playvid.com/watch/fNGA--gObHZ, http://www.playvid.com/watch/lUHuAXGZoS9, http://www.playvid.com/watch/WxcJpv1_3dR, http://www.playvid.com/watch/DPXA8ZE2M2t, http://www.playvid.com/watch/kh3HK-G0-0z, http://www.playvid.com/watch/RyPARQ8vFri, http://www.playvid.com/watch/USOxT6N3kVG, http://www.playvid.com/watch/cWVddh3KdTn, http://www.playvid.com/watch/GHDkNKZLeHE, http://www.playvid.com/watch/gsEbbgc6bBJ, http://www.playvid.com/watch/TF31EcOpogm, http://www.playvid.com/watch/sxvUfPsQXGD, http://www.playvid.com/watch/icVZ7qzbKL5, http://www.playvid.com/watch/jHc4fqBGznI, http://www.playvid.com/watch/EirXS7_2b5B, http://www.playvid.com/watch/ekTXxirNUO6, http://www.playvid.com/watch/CarKbrFZ8hB, http://www.playvid.com/watch/mEgSRQSDapw, http://www.playvid.com/watch/sOaSFZOKgjc, http://www.playvid.com/watch/qXHQ22rCds8, http://www.playvid.com/watch/7ZenSgaYG6G, http://www.playvid.com/watch/ZesxfOU1TOr, http://www.playvid.com/watch/SSgG8RuU0KF, http://www.playvid.com/watch/C40H1RPRK-r, http://www.playvid.com/watch/lFxqVpn5vHC, http://www.playvid.com/watch/COmd5xKyhJQ, http://www.playvid.com/watch/bdodLCZuicA, http://www.playvid.com/watch/wcFz2vhRgaf, http://www.playvid.com/watch/A3w6qL32yCb, http://www.playvid.com/watch/ZQ5KZjA6J1W, http://www.playvid.com/watch/pvU3IAp532D, http://www.playvid.com/watch/iL8ejqg3N28, http://www.playvid.com/watch/FVJkRftz0cW, http://www.playvid.com/watch/PTM1HHVvogT, http://www.playvid.com/watch/TQnKdiryjmA, http://www.playvid.com/watch/d7u1gO_EcQV, http://www.playvid.com/watch/RSDSyhP0mKM, http://www.playvid.com/watch/U1NjLeSMRdU, http://www.playvid.com/watch/XHPr5-PIUJw, http://www.playvid.com/watch/POYCFuNADL4, http://www.playvid.com/watch/riIrKXy-8Kz, http://www.playvid.com/watch/MO9ZuOKxm0M, http://www.playvid.com/watch/gS7bsLQVKKz, http://www.playvid.com/watch/usDWSTJfnlT, http://www.playvid.com/watch/FM7n-KdZzt2, http://www.playvid.com/watch/xHWsWvMzgCR, http://www.playvid.com/watch/MfPBcW4JhjE, http://www.playvid.com/watch/J1kK-Vvm8B8, http://www.playvid.com/watch/xs96UgznkZ7, http://www.playvid.com/watch/wEagmoVmxA8, http://www.playvid.com/watch/V6ioLargsFH, http://www.playvid.com/watch/XsoecgGRWaN, http://www.playvid.com/watch/Swmj7Q_3JtL, http://www.playvid.com/watch/rv8Fwh4T42c, http://www.playvid.com/watch/Yd9Q10iyLCk, http://www.playvid.com/watch/U247T9V_FWF, http://www.playvid.com/watch/hYXrVz6W8fc, http://www.playvid.com/watch/alNju2wa9zA, http://www.playvid.com/watch/l8FkOAEkkmP, http://www.playvid.com/watch/dtApgGh6WFm, http://www.playvid.com/watch/j5jdft9wxEy, http://www.playvid.com/watch/8oHw0Owseay, http://www.playvid.com/watch/28SZeEjiML8, http://www.playvid.com/watch/tcw-fAufKJx, http://www.playvid.com/watch/GdIhi-XVhLO, http://www.playvid.com/watch/51cy6YP6TJk, http://www.playvid.com/watch/RJfXpIvT3nn, http://www.playvid.com/watch/N7KgXKYl4nC, http://www.playvid.com/watch/4_SgEbjI_IF, http://www.playvid.com/watch/MyIbQFTp8M5, http://www.playvid.com/watch/kpsodk-hYFT, http://www.playvid.com/watch/vNaengJnpof, http://www.playvid.com/watch/IKR7U4K-a_n, http://www.playvid.com/watch/PARm9Lx1GB8, http://www.playvid.com/watch/ZwTro1bQBbe, http://www.playvid.com/watch/9ozmf6EdDJ7, http://www.playvid.com/watch/b0aCY81xRu7, http://www.playvid.com/watch/6P7Gh5orSvT, http://www.playvid.com/watch/Oos3hA2mO_0, http://www.playvid.com/watch/4Hcg2Ipkbz3, http://www.playvid.com/watch/ieodPgmBPHT, http://www.playvid.com/watch/Y_EBvS646Rg, http://www.playvid.com/watch/KDJVyKh5pbF, http://www.playvid.com/watch/BIyDjg_FZEB, http://www.playvid.com/watch/WtYTRP_X4nN, http://www.playvid.com/watch/Rln67xgt6D8, http://www.playvid.com/watch/mUULsfbkjsq, http://www.playvid.com/watch/JfHUME9zq1l, http://www.playvid.com/watch/VLu6QSmt4E4, http://www.playvid.com/watch/6OCS27yxvBS, http://www.playvid.com/watch/9Q3pozBtXjc, http://www.playvid.com/watch/yiF98lB3q0C, http://www.playvid.com/watch/Egcddg5dA0Y, http://www.playvid.com/watch/R2CJlpH-4qp, http://www.playvid.com/watch/c4U29MfE2do, http://www.playvid.com/watch/c9vGwy58h7b, http://www.playvid.com/watch/v3mgP5K7f8Q, http://www.playvid.com/watch/tiuR26gw3T2, http://www.playvid.com/watch/DXibfMV5qY4, http://www.playvid.com/watch/IEGTakuQcF5, http://www.playvid.com/watch/PwFpKUIeY9B, http://www.playvid.com/watch/UeVaM-mEARC, http://www.playvid.com/watch/5p8uy61zKvw, http://www.playvid.com/watch/EoRjCUzy1dD, http://www.playvid.com/watch/HpDcVY-A0FU, http://www.playvid.com/watch/Kqq80IQvVh8, http://www.playvid.com/watch/zMlLQ5XMgZu, http://www.playvid.com/watch/yoe3TyrB1W0, http://www.playvid.com/watch/SgN2COpXQBO, http://www.playvid.com/watch/0qCcn3xSc0V, http://www.playvid.com/watch/Ob86T_vdyI3, http://www.playvid.com/watch/CVXQAXXtSij, http://www.playvid.com/watch/pWQloqvC5fH, http://www.playvid.com/watch/BfaRxufJbPU, http://www.playvid.com/watch/bZISebUbWri, http://www.playvid.com/watch/UZ3CUBrlOZ4, http://www.playvid.com/watch/X5u66-VLp8z, http://www.playvid.com/watch/e_bt4TfMUq9, http://www.playvid.com/watch/iBJ2sxS2oqq, http://www.playvid.com/watch/WFQ_vCBV4WI, http://www.playvid.com/watch/R3dBbodT-ey, http://www.playvid.com/watch/nW8Y-zWh6rG, http://www.playvid.com/watch/zPrMMNmIzi8, http://www.playvid.com/watch/GkvFSOvncVZ, http://www.playvid.com/watch/y0ChgvpYpsB, http://www.playvid.com/watch/7ftoMFum85i, http://www.playvid.com/watch/HLNrIs7rXd2, http://www.playvid.com/watch/JoEFQwcJIlz, http://www.playvid.com/watch/BcVBqapcfWb, http://www.playvid.com/watch/VF7lTxgao09, http://www.playvid.com/watch/d8vdcbiu0Rb, http://www.playvid.com/watch/0J-jw5ZuIIw, http://www.playvid.com/watch/qVO1wI2RXGS
5.f. Date of third notice: 2015-07-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pazzle
5.b. Uploader's email address: roymakler@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pazzle
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5tqqiYUcNL7, http://www.playvid.com/watch/uxJ5Q7SJ36P, http://www.playvid.com/watch/Uoj7vpxE22f, http://www.playvid.com/watch/-JoFS54vzPm, http://www.playvid.com/watch/Edkk2BSviZB, http://www.playvid.com/watch/B9HPvDqir9O, http://www.playvid.com/watch/UqRxTlaRsY6, http://www.playvid.com/watch/VrZk08JPA3P, http://www.playvid.com/watch/TPU4fYJdgLX, http://www.playvid.com/watch/NJnDVBkqXzv, http://www.playvid.com/watch/gkUuIFMIN2j, http://www.playvid.com/watch/ssbApy9nOpe, http://www.playvid.com/watch/YkzW2dorpFH, http://www.playvid.com/watch/-E8xzqLKJyn, http://www.playvid.com/watch/qb0IkDxHfMT, http://www.playvid.com/watch/tUAtR-pDwR5, http://www.playvid.com/watch/PgcrHR24E8N, http://www.playvid.com/watch/Y74TW38eGFl, http://www.playvid.com/watch/H5VdjHInkAd, http://www.playvid.com/watch/mTHlsVnXJNP, http://www.playvid.com/watch/cuBbtxc8h0t, http://www.playvid.com/watch/JnuziKeElde, http://www.playvid.com/watch/kwx-u-NAD4z, http://www.playvid.com/watch/A-mBAK9zEC0, http://www.playvid.com/watch/fKjnbLGDTsj, http://www.playvid.com/watch/SnaKXqLL3By, http://www.playvid.com/watch/doGXs4dGtuf, http://www.playvid.com/watch/bXaE7nSUzkx, http://www.playvid.com/watch/xIByC3YrS2m, http://www.playvid.com/watch/xh3Q8fYk-7O, http://www.playvid.com/watch/NowyVASuem2, http://www.playvid.com/watch/JSOAPs48Odf, http://www.playvid.com/watch/tlhZYZF0A39, http://www.playvid.com/watch/zFruZjjJiOQ, http://www.playvid.com/watch/uBxryaiWM4f, http://www.playvid.com/watch/uBWS3eD3ziY, http://www.playvid.com/watch/FKoriJfWYVj, http://www.playvid.com/watch/kZuLh3B2id9, http://www.playvid.com/watch/KIeQ6W5uhvf, http://www.playvid.com/watch/aFHUbWj6e4h, http://www.playvid.com/watch/p5Y6pIITv49, http://www.playvid.com/watch/6YM72BgHTlt, http://www.playvid.com/watch/iQvC2CLcIO2, http://www.playvid.com/watch/C577XGXImOA, http://www.playvid.com/watch/TigY0NPnmTD, http://www.playvid.com/watch/p9lxS3v9ROI, http://www.playvid.com/watch/s4RxeJZpi8h, http://www.playvid.com/watch/6Tvs92LeER8, http://www.playvid.com/watch/7wSBhobdCpu, http://www.playvid.com/watch/ETJgHAx24YT, http://www.playvid.com/watch/-IKRwasmGU5, http://www.playvid.com/watch/vWE8u6FkW4H, http://www.playvid.com/watch/DtwhpsshcCn, http://www.playvid.com/watch/nqitIBh8nQ3, http://www.playvid.com/watch/f5dGRRsoE64, http://www.playvid.com/watch/EqyPH9yWZY5, http://www.playvid.com/watch/3bpC5fiF8Lg, http://www.playvid.com/watch/KYfrwKzIhnL, http://www.playvid.com/watch/D9fVbnW6wba, http://www.playvid.com/watch/-aYNb8Y9SIk, http://www.playvid.com/watch/yENbHyGBNYv, http://www.playvid.com/watch/rNlBQeVTVnz, http://www.playvid.com/watch/LtgDVSsbn4I, http://www.playvid.com/watch/aSk9tzo4JDH, http://www.playvid.com/watch/wBlfvF95JCY, http://www.playvid.com/watch/hTuQzFKaloi, http://www.playvid.com/watch/V77QhykGB6O, http://www.playvid.com/watch/fgM-rhSRXR0, http://www.playvid.com/watch/3iQBCsmJlOt, http://www.playvid.com/watch/rvaCzLVYHqn, http://www.playvid.com/watch/QMd2NANrn7U, http://www.playvid.com/watch/CG-woEIfuH5, http://www.playvid.com/watch/PgxmyQDaiFx, http://www.playvid.com/watch/ruYZIkOMzy-, http://www.playvid.com/watch/CXy9mA6MNxL, http://www.playvid.com/watch/AMlyQ0EutpI, http://www.playvid.com/watch/SfyFz0lHKgK, http://www.playvid.com/watch/L9oLIQn5RB8, http://www.playvid.com/watch/4xGw2k95-Vy, http://www.playvid.com/watch/0mEX7vdmupJ, http://www.playvid.com/watch/aTnS09Ep0jG, http://www.playvid.com/watch/TIOLC9VnxMZ, http://www.playvid.com/watch/OhCaBxnyXhI, http://www.playvid.com/watch/6wbFpAHaR8g, http://www.playvid.com/watch/ch5bZJJKgVT, http://www.playvid.com/watch/-zcyyrvTvOB, http://www.playvid.com/watch/WmS6Y95ijxP, http://www.playvid.com/watch/i-TFcIUw7sq, http://www.playvid.com/watch/Ae40yUk-iEo, http://www.playvid.com/watch/5GbEgBhoyMY, http://www.playvid.com/watch/7FwqReNQYUr, http://www.playvid.com/watch/9-A9Ygbo7s2, http://www.playvid.com/watch/4U7Y4yfGJHm, http://www.playvid.com/watch/5RWt8J3IDM4, http://www.playvid.com/watch/Sp6Ga4yaIJJ, http://www.playvid.com/watch/tqtyMJDvlCQ, http://www.playvid.com/watch/zbebFITNE4d, http://www.playvid.com/watch/zyL4LMVPQa6, http://www.playvid.com/watch/B9DGRMlRWpR, http://www.playvid.com/watch/rAr7MOX5Q0q, http://www.playvid.com/watch/VZYsb7GiBFO,

http://www.playvid.com/watch/HBchxOBEhmm, http://www.playvid.com/watch/BT6vhCS9NQ4, http://www.playvid.com/watch/PI7jGb6IpRE,
http://www.playvid.com/watch/aez6488zZj3, http://www.playvid.com/watch/y3H7qA3Qbr3, http://www.playvid.com/watch/I3SzU-gAwKv,
http://www.playvid.com/watch/3Pql7VzOwDG, http://www.playvid.com/watch/lrIk8xqABDx, http://www.playvid.com/watch/bBATA7VKxj2,
http://www.playvid.com/watch/Jof8f3Z8-jW, http://www.playvid.com/watch/Horx28LeQea, http://www.playvid.com/watch/6zWX2yZzcQs,
http://www.playvid.com/watch/3JhVBhcs9c6, http://www.playvid.com/watch/IQ0D0AJNzs2, http://www.playvid.com/watch/W0i56UEKWtT,
http://www.playvid.com/watch/GepRAbwityc, http://www.playvid.com/watch/Pk2I-Jxuzsc, http://www.playvid.com/watch/jhmaJifoeP5,
http://www.playvid.com/watch/urg-Nxse0sJ, http://www.playvid.com/watch/o8JCpJkhXOY, http://www.playvid.com/watch/iPiir-x6D7G,
http://www.playvid.com/watch/-xnUaPcqSjL, http://www.playvid.com/watch/tdXQQyAA62p, http://www.playvid.com/watch/Y09hMtaa4Md,
http://www.playvid.com/watch/2TLWID6f8OG, http://www.playvid.com/watch/WqxRa3rWlbL, http://www.playvid.com/watch/FXOMvlr4ity,
http://www.playvid.com/watch/Qn0QpNcDiyY, http://www.playvid.com/watch/mo-EM2wWSy4, http://www.playvid.com/watch/rM5Reffuew2,
http://www.playvid.com/watch/Sk8lnLxiUQY, http://www.playvid.com/watch/kbBS8HmTzuP, http://www.playvid.com/watch/iyHuus0KdbT,
http://www.playvid.com/watch/h3Uj-zkyrXz, http://www.playvid.com/watch/fFiM3Shsy5F, http://www.playvid.com/watch/zJkzxOFj7n8,
http://www.playvid.com/watch/XW8DPM8l5-U, http://www.playvid.com/watch/HLzatKswwKl, http://www.playvid.com/watch/WxOfEwk088V,
http://www.playvid.com/watch/4GcWnN2KzX9, http://www.playvid.com/watch/5RmIB875o0p, http://www.playvid.com/watch/mZPtRCtCU2L,
http://www.playvid.com/watch/LiA2T9Yj3cv, http://www.playvid.com/watch/monNoEsNuQh, http://www.playvid.com/watch/2A8LRVXtEZC,
http://www.playvid.com/watch/2XE9zP6PnWt, http://www.playvid.com/watch/vSitcX9wIXO, http://www.playvid.com/watch/a-n2RYxLYe2,
http://www.playvid.com/watch/b-bwTXNlBXx, http://www.playvid.com/watch/oBdNSW0M-ou, http://www.playvid.com/watch/4pzBaTFLdxu,
http://www.playvid.com/watch/ra8aGb4nzrR, http://www.playvid.com/watch/4AstB9DNuqb, http://www.playvid.com/watch/tXDRJG5RH7v,
http://www.playvid.com/watch/b4g3Yb89kGH, http://www.playvid.com/watch/Eoc7m87CsCQ, http://www.playvid.com/watch/sVNlP6oSevx,
http://www.playvid.com/watch/UvylDkVoloM, http://www.playvid.com/watch/5v3Jw3IZXwd, http://www.playvid.com/watch/uF3Qd8dR5Lc,
http://www.playvid.com/watch/lEtoA2kRogk, http://www.playvid.com/watch/V4Qjo0UBPAU, http://www.playvid.com/watch/luZX8isuA8j,
http://www.playvid.com/watch/B3HGk7rBrFy, http://www.playvid.com/watch/PP8QMaZpIj-, http://www.playvid.com/watch/c039uHEWBSr,
http://www.playvid.com/watch/hieolZqkc5T, http://www.playvid.com/watch/WXgHIE5PEjV, http://www.playvid.com/watch/0LutyAYW8Zv,
http://www.playvid.com/watch/xfrNOqjBleS, http://www.playvid.com/watch/gOQFkczSvR8, http://www.playvid.com/watch/UBAErFrfmYF,
http://www.playvid.com/watch/mDu7icPoX38, http://www.playvid.com/watch/YgxTw8YhAUO, http://www.playvid.com/watch/s5V4cn33DXg,
http://www.playvid.com/watch/dVsc8oEQ7qO, http://www.playvid.com/watch/ZhgKeULZK9m, http://www.playvid.com/watch/VJJJIA285zs,
http://www.playvid.com/watch/hCZhna9WeP7, http://www.playvid.com/watch/V-62hdzWiwL, http://www.playvid.com/watch/sgpfpyL59XG,
http://www.playvid.com/watch/m7RCBYkiXep, http://www.playvid.com/watch/llspKkfIs3M, http://www.playvid.com/watch/oIAWT8jE895,
http://www.playvid.com/watch/6ofx6QrFnQ7, http://www.playvid.com/watch/55Ej6csfkwl, http://www.playvid.com/watch/azhERaPS2zN,
http://www.playvid.com/watch/tq8flCic5km, http://www.playvid.com/watch/bBtPnUeyCA2, http://www.playvid.com/watch/SMrtV9Sxsco,
http://www.playvid.com/watch/z55oXV8u2mg, http://www.playvid.com/watch/LTYCM-rqu7K, http://www.playvid.com/watch/SFLsRCOVs-k,
http://www.playvid.com/watch/shLaMbwi8ju, http://www.playvid.com/watch/Q8OPXKIgnmq, http://www.playvid.com/watch/p93P3rNPlYr,
http://www.playvid.com/watch/bB4EW36C7rJ, http://www.playvid.com/watch/3kJ92dQxRda, http://www.playvid.com/watch/ttVx0cMPz4R,
http://www.playvid.com/watch/-mJmlaO-58H, http://www.playvid.com/watch/EynvtkMCVn2, http://www.playvid.com/watch/Xurk57uorVk,
http://www.playvid.com/watch/NLVR0thMdfV, http://www.playvid.com/watch/0w92FD4-MK6, http://www.playvid.com/watch/Qr8pC74T9UY,
http://www.playvid.com/watch/W4eaF0XaoRr, http://www.playvid.com/watch/aASfkLtKFri, http://www.playvid.com/watch/Xa55LIMMhkm,
http://www.playvid.com/watch/icZTxHh8dv3, http://www.playvid.com/watch/SK0vjohCi-G, http://www.playvid.com/watch/RtMgwc4gyiE,
http://www.playvid.com/watch/zKE4JwiYGI-, http://www.playvid.com/watch/5DLG7YO0Xxy, http://www.playvid.com/watch/IDAghNbP66-,
http://www.playvid.com/watch/HuVcp-C87bj, http://www.playvid.com/watch/qDfPZyA25k-, http://www.playvid.com/watch/aNyeclmzW55,
http://www.playvid.com/watch/TrKbMGbp97-
5.f. Date of third notice: 2013-07-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pedrosexo
5.b. Uploader's email address: pedrofaria09@live.com.pt
5.d. Uploader's profile: http://www.playvid.com/member/pedrosexo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5yVw8nZHcbD, http://www.playvid.com/watch/yq6BM2EVUoM,
http://www.playvid.com/watch/8RRwRmtnzS4, http://www.playvid.com/watch/s2yr3qAkCN0, http://www.playvid.com/watch/5hpLxNtcou7,
http://www.playvid.com/watch/tjIcHNG7orZ, http://www.playvid.com/watch/YU0bEVONM0n, http://www.playvid.com/watch/dGmM44aB7pl,
http://www.playvid.com/watch/RDSwdQ97mhN, http://www.playvid.com/watch/GCZbuN7QfsW, http://www.playvid.com/watch/k9ztqCTbj33,
http://www.playvid.com/watch/kbZ0MuH8DSa, http://www.playvid.com/watch/GpNaSmKiFh9, http://www.playvid.com/watch/PicijrKytFq,
http://www.playvid.com/watch/8t06tsZbMEH, http://www.playvid.com/watch/XzQHuLaoZJm, http://www.playvid.com/watch/B0r-VMm0Fle,
http://www.playvid.com/watch/bAMGVRFUJFg, http://www.playvid.com/watch/iqSNw6yrAPf, http://www.playvid.com/watch/7PnH67vBrdI,
http://www.playvid.com/watch/SXK3iZGEWCG, http://www.playvid.com/watch/Dd-Bvd9HGqQ, http://www.playvid.com/watch/budYZEAaMsB,
http://www.playvid.com/watch/7dIF-SKSo8f, http://www.playvid.com/watch/YdPH3g-cvLh, http://www.playvid.com/watch/tPY546OvJcq,
http://www.playvid.com/watch/2XMBXviI2V8, http://www.playvid.com/watch/TGKiIBC5DOg, http://www.playvid.com/watch/MSpcfk5W-Qj,
http://www.playvid.com/watch/orh5yYq2Shs, http://www.playvid.com/watch/UasVOosHhVd, http://www.playvid.com/watch/fn2UpRRfZVS,
http://www.playvid.com/watch/XKPvz86RIeT, http://www.playvid.com/watch/bbhNINWlXLC, http://www.playvid.com/watch/cV7-i0Z405d,
http://www.playvid.com/watch/HpfJom0CBVv, http://www.playvid.com/watch/XkYaft96gdK, http://www.playvid.com/watch/idol0YERJwF,
http://www.playvid.com/watch/VWSrvZFBano, http://www.playvid.com/watch/6yZHM3BlS3e, http://www.playvid.com/watch/bqetyXIZTr2,
http://www.playvid.com/watch/7CUm9wx7lML, http://www.playvid.com/watch/8EYlXbBZGvC, http://www.playvid.com/watch/2wuuYRuDYFf,
http://www.playvid.com/watch/suLN3ei4Xyv, http://www.playvid.com/watch/gbrQN6iBBRn, http://www.playvid.com/watch/rRZrjBI2Yc4,
http://www.playvid.com/watch/7StNNOmqx2y, http://www.playvid.com/watch/sqLMMkoEMBr, http://www.playvid.com/watch/YnWBPNnXjhm,
http://www.playvid.com/watch/TfFi-Vaemnx, http://www.playvid.com/watch/uXE0Iy5umKW, http://www.playvid.com/watch/2eck6a8D8Pu,
http://www.playvid.com/watch/w9vwFCaKigC, http://www.playvid.com/watch/IlFRLTP2kn3, http://www.playvid.com/watch/IBdfjXpcoyc,
http://www.playvid.com/watch/KcgHN7J8L9y, http://www.playvid.com/watch/v82vXdg6zus, http://www.playvid.com/watch/3wSLH9vdCNm,
http://www.playvid.com/watch/GS5YeuwoDrf, http://www.playvid.com/watch/2rSw6ZA9C90, http://www.playvid.com/watch/j4TbBRkZXBx,
http://www.playvid.com/watch/kcEc6F6EKzB, http://www.playvid.com/watch/uQyMkOwRXtA, http://www.playvid.com/watch/-ckr0IWqfQn,
http://www.playvid.com/watch/wircYZXIlJZ, http://www.playvid.com/watch/Jc3b00ibDl8, http://www.playvid.com/watch/e0CZSKv95qC
5.f. Date of third notice: 2014-01-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pegas
5.b. Uploader's email address: nicknickkyy@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pegas
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TEtOnID42ai, http://www.playvid.com/watch/6o4WviOa7ND,
http://www.playvid.com/watch/ac8--FEmL-T, http://www.playvid.com/watch/7uMFl4t3KRN, http://www.playvid.com/watch/WY3PXfJ5QAk,
http://www.playvid.com/watch/NllIB7ygiMY, http://www.playvid.com/watch/6qbEDzekeK2, http://www.playvid.com/watch/3Xm6CfZ2mpY,
http://www.playvid.com/watch/YBs4ubu6ZQD, http://www.playvid.com/watch/JeZxY5IoMxA, http://www.playvid.com/watch/Hn8H7AUOzRa,
http://www.playvid.com/watch/zyfyHhSSHpD, http://www.playvid.com/watch/LKc1gFT9G2i, http://www.playvid.com/watch/632PZlIE54E,
http://www.playvid.com/watch/VE_Riy2SyEp, http://www.playvid.com/watch/LHCyyeYWkjZ, http://www.playvid.com/watch/mqNAnq3ysqb,
http://www.playvid.com/watch/tlGGFLR8zni, http://www.playvid.com/watch/guL3EmpWri0, http://www.playvid.com/watch/zTSyoRHmtT0,
http://www.playvid.com/watch/ryHn2eFS-aJ, http://www.playvid.com/watch/9ADJ6BK63Yo, http://www.playvid.com/watch/GnCwdnbfP07,
http://www.playvid.com/watch/qiRaYD8CZpw, http://www.playvid.com/watch/7mMCRFUsvjb, http://www.playvid.com/watch/JXntopWLMMp,
http://www.playvid.com/watch/MZH-gXWWaJv, http://www.playvid.com/watch/gzzQkcOjPHl, http://www.playvid.com/watch/46Nxk3-FEZg,
http://www.playvid.com/watch/LhnbqgHJSUn, http://www.playvid.com/watch/F0cg511WiJq, http://www.playvid.com/watch/yXGhpGVLFye,
http://www.playvid.com/watch/Wd9HAcTzfuG, http://www.playvid.com/watch/4SzBqHdo4AS, http://www.playvid.com/watch/BJ9ZHUk7eE9,
http://www.playvid.com/watch/i4y3lUbmwU0, http://www.playvid.com/watch/iuuBqtAAvSs, http://www.playvid.com/watch/quaY3TGfeXz,
http://www.playvid.com/watch/ETLL9hvq4eZ, http://www.playvid.com/watch/r4ln3GkdN4N, http://www.playvid.com/watch/dTDi2BnMUqR,
http://www.playvid.com/watch/CNbdoOu80o0, http://www.playvid.com/watch/RPM6auXIXC3, http://www.playvid.com/watch/6t2aH-GlSMM,
http://www.playvid.com/watch/capcacpIH3E, http://www.playvid.com/watch/OoSDvLE3R5c, http://www.playvid.com/watch/mVm2xydA0Io,
http://www.playvid.com/watch/rFjRToH00jl, http://www.playvid.com/watch/VoQwhkV2NmR, http://www.playvid.com/watch/2pMFyWmE8jp,
http://www.playvid.com/watch/8976nVoa2ph, http://www.playvid.com/watch/o3sgeH7mSUe, http://www.playvid.com/watch/pEwZptFFwWc,
http://www.playvid.com/watch/Fwq2_kCjnyF, http://www.playvid.com/watch/k0HdiURxwoe, http://www.playvid.com/watch/OfocHMO6OcU,
http://www.playvid.com/watch/4i_ishrfi9r, http://www.playvid.com/watch/Qgp-ebaRgiA, http://www.playvid.com/watch/LseZmxhs2PH,
http://www.playvid.com/watch/uQygLuYnMOC, http://www.playvid.com/watch/ME3bBo7eTc4, http://www.playvid.com/watch/uq-J3xFuvga,

http://www.playvid.com/watch/K83yWq4SNEQ, http://www.playvid.com/watch/vA1yPou0WPI, http://www.playvid.com/watch/egoJGwKF31B, http://www.playvid.com/watch/GqVVqIVjoxU, http://www.playvid.com/watch/kv4aEXMfN04, http://www.playvid.com/watch/tzoOEFz7HgO, http://www.playvid.com/watch/CFoKmdc7TRC, http://www.playvid.com/watch/dC7KgC3bt10, http://www.playvid.com/watch/hHwuYg8QMZB, http://www.playvid.com/watch/gPlDhxs4wEU, http://www.playvid.com/watch/MwgDYb5B-jt, http://www.playvid.com/watch/S8DzxtUgd3Z, http://www.playvid.com/watch/wuM40paz8fk, http://www.playvid.com/watch/vYeZ_rxEcDr, http://www.playvid.com/watch/Y8gHrZ-RZJ0, http://www.playvid.com/watch/6mDDTXtWYZM, http://www.playvid.com/watch/fzcoXOfIXCD, http://www.playvid.com/watch/hr6kUIyFgNr, http://www.playvid.com/watch/elfzQE_JUxf, http://www.playvid.com/watch/CpTGKqWTJ9W, http://www.playvid.com/watch/XItaTjRCfWn, http://www.playvid.com/watch/yBUtvvxr5XW, http://www.playvid.com/watch/bR4dOoeT5bH, http://www.playvid.com/watch/Vwcok98gtF6, http://www.playvid.com/watch/gMZzL4GFYZO, http://www.playvid.com/watch/Qjxn3Wr84HE, http://www.playvid.com/watch/TCERK2Vh6YV, http://www.playvid.com/watch/Q-sFC8VwbJ8, http://www.playvid.com/watch/yGitcQwuWSA, http://www.playvid.com/watch/R1Cnk_5Wx3P, http://www.playvid.com/watch/35if3p1wYlM, http://www.playvid.com/watch/xkRAMIbvbPD, http://www.playvid.com/watch/wq1mISdFk10, http://www.playvid.com/watch/xt1f4jxKMkT, http://www.playvid.com/watch/ZzzMWTnLZkZ, http://www.playvid.com/watch/RPgJtLnqE7U, http://www.playvid.com/watch/IJnOWKl7JfP, http://www.playvid.com/watch/YFWKP_7zoN0, http://www.playvid.com/watch/BQjY4z7EwNt, http://www.playvid.com/watch/Z9iHAnrPrKA, http://www.playvid.com/watch/AkR9QRMrW6U, http://www.playvid.com/watch/65eEpvawYvx, http://www.playvid.com/watch/rLa9xssaWs8, http://www.playvid.com/watch/TGRNr8KkEeD, http://www.playvid.com/watch/f65Icr16NuP, http://www.playvid.com/watch/UeHIIBG6MqD, http://www.playvid.com/watch/PTP_CM-5Axv, http://www.playvid.com/watch/ikXbX0DvANS, http://www.playvid.com/watch/OW2GLqB0J-k, http://www.playvid.com/watch/S_YKeG2Fjq6, http://www.playvid.com/watch/NfpOiair0nr, http://www.playvid.com/watch/XpR_vEA1mDT, http://www.playvid.com/watch/0Tp6jBDaBLP, http://www.playvid.com/watch/Ojtf7T1qqfb, http://www.playvid.com/watch/o_RZ7Ern6P9, http://www.playvid.com/watch/q2G5U5AqRm4, http://www.playvid.com/watch/PYPsP4AXizQ, http://www.playvid.com/watch/TZKc-_AcNPD, http://www.playvid.com/watch/DCP8TzYZ-EX, http://www.playvid.com/watch/S1wVLOUOIdD, http://www.playvid.com/watch/X-K2utEyw_I, http://www.playvid.com/watch/mKYZI50aB1m, http://www.playvid.com/watch/j6XhyDJNMsr, http://www.playvid.com/watch/dvXXtX4vqh0, http://www.playvid.com/watch/OhfzqUTlLF5, http://www.playvid.com/watch/2aXvziOioR9, http://www.playvid.com/watch/eunH9qx3h38, http://www.playvid.com/watch/JERRV-0Kxeb, http://www.playvid.com/watch/JSKYe1IBKTk, http://www.playvid.com/watch/drPnhGdyM7w, http://www.playvid.com/watch/FfTXHHvHSDI, http://www.playvid.com/watch/lMMZpOc74De, http://www.playvid.com/watch/fyW4qqYAfjR, http://www.playvid.com/watch/8j8y-IU2bQF, http://www.playvid.com/watch/uOStuFMvBjH, http://www.playvid.com/watch/x-T45bpKSbJ, http://www.playvid.com/watch/ZkKybQaj-8A, http://www.playvid.com/watch/ys6AlvAvPPs, http://www.playvid.com/watch/Eio9e_gyNgO, http://www.playvid.com/watch/5IlTBa2C0dg, http://www.playvid.com/watch/xB3KV8ASAVN, http://www.playvid.com/watch/4Nps9n2fcOV, http://www.playvid.com/watch/bYiXPo276ke, http://www.playvid.com/watch/z62gfTvZ0fn, http://www.playvid.com/watch/exsap0KoouI, http://www.playvid.com/watch/4ywfBaHbjWK, http://www.playvid.com/watch/9uuv887tVes, http://www.playvid.com/watch/KoQNRVdcuQO, http://www.playvid.com/watch/hck2zp-UTKu, http://www.playvid.com/watch/FkL-j5UmXVN, http://www.playvid.com/watch/5cgAS1XurYI, http://www.playvid.com/watch/aXoJh-QZ-lA, http://www.playvid.com/watch/ucxpDIL43pF, http://www.playvid.com/watch/tfUvtxSzKXP, http://www.playvid.com/watch/brnGB-GmMYl, http://www.playvid.com/watch/bJ8yVmUFGbc, http://www.playvid.com/watch/B_dCQi6hZEx, http://www.playvid.com/watch/fezFoDK60L7, http://www.playvid.com/watch/BXnbcPSR3QS, http://www.playvid.com/watch/jsU7XNgn_R0, http://www.playvid.com/watch/g1mSPxIRLCB, http://www.playvid.com/watch/c7Wchm1TiM2, http://www.playvid.com/watch/lJTL1Fm9bXH, http://www.playvid.com/watch/aBX4Qteg0uV, http://www.playvid.com/watch/xOYIp1bifsm, http://www.playvid.com/watch/8MNKHgEtSlE, http://www.playvid.com/watch/Xsl3fQzl1yl, http://www.playvid.com/watch/oXzSX0rC3OT, http://www.playvid.com/watch/SLzfkrXTiZv, http://www.playvid.com/watch/CYqHHBPydPs, http://www.playvid.com/watch/L6M6y8e923v, http://www.playvid.com/watch/A5C66c6_wxz, http://www.playvid.com/watch/OFiekOfmkJH, http://www.playvid.com/watch/hCtmqOwQ6Nw, http://www.playvid.com/watch/eB9HtLquROs
5.f. Date of third notice: 2014-04-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Personable
5.b. Uploader's email address: nevnab@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Personable
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5495M4me8J4, http://www.playvid.com/watch/DqeOAUucynD, http://www.playvid.com/watch/RgCdJESwj2P, http://www.playvid.com/watch/MOOF-ORqx1b, http://www.playvid.com/watch/VN0QO3mqeLd, http://www.playvid.com/watch/bjMuugBe3rB, http://www.playvid.com/watch/2n1Klgjk0xy, http://www.playvid.com/watch/kmG48tiSHL4, http://www.playvid.com/watch/K2vFm8Z_xeI, http://www.playvid.com/watch/QFNM9LZVSV6, http://www.playvid.com/watch/XFEr3qwv1pZ, http://www.playvid.com/watch/aOPiMEQwHhK, http://www.playvid.com/watch/pS-youa8HMU, http://www.playvid.com/watch/Xzggo_VRUr5, http://www.playvid.com/watch/A7smioaDYCT, http://www.playvid.com/watch/J8El4vHTasb, http://www.playvid.com/watch/dTx1u8EA7cI, http://www.playvid.com/watch/vnu3wY70a48, http://www.playvid.com/watch/KXQyGFLp3Gd, http://www.playvid.com/watch/TqlcMzs7GSN, http://www.playvid.com/watch/8ybtQXbWx2K, http://www.playvid.com/watch/mHDzISAfUcU, http://www.playvid.com/watch/BOu_hhIrYFE, http://www.playvid.com/watch/7Ak5A9EJJjs, http://www.playvid.com/watch/SaVIQ9rydC6, http://www.playvid.com/watch/z6pF9lO0hP3, http://www.playvid.com/watch/5IxtwRLF6aY, http://www.playvid.com/watch/IYuUmIaBUs0
5.f. Date of third notice: 2015-02-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pervenge
5.b. Uploader's email address: pervenge@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pervenge
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yOMtjXpRwT3, http://www.playvid.com/watch/JFMayOWv3bD, http://www.playvid.com/watch/ULctxonLybi, http://www.playvid.com/watch/bEeqVWKCU3B, http://www.playvid.com/watch/po19WwYw1Np, http://www.playvid.com/watch/SvoOSPNyPcA, http://www.playvid.com/watch/8XCJTe8ByuC, http://www.playvid.com/watch/QaLHG5YFz1W, http://www.playvid.com/watch/kdYiaOt5X0S, http://www.playvid.com/watch/GlhM6vgGRnq, http://www.playvid.com/watch/9R1EkmVcgmB, http://www.playvid.com/watch/KgJkf4ZB3Ld, http://www.playvid.com/watch/rG6m-4jzEjv, http://www.playvid.com/watch/aRqBnW0kJ0w, http://www.playvid.com/watch/heVlHEcmNK2, http://www.playvid.com/watch/YQ4TUS-nw-4, http://www.playvid.com/watch/5DdwIJPcX9S, http://www.playvid.com/watch/Jg0ghD8QNgu, http://www.playvid.com/watch/RZZpd9doT7D, http://www.playvid.com/watch/YkGJ0cOhTMd, http://www.playvid.com/watch/3MWrxpQYVZE, http://www.playvid.com/watch/rC8cEDiPVpM, http://www.playvid.com/watch/NMPZw7teUKP, http://www.playvid.com/watch/yoIefxOlVzP, http://www.playvid.com/watch/2Lfgu8gPify, http://www.playvid.com/watch/OTHBP7hrZuu, http://www.playvid.com/watch/0LxnTb1WkIj, http://www.playvid.com/watch/t6bXsr-nOqZ, http://www.playvid.com/watch/t1TNG56LGJ1, http://www.playvid.com/watch/blshE8qHHS8, http://www.playvid.com/watch/WMH2BnZMg9f, http://www.playvid.com/watch/qmc2mj66XHe, http://www.playvid.com/watch/j8ZFyCfDPGH, http://www.playvid.com/watch/VBlftQu-yRW, http://www.playvid.com/watch/DgZlVXCd-ah, http://www.playvid.com/watch/tq7Ulw5UHpQ, http://www.playvid.com/watch/8WFO458vRvE, http://www.playvid.com/watch/j50K5aPg4Sx, http://www.playvid.com/watch/YRANaOfP21c, http://www.playvid.com/watch/5X7zTPaaQ8O, http://www.playvid.com/watch/QmdNbHdFmIt, http://www.playvid.com/watch/ytgW6AzXcf0, http://www.playvid.com/watch/v1gDYTjS0MA, http://www.playvid.com/watch/BBwmqxEIik1, http://www.playvid.com/watch/lZAu3HOaqiG, http://www.playvid.com/watch/QbHLzLI2H-r, http://www.playvid.com/watch/V00VsiZ53n7, http://www.playvid.com/watch/vyUL-eKTLcR, http://www.playvid.com/watch/Ndcpu5aBT5U, http://www.playvid.com/watch/01kzIyfnBkT, http://www.playvid.com/watch/v4ioZXy1Z5M, http://www.playvid.com/watch/pn8PmSuzBpZ, http://www.playvid.com/watch/NESMN6L5rmW, http://www.playvid.com/watch/ao9PT88epPT, http://www.playvid.com/watch/v0grlLQiDZd, http://www.playvid.com/watch/zD35L33SH8q, http://www.playvid.com/watch/H-pO4as3aQh, http://www.playvid.com/watch/DAIMLscCymp, http://www.playvid.com/watch/9SJZOhD2ljG, http://www.playvid.com/watch/0N00j69tdrY, http://www.playvid.com/watch/h-Y066tAU8d, http://www.playvid.com/watch/uyz7wePvvC2, http://www.playvid.com/watch/zgVs96w9xTE, http://www.playvid.com/watch/W-05O1Iuhe-, http://www.playvid.com/watch/3v5AUaDfB17, http://www.playvid.com/watch/AUPODQgCvZC, http://www.playvid.com/watch/mPETlc4HJgn, http://www.playvid.com/watch/ehHYMEPgALj, http://www.playvid.com/watch/yUcaDEDQXy1, http://www.playvid.com/watch/slBMiF1qFVB, http://www.playvid.com/watch/vzmcyFilMnd, http://www.playvid.com/watch/VYp9GIJ3k-Y, http://www.playvid.com/watch/xK-5MDoutnI, http://www.playvid.com/watch/BHn-bjAqUsB, http://www.playvid.com/watch/heuG0bUMw4M, http://www.playvid.com/watch/Kj79GQL9b-g, http://www.playvid.com/watch/AwEvU5YxPnE, http://www.playvid.com/watch/DtMpsawUeDH, http://www.playvid.com/watch/y7UEiERnulc, http://www.playvid.com/watch/LAB9CSYAsGj, http://www.playvid.com/watch/XVlEhfXphsM
5.f. Date of third notice: 2013-11-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Pervert
5.b. Uploader's email address: Djbam_18@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Pervert
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kqNGJ0mLhLf, http://www.playvid.com/watch/O7Hm9WomeaJ,

http://www.playvid.com/watch/tN8tyAwhW8Y, http://www.playvid.com/watch/pLYR4nZx3wA, http://www.playvid.com/watch/Q4E59ZmeRfC,
http://www.playvid.com/watch/mH6cH6Qi6Ja, http://www.playvid.com/watch/uLjTXqQ7OgD, http://www.playvid.com/watch/F9U7daBA26a,
http://www.playvid.com/watch/HxvGsjte5wk, http://www.playvid.com/watch/HYrJdSdN7Kz, http://www.playvid.com/watch/QFrydEvjx2C,
http://www.playvid.com/watch/xLGxPMef5vb, http://www.playvid.com/watch/U47-sBKujSc, http://www.playvid.com/watch/RbWEF-FClsN,
http://www.playvid.com/watch/qsX-hoscrOZ, http://www.playvid.com/watch/HjU2zvcOiLe, http://www.playvid.com/watch/sOuQjENPAke,
http://www.playvid.com/watch/dJPg9ob-qfA, http://www.playvid.com/watch/KoDCmbjXYsb, http://www.playvid.com/watch/KUHr-tmhHAi,
http://www.playvid.com/watch/Q8fCeIm-mA2, http://www.playvid.com/watch/eHUHLwt-C5i, http://www.playvid.com/watch/aSDSvBaEyBd,
http://www.playvid.com/watch/na-4dAmd2x6, http://www.playvid.com/watch/CFa5Ym8q3wH, http://www.playvid.com/watch/iA0N8MosqUg,
http://www.playvid.com/watch/zs6ymiqqis0, http://www.playvid.com/watch/AkvBsdQTnzl, http://www.playvid.com/watch/b7WH947oUwX,
http://www.playvid.com/watch/LEV8X3Wa8Ac, http://www.playvid.com/watch/zhooJ3pHOpL, http://www.playvid.com/watch/AfWeNz566ew,
http://www.playvid.com/watch/A0RMAMtbwgR, http://www.playvid.com/watch/Z-k0tccEvN7, http://www.playvid.com/watch/TwGAElwbXfF,
http://www.playvid.com/watch/FXyaGKJbCKi, http://www.playvid.com/watch/29WkaYf99JM, http://www.playvid.com/watch/PsmwNgRhKGK,
http://www.playvid.com/watch/jCPC78ARyrE, http://www.playvid.com/watch/diSdqEixrGU, http://www.playvid.com/watch/bnirb00UyNL,
http://www.playvid.com/watch/TyJ03gQtF6p, http://www.playvid.com/watch/0gQOYoWBvMD, http://www.playvid.com/watch/9O672-gbnyr,
http://www.playvid.com/watch/7W0ehMbo0sj, http://www.playvid.com/watch/uXfZVt3ADQL, http://www.playvid.com/watch/NKH7vti-cXZ,
http://www.playvid.com/watch/YvPPNO5PVRd, http://www.playvid.com/watch/h6tPlBkMFL4, http://www.playvid.com/watch/tfiSYaZcH2w,
http://www.playvid.com/watch/rJRT-EgnzxX, http://www.playvid.com/watch/m40xQClxFx3, http://www.playvid.com/watch/UWwxNNBsev5,
http://www.playvid.com/watch/iz2PwNMWZT7, http://www.playvid.com/watch/DWnwBM689AO, http://www.playvid.com/watch/0HtmjBbRCvO,
http://www.playvid.com/watch/VJijBAog--R, http://www.playvid.com/watch/C-kZ8BWCdGQ, http://www.playvid.com/watch/yL5EYDnCOjN,
http://www.playvid.com/watch/w8s6YgaZdAI, http://www.playvid.com/watch/qwCpc2qLHjD, http://www.playvid.com/watch/IdbgZuzpILY,
http://www.playvid.com/watch/FupSQBaCHsT, http://www.playvid.com/watch/meykLTqGztI, http://www.playvid.com/watch/rKLyD-4Uyf8,
http://www.playvid.com/watch/EZfd-lCt-QP, http://www.playvid.com/watch/kSL0Wmuxfmk, http://www.playvid.com/watch/G3dk6QkKy55,
http://www.playvid.com/watch/Y42dG0xpo6E, http://www.playvid.com/watch/XHzE4vpTFNM, http://www.playvid.com/watch/-zqWRcQNcv9,
http://www.playvid.com/watch/HuIUEbszBam, http://www.playvid.com/watch/fL0e9nUgsT2, http://www.playvid.com/watch/yAdZkmIRI7E,
http://www.playvid.com/watch/2M3IXMfjHyo, http://www.playvid.com/watch/iUrkKidZMiz, http://www.playvid.com/watch/RWoGveoxvSo,
http://www.playvid.com/watch/qF07TGTdxl2, http://www.playvid.com/watch/Xg8F0p8zgQ3, http://www.playvid.com/watch/2OnnecQvtiE,
http://www.playvid.com/watch/wSpM3qDITbW, http://www.playvid.com/watch/NUWQbKdzehN, http://www.playvid.com/watch/bPzJm9bl3tD,
http://www.playvid.com/watch/lR-9ntRqRE7, http://www.playvid.com/watch/t5dkUOl8Zz8, http://www.playvid.com/watch/MbvfGNsLRPK,
http://www.playvid.com/watch/5aRaOBEd0zo, http://www.playvid.com/watch/ymjZfTYU2Mr, http://www.playvid.com/watch/nlu5yVrbSq6,
http://www.playvid.com/watch/qbejJw8QhkD, http://www.playvid.com/watch/9aR5RDtNgEF, http://www.playvid.com/watch/Yu6V9xbnS0D,
http://www.playvid.com/watch/7JyLjOxFwNr, http://www.playvid.com/watch/aZ0Y484KYzF, http://www.playvid.com/watch/YJCsokkBMHe,
http://www.playvid.com/watch/O4-oaaVtUQF, http://www.playvid.com/watch/aaI3L-VitN0, http://www.playvid.com/watch/nAKFbUELd-I,
http://www.playvid.com/watch/JVFl8qBglmk, http://www.playvid.com/watch/b4CfL4doUwG, http://www.playvid.com/watch/MtkPs3gYcTx,
http://www.playvid.com/watch/B9LltOviihB, http://www.playvid.com/watch/ZYI4kKrG9Si, http://www.playvid.com/watch/fSkDap5oMgf,
http://www.playvid.com/watch/WbxKW8b5lnf, http://www.playvid.com/watch/AmlRS-V2ntS, http://www.playvid.com/watch/IabggomSEM7,
http://www.playvid.com/watch/eRubMZkYjM6, http://www.playvid.com/watch/Ygiu4eQsfPF, http://www.playvid.com/watch/IwVZ63E4VhW,
http://www.playvid.com/watch/GVhtSSDakOB, http://www.playvid.com/watch/7RbeVActsCa, http://www.playvid.com/watch/ffneP7im9IA,
http://www.playvid.com/watch/aTXyOxaWK79, http://www.playvid.com/watch/e7ZsF-VbLUM, http://www.playvid.com/watch/egkaQdn2s7r,
http://www.playvid.com/watch/hud2eOzuXYH, http://www.playvid.com/watch/oSH4zQBcRr4, http://www.playvid.com/watch/-6Qcd62w-gi,
http://www.playvid.com/watch/MQ048CFT7Br, http://www.playvid.com/watch/DpwvWYG8wNc, http://www.playvid.com/watch/oultpDVsjmm,
http://www.playvid.com/watch/wbPq8mbEgCf, http://www.playvid.com/watch/mHbhND8zbqm, http://www.playvid.com/watch/a0R6XmD9fJT,
http://www.playvid.com/watch/HnMaXSoXlu4, http://www.playvid.com/watch/WcjkdYCnVE4, http://www.playvid.com/watch/FQ0mCo2j8cz,
http://www.playvid.com/watch/BB0XInUmNLO, http://www.playvid.com/watch/UqqlqgoMowJ, http://www.playvid.com/watch/d7CFlml2Yfs,
http://www.playvid.com/watch/JN97f9QL7f6, http://www.playvid.com/watch/ceIsEiqynWI, http://www.playvid.com/watch/e4Lsj0Oka84,
http://www.playvid.com/watch/ARgK8XBaTsU, http://www.playvid.com/watch/6OmlQSJ4hCX, http://www.playvid.com/watch/ytBeFkNjdWS,
http://www.playvid.com/watch/QvhhUHxxDP4, http://www.playvid.com/watch/GTMIc7yOpCI, http://www.playvid.com/watch/PqUMy-H-2Yq,
http://www.playvid.com/watch/JXQ7TpMeZ-4, http://www.playvid.com/watch/YCNnF9LMTl3, http://www.playvid.com/watch/AfQ32OpUYFV,
http://www.playvid.com/watch/J2CD3pWqQNp, http://www.playvid.com/watch/emeCV7djF9F, http://www.playvid.com/watch/Z7i0pD2P7cq,
http://www.playvid.com/watch/FXyvLHPfGef, http://www.playvid.com/watch/I6M4DbGwZ47, http://www.playvid.com/watch/6Wc2GrXsrOu,
http://www.playvid.com/watch/Cex8D-8LfUS, http://www.playvid.com/watch/-YQWhgFUdkQ, http://www.playvid.com/watch/cWqVn2Yugo2,
http://www.playvid.com/watch/Tnt4G96EFlr, http://www.playvid.com/watch/IyMSwnbI4Ar, http://www.playvid.com/watch/qAwjqpZEPYy,
http://www.playvid.com/watch/CVac-xgll08, http://www.playvid.com/watch/7oErKmbXF6y, http://www.playvid.com/watch/EpYKILXAMZ9,
http://www.playvid.com/watch/NdHfhXqeRpA, http://www.playvid.com/watch/3HP04B40NkD, http://www.playvid.com/watch/Dn3bW4-78i6,
http://www.playvid.com/watch/HGpKKst2kAk, http://www.playvid.com/watch/Z4Wl2DlRutb, http://www.playvid.com/watch/-fLJzh5A9bg,
http://www.playvid.com/watch/qBJlOedHhWH, http://www.playvid.com/watch/ymlIArpSDnI, http://www.playvid.com/watch/PSkYIGFoYQD,
http://www.playvid.com/watch/NYl6Gb0xZgb, http://www.playvid.com/watch/cwxyiuslp59, http://www.playvid.com/watch/oTgcr8KOWQc,
http://www.playvid.com/watch/b93rAgdmmy4, http://www.playvid.com/watch/jN6kkzBHWMy, http://www.playvid.com/watch/8vqk9wblbBW,
http://www.playvid.com/watch/t2sZg5XsvGi, http://www.playvid.com/watch/mtm56yv35wg, http://www.playvid.com/watch/kBC6N-Dizyg,
http://www.playvid.com/watch/TRltMuACZDx, http://www.playvid.com/watch/HmUZXvUGSx0, http://www.playvid.com/watch/QkcRuZ9fYsu,
http://www.playvid.com/watch/GoRjui2o6Yk, http://www.playvid.com/watch/RtLkTjElTWc, http://www.playvid.com/watch/R82XcNZoOjK,
http://www.playvid.com/watch/6EPr2N2yhcI, http://www.playvid.com/watch/hbNUzX-D7r8, http://www.playvid.com/watch/QaGAQMSkJvX,
http://www.playvid.com/watch/jua7mkF5NFb, http://www.playvid.com/watch/eraFN0F9x0R, http://www.playvid.com/watch/L4LY4WU8URk,
http://www.playvid.com/watch/3QPmPvXhNR3, http://www.playvid.com/watch/TP95NpAOU-k, http://www.playvid.com/watch/QKNZs-PVvdE,
http://www.playvid.com/watch/j37HqjL6RqZ, http://www.playvid.com/watch/-WkyHkEaxKq, http://www.playvid.com/watch/329Ays9LZSO,
http://www.playvid.com/watch/ValwzojJyXF
5.f. Date of third notice: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: phoebus
5.b. Uploader's email address: jay_750522@yahoo.com.tw
5.d. Uploader's profile: http://www.playvid.com/member/phoebus
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IqrJhzO9XJb, http://www.playvid.com/watch/J8acwd8g4kk,
http://www.playvid.com/watch/CwUDWpcHVMK, http://www.playvid.com/watch/rUBjNrUGs6k, http://www.playvid.com/watch/jE2wUCS92Z-,
http://www.playvid.com/watch/2-JSejE8Ea5, http://www.playvid.com/watch/HSj4YGwLzRz, http://www.playvid.com/watch/XxkYew4N5M3,
http://www.playvid.com/watch/0ZYgkMrEnwX, http://www.playvid.com/watch/ZmHrHywfsqB, http://www.playvid.com/watch/xMil6XlIaJp,
http://www.playvid.com/watch/xTFTDCsigGR, http://www.playvid.com/watch/pEYSfXNbXhd, http://www.playvid.com/watch/GSVsR0xWUGl,
http://www.playvid.com/watch/cOewlAeCikT, http://www.playvid.com/watch/tcBGPpmkjFp, http://www.playvid.com/watch/ZY6CeyMXJZK,
http://www.playvid.com/watch/yfwJbYaN2xK, http://www.playvid.com/watch/ECOOEKyqmnl, http://www.playvid.com/watch/kKBvpjaASTh,
http://www.playvid.com/watch/yCcPmUj-noY, http://www.playvid.com/watch/GmMYldocCre, http://www.playvid.com/watch/UdLJcSMurln,
http://www.playvid.com/watch/5QziFRQddMO, http://www.playvid.com/watch/QE5fsNQODLn, http://www.playvid.com/watch/Tx6lyDviomq,
http://www.playvid.com/watch/A6JXjKgS66z, http://www.playvid.com/watch/2ldFBc3HKMN, http://www.playvid.com/watch/NCTZrIH66-V,
http://www.playvid.com/watch/oEDJFqBmYRc, http://www.playvid.com/watch/n5sv60TSnKp, http://www.playvid.com/watch/t3zy2JQhkUO,
http://www.playvid.com/watch/bG0CIz26iEH, http://www.playvid.com/watch/a3XWWootGgh, http://www.playvid.com/watch/-UDyhDlZb4B,
http://www.playvid.com/watch/EoT30Uk03nQ, http://www.playvid.com/watch/NlMSQXHKtPh, http://www.playvid.com/watch/Qlm5ldYoCdy,
http://www.playvid.com/watch/hM02tOyfAEa, http://www.playvid.com/watch/sqfznqx0LiY, http://www.playvid.com/watch/GAOcJU9CJ3Z,
http://www.playvid.com/watch/qbT5wJugMGB, http://www.playvid.com/watch/jII9kahAMtx, http://www.playvid.com/watch/fStUokb8yz3,
http://www.playvid.com/watch/6cQCvZQFW40, http://www.playvid.com/watch/sJ7bwrNCQjC, http://www.playvid.com/watch/GEoFXjLvNe6,
http://www.playvid.com/watch/RWRPJjTtYuX, http://www.playvid.com/watch/nkTpbBsAVaB, http://www.playvid.com/watch/FfduIpfiZxL,
http://www.playvid.com/watch/39MvuwfxFSH, http://www.playvid.com/watch/LwkJRIutkqU, http://www.playvid.com/watch/3XpNolN8hwS,
http://www.playvid.com/watch/0v4bsk0VV3j, http://www.playvid.com/watch/g-ltnCMImmV, http://www.playvid.com/watch/lQSR-nNqFc0,
http://www.playvid.com/watch/ZL6OeNcxU0N, http://www.playvid.com/watch/mrkbFLOWhl9, http://www.playvid.com/watch/zORyrpyPx5o,
http://www.playvid.com/watch/hbCZEgOqLpB, http://www.playvid.com/watch/PDfylt3SjjK, http://www.playvid.com/watch/-EhfeyYSVZS,
http://www.playvid.com/watch/zlqMAR7-udY, http://www.playvid.com/watch/a6l5DckUGrW, http://www.playvid.com/watch/HBPuRF04KFL,
http://www.playvid.com/watch/VTUFqVd7xr6, http://www.playvid.com/watch/tTW8xc8exe-, http://www.playvid.com/watch/aigEcIu4ysw,
http://www.playvid.com/watch/NIadV7bblFI, http://www.playvid.com/watch/YbkvSji3FaE, http://www.playvid.com/watch/kFFOviDrXgM,
http://www.playvid.com/watch/KlA069aV2Zg, http://www.playvid.com/watch/gFIWq7KIU4T, http://www.playvid.com/watch/D2q6HsWScMU,

http://www.playvid.com/watch/Tv6ugZkadmR, http://www.playvid.com/watch/Jx6sLEqQH7u, http://www.playvid.com/watch/vxK-RxeHOus,
http://www.playvid.com/watch/DjBbUU34ZAF, http://www.playvid.com/watch/xTtSdU8TXm-, http://www.playvid.com/watch/M7ldjjcW6XG,
http://www.playvid.com/watch/66ii-0pU7Rp, http://www.playvid.com/watch/CpaFy5qrYyv, http://www.playvid.com/watch/LxnmzMlQwGN,
http://www.playvid.com/watch/mLQ0S63XSc-, http://www.playvid.com/watch/8b2qLUUSIbF, http://www.playvid.com/watch/dPxyEgFtbpb,
http://www.playvid.com/watch/wpuSeii7ma8, http://www.playvid.com/watch/VOtcUyFHIAH, http://www.playvid.com/watch/whNCPI80Et9,
http://www.playvid.com/watch/aZ924tfQkXi, http://www.playvid.com/watch/iH0pRgY2h2L, http://www.playvid.com/watch/i-LmwxLL72W,
http://www.playvid.com/watch/hXLjNe9mgQn, http://www.playvid.com/watch/6KC-zL2AWhh, http://www.playvid.com/watch/oMOMT-4OxFp,
http://www.playvid.com/watch/ed0MF0pH8oA, http://www.playvid.com/watch/bA9LBV8uGr6, http://www.playvid.com/watch/yk-htRsHoul,
http://www.playvid.com/watch/xpNNgSt-aQe, http://www.playvid.com/watch/VryI7JnWYyk, http://www.playvid.com/watch/KdKi2b8ncu2,
http://www.playvid.com/watch/xzhbzgIpe28, http://www.playvid.com/watch/qcsIhvpUtRN, http://www.playvid.com/watch/0Pa47dVCyL-,
http://www.playvid.com/watch/0IiztINE9De, http://www.playvid.com/watch/A36emJjLxTw, http://www.playvid.com/watch/LkrdsHOh3dg,
http://www.playvid.com/watch/bIYq48eJKX8, http://www.playvid.com/watch/SLW4gRI6MtU, http://www.playvid.com/watch/jTVCb--hpuj,
http://www.playvid.com/watch/xs7f2TURAod, http://www.playvid.com/watch/J9Q3O5UUx3f, http://www.playvid.com/watch/L3rs6b6o0el,
http://www.playvid.com/watch/oT8jZTYFcUw, http://www.playvid.com/watch/J-YpHw-UPz5, http://www.playvid.com/watch/OOb82ofBnNv,
http://www.playvid.com/watch/b2YL36zRW9t, http://www.playvid.com/watch/ypG-Ib-EzHC, http://www.playvid.com/watch/g8N2DypO9Cy,
http://www.playvid.com/watch/rQXlsvgkRnm, http://www.playvid.com/watch/IVFxxqwc6lq, http://www.playvid.com/watch/WF8hmeJThIG,
http://www.playvid.com/watch/7vFlTofm5es, http://www.playvid.com/watch/9iWvRhsAiP7, http://www.playvid.com/watch/IhQuNYcc4qX,
http://www.playvid.com/watch/eBdOXIfK-ol, http://www.playvid.com/watch/gz7QsYgAhNe, http://www.playvid.com/watch/9jAU53eaJLV,
http://www.playvid.com/watch/T3bkfe-F8je, http://www.playvid.com/watch/PZhRUUBpR2U, http://www.playvid.com/watch/gVKtGNuWeQ5,
http://www.playvid.com/watch/e7mCVjjCrLp, http://www.playvid.com/watch/87uwsl4JJe0, http://www.playvid.com/watch/Vo9JKWPoldF,
http://www.playvid.com/watch/ChePyR8Fs-Y, http://www.playvid.com/watch/qEhH7wZhBCW, http://www.playvid.com/watch/FEjRX5MQLbt,
http://www.playvid.com/watch/-7ttv463rdt, http://www.playvid.com/watch/bmt8mNq5jXG, http://www.playvid.com/watch/etOaRN8sM3M,
http://www.playvid.com/watch/4-zBvzVnQmg, http://www.playvid.com/watch/ytIdbOVfah0, http://www.playvid.com/watch/OPt6V6BR-70,
http://www.playvid.com/watch/lnguWeUVgfs, http://www.playvid.com/watch/ZwDLuzqUvtv, http://www.playvid.com/watch/QQ7yBJN33G6,
http://www.playvid.com/watch/jVT85buZGAe, http://www.playvid.com/watch/Y98rrrLJdc3, http://www.playvid.com/watch/MDCRk2oiU7x,
http://www.playvid.com/watch/ANb0sWYhUIx, http://www.playvid.com/watch/y4G8EqEvuG6, http://www.playvid.com/watch/CDCRq55Olt5,
http://www.playvid.com/watch/bUIoQ485YBD, http://www.playvid.com/watch/jTqDRdJ-Si9, http://www.playvid.com/watch/7KFAktKVkND,
http://www.playvid.com/watch/oZI9-rW8ryo, http://www.playvid.com/watch/X3PijMBrdqY, http://www.playvid.com/watch/OiuZdKz2PET,
http://www.playvid.com/watch/6KdOsxflsnu, http://www.playvid.com/watch/yggribohoeU, http://www.playvid.com/watch/xWCwOMlAinw,
http://www.playvid.com/watch/ZV4liSFFAJz, http://www.playvid.com/watch/LdHMKs8FHwC, http://www.playvid.com/watch/GMeywylerx7,
http://www.playvid.com/watch/EsqKpBXf0Mw, http://www.playvid.com/watch/KzyA9gjOELW, http://www.playvid.com/watch/vWiBudebl-e,
http://www.playvid.com/watch/VPBUKkTY7G5, http://www.playvid.com/watch/9zeJsMZYExK, http://www.playvid.com/watch/FGcKeTlME07,
http://www.playvid.com/watch/ruvpQ8PwhoF, http://www.playvid.com/watch/RMTiylPZxYZ, http://www.playvid.com/watch/Bng7Yb3bD4r,
http://www.playvid.com/watch/GoCmHmbRVos, http://www.playvid.com/watch/GrtMTgruwKH, http://www.playvid.com/watch/3HvH8TcxGXD,
http://www.playvid.com/watch/bThNp-mQ4aD, http://www.playvid.com/watch/rxGEmAdWBvB, http://www.playvid.com/watch/SkSDUrTLwBu,
http://www.playvid.com/watch/9oNPwxp24Kg, http://www.playvid.com/watch/8RJqNe9e68Y, http://www.playvid.com/watch/lvFeQkAYt6i,
http://www.playvid.com/watch/CXKmO4Pw5Vf, http://www.playvid.com/watch/XYF0V0AKo6I, http://www.playvid.com/watch/nAHjoXqoB4t,
http://www.playvid.com/watch/8JPt4MRs0P2, http://www.playvid.com/watch/60bpUK3yzBE, http://www.playvid.com/watch/TvdU4-JVl6t,
http://www.playvid.com/watch/Q0XVSPmIy0w, http://www.playvid.com/watch/Qx43CbLNy7K, http://www.playvid.com/watch/c9qrGqGOJ8c,
http://www.playvid.com/watch/Mu8LEdtn4vG, http://www.playvid.com/watch/lCGbiTYJK8O, http://www.playvid.com/watch/OB3ZYdJvVWA,
http://www.playvid.com/watch/V8wAUnPzLnl, http://www.playvid.com/watch/XqZS0AEdyw5, http://www.playvid.com/watch/z6GivxSGmNd,
http://www.playvid.com/watch/SbIiu6e6p9U, http://www.playvid.com/watch/r5PgKW78WLo, http://www.playvid.com/watch/hUhhOHkfSSj,
http://www.playvid.com/watch/y5XKoLeskxV, http://www.playvid.com/watch/PunvZ2X6H07, http://www.playvid.com/watch/kLJhXMhp2L8,
http://www.playvid.com/watch/EzyAC6BC8no, http://www.playvid.com/watch/ewdKZiFvO5V, http://www.playvid.com/watch/yZvPkE09vhs,
http://www.playvid.com/watch/6hdMsfwPto6, http://www.playvid.com/watch/K-uYUn2wUby, http://www.playvid.com/watch/MsEOBDfjvnX,
http://www.playvid.com/watch/kBIaqKMSQSE, http://www.playvid.com/watch/K6ns3zETlUJ, http://www.playvid.com/watch/5Rdtn0W6zBO,
http://www.playvid.com/watch/8tzDnlbs2M7, http://www.playvid.com/watch/eL64w7hn2-r, http://www.playvid.com/watch/bSwAIJaAU8m,
http://www.playvid.com/watch/3lSdwi8eywM, http://www.playvid.com/watch/xk2FYhAuw7d, http://www.playvid.com/watch/6gB9dkmfDA5,
http://www.playvid.com/watch/yeDvtIbIAGw, http://www.playvid.com/watch/OE43DjR7O6W, http://www.playvid.com/watch/ffwMoUyIYtS,
http://www.playvid.com/watch/cRSUgtRTqZH, http://www.playvid.com/watch/jDz00VkOuz2, http://www.playvid.com/watch/YAua0bZzsnF,
http://www.playvid.com/watch/uiJNbuA83ac, http://www.playvid.com/watch/m4TelmGqs00, http://www.playvid.com/watch/YsjxQYffWkB,
http://www.playvid.com/watch/2upgRUJw-gR, http://www.playvid.com/watch/P8ZwAI7JNwo, http://www.playvid.com/watch/X6Mx60yzuHO,
http://www.playvid.com/watch/XzlpUYjbtgL, http://www.playvid.com/watch/XdNQFXL8DBK, http://www.playvid.com/watch/fjk40qZUaRb,
http://www.playvid.com/watch/XTyeg8dooNZ, http://www.playvid.com/watch/wlBWrqMpvs9, http://www.playvid.com/watch/onoVZcAeGFG,
http://www.playvid.com/watch/C2flNip6U7g, http://www.playvid.com/watch/GhJXdVx7oxt, http://www.playvid.com/watch/M6NnkxXj7W3,
http://www.playvid.com/watch/VD0LCtMmxnE, http://www.playvid.com/watch/pmfkuLaw75z, http://www.playvid.com/watch/UzKENWDzK2g,
http://www.playvid.com/watch/s4DBQZDXmJp, http://www.playvid.com/watch/whRBGdeybDy, http://www.playvid.com/watch/TvGEtmtLDf4,
http://www.playvid.com/watch/0hEJcC6dU8N, http://www.playvid.com/watch/sxy3bAmWd35, http://www.playvid.com/watch/6VFwMt0IkpK,
http://www.playvid.com/watch/Gae9XSXlFHU, http://www.playvid.com/watch/GlPQYWMKSEn, http://www.playvid.com/watch/R0HuVTAd7PW,
http://www.playvid.com/watch/YpQHplUMwuo, http://www.playvid.com/watch/g69YsjQY9Yo, http://www.playvid.com/watch/bTmF8jrKsRj,
http://www.playvid.com/watch/mPLkWye4nGK, http://www.playvid.com/watch/0JZrpsz3zuV, http://www.playvid.com/watch/wFdkwz646tZ,
http://www.playvid.com/watch/JvGSUWf95Kz, http://www.playvid.com/watch/dq7M4wl9JVU, http://www.playvid.com/watch/eiZ7Ivczjqk,
http://www.playvid.com/watch/M8euWjsrQxB, http://www.playvid.com/watch/hQgibn94efe, http://www.playvid.com/watch/3jH0VeuQ22O,
http://www.playvid.com/watch/hxMdZQ3STVv, http://www.playvid.com/watch/-tBcYeF9K80, http://www.playvid.com/watch/z8zSin2DCog,
http://www.playvid.com/watch/7JUAh-OUTo4, http://www.playvid.com/watch/QXy3el0xa7C, http://www.playvid.com/watch/h6hvlEjzM70,
http://www.playvid.com/watch/a86B-XvjWot, http://www.playvid.com/watch/IXYOmNM0x2P, http://www.playvid.com/watch/hLcXbV2Ew7I,
http://www.playvid.com/watch/lcRo6nFpxn5, http://www.playvid.com/watch/-BnLcY2-HoD, http://www.playvid.com/watch/eJ7K6-gQNqZ,
http://www.playvid.com/watch/f4EAgOiIn6i, http://www.playvid.com/watch/DEG-j--9tJx, http://www.playvid.com/watch/UMEmQHb8Gtx,
http://www.playvid.com/watch/mck8wPccsYJ, http://www.playvid.com/watch/aT30UJDVqgu, http://www.playvid.com/watch/lBaEErkZ9eR,
http://www.playvid.com/watch/-aXwGrCsBx2, http://www.playvid.com/watch/ZVpgnk-lwpI, http://www.playvid.com/watch/srsjcOoICUy,
http://www.playvid.com/watch/OpYTQ4uppmC, http://www.playvid.com/watch/vFQPFOYt5Hi, http://www.playvid.com/watch/IOhhg6IMafI,
http://www.playvid.com/watch/FB-k32QI3in, http://www.playvid.com/watch/ObxBbcAsf84, http://www.playvid.com/watch/z7pSGhGcxp3,
http://www.playvid.com/watch/jdsqxX8FaxL, http://www.playvid.com/watch/9Dt6wCndyz-, http://www.playvid.com/watch/AnivgtUtuAZ,
http://www.playvid.com/watch/yb3cPgoA9rn, http://www.playvid.com/watch/j3gqhi9o66u, http://www.playvid.com/watch/Lr-qqMHE689,
http://www.playvid.com/watch/S6nDpQUHnV5, http://www.playvid.com/watch/NkBk8XAkXRi, http://www.playvid.com/watch/DeYPPDlGbKM,
http://www.playvid.com/watch/w6u0XOqP8OR, http://www.playvid.com/watch/wdikzsKNPFG, http://www.playvid.com/watch/aEHscMunHPv,
http://www.playvid.com/watch/arB0oAeN6cG, http://www.playvid.com/watch/DPXlFHo2cfc, http://www.playvid.com/watch/az38LHL7Sg8,
http://www.playvid.com/watch/mrRM9S52rQ4, http://www.playvid.com/watch/SxUmhTsnLci, http://www.playvid.com/watch/GkFjXSYtA3j,
http://www.playvid.com/watch/QEkkWloS8sX, http://www.playvid.com/watch/2pShoAQaec4, http://www.playvid.com/watch/lPEYCeu0uUM,
http://www.playvid.com/watch/R3QAbXfNEHN, http://www.playvid.com/watch/AkKuWt6BUUM, http://www.playvid.com/watch/ZZAgP9mPtjT,
http://www.playvid.com/watch/7Mv8myhcPzt, http://www.playvid.com/watch/lvu8EbaTpN-, http://www.playvid.com/watch/q9VCcLjGbfg,
http://www.playvid.com/watch/2ZZdGDlKtbN, http://www.playvid.com/watch/-s3iHjxBTrE, http://www.playvid.com/watch/oTil29fOPMe,
http://www.playvid.com/watch/xg2wI8Fkcld, http://www.playvid.com/watch/BrtVPhPLYLj, http://www.playvid.com/watch/zycRLKsEy8z,
http://www.playvid.com/watch/p9mTUaN6QEM, http://www.playvid.com/watch/HQHxXQjBDDY, http://www.playvid.com/watch/NDrjT-NVkJX,
http://www.playvid.com/watch/KoDhHOVFDc8, http://www.playvid.com/watch/Q532ERT0QTm, http://www.playvid.com/watch/TWO0oy9DEVM,
http://www.playvid.com/watch/M5inb8VJ0Zy, http://www.playvid.com/watch/rOMCVixh5Nj, http://www.playvid.com/watch/tXeaoetN4xl,
http://www.playvid.com/watch/oAisa9kpS4W, http://www.playvid.com/watch/wnFnhDoLznK, http://www.playvid.com/watch/dD56Y9QCFIw,
http://www.playvid.com/watch/PYewLyqYrDM, http://www.playvid.com/watch/yUsrs5odYrZ, http://www.playvid.com/watch/J6oxpYliQuu,
http://www.playvid.com/watch/hIpWukS6dA-, http://www.playvid.com/watch/RYjeoKoIKEN, http://www.playvid.com/watch/XcuAqI8r6Vs,
http://www.playvid.com/watch/4-9VkMvKfFE, http://www.playvid.com/watch/BuxnIgALXHD, http://www.playvid.com/watch/jCbgYf3MN5z,
http://www.playvid.com/watch/GYqq8Lpr5BS, http://www.playvid.com/watch/CR-DdkUaKqK, http://www.playvid.com/watch/alfp0WgmyN-,
http://www.playvid.com/watch/v9lK4ScuCJ5, http://www.playvid.com/watch/9kxnxTFMEJj, http://www.playvid.com/watch/YyCyqL-6QSv,
http://www.playvid.com/watch/4SWF5p37VI4, http://www.playvid.com/watch/rp3oWDa95bI, http://www.playvid.com/watch/OowFCUD6ppH,
http://www.playvid.com/watch/5EVVn0zXacb, http://www.playvid.com/watch/BpbiSdaEmOa, http://www.playvid.com/watch/e27lDb3v6VV,
http://www.playvid.com/watch/P6Ma9rX9oXx, http://www.playvid.com/watch/ime-2bE8PxK, http://www.playvid.com/watch/GLucZWhrvq9,
http://www.playvid.com/watch/vSaFFSpOSV5, http://www.playvid.com/watch/pxBsMZXpyUn, http://www.playvid.com/watch/eANMGh8V33s,

http://www.playvid.com/watch/VIUVnEM7VTq, http://www.playvid.com/watch/Gw6WNkUjLX-, http://www.playvid.com/watch/MfkXWEu3ElP,
http://www.playvid.com/watch/kPHSOJlxejK, http://www.playvid.com/watch/fH0duXuRdX7, http://www.playvid.com/watch/UJ6CrRFUGF9,
http://www.playvid.com/watch/oRWlZ9KLSzy, http://www.playvid.com/watch/DewPRbB67nh, http://www.playvid.com/watch/DUdfJi3pDhi,
http://www.playvid.com/watch/jIzA8FIy9Zs, http://www.playvid.com/watch/aepORydygpb, http://www.playvid.com/watch/oIW5w76v8ZP,
http://www.playvid.com/watch/NIe8YlFRACZ, http://www.playvid.com/watch/HpsZvM7swFc, http://www.playvid.com/watch/QnaWGfzSc2I,
http://www.playvid.com/watch/AJgqHsfNZa6, http://www.playvid.com/watch/hXlpVvtavCu, http://www.playvid.com/watch/mAeIDtzJQVr,
http://www.playvid.com/watch/IpzflrBymRJ, http://www.playvid.com/watch/IoKOZeoye66, http://www.playvid.com/watch/mu-XKQivTym,
http://www.playvid.com/watch/IJn2jNFmhMq, http://www.playvid.com/watch/2z2SlKEuenp, http://www.playvid.com/watch/8NXyzAS7iI-,
http://www.playvid.com/watch/SvsQ0JT-yuC, http://www.playvid.com/watch/xdn900LgQLh, http://www.playvid.com/watch/Tce7flvKAzg,
http://www.playvid.com/watch/sMJp2cZAN2h, http://www.playvid.com/watch/UTyN8LHAtTx, http://www.playvid.com/watch/WY3SYARyw5V,
http://www.playvid.com/watch/a7UUnFGEsbK, http://www.playvid.com/watch/JahHWJo3pdq, http://www.playvid.com/watch/2h8jkFbskbv,
http://www.playvid.com/watch/5Y2TNQVqZn6, http://www.playvid.com/watch/Zxp3ISYqBcM, http://www.playvid.com/watch/3RgEX5fnCn2,
http://www.playvid.com/watch/3jKceLedhhE, http://www.playvid.com/watch/cZcemwo6uSH, http://www.playvid.com/watch/pFEWYqJnAS0,
http://www.playvid.com/watch/MzMCjXTc2ak, http://www.playvid.com/watch/mqOCvOvsSIk, http://www.playvid.com/watch/cvhRM8Q84hM,
http://www.playvid.com/watch/3CBUaq2StIV, http://www.playvid.com/watch/OXALxHmD4fh, http://www.playvid.com/watch/G7EA8PYOE2R,
http://www.playvid.com/watch/krRmXCpoiQ8, http://www.playvid.com/watch/4w8UcEOXI4Q, http://www.playvid.com/watch/z-q7IQ3GqvR,
http://www.playvid.com/watch/0PkkZwT7K0C, http://www.playvid.com/watch/6xiwOi5E-HJ, http://www.playvid.com/watch/Rb9USLFBvL6,
http://www.playvid.com/watch/aULU8uYHCIi, http://www.playvid.com/watch/xg8TN3uNGM-, http://www.playvid.com/watch/tIEJheuso8d,
http://www.playvid.com/watch/DG2eTp0HYge, http://www.playvid.com/watch/V0fKAJywsb2, http://www.playvid.com/watch/Ox8SMrd2ARK,
http://www.playvid.com/watch/UOJR5uqpwD6, http://www.playvid.com/watch/Q3DA5CRx5xS, http://www.playvid.com/watch/4fBCgMwbb-o,
http://www.playvid.com/watch/s8HwrVO6dva, http://www.playvid.com/watch/D3rip65HZhl, http://www.playvid.com/watch/AmLbZMq-HQo,
http://www.playvid.com/watch/c-HTbbcLT7Z, http://www.playvid.com/watch/MilrGL57Gse, http://www.playvid.com/watch/eLmfwwX9P3b,
http://www.playvid.com/watch/9QExLz6GzKS, http://www.playvid.com/watch/3ZgjqemVXp8, http://www.playvid.com/watch/bdUSIz0hz9P,
http://www.playvid.com/watch/hQN235sLNJq, http://www.playvid.com/watch/YZTHjLT4PJP, http://www.playvid.com/watch/ZmqRgmflyMZ,
http://www.playvid.com/watch/woeVLzUCuHV, http://www.playvid.com/watch/iG0ZAkfQGJL, http://www.playvid.com/watch/mKhqYh4wFtr,
http://www.playvid.com/watch/i6so9LxkPwD, http://www.playvid.com/watch/YtwIiIVBfXg, http://www.playvid.com/watch/b0g5-ZVssfu,
http://www.playvid.com/watch/hU9NYQ69PZJ, http://www.playvid.com/watch/lWnbahSBuxL, http://www.playvid.com/watch/mljbqPZs2pr,
http://www.playvid.com/watch/oR8lPyquQR5, http://www.playvid.com/watch/VZ65sF0-Vda, http://www.playvid.com/watch/V2D4WgBfcKS,
http://www.playvid.com/watch/uaqhoFwtyRk, http://www.playvid.com/watch/xHupw9l3VhZ, http://www.playvid.com/watch/EQLaeu56D9H,
http://www.playvid.com/watch/3dthXiH6VTM, http://www.playvid.com/watch/0PdWQhYAzdi, http://www.playvid.com/watch/CeIXEzh26gC,
http://www.playvid.com/watch/WAl79EPStM5, http://www.playvid.com/watch/SFTiJc97Epj, http://www.playvid.com/watch/N6zN-L6CtuF,
http://www.playvid.com/watch/ei9YsFm3xXa, http://www.playvid.com/watch/3oamHP9tDhC, http://www.playvid.com/watch/PEfkIL4WaiQ,
http://www.playvid.com/watch/-XfL5SdLT6v, http://www.playvid.com/watch/l4PIBKoSy2p, http://www.playvid.com/watch/ThryCMqwT-p,
http://www.playvid.com/watch/TT23ukxqdky, http://www.playvid.com/watch/VOsOpUtuKlW, http://www.playvid.com/watch/zYcbzqxFqcB,
http://www.playvid.com/watch/-GJHIUFWzg0, http://www.playvid.com/watch/rZ0fkCLyPaa, http://www.playvid.com/watch/axcANmT6Z9K,
http://www.playvid.com/watch/NarYinhu4kW, http://www.playvid.com/watch/o42xK5fVdO4, http://www.playvid.com/watch/euAISmoUq-0,
http://www.playvid.com/watch/bwk7I20pN6E, http://www.playvid.com/watch/jyBC94klfYz, http://www.playvid.com/watch/vDMOJJDucs7,
http://www.playvid.com/watch/yok86OV35if, http://www.playvid.com/watch/7Bx0KCNz23J, http://www.playvid.com/watch/rX-PlSKOPjw,
http://www.playvid.com/watch/x88FnnSt9RP, http://www.playvid.com/watch/9DWfPhm9qCt, http://www.playvid.com/watch/Gf8FpsDV8mH,
http://www.playvid.com/watch/rSIdbDxBAN4, http://www.playvid.com/watch/sljmFpVwQFW, http://www.playvid.com/watch/H73qmplOqFJ,
http://www.playvid.com/watch/R4IX9Zi7eaE, http://www.playvid.com/watch/5oRmpoZLyAL, http://www.playvid.com/watch/VyyYhAWa4zf,
http://www.playvid.com/watch/aGMFDUKL2D0, http://www.playvid.com/watch/OzKBA-sWfp2, http://www.playvid.com/watch/62VJkqTVn9K,
http://www.playvid.com/watch/BUXOj9zH9ym, http://www.playvid.com/watch/DpAnsfftdf5, http://www.playvid.com/watch/z0srGg4K49S,
http://www.playvid.com/watch/Fi0aySFgeJU, http://www.playvid.com/watch/tUFI7WkDqt6, http://www.playvid.com/watch/dYw7eshjUPv,
http://www.playvid.com/watch/ZS8AleABC-j, http://www.playvid.com/watch/c57i9FV0xif, http://www.playvid.com/watch/LaYYjyyiy7S,
http://www.playvid.com/watch/z2SmjBxegCi, http://www.playvid.com/watch/CJ3yrPMMPuM, http://www.playvid.com/watch/7neCSbF73Nw,
http://www.playvid.com/watch/qOdWyg0cxk4, http://www.playvid.com/watch/2EeXE3I7pvi, http://www.playvid.com/watch/dXqmIkFyaiZ,
http://www.playvid.com/watch/8DftTsodGGb, http://www.playvid.com/watch/miw5tN90K48, http://www.playvid.com/watch/eZBRmVnPsYp,
http://www.playvid.com/watch/kkVQApnpKtI, http://www.playvid.com/watch/DzJd0ocGk3x, http://www.playvid.com/watch/zgD2IwdHO7K,
http://www.playvid.com/watch/rAOaIJBsSsT, http://www.playvid.com/watch/6cCVA2bClDC, http://www.playvid.com/watch/mJDKiPCsC0U,
http://www.playvid.com/watch/hEKZVmg-QW7, http://www.playvid.com/watch/iNITv--cXxT, http://www.playvid.com/watch/Egvxw8d4P9C,
http://www.playvid.com/watch/nd9HyT9Uh0x, http://www.playvid.com/watch/JviUX4k5BZt, http://www.playvid.com/watch/XEXUUssPvTo,
http://www.playvid.com/watch/D3FH0oh9IIK, http://www.playvid.com/watch/MxKwLP2maBW, http://www.playvid.com/watch/4XxRUpYEorI,
http://www.playvid.com/watch/06VxCizrGSD, http://www.playvid.com/watch/EdHDpjhALfB, http://www.playvid.com/watch/uvdvThsI4cP,
http://www.playvid.com/watch/t0I9uh4hywj, http://www.playvid.com/watch/6Z8y5mTJ3Bo, http://www.playvid.com/watch/EpLh0lB6Ozj,
http://www.playvid.com/watch/ozJEKkIO2Nd, http://www.playvid.com/watch/lOeVJycMpnq, http://www.playvid.com/watch/xUVxiyKkbqA,
http://www.playvid.com/watch/9cBwECcGkHD, http://www.playvid.com/watch/C7qd7oXCdUa, http://www.playvid.com/watch/J524SRToASw,
http://www.playvid.com/watch/efZMBPCNrLS, http://www.playvid.com/watch/J-SOT4A6ef5, http://www.playvid.com/watch/YaNIic-8vvX,
http://www.playvid.com/watch/sX3zVO-Oa7X, http://www.playvid.com/watch/aXAUHMXQpPq, http://www.playvid.com/watch/ttk-hMfhIj5,
http://www.playvid.com/watch/JRVtEmDHQyO, http://www.playvid.com/watch/cy-S4HWd-gc, http://www.playvid.com/watch/RCRvMU3lOvg,
http://www.playvid.com/watch/Elvuj5QpL6b, http://www.playvid.com/watch/e9mvJQrlcAt, http://www.playvid.com/watch/T0sKAK8ffeV,
http://www.playvid.com/watch/2k7i57t5uH-, http://www.playvid.com/watch/EpNKh5ohR44, http://www.playvid.com/watch/mLTSIZQpWYl,
http://www.playvid.com/watch/hCrqCeR0hro, http://www.playvid.com/watch/48QTqyfPjlZ, http://www.playvid.com/watch/3vaakN3KRWC,
http://www.playvid.com/watch/SZCCqIXKADc, http://www.playvid.com/watch/JddWTjvVcRi, http://www.playvid.com/watch/TB6dWx3zmwq,
http://www.playvid.com/watch/NjkT02HUCM6, http://www.playvid.com/watch/8ocB57Z4jny, http://www.playvid.com/watch/KTUVkz8QpaL,
http://www.playvid.com/watch/YipaQOvoE-m, http://www.playvid.com/watch/W5PmdIyJYMb, http://www.playvid.com/watch/ty8qoO5Wqw6,
http://www.playvid.com/watch/Wpenf8KZStM, http://www.playvid.com/watch/4lfvPNHRXWI, http://www.playvid.com/watch/xAu7as5vNJk,
http://www.playvid.com/watch/k28MOpQLUEF, http://www.playvid.com/watch/AqFwSsORR70, http://www.playvid.com/watch/mwyBKIxRu6q,
http://www.playvid.com/watch/Nhtppv0RmWp, http://www.playvid.com/watch/2dQwoQJ3xL5, http://www.playvid.com/watch/Y-Wmx8rPuOV,
http://www.playvid.com/watch/UzQV5Nheo04, http://www.playvid.com/watch/zWkZtGnU2AX, http://www.playvid.com/watch/eqBRKSSWBT7,
http://www.playvid.com/watch/7SS32jcQGLP, http://www.playvid.com/watch/eNMUQZP8Upd, http://www.playvid.com/watch/0mCiGcYqyce,
http://www.playvid.com/watch/FZsfpyKb6Sh, http://www.playvid.com/watch/UVYwBbe3v3T, http://www.playvid.com/watch/6-e9FGw6XAO,
http://www.playvid.com/watch/fvN5CuB4HPS, http://www.playvid.com/watch/FUZm39fM4SA, http://www.playvid.com/watch/hSKpZnRS5DV,
http://www.playvid.com/watch/WqFTIXsLh4J, http://www.playvid.com/watch/qVTWdkC0rrb, http://www.playvid.com/watch/nzfa0XiKTmE,
http://www.playvid.com/watch/UKXQ5JFrSnw, http://www.playvid.com/watch/hCFkCk5Jlfa, http://www.playvid.com/watch/PCJ0my2qROU,
http://www.playvid.com/watch/9FWUOCzlq5q, http://www.playvid.com/watch/WWPTOcwi97B, http://www.playvid.com/watch/Msdt0FFx899,
http://www.playvid.com/watch/KEfgf4LFZw2, http://www.playvid.com/watch/Pcpbv3Xo06r, http://www.playvid.com/watch/pO2qMUx2ZC4,
http://www.playvid.com/watch/guEfC44gNjV, http://www.playvid.com/watch/GQq8uLWkOI4, http://www.playvid.com/watch/XhktSSCmdxg,
http://www.playvid.com/watch/voZy7XSTZpz, http://www.playvid.com/watch/qCssDCspzId, http://www.playvid.com/watch/E7VUVb4xRzq,
http://www.playvid.com/watch/QzkWEJwGOWR, http://www.playvid.com/watch/qm8xJ5MBatb, http://www.playvid.com/watch/3krrJJnuIoU,
http://www.playvid.com/watch/fbMDmVauyaE, http://www.playvid.com/watch/-uRILR9fpaq, http://www.playvid.com/watch/fwCxNYVgVrc,
http://www.playvid.com/watch/nwNrfQDWir3, http://www.playvid.com/watch/m5lftz4iGMy, http://www.playvid.com/watch/elXRHMpHmhF,
http://www.playvid.com/watch/laWCutBHCtH, http://www.playvid.com/watch/c5vRk-J7j8j, http://www.playvid.com/watch/2qGPtKaWIUv,
http://www.playvid.com/watch/GdbIzg0c0KX, http://www.playvid.com/watch/U6s2zQSXQMF, http://www.playvid.com/watch/DEb6Mg8FZ4i,
http://www.playvid.com/watch/AHs74EdbdP-, http://www.playvid.com/watch/SuHkjI8R6QY, http://www.playvid.com/watch/B6kaCUzpoag,
http://www.playvid.com/watch/nxtJEm5gL-7, http://www.playvid.com/watch/xnu7ybA-vcq, http://www.playvid.com/watch/dPidCKhcVEc,
http://www.playvid.com/watch/vZJDcnUF2V5, http://www.playvid.com/watch/VSQBElfKIzt, http://www.playvid.com/watch/DYH6vN4sDYa,
http://www.playvid.com/watch/UVxv92MGwOY, http://www.playvid.com/watch/T5ai5bjyqUg, http://www.playvid.com/watch/tTgKoxJjqr0,
http://www.playvid.com/watch/u0sHYDLJOpi, http://www.playvid.com/watch/7kXrv6bBasi, http://www.playvid.com/watch/uEXNZc6BTGY,
http://www.playvid.com/watch/v2bldPyaJq4, http://www.playvid.com/watch/DLxmqszcpjY, http://www.playvid.com/watch/kNwOe6Qyec7,
http://www.playvid.com/watch/z0V84MwZ-Ds, http://www.playvid.com/watch/GlS9ExX-SLr, http://www.playvid.com/watch/azl2CgWrJgM,
http://www.playvid.com/watch/bqqaFNBsddK, http://www.playvid.com/watch/2Ql5MG72wHi, http://www.playvid.com/watch/LQQesOetQcN,
http://www.playvid.com/watch/DfHZGTkJAQT, http://www.playvid.com/watch/ZvKyWHUy0xV, http://www.playvid.com/watch/Edb40KZApHf,
http://www.playvid.com/watch/KzN7EQnmZry, http://www.playvid.com/watch/7ii6RZOIcKe, http://www.playvid.com/watch/oCCbJrjGHjY,
http://www.playvid.com/watch/eVAOngy9jlO, http://www.playvid.com/watch/lYmIj8h0Wvj, http://www.playvid.com/watch/r9oR3X-INqO,
http://www.playvid.com/watch/hRB9egIZPbW, http://www.playvid.com/watch/X55-CE-kQpz, http://www.playvid.com/watch/6ATU2vRobPm,

http://www.playvid.com/watch/pzzE6Ad7eFp, http://www.playvid.com/watch/kSSxjcIGhMA, http://www.playvid.com/watch/wItZgOYim72,
http://www.playvid.com/watch/LStre95LarT, http://www.playvid.com/watch/irquWsODaRi, http://www.playvid.com/watch/vggmWIaoQSx,
http://www.playvid.com/watch/x2WkOA66uzY, http://www.playvid.com/watch/pXjH5RLA3tz, http://www.playvid.com/watch/inuT6C4aR2y,
http://www.playvid.com/watch/7FHadOlIdIv, http://www.playvid.com/watch/kPdzhI-lC5y, http://www.playvid.com/watch/pMiDlxGuHXq,
http://www.playvid.com/watch/lba5mtCgmux, http://www.playvid.com/watch/GykWEyK5zTs, http://www.playvid.com/watch/KWHLDYWRxwY,
http://www.playvid.com/watch/kfiCxDlPzYv, http://www.playvid.com/watch/wELjchVgECo, http://www.playvid.com/watch/hdP23RcwBE-,
http://www.playvid.com/watch/4AFfFqp5Iht, http://www.playvid.com/watch/9VHtxa3s8bL, http://www.playvid.com/watch/belRxtoeaWV,
http://www.playvid.com/watch/WXVaicIJtVY, http://www.playvid.com/watch/LIYcs5MqrOu, http://www.playvid.com/watch/qxpUpaZ8hsM,
http://www.playvid.com/watch/jA9UXN2pYoD, http://www.playvid.com/watch/iIaTDbGfiR-, http://www.playvid.com/watch/yTS3gspTJkx,
http://www.playvid.com/watch/9apfNBbPRYT, http://www.playvid.com/watch/FoVdRJcTDGq, http://www.playvid.com/watch/9sFg3OknUKD,
http://www.playvid.com/watch/vfViNbYSSkH, http://www.playvid.com/watch/RKYkm2m2caA, http://www.playvid.com/watch/mlnwPVslmI8,
http://www.playvid.com/watch/3wtOgzv8tww, http://www.playvid.com/watch/3mhXV3J8rPQ, http://www.playvid.com/watch/Qh-Ez2ELBJV,
http://www.playvid.com/watch/TeUIruRFFuS, http://www.playvid.com/watch/gfx2hR3soyR, http://www.playvid.com/watch/cHdz9YwhRAc,
http://www.playvid.com/watch/ck2TtqA3GBt, http://www.playvid.com/watch/3sEfqg24zoP, http://www.playvid.com/watch/6zS80Obd0d9,
http://www.playvid.com/watch/v2weAqltTwN, http://www.playvid.com/watch/GX0ayHGW7uH, http://www.playvid.com/watch/xPw7szkgbuT,
http://www.playvid.com/watch/wk7SEXgySij, http://www.playvid.com/watch/dN3eoyZdLK3, http://www.playvid.com/watch/8Z4bkNJIHP5,
http://www.playvid.com/watch/9diwkNPm5vt, http://www.playvid.com/watch/wGCoj0ebiXx, http://www.playvid.com/watch/fqMaWquQMJr,
http://www.playvid.com/watch/aEAss8Y3ipE, http://www.playvid.com/watch/ZsmTcXJFsld, http://www.playvid.com/watch/Su9yamqy0b5,
http://www.playvid.com/watch/ptbZ8y2ykY3, http://www.playvid.com/watch/-s-P3MUvXD3, http://www.playvid.com/watch/GaWknPZJiIU,
http://www.playvid.com/watch/NTfHEQPyoFS, http://www.playvid.com/watch/p5Xq2dwokIs, http://www.playvid.com/watch/6OxOVJ-5zYw,
http://www.playvid.com/watch/WNYuz9PQcjb, http://www.playvid.com/watch/TBnwTGLbCE7, http://www.playvid.com/watch/ZweN5g7q94N,
http://www.playvid.com/watch/aebLqrBPw5g, http://www.playvid.com/watch/daNKpHyKYId, http://www.playvid.com/watch/iidCTcFoTi2,
http://www.playvid.com/watch/AjS7gjBKlti, http://www.playvid.com/watch/j97MBCDdHd4, http://www.playvid.com/watch/hHsT6TWz9Xq,
http://www.playvid.com/watch/YeE708xJdea, http://www.playvid.com/watch/hZq7nwHr5Vm, http://www.playvid.com/watch/fWMI7KtQ2Ym,
http://www.playvid.com/watch/MuHbJSgfd5q, http://www.playvid.com/watch/fb2ui87mhyk, http://www.playvid.com/watch/qgwPQZhPKpO,
http://www.playvid.com/watch/vs5OJtMGKuc, http://www.playvid.com/watch/3EYKiunUYA8, http://www.playvid.com/watch/OuulJRBdq0l,
http://www.playvid.com/watch/UnYmiqySMeB, http://www.playvid.com/watch/CLKx0oQqePB, http://www.playvid.com/watch/lzZKyrsK5js,
http://www.playvid.com/watch/CtVfk5FLFQJ, http://www.playvid.com/watch/99q8HwohXqI, http://www.playvid.com/watch/xTzslrVn6FW,
http://www.playvid.com/watch/Yt8-gH5CChm, http://www.playvid.com/watch/F2TkcMuPvS6, http://www.playvid.com/watch/BQ8vaNbMkZg,
http://www.playvid.com/watch/Tx8TPYM23Iv, http://www.playvid.com/watch/pErUjVZsoyd, http://www.playvid.com/watch/3oYzNWDisUZ,
http://www.playvid.com/watch/e2AXaWQ9-cv, http://www.playvid.com/watch/zbXjLCrgIkk, http://www.playvid.com/watch/COUCKoOd9bW,
http://www.playvid.com/watch/zYqkgd6lEH3, http://www.playvid.com/watch/MzeUd-ETdPo, http://www.playvid.com/watch/o-0j6f5HOJa,
http://www.playvid.com/watch/hrLNDH5nCbZ, http://www.playvid.com/watch/z-x49HQJbEs, http://www.playvid.com/watch/RreMxztiuns,
http://www.playvid.com/watch/apAptuGBoWO, http://www.playvid.com/watch/ECoMctL4Uh9, http://www.playvid.com/watch/kFFYbn2qsKL,
http://www.playvid.com/watch/rXm0QJCQ8q4, http://www.playvid.com/watch/aq9e28xJINC, http://www.playvid.com/watch/EGjDhi5Bx6e,
http://www.playvid.com/watch/npfce4iTNq7, http://www.playvid.com/watch/csyZMmyAR70, http://www.playvid.com/watch/H7FlNXTuV8I,
http://www.playvid.com/watch/0FBYRul3Iru, http://www.playvid.com/watch/ETtM3GC4dtF, http://www.playvid.com/watch/GJ8giBuIHLI,
http://www.playvid.com/watch/sJ7Y0DET-0y, http://www.playvid.com/watch/YqaEQMhK3Pr, http://www.playvid.com/watch/D6mHCjbIe48,
http://www.playvid.com/watch/6eCzsOFIbG4, http://www.playvid.com/watch/4SPP-6HZwXV, http://www.playvid.com/watch/Gy5jfgcXIsa,
http://www.playvid.com/watch/0iHPT0rGGMU, http://www.playvid.com/watch/q50dKfPbKzI, http://www.playvid.com/watch/lyiEphUiEKO,
http://www.playvid.com/watch/W7is2FjmLza, http://www.playvid.com/watch/fBkcjXY3zFO, http://www.playvid.com/watch/mc9hUOUboFx,
http://www.playvid.com/watch/M7d0PbFZov7, http://www.playvid.com/watch/tcbufrUEVvr, http://www.playvid.com/watch/ofzOH2SbZH4,
http://www.playvid.com/watch/pT5gXPGTSRY, http://www.playvid.com/watch/28D6GNSwojd, http://www.playvid.com/watch/9XHRnMB3g8z,
http://www.playvid.com/watch/EvSfKLCQKCa, http://www.playvid.com/watch/NpLLMpr8SsV, http://www.playvid.com/watch/or9z-nm7wGr,
http://www.playvid.com/watch/vZ8yyc2IjGr, http://www.playvid.com/watch/8ksh9qxwSv-, http://www.playvid.com/watch/ouOnDPeShW4,
http://www.playvid.com/watch/RPjEVAai6JJ, http://www.playvid.com/watch/bCE9j46LGee, http://www.playvid.com/watch/F6ZCriox6HM,
http://www.playvid.com/watch/oAFJxcVqgTt, http://www.playvid.com/watch/g0pLEsJ6HSI, http://www.playvid.com/watch/qejUQ7G-q9P,
http://www.playvid.com/watch/QYDrTSz9R7M, http://www.playvid.com/watch/ZSxQaD0bucb, http://www.playvid.com/watch/HDMvTkyoUrn,
http://www.playvid.com/watch/ZVkEYa6akJO, http://www.playvid.com/watch/0bu3OEK8G9n, http://www.playvid.com/watch/DyDDKQWJGTR,
http://www.playvid.com/watch/CWfxGVeV0B5, http://www.playvid.com/watch/bX56GfgjMvU, http://www.playvid.com/watch/taYMo2podLh,
http://www.playvid.com/watch/rd9R3gadW5Q, http://www.playvid.com/watch/aThkkDGLuN-, http://www.playvid.com/watch/VBfBOeIwp6t,
http://www.playvid.com/watch/krVgEhl0f75, http://www.playvid.com/watch/8srBtQrS7Aa, http://www.playvid.com/watch/gP7VZDfo3D7,
http://www.playvid.com/watch/wDpFeEoMssP, http://www.playvid.com/watch/Lr9aLnLSz-L, http://www.playvid.com/watch/SbdiSqE7dLi,
http://www.playvid.com/watch/3GAtK6YIbiu, http://www.playvid.com/watch/dpD9dOaK4Pm, http://www.playvid.com/watch/CC0YXszrPU7,
http://www.playvid.com/watch/ejCRppjN-RV, http://www.playvid.com/watch/0f2VANW5sE3, http://www.playvid.com/watch/Gk6SKpgw8aD,
http://www.playvid.com/watch/K7w4GihcnSh, http://www.playvid.com/watch/W9fM9JL0MaU, http://www.playvid.com/watch/jOHcKjIPnbB,
http://www.playvid.com/watch/C4y4634jBhj, http://www.playvid.com/watch/T4-Wuxh8Iaq, http://www.playvid.com/watch/L8f3ZgVaMyp,
http://www.playvid.com/watch/JLPmOC2OPQb, http://www.playvid.com/watch/yUqG-OVJsos, http://www.playvid.com/watch/4KkXTL54sHj,
http://www.playvid.com/watch/wZKLwoda-2f, http://www.playvid.com/watch/99d8NM0YJkj, http://www.playvid.com/watch/eexUsb-30Ln,
http://www.playvid.com/watch/tdnzi4jjpVV, http://www.playvid.com/watch/MPNnt-CJXDS, http://www.playvid.com/watch/v2l9EcWen7W,
http://www.playvid.com/watch/SnIS3vIsPrz, http://www.playvid.com/watch/HwktFnVqOov, http://www.playvid.com/watch/xztelOfepYQ,
http://www.playvid.com/watch/htWY5VuShco, http://www.playvid.com/watch/mPP4RWRsw40, http://www.playvid.com/watch/BFlOz5HpJDp,
http://www.playvid.com/watch/qgxwjmvGBeL, http://www.playvid.com/watch/hBLn9qLgWQv, http://www.playvid.com/watch/entfGlPnJ0S,
http://www.playvid.com/watch/gtdCdnw4M-E, http://www.playvid.com/watch/imWxHpgLmcx, http://www.playvid.com/watch/GvPlFEd30vz,
http://www.playvid.com/watch/IGoepfmdTqc, http://www.playvid.com/watch/xuaFoZEhhJQ, http://www.playvid.com/watch/OmeAaQJpx2O,
http://www.playvid.com/watch/RLpBTGxWwou, http://www.playvid.com/watch/sBtjMA5Gs0V, http://www.playvid.com/watch/BNulCTTrCg9,
http://www.playvid.com/watch/2qNnu4rw3DM, http://www.playvid.com/watch/jK3Gf8VUceC, http://www.playvid.com/watch/E4Z28driedK,
http://www.playvid.com/watch/B3lVrjw8IbL, http://www.playvid.com/watch/f5fKGYMViYX, http://www.playvid.com/watch/L93wkg2Toyl,
http://www.playvid.com/watch/4OnVp-nMW2E, http://www.playvid.com/watch/knfeoTt5eQ7, http://www.playvid.com/watch/lgow9aWMANj,
http://www.playvid.com/watch/yniVe0i8OMB, http://www.playvid.com/watch/PeDsOCWly8C, http://www.playvid.com/watch/q882-av6qtD,
http://www.playvid.com/watch/k2bMf6s63Lj, http://www.playvid.com/watch/LDyt3-cZqxm, http://www.playvid.com/watch/SOK-P4srqm5,
http://www.playvid.com/watch/a2wAoYhcBRu, http://www.playvid.com/watch/b3IaENCjfNs, http://www.playvid.com/watch/PQmAxbI9gZF,
http://www.playvid.com/watch/Y7B5B29rI7g, http://www.playvid.com/watch/VSAp33K5Fh5, http://www.playvid.com/watch/I3Z7dqIJA72,
http://www.playvid.com/watch/TTVZkgDzrBi, http://www.playvid.com/watch/ObWOBdVUZwX, http://www.playvid.com/watch/Z8lqCRkvSDb,
http://www.playvid.com/watch/K-ZLTynIOm9, http://www.playvid.com/watch/AUGTNaHNX-y, http://www.playvid.com/watch/bxfN93tOfJ2,
http://www.playvid.com/watch/JwoypUAhaNX, http://www.playvid.com/watch/exMn3QPumcw, http://www.playvid.com/watch/HQdIBT37K-H,
http://www.playvid.com/watch/qUlIUWA8jSi, http://www.playvid.com/watch/AS6e6jRUfln, http://www.playvid.com/watch/kSNKWffg43o,
http://www.playvid.com/watch/hmRCUuCSd6y, http://www.playvid.com/watch/RebXkF7Zysz, http://www.playvid.com/watch/xyXVE29dllB,
http://www.playvid.com/watch/L5gD-u2L6GB, http://www.playvid.com/watch/GLL6P2qyld3, http://www.playvid.com/watch/0fE04huYdCM,
http://www.playvid.com/watch/uWX94bwjbdO, http://www.playvid.com/watch/T9G4w8XXlCq, http://www.playvid.com/watch/CWeT7ONHmSG,
http://www.playvid.com/watch/vG6OvwMtGAG, http://www.playvid.com/watch/xd96YpoVn-i, http://www.playvid.com/watch/PiR0PFFxOvK,
http://www.playvid.com/watch/4RyOPV2ZY-D, http://www.playvid.com/watch/2saYCXElhDq, http://www.playvid.com/watch/23Z-F-0Jf0C,
http://www.playvid.com/watch/jkeHkn3XPT4, http://www.playvid.com/watch/cOcqjj3V4wt, http://www.playvid.com/watch/BQeO4SijkKw,
http://www.playvid.com/watch/xxUsxmanxYU, http://www.playvid.com/watch/j3m5jACDHpF, http://www.playvid.com/watch/YXE6ghw26TF,
http://www.playvid.com/watch/xWKMDyJwj0M, http://www.playvid.com/watch/lj6RRa37GIU, http://www.playvid.com/watch/oFx5KK5Q3Ik,
http://www.playvid.com/watch/88g6VNzE0A2, http://www.playvid.com/watch/U-pceHSG78Z, http://www.playvid.com/watch/7NfM2bFatKk,
http://www.playvid.com/watch/4H7SPxD-biW, http://www.playvid.com/watch/F5z56IY9sc6, http://www.playvid.com/watch/Fj4gIq837B-,
http://www.playvid.com/watch/sf23oX-5A8x, http://www.playvid.com/watch/78VMEBH3cWp, http://www.playvid.com/watch/tNaMoyBpTUi,
http://www.playvid.com/watch/FZssgflDcY2, http://www.playvid.com/watch/xJpm0MMtfGS, http://www.playvid.com/watch/Tb6Fim23fPg,
http://www.playvid.com/watch/hijgkcUkU8j, http://www.playvid.com/watch/opvnBdzPmek, http://www.playvid.com/watch/5OGprinUJnQ,
http://www.playvid.com/watch/5sP00nPrQCV, http://www.playvid.com/watch/v-wMZSa6Haj, http://www.playvid.com/watch/vmD0t290D-p,
http://www.playvid.com/watch/JAO7zxuaV-H, http://www.playvid.com/watch/9lCHXudZXeW, http://www.playvid.com/watch/MNypPdOzwxq,
http://www.playvid.com/watch/rtRUpxFCxJ5, http://www.playvid.com/watch/Iolf5oKDwiw, http://www.playvid.com/watch/dfnapyYIbtx,
http://www.playvid.com/watch/evGjZ9pAvXh, http://www.playvid.com/watch/sinZAhxuRuH, http://www.playvid.com/watch/QKatnGVPVED,
http://www.playvid.com/watch/DzmSNDesqf4, http://www.playvid.com/watch/pZUk42Tbygn, http://www.playvid.com/watch/tSDqnmXZdqW,
http://www.playvid.com/watch/t-9X9jUE0bA, http://www.playvid.com/watch/ANu3vU6HKyN, http://www.playvid.com/watch/8AUB8m5hsxT,

http://www.playvid.com/watch/pVSjcmddxuN, http://www.playvid.com/watch/8EwYh-Iu0jB, http://www.playvid.com/watch/mNQ2Xg-6uoX,
http://www.playvid.com/watch/pBItSMmRxOI, http://www.playvid.com/watch/bhZLY8hlEcc, http://www.playvid.com/watch/cMvkaSdUHn-,
http://www.playvid.com/watch/FBsHxDNhfMh, http://www.playvid.com/watch/HoOrIvPzs3d, http://www.playvid.com/watch/hJ7kKsyHm0l,
http://www.playvid.com/watch/aLrMuKDC5qn, http://www.playvid.com/watch/xkqzK2J64kk, http://www.playvid.com/watch/CPRYriJDxbc,
http://www.playvid.com/watch/MC5w2sD-IKt, http://www.playvid.com/watch/55WR8MoP3YN, http://www.playvid.com/watch/Vul2eVY4KWC,
http://www.playvid.com/watch/FWPJDneGGd7, http://www.playvid.com/watch/L99jDkkq7Ii, http://www.playvid.com/watch/wVe3rQzgrs-,
http://www.playvid.com/watch/tuXY0irO8XB, http://www.playvid.com/watch/-ZDRo8dYWB2, http://www.playvid.com/watch/fJTfKfREm-A,
http://www.playvid.com/watch/Wde7PhW2UFO, http://www.playvid.com/watch/7NCEJ-35YXi, http://www.playvid.com/watch/O0PQmD-Tl46,
http://www.playvid.com/watch/PaaF0nulhK9, http://www.playvid.com/watch/aEJEZr5SP3a, http://www.playvid.com/watch/hYFfOe85VTu,
http://www.playvid.com/watch/6kvcbj6Zj5E, http://www.playvid.com/watch/Bi55waO2T54, http://www.playvid.com/watch/7m79cFuTaXG,
http://www.playvid.com/watch/Web5XFsxaQv, http://www.playvid.com/watch/ecwjm4NxDDm, http://www.playvid.com/watch/rC9oR4tJnYD,
http://www.playvid.com/watch/cUHO7VgTR8q, http://www.playvid.com/watch/VoFf5khZlT-, http://www.playvid.com/watch/BQ0cgJ83L4p,
http://www.playvid.com/watch/m3OJKVKAkzg, http://www.playvid.com/watch/noScj988mnl, http://www.playvid.com/watch/4ugQNDl-rBc,
http://www.playvid.com/watch/SBXMdjcRzGH, http://www.playvid.com/watch/-5itU6DRJDw, http://www.playvid.com/watch/HIFVlhYolhe,
http://www.playvid.com/watch/EL4ytPETF60, http://www.playvid.com/watch/XPiUY7xlXLV, http://www.playvid.com/watch/3Wtfvw3OXy6,
http://www.playvid.com/watch/bLJ4MSrc8uU, http://www.playvid.com/watch/QTP4zEofEoL, http://www.playvid.com/watch/uEuKBcEComq,
http://www.playvid.com/watch/oiAQp3G34rb, http://www.playvid.com/watch/Tdq8UFTzwDJ, http://www.playvid.com/watch/M6BYYEW4FdZ,
http://www.playvid.com/watch/rB66UOOh49H, http://www.playvid.com/watch/pjQ0aV7HYdH, http://www.playvid.com/watch/7vYvQfoz36Y,
http://www.playvid.com/watch/aZFHLL9UEfo, http://www.playvid.com/watch/LexCWQowfr2, http://www.playvid.com/watch/IXXI30ik3X9,
http://www.playvid.com/watch/-RGKds4BwyY, http://www.playvid.com/watch/N9oPKWav4YD, http://www.playvid.com/watch/RWJ-KbDquWb,
http://www.playvid.com/watch/PcwGyY689T5, http://www.playvid.com/watch/7hDy2zBSx7v, http://www.playvid.com/watch/lNaQumLWFAA,
http://www.playvid.com/watch/KrmWn6GvB-s, http://www.playvid.com/watch/eMHpaLJDcpI, http://www.playvid.com/watch/nFv7RTNttUW,
http://www.playvid.com/watch/rwOEJaTbn6y, http://www.playvid.com/watch/SdkMLoIfeme, http://www.playvid.com/watch/sCsWc7gDrCm,
http://www.playvid.com/watch/77ZqJaJ3U7u, http://www.playvid.com/watch/vjvxSI9L4YV, http://www.playvid.com/watch/EHjuzVXLb-W,
http://www.playvid.com/watch/7EEeiKStpeC, http://www.playvid.com/watch/rOSxEXmsgV7, http://www.playvid.com/watch/LykqN5IXQ9n,
http://www.playvid.com/watch/-uY5c2ao-9q, http://www.playvid.com/watch/misDmbxjT29, http://www.playvid.com/watch/c3NKZYNU29s,
http://www.playvid.com/watch/BQzQ4dOkqlH, http://www.playvid.com/watch/Op9jZzu8BsM, http://www.playvid.com/watch/MIGWGEbVSBG,
http://www.playvid.com/watch/DQT697jKFuC, http://www.playvid.com/watch/hgskSuDaCTD, http://www.playvid.com/watch/-2CT92DxKR4,
http://www.playvid.com/watch/ewxlZ0mQI6Y, http://www.playvid.com/watch/V9fY83tOrlb, http://www.playvid.com/watch/s4shLcJURmI,
http://www.playvid.com/watch/PUX8fpmjDv-, http://www.playvid.com/watch/tIQqjIOPodf, http://www.playvid.com/watch/iJhe-PfBXAs,
http://www.playvid.com/watch/C50HvN8OFSl, http://www.playvid.com/watch/p2M9uZDPUDv, http://www.playvid.com/watch/JKsKuDHDoN3,
http://www.playvid.com/watch/UgLLjdQgGAz, http://www.playvid.com/watch/hxOcvbrp5CB, http://www.playvid.com/watch/HH-faKARhMg,
http://www.playvid.com/watch/mjTaV3TzzUB, http://www.playvid.com/watch/9HauMxd95OR, http://www.playvid.com/watch/qXRUP0XepfY,
http://www.playvid.com/watch/lnMrunbpbF2, http://www.playvid.com/watch/v9qVIG7dtZW, http://www.playvid.com/watch/hPAZjJsjHPy,
http://www.playvid.com/watch/xwdFVerTi4F, http://www.playvid.com/watch/E3LmlLxmxCu, http://www.playvid.com/watch/mrn5ODfdrk2,
http://www.playvid.com/watch/uAn9HPf6jv6, http://www.playvid.com/watch/W0stECCI7q5, http://www.playvid.com/watch/QJ3RBfOETIl,
http://www.playvid.com/watch/jj92VczChYT, http://www.playvid.com/watch/tFLeXscMWEb, http://www.playvid.com/watch/9E7ytfphhRG,
http://www.playvid.com/watch/S0KiRyGF2IJ, http://www.playvid.com/watch/TLDwGizrSF9, http://www.playvid.com/watch/QaDeNpt85KB,
http://www.playvid.com/watch/OB0Ck30dxTg, http://www.playvid.com/watch/ZvDQJHXBnT0, http://www.playvid.com/watch/vbplPSrN7JB,
http://www.playvid.com/watch/HKoK8iobUgk, http://www.playvid.com/watch/IVeUAcG2pz7, http://www.playvid.com/watch/g9hbcnPNZbP,
http://www.playvid.com/watch/tOU48EgY7CM, http://www.playvid.com/watch/EhwD4incRV7, http://www.playvid.com/watch/KhmYtLrfNxN,
http://www.playvid.com/watch/ncviIeTclT6, http://www.playvid.com/watch/IrAWRl5w2gX, http://www.playvid.com/watch/jfZNoqBTY2a,
http://www.playvid.com/watch/wnE6GVMg4BH, http://www.playvid.com/watch/o7z0FfUSULM, http://www.playvid.com/watch/BC0IqEpz5fk,
http://www.playvid.com/watch/sK3hsKqAKfH, http://www.playvid.com/watch/0Ii647BoV4H, http://www.playvid.com/watch/nBtKUwDSk7C,
http://www.playvid.com/watch/ZLG8DAAmhCW, http://www.playvid.com/watch/FMVkzUblSR-, http://www.playvid.com/watch/qVebqekI3m6,
http://www.playvid.com/watch/nXKuGtJdOMt, http://www.playvid.com/watch/rMBkL3SsQjg, http://www.playvid.com/watch/swubnzLaEqy,
http://www.playvid.com/watch/WRDhEG4CG3U, http://www.playvid.com/watch/kexCrFVhumG, http://www.playvid.com/watch/I9V4-SVfhLa,
http://www.playvid.com/watch/-bQrZOUXU5F, http://www.playvid.com/watch/vZkGqdBPcop, http://www.playvid.com/watch/QfoFNaqp4EW,
http://www.playvid.com/watch/WEN7tJuSEih, http://www.playvid.com/watch/a4xixWi8pmZ, http://www.playvid.com/watch/H56DcYbAK2A,
http://www.playvid.com/watch/49CxxsKYzIn, http://www.playvid.com/watch/q4ROkp2fgSo, http://www.playvid.com/watch/gWMKDSnfMqM,
http://www.playvid.com/watch/dBwkXV4h4m7, http://www.playvid.com/watch/LS4cOT-Dfma, http://www.playvid.com/watch/sVOWGumhvKx,
http://www.playvid.com/watch/mJKQOgCOilJ, http://www.playvid.com/watch/Ou66Vqi2tLs, http://www.playvid.com/watch/0jGbzDwenMu,
http://www.playvid.com/watch/8hn60EDMQm3, http://www.playvid.com/watch/KXr7Sh79My8, http://www.playvid.com/watch/FmOYCqgic6I,
http://www.playvid.com/watch/FioT8U4g6tG, http://www.playvid.com/watch/z3StqR0KdtQ, http://www.playvid.com/watch/CzjMrMynAPE,
http://www.playvid.com/watch/rfdRbRALqLL, http://www.playvid.com/watch/j4KtHSsA5ni, http://www.playvid.com/watch/3opudBBV5fn,
http://www.playvid.com/watch/iIwyS8jdVSR, http://www.playvid.com/watch/2dsA7-aVitk, http://www.playvid.com/watch/BogA-h-76wT,
http://www.playvid.com/watch/-RMKdfv-ftX, http://www.playvid.com/watch/ZdMLF92doah, http://www.playvid.com/watch/47UeUh9rYUO,
http://www.playvid.com/watch/Hwpc-WZgLFP, http://www.playvid.com/watch/NfAR8ue2XR0, http://www.playvid.com/watch/x2eaGhSmt0W,
http://www.playvid.com/watch/XwEwWnGekuK, http://www.playvid.com/watch/WEMHVeMZiuI, http://www.playvid.com/watch/MKSasVxpZ8i,
http://www.playvid.com/watch/cMDZE09gn-H, http://www.playvid.com/watch/Yq0wVBDZpeU, http://www.playvid.com/watch/kx9pMOykdbb,
http://www.playvid.com/watch/Q4TPOSjkReX, http://www.playvid.com/watch/oKglh7IjvAl, http://www.playvid.com/watch/G2MzDESsUn6,
http://www.playvid.com/watch/85eFfpBfZ33, http://www.playvid.com/watch/-sjQyuym7Ul, http://www.playvid.com/watch/nhvU-Vn4iFh,
http://www.playvid.com/watch/RJRaN8aRw5k, http://www.playvid.com/watch/liyT9sugGj3, http://www.playvid.com/watch/laV5jjso8-Q,
http://www.playvid.com/watch/whlkbCbcIJ0, http://www.playvid.com/watch/I2z3rXiD9Og, http://www.playvid.com/watch/5QTqyR9I--5,
http://www.playvid.com/watch/lbXOCbOQcar, http://www.playvid.com/watch/JlLPOVrZro5, http://www.playvid.com/watch/o7dcpUcvylg,
http://www.playvid.com/watch/0wYgZ7bc6gz, http://www.playvid.com/watch/OC-J93MICZ3, http://www.playvid.com/watch/7MPmA74OX-4,
http://www.playvid.com/watch/BFcQTIu30hq, http://www.playvid.com/watch/8C36Dfhkjk7, http://www.playvid.com/watch/lAi55e-Au80,
http://www.playvid.com/watch/MvhpnBQDawg, http://www.playvid.com/watch/lRT-AVisBKg, http://www.playvid.com/watch/Q0zRMvbd66I,
http://www.playvid.com/watch/AmLan2KEeqK, http://www.playvid.com/watch/Ay9hzjxfUp0, http://www.playvid.com/watch/O0sA9W-8tZP,
http://www.playvid.com/watch/knraHWqTZEZ, http://www.playvid.com/watch/s3P7acivOlC, http://www.playvid.com/watch/gW9nu2PTyJy,
http://www.playvid.com/watch/glIQekhgBDq, http://www.playvid.com/watch/rWISf7r-787, http://www.playvid.com/watch/opgk3US2gl2,
http://www.playvid.com/watch/CY9nCRHagwH, http://www.playvid.com/watch/8bi29AQuJPm, http://www.playvid.com/watch/SrTuyc50YBb,
http://www.playvid.com/watch/LFpgke2SA0N, http://www.playvid.com/watch/vUJevgbdUmN, http://www.playvid.com/watch/m4SJJsjp862,
http://www.playvid.com/watch/jyyhfBJ8dv7, http://www.playvid.com/watch/TGcJTJJyraW, http://www.playvid.com/watch/WvMfaCbDshx,
http://www.playvid.com/watch/vVpti8N4mOw, http://www.playvid.com/watch/Nurej93aNt5, http://www.playvid.com/watch/2Qthr8XsImw,
http://www.playvid.com/watch/tiasLXNBBi7, http://www.playvid.com/watch/298wQWBzHEI, http://www.playvid.com/watch/Rx7mr0OP0dN,
http://www.playvid.com/watch/RgB4yJuYu2L, http://www.playvid.com/watch/wEx8-Esd5ne, http://www.playvid.com/watch/9RatReWfPE5,
http://www.playvid.com/watch/D233BKDhfBw, http://www.playvid.com/watch/3aTE7cmgrlK, http://www.playvid.com/watch/XXlTljkBpKX,
http://www.playvid.com/watch/tL45LptiiYp, http://www.playvid.com/watch/HnpXZLzbdgF, http://www.playvid.com/watch/tNgMCF25jt4,
http://www.playvid.com/watch/SY3bzuFYUqD, http://www.playvid.com/watch/FQ7lhayCSRe, http://www.playvid.com/watch/S4Ca2Kl3wIM,
http://www.playvid.com/watch/GxiJPy0mAt-, http://www.playvid.com/watch/w7r4lpMVkrq, http://www.playvid.com/watch/YrZYL8v6KpH,
http://www.playvid.com/watch/F4PEatvKHDp, http://www.playvid.com/watch/kFnG6IZgpho, http://www.playvid.com/watch/9M776PX9ckG,
http://www.playvid.com/watch/3FH5YueXeh6, http://www.playvid.com/watch/D2W-UTolW8t, http://www.playvid.com/watch/6Tr6GQ7SmHt,
http://www.playvid.com/watch/JfISz7-iP90, http://www.playvid.com/watch/AiDUkGM2EDb, http://www.playvid.com/watch/Lv79ERooWbZ,
http://www.playvid.com/watch/hl0CXiIShkK, http://www.playvid.com/watch/uare4A0EFtv, http://www.playvid.com/watch/4N-Al4xU4WG,
http://www.playvid.com/watch/UR4KQ4HXmLO, http://www.playvid.com/watch/RpNItA5wzYY, http://www.playvid.com/watch/KBEJfGxTose,
http://www.playvid.com/watch/FIgjHbXYFRm, http://www.playvid.com/watch/rhhTcclBUq7, http://www.playvid.com/watch/xGAQrw4OBM7,
http://www.playvid.com/watch/I7zDQSaUATn, http://www.playvid.com/watch/VZJgxGD-3EA, http://www.playvid.com/watch/CZli5R7IWoN,
http://www.playvid.com/watch/Xf-P54y7BHK, http://www.playvid.com/watch/Pk9EQbsiedL, http://www.playvid.com/watch/x9Xk2ukakkh,
http://www.playvid.com/watch/4DmiFs399HF, http://www.playvid.com/watch/8U-NsXkpqME, http://www.playvid.com/watch/LcE9RIE0R65,
http://www.playvid.com/watch/hq-9etwuOWj, http://www.playvid.com/watch/SSlID0pYGI9, http://www.playvid.com/watch/okJENlLXBsj,
http://www.playvid.com/watch/9-79tDhNIN7, http://www.playvid.com/watch/EeJ4fiuunXw, http://www.playvid.com/watch/FOvuRtuRm23,
http://www.playvid.com/watch/FVnnPopTwmT, http://www.playvid.com/watch/Ge52oIgRITZ, http://www.playvid.com/watch/8xEcbieqKnE,
http://www.playvid.com/watch/EC8ElbOO4jr, http://www.playvid.com/watch/8Xr4Fgttzx6, http://www.playvid.com/watch/dxzRJd9aszJ,
http://www.playvid.com/watch/u2N4eWPwHUP, http://www.playvid.com/watch/TJSFNWL8Blt, http://www.playvid.com/watch/QkBJFsIeGdc,
http://www.playvid.com/watch/fV6w33KQyWl, http://www.playvid.com/watch/iwRb5BdWRwf, http://www.playvid.com/watch/XEjkupyZ2Du,

http://www.playvid.com/watch/iCqLZ6jMmwA, http://www.playvid.com/watch/2y9B6hWLiCi, http://www.playvid.com/watch/hXANg7i04TV,
http://www.playvid.com/watch/uQGAJ75JE22, http://www.playvid.com/watch/HMhWIhI85rv, http://www.playvid.com/watch/DlhTZ-VIKsF,
http://www.playvid.com/watch/MR3MEczLSjQ, http://www.playvid.com/watch/JSZKBccsRxA, http://www.playvid.com/watch/uhD74z24E3-,
http://www.playvid.com/watch/2Hujzuo7KJo, http://www.playvid.com/watch/ZKEjoSszuig, http://www.playvid.com/watch/NqW3TVcZSbz,
http://www.playvid.com/watch/xnLiWObVaVv, http://www.playvid.com/watch/C80Q9NIqrMv, http://www.playvid.com/watch/YrGMYQNBJVd,
http://www.playvid.com/watch/KkzXwweW4ld, http://www.playvid.com/watch/zGbjAb_FFJI, http://www.playvid.com/watch/Tfjus4g-Bpb,
http://www.playvid.com/watch/27wk_w02s6e, http://www.playvid.com/watch/Nje7bcTsa09, http://www.playvid.com/watch/wysXT9Nyzsx,
http://www.playvid.com/watch/pRY3AuDClGl, http://www.playvid.com/watch/bsgeGJ_7o7R, http://www.playvid.com/watch/K7JRTC3twvV,
http://www.playvid.com/watch/aQTWHnfem-f, http://www.playvid.com/watch/QkjDKsyFAaq, http://www.playvid.com/watch/hLJnqvOCkWP,
http://www.playvid.com/watch/WGnvvQXFj-X, http://www.playvid.com/watch/JWF03RAIMe9, http://www.playvid.com/watch/ZmwIa9fXJ8t,
http://www.playvid.com/watch/xibrBhaDPSA, http://www.playvid.com/watch/2kZf07PrdS8, http://www.playvid.com/watch/NZrUeffuz8K,
http://www.playvid.com/watch/EPePRhxdMEr, http://www.playvid.com/watch/9EWuElKVb0o, http://www.playvid.com/watch/s1FBFSVuG6U,
http://www.playvid.com/watch/OZ07Iik4acX, http://www.playvid.com/watch/DTRyhPwWyUB, http://www.playvid.com/watch/uRRqUHWikMa,
http://www.playvid.com/watch/WOoMJ_CUb7B, http://www.playvid.com/watch/RsFIjg39Nsz, http://www.playvid.com/watch/8bR7hEMd4wS,
http://www.playvid.com/watch/y_5UYXcrugB, http://www.playvid.com/watch/oVxSPZPWL85, http://www.playvid.com/watch/vgksO1zZLV2,
http://www.playvid.com/watch/pbqKnaULzCK, http://www.playvid.com/watch/Ejhky0mcm3H, http://www.playvid.com/watch/rwV6PmEy7TQ,
http://www.playvid.com/watch/b5s7l8KVpkv, http://www.playvid.com/watch/4aIkeKc23Ue, http://www.playvid.com/watch/Mygb2QYME72,
http://www.playvid.com/watch/wam4eJ-WGyv, http://www.playvid.com/watch/syQAWAUcyPc, http://www.playvid.com/watch/42oxkr5S4np,
http://www.playvid.com/watch/hx-vuipgwQb, http://www.playvid.com/watch/K6WeNk4l8sM, http://www.playvid.com/watch/MZxpQk4sydd,
http://www.playvid.com/watch/ZpBfwvoCSFY, http://www.playvid.com/watch/RsaFXMs_dG9, http://www.playvid.com/watch/t1IwawqvTM5,
http://www.playvid.com/watch/YH6svH4nzdD, http://www.playvid.com/watch/HACFAyfddQa, http://www.playvid.com/watch/GJCuLBafxdG,
http://www.playvid.com/watch/IRSAZMFRndZ, http://www.playvid.com/watch/EV7H1wVIqgL, http://www.playvid.com/watch/ozRFGrr8AVE,
http://www.playvid.com/watch/fwKdiZzcJBG, http://www.playvid.com/watch/SG-TmFv2rcI, http://www.playvid.com/watch/LKiavMhnx7Y,
http://www.playvid.com/watch/xLHssc1iiE0, http://www.playvid.com/watch/OmKvsCH3k-H, http://www.playvid.com/watch/WPmG7_KDfNF,
http://www.playvid.com/watch/ajOrb-zELDn, http://www.playvid.com/watch/TJ62hTYoCFu, http://www.playvid.com/watch/Qq-UgwwzUEq,
http://www.playvid.com/watch/4HvrYf-ujfn, http://www.playvid.com/watch/HswZJTtKdMH, http://www.playvid.com/watch/u8BFEZH98fq,
http://www.playvid.com/watch/cC8HpY6BtqX, http://www.playvid.com/watch/g-K6rQfG5gX, http://www.playvid.com/watch/37uNr7q1-N9,
http://www.playvid.com/watch/vWmnBoXqsTh, http://www.playvid.com/watch/pJSu0VDgzus, http://www.playvid.com/watch/Fwjv9E0f7Fo,
http://www.playvid.com/watch/it4_CKEiJY5, http://www.playvid.com/watch/wkMsjiYqYdp, http://www.playvid.com/watch/WLXKmCpG5ug,
http://www.playvid.com/watch/OU0hDPsdSsS, http://www.playvid.com/watch/FJ1gSSq835f, http://www.playvid.com/watch/0MHI947kv5c,
http://www.playvid.com/watch/oyHW_Tz37-h, http://www.playvid.com/watch/unGCDlx5asi, http://www.playvid.com/watch/Hvp9cMdW4_i,
http://www.playvid.com/watch/L6y5uSPlp2O, http://www.playvid.com/watch/Uh4047kkdk4, http://www.playvid.com/watch/ZkYmQXbvUTg,
http://www.playvid.com/watch/ldCTy5Q2uOz, http://www.playvid.com/watch/lnw3yKjoJZw, http://www.playvid.com/watch/ms6HF4UIUSX,
http://www.playvid.com/watch/jkvvXQR0zlr, http://www.playvid.com/watch/s7-5Slyd8pN, http://www.playvid.com/watch/cyuh6_g_R9c,
http://www.playvid.com/watch/xp3d90dZ9z3, http://www.playvid.com/watch/PpQyZQPXsA2, http://www.playvid.com/watch/uJz7RarNQh9,
http://www.playvid.com/watch/qepUd8MlSKF, http://www.playvid.com/watch/o0rKkt-CUpu, http://www.playvid.com/watch/bedVGbfDL9e,
http://www.playvid.com/watch/B35XS6aNCif, http://www.playvid.com/watch/ggnYRNvKcMb, http://www.playvid.com/watch/pKUq1YSo8FM,
http://www.playvid.com/watch/5mlbaS7R0H2, http://www.playvid.com/watch/A7QOtmOrh8r, http://www.playvid.com/watch/NPJVa4yMPa9,
http://www.playvid.com/watch/id3kxaOiwgY, http://www.playvid.com/watch/FdySGEsEQAP, http://www.playvid.com/watch/zDkZGNocQj2,
http://www.playvid.com/watch/J02buDNY2FH, http://www.playvid.com/watch/w1VYNBOq_SL, http://www.playvid.com/watch/bTWCBHTiUfK,
http://www.playvid.com/watch/qfV4KpoWh6G, http://www.playvid.com/watch/GOEurrvJ0jF, http://www.playvid.com/watch/l41j9zuyGaa,
http://www.playvid.com/watch/MGC9pOhPy34, http://www.playvid.com/watch/H8e0p2nqBI6, http://www.playvid.com/watch/Q115tOZ55QU,
http://www.playvid.com/watch/c5VT9vAaiO7, http://www.playvid.com/watch/alLfzJeB4HW, http://www.playvid.com/watch/N3aEByPHdJ0,
http://www.playvid.com/watch/m-3E0rqISGQ, http://www.playvid.com/watch/09dDPVO1dJd, http://www.playvid.com/watch/ZeNXQkCuN_A,
http://www.playvid.com/watch/Dr2KVlsJhHj, http://www.playvid.com/watch/7_-6v_WuqYY, http://www.playvid.com/watch/PABPwhbjKNP,
http://www.playvid.com/watch/SbsoDTn9G0l, http://www.playvid.com/watch/vglcNnNBmWG, http://www.playvid.com/watch/kP27rGhmIqu,
http://www.playvid.com/watch/hVI-tT1LyqO, http://www.playvid.com/watch/8G74lHzBZg5, http://www.playvid.com/watch/gScgH693o76,
http://www.playvid.com/watch/ZaX3nz4v8O7, http://www.playvid.com/watch/GLs1mbor66G, http://www.playvid.com/watch/b71MX9OMh7v,
http://www.playvid.com/watch/fbkCcYadyr8, http://www.playvid.com/watch/DXD_HvANu2h, http://www.playvid.com/watch/PmzfmZw9jdY,
http://www.playvid.com/watch/to6pq3MCkJY, http://www.playvid.com/watch/0zFxAewPeY6, http://www.playvid.com/watch/fK_RtFjG9zB,
http://www.playvid.com/watch/UmCssRTHDNE, http://www.playvid.com/watch/s0jaVufNv9d, http://www.playvid.com/watch/mOU17siac9R,
http://www.playvid.com/watch/aIyftlwsZAT, http://www.playvid.com/watch/PYN5-JFJ-Hw, http://www.playvid.com/watch/JD9YES34s5V,
http://www.playvid.com/watch/aGmvbXSPeOZ, http://www.playvid.com/watch/eMEm0JWsnak, http://www.playvid.com/watch/vlRPtIYw3S8,
http://www.playvid.com/watch/KVD9s7RdYV7, http://www.playvid.com/watch/UV3GjONb71h, http://www.playvid.com/watch/spKjf7gzkHz,
http://www.playvid.com/watch/2nIKCD1OQqe, http://www.playvid.com/watch/q3UEZvfG3cM, http://www.playvid.com/watch/hU4vdBcGi23,
http://www.playvid.com/watch/7Do4otrN-uk, http://www.playvid.com/watch/T7anklObdur, http://www.playvid.com/watch/dQ5-Ws2iCVE,
http://www.playvid.com/watch/kgxRURHruPg, http://www.playvid.com/watch/fHhZXC1m7A0, http://www.playvid.com/watch/W5no7yca88K,
http://www.playvid.com/watch/kNPbIPynVfj, http://www.playvid.com/watch/KpP5eYpTPlZ, http://www.playvid.com/watch/zuQE-yjy91b,
http://www.playvid.com/watch/w9guyfIX3Aa, http://www.playvid.com/watch/wKndC5N77LH, http://www.playvid.com/watch/xcgSBEDUIAD,
http://www.playvid.com/watch/2lusi41Srai, http://www.playvid.com/watch/CXARsxaoww2, http://www.playvid.com/watch/WQj1LyyL5z4,
http://www.playvid.com/watch/hY5A1DlfiBG, http://www.playvid.com/watch/h3PQr-BkO2f, http://www.playvid.com/watch/clXZZrrXvtA,
http://www.playvid.com/watch/nh86omQ05FM, http://www.playvid.com/watch/mrxdWcYc-hW, http://www.playvid.com/watch/JOMrF5ufSCH,
http://www.playvid.com/watch/eIAx4JufWDH, http://www.playvid.com/watch/ZOLckYYR6Gp, http://www.playvid.com/watch/wTQ9tE6ghTP,
http://www.playvid.com/watch/cKA24A5gTjp, http://www.playvid.com/watch/iF0XkTAS06g, http://www.playvid.com/watch/YeY_vnxqOdF,
http://www.playvid.com/watch/h3ZJgxg63kH, http://www.playvid.com/watch/G3a3vIcnr_h, http://www.playvid.com/watch/nxiKMlTTwqj,
http://www.playvid.com/watch/ZYEH06I7TiT, http://www.playvid.com/watch/JQEfSYS4z6Z, http://www.playvid.com/watch/hizK9zUu-3c,
http://www.playvid.com/watch/lx8YmairwJ2, http://www.playvid.com/watch/i-bDBHx3X_R, http://www.playvid.com/watch/Qwkv1Ajh6_M,
http://www.playvid.com/watch/VVfzCdX0FwY, http://www.playvid.com/watch/NUBh633o8C6, http://www.playvid.com/watch/fvfj9kaDk2v,
http://www.playvid.com/watch/U0xrR6yPz8h, http://www.playvid.com/watch/91gxwuQSXbs, http://www.playvid.com/watch/NAEbdAzyQwN,
http://www.playvid.com/watch/lGZ0i1Aqc-f, http://www.playvid.com/watch/XuVLCWj2FSy, http://www.playvid.com/watch/rWXnb8UUIZ0,
http://www.playvid.com/watch/WIw8gKlOzSE, http://www.playvid.com/watch/oUgPkaQyhck, http://www.playvid.com/watch/QbCB4F9OR4W,
http://www.playvid.com/watch/y2_A6u96rW8, http://www.playvid.com/watch/z1hsxoMdNAj, http://www.playvid.com/watch/3GK31ZFKJma,
http://www.playvid.com/watch/N4oAtuITngA, http://www.playvid.com/watch/gn3mPMtgmfQ, http://www.playvid.com/watch/oojCz4_NVLG,
http://www.playvid.com/watch/haUEh9VpDTY, http://www.playvid.com/watch/WqRfqRwRfJM, http://www.playvid.com/watch/NmGzLNMFtvC,
http://www.playvid.com/watch/hLfcdR7JCfX, http://www.playvid.com/watch/iTEqbndD8Dp, http://www.playvid.com/watch/RUjjBHYQF-F,
http://www.playvid.com/watch/IzaUK24ls0k, http://www.playvid.com/watch/cqm495bML-T, http://www.playvid.com/watch/wR4PVJpqlSS,
http://www.playvid.com/watch/Tt0C8VsGBlq, http://www.playvid.com/watch/weAf5N2jRVi, http://www.playvid.com/watch/x3OnX9x-Fv5,
http://www.playvid.com/watch/ytRkWX3eFNc, http://www.playvid.com/watch/0DahHtDw5wG, http://www.playvid.com/watch/TfSiV1h2g_Y,
http://www.playvid.com/watch/nIZC_U63NAp, http://www.playvid.com/watch/nssgW6UrMBr, http://www.playvid.com/watch/UciApliGGZq,
http://www.playvid.com/watch/BJ3AT96s6Xo, http://www.playvid.com/watch/DLFJ0TtQUeJ, http://www.playvid.com/watch/5p0oERBuW0l,
http://www.playvid.com/watch/I1Ol8nlXEpA, http://www.playvid.com/watch/uAfF2YSytdB, http://www.playvid.com/watch/TjkfFunK6o7,
http://www.playvid.com/watch/ZDguFyU6CLA, http://www.playvid.com/watch/XMtQ49RIEI6, http://www.playvid.com/watch/WrVQChahWol,
http://www.playvid.com/watch/laiW5fwikpq, http://www.playvid.com/watch/wKU4cMG1xfl, http://www.playvid.com/watch/IslDuILPTJU,
http://www.playvid.com/watch/HZyziyZnTUb, http://www.playvid.com/watch/J1rlWuieEVy, http://www.playvid.com/watch/E9PoOFN90m9,
http://www.playvid.com/watch/jFKK_GvTvqK, http://www.playvid.com/watch/sQDhnu00i5K, http://www.playvid.com/watch/yF6-AnUMINQ,
http://www.playvid.com/watch/zPvskh0ioir, http://www.playvid.com/watch/44d_eR362Mz, http://www.playvid.com/watch/9EwvLFXRX5b,
http://www.playvid.com/watch/y3-B4FEAvlJ, http://www.playvid.com/watch/ZTdGvOfY_4l, http://www.playvid.com/watch/BitapX2XNsI,
http://www.playvid.com/watch/igQtysLX9Vq, http://www.playvid.com/watch/YhIgx0jIDvJ, http://www.playvid.com/watch/p0eVRAsk_5L,
http://www.playvid.com/watch/K6UnIwliLSz, http://www.playvid.com/watch/4ZHB8xsfJOi, http://www.playvid.com/watch/T79Yx-WsUNS,
http://www.playvid.com/watch/gdra6eU48SF, http://www.playvid.com/watch/aiEou2vv9kP, http://www.playvid.com/watch/blsW3_VPUlg,
http://www.playvid.com/watch/IKpzIkfcyXA, http://www.playvid.com/watch/7U8vVzfeEn4, http://www.playvid.com/watch/JZlnalTJ1tU,
http://www.playvid.com/watch/bgL-EgFxOgI, http://www.playvid.com/watch/onR2GONdTNG, http://www.playvid.com/watch/rRPHJwOlTDs,
http://www.playvid.com/watch/hWC_dMbhN6h, http://www.playvid.com/watch/0y4WQp49jYY, http://www.playvid.com/watch/tC9f82se5Fx,
http://www.playvid.com/watch/yYSLYbxkMcr, http://www.playvid.com/watch/CrS4ciTmwfz, http://www.playvid.com/watch/jEv6TaCiJ2Y,
http://www.playvid.com/watch/SduqyPq4kRW, http://www.playvid.com/watch/An8Xu2dT8V6, http://www.playvid.com/watch/PXWxrm-COVV,
http://www.playvid.com/watch/T_nTw_YGI4U, http://www.playvid.com/watch/HYefNQNsGp4, http://www.playvid.com/watch/xAE9LsLaHpp,

http://www.playvid.com/watch/NwfcImKj4KH, http://www.playvid.com/watch/u_0PxK5TkdT, http://www.playvid.com/watch/0lLJ8VtaNLc, http://www.playvid.com/watch/GLXwWnzQIxs, http://www.playvid.com/watch/TTke0XSpvm6, http://www.playvid.com/watch/EhUvL-nKuPn, http://www.playvid.com/watch/Dm7ZyUXeujK, http://www.playvid.com/watch/JekVwkn8yqq, http://www.playvid.com/watch/R896B7hHrQn, http://www.playvid.com/watch/uwWPI_AqnH3, http://www.playvid.com/watch/ePj-z63L0ti, http://www.playvid.com/watch/LV51U2MwAM6, http://www.playvid.com/watch/vFsH698XLf2, http://www.playvid.com/watch/Kalm52whkJi, http://www.playvid.com/watch/i4V2bGL6kXm, http://www.playvid.com/watch/P-oMREYrWOS, http://www.playvid.com/watch/2_YrMd6s-FY, http://www.playvid.com/watch/ayGCQfgO20f, http://www.playvid.com/watch/T70ELmBQcXr, http://www.playvid.com/watch/SIdaBiL6Ebz, http://www.playvid.com/watch/TY1jnY6iGpA, http://www.playvid.com/watch/GY5mDxMFfe9, http://www.playvid.com/watch/F5tIJdIPwoe, http://www.playvid.com/watch/OdrnLV7Qn0e, http://www.playvid.com/watch/Z0FWgaGrRRt, http://www.playvid.com/watch/tPx4_Z6RPXL, http://www.playvid.com/watch/2DC0-fr_mc7, http://www.playvid.com/watch/B4SZ44vt0mG, http://www.playvid.com/watch/218LE2iWDkv, http://www.playvid.com/watch/q6xyXKYKWr6, http://www.playvid.com/watch/z5mNeeTx7Zw, http://www.playvid.com/watch/bOS2eOLzhEh, http://www.playvid.com/watch/2fvYPuclNUr, http://www.playvid.com/watch/Z8uVD4NezCf, http://www.playvid.com/watch/loCecPQ_PmV, http://www.playvid.com/watch/ILIwywJE_KC, http://www.playvid.com/watch/6RZlHvjXMBC, http://www.playvid.com/watch/kKU63lKh8eZ, http://www.playvid.com/watch/gQ9wLGJCRXQ, http://www.playvid.com/watch/Wi3RucEF0dO, http://www.playvid.com/watch/ZUOz77KWoTn, http://www.playvid.com/watch/lLSw9pzVoY4, http://www.playvid.com/watch/jTt2Yeevx3E, http://www.playvid.com/watch/7rI24DZAbJI, http://www.playvid.com/watch/eV6kUayCOUE, http://www.playvid.com/watch/n_aSFfZxAmn, http://www.playvid.com/watch/4-EXo2v9nnZ, http://www.playvid.com/watch/0WSXub2d4xx, http://www.playvid.com/watch/ogKot4MHECT, http://www.playvid.com/watch/64PK0qstkj0, http://www.playvid.com/watch/QOFmO3yM-87, http://www.playvid.com/watch/prdOb2h8ncS, http://www.playvid.com/watch/TcRReaX05oU, http://www.playvid.com/watch/furUHKXUmlG, http://www.playvid.com/watch/x4vjsCKWU-s, http://www.playvid.com/watch/cD3p7a_RoiC, http://www.playvid.com/watch/3ApF0ju9uQr, http://www.playvid.com/watch/EKI7copLSKb, http://www.playvid.com/watch/AlF7vQHaDm6, http://www.playvid.com/watch/wZQQy3lOQ-x, http://www.playvid.com/watch/RatIVmli6yD, http://www.playvid.com/watch/wqZ438piztD, http://www.playvid.com/watch/sh_XWSTzO9r, http://www.playvid.com/watch/DZbLXEHVdcn, http://www.playvid.com/watch/UunTU4HuZLQ, http://www.playvid.com/watch/CuupAB1rR84, http://www.playvid.com/watch/OiKtA9z6ubu, http://www.playvid.com/watch/dBPZZYz5YmC, http://www.playvid.com/watch/6oUrzWmG1sW, http://www.playvid.com/watch/rIVtQ9mQe6w, http://www.playvid.com/watch/C7yhS7VC9yv, http://www.playvid.com/watch/iMqG0JcOsC2, http://www.playvid.com/watch/wdVJZs8fk2f, http://www.playvid.com/watch/AyObJpjJvOn, http://www.playvid.com/watch/XfEzpCPYHFT, http://www.playvid.com/watch/Qr9lQGF75Yh, http://www.playvid.com/watch/suBX0HIoYQc, http://www.playvid.com/watch/jWUmB-yopiP, http://www.playvid.com/watch/skdCtFkcMiG, http://www.playvid.com/watch/lz-Gz3t0cRr, http://www.playvid.com/watch/bVASWaxd0CH, http://www.playvid.com/watch/7FdAQ0tlGNw, http://www.playvid.com/watch/A-8GOp0Vktq, http://www.playvid.com/watch/OvnzQOgQHcf, http://www.playvid.com/watch/NAqO63TKLoR, http://www.playvid.com/watch/XOo1P1rT1qh, http://www.playvid.com/watch/WXy69cfdGhK, http://www.playvid.com/watch/FDyKKPUIwOJ, http://www.playvid.com/watch/ESO44BBMNHb, http://www.playvid.com/watch/8Q5fq9G8FEJ, http://www.playvid.com/watch/q3_kaf3XevH, http://www.playvid.com/watch/ZIxffCZFwAP, http://www.playvid.com/watch/sWNc8Sv5o3S, http://www.playvid.com/watch/Wa5yGGcu1Kq, http://www.playvid.com/watch/TlSDIdgeCQt, http://www.playvid.com/watch/VLxBbOeGsfd, http://www.playvid.com/watch/TX_dCoGWG74, http://www.playvid.com/watch/IHs00Ip3ZsG, http://www.playvid.com/watch/QQ5cYz11DuY, http://www.playvid.com/watch/UUQo-UVhkyl, http://www.playvid.com/watch/W9szk_engK7, http://www.playvid.com/watch/8UKLGwk7hpJ, http://www.playvid.com/watch/vHaMn2632H3, http://www.playvid.com/watch/U9QxP1YW2Wm, http://www.playvid.com/watch/xvN7wESTWOw, http://www.playvid.com/watch/xI8ssRTwGi3, http://www.playvid.com/watch/Qrx2I_zDUTA, http://www.playvid.com/watch/5JtperQEieV, http://www.playvid.com/watch/fcrCBSKfsGO, http://www.playvid.com/watch/BRnbuk1RX0G, http://www.playvid.com/watch/xtovJ2PDASy, http://www.playvid.com/watch/7fJvScM7qVq, http://www.playvid.com/watch/TXnjETROJUB, http://www.playvid.com/watch/meU5gsCvCoO, http://www.playvid.com/watch/s66wSf49cZI, http://www.playvid.com/watch/nAGMPS5M50J, http://www.playvid.com/watch/LT0GVFrvJWD, http://www.playvid.com/watch/FSYxeM5jxuH, http://www.playvid.com/watch/HK8MYIzjsCx, http://www.playvid.com/watch/sIFeWY0_ZnN, http://www.playvid.com/watch/3XMQ6gU0W-l, http://www.playvid.com/watch/EtOHQ0wU7hn, http://www.playvid.com/watch/04cOH-XTFn5, http://www.playvid.com/watch/u_NBqEplZ1t, http://www.playvid.com/watch/uRDdUvAc78C, http://www.playvid.com/watch/7dC42vyUv_n, http://www.playvid.com/watch/8o66JEIai4h, http://www.playvid.com/watch/t9N600cDJlk, http://www.playvid.com/watch/rAb5ZhBYcUH, http://www.playvid.com/watch/gOGpt3G-rFH, http://www.playvid.com/watch/5B0JC7QZ-E2, http://www.playvid.com/watch/BPkwJRtUtop, http://www.playvid.com/watch/kO9oqrRUQE5, http://www.playvid.com/watch/sunSyrWojKn, http://www.playvid.com/watch/kG6ysjPBOyU, http://www.playvid.com/watch/fXJcE8cuP6H, http://www.playvid.com/watch/ZKa5lrYil6K, http://www.playvid.com/watch/71aV14GXCqr, http://www.playvid.com/watch/hTE_ogt-n3J, http://www.playvid.com/watch/lc7nGrVnjDY, http://www.playvid.com/watch/MXmEHtMpG25, http://www.playvid.com/watch/n8IE65h-RaT, http://www.playvid.com/watch/fDYMEb08M35, http://www.playvid.com/watch/6-VNxR53kHB, http://www.playvid.com/watch/LtEhA6uuk9w, http://www.playvid.com/watch/qqEF9NA8mGf, http://www.playvid.com/watch/w3-MSdjwL9r, http://www.playvid.com/watch/inlbSGy8Tdn, http://www.playvid.com/watch/XMI9F2c_ba0, http://www.playvid.com/watch/6K_4aqNp562, http://www.playvid.com/watch/4R6qD4d1HO0, http://www.playvid.com/watch/CEuYXwqMuUf, http://www.playvid.com/watch/CVqbFO7vQLa, http://www.playvid.com/watch/zleWqNsj-Wk, http://www.playvid.com/watch/Rojk9dqFMj7, http://www.playvid.com/watch/ChaiV_MIJOQ, http://www.playvid.com/watch/uGULnJfux6o, http://www.playvid.com/watch/8gA-2T0xK_q, http://www.playvid.com/watch/jHFAsIZlcH3, http://www.playvid.com/watch/Hoj3cgaCwAU, http://www.playvid.com/watch/cBQr5Ly0CJZ, http://www.playvid.com/watch/WtJZXDGeczd, http://www.playvid.com/watch/DV7c4UieF50, http://www.playvid.com/watch/fp9HLQS_LpF, http://www.playvid.com/watch/eJKhU6uS2_O, http://www.playvid.com/watch/kT7ELmaz2XL, http://www.playvid.com/watch/Z5--SP4JHqj, http://www.playvid.com/watch/wj7xnYa3W5L, http://www.playvid.com/watch/k21HZhpXQ6w
5.f. Date of third notice: 2015-04-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Pierre_Escargot
5.b. Uploader's email address: red_panda_star@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Pierre_Escargot
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4Oz9DyxN4j7, http://www.playvid.com/watch/EimVYpKgRNL, http://www.playvid.com/watch/DPeId25dV6w, http://www.playvid.com/watch/v95-FNF3xPY, http://www.playvid.com/watch/bfLXL5aRunl, http://www.playvid.com/watch/z4KEk4BqS2R, http://www.playvid.com/watch/tAyyTGOGEG8, http://www.playvid.com/watch/JBocm5VCj3a, http://www.playvid.com/watch/ZymTc3m8TLN, http://www.playvid.com/watch/m3wjS4u3B4W, http://www.playvid.com/watch/8w9pC5dCLXH, http://www.playvid.com/watch/s0wxPMBHSub, http://www.playvid.com/watch/AryrhBtxPY4, http://www.playvid.com/watch/u3bFRd8xb-g, http://www.playvid.com/watch/TVgnEvh4QAG, http://www.playvid.com/watch/XCeRUBO8Q5i, http://www.playvid.com/watch/EoMYj2NnDlZ, http://www.playvid.com/watch/R8LOXQquwbW, http://www.playvid.com/watch/iPe7OpfiCs7, http://www.playvid.com/watch/cM6NCNU87YE, http://www.playvid.com/watch/9djB-ho4zDe, http://www.playvid.com/watch/2fvAvlcgA8Z, http://www.playvid.com/watch/sHKxj0zPPXi, http://www.playvid.com/watch/uZ3FPH8TjBN, http://www.playvid.com/watch/v0ibxLjvDBM, http://www.playvid.com/watch/Y-3HjJhvzSe, http://www.playvid.com/watch/ukdc-cnX5sg, http://www.playvid.com/watch/yyVhYN7SReo, http://www.playvid.com/watch/Qlc9Ba0gWO4, http://www.playvid.com/watch/2NiwcxfMcOc, http://www.playvid.com/watch/jzenpmyCeta, http://www.playvid.com/watch/OMlIbuvCuAm, http://www.playvid.com/watch/8K6O5pVmaYo, http://www.playvid.com/watch/s3h6wx38mPE, http://www.playvid.com/watch/6IiqRTzNayI, http://www.playvid.com/watch/p5ihfKLqYaL, http://www.playvid.com/watch/GzjpW0TrbnA, http://www.playvid.com/watch/8eJyISxcREa, http://www.playvid.com/watch/2b3iVVzRgD7, http://www.playvid.com/watch/CtwZGPK-47Q, http://www.playvid.com/watch/S5JDRzuOjjd, http://www.playvid.com/watch/yLjV4wNZynm, http://www.playvid.com/watch/OJBkU6uKQWc, http://www.playvid.com/watch/hjE0apJ4esR, http://www.playvid.com/watch/Wf7GpS36IZI, http://www.playvid.com/watch/HrIYy4KWUpn, http://www.playvid.com/watch/SQ7byBb5est, http://www.playvid.com/watch/lrIpEiOZx7j, http://www.playvid.com/watch/rFbXXPalDRf, http://www.playvid.com/watch/jJq0-r7DzDX, http://www.playvid.com/watch/4IC6mOwRNur, http://www.playvid.com/watch/4ViGQZ9K8gh, http://www.playvid.com/watch/yf-KINcY8-d, http://www.playvid.com/watch/rWFFSv7seWb, http://www.playvid.com/watch/Sj5XRymPE9k, http://www.playvid.com/watch/REsEQr9J5qA, http://www.playvid.com/watch/U3YzSRW4oev, http://www.playvid.com/watch/Zzt9jx8nUWc, http://www.playvid.com/watch/CzUOgAvaJpm, http://www.playvid.com/watch/5yiKRmAPe2n, http://www.playvid.com/watch/0Ei9axUVvqx, http://www.playvid.com/watch/ZoTuIRF4FLc, http://www.playvid.com/watch/Toi-VyB-Juh, http://www.playvid.com/watch/oqf9hYf8huT, http://www.playvid.com/watch/VpzmCI45Nf-, http://www.playvid.com/watch/OJ9CHZyX3A-, http://www.playvid.com/watch/LZP0tvOVazV, http://www.playvid.com/watch/hgZ-LX6XJyl, http://www.playvid.com/watch/SW7aPB9D4MI, http://www.playvid.com/watch/y4Rbncs5ARw, http://www.playvid.com/watch/GcwUX52opKP, http://www.playvid.com/watch/lcrzZMwnpXD, http://www.playvid.com/watch/oh9KSNp3yzM, http://www.playvid.com/watch/zUNqFWFdqFl, http://www.playvid.com/watch/E09Dk5TAZ9a, http://www.playvid.com/watch/K7onvz0IIsq, http://www.playvid.com/watch/dzaF2qACrTK, http://www.playvid.com/watch/bSm3dP6fIhu, http://www.playvid.com/watch/Lt8BMad6zIG, http://www.playvid.com/watch/slHfRZxb4fg, http://www.playvid.com/watch/QSfpmfuyHBg, http://www.playvid.com/watch/da7BdQNR32R, http://www.playvid.com/watch/MypOuMo25tN, http://www.playvid.com/watch/MhspAKsYWWG, http://www.playvid.com/watch/0Kk3njRsUyw, http://www.playvid.com/watch/t0wxo0tosT2, http://www.playvid.com/watch/hFsnOjEl-Su, http://www.playvid.com/watch/gQdhr6l9U4B, http://www.playvid.com/watch/3Bf6mgoRL9b, http://www.playvid.com/watch/0B5IcAHj-V5, http://www.playvid.com/watch/s7Xiw7WBlFQ, http://www.playvid.com/watch/3rWwAcALUIv, http://www.playvid.com/watch/orc5ezbVAC-, http://www.playvid.com/watch/hvwRVQlEeuZ, http://www.playvid.com/watch/wYfMcZQWiCe, http://www.playvid.com/watch/7qXnwDbOdgn, http://www.playvid.com/watch/k0ax6AWbneK, http://www.playvid.com/watch/Xc-X2Jn77IM,

http://www.playvid.com/watch/3McuvV-bnSy, http://www.playvid.com/watch/AU6XEpbvZ3C, http://www.playvid.com/watch/hP5uUhMvWhl,
http://www.playvid.com/watch/DloLspQ5-mz, http://www.playvid.com/watch/4AMkAstNYGr, http://www.playvid.com/watch/VlWdEDWgtZd,
http://www.playvid.com/watch/kKXy7Ku3BWl, http://www.playvid.com/watch/BbTGbwoRY7I, http://www.playvid.com/watch/UHO42g8vF9A,
http://www.playvid.com/watch/sI6axSYsTz0, http://www.playvid.com/watch/EzHV4QTCh89, http://www.playvid.com/watch/W6iZi-uuqgi,
http://www.playvid.com/watch/bRqRVhFiPgU, http://www.playvid.com/watch/gkN596Lslse, http://www.playvid.com/watch/ZoJhjEJRWfX,
http://www.playvid.com/watch/wiot6PCUGlw, http://www.playvid.com/watch/Af80gPwcYzX, http://www.playvid.com/watch/nemm7JoCjH7,
http://www.playvid.com/watch/uo-Z7LIKcJp, http://www.playvid.com/watch/02iBwchtnar, http://www.playvid.com/watch/LEu8FACGMyL,
http://www.playvid.com/watch/tCkJCfRz7VQ, http://www.playvid.com/watch/OZ80ZTrGpeT, http://www.playvid.com/watch/5Th8lsQziSQ,
http://www.playvid.com/watch/2n82ZAtqNz-, http://www.playvid.com/watch/aeJxPEceIsn, http://www.playvid.com/watch/XYVXS9umxrE,
http://www.playvid.com/watch/wPhy83qCqAh, http://www.playvid.com/watch/bdzQS6PAeM-, http://www.playvid.com/watch/dxEp4v4opCI,
http://www.playvid.com/watch/98IrGrdjJKE, http://www.playvid.com/watch/Uc4Ty4JfFLW, http://www.playvid.com/watch/UG0zwkZElfv,
http://www.playvid.com/watch/ncncMI5nnZQ, http://www.playvid.com/watch/3nPveuE-3Xe, http://www.playvid.com/watch/YsouaS-n0wd,
http://www.playvid.com/watch/L8lnHUxgIhs, http://www.playvid.com/watch/KdfiggbZb-0, http://www.playvid.com/watch/TqqqWYbpZjY,
http://www.playvid.com/watch/GBv3U4sDnym, http://www.playvid.com/watch/rOzW70o0Eu7, http://www.playvid.com/watch/ckd9Ap9QpUG,
http://www.playvid.com/watch/4jzb6sw4SS8, http://www.playvid.com/watch/SBgh6BEtdRH, http://www.playvid.com/watch/CdyC2t7JonV,
http://www.playvid.com/watch/MmMfozkc7mY, http://www.playvid.com/watch/MYdaOl2VTyp, http://www.playvid.com/watch/5Iq52uZ8qSJ,
http://www.playvid.com/watch/uzYQZb-al8e, http://www.playvid.com/watch/SfIN3kIAnJv, http://www.playvid.com/watch/AqVaZNf6tHR,
http://www.playvid.com/watch/SNs5-389-nW, http://www.playvid.com/watch/REGmjTdSztf, http://www.playvid.com/watch/uLuSfUqgKGc,
http://www.playvid.com/watch/cpI9oFeGgDP, http://www.playvid.com/watch/UiM7enFhIy4, http://www.playvid.com/watch/d5QM3fe3lEU,
http://www.playvid.com/watch/m9FLjFJd3vq, http://www.playvid.com/watch/XYEX5wVB3j0, http://www.playvid.com/watch/qIY9qp936Gv,
http://www.playvid.com/watch/ZQA8DRhWQvj, http://www.playvid.com/watch/NweVRaIrmbb, http://www.playvid.com/watch/QNr8Lj-Badm,
http://www.playvid.com/watch/sHFg6aRu92c, http://www.playvid.com/watch/s23bWsDPDP9, http://www.playvid.com/watch/YgnOdJo9bm3,
http://www.playvid.com/watch/Ogsdk52ahbf, http://www.playvid.com/watch/wTupx78b7Vo, http://www.playvid.com/watch/wUZrk6csBKw,
http://www.playvid.com/watch/q0kM686r5O0, http://www.playvid.com/watch/yqPP2cdNprm, http://www.playvid.com/watch/4jx2Xd92hrS,
http://www.playvid.com/watch/EWrDfOfVqg5, http://www.playvid.com/watch/37044WKGmOQ, http://www.playvid.com/watch/pLuzqjcqNr7,
http://www.playvid.com/watch/QmzrTZJTM9l, http://www.playvid.com/watch/RKknWw-e5-e, http://www.playvid.com/watch/XfaycbLZ-mr,
http://www.playvid.com/watch/RLmZoX-yT5t, http://www.playvid.com/watch/I-A6KQlvxoh, http://www.playvid.com/watch/nQrz6lNoosO,
http://www.playvid.com/watch/Kgv2xYTEeIx, http://www.playvid.com/watch/ODOHEEmJr4t, http://www.playvid.com/watch/KQBng6-QiF7,
http://www.playvid.com/watch/vxPwV0IGFdK, http://www.playvid.com/watch/4WnnI9O7mcI, http://www.playvid.com/watch/fljKU0PvxhX,
http://www.playvid.com/watch/KxKCNpWUaPq, http://www.playvid.com/watch/3x-f7rI-oWS, http://www.playvid.com/watch/TwE67B8FdYC,
http://www.playvid.com/watch/vaZo6K3wG4x, http://www.playvid.com/watch/ckzsZroRDJe, http://www.playvid.com/watch/zZhL3QqmlU7,
http://www.playvid.com/watch/B8ZZiKrZpPb, http://www.playvid.com/watch/Eyzv-QkiV3T, http://www.playvid.com/watch/5pgBW3XzoyY,
http://www.playvid.com/watch/ahW7sXr9Dfg, http://www.playvid.com/watch/79G29q4zDFV, http://www.playvid.com/watch/pTPLX46aiey,
http://www.playvid.com/watch/YkFZ5fU6l0v, http://www.playvid.com/watch/rrg4XnA88NK, http://www.playvid.com/watch/MpBjfdcwGdA,
http://www.playvid.com/watch/oPWNAIHMMkT, http://www.playvid.com/watch/plmouWAEGkC, http://www.playvid.com/watch/NkqkuXVYfj5,
http://www.playvid.com/watch/Eg8C7i2e3b0, http://www.playvid.com/watch/odXkQG3WQPf, http://www.playvid.com/watch/7DLdfs-q9fc,
http://www.playvid.com/watch/oL2mnZoUj-3, http://www.playvid.com/watch/negYhNIRiD4, http://www.playvid.com/watch/UhnCJUkVUq9,
http://www.playvid.com/watch/EgGtXxvftpR, http://www.playvid.com/watch/TiKnOGV0LwP, http://www.playvid.com/watch/AnpUfsGsowr,
http://www.playvid.com/watch/AU9Z-B5Qsjo, http://www.playvid.com/watch/pgvtiXxNgwt, http://www.playvid.com/watch/kO5mWGpVs2x,
http://www.playvid.com/watch/Q4AvuZuCMSN, http://www.playvid.com/watch/nJyG6e350xX, http://www.playvid.com/watch/XY4QOkq4yrg,
http://www.playvid.com/watch/Unt8rQ6tgv9, http://www.playvid.com/watch/cx0cbREBZid, http://www.playvid.com/watch/NHZhJJtnHEE,
http://www.playvid.com/watch/Ya5DJJ2pFls, http://www.playvid.com/watch/HJHui4LJTYL, http://www.playvid.com/watch/h039HdQHW0G,
http://www.playvid.com/watch/iAzzvw6K0RA, http://www.playvid.com/watch/vUZ2hkG3KQA, http://www.playvid.com/watch/sF4SxlKls6b,
http://www.playvid.com/watch/IqKMldpaRyc, http://www.playvid.com/watch/X8beNJSzKuB, http://www.playvid.com/watch/LRisQ4Q0gpp,
http://www.playvid.com/watch/FhXcognCbmw, http://www.playvid.com/watch/pgT8leV6gM8, http://www.playvid.com/watch/CvIe-U9bKvg,
http://www.playvid.com/watch/dIuCaMsEfPO, http://www.playvid.com/watch/QtHaLtGeOgl, http://www.playvid.com/watch/EgceeZnIavi,
http://www.playvid.com/watch/46Ttgb2fXpJ, http://www.playvid.com/watch/7nPYQ5qI6qn, http://www.playvid.com/watch/BJ0B22Y-roR,
http://www.playvid.com/watch/Nyy--oKXv2N, http://www.playvid.com/watch/YD4Nl7fiFL0, http://www.playvid.com/watch/9SyiGvjgVdL,
http://www.playvid.com/watch/LOLxwJGWG-3, http://www.playvid.com/watch/iW8ydwFQPWJ, http://www.playvid.com/watch/NCwrQTIJcPE,
http://www.playvid.com/watch/QqK5sKmzYFY, http://www.playvid.com/watch/A5KB8pxWmMC, http://www.playvid.com/watch/HTszWyXOWSv,
http://www.playvid.com/watch/lmVLhPKwrUJ, http://www.playvid.com/watch/epzA-s8Jn8N, http://www.playvid.com/watch/zhvCNEkSe0z,
http://www.playvid.com/watch/6RPFOvqtvnh, http://www.playvid.com/watch/3X9OV7-9UIE, http://www.playvid.com/watch/cPzOAd0L7rU,
http://www.playvid.com/watch/alXzwrMlr8s, http://www.playvid.com/watch/pjbCup7cqwn, http://www.playvid.com/watch/D5Hk9NIubyS,
http://www.playvid.com/watch/25TQOM9fJW8, http://www.playvid.com/watch/HJV28223Sek, http://www.playvid.com/watch/cMlDfqTJENO,
http://www.playvid.com/watch/uSoPp0Fn3JS, http://www.playvid.com/watch/8yU5UL4hzdR, http://www.playvid.com/watch/Wdq6tw73Efn,
http://www.playvid.com/watch/cESPYXbSFuJ, http://www.playvid.com/watch/7HvFDa6eEHH, http://www.playvid.com/watch/ZZumxwmLSzQ,
http://www.playvid.com/watch/RMj7m5pEgDX, http://www.playvid.com/watch/SCP7gJuzfde, http://www.playvid.com/watch/vo-z9FLF2g4,
http://www.playvid.com/watch/GMiCAP0ub2w, http://www.playvid.com/watch/wP4bnRIK4Fz, http://www.playvid.com/watch/8uw-dY9M8sf,
http://www.playvid.com/watch/JV6ys6Tnrld, http://www.playvid.com/watch/WAuMhdvNN5S, http://www.playvid.com/watch/AXVWOi4uuQs,
http://www.playvid.com/watch/7cguG6hExlW, http://www.playvid.com/watch/PI3qrT2DPbm, http://www.playvid.com/watch/5yA0MFCOE5Q,
http://www.playvid.com/watch/7idZ-0FQFH3, http://www.playvid.com/watch/TsQENaHHVS4, http://www.playvid.com/watch/0APyuloXjAV,
http://www.playvid.com/watch/PK-it09lrqh, http://www.playvid.com/watch/7GttENkxQFO, http://www.playvid.com/watch/vvjl3Jm7v9k,
http://www.playvid.com/watch/qjmwVJJSGDJ, http://www.playvid.com/watch/2hkK-f4GnlE, http://www.playvid.com/watch/TOlu0Scjd8x,
http://www.playvid.com/watch/-s4VYjUAMtL, http://www.playvid.com/watch/2PVwiIkdWs8, http://www.playvid.com/watch/JmaCw9v-gzF,
http://www.playvid.com/watch/bRZ4qIaMhPX, http://www.playvid.com/watch/wY65ZRc0RzA, http://www.playvid.com/watch/3dT20GKVPWC,
http://www.playvid.com/watch/vJHVwWzg9yq, http://www.playvid.com/watch/vEnpP9LzXRi, http://www.playvid.com/watch/baFkV6kfoRi,
http://www.playvid.com/watch/4GQcpuFnJnw, http://www.playvid.com/watch/bvuCS3yUvXa, http://www.playvid.com/watch/e8PmQT469Cq,
http://www.playvid.com/watch/UN6P0TVYkmb, http://www.playvid.com/watch/tB3krfYcopd, http://www.playvid.com/watch/rqU3Bo3xfJd,
http://www.playvid.com/watch/N5BWwfQgioh, http://www.playvid.com/watch/VCjBbHQL5hJ, http://www.playvid.com/watch/FeWx2ILUbNM,
http://www.playvid.com/watch/Nc8MvoDOfB6, http://www.playvid.com/watch/Gacy9dxbofu, http://www.playvid.com/watch/5qDmaoKBLEo,
http://www.playvid.com/watch/SljOwRpTajY, http://www.playvid.com/watch/0Nyr-UuxzJE, http://www.playvid.com/watch/KN3i0x-EqXi,
http://www.playvid.com/watch/mxI9H0ZHgvb, http://www.playvid.com/watch/LyrdOnyGrdR, http://www.playvid.com/watch/30SGRehItg9,
http://www.playvid.com/watch/2LMIvPgqeoK, http://www.playvid.com/watch/04IefUBZhHf, http://www.playvid.com/watch/U9fiXPqgmXV,
http://www.playvid.com/watch/w0x3UW6jMs6, http://www.playvid.com/watch/CEBxMi4O2J9, http://www.playvid.com/watch/fKJSscWHPKa,
http://www.playvid.com/watch/qmVyTJMediG, http://www.playvid.com/watch/jXof0J32QqI, http://www.playvid.com/watch/kYfni-MP7xD,
http://www.playvid.com/watch/gUzBK5plwZR, http://www.playvid.com/watch/v4mcTq0zcI2, http://www.playvid.com/watch/5OlAqkNx38M,
http://www.playvid.com/watch/vCPJNNaZ4AS, http://www.playvid.com/watch/Q-Gk-Ul0pjq, http://www.playvid.com/watch/EmNFQQxqB7Z,
http://www.playvid.com/watch/OHwwxBfzvKg, http://www.playvid.com/watch/ro0vEuf9F8q, http://www.playvid.com/watch/mB3HB-T-ZHx,
http://www.playvid.com/watch/SQ4IcmuxABV, http://www.playvid.com/watch/-NB5sHo4snS, http://www.playvid.com/watch/BeFUETrQqqs,
http://www.playvid.com/watch/N4IHE6cYomt, http://www.playvid.com/watch/FG0k40FM26s, http://www.playvid.com/watch/LZthUSJs0iy,
http://www.playvid.com/watch/w8uL0fvcH6t, http://www.playvid.com/watch/CmJ-7RixO6v, http://www.playvid.com/watch/m4DZGQyYigX,
http://www.playvid.com/watch/cN87XfNqfWu, http://www.playvid.com/watch/26RkPhUh9fl, http://www.playvid.com/watch/EM4lT2465tp,
http://www.playvid.com/watch/8xjDAUZp9G6, http://www.playvid.com/watch/YyQowSzt3iu, http://www.playvid.com/watch/8fzkT7Q5al9,
http://www.playvid.com/watch/DkVgmxbFtv6, http://www.playvid.com/watch/2D0nCYtyoHM, http://www.playvid.com/watch/unpMYhaJEGw,
http://www.playvid.com/watch/KJ4qxHHBatB, http://www.playvid.com/watch/6a38v0PAVU5, http://www.playvid.com/watch/C47Fc0byxZx,
http://www.playvid.com/watch/nFBTuj2Ghtk, http://www.playvid.com/watch/BTaw34UrbVn, http://www.playvid.com/watch/9XDpZ399GiT,
http://www.playvid.com/watch/0j-hoaKFKlr, http://www.playvid.com/watch/gO2ydS27YXp, http://www.playvid.com/watch/e2EF2fGcsMN,
http://www.playvid.com/watch/DVuZmYHCbgB, http://www.playvid.com/watch/46N46BtwipN, http://www.playvid.com/watch/K8Y965Wmtm3,
http://www.playvid.com/watch/FFeHo8acO7K, http://www.playvid.com/watch/4eGAr0J37gN, http://www.playvid.com/watch/tog8TGveSzk,
http://www.playvid.com/watch/saF8y2sQkbV, http://www.playvid.com/watch/KFxjdGThzAB, http://www.playvid.com/watch/LlsUbp5EgzL,
http://www.playvid.com/watch/zYnAmhloEDU, http://www.playvid.com/watch/5EhodlrtVpG, http://www.playvid.com/watch/SKrpVcbgCCj,
http://www.playvid.com/watch/aeqRZp8WcpA, http://www.playvid.com/watch/ZCoIGG9lxpo, http://www.playvid.com/watch/OgH56LOZzCu,
http://www.playvid.com/watch/a57bjUdK3KI, http://www.playvid.com/watch/G-ZSsVvxl27, http://www.playvid.com/watch/02n5-RMTHo3,
http://www.playvid.com/watch/4LW0hgpFCTL, http://www.playvid.com/watch/cIQzCRG5NfI, http://www.playvid.com/watch/jo5jMtZDxnh,
http://www.playvid.com/watch/QZPSX2W6iNl, http://www.playvid.com/watch/P0wrXVLWjSm, http://www.playvid.com/watch/3czWBbUNLM6,
http://www.playvid.com/watch/wqbE4U0UNcJ, http://www.playvid.com/watch/flhGcDEBWk-, http://www.playvid.com/watch/7b43fLz72Nk,

http://www.playvid.com/watch/WaskCbVtsDJ, http://www.playvid.com/watch/NPmKr3S0HkA, http://www.playvid.com/watch/fFCfW9-qa6A, http://www.playvid.com/watch/6McE-hhP534, http://www.playvid.com/watch/4KKX5-Q6n37, http://www.playvid.com/watch/PTEZiXlLK7Y, http://www.playvid.com/watch/Zsni5BEEdRr, http://www.playvid.com/watch/PI3CXaVd4yz, http://www.playvid.com/watch/3kjGqB7-o87, http://www.playvid.com/watch/MqaHVMVu7zz, http://www.playvid.com/watch/JWsqJNSSYIR, http://www.playvid.com/watch/ShkmCgyr74V, http://www.playvid.com/watch/XmPhx3KGCl4, http://www.playvid.com/watch/sPK9C9OPQOg, http://www.playvid.com/watch/lPGFd7lEoUI, http://www.playvid.com/watch/l6OYfCZM5tN, http://www.playvid.com/watch/9CjaVlYbJb0, http://www.playvid.com/watch/d86XwwxzZLZ, http://www.playvid.com/watch/F6w5oOs-fwz, http://www.playvid.com/watch/iz-STKE3L4C, http://www.playvid.com/watch/m3nmIGtUazL, http://www.playvid.com/watch/IFl4CwXd0YF, http://www.playvid.com/watch/wEVAqdJSuUZ, http://www.playvid.com/watch/PNp9rnJJPOr, http://www.playvid.com/watch/fxmS7YuOHHM, http://www.playvid.com/watch/0JluwcUAex8, http://www.playvid.com/watch/KMmHk2nICpY, http://www.playvid.com/watch/pWeRtxyD2T7, http://www.playvid.com/watch/m7G0S9EYChF, http://www.playvid.com/watch/fFq-Il2iyge, http://www.playvid.com/watch/5rDp5A7u7ym, http://www.playvid.com/watch/AHtddh-OPQm, http://www.playvid.com/watch/Bmf86atMylK, http://www.playvid.com/watch/wt5Zbs7B3M9, http://www.playvid.com/watch/oYeiDwdm-70, http://www.playvid.com/watch/goSY6hnBvid, http://www.playvid.com/watch/EGtTKPi5dAh, http://www.playvid.com/watch/miZjCA-Snuw, http://www.playvid.com/watch/oMBFiSFInOW, http://www.playvid.com/watch/hWMxCwd7Otm, http://www.playvid.com/watch/C6chNdBCHqw, http://www.playvid.com/watch/aAPXXWOdLjd, http://www.playvid.com/watch/5oOLRSjxBMy, http://www.playvid.com/watch/atAr7WsVD2i, http://www.playvid.com/watch/t77g6k2J003, http://www.playvid.com/watch/MHASyuZJ43o, http://www.playvid.com/watch/SwjePwWsoJq, http://www.playvid.com/watch/5kP6DaHR62M, http://www.playvid.com/watch/CYkqnS-CgJH, http://www.playvid.com/watch/PVAIbQ2AJ9F, http://www.playvid.com/watch/kXss44xwRlu, http://www.playvid.com/watch/LybzW3arsOr, http://www.playvid.com/watch/0MJu-YlRxDt, http://www.playvid.com/watch/58ZhfitHlCZ, http://www.playvid.com/watch/wNWMA8EwULZ, http://www.playvid.com/watch/c2bwRUaAOJR, http://www.playvid.com/watch/AJOf4WIoK4r, http://www.playvid.com/watch/QTPJOyBIkU6, http://www.playvid.com/watch/7Cu4w8tZQ53, http://www.playvid.com/watch/zpNmuarieuC, http://www.playvid.com/watch/NeK7HkyViSW, http://www.playvid.com/watch/FPt2pYKYXUm, http://www.playvid.com/watch/rhZlxvS5nA7, http://www.playvid.com/watch/F0EdwNmAx9N, http://www.playvid.com/watch/NQvqrkanogF, http://www.playvid.com/watch/06KOlSiAOtL, http://www.playvid.com/watch/mkPzDOUcNiS, http://www.playvid.com/watch/YlykNCPen3G, http://www.playvid.com/watch/JbVbsafudVH, http://www.playvid.com/watch/nN9ilzZUw4y, http://www.playvid.com/watch/O5NPdw5RHCO, http://www.playvid.com/watch/mw6SgeUvwnC, http://www.playvid.com/watch/6rtn3wsTg-M, http://www.playvid.com/watch/5MCskXKNgdh, http://www.playvid.com/watch/ADctvnswYcQ, http://www.playvid.com/watch/9wKb0V0mvjl, http://www.playvid.com/watch/QSN6gvah2Ba, http://www.playvid.com/watch/UlYemr0nIG8, http://www.playvid.com/watch/Y4BntmfWvK0, http://www.playvid.com/watch/kcK80bIAn47, http://www.playvid.com/watch/BrgJgkm4-pW, http://www.playvid.com/watch/8EE5s-SujAK, http://www.playvid.com/watch/5K0jL6ec5YR, http://www.playvid.com/watch/hhwhMdviVy7, http://www.playvid.com/watch/bIdSUx3nGDM, http://www.playvid.com/watch/MAOU2EFeHKF, http://www.playvid.com/watch/XzYm9gTgOu7, http://www.playvid.com/watch/3yTDObnOfZp, http://www.playvid.com/watch/sGcW5ruCdmG, http://www.playvid.com/watch/QgehrnINBOO, http://www.playvid.com/watch/xlOorbRJRMW, http://www.playvid.com/watch/lKWmFlrKvfu, http://www.playvid.com/watch/Rkru9mtrvf4, http://www.playvid.com/watch/sZNIgRppTIt, http://www.playvid.com/watch/I4pnRIYXx76, http://www.playvid.com/watch/fHR7WThsCQ8, http://www.playvid.com/watch/tmvYXhC92el, http://www.playvid.com/watch/CF8LxQRHoGU, http://www.playvid.com/watch/hzG7qjFdmHU, http://www.playvid.com/watch/2Hk9AXzqQq6, http://www.playvid.com/watch/0WvOwi6s5pB, http://www.playvid.com/watch/mXdsgyH2Ehv, http://www.playvid.com/watch/VKi6wHUlyIH, http://www.playvid.com/watch/BaU5bV2n-Q2, http://www.playvid.com/watch/GUtobjYYt5o, http://www.playvid.com/watch/EPaCiQT2JCv, http://www.playvid.com/watch/S8DFRExxojp, http://www.playvid.com/watch/a7ATTuW7vf6, http://www.playvid.com/watch/zvFUwmsUYql, http://www.playvid.com/watch/bUiq6hAkETE, http://www.playvid.com/watch/9mWSHu5gASI, http://www.playvid.com/watch/NopxMGZgXTx, http://www.playvid.com/watch/G60Pt0gPQs0, http://www.playvid.com/watch/qw4O267Je4x, http://www.playvid.com/watch/kIErzdcOV5Y, http://www.playvid.com/watch/IhbP0RMd-d7, http://www.playvid.com/watch/ttid2QB-tvg, http://www.playvid.com/watch/0U598GZoEU6, http://www.playvid.com/watch/IEBdXMAKsEm, http://www.playvid.com/watch/H8tYxdDu3G9, http://www.playvid.com/watch/HOI7oUquXI3, http://www.playvid.com/watch/6-6OVr4b2ss, http://www.playvid.com/watch/b0jOYIDDZGo, http://www.playvid.com/watch/y4GvKJWMSHl, http://www.playvid.com/watch/u0eCgpAreA7, http://www.playvid.com/watch/UfhIu3ZqCMS, http://www.playvid.com/watch/EFmemUOMd5n, http://www.playvid.com/watch/XaMtDdxdOyK, http://www.playvid.com/watch/0OtPL-5zA4t, http://www.playvid.com/watch/9xeqxrwOxd2, http://www.playvid.com/watch/x4K2vG0Wjfz, http://www.playvid.com/watch/oku2G9tTrSJ, http://www.playvid.com/watch/cKKLtsrf5mC, http://www.playvid.com/watch/BZyamKkntC5, http://www.playvid.com/watch/nocqniopfqG, http://www.playvid.com/watch/5NOSQTS8m5c, http://www.playvid.com/watch/MhUByFJU2XK, http://www.playvid.com/watch/8zZG6LajGpn, http://www.playvid.com/watch/FuYHki92cqS, http://www.playvid.com/watch/8Y-YbCr9ZX3, http://www.playvid.com/watch/FdKHMUkj3Eb, http://www.playvid.com/watch/-avgHInYNJj, http://www.playvid.com/watch/svF8YRuioB2, http://www.playvid.com/watch/bXBXqr5rKcs, http://www.playvid.com/watch/7aHJDTYAeiZ, http://www.playvid.com/watch/YNy3RyzzCt4, http://www.playvid.com/watch/yU0bomDOBNN, http://www.playvid.com/watch/ypHEC25uYVG, http://www.playvid.com/watch/JCfE0uErmjQ, http://www.playvid.com/watch/yiV9lLrTPrM, http://www.playvid.com/watch/3u7P0F3klLW, http://www.playvid.com/watch/qEtuzINed8V, http://www.playvid.com/watch/QsVO5vGiTwa, http://www.playvid.com/watch/yFvMbzTSb-X, http://www.playvid.com/watch/36OS5XolRmt, http://www.playvid.com/watch/gWgUXbmfkBP, http://www.playvid.com/watch/3FWPHKraOcE, http://www.playvid.com/watch/UImbBKukP6J, http://www.playvid.com/watch/qSYN57xf83b, http://www.playvid.com/watch/8By20HcKNIA, http://www.playvid.com/watch/tZDOoMLIpKm, http://www.playvid.com/watch/VbOsQlrexJj, http://www.playvid.com/watch/BnY6QvrSKkp, http://www.playvid.com/watch/Y60JHzEjdzi, http://www.playvid.com/watch/nZ9HOywdIsv, http://www.playvid.com/watch/ihgZV4CslME, http://www.playvid.com/watch/TIwF4AJp3qo, http://www.playvid.com/watch/aZ8Eo0aeUIC, http://www.playvid.com/watch/HxWnPzpvcbV, http://www.playvid.com/watch/Abxr5MBBrWV, http://www.playvid.com/watch/PrzrCPW4ec2, http://www.playvid.com/watch/YsuIEDPzTYw, http://www.playvid.com/watch/h9K3E8RUhlo, http://www.playvid.com/watch/zAtPiH9ylMf, http://www.playvid.com/watch/3wRAepcAwUh, http://www.playvid.com/watch/sZwWxi0YrWB, http://www.playvid.com/watch/mhQgHmosBgi, http://www.playvid.com/watch/n9CAhJWMnAF, http://www.playvid.com/watch/nUr32xXMmmy, http://www.playvid.com/watch/VDJp0FNYz0A, http://www.playvid.com/watch/sRRg24pWYYw, http://www.playvid.com/watch/y8vqgXUePfg, http://www.playvid.com/watch/2WSUF0tjX7k, http://www.playvid.com/watch/4C-bfEyPILj, http://www.playvid.com/watch/-F3tD2P3jG3, http://www.playvid.com/watch/KL9TnzVtS0l, http://www.playvid.com/watch/RW8ouOW7aZ5, http://www.playvid.com/watch/XLSbGBwkKD7, http://www.playvid.com/watch/EID5KUkiqSO, http://www.playvid.com/watch/CDtg-wU8ZzT, http://www.playvid.com/watch/l69CFcvPuZd, http://www.playvid.com/watch/Oasgk8cnt-2, http://www.playvid.com/watch/MC93y9srfAS, http://www.playvid.com/watch/ppmlL2zRh3i, http://www.playvid.com/watch/xoDQMnu8Wa0, http://www.playvid.com/watch/8SIk6-gkcgw, http://www.playvid.com/watch/DtpVwgqbSJW, http://www.playvid.com/watch/D6Zfy3XokC5, http://www.playvid.com/watch/4s8y9bd5J7z, http://www.playvid.com/watch/8GOYk7jpg0T, http://www.playvid.com/watch/JRUWQdsBe58, http://www.playvid.com/watch/PHgIaLDZJvQ, http://www.playvid.com/watch/5AzNIgyzTuB, http://www.playvid.com/watch/CujHPQB5igk, http://www.playvid.com/watch/kdcg8i6F3ng, http://www.playvid.com/watch/NrCN6enyAV8, http://www.playvid.com/watch/StfQ0JpkX8n, http://www.playvid.com/watch/TflnmYU8qpv, http://www.playvid.com/watch/WGn3MKnTZF2, http://www.playvid.com/watch/gmuxLsGEnnF, http://www.playvid.com/watch/qEG8-ZvJGA0, http://www.playvid.com/watch/0d7b32ABNla, http://www.playvid.com/watch/FJbpQhDEk-g, http://www.playvid.com/watch/u03uYpnB803, http://www.playvid.com/watch/VD-yr00Vj7S, http://www.playvid.com/watch/3PhD-ty9ILu, http://www.playvid.com/watch/UpN0R2a3HHK, http://www.playvid.com/watch/aSRriGAuJxQ, http://www.playvid.com/watch/UACUq7iE8mX, http://www.playvid.com/watch/HRuKnQJHlVA, http://www.playvid.com/watch/3HKktYwodcs, http://www.playvid.com/watch/zSOyXSJKWC7, http://www.playvid.com/watch/2YMQKJtvrV6, http://www.playvid.com/watch/4zS68HZZWwT, http://www.playvid.com/watch/clYgG9PkRa8, http://www.playvid.com/watch/7-r2Y80X7Fg, http://www.playvid.com/watch/0fi92zQWHQ5, http://www.playvid.com/watch/k08B6uNUrv2, http://www.playvid.com/watch/cj3iEyySwgX, http://www.playvid.com/watch/HndVyNIytRk, http://www.playvid.com/watch/niJDSzLXaM3, http://www.playvid.com/watch/Y8C952Hg7tk, http://www.playvid.com/watch/SyntdYEUVJB, http://www.playvid.com/watch/Bmn79CDSxv8, http://www.playvid.com/watch/HforWWZfYjw, http://www.playvid.com/watch/h57uRTg8Fzz, http://www.playvid.com/watch/N3S5tMMWWsL, http://www.playvid.com/watch/4pSgH2hIXDu, http://www.playvid.com/watch/5Wr7wE2rIhd, http://www.playvid.com/watch/shGMRSH4PWI, http://www.playvid.com/watch/4EYV4iRC-OI, http://www.playvid.com/watch/d0zePcKXfis, http://www.playvid.com/watch/ybZVHOHuzAu, http://www.playvid.com/watch/Vv5ZSqwChHU, http://www.playvid.com/watch/0wUjOuTdUSY, http://www.playvid.com/watch/U6RjXIEvQT-, http://www.playvid.com/watch/ob6V6lAU2EI, http://www.playvid.com/watch/wLMBNt-n2Mf, http://www.playvid.com/watch/nCt0hZ4wyCR, http://www.playvid.com/watch/uaqbokUg003, http://www.playvid.com/watch/l0oDsRmWtn0, http://www.playvid.com/watch/TH87MNBJZqz, http://www.playvid.com/watch/F0t6ErkDe-H, http://www.playvid.com/watch/t9Aazem8ihx, http://www.playvid.com/watch/YfNbNRDp7aV, http://www.playvid.com/watch/GaFfpXWBWaw, http://www.playvid.com/watch/2EuCRlt7N8e, http://www.playvid.com/watch/3CtkyOdW3bV, http://www.playvid.com/watch/TDbfq2kpCej, http://www.playvid.com/watch/zZ7J8CIvu-s, http://www.playvid.com/watch/temWoc9lOIv, http://www.playvid.com/watch/dacdI4szHZN, http://www.playvid.com/watch/qxLEt9tjr5j, http://www.playvid.com/watch/cGBEVrA8hoQ, http://www.playvid.com/watch/KQ8jh4dLgP3, http://www.playvid.com/watch/Ua8rdnQyeR5, http://www.playvid.com/watch/C9EfV6erJsY, http://www.playvid.com/watch/LzNMLn-l9P2, http://www.playvid.com/watch/qhv8GtFIEVp, http://www.playvid.com/watch/mIaPUdvZQmb, http://www.playvid.com/watch/5wrnLEEg9sb, http://www.playvid.com/watch/GXRnP7fuUZx, http://www.playvid.com/watch/6Ihtx0Q0g7m, http://www.playvid.com/watch/ECQ9aXY-BIL, http://www.playvid.com/watch/CODwxEo87Il, http://www.playvid.com/watch/wIO4FfgCT7O, http://www.playvid.com/watch/v8GCTvOl8yN, http://www.playvid.com/watch/eBnr4VnqlnI, http://www.playvid.com/watch/oqFVeoY9F4q, http://www.playvid.com/watch/H0SsMnRgBHH, http://www.playvid.com/watch/sE6gbURIFEe, http://www.playvid.com/watch/JfvQW48JcH2, http://www.playvid.com/watch/jgiNJHZTq9L, http://www.playvid.com/watch/-FpeuNV-eJa, http://www.playvid.com/watch/DZmJNO8mHX0, http://www.playvid.com/watch/k5CFdOLZcQR, http://www.playvid.com/watch/t4UraE3bwN6, http://www.playvid.com/watch/-cW7hn2wXEU,

http://www.playvid.com/watch/n0eAMrJ4PHN, http://www.playvid.com/watch/b4VH2LeFNCY, http://www.playvid.com/watch/nILKg2T7mOH,
http://www.playvid.com/watch/rykwxMv8YAN, http://www.playvid.com/watch/HOVsrmSGtZL, http://www.playvid.com/watch/wpNFlwrOOtM,
http://www.playvid.com/watch/x4xFnbb4-fX, http://www.playvid.com/watch/2mxMDwB6JBs, http://www.playvid.com/watch/tmjrOK53pmr,
http://www.playvid.com/watch/nKgJTYpqBas, http://www.playvid.com/watch/iGjHKtp4u6U, http://www.playvid.com/watch/L9v34-z8FN3,
http://www.playvid.com/watch/Vn2mZgys8dr, http://www.playvid.com/watch/OGIAebGrP9D, http://www.playvid.com/watch/IYxvfAAIXU7,
http://www.playvid.com/watch/VvDWnh3msvX, http://www.playvid.com/watch/Txnb6tm28ix, http://www.playvid.com/watch/rcFamoA6YZ8,
http://www.playvid.com/watch/gdBVTol7kh2, http://www.playvid.com/watch/R3HRZeywJPw, http://www.playvid.com/watch/MJUjMyXo4lj,
http://www.playvid.com/watch/DgQZ38q96E9, http://www.playvid.com/watch/obvFp3ocC4t, http://www.playvid.com/watch/oyZuY2iGc5m,
http://www.playvid.com/watch/isTNwecSniM, http://www.playvid.com/watch/kJuOScWubrJ, http://www.playvid.com/watch/7WgoX4Tr0bS,
http://www.playvid.com/watch/EH-OOHf5hcC, http://www.playvid.com/watch/nifRImqm0e3, http://www.playvid.com/watch/9emCsK0yk2y,
http://www.playvid.com/watch/GQ-mKcT0Lg3, http://www.playvid.com/watch/DfhrZsRKD0V, http://www.playvid.com/watch/LyL2jWl03Wq,
http://www.playvid.com/watch/XyuS8Mms9tA, http://www.playvid.com/watch/gjfacdf3SW5, http://www.playvid.com/watch/YU40GzxU9zR,
http://www.playvid.com/watch/kC6GvUzH5vR, http://www.playvid.com/watch/haM0xJhGvaG, http://www.playvid.com/watch/HtDiEAlnf9b,
http://www.playvid.com/watch/8L2gO8rbX6M, http://www.playvid.com/watch/CjIRqGSrxlh, http://www.playvid.com/watch/mvPO3m0qSZU,
http://www.playvid.com/watch/cG7hy7B7FLm, http://www.playvid.com/watch/wurNweQWHmq, http://www.playvid.com/watch/R8i6Ruu9HYV,
http://www.playvid.com/watch/iE2z9cgaFE7, http://www.playvid.com/watch/uEEMk-M-zDh, http://www.playvid.com/watch/7-PzeR43kWy,
http://www.playvid.com/watch/O45G0KPmTTA, http://www.playvid.com/watch/W-jxNDmC3a3, http://www.playvid.com/watch/deVZzPrSSgF,
http://www.playvid.com/watch/ejfMfaXCjUw, http://www.playvid.com/watch/wEdsw3v5VA7, http://www.playvid.com/watch/pZ4DRh25gUo,
http://www.playvid.com/watch/Z059UXBz6SF, http://www.playvid.com/watch/kBroPQnwlNA, http://www.playvid.com/watch/azASkMbJdXc,
http://www.playvid.com/watch/w3Ku3M62tJ0, http://www.playvid.com/watch/KIJBN5TW5Ax, http://www.playvid.com/watch/aCP8SK3i9YY,
http://www.playvid.com/watch/jmNNM8eps3V, http://www.playvid.com/watch/D8NnTmLA5Ga, http://www.playvid.com/watch/HMP0MymnBH4,
http://www.playvid.com/watch/0cw0sD2LaZ3, http://www.playvid.com/watch/ptSjRx-4oiK, http://www.playvid.com/watch/KxisLWusCEh,
http://www.playvid.com/watch/ZZ4cLtgU4DM, http://www.playvid.com/watch/8o0pB0UZ52g, http://www.playvid.com/watch/VYolf4VMJzx,
http://www.playvid.com/watch/MszPrSQM90c, http://www.playvid.com/watch/hSVExmR3e4b, http://www.playvid.com/watch/gUMQ8j-ZVmT,
http://www.playvid.com/watch/IiwciUpkmrD, http://www.playvid.com/watch/IbqF-FZaLwF, http://www.playvid.com/watch/OZdhv-F2qAD,
http://www.playvid.com/watch/V8mMrrnxK57, http://www.playvid.com/watch/V-judWpAT0W, http://www.playvid.com/watch/Sfio92m3YSp,
http://www.playvid.com/watch/Y6T9TSuaL0c, http://www.playvid.com/watch/kCLHeAVYlTD, http://www.playvid.com/watch/svyWHW9jCmr,
http://www.playvid.com/watch/OfVeDswuvco, http://www.playvid.com/watch/e5joG-fuez2, http://www.playvid.com/watch/HlSspRR0Mpx,
http://www.playvid.com/watch/5OTsp-ZrsLB, http://www.playvid.com/watch/YDaPu8PtsqZ, http://www.playvid.com/watch/UT1H1ljm7iT,
http://www.playvid.com/watch/aac0FwzRPeD, http://www.playvid.com/watch/x-gSmt7yOxn, http://www.playvid.com/watch/STTkAnZLiz6,
http://www.playvid.com/watch/YVkJfilBmA2, http://www.playvid.com/watch/ptsdSpQ54V-, http://www.playvid.com/watch/n0K9olxVb-d,
http://www.playvid.com/watch/AAQYRwU8wqo, http://www.playvid.com/watch/56AqBxlpnHt, http://www.playvid.com/watch/DB6Iqbnfy-P,
http://www.playvid.com/watch/20Y3TIj3Ek7, http://www.playvid.com/watch/z6ak5LIt2gr, http://www.playvid.com/watch/3GonYxO73WQ,
http://www.playvid.com/watch/z-7YmqEsGjM, http://www.playvid.com/watch/9cU-CqiBBn4, http://www.playvid.com/watch/FKK3GIAvy5O,
http://www.playvid.com/watch/n9oxw4dVIZ3, http://www.playvid.com/watch/KWGDKgqZVAj, http://www.playvid.com/watch/AMlZ2LWSoO3,
http://www.playvid.com/watch/WQOnLDE5TW8, http://www.playvid.com/watch/W0D8igtXFPZ, http://www.playvid.com/watch/25tiON3eUHY,
http://www.playvid.com/watch/DWi09e4zhH6, http://www.playvid.com/watch/rvnukK1QNSm, http://www.playvid.com/watch/lkUmC1igcj8,
http://www.playvid.com/watch/EjH25cV-aDT, http://www.playvid.com/watch/df6lZqoJjbI, http://www.playvid.com/watch/VyZIL1mPMmw,
http://www.playvid.com/watch/vd6yjc2GUyC, http://www.playvid.com/watch/n8g7GdjaxYU, http://www.playvid.com/watch/SQfzic6EhJr,
http://www.playvid.com/watch/aFNJrdiLMyh, http://www.playvid.com/watch/8o9E4e2gT6b, http://www.playvid.com/watch/2Qtsp7JSUsf,
http://www.playvid.com/watch/CrbdTGduaAy, http://www.playvid.com/watch/yEZrO3BZFDk, http://www.playvid.com/watch/CgyCko7ZE5T,
http://www.playvid.com/watch/SljDxnL6XXF, http://www.playvid.com/watch/fhCNYNr2Grb, http://www.playvid.com/watch/OJTTKRAtsGY,
http://www.playvid.com/watch/5NYM2WljbDZ, http://www.playvid.com/watch/9AKnmuUJgry, http://www.playvid.com/watch/asgk-icrzkL,
http://www.playvid.com/watch/eqOSdjSmFz2, http://www.playvid.com/watch/tLVYRVB8xPX, http://www.playvid.com/watch/iSBBTyPMI-a,
http://www.playvid.com/watch/sGrgALaUsUV, http://www.playvid.com/watch/k27ePk9c0if, http://www.playvid.com/watch/TWtaQzaA9cS,
http://www.playvid.com/watch/Hjnlz0y8V35, http://www.playvid.com/watch/qhNTYBmuLGj, http://www.playvid.com/watch/U-XRsNvlJ7U,
http://www.playvid.com/watch/hKdbHIE6pW5, http://www.playvid.com/watch/M0nwFuGuYif, http://www.playvid.com/watch/lbyShTF-KHg,
http://www.playvid.com/watch/WdxE4ZPZ8WE, http://www.playvid.com/watch/3PopIDJMbfk, http://www.playvid.com/watch/xeq9G-iWVVJ,
http://www.playvid.com/watch/CUZuJSRsGAP, http://www.playvid.com/watch/ICLwbZOe-3D, http://www.playvid.com/watch/iI3X8nv0KTX,
http://www.playvid.com/watch/2J6JFNTfb7c, http://www.playvid.com/watch/2PSqd3YbBSu, http://www.playvid.com/watch/JsXfGOXbAtW,
http://www.playvid.com/watch/oKvZpUHGiYy, http://www.playvid.com/watch/64AaYbAfjGe, http://www.playvid.com/watch/tlczm8YU-3S,
http://www.playvid.com/watch/b0y8gQ5IWoI, http://www.playvid.com/watch/Vpf9VE4CG4m, http://www.playvid.com/watch/alNgA5ovsCJ,
http://www.playvid.com/watch/9S7M8H_crck, http://www.playvid.com/watch/JPcLERN2tYs, http://www.playvid.com/watch/sLoBk353xau,
http://www.playvid.com/watch/01uz9HBGW3U, http://www.playvid.com/watch/rH_iJ6RdjMU, http://www.playvid.com/watch/ZTmb88AngUi,
http://www.playvid.com/watch/CoG4OsLhMRb, http://www.playvid.com/watch/6oukRG2KeHA, http://www.playvid.com/watch/l1lazxC0aJh,
http://www.playvid.com/watch/I7Cb5gHvJhN, http://www.playvid.com/watch/5c2ztz8qyQu, http://www.playvid.com/watch/g1zZviS_K_w,
http://www.playvid.com/watch/0QUXCPwIBTT, http://www.playvid.com/watch/fm9hucz-V-H, http://www.playvid.com/watch/UvLdv6JKi0e,
http://www.playvid.com/watch/ZDqpxK6LdxW, http://www.playvid.com/watch/RmBeeoK8W7C, http://www.playvid.com/watch/AWv7nN6HYeJ,
http://www.playvid.com/watch/VpKVrwMmgeV, http://www.playvid.com/watch/OD7VrbFFqHc, http://www.playvid.com/watch/EAmNCBlDV69,
http://www.playvid.com/watch/Ydq40F7Wm-b, http://www.playvid.com/watch/PCPwyQyuD_Q, http://www.playvid.com/watch/eCnZoUxiJ79,
http://www.playvid.com/watch/wNHeO7i7_ew, http://www.playvid.com/watch/99C14vdVQlR, http://www.playvid.com/watch/o1AAic_zn2c,
http://www.playvid.com/watch/CLLctRIna6a, http://www.playvid.com/watch/7IVn4hq6q69, http://www.playvid.com/watch/rgfGM3lb_wk,
http://www.playvid.com/watch/rdzM2atZrdJ, http://www.playvid.com/watch/NmEHJNShxnc, http://www.playvid.com/watch/KLnAaoqod4g,
http://www.playvid.com/watch/WCcW3cpfd87, http://www.playvid.com/watch/8R0wx5D98Hf, http://www.playvid.com/watch/zq-8E__wtwC,
http://www.playvid.com/watch/38BhFXQvx9v, http://www.playvid.com/watch/K0jpsEhm7cb, http://www.playvid.com/watch/i52iAnqX19L,
http://www.playvid.com/watch/Kd9WajUMg4z, http://www.playvid.com/watch/jEOwpz585Sf, http://www.playvid.com/watch/vU2AaDY1YjR,
http://www.playvid.com/watch/X-PdqSRJ2Cg, http://www.playvid.com/watch/VyQp_jCsUdj, http://www.playvid.com/watch/DnilP3SwFCY,
http://www.playvid.com/watch/Uad6EXlce7K, http://www.playvid.com/watch/pC1y-sl_dex, http://www.playvid.com/watch/rtm8BxNBnu0,
http://www.playvid.com/watch/jdYXABzCP9v, http://www.playvid.com/watch/hYjEuqAeuTN, http://www.playvid.com/watch/CpgFxTjFqxU,
http://www.playvid.com/watch/9T3PqmDaKNh, http://www.playvid.com/watch/B50Oq_HRfiv, http://www.playvid.com/watch/P2HtfRFzvsP,
http://www.playvid.com/watch/vtr1x5kgJT9, http://www.playvid.com/watch/qdV1vE9qclX, http://www.playvid.com/watch/8QvKoeYpTfh,
http://www.playvid.com/watch/TNl1d0XHOBI, http://www.playvid.com/watch/hNmREiDgLie, http://www.playvid.com/watch/SyD1dQhxmBU,
http://www.playvid.com/watch/WR1yFSsXAf6, http://www.playvid.com/watch/ZVrpU0V7-gl, http://www.playvid.com/watch/kCC494PEFoA,
http://www.playvid.com/watch/en2bXvGPn5t, http://www.playvid.com/watch/fFNerHYZhud, http://www.playvid.com/watch/qvBoP0HSq2m,
http://www.playvid.com/watch/KT5BtXSpABm, http://www.playvid.com/watch/yGVlJe2LHYQ, http://www.playvid.com/watch/aNjOUWXRohk,
http://www.playvid.com/watch/ELE71ta9kM6, http://www.playvid.com/watch/QtU3QVljgYj, http://www.playvid.com/watch/cradQa-uKp3,
http://www.playvid.com/watch/Hfa1q54mxt9, http://www.playvid.com/watch/EKifrl0L-6S, http://www.playvid.com/watch/9l5wBnloXg3,
http://www.playvid.com/watch/hyOEctj3S-4, http://www.playvid.com/watch/PHkNT5NbF8Q, http://www.playvid.com/watch/BS3mCrjns-K,
http://www.playvid.com/watch/UZQuCW1SVoO, http://www.playvid.com/watch/DrdcVKk3CZF, http://www.playvid.com/watch/r_LXuVuxBN0,
http://www.playvid.com/watch/K04A_vuqBnw, http://www.playvid.com/watch/H0oB0Z7LC1q, http://www.playvid.com/watch/ucOY_oP-WDu,
http://www.playvid.com/watch/jL6OxcI3BJM, http://www.playvid.com/watch/AZRghKd6XSJ, http://www.playvid.com/watch/pZljn1dmlKy,
http://www.playvid.com/watch/gCcC6cbSRBE, http://www.playvid.com/watch/7WGxhQ3tAFk, http://www.playvid.com/watch/0KLvdJ0NjkJ,
http://www.playvid.com/watch/acqID4FPaVy, http://www.playvid.com/watch/hPEluhMd10K, http://www.playvid.com/watch/U5TCmXBKGz3,
http://www.playvid.com/watch/Gx6WouD0ioL, http://www.playvid.com/watch/vjpoVlHImB6, http://www.playvid.com/watch/uPR95NiOVNI,
http://www.playvid.com/watch/kk_wYT0kLK6, http://www.playvid.com/watch/IW1w-ZOkI07, http://www.playvid.com/watch/9-eppzj4hLJ,
http://www.playvid.com/watch/A0KYQhxFC_9, http://www.playvid.com/watch/pp0IKynACi2, http://www.playvid.com/watch/Td_lLOcAlLF,
http://www.playvid.com/watch/F6v5xXy8gNY, http://www.playvid.com/watch/HFMNBgw5TtY, http://www.playvid.com/watch/O4Qihxf6css,
http://www.playvid.com/watch/RDNQPGxQrgQ, http://www.playvid.com/watch/TUiRYT9eeY5, http://www.playvid.com/watch/onR1kh6Ul-a,
http://www.playvid.com/watch/SBL8VnlR7DY, http://www.playvid.com/watch/SgSkw8cHmLa, http://www.playvid.com/watch/FswmwG68DCD,
http://www.playvid.com/watch/4d94TnBPcw5, http://www.playvid.com/watch/nh1QXreIyAN, http://www.playvid.com/watch/f0ABifpmVj5,
http://www.playvid.com/watch/SdYFKcaon4l, http://www.playvid.com/watch/unRzgk9u-QZ, http://www.playvid.com/watch/a5r1acJpfPh,
http://www.playvid.com/watch/E4A8OHCTtYa, http://www.playvid.com/watch/Fauo2FFhKpA, http://www.playvid.com/watch/A6upVK0d1l4,
http://www.playvid.com/watch/QlqLid2MwQo, http://www.playvid.com/watch/tq3fqyfmGIz, http://www.playvid.com/watch/J81p-7hvE56,
http://www.playvid.com/watch/f7g8T7dHxvq, http://www.playvid.com/watch/v6rskb0USjn, http://www.playvid.com/watch/X0you4oaSCD,
http://www.playvid.com/watch/EPgCvXDC9mQ, http://www.playvid.com/watch/BlCF3-tU8JQ, http://www.playvid.com/watch/N_D3K9epG0S,
http://www.playvid.com/watch/5pG3Al6_rLM, http://www.playvid.com/watch/k04e68glhm9, http://www.playvid.com/watch/ok5VYpfUZdI,

http://www.playvid.com/watch/AXP-bbNHcoL, http://www.playvid.com/watch/r0nuJmCIutD, http://www.playvid.com/watch/eUDSP77SnDw, http://www.playvid.com/watch/vGBcE9K_MJ5, http://www.playvid.com/watch/DqUMqc9tVpk, http://www.playvid.com/watch/SYM_pIlyI0r, http://www.playvid.com/watch/JhVY8QBW16q, http://www.playvid.com/watch/o68t7lK5g99, http://www.playvid.com/watch/bCrEWr651e6, http://www.playvid.com/watch/pBGiz7WqkvC, http://www.playvid.com/watch/MgAd9DcYsS5, http://www.playvid.com/watch/QxR6Acc8kUD, http://www.playvid.com/watch/gy3-c1ddXpK, http://www.playvid.com/watch/gXvN5pOTCU3, http://www.playvid.com/watch/N--kuWFRY70, http://www.playvid.com/watch/XK513-FjjCn, http://www.playvid.com/watch/nr_1JEIjrMo, http://www.playvid.com/watch/PeKGnbJX_gL, http://www.playvid.com/watch/hlkYeFblN9w, http://www.playvid.com/watch/4T5Tms2MVKb, http://www.playvid.com/watch/HFwFMSK-gOt, http://www.playvid.com/watch/s5tbrcpKt4z, http://www.playvid.com/watch/ZMTekNzOYNV, http://www.playvid.com/watch/8Ctti5rrn6c, http://www.playvid.com/watch/nFZ8yQy7lDW
5.f. Date of third notice: 2013-12-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: piizlo
5.b. Uploader's email address: piizlo@live.fr
5.d. Uploader's profile: http://www.playvid.com/member/piizlo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/I-hZYMzC86U, http://www.playvid.com/watch/soITJdQAChs, http://www.playvid.com/watch/So9yMqrLZp0, http://www.playvid.com/watch/NsdmEOHIAli, http://www.playvid.com/watch/Sxgqf7upwFX, http://www.playvid.com/watch/sa9TGm6Clv8, http://www.playvid.com/watch/D-YKqrmXQS6, http://www.playvid.com/watch/KlpsLPyGH4E, http://www.playvid.com/watch/2jTVEijRKM6, http://www.playvid.com/watch/-zzr9EgsF6D, http://www.playvid.com/watch/o85ZmvaNwlM, http://www.playvid.com/watch/AxfYg1jcpjA, http://www.playvid.com/watch/iIPSwCUI39q, http://www.playvid.com/watch/czygzo9bcI-, http://www.playvid.com/watch/5YdxHqPxiKp, http://www.playvid.com/watch/uCE5lQ5ShSn, http://www.playvid.com/watch/Q9z3SzHETsL, http://www.playvid.com/watch/Y38CNfD3LB5, http://www.playvid.com/watch/4lvNrnEM8Wv, http://www.playvid.com/watch/Ve4QJ3XhqZ3, http://www.playvid.com/watch/MyfRGN4DJTF, http://www.playvid.com/watch/-pb882bUjrA, http://www.playvid.com/watch/IVfeIKxhz-b, http://www.playvid.com/watch/TIqVkcj6pBC, http://www.playvid.com/watch/e3k6UGCrDGo, http://www.playvid.com/watch/ximxOIB2k3l, http://www.playvid.com/watch/8gi8gRA1LYx, http://www.playvid.com/watch/c0YYdAwkQKB, http://www.playvid.com/watch/0wiSMdA0-fe, http://www.playvid.com/watch/JtLIuY2wN86, http://www.playvid.com/watch/zVnowbQ88Cn, http://www.playvid.com/watch/jpZA9NOxX9y, http://www.playvid.com/watch/ruIct2NwNXq, http://www.playvid.com/watch/im9yREw1njj, http://www.playvid.com/watch/UenXa1kefoj, http://www.playvid.com/watch/-QKx3vDY7Bd, http://www.playvid.com/watch/72pe8v2qRYC, http://www.playvid.com/watch/hkpPj3graWm, http://www.playvid.com/watch/6Id6WsNVOtF, http://www.playvid.com/watch/5dGUhfLzTSM, http://www.playvid.com/watch/svWDZI-nRN2, http://www.playvid.com/watch/FD0g5vxtUKp, http://www.playvid.com/watch/ugFzUAYEKjP, http://www.playvid.com/watch/GTZjWMRgXMX, http://www.playvid.com/watch/m0eQwhKOlk5, http://www.playvid.com/watch/qlOh3NNxKtH, http://www.playvid.com/watch/5p7ZSkITkLO, http://www.playvid.com/watch/r-JjSNZ0TPS, http://www.playvid.com/watch/AM840ph6ipd, http://www.playvid.com/watch/EANKCxxoz6T, http://www.playvid.com/watch/W-CcP513e5l, http://www.playvid.com/watch/i7muoBVJ-zw, http://www.playvid.com/watch/GdZY1L3Ovjt, http://www.playvid.com/watch/ADn-UYuLz6B, http://www.playvid.com/watch/pKQz9QQz8kD, http://www.playvid.com/watch/4-5Wx7v9DWr, http://www.playvid.com/watch/tpCKy3fgoIe, http://www.playvid.com/watch/Y3xWk-XETc2, http://www.playvid.com/watch/vsq8CaCQ96X, http://www.playvid.com/watch/QnSEsOGOevO, http://www.playvid.com/watch/7gLXPYTrt9e, http://www.playvid.com/watch/4JUj-4RtGnF, http://www.playvid.com/watch/3977MxuYC2r, http://www.playvid.com/watch/boJOt3Wq0AQ, http://www.playvid.com/watch/vqCROWAnaG9, http://www.playvid.com/watch/yNipGFiz1w-, http://www.playvid.com/watch/Ak9xaCctmka, http://www.playvid.com/watch/fmAebYNFzH5, http://www.playvid.com/watch/6v3-AwLnlNA, http://www.playvid.com/watch/CBmSg5mGlm4, http://www.playvid.com/watch/lyQYnFH2m8Z, http://www.playvid.com/watch/q2Q8aXb0rIZ, http://www.playvid.com/watch/m8KvRj93-G-, http://www.playvid.com/watch/4KGDQQpCL8V, http://www.playvid.com/watch/XsW0fviyHdw, http://www.playvid.com/watch/rapvWDeCZvr, http://www.playvid.com/watch/fsHvqizJdZY, http://www.playvid.com/watch/cluIu1Wux8E, http://www.playvid.com/watch/fRtyKp3BZpC, http://www.playvid.com/watch/REKoE6hrfXV, http://www.playvid.com/watch/FWFuxugY15K, http://www.playvid.com/watch/qa8sTNoH8tw, http://www.playvid.com/watch/V05HrOUuaIq, http://www.playvid.com/watch/0MkQAkd8XIU, http://www.playvid.com/watch/aN-6zZ20weS, http://www.playvid.com/watch/ocz79vuvuQX, http://www.playvid.com/watch/PlymuIXxWtN, http://www.playvid.com/watch/zjhEd6-n56h, http://www.playvid.com/watch/ef0skcLx6fI, http://www.playvid.com/watch/tLETsHKXqNK, http://www.playvid.com/watch/BoVZv58tlMa, http://www.playvid.com/watch/K4q86g4dfCF, http://www.playvid.com/watch/IgEzZSl7Cat, http://www.playvid.com/watch/X9R64Q02ZDF, http://www.playvid.com/watch/aNXAP2F2nhM, http://www.playvid.com/watch/33oSbmxXJIp, http://www.playvid.com/watch/UMaPhwc-HxN, http://www.playvid.com/watch/Rg2xJhPQ3aX, http://www.playvid.com/watch/OmHGChelFSq, http://www.playvid.com/watch/R5CcAoS1rxn, http://www.playvid.com/watch/lfKWdHZNlCq, http://www.playvid.com/watch/mh2W955IeL1, http://www.playvid.com/watch/cai2xn6gMYi, http://www.playvid.com/watch/JnhI07uIcBv, http://www.playvid.com/watch/hsP4uX-Jpdy, http://www.playvid.com/watch/3hNTPCq5rvD, http://www.playvid.com/watch/GT9zDfrRTP6, http://www.playvid.com/watch/Cu5b0l7MQ7q, http://www.playvid.com/watch/EyG9bjEmalI, http://www.playvid.com/watch/nWxfnmvQAvj, http://www.playvid.com/watch/CpJyu136xUU, http://www.playvid.com/watch/gr8dtxZ35GU, http://www.playvid.com/watch/w9mWzWJ90S9, http://www.playvid.com/watch/EatBVF8xVuS, http://www.playvid.com/watch/p9beqreTQ7V, http://www.playvid.com/watch/Coxrv98jd8l, http://www.playvid.com/watch/PzLcXTxf82X, http://www.playvid.com/watch/pCIDumONxiN, http://www.playvid.com/watch/ge6yHtb1zKC, http://www.playvid.com/watch/m45HLF1ed1k, http://www.playvid.com/watch/3BxGBVxSona, http://www.playvid.com/watch/5-psMDHGJqz, http://www.playvid.com/watch/pMfh-JmHzd4, http://www.playvid.com/watch/T3JyJBzvWzD, http://www.playvid.com/watch/e6UYTUZ3jRB, http://www.playvid.com/watch/ovB1rkjYvfA, http://www.playvid.com/watch/Vq2UMuW7EX2, http://www.playvid.com/watch/Zd-xxL04sE5, http://www.playvid.com/watch/exe0LPVUkR6, http://www.playvid.com/watch/kwzeXpiT52w, http://www.playvid.com/watch/Y4EeYQ5oXRo, http://www.playvid.com/watch/7hOqiMf0fyt, http://www.playvid.com/watch/Jc8zo8DPPW-, http://www.playvid.com/watch/TmbtH1zbrC2, http://www.playvid.com/watch/KwcFohq-rZ5, http://www.playvid.com/watch/F51wbCWoect, http://www.playvid.com/watch/5vK9zXLdm2u, http://www.playvid.com/watch/KFvNPAAmK7B, http://www.playvid.com/watch/nRcCwbPcTDs, http://www.playvid.com/watch/okK56QLbXnW, http://www.playvid.com/watch/cKPioNDaR6J, http://www.playvid.com/watch/q0CPYHvsc2N, http://www.playvid.com/watch/uY4u2e2SYGR, http://www.playvid.com/watch/G5VgC4zCDER, http://www.playvid.com/watch/I0-1hMtaoB8, http://www.playvid.com/watch/XV9kQt-t5fx, http://www.playvid.com/watch/9VyR55D0bVJ, http://www.playvid.com/watch/AVySEDz6GAJ, http://www.playvid.com/watch/FZ-GLPWTrPy, http://www.playvid.com/watch/EIVvjhKmfth, http://www.playvid.com/watch/IigDXPzH08q, http://www.playvid.com/watch/6fSeq40ELGN, http://www.playvid.com/watch/ZMtb0osuvYs, http://www.playvid.com/watch/E-ybU-3J1Al, http://www.playvid.com/watch/RXHj9qJlSJ4, http://www.playvid.com/watch/t0IDvjGjZue, http://www.playvid.com/watch/soHnZ7ZNUdi, http://www.playvid.com/watch/B6HIsrPXIIi, http://www.playvid.com/watch/32nDch6gI2a, http://www.playvid.com/watch/eLagb1BeXGf, http://www.playvid.com/watch/SKIiIQFiFeZ, http://www.playvid.com/watch/Om2wcF2fZGv, http://www.playvid.com/watch/-OQPnV5zZDS, http://www.playvid.com/watch/QjwKp0a-Yo8, http://www.playvid.com/watch/a9gwyP8YBtS, http://www.playvid.com/watch/S5YxhYCYFls, http://www.playvid.com/watch/Bd8H6cyNBaD, http://www.playvid.com/watch/NKrKPiul9Co, http://www.playvid.com/watch/ZhxE6v9W2Qw, http://www.playvid.com/watch/R5xZForEi0F, http://www.playvid.com/watch/5AzkunpSr0A, http://www.playvid.com/watch/AMwFm36t-pb, http://www.playvid.com/watch/wViOAHgYaDA, http://www.playvid.com/watch/GYAB1PayWEb, http://www.playvid.com/watch/05gwYqYedty, http://www.playvid.com/watch/5jxNu2GTciw, http://www.playvid.com/watch/APbibsMX1XZ, http://www.playvid.com/watch/vkxxKRCyU3X, http://www.playvid.com/watch/77UtmJ6RRzJ, http://www.playvid.com/watch/28S51q4j9Ut, http://www.playvid.com/watch/xvUaM7oBztY, http://www.playvid.com/watch/rLWny3I3rwq, http://www.playvid.com/watch/Pmg57Y10zQZ, http://www.playvid.com/watch/fjiybKsid-p, http://www.playvid.com/watch/LNaquYv9Brp, http://www.playvid.com/watch/fqZKigTvxNa, http://www.playvid.com/watch/Db8OUIsby4c, http://www.playvid.com/watch/Pupl8VehHyd, http://www.playvid.com/watch/xUrTDpb6rXK, http://www.playvid.com/watch/yL3694z1RT0, http://www.playvid.com/watch/2PQrAMvCdOn, http://www.playvid.com/watch/r8fnXXHzcy0, http://www.playvid.com/watch/c3C9lOyibZF, http://www.playvid.com/watch/d3hmdwPGFCM, http://www.playvid.com/watch/bmYz-44atOL, http://www.playvid.com/watch/ysDRDlw83pr, http://www.playvid.com/watch/QvKjYljpmp5, http://www.playvid.com/watch/uI7Mrz1suif, http://www.playvid.com/watch/4jT5b4U86V0, http://www.playvid.com/watch/w-XTWAtucrv, http://www.playvid.com/watch/4DMWPy4LNHo, http://www.playvid.com/watch/wHK1USBn9be, http://www.playvid.com/watch/oJYzcvah5lr, http://www.playvid.com/watch/BklYrfX5ixt, http://www.playvid.com/watch/xNFN6pKmQGE, http://www.playvid.com/watch/8vPkgS9eR1Q, http://www.playvid.com/watch/xrpwJJmF7pM, http://www.playvid.com/watch/iVaTAidMgF0, http://www.playvid.com/watch/VBBYJw5go5r, http://www.playvid.com/watch/QFKXdQksWFF, http://www.playvid.com/watch/QuZu6t60s8c, http://www.playvid.com/watch/-aFGG8hT0jR, http://www.playvid.com/watch/58K3dCUj7Z6, http://www.playvid.com/watch/kyGohfi8sD6, http://www.playvid.com/watch/H4nqJajYLrL, http://www.playvid.com/watch/clR3rcgpBvv, http://www.playvid.com/watch/tnoGOpNtiNi, http://www.playvid.com/watch/tIbZUiT9mqk, http://www.playvid.com/watch/4KPYmQwPpLA, http://www.playvid.com/watch/MYFkkELAyTH, http://www.playvid.com/watch/MYgnxFo0qrR, http://www.playvid.com/watch/XZR9N9XeGBP, http://www.playvid.com/watch/xyZOY8HZS3Q, http://www.playvid.com/watch/CMo0Wii8cGJ, http://www.playvid.com/watch/-yZiBziHpZT, http://www.playvid.com/watch/Mev0UVk19r7, http://www.playvid.com/watch/8OYRmK55o9E, http://www.playvid.com/watch/YAmHSDh9UqH, http://www.playvid.com/watch/Hsg6Tn0X6Xd, http://www.playvid.com/watch/i05wTdNiP4f, http://www.playvid.com/watch/2wPFyEJHf3t, http://www.playvid.com/watch/MzHYVLM5cgv, http://www.playvid.com/watch/W4eGKBkSi2E, http://www.playvid.com/watch/iXiKCQaTXiD, http://www.playvid.com/watch/VqHpRDssnrA, http://www.playvid.com/watch/hBptjUMgW1L, http://www.playvid.com/watch/iYcr0ptkb88, http://www.playvid.com/watch/BWh1i3fJpRe, http://www.playvid.com/watch/4mZcU6Oo5Ib, http://www.playvid.com/watch/I4QE05BQK7A, http://www.playvid.com/watch/vpXkvW3khpl, http://www.playvid.com/watch/dDoXUf4lW-4,

http://www.playvid.com/watch/9uYJKYTPwSt, http://www.playvid.com/watch/EIq76VrKatb, http://www.playvid.com/watch/iMwWrKba24K,
http://www.playvid.com/watch/HVoXD4X-6y4, http://www.playvid.com/watch/NgwmZVfKEoV, http://www.playvid.com/watch/Ibzl8u21Tun,
http://www.playvid.com/watch/7IBu7KCmkC9, http://www.playvid.com/watch/yOwhkQMBfSr, http://www.playvid.com/watch/PGsNs1YfkKo,
http://www.playvid.com/watch/Y4OgT6SXLwr, http://www.playvid.com/watch/7csZuwtJhJj, http://www.playvid.com/watch/o2m7I-EKeHd,
http://www.playvid.com/watch/Ra3v-uIkY7D, http://www.playvid.com/watch/9vKYCIObv45, http://www.playvid.com/watch/ImOpzqFvUKi,
http://www.playvid.com/watch/xS2W7IaN0Vg, http://www.playvid.com/watch/Xz-q-ri71f-, http://www.playvid.com/watch/QokM8QkuDPF,
http://www.playvid.com/watch/aQZsYrjY5Pe, http://www.playvid.com/watch/sAmdT-Inuvv, http://www.playvid.com/watch/qfZ3gaIlohV,
http://www.playvid.com/watch/szRNFPCNF85, http://www.playvid.com/watch/rL4iA3x2vs9, http://www.playvid.com/watch/hZgP6-gVJd7,
http://www.playvid.com/watch/sbi9kwgTRMm, http://www.playvid.com/watch/LQFPFYWoJ-x, http://www.playvid.com/watch/TT9KBmMWnax,
http://www.playvid.com/watch/UhiFuSc-UVo, http://www.playvid.com/watch/9wCuhuEpJQK, http://www.playvid.com/watch/PnvkjSdZzlO,
http://www.playvid.com/watch/kXzlQZkozce, http://www.playvid.com/watch/MAgGoYBARt6, http://www.playvid.com/watch/MmJHwy8qP5H,
http://www.playvid.com/watch/diz61yNochr, http://www.playvid.com/watch/IDIrNVsHQvP, http://www.playvid.com/watch/kU0LrlB9c2l,
http://www.playvid.com/watch/5GyQ-Ik0N44, http://www.playvid.com/watch/HsjCT0cQqjA, http://www.playvid.com/watch/FqXl1NvSPm9,
http://www.playvid.com/watch/eBkVZbgjBJH, http://www.playvid.com/watch/xdujE-SSn0s, http://www.playvid.com/watch/qK36PFhK5a7,
http://www.playvid.com/watch/89fuvjpwnZ7, http://www.playvid.com/watch/DmrRWSeMRli, http://www.playvid.com/watch/VZsvitQI2wd,
http://www.playvid.com/watch/Lz8k9mpUhau, http://www.playvid.com/watch/G71zrCFDytH, http://www.playvid.com/watch/uZNKW56iXNK,
http://www.playvid.com/watch/XGA7pS3-WQq, http://www.playvid.com/watch/yxogQjbltDX, http://www.playvid.com/watch/t6KTfbH-4fA,
http://www.playvid.com/watch/4SJgkRXmgz9, http://www.playvid.com/watch/jQfCAeRfrUV, http://www.playvid.com/watch/mICQGcEVik9,
http://www.playvid.com/watch/bWbnkRbfX8M, http://www.playvid.com/watch/mvBhuphjJ-K, http://www.playvid.com/watch/osLrRYgYv8k,
http://www.playvid.com/watch/gCBAaDYZbuB, http://www.playvid.com/watch/a8WTDi4VDN9, http://www.playvid.com/watch/BOEqcw5ICb8,
http://www.playvid.com/watch/C9lVtXijjjv, http://www.playvid.com/watch/49yk5yWX25V, http://www.playvid.com/watch/xCe2FRTvrlr,
http://www.playvid.com/watch/DFP1I2mDhb6, http://www.playvid.com/watch/GZ8lt6CuvNC, http://www.playvid.com/watch/9rTh-FjtLEE,
http://www.playvid.com/watch/73l9GSYGa6L, http://www.playvid.com/watch/eR32-5w1k1r, http://www.playvid.com/watch/8eYo0KjMLn0,
http://www.playvid.com/watch/37KaoZXuGzJ, http://www.playvid.com/watch/yZuirMf6VCM, http://www.playvid.com/watch/8PDcTvEaubL,
http://www.playvid.com/watch/KfC2X13IYOg, http://www.playvid.com/watch/Ke_YZuGWpUy, http://www.playvid.com/watch/bVke1_VizjD,
http://www.playvid.com/watch/pnibgWFoMyw, http://www.playvid.com/watch/Zadm4t9lHXd, http://www.playvid.com/watch/qCQjWG3WrIy,
http://www.playvid.com/watch/PzXbxPA5BZC, http://www.playvid.com/watch/KeoJ3u8mhoI, http://www.playvid.com/watch/qnXjHTvO75U,
http://www.playvid.com/watch/DBTjKDPBo78, http://www.playvid.com/watch/2-Pj97ORj-g, http://www.playvid.com/watch/yWusjtG9HCd,
http://www.playvid.com/watch/3fX0eNFckKW, http://www.playvid.com/watch/T12DCNv7VAK, http://www.playvid.com/watch/YodMJgbqgaa,
http://www.playvid.com/watch/mzUAlAL9sgM, http://www.playvid.com/watch/Uh3Xv6PelRC, http://www.playvid.com/watch/YF0vwuBkVqz,
http://www.playvid.com/watch/gEZV3w5fU-z, http://www.playvid.com/watch/mkqlPM9Xo5l, http://www.playvid.com/watch/XQ9wtPiX_CF,
http://www.playvid.com/watch/MXKxCXGbnoX, http://www.playvid.com/watch/7tOC16Hq5KU, http://www.playvid.com/watch/el5Uk-qUAlM,
http://www.playvid.com/watch/7Kfbx5dPFb7, http://www.playvid.com/watch/fTWNFN3k8TJ, http://www.playvid.com/watch/EOFbjQJil1p,
http://www.playvid.com/watch/WoF1zeOIN5M, http://www.playvid.com/watch/9vYDg-icEMp, http://www.playvid.com/watch/ppZCS8lCFO2,
http://www.playvid.com/watch/ulGfbp9Vfye, http://www.playvid.com/watch/7WZlJabM_dY, http://www.playvid.com/watch/RGXtkObUi8m,
http://www.playvid.com/watch/UrJvhqb_Jdz, http://www.playvid.com/watch/yw8nnRhoME0, http://www.playvid.com/watch/QMfXl4hFIkw,
http://www.playvid.com/watch/2bYRwwYTYim, http://www.playvid.com/watch/zvvaK9vo7tA, http://www.playvid.com/watch/byPjpjAPw5v,
http://www.playvid.com/watch/YcpmbZB8Zig, http://www.playvid.com/watch/2JBVU3HClaf, http://www.playvid.com/watch/CgLKgFyp_Qc,
http://www.playvid.com/watch/wITUeyR33gr, http://www.playvid.com/watch/E2Kb2GQI3wp, http://www.playvid.com/watch/f7wEZgOP4CX,
http://www.playvid.com/watch/dBcKatqmJmQ, http://www.playvid.com/watch/uuzfYqI2w3k, http://www.playvid.com/watch/I9qCsiKSwQX,
http://www.playvid.com/watch/pEuvAzlFlH9, http://www.playvid.com/watch/gEWmFgF-rmI, http://www.playvid.com/watch/p7xlkcUKVxO,
http://www.playvid.com/watch/0YUZG7v-UrV, http://www.playvid.com/watch/XUt6fraALF3, http://www.playvid.com/watch/aDl0ZrG3p9x,
http://www.playvid.com/watch/lBW5BJUxY0Z, http://www.playvid.com/watch/fr3ZUxE46Hd, http://www.playvid.com/watch/KALxkPPmUeu,
http://www.playvid.com/watch/PFKntPZVVPp, http://www.playvid.com/watch/FObd_5XnWho, http://www.playvid.com/watch/oAVujfESKMm,
http://www.playvid.com/watch/p6xwu9KCejN, http://www.playvid.com/watch/xx04lHbnvqY, http://www.playvid.com/watch/m_vIgiSJj3Z,
http://www.playvid.com/watch/4_bqzz94NOB, http://www.playvid.com/watch/QefxIHGik8J, http://www.playvid.com/watch/WTl5o_4hpnT,
http://www.playvid.com/watch/Kzqj0iVDbX6, http://www.playvid.com/watch/KWj_Hb_CVpI, http://www.playvid.com/watch/mAONxGo-9tW,
http://www.playvid.com/watch/YU3-V5aMTLA, http://www.playvid.com/watch/LllRZMSsHEu, http://www.playvid.com/watch/t0tRQJi--Dm,
http://www.playvid.com/watch/FsrIEy1G3aa, http://www.playvid.com/watch/psfGxTPRXrZ, http://www.playvid.com/watch/u3cFD4nH6Lh,
http://www.playvid.com/watch/FgV3awzL8uS, http://www.playvid.com/watch/JY46UZhKgdk, http://www.playvid.com/watch/5BXlEqddskK,
http://www.playvid.com/watch/tjtbL69sUuC, http://www.playvid.com/watch/9V7n5hDJOI6, http://www.playvid.com/watch/0nuaQvBZT3Q,
http://www.playvid.com/watch/mc7sRjVqWSt, http://www.playvid.com/watch/LTk5aE29qmH, http://www.playvid.com/watch/VoaznM8VH9f,
http://www.playvid.com/watch/3HX-jVH295g, http://www.playvid.com/watch/c2R5P0WXXyc, http://www.playvid.com/watch/TUtr-8-sMFq,
http://www.playvid.com/watch/fcPrQ64FsX5, http://www.playvid.com/watch/yODQh16R6pL, http://www.playvid.com/watch/9xWo1XS1KbO,
http://www.playvid.com/watch/Chr3X-oTPz2, http://www.playvid.com/watch/0crmyXO8GY9, http://www.playvid.com/watch/IQE57XTghzU,
http://www.playvid.com/watch/8zbBh0O0YEC, http://www.playvid.com/watch/b4xzPi4Sgvq, http://www.playvid.com/watch/ONwzb-67ubj,
http://www.playvid.com/watch/DPY_pLsSZYQ, http://www.playvid.com/watch/5rF1lY1Bwyc, http://www.playvid.com/watch/bRtFmOOyx_a,
http://www.playvid.com/watch/6usUNQ1a1VV, http://www.playvid.com/watch/J0KA_onMmlS, http://www.playvid.com/watch/07XUkpHB4ST,
http://www.playvid.com/watch/vgLbwKxmw8N, http://www.playvid.com/watch/KDUZxJdFx3l, http://www.playvid.com/watch/YwmICb1aKzf,
http://www.playvid.com/watch/qPMge8Eg_nJ, http://www.playvid.com/watch/7AP2WsQXE9b, http://www.playvid.com/watch/rSY4ne2oFgI,
http://www.playvid.com/watch/syzclXLoq8g, http://www.playvid.com/watch/uUlYrUrZySw, http://www.playvid.com/watch/JbHsgR40lPk,
http://www.playvid.com/watch/SV-mYemPmz5, http://www.playvid.com/watch/GXMACfvP2B0, http://www.playvid.com/watch/0fHoSkg_8zx,
http://www.playvid.com/watch/dtXHS3DvaSW, http://www.playvid.com/watch/MGoLd9TVpbJ, http://www.playvid.com/watch/tKqqe_K7Kpy,
http://www.playvid.com/watch/aiFCammmPmF, http://www.playvid.com/watch/A88qXxPbwtm, http://www.playvid.com/watch/uBPqgbS-TSc,
http://www.playvid.com/watch/b1ksb-dBVMn, http://www.playvid.com/watch/YVi8XcJ67hM, http://www.playvid.com/watch/ucr3gf9pns7,
http://www.playvid.com/watch/FkPcet4TypC, http://www.playvid.com/watch/odzp_J6GPLh, http://www.playvid.com/watch/bfZ4zyVXs_4,
http://www.playvid.com/watch/FbpuizZI41a, http://www.playvid.com/watch/O7PnFJFuATN, http://www.playvid.com/watch/vrGSpi8xPZ0,
http://www.playvid.com/watch/pGHEl9Tnerv, http://www.playvid.com/watch/qN7SvYQLiyI, http://www.playvid.com/watch/THbeOI99Evy,
http://www.playvid.com/watch/RDYgKiKAskb, http://www.playvid.com/watch/bKTgpdKtu29, http://www.playvid.com/watch/UbxFrCwOq7h,
http://www.playvid.com/watch/2Xji-C6bzvJ, http://www.playvid.com/watch/A5bUAACHvPE, http://www.playvid.com/watch/RW1Cnt6GtLN,
http://www.playvid.com/watch/LV0sRUTFD0T, http://www.playvid.com/watch/PNg5QWYMESj, http://www.playvid.com/watch/3Ey0alrC_WC,
http://www.playvid.com/watch/6Soh56EkwpF, http://www.playvid.com/watch/mSyjgiUIhSD, http://www.playvid.com/watch/3ZAwsXze7PU,
http://www.playvid.com/watch/sSfbvj7_LP6, http://www.playvid.com/watch/eNxy65g2P7z, http://www.playvid.com/watch/R3jbMXaiLHU,
http://www.playvid.com/watch/Sk-l0oLZXJx, http://www.playvid.com/watch/4XuwCiDHwm9, http://www.playvid.com/watch/fW-FkQ-oPKC,
http://www.playvid.com/watch/YTv5NtTQhtJ, http://www.playvid.com/watch/kn1g1sPvTjc, http://www.playvid.com/watch/Qa6Xaf1Khdz,
http://www.playvid.com/watch/tIKA2BsHPmj, http://www.playvid.com/watch/b6pPW-5K8LG, http://www.playvid.com/watch/2NGUKtSX3Uo,
http://www.playvid.com/watch/xf5X861S8bO, http://www.playvid.com/watch/GRhIQzyIt8p, http://www.playvid.com/watch/3k-1dq-Yq-n,
http://www.playvid.com/watch/CL8PDa__fst, http://www.playvid.com/watch/TXXukTb935u, http://www.playvid.com/watch/prw6_8myWR8,
http://www.playvid.com/watch/4BS2eiMpVNa, http://www.playvid.com/watch/h0U5-HN2k3y, http://www.playvid.com/watch/oOX8V3XZJ6k,
http://www.playvid.com/watch/Cp871FLRD-6, http://www.playvid.com/watch/jfZyC5ywxRf, http://www.playvid.com/watch/AOe0SDUQvXR,
http://www.playvid.com/watch/9YVl04iuFnC, http://www.playvid.com/watch/RDrGZASiduM, http://www.playvid.com/watch/g7-IzW90cQQ,
http://www.playvid.com/watch/pxJgmqWvs-v, http://www.playvid.com/watch/UHxJHKy-0S8, http://www.playvid.com/watch/nLMOhUEmtqU,
http://www.playvid.com/watch/RRrIQtqhp5A, http://www.playvid.com/watch/TZxRIyN7AKn, http://www.playvid.com/watch/XHnF5DMEDbP,
http://www.playvid.com/watch/pGV2UDLHEne, http://www.playvid.com/watch/xO4MWA_zzlp, http://www.playvid.com/watch/EMeamysaly5,
http://www.playvid.com/watch/hWYV3pqIMIQ, http://www.playvid.com/watch/pZmPMG42dBp, http://www.playvid.com/watch/t20nYjOsLJx,
http://www.playvid.com/watch/65vUGEwkIi4, http://www.playvid.com/watch/SJ0fsRQYyyh, http://www.playvid.com/watch/VUgrp3aBbsV,
http://www.playvid.com/watch/exCOlAeufTy, http://www.playvid.com/watch/RxdkmVIJGMJ, http://www.playvid.com/watch/MZVSNLP2PJJ,
http://www.playvid.com/watch/Z14Qug-EoQr, http://www.playvid.com/watch/EAR_ishnXXn, http://www.playvid.com/watch/GhiortM9NgU,
http://www.playvid.com/watch/ffKgrZ0_12F, http://www.playvid.com/watch/4_ELlr0qnEC, http://www.playvid.com/watch/9gOuI9fS16p,
http://www.playvid.com/watch/K_tFLY5HArq, http://www.playvid.com/watch/qiHtixTsNtG, http://www.playvid.com/watch/pcr13EGWxPd,
http://www.playvid.com/watch/Ot0mSBig-wr, http://www.playvid.com/watch/9YKQf1XuVnL, http://www.playvid.com/watch/Sj9RIzkEaic,
http://www.playvid.com/watch/tgIGHR0RRa9, http://www.playvid.com/watch/cF5Ugf24PvT, http://www.playvid.com/watch/5vGgysJU-Tw,
http://www.playvid.com/watch/BR8qEXimeoc, http://www.playvid.com/watch/qgIA1jXPavy, http://www.playvid.com/watch/vEMhSsLTLxm,
http://www.playvid.com/watch/Hkx8JFVGSSe, http://www.playvid.com/watch/0XmjysOIfhz, http://www.playvid.com/watch/sSef9kMeuOw,
http://www.playvid.com/watch/Q1vdn_5gR7a, http://www.playvid.com/watch/QVY3m15TfoX, http://www.playvid.com/watch/JNtgvpxAR0Z,
http://www.playvid.com/watch/wc5o1uquwvr, http://www.playvid.com/watch/mXrtthDxPoV, http://www.playvid.com/watch/HYMrWGkaKzu,

http://www.playvid.com/watch/5NIrvw583rr, http://www.playvid.com/watch/rLocJ4Dryje, http://www.playvid.com/watch/lHyUNpr6dam,
http://www.playvid.com/watch/sobih2RUYt6, http://www.playvid.com/watch/IXe2v-ERnT2, http://www.playvid.com/watch/6pE1Xt9_O8p,
http://www.playvid.com/watch/tUxTDh7WWK5, http://www.playvid.com/watch/62JG_VyqRbD, http://www.playvid.com/watch/gQWp0TNNb0G,
http://www.playvid.com/watch/67hcYC47dVr, http://www.playvid.com/watch/sz6PvoUzBMP, http://www.playvid.com/watch/Nr7PK3-npCI,
http://www.playvid.com/watch/MRibcfMCZQr, http://www.playvid.com/watch/H0mqfASVXin, http://www.playvid.com/watch/fAH4b3zDn2V,
http://www.playvid.com/watch/OtvF_Szt3Dv, http://www.playvid.com/watch/Q2FHnAjpVdm, http://www.playvid.com/watch/RRD02vgDG6S,
http://www.playvid.com/watch/AyxJq-sL_Qi, http://www.playvid.com/watch/o_pPbneYwH7, http://www.playvid.com/watch/vQN57l0sgXI,
http://www.playvid.com/watch/pIUH0056rsi, http://www.playvid.com/watch/cb25O0mXCs7, http://www.playvid.com/watch/K2r_3bCNdPW,
http://www.playvid.com/watch/TiNwE6lEXOx, http://www.playvid.com/watch/yrKOK1GwfPq, http://www.playvid.com/watch/lqWHy3FoHeS,
http://www.playvid.com/watch/8OdbixuvJme, http://www.playvid.com/watch/qfQ3qsbPwY7, http://www.playvid.com/watch/ou_R0yGPUeA,
http://www.playvid.com/watch/7nSLtyVCI37, http://www.playvid.com/watch/xH24Z8Jc0hG, http://www.playvid.com/watch/oAzU4smUxoP,
http://www.playvid.com/watch/o3OEJQ4d-YC, http://www.playvid.com/watch/G2X1ZpQySFQ, http://www.playvid.com/watch/IUdLHNcVsZx,
http://www.playvid.com/watch/U3cq_QtzCHv, http://www.playvid.com/watch/Z7d-bxYHa6G, http://www.playvid.com/watch/2QUhRVYJbFN,
http://www.playvid.com/watch/weDtC_XMkL2, http://www.playvid.com/watch/aRCpgUrMpWZ, http://www.playvid.com/watch/iAZGBFiON9T,
http://www.playvid.com/watch/QxLtQ7qPPv6, http://www.playvid.com/watch/fET4BvtPE-U, http://www.playvid.com/watch/2rvAMp5kUcZ,
http://www.playvid.com/watch/zbQkuHRAWIi, http://www.playvid.com/watch/0lW7K3WqRbs, http://www.playvid.com/watch/rH2GjXq8RAm,
http://www.playvid.com/watch/tqAtL_Mmmmo, http://www.playvid.com/watch/KSgyti00YUd, http://www.playvid.com/watch/S4_9RnjEAjq,
http://www.playvid.com/watch/VylAbCDaQIT, http://www.playvid.com/watch/F35j7DR6pOG, http://www.playvid.com/watch/bCpdtPF7Awd,
http://www.playvid.com/watch/2UftuW2HRET, http://www.playvid.com/watch/P_TQvkiRcIP, http://www.playvid.com/watch/MuqZMCaiskC,
http://www.playvid.com/watch/MUWyDN10jcJ, http://www.playvid.com/watch/SupQq3oAx7T, http://www.playvid.com/watch/AfDn46yqqp8,
http://www.playvid.com/watch/KRHmEj49XMW, http://www.playvid.com/watch/SIjquOiyjJV, http://www.playvid.com/watch/lqNWJGf03CM,
http://www.playvid.com/watch/tZfYc85i43I, http://www.playvid.com/watch/rf0_OsChWtU, http://www.playvid.com/watch/wlFsUpwrmYC,
http://www.playvid.com/watch/07_cKypPq1w, http://www.playvid.com/watch/whpwr4AHUGf, http://www.playvid.com/watch/rXikhDbFkMx,
http://www.playvid.com/watch/daAfZzpj-pD, http://www.playvid.com/watch/wVBaXHF7vkf, http://www.playvid.com/watch/AuKrHzG0jpf,
http://www.playvid.com/watch/juC_rmoqyfH, http://www.playvid.com/watch/xZtaj5ivI4h, http://www.playvid.com/watch/uDGiZicFNAO,
http://www.playvid.com/watch/7jBQpOClXvQ, http://www.playvid.com/watch/qaWLVnjmkqe, http://www.playvid.com/watch/wCJcFYiHgOm,
http://www.playvid.com/watch/ZUFZmDAJ3Hh, http://www.playvid.com/watch/zjT6n30Cuvi, http://www.playvid.com/watch/EvP3JtrSSO3,
http://www.playvid.com/watch/jPLIsOjcMz4, http://www.playvid.com/watch/i5rJbryNJs8, http://www.playvid.com/watch/phlnFR213bM,
http://www.playvid.com/watch/AnMyOKNPQF4, http://www.playvid.com/watch/cmVDtZSoOAq, http://www.playvid.com/watch/a_5ZGV32P8D,
http://www.playvid.com/watch/yUVAfWaIAof, http://www.playvid.com/watch/NxTne6Fapck, http://www.playvid.com/watch/o_T7wJ64pua,
http://www.playvid.com/watch/KGdzxs6MI0U, http://www.playvid.com/watch/zwejst13xOk, http://www.playvid.com/watch/4FbF1fXVVAp,
http://www.playvid.com/watch/HkdZJ6khKF8, http://www.playvid.com/watch/DtJHznowZvC, http://www.playvid.com/watch/eopW-7V_0Ak,
http://www.playvid.com/watch/KbJRZI_jOTH, http://www.playvid.com/watch/2t8uuAKS9vj, http://www.playvid.com/watch/Xg3VMQblZLY,
http://www.playvid.com/watch/yVFk3J9O6m2, http://www.playvid.com/watch/AVYZaanIMp7, http://www.playvid.com/watch/6jm31ijONqO,
http://www.playvid.com/watch/Kk-tgPAopcF, http://www.playvid.com/watch/MN0T216JIjx, http://www.playvid.com/watch/uxcdhWk0Rnd,
http://www.playvid.com/watch/N4RXIHHAk2Q, http://www.playvid.com/watch/I5JvF5Axk9k, http://www.playvid.com/watch/uK2ogDQUTrE,
http://www.playvid.com/watch/GcICwSsELRr, http://www.playvid.com/watch/U9_y8oXo4f9, http://www.playvid.com/watch/pTt2belZagM,
http://www.playvid.com/watch/ruPtBGbfvs5, http://www.playvid.com/watch/WSFXu228tJM, http://www.playvid.com/watch/YyZLCUBesoy,
http://www.playvid.com/watch/BCBWHHi2B2l, http://www.playvid.com/watch/3Ckxp7SpcwY, http://www.playvid.com/watch/emBSiygQnbI,
http://www.playvid.com/watch/4LYzaLuRDC9, http://www.playvid.com/watch/7GX4IKuI9Z8, http://www.playvid.com/watch/0pvyml8ArZd,
http://www.playvid.com/watch/2ab0ITTUiCu, http://www.playvid.com/watch/g2nLeP5aeCG, http://www.playvid.com/watch/4Mhs76P7dGo,
http://www.playvid.com/watch/FwNY5WJUPN2, http://www.playvid.com/watch/8iLDl4BgQzd, http://www.playvid.com/watch/fqUfS6GfStq,
http://www.playvid.com/watch/FElJkGJ5faj, http://www.playvid.com/watch/gvb8EoKj4Cz, http://www.playvid.com/watch/AvGxRBqlZXZ,
http://www.playvid.com/watch/hWJxrrG0LCQ, http://www.playvid.com/watch/dbxcvyKfJJH, http://www.playvid.com/watch/O_rY1Z8O7du,
http://www.playvid.com/watch/IdmhwVzIEdU, http://www.playvid.com/watch/rkLNHF8XLNi, http://www.playvid.com/watch/76Eq6-fLFcQ,
http://www.playvid.com/watch/e32k4XgoIJf, http://www.playvid.com/watch/lqYYJSwJhjz, http://www.playvid.com/watch/DaEOiUpTrtW,
http://www.playvid.com/watch/HJmgq60zwjM, http://www.playvid.com/watch/AH3TwHZZKsQ, http://www.playvid.com/watch/NliGLkH1MoB,
http://www.playvid.com/watch/TR-J8yRfOBN, http://www.playvid.com/watch/ch02khRY-Os, http://www.playvid.com/watch/pxoDoqC-D89,
http://www.playvid.com/watch/Fmg6ynyh7k6, http://www.playvid.com/watch/Spui3sjGSnY, http://www.playvid.com/watch/a-WSVYWRl5e,
http://www.playvid.com/watch/GGrAUDs1dhq, http://www.playvid.com/watch/4d9DNG51ZYV, http://www.playvid.com/watch/OAcBFMSVVY4,
http://www.playvid.com/watch/gA4FqrQfMGP, http://www.playvid.com/watch/Ewi2D9HuFs7, http://www.playvid.com/watch/STOFbWckXA4,
http://www.playvid.com/watch/FabRKt2pyRo, http://www.playvid.com/watch/yS7DedZvCxK, http://www.playvid.com/watch/87iPEp55rWG,
http://www.playvid.com/watch/ZDHf72cejrI, http://www.playvid.com/watch/oHDWwd-ZM-5, http://www.playvid.com/watch/iMXg_YtT5Te,
http://www.playvid.com/watch/tOvTHXnVIDx, http://www.playvid.com/watch/ymq1lcgPD5A, http://www.playvid.com/watch/PsF7VEzREBM,
http://www.playvid.com/watch/x6cSWMsY3Kj, http://www.playvid.com/watch/BI2jP1_U1ed, http://www.playvid.com/watch/6lYqLkieDlc,
http://www.playvid.com/watch/SCLv8NbiVn4, http://www.playvid.com/watch/L3OQgeefbix, http://www.playvid.com/watch/eWVeHnS1xVX,
http://www.playvid.com/watch/A7gKQve9ET4, http://www.playvid.com/watch/teH-Gqde4Si, http://www.playvid.com/watch/INA5_UqntCZ,
http://www.playvid.com/watch/gS1GVgcIOyV, http://www.playvid.com/watch/iw1xye3tumk, http://www.playvid.com/watch/EiUutSsEAvG,
http://www.playvid.com/watch/Jul7esvWV8g, http://www.playvid.com/watch/pVLTZOHif5S, http://www.playvid.com/watch/bgcmyr2Ybf6,
http://www.playvid.com/watch/x__w5owpLei, http://www.playvid.com/watch/Nzbv3D9uDI3, http://www.playvid.com/watch/ouBBxHe0AGi,
http://www.playvid.com/watch/LP1R0srVy9n, http://www.playvid.com/watch/sfit7AgOhAO, http://www.playvid.com/watch/jvYD5Aqx8PN,
http://www.playvid.com/watch/hqbZ5zLa9ty, http://www.playvid.com/watch/FkfHu1thx4O, http://www.playvid.com/watch/BBiWryj9Mp4,
http://www.playvid.com/watch/BLZ2HuXPieV, http://www.playvid.com/watch/uFRyQCYKOjB, http://www.playvid.com/watch/b2vJSZagxIi,
http://www.playvid.com/watch/7KC36H_V-_z, http://www.playvid.com/watch/0vj2iV2dqOM, http://www.playvid.com/watch/EYzM9Ivm2Dl,
http://www.playvid.com/watch/qzEuq_Ck3e0, http://www.playvid.com/watch/RibCHRTrGeB, http://www.playvid.com/watch/zug56YlBKbi,
http://www.playvid.com/watch/heKdKezV9xf, http://www.playvid.com/watch/Xivh0fFdw2q, http://www.playvid.com/watch/Whj4EFHvVG0,
http://www.playvid.com/watch/BToDlmUaTzh, http://www.playvid.com/watch/MWtWW5dTu8Z, http://www.playvid.com/watch/7I9mic3EvaA,
http://www.playvid.com/watch/24SXrWzlYJ4, http://www.playvid.com/watch/ZWbxHubE14D, http://www.playvid.com/watch/pM_ln1yOo8V,
http://www.playvid.com/watch/oXm_cRe9MMG, http://www.playvid.com/watch/7vnhJ_1072i, http://www.playvid.com/watch/QYbTQVhGdWF,
http://www.playvid.com/watch/rgWXc7HTMKV, http://www.playvid.com/watch/qsS3TzybvWm, http://www.playvid.com/watch/SnzdVDVUsDF,
http://www.playvid.com/watch/Xo1ow92sv4i, http://www.playvid.com/watch/4RpE9XKWMnO, http://www.playvid.com/watch/AmLG9X6w68o,
http://www.playvid.com/watch/2-eakdWpJb6, http://www.playvid.com/watch/eaJz_6GXu2o, http://www.playvid.com/watch/78pnvW71wNu,
http://www.playvid.com/watch/2lxXoBxipPh, http://www.playvid.com/watch/eRi0SJIJ080, http://www.playvid.com/watch/KiS6QpHqqBF,
http://www.playvid.com/watch/hBtDeQeTlhp, http://www.playvid.com/watch/M0uthW2DD7v, http://www.playvid.com/watch/ibk9Z8c5R48,
http://www.playvid.com/watch/C6Kxln6DPfr, http://www.playvid.com/watch/c76Zpodc_xL, http://www.playvid.com/watch/UpTwgpSOYk0,
http://www.playvid.com/watch/bikixcNHDAP, http://www.playvid.com/watch/M6N4jgRIVU4, http://www.playvid.com/watch/BfkHeKuAQ_q,
http://www.playvid.com/watch/sBe7g36lpdv, http://www.playvid.com/watch/JYY_lWq-lvq, http://www.playvid.com/watch/auBCu5PUObB,
http://www.playvid.com/watch/YxDu9nAJx0p, http://www.playvid.com/watch/WmJ0pkCmO53, http://www.playvid.com/watch/ckt90R6jOBR,
http://www.playvid.com/watch/AV5ncofwIS4, http://www.playvid.com/watch/aq9W6uhNy-F, http://www.playvid.com/watch/lFWixBWEnTB,
http://www.playvid.com/watch/Sy9gYgwC78j, http://www.playvid.com/watch/ncvcq0JQC_u, http://www.playvid.com/watch/t3eEjwVOk3q,
http://www.playvid.com/watch/u40cbyJ3CVX, http://www.playvid.com/watch/G17E97qaQN5, http://www.playvid.com/watch/8gtpIZP7a5P,
http://www.playvid.com/watch/sGT7z67miWR, http://www.playvid.com/watch/iCH8HKEbhG7, http://www.playvid.com/watch/3U9wQuxuuUy,
http://www.playvid.com/watch/hgbLBS5hzmI, http://www.playvid.com/watch/L6RqnxMnOTY, http://www.playvid.com/watch/7DKZbpXsiEy,
http://www.playvid.com/watch/kdAmamnzjqz, http://www.playvid.com/watch/IIOZva2Hg7W, http://www.playvid.com/watch/6FjLugOPnrL,
http://www.playvid.com/watch/KbtkbLB0qDI, http://www.playvid.com/watch/bcdCAMipu6n, http://www.playvid.com/watch/Y8wkLzHdXhX,
http://www.playvid.com/watch/FxonL65h8-p, http://www.playvid.com/watch/6Df4_tgEgt2, http://www.playvid.com/watch/E_GIhBXZq7d,
http://www.playvid.com/watch/N1GMD_Nw_Y2, http://www.playvid.com/watch/LeNoTvrC2_H, http://www.playvid.com/watch/GShY8h3_5GI,
http://www.playvid.com/watch/zbwxJOeVliN, http://www.playvid.com/watch/Kh_1kOJ7V0v, http://www.playvid.com/watch/4T-eMdpqUFH,
http://www.playvid.com/watch/gdi2fqR7t1Q, http://www.playvid.com/watch/EqRFd5hjfib, http://www.playvid.com/watch/KJZEDjHLoGb,
http://www.playvid.com/watch/IpGXspaQTyT
5.f. Date of third notice: 2014-03-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PinayXXX
5.b. Uploader's email address: tube@pinayxxxscandals.com
5.d. Uploader's profile: http://www.playvid.com/member/PinayXXX

5.e. List of videos posted by uploader: http://www.playvid.com/watch/AFgw8buIC6F, http://www.playvid.com/watch/Q93e-uPvsUG,
http://www.playvid.com/watch/WgwFP60XWoh, http://www.playvid.com/watch/IFCUlKViJXJ, http://www.playvid.com/watch/Y520Xml5KKl,
http://www.playvid.com/watch/iEOAn9UUg5H, http://www.playvid.com/watch/auzPGFMHTP5, http://www.playvid.com/watch/CpbBQdWNFGU,
http://www.playvid.com/watch/jMWCQsi0FKF, http://www.playvid.com/watch/FEXihLXp2Mg, http://www.playvid.com/watch/pZYmlS2Pojk,
http://www.playvid.com/watch/yFCPVpofwkV, http://www.playvid.com/watch/EHFgVNQrKUp, http://www.playvid.com/watch/S9WAyMxLPCp,
http://www.playvid.com/watch/kPBmwE2hUNH, http://www.playvid.com/watch/Lt8khF7uktt, http://www.playvid.com/watch/sDITa4r02jP,
http://www.playvid.com/watch/syZQHNYiIAB, http://www.playvid.com/watch/RxUsr6vn5PZ, http://www.playvid.com/watch/snz6DAkZYvD,
http://www.playvid.com/watch/AvlEk2cnmIf, http://www.playvid.com/watch/Btc7OzSqFe8, http://www.playvid.com/watch/zY8aY2wd4M7,
http://www.playvid.com/watch/Jd94BIMsKZ6, http://www.playvid.com/watch/zsXbRAItXFU, http://www.playvid.com/watch/G2R0QRRJXAC,
http://www.playvid.com/watch/TmxnXyuOUqL, http://www.playvid.com/watch/m-NStk-f8wV, http://www.playvid.com/watch/xTbEgjVoMdQ,
http://www.playvid.com/watch/EwfmYOnXm2M, http://www.playvid.com/watch/-gVUEL4P9nh, http://www.playvid.com/watch/e02RNFwzFzz,
http://www.playvid.com/watch/ghOPnNmRJEo, http://www.playvid.com/watch/XXiWqc30KtN, http://www.playvid.com/watch/0fC87aB95Oh,
http://www.playvid.com/watch/Zbcgd9txo4H, http://www.playvid.com/watch/nfUVsNaBoeA, http://www.playvid.com/watch/4jZiEaZe5Q5,
http://www.playvid.com/watch/y7XMPbgQy0N, http://www.playvid.com/watch/TUZzD6Z3QhR, http://www.playvid.com/watch/PIOpYAfBQ2j,
http://www.playvid.com/watch/oyaLVae4BSd, http://www.playvid.com/watch/Kt1vu6pVNsX, http://www.playvid.com/watch/yJIoq4QXCxP,
http://www.playvid.com/watch/grycgmM94Xj, http://www.playvid.com/watch/EXYIYCRfzxJ, http://www.playvid.com/watch/3N9llRi75bT,
http://www.playvid.com/watch/0B1DDSmUYiZ, http://www.playvid.com/watch/LcWUC6oKv1Q, http://www.playvid.com/watch/ZBOLiF6SQKD,
http://www.playvid.com/watch/wwFeTKd-NNF, http://www.playvid.com/watch/s-JaEwTCWfO, http://www.playvid.com/watch/s2bStzSrOBh,
http://www.playvid.com/watch/OaWb89QiV3-, http://www.playvid.com/watch/xqebhuOoVI-, http://www.playvid.com/watch/0YMloFRsMM1,
http://www.playvid.com/watch/COUJw67b2dA, http://www.playvid.com/watch/FdLy21w-YwL, http://www.playvid.com/watch/7ql7a0karIN,
http://www.playvid.com/watch/pqvp02Cd3fD, http://www.playvid.com/watch/rVn4b22cCkn, http://www.playvid.com/watch/5nmykrHcVzG,
http://www.playvid.com/watch/oud1gmQYjUg, http://www.playvid.com/watch/Us-Xk5aTcDW, http://www.playvid.com/watch/8qBVHKi90SJ,
http://www.playvid.com/watch/P_sSv3Jr9NQ, http://www.playvid.com/watch/kpDgLdIuFIb, http://www.playvid.com/watch/8RNqSgYgJKY,
http://www.playvid.com/watch/h20p9H_6x0l, http://www.playvid.com/watch/rpW-ki5xzlI, http://www.playvid.com/watch/javqq1XYe_s,
http://www.playvid.com/watch/QPEh7rrovMp, http://www.playvid.com/watch/nhEueVIdtyO, http://www.playvid.com/watch/g_H1QOQSTVR,
http://www.playvid.com/watch/9Amnbo7ErxV, http://www.playvid.com/watch/B4nHJWcEnI7, http://www.playvid.com/watch/Qk8-CsRMWWd,
http://www.playvid.com/watch/aoSqAwwRzDu, http://www.playvid.com/watch/p6WDarkcawk, http://www.playvid.com/watch/IMK7MEffBlC,
http://www.playvid.com/watch/D0SBG1xJHPx, http://www.playvid.com/watch/DiivsVbMm5w, http://www.playvid.com/watch/8FvOdPlPEuP,
http://www.playvid.com/watch/aME8wasS2hX, http://www.playvid.com/watch/AdHlXziJ3E8, http://www.playvid.com/watch/QLgFirfXm8J,
http://www.playvid.com/watch/tYiimxE0Fet, http://www.playvid.com/watch/VjpvZGNFdsv, http://www.playvid.com/watch/PbL-6am7GRL,
http://www.playvid.com/watch/vXHDoGOy1cI, http://www.playvid.com/watch/aO3GVVf70Wl, http://www.playvid.com/watch/7tkzkX9rubQ,
http://www.playvid.com/watch/0b2A4aAsuIs, http://www.playvid.com/watch/jPcbqidTc5l, http://www.playvid.com/watch/3b2NYSJgI4n,
http://www.playvid.com/watch/EromWxG27df, http://www.playvid.com/watch/QgUXoCZ7oKv, http://www.playvid.com/watch/6yYc8QxAi_X,
http://www.playvid.com/watch/NhTG6j9MYoU, http://www.playvid.com/watch/XuiHxHU2VpI, http://www.playvid.com/watch/xTpj11IaRoC,
http://www.playvid.com/watch/uPcl2HA4TkD, http://www.playvid.com/watch/wZeZcAZA3Tn, http://www.playvid.com/watch/yhAVRZhAsTd,
http://www.playvid.com/watch/WsM-AeXtqoX, http://www.playvid.com/watch/ivsmgT06akg, http://www.playvid.com/watch/XdPm4dw0UET,
http://www.playvid.com/watch/r4QDFgHFb6J, http://www.playvid.com/watch/38GQeDzUcq7, http://www.playvid.com/watch/txa5zf5Fcqa,
http://www.playvid.com/watch/hcVe7PR5-Qv, http://www.playvid.com/watch/SgtnF21oPAe, http://www.playvid.com/watch/gAswLEAEFFt,
http://www.playvid.com/watch/4WewMaANbXf, http://www.playvid.com/watch/ZttAH31UZsW, http://www.playvid.com/watch/zySLfdmjw29,
http://www.playvid.com/watch/nOF5tw3GaeC, http://www.playvid.com/watch/4nmdwRm8sCP, http://www.playvid.com/watch/Ulm-jBPAy7m,
http://www.playvid.com/watch/gXqnlYOPLsK, http://www.playvid.com/watch/2eKiA772POj, http://www.playvid.com/watch/fAYpUcaYKkD,
http://www.playvid.com/watch/FRxLHn5ts7L, http://www.playvid.com/watch/sgEnaifIF3j, http://www.playvid.com/watch/qak9zrW6m8B,
http://www.playvid.com/watch/gYoG9sNiYr8, http://www.playvid.com/watch/xw9EuWaapHo, http://www.playvid.com/watch/evX4KYVjyTM,
http://www.playvid.com/watch/jM4Y6CMpUbM, http://www.playvid.com/watch/g4y5pGCUe-Y, http://www.playvid.com/watch/es7S8e-IEL6,
http://www.playvid.com/watch/Xs52iQcG8mJ, http://www.playvid.com/watch/c8ndpzlPgBN, http://www.playvid.com/watch/p37mCGXq-I5,
http://www.playvid.com/watch/jrFAbyU2-JD, http://www.playvid.com/watch/ZW3FP9ijguq, http://www.playvid.com/watch/z6s5bPkAD6G,
http://www.playvid.com/watch/68ApT47VaOa, http://www.playvid.com/watch/q8YmMWY4bJu, http://www.playvid.com/watch/qGDE5GL4IgG,
http://www.playvid.com/watch/8Jwhnm__kgq, http://www.playvid.com/watch/W9eQSSH2lis, http://www.playvid.com/watch/XnJNcGUT2aY,
http://www.playvid.com/watch/rxP5GGEFa5n, http://www.playvid.com/watch/3MrAlJtWmcY, http://www.playvid.com/watch/vHWcp23Whfi,
http://www.playvid.com/watch/s7cN-mPkCbY, http://www.playvid.com/watch/j1QkJ2uJxi6, http://www.playvid.com/watch/xw121_dui1t,
http://www.playvid.com/watch/hRVu95Zjlkl, http://www.playvid.com/watch/dQpM8bE1ais, http://www.playvid.com/watch/ztpiiOyvTwP,
http://www.playvid.com/watch/2UtWO8ECs3N, http://www.playvid.com/watch/LfJduAK8DX2, http://www.playvid.com/watch/UKP0OdUluh7,
http://www.playvid.com/watch/HRq_4C_2wnj, http://www.playvid.com/watch/fk0oD_-Es9a, http://www.playvid.com/watch/Z9eoY43E84s,
http://www.playvid.com/watch/kMv6pvGojnw, http://www.playvid.com/watch/d_ZpVrDd7ee, http://www.playvid.com/watch/z5cUgF57i9b,
http://www.playvid.com/watch/DLeA2QcQ1BC, http://www.playvid.com/watch/0FFjRKPozxk, http://www.playvid.com/watch/KR8_El0ExuC,
http://www.playvid.com/watch/aazJCF5_iSj, http://www.playvid.com/watch/Sh-9PVh1haT, http://www.playvid.com/watch/Hm--uPIwd7l,
http://www.playvid.com/watch/gw_c25pl9Jb, http://www.playvid.com/watch/59tITppGT4n, http://www.playvid.com/watch/Zs8olLHlFyb,
http://www.playvid.com/watch/fjm8vNmtaat, http://www.playvid.com/watch/IDSWv1tS5sv, http://www.playvid.com/watch/0j9aAFSC8cM,
http://www.playvid.com/watch/Ku9byLgtZB2, http://www.playvid.com/watch/mb-De97UwlX, http://www.playvid.com/watch/Ag3kUXAYtZa,
http://www.playvid.com/watch/n7OrPAy1eFB, http://www.playvid.com/watch/m76U1DCzgNd, http://www.playvid.com/watch/nIXbXOWO03p,
http://www.playvid.com/watch/2_c3K32-cjd, http://www.playvid.com/watch/XpCAvBETEwq, http://www.playvid.com/watch/9-TvUxmw0Tx,
http://www.playvid.com/watch/dqA1gsXbvHg, http://www.playvid.com/watch/CIGlnj6uVgX, http://www.playvid.com/watch/KkFPU5M4pT2,
http://www.playvid.com/watch/HTz4V7zZL9Q, http://www.playvid.com/watch/9fZvX0dc0J2, http://www.playvid.com/watch/XeV-PAZEVUU,
http://www.playvid.com/watch/wM-QjsSfbpd, http://www.playvid.com/watch/LCnm0023CZz, http://www.playvid.com/watch/EbsixoxQGCO,
http://www.playvid.com/watch/i60oVTTyZh0, http://www.playvid.com/watch/NUViK29UaZf, http://www.playvid.com/watch/Dw29ewVpUo2,
http://www.playvid.com/watch/NJsvfNhT0i6, http://www.playvid.com/watch/0e6MfdXxOrW, http://www.playvid.com/watch/A-16XkMO3-U,
http://www.playvid.com/watch/pxF22-jhLpF, http://www.playvid.com/watch/a5h4OmL_XAD, http://www.playvid.com/watch/zkUz1cnamH5,
http://www.playvid.com/watch/G5iY9xRSL0x, http://www.playvid.com/watch/PU2YmXucUxH, http://www.playvid.com/watch/KO6azo9twWA,
http://www.playvid.com/watch/iqOFUdSelui, http://www.playvid.com/watch/OkvIDj-VQY6, http://www.playvid.com/watch/M-5tQuOptyu,
http://www.playvid.com/watch/0IyOYMs6s_w, http://www.playvid.com/watch/SR27VpXfANr, http://www.playvid.com/watch/GUV-LyR6dBE,
http://www.playvid.com/watch/FChYVzj4CMN, http://www.playvid.com/watch/Nsi8EFswhOv, http://www.playvid.com/watch/vIVhsokfwGM,
http://www.playvid.com/watch/8wXObS4fF8m, http://www.playvid.com/watch/oPl0UrcAoYG, http://www.playvid.com/watch/b5A557SNtJo,
http://www.playvid.com/watch/vHPlwHlOXok, http://www.playvid.com/watch/3lmwJvbFN0q, http://www.playvid.com/watch/Tb3ACbCP3W8,
http://www.playvid.com/watch/9f3_B8LRg1x, http://www.playvid.com/watch/ejL05uJlqRx, http://www.playvid.com/watch/SWVIWkSpenz,
http://www.playvid.com/watch/Gt9W5rnPeo3, http://www.playvid.com/watch/PzMgZtiwkz5, http://www.playvid.com/watch/YNHrGc8u0cI,
http://www.playvid.com/watch/XQL1hmyMkzo, http://www.playvid.com/watch/6m9EMgTefVh, http://www.playvid.com/watch/0duZIzwJLuw,
http://www.playvid.com/watch/SHfQjlOGo1k, http://www.playvid.com/watch/CvnQUV4slaJ, http://www.playvid.com/watch/aW0a7UsmU_p,
http://www.playvid.com/watch/fE727c9hnCf, http://www.playvid.com/watch/guGWlrVUP0t, http://www.playvid.com/watch/Uj2vCLZNXb7,
http://www.playvid.com/watch/N1CDdj2PcLb, http://www.playvid.com/watch/V8YRRhGrzuk, http://www.playvid.com/watch/573TE4vvfzA,
http://www.playvid.com/watch/PfGteOBOCbx, http://www.playvid.com/watch/N-ZX1ZNtjb2, http://www.playvid.com/watch/io9gd888IlT,
http://www.playvid.com/watch/7i0554wmm7x, http://www.playvid.com/watch/j5nozccKlws, http://www.playvid.com/watch/W7Fzdro_8C3,
http://www.playvid.com/watch/qid4P4o6Lfx, http://www.playvid.com/watch/9ZBv7I8SmT3, http://www.playvid.com/watch/5mPvbDEcren,
http://www.playvid.com/watch/sG3ppPrsrJ4, http://www.playvid.com/watch/0uyD22BUX03, http://www.playvid.com/watch/BwIVZXQryBz,
http://www.playvid.com/watch/KeN5kUyM46T, http://www.playvid.com/watch/t7BDtKXYgiK, http://www.playvid.com/watch/Mz3WdFULyry,
http://www.playvid.com/watch/MOcIiqZsc3y, http://www.playvid.com/watch/X5k95_ZNy9W, http://www.playvid.com/watch/O74MKh4GYWk,
http://www.playvid.com/watch/jvAN-riXkSk, http://www.playvid.com/watch/F2Ry44e50zB, http://www.playvid.com/watch/2Ke_tqj6ioA,
http://www.playvid.com/watch/lW-i5IrZBVG, http://www.playvid.com/watch/EWPq6in_8vb, http://www.playvid.com/watch/pBJIA7gUD2B,
http://www.playvid.com/watch/bSziiU41oZa, http://www.playvid.com/watch/tUi9OESowTm, http://www.playvid.com/watch/BQNd0YRmVFH,
http://www.playvid.com/watch/YmoMz9lCWVz, http://www.playvid.com/watch/E7O9R0iso5E, http://www.playvid.com/watch/3HUaH1TJZ3P,
http://www.playvid.com/watch/FVIck1ISdg6, http://www.playvid.com/watch/le7MD9IUPEv, http://www.playvid.com/watch/VWJltok1d5i,
http://www.playvid.com/watch/DXUd515NWqJ, http://www.playvid.com/watch/oe9hSrK_NZM, http://www.playvid.com/watch/5zFKemYg03v,
http://www.playvid.com/watch/BpJFcr7ticH, http://www.playvid.com/watch/p9VqR671qP3, http://www.playvid.com/watch/Qmt9ppuhjUS,
http://www.playvid.com/watch/pXklw8XFETN, http://www.playvid.com/watch/lwr0QhBpGE9, http://www.playvid.com/watch/eksvAruaCLK,
http://www.playvid.com/watch/LCjHdRpLCoB, http://www.playvid.com/watch/A0zypcndMtc, http://www.playvid.com/watch/rtP0XaDQrF4,
http://www.playvid.com/watch/hiGL0paNCwu, http://www.playvid.com/watch/TqRzwlm2FzO, http://www.playvid.com/watch/ufOFIgh_fM3,
http://www.playvid.com/watch/nPD-lxRbYIe, http://www.playvid.com/watch/UVwKoXiqd_e, http://www.playvid.com/watch/Dp0C-7ZYqdW,

http://www.playvid.com/watch/sZ6Kbd9Tlcv, http://www.playvid.com/watch/rU8apSBOTKd, http://www.playvid.com/watch/G-ITtJCxWNO,
http://www.playvid.com/watch/Oho9xn4qqGI, http://www.playvid.com/watch/ibZVhO0U8Q5, http://www.playvid.com/watch/jtC0xMbJe7B,
http://www.playvid.com/watch/VgFbI-sJfRW, http://www.playvid.com/watch/sJ5UaGweLWj, http://www.playvid.com/watch/3ZvKAsoXzHF,
http://www.playvid.com/watch/ilrUuXFL76B, http://www.playvid.com/watch/gQyVWrrNyAZ, http://www.playvid.com/watch/TT3OxWqp3s3,
http://www.playvid.com/watch/Ld4XLMmgQvp, http://www.playvid.com/watch/HCAFnIUieWc, http://www.playvid.com/watch/sKkV2zg2OX9,
http://www.playvid.com/watch/sY_4vMzgGLG, http://www.playvid.com/watch/YNsOxUS5itK, http://www.playvid.com/watch/QvR6rPG8ChI,
http://www.playvid.com/watch/Bzl8aN2r4WA, http://www.playvid.com/watch/EDxSP_lNo1b, http://www.playvid.com/watch/Xju3T08aLT8,
http://www.playvid.com/watch/pxqHPGiAd2L, http://www.playvid.com/watch/St8WYylRV9f, http://www.playvid.com/watch/JjVm-_WCvN5,
http://www.playvid.com/watch/Fqvj66ztr4T, http://www.playvid.com/watch/ZtvIsijwJmO
5.f. Date of third notice: 2014-04-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pincha
5.b. Uploader's email address: kilopol@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pincha
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PAinqU4DNLi, http://www.playvid.com/watch/PzvLmRtolA8,
http://www.playvid.com/watch/2xTySCR7d0G, http://www.playvid.com/watch/94aLRbWkDzw, http://www.playvid.com/watch/4DKBLIZopdL,
http://www.playvid.com/watch/QmfYGvW0IsL, http://www.playvid.com/watch/44vwgFX8LuW, http://www.playvid.com/watch/QcGGA-B0znn,
http://www.playvid.com/watch/HpHZBbHfQzk, http://www.playvid.com/watch/ME3p-EwseOu, http://www.playvid.com/watch/BYY-GfTkDVz,
http://www.playvid.com/watch/PkaVb5EOPuG, http://www.playvid.com/watch/moSfbMzKZFy, http://www.playvid.com/watch/twU5xinaHXr,
http://www.playvid.com/watch/Em4idSpVeTr, http://www.playvid.com/watch/WkgCTMYrIHL, http://www.playvid.com/watch/HTRC37OFaxQ,
http://www.playvid.com/watch/s4j4YdjKfiU, http://www.playvid.com/watch/i5W6DZBpMYZ, http://www.playvid.com/watch/5MYkLqD9a4f,
http://www.playvid.com/watch/GbTVdhmFVUy, http://www.playvid.com/watch/BC6TUg8fhsA, http://www.playvid.com/watch/QbnsHH6O7Ox,
http://www.playvid.com/watch/vpm4uHV34Ie, http://www.playvid.com/watch/C2n86SJ9rzo, http://www.playvid.com/watch/XHvqRjiZuGI,
http://www.playvid.com/watch/e4NmNqKBHE6, http://www.playvid.com/watch/cJaHmK6mbJW, http://www.playvid.com/watch/Rt5FfBtLkmy,
http://www.playvid.com/watch/KURF7vW0y3M, http://www.playvid.com/watch/vV39cdwbSjS, http://www.playvid.com/watch/JhC3jvcQUFU,
http://www.playvid.com/watch/Kgrd7oULznR, http://www.playvid.com/watch/98j87G6ascq, http://www.playvid.com/watch/JMUIdMHI8fM,
http://www.playvid.com/watch/07ax0rnUq4A, http://www.playvid.com/watch/3bxOXXhdvKk, http://www.playvid.com/watch/9hi-ZqkxnjN,
http://www.playvid.com/watch/tRFm-vmFwHE, http://www.playvid.com/watch/RP4whlcZnTD, http://www.playvid.com/watch/9F04LARfCWj,
http://www.playvid.com/watch/KcCqr0R8jgI, http://www.playvid.com/watch/VsjDS7FoWpi, http://www.playvid.com/watch/g2LlYXesqqd,
http://www.playvid.com/watch/zadeIbRaoIz, http://www.playvid.com/watch/q5WHJSwOM7w, http://www.playvid.com/watch/HVYOXBzD9Q-,
http://www.playvid.com/watch/wPoC5crPkY2, http://www.playvid.com/watch/7YjuTjV92mD, http://www.playvid.com/watch/7nUxdC2H2Yx,
http://www.playvid.com/watch/0GmNVoYnrLW, http://www.playvid.com/watch/f3bqPfrPZCK, http://www.playvid.com/watch/DsDsf0zmlsI,
http://www.playvid.com/watch/JbAnaYCGMwI, http://www.playvid.com/watch/XmAuaWufyN-, http://www.playvid.com/watch/uzW0GkR7o-x,
http://www.playvid.com/watch/NTgVxyMLhdg, http://www.playvid.com/watch/fId46nxH8KW, http://www.playvid.com/watch/GULN9PWmaO9,
http://www.playvid.com/watch/qKESHd8PMg3, http://www.playvid.com/watch/fcs3X-zR0gV, http://www.playvid.com/watch/pPFVSGX986L,
http://www.playvid.com/watch/FZC9hY9WoME, http://www.playvid.com/watch/Q734HT0w8fx, http://www.playvid.com/watch/8SWo2oDNxuK,
http://www.playvid.com/watch/qhwjZKtNUzI, http://www.playvid.com/watch/gHaCCm2wnJ0, http://www.playvid.com/watch/m8-XXs-FHF2,
http://www.playvid.com/watch/k6Kc9Qm3Uc7, http://www.playvid.com/watch/uWniTd8IBaj, http://www.playvid.com/watch/kq-WFwAcpxh,
http://www.playvid.com/watch/scNrX-aX3Pr, http://www.playvid.com/watch/3DmbufI2uJ5
5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pinkmann
5.b. Uploader's email address: elegantjohny@yahoo.de
5.d. Uploader's profile: http://www.playvid.com/member/pinkmann
5.e. List of videos posted by uploader: http://www.playvid.com/watch/O3Do7TzXBAQ, http://www.playvid.com/watch/r4bb946z539,
http://www.playvid.com/watch/QuHIg9QpLnU, http://www.playvid.com/watch/uHtikY8Anur, http://www.playvid.com/watch/fimWh3XiI4n,
http://www.playvid.com/watch/UyIMqVVFLzF, http://www.playvid.com/watch/Ad1vembs9tZ, http://www.playvid.com/watch/TDhFeO8Zjfd,
http://www.playvid.com/watch/9Prt7Qz4SF7, http://www.playvid.com/watch/IjmwzqqXy7S, http://www.playvid.com/watch/eG2l7YKh7ox,
http://www.playvid.com/watch/a-eyvCB7gZA, http://www.playvid.com/watch/0qkfNsu0coF, http://www.playvid.com/watch/VRD_pckSE-h,
http://www.playvid.com/watch/6gsqMWy6k3W, http://www.playvid.com/watch/iD_1nkSvUIM, http://www.playvid.com/watch/MR5vwxxhqdw,
http://www.playvid.com/watch/H_1wzSzOCXj, http://www.playvid.com/watch/zdrlfyk_4Qv, http://www.playvid.com/watch/KJr-fMrGRDh,
http://www.playvid.com/watch/G2vg9wUhfgq, http://www.playvid.com/watch/Uyrw8Y4LXrQ, http://www.playvid.com/watch/3VbG8i8vCFk,
http://www.playvid.com/watch/gupjl4pl5wd, http://www.playvid.com/watch/4rtNtbzqoDu, http://www.playvid.com/watch/oCR6i-nIwss,
http://www.playvid.com/watch/C2f57obiIeV, http://www.playvid.com/watch/aHxIGPdqUG6, http://www.playvid.com/watch/60liDmpD4MB,
http://www.playvid.com/watch/nKRlmCw9Pj5, http://www.playvid.com/watch/u4ozfwozXwG, http://www.playvid.com/watch/AkpZeSDuUjf,
http://www.playvid.com/watch/zF9LgjdBUKF, http://www.playvid.com/watch/b9hxm58odKW, http://www.playvid.com/watch/HyoDdggNWT2,
http://www.playvid.com/watch/Il_4JBeUhC2, http://www.playvid.com/watch/Ow1XKKBLzzH, http://www.playvid.com/watch/PUEX1Vq5M1K,
http://www.playvid.com/watch/mNg3iKbgg0k, http://www.playvid.com/watch/jRCUnBFhm1X, http://www.playvid.com/watch/SoyLRbUJeJt,
http://www.playvid.com/watch/MikgkYK4U2U, http://www.playvid.com/watch/t2_T6XlJ118, http://www.playvid.com/watch/Mm8T_ojSd5M,
http://www.playvid.com/watch/SsupPd24p1g, http://www.playvid.com/watch/PxyYFV7q3Nd, http://www.playvid.com/watch/euiKpMDA0hD,
http://www.playvid.com/watch/CmPW47FnhLB, http://www.playvid.com/watch/rD8JGF4HZ47, http://www.playvid.com/watch/2buo5V3gFE0,
http://www.playvid.com/watch/LrTLJcRuLwc, http://www.playvid.com/watch/qpqyLDga6b0, http://www.playvid.com/watch/S7GPeA74yDz,
http://www.playvid.com/watch/ENS235Ax5Sc, http://www.playvid.com/watch/I_thZjfcYCH, http://www.playvid.com/watch/juzx9pHVjz4,
http://www.playvid.com/watch/ub264OnrN9S, http://www.playvid.com/watch/ay_veivoUda, http://www.playvid.com/watch/2hqVi8ffp9a,
http://www.playvid.com/watch/5d_c3ZoPrQa, http://www.playvid.com/watch/8w8V6Np1-U9, http://www.playvid.com/watch/7ziqBIHQ-2a,
http://www.playvid.com/watch/aMctUhzQx7r, http://www.playvid.com/watch/RTrKD1rn__5, http://www.playvid.com/watch/GcoMR9vzXyr,
http://www.playvid.com/watch/BHkDCludR6D, http://www.playvid.com/watch/ZMhEd5Op51J, http://www.playvid.com/watch/yFm2vsSSA6t,
http://www.playvid.com/watch/dfV3tKYQdNu, http://www.playvid.com/watch/zD1W8ClKTOY, http://www.playvid.com/watch/cVskfH4jHsS,
http://www.playvid.com/watch/JaW1V4Y1_cV, http://www.playvid.com/watch/qcv7dtZuIB2, http://www.playvid.com/watch/jO3GXhiWdJQ,
http://www.playvid.com/watch/Dco4TL0-mUE, http://www.playvid.com/watch/AWGg53nBJ1k, http://www.playvid.com/watch/Ym4Mb-x4bQ3,
http://www.playvid.com/watch/sAX65xMYMrP, http://www.playvid.com/watch/oELGSKFNdU6, http://www.playvid.com/watch/DeRyS6sHFup,
http://www.playvid.com/watch/RWtQHxOSs85, http://www.playvid.com/watch/qfO1G8eOw-E, http://www.playvid.com/watch/H1_rHwfrFzk,
http://www.playvid.com/watch/452O0E4PEMN, http://www.playvid.com/watch/OMEuLvv8TNr, http://www.playvid.com/watch/Ay4hE51Z5KX,
http://www.playvid.com/watch/HXLTiKR1sqR, http://www.playvid.com/watch/bXxvGHBSNZm, http://www.playvid.com/watch/2Vrq4JTn9SQ,
http://www.playvid.com/watch/B3BlejJYaej, http://www.playvid.com/watch/KlT07Su8bdQ, http://www.playvid.com/watch/0HrNghvO4nO,
http://www.playvid.com/watch/Iu4fGwA7cB3, http://www.playvid.com/watch/QoIL6cJFdVA, http://www.playvid.com/watch/w396ZtyL-6U,
http://www.playvid.com/watch/kFSD6kFhILP, http://www.playvid.com/watch/iEY_GXXHHHj, http://www.playvid.com/watch/x6Brl4msosN,
http://www.playvid.com/watch/OB3DDHpenla, http://www.playvid.com/watch/Fp0DPbX8PZx, http://www.playvid.com/watch/CI91CP4iz1V,
http://www.playvid.com/watch/rKKDrRmLF3n, http://www.playvid.com/watch/GxHC2ofWQWJ, http://www.playvid.com/watch/d05YzpPq58n,
http://www.playvid.com/watch/7q4e33zlnaF, http://www.playvid.com/watch/qaCSGeRP_dG, http://www.playvid.com/watch/NxfW9IwXT8m,
http://www.playvid.com/watch/nprrEYzpHLP, http://www.playvid.com/watch/EcZW-ZF2Tpf, http://www.playvid.com/watch/xAr-li4yXoU,
http://www.playvid.com/watch/Oyx5u10vZAy, http://www.playvid.com/watch/0f50KLFhXXy, http://www.playvid.com/watch/Rks2SUenl4m,
http://www.playvid.com/watch/FFp3FaAYocf, http://www.playvid.com/watch/nDL0n9Ux0Iy, http://www.playvid.com/watch/DLchODSrx8i,
http://www.playvid.com/watch/dmmr9BwPOa0, http://www.playvid.com/watch/5766lrPRAjv, http://www.playvid.com/watch/KQvVCIZP0xb,
http://www.playvid.com/watch/c4A2JkEBcgs, http://www.playvid.com/watch/z9jF6XXyIU2, http://www.playvid.com/watch/3maGEw9Pbc8,
http://www.playvid.com/watch/ys0OvR392dn, http://www.playvid.com/watch/v9rHETgRABK, http://www.playvid.com/watch/fThCu5YDMRL,
http://www.playvid.com/watch/yNDd_ivsosz, http://www.playvid.com/watch/cmaAuqDR1KK, http://www.playvid.com/watch/8NNAWy_DGFx,
http://www.playvid.com/watch/XgdgYqFXKgY, http://www.playvid.com/watch/QG8yrvcrU4u, http://www.playvid.com/watch/phC5Fxu0Ryq,
http://www.playvid.com/watch/BtTb2ODF_8o, http://www.playvid.com/watch/UgOI_fzxOFT, http://www.playvid.com/watch/a1OGSFTTwAj,
http://www.playvid.com/watch/qTjteJC6SyP, http://www.playvid.com/watch/lSIrzdijRq8, http://www.playvid.com/watch/CPVqe7NaUPY,
http://www.playvid.com/watch/dwAAWxyUkr7, http://www.playvid.com/watch/t-oFW9Kl1NK, http://www.playvid.com/watch/QOHlhA6Zm2e,
http://www.playvid.com/watch/5CCFHquxWa5, http://www.playvid.com/watch/JBr6IUPFd2R, http://www.playvid.com/watch/xfIZjQHyWx4,
http://www.playvid.com/watch/HkTKsg8zp-d, http://www.playvid.com/watch/rWeRUfDAsis, http://www.playvid.com/watch/Sm1WGOhlp2b,
http://www.playvid.com/watch/K8LZJuJtZTE, http://www.playvid.com/watch/r87QrM300Fq, http://www.playvid.com/watch/qCO8DaIKR22,

http://www.playvid.com/watch/sLgsv47r8pP, http://www.playvid.com/watch/Na_7Rv-dFqG, http://www.playvid.com/watch/NAxDS-8-t1I,
http://www.playvid.com/watch/7I9wLPMqWzc, http://www.playvid.com/watch/KtA3rvD8756, http://www.playvid.com/watch/RBk0fvaoZHw,
http://www.playvid.com/watch/bA1hubZShjG, http://www.playvid.com/watch/V8hXrAK7zFO, http://www.playvid.com/watch/mml7hynwB7f,
http://www.playvid.com/watch/BKmxIBCyIrX, http://www.playvid.com/watch/NEFgdEoOw8O, http://www.playvid.com/watch/b8gyv-7S45j,
http://www.playvid.com/watch/uZ_Q4fvZI8c, http://www.playvid.com/watch/HHMuw_Em3RQ, http://www.playvid.com/watch/27caz_LaRxX,
http://www.playvid.com/watch/gQFRWv9-jcr, http://www.playvid.com/watch/mRFEL40mqrt, http://www.playvid.com/watch/nz0lkbk7gGg,
http://www.playvid.com/watch/byRHvQvzmpg, http://www.playvid.com/watch/5UYsDfbMG-N, http://www.playvid.com/watch/H-w0rzVxL6g,
http://www.playvid.com/watch/uiv9iZSLfwB, http://www.playvid.com/watch/4RkrTmny0AD, http://www.playvid.com/watch/WZW1YvfjpVu,
http://www.playvid.com/watch/c04SELUKh1f, http://www.playvid.com/watch/N9AoaKAJOzb, http://www.playvid.com/watch/w89hPmd5uim,
http://www.playvid.com/watch/06XCOjdKGvL, http://www.playvid.com/watch/JXa34a-PK5V, http://www.playvid.com/watch/FthIDGYx8M7,
http://www.playvid.com/watch/8UMjiRQ-Zb7, http://www.playvid.com/watch/IiqxxuCtiZI, http://www.playvid.com/watch/p1uCfMWw9rR,
http://www.playvid.com/watch/93bsehBJLs0, http://www.playvid.com/watch/zXDRFpDdVGl, http://www.playvid.com/watch/3Y7Al_-UJcq,
http://www.playvid.com/watch/Xi4F_Nx9dR2, http://www.playvid.com/watch/lNWLS0YBPXN, http://www.playvid.com/watch/8wFy2bcVz4U,
http://www.playvid.com/watch/5aoFC3GGtYa, http://www.playvid.com/watch/fftLR3rDYEF, http://www.playvid.com/watch/8fqqCs4KnmT,
http://www.playvid.com/watch/NhuzYz4eMYs, http://www.playvid.com/watch/cPbWMjaSU5a, http://www.playvid.com/watch/A3ocvUyidLx,
http://www.playvid.com/watch/Pka57elkToz, http://www.playvid.com/watch/ofe59aWIXW5, http://www.playvid.com/watch/J37uHqrGkiu,
http://www.playvid.com/watch/24pc5XOG9IZ, http://www.playvid.com/watch/kfLSGR0Yl8c, http://www.playvid.com/watch/jO0ZDdfRRCz,
http://www.playvid.com/watch/WJ4ZIt7_QvC, http://www.playvid.com/watch/wpKyn-wpfN3, http://www.playvid.com/watch/Tfgpx2R0c_A,
http://www.playvid.com/watch/KX8VkE2ZbXF, http://www.playvid.com/watch/q9tTCTdqBzH, http://www.playvid.com/watch/CqSQDBgjPwj,
http://www.playvid.com/watch/UPdy9swNfxg, http://www.playvid.com/watch/GvVMBj9J5Ms, http://www.playvid.com/watch/EPxZ7J5MzEw,
http://www.playvid.com/watch/vXnR8iHsZv5, http://www.playvid.com/watch/780B1revgaf, http://www.playvid.com/watch/wP6zFt-Q-pB,
http://www.playvid.com/watch/BKcKvMNBMVz, http://www.playvid.com/watch/x2X1QF1sFmb, http://www.playvid.com/watch/qRm1ZuRmg6l,
http://www.playvid.com/watch/cz0jJg3UTB6, http://www.playvid.com/watch/me1TstPpIX7, http://www.playvid.com/watch/qHlCQ4cGPSL,
http://www.playvid.com/watch/wsHXHG0ZanP, http://www.playvid.com/watch/TtXriZH29qS, http://www.playvid.com/watch/5iLbjmHi1cZ,
http://www.playvid.com/watch/O2H_-vJh5OK, http://www.playvid.com/watch/PHtdsR7kUJf, http://www.playvid.com/watch/DSbsV-Y4MRf,
http://www.playvid.com/watch/HzYLhsHHfuv, http://www.playvid.com/watch/ecPoRuusLgc, http://www.playvid.com/watch/DXad2Q56oxH,
http://www.playvid.com/watch/Ty7kyo2AKTT, http://www.playvid.com/watch/FtEVoFdR650, http://www.playvid.com/watch/SIRSDQ4dCX5,
http://www.playvid.com/watch/x_DjuJeWYBz, http://www.playvid.com/watch/m65_CRUx19K, http://www.playvid.com/watch/LpIXXlKkMIJ,
http://www.playvid.com/watch/2FrQKJh6igy, http://www.playvid.com/watch/ZDQCczoUg49, http://www.playvid.com/watch/owPk6JXuciS,
http://www.playvid.com/watch/hoGY2lTWR7Y, http://www.playvid.com/watch/Hm3gMPkBfbl, http://www.playvid.com/watch/O_YWwRbVlTs,
http://www.playvid.com/watch/0lE5fYcs8_q, http://www.playvid.com/watch/l7eNUvR2LZ5, http://www.playvid.com/watch/Iy5_9MUyLX9,
http://www.playvid.com/watch/DiMcXAC2Wlx, http://www.playvid.com/watch/GKfdfy1fM3P, http://www.playvid.com/watch/vABfC18RyWY,
http://www.playvid.com/watch/wKy8sXxnDgs, http://www.playvid.com/watch/bF3tjPRlajA, http://www.playvid.com/watch/ChkjW37NBp6,
http://www.playvid.com/watch/cCdqIwsK8Yw, http://www.playvid.com/watch/2oVb89XHadi, http://www.playvid.com/watch/pVXADvGH635,
http://www.playvid.com/watch/y1gvkS6yeaE, http://www.playvid.com/watch/j9foNl5wljp, http://www.playvid.com/watch/xDEd01P_Z4H,
http://www.playvid.com/watch/auZOLcNYzEx, http://www.playvid.com/watch/9Yv9UyKOKnW, http://www.playvid.com/watch/NOWAKrweURv,
http://www.playvid.com/watch/9B0qrlanFuc, http://www.playvid.com/watch/3A9I5_cUAGM, http://www.playvid.com/watch/TH7jBB8KoFS,
http://www.playvid.com/watch/rVYaapavwTB, http://www.playvid.com/watch/6F9X3e7SV3C, http://www.playvid.com/watch/SmIWzeaI5LR,
http://www.playvid.com/watch/sZvq8oI08hc, http://www.playvid.com/watch/ngaVDziGDSO, http://www.playvid.com/watch/lFDAkDxkr5Z,
http://www.playvid.com/watch/JLLfJxU8DKj, http://www.playvid.com/watch/YRT2qsk4_Mu, http://www.playvid.com/watch/G-oYWf6GY-5,
http://www.playvid.com/watch/e1KkVWv4obC, http://www.playvid.com/watch/p-K8S8e_ypr, http://www.playvid.com/watch/XWw4UFg2j49,
http://www.playvid.com/watch/kFJu7xb2f-z, http://www.playvid.com/watch/pciJLf_k67m, http://www.playvid.com/watch/uUEoQyIlGil,
http://www.playvid.com/watch/vA1P_4Y_jX7, http://www.playvid.com/watch/iXvH480vhQc, http://www.playvid.com/watch/rF22zDjL9Iw,
http://www.playvid.com/watch/OkOsbNQmQ93, http://www.playvid.com/watch/e9oLP2ckmlG, http://www.playvid.com/watch/UJFvK1ExomI,
http://www.playvid.com/watch/IVbqtwZG5HW, http://www.playvid.com/watch/0irX9b2IzHz, http://www.playvid.com/watch/w5FIY2U8g_M,
http://www.playvid.com/watch/nXBL1jqlzOj, http://www.playvid.com/watch/A6uq8sSo5zM, http://www.playvid.com/watch/T4V7mh0wi6G,
http://www.playvid.com/watch/fvcQ_LMTXYd, http://www.playvid.com/watch/M8WWtJp9Zfb, http://www.playvid.com/watch/llZEuh_HZZo,
http://www.playvid.com/watch/0EJEyiYEIaD, http://www.playvid.com/watch/Y61QvNzv4X5, http://www.playvid.com/watch/riIXL_T0_hR,
http://www.playvid.com/watch/yk83YlJJoL9, http://www.playvid.com/watch/2bHk2fB1wiS, http://www.playvid.com/watch/Q71pSeEMs8y,
http://www.playvid.com/watch/oTQlmWzQ7D9, http://www.playvid.com/watch/TVVB9CG4XgS, http://www.playvid.com/watch/UKnPBtSKLcB,
http://www.playvid.com/watch/Deaqd5vfA2v, http://www.playvid.com/watch/MPEuluKWrae, http://www.playvid.com/watch/r8oDo_1JduL,
http://www.playvid.com/watch/YvkDGL-WNdo, http://www.playvid.com/watch/n7oGZuQNetz, http://www.playvid.com/watch/X4PbMy_GAkD,
http://www.playvid.com/watch/gvW7ll_5JvG, http://www.playvid.com/watch/YMNA9bMZbrq, http://www.playvid.com/watch/EEaqEqbT-72,
http://www.playvid.com/watch/0aPsQ_t0Wuz, http://www.playvid.com/watch/zh89x_5He_4, http://www.playvid.com/watch/frt3gA6NRxV,
http://www.playvid.com/watch/CQDifYcIZwf, http://www.playvid.com/watch/x9Qt_Q-V8O3, http://www.playvid.com/watch/o06rj1tz8fT,
http://www.playvid.com/watch/7AJ28gcxCmz, http://www.playvid.com/watch/kjZIPhBBoqE, http://www.playvid.com/watch/6GhCBtTh2mA,
http://www.playvid.com/watch/4JGJeG1nsYX, http://www.playvid.com/watch/BI164FCFFBp, http://www.playvid.com/watch/AbMx-CI5-Cb,
http://www.playvid.com/watch/dyc_MTu7-ll, http://www.playvid.com/watch/iYiDNtDfhZm, http://www.playvid.com/watch/h7hSKT1f4rX,
http://www.playvid.com/watch/LGyQOk3tnYA, http://www.playvid.com/watch/L2Db1d4OtHN, http://www.playvid.com/watch/UuxfoiFaP9S,
http://www.playvid.com/watch/ahYCwc84bdV, http://www.playvid.com/watch/LtLMe95JkRd, http://www.playvid.com/watch/dxAW8aYzeZu,
http://www.playvid.com/watch/rDDxQ2jI5_u, http://www.playvid.com/watch/fUAqd_bv-gw, http://www.playvid.com/watch/AIMaiRqzWDY,
http://www.playvid.com/watch/pIypsSEKCmK, http://www.playvid.com/watch/UBT-VFKz5xi, http://www.playvid.com/watch/EAm9dYPL0MK,
http://www.playvid.com/watch/wZeNU8zSp-W, http://www.playvid.com/watch/JaNpQ5N3JOL, http://www.playvid.com/watch/y5sM_Rh7lgG,
http://www.playvid.com/watch/2t22XVZFTqL, http://www.playvid.com/watch/syksF6S2cgl, http://www.playvid.com/watch/JB06HpW3GxL,
http://www.playvid.com/watch/fuU0tT2RxNz, http://www.playvid.com/watch/F1Hw1Bh6UBu, http://www.playvid.com/watch/tisfMpC2BxB,
http://www.playvid.com/watch/nHngsu1EZsL, http://www.playvid.com/watch/09qNXNA2WEo, http://www.playvid.com/watch/T4-MfiowaeV,
http://www.playvid.com/watch/B2ajwOm9y66, http://www.playvid.com/watch/n-hFa8Q-4hg, http://www.playvid.com/watch/8dfH9e2OBND,
http://www.playvid.com/watch/OcAR9PVQdve, http://www.playvid.com/watch/Rdb7s1YPf6k, http://www.playvid.com/watch/OsinOEGmgfa,
http://www.playvid.com/watch/9JM3PQ6LG_N, http://www.playvid.com/watch/akpYY5oJ1vN, http://www.playvid.com/watch/ZTdI_fqehYo,
http://www.playvid.com/watch/LdfXjQIK7Yi, http://www.playvid.com/watch/Jk0F6vcK3Lz, http://www.playvid.com/watch/2unCOAbW71X,
http://www.playvid.com/watch/C8d6laVQ4yt, http://www.playvid.com/watch/5MLLl7SIYhB, http://www.playvid.com/watch/F8Kq0QL8Nl0,
http://www.playvid.com/watch/Ts3RH3E8gYl, http://www.playvid.com/watch/hJ5PEayEsuR, http://www.playvid.com/watch/7lP4nOh2qVJ,
http://www.playvid.com/watch/DH7GWY0IFAr, http://www.playvid.com/watch/MH2kGiTp01t, http://www.playvid.com/watch/BiDowW9T6sl,
http://www.playvid.com/watch/4Xf4P5VDbjl, http://www.playvid.com/watch/GIshy9lJOTZ, http://www.playvid.com/watch/PaSRThINTOo,
http://www.playvid.com/watch/zJBUg8ge8Ax, http://www.playvid.com/watch/CFFTtvcI-ct, http://www.playvid.com/watch/rlda93XOuVD,
http://www.playvid.com/watch/iWI9sf24dJt, http://www.playvid.com/watch/UklXyGti07S, http://www.playvid.com/watch/IE7jEDI4-lK,
http://www.playvid.com/watch/wKkDwwIzr9S, http://www.playvid.com/watch/us2nGRtYlED, http://www.playvid.com/watch/L9qlq8sBg4o,
http://www.playvid.com/watch/dinaa_OvUiG, http://www.playvid.com/watch/zwUACrkPXw7, http://www.playvid.com/watch/j7cNjrCijvr,
http://www.playvid.com/watch/Ya4tM6dukvd, http://www.playvid.com/watch/XX-17za_AEw, http://www.playvid.com/watch/ucMxszq1Fp7,
http://www.playvid.com/watch/v-t8xxpO8v3, http://www.playvid.com/watch/nXIe9rLz4_5, http://www.playvid.com/watch/8HcXaszh3e2,
http://www.playvid.com/watch/5BZeu3Jbx8J, http://www.playvid.com/watch/LK6NY7IuOOT, http://www.playvid.com/watch/N_J1neFjHFY,
http://www.playvid.com/watch/abEsKilaU6g, http://www.playvid.com/watch/G8x-KiesEAf, http://www.playvid.com/watch/RmN4Mb_E8kf,
http://www.playvid.com/watch/wReX7Ch-j-F, http://www.playvid.com/watch/LNFiLLszwze, http://www.playvid.com/watch/xSYyiro2Q2y,
http://www.playvid.com/watch/X_p2sEA4x8I, http://www.playvid.com/watch/3lX544hEk98, http://www.playvid.com/watch/o1m-brhUmEb,
http://www.playvid.com/watch/XNhyWlQpMWB, http://www.playvid.com/watch/gQItqoRQL7v, http://www.playvid.com/watch/YNVpsifMvf2,
http://www.playvid.com/watch/xrUv1hyZNbc, http://www.playvid.com/watch/g_5YoGIQLcG, http://www.playvid.com/watch/66X2ZP9sZ7q,
http://www.playvid.com/watch/IGB3gAURHfa, http://www.playvid.com/watch/OhRXe8Q5uf9, http://www.playvid.com/watch/d1tIU8_Fx5s,
http://www.playvid.com/watch/ivikXUkTL1l, http://www.playvid.com/watch/CuuF3pioJPp, http://www.playvid.com/watch/DXWaBCdLFVA,
http://www.playvid.com/watch/AMPPviAQGPm, http://www.playvid.com/watch/HkzQKhvgnwo, http://www.playvid.com/watch/D0iD-0dPvZG,
http://www.playvid.com/watch/QzsjigYWeHo, http://www.playvid.com/watch/RLJG81dmaJw, http://www.playvid.com/watch/AT0GNuCs1Uv,
http://www.playvid.com/watch/9L2gtn0XHDc, http://www.playvid.com/watch/CmSEhhUYTsx, http://www.playvid.com/watch/vTVq6Q9HiF7,
http://www.playvid.com/watch/xsojfodmYN5, http://www.playvid.com/watch/xTSH8wlS1TR, http://www.playvid.com/watch/Rxr-jMhBmsY,
http://www.playvid.com/watch/7Flvieu8x9e, http://www.playvid.com/watch/ZGBzLzu5L_j, http://www.playvid.com/watch/qsBmsMigw-v,
http://www.playvid.com/watch/iK8O68UI5C4, http://www.playvid.com/watch/2Yypob7VQ7S, http://www.playvid.com/watch/AzAFBFaHIGl,
http://www.playvid.com/watch/20q5-a71H0T, http://www.playvid.com/watch/4f0Dn6tOwzh, http://www.playvid.com/watch/CMn7heHyWWA,
http://www.playvid.com/watch/9tAMo1jVN6a, http://www.playvid.com/watch/U1G6CMH8wTY, http://www.playvid.com/watch/OQmhrxLcfpV,

http://www.playvid.com/watch/SAseL-6sTo3, http://www.playvid.com/watch/Vw5ZsPEny4I, http://www.playvid.com/watch/O-V3W1q7Zl0,
http://www.playvid.com/watch/No-06zDYif7, http://www.playvid.com/watch/AmdF5h1le4H, http://www.playvid.com/watch/sISGbX6pRsx,
http://www.playvid.com/watch/p2C5ftauZga, http://www.playvid.com/watch/Mh2dmjXQAhb, http://www.playvid.com/watch/ZrQelQnVLTI,
http://www.playvid.com/watch/pdtnIEQWzF5, http://www.playvid.com/watch/7_vkgNHRPN5, http://www.playvid.com/watch/WBUA8r7ft9T,
http://www.playvid.com/watch/0hDp-cNjoyJ, http://www.playvid.com/watch/LTPntVqgK7M, http://www.playvid.com/watch/O_jopKQmJUx,
http://www.playvid.com/watch/W0QNeLBpDQB, http://www.playvid.com/watch/rqb32dXZQel, http://www.playvid.com/watch/gzrih5Kk3yt,
http://www.playvid.com/watch/EycA9BQgpf4, http://www.playvid.com/watch/A0507skv83f, http://www.playvid.com/watch/REkN0xWFNMe,
http://www.playvid.com/watch/IfU-teINY-F, http://www.playvid.com/watch/SZTrOirvD5O, http://www.playvid.com/watch/B9j1T5rW5VB,
http://www.playvid.com/watch/FI6nxy6hiPq, http://www.playvid.com/watch/mcrSpIscaEs, http://www.playvid.com/watch/kVRRZk3QFZM,
http://www.playvid.com/watch/qpv-BA__iZm, http://www.playvid.com/watch/8eA6Y90p34q, http://www.playvid.com/watch/fa_ZtQQ-Hra,
http://www.playvid.com/watch/eyKpPsTeyi3, http://www.playvid.com/watch/tOMbFJeWVHd, http://www.playvid.com/watch/BogrkyCGvuK,
http://www.playvid.com/watch/VRMI3mq0W3r, http://www.playvid.com/watch/dLcbgBwm4hW, http://www.playvid.com/watch/fqWpzu3Tux9,
http://www.playvid.com/watch/mWtxyhUiMwS, http://www.playvid.com/watch/Ckm990c4s8w, http://www.playvid.com/watch/Qd896rwmE1Y,
http://www.playvid.com/watch/JYhYgZRblFz, http://www.playvid.com/watch/qLGVcv0l2YB, http://www.playvid.com/watch/RZJyZeP0w-C,
http://www.playvid.com/watch/F6aQZJYH7L4, http://www.playvid.com/watch/k3qqgZVD_Ng, http://www.playvid.com/watch/yqPa3kwqz-o,
http://www.playvid.com/watch/bUxhDHwWHAX, http://www.playvid.com/watch/Ivllj3dpFwj, http://www.playvid.com/watch/wTEMKqx4ky9,
http://www.playvid.com/watch/gDoGBPhWN-D, http://www.playvid.com/watch/IA5750iOIDH, http://www.playvid.com/watch/QTLJkBgsBNi,
http://www.playvid.com/watch/E2ZTQxyZaBc, http://www.playvid.com/watch/N3cD8SrtRUL, http://www.playvid.com/watch/5nzVyjOlBxx,
http://www.playvid.com/watch/mSXu83okWEX, http://www.playvid.com/watch/t3r5Tb_f2VZ, http://www.playvid.com/watch/xut5NgOThIq,
http://www.playvid.com/watch/MwYM-60m84Y, http://www.playvid.com/watch/9DiQnIjiWrY, http://www.playvid.com/watch/GK1QSE7z9tP,
http://www.playvid.com/watch/WxDKfW9xPz7, http://www.playvid.com/watch/Fc2J0WYFclQ, http://www.playvid.com/watch/P3e82Cx3Ach,
http://www.playvid.com/watch/bgLKSVniLLj, http://www.playvid.com/watch/gBJWNgEamBL, http://www.playvid.com/watch/dsrzF7tb4TY,
http://www.playvid.com/watch/WrfBU-0WVnv, http://www.playvid.com/watch/rdYK599vbsq, http://www.playvid.com/watch/wxF77tweA6i,
http://www.playvid.com/watch/yCFsJsQHaOm, http://www.playvid.com/watch/lwQLu3nsG1L, http://www.playvid.com/watch/BD_xEG4OjWW,
http://www.playvid.com/watch/wNnXLXfxRq6, http://www.playvid.com/watch/npcneY8rijJ, http://www.playvid.com/watch/VD4xNcKJhcl,
http://www.playvid.com/watch/4_9X1IytndS, http://www.playvid.com/watch/iAvN55cBTQK, http://www.playvid.com/watch/L__iLcgP0UA,
http://www.playvid.com/watch/yyGWKmas4-t, http://www.playvid.com/watch/eWYVUzjyk79, http://www.playvid.com/watch/fi3A8EfQTnu,
http://www.playvid.com/watch/uoCm2yDMNR2, http://www.playvid.com/watch/02tp82o2oJw, http://www.playvid.com/watch/l5Py3D1_UOs,
http://www.playvid.com/watch/wfsvK87n71l, http://www.playvid.com/watch/AZH569lHqke, http://www.playvid.com/watch/T1I1iA12tSK,
http://www.playvid.com/watch/7rqHvaq2dQj, http://www.playvid.com/watch/et97a0g38uI, http://www.playvid.com/watch/Q9SEcNNd3Pn,
http://www.playvid.com/watch/KvSwIaPdPC6, http://www.playvid.com/watch/oUTluN9iqeb, http://www.playvid.com/watch/cdUY_j2_UGr,
http://www.playvid.com/watch/Fyar0Nt9xKA, http://www.playvid.com/watch/YtFk4Qx-kmE, http://www.playvid.com/watch/Wf3zTIqxLFg,
http://www.playvid.com/watch/qgs70Fr5P-q, http://www.playvid.com/watch/Zycffg2EiHt, http://www.playvid.com/watch/JStbE3vyejX,
http://www.playvid.com/watch/j2xwVBRGm-s, http://www.playvid.com/watch/gRSdMITz7qj, http://www.playvid.com/watch/fZFLv_5N4hZ,
http://www.playvid.com/watch/BICoe5rxYCF, http://www.playvid.com/watch/lQ11Ph3E9qT, http://www.playvid.com/watch/mr6VHECbiSl,
http://www.playvid.com/watch/QpnDqsxhojP, http://www.playvid.com/watch/qk5fprAxyMb, http://www.playvid.com/watch/MNzK8BojL-a,
http://www.playvid.com/watch/CPaGcIKDYJO, http://www.playvid.com/watch/cDlf4OG-b9S, http://www.playvid.com/watch/AOUoUczqCOI,
http://www.playvid.com/watch/QU6k4OqrDQj, http://www.playvid.com/watch/8YrNsdDeLJq, http://www.playvid.com/watch/mNIx7SpeI3p,
http://www.playvid.com/watch/XnjBs4R_dhJ, http://www.playvid.com/watch/QX1kHEXEQlM, http://www.playvid.com/watch/E-J6_VDI34j,
http://www.playvid.com/watch/oavmO3_40QD, http://www.playvid.com/watch/b9iv-KxVonf, http://www.playvid.com/watch/v8pn9t1hZ62,
http://www.playvid.com/watch/UfN-BRaDY1A, http://www.playvid.com/watch/7vejEDC3clK, http://www.playvid.com/watch/5B9pjTh6F0P,
http://www.playvid.com/watch/c27QuXBp_-S, http://www.playvid.com/watch/BKNbF3_zaHx, http://www.playvid.com/watch/d3XvOVbTLvS,
http://www.playvid.com/watch/wI7kZMb-aH4, http://www.playvid.com/watch/eUPQbjs1b1E, http://www.playvid.com/watch/F2LqtPMvyvL,
http://www.playvid.com/watch/HnwmKEFhiSw, http://www.playvid.com/watch/GOC81hRBlHW, http://www.playvid.com/watch/zprsb8iFjad,
http://www.playvid.com/watch/b5Y0u14FUKb, http://www.playvid.com/watch/613mZdd5bMk, http://www.playvid.com/watch/j8Yoiw6R25k,
http://www.playvid.com/watch/voLxjxTbMZJ, http://www.playvid.com/watch/HXtXiZWL_WX, http://www.playvid.com/watch/cEhA2TC4WcR,
http://www.playvid.com/watch/XhNY_ijGzPU, http://www.playvid.com/watch/5Q1B2Dq4anO, http://www.playvid.com/watch/lnq6xpZ_t6S,
http://www.playvid.com/watch/X4nkDHBcN1d, http://www.playvid.com/watch/RD950kYfIMP, http://www.playvid.com/watch/RRItpZd9Ohy,
http://www.playvid.com/watch/PLATL3J95cR, http://www.playvid.com/watch/kXzXD6QamJA, http://www.playvid.com/watch/sUvwVZZtBjm,
http://www.playvid.com/watch/FI12rV8iMYW, http://www.playvid.com/watch/lZ7INNu6ZUZ, http://www.playvid.com/watch/TtlJqD1HvdM,
http://www.playvid.com/watch/G1B_jBEk0-7, http://www.playvid.com/watch/VOBTGNO39QG, http://www.playvid.com/watch/BG1TnvmZKQL,
http://www.playvid.com/watch/hdH3bAksPun, http://www.playvid.com/watch/qbSYpcxm9Jw, http://www.playvid.com/watch/f2Jhe0rhprD,
http://www.playvid.com/watch/Wnuw9oM53Ij, http://www.playvid.com/watch/Ryn2Fyz_qqo, http://www.playvid.com/watch/FunbiJ1KPXa,
http://www.playvid.com/watch/NGg8IgshorL
5.f. Date of third notice: 2014-04-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pinokio
5.b. Uploader's email address: raybaylor@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pinokio
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SEH3vQc-hVz, http://www.playvid.com/watch/sfIXhRTwB8K,
http://www.playvid.com/watch/FIC9hcOMmLk, http://www.playvid.com/watch/dHrIXn66yQn, http://www.playvid.com/watch/yvGA0mHGM3Q,
http://www.playvid.com/watch/rT9p7VS-USn, http://www.playvid.com/watch/yQq-9JKmucn, http://www.playvid.com/watch/6hq7tR0M0EM,
http://www.playvid.com/watch/g-KCFvs8HdM, http://www.playvid.com/watch/ILRSFVmdSnW, http://www.playvid.com/watch/CyVGybd7Rbb,
http://www.playvid.com/watch/cd8ervgvaOB, http://www.playvid.com/watch/PgHhs-hzdHi, http://www.playvid.com/watch/DcHZ52IYOpu,
http://www.playvid.com/watch/IsML7J4n0dP, http://www.playvid.com/watch/Uewt0W65Cyi, http://www.playvid.com/watch/MEa5miVAFzN,
http://www.playvid.com/watch/j9Y5WqaReEC
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: piterm
5.b. Uploader's email address: pem2012@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/piterm
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fHbzFPfMjW6, http://www.playvid.com/watch/dF-9-UXdY5d,
http://www.playvid.com/watch/YX8AJnVW3GJ, http://www.playvid.com/watch/x57CHQuj-Tl, http://www.playvid.com/watch/vfD3bgew6mo,
http://www.playvid.com/watch/lsj0ZwBoEsQ, http://www.playvid.com/watch/ihZ224JTkmf, http://www.playvid.com/watch/Lyr8IqurJzg,
http://www.playvid.com/watch/rQ9La6xmUD3, http://www.playvid.com/watch/SVPYZUU799W, http://www.playvid.com/watch/BVP4qo4Rust,
http://www.playvid.com/watch/iHtETIij7Uf, http://www.playvid.com/watch/rifwc7U-Uv6, http://www.playvid.com/watch/AKSinR-rQe0,
http://www.playvid.com/watch/oZYuZoqSNkm, http://www.playvid.com/watch/n4PUz7lxs3N, http://www.playvid.com/watch/4fr82nK5OBH,
http://www.playvid.com/watch/TWd5MrwTnNa, http://www.playvid.com/watch/rzKZ2Un5zrb, http://www.playvid.com/watch/Vkx5Se9v2zm,
http://www.playvid.com/watch/MimMiJyIeLe, http://www.playvid.com/watch/tEWjWGLA82f, http://www.playvid.com/watch/ixC5k8zaPr6,
http://www.playvid.com/watch/Vq6VpESFf5H, http://www.playvid.com/watch/JmpdLUJkK32, http://www.playvid.com/watch/JnSKdDn0ZKe,
http://www.playvid.com/watch/IHbA5umxJPO, http://www.playvid.com/watch/yJQoGs9Q3s9, http://www.playvid.com/watch/hNlxBfM4Bu4,
http://www.playvid.com/watch/DR3NoQO0RdX, http://www.playvid.com/watch/DyeMTpgh-VK, http://www.playvid.com/watch/z0p03CQZmMq,
http://www.playvid.com/watch/6g75dnl42ef, http://www.playvid.com/watch/APf-VGy4fVE, http://www.playvid.com/watch/jVFYVvRJFAM,
http://www.playvid.com/watch/523z9OcZnf8, http://www.playvid.com/watch/rFreVcGbWtf, http://www.playvid.com/watch/EmRTP3d0jRD,
http://www.playvid.com/watch/BFM0R6LSDo8, http://www.playvid.com/watch/gK0e57fBc2K, http://www.playvid.com/watch/XkPbqzixzBi,
http://www.playvid.com/watch/krz9DBpsw7S, http://www.playvid.com/watch/sEXLrI-67UZ, http://www.playvid.com/watch/lC75lUJBpkN,
http://www.playvid.com/watch/IpAwwQT7wVT, http://www.playvid.com/watch/aoSiP9y56bU, http://www.playvid.com/watch/2YkQwGA0I2P,
http://www.playvid.com/watch/8uqCl5uibYw, http://www.playvid.com/watch/uJYdAgJbuTP, http://www.playvid.com/watch/X9fNVFKwJIQ,
http://www.playvid.com/watch/cBNRyePwETf, http://www.playvid.com/watch/dhB5EUKsxpe, http://www.playvid.com/watch/CsiVIn-jdnS,
http://www.playvid.com/watch/lcTjMMvgKvx, http://www.playvid.com/watch/Ua9J0ymoUiL, http://www.playvid.com/watch/6qTwz9gnxZD,
http://www.playvid.com/watch/QY-NGvHWBFn, http://www.playvid.com/watch/I44OrzGJF8R, http://www.playvid.com/watch/4iwzE0d8uP6,
http://www.playvid.com/watch/n80hMofGSqT, http://www.playvid.com/watch/S3S0nEiL5OZ, http://www.playvid.com/watch/Kd2rGmL50Uo,
http://www.playvid.com/watch/vPGkpKRqSmC, http://www.playvid.com/watch/IJDC3uLLbwB, http://www.playvid.com/watch/3N9UFPSAumB,
http://www.playvid.com/watch/EXZSbhM22nM, http://www.playvid.com/watch/LztXjoFXXv2, http://www.playvid.com/watch/7AnWTyOrIkx,

http://www.playvid.com/watch/D6Sv26YrQVt, http://www.playvid.com/watch/rbM29Q2e9BC, http://www.playvid.com/watch/Pgk3tfeTqeb,
http://www.playvid.com/watch/VIDUZOdrcSH, http://www.playvid.com/watch/kLEoDLj6D4Z, http://www.playvid.com/watch/xwcRbOQZC3Z,
http://www.playvid.com/watch/Enug2h2wrPc, http://www.playvid.com/watch/XYbaL-seLYW, http://www.playvid.com/watch/grNnjlV-eqS,
http://www.playvid.com/watch/R-rFoglcETm, http://www.playvid.com/watch/nqaxGP6vBKR, http://www.playvid.com/watch/UxUj4hGnaXX,
http://www.playvid.com/watch/7XeiXbypluT, http://www.playvid.com/watch/Wdof0thSGF7, http://www.playvid.com/watch/0ksc6nGdbUL,
http://www.playvid.com/watch/6cqCwO5Cu7x, http://www.playvid.com/watch/buSwhKgOWIu, http://www.playvid.com/watch/a-Oo-v6UIQx,
http://www.playvid.com/watch/GHBtsvBRjJ2, http://www.playvid.com/watch/Vkd7PgQKnjL, http://www.playvid.com/watch/GfFgkLqCW55,
http://www.playvid.com/watch/tMYHXaxCW7H, http://www.playvid.com/watch/M9IgBTpp4sY, http://www.playvid.com/watch/7i-GhtApKQg,
http://www.playvid.com/watch/hg9sjvZPQ73, http://www.playvid.com/watch/jr5UgwEsI45, http://www.playvid.com/watch/KKqsekgen4d,
http://www.playvid.com/watch/z7qgPD5DSfE, http://www.playvid.com/watch/HZJSoYxxLlM, http://www.playvid.com/watch/LACIsyFBEXm,
http://www.playvid.com/watch/bAbUkAN480D, http://www.playvid.com/watch/8IlAPjOVx5m, http://www.playvid.com/watch/L7LI2pCatwp,
http://www.playvid.com/watch/cCGVzqmKZ66, http://www.playvid.com/watch/Azn-UK7OPRk, http://www.playvid.com/watch/Y3odGMsTdQN,
http://www.playvid.com/watch/6-WokrHbL-o, http://www.playvid.com/watch/TaWGk88VNKQ, http://www.playvid.com/watch/rZulBrw3dkJ,
http://www.playvid.com/watch/SCToRMOy8Ip, http://www.playvid.com/watch/ee64jpk0fIz, http://www.playvid.com/watch/77f86cEn4qs,
http://www.playvid.com/watch/pztIV8Sw9pd, http://www.playvid.com/watch/47T4jOf-SXW, http://www.playvid.com/watch/c4UQTa6JiNU,
http://www.playvid.com/watch/lEebzlYKCzt, http://www.playvid.com/watch/RYmayv5uFlV, http://www.playvid.com/watch/p5kBz9S8Kp9,
http://www.playvid.com/watch/zUZmlKrqHIo, http://www.playvid.com/watch/L2ZJAKZkYcI, http://www.playvid.com/watch/lDi9thnkRfg,
http://www.playvid.com/watch/GiEx5JNPVi8, http://www.playvid.com/watch/otnPUTNcRR-, http://www.playvid.com/watch/XGfTM2T9pvL,
http://www.playvid.com/watch/oghbAHpw9cy, http://www.playvid.com/watch/YF-mEFZ7tGD, http://www.playvid.com/watch/KtECkdhOI37,
http://www.playvid.com/watch/Ty8hL3cXKwB, http://www.playvid.com/watch/b6bgOxWQ0l8, http://www.playvid.com/watch/ISgXBzTkpr6,
http://www.playvid.com/watch/PIz98FVZTHF, http://www.playvid.com/watch/CkJZ588VAz3, http://www.playvid.com/watch/nqruYHirdSG,
http://www.playvid.com/watch/jBEs4cWuKpa, http://www.playvid.com/watch/pw9z4raph6H, http://www.playvid.com/watch/vKu3aQcQ0Rv,
http://www.playvid.com/watch/7KtULl4o4IL, http://www.playvid.com/watch/hIZXlqK62vK, http://www.playvid.com/watch/FuP3tVVzQdF,
http://www.playvid.com/watch/2ZCaoWiosHM, http://www.playvid.com/watch/bRDnb0FcpG5, http://www.playvid.com/watch/VRELW497ap7,
http://www.playvid.com/watch/iMfJPFl6Pkp, http://www.playvid.com/watch/bCCvob8gvo-, http://www.playvid.com/watch/oN8YpPElOfF,
http://www.playvid.com/watch/PP7wwESglGp, http://www.playvid.com/watch/xaYdfQzxGqR, http://www.playvid.com/watch/bSQyMZv2M-p,
http://www.playvid.com/watch/078fk3ZPO6q, http://www.playvid.com/watch/lmci7Phkaz0, http://www.playvid.com/watch/tVqeKij8Jco,
http://www.playvid.com/watch/PujHxgOFGIk, http://www.playvid.com/watch/A2YstkK79fV, http://www.playvid.com/watch/cxdlmhUk99b,
http://www.playvid.com/watch/NO3zcZhXMlN, http://www.playvid.com/watch/nYsWx7kYqcz, http://www.playvid.com/watch/aQ5gXMJpT-N,
http://www.playvid.com/watch/xVQE4GjUYw4, http://www.playvid.com/watch/-R07iFxPrZw, http://www.playvid.com/watch/EswZNNBUHbs,
http://www.playvid.com/watch/NaiEReZ-er2, http://www.playvid.com/watch/goEEPTa-Wyw, http://www.playvid.com/watch/ayxqXHoInLC,
http://www.playvid.com/watch/lSMzAlVHwJZ, http://www.playvid.com/watch/ol-PxZQRWYm, http://www.playvid.com/watch/odPprT-6-wy,
http://www.playvid.com/watch/ldPC7bRdfKl, http://www.playvid.com/watch/GqMhA7nUcdC, http://www.playvid.com/watch/9IE6qphPTOU,
http://www.playvid.com/watch/wHTR3wfeuE-, http://www.playvid.com/watch/nOmK-smoKaL, http://www.playvid.com/watch/tpD8NlmOGM8,
http://www.playvid.com/watch/vaa0Ikyh2Sv, http://www.playvid.com/watch/C8UuclBES9l, http://www.playvid.com/watch/oupdBORRSBZ,
http://www.playvid.com/watch/raXQg7XLboY, http://www.playvid.com/watch/gfRVYH3HFVB, http://www.playvid.com/watch/-yOxmC-tqUg,
http://www.playvid.com/watch/B60S9TRMVp4, http://www.playvid.com/watch/wAexX7JMfPG, http://www.playvid.com/watch/MtVqAGmI-7U,
http://www.playvid.com/watch/eVFqCWgtzgT, http://www.playvid.com/watch/GPBiXoUImfw, http://www.playvid.com/watch/QLDyVfysWhl,
http://www.playvid.com/watch/veDfudJY9aS, http://www.playvid.com/watch/9a0yrZksoEV, http://www.playvid.com/watch/mEQktyO620r,
http://www.playvid.com/watch/7JtMgwd3jl6, http://www.playvid.com/watch/mp8zx9yNYj9, http://www.playvid.com/watch/uLELFnnihIy,
http://www.playvid.com/watch/ezVAa8mdqrC, http://www.playvid.com/watch/8POM6hl3udC, http://www.playvid.com/watch/jN76Mc5Cw4K,
http://www.playvid.com/watch/YzVMEQwKzwu, http://www.playvid.com/watch/y8oMSwOdBcx, http://www.playvid.com/watch/GTP7aP-A2iO,
http://www.playvid.com/watch/miaxLbbx4eW, http://www.playvid.com/watch/I5FLwWV3cnl, http://www.playvid.com/watch/simQmQiUzwZ,
http://www.playvid.com/watch/jCKKnCVuWjr, http://www.playvid.com/watch/ncYgRWcXoA6, http://www.playvid.com/watch/YLxJIMZAmSz,
http://www.playvid.com/watch/ncxdSlbimIQ, http://www.playvid.com/watch/XWHuZEqliWs, http://www.playvid.com/watch/nGnGWhTjMSf,
http://www.playvid.com/watch/FpGWcIbfYPO, http://www.playvid.com/watch/FizPSPj8zqG, http://www.playvid.com/watch/Re4Txl0cJEW,
http://www.playvid.com/watch/Ni57F0NkbXA, http://www.playvid.com/watch/jyBOGyVoJeI, http://www.playvid.com/watch/E-iF2hphQTz,
http://www.playvid.com/watch/vuKyBAY-KC8, http://www.playvid.com/watch/GBUxdbIw9WK, http://www.playvid.com/watch/HqUji4AcemL,
http://www.playvid.com/watch/5jkxxWSfuFm, http://www.playvid.com/watch/C7fHXOfWR8S, http://www.playvid.com/watch/qIebWcyGQqW,
http://www.playvid.com/watch/JglLncMENFt, http://www.playvid.com/watch/sUMp-TJfKJx, http://www.playvid.com/watch/AF6R5ZSS7yN,
http://www.playvid.com/watch/F8cDhtqlyDj, http://www.playvid.com/watch/IvfBDoWeOcs, http://www.playvid.com/watch/0mRniRiaPUV,
http://www.playvid.com/watch/tk87JbODo9I, http://www.playvid.com/watch/of6DGtr5-y9, http://www.playvid.com/watch/nI04WqlsBoN,
http://www.playvid.com/watch/hSxvDu0iAb7, http://www.playvid.com/watch/D4pG9LXnJrV, http://www.playvid.com/watch/yzpfLV4fg4S,
http://www.playvid.com/watch/38clBH-pagj, http://www.playvid.com/watch/yzDBbKRZvmz, http://www.playvid.com/watch/xi7RD-xzpWJ,
http://www.playvid.com/watch/xPy-ccjjBqo, http://www.playvid.com/watch/Q5GwYs8vU4Y, http://www.playvid.com/watch/OT-DMGxfqtN,
http://www.playvid.com/watch/pRP0tJXMA4o, http://www.playvid.com/watch/OzjxTbJ9aEI, http://www.playvid.com/watch/CAGONqFQk3w,
http://www.playvid.com/watch/BBwIMvj6Jx4, http://www.playvid.com/watch/0MJVD-sdjPl, http://www.playvid.com/watch/ZOSbQMoTpat,
http://www.playvid.com/watch/Q5Cse2JGDSl, http://www.playvid.com/watch/Qm0SYDKDRZY, http://www.playvid.com/watch/Sn9DQfOBZjN,
http://www.playvid.com/watch/-Dy09QN90U3, http://www.playvid.com/watch/bJAVIyhxwVr, http://www.playvid.com/watch/HGW48OfNOjj,
http://www.playvid.com/watch/QzauFsP4lbP, http://www.playvid.com/watch/bHYt3fF3knz, http://www.playvid.com/watch/yn24eglwM90,
http://www.playvid.com/watch/CEBWsoRyekV, http://www.playvid.com/watch/7fDe7dwi0YN, http://www.playvid.com/watch/KhK5iHIr-ad,
http://www.playvid.com/watch/Aw3Z5gSz7mJ, http://www.playvid.com/watch/JHkZdqh5O0X, http://www.playvid.com/watch/X2elJGgyaCI,
http://www.playvid.com/watch/yaL2mIKC9f4, http://www.playvid.com/watch/YS9Goy30bva, http://www.playvid.com/watch/5bfpLuO8zQO,
http://www.playvid.com/watch/2E35BjLexa4, http://www.playvid.com/watch/xd8RVOnLOdJ, http://www.playvid.com/watch/jPugypStmP2,
http://www.playvid.com/watch/QE2zHnZR5S2, http://www.playvid.com/watch/yVH4KeWYDAH, http://www.playvid.com/watch/S4-OJI-qxna,
http://www.playvid.com/watch/W-IdXgGg-fr, http://www.playvid.com/watch/zNQl-tdobxt, http://www.playvid.com/watch/ZBAGfe9uLNy,
http://www.playvid.com/watch/7NnnblFd6Qo, http://www.playvid.com/watch/088zKokMrgH, http://www.playvid.com/watch/5igWx-zZn7t,
http://www.playvid.com/watch/Fv3vCrOvj6m, http://www.playvid.com/watch/FfbQvaNfDq7, http://www.playvid.com/watch/usmbQsI3daT,
http://www.playvid.com/watch/Y3b5c86sTgy, http://www.playvid.com/watch/xZJigaRNsWk, http://www.playvid.com/watch/IWGsN-o0B5q,
http://www.playvid.com/watch/dYRFP79Bwbl, http://www.playvid.com/watch/vGGYUaV0nZO, http://www.playvid.com/watch/QHgQImQIOSR,
http://www.playvid.com/watch/YiV9nnKkKvs, http://www.playvid.com/watch/yxfGw0fpPPQ, http://www.playvid.com/watch/ieyxfASuaJG,
http://www.playvid.com/watch/w9xvQUncd52, http://www.playvid.com/watch/DyfaNueoGag, http://www.playvid.com/watch/7PVDfz4mon2,
http://www.playvid.com/watch/VjE8FrpE7Ta, http://www.playvid.com/watch/0zxKXuDqh-s, http://www.playvid.com/watch/O-UOO3QmkNK,
http://www.playvid.com/watch/K3LKZJOsBFP, http://www.playvid.com/watch/XN0M9DDRhgv, http://www.playvid.com/watch/pgd8N0AYhl2,
http://www.playvid.com/watch/BVH7X-W-Kqf, http://www.playvid.com/watch/Z-gbsNomHT4, http://www.playvid.com/watch/wfE06KH0vRn,
http://www.playvid.com/watch/iyYij6ZqHw5, http://www.playvid.com/watch/dPQQMUIzCO9, http://www.playvid.com/watch/3pR9FbYxwNL,
http://www.playvid.com/watch/co8mD5Wn6cU, http://www.playvid.com/watch/QTCiDvONrQ-, http://www.playvid.com/watch/TyQBliUuble,
http://www.playvid.com/watch/-tT2TrzLkK0, http://www.playvid.com/watch/-IfKSOIjctr, http://www.playvid.com/watch/pcVMsIkd52c,
http://www.playvid.com/watch/OHDlyYdyg6G, http://www.playvid.com/watch/m7dLezLmfYI, http://www.playvid.com/watch/BzYbg7WIEM2,
http://www.playvid.com/watch/3DO2H33-Pxy, http://www.playvid.com/watch/PenWJCnuivz, http://www.playvid.com/watch/pTS87dGbMn6,
http://www.playvid.com/watch/AxMnN9DhhkN, http://www.playvid.com/watch/FnSZHDjVtWp, http://www.playvid.com/watch/2GkzXU9P0Ep,
http://www.playvid.com/watch/IqqYUbsU3bv, http://www.playvid.com/watch/qaf-leJdUP0, http://www.playvid.com/watch/JC0ymx9FKNO,
http://www.playvid.com/watch/JXbLJJ2sjiu, http://www.playvid.com/watch/vvvtaPALStz, http://www.playvid.com/watch/qIFdwcy7JWw,
http://www.playvid.com/watch/JKtMJaeymt7, http://www.playvid.com/watch/wm30pdUTNN3, http://www.playvid.com/watch/AKS8UM3B8ev,
http://www.playvid.com/watch/fKRAIdTu6yn, http://www.playvid.com/watch/7vlGDRIL603, http://www.playvid.com/watch/30oXFjWn5fo,
http://www.playvid.com/watch/I3gRvktaWs8, http://www.playvid.com/watch/-4oInBT6dWb, http://www.playvid.com/watch/5raFhmbJYkF,
http://www.playvid.com/watch/KVgrA3xjDj2, http://www.playvid.com/watch/otURdzTGqnR, http://www.playvid.com/watch/LWKDE62QJ5Y,
http://www.playvid.com/watch/y46xqtJTY42, http://www.playvid.com/watch/jUgFmj3q0Iy, http://www.playvid.com/watch/bDzu-fivimV,
http://www.playvid.com/watch/tkZrqRWoaUl, http://www.playvid.com/watch/pdhqUQubrsT, http://www.playvid.com/watch/RavwSQVvyDK,
http://www.playvid.com/watch/R59OOAOsc46, http://www.playvid.com/watch/mYEUOvTZYOH, http://www.playvid.com/watch/ZSocfmd20ai,
http://www.playvid.com/watch/NMRrrNKGrt0, http://www.playvid.com/watch/p5LNDEn8KNq, http://www.playvid.com/watch/zgaB6R2mUpr,
http://www.playvid.com/watch/985pMB--kpH, http://www.playvid.com/watch/jvM30aDNveA, http://www.playvid.com/watch/cxA7K9ZK7Fi,
http://www.playvid.com/watch/OCJf3CLeiYW, http://www.playvid.com/watch/Ynp8suEpU68, http://www.playvid.com/watch/ItQoNebbVR3,
http://www.playvid.com/watch/HcyUEjmQ-na, http://www.playvid.com/watch/UhGGIbai6wk, http://www.playvid.com/watch/IeEM2sbGzDf,
http://www.playvid.com/watch/dJMwAteyaNv, http://www.playvid.com/watch/7OEXCfB8LNR, http://www.playvid.com/watch/pCmVTJzkZ2j,
http://www.playvid.com/watch/W2QYs8ia-6B, http://www.playvid.com/watch/fyr-imdZNLx, http://www.playvid.com/watch/NiaH7in9ywq,

http://www.playvid.com/watch/OyzOfnVhdy4, http://www.playvid.com/watch/KxJo9UZBHzr, http://www.playvid.com/watch/nZteo4eUkxq,
http://www.playvid.com/watch/E37JkOcNORZ, http://www.playvid.com/watch/97umPKTPvYz, http://www.playvid.com/watch/3Kqg-Tkzbqr,
http://www.playvid.com/watch/N7Jb6XQjTQR, http://www.playvid.com/watch/M8-5-sBE8JB, http://www.playvid.com/watch/cq8y9Mm8tCs,
http://www.playvid.com/watch/IlvR3E6vkNK, http://www.playvid.com/watch/nwMaJvHlw2z, http://www.playvid.com/watch/stwDisDkhki,
http://www.playvid.com/watch/FFbMNP6Y75t, http://www.playvid.com/watch/J4tiLZuOCj6, http://www.playvid.com/watch/xoKVJpVGLNi,
http://www.playvid.com/watch/xL6DvA7uHSv, http://www.playvid.com/watch/leYOqTdOt2n, http://www.playvid.com/watch/0BCfnwbvNnL,
http://www.playvid.com/watch/wzoLuv3OGbJ, http://www.playvid.com/watch/dWDYHuobfCx, http://www.playvid.com/watch/7ShPkAwpdJ2,
http://www.playvid.com/watch/79vW44i39Yi, http://www.playvid.com/watch/XEoW-tltAl-, http://www.playvid.com/watch/7bm6CpQM38x,
http://www.playvid.com/watch/kSQqAC2-5ci, http://www.playvid.com/watch/ia7c4M8pspZ, http://www.playvid.com/watch/3aCgmpbIZdj,
http://www.playvid.com/watch/ijIS9qIysdz, http://www.playvid.com/watch/x2MXo2AJcLi, http://www.playvid.com/watch/iiRetWo-w63,
http://www.playvid.com/watch/OwzOhpHzVvg, http://www.playvid.com/watch/yB-DDd79Rwv, http://www.playvid.com/watch/atetLSC7szq,
http://www.playvid.com/watch/b-IDyEg5S8X, http://www.playvid.com/watch/IHSj9lvgGkH, http://www.playvid.com/watch/FFpml5juQve,
http://www.playvid.com/watch/yTBfAlS9re4, http://www.playvid.com/watch/zxXHzAJsfMx, http://www.playvid.com/watch/MFUzbFJZ2NJ,
http://www.playvid.com/watch/xP4U52Y9URJ, http://www.playvid.com/watch/QzX6a69khY6, http://www.playvid.com/watch/7QMFkmmdUWb,
http://www.playvid.com/watch/xQn5fOzh-0t, http://www.playvid.com/watch/-yn6-QkTbrn, http://www.playvid.com/watch/9WgE0N29saT,
http://www.playvid.com/watch/-XrNUm3ruPJ, http://www.playvid.com/watch/oIpsfJ2XsJa, http://www.playvid.com/watch/wGJxXKT9TPm,
http://www.playvid.com/watch/iNnzyOWS5Bq, http://www.playvid.com/watch/xDaYUenXoeC, http://www.playvid.com/watch/aCOJmYiXcqL,
http://www.playvid.com/watch/IIWl-tKyLoN, http://www.playvid.com/watch/8XZJhAUoPH5, http://www.playvid.com/watch/dR6Lby-3S0o,
http://www.playvid.com/watch/AXspUQxjFrS, http://www.playvid.com/watch/UfSirjl2lgB, http://www.playvid.com/watch/bHtd2jdIKlo,
http://www.playvid.com/watch/kPFlKIR4jVU, http://www.playvid.com/watch/8M3TLsbJDA-, http://www.playvid.com/watch/L7aDQLWRkpi,
http://www.playvid.com/watch/iZfRFg0eUpa, http://www.playvid.com/watch/BVk25deg6Vo, http://www.playvid.com/watch/smY3AAnUyNi,
http://www.playvid.com/watch/9mLynTIkx7c, http://www.playvid.com/watch/oi57zyzdePY, http://www.playvid.com/watch/7d4TMLU-Pbc,
http://www.playvid.com/watch/NWEg5sX2y8R, http://www.playvid.com/watch/cIAbVjn4fYH, http://www.playvid.com/watch/kypCBg5w3ta,
http://www.playvid.com/watch/CiNhwArapIj, http://www.playvid.com/watch/tLeospRhOch, http://www.playvid.com/watch/0WNcMArUJrK,
http://www.playvid.com/watch/ZBTfIFaPK3Y, http://www.playvid.com/watch/vQxh3M9T0iz, http://www.playvid.com/watch/TUuZYftqDrj,
http://www.playvid.com/watch/h4Ec0uVEqeO, http://www.playvid.com/watch/UN833kEYD39, http://www.playvid.com/watch/NbgTQbqcezl,
http://www.playvid.com/watch/6n6tc62Rf7r, http://www.playvid.com/watch/eIma7Jenwm9, http://www.playvid.com/watch/QCHaJE3gTnC,
http://www.playvid.com/watch/0qaG6T5t5-U, http://www.playvid.com/watch/zkCFLCbjYl0, http://www.playvid.com/watch/nt8baPlsAOS,
http://www.playvid.com/watch/MiSOqSX3UsZ, http://www.playvid.com/watch/uFMvJrlJfeP, http://www.playvid.com/watch/dgexmpLqRiQ,
http://www.playvid.com/watch/wXf6jyOczUL, http://www.playvid.com/watch/mmpQaQdwFJF, http://www.playvid.com/watch/AaVGeZzPv8M,
http://www.playvid.com/watch/vL2dLax89Xa, http://www.playvid.com/watch/o-DDJGo8nJL, http://www.playvid.com/watch/ahpSfACRp3c,
http://www.playvid.com/watch/-UNF2IiO9js, http://www.playvid.com/watch/9GKXmQM8qN-, http://www.playvid.com/watch/gvUBk22SsBY,
http://www.playvid.com/watch/RXF8Q06TA06, http://www.playvid.com/watch/8mv0xWt43mL, http://www.playvid.com/watch/JiyfehHdYYS,
http://www.playvid.com/watch/yySymtfQbxG, http://www.playvid.com/watch/oppg2nRrBxf, http://www.playvid.com/watch/TaxGTG39Whe,
http://www.playvid.com/watch/UN4bhjksfFn, http://www.playvid.com/watch/WVILJYOXyXP, http://www.playvid.com/watch/IkMSrNYnYkl,
http://www.playvid.com/watch/Bgh3HFzO6Pz, http://www.playvid.com/watch/qqQG3C4kXZY, http://www.playvid.com/watch/LeN93D2iSTm,
http://www.playvid.com/watch/nG80hgoib8V, http://www.playvid.com/watch/RGkjNuPpvK0, http://www.playvid.com/watch/tZJI3Xy4BIJ,
http://www.playvid.com/watch/OacNPvLXwBG, http://www.playvid.com/watch/IvuIalBGyC3, http://www.playvid.com/watch/rix7NvnnzjF,
http://www.playvid.com/watch/49HDyxR-EFy, http://www.playvid.com/watch/-7Q84njMUTp, http://www.playvid.com/watch/5qGoUBuvXHr,
http://www.playvid.com/watch/yZf8bfBJNZi, http://www.playvid.com/watch/zr8cll0lFjy, http://www.playvid.com/watch/kkkYXFMtBHR,
http://www.playvid.com/watch/rLo4woXIoGN, http://www.playvid.com/watch/TgbbkwYLOzZ, http://www.playvid.com/watch/CbaQlWxWfUI,
http://www.playvid.com/watch/W34FTi-SC4D, http://www.playvid.com/watch/EEVSDMpJa7o, http://www.playvid.com/watch/anaRoQaTZNX,
http://www.playvid.com/watch/nsEiLjQmBVh, http://www.playvid.com/watch/sC6n2uWUueS, http://www.playvid.com/watch/cbonsmc4nLU,
http://www.playvid.com/watch/y3LTf5lbidv, http://www.playvid.com/watch/vLLEbbwrCfP, http://www.playvid.com/watch/Luu0bwG0g5X,
http://www.playvid.com/watch/B3SXStrjFtn, http://www.playvid.com/watch/LLdCQxsb-Ph, http://www.playvid.com/watch/V0XL6UpldLp,
http://www.playvid.com/watch/By4RrGslMYl, http://www.playvid.com/watch/rSKjzoq4vHN, http://www.playvid.com/watch/uJmcPkhuQaB,
http://www.playvid.com/watch/t6jLXzRSky6, http://www.playvid.com/watch/-9k7LkQ7La-, http://www.playvid.com/watch/gP7QR89uDwi,
http://www.playvid.com/watch/Y27TuRRvYBh, http://www.playvid.com/watch/G4r5fRWJ3Ro, http://www.playvid.com/watch/H7BFAfp5Fd9,
http://www.playvid.com/watch/FUmTdHwVE2F, http://www.playvid.com/watch/589PYqCzdJH, http://www.playvid.com/watch/Pu2hiFh9rf8,
http://www.playvid.com/watch/89YWPyDzFgr, http://www.playvid.com/watch/sKjK6Rvf9qn, http://www.playvid.com/watch/9AOxjj3owWL,
http://www.playvid.com/watch/ZKp8PAaKKbT, http://www.playvid.com/watch/vz3RCfUzSIH, http://www.playvid.com/watch/05SFq0n8UxV,
http://www.playvid.com/watch/BnOL8Bii0ea, http://www.playvid.com/watch/xXQBeqgPL6w, http://www.playvid.com/watch/6XexYBKNcVb,
http://www.playvid.com/watch/EGWqT8eh0Yw, http://www.playvid.com/watch/FHCqiYcDYrA, http://www.playvid.com/watch/Ljyk5sL8dzW,
http://www.playvid.com/watch/7se840RZyrP, http://www.playvid.com/watch/kFsblTuZfqi, http://www.playvid.com/watch/HawHWPSAvQX,
http://www.playvid.com/watch/yDlQgI-a9xD, http://www.playvid.com/watch/FeHZ03sU4vY, http://www.playvid.com/watch/I0gpJVtaIH8,
http://www.playvid.com/watch/d0W8EyUrxre, http://www.playvid.com/watch/o8l7MlLxjB3, http://www.playvid.com/watch/Gdhdfk52izp,
http://www.playvid.com/watch/nrlwIOevXze, http://www.playvid.com/watch/mKeCTSOFyGm, http://www.playvid.com/watch/btlSp4ayLOq,
http://www.playvid.com/watch/ghuotPN9uQ2, http://www.playvid.com/watch/LqEeZ-cqk3Y, http://www.playvid.com/watch/6yyasHFZ94h,
http://www.playvid.com/watch/Q7xVHzTt442, http://www.playvid.com/watch/6GzI4bfH6cD, http://www.playvid.com/watch/axuoO2Cw8At,
http://www.playvid.com/watch/Y38tAMAxq9K, http://www.playvid.com/watch/UAgQZFozO3A, http://www.playvid.com/watch/-nfDDk3KHBQ,
http://www.playvid.com/watch/ZpPPw2lz-SG, http://www.playvid.com/watch/ypBATL26eAj, http://www.playvid.com/watch/LUCuFs2xIM7,
http://www.playvid.com/watch/9pzJQBgF-fS, http://www.playvid.com/watch/gxVdYyx879V, http://www.playvid.com/watch/jO5f8sv8DeI,
http://www.playvid.com/watch/E8pVuxTwRfT, http://www.playvid.com/watch/-F-xPcpLt2s, http://www.playvid.com/watch/6EuSWKfxFYn,
http://www.playvid.com/watch/T6WI5IK5xT6, http://www.playvid.com/watch/UpV0gzRMM5j, http://www.playvid.com/watch/fRNOrgV0o5M,
http://www.playvid.com/watch/bOYeNltgIPH, http://www.playvid.com/watch/8Dx2KDVR4d3, http://www.playvid.com/watch/FL8fZhUlO0k,
http://www.playvid.com/watch/9mNOAqGwCSD, http://www.playvid.com/watch/2qy8DSFPk0h, http://www.playvid.com/watch/6jU9tpuPegk,
http://www.playvid.com/watch/Y0Sp4O7cEZr, http://www.playvid.com/watch/H8nqM2Su0Ak, http://www.playvid.com/watch/NQBSbFowW7s,
http://www.playvid.com/watch/xbzTa5S8G87, http://www.playvid.com/watch/iskRU3iJLTa, http://www.playvid.com/watch/dhHlR0gxRuR,
http://www.playvid.com/watch/y2w6Ppxluzm, http://www.playvid.com/watch/NLr2sG-Nd6K, http://www.playvid.com/watch/UHGT27wCQfr,
http://www.playvid.com/watch/IyqdAVcQswa, http://www.playvid.com/watch/ZCP3LziplFx, http://www.playvid.com/watch/DkyyRrmcey5,
http://www.playvid.com/watch/5su-RCPK3Qe, http://www.playvid.com/watch/vpUok9rpVr4, http://www.playvid.com/watch/otJ8q9JGVqc,
http://www.playvid.com/watch/KjoJER7RX55, http://www.playvid.com/watch/OnGevUMpD7J, http://www.playvid.com/watch/J-vVQtqs-VB,
http://www.playvid.com/watch/lGvZndn8IGa, http://www.playvid.com/watch/4oYjUvu25SC, http://www.playvid.com/watch/ivlhYzkJlRB,
http://www.playvid.com/watch/2IMYZjuojVA, http://www.playvid.com/watch/maqJO9gswZa, http://www.playvid.com/watch/2BBpQaMXXMR,
http://www.playvid.com/watch/hd3jIuNBaLp, http://www.playvid.com/watch/EmseaNeI-2U, http://www.playvid.com/watch/4eoIRlqDe4o,
http://www.playvid.com/watch/WUKPewaYdPq, http://www.playvid.com/watch/-2K0Sa3NMYR, http://www.playvid.com/watch/jJErrCVQ8FZ,
http://www.playvid.com/watch/MIS2LRQJSm-, http://www.playvid.com/watch/pGKKvQuuuNf, http://www.playvid.com/watch/y-QpJbwHZpC,
http://www.playvid.com/watch/mzge5ZYW7Ux, http://www.playvid.com/watch/ZJLFt6drEvH, http://www.playvid.com/watch/Wq7DyhfwbQk,
http://www.playvid.com/watch/vTjwMYdszD2, http://www.playvid.com/watch/dGq9FkZGv45, http://www.playvid.com/watch/g0ETNJp23v5,
http://www.playvid.com/watch/BWKXJvHMGph, http://www.playvid.com/watch/4TVmf89cp49, http://www.playvid.com/watch/VJO75EfKlDC,
http://www.playvid.com/watch/JYkqg9L9HTj, http://www.playvid.com/watch/bZNgBnGMmbx, http://www.playvid.com/watch/BPgHIll8Myt,
http://www.playvid.com/watch/Rtp72rpIsjF, http://www.playvid.com/watch/IXiOBkJ4t5F, http://www.playvid.com/watch/nM8MU0NtotT,
http://www.playvid.com/watch/uoCsZuULRwv, http://www.playvid.com/watch/W94bR2t-o9K, http://www.playvid.com/watch/WPaaco4o422,
http://www.playvid.com/watch/-Eyg7XfZFgS, http://www.playvid.com/watch/y5zxIR94aNx, http://www.playvid.com/watch/MyyTH9ib0Fq,
http://www.playvid.com/watch/q-4z9ZrkLDR, http://www.playvid.com/watch/29oyVugAfdt, http://www.playvid.com/watch/B3RUsjlqSuD,
http://www.playvid.com/watch/FFj547ysa9K, http://www.playvid.com/watch/2KHoroeYtJt, http://www.playvid.com/watch/Wvgp--WfdNw,
http://www.playvid.com/watch/7ZSk7eEFQvP, http://www.playvid.com/watch/bKaz88mDoDV, http://www.playvid.com/watch/vr2btzFstQi,
http://www.playvid.com/watch/THlmahG37ca, http://www.playvid.com/watch/V8zcSIKKIwp, http://www.playvid.com/watch/cMopVvv8HRm,
http://www.playvid.com/watch/-5xLvgB08bC, http://www.playvid.com/watch/GUULS0ut8FN, http://www.playvid.com/watch/3X3cluNEXvs,
http://www.playvid.com/watch/3fKRb4G9DgF, http://www.playvid.com/watch/amDTpcBGrF9, http://www.playvid.com/watch/vk3l87qCllc,
http://www.playvid.com/watch/j0Zz7AutTwG, http://www.playvid.com/watch/ZxgSOxvkJ53, http://www.playvid.com/watch/akfMQWq-quq,
http://www.playvid.com/watch/NBEslt8yNWu, http://www.playvid.com/watch/HR8QWlvS7Xg, http://www.playvid.com/watch/4CGncrFjBa6,
http://www.playvid.com/watch/9CRJSAJpRd6, http://www.playvid.com/watch/MegGoQsNKtT, http://www.playvid.com/watch/DGp-lXS5n-2,
http://www.playvid.com/watch/GbgLnnRqjZ-, http://www.playvid.com/watch/CwCe3HvmmjP, http://www.playvid.com/watch/7GzB0wVAyGb,
http://www.playvid.com/watch/vEpKH2rCSzs, http://www.playvid.com/watch/CdSWd09ZQtv, http://www.playvid.com/watch/LqU0-00L8fp,
http://www.playvid.com/watch/UrXNKvf9MYJ, http://www.playvid.com/watch/hlDhYag0Ep0, http://www.playvid.com/watch/4zIarOpad9V,

http://www.playvid.com/watch/KQYpW0d3lJm, http://www.playvid.com/watch/4KzMJT9vXzt, http://www.playvid.com/watch/RXsKSBy7is-,
http://www.playvid.com/watch/xr2TEhygZ2M, http://www.playvid.com/watch/ph47a39yXLm, http://www.playvid.com/watch/exvKWCar5qS,
http://www.playvid.com/watch/pX5prok96e2, http://www.playvid.com/watch/5YbG23e9YxM, http://www.playvid.com/watch/iLGH4QCyyKq,
http://www.playvid.com/watch/2Z33-gWz5ig, http://www.playvid.com/watch/sUTtyAKv7rq, http://www.playvid.com/watch/FUCnic7l-Kv,
http://www.playvid.com/watch/WDyB5roZcID, http://www.playvid.com/watch/TqqDnmL6DAy, http://www.playvid.com/watch/d2EW2LwSByJ,
http://www.playvid.com/watch/8RKATsOvZYP, http://www.playvid.com/watch/FyYpmuysoDr, http://www.playvid.com/watch/Ws-D7ycYAG7,
http://www.playvid.com/watch/jxEsicFQOjk, http://www.playvid.com/watch/bsGiErNaRAl, http://www.playvid.com/watch/tGH-ypfikp5,
http://www.playvid.com/watch/DtkvlSlxnAL, http://www.playvid.com/watch/Tr3VDfsDV5d, http://www.playvid.com/watch/ruWANWQHCys,
http://www.playvid.com/watch/hbIoukiRhZC, http://www.playvid.com/watch/S2caz9qKq-h, http://www.playvid.com/watch/0KcKHM2SzUh,
http://www.playvid.com/watch/agRs9lZZFrl, http://www.playvid.com/watch/odlkTQRcRU4, http://www.playvid.com/watch/4pXY3-2tbQx,
http://www.playvid.com/watch/xxiRsnCfwuR, http://www.playvid.com/watch/WVH6MoUa9K4, http://www.playvid.com/watch/MAnsa8sSM4S,
http://www.playvid.com/watch/6e3IwwIRKGS, http://www.playvid.com/watch/w4pJUcpkzi3, http://www.playvid.com/watch/VJc92yB4NPo,
http://www.playvid.com/watch/GNcbk7B8OBe, http://www.playvid.com/watch/4S7RKa4-9bL, http://www.playvid.com/watch/UEcn6V6Pp3E,
http://www.playvid.com/watch/NhpX3VMkZ5N, http://www.playvid.com/watch/y6GunGPP2JU, http://www.playvid.com/watch/oGypeHy-eJl,
http://www.playvid.com/watch/QeDkiNF3vBi, http://www.playvid.com/watch/XIiV6qoyLxl, http://www.playvid.com/watch/tDhDtxY2lvO,
http://www.playvid.com/watch/Xl4qh84waZ8, http://www.playvid.com/watch/YSg2uBGHcNj, http://www.playvid.com/watch/AQ7GXQMWkJl,
http://www.playvid.com/watch/qJl8iu5Faiy, http://www.playvid.com/watch/MaKdGddh2ve, http://www.playvid.com/watch/iEmIA3VUIqX,
http://www.playvid.com/watch/30-I3-a4QFr, http://www.playvid.com/watch/ZvCc-8kuS0M, http://www.playvid.com/watch/5NlbqD3wZMW,
http://www.playvid.com/watch/FOsa5rPZyL7, http://www.playvid.com/watch/6j4vuqwTnQx, http://www.playvid.com/watch/uIDCgV5vWZr,
http://www.playvid.com/watch/cvFBHCHlLUi, http://www.playvid.com/watch/h5Gl3fhtUCP, http://www.playvid.com/watch/cMgE8P7FtEr,
http://www.playvid.com/watch/H3UysdjHZdY, http://www.playvid.com/watch/mssxErbp-OP, http://www.playvid.com/watch/8vUaZbwn2vP,
http://www.playvid.com/watch/D8tPpwiHz6w, http://www.playvid.com/watch/ofmX6bDiAhQ, http://www.playvid.com/watch/FzCbAwthaLQ,
http://www.playvid.com/watch/Hfo7XLzQUZq, http://www.playvid.com/watch/Ri0kOffvZGl, http://www.playvid.com/watch/yoR4DtjSdpJ,
http://www.playvid.com/watch/ceXB4ixZwIN, http://www.playvid.com/watch/7qb4W-jn4hv, http://www.playvid.com/watch/UpZWaCj6zZe,
http://www.playvid.com/watch/-Se9ZrCjQAR, http://www.playvid.com/watch/ajiTduBoybk, http://www.playvid.com/watch/yPDYLOE5ToV,
http://www.playvid.com/watch/-kBxlNMjDOU, http://www.playvid.com/watch/O23bW8mBzR3, http://www.playvid.com/watch/arC7lEguwim,
http://www.playvid.com/watch/DCoMpnufjgn, http://www.playvid.com/watch/05Mf2hROfvB, http://www.playvid.com/watch/NsEwte9QBw3,
http://www.playvid.com/watch/6EqC3K2PiXk, http://www.playvid.com/watch/yipPuGjlORP, http://www.playvid.com/watch/G6h4a5g77iV,
http://www.playvid.com/watch/7vnMH5rRiwH, http://www.playvid.com/watch/RW5dlmtuLfu, http://www.playvid.com/watch/MGkeBc9dsVs,
http://www.playvid.com/watch/XgziRpF3lyF, http://www.playvid.com/watch/Titgc0VMPHf, http://www.playvid.com/watch/OMsr8NXnZC0,
http://www.playvid.com/watch/7v7mKpzJnB4, http://www.playvid.com/watch/a9Mv9rzku9x, http://www.playvid.com/watch/qMVjcuoedAl,
http://www.playvid.com/watch/AXyC3hJipxI, http://www.playvid.com/watch/UiJ206Y027O, http://www.playvid.com/watch/4l5GcCMw7L-,
http://www.playvid.com/watch/QZZkR8tHlsg, http://www.playvid.com/watch/ZPMCJUU-h48, http://www.playvid.com/watch/sKVpmyPRRJI,
http://www.playvid.com/watch/W0hiXICsCcn, http://www.playvid.com/watch/fw9PCrh0vCT, http://www.playvid.com/watch/Ho0Bqt-UDmi,
http://www.playvid.com/watch/FdeOV4wU5AZ, http://www.playvid.com/watch/QUsu6xkP3gU, http://www.playvid.com/watch/BqZa7-KUbrd,
http://www.playvid.com/watch/QeJYcfkscgG, http://www.playvid.com/watch/Wy7Z-OQng36, http://www.playvid.com/watch/lDrgJMUOf7U,
http://www.playvid.com/watch/N0aSUupwuDi, http://www.playvid.com/watch/SCGZ-9fNFhc, http://www.playvid.com/watch/oa36hoOj5xQ,
http://www.playvid.com/watch/ZSMGNP0WLIF, http://www.playvid.com/watch/UQwgEIB6gk-, http://www.playvid.com/watch/tXYw0dos9a7,
http://www.playvid.com/watch/-OBkxBIQwaY, http://www.playvid.com/watch/79thinegAQq, http://www.playvid.com/watch/0nglBW-EkZs,
http://www.playvid.com/watch/3rZtT9NTRjU, http://www.playvid.com/watch/C5uW0OxpsfQ, http://www.playvid.com/watch/y2XzLLAfwrb,
http://www.playvid.com/watch/OFiPWVAJueG, http://www.playvid.com/watch/ly8zqtwxBI4, http://www.playvid.com/watch/44zusF58BMj,
http://www.playvid.com/watch/Pqq3UgKxfV7, http://www.playvid.com/watch/WUbaO3Atx7d, http://www.playvid.com/watch/hOhgW8j4EDR,
http://www.playvid.com/watch/7cjNWHyGUUB, http://www.playvid.com/watch/kvQJPEPbpig, http://www.playvid.com/watch/V0L6VwBgEGY,
http://www.playvid.com/watch/E7oujaJ5Db-, http://www.playvid.com/watch/6z8rPiPO9nq, http://www.playvid.com/watch/sD76xgA5yHF,
http://www.playvid.com/watch/9h4CXfGVNY-, http://www.playvid.com/watch/F6WZd0Zn6ub, http://www.playvid.com/watch/FOES7DE6gDN,
http://www.playvid.com/watch/LkYCW3-vmZM, http://www.playvid.com/watch/fwQAXzbjSfU, http://www.playvid.com/watch/CvHbCJ2WDZ0,
http://www.playvid.com/watch/FubKMk-2sp3, http://www.playvid.com/watch/Ry9ZBFyY-xr, http://www.playvid.com/watch/ky3ssMVGVS-,
http://www.playvid.com/watch/umFUOn9D2xs, http://www.playvid.com/watch/0eIjMX4YUHJ, http://www.playvid.com/watch/XQPQB9Mohcq,
http://www.playvid.com/watch/6BwP89DZBrm, http://www.playvid.com/watch/msXnnVV8txN, http://www.playvid.com/watch/iTj0DIGxooe,
http://www.playvid.com/watch/bctjGHH3Vp6, http://www.playvid.com/watch/SZg54mrSnNv, http://www.playvid.com/watch/jp7YK7OsBKW,
http://www.playvid.com/watch/bovPHlHOlZ9, http://www.playvid.com/watch/PUPeQ0pVDFn, http://www.playvid.com/watch/XDNwQ7YbbrU,
http://www.playvid.com/watch/pBuUXuPTSeE, http://www.playvid.com/watch/MiPLfLPgeBl, http://www.playvid.com/watch/z7x0MyM5JyR,
http://www.playvid.com/watch/hFGZH7rg8By, http://www.playvid.com/watch/INw5j-Bu-qa, http://www.playvid.com/watch/pVhKX2l5YP7,
http://www.playvid.com/watch/6XblwMxYDIG, http://www.playvid.com/watch/sHLr96qo6Lq, http://www.playvid.com/watch/DaYLzp7CQ2T,
http://www.playvid.com/watch/o8rn7wcnPCt, http://www.playvid.com/watch/rR9FLKiKdjY, http://www.playvid.com/watch/626YcFKiWHl,
http://www.playvid.com/watch/hiPwQmDn3TB, http://www.playvid.com/watch/eF0rZYWTbrq, http://www.playvid.com/watch/wqhUiyS5qMK,
http://www.playvid.com/watch/jnc6dHLARfx, http://www.playvid.com/watch/l8wKGaeGeGY, http://www.playvid.com/watch/SwM0xSR6qGh,
http://www.playvid.com/watch/0-ywi4Rt5hA, http://www.playvid.com/watch/hOO8OcuW7cg, http://www.playvid.com/watch/QLcnRhIf4ug,
http://www.playvid.com/watch/uUQiHiSVZoC, http://www.playvid.com/watch/kd4RoQshUUy, http://www.playvid.com/watch/HaN6prmwHog,
http://www.playvid.com/watch/bxfVIj-lLNW, http://www.playvid.com/watch/9eYJToVldTn, http://www.playvid.com/watch/dPK5u7mp5Zi,
http://www.playvid.com/watch/hvRjXSS2Kaf, http://www.playvid.com/watch/v9pWxNBvu03, http://www.playvid.com/watch/GAFQB62zCGt,
http://www.playvid.com/watch/lcAwg8I9WqY, http://www.playvid.com/watch/kiHZE8vB7Gg, http://www.playvid.com/watch/eKjjs7kCrlg,
http://www.playvid.com/watch/CavDkTtOSKY, http://www.playvid.com/watch/z5oLMPHtxie, http://www.playvid.com/watch/RBSf47nC9CQ,
http://www.playvid.com/watch/ueQjiHnc5EN, http://www.playvid.com/watch/bpYsQPMlzMV, http://www.playvid.com/watch/H56KEbUGFx6,
http://www.playvid.com/watch/hVEdwVYIwYD, http://www.playvid.com/watch/uRHy4dCoU4n, http://www.playvid.com/watch/eBDc2xfk3O9,
http://www.playvid.com/watch/0GSwzlIRiJ6, http://www.playvid.com/watch/4JHJxuyeMLA, http://www.playvid.com/watch/KnQgjVC3422,
http://www.playvid.com/watch/xp5G5mxsG0W, http://www.playvid.com/watch/6mXpiSd5Px3, http://www.playvid.com/watch/npwR7A9enLW,
http://www.playvid.com/watch/L8JbnZd3P2J, http://www.playvid.com/watch/A-IqLclmNxo, http://www.playvid.com/watch/ktfzBnzarIC,
http://www.playvid.com/watch/L5ZS80F0ZIP, http://www.playvid.com/watch/v6a3LyFpbm4, http://www.playvid.com/watch/PJ4XqcN0Q-o,
http://www.playvid.com/watch/WjJ-pDFq9aH, http://www.playvid.com/watch/MwqZK28eBYx, http://www.playvid.com/watch/9wOm0Oy_ujC,
http://www.playvid.com/watch/E83_2yi0b1W, http://www.playvid.com/watch/AE5hOaX5hWb, http://www.playvid.com/watch/nErGtkX5r-a,
http://www.playvid.com/watch/8nPlPwZdx6t, http://www.playvid.com/watch/nNiSenprZQ4, http://www.playvid.com/watch/XS7_k3VB9v6,
http://www.playvid.com/watch/V2hLkvbJ6cX, http://www.playvid.com/watch/590ftm6zwyh, http://www.playvid.com/watch/ZT4nYPKDMto,
http://www.playvid.com/watch/7ieOZtzEeTa, http://www.playvid.com/watch/djxyRpAkG2g, http://www.playvid.com/watch/RL6Klxdc-wZ,
http://www.playvid.com/watch/RmDqcG3ncUs, http://www.playvid.com/watch/0P-Zec1vPcY, http://www.playvid.com/watch/tdTcRxGkO2U,
http://www.playvid.com/watch/kgj9Coi-hSZ, http://www.playvid.com/watch/jYQ3DvUoFRP, http://www.playvid.com/watch/HeiqfItmsfG,
http://www.playvid.com/watch/C0gePDJzssA, http://www.playvid.com/watch/DAQ6G1p4scQ, http://www.playvid.com/watch/kMu_m_3Zx46,
http://www.playvid.com/watch/5GoibUdPGAU, http://www.playvid.com/watch/RZhIOk-Fz6L, http://www.playvid.com/watch/feocem5Izdw,
http://www.playvid.com/watch/bYlQT5ndLY0, http://www.playvid.com/watch/rg8tVh8xs_b, http://www.playvid.com/watch/iCDybBboetO,
http://www.playvid.com/watch/HhjBjqJkO6N, http://www.playvid.com/watch/Ra9QM8QQUtF, http://www.playvid.com/watch/eNi2bNXPByO,
http://www.playvid.com/watch/285Cvawd7z9, http://www.playvid.com/watch/cTz6T99wrCi, http://www.playvid.com/watch/08pZ77nZ7I7,
http://www.playvid.com/watch/c9wtI8Mptbh, http://www.playvid.com/watch/bMSkSTaojip, http://www.playvid.com/watch/sdMo-bT9Pb7,
http://www.playvid.com/watch/rPPR9H0Yul8, http://www.playvid.com/watch/TyknCKjX_vX, http://www.playvid.com/watch/6IqWDQcZYOZ,
http://www.playvid.com/watch/Y09rck-sAMm, http://www.playvid.com/watch/zq6MQzLrjoQ, http://www.playvid.com/watch/e_VNs4_XS7O,
http://www.playvid.com/watch/6uuKAoCqBBv, http://www.playvid.com/watch/uXmlAmrlvFg, http://www.playvid.com/watch/I0L4ijErJqj,
http://www.playvid.com/watch/Qy_Z9TQXMxe, http://www.playvid.com/watch/VPZPKTuPWa4, http://www.playvid.com/watch/vXEAoShxOvM,
http://www.playvid.com/watch/3r7c3TCJ2z0, http://www.playvid.com/watch/4azAVKm-R2o, http://www.playvid.com/watch/Ytw1bvsXums,
http://www.playvid.com/watch/EiPKFZzfg9O, http://www.playvid.com/watch/w_Jv_aVxVe7, http://www.playvid.com/watch/w1e-4_FNYtX,
http://www.playvid.com/watch/zZ_GJl-a9sw, http://www.playvid.com/watch/64fI3KafWSx, http://www.playvid.com/watch/FDYXgJDT8mR,
http://www.playvid.com/watch/URZWOK_tw_H, http://www.playvid.com/watch/MKSqRMeIXwk, http://www.playvid.com/watch/SiV-BLfZRob,
http://www.playvid.com/watch/yt4xP9OELpo, http://www.playvid.com/watch/YCcqZZTK4O0, http://www.playvid.com/watch/fJnRxIkhc2H,
http://www.playvid.com/watch/T5Fg_8rtRrD, http://www.playvid.com/watch/SiDMIk4h4cd, http://www.playvid.com/watch/Oj-N8gSH3Yt,
http://www.playvid.com/watch/3JU3xQ3SE8q, http://www.playvid.com/watch/FZ4-Hs0UlDI, http://www.playvid.com/watch/mFoa8oloz2s,
http://www.playvid.com/watch/2CVEp-uTSk8, http://www.playvid.com/watch/xmPtV9Un1De, http://www.playvid.com/watch/YKwyq0y1nrI,
http://www.playvid.com/watch/sN0EBWMaRpo, http://www.playvid.com/watch/uGszkbcT5-J, http://www.playvid.com/watch/Spgo1tKVWkc,
http://www.playvid.com/watch/Gb3IPnuOde2, http://www.playvid.com/watch/VdwuW9gBEfm, http://www.playvid.com/watch/XLqhn8-CBkc,

http://www.playvid.com/watch/DRlAHtBGhth, http://www.playvid.com/watch/WTWRJKFi_oy, http://www.playvid.com/watch/fSvXoGHz5TA,
http://www.playvid.com/watch/0644RRtxxkq, http://www.playvid.com/watch/RXAMI08J-Or, http://www.playvid.com/watch/e_bQmDVlPZG,
http://www.playvid.com/watch/ngu3PRY-Om3, http://www.playvid.com/watch/eqDGwV1HIoD, http://www.playvid.com/watch/ZxMffZhViIj,
http://www.playvid.com/watch/ZFX8PO4ZsHC, http://www.playvid.com/watch/MqHUbAUvZuV, http://www.playvid.com/watch/XABDlAh6j3W,
http://www.playvid.com/watch/ZI4c3WtqdzU, http://www.playvid.com/watch/TUH_YMe1jYS, http://www.playvid.com/watch/mN-XpDYOyNp,
http://www.playvid.com/watch/AP8RoZoxyrZ, http://www.playvid.com/watch/xg4MsVpyLgQ, http://www.playvid.com/watch/h_Waw5sVOIX,
http://www.playvid.com/watch/EV8A_ldcetr, http://www.playvid.com/watch/LjEKJScuW0j, http://www.playvid.com/watch/JxgKVTZUXuK,
http://www.playvid.com/watch/unejMX7AVz8, http://www.playvid.com/watch/zdMjmbrAe4l, http://www.playvid.com/watch/OAR_c0HQ-mo,
http://www.playvid.com/watch/K3Y7AsiWIoo, http://www.playvid.com/watch/f92635XoKoM, http://www.playvid.com/watch/9xYm3sOJIb4,
http://www.playvid.com/watch/P7D9JjdIhTa, http://www.playvid.com/watch/4RkAC7aL3TS, http://www.playvid.com/watch/Wd_a38dcENW,
http://www.playvid.com/watch/xaHaVnqzE7l, http://www.playvid.com/watch/UbyCIOWkLJR, http://www.playvid.com/watch/GOSlu9TbzWv,
http://www.playvid.com/watch/eP-lb3TyLY7, http://www.playvid.com/watch/NBX-IPoy8lg, http://www.playvid.com/watch/6Wuc7bjWcnx,
http://www.playvid.com/watch/Ruq03xkmz4p, http://www.playvid.com/watch/BdTWFBlDSxt, http://www.playvid.com/watch/vSShXvSDdFr,
http://www.playvid.com/watch/k9hZPTGXBp6, http://www.playvid.com/watch/la4x2gfF6pN, http://www.playvid.com/watch/RHmpciBdz92,
http://www.playvid.com/watch/mLCiiljOBPM, http://www.playvid.com/watch/dF4RAVCYRqr, http://www.playvid.com/watch/dX5WZ8aJ3Av,
http://www.playvid.com/watch/2udoremAm-I, http://www.playvid.com/watch/kg96w6-anWa, http://www.playvid.com/watch/xhn7JljpSEf,
http://www.playvid.com/watch/C52NsgfJeDL, http://www.playvid.com/watch/kYxuQG15eLA, http://www.playvid.com/watch/b6LZM2h_K1m,
http://www.playvid.com/watch/F8ngOSGC8dX, http://www.playvid.com/watch/LDl6zgc7DHs, http://www.playvid.com/watch/V5pxjLonbmZ,
http://www.playvid.com/watch/jPlbqz6O7Pp, http://www.playvid.com/watch/2mYp3fM4Bk2, http://www.playvid.com/watch/Hv3vaqc79af,
http://www.playvid.com/watch/TDcRCQwTv9x, http://www.playvid.com/watch/YJTnR976i3A, http://www.playvid.com/watch/24Pve5gNXwX,
http://www.playvid.com/watch/8JIeLaAuw0a, http://www.playvid.com/watch/qu3TpZYkZJ9, http://www.playvid.com/watch/KM5f960rSjj,
http://www.playvid.com/watch/P42vf7AILH0, http://www.playvid.com/watch/oisxHQm58uT, http://www.playvid.com/watch/aB1wwVw4gDi,
http://www.playvid.com/watch/Yz5Jm9q6otn, http://www.playvid.com/watch/FkEg7xCmiLw, http://www.playvid.com/watch/CgQ-fTx8ZPZ,
http://www.playvid.com/watch/n4TEhPnb9RZ, http://www.playvid.com/watch/0y_JFKGrTU9, http://www.playvid.com/watch/GSL8s2RY4VS,
http://www.playvid.com/watch/Re8h0090pFJ, http://www.playvid.com/watch/DL0mK-xHpBU, http://www.playvid.com/watch/p8P8qOR2IQA,
http://www.playvid.com/watch/EoP9z5YVQxZ, http://www.playvid.com/watch/C5xXBEfySJL, http://www.playvid.com/watch/qiaEzH6qxfy,
http://www.playvid.com/watch/SXgUVktC89x, http://www.playvid.com/watch/dBLsxtqOlx3, http://www.playvid.com/watch/bqon-Z6m_L2,
http://www.playvid.com/watch/iddcpF0A-xs, http://www.playvid.com/watch/aeFX0pX5Ou9, http://www.playvid.com/watch/6OEHJ55G7Oa,
http://www.playvid.com/watch/a5G68dV3n0n, http://www.playvid.com/watch/ncHGUg6CQ1R, http://www.playvid.com/watch/IpDEpmSk2Gi,
http://www.playvid.com/watch/9LtNiysCzvf, http://www.playvid.com/watch/Ab_uUmXZ3q3, http://www.playvid.com/watch/Hsy8aDau2En,
http://www.playvid.com/watch/nxoIbQGgFp0, http://www.playvid.com/watch/TVXtmlwKsy5, http://www.playvid.com/watch/kZcMz1zsvdx,
http://www.playvid.com/watch/Cg6G6gyh8kY, http://www.playvid.com/watch/07vu6No-JL9, http://www.playvid.com/watch/N-9x6N2ORDK,
http://www.playvid.com/watch/VzrwJzJlofq, http://www.playvid.com/watch/pxjhKVQzph5, http://www.playvid.com/watch/xP7OVEcMD3k,
http://www.playvid.com/watch/3BtZrEXn0sP, http://www.playvid.com/watch/QXsMphyd3bI, http://www.playvid.com/watch/cLfDBK3hE5A,
http://www.playvid.com/watch/Y33TnBpqkW6, http://www.playvid.com/watch/ZHVj9Ld-xzm, http://www.playvid.com/watch/nGhHW-28OtA,
http://www.playvid.com/watch/Vh1yjur3aKs, http://www.playvid.com/watch/Wo_bI9QqLaR, http://www.playvid.com/watch/bdijsA3d4k0,
http://www.playvid.com/watch/BneoB2-lqXW, http://www.playvid.com/watch/cv9feR-spOb, http://www.playvid.com/watch/Ax8GMEBlpWG,
http://www.playvid.com/watch/Mpctxsb2GTh, http://www.playvid.com/watch/JH_yeBcXd8l, http://www.playvid.com/watch/GV3UvxtK_xI,
http://www.playvid.com/watch/twrgTt5ZSZ5, http://www.playvid.com/watch/R5q7Y8vS-Qb, http://www.playvid.com/watch/WLs-teBOPWN,
http://www.playvid.com/watch/unGnEeWwkKQ, http://www.playvid.com/watch/aY7dsstX9Dp, http://www.playvid.com/watch/Jjh-TFctDFW,
http://www.playvid.com/watch/n8i1eL-l0n8, http://www.playvid.com/watch/6Y_-Vv6Wq7n, http://www.playvid.com/watch/L9sfnd5JI-q,
http://www.playvid.com/watch/g4UHPzQ-Zeu, http://www.playvid.com/watch/pCVeacCa3j7, http://www.playvid.com/watch/eOE_SJ93Y4X,
http://www.playvid.com/watch/PO-SAcLzrYa, http://www.playvid.com/watch/cqO8AVkDNYH, http://www.playvid.com/watch/ubGwi80vvX9,
http://www.playvid.com/watch/gMYg6bfMCCV, http://www.playvid.com/watch/sre738DUjLh, http://www.playvid.com/watch/9C5DyAxpbVx,
http://www.playvid.com/watch/oDIS6omTMvs, http://www.playvid.com/watch/ew0u7oqCeQA, http://www.playvid.com/watch/rleNGSx1UQ3,
http://www.playvid.com/watch/pdh9ZJnDiL7, http://www.playvid.com/watch/vTA6a32Q_3q, http://www.playvid.com/watch/ymigQpDGd4c,
http://www.playvid.com/watch/aqs51NhY3Ln, http://www.playvid.com/watch/navmZzqnxh8, http://www.playvid.com/watch/rS0HxwSTGiG,
http://www.playvid.com/watch/TGOBHW0_oAh, http://www.playvid.com/watch/0_WLR5UFggX, http://www.playvid.com/watch/yB-18YZSH5z,
http://www.playvid.com/watch/wj0hTVwdeLx, http://www.playvid.com/watch/yMI_gKjHDjt, http://www.playvid.com/watch/meLWedyAuXe,
http://www.playvid.com/watch/wrGyIaWr8W4, http://www.playvid.com/watch/3dCmjT93n1Q, http://www.playvid.com/watch/NRUS1N3dJzP,
http://www.playvid.com/watch/7wHDV218eOf, http://www.playvid.com/watch/CHq6di25OCX, http://www.playvid.com/watch/o1rif1IW07K,
http://www.playvid.com/watch/CcBhQFhg6gO, http://www.playvid.com/watch/P92RHoY7Tij, http://www.playvid.com/watch/jIiQF8O76FX,
http://www.playvid.com/watch/MfGfcDEIqn9, http://www.playvid.com/watch/BvLoxT50oLZ, http://www.playvid.com/watch/lkmDZgKRvhP,
http://www.playvid.com/watch/z8lWfknDstj, http://www.playvid.com/watch/rm3fbaxzQ8M, http://www.playvid.com/watch/7AqBRfOJZIP,
http://www.playvid.com/watch/D-U0Fy6C6Uu, http://www.playvid.com/watch/kFkEuBTCb0l, http://www.playvid.com/watch/MmcQAGWumUt,
http://www.playvid.com/watch/bXcix-d2LzE, http://www.playvid.com/watch/4cZQFgcsuQe, http://www.playvid.com/watch/7mxML4jZyz6,
http://www.playvid.com/watch/Ezhd3SDmWkb, http://www.playvid.com/watch/a_sGm5zPnCK, http://www.playvid.com/watch/8w4nZyZ13_B,
http://www.playvid.com/watch/PWPfROd3-Xm, http://www.playvid.com/watch/Xgw3z83wNwS, http://www.playvid.com/watch/EFEQZy0xsFn,
http://www.playvid.com/watch/eft9vahh2MK, http://www.playvid.com/watch/7Ihu3AV4Lqa, http://www.playvid.com/watch/EyWhgO_E13G,
http://www.playvid.com/watch/Mokzso5GjEe, http://www.playvid.com/watch/o1J2GeMIi3b, http://www.playvid.com/watch/2TY70sEfiiU,
http://www.playvid.com/watch/m4Bzbt5evqt, http://www.playvid.com/watch/sOeYXOq0OZf, http://www.playvid.com/watch/l3pNAagcKdg,
http://www.playvid.com/watch/msFVTt9x1tA, http://www.playvid.com/watch/IGOPDRXdtWB, http://www.playvid.com/watch/FpusW79Uqdm,
http://www.playvid.com/watch/FHWjcEBYhvm, http://www.playvid.com/watch/hMg2zgFxR4Y, http://www.playvid.com/watch/yqOEbzSfAxC,
http://www.playvid.com/watch/0oe_3UBiMJM, http://www.playvid.com/watch/HgXrCgjghzO, http://www.playvid.com/watch/ZqMVloZeojn,
http://www.playvid.com/watch/9bVmAir8ros, http://www.playvid.com/watch/Qwpj3cdSlhj, http://www.playvid.com/watch/plpu1yp2Z7I,
http://www.playvid.com/watch/LEMwFotZbOF, http://www.playvid.com/watch/O8czgOoh8p7, http://www.playvid.com/watch/GTuswjk620a,
http://www.playvid.com/watch/7AP5fprBFmz, http://www.playvid.com/watch/b8dHif2Q4Ue, http://www.playvid.com/watch/fJxZdCZ3mNr,
http://www.playvid.com/watch/fCqxYhkeiyL, http://www.playvid.com/watch/QiEaZ8zpk3y, http://www.playvid.com/watch/Vh8K1M-Kql8,
http://www.playvid.com/watch/lX76aqChik0, http://www.playvid.com/watch/kNiZhWvnT30, http://www.playvid.com/watch/40G6SPA3u4l,
http://www.playvid.com/watch/Tulw-9drGyZ, http://www.playvid.com/watch/f_bxorhcqQP, http://www.playvid.com/watch/Ww4U3hStQrn,
http://www.playvid.com/watch/0zgtYXyH0NA, http://www.playvid.com/watch/QAGk6YThK7b, http://www.playvid.com/watch/rTBD-jZiW7u,
http://www.playvid.com/watch/bt53fdgW_0U, http://www.playvid.com/watch/pRAwf_t8a43, http://www.playvid.com/watch/llr0qveHhuW,
http://www.playvid.com/watch/w7PnG-3rWLd, http://www.playvid.com/watch/jSnbUw1N_C9, http://www.playvid.com/watch/OIsjUAh4Poj,
http://www.playvid.com/watch/2Zho1yOV4iM, http://www.playvid.com/watch/uAABApwm2pw, http://www.playvid.com/watch/BOjOuQnRe4P,
http://www.playvid.com/watch/6ahci2lUIPz, http://www.playvid.com/watch/A-ACIkkcw87, http://www.playvid.com/watch/Uyy7sgR6Xjd,
http://www.playvid.com/watch/EN9ZGiSJnPg, http://www.playvid.com/watch/OykVERSJAUR, http://www.playvid.com/watch/qINT1Ra9iU2,
http://www.playvid.com/watch/kq7wrEXI_dz, http://www.playvid.com/watch/vUTDeQ0VOQS, http://www.playvid.com/watch/Y8F7IZu0R7D,
http://www.playvid.com/watch/52zGUFmWOWr, http://www.playvid.com/watch/notwmgbYCOf, http://www.playvid.com/watch/dynQHPO7hih,
http://www.playvid.com/watch/5fCDh0UNCfG, http://www.playvid.com/watch/WWc3N8QgMmH, http://www.playvid.com/watch/qtOSDlw9hEN,
http://www.playvid.com/watch/D_-7FuhxTts, http://www.playvid.com/watch/pL4JfDmol59, http://www.playvid.com/watch/Hco7cRCevLy,
http://www.playvid.com/watch/RcLF8dAFCee, http://www.playvid.com/watch/IuYFs0TuEEd, http://www.playvid.com/watch/KOe4hwW_VgU,
http://www.playvid.com/watch/F-2BEtS7MyA, http://www.playvid.com/watch/ZMv9XHFghrF, http://www.playvid.com/watch/o0G-exXV_DE,
http://www.playvid.com/watch/YMHslC3yzjm, http://www.playvid.com/watch/ZhORoQ_QZjH, http://www.playvid.com/watch/RVRoJYmgyUw,
http://www.playvid.com/watch/AX1BrK6cMct, http://www.playvid.com/watch/HXskE309_uf, http://www.playvid.com/watch/fNmUOeX8yRn,
http://www.playvid.com/watch/B3TvpMeCigr, http://www.playvid.com/watch/B18EntZqwnr, http://www.playvid.com/watch/26McJhD_mfV,
http://www.playvid.com/watch/9MtuyeF75pp, http://www.playvid.com/watch/Ay16d5Pq01h, http://www.playvid.com/watch/aNEucst0l-S,
http://www.playvid.com/watch/fn2iF7rvPgN, http://www.playvid.com/watch/XZWK34FB5nj, http://www.playvid.com/watch/Wnr63mrFK0E,
http://www.playvid.com/watch/pzFponal_1b, http://www.playvid.com/watch/07YrLQsCdiJ, http://www.playvid.com/watch/f5uW6sydNtp,
http://www.playvid.com/watch/ukqj2LX5lSw, http://www.playvid.com/watch/C0RHsxrGglq, http://www.playvid.com/watch/CwKVb5e3KvC,
http://www.playvid.com/watch/ds96_9-Sb4V, http://www.playvid.com/watch/48OmuBuN_VH, http://www.playvid.com/watch/5Q-is-auPkL,
http://www.playvid.com/watch/CMUfZKwK6nI, http://www.playvid.com/watch/nTaS5K2AV4i, http://www.playvid.com/watch/fmZJ-hIUdlT,
http://www.playvid.com/watch/SLKLsHVGklS, http://www.playvid.com/watch/GP9k8gzDRF8, http://www.playvid.com/watch/55ZmnSkYFIv,
http://www.playvid.com/watch/Qx_75Yw7s-d, http://www.playvid.com/watch/HGLW6M9aGV7, http://www.playvid.com/watch/WPE8zml_NOR,
http://www.playvid.com/watch/WY8wGyBYofA, http://www.playvid.com/watch/sc8xaUPNyFU, http://www.playvid.com/watch/wmfNS0aDptS,
http://www.playvid.com/watch/lXso7CdbtaI, http://www.playvid.com/watch/IVz_nfDlhOt, http://www.playvid.com/watch/RYl30lkCYXU,
http://www.playvid.com/watch/R2uzyfls2vy, http://www.playvid.com/watch/soFd57s4h8o, http://www.playvid.com/watch/yzdYFKubX0B,

http://www.playvid.com/watch/0y2DaEt0JZP, http://www.playvid.com/watch/sum6XO4jjKH, http://www.playvid.com/watch/fqvW2NEiNT2,
http://www.playvid.com/watch/HvZZoDhoLnb, http://www.playvid.com/watch/E4zk2-qgKvb, http://www.playvid.com/watch/Gxo_43KX2js,
http://www.playvid.com/watch/pzj9GRx2ZvX, http://www.playvid.com/watch/AsgnUBarlix, http://www.playvid.com/watch/iIlz47UrHOs,
http://www.playvid.com/watch/SKcLHTwQkow, http://www.playvid.com/watch/Dd6AyXsy7mG, http://www.playvid.com/watch/voE5-IOcQYl,
http://www.playvid.com/watch/js3ThznjZs9, http://www.playvid.com/watch/S9uWZVkzbUq, http://www.playvid.com/watch/IXSBQFB2oz3,
http://www.playvid.com/watch/LzH4DiZ3VAx, http://www.playvid.com/watch/8RJzmoZHgfz, http://www.playvid.com/watch/tNKuIE8wY8Q,
http://www.playvid.com/watch/XXwJgTfDUT3, http://www.playvid.com/watch/VihRdOerUI7, http://www.playvid.com/watch/VSfK2oG7ymj,
http://www.playvid.com/watch/3u0ee1MAzch, http://www.playvid.com/watch/JewAnAXGli9, http://www.playvid.com/watch/FB2GUMXlRcH,
http://www.playvid.com/watch/EKwyWbRSa1H, http://www.playvid.com/watch/CfdeXEQM245, http://www.playvid.com/watch/LdfODrmiyds,
http://www.playvid.com/watch/LUEHg8fzG-e, http://www.playvid.com/watch/eDZHT9otBwE, http://www.playvid.com/watch/kCdPdQVYNMv,
http://www.playvid.com/watch/qGdAW8XQy4F, http://www.playvid.com/watch/IgomGc4VY6W, http://www.playvid.com/watch/JM3TbIkWXdG,
http://www.playvid.com/watch/UeR6Dlbaw0q, http://www.playvid.com/watch/CQf3tKL1clA, http://www.playvid.com/watch/yiYH6BR2kr6,
http://www.playvid.com/watch/FgFWRNs7j97, http://www.playvid.com/watch/D-WEA-EAo14, http://www.playvid.com/watch/cYwVMwn_-vw,
http://www.playvid.com/watch/4WVvmUDSk43, http://www.playvid.com/watch/WU4fafVSJrV, http://www.playvid.com/watch/VguOyxp92Yw,
http://www.playvid.com/watch/39MW7ja_2hS, http://www.playvid.com/watch/lx01mo9wIUA, http://www.playvid.com/watch/Q-v_kmibzyj,
http://www.playvid.com/watch/0Km1DKOz_BB, http://www.playvid.com/watch/pG_ykGEcQBH, http://www.playvid.com/watch/pOp5TROE2S3,
http://www.playvid.com/watch/xX03w9lC857, http://www.playvid.com/watch/ZqtwAGBvvSy, http://www.playvid.com/watch/g13exAji8JO,
http://www.playvid.com/watch/fCR95EBrF8f, http://www.playvid.com/watch/kZ2H8xMAZTg, http://www.playvid.com/watch/Jext20TneAM,
http://www.playvid.com/watch/etUECpD6M6a, http://www.playvid.com/watch/Q4QaIdy8m3P, http://www.playvid.com/watch/JuHn35uLnso,
http://www.playvid.com/watch/E5ZvrGF-7tu, http://www.playvid.com/watch/WxIyAelcjoY, http://www.playvid.com/watch/MO0bpnZH7DK,
http://www.playvid.com/watch/N98Z0Z3pDCG, http://www.playvid.com/watch/GfyH9WNH1UZ, http://www.playvid.com/watch/xhZrl4Lwycz,
http://www.playvid.com/watch/i4dF4Z3q1-a, http://www.playvid.com/watch/pDvxbD1L4ow, http://www.playvid.com/watch/9S4puS4ut8r,
http://www.playvid.com/watch/N7LhDKVuRHY, http://www.playvid.com/watch/ILeJw20bK3H, http://www.playvid.com/watch/WZXiCHYznYn,
http://www.playvid.com/watch/O7Rq9cR_Mr0, http://www.playvid.com/watch/n19eYs7F4jK, http://www.playvid.com/watch/kDEByXJ2HuU,
http://www.playvid.com/watch/OdsBZa6BXi3, http://www.playvid.com/watch/f1Ix3JIfARA, http://www.playvid.com/watch/Peqrj6-hWxN,
http://www.playvid.com/watch/ToAB11tSnXY, http://www.playvid.com/watch/w_aGjJzeJ0U, http://www.playvid.com/watch/zrznGcFJQqV,
http://www.playvid.com/watch/EGuONUyMYfQ, http://www.playvid.com/watch/DpLR8rhrn-V, http://www.playvid.com/watch/dGk5CV0bYJ4,
http://www.playvid.com/watch/rcccaMd3G_Z, http://www.playvid.com/watch/0L1b53-VOpA, http://www.playvid.com/watch/GfwmbNzpUiF,
http://www.playvid.com/watch/YiOXQBZAhxT, http://www.playvid.com/watch/RoCNTptX-Hp, http://www.playvid.com/watch/RwLp0zpCBPN,
http://www.playvid.com/watch/p0bYmjLFvDB, http://www.playvid.com/watch/TNEymd1jN35, http://www.playvid.com/watch/i031cgyd6dN,
http://www.playvid.com/watch/9IuEWdhTNLX, http://www.playvid.com/watch/65XAmHew4re, http://www.playvid.com/watch/V4QPRUXAk00,
http://www.playvid.com/watch/HF5RAowVqaQ, http://www.playvid.com/watch/IYxGVt8YSGN, http://www.playvid.com/watch/c8ILArD_gB3,
http://www.playvid.com/watch/31AxLSWv5-3, http://www.playvid.com/watch/NcgppbnczDQ, http://www.playvid.com/watch/F91n50itGid,
http://www.playvid.com/watch/bM_zezjw9UX, http://www.playvid.com/watch/Regl-Z82wR7, http://www.playvid.com/watch/DxEXu2NQIOU,
http://www.playvid.com/watch/HgIu_UlGZvU, http://www.playvid.com/watch/7yYOO2daKqg, http://www.playvid.com/watch/4nbJeeg9uHE,
http://www.playvid.com/watch/NwPegJ3H4vq, http://www.playvid.com/watch/eo7NkuIunXb, http://www.playvid.com/watch/XMNVwbbxO4K,
http://www.playvid.com/watch/vl4A_dTYC1n, http://www.playvid.com/watch/0_OpFyUc02q, http://www.playvid.com/watch/KeYjgcTPMDb,
http://www.playvid.com/watch/gWrR36E0UmK, http://www.playvid.com/watch/5bs2F1ZaDVV, http://www.playvid.com/watch/YWzbhi71fRC,
http://www.playvid.com/watch/g8XK6mifnMX, http://www.playvid.com/watch/6wKQYS3rJx7, http://www.playvid.com/watch/3u0_rl37MJS,
http://www.playvid.com/watch/vogeNM0Yj6l, http://www.playvid.com/watch/21TH4_oNaHZ, http://www.playvid.com/watch/xM7Q7dFVy-5,
http://www.playvid.com/watch/rPeE1q7oHfr, http://www.playvid.com/watch/63IQf1vdd_0, http://www.playvid.com/watch/YNtq5iS-ZwY,
http://www.playvid.com/watch/NRKfP4A1E9Q, http://www.playvid.com/watch/Cci_FCj8ROh, http://www.playvid.com/watch/mryhytt3_bE,
http://www.playvid.com/watch/AmbfhBlCCAN, http://www.playvid.com/watch/WzKxUk9Gl7w, http://www.playvid.com/watch/yzsWFBh1tZR,
http://www.playvid.com/watch/gJ77Ng3wL-R, http://www.playvid.com/watch/ZP83miZdkuG, http://www.playvid.com/watch/VMy3CX5d7e4,
http://www.playvid.com/watch/fCDqO9ANogv, http://www.playvid.com/watch/SBXUz7vYg5W, http://www.playvid.com/watch/YYELlD-XyFR,
http://www.playvid.com/watch/Uj1fpTjJDzC, http://www.playvid.com/watch/wbwcASDCLfj, http://www.playvid.com/watch/T-EpTV5l2gW,
http://www.playvid.com/watch/uzdxvrC_94Y, http://www.playvid.com/watch/a2tVEcaHTsR, http://www.playvid.com/watch/zTepy0R0oHr,
http://www.playvid.com/watch/FDS4kp7KnAa, http://www.playvid.com/watch/FB7xT3oLwKZ, http://www.playvid.com/watch/rTQ7dGHC_IE,
http://www.playvid.com/watch/Fkuan2ufoIw, http://www.playvid.com/watch/sq-Dy39Xrvu, http://www.playvid.com/watch/FhmmhBAqY_O,
http://www.playvid.com/watch/iVuKlfjeQkO, http://www.playvid.com/watch/nVklYvH6j0d, http://www.playvid.com/watch/jXFGtkp4Pnp,
http://www.playvid.com/watch/M3AbHbeh4S3, http://www.playvid.com/watch/2sPSunpUNhW, http://www.playvid.com/watch/Zg_I6LwhVi6,
http://www.playvid.com/watch/Xnp44BY9PFn, http://www.playvid.com/watch/8VZawTzcu6T, http://www.playvid.com/watch/Srklva-9pew,
http://www.playvid.com/watch/a-pt7pEcqIm, http://www.playvid.com/watch/XRN4O2Bvi0u, http://www.playvid.com/watch/KbaEHmFQ0Wj,
http://www.playvid.com/watch/o7r8aU87RM2, http://www.playvid.com/watch/BnowTKwShYo, http://www.playvid.com/watch/yC6VXuhPIBm,
http://www.playvid.com/watch/g9_1o5Lowqq, http://www.playvid.com/watch/XKsui5t3Olq, http://www.playvid.com/watch/Qa59tfy12FN,
http://www.playvid.com/watch/qjXxt7KxF3g, http://www.playvid.com/watch/CdHFjKUG8wW, http://www.playvid.com/watch/vaLGfxXcPmt,
http://www.playvid.com/watch/Y7c9tYVupRs, http://www.playvid.com/watch/VLZkCm9d__m, http://www.playvid.com/watch/Tf6DQHxlXIw,
http://www.playvid.com/watch/6rRODEUnXNm, http://www.playvid.com/watch/9GE4zH2rJ02, http://www.playvid.com/watch/VEiemrbii9J,
http://www.playvid.com/watch/AdY1LGo9AhG, http://www.playvid.com/watch/e1n4S-P5Oi2, http://www.playvid.com/watch/zdaaziVHedd,
http://www.playvid.com/watch/inH-GvrnAbj, http://www.playvid.com/watch/dcUum6Qn5NB, http://www.playvid.com/watch/e2MJVbA0EFA,
http://www.playvid.com/watch/SVF1o5yPqAO, http://www.playvid.com/watch/TssgSD5wLUk, http://www.playvid.com/watch/ltU9tC7GaIO,
http://www.playvid.com/watch/Vc30Ogo5ELz, http://www.playvid.com/watch/qC1_GqzRNvk, http://www.playvid.com/watch/A5vw5YNOiPf,
http://www.playvid.com/watch/bG_vE18DZpC, http://www.playvid.com/watch/8azeu3rEph8, http://www.playvid.com/watch/PNGIvXailpx,
http://www.playvid.com/watch/yNkuqHJ9XeF, http://www.playvid.com/watch/CYwaZeVAJer, http://www.playvid.com/watch/rjZmB5xybcl,
http://www.playvid.com/watch/JySE2geH9fj, http://www.playvid.com/watch/f3ND5Vj7QNJ, http://www.playvid.com/watch/PwG1ZCJ-S_v,
http://www.playvid.com/watch/FhkQtyNAly4, http://www.playvid.com/watch/wP6nr8-8qCS, http://www.playvid.com/watch/jXANhalCWrK,
http://www.playvid.com/watch/2LjgsAN-u0k, http://www.playvid.com/watch/3wSBxCgCQTJ, http://www.playvid.com/watch/VNcrLzTMx2o,
http://www.playvid.com/watch/sLU4PZLUiSV, http://www.playvid.com/watch/YnRAzqB3IeM, http://www.playvid.com/watch/EwVH0W4St-V,
http://www.playvid.com/watch/hFaq-CJEYr9, http://www.playvid.com/watch/im4Y9NIXvA4, http://www.playvid.com/watch/wp8nfyUEuUW,
http://www.playvid.com/watch/257CenmQdPp, http://www.playvid.com/watch/vfKOg2l71mB, http://www.playvid.com/watch/vCfUeBgRoY5,
http://www.playvid.com/watch/4f5q1zdew35, http://www.playvid.com/watch/nHZAbhUb6wY, http://www.playvid.com/watch/aayqcfbADf5,
http://www.playvid.com/watch/lzCNxBbnbF0, http://www.playvid.com/watch/JtcKFdvvTf5, http://www.playvid.com/watch/vR3L_gO9Lmi,
http://www.playvid.com/watch/x-MszXw84Tx, http://www.playvid.com/watch/d4Y-EV1LCb5, http://www.playvid.com/watch/dd12lzeKRpW,
http://www.playvid.com/watch/t9VPoK47uS4, http://www.playvid.com/watch/m_Rj_Y9mPLD, http://www.playvid.com/watch/xBntfFPSaIF,
http://www.playvid.com/watch/RWf7wLNG90s, http://www.playvid.com/watch/FThAyyUK4b3, http://www.playvid.com/watch/0Nhu7fYOIlW,
http://www.playvid.com/watch/q8yQPFMrAIM, http://www.playvid.com/watch/ELymXs3qrRE, http://www.playvid.com/watch/wAEaST_Oj8M,
http://www.playvid.com/watch/td7PlYI8ROn, http://www.playvid.com/watch/JRXXFjw18bR, http://www.playvid.com/watch/WxGBg5fcjmY,
http://www.playvid.com/watch/cSY7EdXi-fp, http://www.playvid.com/watch/6N5qiLXcGiy, http://www.playvid.com/watch/CFfXYNMWzD7,
http://www.playvid.com/watch/NMxufiQU8fX, http://www.playvid.com/watch/Sf9NQAY_yCI, http://www.playvid.com/watch/QwaRdEUA1Tx,
http://www.playvid.com/watch/3XS5CI-MPqs, http://www.playvid.com/watch/qYqrNEBrPak, http://www.playvid.com/watch/PCJfG6km7Ze,
http://www.playvid.com/watch/X17kwxqkuGi, http://www.playvid.com/watch/QEMyelBdFWY, http://www.playvid.com/watch/tLarSfV2eq2,
http://www.playvid.com/watch/5PmeKLyEQCD, http://www.playvid.com/watch/SncjU1TWwPN, http://www.playvid.com/watch/evHhj9CaC7f,
http://www.playvid.com/watch/ikLdz1B1q8u, http://www.playvid.com/watch/XtMZQodI-Mi, http://www.playvid.com/watch/Frlym0Z2QVT,
http://www.playvid.com/watch/X33r4F1MAYN, http://www.playvid.com/watch/Lx7UvcUNa3M, http://www.playvid.com/watch/fyrfXq9fQvD,
http://www.playvid.com/watch/JL8Kc-QWSbs, http://www.playvid.com/watch/QGCBURhQFXO, http://www.playvid.com/watch/C2Trtu7bmfp,
http://www.playvid.com/watch/fDWmxexn6Uc, http://www.playvid.com/watch/pAjSxieY5sy, http://www.playvid.com/watch/KEBZiGVNnIH,
http://www.playvid.com/watch/SShHXAzycYn, http://www.playvid.com/watch/iZtRY_y0xJR, http://www.playvid.com/watch/CnLW9MKtpHu,
http://www.playvid.com/watch/PPY8VkaIedX, http://www.playvid.com/watch/EuS32COdYnl, http://www.playvid.com/watch/dGk21QViEk9,
http://www.playvid.com/watch/v2WDlmEKux8, http://www.playvid.com/watch/uXjsyqTO2xC, http://www.playvid.com/watch/PdV3d3iG0pR,
http://www.playvid.com/watch/bYEXieEYNQr, http://www.playvid.com/watch/IbDAQDj9jfz, http://www.playvid.com/watch/FIH-EbKeAT8,
http://www.playvid.com/watch/fF1di00aFzi, http://www.playvid.com/watch/0U8iFD9VruF, http://www.playvid.com/watch/JN0UiIw4Tli,
http://www.playvid.com/watch/EXpuIKW-EdN, http://www.playvid.com/watch/P5WX0l0XG8v, http://www.playvid.com/watch/kK9fEHcMxdt,
http://www.playvid.com/watch/AX_1aPzOp20, http://www.playvid.com/watch/SKXfVTNG-Pd, http://www.playvid.com/watch/Vdm8KkQUdTx,
http://www.playvid.com/watch/fYAVCUDy-DS, http://www.playvid.com/watch/NDYvUtAYSBU, http://www.playvid.com/watch/ZYRnxomGjIF,
http://www.playvid.com/watch/baKEjPViAM9, http://www.playvid.com/watch/4BWhCb_XRGw, http://www.playvid.com/watch/6eXl0A2Ak0L,
http://www.playvid.com/watch/jXMYmKNEkXY, http://www.playvid.com/watch/DgcP11Zt61H, http://www.playvid.com/watch/tNCaTMybTZH,

http://www.playvid.com/watch/A9f27mFuP_I, http://www.playvid.com/watch/AbLKk3yJUQY, http://www.playvid.com/watch/4W6y--YMNw6,
http://www.playvid.com/watch/fQsYokOl-C0, http://www.playvid.com/watch/At0sKyeliPf, http://www.playvid.com/watch/NwXTZcmTQtw,
http://www.playvid.com/watch/udOy_XTGl2v, http://www.playvid.com/watch/qcBB_-RBA1C, http://www.playvid.com/watch/R6Bw3LJoAa2,
http://www.playvid.com/watch/y1CSKZulvZA, http://www.playvid.com/watch/LuOpTmdAkGs, http://www.playvid.com/watch/E3YdE7LsKJw,
http://www.playvid.com/watch/cS4mlciGG6B, http://www.playvid.com/watch/NK51uDk6O85, http://www.playvid.com/watch/N08cIYnlNPg,
http://www.playvid.com/watch/seB0BFmqf7U, http://www.playvid.com/watch/gF50qludH90, http://www.playvid.com/watch/IwOwkBBXacp,
http://www.playvid.com/watch/bzrpqqvNaD8, http://www.playvid.com/watch/HZmtXEn4L3B, http://www.playvid.com/watch/tHb_3vwgBCA,
http://www.playvid.com/watch/kEMkBScdygU, http://www.playvid.com/watch/dNKhqjvSPr4, http://www.playvid.com/watch/S82eW0KaECt,
http://www.playvid.com/watch/dZGEUaH5J-4, http://www.playvid.com/watch/W7aKqzQAYQy, http://www.playvid.com/watch/OsP6E2tHxCt,
http://www.playvid.com/watch/cHQoyys_sXC, http://www.playvid.com/watch/C4IEc3u-BNl, http://www.playvid.com/watch/IjViahM-ge2,
http://www.playvid.com/watch/cLHmlTatZaz, http://www.playvid.com/watch/jy60jgOUh3m, http://www.playvid.com/watch/X4nGUxeOB1H,
http://www.playvid.com/watch/2mxHLi54xcf, http://www.playvid.com/watch/PUyflUCLO7f, http://www.playvid.com/watch/iGyPbWEyLud,
http://www.playvid.com/watch/mi1GEHo2TYg, http://www.playvid.com/watch/icqXSnQS-QV, http://www.playvid.com/watch/5EssLnnjsSF,
http://www.playvid.com/watch/BuA5izLiYHu, http://www.playvid.com/watch/YBV9cKMbPKt, http://www.playvid.com/watch/nLUtak7mIP5,
http://www.playvid.com/watch/MvhkhMshLYa, http://www.playvid.com/watch/T71EK_2jnVw, http://www.playvid.com/watch/SEb6dIA3qvD,
http://www.playvid.com/watch/Vj6GpH38Wsp, http://www.playvid.com/watch/WvL3hNDKXaa, http://www.playvid.com/watch/2RjSF0XdZ62,
http://www.playvid.com/watch/Y-7NRkHLJJU, http://www.playvid.com/watch/2YnroOdkrFS, http://www.playvid.com/watch/g-wNZ-XUbuH,
http://www.playvid.com/watch/dabYlaSkJyl, http://www.playvid.com/watch/qCWnigAthm6, http://www.playvid.com/watch/sCdfcfyH7-7,
http://www.playvid.com/watch/wEuP5PxGKRm, http://www.playvid.com/watch/hvCpYRiaa_s, http://www.playvid.com/watch/B-vaBE2supm,
http://www.playvid.com/watch/RJhRsydOB40, http://www.playvid.com/watch/Zs4YieCSyUa, http://www.playvid.com/watch/UEgA7iflljB,
http://www.playvid.com/watch/8FY5Ff04eWb, http://www.playvid.com/watch/Vxa9Z20fy3V, http://www.playvid.com/watch/iKZ5bg8gWmp,
http://www.playvid.com/watch/ouaux2fgzGI, http://www.playvid.com/watch/BaqTVPDlai8, http://www.playvid.com/watch/i-nyB5yMmIw,
http://www.playvid.com/watch/78Me7enEYxw, http://www.playvid.com/watch/nAqntILloVQ, http://www.playvid.com/watch/G0-aOk5PcHc,
http://www.playvid.com/watch/AoPSgZRymyZ, http://www.playvid.com/watch/7M0y4l7Fg6V, http://www.playvid.com/watch/dEdKz1unfSf,
http://www.playvid.com/watch/YEasRdUMmPM, http://www.playvid.com/watch/Si4SinzIm_Q, http://www.playvid.com/watch/Ecc7N3oMI5U,
http://www.playvid.com/watch/6ZXBPycmVVI, http://www.playvid.com/watch/6G9ta0wKKiB, http://www.playvid.com/watch/hP3waQIQmEo,
http://www.playvid.com/watch/C6gQtnWnd1d, http://www.playvid.com/watch/oJomci_yGRc, http://www.playvid.com/watch/hqt3LbyGBkl,
http://www.playvid.com/watch/tNJ9jYpep6a, http://www.playvid.com/watch/3TGEc3TmRTp, http://www.playvid.com/watch/PAolK158aoj,
http://www.playvid.com/watch/Cn4cNrXLTZx, http://www.playvid.com/watch/yBjcp3HTQqQ, http://www.playvid.com/watch/zEb5L_-HzEr,
http://www.playvid.com/watch/bifRcCDE9MD, http://www.playvid.com/watch/24V_R_nz93j, http://www.playvid.com/watch/cBl0fC9yA29,
http://www.playvid.com/watch/LFEKGwywEWo, http://www.playvid.com/watch/VBW8nGGTl-N, http://www.playvid.com/watch/Va402gxrbTg,
http://www.playvid.com/watch/TuoGFw6IFpx, http://www.playvid.com/watch/D3PyooZzH7m, http://www.playvid.com/watch/qQF5RmIc5NQ,
http://www.playvid.com/watch/MQ7u735qwiR, http://www.playvid.com/watch/vU8EprzZ20r, http://www.playvid.com/watch/05kcGtRKS9J,
http://www.playvid.com/watch/FZoi_VedtCS, http://www.playvid.com/watch/R1YLtw8YeNi, http://www.playvid.com/watch/Jq-PBbx9Uli,
http://www.playvid.com/watch/uzk3phQ-vUa, http://www.playvid.com/watch/H5UB1zzOGBH, http://www.playvid.com/watch/GsJ3wxGKzoP,
http://www.playvid.com/watch/3A0Dtvy0Ixs, http://www.playvid.com/watch/sv7WMrj80pw, http://www.playvid.com/watch/CtNfOGZCG_r,
http://www.playvid.com/watch/OVNvzUcVFAs, http://www.playvid.com/watch/kKcUkVMRItS, http://www.playvid.com/watch/h_I4mOLWlAA,
http://www.playvid.com/watch/g5hO11lM-b5, http://www.playvid.com/watch/MAYP5hHw_Vz, http://www.playvid.com/watch/5R6UNGRnQ0Z,
http://www.playvid.com/watch/N7daXIimRon, http://www.playvid.com/watch/cCK6NGRBcci, http://www.playvid.com/watch/IjXBFPfbrni,
http://www.playvid.com/watch/ilW8Y9LnIID, http://www.playvid.com/watch/ssBDP_br3lM, http://www.playvid.com/watch/TP4WwE615xy,
http://www.playvid.com/watch/0-UibAKM4bs, http://www.playvid.com/watch/0P3-qlJ7cwr, http://www.playvid.com/watch/K6I6DBm4fAD,
http://www.playvid.com/watch/PhQr_wKUWqE, http://www.playvid.com/watch/Of_O2flGMmA, http://www.playvid.com/watch/G6ruw78yAJk,
http://www.playvid.com/watch/IlE0WMm007H, http://www.playvid.com/watch/xAoClR5ynoy, http://www.playvid.com/watch/pqgvLf-nazl,
http://www.playvid.com/watch/CZqxlQXCQOf, http://www.playvid.com/watch/gCtSomdHFWz, http://www.playvid.com/watch/6GRilypIo-y,
http://www.playvid.com/watch/zx39d-trbpK, http://www.playvid.com/watch/VpS1PbYPrVB, http://www.playvid.com/watch/A4TDFi2yM7A,
http://www.playvid.com/watch/M4_I5JvCNcO, http://www.playvid.com/watch/vDiDsaPuhx6, http://www.playvid.com/watch/Ibu6syCWytt,
http://www.playvid.com/watch/7Ri_cysceWX, http://www.playvid.com/watch/9bgAz7Q4exk, http://www.playvid.com/watch/HTv11btMVq8,
http://www.playvid.com/watch/p0hTvBEnHfs, http://www.playvid.com/watch/Dvt2ss7KY9O, http://www.playvid.com/watch/rBps64iYmuD,
http://www.playvid.com/watch/uSSUXMEmrw8, http://www.playvid.com/watch/h48I5o5M9DE, http://www.playvid.com/watch/waGQxctG_YZ,
http://www.playvid.com/watch/jkMCya0p_H6, http://www.playvid.com/watch/8RYBpOlC-8c, http://www.playvid.com/watch/mO3aKgG14Ch,
http://www.playvid.com/watch/CIOPWav8rHy, http://www.playvid.com/watch/b4xGjYZoFeu, http://www.playvid.com/watch/n-m8CxlZ8fU,
http://www.playvid.com/watch/K3LGsORHHub, http://www.playvid.com/watch/T3IUYS_1mtw, http://www.playvid.com/watch/s5pfijNIxIv,
http://www.playvid.com/watch/47NwdW3VWRW, http://www.playvid.com/watch/LWVDiUpD1o5, http://www.playvid.com/watch/nH9tgOOgZK6,
http://www.playvid.com/watch/fajWsbqrfkb, http://www.playvid.com/watch/HmEG4NCcSx5, http://www.playvid.com/watch/A2xM89PB-HK,
http://www.playvid.com/watch/b9ckNpwP_se, http://www.playvid.com/watch/u5eJjodZttj, http://www.playvid.com/watch/zznzKG9vwWi,
http://www.playvid.com/watch/SLUaaNS0WMc, http://www.playvid.com/watch/RIBszjvxuWf, http://www.playvid.com/watch/yk1158Kwd0E,
http://www.playvid.com/watch/cJYfAdMzGUk, http://www.playvid.com/watch/CIMgFL03Pxb, http://www.playvid.com/watch/jfiFuWFFItH,
http://www.playvid.com/watch/2BemwuoNqT7, http://www.playvid.com/watch/u1MKbaWqOBI, http://www.playvid.com/watch/wUhbKYgB025,
http://www.playvid.com/watch/BbeXcOLlQL0, http://www.playvid.com/watch/PFH8OepZ8Zc, http://www.playvid.com/watch/GdpRMKpG3K9,
http://www.playvid.com/watch/iyXpPw05yGR, http://www.playvid.com/watch/5g8AgseZ3GH, http://www.playvid.com/watch/JulYerrAhpj,
http://www.playvid.com/watch/wX5O8zXOsZ3, http://www.playvid.com/watch/grYF4D8f1GX, http://www.playvid.com/watch/E5dW2Z2jXNO,
http://www.playvid.com/watch/QCl1LyLndCn, http://www.playvid.com/watch/MNJgnKblupc, http://www.playvid.com/watch/XhBNKxeu0Zc,
http://www.playvid.com/watch/lVSTrM1oyKC, http://www.playvid.com/watch/2-lJUcuUf9Z, http://www.playvid.com/watch/hM5BXoGoWoL,
http://www.playvid.com/watch/x545ZOFmAz3, http://www.playvid.com/watch/FS0qgCV59UF, http://www.playvid.com/watch/cBRqhSyuDwk,
http://www.playvid.com/watch/VLGYPX0WXhO, http://www.playvid.com/watch/U6i1z518L6l, http://www.playvid.com/watch/v523XyQiBdX,
http://www.playvid.com/watch/KOUoOxYZNdn, http://www.playvid.com/watch/t76Z3Ev5bPL, http://www.playvid.com/watch/6z8LyVihDXB,
http://www.playvid.com/watch/XRtjlk-p0bM, http://www.playvid.com/watch/B2-4etjJZYK, http://www.playvid.com/watch/WC5Sx8N1EAn,
http://www.playvid.com/watch/aDYB2GHCuK7, http://www.playvid.com/watch/5zQBqoI5bwW, http://www.playvid.com/watch/D41IuABM7mG,
http://www.playvid.com/watch/g3KIWojZxMt, http://www.playvid.com/watch/59dx0xaRGmS, http://www.playvid.com/watch/OiPYO9iEz0K,
http://www.playvid.com/watch/6hE5jpPOFfg, http://www.playvid.com/watch/x7c90VdMtvo, http://www.playvid.com/watch/dchUdPFIy77,
http://www.playvid.com/watch/lBi6nPjcx1a, http://www.playvid.com/watch/BM5Aj7Fwlb0, http://www.playvid.com/watch/h8pbQP_rDmc,
http://www.playvid.com/watch/CKbIXQuRKta, http://www.playvid.com/watch/boNMpSqgqMz, http://www.playvid.com/watch/agtdfu0HZ7M,
http://www.playvid.com/watch/Qq9ptApMN0B, http://www.playvid.com/watch/dBZ_yGIxJ4b, http://www.playvid.com/watch/WhPW4-EneEK,
http://www.playvid.com/watch/Pyku0gfPO6q, http://www.playvid.com/watch/66YuzMHLZuB, http://www.playvid.com/watch/g6fIXMlPuLV,
http://www.playvid.com/watch/b6GTQ00F--c, http://www.playvid.com/watch/Gf1dC2Vg4Pn, http://www.playvid.com/watch/LVByPfrMd-K,
http://www.playvid.com/watch/uiP84H7wW6B, http://www.playvid.com/watch/f61dc40iLwo, http://www.playvid.com/watch/uOUY368FkMq,
http://www.playvid.com/watch/qzwQUT29Hgg, http://www.playvid.com/watch/mCN2vb2-znP, http://www.playvid.com/watch/2pRH5__2_ig,
http://www.playvid.com/watch/C23GoVZhgVG, http://www.playvid.com/watch/sj2YmbenIcg, http://www.playvid.com/watch/e6gm-H4Y7H0,
http://www.playvid.com/watch/ibucCYhyo0x, http://www.playvid.com/watch/ceSVaMKTa7E, http://www.playvid.com/watch/6VuaBzLajyd,
http://www.playvid.com/watch/g6H6WI_KVIy, http://www.playvid.com/watch/kvJjfx4VScA, http://www.playvid.com/watch/3CQi90Ca3Zl,
http://www.playvid.com/watch/Bp8KDnvwN-X, http://www.playvid.com/watch/iUEcGKQbVlB, http://www.playvid.com/watch/QkHkcNfekjW,
http://www.playvid.com/watch/3mnkVR2d7xf, http://www.playvid.com/watch/LGHdhffPql8, http://www.playvid.com/watch/TYKg-Xr88uH,
http://www.playvid.com/watch/Coy3gsv2W1Y, http://www.playvid.com/watch/zrozRadzV3q, http://www.playvid.com/watch/rjZI_cAIHtq,
http://www.playvid.com/watch/hpQyl3PQ98i, http://www.playvid.com/watch/LSeuipzJsSJ, http://www.playvid.com/watch/8u4wnruuU4k,
http://www.playvid.com/watch/Qbuz0Szgxi2, http://www.playvid.com/watch/0X9w5MjLn7w, http://www.playvid.com/watch/ADbeQEDSRyg,
http://www.playvid.com/watch/ku_l-pQ1JXI, http://www.playvid.com/watch/JnKvZAsJ_3A, http://www.playvid.com/watch/F3S5TFcsist,
http://www.playvid.com/watch/0G_z_y9yGll, http://www.playvid.com/watch/qf-kkgp8mlV, http://www.playvid.com/watch/vbPdPS3o1yg,
http://www.playvid.com/watch/NLARJM-vLze, http://www.playvid.com/watch/8M7N5HMLyza, http://www.playvid.com/watch/NFxcPGgyGUU,
http://www.playvid.com/watch/n3QWWwgAVx4, http://www.playvid.com/watch/jqFwS8i8xtD, http://www.playvid.com/watch/e_JbA9sH95Z,
http://www.playvid.com/watch/Aeg_D1ryk9O, http://www.playvid.com/watch/PSdF9Fw_QAT, http://www.playvid.com/watch/om7W65GPKBd,
http://www.playvid.com/watch/aaGNkL3gVug, http://www.playvid.com/watch/PFdKG3cFh1J, http://www.playvid.com/watch/FtKZlGAE_6o,
http://www.playvid.com/watch/L50bHjJJguz, http://www.playvid.com/watch/9xGUyHwuq-D, http://www.playvid.com/watch/nj7NLFnMuUN,
http://www.playvid.com/watch/emz5Y-1PFum, http://www.playvid.com/watch/rRhCpbo3AVM, http://www.playvid.com/watch/6ac3UHrJITR,
http://www.playvid.com/watch/85pqoh_PaK9, http://www.playvid.com/watch/iWHYOJKsvtd, http://www.playvid.com/watch/BfIfAMKpCvL,
http://www.playvid.com/watch/ciqe3m2l05M, http://www.playvid.com/watch/D_Vz0-6a_JW, http://www.playvid.com/watch/E13H5q3zaYL,
http://www.playvid.com/watch/wBFT8EOs6HN, http://www.playvid.com/watch/iVg4KfI5-3J, http://www.playvid.com/watch/uISNELKlnZe,

http://www.playvid.com/watch/RGaTWlQ_Di0, http://www.playvid.com/watch/G4NM_bd4jMi, http://www.playvid.com/watch/I9_8t1qRb1k,
http://www.playvid.com/watch/MGG0TU-XWZG, http://www.playvid.com/watch/4dfNsiV2PoE, http://www.playvid.com/watch/t4zTM5HqQhl,
http://www.playvid.com/watch/oOlwJk85iGL, http://www.playvid.com/watch/2OSMe6irrXb, http://www.playvid.com/watch/U6KQ3Rh44KA,
http://www.playvid.com/watch/rzgRa71z_BD, http://www.playvid.com/watch/wfrnMvQ7QoS, http://www.playvid.com/watch/Hg_Jqv8LkFl,
http://www.playvid.com/watch/hUkknS4BSQ7, http://www.playvid.com/watch/AsW_7nArs_0, http://www.playvid.com/watch/KK91ke5pv-s,
http://www.playvid.com/watch/NZBGszMbqgw, http://www.playvid.com/watch/HxUU7Ah7gW8, http://www.playvid.com/watch/xJOjV9T39n4,
http://www.playvid.com/watch/fEpZ4l1LL4r, http://www.playvid.com/watch/k4lQMjqw-ni, http://www.playvid.com/watch/6LPyrxyY_Fg,
http://www.playvid.com/watch/CMgU9TlzK6u, http://www.playvid.com/watch/6u6qu9JMXv5, http://www.playvid.com/watch/ktJ-Z7I0omu,
http://www.playvid.com/watch/uFF8DsuSV-d, http://www.playvid.com/watch/UMzczXSPjwk, http://www.playvid.com/watch/tuFhvfw8pAk,
http://www.playvid.com/watch/arQC0rOb5Os, http://www.playvid.com/watch/d0Q8EdGEHrb, http://www.playvid.com/watch/WT9VnA51bn6,
http://www.playvid.com/watch/JpKqA4cHGIj, http://www.playvid.com/watch/ETwIfOJJ02M, http://www.playvid.com/watch/Gd43nYaSsAU,
http://www.playvid.com/watch/NCL0osvHvgZ, http://www.playvid.com/watch/uFAWRtizQZH, http://www.playvid.com/watch/ImWil4FkF4w,
http://www.playvid.com/watch/K8zWMGD2pIZ, http://www.playvid.com/watch/xCtloCyHjDR, http://www.playvid.com/watch/LT0tINoGRYo,
http://www.playvid.com/watch/RgPY6oEAfUb, http://www.playvid.com/watch/oYNa7Lmking, http://www.playvid.com/watch/l-eefHZWcR9,
http://www.playvid.com/watch/v3_etvvgzql, http://www.playvid.com/watch/MmS9vlBUvzA, http://www.playvid.com/watch/iXko4SIN0oM,
http://www.playvid.com/watch/XG96zqMxUNi, http://www.playvid.com/watch/DUlJA_eHXRP, http://www.playvid.com/watch/gyNCyw31Bxd,
http://www.playvid.com/watch/AMpOK5SH16A, http://www.playvid.com/watch/HAxk0XzCICM, http://www.playvid.com/watch/HQZpCsQdoX3,
http://www.playvid.com/watch/JAxzEi1a_is, http://www.playvid.com/watch/JtoWWqy8da4, http://www.playvid.com/watch/2eYEh3dBDpH,
http://www.playvid.com/watch/nvg7OQ5X2bb, http://www.playvid.com/watch/Sqt5U6iVOP8, http://www.playvid.com/watch/xCKH9hf6EGB,
http://www.playvid.com/watch/w66RUZ0oXDa, http://www.playvid.com/watch/FxyPCJ572Vr, http://www.playvid.com/watch/bSGui7TChQq,
http://www.playvid.com/watch/CSfpmp-1b_A, http://www.playvid.com/watch/TAOVcLrpJ33, http://www.playvid.com/watch/x6pMa3j6mfB,
http://www.playvid.com/watch/Xp4wLMESytV, http://www.playvid.com/watch/dZ3nOZx2khw, http://www.playvid.com/watch/f8UTVb_Jh9H,
http://www.playvid.com/watch/NoZ_d3AmtOY, http://www.playvid.com/watch/4PZYkcb4ytF, http://www.playvid.com/watch/4GVRwrWOgGz,
http://www.playvid.com/watch/Ah0wQ-701Ou, http://www.playvid.com/watch/nm8ML3j2qdA, http://www.playvid.com/watch/42Wa-JNlCg4,
http://www.playvid.com/watch/ixJI5wdXtIF, http://www.playvid.com/watch/ulKkT0lDblV, http://www.playvid.com/watch/DI1VL7YiP-V,
http://www.playvid.com/watch/QBvtkva4Lnc, http://www.playvid.com/watch/9INHqcZ1EZw, http://www.playvid.com/watch/kLZ_r-f7S9e,
http://www.playvid.com/watch/uEpmUYHvl_d, http://www.playvid.com/watch/AWUeoupC9n5, http://www.playvid.com/watch/c14gUp6A8eO,
http://www.playvid.com/watch/wF0lnQPtSfq, http://www.playvid.com/watch/KD2eucxSYiy, http://www.playvid.com/watch/zFjgmxqvWgB,
http://www.playvid.com/watch/Z7wqhomc4CR, http://www.playvid.com/watch/4069lRIAryO, http://www.playvid.com/watch/GUJ4BeyAYB4,
http://www.playvid.com/watch/NwVOUG_7Bhp, http://www.playvid.com/watch/NEJkikSmYos, http://www.playvid.com/watch/Aig6FiXzzSW,
http://www.playvid.com/watch/omvwI6ox0V7, http://www.playvid.com/watch/cWitbMqe8OY, http://www.playvid.com/watch/5rflwkGhXQa,
http://www.playvid.com/watch/hUBTgmo354f, http://www.playvid.com/watch/J8E2W9g54Fx, http://www.playvid.com/watch/f7oI9FVQ25F,
http://www.playvid.com/watch/Pqol3jVOmHk, http://www.playvid.com/watch/B8sjZSGRrnb, http://www.playvid.com/watch/uu-mWshs3id,
http://www.playvid.com/watch/NO0orY79_5b, http://www.playvid.com/watch/Uo8SOMbPejA, http://www.playvid.com/watch/ylBYPk3zYP6,
http://www.playvid.com/watch/SqlGU_HP_b4, http://www.playvid.com/watch/0DXmnF9M6lO, http://www.playvid.com/watch/c4QrLy1Mc1I,
http://www.playvid.com/watch/CGuTjiKd6Ms, http://www.playvid.com/watch/HmXAvuGqkOo, http://www.playvid.com/watch/cb-vcpq_k_M,
http://www.playvid.com/watch/cAPwQgl1mon, http://www.playvid.com/watch/LCn5aNytrpO, http://www.playvid.com/watch/2bpmOSkgaDl,
http://www.playvid.com/watch/MQEjgAclEZ6, http://www.playvid.com/watch/oz3a3_DtFFh, http://www.playvid.com/watch/G_Dq9r7SFwl,
http://www.playvid.com/watch/M8HZyDM9Utp, http://www.playvid.com/watch/U7RBAC0bGr2, http://www.playvid.com/watch/hxNCYRLaIJA,
http://www.playvid.com/watch/FKTzvmP6pFp, http://www.playvid.com/watch/MkcC0A_rkeU, http://www.playvid.com/watch/f0CKUDP0Kno,
http://www.playvid.com/watch/Otr1AwS_1EC, http://www.playvid.com/watch/mdRVJbsdNqG, http://www.playvid.com/watch/FkqrfQkM9Of,
http://www.playvid.com/watch/Ly6eZT7eTun, http://www.playvid.com/watch/ju0lR7HsHme, http://www.playvid.com/watch/NqbOw9kRsvS,
http://www.playvid.com/watch/2yoBWmhxmB9, http://www.playvid.com/watch/HDrjmfR5vab, http://www.playvid.com/watch/cNPaz6Icj7E,
http://www.playvid.com/watch/4pWUeaSgSGK, http://www.playvid.com/watch/g0xt1MZbWgr, http://www.playvid.com/watch/FpzNl1RuwhH,
http://www.playvid.com/watch/uxDfLLDKk0I, http://www.playvid.com/watch/8zkjS1WS4mw, http://www.playvid.com/watch/wFIM72yC9-I,
http://www.playvid.com/watch/eBjr0Wrzubf, http://www.playvid.com/watch/SbdtxkAwg0o, http://www.playvid.com/watch/8fNj9dYsTvV,
http://www.playvid.com/watch/nIHlSFsW0l7, http://www.playvid.com/watch/O9XpurVijmn, http://www.playvid.com/watch/JtdmYrakTnN,
http://www.playvid.com/watch/6eCM3dd-YbB, http://www.playvid.com/watch/tdn8eqveN7p, http://www.playvid.com/watch/P09jPQUlFq8,
http://www.playvid.com/watch/SP__b8CGaXj, http://www.playvid.com/watch/zptJ1jzI9EK, http://www.playvid.com/watch/0Ma2HUCK-85,
http://www.playvid.com/watch/DSxZpPz7awe, http://www.playvid.com/watch/c1fcyTRihso, http://www.playvid.com/watch/y3BU6YYYJM3,
http://www.playvid.com/watch/9A6iHqGJcYn, http://www.playvid.com/watch/LbY7GIkHWhu, http://www.playvid.com/watch/47tmbqetsVq,
http://www.playvid.com/watch/31Qs2YKH8E7, http://www.playvid.com/watch/Bz0qG6noy82, http://www.playvid.com/watch/Hi1Y4vEJjFZ,
http://www.playvid.com/watch/m2m5F_E86NQ, http://www.playvid.com/watch/blrBLjHPCPO, http://www.playvid.com/watch/96zgpfqy4Aa,
http://www.playvid.com/watch/aPcoMP_jnfx, http://www.playvid.com/watch/HPtbyoqpoTr, http://www.playvid.com/watch/Vkfs1I8Jser,
http://www.playvid.com/watch/H--ds6xEAS2, http://www.playvid.com/watch/Om1Fnfi819c, http://www.playvid.com/watch/zAmr22g5Sgh,
http://www.playvid.com/watch/qaph_0bBiOO, http://www.playvid.com/watch/iiyyUSZCz8o, http://www.playvid.com/watch/3k2tmONax1Z,
http://www.playvid.com/watch/CSYaKYLyEfg, http://www.playvid.com/watch/lGXTjZ7_3rU, http://www.playvid.com/watch/3pB7jqVmzTf,
http://www.playvid.com/watch/NkuUtTGGzgW, http://www.playvid.com/watch/rjVRRpo5BVX, http://www.playvid.com/watch/JfNABBHFm_S,
http://www.playvid.com/watch/2MczdoJ2t87, http://www.playvid.com/watch/2SjSkqzJwdZ, http://www.playvid.com/watch/cBymoP9Kb65,
http://www.playvid.com/watch/oVvvdF011aj, http://www.playvid.com/watch/SLtU5pm_bLw, http://www.playvid.com/watch/ikY78zYsIKh,
http://www.playvid.com/watch/G3aDzw0ZnqJ, http://www.playvid.com/watch/3uFPafgc28y, http://www.playvid.com/watch/XWabeSXSQ6f,
http://www.playvid.com/watch/rYzN3ptw3mX, http://www.playvid.com/watch/87koZ-l5Rke, http://www.playvid.com/watch/aOk_z1VKvmG,
http://www.playvid.com/watch/3dGmFapzssx, http://www.playvid.com/watch/W0CqBylKaX8, http://www.playvid.com/watch/YOEMlTNJ5my,
http://www.playvid.com/watch/JGhWH69d-rC, http://www.playvid.com/watch/2wfP0-LjSct, http://www.playvid.com/watch/7FFAL22UztS,
http://www.playvid.com/watch/s4PjsPQSt-g, http://www.playvid.com/watch/JhsMWZ01jMe, http://www.playvid.com/watch/4WOZn2V_o_p,
http://www.playvid.com/watch/0aTBuLPj5rE, http://www.playvid.com/watch/3_Do5nhPCtH, http://www.playvid.com/watch/R5CU8taisGZ,
http://www.playvid.com/watch/u57_YTnzonM, http://www.playvid.com/watch/wRwHbP0SfSF, http://www.playvid.com/watch/xTNikVcaH_O,
http://www.playvid.com/watch/J-m5eeguOg5, http://www.playvid.com/watch/PNg5pduQeil, http://www.playvid.com/watch/3Lf0jEoEcJ8,
http://www.playvid.com/watch/NHiTC8n5WWs, http://www.playvid.com/watch/8MuVu-zBpQj, http://www.playvid.com/watch/v2im-EUhnGT,
http://www.playvid.com/watch/v3DFLJqx5cv, http://www.playvid.com/watch/RXdvNnlIMuK, http://www.playvid.com/watch/9E1f8YralMe,
http://www.playvid.com/watch/T-P8Tsdbls4, http://www.playvid.com/watch/yys-hYwDFbl, http://www.playvid.com/watch/58GPZuIsfrA,
http://www.playvid.com/watch/uEXXJ4RLBA5, http://www.playvid.com/watch/6WUcytWqOEF, http://www.playvid.com/watch/YRcXtxubQFn,
http://www.playvid.com/watch/bY-MuPF2rO2, http://www.playvid.com/watch/BzXHs10qugO, http://www.playvid.com/watch/upJ31q2Y75D,
http://www.playvid.com/watch/PK2k--2HR70, http://www.playvid.com/watch/aLu_z9A-W38, http://www.playvid.com/watch/uzW4U_X7CQG,
http://www.playvid.com/watch/wm-q4fn_JXb, http://www.playvid.com/watch/KHVj9Gv5IuU, http://www.playvid.com/watch/hvzMIj2FLZE,
http://www.playvid.com/watch/HMdHY-l8qX0, http://www.playvid.com/watch/jhF8XwpDcai, http://www.playvid.com/watch/QD2kk1ogXgB,
http://www.playvid.com/watch/toex_H8Vufd, http://www.playvid.com/watch/BlZHjsxAyGW, http://www.playvid.com/watch/0p3xNbtR01R,
http://www.playvid.com/watch/HKQfyYbT05m, http://www.playvid.com/watch/JtVcwsKgYaV, http://www.playvid.com/watch/tlYQKKEIsEL,
http://www.playvid.com/watch/mn3-WwuZB1n, http://www.playvid.com/watch/G9MD3N3-hb2, http://www.playvid.com/watch/YZLnjHlrVhm,
http://www.playvid.com/watch/6YPEJP2eBTG, http://www.playvid.com/watch/Gi0dPhk6Gf4, http://www.playvid.com/watch/4KxwuurSvsH,
http://www.playvid.com/watch/qWjJ-ZuUQga, http://www.playvid.com/watch/QneFa4VW6bM, http://www.playvid.com/watch/hM9PCAChs7g,
http://www.playvid.com/watch/OAgwvxgYTOj, http://www.playvid.com/watch/3iVZSTUxf4U, http://www.playvid.com/watch/A1JFM9dZNqS,
http://www.playvid.com/watch/8FChNlLNZkK, http://www.playvid.com/watch/iRCp9Xek_AZ, http://www.playvid.com/watch/y614ivudl1c,
http://www.playvid.com/watch/t_Mu24_fvA5, http://www.playvid.com/watch/0JEBnvmEoqn, http://www.playvid.com/watch/8d0LplhBX1d,
http://www.playvid.com/watch/76DFVmetZ-a, http://www.playvid.com/watch/MpwcPXHqXah, http://www.playvid.com/watch/Z7KGI0zn1EM,
http://www.playvid.com/watch/vF9VkWoq3B3, http://www.playvid.com/watch/L1efahEk9AD, http://www.playvid.com/watch/ff_JQqn7t0L,
http://www.playvid.com/watch/hrCyTAnkDGC, http://www.playvid.com/watch/tTuufRyDgXD, http://www.playvid.com/watch/jVeh261Nm-n,
http://www.playvid.com/watch/7SNR23PSgs3, http://www.playvid.com/watch/dDc8dAKocg7, http://www.playvid.com/watch/QggCMzZuZVo,
http://www.playvid.com/watch/uKhN__UEE_3, http://www.playvid.com/watch/z0K74oEifln, http://www.playvid.com/watch/3sVtj14rrHW,
http://www.playvid.com/watch/0q2H8FE15eE, http://www.playvid.com/watch/B_Qc9Sxs0Jn, http://www.playvid.com/watch/P7HIKtI8den,
http://www.playvid.com/watch/jcI60MzeM1k, http://www.playvid.com/watch/3-9CkIZWUT9, http://www.playvid.com/watch/nCXooDWzdpy,
http://www.playvid.com/watch/tvJpH7qEpys, http://www.playvid.com/watch/sETIdwsx55o, http://www.playvid.com/watch/q0Ww4YY71J4,
http://www.playvid.com/watch/HV6ZqfhpT0y, http://www.playvid.com/watch/hOld3jVrsdX, http://www.playvid.com/watch/Z2gncgE08kE,
http://www.playvid.com/watch/ODiI-OcT5cN, http://www.playvid.com/watch/cFW6CKtB-ug, http://www.playvid.com/watch/MYKd_H7CfAH,
http://www.playvid.com/watch/QrRhl4MglfD, http://www.playvid.com/watch/XHXFwvu0JAo, http://www.playvid.com/watch/grzMkHU86cB,
http://www.playvid.com/watch/3iPrA2STCMb, http://www.playvid.com/watch/MYdCwWE5YHE, http://www.playvid.com/watch/zxBZaU_lQLK,

http://www.playvid.com/watch/neKAV5fJM6P, http://www.playvid.com/watch/sXY0_dbUkxB, http://www.playvid.com/watch/RnVS94SthZh, http://www.playvid.com/watch/MGWOdq3wJll, http://www.playvid.com/watch/zWLxiP_Caj6, http://www.playvid.com/watch/pZZybq4vDlp, http://www.playvid.com/watch/zoZ_AKFl2jL, http://www.playvid.com/watch/mIU8II2r6oo, http://www.playvid.com/watch/iesKKpIJYuY, http://www.playvid.com/watch/qoZpKX71HX9, http://www.playvid.com/watch/rfyFshULngz, http://www.playvid.com/watch/zfHw46UcbJc, http://www.playvid.com/watch/IW0-zFJP_Yq, http://www.playvid.com/watch/bqb4FWRoD87, http://www.playvid.com/watch/n-8iWERR-KI, http://www.playvid.com/watch/ByCC5Wy9lGb, http://www.playvid.com/watch/wtp7SpD-sAM, http://www.playvid.com/watch/Z0pD6ybDg2N, http://www.playvid.com/watch/KwKsBVz4mex, http://www.playvid.com/watch/ngW83qiVJqX, http://www.playvid.com/watch/NC5FspN7Esr, http://www.playvid.com/watch/Eq5pKDatsQC, http://www.playvid.com/watch/u7UBzFWgu2t, http://www.playvid.com/watch/XclM1ZZ1e_q, http://www.playvid.com/watch/vbj-mFICtuV, http://www.playvid.com/watch/BSpBlSCdp0x, http://www.playvid.com/watch/RyDAz9rxbRQ, http://www.playvid.com/watch/ju7EeyYcBQj, http://www.playvid.com/watch/jP-1-lRYlGf, http://www.playvid.com/watch/HStPJFQ_E1b, http://www.playvid.com/watch/UNa6lBieRvM, http://www.playvid.com/watch/pZOYr5BnMjk, http://www.playvid.com/watch/U1NKsrCW3WN, http://www.playvid.com/watch/GTLqoad4Aqg, http://www.playvid.com/watch/qjGE4ndVBfL, http://www.playvid.com/watch/h2mOgFrEhiU, http://www.playvid.com/watch/EndEuyYjrmT, http://www.playvid.com/watch/BMN_PgfywzB, http://www.playvid.com/watch/Uw15OSpL_Ip, http://www.playvid.com/watch/o9Hq21an-fp, http://www.playvid.com/watch/HIkD2ubIa9k, http://www.playvid.com/watch/d7O63zJRybq, http://www.playvid.com/watch/D2AE9Yx_EDJ, http://www.playvid.com/watch/glJZdMzq39F, http://www.playvid.com/watch/38X7d7JeOil, http://www.playvid.com/watch/izsBQdWP5Nl, http://www.playvid.com/watch/YPHaHgYc5hF, http://www.playvid.com/watch/sDUpeNqAK9D, http://www.playvid.com/watch/CbosIRvxL0l, http://www.playvid.com/watch/O9CQnmxaSxJ, http://www.playvid.com/watch/frwE8fqJf4z, http://www.playvid.com/watch/CEal-zcTSlW, http://www.playvid.com/watch/ls0DW2ll1aX, http://www.playvid.com/watch/PyfdYhI9Zu3, http://www.playvid.com/watch/Xt45k07L9nJ, http://www.playvid.com/watch/TlAfPCDFHJ7, http://www.playvid.com/watch/ZsBbJJ4VQ1a, http://www.playvid.com/watch/NPohRwsSkm2, http://www.playvid.com/watch/U_gNr5igFgB, http://www.playvid.com/watch/TDzZTCFZ1ks, http://www.playvid.com/watch/x3tT68Q-n3g, http://www.playvid.com/watch/A9nugCUc98t, http://www.playvid.com/watch/30vZs3bWsYV, http://www.playvid.com/watch/IDnqQ-xzR1O, http://www.playvid.com/watch/e7zz_oZ2jKP, http://www.playvid.com/watch/ks8Idvc0Ajo, http://www.playvid.com/watch/oHyVGltqL0u, http://www.playvid.com/watch/o13dTNA5eGf, http://www.playvid.com/watch/YRn9LytMyxq, http://www.playvid.com/watch/d4BHu7jVGua, http://www.playvid.com/watch/wlEq1YR1g8Y, http://www.playvid.com/watch/8MuWgA8BEv6, http://www.playvid.com/watch/MfX-b1IUJ5Z, http://www.playvid.com/watch/fZ96bgm157e, http://www.playvid.com/watch/TjvJHB3SC2h, http://www.playvid.com/watch/0S2OcZ_eHZ7, http://www.playvid.com/watch/4TG5CrquFbo, http://www.playvid.com/watch/pV1vkP6tNNn, http://www.playvid.com/watch/z7siViOSQF4, http://www.playvid.com/watch/KE49oN-cqiV, http://www.playvid.com/watch/nABvSeq5UIt, http://www.playvid.com/watch/RS0wmQ98KB0, http://www.playvid.com/watch/nyaqn_5ilKJ, http://www.playvid.com/watch/Tizwl-K3jaS, http://www.playvid.com/watch/Kq1jcDhqfq8, http://www.playvid.com/watch/JLCuJYUiNoh, http://www.playvid.com/watch/WWxci4PYCEI, http://www.playvid.com/watch/c6-myowLnEX, http://www.playvid.com/watch/bDgk_HjcwqL, http://www.playvid.com/watch/YCce2M5crST, http://www.playvid.com/watch/DrPHjBS1uEQ, http://www.playvid.com/watch/BMKgasOvxhx, http://www.playvid.com/watch/L-TqrMgUGX7, http://www.playvid.com/watch/iPnWp4OHfoE, http://www.playvid.com/watch/MO9bBqM39cV, http://www.playvid.com/watch/6wF6SbClHUB, http://www.playvid.com/watch/aaLj6e15OQ5, http://www.playvid.com/watch/hUmQzeRWmNr, http://www.playvid.com/watch/K9AQkjPp89m, http://www.playvid.com/watch/Es_7v3lHfzy, http://www.playvid.com/watch/a1Y8TVmaGQ9, http://www.playvid.com/watch/vamMHGGcXoj, http://www.playvid.com/watch/T53d-YZ3oad, http://www.playvid.com/watch/4Vb6FaTjkwA, http://www.playvid.com/watch/qOWtAiVKzMs, http://www.playvid.com/watch/A17OhVUrHVM, http://www.playvid.com/watch/GyNI1gclNbx, http://www.playvid.com/watch/YATs98_KWGt, http://www.playvid.com/watch/K3GZMi8MpQT, http://www.playvid.com/watch/vrQlPCyKvr0, http://www.playvid.com/watch/HVb6e6_fqa7, http://www.playvid.com/watch/nPzEvMs_dNU, http://www.playvid.com/watch/KyyGpv5lIUK, http://www.playvid.com/watch/wuArfhjZo7I, http://www.playvid.com/watch/PqJYe2F82i9, http://www.playvid.com/watch/lqLLD_TZtvr, http://www.playvid.com/watch/FcGQFUYaz99, http://www.playvid.com/watch/CeDOwi4ArLx, http://www.playvid.com/watch/MCTIGoxV9ie, http://www.playvid.com/watch/rtG-ADGWFdi, http://www.playvid.com/watch/lBO7ZyOz00v, http://www.playvid.com/watch/v0brs2Q2mi9, http://www.playvid.com/watch/Kxvz0N8EZGl, http://www.playvid.com/watch/Zi-Zo814QYv, http://www.playvid.com/watch/lKZdrtXd32D, http://www.playvid.com/watch/6aciRvmlkA4, http://www.playvid.com/watch/XNlm0HXCFfC, http://www.playvid.com/watch/Yw7UXXGhPjT, http://www.playvid.com/watch/sbeeWuPliq5, http://www.playvid.com/watch/HU73VY6MLol, http://www.playvid.com/watch/5-zNxEtnkZg, http://www.playvid.com/watch/j7Jkzw9HfxS, http://www.playvid.com/watch/Ff1lj-Bi67c, http://www.playvid.com/watch/JakDXwy27aL, http://www.playvid.com/watch/SYsWiIyrN5h, http://www.playvid.com/watch/Tj1wd_a1tiL, http://www.playvid.com/watch/WFVn8PZ2jEh, http://www.playvid.com/watch/mww33KBjHj3, http://www.playvid.com/watch/ljaHJPLTHXI, http://www.playvid.com/watch/k10aW492NdO, http://www.playvid.com/watch/QEPrt_RAptx, http://www.playvid.com/watch/loY549p8_dv, http://www.playvid.com/watch/Y_AobEDy-zb, http://www.playvid.com/watch/O6Nh2MtKLZ9, http://www.playvid.com/watch/p7HX46KHwJY, http://www.playvid.com/watch/n5BeCBgfHRl, http://www.playvid.com/watch/g7bj5Gefmvy, http://www.playvid.com/watch/qmAbI_299Ja, http://www.playvid.com/watch/o5KwiI6iwfg, http://www.playvid.com/watch/PxeD1PjmrPe, http://www.playvid.com/watch/SgiZp0Gzv-F, http://www.playvid.com/watch/hh25iSOc07m, http://www.playvid.com/watch/kzRPvrjy90r, http://www.playvid.com/watch/j_4Sz7LL2IE, http://www.playvid.com/watch/7fkHu1Bs1IU, http://www.playvid.com/watch/aZev_OvtMRG, http://www.playvid.com/watch/Pthn3Zud863, http://www.playvid.com/watch/2Bkd0npb1oU, http://www.playvid.com/watch/zgNke9H58ys, http://www.playvid.com/watch/83BelQiESge, http://www.playvid.com/watch/hhbzufgyk-V, http://www.playvid.com/watch/DCjT5Nc0Nb4, http://www.playvid.com/watch/2115bbCRKpr, http://www.playvid.com/watch/uz9ccBGCrtt, http://www.playvid.com/watch/s59YSJQFtr4, http://www.playvid.com/watch/VnBueir1vcK, http://www.playvid.com/watch/T9WCY92r6lF, http://www.playvid.com/watch/SrNaKIy0quf, http://www.playvid.com/watch/pl2t_pDRWQW, http://www.playvid.com/watch/3ELzY1UKBsY, http://www.playvid.com/watch/o9d-TrtJYsv, http://www.playvid.com/watch/YE-VHQApV-L, http://www.playvid.com/watch/2Prahi8Hmfd, http://www.playvid.com/watch/U8KnTtDEGUH, http://www.playvid.com/watch/0gB0Mj9T00d, http://www.playvid.com/watch/7wNvcRJAMyv, http://www.playvid.com/watch/0X5jXLkJ2E2, http://www.playvid.com/watch/66C3X6RQ-v3, http://www.playvid.com/watch/FgJ9QGiRgEq, http://www.playvid.com/watch/qwcGk_Ydzra, http://www.playvid.com/watch/ELWXbq9q5My, http://www.playvid.com/watch/Cfu4DcD47VA, http://www.playvid.com/watch/e-3yu4USt_2, http://www.playvid.com/watch/pYpAGzArvr3, http://www.playvid.com/watch/rPiaIF5vaTC, http://www.playvid.com/watch/7146kwQTK0Q, http://www.playvid.com/watch/ZOIzbnM5uyz, http://www.playvid.com/watch/VKq_0XIMfqB, http://www.playvid.com/watch/m298UJZJiLC, http://www.playvid.com/watch/RsD8mf2b0bi, http://www.playvid.com/watch/BCpFt9J2MHY, http://www.playvid.com/watch/z8On_2xktCv, http://www.playvid.com/watch/yKJQavN_zEw, http://www.playvid.com/watch/fZz0S8WZgqC, http://www.playvid.com/watch/039Ka60UTdL, http://www.playvid.com/watch/ZvinzMHo0t5, http://www.playvid.com/watch/ESx3NiVcbyv, http://www.playvid.com/watch/DjOI0-zv3ab, http://www.playvid.com/watch/PfwMAYfa48G, http://www.playvid.com/watch/8vhW5JsgaZN, http://www.playvid.com/watch/AbuhByGDyCC, http://www.playvid.com/watch/8Zzx04vkXzB, http://www.playvid.com/watch/DZBdyR_uqhS, http://www.playvid.com/watch/DP_u6g7fzjH, http://www.playvid.com/watch/qiYmEgitrrS, http://www.playvid.com/watch/DdasDdXz8_w, http://www.playvid.com/watch/d8MymC4vAbj, http://www.playvid.com/watch/UCH3pq_RuFT, http://www.playvid.com/watch/sq_GnZ4vLtM, http://www.playvid.com/watch/62mZkCjGT6m, http://www.playvid.com/watch/VzOXPoMdOQ0, http://www.playvid.com/watch/whMsuTmeYQv, http://www.playvid.com/watch/BC_pWTsvPQ9, http://www.playvid.com/watch/O1VvMJEjJhZ, http://www.playvid.com/watch/X_HorcU-b4D, http://www.playvid.com/watch/2Vb5HFMKatM, http://www.playvid.com/watch/0k1ga3MKqYo, http://www.playvid.com/watch/LR1Jow0s8Q9, http://www.playvid.com/watch/tVJwhmCN52r, http://www.playvid.com/watch/naxJe7jpBol, http://www.playvid.com/watch/PRaVXmnziIn, http://www.playvid.com/watch/8lQ2CUCm3Kf, http://www.playvid.com/watch/A1AIIVw7-ng, http://www.playvid.com/watch/i1Rz0v3x0-Q, http://www.playvid.com/watch/IO7K-u7DBJk, http://www.playvid.com/watch/2TS44wpDqKP, http://www.playvid.com/watch/VjWdOr98IIF, http://www.playvid.com/watch/Lepcfum-dMP, http://www.playvid.com/watch/7BkrNPzAzSa, http://www.playvid.com/watch/5reKaFyHC7W, http://www.playvid.com/watch/GOuzBlrY8rT, http://www.playvid.com/watch/sh5wWgHIssW, http://www.playvid.com/watch/TdnARJsVFrq, http://www.playvid.com/watch/laHY6H-toVK, http://www.playvid.com/watch/XeiVnDouoVC, http://www.playvid.com/watch/DbTvTaGt3LP, http://www.playvid.com/watch/xW3RTRko0LU, http://www.playvid.com/watch/0UwKNuzg9Px, http://www.playvid.com/watch/mK_HD5wfbfF, http://www.playvid.com/watch/5L645S-WniL, http://www.playvid.com/watch/WX86bW91Sws, http://www.playvid.com/watch/6WxLrtRF1an, http://www.playvid.com/watch/Pf3hvs-uw63, http://www.playvid.com/watch/4LnXTMvJia6, http://www.playvid.com/watch/zl_SAgD_TkX, http://www.playvid.com/watch/8tebwevUisZ, http://www.playvid.com/watch/w7fTVMRt8F8, http://www.playvid.com/watch/T78DJ4OcH0y, http://www.playvid.com/watch/sO1_cxc1sNW, http://www.playvid.com/watch/TrIEtoICOF5, http://www.playvid.com/watch/GjmMYjdhxmi, http://www.playvid.com/watch/pjT3P0IE3iW, http://www.playvid.com/watch/2zpg43aj0Uc, http://www.playvid.com/watch/wj3_gNHE9-f, http://www.playvid.com/watch/Wq-BjG3SXq0, http://www.playvid.com/watch/Dm6j6y-QXGt, http://www.playvid.com/watch/dhB4UniKd69, http://www.playvid.com/watch/svQz_pLGR7O, http://www.playvid.com/watch/8dfXtjqCTMs, http://www.playvid.com/watch/c3D1Sa4AzIp, http://www.playvid.com/watch/N9gR7YVIBqp, http://www.playvid.com/watch/qO8IE0fKOUZ, http://www.playvid.com/watch/PuYQFb9CRzi, http://www.playvid.com/watch/9LUAW8KSPtA, http://www.playvid.com/watch/LA2YOOrI8ho, http://www.playvid.com/watch/dJvYI7iNv8L, http://www.playvid.com/watch/yW4hc_L43PI, http://www.playvid.com/watch/OODQfJmZZHx, http://www.playvid.com/watch/d1GUpHN1gvQ, http://www.playvid.com/watch/gaC_-GMzatH, http://www.playvid.com/watch/XStj1POq986, http://www.playvid.com/watch/HiHwtCVcGbV, http://www.playvid.com/watch/V9OJJ0_waho, http://www.playvid.com/watch/N5t11R-nlsh, http://www.playvid.com/watch/ngvrkmI5nyQ, http://www.playvid.com/watch/aKKYKv59gDE, http://www.playvid.com/watch/EBM5nb2rdz4, http://www.playvid.com/watch/E2ABiMBlZX0, http://www.playvid.com/watch/Byc43tSZxkH, http://www.playvid.com/watch/xRgq-tngeJ9, http://www.playvid.com/watch/eU1BPsP9xv7, http://www.playvid.com/watch/am4aafbItEx, http://www.playvid.com/watch/Cds-N65eIVk, http://www.playvid.com/watch/S_ilwpqWIqR, http://www.playvid.com/watch/7u38jfg3_Ux, http://www.playvid.com/watch/lPen_9cKlEb, http://www.playvid.com/watch/ahWUwPBhNqz, http://www.playvid.com/watch/3Nu_PRegfTa,

http://www.playvid.com/watch/95TIPdT5bII, http://www.playvid.com/watch/6SAo5Qo61Nh, http://www.playvid.com/watch/3a6y1wYSBnu, http://www.playvid.com/watch/zZIfQ7lacfp, http://www.playvid.com/watch/czjycJMELiq, http://www.playvid.com/watch/OXmHPOKl8AC, http://www.playvid.com/watch/aK4CgoNfLAz, http://www.playvid.com/watch/KHtHbL4WsvZ, http://www.playvid.com/watch/y-nShxNF2pL, http://www.playvid.com/watch/CYPRLfBhXEj, http://www.playvid.com/watch/KcVg25QFsLj, http://www.playvid.com/watch/Jf7QbWmrMZm, http://www.playvid.com/watch/KrekN-CGyR9, http://www.playvid.com/watch/aHudajiOzv0, http://www.playvid.com/watch/0kTtxHd8UGI, http://www.playvid.com/watch/sEjejeWc19J, http://www.playvid.com/watch/CWQqH7mIR8f, http://www.playvid.com/watch/6vaFif4MDiT, http://www.playvid.com/watch/I2IIdBs9WoF, http://www.playvid.com/watch/DnjaCoewlMR, http://www.playvid.com/watch/zyA1-5z8VpP, http://www.playvid.com/watch/hI3UpDmEORN, http://www.playvid.com/watch/7rNU-hAW5Jf, http://www.playvid.com/watch/Ng5hwobZI_L, http://www.playvid.com/watch/yoS5DzaqFY4, http://www.playvid.com/watch/rALq5qYhsx3, http://www.playvid.com/watch/JK8cWZkHKrL, http://www.playvid.com/watch/vM0RDmE5-1h, http://www.playvid.com/watch/Nqe2MLrB5jj, http://www.playvid.com/watch/OpvBjtST_xA, http://www.playvid.com/watch/qmOPCm_VcQP, http://www.playvid.com/watch/MTnio8f57Oc, http://www.playvid.com/watch/zDRnXHsJWZm, http://www.playvid.com/watch/GpDfonIeBf7, http://www.playvid.com/watch/hpxGlq8n3-M, http://www.playvid.com/watch/BTvi4ROPagH, http://www.playvid.com/watch/Own5Jcq9sFh, http://www.playvid.com/watch/CZ22vAfCrt9, http://www.playvid.com/watch/OiSQLgOOcHL, http://www.playvid.com/watch/2H_GdogK-Au, http://www.playvid.com/watch/N7gZGxzx9pW, http://www.playvid.com/watch/sLZiznbUG4P, http://www.playvid.com/watch/Bl5Q7yOJabh, http://www.playvid.com/watch/dG0xoqGDsUl, http://www.playvid.com/watch/jmv719eELtb, http://www.playvid.com/watch/QksUnBOgBZ4, http://www.playvid.com/watch/7JB-DUztDhr, http://www.playvid.com/watch/jMNUsBsWh1s, http://www.playvid.com/watch/WkJnelVy9yM, http://www.playvid.com/watch/o0DVpS5inNj, http://www.playvid.com/watch/pBxpO4iSv6J, http://www.playvid.com/watch/S2Dw782Xktq, http://www.playvid.com/watch/ZT_40J7Pxyp, http://www.playvid.com/watch/2r12M1YaPaX, http://www.playvid.com/watch/YePoTEjgvUp, http://www.playvid.com/watch/R_8PhSuCMjA, http://www.playvid.com/watch/h_eYINVc-pT, http://www.playvid.com/watch/9tNwcYbkzi0, http://www.playvid.com/watch/7w0ihuTfi6Q, http://www.playvid.com/watch/hz0XWBOkQC7, http://www.playvid.com/watch/PQVCto9a4bj, http://www.playvid.com/watch/Qg2FSUq71b4, http://www.playvid.com/watch/mUnqv6awS8r, http://www.playvid.com/watch/yUEQDQgYr4l, http://www.playvid.com/watch/A7_RdiSLEry, http://www.playvid.com/watch/dgQFYLtm_y9, http://www.playvid.com/watch/fdgPDRJsoZk, http://www.playvid.com/watch/c0F6refOJFd, http://www.playvid.com/watch/wd60bq-dSCe, http://www.playvid.com/watch/LpE0O7LE-4i, http://www.playvid.com/watch/JQSe15qoHBk, http://www.playvid.com/watch/QYDIUD6mOTs, http://www.playvid.com/watch/ToNOrFrDGAY, http://www.playvid.com/watch/hqIKt4tMIGD, http://www.playvid.com/watch/DQeBp2RyU-m, http://www.playvid.com/watch/zkcxztBolGd, http://www.playvid.com/watch/UXUslong__6, http://www.playvid.com/watch/9JJ5C4gT0oq, http://www.playvid.com/watch/So7p2xAzQKn, http://www.playvid.com/watch/UODfUJuuGAc, http://www.playvid.com/watch/j975aoYiPlU, http://www.playvid.com/watch/GdpaVwWpd0y, http://www.playvid.com/watch/9TZg7Ayxk_D, http://www.playvid.com/watch/IAks-eu1t-r, http://www.playvid.com/watch/C2GDqc-Z2s4, http://www.playvid.com/watch/AVctKIG1BDx, http://www.playvid.com/watch/7R47AJM2qAC, http://www.playvid.com/watch/njHH_QUAkEy, http://www.playvid.com/watch/sRC9c8Q4WXK, http://www.playvid.com/watch/cUmA0xxoh4k, http://www.playvid.com/watch/vdGg11jiAwd, http://www.playvid.com/watch/XSEHD6PYuoo, http://www.playvid.com/watch/GuKILaU3gdV, http://www.playvid.com/watch/Oh0LQe_TQ8w, http://www.playvid.com/watch/nEtoDZfp8Qs, http://www.playvid.com/watch/HtKGHVYDYNx, http://www.playvid.com/watch/xzKvvybTPWN, http://www.playvid.com/watch/WIdgioLmL7W, http://www.playvid.com/watch/pAFT9yFYsry, http://www.playvid.com/watch/y-I38m80nhT, http://www.playvid.com/watch/faH1HY7K3OY, http://www.playvid.com/watch/zVPfhzO_DaK, http://www.playvid.com/watch/P6tGxVqKB7P, http://www.playvid.com/watch/m15C442FbOD, http://www.playvid.com/watch/a6qTMNla5s8, http://www.playvid.com/watch/QEHLNgxj_Tr, http://www.playvid.com/watch/gfHf-usxmQr, http://www.playvid.com/watch/zwu0gIGMeom, http://www.playvid.com/watch/QM93u_7Vw_X, http://www.playvid.com/watch/fSQLe8q4uG9, http://www.playvid.com/watch/eM1B9ltmwmn, http://www.playvid.com/watch/Il3Dt3U6Nkf, http://www.playvid.com/watch/7Ut4yqe6498, http://www.playvid.com/watch/OM3iTZZfZEL, http://www.playvid.com/watch/uADA7tpusht, http://www.playvid.com/watch/XtBlYIA7B7k, http://www.playvid.com/watch/vHWq-KteYZL, http://www.playvid.com/watch/hiNU9nSkovt, http://www.playvid.com/watch/s4b-JzTMEUQ, http://www.playvid.com/watch/wowhjG-k43i, http://www.playvid.com/watch/8dRGvbWTEMS, http://www.playvid.com/watch/m9cEhbtW8ot, http://www.playvid.com/watch/xoo4aHD0UB0, http://www.playvid.com/watch/EK042hAWk4M, http://www.playvid.com/watch/ksTVp_abj29, http://www.playvid.com/watch/nsYy1WjbYUB, http://www.playvid.com/watch/pLaqfvIjklv, http://www.playvid.com/watch/ilv7eQpMWyd, http://www.playvid.com/watch/kgjjzlZvbiV, http://www.playvid.com/watch/52T-xhZ2axv, http://www.playvid.com/watch/mzBaqAnlu-q, http://www.playvid.com/watch/Di1MfenrOp7, http://www.playvid.com/watch/a3gKPN-KQdB, http://www.playvid.com/watch/CIdDap4xLWc, http://www.playvid.com/watch/K_MRHeV_7rI, http://www.playvid.com/watch/J8IdlbDv2U5, http://www.playvid.com/watch/jKHD_3K3MTY, http://www.playvid.com/watch/7OiFi-wuur7, http://www.playvid.com/watch/3gLjHPf8J0V, http://www.playvid.com/watch/P1QF6g4xf-6, http://www.playvid.com/watch/8XVbCNVo_Af, http://www.playvid.com/watch/3fLjvKhf-JH, http://www.playvid.com/watch/yMho6mUgp_q, http://www.playvid.com/watch/zJ8Mfvu-gBT, http://www.playvid.com/watch/t_Ml1FCjwQx, http://www.playvid.com/watch/yPXo-KCptAF, http://www.playvid.com/watch/bQjiRzpaga6, http://www.playvid.com/watch/EINTDphBrj0, http://www.playvid.com/watch/eIuY5UoV3NU, http://www.playvid.com/watch/UdhgrMc7Dyp, http://www.playvid.com/watch/iWfz5DHJeFi, http://www.playvid.com/watch/3SSW6auPCd4, http://www.playvid.com/watch/gbyUB7bG-Su, http://www.playvid.com/watch/GknXsRLYJsp, http://www.playvid.com/watch/KVqTTjkCSrF, http://www.playvid.com/watch/0vbNSCKP86N, http://www.playvid.com/watch/7vm0O9Qrv5I, http://www.playvid.com/watch/i2QF4VVSUVN, http://www.playvid.com/watch/rDUCKBukhpE, http://www.playvid.com/watch/klLoH1LBkIj, http://www.playvid.com/watch/0tv_jeocIJn, http://www.playvid.com/watch/GnfMPea6zos, http://www.playvid.com/watch/wga7xqeaYKY, http://www.playvid.com/watch/vDosSMMprf9, http://www.playvid.com/watch/heqXckhlTBS, http://www.playvid.com/watch/9ErufU0cLcX, http://www.playvid.com/watch/Mk5WAVfkOtd, http://www.playvid.com/watch/Q8fo4NKCWr4, http://www.playvid.com/watch/E0TGZXDNDsN, http://www.playvid.com/watch/Y5OISdXSEab, http://www.playvid.com/watch/VL6qu0_jyhq, http://www.playvid.com/watch/abe6fROeeBc, http://www.playvid.com/watch/WTtiBII5fEV, http://www.playvid.com/watch/8RoMsC5z_BE, http://www.playvid.com/watch/V0xy8x_3Yes, http://www.playvid.com/watch/alCFHJ1NKhd, http://www.playvid.com/watch/FRIylyy9WoR, http://www.playvid.com/watch/EtK__pBNY6B, http://www.playvid.com/watch/dQqqPCAevWg, http://www.playvid.com/watch/a8IMkvYFYea, http://www.playvid.com/watch/3aFsdlHNssH, http://www.playvid.com/watch/uO5eTJBOCKF, http://www.playvid.com/watch/36wk_udlEeg, http://www.playvid.com/watch/mClgduZgyYG, http://www.playvid.com/watch/PC3n41VUIg6, http://www.playvid.com/watch/LO9r04eRJuy, http://www.playvid.com/watch/dwzMoz15ZlO, http://www.playvid.com/watch/7IhTnL-whzC, http://www.playvid.com/watch/InceuLF58SG, http://www.playvid.com/watch/DoXG4LOZ4z4, http://www.playvid.com/watch/r2C6-CKH2tM, http://www.playvid.com/watch/fplrRtRFuSR, http://www.playvid.com/watch/ig7tPJj1kJQ, http://www.playvid.com/watch/ZkQ24sQRfLI, http://www.playvid.com/watch/EfpdFarH0UQ, http://www.playvid.com/watch/BHGypvi5dCA, http://www.playvid.com/watch/rtZKHV5LQ9e, http://www.playvid.com/watch/vpoVny6sIIJ, http://www.playvid.com/watch/AIquJ0pOmV4, http://www.playvid.com/watch/6XMmpTpgJYe, http://www.playvid.com/watch/J4vZ3ehvl-3, http://www.playvid.com/watch/a--s5Wyqi8f, http://www.playvid.com/watch/8UoTYmI48Vb, http://www.playvid.com/watch/99ZZqB44J0F, http://www.playvid.com/watch/Yx3sMWJyxZB, http://www.playvid.com/watch/TKiogkrlkTP, http://www.playvid.com/watch/qFdMtZ5fF_V, http://www.playvid.com/watch/6xdUcpOeo24, http://www.playvid.com/watch/LrAtF3Pzdar, http://www.playvid.com/watch/9BPetWmyTpj, http://www.playvid.com/watch/uuTmDXcmdto, http://www.playvid.com/watch/Q56gznx82qz, http://www.playvid.com/watch/k-DHAPVc0nZ, http://www.playvid.com/watch/J-K7D28oD4O, http://www.playvid.com/watch/81koP5XL6ql, http://www.playvid.com/watch/yiLv6V4QS90, http://www.playvid.com/watch/FXLtU2o6cY5, http://www.playvid.com/watch/4EmiSqWchJz, http://www.playvid.com/watch/lOwMSj6ythf, http://www.playvid.com/watch/v_jJPZlcxpt, http://www.playvid.com/watch/sZyJ-moZSMz, http://www.playvid.com/watch/v12k3VfFnZT, http://www.playvid.com/watch/g5-bzMwHLPg, http://www.playvid.com/watch/YW1TvPo2dmd, http://www.playvid.com/watch/cEgblbHrNTQ, http://www.playvid.com/watch/CQ6So6kis18, http://www.playvid.com/watch/3gSUwU1goVd, http://www.playvid.com/watch/n9g9VaagHDG, http://www.playvid.com/watch/X4OpoBftWTX, http://www.playvid.com/watch/OLBFlavc4eM, http://www.playvid.com/watch/IuV4UMPP2Rc, http://www.playvid.com/watch/vtWaZ8M1njd, http://www.playvid.com/watch/ORYb3tZRaO8, http://www.playvid.com/watch/8nfFF7Ta4GV, http://www.playvid.com/watch/AMdmFxQxYgY, http://www.playvid.com/watch/jLBgHLaVzcg, http://www.playvid.com/watch/tA49lEG3ugY, http://www.playvid.com/watch/PUCUTjK4nRl, http://www.playvid.com/watch/BInaP-ffvDv, http://www.playvid.com/watch/biKAJ5Tb1um, http://www.playvid.com/watch/DISm90QiUjr, http://www.playvid.com/watch/rWO5wIw1EzD, http://www.playvid.com/watch/CCFMmVOI4YP, http://www.playvid.com/watch/J_1D4hYOG-I, http://www.playvid.com/watch/Oe1QJQYew1a, http://www.playvid.com/watch/cii9P2m2uKR, http://www.playvid.com/watch/wR7CSBTKB8x, http://www.playvid.com/watch/oNKdHGn-7yG, http://www.playvid.com/watch/QWmJeXqRuVf, http://www.playvid.com/watch/iQLj1zksMmq, http://www.playvid.com/watch/Ugtm03NXqe6, http://www.playvid.com/watch/fIuyDdj4aTO, http://www.playvid.com/watch/6MJTEwP4tAe, http://www.playvid.com/watch/xAjx9NTYP76, http://www.playvid.com/watch/xFGdbBZfCWf, http://www.playvid.com/watch/gQ-LUmD9bot, http://www.playvid.com/watch/xkMBHiDmj7Y, http://www.playvid.com/watch/uygDdvN4Cgz, http://www.playvid.com/watch/U3Up9pEDQlT, http://www.playvid.com/watch/ZcjZHJ75yQo, http://www.playvid.com/watch/g9NvjpjTtuf, http://www.playvid.com/watch/UIZ6H1o-A_Y, http://www.playvid.com/watch/h_KhI_DkY_B, http://www.playvid.com/watch/x1BvO3YgK0d, http://www.playvid.com/watch/vCJ5YhBcWWy, http://www.playvid.com/watch/RgoAPOvJM1s, http://www.playvid.com/watch/3TIdnJ63AIb, http://www.playvid.com/watch/tQjb4GlNJn4, http://www.playvid.com/watch/vImi9_r7e7d, http://www.playvid.com/watch/kvrFWaNl4Oc, http://www.playvid.com/watch/X5kNFXQmzst, http://www.playvid.com/watch/lgHE8IRUElT, http://www.playvid.com/watch/RXtPVqFgoQX, http://www.playvid.com/watch/9ZpA-v-mAZH, http://www.playvid.com/watch/DU0hRUTkzty, http://www.playvid.com/watch/fLe5dPD4BT3, http://www.playvid.com/watch/t7xi-aA48Uq, http://www.playvid.com/watch/310nhwEH3dz, http://www.playvid.com/watch/AgsLrqQqFfh, http://www.playvid.com/watch/9o5CPDZrpBw, http://www.playvid.com/watch/yApErb_dF1i, http://www.playvid.com/watch/LsLKMsymaua, http://www.playvid.com/watch/xs0svsBKB6u, http://www.playvid.com/watch/rzV8bepofY9, http://www.playvid.com/watch/T7hbjGTiW8s, http://www.playvid.com/watch/9-bMqnepoUR, http://www.playvid.com/watch/q0jZjAC6DdZ, http://www.playvid.com/watch/A2T2Cs6slDJ,

http://www.playvid.com/watch/zLtWtigzu0k, http://www.playvid.com/watch/cdMqB-KlS8J, http://www.playvid.com/watch/7YxxYVK6v-j,
http://www.playvid.com/watch/8et3i5Ec4UW, http://www.playvid.com/watch/kU6ajZJKqdQ, http://www.playvid.com/watch/oJ7lzJpRUG6,
http://www.playvid.com/watch/VlykrlSNaCG, http://www.playvid.com/watch/V3xyGBahYrV, http://www.playvid.com/watch/Zx-pon554gg,
http://www.playvid.com/watch/Wzu9leD7zBH, http://www.playvid.com/watch/c1EuHs9txhe, http://www.playvid.com/watch/I-zd4HBRdvw,
http://www.playvid.com/watch/LDFpYo-HJn2, http://www.playvid.com/watch/Gd_ejKjvUOw, http://www.playvid.com/watch/YEeRHgLNwku,
http://www.playvid.com/watch/gDmlbU2vEOj, http://www.playvid.com/watch/laFxE153Dfm, http://www.playvid.com/watch/HLOiBEIJal5,
http://www.playvid.com/watch/XNhH9opD6qx, http://www.playvid.com/watch/qW0cm8sUe2y, http://www.playvid.com/watch/ugvHys8ZkmL,
http://www.playvid.com/watch/g2ZrADRV0ci, http://www.playvid.com/watch/YA0yj1Z0hGr, http://www.playvid.com/watch/Xf010RVS8H3,
http://www.playvid.com/watch/FaFuMvLz1J3, http://www.playvid.com/watch/vbY8cvH29UU, http://www.playvid.com/watch/S5l97uoild5,
http://www.playvid.com/watch/UTpi3RLYKbQ, http://www.playvid.com/watch/HCbcO_bOQzA, http://www.playvid.com/watch/rBfzaCNXupu,
http://www.playvid.com/watch/N3qyVdsh85n, http://www.playvid.com/watch/JrCnsEKbS6t, http://www.playvid.com/watch/c5X8BItTr9n,
http://www.playvid.com/watch/8e8YbTZcb-Z, http://www.playvid.com/watch/whHguVL8Oq7, http://www.playvid.com/watch/SZVGHAraAlp,
http://www.playvid.com/watch/FSCLF1W3P2I, http://www.playvid.com/watch/MUZ2iKfvK6k, http://www.playvid.com/watch/ErjwD9t4dOD,
http://www.playvid.com/watch/ZD4Q2_GkmVF, http://www.playvid.com/watch/aYtw00B-tyC, http://www.playvid.com/watch/Yode2fVnIdW,
http://www.playvid.com/watch/Eb_-_FZi3ZB, http://www.playvid.com/watch/t6UqASOy4EK, http://www.playvid.com/watch/EhVut38HoVy,
http://www.playvid.com/watch/FDVhSlyBhsT, http://www.playvid.com/watch/QfvNQIXiKBx, http://www.playvid.com/watch/jcis5VlTIyf,
http://www.playvid.com/watch/9g15uF4ioFE, http://www.playvid.com/watch/Z5hoXTxiyOn, http://www.playvid.com/watch/Pm16gt6ZdaV,
http://www.playvid.com/watch/Ig2BysoXI7u, http://www.playvid.com/watch/rjRwSMECEVT, http://www.playvid.com/watch/Yc4enUyBj87,
http://www.playvid.com/watch/bsuDYtzJzBw, http://www.playvid.com/watch/sXgvmvtWBvy, http://www.playvid.com/watch/r5OXP-MMt4k,
http://www.playvid.com/watch/53ecBpfpq-z, http://www.playvid.com/watch/F3DykKQ2IXK, http://www.playvid.com/watch/gf0uwNa8LIy,
http://www.playvid.com/watch/bljIzZw7j52, http://www.playvid.com/watch/nCirqV_RRRU, http://www.playvid.com/watch/zJorz5tyvNm,
http://www.playvid.com/watch/uaMX17TCk6h, http://www.playvid.com/watch/mnlA8dQrhEg, http://www.playvid.com/watch/InX1vlFdAFs,
http://www.playvid.com/watch/FLLCRkUhkQd, http://www.playvid.com/watch/UFW_jxVT9iB, http://www.playvid.com/watch/m8M6KN_6PU4,
http://www.playvid.com/watch/Yd7H0gqe1_C, http://www.playvid.com/watch/Rmdfa3gB8sp, http://www.playvid.com/watch/R77PZCKJVPK,
http://www.playvid.com/watch/nyrwV3Wp7Yi, http://www.playvid.com/watch/XU2ICu64FQ5, http://www.playvid.com/watch/HfFQKBAlwJj,
http://www.playvid.com/watch/d0HvMgIZUSb, http://www.playvid.com/watch/iKnk-9H505e, http://www.playvid.com/watch/e7is4on5zcs,
http://www.playvid.com/watch/CEjEiGHf9Jd, http://www.playvid.com/watch/C5kJOCAcwb5, http://www.playvid.com/watch/X-_n_0YCkzu,
http://www.playvid.com/watch/gZDFD8fafh2, http://www.playvid.com/watch/IbHX5cKrX1H, http://www.playvid.com/watch/RJEinLu4fp5,
http://www.playvid.com/watch/P38AcMzUu6y, http://www.playvid.com/watch/eXla1FVTpmD, http://www.playvid.com/watch/2Kl1feQ_j_X,
http://www.playvid.com/watch/wWLx-NLJOav, http://www.playvid.com/watch/P1zGDXccXWR, http://www.playvid.com/watch/yfwqz3CipH3,
http://www.playvid.com/watch/t8k2rAXb0Jq, http://www.playvid.com/watch/4_wk1nptD0A, http://www.playvid.com/watch/8KgTPoG1_g7,
http://www.playvid.com/watch/HTto943LvXq, http://www.playvid.com/watch/cfyM45NoexG, http://www.playvid.com/watch/ASCTVhs8kaw,
http://www.playvid.com/watch/UKjXhi6aVaH, http://www.playvid.com/watch/CwqrEBjpLbq, http://www.playvid.com/watch/iiJceELEDfD,
http://www.playvid.com/watch/I3KOOp32GO2, http://www.playvid.com/watch/nWsi3Bzvgak, http://www.playvid.com/watch/D68XjfMqOSy,
http://www.playvid.com/watch/ghmguBS20fn, http://www.playvid.com/watch/S_SIzl1y-vx, http://www.playvid.com/watch/VePV2m4GcGQ,
http://www.playvid.com/watch/3zqyv9P_r9l, http://www.playvid.com/watch/IIsYgWArOT8, http://www.playvid.com/watch/HTUz4yY2z1U,
http://www.playvid.com/watch/z7WgG37kZP2, http://www.playvid.com/watch/Q8nze-_aSIm, http://www.playvid.com/watch/3x6Ar2VdvQc,
http://www.playvid.com/watch/6m1UmMEJFpM, http://www.playvid.com/watch/bvMaDplUaY8, http://www.playvid.com/watch/pHinlHdjcNG,
http://www.playvid.com/watch/oZqbkUVQ_4m, http://www.playvid.com/watch/oCn9o8tkobD, http://www.playvid.com/watch/C7zzu0tr-Yz,
http://www.playvid.com/watch/RKt5HDCtY7r, http://www.playvid.com/watch/EDsvWffzjj6, http://www.playvid.com/watch/LGXhlg8Ugxh,
http://www.playvid.com/watch/avHeNQqZk1i, http://www.playvid.com/watch/8xhKzOE-fJa, http://www.playvid.com/watch/cReufPrXCcu,
http://www.playvid.com/watch/es1G7vIb3Wg, http://www.playvid.com/watch/Rmfi5PC4b8b, http://www.playvid.com/watch/g5gPVVVGUlR,
http://www.playvid.com/watch/IF51E4tyTq6, http://www.playvid.com/watch/3o8R3FVeIon, http://www.playvid.com/watch/NjPPDJV8iiD,
http://www.playvid.com/watch/p5AJvOsug8B, http://www.playvid.com/watch/Q6T8oy5LtRe, http://www.playvid.com/watch/JKB0WE__AtZ,
http://www.playvid.com/watch/ci5IO9fQ6BS, http://www.playvid.com/watch/COSZyBrSq-I, http://www.playvid.com/watch/4UBs_SdfJd7,
http://www.playvid.com/watch/rsCxrDhSuSv, http://www.playvid.com/watch/xdyN7S6-Tig, http://www.playvid.com/watch/zYN-msUMqTa,
http://www.playvid.com/watch/yid_sT2MdBu, http://www.playvid.com/watch/iu8y2ZnjtKb, http://www.playvid.com/watch/Mjkg95QyIh6,
http://www.playvid.com/watch/RV85ysm4F5y, http://www.playvid.com/watch/NKpMeVaFSXS, http://www.playvid.com/watch/r6qtlkFx-74,
http://www.playvid.com/watch/ybIqxLjFh39, http://www.playvid.com/watch/3ZKmAld2zxw, http://www.playvid.com/watch/roW7vmORevc,
http://www.playvid.com/watch/WTk9GRFsbWt, http://www.playvid.com/watch/wvLfWUBrj7Y, http://www.playvid.com/watch/XLswsNolxvL,
http://www.playvid.com/watch/0ODIKZ3lLea, http://www.playvid.com/watch/RbqJvesPLkK, http://www.playvid.com/watch/VGtUeXOkVnW,
http://www.playvid.com/watch/hgTIEXmT3N9, http://www.playvid.com/watch/mto7ulXx2JW, http://www.playvid.com/watch/CwnwR0TPLlT,
http://www.playvid.com/watch/ld67cyDMcLr, http://www.playvid.com/watch/LzXeKBYsjxY, http://www.playvid.com/watch/V2ci1tz7BjF,
http://www.playvid.com/watch/HxVFB6EFWez, http://www.playvid.com/watch/LQYyLyRXhy2, http://www.playvid.com/watch/8h8vKHoFTAF,
http://www.playvid.com/watch/tp3KzN8u9WR, http://www.playvid.com/watch/guCjxrtxvIk, http://www.playvid.com/watch/ODNaLeHbUsq,
http://www.playvid.com/watch/LnGsbmKPtGq, http://www.playvid.com/watch/d0LHyxUwtYF, http://www.playvid.com/watch/cscj2gZJYGj,
http://www.playvid.com/watch/Do4t-eVMqto, http://www.playvid.com/watch/2kXiBmOPKKE, http://www.playvid.com/watch/RXpnJslAYUU,
http://www.playvid.com/watch/Nq5GDZ5F-Oe, http://www.playvid.com/watch/th7K7zhxySl, http://www.playvid.com/watch/vWxOyaIsh7v,
http://www.playvid.com/watch/A07y2F5PzpA, http://www.playvid.com/watch/rTHe1O7Jm8t, http://www.playvid.com/watch/Bvnx_MkDRWK,
http://www.playvid.com/watch/Z9fS4EucSKU, http://www.playvid.com/watch/voDA6hm8SCx, http://www.playvid.com/watch/QpgcWbjdf6g,
http://www.playvid.com/watch/cj-ZZCcosbz, http://www.playvid.com/watch/klDUok0yg8n, http://www.playvid.com/watch/IJlNm1Gdv4W,
http://www.playvid.com/watch/0ce3ToAtcZf, http://www.playvid.com/watch/YTfrhTVUVMz, http://www.playvid.com/watch/KwALRLP6KEA,
http://www.playvid.com/watch/VYC55rz9zIC, http://www.playvid.com/watch/no1HrBN5ZuM, http://www.playvid.com/watch/EhWP67QyuYy,
http://www.playvid.com/watch/j0Oee6sutzq, http://www.playvid.com/watch/LQU1ORHwDWA, http://www.playvid.com/watch/XMCOq7cvcta,
http://www.playvid.com/watch/cttkH-5BJQZ, http://www.playvid.com/watch/Y_1KAVtVjiN, http://www.playvid.com/watch/VR-RZXOK4rk,
http://www.playvid.com/watch/oceiHabYQyb, http://www.playvid.com/watch/TkGH6Uzw0rw, http://www.playvid.com/watch/K6MrgAVYyhb,
http://www.playvid.com/watch/KUi3sElFxtD, http://www.playvid.com/watch/5buofpqezDT, http://www.playvid.com/watch/UTiuVctXS00,
http://www.playvid.com/watch/HNEmdww2k4p, http://www.playvid.com/watch/J_QftrTRGDj, http://www.playvid.com/watch/P9cK-J2Pmu6,
http://www.playvid.com/watch/NM0YWQ5kMsC, http://www.playvid.com/watch/2P9qlaCDBk5, http://www.playvid.com/watch/9nSuovthq-y,
http://www.playvid.com/watch/UNogUK5l6eQ, http://www.playvid.com/watch/Zvi99cZTRKi, http://www.playvid.com/watch/MW1yl_BGE2l,
http://www.playvid.com/watch/AoxdHHl-dwZ, http://www.playvid.com/watch/Hh3BP6tLFKF, http://www.playvid.com/watch/h7ZzgdSjc7v,
http://www.playvid.com/watch/kIwx9i8dgV0, http://www.playvid.com/watch/SzGEGqe668n, http://www.playvid.com/watch/41Hm0kSVpbe,
http://www.playvid.com/watch/C6xolIdWu8y, http://www.playvid.com/watch/TIcC-F-ZpRO, http://www.playvid.com/watch/QIEpYtgvdNR,
http://www.playvid.com/watch/8tL2KEQJiou, http://www.playvid.com/watch/IxS5EZ3ubGx, http://www.playvid.com/watch/j1lO4ZNCJb0,
http://www.playvid.com/watch/0fpPy2eYPgp, http://www.playvid.com/watch/aYGlzhAN4pp, http://www.playvid.com/watch/Gm41qzSw832,
http://www.playvid.com/watch/Sy_gDL5qkzA, http://www.playvid.com/watch/3LwQ1FtiYOd, http://www.playvid.com/watch/kxViPGHu3TF,
http://www.playvid.com/watch/gst_4OMmaSS, http://www.playvid.com/watch/2y_6JEKCXvr, http://www.playvid.com/watch/o0RsLpayTQI,
http://www.playvid.com/watch/EjVrogKiTih, http://www.playvid.com/watch/7OdY7eZdIWt, http://www.playvid.com/watch/fvo0gsvGTpV,
http://www.playvid.com/watch/WcO0ZQZUrrj, http://www.playvid.com/watch/4XPZwSqf4pm, http://www.playvid.com/watch/ctBuqYrV88G,
http://www.playvid.com/watch/mLXI4dUcoAs, http://www.playvid.com/watch/zM-bXLpxESY, http://www.playvid.com/watch/pdW1hgqeP0d,
http://www.playvid.com/watch/xAk9OM0KddW, http://www.playvid.com/watch/CrWCfsXn96S, http://www.playvid.com/watch/k3OK5_0bg-5,
http://www.playvid.com/watch/DgVDDnJVnOX, http://www.playvid.com/watch/nosLQN65je8, http://www.playvid.com/watch/fAc9dnYOYPJ,
http://www.playvid.com/watch/rIjajbvKXwV, http://www.playvid.com/watch/ivchZnHU2qM, http://www.playvid.com/watch/O6G2OQhKAmN,
http://www.playvid.com/watch/nkiIwMxRYF2, http://www.playvid.com/watch/lJ-0qvbP-gF, http://www.playvid.com/watch/LXt_uI4KkW3,
http://www.playvid.com/watch/CUIR3Y4scNg, http://www.playvid.com/watch/e7NianEi3dn, http://www.playvid.com/watch/ro_0xMqw4-X,
http://www.playvid.com/watch/TnUj9PDfAxa, http://www.playvid.com/watch/9iCVJwVnqGy, http://www.playvid.com/watch/Gjd8vz7OCF7,
http://www.playvid.com/watch/KEd8G5yTf5G, http://www.playvid.com/watch/OlREL2Yny_9, http://www.playvid.com/watch/0duQCHWqki9,
http://www.playvid.com/watch/9Pz726hSUMk, http://www.playvid.com/watch/J__yZNq2z0T, http://www.playvid.com/watch/Gy2Xu5ybx_A,
http://www.playvid.com/watch/cO65qQPsa-U, http://www.playvid.com/watch/uif55AbeiiK, http://www.playvid.com/watch/M83e4_5_1we,
http://www.playvid.com/watch/8uXXmeZ0ksj, http://www.playvid.com/watch/09cvddVj-7l, http://www.playvid.com/watch/tPEurtNobDk,
http://www.playvid.com/watch/3MU9LdMvP9p, http://www.playvid.com/watch/UnjKo7_Yz1e, http://www.playvid.com/watch/qpAV7EpuhLZ,
http://www.playvid.com/watch/z8D0V0Ugba9, http://www.playvid.com/watch/gZSggagl3wP, http://www.playvid.com/watch/JfKycYxxXjZ,
http://www.playvid.com/watch/bYdzugd8p6T, http://www.playvid.com/watch/ZgAgcxBbNWZ, http://www.playvid.com/watch/IoYEJ7gNUnB,
http://www.playvid.com/watch/YEKmjWruP8S, http://www.playvid.com/watch/I9d99CxXdcP, http://www.playvid.com/watch/O2YE_mS6did,
http://www.playvid.com/watch/UFDRmrKxV74, http://www.playvid.com/watch/37obzHZFBeI, http://www.playvid.com/watch/OVOOIs4Rs7z,
http://www.playvid.com/watch/pLt1j7FWlrp, http://www.playvid.com/watch/AlDBtDakrEO, http://www.playvid.com/watch/vKLH_XrliJP,

http://www.playvid.com/watch/B35ONQkH_Eg, http://www.playvid.com/watch/SyGP4Mypq4b, http://www.playvid.com/watch/3oIrySyT1U8,
http://www.playvid.com/watch/9e6Aq_g21U4, http://www.playvid.com/watch/PRGtW218cRO, http://www.playvid.com/watch/pOaKQ3HvyRe,
http://www.playvid.com/watch/HW4GZuonzxp, http://www.playvid.com/watch/PzToK0VJ-ti, http://www.playvid.com/watch/LTjyCWFa5tt,
http://www.playvid.com/watch/aaG9WBStKkh, http://www.playvid.com/watch/JjBfk8hZg1O, http://www.playvid.com/watch/ycViUTLpkLK,
http://www.playvid.com/watch/CGkhkw9BwSI, http://www.playvid.com/watch/Eg248megThA, http://www.playvid.com/watch/oGTMx3zhFD8,
http://www.playvid.com/watch/qApDXJG1IKN, http://www.playvid.com/watch/omP3IQy99LA, http://www.playvid.com/watch/sYwf7p0eV7D,
http://www.playvid.com/watch/xsA1spwMJMC, http://www.playvid.com/watch/PSc9uZzRESL, http://www.playvid.com/watch/t641j5SyY2C,
http://www.playvid.com/watch/f2XEaglXtD2, http://www.playvid.com/watch/vsDCoe3eTp2, http://www.playvid.com/watch/Hp6OgCg8-Ds,
http://www.playvid.com/watch/OClmc43uwgx, http://www.playvid.com/watch/4WFfBdvs_QI, http://www.playvid.com/watch/Rhy1UsGd9lm,
http://www.playvid.com/watch/wSPl76tBLLP, http://www.playvid.com/watch/0BTdiTGh-OY, http://www.playvid.com/watch/2kfVolt7mjv,
http://www.playvid.com/watch/AlYQqOBi15O, http://www.playvid.com/watch/o23HBKx2UmD, http://www.playvid.com/watch/kGH1KjdlVxO,
http://www.playvid.com/watch/gpfkRvVszoJ, http://www.playvid.com/watch/UEQkKrToHKT, http://www.playvid.com/watch/yJwUKwzq1sX,
http://www.playvid.com/watch/Tf6RPrg5nrV, http://www.playvid.com/watch/95AJH0n2RHm, http://www.playvid.com/watch/lbfFi-zUo9f,
http://www.playvid.com/watch/xzMuBlRKxdM, http://www.playvid.com/watch/n6OonTrqGtP, http://www.playvid.com/watch/38vpumoD0Ob,
http://www.playvid.com/watch/3niucK5bFfo, http://www.playvid.com/watch/u_pGu3tJ9eR, http://www.playvid.com/watch/zFQcKQhzQpY,
http://www.playvid.com/watch/ycs5Sx-YyK2, http://www.playvid.com/watch/z2yCqEGsIgT, http://www.playvid.com/watch/A3uc0Dtpsqc,
http://www.playvid.com/watch/ReWYyu7QxPM, http://www.playvid.com/watch/mUEeYJZx5tv, http://www.playvid.com/watch/vL3w2QDbw7B,
http://www.playvid.com/watch/KIWGdELl58M, http://www.playvid.com/watch/5EH5E5vCyfj, http://www.playvid.com/watch/FGgi7v4CLX9,
http://www.playvid.com/watch/86K3OvIOHdI, http://www.playvid.com/watch/fqKhl80g0Pr, http://www.playvid.com/watch/u2j__2iUxKX,
http://www.playvid.com/watch/cbsJYirZsJy, http://www.playvid.com/watch/nAGfMXbpl8C, http://www.playvid.com/watch/3PpJaYymIge,
http://www.playvid.com/watch/DN5zxV2wWFj, http://www.playvid.com/watch/C1fk-V6mdXa, http://www.playvid.com/watch/GYD69-yqxrA,
http://www.playvid.com/watch/6W1gQBWvlck, http://www.playvid.com/watch/go2Simw7183, http://www.playvid.com/watch/2xcCvT4s5_G,
http://www.playvid.com/watch/0q0vRINo3e9, http://www.playvid.com/watch/k8xt1ZzEY3N, http://www.playvid.com/watch/nbvDhE-Mrzq,
http://www.playvid.com/watch/jQNoEAV_vbQ, http://www.playvid.com/watch/n7DEVRSkJrO, http://www.playvid.com/watch/yaUb8CuIoKv,
http://www.playvid.com/watch/Br_y1niEUsc, http://www.playvid.com/watch/FehaHP46n6z, http://www.playvid.com/watch/G46OPUOIA9E,
http://www.playvid.com/watch/CodDtHd-lwI, http://www.playvid.com/watch/QrwV5e4MbOl, http://www.playvid.com/watch/035EI1qEeXc,
http://www.playvid.com/watch/pVUfg9plzxa, http://www.playvid.com/watch/dlowLiyV9eb, http://www.playvid.com/watch/Ppop8vZ_UGF,
http://www.playvid.com/watch/OJtbVoMzlsI, http://www.playvid.com/watch/K4ciL2uiFnf, http://www.playvid.com/watch/HmtECR-_E4X,
http://www.playvid.com/watch/k1-KH_YK7du, http://www.playvid.com/watch/idfX-EouwDE, http://www.playvid.com/watch/Tr2K7ZbL7tN,
http://www.playvid.com/watch/cpdW3Lk1gpd, http://www.playvid.com/watch/JhKdlwgU57x, http://www.playvid.com/watch/z8lLAdEHbgq,
http://www.playvid.com/watch/EZR6jSkWVBk, http://www.playvid.com/watch/t6xGuGro4gb, http://www.playvid.com/watch/pf8-EEp9Iar,
http://www.playvid.com/watch/n58mZJn-8LQ, http://www.playvid.com/watch/IxD4xXk6w2N, http://www.playvid.com/watch/sC_59Pz-MTA,
http://www.playvid.com/watch/FrxV_pS0EHU, http://www.playvid.com/watch/me4WZ1YAFZA, http://www.playvid.com/watch/p8iLPU6IPYi,
http://www.playvid.com/watch/9J3_L1BGnrq, http://www.playvid.com/watch/JcOHqXuHbkf, http://www.playvid.com/watch/oHYC4KtYvMk,
http://www.playvid.com/watch/iHh9zSUsxZR, http://www.playvid.com/watch/fgTQv-GoceL, http://www.playvid.com/watch/wRy5SS1Dl5X,
http://www.playvid.com/watch/jOa9Lo03mCn, http://www.playvid.com/watch/SnHtENHsXZF, http://www.playvid.com/watch/GRPMoHe0s1D,
http://www.playvid.com/watch/Lf5DMEk5whK, http://www.playvid.com/watch/F0lkmKKwVUv, http://www.playvid.com/watch/91BsqGggcbt,
http://www.playvid.com/watch/mi6WLOZqr1h, http://www.playvid.com/watch/ern7iHxEFsT, http://www.playvid.com/watch/kNO5LjZLCkP,
http://www.playvid.com/watch/VUkYxPfpXZO, http://www.playvid.com/watch/oDDIKX2yAgb, http://www.playvid.com/watch/be999RNX2us,
http://www.playvid.com/watch/FWAf90Dmy3m, http://www.playvid.com/watch/S7oq1XtoA7Z, http://www.playvid.com/watch/dlL5lw0iGmR,
http://www.playvid.com/watch/IKHNCzWCOTh, http://www.playvid.com/watch/CYx6HrHxRu9, http://www.playvid.com/watch/L0UYwI5oVaw,
http://www.playvid.com/watch/OoZi0JszrAt, http://www.playvid.com/watch/cQhi1dT3AtG, http://www.playvid.com/watch/rPppf_rTMX2,
http://www.playvid.com/watch/NAwPAX4Mu-V, http://www.playvid.com/watch/2Dx2eQq7rlO, http://www.playvid.com/watch/EfzpxRLulZ0,
http://www.playvid.com/watch/9AKGGCMmN10, http://www.playvid.com/watch/IsV4ER25_PB, http://www.playvid.com/watch/38QnQoDsGPh,
http://www.playvid.com/watch/HlPZEFFveHb, http://www.playvid.com/watch/mWA5OdPv3sF, http://www.playvid.com/watch/hC9uWUcXvMS,
http://www.playvid.com/watch/eJndywm1wzP, http://www.playvid.com/watch/nmDtO7ETa6v, http://www.playvid.com/watch/61LLZRC0SWJ,
http://www.playvid.com/watch/r-7GtjXBbQf, http://www.playvid.com/watch/Q6gIeTojqCs, http://www.playvid.com/watch/dQgE0lmoukv,
http://www.playvid.com/watch/hmSJP6rrsqv, http://www.playvid.com/watch/SzlKZ58KQoR, http://www.playvid.com/watch/LwbzQ0DM3WU,
http://www.playvid.com/watch/nLmDe1Mglfq, http://www.playvid.com/watch/whbiwec34mt, http://www.playvid.com/watch/N1wlkPvOeMM,
http://www.playvid.com/watch/ZKdSWlNk8Rr, http://www.playvid.com/watch/qUYsO8hX5eB, http://www.playvid.com/watch/TW9azoC4YHu,
http://www.playvid.com/watch/DgedvEoO8C3, http://www.playvid.com/watch/0NE7R4h944z, http://www.playvid.com/watch/I1Y-OrGdxh9,
http://www.playvid.com/watch/iG8p4_LoxM5, http://www.playvid.com/watch/4PZTkCJzlsH, http://www.playvid.com/watch/BYVKIQrBiWY,
http://www.playvid.com/watch/cXB3VmjQP9X, http://www.playvid.com/watch/68M2t8Gl4rP, http://www.playvid.com/watch/Wrfwy1G0uM2,
http://www.playvid.com/watch/x8rl9Wbqa1G, http://www.playvid.com/watch/gvlejjmIjNo, http://www.playvid.com/watch/2HTR6v-UzeS,
http://www.playvid.com/watch/dDeonyGAAeE, http://www.playvid.com/watch/Z28B9HcoYJb, http://www.playvid.com/watch/8lLeaF-9J7g,
http://www.playvid.com/watch/z6ap0VA5pY3, http://www.playvid.com/watch/8fgbdsPklIy, http://www.playvid.com/watch/Cm75ukRGuPu,
http://www.playvid.com/watch/lSw2Fz5WiK0, http://www.playvid.com/watch/RmGP35g088X, http://www.playvid.com/watch/NdyrOZ273ja,
http://www.playvid.com/watch/wTODmQQj9EJ, http://www.playvid.com/watch/auNXIEmbG5M, http://www.playvid.com/watch/64F1PMZQj7S,
http://www.playvid.com/watch/myd10_Hqus0, http://www.playvid.com/watch/gDd58zIhjFK, http://www.playvid.com/watch/swWxBrZRnkU,
http://www.playvid.com/watch/DnY2242OQfK, http://www.playvid.com/watch/rDpZPQUXSoj, http://www.playvid.com/watch/dI8-uCZrtXl,
http://www.playvid.com/watch/G4t1X4QX9Qo, http://www.playvid.com/watch/CR2jMGizfj3, http://www.playvid.com/watch/EWHCBWVELDx,
http://www.playvid.com/watch/VcLFNZXZSLm, http://www.playvid.com/watch/tbnPjotm8QT, http://www.playvid.com/watch/y-hFxuzHHwT,
http://www.playvid.com/watch/QlXLOSc8sqy, http://www.playvid.com/watch/A2YNViibRa6, http://www.playvid.com/watch/DlsPsGHhNJw,
http://www.playvid.com/watch/HK-bwBybJIt, http://www.playvid.com/watch/FFaFVj7SmyS, http://www.playvid.com/watch/zd1BAj5iFBq,
http://www.playvid.com/watch/suPKQzswcCu, http://www.playvid.com/watch/QSNsoIbsbtF, http://www.playvid.com/watch/vF9tAwbdivM,
http://www.playvid.com/watch/ZZ-Vp8a-Bx8, http://www.playvid.com/watch/ZNRr5WeBkEz, http://www.playvid.com/watch/SA6g2IXcIvu,
http://www.playvid.com/watch/tfjBEE_0p-n, http://www.playvid.com/watch/0Jb066qcwSg, http://www.playvid.com/watch/FudL55WxJPW,
http://www.playvid.com/watch/33CjltG531l, http://www.playvid.com/watch/Vthqf0Gejcx, http://www.playvid.com/watch/g62Z1ZkQ2II,
http://www.playvid.com/watch/Xz1eTk3KpM0, http://www.playvid.com/watch/m6KEMWX-MB5, http://www.playvid.com/watch/baAvRuy0YMC,
http://www.playvid.com/watch/G6f80z6946D, http://www.playvid.com/watch/rzi0aeYgWLi, http://www.playvid.com/watch/dLkYy6xdm_t,
http://www.playvid.com/watch/kakTBruNanM, http://www.playvid.com/watch/q3eAgl7IDA2, http://www.playvid.com/watch/Cjaxt4xaNLz,
http://www.playvid.com/watch/nZ0iGkA0roD, http://www.playvid.com/watch/0LtdiEi5VLA, http://www.playvid.com/watch/vBydUwpjvK0,
http://www.playvid.com/watch/soms_jOP7LC, http://www.playvid.com/watch/Mwo-PyhruzD, http://www.playvid.com/watch/yUZwS-nKHE0,
http://www.playvid.com/watch/AxIZ0E-onFZ, http://www.playvid.com/watch/nn2E980-Y8M, http://www.playvid.com/watch/dQdVUqPZ-hM,
http://www.playvid.com/watch/77r0fTO_j5q, http://www.playvid.com/watch/IlRbaa4KsGe, http://www.playvid.com/watch/jPCmlF76boT,
http://www.playvid.com/watch/s5KMT1Thy4O, http://www.playvid.com/watch/I40tE3tyScF, http://www.playvid.com/watch/Ii4J2qYTxEC,
http://www.playvid.com/watch/lP9QJFw5qa8, http://www.playvid.com/watch/VBLCWlHwKPQ, http://www.playvid.com/watch/wGzAhV1YvNE,
http://www.playvid.com/watch/ynNQLA8oCn6, http://www.playvid.com/watch/LBZ5zUq_eWL, http://www.playvid.com/watch/LrNu852ulKP,
http://www.playvid.com/watch/m9iyWwiI-0K, http://www.playvid.com/watch/AGE0qIXPVNX, http://www.playvid.com/watch/sY7M4yBUA70,
http://www.playvid.com/watch/4G0K7tREspC, http://www.playvid.com/watch/CBFifnnt03t, http://www.playvid.com/watch/vnbvAIWgpje,
http://www.playvid.com/watch/nWOyIMkgD9u, http://www.playvid.com/watch/3HcXysUyqk8, http://www.playvid.com/watch/XIjX6jYTshc,
http://www.playvid.com/watch/zysiRnB-yDe, http://www.playvid.com/watch/BQ0MhCeSI55, http://www.playvid.com/watch/OV3-waXrIqd,
http://www.playvid.com/watch/evuBoqslpqy, http://www.playvid.com/watch/5v9CbPNxWlv, http://www.playvid.com/watch/ti-YBMgP7tJ,
http://www.playvid.com/watch/FAzudE0803S, http://www.playvid.com/watch/mljNdjZDKEQ, http://www.playvid.com/watch/aKhDJi5pgkw,
http://www.playvid.com/watch/hFVOGBIbyr4, http://www.playvid.com/watch/yJ8f9AcoOm2, http://www.playvid.com/watch/5EG-xEuQraC,
http://www.playvid.com/watch/eMD61gEb7r4, http://www.playvid.com/watch/9KrAhpXnsXX, http://www.playvid.com/watch/L9LWtnAJZMx,
http://www.playvid.com/watch/vpOeoCChAyz, http://www.playvid.com/watch/W9KmOkdxDFj, http://www.playvid.com/watch/2KGXdEwLTuq,
http://www.playvid.com/watch/HqWTxfEKrQW, http://www.playvid.com/watch/PW61YM0APg7, http://www.playvid.com/watch/S1iw_WBfybJ,
http://www.playvid.com/watch/IiGsGIDji6D, http://www.playvid.com/watch/oG0jsU4lIMN, http://www.playvid.com/watch/VA6KZoXD9qY,
http://www.playvid.com/watch/HAKw2qOtqvj, http://www.playvid.com/watch/Vm983Nh2ftL, http://www.playvid.com/watch/fwgIs-1Ed4S,
http://www.playvid.com/watch/wzcHrjeF62u, http://www.playvid.com/watch/UVzCEGsN56q, http://www.playvid.com/watch/dRYf-l7hUJR,
http://www.playvid.com/watch/GQdG2nOkKF7, http://www.playvid.com/watch/HEcq77cDpux, http://www.playvid.com/watch/2LZx_eCF6vP,
http://www.playvid.com/watch/fhxXiJCaNcJ, http://www.playvid.com/watch/blA4xjd4WWl, http://www.playvid.com/watch/HWdjGvR6xlE,
http://www.playvid.com/watch/3spSD1C-ghW, http://www.playvid.com/watch/lxnXPYN1fiL, http://www.playvid.com/watch/3lAz5z4oRaj,
http://www.playvid.com/watch/EoRkVtG-d5n, http://www.playvid.com/watch/0elfW23BmXO, http://www.playvid.com/watch/IaUaHxdSfdx,
http://www.playvid.com/watch/GPnGzCqr874, http://www.playvid.com/watch/58_bi3nooBi, http://www.playvid.com/watch/K_ImQECuVja,

http://www.playvid.com/watch/a82-uoY_qQR, http://www.playvid.com/watch/f9EA5lDv6K0, http://www.playvid.com/watch/RIczNrnPpsJ,
http://www.playvid.com/watch/bTPI_aeK1qs, http://www.playvid.com/watch/SPlsjcSc6x6, http://www.playvid.com/watch/crp7U69MrUh,
http://www.playvid.com/watch/kr2UXPmBM-P, http://www.playvid.com/watch/HhiG90MXXNc, http://www.playvid.com/watch/I5CK7ZJwhli,
http://www.playvid.com/watch/Aag7FCeCCzL, http://www.playvid.com/watch/xeZb2bjd_qq, http://www.playvid.com/watch/wRnSfKYoLKc,
http://www.playvid.com/watch/9NjC6zexcYu, http://www.playvid.com/watch/YTszg_ftalI, http://www.playvid.com/watch/X3-5frRVqGG,
http://www.playvid.com/watch/e1LEs6VI-gA, http://www.playvid.com/watch/7L7pYBqA6nH, http://www.playvid.com/watch/e2i-941eduT,
http://www.playvid.com/watch/RnpmVViVYfq, http://www.playvid.com/watch/OnN40w74T_M, http://www.playvid.com/watch/hR_JDGzU9va,
http://www.playvid.com/watch/K5V-KImtWxX, http://www.playvid.com/watch/SiQxIT259RH, http://www.playvid.com/watch/tTWiWh6u25v,
http://www.playvid.com/watch/HKnZ4LdLdmv, http://www.playvid.com/watch/Fkp8mNy--Lt, http://www.playvid.com/watch/n5qIiM5japZ,
http://www.playvid.com/watch/gFEfIvlgOn5, http://www.playvid.com/watch/hdFKflS2geU, http://www.playvid.com/watch/eGLHECY3t8T,
http://www.playvid.com/watch/2_jbDp2d9BC, http://www.playvid.com/watch/M8LHuVFFB_h, http://www.playvid.com/watch/X-6Cp5hOJg2,
http://www.playvid.com/watch/GHABp5FpfS6, http://www.playvid.com/watch/F6bnG_kd1cu, http://www.playvid.com/watch/y7IMMdP2NCC,
http://www.playvid.com/watch/LXgcoOoR-Pn, http://www.playvid.com/watch/96DK_9_U-8X, http://www.playvid.com/watch/h3C5coNmADd,
http://www.playvid.com/watch/vTyNMfgO4bP, http://www.playvid.com/watch/0Tue9F-fWZV, http://www.playvid.com/watch/yOD6GF3AWjz,
http://www.playvid.com/watch/w8OI8EP9FtE, http://www.playvid.com/watch/D0MI80L_a5B, http://www.playvid.com/watch/adReWrURPAh,
http://www.playvid.com/watch/qf1MlGVqpwV, http://www.playvid.com/watch/xt-Nr9kOR06, http://www.playvid.com/watch/9wvDiM0IPOY,
http://www.playvid.com/watch/p9FE2IpGOar, http://www.playvid.com/watch/QILe4T7zN8M, http://www.playvid.com/watch/8dbsJMx2aVh,
http://www.playvid.com/watch/MWe6xkcNtRJ, http://www.playvid.com/watch/N1ggHyYtUC7, http://www.playvid.com/watch/TCZZzUIA0Cy,
http://www.playvid.com/watch/aIIWmObQuUI, http://www.playvid.com/watch/Jpr_PuKIYPW, http://www.playvid.com/watch/A7Uh_5Yp2Rv,
http://www.playvid.com/watch/S8LUj4ngpI2, http://www.playvid.com/watch/MURYhQNvsQL, http://www.playvid.com/watch/M4uLujyGdj5,
http://www.playvid.com/watch/nozemwdZiSO, http://www.playvid.com/watch/KBvmuh7mDnG, http://www.playvid.com/watch/NleYsrdHobS,
http://www.playvid.com/watch/hVHn8IjYr-I, http://www.playvid.com/watch/B8Ys4uwuNMl, http://www.playvid.com/watch/J0_h3wmPY8k,
http://www.playvid.com/watch/tFmkuSBaDof, http://www.playvid.com/watch/3oCowGRp7c7, http://www.playvid.com/watch/Cb4-9peSs6r,
http://www.playvid.com/watch/UQ3EHQkFYiL, http://www.playvid.com/watch/bYBXC4xrJc0, http://www.playvid.com/watch/90YUU9r46al,
http://www.playvid.com/watch/HeympbIW_BG, http://www.playvid.com/watch/kaGRkOggpY5, http://www.playvid.com/watch/wGmlKlEeOCM,
http://www.playvid.com/watch/hq2E-HJwZxu, http://www.playvid.com/watch/53KO4blsOBq, http://www.playvid.com/watch/gu88HPoRAhs,
http://www.playvid.com/watch/FIQYFheTZEs, http://www.playvid.com/watch/OfxsWe5Gp8o, http://www.playvid.com/watch/H0PAaQK025Z,
http://www.playvid.com/watch/FAGdTLsWOQh, http://www.playvid.com/watch/g1LX-RJ-93a, http://www.playvid.com/watch/GR5DRpPflUA,
http://www.playvid.com/watch/nuz8twGtg_7, http://www.playvid.com/watch/DnWRubrUmUx, http://www.playvid.com/watch/HfXXStmOWwp,
http://www.playvid.com/watch/6pfKWQMOsTs, http://www.playvid.com/watch/Vq4XE6oehJw, http://www.playvid.com/watch/i5YwezyUTCD,
http://www.playvid.com/watch/qN9cll9ZjSh, http://www.playvid.com/watch/kCWGjMjcsFV, http://www.playvid.com/watch/4oz9JZzT8L0,
http://www.playvid.com/watch/DJ4HQB7YeNI, http://www.playvid.com/watch/DbVeiSrE6y7, http://www.playvid.com/watch/UWodXnquhkq,
http://www.playvid.com/watch/oJxsxvbeg-d, http://www.playvid.com/watch/tDioTj4RTkN, http://www.playvid.com/watch/QWwx56aQaRn,
http://www.playvid.com/watch/P4MhGA61ZeK, http://www.playvid.com/watch/tmRZjihFGHS, http://www.playvid.com/watch/CPnsIIVudRB,
http://www.playvid.com/watch/yO1_JH0ND5N, http://www.playvid.com/watch/BcXTlDVBh3G, http://www.playvid.com/watch/tCRUzEQcHSI,
http://www.playvid.com/watch/JNDweIqEJOK, http://www.playvid.com/watch/3vyWJwXuQpK, http://www.playvid.com/watch/HMu4F2ewZQC,
http://www.playvid.com/watch/06-5BL_8ded, http://www.playvid.com/watch/CVB0xeUR0Oq, http://www.playvid.com/watch/h9H56qTTDXC,
http://www.playvid.com/watch/j26zMWeMVW5, http://www.playvid.com/watch/ebFtRwCosDE, http://www.playvid.com/watch/ZWcEyGKsbNv,
http://www.playvid.com/watch/hVeEtKcll9o, http://www.playvid.com/watch/CL1fo_8OhP6, http://www.playvid.com/watch/SFW-JU_4I4k,
http://www.playvid.com/watch/DJvo4tGzvkV, http://www.playvid.com/watch/X3-C4RLONEz, http://www.playvid.com/watch/JQpNy9yILFl,
http://www.playvid.com/watch/eLJFr_O602e, http://www.playvid.com/watch/6tNqDk3tT62, http://www.playvid.com/watch/gZgBT0ssRKp,
http://www.playvid.com/watch/ZVthcLptY3w, http://www.playvid.com/watch/8335i3tLwEx, http://www.playvid.com/watch/o2EjZ5q2nNc,
http://www.playvid.com/watch/DwoAM0GX9AL, http://www.playvid.com/watch/JDfEXpmyAMH, http://www.playvid.com/watch/Q4I582r1o32,
http://www.playvid.com/watch/Gl_osbuJ7jS, http://www.playvid.com/watch/WFC9dBAdnrI, http://www.playvid.com/watch/zo20k-lnhLU,
http://www.playvid.com/watch/wIoUktQLgRs, http://www.playvid.com/watch/qeIbwAMw8Uy, http://www.playvid.com/watch/fnbe_BmvAq7,
http://www.playvid.com/watch/yz0wd6kNxwO, http://www.playvid.com/watch/8eMCbFNFoTR, http://www.playvid.com/watch/z8nhJ9hsjlL,
http://www.playvid.com/watch/zVOSUX_hT8d, http://www.playvid.com/watch/EoTgdmi_05m, http://www.playvid.com/watch/57uAgs1OfYa,
http://www.playvid.com/watch/DjfAACB-2aN, http://www.playvid.com/watch/W2RnjkWddcE, http://www.playvid.com/watch/nCTodBIAf75,
http://www.playvid.com/watch/LIUbmu6vX6k, http://www.playvid.com/watch/FB6th0zGYj5, http://www.playvid.com/watch/ChIy9M31q3K,
http://www.playvid.com/watch/fivI8sw5E-l, http://www.playvid.com/watch/U-w5Dp7uNVG, http://www.playvid.com/watch/HflTk3eWzuB,
http://www.playvid.com/watch/meUs0uvdJb5, http://www.playvid.com/watch/7wLdKdPdDkF, http://www.playvid.com/watch/BWTx30pidzp,
http://www.playvid.com/watch/avGcTEWYtZw, http://www.playvid.com/watch/AjnpkBu182B, http://www.playvid.com/watch/0fjYv_cjw2J,
http://www.playvid.com/watch/9hoDaC9P1fo, http://www.playvid.com/watch/5s17OgiW6ou, http://www.playvid.com/watch/P0igowfmHqr,
http://www.playvid.com/watch/OHhDIy2T31e, http://www.playvid.com/watch/wlwmEy8J9xf, http://www.playvid.com/watch/ATkIneMXECe,
http://www.playvid.com/watch/VGtjq_8kVqe, http://www.playvid.com/watch/C_mkCgUs5Bk, http://www.playvid.com/watch/NSgJzVivARu,
http://www.playvid.com/watch/9cxIOVul-It, http://www.playvid.com/watch/fp_2HTWjQxB, http://www.playvid.com/watch/9mqUI_NxunJ,
http://www.playvid.com/watch/KWd0EvSqgho, http://www.playvid.com/watch/PXi5khepZB4, http://www.playvid.com/watch/h7aO6EfCoYl,
http://www.playvid.com/watch/qhymYkLTHNx, http://www.playvid.com/watch/qN7-dAbfOnp, http://www.playvid.com/watch/ETCjRKVWIO2,
http://www.playvid.com/watch/ujjlG6fv427, http://www.playvid.com/watch/JpQzEY0Ytbh, http://www.playvid.com/watch/iSmcVUNQUdx,
http://www.playvid.com/watch/IqzXpYfqQKj, http://www.playvid.com/watch/FKVNrdbyctp, http://www.playvid.com/watch/Ogakej6x4_l,
http://www.playvid.com/watch/9mpfOpsBHap, http://www.playvid.com/watch/MUTpeA_BkTa, http://www.playvid.com/watch/Ap9ovtjnfoh,
http://www.playvid.com/watch/gr4CXtvfxLX, http://www.playvid.com/watch/75i-_qhb0ZC, http://www.playvid.com/watch/AY1mxJvJ3tX,
http://www.playvid.com/watch/lt1pD0wE7iE, http://www.playvid.com/watch/Uh2AWGncAWw, http://www.playvid.com/watch/fKZTCJmn6iw,
http://www.playvid.com/watch/djEC268BPTH, http://www.playvid.com/watch/r70aax5Sn0D, http://www.playvid.com/watch/MRr7kc-E_UQ,
http://www.playvid.com/watch/qrlGG68uL3r, http://www.playvid.com/watch/e-impol3ejC, http://www.playvid.com/watch/w3hwVaes9T8,
http://www.playvid.com/watch/WfOD0Q-Up40, http://www.playvid.com/watch/Ne3ABpEc1ek, http://www.playvid.com/watch/50r3UJLtQ69,
http://www.playvid.com/watch/qeH79FYwRpb, http://www.playvid.com/watch/nsmwH3mH_-l, http://www.playvid.com/watch/WvExzyIc52S,
http://www.playvid.com/watch/LEGm9Eh1Fci, http://www.playvid.com/watch/EYNbuxrpeot, http://www.playvid.com/watch/J6wnUwOU7zA,
http://www.playvid.com/watch/ad1k2W_zjwM, http://www.playvid.com/watch/Cm1IxDMOn-Z, http://www.playvid.com/watch/PwbCOw3McOB,
http://www.playvid.com/watch/Zquj2DOZ6fa, http://www.playvid.com/watch/9J_gmxpa6uP, http://www.playvid.com/watch/e73u0Q4rBNH,
http://www.playvid.com/watch/h5UnCmB2uLd, http://www.playvid.com/watch/9W5rlXDXYld, http://www.playvid.com/watch/YMvBiAxsaxt,
http://www.playvid.com/watch/blZTEJkLYuR, http://www.playvid.com/watch/D3LOUIpiLA4, http://www.playvid.com/watch/RJEAzywg4Et,
http://www.playvid.com/watch/PtYA130OaIS, http://www.playvid.com/watch/Z8fycDLfaqB, http://www.playvid.com/watch/aEk-0AkbslE,
http://www.playvid.com/watch/anG0BxjuMtC, http://www.playvid.com/watch/Yl0Jdj7hi8h, http://www.playvid.com/watch/M4H-oCwsNhU,
http://www.playvid.com/watch/h-jQoaIM37h, http://www.playvid.com/watch/R5mzt0Do8ws, http://www.playvid.com/watch/5haILRhcTgb,
http://www.playvid.com/watch/Qf2y9hCbmtV, http://www.playvid.com/watch/RTc8WI2dcLs, http://www.playvid.com/watch/Gt0_pcpQ7iA,
http://www.playvid.com/watch/6FbHO9JPiHg, http://www.playvid.com/watch/fY_Rz-u7ChB, http://www.playvid.com/watch/NKZXK6p6rGP,
http://www.playvid.com/watch/BkmAuphidXZ, http://www.playvid.com/watch/wDsqiKXVFdQ, http://www.playvid.com/watch/tHg2dWc0M8z,
http://www.playvid.com/watch/Hcdu1qY101s, http://www.playvid.com/watch/VeXPJiC3xyP, http://www.playvid.com/watch/SMEN2p-ubrv,
http://www.playvid.com/watch/hJe2Kif-e4O, http://www.playvid.com/watch/QqWfWvZ6BmP, http://www.playvid.com/watch/Z_2quG_HFs9,
http://www.playvid.com/watch/GCnx-NheaCw, http://www.playvid.com/watch/etQ1SSN_Sq7, http://www.playvid.com/watch/n0OrWsoYq2Y,
http://www.playvid.com/watch/w6UspPH0VsS, http://www.playvid.com/watch/LDnNNzeE4HI, http://www.playvid.com/watch/pk34D7bV2IF,
http://www.playvid.com/watch/C4QgX9CbInQ, http://www.playvid.com/watch/EQoIEwpQpo3, http://www.playvid.com/watch/MOESIMl_0Vh,
http://www.playvid.com/watch/cePX43QAF_4, http://www.playvid.com/watch/86aZ-ryPiqg, http://www.playvid.com/watch/qAx7Pt5Q4DL,
http://www.playvid.com/watch/RC4oNgTVp35, http://www.playvid.com/watch/6rsdbiZAD2n, http://www.playvid.com/watch/9U9_QaIMjE8,
http://www.playvid.com/watch/Vqo2LdQ1wRr, http://www.playvid.com/watch/LKPbRRzjnzB, http://www.playvid.com/watch/h7VsW1xejN0,
http://www.playvid.com/watch/OiI3cqhpjqN, http://www.playvid.com/watch/Sk2bPU3A5RW, http://www.playvid.com/watch/Ut6CDIStnXX,
http://www.playvid.com/watch/qWYs6y1USTn, http://www.playvid.com/watch/78kdJty8auK, http://www.playvid.com/watch/ztChIw44ftL,
http://www.playvid.com/watch/uMGdWh0fbnA, http://www.playvid.com/watch/Ok3cTtLBWLE, http://www.playvid.com/watch/mewe1_TA737,
http://www.playvid.com/watch/bMVfhqC7ukn, http://www.playvid.com/watch/0gN1jH0wB7d, http://www.playvid.com/watch/VDJIB6yDE0S,
http://www.playvid.com/watch/OSJl0W-g_cW, http://www.playvid.com/watch/M_coCx7_sAq, http://www.playvid.com/watch/XE1YtDEucaI,
http://www.playvid.com/watch/z7bfdgIb2LB, http://www.playvid.com/watch/k7GVJdSgoJn, http://www.playvid.com/watch/JmwYQs1tD4v,
http://www.playvid.com/watch/6hDNgWCiJxs, http://www.playvid.com/watch/PHxWWQEICvl, http://www.playvid.com/watch/hzCeHVGRCGr,
http://www.playvid.com/watch/Dq_lYPfe8iG, http://www.playvid.com/watch/Qm-q6hvRwsJ, http://www.playvid.com/watch/th5X_39_nPP,
http://www.playvid.com/watch/LCtmIer_oSC, http://www.playvid.com/watch/Uk70DtggiYB, http://www.playvid.com/watch/RR9msTVO1pv,
http://www.playvid.com/watch/BDnnNHPNk3h, http://www.playvid.com/watch/kWs9N4pPiMb, http://www.playvid.com/watch/GwPHnXTPAqW,

http://www.playvid.com/watch/odJ6yrszkjw, http://www.playvid.com/watch/WHtSCRXrA0I, http://www.playvid.com/watch/yiqV4ejqfZp,
http://www.playvid.com/watch/P2CWU7zsqJ9, http://www.playvid.com/watch/Sracx9fNc9K, http://www.playvid.com/watch/5s2-d12bEnc,
http://www.playvid.com/watch/EvgiqiFJ8bR, http://www.playvid.com/watch/bhoW0EzfWnt, http://www.playvid.com/watch/uAh3FbffV8k,
http://www.playvid.com/watch/uIr8tWjJgQx, http://www.playvid.com/watch/vJVwf1yFCh7, http://www.playvid.com/watch/pU74iB_Cnhz,
http://www.playvid.com/watch/ZfaHGei5WG0, http://www.playvid.com/watch/2g2xpeDYY9r, http://www.playvid.com/watch/xBh7CveNNLm,
http://www.playvid.com/watch/xGbxSKIrMDV, http://www.playvid.com/watch/vbLLFgVXhCP, http://www.playvid.com/watch/4FNimzFRfDv,
http://www.playvid.com/watch/ubKzWzIGgsk, http://www.playvid.com/watch/HNEmvYk9ASw, http://www.playvid.com/watch/A1v8AOHJ8UC,
http://www.playvid.com/watch/VOaq90DeczX, http://www.playvid.com/watch/UjQ9oGb4gNg, http://www.playvid.com/watch/r2yL4pxyR3t,
http://www.playvid.com/watch/DFhDf-plHva, http://www.playvid.com/watch/HZTQsamZGBC, http://www.playvid.com/watch/4YWM3E5VmHo,
http://www.playvid.com/watch/a0pYMVKf0Qt, http://www.playvid.com/watch/fELhmq5nHcH, http://www.playvid.com/watch/SytvbKYdvoK,
http://www.playvid.com/watch/05SUcUtDQWj, http://www.playvid.com/watch/zP0gBUi60fa, http://www.playvid.com/watch/VTHfy-j1pcN,
http://www.playvid.com/watch/R9oZvRAPkxA, http://www.playvid.com/watch/jlJyV7wDqKT, http://www.playvid.com/watch/aJpUZMLg8HD,
http://www.playvid.com/watch/yB4qAV5GArl, http://www.playvid.com/watch/UZhM1ctfLx6, http://www.playvid.com/watch/2q7vZoGK7Gl,
http://www.playvid.com/watch/0yNzEfpsByf, http://www.playvid.com/watch/rNyobqXYRa5, http://www.playvid.com/watch/tP86QUmd3PJ,
http://www.playvid.com/watch/iukiEI62w0O, http://www.playvid.com/watch/EjBVfH7ll05, http://www.playvid.com/watch/BVnSLs_zQpq,
http://www.playvid.com/watch/Z6StlMBYHZW, http://www.playvid.com/watch/blU5lTl4Kue, http://www.playvid.com/watch/STukgAOkdLb,
http://www.playvid.com/watch/s5_v6A-h9J2, http://www.playvid.com/watch/r3TlabRvRr7, http://www.playvid.com/watch/nu_Ccr_6PqC,
http://www.playvid.com/watch/fxJlzoJ2e7o, http://www.playvid.com/watch/cd16Vyjqp4N, http://www.playvid.com/watch/Jl4BDrlKM3r,
http://www.playvid.com/watch/IhKDvpDzBZ6, http://www.playvid.com/watch/0o-_hz2OopJ, http://www.playvid.com/watch/YvrvpQawcMP,
http://www.playvid.com/watch/AYlKUVKbWY4, http://www.playvid.com/watch/7JJTggzqfWx, http://www.playvid.com/watch/mOtDno1DsCm,
http://www.playvid.com/watch/jAvDkfbkl1u, http://www.playvid.com/watch/7FIqjbBjfaH, http://www.playvid.com/watch/LJYjbSfxRA6,
http://www.playvid.com/watch/j5zImQaeQE3, http://www.playvid.com/watch/fg4YIRPYeTs, http://www.playvid.com/watch/Oc9u7-pD0TM,
http://www.playvid.com/watch/d6tqWxTStEx, http://www.playvid.com/watch/7GKvOAhIiig, http://www.playvid.com/watch/SXr_dDXn-3K,
http://www.playvid.com/watch/TLrSVkJ7yI5, http://www.playvid.com/watch/LgPq0IytUgB, http://www.playvid.com/watch/XMgf4D616Fv,
http://www.playvid.com/watch/Lg3Cn4J92ff, http://www.playvid.com/watch/vE6tvO0QUOI, http://www.playvid.com/watch/HUolujsGzJ4,
http://www.playvid.com/watch/QKg7CEwT6hS, http://www.playvid.com/watch/CYhamZq6Nv0, http://www.playvid.com/watch/dMft-XKH3OY,
http://www.playvid.com/watch/pkxwSB8135q, http://www.playvid.com/watch/znd55PbqvnT, http://www.playvid.com/watch/DGRZCaH3g2T,
http://www.playvid.com/watch/NkXBESI6Kno, http://www.playvid.com/watch/XKjEtTUIQEb, http://www.playvid.com/watch/0_vavosrLek,
http://www.playvid.com/watch/z2xQ7U1vhTA, http://www.playvid.com/watch/ecKxlq6-G6A, http://www.playvid.com/watch/B-y-dRfEQVK,
http://www.playvid.com/watch/k0mBwGqYnZg, http://www.playvid.com/watch/mB_A8E5f1mg, http://www.playvid.com/watch/pwLWAHNyLbW,
http://www.playvid.com/watch/WkIXS08oZpT, http://www.playvid.com/watch/uaoXRf6KTqw, http://www.playvid.com/watch/rD0n2gbFkr5,
http://www.playvid.com/watch/6PpwjggVAqc, http://www.playvid.com/watch/n7XgeomKHaN, http://www.playvid.com/watch/S2oug85Uo4l,
http://www.playvid.com/watch/6_htZYxHE6X, http://www.playvid.com/watch/9J5q5pg3WV3, http://www.playvid.com/watch/P_69ZUXCvxK,
http://www.playvid.com/watch/KAmz-Tpsivd, http://www.playvid.com/watch/Ehg52onIFT0, http://www.playvid.com/watch/Gzdx1pIklfN,
http://www.playvid.com/watch/RoqmVvHUEq8, http://www.playvid.com/watch/Q5rf_u8p9S2, http://www.playvid.com/watch/pEHPkxULXqY,
http://www.playvid.com/watch/eqijFaPD9Pv, http://www.playvid.com/watch/kZB9cGXdzG2, http://www.playvid.com/watch/Jz4eh28o0BD,
http://www.playvid.com/watch/8EpdoVO00So, http://www.playvid.com/watch/w9R8Q8XGuIr, http://www.playvid.com/watch/Ss_6kAwrVzz,
http://www.playvid.com/watch/ML-_lR9CBGP, http://www.playvid.com/watch/8q7NjbaV5px, http://www.playvid.com/watch/pls4yvpkDdJ,
http://www.playvid.com/watch/3DLS5x5sPWN, http://www.playvid.com/watch/X7uOwIbPKyg, http://www.playvid.com/watch/RBoefiOBJ-n,
http://www.playvid.com/watch/AapZsJq3KyG, http://www.playvid.com/watch/xiZ5CWqQuNn, http://www.playvid.com/watch/UjINgiizzPV,
http://www.playvid.com/watch/CnNfXt2js2S, http://www.playvid.com/watch/ntoeQ1c_xv2, http://www.playvid.com/watch/b-vmNk40WqK,
http://www.playvid.com/watch/rT2vWyrtBvI, http://www.playvid.com/watch/AHExLoSywgU, http://www.playvid.com/watch/b7pVG9S8FmC,
http://www.playvid.com/watch/HimM8ZGUO0t, http://www.playvid.com/watch/v3rtLhIBGYs, http://www.playvid.com/watch/7ZhptrmXPyp,
http://www.playvid.com/watch/RL00lZbAH5d, http://www.playvid.com/watch/A6PnJMTvMQe, http://www.playvid.com/watch/l0wau7ocPlm,
http://www.playvid.com/watch/MYtlYKnlL6i, http://www.playvid.com/watch/qkdPC97X5yT, http://www.playvid.com/watch/Ht_EIhq-XaI,
http://www.playvid.com/watch/ZqdYhVcPj3Y, http://www.playvid.com/watch/xu_aF4mbkhT, http://www.playvid.com/watch/whfJ_AlE5hf,
http://www.playvid.com/watch/rSKksj67dG6, http://www.playvid.com/watch/25rr_VlpHux, http://www.playvid.com/watch/kv7yWC7OpJQ,
http://www.playvid.com/watch/Mqi64KUpziB, http://www.playvid.com/watch/9icsZSJoUrY, http://www.playvid.com/watch/NkS2nlMYPxm,
http://www.playvid.com/watch/EhnhGJVcIpV, http://www.playvid.com/watch/Ce5ktrVmyAC, http://www.playvid.com/watch/PBTvCSbtm-V,
http://www.playvid.com/watch/G9FZy04biuk, http://www.playvid.com/watch/QDqVjdHdFrh, http://www.playvid.com/watch/qKEJtr7zZtp,
http://www.playvid.com/watch/8ZKZC2EbSBE, http://www.playvid.com/watch/77AWXqOGEPn, http://www.playvid.com/watch/0FXrRHYvU8w,
http://www.playvid.com/watch/B0nonZIiZpm, http://www.playvid.com/watch/Dda-kgyjrW6, http://www.playvid.com/watch/w8ujczA6Vw0,
http://www.playvid.com/watch/wHWZItCKSRL, http://www.playvid.com/watch/R4prbiTTEsu, http://www.playvid.com/watch/xMzsSq8kjTi,
http://www.playvid.com/watch/x6hyzmcEhlo, http://www.playvid.com/watch/IDxLlW2zFpe, http://www.playvid.com/watch/JkRJF6gn5mH,
http://www.playvid.com/watch/B20XnN__3WH, http://www.playvid.com/watch/PJbDFjrrUOK, http://www.playvid.com/watch/EPGxizG_Nya,
http://www.playvid.com/watch/OBTZnAANxiS, http://www.playvid.com/watch/aB5RU-S1Q3K, http://www.playvid.com/watch/t1v5wi8aQX8,
http://www.playvid.com/watch/rEKCLFVlW3F, http://www.playvid.com/watch/L1Ykz5Zg6LN, http://www.playvid.com/watch/4yihkGL-rk5,
http://www.playvid.com/watch/qHWwD_tKcpr, http://www.playvid.com/watch/BvtU5JzYkaR, http://www.playvid.com/watch/GJ0OhDBcT22,
http://www.playvid.com/watch/zZ7NPZSgDOK, http://www.playvid.com/watch/n1OhU_yw88P, http://www.playvid.com/watch/mpYzGECReiT,
http://www.playvid.com/watch/xePFnEkk8LN, http://www.playvid.com/watch/i21wURb0t1C, http://www.playvid.com/watch/qhdpzw-bIPz,
http://www.playvid.com/watch/OCM4MR1MNOd, http://www.playvid.com/watch/JNet6N1zLGV, http://www.playvid.com/watch/NuMM3LLmV87,
http://www.playvid.com/watch/3WY6mlqDqPq, http://www.playvid.com/watch/f5WtUXp9f2W, http://www.playvid.com/watch/xHneWkfvYEY,
http://www.playvid.com/watch/sXMZZj1kGJg, http://www.playvid.com/watch/KhO_HBrwutt, http://www.playvid.com/watch/YlJu7TMXo1H,
http://www.playvid.com/watch/UYKZn-z358l, http://www.playvid.com/watch/Mzn2wZ-irfW, http://www.playvid.com/watch/VDQuiXA-6uf,
http://www.playvid.com/watch/4k0xxuoC9_w, http://www.playvid.com/watch/fQfLHFC_UxT, http://www.playvid.com/watch/rLbdbDCNeFq,
http://www.playvid.com/watch/2XbHri45InM, http://www.playvid.com/watch/6mzbIiWUXbQ, http://www.playvid.com/watch/CQ-MinfvGKQ,
http://www.playvid.com/watch/cX7aq6MOhjM, http://www.playvid.com/watch/pt4b0iTQxqY, http://www.playvid.com/watch/78J4c6FKIHu,
http://www.playvid.com/watch/N9seNQVLzhM, http://www.playvid.com/watch/bjMgy2dy-dl, http://www.playvid.com/watch/BLZjaDyR0qx,
http://www.playvid.com/watch/OgldeYYLGww, http://www.playvid.com/watch/YqXn3fRut5p, http://www.playvid.com/watch/0QCIJcBHN-6,
http://www.playvid.com/watch/sG0-W3TCvAT, http://www.playvid.com/watch/bwAfhTIrRee, http://www.playvid.com/watch/4_1oaEI4nXl,
http://www.playvid.com/watch/zs5Pnb3WEDM, http://www.playvid.com/watch/Bsw189F-ldw, http://www.playvid.com/watch/vLhUr_vX095,
http://www.playvid.com/watch/HDeNs--XlQO, http://www.playvid.com/watch/A12o384P8pN, http://www.playvid.com/watch/EfgCgjgVLsi,
http://www.playvid.com/watch/ry27yv0qxC6, http://www.playvid.com/watch/UeZ35we-OMY, http://www.playvid.com/watch/LEbbwvZIosJ,
http://www.playvid.com/watch/0nmeSEmyWGI, http://www.playvid.com/watch/4Jb8jezt_gg, http://www.playvid.com/watch/OgcDkK45Ube,
http://www.playvid.com/watch/SGIHyuRvmNB, http://www.playvid.com/watch/2IAoey-FO9Y, http://www.playvid.com/watch/lTlhKIhUqhu,
http://www.playvid.com/watch/KMQDOK_w4nV, http://www.playvid.com/watch/BTznXs9PqpW, http://www.playvid.com/watch/DYup9Np9NcM,
http://www.playvid.com/watch/ooS2K0sSq-F, http://www.playvid.com/watch/FCdPhaA4jyT, http://www.playvid.com/watch/pMnW2CIKDek,
http://www.playvid.com/watch/kPPffwAmk02, http://www.playvid.com/watch/LPdTWQLY3gq, http://www.playvid.com/watch/pWrdqumZrWr,
http://www.playvid.com/watch/VNE8N8DspJY, http://www.playvid.com/watch/qnL-EhETLEZ, http://www.playvid.com/watch/CbcIDocBTT0,
http://www.playvid.com/watch/5i1Cto9UiKr, http://www.playvid.com/watch/mafuWSDDyKR, http://www.playvid.com/watch/xGbNVLgd8PY,
http://www.playvid.com/watch/XygRJpjUb2d, http://www.playvid.com/watch/Im_J1tpWEFu, http://www.playvid.com/watch/oYLLc80ISfO,
http://www.playvid.com/watch/fRTVQELNRYI, http://www.playvid.com/watch/HXXWU53o4FQ, http://www.playvid.com/watch/YsFKpr8h1GF,
http://www.playvid.com/watch/NM7JnoU5eAC, http://www.playvid.com/watch/oMlHTM0Rmws, http://www.playvid.com/watch/aGn_V4r1xUv,
http://www.playvid.com/watch/UgcoX4lUyfm, http://www.playvid.com/watch/uFfxESm8AkN, http://www.playvid.com/watch/KJO4ctMNFsP,
http://www.playvid.com/watch/Se6d5CvLXVU, http://www.playvid.com/watch/V5S6Z-mtflX, http://www.playvid.com/watch/We6FxLFveuK,
http://www.playvid.com/watch/alxvgh0H5x4, http://www.playvid.com/watch/UZmr-pMm2ji, http://www.playvid.com/watch/akc8r6IveEB,
http://www.playvid.com/watch/01t1CIyN0bt, http://www.playvid.com/watch/aOvlsntVbwP, http://www.playvid.com/watch/ToWxnTGdpSj,
http://www.playvid.com/watch/hkfQfN9z_y2, http://www.playvid.com/watch/AQw9nNpabdL, http://www.playvid.com/watch/8IDo9eCpiol,
http://www.playvid.com/watch/MSHsViuyJxv, http://www.playvid.com/watch/V8iVhMKMBFP, http://www.playvid.com/watch/VLzj5pCY3rP,
http://www.playvid.com/watch/MKe-pTWajY5, http://www.playvid.com/watch/yGQWAx-b5Bg, http://www.playvid.com/watch/W6UbEiSEa8v,
http://www.playvid.com/watch/V2momP1XKfK, http://www.playvid.com/watch/8g8QCTylSSw, http://www.playvid.com/watch/zqa3PD6gphq,
http://www.playvid.com/watch/GoYPNgw5Txt, http://www.playvid.com/watch/OVl2IaiETdK, http://www.playvid.com/watch/tBwrttyIkTS,
http://www.playvid.com/watch/s5ZhAxX3JVb, http://www.playvid.com/watch/OZtK4hY4B1R, http://www.playvid.com/watch/UVPn4RsHd3k,
http://www.playvid.com/watch/JnQ9XpsPHgV, http://www.playvid.com/watch/ZAiitdnhPFR, http://www.playvid.com/watch/o69_7-Jq97M,
http://www.playvid.com/watch/p9YlNHUOn7w, http://www.playvid.com/watch/yWW-vcW1ryl, http://www.playvid.com/watch/6r_zDYPAUGx,
http://www.playvid.com/watch/UKwxlGn8ond, http://www.playvid.com/watch/HinKsqmZQxB, http://www.playvid.com/watch/9KIruWRhm1q,

http://www.playvid.com/watch/lo75HKs03dp, http://www.playvid.com/watch/TmchVjw5qUY, http://www.playvid.com/watch/7EB3eUjjCPf,
http://www.playvid.com/watch/W4peJ06WoFc, http://www.playvid.com/watch/PUyhNKerEiM, http://www.playvid.com/watch/GBMdPDEGKmN,
http://www.playvid.com/watch/WFRAcjGMcaA, http://www.playvid.com/watch/ML_pwhYo58C, http://www.playvid.com/watch/ze6IMXBRqLE,
http://www.playvid.com/watch/zf_s_yVJEQs, http://www.playvid.com/watch/3qt0WBZBc2O, http://www.playvid.com/watch/a45x_KYryom,
http://www.playvid.com/watch/fm8aR-uSKqe, http://www.playvid.com/watch/sfJJnagyIKj, http://www.playvid.com/watch/rRUl8qRnDhE,
http://www.playvid.com/watch/z1eMQ3GQrZh, http://www.playvid.com/watch/l-4POhMxVmt, http://www.playvid.com/watch/qL9icMLGt3u,
http://www.playvid.com/watch/jUcEGA7IJOu, http://www.playvid.com/watch/s_iN06LUbzX, http://www.playvid.com/watch/SgW_Fsc-WNt,
http://www.playvid.com/watch/BL1j8SabB-t, http://www.playvid.com/watch/0eGWhyLSKpK, http://www.playvid.com/watch/DrCg3DDAnsW,
http://www.playvid.com/watch/sTivdH3TpB5, http://www.playvid.com/watch/YxDf-R1PF-g, http://www.playvid.com/watch/ZMQVA5GhOXL,
http://www.playvid.com/watch/TuIA8ANJkb7, http://www.playvid.com/watch/5PLbOBakgro, http://www.playvid.com/watch/2J_dyp34pIH,
http://www.playvid.com/watch/cIoXP9hGRIh, http://www.playvid.com/watch/zaTF_Ctc0nK, http://www.playvid.com/watch/sZhA1ODM10m,
http://www.playvid.com/watch/QB_KqfZ9beX, http://www.playvid.com/watch/XcHkC2139AN, http://www.playvid.com/watch/FMsbBMBkSge,
http://www.playvid.com/watch/CqVygcPZTl0, http://www.playvid.com/watch/MOHB0HKgTsx, http://www.playvid.com/watch/T2UmCQgaaUi,
http://www.playvid.com/watch/B2bbNRi0bRx, http://www.playvid.com/watch/N0qxg_ibIN2, http://www.playvid.com/watch/AaRJPynZL08,
http://www.playvid.com/watch/3WYaj6SGh9I, http://www.playvid.com/watch/m6VcdG748a6, http://www.playvid.com/watch/iIpdGEaKnbY,
http://www.playvid.com/watch/2UqxG2rqKbo, http://www.playvid.com/watch/v5hzHOEbRBe, http://www.playvid.com/watch/JQzBXz8U_PT,
http://www.playvid.com/watch/5oYdVa9IWWm, http://www.playvid.com/watch/2l3cFoceK7k, http://www.playvid.com/watch/xgX3d2pJeU8,
http://www.playvid.com/watch/NPNvhBaqjKc, http://www.playvid.com/watch/z7RCRup17Gh, http://www.playvid.com/watch/hzON0twkWOc,
http://www.playvid.com/watch/3gyLq9-ftTg, http://www.playvid.com/watch/NK0OKFzdkzb, http://www.playvid.com/watch/iOZuTuK2vvT,
http://www.playvid.com/watch/oEF1Jlc-z9r, http://www.playvid.com/watch/Rj004ttIxzi, http://www.playvid.com/watch/W2mb9JXRhUS,
http://www.playvid.com/watch/N0PiSI_Sa1a, http://www.playvid.com/watch/WvdOM8Hwayz, http://www.playvid.com/watch/gH3wIDjy5aY,
http://www.playvid.com/watch/r6pTGfFdbC7, http://www.playvid.com/watch/cHqFW7T3LAX, http://www.playvid.com/watch/9daN6pCX0lV,
http://www.playvid.com/watch/4ZtQs0BOJmz, http://www.playvid.com/watch/FHr_1wset0K, http://www.playvid.com/watch/QhknaEWz8KH,
http://www.playvid.com/watch/heLrrJXP9UJ, http://www.playvid.com/watch/ryv8cfcofD2, http://www.playvid.com/watch/HEKtlPFKujj,
http://www.playvid.com/watch/WNgKQ6K2ZRv, http://www.playvid.com/watch/N2h_60T-qmR, http://www.playvid.com/watch/wQIjb946XzD,
http://www.playvid.com/watch/q36keeNm_7M, http://www.playvid.com/watch/Xg3BXS7yEF6, http://www.playvid.com/watch/IVg2oNi2E-L,
http://www.playvid.com/watch/46eBSrfemCT, http://www.playvid.com/watch/KTqgkyfz5om, http://www.playvid.com/watch/kvXxH4nWx3X,
http://www.playvid.com/watch/Irk8ks8uSw9, http://www.playvid.com/watch/RqJE67iJh5x, http://www.playvid.com/watch/nr_Xojsx-zx,
http://www.playvid.com/watch/iiy-7dvDHpV, http://www.playvid.com/watch/oi3RhKBXBiN, http://www.playvid.com/watch/aNxFajNi8TH,
http://www.playvid.com/watch/yXVG8diLwGl, http://www.playvid.com/watch/SvsJWUuWQbm, http://www.playvid.com/watch/Ld2IBwAhdjm,
http://www.playvid.com/watch/4B6HB63nYE7, http://www.playvid.com/watch/SkiZWxSjjde, http://www.playvid.com/watch/8oAa3eIMYYh,
http://www.playvid.com/watch/xtcDtx-0G4D, http://www.playvid.com/watch/KvrOz-4jxox, http://www.playvid.com/watch/JPlsW91wtB2,
http://www.playvid.com/watch/AtLW_lXLNwG, http://www.playvid.com/watch/4_Fd_Q-2flG, http://www.playvid.com/watch/C-ECyV2RqCN,
http://www.playvid.com/watch/fGFRs4_dZqx, http://www.playvid.com/watch/Y3xJ4K-DezN, http://www.playvid.com/watch/KcseVU8rsPY,
http://www.playvid.com/watch/DUfXFTKa6JO, http://www.playvid.com/watch/JRomf_n2IZZ, http://www.playvid.com/watch/hNYBg8etH6L,
http://www.playvid.com/watch/duWZ9g9uyUV, http://www.playvid.com/watch/hFbveFerGkL, http://www.playvid.com/watch/EXBQTLwNPns,
http://www.playvid.com/watch/UsBgQYer4X4, http://www.playvid.com/watch/aPmatglg1iD, http://www.playvid.com/watch/bOUu1nEJQGI,
http://www.playvid.com/watch/Ju_4kj4ceNT, http://www.playvid.com/watch/o56AydRVKJL, http://www.playvid.com/watch/6o2-gpGya_i,
http://www.playvid.com/watch/zcGrwqDhVb9, http://www.playvid.com/watch/7SR55BBFPwZ, http://www.playvid.com/watch/Jmd_0uEOxBJ,
http://www.playvid.com/watch/zE4Dlu8h5kF, http://www.playvid.com/watch/mw7CPm29Gfz, http://www.playvid.com/watch/ytrkquPqJ08,
http://www.playvid.com/watch/Y2qO5yVppyj, http://www.playvid.com/watch/0Dq4ZhbDXG7, http://www.playvid.com/watch/lQPuJzCUdAp,
http://www.playvid.com/watch/XboLOohiSmF, http://www.playvid.com/watch/sgq_YDsd72q, http://www.playvid.com/watch/h4xFRDSfUCL,
http://www.playvid.com/watch/MzHxuacA9me, http://www.playvid.com/watch/Ibhf8pZIs3v, http://www.playvid.com/watch/TfzHFinHuu0,
http://www.playvid.com/watch/SaF7hedJkqz, http://www.playvid.com/watch/yZyyLP4TPGS, http://www.playvid.com/watch/QYunazW8Mqj,
http://www.playvid.com/watch/2vaG0JgZ7K4, http://www.playvid.com/watch/K8XedBqKnRz, http://www.playvid.com/watch/VQHyqxnHRhr,
http://www.playvid.com/watch/vl1lvmPOvVy, http://www.playvid.com/watch/W1i87wiOxHP, http://www.playvid.com/watch/e4M6HJNp-o9,
http://www.playvid.com/watch/QHhBql1TPrA, http://www.playvid.com/watch/hlG1r0NCN9S, http://www.playvid.com/watch/Kmi1Z8jR812,
http://www.playvid.com/watch/yFMvmqmfHmk, http://www.playvid.com/watch/F6_J_7f7GYk, http://www.playvid.com/watch/pjfirTf-2Jg,
http://www.playvid.com/watch/gsyMwWncqQX, http://www.playvid.com/watch/nL94kWEy1sm, http://www.playvid.com/watch/orL3hlg5Y1r,
http://www.playvid.com/watch/cPfyoDq_bxz, http://www.playvid.com/watch/tmmUKemFOOc, http://www.playvid.com/watch/uLLg9VEXR6J,
http://www.playvid.com/watch/ZW2FcmWYaHH, http://www.playvid.com/watch/hN6ln_q4W-A, http://www.playvid.com/watch/DMctze4ufgC,
http://www.playvid.com/watch/puTDEyxVFCt, http://www.playvid.com/watch/dDxVxsdtzmZ, http://www.playvid.com/watch/NxtvYX_unIO,
http://www.playvid.com/watch/Pa2_1VZWYke, http://www.playvid.com/watch/Z4p6LbM91RC, http://www.playvid.com/watch/a8XiKGEpvNP,
http://www.playvid.com/watch/4IZj6QS64ec, http://www.playvid.com/watch/pEiKDK45pkq, http://www.playvid.com/watch/PqEBXXl42AW,
http://www.playvid.com/watch/bvzVs9wqVEk, http://www.playvid.com/watch/GXJzsUMl8iN, http://www.playvid.com/watch/Dyww-bf08Ga,
http://www.playvid.com/watch/3A8ND6XyedM, http://www.playvid.com/watch/HkCcIxCoqrN, http://www.playvid.com/watch/VOsOIEA9hfu,
http://www.playvid.com/watch/Y624JexsFTN, http://www.playvid.com/watch/9nlwpvbICO6, http://www.playvid.com/watch/p-zIPd8EIhC,
http://www.playvid.com/watch/qJKTUXhIxox, http://www.playvid.com/watch/uMP-YuXmtIu, http://www.playvid.com/watch/w4223m5wpNB,
http://www.playvid.com/watch/sDCWANg8LOi, http://www.playvid.com/watch/M4jXqG1byu8, http://www.playvid.com/watch/VFoXFULweTC,
http://www.playvid.com/watch/JSE6frZG1_Z, http://www.playvid.com/watch/NJkbK48ShjQ, http://www.playvid.com/watch/ImFBTsSpXDN,
http://www.playvid.com/watch/F6Vqo7KHHGd, http://www.playvid.com/watch/F5R5qT4-ZQP, http://www.playvid.com/watch/CpssRCevF_9,
http://www.playvid.com/watch/orxfg1lH8Jy, http://www.playvid.com/watch/wnq2YmO-IXX, http://www.playvid.com/watch/6VhPwxqnpFI,
http://www.playvid.com/watch/snM-HpGAoDf, http://www.playvid.com/watch/X5QbB0C-htf, http://www.playvid.com/watch/o3qJBgUP6Nk,
http://www.playvid.com/watch/Fx0hrR5HJCX, http://www.playvid.com/watch/P25sjQ_XL5M, http://www.playvid.com/watch/osctCp7Ma4z,
http://www.playvid.com/watch/GiYzmwQvfSS, http://www.playvid.com/watch/ff7AinfIWXS, http://www.playvid.com/watch/r1wIdM_IpIG,
http://www.playvid.com/watch/RiCualTDxvh, http://www.playvid.com/watch/80refzkRSm5, http://www.playvid.com/watch/KPpbtsGeM5W,
http://www.playvid.com/watch/pQtw_mdoxn7, http://www.playvid.com/watch/jUG6UmJIdiF, http://www.playvid.com/watch/30m32v07xl4,
http://www.playvid.com/watch/8ACgevzLDY3, http://www.playvid.com/watch/g2MPYuuJeOE, http://www.playvid.com/watch/A8PLjmXjVLJ,
http://www.playvid.com/watch/DwaIAKGFdKn, http://www.playvid.com/watch/tusgIaszqTC, http://www.playvid.com/watch/rgPUlNA07kH,
http://www.playvid.com/watch/Dw7ECjxJKO3, http://www.playvid.com/watch/ts-_4kPpxVi, http://www.playvid.com/watch/WE-9hbXlsCQ,
http://www.playvid.com/watch/Oshj-J7vh5L, http://www.playvid.com/watch/f0JwkGRqDkl, http://www.playvid.com/watch/nvePwGyUaYf,
http://www.playvid.com/watch/Tz-0eTu4tY9, http://www.playvid.com/watch/D7UuJ6Wnd4M, http://www.playvid.com/watch/0sYxrGcSH6y,
http://www.playvid.com/watch/FhOE0dKbaPd, http://www.playvid.com/watch/MlwShoByL7M, http://www.playvid.com/watch/p-6ncu01p0K,
http://www.playvid.com/watch/6nxat5e5COW, http://www.playvid.com/watch/35jXOIqs0vN, http://www.playvid.com/watch/bZjQKzc0d2u,
http://www.playvid.com/watch/lxP2Ou04LUs, http://www.playvid.com/watch/fVDfCeuYaun, http://www.playvid.com/watch/qW96VBtIrPR,
http://www.playvid.com/watch/R7i8vxZ-SZc, http://www.playvid.com/watch/V8434AqTKUp, http://www.playvid.com/watch/vrJ57xLz1Wj,
http://www.playvid.com/watch/Rat4ADpX1g6, http://www.playvid.com/watch/nHyqcN_qDCn, http://www.playvid.com/watch/q_iUrVQcJxb,
http://www.playvid.com/watch/Xz7hKe4Hwrs, http://www.playvid.com/watch/aeKDvjuaA3h, http://www.playvid.com/watch/hByz3qtPuTf,
http://www.playvid.com/watch/gxV5T2W2vWO, http://www.playvid.com/watch/0jDNcPEsyLN, http://www.playvid.com/watch/tgJ9mRIxe0N,
http://www.playvid.com/watch/Gl6C50NaStg, http://www.playvid.com/watch/mLaroCV_XRY, http://www.playvid.com/watch/T_fIqZw0P8E,
http://www.playvid.com/watch/9SUKKzPomwp, http://www.playvid.com/watch/Uoh0D-IFmL7, http://www.playvid.com/watch/cPKITo7Vhxw,
http://www.playvid.com/watch/sF1z3XQ5rBL, http://www.playvid.com/watch/5Y7CW__ppxx, http://www.playvid.com/watch/NDKPV8_V7pJ,
http://www.playvid.com/watch/ok9uK-irXzy, http://www.playvid.com/watch/Y6rs0wpM-iv, http://www.playvid.com/watch/AWa8Ql40LQh,
http://www.playvid.com/watch/2w2qXkTKk7P, http://www.playvid.com/watch/bYRADSI-l-O, http://www.playvid.com/watch/KZBK0qgGLnI,
http://www.playvid.com/watch/RuOrSirxG36, http://www.playvid.com/watch/ybvBveFJ3fH, http://www.playvid.com/watch/6urkgK8knlJ,
http://www.playvid.com/watch/ZfnWNf4dqIZ, http://www.playvid.com/watch/01R1N7EJxOj, http://www.playvid.com/watch/Yg4dPiuYsXX,
http://www.playvid.com/watch/XZ4f1-iHscU, http://www.playvid.com/watch/gnNRzlARg0S, http://www.playvid.com/watch/MaP0NjeaNhw,
http://www.playvid.com/watch/6WCdR8_0g8a, http://www.playvid.com/watch/QMaDJ2Fu8Pn, http://www.playvid.com/watch/687-9oH01BM,
http://www.playvid.com/watch/g-WV6cZCssy, http://www.playvid.com/watch/XkEUx8lu8pd, http://www.playvid.com/watch/cjVS59zloaM,
http://www.playvid.com/watch/Q-lS3OgG8Dc, http://www.playvid.com/watch/xzgVKwWDyeL, http://www.playvid.com/watch/wIb1CH2SNxD,
http://www.playvid.com/watch/iKX_Xvf6bAC, http://www.playvid.com/watch/jZaABit-qHv, http://www.playvid.com/watch/WJwC9RTXote,
http://www.playvid.com/watch/T0r7Ax2ODm3, http://www.playvid.com/watch/s7isgWrf4N7, http://www.playvid.com/watch/vJ4aZeJEikZ,
http://www.playvid.com/watch/Fn7Zem5b04z, http://www.playvid.com/watch/X5mD1pNFo6H, http://www.playvid.com/watch/RqtJ8ZqZvGJ,
http://www.playvid.com/watch/3lKOfBH5cdy, http://www.playvid.com/watch/KmBxSkCJDrH, http://www.playvid.com/watch/FUern3fieqa,
http://www.playvid.com/watch/FizkevQVPTk, http://www.playvid.com/watch/hsTY2dqnLGY, http://www.playvid.com/watch/Qg4tgERiAyG,
http://www.playvid.com/watch/BV65gv_eWrO, http://www.playvid.com/watch/nlqhULjQXOE, http://www.playvid.com/watch/eX-LBUW-Wt9,

http://www.playvid.com/watch/lFUA5sK3dXq, http://www.playvid.com/watch/4Iyz-WFnTh6, http://www.playvid.com/watch/V0bteFuc9dj,
http://www.playvid.com/watch/j2gUCF5T8XK, http://www.playvid.com/watch/fhNHEpFacZI, http://www.playvid.com/watch/XviHwavxtDz,
http://www.playvid.com/watch/YEIyCoo0LR8, http://www.playvid.com/watch/oGvnW3Hymq2, http://www.playvid.com/watch/e5Dz8cKEyiC,
http://www.playvid.com/watch/msilVCcKoWI, http://www.playvid.com/watch/Kc_W2478XPs, http://www.playvid.com/watch/ckW-E5XMxWA,
http://www.playvid.com/watch/B71jqiaLP8o, http://www.playvid.com/watch/4LCymkZQe6l, http://www.playvid.com/watch/zh4Em3oniCX,
http://www.playvid.com/watch/EvS3x6CLIqf, http://www.playvid.com/watch/NJde_G4cMsf, http://www.playvid.com/watch/8paO4AHWMiN,
http://www.playvid.com/watch/fQb8FDP6qqs, http://www.playvid.com/watch/3E3FHNyByaU, http://www.playvid.com/watch/EpSfYK8LlMg,
http://www.playvid.com/watch/qb6A6Yu2USx, http://www.playvid.com/watch/vLku1uyvULz, http://www.playvid.com/watch/aIe25AvCQmP,
http://www.playvid.com/watch/vbNaVj_AEOI, http://www.playvid.com/watch/bVi6wyXnX4L, http://www.playvid.com/watch/ZwwYqPexfGL,
http://www.playvid.com/watch/h66Tfldrryb, http://www.playvid.com/watch/aYc348Y5uFS, http://www.playvid.com/watch/h84Smv9u2Bt,
http://www.playvid.com/watch/eF5DBq4xU_b, http://www.playvid.com/watch/eaRRTmeke70, http://www.playvid.com/watch/UWgbYoOmvMU,
http://www.playvid.com/watch/NVx4dBJa0Do, http://www.playvid.com/watch/BbUI5OsKiE9, http://www.playvid.com/watch/a_fIAmxhZcq,
http://www.playvid.com/watch/oyVRB63myy6, http://www.playvid.com/watch/GR9iHBNy6ZC, http://www.playvid.com/watch/dyWrf7C6JnI,
http://www.playvid.com/watch/kfS1-vZMKMl, http://www.playvid.com/watch/scNolE35eTT, http://www.playvid.com/watch/f1Wz5SVcAQQ,
http://www.playvid.com/watch/TFuN_arDVkn, http://www.playvid.com/watch/CS2BE6pDx9G, http://www.playvid.com/watch/gge7GiwMs_K,
http://www.playvid.com/watch/O5X6qF2dWLK, http://www.playvid.com/watch/PZcbq_PBWPc, http://www.playvid.com/watch/z_6cqkiQ7Wt,
http://www.playvid.com/watch/wlow9yVxSnN, http://www.playvid.com/watch/sm3qVnKlKhw, http://www.playvid.com/watch/40vtj7ES_wp,
http://www.playvid.com/watch/L5WEACZtiyS, http://www.playvid.com/watch/2dNyMtlfRdL, http://www.playvid.com/watch/saOtAU-WHfX,
http://www.playvid.com/watch/4_yE_TbykiX, http://www.playvid.com/watch/7XwubzP1omf, http://www.playvid.com/watch/w90xwjnvenj,
http://www.playvid.com/watch/bn5wC__hdLF, http://www.playvid.com/watch/aLjlleRW--Y, http://www.playvid.com/watch/B9xgumqYyHt,
http://www.playvid.com/watch/PrfWNGy_vjv, http://www.playvid.com/watch/du07tzZ8hZD, http://www.playvid.com/watch/YRjZI0y-1Rm,
http://www.playvid.com/watch/lRDSkXo0SN8, http://www.playvid.com/watch/JmqYA1lSKnC, http://www.playvid.com/watch/SR5oLeXhXnt,
http://www.playvid.com/watch/h7YrRk0UXZi, http://www.playvid.com/watch/D2yAP1WAnrO, http://www.playvid.com/watch/D4lKf8sLDG7,
http://www.playvid.com/watch/pThcXkeciKw, http://www.playvid.com/watch/sII9qpqkF0Q, http://www.playvid.com/watch/TWvayJ0gjEC,
http://www.playvid.com/watch/WuGISd8YajN, http://www.playvid.com/watch/vpRVLwnC_XL, http://www.playvid.com/watch/2hPALPt7_uM,
http://www.playvid.com/watch/hZ-yGT-rusg, http://www.playvid.com/watch/NK569mfMhMg, http://www.playvid.com/watch/vrjYZXVS2JV,
http://www.playvid.com/watch/Zp29BPNwO1C, http://www.playvid.com/watch/xqhiOtZVxmH, http://www.playvid.com/watch/7GiUOudTj0d,
http://www.playvid.com/watch/zhNkLhtiUQ8, http://www.playvid.com/watch/VsSOAMlpWO0, http://www.playvid.com/watch/Vnug0x4ZpCi,
http://www.playvid.com/watch/FQoIoSV46D0, http://www.playvid.com/watch/4uoQTQxIqok, http://www.playvid.com/watch/Nd-GYSl7izA,
http://www.playvid.com/watch/Z__Tlwqet1p, http://www.playvid.com/watch/mpmEdJDVT6K, http://www.playvid.com/watch/FoL-ZPPXU3H,
http://www.playvid.com/watch/v7LXTYc1xRv, http://www.playvid.com/watch/mUNdrWNcSbr, http://www.playvid.com/watch/DPKUmTtyixt,
http://www.playvid.com/watch/MsxC50uTeUR, http://www.playvid.com/watch/oEIqXxc_ySw, http://www.playvid.com/watch/uKQOUi8Hr7q,
http://www.playvid.com/watch/arrClgIV2ec, http://www.playvid.com/watch/u0K-LX_Toii, http://www.playvid.com/watch/rP_7b0kwYk6,
http://www.playvid.com/watch/7fT1XOYInKT, http://www.playvid.com/watch/IyXI5M84zth, http://www.playvid.com/watch/J2xgVCkQYbZ,
http://www.playvid.com/watch/kyDpeLrndZr, http://www.playvid.com/watch/CbCNC-5Ckx9, http://www.playvid.com/watch/ja737bmEHw5,
http://www.playvid.com/watch/NU-X5XJKFvP, http://www.playvid.com/watch/hIkkteZcUFO, http://www.playvid.com/watch/Fiwr6CWLffH,
http://www.playvid.com/watch/RQyrAd_rPGv, http://www.playvid.com/watch/yojkviyV2sJ, http://www.playvid.com/watch/0rbCcdO_6Tv,
http://www.playvid.com/watch/GSOmOSQx5Id, http://www.playvid.com/watch/5Q2PqjHgvzl, http://www.playvid.com/watch/5Y2AFlNoMgm,
http://www.playvid.com/watch/cdaQb2KufOy, http://www.playvid.com/watch/ypovv3SuTNu, http://www.playvid.com/watch/WJeLuxyLrNI,
http://www.playvid.com/watch/W0UIGjEO4H9, http://www.playvid.com/watch/KY85tINWyD5, http://www.playvid.com/watch/QYBwg61jMiK,
http://www.playvid.com/watch/LuuG2Kh07CD, http://www.playvid.com/watch/LWW619pMsZS, http://www.playvid.com/watch/qnmwHNVtYhW,
http://www.playvid.com/watch/9uxbGjKrx87, http://www.playvid.com/watch/ot94M-Toj0q, http://www.playvid.com/watch/6IjVmzIq4Zv,
http://www.playvid.com/watch/uQoG_g2wVWk, http://www.playvid.com/watch/iXbHdNI3Dls, http://www.playvid.com/watch/AnfpeefnWAL,
http://www.playvid.com/watch/zCwqx7aFNnF, http://www.playvid.com/watch/JbFLYtx-JGI, http://www.playvid.com/watch/Hwht7-gmNXD,
http://www.playvid.com/watch/VJOL5XmlK6J, http://www.playvid.com/watch/S_0cG56lW-G, http://www.playvid.com/watch/ezRLaKKCW8J,
http://www.playvid.com/watch/t0ykw4SdA60, http://www.playvid.com/watch/3_hyx62MPj8, http://www.playvid.com/watch/ooaN8ZfW4De,
http://www.playvid.com/watch/CA3QKXiJEUS, http://www.playvid.com/watch/4SJJymO_54A, http://www.playvid.com/watch/QQBt4vvn7MF,
http://www.playvid.com/watch/Gp8JXUKhun8, http://www.playvid.com/watch/F0nSWR5LwIE, http://www.playvid.com/watch/sZ-MVGYRMEK,
http://www.playvid.com/watch/pQm6JBfPOTT, http://www.playvid.com/watch/m9Ct3DPia_3, http://www.playvid.com/watch/pjbu7DXBpSM,
http://www.playvid.com/watch/hkx6vfOSWVt, http://www.playvid.com/watch/QVXgiIsrchn, http://www.playvid.com/watch/bHPX43mdLZO,
http://www.playvid.com/watch/t6FQ5EgYFFN, http://www.playvid.com/watch/J33FSzeFuxN, http://www.playvid.com/watch/ixZvzFZZagu,
http://www.playvid.com/watch/hX-9ccPyfkp, http://www.playvid.com/watch/qdmwfGIVgMB, http://www.playvid.com/watch/Fcx8IVbNcQf,
http://www.playvid.com/watch/hfUJ_4LkZVR, http://www.playvid.com/watch/50Tgw4oY0aw, http://www.playvid.com/watch/cfwd2jLBHnw,
http://www.playvid.com/watch/A2gM2bypC4D, http://www.playvid.com/watch/OXaqQepktbj, http://www.playvid.com/watch/krLaa8zT4TX,
http://www.playvid.com/watch/6aEJPkvGZ2v, http://www.playvid.com/watch/LZszIHMFL13, http://www.playvid.com/watch/Ff5NsdTREOA,
http://www.playvid.com/watch/IgYVAqNCdLn, http://www.playvid.com/watch/sgVt0bgI-Zs, http://www.playvid.com/watch/Feq1pzEEM1J,
http://www.playvid.com/watch/S8isQItKRay, http://www.playvid.com/watch/4VNB57bWMXR, http://www.playvid.com/watch/gV6tYcUgMmW,
http://www.playvid.com/watch/MkA_-sBYacN, http://www.playvid.com/watch/T-yjEJU_f95, http://www.playvid.com/watch/JJgba0tCV_f,
http://www.playvid.com/watch/LZ2DRN9trw5, http://www.playvid.com/watch/sylWfdbUQi2, http://www.playvid.com/watch/a1vKJDh20wX,
http://www.playvid.com/watch/59qQRkAhqev, http://www.playvid.com/watch/8pDZb_aSG2u, http://www.playvid.com/watch/vqwjigzT2vC,
http://www.playvid.com/watch/YPbRkb0tYAu, http://www.playvid.com/watch/Ka_iue6yq0q, http://www.playvid.com/watch/UhXcRt-BDwB,
http://www.playvid.com/watch/toOtFAODe_Q, http://www.playvid.com/watch/RGy8ElnclQ4, http://www.playvid.com/watch/EjfcPk2aQ1Y,
http://www.playvid.com/watch/2PVdInrJKRk, http://www.playvid.com/watch/oCV2NOnTN0h, http://www.playvid.com/watch/pIdMXjppX1a,
http://www.playvid.com/watch/r5RaYIaqyCg, http://www.playvid.com/watch/0CJU7a9jn55, http://www.playvid.com/watch/gwOYEI8qwAc,
http://www.playvid.com/watch/xnRwTUvZ3bg, http://www.playvid.com/watch/onzzvkYAURr, http://www.playvid.com/watch/4ClEVJi0Ppg,
http://www.playvid.com/watch/VBOcJfkqkSS, http://www.playvid.com/watch/QuSSwXXltKC, http://www.playvid.com/watch/t71aY9fTt1f,
http://www.playvid.com/watch/Jo2zz_Navga, http://www.playvid.com/watch/34RkPRR9Zup, http://www.playvid.com/watch/qkf4nCtv4pb,
http://www.playvid.com/watch/365psXskUbS, http://www.playvid.com/watch/5fpGcfXNH80, http://www.playvid.com/watch/zXHXidzwHgy,
http://www.playvid.com/watch/i1mh98W2PUn, http://www.playvid.com/watch/OxnPuvyGQJt, http://www.playvid.com/watch/DWv0UCWA51j,
http://www.playvid.com/watch/p_lrEj6i9k4, http://www.playvid.com/watch/IRNhZ1mcGK4, http://www.playvid.com/watch/7zZYPRqBhv8,
http://www.playvid.com/watch/ssLG5XSu7qu, http://www.playvid.com/watch/VvEiBLKre-X, http://www.playvid.com/watch/sP5PMrRKwsg,
http://www.playvid.com/watch/OldSjX5A1vy, http://www.playvid.com/watch/UzH6eUb-OtZ, http://www.playvid.com/watch/Ig8uk-vcd3N,
http://www.playvid.com/watch/ElmDsZtlYMH, http://www.playvid.com/watch/NaTHYUkY6iw, http://www.playvid.com/watch/4n5VNNrZ714,
http://www.playvid.com/watch/aAaluRgLFBJ, http://www.playvid.com/watch/Y0LIW8HVLBQ, http://www.playvid.com/watch/SSpV8wAhck4,
http://www.playvid.com/watch/ryBSbzny3y6, http://www.playvid.com/watch/oo0qmCgBirO, http://www.playvid.com/watch/3YU1-mZtm8v,
http://www.playvid.com/watch/fralIR03a83, http://www.playvid.com/watch/0KrupP8H4Ic, http://www.playvid.com/watch/o2v7GSWxzuv,
http://www.playvid.com/watch/pGGKJ1Ri6kE, http://www.playvid.com/watch/bHPQv8cnjCn, http://www.playvid.com/watch/h3o4QWP8ehS,
http://www.playvid.com/watch/G7_7U4bOKyM, http://www.playvid.com/watch/aQlgHdaaGpe, http://www.playvid.com/watch/a04Ri2EyhTC,
http://www.playvid.com/watch/SMy1BgLZRtm, http://www.playvid.com/watch/teBb4XmKWNi, http://www.playvid.com/watch/R9f8oIiva1O,
http://www.playvid.com/watch/RVvEwP3gmLM, http://www.playvid.com/watch/KwRl5aZAV5H, http://www.playvid.com/watch/rb-yhIwcsJb,
http://www.playvid.com/watch/XKeDDxOit-I, http://www.playvid.com/watch/Y6k5s2KOCqX, http://www.playvid.com/watch/83SR0NASINI,
http://www.playvid.com/watch/vVT4WfRqGnj, http://www.playvid.com/watch/c6_scsfIthl, http://www.playvid.com/watch/oHMtypFMo1b,
http://www.playvid.com/watch/bpinAHlJsgB, http://www.playvid.com/watch/2VX5Q8vmNcU, http://www.playvid.com/watch/9w556atrVU3,
http://www.playvid.com/watch/jG99CVVIpOW, http://www.playvid.com/watch/N2S_B9ihj2g, http://www.playvid.com/watch/7SUu1IXDHuW,
http://www.playvid.com/watch/KVVk78hAivU, http://www.playvid.com/watch/yHQoOCDWf3n, http://www.playvid.com/watch/zvkOzKfgpcT,
http://www.playvid.com/watch/JxQhxPs0_mH, http://www.playvid.com/watch/VZ0ScMqsWXz, http://www.playvid.com/watch/XtuWuBv8mwC,
http://www.playvid.com/watch/W1rQJN-JttZ, http://www.playvid.com/watch/AMR1qBMHdnX, http://www.playvid.com/watch/YCGUTWANAVs,
http://www.playvid.com/watch/mZUgYA-aabq, http://www.playvid.com/watch/KEQO2iFWhok, http://www.playvid.com/watch/MlbCGOTXygk,
http://www.playvid.com/watch/FYFI6EnjJ4Z, http://www.playvid.com/watch/7qGQsb5xX4c, http://www.playvid.com/watch/v2u_CumxFPz,
http://www.playvid.com/watch/DG2ksGlrOEY, http://www.playvid.com/watch/srdugRSjCh8, http://www.playvid.com/watch/xCKkshuCbjx,
http://www.playvid.com/watch/Ae7ZaTKweEu, http://www.playvid.com/watch/v50dRnHe36S, http://www.playvid.com/watch/JvzQ1TAf7Oc,
http://www.playvid.com/watch/wsUFMJnXBby, http://www.playvid.com/watch/JDzJtcddsJQ, http://www.playvid.com/watch/kLl6rH2vYzs,
http://www.playvid.com/watch/X20c_KBEKk0, http://www.playvid.com/watch/D-xdxSxe1Bf, http://www.playvid.com/watch/OKv1kXIVRQT,
http://www.playvid.com/watch/5YIt0kE9Xi2, http://www.playvid.com/watch/Ff-Xm5mheJH, http://www.playvid.com/watch/mVQqNudFOou,
http://www.playvid.com/watch/2Ex4pmnJPFt, http://www.playvid.com/watch/VUsN0m-q_BN, http://www.playvid.com/watch/WAIoXm70YZS,
http://www.playvid.com/watch/JlUtI99xB9P, http://www.playvid.com/watch/984asn1z-nh, http://www.playvid.com/watch/KZFIEc347Ct,

http://www.playvid.com/watch/VsuDHQU_Npw, http://www.playvid.com/watch/RvBvG2BYX_a, http://www.playvid.com/watch/jWuZTOkQ30E, http://www.playvid.com/watch/ZTAZn5cATJX, http://www.playvid.com/watch/25xWmwduPOA, http://www.playvid.com/watch/4L19f7VL3uS, http://www.playvid.com/watch/AWLh-6R-JYQ, http://www.playvid.com/watch/rY598IN2BHz, http://www.playvid.com/watch/MiPWUoA0Ntp, http://www.playvid.com/watch/QafWAY8B9N7, http://www.playvid.com/watch/O64DSZhdfmf, http://www.playvid.com/watch/qS_C5ZaYacp, http://www.playvid.com/watch/8zvXe_oFBGX, http://www.playvid.com/watch/Fyp2ecDXrQv, http://www.playvid.com/watch/KJTAQqaaSn7, http://www.playvid.com/watch/VAUvK9xTXeu, http://www.playvid.com/watch/e8T2WKOO_i9, http://www.playvid.com/watch/OD6d2-ufnpV, http://www.playvid.com/watch/mxumvy4cYLu, http://www.playvid.com/watch/mnhifdPi3RK, http://www.playvid.com/watch/pnz4tRrlrL4, http://www.playvid.com/watch/TnRTRmU_25N, http://www.playvid.com/watch/5qLL-7Z683g, http://www.playvid.com/watch/L8fpbo2S7Qr, http://www.playvid.com/watch/5jauUqznXRB, http://www.playvid.com/watch/XQ0nf2Ac7Uw, http://www.playvid.com/watch/jBzcUbl1lKi, http://www.playvid.com/watch/31oR2NZGV0w, http://www.playvid.com/watch/MJvG1bJwyPC, http://www.playvid.com/watch/8zOohfjLN66, http://www.playvid.com/watch/DS_IpvaE9nI, http://www.playvid.com/watch/2jQyJncrXl4, http://www.playvid.com/watch/eI0wGfZkOSc, http://www.playvid.com/watch/3wVM-XDEn7C, http://www.playvid.com/watch/DFRA43q3QlS, http://www.playvid.com/watch/YQ2LyqKbJIw, http://www.playvid.com/watch/ZiQ_tBxw7Sr, http://www.playvid.com/watch/E6XfOPvbESm, http://www.playvid.com/watch/3VL2c67AZfo, http://www.playvid.com/watch/EKvjQ1wqOe9, http://www.playvid.com/watch/hjA8auPUcf3, http://www.playvid.com/watch/zjR4yoCFI2s, http://www.playvid.com/watch/A_Ohw8Ql4rF, http://www.playvid.com/watch/4vSsvUHh_aQ, http://www.playvid.com/watch/NwJnOxL4Hyl, http://www.playvid.com/watch/KKhtT5YjnFw, http://www.playvid.com/watch/Crk612N4YZN, http://www.playvid.com/watch/dZWDiPMRMxl, http://www.playvid.com/watch/ISEezlmz0TO, http://www.playvid.com/watch/LZYOVKaQ94m, http://www.playvid.com/watch/dywvX7lbl3s, http://www.playvid.com/watch/PC4K3vRWzYz, http://www.playvid.com/watch/nYplyxH7RF6, http://www.playvid.com/watch/lyPyKINON4I, http://www.playvid.com/watch/dvhHSzY3YRR, http://www.playvid.com/watch/JAxUQhdNUz7, http://www.playvid.com/watch/RvlyP8JpqDJ, http://www.playvid.com/watch/dGZadKHlH-f, http://www.playvid.com/watch/GWQVcRF3R2T, http://www.playvid.com/watch/AnDj9rXnX6U, http://www.playvid.com/watch/DU1LGG5H19K, http://www.playvid.com/watch/WZ2qdJjX7CV, http://www.playvid.com/watch/qQov99WWRzy, http://www.playvid.com/watch/53qjRHyFFyu, http://www.playvid.com/watch/sJrbqsYWGZk, http://www.playvid.com/watch/gv_VqHM-pyS, http://www.playvid.com/watch/Dh5mlTriZsO, http://www.playvid.com/watch/dkzRVOgvgw0, http://www.playvid.com/watch/F9GMqoRe7TZ, http://www.playvid.com/watch/hpGEvnUdQlF, http://www.playvid.com/watch/CyuOxlFK3Ny, http://www.playvid.com/watch/xzLVkmrtpcc, http://www.playvid.com/watch/lkBgl71pyld, http://www.playvid.com/watch/OYFVUpq0t-b, http://www.playvid.com/watch/PIR852W8jXI, http://www.playvid.com/watch/uhnzYSO5xRs, http://www.playvid.com/watch/Voqkv2NXt8E, http://www.playvid.com/watch/wI69sfX8C6U, http://www.playvid.com/watch/GuGelflDXAZ, http://www.playvid.com/watch/j47_gvkrknO, http://www.playvid.com/watch/2CTHV5YTIOw, http://www.playvid.com/watch/q2hDNaC_Oge, http://www.playvid.com/watch/DEOZByQPmcb, http://www.playvid.com/watch/65jmu0vs4cC, http://www.playvid.com/watch/yXgUWqHZ8_n, http://www.playvid.com/watch/7Q9cpK7EGIQ, http://www.playvid.com/watch/n1MF6roGPLX, http://www.playvid.com/watch/wPJehF9mwh3, http://www.playvid.com/watch/lgcQ81EReA7, http://www.playvid.com/watch/A7kovMLI2GE, http://www.playvid.com/watch/7F1ePWFtF6n, http://www.playvid.com/watch/WhxxOZxLIRd, http://www.playvid.com/watch/5_fFk6kkqps, http://www.playvid.com/watch/ak3NRx7mo7J, http://www.playvid.com/watch/seUXNXEo24y, http://www.playvid.com/watch/wPl-NobquLt, http://www.playvid.com/watch/SyvXGjj0z8K, http://www.playvid.com/watch/bmIID8ayoTg, http://www.playvid.com/watch/oMahZl6GTei, http://www.playvid.com/watch/IVNCxGOMng9, http://www.playvid.com/watch/BKuzcAMmco7, http://www.playvid.com/watch/24m5AT2MS07, http://www.playvid.com/watch/U7OArbh0Y6V, http://www.playvid.com/watch/DBLPxz9hepU, http://www.playvid.com/watch/dqsLwrh4QYh, http://www.playvid.com/watch/kSvJLCUXGUN, http://www.playvid.com/watch/M8lXjzbD8Uq, http://www.playvid.com/watch/YMe0-4NpCgj, http://www.playvid.com/watch/v7xXTKSEGRT, http://www.playvid.com/watch/MlZER1MW7JA, http://www.playvid.com/watch/LAFAFu2H8zm, http://www.playvid.com/watch/dqhA1fQhIs9, http://www.playvid.com/watch/WXGi_Up99AO, http://www.playvid.com/watch/72W5aZwaQKl, http://www.playvid.com/watch/kH3WCvFybbv, http://www.playvid.com/watch/HJ7SfWFiL4T, http://www.playvid.com/watch/zZbJK9Rq7Vn, http://www.playvid.com/watch/m-j-PWb2XeO, http://www.playvid.com/watch/IWU3VwjOiQY, http://www.playvid.com/watch/Z1nJpvWEOne, http://www.playvid.com/watch/SOuvepfrJ2R, http://www.playvid.com/watch/8l0V4wUPTNC, http://www.playvid.com/watch/6IB-i2y-vZ7, http://www.playvid.com/watch/AYUqliXVIk4, http://www.playvid.com/watch/Rv64Gj3QGsb, http://www.playvid.com/watch/oo28cFyVY4J, http://www.playvid.com/watch/5-zzvlpG7ev, http://www.playvid.com/watch/TFaQ28c62Mh, http://www.playvid.com/watch/v9GYUGH4sVe, http://www.playvid.com/watch/uMqh7IZFMZH, http://www.playvid.com/watch/H3P3BCZcNOR, http://www.playvid.com/watch/hm1flQRcSNt, http://www.playvid.com/watch/HAWvgDokLAG, http://www.playvid.com/watch/eeuZFdW2uv5, http://www.playvid.com/watch/gOG3aMWQnwh, http://www.playvid.com/watch/dm12XMdiYcg, http://www.playvid.com/watch/7d7EArL-UaP, http://www.playvid.com/watch/v849NikckkW, http://www.playvid.com/watch/ZwI76Zh5N9c, http://www.playvid.com/watch/p37HEImhcR6, http://www.playvid.com/watch/RZQoddw-m2b, http://www.playvid.com/watch/XR40jWMf4mU, http://www.playvid.com/watch/R3ACDDp8PX7, http://www.playvid.com/watch/S9ohpl8zEaa, http://www.playvid.com/watch/8PR4GxLNfXY, http://www.playvid.com/watch/TttqwfKzug4, http://www.playvid.com/watch/iNLEddpabST, http://www.playvid.com/watch/CVlATt7l5Wr, http://www.playvid.com/watch/UZzus9i5HEd, http://www.playvid.com/watch/EOASCm_iPuP, http://www.playvid.com/watch/RGXPe9GZbyb, http://www.playvid.com/watch/sVzBJ58IUxS, http://www.playvid.com/watch/MaeQ2iEyQak, http://www.playvid.com/watch/uecy9LaVcdK, http://www.playvid.com/watch/WIqL3-2rSkz, http://www.playvid.com/watch/2MPo7spDg7y, http://www.playvid.com/watch/idNTSW-MZna, http://www.playvid.com/watch/HfR0eWZMGXw, http://www.playvid.com/watch/DRWdfqUlh7l, http://www.playvid.com/watch/UJynzx9CgWy, http://www.playvid.com/watch/IztyPGYiL9D, http://www.playvid.com/watch/uuHSZ93rTZ2, http://www.playvid.com/watch/fu1AlbVlonL, http://www.playvid.com/watch/DihVkBoOv42, http://www.playvid.com/watch/jFJO4BG8oae, http://www.playvid.com/watch/VYid0iqrrmA, http://www.playvid.com/watch/nmaUnZiHsjK, http://www.playvid.com/watch/bD6RHcSF7h6, http://www.playvid.com/watch/sJ6l1Bt91k7, http://www.playvid.com/watch/XbHapI2HDGu, http://www.playvid.com/watch/LLbZdakniud, http://www.playvid.com/watch/OeQ_ATA8AFC, http://www.playvid.com/watch/jRsnbLVZ-Ji, http://www.playvid.com/watch/S4tQfC5jYDy, http://www.playvid.com/watch/bnS5wzirxkT, http://www.playvid.com/watch/sFR3BcT7jkx, http://www.playvid.com/watch/L95-rgrggzz, http://www.playvid.com/watch/EjyYgrJTx7V, http://www.playvid.com/watch/B7W84f1FJ3A, http://www.playvid.com/watch/QZkP5XQOiPn, http://www.playvid.com/watch/HhRICUCGPdJ, http://www.playvid.com/watch/vUgk1H-shR3, http://www.playvid.com/watch/24s6mGBtJfs, http://www.playvid.com/watch/lHdsqLarRHU, http://www.playvid.com/watch/i8DhNRxd8mL, http://www.playvid.com/watch/9PZ-mCq-Qmm, http://www.playvid.com/watch/U2ojaVnn7uR, http://www.playvid.com/watch/Pkp9dZqF51x, http://www.playvid.com/watch/Ths2ppRljvb, http://www.playvid.com/watch/SsJoogB8zC2, http://www.playvid.com/watch/jQYx3ckXohf, http://www.playvid.com/watch/Fkk-CEGiS6i, http://www.playvid.com/watch/4pHaTWApWac, http://www.playvid.com/watch/YncN3O5p8CU, http://www.playvid.com/watch/FCm5H-AxoDi, http://www.playvid.com/watch/Oo-su_6Ik79, http://www.playvid.com/watch/67WfUGftjdf, http://www.playvid.com/watch/wrfBhC1V63v, http://www.playvid.com/watch/xU-_nsrb-Nu, http://www.playvid.com/watch/ExnjRI7e3LU, http://www.playvid.com/watch/CPOVMbVl19j, http://www.playvid.com/watch/IQnLQFsSEPT, http://www.playvid.com/watch/BTDlb3TMzHn, http://www.playvid.com/watch/uQ2VdMTWu5h, http://www.playvid.com/watch/CnmB8hpmlan, http://www.playvid.com/watch/gmb18m1MWeo, http://www.playvid.com/watch/RkZ7QURGG8G, http://www.playvid.com/watch/Jrmwbt5ElJE, http://www.playvid.com/watch/8_uz1lbdJjP, http://www.playvid.com/watch/AF8AxT_If9v, http://www.playvid.com/watch/buQgdrXPxfl, http://www.playvid.com/watch/ohykKY3vUYA, http://www.playvid.com/watch/WX25GWbQMiV, http://www.playvid.com/watch/eJ_8dzOjfpb, http://www.playvid.com/watch/ee8cFynpfTE, http://www.playvid.com/watch/5Z7D-XBXGxj, http://www.playvid.com/watch/AIZyRMxCqXy, http://www.playvid.com/watch/QwDNaPXoRnp, http://www.playvid.com/watch/cLkQt86jeZi, http://www.playvid.com/watch/s-T-6mUObKM, http://www.playvid.com/watch/rTRfoCHChTY, http://www.playvid.com/watch/MAt1mqo_2Fc, http://www.playvid.com/watch/HHVCahgza3W, http://www.playvid.com/watch/A7wSTPwJLpl, http://www.playvid.com/watch/MKOUL2ryVAE, http://www.playvid.com/watch/l04mFpxq5Sg, http://www.playvid.com/watch/EmdhYIW14Dj, http://www.playvid.com/watch/ZP-Aw5tTV9x, http://www.playvid.com/watch/cNcqBYm7Jvs, http://www.playvid.com/watch/HCmXXFrjhss, http://www.playvid.com/watch/9ni7DHvNmDs, http://www.playvid.com/watch/KDB6g2kXyKX, http://www.playvid.com/watch/0JMoQa5uxiK, http://www.playvid.com/watch/DWIjlrAsIjM, http://www.playvid.com/watch/rqsW257HiQj, http://www.playvid.com/watch/m-6tXpe32WE, http://www.playvid.com/watch/Zv8b5SljhOK, http://www.playvid.com/watch/qOEWZ3tNSe7, http://www.playvid.com/watch/8BJ4I4vRw9b, http://www.playvid.com/watch/5JI4lav4y09, http://www.playvid.com/watch/lmt7WA1yWAT, http://www.playvid.com/watch/TKITatr7Up9, http://www.playvid.com/watch/SDwZnXHc-yl, http://www.playvid.com/watch/PhZBx8MW-c6, http://www.playvid.com/watch/JvFprt0q-cu, http://www.playvid.com/watch/ywQbZlo_3Eg, http://www.playvid.com/watch/obeX5bIpP8X, http://www.playvid.com/watch/KXuOU8ycDIK, http://www.playvid.com/watch/tmpf_n3y2c9, http://www.playvid.com/watch/vq2MZ6p-cI6, http://www.playvid.com/watch/j7p4_fbtit8, http://www.playvid.com/watch/wmZPdeqFtna, http://www.playvid.com/watch/7DKqr_DWcAc, http://www.playvid.com/watch/NrpQyK9JqLa, http://www.playvid.com/watch/LgnlN0smrsM, http://www.playvid.com/watch/JSivq9nuRl3, http://www.playvid.com/watch/NnI_3M3Z3rX, http://www.playvid.com/watch/SSxKLD0h6Li, http://www.playvid.com/watch/BrzjvlnGAUu, http://www.playvid.com/watch/yzfm-XJX81Z, http://www.playvid.com/watch/Vm8GcczWd4F, http://www.playvid.com/watch/Ew0UX8xAsOE, http://www.playvid.com/watch/HiRECMB1aAf, http://www.playvid.com/watch/5xSBchG4hpX, http://www.playvid.com/watch/S1ls9ja6P2X, http://www.playvid.com/watch/UI8X6PZY2gu, http://www.playvid.com/watch/vGpkiikTksp, http://www.playvid.com/watch/8QejAmyijK0, http://www.playvid.com/watch/6C3Q2kTMbys, http://www.playvid.com/watch/sVXKiuF8YN9, http://www.playvid.com/watch/4JjquRfzsZb, http://www.playvid.com/watch/xDloKdaA61o, http://www.playvid.com/watch/qvupCmzxOUx, http://www.playvid.com/watch/NKX34eS3x2u, http://www.playvid.com/watch/8gKUU5bD81b, http://www.playvid.com/watch/J8J1Uuw3Ukr, http://www.playvid.com/watch/WoPotMvENfj, http://www.playvid.com/watch/P-7ROOSboA8, http://www.playvid.com/watch/JrfHk0avCnj, http://www.playvid.com/watch/hydULAVmbV9, http://www.playvid.com/watch/kzj14B3DRLH, http://www.playvid.com/watch/8BUCu6w3-MK, http://www.playvid.com/watch/7dYC37AWWGV, http://www.playvid.com/watch/2eMjuu0fzLT, http://www.playvid.com/watch/lDNa2HLO2uO, http://www.playvid.com/watch/tLFrabLBBRp, http://www.playvid.com/watch/myJL17AtSOZ, http://www.playvid.com/watch/0rywp7HHl3m,

http://www.playvid.com/watch/CErAix0uIPb, http://www.playvid.com/watch/Q_e3cUaqD3b, http://www.playvid.com/watch/P66jl1LnXFC,
http://www.playvid.com/watch/yrOO4wHt8rh, http://www.playvid.com/watch/8khTdLM715M, http://www.playvid.com/watch/6et2cpweSYy,
http://www.playvid.com/watch/mLTkuzIrFBn, http://www.playvid.com/watch/633FCN1n7dd, http://www.playvid.com/watch/8VzNcBc8e0R,
http://www.playvid.com/watch/uM14uhYeLBf, http://www.playvid.com/watch/yvvmnTCK5cx, http://www.playvid.com/watch/AIz7OyudChK,
http://www.playvid.com/watch/7vRlXhYYJ5f, http://www.playvid.com/watch/rfEMQgTDgpL, http://www.playvid.com/watch/VoVdaBCTXwA,
http://www.playvid.com/watch/kIROPoUnCpf, http://www.playvid.com/watch/o4Kbl7mj47K, http://www.playvid.com/watch/RBnMrLoVp0p,
http://www.playvid.com/watch/7c2VC-YYbPD, http://www.playvid.com/watch/n-_OrYlW07S, http://www.playvid.com/watch/klN8E7m_GaE,
http://www.playvid.com/watch/41p71HMfZC9, http://www.playvid.com/watch/5EdkS51CAWB, http://www.playvid.com/watch/SqJHagPh7CU,
http://www.playvid.com/watch/liLUm_qjFJy, http://www.playvid.com/watch/TWFMueeqw8t, http://www.playvid.com/watch/t4JJ0vwP3nq,
http://www.playvid.com/watch/Z9NmhCRnVAE, http://www.playvid.com/watch/qGcKA8nT8hk, http://www.playvid.com/watch/o2GOECZpPqE,
http://www.playvid.com/watch/nZAyIlHAk9c, http://www.playvid.com/watch/in4lRfJyGtw, http://www.playvid.com/watch/lhotDzjsyvz,
http://www.playvid.com/watch/oVxav1LOY5L, http://www.playvid.com/watch/qzH8-ts3MRQ, http://www.playvid.com/watch/9Gs2g1VB9Jl,
http://www.playvid.com/watch/Qm8zjJSmzmr, http://www.playvid.com/watch/FIGqr3Ongl8, http://www.playvid.com/watch/sUUT63nHWVJ,
http://www.playvid.com/watch/WyLxmeKPrRH, http://www.playvid.com/watch/kbQ-Y2lprrs, http://www.playvid.com/watch/iRkOyETcTKG,
http://www.playvid.com/watch/LR5Pia9B6yY, http://www.playvid.com/watch/Jf67So7BegI, http://www.playvid.com/watch/HsOX3XyKoNo,
http://www.playvid.com/watch/Zh4mXMKl6KN, http://www.playvid.com/watch/7mSgNdc2dja, http://www.playvid.com/watch/U2Uc0MnEJML,
http://www.playvid.com/watch/iE4Lyv3lfCE, http://www.playvid.com/watch/2FmFFPtzVKS, http://www.playvid.com/watch/SHadAONS8OE,
http://www.playvid.com/watch/bimb3GqdaMv, http://www.playvid.com/watch/eHcViWlAb_r, http://www.playvid.com/watch/rIcYKqjnmVL,
http://www.playvid.com/watch/Nlm43xvR0QU, http://www.playvid.com/watch/3Ugq5ASQ116, http://www.playvid.com/watch/tcLLAciqIqM,
http://www.playvid.com/watch/rifYWZimmUD, http://www.playvid.com/watch/2SRZmq8RJ-V, http://www.playvid.com/watch/NJyewZ2Lzsl,
http://www.playvid.com/watch/UISNFN5NzKI, http://www.playvid.com/watch/XUdcVxfHi44, http://www.playvid.com/watch/4qqa36xoU_F,
http://www.playvid.com/watch/LwboQRegim8, http://www.playvid.com/watch/MvgM9QAW1hx, http://www.playvid.com/watch/lMPw6va1b_4,
http://www.playvid.com/watch/YKTk6iupSbM, http://www.playvid.com/watch/o5Hc6JKZWL2, http://www.playvid.com/watch/Qe4S7P5dqBu,
http://www.playvid.com/watch/is4TPayi7oC, http://www.playvid.com/watch/qLykhKrw5za, http://www.playvid.com/watch/XBhoqWY3TPF,
http://www.playvid.com/watch/O0iJ8NIwjpd, http://www.playvid.com/watch/lnbM6v0Ot3p, http://www.playvid.com/watch/A1nBJXdknEM,
http://www.playvid.com/watch/d1CncQuELGj, http://www.playvid.com/watch/BkJeL4t3M60, http://www.playvid.com/watch/xQwe7uPqvnF,
http://www.playvid.com/watch/TQ7SDf6VOoM, http://www.playvid.com/watch/UAT_p-zD8qL, http://www.playvid.com/watch/gTCj3iFZU2i,
http://www.playvid.com/watch/Vp8jwrFspu4, http://www.playvid.com/watch/8zjhiBeuntz, http://www.playvid.com/watch/47Fh476Brqv,
http://www.playvid.com/watch/4qt8oSV21fr, http://www.playvid.com/watch/lSxas6OL9fX, http://www.playvid.com/watch/9imgKkL83Sx,
http://www.playvid.com/watch/lm7zF_dspVT, http://www.playvid.com/watch/r35HpSgrPuV, http://www.playvid.com/watch/WFfvypwytOE,
http://www.playvid.com/watch/hcT2cB-k6sm, http://www.playvid.com/watch/BXtbDa6a_CE, http://www.playvid.com/watch/V-kF1-C_xUV,
http://www.playvid.com/watch/WRnqtJ5Y3wz, http://www.playvid.com/watch/sAu8ZBhP57h, http://www.playvid.com/watch/WahM5ZTEM1x,
http://www.playvid.com/watch/ASZUvWIqdK8, http://www.playvid.com/watch/BGfshc5aHAq, http://www.playvid.com/watch/ixFx-AJMICr,
http://www.playvid.com/watch/tb8Wu4OCLYd, http://www.playvid.com/watch/DyVNPGslud6, http://www.playvid.com/watch/e31zZQ6kpdu,
http://www.playvid.com/watch/0yNYU9_4Tha, http://www.playvid.com/watch/DhbaNHBT8hG, http://www.playvid.com/watch/JFBH43HnhzR,
http://www.playvid.com/watch/EO4ABWXefio, http://www.playvid.com/watch/ZbYxIq4B9SD, http://www.playvid.com/watch/xpKYZZlsRKh,
http://www.playvid.com/watch/mvXiE0Jlf20, http://www.playvid.com/watch/TZ7-iId0MsJ, http://www.playvid.com/watch/7Nf53AVnWg0,
http://www.playvid.com/watch/mnRo1p18FwA, http://www.playvid.com/watch/OYEFB8hCP7l, http://www.playvid.com/watch/PlPlSyZkeM3,
http://www.playvid.com/watch/aSMdCpeq4kN, http://www.playvid.com/watch/4wq5AKGWHPy, http://www.playvid.com/watch/fKjaUmBgBQs,
http://www.playvid.com/watch/kgeGKY6NaSd, http://www.playvid.com/watch/dVdy5b3FbTj, http://www.playvid.com/watch/2wcfPoeq-QM,
http://www.playvid.com/watch/qDDR9F_3aYb, http://www.playvid.com/watch/u7pJoaGNq6M, http://www.playvid.com/watch/kb4aXFmSAuk,
http://www.playvid.com/watch/juWensDH7qF, http://www.playvid.com/watch/VO0D1RNWSrY, http://www.playvid.com/watch/hQKjwrmjdmL,
http://www.playvid.com/watch/n8rAQ2ivDQY, http://www.playvid.com/watch/ffRdLCnqbf9, http://www.playvid.com/watch/BuZNR44n6Ca,
http://www.playvid.com/watch/SzSRU-QCB8R, http://www.playvid.com/watch/I1NLcOV5T37, http://www.playvid.com/watch/lBz7ELKpJxu,
http://www.playvid.com/watch/Ehc2wVyup7L, http://www.playvid.com/watch/avbzYnDXr7w, http://www.playvid.com/watch/01xEM3Z4Z7u,
http://www.playvid.com/watch/mBBUzF6fJWi, http://www.playvid.com/watch/vx92ov3jcpU, http://www.playvid.com/watch/sy52QTPEAsv,
http://www.playvid.com/watch/xcDytCEAq6F, http://www.playvid.com/watch/4ZoxbxRWc5y, http://www.playvid.com/watch/FZREGD230uF,
http://www.playvid.com/watch/ay0DQ9iSQ08, http://www.playvid.com/watch/DL_ZvvBW2rH, http://www.playvid.com/watch/RQSyGI-IFad,
http://www.playvid.com/watch/r_NgYj344Bm, http://www.playvid.com/watch/pONj5XeKeKa, http://www.playvid.com/watch/lJZTGTBhtPk,
http://www.playvid.com/watch/VTgsk1xwxNK, http://www.playvid.com/watch/VheHhzE3ybw, http://www.playvid.com/watch/UngshrH26tT,
http://www.playvid.com/watch/DR7wZKGUnWw, http://www.playvid.com/watch/65hU6E8oGkI, http://www.playvid.com/watch/zuScn8v26Kd,
http://www.playvid.com/watch/Skkz-kKgTXD, http://www.playvid.com/watch/DeYn1QkuxO0, http://www.playvid.com/watch/5-CWrnOd3-n,
http://www.playvid.com/watch/fJ4O8Aqbpve, http://www.playvid.com/watch/Q2UHbOfQdLK, http://www.playvid.com/watch/JTHVJ7ypr29,
http://www.playvid.com/watch/6h2JOa38TGJ, http://www.playvid.com/watch/zXj-Q5MEvAt, http://www.playvid.com/watch/Clom--AzsUw,
http://www.playvid.com/watch/KGniItqLMAH, http://www.playvid.com/watch/CGslZu_PJli, http://www.playvid.com/watch/bb1oQXVd4bp,
http://www.playvid.com/watch/TCCGRaynfJb, http://www.playvid.com/watch/Mo2mqf9Mqpn, http://www.playvid.com/watch/O1f3_VUn50B,
http://www.playvid.com/watch/oRno0JHTzVF, http://www.playvid.com/watch/6eyy5uaUfsH, http://www.playvid.com/watch/qlziFtEVQZC,
http://www.playvid.com/watch/eonF5LublVj, http://www.playvid.com/watch/Zp9Lbl3_jOE, http://www.playvid.com/watch/qRAs8kOnjXI,
http://www.playvid.com/watch/tXQDy83F2AR, http://www.playvid.com/watch/7U7mZqBDV9S, http://www.playvid.com/watch/2j5UU6O4d4s,
http://www.playvid.com/watch/esnN2LzhjYr, http://www.playvid.com/watch/RLMYshyNwHS, http://www.playvid.com/watch/yDghEmgDFWi,
http://www.playvid.com/watch/e_J7kjVU-8N, http://www.playvid.com/watch/U_XjU7o592o, http://www.playvid.com/watch/iJoP6Ch0xC2,
http://www.playvid.com/watch/CuxjewHkR7m, http://www.playvid.com/watch/UaGlgyFhzyq, http://www.playvid.com/watch/lraZpndOyPQ,
http://www.playvid.com/watch/Iuy5I9khEVX, http://www.playvid.com/watch/56v-FkmrjJH, http://www.playvid.com/watch/dC1TV94TWlJ,
http://www.playvid.com/watch/B04dkmInto6, http://www.playvid.com/watch/oxnfXoH3uev, http://www.playvid.com/watch/Dvlmp6nq4mB,
http://www.playvid.com/watch/xssxxdeb915, http://www.playvid.com/watch/m74TLAG_J8j, http://www.playvid.com/watch/IKZSouLa2rn,
http://www.playvid.com/watch/EyzZOJfFGIL, http://www.playvid.com/watch/txRzYcdCr5r, http://www.playvid.com/watch/YxfMCTgvmG8,
http://www.playvid.com/watch/Oh6Q-7QH4-Z, http://www.playvid.com/watch/RkC0btmjLYs, http://www.playvid.com/watch/t8a37wjiFsf,
http://www.playvid.com/watch/afPtWWo2n1H, http://www.playvid.com/watch/LbizXNX5mqg, http://www.playvid.com/watch/CQlW7Lsdsqm,
http://www.playvid.com/watch/2YHc9mcmPAm, http://www.playvid.com/watch/Y7f_bZwyFvx, http://www.playvid.com/watch/YfnvNkA5qRj,
http://www.playvid.com/watch/TJ7OVmfSIoz, http://www.playvid.com/watch/pNRhFG_hWdb, http://www.playvid.com/watch/PD_VL7RunSE,
http://www.playvid.com/watch/LX-UjeL8UoA, http://www.playvid.com/watch/qeG6ZMtUlkx, http://www.playvid.com/watch/WAQKD-lCqAf,
http://www.playvid.com/watch/Dp5DsO7rpx9, http://www.playvid.com/watch/Seu6A5TmJ3L, http://www.playvid.com/watch/td4ANXu0GyO,
http://www.playvid.com/watch/gXVMml2Vkmo, http://www.playvid.com/watch/sLIE4cAcG-i, http://www.playvid.com/watch/kuWcRMPWmxQ,
http://www.playvid.com/watch/7ZPPk0CqfbX, http://www.playvid.com/watch/55fudAyVPBA, http://www.playvid.com/watch/TGZEhz5NZ74,
http://www.playvid.com/watch/oS9W05EBbar, http://www.playvid.com/watch/4jUehTq7ML8, http://www.playvid.com/watch/qvNwcpJhEID,
http://www.playvid.com/watch/wmTDN3j6Zpe, http://www.playvid.com/watch/jn-HOrnakI2, http://www.playvid.com/watch/n-xZtaB_3lT,
http://www.playvid.com/watch/MwUnIZ3txD8, http://www.playvid.com/watch/94CzDfthfXu, http://www.playvid.com/watch/O7fN5spegAI,
http://www.playvid.com/watch/UjnWmgDiP1j, http://www.playvid.com/watch/EmGtC7oFXjb, http://www.playvid.com/watch/zwTUkUu_NpQ,
http://www.playvid.com/watch/rxk46zVgSuE, http://www.playvid.com/watch/eCR3SZTY3dZ, http://www.playvid.com/watch/As8TnEOiY1K,
http://www.playvid.com/watch/nJK-n36Eztg, http://www.playvid.com/watch/b2igEOADxi6, http://www.playvid.com/watch/pCU9t6qO2Ty,
http://www.playvid.com/watch/PGja0kxrg7e, http://www.playvid.com/watch/OmdW-Ggu2AB, http://www.playvid.com/watch/K4rz9Q1HPmw,
http://www.playvid.com/watch/0Gy8HynrryI, http://www.playvid.com/watch/Qpg_z1dFekm, http://www.playvid.com/watch/FMB5y77ZdDl,
http://www.playvid.com/watch/isux8ojbuBP, http://www.playvid.com/watch/ypl6wtXnTrT, http://www.playvid.com/watch/hILWk-YdjGG,
http://www.playvid.com/watch/shsCnAjecQv, http://www.playvid.com/watch/DuvJI4vChHa, http://www.playvid.com/watch/37EgfQ3_SIu,
http://www.playvid.com/watch/mxFNO0dTZyN, http://www.playvid.com/watch/hWI_5x6pwrb, http://www.playvid.com/watch/9Zva-bP34by,
http://www.playvid.com/watch/2F9wlHQ5-BW, http://www.playvid.com/watch/z-_ihOEmQOe, http://www.playvid.com/watch/BTETShZCbQ4,
http://www.playvid.com/watch/92fmkhXz1AO, http://www.playvid.com/watch/Oj0IFre9dEC, http://www.playvid.com/watch/C--fDfE61Yy,
http://www.playvid.com/watch/tneAQjKaCk9, http://www.playvid.com/watch/JPAemmsFcQW, http://www.playvid.com/watch/JGBddjXL8vS,
http://www.playvid.com/watch/B2SErhy0XA6, http://www.playvid.com/watch/iC2c09lDgSB, http://www.playvid.com/watch/4plMM7YFCoE,
http://www.playvid.com/watch/3iVSSKLaZTO, http://www.playvid.com/watch/3IyMwyQveb3, http://www.playvid.com/watch/sa8ncOoWSX9,
http://www.playvid.com/watch/i05K_VgV-9t, http://www.playvid.com/watch/6sGdtG2EO5u, http://www.playvid.com/watch/EFNFqQD5azj,
http://www.playvid.com/watch/UOAV24fosMu, http://www.playvid.com/watch/XW95jZe_kAS, http://www.playvid.com/watch/j6yrPAbKJIE,
http://www.playvid.com/watch/0idlEAY9Lm8, http://www.playvid.com/watch/tnVZaiFqCUB, http://www.playvid.com/watch/0qUJCdbpq7Y,
http://www.playvid.com/watch/ckuv1AO0E3D, http://www.playvid.com/watch/HbeYuxJMb_u, http://www.playvid.com/watch/3d2OPUDD6Ng,
http://www.playvid.com/watch/7Yy1chFF6Sk, http://www.playvid.com/watch/nlzAHOovVPD, http://www.playvid.com/watch/xCgudV-m1HD,
http://www.playvid.com/watch/9LrpnE2Hpbu, http://www.playvid.com/watch/J_mTRLY9u1X, http://www.playvid.com/watch/zfAsUQMaxFm,

http://www.playvid.com/watch/rlVNGiRkOX6, http://www.playvid.com/watch/Spgw21Crnfm, http://www.playvid.com/watch/jOsE4r5KXd9,
http://www.playvid.com/watch/CJcP4ReMdRT, http://www.playvid.com/watch/JiqlYWiNkYc, http://www.playvid.com/watch/27BO4a6f-3s,
http://www.playvid.com/watch/2_8UYzhj1dX, http://www.playvid.com/watch/9SSspcyExsD, http://www.playvid.com/watch/rXqleWzkDf9,
http://www.playvid.com/watch/6Rp8ahDEZIZ, http://www.playvid.com/watch/bHpdsvHAy8y, http://www.playvid.com/watch/awDEncR-6ky,
http://www.playvid.com/watch/u3_k6swtSUf, http://www.playvid.com/watch/lED92DnfkhX, http://www.playvid.com/watch/jkHHW2TzXd5,
http://www.playvid.com/watch/3sg6ctPF3H2, http://www.playvid.com/watch/9YfSg0JpkSr, http://www.playvid.com/watch/iFS_t3Gup5p,
http://www.playvid.com/watch/G5jd7i21i97, http://www.playvid.com/watch/dQlEOMHwmvn, http://www.playvid.com/watch/826LQJC-y5X,
http://www.playvid.com/watch/GxmSCepNT8A, http://www.playvid.com/watch/3IBpHmxplli, http://www.playvid.com/watch/3Ik4KuBD7Bb,
http://www.playvid.com/watch/igAvS_MvuGB, http://www.playvid.com/watch/wH08u1PwAhK, http://www.playvid.com/watch/GMC9tt6d7vs,
http://www.playvid.com/watch/nyZLORbWngx, http://www.playvid.com/watch/L5cbdZC7R3q, http://www.playvid.com/watch/fwZyZlBBseW,
http://www.playvid.com/watch/VMoc7gfIhb7, http://www.playvid.com/watch/jPeK23uSlDC, http://www.playvid.com/watch/5u4xaNl84aC,
http://www.playvid.com/watch/wPlzgViXFO7, http://www.playvid.com/watch/M9QOnstIWjg, http://www.playvid.com/watch/bRItYxARjCL,
http://www.playvid.com/watch/Q9C_0lWVsjs, http://www.playvid.com/watch/GT8P1kAdWSB, http://www.playvid.com/watch/S_YJbKkQvMM,
http://www.playvid.com/watch/yd3CEVMTyUA, http://www.playvid.com/watch/RiQpudbvFJQ, http://www.playvid.com/watch/Rrw0u4U7KNL,
http://www.playvid.com/watch/wmisTHhRzty, http://www.playvid.com/watch/HZrUlR-4gVd, http://www.playvid.com/watch/icMYltwuO_U,
http://www.playvid.com/watch/OaXDkzaSPjR, http://www.playvid.com/watch/7TZmmNS3DLj, http://www.playvid.com/watch/hZc56PEKHRN,
http://www.playvid.com/watch/wGZ_cy7a5BK, http://www.playvid.com/watch/uaMwxG6zYib, http://www.playvid.com/watch/VSEe-47lHvY,
http://www.playvid.com/watch/28PeKYtF6ai, http://www.playvid.com/watch/CrSYLCJYw_p, http://www.playvid.com/watch/030RYw49C3h,
http://www.playvid.com/watch/O-hBrXzrDKJ, http://www.playvid.com/watch/BKi36tWU-Lm, http://www.playvid.com/watch/VGMcyyrilGf,
http://www.playvid.com/watch/cdbvCh-voMT, http://www.playvid.com/watch/YqhURsEO9sB, http://www.playvid.com/watch/vzvhsUMPuR5,
http://www.playvid.com/watch/AraSKSnKEcX, http://www.playvid.com/watch/xTfFCjLGH5M, http://www.playvid.com/watch/vyFVjZDW2kp,
http://www.playvid.com/watch/nyDj5pEUyK6, http://www.playvid.com/watch/slOaf1zjdB0, http://www.playvid.com/watch/w4sa4Wv842X,
http://www.playvid.com/watch/Gn5qFk5vKVN, http://www.playvid.com/watch/6VjLOxgYOnc, http://www.playvid.com/watch/in2vEbhuThg,
http://www.playvid.com/watch/ZXRG37eWddc, http://www.playvid.com/watch/JzNSgwgTwpZ, http://www.playvid.com/watch/OwZw1lUv8CD,
http://www.playvid.com/watch/hGlo42b8fbW, http://www.playvid.com/watch/Q_vpJNa9W6W, http://www.playvid.com/watch/LqBABlHrNof,
http://www.playvid.com/watch/RmIQ1syVIQg, http://www.playvid.com/watch/tCIWKOMN19H, http://www.playvid.com/watch/8ndEA-VvaSe,
http://www.playvid.com/watch/XzYtkhMJWeJ, http://www.playvid.com/watch/GrKu1FCM1n8, http://www.playvid.com/watch/TlGfBpwmjCt,
http://www.playvid.com/watch/mIL0sEiO3DJ, http://www.playvid.com/watch/GwOIEYqjDMK, http://www.playvid.com/watch/0PkR_rVj0qM,
http://www.playvid.com/watch/BoRZ2Vy1N8q, http://www.playvid.com/watch/N_Oqq9wKvZS, http://www.playvid.com/watch/tFdEgzkbRkx,
http://www.playvid.com/watch/jl-LJ5qn5WV, http://www.playvid.com/watch/tSsOZr5BQIW, http://www.playvid.com/watch/WA-2rEAk1R6,
http://www.playvid.com/watch/T4Ad-UGmnFH, http://www.playvid.com/watch/q7Ol541oTqG, http://www.playvid.com/watch/kGKyIBhjZTA,
http://www.playvid.com/watch/wR9SV8TF53m, http://www.playvid.com/watch/DISUtwGWWEj, http://www.playvid.com/watch/aJcd0m4nhzr,
http://www.playvid.com/watch/ul2NN-6sqTO, http://www.playvid.com/watch/NW1Yl2lXbAg, http://www.playvid.com/watch/axO49lMCTGm,
http://www.playvid.com/watch/pagiOjNBXZc, http://www.playvid.com/watch/naSCK4boaxg, http://www.playvid.com/watch/oGuvKizsMwL,
http://www.playvid.com/watch/URWIImPHXiv, http://www.playvid.com/watch/Xv86W2YIuKG, http://www.playvid.com/watch/NHQ2_XSC1ES,
http://www.playvid.com/watch/FePv8LNHdRD, http://www.playvid.com/watch/b39oYUPeWrJ, http://www.playvid.com/watch/JXOQB_t5uAN,
http://www.playvid.com/watch/duljW-GKeQS, http://www.playvid.com/watch/t_cJYjJA0Ew, http://www.playvid.com/watch/cXL2aS9BiWy,
http://www.playvid.com/watch/Ywq4RT167qf, http://www.playvid.com/watch/EELFw5WH-vA, http://www.playvid.com/watch/z50N-giYSvq,
http://www.playvid.com/watch/cAf3FPtgObH, http://www.playvid.com/watch/ZKlTDJSeQnk, http://www.playvid.com/watch/nMBNmzV55Ni,
http://www.playvid.com/watch/ApphAE6pSrk, http://www.playvid.com/watch/7iOblBsf8ZW, http://www.playvid.com/watch/ZApP-rnlwkM,
http://www.playvid.com/watch/hK1lSsFBpcY, http://www.playvid.com/watch/0V1mDkL1BHP, http://www.playvid.com/watch/X9mxTEiBw_r,
http://www.playvid.com/watch/m3VIcYxlnkV, http://www.playvid.com/watch/HFjHfcYdAlZ, http://www.playvid.com/watch/Sa_YBqwqpVB,
http://www.playvid.com/watch/ozwlvgPssGL, http://www.playvid.com/watch/i51O6JJryqR, http://www.playvid.com/watch/xIp77kL5asz,
http://www.playvid.com/watch/iZGghLS08pq, http://www.playvid.com/watch/gOB0TSfBB3E, http://www.playvid.com/watch/ZCQ4ct_L3SC,
http://www.playvid.com/watch/lHWuuZL-jgy, http://www.playvid.com/watch/RBehBUyMUDq, http://www.playvid.com/watch/EVudOQ-flYN,
http://www.playvid.com/watch/CwJDvQ0GGIk, http://www.playvid.com/watch/thpU03q2zhQ, http://www.playvid.com/watch/F7k2DNUJdtM,
http://www.playvid.com/watch/yz6W_SUt9nI, http://www.playvid.com/watch/mU3VdSy_VkG, http://www.playvid.com/watch/Jp-TGrGvXRk,
http://www.playvid.com/watch/kfN4BpGGP2m, http://www.playvid.com/watch/hvMn77r07RR, http://www.playvid.com/watch/9-BMRXpHgoz,
http://www.playvid.com/watch/GrksKXTff8z, http://www.playvid.com/watch/tLLoycKwGIU, http://www.playvid.com/watch/2P3D18AGdfM,
http://www.playvid.com/watch/292kIk5sRYx, http://www.playvid.com/watch/vmSvyP309a3, http://www.playvid.com/watch/8pnZzsTt5-I,
http://www.playvid.com/watch/srRLLvoPVNq, http://www.playvid.com/watch/5ZF9dDQt5af, http://www.playvid.com/watch/O4pES85jdTO,
http://www.playvid.com/watch/Cfy2peGC9C7, http://www.playvid.com/watch/ROcuCFiWx_h, http://www.playvid.com/watch/Et70Gasamwa,
http://www.playvid.com/watch/7fn0pZctfaJ, http://www.playvid.com/watch/yzbl2CyJ4i0, http://www.playvid.com/watch/AbFyBymG4xC,
http://www.playvid.com/watch/gWKafJnWCmG, http://www.playvid.com/watch/jlLdVGpNKhM, http://www.playvid.com/watch/TE8ozfrYr7x,
http://www.playvid.com/watch/9mX87f_wm9j, http://www.playvid.com/watch/3ZcqsKPFpsH, http://www.playvid.com/watch/5C3dnmBII-a,
http://www.playvid.com/watch/kOCHnky-Hfl, http://www.playvid.com/watch/zNLL8o3070I, http://www.playvid.com/watch/kho7tZmT2sM,
http://www.playvid.com/watch/F7VnQ0EWQfs, http://www.playvid.com/watch/QuNdXsDYA4M, http://www.playvid.com/watch/Wiqug8agWy7,
http://www.playvid.com/watch/4EqJj4YhJra, http://www.playvid.com/watch/Qv6MyLjA0go, http://www.playvid.com/watch/hlYnuiDCRjo,
http://www.playvid.com/watch/qiV2vpkazLb, http://www.playvid.com/watch/8HQ5iWyXRiH, http://www.playvid.com/watch/87fJGuL4Hlq,
http://www.playvid.com/watch/Sdf1EYQCS2a, http://www.playvid.com/watch/kSk99xD4pJj, http://www.playvid.com/watch/7fbpVlYBFBC,
http://www.playvid.com/watch/OuLjyqRjqqL, http://www.playvid.com/watch/5KljjUbeCMM, http://www.playvid.com/watch/5mlZaWhsQEy,
http://www.playvid.com/watch/qRun-E2uYoB, http://www.playvid.com/watch/jelSTexh0xQ, http://www.playvid.com/watch/skvwwh7G5ND,
http://www.playvid.com/watch/ew3FRVqI0UJ, http://www.playvid.com/watch/gaXStM9qZmq, http://www.playvid.com/watch/aRNDxIP0WVO,
http://www.playvid.com/watch/DnA6Fb-4O-M, http://www.playvid.com/watch/dSPmls5iYM6, http://www.playvid.com/watch/qGC8RTtB9m7,
http://www.playvid.com/watch/dIAsBLB6n26, http://www.playvid.com/watch/S9-4D8DHv2C, http://www.playvid.com/watch/k92zpZcyIpx,
http://www.playvid.com/watch/0tDBh5MM9m4, http://www.playvid.com/watch/Y4rQknmai84, http://www.playvid.com/watch/aZVRPF1Us_U,
http://www.playvid.com/watch/GYN11p3E81N, http://www.playvid.com/watch/oHOkFqc4Cb9, http://www.playvid.com/watch/33VKYBYoXhP,
http://www.playvid.com/watch/KDLD2uOuR1J, http://www.playvid.com/watch/W4CdH3G4373, http://www.playvid.com/watch/SY5E8YPfg_n,
http://www.playvid.com/watch/8b9bvnXQRgX, http://www.playvid.com/watch/BSGpecAL2LH, http://www.playvid.com/watch/HKbFdM5fbEB,
http://www.playvid.com/watch/04RKYD0ECzb, http://www.playvid.com/watch/aoDfmGtKAKD, http://www.playvid.com/watch/TuDdAl0SKQ4,
http://www.playvid.com/watch/t8TVisL31l5, http://www.playvid.com/watch/HrelH4M_A8o, http://www.playvid.com/watch/Bebv5KTzRVl,
http://www.playvid.com/watch/62Vae_1BwQL, http://www.playvid.com/watch/SjaquEpzzNe, http://www.playvid.com/watch/RtvaMsKcmWE,
http://www.playvid.com/watch/Oi8raBiea09, http://www.playvid.com/watch/mh_kgBKELWp, http://www.playvid.com/watch/tWDWJBiftq7,
http://www.playvid.com/watch/lfQ50fcQeAS, http://www.playvid.com/watch/6OYvn-or5VD, http://www.playvid.com/watch/dX9Y5OoN9eB,
http://www.playvid.com/watch/jF9RphRrXWC, http://www.playvid.com/watch/3WybRwHxk-C, http://www.playvid.com/watch/TGAOZJWo0Ao,
http://www.playvid.com/watch/4cJNVtCYMAE, http://www.playvid.com/watch/Jxbljq3tWme, http://www.playvid.com/watch/PvixDjTVQFR,
http://www.playvid.com/watch/i_cHZJQkU6R, http://www.playvid.com/watch/qqpkb53EMPp, http://www.playvid.com/watch/fX0pR2xdzV8,
http://www.playvid.com/watch/DaPrDgj0ooQ, http://www.playvid.com/watch/mjCGNbehuwp, http://www.playvid.com/watch/HEgYx8Eld0B,
http://www.playvid.com/watch/XbZeKCnSk6J, http://www.playvid.com/watch/6NTemKuBs6S, http://www.playvid.com/watch/AAt_tX1ZbZ0,
http://www.playvid.com/watch/vMy6Gwkt2cI, http://www.playvid.com/watch/WH1trrekDNz, http://www.playvid.com/watch/V6VNZiR1l7Q,
http://www.playvid.com/watch/JInFVrd1kQV, http://www.playvid.com/watch/o7_Td3VLFAG, http://www.playvid.com/watch/INlYXB2my6W,
http://www.playvid.com/watch/oIlix_mzFMr, http://www.playvid.com/watch/I1gY8pRq3iN, http://www.playvid.com/watch/PpvXS153Lei,
http://www.playvid.com/watch/3OEkyt1eULb, http://www.playvid.com/watch/8h4HIFEf-OR, http://www.playvid.com/watch/t1iQleurj3M,
http://www.playvid.com/watch/wmuu64MPK4y, http://www.playvid.com/watch/pZkg97ix6F0, http://www.playvid.com/watch/H28wkUVBSWN,
http://www.playvid.com/watch/l2ZCX32IOWL, http://www.playvid.com/watch/dEmJPs0kijS, http://www.playvid.com/watch/73Ln9FG7we5,
http://www.playvid.com/watch/kCR0MjlsRLH, http://www.playvid.com/watch/AqBdi9bCEEP, http://www.playvid.com/watch/qa92HHExLf5,
http://www.playvid.com/watch/tAVCB3Fz-3y, http://www.playvid.com/watch/Mh0wH9dSAPl, http://www.playvid.com/watch/gDq-5jgdc2X,
http://www.playvid.com/watch/FLVZNkjRSLD, http://www.playvid.com/watch/ldINvuvTN1L, http://www.playvid.com/watch/ZQh_tbhd0Tc,
http://www.playvid.com/watch/e_m4E0pXnOy, http://www.playvid.com/watch/avFsKo2WfWw, http://www.playvid.com/watch/cbT8E30ug9S,
http://www.playvid.com/watch/W0fqc8BQPwy, http://www.playvid.com/watch/MKi5Y94S1dj, http://www.playvid.com/watch/G4m5icGgua4,
http://www.playvid.com/watch/GUooe0Oeoxp, http://www.playvid.com/watch/JsTZfiIr-O0, http://www.playvid.com/watch/J5eFbwxPPTi,
http://www.playvid.com/watch/dNKJ-EA04NC, http://www.playvid.com/watch/vulLukprdHS, http://www.playvid.com/watch/pAitqQFpJ3H,
http://www.playvid.com/watch/2Z-RKE_NyEZ, http://www.playvid.com/watch/JziGoKiYorG, http://www.playvid.com/watch/Fv6QoQg1ndF,
http://www.playvid.com/watch/j-4WruocEhC, http://www.playvid.com/watch/vlqeT3FfE1T, http://www.playvid.com/watch/0NvpDNuG3Yt,
http://www.playvid.com/watch/nRCAeJee48k, http://www.playvid.com/watch/WGOM7QpiArr, http://www.playvid.com/watch/DlqfoIYCWXr,
http://www.playvid.com/watch/XlYXRk7lhqi, http://www.playvid.com/watch/e71Fz3UmVwm, http://www.playvid.com/watch/T6E-8S2cjeT,

http://www.playvid.com/watch/nocrrWxh4tW, http://www.playvid.com/watch/DKt3MRB4Pqd, http://www.playvid.com/watch/b8IFeYSzM9i, http://www.playvid.com/watch/znv7W05dVIh, http://www.playvid.com/watch/bhufh_S5obO, http://www.playvid.com/watch/sKjD7frVDTE, http://www.playvid.com/watch/TkStsW7J_Du, http://www.playvid.com/watch/4_V-3hLCw6F, http://www.playvid.com/watch/at9Uhr-AAMV, http://www.playvid.com/watch/TmmKG4NOqF4, http://www.playvid.com/watch/AQ7VGtrHduC, http://www.playvid.com/watch/fWVR72DLGqI, http://www.playvid.com/watch/k6BEAMgkNjG, http://www.playvid.com/watch/7dZZEvpGkrP, http://www.playvid.com/watch/Elws-aGRdVF, http://www.playvid.com/watch/WDa2a09Pow8, http://www.playvid.com/watch/Gg9N8YiwRE4, http://www.playvid.com/watch/ywu965ywY57, http://www.playvid.com/watch/lhAlJNCp1aK, http://www.playvid.com/watch/5EaxFYLVcl4, http://www.playvid.com/watch/N99TFbyOQin, http://www.playvid.com/watch/9j8asdRn4xj, http://www.playvid.com/watch/6Ma7GMrV8io, http://www.playvid.com/watch/YE-1eSk59LK, http://www.playvid.com/watch/yFz8SRiIyPC, http://www.playvid.com/watch/FmMeH79RJft, http://www.playvid.com/watch/Rhcm_38o_0V, http://www.playvid.com/watch/dRT2YqSd8OQ, http://www.playvid.com/watch/tCaqYTIfuEI, http://www.playvid.com/watch/vUin3TaaGUE, http://www.playvid.com/watch/kXDL07vpx_6, http://www.playvid.com/watch/jbyxqHBoJzm, http://www.playvid.com/watch/zIioBLQUTpj, http://www.playvid.com/watch/HXQlEc30HIF, http://www.playvid.com/watch/O9mSC9QALPl, http://www.playvid.com/watch/qACQWXAVvvL, http://www.playvid.com/watch/D1lS3k2s5Qh, http://www.playvid.com/watch/NtjgsHhL5Cs, http://www.playvid.com/watch/qmitF3BIgxQ, http://www.playvid.com/watch/nhqaeL5rplu, http://www.playvid.com/watch/V4c1eiVDwl9, http://www.playvid.com/watch/CHf3oruDL7s, http://www.playvid.com/watch/qWBFhv1YzwZ, http://www.playvid.com/watch/QnxbzHaMAJU, http://www.playvid.com/watch/yJTWFQRjVQR, http://www.playvid.com/watch/V4HHvrE1W66, http://www.playvid.com/watch/w1twkIgi4B8, http://www.playvid.com/watch/TBqii0OsNod, http://www.playvid.com/watch/PX2reowuiRp, http://www.playvid.com/watch/T5nZUVSOXck, http://www.playvid.com/watch/An3bkrAooZw, http://www.playvid.com/watch/sBFxX_NOOeM, http://www.playvid.com/watch/5BalV4EBvin, http://www.playvid.com/watch/EWmIKjClsXf, http://www.playvid.com/watch/3zqsKK0Y524, http://www.playvid.com/watch/sovfXTItYu2, http://www.playvid.com/watch/4Z2ymAFiJyN, http://www.playvid.com/watch/JOI9j_aAiWu, http://www.playvid.com/watch/HBYLY7Xd4Bi, http://www.playvid.com/watch/RwMp1rel6UA, http://www.playvid.com/watch/W_l8N0xhh1r, http://www.playvid.com/watch/mFTo3pArGXF, http://www.playvid.com/watch/ac3UHrcZLOZ, http://www.playvid.com/watch/npJA2NIE83P, http://www.playvid.com/watch/T2B8niB7Ly6, http://www.playvid.com/watch/RqSl4Sku5A0, http://www.playvid.com/watch/cd44H-d8L68, http://www.playvid.com/watch/Wy7MtD2a6Gc, http://www.playvid.com/watch/HU3GyKdR94S, http://www.playvid.com/watch/eIiKK5BtdeL, http://www.playvid.com/watch/xo7qBSCMuB5, http://www.playvid.com/watch/yZrHuKVf-KQ, http://www.playvid.com/watch/VlRiNrYY3au, http://www.playvid.com/watch/F-_MgiUt2-u, http://www.playvid.com/watch/k-84cbeEEEL, http://www.playvid.com/watch/OjYYDhUbvHV, http://www.playvid.com/watch/2DxaJ8-VQfx, http://www.playvid.com/watch/6LPQjUnSK6R, http://www.playvid.com/watch/CUv7ChEiqZf, http://www.playvid.com/watch/Wxc2g87ALbf, http://www.playvid.com/watch/5k60OL-u90x, http://www.playvid.com/watch/8bmFmZQOECy, http://www.playvid.com/watch/4u-KisA9T0g, http://www.playvid.com/watch/oGwlFmyZIc6, http://www.playvid.com/watch/liib2Dc3mmG, http://www.playvid.com/watch/2ZRoNBVN1_s, http://www.playvid.com/watch/W5xQsy0NXwo, http://www.playvid.com/watch/HcsdXA5Es7f, http://www.playvid.com/watch/gIMylSbb6rB, http://www.playvid.com/watch/XD4VSX0pUgK, http://www.playvid.com/watch/BETIBMQYKwB, http://www.playvid.com/watch/p-gs4L7_fIt, http://www.playvid.com/watch/eoxcBr9RK4F, http://www.playvid.com/watch/yh6kBagFpqG, http://www.playvid.com/watch/4uq96rbQA3D, http://www.playvid.com/watch/lM1QNq8aTZA, http://www.playvid.com/watch/r97ukGHeWBL, http://www.playvid.com/watch/7RmrrA22mkA, http://www.playvid.com/watch/TzdSAltkRJn, http://www.playvid.com/watch/I67iUZ_H08i, http://www.playvid.com/watch/34ncTqchUnf, http://www.playvid.com/watch/gc29Lj1B1UY, http://www.playvid.com/watch/OzQEDq7ZRnU, http://www.playvid.com/watch/QWzdS-QGT3b, http://www.playvid.com/watch/7Oy0eL-TNh2, http://www.playvid.com/watch/uNgrkEkMAsY, http://www.playvid.com/watch/HzmVvbys277, http://www.playvid.com/watch/INWe7z2sqQt, http://www.playvid.com/watch/JEZvHsuu1pU, http://www.playvid.com/watch/ZZMnM-W2mci, http://www.playvid.com/watch/GrrcBTqqThw, http://www.playvid.com/watch/ix65BUszCqH, http://www.playvid.com/watch/pUikF-efxfh, http://www.playvid.com/watch/PDZXSmNN-iL, http://www.playvid.com/watch/tOyHZGqfZFD, http://www.playvid.com/watch/HesiXb0lpXC, http://www.playvid.com/watch/iKbR0b0emvq, http://www.playvid.com/watch/f7QLvv7-fVc, http://www.playvid.com/watch/3-GCeWNG1cY, http://www.playvid.com/watch/Vho9PFhYWn9, http://www.playvid.com/watch/kmdAHmbeRJZ, http://www.playvid.com/watch/gZGrAyFxkLX, http://www.playvid.com/watch/da45SCv41cR, http://www.playvid.com/watch/Rero4hjvZDg, http://www.playvid.com/watch/lrDFcow_qJf, http://www.playvid.com/watch/qL3rnh2KI9i, http://www.playvid.com/watch/HTD2TMB1m0b, http://www.playvid.com/watch/4fjQzkywjYY, http://www.playvid.com/watch/fd8mtjvP22n, http://www.playvid.com/watch/sg6NSjK52of, http://www.playvid.com/watch/lB1TedLltng, http://www.playvid.com/watch/bS6ycyrFdcA, http://www.playvid.com/watch/XPMjHYoKXAt, http://www.playvid.com/watch/lUQMITJiQ75, http://www.playvid.com/watch/u-vzGD2MknI, http://www.playvid.com/watch/5qScL7F7sBq, http://www.playvid.com/watch/G2r76RI1L1J, http://www.playvid.com/watch/aOrinA3HsRt, http://www.playvid.com/watch/y2m-APE_43j, http://www.playvid.com/watch/sUXUGqMjYbY, http://www.playvid.com/watch/JKfetMmXoAT, http://www.playvid.com/watch/a0sMkim4VvG, http://www.playvid.com/watch/sDOQSxIErim, http://www.playvid.com/watch/8FTtEoi7ymw, http://www.playvid.com/watch/44m1XDebRHa, http://www.playvid.com/watch/4rxcFbz8PU0, http://www.playvid.com/watch/lEAJh9VLOWx, http://www.playvid.com/watch/Z1jClW2fhH3, http://www.playvid.com/watch/DdBOQvR4MFr, http://www.playvid.com/watch/a2DCbMYn2dr, http://www.playvid.com/watch/AFxqWHC5Mcm, http://www.playvid.com/watch/zSJWjhwVjSL, http://www.playvid.com/watch/SPDlJBB7snK, http://www.playvid.com/watch/kjMXDN805Os, http://www.playvid.com/watch/8RZwiooOjAA, http://www.playvid.com/watch/kvZXwAbu6wn, http://www.playvid.com/watch/eUfMMyiwb8Y, http://www.playvid.com/watch/yOfq08awUhU, http://www.playvid.com/watch/GJTbti14bJt, http://www.playvid.com/watch/Kva8oRjEdh6, http://www.playvid.com/watch/xILW-doGBIA, http://www.playvid.com/watch/CnpRoILUDvL, http://www.playvid.com/watch/OSrX1Mn5vKH, http://www.playvid.com/watch/wcBTlZKTo2e, http://www.playvid.com/watch/rwAbjv1TDTA, http://www.playvid.com/watch/AFSy3p78z0z, http://www.playvid.com/watch/WCDEPI5Mwy7, http://www.playvid.com/watch/Zrv96GOYy8G, http://www.playvid.com/watch/0ZVE_47bHtU, http://www.playvid.com/watch/9N8f7708N5F, http://www.playvid.com/watch/Xi1rQ_SK90O, http://www.playvid.com/watch/AOA9sP5_KKJ, http://www.playvid.com/watch/VC7IvaQTUun, http://www.playvid.com/watch/CjRDlKe-n5C, http://www.playvid.com/watch/reQjSy8n0Uj, http://www.playvid.com/watch/h_q3t874fX3, http://www.playvid.com/watch/RogVx1XvJFy, http://www.playvid.com/watch/QZV0t9ddgSl, http://www.playvid.com/watch/RnzkGuaY5R2, http://www.playvid.com/watch/xSn_IgRgMQl, http://www.playvid.com/watch/yIL7nhGGgae, http://www.playvid.com/watch/4xz-4KyPv2I, http://www.playvid.com/watch/kIsG0Jx-0cy, http://www.playvid.com/watch/W0TEc4gX7wS, http://www.playvid.com/watch/9oMxtFuESWM, http://www.playvid.com/watch/Ct18rz30bjS, http://www.playvid.com/watch/F40TupWtc5n, http://www.playvid.com/watch/tPu7mxy9rx2, http://www.playvid.com/watch/RTo1KeRZJBa, http://www.playvid.com/watch/7xTTiQIPOhW, http://www.playvid.com/watch/2DFe2DRIxks, http://www.playvid.com/watch/g8X6x7NY5OC, http://www.playvid.com/watch/HrF2iJGrZGU, http://www.playvid.com/watch/7_YvL2mKwDc, http://www.playvid.com/watch/Sv9HOyr4QKv, http://www.playvid.com/watch/YFgrCfj-lAp, http://www.playvid.com/watch/jclDv9u5eWq, http://www.playvid.com/watch/asBcw-fK-ms, http://www.playvid.com/watch/FIPkUfmyx3y, http://www.playvid.com/watch/rwgv17PF-cN, http://www.playvid.com/watch/Yrii6-rqybo, http://www.playvid.com/watch/k2xEPy2mLIR, http://www.playvid.com/watch/XnCI4WxyhwP, http://www.playvid.com/watch/GpyB4KXKqyi, http://www.playvid.com/watch/of8bgzHLxPS, http://www.playvid.com/watch/QIbtWoXCzjX, http://www.playvid.com/watch/GIb7dpflCqq, http://www.playvid.com/watch/4hF5aXtRCkB, http://www.playvid.com/watch/JRLyZrYeBze, http://www.playvid.com/watch/mbsPLxO8qbL, http://www.playvid.com/watch/QC9arSB2eys, http://www.playvid.com/watch/vlYeLBr2bbp, http://www.playvid.com/watch/4SR4yMAa-lk, http://www.playvid.com/watch/9ddTPvUR4Y9, http://www.playvid.com/watch/otxjTEHQX9c, http://www.playvid.com/watch/ublvj61e9Qm, http://www.playvid.com/watch/9xUXd3w8cfP, http://www.playvid.com/watch/iV1nNISZce0, http://www.playvid.com/watch/zdd3T6L9kKg, http://www.playvid.com/watch/PS8kiZy_WcC, http://www.playvid.com/watch/4F7Vx1DJxwg, http://www.playvid.com/watch/KtBWTun3Ibq, http://www.playvid.com/watch/gioJLzxQ1yd, http://www.playvid.com/watch/dBqXubhwp6J, http://www.playvid.com/watch/UPEFXfwWLSb, http://www.playvid.com/watch/7Py_l4Yuu-N, http://www.playvid.com/watch/hGH_kyP0d0x, http://www.playvid.com/watch/F4aQ-QYRE7D, http://www.playvid.com/watch/muGKxvkD6GZ, http://www.playvid.com/watch/ccnFjlU4rJS, http://www.playvid.com/watch/GZLLW1OISwM, http://www.playvid.com/watch/c8ggcS-B9mo, http://www.playvid.com/watch/InnGy1o4Th4, http://www.playvid.com/watch/Ip1iZrdo5b5, http://www.playvid.com/watch/Iae3j5mDwHY, http://www.playvid.com/watch/aKaE6xQ5ZCW, http://www.playvid.com/watch/nzoOzDkMx8e, http://www.playvid.com/watch/aZF3YzKt2OA, http://www.playvid.com/watch/UuKanimpI-g, http://www.playvid.com/watch/U3SjX0d6rAv, http://www.playvid.com/watch/EISsCKChyWr, http://www.playvid.com/watch/GWviblXb2SZ, http://www.playvid.com/watch/n4vmZGtoWmL, http://www.playvid.com/watch/P7Lx7LnlmdG, http://www.playvid.com/watch/NwwgrrZsugu, http://www.playvid.com/watch/8RNoai24UZS, http://www.playvid.com/watch/WJZ2eUttuvv, http://www.playvid.com/watch/7rxdj2C3W4W, http://www.playvid.com/watch/PBhXHODOuby

5.f. Date of third notice: 2014-03-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pizza
5.b. Uploader's email address: adamsteve@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pizza
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cUzv9OZ3n2E, http://www.playvid.com/watch/5qQbolHu2em, http://www.playvid.com/watch/Gm8tfkvISMX, http://www.playvid.com/watch/t6A4wCezK-i, http://www.playvid.com/watch/IBf34cJoHc0, http://www.playvid.com/watch/Yq4nHIqQI9u, http://www.playvid.com/watch/oEWHRRcYkdy, http://www.playvid.com/watch/AAsoighCJU7, http://www.playvid.com/watch/AJrxW6Cjbgo, http://www.playvid.com/watch/asHoQ4juPHE, http://www.playvid.com/watch/yopnMQanj8Y, http://www.playvid.com/watch/MGYnndj82fJ, http://www.playvid.com/watch/wL23oMIEOUZ, http://www.playvid.com/watch/6NpU-Ug3nkb, http://www.playvid.com/watch/2fvBOgTbS3u, http://www.playvid.com/watch/gDeb38-PgMN, http://www.playvid.com/watch/WJtjSnZhjxP, http://www.playvid.com/watch/Vbxjbmbb06s, http://www.playvid.com/watch/DwLW6Zl2MD0, http://www.playvid.com/watch/CmBtD5oiUdI,

http://www.playvid.com/watch/g8xGEEKl0fY, http://www.playvid.com/watch/RH4zUwaGbpC, http://www.playvid.com/watch/4FS3A6NrPIv,
http://www.playvid.com/watch/5pCgCixMTm-, http://www.playvid.com/watch/n7FW3aRpaox, http://www.playvid.com/watch/jLIO4VO-VVs,
http://www.playvid.com/watch/pXBB0xrB0Zm, http://www.playvid.com/watch/D29DbQHw9-V, http://www.playvid.com/watch/D9fGeQkyOAc,
http://www.playvid.com/watch/rWMa-7HY2e-, http://www.playvid.com/watch/OT-Jjg73TXr, http://www.playvid.com/watch/2NPW-TpTWT0,
http://www.playvid.com/watch/hVuEv2KwdqT, http://www.playvid.com/watch/touk48kvzPK, http://www.playvid.com/watch/GydLxFDpyEn,
http://www.playvid.com/watch/IHBrRxhuwz7, http://www.playvid.com/watch/0dwSiZcMD2U, http://www.playvid.com/watch/0iCXKfHwwzC,
http://www.playvid.com/watch/gmSQVrEREhk, http://www.playvid.com/watch/ROXaloWqmqH, http://www.playvid.com/watch/J30YF55Lqh-,
http://www.playvid.com/watch/9I7TQTVJ2Xv, http://www.playvid.com/watch/pcYM5LF3Cp3, http://www.playvid.com/watch/7znnKXKN04F,
http://www.playvid.com/watch/w8bNlzgKd-X, http://www.playvid.com/watch/mABa95HVxrJ, http://www.playvid.com/watch/bbkwI2Uhba6,
http://www.playvid.com/watch/IZtySHpmUgQ, http://www.playvid.com/watch/RnByAMt5FCH, http://www.playvid.com/watch/p5lPzaO9-hR,
http://www.playvid.com/watch/NP-HFXmkZrd, http://www.playvid.com/watch/G-9wttZJJt9, http://www.playvid.com/watch/y-vwu4QBd6B,
http://www.playvid.com/watch/B9SpUfDEOaj, http://www.playvid.com/watch/il-6Ecqcdrf, http://www.playvid.com/watch/lJNXWGxm9G2,
http://www.playvid.com/watch/EcQsnL-Y5B3, http://www.playvid.com/watch/RXZpsNvEiDF, http://www.playvid.com/watch/WVkt6XsVd5I,
http://www.playvid.com/watch/Sq3znxtPWiL, http://www.playvid.com/watch/HGPZZrxUdfj, http://www.playvid.com/watch/UgijkiVOIT4,
http://www.playvid.com/watch/c-KO9D9FBGd, http://www.playvid.com/watch/Hl6DxmtOZPK, http://www.playvid.com/watch/oIVYtypI-vK,
http://www.playvid.com/watch/Zhu27LbZ3Jj, http://www.playvid.com/watch/Y4UJuiXxS4E, http://www.playvid.com/watch/bxZNpZogu3s,
http://www.playvid.com/watch/8D6sTdYEOLG, http://www.playvid.com/watch/kYDr0DWIn-B, http://www.playvid.com/watch/OlgiCoJ8-ui,
http://www.playvid.com/watch/fiajTc-IZ2T, http://www.playvid.com/watch/GTSILcsMIXQ, http://www.playvid.com/watch/30kIOPWRtSV,
http://www.playvid.com/watch/u0FRdjV0rEt, http://www.playvid.com/watch/GaVi22vvQ6f, http://www.playvid.com/watch/BeyVvYs7wj9,
http://www.playvid.com/watch/UsWcnN60Q3k, http://www.playvid.com/watch/XW25kwPNKq7, http://www.playvid.com/watch/Ng3a0PjkT6J,
http://www.playvid.com/watch/72KqTPvH57q, http://www.playvid.com/watch/jSVcZvL9gx3, http://www.playvid.com/watch/OOXGAHDndfA,
http://www.playvid.com/watch/VpxhTjWBFXt, http://www.playvid.com/watch/huQ8hgjRFNW, http://www.playvid.com/watch/teClCF8kz-J,
http://www.playvid.com/watch/8PonT76B3hx, http://www.playvid.com/watch/UTS5LBu-Mx5, http://www.playvid.com/watch/XQUtpexqHlw,
http://www.playvid.com/watch/ncq9ZN99rFE, http://www.playvid.com/watch/qaj7GoKcC3w, http://www.playvid.com/watch/gQnw9aQ9dXW,
http://www.playvid.com/watch/uXZPpJdczLU, http://www.playvid.com/watch/tm39M4chqMT, http://www.playvid.com/watch/8-tRY6QrLUy,
http://www.playvid.com/watch/v8d9ad3ZiIs, http://www.playvid.com/watch/4X76EZ2cQQF, http://www.playvid.com/watch/e87nWyWCiMC,
http://www.playvid.com/watch/5YK46a9pAxS, http://www.playvid.com/watch/YuEVRY9bXNG, http://www.playvid.com/watch/M2uk0SJQovX,
http://www.playvid.com/watch/iNHFLV33thP, http://www.playvid.com/watch/6Htp4nWFJwB, http://www.playvid.com/watch/mm007BZaB0w,
http://www.playvid.com/watch/7mFHlJb489S, http://www.playvid.com/watch/zs06NswXyfi, http://www.playvid.com/watch/VEiyMbXZ5qL,
http://www.playvid.com/watch/OhubEvhWK74, http://www.playvid.com/watch/RrPu7eUdN7G, http://www.playvid.com/watch/Vm9T4bTTaA6,
http://www.playvid.com/watch/Cxqg7k2YXsW, http://www.playvid.com/watch/uZiHmoyFBNX, http://www.playvid.com/watch/YMRIt0UlNZO,
http://www.playvid.com/watch/QwoEj0BmhyM, http://www.playvid.com/watch/CgJ3vpqQUfr, http://www.playvid.com/watch/7SJqObO6yGm,
http://www.playvid.com/watch/uiHnKIO07ch, http://www.playvid.com/watch/EWPCOQtH33S, http://www.playvid.com/watch/ofk9FN34hHF,
http://www.playvid.com/watch/2gtaNW4NeWA, http://www.playvid.com/watch/IL8s-Eof6u9, http://www.playvid.com/watch/Tmy-KR7D4HJ,
http://www.playvid.com/watch/S7JoOha5V2w, http://www.playvid.com/watch/Qq2DA5jB7KM, http://www.playvid.com/watch/qwfppDBNsho,
http://www.playvid.com/watch/ANFJtlYelKj, http://www.playvid.com/watch/ihhkb9ITtOh, http://www.playvid.com/watch/PVL6hNypc9m,
http://www.playvid.com/watch/tAm6hVp8GAL, http://www.playvid.com/watch/eI7Xx2SIdle, http://www.playvid.com/watch/i6s4wkGBy7F,
http://www.playvid.com/watch/yr00k7Mct79, http://www.playvid.com/watch/SYSaKLxPgvL, http://www.playvid.com/watch/GKABggmyZ04,
http://www.playvid.com/watch/ZBehQbQmlfn, http://www.playvid.com/watch/gmaytPzaSEl, http://www.playvid.com/watch/vEt2wZvb0PQ,
http://www.playvid.com/watch/peZR6sniQpc, http://www.playvid.com/watch/F5AKssVcFkb, http://www.playvid.com/watch/lhxClh2ZiCv,
http://www.playvid.com/watch/4wxS7JKoaJ8, http://www.playvid.com/watch/y70DXAzWly3, http://www.playvid.com/watch/j9GkC2sXMVj,
http://www.playvid.com/watch/ZS9FxcB2QR6, http://www.playvid.com/watch/QGHq8DiVGlK, http://www.playvid.com/watch/AfMm56pcY-w,
http://www.playvid.com/watch/xGRSrn7Uue-, http://www.playvid.com/watch/Va79L0zUxb2, http://www.playvid.com/watch/ffDPShIBSrq,
http://www.playvid.com/watch/xUpaoLsw38o, http://www.playvid.com/watch/CjkbicceOoF, http://www.playvid.com/watch/KCLRqkFdQW6,
http://www.playvid.com/watch/-R-EomwMxrb, http://www.playvid.com/watch/XsYoe3TjRyM, http://www.playvid.com/watch/tiPmSacEZa6,
http://www.playvid.com/watch/FZoswSPYfyW, http://www.playvid.com/watch/ZrBEAExry9M, http://www.playvid.com/watch/noc2WRpef77,
http://www.playvid.com/watch/lYErxrJ5xRg, http://www.playvid.com/watch/hV-73XMcppm, http://www.playvid.com/watch/4badmGBKAX2,
http://www.playvid.com/watch/5CTyxyO7n3P, http://www.playvid.com/watch/wLe3Kng8ar0, http://www.playvid.com/watch/vjDu0VYKSep,
http://www.playvid.com/watch/5nsjuzHzKy4, http://www.playvid.com/watch/oagZdDkFIbl, http://www.playvid.com/watch/usR9p625gkM,
http://www.playvid.com/watch/fXSngVBZnqs, http://www.playvid.com/watch/xFfq-pdjoT4, http://www.playvid.com/watch/YtreNOm5xc9,
http://www.playvid.com/watch/zwJmts3oHco, http://www.playvid.com/watch/xGF4M2C7c57, http://www.playvid.com/watch/A5xBJhNHoeA,
http://www.playvid.com/watch/viH9b6UU6xb, http://www.playvid.com/watch/UK4TcZdIV9Y, http://www.playvid.com/watch/0SbXo-TGm3c,
http://www.playvid.com/watch/4dlxMeLe6hL, http://www.playvid.com/watch/pFY-5O5GbTw, http://www.playvid.com/watch/BrqKfLuHjbO,
http://www.playvid.com/watch/pHjRWUlhb27, http://www.playvid.com/watch/rBVIdv6zQ5Y, http://www.playvid.com/watch/Tr0qHeeKXfd,
http://www.playvid.com/watch/w8gwJUW7ReZ, http://www.playvid.com/watch/YxketpNfyDJ, http://www.playvid.com/watch/xsJx2lVoIS0,
http://www.playvid.com/watch/lWrJRJykFKR, http://www.playvid.com/watch/BrwZXrFT5E0, http://www.playvid.com/watch/EQ9nA0aCfCx,
http://www.playvid.com/watch/E-Meuqlz2h5, http://www.playvid.com/watch/rzCyUQGNjLX, http://www.playvid.com/watch/JGtRoJqfnAM,
http://www.playvid.com/watch/OhL3TnR2qPY, http://www.playvid.com/watch/6B93ZV4XhvH, http://www.playvid.com/watch/5diTdJiCnKn,
http://www.playvid.com/watch/thhgepZ9XXX, http://www.playvid.com/watch/gf4BlsZQ0tv, http://www.playvid.com/watch/RPo5jw5SYBH,
http://www.playvid.com/watch/SMi9n50jWS7, http://www.playvid.com/watch/yA3OPbdSHtJ, http://www.playvid.com/watch/vqdJtcLAxEo,
http://www.playvid.com/watch/OXMsjoF8dPp, http://www.playvid.com/watch/MshODN2DZLb, http://www.playvid.com/watch/ibcFCQxVKLs,
http://www.playvid.com/watch/fcgG7sJcye7, http://www.playvid.com/watch/ma0CM7ZhSYq, http://www.playvid.com/watch/Ebdv28XYhzz,
http://www.playvid.com/watch/m5ZxH5pJxrs, http://www.playvid.com/watch/kzSsDWbQRgy, http://www.playvid.com/watch/-AekQJim68d,
http://www.playvid.com/watch/FsBwdyOWxgS, http://www.playvid.com/watch/0XKAdh9zRYc, http://www.playvid.com/watch/avhZ0bpTHPu,
http://www.playvid.com/watch/z6OMMK3z7hE, http://www.playvid.com/watch/5b2Ei5R35Gz, http://www.playvid.com/watch/ziDxuaEOJC8,
http://www.playvid.com/watch/DZKuvJYKqQc, http://www.playvid.com/watch/m0DQI7WiczF, http://www.playvid.com/watch/pa9LoeKWEKZ,
http://www.playvid.com/watch/Qdhz8gxTTfX, http://www.playvid.com/watch/KWtZQaKwm8A, http://www.playvid.com/watch/iustamV0meC,
http://www.playvid.com/watch/gpKk2kX4WvR, http://www.playvid.com/watch/yobvshjjGio, http://www.playvid.com/watch/S2qAJceOWtn,
http://www.playvid.com/watch/xeeggcDVkPL, http://www.playvid.com/watch/9m4kfAfUJOZ, http://www.playvid.com/watch/wqLAzuE-D7m,
http://www.playvid.com/watch/M02qb9g6yKz, http://www.playvid.com/watch/txeOwnO4eCK, http://www.playvid.com/watch/3uHkccXAl-U,
http://www.playvid.com/watch/Z-cvDRDat4v, http://www.playvid.com/watch/okqowrnL7R6, http://www.playvid.com/watch/U6wF34w4qx4,
http://www.playvid.com/watch/KAxkdyqt-Ak, http://www.playvid.com/watch/XZh6TWcC6F9, http://www.playvid.com/watch/vepmXrJZRcc,
http://www.playvid.com/watch/np0NIj6nUPk, http://www.playvid.com/watch/fmTLrQhcho7, http://www.playvid.com/watch/OjhCOqLnkag,
http://www.playvid.com/watch/u9nC7NkVPnT, http://www.playvid.com/watch/eFmoypRt5LM, http://www.playvid.com/watch/pq-QZel3MKv,
http://www.playvid.com/watch/bMFVeYnUYDW, http://www.playvid.com/watch/ZjGAoZRRIFx, http://www.playvid.com/watch/dhdhWhdIV7U,
http://www.playvid.com/watch/rmUla9TloF0, http://www.playvid.com/watch/9fnsaY5eIk6, http://www.playvid.com/watch/blAJQTwR8A9,
http://www.playvid.com/watch/Zmb0Dbrfmq7, http://www.playvid.com/watch/wWUZvDat28Z, http://www.playvid.com/watch/O2T3XBhy7TQ,
http://www.playvid.com/watch/zxZyTe-cCr6, http://www.playvid.com/watch/0AeryGtct0w, http://www.playvid.com/watch/rqKw3Ten0g2,
http://www.playvid.com/watch/8VBEvJDfzcG, http://www.playvid.com/watch/x40V00uOYmR, http://www.playvid.com/watch/kB4pVkhLD-Q,
http://www.playvid.com/watch/jjCHpkZ7fXl, http://www.playvid.com/watch/MKHVWXVdgIy, http://www.playvid.com/watch/pJUfLHDYlgS,
http://www.playvid.com/watch/tlsGPCF4K6b, http://www.playvid.com/watch/vj336eqpHA0, http://www.playvid.com/watch/8iwaBXa9kWt,
http://www.playvid.com/watch/C0AKaAj92hF, http://www.playvid.com/watch/6bw2-UfblKG, http://www.playvid.com/watch/9vegOe-u3Nd,
http://www.playvid.com/watch/4MEzVinfHNf, http://www.playvid.com/watch/d9MaaRrPbSy, http://www.playvid.com/watch/FvPHsKY2zau,
http://www.playvid.com/watch/3CIjhdETSGU, http://www.playvid.com/watch/Eh-CvUuAp4B, http://www.playvid.com/watch/--VLuueLRK0,
http://www.playvid.com/watch/5M5dgsLxXZg, http://www.playvid.com/watch/c3JOqwExNt3, http://www.playvid.com/watch/L-B7J2VUxuS,
http://www.playvid.com/watch/la8vFdAtVLd, http://www.playvid.com/watch/aIw02FY9ZP0, http://www.playvid.com/watch/mNAcjgmAVxR,
http://www.playvid.com/watch/wfS0U9G3zky, http://www.playvid.com/watch/RnZT-8-DtZA, http://www.playvid.com/watch/70vXcAO24uw,
http://www.playvid.com/watch/Z6MinyfWEJO, http://www.playvid.com/watch/uVGPMiL4OY8, http://www.playvid.com/watch/uhhWsirWM-U,
http://www.playvid.com/watch/5qgi-6pxPNR, http://www.playvid.com/watch/wZK-AgWaMql, http://www.playvid.com/watch/QBH6KiDuSoK,
http://www.playvid.com/watch/FkyNzJ4DtGl, http://www.playvid.com/watch/ICZOl42sP65, http://www.playvid.com/watch/ax3RST0Lhak,
http://www.playvid.com/watch/z5tUR-YTBVE, http://www.playvid.com/watch/L0V6hnUvwEI, http://www.playvid.com/watch/kdqGaV6j7d4,
http://www.playvid.com/watch/UUcfRYX4XZR, http://www.playvid.com/watch/3KHJVpNE5E7, http://www.playvid.com/watch/b9Vi0TaTQgR,
http://www.playvid.com/watch/iOKaQcR46hS, http://www.playvid.com/watch/gSM6Q6gqRaI, http://www.playvid.com/watch/3wvlWvk-n4E,
http://www.playvid.com/watch/SX5PkjzNO0C, http://www.playvid.com/watch/OVFsHfC9Y23, http://www.playvid.com/watch/kZ9cupMzJkI,
http://www.playvid.com/watch/80wUvyoVCfR, http://www.playvid.com/watch/zBSoKJzbMA0, http://www.playvid.com/watch/AM3-2eYdDdc,
http://www.playvid.com/watch/W2sHO3a7zws, http://www.playvid.com/watch/m2m0zeNRo0L, http://www.playvid.com/watch/glUl9aOGtky,

http://www.playvid.com/watch/ith5ygE5Hnt, http://www.playvid.com/watch/6nGmlSw7T-7, http://www.playvid.com/watch/ZKOeAQpB-zQ,
http://www.playvid.com/watch/7UxyLjrOlwd, http://www.playvid.com/watch/CdTSnzZt6bm, http://www.playvid.com/watch/vgfVXRYqjaR,
http://www.playvid.com/watch/kmMzG6xWnis, http://www.playvid.com/watch/cTNtfTuQfWZ, http://www.playvid.com/watch/5vXXZrY6V73,
http://www.playvid.com/watch/K9aUxOk7HOq, http://www.playvid.com/watch/2EbbaneJIvk, http://www.playvid.com/watch/CPnbhYEGk9Y,
http://www.playvid.com/watch/CCtG8xjp0Ua, http://www.playvid.com/watch/-NBnzoYGJvw, http://www.playvid.com/watch/Fwxron2kzex,
http://www.playvid.com/watch/Q4pwheYRMco, http://www.playvid.com/watch/8Fr4dqy7U6s, http://www.playvid.com/watch/42lO3S54vbE,
http://www.playvid.com/watch/twt4AbF8QD3, http://www.playvid.com/watch/oPK7Rsh0L58, http://www.playvid.com/watch/lYFaamCacrl,
http://www.playvid.com/watch/USMD3VjjpRM, http://www.playvid.com/watch/dPIxwNrAdAe, http://www.playvid.com/watch/4N7Nmd2iEmU,
http://www.playvid.com/watch/NAVUqJtH4o3, http://www.playvid.com/watch/pzpm0yaldQl, http://www.playvid.com/watch/FFnngma6Zjz,
http://www.playvid.com/watch/6ta6KqQuvmK, http://www.playvid.com/watch/o5wxuo4A4OZ, http://www.playvid.com/watch/qoj2AHiFcJc,
http://www.playvid.com/watch/YnxHKMkjL5Z, http://www.playvid.com/watch/DeeX9ON5aJ5, http://www.playvid.com/watch/ZM2eaKMhvOq,
http://www.playvid.com/watch/ilLnWH8pq0E, http://www.playvid.com/watch/gF8Xt7HO-r8, http://www.playvid.com/watch/N9njzDwRIrZ,
http://www.playvid.com/watch/wW3nvhFxDMy, http://www.playvid.com/watch/P2EkAtMnfDL, http://www.playvid.com/watch/vi526cCvvp6,
http://www.playvid.com/watch/ybeWvGpPcnc, http://www.playvid.com/watch/FdeBOalPWUG, http://www.playvid.com/watch/flVEOeVrU6I,
http://www.playvid.com/watch/PWFJmAFN9xn, http://www.playvid.com/watch/oaovnFa8b47, http://www.playvid.com/watch/2HkJMwIX52M,
http://www.playvid.com/watch/eP8XqDtPjss, http://www.playvid.com/watch/WuglzIUW6Ye, http://www.playvid.com/watch/AV6KXJmAHCo,
http://www.playvid.com/watch/sr3A-tVQAkO, http://www.playvid.com/watch/gEkixUF8z-n, http://www.playvid.com/watch/qKcjyKDpB7J,
http://www.playvid.com/watch/pJM5jJLCQCe, http://www.playvid.com/watch/K70GNKAOddC, http://www.playvid.com/watch/AXhYYmLkT20,
http://www.playvid.com/watch/fyvn4eaLuJ4, http://www.playvid.com/watch/FFqCp3IX5KR, http://www.playvid.com/watch/A5qMYa3B8lG,
http://www.playvid.com/watch/hpW2OF06Sb5, http://www.playvid.com/watch/JxA64Jzxmsv, http://www.playvid.com/watch/u3YWlBSawOF,
http://www.playvid.com/watch/WgkwnGgQKou, http://www.playvid.com/watch/QnW70lZF4aN, http://www.playvid.com/watch/ZDc6PW2LTjL,
http://www.playvid.com/watch/gpRpazlGZ6Y, http://www.playvid.com/watch/mc0uTofIjMy, http://www.playvid.com/watch/cupnUX8GTVL,
http://www.playvid.com/watch/qnSF7Uzl3o7, http://www.playvid.com/watch/gsEapgoQsqD, http://www.playvid.com/watch/JuRxOs-Gj--,
http://www.playvid.com/watch/WLjzaDdBIYW, http://www.playvid.com/watch/GzElZbmOZCP, http://www.playvid.com/watch/0-lvIPuc5sU,
http://www.playvid.com/watch/aDPKn9gM-x3, http://www.playvid.com/watch/4SvDvBidHhS, http://www.playvid.com/watch/EpCzYCnvWyZ,
http://www.playvid.com/watch/QkQ3RFXFZph, http://www.playvid.com/watch/yrRJMguaSp3, http://www.playvid.com/watch/pfEcIkM9uAh,
http://www.playvid.com/watch/8YxmRm26NRq, http://www.playvid.com/watch/yfj2jOKGAbC, http://www.playvid.com/watch/WyGvbMPcu65,
http://www.playvid.com/watch/vVdLm0o2gJO, http://www.playvid.com/watch/le3mjMb-FPX, http://www.playvid.com/watch/Uat9XBDkD6q,
http://www.playvid.com/watch/oTzOYGdpUbw, http://www.playvid.com/watch/AmtODowdswZ, http://www.playvid.com/watch/uPVp245yImx,
http://www.playvid.com/watch/7fv8FECoJZU, http://www.playvid.com/watch/dHWnDOgxUUL, http://www.playvid.com/watch/5OiZ9ltrOMJ,
http://www.playvid.com/watch/cx8pp2CHyMD, http://www.playvid.com/watch/5W9Jn7xdkDM, http://www.playvid.com/watch/IBW43VfUtpM,
http://www.playvid.com/watch/voUBfkHxAsb, http://www.playvid.com/watch/N8-9pMJR3qh, http://www.playvid.com/watch/h2uWVEN3mOX,
http://www.playvid.com/watch/NQc6TYjkPCG, http://www.playvid.com/watch/EEmXH90KWik, http://www.playvid.com/watch/0srQURdpZUa,
http://www.playvid.com/watch/AaSZjV--rts, http://www.playvid.com/watch/QH6RiG5Dpnw, http://www.playvid.com/watch/5LsKWfL0t6Q,
http://www.playvid.com/watch/8dmPzPBmLu4, http://www.playvid.com/watch/IZjuWlXbDFz, http://www.playvid.com/watch/kviYJFfla7x,
http://www.playvid.com/watch/m4uDQreTeD5, http://www.playvid.com/watch/WjbLLJafXeb, http://www.playvid.com/watch/Oep5PI0WGHo,
http://www.playvid.com/watch/bGe0DbxbEvc, http://www.playvid.com/watch/Nz6h39gmkgl, http://www.playvid.com/watch/db6gB9nByu2,
http://www.playvid.com/watch/MeGwnkoVlbT, http://www.playvid.com/watch/LsCP6HiPuiT, http://www.playvid.com/watch/UKCjSWA4RN4,
http://www.playvid.com/watch/qjvLc3vQuPa, http://www.playvid.com/watch/heQrju-7k6W, http://www.playvid.com/watch/V6jVnEmXJ4m,
http://www.playvid.com/watch/vV0YZJ52VA8, http://www.playvid.com/watch/DBE-crftVyn, http://www.playvid.com/watch/xnunwg8bat6,
http://www.playvid.com/watch/IsRw68OzgJ-, http://www.playvid.com/watch/tdYerANXsoU, http://www.playvid.com/watch/BMuBbFHMDUV,
http://www.playvid.com/watch/Uzqxc2kOnC0, http://www.playvid.com/watch/DG9w6oTL-AK, http://www.playvid.com/watch/-EnTLGMJqqK,
http://www.playvid.com/watch/7DRZfebQF9F, http://www.playvid.com/watch/Ah6T3GHNTGP, http://www.playvid.com/watch/N6GPGaWx85e,
http://www.playvid.com/watch/spurMwu6spD, http://www.playvid.com/watch/gNlu2Ii8SU3, http://www.playvid.com/watch/U6i22eWIdfT,
http://www.playvid.com/watch/vRJinY68GRb, http://www.playvid.com/watch/I-ufm54wud4, http://www.playvid.com/watch/KS0MISSD-Aq,
http://www.playvid.com/watch/CQDlxXMUahL, http://www.playvid.com/watch/HeUMxCwG5rS, http://www.playvid.com/watch/8dgFVRBo-Bp,
http://www.playvid.com/watch/f490kdb9yrA, http://www.playvid.com/watch/evmeDoPOxH9, http://www.playvid.com/watch/Yqw4MGdi8-M,
http://www.playvid.com/watch/xkWK4FqxcBA, http://www.playvid.com/watch/uyoELpFlS9l, http://www.playvid.com/watch/IgaR42CQk-c,
http://www.playvid.com/watch/hR2ttu9yUFu, http://www.playvid.com/watch/4jxDW57WId4, http://www.playvid.com/watch/rTdbGilK4Vt,
http://www.playvid.com/watch/CPReHrZgpON, http://www.playvid.com/watch/f8OJmoZ29vO, http://www.playvid.com/watch/Lz8Wn7qtrXW,
http://www.playvid.com/watch/P8aiJQuh0qP, http://www.playvid.com/watch/9AnxfeKeiJx, http://www.playvid.com/watch/vAYId5Xds-A,
http://www.playvid.com/watch/pBzTXis3RNP, http://www.playvid.com/watch/MPGu0vStAm2, http://www.playvid.com/watch/e7RPXmy3eQH,
http://www.playvid.com/watch/zXMY-P-jnSZ, http://www.playvid.com/watch/G80R9i-EGFz, http://www.playvid.com/watch/KhbUoO6GDmE,
http://www.playvid.com/watch/LTNFnXdO5Sx, http://www.playvid.com/watch/G-r70UUfPhn, http://www.playvid.com/watch/WGOEUZNLQ-U,
http://www.playvid.com/watch/wwtxjrtIWJ2, http://www.playvid.com/watch/aeAvWeB5icM, http://www.playvid.com/watch/qSoAsPkZNmL,
http://www.playvid.com/watch/jNBwXtXqJRX, http://www.playvid.com/watch/YQipRVQnFK3, http://www.playvid.com/watch/u9uSLMgj-rT,
http://www.playvid.com/watch/fQgo-ARTJZ7, http://www.playvid.com/watch/8AjwMKn68f8, http://www.playvid.com/watch/BvJfQ6FIsMP,
http://www.playvid.com/watch/EUnWvI7KEJL, http://www.playvid.com/watch/LvDcjsNrcnl, http://www.playvid.com/watch/-WEo9OcNMf2,
http://www.playvid.com/watch/prhZaC7874y, http://www.playvid.com/watch/swzSTaGcsw3, http://www.playvid.com/watch/yIfwa9BuK52,
http://www.playvid.com/watch/6a93pfj-jlF, http://www.playvid.com/watch/bP7aKNFIqXS, http://www.playvid.com/watch/QXRTA63DzMQ,
http://www.playvid.com/watch/lKBPuLnEqH2, http://www.playvid.com/watch/ymh-oCz006I, http://www.playvid.com/watch/eeHK9e0smw8,
http://www.playvid.com/watch/0PxqRJIHU-8, http://www.playvid.com/watch/2kjmtH-kNn4, http://www.playvid.com/watch/vf7V796SLMU,
http://www.playvid.com/watch/xDXGpmaAjvX, http://www.playvid.com/watch/LAyD-eqQYQL, http://www.playvid.com/watch/og2f-rcggC-,
http://www.playvid.com/watch/D7OjWFv-GSV, http://www.playvid.com/watch/WxRvY8WBKi2, http://www.playvid.com/watch/vDYGLUlsFVh,
http://www.playvid.com/watch/uy7kolu0sab, http://www.playvid.com/watch/kgavA9jvO8b, http://www.playvid.com/watch/3Hb6YEEhLn8,
http://www.playvid.com/watch/uWnehCa6oX8, http://www.playvid.com/watch/RX8QbAg3qcB, http://www.playvid.com/watch/ZMiOVfcQDwS,
http://www.playvid.com/watch/OuVjtGc6AXS, http://www.playvid.com/watch/-42AYtgUNC0, http://www.playvid.com/watch/XtNGJqqFceb,
http://www.playvid.com/watch/OetbVP0TBsu, http://www.playvid.com/watch/GUoI6S0cGwE, http://www.playvid.com/watch/GBjMMNjsziV,
http://www.playvid.com/watch/g6Bc-9ZH2Aa, http://www.playvid.com/watch/ifCpewm8cXL, http://www.playvid.com/watch/t9SVlZ7gKm4,
http://www.playvid.com/watch/-N5VQgMf5ZW, http://www.playvid.com/watch/qXXfPZMwgXG, http://www.playvid.com/watch/0U4sHswOFSD,
http://www.playvid.com/watch/BxSp678JlIG, http://www.playvid.com/watch/VQNc4zxwK8s, http://www.playvid.com/watch/4qyr-ywsUMW,
http://www.playvid.com/watch/WWliWDLEmXs, http://www.playvid.com/watch/RqdibdBYgzc, http://www.playvid.com/watch/RN5IzHzPGcm,
http://www.playvid.com/watch/ARmAMGzhUe4, http://www.playvid.com/watch/vzJNt5gZJaH, http://www.playvid.com/watch/S8VyDmqMAv5,
http://www.playvid.com/watch/9KDV02ZxGtf, http://www.playvid.com/watch/t2DYr4IomtM, http://www.playvid.com/watch/tuuM96lHzL4,
http://www.playvid.com/watch/aGyDTYaMlnS, http://www.playvid.com/watch/4BlTjvD74Qr, http://www.playvid.com/watch/oxh4PVqQ464,
http://www.playvid.com/watch/fSVLI6ziIWt, http://www.playvid.com/watch/JJpMcCXR2TY, http://www.playvid.com/watch/uNihgiPzJVs,
http://www.playvid.com/watch/nlDK06oYxBV, http://www.playvid.com/watch/RjrnI82Jlqw, http://www.playvid.com/watch/5KkfrumwwEM,
http://www.playvid.com/watch/bS0OtYy5BZE, http://www.playvid.com/watch/IVmX9VfZ2S9, http://www.playvid.com/watch/thkJEKp7Qj0,
http://www.playvid.com/watch/eXnmr-85cl6, http://www.playvid.com/watch/OagE7s240uj, http://www.playvid.com/watch/OA4xjZ6Aji3,
http://www.playvid.com/watch/tvtLhUR9jPH, http://www.playvid.com/watch/aHC8II4EcXN, http://www.playvid.com/watch/EAY5zyjN9Jt,
http://www.playvid.com/watch/L0eSYmjIuTR, http://www.playvid.com/watch/TaFfnhHrArf, http://www.playvid.com/watch/HvUWp2JffbX,
http://www.playvid.com/watch/6Kx9ULaw4mO, http://www.playvid.com/watch/M7hb-3chTvM, http://www.playvid.com/watch/fmqKvEwey-V,
http://www.playvid.com/watch/5r0vSIgfv9v, http://www.playvid.com/watch/GJkjO-sBCdp, http://www.playvid.com/watch/AptxgKYKXZg,
http://www.playvid.com/watch/tpq-5zbk-vG, http://www.playvid.com/watch/EZcAsEUpHNF, http://www.playvid.com/watch/omGEVuj-XKd,
http://www.playvid.com/watch/dYFh5xHBCzV, http://www.playvid.com/watch/Us2WClPHypG, http://www.playvid.com/watch/3zEM8JtiNgV,
http://www.playvid.com/watch/GGdHHiskGZS, http://www.playvid.com/watch/HoitAmTV-e6, http://www.playvid.com/watch/6n56RNIWBto,
http://www.playvid.com/watch/fqxpk5Ytq0E, http://www.playvid.com/watch/NV0TplgCUes, http://www.playvid.com/watch/EcJ6SRy9D-8,
http://www.playvid.com/watch/fzR3agHzgdi, http://www.playvid.com/watch/rydHsIb-rXQ, http://www.playvid.com/watch/fbIDR76-WK4,
http://www.playvid.com/watch/yRdNKjyC37W, http://www.playvid.com/watch/3o0ZEzaShfM, http://www.playvid.com/watch/AJ4qNQkF0mn,
http://www.playvid.com/watch/WPiQGip479j, http://www.playvid.com/watch/aroCzIoLTI6, http://www.playvid.com/watch/phhjUDwhLPh,
http://www.playvid.com/watch/cEzrump2Niu, http://www.playvid.com/watch/JVPJf-HbOxt, http://www.playvid.com/watch/K5rB2wPE4kU,
http://www.playvid.com/watch/yZYhjOdGfvY, http://www.playvid.com/watch/-EpiDAfMd4W, http://www.playvid.com/watch/jicwv45k-Jn,
http://www.playvid.com/watch/VpQNrLyy0zU, http://www.playvid.com/watch/yU4CX6rsDqD, http://www.playvid.com/watch/kXNqOb9C9hv,
http://www.playvid.com/watch/jDsZLLfgjWI, http://www.playvid.com/watch/jgWuitFp6wK, http://www.playvid.com/watch/sapBDJYfBog,
http://www.playvid.com/watch/MNwQFfslNc0, http://www.playvid.com/watch/yTCIhL3vFnM, http://www.playvid.com/watch/uijt72VssQ4,
http://www.playvid.com/watch/3FvmyAaJsV-, http://www.playvid.com/watch/xkxFHvzkZoM, http://www.playvid.com/watch/jw3iHZtEXdu,

http://www.playvid.com/watch/SWKESCwbVjN, http://www.playvid.com/watch/IYb0v0LRLwW, http://www.playvid.com/watch/ejE34B6rypI,
http://www.playvid.com/watch/7oR4RUyzHsM, http://www.playvid.com/watch/FAsk2-L-mYp, http://www.playvid.com/watch/LMZAV7eP2J2,
http://www.playvid.com/watch/lj3ebnSAPh3, http://www.playvid.com/watch/VAxO49lkYq3, http://www.playvid.com/watch/E-afK7cxUJ8,
http://www.playvid.com/watch/cDkv8Kp23ez, http://www.playvid.com/watch/2XwVvrFLR6R, http://www.playvid.com/watch/Ha00WKygPFo,
http://www.playvid.com/watch/50eyIvIkn5B, http://www.playvid.com/watch/8dMPyh8RWwf, http://www.playvid.com/watch/p7hVch-KU-v,
http://www.playvid.com/watch/HY6U97KwFSF, http://www.playvid.com/watch/bApdfYDPB3W, http://www.playvid.com/watch/76MBd2sv0wF,
http://www.playvid.com/watch/qWOuiYT9N0h, http://www.playvid.com/watch/nNChPQoUGtJ, http://www.playvid.com/watch/nnWUSN46M5V,
http://www.playvid.com/watch/nQMHgp69Pvv, http://www.playvid.com/watch/5BsOhvPD9wv, http://www.playvid.com/watch/4kfsc4OYp7t,
http://www.playvid.com/watch/jeIszpKmmCZ, http://www.playvid.com/watch/ZroZ2BFBveM, http://www.playvid.com/watch/XHiDR4an-9T,
http://www.playvid.com/watch/009ygmTXq7g, http://www.playvid.com/watch/F7XL2vHCT0f, http://www.playvid.com/watch/HtjHFgRQmhl,
http://www.playvid.com/watch/V58xqTHSUZE, http://www.playvid.com/watch/tWv9AAwLqUL, http://www.playvid.com/watch/8EVJ9vSgx6Q,
http://www.playvid.com/watch/zNHtfBoyR-s, http://www.playvid.com/watch/4bExVjYfofq, http://www.playvid.com/watch/Sr3l0Mwy9jh,
http://www.playvid.com/watch/WMP9hEk45vo, http://www.playvid.com/watch/pHvHrL5MYuu, http://www.playvid.com/watch/AMFMI3y67zJ,
http://www.playvid.com/watch/62TT2-wOPzc, http://www.playvid.com/watch/w8EkmbT07IL, http://www.playvid.com/watch/MYHBRPki4bN,
http://www.playvid.com/watch/tkXQ7kVerbH, http://www.playvid.com/watch/krO5sE-rcaF, http://www.playvid.com/watch/5fH3f-BFnVu,
http://www.playvid.com/watch/keoIq5gviQ0, http://www.playvid.com/watch/QdYYQQ4a-Mm, http://www.playvid.com/watch/dLnX5oGDz46,
http://www.playvid.com/watch/6gDT5djIKjk, http://www.playvid.com/watch/swwOstaEfRD, http://www.playvid.com/watch/5wzr0UDyYck,
http://www.playvid.com/watch/BTrN2m3Cod8, http://www.playvid.com/watch/KkA8MgrKfwn, http://www.playvid.com/watch/btqPm2dXJr9,
http://www.playvid.com/watch/AObPLu3ABkP, http://www.playvid.com/watch/PtUublG79sq, http://www.playvid.com/watch/qfG-F0OnEhI,
http://www.playvid.com/watch/WksMygCWt9Z, http://www.playvid.com/watch/a6P29G2wXku, http://www.playvid.com/watch/BPm9GEzeeRY,
http://www.playvid.com/watch/PbHSd09x-Db, http://www.playvid.com/watch/ujoASX68HZs, http://www.playvid.com/watch/LdGnte-GY3d,
http://www.playvid.com/watch/NfOZfuHfbPm, http://www.playvid.com/watch/dw6p2S7zP6r, http://www.playvid.com/watch/4-Zzr3AQAgA,
http://www.playvid.com/watch/YM4aODM8BP4, http://www.playvid.com/watch/6ORjzcVneP4, http://www.playvid.com/watch/vXtWhTSiDLt,
http://www.playvid.com/watch/5rkztMYW2EK, http://www.playvid.com/watch/hezGyJMS9qL, http://www.playvid.com/watch/MtbHJHIqtB8,
http://www.playvid.com/watch/c39RC9WU4f3, http://www.playvid.com/watch/LGEG9d5HhRY, http://www.playvid.com/watch/aIhL2w-Mpqf,
http://www.playvid.com/watch/mPGReqQAYUY, http://www.playvid.com/watch/jXle35GGi6V, http://www.playvid.com/watch/ScCyQpIkwAv,
http://www.playvid.com/watch/7RUBD6LOKAY, http://www.playvid.com/watch/aDBVafKeOk0, http://www.playvid.com/watch/T5a5D3SVgZ7,
http://www.playvid.com/watch/WYRsCFIR8wv, http://www.playvid.com/watch/4chI0kcjYvx, http://www.playvid.com/watch/MbTucBDmIaO,
http://www.playvid.com/watch/f5zbQUvWqqA, http://www.playvid.com/watch/PIRi8xxFIT6, http://www.playvid.com/watch/YmnEzma4Mf9,
http://www.playvid.com/watch/EKQKXtbXcPa, http://www.playvid.com/watch/Urbsr7pABxy, http://www.playvid.com/watch/BgMtJbXmPlb,
http://www.playvid.com/watch/oRCwMnpMcP4, http://www.playvid.com/watch/xGv50MQUwed, http://www.playvid.com/watch/lpBgJ7dtUBO,
http://www.playvid.com/watch/LVZUfVHICDK, http://www.playvid.com/watch/7JpvxYGZO78, http://www.playvid.com/watch/ZTCOGO-nqAe,
http://www.playvid.com/watch/FHtxRGrkgNA, http://www.playvid.com/watch/cVecvVHca0v, http://www.playvid.com/watch/jbQ9AqToOdI,
http://www.playvid.com/watch/9Bop0FmBrS3, http://www.playvid.com/watch/7BYaV65y7p3, http://www.playvid.com/watch/tPACQGT6s4-,
http://www.playvid.com/watch/VyL988TDoYX, http://www.playvid.com/watch/Dtj0KE7eMJW, http://www.playvid.com/watch/Soe2bsGubo8,
http://www.playvid.com/watch/FFpd00Wb4RJ, http://www.playvid.com/watch/k8uLBIsIpsd, http://www.playvid.com/watch/BkdJQTefO7n,
http://www.playvid.com/watch/qgRbCk8wuUC, http://www.playvid.com/watch/wAIf7XTPag8, http://www.playvid.com/watch/pwYZphdAvqf,
http://www.playvid.com/watch/hJJ7CosD5i3, http://www.playvid.com/watch/ptOfyFXnCmx, http://www.playvid.com/watch/8zixyqMibRu,
http://www.playvid.com/watch/3ScvmpW8VX9, http://www.playvid.com/watch/OefNgbg-dI-, http://www.playvid.com/watch/B0usCdm9Aaj,
http://www.playvid.com/watch/CwqzOpsjhTK, http://www.playvid.com/watch/azG0AzSFgaM, http://www.playvid.com/watch/ujCe8dd0Yrz,
http://www.playvid.com/watch/RdmIlqPRfdE, http://www.playvid.com/watch/OHgWZknJjde, http://www.playvid.com/watch/r-2gIchTbgb,
http://www.playvid.com/watch/MR20ffvXcQQ, http://www.playvid.com/watch/i8z4NYXvlP5, http://www.playvid.com/watch/wfes8o76wgh,
http://www.playvid.com/watch/kWWxZR8Fxax, http://www.playvid.com/watch/224irnOvFK-, http://www.playvid.com/watch/OU8ksOc9nM5,
http://www.playvid.com/watch/VF7a-hPlBxI, http://www.playvid.com/watch/OM9UTJTz7jt, http://www.playvid.com/watch/uGr36dDAIZf,
http://www.playvid.com/watch/ariHkrrPxnm, http://www.playvid.com/watch/TXmGjCMyZWv, http://www.playvid.com/watch/HfLzePQYnrh,
http://www.playvid.com/watch/cI3zGUJwRz7, http://www.playvid.com/watch/xsrZzx8Ma74, http://www.playvid.com/watch/bhMt9WJvjpu,
http://www.playvid.com/watch/Kz86t4CrZkB, http://www.playvid.com/watch/bptLYEnoKzD, http://www.playvid.com/watch/P3L0GXH55a0,
http://www.playvid.com/watch/JymMxodnJMu, http://www.playvid.com/watch/WrX9-5teqZm, http://www.playvid.com/watch/aOMTxpoBPnK,
http://www.playvid.com/watch/h4Yv2caCGNM, http://www.playvid.com/watch/ayUXC4I9TKL, http://www.playvid.com/watch/lhsd9xitkla,
http://www.playvid.com/watch/gS2x0C-SPrK, http://www.playvid.com/watch/wElur0FiOcI, http://www.playvid.com/watch/IMU0FQ49gCY,
http://www.playvid.com/watch/ZmUFWrkh6ay, http://www.playvid.com/watch/PPgaXvs5yae, http://www.playvid.com/watch/n47u-XaJUPz,
http://www.playvid.com/watch/VLrnACvyTcU, http://www.playvid.com/watch/AItcezINpkL, http://www.playvid.com/watch/2QxzE5r029s,
http://www.playvid.com/watch/o9t2acWi8td, http://www.playvid.com/watch/jL-Bif-uTN0, http://www.playvid.com/watch/cPTuUF8y4m8,
http://www.playvid.com/watch/GqDkl2tM0sH, http://www.playvid.com/watch/k-xm5MTex5H, http://www.playvid.com/watch/FVTH-Qr3iV2,
http://www.playvid.com/watch/XZ2CUdGpi6p, http://www.playvid.com/watch/TMqaDUzZ3uL, http://www.playvid.com/watch/kMjkEFaLoHu,
http://www.playvid.com/watch/QuyJP5lnnla, http://www.playvid.com/watch/DYky-J7eTpS, http://www.playvid.com/watch/8aR87L7Mjqi,
http://www.playvid.com/watch/C5bDnzpTLP3, http://www.playvid.com/watch/CSxTSIpvxYf, http://www.playvid.com/watch/IylQ8MYqu73,
http://www.playvid.com/watch/86Q4w-GpU4B, http://www.playvid.com/watch/MQjXRi0Ckl7, http://www.playvid.com/watch/VW8eBQxJOh8,
http://www.playvid.com/watch/6Y2yEeCS70e, http://www.playvid.com/watch/kBWd7wkAcrp, http://www.playvid.com/watch/2JXZUVFtC50,
http://www.playvid.com/watch/AaxsECrJI9F, http://www.playvid.com/watch/Z9t9Xok5E9G, http://www.playvid.com/watch/VEjREfWFlhI,
http://www.playvid.com/watch/0Fzl2LaZ6Ux, http://www.playvid.com/watch/zIe643wmYNe, http://www.playvid.com/watch/U0XPQmgSTfP,
http://www.playvid.com/watch/-uk3qBVbLcD
5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: playvid32
5.b. Uploader's email address: playvid@web.de
5.d. Uploader's profile: http://www.playvid.com/member/playvid32
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aOitCa4x7Bo, http://www.playvid.com/watch/oyVrVudAlIP,
http://www.playvid.com/watch/Xjww8wl7xyR, http://www.playvid.com/watch/sq59l5BmLSt, http://www.playvid.com/watch/qMZI2v-lsAz,
http://www.playvid.com/watch/FqDM6yYXfAQ, http://www.playvid.com/watch/nRm7zmfYbIm, http://www.playvid.com/watch/ef6Pxm-JBu8,
http://www.playvid.com/watch/KfAJ-SIN4RY, http://www.playvid.com/watch/DEHkHaJcYjw, http://www.playvid.com/watch/RAvXneydTa7,
http://www.playvid.com/watch/h5WIQPHm50a, http://www.playvid.com/watch/ANbuzlc-yfn, http://www.playvid.com/watch/DQm8Kyc4mDo,
http://www.playvid.com/watch/cGg2neSmh8R, http://www.playvid.com/watch/nsO2Z2lp-Bs, http://www.playvid.com/watch/fSBzY97pHW-
5.f. Date of third notice: 2014-02-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Pompito
5.b. Uploader's email address: cuenta_chanta2@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Pompito
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qX7VCKLU6th, http://www.playvid.com/watch/0Ii-hwRrlcG,
http://www.playvid.com/watch/4vp3Dm65E-5, http://www.playvid.com/watch/Y3jgQpWCixp, http://www.playvid.com/watch/LD88oFBCIFi,
http://www.playvid.com/watch/DKgdJ2Vvs8G, http://www.playvid.com/watch/vyTKV9hbinP, http://www.playvid.com/watch/4nHZREuSyyC,
http://www.playvid.com/watch/3yp8sLOTK-I, http://www.playvid.com/watch/XRcay2KwNY4, http://www.playvid.com/watch/fdXdiqZ6IkK,
http://www.playvid.com/watch/QMBkAWGEq4D, http://www.playvid.com/watch/IPrzvx3J1Kd, http://www.playvid.com/watch/5cV4PA9XiJV,
http://www.playvid.com/watch/tUohAW9RsxZ, http://www.playvid.com/watch/IQMztSGA4my, http://www.playvid.com/watch/dPXRXgw08Ig,
http://www.playvid.com/watch/TP-PC1Cxdyl, http://www.playvid.com/watch/ZZ9sR1fTjv9, http://www.playvid.com/watch/k6aWLsv9woQ,
http://www.playvid.com/watch/AlQnDadj1kF, http://www.playvid.com/watch/5lmmI6eVZSb, http://www.playvid.com/watch/nXjEQmxNbO4
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Porn2014
5.b. Uploader's email address: webmaster@porn2014.com
5.d. Uploader's profile: http://www.playvid.com/member/Porn2014
5.e. List of videos posted by uploader: http://www.playvid.com/watch/OXRLfcIIu0g, http://www.playvid.com/watch/ime-BiA6wTy,
http://www.playvid.com/watch/hy7HMyIx9YZ, http://www.playvid.com/watch/mxg5mJGweDT, http://www.playvid.com/watch/I2YrkBokdNP,

http://www.playvid.com/watch/jAgdcH5A7aY, http://www.playvid.com/watch/5rr7Hu7nVXz, http://www.playvid.com/watch/hjOvNZNZ-tR,
http://www.playvid.com/watch/wufmlCaWCC3, http://www.playvid.com/watch/9ii4nLrVInr, http://www.playvid.com/watch/JD7qDv5QKtM,
http://www.playvid.com/watch/X8HXbYmfjOO, http://www.playvid.com/watch/CO0kDXUI5vg, http://www.playvid.com/watch/yHYvUNBjzib,
http://www.playvid.com/watch/BFjSpTfBEtx, http://www.playvid.com/watch/fxMwiIPSC4f, http://www.playvid.com/watch/Qn4zC7-Xgps,
http://www.playvid.com/watch/fGC-O-AtOtS, http://www.playvid.com/watch/0Fdp3qDttcv, http://www.playvid.com/watch/j2juc-igTd0,
http://www.playvid.com/watch/Di0TEXoVbUU, http://www.playvid.com/watch/Vp-mnf3kroO, http://www.playvid.com/watch/hTue99jYnZh,
http://www.playvid.com/watch/42OLJNFMDqz, http://www.playvid.com/watch/yBuXLW3cOQ9, http://www.playvid.com/watch/88LLaf3vadn,
http://www.playvid.com/watch/FCwoN9pkY5n, http://www.playvid.com/watch/IeIBsBWqbOo, http://www.playvid.com/watch/itFwREILW0a,
http://www.playvid.com/watch/isgWoj7ASno, http://www.playvid.com/watch/6OzrRzRiijt, http://www.playvid.com/watch/LA9OIOmXJcf,
http://www.playvid.com/watch/pShKZYD37JP, http://www.playvid.com/watch/YxcWxnk5lhB, http://www.playvid.com/watch/BPHM5bAUHEb,
http://www.playvid.com/watch/pTPg9OseHvR, http://www.playvid.com/watch/2dSm7omKTJZ, http://www.playvid.com/watch/yT4FZerzr37,
http://www.playvid.com/watch/XwGuPu77Uzq, http://www.playvid.com/watch/DhNwLJhE4lo, http://www.playvid.com/watch/mX9DfUYMgVW,
http://www.playvid.com/watch/hCkbjKJEcEo, http://www.playvid.com/watch/giKLgiqfxRF, http://www.playvid.com/watch/0Z5LJIVqqQU,
http://www.playvid.com/watch/LnOVkwz5r3k, http://www.playvid.com/watch/IKoIRTDa0ch, http://www.playvid.com/watch/sG-sIzWfZGR,
http://www.playvid.com/watch/0PqGM5zxpE6, http://www.playvid.com/watch/GnqEam6c9-a, http://www.playvid.com/watch/anpgSNnDSV3,
http://www.playvid.com/watch/kQyRwvlWuGt, http://www.playvid.com/watch/ZBa9ysNZN7C, http://www.playvid.com/watch/fzGPciQ5-mK,
http://www.playvid.com/watch/gAfcMpc6cu8, http://www.playvid.com/watch/qBtOyw-j3d0, http://www.playvid.com/watch/rToGFjhsHjE,
http://www.playvid.com/watch/QSqa7g3keiE, http://www.playvid.com/watch/xITmwaN6BkZ, http://www.playvid.com/watch/Yu6NFzUMhwo,
http://www.playvid.com/watch/WrUYcmQA7VJ, http://www.playvid.com/watch/6IEdXVFebOh, http://www.playvid.com/watch/lTR-VuMAVfS,
http://www.playvid.com/watch/dOshhdrhPbJ, http://www.playvid.com/watch/hi4jKxtYoTx, http://www.playvid.com/watch/UHEVgDLMDiS,
http://www.playvid.com/watch/z5IgPfSVS6-, http://www.playvid.com/watch/buXd3KrxS3m, http://www.playvid.com/watch/qpHPjTpWJ-z,
http://www.playvid.com/watch/YmJ8IC6667L, http://www.playvid.com/watch/upJ5zxqthpe, http://www.playvid.com/watch/gq8NiK5D9jc,
http://www.playvid.com/watch/yAizvaOJ-gG, http://www.playvid.com/watch/IAawE9Gxtex, http://www.playvid.com/watch/3hmMIzOYKIX,
http://www.playvid.com/watch/qg9ly9aS7Fb, http://www.playvid.com/watch/p8KJmokdpFC, http://www.playvid.com/watch/hKI2IcTj5ZW,
http://www.playvid.com/watch/LO2HJeZ0tO8, http://www.playvid.com/watch/95JDxwnJpWj, http://www.playvid.com/watch/8FAxXTt-2HZ,
http://www.playvid.com/watch/PGrpJk7KbGW, http://www.playvid.com/watch/bFL4qNTB3s5, http://www.playvid.com/watch/WP3TMvq54dd,
http://www.playvid.com/watch/AbErBjVlQTT, http://www.playvid.com/watch/fAXEfnw6xQ6, http://www.playvid.com/watch/TcSIZQkkV5v,
http://www.playvid.com/watch/dDpx426P9A5, http://www.playvid.com/watch/Vk8AgroPeYn, http://www.playvid.com/watch/BliiJj3-BXh,
http://www.playvid.com/watch/wN0BhKEvMBa, http://www.playvid.com/watch/vnksIeP3li8, http://www.playvid.com/watch/2AagBlRmfyV,
http://www.playvid.com/watch/swIczjgVQmr, http://www.playvid.com/watch/PpJ7vXqPUo8, http://www.playvid.com/watch/-VxZZiHZ0He,
http://www.playvid.com/watch/eSiQKDp4ZdB, http://www.playvid.com/watch/iDqwZNnAxj5, http://www.playvid.com/watch/ZrmXQTR2q4F,
http://www.playvid.com/watch/ccJPlJ8Jyvt, http://www.playvid.com/watch/8WkxxYxuBZp, http://www.playvid.com/watch/hWsM7Eu7dKY,
http://www.playvid.com/watch/QobbAoxs3r7, http://www.playvid.com/watch/t5J2eDEpyj6, http://www.playvid.com/watch/a9DoO7w6XN6,
http://www.playvid.com/watch/3EaWKjrNJhU, http://www.playvid.com/watch/-iKGsaXKfVu, http://www.playvid.com/watch/MoOjfRUU5Hc,
http://www.playvid.com/watch/atN7pqyIkk4, http://www.playvid.com/watch/r0BS4LtgbrA, http://www.playvid.com/watch/us5Jvw7WPGT,
http://www.playvid.com/watch/TufccpnpJYf, http://www.playvid.com/watch/lVs0t237Xd4, http://www.playvid.com/watch/95UnLs74qpP,
http://www.playvid.com/watch/DKHiSw7i8jD, http://www.playvid.com/watch/KmrFi3tdQ6f, http://www.playvid.com/watch/TvyKv7xRBcM,
http://www.playvid.com/watch/LEKPVtJAJre, http://www.playvid.com/watch/66wijm6xggQ, http://www.playvid.com/watch/YAtbO6aLSqO,
http://www.playvid.com/watch/hnjuaFYcQUG, http://www.playvid.com/watch/7o0Nj0teuRg, http://www.playvid.com/watch/yE7uYUY5xsE,
http://www.playvid.com/watch/INOAXXm5ifU, http://www.playvid.com/watch/CNstPwn5jFR, http://www.playvid.com/watch/nHkFFsFPo0e,
http://www.playvid.com/watch/HXJeeZerk04, http://www.playvid.com/watch/VPtas-NwlGq, http://www.playvid.com/watch/gQc7ojsJ-z0,
http://www.playvid.com/watch/74xnm8cFpcf, http://www.playvid.com/watch/wmBZHSsofdT, http://www.playvid.com/watch/Z5B-AzgTdFJ,
http://www.playvid.com/watch/QxgysSRcFk0, http://www.playvid.com/watch/R3rKiRZea8p, http://www.playvid.com/watch/TwzX3BctnC9,
http://www.playvid.com/watch/jdhFwKUdbq3, http://www.playvid.com/watch/PUkTKjEx2h0, http://www.playvid.com/watch/3uGcr3WwYVc,
http://www.playvid.com/watch/y9QcpHuwepS, http://www.playvid.com/watch/zCHvk8ijGwD, http://www.playvid.com/watch/ariQ0NlSWj3,
http://www.playvid.com/watch/3ZHGxaax0Zu, http://www.playvid.com/watch/gcFfjz4F0lN, http://www.playvid.com/watch/EeMbb9S5nXS,
http://www.playvid.com/watch/5YuDQQVxpHq, http://www.playvid.com/watch/DKapwBf0zQh, http://www.playvid.com/watch/qXfqFygiGHb,
http://www.playvid.com/watch/M5RgOZkAuAW, http://www.playvid.com/watch/dZuqGdFqTBe, http://www.playvid.com/watch/6Ofb0tylpza,
http://www.playvid.com/watch/Cnq8En5uUQ3, http://www.playvid.com/watch/xEDysiwqWrm, http://www.playvid.com/watch/KOfOxdFcFYi,
http://www.playvid.com/watch/MvZqaJN5FnJ, http://www.playvid.com/watch/ZtMmlBZmnhR, http://www.playvid.com/watch/9mZpmUcN59E,
http://www.playvid.com/watch/FjCfEPvwdGQ, http://www.playvid.com/watch/XjLM3b-FQm2, http://www.playvid.com/watch/bCUAbsZbEqp,
http://www.playvid.com/watch/PNF2QM2P8GA, http://www.playvid.com/watch/KgwzQQeBYdV, http://www.playvid.com/watch/hz3MTaG402X,
http://www.playvid.com/watch/2BWMKMYonYd, http://www.playvid.com/watch/69cf5U6jhup, http://www.playvid.com/watch/x7zFduYuNkq,
http://www.playvid.com/watch/gmURqNnnbei, http://www.playvid.com/watch/3Tt5wXkA2kB, http://www.playvid.com/watch/DT-BQhl7ovt,
http://www.playvid.com/watch/FrI3oHTKXRN, http://www.playvid.com/watch/6PnpcX5zHdd, http://www.playvid.com/watch/Cv984ziiy26,
http://www.playvid.com/watch/dgFZpMtHNmv, http://www.playvid.com/watch/psFg6XwkPMF, http://www.playvid.com/watch/WEOWUUQnisL,
http://www.playvid.com/watch/lXvZNocRFAy, http://www.playvid.com/watch/s2lSrbkfzpL, http://www.playvid.com/watch/K646FwXW65s,
http://www.playvid.com/watch/iXvdoi4002K, http://www.playvid.com/watch/VjHvG-WHp8u, http://www.playvid.com/watch/TuXuKgb7E4B,
http://www.playvid.com/watch/yxNy8qFoQf5, http://www.playvid.com/watch/Y7vGEGjpy6I, http://www.playvid.com/watch/aZlnpbwsnWW,
http://www.playvid.com/watch/SjwrZ2BjI6U, http://www.playvid.com/watch/U3eF8BFHhzp, http://www.playvid.com/watch/7nAOyj-prIb,
http://www.playvid.com/watch/EyFqtVyfe-c, http://www.playvid.com/watch/dZBdMCBLrDb, http://www.playvid.com/watch/O3fdT02Klnd,
http://www.playvid.com/watch/lMTGi9dHWwI, http://www.playvid.com/watch/nHz6qNvqWsx, http://www.playvid.com/watch/7rNiEt45bRN,
http://www.playvid.com/watch/ZBdmThoYMH8, http://www.playvid.com/watch/dXVrDrQWEMW, http://www.playvid.com/watch/DnquTiCOXYP,
http://www.playvid.com/watch/ZIkxoB2Bb2c, http://www.playvid.com/watch/z5VxEy82Yu3, http://www.playvid.com/watch/2QX-HkIJlUv,
http://www.playvid.com/watch/8KWGBOgW2eX, http://www.playvid.com/watch/vbsLLswkuiT, http://www.playvid.com/watch/ZzhJaOcOZNU,
http://www.playvid.com/watch/0M0aeyGFWg-, http://www.playvid.com/watch/M9HKxBirUnz, http://www.playvid.com/watch/YCxdWfK5ksJ,
http://www.playvid.com/watch/dG4cElF0WJR, http://www.playvid.com/watch/rvnS-qG68Do, http://www.playvid.com/watch/Yvi0J8y3ZiX,
http://www.playvid.com/watch/wGAp-5RRZGh, http://www.playvid.com/watch/wMAGOvFsrZJ, http://www.playvid.com/watch/0l-equIwUok,
http://www.playvid.com/watch/Aqt0PsTaPpB, http://www.playvid.com/watch/-si4pTUnRRs, http://www.playvid.com/watch/LovCkSM-NNV,
http://www.playvid.com/watch/xbxQSLoCCSW, http://www.playvid.com/watch/vDLWX0iqZpi, http://www.playvid.com/watch/FEJlQIfBjFZ,
http://www.playvid.com/watch/MdrbCef7t95, http://www.playvid.com/watch/aB55JfytUi6, http://www.playvid.com/watch/6r-2dKdAWPR,
http://www.playvid.com/watch/0n2VIH8oULz, http://www.playvid.com/watch/7OZLfpJVpSY, http://www.playvid.com/watch/GoubVPjLJuP,
http://www.playvid.com/watch/LA7OhXcw5Fh, http://www.playvid.com/watch/PEcQdUlxjYN, http://www.playvid.com/watch/qNeHhP7qNQo,
http://www.playvid.com/watch/2pM2lIKvwAf, http://www.playvid.com/watch/lmxGaAlDwxT, http://www.playvid.com/watch/gxsSJcBOXmp,
http://www.playvid.com/watch/bRnmVv6xOPq, http://www.playvid.com/watch/XZN7hugec5I, http://www.playvid.com/watch/opRyHTJx3Fd,
http://www.playvid.com/watch/K-BJAzQ4o5g, http://www.playvid.com/watch/PqeXgspSA3r, http://www.playvid.com/watch/Bl9MeJn5dqC,
http://www.playvid.com/watch/v6dHkFHrsJe, http://www.playvid.com/watch/YAAA8iDDppK, http://www.playvid.com/watch/-GRJKTQxCRJ,
http://www.playvid.com/watch/0Nmc74hAdpz, http://www.playvid.com/watch/GMhgz4XkiZY, http://www.playvid.com/watch/LdtnKgnSCtz,
http://www.playvid.com/watch/sNOhcs-tFHN, http://www.playvid.com/watch/r0OZeqOJKmD, http://www.playvid.com/watch/a4G-T39GpUX,
http://www.playvid.com/watch/gEBOnbvyRbV, http://www.playvid.com/watch/-YLkLH9A0Cq, http://www.playvid.com/watch/pu9OdLCS6jW,
http://www.playvid.com/watch/m6bPnC3lyp7, http://www.playvid.com/watch/isD7A2LzQ37, http://www.playvid.com/watch/WmvVapyglOI,
http://www.playvid.com/watch/bEnR5fT7DDG, http://www.playvid.com/watch/Zs86zZpdWRe, http://www.playvid.com/watch/8afT0xOMXmX,
http://www.playvid.com/watch/GgNS5YHWamD, http://www.playvid.com/watch/QZxiRNBrIon, http://www.playvid.com/watch/Gve80OoDRrc,
http://www.playvid.com/watch/4Brld6hwomT, http://www.playvid.com/watch/zHcXfdSYtSJ, http://www.playvid.com/watch/tH8VkOS3wtv,
http://www.playvid.com/watch/TSHxK52tetg, http://www.playvid.com/watch/ljwqlaHdNmR, http://www.playvid.com/watch/L8-YhJOU0Hk,
http://www.playvid.com/watch/w2ysPIYm-P0, http://www.playvid.com/watch/50sG3QLkM3A, http://www.playvid.com/watch/PwMiSyTdEV6,
http://www.playvid.com/watch/BImFjHyhKD2, http://www.playvid.com/watch/8qK9OmCSh4c, http://www.playvid.com/watch/cSxSiEtE49z,
http://www.playvid.com/watch/OKeOplFZ87g, http://www.playvid.com/watch/zFqrjFkGlRT, http://www.playvid.com/watch/JubyXadsgJV,
http://www.playvid.com/watch/3en5jqvcAgr, http://www.playvid.com/watch/8jgljJTrHzR, http://www.playvid.com/watch/yuCIaJFWuwM,
http://www.playvid.com/watch/Uz9SJ5AQlJL, http://www.playvid.com/watch/tuHHCmCuaDa, http://www.playvid.com/watch/JhVdwGSKrki,
http://www.playvid.com/watch/5lNVpL4SLKv, http://www.playvid.com/watch/JyB5NmzROSO, http://www.playvid.com/watch/HNJQW6jpEze,
http://www.playvid.com/watch/kZOUInt6WvI, http://www.playvid.com/watch/Z8VdhkrV4fF, http://www.playvid.com/watch/UCVXPsFgbVi,
http://www.playvid.com/watch/MXWsw3tyQEB, http://www.playvid.com/watch/HxDn-NWPXr8, http://www.playvid.com/watch/oE7hRWIkAB2,
http://www.playvid.com/watch/yA7CiGIrzML, http://www.playvid.com/watch/hSqg7GUBxTf, http://www.playvid.com/watch/A7hXHV3bO8j,
http://www.playvid.com/watch/x0EpKoF-0dg, http://www.playvid.com/watch/MVLcTB4bmG-, http://www.playvid.com/watch/JZVQvmvHAv6,
http://www.playvid.com/watch/zPKd3RCLu8Y, http://www.playvid.com/watch/4tXdZvfumDF, http://www.playvid.com/watch/ZtT4LMjBtIY,

http://www.playvid.com/watch/c7Q87vQuCza, http://www.playvid.com/watch/QS5FF5xKT-s, http://www.playvid.com/watch/9U8wOHKnPEw,
http://www.playvid.com/watch/mi5sLAgtGTb, http://www.playvid.com/watch/plMIYCgQZsK, http://www.playvid.com/watch/gUE7VYECTDL,
http://www.playvid.com/watch/uRiNxzOz3gy, http://www.playvid.com/watch/q28ILVvQMa3, http://www.playvid.com/watch/cbQdKm5oQAJ,
http://www.playvid.com/watch/9eZfRwCv-wz, http://www.playvid.com/watch/QKfNL3HbWfC, http://www.playvid.com/watch/-oXTeQnbFOY,
http://www.playvid.com/watch/eYBkW4wE5Qm, http://www.playvid.com/watch/zNbHbNqfcID, http://www.playvid.com/watch/dfo3K4Zqiac,
http://www.playvid.com/watch/zxwVdY0yWPl, http://www.playvid.com/watch/pcLGexfTZBc, http://www.playvid.com/watch/eeqowemTIzX,
http://www.playvid.com/watch/YwIr3vTgfAc, http://www.playvid.com/watch/Ne2CXJi-SuE, http://www.playvid.com/watch/PBzVfItw3WZ,
http://www.playvid.com/watch/6QlrPQnMJry, http://www.playvid.com/watch/oxvXvPHcQMl, http://www.playvid.com/watch/KfY-6O66ftJ,
http://www.playvid.com/watch/Yhj6yHiSZqf, http://www.playvid.com/watch/w679qOli7Ul, http://www.playvid.com/watch/veJPx-SAay-,
http://www.playvid.com/watch/NnDBsxli0FB, http://www.playvid.com/watch/A7Usx8jAl6L, http://www.playvid.com/watch/hBBKaiEjUYI,
http://www.playvid.com/watch/nMQ9SEHElXo, http://www.playvid.com/watch/xM-ZGu3dNEg, http://www.playvid.com/watch/kjOVgIUC53A,
http://www.playvid.com/watch/Kqy9uqQwPXi, http://www.playvid.com/watch/2CVjUldzIOT, http://www.playvid.com/watch/MynqBK7YE50,
http://www.playvid.com/watch/8jfy6X6KgRB, http://www.playvid.com/watch/nUqS2miz8Ui, http://www.playvid.com/watch/XAYWDdU7FK-,
http://www.playvid.com/watch/LUun3zUQ3on, http://www.playvid.com/watch/AMyhnkVNgbX, http://www.playvid.com/watch/JtJ9dgzUy9q,
http://www.playvid.com/watch/VpdNrbOYKBs, http://www.playvid.com/watch/XSSMAHe8ylw, http://www.playvid.com/watch/qFPFpY6nnwF,
http://www.playvid.com/watch/aEOnmuEx7in, http://www.playvid.com/watch/BIpRS5VaRbI, http://www.playvid.com/watch/PW3p3tzg-nS,
http://www.playvid.com/watch/LRNtNIRJxbf, http://www.playvid.com/watch/8gWFagnuZFv, http://www.playvid.com/watch/HTiTwChSBe5,
http://www.playvid.com/watch/dEnHhYdE0mg, http://www.playvid.com/watch/GqZGJF3DyUf, http://www.playvid.com/watch/S3hoTzLUQ7h,
http://www.playvid.com/watch/LtlACym2pcp, http://www.playvid.com/watch/5p5tnhOREXT, http://www.playvid.com/watch/QBEguIUliD5,
http://www.playvid.com/watch/wMxttd9HLlc, http://www.playvid.com/watch/rRo-EZDEovE, http://www.playvid.com/watch/TFxDyOp0Y5-,
http://www.playvid.com/watch/AsLevbibI2k, http://www.playvid.com/watch/Vye-gPttSQ-, http://www.playvid.com/watch/aG2B7uo4w-A,
http://www.playvid.com/watch/Iqf8edyeiJC, http://www.playvid.com/watch/LFhNM3J6T9b, http://www.playvid.com/watch/yW5UoCQ6Ygs,
http://www.playvid.com/watch/VnknNhdejfL, http://www.playvid.com/watch/riXEyCKCZzG, http://www.playvid.com/watch/d5qcSRGnpHj,
http://www.playvid.com/watch/uZPoGmNgXqt, http://www.playvid.com/watch/WBkD381lFPk, http://www.playvid.com/watch/kxI6TzPrK4b,
http://www.playvid.com/watch/tt0H9-qkO9l, http://www.playvid.com/watch/qgF84IdUiok, http://www.playvid.com/watch/DUdsP55j6JY,
http://www.playvid.com/watch/NmFOMlJIVWf, http://www.playvid.com/watch/mnH2svffnzw, http://www.playvid.com/watch/-N61jwNTZMV,
http://www.playvid.com/watch/PLB9anWee8d, http://www.playvid.com/watch/jTXYpGziiqW, http://www.playvid.com/watch/Tb73eDTfqHZ,
http://www.playvid.com/watch/n-o0ZsbSFsQ, http://www.playvid.com/watch/j0lvuNvnh2x, http://www.playvid.com/watch/GpfZBIyqGbE,
http://www.playvid.com/watch/GPfkOOeWJi9, http://www.playvid.com/watch/rAlYnpMgm88, http://www.playvid.com/watch/-l522yRBgkb,
http://www.playvid.com/watch/fcqwXCa567L, http://www.playvid.com/watch/f7lW4VpOIVr, http://www.playvid.com/watch/Xi4bTrg9IZQ,
http://www.playvid.com/watch/kCae9kB8w7g, http://www.playvid.com/watch/GoRwYrq9r5p, http://www.playvid.com/watch/kKj683DBC7d,
http://www.playvid.com/watch/aUhF00i7wjh, http://www.playvid.com/watch/fDQvzleZnpO, http://www.playvid.com/watch/FHACMC3qNEG,
http://www.playvid.com/watch/FH0i1gtZe0s, http://www.playvid.com/watch/DAQLyV8f2E-, http://www.playvid.com/watch/BNGFPuV6qtY,
http://www.playvid.com/watch/l0fBbFVLV-e, http://www.playvid.com/watch/cQ1W5eNHbaQ, http://www.playvid.com/watch/nSIF4C1cocs,
http://www.playvid.com/watch/jagJQqpTplM, http://www.playvid.com/watch/t9MgTFW90ZC, http://www.playvid.com/watch/2V3DCN7z3Iw,
http://www.playvid.com/watch/NQHYjEpvM0l, http://www.playvid.com/watch/vSIg65TXj7J, http://www.playvid.com/watch/eZqezMeOUJn,
http://www.playvid.com/watch/kPanPBbAhcf, http://www.playvid.com/watch/Y-VhwSftqbF, http://www.playvid.com/watch/UJNTEzesQSU,
http://www.playvid.com/watch/kGw3q36UQE6, http://www.playvid.com/watch/6GhXqjTkUUz, http://www.playvid.com/watch/WZM0YDCxEFI,
http://www.playvid.com/watch/izcAuUVtWgq, http://www.playvid.com/watch/muy4nEFo6ln, http://www.playvid.com/watch/dOzMuKLcjqN,
http://www.playvid.com/watch/N8vd460KwwQ, http://www.playvid.com/watch/FwVYRAyRFJ9, http://www.playvid.com/watch/s1hV6PbhvWg,
http://www.playvid.com/watch/YY17rCEQLaO, http://www.playvid.com/watch/Dnuxg_Qv-_v, http://www.playvid.com/watch/vXgewYpDDj0,
http://www.playvid.com/watch/yKDyxX2fssj, http://www.playvid.com/watch/3mgVfm5Z2-l, http://www.playvid.com/watch/Qheo1Axh_EW,
http://www.playvid.com/watch/BK_86dlnGsI, http://www.playvid.com/watch/HfEDEt4bWEe, http://www.playvid.com/watch/sHElZTohJ6h,
http://www.playvid.com/watch/y9g8FiLIRQN, http://www.playvid.com/watch/uCXnzVqUyDx, http://www.playvid.com/watch/GDtTNPOVRxV,
http://www.playvid.com/watch/ELWp27pUg8H, http://www.playvid.com/watch/HiYAq1AMncZ, http://www.playvid.com/watch/JaH7LxYQ2Jo,
http://www.playvid.com/watch/xMN9uxtcYl6, http://www.playvid.com/watch/gq196vQJ1sk, http://www.playvid.com/watch/8ZmO5XSD5rq,
http://www.playvid.com/watch/oLQBARQwY3y, http://www.playvid.com/watch/KYGtgXHyRLD, http://www.playvid.com/watch/Kb4VCwNXSpE,
http://www.playvid.com/watch/VD-O-b_sJrT, http://www.playvid.com/watch/hyjG6HjJ9Hz, http://www.playvid.com/watch/5Lg7wIIHrXr,
http://www.playvid.com/watch/vwxqPH9tM20, http://www.playvid.com/watch/zxYR8bwkMHh, http://www.playvid.com/watch/ZdpBz2l9cmV,
http://www.playvid.com/watch/f1-7guHl9zw, http://www.playvid.com/watch/JaQbmwJnHPi, http://www.playvid.com/watch/kCOIJw9AC5V,
http://www.playvid.com/watch/3ayTwW7y4NW, http://www.playvid.com/watch/uzGLw-Vyur7, http://www.playvid.com/watch/FwvcSkuEaYk,
http://www.playvid.com/watch/3-dOD4kj5_2, http://www.playvid.com/watch/VQkjpd-UD2t, http://www.playvid.com/watch/lfZnGxr_qbP,
http://www.playvid.com/watch/5KbPXJpHYZM, http://www.playvid.com/watch/nSmda-H5Lmz, http://www.playvid.com/watch/CK6gX8bSOlz,
http://www.playvid.com/watch/mUrSJjjpdDS, http://www.playvid.com/watch/AZ9xGb0bnQs, http://www.playvid.com/watch/0t-W273oosH,
http://www.playvid.com/watch/Bcj4sQDwZgU, http://www.playvid.com/watch/e9MClLju20G, http://www.playvid.com/watch/hzQrNvwjlGc,
http://www.playvid.com/watch/MjMdWrt1mUf, http://www.playvid.com/watch/DD4mmMOiLhX, http://www.playvid.com/watch/EX0C7_nLVRm,
http://www.playvid.com/watch/bV9G5xZIZTT, http://www.playvid.com/watch/Lg7meH1PlMD, http://www.playvid.com/watch/yzuGEG9cQds,
http://www.playvid.com/watch/9i3IGZFEMX9, http://www.playvid.com/watch/f_XrXj1FP6f, http://www.playvid.com/watch/Z-jMPqQXdR2,
http://www.playvid.com/watch/zzWHj9lPVnB, http://www.playvid.com/watch/rkbTDkwYRfn, http://www.playvid.com/watch/2PaKXW0kfDF,
http://www.playvid.com/watch/XXoQY8Yf7Oq, http://www.playvid.com/watch/waw4g0Qxjn9, http://www.playvid.com/watch/f68cwEk18Nw,
http://www.playvid.com/watch/UFMND01eBdh, http://www.playvid.com/watch/tUsqMnkTeKr, http://www.playvid.com/watch/YPTwIVltdON,
http://www.playvid.com/watch/nuLqoX1Cpi0, http://www.playvid.com/watch/zpoWuJv5Wp2, http://www.playvid.com/watch/xgS418zX4Gm,
http://www.playvid.com/watch/JkvK7wHoPWi, http://www.playvid.com/watch/NVWFLVSKh4q, http://www.playvid.com/watch/HPzNTvBXjg4,
http://www.playvid.com/watch/mCTO8tRL8B8, http://www.playvid.com/watch/LpPWYFipkSN, http://www.playvid.com/watch/Tl9BPJlMDJw,
http://www.playvid.com/watch/3rzRM7mHgbZ, http://www.playvid.com/watch/qwNd_izNiOM, http://www.playvid.com/watch/JiNSFnGpOoi,
http://www.playvid.com/watch/6V4Z1qjYlRY, http://www.playvid.com/watch/xIjBRPf51lS, http://www.playvid.com/watch/kjiMjaQYm1m,
http://www.playvid.com/watch/msD0ZCghdky, http://www.playvid.com/watch/7n74ApFLO1t, http://www.playvid.com/watch/6r2Pt9eBood,
http://www.playvid.com/watch/lK7It846ITn, http://www.playvid.com/watch/9r44bVGqyNK, http://www.playvid.com/watch/LxE7q7K97Wl,
http://www.playvid.com/watch/FC-UYAdYmUa, http://www.playvid.com/watch/ctg5NWWJcj0, http://www.playvid.com/watch/eCpaBDnp2bq,
http://www.playvid.com/watch/XwJFqBwpbMl, http://www.playvid.com/watch/P7cYkEXNJzw, http://www.playvid.com/watch/86xdIa8TBDw,
http://www.playvid.com/watch/L8daFbrPa2I, http://www.playvid.com/watch/gwUP9MZLvgJ, http://www.playvid.com/watch/GLUNVwCr7MY,
http://www.playvid.com/watch/UjdIqoACEXw, http://www.playvid.com/watch/GiadBtHQ3Ib, http://www.playvid.com/watch/KvKUHW16-Z9,
http://www.playvid.com/watch/NNnvYsTy99v, http://www.playvid.com/watch/b_J2zaS7qnO, http://www.playvid.com/watch/REKeGpE0mL5,
http://www.playvid.com/watch/zDa2_fQdRIS, http://www.playvid.com/watch/muDrSJC48aS, http://www.playvid.com/watch/lHbnu0LxsPG,
http://www.playvid.com/watch/Xeq2YNHS6UU, http://www.playvid.com/watch/D1UqLmxerJL, http://www.playvid.com/watch/MBBDzlcWFqB,
http://www.playvid.com/watch/qFpKi10fsdb, http://www.playvid.com/watch/WxGCjz_OqWZ, http://www.playvid.com/watch/QpT-YVJxPwF,
http://www.playvid.com/watch/hnUJZtmkp1x, http://www.playvid.com/watch/fnT3hCaL8BJ, http://www.playvid.com/watch/jMsV_Rgf9ni,
http://www.playvid.com/watch/riN8tI9YK5G, http://www.playvid.com/watch/stiNmGbPmjW, http://www.playvid.com/watch/J5i_5RfYsei,
http://www.playvid.com/watch/SNYuIvayc5o, http://www.playvid.com/watch/tOk2MC65gNW, http://www.playvid.com/watch/NgSGLH0OXPW,
http://www.playvid.com/watch/quNXxG5arEf, http://www.playvid.com/watch/f3gKVapUQnR, http://www.playvid.com/watch/QjLkx1OslTx,
http://www.playvid.com/watch/XN8iQT2r8xP, http://www.playvid.com/watch/7a47W0BpRwQ, http://www.playvid.com/watch/pGGS7iZjWYw,
http://www.playvid.com/watch/IbGIEhZVAf4, http://www.playvid.com/watch/sHFdEhAXysb, http://www.playvid.com/watch/VTHgsDxAjGy,
http://www.playvid.com/watch/3FROKpyq1NF, http://www.playvid.com/watch/rdGyUuCeTtq, http://www.playvid.com/watch/MecggUEtnun,
http://www.playvid.com/watch/0iVh1OFd9NE, http://www.playvid.com/watch/6hO4TiHyJeP, http://www.playvid.com/watch/YI5sVpMc18f,
http://www.playvid.com/watch/FxVJacdv7uo, http://www.playvid.com/watch/r7lFipfd3hy, http://www.playvid.com/watch/2LwY_j4ahyl,
http://www.playvid.com/watch/RgRZZKxC9mh, http://www.playvid.com/watch/ZylYsixinBu, http://www.playvid.com/watch/KQ9aN8EEUyF,
http://www.playvid.com/watch/UWadycxTzRf, http://www.playvid.com/watch/PK9V1k46EnY, http://www.playvid.com/watch/nyior3DTpvk,
http://www.playvid.com/watch/nCwO0KJ-kRz, http://www.playvid.com/watch/hF6WLRZGi8h, http://www.playvid.com/watch/A4Pq4wVgUZB,
http://www.playvid.com/watch/zjc1Zf7f2hV, http://www.playvid.com/watch/LAaJOnCsdHp, http://www.playvid.com/watch/0POsUI2BAzX,
http://www.playvid.com/watch/NnG8kdPlZ0W, http://www.playvid.com/watch/dSwkgahMAdd, http://www.playvid.com/watch/IyR0tbPOunM,
http://www.playvid.com/watch/scw7caYuipU, http://www.playvid.com/watch/J_2zVcgHOmg, http://www.playvid.com/watch/P2ATmiCfj6h,
http://www.playvid.com/watch/o4BXxYgU-Ej, http://www.playvid.com/watch/FHX7jRoltE7, http://www.playvid.com/watch/T6-uJshvuiV,
http://www.playvid.com/watch/fCYImqQRVSF, http://www.playvid.com/watch/Kxji-FnFijk, http://www.playvid.com/watch/ep9mABq_s6v,
http://www.playvid.com/watch/5AIHy-8X9bC, http://www.playvid.com/watch/ltTCTH_mkvI, http://www.playvid.com/watch/7Oiv3Ob8UCt,
http://www.playvid.com/watch/RZ3V4XJ9Vew, http://www.playvid.com/watch/IGd5namFNkY, http://www.playvid.com/watch/o-uBXAAmxR3,
http://www.playvid.com/watch/pWMojrDpIoc, http://www.playvid.com/watch/CdlJrLX6ewV, http://www.playvid.com/watch/ySK2FaikfC6,

http://www.playvid.com/watch/HBtfQqERgtX, http://www.playvid.com/watch/OT5BLvqTE6o, http://www.playvid.com/watch/Mjj1sh2amhj, http://www.playvid.com/watch/xeXm41uTNFz, http://www.playvid.com/watch/3F7kXMAiiHd, http://www.playvid.com/watch/E7hD9_bUfMU, http://www.playvid.com/watch/3yBSrZ2vF8V, http://www.playvid.com/watch/ZqLXc7g6QDC, http://www.playvid.com/watch/dEavkQ_xcEg, http://www.playvid.com/watch/OIxXjf68P0j, http://www.playvid.com/watch/W81FOiCKfYl, http://www.playvid.com/watch/3k7GN-4hPqK, http://www.playvid.com/watch/ApOOQiEC3Gt, http://www.playvid.com/watch/SFB88cE4TBs, http://www.playvid.com/watch/dKvSFOZCD9v, http://www.playvid.com/watch/lilFY2Vmo-8, http://www.playvid.com/watch/98Mkcpo3WZI, http://www.playvid.com/watch/aWd0fucG32I, http://www.playvid.com/watch/X1xJfefpbsG, http://www.playvid.com/watch/skXN2XHnx88, http://www.playvid.com/watch/ZD0LgGe3Y66, http://www.playvid.com/watch/5onJ5VHMcYU, http://www.playvid.com/watch/qBrToDeamZl, http://www.playvid.com/watch/If5Zt1ziHu8, http://www.playvid.com/watch/kS_QhOut6eM, http://www.playvid.com/watch/bHGjYkxLIrc, http://www.playvid.com/watch/N84y03QufJF, http://www.playvid.com/watch/uNGlbmulAzC, http://www.playvid.com/watch/iBJnzrOBwtl, http://www.playvid.com/watch/rmpaG3i9jqM, http://www.playvid.com/watch/AgSO_9UMy3K, http://www.playvid.com/watch/ZJU_uKHaa7E, http://www.playvid.com/watch/dKIAuqMDd8Y, http://www.playvid.com/watch/AEfRbDE05wU, http://www.playvid.com/watch/e9NfJOuqBgQ, http://www.playvid.com/watch/js2xJhfD0F6, http://www.playvid.com/watch/Pmuu5z15aBZ, http://www.playvid.com/watch/9MyTXJpZHW6, http://www.playvid.com/watch/EnDBeqxPdyZ, http://www.playvid.com/watch/fXDDsQDKv4C, http://www.playvid.com/watch/ZZyjg_NCR5y, http://www.playvid.com/watch/EOzkymdQTjE, http://www.playvid.com/watch/f1y-TABx_X2, http://www.playvid.com/watch/T_dT7ly6i0I, http://www.playvid.com/watch/e3H_socv7Dx, http://www.playvid.com/watch/8-1jXh2RxxJ, http://www.playvid.com/watch/ApG_nNcPgdY, http://www.playvid.com/watch/fMB907wwSBO, http://www.playvid.com/watch/hxaxyJK59ER, http://www.playvid.com/watch/6UpGtLsF9Gn

5.f. Date of third notice: 2014-01-11

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: porn331

5.b. Uploader's email address: hollister000331@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/porn331

5.e. List of videos posted by uploader: http://www.playvid.com/watch/WnMuGUJT6VJ, http://www.playvid.com/watch/lgdg5P9hnNg, http://www.playvid.com/watch/GFIXlH0Nby7, http://www.playvid.com/watch/mFE9LoCNcfw, http://www.playvid.com/watch/aouRMzdqfMw, http://www.playvid.com/watch/2QZEysEqkQy, http://www.playvid.com/watch/pJYZUq-rxw8, http://www.playvid.com/watch/FrdXbQp4hDn, http://www.playvid.com/watch/HRmxnJrCdQG, http://www.playvid.com/watch/uNxeWJg8828, http://www.playvid.com/watch/hWBX5ezxIXn, http://www.playvid.com/watch/t4HZYpQXl2d, http://www.playvid.com/watch/pPYKOdU4xFp, http://www.playvid.com/watch/bJxzpNIUrZJ, http://www.playvid.com/watch/5ig5iayNpO6, http://www.playvid.com/watch/kzNHETimzs7, http://www.playvid.com/watch/a5OBHMXe7zF, http://www.playvid.com/watch/a-8x8mELD7M, http://www.playvid.com/watch/Qojg4H0Xz35, http://www.playvid.com/watch/J3m649PDnei, http://www.playvid.com/watch/wXjGj2rEvxy, http://www.playvid.com/watch/ZlBDr36ZaJP, http://www.playvid.com/watch/0jt-VuMeRAc, http://www.playvid.com/watch/8lru53sO-tL, http://www.playvid.com/watch/Tcg4SKqwMsl, http://www.playvid.com/watch/Mw7exr2QsUr, http://www.playvid.com/watch/EIRCcsEvhSZ, http://www.playvid.com/watch/uknIWMtvR3W, http://www.playvid.com/watch/v99TZIJW9ho, http://www.playvid.com/watch/LRQVbnCIm3p, http://www.playvid.com/watch/Evz36O72wrn, http://www.playvid.com/watch/BAW-UfTTxSv, http://www.playvid.com/watch/-6WUnGbkbx9, http://www.playvid.com/watch/GSXTjFYTK4v, http://www.playvid.com/watch/tzWh7ATk9q4, http://www.playvid.com/watch/burhN5Y2Jid, http://www.playvid.com/watch/wJ6PqooEBx-, http://www.playvid.com/watch/nOOHhzJaVkv, http://www.playvid.com/watch/jhyshdddY0W, http://www.playvid.com/watch/0Bs0tZVvNgU, http://www.playvid.com/watch/ZtbqnpszPtC, http://www.playvid.com/watch/-xWt8-kdzBc, http://www.playvid.com/watch/glDdWfNak4u, http://www.playvid.com/watch/pjVueRS0bu4, http://www.playvid.com/watch/elQM3pxjPca, http://www.playvid.com/watch/EetkxBLSzM0, http://www.playvid.com/watch/46uooxF4iFQ, http://www.playvid.com/watch/dU4zW3C7JOe, http://www.playvid.com/watch/JWAiGINJPgz, http://www.playvid.com/watch/YYgnmGybHRI, http://www.playvid.com/watch/uU5sXIXvsmQ, http://www.playvid.com/watch/oBP8CO5jyrv, http://www.playvid.com/watch/xt8HUlpUt22, http://www.playvid.com/watch/JCRlTf3nkH-, http://www.playvid.com/watch/HYHfSRhGAN3, http://www.playvid.com/watch/MmeXqDoqb4Q, http://www.playvid.com/watch/8K7f4s9HTHc, http://www.playvid.com/watch/nvcSLV9LRSB, http://www.playvid.com/watch/uxVDLWE-ADI, http://www.playvid.com/watch/KP3IUiO8xXN, http://www.playvid.com/watch/kfezQ9FJ4U2, http://www.playvid.com/watch/ovDlRr9j7Vm, http://www.playvid.com/watch/3Y4qkEVecaB, http://www.playvid.com/watch/O5cYA-FWsGP, http://www.playvid.com/watch/uxLBIFb7tIF, http://www.playvid.com/watch/InQIoTjXwHE, http://www.playvid.com/watch/IPWDrKvlQcT, http://www.playvid.com/watch/WFGrpgPYTMB, http://www.playvid.com/watch/zJEBe7kbbj2, http://www.playvid.com/watch/wpfcdLc-VrG, http://www.playvid.com/watch/pd8hWDIVA-q, http://www.playvid.com/watch/l2AD-iJtxfj, http://www.playvid.com/watch/3PVOhyxvdH-, http://www.playvid.com/watch/zfOFiVdnKrx, http://www.playvid.com/watch/uVsmYCx266B, http://www.playvid.com/watch/7yzVrdDyFJr, http://www.playvid.com/watch/ZtlTL3T-mcR, http://www.playvid.com/watch/wBKLbN87u90, http://www.playvid.com/watch/mqWcW0Pu7Ql, http://www.playvid.com/watch/MoumVkS-e5x, http://www.playvid.com/watch/L8HWCqSUv7v, http://www.playvid.com/watch/Qzn9p8tLlkn, http://www.playvid.com/watch/VzIiZ0u00HB, http://www.playvid.com/watch/nJSEKnySC64, http://www.playvid.com/watch/MOCl9uh6Q4L, http://www.playvid.com/watch/0VCtK0FfbTN, http://www.playvid.com/watch/CvLIVwXGffG, http://www.playvid.com/watch/bKioeFGgebP, http://www.playvid.com/watch/UZT4GWdy4Gf, http://www.playvid.com/watch/RUj6reNqWbg, http://www.playvid.com/watch/5m2CXuHe5B6, http://www.playvid.com/watch/qQncI3MDgNC, http://www.playvid.com/watch/UoIBjrsJX67, http://www.playvid.com/watch/dYU3pmT7LcM, http://www.playvid.com/watch/b6C7aThl9qL, http://www.playvid.com/watch/dcPvpwG65yO, http://www.playvid.com/watch/M4PDurJpF2v, http://www.playvid.com/watch/AprOMz4IAYX, http://www.playvid.com/watch/jrYcOM6YMNA, http://www.playvid.com/watch/CiQP8C9DKHr, http://www.playvid.com/watch/oKkuAbyP5PO, http://www.playvid.com/watch/9BOvJ82RqX7, http://www.playvid.com/watch/bk7YEhqGr5H, http://www.playvid.com/watch/OlNYFTsnqkx, http://www.playvid.com/watch/7L0BTV48ZhB, http://www.playvid.com/watch/zsPZyDtZ6KA, http://www.playvid.com/watch/XSY5N4oIzeu, http://www.playvid.com/watch/U-qbgYEiAlg, http://www.playvid.com/watch/QuxENzJvLxC, http://www.playvid.com/watch/zudhfnIkciE, http://www.playvid.com/watch/glWL0G305af, http://www.playvid.com/watch/-NIFnElAZ4z, http://www.playvid.com/watch/3U0dgEjzv-9, http://www.playvid.com/watch/5MRtXTkmVme, http://www.playvid.com/watch/Ys2x4Q3uVND, http://www.playvid.com/watch/FyizsvZhbQH, http://www.playvid.com/watch/HVENinRFX57, http://www.playvid.com/watch/mNP8vAJxNen, http://www.playvid.com/watch/PGYHiEKX69U, http://www.playvid.com/watch/w8QT9cW95Ga, http://www.playvid.com/watch/3Ua-wB-CZKl, http://www.playvid.com/watch/BXq3XC2EsyH, http://www.playvid.com/watch/dhVpsQeU0my, http://www.playvid.com/watch/7Sl4AXfn2lR, http://www.playvid.com/watch/n88iMDrKdEo, http://www.playvid.com/watch/h38cFNmXODA, http://www.playvid.com/watch/yayoiW2jrbl, http://www.playvid.com/watch/ugOXeZDH7fS, http://www.playvid.com/watch/uxxzZ9QhEIx, http://www.playvid.com/watch/JWZu2cPrG8f, http://www.playvid.com/watch/Goz3M3PwrqL, http://www.playvid.com/watch/NqjnPgPD4jG, http://www.playvid.com/watch/XPAOFDW3heb, http://www.playvid.com/watch/YIvCTElINOx, http://www.playvid.com/watch/Vh2gktFoNji, http://www.playvid.com/watch/HsXEfuSKCDN, http://www.playvid.com/watch/KmtYX6YMgo2, http://www.playvid.com/watch/YG6CE4DAnQJ, http://www.playvid.com/watch/J6mi7D5lEif, http://www.playvid.com/watch/OqA7shvUBBF, http://www.playvid.com/watch/hnO7ZWog3bp, http://www.playvid.com/watch/YItDCAgGG05, http://www.playvid.com/watch/T2XLDL4MBOT, http://www.playvid.com/watch/vmqEg0tK9RF, http://www.playvid.com/watch/bkDEAFyqfjB, http://www.playvid.com/watch/MVefn6xP6c-, http://www.playvid.com/watch/90zpTRFBIIA, http://www.playvid.com/watch/jxsZVxd70j3, http://www.playvid.com/watch/omVKpkuoIKd, http://www.playvid.com/watch/s7YYDqyNZ8y, http://www.playvid.com/watch/m7FSM5HrLPA, http://www.playvid.com/watch/MtoJrSz-nOB, http://www.playvid.com/watch/dKAOBkipPkS, http://www.playvid.com/watch/zkZLmlEB4ab, http://www.playvid.com/watch/MFfpGH5r6RU, http://www.playvid.com/watch/aFnHZxxCXoq, http://www.playvid.com/watch/4Bq3QRSi6E3, http://www.playvid.com/watch/pBuC5lRSdG3, http://www.playvid.com/watch/ZfS3rX0FTrR, http://www.playvid.com/watch/qi-dYWoXIzq, http://www.playvid.com/watch/-FTYeYNcOcI, http://www.playvid.com/watch/ZHWVLyZ3ka6, http://www.playvid.com/watch/5o7SUyZ9KqE, http://www.playvid.com/watch/oFrcVrRXeva, http://www.playvid.com/watch/J-OJsLwMG5Y, http://www.playvid.com/watch/KDwzypuGgef, http://www.playvid.com/watch/CLEw0gwHEts, http://www.playvid.com/watch/2fw26mNuZd8, http://www.playvid.com/watch/EptjWR9B2ZL, http://www.playvid.com/watch/GWh34W0Uis5, http://www.playvid.com/watch/YhJ5tlNA4ty, http://www.playvid.com/watch/3x7-u9PNzL4, http://www.playvid.com/watch/jutWpVyCGYw, http://www.playvid.com/watch/e-74E5bTE5R, http://www.playvid.com/watch/42rcN3CO-aw, http://www.playvid.com/watch/ADY9Ax3LsxC, http://www.playvid.com/watch/IgcG3mxEgw3, http://www.playvid.com/watch/YzllOsiTpZj, http://www.playvid.com/watch/mDsD-c0bdPZ, http://www.playvid.com/watch/zznLTcTcY-a, http://www.playvid.com/watch/uLNqFTsBzGr, http://www.playvid.com/watch/x6siGBsA2Yx, http://www.playvid.com/watch/2PKsdYYnBLS, http://www.playvid.com/watch/QCElwwsKi78, http://www.playvid.com/watch/NaHcZ3EBs3z, http://www.playvid.com/watch/lFYgFNyDzl-, http://www.playvid.com/watch/EM4bGwZk0Mr, http://www.playvid.com/watch/5oQlKC7M5Ni, http://www.playvid.com/watch/35o3SEGPh9W, http://www.playvid.com/watch/ymWU7ViAfqj, http://www.playvid.com/watch/dFQpI49ateJ, http://www.playvid.com/watch/g7scUBjS0zM, http://www.playvid.com/watch/Z9dJ77w6JE9, http://www.playvid.com/watch/WXWlQUshx7r, http://www.playvid.com/watch/lCONRBhzp0N, http://www.playvid.com/watch/9i9dkPCN4c-, http://www.playvid.com/watch/d2-oKCMls0l, http://www.playvid.com/watch/XWeusrA0PvN, http://www.playvid.com/watch/-6n4rrzRxGq, http://www.playvid.com/watch/TzRx-PFKV6X, http://www.playvid.com/watch/eeDLpC2Ham3, http://www.playvid.com/watch/NNNuMC6zUvX, http://www.playvid.com/watch/J3GrpwLAhJs, http://www.playvid.com/watch/0PAvGUyWV6V, http://www.playvid.com/watch/weWDQTHYXGl, http://www.playvid.com/watch/Wco5jcFWtWW, http://www.playvid.com/watch/fhsv2EzekVa, http://www.playvid.com/watch/JZP7Cm4B0PA, http://www.playvid.com/watch/bBlaxAXA2yM, http://www.playvid.com/watch/3jKHjZadfWg, http://www.playvid.com/watch/3a27lnhfXcQ, http://www.playvid.com/watch/5azcAxeMAYY, http://www.playvid.com/watch/zuavIlAlZSI, http://www.playvid.com/watch/c2k-5pyBWNc, http://www.playvid.com/watch/Tt2eu0iX3VC, http://www.playvid.com/watch/Q3N96RHhqTx, http://www.playvid.com/watch/MfxCLZdyLiC, http://www.playvid.com/watch/4Uzl6QFQxGG,

http://www.playvid.com/watch/KAhQHEpn-ZW, http://www.playvid.com/watch/Ls4fKSOjpXi, http://www.playvid.com/watch/nFfmdKHpj2P,
http://www.playvid.com/watch/BgVTLnneo-w, http://www.playvid.com/watch/8UhwQq3EZbN, http://www.playvid.com/watch/TJzFBWkyAYT,
http://www.playvid.com/watch/jimyLdT8ptl, http://www.playvid.com/watch/xlCT79NtEXs, http://www.playvid.com/watch/V4C6ft6RUOB,
http://www.playvid.com/watch/nsSGU-WzkmS, http://www.playvid.com/watch/mvoDmuhlrPw, http://www.playvid.com/watch/S5vQtn-Tmjt,
http://www.playvid.com/watch/FieSPp6xmIs, http://www.playvid.com/watch/lDp3RB5gv68, http://www.playvid.com/watch/HwzT3PjdsRP,
http://www.playvid.com/watch/u5W2Le5RzLG, http://www.playvid.com/watch/qsrBaZWHI2L, http://www.playvid.com/watch/DeEOvDpMn-N,
http://www.playvid.com/watch/CVlpQeQIe4e, http://www.playvid.com/watch/nW93YqlYXOC, http://www.playvid.com/watch/NTRY8lBJcwS,
http://www.playvid.com/watch/RWC5uVSzd2E, http://www.playvid.com/watch/k86ckqvj8ur, http://www.playvid.com/watch/Lm0ehHg6HMb,
http://www.playvid.com/watch/4Iy0afPVbpr, http://www.playvid.com/watch/kXKWM6phWqv, http://www.playvid.com/watch/X3QjmGsN4X8,
http://www.playvid.com/watch/bHF0IbxyhL7, http://www.playvid.com/watch/jwWNcIWHY8F, http://www.playvid.com/watch/nBsmlHPvzt0,
http://www.playvid.com/watch/aLgKHZQtDql, http://www.playvid.com/watch/3icTG52ZrhZ, http://www.playvid.com/watch/BNfRkewEwbU,
http://www.playvid.com/watch/urUCfIfybcJ, http://www.playvid.com/watch/3QDZiYn9XVZ, http://www.playvid.com/watch/WUC35zX7Kdr,
http://www.playvid.com/watch/5inyVtsWBga, http://www.playvid.com/watch/2lQkSYBo5N6, http://www.playvid.com/watch/phxbBuqmjlH,
http://www.playvid.com/watch/Mud7qLGS8fL, http://www.playvid.com/watch/jzcm-9e4WDZ, http://www.playvid.com/watch/j9Xsg4-ygdq,
http://www.playvid.com/watch/0d9ClMjN4j0, http://www.playvid.com/watch/cckib09VfSl, http://www.playvid.com/watch/8T4asGLxgSk,
http://www.playvid.com/watch/DZuu26ieuDU, http://www.playvid.com/watch/QTKKyvCUiae, http://www.playvid.com/watch/thsUFEsgooP,
http://www.playvid.com/watch/kOvbgKO5IIg, http://www.playvid.com/watch/nMRE-sWf02V, http://www.playvid.com/watch/xFChY0aiEam,
http://www.playvid.com/watch/nd80I0d-suw, http://www.playvid.com/watch/VeHgm25juwl, http://www.playvid.com/watch/nKQEHh7tdQJ,
http://www.playvid.com/watch/sKcLeyEvdai, http://www.playvid.com/watch/trBDJz4axVl, http://www.playvid.com/watch/dbjU4GBHEuM,
http://www.playvid.com/watch/aSlzJ7lBl2L, http://www.playvid.com/watch/efNkjedA7yZ, http://www.playvid.com/watch/3v30H4GcVzT,
http://www.playvid.com/watch/35RQpre8KcJ, http://www.playvid.com/watch/K6hBLVeLXbg, http://www.playvid.com/watch/4DUTkl2US2y,
http://www.playvid.com/watch/s74Zj50OIlQ, http://www.playvid.com/watch/JxucTIUm6Ep, http://www.playvid.com/watch/HLSddH0EloB,
http://www.playvid.com/watch/TSLS-GKXKG6, http://www.playvid.com/watch/NvWkGN9IupX, http://www.playvid.com/watch/teMgGwboSXN,
http://www.playvid.com/watch/3nLAqZOAyIU, http://www.playvid.com/watch/fQp5xcQYLPb, http://www.playvid.com/watch/-n4khcTtg2Q,
http://www.playvid.com/watch/cpVitux6KRh, http://www.playvid.com/watch/6Mb53Q9nwvr, http://www.playvid.com/watch/TFQvh3TZ3Je,
http://www.playvid.com/watch/44aOfidJUYc, http://www.playvid.com/watch/U-8gQgyFo7D, http://www.playvid.com/watch/RFrJCEuqdCi,
http://www.playvid.com/watch/oJ6lKcnmQSK, http://www.playvid.com/watch/pPUwnJM9Mb-, http://www.playvid.com/watch/wCl4AWIVctd,
http://www.playvid.com/watch/NMX3VZWTCs0, http://www.playvid.com/watch/KYHNrindOuf, http://www.playvid.com/watch/WmUEpnwYjBj,
http://www.playvid.com/watch/obYcLEXojbq, http://www.playvid.com/watch/QDE96G9X6ml, http://www.playvid.com/watch/MemGnTOgQdm,
http://www.playvid.com/watch/Reauoi8auVg, http://www.playvid.com/watch/mmNNPLnxQTV, http://www.playvid.com/watch/ZpMnlawWsnR,
http://www.playvid.com/watch/tlDFChuXGyM, http://www.playvid.com/watch/yCmAIqwo0fG, http://www.playvid.com/watch/RangpbIktAW,
http://www.playvid.com/watch/CHZdeJpyltg, http://www.playvid.com/watch/IKDmh8tG8Fj, http://www.playvid.com/watch/Dwc0nPmU7xu,
http://www.playvid.com/watch/xy4IiLFKF54, http://www.playvid.com/watch/kAvP4UCKSRw, http://www.playvid.com/watch/C7EBokdBAFU,
http://www.playvid.com/watch/q2D7BnvIfJJ, http://www.playvid.com/watch/J90YqUgrTb6, http://www.playvid.com/watch/tv9DuQjwmHq,
http://www.playvid.com/watch/qsBFi4i97E3, http://www.playvid.com/watch/wt3qBkHJOOb, http://www.playvid.com/watch/BBnGaRof3jP,
http://www.playvid.com/watch/xTpiHoYjprl, http://www.playvid.com/watch/-n-XMDbemLz, http://www.playvid.com/watch/iW2oaY8KUuo,
http://www.playvid.com/watch/tT5RPdrdI8F, http://www.playvid.com/watch/9ciCGD9mBHh, http://www.playvid.com/watch/EiJsEscG0md,
http://www.playvid.com/watch/sLT0HxmuTMY, http://www.playvid.com/watch/KaZkmUeZ7cF, http://www.playvid.com/watch/fmiN4Z8hHgl,
http://www.playvid.com/watch/dUofRKgNM5U, http://www.playvid.com/watch/ZW28gzWOkS5, http://www.playvid.com/watch/dIrpAJhuqPx,
http://www.playvid.com/watch/T4DOq-J88KT, http://www.playvid.com/watch/gEAQuMC2vyK, http://www.playvid.com/watch/hMhs5SkGCFQ,
http://www.playvid.com/watch/Jkx9GbdOKzW, http://www.playvid.com/watch/MVNk8jQsSpp, http://www.playvid.com/watch/apXQ4IDIIaw,
http://www.playvid.com/watch/2Iwozl0Go5b, http://www.playvid.com/watch/CGitvERN8VX, http://www.playvid.com/watch/znPVy4L08h5,
http://www.playvid.com/watch/hwAaPrsMBst, http://www.playvid.com/watch/I9maI8b0Y2y, http://www.playvid.com/watch/p0gwxdhCekN,
http://www.playvid.com/watch/SMaEBRZpAMC, http://www.playvid.com/watch/HTfFRMwVivv, http://www.playvid.com/watch/d2g4Ro-oRFq,
http://www.playvid.com/watch/X974aLDc0sK, http://www.playvid.com/watch/DazBwhuTUP8, http://www.playvid.com/watch/lEUJXi5m4T4,
http://www.playvid.com/watch/eV724bjPoS4, http://www.playvid.com/watch/uLd4qZVTmBW, http://www.playvid.com/watch/HaobXAmUFzn,
http://www.playvid.com/watch/hG5qbePfPVx, http://www.playvid.com/watch/OCVzkO8EMoB, http://www.playvid.com/watch/xYwnOGjxxBt,
http://www.playvid.com/watch/2cp2A2CJxg6, http://www.playvid.com/watch/ng6XZQnEh7I, http://www.playvid.com/watch/Nw2LUU4caXl,
http://www.playvid.com/watch/hKABKrDLj4s, http://www.playvid.com/watch/D-Uwlr5thbW, http://www.playvid.com/watch/HKosHDEWcyx,
http://www.playvid.com/watch/vQKKmb0UXWK, http://www.playvid.com/watch/q3GtyOUdDR0, http://www.playvid.com/watch/2Xl8RSSzf7e,
http://www.playvid.com/watch/GT3HyjpdShd, http://www.playvid.com/watch/fEHSdxXUL3H, http://www.playvid.com/watch/I7xxQpEBtxG,
http://www.playvid.com/watch/GxgTIAugZoM, http://www.playvid.com/watch/xp4b7ArhifH, http://www.playvid.com/watch/g6TOSUNC7w-,
http://www.playvid.com/watch/hi9rYdjlrJJ, http://www.playvid.com/watch/0HjguiRkzNk, http://www.playvid.com/watch/tcR5vfYrFqt,
http://www.playvid.com/watch/2leqtxhnxTM, http://www.playvid.com/watch/bBjgFNwifMR, http://www.playvid.com/watch/5Cy4yZGbb-W,
http://www.playvid.com/watch/QfEThlgtWUZ, http://www.playvid.com/watch/IWUE3gV7dIg, http://www.playvid.com/watch/890hCLrt0W6,
http://www.playvid.com/watch/mAPtjRRGtUn, http://www.playvid.com/watch/kMhj9DATyoW, http://www.playvid.com/watch/0GosOJtQOTK,
http://www.playvid.com/watch/uXahxm5PKPD, http://www.playvid.com/watch/V-KkHhhx5SP, http://www.playvid.com/watch/hQVFRtTvADs,
http://www.playvid.com/watch/DZiYOjtA4bJ, http://www.playvid.com/watch/HFrGKIvhFsM, http://www.playvid.com/watch/sTRULxOGDEe,
http://www.playvid.com/watch/9qlSaBKnK6s, http://www.playvid.com/watch/dYOCMC4xGTW, http://www.playvid.com/watch/bMhV7Je03Xt,
http://www.playvid.com/watch/vEpueddV56Y, http://www.playvid.com/watch/lv8SCcaqicR, http://www.playvid.com/watch/NSmhOlNBka2,
http://www.playvid.com/watch/kD7sGzJRmVD, http://www.playvid.com/watch/x9ldBHSdPpe, http://www.playvid.com/watch/2pz0weKarL-,
http://www.playvid.com/watch/KrqR-RvQMUL, http://www.playvid.com/watch/Dej8lIdTptR, http://www.playvid.com/watch/RCZGvd-twsQ,
http://www.playvid.com/watch/rSlbflnZ8VP, http://www.playvid.com/watch/LYMqXk0NKew, http://www.playvid.com/watch/FUrfgMbbSQl,
http://www.playvid.com/watch/XELSd3rHWAy, http://www.playvid.com/watch/rGMlewDbiH2, http://www.playvid.com/watch/PJp6lOO-sJw,
http://www.playvid.com/watch/bc9PsiysT0q, http://www.playvid.com/watch/6evukgQlFqJ, http://www.playvid.com/watch/jwVta4AfScN,
http://www.playvid.com/watch/wHAuZa6n3gw, http://www.playvid.com/watch/Lmjfipw96s3, http://www.playvid.com/watch/uUy86OOnpSH,
http://www.playvid.com/watch/nUHaJk7bRIw, http://www.playvid.com/watch/ZjzOyGfYvW7, http://www.playvid.com/watch/DdpIeSKQHUz,
http://www.playvid.com/watch/2vr0GOwmYdl, http://www.playvid.com/watch/id3MGel9LMm, http://www.playvid.com/watch/k3y8lGhLtYm,
http://www.playvid.com/watch/9Cn8ERl72tI, http://www.playvid.com/watch/VnF-TTUaPo3, http://www.playvid.com/watch/CM8ng65NZxc,
http://www.playvid.com/watch/d-mZ0EuzhPa, http://www.playvid.com/watch/o7RFKC2Eo5o, http://www.playvid.com/watch/vJrkrsRILUc,
http://www.playvid.com/watch/YbUOBbF3Dsn, http://www.playvid.com/watch/RRTGq7oi0Pw, http://www.playvid.com/watch/Ti5wQ3aogQj,
http://www.playvid.com/watch/2eb3vqnZL3K, http://www.playvid.com/watch/9WDZCMj2QBv, http://www.playvid.com/watch/KmpDZUFjvlx,
http://www.playvid.com/watch/ZUCunVPrpL5, http://www.playvid.com/watch/haKapUc5Mjs, http://www.playvid.com/watch/W2G8zVofxG4,
http://www.playvid.com/watch/TUE3gvZjur6, http://www.playvid.com/watch/nr-pdg659yP, http://www.playvid.com/watch/yyV4o0buycb,
http://www.playvid.com/watch/rsjn-E9iyIw, http://www.playvid.com/watch/qZz3qomkoev, http://www.playvid.com/watch/rbr5n5jWRiC,
http://www.playvid.com/watch/5506qSmct6M, http://www.playvid.com/watch/hByULktohFo, http://www.playvid.com/watch/fWbjF7AYkBV,
http://www.playvid.com/watch/hzxEp9FcSLs, http://www.playvid.com/watch/Rb--QmPEJCp, http://www.playvid.com/watch/ubtmWEmjcsq,
http://www.playvid.com/watch/qjgdwOIDD89, http://www.playvid.com/watch/OiiN0tXzB7P, http://www.playvid.com/watch/e2XFasZWuMk,
http://www.playvid.com/watch/iNigsZNpOfJ, http://www.playvid.com/watch/TA4b4Ri3Sxl, http://www.playvid.com/watch/Fj8qVfuvxti,
http://www.playvid.com/watch/jH7ozLqzokb, http://www.playvid.com/watch/NZhut7gJZZ3, http://www.playvid.com/watch/kNDlqRGkA5Y,
http://www.playvid.com/watch/KShWO858NGh, http://www.playvid.com/watch/dJDSGFAfJNJ, http://www.playvid.com/watch/qvpD0gW-s0J,
http://www.playvid.com/watch/XLj9zeBJCem, http://www.playvid.com/watch/Vfx3lFvgGL4, http://www.playvid.com/watch/Nk8SqEmN8me,
http://www.playvid.com/watch/9s8izkAAdxs, http://www.playvid.com/watch/xiPazUxEmLE, http://www.playvid.com/watch/lJKEXmj6cfD,
http://www.playvid.com/watch/OSFyRT9oAKP, http://www.playvid.com/watch/WXNsT4QGS78, http://www.playvid.com/watch/cU5Jec5HP9z,
http://www.playvid.com/watch/y-gY3tq3Zhf, http://www.playvid.com/watch/addUmkEtHjS, http://www.playvid.com/watch/52c2GRNT8Pr,
http://www.playvid.com/watch/lqW5VaVvb-o, http://www.playvid.com/watch/R9IugQhuaij, http://www.playvid.com/watch/mgtKBaOJgwe,
http://www.playvid.com/watch/kpGKWA8-k6s, http://www.playvid.com/watch/KusUOj-vP8b, http://www.playvid.com/watch/GZkLRJ4m3xZ,
http://www.playvid.com/watch/8NYTrkSbiOX, http://www.playvid.com/watch/FPgDZ6aUUVk, http://www.playvid.com/watch/8DApOHbGm47,
http://www.playvid.com/watch/FWsALdQSoK9, http://www.playvid.com/watch/3PAYwBxOycU, http://www.playvid.com/watch/sMrxEr-WnGk,
http://www.playvid.com/watch/0qdOVaab8Ei, http://www.playvid.com/watch/pL2AvEQm5f2, http://www.playvid.com/watch/SjtgudXMr5g,
http://www.playvid.com/watch/AGLIKDwNwNr, http://www.playvid.com/watch/klPQvhR2EZ2, http://www.playvid.com/watch/iiHmoW6Fhfq,
http://www.playvid.com/watch/NhksxSapSU3, http://www.playvid.com/watch/-am0HkJDjCY, http://www.playvid.com/watch/RUMe8zrZBbb,
http://www.playvid.com/watch/jeGMc0fWTPH, http://www.playvid.com/watch/Khj5KAVnuqT, http://www.playvid.com/watch/4LB8h3RR-tT,
http://www.playvid.com/watch/tfOTQFtrUML, http://www.playvid.com/watch/sYBgPhR6Czu, http://www.playvid.com/watch/QXEYzZUdGNM,
http://www.playvid.com/watch/5kM4J9UEPXV, http://www.playvid.com/watch/iA4tEHLy5dq, http://www.playvid.com/watch/XMmTp5ebXTy,
http://www.playvid.com/watch/nb5xJtiy8RX, http://www.playvid.com/watch/upKgZ5l-Eox, http://www.playvid.com/watch/LRfcQKsADjO,

http://www.playvid.com/watch/Foi4gbDneRP, http://www.playvid.com/watch/KgBuCbeQMbF, http://www.playvid.com/watch/jgO4PnDPC75,
http://www.playvid.com/watch/urjZbbm6q8t, http://www.playvid.com/watch/tZfWs8qXTaa, http://www.playvid.com/watch/jUUzYyTJs90,
http://www.playvid.com/watch/9l3NiRuzuNM, http://www.playvid.com/watch/QeKnJqDJQqx, http://www.playvid.com/watch/bl6USzdRR0E,
http://www.playvid.com/watch/ViGzrH0GxpR, http://www.playvid.com/watch/VtMsArhGqhT, http://www.playvid.com/watch/YeF6ZHi3JKX,
http://www.playvid.com/watch/ZjHggVuRwpK, http://www.playvid.com/watch/9Ad8jUeCYlr, http://www.playvid.com/watch/929jCQkFweg,
http://www.playvid.com/watch/yChLFOpiK3t, http://www.playvid.com/watch/nhnfmpCrSOj, http://www.playvid.com/watch/Y-uHU0MkVte,
http://www.playvid.com/watch/3tZWkunzvpJ, http://www.playvid.com/watch/Y5UtVrLwW-5, http://www.playvid.com/watch/CuqiExtMFip,
http://www.playvid.com/watch/8glSwvhlNQP, http://www.playvid.com/watch/UMA53De-zdI, http://www.playvid.com/watch/iGp82lDPKPz,
http://www.playvid.com/watch/9erdfx6omvJ, http://www.playvid.com/watch/aO5uxBbD2fS, http://www.playvid.com/watch/QWwSXYShBbI,
http://www.playvid.com/watch/PQS6BwTNg95, http://www.playvid.com/watch/0SLCZfVYc7i, http://www.playvid.com/watch/gd9WovBZtyI,
http://www.playvid.com/watch/sElWp0tifr6, http://www.playvid.com/watch/SNRfeDMLNnN, http://www.playvid.com/watch/6uNVLt5LRcS,
http://www.playvid.com/watch/Xh4PajHnYmr, http://www.playvid.com/watch/wgaQotU4cIe, http://www.playvid.com/watch/cemgDtE46bY,
http://www.playvid.com/watch/nYNC6Eaj5Sw, http://www.playvid.com/watch/Jm966x2qlJR, http://www.playvid.com/watch/N2pu7Mdq94w,
http://www.playvid.com/watch/yqnpZLg5Za4, http://www.playvid.com/watch/3koxwHg-26N, http://www.playvid.com/watch/eOYqWIp-ulM,
http://www.playvid.com/watch/xKAicI9R0dn, http://www.playvid.com/watch/e2XVZL4hF2M, http://www.playvid.com/watch/RMKfJCaIdkn,
http://www.playvid.com/watch/ozGmjZulCT7, http://www.playvid.com/watch/Ogf-7z6O74O, http://www.playvid.com/watch/3w7RrzbSkOe,
http://www.playvid.com/watch/UT7lF09zRIN, http://www.playvid.com/watch/OUyF8A7LHYq, http://www.playvid.com/watch/LTVginwg7gd,
http://www.playvid.com/watch/No9QuhNCieH, http://www.playvid.com/watch/GhB4UGjXJx5, http://www.playvid.com/watch/zqHMkwWwHnE,
http://www.playvid.com/watch/E2VnRf4CFPV, http://www.playvid.com/watch/L2-yyH08e93, http://www.playvid.com/watch/nxm28S9XfjE,
http://www.playvid.com/watch/vFJpiZMM7RL, http://www.playvid.com/watch/uJ6TV9GgzjD, http://www.playvid.com/watch/8Fs-QvcKgwj,
http://www.playvid.com/watch/5pPaayWSGww, http://www.playvid.com/watch/XzIX-vbQNSv, http://www.playvid.com/watch/4zq5Or4xGix,
http://www.playvid.com/watch/gTwH867N90x, http://www.playvid.com/watch/vWPFj7UP4Hx, http://www.playvid.com/watch/w5F90nnEvXA,
http://www.playvid.com/watch/xm9TPWl0sOO, http://www.playvid.com/watch/3SNdu0bERnO, http://www.playvid.com/watch/Zf-TKYH4ZLT,
http://www.playvid.com/watch/rCfX4afrTZB, http://www.playvid.com/watch/323ujhr5c3x, http://www.playvid.com/watch/jzOEfh8azMt,
http://www.playvid.com/watch/BUSiwZdJ-h8, http://www.playvid.com/watch/4q0TFSmjOOf, http://www.playvid.com/watch/gHGM8BotLH3,
http://www.playvid.com/watch/08SdJlSh8t4, http://www.playvid.com/watch/nSysGAeyy6D, http://www.playvid.com/watch/JW9WhGwVRKI,
http://www.playvid.com/watch/2LRHnNc5Cpg, http://www.playvid.com/watch/f6ddmbRTBLo, http://www.playvid.com/watch/LrPZDEjAlWv,
http://www.playvid.com/watch/XNod-Jn7wdn, http://www.playvid.com/watch/EMS5VbMuEDJ, http://www.playvid.com/watch/2KWihWEYwTq,
http://www.playvid.com/watch/HdiNi6nVuoI, http://www.playvid.com/watch/l4PxZ0L-hCG, http://www.playvid.com/watch/nctFKnHwhxO,
http://www.playvid.com/watch/39pzbTlD45m, http://www.playvid.com/watch/O2pNGjQTAWx, http://www.playvid.com/watch/tuwcVUGh2Fb,
http://www.playvid.com/watch/5SPyN-7R3Nx, http://www.playvid.com/watch/U85iqLZXcle, http://www.playvid.com/watch/gqeK5r3vP96,
http://www.playvid.com/watch/WCa2fcq-7Nn, http://www.playvid.com/watch/H25-5YLeneQ, http://www.playvid.com/watch/fJP7wtf3dZ2,
http://www.playvid.com/watch/6PJ3SO8VHuN, http://www.playvid.com/watch/7oRrqm8z2q3, http://www.playvid.com/watch/JnMWOYOeT4v,
http://www.playvid.com/watch/wwwJGqBHdyK, http://www.playvid.com/watch/Lsq7L0zXBTW, http://www.playvid.com/watch/2R6n49vGO3d,
http://www.playvid.com/watch/ePKGYBTEHzX, http://www.playvid.com/watch/-VFBhLKeT3H, http://www.playvid.com/watch/kO-8PkS2X5t,
http://www.playvid.com/watch/MkgSgyUrrpm, http://www.playvid.com/watch/PWS3jzLM-if, http://www.playvid.com/watch/YNQIYBnsD9D,
http://www.playvid.com/watch/OVEIMFiIlHn, http://www.playvid.com/watch/EB5wcHxpL3W, http://www.playvid.com/watch/aOX7YJzrmz4,
http://www.playvid.com/watch/ZhnEgNnOR4a, http://www.playvid.com/watch/8UpzkttyPhc, http://www.playvid.com/watch/mvJrv2NSvRc,
http://www.playvid.com/watch/DMllQuWbDdN, http://www.playvid.com/watch/ArCjWR3ggHf, http://www.playvid.com/watch/vtKMjZajXY0,
http://www.playvid.com/watch/z4yxuzO5YYM, http://www.playvid.com/watch/aq-vrci3X06, http://www.playvid.com/watch/SUqT-cBvZnm,
http://www.playvid.com/watch/5OLfSew4WyR, http://www.playvid.com/watch/VfysDx8hdvV, http://www.playvid.com/watch/WhyeMN9Vcja,
http://www.playvid.com/watch/49sCLuHZkM3, http://www.playvid.com/watch/Z4or2gM4jgT, http://www.playvid.com/watch/r8o8Gl5fUyp,
http://www.playvid.com/watch/PspkLqLJmGc, http://www.playvid.com/watch/Kq2KwYMlU0X, http://www.playvid.com/watch/HtNzIESbvgQ,
http://www.playvid.com/watch/vhu0rVWwyQJ, http://www.playvid.com/watch/CPFY705f4ob, http://www.playvid.com/watch/VihPbOpwwrX,
http://www.playvid.com/watch/mR2u5Z8vVcx, http://www.playvid.com/watch/bIDGwQIgGNQ, http://www.playvid.com/watch/ulBOldjpqZf,
http://www.playvid.com/watch/rkptM8vNLBp, http://www.playvid.com/watch/MgLHRYcMFil, http://www.playvid.com/watch/0UtkiKU55ea,
http://www.playvid.com/watch/mPxmeJqzdq4, http://www.playvid.com/watch/eyOsgugUbeJ, http://www.playvid.com/watch/EXMui225hiv,
http://www.playvid.com/watch/e8mLuxpS3Ec, http://www.playvid.com/watch/ePZbjgYAh4Q, http://www.playvid.com/watch/2VnhgMFTEPb,
http://www.playvid.com/watch/DlJCXnFYNA2, http://www.playvid.com/watch/cF3tjUjNQef, http://www.playvid.com/watch/p09DBVZsHl0,
http://www.playvid.com/watch/ckOUdT3fyU8, http://www.playvid.com/watch/IWFrQFZ5Zl7, http://www.playvid.com/watch/6ynGpo5xT9x,
http://www.playvid.com/watch/2QiYZy8yp7g, http://www.playvid.com/watch/Hz3IMU4LAY0, http://www.playvid.com/watch/52QwD59nKkK,
http://www.playvid.com/watch/sdJjO2gL39E, http://www.playvid.com/watch/ertqWfCqVFf, http://www.playvid.com/watch/Hvu7C4zDGet,
http://www.playvid.com/watch/3QuQXumqgDQ, http://www.playvid.com/watch/W-Fv-M8LxMU, http://www.playvid.com/watch/xb75m5XhG-B,
http://www.playvid.com/watch/dgR-hCkauGv, http://www.playvid.com/watch/De45kxwIDFS, http://www.playvid.com/watch/vJtRc3DSbE5,
http://www.playvid.com/watch/C8pNdcvmdBG, http://www.playvid.com/watch/27ochk7EBRx, http://www.playvid.com/watch/03hfOyjbu44,
http://www.playvid.com/watch/6rck4A6bEmV, http://www.playvid.com/watch/qXZunopulSf, http://www.playvid.com/watch/MX2LiJRTI8N,
http://www.playvid.com/watch/KtTOpljvGe2, http://www.playvid.com/watch/m0QJA9BPWwe, http://www.playvid.com/watch/PesUClwCm0J,
http://www.playvid.com/watch/ADUDTp7TmNn, http://www.playvid.com/watch/MknYv-K58by, http://www.playvid.com/watch/T2lQCG5b58Y,
http://www.playvid.com/watch/9kKmhgX7siV, http://www.playvid.com/watch/rEh-P359Z-D, http://www.playvid.com/watch/fwziiBrk4aD,
http://www.playvid.com/watch/C-0Zn-GylVC, http://www.playvid.com/watch/rB-XKDUWcZ7, http://www.playvid.com/watch/vdpBznQ3Pkg,
http://www.playvid.com/watch/I65-rnqxEcb, http://www.playvid.com/watch/jcDlKNyiyGL, http://www.playvid.com/watch/eq2L6nTnUUc,
http://www.playvid.com/watch/3wUg4RHbFyp, http://www.playvid.com/watch/GEUvOl0inJg, http://www.playvid.com/watch/OllwiecvGm3,
http://www.playvid.com/watch/ZT7nUT7QGzM, http://www.playvid.com/watch/hNsiuD-YVFU, http://www.playvid.com/watch/Sa5kfEk4DhG,
http://www.playvid.com/watch/UF8yjp-CIQ8, http://www.playvid.com/watch/COQWmd83Tkq, http://www.playvid.com/watch/4rp8fVhJ6Nn,
http://www.playvid.com/watch/cWy9KUFmrRK, http://www.playvid.com/watch/iFUHhfU0CDP, http://www.playvid.com/watch/OfPuizf5cxL,
http://www.playvid.com/watch/BtYkGCRWhRZ, http://www.playvid.com/watch/sUriUtwaMdq, http://www.playvid.com/watch/rtR7WoeIHiE,
http://www.playvid.com/watch/9PTaTiG5cdg, http://www.playvid.com/watch/sTcyAu7MIH4, http://www.playvid.com/watch/aP0y2ZToCey,
http://www.playvid.com/watch/QD-JfAYU-LX, http://www.playvid.com/watch/zlx6mwRUxJQ, http://www.playvid.com/watch/ofYYbgk4mnA,
http://www.playvid.com/watch/DvpFlBorJhd, http://www.playvid.com/watch/u6oCizDldIE, http://www.playvid.com/watch/J-2dvPW9sCI,
http://www.playvid.com/watch/eeUw-wk4m93, http://www.playvid.com/watch/v37Slu4VhQi, http://www.playvid.com/watch/L90sJW2QHuX,
http://www.playvid.com/watch/FWsWbky49RP, http://www.playvid.com/watch/onZEhVTye63, http://www.playvid.com/watch/yc-Jx0rLns2,
http://www.playvid.com/watch/oehsc00QsfQ, http://www.playvid.com/watch/RYnL5xRQq-3, http://www.playvid.com/watch/iaOTv20ZvIr,
http://www.playvid.com/watch/JZz7VbOXgrN, http://www.playvid.com/watch/0qkufe4rlnY, http://www.playvid.com/watch/caJkY4XoYoB,
http://www.playvid.com/watch/ZOIHRB3Ehpy, http://www.playvid.com/watch/xiNENMQr0f-, http://www.playvid.com/watch/gHvv0aGJfXd,
http://www.playvid.com/watch/jcmYohSZlod, http://www.playvid.com/watch/baBvPknLV2g, http://www.playvid.com/watch/HQI8Z7ekydZ,
http://www.playvid.com/watch/ZcdfyApaHaJ, http://www.playvid.com/watch/3BkrF7jjlvm, http://www.playvid.com/watch/h5IXa0PITuf,
http://www.playvid.com/watch/vT3pfGQJhwL, http://www.playvid.com/watch/XhYz-FPJLcw, http://www.playvid.com/watch/69EJXHKGjCW,
http://www.playvid.com/watch/ewnWPCOEbyr, http://www.playvid.com/watch/veyDuuvihCt, http://www.playvid.com/watch/JOUGbO6CR5q,
http://www.playvid.com/watch/YCwyHTXDcRt, http://www.playvid.com/watch/p9tUQ7B0RmD, http://www.playvid.com/watch/eowPganPhh6,
http://www.playvid.com/watch/XX2RexYWWdx, http://www.playvid.com/watch/HJblkgbmQnN, http://www.playvid.com/watch/raGgltHUg0e,
http://www.playvid.com/watch/iK8b7hAoNll, http://www.playvid.com/watch/Z7rbxFCufbl, http://www.playvid.com/watch/SqWmlTP-r0t,
http://www.playvid.com/watch/AK3czUKuRvR, http://www.playvid.com/watch/bhq9vftaFHY, http://www.playvid.com/watch/RDXYDMm7uwC,
http://www.playvid.com/watch/wVltePu9xji, http://www.playvid.com/watch/YSzFnkvWErd, http://www.playvid.com/watch/ksVUdQhFKVk,
http://www.playvid.com/watch/3d8R30CcZ2m, http://www.playvid.com/watch/mFnyIYtLFKt, http://www.playvid.com/watch/ctKSOtt--wg,
http://www.playvid.com/watch/0ppH3ELBKNT, http://www.playvid.com/watch/uTDvc3RjcEz, http://www.playvid.com/watch/SL6ZCzP85Jj,
http://www.playvid.com/watch/t5kovCvf8NM, http://www.playvid.com/watch/qhvA-BVWB8D, http://www.playvid.com/watch/x5BoTW4a5PR,
http://www.playvid.com/watch/FwYkPAc0s6c, http://www.playvid.com/watch/J9wg0VuzGjc, http://www.playvid.com/watch/MDmoWrnKxOs,
http://www.playvid.com/watch/VO2s0KzV2tG, http://www.playvid.com/watch/fNzt5xrfOOp, http://www.playvid.com/watch/rkcyxkf-A-c,
http://www.playvid.com/watch/0C8sO9qnm6Z, http://www.playvid.com/watch/nVMaK8r6Jzs, http://www.playvid.com/watch/6FCqrtNUOPm,
http://www.playvid.com/watch/QFzCh9kKVdU, http://www.playvid.com/watch/0wACfLxCkmk, http://www.playvid.com/watch/-z28R9mat3g,
http://www.playvid.com/watch/HDNKmSKblIu, http://www.playvid.com/watch/OLNXgRzDhKQ, http://www.playvid.com/watch/wnv6a-T0ETL,
http://www.playvid.com/watch/ChuETYww8gv, http://www.playvid.com/watch/k3WcvYZnBo7, http://www.playvid.com/watch/R4AoMaIraIQ,
http://www.playvid.com/watch/foaf59wTUUq, http://www.playvid.com/watch/r86vfV4Igk2, http://www.playvid.com/watch/VT-NPz6n6wZ,
http://www.playvid.com/watch/rYo72aBcT2A, http://www.playvid.com/watch/g6E7yPnHHDJ, http://www.playvid.com/watch/XYQPcNZ38Jf,
http://www.playvid.com/watch/v06fMfSut3L, http://www.playvid.com/watch/zxZ-FcpeNKs, http://www.playvid.com/watch/BpaM9eznDal,
http://www.playvid.com/watch/MpFZDeLFWFB, http://www.playvid.com/watch/oypKTQJOOjR, http://www.playvid.com/watch/r8CS8ZDzV2Y,

http://www.playvid.com/watch/DWpPmbgOtH4, http://www.playvid.com/watch/ejFjCFckm5-, http://www.playvid.com/watch/vK2GKWrI9AQ,
http://www.playvid.com/watch/XFGCVjZoUYf, http://www.playvid.com/watch/LfmoBP65IQ2, http://www.playvid.com/watch/dHtz0HmzKog,
http://www.playvid.com/watch/L75gzEiYTQb, http://www.playvid.com/watch/4be3xYcHyWl, http://www.playvid.com/watch/Rl5rfofKu-q,
http://www.playvid.com/watch/4iSEGe0a-lT, http://www.playvid.com/watch/yYh0hQyXpIU, http://www.playvid.com/watch/s08ySEBS7jI,
http://www.playvid.com/watch/cAVvouRPd8F, http://www.playvid.com/watch/Dq0G84maILH, http://www.playvid.com/watch/Vb-OrtdrvQq,
http://www.playvid.com/watch/Wbkc6RIHvw0, http://www.playvid.com/watch/0iLac6Tq-pp, http://www.playvid.com/watch/gAUSEK0g6gg,
http://www.playvid.com/watch/ADVWXkLcqsD, http://www.playvid.com/watch/NR9iJMLyn7z, http://www.playvid.com/watch/KXLc-N6nNAX,
http://www.playvid.com/watch/0tHxQJt0svE, http://www.playvid.com/watch/TDYtvudp9IV, http://www.playvid.com/watch/PcrEZ90fH2O,
http://www.playvid.com/watch/OEmQt5ToQlB, http://www.playvid.com/watch/AxJyr-tXX2g, http://www.playvid.com/watch/IIEzH9m0SXl,
http://www.playvid.com/watch/BFtvyqywElS, http://www.playvid.com/watch/RkI0M6x7vTH, http://www.playvid.com/watch/x7Xm9dIktvD,
http://www.playvid.com/watch/5wflII-OpLT, http://www.playvid.com/watch/rmTIfDrzvhX, http://www.playvid.com/watch/ebKYM3xZJGw,
http://www.playvid.com/watch/vQWKmJDEoqH, http://www.playvid.com/watch/yqMC3-Sjohw, http://www.playvid.com/watch/8B656YASdWm,
http://www.playvid.com/watch/NDJSxtrZkI0, http://www.playvid.com/watch/zcPpF5fTGaD, http://www.playvid.com/watch/Ktm7hCDiD4D,
http://www.playvid.com/watch/wGM0cnXsMxo, http://www.playvid.com/watch/Q6b9Hg4vWfr, http://www.playvid.com/watch/sLhNNWIFDbm,
http://www.playvid.com/watch/JzgYdcbHdOL, http://www.playvid.com/watch/F99IkHArycL, http://www.playvid.com/watch/oOZ9rY6LZ-P,
http://www.playvid.com/watch/nDksQFhVVai, http://www.playvid.com/watch/QH6mPSyu-Kq, http://www.playvid.com/watch/uzTYpn0NTdm,
http://www.playvid.com/watch/pW72wjwhMdZ, http://www.playvid.com/watch/Wph2PJykG8X, http://www.playvid.com/watch/OcT5iPNrqrs,
http://www.playvid.com/watch/W5s3Ydx5vvN, http://www.playvid.com/watch/pi2ncDVSCyf, http://www.playvid.com/watch/Ctj5W2okmIL,
http://www.playvid.com/watch/5ekMZVYghuC, http://www.playvid.com/watch/a7fIM4uhmTg, http://www.playvid.com/watch/EKHlEW6pJWb,
http://www.playvid.com/watch/g8AmxsCpzW5, http://www.playvid.com/watch/WQ2vAXUFmCu, http://www.playvid.com/watch/a3soIBG47-F,
http://www.playvid.com/watch/7i72a5AoicT, http://www.playvid.com/watch/VthP5d8wQig, http://www.playvid.com/watch/yeamkEAqH6f,
http://www.playvid.com/watch/y6COG-JicLG, http://www.playvid.com/watch/t8TtGKl892z, http://www.playvid.com/watch/NcFHoen8DmT,
http://www.playvid.com/watch/mleSxgSbipY, http://www.playvid.com/watch/yGpaBJa4lYc, http://www.playvid.com/watch/R8UzJ3hjRU-,
http://www.playvid.com/watch/J5bSU0Hheqg, http://www.playvid.com/watch/yqOqsHVVJte, http://www.playvid.com/watch/PhwFX-pXc9p,
http://www.playvid.com/watch/md9awAd2cJJ, http://www.playvid.com/watch/65OqpCh9Kkh, http://www.playvid.com/watch/py48n0OLzy9,
http://www.playvid.com/watch/SqwLBefKUn9, http://www.playvid.com/watch/6YV2Wy3gAXI, http://www.playvid.com/watch/f8Q4AxQeYkX,
http://www.playvid.com/watch/X3-KBg9TfMz, http://www.playvid.com/watch/njN0NJVGcYW, http://www.playvid.com/watch/j5CmpGb3G6P,
http://www.playvid.com/watch/J6Dcv-6EkH3, http://www.playvid.com/watch/zQ2MFikmADi, http://www.playvid.com/watch/UMUW59AlQNE,
http://www.playvid.com/watch/XPHDoWvxcbv, http://www.playvid.com/watch/UgzNFoe8sur, http://www.playvid.com/watch/69DaxEQCf7t,
http://www.playvid.com/watch/CPdktkH7uOq, http://www.playvid.com/watch/GzifLrC6lF6, http://www.playvid.com/watch/Sp0ZcZhTTpM,
http://www.playvid.com/watch/m7a7-9J7rtL, http://www.playvid.com/watch/6LwnvkHPiyd, http://www.playvid.com/watch/oRILVeHuui0,
http://www.playvid.com/watch/YUGTpjqV8Ty, http://www.playvid.com/watch/oY4lzibXG0S, http://www.playvid.com/watch/fZNZRd3uK4G,
http://www.playvid.com/watch/sJS2DBFYl9D, http://www.playvid.com/watch/hZWjYJBakRQ, http://www.playvid.com/watch/iDEENbmqkgy,
http://www.playvid.com/watch/eRERtJ0dNy0, http://www.playvid.com/watch/eipuIJxtXH6, http://www.playvid.com/watch/Z422DBd3LZ-,
http://www.playvid.com/watch/6qzvbhM8xSu, http://www.playvid.com/watch/rAvB-qkgTkY, http://www.playvid.com/watch/-OqBdVFAkej,
http://www.playvid.com/watch/xpFEYh-pSyp, http://www.playvid.com/watch/okxwHnabc5a, http://www.playvid.com/watch/yYVcho7LVaX,
http://www.playvid.com/watch/a0qTom8yecV, http://www.playvid.com/watch/sLGvhGfewTk, http://www.playvid.com/watch/ZawGBpk37ht,
http://www.playvid.com/watch/y-iBhBYvh3o, http://www.playvid.com/watch/uH8XMqWqu2n, http://www.playvid.com/watch/nzY9iTTNaKR,
http://www.playvid.com/watch/b9Us8i77qdL, http://www.playvid.com/watch/OzxmTXepqzm, http://www.playvid.com/watch/l706Fogxt4K,
http://www.playvid.com/watch/mPTNSjXA8iq, http://www.playvid.com/watch/l8UEbZnhoKh, http://www.playvid.com/watch/uOOnO5vYFCE,
http://www.playvid.com/watch/oAGAiuX3icG, http://www.playvid.com/watch/6ETjdAIJbpL, http://www.playvid.com/watch/mDlm-UzQ-Wj,
http://www.playvid.com/watch/iL6tCNVmtDi, http://www.playvid.com/watch/Z9KmaveNhFc, http://www.playvid.com/watch/OJVj0E2-Va8,
http://www.playvid.com/watch/uhHMtK-3IP7, http://www.playvid.com/watch/yoxtQsyEXCv, http://www.playvid.com/watch/LT60kryklTe,
http://www.playvid.com/watch/I9rP3XNNngc, http://www.playvid.com/watch/s7gzQANCvnu, http://www.playvid.com/watch/nBqpQEqvw30,
http://www.playvid.com/watch/8lyS4vBF-vf, http://www.playvid.com/watch/oRHmS2mUfai, http://www.playvid.com/watch/Zy7F0HA2VnA,
http://www.playvid.com/watch/CTpxfeMbaGz, http://www.playvid.com/watch/KvFadHLI0EM, http://www.playvid.com/watch/uOVetu0LIa8,
http://www.playvid.com/watch/PPLtXZAuWuc, http://www.playvid.com/watch/Q7A8-FbvNsa, http://www.playvid.com/watch/pGR7-9m8PJF,
http://www.playvid.com/watch/yYSYbodRsXQ, http://www.playvid.com/watch/7r6CTOqRg8c, http://www.playvid.com/watch/pt7TcaDHtR2,
http://www.playvid.com/watch/QhC03aDVoZ5, http://www.playvid.com/watch/4bPAB-neEXV, http://www.playvid.com/watch/pyR042xmjC6,
http://www.playvid.com/watch/5d8BdCyO-w5, http://www.playvid.com/watch/4I7OtiUXOpQ, http://www.playvid.com/watch/6Ec2VpvB87D,
http://www.playvid.com/watch/TmGDIBWDLp2, http://www.playvid.com/watch/pFPtWs7Yqqx, http://www.playvid.com/watch/zKjKeuCotOp,
http://www.playvid.com/watch/dRhCwKmZl9i, http://www.playvid.com/watch/OksQOBtrNXz, http://www.playvid.com/watch/qQm6ju24wbQ,
http://www.playvid.com/watch/vusRpnNyRIg, http://www.playvid.com/watch/Y9WlnKlrRp8, http://www.playvid.com/watch/YKp2IHf5SJ4,
http://www.playvid.com/watch/lMToVBInsxS, http://www.playvid.com/watch/36Ah4FBePrV, http://www.playvid.com/watch/fhr-63rxiNn,
http://www.playvid.com/watch/rucLRwDk0gG, http://www.playvid.com/watch/aIH7XHQJR-O, http://www.playvid.com/watch/66YRneHY-kI,
http://www.playvid.com/watch/dN7cWAOlZ0O, http://www.playvid.com/watch/gPrrobloE4v, http://www.playvid.com/watch/5Hwj3oAX5pI,
http://www.playvid.com/watch/9fmT7lJI7hq, http://www.playvid.com/watch/mTfaOIINP5H, http://www.playvid.com/watch/cTJTFWcZjM3,
http://www.playvid.com/watch/ZSgF6Rg02jA, http://www.playvid.com/watch/SOnd20hOmUx, http://www.playvid.com/watch/oB76PPFmmKP,
http://www.playvid.com/watch/WAZVDfDYrbt, http://www.playvid.com/watch/9WwiH6awC7O, http://www.playvid.com/watch/HK6KHYsi3t9,
http://www.playvid.com/watch/Vl0qjrPiJxW, http://www.playvid.com/watch/nLfQJVVk-yf, http://www.playvid.com/watch/vUCDIHu2Oo6,
http://www.playvid.com/watch/Zx-aRg8PRWb, http://www.playvid.com/watch/4fl4yhpUDMz, http://www.playvid.com/watch/xwtDiYQmbhb,
http://www.playvid.com/watch/5dR2RMLAjWI, http://www.playvid.com/watch/UFHtCaFxowR, http://www.playvid.com/watch/MI-HeTmJ7Un,
http://www.playvid.com/watch/S3ngGRetIuB, http://www.playvid.com/watch/TAj-GbYlWLp, http://www.playvid.com/watch/E6crRviBkw5,
http://www.playvid.com/watch/9jRDJwWjjlU, http://www.playvid.com/watch/7XRoLV5O0MM, http://www.playvid.com/watch/USQEMiK9A7p,
http://www.playvid.com/watch/dq6QejSUfc5, http://www.playvid.com/watch/JWbrqRc8wUA, http://www.playvid.com/watch/Nqbg-uzpg7Y,
http://www.playvid.com/watch/X8QwXzZSLSr, http://www.playvid.com/watch/KbslsYAEFTj, http://www.playvid.com/watch/RH0kBA4iO84,
http://www.playvid.com/watch/eb4EelBuJ90, http://www.playvid.com/watch/iBZB9yYzluW, http://www.playvid.com/watch/IkTdhHd-6CE,
http://www.playvid.com/watch/NQh-5dJU-ab, http://www.playvid.com/watch/56djHragegN, http://www.playvid.com/watch/qY3BXDPo8wB,
http://www.playvid.com/watch/YvBw69cESQf, http://www.playvid.com/watch/H9moBrlT9Lz, http://www.playvid.com/watch/gMrquBuLMvt,
http://www.playvid.com/watch/SRzXe0LJkEQ, http://www.playvid.com/watch/NThnrnZegMe, http://www.playvid.com/watch/J0oLKdpxHFU,
http://www.playvid.com/watch/IkGTxrCoTWM, http://www.playvid.com/watch/pw2SbO4rTtg, http://www.playvid.com/watch/nerFHatEhHJ,
http://www.playvid.com/watch/mdLkxagchjT, http://www.playvid.com/watch/3RoOa4gGYkL, http://www.playvid.com/watch/SA2LU2I-Hpg,
http://www.playvid.com/watch/tYw4kNbFiDN, http://www.playvid.com/watch/YicaVlHFRRw, http://www.playvid.com/watch/JcOKhHmFAMu,
http://www.playvid.com/watch/eKFRPqo2W6F, http://www.playvid.com/watch/9NvXKFGwBLb, http://www.playvid.com/watch/C9qscLKc88k,
http://www.playvid.com/watch/ToCFGVYdTgo, http://www.playvid.com/watch/LYU3H9n6Dtz, http://www.playvid.com/watch/8BMBgy3RIPK,
http://www.playvid.com/watch/Eo2pE06S5sV, http://www.playvid.com/watch/s8Xq3-BeeaL, http://www.playvid.com/watch/Htt7pceBGM3,
http://www.playvid.com/watch/ML2tDb3hBJp, http://www.playvid.com/watch/TMwicBdcwxC, http://www.playvid.com/watch/vkLVSYITjo-,
http://www.playvid.com/watch/Im-VPQJ9qW6, http://www.playvid.com/watch/AImQdwHfHXj, http://www.playvid.com/watch/iNvTxktjVxb,
http://www.playvid.com/watch/lczsRyscM9w, http://www.playvid.com/watch/BSidrBy2THh, http://www.playvid.com/watch/PUDXiaPafza,
http://www.playvid.com/watch/wja5zZXNgfK, http://www.playvid.com/watch/cCbhLz469qu, http://www.playvid.com/watch/ubhUes3vXDg,
http://www.playvid.com/watch/Z6bKOPd6c6Y, http://www.playvid.com/watch/wRbiVsnUhjN, http://www.playvid.com/watch/q9dT46Ao2Oy,
http://www.playvid.com/watch/I4NZNNHTlno, http://www.playvid.com/watch/hd0OpJ-ooDR, http://www.playvid.com/watch/h8-9yOpWIqf,
http://www.playvid.com/watch/5s6RJqr-bAh, http://www.playvid.com/watch/957mlPK64eQ, http://www.playvid.com/watch/zC4AAhYDqWl,
http://www.playvid.com/watch/Q0NG5A-P7It, http://www.playvid.com/watch/5M7uSB6eLrG, http://www.playvid.com/watch/IEydM-ZcZ8w,
http://www.playvid.com/watch/Rs49IpIobGp, http://www.playvid.com/watch/3qj-dSRMPGr, http://www.playvid.com/watch/TjbQvU9jz8P,
http://www.playvid.com/watch/vdaqZw--yQu, http://www.playvid.com/watch/DFH7WYyBDVb, http://www.playvid.com/watch/-dmNRcUkUS9,
http://www.playvid.com/watch/cdPyp2gUl0T, http://www.playvid.com/watch/9vYfJaihM0O, http://www.playvid.com/watch/hpQksyQOyJy,
http://www.playvid.com/watch/iMf8h0r6m4O, http://www.playvid.com/watch/GDBEzxugDqa, http://www.playvid.com/watch/eMKpXH9hSNL,
http://www.playvid.com/watch/oeOle-JL2yH, http://www.playvid.com/watch/tAIBzEr4aWJ, http://www.playvid.com/watch/7yotvawPCev,
http://www.playvid.com/watch/DeDaZJgpcop, http://www.playvid.com/watch/K9wIoXYRZIL, http://www.playvid.com/watch/sIK48ttY-b6,
http://www.playvid.com/watch/eaQaUMx5mrQ, http://www.playvid.com/watch/MLm4OmuWrPs, http://www.playvid.com/watch/U9Wg87Dc3wQ,
http://www.playvid.com/watch/WXhtwgntW4P, http://www.playvid.com/watch/W-mo4YOmAwu, http://www.playvid.com/watch/NoHnQlH2f4k,
http://www.playvid.com/watch/0F0tXd68aTO, http://www.playvid.com/watch/Z-3yJFjIYBW, http://www.playvid.com/watch/dn9uK9ynvMQ,
http://www.playvid.com/watch/RbmUVCHWTlP, http://www.playvid.com/watch/5YC2DLPXJht, http://www.playvid.com/watch/Yn-Q3H6hpeW,
http://www.playvid.com/watch/N-vZkAyT8ej, http://www.playvid.com/watch/dBlSxqFWPFQ, http://www.playvid.com/watch/3SVLzORRAXf,
http://www.playvid.com/watch/qPtmxR8Vi8j, http://www.playvid.com/watch/gtfmdfKVMqr, http://www.playvid.com/watch/2dxKipSsMQk,

http://www.playvid.com/watch/-HQXYG2kRvp, http://www.playvid.com/watch/iHSYkB2lijc, http://www.playvid.com/watch/VfwjwDpsCZ4, http://www.playvid.com/watch/BDjp2HjO9FF, http://www.playvid.com/watch/47OmVPTl7uZ, http://www.playvid.com/watch/dnesBHL6f7G, http://www.playvid.com/watch/gq0Zq8muqA4, http://www.playvid.com/watch/yCoDHEStruf, http://www.playvid.com/watch/ZnqV53aPsWY, http://www.playvid.com/watch/LLixyxWSvox, http://www.playvid.com/watch/2-qgDQ3ct56, http://www.playvid.com/watch/HVV2Hpxe5UU, http://www.playvid.com/watch/JsqL0ClhZ6k, http://www.playvid.com/watch/ReKmU9GEd7X, http://www.playvid.com/watch/8UWG0nkVSWp, http://www.playvid.com/watch/qZR8Klm2KsY, http://www.playvid.com/watch/QpStpb-pt2H, http://www.playvid.com/watch/c-iOUfJ25Iv, http://www.playvid.com/watch/GpfiIzi3yrp, http://www.playvid.com/watch/pXUxgrh9Spg, http://www.playvid.com/watch/PmBk4ESehDv, http://www.playvid.com/watch/cDw0IlmkQt-, http://www.playvid.com/watch/aTmsrCwMtps, http://www.playvid.com/watch/rLDcL2-bvOT, http://www.playvid.com/watch/JsDtWx3vKMk, http://www.playvid.com/watch/OpBa9o32xXc, http://www.playvid.com/watch/BF98KQ-afrp, http://www.playvid.com/watch/4i6ItlKyb5M, http://www.playvid.com/watch/fHxfKruRd5T, http://www.playvid.com/watch/6Pnk9oO2rUD, http://www.playvid.com/watch/YyOnaB59Ebp, http://www.playvid.com/watch/Mg09WPxHXdC, http://www.playvid.com/watch/gkAIwy48Clv, http://www.playvid.com/watch/RyLHuvXsXWW, http://www.playvid.com/watch/X4EmCW8dQeK, http://www.playvid.com/watch/WUOgkTwEv9x, http://www.playvid.com/watch/rEcNPNrbvnW, http://www.playvid.com/watch/CTZlIPtmOLT, http://www.playvid.com/watch/es93sC3eZzS, http://www.playvid.com/watch/KmMQtlHHct8, http://www.playvid.com/watch/N4MWnl2wJIl, http://www.playvid.com/watch/L8XBqnrckbo, http://www.playvid.com/watch/Ve3gH6hDsSR, http://www.playvid.com/watch/HCwWi2ZHE6x, http://www.playvid.com/watch/d-XzKsEOAct, http://www.playvid.com/watch/4hxsjMWLu64, http://www.playvid.com/watch/T3YiB-jaxKS, http://www.playvid.com/watch/v3Kyk2-M84m, http://www.playvid.com/watch/V8FExnAJbRf, http://www.playvid.com/watch/vJZMzKxEroF, http://www.playvid.com/watch/AoSvl73m9Ih, http://www.playvid.com/watch/Wvvhc9p9c5g, http://www.playvid.com/watch/GgGbtOgPcYT, http://www.playvid.com/watch/GwwY-r88VGq, http://www.playvid.com/watch/aX089IyXrox, http://www.playvid.com/watch/0kikmtuDZBj, http://www.playvid.com/watch/xkaCz4SBT7E, http://www.playvid.com/watch/xq4yh-6Rbuw, http://www.playvid.com/watch/LBNQfEhYK-6, http://www.playvid.com/watch/X-Efsm3tUJG, http://www.playvid.com/watch/-4n3CqcZj82, http://www.playvid.com/watch/mxh7W4ERoyc, http://www.playvid.com/watch/2Qjy0i0e3Hk, http://www.playvid.com/watch/ShKCI7GPag5, http://www.playvid.com/watch/B3JjJOz0Mhn, http://www.playvid.com/watch/7d-6wH5RZev, http://www.playvid.com/watch/H9ShXvGyTaQ, http://www.playvid.com/watch/hwCnSBuTQCH, http://www.playvid.com/watch/4KchlDeJiNd, http://www.playvid.com/watch/AA0ky0eEkZt, http://www.playvid.com/watch/pygXxmnecOl, http://www.playvid.com/watch/BLgVhxop4nM, http://www.playvid.com/watch/AUARe2Fqohz, http://www.playvid.com/watch/lpwcahayACx, http://www.playvid.com/watch/VlaTD6fw-CP, http://www.playvid.com/watch/PttIkdqICK7, http://www.playvid.com/watch/yoFXP3C2sEg, http://www.playvid.com/watch/JqYMRJL40G9, http://www.playvid.com/watch/izXBWGQt-w0, http://www.playvid.com/watch/4rnKvwgIgzN, http://www.playvid.com/watch/qGEqkBcDlbk, http://www.playvid.com/watch/ceQig-het78, http://www.playvid.com/watch/8DHGLBhYXd-, http://www.playvid.com/watch/ZwqsFg2UeBn, http://www.playvid.com/watch/792Fqz2SVrT, http://www.playvid.com/watch/zUKpdCzhZV5, http://www.playvid.com/watch/fgqupGiZZKo, http://www.playvid.com/watch/L43mcuz3RnQ, http://www.playvid.com/watch/fshyUW7qAo3, http://www.playvid.com/watch/mt79dqDAPoN, http://www.playvid.com/watch/Xb0dMmyw7NG, http://www.playvid.com/watch/TN2rEPIQhFG, http://www.playvid.com/watch/VrBT45rZjGY, http://www.playvid.com/watch/Ea9C4uEvmOR, http://www.playvid.com/watch/jh0cooCX32G, http://www.playvid.com/watch/sW9u0JtTkwa, http://www.playvid.com/watch/QVajg67S-Em, http://www.playvid.com/watch/MbOWAT5X-hF, http://www.playvid.com/watch/vnwR4hSDveY, http://www.playvid.com/watch/vQjwgTL7anZ, http://www.playvid.com/watch/SQyJPHCtxwl, http://www.playvid.com/watch/L3MbC7A7tyo, http://www.playvid.com/watch/TEETeo6Xynz, http://www.playvid.com/watch/x9XuoCBfc0U, http://www.playvid.com/watch/IJZRjeoXSy8, http://www.playvid.com/watch/NMmC8jcKPkq, http://www.playvid.com/watch/6h72aABNi7s, http://www.playvid.com/watch/-q0wV3nZgq-, http://www.playvid.com/watch/9Aq43jPaqpQ, http://www.playvid.com/watch/YvwuEFMZ70K, http://www.playvid.com/watch/AVqTtZnp5mg, http://www.playvid.com/watch/7WQ0dBWahM-, http://www.playvid.com/watch/YfViPdVD760, http://www.playvid.com/watch/T-LWTj8Bsql, http://www.playvid.com/watch/WEjMWrkF0ut, http://www.playvid.com/watch/V08rhRXZnfw, http://www.playvid.com/watch/YzMNMqMs0I4, http://www.playvid.com/watch/TICSN2eADjr, http://www.playvid.com/watch/adcc48-0Igm, http://www.playvid.com/watch/3GdqR8m5GD4, http://www.playvid.com/watch/zWLdI295lKn, http://www.playvid.com/watch/AGtbj7yWLxq, http://www.playvid.com/watch/oUO7bq9oI6N, http://www.playvid.com/watch/n4GKVB9BwZs, http://www.playvid.com/watch/JIX7WNttmFu, http://www.playvid.com/watch/K74ss4OJWM0, http://www.playvid.com/watch/0kCppGakSej, http://www.playvid.com/watch/SnfPwKsUSuY, http://www.playvid.com/watch/l5I48FwTCkB, http://www.playvid.com/watch/Wrq27yuGwq7, http://www.playvid.com/watch/H7-kDPXz3uf, http://www.playvid.com/watch/agdlP7NjdA4, http://www.playvid.com/watch/tGUK5undE8Q, http://www.playvid.com/watch/5qdQulW-hGV, http://www.playvid.com/watch/N7QqhVoaa4m, http://www.playvid.com/watch/lQ0qoi2cIw9, http://www.playvid.com/watch/4SP7d9tDT8V, http://www.playvid.com/watch/jq92vXdNt-b, http://www.playvid.com/watch/lk4KdREOTtc, http://www.playvid.com/watch/ao-98XSZLEU, http://www.playvid.com/watch/sFvcKOsYvhY, http://www.playvid.com/watch/BCvIuq7Fxox, http://www.playvid.com/watch/MBTu6N0IvGV, http://www.playvid.com/watch/pW3Z5yZbgtH, http://www.playvid.com/watch/hNA-PnF8MT6, http://www.playvid.com/watch/mL3dnbALptm, http://www.playvid.com/watch/qBNrQpsXBsk, http://www.playvid.com/watch/dsOy25glzWo, http://www.playvid.com/watch/rplzNAL-yxC, http://www.playvid.com/watch/bEdV7pNuRXL, http://www.playvid.com/watch/pKMhT-ZkFRk, http://www.playvid.com/watch/WAZr-cvZ7Xn, http://www.playvid.com/watch/vVsL7RpxtoW, http://www.playvid.com/watch/I7jgJpM3mdr, http://www.playvid.com/watch/SKZwKowOaSb, http://www.playvid.com/watch/LWoF2Fsu4ix, http://www.playvid.com/watch/Wm5085n5woO, http://www.playvid.com/watch/P40q5oXJFjm, http://www.playvid.com/watch/8Ep2BB3rvL0, http://www.playvid.com/watch/G5HeFH-lLuY, http://www.playvid.com/watch/DvXBe9cM7bo, http://www.playvid.com/watch/kWandszUc9K, http://www.playvid.com/watch/CbgjBIZY8fL, http://www.playvid.com/watch/3S-mrsQArIV, http://www.playvid.com/watch/IlB53Yo6hXC, http://www.playvid.com/watch/fSSQiXzQ9cz, http://www.playvid.com/watch/BSYdo7Yb5w9, http://www.playvid.com/watch/7PQXiK3zyYi, http://www.playvid.com/watch/hOeCsJS5I0k, http://www.playvid.com/watch/wgdao2zHslR, http://www.playvid.com/watch/Sq6cyi8V980, http://www.playvid.com/watch/5cHNRFOYOZs, http://www.playvid.com/watch/ZQmmbtBpDNk, http://www.playvid.com/watch/LiEhEBcDNac, http://www.playvid.com/watch/LVJ9gajlqgf, http://www.playvid.com/watch/3QTzVrm6YGh, http://www.playvid.com/watch/3SbG9Cgwy5m, http://www.playvid.com/watch/pmFhh3VoEze, http://www.playvid.com/watch/4OohUFAR4b2, http://www.playvid.com/watch/XegXL3o04kU, http://www.playvid.com/watch/hvVptCmTYDU, http://www.playvid.com/watch/eFotlUTN-N-, http://www.playvid.com/watch/MdGsZsYrzgT, http://www.playvid.com/watch/577Wsn8ey9Y, http://www.playvid.com/watch/9pdkA4ODmm-, http://www.playvid.com/watch/F-eJxFLvq5j, http://www.playvid.com/watch/4FLeE7hBZfb, http://www.playvid.com/watch/MnNhiPfl8Do, http://www.playvid.com/watch/fJjSf4hd9Ze, http://www.playvid.com/watch/8OjgTc-lObl, http://www.playvid.com/watch/3pYltrsTDW4, http://www.playvid.com/watch/rkDYTD6hs-i, http://www.playvid.com/watch/i2dkhvPdPVE, http://www.playvid.com/watch/t2bzHBXUDXr, http://www.playvid.com/watch/vmgVDHKIIrS, http://www.playvid.com/watch/nvU6GlAKq2H, http://www.playvid.com/watch/IfOyGiETDEd, http://www.playvid.com/watch/mXCv806D-KR, http://www.playvid.com/watch/2xL9-dxuMZG, http://www.playvid.com/watch/bwwdbHFfJiY, http://www.playvid.com/watch/Y3WYhebVmjH, http://www.playvid.com/watch/8TrjFYCZWQU, http://www.playvid.com/watch/DglvdPZibVu, http://www.playvid.com/watch/s-r7S4EPaeq, http://www.playvid.com/watch/WNtt96YT8M3, http://www.playvid.com/watch/hw-WHVHwT3X, http://www.playvid.com/watch/YxbDQcsK674, http://www.playvid.com/watch/bx0n-winyPK, http://www.playvid.com/watch/IFDQpO-rclQ, http://www.playvid.com/watch/kKxaynXS86V, http://www.playvid.com/watch/6nyNhXZPwmX, http://www.playvid.com/watch/bzSuEbQBd38, http://www.playvid.com/watch/TLveT4fqtpv, http://www.playvid.com/watch/o-2AtVIFcdo, http://www.playvid.com/watch/CYuH0CWI6QG, http://www.playvid.com/watch/AvlQRnQy2AM, http://www.playvid.com/watch/AWrIIaVSBIV, http://www.playvid.com/watch/xwH67GAEmDz, http://www.playvid.com/watch/FxOO4qoIx30, http://www.playvid.com/watch/Y03IT-lMJZn, http://www.playvid.com/watch/k-rCsijj4vR, http://www.playvid.com/watch/wqKFatWazXQ, http://www.playvid.com/watch/Z5HOHyDNYtX, http://www.playvid.com/watch/RkEVIPXxciN, http://www.playvid.com/watch/BJ0cmExFnGy, http://www.playvid.com/watch/9OCeLmCU6EM, http://www.playvid.com/watch/QA5G7FHd-VU, http://www.playvid.com/watch/SaIfKRITkKD, http://www.playvid.com/watch/Zsvi0S7sohI, http://www.playvid.com/watch/OT2vTRDsABS, http://www.playvid.com/watch/vcXKskStdBg, http://www.playvid.com/watch/sn6HiYcXMVC, http://www.playvid.com/watch/sH-ZKd6Z37z, http://www.playvid.com/watch/supkefKys0F, http://www.playvid.com/watch/BQuE3XCOWdF, http://www.playvid.com/watch/0PKYVndhXzF, http://www.playvid.com/watch/OGWcyNnnc0y, http://www.playvid.com/watch/0XWgwViEpue, http://www.playvid.com/watch/bl746votDUf, http://www.playvid.com/watch/dQw0Zh4xRcg, http://www.playvid.com/watch/yySriVy4GkD, http://www.playvid.com/watch/aYsOEfdABfZ, http://www.playvid.com/watch/fVPBomlKvHn, http://www.playvid.com/watch/OrKiYVKh8qr, http://www.playvid.com/watch/FLgVZab66XC, http://www.playvid.com/watch/FdxWfUAHYpD, http://www.playvid.com/watch/2NZS5zfYgsa, http://www.playvid.com/watch/xeLYnUXZYBH, http://www.playvid.com/watch/pUEcC-9qyD7, http://www.playvid.com/watch/iDgA5-Cl5Tq, http://www.playvid.com/watch/pn7XRstJHbG, http://www.playvid.com/watch/zNu6xaZPuS5, http://www.playvid.com/watch/Z8iluO4gfmw, http://www.playvid.com/watch/JinNiR8iMdz, http://www.playvid.com/watch/iEuquI3gkrr, http://www.playvid.com/watch/Tmz4VXtW6Au, http://www.playvid.com/watch/5fq88WeT9o8, http://www.playvid.com/watch/Md2ZeZDlnLI, http://www.playvid.com/watch/2gS6yi7vq32, http://www.playvid.com/watch/0r5SyqExyWB, http://www.playvid.com/watch/gsHIeL7o5ya, http://www.playvid.com/watch/Dvo6RnN4cJq, http://www.playvid.com/watch/4c8pXgQjXki, http://www.playvid.com/watch/gNaakUKe9EX, http://www.playvid.com/watch/OmgKwh45z5c, http://www.playvid.com/watch/XegkNsUFNa-, http://www.playvid.com/watch/ptz-NMFz3rE, http://www.playvid.com/watch/MfHwzPFBRhv, http://www.playvid.com/watch/8v50XtUkiDP, http://www.playvid.com/watch/BIqeLv0Exqr, http://www.playvid.com/watch/SAr7cByQdLi, http://www.playvid.com/watch/2g4aELCzwT4, http://www.playvid.com/watch/9k6S5xkZgnV, http://www.playvid.com/watch/WWRWeIgbvaj, http://www.playvid.com/watch/6znw3Hww2q7, http://www.playvid.com/watch/zvngHrrDPgs, http://www.playvid.com/watch/LA4pWyisEj8, http://www.playvid.com/watch/WreHx6E7q2r, http://www.playvid.com/watch/Ulix8cqtPU7, http://www.playvid.com/watch/PPiGP2xnm7F, http://www.playvid.com/watch/JEB0KwiGCGS, http://www.playvid.com/watch/2qKDCXN6udF, http://www.playvid.com/watch/RqvkgAhomV9, http://www.playvid.com/watch/b4Z2yu-sVmT, http://www.playvid.com/watch/OlcVqvvBvda, http://www.playvid.com/watch/Arjri7ECGIA, http://www.playvid.com/watch/EJGpD0WXx-8, http://www.playvid.com/watch/BR498dnwPzb,

http://www.playvid.com/watch/xCl2BD8wJGO, http://www.playvid.com/watch/Ff9YvwZS6-u, http://www.playvid.com/watch/aIxczFq8PRq,
http://www.playvid.com/watch/3ZzYhgjJT4-, http://www.playvid.com/watch/ZjAuJz3UiCA, http://www.playvid.com/watch/w65luwjX-7y,
http://www.playvid.com/watch/ETvHFQZsr0Z, http://www.playvid.com/watch/Me64-GKqMJ5, http://www.playvid.com/watch/3DsYEQc5FUm,
http://www.playvid.com/watch/nzsDO3T8lZD, http://www.playvid.com/watch/SiunuUAJNnH, http://www.playvid.com/watch/Hc9H9FA5nkK,
http://www.playvid.com/watch/A96tGXJtpcR, http://www.playvid.com/watch/VaYT9NZZvf2, http://www.playvid.com/watch/wClxU7AQTYf,
http://www.playvid.com/watch/DbBFbyOUH5G, http://www.playvid.com/watch/OboLehtHH86, http://www.playvid.com/watch/GC43wET4dWt,
http://www.playvid.com/watch/DjRjzRwcG58, http://www.playvid.com/watch/NZHjvlDGeqF, http://www.playvid.com/watch/sMlvXt-lrU6,
http://www.playvid.com/watch/UDmyjigzsBv, http://www.playvid.com/watch/e3cLXfO0m9G, http://www.playvid.com/watch/FY45SMumSc6,
http://www.playvid.com/watch/VpSOxfgKgvt, http://www.playvid.com/watch/qvaA8flmuTr, http://www.playvid.com/watch/NWTI3vrglpP,
http://www.playvid.com/watch/ZPMkct3d-eZ, http://www.playvid.com/watch/-iLCSiI7h4D, http://www.playvid.com/watch/zPzpQ68cSUT,
http://www.playvid.com/watch/GWuzAQD43Wp, http://www.playvid.com/watch/6nLsDuBeXbn, http://www.playvid.com/watch/fBGi0NxuUBV,
http://www.playvid.com/watch/Y69Bd4ZYWBI, http://www.playvid.com/watch/sKZ7WZ29y0m, http://www.playvid.com/watch/2WWyB7kqb-K,
http://www.playvid.com/watch/uAEfP5RnZM9, http://www.playvid.com/watch/ywouRYEoYlQ, http://www.playvid.com/watch/clqdefzrKYe,
http://www.playvid.com/watch/nyfTl-laQZl, http://www.playvid.com/watch/IP8OUE2xVvA, http://www.playvid.com/watch/rQCLRkbCoqK,
http://www.playvid.com/watch/KKtDELR7uLQ, http://www.playvid.com/watch/qz2CeHSxuE-, http://www.playvid.com/watch/AIZFNjBAFks,
http://www.playvid.com/watch/VakTjdhjwLG, http://www.playvid.com/watch/IEe4yRDwf5M, http://www.playvid.com/watch/2A-IKSielj9,
http://www.playvid.com/watch/qRrC74Y3AGd, http://www.playvid.com/watch/ub3dySGE7S3, http://www.playvid.com/watch/5kYGjPJM6C9,
http://www.playvid.com/watch/80DbEvqg88J, http://www.playvid.com/watch/GkLbiYlr3p7, http://www.playvid.com/watch/0UNSl3NT3iZ,
http://www.playvid.com/watch/ybODl7YQFOZ, http://www.playvid.com/watch/eCIyX9FdYbP, http://www.playvid.com/watch/XMyqCVIl0yJ,
http://www.playvid.com/watch/b5QKnm0GH7J, http://www.playvid.com/watch/KsbbmpL8cH7, http://www.playvid.com/watch/cKrkIawKcp6,
http://www.playvid.com/watch/BeH-ZxCYgHu, http://www.playvid.com/watch/cyxm8O8QN4g, http://www.playvid.com/watch/nuFxKp5Af68,
http://www.playvid.com/watch/gEx6uGrmhCB, http://www.playvid.com/watch/lVVNEDL9w9X, http://www.playvid.com/watch/BdduECbgePM,
http://www.playvid.com/watch/3kxKhBPPqBH, http://www.playvid.com/watch/HD2pij2imKS, http://www.playvid.com/watch/zZT3M8jnmUu,
http://www.playvid.com/watch/47wFmgkgM09, http://www.playvid.com/watch/k0FQH5Kc07R, http://www.playvid.com/watch/FuRCFAy-V59,
http://www.playvid.com/watch/mKDTFxz4IH0, http://www.playvid.com/watch/Wi7kutGHIhU, http://www.playvid.com/watch/Tfwn0M9NAke,
http://www.playvid.com/watch/9Mch-whraVi, http://www.playvid.com/watch/inhIuLmp6KT, http://www.playvid.com/watch/pYrbvNun2e2,
http://www.playvid.com/watch/0YFnIZipfIV, http://www.playvid.com/watch/7LX9-CrLgjU, http://www.playvid.com/watch/WDUYaswteaT,
http://www.playvid.com/watch/I6YPUxIfxiZ, http://www.playvid.com/watch/sJcg8aiDJ8u, http://www.playvid.com/watch/UE-20rOMqp8,
http://www.playvid.com/watch/Ixdf7hdkArm, http://www.playvid.com/watch/Y2s3xH27ulf, http://www.playvid.com/watch/8y-yLQ4oSj3,
http://www.playvid.com/watch/jQkIfiMi9nL, http://www.playvid.com/watch/lwUeQNYgzGA, http://www.playvid.com/watch/hIhaT3yhjXs,
http://www.playvid.com/watch/uYoRl8ODWrT, http://www.playvid.com/watch/jTn3JAzxrKQ, http://www.playvid.com/watch/toieWbRjSl6,
http://www.playvid.com/watch/IpzIUYFLFDJ, http://www.playvid.com/watch/XQF3hqRcVOw, http://www.playvid.com/watch/D9mDTfR-ZYM,
http://www.playvid.com/watch/ern00IsXp0q, http://www.playvid.com/watch/Tz7QHLdorYQ, http://www.playvid.com/watch/b6NAvIso3Os,
http://www.playvid.com/watch/VlAGoMGUhgP, http://www.playvid.com/watch/D0T0WyKzz9V, http://www.playvid.com/watch/VA84ATnrpjR,
http://www.playvid.com/watch/XzZIOE9G2ar, http://www.playvid.com/watch/tNRBxvThjOA, http://www.playvid.com/watch/p5nud9Ub2kU,
http://www.playvid.com/watch/nzqdmqytkqe, http://www.playvid.com/watch/Ol2gxwWrtxL, http://www.playvid.com/watch/4iKjMuxXvQn,
http://www.playvid.com/watch/xNyv9l-VEdM, http://www.playvid.com/watch/dinbTmp83xz, http://www.playvid.com/watch/EeaxmjVmFEp,
http://www.playvid.com/watch/5iEP4bw-qhG, http://www.playvid.com/watch/tDrT-RW2eM5, http://www.playvid.com/watch/s03WxjBKdJf,
http://www.playvid.com/watch/PJjkGadE5nJ, http://www.playvid.com/watch/KXAWJhsF7XH, http://www.playvid.com/watch/TMyDAFjNcJ9,
http://www.playvid.com/watch/WeK6kfAPERx, http://www.playvid.com/watch/tEvarzKmJPN, http://www.playvid.com/watch/izc8-KJ9jNb,
http://www.playvid.com/watch/EAIIV4YB-ib, http://www.playvid.com/watch/-2FR0lT5TRD, http://www.playvid.com/watch/YNN5PMIdeDU,
http://www.playvid.com/watch/3mePqAiLxJz, http://www.playvid.com/watch/DZMZNHpPmPe, http://www.playvid.com/watch/iqdOF6k6z20,
http://www.playvid.com/watch/3rKuqIdXRzn, http://www.playvid.com/watch/CZn5Kv9ITZO, http://www.playvid.com/watch/SCOqrDLmpSj,
http://www.playvid.com/watch/4Nw8MLnuxhZ, http://www.playvid.com/watch/59AGTMKpCoj, http://www.playvid.com/watch/XQXJsbDCcOG,
http://www.playvid.com/watch/LbwUJCwnz6O, http://www.playvid.com/watch/GtPC-4tkpFg, http://www.playvid.com/watch/wEWhju3bJtq,
http://www.playvid.com/watch/d6bFCsz7d2r, http://www.playvid.com/watch/CkEDx8atG55, http://www.playvid.com/watch/OI7H38N9UGM,
http://www.playvid.com/watch/OSrbvytCyrT, http://www.playvid.com/watch/ww3DCeHeIue, http://www.playvid.com/watch/VDOGfvlxFZ0,
http://www.playvid.com/watch/6DA7Odp4LfM, http://www.playvid.com/watch/Gnnh-cbfu8v, http://www.playvid.com/watch/nW-yJJZwQAE,
http://www.playvid.com/watch/xYH5dWIUeU-, http://www.playvid.com/watch/2Ku5ZA-9BjY, http://www.playvid.com/watch/wY3ExjJOfnT,
http://www.playvid.com/watch/fHIuivD-KXm, http://www.playvid.com/watch/d-4RVn9-Y6q, http://www.playvid.com/watch/OUJ3kZWRukr,
http://www.playvid.com/watch/YEKaMqRxqPH, http://www.playvid.com/watch/CykGDf7Z5fu, http://www.playvid.com/watch/-JQrZKyWdZD,
http://www.playvid.com/watch/-KesxmI7vHG, http://www.playvid.com/watch/CsHxmNZKrPV, http://www.playvid.com/watch/Y4wMHazYwjH,
http://www.playvid.com/watch/FCrdVgLVDFX, http://www.playvid.com/watch/r7NcSrPAgfg, http://www.playvid.com/watch/73ztQyWKVNB,
http://www.playvid.com/watch/OgeXy6hnXX8, http://www.playvid.com/watch/WmMf3Ve9Qpq, http://www.playvid.com/watch/537p89ENhVY,
http://www.playvid.com/watch/bz5N8AcqNn3, http://www.playvid.com/watch/CQaGxQX0oBD, http://www.playvid.com/watch/Se4aPLmtpUK,
http://www.playvid.com/watch/sDagVkYcUve, http://www.playvid.com/watch/3NvfQRdV43A, http://www.playvid.com/watch/KZA9S5HSZVK,
http://www.playvid.com/watch/sncagXRwqNI, http://www.playvid.com/watch/uTdRixMp7c0, http://www.playvid.com/watch/QkcqaNlpr8c,
http://www.playvid.com/watch/240Y4OD5fvA, http://www.playvid.com/watch/TaGfYaYmDil, http://www.playvid.com/watch/estp0FGT8F-,
http://www.playvid.com/watch/7rtK-22RTaL, http://www.playvid.com/watch/tRe3ppT6cZ9, http://www.playvid.com/watch/my5-dRvau3J,
http://www.playvid.com/watch/TllATeRvAVQ, http://www.playvid.com/watch/zbmDDi-052C, http://www.playvid.com/watch/wMvGOSzCc-K,
http://www.playvid.com/watch/amWLb93MuaS, http://www.playvid.com/watch/XJsg2hZX0yt, http://www.playvid.com/watch/p8crh2WlCv0,
http://www.playvid.com/watch/3QXIyTZONDw, http://www.playvid.com/watch/I9A7hDp7Mdo, http://www.playvid.com/watch/jTRCgCQae4O,
http://www.playvid.com/watch/paC6izyhjIm, http://www.playvid.com/watch/0Rlmr8tujQ3, http://www.playvid.com/watch/WrOuH87ZwHb,
http://www.playvid.com/watch/4DcWFgZOwoa, http://www.playvid.com/watch/M3uik0fEjti, http://www.playvid.com/watch/XCgDmTD-WYW,
http://www.playvid.com/watch/lHLuIC4JnDx, http://www.playvid.com/watch/yKLISOCuYXp, http://www.playvid.com/watch/OoCdQBjQKid,
http://www.playvid.com/watch/tYqsJdnCzGZ, http://www.playvid.com/watch/j-ZIErJnr8u, http://www.playvid.com/watch/LZ3H88LxuuL,
http://www.playvid.com/watch/bpTzMiYhs44, http://www.playvid.com/watch/aRDlZXN0aIV, http://www.playvid.com/watch/SpnnC4RYa2K,
http://www.playvid.com/watch/Yg-kDNSy5-v, http://www.playvid.com/watch/hFHoKqSoxSS, http://www.playvid.com/watch/qDz0IuOFbMa,
http://www.playvid.com/watch/Dvbyoif5wwM, http://www.playvid.com/watch/yozLtFG2vJo, http://www.playvid.com/watch/CoICfqp5ptR,
http://www.playvid.com/watch/704ltFu8qOp, http://www.playvid.com/watch/g9xtVNq-ZJI, http://www.playvid.com/watch/6JtBIkXpNQt,
http://www.playvid.com/watch/rZrqoU-YuXz, http://www.playvid.com/watch/Hui00nhuJsf, http://www.playvid.com/watch/RkDzpiNIHn3,
http://www.playvid.com/watch/tvTyervBXva, http://www.playvid.com/watch/WMw6kdhvsv8, http://www.playvid.com/watch/ood88yth0mo,
http://www.playvid.com/watch/CBz0LhAMsLa, http://www.playvid.com/watch/z03LDprY33e, http://www.playvid.com/watch/Gh4PiOaIgHy,
http://www.playvid.com/watch/IAay00Unhco, http://www.playvid.com/watch/k7VG-QvnrDP, http://www.playvid.com/watch/jQszUWwgORP,
http://www.playvid.com/watch/k9vwP-jkdzx, http://www.playvid.com/watch/-QMwhJM2-I7, http://www.playvid.com/watch/f2t0KPfDAZG,
http://www.playvid.com/watch/z9ygHGUqyul, http://www.playvid.com/watch/Qxlp7ycqTxY, http://www.playvid.com/watch/kIH5pupMlAn,
http://www.playvid.com/watch/89Z66WR6BTG, http://www.playvid.com/watch/buEKEkWCiVd, http://www.playvid.com/watch/qjBdQZx7sYv,
http://www.playvid.com/watch/4V8XiAEpVuc, http://www.playvid.com/watch/VRq2cngcUaj, http://www.playvid.com/watch/NZayf9BhxyH,
http://www.playvid.com/watch/ZKhPstYeuvK, http://www.playvid.com/watch/wWpmdMeHr-I, http://www.playvid.com/watch/f6uxCEsxKdc,
http://www.playvid.com/watch/F-dXNz653TV, http://www.playvid.com/watch/Se2CBw82nS2, http://www.playvid.com/watch/sstc8dU4d8e,
http://www.playvid.com/watch/9HdDYQ-DoZR, http://www.playvid.com/watch/ltFDP4HSebz, http://www.playvid.com/watch/LXzMuBDOyJS,
http://www.playvid.com/watch/KRYoQnniwYS, http://www.playvid.com/watch/FVSThLyUjvf, http://www.playvid.com/watch/vgMZRMNBG5t,
http://www.playvid.com/watch/gfr4kL8rsYu, http://www.playvid.com/watch/ZkUxpmQnW9-, http://www.playvid.com/watch/TIpxLW8BdCo,
http://www.playvid.com/watch/BwpqpltucPl, http://www.playvid.com/watch/75kc5rVtE3V, http://www.playvid.com/watch/ilCNzC5a-DD,
http://www.playvid.com/watch/KE4yT2nXuHl, http://www.playvid.com/watch/euKaToqiJ3y, http://www.playvid.com/watch/zwFiuNwkYID,
http://www.playvid.com/watch/zRqv5-kvILc, http://www.playvid.com/watch/I4YBGMUSqFb, http://www.playvid.com/watch/NGw5mQRJgr0,
http://www.playvid.com/watch/D-KrcBuzrcZ, http://www.playvid.com/watch/NWtrTKWlK8s, http://www.playvid.com/watch/v2MRDnyoR7G,
http://www.playvid.com/watch/y6Zsti0Tsmi, http://www.playvid.com/watch/bTgjQLIsKYD, http://www.playvid.com/watch/XWWhLvpbXh2,
http://www.playvid.com/watch/-RLVMc-wqtp, http://www.playvid.com/watch/gRqYgUS-9MU, http://www.playvid.com/watch/sAInUyu6NhM,
http://www.playvid.com/watch/Rv-NcRczCY0, http://www.playvid.com/watch/bMYA3hE2Vqn, http://www.playvid.com/watch/Q-uQdaUhxm9,
http://www.playvid.com/watch/3aBtN9dNRWp, http://www.playvid.com/watch/I5z6bpFF0hW, http://www.playvid.com/watch/lOBsEzfhteN,
http://www.playvid.com/watch/DJtjQejoSrB, http://www.playvid.com/watch/XYYl66iJl7U, http://www.playvid.com/watch/kgyfHHAc3ul,
http://www.playvid.com/watch/7dMhIIZxu2Z, http://www.playvid.com/watch/DrF74UMKNoJ, http://www.playvid.com/watch/6-uXfDGMCBZ,
http://www.playvid.com/watch/mmY3Q3CRwgo, http://www.playvid.com/watch/hbNXvsHQcOg, http://www.playvid.com/watch/YLfjwhtfIVt,
http://www.playvid.com/watch/BcfPS4QoQAg, http://www.playvid.com/watch/Nocf8AmtDEB, http://www.playvid.com/watch/5nnQuNUjTGy,
http://www.playvid.com/watch/o7bX0HXsqQw, http://www.playvid.com/watch/vvRP2X2a7j8, http://www.playvid.com/watch/rrvvVGpgonM,

http://www.playvid.com/watch/WCMUMHAjuZU, http://www.playvid.com/watch/p86AsnIkOUM, http://www.playvid.com/watch/20JkcscjarM,
http://www.playvid.com/watch/FFvJinrqqPl, http://www.playvid.com/watch/Hip4VNYgZHq, http://www.playvid.com/watch/r2EdZPXMa5y,
http://www.playvid.com/watch/bkCxOvRduW9, http://www.playvid.com/watch/PVsVej5jS6n, http://www.playvid.com/watch/JaLUCvE4ukn,
http://www.playvid.com/watch/NVm0qYAey7X, http://www.playvid.com/watch/zPWrbPXCIdE, http://www.playvid.com/watch/vsJSYaaHfh7,
http://www.playvid.com/watch/puIs5udOW-t, http://www.playvid.com/watch/HEGEQ9O0GWf, http://www.playvid.com/watch/nbe2bpvXtDS,
http://www.playvid.com/watch/FNHO5AHUTWC, http://www.playvid.com/watch/t6YCe0cKnLx, http://www.playvid.com/watch/NpYCnsfPFnP,
http://www.playvid.com/watch/uwgVL2p93zr, http://www.playvid.com/watch/nBJNfVToHXG, http://www.playvid.com/watch/MjxAQ60xPHM,
http://www.playvid.com/watch/ZaS07lEJ9V8, http://www.playvid.com/watch/oYQXw8WAahK, http://www.playvid.com/watch/LZqSvFv9wur,
http://www.playvid.com/watch/DOY2l9iZK59, http://www.playvid.com/watch/9goaDtylOWZ, http://www.playvid.com/watch/IVDYLkLX7nd,
http://www.playvid.com/watch/Cywh27ibxzy, http://www.playvid.com/watch/aAUoAFqvB0F, http://www.playvid.com/watch/pDkIueCwNJN,
http://www.playvid.com/watch/FR4OqW7CPtq, http://www.playvid.com/watch/DxD7nMQA6yb, http://www.playvid.com/watch/A9urO8biRJa,
http://www.playvid.com/watch/kk2By6Bw9Z-, http://www.playvid.com/watch/cs-ExBWSnTB, http://www.playvid.com/watch/nGSZ6u-lZy7,
http://www.playvid.com/watch/8os8AbL477s, http://www.playvid.com/watch/XHH0Bg4wFZ0, http://www.playvid.com/watch/uzWejfhb5j3,
http://www.playvid.com/watch/u7X8Uubt72T, http://www.playvid.com/watch/DhAVospBgF0, http://www.playvid.com/watch/HGr2IMJFTpk,
http://www.playvid.com/watch/IFpZraYuyXe, http://www.playvid.com/watch/MGft3egyFxw, http://www.playvid.com/watch/X4pXKYw-TBh,
http://www.playvid.com/watch/KgupX30MOTQ, http://www.playvid.com/watch/Q4yDjJuDzlY, http://www.playvid.com/watch/SqKWhL8FyLl,
http://www.playvid.com/watch/t0ZWVqsDr7j, http://www.playvid.com/watch/YCp4xD2eSpJ, http://www.playvid.com/watch/lmjsehV9R5-,
http://www.playvid.com/watch/x2uNYMtYex-, http://www.playvid.com/watch/RgfRoAeCmAL, http://www.playvid.com/watch/vHB0xg6YFS3,
http://www.playvid.com/watch/TdGL3J0zZB0, http://www.playvid.com/watch/LaipZaPFg5O, http://www.playvid.com/watch/0qSGswAXnPq,
http://www.playvid.com/watch/0ukQyt-XkTE, http://www.playvid.com/watch/zxgiSBG36KY, http://www.playvid.com/watch/ujJS79Belcf,
http://www.playvid.com/watch/eu0ZwoBFMgD, http://www.playvid.com/watch/R05Z6BgZSyM, http://www.playvid.com/watch/JnaabGjgTeU,
http://www.playvid.com/watch/2FO8EG4BD-u, http://www.playvid.com/watch/eTpYt4y8k7t, http://www.playvid.com/watch/jloxIphh8QV,
http://www.playvid.com/watch/SL7eUy7xs25, http://www.playvid.com/watch/fW33pANEaiR, http://www.playvid.com/watch/KOUMb3xgX-m,
http://www.playvid.com/watch/5YgMXpYPlfX, http://www.playvid.com/watch/ULIP2uHA8JY, http://www.playvid.com/watch/sVOj0xsSx6p,
http://www.playvid.com/watch/rn8Ly-cxJXs, http://www.playvid.com/watch/5YhZHrn7OPt, http://www.playvid.com/watch/lpSA8irO4oB,
http://www.playvid.com/watch/TqKTJEho5Ci, http://www.playvid.com/watch/isMAgdj42Ia, http://www.playvid.com/watch/DcSB-WgV2m4,
http://www.playvid.com/watch/J36PwXycAYU, http://www.playvid.com/watch/uje7bKHTtND, http://www.playvid.com/watch/DPY3SCzOiDD,
http://www.playvid.com/watch/nqZ0hdIEoyN, http://www.playvid.com/watch/Z6nOqzcJsKZ, http://www.playvid.com/watch/pyRcbIySkAN,
http://www.playvid.com/watch/plfYjKu2eAn, http://www.playvid.com/watch/PG-35DbY82w, http://www.playvid.com/watch/pZdk-X3T6kC,
http://www.playvid.com/watch/mvMOQKo63XJ, http://www.playvid.com/watch/8byvTohrAuQ, http://www.playvid.com/watch/927UjHfqU-l,
http://www.playvid.com/watch/pqqCeKJvcNC, http://www.playvid.com/watch/2MsabmIrYa5, http://www.playvid.com/watch/R0L-Gb7g-lK,
http://www.playvid.com/watch/AdJV3QOlwYD, http://www.playvid.com/watch/RGF2EFSStLJ, http://www.playvid.com/watch/BnCCBcszR6m,
http://www.playvid.com/watch/UxfOMP4t6qZ, http://www.playvid.com/watch/F3xnKHNPxw2, http://www.playvid.com/watch/eYkSorzTE9r,
http://www.playvid.com/watch/q3w6Cesmhut, http://www.playvid.com/watch/7O3JV5krD8W, http://www.playvid.com/watch/XCavk5tBcmO,
http://www.playvid.com/watch/vrPJ7Ds5YpF, http://www.playvid.com/watch/Ap5QmL54wWd, http://www.playvid.com/watch/pvU9fApYQSU,
http://www.playvid.com/watch/MCOMlDTqBIl, http://www.playvid.com/watch/HsleUFEFfed, http://www.playvid.com/watch/2mA5TjCEEZk,
http://www.playvid.com/watch/ykIUsEZciTp, http://www.playvid.com/watch/wfB3oImbnxZ, http://www.playvid.com/watch/tJbJ6536iy5,
http://www.playvid.com/watch/UtAfK8v5vku, http://www.playvid.com/watch/KfXSWhcgRl8, http://www.playvid.com/watch/sVbFdMicmRa,
http://www.playvid.com/watch/AzM9EEHWfE9, http://www.playvid.com/watch/fKEOayJ2mvH, http://www.playvid.com/watch/fC6nptdrqZd,
http://www.playvid.com/watch/phjppVV9Vts, http://www.playvid.com/watch/WsXVTNCygov, http://www.playvid.com/watch/Jthou8CAeFo,
http://www.playvid.com/watch/d0YOKGIrQ5R, http://www.playvid.com/watch/tSUdid38Y4C, http://www.playvid.com/watch/NiZuQIcrzOM,
http://www.playvid.com/watch/rSWcpXCspj-, http://www.playvid.com/watch/Oatccp2oP5f, http://www.playvid.com/watch/LUc7jnGfp0R,
http://www.playvid.com/watch/qFSAMy9e6y3, http://www.playvid.com/watch/gWtHvtjgMHm, http://www.playvid.com/watch/5k3If0NElyo,
http://www.playvid.com/watch/4PSHwjGtTQf, http://www.playvid.com/watch/WhSkk9lzhuR, http://www.playvid.com/watch/iSSMbjOr6am,
http://www.playvid.com/watch/C3MVaoQSUhy, http://www.playvid.com/watch/nMh8n26GFUA, http://www.playvid.com/watch/g7FKcmnd69U,
http://www.playvid.com/watch/kuKG8VYaV4i, http://www.playvid.com/watch/eWoVdYdNQhF, http://www.playvid.com/watch/9XyIX7svhc3,
http://www.playvid.com/watch/ofctFv5ZScO, http://www.playvid.com/watch/i0GSNRaJ4jl, http://www.playvid.com/watch/PRTT-PdRnY3,
http://www.playvid.com/watch/PdFbYy3B8X6, http://www.playvid.com/watch/GolsxYMz5rn, http://www.playvid.com/watch/2bcWz5Zcvns,
http://www.playvid.com/watch/V6AJAslqnao, http://www.playvid.com/watch/H2HOw94UY2l, http://www.playvid.com/watch/2LC6BrTwl8d,
http://www.playvid.com/watch/budId0WUJUD, http://www.playvid.com/watch/8uRFBsNy99T, http://www.playvid.com/watch/HKGQSmwWKwT,
http://www.playvid.com/watch/0VVCsmiD-KZ, http://www.playvid.com/watch/2VNVr-fhZGJ, http://www.playvid.com/watch/dfHaHMcA2xi,
http://www.playvid.com/watch/oJQCNWoV0Gc, http://www.playvid.com/watch/HJMR4pyjvbU, http://www.playvid.com/watch/0e5nuzTgBvh,
http://www.playvid.com/watch/9Vuv8vHM4mo, http://www.playvid.com/watch/QS6RijrnsAZ, http://www.playvid.com/watch/3orhm9a2OTD,
http://www.playvid.com/watch/YuPU-HCz5rw, http://www.playvid.com/watch/0r6fnlRJnHi, http://www.playvid.com/watch/MUW5XaHvqtR,
http://www.playvid.com/watch/-pUyUUSI77W, http://www.playvid.com/watch/MaMBxUMtCox, http://www.playvid.com/watch/E6IWO8xFq5d,
http://www.playvid.com/watch/pfAq8gL98jO, http://www.playvid.com/watch/AgGxTTnDGS8, http://www.playvid.com/watch/kfIGSGwuCEx,
http://www.playvid.com/watch/sTv4ahbquJ7, http://www.playvid.com/watch/VaxYcbDNzj-, http://www.playvid.com/watch/eBiZKjxxxX-,
http://www.playvid.com/watch/2tfvtxboTO-, http://www.playvid.com/watch/GOgIgXkaBNq, http://www.playvid.com/watch/ibABT6LkVtB,
http://www.playvid.com/watch/AugkkbxeCf-, http://www.playvid.com/watch/JRvyW2mpgKg, http://www.playvid.com/watch/xiOtHB9pfgN,
http://www.playvid.com/watch/AEgqzxvORAq, http://www.playvid.com/watch/MUvAwVxdvYv, http://www.playvid.com/watch/UU5GaGfpK0N,
http://www.playvid.com/watch/ZTqx75xchoX, http://www.playvid.com/watch/NdeAVzk-tbn, http://www.playvid.com/watch/f9HQvHHfAOb,
http://www.playvid.com/watch/b52qTYJ5uxl, http://www.playvid.com/watch/0sPFAKMAaSA, http://www.playvid.com/watch/0pDqIHbKSqZ,
http://www.playvid.com/watch/Hu0uPD0C0vW, http://www.playvid.com/watch/vRlaBZMEqvA, http://www.playvid.com/watch/OUxxVbc0x7B,
http://www.playvid.com/watch/UheNoijOH3L, http://www.playvid.com/watch/s5XleS7mkCK, http://www.playvid.com/watch/2f980-5UpRJ,
http://www.playvid.com/watch/6qzAwgXAJgu, http://www.playvid.com/watch/Vqvy6Cofi0-, http://www.playvid.com/watch/dKCWGHpA5mb,
http://www.playvid.com/watch/WHyTZTR58jm, http://www.playvid.com/watch/qFXho4OhFlP, http://www.playvid.com/watch/ar3k-g0vV0X,
http://www.playvid.com/watch/3MP2jIdPRCM, http://www.playvid.com/watch/H2uv2QB59CC, http://www.playvid.com/watch/nFpIZWKVQvX,
http://www.playvid.com/watch/7bRvuOkW7aW, http://www.playvid.com/watch/aOh8BJQZEIg, http://www.playvid.com/watch/lP5U3JeMTcg,
http://www.playvid.com/watch/AP0kxrdDK4d, http://www.playvid.com/watch/GcHeREFUKIb, http://www.playvid.com/watch/IOU-ArY47ly,
http://www.playvid.com/watch/Bt5a6oyqrGG, http://www.playvid.com/watch/jtXt-cdUutV, http://www.playvid.com/watch/AcaNLNiuEoT,
http://www.playvid.com/watch/J-kiKgwNzvI, http://www.playvid.com/watch/OVmGfTFNJ-0, http://www.playvid.com/watch/0hNmGFSTRFg,
http://www.playvid.com/watch/LduCnb6HEVU, http://www.playvid.com/watch/8iQYC6Oyrgl, http://www.playvid.com/watch/O5iZYjTogKI,
http://www.playvid.com/watch/HuaMykhq3zE, http://www.playvid.com/watch/jc0hCljUB3-, http://www.playvid.com/watch/HwT8hBJagjd,
http://www.playvid.com/watch/E-sueWIzXhi, http://www.playvid.com/watch/ll90lxvIGrd, http://www.playvid.com/watch/rKHbHtJI5dp,
http://www.playvid.com/watch/fjuFOZ4rnoE, http://www.playvid.com/watch/aR5PZUjsbKy, http://www.playvid.com/watch/axuVVB6KFjk,
http://www.playvid.com/watch/y34EUIJ0UVI, http://www.playvid.com/watch/X4brzIvaArg, http://www.playvid.com/watch/ILxlPPLsOWJ,
http://www.playvid.com/watch/Wvl5kNBupKj, http://www.playvid.com/watch/hizRIqTRRjd, http://www.playvid.com/watch/EIspI--GOhg,
http://www.playvid.com/watch/aXKd5AZ0HJF, http://www.playvid.com/watch/u-wH6Vj7yZb, http://www.playvid.com/watch/-EkPN9E3WLW,
http://www.playvid.com/watch/nnAhHKBJCRk, http://www.playvid.com/watch/e6G5vrGWmzq, http://www.playvid.com/watch/uaGpYzIErqV,
http://www.playvid.com/watch/JG5tLTxKkik, http://www.playvid.com/watch/ZjtvsJC6AaQ, http://www.playvid.com/watch/zHF6YeAIplf,
http://www.playvid.com/watch/BwhlHXmPiZI, http://www.playvid.com/watch/0562GKE8mqW, http://www.playvid.com/watch/8bIoPbig3WC,
http://www.playvid.com/watch/o28lTpyJgpJ, http://www.playvid.com/watch/8G7-Zbv9vad, http://www.playvid.com/watch/JrcanWlNPlA,
http://www.playvid.com/watch/V7GHQ0QxS9a, http://www.playvid.com/watch/ZimuQLyF6n4, http://www.playvid.com/watch/PyjXytCEqyu,
http://www.playvid.com/watch/BWY2S-Xk0w4, http://www.playvid.com/watch/OVWcSkZWzYn, http://www.playvid.com/watch/fvxNfDiOQhb,
http://www.playvid.com/watch/tLS-iypND9h, http://www.playvid.com/watch/WgVfFDlIKqi, http://www.playvid.com/watch/2Y3MxveJ8F7,
http://www.playvid.com/watch/e7HxaSa4c-z, http://www.playvid.com/watch/TykcmN8AvC4, http://www.playvid.com/watch/detdRtIwgcJ,
http://www.playvid.com/watch/JZ6kCxTu8T-, http://www.playvid.com/watch/Ua2EiCI6PVp, http://www.playvid.com/watch/uXsiJohyhTe,
http://www.playvid.com/watch/oODgMRSjDJp, http://www.playvid.com/watch/K0gJmFegmrr, http://www.playvid.com/watch/ayJuVw-z9-d,
http://www.playvid.com/watch/8TzMaolNs-4, http://www.playvid.com/watch/9RkodqBoIAM, http://www.playvid.com/watch/UVRRJaOdjii,
http://www.playvid.com/watch/zL0f7DhdhPN, http://www.playvid.com/watch/k9aqQvesgNi, http://www.playvid.com/watch/0EqvT7tkMAp,
http://www.playvid.com/watch/JtrdVgqnQYm, http://www.playvid.com/watch/A22-SjCuKSD, http://www.playvid.com/watch/I6JZftlst83,
http://www.playvid.com/watch/3A9KOrIanmr, http://www.playvid.com/watch/RLyC6jASJ3g, http://www.playvid.com/watch/mzPnaajdl3S,
http://www.playvid.com/watch/0Y643fruHFp, http://www.playvid.com/watch/uegaBzxawJB, http://www.playvid.com/watch/kylXFsSCoFU,
http://www.playvid.com/watch/r0YjB65XbUJ, http://www.playvid.com/watch/ChU3rwod2kQ, http://www.playvid.com/watch/JwJ-mg3hO7w,
http://www.playvid.com/watch/YgZkuOXkx2k, http://www.playvid.com/watch/8qpw2jyOckD, http://www.playvid.com/watch/AsmJhPP6rO4,
http://www.playvid.com/watch/MjlfLqC5qvQ, http://www.playvid.com/watch/YC7WytzFn0S, http://www.playvid.com/watch/X-Pki8YAhR8,

http://www.playvid.com/watch/hH983end9TC, http://www.playvid.com/watch/l4gSSg4T-tp, http://www.playvid.com/watch/PvEy4TBHwo8,
http://www.playvid.com/watch/wAuJtzqpEaN, http://www.playvid.com/watch/XEwLyJhpQNU, http://www.playvid.com/watch/WTin-0vNFYB,
http://www.playvid.com/watch/razBkJBfviv, http://www.playvid.com/watch/JMiyz9FI4z4, http://www.playvid.com/watch/ZNjXrZqMxoj,
http://www.playvid.com/watch/q9jwwDtpfPS, http://www.playvid.com/watch/PIM0edEqUVm, http://www.playvid.com/watch/8D8vObWScin,
http://www.playvid.com/watch/BO0pmxxRBfy, http://www.playvid.com/watch/LNkjSKyjCq9, http://www.playvid.com/watch/HSWsMad7pfU,
http://www.playvid.com/watch/iLqyoHG-TPW, http://www.playvid.com/watch/ttj29vtghy7, http://www.playvid.com/watch/9T0zYRLMGix,
http://www.playvid.com/watch/XhoGupBC5bq, http://www.playvid.com/watch/kbPTLCHN7-2, http://www.playvid.com/watch/qvERi4XWZ9-,
http://www.playvid.com/watch/7TMbtzmNGKn, http://www.playvid.com/watch/ZA2w0soP8AG, http://www.playvid.com/watch/ECY5EzoVGDW,
http://www.playvid.com/watch/X9taX2FIt03, http://www.playvid.com/watch/QkzelpyxS5E, http://www.playvid.com/watch/Fr5Va2jNFCF,
http://www.playvid.com/watch/cC8HnAeVpIj, http://www.playvid.com/watch/6yAZyXw-4WG, http://www.playvid.com/watch/xscQqeQtQ7r,
http://www.playvid.com/watch/CO4gfXXlhTS, http://www.playvid.com/watch/czzCTSytCIm, http://www.playvid.com/watch/j3hmMb9ARkO,
http://www.playvid.com/watch/VDj0FAYXQAA, http://www.playvid.com/watch/czOpOcWGVd7, http://www.playvid.com/watch/YA6xCo8sgme,
http://www.playvid.com/watch/SJLVgChkoml, http://www.playvid.com/watch/zLiuLg3tMjC, http://www.playvid.com/watch/4m6JvuIwav9,
http://www.playvid.com/watch/ClfSJalcMwo, http://www.playvid.com/watch/b3hrw6IRuPh, http://www.playvid.com/watch/gaWTjprAwwv,
http://www.playvid.com/watch/X7R3VmzVfXA, http://www.playvid.com/watch/O2hcRdFeXAE, http://www.playvid.com/watch/iEMfe0tMogt,
http://www.playvid.com/watch/NHBye0C2UJ2, http://www.playvid.com/watch/6ILJqNp7FUC, http://www.playvid.com/watch/7KSVPlQjIr8,
http://www.playvid.com/watch/ZjANgm0s-s3, http://www.playvid.com/watch/6LMWmoDcKep, http://www.playvid.com/watch/x0gf2BgIp0I,
http://www.playvid.com/watch/2tD9lw3CKUY, http://www.playvid.com/watch/tE-5cveZbpc, http://www.playvid.com/watch/oY7JyMZHwGu,
http://www.playvid.com/watch/ej-bux95FUO, http://www.playvid.com/watch/KX3sqRBirvb, http://www.playvid.com/watch/iEjCq3EvTBb,
http://www.playvid.com/watch/JT6m7odVW46, http://www.playvid.com/watch/fDQEnXY-f0Y, http://www.playvid.com/watch/SyS-b4L8i9C,
http://www.playvid.com/watch/MmgflzEmpCl, http://www.playvid.com/watch/mK9MsxgmnVj, http://www.playvid.com/watch/ZIelWUIWiHR,
http://www.playvid.com/watch/ntruGNvxn0W, http://www.playvid.com/watch/627rQBJJANT, http://www.playvid.com/watch/LvMjD4c5sMt,
http://www.playvid.com/watch/4rnjyRi5tMy, http://www.playvid.com/watch/jCxrIE9bw5j, http://www.playvid.com/watch/o-83upi9vnA,
http://www.playvid.com/watch/tC4LHPuMJj6, http://www.playvid.com/watch/tClpn9J7fOg, http://www.playvid.com/watch/eCmnskxvRg7,
http://www.playvid.com/watch/ccYZpM8PHRV, http://www.playvid.com/watch/tAbIoqGvKFo, http://www.playvid.com/watch/c80tkLftyNg,
http://www.playvid.com/watch/QNqVOds0Kxv, http://www.playvid.com/watch/WoyBwK8oHCs, http://www.playvid.com/watch/dueJqwk8ynz,
http://www.playvid.com/watch/4EGPLnLfOuF, http://www.playvid.com/watch/UJ4HB20qhFh, http://www.playvid.com/watch/5rN512S3nK4,
http://www.playvid.com/watch/fevIhZRfJTV, http://www.playvid.com/watch/oZRw8cyEIen, http://www.playvid.com/watch/UfQebTWFeDW,
http://www.playvid.com/watch/eY9AxRn8FlN, http://www.playvid.com/watch/PDr-GZBgDIy, http://www.playvid.com/watch/Q5jXRTEOo3f,
http://www.playvid.com/watch/W9RTFQxrtWN, http://www.playvid.com/watch/A7Rx7oSkuo1, http://www.playvid.com/watch/NAN0ZGvb6Pz,
http://www.playvid.com/watch/hLJVLZ0mdOO, http://www.playvid.com/watch/G0FyUAXfO5-, http://www.playvid.com/watch/kAP7OdOojK-,
http://www.playvid.com/watch/nhNuYLpWNJx, http://www.playvid.com/watch/02ZngSAFwck, http://www.playvid.com/watch/UIQ2TJkRf9B,
http://www.playvid.com/watch/F6V06ftdeo5, http://www.playvid.com/watch/hjVPizvtgGT, http://www.playvid.com/watch/DWXYhDcGwsA,
http://www.playvid.com/watch/b5JSQYp40sX, http://www.playvid.com/watch/w39-Grfdtmm, http://www.playvid.com/watch/3kMdKKj0P5V
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PornHD
5.b. Uploader's email address: jonas.antanaitis33@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/PornHD
5.e. List of videos posted by uploader: http://www.playvid.com/watch/a3poWZRSB1r, http://www.playvid.com/watch/F1hwTD5wiw4,
http://www.playvid.com/watch/bCV_wXqNlsX, http://www.playvid.com/watch/DdGhQweGdCP, http://www.playvid.com/watch/Oa3HMs_gjTE,
http://www.playvid.com/watch/3Y_mylPITyb, http://www.playvid.com/watch/SNcxWIxazZQ, http://www.playvid.com/watch/bqEYf-xZKps,
http://www.playvid.com/watch/g0M6kOJOtC3, http://www.playvid.com/watch/bVJ-LRFFF9W, http://www.playvid.com/watch/40HJ76VTL9s,
http://www.playvid.com/watch/ksh5hmbv4aS, http://www.playvid.com/watch/ixbkIk7mPQa, http://www.playvid.com/watch/0o1-HWRLMUu,
http://www.playvid.com/watch/l_KKX16ktcV, http://www.playvid.com/watch/WLTnfx50Mhy, http://www.playvid.com/watch/UTldGgju_xs,
http://www.playvid.com/watch/K631pK7d54t, http://www.playvid.com/watch/A8JHAqt2KZs, http://www.playvid.com/watch/nHtufIeU1Tw,
http://www.playvid.com/watch/U-xnN1Ew42o, http://www.playvid.com/watch/5AqcRVJ0FhI, http://www.playvid.com/watch/cbGfYcbxnDT,
http://www.playvid.com/watch/4aLthlXZbLv, http://www.playvid.com/watch/mRynzqWvaP7, http://www.playvid.com/watch/LbYEwQhKBWI,
http://www.playvid.com/watch/ZtIt1OgtAeC, http://www.playvid.com/watch/pG2qSBL-csj, http://www.playvid.com/watch/SW5ypd5gZXB,
http://www.playvid.com/watch/zgzXnVNsaHJ, http://www.playvid.com/watch/x3tvNgxaWMd, http://www.playvid.com/watch/obsgnuqCLPi,
http://www.playvid.com/watch/W1vTUvqzWP9, http://www.playvid.com/watch/V-SKebeb7a6, http://www.playvid.com/watch/cACv_mksD-f,
http://www.playvid.com/watch/Z-ZLA22hxYt, http://www.playvid.com/watch/vCinw-JbiGG, http://www.playvid.com/watch/byyyEK8nEsc,
http://www.playvid.com/watch/W_deLHW-u6y, http://www.playvid.com/watch/AcLpOTFe_hy, http://www.playvid.com/watch/hx6H6SnOdpr,
http://www.playvid.com/watch/36GbTHW3mvF, http://www.playvid.com/watch/dJ1IX8Ko2aK, http://www.playvid.com/watch/QtWN3jJm00b,
http://www.playvid.com/watch/VpFufKoPlBL, http://www.playvid.com/watch/Vl-CvFORoFb, http://www.playvid.com/watch/KRyZ3fTc5Uz,
http://www.playvid.com/watch/kmQitgMtlsY, http://www.playvid.com/watch/p8OVUVZQtdM, http://www.playvid.com/watch/HjJTPQbT9jC,
http://www.playvid.com/watch/yBuwLyfsWWn, http://www.playvid.com/watch/NCkLGq-dseS, http://www.playvid.com/watch/3ztIwr5i-Ey,
http://www.playvid.com/watch/QPhCEsIaatf, http://www.playvid.com/watch/LXuxgN0uy5P, http://www.playvid.com/watch/8DUoH0M_8_F,
http://www.playvid.com/watch/3SX6z_5tsiG, http://www.playvid.com/watch/a_QOz8vSNOh, http://www.playvid.com/watch/iXZCrp7W3JR,
http://www.playvid.com/watch/YvrcuNJzalj, http://www.playvid.com/watch/R-zkgZBRH0Y, http://www.playvid.com/watch/RHbQI3n0WuX,
http://www.playvid.com/watch/9KMrOEwfMWj, http://www.playvid.com/watch/nIvN-KWvF0k, http://www.playvid.com/watch/Nx2IHfhabql,
http://www.playvid.com/watch/WM-qmVL0cvl, http://www.playvid.com/watch/LBTz3To86QN, http://www.playvid.com/watch/k33yvrRkPn9,
http://www.playvid.com/watch/g0iRJKXmSw8, http://www.playvid.com/watch/h3ATjL5wsVM, http://www.playvid.com/watch/65-8atIeehl,
http://www.playvid.com/watch/zBahAXUXDcX, http://www.playvid.com/watch/Pc6uRwZc9Uc, http://www.playvid.com/watch/D7dIgnR6y8z,
http://www.playvid.com/watch/h-p9FjpA3Te, http://www.playvid.com/watch/FyXLEsEyobg, http://www.playvid.com/watch/ai_y85ZvPVW,
http://www.playvid.com/watch/hyW2iGZXcOr, http://www.playvid.com/watch/x4LguzE_nGb
5.f. Date of third notice: 2014-04-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pornoarab
5.b. Uploader's email address: hyoohmaster@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pornoarab
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tmniQD7JLEW, http://www.playvid.com/watch/PmZDrb55gHw,
http://www.playvid.com/watch/rCMIp0WmVZj, http://www.playvid.com/watch/SZe6pqZfdLY, http://www.playvid.com/watch/lO0zH8bu97v,
http://www.playvid.com/watch/h-8qjPkSf8c, http://www.playvid.com/watch/jik0tpILrO0, http://www.playvid.com/watch/8mWnF2j6tEl,
http://www.playvid.com/watch/lfOCaf8gCO5, http://www.playvid.com/watch/KQjkO8VqToH, http://www.playvid.com/watch/7JnmYeX4xdS,
http://www.playvid.com/watch/87xQhIEorkh, http://www.playvid.com/watch/0Xb-jL5yCzU, http://www.playvid.com/watch/JjWqDdp6ynE,
http://www.playvid.com/watch/sWdjxOFbYgD, http://www.playvid.com/watch/eTnDHUcbxpZ, http://www.playvid.com/watch/JupvIbHpTwE,
http://www.playvid.com/watch/SDOflQ0OqT2, http://www.playvid.com/watch/02sQmyA9g5P, http://www.playvid.com/watch/MRe7fS2hVHm,
http://www.playvid.com/watch/pW8eWyFeOl-, http://www.playvid.com/watch/LfWs-R4zCMM, http://www.playvid.com/watch/t2F5P2q-8-W,
http://www.playvid.com/watch/zn84GHbqB3g, http://www.playvid.com/watch/xWyinupt5SA, http://www.playvid.com/watch/UbyeK4LKPyP,
http://www.playvid.com/watch/vUhVnLjjuks, http://www.playvid.com/watch/F0oPzQj25K0, http://www.playvid.com/watch/qr2bAQFzEUS,
http://www.playvid.com/watch/NGwy4UpY7qM, http://www.playvid.com/watch/8IH8XwdHKjv, http://www.playvid.com/watch/NYECEVwgy0Q,
http://www.playvid.com/watch/rpWKhtZRyoc, http://www.playvid.com/watch/Q2gdbZLrRoW, http://www.playvid.com/watch/kjsxxw0tiOF,
http://www.playvid.com/watch/zryq0KuaSei, http://www.playvid.com/watch/iU6oz6pKUvC, http://www.playvid.com/watch/ccC6SISe3w3,
http://www.playvid.com/watch/kAXxdEOLtYH, http://www.playvid.com/watch/PRj5BML6Es4, http://www.playvid.com/watch/9nM6TiWUVy2,
http://www.playvid.com/watch/FeVrQAnrnQc, http://www.playvid.com/watch/wflc7529OdP, http://www.playvid.com/watch/yYKCGrwJR5Y,
http://www.playvid.com/watch/Oa9gcBf4WgY, http://www.playvid.com/watch/yuaHaNjAKJW, http://www.playvid.com/watch/4CUChWZmmRZ,
http://www.playvid.com/watch/7Yl6HwvuTzY, http://www.playvid.com/watch/02xpJMcAZvD, http://www.playvid.com/watch/97g2a8wixRE,
http://www.playvid.com/watch/jJRKbbWGebL, http://www.playvid.com/watch/PexdA5pCKJk, http://www.playvid.com/watch/fd7vpmIq3NN,
http://www.playvid.com/watch/6l5RSViQDJr, http://www.playvid.com/watch/iRq6JZt-iR9, http://www.playvid.com/watch/RGxJkgGzQmF,
http://www.playvid.com/watch/KmViYwC-nV6, http://www.playvid.com/watch/69XiEj5OCuZ, http://www.playvid.com/watch/QyVmjtbiKw-,
http://www.playvid.com/watch/7sFYfiTsHRX, http://www.playvid.com/watch/JAVB3kRkMVt, http://www.playvid.com/watch/uUOFFmo2gCK,
http://www.playvid.com/watch/KQbQFM0k8P3, http://www.playvid.com/watch/Z8x5RSd7mru, http://www.playvid.com/watch/CcPdnI2OQSf,
http://www.playvid.com/watch/um0aeWdSjk3, http://www.playvid.com/watch/7HQJzO3ULrK, http://www.playvid.com/watch/a6cwOpUWWnY,

http://www.playvid.com/watch/4swr-Sltl3H, http://www.playvid.com/watch/wW84wMgzoLP, http://www.playvid.com/watch/UsnqMbKHgoc, http://www.playvid.com/watch/cHwABOJzrVL, http://www.playvid.com/watch/n740zRWdykW, http://www.playvid.com/watch/dOLixyA-BEe, http://www.playvid.com/watch/8ThqxGoRIep, http://www.playvid.com/watch/JWfFIw4SJ-7, http://www.playvid.com/watch/kKt6nDdZTss, http://www.playvid.com/watch/jP-hIQKNiYK, http://www.playvid.com/watch/kw4EzfIeSFY, http://www.playvid.com/watch/ix9ojIrxjkT, http://www.playvid.com/watch/nRpl9R7u5oT, http://www.playvid.com/watch/Z7KR3B-sJ-T, http://www.playvid.com/watch/V-Vhmxf8YH3, http://www.playvid.com/watch/vYsGtMwkYQo, http://www.playvid.com/watch/w-b-ka-GLvA, http://www.playvid.com/watch/gXTqzGW-y-m, http://www.playvid.com/watch/a-unqpRkaWK, http://www.playvid.com/watch/Ycph9SbhAX3, http://www.playvid.com/watch/3b3wavmKhAV, http://www.playvid.com/watch/RYNmfzmamxe, http://www.playvid.com/watch/LuBEMxsnlti, http://www.playvid.com/watch/XYVqtbCuezI, http://www.playvid.com/watch/w-wRjO6frVT, http://www.playvid.com/watch/GXPpYmHxYmq, http://www.playvid.com/watch/nsGVRzKONcM, http://www.playvid.com/watch/L2ygxF5UsW2, http://www.playvid.com/watch/Bcr0wRkkks2, http://www.playvid.com/watch/lheDIbl-FxX, http://www.playvid.com/watch/KbKXy0DAOIB, http://www.playvid.com/watch/zcbMchrFQZX, http://www.playvid.com/watch/n7SOT9oSZEw, http://www.playvid.com/watch/w7PJjyeMJaE, http://www.playvid.com/watch/KnadUnJZ38S, http://www.playvid.com/watch/qGV3xWaJ2k0, http://www.playvid.com/watch/wSUHmdetVoJ, http://www.playvid.com/watch/0ki9dUTPBRI, http://www.playvid.com/watch/3JmdjDGASa8, http://www.playvid.com/watch/M299ydvW7M7, http://www.playvid.com/watch/8VIy6plnUZt, http://www.playvid.com/watch/qT85lSdQwtP, http://www.playvid.com/watch/RPPc8OA7wTs, http://www.playvid.com/watch/UCls0dSnHY4, http://www.playvid.com/watch/mMyMehO8jHw, http://www.playvid.com/watch/NcgZVLeQTY6, http://www.playvid.com/watch/A6oXLVd89MD, http://www.playvid.com/watch/PHDy5AuxVA3, http://www.playvid.com/watch/UgMOcgNkNmk, http://www.playvid.com/watch/xqiaSrxKf7G, http://www.playvid.com/watch/FhQ9OQXo7OZ, http://www.playvid.com/watch/Gy3Ia6Y43dm, http://www.playvid.com/watch/TLyXzabb3QE, http://www.playvid.com/watch/fbyhhX8Q0er, http://www.playvid.com/watch/R8TaywmrKAa, http://www.playvid.com/watch/NUeLLsBWpAl, http://www.playvid.com/watch/YavquK0pf2Q, http://www.playvid.com/watch/X7dlY7QwLWA, http://www.playvid.com/watch/WUS2D7mtTKt, http://www.playvid.com/watch/yUnZnOoyVBH, http://www.playvid.com/watch/jZtudzAZw4l, http://www.playvid.com/watch/UNpkqdOLcp5, http://www.playvid.com/watch/q5trFzgy9l4, http://www.playvid.com/watch/RGkCqq7Kbkl, http://www.playvid.com/watch/tIMG-mMdbSf, http://www.playvid.com/watch/UzjAAZD4Irz, http://www.playvid.com/watch/MqBcqa-tHRd, http://www.playvid.com/watch/IauD6w5ICu9, http://www.playvid.com/watch/ccnAqV8Lsmj, http://www.playvid.com/watch/nJmIy3nrTla, http://www.playvid.com/watch/Ji42ugDCQXZ, http://www.playvid.com/watch/PrUoAzZOily, http://www.playvid.com/watch/dIpxSu4jd6c, http://www.playvid.com/watch/kQWLq9grpde, http://www.playvid.com/watch/jzrwsXf9LoL, http://www.playvid.com/watch/lDaNAFKifeA, http://www.playvid.com/watch/hQMBnr-s4vB, http://www.playvid.com/watch/5ELrzpyyQFB, http://www.playvid.com/watch/jH840W94phV, http://www.playvid.com/watch/4zm9tTMyGWJ, http://www.playvid.com/watch/XJ7jXFL78Ad, http://www.playvid.com/watch/3owA8OarulE, http://www.playvid.com/watch/uX5la29MBDI, http://www.playvid.com/watch/f-cQIk9pg7-, http://www.playvid.com/watch/GkOsKj50x3f, http://www.playvid.com/watch/LtsC6q2WU4k, http://www.playvid.com/watch/SKAOvBxW-Cq, http://www.playvid.com/watch/VOBinOs8Qqs, http://www.playvid.com/watch/j0Hcdhf7nQE, http://www.playvid.com/watch/gu-f6nQsDs3, http://www.playvid.com/watch/mjkbsSVBqSv, http://www.playvid.com/watch/HnSxJ3bBjTg, http://www.playvid.com/watch/69inyNKLqcJ, http://www.playvid.com/watch/jiqP8Zkwitm, http://www.playvid.com/watch/kdxxIsjGBda, http://www.playvid.com/watch/OCCBBaJ4Mho, http://www.playvid.com/watch/qCLx9Amhf4h, http://www.playvid.com/watch/r4Fc0fz9Zj5, http://www.playvid.com/watch/SnCP79DrHTJ, http://www.playvid.com/watch/ctZQGcbZ2uW, http://www.playvid.com/watch/SLzAfVeSHWX, http://www.playvid.com/watch/tkir7bVQRGL, http://www.playvid.com/watch/Y9ouFgI8NPj, http://www.playvid.com/watch/OptDnp-3TDZ, http://www.playvid.com/watch/eeifB5QPzEe, http://www.playvid.com/watch/TM46-SKQBXi, http://www.playvid.com/watch/ooM6fjGMTml, http://www.playvid.com/watch/jy5z2G8EdjB, http://www.playvid.com/watch/DZjkuAIRFTD, http://www.playvid.com/watch/rau0pG4bZNB, http://www.playvid.com/watch/tLvXxeA7n6c, http://www.playvid.com/watch/AtmDtc6Tmkj, http://www.playvid.com/watch/qChj-VILzaA, http://www.playvid.com/watch/ucLzihmEVS2, http://www.playvid.com/watch/caeKhIozjAr, http://www.playvid.com/watch/pCb7uUmted7, http://www.playvid.com/watch/WJ-Nv86fKj2, http://www.playvid.com/watch/r7KYwjF2wTt, http://www.playvid.com/watch/rGDYG9lo-fs, http://www.playvid.com/watch/RTVdGPN2k3S, http://www.playvid.com/watch/lt7lAxw35Pt, http://www.playvid.com/watch/fzBlWcqaLXb, http://www.playvid.com/watch/TAuyZs8Hy-k, http://www.playvid.com/watch/V4qYDpGM7RO, http://www.playvid.com/watch/RWFAJmgx-Vl, http://www.playvid.com/watch/Vr6Ww9pol78, http://www.playvid.com/watch/TuKlfDfnGvE, http://www.playvid.com/watch/ebRE0uEi2eI, http://www.playvid.com/watch/Su3HgHgvboa, http://www.playvid.com/watch/amUhJOy89zd, http://www.playvid.com/watch/rO3X3gMLbE7, http://www.playvid.com/watch/G8uOr9LJxZd, http://www.playvid.com/watch/3noAln02FnM, http://www.playvid.com/watch/TgwLaZID7Lt, http://www.playvid.com/watch/3upo-KJ08Jt, http://www.playvid.com/watch/u6MBkd5vjJk, http://www.playvid.com/watch/2ghOMvBrCb9, http://www.playvid.com/watch/ibCd-6SlyZM, http://www.playvid.com/watch/8KFcdepDDtL, http://www.playvid.com/watch/Uvm0EeiBtWd, http://www.playvid.com/watch/MIyBv4mbMou, http://www.playvid.com/watch/pQNyyvOMLl9, http://www.playvid.com/watch/gSWi2qMVnSx, http://www.playvid.com/watch/BNVrVIgmJNN, http://www.playvid.com/watch/ubV8vu99en9, http://www.playvid.com/watch/QuQybymTJzN, http://www.playvid.com/watch/M-7Z3rNMHrx, http://www.playvid.com/watch/zR5PU6TMcdW, http://www.playvid.com/watch/6q5SwJ3Kv4D, http://www.playvid.com/watch/mGrqQWjTGg2, http://www.playvid.com/watch/-cLmndjVZ2F, http://www.playvid.com/watch/pFnPzbt-tZA, http://www.playvid.com/watch/PtYUIIn2Kmi, http://www.playvid.com/watch/qGC5AR9oW83, http://www.playvid.com/watch/emDb4tKpwDh, http://www.playvid.com/watch/59cWAnmboGA, http://www.playvid.com/watch/6KIIkSnR72y, http://www.playvid.com/watch/h88XW0qBbxe, http://www.playvid.com/watch/BlKTcobBXMK, http://www.playvid.com/watch/pjutRT7h0zo, http://www.playvid.com/watch/meLisVrIZI6, http://www.playvid.com/watch/QjXyhGhIof9, http://www.playvid.com/watch/5O8qrj8SK-5, http://www.playvid.com/watch/dTRzBxemh52, http://www.playvid.com/watch/xqN3Rk50mG9, http://www.playvid.com/watch/jrulLilap9r, http://www.playvid.com/watch/V9zU67MJWgL, http://www.playvid.com/watch/WIfVME6p7wv, http://www.playvid.com/watch/2KU8SZuSThX, http://www.playvid.com/watch/QExYr8QNDw5, http://www.playvid.com/watch/ZTbtvTwPkm2, http://www.playvid.com/watch/WCHbrRDiK3j, http://www.playvid.com/watch/cujLDeef53d, http://www.playvid.com/watch/SiGZJQlX8gj, http://www.playvid.com/watch/SgYgmRxjwgX, http://www.playvid.com/watch/-xfbKgdpWBB, http://www.playvid.com/watch/KQVhCgS4MKu, http://www.playvid.com/watch/Nn5f7754nZt, http://www.playvid.com/watch/TJwyyiK7zm3, http://www.playvid.com/watch/DLpZpoSRLii, http://www.playvid.com/watch/k6mMa4Y5UeF, http://www.playvid.com/watch/sDkzJUR0JTl, http://www.playvid.com/watch/TZ8hgAomJ-d, http://www.playvid.com/watch/CGjuhlon6Vj, http://www.playvid.com/watch/7AR4tsrDVOL, http://www.playvid.com/watch/xCjpP-f9Ull, http://www.playvid.com/watch/-wElKEFDwB4, http://www.playvid.com/watch/aRzTzdPPGLo, http://www.playvid.com/watch/K0PgtOonjA7, http://www.playvid.com/watch/iy8SkhQVvYv, http://www.playvid.com/watch/RLSGxIrW7Cj, http://www.playvid.com/watch/PvLtzD3Cg79, http://www.playvid.com/watch/m7CWTJnTjwg, http://www.playvid.com/watch/Uij-ZysPKLA, http://www.playvid.com/watch/8udiRt4lNzR, http://www.playvid.com/watch/0Q8ozEGFVi4, http://www.playvid.com/watch/k6LQttBD8oA, http://www.playvid.com/watch/O2YwF2Nleu5, http://www.playvid.com/watch/sfM9x4kQF0L, http://www.playvid.com/watch/YtBvbfV-naA, http://www.playvid.com/watch/CjkErZId7PU, http://www.playvid.com/watch/Bnb-sWJqUqH, http://www.playvid.com/watch/iYtmVZ6Om3Q, http://www.playvid.com/watch/arJP0eDp0Ct, http://www.playvid.com/watch/QRZqlLrCl7t, http://www.playvid.com/watch/BwDuJ7QVRqC, http://www.playvid.com/watch/EzqIkKn4vX9, http://www.playvid.com/watch/GCXHeCB-Pbe, http://www.playvid.com/watch/Xxkg3VqzSJV, http://www.playvid.com/watch/E7N7yaEDg9w, http://www.playvid.com/watch/NHA3jPQy2OW, http://www.playvid.com/watch/UDRttJVGLAB, http://www.playvid.com/watch/CKvOV4FyvLV, http://www.playvid.com/watch/G0jgWtEI3NT, http://www.playvid.com/watch/4befXMJ2f8O, http://www.playvid.com/watch/kALu2u4H59B, http://www.playvid.com/watch/fO4VtdKkhN8, http://www.playvid.com/watch/ReH2a9xishY, http://www.playvid.com/watch/Fmf3uq3IHMM, http://www.playvid.com/watch/s8RKpvvKcGt, http://www.playvid.com/watch/DMmiS-GlTla, http://www.playvid.com/watch/KMaOtukYmgK, http://www.playvid.com/watch/tlzMfM6y2F3, http://www.playvid.com/watch/cmq64rRE7E-, http://www.playvid.com/watch/wy5wetOf7a7, http://www.playvid.com/watch/e0nYO3WMttz, http://www.playvid.com/watch/AisGCTWSKki, http://www.playvid.com/watch/Lqe2HAONfNh, http://www.playvid.com/watch/hOXlJpOf0WZ, http://www.playvid.com/watch/qMp45ba8rGg, http://www.playvid.com/watch/knz8WLzB8LN, http://www.playvid.com/watch/x09BuaUJYvT, http://www.playvid.com/watch/HeqD56MPkwM, http://www.playvid.com/watch/Rc60ibXQIr0, http://www.playvid.com/watch/prqK5C6w7MD, http://www.playvid.com/watch/PYGPHcR2-fo, http://www.playvid.com/watch/2Nr04S28Ntj, http://www.playvid.com/watch/CJ5DRSEkRAP, http://www.playvid.com/watch/g0okFt62cde, http://www.playvid.com/watch/9k79XxxNX63, http://www.playvid.com/watch/9vE-0-5eC33, http://www.playvid.com/watch/I0YWctga4R7, http://www.playvid.com/watch/iOiwqoJdwvp, http://www.playvid.com/watch/EhvQHCywytA, http://www.playvid.com/watch/qsUxD04kcs7, http://www.playvid.com/watch/foFuO3tMA2F, http://www.playvid.com/watch/fqHHok0bRZf, http://www.playvid.com/watch/sAzcMHaWxQM, http://www.playvid.com/watch/b-UsUZTpj0T, http://www.playvid.com/watch/FZCb8wbT37A, http://www.playvid.com/watch/lHzkbAsjnfR, http://www.playvid.com/watch/TtWVWCIFiNC, http://www.playvid.com/watch/II8QAGpDHMx, http://www.playvid.com/watch/Pk7fDzKCLoR, http://www.playvid.com/watch/OHhLwbk-q7I, http://www.playvid.com/watch/aibGfglJUWY, http://www.playvid.com/watch/NOfwNJhKCMn, http://www.playvid.com/watch/WYBv8zEQu0O, http://www.playvid.com/watch/AyVUUcXblyx, http://www.playvid.com/watch/jAUCBwuE98n, http://www.playvid.com/watch/33dS4dQ2INt, http://www.playvid.com/watch/2ZhCzOgWvWd, http://www.playvid.com/watch/OZk-rmJo9xP, http://www.playvid.com/watch/JrmsiuX8BbR, http://www.playvid.com/watch/3fnq-lZ6Cl7, http://www.playvid.com/watch/zshGq46e8Ay, http://www.playvid.com/watch/4fBJMOZRxOM, http://www.playvid.com/watch/vwSMb7cxdQp, http://www.playvid.com/watch/hSvbQvY63I-, http://www.playvid.com/watch/VJbX3VknZHg, http://www.playvid.com/watch/DTAqnvKX3kL

5.f. Date of third notice: 2014-01-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pornoneverdie
5.b. Uploader's email address: pornoneverdie@inbox.ru

5.d. Uploader's profile: http://www.playvid.com/member/pornoneverdie
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AUsrnBdICwp, http://www.playvid.com/watch/gT-vtLFEbNB,
http://www.playvid.com/watch/N8Aj5ezqrK0, http://www.playvid.com/watch/4XCDDZPO1bV, http://www.playvid.com/watch/tkdBo4Dp-XD,
http://www.playvid.com/watch/jvVNqoi7HJL, http://www.playvid.com/watch/t-50FzgmtRd, http://www.playvid.com/watch/WcL2FAFDsrA,
http://www.playvid.com/watch/Q72pAqUHUc-, http://www.playvid.com/watch/phxqjIIX3tc, http://www.playvid.com/watch/zxKv3PRwUDa,
http://www.playvid.com/watch/HGyVzcGvXlb, http://www.playvid.com/watch/MCNhw5oiSML, http://www.playvid.com/watch/ENHXm6UGVPb,
http://www.playvid.com/watch/bcyYTWebxQy, http://www.playvid.com/watch/KpLIStD-gs6, http://www.playvid.com/watch/trnw2b3nwWq,
http://www.playvid.com/watch/D9sVA-4pzDy, http://www.playvid.com/watch/DWbiZdNNheD, http://www.playvid.com/watch/JJtLzqrfpiy,
http://www.playvid.com/watch/wtVnMCM1uSn, http://www.playvid.com/watch/SVCz81MANtc, http://www.playvid.com/watch/nY7jKZN0WlL,
http://www.playvid.com/watch/ZoN65BITdnl, http://www.playvid.com/watch/QSzdbNnV7oq, http://www.playvid.com/watch/9FTN2unz-03,
http://www.playvid.com/watch/vISyFY6y2Uf, http://www.playvid.com/watch/YIue66N58kj, http://www.playvid.com/watch/-lr-OqgMYgD,
http://www.playvid.com/watch/ZimpBVyogla, http://www.playvid.com/watch/qBR93aQXTJ4, http://www.playvid.com/watch/tUNCtHsDIKi,
http://www.playvid.com/watch/mkWpGbfUS44, http://www.playvid.com/watch/ZpmtXzD79EA, http://www.playvid.com/watch/HXMwtBSjFHd,
http://www.playvid.com/watch/EP-v5vP384h, http://www.playvid.com/watch/4DxDKIt9KGS, http://www.playvid.com/watch/axlytyIzn4Y,
http://www.playvid.com/watch/KIDVdJUuXjl, http://www.playvid.com/watch/8P3VqAunTEC, http://www.playvid.com/watch/wrEngDzQiGh,
http://www.playvid.com/watch/9fALx00cJhn, http://www.playvid.com/watch/BsOzEhNpsw-, http://www.playvid.com/watch/km2qceuwCPQ,
http://www.playvid.com/watch/D7udmekz6T5, http://www.playvid.com/watch/ij4jkELLE1I, http://www.playvid.com/watch/nb91FnoD4tN,
http://www.playvid.com/watch/44fi3cDplmz, http://www.playvid.com/watch/-GEvx-s30Fn, http://www.playvid.com/watch/MFD8x6eP2-A,
http://www.playvid.com/watch/Vwl-Zjs0RmD, http://www.playvid.com/watch/7fDczxhTwgd, http://www.playvid.com/watch/BRdXH7Lik0d,
http://www.playvid.com/watch/vNGY6jmE2A1, http://www.playvid.com/watch/KhpP4MBrT3e, http://www.playvid.com/watch/I5oBEzGtoFS,
http://www.playvid.com/watch/yvnCbEDOeoU, http://www.playvid.com/watch/r0gatYb4Dex, http://www.playvid.com/watch/GDfEkRo0HOk,
http://www.playvid.com/watch/qtwqBcCGqUj, http://www.playvid.com/watch/2Ni1ezQqYWu, http://www.playvid.com/watch/Er7jIs4aSy3,
http://www.playvid.com/watch/uzfgJgG2zXG, http://www.playvid.com/watch/EAOmfdds0Si, http://www.playvid.com/watch/C4z7oPmb4EM,
http://www.playvid.com/watch/tNXe8VLzawG, http://www.playvid.com/watch/KPFK5vtY-cr, http://www.playvid.com/watch/OYjW9uYVizq,
http://www.playvid.com/watch/KJ6EZK9BiIe, http://www.playvid.com/watch/3AL78Z8g1ER, http://www.playvid.com/watch/QX98oXd5lYl,
http://www.playvid.com/watch/VmbN4UBfCJn, http://www.playvid.com/watch/UlbTJiVYU6X, http://www.playvid.com/watch/-Rk7Ulj6XDc,
http://www.playvid.com/watch/4a4HIwG-uvV, http://www.playvid.com/watch/Uy6mqmfBGKi, http://www.playvid.com/watch/97TE4ZOgYi7,
http://www.playvid.com/watch/FhH--B4TjDa, http://www.playvid.com/watch/4nFfnfXOjeO, http://www.playvid.com/watch/G9hlW81-vAP,
http://www.playvid.com/watch/FxevaO2eQpR, http://www.playvid.com/watch/WIe12zaVke3, http://www.playvid.com/watch/gzVDCpROTq9,
http://www.playvid.com/watch/0UGy2wzy79P, http://www.playvid.com/watch/NOTAJxzIrWw, http://www.playvid.com/watch/AI-KMxxQ0f6,
http://www.playvid.com/watch/CkNUufKrjQ9, http://www.playvid.com/watch/dWCJ69oZVTQ, http://www.playvid.com/watch/ze6x3Al4gu4,
http://www.playvid.com/watch/l84EIHGOrCE, http://www.playvid.com/watch/sJs2Nx7ulvl, http://www.playvid.com/watch/pKIQhw3OP07,
http://www.playvid.com/watch/hWydKCG7GVV, http://www.playvid.com/watch/vCq4N18-mmm, http://www.playvid.com/watch/EhrwMT7O9Ed,
http://www.playvid.com/watch/J2dicEy7gKo, http://www.playvid.com/watch/vMJ1jnCdmir, http://www.playvid.com/watch/8sIa2MlE2tl,
http://www.playvid.com/watch/XVxR06r-atz, http://www.playvid.com/watch/YIhZCkJq7Kn, http://www.playvid.com/watch/SP0u7zEvjMg,
http://www.playvid.com/watch/RCoBeyMpVTs, http://www.playvid.com/watch/fM1YdztskwU, http://www.playvid.com/watch/fkfC9cozHYf,
http://www.playvid.com/watch/3l5WORfF6Aw, http://www.playvid.com/watch/ar2ini7Cn7F, http://www.playvid.com/watch/ZJ84bxqAnmC,
http://www.playvid.com/watch/cBa9G2hpXif, http://www.playvid.com/watch/VYSN7fD8Z7G, http://www.playvid.com/watch/VGh1XxMjeOH,
http://www.playvid.com/watch/G6fypZnQTRI, http://www.playvid.com/watch/mOuuXTn-Tue, http://www.playvid.com/watch/9in9SqrHGy-,
http://www.playvid.com/watch/vnPX5jMXrfP, http://www.playvid.com/watch/MrW3qSmDEoS, http://www.playvid.com/watch/9VD7km1MsLe,
http://www.playvid.com/watch/kg3XG5rQBrT, http://www.playvid.com/watch/eFcCCVXKBWS, http://www.playvid.com/watch/bYybW3RLa7V,
http://www.playvid.com/watch/zmLUrFNnueR, http://www.playvid.com/watch/s3fB7sGUkFq, http://www.playvid.com/watch/noENepQJVZp,
http://www.playvid.com/watch/6E9hIZHCeaD, http://www.playvid.com/watch/aV9om2C5FrE, http://www.playvid.com/watch/SFCV0qq0XGl,
http://www.playvid.com/watch/vO5S4U1WCVc, http://www.playvid.com/watch/RFemDv1Ycel, http://www.playvid.com/watch/agr71bA4cwu,
http://www.playvid.com/watch/A4-4H4SHViM, http://www.playvid.com/watch/Qiz6zFIyBzI, http://www.playvid.com/watch/Lt9TT4RTGqf,
http://www.playvid.com/watch/ssGOPzW7WGc, http://www.playvid.com/watch/PqGbZ00MNDS, http://www.playvid.com/watch/ailKLh-PvzF,
http://www.playvid.com/watch/ICnG4lKWFDB, http://www.playvid.com/watch/YDLyYrvDY-0, http://www.playvid.com/watch/fDQJ1j9AASw,
http://www.playvid.com/watch/wZWALJOqXId, http://www.playvid.com/watch/FVLMNGrHX7s, http://www.playvid.com/watch/UvH6o-N1sYk,
http://www.playvid.com/watch/GJXJFZW3VEH, http://www.playvid.com/watch/UagGI2XHaZr, http://www.playvid.com/watch/rBRYvgF92ds,
http://www.playvid.com/watch/X534xdzRtQB, http://www.playvid.com/watch/F8-MpmIv8dP, http://www.playvid.com/watch/aLx6cONv95c,
http://www.playvid.com/watch/YxA06yTrBba, http://www.playvid.com/watch/yOoCXlQOYXy, http://www.playvid.com/watch/eiKf24aOnII,
http://www.playvid.com/watch/3csbyozW04S, http://www.playvid.com/watch/hm7W4YGkdw-, http://www.playvid.com/watch/vWZDQU4oGUD,
http://www.playvid.com/watch/cOJbWTXGp5M, http://www.playvid.com/watch/c3CeDR76RnQ, http://www.playvid.com/watch/S7rypMy5rh7,
http://www.playvid.com/watch/QdyZ4zumdhQ, http://www.playvid.com/watch/uvfNZR4hcx5, http://www.playvid.com/watch/dV9NLzsKkgh,
http://www.playvid.com/watch/Q0wXN9Kof0u, http://www.playvid.com/watch/nhg0oBexKFm, http://www.playvid.com/watch/rLI2q2Af0MJ,
http://www.playvid.com/watch/C-wM2ChvIRw, http://www.playvid.com/watch/krVlZWKkTFG, http://www.playvid.com/watch/UUOnz9PL-ot,
http://www.playvid.com/watch/wO4T4uioQLA, http://www.playvid.com/watch/8eZBjEYHkh6, http://www.playvid.com/watch/rHa5yLtZ4ez,
http://www.playvid.com/watch/tuTy6EvIX48, http://www.playvid.com/watch/cTmLQfKLOhR, http://www.playvid.com/watch/s5DHCilqOqN,
http://www.playvid.com/watch/DuezgNuKuDE, http://www.playvid.com/watch/jPhb4bpE8bI, http://www.playvid.com/watch/sI90N6Qzcc6,
http://www.playvid.com/watch/iVyLVtwY2hS, http://www.playvid.com/watch/KD5Lt6xTj8p, http://www.playvid.com/watch/o5pLMviQ2Sd,
http://www.playvid.com/watch/sgPRIcZWtRF, http://www.playvid.com/watch/oFrhNLSYk1k, http://www.playvid.com/watch/vWOVNqHgoCP,
http://www.playvid.com/watch/fJJMgEETgkb, http://www.playvid.com/watch/MZZUD5KPDTX, http://www.playvid.com/watch/mOSlUxlWLOy,
http://www.playvid.com/watch/DmPUcyk2ryR, http://www.playvid.com/watch/dLux9fxYBGC, http://www.playvid.com/watch/yWrBktOH8Ia,
http://www.playvid.com/watch/M2DlHK4eDq1, http://www.playvid.com/watch/iRbskUyMqAn, http://www.playvid.com/watch/PbXdlMNIdvW,
http://www.playvid.com/watch/mPqX1qVNHl7, http://www.playvid.com/watch/uyHi8abF4Mo, http://www.playvid.com/watch/8fOoz6JEkrM,
http://www.playvid.com/watch/CCAdInaj1xE, http://www.playvid.com/watch/7JsRyz-ojmx, http://www.playvid.com/watch/AYYidruo02m,
http://www.playvid.com/watch/OShSWI17BHD, http://www.playvid.com/watch/C9pzdbWo60Q, http://www.playvid.com/watch/wnRflRbbXNk,
http://www.playvid.com/watch/ldI7gVBnBaU, http://www.playvid.com/watch/cCK9M2nEbDJ, http://www.playvid.com/watch/iqYxHQRB1X0,
http://www.playvid.com/watch/oiqHvq3jST2, http://www.playvid.com/watch/T35wi5hRAb0, http://www.playvid.com/watch/zfYPBqfTBTA,
http://www.playvid.com/watch/Uq89s8ajZAI, http://www.playvid.com/watch/MWmsBOFTo1j, http://www.playvid.com/watch/SIae5VvZn4E,
http://www.playvid.com/watch/WO510EcocMR, http://www.playvid.com/watch/FoT4UUSkkGs, http://www.playvid.com/watch/KtpjOqDcIbh,
http://www.playvid.com/watch/kkFyTCpRBrw, http://www.playvid.com/watch/iXlLkUGVrEc, http://www.playvid.com/watch/dQnPDXgOBqq,
http://www.playvid.com/watch/gOZZvkQ1ws8, http://www.playvid.com/watch/KOrddPpWdA0, http://www.playvid.com/watch/GfhGHVURbAL,
http://www.playvid.com/watch/8lQSbMaPtn6, http://www.playvid.com/watch/x8pl56oO0Mx, http://www.playvid.com/watch/c5YR74iPgSq,
http://www.playvid.com/watch/BIDPEcN0HlO, http://www.playvid.com/watch/RRmQKkjv9g2, http://www.playvid.com/watch/mtT8fuhNlbb,
http://www.playvid.com/watch/cWXxmMyLE0e, http://www.playvid.com/watch/8MulvQYrlmy, http://www.playvid.com/watch/7hDUlB4dGWb,
http://www.playvid.com/watch/zSD0uhwhOqK, http://www.playvid.com/watch/po1kwWM0H8c, http://www.playvid.com/watch/tmfk7JuTSeu,
http://www.playvid.com/watch/t38NoHw5RrS, http://www.playvid.com/watch/xLKaL3j-YhD, http://www.playvid.com/watch/ZXSvoNFuamG,
http://www.playvid.com/watch/vZIzliOKkhV, http://www.playvid.com/watch/RnRY5SZzlJo, http://www.playvid.com/watch/lClhGI4uhDs,
http://www.playvid.com/watch/KOoYhaWeQDJ, http://www.playvid.com/watch/qRLv7jfv4it, http://www.playvid.com/watch/SuvYoQQMXcL,
http://www.playvid.com/watch/7EyF0tUGfkC, http://www.playvid.com/watch/jrHHtYdNVON, http://www.playvid.com/watch/SXylyuWFRBh,
http://www.playvid.com/watch/i8BEbhTStHL, http://www.playvid.com/watch/lr6hxhGUyMB, http://www.playvid.com/watch/QaPJfn0RnPV,
http://www.playvid.com/watch/Ag9KTuzTnU4, http://www.playvid.com/watch/ZcFE2iKW1vc, http://www.playvid.com/watch/xkXkXl0I61U,
http://www.playvid.com/watch/4-dXTquPAro, http://www.playvid.com/watch/mvksYTCsr7b, http://www.playvid.com/watch/ozszkOgC-V3,
http://www.playvid.com/watch/kG2ijcDKYZF, http://www.playvid.com/watch/Wz2elxchEmi, http://www.playvid.com/watch/NErhlivxLoO,
http://www.playvid.com/watch/3g2eiHkeP1H, http://www.playvid.com/watch/rELLNARrhc9, http://www.playvid.com/watch/nTsS6uGKhLU,
http://www.playvid.com/watch/vrL3XQw-uVb, http://www.playvid.com/watch/rer4KCwnJBf, http://www.playvid.com/watch/pYsDewZdkhU,
http://www.playvid.com/watch/yQbIEAobV16, http://www.playvid.com/watch/AlMFKVftTYr, http://www.playvid.com/watch/vfSR11sgsLR,
http://www.playvid.com/watch/jIUxQZGu-M1, http://www.playvid.com/watch/NZpX8hxR1Yp, http://www.playvid.com/watch/wjfqPZb-ayH,
http://www.playvid.com/watch/YpLRWyzGdm7, http://www.playvid.com/watch/xCh-rdmG0B8, http://www.playvid.com/watch/CLELCCPljUE,
http://www.playvid.com/watch/ApHOCf6rLSB, http://www.playvid.com/watch/JtlKB5KQL1r, http://www.playvid.com/watch/8Ut77iRgeD7,
http://www.playvid.com/watch/3ZYmNdH3MYU, http://www.playvid.com/watch/hAGR7kLxeVL, http://www.playvid.com/watch/9LX751Gn1oQ,
http://www.playvid.com/watch/mJySeP7EaLM, http://www.playvid.com/watch/PkeLPhWIEOb, http://www.playvid.com/watch/gVIjajzP2Sy,
http://www.playvid.com/watch/0KBkcFF-xJP, http://www.playvid.com/watch/-BUAiIyCsC-, http://www.playvid.com/watch/DHnp9EFehFI,
http://www.playvid.com/watch/0OMQgAzzcBX, http://www.playvid.com/watch/gcPmazUyNeh, http://www.playvid.com/watch/rwAH0EQGebA,
http://www.playvid.com/watch/9j8am6Erih1, http://www.playvid.com/watch/qWKJ28kn2Mj, http://www.playvid.com/watch/HuiAKBC9YH9,

http://www.playvid.com/watch/0LXKmW4M3al, http://www.playvid.com/watch/ZB7d8kj1tzI, http://www.playvid.com/watch/HjzBsaRpngi,
http://www.playvid.com/watch/vywJWc-It2X, http://www.playvid.com/watch/sdRV0AaGuig, http://www.playvid.com/watch/x-FsyS5Qurk,
http://www.playvid.com/watch/ChDApubI-R-, http://www.playvid.com/watch/LEx5WSwqRp4, http://www.playvid.com/watch/KCv-Vt9qpx3,
http://www.playvid.com/watch/GlNL0Q1tIjk, http://www.playvid.com/watch/SZF7CIjBbqE, http://www.playvid.com/watch/K7QyvSEBu12,
http://www.playvid.com/watch/Hxp30PgacT5, http://www.playvid.com/watch/VLnq3opXPKc, http://www.playvid.com/watch/yMhmqbLIHIN,
http://www.playvid.com/watch/OzRvnHYoq4u, http://www.playvid.com/watch/hG96l4VWWMV, http://www.playvid.com/watch/wh5bUx66DkJ,
http://www.playvid.com/watch/gMdTOwnBo5M, http://www.playvid.com/watch/4P4WiPSkciY, http://www.playvid.com/watch/Wz91TGjWkbp,
http://www.playvid.com/watch/Kt911B7iB0o, http://www.playvid.com/watch/6pA1wRMMYBR, http://www.playvid.com/watch/I3J6LwN5k8b,
http://www.playvid.com/watch/KWaC4MsghZ6, http://www.playvid.com/watch/aqxv3LjU8Ew, http://www.playvid.com/watch/JSuSytqOrLR,
http://www.playvid.com/watch/Xv0jZ9mbNci, http://www.playvid.com/watch/SNgPldmhinR, http://www.playvid.com/watch/UKnrIq29OGv,
http://www.playvid.com/watch/De6gVFdsUi6, http://www.playvid.com/watch/6n0L7NrQpEL, http://www.playvid.com/watch/-Xwd-hINKVD,
http://www.playvid.com/watch/MPldssKKLUw, http://www.playvid.com/watch/3j2yc2FyFE3, http://www.playvid.com/watch/PHBkbwv6WEO,
http://www.playvid.com/watch/wi2gsh1UOE7, http://www.playvid.com/watch/CLaRhnMQ8WY, http://www.playvid.com/watch/V-IeN4VnUhL,
http://www.playvid.com/watch/QN8krLLrzlN, http://www.playvid.com/watch/MyWUw7XbFM6, http://www.playvid.com/watch/ALq41oXCey5,
http://www.playvid.com/watch/B8FgUcU2xjs, http://www.playvid.com/watch/6XYKvJwRDGw, http://www.playvid.com/watch/aBJWgyPYsiK,
http://www.playvid.com/watch/wDn95HCvUbm, http://www.playvid.com/watch/QP6WMhauCjb, http://www.playvid.com/watch/0bZXcyl5tsO,
http://www.playvid.com/watch/bPGcPkPcGZw, http://www.playvid.com/watch/Cyilj332Mc2, http://www.playvid.com/watch/rlLGzeOOFgA,
http://www.playvid.com/watch/o80QZQbWLAd, http://www.playvid.com/watch/tBQUacMiR-G, http://www.playvid.com/watch/m0kejL4X9G-,
http://www.playvid.com/watch/tBZPZWOy7V0, http://www.playvid.com/watch/PpIUbuhmexA, http://www.playvid.com/watch/lsOtlv-XSfg,
http://www.playvid.com/watch/mgcPfOPt5on, http://www.playvid.com/watch/5rj8ngYpbMM, http://www.playvid.com/watch/3GQ18r7xj3v,
http://www.playvid.com/watch/-4Bia2isP-7, http://www.playvid.com/watch/EDrHVhkQn8i, http://www.playvid.com/watch/JHntQclw8yU,
http://www.playvid.com/watch/cSaWNqLItsU, http://www.playvid.com/watch/LT2kCRhLyIt, http://www.playvid.com/watch/0mB5U67Wfx1,
http://www.playvid.com/watch/-dC0LwiKL3x, http://www.playvid.com/watch/D4IFnTk9CKG, http://www.playvid.com/watch/vLdqFYwMORS,
http://www.playvid.com/watch/QUFujlPUUBF, http://www.playvid.com/watch/rwU4OSSzVQY, http://www.playvid.com/watch/DGuDL5dq1vf,
http://www.playvid.com/watch/XznWNlJ4ttj, http://www.playvid.com/watch/ipRozk1-r98, http://www.playvid.com/watch/cZ5qTUwLHDu,
http://www.playvid.com/watch/0EpaqwYXoak, http://www.playvid.com/watch/h4-453oipQ2, http://www.playvid.com/watch/tQFN2n4AoYD,
http://www.playvid.com/watch/5-CgJRKLDfG, http://www.playvid.com/watch/9Rpkdqq-W1T, http://www.playvid.com/watch/pvprP5CPLve,
http://www.playvid.com/watch/tBLHnoLiEpv, http://www.playvid.com/watch/ob3Bes024Xn, http://www.playvid.com/watch/JVARHikTYF-,
http://www.playvid.com/watch/ItIA4scuQED, http://www.playvid.com/watch/RqIMnk9Qebv, http://www.playvid.com/watch/rcnPofWklMB,
http://www.playvid.com/watch/wfQBWcpIO94, http://www.playvid.com/watch/K0uqeWgF4XU, http://www.playvid.com/watch/oisH983nLDy,
http://www.playvid.com/watch/INopPeMm9G4, http://www.playvid.com/watch/MtaE4bytIXX, http://www.playvid.com/watch/yciIXNf4Bfo,
http://www.playvid.com/watch/54t3fxsFx9e, http://www.playvid.com/watch/zidppa3YhHF, http://www.playvid.com/watch/y0mszFqrqOJ,
http://www.playvid.com/watch/nSw2fnNH4rj, http://www.playvid.com/watch/0fypeYwcLtF, http://www.playvid.com/watch/vp-m6ECGtX8,
http://www.playvid.com/watch/qIporGkeswP, http://www.playvid.com/watch/lI01XUY4V51, http://www.playvid.com/watch/pUsf1s1cKSH,
http://www.playvid.com/watch/DJQO2M-bKdK, http://www.playvid.com/watch/2u0CZfaBkxR, http://www.playvid.com/watch/3D84I0TCRMD,
http://www.playvid.com/watch/gRN6gUmp274, http://www.playvid.com/watch/Q9GebLMkQll, http://www.playvid.com/watch/wXJ7LcvQJAT,
http://www.playvid.com/watch/UlCMmMxVh6A, http://www.playvid.com/watch/dpUK2es6pKT, http://www.playvid.com/watch/6S4OJA9jY9s,
http://www.playvid.com/watch/D3sZ09cfFUa, http://www.playvid.com/watch/5avOQU7Xymi, http://www.playvid.com/watch/ohr7ttMlU30,
http://www.playvid.com/watch/BFGnOgRyHlp, http://www.playvid.com/watch/awS5KWBzJRA, http://www.playvid.com/watch/htR7PY9s-44,
http://www.playvid.com/watch/UkNkjfw4nmI, http://www.playvid.com/watch/RZ2PYD5ROnv, http://www.playvid.com/watch/k85xgA48Fsv,
http://www.playvid.com/watch/hqmWFYcP42h, http://www.playvid.com/watch/asOSJ7FvqBf, http://www.playvid.com/watch/CYT-GyLC8O1,
http://www.playvid.com/watch/Z8-oExMY15k, http://www.playvid.com/watch/AYdZhjgx7oV, http://www.playvid.com/watch/0J6FXgAAMlH,
http://www.playvid.com/watch/iBmIJ6v01MZ, http://www.playvid.com/watch/CHdOxbF5NPy, http://www.playvid.com/watch/Ba44XSlhtZQ,
http://www.playvid.com/watch/kRWk9lVOdr4, http://www.playvid.com/watch/MNfiObejmf-, http://www.playvid.com/watch/fnv5McH54Ny,
http://www.playvid.com/watch/tnuqEURz5Zb, http://www.playvid.com/watch/DiAW62-9SJw, http://www.playvid.com/watch/rTcSKlf7AaC,
http://www.playvid.com/watch/gN7jZlutGnM, http://www.playvid.com/watch/yrdUwDZSnER, http://www.playvid.com/watch/UadzPglU1O7,
http://www.playvid.com/watch/p3LiAeSS8yb, http://www.playvid.com/watch/BXIMeqgWS23, http://www.playvid.com/watch/0edkaAAJp1w,
http://www.playvid.com/watch/lm-ZA1dTII3, http://www.playvid.com/watch/scf0JbDnRPi, http://www.playvid.com/watch/7Gn3jT9ywQe,
http://www.playvid.com/watch/88-fV1sJIWO, http://www.playvid.com/watch/rsrYD3tGBMH, http://www.playvid.com/watch/vq9J-ZNKZmu,
http://www.playvid.com/watch/WvXxbmenQ5b, http://www.playvid.com/watch/D4PpHNdEOmM, http://www.playvid.com/watch/pm4sKt3iUrc,
http://www.playvid.com/watch/Ft21dshyV1t, http://www.playvid.com/watch/t9nYEEjL3Lb, http://www.playvid.com/watch/9K17ZW6DGn6,
http://www.playvid.com/watch/yCxXLKLl0Bc, http://www.playvid.com/watch/lhjAZHdj-IZ, http://www.playvid.com/watch/md3NZ2GyeLA,
http://www.playvid.com/watch/jqBuSwuztzN, http://www.playvid.com/watch/gtb8OD1hdwV, http://www.playvid.com/watch/05iitF8x6hp,
http://www.playvid.com/watch/IpUdzVJulHq, http://www.playvid.com/watch/s5pxahe1RCb, http://www.playvid.com/watch/3eKCJ5LF9P6,
http://www.playvid.com/watch/kRBwbpFbofv, http://www.playvid.com/watch/E7qvC1eAgu8, http://www.playvid.com/watch/AhCDvIvn8mZ,
http://www.playvid.com/watch/XktF0vvvHJC, http://www.playvid.com/watch/T7bV5V-QW4-, http://www.playvid.com/watch/HZCHkK4OnAQ,
http://www.playvid.com/watch/W-48dVyAHaO, http://www.playvid.com/watch/pZZS3RK4yGh, http://www.playvid.com/watch/cBOrdhp0410,
http://www.playvid.com/watch/GPse6XIWeJC, http://www.playvid.com/watch/pJdEbSn76sc, http://www.playvid.com/watch/GoglrB6z0VG,
http://www.playvid.com/watch/r7hXOZ2ar6Q, http://www.playvid.com/watch/Q4LqCgLzGbF, http://www.playvid.com/watch/C7DcSXLrf-b,
http://www.playvid.com/watch/MFx9otevhiX, http://www.playvid.com/watch/4WfisN9t5Tg, http://www.playvid.com/watch/woKZWFT7kcK,
http://www.playvid.com/watch/hxbdYM2i4y2, http://www.playvid.com/watch/vR2Ld7cDGDW, http://www.playvid.com/watch/SU9TQ32BDWZ,
http://www.playvid.com/watch/SGBEeBEgZhr, http://www.playvid.com/watch/eqJJLeRIt-p, http://www.playvid.com/watch/dXeLiYuUlFk,
http://www.playvid.com/watch/JyxLO9Bbm2-, http://www.playvid.com/watch/ZUJYSpLL-gJ, http://www.playvid.com/watch/OLISLHFep2y,
http://www.playvid.com/watch/7fHRTRANuDu, http://www.playvid.com/watch/9dz4BBAdTiK, http://www.playvid.com/watch/R3X2oP5qI2W,
http://www.playvid.com/watch/nfgtiygybRn, http://www.playvid.com/watch/dR6aeSw3bVY, http://www.playvid.com/watch/fggH4hYlXDG,
http://www.playvid.com/watch/NHxwsiDnxdH, http://www.playvid.com/watch/Ogi537rB2y4, http://www.playvid.com/watch/AxH4f4tFf9g,
http://www.playvid.com/watch/DhSGgwgsdZJ, http://www.playvid.com/watch/mx6l01wycN5, http://www.playvid.com/watch/MK-4FHJkiaW,
http://www.playvid.com/watch/sk7j1pXFykw, http://www.playvid.com/watch/aAMYiqPIdx8, http://www.playvid.com/watch/KGIZ1hFIrTc,
http://www.playvid.com/watch/D8Uwh4Vx1yL, http://www.playvid.com/watch/HGrC07CIrRj, http://www.playvid.com/watch/2phTzP5o6AT,
http://www.playvid.com/watch/HpWDrx9i9G5, http://www.playvid.com/watch/8Vg1IWR3YYR, http://www.playvid.com/watch/4Km1usRlzgx,
http://www.playvid.com/watch/KgvOX49DCza, http://www.playvid.com/watch/SN8Hzz8luII, http://www.playvid.com/watch/cAQZnfwdrVR,
http://www.playvid.com/watch/MhHevQul2AJ, http://www.playvid.com/watch/OU0tkI9LdGq, http://www.playvid.com/watch/El4lBybwXom,
http://www.playvid.com/watch/Fuu1f5UNnZZ, http://www.playvid.com/watch/oUUxmPoePNS, http://www.playvid.com/watch/gwzynZKYW15,
http://www.playvid.com/watch/g6lOBTxiZU-, http://www.playvid.com/watch/TP34VNVlrlQ, http://www.playvid.com/watch/ThFELdTc-HS,
http://www.playvid.com/watch/Voa0PkzPUKv, http://www.playvid.com/watch/Vskph9K1PJb, http://www.playvid.com/watch/ftNXNcdz7H8,
http://www.playvid.com/watch/xLW8aS77o1U, http://www.playvid.com/watch/fgHncNqEQgb, http://www.playvid.com/watch/8GU4GSnr8JN,
http://www.playvid.com/watch/JDPKzSObi5G, http://www.playvid.com/watch/bNwqZ2sRm5L, http://www.playvid.com/watch/cK5IIO5dXwM,
http://www.playvid.com/watch/Lxa3RZp4wzE, http://www.playvid.com/watch/kak1Ksf57Iy, http://www.playvid.com/watch/50WKvV28Z8E,
http://www.playvid.com/watch/2my63JWeLxR, http://www.playvid.com/watch/7F4EIf1y7ki, http://www.playvid.com/watch/eSgP0onr4BN,
http://www.playvid.com/watch/4IDbcvKD5dJ, http://www.playvid.com/watch/xNLkGb3qiR3, http://www.playvid.com/watch/nXSs1unJvvA,
http://www.playvid.com/watch/2uy-oTuCcCX, http://www.playvid.com/watch/ajDjPcQxGM5, http://www.playvid.com/watch/TAnX71UsJSl,
http://www.playvid.com/watch/xIBTntgkJ3Y, http://www.playvid.com/watch/MQK7RUddq0B, http://www.playvid.com/watch/cgl1p4QGQU4,
http://www.playvid.com/watch/3Mqzhu9yuvr, http://www.playvid.com/watch/XF7BnsdBU9O, http://www.playvid.com/watch/CGFfXRm0bOo,
http://www.playvid.com/watch/6c6Bp7EoaC9, http://www.playvid.com/watch/R3t0cd7UEhb, http://www.playvid.com/watch/TQk7kz4b2pf,
http://www.playvid.com/watch/nhzzCblu6O5, http://www.playvid.com/watch/NlTm7JOAxwN, http://www.playvid.com/watch/SiM5QhFPc9m,
http://www.playvid.com/watch/AkqgUyvMQzc, http://www.playvid.com/watch/RJ82LF0wuPn, http://www.playvid.com/watch/ld1XsCbglFJ,
http://www.playvid.com/watch/DhU3FBvd8us, http://www.playvid.com/watch/sBYWOLQHsXV, http://www.playvid.com/watch/FqFyUNhaK3l,
http://www.playvid.com/watch/hREQ0uZoseO, http://www.playvid.com/watch/GwxXZNXWINb, http://www.playvid.com/watch/LJ3AMXCv5gG,
http://www.playvid.com/watch/9tUGxWwDjzU, http://www.playvid.com/watch/jzUzKLQvxNJ, http://www.playvid.com/watch/ElXZjzqa77m,
http://www.playvid.com/watch/JmFdgMhK4-w, http://www.playvid.com/watch/jYWkMk1Qp-F, http://www.playvid.com/watch/VUw9tsJ6MuN,
http://www.playvid.com/watch/AekX22tYLwZ, http://www.playvid.com/watch/uLZLXz9TPn3, http://www.playvid.com/watch/2GLnFgeUN85,
http://www.playvid.com/watch/ihN8fDdDHvc, http://www.playvid.com/watch/e3sMuJrG2Na, http://www.playvid.com/watch/V-uiB7ZcOHd,
http://www.playvid.com/watch/r7iJqpNcVrM, http://www.playvid.com/watch/-5Q-tIl3ksF, http://www.playvid.com/watch/nWg7qEEyDl7,
http://www.playvid.com/watch/dBmbTcYcOqK, http://www.playvid.com/watch/q9FoOUJjjJA, http://www.playvid.com/watch/RmnlK-ZyJX7,
http://www.playvid.com/watch/T4okQspQU74, http://www.playvid.com/watch/U0smiFXGP6R, http://www.playvid.com/watch/GTRC2GrRHAE,
http://www.playvid.com/watch/AOH449GNrQy, http://www.playvid.com/watch/kYm1TLBPosc, http://www.playvid.com/watch/FNHm142jtkW,

http://www.playvid.com/watch/DVW-HZz8awF, http://www.playvid.com/watch/zAxDZzpKijG, http://www.playvid.com/watch/iztr5Dg9Hdy,
http://www.playvid.com/watch/U0xQDsnjeua, http://www.playvid.com/watch/mhqzAFI5L9q, http://www.playvid.com/watch/Mp8ErsuQYXQ,
http://www.playvid.com/watch/7y9-d3MF8OC, http://www.playvid.com/watch/pVb8XnbBRSL, http://www.playvid.com/watch/s-mlLPombZv,
http://www.playvid.com/watch/96M1UGm8s3G, http://www.playvid.com/watch/SnzScOWzSTr, http://www.playvid.com/watch/r9KHvAevsUk,
http://www.playvid.com/watch/g7gbftG07M-, http://www.playvid.com/watch/m87YE7XW3Xh, http://www.playvid.com/watch/MswCu-QRiU7,
http://www.playvid.com/watch/wTs4DZEa5rm, http://www.playvid.com/watch/5LJbI5Nw0sA, http://www.playvid.com/watch/YH2vNIB0Rh9,
http://www.playvid.com/watch/unBJPHBqN3w, http://www.playvid.com/watch/5PlFx-6hmJ3, http://www.playvid.com/watch/vE5f64jgKXH,
http://www.playvid.com/watch/WQZDqEhT3jD, http://www.playvid.com/watch/ppwgrkYMZgZ, http://www.playvid.com/watch/ZDlw-SuE4x1,
http://www.playvid.com/watch/ET-1p4Zc9KE, http://www.playvid.com/watch/JZDZfcQTvK2, http://www.playvid.com/watch/7ONBo9Rul2v,
http://www.playvid.com/watch/PKI0rNE6lgt, http://www.playvid.com/watch/A-Yxrq9pkXl, http://www.playvid.com/watch/IOCL7Gaau2b,
http://www.playvid.com/watch/JAtXYI9Fsuv, http://www.playvid.com/watch/UlkJs2gMj3S, http://www.playvid.com/watch/D8NqXpdNCkn,
http://www.playvid.com/watch/tqIkl6y3JGy, http://www.playvid.com/watch/tMbx4kQdcrw, http://www.playvid.com/watch/D62x6p29qW9,
http://www.playvid.com/watch/e0QTkeTqGtm, http://www.playvid.com/watch/wUvlZaafgz8, http://www.playvid.com/watch/8aHqVEcLEbp,
http://www.playvid.com/watch/HnoxhK9sDGT, http://www.playvid.com/watch/hbs3ZQxHkh9, http://www.playvid.com/watch/dLKlbxFEfhX,
http://www.playvid.com/watch/FnEJeNbDR4i, http://www.playvid.com/watch/oevIJ6R349m, http://www.playvid.com/watch/R9ByECYOuvv,
http://www.playvid.com/watch/fzeJ43GvpMl, http://www.playvid.com/watch/tMMiDH7trG3, http://www.playvid.com/watch/OFtsIQziXZ2,
http://www.playvid.com/watch/q-97Rd4zH8z, http://www.playvid.com/watch/Vb0r-PscLTh, http://www.playvid.com/watch/Rd86uk1QJRY,
http://www.playvid.com/watch/GeIDH5jD8f-, http://www.playvid.com/watch/2LUKbZWzSZr, http://www.playvid.com/watch/vazXkbTU6XC,
http://www.playvid.com/watch/XAxdfASHByj, http://www.playvid.com/watch/AzZluZyDJIu, http://www.playvid.com/watch/7cp2dv50d5j,
http://www.playvid.com/watch/8jCiZL79xZF, http://www.playvid.com/watch/nCN7m6Mbg4r, http://www.playvid.com/watch/qRCjgIvwaLm,
http://www.playvid.com/watch/6qZRHQRBjlg, http://www.playvid.com/watch/OCPvzKh90U2, http://www.playvid.com/watch/v3aWon5V7fc,
http://www.playvid.com/watch/n9Lj6G3BNqk, http://www.playvid.com/watch/ZWiQJ0Gj-AY, http://www.playvid.com/watch/Bj-CEAPdaNU,
http://www.playvid.com/watch/nFjAsufFnhE, http://www.playvid.com/watch/3MAxUchtZwf, http://www.playvid.com/watch/dOgeRP93JPT,
http://www.playvid.com/watch/draiRNHdkzg, http://www.playvid.com/watch/7eJ-FaEP7IZ, http://www.playvid.com/watch/JZMx92mrFjY,
http://www.playvid.com/watch/SVuAxRjCJ-k, http://www.playvid.com/watch/Nf0uZPzAGmM, http://www.playvid.com/watch/OYxcWPdba5G,
http://www.playvid.com/watch/irJlRdw5ecE, http://www.playvid.com/watch/I39lZWhHYjh, http://www.playvid.com/watch/PdxrAZUxMYh,
http://www.playvid.com/watch/JYTpG7-NH-i, http://www.playvid.com/watch/l8-cK74pSUl, http://www.playvid.com/watch/88UXaXgWCm2,
http://www.playvid.com/watch/iSes8yX2ofV, http://www.playvid.com/watch/dB8OHZE3bKf, http://www.playvid.com/watch/zTzWtIH5myq,
http://www.playvid.com/watch/FTzT71HXEgU, http://www.playvid.com/watch/sCxvLfChaPq, http://www.playvid.com/watch/i2qxgF91eRM,
http://www.playvid.com/watch/qLRmd8RM7dD, http://www.playvid.com/watch/u07omkSJaW2, http://www.playvid.com/watch/FqPLXnYgbyG,
http://www.playvid.com/watch/zcn1vFKvgFi, http://www.playvid.com/watch/UZYiGKETX8z, http://www.playvid.com/watch/FV9zidyD8a5,
http://www.playvid.com/watch/2KWmG94n45U, http://www.playvid.com/watch/vUhb0pxIA6P, http://www.playvid.com/watch/iRTrUEXMr-j,
http://www.playvid.com/watch/fxEACxptaL8, http://www.playvid.com/watch/E-TUtDmB3b3, http://www.playvid.com/watch/80xa7KobZ0A,
http://www.playvid.com/watch/OSfamCRWgRF, http://www.playvid.com/watch/9dotSgzYalw, http://www.playvid.com/watch/zzISDKUCiJ5,
http://www.playvid.com/watch/tvGxzlbbzpd, http://www.playvid.com/watch/WB0DH2QFayn, http://www.playvid.com/watch/ehexZKDDqdB,
http://www.playvid.com/watch/Y82YWEgsh4y, http://www.playvid.com/watch/jWLoSiISrtc, http://www.playvid.com/watch/TGcWjpLylji,
http://www.playvid.com/watch/XXPS6rG3PyZ, http://www.playvid.com/watch/z0N3SLCrmXa, http://www.playvid.com/watch/PPZMBXkkGhd,
http://www.playvid.com/watch/RIo08GR8BXQ, http://www.playvid.com/watch/FjmFxxSZx7r, http://www.playvid.com/watch/NKEgrUERFK1,
http://www.playvid.com/watch/cixhk8Su5Hg, http://www.playvid.com/watch/AOrRfOBda26, http://www.playvid.com/watch/4Is0AZguEtq,
http://www.playvid.com/watch/iAduKDvihgE, http://www.playvid.com/watch/pJvRU4eWPzM, http://www.playvid.com/watch/PNSkLbpg5Ub,
http://www.playvid.com/watch/QC1S4cX-DNH, http://www.playvid.com/watch/FEnkp8OmimW, http://www.playvid.com/watch/GL-ACGH2KC3,
http://www.playvid.com/watch/cTekRs9OBmI, http://www.playvid.com/watch/TqGSid2SWV1, http://www.playvid.com/watch/RRGC49lHqq0,
http://www.playvid.com/watch/GLmQ5WIhsc1, http://www.playvid.com/watch/qpqGADhjzqr, http://www.playvid.com/watch/DsNJRjWHHhO,
http://www.playvid.com/watch/7LPMxUwuWfA, http://www.playvid.com/watch/F95MW4--QTz, http://www.playvid.com/watch/iiFOFhFcW-p,
http://www.playvid.com/watch/Iu1tqfdmMhv, http://www.playvid.com/watch/7AnSQIwzeDA, http://www.playvid.com/watch/Kmfk3ZkokrL,
http://www.playvid.com/watch/pQ2Pu31rrA1, http://www.playvid.com/watch/odsxFazmlcd, http://www.playvid.com/watch/EKiQto7dicL,
http://www.playvid.com/watch/MYl4pPOlh19, http://www.playvid.com/watch/HzhS4Ukxx42, http://www.playvid.com/watch/UW3M4FGutw6,
http://www.playvid.com/watch/hPNCttg5Jzi, http://www.playvid.com/watch/sSuwU9Zif88, http://www.playvid.com/watch/laKl9tPrMhh,
http://www.playvid.com/watch/MXgfzZSd4W2, http://www.playvid.com/watch/2hGNuvTjvEA, http://www.playvid.com/watch/hEOMtYs8VpT,
http://www.playvid.com/watch/osYl-e2lowR, http://www.playvid.com/watch/fg4aY4op-Dp, http://www.playvid.com/watch/y4IYoIF2M6P,
http://www.playvid.com/watch/sLAE0aJTK6S, http://www.playvid.com/watch/U-r0xGr3ZSd, http://www.playvid.com/watch/-fFl8zUD4Au,
http://www.playvid.com/watch/oy2DYqW08AX, http://www.playvid.com/watch/cMXld3E7s1H, http://www.playvid.com/watch/824-uCAu6AP,
http://www.playvid.com/watch/JjxjLd5BEnR, http://www.playvid.com/watch/A5xz46aEsmC, http://www.playvid.com/watch/-UaBPVzXMop,
http://www.playvid.com/watch/cAWpc1bf18L, http://www.playvid.com/watch/02DXgBrk6qg, http://www.playvid.com/watch/3FO0k24u8qu,
http://www.playvid.com/watch/CA-VTBU7OLA, http://www.playvid.com/watch/YcqsmlO7moC, http://www.playvid.com/watch/zbDcH9zfLRg,
http://www.playvid.com/watch/BqXAdennxSx, http://www.playvid.com/watch/Xdb5QpLdsM8, http://www.playvid.com/watch/ysAaqmEJM2m,
http://www.playvid.com/watch/NtjY3vM2B97, http://www.playvid.com/watch/gouVCfSKIBf, http://www.playvid.com/watch/YneGT70VDiF,
http://www.playvid.com/watch/fLchShV52UC, http://www.playvid.com/watch/GvizCz2KnPJ, http://www.playvid.com/watch/y39dCpjD3OL,
http://www.playvid.com/watch/jPXErL-4xIh, http://www.playvid.com/watch/aXlbJMfXa71, http://www.playvid.com/watch/hOgRJrDq16j,
http://www.playvid.com/watch/IVTBvh-5Uwt, http://www.playvid.com/watch/v4JHiL1WEb9, http://www.playvid.com/watch/2CZLy4UARWg,
http://www.playvid.com/watch/rLFRVynHU-4, http://www.playvid.com/watch/YulegqL3fAz, http://www.playvid.com/watch/cgOoHFIDT56,
http://www.playvid.com/watch/KKrwaKEI4-r, http://www.playvid.com/watch/37CfLpwYJyo, http://www.playvid.com/watch/eXW6TiSMUhl,
http://www.playvid.com/watch/dcxCG9I9R6U, http://www.playvid.com/watch/X2Z2P7O3wN0, http://www.playvid.com/watch/KTas1BuocpJ,
http://www.playvid.com/watch/i78xkx4XSw4, http://www.playvid.com/watch/uGKqnMXuGKi, http://www.playvid.com/watch/Xbx7k5BCcIl,
http://www.playvid.com/watch/pJCERrAxcHT, http://www.playvid.com/watch/L0zVOxgBshS, http://www.playvid.com/watch/sAmsBlYgzGX,
http://www.playvid.com/watch/8RDO9RB0dhP, http://www.playvid.com/watch/u-aHZZZ0v8E, http://www.playvid.com/watch/Gmntlf-Fxyi,
http://www.playvid.com/watch/kc3xvoYMZgv, http://www.playvid.com/watch/uDzZGZqZNsL, http://www.playvid.com/watch/CXirwy-SJYs,
http://www.playvid.com/watch/llEbAgVVP2a, http://www.playvid.com/watch/VgLLpVPogj7, http://www.playvid.com/watch/PR8tDYU9Ywh,
http://www.playvid.com/watch/6fnwruuQthv, http://www.playvid.com/watch/5vrPYlmWYI9, http://www.playvid.com/watch/VLctvoV0-5z,
http://www.playvid.com/watch/--qtLkMouUn, http://www.playvid.com/watch/YmGQ3EM1Um8, http://www.playvid.com/watch/Uhki2zgV8pS,
http://www.playvid.com/watch/3OEfZUJmGMh, http://www.playvid.com/watch/P4HC5ynEi8D, http://www.playvid.com/watch/dIhxyTmCZSN,
http://www.playvid.com/watch/k4g00jFgo70, http://www.playvid.com/watch/4lfEAM8z-CD, http://www.playvid.com/watch/wllQwfHP8KY,
http://www.playvid.com/watch/hn0Mcp1GZ8u, http://www.playvid.com/watch/4QIkDPFwLBQ, http://www.playvid.com/watch/JscEhfJwK0M,
http://www.playvid.com/watch/ghmWbWhs0jz, http://www.playvid.com/watch/vf5PbBT-WCl, http://www.playvid.com/watch/FjrYS5b5yjv,
http://www.playvid.com/watch/NossPDvRv8i, http://www.playvid.com/watch/odO8i96O7HE, http://www.playvid.com/watch/U-D24JaVZNz,
http://www.playvid.com/watch/pmVKzf-yN-g, http://www.playvid.com/watch/ddKBD-KKdq5, http://www.playvid.com/watch/O81r8b6T3PJ,
http://www.playvid.com/watch/iaJN7i4OkQH, http://www.playvid.com/watch/Q-kQAcYjEUB, http://www.playvid.com/watch/SW-wVE8n44n,
http://www.playvid.com/watch/UYI1ojVnRN1, http://www.playvid.com/watch/8q3hzzJrBtv, http://www.playvid.com/watch/5Uo7PemSTMR,
http://www.playvid.com/watch/HaCEHQFfKEq, http://www.playvid.com/watch/k6HoTbMfGkM, http://www.playvid.com/watch/M7rqukFU36v,
http://www.playvid.com/watch/ya1RJrHhycv, http://www.playvid.com/watch/Li45QuBhNlD, http://www.playvid.com/watch/iPGNw2xjcfm,
http://www.playvid.com/watch/lFcWY0hpdz0, http://www.playvid.com/watch/jiGPaBx41pF, http://www.playvid.com/watch/kanLsVY5duS,
http://www.playvid.com/watch/tPDDR0Clv9R, http://www.playvid.com/watch/5loCu2hKSuu, http://www.playvid.com/watch/bugC-v3FuK1,
http://www.playvid.com/watch/jBmFYNhbpV-, http://www.playvid.com/watch/3nKDW0PVdvZ, http://www.playvid.com/watch/gcFEw4-mN2j,
http://www.playvid.com/watch/dXywzg6g3IN, http://www.playvid.com/watch/ZuKJNcaHp-o, http://www.playvid.com/watch/IGpRD1yi-VH,
http://www.playvid.com/watch/Pa7dGzaJ9rN, http://www.playvid.com/watch/a4Ab9XpFLfE, http://www.playvid.com/watch/T0kSLUQRS3m,
http://www.playvid.com/watch/XGd8rtMluhB, http://www.playvid.com/watch/HZc3Uaq3VsR, http://www.playvid.com/watch/Y8TEq5KyX-e,
http://www.playvid.com/watch/O5AZaFLmft1, http://www.playvid.com/watch/m61UbPSBxrU, http://www.playvid.com/watch/AeBwtlZBpjW,
http://www.playvid.com/watch/Dae3oiV4ahc, http://www.playvid.com/watch/JasAKTAtaN5, http://www.playvid.com/watch/Zi8saQN7FGg,
http://www.playvid.com/watch/PrRMQtIUq37, http://www.playvid.com/watch/ORQLgnyROKV, http://www.playvid.com/watch/BqZUImAP-X7,
http://www.playvid.com/watch/BejfIgDGAGJ, http://www.playvid.com/watch/CQtx1LMVNwR, http://www.playvid.com/watch/T2PpXJCnvXI,
http://www.playvid.com/watch/XlbUklyR3hi, http://www.playvid.com/watch/TB6viKnpoO-, http://www.playvid.com/watch/rZWKlLKcpeQ,
http://www.playvid.com/watch/PyA2ZXxHxO3, http://www.playvid.com/watch/Xvbt8bYOPaX, http://www.playvid.com/watch/-rqi-BgZan7,
http://www.playvid.com/watch/XoDsrzz7t2V, http://www.playvid.com/watch/AnI9eZYhz3y, http://www.playvid.com/watch/M3eNfhlqJ2z,
http://www.playvid.com/watch/ePddBfipyZD, http://www.playvid.com/watch/OI3B5NwvhRA, http://www.playvid.com/watch/6YcAKTqe6W8,
http://www.playvid.com/watch/Ngqr30pctuj, http://www.playvid.com/watch/3ga3OqOh0wX, http://www.playvid.com/watch/PDGKA46MO1L,
http://www.playvid.com/watch/mnHyeEfQIs6, http://www.playvid.com/watch/i4vTWO8Lrfg, http://www.playvid.com/watch/SJuAkmPjUVf,

http://www.playvid.com/watch/b5lA9ocOLmp, http://www.playvid.com/watch/2ZQBXISOsJA, http://www.playvid.com/watch/M6qa0WAHLzg,
http://www.playvid.com/watch/awSr7CMjdKa, http://www.playvid.com/watch/39su9aif7Cd, http://www.playvid.com/watch/euZDy11fIlR,
http://www.playvid.com/watch/kqdiJBifbB4, http://www.playvid.com/watch/c3NaziQpWax, http://www.playvid.com/watch/22htHb9Qk-r,
http://www.playvid.com/watch/TLUIbwTOG2S, http://www.playvid.com/watch/4SE25suddHf, http://www.playvid.com/watch/LXZRAncOtqL,
http://www.playvid.com/watch/CRDj8WzFpQl, http://www.playvid.com/watch/ch35mF3E6G5, http://www.playvid.com/watch/ewABprBMWCM,
http://www.playvid.com/watch/YrYYuDfjwoW, http://www.playvid.com/watch/4q6IIqKjS3y, http://www.playvid.com/watch/5YXhRtUnkyl,
http://www.playvid.com/watch/zJkcUXFsazN, http://www.playvid.com/watch/2CJfwr-5xpf, http://www.playvid.com/watch/nlLq1afEsrg,
http://www.playvid.com/watch/rPCFGarkQVZ, http://www.playvid.com/watch/sbDz41ehNrB, http://www.playvid.com/watch/lelxfIYqVYz,
http://www.playvid.com/watch/duqVvi5npgB, http://www.playvid.com/watch/cfGLfz877CL, http://www.playvid.com/watch/Si6OWMDGiN1,
http://www.playvid.com/watch/anOJWQYDJne, http://www.playvid.com/watch/yAFO9KCvvhP, http://www.playvid.com/watch/mGjD8HbhLjj,
http://www.playvid.com/watch/lLWssaefLfc, http://www.playvid.com/watch/jd5gbn3h3Qi, http://www.playvid.com/watch/kptzzRy1nGq,
http://www.playvid.com/watch/6defnewZf04, http://www.playvid.com/watch/JmjoBlDSx7l, http://www.playvid.com/watch/CQ8yCDM4-Hm,
http://www.playvid.com/watch/MntjkS4vfe9, http://www.playvid.com/watch/XshsP-5XE2a, http://www.playvid.com/watch/8HLoCKesHvg,
http://www.playvid.com/watch/JZba8C7Hnbt, http://www.playvid.com/watch/eRp9wsQsvSh, http://www.playvid.com/watch/FITmeqKzNap,
http://www.playvid.com/watch/Te8FjkMnvqN, http://www.playvid.com/watch/Fcq8N-I8ZqQ, http://www.playvid.com/watch/WTEhGiy63S7,
http://www.playvid.com/watch/K9U6gXjmPBA, http://www.playvid.com/watch/YCHs74ytmwg, http://www.playvid.com/watch/X3q7vzDOnZX,
http://www.playvid.com/watch/-fDdiNKN-OT, http://www.playvid.com/watch/oS6JC917LhZ, http://www.playvid.com/watch/WZ8nCyXUUmt,
http://www.playvid.com/watch/fuInGsEWHkR, http://www.playvid.com/watch/hg-iE8v0sxY, http://www.playvid.com/watch/7s7rYEU8j8N,
http://www.playvid.com/watch/PD92hjhtnSE, http://www.playvid.com/watch/SSu8EgA6BST, http://www.playvid.com/watch/JuqZrhehLBy,
http://www.playvid.com/watch/beBvc8GcvMh, http://www.playvid.com/watch/lUPEwC8CKSd, http://www.playvid.com/watch/fZZXOCLkR2K,
http://www.playvid.com/watch/-SKNOm8AkKx, http://www.playvid.com/watch/4ufeWvd3SgU, http://www.playvid.com/watch/hTon9VnX4c4,
http://www.playvid.com/watch/qfv37Q5ul-b, http://www.playvid.com/watch/IGor1n0dUkh, http://www.playvid.com/watch/GJO4TMZoYKL,
http://www.playvid.com/watch/20uJP7E2edn, http://www.playvid.com/watch/FDZ6mhHvQQ1, http://www.playvid.com/watch/Ahy6o5Kbaz-,
http://www.playvid.com/watch/r3oxQZU69bj, http://www.playvid.com/watch/un8gI0Gh0d6, http://www.playvid.com/watch/er8h091yE-I,
http://www.playvid.com/watch/ItUMLSIzg4Q, http://www.playvid.com/watch/7bDXpT0XSDW, http://www.playvid.com/watch/go5RBovbN45,
http://www.playvid.com/watch/pgAVNKecN0D, http://www.playvid.com/watch/jOkRmfkRkNC, http://www.playvid.com/watch/7JOuKOcsRVf,
http://www.playvid.com/watch/QexamFmt0qQ, http://www.playvid.com/watch/muJA-hoj6Cf, http://www.playvid.com/watch/yFSzGULxHtc,
http://www.playvid.com/watch/kx2pq8-3LDg, http://www.playvid.com/watch/2uspzqpjGx8, http://www.playvid.com/watch/YAJKT1Ge9bd,
http://www.playvid.com/watch/XuXvwToIpZd, http://www.playvid.com/watch/2aQfSffL5aD, http://www.playvid.com/watch/I5hmsfh-GXm,
http://www.playvid.com/watch/q0DAW9zPUD9, http://www.playvid.com/watch/IfnsvpnE4Oz, http://www.playvid.com/watch/MPBv4yfGtKY,
http://www.playvid.com/watch/ZE10hq9yPTb, http://www.playvid.com/watch/bIDjFlu71zQ, http://www.playvid.com/watch/3b7RmOnizLO,
http://www.playvid.com/watch/C3YzPV0TP8O, http://www.playvid.com/watch/IFIMxOTjfZ0, http://www.playvid.com/watch/DJHr0gMHh1e,
http://www.playvid.com/watch/GHotgCpBsHZ, http://www.playvid.com/watch/-NFIxKZ90bh, http://www.playvid.com/watch/HB9F6sa0Bj2,
http://www.playvid.com/watch/fgTdH6mRiEa, http://www.playvid.com/watch/z-PrsdFNfHK, http://www.playvid.com/watch/ZUBtAmrik15,
http://www.playvid.com/watch/AG75UihI43a, http://www.playvid.com/watch/575FpuPPjB-, http://www.playvid.com/watch/qnVUMEci6Dc,
http://www.playvid.com/watch/zI9z-qSMhGS, http://www.playvid.com/watch/0Zb1WO7lijr, http://www.playvid.com/watch/rTBndDaZuhy,
http://www.playvid.com/watch/h9voxz8tWyM, http://www.playvid.com/watch/pYKyRyIkfPW, http://www.playvid.com/watch/iyAxUha1nzn,
http://www.playvid.com/watch/VR9Rh9AZu7n, http://www.playvid.com/watch/Td51nicS9Eb, http://www.playvid.com/watch/80by0oooUG-,
http://www.playvid.com/watch/wuCQVfOZSZO, http://www.playvid.com/watch/PGkDrGhiwFe, http://www.playvid.com/watch/Rim4gnki4Sd,
http://www.playvid.com/watch/Bp686QcWBRc, http://www.playvid.com/watch/VJnofd6BGko, http://www.playvid.com/watch/wffqHuuV1ps,
http://www.playvid.com/watch/OVuZFw0WuRJ, http://www.playvid.com/watch/IJM75FtFFkI, http://www.playvid.com/watch/P3dKj3V44mv,
http://www.playvid.com/watch/XQT5OF30aT-, http://www.playvid.com/watch/cI1ywZ2iY1d, http://www.playvid.com/watch/bKjwRLlZGR0,
http://www.playvid.com/watch/lxo9zALF6EB, http://www.playvid.com/watch/0Ypg-ymL5KZ, http://www.playvid.com/watch/FWuAemMWaqo,
http://www.playvid.com/watch/f3XCEA9asLa, http://www.playvid.com/watch/I5LSyKyUHXk, http://www.playvid.com/watch/obyeC0dIBzD,
http://www.playvid.com/watch/BNsoVrWnjej, http://www.playvid.com/watch/X5cvvCZ2-MI, http://www.playvid.com/watch/0YNGQLHBdt4,
http://www.playvid.com/watch/-7doJsqTQej, http://www.playvid.com/watch/OAsbPpUosgV, http://www.playvid.com/watch/-GImxqdQA4Y,
http://www.playvid.com/watch/QNK7lhBDIr4, http://www.playvid.com/watch/fG18LHFYLyX, http://www.playvid.com/watch/2mLM8kOyolr,
http://www.playvid.com/watch/r8d7ewlNBGz, http://www.playvid.com/watch/SkbOKDijHgu, http://www.playvid.com/watch/r3Sxm2wznG-,
http://www.playvid.com/watch/Z6udauTM6dF, http://www.playvid.com/watch/Ht06qVtaowS, http://www.playvid.com/watch/4Mg9ned0Xt7,
http://www.playvid.com/watch/nusDYIt4IfK, http://www.playvid.com/watch/-jwSXiB0wwz, http://www.playvid.com/watch/dgFehL1VIhO,
http://www.playvid.com/watch/VA-TQZVPFmT, http://www.playvid.com/watch/AcjrkTUMVzy, http://www.playvid.com/watch/KCXHYqYeB67,
http://www.playvid.com/watch/sm11ZuhRvoB, http://www.playvid.com/watch/hZDsrBDjGx2, http://www.playvid.com/watch/UWk69amJD7p,
http://www.playvid.com/watch/HjmRG8w44M5, http://www.playvid.com/watch/NT-ILD3hzm7, http://www.playvid.com/watch/aQQ34qzzrov,
http://www.playvid.com/watch/WygiSrNDTGW, http://www.playvid.com/watch/oWZAddto1l0, http://www.playvid.com/watch/r-rSg8sO8HL,
http://www.playvid.com/watch/apqWdmjqAQM, http://www.playvid.com/watch/sT149bdPU87, http://www.playvid.com/watch/XIELkZGyBOV,
http://www.playvid.com/watch/wCx0N79anFv, http://www.playvid.com/watch/G6YX5li6ZwI, http://www.playvid.com/watch/OwKUcbFBuUb,
http://www.playvid.com/watch/6qRzgZQvQzm, http://www.playvid.com/watch/iDE8AwaRjLL, http://www.playvid.com/watch/TbZDLrGtPYD,
http://www.playvid.com/watch/7m739VNYA43, http://www.playvid.com/watch/yNTNgJ5WaF2, http://www.playvid.com/watch/TY3uUYylFGQ,
http://www.playvid.com/watch/ktUbR3iGRhr, http://www.playvid.com/watch/6fuBjS0brP2, http://www.playvid.com/watch/dWXJIR2Lnlp,
http://www.playvid.com/watch/lQ-Z6pf1mB9, http://www.playvid.com/watch/6C-mo6uYOYT, http://www.playvid.com/watch/94ldnX4herU,
http://www.playvid.com/watch/3aLh61-kAHK, http://www.playvid.com/watch/C8vTMLQ52SS, http://www.playvid.com/watch/yGWEgHEUL8Z,
http://www.playvid.com/watch/u4AEksZG3Z6, http://www.playvid.com/watch/EXJaBcgpEvr, http://www.playvid.com/watch/sSmyC-mBkc0,
http://www.playvid.com/watch/vGbfSQsZJq7, http://www.playvid.com/watch/571X4UD6HFn, http://www.playvid.com/watch/xXl5kejVcCQ,
http://www.playvid.com/watch/5CxsDD7Jv7w, http://www.playvid.com/watch/-0caG0aLNPI, http://www.playvid.com/watch/7MRq8Fum3ee,
http://www.playvid.com/watch/SGQX37WmgYj, http://www.playvid.com/watch/Sry8VVvFqpm, http://www.playvid.com/watch/gYEmCvaa5om,
http://www.playvid.com/watch/Mm2EFoCkgLd, http://www.playvid.com/watch/oYk2PkxDXhk, http://www.playvid.com/watch/eViZGzPdUK1,
http://www.playvid.com/watch/sJyB3UrGMzX, http://www.playvid.com/watch/k94TmKCCT9O, http://www.playvid.com/watch/SAem6JLsU4H,
http://www.playvid.com/watch/iEMelkguj4S, http://www.playvid.com/watch/xmWWWGVfvX2, http://www.playvid.com/watch/z4eYdr70ExN,
http://www.playvid.com/watch/HtNYxzi72IJ, http://www.playvid.com/watch/Tt8waq8WKDa, http://www.playvid.com/watch/hVoH39lvkt7,
http://www.playvid.com/watch/bv-BpM2F7ag, http://www.playvid.com/watch/7h66VXYRnB-, http://www.playvid.com/watch/cXwY4ikqpz4,
http://www.playvid.com/watch/7zXSwDVopq8, http://www.playvid.com/watch/xPlxSXyI05Q, http://www.playvid.com/watch/b7rK9O29-ro,
http://www.playvid.com/watch/bU8-HsS-PJ6, http://www.playvid.com/watch/KkgfcusXXGh, http://www.playvid.com/watch/mDy7HeENJsC,
http://www.playvid.com/watch/qo0rsAowxRL, http://www.playvid.com/watch/ypkhUaCZbdu, http://www.playvid.com/watch/yOaUpzSKo64,
http://www.playvid.com/watch/qIGN0-RRunM, http://www.playvid.com/watch/rTbQfMxouZG, http://www.playvid.com/watch/iGn3hLQm4I9,
http://www.playvid.com/watch/eAw-i_YO99j, http://www.playvid.com/watch/wJnqHwsVqvu, http://www.playvid.com/watch/6xcL8FxM6F2,
http://www.playvid.com/watch/Xq94QDMdTL9, http://www.playvid.com/watch/yy708IG0yzZ, http://www.playvid.com/watch/rn0V6DmdQqo,
http://www.playvid.com/watch/MFroZSOxeAz, http://www.playvid.com/watch/RQcaDpagXei, http://www.playvid.com/watch/ES_o8gzbIY5,
http://www.playvid.com/watch/7Gdjdk8DDbc, http://www.playvid.com/watch/NgHxJXeSSfM, http://www.playvid.com/watch/Kpv6IB3et7D,
http://www.playvid.com/watch/H2XkoHE4muA, http://www.playvid.com/watch/fK1kpu2iCkN, http://www.playvid.com/watch/iBbhQXE4hpz,
http://www.playvid.com/watch/iDmMBQW3cll, http://www.playvid.com/watch/MsyFZGRQ8bE, http://www.playvid.com/watch/0QdNg-X8epJ,
http://www.playvid.com/watch/Q9Lh2ay5-IL, http://www.playvid.com/watch/G7hBMIckgq0, http://www.playvid.com/watch/V-7pJKKz68j,
http://www.playvid.com/watch/eVpE-bp_kxb, http://www.playvid.com/watch/hP98b8NdQXX, http://www.playvid.com/watch/UL4N9PYUOAU,
http://www.playvid.com/watch/oJvzc9evY6I, http://www.playvid.com/watch/OGxnFYGUBnl, http://www.playvid.com/watch/KTgmfddBgaA,
http://www.playvid.com/watch/lQyhLx9piHW, http://www.playvid.com/watch/2nCx7jWnKLJ, http://www.playvid.com/watch/BhXzxkPfkux,
http://www.playvid.com/watch/HTV-1nxVbhO, http://www.playvid.com/watch/AvPa-ozHHtj, http://www.playvid.com/watch/GOTjHBYllPF,
http://www.playvid.com/watch/PxbaLCoGjl3, http://www.playvid.com/watch/QLwc2YgrToN, http://www.playvid.com/watch/gnOVtZeS5Gd,
http://www.playvid.com/watch/KjhvjZF-awp, http://www.playvid.com/watch/RsmqVDg_4uc, http://www.playvid.com/watch/U21ov2GBIci,
http://www.playvid.com/watch/409m_Zel_xw, http://www.playvid.com/watch/ag6xZyi8jlm, http://www.playvid.com/watch/OJvNGL04g3u,
http://www.playvid.com/watch/BgnrvRm1hOu, http://www.playvid.com/watch/N6c2T6DSo2d, http://www.playvid.com/watch/QWZdqhFzhp3,
http://www.playvid.com/watch/9Obma3yWdnq, http://www.playvid.com/watch/lM3lK2bU1ZU, http://www.playvid.com/watch/xTkfkqpWMN0,
http://www.playvid.com/watch/R9F4qfpETaD, http://www.playvid.com/watch/LtOaoOQNjE3, http://www.playvid.com/watch/x3_vJwLVCLQ,
http://www.playvid.com/watch/Y7mHXEcI2Xv, http://www.playvid.com/watch/fCjiGvn1F6N, http://www.playvid.com/watch/Qalk05YTR_q,
http://www.playvid.com/watch/DExKHoIjl-n, http://www.playvid.com/watch/Hsds7MBk3Qh, http://www.playvid.com/watch/GH7hYfxIbXi,
http://www.playvid.com/watch/tPiyEc9bDVP, http://www.playvid.com/watch/zwj8jSCIs2J, http://www.playvid.com/watch/4FJWVUJBhvL,
http://www.playvid.com/watch/pPSGIOlbeZA, http://www.playvid.com/watch/ULpN8F0LPFW, http://www.playvid.com/watch/CeOF-j65OYv,
http://www.playvid.com/watch/AZF92LZNYT9, http://www.playvid.com/watch/3bQ85WJZFna, http://www.playvid.com/watch/shspTVerE0o,

http://www.playvid.com/watch/RD3Pb-MRdTl, http://www.playvid.com/watch/5vaonk84GZV, http://www.playvid.com/watch/d5YdL7KiHi8,
http://www.playvid.com/watch/sGWD-K0Ctdr, http://www.playvid.com/watch/7UQwkbKh0uc, http://www.playvid.com/watch/r3764dQKskE,
http://www.playvid.com/watch/EPkosxDU_P9, http://www.playvid.com/watch/FBz2EG05L10, http://www.playvid.com/watch/eqYSA85K8Pg,
http://www.playvid.com/watch/OE_riHF6qMs, http://www.playvid.com/watch/42KHOo6e2vN, http://www.playvid.com/watch/3t4qze5tuNe,
http://www.playvid.com/watch/iFFehSRrGZF, http://www.playvid.com/watch/DY4M5n9Y4lj, http://www.playvid.com/watch/RlNr5urIgTG,
http://www.playvid.com/watch/lIbhsFi_PWq, http://www.playvid.com/watch/rKQwCAxGAix, http://www.playvid.com/watch/x8rtDI1ptCD,
http://www.playvid.com/watch/pT8iBBo8Hcl, http://www.playvid.com/watch/ks9-sctLPt9, http://www.playvid.com/watch/rR_YHimeNyy,
http://www.playvid.com/watch/80aqXNAxxrm, http://www.playvid.com/watch/7NZWYMnK2Ye, http://www.playvid.com/watch/xN2PXpZrD2H,
http://www.playvid.com/watch/ckNiqsb6QGo, http://www.playvid.com/watch/pBMg-fA9pEr, http://www.playvid.com/watch/yL8Dgh0jW3U,
http://www.playvid.com/watch/g2oYWhIcVQn, http://www.playvid.com/watch/rqhBXPmTr5h, http://www.playvid.com/watch/hzdY-aAZae6,
http://www.playvid.com/watch/sN8xTa1ml_d, http://www.playvid.com/watch/5wYOsCpEcWh, http://www.playvid.com/watch/t1Zp2j_4RaG,
http://www.playvid.com/watch/2z2O8zCxl9t, http://www.playvid.com/watch/cvi19UU9Yof, http://www.playvid.com/watch/ioaBvrX2E4F,
http://www.playvid.com/watch/QYjr1eI7Vba, http://www.playvid.com/watch/crvd5MKXu38, http://www.playvid.com/watch/BgxrDsQZ3Q6,
http://www.playvid.com/watch/mjifpik2MGa, http://www.playvid.com/watch/iKczYGUTFPU, http://www.playvid.com/watch/Vh_YSm1gDy6,
http://www.playvid.com/watch/ZEplAdxv1hd, http://www.playvid.com/watch/w2QZnw7CPET, http://www.playvid.com/watch/M3b9w8WVz2k,
http://www.playvid.com/watch/PKraQkLcWAH, http://www.playvid.com/watch/gX3bTElMBWJ, http://www.playvid.com/watch/2juW7lSx6CG,
http://www.playvid.com/watch/Wra6_UjyEpY, http://www.playvid.com/watch/u9OxdBBXBeM, http://www.playvid.com/watch/QsoWBVSwMww,
http://www.playvid.com/watch/dciOJMWUGAl, http://www.playvid.com/watch/F4RSeiz3iIe, http://www.playvid.com/watch/KxVN4DqXfCj,
http://www.playvid.com/watch/9lD8EyxGUjK, http://www.playvid.com/watch/Oh2RP7Dnwqk, http://www.playvid.com/watch/pV1eOK5RoMJ,
http://www.playvid.com/watch/AGIsf_v68By, http://www.playvid.com/watch/lygQoN6pKEh, http://www.playvid.com/watch/ZDb4dpxhfiT,
http://www.playvid.com/watch/Isn32aqgVQ5, http://www.playvid.com/watch/Lz5jlGSJHZ6, http://www.playvid.com/watch/WBO-UI_0zOv,
http://www.playvid.com/watch/ojLRfK150oP, http://www.playvid.com/watch/JbhTh4Gasb8, http://www.playvid.com/watch/6Ug7DA-oG2O,
http://www.playvid.com/watch/bwrpDi5MLQ6, http://www.playvid.com/watch/INhO0f9NJpH, http://www.playvid.com/watch/HprWqfCegTD,
http://www.playvid.com/watch/Q4EpeSMw7Zk, http://www.playvid.com/watch/9YxuJgL5wOy, http://www.playvid.com/watch/PAuVK2ccTY2,
http://www.playvid.com/watch/STH2uIr_4Lt, http://www.playvid.com/watch/ul2A10OROiP, http://www.playvid.com/watch/zK6eIYU5_vK,
http://www.playvid.com/watch/oKrAssbmCg5, http://www.playvid.com/watch/6xdvFqMO7fB, http://www.playvid.com/watch/dj-dWXfB42u,
http://www.playvid.com/watch/0Mutmtb0_ut, http://www.playvid.com/watch/OskCrgnVuhZ, http://www.playvid.com/watch/PW-mV0tNH9X,
http://www.playvid.com/watch/4vBH9Y1OPUA, http://www.playvid.com/watch/GGPvprMLpop, http://www.playvid.com/watch/egZokp59wts,
http://www.playvid.com/watch/rtiFv0E0k5G, http://www.playvid.com/watch/K2UfLFnTKJ6, http://www.playvid.com/watch/U1XQKWoPA5U,
http://www.playvid.com/watch/ea8jR0Drpa7, http://www.playvid.com/watch/EzAvgY8GRpq, http://www.playvid.com/watch/x6RCHc2Bxbx,
http://www.playvid.com/watch/OLBdHM3rvVJ, http://www.playvid.com/watch/F2T_h53v55K, http://www.playvid.com/watch/jMPzqhWwEID,
http://www.playvid.com/watch/ipCnKbpuLR3, http://www.playvid.com/watch/r7OhbsDlnr5, http://www.playvid.com/watch/k_GLAWlDxr3,
http://www.playvid.com/watch/o5t2nE0RITO, http://www.playvid.com/watch/mau0GE1BGil, http://www.playvid.com/watch/23LrQ_UOL0o,
http://www.playvid.com/watch/kwXKV1hhWOa, http://www.playvid.com/watch/VHrFq73JXde, http://www.playvid.com/watch/a8i8IG4Lh9t,
http://www.playvid.com/watch/s1EWkRvIine, http://www.playvid.com/watch/yNN_MpYEfyX, http://www.playvid.com/watch/Mxt3SqHdSXY,
http://www.playvid.com/watch/aELOxUsuH_B, http://www.playvid.com/watch/Hq5BQTkSXFq, http://www.playvid.com/watch/BtLUnuGrr-g,
http://www.playvid.com/watch/kMOpQT_Vihd, http://www.playvid.com/watch/6K7PVAn1DzZ, http://www.playvid.com/watch/TbNP7P6GM1W,
http://www.playvid.com/watch/jx9lTal10HU, http://www.playvid.com/watch/tQWhcw5V7b2, http://www.playvid.com/watch/nzyGeCeK5wU,
http://www.playvid.com/watch/vWuwtr_fDFL, http://www.playvid.com/watch/TLu_cwXmQ7q, http://www.playvid.com/watch/liEyFx2qpg8,
http://www.playvid.com/watch/tm_NfvqcX1B, http://www.playvid.com/watch/dE9GP0ru33P, http://www.playvid.com/watch/b0TGAIT6g6Y,
http://www.playvid.com/watch/kseV6HnuKKo, http://www.playvid.com/watch/jtBO7uDku9Z, http://www.playvid.com/watch/PcXBMJxc0UL,
http://www.playvid.com/watch/4UQ3ibzwSWl, http://www.playvid.com/watch/RmcM0KngCiF, http://www.playvid.com/watch/0LrP6AoPBz7,
http://www.playvid.com/watch/aKWTKfE3A5F, http://www.playvid.com/watch/Lq9UvvS_jck, http://www.playvid.com/watch/W2Xprai4kYE,
http://www.playvid.com/watch/kUYg7z2YRCK, http://www.playvid.com/watch/Z74JJNUTKdL, http://www.playvid.com/watch/Xd-IRe7M3s6,
http://www.playvid.com/watch/A9fvgdnC7gl, http://www.playvid.com/watch/jzCZSgAFsBH, http://www.playvid.com/watch/5_ZWMTQLW7l,
http://www.playvid.com/watch/673jRoKunQC, http://www.playvid.com/watch/or4LImm0aVa, http://www.playvid.com/watch/WfdeJwVKYMl,
http://www.playvid.com/watch/w8JBW1n0Rxp, http://www.playvid.com/watch/iTZej_mf677, http://www.playvid.com/watch/juImoU76Pmc,
http://www.playvid.com/watch/cghZdDm3XGi, http://www.playvid.com/watch/fOoG0VIKRJi, http://www.playvid.com/watch/yI1sLBNrkHv,
http://www.playvid.com/watch/MFNdmQHR9XD, http://www.playvid.com/watch/BH38dBZakfc, http://www.playvid.com/watch/SYoaEfT7XLM,
http://www.playvid.com/watch/aqnFqDNNXwf, http://www.playvid.com/watch/F1Bfibed4qy, http://www.playvid.com/watch/bN8XTokpzOC,
http://www.playvid.com/watch/r24fM0eCXe7, http://www.playvid.com/watch/V0xQhf1MRs2, http://www.playvid.com/watch/B5_fLu1RjVC,
http://www.playvid.com/watch/WCInlf_3reh, http://www.playvid.com/watch/PB4lAVYKa6K, http://www.playvid.com/watch/yx9wXP5jj-S,
http://www.playvid.com/watch/OiV7w6oWRL2, http://www.playvid.com/watch/GKvEbPRsCEP, http://www.playvid.com/watch/a2n0U6oSrcY,
http://www.playvid.com/watch/826iEsXDhlK, http://www.playvid.com/watch/xDXCnYiJ0h7, http://www.playvid.com/watch/WpViPfG-_PQ,
http://www.playvid.com/watch/gdvWq2QdDrB, http://www.playvid.com/watch/yVVhFJpkoOo, http://www.playvid.com/watch/bLqOA0YXhCy,
http://www.playvid.com/watch/mUMIeGJXg_2, http://www.playvid.com/watch/yjGqtWDvb1N, http://www.playvid.com/watch/V1Ur2jyMZWj,
http://www.playvid.com/watch/99K3qKgbM0u, http://www.playvid.com/watch/wlcddVMGvkE, http://www.playvid.com/watch/nUyk95gqxlV,
http://www.playvid.com/watch/Tdeg2E31Q1h, http://www.playvid.com/watch/JrWNpUDlVmn, http://www.playvid.com/watch/9lRdn9FDdZN,
http://www.playvid.com/watch/yU3GN_zlfUi, http://www.playvid.com/watch/5vHmfK7VZgw, http://www.playvid.com/watch/gmaP6JieKUO,
http://www.playvid.com/watch/np9yf4XT-zI, http://www.playvid.com/watch/qLqk9BUNuIo, http://www.playvid.com/watch/3pqA_7EmzTk,
http://www.playvid.com/watch/dk0Xz-gvGCl, http://www.playvid.com/watch/Xci8W0V3W9l, http://www.playvid.com/watch/InTXL_J8tri,
http://www.playvid.com/watch/7x_x71_S3RE, http://www.playvid.com/watch/23eVOb8T61L, http://www.playvid.com/watch/CAF-jJJWJH5,
http://www.playvid.com/watch/KbcQhH9hryT, http://www.playvid.com/watch/yJJiQoBsrSv, http://www.playvid.com/watch/2EhOxQbHRMf,
http://www.playvid.com/watch/HMf4KIHlRGZ, http://www.playvid.com/watch/UpGf-Phc8PZ, http://www.playvid.com/watch/KosqLbF52b0,
http://www.playvid.com/watch/QAWtCm_OAX6, http://www.playvid.com/watch/DxwBEuufmhi, http://www.playvid.com/watch/vT__0gIUFDG,
http://www.playvid.com/watch/zTrSiggJq_W, http://www.playvid.com/watch/V26L5jNMZyV, http://www.playvid.com/watch/AwUPXEbTO_E,
http://www.playvid.com/watch/e6UOM9dL6YE, http://www.playvid.com/watch/CiGJY7P36WS, http://www.playvid.com/watch/jmNxxYgi5BS,
http://www.playvid.com/watch/J_NE3G5BP7V, http://www.playvid.com/watch/wUJLP8q-FN2, http://www.playvid.com/watch/GHIJKn-GhSM,
http://www.playvid.com/watch/lj4asuuKeGZ, http://www.playvid.com/watch/3exb_waUUs8, http://www.playvid.com/watch/gmYqSu8Uc05,
http://www.playvid.com/watch/twZdhGL_-hb, http://www.playvid.com/watch/fPdCruQLCNK, http://www.playvid.com/watch/atKD5d93GdE,
http://www.playvid.com/watch/UdgK0g5tIOL, http://www.playvid.com/watch/cJWY01JNzOY, http://www.playvid.com/watch/zB4-DFyVMVp,
http://www.playvid.com/watch/fTAOZtQdVIn, http://www.playvid.com/watch/vlVoDgEk1fa, http://www.playvid.com/watch/01y4tfC9yOi,
http://www.playvid.com/watch/pnG-OXw2Plf, http://www.playvid.com/watch/5ZftESpo7hm, http://www.playvid.com/watch/yOaVDbwRKm9,
http://www.playvid.com/watch/v3Zcp021Ow9, http://www.playvid.com/watch/38E0ML2tYJk, http://www.playvid.com/watch/e9D3GI-gtHt,
http://www.playvid.com/watch/UjPr3SzEAMp, http://www.playvid.com/watch/W9QPe10X9_a, http://www.playvid.com/watch/4XWoIyH4A4W,
http://www.playvid.com/watch/loU80UWBmDL, http://www.playvid.com/watch/IPbGLQOK_qT, http://www.playvid.com/watch/SAAjWw3pMKo,
http://www.playvid.com/watch/4V_L3T_yd5r, http://www.playvid.com/watch/ArTQNdYU1Go, http://www.playvid.com/watch/aQ1s2FsvQF9,
http://www.playvid.com/watch/mbXgZG6LM3h, http://www.playvid.com/watch/UX15LFmhvlu, http://www.playvid.com/watch/4Kf7BuAFdb2,
http://www.playvid.com/watch/av7c7biXGCo, http://www.playvid.com/watch/pjK2GrwzpRm, http://www.playvid.com/watch/3B3G5ySnL9e,
http://www.playvid.com/watch/YUkwz-eJ8Ba, http://www.playvid.com/watch/QLTMXIJH2Rp, http://www.playvid.com/watch/VD6dSXZgd_a,
http://www.playvid.com/watch/BzVTpNgWs5D, http://www.playvid.com/watch/bbMzjfI7dCr, http://www.playvid.com/watch/Y4eWGLk8Ycv,
http://www.playvid.com/watch/y4BuEjqAoa3, http://www.playvid.com/watch/k5Fn6K8qYUr, http://www.playvid.com/watch/2ND5hqh7W4U,
http://www.playvid.com/watch/FIg4GcU589p, http://www.playvid.com/watch/WId4UPpNVyX, http://www.playvid.com/watch/LV3Zsk2KK8Q,
http://www.playvid.com/watch/vU47UptAT4g, http://www.playvid.com/watch/kzMUQ3s2ubu, http://www.playvid.com/watch/p6TGq2GxytN,
http://www.playvid.com/watch/lb9duwF2bOP, http://www.playvid.com/watch/Wj2uL5KeUCM, http://www.playvid.com/watch/2GqSm37R4Y0,
http://www.playvid.com/watch/7uDyOj3ulbx, http://www.playvid.com/watch/V9A_0k4Oo1P, http://www.playvid.com/watch/L-8X3KaTquU,
http://www.playvid.com/watch/8A7l1H9lsEw, http://www.playvid.com/watch/bmw9HYF6h4W, http://www.playvid.com/watch/Taglo-_-gZZ,
http://www.playvid.com/watch/8E3cZkLi29f, http://www.playvid.com/watch/Iy4o3uj32bq, http://www.playvid.com/watch/3Cru4fFXE8w,
http://www.playvid.com/watch/cRbLK88XxcY, http://www.playvid.com/watch/wUj2x625rn9, http://www.playvid.com/watch/iziyPLH1l3P,
http://www.playvid.com/watch/5B4JsSjkriB, http://www.playvid.com/watch/I8Z4plv3v3s, http://www.playvid.com/watch/2PQQB9YguMt,
http://www.playvid.com/watch/Tk3OCfNPYno, http://www.playvid.com/watch/wCHiJxECLxd, http://www.playvid.com/watch/Keq-v_egWrk,
http://www.playvid.com/watch/9xN6tsHpOvS, http://www.playvid.com/watch/J-Pb1D2oo-U, http://www.playvid.com/watch/VUtQXPXQ-Xs,
http://www.playvid.com/watch/bbgGDEd-uu7, http://www.playvid.com/watch/jV9rnCO-T74, http://www.playvid.com/watch/94jn_XTbyUu,
http://www.playvid.com/watch/5CHvApAx9hU, http://www.playvid.com/watch/ZylejZ79tPP, http://www.playvid.com/watch/f6gvKlE13PC,
http://www.playvid.com/watch/V6IpdsRmfvs, http://www.playvid.com/watch/Y1CAQDBBFGS, http://www.playvid.com/watch/0GB_q7e_pzz,
http://www.playvid.com/watch/yshasYze9TY, http://www.playvid.com/watch/trEY3MBqjkv, http://www.playvid.com/watch/KYBGPKKUfi8,

http://www.playvid.com/watch/sgFoPufyOub, http://www.playvid.com/watch/LgRBfEoiT-7, http://www.playvid.com/watch/I9EV_ooCVIS, http://www.playvid.com/watch/z2df1gk1kZd, http://www.playvid.com/watch/pw_U87EJjLs, http://www.playvid.com/watch/TO7n8YCWbu6, http://www.playvid.com/watch/uCNyAdNfZtZ, http://www.playvid.com/watch/BeKRmjlxGcf, http://www.playvid.com/watch/bmksd7-Gykt, http://www.playvid.com/watch/PT-ECfBRAuO, http://www.playvid.com/watch/boBn_hCRRKY, http://www.playvid.com/watch/B76KT7MqtEO, http://www.playvid.com/watch/kbnEZqvL9Bq, http://www.playvid.com/watch/Jazeb3QKkuH, http://www.playvid.com/watch/z6eVgW1wIPJ, http://www.playvid.com/watch/PkN2bFtuyO2, http://www.playvid.com/watch/c-4MJriC1F8, http://www.playvid.com/watch/2fTNLymy_EX, http://www.playvid.com/watch/Cad1IKzJC-I, http://www.playvid.com/watch/gF3ltb6q2wX, http://www.playvid.com/watch/9Ar9g0XnSC8, http://www.playvid.com/watch/LZVSf9eksdG, http://www.playvid.com/watch/xy59p28-Db9, http://www.playvid.com/watch/20dw0gdCKtn, http://www.playvid.com/watch/j4wZ4pIuYAi, http://www.playvid.com/watch/DV9_KleHWys, http://www.playvid.com/watch/6zsk79y0qxJ, http://www.playvid.com/watch/H8VE6ebJE7w, http://www.playvid.com/watch/xzI8MAigs3W, http://www.playvid.com/watch/yueyi-1mUNl, http://www.playvid.com/watch/rW42EV0N64P, http://www.playvid.com/watch/QTmXUPuNAyu, http://www.playvid.com/watch/i93t9geDodC, http://www.playvid.com/watch/OTbK2VK5o7k, http://www.playvid.com/watch/5aBU_Mbfeh6, http://www.playvid.com/watch/mZCm6i_1yOm, http://www.playvid.com/watch/YY40eZZMSJf, http://www.playvid.com/watch/eTD_8nQjxoc, http://www.playvid.com/watch/h2fklsCu40Q, http://www.playvid.com/watch/KvDcTcvfzV6, http://www.playvid.com/watch/49-8R7qbfDo, http://www.playvid.com/watch/zWtasmTjyZ8, http://www.playvid.com/watch/Grn9_dB5aZ0, http://www.playvid.com/watch/KUfhS4MsP3r, http://www.playvid.com/watch/ARD6kjYAtF3, http://www.playvid.com/watch/ZHKzxrgywKB, http://www.playvid.com/watch/JgK4h1gVBB2, http://www.playvid.com/watch/34_cF03nKKY, http://www.playvid.com/watch/v9dU2VcPfgO

5.f. Date of third notice: 2014-02-28

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: postpilots

5.b. Uploader's email address: arielleeriuso@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/postpilots

5.e. List of videos posted by uploader: http://www.playvid.com/watch/Lq2ZZouz3hs, http://www.playvid.com/watch/FxXbD9zZGY0, http://www.playvid.com/watch/cKwfAbJoEVQ, http://www.playvid.com/watch/5H7ScTCzLDo, http://www.playvid.com/watch/NLifJ8YXWd8, http://www.playvid.com/watch/uvL3FW3d8-h, http://www.playvid.com/watch/hHL3cK0UdON, http://www.playvid.com/watch/oH5RyZR3ZyF, http://www.playvid.com/watch/GGtWXFHFpSU, http://www.playvid.com/watch/Zzzi8--hpap, http://www.playvid.com/watch/oRG2DWmaOLF, http://www.playvid.com/watch/KNiJxM6C1iX, http://www.playvid.com/watch/Cj8H--gqgAC, http://www.playvid.com/watch/KHCdwsZy-kO, http://www.playvid.com/watch/XbgSOi99Fez, http://www.playvid.com/watch/N28IFRiGmYY, http://www.playvid.com/watch/VWSZlaCB6ej, http://www.playvid.com/watch/dM3DhLwrcfo, http://www.playvid.com/watch/i1WwM3Owdkw, http://www.playvid.com/watch/jKT09ZIg-uJ, http://www.playvid.com/watch/nKml_TEkLtC, http://www.playvid.com/watch/D0YfjpP5eRE, http://www.playvid.com/watch/ly4Ggftw2nK, http://www.playvid.com/watch/XSazIs0Slgl, http://www.playvid.com/watch/Ml_FNjvxN2Z, http://www.playvid.com/watch/5R5W8V1879y, http://www.playvid.com/watch/aBNaVYWzouT, http://www.playvid.com/watch/RIMnmGdMN8x, http://www.playvid.com/watch/2vs3LAbECBS, http://www.playvid.com/watch/3oaMaVO24hK, http://www.playvid.com/watch/0cwoBMkW856, http://www.playvid.com/watch/N1s5gcW0BQk, http://www.playvid.com/watch/WQk1XnDnM-o, http://www.playvid.com/watch/T7_bDglnydj, http://www.playvid.com/watch/wh7C67iFxta, http://www.playvid.com/watch/BWVZ_EhofLp, http://www.playvid.com/watch/T_ZHhwsduzJ, http://www.playvid.com/watch/Z5ZsGeGTkQN, http://www.playvid.com/watch/88y3_FkCVlD, http://www.playvid.com/watch/jaZcsKgajzD, http://www.playvid.com/watch/QyFCblwB8gA, http://www.playvid.com/watch/YnLXEPD6nbl, http://www.playvid.com/watch/StyUkbe9tpM, http://www.playvid.com/watch/LA9XC83zm78, http://www.playvid.com/watch/6UasS-m_UlS, http://www.playvid.com/watch/YJuw5nwrErs, http://www.playvid.com/watch/LeCR4TCw1Fj, http://www.playvid.com/watch/TylI7zRSl8o, http://www.playvid.com/watch/ohj955I7BZI, http://www.playvid.com/watch/OpwYIwJWM2y, http://www.playvid.com/watch/QkFVtkGm5FW, http://www.playvid.com/watch/brqyqHXeL1b, http://www.playvid.com/watch/O_KsB3mvgn2, http://www.playvid.com/watch/ZZIHyTQXCqs, http://www.playvid.com/watch/Zv9Q46AcB0H, http://www.playvid.com/watch/nl7EblmcLjU, http://www.playvid.com/watch/oEDQjbdQVMR, http://www.playvid.com/watch/wBbUWeP9ZjM, http://www.playvid.com/watch/UBzl8airMyt, http://www.playvid.com/watch/PFS_Hpn33JE, http://www.playvid.com/watch/zgrNZdabElB, http://www.playvid.com/watch/2ZV6BseD2ht, http://www.playvid.com/watch/98hVXCkV6bG, http://www.playvid.com/watch/IDyweG_zQIa, http://www.playvid.com/watch/gups8OzsbLe, http://www.playvid.com/watch/QqHUbDGLjal, http://www.playvid.com/watch/3zDxhnbQY23, http://www.playvid.com/watch/6muOoOU5mhw, http://www.playvid.com/watch/Gw4WtCkALM9, http://www.playvid.com/watch/whTfHo8eXXd, http://www.playvid.com/watch/kM2K4dQo9Hi, http://www.playvid.com/watch/gp5CekV7ZIe, http://www.playvid.com/watch/oQL4M4c5i_m, http://www.playvid.com/watch/WlwzlPHBFVw, http://www.playvid.com/watch/0792KCJqVay, http://www.playvid.com/watch/TlftUpynk67, http://www.playvid.com/watch/nIcThdfRwak, http://www.playvid.com/watch/uwmX9OOXDVI, http://www.playvid.com/watch/WIOHrtwB8hB, http://www.playvid.com/watch/XVeWeHrHCz7, http://www.playvid.com/watch/jRgZun-xmTb, http://www.playvid.com/watch/nbSGMKAgvkH, http://www.playvid.com/watch/hN2hGtZXkTu, http://www.playvid.com/watch/I6u-KDLk9uW, http://www.playvid.com/watch/sFLgJyvMjD9, http://www.playvid.com/watch/DtDyWzeBHfD, http://www.playvid.com/watch/6BUN47O22Ri, http://www.playvid.com/watch/JRCUmy0uPhZ, http://www.playvid.com/watch/pc6rjW_rbNf, http://www.playvid.com/watch/l42fYAli34X, http://www.playvid.com/watch/tbf9uBcqjNq, http://www.playvid.com/watch/CJa8zi7AdOk, http://www.playvid.com/watch/MlE68fiImQ0, http://www.playvid.com/watch/3Sz1cXq-q6J, http://www.playvid.com/watch/YKAd4nRmwR3, http://www.playvid.com/watch/IaiXW4JmJGk, http://www.playvid.com/watch/QwuxXHgGZjx, http://www.playvid.com/watch/EfVI2M9BGt4, http://www.playvid.com/watch/6EMZaxkXsMq, http://www.playvid.com/watch/AzONz-rcvOe, http://www.playvid.com/watch/izWiLB5rjAs, http://www.playvid.com/watch/NSYDca5PKqF, http://www.playvid.com/watch/8VWgOudw3G7, http://www.playvid.com/watch/0KrE-4Qz4d3, http://www.playvid.com/watch/2-86gWkCUYc, http://www.playvid.com/watch/BObC9Qq0unK, http://www.playvid.com/watch/2riyr04kD44, http://www.playvid.com/watch/rN7OKQXIaKF, http://www.playvid.com/watch/GP2DIwFkp-q, http://www.playvid.com/watch/Wr7VKBzo_53, http://www.playvid.com/watch/r786qwpDqPh, http://www.playvid.com/watch/a_0M5hStjBU, http://www.playvid.com/watch/y58vONLV6w6, http://www.playvid.com/watch/iETp8IigX5l, http://www.playvid.com/watch/k8WtgzCA0wd, http://www.playvid.com/watch/I-dweK0GJcg, http://www.playvid.com/watch/gaIcC2uIMCb, http://www.playvid.com/watch/505-OH3sL19, http://www.playvid.com/watch/JPOEDi0GFQf, http://www.playvid.com/watch/nRLw9emBIRN, http://www.playvid.com/watch/3CoWz-GqU_2, http://www.playvid.com/watch/cvzRbSs_BeD, http://www.playvid.com/watch/Db3ZLI0Zipm, http://www.playvid.com/watch/lIUNMhUSua2, http://www.playvid.com/watch/uB-D1uXQeO8, http://www.playvid.com/watch/qDzIY0mF_L0, http://www.playvid.com/watch/0cqtTFfW84T, http://www.playvid.com/watch/bG9hQ4KXiB7, http://www.playvid.com/watch/Y5VDcfqyh3w, http://www.playvid.com/watch/xoD8R3VG-n9, http://www.playvid.com/watch/OrSCvfU8KM3, http://www.playvid.com/watch/9bsM6DHj8PD, http://www.playvid.com/watch/zl5rX_SjUVF, http://www.playvid.com/watch/II_kGT__ULI, http://www.playvid.com/watch/vg5yetD3kRJ, http://www.playvid.com/watch/VrnFj7T72Le, http://www.playvid.com/watch/ZfMWvdGOuGs, http://www.playvid.com/watch/9CkbvxESquP, http://www.playvid.com/watch/gvO6o-8XUbY, http://www.playvid.com/watch/ONO4Fwd8LVE, http://www.playvid.com/watch/g_bfvzV92Ko, http://www.playvid.com/watch/b-0RKzNrDjU, http://www.playvid.com/watch/pVD7_atU6hV, http://www.playvid.com/watch/y5RqPQ3aftH, http://www.playvid.com/watch/YkYsIB1Zr6v, http://www.playvid.com/watch/JaIEv_IDcSJ, http://www.playvid.com/watch/tHAnUDJHQZt, http://www.playvid.com/watch/PvsDYdSMrFj, http://www.playvid.com/watch/SLLOtUFuI3Z, http://www.playvid.com/watch/qLSjLi-OC85, http://www.playvid.com/watch/XQOJyiEKMhK, http://www.playvid.com/watch/IDUXquNvczc, http://www.playvid.com/watch/LfUFXHnUZFl, http://www.playvid.com/watch/6PX5MgiIEKV, http://www.playvid.com/watch/Ett_Y69FpLt, http://www.playvid.com/watch/AEmihyGTM3W, http://www.playvid.com/watch/V5XvKm5KT8K, http://www.playvid.com/watch/a4QoP5_XJU2, http://www.playvid.com/watch/D4HwTIPn8oz, http://www.playvid.com/watch/vrG5aEZ83PJ, http://www.playvid.com/watch/SstysySfSsw, http://www.playvid.com/watch/SKaBZSnwDES, http://www.playvid.com/watch/CUSAM2oB8US, http://www.playvid.com/watch/homCy7El-hx, http://www.playvid.com/watch/X6PWrcPR9oW, http://www.playvid.com/watch/KLUFeEWQt0y, http://www.playvid.com/watch/fWMrMDeUrEy, http://www.playvid.com/watch/AIJuRQewJJg, http://www.playvid.com/watch/FjndqMYXrJn, http://www.playvid.com/watch/YS1fYfVCo8v, http://www.playvid.com/watch/Dx-KCIBbOAS, http://www.playvid.com/watch/PaQR3Snp28U, http://www.playvid.com/watch/dxTMCoSyCjH, http://www.playvid.com/watch/H5aQ1_-4K_j, http://www.playvid.com/watch/uXmfDD548Vb, http://www.playvid.com/watch/wueDmhtUhGB, http://www.playvid.com/watch/HrSNcwzjiPl, http://www.playvid.com/watch/afSuw-WlFGB, http://www.playvid.com/watch/jDExhCKgNDg, http://www.playvid.com/watch/3R2gA2XMXma, http://www.playvid.com/watch/p6XtFKJWJ8p, http://www.playvid.com/watch/zMh09tfMtsG, http://www.playvid.com/watch/9bzzqfRmXrm, http://www.playvid.com/watch/9BvrFTZ5toh, http://www.playvid.com/watch/TAGlrdMs7Wa, http://www.playvid.com/watch/l-QuuVQt4La, http://www.playvid.com/watch/2NTUhRP2sbX, http://www.playvid.com/watch/oftb8gExKQm, http://www.playvid.com/watch/fWAjIS5wOXx, http://www.playvid.com/watch/XEyv0KDk4Ol, http://www.playvid.com/watch/UUZC1mQHRHO, http://www.playvid.com/watch/o3u3ETB8InH, http://www.playvid.com/watch/iZzhZBihOUT, http://www.playvid.com/watch/JWSpzxQChhy, http://www.playvid.com/watch/fJfgTy4U_sX, http://www.playvid.com/watch/kqokfkWE0Wv, http://www.playvid.com/watch/IH8jKvMjC2R, http://www.playvid.com/watch/FoZ3ambSJ_q, http://www.playvid.com/watch/iOZ__uEOnHl, http://www.playvid.com/watch/4osEuzNPJ9I, http://www.playvid.com/watch/DH40md24dC5, http://www.playvid.com/watch/x10U60uNIkw, http://www.playvid.com/watch/Fs0JO4WUZuG, http://www.playvid.com/watch/k-kxddOo1Me, http://www.playvid.com/watch/6-ovm48dCbq, http://www.playvid.com/watch/icfueW8HWWW, http://www.playvid.com/watch/lda1K0K1gSV, http://www.playvid.com/watch/3ZwZ7Ys9s1y, http://www.playvid.com/watch/lWIIwiEwT-Z, http://www.playvid.com/watch/G_PA5uM0qJ8, http://www.playvid.com/watch/dNnko6A0SeZ, http://www.playvid.com/watch/f2i299ITJ7B, http://www.playvid.com/watch/4bkdVQblvrX, http://www.playvid.com/watch/jXbXR2Ub9R2, http://www.playvid.com/watch/ZgbL-y9RPB9, http://www.playvid.com/watch/giMxeL-foAX, http://www.playvid.com/watch/xDR-CYr3pHX, http://www.playvid.com/watch/fBz7yCYNGtC,

http://www.playvid.com/watch/CWRRobTnRik, http://www.playvid.com/watch/P-7wHKg5W1t, http://www.playvid.com/watch/ctYWidrTEHW,
http://www.playvid.com/watch/GqnQAdyuXWT, http://www.playvid.com/watch/RKa08sZxnbT, http://www.playvid.com/watch/TchpqWRmfcK,
http://www.playvid.com/watch/VUzdWKaiEYp, http://www.playvid.com/watch/jNI-OH4ZWqK, http://www.playvid.com/watch/8xi9l8Mj7Uq,
http://www.playvid.com/watch/QVVOpnvMsE2, http://www.playvid.com/watch/FGe_Saf-pPU, http://www.playvid.com/watch/ujJNN-clNSw,
http://www.playvid.com/watch/NmI7UwCVGJV, http://www.playvid.com/watch/MaBd_C5fKYL, http://www.playvid.com/watch/xOlptEzyt2R,
http://www.playvid.com/watch/or-34DAo0cW, http://www.playvid.com/watch/RAuq-Cx9UAs, http://www.playvid.com/watch/qbwe28UkD2O,
http://www.playvid.com/watch/SqbgRLox-jI, http://www.playvid.com/watch/21Q6CqOCBcG, http://www.playvid.com/watch/kb1eLDdDHNa,
http://www.playvid.com/watch/n5_FOpUeBPc, http://www.playvid.com/watch/hRns0dN2Km3, http://www.playvid.com/watch/yJhx1J_1RBI,
http://www.playvid.com/watch/VSxfJVu0foY, http://www.playvid.com/watch/HdxGvBCjt8q, http://www.playvid.com/watch/sk3nfdZSEMm,
http://www.playvid.com/watch/4O_9fN1oMyV, http://www.playvid.com/watch/FpUzboaGI9M, http://www.playvid.com/watch/XZmlSPQQgUj,
http://www.playvid.com/watch/NHbqiPVTleQ, http://www.playvid.com/watch/K-Gl-XiUzbw, http://www.playvid.com/watch/sC_Tr9EXTgG,
http://www.playvid.com/watch/ngQB5OsVWxi, http://www.playvid.com/watch/TsQ_2P2xhrM, http://www.playvid.com/watch/q4KWk0XZmps,
http://www.playvid.com/watch/WYKE4y7cLSg, http://www.playvid.com/watch/YalA1WR8JkF, http://www.playvid.com/watch/t5rb-y7gj7t,
http://www.playvid.com/watch/vOlQM67L3Kv, http://www.playvid.com/watch/vTO8oKyxIID, http://www.playvid.com/watch/yGIYAEC1xcv,
http://www.playvid.com/watch/PU7QVZWgyHF, http://www.playvid.com/watch/hP_2ih5Srzw, http://www.playvid.com/watch/62gZHNMP1pY,
http://www.playvid.com/watch/ApzUYWsfhw3, http://www.playvid.com/watch/gNv8j13UJ1J, http://www.playvid.com/watch/bcztE2eRh0c,
http://www.playvid.com/watch/g05XXZMuqUk, http://www.playvid.com/watch/6H-JDv9hHkR, http://www.playvid.com/watch/NOs_a-JMA-L,
http://www.playvid.com/watch/yuWnch9mX3t, http://www.playvid.com/watch/dX1J5dQkrNG, http://www.playvid.com/watch/ZRpmdCzCwpy,
http://www.playvid.com/watch/8s1nrxTixei, http://www.playvid.com/watch/GVeOiZGiueW, http://www.playvid.com/watch/3qtH9cv1kiz,
http://www.playvid.com/watch/AB86ACXU4Mc, http://www.playvid.com/watch/yZ7uGVSt_2j, http://www.playvid.com/watch/AHPLe-el_dW,
http://www.playvid.com/watch/m0Jv0biX_MO, http://www.playvid.com/watch/QVI9CpF4j-n, http://www.playvid.com/watch/lA_TJndMGmh,
http://www.playvid.com/watch/Uw89uJq6ntl, http://www.playvid.com/watch/6cVRxFgegn5, http://www.playvid.com/watch/NUfgl7dMEu5,
http://www.playvid.com/watch/6KeYXgesRRI, http://www.playvid.com/watch/FwabGFUAjxq, http://www.playvid.com/watch/8gsyxLv4f0M,
http://www.playvid.com/watch/g7tnN69WLoj, http://www.playvid.com/watch/FNRIR422_oB, http://www.playvid.com/watch/s-5MiFUUCqq,
http://www.playvid.com/watch/ALJ6D6ZT9mY, http://www.playvid.com/watch/Mn0YbLOLUf7, http://www.playvid.com/watch/Epfif1K9kOA,
http://www.playvid.com/watch/JU0JitwuXOA, http://www.playvid.com/watch/x01RhU35mCM, http://www.playvid.com/watch/3S_AJJPFXLm,
http://www.playvid.com/watch/ddCKB-EGZkY, http://www.playvid.com/watch/pPj0hn4tCLZ, http://www.playvid.com/watch/diHwW6ziY8p,
http://www.playvid.com/watch/MUYbaobHoku, http://www.playvid.com/watch/gOiW_AQ5QDK, http://www.playvid.com/watch/0CqzlFITIrW,
http://www.playvid.com/watch/8xZZAY58KqV, http://www.playvid.com/watch/tY-wgFka_xC, http://www.playvid.com/watch/0OQadB6CB9O,
http://www.playvid.com/watch/oHifhwDATDP, http://www.playvid.com/watch/b1qPNW0CSao, http://www.playvid.com/watch/yn-QUodTFer,
http://www.playvid.com/watch/DJh98IWO788, http://www.playvid.com/watch/hEDmEMOowFf, http://www.playvid.com/watch/z_RNlYuWzay,
http://www.playvid.com/watch/dEnSi3XBmyN, http://www.playvid.com/watch/nH0zw4aW1D6, http://www.playvid.com/watch/uwNToC4IVg8,
http://www.playvid.com/watch/J8ibEJs_EIf, http://www.playvid.com/watch/y4ccFCJm5Bw, http://www.playvid.com/watch/Lh7p4ZjOzUd,
http://www.playvid.com/watch/dE_Ig0hxZqv, http://www.playvid.com/watch/koryT08BZN8, http://www.playvid.com/watch/NQ9VAPNNM-p,
http://www.playvid.com/watch/pgwP6t78g4I, http://www.playvid.com/watch/XIb07Jhljru, http://www.playvid.com/watch/gvPNckVwNdQ,
http://www.playvid.com/watch/XzZgmF508gG, http://www.playvid.com/watch/7_1AzS249cp, http://www.playvid.com/watch/iA1v2Udnz4X,
http://www.playvid.com/watch/gZ_463Wx4QM, http://www.playvid.com/watch/K6zd1x62eCq, http://www.playvid.com/watch/xisiugbATYJ,
http://www.playvid.com/watch/n5Zl6eCIKAV, http://www.playvid.com/watch/vQqJvQ-zkVr, http://www.playvid.com/watch/Xf-L8MLaLpW,
http://www.playvid.com/watch/pj2KgRI--Iv, http://www.playvid.com/watch/kjbAQ_LMtd3, http://www.playvid.com/watch/2lWnd6K-8Kx,
http://www.playvid.com/watch/64EpPYZ6CDN, http://www.playvid.com/watch/OoiEWDPs6qd, http://www.playvid.com/watch/VbuMCwt0Quw,
http://www.playvid.com/watch/6uM6LQeCeEd, http://www.playvid.com/watch/nO_lPNV7tkD, http://www.playvid.com/watch/iPmLHlZe0Zg,
http://www.playvid.com/watch/NWh-v2xAqbU, http://www.playvid.com/watch/G5evC8q_kLi, http://www.playvid.com/watch/8qz6-kAdQDk,
http://www.playvid.com/watch/E4mwl8V9t-M, http://www.playvid.com/watch/OAYYbMHg3oO, http://www.playvid.com/watch/MjSIujCqdlJ,
http://www.playvid.com/watch/Bmky8fVwDc0, http://www.playvid.com/watch/AUiK3OsIksg, http://www.playvid.com/watch/LkY0V8mzotc,
http://www.playvid.com/watch/yS9ikAePnzD, http://www.playvid.com/watch/jqh-ERY-1r0, http://www.playvid.com/watch/mIDbS4cmGLK,
http://www.playvid.com/watch/bHh6dJjj4Kf, http://www.playvid.com/watch/twLzScnKjDq, http://www.playvid.com/watch/rTxycepO9yY,
http://www.playvid.com/watch/jJtuGhFXEOS, http://www.playvid.com/watch/qgmI8HEqbph, http://www.playvid.com/watch/XoQH3ykxpFL,
http://www.playvid.com/watch/mEC9mlsHzDm, http://www.playvid.com/watch/bEwikrhCXL2, http://www.playvid.com/watch/kT6VZpykXmK,
http://www.playvid.com/watch/G43C492HWvp, http://www.playvid.com/watch/MSfIgPieD6l, http://www.playvid.com/watch/Q2AQZhpqVs7,
http://www.playvid.com/watch/Wee79KD6YpO, http://www.playvid.com/watch/2iUotP9CMu9, http://www.playvid.com/watch/5knmDo98IE4,
http://www.playvid.com/watch/dhl7PicWyLN, http://www.playvid.com/watch/3NFrsfecTqR, http://www.playvid.com/watch/xyXAQ9oxinI,
http://www.playvid.com/watch/qNiMlJ_rPNc, http://www.playvid.com/watch/OJh8N-ONiK5, http://www.playvid.com/watch/Q_9GS6RCRf3,
http://www.playvid.com/watch/U9-ZvMwoO6c, http://www.playvid.com/watch/RON3ZlQkhYO, http://www.playvid.com/watch/Jzm9Yl_wEs2,
http://www.playvid.com/watch/OGhl0MrQEoR, http://www.playvid.com/watch/XzQrw_4dAGh, http://www.playvid.com/watch/DN2Noo-D2x8,
http://www.playvid.com/watch/nyli6CPeZkO, http://www.playvid.com/watch/WN9ZyU5aC5O, http://www.playvid.com/watch/o7l5Gi0mgAm,
http://www.playvid.com/watch/6g9UKtfIrIt, http://www.playvid.com/watch/qC6XcF0O4fN, http://www.playvid.com/watch/oSsp4AervTh,
http://www.playvid.com/watch/PrOWo032wpX, http://www.playvid.com/watch/SL6VqJ_ov9G, http://www.playvid.com/watch/4Kl6rTvDXLp,
http://www.playvid.com/watch/0h_h9JaEljJ, http://www.playvid.com/watch/PAQBmc3-Svt, http://www.playvid.com/watch/IbQU-6q4OsA,
http://www.playvid.com/watch/oJNZXC7XeeH, http://www.playvid.com/watch/m2go-xJgrEq, http://www.playvid.com/watch/vVK_DAFmSch,
http://www.playvid.com/watch/Ey4QOs3Pslr, http://www.playvid.com/watch/ofNFai-2_Sa, http://www.playvid.com/watch/QDPSVjKIAig,
http://www.playvid.com/watch/mVt-s8T4fxj, http://www.playvid.com/watch/IUXTt8QolKR, http://www.playvid.com/watch/sakcKut_vKC,
http://www.playvid.com/watch/eQbV5hggQ26, http://www.playvid.com/watch/FDd0FIJOC6W, http://www.playvid.com/watch/iSk58wjYR7a,
http://www.playvid.com/watch/dpBLE63e1j0, http://www.playvid.com/watch/A5I8rUeBBKA, http://www.playvid.com/watch/2r7TKzjtXKr,
http://www.playvid.com/watch/atEl4Ool5td, http://www.playvid.com/watch/Xi8cgRDtdsE, http://www.playvid.com/watch/ddPiPOWsT96,
http://www.playvid.com/watch/mdkvnGMNfLs, http://www.playvid.com/watch/YEKXSN01m-3, http://www.playvid.com/watch/TLNH1CGGv98,
http://www.playvid.com/watch/pVlLfMdGRgV, http://www.playvid.com/watch/3pFChaoAm5K, http://www.playvid.com/watch/RCiXqDkzl2v,
http://www.playvid.com/watch/Lz-jv80dKHd, http://www.playvid.com/watch/Ni-E03hxv4Q, http://www.playvid.com/watch/b2XOzFLcDYF,
http://www.playvid.com/watch/GOr4M3gZ3gH, http://www.playvid.com/watch/w1fwiK8dJlz, http://www.playvid.com/watch/Zsyw3e0TuhV,
http://www.playvid.com/watch/V3ODfAPBt8w, http://www.playvid.com/watch/WCueVjxOktT, http://www.playvid.com/watch/vCsuhrEnPMv,
http://www.playvid.com/watch/t6Tp1UpxHiy, http://www.playvid.com/watch/jOdj3wEgbG9, http://www.playvid.com/watch/Sn9Yf6l37-U,
http://www.playvid.com/watch/lbkfKzxbJqT, http://www.playvid.com/watch/u0RS0P7pnJK, http://www.playvid.com/watch/DXQvmMrSFyD,
http://www.playvid.com/watch/waDzn_dypEl, http://www.playvid.com/watch/xBOIXclxQUO, http://www.playvid.com/watch/0fpsGlmp6g7,
http://www.playvid.com/watch/9p_KvosqrCB, http://www.playvid.com/watch/6pyT7b1Zreg, http://www.playvid.com/watch/aoeDT5XYpmH,
http://www.playvid.com/watch/0kxW-bCv5ag, http://www.playvid.com/watch/hegvoQmNwW6, http://www.playvid.com/watch/bOS7ISNbQRL,
http://www.playvid.com/watch/WSBHvVxFdXX, http://www.playvid.com/watch/v50NTZVA8Ga, http://www.playvid.com/watch/AZOoPwVKGO6,
http://www.playvid.com/watch/hHlGiTziFnW, http://www.playvid.com/watch/4yeAjGapc_C, http://www.playvid.com/watch/fo2_Lpx61np,
http://www.playvid.com/watch/H5TQDI9YKWR, http://www.playvid.com/watch/FntktCwCCEq, http://www.playvid.com/watch/Iam4txej_XV,
http://www.playvid.com/watch/PcEYpe6Y_M5, http://www.playvid.com/watch/dZ008SLNHa2, http://www.playvid.com/watch/QXQKU6Cf6Ry,
http://www.playvid.com/watch/SEx12brrpFe, http://www.playvid.com/watch/dWFBXcdJgbe, http://www.playvid.com/watch/lETuDQqVo0t,
http://www.playvid.com/watch/Wb3FXlgMI_y, http://www.playvid.com/watch/kMRe1Ixqjmk, http://www.playvid.com/watch/UuyAn0MK9s3,
http://www.playvid.com/watch/EFl7oiQAjn8, http://www.playvid.com/watch/BIq5znZaQSL, http://www.playvid.com/watch/Z3sTPKahjqa,
http://www.playvid.com/watch/wK5Hf1-qS8j, http://www.playvid.com/watch/vItg2wA5z08, http://www.playvid.com/watch/8trxUfZrUF5,
http://www.playvid.com/watch/Awq3KpFLdSu, http://www.playvid.com/watch/8K0_K2r2hpy, http://www.playvid.com/watch/mWDYFbbO7Y3,
http://www.playvid.com/watch/JQfOmNSA6Kz, http://www.playvid.com/watch/P8bfd_J51_z
5.f. Date of third notice: 2015-06-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: premiumclass
5.b. Uploader's email address: amigoelfiselfi@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/premiumclass
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FTHIyA9UT-I, http://www.playvid.com/watch/ol5lLijLCMx,
http://www.playvid.com/watch/4oluOy24ydt, http://www.playvid.com/watch/ThkjCSPl9yl, http://www.playvid.com/watch/mkM5NfiOrJs,
http://www.playvid.com/watch/OJ8mOG3SV0v, http://www.playvid.com/watch/qy043ciPv8Q, http://www.playvid.com/watch/Fek0KMA3IDn,
http://www.playvid.com/watch/FntgJc-6B8o, http://www.playvid.com/watch/GYcioDWUsWt, http://www.playvid.com/watch/VnH9WhuvHNz,
http://www.playvid.com/watch/IB2wiV6Zha2, http://www.playvid.com/watch/C9NFyf8Sa6j, http://www.playvid.com/watch/uRSjF8MPN9R,
http://www.playvid.com/watch/xtIJaJV2fhe, http://www.playvid.com/watch/xhSUo-c7gQY, http://www.playvid.com/watch/IbsKdXG-0Am,

http://www.playvid.com/watch/ocXqM2_N8bi, http://www.playvid.com/watch/FUTCYOvSWNy, http://www.playvid.com/watch/fhyZJx_JI-x,
http://www.playvid.com/watch/cLMALAgAa6O, http://www.playvid.com/watch/af4VyOu93b8, http://www.playvid.com/watch/l5H3Ut8Cn7X,
http://www.playvid.com/watch/IroWuFwIg5n, http://www.playvid.com/watch/8np92AT2UtS, http://www.playvid.com/watch/ACWYLF_ukuH,
http://www.playvid.com/watch/MjDS7-ubAiL, http://www.playvid.com/watch/uCq6FcAE21P, http://www.playvid.com/watch/XdxWtsOZ-9c,
http://www.playvid.com/watch/HGyaIqz2BQB, http://www.playvid.com/watch/ov08_8CosNR, http://www.playvid.com/watch/7ad3-r54gxU,
http://www.playvid.com/watch/sWbCsu30nj9, http://www.playvid.com/watch/onp3BNpnNI7, http://www.playvid.com/watch/5MD5gWSRJ-t,
http://www.playvid.com/watch/BKBWro6CZNi, http://www.playvid.com/watch/kfNJJxzGjf6, http://www.playvid.com/watch/fSjg7xAY9MG,
http://www.playvid.com/watch/WEuDKiqJexp, http://www.playvid.com/watch/yMrvCjju3yR, http://www.playvid.com/watch/7ol9bF3aYg6,
http://www.playvid.com/watch/OhAeXbmKrGN, http://www.playvid.com/watch/5KgtlDrIWcc, http://www.playvid.com/watch/3IeJMVspNtX,
http://www.playvid.com/watch/705238PzMdw, http://www.playvid.com/watch/jnY50BwmFVD, http://www.playvid.com/watch/RFzgDId64Rq,
http://www.playvid.com/watch/TmZ7kM5Sjiq, http://www.playvid.com/watch/y03f6FxuIqx, http://www.playvid.com/watch/gKZV4QSMNIk,
http://www.playvid.com/watch/GpNzf312Rbz, http://www.playvid.com/watch/76EAagCE69f, http://www.playvid.com/watch/dT2jMsMq2nc,
http://www.playvid.com/watch/i6ztX9EVSoe, http://www.playvid.com/watch/HnY1vNQtRyU, http://www.playvid.com/watch/nFRWqlSBnaQ,
http://www.playvid.com/watch/MnUTVAHJeR8, http://www.playvid.com/watch/cgHhITZC0Kg, http://www.playvid.com/watch/zFxaLiGevQX,
http://www.playvid.com/watch/WrrO5ZuF0E8, http://www.playvid.com/watch/2Aup7YKq5xi, http://www.playvid.com/watch/KnNpBhnLuOn,
http://www.playvid.com/watch/B1w_YmJF1J9, http://www.playvid.com/watch/lj1R8krs_M0, http://www.playvid.com/watch/SfT3Mq-P7FX,
http://www.playvid.com/watch/78VwRPUqROH, http://www.playvid.com/watch/iMXhkH1oKRj, http://www.playvid.com/watch/2Q9HTW3fA8Q,
http://www.playvid.com/watch/PYhqT9irSrZ, http://www.playvid.com/watch/5sh00Tuxk49, http://www.playvid.com/watch/MzyZlC4gBil,
http://www.playvid.com/watch/7gEGj7s2C5h, http://www.playvid.com/watch/UpQyMVD2K0b, http://www.playvid.com/watch/mZdNhl5BxCc,
http://www.playvid.com/watch/3liS6eCp9oS, http://www.playvid.com/watch/YRGEBGYaBeF, http://www.playvid.com/watch/GfAj7-83AG3,
http://www.playvid.com/watch/w3irMT7K4yc, http://www.playvid.com/watch/Uuv3mdTMV_a, http://www.playvid.com/watch/YyNkiXDgcVT,
http://www.playvid.com/watch/n5asAuYojb2, http://www.playvid.com/watch/G_EMlETCE9i, http://www.playvid.com/watch/jZT2SGK2njg,
http://www.playvid.com/watch/YEPm7dLhyHX, http://www.playvid.com/watch/jLVdu4SfqAG, http://www.playvid.com/watch/Tf7FAveSpWQ,
http://www.playvid.com/watch/CDOSFRvq9Zp, http://www.playvid.com/watch/ma7PZ5tVSOM, http://www.playvid.com/watch/lj0dcRenq78,
http://www.playvid.com/watch/eH1nbwoGji3, http://www.playvid.com/watch/ygwpIqxqVvU, http://www.playvid.com/watch/pKTmm5xQdYd,
http://www.playvid.com/watch/UP6-CzpZXNS, http://www.playvid.com/watch/bQuCcXFWeCr, http://www.playvid.com/watch/GTec3FWxGfs,
http://www.playvid.com/watch/WaOwoCxmunm, http://www.playvid.com/watch/iNmxXnpjdcA, http://www.playvid.com/watch/y3JKaubgwX0,
http://www.playvid.com/watch/A_Pq2TpKUMT, http://www.playvid.com/watch/6c5N3WOJ0UU, http://www.playvid.com/watch/G8S_gnscZ4a,
http://www.playvid.com/watch/eY9qUQ9i4ms, http://www.playvid.com/watch/JIFLX2Vseal, http://www.playvid.com/watch/sWIEOppWXdQ,
http://www.playvid.com/watch/jKAor4GJM9y, http://www.playvid.com/watch/09ngxV9KC7u, http://www.playvid.com/watch/nXwEUkUAZbx,
http://www.playvid.com/watch/4zKzjIV4P20, http://www.playvid.com/watch/EN3d9sHPKBy, http://www.playvid.com/watch/tYIvOZKQe-V,
http://www.playvid.com/watch/XGl26BrazuQ, http://www.playvid.com/watch/j7PcexkMFd0, http://www.playvid.com/watch/XvgGGOnqiUo,
http://www.playvid.com/watch/ky4QPWmX2Wx, http://www.playvid.com/watch/DqMZwQX57vb, http://www.playvid.com/watch/ttprJwS2RSs,
http://www.playvid.com/watch/x2gNvpLHlqK, http://www.playvid.com/watch/Pon5L3zFdyV, http://www.playvid.com/watch/agaz4LLdqQC,
http://www.playvid.com/watch/PCtDh8VucO6, http://www.playvid.com/watch/TcK42evpNpx, http://www.playvid.com/watch/6d-ngHLrkHa,
http://www.playvid.com/watch/7wgqSiLuof5, http://www.playvid.com/watch/yALOSIDqhPW, http://www.playvid.com/watch/WqXKoYOgeKU,
http://www.playvid.com/watch/iEMkUV_ksB5, http://www.playvid.com/watch/3qyiIInasn2, http://www.playvid.com/watch/pfAa4LnjhGg,
http://www.playvid.com/watch/vlp6uSMT-7k, http://www.playvid.com/watch/DdEGFfikPdZ, http://www.playvid.com/watch/kBaKtxanEei,
http://www.playvid.com/watch/hhG7mLgfLfd, http://www.playvid.com/watch/8X6tevBld6f, http://www.playvid.com/watch/yYEPcfRa1Ic,
http://www.playvid.com/watch/rSsBEe8YrhO, http://www.playvid.com/watch/fCmGgHS6rRp, http://www.playvid.com/watch/ddrqUDjeEfC,
http://www.playvid.com/watch/TMaaIpFatI7, http://www.playvid.com/watch/AFE23QVIcpx, http://www.playvid.com/watch/eFBBnx_uLtv,
http://www.playvid.com/watch/mk3TK4KACc3, http://www.playvid.com/watch/QWlc2A_sX5E, http://www.playvid.com/watch/iN2mzHX2jYQ,
http://www.playvid.com/watch/dAohHfOsS2b, http://www.playvid.com/watch/6gxvr3xaHsE, http://www.playvid.com/watch/rpokOomBUgK,
http://www.playvid.com/watch/7kr1jtXrTbH, http://www.playvid.com/watch/9Ak28Gmsith, http://www.playvid.com/watch/j3Dvot4sluZ,
http://www.playvid.com/watch/4SfQYlNnQ1F, http://www.playvid.com/watch/efOoXLWP8gu, http://www.playvid.com/watch/qQKn0f-0jOs,
http://www.playvid.com/watch/oujI4s2cvNv, http://www.playvid.com/watch/0Y7BMV4fgKQ, http://www.playvid.com/watch/PiQorf05nZ9,
http://www.playvid.com/watch/BDjce7x68aw, http://www.playvid.com/watch/dgP_aTNQbzl, http://www.playvid.com/watch/O2qEG4L-SK2,
http://www.playvid.com/watch/33scG3gtIgW, http://www.playvid.com/watch/5yO6CgyG_Ec, http://www.playvid.com/watch/zIBAAqWIAfI,
http://www.playvid.com/watch/SQ87pedD90D, http://www.playvid.com/watch/UrcvwitCFsl, http://www.playvid.com/watch/A2WjjpcDQLG,
http://www.playvid.com/watch/7kHngSV0l-R, http://www.playvid.com/watch/URq-i-3pH1x, http://www.playvid.com/watch/BC8Fd31GgUz,
http://www.playvid.com/watch/46PegwxCfNG, http://www.playvid.com/watch/P3Av-69BpU0, http://www.playvid.com/watch/oLnjaAICPMx,
http://www.playvid.com/watch/6suhR00o626, http://www.playvid.com/watch/ECwPI5SpQGR, http://www.playvid.com/watch/LWFnzZrx96J,
http://www.playvid.com/watch/6ZuF6B4l0aw, http://www.playvid.com/watch/e2uAW_dgeTH, http://www.playvid.com/watch/eH0vpjbvYCG,
http://www.playvid.com/watch/jjYdwo9y5Ve, http://www.playvid.com/watch/fiuT8TO-lW4, http://www.playvid.com/watch/cnKqC5eB4vU,
http://www.playvid.com/watch/BLtDzDfTZ8i, http://www.playvid.com/watch/yg8eNTsXr6y, http://www.playvid.com/watch/jkUaltBeTYZ,
http://www.playvid.com/watch/vde2EsGi0AH, http://www.playvid.com/watch/M6BvB8R1ASV, http://www.playvid.com/watch/X9s7FkKThTA,
http://www.playvid.com/watch/Qo7890_vfsN, http://www.playvid.com/watch/iNpbVXRnHeX, http://www.playvid.com/watch/uL6EBZIiZwX,
http://www.playvid.com/watch/bRAWIBhqUWO, http://www.playvid.com/watch/aLWhx9t4q-R, http://www.playvid.com/watch/3emWJJxJhBi,
http://www.playvid.com/watch/yMb7QXLPMbb, http://www.playvid.com/watch/4OS9stxyxt0, http://www.playvid.com/watch/3qtMPydxfAf,
http://www.playvid.com/watch/naTPKbjlXuk, http://www.playvid.com/watch/7sypNK8OuaX, http://www.playvid.com/watch/OAy1mabrUem,
http://www.playvid.com/watch/lxsEd7VxQ4E, http://www.playvid.com/watch/DW2bT7Irvap, http://www.playvid.com/watch/vaDTrHRlj8U,
http://www.playvid.com/watch/ejK8XIbV51V, http://www.playvid.com/watch/AOd7wAbsN2o, http://www.playvid.com/watch/3UcrC3TpLAj,
http://www.playvid.com/watch/c617siLF8si, http://www.playvid.com/watch/YxFruyQPlaD, http://www.playvid.com/watch/sBfwjUHunSb,
http://www.playvid.com/watch/XuQjDzeDXiy, http://www.playvid.com/watch/fXXp_-0Fk56, http://www.playvid.com/watch/xNIvfGLaWP2,
http://www.playvid.com/watch/zzyRwsRwLnu, http://www.playvid.com/watch/mFkABG43THt, http://www.playvid.com/watch/wbEmtlLoJ3c,
http://www.playvid.com/watch/6Iwk3-vJNuw, http://www.playvid.com/watch/4lfbuSkVr4P, http://www.playvid.com/watch/4C-YnEDoSCn,
http://www.playvid.com/watch/saFspPGiJXH, http://www.playvid.com/watch/4z4kFQMnr7M, http://www.playvid.com/watch/THGeuoADQKE,
http://www.playvid.com/watch/kij3jSEU9j3, http://www.playvid.com/watch/beicM_CCtOK, http://www.playvid.com/watch/c6uFUeGSEOM,
http://www.playvid.com/watch/eIbasyQl45C, http://www.playvid.com/watch/7KXTFj9v0bK, http://www.playvid.com/watch/Fe9-EycMbOn,
http://www.playvid.com/watch/e4Omq_gQGkq, http://www.playvid.com/watch/gz46DAdnK0x, http://www.playvid.com/watch/Y5N5rB3BjI2,
http://www.playvid.com/watch/fXmirOd8BKU, http://www.playvid.com/watch/tFn6-jmizhB, http://www.playvid.com/watch/386Ii6aV9Ke,
http://www.playvid.com/watch/GLUG6dZVtNp
5.f. Date of third notice: 2015-02-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PremiumP
5.b. Uploader's email address: master@premiumpimp.com
5.d. Uploader's profile: http://www.playvid.com/member/PremiumP
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2yylaFIK6eO, http://www.playvid.com/watch/SE4W8vE5oNb,
http://www.playvid.com/watch/rzr4OPjnjOZ, http://www.playvid.com/watch/G0Eh0BOtt-S, http://www.playvid.com/watch/EZuOP5V5i9N,
http://www.playvid.com/watch/xtHbklJ9Ihz, http://www.playvid.com/watch/tZrMPYxa0Na, http://www.playvid.com/watch/ta5tKiQc3yR,
http://www.playvid.com/watch/ouOwueADjnE, http://www.playvid.com/watch/09V84AiBmDY, http://www.playvid.com/watch/sKspL5JXtfI,
http://www.playvid.com/watch/BICOESf8WC9, http://www.playvid.com/watch/5k-egpO7tA5, http://www.playvid.com/watch/AbDVNA6IhLk,
http://www.playvid.com/watch/0z6oOlyS6mP, http://www.playvid.com/watch/5nHROcPRYVG, http://www.playvid.com/watch/bBm5WHCypGq,
http://www.playvid.com/watch/xqi6KtRoDnI, http://www.playvid.com/watch/mMvPyi5IYDr, http://www.playvid.com/watch/TrlCX-4qW23,
http://www.playvid.com/watch/MqgopPKtH58, http://www.playvid.com/watch/KK63tpLGTjc, http://www.playvid.com/watch/chJQqNViu2K,
http://www.playvid.com/watch/Ase8Bqc8x2T, http://www.playvid.com/watch/-Od5LzTgPVI, http://www.playvid.com/watch/yfHqwB-FDt5,
http://www.playvid.com/watch/Ktyu0kC-d8R, http://www.playvid.com/watch/ItIBjHrY2Js, http://www.playvid.com/watch/rze9338coBp,
http://www.playvid.com/watch/dVman8caorj, http://www.playvid.com/watch/xyTG7RIopVY, http://www.playvid.com/watch/xpuhJX4-MTE,
http://www.playvid.com/watch/hYShMRoWpYh, http://www.playvid.com/watch/M84wTMJASyO, http://www.playvid.com/watch/SYHFI50Yocd,
http://www.playvid.com/watch/Maw4e0VOe73, http://www.playvid.com/watch/6brwAo8JlrN, http://www.playvid.com/watch/ExGuBe8e5Ti,
http://www.playvid.com/watch/2XMu2BrBkhA, http://www.playvid.com/watch/FNm-YtZeLZh, http://www.playvid.com/watch/cvZRHXZiDwF,
http://www.playvid.com/watch/JhHmwiHpOgk, http://www.playvid.com/watch/qkKErHkx9aL, http://www.playvid.com/watch/aLVLQUrgh48,
http://www.playvid.com/watch/GFQp9XlFFHT, http://www.playvid.com/watch/fdeRQ7Hf-4v, http://www.playvid.com/watch/3Pm-gYh8ODB,
http://www.playvid.com/watch/9lfpObKM7QU, http://www.playvid.com/watch/rpezZaCbbbP, http://www.playvid.com/watch/oJnJxcBgbhv,
http://www.playvid.com/watch/DtPaq5rWxTf, http://www.playvid.com/watch/ZtRnjMPst8j, http://www.playvid.com/watch/-NbDVofweX9,

http://www.playvid.com/watch/KL0XeHibGyr, http://www.playvid.com/watch/MnCOo8VWud5, http://www.playvid.com/watch/sG3tIBEWXiO,
http://www.playvid.com/watch/BSesmihfUTH, http://www.playvid.com/watch/K3lq9tAKj9l, http://www.playvid.com/watch/aMhyRq255jE,
http://www.playvid.com/watch/60cQpdHd4j7, http://www.playvid.com/watch/U3aG-4Gm4Zs, http://www.playvid.com/watch/L6Bm0gBQMsr,
http://www.playvid.com/watch/Pno0jP-2NnV, http://www.playvid.com/watch/XptRF5ePf0I, http://www.playvid.com/watch/-qTAvD2xL-c,
http://www.playvid.com/watch/bItD7LO2Sb-, http://www.playvid.com/watch/GdB2GDwBry4, http://www.playvid.com/watch/vo2NUMMuCUn,
http://www.playvid.com/watch/lEOtnS5bWQM, http://www.playvid.com/watch/aNtjByRTlnG, http://www.playvid.com/watch/00qoMcTOAbj,
http://www.playvid.com/watch/mJfKU07XLs9, http://www.playvid.com/watch/JdphsO6UjsW, http://www.playvid.com/watch/0XnrAdm4FFK,
http://www.playvid.com/watch/ws6joAnT6Hw, http://www.playvid.com/watch/3jtYcDSq8IA, http://www.playvid.com/watch/gQCJRDrVqqh,
http://www.playvid.com/watch/BSkzrsou04K, http://www.playvid.com/watch/8bNUaCJVKU0, http://www.playvid.com/watch/52U8n4u9GsF,
http://www.playvid.com/watch/CSoMGONHYiL, http://www.playvid.com/watch/rBIHgfmthls, http://www.playvid.com/watch/M5hG0i2vWlY,
http://www.playvid.com/watch/tmYkmzO6rMI, http://www.playvid.com/watch/pFakCRYRriO, http://www.playvid.com/watch/I3JHHc6Lzr9,
http://www.playvid.com/watch/UoFCiGOUrva, http://www.playvid.com/watch/d2mtft2oiiD, http://www.playvid.com/watch/6owo4iAsIyH,
http://www.playvid.com/watch/Xg2EFGdRikb, http://www.playvid.com/watch/VJgKXfEbDJk, http://www.playvid.com/watch/N3kLm-ya6Vi,
http://www.playvid.com/watch/DDcNbOZKkXN, http://www.playvid.com/watch/oJG3-0vmjuh, http://www.playvid.com/watch/LLEZrJ8NQro,
http://www.playvid.com/watch/7jf0R6jcoxM, http://www.playvid.com/watch/jEa92RIdPJD, http://www.playvid.com/watch/ndaj-NEz9su,
http://www.playvid.com/watch/nr3G7SOXtg3, http://www.playvid.com/watch/AfngeXVZCTx, http://www.playvid.com/watch/a-IWJUxX9eI,
http://www.playvid.com/watch/NUAvpsd8afc, http://www.playvid.com/watch/L0gEpbm5nvG, http://www.playvid.com/watch/u5MFQVXVdwG,
http://www.playvid.com/watch/6L5Lqi2C-zw, http://www.playvid.com/watch/2uxhyu5EsWX, http://www.playvid.com/watch/SZ5W5IUe5gq,
http://www.playvid.com/watch/DriUyPXh9vo, http://www.playvid.com/watch/Sc40lfoIQXB, http://www.playvid.com/watch/-3LKZZ0CL3Q,
http://www.playvid.com/watch/uWPi6AMUbql, http://www.playvid.com/watch/6DWM2zQCDWj, http://www.playvid.com/watch/pidyggxq43x,
http://www.playvid.com/watch/ZYxZuxvopuT, http://www.playvid.com/watch/MqedWHrTMYk, http://www.playvid.com/watch/GdXY9hJAuIN,
http://www.playvid.com/watch/pIxVh-LIvjW, http://www.playvid.com/watch/BmwB3UDWUKT, http://www.playvid.com/watch/uCC0y5fL03M,
http://www.playvid.com/watch/zkWUyMTnsdO, http://www.playvid.com/watch/hfAGDUh3BNt, http://www.playvid.com/watch/byImlHp9bpU,
http://www.playvid.com/watch/ZcinNcT9FhT, http://www.playvid.com/watch/Nwa0g-tpvl3, http://www.playvid.com/watch/Rf-dh243vp4,
http://www.playvid.com/watch/LVP7jyzhggg, http://www.playvid.com/watch/YTvTtXFY9Jb, http://www.playvid.com/watch/fksP6JKzztX,
http://www.playvid.com/watch/qtL97RfzrH-, http://www.playvid.com/watch/M0qC3VU0HFS, http://www.playvid.com/watch/h4wHDTVlP9B,
http://www.playvid.com/watch/VekC42Bxaqs, http://www.playvid.com/watch/rG-Y0eSInGP, http://www.playvid.com/watch/YcmSZV0GWvy,
http://www.playvid.com/watch/Ii-QcQJNaoV, http://www.playvid.com/watch/B96BitQb9qS, http://www.playvid.com/watch/FPtvQcwvt5G,
http://www.playvid.com/watch/rRCgEZO8XjA, http://www.playvid.com/watch/sC0aq8gFrUG, http://www.playvid.com/watch/-BNciUh6wkS,
http://www.playvid.com/watch/N-UyACs4N9U, http://www.playvid.com/watch/u8V5UDOOmFr, http://www.playvid.com/watch/UKTvUJ8ZdXI,
http://www.playvid.com/watch/ql3XrEEwCV3, http://www.playvid.com/watch/VhBwXxs6jY8, http://www.playvid.com/watch/wM3UtPKedgh,
http://www.playvid.com/watch/Q5l9GL6imOT, http://www.playvid.com/watch/bexFEo-q7fn, http://www.playvid.com/watch/49Lw2G0tu5O,
http://www.playvid.com/watch/mq3UOfpTBDn, http://www.playvid.com/watch/lXQe2exPtj6, http://www.playvid.com/watch/FlL-UKl7-5d,
http://www.playvid.com/watch/nhDeT2f-Qyz, http://www.playvid.com/watch/bXZmt03HVCP, http://www.playvid.com/watch/Y7qlr6gIBbs,
http://www.playvid.com/watch/gkBpLgSDDCH, http://www.playvid.com/watch/AkcN0dBpcUn, http://www.playvid.com/watch/lxddD2vBCR0,
http://www.playvid.com/watch/8MkLzrpBeK3, http://www.playvid.com/watch/zSZNYjDt0Gw, http://www.playvid.com/watch/LRqtGrARKkW,
http://www.playvid.com/watch/QN6EIW84Q0a, http://www.playvid.com/watch/TdRObrG5Yu4, http://www.playvid.com/watch/t76No4wqVlN,
http://www.playvid.com/watch/cpkRI9CdZTI, http://www.playvid.com/watch/mLXCVR59chT, http://www.playvid.com/watch/HPPeW3lwAaI,
http://www.playvid.com/watch/ijIdxgCwCtU, http://www.playvid.com/watch/rApQIdDe6CB, http://www.playvid.com/watch/Z5XpyZ8YBuC,
http://www.playvid.com/watch/vNAAV4bmVXw, http://www.playvid.com/watch/7aauNCDMKU3, http://www.playvid.com/watch/9VeibGmdK2a,
http://www.playvid.com/watch/Hcx9g7JbkDA, http://www.playvid.com/watch/Hg4eLc6fpUu, http://www.playvid.com/watch/fKLFssidMwf,
http://www.playvid.com/watch/RjOOJKCKTmm, http://www.playvid.com/watch/6PSYkNpWxU7, http://www.playvid.com/watch/Eib-MksnJuv,
http://www.playvid.com/watch/xCbWonuTSKj, http://www.playvid.com/watch/Dn92m0HLpTN, http://www.playvid.com/watch/eT9pTv59g9w,
http://www.playvid.com/watch/tCgbXvE5fhA, http://www.playvid.com/watch/oACQIbtBGi5, http://www.playvid.com/watch/qEulqgKxAuR,
http://www.playvid.com/watch/djQaxW6ONnC, http://www.playvid.com/watch/EUNyzoy3gii, http://www.playvid.com/watch/jmCO8vEYkud,
http://www.playvid.com/watch/Kkjw-9-haNE, http://www.playvid.com/watch/Loy-lVaHhug, http://www.playvid.com/watch/zPVtJreNnLp,
http://www.playvid.com/watch/HXlaMVcWH2c, http://www.playvid.com/watch/6G58VwzMbaH, http://www.playvid.com/watch/8rmggvaBjx8,
http://www.playvid.com/watch/ayg8nOiE58E, http://www.playvid.com/watch/DinolPeMBNO, http://www.playvid.com/watch/-G6-Uvkv-GS,
http://www.playvid.com/watch/O3epkvIsjH8, http://www.playvid.com/watch/jcH9MMOzrjP, http://www.playvid.com/watch/pmrZOICvraI,
http://www.playvid.com/watch/4rj0Bh0W3tY, http://www.playvid.com/watch/NfJ2lxlA9UP, http://www.playvid.com/watch/QbFkgr3ymVu,
http://www.playvid.com/watch/nS-3fykoopI, http://www.playvid.com/watch/EQRLi87ClG2, http://www.playvid.com/watch/6odDenz-ZlB,
http://www.playvid.com/watch/h56Uymbv9Kh, http://www.playvid.com/watch/QTBY7Lgdov2, http://www.playvid.com/watch/tuP4p3nzkJj,
http://www.playvid.com/watch/DBvc9vprK0v, http://www.playvid.com/watch/IvjB9g6J-UD, http://www.playvid.com/watch/xQmPDEvKavR,
http://www.playvid.com/watch/kg3dWuteacb, http://www.playvid.com/watch/oKuQV3QVPCC, http://www.playvid.com/watch/CTdBRp-Dnhb,
http://www.playvid.com/watch/VITy0gH3yAy, http://www.playvid.com/watch/0LZNrIcRYMY, http://www.playvid.com/watch/TexvxYiif4N,
http://www.playvid.com/watch/G0cz5LAugBd, http://www.playvid.com/watch/OXUkQ0bZ2nF, http://www.playvid.com/watch/perWziY9nC4,
http://www.playvid.com/watch/npQnJX0v56R, http://www.playvid.com/watch/MABOZeSADmX, http://www.playvid.com/watch/Eppv0Xo-3Yz,
http://www.playvid.com/watch/FAqL6AsXfzi, http://www.playvid.com/watch/MA2THUjmFsk, http://www.playvid.com/watch/4SlbDSeKZa8,
http://www.playvid.com/watch/xq5VKaD-ELx, http://www.playvid.com/watch/VsxzFFDcJke, http://www.playvid.com/watch/GVy9SrXewdw,
http://www.playvid.com/watch/OnD5HcW0aQT, http://www.playvid.com/watch/NUBmhxPShbT, http://www.playvid.com/watch/TdkBTIbqrFs,
http://www.playvid.com/watch/C49xDyIvpbG, http://www.playvid.com/watch/axIT8TcdU5Z, http://www.playvid.com/watch/R2o8hlYr6X0,
http://www.playvid.com/watch/4P3PNbvLAjN, http://www.playvid.com/watch/IKdWXbZeuJ-, http://www.playvid.com/watch/fQt-5fcKZaa,
http://www.playvid.com/watch/JHcMsohvArn, http://www.playvid.com/watch/PzT99pZsBvL, http://www.playvid.com/watch/TL892gKhXyI,
http://www.playvid.com/watch/f7SXlL7mnAZ, http://www.playvid.com/watch/ZQ0OgOjRbHc, http://www.playvid.com/watch/eFSmZXGzKKd,
http://www.playvid.com/watch/eK8F-ppsm9c, http://www.playvid.com/watch/fO0R42FW8gQ, http://www.playvid.com/watch/OnJq8uTYSzu,
http://www.playvid.com/watch/FK5ac393V9p, http://www.playvid.com/watch/nqjFU7uw2EU, http://www.playvid.com/watch/zgbldXGNjku,
http://www.playvid.com/watch/05vsblYs8ta, http://www.playvid.com/watch/HGkqq8QCq2D, http://www.playvid.com/watch/LhmJL77AYnM,
http://www.playvid.com/watch/JBaSa5X3aN5, http://www.playvid.com/watch/uzqOjytWbfy, http://www.playvid.com/watch/ojdtAmBagUV,
http://www.playvid.com/watch/WDPztKMCksg, http://www.playvid.com/watch/wPBg6B4xIen, http://www.playvid.com/watch/e5ck462Vysr,
http://www.playvid.com/watch/micUdwairyi, http://www.playvid.com/watch/knnGpFC-txf, http://www.playvid.com/watch/9fXHNy3E90b,
http://www.playvid.com/watch/BlI9HHhwNcu, http://www.playvid.com/watch/xyLfOHQ-hbZ, http://www.playvid.com/watch/QZhD3C6jvCm,
http://www.playvid.com/watch/sFHFYny5J-8, http://www.playvid.com/watch/Z3nNrfRg9ee, http://www.playvid.com/watch/NYH-uYOcsJh,
http://www.playvid.com/watch/EFAnzl8PlQq, http://www.playvid.com/watch/PzuSnu3Fbxc, http://www.playvid.com/watch/MyKYqHkN9Zb,
http://www.playvid.com/watch/NVrjaswvxUP, http://www.playvid.com/watch/zL8kcjyxtCO, http://www.playvid.com/watch/AswuEwnXlPv,
http://www.playvid.com/watch/IlTgLS6zuxX, http://www.playvid.com/watch/vaGFqWINhF2, http://www.playvid.com/watch/S4tI7-qo8V-,
http://www.playvid.com/watch/-khIr4MWKaT, http://www.playvid.com/watch/Ek33gvX5GVn, http://www.playvid.com/watch/-pZzBae8VdI,
http://www.playvid.com/watch/dwdjs0KAEqR, http://www.playvid.com/watch/h0LnxydzFee, http://www.playvid.com/watch/MHbsspILY78,
http://www.playvid.com/watch/POC-haMb9dR, http://www.playvid.com/watch/tSZrQbIfxBf, http://www.playvid.com/watch/CkL77TyFFgB,
http://www.playvid.com/watch/MEndtBB8QUR, http://www.playvid.com/watch/G87sL6rtBCV, http://www.playvid.com/watch/OXXAZBbqy5A,
http://www.playvid.com/watch/u6ljyL3YUfY, http://www.playvid.com/watch/Dq9eJhLunyL, http://www.playvid.com/watch/C8Cp20lCNmA,
http://www.playvid.com/watch/vAPxRYUTKoy, http://www.playvid.com/watch/GfbJ0NMaWeX, http://www.playvid.com/watch/-Uzdflx5cUr,
http://www.playvid.com/watch/s4yD7gRI4Py, http://www.playvid.com/watch/iDlGy3MsmMA, http://www.playvid.com/watch/4BeULDt4puy,
http://www.playvid.com/watch/bPgnGivIYI7, http://www.playvid.com/watch/-VOsn95Rh7r, http://www.playvid.com/watch/yT07LpmWjYj,
http://www.playvid.com/watch/2juyyes2ONk, http://www.playvid.com/watch/cJFLYKnMDHA, http://www.playvid.com/watch/ceCoKkvS-0b,
http://www.playvid.com/watch/Ztb0uAQ0POq, http://www.playvid.com/watch/Or3PTmnwo5L, http://www.playvid.com/watch/vkEpMG9Ztl3,
http://www.playvid.com/watch/qh4xHAGsAne, http://www.playvid.com/watch/h7nYoLa-bJP, http://www.playvid.com/watch/F30bW7aEvxa,
http://www.playvid.com/watch/Prw85jKuOyD, http://www.playvid.com/watch/PKP2ir73TyH, http://www.playvid.com/watch/iOHTdD8Vcmq,
http://www.playvid.com/watch/DCeXIuGG2Y8, http://www.playvid.com/watch/JRKEdp3v9Jr, http://www.playvid.com/watch/ow7FY6bucXj,
http://www.playvid.com/watch/YS6BNofsCHp, http://www.playvid.com/watch/bYnqHd9JvqN, http://www.playvid.com/watch/lDvZLtZoab4,
http://www.playvid.com/watch/OK6uHtAJCpl, http://www.playvid.com/watch/NcgDdepTU5B, http://www.playvid.com/watch/AfQa53AlTlb,
http://www.playvid.com/watch/4vxuTWMGFKV, http://www.playvid.com/watch/mN5h6UIL724, http://www.playvid.com/watch/Yen2O2szCnw,
http://www.playvid.com/watch/RKbMiJ65fla, http://www.playvid.com/watch/qMhU8JM7Jny, http://www.playvid.com/watch/9h5mlEonkNs,
http://www.playvid.com/watch/WYF0dQ7uH3C, http://www.playvid.com/watch/wgIXeDPxwl6, http://www.playvid.com/watch/PNcAKhoB85x,
http://www.playvid.com/watch/ayis0Rg6l-P, http://www.playvid.com/watch/SwO6WJKPA76, http://www.playvid.com/watch/-ZZtYWfA6S5,
http://www.playvid.com/watch/7ObvhDCKolU, http://www.playvid.com/watch/8NeGwRrQ4zJ, http://www.playvid.com/watch/G4IdDiGcUJg,
http://www.playvid.com/watch/Sd94rzM7dNF, http://www.playvid.com/watch/CpGX8c0Nw5j, http://www.playvid.com/watch/ngRGim0jzgn,

http://www.playvid.com/watch/nx02NMLPQKR, http://www.playvid.com/watch/6pGE3Nom8pO, http://www.playvid.com/watch/-f2FEizFIMk,
http://www.playvid.com/watch/56v6dHGg0gf, http://www.playvid.com/watch/QPawKQwH2HE, http://www.playvid.com/watch/GQQHvxgcpLb,
http://www.playvid.com/watch/MkyZ8p5sIEz, http://www.playvid.com/watch/yM8LubxFDFg, http://www.playvid.com/watch/wpfV9bMFVX2,
http://www.playvid.com/watch/7b3iTZhGR4b, http://www.playvid.com/watch/D9iDbYHjWLV, http://www.playvid.com/watch/QjYBSR3JBhm,
http://www.playvid.com/watch/EdeLCugiFR0, http://www.playvid.com/watch/x29agcxJQ3F, http://www.playvid.com/watch/OSWKCH78pFk,
http://www.playvid.com/watch/5-8hRGis74R, http://www.playvid.com/watch/rZtuEd0YRBS, http://www.playvid.com/watch/Gm8HntSZhDu,
http://www.playvid.com/watch/oaQbRgQeNOP, http://www.playvid.com/watch/8g3gssYg3Ec, http://www.playvid.com/watch/RQdQwewJwi9,
http://www.playvid.com/watch/bPCZgWkpNOF, http://www.playvid.com/watch/f3Wdda9Yvaq, http://www.playvid.com/watch/f4ymx4BnZ6d,
http://www.playvid.com/watch/40oyZFjoTKX, http://www.playvid.com/watch/4fqaBcaVoGP, http://www.playvid.com/watch/EvpM59SgkRz,
http://www.playvid.com/watch/AGhatTh3Iu3, http://www.playvid.com/watch/jpKBd32isPT, http://www.playvid.com/watch/HYw5EGslUFy,
http://www.playvid.com/watch/6S-8vAULSMl, http://www.playvid.com/watch/Pqs9H5T9S9U, http://www.playvid.com/watch/lunLIU05oXC,
http://www.playvid.com/watch/Z9qI-UNfTU2, http://www.playvid.com/watch/okwytrTshLi, http://www.playvid.com/watch/CMkgXNVwNrp,
http://www.playvid.com/watch/HtdMpbQU5zM, http://www.playvid.com/watch/jEa74MmogUw, http://www.playvid.com/watch/Z9oexzI3sJ8,
http://www.playvid.com/watch/jyOmmpaFNMv, http://www.playvid.com/watch/qDnKPKUSS-Z, http://www.playvid.com/watch/eEUGmDoXwT5,
http://www.playvid.com/watch/-VjVbqoQeNW, http://www.playvid.com/watch/E8BSkOnkYTG, http://www.playvid.com/watch/43jp2GnqgVt,
http://www.playvid.com/watch/S3-M5fJRerk, http://www.playvid.com/watch/R-xgyHRenHR, http://www.playvid.com/watch/MGhpUzU8Ri8,
http://www.playvid.com/watch/cZyG-vPaiki, http://www.playvid.com/watch/mou5fH2wiMn, http://www.playvid.com/watch/CHWuYQCwXqO,
http://www.playvid.com/watch/r-WyFvWPTVw, http://www.playvid.com/watch/I64Aj5Fv5G5, http://www.playvid.com/watch/eC7aDhDZ8zh,
http://www.playvid.com/watch/KH428N4G7rI, http://www.playvid.com/watch/iwcvy46VuGQ, http://www.playvid.com/watch/ix3wPGEFX85,
http://www.playvid.com/watch/RciR9LMrNIu, http://www.playvid.com/watch/8skCR7Wbddn, http://www.playvid.com/watch/jXgvH6dHn9J,
http://www.playvid.com/watch/RJl0ME6Hw3A, http://www.playvid.com/watch/hzDMZIy-7CD, http://www.playvid.com/watch/WvU5io0K8zJ,
http://www.playvid.com/watch/hsjs08RqVZp, http://www.playvid.com/watch/m2X80-yh7FW, http://www.playvid.com/watch/imqFLDPRh2o,
http://www.playvid.com/watch/CLuIKn3fEgN, http://www.playvid.com/watch/8d9vqbRjPJm, http://www.playvid.com/watch/44zSiFrhCZR,
http://www.playvid.com/watch/HqzCvuIFcdy, http://www.playvid.com/watch/JmQy0Fa30F6, http://www.playvid.com/watch/NNxruf-a0bk,
http://www.playvid.com/watch/QABXLHTGeEr, http://www.playvid.com/watch/4yNDmkgdFH3, http://www.playvid.com/watch/jDM-pz5bGLa,
http://www.playvid.com/watch/YA-WGsSnRxP, http://www.playvid.com/watch/r9I0lQCCtCT, http://www.playvid.com/watch/Lp-Sy4pjPcL,
http://www.playvid.com/watch/WKzolzzTH2f, http://www.playvid.com/watch/DBznQ3EaKQq, http://www.playvid.com/watch/j9mMYPxeqHj,
http://www.playvid.com/watch/RigEQKQsQVz, http://www.playvid.com/watch/6YzlNBHIe3i, http://www.playvid.com/watch/VTFjmbDn9mc,
http://www.playvid.com/watch/peC6ASogzUY, http://www.playvid.com/watch/sJiFITJlPgr, http://www.playvid.com/watch/VncMjRMo7Ai,
http://www.playvid.com/watch/MOQPUyYqGTN, http://www.playvid.com/watch/8ckaK7wdrEm, http://www.playvid.com/watch/bPtURJ5SqB8,
http://www.playvid.com/watch/Un6eUP4abEV, http://www.playvid.com/watch/LX3Bql8Jbwc, http://www.playvid.com/watch/WXPt-8zy-Tf,
http://www.playvid.com/watch/ObzIkdHV5ZC, http://www.playvid.com/watch/tcQJGIw2Iiu, http://www.playvid.com/watch/Ucy0uEaQIW8,
http://www.playvid.com/watch/MhAGQozn8zb, http://www.playvid.com/watch/rU36mVUXlKC, http://www.playvid.com/watch/ibxYhWjEWXA,
http://www.playvid.com/watch/d2o0ycrpLi9, http://www.playvid.com/watch/zLHU9bLnmPD, http://www.playvid.com/watch/lFyT2C6ZkZ0,
http://www.playvid.com/watch/wkvuOGWkvV0, http://www.playvid.com/watch/ncpezUvoY4q, http://www.playvid.com/watch/uio20jMtnlf,
http://www.playvid.com/watch/z8smUIvxxWw, http://www.playvid.com/watch/Z9yYHaXv673, http://www.playvid.com/watch/GPuO5DWFvBO,
http://www.playvid.com/watch/AjOuDmYYcgh, http://www.playvid.com/watch/JV--84hGymT, http://www.playvid.com/watch/aTeZJaitO-g,
http://www.playvid.com/watch/U5RLyQPET4a, http://www.playvid.com/watch/TIH-ranGbtS, http://www.playvid.com/watch/N9EHwz8HfQ3,
http://www.playvid.com/watch/YZt9KFzLJZ0, http://www.playvid.com/watch/pLOfQKdS7-g, http://www.playvid.com/watch/adPnHosoI2d,
http://www.playvid.com/watch/oO2yUf40Vi0, http://www.playvid.com/watch/QA8Qo9ynaKm, http://www.playvid.com/watch/5GPYJntt-KB,
http://www.playvid.com/watch/fVKzsA9UMoA, http://www.playvid.com/watch/GWD2c9w5qjN, http://www.playvid.com/watch/3uh4ZbqbUJo,
http://www.playvid.com/watch/fpg9XnjA5OV, http://www.playvid.com/watch/zWoom8XjTWK, http://www.playvid.com/watch/8R2c0GhHco7,
http://www.playvid.com/watch/aKjCc6Rz3uV, http://www.playvid.com/watch/ytwQvQEaaOF, http://www.playvid.com/watch/YBxYyvTJJPN,
http://www.playvid.com/watch/iX7T9y5oNvv, http://www.playvid.com/watch/ghK4dS9beMW, http://www.playvid.com/watch/tENS5YyJdln,
http://www.playvid.com/watch/X5-uDhOOcnb, http://www.playvid.com/watch/zJOKJVPDVqy, http://www.playvid.com/watch/-RCF9TXKN5G,
http://www.playvid.com/watch/-9jn6H7XUVj, http://www.playvid.com/watch/b6PVPywKl8A, http://www.playvid.com/watch/WyRGOHy6Mx-,
http://www.playvid.com/watch/NmsBEJujz8o, http://www.playvid.com/watch/vm5RnH8nwDA, http://www.playvid.com/watch/7XSiRUsut2R,
http://www.playvid.com/watch/bj2NIN-i60y, http://www.playvid.com/watch/ZpBBkJYIS0O, http://www.playvid.com/watch/YLxoFfMuz6t,
http://www.playvid.com/watch/XSDRZLG7K7L, http://www.playvid.com/watch/qtF2TbAdzgi, http://www.playvid.com/watch/BdTbNP0H8H9,
http://www.playvid.com/watch/3D3agXdFZqk, http://www.playvid.com/watch/jJneu4dk3h8, http://www.playvid.com/watch/PDXIeQiEDgy,
http://www.playvid.com/watch/a4iTVlyKtkL, http://www.playvid.com/watch/XxnpVknAgwk, http://www.playvid.com/watch/K8mHqOOYAVz,
http://www.playvid.com/watch/V6vQd3qhDqE, http://www.playvid.com/watch/N8GpdPXYuHj, http://www.playvid.com/watch/W7SYi0ZkwGu,
http://www.playvid.com/watch/zs-DWMQ8dno, http://www.playvid.com/watch/gDTIRNzZgKx, http://www.playvid.com/watch/dBdbWJ8Z5eC,
http://www.playvid.com/watch/n5HoyH2lmpJ, http://www.playvid.com/watch/8CrLPM5kcEZ, http://www.playvid.com/watch/PmHAAvP9-K0,
http://www.playvid.com/watch/OXnfvyjLJZX, http://www.playvid.com/watch/ivJVU2UOzLc, http://www.playvid.com/watch/6Yo2hi3aROy,
http://www.playvid.com/watch/2v8DnmBgBwK, http://www.playvid.com/watch/uvQYj9rayhM, http://www.playvid.com/watch/JiNFaNJ0PuK,
http://www.playvid.com/watch/5Q-3hKZCxs2, http://www.playvid.com/watch/2bNdG0OkbGf, http://www.playvid.com/watch/PaNDTyLCIET,
http://www.playvid.com/watch/IUjo4PzwKBn, http://www.playvid.com/watch/cgvsbpK3EIF, http://www.playvid.com/watch/WPWeg2c2Iup,
http://www.playvid.com/watch/5C58QZfZj8h, http://www.playvid.com/watch/JRbRHZYvo4b, http://www.playvid.com/watch/yFMh8o2SAam,
http://www.playvid.com/watch/CYHs-x77Jq7, http://www.playvid.com/watch/jeTVvLIIcu0, http://www.playvid.com/watch/2RBnh7zv7A7,
http://www.playvid.com/watch/pw7nmUL7Yru, http://www.playvid.com/watch/8iKtRhUWKZy, http://www.playvid.com/watch/HiN3LVm-Q8h,
http://www.playvid.com/watch/i7goJ4D3e-n, http://www.playvid.com/watch/u-zTGJUIv3h, http://www.playvid.com/watch/htur-sORGnh,
http://www.playvid.com/watch/wICir65DYzk, http://www.playvid.com/watch/oQIhUckcQrD, http://www.playvid.com/watch/KV3xssbjRVg,
http://www.playvid.com/watch/xvHXEMZi8Ht, http://www.playvid.com/watch/BpNIKfFoFV3, http://www.playvid.com/watch/zYtliHXQLlu,
http://www.playvid.com/watch/KMAnZH-KAw2, http://www.playvid.com/watch/9OLW8IjLZgL, http://www.playvid.com/watch/zgeG36yNEcL,
http://www.playvid.com/watch/KW4NMm-Jrql, http://www.playvid.com/watch/jUkTQM7KNKH, http://www.playvid.com/watch/nRrPjT-z7-F,
http://www.playvid.com/watch/TK3IG95boll, http://www.playvid.com/watch/VZlkznUe2uu, http://www.playvid.com/watch/Skl-TAZAwtP,
http://www.playvid.com/watch/DUedv0oruhV, http://www.playvid.com/watch/S8RcCBcqmBm, http://www.playvid.com/watch/IDSXXs6cKAU,
http://www.playvid.com/watch/UH75upVsy8T, http://www.playvid.com/watch/hcrdBugjcPG, http://www.playvid.com/watch/pH6XRferoOf,
http://www.playvid.com/watch/FHXVVhVTtmW, http://www.playvid.com/watch/AKE-8H3anAU, http://www.playvid.com/watch/IQDRvGb2Id3,
http://www.playvid.com/watch/WKc5hZcGVzi, http://www.playvid.com/watch/YCkry8UV0fw, http://www.playvid.com/watch/q3JCGnKqPRT,
http://www.playvid.com/watch/cQYUEoiwy-r, http://www.playvid.com/watch/tmFqFxB4ceN, http://www.playvid.com/watch/wU-6zCaAVum,
http://www.playvid.com/watch/Sbu7apcBwgQ, http://www.playvid.com/watch/CjC76S5TmOx, http://www.playvid.com/watch/HMUAv8PguEi,
http://www.playvid.com/watch/eiBZK0eEnqp, http://www.playvid.com/watch/Rbic5k6Vkgk, http://www.playvid.com/watch/X-28NlzJryw,
http://www.playvid.com/watch/YEdb7RASeGh, http://www.playvid.com/watch/VR5icJpEdpe, http://www.playvid.com/watch/LhzaKuK4Btr,
http://www.playvid.com/watch/gtb6a9mgJrR, http://www.playvid.com/watch/9MWkhftFQPH, http://www.playvid.com/watch/pYtyJwoUkRU,
http://www.playvid.com/watch/yFys6QPJJ5-, http://www.playvid.com/watch/JKZ-9HeenYF, http://www.playvid.com/watch/VVxWsTBcwH0,
http://www.playvid.com/watch/MkuUhg874bP, http://www.playvid.com/watch/BkYlxSViuxJ, http://www.playvid.com/watch/pARHA8bx-8w,
http://www.playvid.com/watch/pMLkOMBWj6q, http://www.playvid.com/watch/Ix2GphgLpAT, http://www.playvid.com/watch/QWU6pO8Rw7X,
http://www.playvid.com/watch/djD9OUwwcUE, http://www.playvid.com/watch/F8UtxFcuk8u, http://www.playvid.com/watch/PIhXhNRX0vD,
http://www.playvid.com/watch/l9gmlXf9Il8, http://www.playvid.com/watch/PBmTqmBJTDL, http://www.playvid.com/watch/P3YDTMtdMV6,
http://www.playvid.com/watch/xpOnwUyPiV9, http://www.playvid.com/watch/TgSf8D9vS6x, http://www.playvid.com/watch/dZLFslCjgNy,
http://www.playvid.com/watch/Lnz4E0eY9Bp, http://www.playvid.com/watch/erthE2qeuiH, http://www.playvid.com/watch/n89h3YawL2o,
http://www.playvid.com/watch/JyLsDy8vnrc, http://www.playvid.com/watch/B0T7rm2rxmj, http://www.playvid.com/watch/29g2gSyUJDV,
http://www.playvid.com/watch/b0gLELFOVQY, http://www.playvid.com/watch/EPSr9v9EPGT, http://www.playvid.com/watch/-FCzLp2BhBf,
http://www.playvid.com/watch/5CoClCpBM2n, http://www.playvid.com/watch/g2LsN3dW8fC, http://www.playvid.com/watch/jD46C3xi3Fj,
http://www.playvid.com/watch/Z6IekehckdL, http://www.playvid.com/watch/cht0FqMdvWn, http://www.playvid.com/watch/el4JeK0sTVX,
http://www.playvid.com/watch/KCSWjM8RlJm, http://www.playvid.com/watch/-jzTZBO3iNG, http://www.playvid.com/watch/QNDFc2-rkmJ,
http://www.playvid.com/watch/IHE07Vk6qU5, http://www.playvid.com/watch/AduPF9IYpIA, http://www.playvid.com/watch/YREkY7e4EXl,
http://www.playvid.com/watch/9aJRuAaRoGf, http://www.playvid.com/watch/Y4UxJ223wtI, http://www.playvid.com/watch/jziHJmvka26,
http://www.playvid.com/watch/HtUCvCbSse-, http://www.playvid.com/watch/3Qznvz2RbYb, http://www.playvid.com/watch/MnGSRtW3LlF,
http://www.playvid.com/watch/KrVrLAeFJLQ, http://www.playvid.com/watch/vCBNjKaxsQf, http://www.playvid.com/watch/cIiMCbEVxpR,
http://www.playvid.com/watch/24GNDALUAN8, http://www.playvid.com/watch/ofgg0RGmhBj, http://www.playvid.com/watch/Us4bUD2yhy4,
http://www.playvid.com/watch/zfUJZclZc50, http://www.playvid.com/watch/UdSt9yfKqYQ, http://www.playvid.com/watch/r8k6pjR6HzF,
http://www.playvid.com/watch/H0ae78qoTjf, http://www.playvid.com/watch/taSrSc7wkU7, http://www.playvid.com/watch/vg-WgKmB4QL,
http://www.playvid.com/watch/xU7aIQnKpYe, http://www.playvid.com/watch/pPzr3bUi-fz, http://www.playvid.com/watch/jaFEASpIHkO,

http://www.playvid.com/watch/UTb9fWfRyv-, http://www.playvid.com/watch/fUoqfB3Xv9N, http://www.playvid.com/watch/dRlPbXE43CA,
http://www.playvid.com/watch/x302iIbkeqH, http://www.playvid.com/watch/3TkvE8i0-D5, http://www.playvid.com/watch/krw34omNuhh,
http://www.playvid.com/watch/pghrZ5-7-AQ, http://www.playvid.com/watch/97Num4FCXJx, http://www.playvid.com/watch/WBTQxzXEHTB,
http://www.playvid.com/watch/KguONrg3E50, http://www.playvid.com/watch/ChZAT-aiD04, http://www.playvid.com/watch/GDfQ0HbjTbs,
http://www.playvid.com/watch/v6zc8DUPdKt, http://www.playvid.com/watch/SnQcYD3OsCd, http://www.playvid.com/watch/r77luOpIWkN,
http://www.playvid.com/watch/keSfih8xrbU, http://www.playvid.com/watch/8qVX-RgOboo, http://www.playvid.com/watch/KeSS7mYt24u,
http://www.playvid.com/watch/H3F6fgWgxTa, http://www.playvid.com/watch/TB0RxLJ2PxP, http://www.playvid.com/watch/7QXsTInmPSP,
http://www.playvid.com/watch/xpU2hraFtGD, http://www.playvid.com/watch/LlBlS7T2Zm5, http://www.playvid.com/watch/7M-YeZWLbZ6,
http://www.playvid.com/watch/oryLsz9jHdK, http://www.playvid.com/watch/6eq2tSR-6Nm, http://www.playvid.com/watch/xK0OcY5MD4Y,
http://www.playvid.com/watch/hjlEbMBOJvk, http://www.playvid.com/watch/FH5XFHKQtds, http://www.playvid.com/watch/ICIDQKTTyav,
http://www.playvid.com/watch/G8H7jnqqjbg, http://www.playvid.com/watch/Cm7Db2VU3vH, http://www.playvid.com/watch/-TYrT57Uleq,
http://www.playvid.com/watch/Bxbc9MqXxjz, http://www.playvid.com/watch/WmFN-WRLPsj, http://www.playvid.com/watch/nmFfnmQ5wX7,
http://www.playvid.com/watch/6souPOWPsLy, http://www.playvid.com/watch/UlZkLsfYhQ5, http://www.playvid.com/watch/9eyfTm6kBik,
http://www.playvid.com/watch/athUqhMmaRl, http://www.playvid.com/watch/PsQ3Z3s5cB8, http://www.playvid.com/watch/S9fsprSBXpq,
http://www.playvid.com/watch/BwKF0dvSW6L, http://www.playvid.com/watch/nIfPb808yre, http://www.playvid.com/watch/unlSv8AMuSL,
http://www.playvid.com/watch/GSmogAyOFpg, http://www.playvid.com/watch/YGcuSIeIhQ0, http://www.playvid.com/watch/UD0M9bfkpqP,
http://www.playvid.com/watch/tq5OMtCoyIg, http://www.playvid.com/watch/TvmHnNH84uv, http://www.playvid.com/watch/k-98fP3NDNX,
http://www.playvid.com/watch/76Qf6wsmDXS, http://www.playvid.com/watch/4--PMuBScWB, http://www.playvid.com/watch/7yYDBJz0HrO,
http://www.playvid.com/watch/5ffjRglOwV-, http://www.playvid.com/watch/V57txmNFaDV, http://www.playvid.com/watch/cfwNzWdwumU,
http://www.playvid.com/watch/BbjQMYWp6-G, http://www.playvid.com/watch/fC6BEqDUgwg, http://www.playvid.com/watch/GtyQb5qF8cV,
http://www.playvid.com/watch/DLUADpYypdg, http://www.playvid.com/watch/cWeLiykXqbq, http://www.playvid.com/watch/7lrEsbHJ34l,
http://www.playvid.com/watch/KqhIO9UAcmN, http://www.playvid.com/watch/FvEHDZ8JJQW, http://www.playvid.com/watch/0YZUagy0IXR,
http://www.playvid.com/watch/4VPpjD7EAw1, http://www.playvid.com/watch/kfcardxpb-k, http://www.playvid.com/watch/TVrMWD1tWFS,
http://www.playvid.com/watch/HC1-V03jCuc, http://www.playvid.com/watch/4CFHXfkIMhG, http://www.playvid.com/watch/oIlXNSKL8-F,
http://www.playvid.com/watch/lptfonbSoM-, http://www.playvid.com/watch/mqBW016vnWr, http://www.playvid.com/watch/EH2UZHjvm5n,
http://www.playvid.com/watch/rIFzdGcMi3H, http://www.playvid.com/watch/YCTXM4G5oRp, http://www.playvid.com/watch/2ht8cdyc6D3,
http://www.playvid.com/watch/bH7-ukA3SBO, http://www.playvid.com/watch/ZKKo1RHVEAQ, http://www.playvid.com/watch/LaVxaXb-BvE,
http://www.playvid.com/watch/E6mQT1YAaMu, http://www.playvid.com/watch/9RywyrAVe2E, http://www.playvid.com/watch/T96uKnQRbui,
http://www.playvid.com/watch/AfaEYgLKSgx, http://www.playvid.com/watch/NJLZOGYc9TW, http://www.playvid.com/watch/9QpC5QrAvVO,
http://www.playvid.com/watch/bfLtm65Ja2-, http://www.playvid.com/watch/3cIetptM6cd, http://www.playvid.com/watch/rowNb00PiRS,
http://www.playvid.com/watch/945bcKGNs-a, http://www.playvid.com/watch/Ahv1pgvxSzP, http://www.playvid.com/watch/vVIkSo5Lsoz,
http://www.playvid.com/watch/3iqAR0k5yXc, http://www.playvid.com/watch/Dzf3JYjPIEy, http://www.playvid.com/watch/gydssRd34AR,
http://www.playvid.com/watch/JNdk9Wm37Fr, http://www.playvid.com/watch/jytgMfniTtv, http://www.playvid.com/watch/GvYLtjHC6hO,
http://www.playvid.com/watch/6H2a9Cc1bZq, http://www.playvid.com/watch/37jxMwF3Ehr, http://www.playvid.com/watch/REGmqxau7J9,
http://www.playvid.com/watch/UlhtMMn5uJR, http://www.playvid.com/watch/ImmoinMDPJ4, http://www.playvid.com/watch/R86rMX1RQaZ,
http://www.playvid.com/watch/AU-aQcA3njy, http://www.playvid.com/watch/un3y7dvujbq, http://www.playvid.com/watch/psqMIMX9G91,
http://www.playvid.com/watch/LLlZXYrX9Y3, http://www.playvid.com/watch/xU1JwYOFuuh, http://www.playvid.com/watch/Yx2E8yNqJiP,
http://www.playvid.com/watch/A3XL8xIWmau, http://www.playvid.com/watch/KacQttY6ei6, http://www.playvid.com/watch/-xlBJOORqpJ,
http://www.playvid.com/watch/BtBKGtlAs6q, http://www.playvid.com/watch/8NLZPz8f9rh, http://www.playvid.com/watch/rBBre5BeO5d,
http://www.playvid.com/watch/wQr6Zxdmgik, http://www.playvid.com/watch/xtBCNpO6Tw7, http://www.playvid.com/watch/KOTRBwVK73h,
http://www.playvid.com/watch/Q35MZcboiH-, http://www.playvid.com/watch/B3PUeXXeBIc, http://www.playvid.com/watch/PWjmm1rvasL,
http://www.playvid.com/watch/Qjv5fZJbEWv, http://www.playvid.com/watch/9kyYCHHf3Oy, http://www.playvid.com/watch/xDCebIreAyQ,
http://www.playvid.com/watch/Zzvp-OZdkgt, http://www.playvid.com/watch/LFtRnY4XWLe, http://www.playvid.com/watch/rcg8Bb6IPF5,
http://www.playvid.com/watch/R8jtiRoUUoM, http://www.playvid.com/watch/zHhQZ-jygPa, http://www.playvid.com/watch/DahTBPxXrT8,
http://www.playvid.com/watch/n0ujVP6drYG, http://www.playvid.com/watch/omQIZGZFOs5, http://www.playvid.com/watch/r6oy4Pxtt4j,
http://www.playvid.com/watch/Q8uTMWP4dff, http://www.playvid.com/watch/CMQ1zC3VVC8, http://www.playvid.com/watch/MDZnnaZw6GR,
http://www.playvid.com/watch/YWTUD9WREz7, http://www.playvid.com/watch/7IPk98LlXIf, http://www.playvid.com/watch/alc15av-6dA,
http://www.playvid.com/watch/CxvXFiLWO8k, http://www.playvid.com/watch/tU1H4SPvvUj, http://www.playvid.com/watch/dQKlEO70UG3,
http://www.playvid.com/watch/Q01R3i-fHMU, http://www.playvid.com/watch/ZdXKdvutsr0, http://www.playvid.com/watch/pd3rnxcQ56A,
http://www.playvid.com/watch/4SQzMHV1kEi, http://www.playvid.com/watch/uUbC3rYshUO, http://www.playvid.com/watch/FiOkBvhe_BA,
http://www.playvid.com/watch/SbSzWSpqz1N, http://www.playvid.com/watch/MtadjyW3BbH, http://www.playvid.com/watch/inGySFojNgR,
http://www.playvid.com/watch/xPvYor15KHa, http://www.playvid.com/watch/H3Oz6oBnUfI, http://www.playvid.com/watch/w-4v0c7UVsj,
http://www.playvid.com/watch/exBkdo3xjR6, http://www.playvid.com/watch/a9HDA5JTvD6, http://www.playvid.com/watch/IyZfO5VvmBN,
http://www.playvid.com/watch/3ZcpXBMS2rf, http://www.playvid.com/watch/MfmjqRuFZ42, http://www.playvid.com/watch/lTrK6gDHRse,
http://www.playvid.com/watch/4C1YU5xR1mK, http://www.playvid.com/watch/nb_JzsrUQy2, http://www.playvid.com/watch/44yDWTivHJH,
http://www.playvid.com/watch/l7U1YBsDzZl, http://www.playvid.com/watch/qIwUuh_yxKk, http://www.playvid.com/watch/QZ7Dg7IAFhE,
http://www.playvid.com/watch/tROyEMApjb3, http://www.playvid.com/watch/FLXjAlVqqTD, http://www.playvid.com/watch/9aEI8RBlHKM,
http://www.playvid.com/watch/AhQLyuybb54, http://www.playvid.com/watch/9U3D-PpMZIw, http://www.playvid.com/watch/3H_bmE3nQDA,
http://www.playvid.com/watch/ho3tqYuECqB, http://www.playvid.com/watch/CMVZZH6_jRR, http://www.playvid.com/watch/IEn6E37XLfo,
http://www.playvid.com/watch/VeHdmRjlnS2, http://www.playvid.com/watch/2d3wKtPs8Bu, http://www.playvid.com/watch/5qPDuG5G0Oi,
http://www.playvid.com/watch/kLQ9esaXcYu, http://www.playvid.com/watch/nxE5A9fBTMn, http://www.playvid.com/watch/mwGBB2fjowj,
http://www.playvid.com/watch/cJjgjowZxjK, http://www.playvid.com/watch/CtlRjIBIzZh, http://www.playvid.com/watch/qqUvL7MLZqb,
http://www.playvid.com/watch/zEySWzQppL2, http://www.playvid.com/watch/zrknzc4P4Jz, http://www.playvid.com/watch/fPcgFL3ls4f,
http://www.playvid.com/watch/0ZHvINP9XXf, http://www.playvid.com/watch/8ZI1F3vzrQV, http://www.playvid.com/watch/dFOkcSt7puK,
http://www.playvid.com/watch/u-uoCxHba0w, http://www.playvid.com/watch/u0ZPHi6wfnU, http://www.playvid.com/watch/XM-qry5ZJFo,
http://www.playvid.com/watch/Q_zFIsPDVzW, http://www.playvid.com/watch/TYINla07nxV, http://www.playvid.com/watch/aJjVDQCwlJA,
http://www.playvid.com/watch/97ttL3ImBle, http://www.playvid.com/watch/6PP6GqnfbUR, http://www.playvid.com/watch/xaaXPg7qLdM,
http://www.playvid.com/watch/ETfTkyFu2-C, http://www.playvid.com/watch/lffq72s3rjW, http://www.playvid.com/watch/nQtwugNk_nX,
http://www.playvid.com/watch/w0DffACwHY7, http://www.playvid.com/watch/kwpBYlPXbm3, http://www.playvid.com/watch/R_J2mZCldsk,
http://www.playvid.com/watch/vQDEVB0g864, http://www.playvid.com/watch/CdilgcblcU3, http://www.playvid.com/watch/pLXY863W0zE,
http://www.playvid.com/watch/BOhOp0nzyQq, http://www.playvid.com/watch/JVfFZ8-zM9Z, http://www.playvid.com/watch/HSUPZGzug94,
http://www.playvid.com/watch/PrTi-C10FYL, http://www.playvid.com/watch/jdTc_BQN_6U, http://www.playvid.com/watch/C0OJf2ZFUNq,
http://www.playvid.com/watch/blpqiMjpHx8, http://www.playvid.com/watch/CeBrN8mqyEo, http://www.playvid.com/watch/ea78JXknG7E,
http://www.playvid.com/watch/JF72zmHB2KU, http://www.playvid.com/watch/3FKIpWsa5IU, http://www.playvid.com/watch/JuwMb0j_jOW,
http://www.playvid.com/watch/Z0SnnvJ0KYY, http://www.playvid.com/watch/SO7DpaglYWr, http://www.playvid.com/watch/NKkiQU6B5nU,
http://www.playvid.com/watch/dghHnjURpPM, http://www.playvid.com/watch/ZKZfcw6EHdL, http://www.playvid.com/watch/GdJbn05n4Vt,
http://www.playvid.com/watch/7C4FQTs-9iy, http://www.playvid.com/watch/nG_F5c4vlGL, http://www.playvid.com/watch/CAPPIXHivwf,
http://www.playvid.com/watch/9ydJbOw80YL, http://www.playvid.com/watch/VDRshg2JAhE, http://www.playvid.com/watch/tBy19vx0brh,
http://www.playvid.com/watch/Giv8pbqmv5a, http://www.playvid.com/watch/KWWroEduuI2, http://www.playvid.com/watch/eNk4w-6R8Fe,
http://www.playvid.com/watch/rvyu3YCxfuZ, http://www.playvid.com/watch/D4bBx2wysby, http://www.playvid.com/watch/sJVIJhnqSbp,
http://www.playvid.com/watch/sfrh5OSUzeV, http://www.playvid.com/watch/JjvRShcyoG6, http://www.playvid.com/watch/3Yv551PJiUz,
http://www.playvid.com/watch/8fgFmuGLyNx, http://www.playvid.com/watch/dt4ljD9gCdB, http://www.playvid.com/watch/IIZXGIFAfdK,
http://www.playvid.com/watch/sRL-MUosQJd, http://www.playvid.com/watch/plSZWArhmZ9, http://www.playvid.com/watch/hSEdhKeBFu0,
http://www.playvid.com/watch/xEyihK5jJoV, http://www.playvid.com/watch/BZvuJ_tqBJ6, http://www.playvid.com/watch/xsUslx9cH44,
http://www.playvid.com/watch/SykGbfY2kO2, http://www.playvid.com/watch/xLCXvxGiBhW, http://www.playvid.com/watch/YLNbCAJwmhf,
http://www.playvid.com/watch/0F5-cfk1dF9, http://www.playvid.com/watch/mAyPjiGeyNA, http://www.playvid.com/watch/oXsOFPDkpCs,
http://www.playvid.com/watch/2ObVI-SYuLV, http://www.playvid.com/watch/h71TS9N25tR, http://www.playvid.com/watch/YIBa7rI56cM,
http://www.playvid.com/watch/KUVDIiNYm9x, http://www.playvid.com/watch/7sf_kyybWJY, http://www.playvid.com/watch/jpxx0s6k0WV,
http://www.playvid.com/watch/mcXLOVpQTbu, http://www.playvid.com/watch/talX7wuyHM8, http://www.playvid.com/watch/04Otftz6hhj,
http://www.playvid.com/watch/kLYA1dQjn4f, http://www.playvid.com/watch/tOSEHmO-rOm, http://www.playvid.com/watch/N4WnCRL7Na7,
http://www.playvid.com/watch/urWyym7Cthm, http://www.playvid.com/watch/4O9Pn7BGKnY, http://www.playvid.com/watch/DF91cLSqQsi,
http://www.playvid.com/watch/MDdxvSTbPNl, http://www.playvid.com/watch/5JJZVVKJLtk, http://www.playvid.com/watch/ZWOGhtqU0ct,
http://www.playvid.com/watch/s0631smD5cP, http://www.playvid.com/watch/c_97m2HA4sU, http://www.playvid.com/watch/CAWIBJmsc2T,
http://www.playvid.com/watch/ovtfYG7S-aS, http://www.playvid.com/watch/B3k1eGyIQXF, http://www.playvid.com/watch/ejbuzB0zxIq,
http://www.playvid.com/watch/fcIJdrY-08w, http://www.playvid.com/watch/h_U-UYoQiO5, http://www.playvid.com/watch/nqxRq9rnV2z,
http://www.playvid.com/watch/VrS1438ZjsY, http://www.playvid.com/watch/8DxsObhstjs, http://www.playvid.com/watch/oJzIbs40z2Q,

http://www.playvid.com/watch/l-VVPESXu9T, http://www.playvid.com/watch/QoW597n5eQl, http://www.playvid.com/watch/xAA3rSCVSuZ, http://www.playvid.com/watch/TqWkHH_EVrP, http://www.playvid.com/watch/MxiWX-zVhQY, http://www.playvid.com/watch/DGOZvIcC8nF, http://www.playvid.com/watch/NTFzIqx4_cZ, http://www.playvid.com/watch/z7WV_4u3mVv, http://www.playvid.com/watch/jWCAUz03pce, http://www.playvid.com/watch/3BdkqPmuDZ3, http://www.playvid.com/watch/lIkVR8Ps75Y, http://www.playvid.com/watch/xM6rSNvJWX4, http://www.playvid.com/watch/9P9RqVq_aKj, http://www.playvid.com/watch/eSpyfELcqCg, http://www.playvid.com/watch/yndBswku8pE, http://www.playvid.com/watch/jb57A_tVEc2, http://www.playvid.com/watch/l-oD5pjmTVC, http://www.playvid.com/watch/VEf8qz60Hy7, http://www.playvid.com/watch/eWRggCHmlkL, http://www.playvid.com/watch/i_FM_sxvlKd, http://www.playvid.com/watch/qjgTLrGzsJo, http://www.playvid.com/watch/i7P4BfoJRLc, http://www.playvid.com/watch/oJALLiMp-rb, http://www.playvid.com/watch/akyy_ZC8sgD, http://www.playvid.com/watch/LxU4WJ7wobN, http://www.playvid.com/watch/k3psQvXZwZC, http://www.playvid.com/watch/nCPDDyxf4U5, http://www.playvid.com/watch/0NOb4ODII2s, http://www.playvid.com/watch/El_D7xZG9CU, http://www.playvid.com/watch/2AK8Ta-JYQh, http://www.playvid.com/watch/zmCtNdBZU-L, http://www.playvid.com/watch/oqw0Y_Cmyyu, http://www.playvid.com/watch/VYEnJKkQlra, http://www.playvid.com/watch/AIFS9guZPFy, http://www.playvid.com/watch/he7QeYDcOx7, http://www.playvid.com/watch/OJhPb7a0p3L, http://www.playvid.com/watch/BTsdogIXC33, http://www.playvid.com/watch/nI3ZanjBFHc, http://www.playvid.com/watch/gOJgO6_654N, http://www.playvid.com/watch/5xiVDyQO-o5, http://www.playvid.com/watch/9aULu9gHcNr, http://www.playvid.com/watch/0i521IFxK0l, http://www.playvid.com/watch/E71p8x2U0Vd, http://www.playvid.com/watch/wAlz6Gk8G18, http://www.playvid.com/watch/wIdCNDjAhmt, http://www.playvid.com/watch/SJ26knpo1HA, http://www.playvid.com/watch/GSFZTkg84wH, http://www.playvid.com/watch/8qbUZVwP9Kd, http://www.playvid.com/watch/DFqMYXV2vWE
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: PriscilaMC
5.b. Uploader's email address: apmcamacho92@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/PriscilaMC
5.e. List of videos posted by uploader: http://www.playvid.com/watch/v3O2tKXcLzu, http://www.playvid.com/watch/Ze8xWighXfq, http://www.playvid.com/watch/sZ-eCT79tIZ, http://www.playvid.com/watch/x74D5ilf9yS, http://www.playvid.com/watch/QxfYP0FXW3a, http://www.playvid.com/watch/lKcBob9TJti, http://www.playvid.com/watch/9Z2EaYT0g0C, http://www.playvid.com/watch/mfv57AYNaVX, http://www.playvid.com/watch/2Y0ITFZsE50, http://www.playvid.com/watch/amfqXXTuZqK, http://www.playvid.com/watch/MQCMJ9E5T9M, http://www.playvid.com/watch/lYW-nBwd3RU, http://www.playvid.com/watch/6JLelPQiMkf, http://www.playvid.com/watch/q2akZHTPkx7, http://www.playvid.com/watch/LH6Ok8qZHJR, http://www.playvid.com/watch/Pv8SzIuKRyf, http://www.playvid.com/watch/kC4tSgysCcv, http://www.playvid.com/watch/QLbn69whFbX, http://www.playvid.com/watch/qFI8X9BV6lS, http://www.playvid.com/watch/iyjeI80RweH, http://www.playvid.com/watch/-I7wRpGJCuZ, http://www.playvid.com/watch/q7WrtEads8f, http://www.playvid.com/watch/0OWeFUNhi5x, http://www.playvid.com/watch/0Hs0m55zL62, http://www.playvid.com/watch/kt9cHe3g0rf, http://www.playvid.com/watch/-2kWgUZH57-, http://www.playvid.com/watch/UbMHYH4caf9, http://www.playvid.com/watch/0V4zidRlnxG, http://www.playvid.com/watch/xscHu35Nd4p
5.f. Date of third notice: 2013-12-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Professeur
5.b. Uploader's email address: superboyj123@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Professeur
5.e. List of videos posted by uploader: http://www.playvid.com/watch/W66q7y8mU50, http://www.playvid.com/watch/XDBc8BBVRQ6, http://www.playvid.com/watch/P5aUFnc3rIz, http://www.playvid.com/watch/SWLE7Gzvpz5, http://www.playvid.com/watch/Z06lEwRdwEF, http://www.playvid.com/watch/QIwbs-hvhxX, http://www.playvid.com/watch/p3ppxhNmpBL, http://www.playvid.com/watch/XTR3YUaQa-4, http://www.playvid.com/watch/2JxrKJQ2Nmu, http://www.playvid.com/watch/AZcUttXkgNk, http://www.playvid.com/watch/W0lvFmdi6Tc, http://www.playvid.com/watch/VdNbyHd7pa3, http://www.playvid.com/watch/2vqDFhd26qD, http://www.playvid.com/watch/jQkrbQPOEvm, http://www.playvid.com/watch/rZ9QDaM5pVe, http://www.playvid.com/watch/sf5S-p953m3, http://www.playvid.com/watch/aaMX-EaeDWD, http://www.playvid.com/watch/2LuN8634CVh, http://www.playvid.com/watch/mCO7T3QFgrw, http://www.playvid.com/watch/-7JNb7O5432, http://www.playvid.com/watch/AGYgp63Dkpk, http://www.playvid.com/watch/shaxMTuT8Qc, http://www.playvid.com/watch/5IfqLozEydq, http://www.playvid.com/watch/mUAaiCIzqOd, http://www.playvid.com/watch/FDH6nmUzeg2, http://www.playvid.com/watch/vdv7Xpvr6my, http://www.playvid.com/watch/YkBtb-7JnML, http://www.playvid.com/watch/NtjNQXPKITE, http://www.playvid.com/watch/RaspEg94Qzv, http://www.playvid.com/watch/fAqYYP0S49-, http://www.playvid.com/watch/FFUIc0L8F4Y, http://www.playvid.com/watch/mVsCC3B9qwX, http://www.playvid.com/watch/Igrac7Eq3pL, http://www.playvid.com/watch/kmQgBNmuGFW, http://www.playvid.com/watch/tHqr55q7PvD, http://www.playvid.com/watch/cv6xnBuyWaY, http://www.playvid.com/watch/MZhbC3fxLsY, http://www.playvid.com/watch/fe7xMEYrXJh, http://www.playvid.com/watch/VXfn4FTqyVJ, http://www.playvid.com/watch/R7wAXfrisqo, http://www.playvid.com/watch/LsMUCdWQWZU, http://www.playvid.com/watch/R3iyHIX5L-e, http://www.playvid.com/watch/xwtBtevyZZ8, http://www.playvid.com/watch/QvlkkmSHNPr, http://www.playvid.com/watch/MgjulCkXEc0, http://www.playvid.com/watch/OsTjhT3v73K, http://www.playvid.com/watch/hrqSECL9n9o, http://www.playvid.com/watch/TKRoMiTJClV, http://www.playvid.com/watch/0XAPH-BeJuQ, http://www.playvid.com/watch/7pCF3TmaEA9, http://www.playvid.com/watch/Ba5H-dNTKQg, http://www.playvid.com/watch/699OONHzoq0, http://www.playvid.com/watch/uJfExqCraOn, http://www.playvid.com/watch/XHidyOUWPzh, http://www.playvid.com/watch/zVJLJrD8fuS, http://www.playvid.com/watch/zo2s-sQoO8A, http://www.playvid.com/watch/blZxncI4iU3, http://www.playvid.com/watch/R4eUxwExRMu, http://www.playvid.com/watch/PpERZiiajvz, http://www.playvid.com/watch/sYV46Xzgub0
5.f. Date of third notice: 2015-01-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ptasha
5.b. Uploader's email address: ferrokolia@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ptasha
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5wY00WOgF5N, http://www.playvid.com/watch/ARtV3jWXMUx, http://www.playvid.com/watch/CwWbaCybTWV, http://www.playvid.com/watch/B3cvse0UYUX, http://www.playvid.com/watch/tMdYBLcva6R, http://www.playvid.com/watch/rYmyyM3S8gb, http://www.playvid.com/watch/AXekSvxOeiI, http://www.playvid.com/watch/N5rzhf5rRRN, http://www.playvid.com/watch/OFBL-NSmepa, http://www.playvid.com/watch/TJxv6Lq5f3I, http://www.playvid.com/watch/g3Yd7mqbsfD, http://www.playvid.com/watch/pJNVOAI7bse, http://www.playvid.com/watch/qa66nYWslik, http://www.playvid.com/watch/2J6a2bmQiKl, http://www.playvid.com/watch/aNFge8GsBVR, http://www.playvid.com/watch/ccbSOj-dI2S, http://www.playvid.com/watch/kYNrgU8iriZ, http://www.playvid.com/watch/yoSSuNa4MQO, http://www.playvid.com/watch/cMn5PJC3kpv, http://www.playvid.com/watch/cGqpw7AkGaA, http://www.playvid.com/watch/AYo7XaIddxs, http://www.playvid.com/watch/iu3-ABRfz5N, http://www.playvid.com/watch/5RXpUgr9cel, http://www.playvid.com/watch/0O2yt5GnC-W, http://www.playvid.com/watch/5JYEQz2bgl7, http://www.playvid.com/watch/xw9XEQVUyVM, http://www.playvid.com/watch/ESwwwvMsytS, http://www.playvid.com/watch/WNYvuHCbuvA, http://www.playvid.com/watch/uMHpqU6Kc2w, http://www.playvid.com/watch/n7yfEV4xTQu, http://www.playvid.com/watch/9Dub2LfVI6a, http://www.playvid.com/watch/W8yTF9Pgy2E, http://www.playvid.com/watch/NYUwzdtGLdM, http://www.playvid.com/watch/okKrq6EraA3, http://www.playvid.com/watch/DQOxki6ITeJ, http://www.playvid.com/watch/Y9cyTySM3aS, http://www.playvid.com/watch/dTSG7-4T4IE, http://www.playvid.com/watch/i-7HhxWU5ET, http://www.playvid.com/watch/Adz8TGpeuqE, http://www.playvid.com/watch/xgObYYwa4eg, http://www.playvid.com/watch/f46q3KQaj0g, http://www.playvid.com/watch/0mma-EajQvs, http://www.playvid.com/watch/nJEqRnc3c22, http://www.playvid.com/watch/q08SOIosjjg, http://www.playvid.com/watch/Zh4GrwzD3Bp, http://www.playvid.com/watch/BdXHYPx9K6H, http://www.playvid.com/watch/ZWhPIY0pNJi, http://www.playvid.com/watch/aAjoPzudzY3, http://www.playvid.com/watch/78Rk-fD4ghd, http://www.playvid.com/watch/EFn5i45N-ar, http://www.playvid.com/watch/HiIsc7LFUoW, http://www.playvid.com/watch/g5NBBi7Mptw, http://www.playvid.com/watch/i5-hYI8H5f2, http://www.playvid.com/watch/gEoywabf9tI, http://www.playvid.com/watch/vfrWjTlziRS, http://www.playvid.com/watch/lWERP-uaVDz, http://www.playvid.com/watch/2WYagwVDiRl, http://www.playvid.com/watch/uurDkxjtzR4, http://www.playvid.com/watch/fFgltPeUNps, http://www.playvid.com/watch/7Sg0KaAnIEB, http://www.playvid.com/watch/8j652In7yZ0, http://www.playvid.com/watch/gqSOUxXZL6q, http://www.playvid.com/watch/m5ieO6WeLcN, http://www.playvid.com/watch/5-z2FeQBVmf, http://www.playvid.com/watch/QFQ88OLhUjI, http://www.playvid.com/watch/BquR7PDMOnu, http://www.playvid.com/watch/vC7Sl3flzCN, http://www.playvid.com/watch/L0vVa8BEbIG, http://www.playvid.com/watch/xk05PHmNXSu, http://www.playvid.com/watch/kCpc0mT4xHh, http://www.playvid.com/watch/TX3XwpA2AIW, http://www.playvid.com/watch/hJe03AvLs0R, http://www.playvid.com/watch/7Z6OkS-LKo-, http://www.playvid.com/watch/rRxSL0amnwl, http://www.playvid.com/watch/DCmCGwoGYu2, http://www.playvid.com/watch/wc0qD2eEJuu, http://www.playvid.com/watch/46mLNGriOk3, http://www.playvid.com/watch/9TrjlCbfoAc, http://www.playvid.com/watch/TrGAx5yrpk6, http://www.playvid.com/watch/jsYlUV3ofzU, http://www.playvid.com/watch/qtU3jfOjcfO, http://www.playvid.com/watch/5h3Noi274yY, http://www.playvid.com/watch/jx78fPepCE6, http://www.playvid.com/watch/HgQU7HHtQl-, http://www.playvid.com/watch/xQwUiTFm4C9, http://www.playvid.com/watch/X7C2WGMV8E6, http://www.playvid.com/watch/cjl67HkxyL6, http://www.playvid.com/watch/q3pwXcg3gO0, http://www.playvid.com/watch/oh-HNuB3tLp,

http://www.playvid.com/watch/7blVJi3z6sm, http://www.playvid.com/watch/DCfCDZk3Zj4, http://www.playvid.com/watch/CdcN-xIgqlv, http://www.playvid.com/watch/EQtyGFAcb6h, http://www.playvid.com/watch/tPi5J0yZRFM, http://www.playvid.com/watch/ru6ztp7vmN9, http://www.playvid.com/watch/l9oJkdj9Hpd, http://www.playvid.com/watch/qulCNoOjEkD, http://www.playvid.com/watch/-2Jhg80nV4g, http://www.playvid.com/watch/JkMFD8ZpXPK, http://www.playvid.com/watch/iZwlEKZVbP7, http://www.playvid.com/watch/ca9VDVCSGWo, http://www.playvid.com/watch/nFqXAlj6u9H, http://www.playvid.com/watch/hfl8zbgoH3i, http://www.playvid.com/watch/9SVzlPjiodc, http://www.playvid.com/watch/WO-kIf7gbxQ, http://www.playvid.com/watch/e3MCSrrTg9L, http://www.playvid.com/watch/x0jImsU3OPi, http://www.playvid.com/watch/b5ZuYsTS7kg, http://www.playvid.com/watch/o2AIUGf3WNp, http://www.playvid.com/watch/hpV8nuTMPLq, http://www.playvid.com/watch/AJK8E0EvFoR, http://www.playvid.com/watch/cNXqvzgQlSb, http://www.playvid.com/watch/WIiFPS2ZhWx, http://www.playvid.com/watch/nnS3ONBXKh6, http://www.playvid.com/watch/8Xryu3vKAfi, http://www.playvid.com/watch/tRSrfDd8Bv8, http://www.playvid.com/watch/TIVKOPGuzSw, http://www.playvid.com/watch/yqhg0o4HaaF, http://www.playvid.com/watch/oUiXKKk3r7S, http://www.playvid.com/watch/LQS93t8WUDi, http://www.playvid.com/watch/imhBK3RLth0, http://www.playvid.com/watch/3vgZW3IpS6G, http://www.playvid.com/watch/apVIjxVaLzX, http://www.playvid.com/watch/frUeZya64Sm, http://www.playvid.com/watch/g-GaHFQnZcH, http://www.playvid.com/watch/xxntzAZyhgm, http://www.playvid.com/watch/jm3VWppONuV, http://www.playvid.com/watch/wnu8sJP6Ndr, http://www.playvid.com/watch/iXeJyKkdbmB, http://www.playvid.com/watch/Omntg0dChDE, http://www.playvid.com/watch/hsaMOUKH7LI, http://www.playvid.com/watch/tWuJ3CRooGf, http://www.playvid.com/watch/p3WlG-4gWKt, http://www.playvid.com/watch/RrGPJpWIuis, http://www.playvid.com/watch/5s0v9DUDd0t, http://www.playvid.com/watch/LsNEqttyl3v, http://www.playvid.com/watch/3H5BOTh3SAA, http://www.playvid.com/watch/W4yfPIYZlSU, http://www.playvid.com/watch/4zlXbAcy2rD, http://www.playvid.com/watch/NzfaUIIDRUZ, http://www.playvid.com/watch/3tBfWYxIsY6, http://www.playvid.com/watch/UcdjwieixZ5, http://www.playvid.com/watch/UaCA4wd5klW, http://www.playvid.com/watch/0jPf-PSxjX3, http://www.playvid.com/watch/dx2nJc59xBj, http://www.playvid.com/watch/F4taTpTakMZ, http://www.playvid.com/watch/Y49SjVaCuXF, http://www.playvid.com/watch/zOJU30gcXlO, http://www.playvid.com/watch/vEGEjXwskjK, http://www.playvid.com/watch/OkAyk5o2kub, http://www.playvid.com/watch/adHzHBEfo-J, http://www.playvid.com/watch/FkAuVA88hG7, http://www.playvid.com/watch/Xqqt9edGWGL, http://www.playvid.com/watch/ocM3ZFitkt9, http://www.playvid.com/watch/ZURAXN7A4fi, http://www.playvid.com/watch/FH4YC5MlNwf, http://www.playvid.com/watch/CtIFPOgeo6C, http://www.playvid.com/watch/zEsF8t5HimN, http://www.playvid.com/watch/hQMhVuu2x32, http://www.playvid.com/watch/mmP5XE7ls42, http://www.playvid.com/watch/2CE3fVNs3ON, http://www.playvid.com/watch/cQULP6onvAh, http://www.playvid.com/watch/4vgv9rsACxU, http://www.playvid.com/watch/5O6FuHrTcnG, http://www.playvid.com/watch/Qf6xy-hbbmA, http://www.playvid.com/watch/TyB3VgjAwMW, http://www.playvid.com/watch/k2qI0-HYvoV, http://www.playvid.com/watch/hhEbr8vZCaE, http://www.playvid.com/watch/3hE9yORn5qN, http://www.playvid.com/watch/HGuGSFE8-Kg, http://www.playvid.com/watch/K4KD5Bx7osv, http://www.playvid.com/watch/iJgk3kvpJ3I, http://www.playvid.com/watch/MSrnuDgHPLt, http://www.playvid.com/watch/3lJsF2Qfud7, http://www.playvid.com/watch/F7-ftepmAvG, http://www.playvid.com/watch/Ocl-bDsC6Pn, http://www.playvid.com/watch/oQd0tPc7afJ, http://www.playvid.com/watch/ZCO76hG42QL, http://www.playvid.com/watch/NOc6-pB7oHp, http://www.playvid.com/watch/dVAvujmKQjj, http://www.playvid.com/watch/h7yAZuSyTH5, http://www.playvid.com/watch/KwwbjVP8YSE, http://www.playvid.com/watch/MSkyV9IdtZg
5.f. Date of third notice: 2013-09-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pussycatlove
5.b. Uploader's email address: tomtommynew@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pussycatlove
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YSifJE3MuUR, http://www.playvid.com/watch/9kSmcE877Sq, http://www.playvid.com/watch/dPvpMPARIUP, http://www.playvid.com/watch/f0PMpx5kTbB, http://www.playvid.com/watch/9DH4rGLD85m, http://www.playvid.com/watch/4gqEjgrzKAC, http://www.playvid.com/watch/-VZTOWYmheB, http://www.playvid.com/watch/k3vt8ZjGrWt, http://www.playvid.com/watch/B8fDNsVMQN0, http://www.playvid.com/watch/jM08YKirMIJ, http://www.playvid.com/watch/vdzlMHUSWQf, http://www.playvid.com/watch/BxAccIerYYg, http://www.playvid.com/watch/N0IURlSsTJ6, http://www.playvid.com/watch/u6ER0L0GzvN, http://www.playvid.com/watch/YlWRsjAe3Pb, http://www.playvid.com/watch/LRSd2GHtXNN, http://www.playvid.com/watch/9OM0Ei7JA9E, http://www.playvid.com/watch/hN-RPoBTzDR, http://www.playvid.com/watch/s5kzTuoTovB, http://www.playvid.com/watch/FMd24CuLOn3, http://www.playvid.com/watch/pbce2rZE--a, http://www.playvid.com/watch/N8U7V6ipAn0, http://www.playvid.com/watch/40zbihZfCt-, http://www.playvid.com/watch/ErzvvNV5M3W, http://www.playvid.com/watch/k5wmVYgueic, http://www.playvid.com/watch/7EXrlKmnsdM, http://www.playvid.com/watch/ytbSvmLHpXP, http://www.playvid.com/watch/Cxso7vlfhkT, http://www.playvid.com/watch/X7kuml5tx04, http://www.playvid.com/watch/JdW8WuxoCPY, http://www.playvid.com/watch/d--JcAnimiU, http://www.playvid.com/watch/ZXFuBJ0O6nv, http://www.playvid.com/watch/9s6aniyBKDr, http://www.playvid.com/watch/JtCXJPXytd6, http://www.playvid.com/watch/X48adsEd8Gk, http://www.playvid.com/watch/-YcCozKzBBZ, http://www.playvid.com/watch/Wf8hvpsMMmL, http://www.playvid.com/watch/6odCrb4gdBH, http://www.playvid.com/watch/yzernFdfzPH, http://www.playvid.com/watch/-sbSStY-l5A, http://www.playvid.com/watch/b2geqvB-C9m, http://www.playvid.com/watch/7bhOqpGT-dK, http://www.playvid.com/watch/we3m0cBPUNd, http://www.playvid.com/watch/U6UtbY-YzlP, http://www.playvid.com/watch/FmSXCeDHUt8, http://www.playvid.com/watch/zOvujge2Qcd, http://www.playvid.com/watch/ucEQd5DKwaw, http://www.playvid.com/watch/zYNDWCbg5CP, http://www.playvid.com/watch/fyNctHttXy6, http://www.playvid.com/watch/fW-YMwuzA4B, http://www.playvid.com/watch/0gSi4K9yxvv, http://www.playvid.com/watch/PNoT5vFiKfA, http://www.playvid.com/watch/SpGJLepAJdb, http://www.playvid.com/watch/hlyZEX2AbRu, http://www.playvid.com/watch/psUSPcJazHY, http://www.playvid.com/watch/iCL8a7EIcQD, http://www.playvid.com/watch/MHcRI9j2gZN, http://www.playvid.com/watch/SB5Cn9PbW0T, http://www.playvid.com/watch/7O87yAHJ3E9, http://www.playvid.com/watch/0VyunhZPFfD, http://www.playvid.com/watch/X6t92YAqUSM, http://www.playvid.com/watch/GnKV4m85p3N, http://www.playvid.com/watch/niGqAmalecP, http://www.playvid.com/watch/IBiCoBQLwHp, http://www.playvid.com/watch/mJNOOwIfR0i, http://www.playvid.com/watch/WI6ZlPE2gdQ, http://www.playvid.com/watch/tUGY2CvGvWK, http://www.playvid.com/watch/j9Vq3nkHfZt, http://www.playvid.com/watch/ymruCur5FOP, http://www.playvid.com/watch/7pKwibYGDDh, http://www.playvid.com/watch/pLe5HkZSFhq, http://www.playvid.com/watch/iswpFMHIT7B, http://www.playvid.com/watch/pvH3QCZjl5U, http://www.playvid.com/watch/YA60Whfnn27, http://www.playvid.com/watch/O0E7GMRX-Aq, http://www.playvid.com/watch/OP6FQk5hLZv, http://www.playvid.com/watch/54oSLhiGuJu, http://www.playvid.com/watch/VzDHUtxvKXa, http://www.playvid.com/watch/B-fBEfaUnwj, http://www.playvid.com/watch/TRm5TQk8OnR, http://www.playvid.com/watch/GVMCfSf5iUW, http://www.playvid.com/watch/T02pxx56Qg8, http://www.playvid.com/watch/HZkAzl2Q0fD, http://www.playvid.com/watch/O75VCqUnKJK, http://www.playvid.com/watch/-Rqmp424Dqq, http://www.playvid.com/watch/iqrWwRdE9E3, http://www.playvid.com/watch/tEr5a6svVA2, http://www.playvid.com/watch/g3tzRR3ICR6, http://www.playvid.com/watch/k2GWV3je3Vz, http://www.playvid.com/watch/dpBMILsnjaf, http://www.playvid.com/watch/z0KXn9FKyyM, http://www.playvid.com/watch/qN9kGtXncCO, http://www.playvid.com/watch/QDwAbIR5axM, http://www.playvid.com/watch/EwNAwgx6e26, http://www.playvid.com/watch/8gaYidiocpH, http://www.playvid.com/watch/lFU0btzrRB6, http://www.playvid.com/watch/I8uF028BhxV, http://www.playvid.com/watch/oqGulMx4u8s, http://www.playvid.com/watch/LaxRDwvKqTe, http://www.playvid.com/watch/XkYHn-Tdw-F, http://www.playvid.com/watch/q6vWY3toLFl, http://www.playvid.com/watch/UyvUjtj8gLZ, http://www.playvid.com/watch/mbK4zoYpQ-a, http://www.playvid.com/watch/thkE-jIvMfa, http://www.playvid.com/watch/T3LsUAZE0NB, http://www.playvid.com/watch/PyFWArBZ4Cm, http://www.playvid.com/watch/MyJ6UU7Kbrm, http://www.playvid.com/watch/4lpPcFb45Jl, http://www.playvid.com/watch/FqCWXX9zk2U, http://www.playvid.com/watch/GTpGOH2A9TH, http://www.playvid.com/watch/0EcQ8j7n32H, http://www.playvid.com/watch/nyqAUkxrdbP, http://www.playvid.com/watch/SWegqyuZ2rF, http://www.playvid.com/watch/OGZnw4FmT3Z, http://www.playvid.com/watch/XWq0MYFyt5o, http://www.playvid.com/watch/IcsF-6SXp3W, http://www.playvid.com/watch/igpSwfxnnMk, http://www.playvid.com/watch/dtXvF4DxcCQ, http://www.playvid.com/watch/nfJreN-93zo, http://www.playvid.com/watch/7hQtW2ddDjB, http://www.playvid.com/watch/0gNmbqTH6gu, http://www.playvid.com/watch/JiRaoJYccao, http://www.playvid.com/watch/Qp0JrrirX7o, http://www.playvid.com/watch/R-HCT0ICxCU, http://www.playvid.com/watch/ew3SKwQAVYL, http://www.playvid.com/watch/wK8OHL9B8vZ, http://www.playvid.com/watch/q30k3lVfc2O, http://www.playvid.com/watch/fdEZM-Jm7S6, http://www.playvid.com/watch/fD9JAgqmjWq, http://www.playvid.com/watch/LemnWd8S9U-, http://www.playvid.com/watch/GrmUA5UHlkR, http://www.playvid.com/watch/e4JxBgm-G28, http://www.playvid.com/watch/pJwOW8hD6Ri, http://www.playvid.com/watch/P85w0lYsE3v, http://www.playvid.com/watch/ye2RzWbhFex, http://www.playvid.com/watch/4PpP0XfDXUf, http://www.playvid.com/watch/sztkLGBSbl5, http://www.playvid.com/watch/ufFDDpLvjnI, http://www.playvid.com/watch/c4MdqxGXjpC, http://www.playvid.com/watch/Vo5awqXCXrL, http://www.playvid.com/watch/rVc5mgHTOb9, http://www.playvid.com/watch/buloQZq-Xst, http://www.playvid.com/watch/9-eQHaMLmqr, http://www.playvid.com/watch/S-tJEzdL2Xx, http://www.playvid.com/watch/flRFRV0xq8k, http://www.playvid.com/watch/BmZqxiLP9xb, http://www.playvid.com/watch/6PpddI983I8, http://www.playvid.com/watch/Ic4RFTH5jkC, http://www.playvid.com/watch/CR0mQBPnvqw, http://www.playvid.com/watch/CaS3ahvLmKQ, http://www.playvid.com/watch/aGv2qvckB5A, http://www.playvid.com/watch/YLtbTaqQtvN, http://www.playvid.com/watch/yZJaNiVw60j, http://www.playvid.com/watch/I8rq6Z5ML5N, http://www.playvid.com/watch/JSmZIeOUYpV, http://www.playvid.com/watch/ItyqWNUF3Ml, http://www.playvid.com/watch/DiyNV2UPgml, http://www.playvid.com/watch/f4e6TILQteh, http://www.playvid.com/watch/sSPoIPl23YH, http://www.playvid.com/watch/UPQAGlvCnRO, http://www.playvid.com/watch/MCLdYEBre8u, http://www.playvid.com/watch/CtNR3-wP7Di, http://www.playvid.com/watch/MyNWHFmho2a, http://www.playvid.com/watch/XDq-uwtkVP7, http://www.playvid.com/watch/3FUaBl0Fhji, http://www.playvid.com/watch/UDoO4JNE8Hc, http://www.playvid.com/watch/M5mMl8fpb56, http://www.playvid.com/watch/eltmPIVYGA9, http://www.playvid.com/watch/xhepfCzrXYc, http://www.playvid.com/watch/S2WFV-GWQIQ, http://www.playvid.com/watch/0UNM45nNVQT, http://www.playvid.com/watch/5k5p9TrlrPw, http://www.playvid.com/watch/k2tlt67FdqU,

http://www.playvid.com/watch/eHlLpNXEuNs, http://www.playvid.com/watch/LuaU6dHErtu, http://www.playvid.com/watch/T5LhhnSzGyP,
http://www.playvid.com/watch/fgF7BuQZGxh, http://www.playvid.com/watch/tOfAqUUv-Q2, http://www.playvid.com/watch/Pq-yCLbA9sW,
http://www.playvid.com/watch/X9s6DNSP3zr, http://www.playvid.com/watch/4VWJAhlssMa, http://www.playvid.com/watch/jBOgfoGlOwx,
http://www.playvid.com/watch/E2MsQxNsa3D, http://www.playvid.com/watch/otb2C6r0IJM, http://www.playvid.com/watch/WbA0nNYfodO,
http://www.playvid.com/watch/EGT5AEEPFlV, http://www.playvid.com/watch/do8eYnD52oC, http://www.playvid.com/watch/-QmTSoUQ-ns,
http://www.playvid.com/watch/hxVRA9Y3V3A, http://www.playvid.com/watch/25XQTBZXohy, http://www.playvid.com/watch/r7KsWVuORw5,
http://www.playvid.com/watch/iGoXzoj9vFy, http://www.playvid.com/watch/tRWJLtaH7k-, http://www.playvid.com/watch/WQbDBQcWisz,
http://www.playvid.com/watch/FiHauJeLyUm, http://www.playvid.com/watch/Yp8wuh9XUjn, http://www.playvid.com/watch/OTTudadpjIx,
http://www.playvid.com/watch/w5fU5ARxDLI, http://www.playvid.com/watch/7nMPjQy9Vp3, http://www.playvid.com/watch/HUIAOLu89PJ,
http://www.playvid.com/watch/fYXF-F6WLbi, http://www.playvid.com/watch/hyPcls0gxz5, http://www.playvid.com/watch/iwZpThqMwDt,
http://www.playvid.com/watch/a7rV28DuwOd, http://www.playvid.com/watch/9T2UqHf4dmp, http://www.playvid.com/watch/nI6-Y-gFSDa,
http://www.playvid.com/watch/mVwiFjHbhie, http://www.playvid.com/watch/8fA50rQ3SGg, http://www.playvid.com/watch/PLk3UfRd6kq,
http://www.playvid.com/watch/UmV5Eu5UZiP, http://www.playvid.com/watch/7bV2UXmJznz, http://www.playvid.com/watch/kE7SPUwyhLh,
http://www.playvid.com/watch/rSCCXoE3Hxq, http://www.playvid.com/watch/kBGUMDLltXt, http://www.playvid.com/watch/ceDZvtlXba9,
http://www.playvid.com/watch/g4jQ0LSCEcN, http://www.playvid.com/watch/Fgsoob90TmT, http://www.playvid.com/watch/DzaUOlckbzh,
http://www.playvid.com/watch/j6cakQrvUxi, http://www.playvid.com/watch/dQBkdq0vLfo, http://www.playvid.com/watch/MEfIo5gkWAa,
http://www.playvid.com/watch/GqZverk6hDM, http://www.playvid.com/watch/J7yNPhGkaer, http://www.playvid.com/watch/60Wph5Vy05G,
http://www.playvid.com/watch/9ilGGeJttO-, http://www.playvid.com/watch/wICklEIXr5a, http://www.playvid.com/watch/Dl9DGl0TjBS,
http://www.playvid.com/watch/rvDVMyeIBoR, http://www.playvid.com/watch/gFaBOJgbJww, http://www.playvid.com/watch/TKrBWh85ypp,
http://www.playvid.com/watch/dGtDZdLup5M, http://www.playvid.com/watch/eC8BkKjia3T, http://www.playvid.com/watch/olDF4cV7-7g,
http://www.playvid.com/watch/ZSXGNGvlMMm, http://www.playvid.com/watch/LSV5XtnWwLh, http://www.playvid.com/watch/HZxgf8kaBJ4,
http://www.playvid.com/watch/LbHkkie8qEG, http://www.playvid.com/watch/iorKpCIxlzx, http://www.playvid.com/watch/e-ybv0NeVvw
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pyim862
5.b. Uploader's email address: yimlax@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pyim862
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xEKTPxSJn5Z, http://www.playvid.com/watch/U9PxiDvKX73,
http://www.playvid.com/watch/hyyk-qFskxl, http://www.playvid.com/watch/YsXycUiqpXK, http://www.playvid.com/watch/qqx3TInyF3d,
http://www.playvid.com/watch/kFCckI9mY-Q, http://www.playvid.com/watch/PyGL-WFjkgD, http://www.playvid.com/watch/i7lJ-A4CIut,
http://www.playvid.com/watch/fem93Bohtny, http://www.playvid.com/watch/u6r5fP8DtaB, http://www.playvid.com/watch/DIq-bVoT8QE,
http://www.playvid.com/watch/Mb3U2UyVghe, http://www.playvid.com/watch/nEnpzZtWC5q, http://www.playvid.com/watch/olqw7mHY444,
http://www.playvid.com/watch/cMbT5Y3lovq, http://www.playvid.com/watch/jMOR8l5X5wH, http://www.playvid.com/watch/7O3dmdwlrUi,
http://www.playvid.com/watch/OGx01godpcb, http://www.playvid.com/watch/i3knsjv9SGV, http://www.playvid.com/watch/ZFDXVTYpLOQ,
http://www.playvid.com/watch/vsmwqzgHOFn, http://www.playvid.com/watch/gOPSY6lJt0F, http://www.playvid.com/watch/TzQxu6ft4Fh,
http://www.playvid.com/watch/6k3zeRxqyPO, http://www.playvid.com/watch/s_iZiPOj7Sc, http://www.playvid.com/watch/8AHRbtntbQA,
http://www.playvid.com/watch/E0SfwyJ5Nwu, http://www.playvid.com/watch/sNyguy4Cg7O, http://www.playvid.com/watch/re58Yj7rDA9,
http://www.playvid.com/watch/9Nuh395qVQl, http://www.playvid.com/watch/BMBgu2WSNfQ, http://www.playvid.com/watch/I0bPKjYWckC,
http://www.playvid.com/watch/Qw5L-yfJQ6T, http://www.playvid.com/watch/TRDG3AaM_lb, http://www.playvid.com/watch/d6HspJJ92LI,
http://www.playvid.com/watch/zXxB33riSNN, http://www.playvid.com/watch/5gui-JMwBcL, http://www.playvid.com/watch/Qs2A_59NjO0,
http://www.playvid.com/watch/f1K-AL2qx4Y, http://www.playvid.com/watch/04uNxLhwdWp, http://www.playvid.com/watch/H4BZJwu_CFq,
http://www.playvid.com/watch/cyQQhF_2KeO, http://www.playvid.com/watch/Uiy4-7L-cV2, http://www.playvid.com/watch/p_sa5y8H-Wh,
http://www.playvid.com/watch/Vll8afX87G8, http://www.playvid.com/watch/LKkphsIgTwU, http://www.playvid.com/watch/4iTPtrvdyo6,
http://www.playvid.com/watch/mK95BKaOR59, http://www.playvid.com/watch/GbLivR5_okU, http://www.playvid.com/watch/rr_de8h9zne,
http://www.playvid.com/watch/3BR580SYQH2, http://www.playvid.com/watch/ChxbVzgBNJd, http://www.playvid.com/watch/DgCNI2bb7AP,
http://www.playvid.com/watch/Sjc5ZVJ6VZX, http://www.playvid.com/watch/TA9S4WUIsrx, http://www.playvid.com/watch/0dPCBGyjEWS,
http://www.playvid.com/watch/GW6F49UPVY6, http://www.playvid.com/watch/S1jL0jU82BX, http://www.playvid.com/watch/ZO1oakXwKDo,
http://www.playvid.com/watch/ptoUUafgtWK, http://www.playvid.com/watch/ynn5pMxxMWi, http://www.playvid.com/watch/W_JJPdlAMbm,
http://www.playvid.com/watch/uZK4hdvWVVG, http://www.playvid.com/watch/KZ16vkztp4B, http://www.playvid.com/watch/HdMW6yML5QN,
http://www.playvid.com/watch/BzFMHX1OGw5, http://www.playvid.com/watch/fEUvo-L8b0y, http://www.playvid.com/watch/gmOmZQPacO9,
http://www.playvid.com/watch/MSfurxgPPg7, http://www.playvid.com/watch/aWyoQASD5Kg, http://www.playvid.com/watch/jM6fTLoE3jG,
http://www.playvid.com/watch/MspzouORoJT, http://www.playvid.com/watch/HeAcgaRqoGU, http://www.playvid.com/watch/HqPC7PfYrsq,
http://www.playvid.com/watch/V7T60NWwhXK, http://www.playvid.com/watch/Ta8h_E2LfEo, http://www.playvid.com/watch/DuTeF3l6_nM,
http://www.playvid.com/watch/ndQe7DQqinO, http://www.playvid.com/watch/SD67LLBfFsO, http://www.playvid.com/watch/ObCmILu6-7G,
http://www.playvid.com/watch/xdHjKZWUwht, http://www.playvid.com/watch/Ne4EHmD35kM, http://www.playvid.com/watch/wi_YdD6rfJp,
http://www.playvid.com/watch/ognRxFvs0Dq, http://www.playvid.com/watch/8SE5kVse8tK, http://www.playvid.com/watch/kREDmlht2Yw,
http://www.playvid.com/watch/YAujorJi8lt, http://www.playvid.com/watch/0FkLNMbAKJX, http://www.playvid.com/watch/ixe-_Rm0m67,
http://www.playvid.com/watch/mvVn4jfwhUi, http://www.playvid.com/watch/ayMDc51vZN5, http://www.playvid.com/watch/0oVjxtss2Jz,
http://www.playvid.com/watch/JSKHeo7xNl6, http://www.playvid.com/watch/OD19dpGjnal, http://www.playvid.com/watch/an1_slwHRaf,
http://www.playvid.com/watch/eirTkDlB2WZ, http://www.playvid.com/watch/NN7B_rS6AyO, http://www.playvid.com/watch/9elicSfYJUW,
http://www.playvid.com/watch/q5DAHn-lg_z, http://www.playvid.com/watch/5NW2Uz3ITbZ, http://www.playvid.com/watch/FFmCMtwD7KX,
http://www.playvid.com/watch/V1LwYtMs2xk, http://www.playvid.com/watch/XmrronLR4hl, http://www.playvid.com/watch/86uoQg1ZSdW,
http://www.playvid.com/watch/usm8RT8EcOK, http://www.playvid.com/watch/Ot9Gne7OXSR, http://www.playvid.com/watch/qliVLPt_3WF,
http://www.playvid.com/watch/qrT0VP2tzH7, http://www.playvid.com/watch/B2D_1Tj9wtR, http://www.playvid.com/watch/e0QZuQTsBwW,
http://www.playvid.com/watch/s-9fKsykMMr, http://www.playvid.com/watch/TGUcFjxy7sY, http://www.playvid.com/watch/8wYpIJiOlni,
http://www.playvid.com/watch/3kuMcVisLfV, http://www.playvid.com/watch/MDQM7vLJqfD, http://www.playvid.com/watch/CEnTHGXVBt0,
http://www.playvid.com/watch/5_s898t761m, http://www.playvid.com/watch/m_bpwOttU9O, http://www.playvid.com/watch/L_MmPDgYPm8,
http://www.playvid.com/watch/40VoIAY933B, http://www.playvid.com/watch/x8du0JMaOlL, http://www.playvid.com/watch/8XjiOjqBEYn,
http://www.playvid.com/watch/q2P25JJxp6w, http://www.playvid.com/watch/P4TrSEA53KQ, http://www.playvid.com/watch/3nTHtuDkypJ,
http://www.playvid.com/watch/RHAE4I-1bnb, http://www.playvid.com/watch/Skl0bjUyXmz, http://www.playvid.com/watch/0Ndar1qX4dB,
http://www.playvid.com/watch/6thmTZnjZGS, http://www.playvid.com/watch/G7I2vysJbhk, http://www.playvid.com/watch/pY7c7BLlgRJ,
http://www.playvid.com/watch/hlsojovd7yc, http://www.playvid.com/watch/VDrAvAegRqQ, http://www.playvid.com/watch/Ovxj0f8ZToM,
http://www.playvid.com/watch/I0ajKuv6XOR, http://www.playvid.com/watch/fVrgc9nDnxp, http://www.playvid.com/watch/r-1lEjhTICI,
http://www.playvid.com/watch/JHxPX3HI-JS, http://www.playvid.com/watch/kYzenSrQowR, http://www.playvid.com/watch/2E217-pCg_l,
http://www.playvid.com/watch/TYjnzhjbE_I, http://www.playvid.com/watch/jkbrq1zeUkH, http://www.playvid.com/watch/K8Xh3FXxFsv,
http://www.playvid.com/watch/VSXlefAkAVc, http://www.playvid.com/watch/ejie972Qt0d, http://www.playvid.com/watch/93A3sECg3Sq,
http://www.playvid.com/watch/cXOVxu9F9l9, http://www.playvid.com/watch/5x4edBzlFcv, http://www.playvid.com/watch/3EFpIVYVfyY,
http://www.playvid.com/watch/CnbTJEmvzIb, http://www.playvid.com/watch/uIVwQLIMITL, http://www.playvid.com/watch/0TR8t99FOg7,
http://www.playvid.com/watch/gnwBwjzXJca, http://www.playvid.com/watch/0iphI1dfy-I, http://www.playvid.com/watch/9AkAksmrXOn,
http://www.playvid.com/watch/7JLi_4Tnl9g, http://www.playvid.com/watch/j50npqGR1Vi, http://www.playvid.com/watch/MZw3JsJuyOu,
http://www.playvid.com/watch/sImVwXyHljK, http://www.playvid.com/watch/2oW-q1dVqoC, http://www.playvid.com/watch/PGDDfkd0awC,
http://www.playvid.com/watch/wGSlVGYBPDp, http://www.playvid.com/watch/KAQCpivzkgI, http://www.playvid.com/watch/yh_oSpHFJqe,
http://www.playvid.com/watch/uU3fn_YVEjr, http://www.playvid.com/watch/CXGdVaKghzg, http://www.playvid.com/watch/FnEyaMgmAKC,
http://www.playvid.com/watch/ppAr4bJw-aC, http://www.playvid.com/watch/NZaSX_5RYYX, http://www.playvid.com/watch/o9lSw4NzUcm,
http://www.playvid.com/watch/Tb2QUU1K1c0, http://www.playvid.com/watch/OmlFjeNx6bc, http://www.playvid.com/watch/BszX7ImldFS,
http://www.playvid.com/watch/5Q24L2H4-uX, http://www.playvid.com/watch/qdt3bzAwypA, http://www.playvid.com/watch/uUo9U8CpMxY,
http://www.playvid.com/watch/Ig8XWtzeLZz, http://www.playvid.com/watch/Cb-LMuPSIND, http://www.playvid.com/watch/FT8vZta1cWQ,
http://www.playvid.com/watch/binN9YW3Ij0, http://www.playvid.com/watch/FV2AqBD7tvG, http://www.playvid.com/watch/ISx8zszEeuc,
http://www.playvid.com/watch/yM79SGX7w4n, http://www.playvid.com/watch/N2v3Eb7g4Oo, http://www.playvid.com/watch/SnikNA395N3,
http://www.playvid.com/watch/5DY5tku8sbG, http://www.playvid.com/watch/Uqo9fpLJXDN, http://www.playvid.com/watch/Gm53Oe98M3L,
http://www.playvid.com/watch/zr75dWUHneF, http://www.playvid.com/watch/REW_ZzklSbU, http://www.playvid.com/watch/CCRj8EN5bAR,
http://www.playvid.com/watch/LjtOTg465EE, http://www.playvid.com/watch/HKXl9UyXzmm, http://www.playvid.com/watch/ZsG1wSZYlKf,
http://www.playvid.com/watch/q39Bw5K9uXM, http://www.playvid.com/watch/2aiGWeAAQ_e, http://www.playvid.com/watch/TCyUq2GeJ2A,
http://www.playvid.com/watch/KNbBmy-CyCo, http://www.playvid.com/watch/Ms9lUmZlanX, http://www.playvid.com/watch/FaffL0x9ssc,
http://www.playvid.com/watch/kH5KoKj3cCX, http://www.playvid.com/watch/354tulwbN7K, http://www.playvid.com/watch/IbsCZP7NtDm,

http://www.playvid.com/watch/DSpomnXb_Fw, http://www.playvid.com/watch/Yhrqw42tR-B, http://www.playvid.com/watch/zWl_ObsQj2r, http://www.playvid.com/watch/K1FY1aFKGnz, http://www.playvid.com/watch/L0nWIk080oS, http://www.playvid.com/watch/eOBKK3ReYHn, http://www.playvid.com/watch/6LjUlQjFnyN, http://www.playvid.com/watch/UkWFppCl9QE, http://www.playvid.com/watch/g68yiEYZ0i9, http://www.playvid.com/watch/FiTk_q_nz1H, http://www.playvid.com/watch/62xKJM-Tnx2, http://www.playvid.com/watch/txL1PTj6IFS, http://www.playvid.com/watch/B1cjxBLCHZA, http://www.playvid.com/watch/D3AB0lfSo9M
5.f. Date of third notice: 2015-06-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pyim8622
5.b. Uploader's email address: yimpatrick862@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/pyim8622
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DyG6Harhgq0, http://www.playvid.com/watch/n7NbdwFbdxM, http://www.playvid.com/watch/V_lw7Q7YXsd, http://www.playvid.com/watch/Qt21gl0xSy7, http://www.playvid.com/watch/Rprf7D3wTpN, http://www.playvid.com/watch/m1L6mHQuCdh, http://www.playvid.com/watch/Itn8gp9iEvP, http://www.playvid.com/watch/CDRSX_N1r9X, http://www.playvid.com/watch/BbkR8Jdi4r8, http://www.playvid.com/watch/Z2rqMQcSP6D, http://www.playvid.com/watch/RMe2lkSed_o, http://www.playvid.com/watch/7Uri_s2s51P, http://www.playvid.com/watch/X4LFK37QFnb, http://www.playvid.com/watch/08klF1xhWGB, http://www.playvid.com/watch/fXhzLHsES2B, http://www.playvid.com/watch/0EL-ghjZ_3p, http://www.playvid.com/watch/Au6h7Fx62Wr, http://www.playvid.com/watch/TFf3-Yz-M_2, http://www.playvid.com/watch/EePiuTh_Bag, http://www.playvid.com/watch/YrMhMOLKl6y, http://www.playvid.com/watch/Jmv76wYhq2V, http://www.playvid.com/watch/daA5dF3bCaH, http://www.playvid.com/watch/yyDIcPuz4z7, http://www.playvid.com/watch/QGxOv_5OfnY, http://www.playvid.com/watch/K6cSpYBvvkD, http://www.playvid.com/watch/2kGLW_FUgIC, http://www.playvid.com/watch/cnXOJWg1fzm, http://www.playvid.com/watch/EUeY6krnj08, http://www.playvid.com/watch/ZFLsRQ1PUOy, http://www.playvid.com/watch/zz5TBJYuyvq, http://www.playvid.com/watch/hXWNlGLY4YD, http://www.playvid.com/watch/vW2zsq7JhuJ, http://www.playvid.com/watch/8mRhEmMZ5Yt, http://www.playvid.com/watch/4QnISqZvvZK, http://www.playvid.com/watch/gPZ9oat_5O2, http://www.playvid.com/watch/Oj_O64V7u0A, http://www.playvid.com/watch/rwOFCSEhCES, http://www.playvid.com/watch/nRb2W3_-HmY
5.f. Date of third notice: 2015-09-03 23:10:24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: pyim86222
5.b. Uploader's email address: yimsum862@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/pyim86222
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4Uw2aogvGMw, http://www.playvid.com/watch/6MGKWYItzcK, http://www.playvid.com/watch/XNYww8wXfKR, http://www.playvid.com/watch/z9eCXl-if_B, http://www.playvid.com/watch/Iy9qz4kRmIb, http://www.playvid.com/watch/CEeCtrVjEXb, http://www.playvid.com/watch/UtJvTl3_2hs, http://www.playvid.com/watch/geKVmfaAZWQ, http://www.playvid.com/watch/UNASRLusGqw, http://www.playvid.com/watch/V5xFK6UkFlG, http://www.playvid.com/watch/hBr54f6rfod, http://www.playvid.com/watch/A9RuKdquLKd, http://www.playvid.com/watch/puOkeSouS3U, http://www.playvid.com/watch/HSTSffjIYrn, http://www.playvid.com/watch/FR3c1fXFZ0X, http://www.playvid.com/watch/lA-Rp2JqjSD, http://www.playvid.com/watch/o567DYQs7fJ, http://www.playvid.com/watch/PPoJDqqh53Z, http://www.playvid.com/watch/Vgiu5JHGSbd, http://www.playvid.com/watch/ht8MN1FDPAs, http://www.playvid.com/watch/qpkyiio2xrB, http://www.playvid.com/watch/b6V6tMITJ-I, http://www.playvid.com/watch/r6DUgL1D-HB, http://www.playvid.com/watch/7RWNxJGnATi, http://www.playvid.com/watch/d5LZGeq_s0V, http://www.playvid.com/watch/uBN0VMPAmAs, http://www.playvid.com/watch/a3YKvR5CX_p, http://www.playvid.com/watch/a2II6xaC447, http://www.playvid.com/watch/vyU0JWTzBb9, http://www.playvid.com/watch/bE2bUa9H2C2, http://www.playvid.com/watch/tSAGwGxpTcQ, http://www.playvid.com/watch/Sh_oBaSwXjW, http://www.playvid.com/watch/AnTHC4ZKHKK, http://www.playvid.com/watch/2xAuKNmOMav, http://www.playvid.com/watch/o4tpGgr9f9c, http://www.playvid.com/watch/dztoXJrmMMj, http://www.playvid.com/watch/kCGuNJWUPuv, http://www.playvid.com/watch/bnIQO-lSAZk, http://www.playvid.com/watch/HAmANsuiR3Z, http://www.playvid.com/watch/Q4crioKdi2G, http://www.playvid.com/watch/RS6_3kYDqXh, http://www.playvid.com/watch/WTz7jOAB37w, http://www.playvid.com/watch/ev87zALCnD7, http://www.playvid.com/watch/JDvg1Uy4klt, http://www.playvid.com/watch/HsINjd3dET6, http://www.playvid.com/watch/Yfh5H-eVWqE, http://www.playvid.com/watch/KANGaAt173y, http://www.playvid.com/watch/U-cxCsi32RU, http://www.playvid.com/watch/LH3lDhQ5acJ, http://www.playvid.com/watch/s8-PdBnGrsY, http://www.playvid.com/watch/WP9HX_ytL8n, http://www.playvid.com/watch/BDX1qgcBIsi, http://www.playvid.com/watch/X5xfye2PH_w, http://www.playvid.com/watch/NmQDcb7ZH4i, http://www.playvid.com/watch/veMwhkBhktr, http://www.playvid.com/watch/5n7Ui6t3rrL, http://www.playvid.com/watch/GY-iRFpm4rG, http://www.playvid.com/watch/ksUs03iCxVF, http://www.playvid.com/watch/ejTetQ9Bs-q, http://www.playvid.com/watch/J-VaFTsmYuR, http://www.playvid.com/watch/jbL_3kCnSa9, http://www.playvid.com/watch/XoLxJoPgRnU, http://www.playvid.com/watch/X5LqrzVwUTz, http://www.playvid.com/watch/rG0hSASQ6Dz, http://www.playvid.com/watch/F_H91V4ZQEf, http://www.playvid.com/watch/98_OWZjA-q4, http://www.playvid.com/watch/bi32iU9TosG, http://www.playvid.com/watch/it9ScTcyHZ7, http://www.playvid.com/watch/hN9l_7kxLno, http://www.playvid.com/watch/DarFF2nMjNP, http://www.playvid.com/watch/UWirPxC-Vbg, http://www.playvid.com/watch/K9e-wpSEsoa, http://www.playvid.com/watch/XIbYXwp7o96, http://www.playvid.com/watch/D3SADVCmsFM, http://www.playvid.com/watch/iRr0hmAkFxG, http://www.playvid.com/watch/DZsLnj4CIHE, http://www.playvid.com/watch/aDe4LbEv78t, http://www.playvid.com/watch/UylfLsj0J-O, http://www.playvid.com/watch/w4cj7EJoeFT, http://www.playvid.com/watch/QRdPTIvV7xe, http://www.playvid.com/watch/X6zkBKCZxVF, http://www.playvid.com/watch/xfqWxGqBrCw, http://www.playvid.com/watch/No5wnDI97oN, http://www.playvid.com/watch/Wm2ahQ6WHgY, http://www.playvid.com/watch/EEbMDh-6EQl, http://www.playvid.com/watch/kFMko5cPNSl
5.f. Date of third notice: 2015-10-09 20:23:28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: qwestol
5.b. Uploader's email address: jimbadsajomi@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/qwestol
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yCKcNyp7RgY, http://www.playvid.com/watch/OC3VyRmbm2S, http://www.playvid.com/watch/KaM6xjzAbX0, http://www.playvid.com/watch/BJczkeAB1N0, http://www.playvid.com/watch/DDSOeTvvdL8, http://www.playvid.com/watch/0D6SWGw-RD1, http://www.playvid.com/watch/lv6PHRpELuh, http://www.playvid.com/watch/UEZt-TTD3H-, http://www.playvid.com/watch/C9LLxT8p-VH, http://www.playvid.com/watch/-gT4Ruscn82, http://www.playvid.com/watch/JtpQ7RjyDNh, http://www.playvid.com/watch/r-5juHdgLf7, http://www.playvid.com/watch/2Y7NUY6DujQ, http://www.playvid.com/watch/rYTUtEU1f4d, http://www.playvid.com/watch/rP0Rrozy2U2, http://www.playvid.com/watch/I22E9HDVyHl, http://www.playvid.com/watch/zdBQhWCjyxV, http://www.playvid.com/watch/Gy-U0Z6VlAz, http://www.playvid.com/watch/7gLpnOL3SJO, http://www.playvid.com/watch/vOXPGIDZ1Zx, http://www.playvid.com/watch/XIBT2MWID3j, http://www.playvid.com/watch/YXyZF1Pl0ec, http://www.playvid.com/watch/TKsyVxhCbZs, http://www.playvid.com/watch/LRJHE-HscNx, http://www.playvid.com/watch/30PUl-L7sdl, http://www.playvid.com/watch/7AOF3gRKq4n, http://www.playvid.com/watch/8KHm6MRcBpB, http://www.playvid.com/watch/XnUoBs211y6, http://www.playvid.com/watch/fK3c40DpvXv, http://www.playvid.com/watch/vYSN-ZrDHzu, http://www.playvid.com/watch/7Tnzp7X637p, http://www.playvid.com/watch/pZBIncs7fyo, http://www.playvid.com/watch/0mnhEcoPZlu, http://www.playvid.com/watch/O-qmmf6fnx7, http://www.playvid.com/watch/-EbjPUBNn48, http://www.playvid.com/watch/Tk7EYwxN0Go, http://www.playvid.com/watch/3PSULcAQ8fT, http://www.playvid.com/watch/4nUiPBJwzit, http://www.playvid.com/watch/7kpW5yNpHhv, http://www.playvid.com/watch/Nzd1dGunLNC, http://www.playvid.com/watch/Ls8-Uahow0Z, http://www.playvid.com/watch/wPOx-j1f9Yn, http://www.playvid.com/watch/ORnoWza-wgp, http://www.playvid.com/watch/Fhq4cQqYK6p, http://www.playvid.com/watch/8v0t8-jrotd, http://www.playvid.com/watch/mKxHBzrqXZO, http://www.playvid.com/watch/JfHD3k2oQFm, http://www.playvid.com/watch/qyTP28wZe5x, http://www.playvid.com/watch/QZJXNbqp2IL, http://www.playvid.com/watch/6OiEmsWuZVk, http://www.playvid.com/watch/nSuf6uNX0sp, http://www.playvid.com/watch/5XAZoDmXgCA, http://www.playvid.com/watch/w3t9xMyArGO, http://www.playvid.com/watch/HAtZrEb-m5Z, http://www.playvid.com/watch/a7md4wIo0O0, http://www.playvid.com/watch/yq11Ub5D1KB, http://www.playvid.com/watch/sKqHvgaurb3, http://www.playvid.com/watch/n3xKo6SnltN, http://www.playvid.com/watch/pPP4ryV-BK0, http://www.playvid.com/watch/B8XAcMXh7WG, http://www.playvid.com/watch/NAPHtngLZav, http://www.playvid.com/watch/dSXBtDz-TNv, http://www.playvid.com/watch/PKX6FSEvEI4, http://www.playvid.com/watch/FQXP8b8aeRY, http://www.playvid.com/watch/U2pGAsI6-RO, http://www.playvid.com/watch/or4EjBfRWpx, http://www.playvid.com/watch/-qBIRV8pQvh, http://www.playvid.com/watch/3dtyzNKuuCP, http://www.playvid.com/watch/ia260jlKa3P, http://www.playvid.com/watch/2PoC8W14AB0, http://www.playvid.com/watch/KEY2aBG3D3c, http://www.playvid.com/watch/VO7Lkp6NXi6, http://www.playvid.com/watch/895MtSugD3v, http://www.playvid.com/watch/0A-3tmPtaEa, http://www.playvid.com/watch/UNekRQ8YMTu, http://www.playvid.com/watch/uXCjZXbU0iY, http://www.playvid.com/watch/HAyRn1ohU4s, http://www.playvid.com/watch/RT5A7gUKtzK, http://www.playvid.com/watch/7SaZq4ogTj8, http://www.playvid.com/watch/R3qBhkvSNUI, http://www.playvid.com/watch/JOZhC7iuGTl, http://www.playvid.com/watch/JB1oomK9LXz, http://www.playvid.com/watch/okNoaqqYlam, http://www.playvid.com/watch/VGum5Say-1L, http://www.playvid.com/watch/rK0kc0un73u, http://www.playvid.com/watch/rxKGxucXYGG, http://www.playvid.com/watch/6DlxFaQNqgw, http://www.playvid.com/watch/QTZsyNQDXtK, http://www.playvid.com/watch/SfgleMKMz2i, http://www.playvid.com/watch/xBIpSHrGjL5, http://www.playvid.com/watch/gr0hW2xRBsG, http://www.playvid.com/watch/5ElIz94xXon,

http://www.playvid.com/watch/gZONXaQcQH1, http://www.playvid.com/watch/u2ekvtFhPPg, http://www.playvid.com/watch/UZOb30rluG3, http://www.playvid.com/watch/7Yx3tBz0UPh, http://www.playvid.com/watch/jFGAqH6mdZi, http://www.playvid.com/watch/J9n9MYs6q7m, http://www.playvid.com/watch/GDc9tmqbCKe, http://www.playvid.com/watch/WzCuXiS76AZ, http://www.playvid.com/watch/krkz0mqxlEn, http://www.playvid.com/watch/fLHhzsLJd1w, http://www.playvid.com/watch/pNMvFfTA5Sn, http://www.playvid.com/watch/bZYSd977Ka0, http://www.playvid.com/watch/pSNMvh-ztnV, http://www.playvid.com/watch/iVh-CUmwf83, http://www.playvid.com/watch/8AutNGVXgIb, http://www.playvid.com/watch/WNF8uKS7wGn, http://www.playvid.com/watch/jsOBhOZPyQp, http://www.playvid.com/watch/fBUojlp5tXe, http://www.playvid.com/watch/GWnl9cumycN, http://www.playvid.com/watch/lx0Zw7OCAQl, http://www.playvid.com/watch/tIclGDIj43p, http://www.playvid.com/watch/UGsEiqkwFeW, http://www.playvid.com/watch/H2ExiGREEAA, http://www.playvid.com/watch/LFUYVINdqfu, http://www.playvid.com/watch/PKztRXMvBsp, http://www.playvid.com/watch/eCFIxhuA7UB, http://www.playvid.com/watch/7KQqM5I2O-3, http://www.playvid.com/watch/ivo-r7E55jY, http://www.playvid.com/watch/XLXupkQQsK9, http://www.playvid.com/watch/vOtpIZdtcBF, http://www.playvid.com/watch/AxCnQ57VhbY, http://www.playvid.com/watch/r3AXTknMood, http://www.playvid.com/watch/Oe9CDAVOnZd, http://www.playvid.com/watch/JqGckdmb6Vw, http://www.playvid.com/watch/DkWRB7uAMrx, http://www.playvid.com/watch/jRj5wsPzgcE, http://www.playvid.com/watch/kqypV1VZMjB, http://www.playvid.com/watch/3S9Sp7pps-j, http://www.playvid.com/watch/tgqXak7Y0bo, http://www.playvid.com/watch/XUdHPWmxmZl, http://www.playvid.com/watch/qkaS42xqXoO, http://www.playvid.com/watch/-OhWcmJkluw, http://www.playvid.com/watch/d73SEACAGpg, http://www.playvid.com/watch/RwTi9aFl7aP, http://www.playvid.com/watch/slBRXaWSD5U, http://www.playvid.com/watch/4ZR4gKaOlbv, http://www.playvid.com/watch/WfztpoowNqU, http://www.playvid.com/watch/RMu53KGBmq6, http://www.playvid.com/watch/-m0ovJcfS2j, http://www.playvid.com/watch/kj7Hfe3sPkK, http://www.playvid.com/watch/CkhRMoX4qrL, http://www.playvid.com/watch/CNv3agVJc6L, http://www.playvid.com/watch/qLVhGxXohsG, http://www.playvid.com/watch/jfgAoQwLIzz, http://www.playvid.com/watch/5rCrKhQQjk2, http://www.playvid.com/watch/l2naM5wxazk, http://www.playvid.com/watch/BhBZnA7x5sQ, http://www.playvid.com/watch/9l9s8cW9Uz-, http://www.playvid.com/watch/-o34ghyEj3H, http://www.playvid.com/watch/cGkf0mHvXKD, http://www.playvid.com/watch/ExNmib9EgZq, http://www.playvid.com/watch/571s5QGcW5G, http://www.playvid.com/watch/ASgF7bnAtjk, http://www.playvid.com/watch/0tcqVcEdVm5, http://www.playvid.com/watch/ZEGKdfeVif9, http://www.playvid.com/watch/PyIPSjBFbNp, http://www.playvid.com/watch/XsR-h3G3KYL, http://www.playvid.com/watch/jm4jAnOcDap, http://www.playvid.com/watch/BqxzemAt1ND, http://www.playvid.com/watch/Y-Xrvkm3wYP, http://www.playvid.com/watch/Y-6oZgHPoEw, http://www.playvid.com/watch/kQYK-7VvMoX, http://www.playvid.com/watch/spYE1gzuDHa, http://www.playvid.com/watch/jeOFWHXDsCY, http://www.playvid.com/watch/PRljOlTtCT6, http://www.playvid.com/watch/bHDSRNKgyYv, http://www.playvid.com/watch/DXZGR8nMMKh, http://www.playvid.com/watch/vpqFPDiR7j7, http://www.playvid.com/watch/-DfKDlQZQZO, http://www.playvid.com/watch/CsjAfIDFFXr, http://www.playvid.com/watch/v8VPsqrM6VV, http://www.playvid.com/watch/55JT2waObKy, http://www.playvid.com/watch/cB8L-yZBsBk, http://www.playvid.com/watch/N8oApRGhicT, http://www.playvid.com/watch/iv-EhiGv-WN, http://www.playvid.com/watch/KW3hdcQcgJU, http://www.playvid.com/watch/Q--rlt7fTIe, http://www.playvid.com/watch/wPPTx4cJMdN, http://www.playvid.com/watch/wDZk2WZAGij, http://www.playvid.com/watch/2EeTbeWL10I, http://www.playvid.com/watch/NAkH2dsz2XD, http://www.playvid.com/watch/Ge6OQ-WVrcA, http://www.playvid.com/watch/BegAscpUWrH, http://www.playvid.com/watch/nSNKzyUg7E0, http://www.playvid.com/watch/DCQ4-ZctgAv, http://www.playvid.com/watch/wlMOODTK0Hr, http://www.playvid.com/watch/2dyxD38PtKj, http://www.playvid.com/watch/Khp2hQ8HmTB, http://www.playvid.com/watch/rtSrf5KB2dm, http://www.playvid.com/watch/TGLHOrsEeNr, http://www.playvid.com/watch/vtIbgL7lJRh, http://www.playvid.com/watch/5YqfXcmJhha, http://www.playvid.com/watch/VNeYb5cBmE1, http://www.playvid.com/watch/gBEA86mL9w8, http://www.playvid.com/watch/tCYwDEt89xH
5.f. Date of third notice: 2014-02-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: radamanthyswyvern
5.b. Uploader's email address: dhgamesjp@live.com
5.d. Uploader's profile: http://www.playvid.com/member/radamanthyswyvern
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0kOZUDkSW5u, http://www.playvid.com/watch/ZIvkFYJSC4-, http://www.playvid.com/watch/LW4wGsV28pe, http://www.playvid.com/watch/HLTDk5O2kcC, http://www.playvid.com/watch/DAGMylfsVKt, http://www.playvid.com/watch/2UoikYw7L4S, http://www.playvid.com/watch/n6bgVV9cMFo, http://www.playvid.com/watch/HrdU2IBtsnX, http://www.playvid.com/watch/H9UsiuCujdN, http://www.playvid.com/watch/dNfV02x63VH, http://www.playvid.com/watch/8-c8IwAt9dQ, http://www.playvid.com/watch/3Qs8sO0ls6P, http://www.playvid.com/watch/TgSVm-NsgXL, http://www.playvid.com/watch/iRH5JBoALMa, http://www.playvid.com/watch/vjjcvrJRVdx, http://www.playvid.com/watch/V0eCrdUDq8I, http://www.playvid.com/watch/E6AQY39m25V, http://www.playvid.com/watch/Bec-x87ZJnp, http://www.playvid.com/watch/bOeRaeFVSOo, http://www.playvid.com/watch/X-M6FOxM6io, http://www.playvid.com/watch/rdQdRs4EPJ2, http://www.playvid.com/watch/7FHTfBfWNNR, http://www.playvid.com/watch/K9G5q-aoSKS, http://www.playvid.com/watch/7i-8kFHqnh9, http://www.playvid.com/watch/IWuC29w6jVr, http://www.playvid.com/watch/sIBSmip8Hin, http://www.playvid.com/watch/VtkZlDCd8A0, http://www.playvid.com/watch/RzIf5moa1Hn
5.f. Date of third notice: 2013-12-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ralfmoor
5.b. Uploader's email address: ralfringer@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ralfmoor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yFJIYiOtNMl, http://www.playvid.com/watch/Ng3eX8mVBa2, http://www.playvid.com/watch/lXL2jDoBAK3, http://www.playvid.com/watch/uAUqeuRW6Cp, http://www.playvid.com/watch/w4DgLMDL4q2, http://www.playvid.com/watch/hKVAHNLk_zm, http://www.playvid.com/watch/ihlL7tIpCYY, http://www.playvid.com/watch/CPxTrPLee3g, http://www.playvid.com/watch/MG3vSfV6gDE, http://www.playvid.com/watch/Q4G43NLpA2F, http://www.playvid.com/watch/5c-IO3Xz379, http://www.playvid.com/watch/QpN5Pcqkt6L, http://www.playvid.com/watch/2khSA5Q9Yp7, http://www.playvid.com/watch/vRzKM6tpcMS, http://www.playvid.com/watch/Xal7LmEKfMu, http://www.playvid.com/watch/mxAkSxd-Et5, http://www.playvid.com/watch/b_Jc_D9Zmjv, http://www.playvid.com/watch/XM5lNl4d6nw, http://www.playvid.com/watch/xT2PJ8Zd03z, http://www.playvid.com/watch/PoAw-BqK_AM, http://www.playvid.com/watch/WA245dwdVNu, http://www.playvid.com/watch/E4G74ybTLwv, http://www.playvid.com/watch/jYotAz2DaGi, http://www.playvid.com/watch/CvScqaLGCyu, http://www.playvid.com/watch/fGe_NCNGk3G, http://www.playvid.com/watch/SylMZQRGBN2, http://www.playvid.com/watch/BEYvUQTkdQ2, http://www.playvid.com/watch/rFqzPqhKr_6, http://www.playvid.com/watch/sYdd23POwzd, http://www.playvid.com/watch/G8gFxMCjNl7, http://www.playvid.com/watch/XaYbxQ1ULVp, http://www.playvid.com/watch/09sdBakv_Qu, http://www.playvid.com/watch/zIMfKgeRP_f, http://www.playvid.com/watch/6Oruj7778qu, http://www.playvid.com/watch/2CO9TlMEalX, http://www.playvid.com/watch/4WPzus1JAS6, http://www.playvid.com/watch/lfUGsrSlEbj, http://www.playvid.com/watch/cETalgRgakp, http://www.playvid.com/watch/KoM-sB-_7hB, http://www.playvid.com/watch/SQZuieFbuER, http://www.playvid.com/watch/FDxsHjzzgPg, http://www.playvid.com/watch/cPm7M114DSd, http://www.playvid.com/watch/sDkMmIp69FT, http://www.playvid.com/watch/XGXgIguU1oX, http://www.playvid.com/watch/kvWm4fWZ6Op, http://www.playvid.com/watch/0N2Z2bcC9GZ, http://www.playvid.com/watch/BWOI_wuXzCu, http://www.playvid.com/watch/Jk-cJxmhpxY, http://www.playvid.com/watch/9S76wH5FxtN, http://www.playvid.com/watch/MdHnRUQp8Ov, http://www.playvid.com/watch/F0DQoXPIiiB, http://www.playvid.com/watch/Y_qGApBTUMx, http://www.playvid.com/watch/Eb_AAehgyhl, http://www.playvid.com/watch/XwFOp1bXrBf, http://www.playvid.com/watch/9L7UNLElnXb, http://www.playvid.com/watch/8Nsvg7yEwNs, http://www.playvid.com/watch/b42PM3JkD4z, http://www.playvid.com/watch/IG18-mKsTjO, http://www.playvid.com/watch/n02nbSBNw-H, http://www.playvid.com/watch/cpQkunmANnm, http://www.playvid.com/watch/TpTVVvPM5fl, http://www.playvid.com/watch/VKKbcfPVC_C, http://www.playvid.com/watch/FE5582rBDlp, http://www.playvid.com/watch/Dj6XKl6QB2t, http://www.playvid.com/watch/upufMWh9pkj, http://www.playvid.com/watch/BtehiSYKbAZ, http://www.playvid.com/watch/gRf1r9L9tGj, http://www.playvid.com/watch/W1Fy5ZQZ6xj, http://www.playvid.com/watch/JCv4A0v1iyl, http://www.playvid.com/watch/vJKQ4lE-F3a, http://www.playvid.com/watch/lZOGrcFqcu7, http://www.playvid.com/watch/nOme2OjXRos, http://www.playvid.com/watch/BHBwx7lyUMp, http://www.playvid.com/watch/8pq_Ke4bfCE, http://www.playvid.com/watch/7W0mRw7yyE7, http://www.playvid.com/watch/m6H77AYb35l, http://www.playvid.com/watch/zLWOKRROYbW, http://www.playvid.com/watch/IoOfJxM0r28, http://www.playvid.com/watch/aom_FToKYdz, http://www.playvid.com/watch/Aw99vh7nwSm, http://www.playvid.com/watch/uhRaO6paqBx, http://www.playvid.com/watch/tZdSji5xYHS, http://www.playvid.com/watch/50kqfdq8rDF, http://www.playvid.com/watch/CazPG3571PQ, http://www.playvid.com/watch/L7Y-EABWZ7D, http://www.playvid.com/watch/0dYlJU2oYuH, http://www.playvid.com/watch/foodTVEM3Gq, http://www.playvid.com/watch/Hw0zG4w_QjP, http://www.playvid.com/watch/iBpeViShSrl, http://www.playvid.com/watch/9273Ypna2fK, http://www.playvid.com/watch/2ilOP7M005i, http://www.playvid.com/watch/c-dyeWbKrGi, http://www.playvid.com/watch/leJjQlXBFIH, http://www.playvid.com/watch/iKbR1U6qt5s, http://www.playvid.com/watch/7ATF1QFxDvL, http://www.playvid.com/watch/TatS82lUDBR, http://www.playvid.com/watch/gW1fAGnD-qo, http://www.playvid.com/watch/ItqraA5RRGQ, http://www.playvid.com/watch/A7SsbjSlCAo, http://www.playvid.com/watch/ZxrrfFMtIps, http://www.playvid.com/watch/2sgVlsbaKQt, http://www.playvid.com/watch/FIfRvCcRJTS, http://www.playvid.com/watch/lvhMD7jwuHM, http://www.playvid.com/watch/wby944pMDon, http://www.playvid.com/watch/3tPygR67X6M, http://www.playvid.com/watch/iGr6sp-HOmn, http://www.playvid.com/watch/in1zrsLon0p, http://www.playvid.com/watch/7uSvDUVStrh, http://www.playvid.com/watch/igIrUG5cvIq, http://www.playvid.com/watch/6B4ASKAk75C, http://www.playvid.com/watch/oS-JwxQbrLV, http://www.playvid.com/watch/IjHpNS83BCI, http://www.playvid.com/watch/BzqcIJIN-CN, http://www.playvid.com/watch/TCfZxY6ZWzB, http://www.playvid.com/watch/sAAPby8rKAX, http://www.playvid.com/watch/CbWN4oqtQNA,

http://www.playvid.com/watch/00l1T1n8fVG, http://www.playvid.com/watch/ewutLZKZqy0, http://www.playvid.com/watch/eS7t5McmZFR,
http://www.playvid.com/watch/P6SXQooxlZO, http://www.playvid.com/watch/bSYcgSTYmA5, http://www.playvid.com/watch/ce61KOHEPRS,
http://www.playvid.com/watch/P0jLj9tykIz, http://www.playvid.com/watch/x1S1p8_8bEG, http://www.playvid.com/watch/KNAOR-PDI3w,
http://www.playvid.com/watch/V7CJy0A21sN, http://www.playvid.com/watch/Mg2WQy9GEsR, http://www.playvid.com/watch/LkYbGjrAB4O,
http://www.playvid.com/watch/IeUwoVstFJg, http://www.playvid.com/watch/xoSyABle5FY, http://www.playvid.com/watch/IyMqUpV7JBd,
http://www.playvid.com/watch/nBBTFNqUeiW, http://www.playvid.com/watch/fAxWOX8o9mR, http://www.playvid.com/watch/f6jmFz_R7LT,
http://www.playvid.com/watch/aIstq4BC7aZ, http://www.playvid.com/watch/vZHmZFKRNE9, http://www.playvid.com/watch/BvrS-LIFzfn,
http://www.playvid.com/watch/6vMbi_ZdXJB, http://www.playvid.com/watch/Y3400jevayo, http://www.playvid.com/watch/7EyumYTFb3T,
http://www.playvid.com/watch/e2m412t4WA0, http://www.playvid.com/watch/DGx5tVRjGYy, http://www.playvid.com/watch/gHc2BDLRhJg,
http://www.playvid.com/watch/LDBy87QK7mW, http://www.playvid.com/watch/gxPS6xCUpmI, http://www.playvid.com/watch/a2Uz88RIicR,
http://www.playvid.com/watch/TeELxqaSZKl, http://www.playvid.com/watch/Xp2qmPpE9uL, http://www.playvid.com/watch/0y5PzAYR0oH,
http://www.playvid.com/watch/8-UYG7LaFrL, http://www.playvid.com/watch/78hhupS1gnq, http://www.playvid.com/watch/tQIvwv5JGt9,
http://www.playvid.com/watch/AxyOtob_XjD, http://www.playvid.com/watch/mdfQFZr6wrh, http://www.playvid.com/watch/ZP7YBK8o-jb,
http://www.playvid.com/watch/5p_UsVrU98s, http://www.playvid.com/watch/YzMFd5rlSlE, http://www.playvid.com/watch/ZCxSmDFQOk9,
http://www.playvid.com/watch/FSjsd6MODab, http://www.playvid.com/watch/82FkAqgArJB, http://www.playvid.com/watch/atXKPSrmZ9B,
http://www.playvid.com/watch/T6cLGRAeWML, http://www.playvid.com/watch/ZR5OoSkbQaw, http://www.playvid.com/watch/Ju6NWtPVf9P,
http://www.playvid.com/watch/R0yHl1kwfqX, http://www.playvid.com/watch/OrAaJxMK2t3, http://www.playvid.com/watch/IfuIOPRkgfR,
http://www.playvid.com/watch/97hrRzaPvu2, http://www.playvid.com/watch/qvpHUT-jnaW, http://www.playvid.com/watch/fb1MuUEeSaf,
http://www.playvid.com/watch/sXhu9icHlbq, http://www.playvid.com/watch/3MfSTxCJP3v, http://www.playvid.com/watch/EsN9LM2vTAN,
http://www.playvid.com/watch/lXdFc4PIK5J, http://www.playvid.com/watch/hOIzQXKjBgR, http://www.playvid.com/watch/F6HCYqwI02t,
http://www.playvid.com/watch/lDPhiApK-PK, http://www.playvid.com/watch/rxVDdbE6juE, http://www.playvid.com/watch/VzQy_HS3bJI,
http://www.playvid.com/watch/Gnvq7uzivmy, http://www.playvid.com/watch/n0Mlab3JpJ4, http://www.playvid.com/watch/GVBrzxdNUyd,
http://www.playvid.com/watch/SfBH-pN2PMz, http://www.playvid.com/watch/kSjzzDHNpcT, http://www.playvid.com/watch/omEBN04JqtW,
http://www.playvid.com/watch/dSA2lvF41Gq, http://www.playvid.com/watch/3YmDx_dwT1y, http://www.playvid.com/watch/EiPyUlAgHNZ,
http://www.playvid.com/watch/g2-3t7shNGr, http://www.playvid.com/watch/8o-qRzRxKJU, http://www.playvid.com/watch/nE2921tR4Uz,
http://www.playvid.com/watch/J7K0S8mwbUb, http://www.playvid.com/watch/Cb19X_0IqLd, http://www.playvid.com/watch/iKucPee1d6x,
http://www.playvid.com/watch/qyKo-bNAf7k, http://www.playvid.com/watch/HzLn2o07XyZ, http://www.playvid.com/watch/EsYc1VRv2TU,
http://www.playvid.com/watch/OV1Lr3vR13X, http://www.playvid.com/watch/dOJDDlvFXbw, http://www.playvid.com/watch/hVQru9vvcnh,
http://www.playvid.com/watch/ZQVEXTSn0UD, http://www.playvid.com/watch/VvFmEaBywHb, http://www.playvid.com/watch/3O_2h3bdSQk,
http://www.playvid.com/watch/m4Uzj4s1mbu, http://www.playvid.com/watch/Zrfqj4rCcsk, http://www.playvid.com/watch/5laXRVqKr0R,
http://www.playvid.com/watch/OL4k2_QAj8U, http://www.playvid.com/watch/lG6LGD7zELH, http://www.playvid.com/watch/2H9SDvdTxGq,
http://www.playvid.com/watch/u3FOWu48fUj, http://www.playvid.com/watch/vF1xbF4rJOe, http://www.playvid.com/watch/RjeW8J1bGNw,
http://www.playvid.com/watch/qey214V9MXO, http://www.playvid.com/watch/YNCSBqA2nhb, http://www.playvid.com/watch/Pyg28KKGAfN,
http://www.playvid.com/watch/9hYmkRlMLTR, http://www.playvid.com/watch/ht9fotGCXOv, http://www.playvid.com/watch/8bT-CI41YmO,
http://www.playvid.com/watch/CoXOam0ckFt, http://www.playvid.com/watch/mAlNlbxbEaR, http://www.playvid.com/watch/FqGz-6r_OhI,
http://www.playvid.com/watch/El0vpVUN5Z8, http://www.playvid.com/watch/gZhjFKJOdy8, http://www.playvid.com/watch/HkuDMJXAZjy,
http://www.playvid.com/watch/e2lIBUxDx3k, http://www.playvid.com/watch/tzOinWP8uQx, http://www.playvid.com/watch/yBRehtG9qfb,
http://www.playvid.com/watch/BA_XQgRdj00, http://www.playvid.com/watch/TA8TLKPJJYs, http://www.playvid.com/watch/VEpmJ541D9U,
http://www.playvid.com/watch/qlWeeHj9pNm, http://www.playvid.com/watch/wr1fIavFSKp, http://www.playvid.com/watch/n6w0-4r0y69,
http://www.playvid.com/watch/8MeFdRyr1NJ, http://www.playvid.com/watch/nuouanoRwsY, http://www.playvid.com/watch/FLaecGIjR2t,
http://www.playvid.com/watch/kdTBQRSsyZe, http://www.playvid.com/watch/fxtMPyYzb90, http://www.playvid.com/watch/79TLySDHOTg,
http://www.playvid.com/watch/5S0vi9nVKnq, http://www.playvid.com/watch/v4q__ai5UJO, http://www.playvid.com/watch/MSADLkAm7fn,
http://www.playvid.com/watch/cKdtvVdc3nV, http://www.playvid.com/watch/avcVFPOqqYs, http://www.playvid.com/watch/oKYJE7AZGDV,
http://www.playvid.com/watch/YSR_X-Ar6me, http://www.playvid.com/watch/a-_rYzIdlAN, http://www.playvid.com/watch/OaMSlPnYnHD,
http://www.playvid.com/watch/FyR2su3jEuZ, http://www.playvid.com/watch/7zJwc-5FCDc, http://www.playvid.com/watch/8O1iN8IG3Y8,
http://www.playvid.com/watch/iloqV1rLFWv, http://www.playvid.com/watch/5fokbB4SkuS, http://www.playvid.com/watch/NbrqbCAAi7G,
http://www.playvid.com/watch/jZR-RAbvcdc, http://www.playvid.com/watch/gDl1oPsjczB, http://www.playvid.com/watch/Nc8VWg-PzEL,
http://www.playvid.com/watch/NX3A7YfXB9l, http://www.playvid.com/watch/XOBPiTPkiBp, http://www.playvid.com/watch/yNBpGgz4KIF,
http://www.playvid.com/watch/FIAJIJ-NWn3, http://www.playvid.com/watch/V6EhupZ2HaA, http://www.playvid.com/watch/bSFshegI6XE,
http://www.playvid.com/watch/c_KiGKDarcq, http://www.playvid.com/watch/mSAA528RNDC, http://www.playvid.com/watch/mFUI-alw6ua,
http://www.playvid.com/watch/7OYLUCgVeGe, http://www.playvid.com/watch/k-ooW_m9UIy, http://www.playvid.com/watch/07Hm_kbWVFy,
http://www.playvid.com/watch/mCZw1vCVax5, http://www.playvid.com/watch/paeawxAtuLS, http://www.playvid.com/watch/Ozp3WwVPrTF,
http://www.playvid.com/watch/88BJhN0ooCM, http://www.playvid.com/watch/peZWBs1bYhx, http://www.playvid.com/watch/sxneS1iDbEB,
http://www.playvid.com/watch/rlMWdNId2N8, http://www.playvid.com/watch/cT60FI7aDvM, http://www.playvid.com/watch/y36GodiZz6Q,
http://www.playvid.com/watch/KP8KbuYaGBO, http://www.playvid.com/watch/P41-eaFPrfn, http://www.playvid.com/watch/V1CBp0VH8mp,
http://www.playvid.com/watch/n1HMoRKpLGq, http://www.playvid.com/watch/5y2ymD4UroL, http://www.playvid.com/watch/lS7SAu_k0Sb,
http://www.playvid.com/watch/SgD5ZYJNnGo, http://www.playvid.com/watch/6Iqfytl3RyE, http://www.playvid.com/watch/Q_NIieTTi5v,
http://www.playvid.com/watch/O2YlU-O0q1C, http://www.playvid.com/watch/IF5XOvUubZJ, http://www.playvid.com/watch/NnG2dWANEZs,
http://www.playvid.com/watch/Fd5B5yYyo8E, http://www.playvid.com/watch/m6WZLrLjSQU, http://www.playvid.com/watch/fs4uwbhV70a,
http://www.playvid.com/watch/CDzROqvdyeJ, http://www.playvid.com/watch/GUsr23ID6nu, http://www.playvid.com/watch/OxlhhlFcIDr,
http://www.playvid.com/watch/2ELvA2rHL8Q, http://www.playvid.com/watch/WgKKV5td6hN, http://www.playvid.com/watch/hiQZww_qu-m,
http://www.playvid.com/watch/R6304BkPS9i, http://www.playvid.com/watch/3TwGtLx7lS2, http://www.playvid.com/watch/d-ND_UOU0nu,
http://www.playvid.com/watch/BHRhbB95PwG, http://www.playvid.com/watch/Fa397ettm7q, http://www.playvid.com/watch/NHbLbP0ETDB,
http://www.playvid.com/watch/gfcdbQ-5tyb, http://www.playvid.com/watch/6Eq6-wA8QJ6, http://www.playvid.com/watch/nFV0utJFL5J,
http://www.playvid.com/watch/r4F7cRxvg9f, http://www.playvid.com/watch/LN21hThrXfd, http://www.playvid.com/watch/vKvsVbk7uPn,
http://www.playvid.com/watch/6dz4H1b7JFC, http://www.playvid.com/watch/DsvaH5rQjSp, http://www.playvid.com/watch/IcFHVOXKzDZ,
http://www.playvid.com/watch/a6opkKeW-dR, http://www.playvid.com/watch/KtNHArQHsSH, http://www.playvid.com/watch/cXZjU4DBbmO,
http://www.playvid.com/watch/cCfrbMJyTKW, http://www.playvid.com/watch/o7C4vA5qk2B, http://www.playvid.com/watch/zIwWenzTDVo,
http://www.playvid.com/watch/5qMHRQ53VuV, http://www.playvid.com/watch/TP-z-H0UmiC, http://www.playvid.com/watch/UidBsWSR0mP,
http://www.playvid.com/watch/ATE0QQ9SyqN, http://www.playvid.com/watch/qkyZfmLQVQU, http://www.playvid.com/watch/NK1Z7Jr9QR2,
http://www.playvid.com/watch/krVZ-Kbu0VQ, http://www.playvid.com/watch/gfO_xQMoD6L, http://www.playvid.com/watch/Dpr63ybTo9i,
http://www.playvid.com/watch/oSyO1m8li6G, http://www.playvid.com/watch/qqM5oflx5At, http://www.playvid.com/watch/EfiKQZ99RWu,
http://www.playvid.com/watch/W-0rMMj9wbY, http://www.playvid.com/watch/Dn8mWcwL0Zj, http://www.playvid.com/watch/aTE16nunVEX,
http://www.playvid.com/watch/hs3JfGzSBMS, http://www.playvid.com/watch/cJ9vaVqb1S8, http://www.playvid.com/watch/tmO1s0UDkRe,
http://www.playvid.com/watch/l58wESw1ios, http://www.playvid.com/watch/E6IiXe_IqaU, http://www.playvid.com/watch/33vBWdyq_lz,
http://www.playvid.com/watch/H_vH4iq-BT3, http://www.playvid.com/watch/rldlBoc5oOE, http://www.playvid.com/watch/yILiIn9ZcBc,
http://www.playvid.com/watch/LLRFKBDorEN, http://www.playvid.com/watch/BB7Nh-ZqODA, http://www.playvid.com/watch/lImjH44Iq1Q,
http://www.playvid.com/watch/JKPSr6TCEsM, http://www.playvid.com/watch/m-NzmtmucMQ, http://www.playvid.com/watch/mVty3txD42Z,
http://www.playvid.com/watch/eQdTU4pSspH, http://www.playvid.com/watch/sX5XHigLf6s, http://www.playvid.com/watch/U6EARFT3ieX,
http://www.playvid.com/watch/Dikt_Fre_Ft, http://www.playvid.com/watch/40dBtpcf4YD, http://www.playvid.com/watch/pG7BlTz0kez,
http://www.playvid.com/watch/g7yVMOKKvbM, http://www.playvid.com/watch/uaH81UAQz6K, http://www.playvid.com/watch/T6Q16TWqdi3,
http://www.playvid.com/watch/OHGvjf5vO_d, http://www.playvid.com/watch/Ne-WtKbLZAC, http://www.playvid.com/watch/eMrcc9VCJtt,
http://www.playvid.com/watch/qNN8Qf2cZnK, http://www.playvid.com/watch/W0-m5FyZsOX, http://www.playvid.com/watch/AGIfIDSvk9z,
http://www.playvid.com/watch/DB3LKTkLTFh, http://www.playvid.com/watch/X-yxDjESDQP, http://www.playvid.com/watch/Lo4Ri3N7P-5,
http://www.playvid.com/watch/t-O6TuTcKdy, http://www.playvid.com/watch/2jMCTKqd1bu, http://www.playvid.com/watch/8V4FshLUd3M,
http://www.playvid.com/watch/gTjEG3kjF56, http://www.playvid.com/watch/KP_H3dV8qtT, http://www.playvid.com/watch/mWh3MI43wUJ,
http://www.playvid.com/watch/7PHP61RBtqK, http://www.playvid.com/watch/ivTmDMAevBI, http://www.playvid.com/watch/na7oY-NiOeT,
http://www.playvid.com/watch/2ZN7roKV8KS, http://www.playvid.com/watch/sczUGkseKXS, http://www.playvid.com/watch/KTAcFWwSdfc,
http://www.playvid.com/watch/ShAFsEBLrSs, http://www.playvid.com/watch/ZGtafbFnq2F, http://www.playvid.com/watch/q0foOkZK7rl,
http://www.playvid.com/watch/ZKeTon2bvKA, http://www.playvid.com/watch/4vMyUuQBSh9, http://www.playvid.com/watch/K3wcL46zC4V,
http://www.playvid.com/watch/O0-aIKzTbDj, http://www.playvid.com/watch/6DMfu7me5dh, http://www.playvid.com/watch/MqdsJAi46p4,
http://www.playvid.com/watch/hi5aM5UxB-O, http://www.playvid.com/watch/cXZxruN4cnh, http://www.playvid.com/watch/Egv8cjJGgTJ,
http://www.playvid.com/watch/QNP8Rjg3Rft, http://www.playvid.com/watch/uoWzjwVeACS, http://www.playvid.com/watch/hzBkAw6YUOm,
http://www.playvid.com/watch/31yX3onaEMR, http://www.playvid.com/watch/XQ72r9QlPgM, http://www.playvid.com/watch/UmLAapRedfX,
http://www.playvid.com/watch/xIrllWJJbb8, http://www.playvid.com/watch/uvFL-zc7FI8, http://www.playvid.com/watch/D3UVDcE_oNR,
http://www.playvid.com/watch/dJThmn04GFR, http://www.playvid.com/watch/67SXvhZIwAX, http://www.playvid.com/watch/srKhN3ljWbO,

http://www.playvid.com/watch/ETR0Ex0_rlt, http://www.playvid.com/watch/L8nOXbFvvRW, http://www.playvid.com/watch/guEhyWc4rAY,
http://www.playvid.com/watch/9L0I9YY5uyg, http://www.playvid.com/watch/Vy-1bsQdU1Q, http://www.playvid.com/watch/QIEB2ph7QHs,
http://www.playvid.com/watch/lc8XmI8mMMi, http://www.playvid.com/watch/RkEcFNaDBsD, http://www.playvid.com/watch/s_vtjCNE0R2,
http://www.playvid.com/watch/lS_fVgTyzm6, http://www.playvid.com/watch/tWTGCd4G5jM, http://www.playvid.com/watch/xgcRBQ9Qp5c,
http://www.playvid.com/watch/ZbdH8q4OWPu, http://www.playvid.com/watch/GcgbS74_9vD, http://www.playvid.com/watch/0oyks21l4hW,
http://www.playvid.com/watch/612Wp0tTkZe, http://www.playvid.com/watch/qZ9AWHMoK9M, http://www.playvid.com/watch/OG2r3mMddLc,
http://www.playvid.com/watch/dJM29hdOl86, http://www.playvid.com/watch/2tm1wiId8Y9, http://www.playvid.com/watch/Uv167-HK59J,
http://www.playvid.com/watch/vBw5xJazOnN, http://www.playvid.com/watch/Gs3fY_Pf1it, http://www.playvid.com/watch/Dq3jAQB20hI,
http://www.playvid.com/watch/P2BhEBjiXLA, http://www.playvid.com/watch/IX-Mg4KsRH0, http://www.playvid.com/watch/oIQK5isWMZv,
http://www.playvid.com/watch/pLufsf5SYgN, http://www.playvid.com/watch/EQt0oUAmlXv, http://www.playvid.com/watch/fYqMghsufQ6,
http://www.playvid.com/watch/RIYgMU5vpBp, http://www.playvid.com/watch/f857bZ3HaoX, http://www.playvid.com/watch/up1nD-qsIPm,
http://www.playvid.com/watch/lipVrwHljJZ, http://www.playvid.com/watch/45pHxdmpseh, http://www.playvid.com/watch/njPwhyMQufZ,
http://www.playvid.com/watch/eIBAbKYrfNZ, http://www.playvid.com/watch/vw6Egp-7DuG, http://www.playvid.com/watch/qmTz9qJtuxt,
http://www.playvid.com/watch/LvTjehzFGpS, http://www.playvid.com/watch/tGCX7vEGeDU, http://www.playvid.com/watch/dVG5u7FNSnh,
http://www.playvid.com/watch/D7LNGwDsp1D, http://www.playvid.com/watch/EHtV8LnPDs9, http://www.playvid.com/watch/0Cixt8YoYt8,
http://www.playvid.com/watch/0b5OVBpR1s5, http://www.playvid.com/watch/hAaHx3GApJf, http://www.playvid.com/watch/twv2xKQ6Ech,
http://www.playvid.com/watch/2OhE68M0ZdE, http://www.playvid.com/watch/UhB1pNvYtce, http://www.playvid.com/watch/6rp_0Qdv135
5.f. Date of third notice: 2014-04-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ramrod123
5.b. Uploader's email address: ferozoso23@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ramrod123
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yW28R3oyQ-j, http://www.playvid.com/watch/5YiRKgsEH4X,
http://www.playvid.com/watch/UjMXiXt4Y39, http://www.playvid.com/watch/gqpbgefXFLH, http://www.playvid.com/watch/TJWxlS8yGG7,
http://www.playvid.com/watch/R9lxSkJRG8r, http://www.playvid.com/watch/tZX-qMF9Adw, http://www.playvid.com/watch/3TQNEteSIT0,
http://www.playvid.com/watch/jAhYBgBPyVm, http://www.playvid.com/watch/fSdKUM8JJEo, http://www.playvid.com/watch/WKSp3sSgnYt,
http://www.playvid.com/watch/AxneJqDVy99, http://www.playvid.com/watch/kuN6jRyHeqW, http://www.playvid.com/watch/KpG3Vfa97H5,
http://www.playvid.com/watch/V2-2oG78X8z, http://www.playvid.com/watch/H6wdIMMnOQo, http://www.playvid.com/watch/qQoW0iUlCOK,
http://www.playvid.com/watch/HHRY9raccZp, http://www.playvid.com/watch/aWjxqbi5K5N, http://www.playvid.com/watch/GEOQxZOTZDi,
http://www.playvid.com/watch/PjcZ2xwydHI, http://www.playvid.com/watch/2Vx90iZhvWe, http://www.playvid.com/watch/tYSi8B0rCz6,
http://www.playvid.com/watch/4ku6KNAQ4Ve, http://www.playvid.com/watch/imivbWFeiAf, http://www.playvid.com/watch/JKl68CJdDGq,
http://www.playvid.com/watch/c3IGs4sa906, http://www.playvid.com/watch/sKg6HYOb3fC, http://www.playvid.com/watch/uEEFZCWJnkr,
http://www.playvid.com/watch/dMRgwYnWIiN, http://www.playvid.com/watch/8N8wc5TB-yO, http://www.playvid.com/watch/gj5fDHODgrc,
http://www.playvid.com/watch/xPf2jN2W3Nc, http://www.playvid.com/watch/w2tc5clQGVD, http://www.playvid.com/watch/UYTqBio7mSk,
http://www.playvid.com/watch/V8Jsq8ZaVlY, http://www.playvid.com/watch/deXtRS0SXFF, http://www.playvid.com/watch/0k02cKSaAVN,
http://www.playvid.com/watch/A7GIBzjCIyS, http://www.playvid.com/watch/CE4a29rnhfd, http://www.playvid.com/watch/Sgsb-FqSn5g,
http://www.playvid.com/watch/kOT9Z-jz2O0, http://www.playvid.com/watch/UCyXtSkkpNk
5.f. Date of third notice: 2013-11-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rawin
5.b. Uploader's email address: markengels@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rawin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/BqJVO2dDFNG, http://www.playvid.com/watch/Z9IkVTH-bnf,
http://www.playvid.com/watch/uHTTb2z0cqC, http://www.playvid.com/watch/3yUlL9CMUfN, http://www.playvid.com/watch/JVQSh-uuJnZ,
http://www.playvid.com/watch/if8zF5faKt7, http://www.playvid.com/watch/aY3nUmXiLJq, http://www.playvid.com/watch/JnM2huCUV0o,
http://www.playvid.com/watch/XLPBaYo-s8P, http://www.playvid.com/watch/6PJfcWTlG3R, http://www.playvid.com/watch/j93iz1ovBw4,
http://www.playvid.com/watch/xW72OUPs6Da, http://www.playvid.com/watch/y8df5tOnmlr, http://www.playvid.com/watch/E-lwFl2yyrd,
http://www.playvid.com/watch/0STv2KCQzOH, http://www.playvid.com/watch/Rw1P9iledqz, http://www.playvid.com/watch/OgqaY2Welgo,
http://www.playvid.com/watch/qxFbWVSBIMg, http://www.playvid.com/watch/LST9gwAJrvh, http://www.playvid.com/watch/VlNVIpvJvPG,
http://www.playvid.com/watch/7UEd4dntH_u, http://www.playvid.com/watch/jX27z8oX5qQ, http://www.playvid.com/watch/fafobppF3cE,
http://www.playvid.com/watch/nIyNb9deEjk, http://www.playvid.com/watch/NfYsYgG9DHe, http://www.playvid.com/watch/K3plz3s6NPf,
http://www.playvid.com/watch/pQVVUQKwL9V, http://www.playvid.com/watch/MHyNDAY2_X7, http://www.playvid.com/watch/Pdy9o4d2pBj,
http://www.playvid.com/watch/9cq7cFFBigy, http://www.playvid.com/watch/Pi7hdWao3F0, http://www.playvid.com/watch/l5imWE1z-1c,
http://www.playvid.com/watch/O7NbeJ8DT9N, http://www.playvid.com/watch/fZmRRlE4EVx, http://www.playvid.com/watch/LCNSDmaBHlk,
http://www.playvid.com/watch/OCWd7-7EEcg, http://www.playvid.com/watch/LgZsf4G9xUJ, http://www.playvid.com/watch/8O0Ce0RCUj5,
http://www.playvid.com/watch/NScKVTFi_kP, http://www.playvid.com/watch/Sf_eU-Sr1vO, http://www.playvid.com/watch/nqVLGaWsqng,
http://www.playvid.com/watch/C29WcpLVIuB, http://www.playvid.com/watch/LaUwvdTNQET, http://www.playvid.com/watch/VFkxHW3EtpH,
http://www.playvid.com/watch/nQyWqEwT3iW, http://www.playvid.com/watch/RMUdR6mY68u, http://www.playvid.com/watch/ZvRQy7iUtZ5,
http://www.playvid.com/watch/22fT_abWNLl, http://www.playvid.com/watch/ma1stQqV-oe, http://www.playvid.com/watch/KTHAJm1qCKS,
http://www.playvid.com/watch/wMynta3ULCs, http://www.playvid.com/watch/xCNoxURRhjp, http://www.playvid.com/watch/z2I3V_s6O5c,
http://www.playvid.com/watch/jnSs_Tnpx9W, http://www.playvid.com/watch/RWG8u1_Q8dC, http://www.playvid.com/watch/t8QAxF6jCGq,
http://www.playvid.com/watch/XIMfpOId0Og, http://www.playvid.com/watch/HViG4Vl3uKz, http://www.playvid.com/watch/IkSSlIjXWvn,
http://www.playvid.com/watch/qC5ffegCuQt, http://www.playvid.com/watch/uYp3pkeoGdk, http://www.playvid.com/watch/FMowanmdMLj,
http://www.playvid.com/watch/BjkiyeuCCFg, http://www.playvid.com/watch/l-GwnTaQtnR, http://www.playvid.com/watch/dHMUX4_gsuW,
http://www.playvid.com/watch/Bw8Lwq55DVn, http://www.playvid.com/watch/5gQuagu9kKL, http://www.playvid.com/watch/4Dypw1pA_4V,
http://www.playvid.com/watch/ucUTtf6iTKO, http://www.playvid.com/watch/5f5SezCDRH5, http://www.playvid.com/watch/CwaivhKyPO8,
http://www.playvid.com/watch/koG7sE8PjRL, http://www.playvid.com/watch/LlmlVx_O4CN, http://www.playvid.com/watch/2enRS7jJsiO,
http://www.playvid.com/watch/tuCtF_-MRiA, http://www.playvid.com/watch/o7xqalyDqor, http://www.playvid.com/watch/u_CKwnNh6Za,
http://www.playvid.com/watch/e2sM9fA-6kG, http://www.playvid.com/watch/C6d_J8aBx0s, http://www.playvid.com/watch/H-rVAs7DV86,
http://www.playvid.com/watch/mOe9vpEn9Lm, http://www.playvid.com/watch/xRJl7n9EKbV, http://www.playvid.com/watch/4ka9mN-3VJ2,
http://www.playvid.com/watch/6rnAGF8qpY5, http://www.playvid.com/watch/J4gF6TeMB-m, http://www.playvid.com/watch/nrCQd0sJ-cx,
http://www.playvid.com/watch/6oeBg85sChx, http://www.playvid.com/watch/YTRq37Drucs, http://www.playvid.com/watch/V51PHZGZ_oL,
http://www.playvid.com/watch/jGihvI7PdGI, http://www.playvid.com/watch/zPTi93RxQqG, http://www.playvid.com/watch/tYQBJQS1Qmj,
http://www.playvid.com/watch/PkOB9mJUwKu, http://www.playvid.com/watch/dQMUlvdiafX, http://www.playvid.com/watch/QeApaeHhBWZ,
http://www.playvid.com/watch/56wc4lU4oa4, http://www.playvid.com/watch/h7h-_NcfIPn, http://www.playvid.com/watch/eIfpnENn2Oz,
http://www.playvid.com/watch/jsH3e2tWPoq, http://www.playvid.com/watch/HBtK6Yad4Ae, http://www.playvid.com/watch/TiZoYM3eg17,
http://www.playvid.com/watch/zThKE36S5L7, http://www.playvid.com/watch/Fnfon__7hY0, http://www.playvid.com/watch/P4lLviHsOMM,
http://www.playvid.com/watch/Hni_K8sVper, http://www.playvid.com/watch/Lk2na2OgKk9, http://www.playvid.com/watch/I20MGLtJUYo,
http://www.playvid.com/watch/N09bgDII1Ui, http://www.playvid.com/watch/t9NB6IT7mCY, http://www.playvid.com/watch/K05bs3EgyRg,
http://www.playvid.com/watch/07-ELEof3k8, http://www.playvid.com/watch/pwLThFwQTdJ, http://www.playvid.com/watch/s7f3wOlecRo,
http://www.playvid.com/watch/3QygoMvfttC, http://www.playvid.com/watch/Hs6c370DvNs, http://www.playvid.com/watch/2ARN5pp0FON,
http://www.playvid.com/watch/pRDZ8Ls2_Y2, http://www.playvid.com/watch/w6i8qqEI4ek, http://www.playvid.com/watch/ZMp_fR-wWTG,
http://www.playvid.com/watch/NbA3grer6kg, http://www.playvid.com/watch/zadxCP3yrWa, http://www.playvid.com/watch/uzSFipxPDNe,
http://www.playvid.com/watch/VSRBoJtUbr3, http://www.playvid.com/watch/6uoBvrCTOVH, http://www.playvid.com/watch/ifHGw7C3c7O,
http://www.playvid.com/watch/fh6sxrqkR26, http://www.playvid.com/watch/xv0J1ZzLESI, http://www.playvid.com/watch/uaL45_mD1YG,
http://www.playvid.com/watch/PoVO5pCizY5, http://www.playvid.com/watch/BItATH4LI79, http://www.playvid.com/watch/ddf_q8ATidX,
http://www.playvid.com/watch/UIuufjxEa70, http://www.playvid.com/watch/f7Bd2I2TlA8, http://www.playvid.com/watch/A6FHUt8EUGG,
http://www.playvid.com/watch/qNd4S7v3St8, http://www.playvid.com/watch/mbSat5XbbZ9, http://www.playvid.com/watch/Fsc07z2UvZO,
http://www.playvid.com/watch/bKO20fBJpNQ, http://www.playvid.com/watch/3a2dhNVF_iX, http://www.playvid.com/watch/n28YJvkTl54,
http://www.playvid.com/watch/7Zop_5dSPQx, http://www.playvid.com/watch/hJt0hLlDUOx, http://www.playvid.com/watch/kcLn9qqZVRQ,
http://www.playvid.com/watch/mjlqVTdKbHC, http://www.playvid.com/watch/U3rdY5S4nHY, http://www.playvid.com/watch/zyFowLKIn8o,
http://www.playvid.com/watch/sA5PAxevhnQ, http://www.playvid.com/watch/wHraPxjCaYb, http://www.playvid.com/watch/FrOSsGH5DD4,
http://www.playvid.com/watch/syio59J3TSP, http://www.playvid.com/watch/t18HTYvK8QF, http://www.playvid.com/watch/lVxnx_dy9Q6,
http://www.playvid.com/watch/5Ry8jO6DtoB, http://www.playvid.com/watch/S4xHA68jUJw, http://www.playvid.com/watch/mSC3AwznwvH,

http://www.playvid.com/watch/ztzYU2-NJnv, http://www.playvid.com/watch/0FM1nBtfX1q, http://www.playvid.com/watch/MdErSCIvqTX,
http://www.playvid.com/watch/tNvLRXnl9cg, http://www.playvid.com/watch/u2gSna2ZsVB, http://www.playvid.com/watch/MnHCYkmai-I,
http://www.playvid.com/watch/WJbNy4sev9B, http://www.playvid.com/watch/rvGGSHT4KuC, http://www.playvid.com/watch/ejT3jWWJ03b,
http://www.playvid.com/watch/XvXeeWPKo7n, http://www.playvid.com/watch/UTVkuJZGTqo, http://www.playvid.com/watch/5sU8LOTNPHL,
http://www.playvid.com/watch/J2Gnpql5sMA, http://www.playvid.com/watch/j6xm_gJdG3x, http://www.playvid.com/watch/qK-M1SA48Ic,
http://www.playvid.com/watch/8Is5a92_jKM, http://www.playvid.com/watch/YWShRkprrXY, http://www.playvid.com/watch/wc-1LooT4La,
http://www.playvid.com/watch/H6Lygh8Rs5w, http://www.playvid.com/watch/poOYZ5HbkG9, http://www.playvid.com/watch/WPNPEVPXHen,
http://www.playvid.com/watch/aWbPooafvJv, http://www.playvid.com/watch/IEFpUKy65iY, http://www.playvid.com/watch/r5-fYMBWVaZ,
http://www.playvid.com/watch/bnbEagVp0sj, http://www.playvid.com/watch/gufNClfxL8H, http://www.playvid.com/watch/cf49aA7s_h4,
http://www.playvid.com/watch/hubx6kSOU6r, http://www.playvid.com/watch/sKIfoLmebjl, http://www.playvid.com/watch/gz2kS6yuEDU,
http://www.playvid.com/watch/cUQINOi2iDE, http://www.playvid.com/watch/xoW5oLGMr-j, http://www.playvid.com/watch/TfQcNaTNmw4,
http://www.playvid.com/watch/oU4YiNwWa4J, http://www.playvid.com/watch/CCEfO6MIzLR, http://www.playvid.com/watch/fkhnPnL-mjL,
http://www.playvid.com/watch/CZrYO7WkqjJ, http://www.playvid.com/watch/Pad1mdqow_p, http://www.playvid.com/watch/78EYi-0WzSd,
http://www.playvid.com/watch/aTVjCttsz0I, http://www.playvid.com/watch/aLOS2NkETGG, http://www.playvid.com/watch/comqRpy3wdE,
http://www.playvid.com/watch/9Aa3389Zxp4, http://www.playvid.com/watch/Wj9BTt6J_TS, http://www.playvid.com/watch/GSX8MtkHhFf,
http://www.playvid.com/watch/CEO-KJbjaHZ, http://www.playvid.com/watch/lnhdFNeQ0bl, http://www.playvid.com/watch/x_A0HE4tqUE,
http://www.playvid.com/watch/phtLOlZS_Li, http://www.playvid.com/watch/d1PyswxW6Pp, http://www.playvid.com/watch/35uPIyRe230,
http://www.playvid.com/watch/JYEApOhqM3b, http://www.playvid.com/watch/hQ4pk7FaERq, http://www.playvid.com/watch/CVYj0aQKhK4,
http://www.playvid.com/watch/OIJcklaH7_N, http://www.playvid.com/watch/AYBGlquXyhK, http://www.playvid.com/watch/2GwdXGOk0Ok,
http://www.playvid.com/watch/E3W5dDxqOmS, http://www.playvid.com/watch/GHsgYmFVM9a, http://www.playvid.com/watch/A9wpTO9_Sgj,
http://www.playvid.com/watch/tjBtzQUB39I, http://www.playvid.com/watch/JZY0N5141zq, http://www.playvid.com/watch/ENhR9b7f2ir,
http://www.playvid.com/watch/Z49vQYVgKxM, http://www.playvid.com/watch/0fFcxwUfr9c, http://www.playvid.com/watch/bZKvrIED1Ce,
http://www.playvid.com/watch/Ta3XvJQz64y, http://www.playvid.com/watch/kQ1vu7y7uvC, http://www.playvid.com/watch/VZOIKn0Yv3u,
http://www.playvid.com/watch/Ap5RIMn2uKP, http://www.playvid.com/watch/Zx8g1o6qC6t, http://www.playvid.com/watch/uJ0iFJA0zo4,
http://www.playvid.com/watch/M41ES-Arh6I, http://www.playvid.com/watch/GvcL1qBAX6S, http://www.playvid.com/watch/zvpvpI9aGbl,
http://www.playvid.com/watch/a6uexPCE9Km, http://www.playvid.com/watch/cmusKm4cuva, http://www.playvid.com/watch/05Rk3Q9tOo0,
http://www.playvid.com/watch/gYGOVqPDqSU, http://www.playvid.com/watch/8-7L97n2Dl3, http://www.playvid.com/watch/jm5ygk1bF-6,
http://www.playvid.com/watch/7GQOogwZ1oM, http://www.playvid.com/watch/nnLfW03DCDb, http://www.playvid.com/watch/zMDVtdR0rdm,
http://www.playvid.com/watch/niK5e2OYTTu, http://www.playvid.com/watch/RVbDp2wLpNg, http://www.playvid.com/watch/dMrrEYbUKWM,
http://www.playvid.com/watch/8XnQZfrlutn, http://www.playvid.com/watch/d-4iQSk2xFW, http://www.playvid.com/watch/wosdleopE55,
http://www.playvid.com/watch/E0sHnN7I_ru, http://www.playvid.com/watch/qEkw4v9b_vn, http://www.playvid.com/watch/MwYmJBW43oA,
http://www.playvid.com/watch/85w_9JtG1rB, http://www.playvid.com/watch/xhbNXTNgHkw, http://www.playvid.com/watch/kESNoCNeJpn,
http://www.playvid.com/watch/IXyjReFaDsd, http://www.playvid.com/watch/ximE65ClG7d, http://www.playvid.com/watch/AhLW493EoFe,
http://www.playvid.com/watch/V2rRpgw63pT, http://www.playvid.com/watch/BjexxQKZkIL, http://www.playvid.com/watch/XUBYaWsDC8C,
http://www.playvid.com/watch/nVLvcYZz_Rr, http://www.playvid.com/watch/IblPnvujC6j, http://www.playvid.com/watch/08PV-_ttJsN,
http://www.playvid.com/watch/2Pb9bOFe9AO, http://www.playvid.com/watch/it4ofihwRjJ, http://www.playvid.com/watch/cietQm9IxuA,
http://www.playvid.com/watch/MsXKXS-qGDl, http://www.playvid.com/watch/lv57LP0Taqa, http://www.playvid.com/watch/eA1OLSyP963,
http://www.playvid.com/watch/k4qfIHC_NOp, http://www.playvid.com/watch/SlebnlF8Elu, http://www.playvid.com/watch/Rfo1CyHRRdB,
http://www.playvid.com/watch/gXfSaTYm1Gp, http://www.playvid.com/watch/KVLq62qvNAq, http://www.playvid.com/watch/IkVp3dnnqUp,
http://www.playvid.com/watch/pB2cR4gj_wd, http://www.playvid.com/watch/52zS3GZZGFZ, http://www.playvid.com/watch/nb8ZDXhjLEC,
http://www.playvid.com/watch/psVHk6RRSng, http://www.playvid.com/watch/4b4JQnR81RT, http://www.playvid.com/watch/0R3QLDw_4qS,
http://www.playvid.com/watch/Nwtq2Ln8pWd, http://www.playvid.com/watch/cFGsgCP7Rdw, http://www.playvid.com/watch/B-v5NAC2OS0,
http://www.playvid.com/watch/Js1seKRb6yI, http://www.playvid.com/watch/oIXJ94HuEJN, http://www.playvid.com/watch/4bY8-ikVY6m,
http://www.playvid.com/watch/bR1E1ffvbmz, http://www.playvid.com/watch/UyKCdGtBLAm, http://www.playvid.com/watch/ixqLsAfAHvK,
http://www.playvid.com/watch/pnpVjU7EZyI, http://www.playvid.com/watch/OzaeeufbKZ3, http://www.playvid.com/watch/QA6y4-6o1h9,
http://www.playvid.com/watch/dl0V8Dk708s, http://www.playvid.com/watch/UF0172Dzx4V, http://www.playvid.com/watch/weSBFLLuXT7,
http://www.playvid.com/watch/gpX4M0cZKdb, http://www.playvid.com/watch/xOmn20rmu8W, http://www.playvid.com/watch/2OTBWtdWjLI,
http://www.playvid.com/watch/lad5O8vXk7J, http://www.playvid.com/watch/cnNJ_NxKoZ7, http://www.playvid.com/watch/CRYLUKeiaX3,
http://www.playvid.com/watch/SbqvE08M_eS, http://www.playvid.com/watch/q45Tzc1Ba6Q, http://www.playvid.com/watch/CTKiAzhfw-W,
http://www.playvid.com/watch/xJSJEHFY0Rd, http://www.playvid.com/watch/iyc8sRwEicy, http://www.playvid.com/watch/do_cueqce4M,
http://www.playvid.com/watch/n2KWEQjs_fP, http://www.playvid.com/watch/6UEtjkl6L_m, http://www.playvid.com/watch/N0gDWVqCdSL,
http://www.playvid.com/watch/iIPZhgkg_AY, http://www.playvid.com/watch/b63j6PcBTu2, http://www.playvid.com/watch/DS6x1Le-BBE,
http://www.playvid.com/watch/beabBrEbGSn, http://www.playvid.com/watch/lAbWfOLh7n7, http://www.playvid.com/watch/9B14tdfkF8x,
http://www.playvid.com/watch/kNoLZLsfsRE, http://www.playvid.com/watch/o3Xxh7VFGZP, http://www.playvid.com/watch/3od9VxyuXLF,
http://www.playvid.com/watch/T7P3yjEfy6t, http://www.playvid.com/watch/VNvhDUgROCM, http://www.playvid.com/watch/CVPoeBe5KxC,
http://www.playvid.com/watch/v4krEfyJC2S, http://www.playvid.com/watch/r6MuE6kcfJy, http://www.playvid.com/watch/YPgj3QxcXKe,
http://www.playvid.com/watch/ZWX3Sid3emf, http://www.playvid.com/watch/4jwcUrBLWi9, http://www.playvid.com/watch/bELBWyFKIZF,
http://www.playvid.com/watch/Ltc6yvL48En, http://www.playvid.com/watch/4hv4xVD8VTN, http://www.playvid.com/watch/wtXH3UfGqLS,
http://www.playvid.com/watch/9M8z3VpoIHl, http://www.playvid.com/watch/YJMfMR_p5-V, http://www.playvid.com/watch/gj3-4KZLQI7,
http://www.playvid.com/watch/EOSzZ944vBu, http://www.playvid.com/watch/iNtlzWFm8mT, http://www.playvid.com/watch/Z_H-uTUXAPI,
http://www.playvid.com/watch/fYvjtnudL0U, http://www.playvid.com/watch/uzZIFKFwrFt, http://www.playvid.com/watch/hCSQliiWq8z,
http://www.playvid.com/watch/VSbShMX2FNZ, http://www.playvid.com/watch/5LA7a5KWmOL, http://www.playvid.com/watch/cB_qoQPeXQg,
http://www.playvid.com/watch/SB3IT7VbCCm, http://www.playvid.com/watch/9kIpeNLo3bP, http://www.playvid.com/watch/dyJrNblJvF9,
http://www.playvid.com/watch/69mQd9334t9, http://www.playvid.com/watch/kheHkYYLxJR, http://www.playvid.com/watch/I2zePfh_7JV,
http://www.playvid.com/watch/eBfZvbqk9CA, http://www.playvid.com/watch/AObdKJb14zH, http://www.playvid.com/watch/ybkK7VJiq7o,
http://www.playvid.com/watch/n4XK9p6-ojc, http://www.playvid.com/watch/0Qh284DNfPP, http://www.playvid.com/watch/HriKk15PqXL,
http://www.playvid.com/watch/VDrxSiyxv10, http://www.playvid.com/watch/WAdsgjaW_Gb, http://www.playvid.com/watch/CvoWFAve-tf,
http://www.playvid.com/watch/oNCEp--dQ35, http://www.playvid.com/watch/mD7i_Eye-aW, http://www.playvid.com/watch/VkvNlvH1Ez8,
http://www.playvid.com/watch/r6_pltX7idZ, http://www.playvid.com/watch/fum0c25HXI0, http://www.playvid.com/watch/GY9D8t5eRDw,
http://www.playvid.com/watch/OsoLCUBfeQz, http://www.playvid.com/watch/SCd8n5qEX6f, http://www.playvid.com/watch/N3-ADl-f9ey,
http://www.playvid.com/watch/onjoS2tu_1y, http://www.playvid.com/watch/dAV7hkmzte3
5.f. Date of third notice: 2014-05-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: razzmatazz
5.b. Uploader's email address: frank.myrboh@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/razzmatazz
5.e. List of videos posted by uploader: http://www.playvid.com/watch/i9TFm1z3luh, http://www.playvid.com/watch/zcyY07Pb5Vq,
http://www.playvid.com/watch/lYvU7eXYSFI, http://www.playvid.com/watch/P116FeXUkFP, http://www.playvid.com/watch/qDGaMkJQUKe,
http://www.playvid.com/watch/5kn-buEEQ7V, http://www.playvid.com/watch/6RelAJ1xCS5, http://www.playvid.com/watch/ROlwYsPF08e,
http://www.playvid.com/watch/ot5SIRjJSCr, http://www.playvid.com/watch/NUaKvkg7uHG, http://www.playvid.com/watch/Qg8-VYOlPD8,
http://www.playvid.com/watch/nWRVsy8CcKK, http://www.playvid.com/watch/c6PATdfc73H, http://www.playvid.com/watch/go6-NB30aDO,
http://www.playvid.com/watch/NngN0vnPIOm, http://www.playvid.com/watch/6zFllXZbvci, http://www.playvid.com/watch/BhDR2OWUO_Q,
http://www.playvid.com/watch/5C_m7Ah5z3w, http://www.playvid.com/watch/aHx699hOz2e, http://www.playvid.com/watch/lMum2xQuXpL,
http://www.playvid.com/watch/4n0X5x7T9Ph, http://www.playvid.com/watch/g_5-IV8-tdE, http://www.playvid.com/watch/emg0KCe3FWO,
http://www.playvid.com/watch/bmUEI8UI9bh, http://www.playvid.com/watch/qPgMezYxOVm, http://www.playvid.com/watch/6Vt4Z44xdYi,
http://www.playvid.com/watch/BdXAOm5bHrB, http://www.playvid.com/watch/fZjdDsMwRcL, http://www.playvid.com/watch/Ab2jdd2uaQr,
http://www.playvid.com/watch/gI9RBsR1BPo, http://www.playvid.com/watch/zilbeQ_lrMa, http://www.playvid.com/watch/NWlLt0WunHu,
http://www.playvid.com/watch/Vh3Gx527CV2, http://www.playvid.com/watch/a8msOLyiPtA, http://www.playvid.com/watch/flzA9ObJ6_6,
http://www.playvid.com/watch/LCns3I8jvoV, http://www.playvid.com/watch/BVy6Ali84wb, http://www.playvid.com/watch/hQ3TR9F2yEi,
http://www.playvid.com/watch/HHhm0jx2Z-H, http://www.playvid.com/watch/RdD90PPHp8p, http://www.playvid.com/watch/5c0gJ7HUZjb,
http://www.playvid.com/watch/GJrfUqL_ryG, http://www.playvid.com/watch/R6y_zJ_e3Pg, http://www.playvid.com/watch/yvlbUcgW3Xk,
http://www.playvid.com/watch/Tf7RHRJo3BE, http://www.playvid.com/watch/3rQ40o4Bjn8, http://www.playvid.com/watch/M6CjVGXCq-6,
http://www.playvid.com/watch/P7bqqY1eVjB, http://www.playvid.com/watch/oh_qHdWl_lV, http://www.playvid.com/watch/iq8bLN9sp-H,
http://www.playvid.com/watch/xPC6A-jWMwy, http://www.playvid.com/watch/4ChwFR8f_nu, http://www.playvid.com/watch/z3uNEC63kPT,
http://www.playvid.com/watch/G8efqy7WEin, http://www.playvid.com/watch/m1aeOrNpF9e, http://www.playvid.com/watch/lsVKxjfU1K8,

http://www.playvid.com/watch/ALtsz0nucAV, http://www.playvid.com/watch/riKwgg9Vrvp, http://www.playvid.com/watch/0J5_xM3rjN4, http://www.playvid.com/watch/Ph7rDVdv4Oi, http://www.playvid.com/watch/KpO4iJL6aYw, http://www.playvid.com/watch/Y5oEhkV5VPs, http://www.playvid.com/watch/cxqqCy54DjF, http://www.playvid.com/watch/ixnobDvC-Ub, http://www.playvid.com/watch/aS93a-rShc0, http://www.playvid.com/watch/9cd9hUWk93L, http://www.playvid.com/watch/q9g1DEb9EH6, http://www.playvid.com/watch/tirarpvhfOM, http://www.playvid.com/watch/ry2hpzTUACN, http://www.playvid.com/watch/3gYBY9FIFqN, http://www.playvid.com/watch/qIRHY7iqQPq, http://www.playvid.com/watch/UOr-N0ns2t9, http://www.playvid.com/watch/IODjaRYlF5v, http://www.playvid.com/watch/GIRjTOerqQy, http://www.playvid.com/watch/fDMyYdlnDqN, http://www.playvid.com/watch/88wXYbworj8, http://www.playvid.com/watch/xqcLoyabUwq, http://www.playvid.com/watch/GpXAgckM0TD, http://www.playvid.com/watch/wpnIAhdpxBa, http://www.playvid.com/watch/Gh6lw19r1RV, http://www.playvid.com/watch/BGNwOqp7B6N, http://www.playvid.com/watch/bilzT__j_Xk, http://www.playvid.com/watch/CYOZ8Ki5QAI, http://www.playvid.com/watch/gtd09DA41HT, http://www.playvid.com/watch/4zxGYiRfY_5, http://www.playvid.com/watch/rCEkpT1_0oC, http://www.playvid.com/watch/6k24INvVFl6, http://www.playvid.com/watch/YvvRTYo3fhX, http://www.playvid.com/watch/7tC7K_-uk9F, http://www.playvid.com/watch/a6nv64NJRTe, http://www.playvid.com/watch/HrvTJyeBZfw, http://www.playvid.com/watch/zmk3-ubYZxh, http://www.playvid.com/watch/8bZlS2YfdAK, http://www.playvid.com/watch/b-h-d-Pkiu2, http://www.playvid.com/watch/UjhNTKBlKF5, http://www.playvid.com/watch/G7uvy_WCaiz, http://www.playvid.com/watch/r0nSwYcYxBr, http://www.playvid.com/watch/Pnc12Yxit8r, http://www.playvid.com/watch/kVYVanTa1b5, http://www.playvid.com/watch/GjI2ZACN8XL, http://www.playvid.com/watch/Octg7foaZSu, http://www.playvid.com/watch/81QFAnkzNVp, http://www.playvid.com/watch/oMOc9WEt1DQ, http://www.playvid.com/watch/2va73GlAqXc, http://www.playvid.com/watch/36x1KUawXTq, http://www.playvid.com/watch/Wum7HfMFzuf, http://www.playvid.com/watch/NuezC1etAtp
5.f. Date of third notice: 2014-05-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: realboy
5.b. Uploader's email address: ferefomaeo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/realboy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/R9fbb6pAiUb, http://www.playvid.com/watch/qWxy4S-7xKA, http://www.playvid.com/watch/SW5eGiwplgB, http://www.playvid.com/watch/9vzTgrjX4wk, http://www.playvid.com/watch/dpM6ary6HjZ, http://www.playvid.com/watch/t0jX408InW8, http://www.playvid.com/watch/u7DowSQsMbd, http://www.playvid.com/watch/IbXrPFKYtiL, http://www.playvid.com/watch/KDkDKyuNLWJ, http://www.playvid.com/watch/rIV9B2uIeRl, http://www.playvid.com/watch/SjNP2gLTR-d, http://www.playvid.com/watch/7LW6oV2OhIa, http://www.playvid.com/watch/OGFADAhSoqW, http://www.playvid.com/watch/ehw5SDadC7a, http://www.playvid.com/watch/ypY9Bi9qvSY, http://www.playvid.com/watch/zTjlWawMCNo, http://www.playvid.com/watch/673AbHxv3UT, http://www.playvid.com/watch/XKN8UOoNC2f, http://www.playvid.com/watch/Sj7DzIeU2xs, http://www.playvid.com/watch/6-jx5liX3WP, http://www.playvid.com/watch/4rWWUuZD-Xd, http://www.playvid.com/watch/qjYO-VKJmE6, http://www.playvid.com/watch/dTvoCyPRDaP, http://www.playvid.com/watch/xpbrZWRS0eK, http://www.playvid.com/watch/0jeLcmfejde, http://www.playvid.com/watch/CtzGXWSu8ll, http://www.playvid.com/watch/IJN6NAyjXTO, http://www.playvid.com/watch/75GLKR2jBDh, http://www.playvid.com/watch/PZpCHKbzGe2, http://www.playvid.com/watch/B0MwKJAdf03, http://www.playvid.com/watch/k94SOPj8Vvs, http://www.playvid.com/watch/IKsz0qMrDpq, http://www.playvid.com/watch/L68B6f89pii, http://www.playvid.com/watch/Inc9CXT8dA8, http://www.playvid.com/watch/h2FN9v4TXdC, http://www.playvid.com/watch/vDvZt7TghnT, http://www.playvid.com/watch/MTBfVLyRuv3, http://www.playvid.com/watch/QytgPZgRryV, http://www.playvid.com/watch/pXHVpZEDIAg, http://www.playvid.com/watch/9O28dmn7hp0, http://www.playvid.com/watch/6Fvd9bSYeMR, http://www.playvid.com/watch/i3xEuLNCII-, http://www.playvid.com/watch/br7qaCiZZAQ, http://www.playvid.com/watch/VjfGPnY3ihn, http://www.playvid.com/watch/hRzSW2XfYNt, http://www.playvid.com/watch/GHkUOqURZ64, http://www.playvid.com/watch/HOaHFA6KomF, http://www.playvid.com/watch/rJ4alTQ57b0, http://www.playvid.com/watch/akg5FrT32KS
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rebelred
5.b. Uploader's email address: danhealy1978@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rebelred
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZGccrXvqMWk, http://www.playvid.com/watch/BuuZNGsgiew, http://www.playvid.com/watch/soZ_cF6iiny, http://www.playvid.com/watch/smx1vtX8Hfd, http://www.playvid.com/watch/e5HkKmgQMG6, http://www.playvid.com/watch/HI1mXaSt2AB, http://www.playvid.com/watch/4AlWzziV-Cv, http://www.playvid.com/watch/voTVEcdrqAd, http://www.playvid.com/watch/OEOJ-o1neIO, http://www.playvid.com/watch/5TFZd0u8VsS, http://www.playvid.com/watch/NMpg9ZImS3v, http://www.playvid.com/watch/48_KXP2Tu4z, http://www.playvid.com/watch/x61CSz_g8en, http://www.playvid.com/watch/Vvrwv9Kyeqc, http://www.playvid.com/watch/4E44mLKQY6H, http://www.playvid.com/watch/rL5B3MqpYOP, http://www.playvid.com/watch/ggWMcHlcdEP, http://www.playvid.com/watch/tSs8vO6oZLc, http://www.playvid.com/watch/R5R-B8ILq39, http://www.playvid.com/watch/QxytG-1Dsqk, http://www.playvid.com/watch/wSmShwA-CEt, http://www.playvid.com/watch/rUPQvizVKAj, http://www.playvid.com/watch/BpboNMbRu_3, http://www.playvid.com/watch/N65m1a3pWUB, http://www.playvid.com/watch/oRLEEyFCpsP, http://www.playvid.com/watch/O0Yq6YMbMgq, http://www.playvid.com/watch/8bbAUh6E6mS, http://www.playvid.com/watch/BSMIsGrZsgH, http://www.playvid.com/watch/OSVqFdsG0lU, http://www.playvid.com/watch/ImO2Sj8Is3N, http://www.playvid.com/watch/iheYcYlVsDJ, http://www.playvid.com/watch/xPVMtH0yFbJ, http://www.playvid.com/watch/BSBAUwQefjR, http://www.playvid.com/watch/YcSTf7mliW0, http://www.playvid.com/watch/YkQh3G8WZiJ, http://www.playvid.com/watch/7pMHLGIK2yM, http://www.playvid.com/watch/IDyN4sr6H7a, http://www.playvid.com/watch/N18EdJ5LB2a, http://www.playvid.com/watch/Cf4KeWdxhbc, http://www.playvid.com/watch/yC-iTLSMoJa, http://www.playvid.com/watch/OfrzILuBaMo, http://www.playvid.com/watch/b4g2ZJOHzP3, http://www.playvid.com/watch/H1oDBMpPcBF, http://www.playvid.com/watch/2nwFbklTDoJ, http://www.playvid.com/watch/vKP58ic6naF, http://www.playvid.com/watch/v6W6dFVIXfI, http://www.playvid.com/watch/dVqk6LTU6_I, http://www.playvid.com/watch/PHgweIqup4z, http://www.playvid.com/watch/Zo7lsP43joR, http://www.playvid.com/watch/PbZR7tAmEQm, http://www.playvid.com/watch/S-68YI3Ip9U, http://www.playvid.com/watch/LNDNwD73gLX, http://www.playvid.com/watch/clMjNtW2KB3, http://www.playvid.com/watch/B8bMyZs4PwR, http://www.playvid.com/watch/KsrGCEoSj8o, http://www.playvid.com/watch/RHHnbFl3I0F, http://www.playvid.com/watch/A2zmoMly9FA, http://www.playvid.com/watch/iUyMSTvsS0K, http://www.playvid.com/watch/hZm-qrUL9ho, http://www.playvid.com/watch/vJvrWh81geQ, http://www.playvid.com/watch/3gvpufy273b, http://www.playvid.com/watch/tVP7f43oC39, http://www.playvid.com/watch/p_vak6aj6Eh, http://www.playvid.com/watch/Zqp0tTu5GNE, http://www.playvid.com/watch/FJJW53s0XTS, http://www.playvid.com/watch/5iF7OASQbi4, http://www.playvid.com/watch/gJJ1eSXC23Q, http://www.playvid.com/watch/o9wxDgiSeCK, http://www.playvid.com/watch/l2dzuZBTkue, http://www.playvid.com/watch/t0rPlC7fzd7, http://www.playvid.com/watch/DXycV84Ixcm, http://www.playvid.com/watch/ePMQmXt_44p, http://www.playvid.com/watch/00PiQAl0P-5, http://www.playvid.com/watch/j8XmbA5PHmu, http://www.playvid.com/watch/MUFqx9CO7f0, http://www.playvid.com/watch/IgtOZG97WQN, http://www.playvid.com/watch/S5tMCciPqJB, http://www.playvid.com/watch/F-0jKD9HhmR, http://www.playvid.com/watch/EQ7cYC8pH4P, http://www.playvid.com/watch/kRA6h8zvH92
5.f. Date of third notice: 2015-10-27 21:39:31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: redbeard
5.b. Uploader's email address: 333redbeard@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/redbeard
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QKIi38RMmXY, http://www.playvid.com/watch/gi2nbDJXGuR, http://www.playvid.com/watch/IfABFAVBTVQ, http://www.playvid.com/watch/i2WmVDuWhdm, http://www.playvid.com/watch/JovuAaEDuWY, http://www.playvid.com/watch/TnCpEqz2EyD, http://www.playvid.com/watch/L6xi4uTrlwp, http://www.playvid.com/watch/llqY3FaP09c, http://www.playvid.com/watch/aHgaHgBEOP9, http://www.playvid.com/watch/ELQ8Nn7QiUd, http://www.playvid.com/watch/bsqFNWnsZc3, http://www.playvid.com/watch/9y48pKYxy07, http://www.playvid.com/watch/JIiYF4p-ccw, http://www.playvid.com/watch/g6-tuMITSx0, http://www.playvid.com/watch/6nJyR0qPVYS, http://www.playvid.com/watch/Z8xrbeo4EAb, http://www.playvid.com/watch/G2nT74Hxdb9, http://www.playvid.com/watch/nW7nuAng8Lt, http://www.playvid.com/watch/NOVgRUPoYXB, http://www.playvid.com/watch/ZStF8jD0UGS, http://www.playvid.com/watch/uEjBUa4a5RU, http://www.playvid.com/watch/BTfbj7SXlQ7, http://www.playvid.com/watch/WzL3uk3LIHW, http://www.playvid.com/watch/sP98xNb2EW2, http://www.playvid.com/watch/8GW4dJmBb7M, http://www.playvid.com/watch/Xsyi4PiDMaM, http://www.playvid.com/watch/pTMNX3Kg4ge, http://www.playvid.com/watch/wTCVTds3qQL, http://www.playvid.com/watch/Ljj2-z34D2r, http://www.playvid.com/watch/soYzyFnAzTi, http://www.playvid.com/watch/Pq-Lu9-Bkpf, http://www.playvid.com/watch/p2BI0mmICOL, http://www.playvid.com/watch/U4j7Gw3Pk5p, http://www.playvid.com/watch/sksvUMm9liw, http://www.playvid.com/watch/6ZE3ijgJHB2, http://www.playvid.com/watch/odGXzDznjsw, http://www.playvid.com/watch/seWpoKDb4u-, http://www.playvid.com/watch/fAHFErl9WAu, http://www.playvid.com/watch/PmcIg4m-5Of, http://www.playvid.com/watch/b5GkG2BL5Jx, http://www.playvid.com/watch/nR7b-v4udpv, http://www.playvid.com/watch/M8SaHrvCAqy, http://www.playvid.com/watch/Q66xB0GWknT, http://www.playvid.com/watch/hiBIB30o9LN, http://www.playvid.com/watch/QfGaFBu7dQk, http://www.playvid.com/watch/aUBYpwyfx8q, http://www.playvid.com/watch/-cfvdrL79Lf, http://www.playvid.com/watch/XCG9ITQhFAm, http://www.playvid.com/watch/BYB9DyRgYg3, http://www.playvid.com/watch/YFqcq6GagvU,

http://www.playvid.com/watch/pNMaOnVQWSs, http://www.playvid.com/watch/OdZ58FWmyiz, http://www.playvid.com/watch/oalaDFPE-TW,
http://www.playvid.com/watch/3f0webk-EJ3, http://www.playvid.com/watch/fzqqZPI-PKR, http://www.playvid.com/watch/NgiXJYGuclM,
http://www.playvid.com/watch/rcdEJRDxqjN, http://www.playvid.com/watch/nNMBOvwg5RT, http://www.playvid.com/watch/nFFgQ3LPZ86,
http://www.playvid.com/watch/eSKhJqFTCFl, http://www.playvid.com/watch/fZIP5mTRCLf, http://www.playvid.com/watch/Ly3QNnEsYcf,
http://www.playvid.com/watch/cnNGgr83BCg, http://www.playvid.com/watch/YwezS3DwcJ5, http://www.playvid.com/watch/oe7jdCSKjft,
http://www.playvid.com/watch/LGrBKajgnGF, http://www.playvid.com/watch/GV5mSuoYLvo, http://www.playvid.com/watch/h0umGqGkzmb,
http://www.playvid.com/watch/Kan2rLOs03Z, http://www.playvid.com/watch/sVBXpPqks-v, http://www.playvid.com/watch/D9ZWUc9c2n0,
http://www.playvid.com/watch/BiQXb8WR3gw, http://www.playvid.com/watch/DCf5bjniqAo, http://www.playvid.com/watch/j0W-jlNHCgr,
http://www.playvid.com/watch/DadMezEZZcG, http://www.playvid.com/watch/mhJRVZYDx98, http://www.playvid.com/watch/FPiwgDvR5qI,
http://www.playvid.com/watch/3DRjtEYJ-Jo, http://www.playvid.com/watch/y-VoMQqtVru, http://www.playvid.com/watch/q9qDKB6Oa7F,
http://www.playvid.com/watch/WUEo0NGZVnu, http://www.playvid.com/watch/IlkQaZQ7NYY, http://www.playvid.com/watch/t59Xc0xwdHU,
http://www.playvid.com/watch/dFrs2W3nHGb, http://www.playvid.com/watch/RUrPMcXQXMM, http://www.playvid.com/watch/0fPA9CEu6Uj,
http://www.playvid.com/watch/QJdWc0x4v3z, http://www.playvid.com/watch/KkkwPOJvzRj, http://www.playvid.com/watch/BHN4apHp7bp,
http://www.playvid.com/watch/VnaRhbaO99S, http://www.playvid.com/watch/hyzKz-HyZRO, http://www.playvid.com/watch/DRG8cD9fvjN,
http://www.playvid.com/watch/UpFpnEEZgw2, http://www.playvid.com/watch/Q9kGnMgK2GM, http://www.playvid.com/watch/FF4q78cbgZG,
http://www.playvid.com/watch/0HGffEE5Nfd, http://www.playvid.com/watch/r5WSryORCEy, http://www.playvid.com/watch/2wo9NHTzemV,
http://www.playvid.com/watch/wjcMcneUG2H, http://www.playvid.com/watch/5LttOyWcjwb, http://www.playvid.com/watch/awqJnK0tEjl,
http://www.playvid.com/watch/tv8IhALWdZV, http://www.playvid.com/watch/7k7LhXu4jwc, http://www.playvid.com/watch/7S6B7ER5JOP,
http://www.playvid.com/watch/vIGo9zZBhza, http://www.playvid.com/watch/z4JgLaJt7H-, http://www.playvid.com/watch/JDexJSZWm-p,
http://www.playvid.com/watch/d92QHFD0RS8, http://www.playvid.com/watch/BY2fRTpdFVM, http://www.playvid.com/watch/3lRQ67z8U22,
http://www.playvid.com/watch/2OpPmyPHY4m, http://www.playvid.com/watch/U2WRJOLyfhO, http://www.playvid.com/watch/H-AOe9vqdC4,
http://www.playvid.com/watch/iv2eF-vYIxl, http://www.playvid.com/watch/ShU9ENbM7Hz, http://www.playvid.com/watch/l4u-9IjXn0x,
http://www.playvid.com/watch/nWXOJd2ABwe, http://www.playvid.com/watch/oEqhr0AmIn0, http://www.playvid.com/watch/74LoOwbZZQ8,
http://www.playvid.com/watch/lBDOg5M4yZX, http://www.playvid.com/watch/VZF5DiAReZB, http://www.playvid.com/watch/HoeWjN3dmm-,
http://www.playvid.com/watch/4FFdHmrjpe5, http://www.playvid.com/watch/5BlHSPMherW, http://www.playvid.com/watch/W-ljxM0Iggb,
http://www.playvid.com/watch/i2d5loUfRWf, http://www.playvid.com/watch/ZH8a4I49Z2l, http://www.playvid.com/watch/aiqUoGMvsLw,
http://www.playvid.com/watch/CnQHE8E00-9, http://www.playvid.com/watch/VwKoRLh8kMV, http://www.playvid.com/watch/v0xcDnSmBYx,
http://www.playvid.com/watch/QmYSjKaghWZ, http://www.playvid.com/watch/THbEdyFLuN8, http://www.playvid.com/watch/PPV3qwg8MXI,
http://www.playvid.com/watch/PHe9Azu5IJA, http://www.playvid.com/watch/ihSiDlixnBn, http://www.playvid.com/watch/29ItwLHW8WM,
http://www.playvid.com/watch/9nh8ytAxNcO, http://www.playvid.com/watch/UyEw8QwYnPd, http://www.playvid.com/watch/lPylfeDkOuV,
http://www.playvid.com/watch/nGa2PChEisO, http://www.playvid.com/watch/3t6DJWRbkcK, http://www.playvid.com/watch/kFrwMyYWSl9,
http://www.playvid.com/watch/wcwT3vnvhg2, http://www.playvid.com/watch/KyyUN6vJxHD, http://www.playvid.com/watch/7iHhVQqrzqj,
http://www.playvid.com/watch/37iEmjTCHhB, http://www.playvid.com/watch/ZqxVk5DK74F, http://www.playvid.com/watch/QtMsz9xWj3B,
http://www.playvid.com/watch/2lsEdY5R4VP, http://www.playvid.com/watch/5FxGeQ4q5p6, http://www.playvid.com/watch/Nyw6OLl262W,
http://www.playvid.com/watch/ZKzcToNUD7d, http://www.playvid.com/watch/FxH0vy8XHk0, http://www.playvid.com/watch/7VeqCkt-rrp,
http://www.playvid.com/watch/QTAUbaCFZkG, http://www.playvid.com/watch/tKITmmi5ios, http://www.playvid.com/watch/BigOT4jKsqj,
http://www.playvid.com/watch/cYRutlgmKYu, http://www.playvid.com/watch/g8-iVFbuhwH, http://www.playvid.com/watch/9MMo2E2NuRp,
http://www.playvid.com/watch/xlIiW6w9B34, http://www.playvid.com/watch/w0RNQ05cKJx, http://www.playvid.com/watch/A2TiL-qQi7Q,
http://www.playvid.com/watch/i-vnQdyQM7F, http://www.playvid.com/watch/7LN6D2O0dqx, http://www.playvid.com/watch/OTbdU40PGnP,
http://www.playvid.com/watch/fJ8aFntHLP-, http://www.playvid.com/watch/kVNUjtdrNAA, http://www.playvid.com/watch/ZosXrhJTMKx,
http://www.playvid.com/watch/e6Vh8LZNWPO, http://www.playvid.com/watch/ABcWXFf48Nn, http://www.playvid.com/watch/oLAh---eOLX,
http://www.playvid.com/watch/cX7dmneL5nO, http://www.playvid.com/watch/cKHoqF7KelC, http://www.playvid.com/watch/PCgTvwp-30n,
http://www.playvid.com/watch/d2bqcXnRi5c, http://www.playvid.com/watch/3ItIREUJuu9, http://www.playvid.com/watch/7vX0SPnCvVM,
http://www.playvid.com/watch/JNmewXp39kM, http://www.playvid.com/watch/Eutb80l3Sxy, http://www.playvid.com/watch/EBgvhDRGBev,
http://www.playvid.com/watch/qAhGfYwbvXi, http://www.playvid.com/watch/F362YKrSJ-w, http://www.playvid.com/watch/hn482XSA9aX,
http://www.playvid.com/watch/RrVGYTrPfUZ, http://www.playvid.com/watch/DXMYWiDt8he, http://www.playvid.com/watch/tPOCrhrndxq,
http://www.playvid.com/watch/TzBWEUtX3Ln, http://www.playvid.com/watch/iTH8Xvwz-v-, http://www.playvid.com/watch/nwSpBnKlHsB,
http://www.playvid.com/watch/cT-TMazolrm, http://www.playvid.com/watch/coT8nTMEaRO, http://www.playvid.com/watch/n-Z2XEWB9LL,
http://www.playvid.com/watch/0QKbkJ6zGT8, http://www.playvid.com/watch/rSnJeMHdBuI, http://www.playvid.com/watch/S-QNJVhVwvz,
http://www.playvid.com/watch/cT0pCW7Vtym, http://www.playvid.com/watch/P09YPWqXNQP, http://www.playvid.com/watch/5p3YDpCikbx,
http://www.playvid.com/watch/NJgkXhXkGOP, http://www.playvid.com/watch/i0oKwpaqabR, http://www.playvid.com/watch/F3VxbPjZgif,
http://www.playvid.com/watch/joFLip-DEdD, http://www.playvid.com/watch/r4D5B0qzsXD, http://www.playvid.com/watch/0GaAs9wnKG-,
http://www.playvid.com/watch/dPdcyySUnaH, http://www.playvid.com/watch/ckJY5Sy97rB, http://www.playvid.com/watch/-s7cEIqm9MW,
http://www.playvid.com/watch/JF92QmsgFjb, http://www.playvid.com/watch/MiAgZnUC0Sk, http://www.playvid.com/watch/FffDW0VHvOT,
http://www.playvid.com/watch/QQSSIggLTS6, http://www.playvid.com/watch/K7f8JxLyxF6, http://www.playvid.com/watch/isuKB45knFj,
http://www.playvid.com/watch/TEh-E5kKzVa, http://www.playvid.com/watch/nwgKy2VY383, http://www.playvid.com/watch/yvMGnhJciwO,
http://www.playvid.com/watch/TsiRPLYtqVw, http://www.playvid.com/watch/UaypeRMxuKZ, http://www.playvid.com/watch/PRRwRylOR75,
http://www.playvid.com/watch/Rb77cALDQcs, http://www.playvid.com/watch/o8hSfptWmzh, http://www.playvid.com/watch/FRlaSUDpa98,
http://www.playvid.com/watch/wtJ2ytrdpRh, http://www.playvid.com/watch/5kEda8vHJDw, http://www.playvid.com/watch/MwkFTmxzrDV,
http://www.playvid.com/watch/ZHlgLBQeffO, http://www.playvid.com/watch/JIf78DlVBhR, http://www.playvid.com/watch/q4M7SlbGYg-,
http://www.playvid.com/watch/9-7cUr0V3ww, http://www.playvid.com/watch/2lXC7LtRTG4, http://www.playvid.com/watch/--fs26sytZE,
http://www.playvid.com/watch/YRRXckQRlE4, http://www.playvid.com/watch/PnOAZbANdYm, http://www.playvid.com/watch/Jrj5KVX9Ukg,
http://www.playvid.com/watch/d7Q7qSlUcXF, http://www.playvid.com/watch/RlUOPWbZDws, http://www.playvid.com/watch/SzgkTReTgxO,
http://www.playvid.com/watch/Eud3iuhYhYB, http://www.playvid.com/watch/xDnBCYO5DVe, http://www.playvid.com/watch/PNCBAERX5Ph,
http://www.playvid.com/watch/sSmfoaSK58v, http://www.playvid.com/watch/bYcozPcH93C, http://www.playvid.com/watch/FiohbfNp56a,
http://www.playvid.com/watch/3s0jXjUhB2S, http://www.playvid.com/watch/BbBe-ldMb0n, http://www.playvid.com/watch/dz6RK87qUXu,
http://www.playvid.com/watch/52QZ6ViX-zF, http://www.playvid.com/watch/GrJj9YM4XG8, http://www.playvid.com/watch/dxibjwf3OKx,
http://www.playvid.com/watch/IVD24n4UECA, http://www.playvid.com/watch/tDgVnj6rVRD, http://www.playvid.com/watch/qhm5IJ-tUY0,
http://www.playvid.com/watch/02oLyHpx2wp, http://www.playvid.com/watch/zhay-tYC6qn, http://www.playvid.com/watch/cDbhdTtmq6e,
http://www.playvid.com/watch/7WzSIag6bEF, http://www.playvid.com/watch/v0G0rvz-GU8, http://www.playvid.com/watch/4X6B69i4Trs,
http://www.playvid.com/watch/GWT9B9iPaME, http://www.playvid.com/watch/RSYEAKxQ3QT, http://www.playvid.com/watch/kfX-WEu7fQx,
http://www.playvid.com/watch/FQgfQUznhPG, http://www.playvid.com/watch/mrIHeBV7yyc, http://www.playvid.com/watch/zuDfISpnlCa,
http://www.playvid.com/watch/X29qKCeQPe5, http://www.playvid.com/watch/i9ufmvG5drV, http://www.playvid.com/watch/GxhqxhWCT02,
http://www.playvid.com/watch/8N6-Bm6uPWB, http://www.playvid.com/watch/-Zhblu6FWZe, http://www.playvid.com/watch/yxjyV-q8Cw3,
http://www.playvid.com/watch/h9tyPNDkMRp, http://www.playvid.com/watch/AK7GeZp9XBi, http://www.playvid.com/watch/j259QWs3TAA
5.f. Date of third notice: 2013-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: redd foxx
5.b. Uploader's email address: sterlingfjr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/redd+foxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tf5bs9DxJff, http://www.playvid.com/watch/Xf3wTrSkAch,
http://www.playvid.com/watch/AoheGmqhoTf, http://www.playvid.com/watch/62uKL76M7cb, http://www.playvid.com/watch/7RXjyZOz79H,
http://www.playvid.com/watch/pxH4wEilvzv, http://www.playvid.com/watch/mUGsHgJCQ7e, http://www.playvid.com/watch/eBwlu6IOk6Y,
http://www.playvid.com/watch/9BgdrZPE7ip, http://www.playvid.com/watch/9g2aYPMiBLT, http://www.playvid.com/watch/8xzm8IGKsm-,
http://www.playvid.com/watch/jN0P03vSrVu, http://www.playvid.com/watch/BFtR3mVQmVD, http://www.playvid.com/watch/hGkKDMhUBoz,
http://www.playvid.com/watch/rHZfMGXHPrk, http://www.playvid.com/watch/cyuz66pkPME, http://www.playvid.com/watch/CxfK-QEhKMm,
http://www.playvid.com/watch/8wzfzdVmgfQ, http://www.playvid.com/watch/hgKfgVlECnG, http://www.playvid.com/watch/XkOVpWcJqgw,
http://www.playvid.com/watch/jxTFyAyq4tR, http://www.playvid.com/watch/oEyFMudRICh, http://www.playvid.com/watch/peguHKt9uW0,
http://www.playvid.com/watch/nkenDqAmjsv, http://www.playvid.com/watch/lmO-wprN6KL, http://www.playvid.com/watch/hw20Y3rh-2L,
http://www.playvid.com/watch/cxRESxD5Cyv, http://www.playvid.com/watch/Gio46aLbBVb, http://www.playvid.com/watch/-PihK0mYhyd,
http://www.playvid.com/watch/kabOblBczJq, http://www.playvid.com/watch/Jes97bRDLgI, http://www.playvid.com/watch/5-JrNAXKoqT,
http://www.playvid.com/watch/p-eN0I-lHau, http://www.playvid.com/watch/0EK-ePYn4rM, http://www.playvid.com/watch/U5f2k-cQNjv,
http://www.playvid.com/watch/mYRiq0DhX5p, http://www.playvid.com/watch/nlgKs7th-ND, http://www.playvid.com/watch/LIvLrjZ4UWu,
http://www.playvid.com/watch/qPZlcOP8w2r, http://www.playvid.com/watch/jovaRswMH9N, http://www.playvid.com/watch/iKyl0SS20v8,
http://www.playvid.com/watch/3mkcyPdrqI6, http://www.playvid.com/watch/S-YVvvLpEkr, http://www.playvid.com/watch/cAgHl45xYtG,

http://www.playvid.com/watch/TJXvMpwwg2W, http://www.playvid.com/watch/HdngSf-3yDq, http://www.playvid.com/watch/H6ftCPaB3lZ, http://www.playvid.com/watch/Cn6d0OuLD5g, http://www.playvid.com/watch/W5DJ5WlQ225, http://www.playvid.com/watch/u4fUxt5NFti, http://www.playvid.com/watch/rrGZK-K3s6G, http://www.playvid.com/watch/JZ7OkPidxq0, http://www.playvid.com/watch/S5T9tuu-dl5, http://www.playvid.com/watch/TbLgphmpse4, http://www.playvid.com/watch/t4uVdb-F-fE, http://www.playvid.com/watch/rlGeMd25RHA, http://www.playvid.com/watch/CJz5i-6AXL3, http://www.playvid.com/watch/6G4dHeYr-zC, http://www.playvid.com/watch/tc0VG8lnLoZ, http://www.playvid.com/watch/fSXuoWUYg8y, http://www.playvid.com/watch/9rVY5pOErpk, http://www.playvid.com/watch/moeIAvfwNhc, http://www.playvid.com/watch/D4ml8nfELP9, http://www.playvid.com/watch/YC9tGh227Tn, http://www.playvid.com/watch/lF6uu0Yvess, http://www.playvid.com/watch/rx73EBPl0uc, http://www.playvid.com/watch/H3gu3VRazDr, http://www.playvid.com/watch/k5r4eTPEQwO, http://www.playvid.com/watch/QgMgEBNOxg6, http://www.playvid.com/watch/-46TH39whtg, http://www.playvid.com/watch/h5K-fZpK2Hh, http://www.playvid.com/watch/nGFWEuEMSbS, http://www.playvid.com/watch/x6Hv2RSm0Ka, http://www.playvid.com/watch/D8M0Y9PT-tu, http://www.playvid.com/watch/8-LhIsMHWOh, http://www.playvid.com/watch/TP-G6WQzoiw, http://www.playvid.com/watch/7A4wff8aDC3, http://www.playvid.com/watch/D2-WiNLxd9B, http://www.playvid.com/watch/o0ZxlXu5bgt, http://www.playvid.com/watch/3rgDmwFHhMA, http://www.playvid.com/watch/LN38m9ks05Y, http://www.playvid.com/watch/qHlQJ0CUlTH, http://www.playvid.com/watch/3yLCXmCPFSQ, http://www.playvid.com/watch/WNsKoPPS48F, http://www.playvid.com/watch/Y9ySBdH8Y-e, http://www.playvid.com/watch/9nkN-wahBZA, http://www.playvid.com/watch/I90knPmbs73, http://www.playvid.com/watch/Z42xSzqaFbF, http://www.playvid.com/watch/hSuKieykKpP, http://www.playvid.com/watch/V8NM9pO8Rch, http://www.playvid.com/watch/GxpgjC7PHit, http://www.playvid.com/watch/RXcjh4FlwMU, http://www.playvid.com/watch/Q8GTJ70bxS3, http://www.playvid.com/watch/y9APC97wyxw, http://www.playvid.com/watch/R-RaFvY7gRI, http://www.playvid.com/watch/Fopm7rlkzhI, http://www.playvid.com/watch/W5-LirOzx8i, http://www.playvid.com/watch/xsXjXXpD8Bw, http://www.playvid.com/watch/AtCduJ9GmaC, http://www.playvid.com/watch/I4UVoxsGZ50, http://www.playvid.com/watch/QLBMGxQ4ouT, http://www.playvid.com/watch/2Cf2eouwUIS, http://www.playvid.com/watch/75tgRmOOkPT
5.f. Date of third notice: 2015-05-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: redstuff
5.b. Uploader's email address: redstuffelena@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/redstuff
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9qDJcJyZW02, http://www.playvid.com/watch/bE07-YqtlrX, http://www.playvid.com/watch/hbd1ZKIXr65, http://www.playvid.com/watch/71EHvmPXr1U, http://www.playvid.com/watch/AhOJO8x5Yz2, http://www.playvid.com/watch/rfLXJG63y7O, http://www.playvid.com/watch/CvJZzvg0EuC, http://www.playvid.com/watch/PUPT4fv-vZ9, http://www.playvid.com/watch/Jd21Rn7Zuya, http://www.playvid.com/watch/Y6czkIlAtG9, http://www.playvid.com/watch/zw9IDiYvvde, http://www.playvid.com/watch/KPQKZeGWMEA, http://www.playvid.com/watch/Kbqob5y3SG4, http://www.playvid.com/watch/KjmoCN8MV4i, http://www.playvid.com/watch/FfvBFyxJLcp, http://www.playvid.com/watch/yA6W0NYynmi, http://www.playvid.com/watch/yL2H7zQGklb, http://www.playvid.com/watch/9YwQuZSJDJw, http://www.playvid.com/watch/0-wyZoqWZkU, http://www.playvid.com/watch/uNmN1ofe2QW, http://www.playvid.com/watch/R1ACFIZoA67, http://www.playvid.com/watch/UWbvAZUD3aY, http://www.playvid.com/watch/Yp-FyaDcrGn, http://www.playvid.com/watch/hvqbRM55fOz, http://www.playvid.com/watch/P8bCf99HpLv, http://www.playvid.com/watch/UjuRqmLZxU7, http://www.playvid.com/watch/3gJ1c1Xpd0H, http://www.playvid.com/watch/cn54vubrjN0, http://www.playvid.com/watch/6qzE0vFuO6K, http://www.playvid.com/watch/5VWQp7ctbtU, http://www.playvid.com/watch/gLrQAYyvuCm, http://www.playvid.com/watch/0iwv80aqI1a, http://www.playvid.com/watch/p3yvDobZZWk, http://www.playvid.com/watch/fhjlZn8tcRi, http://www.playvid.com/watch/frf1iE4jFZ2, http://www.playvid.com/watch/VduOrlLnz4b, http://www.playvid.com/watch/xbNX5BdV2NF, http://www.playvid.com/watch/LGY6Zu4sO4q, http://www.playvid.com/watch/LgVntHh8RIR, http://www.playvid.com/watch/KNLrEhMq0o6, http://www.playvid.com/watch/i-LuezzgiHJ, http://www.playvid.com/watch/PasnvhaDLlf, http://www.playvid.com/watch/9jgEOIjt83A, http://www.playvid.com/watch/hqpAFXc6I9Z, http://www.playvid.com/watch/r78g7oOXojx, http://www.playvid.com/watch/9DTBi43W0XP, http://www.playvid.com/watch/mh6g66wtb6a, http://www.playvid.com/watch/JoJ3U0JzYYz, http://www.playvid.com/watch/j9zZCIHk1DG, http://www.playvid.com/watch/x8rZMDRZxlx, http://www.playvid.com/watch/P49oVwmCx7c, http://www.playvid.com/watch/J7AI7BvE4yn, http://www.playvid.com/watch/xq5hFg8Uhqx, http://www.playvid.com/watch/B84Yy2l9Y0V, http://www.playvid.com/watch/jDz5VOHALrh, http://www.playvid.com/watch/AvzIvq6mR3V, http://www.playvid.com/watch/QC2xBrx6a2g, http://www.playvid.com/watch/hRZqDut0rhV, http://www.playvid.com/watch/4fIjjbiVjOb, http://www.playvid.com/watch/yK9qDOZso3X, http://www.playvid.com/watch/fZfhWrzG811, http://www.playvid.com/watch/GaE-vbSLpr4, http://www.playvid.com/watch/oDKodFLxv6k, http://www.playvid.com/watch/nMIdUohe1ME, http://www.playvid.com/watch/jaaiENhjvl3, http://www.playvid.com/watch/V-er0fKLqDa, http://www.playvid.com/watch/LvQn4F2oXQ6, http://www.playvid.com/watch/E4XY5TKs4xm, http://www.playvid.com/watch/AXPbr7rJywk, http://www.playvid.com/watch/shm9wkl3O3X, http://www.playvid.com/watch/9yZu1dvQ2g1, http://www.playvid.com/watch/9cViGCuzdrz, http://www.playvid.com/watch/Xh9C8E3KHqt, http://www.playvid.com/watch/Ksorvs0mJrN, http://www.playvid.com/watch/vYY3cJJmQgS, http://www.playvid.com/watch/N298lorEP14, http://www.playvid.com/watch/lYKVvP3ZnVg, http://www.playvid.com/watch/77H0cMNqdoA, http://www.playvid.com/watch/BH3qfoRhTGe, http://www.playvid.com/watch/KPK2HxkhF1B, http://www.playvid.com/watch/pjMVv5w-aIS, http://www.playvid.com/watch/oXzp-PJdeB7, http://www.playvid.com/watch/DBfnknQ98cY, http://www.playvid.com/watch/XmrYCAGowRk, http://www.playvid.com/watch/lS4JHhZs7-c, http://www.playvid.com/watch/NdOuMvTT3yu, http://www.playvid.com/watch/Lb2kwBiPqpo, http://www.playvid.com/watch/dnlNEZAw5DQ, http://www.playvid.com/watch/uLgfXdwQq4D, http://www.playvid.com/watch/KO-OLefxD9I, http://www.playvid.com/watch/yHC8QItgsuJ
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: reecelightning7
5.b. Uploader's email address: reecelightning7@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/reecelightning7
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Iu2YUybg6XL, http://www.playvid.com/watch/oFJDUn5yfyx, http://www.playvid.com/watch/CcI4Y7uqBLH, http://www.playvid.com/watch/FGW2JRL7bgI, http://www.playvid.com/watch/i2ENjeZeugy, http://www.playvid.com/watch/BfKSE4FnsqM, http://www.playvid.com/watch/kxJCdQ2l0xB, http://www.playvid.com/watch/C8jFwtsXXeU, http://www.playvid.com/watch/H4gvSBRpGLK, http://www.playvid.com/watch/e5FsXa54cwD, http://www.playvid.com/watch/MS3w8MhvZC0, http://www.playvid.com/watch/7DxaIV2LMyB, http://www.playvid.com/watch/pMltu2TX2WP, http://www.playvid.com/watch/MRS6MnNxfNV, http://www.playvid.com/watch/RRzionDx4Uc, http://www.playvid.com/watch/PTE-ip444AB, http://www.playvid.com/watch/4ccj5F7ieyw, http://www.playvid.com/watch/acRMsb3VxHy, http://www.playvid.com/watch/bfvP0PuTY6c, http://www.playvid.com/watch/t0C5oxuz0NH, http://www.playvid.com/watch/OC5c90gGuNB, http://www.playvid.com/watch/UrVpy3-PLve, http://www.playvid.com/watch/lXZedouDdG0, http://www.playvid.com/watch/66VUxYDIFc8, http://www.playvid.com/watch/-KB89LfmlG3, http://www.playvid.com/watch/e4EnsaqA7xL, http://www.playvid.com/watch/wKNhC3yhfDe, http://www.playvid.com/watch/zYnam3HyYPu, http://www.playvid.com/watch/cKVa6MKLdgJ, http://www.playvid.com/watch/f-Q9wcAnVJu, http://www.playvid.com/watch/VBLJsKkfjJi, http://www.playvid.com/watch/N8L8k3eHCjK, http://www.playvid.com/watch/xzwEsaKLICD, http://www.playvid.com/watch/oNa9SrZyuxW, http://www.playvid.com/watch/e4ZX3FmQ96i, http://www.playvid.com/watch/r0iJjZCGKqe, http://www.playvid.com/watch/EILsobOLx4K, http://www.playvid.com/watch/uQ6b4uSyTKX, http://www.playvid.com/watch/s7pEgCwtJiw, http://www.playvid.com/watch/MDAGffMwlzA, http://www.playvid.com/watch/8-Lu6SBRcWj, http://www.playvid.com/watch/lullFa3Hukp, http://www.playvid.com/watch/uPRR6mE5Grg, http://www.playvid.com/watch/6XlVssDRJh8, http://www.playvid.com/watch/-winpCQVxAI, http://www.playvid.com/watch/VVrjAo7lB0f, http://www.playvid.com/watch/GNreoH3sgyO, http://www.playvid.com/watch/7tDJmUOwNiw, http://www.playvid.com/watch/pxNTAIpCCpL, http://www.playvid.com/watch/EChgC-Cn-lW, http://www.playvid.com/watch/F9tzsKWP9Em, http://www.playvid.com/watch/Ocll3gM7kd2, http://www.playvid.com/watch/VkWdB6Rqp0h, http://www.playvid.com/watch/6wVtSbKBnEY, http://www.playvid.com/watch/u86mDQ3n5l9, http://www.playvid.com/watch/m0EOR7Ji4od, http://www.playvid.com/watch/ws2XfgFFd-A, http://www.playvid.com/watch/d-Ar6pzrV06, http://www.playvid.com/watch/uIcaIFHQptA, http://www.playvid.com/watch/49EBw4esPUM, http://www.playvid.com/watch/uvW2CoEiUVG, http://www.playvid.com/watch/GCh0ihVwlMA, http://www.playvid.com/watch/EAzRF35dg8B, http://www.playvid.com/watch/NGsufijEoTq, http://www.playvid.com/watch/C66MsPDGkPW, http://www.playvid.com/watch/V3AJuakc9xS, http://www.playvid.com/watch/DLqScblesqG, http://www.playvid.com/watch/xv2xDdSvI5L, http://www.playvid.com/watch/Q5RhMFNqBUj, http://www.playvid.com/watch/efUwX7Xu0e6, http://www.playvid.com/watch/FyzIfxcX0Vy, http://www.playvid.com/watch/BYMEey-Trot, http://www.playvid.com/watch/aHnc62rFzBU, http://www.playvid.com/watch/nUfHZee6D4P, http://www.playvid.com/watch/yOnlNqVWV9z, http://www.playvid.com/watch/YKGIKQ0ShoV, http://www.playvid.com/watch/C-aXKuYArgZ, http://www.playvid.com/watch/gMe2Axg6XhW, http://www.playvid.com/watch/psxh6i4UqyU, http://www.playvid.com/watch/egX7RYbGjur, http://www.playvid.com/watch/opj0SVvu6Nv, http://www.playvid.com/watch/EVtmHAXDJcL, http://www.playvid.com/watch/5tTrcqBG4Nz, http://www.playvid.com/watch/SUJB7owIZ8d, http://www.playvid.com/watch/NHrre5G8PwF, http://www.playvid.com/watch/-ndu7iiLHXW, http://www.playvid.com/watch/lQiqH0ceWPf, http://www.playvid.com/watch/Jtf6NidbM-j, http://www.playvid.com/watch/xYkSunqQ67x, http://www.playvid.com/watch/pWj3It4jRVl, http://www.playvid.com/watch/PCV3GUnXBBY, http://www.playvid.com/watch/hM43Dm4lqCW, http://www.playvid.com/watch/s2fENTx4jXW, http://www.playvid.com/watch/eH6FxYxPXr2, http://www.playvid.com/watch/oiXsSDxFHN9, http://www.playvid.com/watch/Y2hcuUfCWia, http://www.playvid.com/watch/pJQYtYO0UWZ, http://www.playvid.com/watch/QkKaUGx6n9r,

http://www.playvid.com/watch/P7z4Oxsme-9, http://www.playvid.com/watch/6dbxgyTWHON, http://www.playvid.com/watch/W9sF8obD8Bn, http://www.playvid.com/watch/IrxESH-xFex, http://www.playvid.com/watch/yQIwIr9W4yF, http://www.playvid.com/watch/ryOYSMaS680, http://www.playvid.com/watch/ecspLWAx8SN, http://www.playvid.com/watch/DNGWzh5kYMU, http://www.playvid.com/watch/pwwg5D3Ao35, http://www.playvid.com/watch/NT4zZApjRW9, http://www.playvid.com/watch/JGxOz98YsSJ, http://www.playvid.com/watch/tGDNJC9o7Dl, http://www.playvid.com/watch/oA7ZUeFrVDn, http://www.playvid.com/watch/A-NQyiTOJuc, http://www.playvid.com/watch/FnuueFskMVD, http://www.playvid.com/watch/vsoGIADGIFn, http://www.playvid.com/watch/IX7poFBDXJp, http://www.playvid.com/watch/nQ3qruzVAr6, http://www.playvid.com/watch/2sYk6ltQbVz, http://www.playvid.com/watch/JmqBPxy-xGA, http://www.playvid.com/watch/Ao4g5vETa7T, http://www.playvid.com/watch/ipYZFwCWinh, http://www.playvid.com/watch/5Y6B5jGt2nC, http://www.playvid.com/watch/pcdZ98-DJm2, http://www.playvid.com/watch/fmCEUMtnwfR, http://www.playvid.com/watch/VRM5dROcUVh, http://www.playvid.com/watch/nyn3pOB3I04, http://www.playvid.com/watch/uGyDlyemY-P, http://www.playvid.com/watch/w4RLCPwA2sZ, http://www.playvid.com/watch/nOyRfPCk4Zi, http://www.playvid.com/watch/Rf7KcFZRFyS, http://www.playvid.com/watch/BfvTpN4q6cO, http://www.playvid.com/watch/0cqRKRJ90Dz, http://www.playvid.com/watch/aWCvr5RMKrw, http://www.playvid.com/watch/LLVPgywcVEA, http://www.playvid.com/watch/QUPcMCQGCiq, http://www.playvid.com/watch/CADOihBMQXy, http://www.playvid.com/watch/OdTquPBVXpY, http://www.playvid.com/watch/YF--3s0Fq47, http://www.playvid.com/watch/pflQ8Hcsqod, http://www.playvid.com/watch/CUR3LDMdgox, http://www.playvid.com/watch/YVTPQe3kL6-, http://www.playvid.com/watch/OMWYu9H0fDo, http://www.playvid.com/watch/5kRGrdY0Lh3, http://www.playvid.com/watch/VadFtRi-xA8, http://www.playvid.com/watch/fq7ydD4lui3, http://www.playvid.com/watch/VyFjz8c6y0e, http://www.playvid.com/watch/hRv2--jaOOf, http://www.playvid.com/watch/xtzTEj7Dsd8, http://www.playvid.com/watch/njSYwrDAeTY, http://www.playvid.com/watch/KZkOeYJYqiP, http://www.playvid.com/watch/Tip3phS3Ze-, http://www.playvid.com/watch/B7YZ79GgYhB, http://www.playvid.com/watch/LioXeSYNbdn, http://www.playvid.com/watch/QHKhdM94auM, http://www.playvid.com/watch/EGMeD8dkH2v, http://www.playvid.com/watch/j4sTaAE5mR2, http://www.playvid.com/watch/xGIZeB03MQ9, http://www.playvid.com/watch/F3Pq3OIO4Kx, http://www.playvid.com/watch/PjIvSkigQSp, http://www.playvid.com/watch/bCLimOyEqQB, http://www.playvid.com/watch/nCqg2kAJTeF, http://www.playvid.com/watch/qrC3ev7A7cA, http://www.playvid.com/watch/Ti-z0mAt-5u, http://www.playvid.com/watch/veowtwwFI3S, http://www.playvid.com/watch/pPd4904F7rH, http://www.playvid.com/watch/GaZla5ymOf5, http://www.playvid.com/watch/MCtqcGtpnhJ, http://www.playvid.com/watch/VyMaOFRTwrw, http://www.playvid.com/watch/0dhQOXN0hrt, http://www.playvid.com/watch/7gBuq37Q7gc, http://www.playvid.com/watch/O3xn2I5pQFX, http://www.playvid.com/watch/yloM92VjTyb, http://www.playvid.com/watch/ogXxqgjI4Vt, http://www.playvid.com/watch/je99vljLCg0, http://www.playvid.com/watch/MoHqhJk6l2X, http://www.playvid.com/watch/IZsrSBbCghw, http://www.playvid.com/watch/AZazHjsPsax, http://www.playvid.com/watch/e5FBDV6IkV3, http://www.playvid.com/watch/5XHRauuvSCl, http://www.playvid.com/watch/XdYgDFZCsz8, http://www.playvid.com/watch/r9sRB057YgK, http://www.playvid.com/watch/hD9bnfEJMDA, http://www.playvid.com/watch/dgAWvUz82To, http://www.playvid.com/watch/lB9FXKo50Dm, http://www.playvid.com/watch/afZIjbgvT4P, http://www.playvid.com/watch/d0DlBHzfaY8, http://www.playvid.com/watch/bWXg9rERqSV, http://www.playvid.com/watch/rK04Fq3OXij, http://www.playvid.com/watch/vBtfbzO48Mf, http://www.playvid.com/watch/JnSQaWTc9HQ, http://www.playvid.com/watch/WSFC5szuy8x, http://www.playvid.com/watch/wTP384OfaA6, http://www.playvid.com/watch/SaK3r3yyd-s, http://www.playvid.com/watch/AT76Jk-4jUt, http://www.playvid.com/watch/LmbWDzyOPOj, http://www.playvid.com/watch/M6G2VOx7tqW, http://www.playvid.com/watch/ZikUk22mPlI, http://www.playvid.com/watch/RL8q3T6-dG9, http://www.playvid.com/watch/iMpFE2hXf8r, http://www.playvid.com/watch/8xxdsXywLKp, http://www.playvid.com/watch/E5XhOOo3caI, http://www.playvid.com/watch/LTKUqqNvAaJ, http://www.playvid.com/watch/oOG2yJgzMLX, http://www.playvid.com/watch/qLXFDXzhQ7k, http://www.playvid.com/watch/5-wuE6vIPWi, http://www.playvid.com/watch/uAp5FKwM-3X, http://www.playvid.com/watch/vsrykh9IjAv, http://www.playvid.com/watch/0jKcmfRxej-, http://www.playvid.com/watch/iXb7cWkn0NP, http://www.playvid.com/watch/5Y7yQYSb7Xp, http://www.playvid.com/watch/W6ItX-eaDsU, http://www.playvid.com/watch/2KNIHaiaCKw, http://www.playvid.com/watch/8hYXFMTIYJr, http://www.playvid.com/watch/RLNq74XfEkj, http://www.playvid.com/watch/yuxu4yrap7r, http://www.playvid.com/watch/08QtsKE7KKS, http://www.playvid.com/watch/nts0wJ9KoFn, http://www.playvid.com/watch/lLsasjVl8GG, http://www.playvid.com/watch/YYbGBolORQN, http://www.playvid.com/watch/wKa2JC6NMdw, http://www.playvid.com/watch/6faLURwdwdn, http://www.playvid.com/watch/oLPQRze-ubx, http://www.playvid.com/watch/8zUyN4tPeAe, http://www.playvid.com/watch/H4A8NfRLRnz, http://www.playvid.com/watch/mrLDVRLChWN, http://www.playvid.com/watch/Zna9Wwob7xb, http://www.playvid.com/watch/GVDDjDSYQ82, http://www.playvid.com/watch/UviZDD-kDRS, http://www.playvid.com/watch/RHVBfaa9XT2, http://www.playvid.com/watch/jBZ6bdw-894, http://www.playvid.com/watch/iPGbvStwUHJ, http://www.playvid.com/watch/onQeCbhRUvF, http://www.playvid.com/watch/WTzUekRWMWv, http://www.playvid.com/watch/c5cp00SSAE7, http://www.playvid.com/watch/Fo8EMEVnPAt, http://www.playvid.com/watch/3RL9oukPY-p, http://www.playvid.com/watch/RALmTfceKPE, http://www.playvid.com/watch/zYaoEbdG2Af, http://www.playvid.com/watch/LnajhedlOMb, http://www.playvid.com/watch/v7y0CeSU-zI, http://www.playvid.com/watch/ylhsFglLgsg, http://www.playvid.com/watch/Sy8EN0dGbIO, http://www.playvid.com/watch/D9KTXm033hq, http://www.playvid.com/watch/Yal2d-8KNx7, http://www.playvid.com/watch/-xhnHXWWprX, http://www.playvid.com/watch/wvqxHUkanU3, http://www.playvid.com/watch/2S8WU5SG7Wa, http://www.playvid.com/watch/Hj7PU8-quxH, http://www.playvid.com/watch/a3IGCuQ-bUn, http://www.playvid.com/watch/9Z03Z3EFVgf, http://www.playvid.com/watch/yp0-fOqY8uG, http://www.playvid.com/watch/0bsKVRcXRHq, http://www.playvid.com/watch/pxkIJq7hQYf, http://www.playvid.com/watch/iAemTpFcQ9L, http://www.playvid.com/watch/E7bAA-cxGuU, http://www.playvid.com/watch/6NNacDBbEqO, http://www.playvid.com/watch/9PjJioj8HDw, http://www.playvid.com/watch/VhR7J6nFEXD, http://www.playvid.com/watch/4IVi5jE3JbH, http://www.playvid.com/watch/Vz8XDdoOhaP, http://www.playvid.com/watch/f3GfojZcGwb, http://www.playvid.com/watch/mUtKDOAUDDC, http://www.playvid.com/watch/OtCbQPonBCT, http://www.playvid.com/watch/bNqBQ5Xh6aG, http://www.playvid.com/watch/JqdrgQenDBm, http://www.playvid.com/watch/zuJOdGVASmA, http://www.playvid.com/watch/keGw3jgXhsZ, http://www.playvid.com/watch/0FzjlKhXlCI, http://www.playvid.com/watch/TNMRis28XWR, http://www.playvid.com/watch/KBkvordKJEf, http://www.playvid.com/watch/d0CuNyBSc5n, http://www.playvid.com/watch/gpwFbY8nX8w, http://www.playvid.com/watch/T892McbcLR9, http://www.playvid.com/watch/fHzGN4bSIvo, http://www.playvid.com/watch/swf8S64bVKI, http://www.playvid.com/watch/Q70mMrEcPFx, http://www.playvid.com/watch/bEaCFVhxSzA, http://www.playvid.com/watch/qcg3qy3c2Rc, http://www.playvid.com/watch/G2-a7gBiMzZ, http://www.playvid.com/watch/lpU62GfNG0X, http://www.playvid.com/watch/Tt6tfmhtooG, http://www.playvid.com/watch/Q7onbuIeysi, http://www.playvid.com/watch/sg5P08pAzrd, http://www.playvid.com/watch/ocQwLTguHsS, http://www.playvid.com/watch/w8RKDEFnLA8, http://www.playvid.com/watch/O3yKS57Q8Sa, http://www.playvid.com/watch/92YvxZVf8yb, http://www.playvid.com/watch/cQwuOEOoVmT, http://www.playvid.com/watch/WxxaGKUiMRZ, http://www.playvid.com/watch/rpWQKAad3Hl, http://www.playvid.com/watch/3omlD5EuuS9, http://www.playvid.com/watch/g9U5SLdjmqY, http://www.playvid.com/watch/5EimnHM83a0, http://www.playvid.com/watch/MpYi3rGh0wl, http://www.playvid.com/watch/nmBQ8Q4f-WP, http://www.playvid.com/watch/5TbgqsBnvMf, http://www.playvid.com/watch/wHxqVihLMDD, http://www.playvid.com/watch/quDDR6HXpTA, http://www.playvid.com/watch/kiua4NvhCBe, http://www.playvid.com/watch/Qtu8D6OLGJH, http://www.playvid.com/watch/guTUx0d8QK6, http://www.playvid.com/watch/ag9lotEi8cZ, http://www.playvid.com/watch/eArHfEQPeVH, http://www.playvid.com/watch/hVn0lFdtPtm, http://www.playvid.com/watch/wNkReX4ZGoC, http://www.playvid.com/watch/ilm7AnoZZ9l, http://www.playvid.com/watch/-JHhaBpPr9R, http://www.playvid.com/watch/5FC6yze5co7, http://www.playvid.com/watch/IbEWsZikCBI, http://www.playvid.com/watch/baWpzGKCuiU, http://www.playvid.com/watch/wMl99WajJrH, http://www.playvid.com/watch/iDvxpI-amG3, http://www.playvid.com/watch/4WSlbIqVioD, http://www.playvid.com/watch/XWLOoDTlRIg, http://www.playvid.com/watch/gB7xdQKLFgT, http://www.playvid.com/watch/NpCUjt9bgPI, http://www.playvid.com/watch/MqB8b-PYkfJ, http://www.playvid.com/watch/BswBX0JGGwG, http://www.playvid.com/watch/tLIe-GNZq3b, http://www.playvid.com/watch/JPkN0WSX2CN, http://www.playvid.com/watch/4hJIVuN7Xia, http://www.playvid.com/watch/0RCTntSnqmK, http://www.playvid.com/watch/DSuEOUI3g5p, http://www.playvid.com/watch/Xubp53Io0mq, http://www.playvid.com/watch/IdA-zsFk3Ly, http://www.playvid.com/watch/Vy8BXk58caF, http://www.playvid.com/watch/IKfVr2QI4fx, http://www.playvid.com/watch/jCqeYwy3dHO, http://www.playvid.com/watch/n9rHAltfVXw, http://www.playvid.com/watch/bcv3IQfLybc, http://www.playvid.com/watch/k6M0gfG-HXb, http://www.playvid.com/watch/XvgybXmomPA, http://www.playvid.com/watch/pMJ0yoW8M4Y, http://www.playvid.com/watch/2bbrGW4BuB5, http://www.playvid.com/watch/9BkXKeFzAg6, http://www.playvid.com/watch/Yw6ltJCGjSK, http://www.playvid.com/watch/-NmnmA8h8F8, http://www.playvid.com/watch/jaNXxYj00s2, http://www.playvid.com/watch/T9ywcMhJyeV, http://www.playvid.com/watch/P4K9yFahFrW, http://www.playvid.com/watch/GBpCDvoM35o, http://www.playvid.com/watch/gHi7tFEcaU0, http://www.playvid.com/watch/PP-2u7f-hij, http://www.playvid.com/watch/ld60iOjzG4f, http://www.playvid.com/watch/4yGB8guraYd, http://www.playvid.com/watch/3RsbIFQUW7u, http://www.playvid.com/watch/btnb9a25x4A, http://www.playvid.com/watch/ls0vDot9-dH, http://www.playvid.com/watch/0g6ogBlAJai, http://www.playvid.com/watch/0dknFR5FrLH, http://www.playvid.com/watch/UZXKWF3hrux, http://www.playvid.com/watch/jHvhzbQxGR4, http://www.playvid.com/watch/HXmg9i0STsS, http://www.playvid.com/watch/zyFvJXqdsgH, http://www.playvid.com/watch/cAJGto9fv6R, http://www.playvid.com/watch/DmwdlExQfdQ, http://www.playvid.com/watch/-yk3qIas7UN, http://www.playvid.com/watch/FtP3XcRYjuP, http://www.playvid.com/watch/Ir5eboCcR9t, http://www.playvid.com/watch/oT7ysaeYoZ8, http://www.playvid.com/watch/qthIvLy7xgA, http://www.playvid.com/watch/36ZwldQNKnt, http://www.playvid.com/watch/lWIXTyQxIVT, http://www.playvid.com/watch/-Sedo063g0x, http://www.playvid.com/watch/QqP2aqpAFpe, http://www.playvid.com/watch/nLbDL05CBkb, http://www.playvid.com/watch/sH9mG-sR2k7, http://www.playvid.com/watch/4dP-Ph0VQTM, http://www.playvid.com/watch/ETR7ouNpKwx, http://www.playvid.com/watch/D4mKQgWT8TW, http://www.playvid.com/watch/HsQ2C9wnoqa, http://www.playvid.com/watch/t0OBPqaIslq, http://www.playvid.com/watch/t2f6MPwhN5F, http://www.playvid.com/watch/K9KjuJMBxNd, http://www.playvid.com/watch/8FWxoT2CqVI, http://www.playvid.com/watch/YKYY3DZqqdO, http://www.playvid.com/watch/JNXdcooQeMS, http://www.playvid.com/watch/B4UzN8zC7L6, http://www.playvid.com/watch/aZMHoIROF0u, http://www.playvid.com/watch/2OQ70rYw9-E, http://www.playvid.com/watch/rNrwdX4M4DH, http://www.playvid.com/watch/fjxm5-tqliq, http://www.playvid.com/watch/no-o0N49sOX, http://www.playvid.com/watch/Hmtz4B3eW3-, http://www.playvid.com/watch/0-5ntNlC33J, http://www.playvid.com/watch/GZuQRCDjuIp, http://www.playvid.com/watch/85zkm5i3kna,

http://www.playvid.com/watch/EwsbRVPHEuM, http://www.playvid.com/watch/7awSg3P0hsL, http://www.playvid.com/watch/CE-k0jQhw8p,
http://www.playvid.com/watch/EMBDW5qmt6m, http://www.playvid.com/watch/iGCzE4lX86Z, http://www.playvid.com/watch/29kI5l-ErOQ,
http://www.playvid.com/watch/gTta5wGmVVx, http://www.playvid.com/watch/hfBpY8S6nB8, http://www.playvid.com/watch/cx7H9eRevnM,
http://www.playvid.com/watch/fjalFlZDan0, http://www.playvid.com/watch/Si4Ow6EI0Kx, http://www.playvid.com/watch/KTeWF2Yxhy-,
http://www.playvid.com/watch/YQCylr9ljQX, http://www.playvid.com/watch/uMlWH3RP4KR, http://www.playvid.com/watch/AZb2rEEaJQy,
http://www.playvid.com/watch/Wr2oHQxEzpq, http://www.playvid.com/watch/4iVTI9nrUPu, http://www.playvid.com/watch/9QY0axk93p5,
http://www.playvid.com/watch/IQtv-CwcQND, http://www.playvid.com/watch/2sIxHkXWajc, http://www.playvid.com/watch/JIkMPmEx53j,
http://www.playvid.com/watch/tj3ro-BrRAN, http://www.playvid.com/watch/pmNuTyf-7By, http://www.playvid.com/watch/qAji0pRIYK9,
http://www.playvid.com/watch/dwfJtzbxssZ, http://www.playvid.com/watch/l7oWXJ6fslM, http://www.playvid.com/watch/KrAbZ0XdiK-,
http://www.playvid.com/watch/kh2gVG49bTz, http://www.playvid.com/watch/BrNQkiUAIcS, http://www.playvid.com/watch/YCtLTUjh-0m,
http://www.playvid.com/watch/NKhNsAfwIAV, http://www.playvid.com/watch/BY07NdOopE0, http://www.playvid.com/watch/lxy4m0-8s5g,
http://www.playvid.com/watch/eLuFIwTx3K6, http://www.playvid.com/watch/BDVHXb2F7n-, http://www.playvid.com/watch/kui0Dc2FC7Y,
http://www.playvid.com/watch/knoWPFpSpaC, http://www.playvid.com/watch/dTJ33iKNLS7, http://www.playvid.com/watch/eawXSL9Zhtb,
http://www.playvid.com/watch/rbyyoX50z9k, http://www.playvid.com/watch/WGwZm3akIKM, http://www.playvid.com/watch/-48BwLFTSUX,
http://www.playvid.com/watch/poj387bTqw4, http://www.playvid.com/watch/VujrB6IEwdY, http://www.playvid.com/watch/sMQIAjB7biR,
http://www.playvid.com/watch/Ub5Vlg4S5fL, http://www.playvid.com/watch/EttG8DqGLbx, http://www.playvid.com/watch/OjqBrYUVXiG,
http://www.playvid.com/watch/L0Hz8cQgwtc, http://www.playvid.com/watch/8bigTy9aBTI, http://www.playvid.com/watch/OMKf2fLfyII,
http://www.playvid.com/watch/2kv9AHZdadO, http://www.playvid.com/watch/TGfpclCexO2, http://www.playvid.com/watch/iy6axAyEAUF,
http://www.playvid.com/watch/4dmnHiQCeON, http://www.playvid.com/watch/Kg8Lnk4pNYf, http://www.playvid.com/watch/Nz69Jx2mavg,
http://www.playvid.com/watch/KY-Pp58zebs, http://www.playvid.com/watch/OgwLzYMKyns, http://www.playvid.com/watch/GNUBszF8JTl,
http://www.playvid.com/watch/WBW7uG9FXaR, http://www.playvid.com/watch/EgcwKyv3LU2, http://www.playvid.com/watch/0lnj3yDDXtj,
http://www.playvid.com/watch/8DaEgwUjsT3, http://www.playvid.com/watch/h7graz2YEzm, http://www.playvid.com/watch/743tCuIbFez,
http://www.playvid.com/watch/MKcDb74DyRb, http://www.playvid.com/watch/-gSmcOj-pib, http://www.playvid.com/watch/Xfb4rTCnqu0,
http://www.playvid.com/watch/cxRRuICjv8K, http://www.playvid.com/watch/L7399pU8p7A, http://www.playvid.com/watch/V5Iub-Cjd-N,
http://www.playvid.com/watch/qtTElcYxvAa, http://www.playvid.com/watch/C0EW0e7Ozhe, http://www.playvid.com/watch/lbDCq8m-nBH,
http://www.playvid.com/watch/nG9pQQDvRjx, http://www.playvid.com/watch/r2OYcx33LgQ, http://www.playvid.com/watch/tx9aCaWQMmG,
http://www.playvid.com/watch/-JXv5CHICpB, http://www.playvid.com/watch/3WuWCVAvNq5, http://www.playvid.com/watch/W0KXYxyOA6H,
http://www.playvid.com/watch/c0H8lEYcTnW, http://www.playvid.com/watch/Yt-5WnZgjwg, http://www.playvid.com/watch/oJjEGUqwZTn,
http://www.playvid.com/watch/zlLLe-7nWCu, http://www.playvid.com/watch/2gHOG8fnRdj, http://www.playvid.com/watch/LfIzMIdQ0CL,
http://www.playvid.com/watch/LAjUnAJbKXA, http://www.playvid.com/watch/jAwhBxEO7ci, http://www.playvid.com/watch/AXpYFdf3fUh,
http://www.playvid.com/watch/NCcRGBjN4v5, http://www.playvid.com/watch/ZXXGA2WLjRO, http://www.playvid.com/watch/ROcU7abDxY7,
http://www.playvid.com/watch/XGM8FPooqnN, http://www.playvid.com/watch/0cCLrcH0APG, http://www.playvid.com/watch/KXfWKhDDH7A,
http://www.playvid.com/watch/23dwTMuyU89, http://www.playvid.com/watch/fY7bLJEFegu, http://www.playvid.com/watch/depbjCl4mSF,
http://www.playvid.com/watch/LOdmLdzBvld, http://www.playvid.com/watch/DI0mzafqyej, http://www.playvid.com/watch/2UA5MLwrVU2,
http://www.playvid.com/watch/A2iLrRdoMyg, http://www.playvid.com/watch/nguA704X5uj, http://www.playvid.com/watch/pcSik-lDRaQ,
http://www.playvid.com/watch/spJJ4E-U9zV, http://www.playvid.com/watch/ipunQO9SMkk, http://www.playvid.com/watch/lCsmrscIaBa,
http://www.playvid.com/watch/0n9Lhgcij3g, http://www.playvid.com/watch/FTB3gmW-D4w, http://www.playvid.com/watch/Epj4nHc62VD,
http://www.playvid.com/watch/ZkGYv6aHQVO, http://www.playvid.com/watch/J5w8VsOTM7N, http://www.playvid.com/watch/REUY3fYt24j,
http://www.playvid.com/watch/yW-YjMBmkdO, http://www.playvid.com/watch/HGIS9H8A2EQ, http://www.playvid.com/watch/x8PpheNKTOJ,
http://www.playvid.com/watch/cqQEv4a-elq, http://www.playvid.com/watch/z3DMFZPPSav, http://www.playvid.com/watch/AUTV35ojUII,
http://www.playvid.com/watch/dCid8UAUtSB, http://www.playvid.com/watch/o2AqugNUWV3, http://www.playvid.com/watch/SWzqUxNfkzy,
http://www.playvid.com/watch/qUDWR86hjpy, http://www.playvid.com/watch/XWMz5Z9sTam, http://www.playvid.com/watch/adp7ymjRh6a,
http://www.playvid.com/watch/7ASuEWygeSB, http://www.playvid.com/watch/ThG6SaYlbYI, http://www.playvid.com/watch/7LvxM2-P9td,
http://www.playvid.com/watch/KGtnkLXLBkk, http://www.playvid.com/watch/HRnpaGbiVdj, http://www.playvid.com/watch/F7S8V-70WAO,
http://www.playvid.com/watch/LM3aipADjeb, http://www.playvid.com/watch/GFjwGq2zNdK, http://www.playvid.com/watch/cTFKUkYwKrn,
http://www.playvid.com/watch/iYOhK64hn8T, http://www.playvid.com/watch/U89QYodxreD, http://www.playvid.com/watch/kPTlEvfJULg,
http://www.playvid.com/watch/9A6YuYIBk6X, http://www.playvid.com/watch/Rgrhr77SnmB, http://www.playvid.com/watch/nSaxrENhtew,
http://www.playvid.com/watch/C6unIJwUfcs, http://www.playvid.com/watch/Y-civ9u4xtM, http://www.playvid.com/watch/9nQhjqL52ed,
http://www.playvid.com/watch/LPZWxyTITtf, http://www.playvid.com/watch/hOXvnh-9uvH, http://www.playvid.com/watch/WoDuW9NPs-q,
http://www.playvid.com/watch/ZenxiYAhZlu, http://www.playvid.com/watch/PDwW8WXz3rT, http://www.playvid.com/watch/k7RRO5WGGn2,
http://www.playvid.com/watch/TYcgDLNIYNL, http://www.playvid.com/watch/RvIP-zBwTJC, http://www.playvid.com/watch/45K2upzg989,
http://www.playvid.com/watch/4x-duy5GNZG, http://www.playvid.com/watch/aw94ocN59SM, http://www.playvid.com/watch/WsQc0HWG3QQ,
http://www.playvid.com/watch/BYAbXGO4Sxg, http://www.playvid.com/watch/mNKbqNgENSd, http://www.playvid.com/watch/pJuza62EIFe,
http://www.playvid.com/watch/rPMgJNJi2R9, http://www.playvid.com/watch/dmFdf86TMXl, http://www.playvid.com/watch/XcEQEc2Zrl8,
http://www.playvid.com/watch/e4dNjMK6duX, http://www.playvid.com/watch/9o0xDPSNMac, http://www.playvid.com/watch/C884atKYbwU,
http://www.playvid.com/watch/2Qxjbz4tc5Y, http://www.playvid.com/watch/uDGGv0sZrGF, http://www.playvid.com/watch/0A0Rp676jE8,
http://www.playvid.com/watch/wyLWSbexMX7, http://www.playvid.com/watch/xn94XZHI8uW, http://www.playvid.com/watch/Fn4Y-Ohtyzt,
http://www.playvid.com/watch/zLLZQWfE-Xr, http://www.playvid.com/watch/L8eUSpokqgh, http://www.playvid.com/watch/XaXh4r2WfgD,
http://www.playvid.com/watch/-IMZ28hPQ6-, http://www.playvid.com/watch/FDv2A9t28PQ, http://www.playvid.com/watch/PzCfalrQaLP,
http://www.playvid.com/watch/At3lvqclB83, http://www.playvid.com/watch/pIy6qb9f3qA, http://www.playvid.com/watch/JfSiZzpGLMN,
http://www.playvid.com/watch/3nj50SYBAlk, http://www.playvid.com/watch/FLCDAcwJmzo, http://www.playvid.com/watch/l92RCFRi0MU,
http://www.playvid.com/watch/IQn4Vd2g0ef, http://www.playvid.com/watch/uDOpUO0RpTe, http://www.playvid.com/watch/nJoMEXqZ2oG,
http://www.playvid.com/watch/UkRBG7BWSMD, http://www.playvid.com/watch/9S844YNMD4-, http://www.playvid.com/watch/4ArHUeG64oF,
http://www.playvid.com/watch/uAzK5ciAOIs, http://www.playvid.com/watch/iHnXUf6YCMz, http://www.playvid.com/watch/HjYOKAPNkHx,
http://www.playvid.com/watch/eC88Gs-7Hoz, http://www.playvid.com/watch/BxFX8qQML95, http://www.playvid.com/watch/WNGVZMG2X25,
http://www.playvid.com/watch/B80uAJujsiG, http://www.playvid.com/watch/ZmeIc-V2cGp, http://www.playvid.com/watch/lALfsahM8VL,
http://www.playvid.com/watch/4nd97U8UozC, http://www.playvid.com/watch/zwcSFKyjBPn, http://www.playvid.com/watch/uUgxRdG3NXX,
http://www.playvid.com/watch/FsxAlVbVrBE, http://www.playvid.com/watch/w3yTWYzLlu8, http://www.playvid.com/watch/ZofptTpffXj,
http://www.playvid.com/watch/EKRTDeGXk8e, http://www.playvid.com/watch/UPovD7UqQ4Y, http://www.playvid.com/watch/F0WHTjaDgGF,
http://www.playvid.com/watch/6G3fQBFBXiD, http://www.playvid.com/watch/VCFYLHSwKdM, http://www.playvid.com/watch/yTNqvW3e0hc,
http://www.playvid.com/watch/mvy0mHl8uTV, http://www.playvid.com/watch/Svq-JclLUMa, http://www.playvid.com/watch/CcAjPDhKiMr,
http://www.playvid.com/watch/UyXlamEdzV6, http://www.playvid.com/watch/2m87qlArsUZ, http://www.playvid.com/watch/FgVTwzj7kep,
http://www.playvid.com/watch/sStrukKlmUz, http://www.playvid.com/watch/3xUll-KLK4u, http://www.playvid.com/watch/HwchEwa962r,
http://www.playvid.com/watch/GO6MUWKAj6j, http://www.playvid.com/watch/mb8bX8l9ni8, http://www.playvid.com/watch/BzZCP6YVrSk,
http://www.playvid.com/watch/bNEvDKQKrv4, http://www.playvid.com/watch/b6wROgbi9Ig, http://www.playvid.com/watch/N9Gm-0Y5wpy,
http://www.playvid.com/watch/Dahzv7GkBLL, http://www.playvid.com/watch/qL-m4C3XHAy, http://www.playvid.com/watch/7igkgB6cb7a,
http://www.playvid.com/watch/zdFN2LyYNKS, http://www.playvid.com/watch/BbR2SfH2btI, http://www.playvid.com/watch/sulMef8tR27,
http://www.playvid.com/watch/XGEO5J3ZAh2, http://www.playvid.com/watch/brnZ92EEO-b, http://www.playvid.com/watch/j0plMtTIbOH,
http://www.playvid.com/watch/2W4idFOLbjn, http://www.playvid.com/watch/4jm8T3Hjv5e, http://www.playvid.com/watch/BwzPAYFLXZC,
http://www.playvid.com/watch/GoYrlF6WjuR, http://www.playvid.com/watch/JwoyD5FhddV, http://www.playvid.com/watch/75SVr-pyDw3,
http://www.playvid.com/watch/nagOMFKLpFE, http://www.playvid.com/watch/Dmsex06OUo-, http://www.playvid.com/watch/w2n5I23JdVT,
http://www.playvid.com/watch/LuFy8tfBtUk, http://www.playvid.com/watch/8Cx5gCBqDQG, http://www.playvid.com/watch/WajMI3cs9IX,
http://www.playvid.com/watch/Pflc47trHHg, http://www.playvid.com/watch/AM52i6rkW48, http://www.playvid.com/watch/S5unNC2QUFL,
http://www.playvid.com/watch/Pp4eO7UNNhV, http://www.playvid.com/watch/EAEBb8cK-0v, http://www.playvid.com/watch/V84Xeobmvrp,
http://www.playvid.com/watch/pP0sQl67TOv, http://www.playvid.com/watch/ZDPkQ86k-0l, http://www.playvid.com/watch/q68CDkri0xf,
http://www.playvid.com/watch/aNIj8WwUgK5, http://www.playvid.com/watch/kx0E2IBB5e9, http://www.playvid.com/watch/phkvrzKrm7t,
http://www.playvid.com/watch/LtMY34djkcV, http://www.playvid.com/watch/7FXukS58vnF, http://www.playvid.com/watch/27v7rDmqDEs,
http://www.playvid.com/watch/pC8J2xDiA2D, http://www.playvid.com/watch/pbpydQFObqc, http://www.playvid.com/watch/aZlbcZ8MIMa,
http://www.playvid.com/watch/M6LYqmSoGjk, http://www.playvid.com/watch/sKANaAvXOJo, http://www.playvid.com/watch/wg0WBcUCFdM,
http://www.playvid.com/watch/uUYh9ZmBgNQ, http://www.playvid.com/watch/ZVZySSt9BU-, http://www.playvid.com/watch/8AVOgLt95Sg,
http://www.playvid.com/watch/SSXzEDJclPb, http://www.playvid.com/watch/N7PbXlhUsSp, http://www.playvid.com/watch/3-eDHV8Blhg,
http://www.playvid.com/watch/4gxVyglbIOq, http://www.playvid.com/watch/ye5wMWI0foC, http://www.playvid.com/watch/7GlyPj7aMfK,
http://www.playvid.com/watch/XYJ0cGlKhQ5, http://www.playvid.com/watch/4IZZ4LNKV-F, http://www.playvid.com/watch/6GBLFQ8rXHc,
http://www.playvid.com/watch/KBn5RJShlv5, http://www.playvid.com/watch/7SRhNc-Ij7M, http://www.playvid.com/watch/KgTodc83iZu,
http://www.playvid.com/watch/BrDfIrGaohj, http://www.playvid.com/watch/-9V87826F7p, http://www.playvid.com/watch/ijLlXmkuV35,
http://www.playvid.com/watch/NdpHQWhXlmX, http://www.playvid.com/watch/AMh8DCcquf3, http://www.playvid.com/watch/AY7UFNmOJFK,

http://www.playvid.com/watch/78jB5n89pCa, http://www.playvid.com/watch/Li5-bccFBK0, http://www.playvid.com/watch/g-IJjd7ukwQ, http://www.playvid.com/watch/b7QG8noZuLw, http://www.playvid.com/watch/brOY2oFIUbc, http://www.playvid.com/watch/2dQpn3HrbuD, http://www.playvid.com/watch/Eu9yxrMR52c, http://www.playvid.com/watch/8YQIJQt0UmP, http://www.playvid.com/watch/hSXE0Tr92kc, http://www.playvid.com/watch/CSGLj7XjCxt, http://www.playvid.com/watch/kM-5n80Dumq, http://www.playvid.com/watch/WMgblrUgDQU, http://www.playvid.com/watch/9z8ReSH6sPi, http://www.playvid.com/watch/RoM8a8rsMKr, http://www.playvid.com/watch/3R7nsz8b2su, http://www.playvid.com/watch/zGu4gyOhvsd, http://www.playvid.com/watch/UHXCYwp9aG4, http://www.playvid.com/watch/juZn2b6aLqC, http://www.playvid.com/watch/J-V0ZaAFpJx, http://www.playvid.com/watch/jzdqOuaR3Gt, http://www.playvid.com/watch/XlpQEuW6U6i, http://www.playvid.com/watch/owehjkRU7lx, http://www.playvid.com/watch/4RBD0bvRb7q, http://www.playvid.com/watch/ynUUo3vJwWp, http://www.playvid.com/watch/5lee9nUcCWX, http://www.playvid.com/watch/R4FecvjiIsm, http://www.playvid.com/watch/qEYNpySdZhR, http://www.playvid.com/watch/VHWmgJp-pd0, http://www.playvid.com/watch/SSan-cxpc0W, http://www.playvid.com/watch/Ekxyabv2s6e, http://www.playvid.com/watch/w69IZS3ZQ6I, http://www.playvid.com/watch/ZdsfG8Pmw3X, http://www.playvid.com/watch/vGyaVTZ96Td, http://www.playvid.com/watch/wj9a7IYN3fE, http://www.playvid.com/watch/vLLXnuT0EVa, http://www.playvid.com/watch/MnSuuPLETW0, http://www.playvid.com/watch/QHjqcYS8dfK, http://www.playvid.com/watch/w5gKiXHF-jQ, http://www.playvid.com/watch/riAIQlhACGZ, http://www.playvid.com/watch/8L8MX5ezrIB, http://www.playvid.com/watch/TCf-2G3TEZD, http://www.playvid.com/watch/NDk480pvWBd, http://www.playvid.com/watch/PbT7cJ8rChq, http://www.playvid.com/watch/CCbDCDVE9C7, http://www.playvid.com/watch/KedNQnkRvJB, http://www.playvid.com/watch/AqCDDnikgFm, http://www.playvid.com/watch/kJ85JP9ZgYz, http://www.playvid.com/watch/zM9tpxJuwUy, http://www.playvid.com/watch/cm0KTBAna2d, http://www.playvid.com/watch/LEq7-LetaLV, http://www.playvid.com/watch/a36fba-H9SA, http://www.playvid.com/watch/mTHDljbL92s, http://www.playvid.com/watch/zs3aDCf5s-G, http://www.playvid.com/watch/N-iH0no2akB, http://www.playvid.com/watch/SoufmI3vt4q, http://www.playvid.com/watch/pXOJwm92Whv, http://www.playvid.com/watch/2gLc4RaJsNQ, http://www.playvid.com/watch/8GVeJj6RyQB, http://www.playvid.com/watch/ZtG9dTKo67T, http://www.playvid.com/watch/pO-NAXrFsMU, http://www.playvid.com/watch/aLJtNtf-vhL, http://www.playvid.com/watch/MynJK0ut9X0, http://www.playvid.com/watch/4oQbwAUFcOw, http://www.playvid.com/watch/JdtlnK7puL8, http://www.playvid.com/watch/THqAFCVO8q4, http://www.playvid.com/watch/gvHu8zj3SY0, http://www.playvid.com/watch/VTqvBMpTW3F, http://www.playvid.com/watch/VfbjM0lJoDL, http://www.playvid.com/watch/wjVp6OU8-q6, http://www.playvid.com/watch/m-nATi08XFA, http://www.playvid.com/watch/IbTjCHk3dsZ, http://www.playvid.com/watch/rjZjST32Mxr, http://www.playvid.com/watch/rPik2N5irky, http://www.playvid.com/watch/h2EWGfblGKp, http://www.playvid.com/watch/phbuZMcQP9O, http://www.playvid.com/watch/3re7ldMk0gF, http://www.playvid.com/watch/YuwexmGCbE0, http://www.playvid.com/watch/Y6QQ7T9JfYg, http://www.playvid.com/watch/ftmfqbdffBK, http://www.playvid.com/watch/e5wsBXkniFC, http://www.playvid.com/watch/TMKIQjlV6o2, http://www.playvid.com/watch/Ba4GS5EMYVP, http://www.playvid.com/watch/UEu8gC96amo, http://www.playvid.com/watch/At4I2YPANX4, http://www.playvid.com/watch/HWsKTMp3KpM, http://www.playvid.com/watch/BZ2ieeMdKdL, http://www.playvid.com/watch/6sVg06POEKe, http://www.playvid.com/watch/AeI0w7H-Xyf, http://www.playvid.com/watch/GHAbxkFRdsJ, http://www.playvid.com/watch/B8U6BdxL205, http://www.playvid.com/watch/trhhTwDP8oQ, http://www.playvid.com/watch/XUExFzeh2Td, http://www.playvid.com/watch/k69PoqpmH-c, http://www.playvid.com/watch/INWteQMxf8X, http://www.playvid.com/watch/oHZOoN7v4UE, http://www.playvid.com/watch/tjZFaZFq-2J, http://www.playvid.com/watch/fOBi3RRNZwq, http://www.playvid.com/watch/w6WXPUpbHlN, http://www.playvid.com/watch/dDEfeEYNbxh, http://www.playvid.com/watch/D0pfHKJd-Hg, http://www.playvid.com/watch/2-y3OjSn4YQ, http://www.playvid.com/watch/LSPbqRG3ocs, http://www.playvid.com/watch/0OSzZEhg8Zr, http://www.playvid.com/watch/fAF8yB-ZezM, http://www.playvid.com/watch/jgZWG95qVmH, http://www.playvid.com/watch/u8BppNAGMim, http://www.playvid.com/watch/OwZBM7qnxPP, http://www.playvid.com/watch/IblhBMlzYtG, http://www.playvid.com/watch/hlkKe26gsuZ, http://www.playvid.com/watch/9ilh793NPei, http://www.playvid.com/watch/PxGg5wiLzzF, http://www.playvid.com/watch/mmXW0ki2Tv8, http://www.playvid.com/watch/edqk4JIpF4m, http://www.playvid.com/watch/bT2nEepX7Kn, http://www.playvid.com/watch/t8fOHAQhP94, http://www.playvid.com/watch/2O04OYP6puo, http://www.playvid.com/watch/kaOe7HAbF0k, http://www.playvid.com/watch/XdpAPevt6Ao, http://www.playvid.com/watch/xt4Gtpsrm4K, http://www.playvid.com/watch/yPqtBBbua9K, http://www.playvid.com/watch/OAeTJgXXSIy, http://www.playvid.com/watch/Zp7NuRNwFb7, http://www.playvid.com/watch/xt4fVrclbDH, http://www.playvid.com/watch/BMqQ9aDEeaJ, http://www.playvid.com/watch/-DndHJ2Ujq6, http://www.playvid.com/watch/kwlTIi0l8nY, http://www.playvid.com/watch/9sTk7tWPU4R, http://www.playvid.com/watch/ENEv43BDpLH, http://www.playvid.com/watch/MobtE9r5xkP, http://www.playvid.com/watch/bG6tUKOo4Ph, http://www.playvid.com/watch/08ed8lKBmnp, http://www.playvid.com/watch/LfrXMxkaG86, http://www.playvid.com/watch/Qemb6TqNkzI, http://www.playvid.com/watch/68i6O09NO5e, http://www.playvid.com/watch/GbPxnuJ6KBx, http://www.playvid.com/watch/Bt43-3oEBcj, http://www.playvid.com/watch/vRKajZ3BMTG, http://www.playvid.com/watch/-itcILNCgSy, http://www.playvid.com/watch/ZNrE2pmEIVy, http://www.playvid.com/watch/r0vp4dDXwXm, http://www.playvid.com/watch/J2wMEUVZiqO, http://www.playvid.com/watch/d-FR3U3oWSZ, http://www.playvid.com/watch/nPz4EdNB-rx, http://www.playvid.com/watch/SSuttFOwjrY, http://www.playvid.com/watch/DMIJxrxIO7s, http://www.playvid.com/watch/AwYUDqqdOs0, http://www.playvid.com/watch/Dad0JRWpeeN, http://www.playvid.com/watch/-UIjjDc3LKo, http://www.playvid.com/watch/iMTb8s7odcu, http://www.playvid.com/watch/hpVgEEmQYfB, http://www.playvid.com/watch/xKRHWT-Etwi, http://www.playvid.com/watch/bqbZ-gMHFz4, http://www.playvid.com/watch/TWGPcpozMvG, http://www.playvid.com/watch/tqciWYYKxGz, http://www.playvid.com/watch/fitIiqupSUS, http://www.playvid.com/watch/aZBCMEaVIFi, http://www.playvid.com/watch/mPTMRXX9MQ-, http://www.playvid.com/watch/6mk2Z6eUE8i, http://www.playvid.com/watch/kxuDxrPxoew, http://www.playvid.com/watch/p6ZcMDZl7Uz, http://www.playvid.com/watch/xSYcwV0HBSd, http://www.playvid.com/watch/lr3vO5rw8tF, http://www.playvid.com/watch/zl4q6mkpyGe, http://www.playvid.com/watch/8i8Br4a-bkM, http://www.playvid.com/watch/cKuuQpn7ycN, http://www.playvid.com/watch/9uY4P0OPcdv, http://www.playvid.com/watch/MsQFz66Y6Yk, http://www.playvid.com/watch/VN-DUFpe-tR, http://www.playvid.com/watch/korLzZVWdtM, http://www.playvid.com/watch/f3wB3zXwYm5, http://www.playvid.com/watch/8G3OmxSxuIP, http://www.playvid.com/watch/BLtLTFvXGWV, http://www.playvid.com/watch/Cy8pQ2TQT9f, http://www.playvid.com/watch/opGH6XGcRw7, http://www.playvid.com/watch/voq4dTiOBZH, http://www.playvid.com/watch/yx5IUFKqAw8, http://www.playvid.com/watch/YIjWRwPgM2W, http://www.playvid.com/watch/F4KnjAo8QoT, http://www.playvid.com/watch/-CkIezZFquF, http://www.playvid.com/watch/MoK4d87b0RL, http://www.playvid.com/watch/5eJUw2vdATj, http://www.playvid.com/watch/azeQxBQJ9Fy, http://www.playvid.com/watch/dArdYR4Fu-0, http://www.playvid.com/watch/qoKhQmHtlBh, http://www.playvid.com/watch/97vexHaiRJQ, http://www.playvid.com/watch/nedu00QZnoE, http://www.playvid.com/watch/ZUolYJrhNcE, http://www.playvid.com/watch/GbL7TUZj2yz, http://www.playvid.com/watch/mZQ9jkMuwlg, http://www.playvid.com/watch/aZqa84qJ5R-, http://www.playvid.com/watch/S39VE4NTzIC, http://www.playvid.com/watch/Gdt78NedBwW, http://www.playvid.com/watch/EwF2LY3Hzcj, http://www.playvid.com/watch/wMBg86EA9vx, http://www.playvid.com/watch/UB4d8g6NmZ8, http://www.playvid.com/watch/qBUSKA9bkNr, http://www.playvid.com/watch/KLJ5nCyVIN9, http://www.playvid.com/watch/RrOHXpQEVcC, http://www.playvid.com/watch/H79mUFvUwAH, http://www.playvid.com/watch/-jeTYtuETtR, http://www.playvid.com/watch/rmNz2kLFPxV, http://www.playvid.com/watch/jjHPt-53FRX, http://www.playvid.com/watch/9tyNaDU8fZi, http://www.playvid.com/watch/m5ZMm-8P7aj, http://www.playvid.com/watch/FjyzFPQSAgU, http://www.playvid.com/watch/-aAMGRfhn3n, http://www.playvid.com/watch/nsp5GIyW3Sa, http://www.playvid.com/watch/5MWzdss0UJ0, http://www.playvid.com/watch/G8eChZKHaPc, http://www.playvid.com/watch/qB2QceLtnbV, http://www.playvid.com/watch/Ac-Y7W4jLgt, http://www.playvid.com/watch/P8ZrS4FgL6h, http://www.playvid.com/watch/w8An4hJ0jrV, http://www.playvid.com/watch/9rrzCQNlvWp, http://www.playvid.com/watch/0UxgJY5gCBI, http://www.playvid.com/watch/IRip8Hrm7D9, http://www.playvid.com/watch/ITf-YgrwpVA, http://www.playvid.com/watch/RvpRFnK6X0w, http://www.playvid.com/watch/Ra3Jp96SEVt, http://www.playvid.com/watch/KBBdlende8Z, http://www.playvid.com/watch/P0pJNhhZi4y, http://www.playvid.com/watch/z2hB6GcUtdq, http://www.playvid.com/watch/l-ZUBFcALY9, http://www.playvid.com/watch/JP02OrOvysq, http://www.playvid.com/watch/Ez80GEgoLUP, http://www.playvid.com/watch/OxjhpHwLLsr, http://www.playvid.com/watch/cJawsmlEsbY, http://www.playvid.com/watch/TGxXTqJ8pUH, http://www.playvid.com/watch/LVOPLdjASUT, http://www.playvid.com/watch/M8oBoxNcq-A, http://www.playvid.com/watch/tecGoqzkUjR, http://www.playvid.com/watch/eB7XBjbwfDA, http://www.playvid.com/watch/MWqtpiAXx5c, http://www.playvid.com/watch/3f9tNJitdbW, http://www.playvid.com/watch/5Q9Vs4ClAn0, http://www.playvid.com/watch/HtAxFZe044D, http://www.playvid.com/watch/4VzSsCDgGBW, http://www.playvid.com/watch/uQCLO2aLE0R, http://www.playvid.com/watch/bdubKuh9v3p, http://www.playvid.com/watch/GxAx2mJfQK-, http://www.playvid.com/watch/UVmdZDbrgP5, http://www.playvid.com/watch/2wadskTOmgx, http://www.playvid.com/watch/jYLeuOhQ653, http://www.playvid.com/watch/7lg4UKXrlwA, http://www.playvid.com/watch/XsvFxJiiKhH, http://www.playvid.com/watch/2NoqnSHZWkQ, http://www.playvid.com/watch/vL-MrSKlzIy, http://www.playvid.com/watch/eTjZoEiQLDT, http://www.playvid.com/watch/TUM6FJyuap6, http://www.playvid.com/watch/hcSSM6iSVr2, http://www.playvid.com/watch/qeSeiftNbvz, http://www.playvid.com/watch/9wV6XNtDrTv, http://www.playvid.com/watch/mYnSk-aEBi3, http://www.playvid.com/watch/2uAzSeMVlAi, http://www.playvid.com/watch/fUNKsr-Vnq8, http://www.playvid.com/watch/g5Dg4Akcpk-, http://www.playvid.com/watch/4LZBowQmt-L, http://www.playvid.com/watch/twQykMf0U2a, http://www.playvid.com/watch/vjlyxeYiIjY, http://www.playvid.com/watch/MZfu-opMj-H, http://www.playvid.com/watch/Td6bP0RM6vh, http://www.playvid.com/watch/SRt-qRNxooS, http://www.playvid.com/watch/9NdnQ6QYUpZ, http://www.playvid.com/watch/7mAlAK6iWLy, http://www.playvid.com/watch/6mPNGV8MdOL, http://www.playvid.com/watch/EoJr-b9oH-d, http://www.playvid.com/watch/QDSxwlJnxnV, http://www.playvid.com/watch/3akjCnIQ-zm, http://www.playvid.com/watch/onPewejk36C, http://www.playvid.com/watch/admEqPEpRHP, http://www.playvid.com/watch/dmeltxnKUSr, http://www.playvid.com/watch/vbW5DE47SQU, http://www.playvid.com/watch/BbQYL2ymjwQ, http://www.playvid.com/watch/Loe5Lj9JvC5, http://www.playvid.com/watch/kgDS8GS8xxf, http://www.playvid.com/watch/c5MKgxK7xaY, http://www.playvid.com/watch/jFPQrq0Gwhf, http://www.playvid.com/watch/98O3BaeEw8X, http://www.playvid.com/watch/wjhHL0OecvM, http://www.playvid.com/watch/DtLIBVoDoxV, http://www.playvid.com/watch/ztrlgSGK059, http://www.playvid.com/watch/koErDQ8b3N4, http://www.playvid.com/watch/HyUt5JASfux, http://www.playvid.com/watch/BMSoXZcrsQa, http://www.playvid.com/watch/qpgNryGJGAt, http://www.playvid.com/watch/H6hb94LRPTq, http://www.playvid.com/watch/Xk5E9aeUR-N, http://www.playvid.com/watch/952CMfJlOf6,

http://www.playvid.com/watch/JYL03JQ4zb-, http://www.playvid.com/watch/5sZd9jvSZQP, http://www.playvid.com/watch/kURORcjgRn7,
http://www.playvid.com/watch/fxX0uuoa80J, http://www.playvid.com/watch/eIIK5oQoj9o, http://www.playvid.com/watch/KDv086ft7g7,
http://www.playvid.com/watch/VachTUvxD5-, http://www.playvid.com/watch/wZkblAl7YWm, http://www.playvid.com/watch/CIFDkA0qLUx,
http://www.playvid.com/watch/ZaPKVGsXkS5, http://www.playvid.com/watch/PlAIvJLLOHL, http://www.playvid.com/watch/O8TB9dm636c,
http://www.playvid.com/watch/66-T0XmojD2, http://www.playvid.com/watch/8BHEvB7Qc5r, http://www.playvid.com/watch/JkW-XNGcE8-,
http://www.playvid.com/watch/OIilX5ksS6B, http://www.playvid.com/watch/hWao3Ob6vdF, http://www.playvid.com/watch/KhyWcmjcWrc,
http://www.playvid.com/watch/kwah7XMCElw, http://www.playvid.com/watch/SXbU96EbHn0, http://www.playvid.com/watch/FgHeqkHQ0Xt,
http://www.playvid.com/watch/ujfpecgSoq2, http://www.playvid.com/watch/T5gQraoT6vK, http://www.playvid.com/watch/zaErLII5CqP,
http://www.playvid.com/watch/fCG95ROnijj, http://www.playvid.com/watch/rNanJxfufKA, http://www.playvid.com/watch/Se46F5ia4Lt,
http://www.playvid.com/watch/bk-JX-iKgmw, http://www.playvid.com/watch/s6YNP7ChcSP, http://www.playvid.com/watch/YlpgZLl-fVP,
http://www.playvid.com/watch/9my5Z085xwd, http://www.playvid.com/watch/bHGKHO5bdXz, http://www.playvid.com/watch/yXImhpnFjfh,
http://www.playvid.com/watch/MHAm329kPA2, http://www.playvid.com/watch/WtXG2gMuiKT, http://www.playvid.com/watch/ofd6BpDtY5S,
http://www.playvid.com/watch/aVqA0i2b7AB, http://www.playvid.com/watch/rzgnHFC9enP, http://www.playvid.com/watch/DX2CoadGFs3,
http://www.playvid.com/watch/D0aHcsgzSuV, http://www.playvid.com/watch/eWop-d7EPkS, http://www.playvid.com/watch/gSPbZHuyYmA,
http://www.playvid.com/watch/UuMT6FE0Tw0, http://www.playvid.com/watch/FMqBYhmpUbv, http://www.playvid.com/watch/N4DHEBtSyDJ,
http://www.playvid.com/watch/YlnLC3ktx7L, http://www.playvid.com/watch/RgpIgs2AkI0, http://www.playvid.com/watch/tjMgVjhaMpe,
http://www.playvid.com/watch/n4IZBhPsFdm, http://www.playvid.com/watch/p8qaxemxC-n, http://www.playvid.com/watch/ibAdof5ueQX,
http://www.playvid.com/watch/V2eCHB0or6x, http://www.playvid.com/watch/TDb7xVS9QKQ, http://www.playvid.com/watch/Ai6MOIILiss,
http://www.playvid.com/watch/L0Tn4jhoU5D, http://www.playvid.com/watch/nPgMbu2lZh2, http://www.playvid.com/watch/6gYilPH84R-,
http://www.playvid.com/watch/TbuhUnBkM-v, http://www.playvid.com/watch/LcYvm6zDGp5, http://www.playvid.com/watch/r-pew00Rle0,
http://www.playvid.com/watch/mCebwgFcLeW, http://www.playvid.com/watch/39KZj4HDOiY, http://www.playvid.com/watch/opOwpEIzcHF,
http://www.playvid.com/watch/2WKxmx0sfz8, http://www.playvid.com/watch/CfQIsDg5qOL, http://www.playvid.com/watch/3KeLtu0Da4e,
http://www.playvid.com/watch/vgPSV0eacd2, http://www.playvid.com/watch/WcT6QzXcAuz, http://www.playvid.com/watch/euGo5I96PTa,
http://www.playvid.com/watch/94N9CLogZBx, http://www.playvid.com/watch/DoNqh8HdvpK, http://www.playvid.com/watch/3tQVmS34eMj,
http://www.playvid.com/watch/7dTxJcMFZfT, http://www.playvid.com/watch/wZz7llZSpjW, http://www.playvid.com/watch/mtxLzvwvNSz,
http://www.playvid.com/watch/ey34bVrQ9NI, http://www.playvid.com/watch/ExrH-XKDYjd, http://www.playvid.com/watch/styyD9ElGSG,
http://www.playvid.com/watch/iyagyk-a0H3, http://www.playvid.com/watch/dVZhYayYFnh, http://www.playvid.com/watch/Q6tHnmlSGJU,
http://www.playvid.com/watch/3pO6xZNY3Gl, http://www.playvid.com/watch/APjFEQRcw3-, http://www.playvid.com/watch/JeR0dOMfIkp,
http://www.playvid.com/watch/gMjobxL3Ak0, http://www.playvid.com/watch/FSEK2Z2KRFu, http://www.playvid.com/watch/2ZbJsinxHv4,
http://www.playvid.com/watch/yTytYtqyrcA, http://www.playvid.com/watch/8m92sTFg5Th, http://www.playvid.com/watch/68-wCcXELWq,
http://www.playvid.com/watch/CFh0-LdK-Rf, http://www.playvid.com/watch/Xmz2lndwCe6, http://www.playvid.com/watch/9Tjzzgk3yuy,
http://www.playvid.com/watch/E4NLyaeTR5E, http://www.playvid.com/watch/ZjahfXNz9bh, http://www.playvid.com/watch/m2J874xhIwy,
http://www.playvid.com/watch/IC8eOi7-wZS, http://www.playvid.com/watch/BNEb2xAsZGB, http://www.playvid.com/watch/DuSKcz2dCWd,
http://www.playvid.com/watch/ZDYCJsYoxgl, http://www.playvid.com/watch/mOKHgUh0nHf, http://www.playvid.com/watch/y2fle4vE9u8,
http://www.playvid.com/watch/nmDpqnUjvHL, http://www.playvid.com/watch/sGxgkWem5be, http://www.playvid.com/watch/7dv2huYLtbH,
http://www.playvid.com/watch/AofwKlJZoxC, http://www.playvid.com/watch/Rpe-PfN8y43, http://www.playvid.com/watch/bQohqCDXsdL,
http://www.playvid.com/watch/7SmtZt-JrhF, http://www.playvid.com/watch/z4t0qKOJmzv, http://www.playvid.com/watch/HVAn24kJR-K,
http://www.playvid.com/watch/aUahup45SJv, http://www.playvid.com/watch/IsvzOGaQD6j, http://www.playvid.com/watch/vnwInGJhme8,
http://www.playvid.com/watch/pm2K6hsKJOm, http://www.playvid.com/watch/dfGXPs5iK0U, http://www.playvid.com/watch/PgVgMLXuYFY,
http://www.playvid.com/watch/7sTp-PiZHtG, http://www.playvid.com/watch/cFEgOLzLupJ, http://www.playvid.com/watch/TcPyombKHQY,
http://www.playvid.com/watch/Lwt5HUUsA5W, http://www.playvid.com/watch/ZkhqMVt-6kS, http://www.playvid.com/watch/NykIWMFhHMk,
http://www.playvid.com/watch/KPV2quXhKCX, http://www.playvid.com/watch/uoJ6prQdmmZ, http://www.playvid.com/watch/WgN4pPKqGjo,
http://www.playvid.com/watch/yukp-v084yW, http://www.playvid.com/watch/rOf2IsAReqs, http://www.playvid.com/watch/vYJV-SnonIX,
http://www.playvid.com/watch/yeZSGDPkW66, http://www.playvid.com/watch/EmioAiH7PTI, http://www.playvid.com/watch/HOewIg-VhVr,
http://www.playvid.com/watch/-V4zs9oAek9, http://www.playvid.com/watch/wsqfMNDZQN8, http://www.playvid.com/watch/Sz502KyxTqM,
http://www.playvid.com/watch/TU0Y2rk6lfu, http://www.playvid.com/watch/aypWxTq97fW, http://www.playvid.com/watch/m64OwKmG2Fb,
http://www.playvid.com/watch/YlebZHe6JIr, http://www.playvid.com/watch/DlbFTsXWKsU, http://www.playvid.com/watch/mPiiXi-LcPj,
http://www.playvid.com/watch/XH8ruO8wQU2, http://www.playvid.com/watch/jZQJeyzLm96, http://www.playvid.com/watch/V6o8-ZgGaS8,
http://www.playvid.com/watch/TXl6lB5hhyh, http://www.playvid.com/watch/6Tu9W0shrMP, http://www.playvid.com/watch/jmDc2XTzDAi,
http://www.playvid.com/watch/E8554SeNG9Z, http://www.playvid.com/watch/JoX72rsUMx3, http://www.playvid.com/watch/mijDBkrqPp5,
http://www.playvid.com/watch/hou7GAoz9Oh, http://www.playvid.com/watch/3DhXr4hVT55, http://www.playvid.com/watch/Sqr3xnxmNT-,
http://www.playvid.com/watch/-SDurS4s8PL, http://www.playvid.com/watch/8OU5lEHVBxk, http://www.playvid.com/watch/3nqK2JynZw0,
http://www.playvid.com/watch/ukmGHu2sP4S, http://www.playvid.com/watch/RYQ8pydxP-A, http://www.playvid.com/watch/hw4lO5vxHlZ,
http://www.playvid.com/watch/LzyXRdLnv4e, http://www.playvid.com/watch/WFm-6tfpc8Q, http://www.playvid.com/watch/rNM2qurQVtk,
http://www.playvid.com/watch/kXFgehmO6Mb, http://www.playvid.com/watch/nMNmj0VjsC6, http://www.playvid.com/watch/k2NLdt9wp4U,
http://www.playvid.com/watch/2CXcgQB-DCR, http://www.playvid.com/watch/5MRCC-eN-Pl, http://www.playvid.com/watch/byBxQYOd3EQ,
http://www.playvid.com/watch/yRGJcbhcVQ7, http://www.playvid.com/watch/ptvReDc6eoP, http://www.playvid.com/watch/YO-2ZG9RPj3,
http://www.playvid.com/watch/0YFYzvBwx8o, http://www.playvid.com/watch/z7zYDYv929b, http://www.playvid.com/watch/-cXTM-mhNxk,
http://www.playvid.com/watch/4lHuZ79cU6S, http://www.playvid.com/watch/9NAP8fBrr2h, http://www.playvid.com/watch/vlOWxtFAj6G,
http://www.playvid.com/watch/ipIM4c4arX4, http://www.playvid.com/watch/dArs4zmAyFP, http://www.playvid.com/watch/drCWoMdBoMG,
http://www.playvid.com/watch/JMwDGN05ePS, http://www.playvid.com/watch/bC9g4pRxCmO, http://www.playvid.com/watch/peOJ-6zQZMj,
http://www.playvid.com/watch/7XuDkycDx98, http://www.playvid.com/watch/aLYKLfec4H6, http://www.playvid.com/watch/oJKoqoiP5pH,
http://www.playvid.com/watch/P0AWC7u4GTL, http://www.playvid.com/watch/C8qE-wOuNac, http://www.playvid.com/watch/k28ppAWuZbv,
http://www.playvid.com/watch/79HPsvESTNP, http://www.playvid.com/watch/zqMwrmffdxB, http://www.playvid.com/watch/km7lSPp7UMy,
http://www.playvid.com/watch/30Cc-IAsqx3, http://www.playvid.com/watch/Fx293Pywoaf, http://www.playvid.com/watch/ryyFN99ZZ7f,
http://www.playvid.com/watch/EShB7WUTDRP, http://www.playvid.com/watch/pchWorQpu9g, http://www.playvid.com/watch/RFwri3Trfvu,
http://www.playvid.com/watch/xzwoB-cZamo, http://www.playvid.com/watch/yFtYvdN5e9a, http://www.playvid.com/watch/jnJiGBzDLHB,
http://www.playvid.com/watch/3WlptIYW8zZ, http://www.playvid.com/watch/47RvbqobGeL, http://www.playvid.com/watch/PoVCNBzyRvG,
http://www.playvid.com/watch/k4mAW-JyCWk, http://www.playvid.com/watch/WtSWWQn2iYQ, http://www.playvid.com/watch/bNyBQNDtq2S,
http://www.playvid.com/watch/fNkdwnnY8Z9, http://www.playvid.com/watch/ba0dBsEWTih, http://www.playvid.com/watch/rKwoOolnXTm,
http://www.playvid.com/watch/MvzJThyxWEk, http://www.playvid.com/watch/h6nF0JyzQbl, http://www.playvid.com/watch/h-9JH7ASgrx,
http://www.playvid.com/watch/GyNyF8XD5xg, http://www.playvid.com/watch/0ibpXQYgtmn, http://www.playvid.com/watch/tnyS8GZm7uo,
http://www.playvid.com/watch/uufcZkVAg5c, http://www.playvid.com/watch/0JrWKoyUQm2, http://www.playvid.com/watch/NXdtVwXlFma,
http://www.playvid.com/watch/4VCIbxu7Dj-, http://www.playvid.com/watch/nThNqLVDiSw, http://www.playvid.com/watch/FiAgNSb6W6P,
http://www.playvid.com/watch/pI8dmeprv3J, http://www.playvid.com/watch/e3HplJey5N3, http://www.playvid.com/watch/lgGCnTld2m-,
http://www.playvid.com/watch/RIlIvECI9EI, http://www.playvid.com/watch/fW-0NMygOf-, http://www.playvid.com/watch/yGyAih4tA24,
http://www.playvid.com/watch/CA59EWJM0w-, http://www.playvid.com/watch/tyL2lwAqkZL, http://www.playvid.com/watch/UXkG6oQyQuD,
http://www.playvid.com/watch/Vmnin-DQJqA, http://www.playvid.com/watch/HUmgAUo6nBW, http://www.playvid.com/watch/-TFz-ceHl2M,
http://www.playvid.com/watch/ibbf-TvhFH-, http://www.playvid.com/watch/SlNdZXewhzS, http://www.playvid.com/watch/mcdsOjZAw-i,
http://www.playvid.com/watch/JQrhLrgrZI2, http://www.playvid.com/watch/wZzfWOIeuaC, http://www.playvid.com/watch/IggoBvFhkBK,
http://www.playvid.com/watch/wM6zssMn0RM, http://www.playvid.com/watch/5TiufVdMas8, http://www.playvid.com/watch/bqjkhO9zgXB,
http://www.playvid.com/watch/6CGAHp7xI2v, http://www.playvid.com/watch/C7EQqw7WGRe, http://www.playvid.com/watch/G8WXShX8Rl6,
http://www.playvid.com/watch/QVONtgdExCJ, http://www.playvid.com/watch/yfsv6j8iil-, http://www.playvid.com/watch/0rutsiusRyd,
http://www.playvid.com/watch/JTS5v2JCSKc, http://www.playvid.com/watch/uUTMTfyigi2, http://www.playvid.com/watch/qjclH-3FcEH,
http://www.playvid.com/watch/l-xEMHMyWG6, http://www.playvid.com/watch/5oYpHuoSvRP, http://www.playvid.com/watch/vCcawGbXUf-,
http://www.playvid.com/watch/TbC3IfEihHn, http://www.playvid.com/watch/qnrTnoexJHN, http://www.playvid.com/watch/H-CHEGeaqwi,
http://www.playvid.com/watch/cNcnnzsTt9T, http://www.playvid.com/watch/2UTB633EYhR, http://www.playvid.com/watch/gcBRFfBXDtS,
http://www.playvid.com/watch/4kcnDA6kCoR, http://www.playvid.com/watch/xovXTwCtCyN, http://www.playvid.com/watch/SLitRHyBWVz,
http://www.playvid.com/watch/EkDdq33WzaK, http://www.playvid.com/watch/n3gMSKW-ySP, http://www.playvid.com/watch/t-8niJM7LLj,
http://www.playvid.com/watch/NRJ3BSWGdJ8, http://www.playvid.com/watch/y2lGZ8COhZp, http://www.playvid.com/watch/yxYW9Y7lsQv,
http://www.playvid.com/watch/Os3AVzVd7p4, http://www.playvid.com/watch/4K8DGv9lT5a, http://www.playvid.com/watch/PDsW7I9HBIY,
http://www.playvid.com/watch/j2JVHPXxqID, http://www.playvid.com/watch/0msr0H8KVrs, http://www.playvid.com/watch/LBknr6W769-,
http://www.playvid.com/watch/DA2hd49-pPM, http://www.playvid.com/watch/0wY9MKDZDmB, http://www.playvid.com/watch/8ub2PNBy-mw,
http://www.playvid.com/watch/jTi63tRmEUS, http://www.playvid.com/watch/8oO8RwDFuSc, http://www.playvid.com/watch/pYBwwGX58eP,
http://www.playvid.com/watch/dLhydHefO2z, http://www.playvid.com/watch/QpAErKk5zLK, http://www.playvid.com/watch/Fl7MU-RhWRw,
http://www.playvid.com/watch/VP5VVHy-CMv, http://www.playvid.com/watch/v9RuXl0B0T6, http://www.playvid.com/watch/VtUs08KQsQc,

http://www.playvid.com/watch/3UFwodGl8l7, http://www.playvid.com/watch/yavlHfHjUrE, http://www.playvid.com/watch/UOKxodcLXcG,
http://www.playvid.com/watch/2ZlmD8zafV7, http://www.playvid.com/watch/AFrohP-ZTro, http://www.playvid.com/watch/2qVpoA4cEBR,
http://www.playvid.com/watch/e4QrhetCkuN, http://www.playvid.com/watch/V9NeYSsL6BC, http://www.playvid.com/watch/hjdlFzakCEB,
http://www.playvid.com/watch/rmhxlJ-RymF, http://www.playvid.com/watch/Qk64kRDClaR, http://www.playvid.com/watch/atWBI33wDIc,
http://www.playvid.com/watch/rSyGg2bTA7p, http://www.playvid.com/watch/dJczd7vEc4j, http://www.playvid.com/watch/vGREppUOTVL,
http://www.playvid.com/watch/JYmhax8fedY, http://www.playvid.com/watch/6UabRnJ3oRo, http://www.playvid.com/watch/QEFqjO4M6B8,
http://www.playvid.com/watch/ihgqPdIxOsp, http://www.playvid.com/watch/-Xngo2obM8p, http://www.playvid.com/watch/6MOl4CM-kY7,
http://www.playvid.com/watch/BD6IljNBiP4, http://www.playvid.com/watch/E8fuCBVAXaO, http://www.playvid.com/watch/psBAnH-xq3q,
http://www.playvid.com/watch/Rn9XYUCff0C, http://www.playvid.com/watch/3RDBn2Rj2jK, http://www.playvid.com/watch/eIugmUFYeCe,
http://www.playvid.com/watch/lImJYBQYRRi, http://www.playvid.com/watch/XhWIps95lhj, http://www.playvid.com/watch/uLIt2qyihgv,
http://www.playvid.com/watch/ZN9q08W3R3q, http://www.playvid.com/watch/lk0WBd-aPUJ, http://www.playvid.com/watch/CbFSdtQvcbM,
http://www.playvid.com/watch/WbzaAZzVydt, http://www.playvid.com/watch/XRL7gf6EmtT, http://www.playvid.com/watch/hRbAcmA5AKj,
http://www.playvid.com/watch/BdNR6iwF3k5, http://www.playvid.com/watch/trKsIqeGYwV, http://www.playvid.com/watch/J0lRz-nW4hY,
http://www.playvid.com/watch/9VrXgRt7daF, http://www.playvid.com/watch/R8UU-MrTUIa, http://www.playvid.com/watch/NNxrre0dtj6,
http://www.playvid.com/watch/XJ3eiw6mpIg, http://www.playvid.com/watch/FG-BcaSAQO4, http://www.playvid.com/watch/i0vGQWwQAF3,
http://www.playvid.com/watch/KVCL5xRpZip, http://www.playvid.com/watch/XOy7Jr5Ffcv, http://www.playvid.com/watch/rm9gyV0UEP3,
http://www.playvid.com/watch/VIEPssEAOLa, http://www.playvid.com/watch/WNaUBTR7dUR, http://www.playvid.com/watch/L3m8zfYT-ph,
http://www.playvid.com/watch/CIEbUsHnuwl, http://www.playvid.com/watch/I64BuKX8vzs, http://www.playvid.com/watch/HUNZTQ847W5,
http://www.playvid.com/watch/yArityD9U8p, http://www.playvid.com/watch/qiaPOdqnAEQ, http://www.playvid.com/watch/9CwzC9EV8r8,
http://www.playvid.com/watch/4TiuV2mDELE, http://www.playvid.com/watch/zsJrJrdGu8A, http://www.playvid.com/watch/37CuNsh-Tjt,
http://www.playvid.com/watch/-9XzMh8oGp6, http://www.playvid.com/watch/A88gXUXeKap, http://www.playvid.com/watch/WZU6LcHc8u5,
http://www.playvid.com/watch/XCIQikx-Lun, http://www.playvid.com/watch/6io-0izWfzs, http://www.playvid.com/watch/uNSg95pJ8A4,
http://www.playvid.com/watch/gOaIud4dlPs, http://www.playvid.com/watch/I5U3KPtyQCZ, http://www.playvid.com/watch/WOKfZAVWtx4,
http://www.playvid.com/watch/SxjsN-VT8jr, http://www.playvid.com/watch/n9SmIXnCbxI, http://www.playvid.com/watch/OexyeZzszbK,
http://www.playvid.com/watch/rS8f87WP4p2, http://www.playvid.com/watch/0QfnTO-7abf, http://www.playvid.com/watch/Oadnp-ig-zW,
http://www.playvid.com/watch/4gbP-y42k03, http://www.playvid.com/watch/LMrADOwmN6g, http://www.playvid.com/watch/bgJhzPeqT8g,
http://www.playvid.com/watch/Acoku5d3ylx, http://www.playvid.com/watch/Vg38Nq9CdUF, http://www.playvid.com/watch/O7Ga4kluiQ9,
http://www.playvid.com/watch/uz58RyMRWNP, http://www.playvid.com/watch/xSGS0QlCdS4, http://www.playvid.com/watch/70cW5Tj2QAn,
http://www.playvid.com/watch/r3oA5eadL2F, http://www.playvid.com/watch/kILPdjrQDp7, http://www.playvid.com/watch/cdKNGEOpfzx,
http://www.playvid.com/watch/v8bFimmhNMw, http://www.playvid.com/watch/omJHyP-5c23, http://www.playvid.com/watch/OGYJHD98L3Z,
http://www.playvid.com/watch/HQLLV4qMKzm, http://www.playvid.com/watch/pyKuGPavv2W, http://www.playvid.com/watch/Ifnc3aHVBtk,
http://www.playvid.com/watch/-RqC2S7mFSV, http://www.playvid.com/watch/9FmDUXRkyW0, http://www.playvid.com/watch/9sVmE6VH0Bu,
http://www.playvid.com/watch/bmHfbxg-3b8, http://www.playvid.com/watch/hEnkvA-xWBg, http://www.playvid.com/watch/CNYDExU8X-s,
http://www.playvid.com/watch/ZnDqYCwxhlH, http://www.playvid.com/watch/2gVFZCQ7wYM, http://www.playvid.com/watch/gKn4rPAVHii,
http://www.playvid.com/watch/d60k-jAgBj7, http://www.playvid.com/watch/Y6nPp0FRBpf, http://www.playvid.com/watch/H80-5IZQHLi,
http://www.playvid.com/watch/aWT6UT9Razq, http://www.playvid.com/watch/uapdKRdnxwc, http://www.playvid.com/watch/BpJZ0rmm9Mr,
http://www.playvid.com/watch/AwlOfcd24uN, http://www.playvid.com/watch/agJlmEuI8LR, http://www.playvid.com/watch/ssRuIF0dm5Q,
http://www.playvid.com/watch/rWRFsIsPRHO, http://www.playvid.com/watch/GF03uifHYyW, http://www.playvid.com/watch/cuIoRRDS9ZZ,
http://www.playvid.com/watch/VmYbVN3c0fb, http://www.playvid.com/watch/nc8T2t8y8NM, http://www.playvid.com/watch/74kxpNfgLQS,
http://www.playvid.com/watch/wircHndDnkw, http://www.playvid.com/watch/Ff9jbAzwWYa, http://www.playvid.com/watch/lyrOAM9i9bR,
http://www.playvid.com/watch/nIRVBlsGx5h, http://www.playvid.com/watch/3Av7aVa8D6A, http://www.playvid.com/watch/AveVRoidt0z,
http://www.playvid.com/watch/SoP7k3dCnXU, http://www.playvid.com/watch/HV6nGshJDut, http://www.playvid.com/watch/YviTVYes99V,
http://www.playvid.com/watch/RRfP-2gaFRn, http://www.playvid.com/watch/h2Y9NbM7YZl, http://www.playvid.com/watch/XgXcDQcIf2K,
http://www.playvid.com/watch/cYs6WsW6iNL, http://www.playvid.com/watch/lY7-yhzeG07, http://www.playvid.com/watch/M2oKwWLIOyP,
http://www.playvid.com/watch/n-MrQoPgvPS, http://www.playvid.com/watch/g2QSOFY-UYP, http://www.playvid.com/watch/lxWsx6apzvD,
http://www.playvid.com/watch/FAqWrnQxZSh, http://www.playvid.com/watch/7TxsLn8WT7e, http://www.playvid.com/watch/vR9sKRzlb5S,
http://www.playvid.com/watch/vtRS72Gr3NT, http://www.playvid.com/watch/anSngGSKQdA, http://www.playvid.com/watch/HyQVhRYl6EG,
http://www.playvid.com/watch/y4PuFSVEMUp, http://www.playvid.com/watch/TwnmQrkqjMB, http://www.playvid.com/watch/7saHWEaFh8S,
http://www.playvid.com/watch/qbEPQyOq-Po, http://www.playvid.com/watch/Rw-akUs9acI, http://www.playvid.com/watch/0xoqfxboAsP,
http://www.playvid.com/watch/KWSHPyRKUEM, http://www.playvid.com/watch/rPKuiCuDArJ, http://www.playvid.com/watch/inevm4sMPYm,
http://www.playvid.com/watch/ErmgIV0lVYP, http://www.playvid.com/watch/4rPAiO-Nylg, http://www.playvid.com/watch/BKSJWfz4EqL,
http://www.playvid.com/watch/BP7NOg8Sr5V, http://www.playvid.com/watch/efI63r75gqw, http://www.playvid.com/watch/Y54B3uwIbti,
http://www.playvid.com/watch/XqFHWwpF7TK, http://www.playvid.com/watch/FJq-yrtD3xJ, http://www.playvid.com/watch/khbt7TYRt7L,
http://www.playvid.com/watch/cfCn7NLcQHQ, http://www.playvid.com/watch/oAZ-TiBI4so, http://www.playvid.com/watch/dezYsRNfWzz,
http://www.playvid.com/watch/pNcDSVZoQbf, http://www.playvid.com/watch/MMwepYyNQah, http://www.playvid.com/watch/2yMME7qLxB2,
http://www.playvid.com/watch/MgQcsi4Liap, http://www.playvid.com/watch/hiRwxuleD5u, http://www.playvid.com/watch/ERxSaMNSOGw,
http://www.playvid.com/watch/RNMAG0DJQiX, http://www.playvid.com/watch/vBtjDF8CGCW, http://www.playvid.com/watch/TKkQcZrCg6H,
http://www.playvid.com/watch/WHQLc8EqbnR, http://www.playvid.com/watch/JdMy5lLGLcE, http://www.playvid.com/watch/3xuuJLiiLUm,
http://www.playvid.com/watch/-x4OIQNoKjo, http://www.playvid.com/watch/J0iEbQW4uHi, http://www.playvid.com/watch/JMODtsnLigK,
http://www.playvid.com/watch/Qt64ZtkJMAA, http://www.playvid.com/watch/KjK0UEqftUk, http://www.playvid.com/watch/WKYITnKFVWO,
http://www.playvid.com/watch/pddtsQSppJA, http://www.playvid.com/watch/T5hocGSiQbJ, http://www.playvid.com/watch/oZNge37Kemu,
http://www.playvid.com/watch/nIl5ISAjKI3, http://www.playvid.com/watch/yvSdXIUkZBJ, http://www.playvid.com/watch/LIoVJzLL8mY,
http://www.playvid.com/watch/R694iC6OTfE, http://www.playvid.com/watch/HK-RywcbLgX, http://www.playvid.com/watch/CoW2nIo8VxZ,
http://www.playvid.com/watch/jHRwzxl2prq, http://www.playvid.com/watch/GzMFuCAwGl2, http://www.playvid.com/watch/-EUSO3ZZqdE,
http://www.playvid.com/watch/vwnA8IAKUfH, http://www.playvid.com/watch/DRxTV9s4IOz, http://www.playvid.com/watch/9A5LeRrWZgb,
http://www.playvid.com/watch/eqosC9MYfGe, http://www.playvid.com/watch/5gIZiJf82qA, http://www.playvid.com/watch/3nSrin-KpRn,
http://www.playvid.com/watch/8IVfOUr2hv6, http://www.playvid.com/watch/bF-TkbO-Iu5, http://www.playvid.com/watch/WftkMBJRdaw,
http://www.playvid.com/watch/FgugvoRqPnO, http://www.playvid.com/watch/lkQ8-wnNHbN, http://www.playvid.com/watch/eP0x06Mxg-y,
http://www.playvid.com/watch/5mhBgVsBu6e, http://www.playvid.com/watch/suCeEZMB5Un, http://www.playvid.com/watch/7iA-rrwdYBu,
http://www.playvid.com/watch/WKEYQnlwBGN, http://www.playvid.com/watch/u4WAWxWoP-Z, http://www.playvid.com/watch/EHZzXIfkeM6,
http://www.playvid.com/watch/C89mx-kKrY4, http://www.playvid.com/watch/NE2ALPXGJqA, http://www.playvid.com/watch/zIxBeVp6GrB,
http://www.playvid.com/watch/4wzsSu54y-6, http://www.playvid.com/watch/pRftQiGdUEl, http://www.playvid.com/watch/pp7v5SazsQx,
http://www.playvid.com/watch/6Ewfs6uDQAl, http://www.playvid.com/watch/KuubvRiV49t, http://www.playvid.com/watch/lIqWAXAOX7y,
http://www.playvid.com/watch/rlhinv5o-CG, http://www.playvid.com/watch/nvv-Q5mE4pK, http://www.playvid.com/watch/gpoqXviVvvE,
http://www.playvid.com/watch/n0cXrAOlwXf, http://www.playvid.com/watch/2r-ZGHTXP8c, http://www.playvid.com/watch/VUEWWtIKqzs,
http://www.playvid.com/watch/ipWM4eyZX7Y, http://www.playvid.com/watch/5aTEZsiEqmv, http://www.playvid.com/watch/7ClVt6nfciu,
http://www.playvid.com/watch/xntEDNLYOS5, http://www.playvid.com/watch/-UOjDRYGyyB, http://www.playvid.com/watch/LXShdgs4bkF,
http://www.playvid.com/watch/3Zib5ZrijKU, http://www.playvid.com/watch/UmEna5QA6b8, http://www.playvid.com/watch/WCiMwNRa8UZ,
http://www.playvid.com/watch/UUnXu4MOavm, http://www.playvid.com/watch/kCXcfkxvooC, http://www.playvid.com/watch/cE7rkg5VQES,
http://www.playvid.com/watch/MiRIbLNNT6P, http://www.playvid.com/watch/McZpdjtrvqS, http://www.playvid.com/watch/FMyzg2xKRby,
http://www.playvid.com/watch/qp0db7E5CZy, http://www.playvid.com/watch/wyl8KK4WOMK, http://www.playvid.com/watch/Qk4Cy2NfzRG,
http://www.playvid.com/watch/F9jgm6RO3Gw, http://www.playvid.com/watch/n4RBZtER2pZ, http://www.playvid.com/watch/3UNUOI2xSIy,
http://www.playvid.com/watch/YZCIzAArX36, http://www.playvid.com/watch/XBtbwp9JzeC, http://www.playvid.com/watch/8Tb-6Wb8Pgu,
http://www.playvid.com/watch/JL4eiu9UesR, http://www.playvid.com/watch/6sLk-jVnabl, http://www.playvid.com/watch/70VA2r5dQkt,
http://www.playvid.com/watch/Lc7R3ujbSqE, http://www.playvid.com/watch/IKsgMHTU3Q9, http://www.playvid.com/watch/7CLU4ZpkNJC,
http://www.playvid.com/watch/nyBhCCeCnyW, http://www.playvid.com/watch/UKJFqmqNd64, http://www.playvid.com/watch/xru569CoZKw,
http://www.playvid.com/watch/wlYm3zHxFrM, http://www.playvid.com/watch/BnM6ptbHLXT, http://www.playvid.com/watch/9jlY8wG2n49,
http://www.playvid.com/watch/XMdO6vtT939, http://www.playvid.com/watch/f88r2EMrzWW, http://www.playvid.com/watch/rg0bDbSMNIG,
http://www.playvid.com/watch/cvMsWqqLP0x, http://www.playvid.com/watch/y0HRSpFPMj5, http://www.playvid.com/watch/pciFyuLeUf9,
http://www.playvid.com/watch/TGknGP4Plsc, http://www.playvid.com/watch/PEKEozfNidD, http://www.playvid.com/watch/esGsmd4-NfQ,
http://www.playvid.com/watch/KG46Fe3PwGv, http://www.playvid.com/watch/8EdS0yJOfqF, http://www.playvid.com/watch/L8KM2cVz0Cp,
http://www.playvid.com/watch/G4AxSnq2RXv, http://www.playvid.com/watch/txm7ewnMxfM, http://www.playvid.com/watch/UVJIolsGhvJ,
http://www.playvid.com/watch/i92btnwH3Ao, http://www.playvid.com/watch/XWYF8Gbf96C, http://www.playvid.com/watch/Z8tTRptMY6v,
http://www.playvid.com/watch/WI79Wx3e93o, http://www.playvid.com/watch/CiwD6fNqpg3, http://www.playvid.com/watch/YN-e9QsTmvZ,
http://www.playvid.com/watch/3qQUzVxNNAR, http://www.playvid.com/watch/dQZpaHMdK8v, http://www.playvid.com/watch/qtsmBWZHIMV,
http://www.playvid.com/watch/H9sarTWpE68, http://www.playvid.com/watch/I46WfbNyVkj, http://www.playvid.com/watch/4fuRoBGMtx6,

http://www.playvid.com/watch/mIkkDR-uPrP, http://www.playvid.com/watch/zEMd47IwMvc, http://www.playvid.com/watch/k7CUaWHkpcD,
http://www.playvid.com/watch/No8vqnZ0QpK, http://www.playvid.com/watch/Va-bqFdk3L0, http://www.playvid.com/watch/nbc8x5nEdxD,
http://www.playvid.com/watch/FEXuPcpPtv2, http://www.playvid.com/watch/rVi6mnkPhBq, http://www.playvid.com/watch/eGYTrIYSTHg,
http://www.playvid.com/watch/gRg9dvYj9Rr, http://www.playvid.com/watch/hwG0ZlNPyp-, http://www.playvid.com/watch/b5eSTWP0flC,
http://www.playvid.com/watch/g0WZvpTmbD6, http://www.playvid.com/watch/OChyHxREODS, http://www.playvid.com/watch/ZzAxfkr7deM,
http://www.playvid.com/watch/Nsao3jq5uHQ, http://www.playvid.com/watch/4VxKw9dmjpD, http://www.playvid.com/watch/OfIM6NkJAkk,
http://www.playvid.com/watch/v4s5rIDqsN-, http://www.playvid.com/watch/0hqDI4BpbQK, http://www.playvid.com/watch/KZxj0bF-c5Z,
http://www.playvid.com/watch/pYrUPXejmSI, http://www.playvid.com/watch/IBctGiW8khV, http://www.playvid.com/watch/TpF4Drw0ibN,
http://www.playvid.com/watch/ylcgMwUVhim, http://www.playvid.com/watch/BOL7FFrDPNA, http://www.playvid.com/watch/KlxVkzILiu5,
http://www.playvid.com/watch/iBlDcEct7pe, http://www.playvid.com/watch/VWHOKN25rGU, http://www.playvid.com/watch/IJMLRA-Py8D,
http://www.playvid.com/watch/U3dw4wKWA7U, http://www.playvid.com/watch/9X2HUIhJ44J, http://www.playvid.com/watch/qff9NV-aBK7,
http://www.playvid.com/watch/QJFYnIVEODE, http://www.playvid.com/watch/nE8oxAhDxDY, http://www.playvid.com/watch/4CrUT02qt4n,
http://www.playvid.com/watch/XzcJ9S8LNLc, http://www.playvid.com/watch/-ByHaiLyiXx, http://www.playvid.com/watch/lRV44DuMLlK,
http://www.playvid.com/watch/aAWFvySyPoG, http://www.playvid.com/watch/wUplGbv4gS-, http://www.playvid.com/watch/lxsixgqwTFP,
http://www.playvid.com/watch/CSLgntfEnXT, http://www.playvid.com/watch/NmROBcPHLmD, http://www.playvid.com/watch/pE-9rKq8P7E,
http://www.playvid.com/watch/2jtRSQ4oR8j, http://www.playvid.com/watch/Qkzd93fOzJM, http://www.playvid.com/watch/TrjhJV5ArTT,
http://www.playvid.com/watch/oDPpDKu9mfl, http://www.playvid.com/watch/KUW46uxsheI, http://www.playvid.com/watch/objNxEXHRC0,
http://www.playvid.com/watch/zKrlANWStOp, http://www.playvid.com/watch/FNwyLuUAKbq, http://www.playvid.com/watch/iFviDHxktci,
http://www.playvid.com/watch/i5oG7-4gUh0, http://www.playvid.com/watch/ESEjpwT68vm, http://www.playvid.com/watch/esOS5i7zr4y,
http://www.playvid.com/watch/CyRuDDYtqoQ, http://www.playvid.com/watch/Evb8JUkzQP3, http://www.playvid.com/watch/F8bG9aqIc5y,
http://www.playvid.com/watch/-TljKiEeJTG, http://www.playvid.com/watch/RIzPjklOU-o, http://www.playvid.com/watch/t4BRnO5NSU4,
http://www.playvid.com/watch/WnjZslwLe8q, http://www.playvid.com/watch/HkHHFxXIDmN, http://www.playvid.com/watch/KYlmazBmutL,
http://www.playvid.com/watch/QJVJwJiRxJo, http://www.playvid.com/watch/XmsckkpllXi, http://www.playvid.com/watch/OTizDKLRTGM,
http://www.playvid.com/watch/9nbgBwQ-Qyr, http://www.playvid.com/watch/2ga3wViALoJ, http://www.playvid.com/watch/EWZKVTlz59W,
http://www.playvid.com/watch/lIG-Yg4-0pS, http://www.playvid.com/watch/fmT0gV45cCN, http://www.playvid.com/watch/EkxvBfuEuZP,
http://www.playvid.com/watch/IUh2MJZ0F4d, http://www.playvid.com/watch/HoTyQUnAyD7, http://www.playvid.com/watch/yScWtwfvWyX,
http://www.playvid.com/watch/DM8ew8xO9Lw, http://www.playvid.com/watch/OocLdlKQZ5l, http://www.playvid.com/watch/kFJGO-k4b8J,
http://www.playvid.com/watch/MSlZ8iSlqQn, http://www.playvid.com/watch/bsKjxHe8IVf, http://www.playvid.com/watch/25AjALV5WUg,
http://www.playvid.com/watch/XxQcMgxhdNm, http://www.playvid.com/watch/vFNFma0vtf9, http://www.playvid.com/watch/bgJL-4ubchl,
http://www.playvid.com/watch/wftGYDOVrwe, http://www.playvid.com/watch/6CBY8uiLNZ0, http://www.playvid.com/watch/7BUlgtdoPgu,
http://www.playvid.com/watch/ajvNow-kNnV, http://www.playvid.com/watch/HSqRK0qRRnL, http://www.playvid.com/watch/-Vj4ksTFvt5,
http://www.playvid.com/watch/yGhbU0peNJg, http://www.playvid.com/watch/-tQYUVifZfS, http://www.playvid.com/watch/mzS7IupwDEt,
http://www.playvid.com/watch/N9NDsUmBcwC, http://www.playvid.com/watch/3e3YaXyFVjP, http://www.playvid.com/watch/dGnIb-4tsUw,
http://www.playvid.com/watch/7Tg2Le-Dppc, http://www.playvid.com/watch/NbQHkJnZcj6, http://www.playvid.com/watch/YHPCW2W6R2J,
http://www.playvid.com/watch/UShA220WmRf, http://www.playvid.com/watch/TJvsNGrQE6M, http://www.playvid.com/watch/5y5QuFmOEmS,
http://www.playvid.com/watch/c0AJP-PGV5O, http://www.playvid.com/watch/WIWIVlSGD-0, http://www.playvid.com/watch/qlKlKXaK55W,
http://www.playvid.com/watch/dno8sjJJB8O, http://www.playvid.com/watch/zXeGAyIEGzw, http://www.playvid.com/watch/0rPxB5Kmlv5,
http://www.playvid.com/watch/sp5BYyvcH3i, http://www.playvid.com/watch/FDVTddNgr62, http://www.playvid.com/watch/F2XcJn87eDk,
http://www.playvid.com/watch/Qft-LslOqej, http://www.playvid.com/watch/hpgdPUvDpPX, http://www.playvid.com/watch/JogxxBKW4Mh,
http://www.playvid.com/watch/lzU8llnjM93, http://www.playvid.com/watch/GxmFpFC4bnh, http://www.playvid.com/watch/mY0xu2nr7KT,
http://www.playvid.com/watch/66RpplJCAhv, http://www.playvid.com/watch/reQ0IImEKyr, http://www.playvid.com/watch/hD9fPd7bsFk,
http://www.playvid.com/watch/8T3eHZ85jP8, http://www.playvid.com/watch/plHQPwBEmIK, http://www.playvid.com/watch/XHWNC9m-5eq,
http://www.playvid.com/watch/vDLdOv5CJE6, http://www.playvid.com/watch/bSGYE0V2YDm, http://www.playvid.com/watch/wbt2xAmGIvd,
http://www.playvid.com/watch/klwwHEWalRq, http://www.playvid.com/watch/xsUyI94nBDz, http://www.playvid.com/watch/Yi7Kb-U29Aq,
http://www.playvid.com/watch/hwp-BKEHecm, http://www.playvid.com/watch/Y8dk3d49cJw, http://www.playvid.com/watch/dJ8i8UKJOmp,
http://www.playvid.com/watch/0ICHDJZZ0pN, http://www.playvid.com/watch/oCy042QIyht, http://www.playvid.com/watch/2AmBhRgF54-,
http://www.playvid.com/watch/EcIUc7ZRLiP, http://www.playvid.com/watch/vau-yvfXepf, http://www.playvid.com/watch/LnrMko3C2Mn,
http://www.playvid.com/watch/OSlODmnSKZc, http://www.playvid.com/watch/3rd7oA6Ggz-, http://www.playvid.com/watch/fFClL-XbqgF,
http://www.playvid.com/watch/EphPJkfQW78, http://www.playvid.com/watch/s6Wgztb74wM, http://www.playvid.com/watch/ZzUSl5W-9r-,
http://www.playvid.com/watch/cXcxypEdL8O, http://www.playvid.com/watch/l-KSeuz6mqj, http://www.playvid.com/watch/Q20yCBqcOnl,
http://www.playvid.com/watch/WsjuMepv3Ja, http://www.playvid.com/watch/OCqJ7pf0TRR, http://www.playvid.com/watch/vGX98Qt5JWt,
http://www.playvid.com/watch/Law0Sa6p4n2, http://www.playvid.com/watch/euOYX-p8gfD, http://www.playvid.com/watch/ktWfo3X3f4k,
http://www.playvid.com/watch/D7fjk92ANRG, http://www.playvid.com/watch/j8gyjLTU6XT, http://www.playvid.com/watch/DTiIzr4VP9M,
http://www.playvid.com/watch/AyuSuCvNUEu, http://www.playvid.com/watch/LxCxYRwwyW6, http://www.playvid.com/watch/irBzY-05QRD,
http://www.playvid.com/watch/CuC-Lwa0oTI, http://www.playvid.com/watch/FEgPam3mfE3, http://www.playvid.com/watch/LTmQePqaYmi,
http://www.playvid.com/watch/oYs6x2xXdJv, http://www.playvid.com/watch/Eb95tb3I6aA, http://www.playvid.com/watch/WjsqTYyE3hX,
http://www.playvid.com/watch/A50zdBWJm6X, http://www.playvid.com/watch/rTFKPMmGuDr, http://www.playvid.com/watch/nexEjoYKjIC,
http://www.playvid.com/watch/Dzax36tQQeW, http://www.playvid.com/watch/xn4WLUEZa2c, http://www.playvid.com/watch/h0CvQuBCBex,
http://www.playvid.com/watch/WmHscqdl02g, http://www.playvid.com/watch/ctI6aoVlUA6, http://www.playvid.com/watch/6xlqJh6Lhfr,
http://www.playvid.com/watch/CeglyUgrnAI, http://www.playvid.com/watch/FjHBY-XyBuf, http://www.playvid.com/watch/qqFsoZWKXEz,
http://www.playvid.com/watch/LnklbPojWGv, http://www.playvid.com/watch/IjadC39leQg, http://www.playvid.com/watch/WXFyptMMudY,
http://www.playvid.com/watch/HY9oSoK0xrX, http://www.playvid.com/watch/Drfz3CAYaHR, http://www.playvid.com/watch/HtiqQh-lZDL,
http://www.playvid.com/watch/3YkGEzxlf9O, http://www.playvid.com/watch/AYAttvIJRC6, http://www.playvid.com/watch/XsJ6rxTprDh,
http://www.playvid.com/watch/vAdmlinlCKr, http://www.playvid.com/watch/5wDAV0NeoL2, http://www.playvid.com/watch/0aYe-K7TWKq,
http://www.playvid.com/watch/tJs8ORhhJQb, http://www.playvid.com/watch/U7lxQrTevxY, http://www.playvid.com/watch/7TpMFVeMRfB,
http://www.playvid.com/watch/A-oIYLGHNc9, http://www.playvid.com/watch/QpvOmpGaCRJ, http://www.playvid.com/watch/5dzaWMSriik,
http://www.playvid.com/watch/LzhLBOIaRw8, http://www.playvid.com/watch/JwotEMECAUG, http://www.playvid.com/watch/fISip0xjB0s,
http://www.playvid.com/watch/jdYkOwETBZg, http://www.playvid.com/watch/0kTBjEbJWLS, http://www.playvid.com/watch/-a32A5ZBpUO,
http://www.playvid.com/watch/eAQoxKhT592, http://www.playvid.com/watch/LouRnsDDsUe, http://www.playvid.com/watch/np-FYchJD6F,
http://www.playvid.com/watch/SGwQFbdLghn, http://www.playvid.com/watch/HfOG0Mie8Ji, http://www.playvid.com/watch/ZDIsVJLwRLz,
http://www.playvid.com/watch/cJ8XoZrFxE5, http://www.playvid.com/watch/nFc-jnBpuMC, http://www.playvid.com/watch/uWyWFQMH-G9,
http://www.playvid.com/watch/aZzaWWOeNFc, http://www.playvid.com/watch/LQDL5d-wr3I, http://www.playvid.com/watch/qkJvjgXbBRH,
http://www.playvid.com/watch/FzFkiRS49ir, http://www.playvid.com/watch/ujv25oHYZEP, http://www.playvid.com/watch/GSu9bnujeJH,
http://www.playvid.com/watch/z7jBCbsscc6, http://www.playvid.com/watch/GJDbeT0tEM9, http://www.playvid.com/watch/30rzLdZMZhq,
http://www.playvid.com/watch/iSRQSzS6s7G, http://www.playvid.com/watch/2bUsIcYWZx3, http://www.playvid.com/watch/9-ZhvnSjAou,
http://www.playvid.com/watch/KCJfqRexK-N, http://www.playvid.com/watch/fUbGRknVc9w, http://www.playvid.com/watch/8py5ymThrUl,
http://www.playvid.com/watch/bzbgCmhShbA, http://www.playvid.com/watch/GyP3bbRIHZ5, http://www.playvid.com/watch/6SaGo9xv2LD,
http://www.playvid.com/watch/ZHa8VVv33YL, http://www.playvid.com/watch/RtBxcH75UZZ, http://www.playvid.com/watch/tLEvdN2Kw7R,
http://www.playvid.com/watch/RrxqVRVYXIT, http://www.playvid.com/watch/UP56nB-rkoc, http://www.playvid.com/watch/vIeS6W-LA56,
http://www.playvid.com/watch/O6qgL8FEs42, http://www.playvid.com/watch/cMjbzXJmSIs, http://www.playvid.com/watch/2xOq965Flfk,
http://www.playvid.com/watch/CCSZ7qFG0hN, http://www.playvid.com/watch/7mlSQS6VBpq, http://www.playvid.com/watch/GOJmj0KOBKo,
http://www.playvid.com/watch/Xfm9YeJtJnY, http://www.playvid.com/watch/QatfifjX5aa, http://www.playvid.com/watch/yw2J44jFejN,
http://www.playvid.com/watch/zkNbFui0TYy, http://www.playvid.com/watch/O4Zaz3dQ4Ss, http://www.playvid.com/watch/dMSCQRox9sN,
http://www.playvid.com/watch/Yj0XEO2fSo7, http://www.playvid.com/watch/C4pqImWNjKh, http://www.playvid.com/watch/l4CdmmRghGG,
http://www.playvid.com/watch/mXaL7Kk0QuJ, http://www.playvid.com/watch/mVPBQ0aSqa-, http://www.playvid.com/watch/WBgEy8uRWvS,
http://www.playvid.com/watch/6AVo-wp7hdN, http://www.playvid.com/watch/syEJ3jVio8t, http://www.playvid.com/watch/QE2pcH6wops,
http://www.playvid.com/watch/3TZzWYWQi4U, http://www.playvid.com/watch/UVwG3nnXM-S, http://www.playvid.com/watch/7g0LgZvBKNq,
http://www.playvid.com/watch/hzUNNLkDdqx, http://www.playvid.com/watch/y4aTFHjpeoE, http://www.playvid.com/watch/wUkiQiqakCT,
http://www.playvid.com/watch/ZnrfTsQd6nr, http://www.playvid.com/watch/Y6KtcxPV6oz, http://www.playvid.com/watch/quUzwa6uYpO,
http://www.playvid.com/watch/kVYRi6JX9yf, http://www.playvid.com/watch/Gijg8lzv0TW, http://www.playvid.com/watch/zyAhnBKejLS,
http://www.playvid.com/watch/Amjrev7bvRO, http://www.playvid.com/watch/jAdrkeBtWpJ, http://www.playvid.com/watch/BWExHFEiK4v,
http://www.playvid.com/watch/yNiqlecclDW, http://www.playvid.com/watch/75vEMddk9ko, http://www.playvid.com/watch/rvdBRnuxpyV,
http://www.playvid.com/watch/luv8ldu6POZ, http://www.playvid.com/watch/i2MsQR-kMna, http://www.playvid.com/watch/lmlOW9AiUnj,
http://www.playvid.com/watch/hLgY14ZqGtn, http://www.playvid.com/watch/nefMP2b7fVZ, http://www.playvid.com/watch/mIIRZBVD81N,
http://www.playvid.com/watch/ZYZpzmFSmMm, http://www.playvid.com/watch/OOoGkJ4gV3B, http://www.playvid.com/watch/3Avz7Xwue5-,
http://www.playvid.com/watch/gGOqKSkodjb, http://www.playvid.com/watch/3lgboFYhqXw, http://www.playvid.com/watch/MbYYjaFQZL2,

http://www.playvid.com/watch/LBJk4brNBTh, http://www.playvid.com/watch/K8oJ5yCH-SZ, http://www.playvid.com/watch/oU5NPOWWRKy, http://www.playvid.com/watch/47EOhnf0lAE, http://www.playvid.com/watch/67VBVXE56Ny, http://www.playvid.com/watch/iG_jIPDCldE, http://www.playvid.com/watch/28Q8m8NAjDg, http://www.playvid.com/watch/7fdIpbV1ZxZ, http://www.playvid.com/watch/JgFOYNZehls, http://www.playvid.com/watch/wETwejoldEQ, http://www.playvid.com/watch/waytoOxQXCJ, http://www.playvid.com/watch/G71qCUNTk0d, http://www.playvid.com/watch/XG5REgX83Vq, http://www.playvid.com/watch/lcDQIq2qoXN, http://www.playvid.com/watch/6v9vWiVacm3, http://www.playvid.com/watch/GRs6QbaqNdg, http://www.playvid.com/watch/4xg6ZHGt1cd, http://www.playvid.com/watch/44zD2sApAZF, http://www.playvid.com/watch/bHIHDzAHyGd, http://www.playvid.com/watch/aM91WgsFz-y
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: reglanr1
5.b. Uploader's email address: sebastianneedsmail@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/reglanr1
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mEuNFBDfzmi, http://www.playvid.com/watch/Yyw0OGpOIV4, http://www.playvid.com/watch/eNfrdOIdAaf, http://www.playvid.com/watch/3Ab661e8ziA, http://www.playvid.com/watch/y-YXZx8iZVN, http://www.playvid.com/watch/TSN3oSOwmxW, http://www.playvid.com/watch/8yI_2-9R_Ei, http://www.playvid.com/watch/gWhLhbq2VYb, http://www.playvid.com/watch/wXVcwHENZew, http://www.playvid.com/watch/Ulbc6O6mWrG, http://www.playvid.com/watch/P4tCk_PGz-5, http://www.playvid.com/watch/udDBm8zEuIp, http://www.playvid.com/watch/ao-kX-TYsDI, http://www.playvid.com/watch/7B_4Ufap64i, http://www.playvid.com/watch/mfqb_dXM3LZ, http://www.playvid.com/watch/TH6T2DQSZGg, http://www.playvid.com/watch/D4DoQeXSYNj, http://www.playvid.com/watch/Fv90VjKsDUh, http://www.playvid.com/watch/kVBl9j6RNpD, http://www.playvid.com/watch/dmpebLnYVAu, http://www.playvid.com/watch/nLv2PS5hhhx, http://www.playvid.com/watch/Yyz0p9ghmBI, http://www.playvid.com/watch/ijrAnryT4SN, http://www.playvid.com/watch/Eovtg_lELB9, http://www.playvid.com/watch/RD8KiYqvhAQ, http://www.playvid.com/watch/FM8cHaAyEzU, http://www.playvid.com/watch/SuZ9zBCjcuP, http://www.playvid.com/watch/YCoLgJf_TT9, http://www.playvid.com/watch/UqBnSDSyZzm, http://www.playvid.com/watch/tnmqTHg6Yp2, http://www.playvid.com/watch/A8CmBOr8OWm, http://www.playvid.com/watch/UiZTtzf-4j8, http://www.playvid.com/watch/nzjejcIWfMI, http://www.playvid.com/watch/89HwaXPq03X, http://www.playvid.com/watch/jZmzn_5DPYW, http://www.playvid.com/watch/M9XaVYYGvRV, http://www.playvid.com/watch/SCL9rk0tW-4, http://www.playvid.com/watch/7O5xeGLVhpX, http://www.playvid.com/watch/CcBomihaEvK, http://www.playvid.com/watch/flyPbAJ3vyZ, http://www.playvid.com/watch/xur59oDF4wF, http://www.playvid.com/watch/gZo7_5d_s_J, http://www.playvid.com/watch/3roa9AMBvAH, http://www.playvid.com/watch/HGwTEKZtT52, http://www.playvid.com/watch/QJQQf6oxZWI, http://www.playvid.com/watch/g2Ja9Bf6slA, http://www.playvid.com/watch/X9HB3gR8mFR, http://www.playvid.com/watch/AFkC8hpsEYy, http://www.playvid.com/watch/QDRLROiOVod, http://www.playvid.com/watch/GyeB8qgWIPk, http://www.playvid.com/watch/t2ZAJToMLbP, http://www.playvid.com/watch/t5P42MbtXJc, http://www.playvid.com/watch/OY4HDN8UKXH, http://www.playvid.com/watch/7uZiDvNKNrN, http://www.playvid.com/watch/YNNpifcrJSW, http://www.playvid.com/watch/BwsECxLxgbM, http://www.playvid.com/watch/QxIzest1X_i, http://www.playvid.com/watch/InGhqrOvLvO, http://www.playvid.com/watch/g3JdBqUbyNi, http://www.playvid.com/watch/nZilxW6Ql2G, http://www.playvid.com/watch/OBBWJukhfSo, http://www.playvid.com/watch/fYdPXuLaHeQ, http://www.playvid.com/watch/hf_64YDzpYo, http://www.playvid.com/watch/XDVC-uFfxtV, http://www.playvid.com/watch/ODg7tpmM1pU, http://www.playvid.com/watch/3gJ1mY7VczG, http://www.playvid.com/watch/FOTYXsmOcUH, http://www.playvid.com/watch/VDV8hPm45lw, http://www.playvid.com/watch/WDNjg5Q_P6k, http://www.playvid.com/watch/XYtT35y4TUr, http://www.playvid.com/watch/2HVqJ7gepPB, http://www.playvid.com/watch/F5zXJii_j-U, http://www.playvid.com/watch/BvzpKotjnQi, http://www.playvid.com/watch/jiblogER4VW, http://www.playvid.com/watch/FUKVha4pYCL, http://www.playvid.com/watch/FU3XIZiMpiL, http://www.playvid.com/watch/RynH9yLeK9a, http://www.playvid.com/watch/BygfYBwqJF6, http://www.playvid.com/watch/Z9VgaKxK6oV, http://www.playvid.com/watch/OwcHxyX8Sdw, http://www.playvid.com/watch/DvjxtXPJ2hr, http://www.playvid.com/watch/vFq2Kxe_Zcl, http://www.playvid.com/watch/qOxiRmjTsCV, http://www.playvid.com/watch/OfgwKh6HZKG, http://www.playvid.com/watch/xlz9OORgX-p, http://www.playvid.com/watch/Ryl62vk2CF0, http://www.playvid.com/watch/p1n7YMnLyFx, http://www.playvid.com/watch/JKG_9aoNB9B, http://www.playvid.com/watch/7cePT9V2wYZ, http://www.playvid.com/watch/abmUBBWBX6X, http://www.playvid.com/watch/nLwrn2CrSvN, http://www.playvid.com/watch/LrqIFQ4LmOa, http://www.playvid.com/watch/u82v1otL4oE, http://www.playvid.com/watch/vAVOY5Hc9Sp, http://www.playvid.com/watch/T_1qcxSCF-l, http://www.playvid.com/watch/V2s9MpleMxb, http://www.playvid.com/watch/MhCiY6GBZrC, http://www.playvid.com/watch/J28kFaynptY, http://www.playvid.com/watch/981NHfLSSRl, http://www.playvid.com/watch/41ahPYX8MiA, http://www.playvid.com/watch/OGARKkk1LG7, http://www.playvid.com/watch/cfmSzfaudYk, http://www.playvid.com/watch/4LuoMoE1lXZ, http://www.playvid.com/watch/hwlJlLOXOJp, http://www.playvid.com/watch/9CQdqBr_tm7, http://www.playvid.com/watch/o7SUr6Z7cHY, http://www.playvid.com/watch/a_RiodhEvtQ, http://www.playvid.com/watch/stC0y6DxzHS, http://www.playvid.com/watch/C7Qf7Yq3lEZ, http://www.playvid.com/watch/9ALefrPa9Ag, http://www.playvid.com/watch/yqrkaaKCkrg, http://www.playvid.com/watch/dmeqHfsk0GL, http://www.playvid.com/watch/PnXF1Dvsol9, http://www.playvid.com/watch/XpZXgdx8sXh, http://www.playvid.com/watch/ybUUhPXLabz, http://www.playvid.com/watch/ybkkcyYZvgo, http://www.playvid.com/watch/rcXdZ_uxitO, http://www.playvid.com/watch/gmUPjgPDcxc, http://www.playvid.com/watch/3ifU40nnTK5, http://www.playvid.com/watch/3p8WsCYSoz2, http://www.playvid.com/watch/mRbyD6UyTal, http://www.playvid.com/watch/r66Ip_SpDKg, http://www.playvid.com/watch/bEIZ1yTcaLi, http://www.playvid.com/watch/9ZsVotA8nvZ, http://www.playvid.com/watch/0Ks3lj5AXco, http://www.playvid.com/watch/YniQ3O72_Gh, http://www.playvid.com/watch/oJpGxZe7CgY, http://www.playvid.com/watch/Hlc-wxEdOIw, http://www.playvid.com/watch/unRSdPASIE4, http://www.playvid.com/watch/mShn_sUQiQH, http://www.playvid.com/watch/TRomSrnkoTu, http://www.playvid.com/watch/Mt1UJfYk4GO, http://www.playvid.com/watch/g37Rq-2joCi, http://www.playvid.com/watch/9tAO5ubP5mf, http://www.playvid.com/watch/Ollb3p9y80f, http://www.playvid.com/watch/Ps6upr1CZnU, http://www.playvid.com/watch/plKxGtrIv1c, http://www.playvid.com/watch/X37HE2X82fO, http://www.playvid.com/watch/Bf2in2qtjRa, http://www.playvid.com/watch/2MLkk04jW0O, http://www.playvid.com/watch/2JqbTeKU_uJ, http://www.playvid.com/watch/wsSxk5h3Zao, http://www.playvid.com/watch/z6eykvgGNux, http://www.playvid.com/watch/ohhl2r-RMi3, http://www.playvid.com/watch/Sc0pIi-YXjA, http://www.playvid.com/watch/MOE33oRkWYO, http://www.playvid.com/watch/CVLih-zU74s, http://www.playvid.com/watch/8-njAi0Ze6r, http://www.playvid.com/watch/7f9A_Z60eJs, http://www.playvid.com/watch/x8vDBjATg9c, http://www.playvid.com/watch/2Tv8Ezr8n8N, http://www.playvid.com/watch/vLVAxbIrL2l, http://www.playvid.com/watch/cuPol2xebwh, http://www.playvid.com/watch/38wvrSrNGHL, http://www.playvid.com/watch/2FhdRKosSMY, http://www.playvid.com/watch/wXMOpiXMNio, http://www.playvid.com/watch/B-0Yx0QLOv2, http://www.playvid.com/watch/POJ0ldSkEzy, http://www.playvid.com/watch/9islTfgLfBA, http://www.playvid.com/watch/p0JPlG_J8Vc, http://www.playvid.com/watch/MF_w5CpJvbT, http://www.playvid.com/watch/uOMl6JF8T02, http://www.playvid.com/watch/Vv1hji46HoR, http://www.playvid.com/watch/iIl7bSLbLNA, http://www.playvid.com/watch/lqC05fDd46b, http://www.playvid.com/watch/zXrvWtMjyKO, http://www.playvid.com/watch/ld5ub6837yc, http://www.playvid.com/watch/G4gF4Fh-WUo, http://www.playvid.com/watch/edSbLgSDew0, http://www.playvid.com/watch/wp58xxYxjTp, http://www.playvid.com/watch/j1LYvnZkhhd, http://www.playvid.com/watch/bcCHkYFvLnx, http://www.playvid.com/watch/2_BBJBZUxXP, http://www.playvid.com/watch/ibL7xJmqmAo, http://www.playvid.com/watch/OQS0vsCwNWE, http://www.playvid.com/watch/Y7KhC-ub_ip, http://www.playvid.com/watch/0WQHml5cWHZ, http://www.playvid.com/watch/pb0TFXIq4OY, http://www.playvid.com/watch/eLVKSDDMEYF, http://www.playvid.com/watch/5tsWS7p_5pK, http://www.playvid.com/watch/YkRYEp4DrQu, http://www.playvid.com/watch/XrGmvc9kT85, http://www.playvid.com/watch/bgTQ5NGOkAU, http://www.playvid.com/watch/BLOhq9WoOv2, http://www.playvid.com/watch/SAhKfF7VHsz, http://www.playvid.com/watch/DBjlWAIqIWH, http://www.playvid.com/watch/QQF_RASvBIY, http://www.playvid.com/watch/BJes3PEA6KL, http://www.playvid.com/watch/Az80tQHuLAX, http://www.playvid.com/watch/HTInMUGgfyJ, http://www.playvid.com/watch/z3rrhvDxtmP, http://www.playvid.com/watch/6gs2ofsNFqJ, http://www.playvid.com/watch/IXs-9jaAt19, http://www.playvid.com/watch/8WS-akiCDrq, http://www.playvid.com/watch/EXSAjSPQQWx, http://www.playvid.com/watch/FEOv4lmIiQ9, http://www.playvid.com/watch/PBXD15AbOQq, http://www.playvid.com/watch/MWPVx6r2Cfp, http://www.playvid.com/watch/I8aEElUWVrT, http://www.playvid.com/watch/ye4Mn1UEBCl, http://www.playvid.com/watch/BWrHarxAHIb, http://www.playvid.com/watch/e4MFG3SSmZE, http://www.playvid.com/watch/57ceC9t7MWB, http://www.playvid.com/watch/SrWNHBKHzSo, http://www.playvid.com/watch/blBm9eOu9ys, http://www.playvid.com/watch/4Is9LTn9wmf, http://www.playvid.com/watch/nAaIXBzvqoN, http://www.playvid.com/watch/6-7mANJvDJS, http://www.playvid.com/watch/GWlALk7a9K9, http://www.playvid.com/watch/Jk1VKDwiT2e, http://www.playvid.com/watch/hChYgZmYV_w, http://www.playvid.com/watch/y4N00FT4kME, http://www.playvid.com/watch/EMthz8tFjeW, http://www.playvid.com/watch/yBRg4TKHhdY, http://www.playvid.com/watch/C447G_FlkMw, http://www.playvid.com/watch/pwGVG_MM4xP, http://www.playvid.com/watch/67aJ4TYGdwg, http://www.playvid.com/watch/jyryw0NvDrG, http://www.playvid.com/watch/Ns3dyehv2gR, http://www.playvid.com/watch/NSkzon2XveX, http://www.playvid.com/watch/9XUTenagUXL, http://www.playvid.com/watch/Gq52VMTaWrQ, http://www.playvid.com/watch/RJ2E3Zl8iVQ, http://www.playvid.com/watch/riZx7B_rel4, http://www.playvid.com/watch/Jxrp_oCEIfV, http://www.playvid.com/watch/QLDrFIc4wWR, http://www.playvid.com/watch/FCPyj4fqNG2, http://www.playvid.com/watch/FHY0JpXWinZ, http://www.playvid.com/watch/qUMxKrpx6_c, http://www.playvid.com/watch/4mMAxldOZAq, http://www.playvid.com/watch/OWI1-XHOqIy, http://www.playvid.com/watch/4ZMMbgwuK3N, http://www.playvid.com/watch/KWCCXqyjOJt, http://www.playvid.com/watch/8XdjhuGod2n, http://www.playvid.com/watch/6YwQJHcCw23, http://www.playvid.com/watch/PeoqT-79WTn, http://www.playvid.com/watch/nD6MbDG7R60, http://www.playvid.com/watch/hU9c9h0xZ9a, http://www.playvid.com/watch/AqLhi0Ltirq, http://www.playvid.com/watch/Ox9UTd385K4, http://www.playvid.com/watch/7jNyr7rSPGY, http://www.playvid.com/watch/XbIc0fCmcYG, http://www.playvid.com/watch/c1z_CU17WSx, http://www.playvid.com/watch/Aps5tno0mte, http://www.playvid.com/watch/nqAN-GTdbxL, http://www.playvid.com/watch/Xk2gnCBAw_2, http://www.playvid.com/watch/tUmHOTUowBA, http://www.playvid.com/watch/oMYTQU0iBLz,

http://www.playvid.com/watch/kjhlWUHUK3P, http://www.playvid.com/watch/sNiQ-8ENLV9, http://www.playvid.com/watch/ERg3gpk6nQ7,
http://www.playvid.com/watch/M7fGVnLHn-j, http://www.playvid.com/watch/FZtk8NY1NO9, http://www.playvid.com/watch/WJRq2hpPg0G,
http://www.playvid.com/watch/VQ6C3A56mdU, http://www.playvid.com/watch/u7YtM9Gq8RK, http://www.playvid.com/watch/IvBP_vCkXjx,
http://www.playvid.com/watch/F_71VhvH37H, http://www.playvid.com/watch/0p7H5evdh8E, http://www.playvid.com/watch/2OSqsv0jJjl,
http://www.playvid.com/watch/Xuj3wMber5G, http://www.playvid.com/watch/C6BfNlNwtRg, http://www.playvid.com/watch/IIhERro8Dg0,
http://www.playvid.com/watch/6GsHGzwjpCz, http://www.playvid.com/watch/lZ94B1NZMc6, http://www.playvid.com/watch/WBAiqv6Vweg,
http://www.playvid.com/watch/z-3dLY55IDm, http://www.playvid.com/watch/ss09IWpMcw9, http://www.playvid.com/watch/jcOMJxqxgvR,
http://www.playvid.com/watch/IbaWZUdseUo, http://www.playvid.com/watch/B1K6n3ipjLi, http://www.playvid.com/watch/WICh-vPqJiW,
http://www.playvid.com/watch/yLm1l1UcDcI, http://www.playvid.com/watch/DFoUxfqHZAE, http://www.playvid.com/watch/E2Sm2RYMWe8,
http://www.playvid.com/watch/oYCG_Y36H8C, http://www.playvid.com/watch/9MegxZDExp9, http://www.playvid.com/watch/yPP13YJTF5V,
http://www.playvid.com/watch/ZL9dLw85OyF, http://www.playvid.com/watch/Dm9AaVGoddw, http://www.playvid.com/watch/J6K3FiEMLn2,
http://www.playvid.com/watch/RzLjNxwKPVL, http://www.playvid.com/watch/jKz9_psCv3D, http://www.playvid.com/watch/Z_geYFiCzsD,
http://www.playvid.com/watch/uDUOftfPqd6, http://www.playvid.com/watch/jHnLLTaxWdF, http://www.playvid.com/watch/qTShtWjKCLw,
http://www.playvid.com/watch/SDQSRG6HBR3, http://www.playvid.com/watch/DY2fCFbJITw, http://www.playvid.com/watch/uvhakxrgEmi,
http://www.playvid.com/watch/9eB3NLHClOZ, http://www.playvid.com/watch/NSNJOWqSPyK, http://www.playvid.com/watch/S-bi4MCkvD3,
http://www.playvid.com/watch/XUiBdf_UMRA, http://www.playvid.com/watch/rWBs5MpYKpD, http://www.playvid.com/watch/QfrT5uoq-EP,
http://www.playvid.com/watch/NVymsGUSwpJ, http://www.playvid.com/watch/BuPwooGMpqZ, http://www.playvid.com/watch/I5ufk65j5x8,
http://www.playvid.com/watch/onNfpl0GqNK, http://www.playvid.com/watch/V3pxQnMS2Td, http://www.playvid.com/watch/S6d7dxPwn0e,
http://www.playvid.com/watch/AnwpD0i2j1X, http://www.playvid.com/watch/v3V4rn-fIYO, http://www.playvid.com/watch/w0eRM4mlNKe,
http://www.playvid.com/watch/c5HGyL9hf3w, http://www.playvid.com/watch/A15fMZ-Q8of, http://www.playvid.com/watch/njmNVuKG8SH,
http://www.playvid.com/watch/EyzY74GeN0O, http://www.playvid.com/watch/ooiWGNtfzAP, http://www.playvid.com/watch/haz5B-LznmA,
http://www.playvid.com/watch/3rKZEtvVdXZ, http://www.playvid.com/watch/ibJTCBCVh9q, http://www.playvid.com/watch/TpyU2tu7KyP,
http://www.playvid.com/watch/JQokXUpG08e, http://www.playvid.com/watch/0J9oZi8-2h5, http://www.playvid.com/watch/0XkNGbpMDjJ,
http://www.playvid.com/watch/6O5vyjVJL-L, http://www.playvid.com/watch/ai9RNkPurN6, http://www.playvid.com/watch/nIHdu9Mw5pK,
http://www.playvid.com/watch/Q6jAMB8-9T7, http://www.playvid.com/watch/QkjWF2G4jz2, http://www.playvid.com/watch/zRhlVF5neCw,
http://www.playvid.com/watch/36c_F79K8yt, http://www.playvid.com/watch/fU27vJ3_ylj, http://www.playvid.com/watch/rG-8fMiBmsl,
http://www.playvid.com/watch/WYhOdEiZAqo, http://www.playvid.com/watch/VJhZLkxLCGA, http://www.playvid.com/watch/xqPmEMx7Vo5,
http://www.playvid.com/watch/fNw-_nj7Kj4, http://www.playvid.com/watch/qncQC_8ydQZ, http://www.playvid.com/watch/48ggVtt8i1I,
http://www.playvid.com/watch/WQNcd_uegi9, http://www.playvid.com/watch/93JoyloESvE, http://www.playvid.com/watch/qHWbg9k6ZoP,
http://www.playvid.com/watch/A8HJ504tX_9, http://www.playvid.com/watch/rWAlH6BWTzu, http://www.playvid.com/watch/zq2cUQjVrf4,
http://www.playvid.com/watch/kEycgkO1Je9, http://www.playvid.com/watch/bt7iR7ALo7y, http://www.playvid.com/watch/bXYL-tpIAEA,
http://www.playvid.com/watch/WMDyg24x2ym, http://www.playvid.com/watch/PFvESQ1b_Tz, http://www.playvid.com/watch/0TcXUu5RMCu,
http://www.playvid.com/watch/oMciJA5QdWP, http://www.playvid.com/watch/NABFfzbBIx0, http://www.playvid.com/watch/XVUAzFvpch8,
http://www.playvid.com/watch/080z4BUoHfi, http://www.playvid.com/watch/g4rD4bP6ywd, http://www.playvid.com/watch/vr0xZ00h1j7,
http://www.playvid.com/watch/NajeFYtppbQ, http://www.playvid.com/watch/pteyzXeinum, http://www.playvid.com/watch/KoVNOF1KIsw,
http://www.playvid.com/watch/g3di7XPFYmo, http://www.playvid.com/watch/hTJS4pFE1gN, http://www.playvid.com/watch/GT7VIQmSvFi,
http://www.playvid.com/watch/RykwnesVH2D, http://www.playvid.com/watch/dCHmYp-eF1t, http://www.playvid.com/watch/fg6YKxlFqQY,
http://www.playvid.com/watch/5bXhyJ9UPaB, http://www.playvid.com/watch/T6qp0Adh6rh, http://www.playvid.com/watch/bFCtkBWczcq,
http://www.playvid.com/watch/7W7lCrIPAR8, http://www.playvid.com/watch/BOeFK8pSVuv, http://www.playvid.com/watch/XBCyM-PFKyA,
http://www.playvid.com/watch/ToFNmRpT20r, http://www.playvid.com/watch/h34uKVDBWiB, http://www.playvid.com/watch/R2ZfJ8EMfly,
http://www.playvid.com/watch/Cz6wODf1cg0, http://www.playvid.com/watch/oXcR5f6tS3w, http://www.playvid.com/watch/JagfJDpTSD3,
http://www.playvid.com/watch/YeU2AeN6o90, http://www.playvid.com/watch/eUeNCJ7GlAg, http://www.playvid.com/watch/HrwGpJLTHQU,
http://www.playvid.com/watch/28DWpuoc7mA, http://www.playvid.com/watch/MV1ez7QR2Dq, http://www.playvid.com/watch/lembhs4WIHE,
http://www.playvid.com/watch/wVCmnPd14Ly, http://www.playvid.com/watch/C_7QR79spgI, http://www.playvid.com/watch/YWk1ZQ7wORa,
http://www.playvid.com/watch/khoW3Arwiql, http://www.playvid.com/watch/FXURiu60Kfu, http://www.playvid.com/watch/ys8ucmkNWg8,
http://www.playvid.com/watch/qIOqsW-_ZwD, http://www.playvid.com/watch/BbBs9s0U4gC, http://www.playvid.com/watch/3bIfoab29Ka,
http://www.playvid.com/watch/JSwB9BsEYki, http://www.playvid.com/watch/i3bMfrpfKoz, http://www.playvid.com/watch/AnUvuCMGPTM,
http://www.playvid.com/watch/8RlcOOVB3U9, http://www.playvid.com/watch/qnfSw0EkOdY, http://www.playvid.com/watch/fGJWI0C-CVZ,
http://www.playvid.com/watch/kFYymkQV7wc, http://www.playvid.com/watch/kN21traxlcu, http://www.playvid.com/watch/zLNcI8MkBKT,
http://www.playvid.com/watch/dU7BfywXwFI, http://www.playvid.com/watch/OyEaQSgdJOr, http://www.playvid.com/watch/qzwGXERo2nN,
http://www.playvid.com/watch/3D78m_2eDkg, http://www.playvid.com/watch/mgkevGrFAlB, http://www.playvid.com/watch/9A0Qosba4oe,
http://www.playvid.com/watch/HM25yGV2_Qv, http://www.playvid.com/watch/SOmBQImutZN, http://www.playvid.com/watch/oUTCPMhxeNk,
http://www.playvid.com/watch/ol0M0Jas0LB, http://www.playvid.com/watch/huBuh6S9IZQ, http://www.playvid.com/watch/dtEt-6a9hBL,
http://www.playvid.com/watch/tRi8_L2Oc2V, http://www.playvid.com/watch/qL4xOyDzTun, http://www.playvid.com/watch/kllu_pHvXOp,
http://www.playvid.com/watch/LTHU-v1VMgx, http://www.playvid.com/watch/rm4f_mKzGcG, http://www.playvid.com/watch/Z7UR6zcJpdU,
http://www.playvid.com/watch/hEp5B-DqzAP, http://www.playvid.com/watch/wPLi1tRrUK8, http://www.playvid.com/watch/Coh6cjuWioD,
http://www.playvid.com/watch/xjL_l7_y-oj, http://www.playvid.com/watch/trhn2lYhzMs, http://www.playvid.com/watch/WVxRQAuKwIl,
http://www.playvid.com/watch/zw87qHjXCSm, http://www.playvid.com/watch/ZY1hOXTrR1K, http://www.playvid.com/watch/MO36ZY9Rqkj,
http://www.playvid.com/watch/WU9x9Cyd66q, http://www.playvid.com/watch/d1e5XBFpQrK, http://www.playvid.com/watch/u7ib2CM8F1j,
http://www.playvid.com/watch/H5CqPFJCiQW, http://www.playvid.com/watch/ilTGQbPsGki, http://www.playvid.com/watch/3TYO--JJOUG,
http://www.playvid.com/watch/AaEN5OxzKfh, http://www.playvid.com/watch/zFlFw6obmxb, http://www.playvid.com/watch/9C3KVeiytSq,
http://www.playvid.com/watch/wQ_42AZ9kls, http://www.playvid.com/watch/R7CB51uAnE0, http://www.playvid.com/watch/GXb0s-ZPMXR,
http://www.playvid.com/watch/nToLf6RLBed, http://www.playvid.com/watch/uFVGuvfyZKA, http://www.playvid.com/watch/HSV2grTroLR,
http://www.playvid.com/watch/UZjnHxKSpMY, http://www.playvid.com/watch/d_M6jpcVDpR, http://www.playvid.com/watch/iXeXcpw1LjK,
http://www.playvid.com/watch/RgXyfX1ZUxL, http://www.playvid.com/watch/UVRI6ybkHnV, http://www.playvid.com/watch/K6b4qSBX7fX,
http://www.playvid.com/watch/bFcOZhiAB6j, http://www.playvid.com/watch/6tMxLC-5SYs, http://www.playvid.com/watch/HZvkCv084os,
http://www.playvid.com/watch/4CTMfVP44oE, http://www.playvid.com/watch/5zIs21LSoaL, http://www.playvid.com/watch/kNgtHMbSZaX,
http://www.playvid.com/watch/R2x2jjyUKbF, http://www.playvid.com/watch/SO9CxoQ5KB2, http://www.playvid.com/watch/K7KWaT-BF1h,
http://www.playvid.com/watch/Fl6uhFaO5Se, http://www.playvid.com/watch/BnzDhmF5RdH, http://www.playvid.com/watch/lIBkXZ2kzSx,
http://www.playvid.com/watch/GDxYV-Az1ja, http://www.playvid.com/watch/YNH-LWYX9nt, http://www.playvid.com/watch/wVXyFyR0HjJ,
http://www.playvid.com/watch/zCkk7lKjgOO, http://www.playvid.com/watch/BLeFKH7iCUS, http://www.playvid.com/watch/ceVsiKwlIwI,
http://www.playvid.com/watch/8y6Kj0R0smn, http://www.playvid.com/watch/CpzZwVd-pt2, http://www.playvid.com/watch/M3NtGH5wIyR,
http://www.playvid.com/watch/Xtu5ro4RKc0, http://www.playvid.com/watch/OsdctIR9HYM, http://www.playvid.com/watch/SyCI4qGy-9I,
http://www.playvid.com/watch/UfIdnTBnwmf, http://www.playvid.com/watch/UY2IET3k_lR, http://www.playvid.com/watch/LSdggfiTBsa,
http://www.playvid.com/watch/dWfg1y2Bz5K, http://www.playvid.com/watch/nYndBybCFMp, http://www.playvid.com/watch/SmP58Uua9Kd,
http://www.playvid.com/watch/NySdGZYKRQP, http://www.playvid.com/watch/9wLjDi_1MYg, http://www.playvid.com/watch/k__M9d2tz5y,
http://www.playvid.com/watch/ASvHQVKpJge, http://www.playvid.com/watch/qVEKdKfvbNY, http://www.playvid.com/watch/L_tM-0jU4VE,
http://www.playvid.com/watch/vvJ_g5nnf0V, http://www.playvid.com/watch/V1RekBDIRbr, http://www.playvid.com/watch/btiuJG6YZyF,
http://www.playvid.com/watch/VkRg6wcH_gT, http://www.playvid.com/watch/TSfKBn7E0I0, http://www.playvid.com/watch/kYXCgkGN4jl,
http://www.playvid.com/watch/9Pfildqmx4F, http://www.playvid.com/watch/nQjwxIRwISg, http://www.playvid.com/watch/Ua4Z_LHNNDK,
http://www.playvid.com/watch/Df0s9n4PQHp, http://www.playvid.com/watch/q0z4aS8td9g, http://www.playvid.com/watch/kKut-9XaNdP,
http://www.playvid.com/watch/UxEIX_3PA3g, http://www.playvid.com/watch/XaghwTZEq9B, http://www.playvid.com/watch/dq24krxcD-V,
http://www.playvid.com/watch/nMKRRbgTHth, http://www.playvid.com/watch/AmOWpPaLigZ, http://www.playvid.com/watch/gNUOtZ08dEM,
http://www.playvid.com/watch/rhaIBh_kSnl, http://www.playvid.com/watch/dvQmVmulPTZ, http://www.playvid.com/watch/TqFqPmN2bSe,
http://www.playvid.com/watch/bhvlZJx5kx3, http://www.playvid.com/watch/Tcj8ggQLU2e, http://www.playvid.com/watch/GENCorkUGqP,
http://www.playvid.com/watch/r9ec1P6cYrf, http://www.playvid.com/watch/snPbkYItrOE, http://www.playvid.com/watch/PoYsrnRVWKi,
http://www.playvid.com/watch/eHTgwG0O0Iy, http://www.playvid.com/watch/I1Y8J7HVydE, http://www.playvid.com/watch/UVK0wp6lldT,
http://www.playvid.com/watch/F8ZSObyYXdd, http://www.playvid.com/watch/92b7CjQSDQJ, http://www.playvid.com/watch/aFy0Sl-iD7D,
http://www.playvid.com/watch/Cz2eCF3xYNg, http://www.playvid.com/watch/0_LS1SPmO2G, http://www.playvid.com/watch/YCnagxGat_l,
http://www.playvid.com/watch/MWO05ougcTX, http://www.playvid.com/watch/41fnCAXN9n8, http://www.playvid.com/watch/R1vrfKH_wk0,
http://www.playvid.com/watch/m88PoalXXTj, http://www.playvid.com/watch/emzeNcE42Zi, http://www.playvid.com/watch/Gv6OXkv9GYg,
http://www.playvid.com/watch/CyzRKZEw90T, http://www.playvid.com/watch/y8KWIebK1Uz, http://www.playvid.com/watch/Jqvtw4sQSzj,
http://www.playvid.com/watch/2c_U9ueVXZn, http://www.playvid.com/watch/gQjxN4wvy50, http://www.playvid.com/watch/Le9NWc5I_lA,
http://www.playvid.com/watch/7DT_ZQUvUkP, http://www.playvid.com/watch/yfPPUQMnYz4, http://www.playvid.com/watch/e8uowDp8JkO,
http://www.playvid.com/watch/0L26SSNJ4Pq, http://www.playvid.com/watch/Xf6J_G5sVhK, http://www.playvid.com/watch/m4e9BjvmeHG,
http://www.playvid.com/watch/lk8OcYvNwoc, http://www.playvid.com/watch/GytyTbFNl0w, http://www.playvid.com/watch/m1-cX2Jgx3J,

http://www.playvid.com/watch/t1Wv7LM9l0t, http://www.playvid.com/watch/Ep0_d6914W8, http://www.playvid.com/watch/niKZCPXb1PU, http://www.playvid.com/watch/SBkE26pTjF4, http://www.playvid.com/watch/TjSze03kzDd, http://www.playvid.com/watch/AmvzHAOC2Jx, http://www.playvid.com/watch/iYI8S4CXMkR, http://www.playvid.com/watch/0ss1fcS8PMT, http://www.playvid.com/watch/PHQsyxdIBcD, http://www.playvid.com/watch/zImXd0snqsQ, http://www.playvid.com/watch/6rAmjMy0QaJ, http://www.playvid.com/watch/PDAhPU1-VuC, http://www.playvid.com/watch/6hxYjBxPaCv, http://www.playvid.com/watch/YB524a4YPlv, http://www.playvid.com/watch/yUkxNpR1xfC, http://www.playvid.com/watch/h2d3bwMCycg, http://www.playvid.com/watch/gTmLiacg9U4, http://www.playvid.com/watch/Nr6AVg9JS-2, http://www.playvid.com/watch/Q-G7ih8uh9q, http://www.playvid.com/watch/V3j7RUXTV7m, http://www.playvid.com/watch/UBaksVEZ8OI, http://www.playvid.com/watch/jb8LEFsa0UY, http://www.playvid.com/watch/hqzFJsMXCaj, http://www.playvid.com/watch/WXXNjaKw4PR, http://www.playvid.com/watch/t1cjKRFHUyg, http://www.playvid.com/watch/TiuveYZK-v2, http://www.playvid.com/watch/nZIahY6cEsw, http://www.playvid.com/watch/Vqw-lTInK03, http://www.playvid.com/watch/uKakx1fXvKD, http://www.playvid.com/watch/gMrdKcFobXk, http://www.playvid.com/watch/UWJC_kPO2BX, http://www.playvid.com/watch/4OygvUvtfGj, http://www.playvid.com/watch/eYliXBpQOom, http://www.playvid.com/watch/FvMk7JwrLpo, http://www.playvid.com/watch/P9qwQdUTHPa, http://www.playvid.com/watch/oLqneUxKj0U, http://www.playvid.com/watch/bPxQ4VyJ1lS, http://www.playvid.com/watch/GVNHjzGpRle, http://www.playvid.com/watch/6a1uWtNh2hH, http://www.playvid.com/watch/cKaIgNjqiiE, http://www.playvid.com/watch/nq1uVj82mSn, http://www.playvid.com/watch/bu13HnzeLJ3, http://www.playvid.com/watch/Y3Q65UB-gXS, http://www.playvid.com/watch/JvRdzNynAgl, http://www.playvid.com/watch/EbC6UhWRWPV, http://www.playvid.com/watch/JjLLNh-ql1q, http://www.playvid.com/watch/ST8SwWnnS-R, http://www.playvid.com/watch/grpPld_myva, http://www.playvid.com/watch/CfNllt4VMeP, http://www.playvid.com/watch/QZRHeiuCy7S, http://www.playvid.com/watch/gjPX-jd9cnr, http://www.playvid.com/watch/XYZJCf_iyXM, http://www.playvid.com/watch/Y5w-PzhgTmx, http://www.playvid.com/watch/C8rTMAmJDjv, http://www.playvid.com/watch/fO4lweE73j3, http://www.playvid.com/watch/R9zVOABjrk8, http://www.playvid.com/watch/n2IV-4WKNe8, http://www.playvid.com/watch/qQxDCC7wqEh, http://www.playvid.com/watch/f4VrUa8oHzn, http://www.playvid.com/watch/PBOodsQEkRr, http://www.playvid.com/watch/IGlUZIyX_Wd, http://www.playvid.com/watch/IG9KCa1OnZi, http://www.playvid.com/watch/3e5k582DNMz, http://www.playvid.com/watch/718whFpM5lz, http://www.playvid.com/watch/vWmkWQYq-9p, http://www.playvid.com/watch/0nH9CSJYpzv, http://www.playvid.com/watch/A5GEmw_Dqhd, http://www.playvid.com/watch/Y64w2VisDZI, http://www.playvid.com/watch/nzonr6NykLm, http://www.playvid.com/watch/2arnMILGmxm, http://www.playvid.com/watch/WSyBTbRTIR9, http://www.playvid.com/watch/pffsNW4jdZZ, http://www.playvid.com/watch/ArOEwD-sVF7, http://www.playvid.com/watch/uMbAaIN9hLv, http://www.playvid.com/watch/pqKm4eLRY6H, http://www.playvid.com/watch/FqnO6NDrsZb, http://www.playvid.com/watch/zJK8lPnl24s, http://www.playvid.com/watch/ZA3Pq7bgEEK, http://www.playvid.com/watch/a_K6DytfpHF, http://www.playvid.com/watch/0pjTEoclxGc, http://www.playvid.com/watch/Px9bcUVDS8X, http://www.playvid.com/watch/HbKN42cgaUx, http://www.playvid.com/watch/8QKQdKdJ1Ei, http://www.playvid.com/watch/4ayxpIEzFOo, http://www.playvid.com/watch/EgiE7N1lQWV, http://www.playvid.com/watch/LeugUfzeJI6, http://www.playvid.com/watch/mkYk60LFe9u, http://www.playvid.com/watch/kh292KZeYhJ, http://www.playvid.com/watch/twdL7-WyLfH, http://www.playvid.com/watch/2DPbr1G75Jx, http://www.playvid.com/watch/k2L-k7AEjQz, http://www.playvid.com/watch/RFmAf8J9EHe, http://www.playvid.com/watch/CCx5Yjq6pjB, http://www.playvid.com/watch/PGHk6lhp6Ep, http://www.playvid.com/watch/TlfXsXloLWh, http://www.playvid.com/watch/0uuG8ZDx4OO, http://www.playvid.com/watch/G_d4GV5nP2B, http://www.playvid.com/watch/gDQcJyA3m6D, http://www.playvid.com/watch/j4JMyT-CD3B, http://www.playvid.com/watch/sp5vOjkjP3q, http://www.playvid.com/watch/ZDndyVOvI90, http://www.playvid.com/watch/uRe9zGqrASz, http://www.playvid.com/watch/i5LUfBSnN-Y, http://www.playvid.com/watch/xmhE7gfEZeQ, http://www.playvid.com/watch/kNgsME7AiRA, http://www.playvid.com/watch/MN6OkIbUYLh, http://www.playvid.com/watch/0AExtzY0Tey, http://www.playvid.com/watch/sEjn-wOM23v, http://www.playvid.com/watch/GY4yDbM0rPN, http://www.playvid.com/watch/V394mFWT5uT, http://www.playvid.com/watch/iUwEknwCoCe, http://www.playvid.com/watch/LZARlocLgpj, http://www.playvid.com/watch/9zjKQtQe40S, http://www.playvid.com/watch/5Atn1c3htPf, http://www.playvid.com/watch/9r6mLCpRpZq, http://www.playvid.com/watch/THmeJ51A6II, http://www.playvid.com/watch/oPVBn2cyukS, http://www.playvid.com/watch/czfvZdWrK5p, http://www.playvid.com/watch/p88XJoE4Ok8, http://www.playvid.com/watch/9J_ktjaagcE, http://www.playvid.com/watch/fBqiekRUXG3, http://www.playvid.com/watch/FbgZDkUdkwT, http://www.playvid.com/watch/72e2u4-31VG, http://www.playvid.com/watch/YIxOhdc_vxR, http://www.playvid.com/watch/BY7qOGVzl-4, http://www.playvid.com/watch/46QhXDzDRfi, http://www.playvid.com/watch/mxsDFtXqjYc, http://www.playvid.com/watch/FSxggsgWQxr, http://www.playvid.com/watch/G4Byt9dsr7j, http://www.playvid.com/watch/0bjCRZXXtMn, http://www.playvid.com/watch/xN_YWoTvWR5, http://www.playvid.com/watch/LFjUpJxVQD0, http://www.playvid.com/watch/s2Ij0spyrHL, http://www.playvid.com/watch/7Azpo5mDDKP, http://www.playvid.com/watch/lcvy4aYhfiH, http://www.playvid.com/watch/6NhvUxx9XuK, http://www.playvid.com/watch/UEa9DDlie3d, http://www.playvid.com/watch/uPra3tpv-Va, http://www.playvid.com/watch/qzighHWr6od, http://www.playvid.com/watch/QT6ZEvj3cgM, http://www.playvid.com/watch/thmjXVRkKe8, http://www.playvid.com/watch/a5FkBcGg8fO, http://www.playvid.com/watch/oQEef6CaLu2, http://www.playvid.com/watch/FGKkor0uSEa, http://www.playvid.com/watch/6qQuj7Ug1Rv, http://www.playvid.com/watch/KwPEf2nTk7f, http://www.playvid.com/watch/zmOHzEnzHnh, http://www.playvid.com/watch/V8q7U6AHIXm, http://www.playvid.com/watch/UP6zpFqmHSk, http://www.playvid.com/watch/0hr3obSev3Y, http://www.playvid.com/watch/5timcYAtvkc, http://www.playvid.com/watch/Orre2gibxSK, http://www.playvid.com/watch/puSUv49aDqK, http://www.playvid.com/watch/3ZheU0T6bgU, http://www.playvid.com/watch/kUwwJpBFXpk, http://www.playvid.com/watch/7vpae5nxlVQ, http://www.playvid.com/watch/WjBQdE3Au1E, http://www.playvid.com/watch/hGOXAQSrynW, http://www.playvid.com/watch/sZvKMP1Vjwa, http://www.playvid.com/watch/m2l3D7vV9jv, http://www.playvid.com/watch/H144nFiyDkf, http://www.playvid.com/watch/EonGWuNxrEF, http://www.playvid.com/watch/qJP4uMheM29, http://www.playvid.com/watch/rZfqcP6hv5t, http://www.playvid.com/watch/ra4ahn2RUFs, http://www.playvid.com/watch/N9umm_nV26L, http://www.playvid.com/watch/rNmaaJRfK9S, http://www.playvid.com/watch/W-3lPqG-Xk7, http://www.playvid.com/watch/3umECDzAmlc, http://www.playvid.com/watch/2uiTDjs9Sn9, http://www.playvid.com/watch/7Sn034kjQlC, http://www.playvid.com/watch/XoIUp0lAfUy, http://www.playvid.com/watch/rSOvgN3s4L4, http://www.playvid.com/watch/azDeQHpP9zF, http://www.playvid.com/watch/WYgSOvJ_6SD, http://www.playvid.com/watch/yDbi4D6XXaM, http://www.playvid.com/watch/pc3rv0nlc3T, http://www.playvid.com/watch/nT-CriLEZZ4, http://www.playvid.com/watch/nCF0PKj05AI, http://www.playvid.com/watch/GvvPwIBrfT5, http://www.playvid.com/watch/fynTFjLVGcw, http://www.playvid.com/watch/nXs2HeVB_kD, http://www.playvid.com/watch/EfcDQzjb53K, http://www.playvid.com/watch/JtTULSDGp48, http://www.playvid.com/watch/WULgGTZaV_m, http://www.playvid.com/watch/LhIYfJ33t9G, http://www.playvid.com/watch/RtHtNiByg9l, http://www.playvid.com/watch/E69HDlZxhAC, http://www.playvid.com/watch/o6i4bkSrD5y, http://www.playvid.com/watch/Pw4vS_UkUTZ, http://www.playvid.com/watch/YfhI841vjKL, http://www.playvid.com/watch/YfmpmhsvqDF, http://www.playvid.com/watch/6Kx6vagIEhI, http://www.playvid.com/watch/tad8A-t2WFP, http://www.playvid.com/watch/Uq8dC9PTeFa, http://www.playvid.com/watch/epFYEQv5Avg, http://www.playvid.com/watch/FtbZKqbLExE, http://www.playvid.com/watch/SLzfSkAU3oE, http://www.playvid.com/watch/qkfu3PzDBhn, http://www.playvid.com/watch/xg2yGGhFY9v, http://www.playvid.com/watch/IwBK4GjJJQs, http://www.playvid.com/watch/MwbAEr_xxHr, http://www.playvid.com/watch/JoJ54b3KJ6X, http://www.playvid.com/watch/0VkcmmqTGW3, http://www.playvid.com/watch/GYSp8WRsTqP, http://www.playvid.com/watch/hK6rwzrJs7a, http://www.playvid.com/watch/NT0SIRh96lt, http://www.playvid.com/watch/jwXOh7LJxBq, http://www.playvid.com/watch/NK2wrsApbeW, http://www.playvid.com/watch/0ZTPRsoapSO, http://www.playvid.com/watch/GaVt1FCFkn2, http://www.playvid.com/watch/80x42l3l-aI, http://www.playvid.com/watch/rEOJrCJOxBn, http://www.playvid.com/watch/85eelSLcj0d, http://www.playvid.com/watch/IguQZZwL6OK, http://www.playvid.com/watch/TtXKIMKrCSC, http://www.playvid.com/watch/hhxZrUEvJzJ, http://www.playvid.com/watch/Cosw8xIEJ9u, http://www.playvid.com/watch/XETQGRUwmfJ, http://www.playvid.com/watch/N7ktEuG_lAO, http://www.playvid.com/watch/yWDffJu5gs0, http://www.playvid.com/watch/6MJ5XFj-CVl, http://www.playvid.com/watch/maMjsOTyg42, http://www.playvid.com/watch/ye1o-ECxlEy, http://www.playvid.com/watch/ELxPtNf1mqe, http://www.playvid.com/watch/0RN4daSW4TL, http://www.playvid.com/watch/XgX5pSYQAbq, http://www.playvid.com/watch/d52U7CltK4Y, http://www.playvid.com/watch/UKcmZxzTRRE, http://www.playvid.com/watch/2bFuwmzRxEC, http://www.playvid.com/watch/6iGyMJe3bQw, http://www.playvid.com/watch/EcfOp0dUoJs, http://www.playvid.com/watch/4WGOLwmo_GW, http://www.playvid.com/watch/BLuCukZ3XJl, http://www.playvid.com/watch/7vXu83cPbtQ, http://www.playvid.com/watch/s-pIni0PG1n, http://www.playvid.com/watch/d4L7Ds90iMc, http://www.playvid.com/watch/efr8I5x7xhB, http://www.playvid.com/watch/tABixcyNTgs, http://www.playvid.com/watch/NJzTNJh39kS, http://www.playvid.com/watch/37mvM-sAjLo, http://www.playvid.com/watch/AmIMulUUdm7, http://www.playvid.com/watch/4Etgou3RNj8, http://www.playvid.com/watch/e5skb_3UENn, http://www.playvid.com/watch/n9Cdh1hxK4w, http://www.playvid.com/watch/R6-dHmMbyRD, http://www.playvid.com/watch/ZAd41EjwuTR, http://www.playvid.com/watch/Y8OFX6jt-TU, http://www.playvid.com/watch/HH5wVNVwe-M, http://www.playvid.com/watch/YeqZNoZ9ZnZ, http://www.playvid.com/watch/XvJ1RaMDB8f, http://www.playvid.com/watch/cmkVVLcHc76, http://www.playvid.com/watch/Bs8YxB7pzDP, http://www.playvid.com/watch/KjyB307SJVt, http://www.playvid.com/watch/ggxpHF1DikC, http://www.playvid.com/watch/JgdVjGOlEVV, http://www.playvid.com/watch/Lg2Pvc3oxXm, http://www.playvid.com/watch/pNaIXya2TU2, http://www.playvid.com/watch/VJmLte-L61g, http://www.playvid.com/watch/Xiq-WLHsxTR, http://www.playvid.com/watch/2v8PJ3que-v, http://www.playvid.com/watch/4g3XfCZL6md, http://www.playvid.com/watch/9cZM7-MmqUa, http://www.playvid.com/watch/pqxgBQriiOT, http://www.playvid.com/watch/jBHdnhjtpwL, http://www.playvid.com/watch/PTj-_PEV9hs, http://www.playvid.com/watch/iu1FU_-Mbwj, http://www.playvid.com/watch/TCAdmd9du-x, http://www.playvid.com/watch/dcZQlkrnkrY, http://www.playvid.com/watch/KMuB8hhs-QW, http://www.playvid.com/watch/26XQ3m4MY3f, http://www.playvid.com/watch/wLOJwbx9lE4, http://www.playvid.com/watch/5OVnfpoiZLS, http://www.playvid.com/watch/Rnp83bR-pSw, http://www.playvid.com/watch/U8aO5zWOtLi, http://www.playvid.com/watch/L3pMhMs1fvd

5.f. Date of third notice: 2014-09-05

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rellerysvara

5.b. Uploader's email address: dooglasmeato@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rellerysvara
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7ezcSkyhykp, http://www.playvid.com/watch/QdenZqcK7d0, http://www.playvid.com/watch/HtigHEo-jtp, http://www.playvid.com/watch/2Y7AOJPlzyr, http://www.playvid.com/watch/08sAiasuKF7, http://www.playvid.com/watch/ULGnSfw2TNV, http://www.playvid.com/watch/CtYwAez30tI, http://www.playvid.com/watch/HlzA69Dor7K, http://www.playvid.com/watch/-r3nf06FUEC, http://www.playvid.com/watch/hPbMxFMq53H, http://www.playvid.com/watch/d04lmNV4Yyl, http://www.playvid.com/watch/rEE4hbPZcgd, http://www.playvid.com/watch/ORUn8t76nAP, http://www.playvid.com/watch/i3TCFlW62qy, http://www.playvid.com/watch/YBgVcKbL5lW, http://www.playvid.com/watch/y6q25iOC4TA, http://www.playvid.com/watch/Ksyb8ZcwNH2, http://www.playvid.com/watch/T0hsJfYACFZ, http://www.playvid.com/watch/l3Kbj6YcuOf, http://www.playvid.com/watch/SoVUgW-SV7S, http://www.playvid.com/watch/WLo5tbhWM6f, http://www.playvid.com/watch/ivDqudAL4Nk, http://www.playvid.com/watch/gJwCfP2z2JZ, http://www.playvid.com/watch/omnTZQems9Q, http://www.playvid.com/watch/G9GX70dNdvf, http://www.playvid.com/watch/7rTyoUebljQ, http://www.playvid.com/watch/jSZcyM2dsnP, http://www.playvid.com/watch/IOplcZbQXGH, http://www.playvid.com/watch/RMKvIDXapd5, http://www.playvid.com/watch/as5q5N57409, http://www.playvid.com/watch/MutdCOQMcvA, http://www.playvid.com/watch/vonm7nXgN7f, http://www.playvid.com/watch/SzizQFxbOaY, http://www.playvid.com/watch/lTnQuokJqQJ, http://www.playvid.com/watch/4x7-ny3YaQt, http://www.playvid.com/watch/PD3rH-dWZgS, http://www.playvid.com/watch/XIxbdshMMAk, http://www.playvid.com/watch/T-HScpe7ASr, http://www.playvid.com/watch/Uxi4erHUSZY, http://www.playvid.com/watch/rmnGWsx8pMd, http://www.playvid.com/watch/HjfrGnkKFSv, http://www.playvid.com/watch/7ZXIzT9jYTG, http://www.playvid.com/watch/ajMVxJDTSpa, http://www.playvid.com/watch/2dNqGGIqaif, http://www.playvid.com/watch/hsMPuqCmd40, http://www.playvid.com/watch/CcPJ9sopd4P, http://www.playvid.com/watch/ahFUFMBkU36, http://www.playvid.com/watch/qBctRbND5QR, http://www.playvid.com/watch/hXqcQSJesnu, http://www.playvid.com/watch/si6b89HKAPH, http://www.playvid.com/watch/462z0Pk8aMg, http://www.playvid.com/watch/f7fmiYGeMDv, http://www.playvid.com/watch/zN-qJm63rla, http://www.playvid.com/watch/PPfTsWZMWSb, http://www.playvid.com/watch/bNg06lA0M7j, http://www.playvid.com/watch/YkbcZ2OALGH, http://www.playvid.com/watch/5FVHPoJMIyA, http://www.playvid.com/watch/g7p0tnnOuP-, http://www.playvid.com/watch/7O97yjn3gwx, http://www.playvid.com/watch/ec6d0y7DVt-, http://www.playvid.com/watch/oYeTQ4REExB, http://www.playvid.com/watch/s2fyWT8-7Im, http://www.playvid.com/watch/kqMd0bgsXKr, http://www.playvid.com/watch/TD3ljedoDVu, http://www.playvid.com/watch/rWkoqcRzu9a, http://www.playvid.com/watch/cvXRqW3o8ca, http://www.playvid.com/watch/hwv868HThFC, http://www.playvid.com/watch/9gfbAn5nEvK, http://www.playvid.com/watch/tGrDeY8QwmJ, http://www.playvid.com/watch/bOA4MUeW3wH, http://www.playvid.com/watch/D-z92rcMO7b, http://www.playvid.com/watch/4u8IIIbA-ah, http://www.playvid.com/watch/fhEbjg9wQvk, http://www.playvid.com/watch/Ealou3ZsDEL, http://www.playvid.com/watch/m--H4r5bAMM, http://www.playvid.com/watch/Pw4yz8aHo4P, http://www.playvid.com/watch/KbyHeiHVvir, http://www.playvid.com/watch/MLb5T80SVDf, http://www.playvid.com/watch/8lohtuWX77O, http://www.playvid.com/watch/C5jE6ZwVJCE, http://www.playvid.com/watch/9nJi6O3mTVn, http://www.playvid.com/watch/8j6HZIBH4hN, http://www.playvid.com/watch/Ir9abtHfU45, http://www.playvid.com/watch/yz75AcIIlSn, http://www.playvid.com/watch/5F7EMr2piUD, http://www.playvid.com/watch/0TX05AU5aqq, http://www.playvid.com/watch/0XpDWLcg9Zv, http://www.playvid.com/watch/VmPgd8QcCwf, http://www.playvid.com/watch/ct-lOSNnf3w, http://www.playvid.com/watch/wWpQPkFMvtx, http://www.playvid.com/watch/fUF98gUT5xC, http://www.playvid.com/watch/-hActEHB3MA, http://www.playvid.com/watch/gTd2aTqUkso, http://www.playvid.com/watch/T9WAOwb6Vqi, http://www.playvid.com/watch/uqSNmixFnNY, http://www.playvid.com/watch/ZFkPQwiyTrP, http://www.playvid.com/watch/JNlM7jhtEkq, http://www.playvid.com/watch/BNTHuIRgGLs, http://www.playvid.com/watch/JMwB5IMTwWa, http://www.playvid.com/watch/ExGpxhC3aeY, http://www.playvid.com/watch/rIsfYsBybzn, http://www.playvid.com/watch/Ful5Z99vJtN, http://www.playvid.com/watch/Z0brUU0ksts, http://www.playvid.com/watch/vwUPNWhk79i, http://www.playvid.com/watch/pwi7th96pTy, http://www.playvid.com/watch/568VQpDyjdQ, http://www.playvid.com/watch/LSTySNOPFsn, http://www.playvid.com/watch/pCh4hmzH2up, http://www.playvid.com/watch/sj3gmZ63ATr, http://www.playvid.com/watch/i2MOBI64u6a, http://www.playvid.com/watch/pumsEZIbjL5, http://www.playvid.com/watch/GE7T3wRwvsk, http://www.playvid.com/watch/0BhR2sWutGE, http://www.playvid.com/watch/ZlaYrm4qVSI, http://www.playvid.com/watch/S9Cj3MzApny, http://www.playvid.com/watch/OJcbFNsqZpv, http://www.playvid.com/watch/Lqun4GmDp8M, http://www.playvid.com/watch/I-3aTUm26dQ, http://www.playvid.com/watch/eHwdCYUMQq-, http://www.playvid.com/watch/kpPZqNNjWCf, http://www.playvid.com/watch/vifrdQtOsCw, http://www.playvid.com/watch/P3LtCkZYCjz, http://www.playvid.com/watch/LpEuW7h9vpu, http://www.playvid.com/watch/phMMvL6oqbu, http://www.playvid.com/watch/InlFxnSP4hX, http://www.playvid.com/watch/QgjOdLHniSr, http://www.playvid.com/watch/GtWWXaeq3iY, http://www.playvid.com/watch/DGxYcQpq4TW, http://www.playvid.com/watch/BNo3b9cv8gs, http://www.playvid.com/watch/R7hZ5biszD7, http://www.playvid.com/watch/ytuPvE2U4Rd, http://www.playvid.com/watch/cF9fqs2njKD, http://www.playvid.com/watch/ZfzI3yENalU, http://www.playvid.com/watch/l-8cbYMwIJH, http://www.playvid.com/watch/BoZEmA4XqM-, http://www.playvid.com/watch/E55SB7cPa4W, http://www.playvid.com/watch/DUQbYPqwU6u, http://www.playvid.com/watch/YhKb5-GyP0T, http://www.playvid.com/watch/soyCjZRK8zM, http://www.playvid.com/watch/a8x6ne09clg, http://www.playvid.com/watch/uE2f03Ji9e0, http://www.playvid.com/watch/baWlLL6owfp, http://www.playvid.com/watch/6Ru7bN9YmFo, http://www.playvid.com/watch/xDDCaZSpFFb, http://www.playvid.com/watch/0CV28YgB5-Z, http://www.playvid.com/watch/R8l7o4xmGQ6, http://www.playvid.com/watch/aw4wmXWUMDI, http://www.playvid.com/watch/u9-73hz6WM3, http://www.playvid.com/watch/SsTfhXQ9Ecs, http://www.playvid.com/watch/ctqjjVFMMJg, http://www.playvid.com/watch/rTvoSYFznJb, http://www.playvid.com/watch/tHk24kTZcwS, http://www.playvid.com/watch/sia7tzdP-GG, http://www.playvid.com/watch/E5yja0u0ZWV, http://www.playvid.com/watch/hxYuUO8E0Ne, http://www.playvid.com/watch/eE72au734jx, http://www.playvid.com/watch/25q2pzM5aDB, http://www.playvid.com/watch/MYyhr0cYMYL, http://www.playvid.com/watch/75wK9mPMyPa, http://www.playvid.com/watch/JhTpCwSTy5P, http://www.playvid.com/watch/RzBHMZZUjKX, http://www.playvid.com/watch/MCcS9LMDfnZ, http://www.playvid.com/watch/VJAuRjKkGs4, http://www.playvid.com/watch/gHLaZxbqbK5, http://www.playvid.com/watch/tAOXCQqwTPO, http://www.playvid.com/watch/fj-scaDqcLK, http://www.playvid.com/watch/cAqMi47agkR, http://www.playvid.com/watch/IasVBhtyYiL, http://www.playvid.com/watch/6G67FH98eFi, http://www.playvid.com/watch/4x0KVsY5kcI, http://www.playvid.com/watch/V-wZ3Tsg-5P, http://www.playvid.com/watch/zqGHUVIrNyV, http://www.playvid.com/watch/99xeXw5iS6C, http://www.playvid.com/watch/uLquXKpmDBP, http://www.playvid.com/watch/IE3ra7hE2O3, http://www.playvid.com/watch/UTzyChOgAl4, http://www.playvid.com/watch/uI5MHoNZVVR, http://www.playvid.com/watch/idEglojmHg7, http://www.playvid.com/watch/RoaGPPMbpBy, http://www.playvid.com/watch/AFp8Cc5XQNp, http://www.playvid.com/watch/uOCg0Ou5eyW, http://www.playvid.com/watch/DrHPUhRDoPu, http://www.playvid.com/watch/tbQeJ9S9UP9, http://www.playvid.com/watch/Ia-6aegygeR
5.f. Date of third notice: 2014-01-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rezina
5.b. Uploader's email address: dryavanceee@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/rezina
5.e. List of videos posted by uploader: http://www.playvid.com/watch/47TGBo76gHV, http://www.playvid.com/watch/ebRq-vKjVyh, http://www.playvid.com/watch/z6OvRX-S-eG, http://www.playvid.com/watch/nlLKLuaB98B, http://www.playvid.com/watch/Mova0GBJHjp, http://www.playvid.com/watch/SvPuw8BxNDe, http://www.playvid.com/watch/2Q8bWMFxoqR, http://www.playvid.com/watch/oW7e60umE9c, http://www.playvid.com/watch/YrgxZA-v2Eo, http://www.playvid.com/watch/JHpIJLZ9JmF, http://www.playvid.com/watch/I4wgoeQDrIC, http://www.playvid.com/watch/zuFBonNGu0C, http://www.playvid.com/watch/LZdrc49YjKb, http://www.playvid.com/watch/zUPQeRettF8, http://www.playvid.com/watch/EfKZ7YDfICZ, http://www.playvid.com/watch/h7BUwYv0dSt, http://www.playvid.com/watch/F5QD46VQLzg, http://www.playvid.com/watch/PvxTMbdK-gV, http://www.playvid.com/watch/oxuQw2Sbb_4, http://www.playvid.com/watch/uaN3HCD_upT, http://www.playvid.com/watch/AH_PmDxYXtA, http://www.playvid.com/watch/eNeC4mKlRvK, http://www.playvid.com/watch/G3uzQs2bOYe, http://www.playvid.com/watch/FCmiSeT8ale, http://www.playvid.com/watch/OiKDhP_dnI9, http://www.playvid.com/watch/nM9xpkwPCPc
5.f. Date of third notice: 2015-01-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rickyrick070
5.b. Uploader's email address: rickyrickcarr@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rickyrick070
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3N6eaYOKaGh, http://www.playvid.com/watch/OXcpJJpk0PX, http://www.playvid.com/watch/d8gp9sCONeL, http://www.playvid.com/watch/mH74yAxEzuJ, http://www.playvid.com/watch/ZD-dJq4JZf4, http://www.playvid.com/watch/Duxfjj4hqP6, http://www.playvid.com/watch/p9zX26AxE8K, http://www.playvid.com/watch/GEJY3DeRmpI, http://www.playvid.com/watch/XB3NRtuLr3Y, http://www.playvid.com/watch/tHCy6QsdHyr, http://www.playvid.com/watch/OS9hlljqhBC, http://www.playvid.com/watch/YVS72j73s6a, http://www.playvid.com/watch/gos7kvud6tK, http://www.playvid.com/watch/pECzEjpoU9M, http://www.playvid.com/watch/uX9Msc4vWVL, http://www.playvid.com/watch/OI4uQzEKwD9, http://www.playvid.com/watch/Ond7wjcGX4l, http://www.playvid.com/watch/Dgwr48ineSu, http://www.playvid.com/watch/ZloaxMNP-ZF, http://www.playvid.com/watch/WY-0XitrHrd, http://www.playvid.com/watch/fc9jDhppYyY, http://www.playvid.com/watch/enOk0ZYeEWc, http://www.playvid.com/watch/3nt-IxQP0OD, http://www.playvid.com/watch/H3rcyb9Al3w, http://www.playvid.com/watch/VG0NgNjgzD6, http://www.playvid.com/watch/tgHffbm290o, http://www.playvid.com/watch/bHDvJ0iep5q, http://www.playvid.com/watch/IvbKeLCb34O, http://www.playvid.com/watch/-KHbXn3ogBn, http://www.playvid.com/watch/W8WTOM0xOzz, http://www.playvid.com/watch/7oX9upqHRFu, http://www.playvid.com/watch/kzjzHUhw2bT,

http://www.playvid.com/watch/SpRg4XsRfOv, http://www.playvid.com/watch/xi2SE3v3yZB, http://www.playvid.com/watch/lfHOJVaxZmB, http://www.playvid.com/watch/9Ca7N6lWzvL, http://www.playvid.com/watch/a6Blb5Bd6qP, http://www.playvid.com/watch/Jbanpo4dcHM, http://www.playvid.com/watch/YacKu6AJ3YZ, http://www.playvid.com/watch/Dd7MyP9tKcR, http://www.playvid.com/watch/ES7UtL2RBL-, http://www.playvid.com/watch/neLJTbYsqdo, http://www.playvid.com/watch/UF9SSl4MRBh, http://www.playvid.com/watch/QzrvZDudsYN, http://www.playvid.com/watch/W5KOfsDPYzo, http://www.playvid.com/watch/az3f99Xptri, http://www.playvid.com/watch/a0Iq7AWLnU4, http://www.playvid.com/watch/We6LE9uJFgz, http://www.playvid.com/watch/qOj0rLwlZd4, http://www.playvid.com/watch/75nTmH8CotX, http://www.playvid.com/watch/IZxdJMJq8ST, http://www.playvid.com/watch/uw4hBcpyHTt, http://www.playvid.com/watch/qdaJ36dWubF, http://www.playvid.com/watch/eTyB7zIGjni, http://www.playvid.com/watch/oRpFoMuUv8x, http://www.playvid.com/watch/PrK7yXU6dYV, http://www.playvid.com/watch/B0w5oC3PzkY, http://www.playvid.com/watch/ulBLT38OTtf, http://www.playvid.com/watch/5Vn4TV4dC6c, http://www.playvid.com/watch/EgFjMSih5SG, http://www.playvid.com/watch/2Wl4znvQ7Kl, http://www.playvid.com/watch/WXxVTle8Lm7, http://www.playvid.com/watch/HPpVreeu8eE, http://www.playvid.com/watch/MIpuc3DhqS5, http://www.playvid.com/watch/RH6K6YFVsHz, http://www.playvid.com/watch/9rfQkZm9jPH, http://www.playvid.com/watch/QFF3NEfNGkK, http://www.playvid.com/watch/jhG9FYizWBG, http://www.playvid.com/watch/E7OaYbgsZMy, http://www.playvid.com/watch/UUBqPl05tko, http://www.playvid.com/watch/5NdE6Z7TvKl, http://www.playvid.com/watch/lAGOk0xo6l3, http://www.playvid.com/watch/8yDI2zx9FJN, http://www.playvid.com/watch/ZdbgxZoAahS, http://www.playvid.com/watch/dW9Ll7RQcQ0, http://www.playvid.com/watch/WBOlxHl4cVS, http://www.playvid.com/watch/fP-IQBgmLwZ, http://www.playvid.com/watch/3pRZ-czptIV, http://www.playvid.com/watch/2SCNKznBz3j, http://www.playvid.com/watch/kyczcRuPhw-, http://www.playvid.com/watch/Xa2TeNgsCPT, http://www.playvid.com/watch/uEONtPWPhMP, http://www.playvid.com/watch/oXkIKBU0ldk, http://www.playvid.com/watch/WKe9FPC0eTB, http://www.playvid.com/watch/-D06zL65UiQ, http://www.playvid.com/watch/ENcCFD2iTl6, http://www.playvid.com/watch/BDnHc5Iwrcn, http://www.playvid.com/watch/JQT2YgAx56d, http://www.playvid.com/watch/h7T98ovqUEo, http://www.playvid.com/watch/MLZ2lROEupz, http://www.playvid.com/watch/90GaUxl4uLu, http://www.playvid.com/watch/Geb52XaGw8R, http://www.playvid.com/watch/4MojuRDWExk, http://www.playvid.com/watch/IWi5TT6k89v, http://www.playvid.com/watch/-UWORpz9CjY, http://www.playvid.com/watch/Ci-0QA76seo, http://www.playvid.com/watch/Mib9hM3C4Wz, http://www.playvid.com/watch/tRvxbJRlei9, http://www.playvid.com/watch/I8SBVsppSET, http://www.playvid.com/watch/YquQUUvVZ2t, http://www.playvid.com/watch/8iX9HuuLlgc, http://www.playvid.com/watch/p7mpRldslYJ, http://www.playvid.com/watch/pIDwbK4FFcV, http://www.playvid.com/watch/Ne7aRxqChvf, http://www.playvid.com/watch/BicXe2sUMJN, http://www.playvid.com/watch/gTorSipU5rn, http://www.playvid.com/watch/WdAx3mnYY5l, http://www.playvid.com/watch/6wEB76x6Emx, http://www.playvid.com/watch/pVMnMYMZvJJ, http://www.playvid.com/watch/WLAbkYkbHP4, http://www.playvid.com/watch/FBhpScLNcuU, http://www.playvid.com/watch/5KayayI6YcR, http://www.playvid.com/watch/vs3hbCiqt7q, http://www.playvid.com/watch/Cc3OwiBFHaH, http://www.playvid.com/watch/MnFvs6XrNtG, http://www.playvid.com/watch/k7ZgO35EnLq, http://www.playvid.com/watch/S8Xopgqv6ZA, http://www.playvid.com/watch/hXeX7m8OI4T, http://www.playvid.com/watch/NmV5qs6SgWW, http://www.playvid.com/watch/k0KzHcnZQZj, http://www.playvid.com/watch/7UteN2eiBiE, http://www.playvid.com/watch/hxk88wdwEWg, http://www.playvid.com/watch/YKJAcG-nSKk, http://www.playvid.com/watch/vxeHYB5E2Df, http://www.playvid.com/watch/Umm6e4wUDXD, http://www.playvid.com/watch/-NjLbaPATTh, http://www.playvid.com/watch/Z8jbsGQSscC, http://www.playvid.com/watch/Hgy66cz-73p, http://www.playvid.com/watch/CE-fJ-Sp79c, http://www.playvid.com/watch/vvYh2yGVFaH, http://www.playvid.com/watch/nkBdGJIKIRF, http://www.playvid.com/watch/PQJCjgfWLaN, http://www.playvid.com/watch/8NjsostdBOj, http://www.playvid.com/watch/iNIklagkz0D, http://www.playvid.com/watch/Jl-DzL0vN0t, http://www.playvid.com/watch/jWzVlGp23f0, http://www.playvid.com/watch/4ctpFnIV88L, http://www.playvid.com/watch/6hf0j7juMbg, http://www.playvid.com/watch/R9WbvSTwvKc, http://www.playvid.com/watch/ljzY55YZI2t, http://www.playvid.com/watch/QAepG3lKMx-, http://www.playvid.com/watch/YqmBTl9FCb2, http://www.playvid.com/watch/IglETialCnA, http://www.playvid.com/watch/bR5BAbE8Hxt, http://www.playvid.com/watch/zzeNSuucPSw, http://www.playvid.com/watch/HsXUzrWAgRm, http://www.playvid.com/watch/x-HSUF7mh5h, http://www.playvid.com/watch/yp5UWjlx-YQ, http://www.playvid.com/watch/4J9Jj8fY6Ti, http://www.playvid.com/watch/iovJyryKTpa, http://www.playvid.com/watch/Lq7LiFI27tj, http://www.playvid.com/watch/ASjZza3pqiW, http://www.playvid.com/watch/hsQSNd4Sxqn, http://www.playvid.com/watch/aGty4aiwCl5, http://www.playvid.com/watch/w3YLf4Pu5xj, http://www.playvid.com/watch/ukIGh6nDKR2, http://www.playvid.com/watch/Pik6D0yUWAV, http://www.playvid.com/watch/2W7cgdpGu6N, http://www.playvid.com/watch/0i3zUCcoOuT, http://www.playvid.com/watch/JqtU2igARJ-, http://www.playvid.com/watch/cMCHNyDaEts, http://www.playvid.com/watch/cCo7KkfrrO4, http://www.playvid.com/watch/aLKMIfFQ0fC, http://www.playvid.com/watch/XXaiBqkQlQz, http://www.playvid.com/watch/YAwwtkvyzv5, http://www.playvid.com/watch/ftexCmrxTQy, http://www.playvid.com/watch/Y2sevSYFDSJ, http://www.playvid.com/watch/ax90SXq7hK6, http://www.playvid.com/watch/E4qj8RauVo5, http://www.playvid.com/watch/vJsDgkNNspq, http://www.playvid.com/watch/buEYlJn94Z3, http://www.playvid.com/watch/yYhHuMmiAn-, http://www.playvid.com/watch/r5MAnWm8xVH, http://www.playvid.com/watch/PDBO8Mt0X8Z, http://www.playvid.com/watch/aFLt6V7uHMG, http://www.playvid.com/watch/HYum0bcytsa, http://www.playvid.com/watch/sPoxrtdEsNA, http://www.playvid.com/watch/wHC0potLUSu, http://www.playvid.com/watch/3BURttnHEad, http://www.playvid.com/watch/hs4cqq3d6F4, http://www.playvid.com/watch/5hHZH64fJAV, http://www.playvid.com/watch/I7MfdRnLR65, http://www.playvid.com/watch/wjHUXLH93bO, http://www.playvid.com/watch/69nVrWXCVaq, http://www.playvid.com/watch/lEJA4UT3vmI, http://www.playvid.com/watch/BeDpZGhRhFG, http://www.playvid.com/watch/EKAQSnHpnjF, http://www.playvid.com/watch/CGdbvInQvBj, http://www.playvid.com/watch/vSdOPNDvJQ5, http://www.playvid.com/watch/BKRX0ihhey5, http://www.playvid.com/watch/yGoZc3UQX-D, http://www.playvid.com/watch/6skkKIqQOov, http://www.playvid.com/watch/2Sb53JXnJn7, http://www.playvid.com/watch/h2R0uxPWFxx, http://www.playvid.com/watch/J58x7ZK0tSL, http://www.playvid.com/watch/pChrL7R0UhZ, http://www.playvid.com/watch/q4LlQT08VAd, http://www.playvid.com/watch/02nlP5FUpuI, http://www.playvid.com/watch/Llv2Dn2rhhd
5.f. Date of third notice: 2013-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: robbin
5.b. Uploader's email address: adelinthes@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/robbin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VGGyXws-je-, http://www.playvid.com/watch/pajnLxRocLv, http://www.playvid.com/watch/pgP8MF3Cir4, http://www.playvid.com/watch/3kB7P3sHfDz, http://www.playvid.com/watch/zRLCEQnsNVU, http://www.playvid.com/watch/IxLZYFVQjTS, http://www.playvid.com/watch/BDddaNoMGev, http://www.playvid.com/watch/XNLfW34KQaC, http://www.playvid.com/watch/9LBWBQZkrIt, http://www.playvid.com/watch/8BQtFzb-XKW, http://www.playvid.com/watch/68zxv6dh8qG, http://www.playvid.com/watch/SZ2YjOKthMO, http://www.playvid.com/watch/7pGGM0Xawwm, http://www.playvid.com/watch/ecxxT3lyFSe, http://www.playvid.com/watch/Cj348bF0TfI, http://www.playvid.com/watch/rI3sB0xFHQ9, http://www.playvid.com/watch/dh7UnUSyFEu, http://www.playvid.com/watch/qjqo4YNrwdR, http://www.playvid.com/watch/2z4haCS66el, http://www.playvid.com/watch/A9tNsr7tbxN, http://www.playvid.com/watch/MYzmeWDoS0u, http://www.playvid.com/watch/myiqhFxiMqg, http://www.playvid.com/watch/5tZqfYnMrIL, http://www.playvid.com/watch/BKYJD4JV5pV, http://www.playvid.com/watch/NdTHR9vmtaD, http://www.playvid.com/watch/Gbc4O5ineSF, http://www.playvid.com/watch/SW4FZrQDJPU, http://www.playvid.com/watch/ETAZ7JweUbI, http://www.playvid.com/watch/R7EybCl4cce, http://www.playvid.com/watch/XaldFA7BUT-, http://www.playvid.com/watch/ARilXjI9-zX, http://www.playvid.com/watch/jwMR0UymYM0, http://www.playvid.com/watch/yVTcqRzRpwz, http://www.playvid.com/watch/TeqWqvmtrLG, http://www.playvid.com/watch/tTzGmGuVFra, http://www.playvid.com/watch/nGhAfe3vzah, http://www.playvid.com/watch/uPrf40Jcn3I, http://www.playvid.com/watch/kiM0zbzcDgK, http://www.playvid.com/watch/jl8cMWmxlpT, http://www.playvid.com/watch/Vh2O2Enp4vQ, http://www.playvid.com/watch/bH5-co0DyFk, http://www.playvid.com/watch/DtKVZjGsqaZ, http://www.playvid.com/watch/dIFFg0D8x6J, http://www.playvid.com/watch/dXCpq9RGaPs, http://www.playvid.com/watch/zJboPtGamkr, http://www.playvid.com/watch/O5U3aC6MtXW, http://www.playvid.com/watch/FyzinY-yOJa, http://www.playvid.com/watch/uRkRKyNiOTF, http://www.playvid.com/watch/GaTvwUTmhjs, http://www.playvid.com/watch/XfWWRiAcVRY, http://www.playvid.com/watch/2bIAtjVdjB2, http://www.playvid.com/watch/fUi2xBqC7Vn, http://www.playvid.com/watch/4DyG2s6EBZT, http://www.playvid.com/watch/-A-bsIecmaf, http://www.playvid.com/watch/atJTix6Q4Gx, http://www.playvid.com/watch/HtlMu0RSoUj, http://www.playvid.com/watch/LCqBlLkYK4L, http://www.playvid.com/watch/Gssne5DPQlg, http://www.playvid.com/watch/iuyE3WeCaLP, http://www.playvid.com/watch/VkHDXB-H7LP, http://www.playvid.com/watch/4NBv0sbRDhX, http://www.playvid.com/watch/WAwN0ndPXvA, http://www.playvid.com/watch/lklYFUfvBve, http://www.playvid.com/watch/fLM4OumCvuW, http://www.playvid.com/watch/jJ75QCATIKg, http://www.playvid.com/watch/3v5MLwRjKZW, http://www.playvid.com/watch/zum8U3KUn-C, http://www.playvid.com/watch/kCx7PKKnjzB, http://www.playvid.com/watch/kTVGaNonD2R, http://www.playvid.com/watch/FjgyBftPpFJ, http://www.playvid.com/watch/Wxp76AAZCLF, http://www.playvid.com/watch/XAETY0VPxTq, http://www.playvid.com/watch/Hk6Ife8XpnE, http://www.playvid.com/watch/-jmPYnYkuIu, http://www.playvid.com/watch/NnCzvusXY-8, http://www.playvid.com/watch/Gax42oY5xXU, http://www.playvid.com/watch/GZyD8iBoOLr, http://www.playvid.com/watch/zoneGE26Mbg, http://www.playvid.com/watch/T7ojXe7fl4u, http://www.playvid.com/watch/KeoUlzjcrw8, http://www.playvid.com/watch/iVl0Z7v7TRc, http://www.playvid.com/watch/JLRzZfTJVT8, http://www.playvid.com/watch/kSVFJnyRIxE, http://www.playvid.com/watch/zXd9gTArd7s, http://www.playvid.com/watch/W7i0OrqsCSJ, http://www.playvid.com/watch/W0pZ6CDtw2c, http://www.playvid.com/watch/GkKtPPm3DoO, http://www.playvid.com/watch/FW-FgPjO9td, http://www.playvid.com/watch/4YIitjdY4YO, http://www.playvid.com/watch/xnGlSaPRLiK, http://www.playvid.com/watch/oRCP9ZCkZ4B, http://www.playvid.com/watch/MvNWrtBz-4Q, http://www.playvid.com/watch/WzMJT8alz70, http://www.playvid.com/watch/fLOA3fPCr-m, http://www.playvid.com/watch/XdiVlCBUGEB, http://www.playvid.com/watch/jHlwTG4gJym, http://www.playvid.com/watch/gCj6b6s7ZrT, http://www.playvid.com/watch/aJ3wjONeGis, http://www.playvid.com/watch/ZyvI2ej9wu5, http://www.playvid.com/watch/yKfJoy9yURe, http://www.playvid.com/watch/E74X7LBbTnD,

http://www.playvid.com/watch/SPTn7XFwFjA, http://www.playvid.com/watch/-zJ9r9Wzb9A, http://www.playvid.com/watch/L9BNPiFVP0X, http://www.playvid.com/watch/O-NMETS3-sx, http://www.playvid.com/watch/Z0ysOSOZ6BR, http://www.playvid.com/watch/f6CFgsKCfcQ, http://www.playvid.com/watch/SM2eXTM4vKk, http://www.playvid.com/watch/azEg5-KNC5c, http://www.playvid.com/watch/rP9jZ7HWOHI, http://www.playvid.com/watch/p8xBV6UsOSd, http://www.playvid.com/watch/NnYNllWtZuM, http://www.playvid.com/watch/opAw8IBZ0Yh, http://www.playvid.com/watch/CfxhNVHMkE7, http://www.playvid.com/watch/r7mQvSn2-fO, http://www.playvid.com/watch/xxQNY7cXrmf, http://www.playvid.com/watch/AlNITpawZzy, http://www.playvid.com/watch/CKXwla8mXYk, http://www.playvid.com/watch/0g5HpSLGAkA, http://www.playvid.com/watch/l2QCGZFCMQv, http://www.playvid.com/watch/Uf6DyKyo3iR, http://www.playvid.com/watch/tBz8rgivK8Y, http://www.playvid.com/watch/thpgZQ2FTSY, http://www.playvid.com/watch/j3etSuq5kEb, http://www.playvid.com/watch/lQ-mmkPXItn, http://www.playvid.com/watch/wDqe8-D5EZC, http://www.playvid.com/watch/bpy6B3vVN6G, http://www.playvid.com/watch/eSL7l0c8hAs, http://www.playvid.com/watch/CYQqVaQJdNN, http://www.playvid.com/watch/B-WuPozAZEn, http://www.playvid.com/watch/U5S6d-oE25S, http://www.playvid.com/watch/tkiFxExnH6u, http://www.playvid.com/watch/Lot0bJGplXE, http://www.playvid.com/watch/tX0fnQ8HHrX, http://www.playvid.com/watch/txMb37boS5t, http://www.playvid.com/watch/wDV3t5tQMsL, http://www.playvid.com/watch/bYPyz0b755y, http://www.playvid.com/watch/YI8X6GUyAsh, http://www.playvid.com/watch/Q5AC0kEIK22, http://www.playvid.com/watch/uXc3jcm5YFB, http://www.playvid.com/watch/D9csgP4MIuj, http://www.playvid.com/watch/ff7A5KzyFQD, http://www.playvid.com/watch/nHkHSFK5dQk, http://www.playvid.com/watch/RSpmq20Lcyl, http://www.playvid.com/watch/wZ2tQrDurys, http://www.playvid.com/watch/MaTyssEO2XD, http://www.playvid.com/watch/BHWhkhJvChb, http://www.playvid.com/watch/N8IFI34XydV, http://www.playvid.com/watch/WnWHe9Pdxpp, http://www.playvid.com/watch/vEL5YGqC5KV, http://www.playvid.com/watch/wdZf9iorvWz, http://www.playvid.com/watch/y0EOmlLyZ9W, http://www.playvid.com/watch/CdwxgjHDm3q, http://www.playvid.com/watch/uoHJhI7rQRm, http://www.playvid.com/watch/8zQ9e0C6Qz4, http://www.playvid.com/watch/l7ZacBw3Up6, http://www.playvid.com/watch/GCcIJstOFXd, http://www.playvid.com/watch/UedTo635kQ0, http://www.playvid.com/watch/Ik6ZBd0tVir, http://www.playvid.com/watch/acZ7z4tpPV9, http://www.playvid.com/watch/wtjSja0YxUC, http://www.playvid.com/watch/PAl9Gsd6KPl, http://www.playvid.com/watch/-m5DJrs9OTd, http://www.playvid.com/watch/zJcIF0TdIUI, http://www.playvid.com/watch/tuepuIGVzwc, http://www.playvid.com/watch/XUEso796oGi, http://www.playvid.com/watch/sbSPAEK68ON, http://www.playvid.com/watch/V8JrDfBZXeT, http://www.playvid.com/watch/IjkrCEpSxk2, http://www.playvid.com/watch/FJEfEUs30wX, http://www.playvid.com/watch/gtvMBLnjZ9h, http://www.playvid.com/watch/RtvOSiKQ-g0, http://www.playvid.com/watch/8s5x4CR7Qal, http://www.playvid.com/watch/zH07MicKt6i, http://www.playvid.com/watch/hTjj6vnbycy, http://www.playvid.com/watch/RQYgefdBJfC, http://www.playvid.com/watch/jdmN7iCqvmr, http://www.playvid.com/watch/HuPW-fWxxDa, http://www.playvid.com/watch/KkSbE6QtwPs, http://www.playvid.com/watch/dtaEinNWhWr, http://www.playvid.com/watch/LtrkK84WgRu, http://www.playvid.com/watch/nOJe7N3AivQ, http://www.playvid.com/watch/7ByBh5XxMbU, http://www.playvid.com/watch/s4eLzi9mR8F, http://www.playvid.com/watch/2syuLAQMze2, http://www.playvid.com/watch/UxQuvwV2Tke, http://www.playvid.com/watch/s79k9A5noZu, http://www.playvid.com/watch/Ywvs4Z6X5yf, http://www.playvid.com/watch/zaKHIKDcu9n, http://www.playvid.com/watch/RdwTFlSGl47, http://www.playvid.com/watch/JiqAG7Tyh8I, http://www.playvid.com/watch/-p0jdu0BM-y, http://www.playvid.com/watch/IYpg60sNtCu, http://www.playvid.com/watch/xt9V6BugTpB, http://www.playvid.com/watch/Pd8hwsfE-ys, http://www.playvid.com/watch/Ma3MlAK5gzZ, http://www.playvid.com/watch/YBsE0VYW8b2, http://www.playvid.com/watch/L9utcWzyp0v, http://www.playvid.com/watch/I2RWo5bEi0Y, http://www.playvid.com/watch/c3VNGGwP-ln, http://www.playvid.com/watch/C7l0OzhkvU0, http://www.playvid.com/watch/xT4AofCxGu2, http://www.playvid.com/watch/jfOlXFor7CZ, http://www.playvid.com/watch/ICnn7UHolQs, http://www.playvid.com/watch/Wz6a8NMDaTN, http://www.playvid.com/watch/nx92jg6U2Kn, http://www.playvid.com/watch/tZbUPF2Msy2, http://www.playvid.com/watch/KI-N-blzAK5, http://www.playvid.com/watch/SNQ0zLw25dL, http://www.playvid.com/watch/R7xMH68yQCI, http://www.playvid.com/watch/Q3OmjR-S0qV, http://www.playvid.com/watch/QFvyuoiurEJ, http://www.playvid.com/watch/7iqCqIYpKuQ, http://www.playvid.com/watch/ytrFteI5OcD, http://www.playvid.com/watch/rOSNLml0AIo, http://www.playvid.com/watch/HZeSjFXvdSJ, http://www.playvid.com/watch/a5WUhfBE9SL, http://www.playvid.com/watch/RkU2Sv7hrxu, http://www.playvid.com/watch/vclG9XmUQYe, http://www.playvid.com/watch/Pi-IsXNB5ds, http://www.playvid.com/watch/fXlETlNlqOl, http://www.playvid.com/watch/HxbCbtscYZ3, http://www.playvid.com/watch/UJrv4BAQfsj, http://www.playvid.com/watch/7ODW-yobeRy, http://www.playvid.com/watch/2bJOQw5p4WM, http://www.playvid.com/watch/tQRw7MXuqKA, http://www.playvid.com/watch/yvnSF76dTaO, http://www.playvid.com/watch/v8aRnmgqQja, http://www.playvid.com/watch/-icQvpH24fX, http://www.playvid.com/watch/uaGq7yzvk3j, http://www.playvid.com/watch/5kDCrwVCGgC, http://www.playvid.com/watch/Iemj9-x0nFH, http://www.playvid.com/watch/OjcQly3XKzN, http://www.playvid.com/watch/XX7t3-qZ4We, http://www.playvid.com/watch/n0AzFP80hI5, http://www.playvid.com/watch/HGjsaeZ0ybU, http://www.playvid.com/watch/PulZDvzeopI, http://www.playvid.com/watch/cQe9paTw944, http://www.playvid.com/watch/w4-uk2gtSfY, http://www.playvid.com/watch/FQ27jhtfEWZ, http://www.playvid.com/watch/eM8oFW5olj8, http://www.playvid.com/watch/of3oZnWTjs0, http://www.playvid.com/watch/09eHd0V3JYI, http://www.playvid.com/watch/PeAizM8CIwC, http://www.playvid.com/watch/nJsgmIOwxT7, http://www.playvid.com/watch/85UJgsWBjhA, http://www.playvid.com/watch/MKBvrVaJwMM, http://www.playvid.com/watch/3FGxOKS6kGZ, http://www.playvid.com/watch/i2uRXYyNLDD, http://www.playvid.com/watch/74m7A9czyDY, http://www.playvid.com/watch/Bov7LPTRsBQ, http://www.playvid.com/watch/NdGk5dem-ip, http://www.playvid.com/watch/uOWrtaMFOhv, http://www.playvid.com/watch/WPoqLaRtc8Z, http://www.playvid.com/watch/fl20dg9Oi4h, http://www.playvid.com/watch/0bgHnnp9gc-, http://www.playvid.com/watch/8dmzAmqDbzm, http://www.playvid.com/watch/vwmzvYql4zj, http://www.playvid.com/watch/Ah0P6C8Mmf8, http://www.playvid.com/watch/Y8fXIWo-nIN, http://www.playvid.com/watch/vvoq9ewOIs3, http://www.playvid.com/watch/xmL3QwYuzvk, http://www.playvid.com/watch/ZfcKELnpzqm, http://www.playvid.com/watch/BDnEsTcnNgX, http://www.playvid.com/watch/erNIiaC37pf, http://www.playvid.com/watch/cowjpsbNPVY, http://www.playvid.com/watch/y6o6oGoVZxt, http://www.playvid.com/watch/rqlT5--NJ4n, http://www.playvid.com/watch/hc5s4pomhHV, http://www.playvid.com/watch/aCN9SQIcOSr, http://www.playvid.com/watch/mr3mCwpDhYz, http://www.playvid.com/watch/5uWO9KQdoQS, http://www.playvid.com/watch/XyGRFnfHeyN, http://www.playvid.com/watch/qwbOYzoJE8u, http://www.playvid.com/watch/PiUbRuwHiSA, http://www.playvid.com/watch/Aa8DbNemNg0, http://www.playvid.com/watch/c3zV8RsCO4M, http://www.playvid.com/watch/lv9wSzPDzg4, http://www.playvid.com/watch/bwgRiJIoGfN, http://www.playvid.com/watch/Xq5uKWBT2cX, http://www.playvid.com/watch/rNYUUOrDZX0, http://www.playvid.com/watch/qYfSmWdmjor, http://www.playvid.com/watch/k8kXRVLqfkt, http://www.playvid.com/watch/IMyR43e0uGX, http://www.playvid.com/watch/Dgt5tnfWwfb, http://www.playvid.com/watch/8Ull28hB93X, http://www.playvid.com/watch/LGSlmeuCDEP, http://www.playvid.com/watch/34v3rSnSFHr, http://www.playvid.com/watch/FnkKJkKIwHh, http://www.playvid.com/watch/fd6cXu-c2-s, http://www.playvid.com/watch/8XxCK4YrILA, http://www.playvid.com/watch/gQMFNh5ewWg, http://www.playvid.com/watch/mzkS6P08Nks, http://www.playvid.com/watch/flcv9SYO3qY, http://www.playvid.com/watch/F3M0QwUXXKB, http://www.playvid.com/watch/-d3y5pWLrzI, http://www.playvid.com/watch/DmIhliUg06-, http://www.playvid.com/watch/hokVOSsOueG, http://www.playvid.com/watch/wePW5M7EoUv, http://www.playvid.com/watch/kQikUwnqitk, http://www.playvid.com/watch/mZPoEYfQFVR, http://www.playvid.com/watch/NhEoV7qlQb8, http://www.playvid.com/watch/zoPu4Jqw6Nr, http://www.playvid.com/watch/Up0pBJUkxJr, http://www.playvid.com/watch/6zH5LaeGse7, http://www.playvid.com/watch/wRUFry5JRFB, http://www.playvid.com/watch/m80BvOsApbX, http://www.playvid.com/watch/CSGUftDsvgN, http://www.playvid.com/watch/kNRJnM9Y5HH, http://www.playvid.com/watch/7VSQaBU4yD-, http://www.playvid.com/watch/erZUpJBMeSk, http://www.playvid.com/watch/qr8YH8tSYOB, http://www.playvid.com/watch/HphHemZ4YsY, http://www.playvid.com/watch/gIMEBBrEQNQ, http://www.playvid.com/watch/qAkHaYJwYzN, http://www.playvid.com/watch/KMDzZWqbycg, http://www.playvid.com/watch/UFLwArI72ux, http://www.playvid.com/watch/ZR2GSiPbVu3, http://www.playvid.com/watch/WgpbC8Yiyc3, http://www.playvid.com/watch/9RBWazMaff6, http://www.playvid.com/watch/FKGxZv8BAfY, http://www.playvid.com/watch/4LL5ZdCJh5A, http://www.playvid.com/watch/2Y4QZOFeueR, http://www.playvid.com/watch/Z2TFbKdfEeN, http://www.playvid.com/watch/MTsCSEDFfhL, http://www.playvid.com/watch/O2DOnLheoYQ, http://www.playvid.com/watch/NfPZMkWGCPA, http://www.playvid.com/watch/cQPPvSfayYO, http://www.playvid.com/watch/SONSfxCfahc, http://www.playvid.com/watch/7NcWcKdQ3q9, http://www.playvid.com/watch/daUs6Db399O, http://www.playvid.com/watch/AirF0estudr, http://www.playvid.com/watch/UJ4-AVH5cya, http://www.playvid.com/watch/GgufRv8PYVJ, http://www.playvid.com/watch/acG6t-BJ9ne, http://www.playvid.com/watch/d8EB9G2bY48, http://www.playvid.com/watch/nX4XgZUFf05, http://www.playvid.com/watch/K2-7GAcy4az, http://www.playvid.com/watch/TZJO3OYe8DN, http://www.playvid.com/watch/zYRtEdlO5PA, http://www.playvid.com/watch/RTsnAfmKamO, http://www.playvid.com/watch/Mvoc4NRRccm, http://www.playvid.com/watch/weBa2DK55Q2, http://www.playvid.com/watch/S-3TQ0OWujN, http://www.playvid.com/watch/Kcw8gLJJTK3, http://www.playvid.com/watch/ZcUvmkq8DdH, http://www.playvid.com/watch/cUu-MeTNUhj, http://www.playvid.com/watch/RLfzHPh0g88, http://www.playvid.com/watch/9kX2UMDQaQi, http://www.playvid.com/watch/IZPGy8juP6E, http://www.playvid.com/watch/5NWaMvw-h7z, http://www.playvid.com/watch/n0D0NPxUrWl, http://www.playvid.com/watch/GjIzccuDn0I, http://www.playvid.com/watch/7ZW5SyE4Pml, http://www.playvid.com/watch/hVZ5ZN5WObL

5.f. Date of third notice: 2013-09-26

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: robrobby

5.b. Uploader's email address: robrobbyberns@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/robrobby

5.e. List of videos posted by uploader: http://www.playvid.com/watch/OVd53UnknSQ, http://www.playvid.com/watch/mvIr0mrhL65, http://www.playvid.com/watch/VkN4e91OIh7, http://www.playvid.com/watch/mYGKPHMiIfp, http://www.playvid.com/watch/5RTzGFvkApg, http://www.playvid.com/watch/rB6YX7Z-8JH, http://www.playvid.com/watch/Y18WlRIWh9Q, http://www.playvid.com/watch/qLpfZ74WDIJ, http://www.playvid.com/watch/qbxRBqprj4c, http://www.playvid.com/watch/AFG5yO7aL43, http://www.playvid.com/watch/BeGatJ2Jj4C, http://www.playvid.com/watch/lRPLOWzLKux, http://www.playvid.com/watch/gXUNpNx5J-r, http://www.playvid.com/watch/E00SIUBVYGI,

http://www.playvid.com/watch/z1Yqv66RTyi, http://www.playvid.com/watch/QddATVa2vqH, http://www.playvid.com/watch/UewnpG95YUA,
http://www.playvid.com/watch/Y1bETKLTrJL, http://www.playvid.com/watch/Wxb3AjAjIIm, http://www.playvid.com/watch/3XbSoGqRX6F,
http://www.playvid.com/watch/7GQOont6YIY, http://www.playvid.com/watch/l9IQWn06Tuk, http://www.playvid.com/watch/mW5mAU-PDYq,
http://www.playvid.com/watch/RDMK6HF01rN, http://www.playvid.com/watch/ftgb7IIyZNp, http://www.playvid.com/watch/tUfMOvqHUoT,
http://www.playvid.com/watch/Ba0FnVpdnPn, http://www.playvid.com/watch/cSUYBrmsJJ4, http://www.playvid.com/watch/5QtE0bEYuSh,
http://www.playvid.com/watch/z0cG3Ny21S7, http://www.playvid.com/watch/9OwEpCz2jDs, http://www.playvid.com/watch/HKLaYiz71VW,
http://www.playvid.com/watch/JJXn9SC7-Sw, http://www.playvid.com/watch/MaqHrAkAM0s, http://www.playvid.com/watch/MdzpUcfrwjn,
http://www.playvid.com/watch/RwsydNd4i2A, http://www.playvid.com/watch/9JADRkgG53w, http://www.playvid.com/watch/q9s88sopnT0,
http://www.playvid.com/watch/OZDaThGQciD, http://www.playvid.com/watch/0vdhb-Xh63H, http://www.playvid.com/watch/8N18IKXVy-f,
http://www.playvid.com/watch/SyZIqJ1BPMZ, http://www.playvid.com/watch/4hCoHG82oHN, http://www.playvid.com/watch/53Np6vxozIz,
http://www.playvid.com/watch/4mR8f18BRR4, http://www.playvid.com/watch/0w9lECJY8tn, http://www.playvid.com/watch/sAcJI5aiHgj,
http://www.playvid.com/watch/CZske2naNrA, http://www.playvid.com/watch/53H7bYWV7Es, http://www.playvid.com/watch/67uPZ7bIQrK,
http://www.playvid.com/watch/OTjiK9yhMpZ, http://www.playvid.com/watch/t6nPxjdrVjH, http://www.playvid.com/watch/8SsK-OeXj2e,
http://www.playvid.com/watch/UXa138PJwLH, http://www.playvid.com/watch/DBW4tCUfRpG, http://www.playvid.com/watch/67dyCH511DP,
http://www.playvid.com/watch/QW-OMAasAhj, http://www.playvid.com/watch/zjpDbBd67c-, http://www.playvid.com/watch/5A1Ad9vIynP,
http://www.playvid.com/watch/sNdGvirxxEo, http://www.playvid.com/watch/enkgC5opvJA, http://www.playvid.com/watch/V0X3aU0iPbX,
http://www.playvid.com/watch/JFpj11LUmTm, http://www.playvid.com/watch/d82o4DeXKZr, http://www.playvid.com/watch/2paHDyUVHlm,
http://www.playvid.com/watch/nDkk4PGVlw2, http://www.playvid.com/watch/0LNn8Xq1275, http://www.playvid.com/watch/ICLuI5LFApV,
http://www.playvid.com/watch/Yt7rTU5rYtg, http://www.playvid.com/watch/xcBQGRab3a5, http://www.playvid.com/watch/lZ3QurG7HP6,
http://www.playvid.com/watch/gQu-3rBRWHG, http://www.playvid.com/watch/gUrFiBOw0yL, http://www.playvid.com/watch/Jows-aP8uLe,
http://www.playvid.com/watch/D9SFZ3ZtRJy, http://www.playvid.com/watch/ODYwp5r-5d2, http://www.playvid.com/watch/kC8QbI0BQ7j,
http://www.playvid.com/watch/EPOlJNaldod, http://www.playvid.com/watch/ej6Ash-BNo7, http://www.playvid.com/watch/ShZWcvRVcOK,
http://www.playvid.com/watch/VPBAxRbhaWW, http://www.playvid.com/watch/-h0rajBMR4W, http://www.playvid.com/watch/MYe1MgRVhAS,
http://www.playvid.com/watch/5AvXy3kdiEh, http://www.playvid.com/watch/AQyD6H25b3Q, http://www.playvid.com/watch/antzWenE-8I,
http://www.playvid.com/watch/r5DaOIrfXZS, http://www.playvid.com/watch/DbHqn3MptYK, http://www.playvid.com/watch/5GsLZ6JrVE7,
http://www.playvid.com/watch/QYj7tqyFd1K, http://www.playvid.com/watch/rX7tvoQMale, http://www.playvid.com/watch/5SddMDIKmAS,
http://www.playvid.com/watch/FnaIkGzyoTb, http://www.playvid.com/watch/l33cKXteHCq, http://www.playvid.com/watch/ea2r5NQRgOu,
http://www.playvid.com/watch/xE0BKk2LPht, http://www.playvid.com/watch/n4nh9wF4iju, http://www.playvid.com/watch/AY6AZ-mqd8K,
http://www.playvid.com/watch/-VPXy6g26nE, http://www.playvid.com/watch/gWZdkNGqtEf, http://www.playvid.com/watch/Bbgl5mCOvqO,
http://www.playvid.com/watch/MfIOiPKGO2O, http://www.playvid.com/watch/7myKVsQCivW, http://www.playvid.com/watch/XAIduVW9PN-,
http://www.playvid.com/watch/WENDySBjluw, http://www.playvid.com/watch/RzBOWk-E6yf, http://www.playvid.com/watch/R0vB2FPKG9U,
http://www.playvid.com/watch/giuFGU0jqHA, http://www.playvid.com/watch/BPoVUGxmjfu, http://www.playvid.com/watch/TvJ7jwdI4cS,
http://www.playvid.com/watch/j5al2DpBbQd, http://www.playvid.com/watch/lh8GMKIXieM, http://www.playvid.com/watch/RDJMsTWkzUA,
http://www.playvid.com/watch/2zvJbrrXib0, http://www.playvid.com/watch/F6jqVdHARAK, http://www.playvid.com/watch/IlnvQzXRxL2,
http://www.playvid.com/watch/aYxN6XM2mhB, http://www.playvid.com/watch/MzIldtxxW4K, http://www.playvid.com/watch/e2X6wCG4Brc,
http://www.playvid.com/watch/W3sLmjT3jgs, http://www.playvid.com/watch/e8NBjUwrhBJ, http://www.playvid.com/watch/JRw98f7H3dG,
http://www.playvid.com/watch/2TS99yEYdhP, http://www.playvid.com/watch/LGjC7HZ0YT8, http://www.playvid.com/watch/UWLf4pGVOzq,
http://www.playvid.com/watch/ImXDHyc-YHT, http://www.playvid.com/watch/BJMbtC4L8sT, http://www.playvid.com/watch/Qfec9UtmoWq,
http://www.playvid.com/watch/a5LHi8T3GTt, http://www.playvid.com/watch/VGssZJSqqSw, http://www.playvid.com/watch/KawcLMpqSNT,
http://www.playvid.com/watch/tsAo9LYRIbu, http://www.playvid.com/watch/5YNWtZiIk5w, http://www.playvid.com/watch/ljdGug5MoPt,
http://www.playvid.com/watch/rEt8gkY7wRY, http://www.playvid.com/watch/GetiHmO3LlC, http://www.playvid.com/watch/nhAwoOOnnIB,
http://www.playvid.com/watch/ls0ZF64Hfow, http://www.playvid.com/watch/HR5hF7nw2IB, http://www.playvid.com/watch/aBDSkwzptnl,
http://www.playvid.com/watch/IIUHJga8872, http://www.playvid.com/watch/RpDNZW7qfPP, http://www.playvid.com/watch/pYajpmwJSLA,
http://www.playvid.com/watch/XImHNMyYZG-, http://www.playvid.com/watch/wKDfA-S63Ac, http://www.playvid.com/watch/Tg4Ht2c3YFH,
http://www.playvid.com/watch/ln7YB9yxY7V, http://www.playvid.com/watch/unyIhCW4InQ, http://www.playvid.com/watch/rEoSKd06ZQq,
http://www.playvid.com/watch/nwywzhtsfpc, http://www.playvid.com/watch/GlMhqrupg8X, http://www.playvid.com/watch/cInTvXVdiO6,
http://www.playvid.com/watch/Z0KtbEaWvl7, http://www.playvid.com/watch/GB688gCtfx-, http://www.playvid.com/watch/zrPZQo5BJsU,
http://www.playvid.com/watch/aPYXPfFTKdK, http://www.playvid.com/watch/oHRy8cmBhk3, http://www.playvid.com/watch/S6hI40PDg0u,
http://www.playvid.com/watch/lIiLNbRUjSs, http://www.playvid.com/watch/6AfVf4U0P7D, http://www.playvid.com/watch/EHCehQtQLhk,
http://www.playvid.com/watch/BmPp5u2Gdo-, http://www.playvid.com/watch/XMwaxVgDxB6, http://www.playvid.com/watch/X6Dqv0HHCbH,
http://www.playvid.com/watch/ujSVKqT7h-6, http://www.playvid.com/watch/D5tZzw4ohjH, http://www.playvid.com/watch/w7CS3KKfzTY,
http://www.playvid.com/watch/SCtn9g6b2b-, http://www.playvid.com/watch/7wXQd8lth8d, http://www.playvid.com/watch/oHj9tNkJ6y0,
http://www.playvid.com/watch/3OjAsnwAF2I, http://www.playvid.com/watch/G-boPxhxb6t, http://www.playvid.com/watch/ZuQwI7HU7tC,
http://www.playvid.com/watch/wX7k6LShcO4, http://www.playvid.com/watch/iq5MjzW9I0p, http://www.playvid.com/watch/acgQOXsSbBY,
http://www.playvid.com/watch/uNM4cCObMsE, http://www.playvid.com/watch/45gmwdPspQ4, http://www.playvid.com/watch/jRpV3JFL3e8,
http://www.playvid.com/watch/K5WIHkAorbu, http://www.playvid.com/watch/FJiEKneEPJn, http://www.playvid.com/watch/Ug0wKgEUtHC,
http://www.playvid.com/watch/-RhyhYGxSOH, http://www.playvid.com/watch/SHqoliuUP5u, http://www.playvid.com/watch/PPuceIavbGF,
http://www.playvid.com/watch/LlUMjkByi4y, http://www.playvid.com/watch/mc8xeJrjD5t, http://www.playvid.com/watch/r2gnHlo8Ayn,
http://www.playvid.com/watch/P6x5lgQeFfN, http://www.playvid.com/watch/Acjgv4AO7NF, http://www.playvid.com/watch/n6f6APCjFkw,
http://www.playvid.com/watch/jPJH7RH2Y65, http://www.playvid.com/watch/2DjAeL8rfe2, http://www.playvid.com/watch/e7ueAwh8Q-h,
http://www.playvid.com/watch/4fcbo0PkE-S, http://www.playvid.com/watch/3KBXecfr8ZS, http://www.playvid.com/watch/9iq-BsXalQd,
http://www.playvid.com/watch/WfNoDgXVsWf, http://www.playvid.com/watch/oarmVs3ObO3, http://www.playvid.com/watch/62DSqEYG0f4,
http://www.playvid.com/watch/y8zxWbiIqf4, http://www.playvid.com/watch/6tmZjyrcecc, http://www.playvid.com/watch/t6S-fCz9KvX,
http://www.playvid.com/watch/LFKKkgAnqlU, http://www.playvid.com/watch/lkMRvJXmkfw, http://www.playvid.com/watch/bw0BceKPNsv,
http://www.playvid.com/watch/xneOn0O5bOI, http://www.playvid.com/watch/FW3i30RO6SC, http://www.playvid.com/watch/FXN2c0mmeNp,
http://www.playvid.com/watch/6uRxqR9mYbO, http://www.playvid.com/watch/7MHt6CEGFIG, http://www.playvid.com/watch/aJscTXL5Rmp,
http://www.playvid.com/watch/OCSCLUhpUGz, http://www.playvid.com/watch/OotDs4QIlED, http://www.playvid.com/watch/UBcKhEQoyvn,
http://www.playvid.com/watch/LfUeMIAVOAN, http://www.playvid.com/watch/-Xtk8mto8iJ, http://www.playvid.com/watch/2ACwvWyPIjw,
http://www.playvid.com/watch/uuiyuc5qd2c, http://www.playvid.com/watch/BG8iV9Dz8SA, http://www.playvid.com/watch/eyAjYmI8kXe,
http://www.playvid.com/watch/IsjyUTJ62Ak, http://www.playvid.com/watch/ioEAykCM8yv, http://www.playvid.com/watch/UWrxk3MGjHd,
http://www.playvid.com/watch/TwJa7oEY9vd, http://www.playvid.com/watch/hOMzKZa9CQn, http://www.playvid.com/watch/7cx36rl-CFh,
http://www.playvid.com/watch/gdodgLB8b34, http://www.playvid.com/watch/qmvXg5awEBN, http://www.playvid.com/watch/jC0vefJ7aDR,
http://www.playvid.com/watch/alESNvUw-2l, http://www.playvid.com/watch/bzPsCZwCKXs, http://www.playvid.com/watch/BKz9KvK6xlI,
http://www.playvid.com/watch/9EnhNW7J6tz, http://www.playvid.com/watch/Gjjw3-iWBkk, http://www.playvid.com/watch/SKSoonzb8pc,
http://www.playvid.com/watch/meWD7hhpMj-, http://www.playvid.com/watch/LugxPLLGdR2, http://www.playvid.com/watch/4IJiDLb6pKt,
http://www.playvid.com/watch/bdw6kiftSNj, http://www.playvid.com/watch/FLTMM-WC3HJ, http://www.playvid.com/watch/CEKJL2SZUaI,
http://www.playvid.com/watch/2zqxQlznSs7, http://www.playvid.com/watch/UINKCjH2rHe, http://www.playvid.com/watch/mnZh9-IX9aj,
http://www.playvid.com/watch/LU3CuIu2CmK, http://www.playvid.com/watch/-ZWNzeN9ZzO, http://www.playvid.com/watch/o72B8P-TCxV,
http://www.playvid.com/watch/JqRuicbEMSW, http://www.playvid.com/watch/XmAydnEAHBA, http://www.playvid.com/watch/NyINONYPXzT,
http://www.playvid.com/watch/55EAi7STKx8, http://www.playvid.com/watch/J7WCZCjlVPp, http://www.playvid.com/watch/wHBwI09l7Uw,
http://www.playvid.com/watch/myQ7L27aQqi, http://www.playvid.com/watch/guefqWOs9NS, http://www.playvid.com/watch/PPyk7Q7TEgK,
http://www.playvid.com/watch/Fi69Wgkj83Y, http://www.playvid.com/watch/rt3k7A86pTE, http://www.playvid.com/watch/4VH6DLT9Rz5,
http://www.playvid.com/watch/WiX-xgBUaJn, http://www.playvid.com/watch/rABAA3wWKnJ, http://www.playvid.com/watch/HFXD3tBc6DQ,
http://www.playvid.com/watch/tv2ruqWfUXf, http://www.playvid.com/watch/L0G46ew-ptC, http://www.playvid.com/watch/M6lhlawWtqZ,
http://www.playvid.com/watch/0ef4jy2EQqK, http://www.playvid.com/watch/Cn5DU3Hb9yx, http://www.playvid.com/watch/F4ewYgKtsP9,
http://www.playvid.com/watch/kIPAvMBagEN, http://www.playvid.com/watch/77byNHfiM95, http://www.playvid.com/watch/aTmevCWjaAp
5.f. Date of third notice: 2013-07-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rocca
5.b. Uploader's email address: rocapalm@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rocca
5.e. List of videos posted by uploader: http://www.playvid.com/watch/boYAkEfeR7b, http://www.playvid.com/watch/iqgdl9mzPSb,
http://www.playvid.com/watch/X6xToiz4qu-, http://www.playvid.com/watch/BXzKVZqAtyg, http://www.playvid.com/watch/-mtIG0WKTTr,
http://www.playvid.com/watch/wyxAT46uh5x, http://www.playvid.com/watch/6y5KHe2Q2nO, http://www.playvid.com/watch/hJ6ASuCP-xn,
http://www.playvid.com/watch/jPB5eUdhbqT, http://www.playvid.com/watch/WzODBaXXhO4, http://www.playvid.com/watch/Qqm3NpQw8XN,

http://www.playvid.com/watch/j6EWf4nSdOZ, http://www.playvid.com/watch/mvA29mXK0WH, http://www.playvid.com/watch/pNwSuJ8WPlM,
http://www.playvid.com/watch/0RxkApWTRd6, http://www.playvid.com/watch/lAVw0RYmvMA, http://www.playvid.com/watch/gQIJwIiAmeQ,
http://www.playvid.com/watch/bgRq-72x84U, http://www.playvid.com/watch/O6OxydnMSWE, http://www.playvid.com/watch/pOdyBwc8khn,
http://www.playvid.com/watch/zeCAqUgbPWE, http://www.playvid.com/watch/toMOQiUOMY-, http://www.playvid.com/watch/EHFkjbfqtJH,
http://www.playvid.com/watch/8UKXc30tBwp, http://www.playvid.com/watch/CLs8pcTO9QL, http://www.playvid.com/watch/uZb4538N6Cj,
http://www.playvid.com/watch/7FEmJuQFV0a, http://www.playvid.com/watch/wpCd-0fqE3G, http://www.playvid.com/watch/sXZMgnO7mG5,
http://www.playvid.com/watch/64rge5k6jqM, http://www.playvid.com/watch/L9sUTIq-nVw, http://www.playvid.com/watch/JxOVnNoYFEk,
http://www.playvid.com/watch/HlVoXwo5JGg, http://www.playvid.com/watch/MmQhWnFAdcF, http://www.playvid.com/watch/c5rz82zc4zw,
http://www.playvid.com/watch/6aMIC7XuKYw, http://www.playvid.com/watch/hJEBQvLHj3D, http://www.playvid.com/watch/GMQ2Blf32iw,
http://www.playvid.com/watch/JBC--4zzTnZ, http://www.playvid.com/watch/X0DuMyjl5Wc, http://www.playvid.com/watch/qd9qaHUM26Z,
http://www.playvid.com/watch/YSLF8E6PE6B, http://www.playvid.com/watch/qgkFvPhlzHL, http://www.playvid.com/watch/nqWYJlgX6Z2,
http://www.playvid.com/watch/M4ZFTbk4Mqe, http://www.playvid.com/watch/7LaYPJ4Myra, http://www.playvid.com/watch/3pZzVBNCE4i,
http://www.playvid.com/watch/d-b6zVjjBMM, http://www.playvid.com/watch/3lsbG4XBPHC, http://www.playvid.com/watch/CeiPShF98Vc,
http://www.playvid.com/watch/Ex2JbLWyqKP, http://www.playvid.com/watch/tCflPxyFPed, http://www.playvid.com/watch/YPYH5-gaMF4,
http://www.playvid.com/watch/VgwPFfhCdQK, http://www.playvid.com/watch/zwSqu9beenH, http://www.playvid.com/watch/uTotpmRRjYS,
http://www.playvid.com/watch/FGWoLRnt0Kj, http://www.playvid.com/watch/hqbEYgntc4s, http://www.playvid.com/watch/9pCavMRAmo2,
http://www.playvid.com/watch/9K2w4srKXwS, http://www.playvid.com/watch/9Cbe5QTgeZO, http://www.playvid.com/watch/lJ9bPaOw60Q,
http://www.playvid.com/watch/VdzdyNMY0uO, http://www.playvid.com/watch/5t-0--xqm0D, http://www.playvid.com/watch/87QA8hAonuZ,
http://www.playvid.com/watch/agCbNvYGz5X, http://www.playvid.com/watch/QIBe8Pc95Ee, http://www.playvid.com/watch/aBYrgi0RvCz,
http://www.playvid.com/watch/c4KsdZOGmEk, http://www.playvid.com/watch/GtR852TTeaq, http://www.playvid.com/watch/gqidqCwCUQe,
http://www.playvid.com/watch/D5EY2GSbnEY, http://www.playvid.com/watch/bUOoiDWUbTZ, http://www.playvid.com/watch/2ipcDv4TxGP,
http://www.playvid.com/watch/I520lM9cyru, http://www.playvid.com/watch/PZIz6drOIGY, http://www.playvid.com/watch/J4V-oLmN3ia,
http://www.playvid.com/watch/sehapN4o7bl, http://www.playvid.com/watch/AnFRwGEFq3z, http://www.playvid.com/watch/h2qHXaPUueB,
http://www.playvid.com/watch/8lW8olrmbVm, http://www.playvid.com/watch/jo3ngoJfKxR, http://www.playvid.com/watch/R3wAvwFXOMq,
http://www.playvid.com/watch/cKI652vehDB, http://www.playvid.com/watch/CFF6lqWvKCF, http://www.playvid.com/watch/0hKQL4D7rL2,
http://www.playvid.com/watch/duYHEtKFPdO, http://www.playvid.com/watch/AufsEXuuFEN, http://www.playvid.com/watch/nrnQ6lc5CIO,
http://www.playvid.com/watch/8F6kA5hEB3P, http://www.playvid.com/watch/YEoTNGyDkzg, http://www.playvid.com/watch/zVBXyyPkv59,
http://www.playvid.com/watch/qDQEqAu9LAa, http://www.playvid.com/watch/m9Z2rAgv0At, http://www.playvid.com/watch/R8nGm98RQpJ,
http://www.playvid.com/watch/xOama2Y2sL9, http://www.playvid.com/watch/sFbVzLncOaG, http://www.playvid.com/watch/LaiPZ55UoIh,
http://www.playvid.com/watch/Im-R9Qb2ekh, http://www.playvid.com/watch/OSFNl9po6o4, http://www.playvid.com/watch/MQnqk4PAwTi,
http://www.playvid.com/watch/VnIKoluHchm, http://www.playvid.com/watch/xg48LZOimhc, http://www.playvid.com/watch/IG5AkQJ6Z4n,
http://www.playvid.com/watch/BSiR3n5QpEi, http://www.playvid.com/watch/2V56dzzzOPF, http://www.playvid.com/watch/nHv4mzVKH47,
http://www.playvid.com/watch/kUZAJBT9Gyf, http://www.playvid.com/watch/k8PkdVIZjYp, http://www.playvid.com/watch/AfEgDUDvriW,
http://www.playvid.com/watch/9J69eZvfgRP, http://www.playvid.com/watch/t55Xk0pABSh, http://www.playvid.com/watch/pOLNz93yFku,
http://www.playvid.com/watch/6m7o62nmgsX, http://www.playvid.com/watch/nLUmQWVzUG0, http://www.playvid.com/watch/g8xv4b9rHUw,
http://www.playvid.com/watch/sjNCqR2FFD-, http://www.playvid.com/watch/lntYbtCtUUw, http://www.playvid.com/watch/KCihBBp2nH6,
http://www.playvid.com/watch/TxUnSmPhBbA, http://www.playvid.com/watch/MrwKfh6eJjm, http://www.playvid.com/watch/gmlyAnZpabG,
http://www.playvid.com/watch/Yxc9mPqywcA, http://www.playvid.com/watch/JU5w2E9CNur, http://www.playvid.com/watch/nGdvRYA9kNe,
http://www.playvid.com/watch/YzjOsdShCHS, http://www.playvid.com/watch/JwvbNRArNw2, http://www.playvid.com/watch/jZprukA6laM,
http://www.playvid.com/watch/9YnVDEkJivK, http://www.playvid.com/watch/qDgLNLoMNic, http://www.playvid.com/watch/KQHKHzsDZhj,
http://www.playvid.com/watch/bUe50dpZPIc, http://www.playvid.com/watch/QA9Za4ZekvE, http://www.playvid.com/watch/tCxet3OWHWe,
http://www.playvid.com/watch/irzyvwhqBkZ, http://www.playvid.com/watch/68z8QK3j9Iu, http://www.playvid.com/watch/HG8Uj8xFAaw,
http://www.playvid.com/watch/fBj00faVLLO, http://www.playvid.com/watch/NEHrJ0hJmHq, http://www.playvid.com/watch/0XPF2HinJx6,
http://www.playvid.com/watch/kvvmVeLuUMM, http://www.playvid.com/watch/uZ7hrg3UCRk, http://www.playvid.com/watch/zRr3yztKxsa,
http://www.playvid.com/watch/Z2Vzinnq2P6, http://www.playvid.com/watch/y0pErusTG9m, http://www.playvid.com/watch/weBjX26piJX,
http://www.playvid.com/watch/ATUibvt2vsU, http://www.playvid.com/watch/II20t8RBoLj, http://www.playvid.com/watch/egze0aGVjYN,
http://www.playvid.com/watch/xoqYvzgbikj, http://www.playvid.com/watch/MCmiF8cvMIo, http://www.playvid.com/watch/Bqi9OScj8Qf,
http://www.playvid.com/watch/DBpkS86VwqM, http://www.playvid.com/watch/cQcEn60sCa-, http://www.playvid.com/watch/ntZIg8JQrJc,
http://www.playvid.com/watch/pIbUw8cogAU, http://www.playvid.com/watch/QoqSHkh-oOS, http://www.playvid.com/watch/3Zh0TsYUj3e,
http://www.playvid.com/watch/sZ3i5cJa97l, http://www.playvid.com/watch/VfgooiQRCw4, http://www.playvid.com/watch/mN3Aqoqtk8b,
http://www.playvid.com/watch/J2QwDZSgY5e, http://www.playvid.com/watch/VVetE-mH8vz, http://www.playvid.com/watch/HXs5oOogCjE,
http://www.playvid.com/watch/VgttNy3WQkJ, http://www.playvid.com/watch/-IIjxaUHGfx, http://www.playvid.com/watch/5NrvUQrFwwh,
http://www.playvid.com/watch/mypjYh9W9cx, http://www.playvid.com/watch/LxElOd7Fqcs, http://www.playvid.com/watch/4-DMywNwL8s,
http://www.playvid.com/watch/Lo3F7hVe8YW, http://www.playvid.com/watch/fYhrpDxv-dV, http://www.playvid.com/watch/CrEPJp88PR2,
http://www.playvid.com/watch/VsAXW0tngvK, http://www.playvid.com/watch/3bg8DO-gySk, http://www.playvid.com/watch/6NzihpHSJKn,
http://www.playvid.com/watch/NHCQZNPwWpT, http://www.playvid.com/watch/CVaM6KV0W-z, http://www.playvid.com/watch/kya64maONy9,
http://www.playvid.com/watch/vbYwni5Gh9K, http://www.playvid.com/watch/ljeQoRaGwa8, http://www.playvid.com/watch/afgrdXvZPBx,
http://www.playvid.com/watch/VKvcqEkLd-D, http://www.playvid.com/watch/MY4OSuSsvhO, http://www.playvid.com/watch/BCR8CvJZg4I,
http://www.playvid.com/watch/A2elEWVjwFC, http://www.playvid.com/watch/8xsm-XSi9qG, http://www.playvid.com/watch/7zLwXxQzwHL,
http://www.playvid.com/watch/IRzWCU5ebsl, http://www.playvid.com/watch/MKx083mN7eJ, http://www.playvid.com/watch/SUecLaJxGyu,
http://www.playvid.com/watch/tARz7MO05UF, http://www.playvid.com/watch/elGeRm2HFrH, http://www.playvid.com/watch/rnmmpFyf7xS,
http://www.playvid.com/watch/q5B82eayJLR, http://www.playvid.com/watch/MDP94mYX045, http://www.playvid.com/watch/72rtIBAwo-S,
http://www.playvid.com/watch/JSVc59bwOGM, http://www.playvid.com/watch/4kCZyOllgxa, http://www.playvid.com/watch/i7GxeDrNFeg,
http://www.playvid.com/watch/K74BpAnyUFi, http://www.playvid.com/watch/p9YdZvsO4oZ, http://www.playvid.com/watch/UJbhgDYYpBI,
http://www.playvid.com/watch/Aq4vuqAaizV, http://www.playvid.com/watch/O3JBH9vVbUj, http://www.playvid.com/watch/qwNLDY9O-wt,
http://www.playvid.com/watch/iP7FA82jf7O, http://www.playvid.com/watch/MGQGJwHGLHk, http://www.playvid.com/watch/Px68ZOoeiyv,
http://www.playvid.com/watch/gJkRhHg0HhN, http://www.playvid.com/watch/enxYw8J0eVB, http://www.playvid.com/watch/VHw5buJPNg0,
http://www.playvid.com/watch/MN2YOGFnDCo, http://www.playvid.com/watch/v8efE986-vP, http://www.playvid.com/watch/NSU9-FOISMD,
http://www.playvid.com/watch/XQ6TrfLEnXz, http://www.playvid.com/watch/Hyuz3GO4d2I, http://www.playvid.com/watch/N5SwWxvo5ZC,
http://www.playvid.com/watch/A47R-IIWjj7, http://www.playvid.com/watch/64JGstGq6Gc, http://www.playvid.com/watch/bBhk0Yg2wsD,
http://www.playvid.com/watch/jCH3E3lwhHM, http://www.playvid.com/watch/Tqs3ZVLIpou, http://www.playvid.com/watch/MkcpxOJWwka,
http://www.playvid.com/watch/K5wieBuQw-k, http://www.playvid.com/watch/cq2If0I9suL, http://www.playvid.com/watch/LwTVm3FOEZ8,
http://www.playvid.com/watch/l95ji2oDdLn, http://www.playvid.com/watch/mTZXZYIOWUt, http://www.playvid.com/watch/yOLpXNrJ80p,
http://www.playvid.com/watch/M0PIRTwaRhu, http://www.playvid.com/watch/Rm5Eky3rLDe, http://www.playvid.com/watch/dU0ww38wsdK,
http://www.playvid.com/watch/6j9MCWB3iBo, http://www.playvid.com/watch/kM0f2NQ5XNR, http://www.playvid.com/watch/ICmEDcjB92f,
http://www.playvid.com/watch/oSc5YQXcRcA, http://www.playvid.com/watch/OGHy4EozPQr, http://www.playvid.com/watch/Oa-S9hktXUD,
http://www.playvid.com/watch/6IgT3xrqeuX, http://www.playvid.com/watch/Q9WXpwyQ0Mk, http://www.playvid.com/watch/Eyahz8jI8YY,
http://www.playvid.com/watch/iS5MPanrk4M, http://www.playvid.com/watch/MkVdUzbBlx2, http://www.playvid.com/watch/8HRgR8b-iYZ,
http://www.playvid.com/watch/eljxjL5P9rF, http://www.playvid.com/watch/pP835sJHCja, http://www.playvid.com/watch/JTYIACwkr0f,
http://www.playvid.com/watch/VIchOJ8g7vD, http://www.playvid.com/watch/zvOo2xRBe7k, http://www.playvid.com/watch/lW0pqU0Ozoq,
http://www.playvid.com/watch/IiUOwuiTcP9, http://www.playvid.com/watch/uCMSxrOTtqJ, http://www.playvid.com/watch/yPJPGRPMokQ,
http://www.playvid.com/watch/pvxWYnbvDwx, http://www.playvid.com/watch/PUZRmKLN2Ht, http://www.playvid.com/watch/RlQ09rOeQU2,
http://www.playvid.com/watch/sz-85x7nyQ2, http://www.playvid.com/watch/TAytiUmm7VQ, http://www.playvid.com/watch/W47bwVn-s6A,
http://www.playvid.com/watch/NgPW6Nm75Xp, http://www.playvid.com/watch/cohwvMvjuQp, http://www.playvid.com/watch/xazYdwViNfl,
http://www.playvid.com/watch/V4CjOPWrQQf, http://www.playvid.com/watch/6nd73XbLV4T, http://www.playvid.com/watch/560L6Qq-Dbw,
http://www.playvid.com/watch/Mj6qtrTlfjK, http://www.playvid.com/watch/kDEzt0INb2l, http://www.playvid.com/watch/FLAbutmQ0wN,
http://www.playvid.com/watch/kT6nS4jHqGP, http://www.playvid.com/watch/Y4yKuizLQnC, http://www.playvid.com/watch/9YrxzCymlyy,
http://www.playvid.com/watch/Gz8q0HwNm3U, http://www.playvid.com/watch/stRNGh7-lJN, http://www.playvid.com/watch/ipbz79bH8da,
http://www.playvid.com/watch/JAE2jc5nVfY, http://www.playvid.com/watch/ggMhaotuExh, http://www.playvid.com/watch/kLTHrznPo0s,
http://www.playvid.com/watch/XCZBWqU5Gg-, http://www.playvid.com/watch/4a9wkEZqcO9, http://www.playvid.com/watch/WMVJHszHTLB,
http://www.playvid.com/watch/2NPtiOpuKVR, http://www.playvid.com/watch/bnc8IiBcqRF, http://www.playvid.com/watch/pAclYxVI2zQ,
http://www.playvid.com/watch/ofSAhNM9Pgy, http://www.playvid.com/watch/px4zAnCtW09, http://www.playvid.com/watch/OAPpAtmsK4Y,
http://www.playvid.com/watch/XOGHWb0lqqm, http://www.playvid.com/watch/HixPRcjcTwU, http://www.playvid.com/watch/jQb0Euz6rIt,
http://www.playvid.com/watch/w9JJ2pcKMyl, http://www.playvid.com/watch/zn3cyrNLYxl, http://www.playvid.com/watch/oQkxuoiDQyq,
http://www.playvid.com/watch/wh5riSFYnc6, http://www.playvid.com/watch/sBWWU4f0srA, http://www.playvid.com/watch/fby7OXqfenw,
http://www.playvid.com/watch/0PXQHTNVmxZ, http://www.playvid.com/watch/XroLR-ETfow, http://www.playvid.com/watch/wfdalc-vo04,

http://www.playvid.com/watch/Y9YRSfw2AcP, http://www.playvid.com/watch/Ka4KhQ4YyvC, http://www.playvid.com/watch/nqux0Qc8LL5,
http://www.playvid.com/watch/xcM0KbvFrRr, http://www.playvid.com/watch/uRarZpAvMuf, http://www.playvid.com/watch/LF2GZJ7KwNv,
http://www.playvid.com/watch/8VVKtpOpQ0C, http://www.playvid.com/watch/HwqdbYWST5P, http://www.playvid.com/watch/soUfWO07qEj,
http://www.playvid.com/watch/SJb9jV9mNjG, http://www.playvid.com/watch/sm957oy5hm3, http://www.playvid.com/watch/HPw2xnWXXyw,
http://www.playvid.com/watch/eTko70hWhQu, http://www.playvid.com/watch/mkj95RYPhjE, http://www.playvid.com/watch/DBsumiBBMn-,
http://www.playvid.com/watch/KFnk2RNAJgX, http://www.playvid.com/watch/MLD99yBLChm, http://www.playvid.com/watch/NfQmu9p7ohr,
http://www.playvid.com/watch/sSuIEoAYfQF, http://www.playvid.com/watch/i6icUM9I06r, http://www.playvid.com/watch/lYR3kez5hL5,
http://www.playvid.com/watch/IQZimfOYBEl, http://www.playvid.com/watch/RWJOdGf5Ptk, http://www.playvid.com/watch/KATLhmqTBex,
http://www.playvid.com/watch/IlCdWipC3Hz, http://www.playvid.com/watch/P2t98JLo0mI, http://www.playvid.com/watch/7urpdDQ8usw,
http://www.playvid.com/watch/6VnHUp0IleT, http://www.playvid.com/watch/cK84YIxaVF4, http://www.playvid.com/watch/Lj4l9a9tvs3,
http://www.playvid.com/watch/4wona6Ixc7m, http://www.playvid.com/watch/mptFAewrdAf, http://www.playvid.com/watch/GrBnFYPbLX9,
http://www.playvid.com/watch/6ElhG0mzc7w, http://www.playvid.com/watch/EKv3lA4f2qH, http://www.playvid.com/watch/GTnM88ZHQ9M,
http://www.playvid.com/watch/d7gLzpQJsq5, http://www.playvid.com/watch/iOoESpS9aeb, http://www.playvid.com/watch/L6TAS9ZrOZg,
http://www.playvid.com/watch/WKsS4Yz6TvK, http://www.playvid.com/watch/KNa8SoVtn4F, http://www.playvid.com/watch/-6mgLMaqsef,
http://www.playvid.com/watch/JWgqFFW4div, http://www.playvid.com/watch/tzs4yabODr6, http://www.playvid.com/watch/JYBm77Nf8DY,
http://www.playvid.com/watch/ztVF9eUBxdP, http://www.playvid.com/watch/vhpHE4rr3Yd, http://www.playvid.com/watch/dFNk8x7h2Tq,
http://www.playvid.com/watch/yJxUlHrfvpG, http://www.playvid.com/watch/EcgQp0R-aQs, http://www.playvid.com/watch/W8cNSKzkpu-,
http://www.playvid.com/watch/6tgLzoV2sxp, http://www.playvid.com/watch/tX3z6exVmO0, http://www.playvid.com/watch/9yLRWdkyeZX,
http://www.playvid.com/watch/toJWeeIF9JP, http://www.playvid.com/watch/Cm7RZ7IdG2U, http://www.playvid.com/watch/Ya5OzzZMz9I,
http://www.playvid.com/watch/dIbsF8Q9KUT, http://www.playvid.com/watch/MYnhtTFhQQS, http://www.playvid.com/watch/RcF4l0leqkj,
http://www.playvid.com/watch/5NNfIrMu4rg, http://www.playvid.com/watch/hQYQMEd36XW, http://www.playvid.com/watch/7PKDUBhMFXJ,
http://www.playvid.com/watch/omIwLoHjr-3, http://www.playvid.com/watch/wO-JRsm00NP, http://www.playvid.com/watch/NPl-1GYVSlA,
http://www.playvid.com/watch/Fqvs8yZ3Axc, http://www.playvid.com/watch/UdFCJkKBkCy, http://www.playvid.com/watch/6zOW8SgO8yR,
http://www.playvid.com/watch/aqbvHhOs4BC, http://www.playvid.com/watch/Z8OxZejr3q6, http://www.playvid.com/watch/6Q6QnBJWUp1,
http://www.playvid.com/watch/FMkm3mZqTRq, http://www.playvid.com/watch/BImPGxqqikC, http://www.playvid.com/watch/ODpfqlR9EkW,
http://www.playvid.com/watch/qZ671b40Txr, http://www.playvid.com/watch/sEgh8BKS-zP, http://www.playvid.com/watch/vEC-fTG716u,
http://www.playvid.com/watch/4Iq6bnu4D57, http://www.playvid.com/watch/yHS7qA6Bq7O, http://www.playvid.com/watch/xnDLy6GBGZH,
http://www.playvid.com/watch/i3kst7xqPXD, http://www.playvid.com/watch/ikIxHFC4oKt, http://www.playvid.com/watch/WgHraJtIGKc,
http://www.playvid.com/watch/EgZ6lYVpqzJ, http://www.playvid.com/watch/VarYLFr0gU8, http://www.playvid.com/watch/664bdOqhkFe,
http://www.playvid.com/watch/lRU9ZQ-G5-d, http://www.playvid.com/watch/bT8W1WtHRal, http://www.playvid.com/watch/ZTbU9bgN8MI,
http://www.playvid.com/watch/GiYSshv92Mm, http://www.playvid.com/watch/dQCZI9iGX5d, http://www.playvid.com/watch/n7NMKMwpALQ,
http://www.playvid.com/watch/aqis1AfZ9MP, http://www.playvid.com/watch/Lr1WGdZN4PH, http://www.playvid.com/watch/Mh39CEvR5ao,
http://www.playvid.com/watch/nbioNYzU7QV, http://www.playvid.com/watch/CaLPfsVjWnl, http://www.playvid.com/watch/EC2pbsRl5dm,
http://www.playvid.com/watch/SjQZ-eBtNNH, http://www.playvid.com/watch/ELp18JqP0En, http://www.playvid.com/watch/D99YCm8PGlA,
http://www.playvid.com/watch/ErMs1CFTKDp, http://www.playvid.com/watch/J3l1qzqM47V, http://www.playvid.com/watch/EkbGJrISSs7,
http://www.playvid.com/watch/H9IClVI6M52, http://www.playvid.com/watch/iTLqpFQwtUi, http://www.playvid.com/watch/M88TIdjMjUq,
http://www.playvid.com/watch/pRrArdTMlv2, http://www.playvid.com/watch/WsEaIzioaWG, http://www.playvid.com/watch/DbfMvvH8xGp,
http://www.playvid.com/watch/w4RxYDaa7Ml, http://www.playvid.com/watch/RPO0sF7-2yB, http://www.playvid.com/watch/IxEV6-Ndelh,
http://www.playvid.com/watch/Yf7w6baYVrr, http://www.playvid.com/watch/RjrAZz2yCV2, http://www.playvid.com/watch/wg18eBroC4X,
http://www.playvid.com/watch/D4Pv7EeUcga, http://www.playvid.com/watch/KapqGm71q6I, http://www.playvid.com/watch/JZ2yVM-lABI,
http://www.playvid.com/watch/w6GgBM0Tdzs, http://www.playvid.com/watch/s-XN14eODMN, http://www.playvid.com/watch/fOdQztaoMGo,
http://www.playvid.com/watch/EykNQzSJxNx, http://www.playvid.com/watch/56E7oux3jOA, http://www.playvid.com/watch/wbA1yP1MjTO,
http://www.playvid.com/watch/GBmatQM9so5, http://www.playvid.com/watch/FyfSFXDdzJm, http://www.playvid.com/watch/mhn4OZTNU4X,
http://www.playvid.com/watch/qknNm5vL63q, http://www.playvid.com/watch/Uvi8P4dQsu5, http://www.playvid.com/watch/0Y5zucFVrYV,
http://www.playvid.com/watch/6G5F5zlYOrL, http://www.playvid.com/watch/ooA84CR4mUT, http://www.playvid.com/watch/-mj87fiqy2-,
http://www.playvid.com/watch/lO80vK5mx1y, http://www.playvid.com/watch/fe63eIj5kId, http://www.playvid.com/watch/-OAtf0yCZGU,
http://www.playvid.com/watch/ojixzjWkvc3, http://www.playvid.com/watch/33wbvx8Unq1, http://www.playvid.com/watch/ABk9jJ0F-Jw,
http://www.playvid.com/watch/VrbarWQUthF, http://www.playvid.com/watch/LJ8mAF4MgoL, http://www.playvid.com/watch/pdJyjRAyeD0,
http://www.playvid.com/watch/FLAYufzxdL7, http://www.playvid.com/watch/PIP1G6jX9TM, http://www.playvid.com/watch/Z9eHBBDZYMe,
http://www.playvid.com/watch/thBP0Q-iFwj, http://www.playvid.com/watch/AMh63lfZ1xp, http://www.playvid.com/watch/b5HUgre-pUe,
http://www.playvid.com/watch/Y78u16WPJuv, http://www.playvid.com/watch/fjc5caiVfUm, http://www.playvid.com/watch/xPLj7-NC4LI,
http://www.playvid.com/watch/kFJ1GKrhsrX, http://www.playvid.com/watch/qFCPG08oXhP, http://www.playvid.com/watch/jMqTRr58N69,
http://www.playvid.com/watch/yZn1-pnd6I2, http://www.playvid.com/watch/X8jppa1rWww, http://www.playvid.com/watch/a6qYGc1hcPh,
http://www.playvid.com/watch/0KoIhNinjuh, http://www.playvid.com/watch/Cs5uWNftI1h, http://www.playvid.com/watch/mhhNA07CQCs,
http://www.playvid.com/watch/GQih39c7ZQV, http://www.playvid.com/watch/94DV4J_tTRb, http://www.playvid.com/watch/DHDyEEZMSU8,
http://www.playvid.com/watch/bo-iDu__X4Q, http://www.playvid.com/watch/8S_kjWSPlHm, http://www.playvid.com/watch/LfLXs9Njtha,
http://www.playvid.com/watch/b-8uuyjXrsW, http://www.playvid.com/watch/fckM8x_l0Mc, http://www.playvid.com/watch/xcCKnhAL-C0,
http://www.playvid.com/watch/U1ulbckovGV, http://www.playvid.com/watch/Yir2vuunPe3, http://www.playvid.com/watch/amOHdOo2y1b,
http://www.playvid.com/watch/7Juy4xEg49h, http://www.playvid.com/watch/40TCPtoi_8c, http://www.playvid.com/watch/dGIsrX6AY4P,
http://www.playvid.com/watch/IRXUmnrzx6K, http://www.playvid.com/watch/xhQSi-s6-ho, http://www.playvid.com/watch/oILNqE8ci5Z,
http://www.playvid.com/watch/50anp_vLmU8, http://www.playvid.com/watch/eqqo2Tx0r2V, http://www.playvid.com/watch/zUFswL-SZqu,
http://www.playvid.com/watch/rQNclxMT6-q, http://www.playvid.com/watch/9ZU-otIshfX, http://www.playvid.com/watch/jVBwWa-LCZ3,
http://www.playvid.com/watch/m0rzW5rCP1Y, http://www.playvid.com/watch/h_KCZqrVo-3, http://www.playvid.com/watch/AqerZRhiULU,
http://www.playvid.com/watch/WZi3LOYZEdD, http://www.playvid.com/watch/dgnnGz8g18i, http://www.playvid.com/watch/2pL9bN8mlCm,
http://www.playvid.com/watch/rizo7qstGfL, http://www.playvid.com/watch/Qj_n1se9voM, http://www.playvid.com/watch/HbwfSERo7Nl,
http://www.playvid.com/watch/ZSPVjY4D9tC, http://www.playvid.com/watch/psWfr8nUjYK, http://www.playvid.com/watch/p6tcSsdBj-i,
http://www.playvid.com/watch/OHmwkJhnxBg, http://www.playvid.com/watch/0XBaEhRagGF, http://www.playvid.com/watch/qfXLW8ZRwau,
http://www.playvid.com/watch/tudtwHhqN1V, http://www.playvid.com/watch/5OvesU3DrA5, http://www.playvid.com/watch/SlPAVGPB5pO,
http://www.playvid.com/watch/HNM8RbsLIIo, http://www.playvid.com/watch/zZkYba3qJle, http://www.playvid.com/watch/o6AcjKa0uxb,
http://www.playvid.com/watch/2zElwmKX6R3, http://www.playvid.com/watch/iAgyBrUZ9vy, http://www.playvid.com/watch/Q_F1IQvYPcD,
http://www.playvid.com/watch/PgSEUuDBahd, http://www.playvid.com/watch/ZxdCZ7lMdNz, http://www.playvid.com/watch/r2Fuo9Zg-mg,
http://www.playvid.com/watch/YRftp2KYlTi, http://www.playvid.com/watch/E7A9mK-xPS0, http://www.playvid.com/watch/leY-FK_g7lo,
http://www.playvid.com/watch/LcaqBhXNrPT, http://www.playvid.com/watch/GGJesDdrg3r, http://www.playvid.com/watch/j6XLp25vic2,
http://www.playvid.com/watch/MIE-ndQVQ9p, http://www.playvid.com/watch/AG659befZwu, http://www.playvid.com/watch/o5R_1ak7pWJ,
http://www.playvid.com/watch/wEZpqudWi53, http://www.playvid.com/watch/QSYw0aUD2pO, http://www.playvid.com/watch/vIKnlAeC26G,
http://www.playvid.com/watch/g0qiAJhQDiP, http://www.playvid.com/watch/hhXXyhMP4rd, http://www.playvid.com/watch/kYUj4NKqRlr,
http://www.playvid.com/watch/PM7nwKXxqwJ, http://www.playvid.com/watch/nYPi_uFskZD, http://www.playvid.com/watch/87Jw7uiGf10,
http://www.playvid.com/watch/TfMqHeiyHsY, http://www.playvid.com/watch/PbaG8nVl37N, http://www.playvid.com/watch/glyImV4mPsU,
http://www.playvid.com/watch/ru0XU0RdvCR, http://www.playvid.com/watch/PpTMq9mZ-A2, http://www.playvid.com/watch/Xj25MLVqvpU,
http://www.playvid.com/watch/y8GDtuJ5g5X, http://www.playvid.com/watch/angxBu8NnHc, http://www.playvid.com/watch/DYjcRuPQAUc,
http://www.playvid.com/watch/SpGvS7sWHyI, http://www.playvid.com/watch/AyKtCQbGzQO, http://www.playvid.com/watch/Jf1uBJ3ScMJ,
http://www.playvid.com/watch/KaA15XI5Xw9, http://www.playvid.com/watch/8tvxWjDG5rN, http://www.playvid.com/watch/b_G3sE5fKpi,
http://www.playvid.com/watch/IQQejTmt02a, http://www.playvid.com/watch/nKRGJ0RLTAF, http://www.playvid.com/watch/hpeznR3M_AA,
http://www.playvid.com/watch/qZc6Sy_d8Gl, http://www.playvid.com/watch/Djtd-Ouna9x, http://www.playvid.com/watch/64HoQxn8zCV,
http://www.playvid.com/watch/VTYOXpv80_H, http://www.playvid.com/watch/a71Nr3-QbwP, http://www.playvid.com/watch/iqYQzlISQoP,
http://www.playvid.com/watch/WwpYOh-1QCH, http://www.playvid.com/watch/P8TGqi8brXp, http://www.playvid.com/watch/SrVK7MesygA,
http://www.playvid.com/watch/fFzNefeF68j, http://www.playvid.com/watch/JpoxNr9CZpJ, http://www.playvid.com/watch/SESflqhTSrk,
http://www.playvid.com/watch/SS0KI0eE2jE, http://www.playvid.com/watch/aLSYgWc4swM, http://www.playvid.com/watch/V7J0P57QWq5,
http://www.playvid.com/watch/UkB_ekHMzHM, http://www.playvid.com/watch/g1wWSTXYPWM, http://www.playvid.com/watch/DRT0KFhN07W,
http://www.playvid.com/watch/iuOYOV_K9rW, http://www.playvid.com/watch/5Cr5MeSGU7k, http://www.playvid.com/watch/BJWZwbiNqT9,
http://www.playvid.com/watch/iyBUsjDn2gK, http://www.playvid.com/watch/O8bLN1FHnS4, http://www.playvid.com/watch/cGhm6jwkMcv,
http://www.playvid.com/watch/VAH3C3jMNIH, http://www.playvid.com/watch/bE2AcHAq2Tc, http://www.playvid.com/watch/21wCJ9WAFaN,
http://www.playvid.com/watch/cj21D-nyPmN, http://www.playvid.com/watch/q0S9GkTfnQq, http://www.playvid.com/watch/7p0dLUXpKdV,
http://www.playvid.com/watch/GYfdeD_ufWv, http://www.playvid.com/watch/aZKiSftBJiX, http://www.playvid.com/watch/KIEVt3_Hpcz,
http://www.playvid.com/watch/Q60i9QbLU08, http://www.playvid.com/watch/LDUIDpyiMn2, http://www.playvid.com/watch/K75pv14Qk1v,
http://www.playvid.com/watch/BEanA3LqGyL, http://www.playvid.com/watch/zEBkKU6dNSS, http://www.playvid.com/watch/7oha7BceccF,

http://www.playvid.com/watch/hrPa1CXYBLW, http://www.playvid.com/watch/i8VWG7Po-IK, http://www.playvid.com/watch/PniAQ-HuOLz,
http://www.playvid.com/watch/tf06H7Bw2Id, http://www.playvid.com/watch/INruV5MyDu3, http://www.playvid.com/watch/AyXrLD8Xur5,
http://www.playvid.com/watch/bLictPGnId0, http://www.playvid.com/watch/ksdcbXtH9_C, http://www.playvid.com/watch/ItZNc4MBPvj,
http://www.playvid.com/watch/bXaUtibPoSW, http://www.playvid.com/watch/7YaeiBVF6dM, http://www.playvid.com/watch/2eVab4VLlny,
http://www.playvid.com/watch/GxCfwM53QDV, http://www.playvid.com/watch/aWkRJj_K9kU, http://www.playvid.com/watch/22JUdoWBZbT,
http://www.playvid.com/watch/0GURorHxhCY, http://www.playvid.com/watch/WVhjEPe0vLR, http://www.playvid.com/watch/ZGXZH2kQh4M,
http://www.playvid.com/watch/YcTbkxhX4yr, http://www.playvid.com/watch/dbk5BO7ANEE, http://www.playvid.com/watch/E3F8OP1joWG,
http://www.playvid.com/watch/k4YKLJDbfrD, http://www.playvid.com/watch/6udbQ9QHyXv, http://www.playvid.com/watch/ELllOVAUqOt,
http://www.playvid.com/watch/f17mOihMTAN, http://www.playvid.com/watch/BQ-Gh2r5sb3, http://www.playvid.com/watch/K0SMBMDMRHL,
http://www.playvid.com/watch/CJzpuIQooSe, http://www.playvid.com/watch/L48_-WslA4g, http://www.playvid.com/watch/MpbLxukvsBj,
http://www.playvid.com/watch/6UrtS0DC3RG, http://www.playvid.com/watch/Kq0cbXKrThb, http://www.playvid.com/watch/6vSWvNdOynF,
http://www.playvid.com/watch/iCnfQJAyx1Z, http://www.playvid.com/watch/8vWTPWpmeJ4, http://www.playvid.com/watch/Hfc9JRodZiS,
http://www.playvid.com/watch/Q65L5ge_IhT, http://www.playvid.com/watch/R3JsiD84qyP, http://www.playvid.com/watch/HDw2nD9TyST,
http://www.playvid.com/watch/F6UKdCn-c02, http://www.playvid.com/watch/BODUGAEdhDE, http://www.playvid.com/watch/CKr3spthrpL,
http://www.playvid.com/watch/b8vxuBadei2, http://www.playvid.com/watch/4eEgkx-cojL, http://www.playvid.com/watch/JV5zGjLtOWz,
http://www.playvid.com/watch/qFjIkowh8sl, http://www.playvid.com/watch/IS0ngMomXhW, http://www.playvid.com/watch/PybuNODbvFw,
http://www.playvid.com/watch/m6BDqbwh9lF, http://www.playvid.com/watch/jWWoPPqowQp, http://www.playvid.com/watch/lassxRWfvSv,
http://www.playvid.com/watch/MP9sNnM2Nqk, http://www.playvid.com/watch/smfI-0RxLF0, http://www.playvid.com/watch/G5suZ60LeW2,
http://www.playvid.com/watch/9nBB7U4-hKY, http://www.playvid.com/watch/uV8mqrP_i2K, http://www.playvid.com/watch/BEJojAnYaI7,
http://www.playvid.com/watch/XrZJHVZ9RLn, http://www.playvid.com/watch/d_D4IyMBvgA, http://www.playvid.com/watch/vTj57OkFSwX,
http://www.playvid.com/watch/AHOxgMdavNE, http://www.playvid.com/watch/lLSo90IH_5p, http://www.playvid.com/watch/pdxRYzTcwqu,
http://www.playvid.com/watch/ySXWwlDYi7S, http://www.playvid.com/watch/oKWE-Csg-79, http://www.playvid.com/watch/kX0uRm6XCvG,
http://www.playvid.com/watch/cXtEKsEGIob, http://www.playvid.com/watch/WMlZkdjYfdd, http://www.playvid.com/watch/ah30zLpUdyO,
http://www.playvid.com/watch/G5gJ1sYQLNj, http://www.playvid.com/watch/W3NuZaaOHLw, http://www.playvid.com/watch/3Rr6WJ_orK2,
http://www.playvid.com/watch/OWizVBm4PiA, http://www.playvid.com/watch/wxCdLO7UvnW, http://www.playvid.com/watch/VXmMgizqL0m,
http://www.playvid.com/watch/l9dLPMxi-3o, http://www.playvid.com/watch/iskU_M-owPq, http://www.playvid.com/watch/ykF8wD5lG0Z,
http://www.playvid.com/watch/XhwpgleFelu, http://www.playvid.com/watch/RqHQnK409w8, http://www.playvid.com/watch/Xc1nxrw99uB,
http://www.playvid.com/watch/TuCIwg6hsYT, http://www.playvid.com/watch/O0M2pxIbcAo, http://www.playvid.com/watch/gWOdvMT36EP,
http://www.playvid.com/watch/UxJl6YE4XRP, http://www.playvid.com/watch/FzrcAEFK_q0, http://www.playvid.com/watch/y9XW7SeJPLX,
http://www.playvid.com/watch/etzXQF4rlKs, http://www.playvid.com/watch/e5vAjXI8PhY, http://www.playvid.com/watch/aaDxnpjwta3,
http://www.playvid.com/watch/edzrTf5rsVN, http://www.playvid.com/watch/LV1tCvd6RiH, http://www.playvid.com/watch/v68B38-b3Wt,
http://www.playvid.com/watch/Gm1Qk3u_PVf, http://www.playvid.com/watch/tkax_BJh1wA, http://www.playvid.com/watch/t6ipg56f8Mh,
http://www.playvid.com/watch/rrIRcVwUgWn, http://www.playvid.com/watch/Cq83k3nN4hB, http://www.playvid.com/watch/Hv5bpJvYkSD,
http://www.playvid.com/watch/VCqn9jeuT7R, http://www.playvid.com/watch/E81GUNqc2IW, http://www.playvid.com/watch/CjcreFhHDm7,
http://www.playvid.com/watch/vDZUjM1fsVn, http://www.playvid.com/watch/bayi-eZ99R5, http://www.playvid.com/watch/bMVGnlbGvJ5,
http://www.playvid.com/watch/CckzzLGszwu, http://www.playvid.com/watch/DtcHtXqmhO9, http://www.playvid.com/watch/RcP-IhgDQcB,
http://www.playvid.com/watch/BEnFvT0mXT7, http://www.playvid.com/watch/yyBzB87Af-b, http://www.playvid.com/watch/m6JVx4m7nKG,
http://www.playvid.com/watch/9tq6WLi7dCK, http://www.playvid.com/watch/8mR-JyVebtk, http://www.playvid.com/watch/BAdmZhL-dYG,
http://www.playvid.com/watch/OIvkdbNB6pP, http://www.playvid.com/watch/iK57G7eQl5b, http://www.playvid.com/watch/PDHewnQLeAl,
http://www.playvid.com/watch/bTjxg1ujBEb, http://www.playvid.com/watch/MfbaXU5Qvgu, http://www.playvid.com/watch/YG05zbTW3qg,
http://www.playvid.com/watch/hBj6zev5CYC, http://www.playvid.com/watch/BGuLZqq-amh, http://www.playvid.com/watch/JF6dG7t9Bv6,
http://www.playvid.com/watch/Rtpfg4WPYfv, http://www.playvid.com/watch/0iZh2062AV3, http://www.playvid.com/watch/F0WdOni4Ked,
http://www.playvid.com/watch/sTnr8YLWZJr, http://www.playvid.com/watch/L_CoesxBO0g, http://www.playvid.com/watch/g-T58DJC8Xo,
http://www.playvid.com/watch/GN0z-10iL7i, http://www.playvid.com/watch/m4QiJx_aEra, http://www.playvid.com/watch/rtmhZTUQdHr,
http://www.playvid.com/watch/X5MZpRiWrDp, http://www.playvid.com/watch/DAVZrx79Hkn, http://www.playvid.com/watch/24cJqfqiNz4,
http://www.playvid.com/watch/5vY8TfmvNsV, http://www.playvid.com/watch/cyrTea6fndF, http://www.playvid.com/watch/WoAOtZJIlsN,
http://www.playvid.com/watch/T9qfCBKbdmO, http://www.playvid.com/watch/tcfsV3Wc-Hl, http://www.playvid.com/watch/jLItGwDTVT2,
http://www.playvid.com/watch/79s3Pbc2FWj, http://www.playvid.com/watch/BYfQap8pRux, http://www.playvid.com/watch/zuZ6UX2jo68,
http://www.playvid.com/watch/O58Z_nhlxfl, http://www.playvid.com/watch/lDs2BhURLQr, http://www.playvid.com/watch/XQkOXgvqSAp,
http://www.playvid.com/watch/cp3dukNVrk9, http://www.playvid.com/watch/7X8Hn1q8zOk, http://www.playvid.com/watch/Fgi9JeZ9wp8,
http://www.playvid.com/watch/t7kPQEnxbli, http://www.playvid.com/watch/PZYmBa0GXIR, http://www.playvid.com/watch/mJLGE6P0Au9,
http://www.playvid.com/watch/JA_wCjDTaxT, http://www.playvid.com/watch/88OTO8vxUde, http://www.playvid.com/watch/OKRrAzoLu5v,
http://www.playvid.com/watch/lOqMQDE7OaN, http://www.playvid.com/watch/fjJvgdV2pY2, http://www.playvid.com/watch/9iu-Q6NzolO,
http://www.playvid.com/watch/8KOn0_Yu-MM, http://www.playvid.com/watch/8pMdo1MmwnE, http://www.playvid.com/watch/ZQf433gBi5g,
http://www.playvid.com/watch/6iRms_NrWxB, http://www.playvid.com/watch/a49SM9bscts, http://www.playvid.com/watch/6WeW-vMqMQ4,
http://www.playvid.com/watch/VpB174OAq94, http://www.playvid.com/watch/S16gb1-cbOE, http://www.playvid.com/watch/kO8G6vH7hRD,
http://www.playvid.com/watch/scoEAen9omr, http://www.playvid.com/watch/LQvYZ1wQCAH, http://www.playvid.com/watch/TTTFM8yonXY,
http://www.playvid.com/watch/wcaV18AAsLP, http://www.playvid.com/watch/C7GijRCxvc9, http://www.playvid.com/watch/Ghps1PtBHJs,
http://www.playvid.com/watch/LWdEmd3ipSI, http://www.playvid.com/watch/HunHgUMcC8V, http://www.playvid.com/watch/7U4pk6Qf29K,
http://www.playvid.com/watch/BDvWg18BJXu, http://www.playvid.com/watch/v6H0s1kXI-t, http://www.playvid.com/watch/KGCR5oJqVxK,
http://www.playvid.com/watch/w_SJBQ1r2U3, http://www.playvid.com/watch/9iQc8RGTy9e, http://www.playvid.com/watch/Zel0fnKUodO,
http://www.playvid.com/watch/L2BKwtjjuqn, http://www.playvid.com/watch/F-vCva56fS9, http://www.playvid.com/watch/T0mOvZkEa_8,
http://www.playvid.com/watch/4Omf0L6w9co, http://www.playvid.com/watch/Ne1dXWMCmNo, http://www.playvid.com/watch/HXrlYfYxIa2,
http://www.playvid.com/watch/S9U4HfGrsz0, http://www.playvid.com/watch/FD3iN_qQlI6, http://www.playvid.com/watch/D-1GQvvBmjT,
http://www.playvid.com/watch/ZFo0Ax2HA7G, http://www.playvid.com/watch/2SbaQ_d3a-0, http://www.playvid.com/watch/y7n7Y-ag3ko,
http://www.playvid.com/watch/xpqsSbc6thy, http://www.playvid.com/watch/CeeGGXZRIPW, http://www.playvid.com/watch/iRge6dj1s13,
http://www.playvid.com/watch/Xw24VhGeMIw, http://www.playvid.com/watch/MPeaz7DJMuL, http://www.playvid.com/watch/jBDsH5FeFtY,
http://www.playvid.com/watch/YQzUfic1SLr, http://www.playvid.com/watch/drHcfV7DQuZ, http://www.playvid.com/watch/kvICwUqeCAX,
http://www.playvid.com/watch/lCa3QZ_j4SQ, http://www.playvid.com/watch/0q99U447xwp, http://www.playvid.com/watch/OOITEi9OC4h,
http://www.playvid.com/watch/deCkVE5_VON, http://www.playvid.com/watch/rMH-5GgjJ0q, http://www.playvid.com/watch/u9Tiwwkh0jx,
http://www.playvid.com/watch/vfNPSFJrfGi, http://www.playvid.com/watch/IP6-uPbn_aX, http://www.playvid.com/watch/dK3htQpifRi,
http://www.playvid.com/watch/Xpj5Nsb57D2, http://www.playvid.com/watch/mZ0EZx6Qv0l, http://www.playvid.com/watch/Jh53JejHnpy,
http://www.playvid.com/watch/DxPzEeBINnZ, http://www.playvid.com/watch/Jb1SeP_9LA0, http://www.playvid.com/watch/TBKhholdkyY,
http://www.playvid.com/watch/iOSYcW2OhGK, http://www.playvid.com/watch/9pwm4H5JJXs, http://www.playvid.com/watch/qsCKszJT0rn,
http://www.playvid.com/watch/zTajI5SxWb6
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rojo180
5.b. Uploader's email address: spartakuz180@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rojo180
5.e. List of videos posted by uploader: http://www.playvid.com/watch/i02967DVSgX, http://www.playvid.com/watch/3BbwoTciMMk,
http://www.playvid.com/watch/V4ynox7NeBB, http://www.playvid.com/watch/Ak9SWR3by-c, http://www.playvid.com/watch/RFZ-kdwAvm8,
http://www.playvid.com/watch/bdecREoeaB8, http://www.playvid.com/watch/PxSd-35Sd8u, http://www.playvid.com/watch/DL5ikLRf3pD,
http://www.playvid.com/watch/Jch02mHcsIo, http://www.playvid.com/watch/TG2LOxSQozE, http://www.playvid.com/watch/tilRLjdUlLZ,
http://www.playvid.com/watch/CNYDwDVMi9E, http://www.playvid.com/watch/aiPo5IdHBOr, http://www.playvid.com/watch/YvDehKMOxgo,
http://www.playvid.com/watch/WTKRaVb87Mu, http://www.playvid.com/watch/-A0zWHJ009U, http://www.playvid.com/watch/8qbYlOwVUs3,
http://www.playvid.com/watch/I3a0yqWo8fE, http://www.playvid.com/watch/7kOB3Nog9jK, http://www.playvid.com/watch/APsRTPyPLiJ,
http://www.playvid.com/watch/zHQKq2QMWeT, http://www.playvid.com/watch/2WUA-uiRSeN, http://www.playvid.com/watch/JDGVxO723vi,
http://www.playvid.com/watch/lYfdWJbYril, http://www.playvid.com/watch/-qfv7M-QLoc, http://www.playvid.com/watch/-cKrnYvSe4X,
http://www.playvid.com/watch/iGpaauD3iEO, http://www.playvid.com/watch/ODStlyuqurF, http://www.playvid.com/watch/AsOkqrWnK8r,
http://www.playvid.com/watch/fXMvVpr6tEh, http://www.playvid.com/watch/ObM85cxcaHQ, http://www.playvid.com/watch/cXNIzr4kHw0,
http://www.playvid.com/watch/CxBjexatT89, http://www.playvid.com/watch/0irNwI9P-5M, http://www.playvid.com/watch/yR9ilXDu3IW,
http://www.playvid.com/watch/xIhumaOvZFR, http://www.playvid.com/watch/c4LUd2lui7E, http://www.playvid.com/watch/jYvOp7xma55,
http://www.playvid.com/watch/pVIDjfM2AgP, http://www.playvid.com/watch/aogzxsPfChS, http://www.playvid.com/watch/y5aJHAJIbjU,
http://www.playvid.com/watch/yw2wyWZNttk, http://www.playvid.com/watch/SdIaQSIHx2g, http://www.playvid.com/watch/DuqvedPJzse,

http://www.playvid.com/watch/JSMY4LzwfUs, http://www.playvid.com/watch/7qkJQMM0z7b, http://www.playvid.com/watch/dkGw-3D4492,
http://www.playvid.com/watch/mABRamHNvag, http://www.playvid.com/watch/9cZdw7YmYL8, http://www.playvid.com/watch/tkwdHbcdlxQ,
http://www.playvid.com/watch/6CW3jnA2RdW, http://www.playvid.com/watch/GYDXi9hbnmq, http://www.playvid.com/watch/RJBnVuoMgRJ,
http://www.playvid.com/watch/cPs3B54wU7i, http://www.playvid.com/watch/muktcf9j9-R, http://www.playvid.com/watch/PS3tRz4KnU-,
http://www.playvid.com/watch/-unc03S8Iu4, http://www.playvid.com/watch/Byred28ZUrL, http://www.playvid.com/watch/PyfSPEHejs3,
http://www.playvid.com/watch/4dtW0IteEaa, http://www.playvid.com/watch/vytsCgoyivA, http://www.playvid.com/watch/v9dMau3R-TX,
http://www.playvid.com/watch/IDDJM7ul54r, http://www.playvid.com/watch/4cX8Cw8bxQH, http://www.playvid.com/watch/rK6CZFm9UvY,
http://www.playvid.com/watch/wYUL-Bx7Hh3, http://www.playvid.com/watch/C3VgwNwwcxb, http://www.playvid.com/watch/wr8LfKLIy3K,
http://www.playvid.com/watch/APqmPtnN7pB, http://www.playvid.com/watch/MdHwNJORxRw, http://www.playvid.com/watch/vyhTafTwuDL,
http://www.playvid.com/watch/K-LxldKtbbi, http://www.playvid.com/watch/cqcntki-94W, http://www.playvid.com/watch/WfLQhGfdxE4,
http://www.playvid.com/watch/ZCRQK5VULzW, http://www.playvid.com/watch/QO3A7ak-lFC, http://www.playvid.com/watch/PPaKAgl7-TE,
http://www.playvid.com/watch/RqrDDq4u3f3, http://www.playvid.com/watch/3J-HwlUjBtK, http://www.playvid.com/watch/jCn-wgTXs5P,
http://www.playvid.com/watch/XBbLtzKHIzH, http://www.playvid.com/watch/y79AmVEd9k6, http://www.playvid.com/watch/7X0sAZ80tVy,
http://www.playvid.com/watch/C6PwsquQvG6, http://www.playvid.com/watch/bW2mhjLOKAJ, http://www.playvid.com/watch/pTdA9eA5BCH,
http://www.playvid.com/watch/LOsmEf-tFTb, http://www.playvid.com/watch/PIKuFJdIJ-7, http://www.playvid.com/watch/COG67Du0VnI,
http://www.playvid.com/watch/4WaB8g6umXv, http://www.playvid.com/watch/5JHugobpjSM, http://www.playvid.com/watch/Ge-rgh4w6CO,
http://www.playvid.com/watch/4UsgXW-dDHy, http://www.playvid.com/watch/NCOMRCt7c5f, http://www.playvid.com/watch/oqPrSk-K8LG,
http://www.playvid.com/watch/ygLdnu9uzHE, http://www.playvid.com/watch/OsmbPvzvcSQ, http://www.playvid.com/watch/nZ3qXLeri32,
http://www.playvid.com/watch/zacKGi5VwrF, http://www.playvid.com/watch/Wo-BIVOtqCy, http://www.playvid.com/watch/yVKSKuUPEr7,
http://www.playvid.com/watch/0-HQ-JSBKQs, http://www.playvid.com/watch/Y0JDvuImAVe, http://www.playvid.com/watch/ZAp4Q8acpqC,
http://www.playvid.com/watch/ljJH-zTGJ2x, http://www.playvid.com/watch/QAQ4nHnI4m6, http://www.playvid.com/watch/Tq7PjuFkvbO,
http://www.playvid.com/watch/95Vnd8OSSaJ, http://www.playvid.com/watch/4Ej9y8GVq9X, http://www.playvid.com/watch/Nnipbmh95OY,
http://www.playvid.com/watch/KprP3h6zcFm, http://www.playvid.com/watch/hvaMNk6t7q2, http://www.playvid.com/watch/bNneELXMZRQ,
http://www.playvid.com/watch/iM8sWojiKcl, http://www.playvid.com/watch/urszS7DhD47, http://www.playvid.com/watch/i53EM0fPNM5,
http://www.playvid.com/watch/Fjy0XXmP4up, http://www.playvid.com/watch/cDyQ7T4OyM7, http://www.playvid.com/watch/5OLUQvmedzQ,
http://www.playvid.com/watch/4zpNXtQiK-S, http://www.playvid.com/watch/9S7nhSN579j, http://www.playvid.com/watch/NvO5Se8BOKV,
http://www.playvid.com/watch/MveKHOjZ5Vo, http://www.playvid.com/watch/gtiPxhmlQ-Z, http://www.playvid.com/watch/kFJMJECbcpZ,
http://www.playvid.com/watch/noqkB8wV3l0, http://www.playvid.com/watch/O2ZCbkmYyGH, http://www.playvid.com/watch/5KNfJCDEAys,
http://www.playvid.com/watch/UkgQnI09A4X, http://www.playvid.com/watch/HNITBVdPGGI, http://www.playvid.com/watch/B-NIzdgDqDZ,
http://www.playvid.com/watch/E9zG229EfPT, http://www.playvid.com/watch/4ciXUjrU3VZ, http://www.playvid.com/watch/HX2rWiJmoJ6,
http://www.playvid.com/watch/El38uy43Giy, http://www.playvid.com/watch/wUD-bBgx2Tq, http://www.playvid.com/watch/l2vxCoyhptQ,
http://www.playvid.com/watch/Wa9WqGlh5dq, http://www.playvid.com/watch/6ZfTk3XnvnF, http://www.playvid.com/watch/kYe2Ip8cso2,
http://www.playvid.com/watch/NEjMvTvnYSo, http://www.playvid.com/watch/Dsira3KNPVv, http://www.playvid.com/watch/thvIlUnTyrH,
http://www.playvid.com/watch/At08UtTe5uZ, http://www.playvid.com/watch/s6E5a9uSUsz, http://www.playvid.com/watch/TMMUCHZjWl6,
http://www.playvid.com/watch/luKuZjaTmIY, http://www.playvid.com/watch/60gsDQqwRwj, http://www.playvid.com/watch/dLBugUJNIh7,
http://www.playvid.com/watch/yKNf2Rjes5Q, http://www.playvid.com/watch/sPtedUzRzev, http://www.playvid.com/watch/nSjZ7ZNr6eq,
http://www.playvid.com/watch/MHHMA3PW3-U, http://www.playvid.com/watch/M76tKtcY0qs, http://www.playvid.com/watch/mh3ogH5jQeB,
http://www.playvid.com/watch/L3Q7McvznZm, http://www.playvid.com/watch/psDhnaFwgOh, http://www.playvid.com/watch/Oie4sHZwgQC,
http://www.playvid.com/watch/v2ym9zZJYYG, http://www.playvid.com/watch/wFvV6eduV4-, http://www.playvid.com/watch/PC7UZu-EYnG,
http://www.playvid.com/watch/7tDhT6rG-OE, http://www.playvid.com/watch/OroajgFJbp6, http://www.playvid.com/watch/ofWIpftKsUH,
http://www.playvid.com/watch/3KVDFoo-vjc, http://www.playvid.com/watch/DHyYnmsBm7C, http://www.playvid.com/watch/syUWOLKOOkO,
http://www.playvid.com/watch/EE73JifykPz, http://www.playvid.com/watch/NGYsIkte-Am, http://www.playvid.com/watch/uUZfpJ-6-qi,
http://www.playvid.com/watch/wWKnWzi7dY0, http://www.playvid.com/watch/lcOxfIuhKrB, http://www.playvid.com/watch/kCUDezINPx5,
http://www.playvid.com/watch/xqiigKJzVyS, http://www.playvid.com/watch/xq2EH9diRlG, http://www.playvid.com/watch/KIa3jfa0DEI,
http://www.playvid.com/watch/7M6GgcUOMkU, http://www.playvid.com/watch/-sTXcBrKohp, http://www.playvid.com/watch/dsoDtYl2NDH,
http://www.playvid.com/watch/37QaRnSYMqY, http://www.playvid.com/watch/NZ8phZ8HhbC, http://www.playvid.com/watch/MJlpupLBH5m,
http://www.playvid.com/watch/AsH4thQwSbc, http://www.playvid.com/watch/k7oZCpnOHBf, http://www.playvid.com/watch/LVdhgpQO8kP,
http://www.playvid.com/watch/UgSZZaFBCnO, http://www.playvid.com/watch/wE0zFUMJ6a7, http://www.playvid.com/watch/moyENG08dYi,
http://www.playvid.com/watch/Mr6N2Fr5KVx, http://www.playvid.com/watch/tZmKkcQJ5P2, http://www.playvid.com/watch/q-ZQS3S5wu0,
http://www.playvid.com/watch/4sbvHFVyw3S, http://www.playvid.com/watch/yZMfabQhDic, http://www.playvid.com/watch/LxzjlxIrDgV,
http://www.playvid.com/watch/R6yusVrWQBg, http://www.playvid.com/watch/XltLjCgqhmo, http://www.playvid.com/watch/QLdvO2n8ZE6,
http://www.playvid.com/watch/A72i66sgLWK, http://www.playvid.com/watch/dIAu-LRq8fz, http://www.playvid.com/watch/XzHWN54YXwP,
http://www.playvid.com/watch/yCEMsyXqM48, http://www.playvid.com/watch/jzSBK85Cf4X, http://www.playvid.com/watch/nDI8IDNRDPI,
http://www.playvid.com/watch/SXNLgEaGLUH, http://www.playvid.com/watch/yH26CWt0bXa, http://www.playvid.com/watch/j-EO4WTcDEZ,
http://www.playvid.com/watch/YgFEHzKQnAc, http://www.playvid.com/watch/BKmsKXxu78Q, http://www.playvid.com/watch/MFvH8HhG3F5,
http://www.playvid.com/watch/gVg8-jbiPcY
5.f. Date of third notice: 2015-04-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rondo
5.b. Uploader's email address: xiblouren@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/rondo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/XiUlO6F2NCs, http://www.playvid.com/watch/w0kANYOIyyC,
http://www.playvid.com/watch/s2ONwJne2Gp, http://www.playvid.com/watch/KYquCJuYv0-, http://www.playvid.com/watch/0V2FHZeyDwr,
http://www.playvid.com/watch/Ccz3fjoMoPw, http://www.playvid.com/watch/NP9t9wrIiS3, http://www.playvid.com/watch/zZPSoBHTYyC,
http://www.playvid.com/watch/5ca6vPziJYR, http://www.playvid.com/watch/-BVrj5KkR9o, http://www.playvid.com/watch/WVtIPNtG0Xo,
http://www.playvid.com/watch/ofm5X-APYrE, http://www.playvid.com/watch/7sgmEzKN6Lp, http://www.playvid.com/watch/ey-4SFowiu9,
http://www.playvid.com/watch/-ID2eN2Cn0h, http://www.playvid.com/watch/TV6CJfbbb2Q, http://www.playvid.com/watch/bAt64vm7HTL,
http://www.playvid.com/watch/PSvNVLI9mFq, http://www.playvid.com/watch/WEMZxB8L5iX, http://www.playvid.com/watch/b4ZIXhonSbL,
http://www.playvid.com/watch/nCOcSdGufqf, http://www.playvid.com/watch/Tdw-JqmjQ8M, http://www.playvid.com/watch/YkuFnwGixAC,
http://www.playvid.com/watch/nMJoBQLgsob, http://www.playvid.com/watch/m2lXFSFFDNA, http://www.playvid.com/watch/J9j7r7P8Jw4,
http://www.playvid.com/watch/XtYSl2D3530, http://www.playvid.com/watch/B4w4AMyypl5, http://www.playvid.com/watch/00FuQul3AV3,
http://www.playvid.com/watch/-VRg97u6HiG, http://www.playvid.com/watch/6qWWD2MYbqt, http://www.playvid.com/watch/uUsYeRrOAZW,
http://www.playvid.com/watch/SgAxESl2oPm, http://www.playvid.com/watch/ClLIqBbdGp2, http://www.playvid.com/watch/myYuzKXxMAu,
http://www.playvid.com/watch/DbPkefIvYGP, http://www.playvid.com/watch/fJVzNTBVnnO, http://www.playvid.com/watch/fdbxGmsjXfV,
http://www.playvid.com/watch/52tWg98DlqI, http://www.playvid.com/watch/RL7vvF2i3lR, http://www.playvid.com/watch/EQrMpqlkffM,
http://www.playvid.com/watch/zvk-Xw7LGeF, http://www.playvid.com/watch/UWoL9AdJuC-, http://www.playvid.com/watch/DJ2ksBNQqGU,
http://www.playvid.com/watch/zqckUrMjYZx, http://www.playvid.com/watch/cv24mP6pFRh, http://www.playvid.com/watch/OM4pFHMXjPB,
http://www.playvid.com/watch/Gchl2sOL8Ir, http://www.playvid.com/watch/iuLvMcSCyCN, http://www.playvid.com/watch/Jx5K6-ugcD9,
http://www.playvid.com/watch/8SfhUedS9Np, http://www.playvid.com/watch/iEj76yMkxiU, http://www.playvid.com/watch/sGML3bVkfs8,
http://www.playvid.com/watch/CikyL7DiXrk, http://www.playvid.com/watch/TeKJ06Tp2q6, http://www.playvid.com/watch/MBAXmxbL9iW,
http://www.playvid.com/watch/uHWOtBPSW0S, http://www.playvid.com/watch/xZKpL-PMm9O, http://www.playvid.com/watch/85nkbGdXM4j,
http://www.playvid.com/watch/t6rSY46pwOe, http://www.playvid.com/watch/5mvjkB9lIN6, http://www.playvid.com/watch/j3uhW5nH-pk,
http://www.playvid.com/watch/jA2zbuHiuns, http://www.playvid.com/watch/RxL8PxCWFa2, http://www.playvid.com/watch/anyrOSiFJ3f,
http://www.playvid.com/watch/XOPTSg3-H2Z, http://www.playvid.com/watch/k3e4Q4ltGpV, http://www.playvid.com/watch/RCuXWHhs5HM,
http://www.playvid.com/watch/ZCLWhcxhLBu, http://www.playvid.com/watch/mGkbCIwo0RL, http://www.playvid.com/watch/whxpJ60wtIu,
http://www.playvid.com/watch/fAD4OVDJQbb, http://www.playvid.com/watch/4INrYtj4WkG, http://www.playvid.com/watch/l0wAzTvb0ec,
http://www.playvid.com/watch/PuSb9Eykz-0, http://www.playvid.com/watch/K9nsjYfK3j3, http://www.playvid.com/watch/HeyXmUU3eFF,
http://www.playvid.com/watch/EHFogiEaStw, http://www.playvid.com/watch/gecKNb6CvsM, http://www.playvid.com/watch/kFGgsfV7EAe,
http://www.playvid.com/watch/Amu5PfK3rvt, http://www.playvid.com/watch/jg5-vXg5qLk, http://www.playvid.com/watch/wiiuXcVKEm5,
http://www.playvid.com/watch/zatbVC57ijs, http://www.playvid.com/watch/cMykMaeIePO, http://www.playvid.com/watch/pvI2OsNrTGC,
http://www.playvid.com/watch/qDGQJRzRppK, http://www.playvid.com/watch/kazWSkUa9Em, http://www.playvid.com/watch/W8nqm3QSLaA,
http://www.playvid.com/watch/TpfrvSRnL7A, http://www.playvid.com/watch/LxS6bJifE3G, http://www.playvid.com/watch/kBBt68aam7x,
http://www.playvid.com/watch/iqxpLD6KzOL, http://www.playvid.com/watch/hpTVjHtpPKW, http://www.playvid.com/watch/HpodyhP5NkQ,
http://www.playvid.com/watch/tol3r2PuixS, http://www.playvid.com/watch/k7y6QQgxDWW, http://www.playvid.com/watch/on0kzGxs5dh,
http://www.playvid.com/watch/kbAJPUX382G, http://www.playvid.com/watch/tueZSKeFGa6, http://www.playvid.com/watch/2eylXpZkxnO,

http://www.playvid.com/watch/jyNO7p9Bpcq, http://www.playvid.com/watch/IeWEgQtZu9V, http://www.playvid.com/watch/aYpgP4z4pg8,
http://www.playvid.com/watch/ys6v6JsUPwU, http://www.playvid.com/watch/4yoxQxw8izY, http://www.playvid.com/watch/fdcn6gnSAbf,
http://www.playvid.com/watch/C6ELHadKu5G, http://www.playvid.com/watch/jIXqtBKBHmP, http://www.playvid.com/watch/u97T5KeparU,
http://www.playvid.com/watch/mLrP7eHRzCG, http://www.playvid.com/watch/LKrG8EMWIeJ, http://www.playvid.com/watch/4zAbNQhMHl7,
http://www.playvid.com/watch/HwyvJQaUVjO, http://www.playvid.com/watch/PiGKk5hHsTv, http://www.playvid.com/watch/YSUQXcQuTnX,
http://www.playvid.com/watch/QQsXQMXYPqS, http://www.playvid.com/watch/bYTS8o48Gzc, http://www.playvid.com/watch/9x5tHFFEE7l,
http://www.playvid.com/watch/hqptO9W-iHq, http://www.playvid.com/watch/7w9q6ywRVhH, http://www.playvid.com/watch/xU9PqeDXgta,
http://www.playvid.com/watch/j7SpgjUqoQs, http://www.playvid.com/watch/kmiE7vMueT-, http://www.playvid.com/watch/tbMHxGzG45z,
http://www.playvid.com/watch/xuCXjNuBWro, http://www.playvid.com/watch/qdpixEbkTGa, http://www.playvid.com/watch/T4tU4mzyZi2,
http://www.playvid.com/watch/m58QJI3cJsf, http://www.playvid.com/watch/eEBBlXyB2KQ, http://www.playvid.com/watch/7uBnUb5Sf4W,
http://www.playvid.com/watch/0nrQLbGy48j, http://www.playvid.com/watch/-gmRzbj2N6x, http://www.playvid.com/watch/zbmBn8J5wYG,
http://www.playvid.com/watch/WP9D4TwN3-p, http://www.playvid.com/watch/9YGhIZ0a3h5, http://www.playvid.com/watch/sv8BTJtYXnL,
http://www.playvid.com/watch/JAhbM6zdWaU, http://www.playvid.com/watch/wSOw86cNnZu, http://www.playvid.com/watch/pLRHaoeIYfr,
http://www.playvid.com/watch/PLFnXbo2wWB, http://www.playvid.com/watch/Ud-ms3KabQw, http://www.playvid.com/watch/v9OtrZWvuSh,
http://www.playvid.com/watch/vD7HwJKd6lq, http://www.playvid.com/watch/Y30q-xbC-Ke, http://www.playvid.com/watch/05OXmXvjvaq,
http://www.playvid.com/watch/zOXdOnIORnK, http://www.playvid.com/watch/ewBRtQbuXvE, http://www.playvid.com/watch/UAze3lvgQvB,
http://www.playvid.com/watch/iSbBRGMVBsy, http://www.playvid.com/watch/R7F-Kcwi7vY, http://www.playvid.com/watch/4kUWSKqcOME,
http://www.playvid.com/watch/jRCxQbXIH5p, http://www.playvid.com/watch/sSQQHZFxLbv, http://www.playvid.com/watch/fHEbXHvztsL,
http://www.playvid.com/watch/aSPucxgoiBE, http://www.playvid.com/watch/ljAE6J6ymDn, http://www.playvid.com/watch/aExnVAAMQF6,
http://www.playvid.com/watch/6zbytzTPegV, http://www.playvid.com/watch/vs-jKSeYgaO, http://www.playvid.com/watch/YFawR35qE2-,
http://www.playvid.com/watch/cZTEkWdsaPn, http://www.playvid.com/watch/aT3sbD6gydX, http://www.playvid.com/watch/RlyYxEJuwxP,
http://www.playvid.com/watch/Vuoq7r2Gf-f, http://www.playvid.com/watch/W55epU9sIhw, http://www.playvid.com/watch/WDlJUuTTR92,
http://www.playvid.com/watch/r620zfG2fs7, http://www.playvid.com/watch/Ka8IntvDhvH, http://www.playvid.com/watch/A4vgfOILAHg,
http://www.playvid.com/watch/HkipQRYXlcu, http://www.playvid.com/watch/WZgQCvH574p, http://www.playvid.com/watch/Odv3M8xfRxN,
http://www.playvid.com/watch/HV7CQa6uEl9, http://www.playvid.com/watch/2maXI6cNUG-, http://www.playvid.com/watch/SyiLVkMe9aH,
http://www.playvid.com/watch/a2ccSMKFTmv, http://www.playvid.com/watch/ugi0veWSpGR, http://www.playvid.com/watch/ft-MkNRPKi-,
http://www.playvid.com/watch/ej2G-3P-OV7, http://www.playvid.com/watch/OpmVw7m-Jaw, http://www.playvid.com/watch/mrhV9T3YR4f,
http://www.playvid.com/watch/uEDKL22-Q8M, http://www.playvid.com/watch/hywGUQzt4pb, http://www.playvid.com/watch/4gsD7ONWlYF,
http://www.playvid.com/watch/qDqbkrYAHZc, http://www.playvid.com/watch/mgaGbMBKQA6, http://www.playvid.com/watch/qheBx4aAfjM,
http://www.playvid.com/watch/uF37f5OSsxW, http://www.playvid.com/watch/MCuBdH8jJZ8, http://www.playvid.com/watch/vZqLau50T6E,
http://www.playvid.com/watch/z38itw95HcN, http://www.playvid.com/watch/wOEDz0srkMo, http://www.playvid.com/watch/INPRyOiTZFM,
http://www.playvid.com/watch/ASQpEAl2jk5, http://www.playvid.com/watch/HYx3Gs-PE0l, http://www.playvid.com/watch/d0-zF5Ykulm,
http://www.playvid.com/watch/wELsPJD-eVp, http://www.playvid.com/watch/7BeiRnwZvNZ, http://www.playvid.com/watch/4-AUbETXqXO,
http://www.playvid.com/watch/H5BY0Vj3fPo, http://www.playvid.com/watch/2dpwiep9AX-, http://www.playvid.com/watch/8B-c6al2KJC,
http://www.playvid.com/watch/ajqiHVX26qP, http://www.playvid.com/watch/0t-3lSafEzA, http://www.playvid.com/watch/iakFWYVoesh,
http://www.playvid.com/watch/HPnh-d9-MV4, http://www.playvid.com/watch/l8STYSCrWNR, http://www.playvid.com/watch/jXOvihticIr,
http://www.playvid.com/watch/3uaufMx8ejE, http://www.playvid.com/watch/iUd8nCdqHG0, http://www.playvid.com/watch/7FpXr8-4-Zx,
http://www.playvid.com/watch/N-zE-uiiJdT, http://www.playvid.com/watch/BVsoj7frlU6, http://www.playvid.com/watch/UcPlUh5cAie,
http://www.playvid.com/watch/pLwiT4POxBL, http://www.playvid.com/watch/KI3Zchee6Dd, http://www.playvid.com/watch/e5Dsqfk-YfK,
http://www.playvid.com/watch/oSYmHmiI-Kg, http://www.playvid.com/watch/o53IcpsgbQV, http://www.playvid.com/watch/YU-Lmp6NEA-,
http://www.playvid.com/watch/Qesus3rsvl9, http://www.playvid.com/watch/c82NAWvNPBM, http://www.playvid.com/watch/2GDo5LjElNz,
http://www.playvid.com/watch/N2oNfWQdYdJ, http://www.playvid.com/watch/Ds37k0-OBwv, http://www.playvid.com/watch/znRuHzbV6ut,
http://www.playvid.com/watch/Lbn9MoWWOvv, http://www.playvid.com/watch/xkQVOgjOc-w, http://www.playvid.com/watch/jm-Vftkpk0x,
http://www.playvid.com/watch/fAtXh5ehYn9, http://www.playvid.com/watch/6-RWfDjgKIo, http://www.playvid.com/watch/HJeCZoAKrVe,
http://www.playvid.com/watch/NB8Nk89saHM, http://www.playvid.com/watch/jnQu2tW9P7d, http://www.playvid.com/watch/fvvYSUTpHSK,
http://www.playvid.com/watch/46kA6BWkRXU, http://www.playvid.com/watch/V2BoM8hXlyd, http://www.playvid.com/watch/4YaFtKi9bN0,
http://www.playvid.com/watch/ZezoUPz6agP, http://www.playvid.com/watch/YtRobXTiATW, http://www.playvid.com/watch/PTyXTWu7kSR,
http://www.playvid.com/watch/0BKqskTV2yG, http://www.playvid.com/watch/W0dWK68Qfue, http://www.playvid.com/watch/vgkjQ5uEril,
http://www.playvid.com/watch/yft6nHZZUwJ, http://www.playvid.com/watch/-bYNI5b7g-A, http://www.playvid.com/watch/aeySKSIQXH8,
http://www.playvid.com/watch/VETqExUXYFc, http://www.playvid.com/watch/U47eR4Sv0Rq, http://www.playvid.com/watch/2g9PqY3c48L,
http://www.playvid.com/watch/gKjLpFH0Nv9, http://www.playvid.com/watch/waRON8KIsGV, http://www.playvid.com/watch/r-DP3eUekeh,
http://www.playvid.com/watch/lnWaOilkjIr, http://www.playvid.com/watch/6Zxy0mZtTdn, http://www.playvid.com/watch/k2mzTPbSuSG,
http://www.playvid.com/watch/k4FrU2XbqL-, http://www.playvid.com/watch/RqxBfu3HXNi, http://www.playvid.com/watch/vGPxcxKQ-rX,
http://www.playvid.com/watch/PVJPCEY3uQL, http://www.playvid.com/watch/Mhbr-hG4pud, http://www.playvid.com/watch/tqcj44wpa6s,
http://www.playvid.com/watch/MDVDP5xaZAY, http://www.playvid.com/watch/z209C-zFPbm, http://www.playvid.com/watch/kqDXcLECfnv,
http://www.playvid.com/watch/02ytho0ddOL, http://www.playvid.com/watch/3mHrEBA9fc2, http://www.playvid.com/watch/RVD565fiTFm,
http://www.playvid.com/watch/gFcafTBz2X9, http://www.playvid.com/watch/WKRf-iGle6U, http://www.playvid.com/watch/5Syy7j8tqoN,
http://www.playvid.com/watch/GtXRdQAcWap, http://www.playvid.com/watch/RadZ7fkeSC8, http://www.playvid.com/watch/rH2TxTKwyu9,
http://www.playvid.com/watch/2vnpxxUgyHW, http://www.playvid.com/watch/yHuWWse4HGJ, http://www.playvid.com/watch/vxmDuaOgtS6,
http://www.playvid.com/watch/A5Whj9fqbAx, http://www.playvid.com/watch/ZRgn89cxd2s, http://www.playvid.com/watch/Jobcd0mHwbA,
http://www.playvid.com/watch/IFpUI-vXWf9, http://www.playvid.com/watch/azPzDMzQwcq, http://www.playvid.com/watch/9CtNIgnmioZ,
http://www.playvid.com/watch/eZ0kuXlLehR, http://www.playvid.com/watch/icmhvRyRgGx, http://www.playvid.com/watch/U-VwTfivFhd,
http://www.playvid.com/watch/2kuBf3sF2K4, http://www.playvid.com/watch/p8OwBDfSrqV, http://www.playvid.com/watch/Wr7ZlpffKa3,
http://www.playvid.com/watch/c5NeTiwylJn, http://www.playvid.com/watch/xmAGgUHsZBx, http://www.playvid.com/watch/axBvWbRGPbX,
http://www.playvid.com/watch/u9tISbriA9H, http://www.playvid.com/watch/TJorP-dKmUh, http://www.playvid.com/watch/fMKA-6gip7E,
http://www.playvid.com/watch/ZNJ2ddKYDu3, http://www.playvid.com/watch/XrEwGO6vSVf, http://www.playvid.com/watch/CegsxMHZapB,
http://www.playvid.com/watch/kv2IeypiMb2, http://www.playvid.com/watch/03-XQyaOMjO, http://www.playvid.com/watch/eLpi42JXF9M,
http://www.playvid.com/watch/H6YnHHdzH2g, http://www.playvid.com/watch/JyfylBvANjb, http://www.playvid.com/watch/RxW4AFvlCWw,
http://www.playvid.com/watch/gnbZeYjRb2V, http://www.playvid.com/watch/ugVIOWkCaOs, http://www.playvid.com/watch/IIzypbxkBbR,
http://www.playvid.com/watch/rG-7dWGhdq7, http://www.playvid.com/watch/TI7i63llTab, http://www.playvid.com/watch/zg-MQXseVbN,
http://www.playvid.com/watch/Rfbhokgnv7i, http://www.playvid.com/watch/oT9dUF2bccH, http://www.playvid.com/watch/nnciXOdgYUG,
http://www.playvid.com/watch/aQhIzDzqrsP, http://www.playvid.com/watch/8Eh455TaKHW, http://www.playvid.com/watch/7kjsjtrvzQf,
http://www.playvid.com/watch/VzlYU3I0udL, http://www.playvid.com/watch/0RoYYgfggIM, http://www.playvid.com/watch/8oL6PeOyCXM,
http://www.playvid.com/watch/TMdWCXO0T4u, http://www.playvid.com/watch/j3sdNWwW-r6, http://www.playvid.com/watch/TQ3YD-BLwqq,
http://www.playvid.com/watch/lMVGvajYak8, http://www.playvid.com/watch/QFuPz22XFT8, http://www.playvid.com/watch/t5KYAKxtHQX,
http://www.playvid.com/watch/DJ-46pN3Heg, http://www.playvid.com/watch/nH6jDYjVIo3, http://www.playvid.com/watch/Oq7nWx3N3Xy,
http://www.playvid.com/watch/xTuDtqeLope, http://www.playvid.com/watch/lzYZJ5gpExW, http://www.playvid.com/watch/wBXjPdHNVuT,
http://www.playvid.com/watch/UkX7gmKGu2J, http://www.playvid.com/watch/YxncsyUYnpE, http://www.playvid.com/watch/0pTcsTzUAvM,
http://www.playvid.com/watch/Jkjdj3Z0jnb, http://www.playvid.com/watch/GJkFqBBmcfC, http://www.playvid.com/watch/BpTBR2y-pd7,
http://www.playvid.com/watch/0YoDRcu0Fv6, http://www.playvid.com/watch/-VHkegriO6J, http://www.playvid.com/watch/CNKra6V8zYN,
http://www.playvid.com/watch/PMGyBWZgfOw, http://www.playvid.com/watch/p8ExXxMiBMH, http://www.playvid.com/watch/BhTgRp5wJ4V,
http://www.playvid.com/watch/zajQFyYY0L6, http://www.playvid.com/watch/yTULJBUsAJr, http://www.playvid.com/watch/T3m9CifCDeT,
http://www.playvid.com/watch/b6rowVDc7ht, http://www.playvid.com/watch/vF9Jkdqmezz, http://www.playvid.com/watch/8Sk2xbpQeNG,
http://www.playvid.com/watch/WNHCvmqJwal, http://www.playvid.com/watch/UItbpB-aZ95, http://www.playvid.com/watch/fev-i2vE8ib,
http://www.playvid.com/watch/WTLzPdt69pC, http://www.playvid.com/watch/UVdhubBEKry, http://www.playvid.com/watch/S6w7-Dp3v9F,
http://www.playvid.com/watch/mSI8AK6AmgF, http://www.playvid.com/watch/v6gHp2kqeJC, http://www.playvid.com/watch/zNK9M2m-tPY,
http://www.playvid.com/watch/qLE8NXDXLMR, http://www.playvid.com/watch/SpCiektHIwh, http://www.playvid.com/watch/Q2zkdsLv68g,
http://www.playvid.com/watch/Gs5Y2yPuoYP, http://www.playvid.com/watch/0pGIFB5euPK, http://www.playvid.com/watch/WN592j4ubh3,
http://www.playvid.com/watch/lj4FJkreDmV, http://www.playvid.com/watch/T5DLOUqksqo, http://www.playvid.com/watch/slhnke36EW-,
http://www.playvid.com/watch/jknIAcX4-M5, http://www.playvid.com/watch/XDvXZk0oEFd, http://www.playvid.com/watch/AawUaFJXEGN,
http://www.playvid.com/watch/v6L4WSdJK4-, http://www.playvid.com/watch/6GQPHoXB6do, http://www.playvid.com/watch/0Lx0Pj8VjPt,
http://www.playvid.com/watch/s6MF8WDCwF8, http://www.playvid.com/watch/IVKHVxt72ZR, http://www.playvid.com/watch/ZhKp0b6Rr3u,
http://www.playvid.com/watch/kg9j8ATMUAY, http://www.playvid.com/watch/qmCelFLXmtU, http://www.playvid.com/watch/B2JgNT7AshX,
http://www.playvid.com/watch/3FA7ie5Inpf, http://www.playvid.com/watch/9pqfsUBdrmh, http://www.playvid.com/watch/C3PN0JIKqpn,
http://www.playvid.com/watch/l8BCtEaNEYZ, http://www.playvid.com/watch/d2wsciClU6q, http://www.playvid.com/watch/3w5d8h0Wrvx,
http://www.playvid.com/watch/9llJTnTCULd, http://www.playvid.com/watch/4Ox2cM9jQsh, http://www.playvid.com/watch/0coLerxAscs,

http://www.playvid.com/watch/U2wVyaNM26Z, http://www.playvid.com/watch/pvFypukxE8J, http://www.playvid.com/watch/4X2zUN3maxj,
http://www.playvid.com/watch/3b0NFkuocRq, http://www.playvid.com/watch/qbv5T6EJdDL, http://www.playvid.com/watch/qIBT6v8OCm2,
http://www.playvid.com/watch/wYY0nPYMqr9, http://www.playvid.com/watch/Z7uVG0UNSn7, http://www.playvid.com/watch/raI9-o5rYDu,
http://www.playvid.com/watch/wTgMJbSH2RY, http://www.playvid.com/watch/mWUBkKe8z5A, http://www.playvid.com/watch/oIfdhbTVAl2,
http://www.playvid.com/watch/hUGq-ZXEoS2, http://www.playvid.com/watch/GnniHdSk9QS, http://www.playvid.com/watch/kbueGQwzHP2,
http://www.playvid.com/watch/5taykk8oHgW, http://www.playvid.com/watch/5eGUh4jfCGj, http://www.playvid.com/watch/AY8byUfzg2N,
http://www.playvid.com/watch/AF-Cc0TbtRy, http://www.playvid.com/watch/d-TeoEZhhYW, http://www.playvid.com/watch/EswrmchBYcl,
http://www.playvid.com/watch/EFUGyctEXg0, http://www.playvid.com/watch/eFW-MKUEtSU, http://www.playvid.com/watch/XDQVJX9l2Ia,
http://www.playvid.com/watch/O6XA6uqT0yi, http://www.playvid.com/watch/V2jDnIBeI9B, http://www.playvid.com/watch/fSh3ZGnXqgr,
http://www.playvid.com/watch/qiKN3VSNBii, http://www.playvid.com/watch/fc2JvXRYPDv, http://www.playvid.com/watch/jtedQdYc8YU,
http://www.playvid.com/watch/EhVcN-UcF7A, http://www.playvid.com/watch/6M4CqvsiDu7, http://www.playvid.com/watch/Ku56djNdwYt,
http://www.playvid.com/watch/6m4BpuqTHLx, http://www.playvid.com/watch/d7yMmBbKfs9, http://www.playvid.com/watch/gHkIFZnTaEP,
http://www.playvid.com/watch/fQgb64bzn6Q, http://www.playvid.com/watch/IyThlXXoccL, http://www.playvid.com/watch/KBR99hKJKVt,
http://www.playvid.com/watch/J3l034RRS39, http://www.playvid.com/watch/-k7n8lcqfDW, http://www.playvid.com/watch/V2VJbkt74iC,
http://www.playvid.com/watch/StbGJwRnlPo, http://www.playvid.com/watch/c3H4aUisVSd, http://www.playvid.com/watch/03MaAi0N30i,
http://www.playvid.com/watch/NVbIrGfPBFL, http://www.playvid.com/watch/zdqGaZ8I6s2, http://www.playvid.com/watch/iynJzNHdaZI,
http://www.playvid.com/watch/lBjAF4PRk6D, http://www.playvid.com/watch/6ATlMqspJda, http://www.playvid.com/watch/NkgdToOKXps,
http://www.playvid.com/watch/8Gwpv5QjN6B, http://www.playvid.com/watch/7miNjQjVgmb, http://www.playvid.com/watch/-QJZP6Ggofn,
http://www.playvid.com/watch/3qHLlg7VBIk, http://www.playvid.com/watch/DErb4BvMXWD, http://www.playvid.com/watch/s6BFNSEyPYa,
http://www.playvid.com/watch/yLUdgnBwQ3y, http://www.playvid.com/watch/xabyuoHgFQM, http://www.playvid.com/watch/WKWxaugOSZu,
http://www.playvid.com/watch/z2WoaBHbjL9, http://www.playvid.com/watch/um9qAbbtqvA, http://www.playvid.com/watch/bewJQO8LzBY,
http://www.playvid.com/watch/IIYDVgxfYWH, http://www.playvid.com/watch/EJ7GeSiN9KD, http://www.playvid.com/watch/wKK89SMEsta,
http://www.playvid.com/watch/PzyRyP8fkxv, http://www.playvid.com/watch/TKdzU4kX8KA, http://www.playvid.com/watch/UDoI3V5vszB,
http://www.playvid.com/watch/7RSabz96tTb, http://www.playvid.com/watch/fwUvTakcfVW, http://www.playvid.com/watch/TXe-FmVavri,
http://www.playvid.com/watch/lkfWUVi30l2, http://www.playvid.com/watch/XPYqc5cQxp7, http://www.playvid.com/watch/M7hyVlhqIZ8,
http://www.playvid.com/watch/4Qh3ONoz5NC, http://www.playvid.com/watch/VxV6YVm0YbJ, http://www.playvid.com/watch/LhwPTyV4ZH7,
http://www.playvid.com/watch/AAksvreLtoQ, http://www.playvid.com/watch/yPRgqhRUDka, http://www.playvid.com/watch/dly6noMhlsX,
http://www.playvid.com/watch/jiYL73irbIL, http://www.playvid.com/watch/TVmKeitJcrv, http://www.playvid.com/watch/PyNj2DeWXXy,
http://www.playvid.com/watch/JmNrUutvKU8, http://www.playvid.com/watch/C3nMUjVsJYC, http://www.playvid.com/watch/pzQgIO9sIxv,
http://www.playvid.com/watch/aZxIz2OGwgS, http://www.playvid.com/watch/E33XiR9JAAt, http://www.playvid.com/watch/tsxWw5q-V-6,
http://www.playvid.com/watch/3fcL0whBmv3, http://www.playvid.com/watch/jgRnSR3SsPq, http://www.playvid.com/watch/4bocx-dVNTf,
http://www.playvid.com/watch/KCbVu72vmwj, http://www.playvid.com/watch/SGrFhv0aql3, http://www.playvid.com/watch/xdZyQ2nnLuF,
http://www.playvid.com/watch/heVK3HeKRzt, http://www.playvid.com/watch/aAZDQC6ceKD, http://www.playvid.com/watch/g5Iwvs7NVJS,
http://www.playvid.com/watch/vChw5U67QM7, http://www.playvid.com/watch/W9N6KnlTp2Z, http://www.playvid.com/watch/FUWxhE3J8qy,
http://www.playvid.com/watch/u3wam0mDkHk, http://www.playvid.com/watch/P0vCguOhJuK, http://www.playvid.com/watch/UhK-rw5jLmm,
http://www.playvid.com/watch/oxFREPhCPFz, http://www.playvid.com/watch/iMpuXH4KMpG, http://www.playvid.com/watch/kbOfiJCl3Yk,
http://www.playvid.com/watch/kXXAcbtylRc, http://www.playvid.com/watch/JymIg7Vt6JU, http://www.playvid.com/watch/5E2vsj3fups,
http://www.playvid.com/watch/HRHTR0tWEKq, http://www.playvid.com/watch/Z3LnNdg2CF8, http://www.playvid.com/watch/AOhvMmZfj2t,
http://www.playvid.com/watch/fj5yf4A0eNI, http://www.playvid.com/watch/B2HItBr-0Sa, http://www.playvid.com/watch/kYpp5AnmYOT,
http://www.playvid.com/watch/TFrmrifVuLS, http://www.playvid.com/watch/Z6nPbQffel6, http://www.playvid.com/watch/UAIaBW8ha0l,
http://www.playvid.com/watch/NDovMmJ95Ig, http://www.playvid.com/watch/wIXhgPdwseA, http://www.playvid.com/watch/lgRw43NByX4,
http://www.playvid.com/watch/ZpsaOXIZYVc, http://www.playvid.com/watch/NpFq7Pczjvp, http://www.playvid.com/watch/I6sugRBJFyD,
http://www.playvid.com/watch/Pg9cyJhWxHC, http://www.playvid.com/watch/pHbGWW7RwYZ, http://www.playvid.com/watch/wqAODjyRqVB,
http://www.playvid.com/watch/OOCj6YYWsEq, http://www.playvid.com/watch/OZ3BG2DdlQi, http://www.playvid.com/watch/peXHlhPQmR0,
http://www.playvid.com/watch/x-Ly4qnQ5IC, http://www.playvid.com/watch/zqmU3viacB2, http://www.playvid.com/watch/tWTwktD7Rbz,
http://www.playvid.com/watch/ObWZEKGvOBB, http://www.playvid.com/watch/InTiiVHB5FA, http://www.playvid.com/watch/qTYA4iH42D3,
http://www.playvid.com/watch/dV5AQrojDbu, http://www.playvid.com/watch/KYE50n7wpkN, http://www.playvid.com/watch/BJrIM20iO3E,
http://www.playvid.com/watch/pWuSMmbcBTx, http://www.playvid.com/watch/Mmiy7ubIvOc, http://www.playvid.com/watch/afEEE0G-t2l,
http://www.playvid.com/watch/wZznNwD0LxT, http://www.playvid.com/watch/MnsXx0D8Nsd, http://www.playvid.com/watch/WHDJPyCLddH,
http://www.playvid.com/watch/zf0kUGVPCq-, http://www.playvid.com/watch/QztHTvC-jYV, http://www.playvid.com/watch/dRfKzCSIwRB,
http://www.playvid.com/watch/G343nxMs4Lo, http://www.playvid.com/watch/z0H-j6b7pNt, http://www.playvid.com/watch/mGMqxw049Fj,
http://www.playvid.com/watch/mEXBx33ve8Z, http://www.playvid.com/watch/r94IsKw7Fj4, http://www.playvid.com/watch/WcmwsxbEXfA,
http://www.playvid.com/watch/voKRxAJmv52, http://www.playvid.com/watch/nhKUST9GVoN, http://www.playvid.com/watch/vev9SERjXGg,
http://www.playvid.com/watch/Wx58DTXVmDl, http://www.playvid.com/watch/rjnUQMcQgkk, http://www.playvid.com/watch/VqAEKl86spN,
http://www.playvid.com/watch/6spWNIix2xc, http://www.playvid.com/watch/ShnRGItAhbf, http://www.playvid.com/watch/LwUvWhi93pR,
http://www.playvid.com/watch/nb2CBUERC3I, http://www.playvid.com/watch/WXMDulWUsY0, http://www.playvid.com/watch/oYkg7falWjn,
http://www.playvid.com/watch/SZGsOkHa8Rc, http://www.playvid.com/watch/5TZZAIFwIWC, http://www.playvid.com/watch/JydmyKx0I37,
http://www.playvid.com/watch/N7jF3-CZFUk, http://www.playvid.com/watch/vCfXQT-GEcX, http://www.playvid.com/watch/GdqXb9dOKpY,
http://www.playvid.com/watch/GnVFPLbAVJp, http://www.playvid.com/watch/Et4y78tov57, http://www.playvid.com/watch/A3YWxwVQIpS
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ronw1xx
5.b. Uploader's email address: rw2680@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ronw1xx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/I-hx54lnUfG, http://www.playvid.com/watch/jCf006cJHq8,
http://www.playvid.com/watch/pFXCLzxv9Wp, http://www.playvid.com/watch/ya2jH-InG2s, http://www.playvid.com/watch/JJtpoc7i47G,
http://www.playvid.com/watch/VWgWWIvU30R, http://www.playvid.com/watch/QSMXO9MRF9M, http://www.playvid.com/watch/datpFXXTUKD,
http://www.playvid.com/watch/oonCXo9dwDo, http://www.playvid.com/watch/CwARVW9Dh3P, http://www.playvid.com/watch/yH9S7Jf3T2-,
http://www.playvid.com/watch/nStxz8Z5MkR, http://www.playvid.com/watch/tyqQTSMVN2Q, http://www.playvid.com/watch/CmX2eXMNKwV,
http://www.playvid.com/watch/tlegourVP3f, http://www.playvid.com/watch/JJworHd88gY, http://www.playvid.com/watch/tlCz7PhxjU9,
http://www.playvid.com/watch/-R0hPatmDTh, http://www.playvid.com/watch/vjf30DMgWaT, http://www.playvid.com/watch/-o05u38YCX5,
http://www.playvid.com/watch/y8a8iTy9Uof, http://www.playvid.com/watch/q28jcutf2U6, http://www.playvid.com/watch/ryFNgooWGk8,
http://www.playvid.com/watch/SVi5z4ZPTpv, http://www.playvid.com/watch/-kAY5GApTgl, http://www.playvid.com/watch/Orn5YuOFtqg,
http://www.playvid.com/watch/RdvP9NCXl6K, http://www.playvid.com/watch/jNM9Ue9kcS0, http://www.playvid.com/watch/NOuoYjRnmYV,
http://www.playvid.com/watch/84YKrHm4izx, http://www.playvid.com/watch/NzqcjiLVWhO, http://www.playvid.com/watch/vZs5kqlzR7r,
http://www.playvid.com/watch/l9wahfTzs3A, http://www.playvid.com/watch/pO6TEBAwn-m, http://www.playvid.com/watch/-LnP7cZgD7o,
http://www.playvid.com/watch/MJHEiAcufoi, http://www.playvid.com/watch/Drx7RhyFxU3, http://www.playvid.com/watch/yMfrn33r7Ut,
http://www.playvid.com/watch/FIMtdbMcm9Q, http://www.playvid.com/watch/p-NsM-VJmjY, http://www.playvid.com/watch/qRGuGwnDwKq,
http://www.playvid.com/watch/agFBrqT8t73, http://www.playvid.com/watch/V7bxIW8Ifz9, http://www.playvid.com/watch/g8xiQYFSzKD,
http://www.playvid.com/watch/cOosmkbN8Mf, http://www.playvid.com/watch/fiAlrPIYyIm, http://www.playvid.com/watch/o-nwWt0hICY,
http://www.playvid.com/watch/DxjkDPzswt5, http://www.playvid.com/watch/5Pv0pbiuhOT, http://www.playvid.com/watch/fMwmS4IhKI-,
http://www.playvid.com/watch/iuFnaQdFivn, http://www.playvid.com/watch/KNzRZD6Cicw, http://www.playvid.com/watch/X550abbi6K-,
http://www.playvid.com/watch/4jY5ouwY6JF, http://www.playvid.com/watch/uAipkGIzFSC, http://www.playvid.com/watch/xD-2wT3x3iG,
http://www.playvid.com/watch/IwTsecbatUD, http://www.playvid.com/watch/2l0rHQLambq, http://www.playvid.com/watch/-MHnlq4X4Ox,
http://www.playvid.com/watch/0d64oCyYRqE, http://www.playvid.com/watch/jp5ZtqNGgUy, http://www.playvid.com/watch/NgtAjgNqXxU,
http://www.playvid.com/watch/U7P8ryhGod8, http://www.playvid.com/watch/OBUVKm62dcf, http://www.playvid.com/watch/4LgOBSiCoHk,
http://www.playvid.com/watch/aIDaPnbZQkF, http://www.playvid.com/watch/ntiZnd8LOXk, http://www.playvid.com/watch/gjdGil56Mtr,
http://www.playvid.com/watch/423jPs9sTbA, http://www.playvid.com/watch/tQlvq2JkkOg, http://www.playvid.com/watch/qinFYOQNFUm,
http://www.playvid.com/watch/eWzpgK3VaOs, http://www.playvid.com/watch/FCiKouCSaYu, http://www.playvid.com/watch/nsdQfNAeQHR,
http://www.playvid.com/watch/ocBLZRrXSjU, http://www.playvid.com/watch/uKYmHHJOFGJ, http://www.playvid.com/watch/lQIsmz7bMAE,
http://www.playvid.com/watch/8YIwHOZPDeS, http://www.playvid.com/watch/IEPpobbJ9Uc, http://www.playvid.com/watch/UGyu-CopedD,
http://www.playvid.com/watch/BJ2bhz4z7NP, http://www.playvid.com/watch/gTp7uVC28yg, http://www.playvid.com/watch/w3yZSwrfJP0,
http://www.playvid.com/watch/WAXMxNgM6-L, http://www.playvid.com/watch/p7zb-J744TB, http://www.playvid.com/watch/TqNq8UYd32u,
http://www.playvid.com/watch/Mz-g8co5OWT, http://www.playvid.com/watch/mNj7FJikiAQ, http://www.playvid.com/watch/Gk3jHTl2Cpj,
http://www.playvid.com/watch/HjGmLbtuALL, http://www.playvid.com/watch/wSRM9iL4iQU, http://www.playvid.com/watch/vq3Ew6XRx4I,

http://www.playvid.com/watch/4LEHIHUZaPC, http://www.playvid.com/watch/KHI-pEHM3oY, http://www.playvid.com/watch/IQXBSRZ8O6x, http://www.playvid.com/watch/7alcD0ZFViJ, http://www.playvid.com/watch/tG4owqESaPF, http://www.playvid.com/watch/SvOo60xEXY4, http://www.playvid.com/watch/TBpdr25sOFd, http://www.playvid.com/watch/o6cQ5s49nIj, http://www.playvid.com/watch/53ZOQ5mkFEK, http://www.playvid.com/watch/5vb-MvVnvKC, http://www.playvid.com/watch/p85OCuVuVqi, http://www.playvid.com/watch/HG70D-OQHS8, http://www.playvid.com/watch/2xfKCsVjFX5, http://www.playvid.com/watch/-C3vqasZumr, http://www.playvid.com/watch/3Mtj9g253mJ, http://www.playvid.com/watch/gw7g6lz6GVX, http://www.playvid.com/watch/YKKLva9ISIF, http://www.playvid.com/watch/eHDvCAsDj0h, http://www.playvid.com/watch/BDEtwUYkE9p, http://www.playvid.com/watch/4jC2Fyi5bqS, http://www.playvid.com/watch/Q-GK3utZ-cK, http://www.playvid.com/watch/7dmt7vVlwCz, http://www.playvid.com/watch/TZtNPpZZ-Gz, http://www.playvid.com/watch/UiKKbuccZQu, http://www.playvid.com/watch/4DgSOSffsNV, http://www.playvid.com/watch/e7GHrYdMDif, http://www.playvid.com/watch/CYzSNK4iS43, http://www.playvid.com/watch/FLpZhb0gv6M, http://www.playvid.com/watch/JJyB9k7ACj0, http://www.playvid.com/watch/J59Toq7-QFw, http://www.playvid.com/watch/unvWyH3KCxj, http://www.playvid.com/watch/zJqEeN8P5aS, http://www.playvid.com/watch/KhABliC--AP, http://www.playvid.com/watch/iDylwG4FaJe, http://www.playvid.com/watch/VRoDwx8808X, http://www.playvid.com/watch/EJNDRFUantz, http://www.playvid.com/watch/yAe62mcu8QH, http://www.playvid.com/watch/6IZOY7vrrQO, http://www.playvid.com/watch/sOQo3LokDdG, http://www.playvid.com/watch/PwP0gvkVxXk, http://www.playvid.com/watch/0066ViBx89a, http://www.playvid.com/watch/wBAHmKzp4BC, http://www.playvid.com/watch/MBKIsFTRjkN, http://www.playvid.com/watch/GYQSdtJDnoy, http://www.playvid.com/watch/xZ7T-X4vZOx, http://www.playvid.com/watch/teeg2FPAr5N, http://www.playvid.com/watch/usxRNZMLtvR, http://www.playvid.com/watch/I4usaTmUqNP, http://www.playvid.com/watch/goVKe2AUK-5, http://www.playvid.com/watch/x3HhiTmxH58, http://www.playvid.com/watch/jeBkiVpWtp2, http://www.playvid.com/watch/FU-8kf0nxdl, http://www.playvid.com/watch/XobAv3X7OKO, http://www.playvid.com/watch/rapVPvmOyEq, http://www.playvid.com/watch/nRljOgc-lt2, http://www.playvid.com/watch/l0RP5-GtYsK, http://www.playvid.com/watch/EkCiHq2EnjF, http://www.playvid.com/watch/ULSlUNRbBV6, http://www.playvid.com/watch/qhgs5HazOUQ, http://www.playvid.com/watch/9Ruoct55nDl, http://www.playvid.com/watch/AyeeNYV-7uV, http://www.playvid.com/watch/wWvYnC-pgE8, http://www.playvid.com/watch/LkFMMFLmx8W, http://www.playvid.com/watch/pk6fQRBuQcO, http://www.playvid.com/watch/lX9jAWwFxW9, http://www.playvid.com/watch/uQlO326RqzY, http://www.playvid.com/watch/oQFGtr3MF4t, http://www.playvid.com/watch/FuLSHDLyeyX, http://www.playvid.com/watch/RNG3X7DSwmb, http://www.playvid.com/watch/kCQ25qvselI, http://www.playvid.com/watch/Fa2r2zz7wfL, http://www.playvid.com/watch/Qre3KMbmTNC, http://www.playvid.com/watch/TZZbeCh9mTg, http://www.playvid.com/watch/Bk2OiPLmjgr, http://www.playvid.com/watch/c9ArP6zPmRD, http://www.playvid.com/watch/TEW5vSnvQGp, http://www.playvid.com/watch/HGNFnJROzqn, http://www.playvid.com/watch/uNmQFop7yMF, http://www.playvid.com/watch/KLRRZyg5YIA, http://www.playvid.com/watch/zp675NK0orw, http://www.playvid.com/watch/kRSoBJ3wf9K, http://www.playvid.com/watch/xt2mJzLvN86, http://www.playvid.com/watch/ajXI4plPWLx, http://www.playvid.com/watch/hjjBFBlPcki, http://www.playvid.com/watch/IMawCw3zSTg, http://www.playvid.com/watch/Ugpt1AqWXUH, http://www.playvid.com/watch/0g9-RMtowGe, http://www.playvid.com/watch/DseHwFZRydF, http://www.playvid.com/watch/ebQAMD2BYFS, http://www.playvid.com/watch/DHPOCNod4pe, http://www.playvid.com/watch/KWPm0bbpgoe, http://www.playvid.com/watch/W--18DWc6lT, http://www.playvid.com/watch/Zq9jrRKGIsA, http://www.playvid.com/watch/t-54B28Y2OF, http://www.playvid.com/watch/3aqz0deAWL1, http://www.playvid.com/watch/kyAl0aSFwZU, http://www.playvid.com/watch/jAg29v0zena, http://www.playvid.com/watch/oUEDMqlt7Hz, http://www.playvid.com/watch/fI7aiuNCedR, http://www.playvid.com/watch/twR3WKGYonY, http://www.playvid.com/watch/3K3HQC9REun, http://www.playvid.com/watch/fgIAZDKVr2U, http://www.playvid.com/watch/vrc287LDCIa, http://www.playvid.com/watch/ouqmqDK2gnN, http://www.playvid.com/watch/fNoVaPBx_XK, http://www.playvid.com/watch/lxOVKeqg28M, http://www.playvid.com/watch/i84s4AlODnK, http://www.playvid.com/watch/DQSlwojR6mj, http://www.playvid.com/watch/2oMXEcfHzVF, http://www.playvid.com/watch/J_GGnvHE53t, http://www.playvid.com/watch/xQgKdnVK1TP, http://www.playvid.com/watch/sxo4RFmmcNo, http://www.playvid.com/watch/Xv6lLjkUxNy, http://www.playvid.com/watch/KKloQsM-sZD, http://www.playvid.com/watch/Tqbx6RjPPiG, http://www.playvid.com/watch/ZrDWTsT19mj, http://www.playvid.com/watch/A-btX43c84s, http://www.playvid.com/watch/p5OfBlkO07k, http://www.playvid.com/watch/9VlXHN4IpDv, http://www.playvid.com/watch/06UjauXAdFr, http://www.playvid.com/watch/CjrJ1CBA7MV, http://www.playvid.com/watch/oQO-HbTBJH5, http://www.playvid.com/watch/qSNHbFyI7q8, http://www.playvid.com/watch/mdQwDfhCk8R, http://www.playvid.com/watch/vChV99csZwj, http://www.playvid.com/watch/mk-zL7D95tP, http://www.playvid.com/watch/ZnssqrhJpcy, http://www.playvid.com/watch/4-jk52Kef1C, http://www.playvid.com/watch/Y3hu3aSB2ri, http://www.playvid.com/watch/xJxGaVEZTHR, http://www.playvid.com/watch/oWWryDYvILo, http://www.playvid.com/watch/e6kVgZKF7_a, http://www.playvid.com/watch/Q_t86JyXe-K, http://www.playvid.com/watch/QP9STlhpwVU, http://www.playvid.com/watch/lCBCkLUb693, http://www.playvid.com/watch/IfDmTkMesXN, http://www.playvid.com/watch/OOXXO8H1e-D, http://www.playvid.com/watch/en1pUvmaTZC, http://www.playvid.com/watch/gTgebd8V4B5, http://www.playvid.com/watch/CuzLu6F9ZVQ, http://www.playvid.com/watch/k3-4OC0LiQz, http://www.playvid.com/watch/v7p5c0n-IOe, http://www.playvid.com/watch/oN7DRIn8z1U, http://www.playvid.com/watch/78lf06ZZS5p, http://www.playvid.com/watch/Z_yZpoTZNYJ, http://www.playvid.com/watch/oi0EtGSXn5O, http://www.playvid.com/watch/6ots9H5KcyU, http://www.playvid.com/watch/xYttuDveDDH, http://www.playvid.com/watch/6xUbNqltSgC, http://www.playvid.com/watch/qxWm7zjlN-Y, http://www.playvid.com/watch/c4A3SDiWbfm, http://www.playvid.com/watch/xzyI7rGKoDj, http://www.playvid.com/watch/l_LFnAzsckO, http://www.playvid.com/watch/qDhg21bmTyw, http://www.playvid.com/watch/bEajTlczMjl, http://www.playvid.com/watch/P8KK8dMHHxa, http://www.playvid.com/watch/BY8237weEBl, http://www.playvid.com/watch/E4DW_f8oApk, http://www.playvid.com/watch/0i1CDnxNSgs, http://www.playvid.com/watch/uPHhnfqjpkJ, http://www.playvid.com/watch/j83SXinIpIx, http://www.playvid.com/watch/r2AyzAMKhnp, http://www.playvid.com/watch/ap0hEaR5a1i, http://www.playvid.com/watch/UH3QJQbQuy3, http://www.playvid.com/watch/Ntyvh5Xdu8V, http://www.playvid.com/watch/F4k_kteR56S, http://www.playvid.com/watch/m09_FvevFL2, http://www.playvid.com/watch/aLzDTvl6G0v, http://www.playvid.com/watch/Co3qDCe5X5O, http://www.playvid.com/watch/thj1w2dsp8r, http://www.playvid.com/watch/0mRbh-vnNuc

5.f. Date of third notice: 2015-05-13

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Roosterfish

5.b. Uploader's email address: reefseeker@netzero.net

5.d. Uploader's profile: http://www.playvid.com/member/Roosterfish

5.e. List of videos posted by uploader: http://www.playvid.com/watch/6ueW4KCS01c, http://www.playvid.com/watch/X5KZjURMgVk, http://www.playvid.com/watch/PVq1-iYuVeq, http://www.playvid.com/watch/rd5AL7WyBAV, http://www.playvid.com/watch/mhC4U1ZQcfF, http://www.playvid.com/watch/AqsEtCORher, http://www.playvid.com/watch/KNctwdnnaRI, http://www.playvid.com/watch/zff5LjpClSz, http://www.playvid.com/watch/gvZhng0ZWwH, http://www.playvid.com/watch/tG4TsIuFMhM, http://www.playvid.com/watch/QkTXifu3PQ0, http://www.playvid.com/watch/yLRbGgiNv1O, http://www.playvid.com/watch/FqqDCsHkP3T, http://www.playvid.com/watch/w26HVU0bwB8, http://www.playvid.com/watch/odrso31Xu9X, http://www.playvid.com/watch/OJJ_proo1jt, http://www.playvid.com/watch/4sxyBsXp_CA, http://www.playvid.com/watch/NsU_KEJS6E5, http://www.playvid.com/watch/sUjpK3tCpYX, http://www.playvid.com/watch/IVjYniGejKV, http://www.playvid.com/watch/HBBaAEuBKvU, http://www.playvid.com/watch/QSNy-Zy0IaZ, http://www.playvid.com/watch/THyv-x2QuCw, http://www.playvid.com/watch/vQvkAMW-Mvm, http://www.playvid.com/watch/ELpLhC_PRju, http://www.playvid.com/watch/iweSUWsvd-B, http://www.playvid.com/watch/kpObIO8u_xL, http://www.playvid.com/watch/2-bmAwn9X5O, http://www.playvid.com/watch/anvAtq6VjxD, http://www.playvid.com/watch/J25K6WylomI, http://www.playvid.com/watch/Eto5KjoBhwf, http://www.playvid.com/watch/EJPfqMDjIi9, http://www.playvid.com/watch/f2xquEb7aCg, http://www.playvid.com/watch/6Gjfe51t5LZ, http://www.playvid.com/watch/80JkU_L7Shd, http://www.playvid.com/watch/9glZRFzfSLZ, http://www.playvid.com/watch/ZwLe1trdhXu, http://www.playvid.com/watch/4MWAaWcXJ-n, http://www.playvid.com/watch/xS16NR8-4DM, http://www.playvid.com/watch/CJYLRXMSGhv, http://www.playvid.com/watch/3pZuszaT-4n, http://www.playvid.com/watch/fxsZ4vUVauy, http://www.playvid.com/watch/L4TqY8u7Elq, http://www.playvid.com/watch/C8V-hmVHSpS, http://www.playvid.com/watch/q9vrv9wTgH4, http://www.playvid.com/watch/o4mz-2zPSdg, http://www.playvid.com/watch/Zd2wEiDb1Of, http://www.playvid.com/watch/Z0MR4Sics0o, http://www.playvid.com/watch/cqVsa2k7K0q, http://www.playvid.com/watch/eMdn02aaDTL, http://www.playvid.com/watch/TUkt61ccxwf, http://www.playvid.com/watch/E22pS1vSWXO, http://www.playvid.com/watch/rkccthacZ6C, http://www.playvid.com/watch/hhe8pWxDIl8, http://www.playvid.com/watch/LZSEELA65vM, http://www.playvid.com/watch/MxDTRoCufiT, http://www.playvid.com/watch/UM1QSvXxU0I, http://www.playvid.com/watch/ubXGMIiBKbf, http://www.playvid.com/watch/G-N1rSXI3RT, http://www.playvid.com/watch/I4r6mZVvp8l, http://www.playvid.com/watch/Vss7W6YsTlk, http://www.playvid.com/watch/QX6twPn15WL, http://www.playvid.com/watch/qg0kYaB-ilo, http://www.playvid.com/watch/LMpmw13cATz, http://www.playvid.com/watch/tmtXvGZGOmI, http://www.playvid.com/watch/Xyoy5RxleAM, http://www.playvid.com/watch/b4QhMyDNedm, http://www.playvid.com/watch/fi2ubXMjT72, http://www.playvid.com/watch/bga-QKLTPwz, http://www.playvid.com/watch/YiB7SCED4ab, http://www.playvid.com/watch/Z5Bhx2D9WKH, http://www.playvid.com/watch/pJo4Yu2s3dY, http://www.playvid.com/watch/5t_pDV9UDWV, http://www.playvid.com/watch/JM3pld7oofX, http://www.playvid.com/watch/l7nciobw3nv, http://www.playvid.com/watch/RiZC2XzzbHn, http://www.playvid.com/watch/GmT70wHu610, http://www.playvid.com/watch/A-xN39TP16T, http://www.playvid.com/watch/Kr2bDo2xyOR, http://www.playvid.com/watch/JFpILXhT5bs, http://www.playvid.com/watch/xmYEOTOQHm7, http://www.playvid.com/watch/JgQUJmbdgoo, http://www.playvid.com/watch/aHtI5UABHfv, http://www.playvid.com/watch/C20ug3y07TN, http://www.playvid.com/watch/XXcafcsrfau, http://www.playvid.com/watch/QA0-5fmGcAz, http://www.playvid.com/watch/s2LOklMBfJr, http://www.playvid.com/watch/2sQu2OUwHQx, http://www.playvid.com/watch/ebA6Vm2-ONR, http://www.playvid.com/watch/YCnNF8zRw8t, http://www.playvid.com/watch/ukHY86UseJZ, http://www.playvid.com/watch/6M__r9o1en8, http://www.playvid.com/watch/nTKRGMeJu5L, http://www.playvid.com/watch/syY8gOc0yLs, http://www.playvid.com/watch/FRlG_cmnKxF, http://www.playvid.com/watch/y4i_m0e1Tuh, http://www.playvid.com/watch/ZkWmKV8r58n, http://www.playvid.com/watch/Bka5Slhkuv3,

http://www.playvid.com/watch/LFHp-7cO09V, http://www.playvid.com/watch/3x6excbWqyp, http://www.playvid.com/watch/HD6H1Nz8x6Y, http://www.playvid.com/watch/aCaq_icbMnN, http://www.playvid.com/watch/khxg4BHvDBx, http://www.playvid.com/watch/4Pp2ErRat40, http://www.playvid.com/watch/Swo_76Laowp, http://www.playvid.com/watch/nA1EB3ktwox, http://www.playvid.com/watch/ecrmTE9CPI7, http://www.playvid.com/watch/ztePVEBpcdr, http://www.playvid.com/watch/nGZfSb3neDR, http://www.playvid.com/watch/x-ubDNv5Ezf, http://www.playvid.com/watch/ZF53erillXw, http://www.playvid.com/watch/mJ5mJ2vPkbX, http://www.playvid.com/watch/KDy-TBtcdf6, http://www.playvid.com/watch/hetHoTkOIOK, http://www.playvid.com/watch/g0Szhc4VZed, http://www.playvid.com/watch/Bksdy6qeFgn, http://www.playvid.com/watch/HaO7kYQu4fs, http://www.playvid.com/watch/vYtHkoB3oNY, http://www.playvid.com/watch/3zhSjLWjSbF, http://www.playvid.com/watch/KxLcWDRGlBv, http://www.playvid.com/watch/fnBaTx5sfsm, http://www.playvid.com/watch/GFja0aZ9X5s, http://www.playvid.com/watch/X0fqa8DrZFA, http://www.playvid.com/watch/is9tm1akuEi, http://www.playvid.com/watch/23zwkBX5HQh, http://www.playvid.com/watch/HmIAOiGZ12S, http://www.playvid.com/watch/Ttx6W-GjTUb, http://www.playvid.com/watch/C38TmwDu0t3, http://www.playvid.com/watch/BrjfwrjzaCV, http://www.playvid.com/watch/NehmhbpUnie, http://www.playvid.com/watch/a7Eq0m3qBo0, http://www.playvid.com/watch/qTMXK2wcQQv, http://www.playvid.com/watch/dzFjGCmt102, http://www.playvid.com/watch/gKHC3-MhSWe, http://www.playvid.com/watch/OKghFq5Yag2, http://www.playvid.com/watch/Yvhe9QQnbaF, http://www.playvid.com/watch/8KFQmGSf7fD, http://www.playvid.com/watch/wcmBroKjqvk, http://www.playvid.com/watch/2C9yFdoTDVb, http://www.playvid.com/watch/YWokhQzqmJy, http://www.playvid.com/watch/2_niwOFUJgI, http://www.playvid.com/watch/oPZDGwZJWqA, http://www.playvid.com/watch/X86No8Z9naS, http://www.playvid.com/watch/5toWatDuR9X, http://www.playvid.com/watch/H8bGPueGl5g, http://www.playvid.com/watch/WxpA16HfJyk, http://www.playvid.com/watch/BzKfvq9jXb9, http://www.playvid.com/watch/pBnklIdxdjS
5.f. Date of third notice: 2015-08-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Roxxx
5.b. Uploader's email address: frankfrankson@gmx.de
5.d. Uploader's profile: http://www.playvid.com/member/Roxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/b9oLSfrxkkN, http://www.playvid.com/watch/7KEnZ0MOJsy, http://www.playvid.com/watch/PEnY5H5coJW, http://www.playvid.com/watch/GG6-TGbnTfF, http://www.playvid.com/watch/84t6qxj3Miu, http://www.playvid.com/watch/2Rg_keDRqpL, http://www.playvid.com/watch/z4VlvqNufcf, http://www.playvid.com/watch/balQ1dXmU9a, http://www.playvid.com/watch/jNKhdtDmVIs, http://www.playvid.com/watch/PEgTjhg5iNV, http://www.playvid.com/watch/daznuNVte-8, http://www.playvid.com/watch/rhTgj4O6TNv, http://www.playvid.com/watch/83kcthYMwnr, http://www.playvid.com/watch/Q-0TrVm_j4K, http://www.playvid.com/watch/UeqnKH5g8Py, http://www.playvid.com/watch/pM7nkobDZIU, http://www.playvid.com/watch/zRewYyQM6Fd, http://www.playvid.com/watch/7o3MWth2NAO, http://www.playvid.com/watch/gSvvxPc9IAS, http://www.playvid.com/watch/0broVvyhPW5, http://www.playvid.com/watch/QIjNluySDYQ, http://www.playvid.com/watch/nWoKA8JJSoc, http://www.playvid.com/watch/PBaLKIjJJCP, http://www.playvid.com/watch/DdIoGlA1Kp7, http://www.playvid.com/watch/5UQAQHAEgYn, http://www.playvid.com/watch/9MSZyCSD4iN, http://www.playvid.com/watch/had0pMVQGf6, http://www.playvid.com/watch/5DeX8OYf_wW, http://www.playvid.com/watch/HAkas9Znrvn, http://www.playvid.com/watch/9Xs8n9rgUC6, http://www.playvid.com/watch/cFlKdrRpb6W, http://www.playvid.com/watch/etmPk2a3oMX, http://www.playvid.com/watch/ZOWH-PjEHky, http://www.playvid.com/watch/RVGjofmTGtl, http://www.playvid.com/watch/FjS1pHVgruc, http://www.playvid.com/watch/FAzVOEWlvu8, http://www.playvid.com/watch/fXrIwwOcT7H, http://www.playvid.com/watch/g3vQNT4QC3u, http://www.playvid.com/watch/VYw6LLrt5-S, http://www.playvid.com/watch/7IjFClUa_ix, http://www.playvid.com/watch/SiF-xhpCvTx, http://www.playvid.com/watch/t7Fx72ztT-a, http://www.playvid.com/watch/9K2Q538o1qh, http://www.playvid.com/watch/IGnT414tTpu, http://www.playvid.com/watch/tqVVfQ5l2oB, http://www.playvid.com/watch/Oow73H8vcdv, http://www.playvid.com/watch/Ps_RV-oaSgt, http://www.playvid.com/watch/LcHlxB6aect, http://www.playvid.com/watch/whwxlzz8rDL, http://www.playvid.com/watch/k0uw1V6A-d2, http://www.playvid.com/watch/2L3TAhloQXG, http://www.playvid.com/watch/NE1zfReQ93b, http://www.playvid.com/watch/3tty7bbHxsf, http://www.playvid.com/watch/nT2CjFTjSn3, http://www.playvid.com/watch/A4XDsfXh9LY, http://www.playvid.com/watch/v_N0ztAmAmH, http://www.playvid.com/watch/uuYSJd0ufyw, http://www.playvid.com/watch/7WM53HHIXNk, http://www.playvid.com/watch/Gr5UOBn4FTV, http://www.playvid.com/watch/WrdRJjVnpU3, http://www.playvid.com/watch/TCGBD6PZ4Kx, http://www.playvid.com/watch/wWQsqnuJ524, http://www.playvid.com/watch/k0xQ3uw1VTh, http://www.playvid.com/watch/tsIy66-WnaM, http://www.playvid.com/watch/5-AMOn0k4GI, http://www.playvid.com/watch/0TRYaqPn3OK, http://www.playvid.com/watch/g1bTlIWXO7h, http://www.playvid.com/watch/aiZCXUV6zjZ, http://www.playvid.com/watch/6hRWFPjkaZ8, http://www.playvid.com/watch/zasNI0CAm-C, http://www.playvid.com/watch/Ii71tYP7foE, http://www.playvid.com/watch/to6MV4hLQJL, http://www.playvid.com/watch/7_o0R0wGIxX, http://www.playvid.com/watch/pOSp5A0GzsI, http://www.playvid.com/watch/4I2krRt0xPE, http://www.playvid.com/watch/7GGP9UsloUK, http://www.playvid.com/watch/Rgb0kw10EJl, http://www.playvid.com/watch/lEfNboz49wK, http://www.playvid.com/watch/bJBctGi3_Xq, http://www.playvid.com/watch/jRZD6Y0dmSb, http://www.playvid.com/watch/c1H4BZ4ldvE, http://www.playvid.com/watch/iULoiIBMicy, http://www.playvid.com/watch/3YC4hU39srb, http://www.playvid.com/watch/FJc1danQcMp, http://www.playvid.com/watch/d8RGYs8zcQX, http://www.playvid.com/watch/PbCH8d5dz4q, http://www.playvid.com/watch/NG1TzRJj7xw, http://www.playvid.com/watch/opNc-H9_fvo, http://www.playvid.com/watch/U4f0e8xNhwR, http://www.playvid.com/watch/X4NJHhKrmbX, http://www.playvid.com/watch/c32uq8YF500, http://www.playvid.com/watch/fnj1o7kJmCd, http://www.playvid.com/watch/QtSaOQ67oQV, http://www.playvid.com/watch/ZABwtoKQQGp, http://www.playvid.com/watch/njvW787mNmg, http://www.playvid.com/watch/wW58Uk150rl, http://www.playvid.com/watch/b9XHdHyQD2A, http://www.playvid.com/watch/btxoIfh1FLt, http://www.playvid.com/watch/6BrujSd3yBu, http://www.playvid.com/watch/59mYTfSWUYc, http://www.playvid.com/watch/veeZ3RX8G3O, http://www.playvid.com/watch/dJjMm4ef65y, http://www.playvid.com/watch/E8FcKWpUC7o, http://www.playvid.com/watch/sMcIFbL23_O, http://www.playvid.com/watch/q0DQpSVb5zz, http://www.playvid.com/watch/wDYNA2cy3AE, http://www.playvid.com/watch/KregJrbcXVh, http://www.playvid.com/watch/ewPjjvPgG4m, http://www.playvid.com/watch/vDMtPXbXiFe, http://www.playvid.com/watch/BBYGV3GO2cC, http://www.playvid.com/watch/r-Fff6Oo8QA, http://www.playvid.com/watch/MWVBvfe-oPj, http://www.playvid.com/watch/fpSEJw-pS5p, http://www.playvid.com/watch/tu8asI46Ou9, http://www.playvid.com/watch/lFxGMGtXa_m, http://www.playvid.com/watch/rlNzjwzc6wl, http://www.playvid.com/watch/Q7QFnRRdBAd, http://www.playvid.com/watch/p5TH90ep2gb, http://www.playvid.com/watch/PBSWebe37AN, http://www.playvid.com/watch/i8A_SdxfSmX, http://www.playvid.com/watch/hcAdFX_bmZN, http://www.playvid.com/watch/Nyt0mCrWmXv, http://www.playvid.com/watch/0tVvd79Ad0Z, http://www.playvid.com/watch/zVQ9A3RqRCt, http://www.playvid.com/watch/DOhjA44UcW4, http://www.playvid.com/watch/eb7lh_fdVgi, http://www.playvid.com/watch/zHb9GtPSdhP, http://www.playvid.com/watch/EKpOolEWFD8, http://www.playvid.com/watch/H9If4ynKv8b, http://www.playvid.com/watch/2YxW2T1tp_u, http://www.playvid.com/watch/t_ccesYovmJ, http://www.playvid.com/watch/L_Ec1ktHMNH, http://www.playvid.com/watch/lg5vdaPirwD, http://www.playvid.com/watch/5HJo7pSoU_Y, http://www.playvid.com/watch/AGgKg7yzH5J, http://www.playvid.com/watch/X0PFTquzXOe, http://www.playvid.com/watch/0DJ_PEwE_Jm, http://www.playvid.com/watch/75pvHGvuRxL, http://www.playvid.com/watch/DU8bEkPcg4n, http://www.playvid.com/watch/bYQTKgDZQ8S, http://www.playvid.com/watch/Xj6Pdc91eWi, http://www.playvid.com/watch/38UQ3n03LRg, http://www.playvid.com/watch/cFC81RxbdiD, http://www.playvid.com/watch/H5vZ_TcaQSf, http://www.playvid.com/watch/5cWwSIIHYPD, http://www.playvid.com/watch/DQU-BKVLeNz, http://www.playvid.com/watch/dh5VRRWUHjs, http://www.playvid.com/watch/lpFgRteVBVv, http://www.playvid.com/watch/Q6T0_X3lvdP, http://www.playvid.com/watch/NkDLo8Vgl6g, http://www.playvid.com/watch/Q9EwBQddBgG, http://www.playvid.com/watch/rp4Yu35Fp3f, http://www.playvid.com/watch/lWTsQzeY53y, http://www.playvid.com/watch/n6AJ55XDj0H, http://www.playvid.com/watch/JAt5kQR7JY8, http://www.playvid.com/watch/XY0s7VKH8Kx, http://www.playvid.com/watch/cDe-FEGp7rZ, http://www.playvid.com/watch/HolR0-832wS, http://www.playvid.com/watch/2QLsngj5WSy, http://www.playvid.com/watch/opWjzulgCTt, http://www.playvid.com/watch/xkNCAqlbRsj, http://www.playvid.com/watch/r1yzq9Scv_0, http://www.playvid.com/watch/MKfXvs_GoXW, http://www.playvid.com/watch/cEqo-H5ASVG, http://www.playvid.com/watch/9H5wTALJkwp, http://www.playvid.com/watch/wBbDuvpiX4e, http://www.playvid.com/watch/N_30Tjj7SiO, http://www.playvid.com/watch/Dn_MAeUTsIt, http://www.playvid.com/watch/gzVHXS8wuVm, http://www.playvid.com/watch/SJr6nL6Kj-g, http://www.playvid.com/watch/WeIqBTPsqnu, http://www.playvid.com/watch/ClxzsjaLX9t, http://www.playvid.com/watch/ATOu0Z8SSZN, http://www.playvid.com/watch/b3HD3Reixzq, http://www.playvid.com/watch/KSA0O5QtiUq, http://www.playvid.com/watch/y3pkVuwYUOB, http://www.playvid.com/watch/w6CIS_KzZQ4, http://www.playvid.com/watch/7mjGREx18QS, http://www.playvid.com/watch/4tiCr-tgiec, http://www.playvid.com/watch/E3L0Gf__5q0, http://www.playvid.com/watch/iKPcq9jrFMf, http://www.playvid.com/watch/DBeYr5nCElX, http://www.playvid.com/watch/cKPKP5H6kB9, http://www.playvid.com/watch/EtLNf1Vjzop, http://www.playvid.com/watch/V9xMlhNDH_k, http://www.playvid.com/watch/FlVcw2171iZ, http://www.playvid.com/watch/NgLg89S6rYo, http://www.playvid.com/watch/znAFogN4b7A, http://www.playvid.com/watch/Ig0V-Q1IavV, http://www.playvid.com/watch/ODUix4WWsFB, http://www.playvid.com/watch/XMZ0o2qXGgO, http://www.playvid.com/watch/NBZF9Z0WlXq, http://www.playvid.com/watch/bfAa8G4KEZ5, http://www.playvid.com/watch/4J7ealZGOVP, http://www.playvid.com/watch/IFdHa0SVS6M, http://www.playvid.com/watch/2Hi6UW29MBf, http://www.playvid.com/watch/niMJCtr4NTl, http://www.playvid.com/watch/d1pKmq2RCeX, http://www.playvid.com/watch/aZ4p0fnNqFF, http://www.playvid.com/watch/qOJZiw1iv0u, http://www.playvid.com/watch/kcn3-d7aCaO, http://www.playvid.com/watch/wf4ybOteChM, http://www.playvid.com/watch/70R57VZdpBX, http://www.playvid.com/watch/5Z30XAOuLU5, http://www.playvid.com/watch/Twk7iCX4Fxc, http://www.playvid.com/watch/5u3_gSBIJEP, http://www.playvid.com/watch/3-AZ8bvX4HN, http://www.playvid.com/watch/MrAFYlJ2mVM, http://www.playvid.com/watch/fVeAWYh7eCR, http://www.playvid.com/watch/H7RvYFVu-DR, http://www.playvid.com/watch/YwdGGPOtnnz, http://www.playvid.com/watch/i1vU4JSX51l, http://www.playvid.com/watch/kYFImWJ8was, http://www.playvid.com/watch/FhFuWNxKiDZ, http://www.playvid.com/watch/vCDQQRfeqB3, http://www.playvid.com/watch/QwmupoqRVJR, http://www.playvid.com/watch/kbP79YDHQIe, http://www.playvid.com/watch/dwwnYvfrab5,

http://www.playvid.com/watch/NL7V_vzZyz5, http://www.playvid.com/watch/ChbPUhtLq2x, http://www.playvid.com/watch/z56jl5bFvuP,
http://www.playvid.com/watch/DOtXUW5vrkQ, http://www.playvid.com/watch/MPHnf2YVviR, http://www.playvid.com/watch/dh9fuYYZ13F,
http://www.playvid.com/watch/nQP24ivVBz9, http://www.playvid.com/watch/XvKrzN9wDeg, http://www.playvid.com/watch/BcNn8JCkcos,
http://www.playvid.com/watch/GU4NqTwau-N, http://www.playvid.com/watch/yFEhKh5B72P, http://www.playvid.com/watch/CCbLuQVnVng,
http://www.playvid.com/watch/kun0sUJvOPk, http://www.playvid.com/watch/y3XGu7b23nM, http://www.playvid.com/watch/MEaSsO7xmCE,
http://www.playvid.com/watch/4dXOoCcxkX8, http://www.playvid.com/watch/kvjW1zg2x3d, http://www.playvid.com/watch/v_mM1lMcPzj,
http://www.playvid.com/watch/5dNMRs0LQHI, http://www.playvid.com/watch/sxov1eLIxj6, http://www.playvid.com/watch/trgreKZVg4X,
http://www.playvid.com/watch/YVZfLlpnCyH, http://www.playvid.com/watch/Mky4_bX1L8t, http://www.playvid.com/watch/bcT745UvXaP,
http://www.playvid.com/watch/5eroJym8G0S, http://www.playvid.com/watch/o8unu6Wu-yJ, http://www.playvid.com/watch/FqM2Ksg1mJ8,
http://www.playvid.com/watch/y90kCUDqFho, http://www.playvid.com/watch/RaRn42txAaM, http://www.playvid.com/watch/0qknju6sIVq,
http://www.playvid.com/watch/A7N1OidynNm, http://www.playvid.com/watch/k3LUcW9wBQB, http://www.playvid.com/watch/gRkjPv3otQ0,
http://www.playvid.com/watch/Bek7GQdxk-b, http://www.playvid.com/watch/GWlMiU1Bc3t, http://www.playvid.com/watch/Tv04tMULiPO,
http://www.playvid.com/watch/3qguVmJoabv, http://www.playvid.com/watch/oGtpx3vC79r, http://www.playvid.com/watch/jFpPNFXnYIZ,
http://www.playvid.com/watch/OO8i4S9zF2H, http://www.playvid.com/watch/y_2lEfUAULV, http://www.playvid.com/watch/bzoIN4-HeJM,
http://www.playvid.com/watch/dII39_xHnVk, http://www.playvid.com/watch/AohJ3YPjqmQ, http://www.playvid.com/watch/IeLd7J1J7Px,
http://www.playvid.com/watch/BhNiiCL2sEh, http://www.playvid.com/watch/5chn39veQGg, http://www.playvid.com/watch/YeRj__RTon4,
http://www.playvid.com/watch/0iPQ1fH5wBH, http://www.playvid.com/watch/20OkksUKrfY, http://www.playvid.com/watch/rIssgc3qIPd,
http://www.playvid.com/watch/GRMAZZ1bKwi, http://www.playvid.com/watch/6TUhagCwjqh, http://www.playvid.com/watch/5QS48NGvpbu,
http://www.playvid.com/watch/4uy1UFjIed7, http://www.playvid.com/watch/JfIOKApXXt5, http://www.playvid.com/watch/VK3GoFv0uHB,
http://www.playvid.com/watch/6g37kFxmPXc, http://www.playvid.com/watch/M_VqPtYQM20, http://www.playvid.com/watch/fAdDRyQzc6N,
http://www.playvid.com/watch/U7GOuJReDJB, http://www.playvid.com/watch/gSbPwiZNwLn, http://www.playvid.com/watch/8TaD-yq9nd5,
http://www.playvid.com/watch/niz33nPRnpg, http://www.playvid.com/watch/E9HpY7z6Q8h, http://www.playvid.com/watch/s3jAxrcC4tO,
http://www.playvid.com/watch/JgPiH3dTT0R, http://www.playvid.com/watch/DC4Q7f10NXO, http://www.playvid.com/watch/Ay1EATUgkEG,
http://www.playvid.com/watch/V-ExmzLi68e, http://www.playvid.com/watch/su59ZogbXbW, http://www.playvid.com/watch/Ovn2nmmBh17,
http://www.playvid.com/watch/8T-RQ0LX5vo, http://www.playvid.com/watch/DrycMUhiXjo, http://www.playvid.com/watch/9Gz_X4UC_-X,
http://www.playvid.com/watch/VrKLJgrPuTR, http://www.playvid.com/watch/uV0qSUfDzIm, http://www.playvid.com/watch/QCScfw6ZgrU,
http://www.playvid.com/watch/IKugtXmrMwW, http://www.playvid.com/watch/39rlfJB6PMK, http://www.playvid.com/watch/t-ZxZDHemur,
http://www.playvid.com/watch/8S-dU4Tf8cp, http://www.playvid.com/watch/A_6R4RIIkcs, http://www.playvid.com/watch/MC9ULYlYWNu,
http://www.playvid.com/watch/mxr18B6RjbD, http://www.playvid.com/watch/BB20TRWiMCr, http://www.playvid.com/watch/CgTqrFa40sw,
http://www.playvid.com/watch/KHdn0sXnpZl, http://www.playvid.com/watch/RyXxCTrrXaV, http://www.playvid.com/watch/A6GP0JLIntP,
http://www.playvid.com/watch/T5G17s3TZ_Z, http://www.playvid.com/watch/mmP70YrTO1P, http://www.playvid.com/watch/h2BSfg352uj,
http://www.playvid.com/watch/Te7-3hLnL2V, http://www.playvid.com/watch/WsRv24i0FfW, http://www.playvid.com/watch/6xC0fqZ7vJL,
http://www.playvid.com/watch/wehFUtcYBk8, http://www.playvid.com/watch/5BXOap2FY2A, http://www.playvid.com/watch/TYjlTltqc58,
http://www.playvid.com/watch/OKwuDepktlg, http://www.playvid.com/watch/h-uQTvgPG8V, http://www.playvid.com/watch/ibDRpM9sg0Y,
http://www.playvid.com/watch/kKduS2cp6ji, http://www.playvid.com/watch/aLSww3uL46G, http://www.playvid.com/watch/VuGclYJ-lA7,
http://www.playvid.com/watch/aQ6Cj3wW_JO, http://www.playvid.com/watch/tRcdJqnxJLI, http://www.playvid.com/watch/yloxNX-8Fft,
http://www.playvid.com/watch/PYAulD1Y_-g, http://www.playvid.com/watch/pKLQJcTag1E, http://www.playvid.com/watch/royqaq-Dp-q,
http://www.playvid.com/watch/HBpj3HWY6fQ, http://www.playvid.com/watch/N76tXMgPamE, http://www.playvid.com/watch/5AJ9w81DCNy,
http://www.playvid.com/watch/X0GLwRyjokQ, http://www.playvid.com/watch/RuZ76BonQS7, http://www.playvid.com/watch/rjGy9v8cMI4,
http://www.playvid.com/watch/JvxlnsT77M7, http://www.playvid.com/watch/uOoPvfSK-2R, http://www.playvid.com/watch/ND7MQe65SIu,
http://www.playvid.com/watch/jBdS3BlaCwK, http://www.playvid.com/watch/CGCVTUMG93f, http://www.playvid.com/watch/ys_zvdXcAig,
http://www.playvid.com/watch/osxgFbYTr5W, http://www.playvid.com/watch/89IZR_buw2X, http://www.playvid.com/watch/hotkoU_iKQJ,
http://www.playvid.com/watch/D8LRqrzLftV, http://www.playvid.com/watch/cMznZE9rmFY, http://www.playvid.com/watch/sRzkaKHfS8O,
http://www.playvid.com/watch/Igd7DQtfsrQ, http://www.playvid.com/watch/Twtwwfotq6y, http://www.playvid.com/watch/AG_s9QFY128,
http://www.playvid.com/watch/Heqwm58D0d6, http://www.playvid.com/watch/gvvMKRzfXTt, http://www.playvid.com/watch/LhpLvwODosP,
http://www.playvid.com/watch/m2UjNPye0KZ, http://www.playvid.com/watch/Wcm9FrMjJR5, http://www.playvid.com/watch/3ypBb9NKLU8,
http://www.playvid.com/watch/UZFa_Ylf_Dy, http://www.playvid.com/watch/nyAHghMJXXZ, http://www.playvid.com/watch/o0Qc9gop_LD,
http://www.playvid.com/watch/W4_qbdjE2Vn, http://www.playvid.com/watch/shyb6VPsHMM, http://www.playvid.com/watch/PDZjXeD6yAz,
http://www.playvid.com/watch/8FCWmWvNqnQ, http://www.playvid.com/watch/s8SQXgJVk8k, http://www.playvid.com/watch/2iQoXye5JYP,
http://www.playvid.com/watch/nca4DnUbcYf, http://www.playvid.com/watch/XciNn7ZkkbR, http://www.playvid.com/watch/fzePdKlvb2w,
http://www.playvid.com/watch/S-VIdw0xPUg, http://www.playvid.com/watch/K2szIrB2NrO, http://www.playvid.com/watch/otgGINcjeoY,
http://www.playvid.com/watch/0T-yvygHXy7, http://www.playvid.com/watch/DxLWcRB8ngK, http://www.playvid.com/watch/iItqSUxS_pV,
http://www.playvid.com/watch/f2lVB9RLXVI, http://www.playvid.com/watch/wIDxfcrdSEV, http://www.playvid.com/watch/qxopaKuaBEt,
http://www.playvid.com/watch/FZY0hc_Tj0N, http://www.playvid.com/watch/AVGbTjgSVAv, http://www.playvid.com/watch/IXhQgriH5zs,
http://www.playvid.com/watch/EW6YsGBJdzV, http://www.playvid.com/watch/DA-hTP2KNik, http://www.playvid.com/watch/lc6Vbfj_Aio,
http://www.playvid.com/watch/Mu06-8o-Gkf, http://www.playvid.com/watch/tMNT6YlWLkT, http://www.playvid.com/watch/aY9TwuOgnCD,
http://www.playvid.com/watch/3MYtyGBkYBD, http://www.playvid.com/watch/C1PuWi9FOWb, http://www.playvid.com/watch/40YOYkv6D1T,
http://www.playvid.com/watch/Wm8Q7GL-heM, http://www.playvid.com/watch/dp7XiaVLQwL, http://www.playvid.com/watch/dxQPZ9Cos0h,
http://www.playvid.com/watch/lWbgktyIHfO, http://www.playvid.com/watch/BM3R_3gOZhU, http://www.playvid.com/watch/nIcGXisa5On,
http://www.playvid.com/watch/8PcAvQgN_Tq, http://www.playvid.com/watch/50hrID99Doa, http://www.playvid.com/watch/tetFpATTvNS,
http://www.playvid.com/watch/xnfA7ozhzLo, http://www.playvid.com/watch/AYPuLZSvfXs, http://www.playvid.com/watch/ofq-PB17A93,
http://www.playvid.com/watch/3J8u87Rf7xg, http://www.playvid.com/watch/uEx1UMI6pRV, http://www.playvid.com/watch/uKrS8p-Z9ki,
http://www.playvid.com/watch/Z1aKvpPeGeY, http://www.playvid.com/watch/xx7dvHsVnWp, http://www.playvid.com/watch/iE1FzASbCoE,
http://www.playvid.com/watch/oYTh6ErSwEq, http://www.playvid.com/watch/y0QJ7AZAE3m, http://www.playvid.com/watch/mJ0Dhv1rz4v,
http://www.playvid.com/watch/GfueBjsU_YR, http://www.playvid.com/watch/W8WVCTZ08mG, http://www.playvid.com/watch/EFGqcYtaQAs,
http://www.playvid.com/watch/8hYpCddCohi, http://www.playvid.com/watch/XUDpW1qX4oY, http://www.playvid.com/watch/Mxtwh6aI-Iy
5.f. Date of third notice: 2014-07-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: roxxxsexxx
5.b. Uploader's email address: dfhdfjfgfgdfgr4@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/roxxxsexxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/euT-hwozymo, http://www.playvid.com/watch/TpgQDiBrHWc,
http://www.playvid.com/watch/Eo38Elfpe8J, http://www.playvid.com/watch/nCvZujUpjTb, http://www.playvid.com/watch/Tz2FjwDiB2E,
http://www.playvid.com/watch/-qxx8XEzHw-, http://www.playvid.com/watch/jnSf2ZozO-C, http://www.playvid.com/watch/umKfKP56CfY,
http://www.playvid.com/watch/3IApeMZXyRN, http://www.playvid.com/watch/-EFrz-zWrFA, http://www.playvid.com/watch/TOTK7xWzoMp,
http://www.playvid.com/watch/nS79Ew9syjP, http://www.playvid.com/watch/dX7WdN02enw, http://www.playvid.com/watch/XXedil0sqD9,
http://www.playvid.com/watch/HjTuFigRA7t, http://www.playvid.com/watch/DrULSu9dUyr, http://www.playvid.com/watch/ru704-DtOYv,
http://www.playvid.com/watch/iigbAD3C2PC, http://www.playvid.com/watch/HjG6HCCrXjC, http://www.playvid.com/watch/3NlKJbQAR-F,
http://www.playvid.com/watch/DmfWbpSIGZI, http://www.playvid.com/watch/-AMM20XCp4E, http://www.playvid.com/watch/EuJ7YubZOj3,
http://www.playvid.com/watch/-kcEIg6JiwK, http://www.playvid.com/watch/XVz7GN8CLpF, http://www.playvid.com/watch/HLxZt7TZrpr,
http://www.playvid.com/watch/AM-6O7XPCcK, http://www.playvid.com/watch/ojBvIPh8505, http://www.playvid.com/watch/QwnOHas2kws,
http://www.playvid.com/watch/5JBWbYIvSJK, http://www.playvid.com/watch/X9Gov7hg7ca, http://www.playvid.com/watch/-95rukpIBuG,
http://www.playvid.com/watch/uVge6sX5vr8, http://www.playvid.com/watch/2I5SL-VQwMN, http://www.playvid.com/watch/9UhU2ny-X0k,
http://www.playvid.com/watch/mWIKmH2BmnO, http://www.playvid.com/watch/pavdbOg6KGy, http://www.playvid.com/watch/cYlLQeyQvfD,
http://www.playvid.com/watch/4b7NGrR2x-m, http://www.playvid.com/watch/SSuzvbRg7MX, http://www.playvid.com/watch/-dUH-bPiMNf,
http://www.playvid.com/watch/wFv5yq5n64O, http://www.playvid.com/watch/2OwQ8bvEKAY, http://www.playvid.com/watch/FcqqJ7n37uU,
http://www.playvid.com/watch/HoMrQfD3Wwl, http://www.playvid.com/watch/kxA5CeVKfpM, http://www.playvid.com/watch/WPHEiYtqrSu,
http://www.playvid.com/watch/peHc52MySAD, http://www.playvid.com/watch/lBIt55tjVPg, http://www.playvid.com/watch/mECeeqjR0Qf,
http://www.playvid.com/watch/h5zxjmgEvCj, http://www.playvid.com/watch/tumcDLuliMr, http://www.playvid.com/watch/Xwx84SrxwSd,
http://www.playvid.com/watch/ghPT70N8f2z, http://www.playvid.com/watch/pZPtb9YLCYf, http://www.playvid.com/watch/3IAdXlEPIGc,
http://www.playvid.com/watch/X4vurI5ZPps, http://www.playvid.com/watch/XcRYdzrjYTB, http://www.playvid.com/watch/lOIZYvMGJT0,
http://www.playvid.com/watch/3xkiNbsMG44, http://www.playvid.com/watch/J-m2JBniTr5, http://www.playvid.com/watch/KMNmiOVzhQ6,
http://www.playvid.com/watch/TSQWo4BA79K, http://www.playvid.com/watch/UNFN2fn2ZIe, http://www.playvid.com/watch/qDGF8GDvtqu,
http://www.playvid.com/watch/hFekk8M3s77, http://www.playvid.com/watch/THQxVOAgKde, http://www.playvid.com/watch/ZUz0CrWraaM,
http://www.playvid.com/watch/gzOn-BOjIWs, http://www.playvid.com/watch/HbQEvSncMV0, http://www.playvid.com/watch/OYThQl-wN9g,

http://www.playvid.com/watch/KkibikoE9s3, http://www.playvid.com/watch/4bp-iLz3b6R, http://www.playvid.com/watch/OVJjYPTovq8, http://www.playvid.com/watch/ozO8zeM2o32, http://www.playvid.com/watch/VT8-h7W8h4x, http://www.playvid.com/watch/eX4o2-HOhwi, http://www.playvid.com/watch/ZonMwW9oxg2, http://www.playvid.com/watch/hKl0k-PRGYJ, http://www.playvid.com/watch/xUZRdVijM9f, http://www.playvid.com/watch/KeBq-a2SxL9, http://www.playvid.com/watch/XTEgneYOBkY, http://www.playvid.com/watch/AeLwzWM4Rtf, http://www.playvid.com/watch/xMUoe3QgUWP, http://www.playvid.com/watch/RQd5-rXsdkT, http://www.playvid.com/watch/okdgXnwTOEj, http://www.playvid.com/watch/eHAW8k7CsxQ, http://www.playvid.com/watch/fqfFKlsgCMe, http://www.playvid.com/watch/Rme-Let6cID, http://www.playvid.com/watch/ztK3wKwN5w0, http://www.playvid.com/watch/Ca4JwMgFxvK, http://www.playvid.com/watch/-2HzZjVqsKR, http://www.playvid.com/watch/zeQyUJaymRI, http://www.playvid.com/watch/HUrRlMU8lc6, http://www.playvid.com/watch/qOpv4NIXAOq, http://www.playvid.com/watch/kzFI3vuv59b, http://www.playvid.com/watch/bvQd7sla6ZI, http://www.playvid.com/watch/0t9KcnIoy35, http://www.playvid.com/watch/wn0rD372U3o, http://www.playvid.com/watch/EjCJedSSinB, http://www.playvid.com/watch/mUiWJoW9CLW, http://www.playvid.com/watch/K3hj2TyaKEh, http://www.playvid.com/watch/KDFRhJcQh4X, http://www.playvid.com/watch/letYNTiNmwW, http://www.playvid.com/watch/jeYCXuSg6R5, http://www.playvid.com/watch/PTWSiEur5ZD, http://www.playvid.com/watch/aGBpR-5fFo5, http://www.playvid.com/watch/9msMrmYZQo0, http://www.playvid.com/watch/SraFgpJq4DL, http://www.playvid.com/watch/tCWwMyAygpe, http://www.playvid.com/watch/VpIHypxPp83, http://www.playvid.com/watch/tLAZD5mDLeh, http://www.playvid.com/watch/wUQd94R6JRH, http://www.playvid.com/watch/vAtt07ONvvu, http://www.playvid.com/watch/Ly9K-nFny5b, http://www.playvid.com/watch/Ct3vdL5Vx8i, http://www.playvid.com/watch/6MP3SDULX99, http://www.playvid.com/watch/zbPdMxrvbtZ, http://www.playvid.com/watch/9L06w5DiT3O, http://www.playvid.com/watch/UPbij2vJKgU, http://www.playvid.com/watch/v3qO-BkjRXi, http://www.playvid.com/watch/q6ofiAlbNwN, http://www.playvid.com/watch/z8H6gHsbzMo, http://www.playvid.com/watch/wjujjrjW2zL, http://www.playvid.com/watch/y3hdXm2HbEG, http://www.playvid.com/watch/ARBwMOHnaLd, http://www.playvid.com/watch/CBGB8ELwpUT, http://www.playvid.com/watch/mCXYXCroiEW, http://www.playvid.com/watch/8McH2SzUFv-, http://www.playvid.com/watch/RpIPG-fXMnz, http://www.playvid.com/watch/XlIEuSbyP5i, http://www.playvid.com/watch/Dp-v86TwnFT
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ruben2233
5.b. Uploader's email address: rujavier@live.com
5.d. Uploader's profile: http://www.playvid.com/member/ruben2233
5.e. List of videos posted by uploader: http://www.playvid.com/watch/0J9cbpFeATh, http://www.playvid.com/watch/MJYG8eHarFW, http://www.playvid.com/watch/i7-MA7V7hNs, http://www.playvid.com/watch/6Ugx0uS7hoh, http://www.playvid.com/watch/l1NerPx526k, http://www.playvid.com/watch/uls4yy-g5Kt, http://www.playvid.com/watch/eD6KWvE6nMt, http://www.playvid.com/watch/JspBK3wmPVe, http://www.playvid.com/watch/XgCOh_G1mnX, http://www.playvid.com/watch/uW6XfuN9DoM, http://www.playvid.com/watch/GP3vz-8kc4o, http://www.playvid.com/watch/0xfkzpTlyVI, http://www.playvid.com/watch/Xobj0xdiR0J, http://www.playvid.com/watch/31_BczpElq0, http://www.playvid.com/watch/sNscihLRZWG, http://www.playvid.com/watch/Cc-ErEiSXhW, http://www.playvid.com/watch/EURvCxvK_cV, http://www.playvid.com/watch/TLUEQcITYqJ, http://www.playvid.com/watch/g52GA0eEpyP, http://www.playvid.com/watch/fFkN4uhJKnk, http://www.playvid.com/watch/MlrMOmeKy0p, http://www.playvid.com/watch/D6GggPBJm_N, http://www.playvid.com/watch/wUeVHC0I4LL, http://www.playvid.com/watch/FjdfA8nj4N5, http://www.playvid.com/watch/HCIYbsDSr8L, http://www.playvid.com/watch/U70DqIjozGg, http://www.playvid.com/watch/y-lecZIs_ey, http://www.playvid.com/watch/gedbylju0g3, http://www.playvid.com/watch/YvO8QhHV8v8, http://www.playvid.com/watch/p78lqD4IZzX, http://www.playvid.com/watch/GPhjlTegA7y, http://www.playvid.com/watch/H3L8MumZVUf, http://www.playvid.com/watch/bVdIMH8bQnO
5.f. Date of third notice: 2015-09-14 12:47:23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rudybaby
5.b. Uploader's email address: rudy_boy504@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/rudybaby
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dd9KbWbL24r, http://www.playvid.com/watch/J9dfFyPX-fA, http://www.playvid.com/watch/fUVIska6AgC, http://www.playvid.com/watch/cfajOiMff6x, http://www.playvid.com/watch/epU8lrmewNZ, http://www.playvid.com/watch/ahVsPrSJsFO, http://www.playvid.com/watch/rxC-7480XNn, http://www.playvid.com/watch/bD0sPYbRvIg, http://www.playvid.com/watch/ViMvS4sG6rH, http://www.playvid.com/watch/njJLeRNFIUv, http://www.playvid.com/watch/IBBTroouVrqj, http://www.playvid.com/watch/fzkemOxJQeQ, http://www.playvid.com/watch/Cz7LWbHZ2-Q, http://www.playvid.com/watch/diOTER0EGkg, http://www.playvid.com/watch/vs9MJpl4J4X, http://www.playvid.com/watch/rQRiBeA6Hn0, http://www.playvid.com/watch/HLWHVTjmahK, http://www.playvid.com/watch/I-dmufnnPQ8, http://www.playvid.com/watch/GLtMGnQXSRZ, http://www.playvid.com/watch/EPUZLfrDC9B, http://www.playvid.com/watch/3DBhyh09pwj, http://www.playvid.com/watch/WqsPXFMrGM3, http://www.playvid.com/watch/mn5QuCJNp3M, http://www.playvid.com/watch/NeiJagbQj22, http://www.playvid.com/watch/ksFFE0bjYMJ, http://www.playvid.com/watch/NW4wLdLvCgY, http://www.playvid.com/watch/ZevpYY3jxA6, http://www.playvid.com/watch/8xMHow70GS4, http://www.playvid.com/watch/4JHhTTq2n72, http://www.playvid.com/watch/KyNuBWJ5b-k, http://www.playvid.com/watch/v8tvGy9RmIa, http://www.playvid.com/watch/4utlG5MJBrt, http://www.playvid.com/watch/Yq03vZZrTt-, http://www.playvid.com/watch/VWvgik8mGHN, http://www.playvid.com/watch/RcrL9jLKV3r, http://www.playvid.com/watch/k0QwlEAlnAx, http://www.playvid.com/watch/xUnDCdK3xQ0, http://www.playvid.com/watch/NsSgPXldB2B, http://www.playvid.com/watch/bG7uuYaj022, http://www.playvid.com/watch/jjqAr6KEJ0g, http://www.playvid.com/watch/04FQhQlKCet, http://www.playvid.com/watch/bUTyUOGqttB, http://www.playvid.com/watch/WHSuruFZlV0, http://www.playvid.com/watch/Gsj8_kgv8Wm, http://www.playvid.com/watch/3ft6pxVM2RO, http://www.playvid.com/watch/Yf8C-pO5TOy, http://www.playvid.com/watch/F_eEjK7uWNY, http://www.playvid.com/watch/7pTHcpWVXDe, http://www.playvid.com/watch/bpBF_aDi7UP
5.f. Date of third notice: 2014-01-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: rufflust
5.b. Uploader's email address: breakherin@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/rufflust
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zIvpGWuPkD7, http://www.playvid.com/watch/fZ40UVBZVy5, http://www.playvid.com/watch/JnSYxHPWrQM, http://www.playvid.com/watch/7GCJFqXQote, http://www.playvid.com/watch/O5b6L472x86
5.f. Date of third notice: 2015-05-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: russo81
5.b. Uploader's email address: amarumarusso@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/russo81
5.e. List of videos posted by uploader: http://www.playvid.com/watch/grfGpMmKSJX, http://www.playvid.com/watch/2JIlRRbgdxY, http://www.playvid.com/watch/vseSrINiGG2, http://www.playvid.com/watch/6QTeze6yo7A, http://www.playvid.com/watch/aWPOdhUNWBg, http://www.playvid.com/watch/P2DuwZjPViS, http://www.playvid.com/watch/DUeOYNptryF, http://www.playvid.com/watch/ddnsDt7I-Ah, http://www.playvid.com/watch/Wznwk726hMi, http://www.playvid.com/watch/x9FqJ74ivAU, http://www.playvid.com/watch/BVfUVDqBrl2, http://www.playvid.com/watch/L7dS9CkmYFr, http://www.playvid.com/watch/ktEr5B5-kvk, http://www.playvid.com/watch/MeEtgZ7GZ5M, http://www.playvid.com/watch/3cB9tF3G6dz, http://www.playvid.com/watch/M3YVbUk-pB0, http://www.playvid.com/watch/48CpEhdSt7F, http://www.playvid.com/watch/Und7gdqy8Io, http://www.playvid.com/watch/BO-S9MGUa9L, http://www.playvid.com/watch/my75FlkXiYH, http://www.playvid.com/watch/53f4KB3lAJe, http://www.playvid.com/watch/zbd4Mv3BJap, http://www.playvid.com/watch/hmF4U8HXlbs, http://www.playvid.com/watch/6UD-QirySdG, http://www.playvid.com/watch/YSfxwnfNmwX, http://www.playvid.com/watch/x-nNCLLASok, http://www.playvid.com/watch/uxsEIwC0h7p, http://www.playvid.com/watch/-yMhZdPuLXQ, http://www.playvid.com/watch/96e69N4UTxb, http://www.playvid.com/watch/j5iP73Gj8rx, http://www.playvid.com/watch/LCTA-jsWltc, http://www.playvid.com/watch/tIHPcMYjoA3, http://www.playvid.com/watch/PFsU98YCn0p, http://www.playvid.com/watch/WpMGKrmXQQ8, http://www.playvid.com/watch/jTkIdEszRYP, http://www.playvid.com/watch/mPnjjCccins, http://www.playvid.com/watch/dkI4bGAmO0P, http://www.playvid.com/watch/eRRZmeB0kT-, http://www.playvid.com/watch/MhC8Rb-W2Ok, http://www.playvid.com/watch/CMZKHkLzqHS, http://www.playvid.com/watch/l5vrr7vnqeX, http://www.playvid.com/watch/zacJvEZbw9z, http://www.playvid.com/watch/rnbUbpNcXvi, http://www.playvid.com/watch/C6OFFDsGGFx, http://www.playvid.com/watch/mzSefAThahl, http://www.playvid.com/watch/YhP2b3QW6xo, http://www.playvid.com/watch/szD30YMuy04, http://www.playvid.com/watch/LNVq4egFyaV, http://www.playvid.com/watch/KKv7kyFm0WJ, http://www.playvid.com/watch/SCObIrXWoNv, http://www.playvid.com/watch/g7gXiwHzpqn, http://www.playvid.com/watch/6KgbVs9tiBd, http://www.playvid.com/watch/nX7lXa9oNEu, http://www.playvid.com/watch/q6afTCCnMaX, http://www.playvid.com/watch/anO5pkJUdRR, http://www.playvid.com/watch/iWfnEmvWoyg, http://www.playvid.com/watch/RfHHgOKIu0s, http://www.playvid.com/watch/8jzpoMz9j5p, http://www.playvid.com/watch/b9KtOSJBXzP,

http://www.playvid.com/watch/CU5VI-R4n5S, http://www.playvid.com/watch/xXXH4qL-hmG, http://www.playvid.com/watch/mz9WZUI5Wn8, http://www.playvid.com/watch/4QOjpQOotRM, http://www.playvid.com/watch/MaAmRnP8LJq, http://www.playvid.com/watch/5RnfuQpu6w3, http://www.playvid.com/watch/IJbxlbzDWZl, http://www.playvid.com/watch/tvIPcjWgNCL, http://www.playvid.com/watch/qRrkias3l3s, http://www.playvid.com/watch/foTZLZwzj3W, http://www.playvid.com/watch/6CMcebq0XKe, http://www.playvid.com/watch/wKOnMfY9bGS, http://www.playvid.com/watch/PZmXCC4rpdr, http://www.playvid.com/watch/vn2SnMHNeui, http://www.playvid.com/watch/LeoS3U6jyvQ, http://www.playvid.com/watch/px8wMRwr7s8, http://www.playvid.com/watch/g5YEoA-O4Zr, http://www.playvid.com/watch/NXtvRPuzNxO, http://www.playvid.com/watch/pwK-HxOnOBT, http://www.playvid.com/watch/7BOTQH3yAXO, http://www.playvid.com/watch/wsuIrksI2yK, http://www.playvid.com/watch/9dtsfkOfBgH, http://www.playvid.com/watch/aFYCkciwozw, http://www.playvid.com/watch/pkYrhQaqm8-
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ruumpo
5.b. Uploader's email address: axeliodeep@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/ruumpo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/88q4X0ObiVd, http://www.playvid.com/watch/F5L0qUG2wSN, http://www.playvid.com/watch/muVnCYxMC0T, http://www.playvid.com/watch/CCwUPyO3oVF, http://www.playvid.com/watch/uxp6OWR8u5a, http://www.playvid.com/watch/xjoxtd48XSq, http://www.playvid.com/watch/H3tMp7Ocqv0, http://www.playvid.com/watch/mOGJ0CIn2nd, http://www.playvid.com/watch/SFHscFgBcrK, http://www.playvid.com/watch/-OPsM2UGQH4, http://www.playvid.com/watch/Sqcxy6ZDEqH, http://www.playvid.com/watch/IwHGFrXjM40, http://www.playvid.com/watch/3JDDDwAMqlm, http://www.playvid.com/watch/T7RwG7IAgPI, http://www.playvid.com/watch/3vQfkhLqPnZ, http://www.playvid.com/watch/-wweabSO48L, http://www.playvid.com/watch/AS6UDUztYmD, http://www.playvid.com/watch/ed3MfFeMWC7, http://www.playvid.com/watch/WYzFrLGMRnx, http://www.playvid.com/watch/6zEjEQP-Nb-, http://www.playvid.com/watch/cgDI2Aznc9w, http://www.playvid.com/watch/UPfezSe6dyP, http://www.playvid.com/watch/O-S7sKTHiVF, http://www.playvid.com/watch/Z-LANjt808f, http://www.playvid.com/watch/r9f9Pi5ZGPx, http://www.playvid.com/watch/PE56akh2yww, http://www.playvid.com/watch/3jXoHY3nxlV, http://www.playvid.com/watch/kr0flXTqqlb, http://www.playvid.com/watch/tpWZYufi6Jn, http://www.playvid.com/watch/WzKTsZkISEL, http://www.playvid.com/watch/VNZHldu6TI3, http://www.playvid.com/watch/X8kbrtDiBpS, http://www.playvid.com/watch/SOhg8Zfz337, http://www.playvid.com/watch/bgrYca50pcE, http://www.playvid.com/watch/Ntr4pGKN6La, http://www.playvid.com/watch/5ohDOuQWwMz, http://www.playvid.com/watch/VMj8kRl-lv8, http://www.playvid.com/watch/noawuXNZ4v2, http://www.playvid.com/watch/0vTGL3Kznc0, http://www.playvid.com/watch/BSfxmPleOB4, http://www.playvid.com/watch/yOsLpqvQOBW, http://www.playvid.com/watch/gDskH-npgGg, http://www.playvid.com/watch/S3SNrgvp7cL, http://www.playvid.com/watch/zbF7ad0JaG2, http://www.playvid.com/watch/Qbx4jqO2QJV, http://www.playvid.com/watch/jI5CPhbhlKi, http://www.playvid.com/watch/7cWlcWoT-J8, http://www.playvid.com/watch/CWehcriLVca, http://www.playvid.com/watch/zbaL7OJE6zm, http://www.playvid.com/watch/Lspef4i0BaA, http://www.playvid.com/watch/0qQ9Tl6WjN5, http://www.playvid.com/watch/FsC4cIm9PTd, http://www.playvid.com/watch/xz-6i8puPdu, http://www.playvid.com/watch/u2OM0TtmXru, http://www.playvid.com/watch/dHner9SVHcG, http://www.playvid.com/watch/FQ5jWY6rYmw, http://www.playvid.com/watch/TMMDQApzkKx, http://www.playvid.com/watch/qN3mnnlywQo, http://www.playvid.com/watch/uXU2OFi9HuJ, http://www.playvid.com/watch/JJeSmP3Erxo, http://www.playvid.com/watch/W8JSQzIyknM, http://www.playvid.com/watch/hGCbvXdojeI, http://www.playvid.com/watch/afYMU36oeUI, http://www.playvid.com/watch/AhXgKu220bz, http://www.playvid.com/watch/w8oI4BfdmHF, http://www.playvid.com/watch/dnPxnbUp-m-, http://www.playvid.com/watch/jP2O2PTDU3F, http://www.playvid.com/watch/CnpoIaOO8yS, http://www.playvid.com/watch/OdAZ0GoGwxf, http://www.playvid.com/watch/m5cSS-yKcS9, http://www.playvid.com/watch/ItpXBwXRRit, http://www.playvid.com/watch/AZfsU7m4yyl, http://www.playvid.com/watch/E-BDy-aLJXy, http://www.playvid.com/watch/64IcjU0N7xI, http://www.playvid.com/watch/SQ7chlOY6Mh, http://www.playvid.com/watch/rYoD0xlvNIp, http://www.playvid.com/watch/9rW42kwvbr5, http://www.playvid.com/watch/b3eH8C-2zmg, http://www.playvid.com/watch/uPSYLBszfdI, http://www.playvid.com/watch/EIXWtypV3TG, http://www.playvid.com/watch/jxLzs6WoJIW, http://www.playvid.com/watch/JvNf9oIIbQi, http://www.playvid.com/watch/KclPqXQtFn0, http://www.playvid.com/watch/QqZz-FpPIma, http://www.playvid.com/watch/Iw4wyBVx68c, http://www.playvid.com/watch/Dl6Ir4r-Das, http://www.playvid.com/watch/zWpqmglCUjf, http://www.playvid.com/watch/7lF7msgKEzP, http://www.playvid.com/watch/74TkQpG3b4K, http://www.playvid.com/watch/tkyf5TccTAx, http://www.playvid.com/watch/fzsBpv7sbc6, http://www.playvid.com/watch/wIKIjKb-pkN, http://www.playvid.com/watch/vYHNTCOIm6U, http://www.playvid.com/watch/fa5WIPar0lj, http://www.playvid.com/watch/OSJVXylIj6A, http://www.playvid.com/watch/e3d8c4OufuW, http://www.playvid.com/watch/OJeKIVfJkHw, http://www.playvid.com/watch/zT6rLaaqCZo, http://www.playvid.com/watch/SbGGmOhPXCk, http://www.playvid.com/watch/V6yDUDG5-VW, http://www.playvid.com/watch/HeQ8hopmnti, http://www.playvid.com/watch/h3c89UwlRyB, http://www.playvid.com/watch/XqmuWKZWGwS, http://www.playvid.com/watch/PlNJVM4u52B, http://www.playvid.com/watch/Ctl435QOu4f, http://www.playvid.com/watch/saoPhKZShLm, http://www.playvid.com/watch/TmIq3QuoSkh, http://www.playvid.com/watch/jJkztF9nH-h, http://www.playvid.com/watch/ko7M7WetpTB, http://www.playvid.com/watch/cDMSoOLBGRV, http://www.playvid.com/watch/PGuCaSTge5f, http://www.playvid.com/watch/OMsmOGNSTqg, http://www.playvid.com/watch/EBEqR6GxipE, http://www.playvid.com/watch/oPIZC5pJiv0, http://www.playvid.com/watch/DTAXc6E9T9o, http://www.playvid.com/watch/Bq3vQfUWicX, http://www.playvid.com/watch/5b3pelqTYyD, http://www.playvid.com/watch/-VnzeL90zhl, http://www.playvid.com/watch/ACMK8GiiMy5, http://www.playvid.com/watch/0TOaGWGj9UD, http://www.playvid.com/watch/Pn9bjsCgwsr, http://www.playvid.com/watch/QRy7ytRYTnm, http://www.playvid.com/watch/kj8y0spk2LQ, http://www.playvid.com/watch/nDFmAsKL5LZ, http://www.playvid.com/watch/RD93y9TN7ln, http://www.playvid.com/watch/GUoUxqrH2Mv, http://www.playvid.com/watch/FhtM45InmHW, http://www.playvid.com/watch/4ig2OSKQ3th, http://www.playvid.com/watch/c2evFtbULdr, http://www.playvid.com/watch/mvDfHWbLGAA, http://www.playvid.com/watch/VraHpRVYNMA, http://www.playvid.com/watch/0cGUF27QqhL, http://www.playvid.com/watch/l4JRFlNL9kc, http://www.playvid.com/watch/xubF2BexZ9v, http://www.playvid.com/watch/kBJ9IfaSp-h, http://www.playvid.com/watch/g4W9DmuUDDZ, http://www.playvid.com/watch/ZSuOwG9Xy3v, http://www.playvid.com/watch/ikQv9XBe2tA, http://www.playvid.com/watch/uavR8mspo5g, http://www.playvid.com/watch/LwoyR48zZPc, http://www.playvid.com/watch/cOUOYQtafgD, http://www.playvid.com/watch/bk74doB3NBN, http://www.playvid.com/watch/fUSmta2t5fX, http://www.playvid.com/watch/TGlAF7s9WsR, http://www.playvid.com/watch/HMgukaaR3jB, http://www.playvid.com/watch/K2LSdgTj77U, http://www.playvid.com/watch/07pgs6cvEfV, http://www.playvid.com/watch/G5S4mtPywB0, http://www.playvid.com/watch/aAux82m7mU2, http://www.playvid.com/watch/2Ja-rNtJFFd, http://www.playvid.com/watch/ci8grs4Bs7p, http://www.playvid.com/watch/ucHf-TGhTyP, http://www.playvid.com/watch/JlHQFlYca28, http://www.playvid.com/watch/V3VOUXbIypw, http://www.playvid.com/watch/Qi2-8uZB3gY, http://www.playvid.com/watch/P4sgejytjnE, http://www.playvid.com/watch/Vw6cgovOCU5, http://www.playvid.com/watch/SWax6rr7YaT, http://www.playvid.com/watch/nYYlDgwkcxW, http://www.playvid.com/watch/tQ5o5VMlPyk, http://www.playvid.com/watch/-xuuFwzbL7M, http://www.playvid.com/watch/dTXgZg0yvST, http://www.playvid.com/watch/jiZnbNi0wi2, http://www.playvid.com/watch/xGViC4Qy9fS, http://www.playvid.com/watch/gLCh8mqscbY, http://www.playvid.com/watch/qxZc2P5z8X9, http://www.playvid.com/watch/FJfNaNymJog, http://www.playvid.com/watch/TMpzD0iJYa5, http://www.playvid.com/watch/s9jl-EcDxOR, http://www.playvid.com/watch/88T-39FHfZy, http://www.playvid.com/watch/SOM5dy7xUIw, http://www.playvid.com/watch/UcAoWpQdCZC, http://www.playvid.com/watch/MZzO9j4Q3El, http://www.playvid.com/watch/HDpK56LQuXg, http://www.playvid.com/watch/Darb-qFj0ob, http://www.playvid.com/watch/AJSDfkOy6Ey, http://www.playvid.com/watch/44x8ESf0fFg, http://www.playvid.com/watch/eVK6e2eIe8f, http://www.playvid.com/watch/DBs9mHiEU5Q, http://www.playvid.com/watch/uP3DNQ2NVKi, http://www.playvid.com/watch/pqxAmDSffNf, http://www.playvid.com/watch/Swns4opul2i, http://www.playvid.com/watch/Zd8F98rH-Wz, http://www.playvid.com/watch/DDLgczRvqfr, http://www.playvid.com/watch/MmAcoXxJKcX, http://www.playvid.com/watch/ujxZxUPrQn-, http://www.playvid.com/watch/IzCbUetHM9V, http://www.playvid.com/watch/lVTAoMnZui-, http://www.playvid.com/watch/IwQYCd3b3Sb, http://www.playvid.com/watch/5hdPQWU-4cA, http://www.playvid.com/watch/Lgt0X5KHTQX, http://www.playvid.com/watch/D4ZsaQ3IkXg, http://www.playvid.com/watch/eQm6FkpFQ2C, http://www.playvid.com/watch/cZtYxwYbdyZ, http://www.playvid.com/watch/pwTR2pxz8lP, http://www.playvid.com/watch/RoiyoFkpr7p, http://www.playvid.com/watch/YOjNxLtZ-3v, http://www.playvid.com/watch/7zRrCjsVKDU, http://www.playvid.com/watch/7KdGsm2J-UQ, http://www.playvid.com/watch/mWfLnNASB4C, http://www.playvid.com/watch/u53P3wvQMUz, http://www.playvid.com/watch/bUmJfpF3pwj, http://www.playvid.com/watch/24669T7Yuez, http://www.playvid.com/watch/gcraFm0vwdq, http://www.playvid.com/watch/i2vC4QbUnhA, http://www.playvid.com/watch/pCMHb9EYbKX, http://www.playvid.com/watch/nuD9i5hM3Ne, http://www.playvid.com/watch/aboj5yvQaJ0, http://www.playvid.com/watch/CrXOM5teDdB, http://www.playvid.com/watch/Yu2STw6j5fJ, http://www.playvid.com/watch/a8vvdqE0mLJ, http://www.playvid.com/watch/mGT-9ox5ol3, http://www.playvid.com/watch/6C74b79DdMi, http://www.playvid.com/watch/SsYmZam5tBA, http://www.playvid.com/watch/mz7OLYW7xPL, http://www.playvid.com/watch/YpJllfGbmi8, http://www.playvid.com/watch/kd3xjHahXzv, http://www.playvid.com/watch/iJ7uAkdBb8T, http://www.playvid.com/watch/7lGddO76PAR, http://www.playvid.com/watch/T9ougpyu8KL, http://www.playvid.com/watch/sNPpcff6gj4, http://www.playvid.com/watch/DgeFOuz530M, http://www.playvid.com/watch/m37D2UqGl4i, http://www.playvid.com/watch/6w4ZL8w0VOc, http://www.playvid.com/watch/v8xhJbW-G3n, http://www.playvid.com/watch/uLvSkVCCI3J, http://www.playvid.com/watch/u3660DFcI43, http://www.playvid.com/watch/-se69KJGoYX, http://www.playvid.com/watch/z8yKUarqZ6I, http://www.playvid.com/watch/TfLhi47JaQc, http://www.playvid.com/watch/4JZ-cxPmugL, http://www.playvid.com/watch/DKIVNnjQHm7, http://www.playvid.com/watch/HTRxOkOZydd, http://www.playvid.com/watch/CJmmfjCy6Xs, http://www.playvid.com/watch/KLLhmXLFoK8, http://www.playvid.com/watch/CtiasK8mhVk, http://www.playvid.com/watch/327qj8PRG8e, http://www.playvid.com/watch/8woFdx26DSn, http://www.playvid.com/watch/BCv38sb8g7o, http://www.playvid.com/watch/nzrbRPKWnGd, http://www.playvid.com/watch/U7tgPdjFaRT, http://www.playvid.com/watch/D7D0VvT7MVb, http://www.playvid.com/watch/ILQ0xfd7XZM, http://www.playvid.com/watch/UBGz-J2sQWR, http://www.playvid.com/watch/KUiC8va6pfu,

http://www.playvid.com/watch/rHmngaWBb4V, http://www.playvid.com/watch/5WcPQtW3Wwp, http://www.playvid.com/watch/rpGueAsJ9ph, http://www.playvid.com/watch/pruhVOPm0VE, http://www.playvid.com/watch/rvfmrhk7KXy, http://www.playvid.com/watch/lxPPjMcM0vz, http://www.playvid.com/watch/37PQueuM6i8, http://www.playvid.com/watch/uU4MB6PfJhc, http://www.playvid.com/watch/KVfchgG3NWn, http://www.playvid.com/watch/olIxprwuCEr, http://www.playvid.com/watch/NA30Bo8sFZS, http://www.playvid.com/watch/fVgCMYVBa8D, http://www.playvid.com/watch/F769i2yrNn8, http://www.playvid.com/watch/4O4NHe3IMBR, http://www.playvid.com/watch/ioHMAxoDB3L, http://www.playvid.com/watch/mlt8L65lwBm, http://www.playvid.com/watch/EuwjJuKHYG3, http://www.playvid.com/watch/6lELen9MC5b, http://www.playvid.com/watch/toXjBy8CwkE, http://www.playvid.com/watch/vrmBr0PF4ma, http://www.playvid.com/watch/Q7NMbgxFVHs, http://www.playvid.com/watch/Ncwp65tmQjP, http://www.playvid.com/watch/78DK4CONXwL, http://www.playvid.com/watch/MmztnQ7Nm2V, http://www.playvid.com/watch/ufMR5GQmPZ9, http://www.playvid.com/watch/Gzkq52Q08aw, http://www.playvid.com/watch/6VMg3EgNmY4, http://www.playvid.com/watch/CVSO6tdvgnf, http://www.playvid.com/watch/jRRlyTmya6O, http://www.playvid.com/watch/KnYNrPs-IqC, http://www.playvid.com/watch/SGZ2zS3XrjB
5.f. Date of third notice: 2013-06-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ryoichi
5.b. Uploader's email address: fridaynightlights1995@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ryoichi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/y4xS3DZcIEV, http://www.playvid.com/watch/FqukKkeiCoz, http://www.playvid.com/watch/U6JcjxtNJV6, http://www.playvid.com/watch/qOVemNRMSrF, http://www.playvid.com/watch/eDh8P0PGow5, http://www.playvid.com/watch/0DxnuVbb0Nq, http://www.playvid.com/watch/53xChX4tSpc, http://www.playvid.com/watch/XQDP0wTXaLQ, http://www.playvid.com/watch/2gwv5DmNZWr, http://www.playvid.com/watch/QJPd0HvvzcZ, http://www.playvid.com/watch/jqtJoEg98iW, http://www.playvid.com/watch/DDGDbDXqVxc, http://www.playvid.com/watch/D9nukS9Np1p, http://www.playvid.com/watch/VQqpgPLOgYk, http://www.playvid.com/watch/kjzgVxrhuKE, http://www.playvid.com/watch/wngTpfjQxH2, http://www.playvid.com/watch/6QUkGjBYtYa, http://www.playvid.com/watch/XbacxtAOcd2, http://www.playvid.com/watch/meTigobQ58z, http://www.playvid.com/watch/ViE__ogWwmD, http://www.playvid.com/watch/E0HIw-M9evK, http://www.playvid.com/watch/WBzJZ6J9v67, http://www.playvid.com/watch/DM3nfUcYs33, http://www.playvid.com/watch/R9eH7GaDh2O, http://www.playvid.com/watch/6QepgHRqjHg, http://www.playvid.com/watch/O36NA2CR1iQ, http://www.playvid.com/watch/DspW6l9jHtV, http://www.playvid.com/watch/BepEXL6DWGs, http://www.playvid.com/watch/vGjvIfq6m13, http://www.playvid.com/watch/QibsGX9NH_B, http://www.playvid.com/watch/rZbZMgbU2eY, http://www.playvid.com/watch/RF2Uz3dwp7J, http://www.playvid.com/watch/52kzskGVIhS, http://www.playvid.com/watch/XFgSpG1F1Cb, http://www.playvid.com/watch/icsfmj52Xb9, http://www.playvid.com/watch/cHSSHJUHNB8, http://www.playvid.com/watch/y1RUPW4moK6, http://www.playvid.com/watch/gdBqWHdyxGn, http://www.playvid.com/watch/QMd6wxlYNL9, http://www.playvid.com/watch/2CEnpF0Pmfp, http://www.playvid.com/watch/RmnDLe6h7OS, http://www.playvid.com/watch/D4MVn36FEFU, http://www.playvid.com/watch/bl5NIYiZh4P, http://www.playvid.com/watch/ztwhx4FmyrM, http://www.playvid.com/watch/d19HCvSyCxD, http://www.playvid.com/watch/UqxL5hAI3Mv, http://www.playvid.com/watch/YIrEi3inMFX, http://www.playvid.com/watch/yl-mJ5twTDf, http://www.playvid.com/watch/8D2-1zJQwtV, http://www.playvid.com/watch/pylSCbAXRSv, http://www.playvid.com/watch/Ft_5AzaEuI3, http://www.playvid.com/watch/3-BSgzR6xil, http://www.playvid.com/watch/kMKWF_mnavF, http://www.playvid.com/watch/rSIal4_aLos, http://www.playvid.com/watch/QHlhpFpss1c, http://www.playvid.com/watch/cpK968y9BjY, http://www.playvid.com/watch/fwqtEOt60G9, http://www.playvid.com/watch/w8fDKrMurX0, http://www.playvid.com/watch/U5ctR9v7-qs, http://www.playvid.com/watch/nQBgRxbRx-d, http://www.playvid.com/watch/zJb9fcHu4_c, http://www.playvid.com/watch/oef1o2xlGs6, http://www.playvid.com/watch/9QGSTLwfpzd, http://www.playvid.com/watch/sEpNdC5-obY, http://www.playvid.com/watch/PZtSZK111Gi, http://www.playvid.com/watch/25wUKF_A04e, http://www.playvid.com/watch/0PZfqcGkOTv, http://www.playvid.com/watch/z66dVFNf4gs, http://www.playvid.com/watch/ENLXD3Tbcug, http://www.playvid.com/watch/TACIO_WjGnb, http://www.playvid.com/watch/LGGL9KM9y6A, http://www.playvid.com/watch/9BsPTXAsXnb, http://www.playvid.com/watch/kC_6rlbDLyQ, http://www.playvid.com/watch/ijE7CObVgyk, http://www.playvid.com/watch/pwaGQ-lV5xp, http://www.playvid.com/watch/6cgRCWo73Qj, http://www.playvid.com/watch/IDetYpRPv-b, http://www.playvid.com/watch/3d1S01CuvHO, http://www.playvid.com/watch/MshHl40ddrQ, http://www.playvid.com/watch/xKKPNBDr7gM, http://www.playvid.com/watch/7otgCUMZ7sN, http://www.playvid.com/watch/UE6OWKz-Rgj, http://www.playvid.com/watch/hemnlNExlsq, http://www.playvid.com/watch/bsz5IYUFBOo, http://www.playvid.com/watch/Z5w7TUijoi0, http://www.playvid.com/watch/HI6qs3Rk-lH, http://www.playvid.com/watch/easEwdXfd44, http://www.playvid.com/watch/6m0yhtsEO3v, http://www.playvid.com/watch/6v6CnY_iILb, http://www.playvid.com/watch/4HRqA6DhQv9, http://www.playvid.com/watch/qvv4gHxjXDf, http://www.playvid.com/watch/4JJl-oS7FZG, http://www.playvid.com/watch/9BD9PMoPWpe, http://www.playvid.com/watch/hXDeJzWsGAT
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sabine8
5.b. Uploader's email address: sabine8rn4079@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/sabine8
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9OrdoSPxyls, http://www.playvid.com/watch/WPnicvvH9As, http://www.playvid.com/watch/V5csBMjzxzs, http://www.playvid.com/watch/u05uZhIDstD, http://www.playvid.com/watch/O6xy2OHd5oE, http://www.playvid.com/watch/vHqSgeBI099, http://www.playvid.com/watch/ZiHRxfby8Dn, http://www.playvid.com/watch/gxVvbSQgzwB, http://www.playvid.com/watch/MCTgFKgQSlt, http://www.playvid.com/watch/JBxpoOJojAU, http://www.playvid.com/watch/qLtfn-pNDFH, http://www.playvid.com/watch/3C8yjrILU6f, http://www.playvid.com/watch/0uQuCocUo3E, http://www.playvid.com/watch/LxC3kgFmVHS, http://www.playvid.com/watch/gqb3IwwqEf9, http://www.playvid.com/watch/LdtSVo4OhFe, http://www.playvid.com/watch/StrlDc5b8Ie, http://www.playvid.com/watch/I3U2i3Uil6m, http://www.playvid.com/watch/Lnc8LO7ifPz, http://www.playvid.com/watch/OG7a7LR4P63, http://www.playvid.com/watch/8ntH2RjYFEb, http://www.playvid.com/watch/eRJfIsvHyEC, http://www.playvid.com/watch/It6gN-ErlOx, http://www.playvid.com/watch/uqHxkr6EuAT, http://www.playvid.com/watch/qAYP6GVOGNL, http://www.playvid.com/watch/NsMxbXXIPcB, http://www.playvid.com/watch/uy8bmRNse8G, http://www.playvid.com/watch/rMuo7Bt3wJy, http://www.playvid.com/watch/igttUlJSyQF, http://www.playvid.com/watch/UyLZ4ZmPFue, http://www.playvid.com/watch/JTOJOZnEVeW, http://www.playvid.com/watch/atywWilVTyY, http://www.playvid.com/watch/FNW-rAn5HDC, http://www.playvid.com/watch/y0cMKTD4k2L, http://www.playvid.com/watch/WvOBuxu3JuN, http://www.playvid.com/watch/ByQMdMr284o, http://www.playvid.com/watch/GfEzKkIlcn3, http://www.playvid.com/watch/caHIzRqQ8nt, http://www.playvid.com/watch/SVweWzgknTd, http://www.playvid.com/watch/hzQk0REpdqx, http://www.playvid.com/watch/9-pz6LiIWGy, http://www.playvid.com/watch/ReKVUbbXeks, http://www.playvid.com/watch/DAls-d5BFI3, http://www.playvid.com/watch/fQsFeRYbmVi, http://www.playvid.com/watch/tSXQXZeUssj, http://www.playvid.com/watch/fsTl3n3F-IM, http://www.playvid.com/watch/jpDhoSkohv5, http://www.playvid.com/watch/5B3qoM0IW7B, http://www.playvid.com/watch/65wDE-Zwlam, http://www.playvid.com/watch/0uLnyl6aAHG, http://www.playvid.com/watch/yKEnwOnzig8, http://www.playvid.com/watch/ov7v-wL7Jaj, http://www.playvid.com/watch/oUMbzcUfmn9, http://www.playvid.com/watch/-0reAHwxFqE, http://www.playvid.com/watch/CBJFilJ4ydR, http://www.playvid.com/watch/74QllxksqvN, http://www.playvid.com/watch/Y-9t7h8BRlb, http://www.playvid.com/watch/BLR265Wdt40, http://www.playvid.com/watch/naex0Id8wHJ, http://www.playvid.com/watch/IOKes5r8suv, http://www.playvid.com/watch/nc-6Oi9OJIb, http://www.playvid.com/watch/kg8JOpNEzUw, http://www.playvid.com/watch/RfwA-nW-JXH, http://www.playvid.com/watch/6MWalI2-Vpc, http://www.playvid.com/watch/ekT6AIP9NOQ, http://www.playvid.com/watch/5IBRSZ8wskV, http://www.playvid.com/watch/VTncr-eja6s, http://www.playvid.com/watch/NuJ0mxauxgo, http://www.playvid.com/watch/s6gaT5JaxYA, http://www.playvid.com/watch/NUNjEoqCBBi, http://www.playvid.com/watch/jqLw2t2f-im, http://www.playvid.com/watch/Xx9uhBLwtzU, http://www.playvid.com/watch/NLH7ATGwcSk, http://www.playvid.com/watch/WOE8zi7lkKk, http://www.playvid.com/watch/wX6yHHdhiVg, http://www.playvid.com/watch/ABO4vEMUVS5, http://www.playvid.com/watch/NA8zE8WwyW-, http://www.playvid.com/watch/BTdXtpLpkUs, http://www.playvid.com/watch/FDpG9RXecW2, http://www.playvid.com/watch/l7Y-i84b070, http://www.playvid.com/watch/0yDzaAq5Mub, http://www.playvid.com/watch/WPZcSWS7wPv, http://www.playvid.com/watch/NNp7pL0YMiw, http://www.playvid.com/watch/20KEEZBTBrI, http://www.playvid.com/watch/B7v0kW0MbIb, http://www.playvid.com/watch/02NxCS-e2Mf, http://www.playvid.com/watch/maewT5sZphP, http://www.playvid.com/watch/TptdCJTDZjc, http://www.playvid.com/watch/MMC6a0DU-4F, http://www.playvid.com/watch/DV4zWyGXfT5, http://www.playvid.com/watch/OFHTBfjTStF, http://www.playvid.com/watch/5ZqW7WVCzPF, http://www.playvid.com/watch/gdAIS4iHj0v, http://www.playvid.com/watch/SwUy0C8GBAc, http://www.playvid.com/watch/paGaX8cdYZj, http://www.playvid.com/watch/JF-9qtUH-6X, http://www.playvid.com/watch/umJhHYPPkLW, http://www.playvid.com/watch/AsNEcDkDP8V, http://www.playvid.com/watch/G4w6fYM2Ulr, http://www.playvid.com/watch/3q2sftiHpEr, http://www.playvid.com/watch/ZQ2x6k005VF, http://www.playvid.com/watch/eGewCUHFJBA, http://www.playvid.com/watch/qI6euHrdFEu, http://www.playvid.com/watch/PP2jWB5fWyN, http://www.playvid.com/watch/AOyOlAszLZE, http://www.playvid.com/watch/Ta7bRcCPw-e, http://www.playvid.com/watch/pCMGomZT2Ds, http://www.playvid.com/watch/qVgUqZWN4yD, http://www.playvid.com/watch/fL6YDl4WFpN, http://www.playvid.com/watch/dDHPtH3kJ7N, http://www.playvid.com/watch/ovb34jJn0Nb, http://www.playvid.com/watch/hq3mZFmZpRi, http://www.playvid.com/watch/xKJ-QJflxKo, http://www.playvid.com/watch/zApdrSkEBbq, http://www.playvid.com/watch/ksAj0l3vGdl, http://www.playvid.com/watch/gtSo-WFfIZo, http://www.playvid.com/watch/hK3P7fsqD6J, http://www.playvid.com/watch/dsXSVkZ4vRV, http://www.playvid.com/watch/73S4dI5LefJ, http://www.playvid.com/watch/ViSOF5q7aC6, http://www.playvid.com/watch/fuv45buiG9M, http://www.playvid.com/watch/68mVC88Rbhe,

http://www.playvid.com/watch/f2AOp-jNYTY, http://www.playvid.com/watch/NUxIfjSYBig, http://www.playvid.com/watch/aDqYKpOXBz0,
http://www.playvid.com/watch/64QIsij8o8S, http://www.playvid.com/watch/SIkyS3tRl4H, http://www.playvid.com/watch/tyDzghDewsq,
http://www.playvid.com/watch/mzmiTYZTqmj, http://www.playvid.com/watch/zVNRV2Im-3D, http://www.playvid.com/watch/zEK5dEpFzng,
http://www.playvid.com/watch/RRfN2dYFzcp, http://www.playvid.com/watch/vxKiyOSuBig, http://www.playvid.com/watch/QFdRwMaMRTp,
http://www.playvid.com/watch/zhp-oXY5C9F, http://www.playvid.com/watch/5Isg-rQONem, http://www.playvid.com/watch/9Gcqhili6u2,
http://www.playvid.com/watch/C50gdTGjbCP, http://www.playvid.com/watch/BM0KvFfpWcq, http://www.playvid.com/watch/atPkczZNn29,
http://www.playvid.com/watch/3Nf5eimwEJ9, http://www.playvid.com/watch/XEHJUESRfJb, http://www.playvid.com/watch/0jyliPU7oTi,
http://www.playvid.com/watch/w9CklRBHk7h, http://www.playvid.com/watch/Ydio3f6ok0r, http://www.playvid.com/watch/ew-6taezezs,
http://www.playvid.com/watch/OlHizMORlSO, http://www.playvid.com/watch/FGUq988a3FQ, http://www.playvid.com/watch/w06Zw2f7nYZ,
http://www.playvid.com/watch/sgdG88rYQMn, http://www.playvid.com/watch/ZjIMJPZrByN, http://www.playvid.com/watch/IFFWl4G3WW0,
http://www.playvid.com/watch/BvWttjWyzRr, http://www.playvid.com/watch/ndnorPkJLuw, http://www.playvid.com/watch/bKzZZxOIYoW,
http://www.playvid.com/watch/Fu4QwmMnwQM, http://www.playvid.com/watch/5Qk02Us9FO9, http://www.playvid.com/watch/YeNaeevgO2H,
http://www.playvid.com/watch/It4fZiReR42, http://www.playvid.com/watch/pTtPRbED4wm, http://www.playvid.com/watch/Tz83zRbcKu6,
http://www.playvid.com/watch/WRThYwAVby0, http://www.playvid.com/watch/DjMhaOlLtvc, http://www.playvid.com/watch/roii0qPHU0t,
http://www.playvid.com/watch/S-tfj37hvah, http://www.playvid.com/watch/RCOi9jqB4Wc, http://www.playvid.com/watch/oO4pV2HO-VD,
http://www.playvid.com/watch/a37IGxABnGN, http://www.playvid.com/watch/UHgGorkx6n8, http://www.playvid.com/watch/7LTeDN24rGM,
http://www.playvid.com/watch/Im97fwkDCqG, http://www.playvid.com/watch/jPCQkdYrhgc, http://www.playvid.com/watch/jlH9ER0goMb,
http://www.playvid.com/watch/WHIqIOcfkS9, http://www.playvid.com/watch/K2fSpQTXbx-, http://www.playvid.com/watch/Bk6mPNBQt6S,
http://www.playvid.com/watch/hqiqkfuvY0O, http://www.playvid.com/watch/nQyp99yT50J, http://www.playvid.com/watch/yQQ-tvdJOLf,
http://www.playvid.com/watch/j9quuNsFfpk, http://www.playvid.com/watch/KVr409SuZKl, http://www.playvid.com/watch/d7buCj56ivv,
http://www.playvid.com/watch/MWCZMpUYS9X, http://www.playvid.com/watch/sz5ipmFieJ-, http://www.playvid.com/watch/nnL-M8vLTNU,
http://www.playvid.com/watch/WNJCNWmhFdp, http://www.playvid.com/watch/k0aiQV2ToSw, http://www.playvid.com/watch/-UZipvPt5zV,
http://www.playvid.com/watch/hNt0XVaASVM, http://www.playvid.com/watch/hmKDaR9aj4E, http://www.playvid.com/watch/CgsoisJIx7Q,
http://www.playvid.com/watch/zudr654UELS, http://www.playvid.com/watch/lJzx-Gekfzw, http://www.playvid.com/watch/Q9jfdo9ZSd5,
http://www.playvid.com/watch/qnfWDAxll39, http://www.playvid.com/watch/Nh8L00QSC4q, http://www.playvid.com/watch/ejqi5PIftH6,
http://www.playvid.com/watch/bD6XAT7XJT5, http://www.playvid.com/watch/kYeRKQJyQ9p, http://www.playvid.com/watch/sujABp7Xpem,
http://www.playvid.com/watch/D5aW-hs4Nx6, http://www.playvid.com/watch/ntHp-Ux4c8W, http://www.playvid.com/watch/l6CS6Vv8IDy,
http://www.playvid.com/watch/rjU8TXYqU7V, http://www.playvid.com/watch/vbleI05nJK4, http://www.playvid.com/watch/XJ82IJihKPr,
http://www.playvid.com/watch/IXlxj5S9xxJ, http://www.playvid.com/watch/Dgp2FgqXNF8, http://www.playvid.com/watch/jRtF9W840Rk,
http://www.playvid.com/watch/W7SkfwsvdnC, http://www.playvid.com/watch/bZN7Std-AXz, http://www.playvid.com/watch/5vX7VI7aNz2,
http://www.playvid.com/watch/2Gkgdt2-mq8, http://www.playvid.com/watch/MrowjqI2B6u, http://www.playvid.com/watch/CXrqE0fvySj,
http://www.playvid.com/watch/-clPgMR2WwF, http://www.playvid.com/watch/y-Q2B9Uq7WH, http://www.playvid.com/watch/YQQSPjwT9S3,
http://www.playvid.com/watch/JzsbQ8uxveK, http://www.playvid.com/watch/z0oZYlgBN-e, http://www.playvid.com/watch/XTUQPTA0AgO,
http://www.playvid.com/watch/iJB7ob4erNP, http://www.playvid.com/watch/lEknbEMiMfW, http://www.playvid.com/watch/orOOKuqonSQ,
http://www.playvid.com/watch/mAmucKH4oRE, http://www.playvid.com/watch/pUjJ448Aj66, http://www.playvid.com/watch/2XsR6Oi0-z8,
http://www.playvid.com/watch/gsTGkI8xz9F, http://www.playvid.com/watch/xje9gcJ5Sxu, http://www.playvid.com/watch/OgGcDA7pvsb,
http://www.playvid.com/watch/5v6kQ0YKwrY, http://www.playvid.com/watch/Uf-CBYJRPrs, http://www.playvid.com/watch/z9Nnn9OmQCa,
http://www.playvid.com/watch/H9ABO9H9GCs, http://www.playvid.com/watch/utWHP5LG3fO, http://www.playvid.com/watch/YZ04stSMQd9,
http://www.playvid.com/watch/4gswlGySi3j, http://www.playvid.com/watch/smmVbcKn-ON, http://www.playvid.com/watch/VEKvcF9EabK,
http://www.playvid.com/watch/WLYM3dd05oT, http://www.playvid.com/watch/gKFy8Q6vydo, http://www.playvid.com/watch/PdfphY23Yse,
http://www.playvid.com/watch/dgwazMh8uwQ, http://www.playvid.com/watch/EXFZwdP0Lru, http://www.playvid.com/watch/5umhGKOzU85,
http://www.playvid.com/watch/pYyWw9kl5Kj, http://www.playvid.com/watch/SORyUfQpkM7, http://www.playvid.com/watch/P054Ji69soD,
http://www.playvid.com/watch/nlY7YQRcxdT, http://www.playvid.com/watch/cWjur927tCo, http://www.playvid.com/watch/SpV3GDFpQuS,
http://www.playvid.com/watch/0UgH-rj7CIh, http://www.playvid.com/watch/llIJksl7Y3n, http://www.playvid.com/watch/BMhb-g2GK-5,
http://www.playvid.com/watch/3NFzdFzBuem, http://www.playvid.com/watch/7ICqjRfrwiK, http://www.playvid.com/watch/R5nHIcJ9Q-W,
http://www.playvid.com/watch/dHTSVRut5hJ, http://www.playvid.com/watch/-B2U5sAhWj6, http://www.playvid.com/watch/HaES3XWZsMQ,
http://www.playvid.com/watch/AY2lLizRXzi, http://www.playvid.com/watch/6WEmA8J2Zhi, http://www.playvid.com/watch/mPij7xtoach,
http://www.playvid.com/watch/mxnRPM6aZoq, http://www.playvid.com/watch/0vqblXX5TTm, http://www.playvid.com/watch/BdaHBcP26HD,
http://www.playvid.com/watch/IismX4LaNCt, http://www.playvid.com/watch/LJ33MnbjIPA, http://www.playvid.com/watch/M7s6aYRy4nC,
http://www.playvid.com/watch/azG8ZQA5KY4, http://www.playvid.com/watch/3Zz9nyStGrA, http://www.playvid.com/watch/9jZvIBjiDL-,
http://www.playvid.com/watch/2aP-H9uH2Q8, http://www.playvid.com/watch/9HcQ7WpHKVh, http://www.playvid.com/watch/WMM5RNSV6dj,
http://www.playvid.com/watch/sKGi89E4NLR, http://www.playvid.com/watch/m-y3RsRAgba, http://www.playvid.com/watch/nZMdX9b9iJA,
http://www.playvid.com/watch/c8AqIkPWjE4, http://www.playvid.com/watch/rz3HkDzy0lq, http://www.playvid.com/watch/DLCln8j9iOc,
http://www.playvid.com/watch/CYweI4FMaTl, http://www.playvid.com/watch/nkeDCPJhBk-, http://www.playvid.com/watch/6y33WlQ-uLK,
http://www.playvid.com/watch/rm4gDp2bgLU, http://www.playvid.com/watch/upwtZoJhJAr, http://www.playvid.com/watch/-buqwxeHvOl,
http://www.playvid.com/watch/avvNcYx7Pla, http://www.playvid.com/watch/rulhUmzeRYj, http://www.playvid.com/watch/FXIaeDzkqi0,
http://www.playvid.com/watch/N7pA3CUojp7, http://www.playvid.com/watch/-a7aZIQNRfz, http://www.playvid.com/watch/KgGnufHuGwG,
http://www.playvid.com/watch/9-LwLA4H7IY, http://www.playvid.com/watch/eOKj05ag0ed, http://www.playvid.com/watch/roWRMwXuM5O,
http://www.playvid.com/watch/gCe4dBkWhKV, http://www.playvid.com/watch/6EP8Q9h4nM5, http://www.playvid.com/watch/-DpnOm8UqnG,
http://www.playvid.com/watch/IWTeohcJVbG, http://www.playvid.com/watch/jW89ujJHiVb, http://www.playvid.com/watch/SiyoU2bOZ9O,
http://www.playvid.com/watch/SKKXQaiH9Xi, http://www.playvid.com/watch/dlT0OGapIsx, http://www.playvid.com/watch/3ksUtU0uarW,
http://www.playvid.com/watch/T4vBqjtYtRY, http://www.playvid.com/watch/IPIi3t7uFt-, http://www.playvid.com/watch/WbrcEfyJOsf,
http://www.playvid.com/watch/oJxseQkIitC, http://www.playvid.com/watch/avof24RG7Kd, http://www.playvid.com/watch/ujDQEoiC5R9,
http://www.playvid.com/watch/-lKFsWszgDw, http://www.playvid.com/watch/BWD7SsoyeYY, http://www.playvid.com/watch/gl7XN5yognx,
http://www.playvid.com/watch/kNVZkWfSeCa, http://www.playvid.com/watch/27B6psGbGqM, http://www.playvid.com/watch/MexmYDwrCI-,
http://www.playvid.com/watch/mpybhqB0XoY, http://www.playvid.com/watch/VrpOiFktjvu, http://www.playvid.com/watch/tUq7hdrT96i,
http://www.playvid.com/watch/CvUlm0auZgs, http://www.playvid.com/watch/2nYjJ6iXbcs, http://www.playvid.com/watch/dhiEcyXJzuZ,
http://www.playvid.com/watch/YVx0aCSGHUe, http://www.playvid.com/watch/awDuhFRN6-h, http://www.playvid.com/watch/X0wfrJTHlch,
http://www.playvid.com/watch/tIu0F4PZ6FY, http://www.playvid.com/watch/k3lpIeAG9iN, http://www.playvid.com/watch/6vbtIZW6gpD,
http://www.playvid.com/watch/zWrfc0NSdlv, http://www.playvid.com/watch/FLURmbnHJO-, http://www.playvid.com/watch/MsmyY7SrPVo,
http://www.playvid.com/watch/2BT7NfVF5Pa, http://www.playvid.com/watch/KXtkci8yxz8, http://www.playvid.com/watch/a0d0EMuKp5u,
http://www.playvid.com/watch/oKFYqs-Nk6M, http://www.playvid.com/watch/C0528wuFFO3, http://www.playvid.com/watch/is0eBCKOcXe,
http://www.playvid.com/watch/T7UmO-U3p0W, http://www.playvid.com/watch/vbINhDULSj5, http://www.playvid.com/watch/VQbqobhMqc5,
http://www.playvid.com/watch/neX0V8cpyEt, http://www.playvid.com/watch/wfF0lAv-Mx2, http://www.playvid.com/watch/sExTL2EX5zm,
http://www.playvid.com/watch/eivqIOPUTqK, http://www.playvid.com/watch/-p0scjW5xLi, http://www.playvid.com/watch/SaysMWtYN84,
http://www.playvid.com/watch/SCFLdLUraXN, http://www.playvid.com/watch/KYK9OD-g872, http://www.playvid.com/watch/Q5i-lEK9kt2,
http://www.playvid.com/watch/xzE72NmQSCD, http://www.playvid.com/watch/wcbCUDpCuvX, http://www.playvid.com/watch/au0XGETkhXm,
http://www.playvid.com/watch/LznUWNtah8A, http://www.playvid.com/watch/DbanxFv4GEb, http://www.playvid.com/watch/9d08cmwN9ST,
http://www.playvid.com/watch/XKPJPJGTMI6, http://www.playvid.com/watch/UIJD8z9cgwW, http://www.playvid.com/watch/nlLxaQpJPcS,
http://www.playvid.com/watch/cJ0LIcJktib, http://www.playvid.com/watch/SCLWzSuY35n
5.f. Date of third notice: 2013-12-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sagilik
5.b. Uploader's email address: shtatkristina@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/sagilik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CjuXZd1djyp, http://www.playvid.com/watch/lhIQoJVFQ5Y,
http://www.playvid.com/watch/ejccEYMBnZ5, http://www.playvid.com/watch/mZuZx3H4Y72, http://www.playvid.com/watch/oCxmGEATV_R,
http://www.playvid.com/watch/bvfuhzDnt0w, http://www.playvid.com/watch/ot_z-2yUzM7, http://www.playvid.com/watch/oxryzPaY3nH,
http://www.playvid.com/watch/roIrRPTEdX8, http://www.playvid.com/watch/z2KfgLv8k4k, http://www.playvid.com/watch/0xPQ1eGc59a,
http://www.playvid.com/watch/pP-Im4Ye10B, http://www.playvid.com/watch/zXaWRqxuGkm, http://www.playvid.com/watch/MoJ-BIh8R79,
http://www.playvid.com/watch/lfy6WqdKg0k, http://www.playvid.com/watch/BMkcqIVjLdt, http://www.playvid.com/watch/Y4AB38_89Ad,
http://www.playvid.com/watch/UlhBB6_zOhN, http://www.playvid.com/watch/ld7q76LEH_B, http://www.playvid.com/watch/46qqcWHwl-H,
http://www.playvid.com/watch/023CDZwOl93, http://www.playvid.com/watch/8DkajmG7jS6, http://www.playvid.com/watch/uBrU_HkeFkt,
http://www.playvid.com/watch/gqny-ajU2eS, http://www.playvid.com/watch/YwYGcJz_QOL, http://www.playvid.com/watch/WiGxOzDgQ6O,
http://www.playvid.com/watch/4g0he_todFh, http://www.playvid.com/watch/0LUCi3i7wjc, http://www.playvid.com/watch/Kxo2SyKBfv4,

http://www.playvid.com/watch/mHAYGIuoSQH, http://www.playvid.com/watch/m_X5KwDUirW, http://www.playvid.com/watch/tqE4DfthVS7,
http://www.playvid.com/watch/O7nvTABLF09, http://www.playvid.com/watch/iH6RmSTaKUt, http://www.playvid.com/watch/y1dRz8RhjBT,
http://www.playvid.com/watch/ziko3a3cJIY, http://www.playvid.com/watch/d_fg2kn-GJt, http://www.playvid.com/watch/VZO3xXTJyRq,
http://www.playvid.com/watch/HTa09k3DrZc, http://www.playvid.com/watch/mBocB22TqXk, http://www.playvid.com/watch/wthiUO6kNAX,
http://www.playvid.com/watch/BuBtd1MttuQ, http://www.playvid.com/watch/V9gf6qW4d4s, http://www.playvid.com/watch/zRi_rCJv_a8,
http://www.playvid.com/watch/et00HGBcWwD, http://www.playvid.com/watch/WOVx-9Y_aEE, http://www.playvid.com/watch/yv4UNrLLYKg,
http://www.playvid.com/watch/lA7oPSmKn_v, http://www.playvid.com/watch/ozNNbx7sJ6C, http://www.playvid.com/watch/GEapT15DQSX,
http://www.playvid.com/watch/9pElBg89Hy2, http://www.playvid.com/watch/bnD3d6aQDVc, http://www.playvid.com/watch/aKaguE2QQDr,
http://www.playvid.com/watch/gA_c2zCWUba, http://www.playvid.com/watch/Q8GC-PZnTvd, http://www.playvid.com/watch/84HP8wxDyF4,
http://www.playvid.com/watch/bk5H36uiRj7, http://www.playvid.com/watch/I4i6IHWhzwv, http://www.playvid.com/watch/bnrqoAdYYOj,
http://www.playvid.com/watch/UYF2m_QSFfQ, http://www.playvid.com/watch/NXyPzCmtFjm, http://www.playvid.com/watch/wXdWl03ss9F,
http://www.playvid.com/watch/Ti7OMOLxSzX, http://www.playvid.com/watch/zHjE2QItlUd, http://www.playvid.com/watch/c7yW4VjHMOZ,
http://www.playvid.com/watch/FZmIAClrDtm, http://www.playvid.com/watch/BZUwXRYsZ4t, http://www.playvid.com/watch/6Ib2GRF1_Dz,
http://www.playvid.com/watch/KMzpsDphfaX, http://www.playvid.com/watch/FkqGoC3ajeL, http://www.playvid.com/watch/YNM87nIl-Bu,
http://www.playvid.com/watch/ZAnIchc_UF0, http://www.playvid.com/watch/0law6dBM3-A, http://www.playvid.com/watch/pF-TbeN2Zle,
http://www.playvid.com/watch/dcEFwDWXXBD
5.f. Date of third notice: 2015-08-17 19:00:56
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: saimur
5.b. Uploader's email address: alexvanhoot@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/saimur
5.e. List of videos posted by uploader: http://www.playvid.com/watch/taX5mr5C8dL, http://www.playvid.com/watch/4MMFoxFf3zk,
http://www.playvid.com/watch/qhegbvW0ErJ, http://www.playvid.com/watch/0tJ2e3Ybbsh, http://www.playvid.com/watch/DEOYPj6pnpP,
http://www.playvid.com/watch/7yEWucjCfGx, http://www.playvid.com/watch/iRtwzsR5m21, http://www.playvid.com/watch/jSs8igprvyI,
http://www.playvid.com/watch/BBGLeW4vYIg, http://www.playvid.com/watch/2M6SXAeGsmP, http://www.playvid.com/watch/9wUOfxnxvgA,
http://www.playvid.com/watch/S0FQazc0Ecg, http://www.playvid.com/watch/9XWbNJRe5tn, http://www.playvid.com/watch/qGPDvueV5um,
http://www.playvid.com/watch/Lgu58HcGMG6, http://www.playvid.com/watch/qACqyoCkxGL, http://www.playvid.com/watch/LzpU6E5Ahhg,
http://www.playvid.com/watch/QLq-UEvembg, http://www.playvid.com/watch/pnrGNhFw1DK, http://www.playvid.com/watch/OGtI2b5lIy7,
http://www.playvid.com/watch/8diBTay8mwf, http://www.playvid.com/watch/49xN3ELVIsm, http://www.playvid.com/watch/pdjRgNtBTcC,
http://www.playvid.com/watch/oucdRya618W, http://www.playvid.com/watch/CJrQf-iqdNt, http://www.playvid.com/watch/O8BTM9t7MhR,
http://www.playvid.com/watch/gqOOohhmDNN, http://www.playvid.com/watch/z9M3Ymascnq, http://www.playvid.com/watch/nvRP3wfw0ZR,
http://www.playvid.com/watch/RcmnOO0Cm9E, http://www.playvid.com/watch/tt0kB2M6MWo, http://www.playvid.com/watch/9Ed7O0n6ErG,
http://www.playvid.com/watch/Sp4dXJs-P2v, http://www.playvid.com/watch/jffLyLBY9-a, http://www.playvid.com/watch/8HeOpKRmN3M,
http://www.playvid.com/watch/XklaSFRaQIO, http://www.playvid.com/watch/LoZsHZKb6b9, http://www.playvid.com/watch/N-GDCSC7mrz,
http://www.playvid.com/watch/D7513FCRJo8, http://www.playvid.com/watch/mYVI3ggjlxH, http://www.playvid.com/watch/4cCoXhIoJkb,
http://www.playvid.com/watch/ib0oRUB04mH, http://www.playvid.com/watch/yfns6yedIx6, http://www.playvid.com/watch/qsCBp8Eg4rr,
http://www.playvid.com/watch/CfvqHbPUwWT, http://www.playvid.com/watch/QcM4VPJa8QW, http://www.playvid.com/watch/5lE6ZEVg4b0,
http://www.playvid.com/watch/qmZ4q1McP6a, http://www.playvid.com/watch/BMzK0CEpJTh, http://www.playvid.com/watch/tFsxBO9oQq4,
http://www.playvid.com/watch/pMPCNQuW-Eo, http://www.playvid.com/watch/h7tYbaeu7c3, http://www.playvid.com/watch/cvdjZ48H_i8,
http://www.playvid.com/watch/f-HA3YS3Mbb, http://www.playvid.com/watch/yQccVE1NW6t, http://www.playvid.com/watch/C41sC9IDiww,
http://www.playvid.com/watch/rTyu3che4BB, http://www.playvid.com/watch/PVS1Am6avVi, http://www.playvid.com/watch/eCh9soyt_3p,
http://www.playvid.com/watch/wINPRR4aRNe, http://www.playvid.com/watch/i4hf6YHAuuK, http://www.playvid.com/watch/2l3aZb2-EHJ,
http://www.playvid.com/watch/VWv3IXFwc7S, http://www.playvid.com/watch/ZWuMmIqZ_kQ, http://www.playvid.com/watch/ZgBOyhcNgGD,
http://www.playvid.com/watch/8Rm7mvMXnI0, http://www.playvid.com/watch/BQeW9YuB-Lz, http://www.playvid.com/watch/Lb2QoQ6-da7,
http://www.playvid.com/watch/WF8CMCS7RtX, http://www.playvid.com/watch/Ncp6WMGKSKm, http://www.playvid.com/watch/yL4Y5tpK51i,
http://www.playvid.com/watch/anQWtFKpFPl, http://www.playvid.com/watch/kEZ1JWYM4Vm, http://www.playvid.com/watch/EtOM21H-GQ0,
http://www.playvid.com/watch/jFZV9UO1-f0, http://www.playvid.com/watch/WUpgq2W7Pwy, http://www.playvid.com/watch/oFd2AhihARX,
http://www.playvid.com/watch/8GmLFG08gXA, http://www.playvid.com/watch/dFRcK5q-FU2, http://www.playvid.com/watch/uwP3Y1sAOKn,
http://www.playvid.com/watch/iokl_RuDGCX, http://www.playvid.com/watch/06D7uzPrGIs, http://www.playvid.com/watch/gHBbLv33I_6,
http://www.playvid.com/watch/AE9pQNCRRHw, http://www.playvid.com/watch/ptE8XZMy8OO, http://www.playvid.com/watch/BIJ1Oqe1GGP,
http://www.playvid.com/watch/9M49KGGGiXP, http://www.playvid.com/watch/8CFngpT-7lO, http://www.playvid.com/watch/eXn9y4FLR3x,
http://www.playvid.com/watch/mfZPAzPz7sn, http://www.playvid.com/watch/h5fILWVT4V9, http://www.playvid.com/watch/otjNwZkfGmp,
http://www.playvid.com/watch/XhiNWqBg1fo, http://www.playvid.com/watch/vg3G7PzOzoE, http://www.playvid.com/watch/np-IP5tumlu,
http://www.playvid.com/watch/qAp4f5KByvK, http://www.playvid.com/watch/MVx7pXLSICa, http://www.playvid.com/watch/x6_gGGZ6yvm,
http://www.playvid.com/watch/PR8c4oGqP5r, http://www.playvid.com/watch/QKO16Xo0OWm, http://www.playvid.com/watch/xSye28vn0Pw,
http://www.playvid.com/watch/sDTC35pTjwh, http://www.playvid.com/watch/LpBEy6jNDdJ, http://www.playvid.com/watch/DQEG4Kvcpcp,
http://www.playvid.com/watch/JzfFI_H4mPo, http://www.playvid.com/watch/7rjj7BTyOCJ, http://www.playvid.com/watch/izv73enr0xz,
http://www.playvid.com/watch/8gqNQdVmuxo, http://www.playvid.com/watch/V-W3-aInkhj, http://www.playvid.com/watch/jewKtTn5OTo,
http://www.playvid.com/watch/5gYd6DQ_lv3, http://www.playvid.com/watch/yn0SHlLhjtG, http://www.playvid.com/watch/O1vgzJsu7uw,
http://www.playvid.com/watch/s4V0YNZ0900, http://www.playvid.com/watch/0bQybwF-A9Q, http://www.playvid.com/watch/94AMrD66urA,
http://www.playvid.com/watch/dGSJ478i0Xt, http://www.playvid.com/watch/Fijqv_QnnRM, http://www.playvid.com/watch/3S2avS-PJn8,
http://www.playvid.com/watch/hL48wkAm1B5, http://www.playvid.com/watch/6Bp1qyLHs8Q, http://www.playvid.com/watch/93d_7RQlvRy,
http://www.playvid.com/watch/f-6G0PQDLO5, http://www.playvid.com/watch/m-tXbOa4Cfl, http://www.playvid.com/watch/jU06RZs4_sD,
http://www.playvid.com/watch/8hj3z0peYzg, http://www.playvid.com/watch/C6GQxMOXvQm, http://www.playvid.com/watch/dSLCm9LMF1Q,
http://www.playvid.com/watch/d239SiDRsdz, http://www.playvid.com/watch/sr1vZNakLOA, http://www.playvid.com/watch/s7IV6oA0yKL,
http://www.playvid.com/watch/8LO3HrvalTZ, http://www.playvid.com/watch/VvXCRFNQGTF, http://www.playvid.com/watch/HG4w3nxJvqB,
http://www.playvid.com/watch/MA_pE8t0q3K, http://www.playvid.com/watch/foYGLVfs11C, http://www.playvid.com/watch/h5txtdB8ZDW,
http://www.playvid.com/watch/MqPAS3j604a, http://www.playvid.com/watch/Z8JZlMfYImg, http://www.playvid.com/watch/wAsN0r0JVEK,
http://www.playvid.com/watch/jvwpKImv6M9, http://www.playvid.com/watch/aHhXnuRM5SP, http://www.playvid.com/watch/n6toXFW08qW,
http://www.playvid.com/watch/gr6huMioEVf, http://www.playvid.com/watch/7OUZDqdgedW, http://www.playvid.com/watch/IGAvCebk1V7,
http://www.playvid.com/watch/RpqT5aEelyX, http://www.playvid.com/watch/txyYgEQ05ND, http://www.playvid.com/watch/p8OCzNLHscY,
http://www.playvid.com/watch/FDwpZLLccdh, http://www.playvid.com/watch/TBKzkPnYIFH, http://www.playvid.com/watch/HRbBv6gVLoG,
http://www.playvid.com/watch/RW0f0GzYS52, http://www.playvid.com/watch/Tw2Jd1QawwB
5.f. Date of third notice: 2014-03-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: samosval
5.b. Uploader's email address: olegurevich@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/samosval
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CY0bzCSnYIi, http://www.playvid.com/watch/n7P2MBbqCnO,
http://www.playvid.com/watch/AS8tIz5MCRa, http://www.playvid.com/watch/BvgeRnrl8YL, http://www.playvid.com/watch/t7e_Ux98b3s,
http://www.playvid.com/watch/6IeKg3pQiDr, http://www.playvid.com/watch/7swTqcKyTRD, http://www.playvid.com/watch/ha5lRBsOt9i,
http://www.playvid.com/watch/qKahLh1yyfO, http://www.playvid.com/watch/PaQKJZUJxQk, http://www.playvid.com/watch/JZjgkvHEPoj,
http://www.playvid.com/watch/KeJOPvUZZV4, http://www.playvid.com/watch/vV7GuYK5U9O, http://www.playvid.com/watch/icsq1ld2TC4,
http://www.playvid.com/watch/K0tZQhPTGKt, http://www.playvid.com/watch/fIe7TzVCl5p, http://www.playvid.com/watch/llzzHfEDr0J,
http://www.playvid.com/watch/s5Iy8m2zqUP, http://www.playvid.com/watch/DwIpxChv0ia, http://www.playvid.com/watch/HZ0tFAslOOE,
http://www.playvid.com/watch/ctwghJxmofO, http://www.playvid.com/watch/jIpRREj067m, http://www.playvid.com/watch/FLroQErs_QN,
http://www.playvid.com/watch/x0ZK4mqZKF2, http://www.playvid.com/watch/7OA5Acb8ywH, http://www.playvid.com/watch/d5EMfK8l6kY,
http://www.playvid.com/watch/JZBHOThDv8x, http://www.playvid.com/watch/fKRvaHSAhX6, http://www.playvid.com/watch/0XA5GLjayGs,
http://www.playvid.com/watch/ttWMzELMsHr, http://www.playvid.com/watch/qVlr1nPLYvN, http://www.playvid.com/watch/Yo8Xx3fdvN6,
http://www.playvid.com/watch/LVU0Xop_ASr, http://www.playvid.com/watch/UVEOlRJ2RF8, http://www.playvid.com/watch/3DSTqxNepju,
http://www.playvid.com/watch/SeLW-kVQXsF, http://www.playvid.com/watch/fPiGyLRs1Se, http://www.playvid.com/watch/jfhjRuoRC4L,
http://www.playvid.com/watch/rMtWjogt6Rq, http://www.playvid.com/watch/q4ap27BxmzY, http://www.playvid.com/watch/5wRKKhI3t7Z,
http://www.playvid.com/watch/GSSvqln3l_b, http://www.playvid.com/watch/FSjZyLQRV8B, http://www.playvid.com/watch/GEFkXCtvp-o,
http://www.playvid.com/watch/V_v6_BGKOeS, http://www.playvid.com/watch/Jzn8YuzVeYv, http://www.playvid.com/watch/Ruh_H__vLKW,

http://www.playvid.com/watch/9iN7RBj_ZYK, http://www.playvid.com/watch/fl0LErmM4Bt, http://www.playvid.com/watch/lghjYbSWtKJ,
http://www.playvid.com/watch/vUBQgnRfBAk, http://www.playvid.com/watch/0e6dKt_Sp0r, http://www.playvid.com/watch/mp-Fk9PZ2OU,
http://www.playvid.com/watch/N4k793n1XUB, http://www.playvid.com/watch/kUR9pTLCNL2, http://www.playvid.com/watch/QGjbfdwqs6a,
http://www.playvid.com/watch/trSkQrYBKeI, http://www.playvid.com/watch/3iYW5PDXrEU, http://www.playvid.com/watch/TXfw8ZDFido,
http://www.playvid.com/watch/dub6QZVjdT7, http://www.playvid.com/watch/tn2zUkGCYIa, http://www.playvid.com/watch/COY9SwvH4US,
http://www.playvid.com/watch/7N2AtqklJXC, http://www.playvid.com/watch/ioZeiE-EENj, http://www.playvid.com/watch/CvZk0kaUUfu,
http://www.playvid.com/watch/somXmqLrJXl, http://www.playvid.com/watch/wmi1GzWadPH, http://www.playvid.com/watch/gV5ADQ-D7hv,
http://www.playvid.com/watch/VoZHh_Xd5BG, http://www.playvid.com/watch/KlrZsdouvnq, http://www.playvid.com/watch/T_SaRgbHsRH,
http://www.playvid.com/watch/g2JoNx9wVAw, http://www.playvid.com/watch/oDNGg5fDkSW, http://www.playvid.com/watch/RTJF7EeG1u5,
http://www.playvid.com/watch/qyIPcwviLg2, http://www.playvid.com/watch/E7Jmruciy4M, http://www.playvid.com/watch/w7K1L4hqFyC,
http://www.playvid.com/watch/NIlzoH8F91a, http://www.playvid.com/watch/bN9q8sDnz5t, http://www.playvid.com/watch/FR-rgwfYrAZ,
http://www.playvid.com/watch/wrhyWDWOjrR, http://www.playvid.com/watch/bNVo0cHihxQ, http://www.playvid.com/watch/nq7aGAXc3rT,
http://www.playvid.com/watch/rjcAXkjfPx3, http://www.playvid.com/watch/x_1YaFBM-YA, http://www.playvid.com/watch/XYx-MJnL9nh,
http://www.playvid.com/watch/RF_uZbyutm3, http://www.playvid.com/watch/0zi1EC3p9TI, http://www.playvid.com/watch/qBTOTZ4DzqF,
http://www.playvid.com/watch/DtCfXe-gykD, http://www.playvid.com/watch/neOPq7vkCXK, http://www.playvid.com/watch/FtE_j48hfKh,
http://www.playvid.com/watch/ca3itovUUFV, http://www.playvid.com/watch/EyCOvd-GyHP, http://www.playvid.com/watch/Ud_mwhZ9KPl,
http://www.playvid.com/watch/LpuM0N2UjIs, http://www.playvid.com/watch/B8wmtf17hlE, http://www.playvid.com/watch/fzX5sptIVxt,
http://www.playvid.com/watch/6R4j5rFGbIj, http://www.playvid.com/watch/trrlHJE37-f, http://www.playvid.com/watch/XlR2hc6Kz9a,
http://www.playvid.com/watch/lUuKmCaHGSs, http://www.playvid.com/watch/FkiRJqj1DpD, http://www.playvid.com/watch/4_P2Xqxagrr,
http://www.playvid.com/watch/3FD5_5G9S7v, http://www.playvid.com/watch/gHGgqrYhXFQ, http://www.playvid.com/watch/sx7mX98UoBE,
http://www.playvid.com/watch/sp0gZAcq-Zi, http://www.playvid.com/watch/S5O0A5WnNxD, http://www.playvid.com/watch/Nt8FN4WY-Hz,
http://www.playvid.com/watch/0m9XhbfVICj, http://www.playvid.com/watch/fjxsqy1UfH9, http://www.playvid.com/watch/l4lQ_06hw6A,
http://www.playvid.com/watch/VwYuQa6BqLH, http://www.playvid.com/watch/wVwuO-f34Tl, http://www.playvid.com/watch/kNMaYdfwlmQ,
http://www.playvid.com/watch/v3tV157aUWZ, http://www.playvid.com/watch/Y00rj9XVw0l, http://www.playvid.com/watch/C_gBJZbR5qS,
http://www.playvid.com/watch/zR29p5aoDS0, http://www.playvid.com/watch/ApYYvmYSXKS, http://www.playvid.com/watch/0al3fXZiVDY,
http://www.playvid.com/watch/wkQmxxhDZtq, http://www.playvid.com/watch/NLq6_iV-pj8, http://www.playvid.com/watch/QufEtuMxsV8,
http://www.playvid.com/watch/E9x7a1aoiHK, http://www.playvid.com/watch/YTN6QMH1XV7, http://www.playvid.com/watch/KRGa-AD-PGf,
http://www.playvid.com/watch/q9zwPStofTJ, http://www.playvid.com/watch/w4pGwu0a95K, http://www.playvid.com/watch/zvIh-nCsOH6,
http://www.playvid.com/watch/vGTHyPWXgEm, http://www.playvid.com/watch/cAGg2FNX8Mr, http://www.playvid.com/watch/NiP7wdbsWBU,
http://www.playvid.com/watch/2KTzMR9pex6, http://www.playvid.com/watch/hXAgqnz6kNG, http://www.playvid.com/watch/g_2QoYPm4-a,
http://www.playvid.com/watch/yEbecj8Io6E, http://www.playvid.com/watch/UylS4Z2NkLb, http://www.playvid.com/watch/oQ-If9KIFUH,
http://www.playvid.com/watch/03WSdvlC6jL, http://www.playvid.com/watch/Gi21oA3yma5, http://www.playvid.com/watch/e0ohEU-z8_C,
http://www.playvid.com/watch/KB2UjgY7a2r, http://www.playvid.com/watch/GJJJu2fY-RE, http://www.playvid.com/watch/ekB1Yy5EBTG,
http://www.playvid.com/watch/musycCP4EA3, http://www.playvid.com/watch/K4aou4KqDDF, http://www.playvid.com/watch/SUcE5e3b9_z,
http://www.playvid.com/watch/IjEVPdvnOHr, http://www.playvid.com/watch/tynghs99iml, http://www.playvid.com/watch/bfH8IeK0cO8,
http://www.playvid.com/watch/OXkxMQwiSaT, http://www.playvid.com/watch/U3E4ZvDuEVJ, http://www.playvid.com/watch/gNDXXa7Qolr,
http://www.playvid.com/watch/VOUPASdXjcj, http://www.playvid.com/watch/6fjzFMggMpX, http://www.playvid.com/watch/fgiE2SqpHBt,
http://www.playvid.com/watch/6GOW-hRDmTO, http://www.playvid.com/watch/WirW2f5etDj, http://www.playvid.com/watch/Fnz_aSpp-Cj,
http://www.playvid.com/watch/M0pSplcP9kb, http://www.playvid.com/watch/SyCD5Tee66u, http://www.playvid.com/watch/IlLHlYDSxQ3,
http://www.playvid.com/watch/G6vSwXJRQdd, http://www.playvid.com/watch/XVVNnGjUgBW, http://www.playvid.com/watch/iwyw24Pbv63,
http://www.playvid.com/watch/dnXAWVJD2fm, http://www.playvid.com/watch/ym-DwqJ08d3, http://www.playvid.com/watch/DUgIp8_8RcU,
http://www.playvid.com/watch/U0BTtRC7aul, http://www.playvid.com/watch/YUIWUBXnJok, http://www.playvid.com/watch/2B2xgXHrqCm,
http://www.playvid.com/watch/iWhsxVx3ulz, http://www.playvid.com/watch/5ftcMWogUkn, http://www.playvid.com/watch/EBcgGucUuKE,
http://www.playvid.com/watch/kxyCin_upbf, http://www.playvid.com/watch/qupg2k-xaCp, http://www.playvid.com/watch/TjfOZwvlbvZ,
http://www.playvid.com/watch/n-T-nDU-Fpd, http://www.playvid.com/watch/KxCh8SZ73TD, http://www.playvid.com/watch/yIxsus2jTnv,
http://www.playvid.com/watch/c8m0bg1TQ28, http://www.playvid.com/watch/t3sJcOCd_IZ, http://www.playvid.com/watch/56gQIxCRiOm,
http://www.playvid.com/watch/cAPx_TQ0Z1e, http://www.playvid.com/watch/kHrOyx1dGia, http://www.playvid.com/watch/IxdbV8vtqcU,
http://www.playvid.com/watch/CCx0T7PP_IN, http://www.playvid.com/watch/HgZ6uUEPiXt, http://www.playvid.com/watch/Chc1xiagfBU,
http://www.playvid.com/watch/Yk71pXY4r4k, http://www.playvid.com/watch/6ikUsijx3UD, http://www.playvid.com/watch/gZC5jOEnkVR,
http://www.playvid.com/watch/n6mtOuLlebC, http://www.playvid.com/watch/lGELYkDhhqj, http://www.playvid.com/watch/VH9p-4b1eXY,
http://www.playvid.com/watch/CYZ2PykM20e, http://www.playvid.com/watch/wrfXA6HygYR, http://www.playvid.com/watch/SRd6DGN1lGh,
http://www.playvid.com/watch/zcQsVjjjZJ0, http://www.playvid.com/watch/G281gEYa-9b, http://www.playvid.com/watch/LKVeatYoYBI
5.f. Date of third notice: 2014-08-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SandroSousa
5.b. Uploader's email address: sandrolx@live.com.pt
5.d. Uploader's profile: http://www.playvid.com/member/SandroSousa
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7PiRwFnbHhR, http://www.playvid.com/watch/5Nn-7uaAk0-,
http://www.playvid.com/watch/zrM4uQUA6Kd, http://www.playvid.com/watch/DuJNkTR4EOO, http://www.playvid.com/watch/Vn5lQk3tKxp,
http://www.playvid.com/watch/Ncde45AOACI
5.f. Date of third notice: 2014-10-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sanmorina
5.b. Uploader's email address: alesiahopkinns@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/sanmorina
5.e. List of videos posted by uploader: http://www.playvid.com/watch/73fttXcDjr4, http://www.playvid.com/watch/EZJdxaUdT4x,
http://www.playvid.com/watch/IDYtqo4CmAC, http://www.playvid.com/watch/5GGrKOiiDBi, http://www.playvid.com/watch/m2uq82hGx2E,
http://www.playvid.com/watch/nkrQYkFQQsQ, http://www.playvid.com/watch/FmGxgfVYHBy, http://www.playvid.com/watch/md4H67-k7OU,
http://www.playvid.com/watch/DH0JJBYZZ9z, http://www.playvid.com/watch/0DPFddKDh9c, http://www.playvid.com/watch/ifOdTBjyskg,
http://www.playvid.com/watch/gSSKSxhPEB7, http://www.playvid.com/watch/wDQVpEdcrO4, http://www.playvid.com/watch/CHsbF57Y0nV,
http://www.playvid.com/watch/qObkGWk3wfg, http://www.playvid.com/watch/TaJsYLT9LJX, http://www.playvid.com/watch/S-0rycV0h7s,
http://www.playvid.com/watch/tcRsmZ-cfpb, http://www.playvid.com/watch/RD2IuXkgPz2, http://www.playvid.com/watch/orvjbUW7Ubv,
http://www.playvid.com/watch/2SdbZkKlumY, http://www.playvid.com/watch/9roGc-0X5Sj, http://www.playvid.com/watch/2tXRyLLC7KJ,
http://www.playvid.com/watch/T387MfB8x4H, http://www.playvid.com/watch/Pw0m-KxoDkB, http://www.playvid.com/watch/O7gimal3Cym,
http://www.playvid.com/watch/2K8wzBn4zn8, http://www.playvid.com/watch/VXH9BPjFGSO, http://www.playvid.com/watch/KEx22QP4Blt,
http://www.playvid.com/watch/f-jzrGcx6vt, http://www.playvid.com/watch/0IQ6jnKvPsJ, http://www.playvid.com/watch/hU0sDhjAE9D,
http://www.playvid.com/watch/uKv4B7q7CJp, http://www.playvid.com/watch/FkijttyOWf3, http://www.playvid.com/watch/KQQLYRkzTLK,
http://www.playvid.com/watch/23TUc4Jy-ur, http://www.playvid.com/watch/GjvKtfVvc4o, http://www.playvid.com/watch/VrUajJHweFM,
http://www.playvid.com/watch/Z-TJBsOEpNc, http://www.playvid.com/watch/mlxAuAHEBCD, http://www.playvid.com/watch/gtjHsVRTWzn,
http://www.playvid.com/watch/ba0Np5Z0-k5, http://www.playvid.com/watch/KN7pHJfJHet, http://www.playvid.com/watch/ghBW7Q5F78y,
http://www.playvid.com/watch/rw2iapPslwJ, http://www.playvid.com/watch/FoWUliIzdDZ, http://www.playvid.com/watch/THzKqLGVh7e,
http://www.playvid.com/watch/SPheRHaznc5, http://www.playvid.com/watch/rozR7bd0Lln, http://www.playvid.com/watch/gsC5Kbc-6c2,
http://www.playvid.com/watch/pJXMNgONnYI, http://www.playvid.com/watch/ZO8l9dfsXIk, http://www.playvid.com/watch/jSqxitSPjv7,
http://www.playvid.com/watch/LsH-SgSl7T3, http://www.playvid.com/watch/ImamCgJcwnx, http://www.playvid.com/watch/uEvN4ZhNljV,
http://www.playvid.com/watch/yyAUcirTiS7, http://www.playvid.com/watch/wwu0CWFxpkR, http://www.playvid.com/watch/jOko6bXlyK5,
http://www.playvid.com/watch/Bwxsnv0gPfW, http://www.playvid.com/watch/zN-Wbubd07P, http://www.playvid.com/watch/rJH0eyjg6dN,
http://www.playvid.com/watch/2IPmVIj9Oa4, http://www.playvid.com/watch/dZJHs79YbYM, http://www.playvid.com/watch/R0hsieFYLC0,
http://www.playvid.com/watch/tnqxL47Ilrq, http://www.playvid.com/watch/uxz5Y9JxWRH, http://www.playvid.com/watch/pofbKK2VDwO,
http://www.playvid.com/watch/m29r06zmF6Q, http://www.playvid.com/watch/mNQ9k6MMgva, http://www.playvid.com/watch/G3Tpd3ErXKz,
http://www.playvid.com/watch/cn84WyUTvi5, http://www.playvid.com/watch/clWHQ-bbYqY, http://www.playvid.com/watch/fTkCdhapPFl,
http://www.playvid.com/watch/HdDvxYWaYQI, http://www.playvid.com/watch/8quM2Z0Hrcb, http://www.playvid.com/watch/45wad9jHglQ,
http://www.playvid.com/watch/epksupMippP, http://www.playvid.com/watch/DGtIGsKsLqD, http://www.playvid.com/watch/xyy5tzGKhCK,
http://www.playvid.com/watch/bGlHnhFc0qI, http://www.playvid.com/watch/LdYC8nBOUJ-, http://www.playvid.com/watch/ZgTVxeHU-2-,
http://www.playvid.com/watch/N6KaqvvYHkx, http://www.playvid.com/watch/ZBBdPtT9bjN, http://www.playvid.com/watch/T9D5w6fN9MC,

http://www.playvid.com/watch/K26pjBaYZS-, http://www.playvid.com/watch/cdXPZ8Y2U6A, http://www.playvid.com/watch/Fanv7EC00P0,
http://www.playvid.com/watch/yiClusp0YEJ, http://www.playvid.com/watch/Xoi5iofGSXl, http://www.playvid.com/watch/UaAp5IYfTR8,
http://www.playvid.com/watch/rpmOS2oYqAw, http://www.playvid.com/watch/eQmnV29Iy7v, http://www.playvid.com/watch/LSyFfTxFiYZ,
http://www.playvid.com/watch/sRU8wANVAoy, http://www.playvid.com/watch/6F0RR4KHOWP, http://www.playvid.com/watch/LZVUCJCc5yd,
http://www.playvid.com/watch/Y0aLzu2pD2K, http://www.playvid.com/watch/SpWHS0IJiM8, http://www.playvid.com/watch/YH9yfgsQIrh,
http://www.playvid.com/watch/TvuZMmSMEHD, http://www.playvid.com/watch/pxaprOMdDSc, http://www.playvid.com/watch/YqJT2VWYSkN,
http://www.playvid.com/watch/inW8Eu-MnwN, http://www.playvid.com/watch/NXSo4lLHukJ, http://www.playvid.com/watch/axIamTOOpIp,
http://www.playvid.com/watch/UCPJl9ZnI-J, http://www.playvid.com/watch/LibLlELAUb-, http://www.playvid.com/watch/sOn40ylIu6h,
http://www.playvid.com/watch/fAtNQgHdgP-, http://www.playvid.com/watch/Fn0Iecdog0n, http://www.playvid.com/watch/SCRppCHVLy4,
http://www.playvid.com/watch/lIzRv9bxgY6, http://www.playvid.com/watch/3iS2Ms7cKYT, http://www.playvid.com/watch/HG-2dHHkKeF,
http://www.playvid.com/watch/nEP7Sx6dCuM, http://www.playvid.com/watch/vFKmI0KrpTB, http://www.playvid.com/watch/Ew3oCwUi7-s,
http://www.playvid.com/watch/z9WEvYT9MP6, http://www.playvid.com/watch/VboaMr6WiZD, http://www.playvid.com/watch/Bu8wbAsx0Id,
http://www.playvid.com/watch/F4O0mKYDe3P, http://www.playvid.com/watch/O9IBiOhIG30, http://www.playvid.com/watch/Gaa8xJ2ZyFl,
http://www.playvid.com/watch/CL7d78zQbqn, http://www.playvid.com/watch/29wJsRUm4mt, http://www.playvid.com/watch/CZpIHzTts3G,
http://www.playvid.com/watch/cNuaqOnzr72, http://www.playvid.com/watch/ZJpm8W2XaAb, http://www.playvid.com/watch/fIosyGAiGH4,
http://www.playvid.com/watch/PTHUzkZcCrt
5.f. Date of third notice: 2013-10-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sanremo
5.b. Uploader's email address: bellabellly@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sanremo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3PJvlKULY8l, http://www.playvid.com/watch/mKvt--g-sse,
http://www.playvid.com/watch/zfjiZ5MV74A, http://www.playvid.com/watch/yEi5q2rNVnn, http://www.playvid.com/watch/SHeZYedKNoX,
http://www.playvid.com/watch/G-hP4PVkG-i, http://www.playvid.com/watch/lq2s90pHnbX, http://www.playvid.com/watch/NfZxCsBJgrZ,
http://www.playvid.com/watch/hxvQD5NCuaa, http://www.playvid.com/watch/ER48m7POopK, http://www.playvid.com/watch/SKiEMXusEbI,
http://www.playvid.com/watch/Yyni8I-SllB, http://www.playvid.com/watch/uL7SmP5z9UV, http://www.playvid.com/watch/A4yQ4ZE9Y5k,
http://www.playvid.com/watch/QIc7FWgmKIF, http://www.playvid.com/watch/YlwGHZwVBnf, http://www.playvid.com/watch/524m9EKZYQu,
http://www.playvid.com/watch/Ih9m7PWr0ir, http://www.playvid.com/watch/RRyObbMVHgO, http://www.playvid.com/watch/7wPOmate7RF,
http://www.playvid.com/watch/MfHtgAKGyRF, http://www.playvid.com/watch/i5HVLjjGyaI, http://www.playvid.com/watch/nIMcE-lxmSS,
http://www.playvid.com/watch/gLWPeK8C7VO, http://www.playvid.com/watch/GAxZiWHjp7v, http://www.playvid.com/watch/BbdNNElMOF9,
http://www.playvid.com/watch/3ErJApETXyl, http://www.playvid.com/watch/IFwFL9oAU9x, http://www.playvid.com/watch/w0ka30DoqBg,
http://www.playvid.com/watch/ezoiJf8e7Xm, http://www.playvid.com/watch/j6SstgZaw82, http://www.playvid.com/watch/g9TV27gPVep,
http://www.playvid.com/watch/nUlJDIu09ka, http://www.playvid.com/watch/Kpbbrp3ryGD, http://www.playvid.com/watch/Lg9O7VPzNkR,
http://www.playvid.com/watch/TMqOwU0yC47, http://www.playvid.com/watch/GSIMV-8z67j, http://www.playvid.com/watch/ZyGnH098ufL,
http://www.playvid.com/watch/bbCbmbxhp72, http://www.playvid.com/watch/fmOwwDueY6z, http://www.playvid.com/watch/enGOBBFmqsb,
http://www.playvid.com/watch/5yqNEXbqyjy, http://www.playvid.com/watch/ZW2cpNYUxU8, http://www.playvid.com/watch/YnIHoHqgQKS,
http://www.playvid.com/watch/bJC995EVOVk, http://www.playvid.com/watch/iitU2nvzsOz, http://www.playvid.com/watch/IXnEdSms3gO,
http://www.playvid.com/watch/cLu0PipyASD, http://www.playvid.com/watch/lYpex9QPzhq, http://www.playvid.com/watch/YYBUbbrQHgY,
http://www.playvid.com/watch/PDXGu9fiKLh, http://www.playvid.com/watch/Zaklz4WPcNF, http://www.playvid.com/watch/FVlLRgcAaoX,
http://www.playvid.com/watch/TvX8OmjbUcy, http://www.playvid.com/watch/2vH3VtZwrCH, http://www.playvid.com/watch/RnBSp8y-V3i,
http://www.playvid.com/watch/kS6ntSNK2Q7, http://www.playvid.com/watch/3nCNugcvdfi, http://www.playvid.com/watch/Vpu9mwE89C7,
http://www.playvid.com/watch/3LMvLRrSmSt, http://www.playvid.com/watch/ax6wNf9l7lN, http://www.playvid.com/watch/0K5ORMW594K,
http://www.playvid.com/watch/lPlxwAgItXM, http://www.playvid.com/watch/coona4clb42, http://www.playvid.com/watch/GxMaZrUpTHm,
http://www.playvid.com/watch/mJAL0H9N0T4, http://www.playvid.com/watch/R2HECDYePph, http://www.playvid.com/watch/fWTLWtvuWNd,
http://www.playvid.com/watch/2lymt7RhtFF, http://www.playvid.com/watch/YiaXij4HzNK, http://www.playvid.com/watch/Sq24FVkTiZN,
http://www.playvid.com/watch/EZDS8P-LEuH, http://www.playvid.com/watch/Cs0wKDE7ven, http://www.playvid.com/watch/CdKObUSbve3,
http://www.playvid.com/watch/CWX8609eSST, http://www.playvid.com/watch/ybqhpfswdfK, http://www.playvid.com/watch/cRS9RPEoUgQ,
http://www.playvid.com/watch/Xaktgmcq8YO, http://www.playvid.com/watch/Pok3rX64hVI, http://www.playvid.com/watch/vBEnOU9EPv5,
http://www.playvid.com/watch/29ESdQHQ-b9, http://www.playvid.com/watch/LRHXg9SipVo, http://www.playvid.com/watch/vPCpEJWBDtx,
http://www.playvid.com/watch/I3fzFfRdCO-, http://www.playvid.com/watch/QgeQIcnYmln, http://www.playvid.com/watch/P9fr6YixNcg,
http://www.playvid.com/watch/0zpfqjQiSCp, http://www.playvid.com/watch/jXHRkEy7xkd, http://www.playvid.com/watch/ylttj5CPbfw,
http://www.playvid.com/watch/4m37HlVyzoV, http://www.playvid.com/watch/bplvt9EGQOR, http://www.playvid.com/watch/UvlEZ7CPpJf,
http://www.playvid.com/watch/9b-v8tJIpFi, http://www.playvid.com/watch/uODx460rve2, http://www.playvid.com/watch/fl09JGa4i0K,
http://www.playvid.com/watch/tNxRHYILUsZ, http://www.playvid.com/watch/Z4KjJojE47W, http://www.playvid.com/watch/wh4hNMjqYpr,
http://www.playvid.com/watch/bTBObazjV7z, http://www.playvid.com/watch/FNb8EI-2uGU, http://www.playvid.com/watch/wPhl7Tswbis,
http://www.playvid.com/watch/6uqIaT0PgER, http://www.playvid.com/watch/50MaWyuEw73, http://www.playvid.com/watch/cLQDC5DxtzJ,
http://www.playvid.com/watch/YEom0xFXTNt, http://www.playvid.com/watch/YddBpgJkJr6, http://www.playvid.com/watch/B-uGafw8EMN,
http://www.playvid.com/watch/qXkgmKmSJxA, http://www.playvid.com/watch/FNPuf47ZlrW, http://www.playvid.com/watch/okgxSEDvx2l,
http://www.playvid.com/watch/n3l5yP3Mx90, http://www.playvid.com/watch/bNBYdua77Zv, http://www.playvid.com/watch/mLiDtyNt5yR,
http://www.playvid.com/watch/kGbPoxRsCkL, http://www.playvid.com/watch/mC0PyUFHztt, http://www.playvid.com/watch/MKE-YYkTA4e,
http://www.playvid.com/watch/ccIFgoVzUdO, http://www.playvid.com/watch/hWOL-B3p3NQ, http://www.playvid.com/watch/cPG3gX7WgW0,
http://www.playvid.com/watch/yOr6XBa3I7E, http://www.playvid.com/watch/XR99GZxtdL8, http://www.playvid.com/watch/uvjU-qXOhAj,
http://www.playvid.com/watch/a37HZFGnglx, http://www.playvid.com/watch/8l93kwvRT9I, http://www.playvid.com/watch/5pb40QxcT9R,
http://www.playvid.com/watch/JThPlam47nD, http://www.playvid.com/watch/5-zUwGXa6b0, http://www.playvid.com/watch/OO4McMNQPHC,
http://www.playvid.com/watch/HQXKoDNa6uK, http://www.playvid.com/watch/dEUMY-Lm9It, http://www.playvid.com/watch/9OYZswbkFiD,
http://www.playvid.com/watch/qaSmcQkY4Xm, http://www.playvid.com/watch/keax8Jj4znu, http://www.playvid.com/watch/Jey0wOoCSsz,
http://www.playvid.com/watch/lkTD-2n0XN9, http://www.playvid.com/watch/hLCUwQxTFD2, http://www.playvid.com/watch/D5NfXKTL58E,
http://www.playvid.com/watch/HxpUhJQlJIu, http://www.playvid.com/watch/l49OK7OgFgF, http://www.playvid.com/watch/WeghxMm9Qcx,
http://www.playvid.com/watch/w40SDRsSE6X, http://www.playvid.com/watch/YliRTie96x7, http://www.playvid.com/watch/iCB0sq-QmFb,
http://www.playvid.com/watch/f9OJU6ZH0Lf, http://www.playvid.com/watch/rgbK2seZRtZ, http://www.playvid.com/watch/M3lAHTJzLXf,
http://www.playvid.com/watch/WA7EQm8RRxo, http://www.playvid.com/watch/0NbK47vj-f-, http://www.playvid.com/watch/5Kj35AsJjfS,
http://www.playvid.com/watch/N-6I5e0XoDF, http://www.playvid.com/watch/PZQPGfRjNoJ, http://www.playvid.com/watch/x8bOyT6HTKP,
http://www.playvid.com/watch/SQ0qoHi-kJp, http://www.playvid.com/watch/AfR97NEFTaV, http://www.playvid.com/watch/35TmeH7e3Jw,
http://www.playvid.com/watch/xj4KFZOh8qq, http://www.playvid.com/watch/Tp0HU6dRbZP, http://www.playvid.com/watch/Csu2pXclIHW,
http://www.playvid.com/watch/tW09a2d02TJ, http://www.playvid.com/watch/HX7mvkz4Aup, http://www.playvid.com/watch/NHhZIrust-d,
http://www.playvid.com/watch/iurhCAoOTTm, http://www.playvid.com/watch/bDIGmdUHzIN, http://www.playvid.com/watch/IbBgMCaPSES,
http://www.playvid.com/watch/eO2otEuBV7M, http://www.playvid.com/watch/IaPEnk87Os5, http://www.playvid.com/watch/srbQJlgXOOO,
http://www.playvid.com/watch/NbP-YXIcIzB, http://www.playvid.com/watch/gXLaIsGHrOx, http://www.playvid.com/watch/xtNbbAwn3M0,
http://www.playvid.com/watch/wtOgwPaKUPP, http://www.playvid.com/watch/45kmQUpBrDR, http://www.playvid.com/watch/-G50YqyINSH,
http://www.playvid.com/watch/MT4rsDxiWbw, http://www.playvid.com/watch/20JgyBVJpiZ, http://www.playvid.com/watch/VKcpa4jlY5J,
http://www.playvid.com/watch/SELtDB67WcE, http://www.playvid.com/watch/VmWvbs5cWCc, http://www.playvid.com/watch/58M5CRowKm4,
http://www.playvid.com/watch/djDoBVDxKWr, http://www.playvid.com/watch/A-fHkY8ULpI, http://www.playvid.com/watch/rJbRcOk6r4T,
http://www.playvid.com/watch/4U30KQJEGu6, http://www.playvid.com/watch/ePmlkd3gG2M, http://www.playvid.com/watch/A2hbRRhvDE9,
http://www.playvid.com/watch/Z8BUPUtzy0v, http://www.playvid.com/watch/nyf0aO4u8WS, http://www.playvid.com/watch/uBhqAFe6skE,
http://www.playvid.com/watch/kS67bp8DHv3, http://www.playvid.com/watch/wCJyCExYpNN, http://www.playvid.com/watch/tC--Eyt3osT,
http://www.playvid.com/watch/AdXHFgfqpIW, http://www.playvid.com/watch/oVHvPf2NTNK, http://www.playvid.com/watch/KeVrleFSSvr,
http://www.playvid.com/watch/MgvxwXD7q93, http://www.playvid.com/watch/zLq0t9Iin9c, http://www.playvid.com/watch/ofCLvMxMsKX
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sanyawhite
5.b. Uploader's email address: sashasanyawhite@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sanyawhite
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nLlyx76PSA5, http://www.playvid.com/watch/N8C60iuHsJ5,
http://www.playvid.com/watch/0dJ49MvF27Y, http://www.playvid.com/watch/Nyg1hLIP6QA, http://www.playvid.com/watch/JIeeX8n-uQw,

http://www.playvid.com/watch/SLinS1dLhzY, http://www.playvid.com/watch/fZc5bIGxPc4, http://www.playvid.com/watch/NlUMmMzdlAN,
http://www.playvid.com/watch/rIu9n3pXeeG, http://www.playvid.com/watch/ZWgJY0k8MAC, http://www.playvid.com/watch/-e9tu1xVlkW,
http://www.playvid.com/watch/24JBuk48cnY, http://www.playvid.com/watch/HuoMWOQFB0C, http://www.playvid.com/watch/SgqrCGn1p-7,
http://www.playvid.com/watch/SL3QoQui618, http://www.playvid.com/watch/R9ccsfTOUKn, http://www.playvid.com/watch/0L1CUZ-621R,
http://www.playvid.com/watch/cCFoq-l3iBI, http://www.playvid.com/watch/5yjRMbw12HM, http://www.playvid.com/watch/4FDdRiDfbCS,
http://www.playvid.com/watch/ztd-Ok1VvnQ, http://www.playvid.com/watch/Aw854MRA88a, http://www.playvid.com/watch/GZ4Ux22zLpy,
http://www.playvid.com/watch/GQk317Myfs2, http://www.playvid.com/watch/mMKzaUD1suK, http://www.playvid.com/watch/yCSoE20vO4l,
http://www.playvid.com/watch/eOU0pNbGEQD, http://www.playvid.com/watch/usfIq5lhWj1, http://www.playvid.com/watch/MKu0DRgqwvB,
http://www.playvid.com/watch/3JhK109wtUq, http://www.playvid.com/watch/jbfkgIdp4fv, http://www.playvid.com/watch/we6RNOJOr8r,
http://www.playvid.com/watch/tEpvFma3HMw, http://www.playvid.com/watch/EfigVf9n26r, http://www.playvid.com/watch/bJaiCfMiJiS,
http://www.playvid.com/watch/oZgmqgwhjmo
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sashasashv
5.b. Uploader's email address: sashasashvitas@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sashasashv
5.e. List of videos posted by uploader: http://www.playvid.com/watch/7GnCS6k2J7F, http://www.playvid.com/watch/LvNydpgqyRQ,
http://www.playvid.com/watch/cHZEMPgnL7O, http://www.playvid.com/watch/jRF1oxZDCik, http://www.playvid.com/watch/lb7NURPg5hl,
http://www.playvid.com/watch/SSnA8FJqXWT, http://www.playvid.com/watch/lGSbmDXdOKm, http://www.playvid.com/watch/iaah0n1Tyho,
http://www.playvid.com/watch/lep0UGUF-Hq, http://www.playvid.com/watch/0lvdEcuJicJ, http://www.playvid.com/watch/ekishp1DXFC,
http://www.playvid.com/watch/pm5WcQNAoOL, http://www.playvid.com/watch/KADZS63uzsK, http://www.playvid.com/watch/yvyK0rVn3r3,
http://www.playvid.com/watch/lPVpFHUfB3O, http://www.playvid.com/watch/Sv7YGQqxiOa, http://www.playvid.com/watch/a34WX1ijMfw,
http://www.playvid.com/watch/aqZUlyeIkFG, http://www.playvid.com/watch/6mvhfI0UskA, http://www.playvid.com/watch/hyTBPWevabp,
http://www.playvid.com/watch/0GEhtHTseUE, http://www.playvid.com/watch/V75EjEWly6S, http://www.playvid.com/watch/AB0z6Bx05Vx,
http://www.playvid.com/watch/sE6qD4ljVHR, http://www.playvid.com/watch/xG17sWn3ZiV, http://www.playvid.com/watch/ZT3jF7PJcSa,
http://www.playvid.com/watch/Ky72VfdeRhR, http://www.playvid.com/watch/TpQQ0PW7EQa, http://www.playvid.com/watch/2uSuevC03Ka,
http://www.playvid.com/watch/6In5HXYIeiI, http://www.playvid.com/watch/nGwedo5Vj1X, http://www.playvid.com/watch/WqbwXCGsVoB,
http://www.playvid.com/watch/IMJcpThGYrH, http://www.playvid.com/watch/F86ArA6JxwV, http://www.playvid.com/watch/Ys7zUFYT0vd,
http://www.playvid.com/watch/2O02l0cAU2c, http://www.playvid.com/watch/TOU3-sfBlqC, http://www.playvid.com/watch/qGAqnkceaBj,
http://www.playvid.com/watch/wIghgSI5KIo, http://www.playvid.com/watch/URX8l0aWjSp, http://www.playvid.com/watch/eQ6LlK8l0Fv,
http://www.playvid.com/watch/D0A0806fGyo, http://www.playvid.com/watch/GaKuLSHbVwY, http://www.playvid.com/watch/L0qZRaa620f,
http://www.playvid.com/watch/nB6ycD4fobg, http://www.playvid.com/watch/G7BMuVtrs8D
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sawoks
5.b. Uploader's email address: sawoks@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sawoks
5.e. List of videos posted by uploader: http://www.playvid.com/watch/It0CyOgJzed, http://www.playvid.com/watch/puq7SiSmOWF,
http://www.playvid.com/watch/tj-gkC3nDO2, http://www.playvid.com/watch/8873VTLksxB, http://www.playvid.com/watch/qGg4Owysgrf,
http://www.playvid.com/watch/mPtB6yCpMA5, http://www.playvid.com/watch/5teiWTe0tv-, http://www.playvid.com/watch/RxwxPR34H8K,
http://www.playvid.com/watch/giKTA02JJEp, http://www.playvid.com/watch/aIj3oPN29dV, http://www.playvid.com/watch/ivTX5hlbv0J,
http://www.playvid.com/watch/GBQN39lrnBh, http://www.playvid.com/watch/bOgnY0gi5fh, http://www.playvid.com/watch/v4DIvWixfzd,
http://www.playvid.com/watch/qeK8sphUn5e, http://www.playvid.com/watch/nRRMfGDCBQK, http://www.playvid.com/watch/cSq4nBke4gc,
http://www.playvid.com/watch/jvBtUyDIb4p, http://www.playvid.com/watch/uyfgHxH-zKd, http://www.playvid.com/watch/kbJQWfuDMGR,
http://www.playvid.com/watch/OXxg4vIiaqh, http://www.playvid.com/watch/x56Jx4bkBkA, http://www.playvid.com/watch/Z08n5JC5Gf8,
http://www.playvid.com/watch/zVwfZOIdGXL, http://www.playvid.com/watch/d7wEMEveQrq, http://www.playvid.com/watch/s2yoNNugf7-,
http://www.playvid.com/watch/jWhsEBaH6RQ, http://www.playvid.com/watch/5uSVGY-M3pa, http://www.playvid.com/watch/L7UkRA9SE5E,
http://www.playvid.com/watch/9qTLyuTFgtc, http://www.playvid.com/watch/r4fe7Rw50xw, http://www.playvid.com/watch/jQpEYbgWI6b,
http://www.playvid.com/watch/wK3Q7qdzAMt, http://www.playvid.com/watch/rhgLoSVeEtw, http://www.playvid.com/watch/7huLgCctnm7,
http://www.playvid.com/watch/nDgAvyHG3PK, http://www.playvid.com/watch/7BYR-DXAin3, http://www.playvid.com/watch/wbIrO2Hnzq8,
http://www.playvid.com/watch/uMaobeRis3I, http://www.playvid.com/watch/yrlFIpfVjCM, http://www.playvid.com/watch/ftKn7tWxjNL,
http://www.playvid.com/watch/a6QczSqZGZQ, http://www.playvid.com/watch/ZDXy-7wNSw9, http://www.playvid.com/watch/DZhwJDojTVb,
http://www.playvid.com/watch/QPjXLZ39pCC, http://www.playvid.com/watch/zNKKENRGH97, http://www.playvid.com/watch/0Ui6keSgbuF,
http://www.playvid.com/watch/pPWuaHzl995, http://www.playvid.com/watch/iExYheattUQ, http://www.playvid.com/watch/PRE-mjbCC0g,
http://www.playvid.com/watch/etRkZMiaquV, http://www.playvid.com/watch/Sn5llNVAXs6, http://www.playvid.com/watch/oHg4zU3vU0V,
http://www.playvid.com/watch/YoN2JJynF2Z, http://www.playvid.com/watch/Ye3GV54WRcO, http://www.playvid.com/watch/57-F9WimiF0,
http://www.playvid.com/watch/PAhzTYycL5O, http://www.playvid.com/watch/P2HPWfgXdyM, http://www.playvid.com/watch/46djR9K6Kg7,
http://www.playvid.com/watch/cpncjQshOzF, http://www.playvid.com/watch/tgxEwn7QPkO, http://www.playvid.com/watch/2Kgms-qJf22,
http://www.playvid.com/watch/rDIqT5v8HwC, http://www.playvid.com/watch/6qtWgSbfSz0, http://www.playvid.com/watch/FZZcRxlXnur,
http://www.playvid.com/watch/hTuxGUaRx6K, http://www.playvid.com/watch/Z3ZCubUbALq, http://www.playvid.com/watch/R5ewYXtE4od,
http://www.playvid.com/watch/HBt3thuzhoU, http://www.playvid.com/watch/J83iYNGzoZb, http://www.playvid.com/watch/r-YVBA73-Hu,
http://www.playvid.com/watch/mX3QeLRwYNi, http://www.playvid.com/watch/fNVBtRgYPn4, http://www.playvid.com/watch/UIWWcVJqRjM,
http://www.playvid.com/watch/RgoH3ytCksg, http://www.playvid.com/watch/WDiHrXA85f8, http://www.playvid.com/watch/byAbDGT8vIE,
http://www.playvid.com/watch/-2kuYlcjkWH, http://www.playvid.com/watch/K20MzwPCSLs, http://www.playvid.com/watch/jxGggH6XXz4,
http://www.playvid.com/watch/B-IhEphbnjM, http://www.playvid.com/watch/-djf7orFMGA, http://www.playvid.com/watch/6wUXXLOJA6p,
http://www.playvid.com/watch/rYXg7soyme7, http://www.playvid.com/watch/mw93lHkhpJp, http://www.playvid.com/watch/j79RURc0Sdz,
http://www.playvid.com/watch/4GbpHli7xLb, http://www.playvid.com/watch/xAbrYvyay2y, http://www.playvid.com/watch/-mG8bNFeX5w,
http://www.playvid.com/watch/2ij7cSl6rF2, http://www.playvid.com/watch/l7VAYCJpLSd, http://www.playvid.com/watch/g8UaP9lP0DU,
http://www.playvid.com/watch/QGg7grn06nQ, http://www.playvid.com/watch/6Y4iVSW05rS, http://www.playvid.com/watch/a-2hW3pmjzp,
http://www.playvid.com/watch/JPieLywSrSy, http://www.playvid.com/watch/DAE9Oh0JGJB, http://www.playvid.com/watch/ixLGHFF0JRV,
http://www.playvid.com/watch/laVs70pNHUj, http://www.playvid.com/watch/dLSDtmx23DW, http://www.playvid.com/watch/dhYnGyJaOUW,
http://www.playvid.com/watch/k7OCZVoMClM, http://www.playvid.com/watch/2mLAxrOpWqU, http://www.playvid.com/watch/CDq0JT-aTEF,
http://www.playvid.com/watch/z7b0LvN-nTo, http://www.playvid.com/watch/-uhvnSQwZta, http://www.playvid.com/watch/MRnEyTWfIHJ,
http://www.playvid.com/watch/l5B4KTCDbJ9, http://www.playvid.com/watch/u5QKibkRgAm, http://www.playvid.com/watch/qok-5qIfJRF,
http://www.playvid.com/watch/kS8VhCKHssv, http://www.playvid.com/watch/tBAkQreiu8T, http://www.playvid.com/watch/PkAPY0PePmf,
http://www.playvid.com/watch/jYMb0x3DRWA, http://www.playvid.com/watch/zhz3LTJyEKe, http://www.playvid.com/watch/5FMuhvMx5ym,
http://www.playvid.com/watch/CMM3MJF8YlH, http://www.playvid.com/watch/ASlIgSIs6V0, http://www.playvid.com/watch/dLPXwzqEQSG,
http://www.playvid.com/watch/yd5m7pKgFsa, http://www.playvid.com/watch/C-zIccLCTqp, http://www.playvid.com/watch/g0FxIzl4GeE,
http://www.playvid.com/watch/v5m0IIWD66n, http://www.playvid.com/watch/gKSWnk2SCd3, http://www.playvid.com/watch/Z7FLsHfnrNY,
http://www.playvid.com/watch/K2ngtR9qTEi, http://www.playvid.com/watch/dCr0iECcAL0, http://www.playvid.com/watch/Rw6DPsyPmr8,
http://www.playvid.com/watch/nzfYWmwtVhr, http://www.playvid.com/watch/rYdWDWtOq6g, http://www.playvid.com/watch/6ZNTgvok6ce,
http://www.playvid.com/watch/687B4-3gmYQ, http://www.playvid.com/watch/YcgKp-YULqk, http://www.playvid.com/watch/UoXAYDFsM3U,
http://www.playvid.com/watch/kvT4rEUxEBg, http://www.playvid.com/watch/nyuccSlrqum, http://www.playvid.com/watch/T0-lOJua2F6,
http://www.playvid.com/watch/yvNNbnd65Ty, http://www.playvid.com/watch/UJlQ7YdaQ7-, http://www.playvid.com/watch/MyT-pDKbCtn,
http://www.playvid.com/watch/NHdzQgyZBzf, http://www.playvid.com/watch/0-SC8ZGLkC0, http://www.playvid.com/watch/9IHIQFIPVDs,
http://www.playvid.com/watch/gu8GTxGdbqx, http://www.playvid.com/watch/nHPWiNCjo3-, http://www.playvid.com/watch/wYP3pqWd9vH,
http://www.playvid.com/watch/HRNUUKYu4xT, http://www.playvid.com/watch/ruPaa9wZdVx, http://www.playvid.com/watch/iRSGq5MGN6M,
http://www.playvid.com/watch/AgWhmTpiXce, http://www.playvid.com/watch/yhftxYS1KiQ, http://www.playvid.com/watch/ey0k6-PZc8i,
http://www.playvid.com/watch/5O7ObnvdJDU, http://www.playvid.com/watch/aEPjEP3j7zh, http://www.playvid.com/watch/nQr6DpPo47-,
http://www.playvid.com/watch/4woRMU3U4Rf, http://www.playvid.com/watch/w-CIP5Y8GNy, http://www.playvid.com/watch/HglIjm8UNYX,
http://www.playvid.com/watch/tgbCS5ocrxa, http://www.playvid.com/watch/rMOEBE-EiAt, http://www.playvid.com/watch/O2Q9gGeKIWk,
http://www.playvid.com/watch/cyVsQmWMFmk, http://www.playvid.com/watch/PV0EPlsTEjS, http://www.playvid.com/watch/ZCAlO3vKa-x,
http://www.playvid.com/watch/EncG7iHzlfY, http://www.playvid.com/watch/rSplHLgymXb, http://www.playvid.com/watch/3Bnt8WW5tM6,
http://www.playvid.com/watch/tp7Rp8uG-20, http://www.playvid.com/watch/m-e-XKA7I1T, http://www.playvid.com/watch/aF4baLk4QWg,

http://www.playvid.com/watch/2rrIfc96yqt, http://www.playvid.com/watch/8W-r2St2RuB, http://www.playvid.com/watch/kkj4OQs28CS, http://www.playvid.com/watch/PHamtdR1K9e, http://www.playvid.com/watch/M3IRZhnqi8v, http://www.playvid.com/watch/dVcSQM2Xv9W, http://www.playvid.com/watch/5SoQGFXJZin, http://www.playvid.com/watch/ZtHrQUClEbm, http://www.playvid.com/watch/XueYd0ERA4J, http://www.playvid.com/watch/0gFStgxdtBx, http://www.playvid.com/watch/xG9rHOQGHP4, http://www.playvid.com/watch/YQicqif4zvI, http://www.playvid.com/watch/wgE5i1kCc-e, http://www.playvid.com/watch/OyStzFbIeEB, http://www.playvid.com/watch/wnXpH63CRXo, http://www.playvid.com/watch/ZF_8husAn7u, http://www.playvid.com/watch/4blhi5tyrCk, http://www.playvid.com/watch/W-6kfZ-bjNR, http://www.playvid.com/watch/kSaUTSfye7V, http://www.playvid.com/watch/cPbanfdGooj, http://www.playvid.com/watch/Cio_GypKJX3, http://www.playvid.com/watch/PSHHctkHFAh, http://www.playvid.com/watch/YbDg3X7GyLc, http://www.playvid.com/watch/w1XzttOe2Fx, http://www.playvid.com/watch/2RCX_uZL0Yj, http://www.playvid.com/watch/a-s9l6ehs_y, http://www.playvid.com/watch/UaTMif4g6PV, http://www.playvid.com/watch/GnNI_9fCmlZ, http://www.playvid.com/watch/DLBYXUijIHU, http://www.playvid.com/watch/lYBJWX4jB7V, http://www.playvid.com/watch/7xMY2Ib_1Me, http://www.playvid.com/watch/4xZQOnLfjrv, http://www.playvid.com/watch/9dh0lzy-U06, http://www.playvid.com/watch/C08mmzNajEk, http://www.playvid.com/watch/Q06Vxxziw2p, http://www.playvid.com/watch/Qe5tF2w7vWi, http://www.playvid.com/watch/o-7nZ6q6_pI, http://www.playvid.com/watch/x_hnhhl6sAj, http://www.playvid.com/watch/sEfAns7t3M8, http://www.playvid.com/watch/lEpwxRJeZ0l, http://www.playvid.com/watch/Y_rMaIjEJxu, http://www.playvid.com/watch/s7BbRA9kUUc, http://www.playvid.com/watch/38ZWf1RkGgH, http://www.playvid.com/watch/UR_t0C2mYiA
5.f. Date of third notice: 2015-02-06
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: scottburns901
5.b. Uploader's email address: scottburns901@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/scottburns901
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MQY2dhoHxoh, http://www.playvid.com/watch/y6W4eNoiEE9, http://www.playvid.com/watch/PaUbIFSPnfk, http://www.playvid.com/watch/ahGOUy9rYao, http://www.playvid.com/watch/QUItVRC-xdB, http://www.playvid.com/watch/nbbmddJlJX7, http://www.playvid.com/watch/MvXWDL0qIWH, http://www.playvid.com/watch/oi-NiTySYBL, http://www.playvid.com/watch/kd3pXpEqSX9, http://www.playvid.com/watch/Ou8fwl2EqTG, http://www.playvid.com/watch/rr0M3LSLCL5, http://www.playvid.com/watch/0ZiZe6jswSH, http://www.playvid.com/watch/JyCFI2kpYkW, http://www.playvid.com/watch/sSXWfJJiem3, http://www.playvid.com/watch/6taQ9QK6dgN, http://www.playvid.com/watch/p49fyDjrX2-, http://www.playvid.com/watch/uc3nUVKR6ga, http://www.playvid.com/watch/6Z4k9HN7hsU, http://www.playvid.com/watch/B0rvMErZkrd, http://www.playvid.com/watch/P9rEMonLwFR, http://www.playvid.com/watch/qcjAOVLeuFk, http://www.playvid.com/watch/0LybmV0XOKE, http://www.playvid.com/watch/OUGCSF9tVIZ, http://www.playvid.com/watch/T8Zu0tddkJI, http://www.playvid.com/watch/3QCcUSXDOux, http://www.playvid.com/watch/0zEtqGmyYAl, http://www.playvid.com/watch/BbDNlBjXxQY, http://www.playvid.com/watch/K7-JjM4mtJF, http://www.playvid.com/watch/OFjMvuNQD27, http://www.playvid.com/watch/JM0cbgmoacT, http://www.playvid.com/watch/-BMOuqrrQPP, http://www.playvid.com/watch/VWDWmySuGNJ, http://www.playvid.com/watch/stlX7GXNimk, http://www.playvid.com/watch/mYYdp9On2nZ, http://www.playvid.com/watch/H0NqJ5UIXks, http://www.playvid.com/watch/63dTKWRnec8, http://www.playvid.com/watch/SsAjwbqAsq3, http://www.playvid.com/watch/g2j3cGJZLXN, http://www.playvid.com/watch/qQZrNWhAh5n, http://www.playvid.com/watch/tm7H5s2WeGT, http://www.playvid.com/watch/EWQimUEoba9, http://www.playvid.com/watch/0KX-BK2UtoZ, http://www.playvid.com/watch/0kCuZ8RuqV5, http://www.playvid.com/watch/LLVBh00yEmr, http://www.playvid.com/watch/cSoii3e8f5o, http://www.playvid.com/watch/IOBBhDF44QU, http://www.playvid.com/watch/EtL0vEGqkZW, http://www.playvid.com/watch/IjvQtWuY90r, http://www.playvid.com/watch/VeOZSDkhs0x, http://www.playvid.com/watch/XLZqdmsCLun, http://www.playvid.com/watch/ZHC7pASbCm9, http://www.playvid.com/watch/-n7DkrQGbem, http://www.playvid.com/watch/3G6Gf6vlhaP, http://www.playvid.com/watch/RqRxC4Eerkx, http://www.playvid.com/watch/Ds-yMvZZq8Z, http://www.playvid.com/watch/FkxrAHAWMab, http://www.playvid.com/watch/EBwshEYoIZn, http://www.playvid.com/watch/2BFoVhuihb6, http://www.playvid.com/watch/mFSrrpMuFiF, http://www.playvid.com/watch/Uno0wHeE7v2, http://www.playvid.com/watch/CDZnw7mw8e0, http://www.playvid.com/watch/a63v9sHS7xC, http://www.playvid.com/watch/4HBiCOV3QEh, http://www.playvid.com/watch/3oJn4hDJYpt, http://www.playvid.com/watch/oN0Qnwei4-W, http://www.playvid.com/watch/D0c0f-tDlkk, http://www.playvid.com/watch/6brPDLQW2aF, http://www.playvid.com/watch/Wgh5kbUH9IE, http://www.playvid.com/watch/tNVAnkiAGy3, http://www.playvid.com/watch/tTR3DNsjIDW, http://www.playvid.com/watch/M6OztqNIMeA, http://www.playvid.com/watch/ERdt2PqIdRx, http://www.playvid.com/watch/FTMdQNXEsAG, http://www.playvid.com/watch/fJxNNteNQ23, http://www.playvid.com/watch/xSPT6-nWrr4, http://www.playvid.com/watch/4lfZH2FoMjw, http://www.playvid.com/watch/D0JmZDphfPJ, http://www.playvid.com/watch/DyG4rF9CCj2, http://www.playvid.com/watch/2sRPmDIysER, http://www.playvid.com/watch/Y27KyPA2RDw, http://www.playvid.com/watch/CFKENNmdI2i, http://www.playvid.com/watch/bnuTU4Ihveh, http://www.playvid.com/watch/rHjxO7tVJfz, http://www.playvid.com/watch/i2EejQoLZyu, http://www.playvid.com/watch/NiNdQM3Sgiy, http://www.playvid.com/watch/nh44TGiInN7, http://www.playvid.com/watch/92DTZR9PHQs, http://www.playvid.com/watch/2HX72snyfz9, http://www.playvid.com/watch/sDGOExSat8j, http://www.playvid.com/watch/sjf5SAuJhFb, http://www.playvid.com/watch/HKcAauwkmA7, http://www.playvid.com/watch/5rEajPcsaav, http://www.playvid.com/watch/S9fRJMsLuHK, http://www.playvid.com/watch/MOC4eOUXn52, http://www.playvid.com/watch/44zWbPiaZLw, http://www.playvid.com/watch/ZNoBI4wFnmt, http://www.playvid.com/watch/yta-uZMYrql, http://www.playvid.com/watch/pBrFMsRdzIS, http://www.playvid.com/watch/F0As0Tc9-NS, http://www.playvid.com/watch/tWf2oycnhmO, http://www.playvid.com/watch/SpOosxMv9nJ, http://www.playvid.com/watch/ciVLCzeVtqO, http://www.playvid.com/watch/TXk04cp-6pO, http://www.playvid.com/watch/a-FtLlaHo8e, http://www.playvid.com/watch/K0auKFAL6vF, http://www.playvid.com/watch/7TDrTSvGuvJ, http://www.playvid.com/watch/nhWka78YkPi, http://www.playvid.com/watch/nb9SVCQ3ydU, http://www.playvid.com/watch/Luk9j7dJDfq, http://www.playvid.com/watch/unM3jw-bPMU, http://www.playvid.com/watch/SF2iMCc7b90, http://www.playvid.com/watch/mFsEuEGP38e, http://www.playvid.com/watch/jTBMlXbAsNN, http://www.playvid.com/watch/FtuMGinGxiE, http://www.playvid.com/watch/k04d3niJXtB, http://www.playvid.com/watch/T0CrUtJ7TTF, http://www.playvid.com/watch/MHnmEu00pu5, http://www.playvid.com/watch/aPrhTri38kr, http://www.playvid.com/watch/fCABBO0euB3, http://www.playvid.com/watch/Ind55L6YlVp, http://www.playvid.com/watch/5wpTIWsQKV2, http://www.playvid.com/watch/fvELde49Szq, http://www.playvid.com/watch/6K6C0E7lD9t, http://www.playvid.com/watch/7ownMQ97v2J, http://www.playvid.com/watch/CMO4WbSe0mJ, http://www.playvid.com/watch/f82zNVlOjTu, http://www.playvid.com/watch/tfDlSXbMgbH, http://www.playvid.com/watch/VOnZr9hw3Oz, http://www.playvid.com/watch/d8zOU8APtAf, http://www.playvid.com/watch/7eVv2OnBN6V, http://www.playvid.com/watch/uq2HuvCaVeo, http://www.playvid.com/watch/lfQwuvLrZnV, http://www.playvid.com/watch/xL5wTG5FxYm, http://www.playvid.com/watch/LmzgHVHS0VB, http://www.playvid.com/watch/eRsxrTMRDlu, http://www.playvid.com/watch/efveMrxXgHd, http://www.playvid.com/watch/5TIp2oIAdQ0, http://www.playvid.com/watch/dFrbujzxMMP, http://www.playvid.com/watch/iYGd9IOMWRC, http://www.playvid.com/watch/RMC9QMidy6H, http://www.playvid.com/watch/xzOmTdQEPnC, http://www.playvid.com/watch/rKzXvMGybWc, http://www.playvid.com/watch/Ug9APZ-aWcg, http://www.playvid.com/watch/nUXeWNZ74pU, http://www.playvid.com/watch/8w0Btrtjbs3, http://www.playvid.com/watch/BUNkM84Ljmq
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SECCION-TXH
5.b. Uploader's email address: postmaster@seccion-txh.com
5.d. Uploader's profile: http://www.playvid.com/member/SECCION-TXH
5.e. List of videos posted by uploader: http://www.playvid.com/watch/I6gVlmRPkdz, http://www.playvid.com/watch/ykpZ6rroIYo, http://www.playvid.com/watch/j-XfZI59GHr, http://www.playvid.com/watch/HDS9YUWLSF2, http://www.playvid.com/watch/VL-JtSoUDyJ, http://www.playvid.com/watch/3zzYidFYswC, http://www.playvid.com/watch/rX_Kktk2USt, http://www.playvid.com/watch/i_OxZOc525E, http://www.playvid.com/watch/UhIsceiedCj, http://www.playvid.com/watch/2kYuy2R-RHy, http://www.playvid.com/watch/R18i4fZsjcR, http://www.playvid.com/watch/GWJqxIU49ua, http://www.playvid.com/watch/JL8gbTZIHe5, http://www.playvid.com/watch/0TCG6lQpFjL, http://www.playvid.com/watch/IySAnJcAeFP, http://www.playvid.com/watch/L5Sba8BqawK, http://www.playvid.com/watch/RInCYzo72kc, http://www.playvid.com/watch/YeQC90Oz-on, http://www.playvid.com/watch/k7ITbZnhrQG, http://www.playvid.com/watch/qR89Rq9ZVvc, http://www.playvid.com/watch/MD9O1HTkC3X, http://www.playvid.com/watch/JC-lzicixqE, http://www.playvid.com/watch/b4Qmq3pdEO3, http://www.playvid.com/watch/d_nnqi3L4K6, http://www.playvid.com/watch/kxG3Whnrz1k, http://www.playvid.com/watch/NLkpeYTpP-v, http://www.playvid.com/watch/qmlz_3eDyCP, http://www.playvid.com/watch/HkyxyP_qbZA, http://www.playvid.com/watch/q4W7QIskAyV, http://www.playvid.com/watch/m3dgEBk1J3y, http://www.playvid.com/watch/RZ44U1j3DXX, http://www.playvid.com/watch/DpnTaxxD08z, http://www.playvid.com/watch/oNAgpj8GjEQ, http://www.playvid.com/watch/DtGDEpssM0k, http://www.playvid.com/watch/OXH6ICX_vr5, http://www.playvid.com/watch/7R1wjWvrhkp, http://www.playvid.com/watch/9Mkfk_5kG0G, http://www.playvid.com/watch/zo9XZtwmf0l, http://www.playvid.com/watch/zZXV40RhFS7, http://www.playvid.com/watch/splOwfkofsy, http://www.playvid.com/watch/b1I3Ufo8jKy, http://www.playvid.com/watch/ZczHzR4KGyY, http://www.playvid.com/watch/oLXyovCcYPl, http://www.playvid.com/watch/hEx3g_SegUD, http://www.playvid.com/watch/Vh7f6Y0nBHn, http://www.playvid.com/watch/UcC85ItKUGU, http://www.playvid.com/watch/L-5F1cnz032, http://www.playvid.com/watch/jc_WARXDcGS, http://www.playvid.com/watch/PDd1AQs85Fu, http://www.playvid.com/watch/bG87f2XAH7I, http://www.playvid.com/watch/4nYOckNu-Bk, http://www.playvid.com/watch/93j01GTG_ZN, http://www.playvid.com/watch/P-4C-Sm_IFW, http://www.playvid.com/watch/gpn2717k7oB, http://www.playvid.com/watch/ZH3CVuw8bTV
5.f. Date of third notice: 2015-08-04

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: secret
5.b. Uploader's email address: bamboogoo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/secret
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rHmSAT508yj, http://www.playvid.com/watch/0ksGoNXqLWp,
http://www.playvid.com/watch/xRRTfIxg5aP, http://www.playvid.com/watch/vb9c5voV4ko, http://www.playvid.com/watch/m2M9G0hPIIE,
http://www.playvid.com/watch/JVGpI2o3w3H, http://www.playvid.com/watch/eVR5FNZUYlW, http://www.playvid.com/watch/YATUxSafyqJ,
http://www.playvid.com/watch/hJTYELJz6xx, http://www.playvid.com/watch/vrOWF9fpuoU, http://www.playvid.com/watch/z6-WZ3Q2Sx9,
http://www.playvid.com/watch/Fh04UCOQV32, http://www.playvid.com/watch/foXG2ElJJUj, http://www.playvid.com/watch/5jnm8L97wny,
http://www.playvid.com/watch/TxM0yBaijgu, http://www.playvid.com/watch/SKWZ3qsD7a5, http://www.playvid.com/watch/cB2DObBfa9R,
http://www.playvid.com/watch/iax9xis5Wq3, http://www.playvid.com/watch/om8TBgXbzUd, http://www.playvid.com/watch/q-w7BN3a5tR,
http://www.playvid.com/watch/okOxV3DgMQ2, http://www.playvid.com/watch/DWTs2mruBmb, http://www.playvid.com/watch/HEYPxejFp2L,
http://www.playvid.com/watch/jbFsdQJEL3J, http://www.playvid.com/watch/JIs8HO5mSbv, http://www.playvid.com/watch/9CYYqJSdzR8,
http://www.playvid.com/watch/XFCebiU9VMa, http://www.playvid.com/watch/umnKGwMwaU8, http://www.playvid.com/watch/wKIFXZX4qha,
http://www.playvid.com/watch/ai-UHZ5IH8T, http://www.playvid.com/watch/ToZPOu6b9Er, http://www.playvid.com/watch/pbFEaPBGLrh,
http://www.playvid.com/watch/Hbr3brAApK2, http://www.playvid.com/watch/NnlH34EOauk, http://www.playvid.com/watch/tMrIIwAo5Ax,
http://www.playvid.com/watch/WHlgn9rrNJg, http://www.playvid.com/watch/ijV2bxXjXZh, http://www.playvid.com/watch/ma-KthApDRi,
http://www.playvid.com/watch/8YPGrXtkWhP, http://www.playvid.com/watch/F3z2wq8w5zf, http://www.playvid.com/watch/UANoSn5pWE5,
http://www.playvid.com/watch/kV9y-TjfE3L, http://www.playvid.com/watch/Y2vCmP9ejju, http://www.playvid.com/watch/TKDI7M5ZvAQ,
http://www.playvid.com/watch/TU35h5FWm7C, http://www.playvid.com/watch/6hZZEp7Czsg, http://www.playvid.com/watch/EwswCLVDDQo,
http://www.playvid.com/watch/xY0l63eJfWR, http://www.playvid.com/watch/4jQnZku5wEg, http://www.playvid.com/watch/yGuNP0nh3Fl,
http://www.playvid.com/watch/GQgjsZ85UUO, http://www.playvid.com/watch/h5m5qYXvS9H, http://www.playvid.com/watch/pdgDJildTDF,
http://www.playvid.com/watch/mIt97Vqq-Pt, http://www.playvid.com/watch/PFyu3sU5VAq, http://www.playvid.com/watch/BFiskbTv8Rt,
http://www.playvid.com/watch/WNox2e3NMx0, http://www.playvid.com/watch/anUZAu9hQXR, http://www.playvid.com/watch/GRHIPNJGzfM,
http://www.playvid.com/watch/6uhnpL2pBwe, http://www.playvid.com/watch/DkK0SJAYNeC, http://www.playvid.com/watch/7j770sFDuOY,
http://www.playvid.com/watch/SoKDxKQGj2O, http://www.playvid.com/watch/yPIN-OhGXky, http://www.playvid.com/watch/gOJ2Ki5JuBr,
http://www.playvid.com/watch/RO4-z6NnUaz, http://www.playvid.com/watch/NY2UrA3DDM7, http://www.playvid.com/watch/FMtyktJ5I8K,
http://www.playvid.com/watch/z8eTsMYi2Nl, http://www.playvid.com/watch/eOmq37Xkv5I, http://www.playvid.com/watch/c8j-gf68xBA,
http://www.playvid.com/watch/Lgm-OdLB2wq, http://www.playvid.com/watch/iaDhhp5khIY, http://www.playvid.com/watch/Mn7Whd6QTfc,
http://www.playvid.com/watch/45XmEVQDuZu, http://www.playvid.com/watch/ILwdgMCaj0M, http://www.playvid.com/watch/lHXvwjcFzyi,
http://www.playvid.com/watch/KXcYSOSMxFS, http://www.playvid.com/watch/-DkT7vzWmjt, http://www.playvid.com/watch/ph96UtQQ-ly,
http://www.playvid.com/watch/-zEwAH2DNUV, http://www.playvid.com/watch/qaLE4TCn3J8, http://www.playvid.com/watch/DksH4drU7tE,
http://www.playvid.com/watch/4F9j9odFDxN, http://www.playvid.com/watch/ue-IfYbeH72, http://www.playvid.com/watch/B6jLop8fIl6,
http://www.playvid.com/watch/CQjXaAQlfAR, http://www.playvid.com/watch/ysYiP6h6hD4, http://www.playvid.com/watch/UBxWS5Vvuj8,
http://www.playvid.com/watch/oHEhJ99G3K9, http://www.playvid.com/watch/GaROxEv5vpN, http://www.playvid.com/watch/AbcEyvQUDey,
http://www.playvid.com/watch/a6DXylqqQng, http://www.playvid.com/watch/ehXH7VTPkt2, http://www.playvid.com/watch/sHBSrC8t5OF,
http://www.playvid.com/watch/lsaaU-BV-HC, http://www.playvid.com/watch/VpygYwLJX7Q, http://www.playvid.com/watch/3pnpGVzhBti,
http://www.playvid.com/watch/6lNamsKGiiz, http://www.playvid.com/watch/pngCkaDIwQd, http://www.playvid.com/watch/Wt7G50XHulS,
http://www.playvid.com/watch/dsjSAWC0xs4, http://www.playvid.com/watch/hGKv5FMfEKn, http://www.playvid.com/watch/yVHHfjUeQJ9,
http://www.playvid.com/watch/p-cUDgtTAAf, http://www.playvid.com/watch/rU-KfdKNjyP, http://www.playvid.com/watch/Ys8J9hHrXXi,
http://www.playvid.com/watch/qkroNHdKedV, http://www.playvid.com/watch/aQi3UkKL9yf, http://www.playvid.com/watch/3rqtU6z30Mj,
http://www.playvid.com/watch/aHslfmULMkt, http://www.playvid.com/watch/l8bM6CELiNV, http://www.playvid.com/watch/5faWexjMRkG,
http://www.playvid.com/watch/Gzp20PC0IQ5, http://www.playvid.com/watch/I9wDUi7WgcH, http://www.playvid.com/watch/V3OU5x9SM8j,
http://www.playvid.com/watch/aDQrPT2rEGq, http://www.playvid.com/watch/XNMqlMmAFdp, http://www.playvid.com/watch/KNQzUGyZZfR,
http://www.playvid.com/watch/XJCEEOVurXf, http://www.playvid.com/watch/AzAobcEoaGQ, http://www.playvid.com/watch/PRAQAMucWlE,
http://www.playvid.com/watch/kwAsnx6So2Y, http://www.playvid.com/watch/ZshMnXxdwgE, http://www.playvid.com/watch/bf7CkqmPlDB,
http://www.playvid.com/watch/hfcOY6IBuC6, http://www.playvid.com/watch/Ov-nQN55vLL, http://www.playvid.com/watch/wX98sPiNzMF,
http://www.playvid.com/watch/mExjmygauUq, http://www.playvid.com/watch/74upi0mtHt3, http://www.playvid.com/watch/E07ZSL5ntLC,
http://www.playvid.com/watch/rF6Lh32N93T, http://www.playvid.com/watch/OsyvSfoiS2y, http://www.playvid.com/watch/sKvorvYtvLK,
http://www.playvid.com/watch/kiPo0RMZ89M, http://www.playvid.com/watch/LDYN4aPPLZz, http://www.playvid.com/watch/XRVUzdAYOYI,
http://www.playvid.com/watch/ZjO09oq0Thu, http://www.playvid.com/watch/PFg6zsKjWfZ, http://www.playvid.com/watch/ZpXs8ccAwyy,
http://www.playvid.com/watch/icB-90wyAjp, http://www.playvid.com/watch/tXfgAkibmL7, http://www.playvid.com/watch/L0Dct2NB5sW,
http://www.playvid.com/watch/pb7o0EXZ00P, http://www.playvid.com/watch/qWMo8wlcGno, http://www.playvid.com/watch/znUyagvYLqK,
http://www.playvid.com/watch/nr0Wv96v-K5, http://www.playvid.com/watch/kkaW6XWIVvL, http://www.playvid.com/watch/om02kqDU8Z-,
http://www.playvid.com/watch/YmDyp9C-cwY, http://www.playvid.com/watch/cSMsJwz4Y5p, http://www.playvid.com/watch/TVlSWK4oUH0,
http://www.playvid.com/watch/8Xwh9niICRy, http://www.playvid.com/watch/PwLVY7xpHzB, http://www.playvid.com/watch/b9Sncb-fEub,
http://www.playvid.com/watch/x2ZbAoTDkVR, http://www.playvid.com/watch/nTxCCM5tvK6, http://www.playvid.com/watch/LaOXI4v4Ffg,
http://www.playvid.com/watch/Z-sZKpO0FOP, http://www.playvid.com/watch/EL-5DKA2KUG, http://www.playvid.com/watch/ydJMlUHXiGV,
http://www.playvid.com/watch/BwN5FknwFGJ, http://www.playvid.com/watch/2jUuUTWNFcM, http://www.playvid.com/watch/DW2WWyb-uNl,
http://www.playvid.com/watch/aabr3EqlSns, http://www.playvid.com/watch/qrj3bNL3Wve, http://www.playvid.com/watch/kvqxWvIlNwu,
http://www.playvid.com/watch/DZKIQphfJaa, http://www.playvid.com/watch/2QhXnXUDnG2, http://www.playvid.com/watch/OF79XpSpC0L,
http://www.playvid.com/watch/T2gfWq5HxLz, http://www.playvid.com/watch/Rju3FLZMGnP, http://www.playvid.com/watch/40D69TnSZpy,
http://www.playvid.com/watch/gKXLgW0ftZb, http://www.playvid.com/watch/PWROAb3iZSw, http://www.playvid.com/watch/9BhrGZiechl,
http://www.playvid.com/watch/u9eqqj6Cc68, http://www.playvid.com/watch/gPuAh65KI8A, http://www.playvid.com/watch/CjvZqDY4ugm,
http://www.playvid.com/watch/fCMwYAqmb26, http://www.playvid.com/watch/egkFHMOD9wU, http://www.playvid.com/watch/uipQGyQ2mK0,
http://www.playvid.com/watch/rgL-9wVf6uQ, http://www.playvid.com/watch/XRUYf5snkic, http://www.playvid.com/watch/0ESlGJWMw86,
http://www.playvid.com/watch/pS2ievQQAzy, http://www.playvid.com/watch/4KvgFZ3DNcS, http://www.playvid.com/watch/CkOtUCyd7XU,
http://www.playvid.com/watch/shkviLsdoG-, http://www.playvid.com/watch/oBPfIsoZHEF, http://www.playvid.com/watch/RyYbTqfa5ER,
http://www.playvid.com/watch/NIiuP7ICQbQ, http://www.playvid.com/watch/IJwMJ2akvx7, http://www.playvid.com/watch/l3R5E9NYtEO,
http://www.playvid.com/watch/pkdHbvsgWqH, http://www.playvid.com/watch/34kMu5EAaqQ, http://www.playvid.com/watch/nQ8AWcEOLJK,
http://www.playvid.com/watch/c5KTDnDOP7b, http://www.playvid.com/watch/e0otP2cIUZ7, http://www.playvid.com/watch/P2XP0jjAa4k,
http://www.playvid.com/watch/URq8EtrJI2B, http://www.playvid.com/watch/Ge5mCyyzXGP, http://www.playvid.com/watch/Yu4dY-lQDz9,
http://www.playvid.com/watch/yooz6bd4LDH, http://www.playvid.com/watch/3pnKwTuluyT, http://www.playvid.com/watch/HYdrZhMIBdy,
http://www.playvid.com/watch/SeEjiD6iAqr, http://www.playvid.com/watch/bs2dOsLpazI, http://www.playvid.com/watch/xRNZ5Ymix3K,
http://www.playvid.com/watch/ySPS-kVSdX3, http://www.playvid.com/watch/7xN0ysvqdsD, http://www.playvid.com/watch/DGOsjWbXQ3e,
http://www.playvid.com/watch/cuchb5otuo2, http://www.playvid.com/watch/7dajupn6-ev, http://www.playvid.com/watch/za5da9F0UoA,
http://www.playvid.com/watch/Ytjz08KZdPo, http://www.playvid.com/watch/MRepcv6YdzT, http://www.playvid.com/watch/nWidhWJqFAQ,
http://www.playvid.com/watch/wO-JVYqQZxL, http://www.playvid.com/watch/37n7tgfhArn, http://www.playvid.com/watch/fNZyJ5OHCTb,
http://www.playvid.com/watch/RxO63GayGHq, http://www.playvid.com/watch/oja7zkNy0Yr, http://www.playvid.com/watch/pEAaOCftYRl,
http://www.playvid.com/watch/HbGRB6OWfRa, http://www.playvid.com/watch/yXIMtpohbga, http://www.playvid.com/watch/V4mR-fQZJrU,
http://www.playvid.com/watch/ELKxvA59uF9, http://www.playvid.com/watch/dDUD-4BEpsi, http://www.playvid.com/watch/5lv6opGRX9u,
http://www.playvid.com/watch/bUnGyS9Epqm, http://www.playvid.com/watch/F0mS535ClsF, http://www.playvid.com/watch/K3eKH4Efi8F,
http://www.playvid.com/watch/BCCdc9AbvwR, http://www.playvid.com/watch/BYwnrVGKTez, http://www.playvid.com/watch/cbpvsiy2IoL,
http://www.playvid.com/watch/ktKKnJplMR8, http://www.playvid.com/watch/dQnT5wdDwS7, http://www.playvid.com/watch/meOvQsRZNDr,
http://www.playvid.com/watch/4MuLt3LT2lu, http://www.playvid.com/watch/aPLlzzk7ifn, http://www.playvid.com/watch/GkRsm7UBN8e,
http://www.playvid.com/watch/7Znkhl6n-zR, http://www.playvid.com/watch/9yIdjZe5bQQ, http://www.playvid.com/watch/9VTj3i-qQdw,
http://www.playvid.com/watch/dqFO59OhwUF, http://www.playvid.com/watch/-Xh2WUsWNxO, http://www.playvid.com/watch/C2tn0amOdrm,
http://www.playvid.com/watch/x6LZX-CqqGG, http://www.playvid.com/watch/JYD2ggYHNMM, http://www.playvid.com/watch/pFh2I6Cvi-i,
http://www.playvid.com/watch/PZdprk8BUmv, http://www.playvid.com/watch/qouFs5s0lTL, http://www.playvid.com/watch/5c9VMc4Nnag,
http://www.playvid.com/watch/YAgUmaUo6Dc, http://www.playvid.com/watch/cdnzmqb6YrV, http://www.playvid.com/watch/UYtP825KJyE,
http://www.playvid.com/watch/M8bFw6o4ybJ, http://www.playvid.com/watch/4R9Wiz9NmxQ, http://www.playvid.com/watch/5G7Zjg4tCmG,
http://www.playvid.com/watch/eojv3PoCl7P, http://www.playvid.com/watch/ic8xM53zMFA, http://www.playvid.com/watch/xt7E5cpROmf,
http://www.playvid.com/watch/feRKmfRnimD, http://www.playvid.com/watch/lf0rrxT-uRY, http://www.playvid.com/watch/GkRPFaSrUjZ,
http://www.playvid.com/watch/pxGEfQMpaJB, http://www.playvid.com/watch/ZaCnkZ5tbx4, http://www.playvid.com/watch/OaR4B60ZWaq,
http://www.playvid.com/watch/3gdfYAAeQUJ, http://www.playvid.com/watch/3WQakiQS3bD, http://www.playvid.com/watch/XEPpF-eTdVE,

http://www.playvid.com/watch/sS4lByBH3S9, http://www.playvid.com/watch/srrLMv6z7UU, http://www.playvid.com/watch/5QMlljVbKvX, http://www.playvid.com/watch/ziU63M6au7d, http://www.playvid.com/watch/-NSmFibvAYk, http://www.playvid.com/watch/nG73wn5ZUGm, http://www.playvid.com/watch/WNMMt5XmqUZ, http://www.playvid.com/watch/JttdL6rCAqr, http://www.playvid.com/watch/SUUJxMPASE2, http://www.playvid.com/watch/abvoHb-lbRe, http://www.playvid.com/watch/OyVsoqNnT3h, http://www.playvid.com/watch/-4--hyvnd7b, http://www.playvid.com/watch/WVnXVzxZxhi, http://www.playvid.com/watch/MEgxDh22cyD, http://www.playvid.com/watch/ItIKQCwe5Aj, http://www.playvid.com/watch/Yc84bf9ENBi, http://www.playvid.com/watch/JqpKRMzsUyi
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SelectMedia
5.b. Uploader's email address: craftydare@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/SelectMedia
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cucutsgy-HB, http://www.playvid.com/watch/uqf9NxLg2rY, http://www.playvid.com/watch/3TIyZkcTAY6, http://www.playvid.com/watch/Ev5uDAuHuKi, http://www.playvid.com/watch/qeSm8XD5Ssy, http://www.playvid.com/watch/Td6SAVQeRTj, http://www.playvid.com/watch/DiHi0IOVbUS, http://www.playvid.com/watch/-XlPQZj4XSW, http://www.playvid.com/watch/LZKSlQ3qRv8, http://www.playvid.com/watch/XDov-wtHwKx, http://www.playvid.com/watch/3X4wXPtLoP-, http://www.playvid.com/watch/ARUAwvt9wAO, http://www.playvid.com/watch/hC7JGWHumG0, http://www.playvid.com/watch/VeccE-LKhjB, http://www.playvid.com/watch/Npnbye22MZk, http://www.playvid.com/watch/QKp-XuPpAj9, http://www.playvid.com/watch/2J6smlNzb7u, http://www.playvid.com/watch/zwhnCQWmxZJ, http://www.playvid.com/watch/MMRXSEMNDK9, http://www.playvid.com/watch/LhjKWwzyS-D, http://www.playvid.com/watch/f2vav0GIFPd, http://www.playvid.com/watch/G1ah-zjz4-F
5.f. Date of third notice: 2013-12-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: serioussem
5.b. Uploader's email address: jilmmakle@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/serioussem
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CDxFv7YeVe6, http://www.playvid.com/watch/rBjg3oKOrAq, http://www.playvid.com/watch/zmWV9Woo6tm, http://www.playvid.com/watch/R2gnEykqq00, http://www.playvid.com/watch/BdBbAXpkeEy, http://www.playvid.com/watch/yRVCxbr-5Lv, http://www.playvid.com/watch/JNz5xgC8ROo, http://www.playvid.com/watch/cCwZmasVrhX, http://www.playvid.com/watch/BtyYgPvGFCK, http://www.playvid.com/watch/5H54v0nAsRS, http://www.playvid.com/watch/7ze9WEpk9pT, http://www.playvid.com/watch/wTIPdDNkX0N, http://www.playvid.com/watch/RYyyZ9U7XgH, http://www.playvid.com/watch/LF2EnjoOkWR, http://www.playvid.com/watch/v8FrkUU8MLa, http://www.playvid.com/watch/mTNMKK0L7D4, http://www.playvid.com/watch/uP9hWNErF3L, http://www.playvid.com/watch/6xn6Xc50B2F, http://www.playvid.com/watch/znZQPHBlCkS, http://www.playvid.com/watch/g9mqLt9n6Xd, http://www.playvid.com/watch/myg2VpChtWk, http://www.playvid.com/watch/aKBUcWSbV80, http://www.playvid.com/watch/wEyjSZ-FyO2, http://www.playvid.com/watch/5SKxWqZXNPv, http://www.playvid.com/watch/vpEdHKHdA5X, http://www.playvid.com/watch/UynEzjzMiUF, http://www.playvid.com/watch/Zs6IFp9XcAh, http://www.playvid.com/watch/7E7XwHwrPsv, http://www.playvid.com/watch/wonol56BxfM, http://www.playvid.com/watch/YqmFrDqvLiJ, http://www.playvid.com/watch/wJjQS-OKoFH, http://www.playvid.com/watch/fFnSKd8zPGl, http://www.playvid.com/watch/PNdbFLXGcOT, http://www.playvid.com/watch/9fiFJAVYZ2i, http://www.playvid.com/watch/XyAqNIOnUMt, http://www.playvid.com/watch/hV-YkbScApN, http://www.playvid.com/watch/CObMfQRU4VY, http://www.playvid.com/watch/GMzSK3dFOyh, http://www.playvid.com/watch/5mohf-3vhBt, http://www.playvid.com/watch/VCbGrwdcafZ, http://www.playvid.com/watch/whof8t88lsP, http://www.playvid.com/watch/2upXpCIOVot, http://www.playvid.com/watch/z3iDFd8YWi7, http://www.playvid.com/watch/tCgfQs48fvt, http://www.playvid.com/watch/BxmPxOl-GSY, http://www.playvid.com/watch/cpb5SLIE--0, http://www.playvid.com/watch/nJXabsyhvgG, http://www.playvid.com/watch/nWu-mTGfefc, http://www.playvid.com/watch/ufjwmWom6de, http://www.playvid.com/watch/vBbpZgoI0vo, http://www.playvid.com/watch/vzA8p43Hkv6, http://www.playvid.com/watch/s6RnKVJLrdx, http://www.playvid.com/watch/lUDIUFk0xTe, http://www.playvid.com/watch/0gHeoRAbR9Z, http://www.playvid.com/watch/-CztxiEVHw5, http://www.playvid.com/watch/FyB9T3kMETo, http://www.playvid.com/watch/ZOTWAWe2VjD, http://www.playvid.com/watch/GZxEbPjBYV9, http://www.playvid.com/watch/rS2MSzSEO0b, http://www.playvid.com/watch/a0i2LBBiZtj, http://www.playvid.com/watch/bd8N8oV53B3, http://www.playvid.com/watch/NSKfIn-O8Kx, http://www.playvid.com/watch/Kdd2mvBtsrd, http://www.playvid.com/watch/d0yxRveNPRc, http://www.playvid.com/watch/vOw7B-ZG-p0, http://www.playvid.com/watch/S0LGTOBfDIt, http://www.playvid.com/watch/37idTvOARS5, http://www.playvid.com/watch/f-zlApEbXdV, http://www.playvid.com/watch/HRzxuFfI5Bg, http://www.playvid.com/watch/pjt8XZnUUF8, http://www.playvid.com/watch/F0WHErNRLB6, http://www.playvid.com/watch/JvirlySkVgE, http://www.playvid.com/watch/NF4AzcANkuW, http://www.playvid.com/watch/YDTzk60mgFn, http://www.playvid.com/watch/9lV4VuzLDUA, http://www.playvid.com/watch/NoAwmIhSEOD, http://www.playvid.com/watch/VmOoblLcghh, http://www.playvid.com/watch/YZ2twAEauxZ, http://www.playvid.com/watch/EJC4v9lEnWA, http://www.playvid.com/watch/eRtQFc0js3P, http://www.playvid.com/watch/nQuhYQy4iQ7, http://www.playvid.com/watch/y53I5-LlF6k, http://www.playvid.com/watch/iIMJ8GBbXHm, http://www.playvid.com/watch/ydxMkHFt7GB, http://www.playvid.com/watch/zDQLYzK6U6j, http://www.playvid.com/watch/f7oC3wRVgw3, http://www.playvid.com/watch/3MRPt2zOJDx, http://www.playvid.com/watch/cun55T5mNTq, http://www.playvid.com/watch/9Oq6YAUNMMV, http://www.playvid.com/watch/BnPjR8eL9YP, http://www.playvid.com/watch/97SOewcH2sV, http://www.playvid.com/watch/LP2p2fy8r3r, http://www.playvid.com/watch/xvOKekOoWC5, http://www.playvid.com/watch/0wLDyUrtHI9, http://www.playvid.com/watch/w9SemM7OfxN, http://www.playvid.com/watch/gG4JMk7UNMi, http://www.playvid.com/watch/WQ0TC4rOX9B, http://www.playvid.com/watch/ZuOZ9MWbj8T, http://www.playvid.com/watch/29OCSgsslxC, http://www.playvid.com/watch/fOffaeditlt, http://www.playvid.com/watch/d9ciVEfM2Iz, http://www.playvid.com/watch/5hZbG7rfhfk, http://www.playvid.com/watch/smBKy6Qz6Ut, http://www.playvid.com/watch/Hlb5WhLgZIP, http://www.playvid.com/watch/3Y6gtXYslwb, http://www.playvid.com/watch/4kbtb83RAO7, http://www.playvid.com/watch/20lfZusENAr, http://www.playvid.com/watch/pWgceGkHgfe, http://www.playvid.com/watch/cFovx6nZwZh, http://www.playvid.com/watch/J4UD2iV0IMR, http://www.playvid.com/watch/yP7TSwvuavN, http://www.playvid.com/watch/snIZXJWiiCb, http://www.playvid.com/watch/L4BuS3GJM0z, http://www.playvid.com/watch/7BtM79AK44k, http://www.playvid.com/watch/CMGtKmnFfrB, http://www.playvid.com/watch/dA3o5Oq3uzU, http://www.playvid.com/watch/nnLzRqazODs, http://www.playvid.com/watch/PNCahUz30hv, http://www.playvid.com/watch/SOKGhPdZQOe, http://www.playvid.com/watch/AO0xSoyP09b, http://www.playvid.com/watch/N3p6v6QfXCI, http://www.playvid.com/watch/3KrFsCeXA-h, http://www.playvid.com/watch/Xeg6kreGfKA, http://www.playvid.com/watch/Zv8FO-5LRd-, http://www.playvid.com/watch/wmroS22JrFG, http://www.playvid.com/watch/wkQvoAVuQBc, http://www.playvid.com/watch/6BsWnXsMg9j, http://www.playvid.com/watch/gNonXLA2cia, http://www.playvid.com/watch/sKmI7FooY6E, http://www.playvid.com/watch/qCbQ-PyXfen, http://www.playvid.com/watch/CcynL27g8jA, http://www.playvid.com/watch/9pKtEEQ5G0o, http://www.playvid.com/watch/CfJ-D-gAcfd, http://www.playvid.com/watch/58nWcIEFjkJ, http://www.playvid.com/watch/YgPh2ocl8Mt, http://www.playvid.com/watch/y6oMJQ-tC3Y, http://www.playvid.com/watch/S0eCeBRRCsE, http://www.playvid.com/watch/xLu4qHlKYaC, http://www.playvid.com/watch/njqGvK2tIuU, http://www.playvid.com/watch/5j-DEIVJZIJ, http://www.playvid.com/watch/OJdUbfxGpMr, http://www.playvid.com/watch/p6rb0nVS698, http://www.playvid.com/watch/SjLsIQ5EwuZ, http://www.playvid.com/watch/4l-U0K9tuUn, http://www.playvid.com/watch/obK2cl02Tdb, http://www.playvid.com/watch/DSB3f8ITNXg, http://www.playvid.com/watch/MyDa8ggkprM, http://www.playvid.com/watch/nXd45D-L-QJ, http://www.playvid.com/watch/QYrm6MD5tLc, http://www.playvid.com/watch/wPz5LGxiLCq, http://www.playvid.com/watch/gxp0KCfiJSQ, http://www.playvid.com/watch/7vELx8f-f9k, http://www.playvid.com/watch/jmefpaYqXHy, http://www.playvid.com/watch/zvgJGgU5e4b, http://www.playvid.com/watch/7OXDLnRxJ2r, http://www.playvid.com/watch/50M30jWW847, http://www.playvid.com/watch/yem2iMXfikQ, http://www.playvid.com/watch/ps8MFR5Y9Xg, http://www.playvid.com/watch/VakWku6Wlfe, http://www.playvid.com/watch/Pjf3DAD-ATm, http://www.playvid.com/watch/QtyJAvDwcog, http://www.playvid.com/watch/0UAB2gbUzi9, http://www.playvid.com/watch/sNFD2jjpy3L, http://www.playvid.com/watch/E9xuV3CCpSw, http://www.playvid.com/watch/Fw-zTS6842e, http://www.playvid.com/watch/BUnC3FPEsJi, http://www.playvid.com/watch/VAWRHbB8F6d, http://www.playvid.com/watch/2CysWxDtC93, http://www.playvid.com/watch/gOdaxyZuLFH, http://www.playvid.com/watch/E65AppK2Cn9, http://www.playvid.com/watch/yCquWXbS-8o, http://www.playvid.com/watch/tl5yBBHZnZq, http://www.playvid.com/watch/CvXTLe2EbWI, http://www.playvid.com/watch/IUIgE3v9hlS, http://www.playvid.com/watch/VfHiNV9eFjX, http://www.playvid.com/watch/zox8d62cOm8, http://www.playvid.com/watch/AJ6laGgn4ih, http://www.playvid.com/watch/pYfHG-yez6R, http://www.playvid.com/watch/3OI8MSvhKdF, http://www.playvid.com/watch/PvNdu394-Na, http://www.playvid.com/watch/cVjVBzRigoX, http://www.playvid.com/watch/I4S4F-KJWd6, http://www.playvid.com/watch/Ec4srf9hM6n, http://www.playvid.com/watch/PySSt9TSHky, http://www.playvid.com/watch/NKubJyPyOkk, http://www.playvid.com/watch/2tlgBHhcff6, http://www.playvid.com/watch/g9L5fbIi9Am, http://www.playvid.com/watch/lRscrBcpb5d, http://www.playvid.com/watch/d6udfzp3Tni, http://www.playvid.com/watch/3difYlH8ZlJ, http://www.playvid.com/watch/gO3RajE7Oja, http://www.playvid.com/watch/oz3wQW-Sr8b, http://www.playvid.com/watch/-74OJhBMNE0, http://www.playvid.com/watch/aj5ZxIsXfzf, http://www.playvid.com/watch/JhvtYI4beMC, http://www.playvid.com/watch/exC5i4va-xU, http://www.playvid.com/watch/WbHMghnQ5sP, http://www.playvid.com/watch/M-xPslSvBmn, http://www.playvid.com/watch/Lp482tKu30C, http://www.playvid.com/watch/wBHBwMKmoY3, http://www.playvid.com/watch/uzeo7JRTHID, http://www.playvid.com/watch/vzldJZU9Tgy, http://www.playvid.com/watch/UFZfSX3xInS, http://www.playvid.com/watch/gflwbU2yiYu, http://www.playvid.com/watch/CGAtBgFa9VD, http://www.playvid.com/watch/IVZFZx85nqn, http://www.playvid.com/watch/mak7N9GMq46, http://www.playvid.com/watch/YuU7mSXFCUI, http://www.playvid.com/watch/Vbk9jjzWvCS,

http://www.playvid.com/watch/AAFcwKd80G4, http://www.playvid.com/watch/e-MolxFhtvV, http://www.playvid.com/watch/Wk0tmoSbS6t, http://www.playvid.com/watch/oSPr4ByWb9m, http://www.playvid.com/watch/5uPoizMUnId, http://www.playvid.com/watch/lupPUvyqLZf, http://www.playvid.com/watch/a54HTqOXq49, http://www.playvid.com/watch/dMtAxVpmQJx, http://www.playvid.com/watch/yij2p-KyN5v, http://www.playvid.com/watch/uby5vDi3ULc, http://www.playvid.com/watch/LiFtCBWHMow, http://www.playvid.com/watch/7Zt2UAsgNAh, http://www.playvid.com/watch/oEowOPApQuc, http://www.playvid.com/watch/7vd8RHgqSoU, http://www.playvid.com/watch/OxvWwrD7cYO
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sexautor
5.b. Uploader's email address: magikarkins@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sexautor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ictN3HWLiA6, http://www.playvid.com/watch/fb8upVYR-ZG, http://www.playvid.com/watch/LHGZwieBhkO, http://www.playvid.com/watch/39UnJCLYQkN, http://www.playvid.com/watch/FTXOHMKgnAn, http://www.playvid.com/watch/Cr3nvcBQgUW, http://www.playvid.com/watch/pg6gZTFqVIr, http://www.playvid.com/watch/LGOxf7HMwXm, http://www.playvid.com/watch/-dfRzhqfSSQ, http://www.playvid.com/watch/f35rN0glGJU, http://www.playvid.com/watch/rmEVH0qRzLI, http://www.playvid.com/watch/6gIAAfEpXmP, http://www.playvid.com/watch/FG6W4mnX2ee, http://www.playvid.com/watch/3lJlOmeLLIP, http://www.playvid.com/watch/0qPviltpoJW, http://www.playvid.com/watch/rTLx2oTPBxA, http://www.playvid.com/watch/Ajfo3dKQm55, http://www.playvid.com/watch/2O8TeoFKPWK, http://www.playvid.com/watch/M-cIkyer0nS, http://www.playvid.com/watch/Qh6sUayDzSj, http://www.playvid.com/watch/BTq49apW4sU, http://www.playvid.com/watch/E69NHr8xpe8, http://www.playvid.com/watch/9Dpw0Op0oSq, http://www.playvid.com/watch/rvfUW2l6OAs, http://www.playvid.com/watch/NDUEyF9CZ9g, http://www.playvid.com/watch/OfUuzJYPADY, http://www.playvid.com/watch/iKuugSucFDn, http://www.playvid.com/watch/NYPFvUb8-2l, http://www.playvid.com/watch/LsdTky4HNsa, http://www.playvid.com/watch/4axKGGxI7yd, http://www.playvid.com/watch/BDOE3Fycddt, http://www.playvid.com/watch/3y5Xflrwz9i, http://www.playvid.com/watch/5RWMRP3B2hE, http://www.playvid.com/watch/8JcbJf6NhVD, http://www.playvid.com/watch/j2BX9oDGqks, http://www.playvid.com/watch/5Ttbey8FUsA, http://www.playvid.com/watch/2rEkvLuJGRO, http://www.playvid.com/watch/0MAR5Jvh7P8, http://www.playvid.com/watch/kWl9uUPx-X0, http://www.playvid.com/watch/lcieqriCFpd, http://www.playvid.com/watch/KrgEEKAzLCt, http://www.playvid.com/watch/ZKqdS4YcQir, http://www.playvid.com/watch/6n5cHlyeuSJ, http://www.playvid.com/watch/VRACSiD2I66, http://www.playvid.com/watch/gtv6uWfJJnM, http://www.playvid.com/watch/J3uRgvpisPK, http://www.playvid.com/watch/O6XA5M8hRPl, http://www.playvid.com/watch/ysJsQj5Iaey, http://www.playvid.com/watch/IZwrz6NbgVS, http://www.playvid.com/watch/-nwNbGAcJk4, http://www.playvid.com/watch/jxRJmvSU9Fy, http://www.playvid.com/watch/Nn9KwzLNrQy, http://www.playvid.com/watch/Tq9-etfpcBQ, http://www.playvid.com/watch/sspw4IDLoGV, http://www.playvid.com/watch/3zeYskV3wsr, http://www.playvid.com/watch/Im5VBJFsj-g, http://www.playvid.com/watch/HB4c3juvYXL, http://www.playvid.com/watch/Gmvg6lh9oZa, http://www.playvid.com/watch/bIh5nfNHvms, http://www.playvid.com/watch/p5pChJqk3qn, http://www.playvid.com/watch/gvh9IDbakiV, http://www.playvid.com/watch/dTHRsttZZil, http://www.playvid.com/watch/0sqg5GiNjAm, http://www.playvid.com/watch/ot-mKEQlnXQ, http://www.playvid.com/watch/Mp3h7zviqGa, http://www.playvid.com/watch/5bGISvovic-, http://www.playvid.com/watch/crQailigzJV, http://www.playvid.com/watch/jWPyvyAtbih, http://www.playvid.com/watch/rbTNnkGgeCA, http://www.playvid.com/watch/yeYKTFqrgaq, http://www.playvid.com/watch/8L4EWsJhbiO, http://www.playvid.com/watch/NFNEs3G3q30, http://www.playvid.com/watch/vFwGVGRm3Eu, http://www.playvid.com/watch/D2RebcbpnAr, http://www.playvid.com/watch/ZcrX0MfNDgA, http://www.playvid.com/watch/nZlRI-LInSU, http://www.playvid.com/watch/TFD8S8IpL7u, http://www.playvid.com/watch/uyLxgFmjluB, http://www.playvid.com/watch/IhS6HKejhlN, http://www.playvid.com/watch/svdEs65ZNez, http://www.playvid.com/watch/Fdw5xi7R669, http://www.playvid.com/watch/3KiUTFPV0ee, http://www.playvid.com/watch/wtw3RqDdwD-, http://www.playvid.com/watch/U96V05sQCz3, http://www.playvid.com/watch/XQBEABQ6wiF, http://www.playvid.com/watch/QQF9Wi9bneR, http://www.playvid.com/watch/WMOk4j3FqUw, http://www.playvid.com/watch/YJI0YWqg4bq, http://www.playvid.com/watch/YHTTRy2facw, http://www.playvid.com/watch/S0AVwU4tzIg, http://www.playvid.com/watch/gmZYoAT6wad, http://www.playvid.com/watch/Y4bmcPXlkM6, http://www.playvid.com/watch/gRL93UYVBsW, http://www.playvid.com/watch/snaTD-XAUp2, http://www.playvid.com/watch/jYB-DVrmBUX, http://www.playvid.com/watch/cCZxGvOW0AY, http://www.playvid.com/watch/q0ntnvHph-R, http://www.playvid.com/watch/YVK7WGDPMQP, http://www.playvid.com/watch/ixHkG5YQjd6, http://www.playvid.com/watch/r5D2jNGz0Sq, http://www.playvid.com/watch/CeKfz3RSF7R, http://www.playvid.com/watch/OmdlK9EBZVM, http://www.playvid.com/watch/EFP8lSUIxfn, http://www.playvid.com/watch/DJTO3vupsFt, http://www.playvid.com/watch/9gg67p3bl2b, http://www.playvid.com/watch/8KQaflWYs-h, http://www.playvid.com/watch/jujPKbe8hNy, http://www.playvid.com/watch/0QAohtBkWgx, http://www.playvid.com/watch/9c-iCwAV5Co, http://www.playvid.com/watch/Pabe5rD-7lJ, http://www.playvid.com/watch/McLTtVrmNtR, http://www.playvid.com/watch/-0gGRhNlXQR, http://www.playvid.com/watch/VW-cGXesne7, http://www.playvid.com/watch/PJNx9bPfTWA, http://www.playvid.com/watch/3y6Pcm2UwGs, http://www.playvid.com/watch/0gZkVNdu8O2, http://www.playvid.com/watch/CrbyMMki0RZ, http://www.playvid.com/watch/pmAFyyfFTVm, http://www.playvid.com/watch/sDzSo7ZkGMw, http://www.playvid.com/watch/VitvRlKq3wk, http://www.playvid.com/watch/tnxAd6JXi5P, http://www.playvid.com/watch/6LqjCk56ByD, http://www.playvid.com/watch/T9tecwh7ZHy, http://www.playvid.com/watch/ITUas5RdqaS, http://www.playvid.com/watch/a9YHeSIHgJz, http://www.playvid.com/watch/9CUUKX37chV, http://www.playvid.com/watch/nGLPyr-k0M8, http://www.playvid.com/watch/I0n8N7Waxy9, http://www.playvid.com/watch/hLgGWPVH6pL, http://www.playvid.com/watch/NjceQlAJsdO, http://www.playvid.com/watch/AGlINHedITE, http://www.playvid.com/watch/8MYwndf0V-2, http://www.playvid.com/watch/6TNBZn0egoH, http://www.playvid.com/watch/KCSMdZdkErq, http://www.playvid.com/watch/ntxSexTyFGq, http://www.playvid.com/watch/MvF5WPnJX9w, http://www.playvid.com/watch/bWzLCay6flM, http://www.playvid.com/watch/aIykSnLSQx-, http://www.playvid.com/watch/jjQWQ527yDZ, http://www.playvid.com/watch/jR7OtkJkACD, http://www.playvid.com/watch/HvQYm5hzpPP, http://www.playvid.com/watch/S7spNoY3hyA, http://www.playvid.com/watch/QHhqwmejAzK, http://www.playvid.com/watch/KksymTBy90I, http://www.playvid.com/watch/TEGgCZ9LxRk, http://www.playvid.com/watch/NkR2rJiazF3, http://www.playvid.com/watch/oJomiuJdLP0, http://www.playvid.com/watch/YMTUuy53-aO, http://www.playvid.com/watch/ZUbVDT0Dvt8, http://www.playvid.com/watch/7BBKAnduYNo, http://www.playvid.com/watch/MyKupbfLV-6, http://www.playvid.com/watch/K0vSGOgi8JI, http://www.playvid.com/watch/g5LceGF6VdO, http://www.playvid.com/watch/tV2F43P6EA9, http://www.playvid.com/watch/s67k6eyLtM3, http://www.playvid.com/watch/9l0Y6oNGRkt, http://www.playvid.com/watch/UAO9awYjDYn, http://www.playvid.com/watch/fAoVrPFN8UB, http://www.playvid.com/watch/FcbI6KJXbii, http://www.playvid.com/watch/jO5xpMdMM8A, http://www.playvid.com/watch/6fLymtBGGR7, http://www.playvid.com/watch/Yt5He0WtUJr, http://www.playvid.com/watch/3E-Pl5HzX6M, http://www.playvid.com/watch/d7TEvyN6Yiv, http://www.playvid.com/watch/l6JvEAHZTCI, http://www.playvid.com/watch/bRgcv-7Ou2Y, http://www.playvid.com/watch/Pomw-LRIytD, http://www.playvid.com/watch/IXG8uKAhh0q, http://www.playvid.com/watch/085bppZMbE2, http://www.playvid.com/watch/VVqo2jUcfzo, http://www.playvid.com/watch/c5AwyqjhBUw, http://www.playvid.com/watch/N2yRAdnm40X, http://www.playvid.com/watch/t5TWZhQ8HZm, http://www.playvid.com/watch/HWxSEEfFM-H, http://www.playvid.com/watch/jMjkY5A9l55, http://www.playvid.com/watch/Od3zO3sYvuH, http://www.playvid.com/watch/HZIvbpzxMxS, http://www.playvid.com/watch/oLvv4IwrbMA, http://www.playvid.com/watch/wtWMkF9Exmv, http://www.playvid.com/watch/TuETF8K0Omc, http://www.playvid.com/watch/KOwUqyFES7B, http://www.playvid.com/watch/WLY6kHskeaS, http://www.playvid.com/watch/GgzeFFAsdop, http://www.playvid.com/watch/-ApMPfEyEWV, http://www.playvid.com/watch/z-9bYmXvCUF, http://www.playvid.com/watch/Re-YDYUVmyI, http://www.playvid.com/watch/yq5KaAzWupA, http://www.playvid.com/watch/BM9FQGL-Lxb, http://www.playvid.com/watch/KADfXW7ir9Z, http://www.playvid.com/watch/QoIOklmOAHP, http://www.playvid.com/watch/Ia9KKfvQNsa, http://www.playvid.com/watch/pMQhy20gh87, http://www.playvid.com/watch/iwKapshnV3p, http://www.playvid.com/watch/QVfRNkLKj0n, http://www.playvid.com/watch/Zs2ouHogHDa, http://www.playvid.com/watch/I2gMY5HJh3T, http://www.playvid.com/watch/uAkHlP2-cju, http://www.playvid.com/watch/-u8gbOZeohX, http://www.playvid.com/watch/wR4pYcKIWfH, http://www.playvid.com/watch/5E4Nzt67KM0, http://www.playvid.com/watch/ZNdyXd8iwIG, http://www.playvid.com/watch/4T4jgHz7u8d, http://www.playvid.com/watch/XeJkxHGwSn6, http://www.playvid.com/watch/QmPhOyNUqRx, http://www.playvid.com/watch/HluMWEPbQhT, http://www.playvid.com/watch/cHvUTQNQlYM, http://www.playvid.com/watch/EhyGmT8wric, http://www.playvid.com/watch/7abmSKoQ7XL, http://www.playvid.com/watch/63SnjSebtJA, http://www.playvid.com/watch/qlKreLWvNRq, http://www.playvid.com/watch/Yxi8usRdaCu, http://www.playvid.com/watch/B8OQTjjTCc8, http://www.playvid.com/watch/FYx7jkOTzgx, http://www.playvid.com/watch/nE-TZnE6Urm, http://www.playvid.com/watch/NKykFsexnMY, http://www.playvid.com/watch/wjcN08WqNR6, http://www.playvid.com/watch/XvATTXJw29j, http://www.playvid.com/watch/LtoP0ZrNrto, http://www.playvid.com/watch/alJCWeVqYcX, http://www.playvid.com/watch/BZsyM6Xw-ao, http://www.playvid.com/watch/Cx0gXBJBU36, http://www.playvid.com/watch/ZT6wkRlGQsg, http://www.playvid.com/watch/ApkJxJMDpX-, http://www.playvid.com/watch/LZFqRYqobww, http://www.playvid.com/watch/mprQQYGArea, http://www.playvid.com/watch/kV5xyEPYAo0, http://www.playvid.com/watch/oWAabWjI4JN, http://www.playvid.com/watch/VWwPqzcDFOX, http://www.playvid.com/watch/s8B3AIO4aOE, http://www.playvid.com/watch/XzDrpDfLSBe, http://www.playvid.com/watch/RZaZG9wvk5n, http://www.playvid.com/watch/dtt6ckqIlGu, http://www.playvid.com/watch/AkzubdBa9K3, http://www.playvid.com/watch/mPH7vQCUFiR, http://www.playvid.com/watch/MZrjyoS6F4j, http://www.playvid.com/watch/cZTh9Ch6gEt, http://www.playvid.com/watch/yBqsxc48Ug9, http://www.playvid.com/watch/XmIK5LAT0Ub, http://www.playvid.com/watch/NuLpsLGaRro, http://www.playvid.com/watch/dVGy3KtJiNQ, http://www.playvid.com/watch/Z8vzRPTfSx8, http://www.playvid.com/watch/jSquAX7V7LY, http://www.playvid.com/watch/A9L6tDjlcCm, http://www.playvid.com/watch/YXhK83Evr-a, http://www.playvid.com/watch/n3pPiuZzmN3, http://www.playvid.com/watch/XYpKssRFcRF, http://www.playvid.com/watch/Wa7ZFSCqv5O, http://www.playvid.com/watch/MINsMnRqh8w, http://www.playvid.com/watch/NR7h7hX96AD, http://www.playvid.com/watch/DgYS0IhFnjk, http://www.playvid.com/watch/xIj-hHwXS3w, http://www.playvid.com/watch/TCEtANHSlIQ, http://www.playvid.com/watch/mQobxRTFuho, http://www.playvid.com/watch/R8goz9EReBs,

http://www.playvid.com/watch/GwA-LcR6nvk, http://www.playvid.com/watch/PpmOgheHSgp, http://www.playvid.com/watch/OyXJMc-lrM2, http://www.playvid.com/watch/3T20LsCuqYm, http://www.playvid.com/watch/dZZnIGL8PbO, http://www.playvid.com/watch/ANECnY8AWLr, http://www.playvid.com/watch/c2S3TSijHsV, http://www.playvid.com/watch/yr9qwIz2R9O, http://www.playvid.com/watch/aR0V92637YX, http://www.playvid.com/watch/Pnc6KZiXpNv, http://www.playvid.com/watch/y8LebPw33D2, http://www.playvid.com/watch/RpXvtzA6GI4, http://www.playvid.com/watch/4fZR8eqkK-V, http://www.playvid.com/watch/d2mP3CvenHF, http://www.playvid.com/watch/n-yuuCGb3BD, http://www.playvid.com/watch/n8W0v8qeGkP, http://www.playvid.com/watch/u8B-AUaHNVF, http://www.playvid.com/watch/XPsXqcsld2f, http://www.playvid.com/watch/wf-Igs4iaqh, http://www.playvid.com/watch/eiBKNMXwnfm, http://www.playvid.com/watch/RnBuBByybdP, http://www.playvid.com/watch/v7gucI-6-OF, http://www.playvid.com/watch/jbGmUoV9sor, http://www.playvid.com/watch/HmPW9zIJwJr, http://www.playvid.com/watch/0vYJ-Lqf3NI, http://www.playvid.com/watch/lgq3MPep8Ji, http://www.playvid.com/watch/sAZcowh0PtM, http://www.playvid.com/watch/w7qRba8gaKA, http://www.playvid.com/watch/aWe2rpWgnKm, http://www.playvid.com/watch/EMiMwb9jcJZ, http://www.playvid.com/watch/2uGU3Ivwq8f, http://www.playvid.com/watch/tsqGuQX7bt2, http://www.playvid.com/watch/ARzSiv6dEFk, http://www.playvid.com/watch/N2ueIUKv6aa, http://www.playvid.com/watch/wJENnUeG28b, http://www.playvid.com/watch/VSgk-xJOpJ9, http://www.playvid.com/watch/Pv8KINomTUz, http://www.playvid.com/watch/B6zrcp3Xjcl, http://www.playvid.com/watch/4tpShxFZ2Yx, http://www.playvid.com/watch/-XLir2lnuJv, http://www.playvid.com/watch/wi2nGBXOK0F, http://www.playvid.com/watch/ikrVJSPZFoE, http://www.playvid.com/watch/Y87poJZwfEY, http://www.playvid.com/watch/kE9TrELZfPB, http://www.playvid.com/watch/UQEo30uVls9, http://www.playvid.com/watch/Pv8TfWACObL, http://www.playvid.com/watch/BqvuGuASvJn, http://www.playvid.com/watch/97xu9Gir4Lu, http://www.playvid.com/watch/qVKofOJW8AT, http://www.playvid.com/watch/EHboi4oq70R, http://www.playvid.com/watch/OPcmRPebzzQ, http://www.playvid.com/watch/03nbMVSROxt, http://www.playvid.com/watch/xOFhEfRGvpx, http://www.playvid.com/watch/9aE9VCNcjdk, http://www.playvid.com/watch/olx3IFnibkr, http://www.playvid.com/watch/ExRr-RdsF6K, http://www.playvid.com/watch/ibGNyulxV6R, http://www.playvid.com/watch/p-bWyxOP7Vo, http://www.playvid.com/watch/pWlBfBO9bb3, http://www.playvid.com/watch/l7GTJEzSnEo, http://www.playvid.com/watch/7JfeHz9pL9D, http://www.playvid.com/watch/B7Stmk9-62X, http://www.playvid.com/watch/YWx9zw2G-Z7, http://www.playvid.com/watch/6rsy0ap9KvU, http://www.playvid.com/watch/CfILvVEaHZH, http://www.playvid.com/watch/qpW9McyIQN7, http://www.playvid.com/watch/gxN-q2lHSpo, http://www.playvid.com/watch/nLiQi8wYUs3, http://www.playvid.com/watch/XL2CabMN-an, http://www.playvid.com/watch/sYMoy-3ptLd, http://www.playvid.com/watch/V7Z6Spp2CLI, http://www.playvid.com/watch/LFbTShJBNQ3, http://www.playvid.com/watch/6uhOJjZ4scN, http://www.playvid.com/watch/plgmALyRYxA, http://www.playvid.com/watch/oWDgS82TfbZ, http://www.playvid.com/watch/rtu9sUplcnH, http://www.playvid.com/watch/xEko-g-yWHP, http://www.playvid.com/watch/lzAOHpQoXYf, http://www.playvid.com/watch/-lbDKeiEXNZ, http://www.playvid.com/watch/H-a2x0L5iPE, http://www.playvid.com/watch/ozrV47fkIp5, http://www.playvid.com/watch/2aXSHYIxMSa, http://www.playvid.com/watch/6fgCHBoahKm, http://www.playvid.com/watch/jY9fOZKkccn, http://www.playvid.com/watch/GnC8g3PmnNN, http://www.playvid.com/watch/GMiQTSDk8tB, http://www.playvid.com/watch/QTWjKOYgm0v, http://www.playvid.com/watch/09Cax3lgijI, http://www.playvid.com/watch/Mhc79lkQisL, http://www.playvid.com/watch/ppgLHSuF7Bd, http://www.playvid.com/watch/fcE0fNDhdiP, http://www.playvid.com/watch/9Glf6yLMVi4, http://www.playvid.com/watch/ZwtoKMULsVK, http://www.playvid.com/watch/0f84Znilcbq, http://www.playvid.com/watch/zurYFBvrK-h, http://www.playvid.com/watch/8xlZfLMKFme, http://www.playvid.com/watch/6drPub2mR4w, http://www.playvid.com/watch/ESl6iZwcEiw, http://www.playvid.com/watch/p2t0SzkvVYy, http://www.playvid.com/watch/YkSZSrQ7Npu, http://www.playvid.com/watch/F8V5V2WOZSv, http://www.playvid.com/watch/6NYypx0gQBG, http://www.playvid.com/watch/Bj5QTxTkMcz, http://www.playvid.com/watch/fgb3eRHQ8OH, http://www.playvid.com/watch/uyZGd5Ix6Q-, http://www.playvid.com/watch/eXWKWRkHWZV, http://www.playvid.com/watch/QZRczWF2PEM, http://www.playvid.com/watch/cI3nOsVLFys, http://www.playvid.com/watch/V2O047lJovP, http://www.playvid.com/watch/t8aEopcIkUc, http://www.playvid.com/watch/WRGcK4QmhYr, http://www.playvid.com/watch/-f3LAJXUkuP, http://www.playvid.com/watch/pAJNYBt-466, http://www.playvid.com/watch/zusJaeijtzu, http://www.playvid.com/watch/AZ4xJ3KrPRF, http://www.playvid.com/watch/gOQEHx0nlPL, http://www.playvid.com/watch/wnz0GXrTM0t, http://www.playvid.com/watch/7k59v3f6dRm, http://www.playvid.com/watch/zW4u2eK0HnB, http://www.playvid.com/watch/WFKmTxPIRjP, http://www.playvid.com/watch/z7I3b0sgwCl, http://www.playvid.com/watch/I69dduQ9sEu, http://www.playvid.com/watch/F9uOC5oEVU8, http://www.playvid.com/watch/FiqI7rkSuLq, http://www.playvid.com/watch/k0ayxU82KOI, http://www.playvid.com/watch/Tt39oJrXOWi, http://www.playvid.com/watch/AOJt8YiO2mq, http://www.playvid.com/watch/u7XuyWuoaSB, http://www.playvid.com/watch/Sl6ySVwlVUd, http://www.playvid.com/watch/7fpxJoDSkYX, http://www.playvid.com/watch/qMgRqzn57jH, http://www.playvid.com/watch/uz-C9crKmBD, http://www.playvid.com/watch/wB3-8zHntke, http://www.playvid.com/watch/uiAJ8jBEv3S, http://www.playvid.com/watch/Ha8MsYTxTEo, http://www.playvid.com/watch/XchgIfvogZX, http://www.playvid.com/watch/ZUYcy-uXqBS, http://www.playvid.com/watch/CWVIn09JXzr, http://www.playvid.com/watch/sdtL2bisto2, http://www.playvid.com/watch/LDOCs9M2i7d, http://www.playvid.com/watch/4aSrlIwXl8t, http://www.playvid.com/watch/WGf6lhkApKK, http://www.playvid.com/watch/gb7fWGYxG4M, http://www.playvid.com/watch/8bLuJ9eXmVG, http://www.playvid.com/watch/FMzwa0Kh7ev, http://www.playvid.com/watch/XSqAubQLq53, http://www.playvid.com/watch/LLY60zHKaZv, http://www.playvid.com/watch/7Mgu4LCjkyB, http://www.playvid.com/watch/tLLmu7MPnBk, http://www.playvid.com/watch/7ZGYfTv-iBG, http://www.playvid.com/watch/4LdjkMQ8PXe, http://www.playvid.com/watch/Ov5O92geUeG, http://www.playvid.com/watch/hAsc7AK3zN7, http://www.playvid.com/watch/H545JYGQ8tw, http://www.playvid.com/watch/Uu5cYp4PUE7, http://www.playvid.com/watch/sUyxePuf-Go, http://www.playvid.com/watch/8V6a4rc9dLr, http://www.playvid.com/watch/ecHI4VRR0Rf, http://www.playvid.com/watch/WSJ5YpB3YgR, http://www.playvid.com/watch/Vpkns4zy7Bq, http://www.playvid.com/watch/xW4Oy5MJMSz, http://www.playvid.com/watch/0CIqTyeV7-R, http://www.playvid.com/watch/EEu4Wfrkj8E, http://www.playvid.com/watch/QbnUuEINAA8, http://www.playvid.com/watch/F68SVHregax, http://www.playvid.com/watch/iW7znFhJMQ9, http://www.playvid.com/watch/PRbadKTEaFz, http://www.playvid.com/watch/dEtZQ9W3CL9, http://www.playvid.com/watch/t-rM9tek6DP, http://www.playvid.com/watch/773kXzz93fA, http://www.playvid.com/watch/DeZAqVE5xIV, http://www.playvid.com/watch/TjDIgwx-bgG, http://www.playvid.com/watch/U3t3xYltm3M, http://www.playvid.com/watch/W-klE8xQHBj, http://www.playvid.com/watch/BbiGgVQRl0x, http://www.playvid.com/watch/MpMiLLbJfQs, http://www.playvid.com/watch/kPR3rxaPdOO, http://www.playvid.com/watch/czDwG37QX66, http://www.playvid.com/watch/j3-w3GfJ5gx, http://www.playvid.com/watch/XFTdqGPvEXT
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SexyLexxi
5.b. Uploader's email address: welovecomicbooks@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/SexyLexxi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vVaoG7mkqZP, http://www.playvid.com/watch/oULBloc6MWs, http://www.playvid.com/watch/fARlLWO6-RV, http://www.playvid.com/watch/-NvS45-ooVQ, http://www.playvid.com/watch/itpgWAtli7V, http://www.playvid.com/watch/c8NmJ3uOSGC, http://www.playvid.com/watch/LLHi80BrE9h, http://www.playvid.com/watch/7YBX773CP5K, http://www.playvid.com/watch/Sx9npCV8xo8
5.f. Date of third notice: 2014-02-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SexyPapi69
5.b. Uploader's email address: bxflyguy82@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/SexyPapi69
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AhP-uPpA5j-, http://www.playvid.com/watch/fBinWWZyh0N, http://www.playvid.com/watch/R5DoWgUKwo9, http://www.playvid.com/watch/osNVyEuzBV2, http://www.playvid.com/watch/2koqmBsa6Fd, http://www.playvid.com/watch/IPRFbXvltUz, http://www.playvid.com/watch/K0tzyLUYwaa, http://www.playvid.com/watch/XziexDBJwcO, http://www.playvid.com/watch/RbYY9Lwmyje, http://www.playvid.com/watch/2nvUTOWaiTg, http://www.playvid.com/watch/kVbunzb0xVT, http://www.playvid.com/watch/0gqebcPBjsL, http://www.playvid.com/watch/ev2wllql4a-, http://www.playvid.com/watch/fwvxjqKAthz, http://www.playvid.com/watch/CPYo8-tekqY, http://www.playvid.com/watch/Ay3PuDX8RkL, http://www.playvid.com/watch/zdDEHboj80B, http://www.playvid.com/watch/Q93GTBCIiXO, http://www.playvid.com/watch/qRNlj6XetHP, http://www.playvid.com/watch/W3GJhcAbAsC, http://www.playvid.com/watch/VGf80TdpfJm, http://www.playvid.com/watch/K2-c4GFnJzI, http://www.playvid.com/watch/HBR9bSFXSlQ, http://www.playvid.com/watch/g3gtXctiOjx, http://www.playvid.com/watch/Tj7jZOP9lhF, http://www.playvid.com/watch/0b7temKPpJM, http://www.playvid.com/watch/7DVfG8JCHUX, http://www.playvid.com/watch/Ou-0n7altnf, http://www.playvid.com/watch/sNGM5g9YaNu, http://www.playvid.com/watch/LwAzjqATmkx, http://www.playvid.com/watch/0wVdiGByxBh, http://www.playvid.com/watch/V-EHmzrVf6I, http://www.playvid.com/watch/hDzUiUY54CF, http://www.playvid.com/watch/YQpwZzDpAfc, http://www.playvid.com/watch/47hpeHuSejN, http://www.playvid.com/watch/8ftijc6KHcL, http://www.playvid.com/watch/yzscB0Prby7, http://www.playvid.com/watch/53aa6p5LmEN, http://www.playvid.com/watch/o49Jhkl8ZHf, http://www.playvid.com/watch/RsRrRkXqzy7, http://www.playvid.com/watch/DIMAGYF6kl-, http://www.playvid.com/watch/VoDHsynatCJ, http://www.playvid.com/watch/w5H4gfwSuqc, http://www.playvid.com/watch/iejfe0EGgra, http://www.playvid.com/watch/223Rq-otwr3, http://www.playvid.com/watch/jsXs6mtR6mq, http://www.playvid.com/watch/psFjYnTnyGb, http://www.playvid.com/watch/gmtNmId7M0A, http://www.playvid.com/watch/s3GwKYB9j5b, http://www.playvid.com/watch/Tsp8nrIcfVF, http://www.playvid.com/watch/BGsFBUOghyK, http://www.playvid.com/watch/np5RD7UfNaq, http://www.playvid.com/watch/Z3SdGWJipCD, http://www.playvid.com/watch/C2JjHkyegWg, http://www.playvid.com/watch/EIGfvZ-NnHy, http://www.playvid.com/watch/yRFIawd4ngU, http://www.playvid.com/watch/r36be2e0HQE, http://www.playvid.com/watch/sdFA9hVN0a6, http://www.playvid.com/watch/NJM02wXD6xP,

http://www.playvid.com/watch/HSfHJnJLZCu, http://www.playvid.com/watch/6vqs7J3NLc5, http://www.playvid.com/watch/sLTN6Rm3TmO,
http://www.playvid.com/watch/Yic7CdYbykq, http://www.playvid.com/watch/FtO87kaAl5j, http://www.playvid.com/watch/d-CaCYtCUHR,
http://www.playvid.com/watch/4ZOF7LzlpXu, http://www.playvid.com/watch/4xnTDBOp4RV, http://www.playvid.com/watch/3lhlHR5pPdO,
http://www.playvid.com/watch/cAg8BI54ptZ, http://www.playvid.com/watch/qRyoULKPRh5, http://www.playvid.com/watch/NVntLhzD-Rz,
http://www.playvid.com/watch/o3EblqZnPkf, http://www.playvid.com/watch/gNaZkCFFF6D, http://www.playvid.com/watch/ZhQqlYJ6Jai,
http://www.playvid.com/watch/JEVP5Kd3bmu, http://www.playvid.com/watch/PLMPSygeEjn, http://www.playvid.com/watch/NolQGcaYALO,
http://www.playvid.com/watch/ZrgNq7ccbPv, http://www.playvid.com/watch/N7JQq9BgGCM, http://www.playvid.com/watch/FIehqWz4Rv4,
http://www.playvid.com/watch/3Z3V4e9Vkz2, http://www.playvid.com/watch/iYcNEUAbwn7, http://www.playvid.com/watch/QMETMCCLUNX,
http://www.playvid.com/watch/Vyd6G3ezNm4, http://www.playvid.com/watch/zhNvE36Lge6, http://www.playvid.com/watch/hbv7Lv8BHpT,
http://www.playvid.com/watch/Wx3jcb7GeyB, http://www.playvid.com/watch/9cMFbaZBghB, http://www.playvid.com/watch/9NkFTilX-J2,
http://www.playvid.com/watch/ZZ6vp-gOhbM, http://www.playvid.com/watch/GlsDwMsjZWX, http://www.playvid.com/watch/6MNSdgvYYQP,
http://www.playvid.com/watch/6WKaCh-mE3G, http://www.playvid.com/watch/XbaOXbdWMP0, http://www.playvid.com/watch/u2xgq23RjnY,
http://www.playvid.com/watch/Uli3UJqFtaC, http://www.playvid.com/watch/2tZImPLbvqD, http://www.playvid.com/watch/JwsvOvPg8wS,
http://www.playvid.com/watch/Vv-MrvgLWH2, http://www.playvid.com/watch/yw4qwk8UYDm, http://www.playvid.com/watch/-bjuBDBoZD-,
http://www.playvid.com/watch/oXdIRY7fR-S, http://www.playvid.com/watch/0YCNXP0r5ng, http://www.playvid.com/watch/UM0k3-WZF6a,
http://www.playvid.com/watch/E4lYkSCAZXQ, http://www.playvid.com/watch/AhsCL30dMEn, http://www.playvid.com/watch/PbkepdlWhOa,
http://www.playvid.com/watch/SvJDjHQ9vPf, http://www.playvid.com/watch/OWPdEdPZfhx, http://www.playvid.com/watch/DqtagBBAF9H,
http://www.playvid.com/watch/QGXYN5oeJr4, http://www.playvid.com/watch/ZeRzhzBwMBt, http://www.playvid.com/watch/KaWCkBJJFjZ,
http://www.playvid.com/watch/y8YZiuFz-Vn, http://www.playvid.com/watch/kwzCbcupRKg, http://www.playvid.com/watch/-IOgCjmEYyX,
http://www.playvid.com/watch/-8-xIo3i0Wy, http://www.playvid.com/watch/P3kN-XhhZ27, http://www.playvid.com/watch/A-jFBA0J4oq,
http://www.playvid.com/watch/ZQRtktVaopZ, http://www.playvid.com/watch/Tq-3TultC99, http://www.playvid.com/watch/UbDN0xZy5yS,
http://www.playvid.com/watch/ESECTfIRYCS, http://www.playvid.com/watch/LIKoTSkFGCG, http://www.playvid.com/watch/Kq5gWECPXOD,
http://www.playvid.com/watch/qGbtRIfooMJ, http://www.playvid.com/watch/Bz8Wvksu0Al, http://www.playvid.com/watch/iUt7Wnw6mXp,
http://www.playvid.com/watch/5GDoYwJkpk9, http://www.playvid.com/watch/YCNEEcPwk9I, http://www.playvid.com/watch/MMRvQGJrzDJ,
http://www.playvid.com/watch/ox0WoQlJifE, http://www.playvid.com/watch/ZgrQ894l6PZ, http://www.playvid.com/watch/jjwTGnTjnkQ,
http://www.playvid.com/watch/8qG5bqFqVsQ, http://www.playvid.com/watch/6d-rbVEP7K2, http://www.playvid.com/watch/GWdLGlzGt-X,
http://www.playvid.com/watch/JCb-FtgA5y7, http://www.playvid.com/watch/u3Jk7pjwaAP, http://www.playvid.com/watch/mNGtfofSasV,
http://www.playvid.com/watch/ImvEuUMD8AZ, http://www.playvid.com/watch/SKyA5dEWTly, http://www.playvid.com/watch/9eqQITBYOzd,
http://www.playvid.com/watch/CFHgwoI2K0S, http://www.playvid.com/watch/hfzSlSQfJEO, http://www.playvid.com/watch/mN5EILQsi2U,
http://www.playvid.com/watch/mZAXYmRi837, http://www.playvid.com/watch/qtIanXB2KbP, http://www.playvid.com/watch/NepRURaS9PZ,
http://www.playvid.com/watch/-zTRWrlKJC3, http://www.playvid.com/watch/FWEreczkrir, http://www.playvid.com/watch/RjhgDbafrp4,
http://www.playvid.com/watch/EgsaPYoozpv, http://www.playvid.com/watch/3vS3o9JaqzV, http://www.playvid.com/watch/Fasr-mtCMki,
http://www.playvid.com/watch/zsumArL5RPM, http://www.playvid.com/watch/kV6-fDlI40a, http://www.playvid.com/watch/ENEZ4h0j6r6,
http://www.playvid.com/watch/QMf3h5oBYwD, http://www.playvid.com/watch/77-wA4ujEWe, http://www.playvid.com/watch/PT7U0Nr6Yxm,
http://www.playvid.com/watch/twNrEimsDC2, http://www.playvid.com/watch/mOgC-MfgM7S, http://www.playvid.com/watch/vAcolmBemJt,
http://www.playvid.com/watch/GJDU9UwPkMn, http://www.playvid.com/watch/OvJaqgRmBbW, http://www.playvid.com/watch/MOKMNiLicsX,
http://www.playvid.com/watch/umKgTanTgG0, http://www.playvid.com/watch/KueLmDQ9okr, http://www.playvid.com/watch/hefKuD8op2l,
http://www.playvid.com/watch/JbUOu5MehzM, http://www.playvid.com/watch/XC9gGZ9el3a, http://www.playvid.com/watch/2Cpp9Mukc3u,
http://www.playvid.com/watch/RkaeWAFjTDp, http://www.playvid.com/watch/bXi0mM2LDt6, http://www.playvid.com/watch/KmPcTm7Azgr,
http://www.playvid.com/watch/J0dkxuj3GKV, http://www.playvid.com/watch/8rFxqmJvPAo, http://www.playvid.com/watch/VG8BSdR-o4f,
http://www.playvid.com/watch/BnrxOBnzYLJ, http://www.playvid.com/watch/iUuyGBkCFMj, http://www.playvid.com/watch/oYIfVKZixIW,
http://www.playvid.com/watch/hIl-pIILE2q, http://www.playvid.com/watch/pswt3G5XfIR, http://www.playvid.com/watch/Y4ScytTFoly,
http://www.playvid.com/watch/wfPyTTTT6tr, http://www.playvid.com/watch/beybGjm-TcU, http://www.playvid.com/watch/HGzwFf5FG99,
http://www.playvid.com/watch/Vi7XwXe7WmP, http://www.playvid.com/watch/fdZQnA7NyD-, http://www.playvid.com/watch/cB3QdxzcLf9,
http://www.playvid.com/watch/i3laQjoVRRO, http://www.playvid.com/watch/M9JbfCKokht, http://www.playvid.com/watch/QxLd3E3DaDi,
http://www.playvid.com/watch/e3T-vK7WGxN, http://www.playvid.com/watch/vDBD9rNXlXx, http://www.playvid.com/watch/Op7ImuGylTV,
http://www.playvid.com/watch/g8USIZiqZnf, http://www.playvid.com/watch/X-rDDuSq8dj, http://www.playvid.com/watch/Eu5Yt3JBYej,
http://www.playvid.com/watch/p-smHJ5oDFF, http://www.playvid.com/watch/UAxWinnlkTi, http://www.playvid.com/watch/HkOzmIUUKvt,
http://www.playvid.com/watch/9rGnIAxN0bz, http://www.playvid.com/watch/ShaweKoN2bD, http://www.playvid.com/watch/PvtZGEe209r,
http://www.playvid.com/watch/cDRu38CIyDz, http://www.playvid.com/watch/brHi3f45r7F, http://www.playvid.com/watch/WyF3UnzGuD-,
http://www.playvid.com/watch/gG6j7nd3QXN, http://www.playvid.com/watch/79dgBXmfrwc, http://www.playvid.com/watch/h8sVLisNmM6,
http://www.playvid.com/watch/IycwiGPN9uB, http://www.playvid.com/watch/idMUcza2rtF, http://www.playvid.com/watch/GWpAgzvakdx,
http://www.playvid.com/watch/3GPj4tJi7-m, http://www.playvid.com/watch/4fQS7fqdO89, http://www.playvid.com/watch/IVdylIuHMCT,
http://www.playvid.com/watch/vk3ZfxegZ2S, http://www.playvid.com/watch/ZfDo6i7tgbN, http://www.playvid.com/watch/5lbugL2L8q8,
http://www.playvid.com/watch/7HMo63sqmBz, http://www.playvid.com/watch/Jv7jXLEx8N9, http://www.playvid.com/watch/Q9SbjVPg0oe,
http://www.playvid.com/watch/DaHGgnz8e7s, http://www.playvid.com/watch/M3oQUWowdfM, http://www.playvid.com/watch/NQeq7YHQZK8,
http://www.playvid.com/watch/itQXGp4kXX2, http://www.playvid.com/watch/F6QIVY4NRCi, http://www.playvid.com/watch/-GJRHbq8fX-,
http://www.playvid.com/watch/lTpDdopScrm, http://www.playvid.com/watch/BQmenVfAx3H, http://www.playvid.com/watch/PsppKfvEkME,
http://www.playvid.com/watch/bBLsp353LK3, http://www.playvid.com/watch/32WrLeORHGi, http://www.playvid.com/watch/T8v7BaHX3sk,
http://www.playvid.com/watch/oDMfuCFjU6Y, http://www.playvid.com/watch/f5ub87IxZaz, http://www.playvid.com/watch/vgSTnF9TWTw,
http://www.playvid.com/watch/SFYXG7AE9fs, http://www.playvid.com/watch/uIFPEcdURw6, http://www.playvid.com/watch/K6Eg6QDg9us,
http://www.playvid.com/watch/UZpQShebqp8, http://www.playvid.com/watch/2hG0b9w3ZAq, http://www.playvid.com/watch/xE72Z5Uw4eM,
http://www.playvid.com/watch/o7raCevl6UR, http://www.playvid.com/watch/g06R7ijwekf, http://www.playvid.com/watch/UWmJYOgbG5e,
http://www.playvid.com/watch/o0tXBLD3g3h, http://www.playvid.com/watch/B9dttxclsXq, http://www.playvid.com/watch/MoxJSI5Zzpp,
http://www.playvid.com/watch/FDTMzhiWMVn, http://www.playvid.com/watch/knzwv5kgwtJ, http://www.playvid.com/watch/S79pFkMgDUM,
http://www.playvid.com/watch/wK63cDKEOc7, http://www.playvid.com/watch/QXjCHzW0cdb, http://www.playvid.com/watch/BuRLFbLyxMh,
http://www.playvid.com/watch/J3cGXe72ssQ, http://www.playvid.com/watch/Xp8HOX8mqRu, http://www.playvid.com/watch/yxqPu3LkhB3,
http://www.playvid.com/watch/wCkc9lnFGmI, http://www.playvid.com/watch/z0rn4av2YAj, http://www.playvid.com/watch/ny3rKrCejdY,
http://www.playvid.com/watch/Sw9o7mZfzpf, http://www.playvid.com/watch/52pCVL8wHC2, http://www.playvid.com/watch/jc-0vMMdLKt,
http://www.playvid.com/watch/gyuIFp5NfJj, http://www.playvid.com/watch/exql4ya0fZO, http://www.playvid.com/watch/sETCsB3HcAI,
http://www.playvid.com/watch/zCwuAMMhwtP, http://www.playvid.com/watch/oriBDckeAJU, http://www.playvid.com/watch/hmgBqUO9tkG,
http://www.playvid.com/watch/eWH5Slu2tOh, http://www.playvid.com/watch/dalPsRNW2TA, http://www.playvid.com/watch/VeNU6SC68jJ,
http://www.playvid.com/watch/BcWiSI8zuUP, http://www.playvid.com/watch/TguPTVcWnkl, http://www.playvid.com/watch/mNkbXXfe7Vx,
http://www.playvid.com/watch/rgJMsIKWp9O, http://www.playvid.com/watch/XeQ-kJ0XDX2, http://www.playvid.com/watch/W3s0nytA3GY,
http://www.playvid.com/watch/alYwzyVV-6X, http://www.playvid.com/watch/OBiLU-rELL6, http://www.playvid.com/watch/qxemTnaFGNg,
http://www.playvid.com/watch/bQuRFwUP8Rz, http://www.playvid.com/watch/nE0Z83aFcl9, http://www.playvid.com/watch/YBpcicDaKI0,
http://www.playvid.com/watch/pHwYl7HkHuw, http://www.playvid.com/watch/m5KgseNmBXS, http://www.playvid.com/watch/EGMuXu5WKMe,
http://www.playvid.com/watch/hI8t8stBOCY, http://www.playvid.com/watch/eJZjEFRSe-D, http://www.playvid.com/watch/QcDMWeot8iV,
http://www.playvid.com/watch/0ASnYQ3tdWr, http://www.playvid.com/watch/Ikv7tjXnSrb, http://www.playvid.com/watch/hhPbVfmekNf,
http://www.playvid.com/watch/-hAtjzAlOmh, http://www.playvid.com/watch/42NXbzLLSVA, http://www.playvid.com/watch/uQuHnENvolW,
http://www.playvid.com/watch/woz2YewmAXP, http://www.playvid.com/watch/fvvIrh7-sNx, http://www.playvid.com/watch/Lc7rDE8pO77,
http://www.playvid.com/watch/OU4eQ-3tXTq, http://www.playvid.com/watch/u903P9E5yRK, http://www.playvid.com/watch/wQekXPbr84d,
http://www.playvid.com/watch/Nqfc9fHPNu2, http://www.playvid.com/watch/gH7SqEZgdSE, http://www.playvid.com/watch/k7dlKFSRscD,
http://www.playvid.com/watch/u4ese8xhM7R, http://www.playvid.com/watch/jaJtfHlsEVX, http://www.playvid.com/watch/ygknzybu3Co,
http://www.playvid.com/watch/8U-6T7QmMoR, http://www.playvid.com/watch/IIM99coYkgq, http://www.playvid.com/watch/J8gDqR5z3Ql,
http://www.playvid.com/watch/j7cVedoBoTI, http://www.playvid.com/watch/rLYOa2wogdO, http://www.playvid.com/watch/JBunhMbIFWL,
http://www.playvid.com/watch/PK3sckvpj-H, http://www.playvid.com/watch/7FocxYkWcC4, http://www.playvid.com/watch/K0hxxTClovs,
http://www.playvid.com/watch/wt3wZqigh6U, http://www.playvid.com/watch/lz3x7HISJgU, http://www.playvid.com/watch/gXsWuIvMqnp,
http://www.playvid.com/watch/ARiiqbLPWxe, http://www.playvid.com/watch/cTGpJr5oVWC, http://www.playvid.com/watch/2sCzZ2Jzifo,
http://www.playvid.com/watch/83CxNQhpZdN, http://www.playvid.com/watch/N-kzDtZBlE3, http://www.playvid.com/watch/wlBOF2jwGX-,
http://www.playvid.com/watch/oHlfBAgxkPc, http://www.playvid.com/watch/JHaZw8EMjEB, http://www.playvid.com/watch/p86hMyDVs7E,
http://www.playvid.com/watch/735wpJh03hn, http://www.playvid.com/watch/CDzBsHGDxjP, http://www.playvid.com/watch/IfEFOm6eJs5,
http://www.playvid.com/watch/lHZUEAxIKyx, http://www.playvid.com/watch/iAnyLxe70yQ, http://www.playvid.com/watch/7NSU3omfxtj,
http://www.playvid.com/watch/B4sX89f4U5I, http://www.playvid.com/watch/br9-gsdfffH, http://www.playvid.com/watch/EnOQQuXYJdA,
http://www.playvid.com/watch/mLABcArXN0d, http://www.playvid.com/watch/LZNbKArZN-S, http://www.playvid.com/watch/AhdMabHZyWz,
http://www.playvid.com/watch/EQ7n7lPefii, http://www.playvid.com/watch/fSIdpxomLVe, http://www.playvid.com/watch/H-oNgKc4kSf,

http://www.playvid.com/watch/3KXf2OYovQ3, http://www.playvid.com/watch/9D5CwWP9u7j, http://www.playvid.com/watch/csFU9BvNmNy,
http://www.playvid.com/watch/vxF4xteClrh, http://www.playvid.com/watch/PWDYVPXGoos, http://www.playvid.com/watch/Vy3BgPzSLYC,
http://www.playvid.com/watch/WSriXXL4Q59, http://www.playvid.com/watch/XDsqgHcNroQ, http://www.playvid.com/watch/cW8KiP6IbfV,
http://www.playvid.com/watch/uku7QcOXWYq, http://www.playvid.com/watch/NrgErOK7mcN, http://www.playvid.com/watch/HwveZXDlFY-,
http://www.playvid.com/watch/5575n-qvHw-, http://www.playvid.com/watch/AvjuczJ7Q9j, http://www.playvid.com/watch/rl58SqDSkId,
http://www.playvid.com/watch/QIlyLDHGcwf, http://www.playvid.com/watch/MwjURWlfurN, http://www.playvid.com/watch/Tx38b7XoP4u,
http://www.playvid.com/watch/pmPrPKLDTRq, http://www.playvid.com/watch/S8ImlITfNOp, http://www.playvid.com/watch/FapME-gn99V,
http://www.playvid.com/watch/jESOMxG6-oF, http://www.playvid.com/watch/LqM0Aapt2AR, http://www.playvid.com/watch/f2PVIIl6V-G,
http://www.playvid.com/watch/OnT-d52ytDd, http://www.playvid.com/watch/7ohUdtYX7eG, http://www.playvid.com/watch/rNk2rfCLC23,
http://www.playvid.com/watch/Co2W6BDY0Fz, http://www.playvid.com/watch/yXe02PSDxNt, http://www.playvid.com/watch/TAoz-x0MapH,
http://www.playvid.com/watch/TeoAetkzOwC, http://www.playvid.com/watch/Wl-SvDbBAHm, http://www.playvid.com/watch/GK2v-CkBM7n,
http://www.playvid.com/watch/9f9tsAn2Nt5, http://www.playvid.com/watch/LUpJnKl8us3, http://www.playvid.com/watch/q9zKsaHmfbk,
http://www.playvid.com/watch/a3jyghcOPoS, http://www.playvid.com/watch/4IL0E0BA-re, http://www.playvid.com/watch/9nXUw2e2bex,
http://www.playvid.com/watch/PPxI8Y6lFRu, http://www.playvid.com/watch/sZ-iNWVuVXH, http://www.playvid.com/watch/5fCTQ6j7YVp,
http://www.playvid.com/watch/IuvGxoDGl07, http://www.playvid.com/watch/rFHmohP4q0w, http://www.playvid.com/watch/fXKVKVkSQye,
http://www.playvid.com/watch/Yp07Ff3hio5, http://www.playvid.com/watch/Nc8aS-C3etb, http://www.playvid.com/watch/ucDIvczqxPa,
http://www.playvid.com/watch/-HDWUUkcqZn, http://www.playvid.com/watch/DyqakoOY7iE, http://www.playvid.com/watch/dgqm3a3sVUd,
http://www.playvid.com/watch/x-Va2mpT5gu, http://www.playvid.com/watch/UklgnApLOmo, http://www.playvid.com/watch/eN2rPE59R9U,
http://www.playvid.com/watch/85Ci0VAaDky, http://www.playvid.com/watch/jfSwokno8Wx, http://www.playvid.com/watch/OHeA-VDEJsh,
http://www.playvid.com/watch/oyTKv6TQILz, http://www.playvid.com/watch/q832IpUL4r0, http://www.playvid.com/watch/CVOFRntYuhJ,
http://www.playvid.com/watch/mKY7gnQil02, http://www.playvid.com/watch/Nu88kvnbILw, http://www.playvid.com/watch/8qkHgxnUThA,
http://www.playvid.com/watch/9DZB-Ox6P-j, http://www.playvid.com/watch/QPC72rVuv7C, http://www.playvid.com/watch/7TmlJeHQAE9,
http://www.playvid.com/watch/oviPoBUSOK-, http://www.playvid.com/watch/PyBYRndBpZo, http://www.playvid.com/watch/wtG3zwg3pHX,
http://www.playvid.com/watch/o0Q6dae8erB, http://www.playvid.com/watch/3ZuLyTRHGI9, http://www.playvid.com/watch/qKO75AVsJyx,
http://www.playvid.com/watch/ScLc9y6HM-v, http://www.playvid.com/watch/cbb4-GzS2BV, http://www.playvid.com/watch/36QqFpeBA3w,
http://www.playvid.com/watch/ERo0V2RiSNs, http://www.playvid.com/watch/UvHffOpT6sx, http://www.playvid.com/watch/GX6iTMKiW4j,
http://www.playvid.com/watch/hNkA-jswpLg, http://www.playvid.com/watch/wstmIdYPZKY, http://www.playvid.com/watch/4Q5HHM-oClB,
http://www.playvid.com/watch/qvKeVKolypb, http://www.playvid.com/watch/rvWRHz03GBI, http://www.playvid.com/watch/i74lKijd8n7,
http://www.playvid.com/watch/oIFa09293HU, http://www.playvid.com/watch/IgbKNCp8Gd6, http://www.playvid.com/watch/TPYTSsMSQmV,
http://www.playvid.com/watch/bo7yGGID6Ze, http://www.playvid.com/watch/mlEQENbYenl, http://www.playvid.com/watch/bSW3eXdmxB-,
http://www.playvid.com/watch/ETE6rAVwPS-, http://www.playvid.com/watch/dNtyS9pSJkf, http://www.playvid.com/watch/u87tB7TQxDf,
http://www.playvid.com/watch/uZE6MJVRokI, http://www.playvid.com/watch/kjOihALlzsf, http://www.playvid.com/watch/vpCvfDkK7AL,
http://www.playvid.com/watch/rwkIpFUDJhU, http://www.playvid.com/watch/vY8xu0z6trH, http://www.playvid.com/watch/GRkRIFgTdIn,
http://www.playvid.com/watch/xNbFK9VyRPt, http://www.playvid.com/watch/My5LV2v8I5l, http://www.playvid.com/watch/tPx7T6WM7br,
http://www.playvid.com/watch/MzllMS2gv-2, http://www.playvid.com/watch/DtsOsDvlOTn, http://www.playvid.com/watch/N9gMrwgV0ab,
http://www.playvid.com/watch/aYvsyvR55YA, http://www.playvid.com/watch/uPY4OxUpy9p, http://www.playvid.com/watch/wuudiq2s4iA,
http://www.playvid.com/watch/Rrm3DrcjBfJ, http://www.playvid.com/watch/awX6nZruP0T, http://www.playvid.com/watch/Ew5I2SDocNf,
http://www.playvid.com/watch/ZKRVUgKSWG9, http://www.playvid.com/watch/5ZaFoxiucEe, http://www.playvid.com/watch/sOxZpH3cDKc,
http://www.playvid.com/watch/he8bbv2tJzj, http://www.playvid.com/watch/tAokm-JDgoE, http://www.playvid.com/watch/FBxkoDZeYUc,
http://www.playvid.com/watch/0HOBGfwPsHW, http://www.playvid.com/watch/dmjCTzs2vCa, http://www.playvid.com/watch/42khCec9Gug,
http://www.playvid.com/watch/EWiCbIn-O6c, http://www.playvid.com/watch/-9-Qb6aDZTd, http://www.playvid.com/watch/TeXBYg8G9AZ,
http://www.playvid.com/watch/LB-GRXIVd7f, http://www.playvid.com/watch/zlgI8lE5CVa, http://www.playvid.com/watch/oXEZU-pnlUM,
http://www.playvid.com/watch/iVhc4NlYJY7, http://www.playvid.com/watch/rDKxiydquXr, http://www.playvid.com/watch/-Fgv3BWZWCT,
http://www.playvid.com/watch/WnebX5zv6Il, http://www.playvid.com/watch/WKIGj9ce-xz, http://www.playvid.com/watch/f7LQ3JxeurH,
http://www.playvid.com/watch/AOivJp6eRcs, http://www.playvid.com/watch/EqynaN-BptL, http://www.playvid.com/watch/mN3bYSKrJrm,
http://www.playvid.com/watch/n-zgdBHsluG, http://www.playvid.com/watch/ePupOtIMCs5, http://www.playvid.com/watch/cyJpTweZ0yU,
http://www.playvid.com/watch/v29BugvFS9e, http://www.playvid.com/watch/He8rcj8Rk9Q, http://www.playvid.com/watch/5iORP9-liiU
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sex_key
5.b. Uploader's email address: yellowbart@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sex_key
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Hs-L3za29Xc, http://www.playvid.com/watch/wApYEMSOq4T,
http://www.playvid.com/watch/4aZElsmP0Ck, http://www.playvid.com/watch/TG2RBGzJ0SM, http://www.playvid.com/watch/p9OJ8JQItXL,
http://www.playvid.com/watch/w0RNFzdWCHO, http://www.playvid.com/watch/IM5CTvVBSDo, http://www.playvid.com/watch/VhosQwE-KL0,
http://www.playvid.com/watch/s3wfO2XHRU8, http://www.playvid.com/watch/DZmKwoP9FDA, http://www.playvid.com/watch/7y7KRT1s24D,
http://www.playvid.com/watch/bBB71-97sKZ, http://www.playvid.com/watch/O9kQCgjtFWZ, http://www.playvid.com/watch/AT4mDcAodnC,
http://www.playvid.com/watch/QhGZIwQtnL8, http://www.playvid.com/watch/jfmpSU2S9E2, http://www.playvid.com/watch/fcpn-TcNu6j,
http://www.playvid.com/watch/FaU4XfBbY0k, http://www.playvid.com/watch/B9aAVdmEVIU, http://www.playvid.com/watch/hymEiciwgz0,
http://www.playvid.com/watch/g3ZihoxK7PH, http://www.playvid.com/watch/XefaHeUHE4C, http://www.playvid.com/watch/gyFRDxRcV7S,
http://www.playvid.com/watch/fdNUXYpRsNM, http://www.playvid.com/watch/SBJIBIFThu0, http://www.playvid.com/watch/JEY76wEZaV6,
http://www.playvid.com/watch/7yHjpZTuwpr, http://www.playvid.com/watch/AXHgywBDBtv, http://www.playvid.com/watch/E06lZcyETbI,
http://www.playvid.com/watch/DEhHCqmtOe0, http://www.playvid.com/watch/4fDZY5gCvK0, http://www.playvid.com/watch/UXvGSzArkQI,
http://www.playvid.com/watch/QLOBH53d0R6, http://www.playvid.com/watch/WOZA1L81ojf, http://www.playvid.com/watch/kwvlUrI0p8E,
http://www.playvid.com/watch/J-hv3dQJB7V, http://www.playvid.com/watch/RMK6lpUICpV, http://www.playvid.com/watch/fmqzEBmHVTb,
http://www.playvid.com/watch/6f1Aq6QR9wl, http://www.playvid.com/watch/yoCIVXCurYX, http://www.playvid.com/watch/kUBbrxBCs-p,
http://www.playvid.com/watch/B7ZH95HFPhC, http://www.playvid.com/watch/SkWBiOGj2rT, http://www.playvid.com/watch/Htug2VOxEWR,
http://www.playvid.com/watch/onk7ED4ZPn2, http://www.playvid.com/watch/aDBL1nxff1I, http://www.playvid.com/watch/6K4Mg2EOLE7,
http://www.playvid.com/watch/lf44dyVFGCn, http://www.playvid.com/watch/F8jm3cWFiYG, http://www.playvid.com/watch/8wNoHtX690A,
http://www.playvid.com/watch/iTpm3HPkEzS, http://www.playvid.com/watch/6fXD5bAzhw9, http://www.playvid.com/watch/JtypWVgx7h6,
http://www.playvid.com/watch/OfMEXobzaYd, http://www.playvid.com/watch/XBeEEZAliuM, http://www.playvid.com/watch/OB1TWTx6N4k,
http://www.playvid.com/watch/LhMfEfnHc8z, http://www.playvid.com/watch/8rT0tbGnvs9, http://www.playvid.com/watch/8lQ1sc92tG3,
http://www.playvid.com/watch/8kBCg4LxTkq, http://www.playvid.com/watch/2Saau1wOpzC, http://www.playvid.com/watch/VV11GJqjvwg,
http://www.playvid.com/watch/mD3TNUawswb, http://www.playvid.com/watch/FuuCZgMAgR0, http://www.playvid.com/watch/bIVAcDBKJy4,
http://www.playvid.com/watch/uht48AzFVVX, http://www.playvid.com/watch/4w6zuQRwuJ5, http://www.playvid.com/watch/PGiXuPkOr-0,
http://www.playvid.com/watch/DSRaEVfIsTt, http://www.playvid.com/watch/DMoJFwuAJQW, http://www.playvid.com/watch/oo5UUiiQTA1,
http://www.playvid.com/watch/LHqHpwai8O7, http://www.playvid.com/watch/PPUtw4MLPDo, http://www.playvid.com/watch/-MT0rpyFGCE,
http://www.playvid.com/watch/hn9est2OdAU, http://www.playvid.com/watch/ZcHsjrvd6Z1, http://www.playvid.com/watch/ec7K-L3GJEm,
http://www.playvid.com/watch/JqXENBje2RY, http://www.playvid.com/watch/NdbIbe08C9n, http://www.playvid.com/watch/CIZb3YAGmyT,
http://www.playvid.com/watch/rTiIo4lNbPW, http://www.playvid.com/watch/TbtGXYX7syi, http://www.playvid.com/watch/OYgkGJFc3em,
http://www.playvid.com/watch/xrjWYQ6Sbl-, http://www.playvid.com/watch/8yeX9czKcKy, http://www.playvid.com/watch/nTWu8fwWmIg,
http://www.playvid.com/watch/TFvjL9Puxyv, http://www.playvid.com/watch/K0XfKYk1K37, http://www.playvid.com/watch/nB5I3L5wfxo,
http://www.playvid.com/watch/poeuDwBKtRn, http://www.playvid.com/watch/98JVOjlvcMF, http://www.playvid.com/watch/dzYBAQDqqv0,
http://www.playvid.com/watch/aqgcHsuZREH, http://www.playvid.com/watch/Mi2kkOIN5ld, http://www.playvid.com/watch/PdzKVw2IWt3,
http://www.playvid.com/watch/CZaU2E1aS1j, http://www.playvid.com/watch/lVCECK3FNpq, http://www.playvid.com/watch/vcuoEbv46cf,
http://www.playvid.com/watch/NpQx5svPs54, http://www.playvid.com/watch/NYe4xL17elj, http://www.playvid.com/watch/3qKzFQ83JNT,
http://www.playvid.com/watch/tJ1uJQEv4Df, http://www.playvid.com/watch/2ozRJE7EhWL, http://www.playvid.com/watch/dP40RBnxWzm,
http://www.playvid.com/watch/HrypNlWg7qc, http://www.playvid.com/watch/Ua6s1UPCwHl, http://www.playvid.com/watch/GBoUhgbfNU0,
http://www.playvid.com/watch/ncKNI8kaHbc, http://www.playvid.com/watch/97jiYTbUkw5, http://www.playvid.com/watch/oTt0bVIsJNP,
http://www.playvid.com/watch/7DV3UMBvJB9, http://www.playvid.com/watch/TPlf2impu-K, http://www.playvid.com/watch/gU3ZIhSrwno,
http://www.playvid.com/watch/V7A6WBG5PdX, http://www.playvid.com/watch/NGoo75ggnSz, http://www.playvid.com/watch/bN6CgVzaVoJ,
http://www.playvid.com/watch/dTnobOHyxNy, http://www.playvid.com/watch/ggoZAKVCZwK, http://www.playvid.com/watch/SNVZSJgnZze,
http://www.playvid.com/watch/ZW7KNrpRgQW, http://www.playvid.com/watch/8JB89IqKR2H, http://www.playvid.com/watch/sAtNBtxrXNR,
http://www.playvid.com/watch/TFJXgdQSCEp, http://www.playvid.com/watch/ufD-vYKwPdC, http://www.playvid.com/watch/5zDj9dRbm6D,
http://www.playvid.com/watch/djUGFHkVMgR, http://www.playvid.com/watch/xOBp-e81wr7, http://www.playvid.com/watch/uSyRntNKlWr,

http://www.playvid.com/watch/gSVE2H0qOh8, http://www.playvid.com/watch/eiXtwwa-pzM, http://www.playvid.com/watch/dvlCuB1O6I3, http://www.playvid.com/watch/-Q9x7oLj068, http://www.playvid.com/watch/dtqvJP0ehtD, http://www.playvid.com/watch/f50nhptTJE1, http://www.playvid.com/watch/M0xT-93xK-K, http://www.playvid.com/watch/JBUXwXkX7Xe, http://www.playvid.com/watch/iksSVhQxZQf, http://www.playvid.com/watch/TFOQZT5WrJM, http://www.playvid.com/watch/qMxYP1PuoB-, http://www.playvid.com/watch/Hp5mJ24WBHU, http://www.playvid.com/watch/HIJf9tIhtmE, http://www.playvid.com/watch/K-k8vl7LLI3, http://www.playvid.com/watch/2k6sqsrJ-Ac, http://www.playvid.com/watch/mM2l4Fp3FLz, http://www.playvid.com/watch/R8D0t2eFYW4, http://www.playvid.com/watch/syhmnIqNzh9, http://www.playvid.com/watch/A3JqZkcoesa, http://www.playvid.com/watch/grhdk7Ebw3E, http://www.playvid.com/watch/8DlgyiK2vuk, http://www.playvid.com/watch/iRu1KoCbSem, http://www.playvid.com/watch/xDtKIc30Wd0, http://www.playvid.com/watch/jVXwPQJvjHB, http://www.playvid.com/watch/cMj1Ws7cIF3, http://www.playvid.com/watch/TXVTwBqDvwq, http://www.playvid.com/watch/eThw6l34Y4U, http://www.playvid.com/watch/fwHKSnN2jrc, http://www.playvid.com/watch/TNDOplyzJ9Y, http://www.playvid.com/watch/UjyZwaOZ19B, http://www.playvid.com/watch/8TNjorkOlS5, http://www.playvid.com/watch/wLsq3ywFkHG, http://www.playvid.com/watch/e09mNQa9BaA, http://www.playvid.com/watch/DsVYDJOHtfP, http://www.playvid.com/watch/wlf5n8V9bKs, http://www.playvid.com/watch/0wSnTye9KRO, http://www.playvid.com/watch/WeTgp6iaFq0, http://www.playvid.com/watch/Gyk72d-0RZR, http://www.playvid.com/watch/ia-fEaCxFT4, http://www.playvid.com/watch/7m5swBUJ1hJ, http://www.playvid.com/watch/e8BV6PAfi4P, http://www.playvid.com/watch/0we-i04sjq1, http://www.playvid.com/watch/9AsQa3SODVj, http://www.playvid.com/watch/oAK1KfdbDYs, http://www.playvid.com/watch/6ySZHwNgxdn, http://www.playvid.com/watch/o6GTyQ7kJiL, http://www.playvid.com/watch/9kuEQUH10-5, http://www.playvid.com/watch/875Ej9dPRqA, http://www.playvid.com/watch/JDXmxN6zV9u, http://www.playvid.com/watch/RYUuaZBTKfT, http://www.playvid.com/watch/RqAK6qOHMCA, http://www.playvid.com/watch/5LmXMRvH-49, http://www.playvid.com/watch/O4T4XgDS-Yb, http://www.playvid.com/watch/BhuHgCw-VGq, http://www.playvid.com/watch/E8mhrp95S3T, http://www.playvid.com/watch/8pBypRleNbL, http://www.playvid.com/watch/IgpBw05SPRJ, http://www.playvid.com/watch/lZ5sGWMeaw4, http://www.playvid.com/watch/E84HYbNnywz, http://www.playvid.com/watch/zkauU_syNmt, http://www.playvid.com/watch/HxsS2Dtsr4K, http://www.playvid.com/watch/Qvov1js3Iuo, http://www.playvid.com/watch/U5luE4DDcPd, http://www.playvid.com/watch/A5_EYJA9QyK, http://www.playvid.com/watch/JnV9d_kFzcl, http://www.playvid.com/watch/8sefMdDsGUA, http://www.playvid.com/watch/6OgNFbGJgm9, http://www.playvid.com/watch/GUF_Aiqiwdd, http://www.playvid.com/watch/Y92zWKtU1QN, http://www.playvid.com/watch/eUOrbDhdftl, http://www.playvid.com/watch/jTHU4XxC6mD, http://www.playvid.com/watch/5NUG5wMAXCp, http://www.playvid.com/watch/Htz2NjnM6vu, http://www.playvid.com/watch/SoeBuRjoNUD, http://www.playvid.com/watch/eOEBTD7ihDJ, http://www.playvid.com/watch/780J1TPuKl3, http://www.playvid.com/watch/EldypYW_ZoZ, http://www.playvid.com/watch/61EJ7k5crdT, http://www.playvid.com/watch/Dg_FMzUdES8, http://www.playvid.com/watch/PQUNf-Ps7wo, http://www.playvid.com/watch/7U6jNJdWtPd, http://www.playvid.com/watch/cPg4T4CBb_u, http://www.playvid.com/watch/bEfKKyfivHT, http://www.playvid.com/watch/0VpBzHEExnt, http://www.playvid.com/watch/Kqx_4JslSib, http://www.playvid.com/watch/0TmTCFw2-Ri, http://www.playvid.com/watch/kRMXGxxXBqA, http://www.playvid.com/watch/sKx2_PiV0NV, http://www.playvid.com/watch/UZlpDii4rc6, http://www.playvid.com/watch/YenKbqJlV8n, http://www.playvid.com/watch/OkI1_uWoKBt, http://www.playvid.com/watch/rqhg7JTLtEo, http://www.playvid.com/watch/dobHHHq9imB, http://www.playvid.com/watch/5MC-SGmwMAJ, http://www.playvid.com/watch/NeuXZdOPE3B, http://www.playvid.com/watch/yJwTHOxcs1N
5.f. Date of third notice: 2014-03-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Shabz7
5.b. Uploader's email address: shabbirhoz78@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Shabz7
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Q790VvjASus, http://www.playvid.com/watch/aw9yy3AMQOw, http://www.playvid.com/watch/g_4soUP0Fyg, http://www.playvid.com/watch/MvgfGyYyl9I, http://www.playvid.com/watch/eUtoB9ophk3, http://www.playvid.com/watch/V0pcd6X9L76, http://www.playvid.com/watch/u-6-4s4Hba4, http://www.playvid.com/watch/rylSkE_znwW, http://www.playvid.com/watch/I48goIC6z7b, http://www.playvid.com/watch/l2Vgsyx1joC, http://www.playvid.com/watch/E3DziBN-7MV, http://www.playvid.com/watch/RomZEHo14qJ, http://www.playvid.com/watch/7IioPFoEOxI, http://www.playvid.com/watch/W6zQhW7VhPW, http://www.playvid.com/watch/EY6Pu9JzzHG, http://www.playvid.com/watch/7ZPYM42YVNd, http://www.playvid.com/watch/qIgJEeihlIm, http://www.playvid.com/watch/lH4TpkDS7Ja, http://www.playvid.com/watch/kJZ8c_a2jq6, http://www.playvid.com/watch/Taojp6qt-Ct, http://www.playvid.com/watch/W9x8QLSC-wT, http://www.playvid.com/watch/vkIZlKOMjlK, http://www.playvid.com/watch/sX6N2Lz8hV7, http://www.playvid.com/watch/xn2Ls80YpXK, http://www.playvid.com/watch/bCYKJ1sAssl, http://www.playvid.com/watch/JMb3I72hA-3, http://www.playvid.com/watch/xo6p9hXLR35, http://www.playvid.com/watch/5ZZpeh2kT6E, http://www.playvid.com/watch/Egg2cx6kM1M, http://www.playvid.com/watch/Rfuga1Pn4-Z, http://www.playvid.com/watch/qeOXbnPvkZ8, http://www.playvid.com/watch/Hjr7gCLHNsb, http://www.playvid.com/watch/pb0YvRdDt92, http://www.playvid.com/watch/ZVfeSWQ2HQO, http://www.playvid.com/watch/u3jMe5bghko, http://www.playvid.com/watch/Vb_2dx8A1tU, http://www.playvid.com/watch/VMR4d2vSq4O, http://www.playvid.com/watch/wTRmc4NrlF0, http://www.playvid.com/watch/lh16sTRSiET, http://www.playvid.com/watch/iltsrbRHEiy, http://www.playvid.com/watch/GCNYDulErcR, http://www.playvid.com/watch/8rcdkhS1Bt5, http://www.playvid.com/watch/w8TvpvLqGv8, http://www.playvid.com/watch/RXus9zY00Vv, http://www.playvid.com/watch/Y5DOXqXM7dK, http://www.playvid.com/watch/eszIFaIGPXX, http://www.playvid.com/watch/P3s_W6RTNbZ, http://www.playvid.com/watch/bCwpLOFciZe, http://www.playvid.com/watch/sH1JD8RAbWp, http://www.playvid.com/watch/3FYlg08IuVe, http://www.playvid.com/watch/29ROSnuwD8C, http://www.playvid.com/watch/ijZrxaVVJZR, http://www.playvid.com/watch/wbdSvYdQQNI, http://www.playvid.com/watch/LD7rasmJwlt, http://www.playvid.com/watch/d3JoUhpP6VC, http://www.playvid.com/watch/oZsYz2-c514, http://www.playvid.com/watch/5XrAHo26HUf, http://www.playvid.com/watch/3CBaWANVJVc, http://www.playvid.com/watch/7U6excih9Nf, http://www.playvid.com/watch/KHtKnnQ-6XS, http://www.playvid.com/watch/AenJpIdMPKH, http://www.playvid.com/watch/IxsEBUd5Moq, http://www.playvid.com/watch/D0Y8f_TGdwL, http://www.playvid.com/watch/SAl6Uk3Wnym, http://www.playvid.com/watch/SiZ1_TOs2uG, http://www.playvid.com/watch/Beju3bq9ZNq, http://www.playvid.com/watch/o_cb8Yj6kYC, http://www.playvid.com/watch/RdblsWnYWKj, http://www.playvid.com/watch/Z3dVwYcnPnQ, http://www.playvid.com/watch/WWkhzrYH2OI, http://www.playvid.com/watch/s5hhhrQVNsE, http://www.playvid.com/watch/ctDBhQuZfQa, http://www.playvid.com/watch/dw7pq8Nqkl8, http://www.playvid.com/watch/QHs878DFEca, http://www.playvid.com/watch/Vr-Z3CGCFzP, http://www.playvid.com/watch/miP5-u6NofH, http://www.playvid.com/watch/MJVBlM6lFg3, http://www.playvid.com/watch/tDrMgeVZ9s7, http://www.playvid.com/watch/DUHCy1fVque, http://www.playvid.com/watch/dIOqWDU7LDY, http://www.playvid.com/watch/TUBrG6_e9XD
5.f. Date of third notice: 2015-10-03 13:10:53
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shabz786
5.b. Uploader's email address: shabbirhoz78@googlmail.com
5.d. Uploader's profile: http://www.playvid.com/member/shabz786
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Xh8pHXz-MUQ, http://www.playvid.com/watch/eceTWu4omOh, http://www.playvid.com/watch/onNgNoihTUe, http://www.playvid.com/watch/MgOh4OZeVZ4, http://www.playvid.com/watch/HSKGAX-vJJT, http://www.playvid.com/watch/fqM1h8kx0GZ, http://www.playvid.com/watch/exXQDMXoHrz, http://www.playvid.com/watch/YqG18oDFCqE, http://www.playvid.com/watch/NuxolMtnqMW, http://www.playvid.com/watch/dobDOZ4LeDM, http://www.playvid.com/watch/AivG3ETkNDD, http://www.playvid.com/watch/Ha-SP1WURUL, http://www.playvid.com/watch/oRODHL2MMkg, http://www.playvid.com/watch/51HPRXBelEt, http://www.playvid.com/watch/9h8zcuSKgCe, http://www.playvid.com/watch/6UJBdBpZ0Qv, http://www.playvid.com/watch/5z-Jfv5KXyP, http://www.playvid.com/watch/8mC_zIYnkxF, http://www.playvid.com/watch/BvVsXVlb7If, http://www.playvid.com/watch/KVLhGm0Xlhn, http://www.playvid.com/watch/FmmM3gicV8O, http://www.playvid.com/watch/jZmhnymX692, http://www.playvid.com/watch/GDtIvckccUy, http://www.playvid.com/watch/ggp7voBxxoV, http://www.playvid.com/watch/7-3WTyWibtz, http://www.playvid.com/watch/36FYKzVqith, http://www.playvid.com/watch/vQtMCBLJMGC, http://www.playvid.com/watch/rQu6AwZyM6y, http://www.playvid.com/watch/iI9K3QLhOYd, http://www.playvid.com/watch/z12IjwQjBEM, http://www.playvid.com/watch/oPLR9e8AJUC, http://www.playvid.com/watch/seRA-aYtTN0, http://www.playvid.com/watch/eJT31cr3pIq, http://www.playvid.com/watch/Kbuiyb87phC, http://www.playvid.com/watch/weCw9N8M9cn, http://www.playvid.com/watch/cVXsTPKEGc0, http://www.playvid.com/watch/TQuVT6Wfb3D, http://www.playvid.com/watch/vyqfSK-qEIp, http://www.playvid.com/watch/LeQAjJ9lagE, http://www.playvid.com/watch/pBDt_4oT8ny, http://www.playvid.com/watch/ObLrxLekVhi, http://www.playvid.com/watch/EH1Ozb2K-4i, http://www.playvid.com/watch/gq92oZN9wjL, http://www.playvid.com/watch/ZNhvIXWx1qd, http://www.playvid.com/watch/qqbkTwNwu3n, http://www.playvid.com/watch/NZGqYJWLfs4, http://www.playvid.com/watch/AVMl6586LAD, http://www.playvid.com/watch/GUWJqgAuCVh, http://www.playvid.com/watch/agjX2IPihup, http://www.playvid.com/watch/PSZd3KQjt_V, http://www.playvid.com/watch/5bYdp4v-tvG, http://www.playvid.com/watch/kTOv82BBtFP, http://www.playvid.com/watch/T2yEYbmGxWl, http://www.playvid.com/watch/U7yPgshL452, http://www.playvid.com/watch/4n8R0JoSSxA, http://www.playvid.com/watch/Skc2hMtskUQ, http://www.playvid.com/watch/P06-AOF7glA, http://www.playvid.com/watch/vLsrSUPNc64, http://www.playvid.com/watch/QjVA1JoR2ll, http://www.playvid.com/watch/D36eelLAynD, http://www.playvid.com/watch/75TZ_b4qlY8, http://www.playvid.com/watch/mtyBsdnP7ur, http://www.playvid.com/watch/FwyZki7ZILR, http://www.playvid.com/watch/gFfRZpm7eDt, http://www.playvid.com/watch/X_t9iLIAhec, http://www.playvid.com/watch/PMAimtUOULC, http://www.playvid.com/watch/9FnKiNy3N2N, http://www.playvid.com/watch/KSfAQx8C1kS, http://www.playvid.com/watch/LbmdeRTFVKX, http://www.playvid.com/watch/hDdyzUApKFw, http://www.playvid.com/watch/3AYQIJTjSCQ,

http://www.playvid.com/watch/607DriQgdIX, http://www.playvid.com/watch/Vy_abtnLYNT, http://www.playvid.com/watch/zZvq50g2-V9, http://www.playvid.com/watch/fu3Y7osgBdE, http://www.playvid.com/watch/gfHglDkJKYA, http://www.playvid.com/watch/gONWPz9CY0C, http://www.playvid.com/watch/wufJtY6gbyp, http://www.playvid.com/watch/a4Udp3e35U4, http://www.playvid.com/watch/a3t0GQE1Typ, http://www.playvid.com/watch/pZIl-dP44Zd, http://www.playvid.com/watch/TtlGfB8j-hJ, http://www.playvid.com/watch/r55AGbVaj2W, http://www.playvid.com/watch/0N8_i1_V8Ag, http://www.playvid.com/watch/5X5ZtreMSZ0, http://www.playvid.com/watch/shFtDghFMKT, http://www.playvid.com/watch/pkpfB6jvSUi, http://www.playvid.com/watch/orml6y88Vng, http://www.playvid.com/watch/CzBmkzeEdGk, http://www.playvid.com/watch/PeC0er_ka3m, http://www.playvid.com/watch/SkwiTR7tH7k, http://www.playvid.com/watch/xIUBqo_xEGd, http://www.playvid.com/watch/9TYDVoiYvba, http://www.playvid.com/watch/eMDkXmlQ11R, http://www.playvid.com/watch/UhU9ZSD67KD, http://www.playvid.com/watch/koAWYmqWtBc, http://www.playvid.com/watch/LzrCOL2Ks7o, http://www.playvid.com/watch/BOfmnr4El-j, http://www.playvid.com/watch/A0XcNnwazuu, http://www.playvid.com/watch/ns8t6xzniFF, http://www.playvid.com/watch/QgJm2y19N4D, http://www.playvid.com/watch/gTAx1zQrtjw, http://www.playvid.com/watch/7CJKn4ekw2A, http://www.playvid.com/watch/rz3EgGzdwMH, http://www.playvid.com/watch/y6fj-hfpLId, http://www.playvid.com/watch/mAqwVXOkWrF, http://www.playvid.com/watch/jtDr5N_7oYo, http://www.playvid.com/watch/4_QdzbH_XVR, http://www.playvid.com/watch/Ctf1vEcVsvo, http://www.playvid.com/watch/QFSJyvzxBSX, http://www.playvid.com/watch/8Bhv8FJgdP3, http://www.playvid.com/watch/TDmnnw8pem7, http://www.playvid.com/watch/lJO-KBeRhYQ, http://www.playvid.com/watch/CYIZDmGExjW, http://www.playvid.com/watch/BL2KP23tTbv, http://www.playvid.com/watch/M34t2oGh-Wf, http://www.playvid.com/watch/ZzMfra2opRj, http://www.playvid.com/watch/Mi3Y1Xgnbbf, http://www.playvid.com/watch/cHdCpdnG3vM, http://www.playvid.com/watch/3p4VzdoFMG8, http://www.playvid.com/watch/ydKlXC6i7A6, http://www.playvid.com/watch/bwdSqcZMjK7, http://www.playvid.com/watch/hU7poZXWqLF, http://www.playvid.com/watch/jTsXa3iYtPB, http://www.playvid.com/watch/kZQrNBfqKiN, http://www.playvid.com/watch/kkojMrK2_en, http://www.playvid.com/watch/04AqfTKFRTy, http://www.playvid.com/watch/xXcWYg_Kzsz, http://www.playvid.com/watch/evKTHWqrsLi, http://www.playvid.com/watch/DRySFEXjbgs, http://www.playvid.com/watch/M7RRPshrxdh, http://www.playvid.com/watch/r-XTiEyNzGP, http://www.playvid.com/watch/V5v3QqOWJsD, http://www.playvid.com/watch/2H3TneVIpji, http://www.playvid.com/watch/RCDkhuo-AOZ, http://www.playvid.com/watch/EgAKd0INz-6, http://www.playvid.com/watch/gDgJL5aufCK, http://www.playvid.com/watch/A4rjSARY1DH, http://www.playvid.com/watch/ZaN4Ha-kJYF, http://www.playvid.com/watch/ums2m2GW8-7, http://www.playvid.com/watch/2RL9UCfnJnf, http://www.playvid.com/watch/pKx6ZeTkmjJ, http://www.playvid.com/watch/AbIYSnGMZiA, http://www.playvid.com/watch/dvJwTrjVA2p, http://www.playvid.com/watch/mJekSBkXo1I, http://www.playvid.com/watch/D3NpzI0kSJe, http://www.playvid.com/watch/CnwLU8xjHOM, http://www.playvid.com/watch/EBpPiZVmer0, http://www.playvid.com/watch/flLbbHGOqzf, http://www.playvid.com/watch/5k-rjccUVR7, http://www.playvid.com/watch/hP_EJ-wRhLk, http://www.playvid.com/watch/rOduRseskSh, http://www.playvid.com/watch/PS56WtMdufj, http://www.playvid.com/watch/cTmsKecg61A, http://www.playvid.com/watch/eXk9O02i_Ln, http://www.playvid.com/watch/sIFP7AruqFt, http://www.playvid.com/watch/WW8ijgIIzhc, http://www.playvid.com/watch/eE4ajA4ny33, http://www.playvid.com/watch/xJUKa-WVgC9, http://www.playvid.com/watch/v1Lt2CQSNYj, http://www.playvid.com/watch/o5qpctXVqfq, http://www.playvid.com/watch/42LEDW5CSzY, http://www.playvid.com/watch/3csvqrUJ8Df, http://www.playvid.com/watch/eWFfEU3MyAF, http://www.playvid.com/watch/A4wJLUac88q, http://www.playvid.com/watch/8JOMMRrMUG9, http://www.playvid.com/watch/U7qzZKHcglo, http://www.playvid.com/watch/rMbSEVEjwcS, http://www.playvid.com/watch/cj_W6aa_8dy, http://www.playvid.com/watch/HRQCntgnTSN, http://www.playvid.com/watch/GL62nCM4D9q, http://www.playvid.com/watch/EGVQJR3awwG, http://www.playvid.com/watch/5TicXrm_zgg, http://www.playvid.com/watch/6eyIrZoXG3v, http://www.playvid.com/watch/qNM16Vb_PKD, http://www.playvid.com/watch/oxXhZFZre_j, http://www.playvid.com/watch/b_n3Tx0b3Ul, http://www.playvid.com/watch/Qmb2k1g8qY0, http://www.playvid.com/watch/j_rFySz7D0U, http://www.playvid.com/watch/qYvUrRcabSd, http://www.playvid.com/watch/Gs8ZhSitibO, http://www.playvid.com/watch/X74mqmlG934, http://www.playvid.com/watch/TFBEx_lbK_o, http://www.playvid.com/watch/IM_-AFkllqG, http://www.playvid.com/watch/vGELj0v-jYT, http://www.playvid.com/watch/cLKTmpQxvyL, http://www.playvid.com/watch/V5mO49O_VNE, http://www.playvid.com/watch/og5omDozjvL, http://www.playvid.com/watch/ew4h5GXO7Yz, http://www.playvid.com/watch/0Ydynh0BFrZ, http://www.playvid.com/watch/g-13GJPU4CF, http://www.playvid.com/watch/0lkglI-uc2Y, http://www.playvid.com/watch/FFaGUwcCfbH, http://www.playvid.com/watch/dr3pi0HCw79, http://www.playvid.com/watch/30BF1f9EdDd, http://www.playvid.com/watch/Mz8-iNQLFk7, http://www.playvid.com/watch/qwKWMnwBvon, http://www.playvid.com/watch/TBakhGUitSM, http://www.playvid.com/watch/wTdFMs5I_Da, http://www.playvid.com/watch/MoP6epkdrdX, http://www.playvid.com/watch/D9-2uc2erLm, http://www.playvid.com/watch/OdCTHEpdAWR, http://www.playvid.com/watch/5bMg_wCxb64, http://www.playvid.com/watch/Br5i51kRLLx, http://www.playvid.com/watch/RWQRENkwKsr, http://www.playvid.com/watch/epk9QU3TreS, http://www.playvid.com/watch/vvJfHje3ZC8, http://www.playvid.com/watch/XVQv02zHOpJ, http://www.playvid.com/watch/kp3Xhdfb8HN, http://www.playvid.com/watch/Gsy7Ctog3z5, http://www.playvid.com/watch/5Cypz53sktM, http://www.playvid.com/watch/NiXFheWd60G, http://www.playvid.com/watch/oVcYOIBQYzI, http://www.playvid.com/watch/u4W1G45GO2G, http://www.playvid.com/watch/5rhUd6KA9ew, http://www.playvid.com/watch/QAegYjfTTdJ, http://www.playvid.com/watch/b3q_eS0S7XH, http://www.playvid.com/watch/Z9O6zBjmITH, http://www.playvid.com/watch/KPybV9rxusd, http://www.playvid.com/watch/B-gZT5lBxLA, http://www.playvid.com/watch/MSYib0telyl, http://www.playvid.com/watch/7yoWK95Qm2j, http://www.playvid.com/watch/LliuZjVTkYc, http://www.playvid.com/watch/DacmDJ39Hrk, http://www.playvid.com/watch/wDZCZRBE524, http://www.playvid.com/watch/KLJD9R0o9i9, http://www.playvid.com/watch/vxV0Vm5zHOI, http://www.playvid.com/watch/RcwSlQ9UhGh, http://www.playvid.com/watch/IvD1IyFerSo, http://www.playvid.com/watch/9K4oBzyKBoN, http://www.playvid.com/watch/GSymT9z_jNK, http://www.playvid.com/watch/tQb_lAfC3sb, http://www.playvid.com/watch/zVUduXf26BE, http://www.playvid.com/watch/TrAzmr7LarT, http://www.playvid.com/watch/xqFjnoqBIoO, http://www.playvid.com/watch/BfvDhEenQeP, http://www.playvid.com/watch/ntt2Dhv097o, http://www.playvid.com/watch/mBsC23C4dbJ, http://www.playvid.com/watch/YNG2cZbAHea, http://www.playvid.com/watch/z0pGooGeVyE, http://www.playvid.com/watch/43riesuZk00, http://www.playvid.com/watch/unby7vOyFKb, http://www.playvid.com/watch/PzNUSZxHwm4, http://www.playvid.com/watch/0YTL6prm8i8, http://www.playvid.com/watch/mfMBFbNCKJy, http://www.playvid.com/watch/T1lH7hDN2LN, http://www.playvid.com/watch/Zg5p_7sQ2D8, http://www.playvid.com/watch/GZa4dvFHBjF, http://www.playvid.com/watch/rs22pkhe-5f, http://www.playvid.com/watch/UqjjOBSDItK, http://www.playvid.com/watch/NpRsVlIx5Zm, http://www.playvid.com/watch/F2t-cCMBNkr, http://www.playvid.com/watch/YuCMh9tJsCO, http://www.playvid.com/watch/mTnLiq-DXnr, http://www.playvid.com/watch/2xUCojZq9X9, http://www.playvid.com/watch/Hk3MX_VSx7n, http://www.playvid.com/watch/XDwA5ytyCg7, http://www.playvid.com/watch/9n_ZyUHQemz, http://www.playvid.com/watch/Iug-Wku21qH, http://www.playvid.com/watch/xtUnxnAkMmy, http://www.playvid.com/watch/alD2dldu_rw, http://www.playvid.com/watch/CWuu9R2K7ws, http://www.playvid.com/watch/IcWosdh-Yo3, http://www.playvid.com/watch/XPt2XCbm_7X, http://www.playvid.com/watch/IbtQvLl4h0v, http://www.playvid.com/watch/9Iq4oS5BELq, http://www.playvid.com/watch/ySFXt5Ozcus, http://www.playvid.com/watch/3h9v3T3cgkA, http://www.playvid.com/watch/52tHERNvoD7, http://www.playvid.com/watch/FvyE0aSDfHy, http://www.playvid.com/watch/0D4EjaKauAP, http://www.playvid.com/watch/BoJahQtGyqv, http://www.playvid.com/watch/Dp-wUVyBnpw, http://www.playvid.com/watch/TS_WNoCf6dB, http://www.playvid.com/watch/rPl4cksR-8i, http://www.playvid.com/watch/p7yWjCYqyaI, http://www.playvid.com/watch/nOzJgQqyTgg, http://www.playvid.com/watch/8K3zsiEKumL, http://www.playvid.com/watch/o-lzEYyFNVb, http://www.playvid.com/watch/39yxjk6CEkj, http://www.playvid.com/watch/vXtBKZ62hLG, http://www.playvid.com/watch/oDapM4t6BYK, http://www.playvid.com/watch/B-aR21tIKMT, http://www.playvid.com/watch/p3UCzDjii_8, http://www.playvid.com/watch/yQWNyyhTrLZ, http://www.playvid.com/watch/Dib22rlecYF, http://www.playvid.com/watch/5qkvumiFwTM, http://www.playvid.com/watch/FH_ZQuDmX9E, http://www.playvid.com/watch/SFzwPPic07Z, http://www.playvid.com/watch/RDR8tUEWi6u, http://www.playvid.com/watch/TsRfr0V4c2U, http://www.playvid.com/watch/dIddhbkyA6W, http://www.playvid.com/watch/ZvczeafXm3U, http://www.playvid.com/watch/e0UKHzvooGw, http://www.playvid.com/watch/RCqEhgwr0us, http://www.playvid.com/watch/0aChzWWr6cW, http://www.playvid.com/watch/l-KjuEd_VSx, http://www.playvid.com/watch/6Vs9mEqvFWn, http://www.playvid.com/watch/SD3mL0BtZ4s, http://www.playvid.com/watch/Z0lVNRovWbw, http://www.playvid.com/watch/CRfamoLiuUY, http://www.playvid.com/watch/NnekuA0kmbr, http://www.playvid.com/watch/BeDDp8geyLh, http://www.playvid.com/watch/QNyLtJ5mZYA, http://www.playvid.com/watch/QNfdjFRmJbr, http://www.playvid.com/watch/9ycQH0ddOFG, http://www.playvid.com/watch/MItQiiliR5X, http://www.playvid.com/watch/K7Cy7n_f8uH, http://www.playvid.com/watch/5-Z_vHkNqbH, http://www.playvid.com/watch/T0NTs1kv61S, http://www.playvid.com/watch/WUWRehaL_OO, http://www.playvid.com/watch/AYlxTEqPmcN, http://www.playvid.com/watch/KjltLNNty_h, http://www.playvid.com/watch/T6mKNcGqBUE, http://www.playvid.com/watch/bjD5yizuyXG, http://www.playvid.com/watch/FT5NAFEYyqd, http://www.playvid.com/watch/CTaM3GPScJu, http://www.playvid.com/watch/leIAu0u6F73, http://www.playvid.com/watch/hUswjSMexlT, http://www.playvid.com/watch/Puz5GuI8yuy, http://www.playvid.com/watch/6c5sVy2q6ks, http://www.playvid.com/watch/y1ghaKf1mmH, http://www.playvid.com/watch/JQV6eWRxzj9, http://www.playvid.com/watch/F0mSACLpbCj, http://www.playvid.com/watch/qNH7P8UVyiY, http://www.playvid.com/watch/L0Q92S5CqB9, http://www.playvid.com/watch/ylktAAuJFGU, http://www.playvid.com/watch/XM3MVFWCSp8, http://www.playvid.com/watch/DXcVCE8ui2q, http://www.playvid.com/watch/svxsjjUmg_B, http://www.playvid.com/watch/sC61Dh35l5R, http://www.playvid.com/watch/0igQQz4dHcQ, http://www.playvid.com/watch/l_8NNDfqwFc, http://www.playvid.com/watch/Rmm3by75IKJ, http://www.playvid.com/watch/LZwpok1bIWv, http://www.playvid.com/watch/v_VAsBQI9qZ, http://www.playvid.com/watch/GdmPQ3-Yv62, http://www.playvid.com/watch/2kLfsRK8Fak, http://www.playvid.com/watch/xgYJsREKFld, http://www.playvid.com/watch/kGuW4WHhrYq, http://www.playvid.com/watch/BNE7cpZ9VIz, http://www.playvid.com/watch/SSLD7BnpsUU, http://www.playvid.com/watch/7yJs5IhfGc7, http://www.playvid.com/watch/bo6x3z67Dnu, http://www.playvid.com/watch/HJCSXg-PPr2, http://www.playvid.com/watch/b0juORRUxsB, http://www.playvid.com/watch/PHo8sCS9SOs, http://www.playvid.com/watch/NuZ5VwE5JgF, http://www.playvid.com/watch/D7Ntxdofa0a, http://www.playvid.com/watch/teyYuokn7Fm, http://www.playvid.com/watch/m85SXxZZb2N, http://www.playvid.com/watch/cpOR8WT1zww, http://www.playvid.com/watch/sQtVMQYNDQr, http://www.playvid.com/watch/xAXWyrIMQw0, http://www.playvid.com/watch/ABuQ8L0aKJk, http://www.playvid.com/watch/NWz-Stgq6Ew, http://www.playvid.com/watch/TEURh5X3D7X, http://www.playvid.com/watch/d5Y3MYxF5F8, http://www.playvid.com/watch/3HraPfgvDWE,

http://www.playvid.com/watch/0AejVd5RbKg, http://www.playvid.com/watch/Ei_TmJM23xs, http://www.playvid.com/watch/HYfuf_05lau,
http://www.playvid.com/watch/NSkn2jhBjqn, http://www.playvid.com/watch/4luG3AELrkQ, http://www.playvid.com/watch/ivbYIxygagt,
http://www.playvid.com/watch/KkGMD2ldb5Z, http://www.playvid.com/watch/u02gGGxqijt, http://www.playvid.com/watch/fr5e0wW4Ie2,
http://www.playvid.com/watch/ysnswoGSEsF, http://www.playvid.com/watch/VEdtZgyJCq8, http://www.playvid.com/watch/Geq4JNhVWrf,
http://www.playvid.com/watch/yRZpY4pDhuz, http://www.playvid.com/watch/BZb0WIWIdtg, http://www.playvid.com/watch/nKdiB0cLiHQ,
http://www.playvid.com/watch/qeZh0bHvwDN, http://www.playvid.com/watch/FY1u5Yja8QS, http://www.playvid.com/watch/yoxq-jM3h2N,
http://www.playvid.com/watch/OcAlATzGTZz, http://www.playvid.com/watch/dLFzFd-vh49, http://www.playvid.com/watch/Xt3BWXuAPHE,
http://www.playvid.com/watch/lwcC95_gzel, http://www.playvid.com/watch/eb-f-Mi8d-o, http://www.playvid.com/watch/w2XMl4pZHov,
http://www.playvid.com/watch/uKhtNsxjDba, http://www.playvid.com/watch/OPefDmeUxrz, http://www.playvid.com/watch/wyB9E1VuDqh,
http://www.playvid.com/watch/sYPAE-px62Z, http://www.playvid.com/watch/DJPxpmkJRqi, http://www.playvid.com/watch/pqgGMGmdxms,
http://www.playvid.com/watch/7go0I0qYsa8, http://www.playvid.com/watch/EUAukKclULq, http://www.playvid.com/watch/VFWeCJ_Loby,
http://www.playvid.com/watch/fvrTvZ7hywP, http://www.playvid.com/watch/Ayc1AYZO-oV, http://www.playvid.com/watch/UlBZOmYVE-7,
http://www.playvid.com/watch/xJQKAB3kpmk, http://www.playvid.com/watch/v16obU5tjVt, http://www.playvid.com/watch/ySffCcV3X49,
http://www.playvid.com/watch/2E9hGmZwBw2, http://www.playvid.com/watch/98AERZYiIN3, http://www.playvid.com/watch/QlGLS6kd9Hb,
http://www.playvid.com/watch/eyQ2QKb1Tk9, http://www.playvid.com/watch/5eipvHQK2qY, http://www.playvid.com/watch/KCXGt2tXyM9,
http://www.playvid.com/watch/GGCwOBXZMWt, http://www.playvid.com/watch/YITNnpjB7ql, http://www.playvid.com/watch/AkRs_sNQ2Ml,
http://www.playvid.com/watch/K7-qulPrWaA, http://www.playvid.com/watch/B_sfOjCtUvW, http://www.playvid.com/watch/JtDfK_l3Uxi,
http://www.playvid.com/watch/VpmmOzCpgBo, http://www.playvid.com/watch/ajkBXdYYTez, http://www.playvid.com/watch/TrUZFtKWO2N,
http://www.playvid.com/watch/mMCCAB6XSA9, http://www.playvid.com/watch/n_zPN1O61T7, http://www.playvid.com/watch/IctKzEw8BND,
http://www.playvid.com/watch/2X2Nu_ay87O, http://www.playvid.com/watch/sUd5FxMlAMk, http://www.playvid.com/watch/df8xxRruThP,
http://www.playvid.com/watch/Uta_MRXAtBp, http://www.playvid.com/watch/IuaOsskPXv9
5.f. Date of third notice: 2014-12-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shahter
5.b. Uploader's email address: kazakbogdan@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/shahter
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pFst0ZwihXA, http://www.playvid.com/watch/ec-ooo9eMCz,
http://www.playvid.com/watch/qU7v9M0cu8O, http://www.playvid.com/watch/6zULEORPeMK, http://www.playvid.com/watch/6zZ2TyawHP3,
http://www.playvid.com/watch/QEAapLbgBmf, http://www.playvid.com/watch/EZroMOVvLfe, http://www.playvid.com/watch/yHYb4cOGFqi,
http://www.playvid.com/watch/W9Tbxtp6Dsu, http://www.playvid.com/watch/WtjWHnHnqsB, http://www.playvid.com/watch/PZD0cIPurbO,
http://www.playvid.com/watch/G8kW8pbY7px, http://www.playvid.com/watch/HtdgYFelD4o, http://www.playvid.com/watch/Y30NRmrNBem,
http://www.playvid.com/watch/E3UuMmcoFCD, http://www.playvid.com/watch/H0yB9SysceT, http://www.playvid.com/watch/bWjB5-Wtzo2,
http://www.playvid.com/watch/baqVW9ZcWN9, http://www.playvid.com/watch/Zq-N6twmPMF, http://www.playvid.com/watch/-Cjc79aZlhj,
http://www.playvid.com/watch/MhNjfs6-nF7, http://www.playvid.com/watch/-szigRLJCOD, http://www.playvid.com/watch/C3Jbj8FjbDN,
http://www.playvid.com/watch/UPDPVNGYCJX, http://www.playvid.com/watch/ts5vKTxeJOt, http://www.playvid.com/watch/Q0LTXqbOxpT,
http://www.playvid.com/watch/fQE0Zmdm4sH, http://www.playvid.com/watch/x4YZ8bwXzYW, http://www.playvid.com/watch/LOiq53EPwHh,
http://www.playvid.com/watch/XQozDtz3CY2, http://www.playvid.com/watch/MEdkkD6AKwT, http://www.playvid.com/watch/6GcAbOlwUjc,
http://www.playvid.com/watch/4zw6MGYLLJp, http://www.playvid.com/watch/BVHag2B6HSh, http://www.playvid.com/watch/ZDqbncinZ2H,
http://www.playvid.com/watch/Li02B0Pk2XE, http://www.playvid.com/watch/xefo3oceyi8, http://www.playvid.com/watch/RMJec4CahID,
http://www.playvid.com/watch/CRPdq59E5SS, http://www.playvid.com/watch/O3GLhGCC0dI, http://www.playvid.com/watch/dcNkz-RG5Ho,
http://www.playvid.com/watch/bcQo7YPlMc-, http://www.playvid.com/watch/Hp72uwsivqi, http://www.playvid.com/watch/YRpzfWKj60A,
http://www.playvid.com/watch/pLE-Yx-nhUA, http://www.playvid.com/watch/uLm3VkHdTjq, http://www.playvid.com/watch/7M-nCbjZDtN,
http://www.playvid.com/watch/53qmhRmYady, http://www.playvid.com/watch/YUzy5ezYmVZ, http://www.playvid.com/watch/pF8JYGrJaRb,
http://www.playvid.com/watch/dysFcEUTYsr, http://www.playvid.com/watch/I7OM9gLYyNC, http://www.playvid.com/watch/i7Xg-mJVjqT,
http://www.playvid.com/watch/z7I0EYCMtTq, http://www.playvid.com/watch/RiPf28TjkyW, http://www.playvid.com/watch/95vT2LvvLjT,
http://www.playvid.com/watch/rWOsCpQmS2t, http://www.playvid.com/watch/c3Z2RaPtvbo, http://www.playvid.com/watch/oh2VJYKKJA8,
http://www.playvid.com/watch/Ln-fuBiLGs5, http://www.playvid.com/watch/vSS2TXr9lhG, http://www.playvid.com/watch/k8YDWKohbuC,
http://www.playvid.com/watch/WTu5VTCDv4j, http://www.playvid.com/watch/avtIMxxcaOl, http://www.playvid.com/watch/qrSfry04cfS,
http://www.playvid.com/watch/r3YrXWqZX37, http://www.playvid.com/watch/0RyWzTc0DH-, http://www.playvid.com/watch/BAcIxFaAKXa,
http://www.playvid.com/watch/UUcTjtGYL9e, http://www.playvid.com/watch/ADj-3KGO-FO, http://www.playvid.com/watch/tAz9L8FtDXU,
http://www.playvid.com/watch/8zSv4hPb4P9, http://www.playvid.com/watch/uwmU8klACAW, http://www.playvid.com/watch/xbPOpmEZZuu,
http://www.playvid.com/watch/MOnL5PyAmUQ, http://www.playvid.com/watch/3bFrpyGSukG, http://www.playvid.com/watch/jINEs6YrTyo,
http://www.playvid.com/watch/PHVKdhfAFZJ, http://www.playvid.com/watch/5dujRAMuC3E, http://www.playvid.com/watch/YYfilPcj7nJ,
http://www.playvid.com/watch/GGdJHXbDFkX, http://www.playvid.com/watch/c-JaMc80Dnt, http://www.playvid.com/watch/L73gK8ihNsc
5.f. Date of third notice: 2014-01-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: she52047
5.b. Uploader's email address: she_52047@yahoo.com.tw
5.d. Uploader's profile: http://www.playvid.com/member/she52047
5.e. List of videos posted by uploader: http://www.playvid.com/watch/qinh-ezBz_A, http://www.playvid.com/watch/aayzAAqCclH,
http://www.playvid.com/watch/ZpPct_ogWOk, http://www.playvid.com/watch/e7YZULEGHhU, http://www.playvid.com/watch/VZIP8wnGoIb,
http://www.playvid.com/watch/JwIhjJdS-7h, http://www.playvid.com/watch/BpoLlh90BIK, http://www.playvid.com/watch/UFXdB4t88y2,
http://www.playvid.com/watch/8-TgDIh5fjb, http://www.playvid.com/watch/ufJT3T_12yp, http://www.playvid.com/watch/6yTHhgdegOP,
http://www.playvid.com/watch/6-3Hp_JeCSh, http://www.playvid.com/watch/EDMMc1z4bev, http://www.playvid.com/watch/5F_o48aZjXs,
http://www.playvid.com/watch/QTSl9wrNJ8u, http://www.playvid.com/watch/NJxlWEHiamU, http://www.playvid.com/watch/vJSpYU3fy7y,
http://www.playvid.com/watch/T6FcMx2qTwt, http://www.playvid.com/watch/iaf8tpYHGCX, http://www.playvid.com/watch/2uN5MIb7hSw,
http://www.playvid.com/watch/EQkPaQ-XTsP, http://www.playvid.com/watch/XDFs45M2hke, http://www.playvid.com/watch/z3vFVFcZ4f2,
http://www.playvid.com/watch/yyWNt8O9ZOY, http://www.playvid.com/watch/NCngcP2Glfx, http://www.playvid.com/watch/ORNNAW8hJ_v,
http://www.playvid.com/watch/opCKpiKdi1T, http://www.playvid.com/watch/5Zj0TPAjd-m, http://www.playvid.com/watch/B6umgi1RXNz,
http://www.playvid.com/watch/MnVC_MvVuvO, http://www.playvid.com/watch/5o7sx1B6OeE, http://www.playvid.com/watch/DK9SwBhiEZt,
http://www.playvid.com/watch/HP7St6LeG19, http://www.playvid.com/watch/bSgyxktiut7, http://www.playvid.com/watch/dbq-dxIlh4J,
http://www.playvid.com/watch/p0rvXjQO7Tj, http://www.playvid.com/watch/9FysMHx_kFN, http://www.playvid.com/watch/LAEFwNUevRp,
http://www.playvid.com/watch/dEthcd6pNll, http://www.playvid.com/watch/yfRnXRPYnDd, http://www.playvid.com/watch/qleCDT1Z3BR,
http://www.playvid.com/watch/hqqKSND0M_q, http://www.playvid.com/watch/SxA9lNAW4N7, http://www.playvid.com/watch/jftHIjCgSUD,
http://www.playvid.com/watch/Ca6F2Z7-B5k, http://www.playvid.com/watch/0KuT1Xvu-YE, http://www.playvid.com/watch/B7lq04AvO6T,
http://www.playvid.com/watch/XCcRRj_Dgpc, http://www.playvid.com/watch/IdFYBD3Hreh, http://www.playvid.com/watch/WZ1Ytoo9Ie7,
http://www.playvid.com/watch/OZhDLRRj0lZ, http://www.playvid.com/watch/2euUE5Uw_ge, http://www.playvid.com/watch/g2ofj63QzsJ,
http://www.playvid.com/watch/PnT49crv8j2, http://www.playvid.com/watch/RDrbQem9vnb, http://www.playvid.com/watch/YXosqfqn-F3,
http://www.playvid.com/watch/3XJcjjv1lfe, http://www.playvid.com/watch/4LGAicx5U2B, http://www.playvid.com/watch/7sIZMz4zt5k,
http://www.playvid.com/watch/j6P0jwIBKmB, http://www.playvid.com/watch/ux8G2NsjNHr, http://www.playvid.com/watch/ASXo3sjRD0b,
http://www.playvid.com/watch/ZDiRR6YCR9M, http://www.playvid.com/watch/nAGDEA7iBR8, http://www.playvid.com/watch/nlIEkAjtIMs,
http://www.playvid.com/watch/TuP2-LyuEzg, http://www.playvid.com/watch/e6yWzW4JRgP, http://www.playvid.com/watch/WkP69fdPWbs,
http://www.playvid.com/watch/RjCRY8eTEzR, http://www.playvid.com/watch/LQXgRAfG0nq, http://www.playvid.com/watch/zOYavFas61T,
http://www.playvid.com/watch/sYWaahxpLhE, http://www.playvid.com/watch/IJnyZbQuoRQ, http://www.playvid.com/watch/LVuvU0WjXyE,
http://www.playvid.com/watch/UNrgTta36QK, http://www.playvid.com/watch/DWTwPijuGRQ, http://www.playvid.com/watch/wUhnhLpKbfK,
http://www.playvid.com/watch/m_Q6o8_GJmy, http://www.playvid.com/watch/YmjxeUUzhF7, http://www.playvid.com/watch/afb6YQJcxsj,
http://www.playvid.com/watch/Mr_RpT3lPbv, http://www.playvid.com/watch/SL-GA2wQkAg, http://www.playvid.com/watch/Y7nHPgpELuF,
http://www.playvid.com/watch/lXCMCzzJDsX, http://www.playvid.com/watch/IGnoBE48Tiz, http://www.playvid.com/watch/5Y7XEjG3ujq,
http://www.playvid.com/watch/LiN50dMZTit, http://www.playvid.com/watch/5n8QXKfM4NQ, http://www.playvid.com/watch/VT3N7VpnF-6,
http://www.playvid.com/watch/ghMLQZHZHmM, http://www.playvid.com/watch/VtVWkjPNIb0, http://www.playvid.com/watch/vcBoUFCWxNM,
http://www.playvid.com/watch/4J4jPZZBqWH, http://www.playvid.com/watch/Yam4ozVe5M6, http://www.playvid.com/watch/Ac-rHARRKgv,
http://www.playvid.com/watch/s0recB7bCJR, http://www.playvid.com/watch/nX4oOqzfnUF, http://www.playvid.com/watch/JhXkGYm_4OP,
http://www.playvid.com/watch/OngsTMryKwu, http://www.playvid.com/watch/4TuIIC7lqW7, http://www.playvid.com/watch/xPFquCywxwh,
http://www.playvid.com/watch/A9Hd0ze6jYq, http://www.playvid.com/watch/y9WIegqUqrf, http://www.playvid.com/watch/WXRdZ_W_zAT,

http://www.playvid.com/watch/ZZCwelFh7kZ, http://www.playvid.com/watch/Jrzee8wyQ9U, http://www.playvid.com/watch/issYOL8e6XG, http://www.playvid.com/watch/I6mqsmF-M5Z, http://www.playvid.com/watch/ssTx80jbZLR, http://www.playvid.com/watch/fHKbzPwQ1IY, http://www.playvid.com/watch/JRwmPuu1ZWl, http://www.playvid.com/watch/rGoL3MrSt1j, http://www.playvid.com/watch/IQDQbXl9-GU, http://www.playvid.com/watch/of0300Utmc5, http://www.playvid.com/watch/mw_XCNPAUWg, http://www.playvid.com/watch/WK3W5-_-y8I, http://www.playvid.com/watch/0p3RhvIOi1V, http://www.playvid.com/watch/3Pq_3H6XLTq, http://www.playvid.com/watch/iN7ULI5uKQO, http://www.playvid.com/watch/V4bmJwxCu53, http://www.playvid.com/watch/bBNUkb6iH43, http://www.playvid.com/watch/GKrfsR-z2VJ, http://www.playvid.com/watch/P4IQQkZNTbq, http://www.playvid.com/watch/A2yfT7nTw1z, http://www.playvid.com/watch/5l3gYQi3_6o, http://www.playvid.com/watch/kglbp_ulDRW, http://www.playvid.com/watch/b4DuZnOZTKg, http://www.playvid.com/watch/dxgPgDfqP8r, http://www.playvid.com/watch/3-UI6d4JzUU, http://www.playvid.com/watch/yRq0eScQm1N, http://www.playvid.com/watch/tk_HMtJgSKm, http://www.playvid.com/watch/Lc9swf30LEw, http://www.playvid.com/watch/G5G4KF4Kk-J, http://www.playvid.com/watch/VTi43JEPFjh, http://www.playvid.com/watch/j0-W5sr2Kao, http://www.playvid.com/watch/vVEvewL5zbi, http://www.playvid.com/watch/2QWWK20IDDW, http://www.playvid.com/watch/vz1V3qjlQ_k, http://www.playvid.com/watch/wbLiXkbXFjE, http://www.playvid.com/watch/4SagHk1k4oc, http://www.playvid.com/watch/hdV7tiDkCqE, http://www.playvid.com/watch/qRGGzTmb1ZY, http://www.playvid.com/watch/W9tSWspT43d, http://www.playvid.com/watch/IfReuqB1LDn, http://www.playvid.com/watch/J7FBR85JoHI, http://www.playvid.com/watch/44gqLaqAf5b, http://www.playvid.com/watch/pJ5x9pHGAaQ, http://www.playvid.com/watch/Giv4_ABeoPu, http://www.playvid.com/watch/p4Ri2ZRKuqL, http://www.playvid.com/watch/8cDBCqjyGGt, http://www.playvid.com/watch/eBdNNTQbNAA, http://www.playvid.com/watch/BhassOL4KAO, http://www.playvid.com/watch/L1kXOOQSIBW, http://www.playvid.com/watch/bDc-GdvRaBN, http://www.playvid.com/watch/AWUifI4m6qh, http://www.playvid.com/watch/u7g1R7Cnr9I, http://www.playvid.com/watch/VJPXMrSN0F8, http://www.playvid.com/watch/bLYjmwI62ON, http://www.playvid.com/watch/YaQ0zednwvr, http://www.playvid.com/watch/MgaTMo_sqyZ, http://www.playvid.com/watch/QuHSFjEMJ3D, http://www.playvid.com/watch/JBbNaCK1CwF, http://www.playvid.com/watch/scMQDPdLI-l, http://www.playvid.com/watch/z7Jsf8h6wKk, http://www.playvid.com/watch/8wOVTU4o0F5, http://www.playvid.com/watch/KbwELgzfP6H, http://www.playvid.com/watch/iSVxFX4LAxk, http://www.playvid.com/watch/do1oLAaYbiq, http://www.playvid.com/watch/Yz8wTCbhMo8, http://www.playvid.com/watch/a21O78Iwueq, http://www.playvid.com/watch/vai3CYCIsZU, http://www.playvid.com/watch/bMPJLdYqiuj, http://www.playvid.com/watch/MKZfA9uy-dA, http://www.playvid.com/watch/i6kfU63Qlx9, http://www.playvid.com/watch/dddYfzbHFfV, http://www.playvid.com/watch/gBKNQzqac_I, http://www.playvid.com/watch/5G5QlPORTYX, http://www.playvid.com/watch/xAr-YkuPKtx, http://www.playvid.com/watch/w8LUyKUV2pv, http://www.playvid.com/watch/NDeB3r2Bz2E, http://www.playvid.com/watch/yu2eeMacyT0, http://www.playvid.com/watch/Mx2f9kdZRUz, http://www.playvid.com/watch/Q_kYEV8VFdv, http://www.playvid.com/watch/KgmjS5LaUsO, http://www.playvid.com/watch/a8uM_OPVsNe, http://www.playvid.com/watch/h1-wiK-nxLx, http://www.playvid.com/watch/F9WgGVbUMJv, http://www.playvid.com/watch/E3cW-5GEfY4, http://www.playvid.com/watch/9Yf34BwsbxM, http://www.playvid.com/watch/aLwo2xtG2sC, http://www.playvid.com/watch/8jbpK1dvezk, http://www.playvid.com/watch/qrtEAAfG0P3, http://www.playvid.com/watch/653Fu57zwBa, http://www.playvid.com/watch/w-MSG7Y2MhU, http://www.playvid.com/watch/9Aa7lRUf6id, http://www.playvid.com/watch/RV565LPgWbc, http://www.playvid.com/watch/TA_kPVOVtGr, http://www.playvid.com/watch/e0SJ_M0rfpq, http://www.playvid.com/watch/buA0aJbV9N6, http://www.playvid.com/watch/jfzOPMdUTig, http://www.playvid.com/watch/XRqDzk71BpP, http://www.playvid.com/watch/xifcPtaBeHh, http://www.playvid.com/watch/3sVWT3kOnjU, http://www.playvid.com/watch/Up-KfjfH18O, http://www.playvid.com/watch/gudyN1w5Dvc, http://www.playvid.com/watch/wLB_rJcRwA7, http://www.playvid.com/watch/EACN-_O4MY7, http://www.playvid.com/watch/kdDI7lgVK0c, http://www.playvid.com/watch/fjcUqx__LI2, http://www.playvid.com/watch/OyGa2YfqMdL, http://www.playvid.com/watch/EpOIHHdMfEh, http://www.playvid.com/watch/d87_cYyA3VU, http://www.playvid.com/watch/DlIWYRm9hyx, http://www.playvid.com/watch/TNEuixkUSVS, http://www.playvid.com/watch/tSLIEh6qEuS, http://www.playvid.com/watch/SRwMqaAMOXc, http://www.playvid.com/watch/vt6HEqfupYd, http://www.playvid.com/watch/W95ylgGyewA, http://www.playvid.com/watch/Rhd2wtImn6O, http://www.playvid.com/watch/EEacqRA_IO5, http://www.playvid.com/watch/OBrTkep8HVU, http://www.playvid.com/watch/lTrFVpYj3WP, http://www.playvid.com/watch/m6ukrEkOzsU, http://www.playvid.com/watch/lE-usJBAIFH, http://www.playvid.com/watch/d71RJDsdp5G, http://www.playvid.com/watch/8_t9TyawPBd, http://www.playvid.com/watch/oSiLba3srhv, http://www.playvid.com/watch/HLXwO4-jDiO, http://www.playvid.com/watch/49xKTD0UN5q, http://www.playvid.com/watch/rMrCaxkGMzh, http://www.playvid.com/watch/k2nVDsu5tDr, http://www.playvid.com/watch/CYpNXi37xOd, http://www.playvid.com/watch/DjczWbx5ZOq, http://www.playvid.com/watch/KH_qtjXTKJA, http://www.playvid.com/watch/Wrq-N4lkSn3, http://www.playvid.com/watch/Qks7ZoswlGj, http://www.playvid.com/watch/PCpAUUKvtZJ, http://www.playvid.com/watch/rYGgv58IgmX, http://www.playvid.com/watch/qoiDnfc1gFQ, http://www.playvid.com/watch/bXyzq_bxB7G, http://www.playvid.com/watch/AcY4xNBhqWI, http://www.playvid.com/watch/j5rnC2ktDlQ, http://www.playvid.com/watch/G2IeyUkRbtD, http://www.playvid.com/watch/7FyPS7pbRw8, http://www.playvid.com/watch/Y2O06sNJDVL, http://www.playvid.com/watch/AVXSBpIv1cQ, http://www.playvid.com/watch/v87TFIhOl4B, http://www.playvid.com/watch/s1PE3gVMTPP, http://www.playvid.com/watch/sEQQOCFwKF7, http://www.playvid.com/watch/h8Nf7AnE8Lf, http://www.playvid.com/watch/QXJfNmORwxW, http://www.playvid.com/watch/CuiduZxRmfP, http://www.playvid.com/watch/7xxy8QOlHMw, http://www.playvid.com/watch/e5nvPIjgOi2, http://www.playvid.com/watch/dIMOzhLMO_o, http://www.playvid.com/watch/6lXCA2xgofv, http://www.playvid.com/watch/wXG6Sk_sGhb, http://www.playvid.com/watch/9o1VD1hGO6l, http://www.playvid.com/watch/UxiR68FVGwy, http://www.playvid.com/watch/7NCXT1j46w8, http://www.playvid.com/watch/pFYqTqkzQmP, http://www.playvid.com/watch/Fxfe56sp0nX, http://www.playvid.com/watch/48-942q_fRC, http://www.playvid.com/watch/5vgOtMyMCy4, http://www.playvid.com/watch/E2JrM_NU2SF, http://www.playvid.com/watch/f-4mjByDFdF, http://www.playvid.com/watch/u4LbwuBf75X, http://www.playvid.com/watch/OwvUShFiH8R, http://www.playvid.com/watch/m_IeMGZowUU, http://www.playvid.com/watch/EMNB5Xzx0WR, http://www.playvid.com/watch/G2XHQhDxvUA, http://www.playvid.com/watch/ixmIGZymUM7, http://www.playvid.com/watch/itjOsgfKEgu, http://www.playvid.com/watch/OGxGAJiJGLi, http://www.playvid.com/watch/E81E3QvXoOs, http://www.playvid.com/watch/dRp4Vt8ixcp, http://www.playvid.com/watch/ZI6y8u3gP-R, http://www.playvid.com/watch/pQ5J09DCMTB, http://www.playvid.com/watch/tpAaRVaX5AM, http://www.playvid.com/watch/z_8Y-71SidJ, http://www.playvid.com/watch/STdT0HUVrGY, http://www.playvid.com/watch/AqAqdYdD-P8, http://www.playvid.com/watch/u0uwECK1g42, http://www.playvid.com/watch/zo-beOV7cFW, http://www.playvid.com/watch/EZaWDCps1IA, http://www.playvid.com/watch/LT2lHPIhHUg, http://www.playvid.com/watch/wEFiqVpwWHU, http://www.playvid.com/watch/WcZVDGlJJvm, http://www.playvid.com/watch/IR3C_LWa4Sh, http://www.playvid.com/watch/XRg9G9sy_74, http://www.playvid.com/watch/2Qsbv9fuhCm, http://www.playvid.com/watch/iHYAyRk00_D, http://www.playvid.com/watch/kYBILHD11ee, http://www.playvid.com/watch/581JANmE5Oc, http://www.playvid.com/watch/CRNkuZ6_GYR, http://www.playvid.com/watch/8UTKL4vGpyQ, http://www.playvid.com/watch/3yp_fbYyjuJ, http://www.playvid.com/watch/0BXbTffYCkU, http://www.playvid.com/watch/T_87pgiHBUt, http://www.playvid.com/watch/bS37s9r191j, http://www.playvid.com/watch/ip-IdGhNWR3, http://www.playvid.com/watch/dHCV3Q3z2-3, http://www.playvid.com/watch/fR6EgEH7yQI, http://www.playvid.com/watch/XO07_ZDKFnu, http://www.playvid.com/watch/U-qWrmNPYDt, http://www.playvid.com/watch/tVhVdChpxog, http://www.playvid.com/watch/5bIX5vaYM5R, http://www.playvid.com/watch/Bp35vqChcLs, http://www.playvid.com/watch/b5selj7aSna, http://www.playvid.com/watch/mATLZI0NwI8, http://www.playvid.com/watch/J32S0DUd9b8, http://www.playvid.com/watch/DFCfbfPU29J, http://www.playvid.com/watch/ldEpCkTdTAO, http://www.playvid.com/watch/D_mnli231fM, http://www.playvid.com/watch/Fhj7jqUG4FB, http://www.playvid.com/watch/VkczgdfMdAX, http://www.playvid.com/watch/2l7Lkuu5sxw, http://www.playvid.com/watch/mzmfgnq-d0J, http://www.playvid.com/watch/ibPI86Womh8, http://www.playvid.com/watch/aZWsKKJxMV9, http://www.playvid.com/watch/ezhRNHYnaG8, http://www.playvid.com/watch/xgh-MnSiG7r

5.f. Date of third notice: 2015-05-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shemylove
5.b. Uploader's email address: extaxitwixx@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/shemylove
5.e. List of videos posted by uploader: http://www.playvid.com/watch/N0j-5Wvvs5q, http://www.playvid.com/watch/mYYUNhA_lSf, http://www.playvid.com/watch/FJSKLIQpZdM, http://www.playvid.com/watch/QzDFTZrwlk9, http://www.playvid.com/watch/PCOzU4ukHIC, http://www.playvid.com/watch/6-NLi7e5-Bw, http://www.playvid.com/watch/zDfR8bLepRu, http://www.playvid.com/watch/Sg7b3xm8OLZ, http://www.playvid.com/watch/i2eveOkdUqg, http://www.playvid.com/watch/HniMEkthBtr, http://www.playvid.com/watch/qDKq5X_g1_P, http://www.playvid.com/watch/Ub2ypleQqca, http://www.playvid.com/watch/YNcLlHzECa4, http://www.playvid.com/watch/axuSd5jSXD9, http://www.playvid.com/watch/rpf7bGczWsu, http://www.playvid.com/watch/7ZXU7ZLuxP2, http://www.playvid.com/watch/3wbmQzy4_r6, http://www.playvid.com/watch/7muQISXcM8f, http://www.playvid.com/watch/xB2fbK0i_oj, http://www.playvid.com/watch/HaSUhl-Xh6q, http://www.playvid.com/watch/ecOyRYXbdn2, http://www.playvid.com/watch/BT1g1pX9GGO, http://www.playvid.com/watch/t_wGNYlEnKc, http://www.playvid.com/watch/dVLUZiuA9jg, http://www.playvid.com/watch/QapeMxQttaL, http://www.playvid.com/watch/a_rP5-vGmML, http://www.playvid.com/watch/4rxvudQnZX4, http://www.playvid.com/watch/7Ni_7EdaHDy, http://www.playvid.com/watch/Xm0LKqgqTSM, http://www.playvid.com/watch/3VUrqN1okh7, http://www.playvid.com/watch/vo5QkCc6T06, http://www.playvid.com/watch/ZACRuVFBPtj, http://www.playvid.com/watch/wX30PADtbRS, http://www.playvid.com/watch/XeYM2ngrMxQ, http://www.playvid.com/watch/SAhwAPqDwdI, http://www.playvid.com/watch/s5_t9216hWo, http://www.playvid.com/watch/Uy9-RnWJxn3, http://www.playvid.com/watch/K8uFLlI8UKx, http://www.playvid.com/watch/GdoeFEKfNMa, http://www.playvid.com/watch/4FgyWIvZ5YF, http://www.playvid.com/watch/4G_2Qw36CXf, http://www.playvid.com/watch/Pk7mV3nQLb9, http://www.playvid.com/watch/AdQ0JAP9Lmp, http://www.playvid.com/watch/R1WRPe1B-WS, http://www.playvid.com/watch/rVzChuYyPzZ, http://www.playvid.com/watch/MrHvKdWZyg0, http://www.playvid.com/watch/pvhlJ78wutQ, http://www.playvid.com/watch/0Ouc0hqhu4X, http://www.playvid.com/watch/XDhkiIM9uAN, http://www.playvid.com/watch/kLwbDzqUdIz,

http://www.playvid.com/watch/tcXsVsHv7fZ, http://www.playvid.com/watch/VgSX9Rs7a-C, http://www.playvid.com/watch/zsG0R2h_Lop,
http://www.playvid.com/watch/jWlx_Re8-ir, http://www.playvid.com/watch/bQxb0QnEObe, http://www.playvid.com/watch/0zsjyxWaWb3,
http://www.playvid.com/watch/oLJXNs-KL-Z, http://www.playvid.com/watch/WuVNd_slEhQ, http://www.playvid.com/watch/meNbnn8E8FR,
http://www.playvid.com/watch/GIM_cpVu0Bk, http://www.playvid.com/watch/OgfNRXNJ2eJ, http://www.playvid.com/watch/ZX3lS0Aa8QG,
http://www.playvid.com/watch/oW_47dC_4vq, http://www.playvid.com/watch/bi7RGWsIkDW, http://www.playvid.com/watch/AauahBfsZZG,
http://www.playvid.com/watch/O34qPeuAYNg, http://www.playvid.com/watch/tNNLMh3jE5L, http://www.playvid.com/watch/W4hwhS1KcZd,
http://www.playvid.com/watch/o0YQ6peq9SP, http://www.playvid.com/watch/tu_xLxx0ApQ, http://www.playvid.com/watch/u6fN8NZXKmy,
http://www.playvid.com/watch/Z0umY2J0IaI, http://www.playvid.com/watch/TjIcffufbFJ, http://www.playvid.com/watch/68W-oZV0yIR,
http://www.playvid.com/watch/6NCj1HESWfz, http://www.playvid.com/watch/FfE8wlTjJ24, http://www.playvid.com/watch/lRfLKvUQvtr,
http://www.playvid.com/watch/c8ixOr6JeZF, http://www.playvid.com/watch/eVKEGj5HnFR, http://www.playvid.com/watch/TjUsN17x0OL,
http://www.playvid.com/watch/Ss23A6L8nXO, http://www.playvid.com/watch/yFXPw2lUKVl, http://www.playvid.com/watch/zD4tR705Gcj,
http://www.playvid.com/watch/uJMh6kKRTgJ, http://www.playvid.com/watch/Btz6Ukj9tV8, http://www.playvid.com/watch/BOPZyFXJX44,
http://www.playvid.com/watch/LLMBIxjs4CX, http://www.playvid.com/watch/Lh4iJD1kzMA, http://www.playvid.com/watch/XoX3xpYa2Yq,
http://www.playvid.com/watch/PkA47oIgs6m, http://www.playvid.com/watch/DqZPHBoziq6, http://www.playvid.com/watch/v8Ka1E4UEXt,
http://www.playvid.com/watch/x8hecCenR9N, http://www.playvid.com/watch/kwJGsrUCXsG, http://www.playvid.com/watch/pg37JKzX4fb,
http://www.playvid.com/watch/x0QNbsgPBPg, http://www.playvid.com/watch/CHPnu_iAyIm, http://www.playvid.com/watch/niTxu907P3A,
http://www.playvid.com/watch/VOfOlIcxpxJ, http://www.playvid.com/watch/2vNnQs2r2Ki, http://www.playvid.com/watch/luD1K56QGHS,
http://www.playvid.com/watch/VL6fQ5DPGEZ, http://www.playvid.com/watch/YXBfzJSO59j, http://www.playvid.com/watch/RhYix6SZ64a,
http://www.playvid.com/watch/rGhfAizupm3, http://www.playvid.com/watch/RpwfOZx6058, http://www.playvid.com/watch/wqk6Ty9woUX,
http://www.playvid.com/watch/WjgDfA6fiZb, http://www.playvid.com/watch/Q759DExGbXe, http://www.playvid.com/watch/ZLULL5nZhuz,
http://www.playvid.com/watch/U_qwnzmA1fX, http://www.playvid.com/watch/0CBdtPvtQPm, http://www.playvid.com/watch/9wfyRIts1U6,
http://www.playvid.com/watch/MSI1vK2JWuV, http://www.playvid.com/watch/sQU_8yWNVeJ, http://www.playvid.com/watch/f4AbuIEkU0Z,
http://www.playvid.com/watch/bLlzQTJFl1L, http://www.playvid.com/watch/eIQ8HV-S9MR, http://www.playvid.com/watch/HE3QcPVUNbO,
http://www.playvid.com/watch/a1vM7m3YEla, http://www.playvid.com/watch/Hna1-yd1g6P, http://www.playvid.com/watch/EoPVDU7DE0p,
http://www.playvid.com/watch/jpE1IJfqHjC, http://www.playvid.com/watch/xpoOp3EEdb0, http://www.playvid.com/watch/0BdDFIoaSoF,
http://www.playvid.com/watch/bmYLa0qdpuy, http://www.playvid.com/watch/Cs41N3oT5-V, http://www.playvid.com/watch/wYTIF5mFTw5,
http://www.playvid.com/watch/FiFgcFGYgiC, http://www.playvid.com/watch/n-dZYWaV2aG, http://www.playvid.com/watch/mFOGvALLTBe,
http://www.playvid.com/watch/tRqFQuNwpJO, http://www.playvid.com/watch/qr5GZrcdAln, http://www.playvid.com/watch/iWc94_UCIsM,
http://www.playvid.com/watch/JMOh9OcOCrH, http://www.playvid.com/watch/WR0kdAeWJYJ, http://www.playvid.com/watch/wuoGB5Y3oTU,
http://www.playvid.com/watch/COtmUB1hiHo, http://www.playvid.com/watch/47TlWG6w7z8, http://www.playvid.com/watch/2OierdiTb0u,
http://www.playvid.com/watch/zJ_w36VM0QQ, http://www.playvid.com/watch/GCR5jLPiKRo, http://www.playvid.com/watch/22BZoO4S3MV,
http://www.playvid.com/watch/weZ6Y31sXKY, http://www.playvid.com/watch/QITqdaLskNu, http://www.playvid.com/watch/IvTdCETa4r6,
http://www.playvid.com/watch/Hc-bjRfpgve, http://www.playvid.com/watch/K3Ogid_YhtM, http://www.playvid.com/watch/tizQIpZdjzB,
http://www.playvid.com/watch/zfl8yUCHJMP, http://www.playvid.com/watch/T5OHiKjfpvm, http://www.playvid.com/watch/5xIy9uKCLN4,
http://www.playvid.com/watch/Qy9g_vjTlh2, http://www.playvid.com/watch/8MAp3vUrGC6, http://www.playvid.com/watch/8VjC3AjP1N6,
http://www.playvid.com/watch/e1wrn15B2mn, http://www.playvid.com/watch/CE1Rbb-VxmV, http://www.playvid.com/watch/kiR06TcFS5A,
http://www.playvid.com/watch/Q6DUHw8CNlR, http://www.playvid.com/watch/y9SAv9_xmDt, http://www.playvid.com/watch/SSH_Miz5yOu,
http://www.playvid.com/watch/FI27lS8q6_p, http://www.playvid.com/watch/aLwzpeXaCif, http://www.playvid.com/watch/aU0e5hOh1XX,
http://www.playvid.com/watch/CUe8SY1L2rJ, http://www.playvid.com/watch/7oZRaM8ZLX0, http://www.playvid.com/watch/7u7Z07cMJnB,
http://www.playvid.com/watch/dkXtrBpR4fV, http://www.playvid.com/watch/bi1bNqOkKpc, http://www.playvid.com/watch/LIXkhA1EqRp,
http://www.playvid.com/watch/EAjmOUBG8UO, http://www.playvid.com/watch/E0xZUjkRrRU, http://www.playvid.com/watch/W2nfq35QHIF,
http://www.playvid.com/watch/4xIbdGfdIuX, http://www.playvid.com/watch/of-kBoK7P42, http://www.playvid.com/watch/PPI6vIKmyjU,
http://www.playvid.com/watch/Ip9mv5yDMIG, http://www.playvid.com/watch/ezg8xySzLXi, http://www.playvid.com/watch/MeDhyFGVa1g,
http://www.playvid.com/watch/0s1yLd5aElH, http://www.playvid.com/watch/oV5lMt6NG_I, http://www.playvid.com/watch/Q341rNKI_ZM,
http://www.playvid.com/watch/sItPgvB5CDC, http://www.playvid.com/watch/M06givFEkvG, http://www.playvid.com/watch/lOmC1wTIInK,
http://www.playvid.com/watch/ngUJIfN7jI5, http://www.playvid.com/watch/LJ1ACqrsHp2, http://www.playvid.com/watch/j4UQwVLHRlD,
http://www.playvid.com/watch/ITn-eiTHGcx, http://www.playvid.com/watch/prvgHqZC38C, http://www.playvid.com/watch/jqromMOJK6r,
http://www.playvid.com/watch/WIdFpBycuWF, http://www.playvid.com/watch/H8Mb-ePQ_Ea, http://www.playvid.com/watch/JsLN-kbbQmz,
http://www.playvid.com/watch/SrLiHi1Jgqo, http://www.playvid.com/watch/c-TPvGYHcg9, http://www.playvid.com/watch/eCQMaWKHMq2,
http://www.playvid.com/watch/9R1wOfk8pxr, http://www.playvid.com/watch/qWvN5v_7_EP, http://www.playvid.com/watch/i1i7zgYWHu0,
http://www.playvid.com/watch/r1U5qeukhgx, http://www.playvid.com/watch/niMpjzCF6sr, http://www.playvid.com/watch/FOrZ8nohCHi,
http://www.playvid.com/watch/Wy1GZv-32Z3, http://www.playvid.com/watch/WoQ1eFE7voI, http://www.playvid.com/watch/9QtJJPh_KiK,
http://www.playvid.com/watch/h7pXeFaUiHt, http://www.playvid.com/watch/WAtYdt5hZ2g, http://www.playvid.com/watch/B9wbJ2-Br8Q,
http://www.playvid.com/watch/0GQd3sA8mgW, http://www.playvid.com/watch/Isqpr7TQ69g, http://www.playvid.com/watch/rkBbovTbq0y,
http://www.playvid.com/watch/l-6loKROndz, http://www.playvid.com/watch/qLwu_1y8DWl, http://www.playvid.com/watch/UaW77VhpTSB,
http://www.playvid.com/watch/3WAHrTbEOvz, http://www.playvid.com/watch/tU1Ka5jIkU0, http://www.playvid.com/watch/vlCDkvq1nyD,
http://www.playvid.com/watch/H7TaWX0HwBp, http://www.playvid.com/watch/Dcv8HaakpO5, http://www.playvid.com/watch/lf_9M-ojria,
http://www.playvid.com/watch/IFQdzijjXrT, http://www.playvid.com/watch/j69c6JusWNd, http://www.playvid.com/watch/e1_QkIv_0M5,
http://www.playvid.com/watch/kWy0BFnIego, http://www.playvid.com/watch/eEUeWrtygh4, http://www.playvid.com/watch/kl-AhVrA1sB,
http://www.playvid.com/watch/2IsvRX_Mp9A, http://www.playvid.com/watch/5n2h2TVQwKs, http://www.playvid.com/watch/uQbCbUveG-S,
http://www.playvid.com/watch/swSZYcI5Fl8, http://www.playvid.com/watch/PMmrlCIoPex, http://www.playvid.com/watch/umATUd7_Xsm,
http://www.playvid.com/watch/4DuZWPh0zmu, http://www.playvid.com/watch/KkXnTVbjxOW, http://www.playvid.com/watch/O2RExptm2E5,
http://www.playvid.com/watch/Y4w6wPI6NbK, http://www.playvid.com/watch/bRsAQ0E-BTH, http://www.playvid.com/watch/X5dpVee4LAC,
http://www.playvid.com/watch/zCCHzSwuoKF, http://www.playvid.com/watch/u87iqJKXmfR, http://www.playvid.com/watch/rrsY3VwV7pL,
http://www.playvid.com/watch/IRWVDSiDA6d, http://www.playvid.com/watch/GYFD7J1aeoq, http://www.playvid.com/watch/UAvX6dXxnsw,
http://www.playvid.com/watch/LA-tbBpEGnu, http://www.playvid.com/watch/eVmLIT2sdWR, http://www.playvid.com/watch/NMJUAVmKoPm,
http://www.playvid.com/watch/JoXkwYg6eQB, http://www.playvid.com/watch/8GNb70kXYKn, http://www.playvid.com/watch/PIeojtx7yoJ,
http://www.playvid.com/watch/87JgvmNBq3Z, http://www.playvid.com/watch/3-5izbSV0aa, http://www.playvid.com/watch/6-C7-2bSQnG,
http://www.playvid.com/watch/kheVzq1sD2a, http://www.playvid.com/watch/iyaItHVB7YT, http://www.playvid.com/watch/CLzNFjfimrT,
http://www.playvid.com/watch/i9VAEYdENxq, http://www.playvid.com/watch/d8c-uLXq_v4, http://www.playvid.com/watch/4Bx2IjRgpX7,
http://www.playvid.com/watch/cz1PVi4_zTw, http://www.playvid.com/watch/ShG0xFoRK0j, http://www.playvid.com/watch/F3JBpBsL5RX,
http://www.playvid.com/watch/jZkMxTPE_CP, http://www.playvid.com/watch/n-48DjvF9eY, http://www.playvid.com/watch/D3dhIKltd92,
http://www.playvid.com/watch/0fGXI9PhRVV, http://www.playvid.com/watch/Blwsq3tUkvk, http://www.playvid.com/watch/EgdYPBm9iBm,
http://www.playvid.com/watch/phduJShPU0b, http://www.playvid.com/watch/x7xJXBVrqKo, http://www.playvid.com/watch/UHee9gIyutG,
http://www.playvid.com/watch/O4Oum3D93Bx, http://www.playvid.com/watch/5LIXUV40iOA, http://www.playvid.com/watch/iMMryn32bye,
http://www.playvid.com/watch/lOpfuIiL3u7, http://www.playvid.com/watch/73WxmZPLAJM, http://www.playvid.com/watch/lv-onaw1mWE,
http://www.playvid.com/watch/lfvj9jXm_VH, http://www.playvid.com/watch/ZaQN_9xhkq9, http://www.playvid.com/watch/rYDUcsZ9b3t,
http://www.playvid.com/watch/kHyGMQlf55h, http://www.playvid.com/watch/sHIls0RCYeZ, http://www.playvid.com/watch/fJEWMetbRX9,
http://www.playvid.com/watch/bczk538i38d, http://www.playvid.com/watch/DFmiZirnLMG, http://www.playvid.com/watch/0eSLRZOCbxu,
http://www.playvid.com/watch/7mzTCuuJC6D, http://www.playvid.com/watch/S3Kd1tsLl60, http://www.playvid.com/watch/UB4ZqOdNPTv,
http://www.playvid.com/watch/txkQ64iq70N, http://www.playvid.com/watch/LWuNi2XddeJ, http://www.playvid.com/watch/ADZ0ATJrrIb,
http://www.playvid.com/watch/aQX_tsGDIJs, http://www.playvid.com/watch/JJGGHF_d6gx, http://www.playvid.com/watch/Uh2-XFYwhWG,
http://www.playvid.com/watch/4MdEup-ftjp, http://www.playvid.com/watch/yTjCAsYsmjk, http://www.playvid.com/watch/DtI-v2_ILEw,
http://www.playvid.com/watch/eRj0kAFIu6H, http://www.playvid.com/watch/rAbO-cl5fbj, http://www.playvid.com/watch/HQ4jy9HqfpT,
http://www.playvid.com/watch/Xz9B3Yu8OzS, http://www.playvid.com/watch/2i6PQi8IRDp, http://www.playvid.com/watch/3jiH5U6frfS,
http://www.playvid.com/watch/GXRghEZ1lqr, http://www.playvid.com/watch/VESyQBlAQc0, http://www.playvid.com/watch/R7Ye7hdXubc,
http://www.playvid.com/watch/HYIbN6JmiXM, http://www.playvid.com/watch/5uZrU9qCj9o, http://www.playvid.com/watch/sZ7JvU5yvV0,
http://www.playvid.com/watch/AX8fIMWBBko, http://www.playvid.com/watch/S2F0CSsGGQ9, http://www.playvid.com/watch/ifPCg9rsZuR,
http://www.playvid.com/watch/UKgQkERdHNQ, http://www.playvid.com/watch/tIO368XkzFD, http://www.playvid.com/watch/GFJELEOV5NK,
http://www.playvid.com/watch/nUTKiU7TGTm, http://www.playvid.com/watch/BB0R9mdYGby, http://www.playvid.com/watch/cLw7qguCe63,
http://www.playvid.com/watch/cvUZErKX6_a, http://www.playvid.com/watch/MePAFfcuKKc, http://www.playvid.com/watch/D7BRFRvr0eh,
http://www.playvid.com/watch/ePFakAkmEIr, http://www.playvid.com/watch/nJluCIPDnkJ, http://www.playvid.com/watch/K1A1QzhzPoJ,
http://www.playvid.com/watch/dd6DxChrt33, http://www.playvid.com/watch/u58_wQIagKA, http://www.playvid.com/watch/TJJZqGQbD7R,
http://www.playvid.com/watch/IpHZ86qySTj, http://www.playvid.com/watch/Xkoa9ZNTKP0, http://www.playvid.com/watch/atCLCOCx5R9,
http://www.playvid.com/watch/3Vk22A6eVLB
5.f. Date of third notice: 2015-11-03 19:43:33

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shkura
5.b. Uploader's email address: emmamael@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/shkura
5.e. List of videos posted by uploader: http://www.playvid.com/watch/OuA3a48UxhL, http://www.playvid.com/watch/utAX50pZAF-,
http://www.playvid.com/watch/UspxiMKdfpB, http://www.playvid.com/watch/rwg6Ro9psma, http://www.playvid.com/watch/thfAy6I36JT,
http://www.playvid.com/watch/qixWi3AbPRO, http://www.playvid.com/watch/bDg2Osk6eA2, http://www.playvid.com/watch/hP9BgDHWSKK,
http://www.playvid.com/watch/aaRAaAfpy9t, http://www.playvid.com/watch/OLnItWP90Ws, http://www.playvid.com/watch/2Nbnf9LM7-N,
http://www.playvid.com/watch/vdZPVevdLSN, http://www.playvid.com/watch/dsfGaelnQ0H, http://www.playvid.com/watch/Ci0jMdOOwE6,
http://www.playvid.com/watch/9MlVqgfeQ3a, http://www.playvid.com/watch/70t7IV6gFzP, http://www.playvid.com/watch/DUdkudJVE0b,
http://www.playvid.com/watch/Rec4BdDJ5oC, http://www.playvid.com/watch/WhHeJYL6QYw, http://www.playvid.com/watch/sZjbPDaqJuR,
http://www.playvid.com/watch/w2o0cYdcqyt, http://www.playvid.com/watch/0XnUHh7VWFa, http://www.playvid.com/watch/bVShpvJ8TFE,
http://www.playvid.com/watch/t-ItBCCT5AG, http://www.playvid.com/watch/OsW2S3sC0Jj, http://www.playvid.com/watch/ViJ2a7LzSVi,
http://www.playvid.com/watch/f08J3urhmVs, http://www.playvid.com/watch/fU5zx-sgaoQ, http://www.playvid.com/watch/K3rIVDMZ0yF,
http://www.playvid.com/watch/bKr-fqhs3tW, http://www.playvid.com/watch/3PDtHd6c6Lu, http://www.playvid.com/watch/thVwHGxR90D,
http://www.playvid.com/watch/ptfNNn2p7kS, http://www.playvid.com/watch/2BLhHvS8zgo, http://www.playvid.com/watch/O2Gsx69Y5Vj,
http://www.playvid.com/watch/CUcSmrQ63pS, http://www.playvid.com/watch/qxjpWMXviQf, http://www.playvid.com/watch/0grYwGrp8ix,
http://www.playvid.com/watch/KlM9prgKDKH, http://www.playvid.com/watch/WxQS22uXmmb, http://www.playvid.com/watch/2CuXzWLk-sZ,
http://www.playvid.com/watch/CxIGvALrvLY, http://www.playvid.com/watch/cZqDmZc49bj, http://www.playvid.com/watch/Sfs0n-iWhV0,
http://www.playvid.com/watch/TuvNeJWtlFs, http://www.playvid.com/watch/WbYG-KUvrfi, http://www.playvid.com/watch/qQ2pYquCQlG,
http://www.playvid.com/watch/CHjAxEXpoQD, http://www.playvid.com/watch/ePWh4cERfS3, http://www.playvid.com/watch/g9raFZxRGcD,
http://www.playvid.com/watch/6b2QYIXTtsC, http://www.playvid.com/watch/2XzD57ZN5oT, http://www.playvid.com/watch/mOh2exvyJzZ,
http://www.playvid.com/watch/jU0EdExB05H, http://www.playvid.com/watch/hONYNaMxUR5, http://www.playvid.com/watch/Cj8VK0esWnv,
http://www.playvid.com/watch/9l6fR3Br0Jq, http://www.playvid.com/watch/v3r-QjjMNwP, http://www.playvid.com/watch/bi0eVdbLNnW,
http://www.playvid.com/watch/i7tDD6ma9Ba, http://www.playvid.com/watch/EfZXquf9pi0, http://www.playvid.com/watch/0EFw0Pqubpk,
http://www.playvid.com/watch/VfzaclPx2NB, http://www.playvid.com/watch/FPIEOj-Ztsi, http://www.playvid.com/watch/IH0YlQCBd2Q,
http://www.playvid.com/watch/vGRCRxuW8Hy, http://www.playvid.com/watch/VnyNq5rfyWZ, http://www.playvid.com/watch/jxvIyxTdUKR,
http://www.playvid.com/watch/t-BihmoTyZE, http://www.playvid.com/watch/yCyoa0E7KbN, http://www.playvid.com/watch/QfKfR6JjhYz,
http://www.playvid.com/watch/gFIRurQeBsd, http://www.playvid.com/watch/xTAfHqRcgol, http://www.playvid.com/watch/R3H8ieGRoBQ,
http://www.playvid.com/watch/6tbgIXTb54p, http://www.playvid.com/watch/XmgUE20m0Gs, http://www.playvid.com/watch/SSfNLVi2Ky7,
http://www.playvid.com/watch/6IBRfFFaUR9, http://www.playvid.com/watch/XRUBHorMSJ6, http://www.playvid.com/watch/HXeinboW9Y-,
http://www.playvid.com/watch/LaNYPamtOwS, http://www.playvid.com/watch/8F0JoAFdzK8, http://www.playvid.com/watch/XO3qPPx96Oi,
http://www.playvid.com/watch/2crrFzLMIu-, http://www.playvid.com/watch/YJYN8kfYDR0, http://www.playvid.com/watch/TyDq5m3f9e6,
http://www.playvid.com/watch/zSNEMuzb0N4, http://www.playvid.com/watch/fZ9iooxGgQl, http://www.playvid.com/watch/WQqQo52oxBZ,
http://www.playvid.com/watch/0aII7MwJY06, http://www.playvid.com/watch/Q8qLUVEmFpk, http://www.playvid.com/watch/GssKButAOT9,
http://www.playvid.com/watch/dUVw6Qe0waz, http://www.playvid.com/watch/b32lQW5Kjty, http://www.playvid.com/watch/ob6Vff7b64z,
http://www.playvid.com/watch/DiKRg3OTff8, http://www.playvid.com/watch/LcilelLWdjv, http://www.playvid.com/watch/xFMvYcEGYdi,
http://www.playvid.com/watch/ZdKBpyLY55p, http://www.playvid.com/watch/UZofrMp7i3u, http://www.playvid.com/watch/0m05t46T7Jw,
http://www.playvid.com/watch/3o0jvo3N2a3, http://www.playvid.com/watch/ZghFFltQZcf, http://www.playvid.com/watch/sb8e8nNoAIb,
http://www.playvid.com/watch/GXqHqs3VvU-, http://www.playvid.com/watch/OmLR52i2xcc, http://www.playvid.com/watch/QEyuRa8WJ5E,
http://www.playvid.com/watch/tVwMtwwbdqF, http://www.playvid.com/watch/4ZCAzxqRLqJ, http://www.playvid.com/watch/Ykgjk6Mys6Z,
http://www.playvid.com/watch/YcI5pe9KLGn, http://www.playvid.com/watch/cZWQYRXvfHM, http://www.playvid.com/watch/6Ynh29OPAyy,
http://www.playvid.com/watch/OjrxCFWWNR0, http://www.playvid.com/watch/eMKYjKvpARh, http://www.playvid.com/watch/hzRcCRXFSPf,
http://www.playvid.com/watch/f0-LivphDgO, http://www.playvid.com/watch/dndOl-WbUPu, http://www.playvid.com/watch/oWcAq9og0cc,
http://www.playvid.com/watch/GRcnNNygW2U, http://www.playvid.com/watch/NpzyyEjeeDl, http://www.playvid.com/watch/zRvLuFzAR-B,
http://www.playvid.com/watch/i2zBKEc7q-J, http://www.playvid.com/watch/-gC6GuQuHYe, http://www.playvid.com/watch/oIJeSh-Hvhy,
http://www.playvid.com/watch/ReQKYt30a4s, http://www.playvid.com/watch/ca6uDKHSAEs, http://www.playvid.com/watch/haZ0tmv7vN8,
http://www.playvid.com/watch/Ka779URzMKX, http://www.playvid.com/watch/IJLLhBbwcf3, http://www.playvid.com/watch/9JEsFKIG3Pp,
http://www.playvid.com/watch/Mrbx9R93DXg, http://www.playvid.com/watch/Rxl9oMoOmus, http://www.playvid.com/watch/-Y8U2jCQqyA,
http://www.playvid.com/watch/dRbOfiiZ37C, http://www.playvid.com/watch/Kb3Q5GNRHpC, http://www.playvid.com/watch/5fMBTTPLtLf,
http://www.playvid.com/watch/lsIAFhP-UXg, http://www.playvid.com/watch/bT2p4ImiNZj, http://www.playvid.com/watch/a2Fpn6Jk2ue,
http://www.playvid.com/watch/AdtS67pnq8K, http://www.playvid.com/watch/bvCvYMu7pnG, http://www.playvid.com/watch/4j0uLkNM6SX,
http://www.playvid.com/watch/sGaDm9vbDuD, http://www.playvid.com/watch/i9z7EXnfWp0, http://www.playvid.com/watch/9QMewlaoFd3,
http://www.playvid.com/watch/GzOdxj02kJS, http://www.playvid.com/watch/QWOHZ-M8-Yx, http://www.playvid.com/watch/5Cn6uSkINUT,
http://www.playvid.com/watch/gpyC9vhSqZv, http://www.playvid.com/watch/FTIJKH3aEz7, http://www.playvid.com/watch/lPxLWrSM3PT,
http://www.playvid.com/watch/BkYeVpW7axM, http://www.playvid.com/watch/P2YdygrNi4P, http://www.playvid.com/watch/T7qJcvKqFDh,
http://www.playvid.com/watch/ig-ToXnDbEA, http://www.playvid.com/watch/HTcKZ70HXlI, http://www.playvid.com/watch/9y3IAbs7IuM,
http://www.playvid.com/watch/kkRvfPkpFUH, http://www.playvid.com/watch/Ri0LE4zjEs-, http://www.playvid.com/watch/RSlEA8049K5,
http://www.playvid.com/watch/YSmjfOKaYaW, http://www.playvid.com/watch/3JH40PJmLHs, http://www.playvid.com/watch/UkjNgFFe23d,
http://www.playvid.com/watch/uODjB4L50t0, http://www.playvid.com/watch/j0RKYk7T6Kb, http://www.playvid.com/watch/na0--zRgpKt,
http://www.playvid.com/watch/IPQbkk82oUv, http://www.playvid.com/watch/O9AC4QfVkPN, http://www.playvid.com/watch/Ni7IyDKaICe,
http://www.playvid.com/watch/oDzuyV6jyab, http://www.playvid.com/watch/hvPD5wSx9od, http://www.playvid.com/watch/uCb2ULbVOkA,
http://www.playvid.com/watch/2QH0fHI5u7I, http://www.playvid.com/watch/UVoa3VNUvhe, http://www.playvid.com/watch/cSPqBNKRJnL,
http://www.playvid.com/watch/okNvhjyD2NK, http://www.playvid.com/watch/udKGxINlN5V, http://www.playvid.com/watch/MjbNbbVbEIU,
http://www.playvid.com/watch/HGQGpxstoDp, http://www.playvid.com/watch/JpciPCLUFt7, http://www.playvid.com/watch/9BWCmGtFXB4,
http://www.playvid.com/watch/Q70wGX43MSA, http://www.playvid.com/watch/w-nv4YMT80g, http://www.playvid.com/watch/qWxFDuj4cVb,
http://www.playvid.com/watch/03BMGhX4bI3, http://www.playvid.com/watch/yMcqySAvEgL, http://www.playvid.com/watch/MByCgaXjD3N,
http://www.playvid.com/watch/X9SxMQWTQql, http://www.playvid.com/watch/E7LasZwH6xa, http://www.playvid.com/watch/iue86HXmNnB,
http://www.playvid.com/watch/WPUlzjKyPjR, http://www.playvid.com/watch/b2sImwZEO84, http://www.playvid.com/watch/gTFULd2hEVG,
http://www.playvid.com/watch/2FLTMTlUeiT, http://www.playvid.com/watch/PL7FREhCPxT, http://www.playvid.com/watch/qqsoLwKfv7e,
http://www.playvid.com/watch/dlYPuaDq3eJ, http://www.playvid.com/watch/D4VDEuymtYl, http://www.playvid.com/watch/iInaTV76j9H,
http://www.playvid.com/watch/idGjPbu6BlT, http://www.playvid.com/watch/aQBNjC78LD9, http://www.playvid.com/watch/yIZfN-UjBsb,
http://www.playvid.com/watch/iRZeMDrce5t, http://www.playvid.com/watch/UBmpZ9NVltI, http://www.playvid.com/watch/i8P94HOALKI,
http://www.playvid.com/watch/P5Gwu7RuYKK, http://www.playvid.com/watch/wYPsASjcPIS, http://www.playvid.com/watch/Ta65T8pIoG3,
http://www.playvid.com/watch/vjmpCYsBE8y, http://www.playvid.com/watch/FOALDUtdn9Q, http://www.playvid.com/watch/KGF2GJxwhww,
http://www.playvid.com/watch/Is2RxA-2cJo, http://www.playvid.com/watch/KlxHctJVQxF, http://www.playvid.com/watch/jdhsM7guO4I,
http://www.playvid.com/watch/YMKS82-GMEM, http://www.playvid.com/watch/-t5xubPadSE, http://www.playvid.com/watch/HeiDHzahhaP,
http://www.playvid.com/watch/mYOWlktb5GZ, http://www.playvid.com/watch/6EGUl3NC99m, http://www.playvid.com/watch/USv8aezK6qi,
http://www.playvid.com/watch/Z6M97tasrUn, http://www.playvid.com/watch/gKqMcopoFzd, http://www.playvid.com/watch/csAJD-PUA-K,
http://www.playvid.com/watch/zuXsvpr3QsK, http://www.playvid.com/watch/x5KG8b7Pzex, http://www.playvid.com/watch/KIHeG6ELWPb,
http://www.playvid.com/watch/heq028EV5Te, http://www.playvid.com/watch/cYVL0MFL6ep, http://www.playvid.com/watch/iEvgsTueAIK,
http://www.playvid.com/watch/JokKkdPxfyz, http://www.playvid.com/watch/wbCsDObpy5T, http://www.playvid.com/watch/fAGWDojd8Cd,
http://www.playvid.com/watch/IwaWN35FoFI, http://www.playvid.com/watch/SCpnzSniqB-, http://www.playvid.com/watch/hiToN52tx5x,
http://www.playvid.com/watch/kKPShXuqQcN, http://www.playvid.com/watch/XP3Fjy5FhCG, http://www.playvid.com/watch/dqaDytUmx66,
http://www.playvid.com/watch/-UqJCgAUQW6, http://www.playvid.com/watch/HuZwFAmUkLt, http://www.playvid.com/watch/u5dvaG6NlxR,
http://www.playvid.com/watch/fqmScxcKJB4, http://www.playvid.com/watch/SEpm0VZFsUa, http://www.playvid.com/watch/sTObtGmI-S3,
http://www.playvid.com/watch/9xRNumEEsmd, http://www.playvid.com/watch/ctfkU3qCnLP, http://www.playvid.com/watch/9Od9PjjGw49,
http://www.playvid.com/watch/fDWqa9JTTIE, http://www.playvid.com/watch/TLtZ79WqeKk, http://www.playvid.com/watch/vdm65ycEITX,
http://www.playvid.com/watch/G4pdbSqK2c9, http://www.playvid.com/watch/RubgNacEsdc, http://www.playvid.com/watch/NUHMRj9uSfg,
http://www.playvid.com/watch/tKGwqRzFE7s, http://www.playvid.com/watch/i74s6keWlsj, http://www.playvid.com/watch/GbvZ0TvYB6U,
http://www.playvid.com/watch/edC5ZzmHc9R, http://www.playvid.com/watch/HNPdImjwxSV, http://www.playvid.com/watch/wtYkyqtjmkf,
http://www.playvid.com/watch/VKYOuicW7HR, http://www.playvid.com/watch/eoHMNxNRp5i, http://www.playvid.com/watch/OhWffXYPtoD,
http://www.playvid.com/watch/ut2P4vHJrr8, http://www.playvid.com/watch/qL9OdeYcB9r, http://www.playvid.com/watch/PwXTPdmiNFx,
http://www.playvid.com/watch/6OxFi5jQ-5F, http://www.playvid.com/watch/FucW4pdhlUv, http://www.playvid.com/watch/eTg5Y2wunp-,
http://www.playvid.com/watch/BAFbIVb2y6R, http://www.playvid.com/watch/4UfB3nbxDGh, http://www.playvid.com/watch/NiWXW3FhUHO,

http://www.playvid.com/watch/dI4A--cwNKP, http://www.playvid.com/watch/uFz9eBM07He, http://www.playvid.com/watch/pCagflGBY3m,
http://www.playvid.com/watch/-DuSqtZZQkK, http://www.playvid.com/watch/PoAWQc9TjR2, http://www.playvid.com/watch/oOnMUoImmHG,
http://www.playvid.com/watch/8a3WTkemqqC, http://www.playvid.com/watch/bHC9oec8dkm, http://www.playvid.com/watch/e2WIfP44uvd,
http://www.playvid.com/watch/jHL-vhK5nou, http://www.playvid.com/watch/gXqFHOLEumh, http://www.playvid.com/watch/8SdIKKbdjm9,
http://www.playvid.com/watch/P3fXUxQE26t, http://www.playvid.com/watch/8CIt727764A, http://www.playvid.com/watch/jYKxMvaYi0M,
http://www.playvid.com/watch/orQn5PmvRwY, http://www.playvid.com/watch/sOv4FpSmmju, http://www.playvid.com/watch/nAj22genV4V,
http://www.playvid.com/watch/zZUYoyEsUpm, http://www.playvid.com/watch/hwKfLsPUT22, http://www.playvid.com/watch/ZRKugdtDCYH,
http://www.playvid.com/watch/4gJt8gcgTLE, http://www.playvid.com/watch/M6HcwulMAtN, http://www.playvid.com/watch/vyF64ziZ3n2,
http://www.playvid.com/watch/ltPh5f9UIF7, http://www.playvid.com/watch/NPBl4fo6Mhm, http://www.playvid.com/watch/S3k4p7uplun,
http://www.playvid.com/watch/ZLz9rfVJD8D, http://www.playvid.com/watch/UXgfHX7E0cX, http://www.playvid.com/watch/zYei5c2nHq-,
http://www.playvid.com/watch/Qe5uS4xEimq, http://www.playvid.com/watch/Yq7ovUW7SbQ, http://www.playvid.com/watch/FGpDKbutCQ9,
http://www.playvid.com/watch/ARqT0M-j-CD, http://www.playvid.com/watch/uopqhDKIC04, http://www.playvid.com/watch/x-Yltq9lLgN,
http://www.playvid.com/watch/4f3msTRgoHy, http://www.playvid.com/watch/Tq4Yk5JXlfr, http://www.playvid.com/watch/Wzg7hym6Lt-,
http://www.playvid.com/watch/W6Cx2KoOumc, http://www.playvid.com/watch/7UaMGFSOgZh, http://www.playvid.com/watch/XNfUVTNPk8H,
http://www.playvid.com/watch/ZAszWasjl9t, http://www.playvid.com/watch/QuhGHeOVal2, http://www.playvid.com/watch/jLCmZpZEXKG,
http://www.playvid.com/watch/kmoMjKpRQIs, http://www.playvid.com/watch/AQDMOyBtroK, http://www.playvid.com/watch/LECWWiVG0FL,
http://www.playvid.com/watch/oBebEkCOC9m, http://www.playvid.com/watch/AaiNimKuCD7, http://www.playvid.com/watch/6uAxNKTjet9,
http://www.playvid.com/watch/X4t-PBfpbdI, http://www.playvid.com/watch/UiCJw2Ue4Tn, http://www.playvid.com/watch/03PTQYry76Y,
http://www.playvid.com/watch/vWkgFnwYtqI, http://www.playvid.com/watch/xQckh34pdgD, http://www.playvid.com/watch/7RbMixDbUcH,
http://www.playvid.com/watch/tGSkWxleyHu, http://www.playvid.com/watch/dXz0u-DixYi, http://www.playvid.com/watch/0SvxWRXN7qO,
http://www.playvid.com/watch/O7ZeaiyqTJq, http://www.playvid.com/watch/4G-ieUrzJfs, http://www.playvid.com/watch/AchZCSywC20,
http://www.playvid.com/watch/SdpfR0djLz0, http://www.playvid.com/watch/YzvcYXf5Ddv, http://www.playvid.com/watch/9v732o4YzFM,
http://www.playvid.com/watch/vzzAXfvx3HN, http://www.playvid.com/watch/AAhSejC442Y, http://www.playvid.com/watch/28Flf6Gfybc,
http://www.playvid.com/watch/TJHzeDUc3l6, http://www.playvid.com/watch/m8SBGaoHic8, http://www.playvid.com/watch/sKGZYM6w4Za,
http://www.playvid.com/watch/hOZtmIK-Th4, http://www.playvid.com/watch/Ysu46NNmRcs, http://www.playvid.com/watch/3VkKaZqvM5o,
http://www.playvid.com/watch/HABG6dJsQGs, http://www.playvid.com/watch/Gh67xlKTInm, http://www.playvid.com/watch/EExe7ALkqoa,
http://www.playvid.com/watch/t3yVVtfds00, http://www.playvid.com/watch/mB379S9pqi3, http://www.playvid.com/watch/gfAR64ZAv0t,
http://www.playvid.com/watch/7RhhvkFFZVO, http://www.playvid.com/watch/IgpJPE4g0EJ, http://www.playvid.com/watch/mo8OkKToFie,
http://www.playvid.com/watch/N7ok2vWOn0S, http://www.playvid.com/watch/QfifmZo5mD3, http://www.playvid.com/watch/vw7FKlr-cRy,
http://www.playvid.com/watch/Wkm-xU-70DM, http://www.playvid.com/watch/KcOJhuB7LRn, http://www.playvid.com/watch/qhHHHMQle5p,
http://www.playvid.com/watch/GHRcL07ECOk, http://www.playvid.com/watch/ZRs-QPbXU62, http://www.playvid.com/watch/pFzEJQ3s-qM,
http://www.playvid.com/watch/vafj2Z4of-8, http://www.playvid.com/watch/CzaLWRPNVzi, http://www.playvid.com/watch/3-BK82qojoP,
http://www.playvid.com/watch/95WpDsG0oJs, http://www.playvid.com/watch/N3EC4jDnS-I, http://www.playvid.com/watch/RWlOKP2YzhD,
http://www.playvid.com/watch/sNMdRvRXddR, http://www.playvid.com/watch/v8toX6uulkq, http://www.playvid.com/watch/dSL-PYgwWAL,
http://www.playvid.com/watch/Da8Z59wYDbi, http://www.playvid.com/watch/UmkncmClSXK, http://www.playvid.com/watch/dGbv6iyCYte,
http://www.playvid.com/watch/RqNwTzdKQWl, http://www.playvid.com/watch/-xgQgBXaFJL, http://www.playvid.com/watch/LhZtrBSWLru,
http://www.playvid.com/watch/i9g-H4NKTLq, http://www.playvid.com/watch/cXZxbprizRQ, http://www.playvid.com/watch/Q9U3Dfuih76,
http://www.playvid.com/watch/SjGaGSX2FtT, http://www.playvid.com/watch/zeAcpB6M05R, http://www.playvid.com/watch/N6Zyrf8cLFP,
http://www.playvid.com/watch/cLMJ6hTV-To, http://www.playvid.com/watch/YuiIeY7KBVn, http://www.playvid.com/watch/DRyzSZ0oj0J,
http://www.playvid.com/watch/Fo3yjVJjuwr, http://www.playvid.com/watch/2n2dEWhQCno, http://www.playvid.com/watch/m4AoAayHxN3,
http://www.playvid.com/watch/BVXc8lkyGv7, http://www.playvid.com/watch/a70oNVwidKV, http://www.playvid.com/watch/q-PPkVEiwIg,
http://www.playvid.com/watch/kKGUkMgpLPZ, http://www.playvid.com/watch/udENYlyvwfK, http://www.playvid.com/watch/QUXsOyiVitA,
http://www.playvid.com/watch/PkPD-fqvioP, http://www.playvid.com/watch/Iltaho7fh7-, http://www.playvid.com/watch/IDqCOc-xXAY,
http://www.playvid.com/watch/ASNIc2WgkgQ, http://www.playvid.com/watch/fPdP4C99wCX, http://www.playvid.com/watch/vItTw3dQ3av,
http://www.playvid.com/watch/cMzuHbiK8nG, http://www.playvid.com/watch/gbn7gsQBl-V, http://www.playvid.com/watch/-F00vpGTLBa,
http://www.playvid.com/watch/kMbx3qHvGL-, http://www.playvid.com/watch/f3qnHyRqUVr, http://www.playvid.com/watch/BnxE0MuwUim,
http://www.playvid.com/watch/s3jHlEPd8kJ, http://www.playvid.com/watch/lgvDlLpOiFF, http://www.playvid.com/watch/ohKZcjmHEnZ,
http://www.playvid.com/watch/ZoRsCF4NoZA, http://www.playvid.com/watch/j7OxRG0JRlV, http://www.playvid.com/watch/AEujPDnKyy0,
http://www.playvid.com/watch/MfYyY-H2r-3, http://www.playvid.com/watch/lC7kf3mSeys, http://www.playvid.com/watch/Z9odo7GN8s8,
http://www.playvid.com/watch/LNFQWzZib9g, http://www.playvid.com/watch/gF8Qfa7hsRn, http://www.playvid.com/watch/4dF7swQmfuY,
http://www.playvid.com/watch/I6VlRUUj7Ho, http://www.playvid.com/watch/hgrTEvaEYsY, http://www.playvid.com/watch/WfZcT-Oo03H,
http://www.playvid.com/watch/Q4FE7qnVjAG, http://www.playvid.com/watch/T6IVTiA0vCW, http://www.playvid.com/watch/ddzzdkHGpCl,
http://www.playvid.com/watch/p2NCPsaexk8, http://www.playvid.com/watch/dQvW4iQEK5r, http://www.playvid.com/watch/upT5TqRkBco,
http://www.playvid.com/watch/g9V9eSkMyC8, http://www.playvid.com/watch/CD8LxlO6rHN, http://www.playvid.com/watch/EnsmC07YesF,
http://www.playvid.com/watch/vGZF4rjHXVW, http://www.playvid.com/watch/QAhwhhOg83e, http://www.playvid.com/watch/AZJFnkUv6K0
5.f. Date of third notice: 2013-10-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shlexi
5.b. Uploader's email address: napianapa@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/shlexi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nUNzl3azfiS, http://www.playvid.com/watch/l0PyY82rMlg,
http://www.playvid.com/watch/rpF7qmv63fT, http://www.playvid.com/watch/E4oIOuHBpXI, http://www.playvid.com/watch/b7kdvwnRYvY,
http://www.playvid.com/watch/8kaSWhKC8wi, http://www.playvid.com/watch/7kyzCj83jmK, http://www.playvid.com/watch/kSjEFalbrH-,
http://www.playvid.com/watch/7u8DBoE5Hvw, http://www.playvid.com/watch/VmSfdqoNbA8, http://www.playvid.com/watch/2DqU7OgJhnz,
http://www.playvid.com/watch/HVCihjNpBHI, http://www.playvid.com/watch/n-o3ytOam6e, http://www.playvid.com/watch/vx8WDo2u-fO,
http://www.playvid.com/watch/0WrRb9mTdfT, http://www.playvid.com/watch/sfaEMcr35jB, http://www.playvid.com/watch/xZUJvQodZTX,
http://www.playvid.com/watch/9hMC8emQpEA, http://www.playvid.com/watch/6EA885LFkYJ, http://www.playvid.com/watch/TBkm47QSaTB,
http://www.playvid.com/watch/9gXm-M0avCZ, http://www.playvid.com/watch/9ZT5Wr3uKa8, http://www.playvid.com/watch/6ZhDmSmaE8X,
http://www.playvid.com/watch/6eKS9PRFbnX, http://www.playvid.com/watch/j7tm6xYUWnf, http://www.playvid.com/watch/lUITQ8y67Bb,
http://www.playvid.com/watch/UjW9TWD5N9s, http://www.playvid.com/watch/JGsoW3AeUPG, http://www.playvid.com/watch/WBV2iXwlfF7,
http://www.playvid.com/watch/jNYaRU-xwkQ, http://www.playvid.com/watch/rB9TTZxfSOW, http://www.playvid.com/watch/FVMZSSqxy46,
http://www.playvid.com/watch/YFkrUcMUhrP, http://www.playvid.com/watch/jNXFh4oiu05, http://www.playvid.com/watch/Ht45EO8rFI2,
http://www.playvid.com/watch/hd9WCXTtfvF, http://www.playvid.com/watch/JJwARqbQLrb, http://www.playvid.com/watch/x9eUZMJAZda,
http://www.playvid.com/watch/q5Vyyanusw8, http://www.playvid.com/watch/EvrrKXsOhXw, http://www.playvid.com/watch/l0RounMipml,
http://www.playvid.com/watch/cyllAfkb8CV, http://www.playvid.com/watch/l7p3ft09RFz, http://www.playvid.com/watch/F0AAyA2M2rc,
http://www.playvid.com/watch/gqco5eK3OSt, http://www.playvid.com/watch/knBeXowMI6G, http://www.playvid.com/watch/TfNCPviWYrh,
http://www.playvid.com/watch/GI2MkE6fISD, http://www.playvid.com/watch/-v8iNtTFecN, http://www.playvid.com/watch/tDBJJuW6C83,
http://www.playvid.com/watch/iCfAnbQr-VB, http://www.playvid.com/watch/botnWGDTm6H, http://www.playvid.com/watch/OUhF4SDg4PY,
http://www.playvid.com/watch/YUjU7uwgeGA, http://www.playvid.com/watch/XIcBbRWkDLB, http://www.playvid.com/watch/f5vbg5OeCe4,
http://www.playvid.com/watch/3wW8kiTaNoz, http://www.playvid.com/watch/M4D574cBZBk, http://www.playvid.com/watch/kV2IH3PBx39,
http://www.playvid.com/watch/zITAFgXMfVH, http://www.playvid.com/watch/4hqqJd7eeOy, http://www.playvid.com/watch/ARHZ67NM-ib,
http://www.playvid.com/watch/9Ki0MgDbMYB, http://www.playvid.com/watch/IHhbmpIaWyX, http://www.playvid.com/watch/ZHmiBkZUSI4,
http://www.playvid.com/watch/piyg7CodYei, http://www.playvid.com/watch/2y7Y5eVwzHF, http://www.playvid.com/watch/r3HZnmLiPNM,
http://www.playvid.com/watch/MkE3ZYVpUF2, http://www.playvid.com/watch/R-WcSYSZRvS, http://www.playvid.com/watch/VXCSfp4DRIE,
http://www.playvid.com/watch/CZ6uSJ7oANj, http://www.playvid.com/watch/gNB8bBkpJfn, http://www.playvid.com/watch/5TJSN6IBqtE,
http://www.playvid.com/watch/3-pAcoadkqf, http://www.playvid.com/watch/UkioOX2Ytg6, http://www.playvid.com/watch/2J56LbCu09I,
http://www.playvid.com/watch/EkQQUsG4IQ7, http://www.playvid.com/watch/pVDRzUqkWo3
5.f. Date of third notice: 2014-02-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: shnizer
5.b. Uploader's email address: boblotori@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/shnizer
5.e. List of videos posted by uploader: http://www.playvid.com/watch/lmRlvdHlipv, http://www.playvid.com/watch/CJEQ8hyydQO,
http://www.playvid.com/watch/2RnoVkRHwYM, http://www.playvid.com/watch/hqdVLXiSErx, http://www.playvid.com/watch/fCoSd38EEyX,

http://www.playvid.com/watch/cAO-VfsnvlM, http://www.playvid.com/watch/h7vwV7t6CO2, http://www.playvid.com/watch/svYYeH3t3ua,
http://www.playvid.com/watch/N5HFuGx6KAG, http://www.playvid.com/watch/nSp6jKTYGaN, http://www.playvid.com/watch/9z6rYXe-BWt,
http://www.playvid.com/watch/K3hO-cXhioU, http://www.playvid.com/watch/L7vN7BJyoMS, http://www.playvid.com/watch/D6H2RrbRyeU,
http://www.playvid.com/watch/cU8ZjsP-SpW, http://www.playvid.com/watch/KYFckR9W-jG, http://www.playvid.com/watch/F-CPwdWtRoC,
http://www.playvid.com/watch/RzDS8SlIznF, http://www.playvid.com/watch/SmGLGy7vJ2H, http://www.playvid.com/watch/UU2uBhYQ7Dv,
http://www.playvid.com/watch/zjUK-DfE6JO, http://www.playvid.com/watch/4c5aJjlKhEI, http://www.playvid.com/watch/xbpd9OMVEd8,
http://www.playvid.com/watch/0Vsu50bt3bR, http://www.playvid.com/watch/trsEDzPRnLi, http://www.playvid.com/watch/DwWYsVE60Yo,
http://www.playvid.com/watch/4LFROotKtRE, http://www.playvid.com/watch/aEfApum6DNW, http://www.playvid.com/watch/yiTwVOru3pk,
http://www.playvid.com/watch/4LY8euXKqX9, http://www.playvid.com/watch/g892ryfqH60, http://www.playvid.com/watch/xpTzOZzoAuU,
http://www.playvid.com/watch/bi0Kl2FJjAf, http://www.playvid.com/watch/eggdivPILXs, http://www.playvid.com/watch/MXJiMh4KcZR,
http://www.playvid.com/watch/IXCjRODowoY, http://www.playvid.com/watch/2D5YV8O4KJV, http://www.playvid.com/watch/Z7r-0-gaIM8,
http://www.playvid.com/watch/Ey-z63TAKK8, http://www.playvid.com/watch/kczGouDevPe, http://www.playvid.com/watch/AFcJM9Q78Yu,
http://www.playvid.com/watch/daRQiI37p2J, http://www.playvid.com/watch/Mc5jfnvBvpw, http://www.playvid.com/watch/dl6ZEdafQv5,
http://www.playvid.com/watch/-0eM5Ko3nrh, http://www.playvid.com/watch/AoP0ud4otM2, http://www.playvid.com/watch/9lVGlA9bTSE,
http://www.playvid.com/watch/EJ4f6z8u3sj, http://www.playvid.com/watch/XPNtPrnO6Rj, http://www.playvid.com/watch/nKDKm4bTDXB,
http://www.playvid.com/watch/3CuJDlY5e5N, http://www.playvid.com/watch/NXIbyx7UgvK, http://www.playvid.com/watch/qMPCQ5w8JOj,
http://www.playvid.com/watch/FN90NrHxxwo, http://www.playvid.com/watch/fIp7yp2LBMg, http://www.playvid.com/watch/XZ6Ejs9Ucp5,
http://www.playvid.com/watch/IotsZBAYMwu, http://www.playvid.com/watch/v5o2KNIFvAx, http://www.playvid.com/watch/4Tye3BUUba3,
http://www.playvid.com/watch/43kSKLdDJgo, http://www.playvid.com/watch/bdH3uTQXYRj, http://www.playvid.com/watch/s-ph4wBU-xm,
http://www.playvid.com/watch/LcZ0oW0JwTR, http://www.playvid.com/watch/LOn-FwsBMJp, http://www.playvid.com/watch/SoAv8xIwZRL,
http://www.playvid.com/watch/Ft4HXrZyUrs, http://www.playvid.com/watch/tL0QarJzgZj, http://www.playvid.com/watch/-gecR69CmVR,
http://www.playvid.com/watch/znnbFm9yDbJ, http://www.playvid.com/watch/6wUCp4ewe2N, http://www.playvid.com/watch/fBFE4MWly2I,
http://www.playvid.com/watch/N3gcdpFfLul, http://www.playvid.com/watch/X84yOd7mVtZ, http://www.playvid.com/watch/VqVibJtahzM,
http://www.playvid.com/watch/CtsRPyJA0xX, http://www.playvid.com/watch/GUp9HUrTDuG, http://www.playvid.com/watch/rCIzRvBD6P2,
http://www.playvid.com/watch/pyjHBpBvknV, http://www.playvid.com/watch/OiFEA5xZJC8, http://www.playvid.com/watch/Wd6fBCpp0OE,
http://www.playvid.com/watch/E9fgDRtDdx-, http://www.playvid.com/watch/68KMXipc8B3, http://www.playvid.com/watch/3Uecm0gzOJZ,
http://www.playvid.com/watch/FSWkxDEvwzh, http://www.playvid.com/watch/kTN737NFCfv, http://www.playvid.com/watch/DZ57EGqtIGO,
http://www.playvid.com/watch/VbOMsZGZQEQ, http://www.playvid.com/watch/Vz6zxg72tZ-, http://www.playvid.com/watch/XpDIgGOQK2F
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SiggBexxy
5.b. Uploader's email address: seanchrome@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/SiggBexxy
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9i8Fkdiykhk, http://www.playvid.com/watch/sUEWsGUdVJB,
http://www.playvid.com/watch/gAplM1rtpNn, http://www.playvid.com/watch/NnTaAbGHV5R, http://www.playvid.com/watch/nzbuWUwtGtn,
http://www.playvid.com/watch/6RcToH5SMx2, http://www.playvid.com/watch/M40eg3K7iy4, http://www.playvid.com/watch/sG_q1ddvJCU,
http://www.playvid.com/watch/SKvraOrYlrh, http://www.playvid.com/watch/0EUzcwPVtuo, http://www.playvid.com/watch/HRMPX_lRTWI,
http://www.playvid.com/watch/kewQUJLwsoe, http://www.playvid.com/watch/gEcbUGV5fHb, http://www.playvid.com/watch/4wdwYYz9C87,
http://www.playvid.com/watch/d1wh86I8bqO, http://www.playvid.com/watch/fHhzXkPGwiO, http://www.playvid.com/watch/j-Jw_1klvut,
http://www.playvid.com/watch/Gqkm4umczvS, http://www.playvid.com/watch/cQBqhdOflse, http://www.playvid.com/watch/y_9sWdO8-8w,
http://www.playvid.com/watch/sm_IWWxSYey, http://www.playvid.com/watch/RnVtrSAIteS, http://www.playvid.com/watch/iCSQemczDCg,
http://www.playvid.com/watch/Ln8b8aDolLa, http://www.playvid.com/watch/Qs_m1qGf7SS, http://www.playvid.com/watch/FSUga3x6KUb,
http://www.playvid.com/watch/GmNi7CgvZrT, http://www.playvid.com/watch/Q5We_LoKjCN, http://www.playvid.com/watch/atnnFhY-rYK,
http://www.playvid.com/watch/sKqwYZAfdME, http://www.playvid.com/watch/JMFuonu5UyQ, http://www.playvid.com/watch/SxbV1Velo-8,
http://www.playvid.com/watch/4BigMCC8QpW, http://www.playvid.com/watch/k7vzG8SyaFc, http://www.playvid.com/watch/kGnslNDI2i2,
http://www.playvid.com/watch/VxEUResx0XF, http://www.playvid.com/watch/6ZHH15C_jaH, http://www.playvid.com/watch/FUVYVpRWxJc,
http://www.playvid.com/watch/mYPpodM6zCD, http://www.playvid.com/watch/pGIn58IlLBZ, http://www.playvid.com/watch/EQWAoXh6dC7,
http://www.playvid.com/watch/5zqxfoZOBsg, http://www.playvid.com/watch/tZDVGCOH9gI, http://www.playvid.com/watch/Vvlo9IIlcXo,
http://www.playvid.com/watch/obCsxwcr4rU, http://www.playvid.com/watch/PetL4NZwAyL, http://www.playvid.com/watch/mVp6jTxPFso,
http://www.playvid.com/watch/je9UjkC8PTr, http://www.playvid.com/watch/hJg7_mY_MVz, http://www.playvid.com/watch/ea5V2cg4VbQ,
http://www.playvid.com/watch/taG_XbUbZD0, http://www.playvid.com/watch/ZLKSCaWrRTs, http://www.playvid.com/watch/FwtBhq1Y7sM,
http://www.playvid.com/watch/nTdqhVl2pGN, http://www.playvid.com/watch/iDN_NNoWoaY, http://www.playvid.com/watch/a0Jr3DF88Y6,
http://www.playvid.com/watch/D-P-mw7MKlU, http://www.playvid.com/watch/QhFNhrV1Po2, http://www.playvid.com/watch/riB0UmsKifT,
http://www.playvid.com/watch/xFS3OXJ5FI4, http://www.playvid.com/watch/MsgGd8bWWwi, http://www.playvid.com/watch/vKYGdkJ9YPr,
http://www.playvid.com/watch/3aVzq6qmgGY, http://www.playvid.com/watch/Wi045w5yXYE, http://www.playvid.com/watch/X6z9kYdwfa6,
http://www.playvid.com/watch/WK4DvQ_T7zq, http://www.playvid.com/watch/wll-iKcJObo, http://www.playvid.com/watch/k5rymnMmiVs,
http://www.playvid.com/watch/fT2TTmcV6kZ, http://www.playvid.com/watch/yRLJ4d_O-Ev, http://www.playvid.com/watch/KW6_3H8Vmua,
http://www.playvid.com/watch/ZvtXki5Uz0i, http://www.playvid.com/watch/4WXTVtlCTux, http://www.playvid.com/watch/5-N3_7K3ZFr,
http://www.playvid.com/watch/CZfiIuW7dXx, http://www.playvid.com/watch/CkXYAd16Ozu, http://www.playvid.com/watch/38BqwUgo54B,
http://www.playvid.com/watch/Jd2kIuOZcuj, http://www.playvid.com/watch/4_pyfVfXcvv, http://www.playvid.com/watch/TYYMEU6heMV,
http://www.playvid.com/watch/EW2D40aSPOf, http://www.playvid.com/watch/XuUjHtntQRv, http://www.playvid.com/watch/TxcdC883kgB,
http://www.playvid.com/watch/mUnOnJsAMJl, http://www.playvid.com/watch/NDXrEDjvwAz, http://www.playvid.com/watch/0ow0yYz8ERg,
http://www.playvid.com/watch/ahiRJtVDXwu, http://www.playvid.com/watch/bPUJ1nUyM0s, http://www.playvid.com/watch/czF3NVndVIg,
http://www.playvid.com/watch/u_vLn5IyvlK, http://www.playvid.com/watch/fh1WNze_xUD, http://www.playvid.com/watch/tsjpvJy-DgL,
http://www.playvid.com/watch/phvi7yGz73p, http://www.playvid.com/watch/DGGW98118E6, http://www.playvid.com/watch/ygjlTvjZhrC,
http://www.playvid.com/watch/OQmrgSD3Hi3, http://www.playvid.com/watch/rdy9Y-NITZ7, http://www.playvid.com/watch/JoK3FYKLY3l,
http://www.playvid.com/watch/oLYbOonhoGR, http://www.playvid.com/watch/rbfJFvBrxTK, http://www.playvid.com/watch/jOgaGkXwvre,
http://www.playvid.com/watch/oQLD3eWAWCX, http://www.playvid.com/watch/AbysnfAYXJ6, http://www.playvid.com/watch/mfIKsSpjl1J,
http://www.playvid.com/watch/noP9Th-RwOl, http://www.playvid.com/watch/JzMDyT-sqSS, http://www.playvid.com/watch/0zwEF-MH9jo,
http://www.playvid.com/watch/7osCvWAVbUY, http://www.playvid.com/watch/jQRF-LXW56M, http://www.playvid.com/watch/dvQq_qtGfDl,
http://www.playvid.com/watch/KPSVSBzA7O5, http://www.playvid.com/watch/ftUEJCs27x5, http://www.playvid.com/watch/oGf4m4ikN45,
http://www.playvid.com/watch/apj1E4A3Dpf, http://www.playvid.com/watch/hfRV3Te-rTm, http://www.playvid.com/watch/dzUhQ-hdCqU,
http://www.playvid.com/watch/HT3dCQnuYYV, http://www.playvid.com/watch/DeqXGK_rNbg, http://www.playvid.com/watch/RvOK86YYGd3,
http://www.playvid.com/watch/9T2gcUl9Z5n, http://www.playvid.com/watch/UskazEX3sF8, http://www.playvid.com/watch/M8KRcKHlH4O,
http://www.playvid.com/watch/H-umj0Wid0G, http://www.playvid.com/watch/WzqnnES8A0J, http://www.playvid.com/watch/lkoAjiMrAv9,
http://www.playvid.com/watch/XSnU8xFXD1F, http://www.playvid.com/watch/D-3O07LMv3d, http://www.playvid.com/watch/9ijGO9h34D8,
http://www.playvid.com/watch/Ngbqfm0j1OK, http://www.playvid.com/watch/brBu2zbYz7u, http://www.playvid.com/watch/n0VuVmj2PZC,
http://www.playvid.com/watch/892Ab6DL6r0, http://www.playvid.com/watch/dRTBxFOLfLi, http://www.playvid.com/watch/8HalRBEAK1o,
http://www.playvid.com/watch/4bhb7yMECuh, http://www.playvid.com/watch/vC8WRo4FWCw, http://www.playvid.com/watch/KNLfwRCXcb4,
http://www.playvid.com/watch/sNaLqeokWVm, http://www.playvid.com/watch/xKHn04XGRrE, http://www.playvid.com/watch/3Bbm8p_2bMa,
http://www.playvid.com/watch/mfhrTrZgmyo, http://www.playvid.com/watch/qEv85zDZ2Ls, http://www.playvid.com/watch/6cqZvNvGRig,
http://www.playvid.com/watch/XASrXAN7kq3, http://www.playvid.com/watch/Gz03amN2KuD, http://www.playvid.com/watch/xBbsypaH7Rh,
http://www.playvid.com/watch/WN9WbCy3Fkn, http://www.playvid.com/watch/aGd4QCQuEP4, http://www.playvid.com/watch/tWXJIAbJnnt,
http://www.playvid.com/watch/F_NxE1J-6sv, http://www.playvid.com/watch/tvZddFIflG2, http://www.playvid.com/watch/4HK-1BOPBkO,
http://www.playvid.com/watch/Oo62ptnezLH, http://www.playvid.com/watch/LN0rb4haQ_C, http://www.playvid.com/watch/AG8VMQqgrai,
http://www.playvid.com/watch/e7m-QJvPtuC, http://www.playvid.com/watch/T5tr-immfjQ, http://www.playvid.com/watch/l_pewuGgVP7,
http://www.playvid.com/watch/9uBNGTdygFh, http://www.playvid.com/watch/SwmMF3mlIGJ, http://www.playvid.com/watch/806UjE-J60s,
http://www.playvid.com/watch/yTVkDZQYBem, http://www.playvid.com/watch/rgEPf3ZyneU, http://www.playvid.com/watch/ojmVS4E4nGX,
http://www.playvid.com/watch/Y-1Ou6CH-X0, http://www.playvid.com/watch/hiOUKmKVWZO, http://www.playvid.com/watch/brJAxz4OXEn,
http://www.playvid.com/watch/MWR5IlIW4uh, http://www.playvid.com/watch/WzZg0hLj5h6, http://www.playvid.com/watch/RDuknXz0A3k,
http://www.playvid.com/watch/BxkqWon3ZU6, http://www.playvid.com/watch/7DNtCg7DrVw, http://www.playvid.com/watch/gJ2sfYBa7mH,
http://www.playvid.com/watch/ln7VRI1UfeB, http://www.playvid.com/watch/AZ9zIqeWYmP, http://www.playvid.com/watch/qd9CwmzyxKZ,
http://www.playvid.com/watch/wJFA9KBDVvg, http://www.playvid.com/watch/nRnpp3-mvIA, http://www.playvid.com/watch/W1Riuaqy6z3,
http://www.playvid.com/watch/KCf4QHo-GHC, http://www.playvid.com/watch/nOAUJwMvgj7, http://www.playvid.com/watch/Zq1NxCTpuip,
http://www.playvid.com/watch/z1Xm4eteKD3, http://www.playvid.com/watch/p2VALLOX67M, http://www.playvid.com/watch/TynS-6IzH7u,

http://www.playvid.com/watch/P6AZRzX8v7H, http://www.playvid.com/watch/N4mR8_y-kkH, http://www.playvid.com/watch/RomRtB5EdFt,
http://www.playvid.com/watch/LE13fsCdWBa, http://www.playvid.com/watch/5Kz62oyBXzI, http://www.playvid.com/watch/q0mfM3yOMb8,
http://www.playvid.com/watch/vIC9hM7dhVD, http://www.playvid.com/watch/OOY1Ig4T8Y8, http://www.playvid.com/watch/vlW87qjImXq,
http://www.playvid.com/watch/SqMeQ96GfWU, http://www.playvid.com/watch/kIFezhXSl8I, http://www.playvid.com/watch/8dTFFriE1Es,
http://www.playvid.com/watch/chBqnbjsfcB, http://www.playvid.com/watch/brwzk7bGioU, http://www.playvid.com/watch/u7GCMgMAJ0s,
http://www.playvid.com/watch/KJEvnRnADHm, http://www.playvid.com/watch/EGWoE1bc0ce, http://www.playvid.com/watch/hej5AphLgXj,
http://www.playvid.com/watch/aUMBNEVm7t0, http://www.playvid.com/watch/2kpLlMSjfnL, http://www.playvid.com/watch/YjwiKKJfr_B,
http://www.playvid.com/watch/Cw_bB5Qe3qB, http://www.playvid.com/watch/gsIAa4M6vbO, http://www.playvid.com/watch/In6HbXPOzLN,
http://www.playvid.com/watch/0KRmnvIDj3u, http://www.playvid.com/watch/e08b0N0yBs3, http://www.playvid.com/watch/lvkbuPX0s7D,
http://www.playvid.com/watch/oZlSeIE8caC, http://www.playvid.com/watch/dXWU1yycvTB, http://www.playvid.com/watch/YNW5GfDgt6e,
http://www.playvid.com/watch/nv5hvyxcPP5, http://www.playvid.com/watch/sJfSh9Xss_b, http://www.playvid.com/watch/jrPg42P_4ug,
http://www.playvid.com/watch/Arh4LxjBLh7, http://www.playvid.com/watch/qxQygdK0XQq, http://www.playvid.com/watch/KNmhCU7SV0x,
http://www.playvid.com/watch/hU3qbUWR-SV, http://www.playvid.com/watch/ENa34l2BemC, http://www.playvid.com/watch/S7vjKDEUjhF,
http://www.playvid.com/watch/WT6ro-AvvOV, http://www.playvid.com/watch/BLqehU1fjSY, http://www.playvid.com/watch/WaQgk3bGU2E,
http://www.playvid.com/watch/s-PfE7hwQrf, http://www.playvid.com/watch/nNcQT5ufAFe, http://www.playvid.com/watch/EuGWYNEg2GV,
http://www.playvid.com/watch/ZEEi5DoCCRe, http://www.playvid.com/watch/nQydqZrOIbo, http://www.playvid.com/watch/WGNPMsmp-eM,
http://www.playvid.com/watch/vNPm7CeGfjX, http://www.playvid.com/watch/ZfiRxIt7EEC, http://www.playvid.com/watch/znWv9LwwHBH,
http://www.playvid.com/watch/HlSoDNqRQRn, http://www.playvid.com/watch/LRpsPRoJL7j, http://www.playvid.com/watch/syX5ibeAPcW,
http://www.playvid.com/watch/i38KJ72tm-y, http://www.playvid.com/watch/egzR6NTNIA4, http://www.playvid.com/watch/zE3bbW_S4oZ,
http://www.playvid.com/watch/47n-cf5D98z, http://www.playvid.com/watch/IBBykNlfSLM, http://www.playvid.com/watch/Gns2l0-gz0r,
http://www.playvid.com/watch/c7xFez3BW4t, http://www.playvid.com/watch/9mi-25FTfAm, http://www.playvid.com/watch/P85KMHcae6c,
http://www.playvid.com/watch/R35tr3XEYLd, http://www.playvid.com/watch/7KaTQbo-qFv, http://www.playvid.com/watch/arzG12LRlQX,
http://www.playvid.com/watch/lzxajO2gD_h, http://www.playvid.com/watch/LIDt5jtGqgP, http://www.playvid.com/watch/JpoDsyw7SOg,
http://www.playvid.com/watch/F5njmbjggM3, http://www.playvid.com/watch/dFhKrNrdtRn, http://www.playvid.com/watch/NVVrz1B3bJ2,
http://www.playvid.com/watch/RQn_f32v4lh, http://www.playvid.com/watch/r7tkQZr8AMY, http://www.playvid.com/watch/P5iL6weNM1Q,
http://www.playvid.com/watch/VKMBLhlTH17, http://www.playvid.com/watch/2y7OXJvq0TA, http://www.playvid.com/watch/Xiq3Uxe3T4M,
http://www.playvid.com/watch/mkDLPc6jh9z, http://www.playvid.com/watch/HNTXQ_beRsl, http://www.playvid.com/watch/qw3LN80ONyK,
http://www.playvid.com/watch/Jo3tKYKk0_l, http://www.playvid.com/watch/ciQQfn4fQBs, http://www.playvid.com/watch/EAT_2JOsV9f,
http://www.playvid.com/watch/4QGA4Lmk7P4, http://www.playvid.com/watch/lhgDZUGU7j4, http://www.playvid.com/watch/uxPLaZW4zjE,
http://www.playvid.com/watch/0XoHmvP1qc5, http://www.playvid.com/watch/4Yz82E3YNH6, http://www.playvid.com/watch/EcvfUSC8UCT,
http://www.playvid.com/watch/nvrgchHb93C, http://www.playvid.com/watch/AKjDehw0dtI, http://www.playvid.com/watch/XaCcmX3P23Y,
http://www.playvid.com/watch/iur9jbIWR-8, http://www.playvid.com/watch/ZNC37pSv2W4, http://www.playvid.com/watch/5gAM_0Urxvq,
http://www.playvid.com/watch/jZAf3noz_A3, http://www.playvid.com/watch/0yhBe5F3PPp, http://www.playvid.com/watch/9zA7tzQcGQg,
http://www.playvid.com/watch/kgDh4-gyUYQ, http://www.playvid.com/watch/PMxqnZSRba7, http://www.playvid.com/watch/PBwq-Db5CmQ,
http://www.playvid.com/watch/ZR7G0kSDLMv, http://www.playvid.com/watch/QmhHom-uxGg, http://www.playvid.com/watch/nC3FtIqpyAa,
http://www.playvid.com/watch/A3aHkINfaCK, http://www.playvid.com/watch/trjvfIANUsL, http://www.playvid.com/watch/GtjMJA2V34u,
http://www.playvid.com/watch/W57Sk_47gmw, http://www.playvid.com/watch/81oLxFwRLon, http://www.playvid.com/watch/JdebjUMpGaW,
http://www.playvid.com/watch/beu3SmFGaFy, http://www.playvid.com/watch/FNW7w50smSG, http://www.playvid.com/watch/nQosg3LDUeU,
http://www.playvid.com/watch/AbjeZeDLMA5, http://www.playvid.com/watch/vzbbIcMESPV, http://www.playvid.com/watch/yr2P2sgKK3u,
http://www.playvid.com/watch/y-xHEoLNrFk, http://www.playvid.com/watch/x85E81ISqY8, http://www.playvid.com/watch/jSBdXJPVSVA,
http://www.playvid.com/watch/iuhh52Kfgoa, http://www.playvid.com/watch/oMXzMoJk0_u, http://www.playvid.com/watch/TqH8LUDPh90,
http://www.playvid.com/watch/Yvdk8AfLsF7, http://www.playvid.com/watch/Up4W2G-2WyZ, http://www.playvid.com/watch/O5Qgr2e2nSQ,
http://www.playvid.com/watch/wGI1WZiz_vg, http://www.playvid.com/watch/oIpKTV21kYs, http://www.playvid.com/watch/yDMifPVzbWP,
http://www.playvid.com/watch/AZWM2vi0czL, http://www.playvid.com/watch/jR-RpUcfbt9, http://www.playvid.com/watch/jFtCd7bOuGt,
http://www.playvid.com/watch/J78B8ZzHzRV, http://www.playvid.com/watch/cZi42k0KGhR, http://www.playvid.com/watch/DlKv9NM7Wvn,
http://www.playvid.com/watch/A3WaCzzxBbB, http://www.playvid.com/watch/XaZ11PZNBpL, http://www.playvid.com/watch/Kh078i14x8m,
http://www.playvid.com/watch/Kqphq_Vcf0x, http://www.playvid.com/watch/JFbwhZh7u_g, http://www.playvid.com/watch/t_JeB9pwGka,
http://www.playvid.com/watch/wLCupqDZR24, http://www.playvid.com/watch/3_z4zKMaAu5, http://www.playvid.com/watch/8Im6ai-km2N,
http://www.playvid.com/watch/GaPnHFoMkri, http://www.playvid.com/watch/WvW60BApVoQ, http://www.playvid.com/watch/j82ObVxqPOT,
http://www.playvid.com/watch/zeuf7b2byr3, http://www.playvid.com/watch/9FAsUFfKJzB, http://www.playvid.com/watch/Hkj-DOUCzMr,
http://www.playvid.com/watch/4gyqUrc62YC, http://www.playvid.com/watch/q2M9MYFRZYn, http://www.playvid.com/watch/D49vcbaP8Zl,
http://www.playvid.com/watch/yMtaTI7e6bX, http://www.playvid.com/watch/7eAM5l9gggJ, http://www.playvid.com/watch/MypI9XcvGFT,
http://www.playvid.com/watch/B8-JiKqmjYZ, http://www.playvid.com/watch/cm9PekM0b6f, http://www.playvid.com/watch/KlSOxWxKbN8,
http://www.playvid.com/watch/lFIcpAmDNnm, http://www.playvid.com/watch/E-wAItJfjXH, http://www.playvid.com/watch/RsYZNxLoXqM,
http://www.playvid.com/watch/HPhIxumDZ16, http://www.playvid.com/watch/AT6LkPjLhbw, http://www.playvid.com/watch/3PevhbMqEbb,
http://www.playvid.com/watch/2ZbkKxIZX-3, http://www.playvid.com/watch/kGkBEaPF_0Y, http://www.playvid.com/watch/rx7iGSg0Lmv,
http://www.playvid.com/watch/aM5tF0Kiq1h, http://www.playvid.com/watch/8ZrB8-bC8JU, http://www.playvid.com/watch/ieRoVOxTqUk,
http://www.playvid.com/watch/PBvZvLC8HLq, http://www.playvid.com/watch/KpI4C_hUG2Y, http://www.playvid.com/watch/lv61H-QGGdd,
http://www.playvid.com/watch/9UM3l9IaNAT, http://www.playvid.com/watch/AGmpC7GxGC9, http://www.playvid.com/watch/OCLb18yPuQb,
http://www.playvid.com/watch/CrcrBNfMMDn, http://www.playvid.com/watch/P4sbMCNjfA9, http://www.playvid.com/watch/avFfqCKOaCD,
http://www.playvid.com/watch/NserPEXpIi0, http://www.playvid.com/watch/mceV2enVwUt, http://www.playvid.com/watch/qeBs64TN3rI,
http://www.playvid.com/watch/FF-xuIBJ1yg, http://www.playvid.com/watch/QC4JJAf2ryu, http://www.playvid.com/watch/vLhQP-4wdwC,
http://www.playvid.com/watch/efflp9recAn, http://www.playvid.com/watch/i6I23RbGvc2, http://www.playvid.com/watch/IIEB2XkUOBG,
http://www.playvid.com/watch/OPeK8io17LR, http://www.playvid.com/watch/NbebhHqUZwT, http://www.playvid.com/watch/QCsMd72I7bE,
http://www.playvid.com/watch/Uyrqq1huj1y, http://www.playvid.com/watch/gf7Go2yjyum, http://www.playvid.com/watch/q8vNINE5yjg,
http://www.playvid.com/watch/jManebZgdj5, http://www.playvid.com/watch/zGA52yH8-kj, http://www.playvid.com/watch/EwAychi88EX,
http://www.playvid.com/watch/T0Qvthl0Gzk, http://www.playvid.com/watch/n_XlzP-lOiR, http://www.playvid.com/watch/XWfZI_Q48km,
http://www.playvid.com/watch/XCLW7VJ4a_I, http://www.playvid.com/watch/zNe5eIhUZ-8, http://www.playvid.com/watch/RO2IX2QUddr,
http://www.playvid.com/watch/TaVzXAdcO1B, http://www.playvid.com/watch/ItTMwbeSAPl, http://www.playvid.com/watch/UyCs7roeler,
http://www.playvid.com/watch/QHzjnZ6yNOb, http://www.playvid.com/watch/57TPnb5SWbL, http://www.playvid.com/watch/cuGamwG59Iw,
http://www.playvid.com/watch/48oQBZv2Ccd, http://www.playvid.com/watch/dW7_sDsqa0d, http://www.playvid.com/watch/Z9B6PL4aTnx,
http://www.playvid.com/watch/Ws168uKuLh4, http://www.playvid.com/watch/QFLj2LyEbKX, http://www.playvid.com/watch/3BK3nCceZhX,
http://www.playvid.com/watch/apKNcpkgOq0, http://www.playvid.com/watch/8rg8CgTwOqy, http://www.playvid.com/watch/7FVu1KC4X3E,
http://www.playvid.com/watch/rQ5HiCOxzIE, http://www.playvid.com/watch/kbi9aUnqA2V, http://www.playvid.com/watch/r-GnlgTmiC3,
http://www.playvid.com/watch/D1yYzK8k7Tr, http://www.playvid.com/watch/ULKgZmIa5Yi, http://www.playvid.com/watch/sQlIZ5LSwvH,
http://www.playvid.com/watch/U7iR5HVrb2a, http://www.playvid.com/watch/93GL8FVfbvx, http://www.playvid.com/watch/xd_OHV8EBsV,
http://www.playvid.com/watch/MtdMEF_92Ri, http://www.playvid.com/watch/c7KRFu-Gmdt, http://www.playvid.com/watch/MqjTEh4lnsW,
http://www.playvid.com/watch/pBGoS6EuTOC, http://www.playvid.com/watch/w3yP4ex-qHD, http://www.playvid.com/watch/oMEDpdxTVFX,
http://www.playvid.com/watch/qU1Qz1BwKB3, http://www.playvid.com/watch/8M0S9MuTnga, http://www.playvid.com/watch/zO0Qem2FQ2Z,
http://www.playvid.com/watch/5xb0cNKaVo3, http://www.playvid.com/watch/3VPgSPWWSAE, http://www.playvid.com/watch/48AAxI9tzwk,
http://www.playvid.com/watch/a0FPT2TIxCT, http://www.playvid.com/watch/bWcdnP8io37, http://www.playvid.com/watch/4hozS3sAJhb,
http://www.playvid.com/watch/qo-xb7ei3MP, http://www.playvid.com/watch/7DxMutouhK8, http://www.playvid.com/watch/mrxYwhTKnaB,
http://www.playvid.com/watch/gQAOd1tED2P, http://www.playvid.com/watch/xrj3k2_tcGb, http://www.playvid.com/watch/lpAVcqIFi1p,
http://www.playvid.com/watch/JEu-I0c9w5g, http://www.playvid.com/watch/ip52pg0bTNd, http://www.playvid.com/watch/xiQjFjR5gsJ,
http://www.playvid.com/watch/R88xbEI00la, http://www.playvid.com/watch/QrrLQnSwOEK, http://www.playvid.com/watch/fWSE58jQFpk,
http://www.playvid.com/watch/RtQ_NBJ_RBd, http://www.playvid.com/watch/X247oddTITo, http://www.playvid.com/watch/V9btK9IuRdK,
http://www.playvid.com/watch/UPFKu1VfjQA, http://www.playvid.com/watch/hKBM4Z1ZkFa, http://www.playvid.com/watch/PdG2H94wA23,
http://www.playvid.com/watch/UPG6uFKQpKP, http://www.playvid.com/watch/WBuk0Ta1L9a, http://www.playvid.com/watch/G2ehX8CbZuS,
http://www.playvid.com/watch/F2ceYbz15TH, http://www.playvid.com/watch/B0lMk1nfE_Q, http://www.playvid.com/watch/3ttuVbX5oBW,
http://www.playvid.com/watch/gKOOP35zHgp, http://www.playvid.com/watch/McZYkkKVq7B, http://www.playvid.com/watch/GivybXS92Go,
http://www.playvid.com/watch/DN73_2Cuye4, http://www.playvid.com/watch/e3Kw4umVlum, http://www.playvid.com/watch/JijPqcTBEyM,
http://www.playvid.com/watch/OKkn2-ZpjAh, http://www.playvid.com/watch/VPls30KfAK3, http://www.playvid.com/watch/kmRT_l-aaZg,
http://www.playvid.com/watch/9dqO0ijCYXV, http://www.playvid.com/watch/wAf-OpWNB_K, http://www.playvid.com/watch/jTcSouQB-Ua,
http://www.playvid.com/watch/NFqmVC65WRD, http://www.playvid.com/watch/eqZFefg5g4g, http://www.playvid.com/watch/miG4Kqye-oB,
http://www.playvid.com/watch/0c_b_CFhMXN, http://www.playvid.com/watch/dB1IKqUN162, http://www.playvid.com/watch/6YWWfiotRYT,
http://www.playvid.com/watch/KK3QlhTkxbY, http://www.playvid.com/watch/ilpKNP9C3ki, http://www.playvid.com/watch/qbvyJxiHrhv,

http://www.playvid.com/watch/mPnffX-kgPN, http://www.playvid.com/watch/P2TMSYWOsqQ, http://www.playvid.com/watch/6puikmu85mi, http://www.playvid.com/watch/eSOIiI3WMmI, http://www.playvid.com/watch/oYu8bCOqaDf, http://www.playvid.com/watch/JoGidauzKgz, http://www.playvid.com/watch/ssdvo87KJXs, http://www.playvid.com/watch/ZYXEpON-WXS, http://www.playvid.com/watch/xWkNBH_cl_D, http://www.playvid.com/watch/SwvIuMiCcW9, http://www.playvid.com/watch/wd3EOppfjYu, http://www.playvid.com/watch/zdNLKHm97ro, http://www.playvid.com/watch/00YF6s4mpwE, http://www.playvid.com/watch/JbcKvuTRUBY, http://www.playvid.com/watch/njESNDyIETX, http://www.playvid.com/watch/lWTTo-xFM02, http://www.playvid.com/watch/mCAsT8IUkVR, http://www.playvid.com/watch/bQB9RMbQJVw, http://www.playvid.com/watch/4gBkIU8fFB9, http://www.playvid.com/watch/LdzQTotiZsl, http://www.playvid.com/watch/gTquIDgZMqp, http://www.playvid.com/watch/Asu9qIQpf2V, http://www.playvid.com/watch/Umc4oI6HpbG, http://www.playvid.com/watch/fgvxrwZJZL0, http://www.playvid.com/watch/7QFX2A_Yft8, http://www.playvid.com/watch/QC1dF-BPUOc, http://www.playvid.com/watch/3oNL9Fk63vT, http://www.playvid.com/watch/yeRORFu2mOs, http://www.playvid.com/watch/cJABHJjbnp4, http://www.playvid.com/watch/dff3hI6pBHh, http://www.playvid.com/watch/nCWLcuLuz3K, http://www.playvid.com/watch/qhjG_BNAGgo, http://www.playvid.com/watch/dQZWv5BF1qk, http://www.playvid.com/watch/B2m5Zx5QjFf, http://www.playvid.com/watch/qX829ybEVzk, http://www.playvid.com/watch/lFYjKqidQDi, http://www.playvid.com/watch/PfRANP-cWzH, http://www.playvid.com/watch/IBvGFBUGREI, http://www.playvid.com/watch/t9iu5cPiMc8, http://www.playvid.com/watch/HgrZT573BRq, http://www.playvid.com/watch/p45XXJY92J8, http://www.playvid.com/watch/ItBlTxxDuER, http://www.playvid.com/watch/CpU8mkYxezQ, http://www.playvid.com/watch/WRoZfX-9-m4, http://www.playvid.com/watch/KjIKsaVlRDZ, http://www.playvid.com/watch/eDptNS4mChI, http://www.playvid.com/watch/oqX2NHEoV2L, http://www.playvid.com/watch/IxBa7pDYI1C, http://www.playvid.com/watch/UWLBDYndOzB, http://www.playvid.com/watch/Z_syNWOaH2P, http://www.playvid.com/watch/Hw8ew39o2xX, http://www.playvid.com/watch/2jrZ_l3g7ZO, http://www.playvid.com/watch/iD7hU4qEJrv, http://www.playvid.com/watch/qsg2-8dkxcm, http://www.playvid.com/watch/WxpztGNQKhW, http://www.playvid.com/watch/z2dOP69HcZT, http://www.playvid.com/watch/chwqspUT7cU, http://www.playvid.com/watch/ys9lgF_G2au, http://www.playvid.com/watch/k3-qAPXJhxS, http://www.playvid.com/watch/oKiFppASJxt, http://www.playvid.com/watch/QdHngbs0QDP, http://www.playvid.com/watch/wigdBe6dHr6, http://www.playvid.com/watch/B499-W2Eus9, http://www.playvid.com/watch/nL4_v5pFWx7, http://www.playvid.com/watch/JeHR09Qv00R, http://www.playvid.com/watch/uwMUQo-lyFC, http://www.playvid.com/watch/K-DUIKaEZxD, http://www.playvid.com/watch/4wfgE1PP92b, http://www.playvid.com/watch/IuDdLYuCbhD, http://www.playvid.com/watch/5wQndC6aFOD, http://www.playvid.com/watch/aZzoU4NgiBL, http://www.playvid.com/watch/mfd8iDsDPKH, http://www.playvid.com/watch/iVF_BcfrsRT, http://www.playvid.com/watch/Nl35ZWFkzfM, http://www.playvid.com/watch/ttaNsYZtUxW, http://www.playvid.com/watch/YXbKX0QK1rK, http://www.playvid.com/watch/Jrgr8oDAnOM, http://www.playvid.com/watch/ZsGZEZcgcgd, http://www.playvid.com/watch/OnZ0vyJvTJw, http://www.playvid.com/watch/iz7swJAOFO0, http://www.playvid.com/watch/yK8_yfsVXjV, http://www.playvid.com/watch/4R_mWTOD3fT, http://www.playvid.com/watch/jg7nOhtCZvO, http://www.playvid.com/watch/Gy12aOr3h1w, http://www.playvid.com/watch/kYh4DHg8RZA, http://www.playvid.com/watch/vZoAwNxXC_L, http://www.playvid.com/watch/Y2QQCr_qljd, http://www.playvid.com/watch/DOD-C_xI-s6, http://www.playvid.com/watch/P9-DgsYSyQG, http://www.playvid.com/watch/6qvQ6sXCbNo, http://www.playvid.com/watch/RUOxpEa_yU4, http://www.playvid.com/watch/bUDzOVzEDuz, http://www.playvid.com/watch/F1xoOSDZ-cY, http://www.playvid.com/watch/y3m2YYgR-Nu, http://www.playvid.com/watch/xtyYkd9khk9, http://www.playvid.com/watch/314k9vYdMto, http://www.playvid.com/watch/Ha71lS1hjXu, http://www.playvid.com/watch/oWdnYofYh-s, http://www.playvid.com/watch/czBbvwL24fj, http://www.playvid.com/watch/nM8ERPTYCY6, http://www.playvid.com/watch/Po-ltPxsWgF, http://www.playvid.com/watch/R0ySXY67-dR, http://www.playvid.com/watch/aONox1mOLa5, http://www.playvid.com/watch/Sb9foAdz_GG, http://www.playvid.com/watch/fuBlCpXYyso, http://www.playvid.com/watch/0B0o6MylqsB, http://www.playvid.com/watch/GmMDrhpYScm, http://www.playvid.com/watch/O0ACKpv7FmE, http://www.playvid.com/watch/t82pjfpI6-Q, http://www.playvid.com/watch/dRdV-lVm_xR, http://www.playvid.com/watch/HOS_6V90Q1U, http://www.playvid.com/watch/k-RB9ifukAA, http://www.playvid.com/watch/FbmprXUWm2r, http://www.playvid.com/watch/gg-9BxVUVWV, http://www.playvid.com/watch/y9jK2VKdAvV, http://www.playvid.com/watch/uwcvRXgNxS7, http://www.playvid.com/watch/Sce3r0bqJ53, http://www.playvid.com/watch/uJ2LJCFhY_X, http://www.playvid.com/watch/Xy_9PaJX4U3, http://www.playvid.com/watch/bZbgVFRdF2n, http://www.playvid.com/watch/AslVomaZiqy, http://www.playvid.com/watch/ghLrAvlQJYu, http://www.playvid.com/watch/qsTCApDw6r3, http://www.playvid.com/watch/awR4oO2TF0W, http://www.playvid.com/watch/3Swyc-kUDb3, http://www.playvid.com/watch/wFBoqeY-BZf, http://www.playvid.com/watch/ySNFHy1fhtZ, http://www.playvid.com/watch/n_sczrSyNIY, http://www.playvid.com/watch/QZKBUqEU_Sm, http://www.playvid.com/watch/hdJeqqGenlI, http://www.playvid.com/watch/yvivXLghS9r, http://www.playvid.com/watch/tTvI_DsLL-v, http://www.playvid.com/watch/UEdb5v40G3P, http://www.playvid.com/watch/6nU-c9rwVVM, http://www.playvid.com/watch/SWPvp5HCGlF, http://www.playvid.com/watch/5ArQ2Pip7LA, http://www.playvid.com/watch/r6ksaV32jLr, http://www.playvid.com/watch/WSCTI4Qxj-D, http://www.playvid.com/watch/8Q7Inz6BOFy, http://www.playvid.com/watch/Lb39Fho5SG5, http://www.playvid.com/watch/pC4P0Qhgkjf, http://www.playvid.com/watch/0C0Xn0Qm0Jb, http://www.playvid.com/watch/ugTPnjTPiX6, http://www.playvid.com/watch/CSoXkiHlJEg, http://www.playvid.com/watch/gwzDBtQFsBh, http://www.playvid.com/watch/KPOdopFKbzm, http://www.playvid.com/watch/CjQS2TOGPSS, http://www.playvid.com/watch/6BXFnh5Y6vP, http://www.playvid.com/watch/TWUMjNyHgfX, http://www.playvid.com/watch/I7k4ZsCkqoN, http://www.playvid.com/watch/LUylvwZPPHV, http://www.playvid.com/watch/uJaY5XfPdhS, http://www.playvid.com/watch/6EUojvStOzW, http://www.playvid.com/watch/BhdWjoS3STF, http://www.playvid.com/watch/gi-tQk_Pzk2, http://www.playvid.com/watch/3eRliUQGrzO, http://www.playvid.com/watch/ZdrwSfqBWRj, http://www.playvid.com/watch/zPEIGCPUP_w, http://www.playvid.com/watch/mWuOUEppSHY, http://www.playvid.com/watch/Qgn_xAvC0Sq, http://www.playvid.com/watch/lBM_af0uB6a, http://www.playvid.com/watch/IEfm8C3N2NM, http://www.playvid.com/watch/3BfswhoMEm6, http://www.playvid.com/watch/ctxvWeALJOy, http://www.playvid.com/watch/VFZbq1Yqhr4, http://www.playvid.com/watch/dpnpj0-k47i, http://www.playvid.com/watch/URTCE54GMs0, http://www.playvid.com/watch/qAGwwm1TFPl, http://www.playvid.com/watch/FySnVayD9v0, http://www.playvid.com/watch/AcnQNT_6uFS, http://www.playvid.com/watch/iz2DDIrCu4Z, http://www.playvid.com/watch/PgYU4XX4VwP, http://www.playvid.com/watch/XxzYS04cSNt, http://www.playvid.com/watch/CgGXuxx96G6, http://www.playvid.com/watch/RbrT_4jnGpk, http://www.playvid.com/watch/ojcp184BAOn, http://www.playvid.com/watch/xLOXaGUsqEt, http://www.playvid.com/watch/hsN7OM1BWQc, http://www.playvid.com/watch/H1Q5uGD3w9U, http://www.playvid.com/watch/p561S_uHQ76, http://www.playvid.com/watch/p3hhkaa0TMa, http://www.playvid.com/watch/TlJtynS32Fb, http://www.playvid.com/watch/NXQlXSb4Qpa, http://www.playvid.com/watch/JNMkJXzCE56, http://www.playvid.com/watch/xOnR9PDjTga, http://www.playvid.com/watch/TM9QDh0DMZS, http://www.playvid.com/watch/egWiv62wq6u, http://www.playvid.com/watch/iuoUsppO_br, http://www.playvid.com/watch/xis8Y5xMzDz, http://www.playvid.com/watch/6Vi3TFktG2W, http://www.playvid.com/watch/utZWAy3Oab3, http://www.playvid.com/watch/wuekfy2yOrx, http://www.playvid.com/watch/SAFRbPF8tvV, http://www.playvid.com/watch/Ao1v2Gg1RpW, http://www.playvid.com/watch/kNC4d-3Gwiw, http://www.playvid.com/watch/sl85YvijkAW, http://www.playvid.com/watch/dTSBAyDqSFy, http://www.playvid.com/watch/30gUhzyHeRv, http://www.playvid.com/watch/YJwHTR40JMw, http://www.playvid.com/watch/bRWYw4LoIkX, http://www.playvid.com/watch/9HSGf-VEvIf, http://www.playvid.com/watch/eQ8NwwrPJQP, http://www.playvid.com/watch/48RXeiyvRvF, http://www.playvid.com/watch/zNwMcwm_KMJ, http://www.playvid.com/watch/raI_nNtdurC, http://www.playvid.com/watch/rWH1ITmVFdH, http://www.playvid.com/watch/xg5PQ2rS56m, http://www.playvid.com/watch/nKPByhKLfu2, http://www.playvid.com/watch/5jb5rpbahuQ, http://www.playvid.com/watch/45_AW2TiIfZ, http://www.playvid.com/watch/zIvbiEe48uT, http://www.playvid.com/watch/9xs9iBvgAw6, http://www.playvid.com/watch/0dX1lD-6XLl, http://www.playvid.com/watch/dyMVhphEM1Q, http://www.playvid.com/watch/aoiYQB3z67I, http://www.playvid.com/watch/COClnYcwUOL, http://www.playvid.com/watch/csFpKk3eywI, http://www.playvid.com/watch/MKMyhvGqpfb, http://www.playvid.com/watch/aQadboXeZqM, http://www.playvid.com/watch/ITQsmEjgSjb, http://www.playvid.com/watch/W7ZMbLxy4FV, http://www.playvid.com/watch/FPRlGOCB-j3, http://www.playvid.com/watch/sGox6vA4XR5, http://www.playvid.com/watch/eLT5sqJca7e, http://www.playvid.com/watch/UdbhzbnWttg, http://www.playvid.com/watch/pkzBSNWoL1J, http://www.playvid.com/watch/m_jxR_wJKrM, http://www.playvid.com/watch/uCE2DXKhHV9, http://www.playvid.com/watch/WSKBEtoPeYb, http://www.playvid.com/watch/wEVf7YeN-s9, http://www.playvid.com/watch/ctavg5rZRyb, http://www.playvid.com/watch/YX0aNW5IwXX, http://www.playvid.com/watch/xFzBtzwOtwe, http://www.playvid.com/watch/z7ma7KsgYJi, http://www.playvid.com/watch/ASRHbDhikSI, http://www.playvid.com/watch/W-NyVd2KB7Z, http://www.playvid.com/watch/N4DFtgtxH8f, http://www.playvid.com/watch/sGHzRG0VPLB, http://www.playvid.com/watch/R7JUySR2GPC, http://www.playvid.com/watch/sIkoB8jTHiB, http://www.playvid.com/watch/EF6IoQBTWFT, http://www.playvid.com/watch/MzJCtt934Yg, http://www.playvid.com/watch/WBhIPmKWGbA, http://www.playvid.com/watch/oOKXG0DPKyS, http://www.playvid.com/watch/yMBMJfo8Lp8, http://www.playvid.com/watch/wTusD6aK11e, http://www.playvid.com/watch/ZYGSD2Bqiwg, http://www.playvid.com/watch/f7E5-VXZuT5, http://www.playvid.com/watch/I4cqyEu5Zto, http://www.playvid.com/watch/wlgywhvueQE, http://www.playvid.com/watch/23EdXoI3bsf, http://www.playvid.com/watch/ylketf7vWgm, http://www.playvid.com/watch/T_lUoczvlYD, http://www.playvid.com/watch/gKw2kaU_NpL, http://www.playvid.com/watch/V9SdeboANRP, http://www.playvid.com/watch/vA0uw3-eDSq, http://www.playvid.com/watch/biQymdITwPA, http://www.playvid.com/watch/eRq85Zbrwgw

5.f. Date of third notice: 2015-07-01

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: silversoul1992

5.b. Uploader's email address: ravenous.12@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/silversoul1992

5.e. List of videos posted by uploader: http://www.playvid.com/watch/J21fXYPo-8x, http://www.playvid.com/watch/UPxshEsIDw3, http://www.playvid.com/watch/Ig3RkcOcEuu, http://www.playvid.com/watch/tl-O9Pw5zOH, http://www.playvid.com/watch/zKMi9XsaaSz, http://www.playvid.com/watch/t97HEiyjssp, http://www.playvid.com/watch/ikfk89llwEc, http://www.playvid.com/watch/GT_0PolsAyk, http://www.playvid.com/watch/hi8-5cnATY6, http://www.playvid.com/watch/3WpAPQlQM-x, http://www.playvid.com/watch/e4fo3ibv4_c,

http://www.playvid.com/watch/y59uQvcIwZ3, http://www.playvid.com/watch/qLTKSYdhYIJ, http://www.playvid.com/watch/ZQUI8EiuM2F,
http://www.playvid.com/watch/z01DHTKx8HQ, http://www.playvid.com/watch/WsbKKTCx9NE, http://www.playvid.com/watch/YOSCGB-Ddvi,
http://www.playvid.com/watch/opvmhNIe6ip, http://www.playvid.com/watch/OUEeKvbkM47, http://www.playvid.com/watch/ntvuPRiKL2e,
http://www.playvid.com/watch/WcDqxSBXOXQ, http://www.playvid.com/watch/Z7johAc9ajW, http://www.playvid.com/watch/UdtJti77EMQ,
http://www.playvid.com/watch/XKhLKsCl9N9, http://www.playvid.com/watch/it25OnxTJov, http://www.playvid.com/watch/AcMU1eFLzan,
http://www.playvid.com/watch/EHd2PiscZVW, http://www.playvid.com/watch/v4CgiYy13gU, http://www.playvid.com/watch/DATD7YjHuYX,
http://www.playvid.com/watch/HXglc_Zz1Ny, http://www.playvid.com/watch/q7KsJAeleVC, http://www.playvid.com/watch/0388cAeMNog,
http://www.playvid.com/watch/Op-mTvGXf4o, http://www.playvid.com/watch/X9EOqAecdYO, http://www.playvid.com/watch/8Eft6Yfae_m,
http://www.playvid.com/watch/atLmKgcghS5, http://www.playvid.com/watch/b2djeveYwYS, http://www.playvid.com/watch/P5ioOQswR8f,
http://www.playvid.com/watch/qO4aAxzg9BS, http://www.playvid.com/watch/3BqqADvKK-0, http://www.playvid.com/watch/w2NRqK4vlfu,
http://www.playvid.com/watch/BBmwjwlpdrz, http://www.playvid.com/watch/aBUumR_gMvb, http://www.playvid.com/watch/RvCGJfX1qpE,
http://www.playvid.com/watch/EOId_IpFLZP, http://www.playvid.com/watch/IyPoXxRkf1G, http://www.playvid.com/watch/H1ggo8ahE5V,
http://www.playvid.com/watch/UjhnT6_jZUI, http://www.playvid.com/watch/Ae-Z9s57kB5, http://www.playvid.com/watch/kovvge7EX5W,
http://www.playvid.com/watch/j6Bc_OAvchP, http://www.playvid.com/watch/YBOL9VLsd4I, http://www.playvid.com/watch/yUP1W-VUfFA,
http://www.playvid.com/watch/IUhosyhkIYV, http://www.playvid.com/watch/xUt-PE671gf, http://www.playvid.com/watch/BwNS-sgFcHm,
http://www.playvid.com/watch/OvgUHF-PTNB, http://www.playvid.com/watch/dxBMmdOD1in, http://www.playvid.com/watch/NS_EStwSR4h,
http://www.playvid.com/watch/LPaLZxsXMYF, http://www.playvid.com/watch/N44vRuy5jAe, http://www.playvid.com/watch/ARhFO4tHJfr,
http://www.playvid.com/watch/JX1CrhhE106, http://www.playvid.com/watch/nCARqecLBcN, http://www.playvid.com/watch/ULBo7lLINdN,
http://www.playvid.com/watch/pkb0UyJD8dl, http://www.playvid.com/watch/Z2W4F5zwqXV, http://www.playvid.com/watch/BURwcssEQlD,
http://www.playvid.com/watch/TRhdfHQz6DO, http://www.playvid.com/watch/fuSy9DYMyZu, http://www.playvid.com/watch/i2x7AT9hPhW,
http://www.playvid.com/watch/YOmiALfKyOm, http://www.playvid.com/watch/a-WdxpSA3G3, http://www.playvid.com/watch/F-s8QEIPPC2,
http://www.playvid.com/watch/QRH81n0YswT, http://www.playvid.com/watch/ayC_ANfgCrd, http://www.playvid.com/watch/DpA03Ylp9kL,
http://www.playvid.com/watch/m910aI3lsSP, http://www.playvid.com/watch/gQykmrGG3Uf, http://www.playvid.com/watch/WSJgjqc5uXL,
http://www.playvid.com/watch/wSuefrKyCkq, http://www.playvid.com/watch/vuyEJa_ku0z, http://www.playvid.com/watch/Tn4HLPKpZX4,
http://www.playvid.com/watch/jC0Vjrdq_Ss, http://www.playvid.com/watch/QQUcSrH8dsj, http://www.playvid.com/watch/07Vm6nXgYbE,
http://www.playvid.com/watch/LPj0i3Dr5cQ, http://www.playvid.com/watch/EoeII0UaOhG, http://www.playvid.com/watch/f1Gb7bl2OKw,
http://www.playvid.com/watch/UIjZkIcpPyL, http://www.playvid.com/watch/Yrie0L5hAsf, http://www.playvid.com/watch/TeHvYoQAomR,
http://www.playvid.com/watch/YxSSLmQJPsD, http://www.playvid.com/watch/7nrmf0Ox-7L, http://www.playvid.com/watch/m9g9WU3Pcc6,
http://www.playvid.com/watch/WCjMZxYmqPY, http://www.playvid.com/watch/QeOvqRPmYL6, http://www.playvid.com/watch/jLN4eS3MCfp,
http://www.playvid.com/watch/OCeKOn6STzZ, http://www.playvid.com/watch/w8A8zsqd-Bc, http://www.playvid.com/watch/pDaxQ_X00UG,
http://www.playvid.com/watch/OWg1dXHYyRm, http://www.playvid.com/watch/Hwom6Z-sepG, http://www.playvid.com/watch/ckEF_E4VMsP,
http://www.playvid.com/watch/B4nfnlPrYOj, http://www.playvid.com/watch/mnrN58s_Wk0, http://www.playvid.com/watch/0Kfpbr3NTTH,
http://www.playvid.com/watch/m3t_9192QsQ, http://www.playvid.com/watch/n2d5c7NRAMJ, http://www.playvid.com/watch/9hv6AUvOKWV,
http://www.playvid.com/watch/SjnyVYA5nee, http://www.playvid.com/watch/ViH1fzcftlB, http://www.playvid.com/watch/OeNSZ3_mtxP,
http://www.playvid.com/watch/K2VpkJ2RFdd, http://www.playvid.com/watch/Czw_nPuvsbB, http://www.playvid.com/watch/9epO5mfLM5d,
http://www.playvid.com/watch/ui8xcnNpFrZ, http://www.playvid.com/watch/YyuxuC-jBfS, http://www.playvid.com/watch/9NZ06dtYYmK,
http://www.playvid.com/watch/CiFs2QXq6MA, http://www.playvid.com/watch/YfSOJT4Zi1g, http://www.playvid.com/watch/GUiUpJHfqZf,
http://www.playvid.com/watch/o89S1BjNeXL, http://www.playvid.com/watch/HR0ymmfxAN8, http://www.playvid.com/watch/7eCHrmHk0J0,
http://www.playvid.com/watch/Vixp2blBhIA, http://www.playvid.com/watch/dofEEYST8z9, http://www.playvid.com/watch/Q4cM3Hz5xuT,
http://www.playvid.com/watch/DhwsqSpgJWt, http://www.playvid.com/watch/uif6l1gmuoA, http://www.playvid.com/watch/aGR1HRJQLL7,
http://www.playvid.com/watch/RoZbgocBwdn, http://www.playvid.com/watch/UkFnt4pjT6Y, http://www.playvid.com/watch/Q6p7Cr_baa8,
http://www.playvid.com/watch/8_RDHmYoD8C, http://www.playvid.com/watch/p7pL1Zhgvjh, http://www.playvid.com/watch/ilvbwpcT2OK,
http://www.playvid.com/watch/YP8PVXvcXyh, http://www.playvid.com/watch/g5D1ncJ_CAu, http://www.playvid.com/watch/bgYLZsdeIZq,
http://www.playvid.com/watch/Jdt1JWFHJe5, http://www.playvid.com/watch/LGfiRy2kPAS, http://www.playvid.com/watch/AM_eDotCUSA,
http://www.playvid.com/watch/TABXhnmKYSL, http://www.playvid.com/watch/Ml7qwK2piMt, http://www.playvid.com/watch/EZ4-5oT2xXw,
http://www.playvid.com/watch/wH8PH9EeVbF, http://www.playvid.com/watch/RX08Vn6OsON
5.f. Date of third notice: 2015-11-03 19:45:49
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: silversoul92
5.b. Uploader's email address: pabloh1992@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/silversoul92
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PtSrDD4Xo4w, http://www.playvid.com/watch/pCgU-sZ4Gcl,
http://www.playvid.com/watch/UZrm-LGG34c, http://www.playvid.com/watch/8zCp51R4MK6, http://www.playvid.com/watch/zpQxNt7Bn5P,
http://www.playvid.com/watch/epOLRALE6s1, http://www.playvid.com/watch/BXvnLU76qsj, http://www.playvid.com/watch/JXqOv8ifsJM,
http://www.playvid.com/watch/CVttHC3DRPr, http://www.playvid.com/watch/oqcjG00Y7Nv, http://www.playvid.com/watch/daMyK6gHjgx,
http://www.playvid.com/watch/a1WbUgI1F2d, http://www.playvid.com/watch/EGKzOCamFM8, http://www.playvid.com/watch/8rFJVRR125v,
http://www.playvid.com/watch/zuTLMH8Wl7R, http://www.playvid.com/watch/Bx8GwXOeqgZ, http://www.playvid.com/watch/ZWyUd3OEVMV,
http://www.playvid.com/watch/80hqSyupeqX, http://www.playvid.com/watch/z1QYLddMpZV, http://www.playvid.com/watch/GaUoAuC5D5n,
http://www.playvid.com/watch/37kK8Lrp7Oj, http://www.playvid.com/watch/LzJfEViSGNS, http://www.playvid.com/watch/VXbN3YhqFFh,
http://www.playvid.com/watch/3YZOS-l4IGX, http://www.playvid.com/watch/ARMBiTcw3HC, http://www.playvid.com/watch/9A4u2FWgEqu,
http://www.playvid.com/watch/tI9iGHsbCpV, http://www.playvid.com/watch/QDQosap1XTi, http://www.playvid.com/watch/PIX6AKkO_4n,
http://www.playvid.com/watch/mrANm8pett3, http://www.playvid.com/watch/jSTk4uTMJdE, http://www.playvid.com/watch/ga0f2568tOm,
http://www.playvid.com/watch/qeKtT-Bx2hW, http://www.playvid.com/watch/tQ_voGgujg3, http://www.playvid.com/watch/cLbNARrXQle,
http://www.playvid.com/watch/XgxDRoxGhmg, http://www.playvid.com/watch/eYKVB39Conp, http://www.playvid.com/watch/sHnehag1vwn,
http://www.playvid.com/watch/pV2Mt76YXwb, http://www.playvid.com/watch/3zFFaqXDaus, http://www.playvid.com/watch/Gdf0hvkhziR,
http://www.playvid.com/watch/scrfPmgeZkZ, http://www.playvid.com/watch/89bZQV38r0h, http://www.playvid.com/watch/YRRzd-sI_lM,
http://www.playvid.com/watch/IrOwNcl9Yxo, http://www.playvid.com/watch/tjpS6cQ93xd, http://www.playvid.com/watch/RGWQRayBdNP,
http://www.playvid.com/watch/zOEGiyOnzDk, http://www.playvid.com/watch/UiKsor8WvSc, http://www.playvid.com/watch/ITkyfyg9PSV,
http://www.playvid.com/watch/iQhPL-Z4Ogm, http://www.playvid.com/watch/PTO47lD2590, http://www.playvid.com/watch/XNZnVuFaoVn,
http://www.playvid.com/watch/J90MtlwfYVF, http://www.playvid.com/watch/NnWqgg9j4Me, http://www.playvid.com/watch/B0Za3vY2AOB,
http://www.playvid.com/watch/WmzXwkm-1CE, http://www.playvid.com/watch/mlht1czcgLp, http://www.playvid.com/watch/kdaSoaSTKL3,
http://www.playvid.com/watch/wGxighVDejI, http://www.playvid.com/watch/d2xIVEHlYlK, http://www.playvid.com/watch/DYL2t-AMexl,
http://www.playvid.com/watch/uxs84K41qiC, http://www.playvid.com/watch/6VLdPQ7qyzF, http://www.playvid.com/watch/9tDC_hQn0Co,
http://www.playvid.com/watch/LO9a5jIJSdO, http://www.playvid.com/watch/9_m4bZL1EAt, http://www.playvid.com/watch/atiEBS7F7KL,
http://www.playvid.com/watch/oIiRZGHimSQ, http://www.playvid.com/watch/5b1X_kXEKCj, http://www.playvid.com/watch/xSLNV-mLdyv,
http://www.playvid.com/watch/JsiJUCfvSF3, http://www.playvid.com/watch/Q0fAWbYtk5B, http://www.playvid.com/watch/ZHqKE-iMUGk,
http://www.playvid.com/watch/p8fmwwywYmx, http://www.playvid.com/watch/nmI9Nf5EDNg, http://www.playvid.com/watch/c1t0GYvgnzT,
http://www.playvid.com/watch/xiJiln_leM7, http://www.playvid.com/watch/jojB7Fu9UF5, http://www.playvid.com/watch/TQrLygcXOO6,
http://www.playvid.com/watch/3dHPjpn2jxN, http://www.playvid.com/watch/AYwsZRP9X5L, http://www.playvid.com/watch/6TB3jfI61CP,
http://www.playvid.com/watch/YdUXd4yHJTH, http://www.playvid.com/watch/NieJtIn1u-U, http://www.playvid.com/watch/SqnLAoUUW75,
http://www.playvid.com/watch/gEkSvDNPo-H, http://www.playvid.com/watch/5z1PnhMzoK5, http://www.playvid.com/watch/GdzSb9k6dz3,
http://www.playvid.com/watch/kIVFWxzGv_W, http://www.playvid.com/watch/cJO1lOVrtkT, http://www.playvid.com/watch/0YB8vmMCXKB,
http://www.playvid.com/watch/X8domsXdeyB, http://www.playvid.com/watch/QJuyoQfG_gY, http://www.playvid.com/watch/s7sFRMZfMBE,
http://www.playvid.com/watch/rT5-9Zju0aS, http://www.playvid.com/watch/KxlT7kQi2yw, http://www.playvid.com/watch/pMLFMUcBJtE,
http://www.playvid.com/watch/jTph9ns0mlH, http://www.playvid.com/watch/pzBF-oX81r9, http://www.playvid.com/watch/3GuIxJQfGKJ,
http://www.playvid.com/watch/xG2nW7GkUCr, http://www.playvid.com/watch/IXXEPyA5FuI, http://www.playvid.com/watch/KCPzF_N_yGX,
http://www.playvid.com/watch/4MVM8RQaDBw, http://www.playvid.com/watch/m3dmxf1aGGN, http://www.playvid.com/watch/7P_ixLTjpJQ,
http://www.playvid.com/watch/HUBQjCmlJb2, http://www.playvid.com/watch/q7NSXOMHQ_z, http://www.playvid.com/watch/DLTKwjuM1CU,
http://www.playvid.com/watch/T8C0rrzoMQb, http://www.playvid.com/watch/BolDpMnzinD, http://www.playvid.com/watch/PCv0l-DNsfL,
http://www.playvid.com/watch/rd45vuaEXUf, http://www.playvid.com/watch/EU-MIk-KjEt, http://www.playvid.com/watch/n2dPoBu9BqW,
http://www.playvid.com/watch/eNXRFEWtdAY, http://www.playvid.com/watch/CGpZ1D2EcEK, http://www.playvid.com/watch/OIEVG7QHWIg,
http://www.playvid.com/watch/UD130Zc1mHC, http://www.playvid.com/watch/FSj1FcDyJTc, http://www.playvid.com/watch/LzHSiNRbxPi,
http://www.playvid.com/watch/qU4p-c-yMxr, http://www.playvid.com/watch/PA4E7865mOg, http://www.playvid.com/watch/L2n-yyeYc-a,
http://www.playvid.com/watch/ALzvnU6hv8u, http://www.playvid.com/watch/XHsiBrP810r, http://www.playvid.com/watch/2yLP9lSY4ha,
http://www.playvid.com/watch/GJGHdn0KAY2, http://www.playvid.com/watch/g8yoxt-SsS4, http://www.playvid.com/watch/4D3LXviCNRB,

http://www.playvid.com/watch/c-QRp1nyvTZ, http://www.playvid.com/watch/T5VKdouhMaD, http://www.playvid.com/watch/bgkhZI3aZAe,
http://www.playvid.com/watch/P2HmBffdsPK, http://www.playvid.com/watch/r6D3qeLZvWC, http://www.playvid.com/watch/54uKW8m_92S,
http://www.playvid.com/watch/EUEYzkjvDv5, http://www.playvid.com/watch/o0kQLRl0Dtt, http://www.playvid.com/watch/KdOP964ZHHB,
http://www.playvid.com/watch/A3PxqmNFvDM, http://www.playvid.com/watch/RKDHxlxFZGh, http://www.playvid.com/watch/mI2RlepRJjl,
http://www.playvid.com/watch/jw1w2DnEGEB, http://www.playvid.com/watch/Bzn5JqIBIpj, http://www.playvid.com/watch/uMqkBhuaw_t,
http://www.playvid.com/watch/7Ur6g75LsNS, http://www.playvid.com/watch/EinMJay7zeG, http://www.playvid.com/watch/8axpAFAZAKj,
http://www.playvid.com/watch/W2ZiDdS4LDg, http://www.playvid.com/watch/XGcyrbTdjfM, http://www.playvid.com/watch/X0i5ipVQLWG,
http://www.playvid.com/watch/CtqBJ3T0D-V, http://www.playvid.com/watch/Xfm0586sGkG, http://www.playvid.com/watch/9t08s_gHG-f,
http://www.playvid.com/watch/eh7IUdn0aVf, http://www.playvid.com/watch/W5LmfztAuPH, http://www.playvid.com/watch/FD_uJpm18bd,
http://www.playvid.com/watch/Wj-osvy_bJ0, http://www.playvid.com/watch/g2XYnYBY8F6, http://www.playvid.com/watch/kDLmPEbylt9,
http://www.playvid.com/watch/gVaakofuoHM, http://www.playvid.com/watch/O1TjITEzFSt, http://www.playvid.com/watch/uXAUpOK-Yed,
http://www.playvid.com/watch/pOu3y1roqvC, http://www.playvid.com/watch/SIuuZ_5CGBd, http://www.playvid.com/watch/ckyfZl3kWq2,
http://www.playvid.com/watch/zEbP_ZOkmNR, http://www.playvid.com/watch/TCn9FMa_XnV, http://www.playvid.com/watch/KjuLxkdLFfm,
http://www.playvid.com/watch/PyVgLPpLEGh, http://www.playvid.com/watch/g1wngy9sim6, http://www.playvid.com/watch/dhiYAVIOPcW,
http://www.playvid.com/watch/I3A5HfGDHsL, http://www.playvid.com/watch/8HedO1RTvdZ, http://www.playvid.com/watch/jWZKoXV2KFA,
http://www.playvid.com/watch/IiKUwcnwwYd, http://www.playvid.com/watch/w0FWESaG3Ya, http://www.playvid.com/watch/t3SjiZ_blBg,
http://www.playvid.com/watch/rewg_TprvPf, http://www.playvid.com/watch/6iuS1g1Nahw, http://www.playvid.com/watch/ekeu5FY8alw,
http://www.playvid.com/watch/LTjMSNUDODX, http://www.playvid.com/watch/VshgF3puLAA, http://www.playvid.com/watch/j9dw5i9iCAE,
http://www.playvid.com/watch/p0r-7BUSnzj, http://www.playvid.com/watch/zyWQH4kM9Xs, http://www.playvid.com/watch/AnbPUboyT7C,
http://www.playvid.com/watch/PBJYU4WrnhG, http://www.playvid.com/watch/v3S_PrxcjE0, http://www.playvid.com/watch/dZsuzdveFnq,
http://www.playvid.com/watch/2XPGfd2WXRT, http://www.playvid.com/watch/Vysrxe6Psux, http://www.playvid.com/watch/dOnuyrF_7AD,
http://www.playvid.com/watch/mtd0yGl9W1B, http://www.playvid.com/watch/NQxE7s2k6Wg, http://www.playvid.com/watch/lyVnwb_CM3X,
http://www.playvid.com/watch/UIhnkEvuqjx, http://www.playvid.com/watch/AonGN2DSNcX, http://www.playvid.com/watch/r0qBPldqrop,
http://www.playvid.com/watch/MrIzwEfUYHq, http://www.playvid.com/watch/reIGAN1oIzC, http://www.playvid.com/watch/tT7BJ_-eD2I,
http://www.playvid.com/watch/ZLjRGF57sYN, http://www.playvid.com/watch/PQTA_cjZAWO, http://www.playvid.com/watch/pHw7_zAG5Hi,
http://www.playvid.com/watch/Tsa-VXcoqOa, http://www.playvid.com/watch/RPcsz6Rf0bH, http://www.playvid.com/watch/P4-gqzNvsGv,
http://www.playvid.com/watch/BZxEtTVOhwY, http://www.playvid.com/watch/Qt33Ws89bwI, http://www.playvid.com/watch/CQzHQJcabtA,
http://www.playvid.com/watch/0qRQGCVYzPu, http://www.playvid.com/watch/y9T9vYnHGSn, http://www.playvid.com/watch/YVgdoU8-a5c,
http://www.playvid.com/watch/MRMZESTiSCn, http://www.playvid.com/watch/a3I2HhkNOQX, http://www.playvid.com/watch/vKwx1ehZya2,
http://www.playvid.com/watch/9Im0B-_OmbX, http://www.playvid.com/watch/iErF9JmojYi, http://www.playvid.com/watch/Qi0AnOgKNB0,
http://www.playvid.com/watch/AmEIr8YTFak, http://www.playvid.com/watch/6RJaEZ_3E5u, http://www.playvid.com/watch/L5ghae8A7ms,
http://www.playvid.com/watch/9ZsKj3obxK8, http://www.playvid.com/watch/nNWKkfWzHEl, http://www.playvid.com/watch/LFyBB2BN69l,
http://www.playvid.com/watch/U1QhejmVYal, http://www.playvid.com/watch/HOHYKGQgvAi, http://www.playvid.com/watch/TRB7Vf8SR3q,
http://www.playvid.com/watch/DgOFZ2xmqsZ, http://www.playvid.com/watch/9L3pBSK6iIL, http://www.playvid.com/watch/W-rXI-9AehA,
http://www.playvid.com/watch/lIiKqks2uvu, http://www.playvid.com/watch/TgK9J4volvv, http://www.playvid.com/watch/fLttJt-5iEu,
http://www.playvid.com/watch/66yaC1WhHYA, http://www.playvid.com/watch/I9JNSZ2FQoI, http://www.playvid.com/watch/XyuNLpthWPq,
http://www.playvid.com/watch/zNshJXBrTDA, http://www.playvid.com/watch/zEc79_7mdyD, http://www.playvid.com/watch/JFGgwCAg1WI,
http://www.playvid.com/watch/5QuYIj468Ew, http://www.playvid.com/watch/OdSPEBkdoLU, http://www.playvid.com/watch/uYBYvukpprP,
http://www.playvid.com/watch/7W0OxflQjA7, http://www.playvid.com/watch/pghcpwcYeDS, http://www.playvid.com/watch/IBOoUECOmpk,
http://www.playvid.com/watch/uWebKxk8_RP, http://www.playvid.com/watch/s2_Rh8fSrz6, http://www.playvid.com/watch/ir1QIgYpD4j,
http://www.playvid.com/watch/oDQlIlO3vV9, http://www.playvid.com/watch/R_wruKZtuNS, http://www.playvid.com/watch/oQdOABc5V7M,
http://www.playvid.com/watch/eGxxHUlrFQs, http://www.playvid.com/watch/DwdhdxgRw9x, http://www.playvid.com/watch/WojtRTlo-nh,
http://www.playvid.com/watch/ICselTEq6Tz, http://www.playvid.com/watch/QUupIZyPiCu, http://www.playvid.com/watch/9M08qGIg89A,
http://www.playvid.com/watch/0Ho6roh_ge7, http://www.playvid.com/watch/Pvf9bLTNlfm, http://www.playvid.com/watch/U1JaExMRqBD,
http://www.playvid.com/watch/0u3d20ExUyU, http://www.playvid.com/watch/Mu9_oQ4ci4n, http://www.playvid.com/watch/ZDMx-mKpR8D,
http://www.playvid.com/watch/o3yVtoBpP3S, http://www.playvid.com/watch/LC_BIvwzcxg, http://www.playvid.com/watch/h6Nq1kNPfot,
http://www.playvid.com/watch/d_69gCInYMY, http://www.playvid.com/watch/xU-yvnD7PeN, http://www.playvid.com/watch/zneKqlU78Kf,
http://www.playvid.com/watch/v6ROyqhgvYt, http://www.playvid.com/watch/CGzk8SfJ_2O, http://www.playvid.com/watch/JrCQ_24skLs,
http://www.playvid.com/watch/7SLmA0lwGce, http://www.playvid.com/watch/r-sTPntIYwU, http://www.playvid.com/watch/vAiHTSM0-yS,
http://www.playvid.com/watch/jKNSx3XUXXE, http://www.playvid.com/watch/Wyp71N-PCbN, http://www.playvid.com/watch/MRwYg9F5ioz,
http://www.playvid.com/watch/MrLLze1BScV, http://www.playvid.com/watch/O9c4FUNBHtO, http://www.playvid.com/watch/IOB1wPwXkzZ,
http://www.playvid.com/watch/U3D_cxfdUZM, http://www.playvid.com/watch/yFfhvMfFZ2u, http://www.playvid.com/watch/8PCpiU_Iy0I,
http://www.playvid.com/watch/OpqEoy4tfty, http://www.playvid.com/watch/bd-dwg3uuwT, http://www.playvid.com/watch/l4zfeAIazUd,
http://www.playvid.com/watch/2UjpxMSzM8e, http://www.playvid.com/watch/lFyrfBiLfBw, http://www.playvid.com/watch/vgci2uU4acX,
http://www.playvid.com/watch/sn1JVaGzHk0, http://www.playvid.com/watch/9TZ4pZFuEUE, http://www.playvid.com/watch/hYh2jZMgVBy,
http://www.playvid.com/watch/r9Yq85zAgta, http://www.playvid.com/watch/POxfVQGZuBp, http://www.playvid.com/watch/x3Sx-g088xb,
http://www.playvid.com/watch/lSAyeyBbqyl, http://www.playvid.com/watch/KiuKO2auvxY, http://www.playvid.com/watch/vPSHPwfJMVu,
http://www.playvid.com/watch/cPMaqaszxRP, http://www.playvid.com/watch/K9WGbUy3pWK, http://www.playvid.com/watch/V_CJb92fNxw,
http://www.playvid.com/watch/jh2Gvyx8nmm, http://www.playvid.com/watch/jTBh2UdIr1o, http://www.playvid.com/watch/ex92-5hX4tf,
http://www.playvid.com/watch/l7_gOGGyiwh, http://www.playvid.com/watch/tQ3N5eBMFyK, http://www.playvid.com/watch/kGV9iUpLczS,
http://www.playvid.com/watch/QaXC3QGtybz, http://www.playvid.com/watch/m4cd26zt4bp, http://www.playvid.com/watch/3wZjBuPUnII,
http://www.playvid.com/watch/aicKNsFxKTI, http://www.playvid.com/watch/2i_fSdyEXtB, http://www.playvid.com/watch/O4jf1zkkvAk,
http://www.playvid.com/watch/L5I5PZMZjhB, http://www.playvid.com/watch/NC_Dl3-MXzv, http://www.playvid.com/watch/ltIlfdWhdnm,
http://www.playvid.com/watch/uu9tJ7AjBXp, http://www.playvid.com/watch/jvyVmA6AC3c, http://www.playvid.com/watch/n902haoPmrV,
http://www.playvid.com/watch/NwDgSJwZnWW, http://www.playvid.com/watch/kaQbYtaMoRL, http://www.playvid.com/watch/bqVb2TRVvCc,
http://www.playvid.com/watch/B18_KM-CPZ7, http://www.playvid.com/watch/9m1vdMdzxH4, http://www.playvid.com/watch/qU62Pv52Zni,
http://www.playvid.com/watch/AlPXbi2vx1p, http://www.playvid.com/watch/68CDebEW2RJ, http://www.playvid.com/watch/SKuL7xeFbPM,
http://www.playvid.com/watch/V8mBdJU6ZPm, http://www.playvid.com/watch/cio70rTrlZk, http://www.playvid.com/watch/YP-84JyGYC2,
http://www.playvid.com/watch/4z3KoFmjsbH, http://www.playvid.com/watch/Y4vyc6jsZpE, http://www.playvid.com/watch/N8AMdCWYPrx,
http://www.playvid.com/watch/nokrhdURUWY, http://www.playvid.com/watch/jXakdBDa9ea, http://www.playvid.com/watch/x2DcdJ-pNgk,
http://www.playvid.com/watch/CKDw34g3k3f, http://www.playvid.com/watch/bL365EYpP6A, http://www.playvid.com/watch/C_MMALmZ_mF,
http://www.playvid.com/watch/OiQcsev4PtU, http://www.playvid.com/watch/fo2yU1HjQOq, http://www.playvid.com/watch/fbGhDHkAcAO,
http://www.playvid.com/watch/JcyD-eXOs2C, http://www.playvid.com/watch/jFLdCWMDgFN, http://www.playvid.com/watch/DcoOgiwtToN,
http://www.playvid.com/watch/QPIUjiEmUH7, http://www.playvid.com/watch/V3CkN7Ng3Fg, http://www.playvid.com/watch/fUCSj5llXVz,
http://www.playvid.com/watch/st79MIi6Ex7, http://www.playvid.com/watch/olIRyErZFra, http://www.playvid.com/watch/4pIZRSUF4FG,
http://www.playvid.com/watch/0uxT-KGRF6l, http://www.playvid.com/watch/SVpTfigI0ux, http://www.playvid.com/watch/MPSFCpoGou6,
http://www.playvid.com/watch/kPiazSgugKJ, http://www.playvid.com/watch/s_wplZ67k6Q, http://www.playvid.com/watch/5WsmHJ541Sm,
http://www.playvid.com/watch/mT81ybnc6sA, http://www.playvid.com/watch/T_5NfCfDL25, http://www.playvid.com/watch/xSyWxNLhLfM,
http://www.playvid.com/watch/jc1VA0mzK_8, http://www.playvid.com/watch/D3qVXwDnAvv, http://www.playvid.com/watch/9SCJNn3WmBT,
http://www.playvid.com/watch/QhpHbNEfF1w, http://www.playvid.com/watch/FcVroDpILWR, http://www.playvid.com/watch/v66lYZ3WM4D,
http://www.playvid.com/watch/G1hOhBkXgPj, http://www.playvid.com/watch/nZ07j5Al8jv, http://www.playvid.com/watch/9R2coZOMaBp,
http://www.playvid.com/watch/JO67QAQWd16, http://www.playvid.com/watch/xkIm7hl3P1H, http://www.playvid.com/watch/RrP-DJEorvz,
http://www.playvid.com/watch/VB7INXQZ6wX, http://www.playvid.com/watch/LpE-VCuGo2G, http://www.playvid.com/watch/XaqU-IejGyt,
http://www.playvid.com/watch/KX8vT40thdl, http://www.playvid.com/watch/KELLzFyujjL, http://www.playvid.com/watch/T7tXAaBuFYB,
http://www.playvid.com/watch/xzT54qRFyxN, http://www.playvid.com/watch/2FBgYeMUaJb, http://www.playvid.com/watch/IANhChvIP5f,
http://www.playvid.com/watch/8bI9xfABaGo, http://www.playvid.com/watch/BjVv8zDe2az, http://www.playvid.com/watch/stke6iw3Rwa,
http://www.playvid.com/watch/g7OBEpwrw_z, http://www.playvid.com/watch/m90iZr6S_7s, http://www.playvid.com/watch/xv55JuFwQlK,
http://www.playvid.com/watch/vKOzyRrFQho, http://www.playvid.com/watch/gf8soJ1ZQHV, http://www.playvid.com/watch/jNCKloxUNQn,
http://www.playvid.com/watch/waxZ6TgU6zy, http://www.playvid.com/watch/wl2H1hEL5YX, http://www.playvid.com/watch/zeu_I82dfq6,
http://www.playvid.com/watch/IP6d3I8J8Rl, http://www.playvid.com/watch/jXxr5SfBdVf, http://www.playvid.com/watch/AtLQWTjaBKd,
http://www.playvid.com/watch/BzwNXz1EOrO, http://www.playvid.com/watch/beLAUMHU-p8, http://www.playvid.com/watch/e9BUVDfQxsY,
http://www.playvid.com/watch/QF0EsGQL08k, http://www.playvid.com/watch/B3mrV13qEoK, http://www.playvid.com/watch/WafHGiny7vi,
http://www.playvid.com/watch/Yc2feILLVNS, http://www.playvid.com/watch/0Nz1Q6G8u3Y, http://www.playvid.com/watch/XqaLk9X0JZS,
http://www.playvid.com/watch/y4sjW0CsZSv, http://www.playvid.com/watch/6J5-Tt4Vcd9, http://www.playvid.com/watch/p6F69CvFba7,
http://www.playvid.com/watch/b9ne0VGKAs5, http://www.playvid.com/watch/B7BAhQu6SBY, http://www.playvid.com/watch/rW8GSHXqHBU,
http://www.playvid.com/watch/zadRS4e0Q74, http://www.playvid.com/watch/VVdyWbYcq8Z, http://www.playvid.com/watch/Xd0b8DrwHXX,

http://www.playvid.com/watch/AsT8REV44_X, http://www.playvid.com/watch/Cepx95MyAJZ, http://www.playvid.com/watch/L-p4gklB8cE,
http://www.playvid.com/watch/ngY6kqAwBKY, http://www.playvid.com/watch/MDL0YvXEUXU, http://www.playvid.com/watch/v3g8iyw2lqZ,
http://www.playvid.com/watch/FpGBEX0yJG8, http://www.playvid.com/watch/8gQJTlHfKOE, http://www.playvid.com/watch/kX-uGO4616m,
http://www.playvid.com/watch/ZiONPJB0O-f, http://www.playvid.com/watch/dKIJdvO96Lh, http://www.playvid.com/watch/aev5l-3_Aqa,
http://www.playvid.com/watch/JZWDmtZ33cU, http://www.playvid.com/watch/3WB-PZfapmk, http://www.playvid.com/watch/t0zSTz__b0n,
http://www.playvid.com/watch/Q9_uFPjIkGz, http://www.playvid.com/watch/3sRgMe06Ulq, http://www.playvid.com/watch/HzpeXcbxZkg,
http://www.playvid.com/watch/pYYHy0FnuML, http://www.playvid.com/watch/vqzaynlAaxr, http://www.playvid.com/watch/ynUcXJvKucR,
http://www.playvid.com/watch/od8hmcyas4V, http://www.playvid.com/watch/0euFZbBef5I, http://www.playvid.com/watch/jVBbAvGxPsn,
http://www.playvid.com/watch/Tqo7Fc69XAK, http://www.playvid.com/watch/Eo369kK1KZ0, http://www.playvid.com/watch/jkh3_ZBg345,
http://www.playvid.com/watch/4pfHfg7soER, http://www.playvid.com/watch/370vujulEyy, http://www.playvid.com/watch/F3SOFOkO_Rg,
http://www.playvid.com/watch/3wiuea4oCg7, http://www.playvid.com/watch/Z1mCRz_nn-I, http://www.playvid.com/watch/0HbgMM0r6Wd,
http://www.playvid.com/watch/Eg6T73Tvz3y, http://www.playvid.com/watch/5ybgsQ69jLA, http://www.playvid.com/watch/NFid_8NPGiE,
http://www.playvid.com/watch/NHLLmRWlgau, http://www.playvid.com/watch/FhslTUxYSl3, http://www.playvid.com/watch/H6T3amGdzSQ,
http://www.playvid.com/watch/YvSbqn1rHkp, http://www.playvid.com/watch/NJ6OtHuZtuI, http://www.playvid.com/watch/O3dWh4aCnye,
http://www.playvid.com/watch/Hw0vi9uCDQU, http://www.playvid.com/watch/Y0rUh-A8fQX, http://www.playvid.com/watch/btl3o_5djKq,
http://www.playvid.com/watch/qkW3DXsu0CP, http://www.playvid.com/watch/380qG09VGCa, http://www.playvid.com/watch/b_deupUnL2G,
http://www.playvid.com/watch/8c9Fw15OdUj, http://www.playvid.com/watch/90fGJ_FLjDE, http://www.playvid.com/watch/K102BEZYQ7A,
http://www.playvid.com/watch/O8X7XkaSX_2, http://www.playvid.com/watch/SG0t-Zf0Jd4, http://www.playvid.com/watch/LystQOCFgMa,
http://www.playvid.com/watch/u2CTgDB6h5z, http://www.playvid.com/watch/n_NE2YHwEIm, http://www.playvid.com/watch/XEtaei_cJnb,
http://www.playvid.com/watch/MXCGf_c_87H, http://www.playvid.com/watch/ozzK_LTm2kZ, http://www.playvid.com/watch/Cz4Ztct6QBX,
http://www.playvid.com/watch/rJ1_ASlmVaO, http://www.playvid.com/watch/ASRSbOKwHOa, http://www.playvid.com/watch/kmHpYi3DS1F,
http://www.playvid.com/watch/X76yIDoGIwl, http://www.playvid.com/watch/n9LdB6Pq9us, http://www.playvid.com/watch/KZ6Uhb2eXDO,
http://www.playvid.com/watch/K8INn9ggUXr, http://www.playvid.com/watch/2A5KAJZePl0, http://www.playvid.com/watch/Y69dsh_IJEB,
http://www.playvid.com/watch/a15rlAng9SZ, http://www.playvid.com/watch/eea7bcUOX8P, http://www.playvid.com/watch/jCq-s_3BmMw,
http://www.playvid.com/watch/OZa4fh5NIr6, http://www.playvid.com/watch/WjANQ5QSbjH, http://www.playvid.com/watch/a7KTz7crUAr,
http://www.playvid.com/watch/HMnQ60vs0Xz, http://www.playvid.com/watch/gEdCBNMfk3M, http://www.playvid.com/watch/e9q8ZfQFtAL,
http://www.playvid.com/watch/XjCpaZFBp1K, http://www.playvid.com/watch/ddTJwxQA8LY, http://www.playvid.com/watch/XrQJwBzU9Bh,
http://www.playvid.com/watch/EPO2cjG0FtP, http://www.playvid.com/watch/d6HL8QiwNFs, http://www.playvid.com/watch/m0TiM8pq1Y6,
http://www.playvid.com/watch/dLFnFcX1tDJ, http://www.playvid.com/watch/raC1YmdNdxc, http://www.playvid.com/watch/FSCRcaQEBUj,
http://www.playvid.com/watch/p6s8q5fPDGn, http://www.playvid.com/watch/B0QyrAWq3Nc, http://www.playvid.com/watch/tpByYMY0XS6,
http://www.playvid.com/watch/bqztbX7Xdy9, http://www.playvid.com/watch/FGXGLe3piW5, http://www.playvid.com/watch/UYy8YIpMvIJ,
http://www.playvid.com/watch/bY4tyPnZTVJ, http://www.playvid.com/watch/io3zSWOsYSg, http://www.playvid.com/watch/Vz-kaEHoNZT,
http://www.playvid.com/watch/fRWu5q9W7eI, http://www.playvid.com/watch/TKEtYAMuT9B, http://www.playvid.com/watch/0rWWrxJSrHc,
http://www.playvid.com/watch/RVSPDE5n6bn, http://www.playvid.com/watch/pzhyAFDGueV, http://www.playvid.com/watch/r5H2WlEd9YB,
http://www.playvid.com/watch/qLwYUX5hPMP, http://www.playvid.com/watch/KpSBc5xmxfo, http://www.playvid.com/watch/dKIH6UcEnig,
http://www.playvid.com/watch/xAJYG4ubexk, http://www.playvid.com/watch/ljm4ZxCOgVw, http://www.playvid.com/watch/u1-njfQj6XU,
http://www.playvid.com/watch/IsW-6wto9ad
5.f. Date of third notice: 2015-10-06 00:51:51
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: silvestor
5.b. Uploader's email address: tommymoor@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/silvestor
5.e. List of videos posted by uploader: http://www.playvid.com/watch/nGGUq_-IOL2, http://www.playvid.com/watch/DDPx3ztV875,
http://www.playvid.com/watch/Niesqge4PBT, http://www.playvid.com/watch/t9lHyysS_r4, http://www.playvid.com/watch/cp6M1Dhz0DD,
http://www.playvid.com/watch/RsNvUD452nO, http://www.playvid.com/watch/WFVGFDcKnbM, http://www.playvid.com/watch/As0romYs_3c,
http://www.playvid.com/watch/v-PFCODwqKe, http://www.playvid.com/watch/mJ0t00ELeio, http://www.playvid.com/watch/OSFzX0Km7Yv,
http://www.playvid.com/watch/KpgIUWz8sKt, http://www.playvid.com/watch/m6vPSg2ZCJL, http://www.playvid.com/watch/4B4m7EWjwDr,
http://www.playvid.com/watch/e5QsGjUiISJ, http://www.playvid.com/watch/IVTwD4AtvML, http://www.playvid.com/watch/rEIhx514jMH,
http://www.playvid.com/watch/PomfPaStx8A, http://www.playvid.com/watch/H_tEcdEcqAB, http://www.playvid.com/watch/kdPR1zXCx8k,
http://www.playvid.com/watch/84A0qgU9MEQ, http://www.playvid.com/watch/yaV-xXQo_FZ, http://www.playvid.com/watch/sAAo1d_KCHt,
http://www.playvid.com/watch/C5_ZogELKqj, http://www.playvid.com/watch/Y5RfdViYbWN, http://www.playvid.com/watch/ncJ_S-5PuQb,
http://www.playvid.com/watch/iao57XhCWZ4, http://www.playvid.com/watch/YV10-EoT-1A, http://www.playvid.com/watch/22nA9KuZDEy,
http://www.playvid.com/watch/m3qhr_bL7KL, http://www.playvid.com/watch/ezO42hAyw7Q, http://www.playvid.com/watch/I2sfDW1T-o2,
http://www.playvid.com/watch/xyMxFyzTMjq, http://www.playvid.com/watch/zVA-l7u8dyT, http://www.playvid.com/watch/KKytVNbwkGH,
http://www.playvid.com/watch/TeRhdJ3RZxN, http://www.playvid.com/watch/wFIJRVjs44x, http://www.playvid.com/watch/I4NQqx_AUZZ,
http://www.playvid.com/watch/P017Rnzdefs, http://www.playvid.com/watch/VaoWGG3rr8Z, http://www.playvid.com/watch/s3g_SJCMNjX,
http://www.playvid.com/watch/Du2SV0rdOVG, http://www.playvid.com/watch/KwDhoUgfdQ2, http://www.playvid.com/watch/AA0WCFJdzme,
http://www.playvid.com/watch/KBaC9afh61v, http://www.playvid.com/watch/21CvBwlGGDj, http://www.playvid.com/watch/ASiXhipl23E,
http://www.playvid.com/watch/mh8Xb_9YuGK, http://www.playvid.com/watch/pvy160MzVmk, http://www.playvid.com/watch/Y0U9BHDtRCj,
http://www.playvid.com/watch/RY6ODTy9U8q, http://www.playvid.com/watch/jdb0jfKs3Lc, http://www.playvid.com/watch/c6yIGLhGl63,
http://www.playvid.com/watch/NYipZ_1iVO8, http://www.playvid.com/watch/VUTgFW0-8DV, http://www.playvid.com/watch/KWLYsDPJu2V,
http://www.playvid.com/watch/wShm_l0TT2B, http://www.playvid.com/watch/Wd_i7utMcQQ, http://www.playvid.com/watch/sqsoWlBU3iz,
http://www.playvid.com/watch/lj3h1rJCLaC, http://www.playvid.com/watch/GfB4rMVuCIx, http://www.playvid.com/watch/we2jf1h3jND,
http://www.playvid.com/watch/V6J_Elvl0bP, http://www.playvid.com/watch/m9PBtFobOVB, http://www.playvid.com/watch/doFJVgL8WAK,
http://www.playvid.com/watch/uayDQ5hqKnV, http://www.playvid.com/watch/ilyRiDur6V9, http://www.playvid.com/watch/Sh8UCTiaDtt,
http://www.playvid.com/watch/tAJn2d0dwVQ, http://www.playvid.com/watch/HYQpaVDcfP6, http://www.playvid.com/watch/QuT-RPBA9c9,
http://www.playvid.com/watch/GQF9AuluKbY, http://www.playvid.com/watch/P-2yQTPuuVW, http://www.playvid.com/watch/wvjNv7szO1f,
http://www.playvid.com/watch/L1YhCaqoYqA, http://www.playvid.com/watch/rexnuTYCw8e, http://www.playvid.com/watch/a7DNavtGoYT,
http://www.playvid.com/watch/M1uv80fWZcn, http://www.playvid.com/watch/0N-8BTO-HNZ, http://www.playvid.com/watch/WVav-0B7Wio,
http://www.playvid.com/watch/M30H1f3uEvj, http://www.playvid.com/watch/KdC_TtenhmB, http://www.playvid.com/watch/ma2IRimqMJr,
http://www.playvid.com/watch/8_CHN7RE1p8, http://www.playvid.com/watch/plBYxm3K_WG, http://www.playvid.com/watch/nBtbCio4nht,
http://www.playvid.com/watch/4dcHs8A8LJj, http://www.playvid.com/watch/9BEr2eJzM6Y, http://www.playvid.com/watch/aNI-51RJ6fy,
http://www.playvid.com/watch/J-YlQmsH05c, http://www.playvid.com/watch/keeH0XYZm-I, http://www.playvid.com/watch/O44RMammTty,
http://www.playvid.com/watch/ACTldVIopfs, http://www.playvid.com/watch/qcXtiBpPryK, http://www.playvid.com/watch/PAzcwdNip99,
http://www.playvid.com/watch/NeHdL5cvh-p, http://www.playvid.com/watch/AnD9MiMxQt8, http://www.playvid.com/watch/NOYZCdd6A5m,
http://www.playvid.com/watch/0w-7J1AomIP, http://www.playvid.com/watch/qsX7MTfioQx, http://www.playvid.com/watch/cIaM8IgXtuE,
http://www.playvid.com/watch/utw93-qQC6R, http://www.playvid.com/watch/Rmeh2m5p5-6, http://www.playvid.com/watch/eT9a4Xxedta,
http://www.playvid.com/watch/i49AXOlPR_R, http://www.playvid.com/watch/S1wvtndDMzF, http://www.playvid.com/watch/eMotq31fUb5,
http://www.playvid.com/watch/EBZFMvCtbBb, http://www.playvid.com/watch/FbnD8XBiP5Z, http://www.playvid.com/watch/eXVML-gCS3k,
http://www.playvid.com/watch/neTa7W970im, http://www.playvid.com/watch/NfFi_roUe1v, http://www.playvid.com/watch/9DBv7y6aNG6,
http://www.playvid.com/watch/sRi6Dx9jVj3, http://www.playvid.com/watch/G0VUk720UGt, http://www.playvid.com/watch/STyV_Nc0oqP,
http://www.playvid.com/watch/H1-E93nHj4N, http://www.playvid.com/watch/3R6LyEZrMTX, http://www.playvid.com/watch/ShPGm6BW3gq,
http://www.playvid.com/watch/yAp3SO45qtG, http://www.playvid.com/watch/x-JfRSY30Dm, http://www.playvid.com/watch/uaoHuVSYIdE,
http://www.playvid.com/watch/TbzeYLCQ2xt, http://www.playvid.com/watch/DsloL9dtYym, http://www.playvid.com/watch/rym6P-vK1tv,
http://www.playvid.com/watch/HwrdKsgpJPG, http://www.playvid.com/watch/M8OPXk_OiFG, http://www.playvid.com/watch/qb7yY-buFKz,
http://www.playvid.com/watch/fHbbmwxExQj, http://www.playvid.com/watch/l_LdjehCKNV, http://www.playvid.com/watch/BHs9VL5_tLv,
http://www.playvid.com/watch/cNJ0yA_wh5b, http://www.playvid.com/watch/vB623BtjwKx, http://www.playvid.com/watch/JoP51hQTLR4,
http://www.playvid.com/watch/GJsr-Tu3uiA, http://www.playvid.com/watch/y9Jk84r3F50, http://www.playvid.com/watch/Hrt1szwx9jX,
http://www.playvid.com/watch/eqYpcBsF3yo, http://www.playvid.com/watch/l6OTa45m1pZ, http://www.playvid.com/watch/KSMnJ3ZF472,
http://www.playvid.com/watch/J8Y1skXFjyC, http://www.playvid.com/watch/KOmP0kH4Fa8, http://www.playvid.com/watch/Lt06PEOuWWd,
http://www.playvid.com/watch/DNsDJvdiJdO, http://www.playvid.com/watch/Kc5LQcendFC, http://www.playvid.com/watch/Z-0GU14DB8A,
http://www.playvid.com/watch/I8HgxH4jWbV, http://www.playvid.com/watch/NnAo1mgAWVB, http://www.playvid.com/watch/Tfg0PrBBCQK,
http://www.playvid.com/watch/jF7EJsJcyf7, http://www.playvid.com/watch/y_5Ny00vldP, http://www.playvid.com/watch/YAZpKO5xTrw,
http://www.playvid.com/watch/Oq_fxZAZjgf, http://www.playvid.com/watch/K1cjX1Td8I9, http://www.playvid.com/watch/LiLeEa0lRKb,
http://www.playvid.com/watch/PaBvF9XMp_v, http://www.playvid.com/watch/Bh5slNpi1mh, http://www.playvid.com/watch/svl_YIb25Zx,

http://www.playvid.com/watch/PTREXeGbOK9, http://www.playvid.com/watch/nIMv_eEL97n, http://www.playvid.com/watch/dV3NNRgGM_K, http://www.playvid.com/watch/l8X2gtbLrFR, http://www.playvid.com/watch/VdG-2peoxFg, http://www.playvid.com/watch/zVi8pZ7s36J, http://www.playvid.com/watch/4HO6Cj5nX8d, http://www.playvid.com/watch/PgSdBD8yP3g, http://www.playvid.com/watch/vSfP0mWAIZp, http://www.playvid.com/watch/yWK9nqe2JUa, http://www.playvid.com/watch/Rj-Hj1Y988J, http://www.playvid.com/watch/mWtl65PUxzG, http://www.playvid.com/watch/MCf033LkeS9, http://www.playvid.com/watch/Em-tjFKHIwf, http://www.playvid.com/watch/MkdDH-qEG8P, http://www.playvid.com/watch/n1ECSjVg2Q5, http://www.playvid.com/watch/PIFLQNEC0dy, http://www.playvid.com/watch/fwzSuu5JhWj, http://www.playvid.com/watch/c3yjmpWOfTs, http://www.playvid.com/watch/KHeo0u29y4L, http://www.playvid.com/watch/z21cZlgxfnu, http://www.playvid.com/watch/JNI8H5HAKKK, http://www.playvid.com/watch/dEjogcMsCho, http://www.playvid.com/watch/uqrjlJagjce, http://www.playvid.com/watch/VwgX7hVEkwZ, http://www.playvid.com/watch/Gp__HjI4qYJ, http://www.playvid.com/watch/ti-rTCAI11B, http://www.playvid.com/watch/eTIJrsXASbO, http://www.playvid.com/watch/2-d67h76q-e, http://www.playvid.com/watch/fiQZ3MyHdfp, http://www.playvid.com/watch/nKxYWemiOI0, http://www.playvid.com/watch/G-le2cNqvBJ, http://www.playvid.com/watch/kiOx_5BXQ-k, http://www.playvid.com/watch/5I7LzBjhr_w, http://www.playvid.com/watch/xW-XSAUiBE7, http://www.playvid.com/watch/hICpT0Km5wY, http://www.playvid.com/watch/u_PN_tNELbi, http://www.playvid.com/watch/hNexvgaN0Np, http://www.playvid.com/watch/PoHDoNyuMS6, http://www.playvid.com/watch/8KbAQebofwB, http://www.playvid.com/watch/bdgjMem7SAa, http://www.playvid.com/watch/diKxlHspJod, http://www.playvid.com/watch/ivqOhKqNS0X, http://www.playvid.com/watch/DxpcuekABQ9, http://www.playvid.com/watch/050P6HG4Raa, http://www.playvid.com/watch/I5gwAdCKl02, http://www.playvid.com/watch/YP0KgTk0z0Q, http://www.playvid.com/watch/vaIzQQQ8cuO, http://www.playvid.com/watch/bObmJIU59pR, http://www.playvid.com/watch/UglZN0aFfLG, http://www.playvid.com/watch/EYPtUlvYqRK, http://www.playvid.com/watch/3AK5CxBLa5L, http://www.playvid.com/watch/Se6EW8qGlel, http://www.playvid.com/watch/H6w-B_9OWya, http://www.playvid.com/watch/E2HKn523Nd9, http://www.playvid.com/watch/DH-jjWork7E, http://www.playvid.com/watch/KG5HXw1mG1a, http://www.playvid.com/watch/9kt5ieDxZVv, http://www.playvid.com/watch/HxLNvnV49bD, http://www.playvid.com/watch/9KgN-wouBMz, http://www.playvid.com/watch/oK5IzDqVt0w, http://www.playvid.com/watch/F_i-rppgEGX, http://www.playvid.com/watch/yWuZeZiJeEF, http://www.playvid.com/watch/XCjSozDsRUw, http://www.playvid.com/watch/ZNqv5q4Id2a, http://www.playvid.com/watch/DPOybBuo5_4, http://www.playvid.com/watch/F7n7j3oGeun, http://www.playvid.com/watch/behKqGgqMLs, http://www.playvid.com/watch/zhHn4xF3z65, http://www.playvid.com/watch/Hd3zZn3drb6, http://www.playvid.com/watch/ZBJz5t42bqn, http://www.playvid.com/watch/i79_W1TLRrJ, http://www.playvid.com/watch/spzZTlUUEBL, http://www.playvid.com/watch/emRR-giDCbx, http://www.playvid.com/watch/8sCnIE3oVXy, http://www.playvid.com/watch/oMYonmhmwWI, http://www.playvid.com/watch/jf6n-DuvVGb, http://www.playvid.com/watch/VH5OTYDsHDl, http://www.playvid.com/watch/ByxtZ6tzr-Z, http://www.playvid.com/watch/4PRBCOvfk2R, http://www.playvid.com/watch/JaR4PC7fMdG, http://www.playvid.com/watch/SWdZWRK9PZC, http://www.playvid.com/watch/aknvrcxQv8n, http://www.playvid.com/watch/6Cx9KsMlM5J, http://www.playvid.com/watch/T9k4h8KC_YX, http://www.playvid.com/watch/vteD-DAD5OE, http://www.playvid.com/watch/GfWG3lZo9rZ, http://www.playvid.com/watch/5okCPocfuq5, http://www.playvid.com/watch/kjtlrSLi_DL, http://www.playvid.com/watch/suf2Wd9Bcyy, http://www.playvid.com/watch/Cn3IsHOYKqD, http://www.playvid.com/watch/GCJfQY1beUP, http://www.playvid.com/watch/UNOWlfyEi2S, http://www.playvid.com/watch/A4J9t4z8LRR, http://www.playvid.com/watch/TlDg1bhQ3DP, http://www.playvid.com/watch/Jxk0gkn6TG7, http://www.playvid.com/watch/m0k3ipRLSIx, http://www.playvid.com/watch/NCRXmwnhPXJ, http://www.playvid.com/watch/VI2YDzDhEVU, http://www.playvid.com/watch/tBI-noyhhcQ, http://www.playvid.com/watch/oA4Jh97MfBv, http://www.playvid.com/watch/awP7qKnW2ma, http://www.playvid.com/watch/cswUKHws_qV, http://www.playvid.com/watch/7A8SkPiB60K, http://www.playvid.com/watch/J2EzNKQl8bE, http://www.playvid.com/watch/BdONvn_RRl2, http://www.playvid.com/watch/0Oqw9SZUorT, http://www.playvid.com/watch/hFcMIidy4nv, http://www.playvid.com/watch/osN9DKp7PR6, http://www.playvid.com/watch/fR1ZZabh_OO, http://www.playvid.com/watch/VT4eW3iulvj, http://www.playvid.com/watch/XonuGLUpS0q, http://www.playvid.com/watch/9M_vEquIO8L, http://www.playvid.com/watch/GijjUroYTsG, http://www.playvid.com/watch/Z4o0bZc0PwF, http://www.playvid.com/watch/TiTi0nsS4Jl, http://www.playvid.com/watch/5PC-iIGXWqO, http://www.playvid.com/watch/TrW0aB0C1Da, http://www.playvid.com/watch/B8C1oI-rWTv, http://www.playvid.com/watch/NPGVc_34SjJ, http://www.playvid.com/watch/7RzqXCqaheY, http://www.playvid.com/watch/qqnVPIoS9UG
5.f. Date of third notice: 2014-07-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: simple
5.b. Uploader's email address: mman335@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/simple
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wwNnb1u12Rq, http://www.playvid.com/watch/v3RJQ0gIQiX, http://www.playvid.com/watch/ZSGzwp4mZKt, http://www.playvid.com/watch/RziNiJ_Pptu
5.f. Date of third notice: 2014-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SirDarkLord
5.b. Uploader's email address: sirdarklord08@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/SirDarkLord
5.e. List of videos posted by uploader: http://www.playvid.com/watch/J3Cs0JB6LOg, http://www.playvid.com/watch/WyXuDtDaoNO, http://www.playvid.com/watch/SE3CiQ8XlWd, http://www.playvid.com/watch/g4txcuxlqrq, http://www.playvid.com/watch/YchlH0nDT9b, http://www.playvid.com/watch/mjtQybrAo8O, http://www.playvid.com/watch/RjbbyxWvetF, http://www.playvid.com/watch/iDpCbkjSZPT, http://www.playvid.com/watch/LlzoQO33UAh, http://www.playvid.com/watch/HYbzyF43WQa, http://www.playvid.com/watch/MeuKfe5ZXRo, http://www.playvid.com/watch/YG9dslm3HZw, http://www.playvid.com/watch/IfJucpMtwp8, http://www.playvid.com/watch/7WnS2cb20b9, http://www.playvid.com/watch/Vj3xTjzKyeN, http://www.playvid.com/watch/mSEfc2XSx-t, http://www.playvid.com/watch/sFe9eLVw-q2, http://www.playvid.com/watch/BWEmtabdfNX, http://www.playvid.com/watch/Tl7Y785QEin, http://www.playvid.com/watch/lWLihG8UtD-, http://www.playvid.com/watch/MSiUIrfUsFE, http://www.playvid.com/watch/ZWebmhXcfEC, http://www.playvid.com/watch/U4UWYeyHmjf, http://www.playvid.com/watch/BRQTFf5zS8O, http://www.playvid.com/watch/YDV0Whw74gs, http://www.playvid.com/watch/It2-heXOPgL, http://www.playvid.com/watch/0dgJ46GRxd4, http://www.playvid.com/watch/whP3VRN5bE-, http://www.playvid.com/watch/ahJEMc8VAZA, http://www.playvid.com/watch/0fA2Ie5aAsb, http://www.playvid.com/watch/bHNIW8fJrUe, http://www.playvid.com/watch/Ed8oKbIufpJ, http://www.playvid.com/watch/l9qVMCtCgvj, http://www.playvid.com/watch/Iwqn2qN9HxU, http://www.playvid.com/watch/n9bKkwoXVB6, http://www.playvid.com/watch/UkNzI2eO-NW, http://www.playvid.com/watch/74RQIsMHIhJ, http://www.playvid.com/watch/nbSO8K3DfkV, http://www.playvid.com/watch/98KOaf4MSHM, http://www.playvid.com/watch/OxDIGmvcWSz, http://www.playvid.com/watch/UhW0pToi7qs, http://www.playvid.com/watch/qu8BvD3bAbK, http://www.playvid.com/watch/vvdRG98JVsA, http://www.playvid.com/watch/Ho78dP5JrDM, http://www.playvid.com/watch/FzhZrBjuN7d, http://www.playvid.com/watch/6dxSJk67SFp, http://www.playvid.com/watch/Wi8o9AkWjKM, http://www.playvid.com/watch/fvHX5QJ6djR, http://www.playvid.com/watch/dM9Wlt-BbTV, http://www.playvid.com/watch/cvRbxxEPYD8, http://www.playvid.com/watch/A4RI8HecmJE, http://www.playvid.com/watch/PQ0faPV-YIV, http://www.playvid.com/watch/DvsIOwL2Pcd, http://www.playvid.com/watch/vV4pRCPQEFb, http://www.playvid.com/watch/u4f2bowwNMe, http://www.playvid.com/watch/md4n9eyCEYr, http://www.playvid.com/watch/DesfCrv6jB7, http://www.playvid.com/watch/4ovaMm8Z2Hm, http://www.playvid.com/watch/ue6NqB2tmsO, http://www.playvid.com/watch/nb5v3Cjxa8g, http://www.playvid.com/watch/nG97K4Rt9UM, http://www.playvid.com/watch/rTHEAEvnO7p, http://www.playvid.com/watch/CbJHMzVNugG, http://www.playvid.com/watch/R-CS7zArQKB, http://www.playvid.com/watch/7jAeKwJz0eK, http://www.playvid.com/watch/H6m4vZ05eor, http://www.playvid.com/watch/0wzwEXwcGHJ, http://www.playvid.com/watch/fAPJifKbaKw, http://www.playvid.com/watch/ZvVhjZo3RTH, http://www.playvid.com/watch/g24NxZUpaFB, http://www.playvid.com/watch/N-c2CFZ0zPX, http://www.playvid.com/watch/mg9WQ3KJHvE, http://www.playvid.com/watch/3RTPRoRcDmR, http://www.playvid.com/watch/aFV2Z6ugttN, http://www.playvid.com/watch/lNgtdLbjx8X, http://www.playvid.com/watch/GA8-x9C5REm, http://www.playvid.com/watch/IpKVXWLCWJh, http://www.playvid.com/watch/u7RTbokoBG-, http://www.playvid.com/watch/KHUz6qMNnhJ, http://www.playvid.com/watch/-LiCcpNAkfA, http://www.playvid.com/watch/iCar9BPSSiY, http://www.playvid.com/watch/-A7-hrxLgUs, http://www.playvid.com/watch/O3egEQ37pMO, http://www.playvid.com/watch/s7AYDyPNoQI, http://www.playvid.com/watch/MhRJO-5BGjc, http://www.playvid.com/watch/pNVZ2ADu2uf, http://www.playvid.com/watch/brxwsXWGkMD, http://www.playvid.com/watch/jmiKc7vz6eQ, http://www.playvid.com/watch/c54P26tpiez, http://www.playvid.com/watch/wUWzc4wMwsw, http://www.playvid.com/watch/g3SKSfDkzdR, http://www.playvid.com/watch/b6J43eS-PbA, http://www.playvid.com/watch/lylFzFIQRo6, http://www.playvid.com/watch/OU-NiwF-P5I, http://www.playvid.com/watch/Gb0Ee5dHl8z, http://www.playvid.com/watch/Xb-NlfGtMgN, http://www.playvid.com/watch/pmF7Wsdsn7o, http://www.playvid.com/watch/SiQqC-Lylfu, http://www.playvid.com/watch/QhntsiR0C3-, http://www.playvid.com/watch/YJFy0zDvQcX, http://www.playvid.com/watch/9yk6JG3orDV, http://www.playvid.com/watch/vJJzTxmuOoS, http://www.playvid.com/watch/uoOcu8eMBcQ, http://www.playvid.com/watch/2q5B8yyQ2po, http://www.playvid.com/watch/-b9itJVEXrO, http://www.playvid.com/watch/PsVVxGbGl73, http://www.playvid.com/watch/DXrafC--4D4, http://www.playvid.com/watch/J0h-BpdHHvy, http://www.playvid.com/watch/oHRj6lXH5Gm, http://www.playvid.com/watch/VlZRQ28n83F, http://www.playvid.com/watch/dqh7ABLObMT, http://www.playvid.com/watch/bBbmavWs3zn, http://www.playvid.com/watch/8LYrNkadV2Y, http://www.playvid.com/watch/CoIjXVFmdHH, http://www.playvid.com/watch/qGkWJya6Gig, http://www.playvid.com/watch/7-gPKDw3eb8, http://www.playvid.com/watch/yTh5ZYTweMK, http://www.playvid.com/watch/Z8A59lun9aL, http://www.playvid.com/watch/SsdfwiZhJiC, http://www.playvid.com/watch/N6YrnuWa-s9, http://www.playvid.com/watch/qMGnGNTR2l8, http://www.playvid.com/watch/WhCYH2oNv60,

http://www.playvid.com/watch/cFiXmyPT8Ph, http://www.playvid.com/watch/j7RDa0CFbSX, http://www.playvid.com/watch/9bWjbmo8K9q, http://www.playvid.com/watch/Qc4SIXn4wfL, http://www.playvid.com/watch/EAXO9cZ8RVV, http://www.playvid.com/watch/oX2db6y0CzK, http://www.playvid.com/watch/kv5kJUTQpnD, http://www.playvid.com/watch/5r8e8Fu0Elz, http://www.playvid.com/watch/dDkGSRubu9K, http://www.playvid.com/watch/Q6JnzoMBIXs, http://www.playvid.com/watch/Ji8gQynIXkd, http://www.playvid.com/watch/aovVOeUD7bN, http://www.playvid.com/watch/Fu74NaZBZaX, http://www.playvid.com/watch/ywinlcWoeZn, http://www.playvid.com/watch/DB2kbxM4hDi, http://www.playvid.com/watch/enhKWMV7ctY, http://www.playvid.com/watch/Wbvr8J4CulS, http://www.playvid.com/watch/hgR2cDqC3hm, http://www.playvid.com/watch/xf46SUhqHeb, http://www.playvid.com/watch/KxABTZpd_pX
5.f. Date of third notice: 2013-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Sixth_User
5.b. Uploader's email address: pellandini.luca@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Sixth_User
5.e. List of videos posted by uploader: http://www.playvid.com/watch/YLCCtwD48Lm, http://www.playvid.com/watch/9-jOZH-DZQi, http://www.playvid.com/watch/SFGMhGzElck, http://www.playvid.com/watch/o5PyX39wU2p, http://www.playvid.com/watch/BkbxvVmIM-O, http://www.playvid.com/watch/qparwTcn5NY, http://www.playvid.com/watch/v511VP-dcjT, http://www.playvid.com/watch/olGIeNq7S1q, http://www.playvid.com/watch/ru5wECWj9vC, http://www.playvid.com/watch/eyTz9UZFzUU, http://www.playvid.com/watch/vpbeC_0UbFO, http://www.playvid.com/watch/JvADVXZPZUz, http://www.playvid.com/watch/AZH_U5Fht0f, http://www.playvid.com/watch/Csgzzn3Irog, http://www.playvid.com/watch/oSwpnGb86Dk, http://www.playvid.com/watch/GZpAt_mrkUy, http://www.playvid.com/watch/bTpOJqpzt5d, http://www.playvid.com/watch/oQa8-lNi7-W, http://www.playvid.com/watch/ELt-xZ7U9GA, http://www.playvid.com/watch/VP4MEet2MY3, http://www.playvid.com/watch/hrM4rP0IQrs, http://www.playvid.com/watch/ihiRrlW8L-F, http://www.playvid.com/watch/mm1Uc087aI9, http://www.playvid.com/watch/jTCqduSP-LS, http://www.playvid.com/watch/LXy52Yg0UkV, http://www.playvid.com/watch/4D57rtjdRlm, http://www.playvid.com/watch/r62eFUuJ2dg, http://www.playvid.com/watch/2HiGVhReN4S, http://www.playvid.com/watch/SVh1acB1L0q, http://www.playvid.com/watch/Zkr_nbmYmtq
5.f. Date of third notice: 2015-03-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SizloG
5.b. Uploader's email address: moosizlogbeermaster@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/SizloG
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ZicIIXhvWtW, http://www.playvid.com/watch/plOkhHYJjGg, http://www.playvid.com/watch/WWPqPhbb_5a, http://www.playvid.com/watch/wYRIlnvOJNr, http://www.playvid.com/watch/oVJNFszpQHB, http://www.playvid.com/watch/ElXIJoXKQcT, http://www.playvid.com/watch/zDf_EUP0Pxg, http://www.playvid.com/watch/Ss0TugQBTdU, http://www.playvid.com/watch/Wi9shGq21Gu, http://www.playvid.com/watch/xRxbspalQ6N, http://www.playvid.com/watch/4yWwI4zcxzH, http://www.playvid.com/watch/D3pp25go-vV, http://www.playvid.com/watch/XS9aSaxQCOb, http://www.playvid.com/watch/Ffx-mx3dTM0, http://www.playvid.com/watch/EnMWa2JvXyQ, http://www.playvid.com/watch/yj1VSiR0YMJ, http://www.playvid.com/watch/GOeb33HG6il, http://www.playvid.com/watch/nn6HqwxUf1Y, http://www.playvid.com/watch/uwhtWLhuzcG, http://www.playvid.com/watch/NiElE9IOyGz, http://www.playvid.com/watch/msQtCjmsmpQ, http://www.playvid.com/watch/JCjjfoOkQpJ, http://www.playvid.com/watch/7EmT6r0ttAq, http://www.playvid.com/watch/hcKSxBcHr_M, http://www.playvid.com/watch/RE5ExkB2e18, http://www.playvid.com/watch/j2LaESYRoCt, http://www.playvid.com/watch/MdNSG6j9dK8, http://www.playvid.com/watch/68ZL_oqPQMF, http://www.playvid.com/watch/HKpqc6lHaSc, http://www.playvid.com/watch/8fCy04cX9uD, http://www.playvid.com/watch/EN9vEb9jzqC, http://www.playvid.com/watch/2W_Dq614Qxu, http://www.playvid.com/watch/dLi6ra1pcOO, http://www.playvid.com/watch/SgsIWAyNH0T, http://www.playvid.com/watch/GDwUwUdKznl, http://www.playvid.com/watch/G9eeZY6JNuG, http://www.playvid.com/watch/cTQnaAcQBoO, http://www.playvid.com/watch/9fsWAJZqTC2, http://www.playvid.com/watch/kiB5Uf3xF0o, http://www.playvid.com/watch/bUGz6VeS2IN, http://www.playvid.com/watch/VgQ0D7AnzdV, http://www.playvid.com/watch/bTqiFiCs4FY, http://www.playvid.com/watch/EuOxUkhhPlO, http://www.playvid.com/watch/VX4EZw4HgXm, http://www.playvid.com/watch/gCxh2J4fLeU, http://www.playvid.com/watch/WMdtoQhQQCb, http://www.playvid.com/watch/XGTkDHOL7T6, http://www.playvid.com/watch/ea-OT5d_lQi, http://www.playvid.com/watch/OVmlzbWXzce, http://www.playvid.com/watch/JmKxr0_DvhF, http://www.playvid.com/watch/4Ow48R4acDI, http://www.playvid.com/watch/PJHvkvX4LLC, http://www.playvid.com/watch/tTOOGh1b-wU, http://www.playvid.com/watch/naRQQfGNXgm, http://www.playvid.com/watch/IQnr-WETf0t, http://www.playvid.com/watch/4RFztp_ypcP, http://www.playvid.com/watch/8lL_ajKxB8W, http://www.playvid.com/watch/sRk5BFcOiu5, http://www.playvid.com/watch/LUtXSRzw98p, http://www.playvid.com/watch/9x2WPP0zefb, http://www.playvid.com/watch/3l87Hg0Cxj9, http://www.playvid.com/watch/9nhuGQIUQF9, http://www.playvid.com/watch/hEabgnPRB9U, http://www.playvid.com/watch/HrrJ5XmH_Sg, http://www.playvid.com/watch/UplK6E9NOvN, http://www.playvid.com/watch/DORI3JnK6jv, http://www.playvid.com/watch/2k7IJlOSk-l, http://www.playvid.com/watch/A-vpB_xcPUh, http://www.playvid.com/watch/glaIFhntbHH, http://www.playvid.com/watch/FsBxxe6cvm4, http://www.playvid.com/watch/Hc_snHHkOmz, http://www.playvid.com/watch/DHUUrORN7nj, http://www.playvid.com/watch/kF1kjZUzZSz, http://www.playvid.com/watch/HQyEYno33ME, http://www.playvid.com/watch/ysccDCwPFgy, http://www.playvid.com/watch/Q33fBYnuadu, http://www.playvid.com/watch/EYOAqzO9NIS, http://www.playvid.com/watch/3gypEABDfqJ, http://www.playvid.com/watch/lmlDPqjQqmd, http://www.playvid.com/watch/ELAEv8HoUfy, http://www.playvid.com/watch/8r5Lwymt_Td, http://www.playvid.com/watch/0wa77h1Un7M, http://www.playvid.com/watch/O1a30WOtmBH, http://www.playvid.com/watch/Lj52Z5oJjyC, http://www.playvid.com/watch/Exe3h3-rfSK, http://www.playvid.com/watch/4RroWLvFI09, http://www.playvid.com/watch/5d830a87BAN, http://www.playvid.com/watch/qhwWFQqL-u6, http://www.playvid.com/watch/Eygrx9K1Sfx, http://www.playvid.com/watch/BmWZKFshVyZ, http://www.playvid.com/watch/IaLSScJrctt, http://www.playvid.com/watch/dcId58AalqY, http://www.playvid.com/watch/Ggj462uk7PT, http://www.playvid.com/watch/Vh3bOON-VCo, http://www.playvid.com/watch/xG2-uOd2qey, http://www.playvid.com/watch/kZt3CUmLPLL, http://www.playvid.com/watch/Dp_n8oRAMio, http://www.playvid.com/watch/rysidYynv8C, http://www.playvid.com/watch/ySDi0w86kOd, http://www.playvid.com/watch/l70My5dFHDO, http://www.playvid.com/watch/A_lGP9QigwB, http://www.playvid.com/watch/X2eglfPyd-P, http://www.playvid.com/watch/0IsCSbvJ9dt, http://www.playvid.com/watch/rjp0Ru3HbaY, http://www.playvid.com/watch/WUw2Q43v3Bd, http://www.playvid.com/watch/4TaNftD3RoY, http://www.playvid.com/watch/n0rC94638hO, http://www.playvid.com/watch/4zRiPaAYoQP, http://www.playvid.com/watch/sZ-Fj-44HWm, http://www.playvid.com/watch/bSCwmAhVa9b, http://www.playvid.com/watch/JZSdOIyWPuH, http://www.playvid.com/watch/yQsR9E4uMtN, http://www.playvid.com/watch/CY7JBkgd4iy, http://www.playvid.com/watch/kUtVj3WdH8k, http://www.playvid.com/watch/FceVeLuAfFa, http://www.playvid.com/watch/ZrjiNe2wSJz
5.f. Date of third notice: 2014-11-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Skayfall
5.b. Uploader's email address: lavanndawhite@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/Skayfall
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6_n836WRZDQ, http://www.playvid.com/watch/2OY3tpARauX, http://www.playvid.com/watch/rFLG2HvbfGn, http://www.playvid.com/watch/fohnxJITrgb, http://www.playvid.com/watch/CgjmQ2DAs6u, http://www.playvid.com/watch/zSk5DQUCV97, http://www.playvid.com/watch/RpvMXKVlFVj, http://www.playvid.com/watch/xVE4rl9lqGD, http://www.playvid.com/watch/it3L_d11Nhf, http://www.playvid.com/watch/50eEQVzUTWa, http://www.playvid.com/watch/k3ADk7Tt9aC, http://www.playvid.com/watch/Ik83C3WhbQG, http://www.playvid.com/watch/3EzaNUehu5P, http://www.playvid.com/watch/kQgJBKYDl1J, http://www.playvid.com/watch/O7scdlxrjdz, http://www.playvid.com/watch/YV4YR9j3RQJ, http://www.playvid.com/watch/6nwbmIvdbMh, http://www.playvid.com/watch/4p2XrnW2Hm9, http://www.playvid.com/watch/KCpkLXlPVhi, http://www.playvid.com/watch/3v28FWropli, http://www.playvid.com/watch/Uegt-qbjFrO, http://www.playvid.com/watch/VeV-kjSsRjK, http://www.playvid.com/watch/HVel4Bs7rvW, http://www.playvid.com/watch/U53fLtRsOVH, http://www.playvid.com/watch/JT-X0GD-pUo, http://www.playvid.com/watch/YyaV3k3uZyB, http://www.playvid.com/watch/YWo5ee54Ve4, http://www.playvid.com/watch/YT06y6AhUW5, http://www.playvid.com/watch/qGMmuLfOUE5, http://www.playvid.com/watch/D1aLg4puuQH, http://www.playvid.com/watch/dYUWTXTHq-0, http://www.playvid.com/watch/zRAHjEYd2_W, http://www.playvid.com/watch/XNbbnLJTVdP, http://www.playvid.com/watch/pS1oIkrbpzm, http://www.playvid.com/watch/9VNV4c20_Pr, http://www.playvid.com/watch/lU-O8-zpsl6, http://www.playvid.com/watch/c1gGAhZa8RK, http://www.playvid.com/watch/otKamJOYu5E, http://www.playvid.com/watch/8mYPUEOC0PR, http://www.playvid.com/watch/pTv1TLUeOad, http://www.playvid.com/watch/W4FL9GYm7rb, http://www.playvid.com/watch/wc0UoKb5zMQ, http://www.playvid.com/watch/4eA9ujzgCIq, http://www.playvid.com/watch/fQG9H8FVjDd, http://www.playvid.com/watch/7BuSqrOB5uS, http://www.playvid.com/watch/wy78KBUL-cv, http://www.playvid.com/watch/s3HbcG_inNk, http://www.playvid.com/watch/Gk-JXVvUKaR, http://www.playvid.com/watch/vDxMjcHGAfT, http://www.playvid.com/watch/z-eR-2bvpt8, http://www.playvid.com/watch/b8nyiXq0Wnq, http://www.playvid.com/watch/GEwM4h6TJxd, http://www.playvid.com/watch/9r35SVMkRnz, http://www.playvid.com/watch/G6lmAes7-1f, http://www.playvid.com/watch/YnuDEN-9WOd, http://www.playvid.com/watch/cmdTlvOP_rI, http://www.playvid.com/watch/zUZp-blXSZ2, http://www.playvid.com/watch/VgjP1DdxbQu, http://www.playvid.com/watch/h2xHij87nu7, http://www.playvid.com/watch/X9mssXyCqjO, http://www.playvid.com/watch/lQT3UeEAXRn, http://www.playvid.com/watch/DVcOBSPZCa3,

http://www.playvid.com/watch/E-Y_k2iEXxX, http://www.playvid.com/watch/WEvQoNNrYmZ, http://www.playvid.com/watch/xc0r3nWRRfJ,
http://www.playvid.com/watch/Ee9gslStYt0, http://www.playvid.com/watch/L6XxqYi5-AR, http://www.playvid.com/watch/rKCjWXkRnaA,
http://www.playvid.com/watch/Jxw2VZkL_Wo, http://www.playvid.com/watch/C3JHqxhkocq, http://www.playvid.com/watch/ROFbpiEYSwd,
http://www.playvid.com/watch/v_jQUbYrrtU, http://www.playvid.com/watch/SblIas5-jGp, http://www.playvid.com/watch/encCoSsQcE5,
http://www.playvid.com/watch/Yx5U9nCYHz2, http://www.playvid.com/watch/P8dx-7vQjK3, http://www.playvid.com/watch/20gCVpkRw7f,
http://www.playvid.com/watch/BHC0nh6QRQ6, http://www.playvid.com/watch/HOP_7F5pJ_2, http://www.playvid.com/watch/EBj-NTVNEsC,
http://www.playvid.com/watch/KQsGMyz7bLY, http://www.playvid.com/watch/j-u_UAtLB-F, http://www.playvid.com/watch/coNdg3wOH2C,
http://www.playvid.com/watch/R_2F4ryYuT7, http://www.playvid.com/watch/uYushEnA94y, http://www.playvid.com/watch/kNFkeM5uP0J,
http://www.playvid.com/watch/2IptA8VXSJI, http://www.playvid.com/watch/LEJx0daz4M6, http://www.playvid.com/watch/l4uPemrq-R8,
http://www.playvid.com/watch/bKmbdzeBrTr, http://www.playvid.com/watch/xDD-80U8z7t, http://www.playvid.com/watch/Wr1xErBbpDn,
http://www.playvid.com/watch/7EWLgRhkSN2, http://www.playvid.com/watch/HV9EFm19If6, http://www.playvid.com/watch/rVd46rV_S8C,
http://www.playvid.com/watch/tcG434ILaoi, http://www.playvid.com/watch/VBVtuZBfxy2, http://www.playvid.com/watch/kNL18KBgCnM,
http://www.playvid.com/watch/a9k1NCciFXo, http://www.playvid.com/watch/FEFxsGz0Hym, http://www.playvid.com/watch/x6mD0UNC8RT,
http://www.playvid.com/watch/A3aU3YXU3vv, http://www.playvid.com/watch/FUSDRu9jhi6, http://www.playvid.com/watch/OLblOBvSpON,
http://www.playvid.com/watch/VWU-nb430LY, http://www.playvid.com/watch/pqZUqOd8vJ4, http://www.playvid.com/watch/dwA_9RoqYh3,
http://www.playvid.com/watch/DoEVblL9Fgs, http://www.playvid.com/watch/kPJGbGDAA1P, http://www.playvid.com/watch/5phahAAyFXv,
http://www.playvid.com/watch/bUoflLkoq5b, http://www.playvid.com/watch/f6WvmyYWybu, http://www.playvid.com/watch/UjMu2YGFCnw,
http://www.playvid.com/watch/91aM9Tf_MIc, http://www.playvid.com/watch/FSEnoVNdrS0, http://www.playvid.com/watch/Zg7XfP80_pB,
http://www.playvid.com/watch/oj0jYor4HKI, http://www.playvid.com/watch/ccmBgeBW_iq, http://www.playvid.com/watch/0EYP3LN3e2t,
http://www.playvid.com/watch/eZDqkGHgup0, http://www.playvid.com/watch/GUI6OyK6bPx, http://www.playvid.com/watch/YGQBKcTUTbf,
http://www.playvid.com/watch/F4ZuzdOkD4l, http://www.playvid.com/watch/38rY-iloWy5, http://www.playvid.com/watch/lc3X6KCXs9o,
http://www.playvid.com/watch/5YV5gNArE4F, http://www.playvid.com/watch/oM0g1WMKeoW, http://www.playvid.com/watch/8VUPB6BbaV4,
http://www.playvid.com/watch/uiEZL-GK-3B, http://www.playvid.com/watch/acbmc6xXqfN, http://www.playvid.com/watch/PqrcR_kOtJI,
http://www.playvid.com/watch/awWVd6JSDgo, http://www.playvid.com/watch/Y9E4ULPG-8O, http://www.playvid.com/watch/DX0fyK3ZwlK,
http://www.playvid.com/watch/Qp_TvjaUmx7
5.f. Date of third notice: 2015-09-12 18:00:52
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: skinny
5.b. Uploader's email address: dearmike@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/skinny
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JYWHJVo0XJU, http://www.playvid.com/watch/CHY4IMSOtJa,
http://www.playvid.com/watch/fQ9GkIWKUG6, http://www.playvid.com/watch/VLjyzkZ-k6l, http://www.playvid.com/watch/XY3LUqDSQCe,
http://www.playvid.com/watch/TygKLGI6Ylf, http://www.playvid.com/watch/GqSskIzu3LO, http://www.playvid.com/watch/twF2VzOaqvh,
http://www.playvid.com/watch/HhADuxIHeXB, http://www.playvid.com/watch/AdJo08sA8Ct, http://www.playvid.com/watch/tx-qDnra2T-,
http://www.playvid.com/watch/MdnedXx7zrl, http://www.playvid.com/watch/steo2QdBLOX, http://www.playvid.com/watch/VnWEYyksuoc,
http://www.playvid.com/watch/rzwS0-7sdLb, http://www.playvid.com/watch/Q28hyAuMH2v, http://www.playvid.com/watch/qZusiDzXC3B,
http://www.playvid.com/watch/BS9gmw3Ogvv, http://www.playvid.com/watch/76tpD-foWMR, http://www.playvid.com/watch/X-PYNIFWZ0m,
http://www.playvid.com/watch/tjGwJ5DE09g, http://www.playvid.com/watch/aEEQdBvSZNx, http://www.playvid.com/watch/LH3V-QuB8dr,
http://www.playvid.com/watch/y7dcTvxwKL7, http://www.playvid.com/watch/lmhkxc7loYF, http://www.playvid.com/watch/j-iGe6ShTAK,
http://www.playvid.com/watch/D8NkxlsKijU, http://www.playvid.com/watch/uvLfDc7xzGL, http://www.playvid.com/watch/RW4qiMeMEN-,
http://www.playvid.com/watch/sAVysw2NKkX, http://www.playvid.com/watch/D68U2iG8lAP, http://www.playvid.com/watch/e3eOx3Gv-Dh,
http://www.playvid.com/watch/zk3Cc4tfkTY, http://www.playvid.com/watch/mwHsSj0MpiA, http://www.playvid.com/watch/JwRCcws7gkJ,
http://www.playvid.com/watch/GMc-KMhDyZT, http://www.playvid.com/watch/wSNNcJzIpEA, http://www.playvid.com/watch/MSTWPJeEvnI,
http://www.playvid.com/watch/G9qf-A9l7v9, http://www.playvid.com/watch/lgcEHQERdhi, http://www.playvid.com/watch/FAqfAX8cJ8K,
http://www.playvid.com/watch/FkNWVB3Y9bM, http://www.playvid.com/watch/LywkpUlW4Co, http://www.playvid.com/watch/n2yOGn2a82s,
http://www.playvid.com/watch/efspczTvotf, http://www.playvid.com/watch/FW2XM9N6gQr, http://www.playvid.com/watch/eCI8oSylE6D,
http://www.playvid.com/watch/prVSWQlhqBf, http://www.playvid.com/watch/g64hMBVzsnP, http://www.playvid.com/watch/kkcW7ybFDOD,
http://www.playvid.com/watch/VqZri6G0nBq, http://www.playvid.com/watch/vDyWRGzoFY7, http://www.playvid.com/watch/qv9JZkMdpvE,
http://www.playvid.com/watch/g9PWXh8cShy, http://www.playvid.com/watch/90bhREeGqm8, http://www.playvid.com/watch/W0v9kHexJ79,
http://www.playvid.com/watch/bJyhxxhQto4, http://www.playvid.com/watch/tTTdFLevNg5, http://www.playvid.com/watch/SINRfYv5izr,
http://www.playvid.com/watch/3iLwUNG53mG, http://www.playvid.com/watch/hXxoZq7E6Wp, http://www.playvid.com/watch/DsWedGefcd7,
http://www.playvid.com/watch/kFQ6hBIENtu, http://www.playvid.com/watch/N2toruacnA2, http://www.playvid.com/watch/gBQMhAEyuZy,
http://www.playvid.com/watch/xrO4vO79Jlc, http://www.playvid.com/watch/2RsElPX6IvN, http://www.playvid.com/watch/lr-MrQJc8zu,
http://www.playvid.com/watch/VhCFRWNfjcK, http://www.playvid.com/watch/DdlkZnRVYw2, http://www.playvid.com/watch/9WN2ZHewLjk,
http://www.playvid.com/watch/0zlHcuwOzf7, http://www.playvid.com/watch/KZkhzI8lF6o, http://www.playvid.com/watch/VoHZhWgGgSN,
http://www.playvid.com/watch/x5q7Vw5l9c6, http://www.playvid.com/watch/6w-4DKpm-kB, http://www.playvid.com/watch/2HDZ8q4TaZG,
http://www.playvid.com/watch/lDLAJJ-wIgT, http://www.playvid.com/watch/HSk0Vyu9YVn, http://www.playvid.com/watch/768I2NeDEyb,
http://www.playvid.com/watch/9F5k9CqWPm5, http://www.playvid.com/watch/8WLIwO3sDKX, http://www.playvid.com/watch/jpWIFPRLq8o,
http://www.playvid.com/watch/y-nVj0Bay5a, http://www.playvid.com/watch/P2m4xba5Z5r, http://www.playvid.com/watch/wMABPA7tLNo,
http://www.playvid.com/watch/bzyyYD8MeJC
5.f. Date of third notice: 2015-04-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: slagFriday
5.b. Uploader's email address: russobenjamo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/slagFriday
5.e. List of videos posted by uploader: http://www.playvid.com/watch/tGdJzo-ukoE, http://www.playvid.com/watch/TCMvDDWu7Vd,
http://www.playvid.com/watch/cjImmccvTL0, http://www.playvid.com/watch/lndQbd2NLwG, http://www.playvid.com/watch/8mDOs-W5CNg,
http://www.playvid.com/watch/fRFXT6dxzag, http://www.playvid.com/watch/lCY-ncDm2iM, http://www.playvid.com/watch/hN8VtpBruIq,
http://www.playvid.com/watch/qV7q0YgF0pK, http://www.playvid.com/watch/C0ZB6MwJ6Gl, http://www.playvid.com/watch/ANq2OJnlrHT,
http://www.playvid.com/watch/bXcenjNT8W4, http://www.playvid.com/watch/zMxzOUICCTF, http://www.playvid.com/watch/UTEni5HQ9-y,
http://www.playvid.com/watch/mjWff8wm0Ds, http://www.playvid.com/watch/mrocxOvddV4, http://www.playvid.com/watch/u2dLut87CGH,
http://www.playvid.com/watch/5p7KpJdylDZ, http://www.playvid.com/watch/rG2SAkCL5v3, http://www.playvid.com/watch/fJERzEWDg9a,
http://www.playvid.com/watch/BUOHtFMnROt, http://www.playvid.com/watch/BatNYrJ6NlN, http://www.playvid.com/watch/DOdYeQvBPCB,
http://www.playvid.com/watch/nbfGL3bqgH2, http://www.playvid.com/watch/UtnrQJfV-c5, http://www.playvid.com/watch/XvVWiG8FhnC,
http://www.playvid.com/watch/CsyHgXvjJdj, http://www.playvid.com/watch/NVYwqjOt2YC, http://www.playvid.com/watch/mJ3ROxUQouF,
http://www.playvid.com/watch/6Sf4kEdOKJ2, http://www.playvid.com/watch/eRNGp85sngQ, http://www.playvid.com/watch/LjBsgr4g6Kj,
http://www.playvid.com/watch/JvGMVGACvAs, http://www.playvid.com/watch/Z7mpztYD5Gq, http://www.playvid.com/watch/BPTLfXs3Vva,
http://www.playvid.com/watch/6dMFYmggqDZ, http://www.playvid.com/watch/MoWkG5sLsy6, http://www.playvid.com/watch/L70c7hYtgvV,
http://www.playvid.com/watch/6ItOXxXU6KI, http://www.playvid.com/watch/vWjxksRHStY, http://www.playvid.com/watch/aZoY9zVGrjp,
http://www.playvid.com/watch/OxxG0M2Db7V, http://www.playvid.com/watch/kG6uRZHCoo3, http://www.playvid.com/watch/nWTdJ7KVdtJ,
http://www.playvid.com/watch/z0UbuufQbXo, http://www.playvid.com/watch/qKkuXzPq2lr, http://www.playvid.com/watch/dFH-2sMhajb,
http://www.playvid.com/watch/iPlZj9o4P-J, http://www.playvid.com/watch/TAKkzYdMNYG, http://www.playvid.com/watch/rKMqa6yKXsy,
http://www.playvid.com/watch/xDJVPvWmvoi, http://www.playvid.com/watch/-sDnuYiYteT, http://www.playvid.com/watch/07489DQyQsI,
http://www.playvid.com/watch/uORUKjcgLxX, http://www.playvid.com/watch/q2zmcd--u2o, http://www.playvid.com/watch/XJvNJXJyH-b,
http://www.playvid.com/watch/V94O7Kuxdn4, http://www.playvid.com/watch/4lVNjnxjn6l, http://www.playvid.com/watch/fmU7BB93cL-,
http://www.playvid.com/watch/spCsuKewgfz, http://www.playvid.com/watch/P0kP6BkNS4Z, http://www.playvid.com/watch/SzRoQx0lUC4,
http://www.playvid.com/watch/6Kf0RoHbDxp, http://www.playvid.com/watch/6oYj2lT47dl, http://www.playvid.com/watch/6HnCtMZx4NG,
http://www.playvid.com/watch/WuDYquv0Y60, http://www.playvid.com/watch/OJJuFUuX9fG, http://www.playvid.com/watch/wkNUaJ7DswE,
http://www.playvid.com/watch/vJXztrSCNs6, http://www.playvid.com/watch/5mBvDvaOxRs, http://www.playvid.com/watch/Ul0FlgjrSGL,
http://www.playvid.com/watch/MZi8IcLs90Z, http://www.playvid.com/watch/-c-iOeYVjLE, http://www.playvid.com/watch/ZNGKXwwR4uc,
http://www.playvid.com/watch/7W-LPItUjhM, http://www.playvid.com/watch/9ma0ZDIp5V6, http://www.playvid.com/watch/atIgMKEi5Sk,
http://www.playvid.com/watch/7fk63ZOCwtS, http://www.playvid.com/watch/X7YUvpUup5w, http://www.playvid.com/watch/Iozvq7m4pSj,
http://www.playvid.com/watch/Htzbxi5X5kJ, http://www.playvid.com/watch/uqHqXUmHJaC, http://www.playvid.com/watch/SwY7urbP6Tz,
http://www.playvid.com/watch/b8GODPK540k, http://www.playvid.com/watch/OAEon4HFM-j, http://www.playvid.com/watch/uJHX4jnMDfS,

http://www.playvid.com/watch/DKwokaur7hq, http://www.playvid.com/watch/LlsHbwFrgBP, http://www.playvid.com/watch/CtTYpsyN3sW, http://www.playvid.com/watch/uAy9-MoH6Ru, http://www.playvid.com/watch/VK-OMGOL3Zz, http://www.playvid.com/watch/BN2N0AVChhQ, http://www.playvid.com/watch/ML3vu3aHu9P, http://www.playvid.com/watch/ZxqX6-0rwF8, http://www.playvid.com/watch/Ogyf4iCxwWX, http://www.playvid.com/watch/SrvvZSmfHyn, http://www.playvid.com/watch/xl3iyQvcm0E, http://www.playvid.com/watch/LwJby3XpA0x, http://www.playvid.com/watch/CIGbs-XbciO, http://www.playvid.com/watch/eXAhG37b-f0, http://www.playvid.com/watch/MyC-Z6pRIPi, http://www.playvid.com/watch/YgLbKIFonEm, http://www.playvid.com/watch/o6Nu7DgwpZg, http://www.playvid.com/watch/WMpTVDA7s-F, http://www.playvid.com/watch/A2oNt8zftyt, http://www.playvid.com/watch/UAnih7-O4L5, http://www.playvid.com/watch/mlWcecGDiou, http://www.playvid.com/watch/QjCf2IRSlrf, http://www.playvid.com/watch/jyeloDoRYE3, http://www.playvid.com/watch/t9gDdJ-Boub, http://www.playvid.com/watch/9GsbGTh3oi-, http://www.playvid.com/watch/nQrAPzsXBqa, http://www.playvid.com/watch/IzE6xonA2Mj, http://www.playvid.com/watch/0rxz6BXQV0B, http://www.playvid.com/watch/M2dugg2AmDK, http://www.playvid.com/watch/t7uKiwP5zIZ, http://www.playvid.com/watch/3Iw7Ix8yeaB, http://www.playvid.com/watch/TYOtv564688, http://www.playvid.com/watch/NrUXgmFDy7P, http://www.playvid.com/watch/TX2xvGvU2X0, http://www.playvid.com/watch/HXqtDx9CgST, http://www.playvid.com/watch/scyxBQI45Sz, http://www.playvid.com/watch/CdXK9GLKQOJ, http://www.playvid.com/watch/XjZcbaF0SP3, http://www.playvid.com/watch/RAjkQnJXIPV, http://www.playvid.com/watch/XOr4tE9Hy6C, http://www.playvid.com/watch/aTN5u54KYeH, http://www.playvid.com/watch/bpejtVjcpJG, http://www.playvid.com/watch/EvbG8ed4u-B, http://www.playvid.com/watch/-SZoAx5Ikjy, http://www.playvid.com/watch/r5u7UvDmsQ5, http://www.playvid.com/watch/-F4jRks5gf-, http://www.playvid.com/watch/tuAZ5-4bhll, http://www.playvid.com/watch/4XYHxUzSUTH, http://www.playvid.com/watch/9A4vRdttAur, http://www.playvid.com/watch/Tmte4KTZVCJ, http://www.playvid.com/watch/GXDQWgfdgMj, http://www.playvid.com/watch/ErUMOzHe9wH, http://www.playvid.com/watch/23Tf4MxoUTK, http://www.playvid.com/watch/vuYp5xDJneM, http://www.playvid.com/watch/UKosF4BaekZ, http://www.playvid.com/watch/ZTD4HRYIzch, http://www.playvid.com/watch/qCwN-kHOnqY, http://www.playvid.com/watch/lmVL7nrU5Bq, http://www.playvid.com/watch/or4JsqTpE46, http://www.playvid.com/watch/xG3NbtF3KnB, http://www.playvid.com/watch/7WxDDNYMmWc, http://www.playvid.com/watch/82tqomHjqFL, http://www.playvid.com/watch/msH5qmrACt3, http://www.playvid.com/watch/6hczxOAEl0B, http://www.playvid.com/watch/m4sdmI7u7yP, http://www.playvid.com/watch/2xHbxMJ2xbf, http://www.playvid.com/watch/TDrLvvLPhXL, http://www.playvid.com/watch/dqdqcJDjfJT, http://www.playvid.com/watch/XVPwFg0bNWt, http://www.playvid.com/watch/k7tuJ8Q8qFI, http://www.playvid.com/watch/-5tmvDvt3Ii, http://www.playvid.com/watch/7YJVBoWaf0l, http://www.playvid.com/watch/yNdxupf8DNn, http://www.playvid.com/watch/5dOjuU0ZEnG, http://www.playvid.com/watch/Zv2gj7fZ3Gh, http://www.playvid.com/watch/8LXFmD8-YtU, http://www.playvid.com/watch/yCodRWLDOXE, http://www.playvid.com/watch/mu-2Ul8rtnF, http://www.playvid.com/watch/hJeJYKheHAF, http://www.playvid.com/watch/GLTwRJJGMey, http://www.playvid.com/watch/Nro4NHc3zKr, http://www.playvid.com/watch/I24VVlY8TVs, http://www.playvid.com/watch/H8FxZ0DmmBs, http://www.playvid.com/watch/s0LoPxZV3yO, http://www.playvid.com/watch/jvq0rLz3q7v, http://www.playvid.com/watch/XekoCm-Jmw7, http://www.playvid.com/watch/Vh5utoYe8rQ, http://www.playvid.com/watch/trzR7Okpcb4, http://www.playvid.com/watch/yeKRsRcOeP8, http://www.playvid.com/watch/RwHmJbbwjj8, http://www.playvid.com/watch/BpTfJm6fglF, http://www.playvid.com/watch/e2TTkai8knC, http://www.playvid.com/watch/3tDY4NkxvLK, http://www.playvid.com/watch/IW2GvIKRxV2, http://www.playvid.com/watch/VOnL80a7F0z, http://www.playvid.com/watch/DIHPIg35d9R, http://www.playvid.com/watch/HlpGjEHlZ3V, http://www.playvid.com/watch/fWMUQgboTx8, http://www.playvid.com/watch/8TUkhDDENe3, http://www.playvid.com/watch/P7WgG7UoNUt, http://www.playvid.com/watch/hhwuxX47KY3, http://www.playvid.com/watch/6XmlpiQIpe7, http://www.playvid.com/watch/G6AD29iR4qb, http://www.playvid.com/watch/kBnCv8zDWQE, http://www.playvid.com/watch/Zr7lMi6JVVh, http://www.playvid.com/watch/YS3cYtca6sM, http://www.playvid.com/watch/CvwSDXFHeEL, http://www.playvid.com/watch/M8HzSXF5oXv, http://www.playvid.com/watch/4C7EVqIF6No, http://www.playvid.com/watch/fubnye6ARHH, http://www.playvid.com/watch/XtmlLmsBYpq, http://www.playvid.com/watch/W5bsu75RPQo, http://www.playvid.com/watch/hb8IpUozr62, http://www.playvid.com/watch/8JOGtXFo4PH, http://www.playvid.com/watch/M9w9nWeBJzb, http://www.playvid.com/watch/Lx-HCGwVppv, http://www.playvid.com/watch/m6ob7vbMVQi, http://www.playvid.com/watch/RSrGiOyqnF0, http://www.playvid.com/watch/GN-OldUlTry, http://www.playvid.com/watch/LrL0u0ArYka, http://www.playvid.com/watch/eFNb-RsAuq6, http://www.playvid.com/watch/WJcJhWUvwgq, http://www.playvid.com/watch/wAbYF-bIBRG, http://www.playvid.com/watch/EzX3QWG4CS-, http://www.playvid.com/watch/VW5hig3xI7p, http://www.playvid.com/watch/rQnwP7CozYQ, http://www.playvid.com/watch/83KkSVw-jOH, http://www.playvid.com/watch/tcrzbvJlqqp, http://www.playvid.com/watch/aXOwC9fzIe5, http://www.playvid.com/watch/D9FqXW9VutT, http://www.playvid.com/watch/G3HBJ0D0qFm, http://www.playvid.com/watch/4RbvfE7tcQU, http://www.playvid.com/watch/D4ern3MQKyD, http://www.playvid.com/watch/VzZjGfoolEH, http://www.playvid.com/watch/nhtqLj4yhc0, http://www.playvid.com/watch/lX9pt0aGwDs, http://www.playvid.com/watch/fxZLyJpQ0re, http://www.playvid.com/watch/vWdXHCNR9S6, http://www.playvid.com/watch/xELzykYE0Ab, http://www.playvid.com/watch/P-R-lsaLzjF, http://www.playvid.com/watch/eFz3mx6nww2, http://www.playvid.com/watch/T7gsxlCYNA0, http://www.playvid.com/watch/uN3guyoMYDf, http://www.playvid.com/watch/Nl9C3TF5JTU, http://www.playvid.com/watch/6bj9SQLzTuQ, http://www.playvid.com/watch/WvXUQ-mR9B9

5.f. Date of third notice: 2013-09-25

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: slavikbogus

5.b. Uploader's email address: slavikboguslavik@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/slavikbogus

5.e. List of videos posted by uploader: http://www.playvid.com/watch/c4p-XxZ9f1J, http://www.playvid.com/watch/wLQ1-0xEXLQ, http://www.playvid.com/watch/qeNT722hvCC, http://www.playvid.com/watch/JhuOmwQZ2vE, http://www.playvid.com/watch/ZDATqNgt1bF, http://www.playvid.com/watch/2Q0aSC-0qoY, http://www.playvid.com/watch/ihQt17ylP9U, http://www.playvid.com/watch/O8gaCEHNGYq, http://www.playvid.com/watch/-Gli6htezPb, http://www.playvid.com/watch/a9qgAOcRajh, http://www.playvid.com/watch/HjCOe4Nr8RY, http://www.playvid.com/watch/Fdk2pLJ1fil, http://www.playvid.com/watch/sZhEafYIKMu, http://www.playvid.com/watch/7TVE4EQiS1x, http://www.playvid.com/watch/xlxWWcWrAJ7, http://www.playvid.com/watch/hX0dm7UA6rK, http://www.playvid.com/watch/tpb9ZClUYlL, http://www.playvid.com/watch/KZYemPe3-3t, http://www.playvid.com/watch/3rE31wDvQfK, http://www.playvid.com/watch/JpdwY6zupyB, http://www.playvid.com/watch/HV6D0AxJoLV, http://www.playvid.com/watch/XmtzFDNITOO, http://www.playvid.com/watch/gzTmV15jwxd, http://www.playvid.com/watch/iqBoUJpZwDY, http://www.playvid.com/watch/nHNfnveZS8E, http://www.playvid.com/watch/lEIkWjDV7wA, http://www.playvid.com/watch/NEnQCTmEqaf, http://www.playvid.com/watch/llxuolHeJkg, http://www.playvid.com/watch/3oUnvmyAW8-, http://www.playvid.com/watch/nyPez8KYpPJ, http://www.playvid.com/watch/iuGuw9BBGUv, http://www.playvid.com/watch/osKx-3Y0Aeg, http://www.playvid.com/watch/9Xg2y8nv8Zd, http://www.playvid.com/watch/7NaY-DmeaOJ, http://www.playvid.com/watch/5XHbPri1GyS, http://www.playvid.com/watch/6iOgvLmc3dX, http://www.playvid.com/watch/JTP72iMN8rv, http://www.playvid.com/watch/m2bvcR8XYb9, http://www.playvid.com/watch/gL5GXpU5xa9, http://www.playvid.com/watch/rpZYP1hZ2EW, http://www.playvid.com/watch/pO6gdEwjhOT, http://www.playvid.com/watch/Og-cd1MR2V3, http://www.playvid.com/watch/AGBH9MRAUjK, http://www.playvid.com/watch/DO0TYod4smI, http://www.playvid.com/watch/hujwn4XwdAu, http://www.playvid.com/watch/PSslh8wluwl, http://www.playvid.com/watch/7RkkwoyumY8, http://www.playvid.com/watch/ITCc6eaOTvz, http://www.playvid.com/watch/KvLGqlqnw2b, http://www.playvid.com/watch/Se8KtTK65l4, http://www.playvid.com/watch/MGz8JQcwGx8, http://www.playvid.com/watch/U7kPUdWTteA, http://www.playvid.com/watch/7QC0ygHMyna, http://www.playvid.com/watch/UfQ5rb-tbJ0, http://www.playvid.com/watch/ri7-gbKcyK6, http://www.playvid.com/watch/WTTQ7eklAdg, http://www.playvid.com/watch/57jRXH0GznR, http://www.playvid.com/watch/b2yKA9Mn1TD

5.f. Date of third notice: 2013-09-28

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: slovak77

5.b. Uploader's email address: markslovak77@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/slovak77

5.e. List of videos posted by uploader: http://www.playvid.com/watch/9aTPSeOhf5G, http://www.playvid.com/watch/yJ2oKcGwiqK, http://www.playvid.com/watch/y9LaX8TXVcE, http://www.playvid.com/watch/QHCjvYkCB9d, http://www.playvid.com/watch/bfFPMBpCa5h, http://www.playvid.com/watch/OVUXBVnPuKQ, http://www.playvid.com/watch/V8wseMEXGJh, http://www.playvid.com/watch/zT9rIljMbwd, http://www.playvid.com/watch/NNLbeN2Lyt8, http://www.playvid.com/watch/IY5HeOeYlR4, http://www.playvid.com/watch/Dgm427q0z5Y, http://www.playvid.com/watch/lzEfDIlwTYV, http://www.playvid.com/watch/egHkIOTO3FR, http://www.playvid.com/watch/2qiMbAz67x-, http://www.playvid.com/watch/-qIy3lFM2Ip, http://www.playvid.com/watch/UQgtiAKtmdg, http://www.playvid.com/watch/joaLEazCvVu, http://www.playvid.com/watch/50ktYaMA9TY, http://www.playvid.com/watch/FtCXPH45ESc, http://www.playvid.com/watch/6m1z8csyc-R, http://www.playvid.com/watch/3GVX0sb7bwh, http://www.playvid.com/watch/AUtvSPpYmSZ, http://www.playvid.com/watch/ctUPi4i80qK, http://www.playvid.com/watch/zVxaxB87tEB, http://www.playvid.com/watch/H29reBcfmMQ, http://www.playvid.com/watch/7zkOk2SI2ez, http://www.playvid.com/watch/6hK-lz1ows4, http://www.playvid.com/watch/Y72uIBenAwj, http://www.playvid.com/watch/plSYYOBgxeS, http://www.playvid.com/watch/eLRBnBtnyTV, http://www.playvid.com/watch/e60FOSvNugP, http://www.playvid.com/watch/c7CHPJYZ4is, http://www.playvid.com/watch/3M1OFPoniIJ, http://www.playvid.com/watch/YdcZGZzdMnP, http://www.playvid.com/watch/fqBiut0dYg5, http://www.playvid.com/watch/BdedfjLsRde, http://www.playvid.com/watch/gah0xN83Al0, http://www.playvid.com/watch/mQJARcmqkG6, http://www.playvid.com/watch/bg3gC9kGhpP, http://www.playvid.com/watch/5-ZRxJ7ifjc, http://www.playvid.com/watch/uH62iVhCi00, http://www.playvid.com/watch/IAwOTRz7d4r, http://www.playvid.com/watch/bvQTcBZyRVM, http://www.playvid.com/watch/sEA1uUbyj3B,

http://www.playvid.com/watch/KuTb0DaGFGN, http://www.playvid.com/watch/mrO2xtwvM4p, http://www.playvid.com/watch/ECeZk-QhUe9, http://www.playvid.com/watch/a5DlSBKvQ-0, http://www.playvid.com/watch/koQktOdNZSx, http://www.playvid.com/watch/F8oyc7IqKbr
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: slsAMG
5.b. Uploader's email address: borninvouge@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/slsAMG
5.e. List of videos posted by uploader: http://www.playvid.com/watch/pJ3KkZIiteP, http://www.playvid.com/watch/unwM909FOmq, http://www.playvid.com/watch/2mJk6WEkJQ9, http://www.playvid.com/watch/3E292e5-xHV, http://www.playvid.com/watch/gGrmc7PbEfF, http://www.playvid.com/watch/AHdKeStSJlM, http://www.playvid.com/watch/Op5gv7lTWKw, http://www.playvid.com/watch/u7kgPZ0Nr6E, http://www.playvid.com/watch/QEbwNOWib3T, http://www.playvid.com/watch/Fi-TKnn0jOn, http://www.playvid.com/watch/4q6VOSd4JK3, http://www.playvid.com/watch/e2IaW3Cz5jh, http://www.playvid.com/watch/Xk-maxmDji8, http://www.playvid.com/watch/hyIAngBlnos, http://www.playvid.com/watch/npSpw2ZqYcn, http://www.playvid.com/watch/h9J3iUHgzH7, http://www.playvid.com/watch/IJUctdAEEOO, http://www.playvid.com/watch/rIgcjvtDzjP, http://www.playvid.com/watch/XiiiPrsu256, http://www.playvid.com/watch/2ulyz2fiIxK, http://www.playvid.com/watch/4aPUYM6sAUy, http://www.playvid.com/watch/NCIHwx8jURM, http://www.playvid.com/watch/dEXcICIT6sb, http://www.playvid.com/watch/xFQ2T2lO6rt, http://www.playvid.com/watch/PKcQkvIcs3e, http://www.playvid.com/watch/0JbpxHse4qv, http://www.playvid.com/watch/oFDHpA7bRW3, http://www.playvid.com/watch/SjO7GfK8i0y, http://www.playvid.com/watch/WLJ5qQ2fZeb, http://www.playvid.com/watch/0RrcqX6TZrY, http://www.playvid.com/watch/Juwoqw4lcRA, http://www.playvid.com/watch/A-0NWtQpikS, http://www.playvid.com/watch/AgvkYfpzUK3, http://www.playvid.com/watch/2pFV62FvaS8, http://www.playvid.com/watch/JdT22pAU3NJ, http://www.playvid.com/watch/5pBkhvF2Idx, http://www.playvid.com/watch/AgGCCfHMOmV, http://www.playvid.com/watch/LPFRrj-hSd7, http://www.playvid.com/watch/9wkmUk7s9HH, http://www.playvid.com/watch/6kztrsTjN6s, http://www.playvid.com/watch/Re2yCOB-Avz, http://www.playvid.com/watch/zQudV29fCWi, http://www.playvid.com/watch/3AakE7hvLFD, http://www.playvid.com/watch/FuWMPXFGAzm, http://www.playvid.com/watch/hbHEspYPnl7, http://www.playvid.com/watch/ndeGA6ht9rG, http://www.playvid.com/watch/A64LMufpXl7, http://www.playvid.com/watch/a7t3A0wIs32, http://www.playvid.com/watch/gXwy9cjbZC2, http://www.playvid.com/watch/ofBDYFgSImj, http://www.playvid.com/watch/LxgVuPIxDxM, http://www.playvid.com/watch/WSAsDDIV3QB, http://www.playvid.com/watch/uwokj74W75F, http://www.playvid.com/watch/7sbgwaawSI0, http://www.playvid.com/watch/tVC7XdaCrQI, http://www.playvid.com/watch/5qQPCebjjGH, http://www.playvid.com/watch/sRZCgBfCyX2, http://www.playvid.com/watch/v5yjjJJsMVG, http://www.playvid.com/watch/Fl4gYV2Tqlh, http://www.playvid.com/watch/8ZOoLw699xj, http://www.playvid.com/watch/G6HtaZvuFEg, http://www.playvid.com/watch/IHPE-VSGzMR, http://www.playvid.com/watch/rjDkLupSA38, http://www.playvid.com/watch/5vA49xv5Xsk, http://www.playvid.com/watch/Rfwb2eWY0M6, http://www.playvid.com/watch/RepKAfKs8Hs, http://www.playvid.com/watch/QeUBzOwgcFW, http://www.playvid.com/watch/4FC94P0qGxL, http://www.playvid.com/watch/V5gFUfgHC8C, http://www.playvid.com/watch/BZYffRm3mDW, http://www.playvid.com/watch/rd2H3i64QPy, http://www.playvid.com/watch/nxZXUGnF-uk, http://www.playvid.com/watch/Km0WCsf8vFq, http://www.playvid.com/watch/tUR-UMsYQDZ, http://www.playvid.com/watch/Mzf9yZdhUUe, http://www.playvid.com/watch/wrQWC-DU2D5, http://www.playvid.com/watch/cM4inloanRG, http://www.playvid.com/watch/XaIJvoVmlDP, http://www.playvid.com/watch/xetM-3mWRKp, http://www.playvid.com/watch/fGUvEdMxXsL, http://www.playvid.com/watch/oVmXKCuENzk, http://www.playvid.com/watch/5WfDA8THxVa, http://www.playvid.com/watch/73Xc6-tddqY, http://www.playvid.com/watch/qf-0RFx5eku, http://www.playvid.com/watch/lyOS5T0vYAU, http://www.playvid.com/watch/qkorznlN-Po, http://www.playvid.com/watch/jvjHWxh6Iz7, http://www.playvid.com/watch/dRWGnMcKbia, http://www.playvid.com/watch/nGLC98pts7D, http://www.playvid.com/watch/Yz3c5gq7QMw, http://www.playvid.com/watch/NbZll58o2JZ, http://www.playvid.com/watch/WWnOcecFifw, http://www.playvid.com/watch/G5BhfSSlHiB, http://www.playvid.com/watch/M8ggDS6GCoL, http://www.playvid.com/watch/mVjb2zoqEmu, http://www.playvid.com/watch/fK78VDKBvc2, http://www.playvid.com/watch/ciOMDF9cS5x, http://www.playvid.com/watch/qCf0rBU3XbJ, http://www.playvid.com/watch/5Xy8zAO3XOM, http://www.playvid.com/watch/ICBnEWnnJtk, http://www.playvid.com/watch/d5jS8BT3bY4, http://www.playvid.com/watch/QB7sFmqwLL2, http://www.playvid.com/watch/lX0KWpKSIVv, http://www.playvid.com/watch/jWI85nSG9w7, http://www.playvid.com/watch/BmNPPdDPNQ0, http://www.playvid.com/watch/o3lG5WV4eVg, http://www.playvid.com/watch/q9dm3Z9Y-vs, http://www.playvid.com/watch/Y4ymuIA7EC6, http://www.playvid.com/watch/flTD3WZE3Rz, http://www.playvid.com/watch/Nhjwux2Ct72, http://www.playvid.com/watch/tZdyr-GNPkO, http://www.playvid.com/watch/RxCZG7d0Kvs, http://www.playvid.com/watch/ojiZH7kdng2, http://www.playvid.com/watch/7seEPZYNcgM, http://www.playvid.com/watch/hmciEAiEkIp, http://www.playvid.com/watch/JAFndRHX3ba, http://www.playvid.com/watch/ZsVkyquigp-, http://www.playvid.com/watch/EOnpPHYj4Mt, http://www.playvid.com/watch/MJS6NzG5Vqn, http://www.playvid.com/watch/CajpOzjgcwk, http://www.playvid.com/watch/UnQ6j9zbJBF, http://www.playvid.com/watch/mgCqw9oq9aw, http://www.playvid.com/watch/3rGrwFbTLF9, http://www.playvid.com/watch/oC-4RmgiHg4, http://www.playvid.com/watch/ZTqTyXG48hu, http://www.playvid.com/watch/giyJkpL-g93, http://www.playvid.com/watch/NG5uwZTfZQ7, http://www.playvid.com/watch/gge-RpLXwES, http://www.playvid.com/watch/XMoQflx-34h, http://www.playvid.com/watch/wldDmUfrQ-z, http://www.playvid.com/watch/Dz3B7izksPa, http://www.playvid.com/watch/jxxbutR0L0C, http://www.playvid.com/watch/esc0pswquSf, http://www.playvid.com/watch/hglPW73Lhya, http://www.playvid.com/watch/Vrja-eHElYM, http://www.playvid.com/watch/POf4YNnPl6m, http://www.playvid.com/watch/ptxRGBR6YzO, http://www.playvid.com/watch/DTt75lw0dIJ, http://www.playvid.com/watch/Oyiy8BFQPwE, http://www.playvid.com/watch/KgeluQNgDQc, http://www.playvid.com/watch/8x8gSxkDqlP, http://www.playvid.com/watch/fpqsNcy3BMN, http://www.playvid.com/watch/EBT9DmJhZZU, http://www.playvid.com/watch/qnzXweqRtsS, http://www.playvid.com/watch/OaTjOtWtVB9, http://www.playvid.com/watch/0C3PgF3Zt2u, http://www.playvid.com/watch/DMV4BE4PvDD, http://www.playvid.com/watch/sEsDcSq-zLF, http://www.playvid.com/watch/cz6L7QU4DjV, http://www.playvid.com/watch/wx3YDohTqd3, http://www.playvid.com/watch/HEovXaKd2-m, http://www.playvid.com/watch/PTmrYsGBRx9, http://www.playvid.com/watch/GYLG0AMj5KB, http://www.playvid.com/watch/HPcY6fTTK9f, http://www.playvid.com/watch/vUVnCjZYF6g, http://www.playvid.com/watch/yfEnyt7oB4C, http://www.playvid.com/watch/6OovVB5DTdn, http://www.playvid.com/watch/9zumt-p0ltQ, http://www.playvid.com/watch/e5P7FbSlA5S, http://www.playvid.com/watch/lhR3NqDndVe, http://www.playvid.com/watch/mlnCvciKKhF, http://www.playvid.com/watch/IypL20QKfMp, http://www.playvid.com/watch/IDXMwnQWUst, http://www.playvid.com/watch/HxHpWY-hjam, http://www.playvid.com/watch/YvHli-ioaHS, http://www.playvid.com/watch/Gx6iT6-eKDd, http://www.playvid.com/watch/YwUVb6676VG, http://www.playvid.com/watch/8lYUDf-P5rO, http://www.playvid.com/watch/TeQYnLG7uJH, http://www.playvid.com/watch/hnL7K0ilmdh, http://www.playvid.com/watch/x-SLOLi8mks, http://www.playvid.com/watch/4zlJGxWGXrq, http://www.playvid.com/watch/BZO3qgbGWAX, http://www.playvid.com/watch/mEEahDUBfde, http://www.playvid.com/watch/dpqiosI8YLx, http://www.playvid.com/watch/Fl3tOqHj6YK, http://www.playvid.com/watch/94jr5of9JVz, http://www.playvid.com/watch/zpDR9VQywnE, http://www.playvid.com/watch/gZqDv9kKgRL, http://www.playvid.com/watch/kNCxXNXyIJz, http://www.playvid.com/watch/mjABOo3PPU4, http://www.playvid.com/watch/BZ0Q6f0jTKl, http://www.playvid.com/watch/ksVCcim9vTG, http://www.playvid.com/watch/eVq592FO87l, http://www.playvid.com/watch/WzjV7aMPFQG, http://www.playvid.com/watch/3csCD6xBBEJ, http://www.playvid.com/watch/SDkVygsjkmt, http://www.playvid.com/watch/CqQRpTz7RRH, http://www.playvid.com/watch/0J84LeHz3ch, http://www.playvid.com/watch/tSp2GHB20N9, http://www.playvid.com/watch/FybojCnINrm, http://www.playvid.com/watch/EvT7jP8rXDe, http://www.playvid.com/watch/07Fi-hDnfG4, http://www.playvid.com/watch/z8wJGyoATDV, http://www.playvid.com/watch/brhd2FRvw-Y, http://www.playvid.com/watch/usPxYewwV44, http://www.playvid.com/watch/f9vrF6L0Hys, http://www.playvid.com/watch/muRORAeVgJ3, http://www.playvid.com/watch/-HoNziXMosj, http://www.playvid.com/watch/o7v8y0MznN3, http://www.playvid.com/watch/Zacrzw5bnSq, http://www.playvid.com/watch/Uo5h9yl7Elz, http://www.playvid.com/watch/qzHCuALOKy8, http://www.playvid.com/watch/GmPX-YcIa5J, http://www.playvid.com/watch/8LUQC-IxEMR, http://www.playvid.com/watch/9dCP9-YpyaI, http://www.playvid.com/watch/E2LTSDrVYwd, http://www.playvid.com/watch/r0xMjsCmVxW, http://www.playvid.com/watch/YH66sVmzUri, http://www.playvid.com/watch/eQe4ts8srfm, http://www.playvid.com/watch/AYfX4E6FXvL, http://www.playvid.com/watch/lYrkgfm3Z9E, http://www.playvid.com/watch/5IZOdUKsYfM, http://www.playvid.com/watch/Vc0dTCiAXEM, http://www.playvid.com/watch/pS5sjaGI2Ig, http://www.playvid.com/watch/I24gQ7iXsah, http://www.playvid.com/watch/CZEClQilFoz, http://www.playvid.com/watch/Sw6S9ayHyJs, http://www.playvid.com/watch/0d2zIVc3roL, http://www.playvid.com/watch/7A5ZFd6l9pq, http://www.playvid.com/watch/EDn25JSYTs2, http://www.playvid.com/watch/iVqY3iAclMX, http://www.playvid.com/watch/e6EYg7Tryap, http://www.playvid.com/watch/vKVYWRdiZOv, http://www.playvid.com/watch/RyxXfLnp4NI, http://www.playvid.com/watch/yZCiYlmE276, http://www.playvid.com/watch/q0Til-bEbzg, http://www.playvid.com/watch/g5ISCGExQqW, http://www.playvid.com/watch/mm-0TkPkHiJ, http://www.playvid.com/watch/eYYqwkDNlld, http://www.playvid.com/watch/guWIGfn8ooE, http://www.playvid.com/watch/aPdqq-gLu6A, http://www.playvid.com/watch/AbNzC88V9QC, http://www.playvid.com/watch/S6DSiLURVXB, http://www.playvid.com/watch/-AQlHjvAfE2, http://www.playvid.com/watch/EZGHIvSTHQP, http://www.playvid.com/watch/zCYRt3TDjds, http://www.playvid.com/watch/UVd7V7GTU7i, http://www.playvid.com/watch/0E2Dsi48url, http://www.playvid.com/watch/0Fv2NUmblEY, http://www.playvid.com/watch/QJjoH2d2Xod, http://www.playvid.com/watch/BmswK0k6ZUd, http://www.playvid.com/watch/HD9enufyVkG, http://www.playvid.com/watch/JbTTC8f2Xoo, http://www.playvid.com/watch/NXeorknKw2Y, http://www.playvid.com/watch/6QuY6fhg7aD, http://www.playvid.com/watch/75oIh3knUbn, http://www.playvid.com/watch/HPsL8lJdu5Y, http://www.playvid.com/watch/xg5nhGbtKV3, http://www.playvid.com/watch/PR25hMWJcDg, http://www.playvid.com/watch/K5d5UqfvMkF, http://www.playvid.com/watch/BY5VAItBK2b, http://www.playvid.com/watch/ua5VsnLZ043, http://www.playvid.com/watch/67MXBupn7Bo, http://www.playvid.com/watch/E4nUV3alZ6q, http://www.playvid.com/watch/rf-jcqFcTIS, http://www.playvid.com/watch/BRftxgdcXpK, http://www.playvid.com/watch/ZCJvW2FGeDB, http://www.playvid.com/watch/e44iHNi70FW, http://www.playvid.com/watch/iqwSlf9N82W, http://www.playvid.com/watch/rdKraRgSEMw, http://www.playvid.com/watch/mFQ3ZsOWfsu, http://www.playvid.com/watch/a3vnCltYbg5,

http://www.playvid.com/watch/uAIDFMXGk8g, http://www.playvid.com/watch/tExa0mW5FMw, http://www.playvid.com/watch/6NQ2ysEY667, http://www.playvid.com/watch/u7jU6m0hag2, http://www.playvid.com/watch/tNxAre-gZjS, http://www.playvid.com/watch/5j3aIR-FvNe, http://www.playvid.com/watch/3PjTRdKuZyA, http://www.playvid.com/watch/UNHAwlpm7eC, http://www.playvid.com/watch/msA8K7u9e9E, http://www.playvid.com/watch/w9uo3jK2fPz, http://www.playvid.com/watch/9zuGufv32iz, http://www.playvid.com/watch/ZvcU5hRocMn, http://www.playvid.com/watch/ktQzkgABeo3, http://www.playvid.com/watch/NNH5RgQAHrV, http://www.playvid.com/watch/mRYkJvZu6LL, http://www.playvid.com/watch/QLxhlUvZzOE, http://www.playvid.com/watch/pa3conMA357
5.f. Date of third notice: 2013-09-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: smoooke
5.b. Uploader's email address: ralfrinngtii@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/smoooke
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3hS6aQbmwJR, http://www.playvid.com/watch/5s50KcGAgPy, http://www.playvid.com/watch/Wd9MiFRlOB5, http://www.playvid.com/watch/PhgmzJQ9jWP, http://www.playvid.com/watch/L6OgwIAJbwz, http://www.playvid.com/watch/cLzyJltoCuz, http://www.playvid.com/watch/qxmwwfl4TtE, http://www.playvid.com/watch/RWJgAlom3Aj, http://www.playvid.com/watch/XWNC2FKUuHg, http://www.playvid.com/watch/KuiefqeGppp, http://www.playvid.com/watch/U5jOsJy0xVI, http://www.playvid.com/watch/v3v5xcvH6Uy, http://www.playvid.com/watch/MejeBXqTQOA, http://www.playvid.com/watch/YjpQOYFnEqY, http://www.playvid.com/watch/8JwPaSU7Rrc, http://www.playvid.com/watch/u0ZmeZdeam0, http://www.playvid.com/watch/U3EODy5rxDA, http://www.playvid.com/watch/ddTg0V04ThX, http://www.playvid.com/watch/WCg3vw9vqLo, http://www.playvid.com/watch/HBvayyuxQVD, http://www.playvid.com/watch/Em06ykBQawo, http://www.playvid.com/watch/P2O6ZTk6IPc, http://www.playvid.com/watch/KrPuoEC3xwS, http://www.playvid.com/watch/Y2P4B5eIiBN, http://www.playvid.com/watch/7tQNQLNqYLH, http://www.playvid.com/watch/ELWp-r3reZu, http://www.playvid.com/watch/u2URx3aYGc5, http://www.playvid.com/watch/8ad8vzG0bQn, http://www.playvid.com/watch/iSOQ73aUCOA, http://www.playvid.com/watch/o93zVcG6GG3, http://www.playvid.com/watch/Je7wtdJ68JH, http://www.playvid.com/watch/UwWQJUE6zEy, http://www.playvid.com/watch/kpuJ8Y6qlYM, http://www.playvid.com/watch/yqfY0jqU54D, http://www.playvid.com/watch/cc-YWVBuabU, http://www.playvid.com/watch/4PL-FxmNmub, http://www.playvid.com/watch/HVN8UunwOiV, http://www.playvid.com/watch/89LhK8wk08m, http://www.playvid.com/watch/DlTG6VqwD3k, http://www.playvid.com/watch/sqR8yzbjyA2, http://www.playvid.com/watch/P5QUd2gSJ3i, http://www.playvid.com/watch/52B8Lr5HjI2, http://www.playvid.com/watch/tvOCE7AT2Hq, http://www.playvid.com/watch/kjijvPh8oen, http://www.playvid.com/watch/ZwZrf8slELN, http://www.playvid.com/watch/otciDaZaVk-, http://www.playvid.com/watch/-LJMfVSqj6U, http://www.playvid.com/watch/bhyTXB9hRXj, http://www.playvid.com/watch/MRiIcN6MY4N, http://www.playvid.com/watch/N5qVVoNzNeT, http://www.playvid.com/watch/lN964etUbxS, http://www.playvid.com/watch/vpvvpJJ67x5, http://www.playvid.com/watch/o-m75xu6aik, http://www.playvid.com/watch/z9Tems66os-, http://www.playvid.com/watch/NxhqCP8ej3C, http://www.playvid.com/watch/K6JBdDNSaMM, http://www.playvid.com/watch/UFTYryDXw7B, http://www.playvid.com/watch/buQOeC8cucX, http://www.playvid.com/watch/ZcCMjK44cka, http://www.playvid.com/watch/pEVTKfyKzSP, http://www.playvid.com/watch/Xh3b2j6s75P, http://www.playvid.com/watch/WTqDJHS6FDQ, http://www.playvid.com/watch/Kz0OSstYgTP, http://www.playvid.com/watch/t4GRBYaiZUq, http://www.playvid.com/watch/YwD3cblvBNu, http://www.playvid.com/watch/yMIswWvobMb, http://www.playvid.com/watch/aNzFbbaId5p, http://www.playvid.com/watch/iPgBEJR0sNM, http://www.playvid.com/watch/Tk59jQwq9pO, http://www.playvid.com/watch/D4DzMC5lLyl, http://www.playvid.com/watch/P8lUjptuy7G, http://www.playvid.com/watch/XOPvkNI8JWT, http://www.playvid.com/watch/j4K3dImBwZu, http://www.playvid.com/watch/fPIKE0OmZkS, http://www.playvid.com/watch/DYUiWI4o4hP, http://www.playvid.com/watch/F-UyjFozl0u, http://www.playvid.com/watch/8JUljsvDmr5, http://www.playvid.com/watch/0AiFOYLEuKv, http://www.playvid.com/watch/8YMtSTLA5EJ, http://www.playvid.com/watch/8T8n5s5-YLj, http://www.playvid.com/watch/zr8xgKlatRH, http://www.playvid.com/watch/PgxoXLtx8Qy, http://www.playvid.com/watch/gDaxT-nXs-y, http://www.playvid.com/watch/5A7IqAHsN-Z, http://www.playvid.com/watch/z6Y5Ghqbek8, http://www.playvid.com/watch/Ejphw6pbBCs, http://www.playvid.com/watch/3u8DgXZJmRk, http://www.playvid.com/watch/wtuyzJl3Grf, http://www.playvid.com/watch/Iip8aH3f42O, http://www.playvid.com/watch/KdPrTmDtM5m, http://www.playvid.com/watch/haY2TZLvwNN, http://www.playvid.com/watch/3ZhfxsyylB2, http://www.playvid.com/watch/NvAHIJWz5mR, http://www.playvid.com/watch/zYKTLQBWhGN, http://www.playvid.com/watch/-7DTfcTWqo-, http://www.playvid.com/watch/Dc8pPEB4JNe, http://www.playvid.com/watch/PmgdcH-lJho, http://www.playvid.com/watch/Mvxz2eNP2cC, http://www.playvid.com/watch/6kEKuD6czCl, http://www.playvid.com/watch/ApP97G6USv7, http://www.playvid.com/watch/w2DooRMSYEh, http://www.playvid.com/watch/wtrmovm864D, http://www.playvid.com/watch/WRxIEkUE-li, http://www.playvid.com/watch/83UmaqwlePK, http://www.playvid.com/watch/4YBLnvRLyyo, http://www.playvid.com/watch/v40jCisMKRa, http://www.playvid.com/watch/HS-ghlUsQD5, http://www.playvid.com/watch/d2pg5c6XRRN, http://www.playvid.com/watch/SWxwVqI0ZgC, http://www.playvid.com/watch/kpBRscjRsdP, http://www.playvid.com/watch/RLy50GJuQAl, http://www.playvid.com/watch/k9yEezxkB5L, http://www.playvid.com/watch/BndIqjpklN2, http://www.playvid.com/watch/QJ-GdenRPAC, http://www.playvid.com/watch/kRbbtPt2iIX, http://www.playvid.com/watch/Sxidprkjp0f, http://www.playvid.com/watch/KbHUipmb0KO, http://www.playvid.com/watch/XNfD4eZgRLh, http://www.playvid.com/watch/Do2LHn-8lqQ, http://www.playvid.com/watch/4ygCXDXXing, http://www.playvid.com/watch/yR6z8XEvCLB, http://www.playvid.com/watch/AT2UwE4ECw-, http://www.playvid.com/watch/cKretv9B8EU, http://www.playvid.com/watch/jbwOIII3B8M, http://www.playvid.com/watch/MYD7hUTKqKL, http://www.playvid.com/watch/agOXwh6Qpfs, http://www.playvid.com/watch/c-hNFJaCpLV, http://www.playvid.com/watch/XYw5LBkgCon, http://www.playvid.com/watch/u-HRM0fQ5R5, http://www.playvid.com/watch/iWaMQNneHUu, http://www.playvid.com/watch/WyR0Q0BxjIA, http://www.playvid.com/watch/dMntQbXIcyo, http://www.playvid.com/watch/UVODiXni83V, http://www.playvid.com/watch/mePMwAscasZ, http://www.playvid.com/watch/m8qe2vK7kkJ, http://www.playvid.com/watch/528w7UXrbYH, http://www.playvid.com/watch/PNm2gPEAy9I, http://www.playvid.com/watch/RQYQhPq2Vff, http://www.playvid.com/watch/0drZZxNNYz0, http://www.playvid.com/watch/HNoBDnLu69v, http://www.playvid.com/watch/Qw7UZnDhCiI, http://www.playvid.com/watch/UWoiNiKzXA5, http://www.playvid.com/watch/YdDdUPRwCQz, http://www.playvid.com/watch/7Fg32aTaC2t, http://www.playvid.com/watch/QTkgYTmM6v2, http://www.playvid.com/watch/EyobsePSkOs, http://www.playvid.com/watch/VwohdnpnTQe, http://www.playvid.com/watch/LDhFf7B0v0q, http://www.playvid.com/watch/RtQCw6MQpBZ, http://www.playvid.com/watch/cvEmKPynHae, http://www.playvid.com/watch/MkdVmG97475, http://www.playvid.com/watch/yrHNFopndTv, http://www.playvid.com/watch/ducK7HEXcgK, http://www.playvid.com/watch/pqs9XwUKzpo, http://www.playvid.com/watch/T8SCVLhiu3G, http://www.playvid.com/watch/0Y0NJbTpRRv, http://www.playvid.com/watch/VqGdMSKu-ml, http://www.playvid.com/watch/05HlS6MrDF7, http://www.playvid.com/watch/i9WpigPDBa4, http://www.playvid.com/watch/rAEcNLY2cpz, http://www.playvid.com/watch/YmezMNopV28, http://www.playvid.com/watch/FKLqnv-4404, http://www.playvid.com/watch/6c8uPKJ5vA3, http://www.playvid.com/watch/cVqakr88nG2, http://www.playvid.com/watch/9LL9fRjzFDr, http://www.playvid.com/watch/VDjXEohCeVY, http://www.playvid.com/watch/fQ0LJaksXpy, http://www.playvid.com/watch/VTE3cGnHOcU, http://www.playvid.com/watch/px9f4vg7BO-, http://www.playvid.com/watch/IGSt8gDw0c3, http://www.playvid.com/watch/5i-tZdeDrNW, http://www.playvid.com/watch/VADdhBXh3-D, http://www.playvid.com/watch/ohLO3zqihvt, http://www.playvid.com/watch/Dl38QyuGlLt, http://www.playvid.com/watch/ujIK8tggk8E, http://www.playvid.com/watch/tiDqfKCKWBm, http://www.playvid.com/watch/XI5KgeBpEfD, http://www.playvid.com/watch/syQUEfFRncY, http://www.playvid.com/watch/8hWJWG9CNwI, http://www.playvid.com/watch/2CfarSERjdF, http://www.playvid.com/watch/rhBOIarUghT, http://www.playvid.com/watch/sVl5UXSBaOO, http://www.playvid.com/watch/FMkURmDDEuV, http://www.playvid.com/watch/FFpMDuuSZM7, http://www.playvid.com/watch/7ADYFhm-yqA, http://www.playvid.com/watch/Naksk7pwmA2, http://www.playvid.com/watch/z9tH5H4s69o, http://www.playvid.com/watch/jdid4XIlRPZ, http://www.playvid.com/watch/KN-96w0VMBE, http://www.playvid.com/watch/69dVauO22Ru, http://www.playvid.com/watch/gKxr6IMrTop, http://www.playvid.com/watch/VTnxsODkNSc, http://www.playvid.com/watch/7-pSnuAXcnX, http://www.playvid.com/watch/55uJ-k7847k, http://www.playvid.com/watch/FduPFhX8dDr, http://www.playvid.com/watch/9dsGtciC2G-, http://www.playvid.com/watch/jXiW25MDKQV, http://www.playvid.com/watch/F6Eo-ioztY5, http://www.playvid.com/watch/Xxi-W62i7Od, http://www.playvid.com/watch/xWNnfDyVu04, http://www.playvid.com/watch/eQqdaM7W9rg, http://www.playvid.com/watch/VzBm9I-rrwa, http://www.playvid.com/watch/Jll540iopvB, http://www.playvid.com/watch/cISdivKu2aT, http://www.playvid.com/watch/EpmhI6hJ-lc, http://www.playvid.com/watch/OlY8vCaOt3E, http://www.playvid.com/watch/m3-dIoU7CvZ, http://www.playvid.com/watch/hzk2vUakaav, http://www.playvid.com/watch/GX2bOjkUi4c, http://www.playvid.com/watch/VgBMQ8SBUm5, http://www.playvid.com/watch/3X8w3X9Lme2, http://www.playvid.com/watch/jMXUtWNa3TC, http://www.playvid.com/watch/gfzDCmYhitf, http://www.playvid.com/watch/cMMXgD7K4eA, http://www.playvid.com/watch/UBrZJf-lkZa, http://www.playvid.com/watch/YqaLxNW6xfS, http://www.playvid.com/watch/86fEASxktEC, http://www.playvid.com/watch/gEROgvKEydw, http://www.playvid.com/watch/oDjeJRtGCm3, http://www.playvid.com/watch/PwazgTleA0w, http://www.playvid.com/watch/vALDAxzsFv7, http://www.playvid.com/watch/L0Bnjv6-0Pl, http://www.playvid.com/watch/6iYtQQsNHna, http://www.playvid.com/watch/D7qmyetgiRj, http://www.playvid.com/watch/xDFiasOUL4b, http://www.playvid.com/watch/sKeO68OJhMo, http://www.playvid.com/watch/lgGGrZldwkS, http://www.playvid.com/watch/oixTWqwKW4J, http://www.playvid.com/watch/RitFWbAPXzw, http://www.playvid.com/watch/s0KVydaixD2, http://www.playvid.com/watch/UdY30z6sdM4, http://www.playvid.com/watch/Q46mUWllAVN, http://www.playvid.com/watch/c3O90gjNyTl, http://www.playvid.com/watch/ZcSM5MGJH20, http://www.playvid.com/watch/Yzy64hD3yod, http://www.playvid.com/watch/RE8UG9bJfJ3, http://www.playvid.com/watch/Rc44Sm37Ji9, http://www.playvid.com/watch/HS4aaaI6fRf, http://www.playvid.com/watch/e8Rek7awG--, http://www.playvid.com/watch/-9GtNrRjXV6, http://www.playvid.com/watch/m7n9j78fyVh, http://www.playvid.com/watch/kgVcHA36bRX, http://www.playvid.com/watch/GkPD68sRV9a, http://www.playvid.com/watch/8AFx5NgskZF, http://www.playvid.com/watch/OMM0O9Fnibd, http://www.playvid.com/watch/NnQmwmnZKFw, http://www.playvid.com/watch/V0LltbkWszH, http://www.playvid.com/watch/RctBRZnCthH, http://www.playvid.com/watch/tyQUQTvQPhV, http://www.playvid.com/watch/dZQmhLTiKyd, http://www.playvid.com/watch/kq-Rngx5QEQ,

http://www.playvid.com/watch/57rFTLNDAB9, http://www.playvid.com/watch/MPrf23w6Vex, http://www.playvid.com/watch/marnaTtwYNO,
http://www.playvid.com/watch/-qMlfkqU6ea, http://www.playvid.com/watch/ItFgwyX3ivW, http://www.playvid.com/watch/DI3zOKERhpf,
http://www.playvid.com/watch/ck95t2XuDh-, http://www.playvid.com/watch/fkhAbUockX4, http://www.playvid.com/watch/g7tP5Xw3j9A,
http://www.playvid.com/watch/c4haCA8TWlm, http://www.playvid.com/watch/N2tYhhKuXNd, http://www.playvid.com/watch/nfHc0meh5Wt,
http://www.playvid.com/watch/WmSwLv3VocU, http://www.playvid.com/watch/gAC4jpGiHrL, http://www.playvid.com/watch/E8mA9TtsrvS,
http://www.playvid.com/watch/EdRYgA-GIDM, http://www.playvid.com/watch/lLzrVu3xIio, http://www.playvid.com/watch/pCxY50o3sob,
http://www.playvid.com/watch/OQ9u3RU7s9E, http://www.playvid.com/watch/TdBAKtN7LLg, http://www.playvid.com/watch/oZO7uKLTxwo,
http://www.playvid.com/watch/DfEXTeq9BAd, http://www.playvid.com/watch/8QeYQYEkGYa, http://www.playvid.com/watch/JHsRHSc-Av3,
http://www.playvid.com/watch/tPUPdjGhttA, http://www.playvid.com/watch/I6xFlXunHYO, http://www.playvid.com/watch/awAT7yjw2Tr,
http://www.playvid.com/watch/e3n8A4At-g8, http://www.playvid.com/watch/JinDAQbxnN-, http://www.playvid.com/watch/ix8lJjXqz-A,
http://www.playvid.com/watch/Vm65i0oO4Ac, http://www.playvid.com/watch/LTIHt0TQxZu, http://www.playvid.com/watch/XBmrEQxg0pu,
http://www.playvid.com/watch/8Z7Fl2WeqxB, http://www.playvid.com/watch/NYKCThy4BqJ, http://www.playvid.com/watch/rVVX4FT3nAS,
http://www.playvid.com/watch/rYPKsVzQBU2, http://www.playvid.com/watch/QDrRti7ZyQm, http://www.playvid.com/watch/OuvxlJmeZfI,
http://www.playvid.com/watch/xn7lhmQQ6Kz, http://www.playvid.com/watch/yRFuv0smRcN, http://www.playvid.com/watch/0-3uRKV7dc9,
http://www.playvid.com/watch/TVfTJq7oeK3, http://www.playvid.com/watch/Fyl52t8QzSM, http://www.playvid.com/watch/wmxNZ7dUxdr,
http://www.playvid.com/watch/ESD9Dx7yGI7, http://www.playvid.com/watch/Bp8TGbhj4hd, http://www.playvid.com/watch/MxOZm2oVraF,
http://www.playvid.com/watch/bMse7Tx-xkF, http://www.playvid.com/watch/Na7YcQI4grA, http://www.playvid.com/watch/uvRo4Fu4OUx,
http://www.playvid.com/watch/NvzGkYeSunp, http://www.playvid.com/watch/cYjKXyjeUuR, http://www.playvid.com/watch/Y9dAlTs-dYv,
http://www.playvid.com/watch/Xad56RBN0FU, http://www.playvid.com/watch/EkdfBbLYXsN, http://www.playvid.com/watch/KeAT-KXTmf8,
http://www.playvid.com/watch/s7kfWJqPDQD, http://www.playvid.com/watch/oDHLu7oC8fu, http://www.playvid.com/watch/P9XMAsU5CqA,
http://www.playvid.com/watch/6Yw8i2-NEZG, http://www.playvid.com/watch/LT3YXocW36V, http://www.playvid.com/watch/Bo3vWk8Fc0I,
http://www.playvid.com/watch/5kALvXUh2wg, http://www.playvid.com/watch/4qOJCJxUZHk, http://www.playvid.com/watch/kZv2Y3erHYo,
http://www.playvid.com/watch/ThzIx-S403v, http://www.playvid.com/watch/ilW-80tKZCd, http://www.playvid.com/watch/NZgsim247MD,
http://www.playvid.com/watch/mB3hIOxCmKc, http://www.playvid.com/watch/oaMYJBQJPjM, http://www.playvid.com/watch/lGlfLQEdy2C,
http://www.playvid.com/watch/sspyfaPOrCB, http://www.playvid.com/watch/yRiwCW0O-U3, http://www.playvid.com/watch/fjFbq3hod-7,
http://www.playvid.com/watch/qiuljNTqnG-, http://www.playvid.com/watch/zo52weEjQiy, http://www.playvid.com/watch/384DezhW-x4,
http://www.playvid.com/watch/D5HA3PKspPg, http://www.playvid.com/watch/ZSsocqkRb6o, http://www.playvid.com/watch/wUXvSkuUNBN,
http://www.playvid.com/watch/qEn5qqGBidz, http://www.playvid.com/watch/N5D45lRpQUg, http://www.playvid.com/watch/Jak3r8Uo8C4,
http://www.playvid.com/watch/pMUvgDuirFu, http://www.playvid.com/watch/C3YMkOOAw2s, http://www.playvid.com/watch/aktNju5Bh37,
http://www.playvid.com/watch/6T265lH-yEb, http://www.playvid.com/watch/TobIdZGN7Mt, http://www.playvid.com/watch/27e6o72ElOn,
http://www.playvid.com/watch/yR5jatyrGsV, http://www.playvid.com/watch/k4lxdKsDCiA, http://www.playvid.com/watch/ZilwtaBbvOr,
http://www.playvid.com/watch/PTVbKrfUoaY, http://www.playvid.com/watch/VKFJZ7pegCv, http://www.playvid.com/watch/6XIoOVF4fb9,
http://www.playvid.com/watch/b2gcgcscHHW, http://www.playvid.com/watch/nwJ3D8sbcDj, http://www.playvid.com/watch/DRGmTHKQDgU,
http://www.playvid.com/watch/KdBhkAPaJYe, http://www.playvid.com/watch/aLvzUZVsjiE, http://www.playvid.com/watch/HIcWg6LN-sC,
http://www.playvid.com/watch/vCq3sJPfdZ4, http://www.playvid.com/watch/3p7vlcguNHZ, http://www.playvid.com/watch/Ee7yfaMBWuu,
http://www.playvid.com/watch/rWEQnDM3D38, http://www.playvid.com/watch/HlTEprORp0R, http://www.playvid.com/watch/FEWFlkNJ8fU,
http://www.playvid.com/watch/pyhZJge07CJ, http://www.playvid.com/watch/oi6CXnCZxy4, http://www.playvid.com/watch/0CP-hLyEMXq,
http://www.playvid.com/watch/RRenerlES0v, http://www.playvid.com/watch/3EK7xn4mY6n, http://www.playvid.com/watch/AvfFOjaDspv,
http://www.playvid.com/watch/oKj-45Xns3G, http://www.playvid.com/watch/KuFAzwdyVzV, http://www.playvid.com/watch/AHnL5mwVfij,
http://www.playvid.com/watch/d94yKVDv90o, http://www.playvid.com/watch/tAnnBKunvpc, http://www.playvid.com/watch/FKggT8WL8gf,
http://www.playvid.com/watch/P2USotjNDuK, http://www.playvid.com/watch/cyyuBIhoIUw, http://www.playvid.com/watch/lonYvtoK8ar,
http://www.playvid.com/watch/sTj0nS4XwTi, http://www.playvid.com/watch/O4kR6b8Q4Gp, http://www.playvid.com/watch/TXTWYttU2j2,
http://www.playvid.com/watch/wyWo78SJX4U, http://www.playvid.com/watch/02sCenx8tm2, http://www.playvid.com/watch/NZ2K8UGOxbN,
http://www.playvid.com/watch/iDpC937NOwz, http://www.playvid.com/watch/utwtPh6pSQG, http://www.playvid.com/watch/aXnyz3I7Yq-,
http://www.playvid.com/watch/lJtU9MLxRCc, http://www.playvid.com/watch/s5wkfwJTI-C, http://www.playvid.com/watch/cGQlcsnlCFh,
http://www.playvid.com/watch/AtynjZ0iARD, http://www.playvid.com/watch/nIghTCswuHn, http://www.playvid.com/watch/qACynOFf66X,
http://www.playvid.com/watch/H3DeaWADhRq, http://www.playvid.com/watch/cljMWY-TKpB, http://www.playvid.com/watch/lcMyJJJFB7P,
http://www.playvid.com/watch/9TPL0iBIWVM, http://www.playvid.com/watch/GrwGeVQbiX3, http://www.playvid.com/watch/kOmqFDtujv3,
http://www.playvid.com/watch/FfXW3a5tern, http://www.playvid.com/watch/-Zu6dShWMMP, http://www.playvid.com/watch/57sErGHQ8Be,
http://www.playvid.com/watch/Si04juIkndA, http://www.playvid.com/watch/uF0cZk2abul, http://www.playvid.com/watch/H34Yw-7fHtQ,
http://www.playvid.com/watch/roqE5Pvfrpu, http://www.playvid.com/watch/Hx8XtATCNEu, http://www.playvid.com/watch/qu0ZgUYUGHM,
http://www.playvid.com/watch/Y5QyMCJ7Ag3, http://www.playvid.com/watch/xvYiHQnBG4B, http://www.playvid.com/watch/NIGtI0T5iLA,
http://www.playvid.com/watch/QG6IGvlquvp, http://www.playvid.com/watch/JoKafQ8QMhy, http://www.playvid.com/watch/b3P5Oqp0NRs,
http://www.playvid.com/watch/bq8YBs-pZzl, http://www.playvid.com/watch/8s8Qj6-O4dl, http://www.playvid.com/watch/JiCj7qsDQmz,
http://www.playvid.com/watch/mhFryXlV9rh, http://www.playvid.com/watch/ruGzsAYHQ2e, http://www.playvid.com/watch/liwcM7FQgms,
http://www.playvid.com/watch/s5KwEMNyt7N, http://www.playvid.com/watch/EaNL4pUsqoN, http://www.playvid.com/watch/0wbZrwrCM-H,
http://www.playvid.com/watch/RKoPfHBwAyV, http://www.playvid.com/watch/7E7o3WwO-u3, http://www.playvid.com/watch/aVut8VOUMZQ,
http://www.playvid.com/watch/vu-xi70qGY9, http://www.playvid.com/watch/eX7rfdeT5wP, http://www.playvid.com/watch/-B8j3JrcI3w,
http://www.playvid.com/watch/0rGtqhF5poU, http://www.playvid.com/watch/8oQnQoL3O9p, http://www.playvid.com/watch/xZyTskvRo5i,
http://www.playvid.com/watch/MZFt7dWTG5D, http://www.playvid.com/watch/383EIqc6PT9, http://www.playvid.com/watch/K7GVSPCKK6u,
http://www.playvid.com/watch/FIksZ6mihjR, http://www.playvid.com/watch/EOFw25gxa-5, http://www.playvid.com/watch/MN-JO6Gp2db,
http://www.playvid.com/watch/SLzfGlX3LEV, http://www.playvid.com/watch/Rn6hhe-hNRh, http://www.playvid.com/watch/Z9SCwiTAh0p,
http://www.playvid.com/watch/eupFChwT2IB, http://www.playvid.com/watch/e35rAXsurBR, http://www.playvid.com/watch/dUnZZk6i4uj,
http://www.playvid.com/watch/MIYfYxfRmvC, http://www.playvid.com/watch/bZXKzVEq04b, http://www.playvid.com/watch/skHzrz--ojp,
http://www.playvid.com/watch/Q2EkAd0dUWJ, http://www.playvid.com/watch/ptu7QpBdy9N, http://www.playvid.com/watch/34dxYiaHUYy,
http://www.playvid.com/watch/5BcG0NiEWin, http://www.playvid.com/watch/AKPEoLSfnB9, http://www.playvid.com/watch/37XVRnkuEq9
5.f. Date of third notice: 2013-08-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: snooop
5.b. Uploader's email address: saraderko@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/snooop
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aDM9pxEQR5I, http://www.playvid.com/watch/7PHQRidEf3X,
http://www.playvid.com/watch/D9mNezxk7XH, http://www.playvid.com/watch/CNY6qk-2SJZ, http://www.playvid.com/watch/FkqSVizNpza,
http://www.playvid.com/watch/AgdjwVLrp8Z, http://www.playvid.com/watch/-t9ezDGp7Yk, http://www.playvid.com/watch/wNz5IhC-yiU,
http://www.playvid.com/watch/5F0kxMTokd5, http://www.playvid.com/watch/pq7dONbik3Q, http://www.playvid.com/watch/8AP2gtBj5bN,
http://www.playvid.com/watch/Oyv-3Ohh3A0, http://www.playvid.com/watch/n527kQtd7ny, http://www.playvid.com/watch/y-6nvxz7U5F,
http://www.playvid.com/watch/euSOumO32P4, http://www.playvid.com/watch/HLfKyy8iD3P, http://www.playvid.com/watch/5UVobSzCd5o,
http://www.playvid.com/watch/7orxUqOiVkN, http://www.playvid.com/watch/Myl3g9ehsZ3, http://www.playvid.com/watch/5v7uBUxG5-a,
http://www.playvid.com/watch/6LLJUiUd5a8, http://www.playvid.com/watch/yYJhwuMaUHH, http://www.playvid.com/watch/Ca6VZMbueq9,
http://www.playvid.com/watch/cWZb7sKL7Gd, http://www.playvid.com/watch/QxutMKzxlfH, http://www.playvid.com/watch/H9dIC6DeMzZ,
http://www.playvid.com/watch/X3QzLpP5CQB, http://www.playvid.com/watch/8Win3x0tzle, http://www.playvid.com/watch/fUwdLmQTJhv,
http://www.playvid.com/watch/-A3lGFHMbyk, http://www.playvid.com/watch/dctW7TOor-p, http://www.playvid.com/watch/fTc5EsCa8Mi,
http://www.playvid.com/watch/FqC2Hf6P-hY, http://www.playvid.com/watch/zDzlzavc6-r, http://www.playvid.com/watch/FY7v80e7q-K,
http://www.playvid.com/watch/j7XaA3mTZcB, http://www.playvid.com/watch/H9Ib044BfTv, http://www.playvid.com/watch/f866-pomrgp,
http://www.playvid.com/watch/RVV8plpMpDu, http://www.playvid.com/watch/y3kY2wGHjis, http://www.playvid.com/watch/Vdu555ewRA0,
http://www.playvid.com/watch/QKJymwPrXHB, http://www.playvid.com/watch/UpDwNnYiYht, http://www.playvid.com/watch/K-MUqvqmtBe,
http://www.playvid.com/watch/mZtqmqGldAi, http://www.playvid.com/watch/Ssh0hyjukTu, http://www.playvid.com/watch/zkZMAhGGihf,
http://www.playvid.com/watch/QbfAjzHVkrF, http://www.playvid.com/watch/gupLnEgUarC, http://www.playvid.com/watch/75YCJTQa8-t,
http://www.playvid.com/watch/VHErVI-4mcw, http://www.playvid.com/watch/E7aH2wDHX02, http://www.playvid.com/watch/lf-CeIMJjiu,
http://www.playvid.com/watch/-aBZQLDXvzb, http://www.playvid.com/watch/j9waXOb-QwM, http://www.playvid.com/watch/ED3iuaNUY0r,
http://www.playvid.com/watch/kTrLC45VAqR, http://www.playvid.com/watch/wQl7OvpQC6e, http://www.playvid.com/watch/6lJTFL6x3Ld,
http://www.playvid.com/watch/evlnhN5EwJU, http://www.playvid.com/watch/O-chYOQz4J-, http://www.playvid.com/watch/ejwqScJf2Fa,
http://www.playvid.com/watch/aLSOCvLtfvq, http://www.playvid.com/watch/v0kLe48yc5u, http://www.playvid.com/watch/rRueS6JpyJa,
http://www.playvid.com/watch/2WiT6bzHccn, http://www.playvid.com/watch/YLD7jzrxFbT, http://www.playvid.com/watch/2fH5XzClrNo,
http://www.playvid.com/watch/2QTS43z6wCo, http://www.playvid.com/watch/fHBGUZme0he, http://www.playvid.com/watch/b8r02VYj2ZX,

http://www.playvid.com/watch/PntxIqchQBM, http://www.playvid.com/watch/TQTHfoIVUOe, http://www.playvid.com/watch/Is0NIno6tV9, http://www.playvid.com/watch/qnVAUpYJQhG, http://www.playvid.com/watch/Vcg5peL37dV, http://www.playvid.com/watch/nya9k5s-RY8, http://www.playvid.com/watch/2wT96nHBLB9, http://www.playvid.com/watch/jighRpsN4Q0, http://www.playvid.com/watch/KRHGUWgdcG-, http://www.playvid.com/watch/qtB70Cp4So9, http://www.playvid.com/watch/NfQgJycvETV, http://www.playvid.com/watch/quILvk-xoKD, http://www.playvid.com/watch/j58aH-0RiRN, http://www.playvid.com/watch/KT3K5h58ZMT, http://www.playvid.com/watch/JoKrMYFBAic, http://www.playvid.com/watch/rMZMa9GCfZv, http://www.playvid.com/watch/7OeR896Ryy7, http://www.playvid.com/watch/7Hozi4tWpwM, http://www.playvid.com/watch/HS7JCWieAGC, http://www.playvid.com/watch/PtuvMeqajjV, http://www.playvid.com/watch/vbwspWCUEbE, http://www.playvid.com/watch/rdqb4Q3YKuT, http://www.playvid.com/watch/LoUMKdVI86B, http://www.playvid.com/watch/oIWUsoctzmy, http://www.playvid.com/watch/fchXZKBhhpN, http://www.playvid.com/watch/GDd7okvjcCg, http://www.playvid.com/watch/YSKTymdsBHq, http://www.playvid.com/watch/9rSTsGK5BIB, http://www.playvid.com/watch/7w2P9e93QEI, http://www.playvid.com/watch/0irqNedsQ-l, http://www.playvid.com/watch/KWf7B2ZefLJ, http://www.playvid.com/watch/PvgLX-jGApT, http://www.playvid.com/watch/FwGCIwInoff, http://www.playvid.com/watch/VAqK-IvZs7H
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: so13
5.b. Uploader's email address: osorio.sam95@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/so13
5.e. List of videos posted by uploader: http://www.playvid.com/watch/hBSvhmSA2m4, http://www.playvid.com/watch/gonp9nUG0Gq, http://www.playvid.com/watch/TH8y2swrSVQ, http://www.playvid.com/watch/y0wEz0i6yDR, http://www.playvid.com/watch/Ra62RT2tIWZ, http://www.playvid.com/watch/krCm9Yy0z5P, http://www.playvid.com/watch/7zGdP2Ay9pH, http://www.playvid.com/watch/CD9IFNVIUFY, http://www.playvid.com/watch/uccIwiGTp6V, http://www.playvid.com/watch/2kylPzeRngX, http://www.playvid.com/watch/wQ5gHzimYYV, http://www.playvid.com/watch/X5MmxEVOWp5, http://www.playvid.com/watch/YsldDs0mgXs, http://www.playvid.com/watch/sl4LLrSMw0l, http://www.playvid.com/watch/ySqMTR6IQ2L, http://www.playvid.com/watch/4QIKXMt5X3N, http://www.playvid.com/watch/gsUDXegYja9, http://www.playvid.com/watch/4Sr06Vlk9CR, http://www.playvid.com/watch/SdAMRU_pVzN, http://www.playvid.com/watch/hsG1QY7QvPt, http://www.playvid.com/watch/RQ5qEL_XRvA, http://www.playvid.com/watch/3Gi3lCohm56, http://www.playvid.com/watch/sQehgkxdq98, http://www.playvid.com/watch/kMN1T4k4WGZ, http://www.playvid.com/watch/fzyBc3Icath, http://www.playvid.com/watch/YqmC2b0xvU3
5.f. Date of third notice: 2014-09-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Socram
5.b. Uploader's email address: marcaumalmeida@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Socram
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KbPuj9w3Klv, http://www.playvid.com/watch/783iSaLlC79, http://www.playvid.com/watch/6wJroOXdusN, http://www.playvid.com/watch/ahL8voXFt2n, http://www.playvid.com/watch/JVNXKfDCaY5, http://www.playvid.com/watch/s-YL--Cy47B, http://www.playvid.com/watch/g7x84kzl7TK, http://www.playvid.com/watch/khdRBNmzpvr, http://www.playvid.com/watch/NfTqknHL6fD, http://www.playvid.com/watch/dtUsTS5nOSL, http://www.playvid.com/watch/M0kWBcFQXRb, http://www.playvid.com/watch/IEiMCLdrXIo, http://www.playvid.com/watch/mlTb0mo5da0, http://www.playvid.com/watch/KaRkSGDROgY, http://www.playvid.com/watch/UHTJpTc5VH4, http://www.playvid.com/watch/ANlUPNxBs2O, http://www.playvid.com/watch/zRLGMPbLxfU, http://www.playvid.com/watch/5aGyrFhKRRi, http://www.playvid.com/watch/dfKq93Lyctw, http://www.playvid.com/watch/KEstqexrXHL, http://www.playvid.com/watch/P8Od2eWaK72, http://www.playvid.com/watch/4khDK9pZ5KY, http://www.playvid.com/watch/Fa9Dk4vUJHM, http://www.playvid.com/watch/2iUACyGPd-V, http://www.playvid.com/watch/nb4m-FuXL5z, http://www.playvid.com/watch/nMVThZvk4aN, http://www.playvid.com/watch/DAlvjCeUX3C, http://www.playvid.com/watch/LrKBgXXULtz, http://www.playvid.com/watch/r-GuYPWblVs, http://www.playvid.com/watch/zxacSI45jMf, http://www.playvid.com/watch/iyqlapCMCF2, http://www.playvid.com/watch/d5UZk0gYaqR, http://www.playvid.com/watch/nsPpyI93pex, http://www.playvid.com/watch/PgMjnWj-Jwd, http://www.playvid.com/watch/Jd0kB0dvUd5, http://www.playvid.com/watch/9gfQYAb8GhG, http://www.playvid.com/watch/6Bpg7VAk5Kc, http://www.playvid.com/watch/8nHJoTkfOQ4, http://www.playvid.com/watch/5whytowbjRq, http://www.playvid.com/watch/2lS0-2ckoJX, http://www.playvid.com/watch/2FuNIwFHMBU, http://www.playvid.com/watch/GWs7-W8QNjz, http://www.playvid.com/watch/q7dfXowaJrE, http://www.playvid.com/watch/H0yqqW0ILqS, http://www.playvid.com/watch/U6mhj6rDYki, http://www.playvid.com/watch/A-XXIDHYdPk, http://www.playvid.com/watch/BE2Vrm6pPZi
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sofochka
5.b. Uploader's email address: kapitalmobileromi@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sofochka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/32Im8x5O5aK, http://www.playvid.com/watch/NnpcAVY_SNn, http://www.playvid.com/watch/p2tMj1ImYEK, http://www.playvid.com/watch/9UptOSCfMvX, http://www.playvid.com/watch/WI-yLm_wPh5, http://www.playvid.com/watch/rrMOS6AjIvh, http://www.playvid.com/watch/LMIaOjyb7Mw, http://www.playvid.com/watch/C49FbzwA5-j, http://www.playvid.com/watch/cpdCRyl6k8i, http://www.playvid.com/watch/krjDX550Yqy, http://www.playvid.com/watch/ZfCUOX_LA3k, http://www.playvid.com/watch/sXzhmqt6gjY, http://www.playvid.com/watch/DB93mCV5aEf, http://www.playvid.com/watch/b-qoxuA6EmY, http://www.playvid.com/watch/sAqrLxO7ZFO, http://www.playvid.com/watch/aaOluJuzadV, http://www.playvid.com/watch/Xm2wDS3GWPh, http://www.playvid.com/watch/DdizXVw0kxg, http://www.playvid.com/watch/DIv3JlxTHaY, http://www.playvid.com/watch/BrMYdwmLUOv, http://www.playvid.com/watch/aq9dD4ETtzU, http://www.playvid.com/watch/PBTFXj7CXlx, http://www.playvid.com/watch/p_aeu2xi4Xu, http://www.playvid.com/watch/z6DCr605IX2, http://www.playvid.com/watch/BM8fYA7mumn, http://www.playvid.com/watch/MgWh8Q7-_VP, http://www.playvid.com/watch/aF2Zb98RNcG, http://www.playvid.com/watch/crcmsY5Z0Il, http://www.playvid.com/watch/aVU3yQiWyX5, http://www.playvid.com/watch/HWv0pfonf5b, http://www.playvid.com/watch/9AGU4wjN5i0, http://www.playvid.com/watch/XyDliR73u98, http://www.playvid.com/watch/vxu9pUD2eOv, http://www.playvid.com/watch/sbR2-jriSQC, http://www.playvid.com/watch/5OnliuCBEpa, http://www.playvid.com/watch/BsxcvIA-UX4, http://www.playvid.com/watch/VZ3CC4fD8bZ, http://www.playvid.com/watch/E5VJb_ICkE4, http://www.playvid.com/watch/liAt-vpoMcS, http://www.playvid.com/watch/gWhun1AoV8J, http://www.playvid.com/watch/rC6wA9lvlwP, http://www.playvid.com/watch/Fk9cxlvLxUW, http://www.playvid.com/watch/s_lYncV6szV, http://www.playvid.com/watch/9LYVzTTzwDb, http://www.playvid.com/watch/fvLXlemnJ94, http://www.playvid.com/watch/cOZ1ycRaR9X, http://www.playvid.com/watch/NfxxV3DdnJ4, http://www.playvid.com/watch/oSkfTO-5EZm, http://www.playvid.com/watch/AeD_wDfN1tA, http://www.playvid.com/watch/QkJli4ecbrX, http://www.playvid.com/watch/r42_9jcB_tx, http://www.playvid.com/watch/03YN5FHxN_s, http://www.playvid.com/watch/I5vh-BGC4Vi, http://www.playvid.com/watch/P3l02FG77Iy, http://www.playvid.com/watch/SBNSe2KnCj5, http://www.playvid.com/watch/zbFeg8B6jxl, http://www.playvid.com/watch/9wvXANRaOUZ, http://www.playvid.com/watch/7a6zGvK8YWv, http://www.playvid.com/watch/RL3guQG3kZd, http://www.playvid.com/watch/6st0P8ckDmr, http://www.playvid.com/watch/BVYqiKRqGcQ, http://www.playvid.com/watch/SaZ7SFUtjro, http://www.playvid.com/watch/YMkZGv43KSR, http://www.playvid.com/watch/VUXtC20uOqF, http://www.playvid.com/watch/V6-kXYG6E08, http://www.playvid.com/watch/tZu-aFqVPu4, http://www.playvid.com/watch/4s0jsNMx7RQ, http://www.playvid.com/watch/md8fO5Fg-J3, http://www.playvid.com/watch/0qmpmO0mXdj, http://www.playvid.com/watch/GncuUJbxBdW, http://www.playvid.com/watch/Bcw2Llxd4On, http://www.playvid.com/watch/tpaYr08s0DX, http://www.playvid.com/watch/q7MtMtfM8V5, http://www.playvid.com/watch/6UOmzfOIiJe, http://www.playvid.com/watch/yJshbVgB0zA, http://www.playvid.com/watch/wCu62RYiLQN, http://www.playvid.com/watch/BlAETeKvbfp, http://www.playvid.com/watch/CjtjZMAe-w4, http://www.playvid.com/watch/RCkBD48_uAB, http://www.playvid.com/watch/tpmCteXxHuD, http://www.playvid.com/watch/tVu4c7SHcMt, http://www.playvid.com/watch/aiZ1Dj8o0MK, http://www.playvid.com/watch/qKAUbpY4FvA, http://www.playvid.com/watch/74ZAbr0YVCO, http://www.playvid.com/watch/LvIXZrnItgc, http://www.playvid.com/watch/86VFvnzAK0Y, http://www.playvid.com/watch/g3dbJ9uu5TR, http://www.playvid.com/watch/djoGpcQhFQ4, http://www.playvid.com/watch/8t8DrPNe6vT, http://www.playvid.com/watch/hezc1XdS8za, http://www.playvid.com/watch/54wileXE4IG, http://www.playvid.com/watch/Y62wAxYoySw, http://www.playvid.com/watch/20zBeqMYCWN, http://www.playvid.com/watch/WVgW0vh9cHE, http://www.playvid.com/watch/ISvNYFVnjid, http://www.playvid.com/watch/4ndQDJQGQvP, http://www.playvid.com/watch/pp0EYoT8y3n, http://www.playvid.com/watch/23NLrxLwyN0, http://www.playvid.com/watch/yKdC1ZCsVKi, http://www.playvid.com/watch/tALY_JQF-1F, http://www.playvid.com/watch/aqlq6q3uhVv, http://www.playvid.com/watch/5n7UT_ezUod, http://www.playvid.com/watch/x-qjxI9B1ud, http://www.playvid.com/watch/66olNhY5okR, http://www.playvid.com/watch/N2Gq7wTB11s, http://www.playvid.com/watch/TQZUOUJdlG7, http://www.playvid.com/watch/XFucKTQ74XC, http://www.playvid.com/watch/WZ-HbBTP8ld, http://www.playvid.com/watch/DFDp7SSvwzv, http://www.playvid.com/watch/eK_m7YZh4SE, http://www.playvid.com/watch/ggMbbOSxwmd, http://www.playvid.com/watch/3znM2yWDz0c, http://www.playvid.com/watch/SqV07u40A-n, http://www.playvid.com/watch/O5x_bmCoS3k, http://www.playvid.com/watch/SDNCOfnBItv, http://www.playvid.com/watch/OfWAcx9JH3S, http://www.playvid.com/watch/H0X6xl0X49c, http://www.playvid.com/watch/bld7VSX6whL, http://www.playvid.com/watch/xXf3OKk4NW9, http://www.playvid.com/watch/j1GO1g84-6K, http://www.playvid.com/watch/ctiwcSiFeSc, http://www.playvid.com/watch/kW4qFoM2WqG,

http://www.playvid.com/watch/KcxGszTb5iS, http://www.playvid.com/watch/p-xh5_QN3Aa, http://www.playvid.com/watch/Z2ylUvHkuDP,
http://www.playvid.com/watch/3pWRQt35IZy, http://www.playvid.com/watch/mHpo-dB7hcd, http://www.playvid.com/watch/gjKrpfPn_B2,
http://www.playvid.com/watch/3ItkdJ4KIrG, http://www.playvid.com/watch/KB5klSHWovv, http://www.playvid.com/watch/5v9wlBHp50y,
http://www.playvid.com/watch/KY5dqfkMwmW, http://www.playvid.com/watch/vPgkZi8asdC, http://www.playvid.com/watch/I5GQG4m5aW9,
http://www.playvid.com/watch/4GX6XOwjwm4, http://www.playvid.com/watch/gwgSXajhDHu, http://www.playvid.com/watch/tSuLNdtK2jV,
http://www.playvid.com/watch/Y8U28AspDhX, http://www.playvid.com/watch/ijylnGihFJ6, http://www.playvid.com/watch/tLXfy8n8f_t,
http://www.playvid.com/watch/DZd1lyza9xC, http://www.playvid.com/watch/K61NbtMEPOr, http://www.playvid.com/watch/cnwYGvIGyAp,
http://www.playvid.com/watch/g8Bu8VMnhgf, http://www.playvid.com/watch/KOjlCba2yGS, http://www.playvid.com/watch/zZXamV2inCr,
http://www.playvid.com/watch/JBw7L2ST7xX, http://www.playvid.com/watch/NOKyk42xyzg, http://www.playvid.com/watch/F4BEYScbON0,
http://www.playvid.com/watch/QHK0miakr5L, http://www.playvid.com/watch/ET-bwBvIU7L, http://www.playvid.com/watch/yH9GqJeyWAx,
http://www.playvid.com/watch/dkyiM2d4Beb, http://www.playvid.com/watch/GbPZYXpy4Fi, http://www.playvid.com/watch/YY61CqDIu-g,
http://www.playvid.com/watch/uHv1MuwhSO8, http://www.playvid.com/watch/uHg4HOKdtnm, http://www.playvid.com/watch/mZknsQS0i5r,
http://www.playvid.com/watch/H7QMNspQLdE, http://www.playvid.com/watch/a5eF1asn2hv, http://www.playvid.com/watch/wHFnVWVhLex,
http://www.playvid.com/watch/ZB6izokVaGb, http://www.playvid.com/watch/uEADSfVNvUs, http://www.playvid.com/watch/JHarMEIvaBN,
http://www.playvid.com/watch/i7F5mGHndAE, http://www.playvid.com/watch/D3iHBUi6kao, http://www.playvid.com/watch/fY3C9tee5UG,
http://www.playvid.com/watch/fKy_2Iw9JeP, http://www.playvid.com/watch/SeMMJR29TMi, http://www.playvid.com/watch/DtKFruIF_Zx,
http://www.playvid.com/watch/G2WsVuzt7sw, http://www.playvid.com/watch/Eim5GkJsP7p, http://www.playvid.com/watch/EVPe9au6bHs,
http://www.playvid.com/watch/3bPdYML7sGH, http://www.playvid.com/watch/Z7BbAJSKcTs, http://www.playvid.com/watch/hfJLgKtv7-U,
http://www.playvid.com/watch/z8bMSuKcT0W, http://www.playvid.com/watch/B4z59DF37t3, http://www.playvid.com/watch/TQ6KOzRYMQS,
http://www.playvid.com/watch/kGfynSmlYPY, http://www.playvid.com/watch/Ue5nwYf9lor, http://www.playvid.com/watch/yXhDlbEmwdf,
http://www.playvid.com/watch/9WSMNM5n639, http://www.playvid.com/watch/W5dL4SZ0Aus, http://www.playvid.com/watch/0lZFkocX-Zp,
http://www.playvid.com/watch/en8ss90m7rx, http://www.playvid.com/watch/r7f6EEq0QXY, http://www.playvid.com/watch/7jC4xIMJK2I,
http://www.playvid.com/watch/nRo2dbqTP0M, http://www.playvid.com/watch/5OZHITzdGmv, http://www.playvid.com/watch/MAXTBklpTPT,
http://www.playvid.com/watch/J8_bIY2YvPD, http://www.playvid.com/watch/xEi9SeBVVxy, http://www.playvid.com/watch/I5rS5gqcmHW,
http://www.playvid.com/watch/d_y1yn495Zq, http://www.playvid.com/watch/AhUDeKpJ4_l, http://www.playvid.com/watch/Qys73IYSkmh,
http://www.playvid.com/watch/wpJu-KCWS53, http://www.playvid.com/watch/IgW0FuWh6zO, http://www.playvid.com/watch/F4KmcZ1XXAt,
http://www.playvid.com/watch/NCcz0oHZLfd, http://www.playvid.com/watch/9xNOdulOpjA, http://www.playvid.com/watch/4anSrOyYZEk,
http://www.playvid.com/watch/9TVA6os28oD, http://www.playvid.com/watch/DwBoxmiIiZh, http://www.playvid.com/watch/NwjeKnOjtbB,
http://www.playvid.com/watch/vrkllPbEduf, http://www.playvid.com/watch/n7lDCozjH3f, http://www.playvid.com/watch/nM7KFRaEfQm,
http://www.playvid.com/watch/bc5xbA1sqMb, http://www.playvid.com/watch/zj22tQuFC2H, http://www.playvid.com/watch/coQUkHZxuna,
http://www.playvid.com/watch/xv6jy15iwC6, http://www.playvid.com/watch/V05_PTq1v_G, http://www.playvid.com/watch/P6q6HtmR5Z6,
http://www.playvid.com/watch/5ODEyCcCLCf, http://www.playvid.com/watch/E-pQWuYXMS9, http://www.playvid.com/watch/h_6JrrSDC4d,
http://www.playvid.com/watch/GuiIKWMjzba, http://www.playvid.com/watch/flL2cMR0uG2, http://www.playvid.com/watch/eHQFYRf1lqA,
http://www.playvid.com/watch/nsUs1kOqEsu, http://www.playvid.com/watch/Z9B2ObqZoEj, http://www.playvid.com/watch/syjQmovpEWa,
http://www.playvid.com/watch/qkmo-nSrw62, http://www.playvid.com/watch/UsJ0PNi8Scu, http://www.playvid.com/watch/Z2TCaKsGeg6,
http://www.playvid.com/watch/NwyNEKy58he, http://www.playvid.com/watch/p7Z8_O9crs7, http://www.playvid.com/watch/Z5Blw9-Fg4q,
http://www.playvid.com/watch/id4fEm_8yE8, http://www.playvid.com/watch/L9O7Xluicpx, http://www.playvid.com/watch/ku9q8o1vZA9,
http://www.playvid.com/watch/wwGtWf118em, http://www.playvid.com/watch/Dw1h26lzWiO, http://www.playvid.com/watch/5Vhr9oePZWI,
http://www.playvid.com/watch/GE1xlF-IETM, http://www.playvid.com/watch/0SrPghwXxDd, http://www.playvid.com/watch/QgQDMx3AF6w,
http://www.playvid.com/watch/AnqIkTVyp0Z, http://www.playvid.com/watch/gH6iWSjLtTX, http://www.playvid.com/watch/UgGN7gawenO,
http://www.playvid.com/watch/iwK3ELxiN8a, http://www.playvid.com/watch/zJIHzY6qJ6z, http://www.playvid.com/watch/NTmzuC8HGE8,
http://www.playvid.com/watch/7nxeLzkJKTx, http://www.playvid.com/watch/UPLwuPeteFj, http://www.playvid.com/watch/wq9GlE4C2Cf,
http://www.playvid.com/watch/FsurbYtVO0Q, http://www.playvid.com/watch/03_co8n07FB, http://www.playvid.com/watch/Is-6B0q_nBH,
http://www.playvid.com/watch/2MIr6oe5h2q, http://www.playvid.com/watch/lA1KbWn2Sm5, http://www.playvid.com/watch/b-Pau5TStKn,
http://www.playvid.com/watch/MDPSh7QaJvc, http://www.playvid.com/watch/JrhUkKVe0PP, http://www.playvid.com/watch/JL-Ti8fRxaJ,
http://www.playvid.com/watch/Zm2o-jekqTn, http://www.playvid.com/watch/GqaDIj99Dfs, http://www.playvid.com/watch/A4wKgUwk4Ty,
http://www.playvid.com/watch/GLYcpjoF76B, http://www.playvid.com/watch/T7x0L7aC4BW, http://www.playvid.com/watch/u1hvDNtO4O9,
http://www.playvid.com/watch/39_DiWD8LEe, http://www.playvid.com/watch/AidO5YpBO-x, http://www.playvid.com/watch/9dM0CdB1CZf,
http://www.playvid.com/watch/v5tASRSnoei, http://www.playvid.com/watch/QjZA8WtYyQr, http://www.playvid.com/watch/B61aNqvV_gO,
http://www.playvid.com/watch/kxeVC7tv0Ly, http://www.playvid.com/watch/aVXvsFhOBio, http://www.playvid.com/watch/q_WLGfYAZ4U,
http://www.playvid.com/watch/ckj9SMWmFvK, http://www.playvid.com/watch/HCrtR_IYVII, http://www.playvid.com/watch/eNUX5rtJ-lj,
http://www.playvid.com/watch/uFSfgqicpWU, http://www.playvid.com/watch/cwiNCv0nii3, http://www.playvid.com/watch/PjvJGZ7MVbA,
http://www.playvid.com/watch/xaf1UyvuJ4v, http://www.playvid.com/watch/uSlWFX628id, http://www.playvid.com/watch/I42DO-FIgvh,
http://www.playvid.com/watch/hfmhD0NO6xx, http://www.playvid.com/watch/R2D0ftcMspV, http://www.playvid.com/watch/nOpZEJer4gE,
http://www.playvid.com/watch/PImXs8ax2v4, http://www.playvid.com/watch/9pfvLmlYE3K, http://www.playvid.com/watch/E4sDLzTgR9V,
http://www.playvid.com/watch/Susam6EYHZT, http://www.playvid.com/watch/yqBMx3VFQV6, http://www.playvid.com/watch/vIfIMGTQv_6,
http://www.playvid.com/watch/GAnaByheIHD, http://www.playvid.com/watch/Rg2LngGpciX, http://www.playvid.com/watch/A2d3JH6UQav,
http://www.playvid.com/watch/6i5MLpqdlK5, http://www.playvid.com/watch/B69hFIVYkc2, http://www.playvid.com/watch/fST1TKmEyOs,
http://www.playvid.com/watch/Aoql0b9c9t3, http://www.playvid.com/watch/aVPI1mVjmcj, http://www.playvid.com/watch/ljQi8VOxsnw,
http://www.playvid.com/watch/ENmZbQsrbqa, http://www.playvid.com/watch/7qbgU1-g5Lv, http://www.playvid.com/watch/g8xnPEegGk3,
http://www.playvid.com/watch/3LcHtDraA0q, http://www.playvid.com/watch/Q86wChEHmox, http://www.playvid.com/watch/w6eg0IWNVMs,
http://www.playvid.com/watch/wLrB70Qw4WL, http://www.playvid.com/watch/B76gh13Zu5q, http://www.playvid.com/watch/fSXZ9t-1ALH,
http://www.playvid.com/watch/5EkaqiwqN9s, http://www.playvid.com/watch/YucGEDg0nW2, http://www.playvid.com/watch/4d7fTGkaWPu,
http://www.playvid.com/watch/i-6SiG7Xije, http://www.playvid.com/watch/jKWb0Z_4afX, http://www.playvid.com/watch/lc6Dqs95M9R,
http://www.playvid.com/watch/DBSmt4HM90X, http://www.playvid.com/watch/M0L20Jjs1xR, http://www.playvid.com/watch/sfveddDIF1A,
http://www.playvid.com/watch/3hmL61lh0wY, http://www.playvid.com/watch/4k3mMM2FqVX, http://www.playvid.com/watch/XyhhzT1NTpA,
http://www.playvid.com/watch/LBB3OWxkoNl, http://www.playvid.com/watch/3L4sYbTwZVX, http://www.playvid.com/watch/Yp6E579i0eL,
http://www.playvid.com/watch/lg13dWAu4Ar, http://www.playvid.com/watch/NLu1yuaPsi8, http://www.playvid.com/watch/VjI-NgB9LzV,
http://www.playvid.com/watch/JMMOYY8C48f, http://www.playvid.com/watch/DdP3Sb-7Nb2, http://www.playvid.com/watch/mUmpSabb5WX,
http://www.playvid.com/watch/oKQaJ2Jfoek, http://www.playvid.com/watch/EOwKA8XJGZj, http://www.playvid.com/watch/O0iVMbBH3wB,
http://www.playvid.com/watch/U0RvF8FQPvv, http://www.playvid.com/watch/fZ4QF6_K0BI, http://www.playvid.com/watch/U9Ujz1GIz6H,
http://www.playvid.com/watch/7On0GEK9gGW, http://www.playvid.com/watch/Btv_wzmRVFo, http://www.playvid.com/watch/hyZS4uMe21u,
http://www.playvid.com/watch/aRAGQVsnNSD, http://www.playvid.com/watch/kcLZBOmpn4H, http://www.playvid.com/watch/4IG7ormu5r3,
http://www.playvid.com/watch/H_bUdKnSO1I, http://www.playvid.com/watch/NqVMWg1M9Tg, http://www.playvid.com/watch/EQvBzZWDYWW,
http://www.playvid.com/watch/fShYD2VVxgX, http://www.playvid.com/watch/3mF6HyKRcdL, http://www.playvid.com/watch/9tna-fk0imJ,
http://www.playvid.com/watch/r7MclBotF5E, http://www.playvid.com/watch/ujmYr55YIlU, http://www.playvid.com/watch/FvS9XvS0Q58,
http://www.playvid.com/watch/aHDv4annMQZ, http://www.playvid.com/watch/v0pFKxCD5l7, http://www.playvid.com/watch/Zjs8G6sRM3K,
http://www.playvid.com/watch/lg9vEUsbjGI, http://www.playvid.com/watch/SyLaOjv9XvI, http://www.playvid.com/watch/5NcVtHjSoTH,
http://www.playvid.com/watch/UQKZTyUJoT8, http://www.playvid.com/watch/O_tyP5xY5NZ, http://www.playvid.com/watch/nzd0M2yVUh4,
http://www.playvid.com/watch/TfgMli3A-Jy, http://www.playvid.com/watch/BfUtt0K20zz, http://www.playvid.com/watch/2BCx0_Ci-RL,
http://www.playvid.com/watch/2r4kaJu9o2M, http://www.playvid.com/watch/4WPaHzyxkPu, http://www.playvid.com/watch/RDmYaUoRNDY,
http://www.playvid.com/watch/Pth-cteTxR5, http://www.playvid.com/watch/DedUbFgU7-2, http://www.playvid.com/watch/GsmU1XeS4NF,
http://www.playvid.com/watch/iCAKddbfODA, http://www.playvid.com/watch/9b6e4rFPVLb, http://www.playvid.com/watch/LfUig9h7mvZ,
http://www.playvid.com/watch/SA5rsmPV-BH, http://www.playvid.com/watch/gUsFg4TqHxi, http://www.playvid.com/watch/AwrBXOmoSDb,
http://www.playvid.com/watch/VGKvx_18DSC, http://www.playvid.com/watch/atp1hxR8xBv, http://www.playvid.com/watch/mepf_1ME18b,
http://www.playvid.com/watch/H2PwRHHDyLk, http://www.playvid.com/watch/nCk-qotJzRM, http://www.playvid.com/watch/zNelPy1eTvE,
http://www.playvid.com/watch/nv_YlbPg6Lu, http://www.playvid.com/watch/0bLlXdErGpA, http://www.playvid.com/watch/H1sTV3o4hIY,
http://www.playvid.com/watch/9B8UdFhDhzL, http://www.playvid.com/watch/wpfuMmJwNFB, http://www.playvid.com/watch/VXoSZ8rc7mw,
http://www.playvid.com/watch/pjU49AAEyXz, http://www.playvid.com/watch/Ya2u8dsJRif, http://www.playvid.com/watch/U7-Kdgjb7Os,
http://www.playvid.com/watch/l4b-JrpP6Ho, http://www.playvid.com/watch/BuwVM3gVmCI, http://www.playvid.com/watch/Og_yA8hFvh4,
http://www.playvid.com/watch/s_nWpEjWUos, http://www.playvid.com/watch/yQqfdk0eOiq, http://www.playvid.com/watch/WgU7Dja5P22,
http://www.playvid.com/watch/2OFl3U7b_BN, http://www.playvid.com/watch/3dXnXaVR0Vx, http://www.playvid.com/watch/nZPvAjTD9un,
http://www.playvid.com/watch/7UOe8v1K3VS, http://www.playvid.com/watch/OcFmlPXEeae, http://www.playvid.com/watch/KPpr_nUGjYs,
http://www.playvid.com/watch/n3Q0WdiMhk6, http://www.playvid.com/watch/Af4U8IlvZyU, http://www.playvid.com/watch/N_L6p67a1Fb,
http://www.playvid.com/watch/EoNjcZKZcMM, http://www.playvid.com/watch/4KE42RN9c4N, http://www.playvid.com/watch/vfnAIJtKZpW,
http://www.playvid.com/watch/Wj-7vrDU8tz, http://www.playvid.com/watch/a-bzl8ADr9z, http://www.playvid.com/watch/zFrx_Exqqq5,

http://www.playvid.com/watch/gHsCYlpAPuP, http://www.playvid.com/watch/PeW64Ej4NmH, http://www.playvid.com/watch/CP2-2Ig1uIj,
http://www.playvid.com/watch/Kg1JwFKJI7b, http://www.playvid.com/watch/a3vv6q_bf7m, http://www.playvid.com/watch/YorhtItksNP,
http://www.playvid.com/watch/hjwyvI862pm, http://www.playvid.com/watch/rdPcyHgIQJ9, http://www.playvid.com/watch/hm2SttMUTVK,
http://www.playvid.com/watch/lqIwh3HPSnx, http://www.playvid.com/watch/F4iQRC_XSOG, http://www.playvid.com/watch/25RUm5ru5iI,
http://www.playvid.com/watch/7Fl-BhXyZ6n, http://www.playvid.com/watch/8PtjRUgrNW8, http://www.playvid.com/watch/CQ6AtIQ1j1W,
http://www.playvid.com/watch/DT-ZpILnB5B, http://www.playvid.com/watch/wnosR2wnNZ8, http://www.playvid.com/watch/Vf4YJPXTQfG,
http://www.playvid.com/watch/Ldvmp9BIhuf, http://www.playvid.com/watch/0dXWMZp505Z, http://www.playvid.com/watch/pOEY6rPWVJ5,
http://www.playvid.com/watch/g9iO-2_e-o6, http://www.playvid.com/watch/7IVa-g_d4kn, http://www.playvid.com/watch/zTSdAqXnNmB,
http://www.playvid.com/watch/qa4ONKLvOQT, http://www.playvid.com/watch/aoJGEaXZat3, http://www.playvid.com/watch/YvoqdHR9YpS,
http://www.playvid.com/watch/rmszAYvu5mR, http://www.playvid.com/watch/kD0AaXu4J97, http://www.playvid.com/watch/nfIqrXSPvPn,
http://www.playvid.com/watch/wRRD95BHYNq, http://www.playvid.com/watch/9QEL_4nTeQC, http://www.playvid.com/watch/MdYCBAbV_cn,
http://www.playvid.com/watch/5oZoUAPumfb, http://www.playvid.com/watch/e1o8rriSGBR, http://www.playvid.com/watch/kryBhL6nd6N,
http://www.playvid.com/watch/eZu1kjWF3gq, http://www.playvid.com/watch/gECVmWZ33HF, http://www.playvid.com/watch/g6_4CKhihLk,
http://www.playvid.com/watch/BDgpjlfodC4, http://www.playvid.com/watch/iOVqssUb9hi, http://www.playvid.com/watch/cQbVUgxMm9t,
http://www.playvid.com/watch/necI7Rg4iyf, http://www.playvid.com/watch/auPgrBeeezb, http://www.playvid.com/watch/p9omSPvmIwl,
http://www.playvid.com/watch/DWoz5RjFLuY, http://www.playvid.com/watch/vx3B1drc3uN, http://www.playvid.com/watch/qGY3H3wBUbr,
http://www.playvid.com/watch/7VPFB0l-CZp, http://www.playvid.com/watch/iIzjotPSFcY, http://www.playvid.com/watch/Z5OYFxMjyt5,
http://www.playvid.com/watch/6-ZHhcUYc3t, http://www.playvid.com/watch/tJLtTi5t4cq, http://www.playvid.com/watch/RVZ7EpEA3W5,
http://www.playvid.com/watch/fVCjZRljBk3, http://www.playvid.com/watch/URWBnULICus, http://www.playvid.com/watch/FfV4rRtdttO,
http://www.playvid.com/watch/ChPUdA5JDAs, http://www.playvid.com/watch/owYOy6IQhhc, http://www.playvid.com/watch/ulG0eck7cLa,
http://www.playvid.com/watch/PdjzXdD2lx9, http://www.playvid.com/watch/NgHwmAFNuFi, http://www.playvid.com/watch/VO7AMEA0a9x,
http://www.playvid.com/watch/wcYTpRCRnMU, http://www.playvid.com/watch/hIpUZRfxvE8, http://www.playvid.com/watch/hmAIe4PIhtJ,
http://www.playvid.com/watch/oyqbEgLfpAj, http://www.playvid.com/watch/ZyVa-9z25jc, http://www.playvid.com/watch/reo0icCPvln,
http://www.playvid.com/watch/JBmCt1HgLZU, http://www.playvid.com/watch/cRKvVl8zJq0, http://www.playvid.com/watch/0Q6We-rRUmU,
http://www.playvid.com/watch/tJWwWZO7ygB, http://www.playvid.com/watch/niAjB3Ca8Jb, http://www.playvid.com/watch/zeoLENwTiOh,
http://www.playvid.com/watch/xg2UTvTHwxw, http://www.playvid.com/watch/8wwk9drd0y5, http://www.playvid.com/watch/00Zb1KUzfsn,
http://www.playvid.com/watch/KxmH6H86Uo6, http://www.playvid.com/watch/Gu6ZhCZuTmL, http://www.playvid.com/watch/ZWsNL7dbL5w,
http://www.playvid.com/watch/UQUPL4F3Xzy, http://www.playvid.com/watch/x3cwYL-B7Gf, http://www.playvid.com/watch/CfbVmvxgObx,
http://www.playvid.com/watch/GQucN6w0BU6, http://www.playvid.com/watch/I3HqLQDbaBe, http://www.playvid.com/watch/kae-tfAtSFF,
http://www.playvid.com/watch/bmhkh8CqCYH, http://www.playvid.com/watch/kgSzkUmHY3W, http://www.playvid.com/watch/ruTHPaEgKOc,
http://www.playvid.com/watch/3mwE6Ak9w_X, http://www.playvid.com/watch/7PPoPFsQtzg, http://www.playvid.com/watch/frIRqCM9mkl,
http://www.playvid.com/watch/9H_4gqVCSzy, http://www.playvid.com/watch/5HtGbCa290S, http://www.playvid.com/watch/IV14l1eF91p,
http://www.playvid.com/watch/9tjGw2Tak7c, http://www.playvid.com/watch/osRejGehrzr, http://www.playvid.com/watch/wOsirrDJazO,
http://www.playvid.com/watch/LwKzJcgNoA7, http://www.playvid.com/watch/mApuGHvzXmb, http://www.playvid.com/watch/03flrLLyoG9,
http://www.playvid.com/watch/l89taClcTsG, http://www.playvid.com/watch/ijtuPCn07j2, http://www.playvid.com/watch/N1tB8YECy75,
http://www.playvid.com/watch/Stg7SO4WbV6, http://www.playvid.com/watch/v0-EXSzHfmu, http://www.playvid.com/watch/y7hbOdR_Lm6,
http://www.playvid.com/watch/i0nfBEf8m5O, http://www.playvid.com/watch/cmsf_kecd5k, http://www.playvid.com/watch/I-mUTL2vVwg,
http://www.playvid.com/watch/vGMLTpB0caz, http://www.playvid.com/watch/llZJNQ5KKoV, http://www.playvid.com/watch/RuU76k73AfQ,
http://www.playvid.com/watch/XmX-LvT_Lbg, http://www.playvid.com/watch/CQQFFmXqIf5, http://www.playvid.com/watch/jf8OYxlDOu7,
http://www.playvid.com/watch/oBFnFbEqsLa, http://www.playvid.com/watch/H6pvSn8EQJ4, http://www.playvid.com/watch/OQPfo2JN4zs,
http://www.playvid.com/watch/xKZrZeka-L2, http://www.playvid.com/watch/CryrrvE-I4u, http://www.playvid.com/watch/pMMQG8agXJN,
http://www.playvid.com/watch/gAhe-Or4tsr, http://www.playvid.com/watch/d_jZcZXOXsu, http://www.playvid.com/watch/GVfupQOypqa,
http://www.playvid.com/watch/CS0xwNvY72Z, http://www.playvid.com/watch/wioNv7SpTQ0, http://www.playvid.com/watch/9ro7o6tJhAc,
http://www.playvid.com/watch/M3NXPoyX0hI, http://www.playvid.com/watch/EZuOmgX00qT, http://www.playvid.com/watch/xs4prAplobu,
http://www.playvid.com/watch/p9PcwpCfxw4, http://www.playvid.com/watch/er16i4cqc5c, http://www.playvid.com/watch/Tsq30g3bypy,
http://www.playvid.com/watch/o1kUD2OLuGm, http://www.playvid.com/watch/AeJ7DtAnFdi, http://www.playvid.com/watch/n7meZNsQUSU,
http://www.playvid.com/watch/TT2O8x3adwz, http://www.playvid.com/watch/rnTyM0xiooy, http://www.playvid.com/watch/O3K23zFi6lE,
http://www.playvid.com/watch/UmIrMSx3Tvt, http://www.playvid.com/watch/ECkjA2kkCue, http://www.playvid.com/watch/cOTO0aZuFNq,
http://www.playvid.com/watch/7OFkhnQGoLD, http://www.playvid.com/watch/CCkuFZpf8XE, http://www.playvid.com/watch/pVnyw379Pxg,
http://www.playvid.com/watch/Ew0-R3iUQLH, http://www.playvid.com/watch/MINv8DfZ_kl, http://www.playvid.com/watch/JFXVR1xg57t,
http://www.playvid.com/watch/eHzR4T4MHq3, http://www.playvid.com/watch/zyA_HHD4B5R, http://www.playvid.com/watch/uMKtXEzWfCL,
http://www.playvid.com/watch/M_DlURm157f, http://www.playvid.com/watch/bCmCiWFobxA, http://www.playvid.com/watch/EjOuQ5o9sJz,
http://www.playvid.com/watch/owdRY5WS8Af, http://www.playvid.com/watch/67gbzEdNsJ5, http://www.playvid.com/watch/5aS6GuHL8DG,
http://www.playvid.com/watch/KoPWCFI6kml, http://www.playvid.com/watch/KAPWB6oCxj4, http://www.playvid.com/watch/Slhyrg3qI1s,
http://www.playvid.com/watch/IBlAACYbjOX, http://www.playvid.com/watch/ThLQhVSAzNG, http://www.playvid.com/watch/OBfbfEqJ6iv,
http://www.playvid.com/watch/BIrydgPBYqM, http://www.playvid.com/watch/BDiYNqOmOok, http://www.playvid.com/watch/JizwjgFrFWT,
http://www.playvid.com/watch/iKgdDR-ss8a, http://www.playvid.com/watch/hT_zLPH9xzK, http://www.playvid.com/watch/BZpHY38KX7M,
http://www.playvid.com/watch/9aUOAlUNnyE, http://www.playvid.com/watch/OrN5WBcUOWK, http://www.playvid.com/watch/AyJ_H2j18OV,
http://www.playvid.com/watch/sWTX68VXd98, http://www.playvid.com/watch/xR90SwHUsMn, http://www.playvid.com/watch/qSzfGI_hG3l,
http://www.playvid.com/watch/tQhFrzGPanS, http://www.playvid.com/watch/fB9jplRxh1W, http://www.playvid.com/watch/3y74ZIWIRea,
http://www.playvid.com/watch/6uIVNaDeJ3j, http://www.playvid.com/watch/4bNkbuMAEam, http://www.playvid.com/watch/riOUBnllSv0,
http://www.playvid.com/watch/mMqZ1U69gys, http://www.playvid.com/watch/sjyfIaTQ4mI, http://www.playvid.com/watch/NC4viW3KlTo,
http://www.playvid.com/watch/AkckSC_yUrr, http://www.playvid.com/watch/6MR9kHjNJQb, http://www.playvid.com/watch/cYITPCaQz5j
5.f. Date of third notice: 2015-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: soloboro
5.b. Uploader's email address: henrybolbik@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/soloboro
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KMIBqtgMRPl, http://www.playvid.com/watch/SeNzDZF9t03,
http://www.playvid.com/watch/6wlFBRphKHn, http://www.playvid.com/watch/hf6dEjz0jrE, http://www.playvid.com/watch/b4wYHYIwxTd,
http://www.playvid.com/watch/usIThRYNVPA, http://www.playvid.com/watch/DiYWbkBL0oo, http://www.playvid.com/watch/3I4PevEEhbs,
http://www.playvid.com/watch/mPZCZQArIQT, http://www.playvid.com/watch/Bi4YRGEpVP7, http://www.playvid.com/watch/3xJSQzJ9vR5,
http://www.playvid.com/watch/Tgg9JjrSniT, http://www.playvid.com/watch/n53qLAqqiYU, http://www.playvid.com/watch/lyirveaCTza,
http://www.playvid.com/watch/UvqIZfg352K, http://www.playvid.com/watch/D62kmFLu7Ns, http://www.playvid.com/watch/TmWbOMsErF4,
http://www.playvid.com/watch/Hv0KV6VKB-s, http://www.playvid.com/watch/EpW5hakWLvz, http://www.playvid.com/watch/rAPLAikfEzx,
http://www.playvid.com/watch/ObHFLlNLjY5, http://www.playvid.com/watch/LMD3ZwtyATV, http://www.playvid.com/watch/9hjNvPBID89,
http://www.playvid.com/watch/dyvxNMT0N0E, http://www.playvid.com/watch/h35OMDIpRvU, http://www.playvid.com/watch/dRVlld-cZxR,
http://www.playvid.com/watch/OsD2l35g0VZ, http://www.playvid.com/watch/okoItNIhgPA, http://www.playvid.com/watch/U4dQzZrPYwF,
http://www.playvid.com/watch/2Wv4IZhbvj7, http://www.playvid.com/watch/wgBaecWNuSj, http://www.playvid.com/watch/puoligY2U-o,
http://www.playvid.com/watch/bVpgIUSUD03, http://www.playvid.com/watch/JI9ojqcJOy9, http://www.playvid.com/watch/WsXRXzVQ48E,
http://www.playvid.com/watch/HdA789l3Lo6, http://www.playvid.com/watch/ogoRyTm9pwY, http://www.playvid.com/watch/foc49Zh4rkW,
http://www.playvid.com/watch/mHHVV9dVwpa, http://www.playvid.com/watch/MKNPCvhVpba, http://www.playvid.com/watch/7wipie9R9UI,
http://www.playvid.com/watch/vAZaRALD0Vh, http://www.playvid.com/watch/rRvvTNcTH4Q, http://www.playvid.com/watch/JYxbHJh2YkZ,
http://www.playvid.com/watch/5i30tbN0QM8, http://www.playvid.com/watch/OyaD2QEGYC6, http://www.playvid.com/watch/LEWDGKQHRrb,
http://www.playvid.com/watch/oDzaPgzpaWi, http://www.playvid.com/watch/Ic375RROYfw, http://www.playvid.com/watch/OB0kiuNSy9K,
http://www.playvid.com/watch/ZVw-Ago8-S3, http://www.playvid.com/watch/YgmWDxOBAlm, http://www.playvid.com/watch/HWCoUbYJvsh,
http://www.playvid.com/watch/jjYgi4teiCs, http://www.playvid.com/watch/aOD9Sb-mTKy, http://www.playvid.com/watch/lfqJCFVViCb,
http://www.playvid.com/watch/TslZWbWewLK, http://www.playvid.com/watch/hso4jwSVguL, http://www.playvid.com/watch/sLYJKrmbOhZ,
http://www.playvid.com/watch/GGQDZ4Hflzv, http://www.playvid.com/watch/dtIpTDfX5Ox, http://www.playvid.com/watch/jexuY9eBPYo,
http://www.playvid.com/watch/gBJoE7hfyNm, http://www.playvid.com/watch/4UEl0plh-02, http://www.playvid.com/watch/FNtOc4NM7He,
http://www.playvid.com/watch/4SVwXettObF, http://www.playvid.com/watch/IyCiv8jojUd, http://www.playvid.com/watch/b8obJquyqLZ,
http://www.playvid.com/watch/AjMiL95fy0H, http://www.playvid.com/watch/bgujEko3hgF, http://www.playvid.com/watch/QeOtRUXh20A,
http://www.playvid.com/watch/0K8i9OSeYNz, http://www.playvid.com/watch/srYf-cvUD8F, http://www.playvid.com/watch/m4QUy6uIyjx,
http://www.playvid.com/watch/xlzWxBgzJbj, http://www.playvid.com/watch/amUReaJYKBQ, http://www.playvid.com/watch/SYIuG6J34VJ,
http://www.playvid.com/watch/Gu4MjOMrIOa, http://www.playvid.com/watch/QHZ48GSKmWL, http://www.playvid.com/watch/2bwmkELId4Z,

http://www.playvid.com/watch/0pe9vWSLWNC, http://www.playvid.com/watch/guCijIE6BPU, http://www.playvid.com/watch/7jCJFBiFBTa, http://www.playvid.com/watch/OZCv5rVIr3P, http://www.playvid.com/watch/ZlDW0IB3d7K, http://www.playvid.com/watch/zgUxshFdQWs, http://www.playvid.com/watch/cRsj2xpp4-h, http://www.playvid.com/watch/HTSAANdpj3V, http://www.playvid.com/watch/WBxW4UbQpFd, http://www.playvid.com/watch/bLu07rSlKBZ
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sonicX
5.b. Uploader's email address: chesee@gazeta.pl
5.d. Uploader's profile: http://www.playvid.com/member/sonicX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yOYUdtfDkVg, http://www.playvid.com/watch/4ZC4Px1sgfg, http://www.playvid.com/watch/w59UqCjTgwJ, http://www.playvid.com/watch/5dYT5HFaeSd, http://www.playvid.com/watch/AA8UQtTYA3B, http://www.playvid.com/watch/Akl8sfQ0grQ, http://www.playvid.com/watch/6wWXGJIGwse, http://www.playvid.com/watch/Y99jZLsjXuS, http://www.playvid.com/watch/Xw6o30MEzl2, http://www.playvid.com/watch/fLkTohp42et, http://www.playvid.com/watch/r_Q-Lv2Z77z, http://www.playvid.com/watch/JgBNZ4kI9w2, http://www.playvid.com/watch/moTevKXRgxQ, http://www.playvid.com/watch/O40RXLU0CuW, http://www.playvid.com/watch/6gMdROW51wo, http://www.playvid.com/watch/dYxtTAVTZZX, http://www.playvid.com/watch/i_lM2HGD9X9, http://www.playvid.com/watch/JhVbtjSomfY, http://www.playvid.com/watch/7eOwT8nY7Vm, http://www.playvid.com/watch/5OlyTXSI1lY, http://www.playvid.com/watch/D9_kcmQ3W9k, http://www.playvid.com/watch/JS5D8jRJJcZ, http://www.playvid.com/watch/EdbPnOCLTTl, http://www.playvid.com/watch/Xz9Z6jdTvad, http://www.playvid.com/watch/CsZ8jhKiUzI, http://www.playvid.com/watch/5593th4xTsl, http://www.playvid.com/watch/r1yW8p95FHu, http://www.playvid.com/watch/Jyust71pqRd, http://www.playvid.com/watch/zT8iA4Kd5dc, http://www.playvid.com/watch/QYg7IOhMRnX, http://www.playvid.com/watch/Vq1yPqgYfkl, http://www.playvid.com/watch/GTDK2uWQmOj, http://www.playvid.com/watch/r4kzuVwrfOs, http://www.playvid.com/watch/I4Y8plAZdU3, http://www.playvid.com/watch/LJxrqMmXRYW, http://www.playvid.com/watch/VmxE4SqCsIQ, http://www.playvid.com/watch/Op-cNJw0x3C, http://www.playvid.com/watch/2d5ytkmaemU, http://www.playvid.com/watch/U6kS6QGY8hd, http://www.playvid.com/watch/INzcnmgtT7d, http://www.playvid.com/watch/nvilHyTXdR7, http://www.playvid.com/watch/yWAHa06HtyC
5.f. Date of third notice: 2015-02-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sonik
5.b. Uploader's email address: bellalexmiliton@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sonik
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kkBdF2A4-gS, http://www.playvid.com/watch/gYEjTyZf-MJ, http://www.playvid.com/watch/tqcEk2voakL, http://www.playvid.com/watch/SS66gFBkcnK, http://www.playvid.com/watch/sm5rRpn5Xa3, http://www.playvid.com/watch/Mler4Dfna0m, http://www.playvid.com/watch/-X9gHaOGV4p, http://www.playvid.com/watch/3nPXHJJ-7HI, http://www.playvid.com/watch/2s5DhGLnzaj, http://www.playvid.com/watch/coIV5g9wLAV, http://www.playvid.com/watch/zjKP0PFcEBM, http://www.playvid.com/watch/xbajTF26Okm, http://www.playvid.com/watch/NQzov9MP4nU, http://www.playvid.com/watch/xLiFKdKcrRo, http://www.playvid.com/watch/UBTCQTdFyPo, http://www.playvid.com/watch/9ApaSywQsSG, http://www.playvid.com/watch/m2uCR6Wc8Ny, http://www.playvid.com/watch/WC3gvYtCqWA, http://www.playvid.com/watch/gYHDk4yFBDW, http://www.playvid.com/watch/jMYDU47EEOB, http://www.playvid.com/watch/cvQTIIK4Uwh, http://www.playvid.com/watch/DDN4V9ZrMyN, http://www.playvid.com/watch/XUa-Gdy5Mce, http://www.playvid.com/watch/Ylv3ELWVfVi, http://www.playvid.com/watch/H7IJO-GWrmP, http://www.playvid.com/watch/wYrveaeGsSU, http://www.playvid.com/watch/AFQu7G0rsh0, http://www.playvid.com/watch/eHrqmSiclkG, http://www.playvid.com/watch/y3xh-b6ysUE, http://www.playvid.com/watch/SAMBgh47xSf, http://www.playvid.com/watch/3TTqsNdjs3I, http://www.playvid.com/watch/apRlfuXt5bZ, http://www.playvid.com/watch/6fC3-y7rrQl, http://www.playvid.com/watch/tg3HToMC5aa, http://www.playvid.com/watch/RLYRvePdh0l, http://www.playvid.com/watch/zaq0Jh-9EQk, http://www.playvid.com/watch/q3fAQSvqwQW, http://www.playvid.com/watch/Lh96tjQMsSk, http://www.playvid.com/watch/dqe6DVt627I, http://www.playvid.com/watch/JKfb7mUQFAK, http://www.playvid.com/watch/EBnSEQrqiIX, http://www.playvid.com/watch/u-rCU0aCzRL, http://www.playvid.com/watch/Kwo-G5IeD2r, http://www.playvid.com/watch/pJ97dz3M4pH, http://www.playvid.com/watch/rDyMjPd7zSS, http://www.playvid.com/watch/0QXdVxOYALi, http://www.playvid.com/watch/dEowrO2Mxfx, http://www.playvid.com/watch/bmOgJ3hkJw5, http://www.playvid.com/watch/g3-BPUqdkV5, http://www.playvid.com/watch/FXWQhe5hxxW, http://www.playvid.com/watch/iC2bRqX2QTw, http://www.playvid.com/watch/qd4puE-mbKZ, http://www.playvid.com/watch/B55aQswqsE-, http://www.playvid.com/watch/fsnLADHC5B0, http://www.playvid.com/watch/MmNvGlu4vy-, http://www.playvid.com/watch/lhzfqa9jjqJ, http://www.playvid.com/watch/LUOBGtqC8JC, http://www.playvid.com/watch/mXgG3mbaKqi, http://www.playvid.com/watch/Z7smaceTE7C, http://www.playvid.com/watch/VDK4WiMol2X, http://www.playvid.com/watch/ZZFh9h7QNmL, http://www.playvid.com/watch/bRezzVb43fe, http://www.playvid.com/watch/UfzOFU39mfS, http://www.playvid.com/watch/bVUZjpzjmkZ, http://www.playvid.com/watch/k2Fz4sKWDYT, http://www.playvid.com/watch/vKpq7ZkMtgZ, http://www.playvid.com/watch/An-SMvvJm3A, http://www.playvid.com/watch/Uw9wvN8VyBY, http://www.playvid.com/watch/DpAMHo-OoJY, http://www.playvid.com/watch/GW8f5LwztQ-, http://www.playvid.com/watch/2kErZ866Fzx, http://www.playvid.com/watch/LPBdR4JhJuy, http://www.playvid.com/watch/cFs-wjHzAcr, http://www.playvid.com/watch/02MGldkyO2l, http://www.playvid.com/watch/zevFlOU5ajP, http://www.playvid.com/watch/wKBHCRjmV-P, http://www.playvid.com/watch/iMYnxIaUD8b, http://www.playvid.com/watch/OaOtSe6Eueq, http://www.playvid.com/watch/CU03HgYZ3vO, http://www.playvid.com/watch/sPJZUX4taO-, http://www.playvid.com/watch/WZYSUcZYlkC, http://www.playvid.com/watch/PJSIKV3tCTI, http://www.playvid.com/watch/I0B8Aw6VYlk, http://www.playvid.com/watch/gwBwK57BeOp, http://www.playvid.com/watch/bGXvFpE9JoG, http://www.playvid.com/watch/LBchXKCYSxf, http://www.playvid.com/watch/z7CmOXIkidw, http://www.playvid.com/watch/v7H5Vz-juPA, http://www.playvid.com/watch/6VKrBofsgtr, http://www.playvid.com/watch/gpklkW9RGP9, http://www.playvid.com/watch/UwwueJrL78x, http://www.playvid.com/watch/nABaoOqzpSH, http://www.playvid.com/watch/IKUZ4Sv4NRX, http://www.playvid.com/watch/uS34oHRtMGG, http://www.playvid.com/watch/8Fzx64WC0od, http://www.playvid.com/watch/EonvN2cTWCa, http://www.playvid.com/watch/wi2TYg5eTd4, http://www.playvid.com/watch/y7HttRBcYcL, http://www.playvid.com/watch/iVTpL-XklJG, http://www.playvid.com/watch/MMYfY0qGwMy, http://www.playvid.com/watch/TAVubHaRQC-, http://www.playvid.com/watch/Gd2H0QoASGu, http://www.playvid.com/watch/Kz873B-Z4Ge, http://www.playvid.com/watch/8Lp6kDMvoMV, http://www.playvid.com/watch/zObGjDhGaAp, http://www.playvid.com/watch/wQP073ldMHC, http://www.playvid.com/watch/r--nnDonqgK, http://www.playvid.com/watch/DU0xrWySFky, http://www.playvid.com/watch/mG6bZbOjeTO, http://www.playvid.com/watch/VTgygb4kqVp, http://www.playvid.com/watch/PtkZSkBYUkf, http://www.playvid.com/watch/dJnHn5bFpzB, http://www.playvid.com/watch/4by-J6qE5zq, http://www.playvid.com/watch/F9ZgC6v-R5e, http://www.playvid.com/watch/W2UFcrZai4a, http://www.playvid.com/watch/qCvMKUzBfvn, http://www.playvid.com/watch/PXf9Dm9oObt, http://www.playvid.com/watch/6SuZeuxRJGD, http://www.playvid.com/watch/Y6vijuXEYIm, http://www.playvid.com/watch/Ly9i0Kt6zWE, http://www.playvid.com/watch/MB86Wke79t0, http://www.playvid.com/watch/-WEEhZTp8Gf, http://www.playvid.com/watch/rV9cU8T0dJ-, http://www.playvid.com/watch/Ab2HX96KMLi, http://www.playvid.com/watch/PWkdtc5UpDO, http://www.playvid.com/watch/h3ptSg-j6nK, http://www.playvid.com/watch/9NKNPGjcngL, http://www.playvid.com/watch/7umW95fgqsc, http://www.playvid.com/watch/ogkD3oII6yy, http://www.playvid.com/watch/O3rsr47PSI4, http://www.playvid.com/watch/99hdJBjBchI, http://www.playvid.com/watch/-uXyEzYDwC-, http://www.playvid.com/watch/EMs2xbZoTZz, http://www.playvid.com/watch/FqPPlqPnu7D, http://www.playvid.com/watch/wzqFFDj4yF8, http://www.playvid.com/watch/xWBuNjA-TRx, http://www.playvid.com/watch/pWROZRm5yAm, http://www.playvid.com/watch/z7nGI48xMd0, http://www.playvid.com/watch/mpVkYGEvF06, http://www.playvid.com/watch/jF8Yu4QxMec, http://www.playvid.com/watch/Zciv-ZVSSQl, http://www.playvid.com/watch/fhsvUC9BPWI, http://www.playvid.com/watch/8XaI5NAWeWh, http://www.playvid.com/watch/RcKCi6Pubt5, http://www.playvid.com/watch/o7wosY0beGI, http://www.playvid.com/watch/O0tYzxOHzSA, http://www.playvid.com/watch/6bnd8dzwU0B, http://www.playvid.com/watch/L7l7vsCXCKR, http://www.playvid.com/watch/3OElqGag7R5, http://www.playvid.com/watch/tu9mqyqe37p, http://www.playvid.com/watch/wUCRAXaCEzc, http://www.playvid.com/watch/K7KzDlx8f7m, http://www.playvid.com/watch/uKmzsJnjxeE, http://www.playvid.com/watch/Ae4GNV707IP, http://www.playvid.com/watch/QlDeYxpow43, http://www.playvid.com/watch/aN4HKkdOwZ5, http://www.playvid.com/watch/Govji3dg60T, http://www.playvid.com/watch/IsQB-Y77Gn3, http://www.playvid.com/watch/U9vB6KCqDma, http://www.playvid.com/watch/WEwpbcoipbo, http://www.playvid.com/watch/CluLBe5hFm9, http://www.playvid.com/watch/FHgCWG-qbzM, http://www.playvid.com/watch/zGAN5vwVwFR, http://www.playvid.com/watch/G3YWHD6nw8-, http://www.playvid.com/watch/0ojy4Le9dXc, http://www.playvid.com/watch/6sKVZYTffAv, http://www.playvid.com/watch/tfA7OLs7-HC, http://www.playvid.com/watch/YVZ9YYANvSw, http://www.playvid.com/watch/FnGyKrzFaUv, http://www.playvid.com/watch/arrjzMk97ZX, http://www.playvid.com/watch/YwITFUMYwqI, http://www.playvid.com/watch/FK6BOJrSGcc, http://www.playvid.com/watch/hN2c0OAFwC9, http://www.playvid.com/watch/dUmhZ5yhjVw, http://www.playvid.com/watch/KQ4E9wXLdBQ, http://www.playvid.com/watch/ykGLf3jWsHC, http://www.playvid.com/watch/Io2QKGs0Aj0, http://www.playvid.com/watch/-GBJ73tD73B, http://www.playvid.com/watch/SJtDEIsqgkU, http://www.playvid.com/watch/ov5A24umdrx, http://www.playvid.com/watch/qdRy6QM575s, http://www.playvid.com/watch/DPzN6GIDx4J, http://www.playvid.com/watch/wwxEu6lpbT4, http://www.playvid.com/watch/IKQW6xeZPtS, http://www.playvid.com/watch/6LePsSc-Zzb, http://www.playvid.com/watch/KIFYSN5tkzo, http://www.playvid.com/watch/tZtr4O3Gp94, http://www.playvid.com/watch/GeGwsWesjil, http://www.playvid.com/watch/avAXvDQJJ65, http://www.playvid.com/watch/L24F9PtPgKV, http://www.playvid.com/watch/6GebK3ooWGn, http://www.playvid.com/watch/P0cok7MfbAp, http://www.playvid.com/watch/4mj-Q7OaggS, http://www.playvid.com/watch/j94eNslVCf7,

http://www.playvid.com/watch/jKVMwm4R3fV, http://www.playvid.com/watch/2XkpO6L9084, http://www.playvid.com/watch/72IOzuSvRoV, http://www.playvid.com/watch/0kKuniqkfvr, http://www.playvid.com/watch/j5cO7Yud0YH, http://www.playvid.com/watch/fr0QXfiBtCF, http://www.playvid.com/watch/YDHWTGHFs-9, http://www.playvid.com/watch/tynIrGmwtpU, http://www.playvid.com/watch/zoHQVVJ3nSv, http://www.playvid.com/watch/oQDtJ7d8TE0, http://www.playvid.com/watch/q59eWOnVkGF, http://www.playvid.com/watch/aI7nlC7EGTC, http://www.playvid.com/watch/yzz6JsR6ywf, http://www.playvid.com/watch/w6V-BCgj-3X, http://www.playvid.com/watch/vEYdIRYyZer, http://www.playvid.com/watch/ThUntWoAMBL, http://www.playvid.com/watch/xy92PEFQI-M, http://www.playvid.com/watch/4pUaprb2wgf, http://www.playvid.com/watch/y9E5Q8Fdois, http://www.playvid.com/watch/QSHdDoHK-cq, http://www.playvid.com/watch/qJVRevmRhm9, http://www.playvid.com/watch/h8bncoeGa8f, http://www.playvid.com/watch/5rfh74hSIEg, http://www.playvid.com/watch/fOzGFhDTk56, http://www.playvid.com/watch/kxfc4vZJpP2, http://www.playvid.com/watch/u4HTgIqxesf, http://www.playvid.com/watch/Rb3ZKgqSOeJ, http://www.playvid.com/watch/H28coBdvkje, http://www.playvid.com/watch/mFCAhAUkTeq, http://www.playvid.com/watch/vYGdMu92stN, http://www.playvid.com/watch/3kfvakL2-dW, http://www.playvid.com/watch/LWx6uDg3nOb, http://www.playvid.com/watch/sQGfZbO-QuC, http://www.playvid.com/watch/jYyDhtPbTQZ, http://www.playvid.com/watch/SZOcMeA9Z4Q, http://www.playvid.com/watch/gcjcUqzArME, http://www.playvid.com/watch/jMi0H2PCNUE, http://www.playvid.com/watch/pscIcfQaUAo, http://www.playvid.com/watch/-iI5IguSx7X, http://www.playvid.com/watch/NDnf4HuS9gW, http://www.playvid.com/watch/o7AWETAsHKn, http://www.playvid.com/watch/KTkpXF4edtj, http://www.playvid.com/watch/skh-SVar9b0, http://www.playvid.com/watch/ZRTexXOhScA, http://www.playvid.com/watch/0IcSZhjKEEl, http://www.playvid.com/watch/d8yOTD0wScT, http://www.playvid.com/watch/DIuossUZNBl, http://www.playvid.com/watch/wELDyZYN79s, http://www.playvid.com/watch/ZUyCBrmA4l4, http://www.playvid.com/watch/YLvXlTlXX34, http://www.playvid.com/watch/rVG3V6jeh85, http://www.playvid.com/watch/kyMvdJ9cifF, http://www.playvid.com/watch/oWfhbThHWfb, http://www.playvid.com/watch/QSVXm0JI9rP, http://www.playvid.com/watch/zEEZfgMWERu, http://www.playvid.com/watch/imef9ZGmDtW, http://www.playvid.com/watch/Ix6G7bzTDoO, http://www.playvid.com/watch/vSTGwucUczQ, http://www.playvid.com/watch/ZP6ljY-d6yg, http://www.playvid.com/watch/Vud3nhk0Qzl, http://www.playvid.com/watch/jEP3OIymc90, http://www.playvid.com/watch/I6jGh3RmDPW, http://www.playvid.com/watch/QfZpOcmmDeG
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: soold
5.b. Uploader's email address: vitasmeritas@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/soold
5.e. List of videos posted by uploader: http://www.playvid.com/watch/C3cnhZar9BG, http://www.playvid.com/watch/Gr-36QEsneo, http://www.playvid.com/watch/Ed8FqkXnG8K, http://www.playvid.com/watch/S92PVzk5q02, http://www.playvid.com/watch/LWT3s4Brh-A, http://www.playvid.com/watch/zQ-jA4jXyfZ, http://www.playvid.com/watch/zXrEE9QTa2U, http://www.playvid.com/watch/ZxVdTfOdNR9, http://www.playvid.com/watch/bn0V0wpKUUC, http://www.playvid.com/watch/sdeMGKaxOKo, http://www.playvid.com/watch/SBptpOyyORI, http://www.playvid.com/watch/WRQyzA-RUK8, http://www.playvid.com/watch/7NKLd2FEE-H, http://www.playvid.com/watch/2ECkSoUxVI7, http://www.playvid.com/watch/-mAwnYunahQ, http://www.playvid.com/watch/SDYtihDi2DM, http://www.playvid.com/watch/uxTWjFCAWnD, http://www.playvid.com/watch/49bNOUtIz2-, http://www.playvid.com/watch/zhwyBXUfMbD, http://www.playvid.com/watch/PqaMpdNiqQq, http://www.playvid.com/watch/NlRmpUldEgP, http://www.playvid.com/watch/pFHMXcKVpJj, http://www.playvid.com/watch/c800cFhCZGR, http://www.playvid.com/watch/wlnrlKbxuah, http://www.playvid.com/watch/kdVeG9UJy-A, http://www.playvid.com/watch/Li6DISHLCnn, http://www.playvid.com/watch/QZmoWmXvrwo, http://www.playvid.com/watch/xBNmtxOJeu-, http://www.playvid.com/watch/mNeQaRxYfbY, http://www.playvid.com/watch/sxdavKcsxBb, http://www.playvid.com/watch/BOPFDX5aEsS, http://www.playvid.com/watch/hG8ocBUuioW, http://www.playvid.com/watch/ZXFwySQtw3C, http://www.playvid.com/watch/jWHCFfYuDkF, http://www.playvid.com/watch/lCPLanxK7zy, http://www.playvid.com/watch/o3Sa7FlKJLE, http://www.playvid.com/watch/77XDGsQVzyY, http://www.playvid.com/watch/tizKTPMRqmS, http://www.playvid.com/watch/XaY2H5vJRc0, http://www.playvid.com/watch/GLzlMX6GXDt, http://www.playvid.com/watch/GW5IMIhzKes, http://www.playvid.com/watch/AXA-eVNwW7d, http://www.playvid.com/watch/SU23p6k0ti2, http://www.playvid.com/watch/OmzEKx7Xw3E, http://www.playvid.com/watch/k9z2FRdCGfn, http://www.playvid.com/watch/yNw5XKf6jlA
5.f. Date of third notice: 2013-09-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sovbez
5.b. Uploader's email address: likemariellojio@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sovbez
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PtUV7L36ddu, http://www.playvid.com/watch/RQcNWP76p43, http://www.playvid.com/watch/Tm-phSvrjUY, http://www.playvid.com/watch/7TuvFhikgs3, http://www.playvid.com/watch/AVJdMbKzSc2, http://www.playvid.com/watch/qvWujbz8ESY, http://www.playvid.com/watch/b1RfHl83hBf, http://www.playvid.com/watch/agO41wl29oJ, http://www.playvid.com/watch/zbzICQIIQMD, http://www.playvid.com/watch/NcbHu_r6wqK, http://www.playvid.com/watch/znqaW6UJpmD, http://www.playvid.com/watch/y0Cr_VNLZYe, http://www.playvid.com/watch/OUJuktPxypk, http://www.playvid.com/watch/BWvhZYNXQ4x, http://www.playvid.com/watch/QJm-QDPUt-W, http://www.playvid.com/watch/2BYPrXMALmU, http://www.playvid.com/watch/7XhZdOJ3F8K, http://www.playvid.com/watch/KaAalg42owm, http://www.playvid.com/watch/6l__fLIl6fl, http://www.playvid.com/watch/q8RmdFek9GX, http://www.playvid.com/watch/IJV9ryS5u5G, http://www.playvid.com/watch/zvsHwmNgIWP, http://www.playvid.com/watch/8u6wHZSfCul, http://www.playvid.com/watch/w-o_pKvpdpf, http://www.playvid.com/watch/A3EsGsZnTgX, http://www.playvid.com/watch/fYBVmzre19P, http://www.playvid.com/watch/zUn_vM2aI_J, http://www.playvid.com/watch/8daOdUFT_J3, http://www.playvid.com/watch/d_9gY8XnLLD, http://www.playvid.com/watch/ZdOUAkNW2fL, http://www.playvid.com/watch/f7OxnX9_b-o, http://www.playvid.com/watch/udX001RyvGU, http://www.playvid.com/watch/f6HPH-xFLSu, http://www.playvid.com/watch/sXVhaR-YgV8, http://www.playvid.com/watch/JiHJPUhsUIK, http://www.playvid.com/watch/F3e4U7KqazU, http://www.playvid.com/watch/AyN8J2pn4QM, http://www.playvid.com/watch/vPeKW9StBpd, http://www.playvid.com/watch/Y-EHxS7gzm3, http://www.playvid.com/watch/YJtOsk-4aHo, http://www.playvid.com/watch/NnAbveBs_2X, http://www.playvid.com/watch/iEZPe_60v4d, http://www.playvid.com/watch/OQFu5gwrYud, http://www.playvid.com/watch/EiKtS6T3kQg, http://www.playvid.com/watch/finv_-nVBSn, http://www.playvid.com/watch/XBLksksz30M, http://www.playvid.com/watch/gQqaEn9kO7P, http://www.playvid.com/watch/jk5BBju91Jc, http://www.playvid.com/watch/uCyCYQu6gru, http://www.playvid.com/watch/E-UzJ-qSuNl, http://www.playvid.com/watch/d9xMqRvdSN5, http://www.playvid.com/watch/KxJEIPv2ETY, http://www.playvid.com/watch/PjWKWiW7ZpC, http://www.playvid.com/watch/ZOiB7VT2Cpq, http://www.playvid.com/watch/wnzbqy4n92M, http://www.playvid.com/watch/Uzz-aAyKfXq, http://www.playvid.com/watch/yjyhIjbl4RM, http://www.playvid.com/watch/VqDBcopuy9F, http://www.playvid.com/watch/cMb-LWZ-hyX, http://www.playvid.com/watch/czIkiNTQdO8, http://www.playvid.com/watch/ZSScspfW1DW, http://www.playvid.com/watch/l9qattuYtnU, http://www.playvid.com/watch/7CWPIx1QIOk, http://www.playvid.com/watch/Nu-eeN7-ogD, http://www.playvid.com/watch/k_OAKdsDo5Q, http://www.playvid.com/watch/pUxNHds3vD0, http://www.playvid.com/watch/bDcDUs1uRhE, http://www.playvid.com/watch/HlWLDS86zyI, http://www.playvid.com/watch/FXMNzYjYOI7, http://www.playvid.com/watch/ax8XXM0KoNJ, http://www.playvid.com/watch/2AA9DWDMjFI, http://www.playvid.com/watch/msKMK2exkFF, http://www.playvid.com/watch/YNyoIXyUANG, http://www.playvid.com/watch/nyG38FnZbph, http://www.playvid.com/watch/SzI6xbA61Ve, http://www.playvid.com/watch/S1OzBCtCCKW, http://www.playvid.com/watch/E1cooDWIDJZ, http://www.playvid.com/watch/fj4cr3UMPMH, http://www.playvid.com/watch/7EXieUqGNFa, http://www.playvid.com/watch/4-JOmRhKt8y, http://www.playvid.com/watch/5LfNPHcPaFV, http://www.playvid.com/watch/NLZoi7v2T-h, http://www.playvid.com/watch/XDvFJ5ZwMch, http://www.playvid.com/watch/poy8Fmwl1fR, http://www.playvid.com/watch/sTGcHo6b4Vj, http://www.playvid.com/watch/S4jQ8FZ_FX4, http://www.playvid.com/watch/qsIjadFckDK, http://www.playvid.com/watch/IZ51hySbUAg, http://www.playvid.com/watch/Sl0Jc01VvoV, http://www.playvid.com/watch/yUYDGlZ01gk, http://www.playvid.com/watch/KkAY2e36iyT, http://www.playvid.com/watch/mEgdRTI-xs0, http://www.playvid.com/watch/82sP7aMiWSq, http://www.playvid.com/watch/egYkI7UE7aX, http://www.playvid.com/watch/cGc-ySfG4hr, http://www.playvid.com/watch/jt1eZUIfBFr, http://www.playvid.com/watch/YrLXxqNK8qa, http://www.playvid.com/watch/iggefvkKAco, http://www.playvid.com/watch/iPBf1FelskR, http://www.playvid.com/watch/lu3u4YAsonL, http://www.playvid.com/watch/Tkf8sMAB5K5, http://www.playvid.com/watch/b4gHNdjVTkX, http://www.playvid.com/watch/2kfkqxgt5-N, http://www.playvid.com/watch/dUDRrBmWDJk, http://www.playvid.com/watch/LRBgm7zQf3E, http://www.playvid.com/watch/ulg5HGUt00n, http://www.playvid.com/watch/CJMsh06SaDW, http://www.playvid.com/watch/5Naj3RbIEvl, http://www.playvid.com/watch/OOFnDnunIeL, http://www.playvid.com/watch/GMaW1EGx7em, http://www.playvid.com/watch/SaglffMYmfZ, http://www.playvid.com/watch/emnQ78-e4qn, http://www.playvid.com/watch/UqNwa5nt2Zh, http://www.playvid.com/watch/OP_W6rHm452, http://www.playvid.com/watch/gyk0iSS_1_Y, http://www.playvid.com/watch/AzymDQLNTQy, http://www.playvid.com/watch/k5cAFlvgnvF, http://www.playvid.com/watch/maAMF1ZIYDi, http://www.playvid.com/watch/Ba6iaB7HvMC, http://www.playvid.com/watch/YjFkWHsf2rV, http://www.playvid.com/watch/BwkS2UD40uy, http://www.playvid.com/watch/HX7V7YfSgep, http://www.playvid.com/watch/6w0G7V6NMtL, http://www.playvid.com/watch/B_oGeO5bUx0, http://www.playvid.com/watch/gukIuy7qhLV, http://www.playvid.com/watch/SEUlwhBRtZK, http://www.playvid.com/watch/MzEiJZUsq_p, http://www.playvid.com/watch/em-I6W1H21m, http://www.playvid.com/watch/vuAjJkmz5cV, http://www.playvid.com/watch/u8ZaRSxhzCB, http://www.playvid.com/watch/PZ1EUnf1s9s, http://www.playvid.com/watch/GapoxCidUTe, http://www.playvid.com/watch/y6KA1EybfkA, http://www.playvid.com/watch/clMJo5BJwtH, http://www.playvid.com/watch/n-THnDKsw-Z, http://www.playvid.com/watch/UqzcLIgvhVi, http://www.playvid.com/watch/jSomvWRLVEN, http://www.playvid.com/watch/BnrjQib_d-y, http://www.playvid.com/watch/2Mxq_NTxg0y, http://www.playvid.com/watch/5FXs6Vu-H-Q,

http://www.playvid.com/watch/B_WTb5AM7GB, http://www.playvid.com/watch/VxqnjOb2HKk, http://www.playvid.com/watch/hIZCwOR7x12,
http://www.playvid.com/watch/l0qDOBZ3tMg, http://www.playvid.com/watch/Lx9xI8q9o7y, http://www.playvid.com/watch/5BmjP3rYfYo,
http://www.playvid.com/watch/ApxRqOJJMPA, http://www.playvid.com/watch/v3rFprUpLix, http://www.playvid.com/watch/snBxtokLSp6,
http://www.playvid.com/watch/C2ODsunn2Mt, http://www.playvid.com/watch/lCuowS_lI8L, http://www.playvid.com/watch/tQYJrP-u3FH,
http://www.playvid.com/watch/R8lVJC9JM7x, http://www.playvid.com/watch/wUiAAt2G53f, http://www.playvid.com/watch/i_YsM4tMQTB,
http://www.playvid.com/watch/ercU8Tl8XNp, http://www.playvid.com/watch/hO5xC6ntYpq, http://www.playvid.com/watch/vzhZ2HKX8rR,
http://www.playvid.com/watch/J1fpBUJMRVS, http://www.playvid.com/watch/wgLg3BJ1KyJ, http://www.playvid.com/watch/UBQuESm5TDx,
http://www.playvid.com/watch/IBcmm2PAlxN, http://www.playvid.com/watch/TOJ9OfIRtCw, http://www.playvid.com/watch/YGXFBPPnbfw,
http://www.playvid.com/watch/L_bkpDB5TRU, http://www.playvid.com/watch/f0jkVbyIuCU, http://www.playvid.com/watch/M3MxBtV_ouY,
http://www.playvid.com/watch/CeEbx8NPF3Y, http://www.playvid.com/watch/ptZk3tLQGf6, http://www.playvid.com/watch/p7by11TU-6P,
http://www.playvid.com/watch/K00D9ss8nDy, http://www.playvid.com/watch/m8cjdHBP_1B, http://www.playvid.com/watch/H8tlyFuH9zH,
http://www.playvid.com/watch/w9MKOFmpWtn, http://www.playvid.com/watch/qNrEHHW9RMO, http://www.playvid.com/watch/e1SO1M_1WqW,
http://www.playvid.com/watch/uY9HKjW-Lax, http://www.playvid.com/watch/hkZ6GZxbOqv, http://www.playvid.com/watch/kH8hKfhsIao,
http://www.playvid.com/watch/vYbA2hslDdJ, http://www.playvid.com/watch/TWt_AIu0DK5, http://www.playvid.com/watch/q9ii4irsU5U,
http://www.playvid.com/watch/ixi_jN1lGnG, http://www.playvid.com/watch/aB2-pRT4iPh, http://www.playvid.com/watch/5NbpDQ_opdY,
http://www.playvid.com/watch/eOAe6UoKUNE, http://www.playvid.com/watch/MwurqnNxCIj, http://www.playvid.com/watch/yztjecDB5JO,
http://www.playvid.com/watch/l0DgqYSVowa, http://www.playvid.com/watch/BgLHy-hcLxO, http://www.playvid.com/watch/NaPqQeV6UlT,
http://www.playvid.com/watch/OfMEU8Wqbqe, http://www.playvid.com/watch/0AZehUhlR70, http://www.playvid.com/watch/ESRAGUxcyNR,
http://www.playvid.com/watch/ADC-exyiRJ5, http://www.playvid.com/watch/K4G8TDcmer3, http://www.playvid.com/watch/86A6Rbkqu9N,
http://www.playvid.com/watch/MQD9P5sX28S, http://www.playvid.com/watch/MAT5Td7oFVE, http://www.playvid.com/watch/eCV2TW1-JCO,
http://www.playvid.com/watch/kfjfqb3eL50, http://www.playvid.com/watch/FIh_7pBBO2G, http://www.playvid.com/watch/O7Ysbu_uWvy,
http://www.playvid.com/watch/XW40xxvzOIA, http://www.playvid.com/watch/p3T4wukOXDt, http://www.playvid.com/watch/bUB5NMPYxcB,
http://www.playvid.com/watch/KM3ssNQ_-PT, http://www.playvid.com/watch/pifzR-Gyqen, http://www.playvid.com/watch/vYuUvPlfQjN,
http://www.playvid.com/watch/7YtGNy59Gvu, http://www.playvid.com/watch/aJLy8pCEEwa, http://www.playvid.com/watch/KXRRGp_1vxA,
http://www.playvid.com/watch/3e9OFvElQay, http://www.playvid.com/watch/hMbemot9IF6, http://www.playvid.com/watch/ftM_5Wtxpx4,
http://www.playvid.com/watch/al4KUaaMVHm, http://www.playvid.com/watch/ese0zIHSmZ2, http://www.playvid.com/watch/AAwYpTmMUiK,
http://www.playvid.com/watch/g20su33b8WM, http://www.playvid.com/watch/BOu_Qa0QuHS, http://www.playvid.com/watch/t9e3tskHTip,
http://www.playvid.com/watch/b2v2VHX75WZ, http://www.playvid.com/watch/8sTcebkh_v9, http://www.playvid.com/watch/nK8gSqZQc8i,
http://www.playvid.com/watch/coUZ6B_B-HH, http://www.playvid.com/watch/n8HsWHmBqWO, http://www.playvid.com/watch/Dh54YhyTbXo,
http://www.playvid.com/watch/Vko3DL4SltE, http://www.playvid.com/watch/M_ajGM0os94, http://www.playvid.com/watch/TnOIB8YMOzD,
http://www.playvid.com/watch/r76HSPVbZDN, http://www.playvid.com/watch/kyCMkYLleGW, http://www.playvid.com/watch/rJxuel92bxX,
http://www.playvid.com/watch/fC7U8CG4Gym, http://www.playvid.com/watch/MBcUZ8PEhDl, http://www.playvid.com/watch/7S1Fgn6zlg7,
http://www.playvid.com/watch/eIFcNNB9wKn, http://www.playvid.com/watch/9ZAKK1B1sJF, http://www.playvid.com/watch/PmxjnLSYmd0,
http://www.playvid.com/watch/weWAxQC_v3e, http://www.playvid.com/watch/x58o0PE7GSm, http://www.playvid.com/watch/YcSoIsHJFMZ,
http://www.playvid.com/watch/WNYt3wYRCf0, http://www.playvid.com/watch/Nz23FrLvuex, http://www.playvid.com/watch/mRl4zjypXW9,
http://www.playvid.com/watch/VO7myp8_8Ls, http://www.playvid.com/watch/N73uIqC2Em6, http://www.playvid.com/watch/2H2DQZ8NHhx,
http://www.playvid.com/watch/BKOOExoy37C, http://www.playvid.com/watch/NXTJR4_iAQT, http://www.playvid.com/watch/M7efQ0kGf5o,
http://www.playvid.com/watch/dZP0c2W1bwK, http://www.playvid.com/watch/Viro93CMufg, http://www.playvid.com/watch/lXeLui143OR,
http://www.playvid.com/watch/CMKIeCjTz2S, http://www.playvid.com/watch/iAB_uyloGJW, http://www.playvid.com/watch/7VEC5dSvkfn,
http://www.playvid.com/watch/T4gvamMfel2, http://www.playvid.com/watch/MJa85HX3W9u, http://www.playvid.com/watch/4TSdW_t-Pj5,
http://www.playvid.com/watch/nLDNwOeoAPe, http://www.playvid.com/watch/F7srIN6EfS8, http://www.playvid.com/watch/RZ4LuMIZJI2,
http://www.playvid.com/watch/5fYBUjXLT93, http://www.playvid.com/watch/zlP9DQoEx9t, http://www.playvid.com/watch/qz566u4pmXs,
http://www.playvid.com/watch/TLmvlcnxzoY, http://www.playvid.com/watch/MZLFheDMNP9, http://www.playvid.com/watch/v1kqAuqQovt,
http://www.playvid.com/watch/a5kkGrOgKgH, http://www.playvid.com/watch/xxUenIHlo5W, http://www.playvid.com/watch/3_QnQcX2LD7,
http://www.playvid.com/watch/V2jHIR8ZPVi, http://www.playvid.com/watch/CqmVE6BA019, http://www.playvid.com/watch/USshKOHSL99,
http://www.playvid.com/watch/7aOx_YUnifa, http://www.playvid.com/watch/ppkhd5h2loy, http://www.playvid.com/watch/dUWBkJ2e_Tt,
http://www.playvid.com/watch/z3h4G9i750G, http://www.playvid.com/watch/tibdIDCBvmC, http://www.playvid.com/watch/UxQvznZuR-h,
http://www.playvid.com/watch/2fGx0_VTZGL, http://www.playvid.com/watch/l1Z1Ab9A4ZY, http://www.playvid.com/watch/NoQylh4dOrp,
http://www.playvid.com/watch/rRyItnYqF38, http://www.playvid.com/watch/AVePMizTddB, http://www.playvid.com/watch/EvSxm68LKKz,
http://www.playvid.com/watch/2oFaR7wRR_I, http://www.playvid.com/watch/rH4JJeDbVtl, http://www.playvid.com/watch/4K6OnhQdtoB,
http://www.playvid.com/watch/xhIdNXGp5ro, http://www.playvid.com/watch/FoLq_mO1xVQ, http://www.playvid.com/watch/Yx5pujJG3Ok,
http://www.playvid.com/watch/oz0cuq1GayS, http://www.playvid.com/watch/R0uFFsVIdCi, http://www.playvid.com/watch/0qeKAgfJONn,
http://www.playvid.com/watch/VEMOYmlOjdc, http://www.playvid.com/watch/kkrTwmx6sck, http://www.playvid.com/watch/eSCDKx7aN-5,
http://www.playvid.com/watch/z_xfanaLUm2, http://www.playvid.com/watch/sPecxxGh9aH, http://www.playvid.com/watch/Ro6QIRv8JxS,
http://www.playvid.com/watch/2ld84XB5VKD, http://www.playvid.com/watch/Ok9Rcef4owV, http://www.playvid.com/watch/el3rQF21qJ5,
http://www.playvid.com/watch/zcjWlUM9ZNl, http://www.playvid.com/watch/FJ7XdE_3TGm, http://www.playvid.com/watch/71XtqpcfukG,
http://www.playvid.com/watch/PHFDVYKyf0V, http://www.playvid.com/watch/IoDwJcIDtvh, http://www.playvid.com/watch/Bv1czBfJgD6,
http://www.playvid.com/watch/pCFeu1IUGcB, http://www.playvid.com/watch/QryxUxkBGWs, http://www.playvid.com/watch/LmyFy6EDr_U,
http://www.playvid.com/watch/88ir5LdZcIC, http://www.playvid.com/watch/qEAZ483UKKu, http://www.playvid.com/watch/6ytmSUtSd5E,
http://www.playvid.com/watch/OfkkX6HdwUw, http://www.playvid.com/watch/GryOgdah1N0, http://www.playvid.com/watch/XzFxfuKLV5Y,
http://www.playvid.com/watch/7ZDBmOr3lGT, http://www.playvid.com/watch/F858MZyJ8_8, http://www.playvid.com/watch/xvyzGisCQsi,
http://www.playvid.com/watch/PerZEOTLGmR, http://www.playvid.com/watch/xrrg9JNaZDG, http://www.playvid.com/watch/94J5TFy_gg7,
http://www.playvid.com/watch/bEqe1n_CozL, http://www.playvid.com/watch/61ztQzDxvU6, http://www.playvid.com/watch/tCnLSvB6DXr,
http://www.playvid.com/watch/D1QY5sLTpkb, http://www.playvid.com/watch/moNR9dcRCMB, http://www.playvid.com/watch/rYVGsELtTmm,
http://www.playvid.com/watch/ocbW9NlS2T3, http://www.playvid.com/watch/HKYFm6jRe8c, http://www.playvid.com/watch/RQCSQ1laxL9,
http://www.playvid.com/watch/qLu5f5DTKiP, http://www.playvid.com/watch/sb4qOSdPduz, http://www.playvid.com/watch/9v-mZ1b_LFn,
http://www.playvid.com/watch/CvSMmlBmSoa, http://www.playvid.com/watch/svViMsd-mds, http://www.playvid.com/watch/nckC3-6EnlF,
http://www.playvid.com/watch/jNFk8YowxI3, http://www.playvid.com/watch/7XKUpYOQQFp, http://www.playvid.com/watch/fRJuBmRb407
5.f. Date of third notice: 2014-11-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: spamalopealot
5.b. Uploader's email address: spamalopealot@aol.com
5.d. Uploader's profile: http://www.playvid.com/member/spamalopealot
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EPEXY9Zy49D, http://www.playvid.com/watch/NedwfcSQnet,
http://www.playvid.com/watch/UM2mxIACZJg, http://www.playvid.com/watch/-896OVjvKtG, http://www.playvid.com/watch/kzRwpWJizSz,
http://www.playvid.com/watch/aj7F-m3b3rE, http://www.playvid.com/watch/NlPNIvmiplX, http://www.playvid.com/watch/bQOa6WRpfq2,
http://www.playvid.com/watch/sJvF5PNGn7A, http://www.playvid.com/watch/trvrMa90kve, http://www.playvid.com/watch/UyctIx-Cay-,
http://www.playvid.com/watch/vUiNhzjQAY6, http://www.playvid.com/watch/2NOl9jL8YA3, http://www.playvid.com/watch/uJx-UKfQC2T,
http://www.playvid.com/watch/xczxydL649t, http://www.playvid.com/watch/6klZPVjjIl7, http://www.playvid.com/watch/-Znb7wjUEry,
http://www.playvid.com/watch/7iX8GKbeJrH, http://www.playvid.com/watch/3IT6XZgVhUi, http://www.playvid.com/watch/aw6AZMpbxd2,
http://www.playvid.com/watch/2cUISEFKjXQ, http://www.playvid.com/watch/Lbt-opn60FX, http://www.playvid.com/watch/AeAARhOW5SZ,
http://www.playvid.com/watch/o2g379uNtg2, http://www.playvid.com/watch/vNbgdLITHgr, http://www.playvid.com/watch/BBO9jBjU4sH,
http://www.playvid.com/watch/6uAxP7sOQpo, http://www.playvid.com/watch/TPBK5vU5eqx, http://www.playvid.com/watch/Ki5ZmPaAxDx,
http://www.playvid.com/watch/nQWWiGDZitR, http://www.playvid.com/watch/nVvz-PTp2dZ, http://www.playvid.com/watch/-ZYPZoS5ndC,
http://www.playvid.com/watch/q7WPTTrndSP, http://www.playvid.com/watch/kTtRBbSg2iG, http://www.playvid.com/watch/OMbYrfxk3qt,
http://www.playvid.com/watch/UIfjdh9VuUC, http://www.playvid.com/watch/3PCQ2dprOw7, http://www.playvid.com/watch/FJ9IQyGXHfT,
http://www.playvid.com/watch/37ZdEqbAce2, http://www.playvid.com/watch/Xv0du-f5uQZ, http://www.playvid.com/watch/2IEdZOVUGel,
http://www.playvid.com/watch/7xNWDFwvTt9, http://www.playvid.com/watch/KbrUsF2g93a, http://www.playvid.com/watch/cAzvl2KCPeY,
http://www.playvid.com/watch/p3e9YsEblNr, http://www.playvid.com/watch/SzuqHHvoS2-, http://www.playvid.com/watch/JDJXDk508FI,
http://www.playvid.com/watch/in5ojgmfOUJ, http://www.playvid.com/watch/vtVZXBCd9dJ, http://www.playvid.com/watch/o7MYwnRib0K,
http://www.playvid.com/watch/PMnoWmsYIkJ, http://www.playvid.com/watch/MGWH9k8ks5a, http://www.playvid.com/watch/LI5Mg7CSzWF,
http://www.playvid.com/watch/ZWCvjl4xBKM, http://www.playvid.com/watch/cN3GEt9HKni, http://www.playvid.com/watch/Hf2PeKokr8I,
http://www.playvid.com/watch/roWvEHtJffo, http://www.playvid.com/watch/mNHJyDE590I, http://www.playvid.com/watch/5V2LGVZH9yS,
http://www.playvid.com/watch/jZSYyzefp6E, http://www.playvid.com/watch/JVERmIr2WXa, http://www.playvid.com/watch/f6fZVdNPLTs,
http://www.playvid.com/watch/tAoct7b26Zn, http://www.playvid.com/watch/lGiB9jhtabr, http://www.playvid.com/watch/DjRxCuH4sp5,

http://www.playvid.com/watch/K9lvgKHsplQ, http://www.playvid.com/watch/mjPGcbnPnuG, http://www.playvid.com/watch/6Xkmt66NMVl, http://www.playvid.com/watch/pSRzI2BAmJt, http://www.playvid.com/watch/WHO48sQLR-p, http://www.playvid.com/watch/-lfUOEknWOP, http://www.playvid.com/watch/vcfiExQvpmA, http://www.playvid.com/watch/knTLZgR-wvY, http://www.playvid.com/watch/79ygBhin6Um, http://www.playvid.com/watch/RRdk4w0IOXy, http://www.playvid.com/watch/zxFaDxQkn7M, http://www.playvid.com/watch/hvhHodwVViC, http://www.playvid.com/watch/fZuNMb9OlLP, http://www.playvid.com/watch/YqPsOCbEC8R, http://www.playvid.com/watch/4hVq46Zgcl5, http://www.playvid.com/watch/4FstmzeFYON, http://www.playvid.com/watch/-bZBn396HVq, http://www.playvid.com/watch/WYlLpj5SRQT, http://www.playvid.com/watch/4UJX9eq52-O, http://www.playvid.com/watch/ix3clac3bOI, http://www.playvid.com/watch/phWVCVrr6r4, http://www.playvid.com/watch/bCpr5nGuOED, http://www.playvid.com/watch/TTVV8bgcJGN, http://www.playvid.com/watch/OVpdgasiE9H, http://www.playvid.com/watch/hhlamQqJ0xP, http://www.playvid.com/watch/U74NH62UhVS, http://www.playvid.com/watch/n0VoLaDh25c, http://www.playvid.com/watch/yok69OjAKVN, http://www.playvid.com/watch/z9zRqyJiZzQ, http://www.playvid.com/watch/W8NxAqJ9T6C, http://www.playvid.com/watch/A7uLm9Nh7Wn
5.f. Date of third notice: 2013-11-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: SS88
5.b. Uploader's email address: ralfringer@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/SS88
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SoeytLpjEDs, http://www.playvid.com/watch/lxIqvTrB3dj, http://www.playvid.com/watch/g-Z8V1tZIGU, http://www.playvid.com/watch/WL8hLQogp9A, http://www.playvid.com/watch/KCWXMJupdEM, http://www.playvid.com/watch/4GGF1EADGxZ, http://www.playvid.com/watch/7TfyO0FURXf, http://www.playvid.com/watch/UGo7CwzImaX, http://www.playvid.com/watch/6EznhYP5wk8, http://www.playvid.com/watch/eg84YsokCug, http://www.playvid.com/watch/PptivvFQzoG, http://www.playvid.com/watch/GLkehiZmmPI, http://www.playvid.com/watch/apDstkgjHTU, http://www.playvid.com/watch/z_yyQOn1kr3, http://www.playvid.com/watch/FN74OO0r1Gf, http://www.playvid.com/watch/HazvdnEMYI8, http://www.playvid.com/watch/cFf9yLxoX14, http://www.playvid.com/watch/HClZSl6vTJ4, http://www.playvid.com/watch/ZYXTdN6twhM, http://www.playvid.com/watch/QwLyFyCmnNm, http://www.playvid.com/watch/YkiAJZ7-kSh, http://www.playvid.com/watch/R5WpMHfUcV2, http://www.playvid.com/watch/2zSchbQcH6g, http://www.playvid.com/watch/Yb73Y7amR_A, http://www.playvid.com/watch/lo426V8pEFO, http://www.playvid.com/watch/I5_385cHxw6, http://www.playvid.com/watch/si0voHoQY2c, http://www.playvid.com/watch/3ut35Pt6vSk, http://www.playvid.com/watch/f14rZ2OdFxr, http://www.playvid.com/watch/374iRcc7F5z, http://www.playvid.com/watch/d4V1IPlTNHB, http://www.playvid.com/watch/3cfuAg6lnOq, http://www.playvid.com/watch/OzWi3-sWjk5, http://www.playvid.com/watch/o3_sO-c-N_l, http://www.playvid.com/watch/ye-XsaQs6zP, http://www.playvid.com/watch/DVI4_eMY90y, http://www.playvid.com/watch/9xFRJUfE3zW, http://www.playvid.com/watch/G3g_OU6p1YX, http://www.playvid.com/watch/qNws-Atiw-t, http://www.playvid.com/watch/Fbx7MZcOPL8, http://www.playvid.com/watch/Wq8VWGOWF7X, http://www.playvid.com/watch/nIjouzMn5C5, http://www.playvid.com/watch/YqBHzG4qoTy, http://www.playvid.com/watch/RSUYc3BAYMq, http://www.playvid.com/watch/g9Ictb5PNZJ, http://www.playvid.com/watch/7xEKLgd4dsG, http://www.playvid.com/watch/PY0RB7hVy2H, http://www.playvid.com/watch/MjuWhcvs0RN, http://www.playvid.com/watch/0-cOUGglcZr, http://www.playvid.com/watch/2EVjupoe0Zv, http://www.playvid.com/watch/HPGNdMt7gcK, http://www.playvid.com/watch/VyoIdpXAtk0, http://www.playvid.com/watch/buaSPFjh9J7, http://www.playvid.com/watch/zF98c26V98F, http://www.playvid.com/watch/4zSF27qpWjF, http://www.playvid.com/watch/yqZvRh8jIIL, http://www.playvid.com/watch/S2qrVowwbtk, http://www.playvid.com/watch/edpQeeohJuO, http://www.playvid.com/watch/iFfv7b1qeeJ, http://www.playvid.com/watch/L_hbn5BBze9, http://www.playvid.com/watch/rKr7G6NEGX9, http://www.playvid.com/watch/gbCDR-wKUao, http://www.playvid.com/watch/6h6HSDdqUGR, http://www.playvid.com/watch/aiQdV_-1aL6, http://www.playvid.com/watch/0tge7tSCmBu, http://www.playvid.com/watch/JolVVaDLcXI, http://www.playvid.com/watch/OLMk1dS9AGs, http://www.playvid.com/watch/C3Mng8JhpUG, http://www.playvid.com/watch/3ekyjFulvKp, http://www.playvid.com/watch/HzOwyV7nJwt, http://www.playvid.com/watch/YC0HXIBLjJf
5.f. Date of third notice: 2014-05-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: standup
5.b. Uploader's email address: faulfritzz@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/standup
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SW8x6IaLFOK, http://www.playvid.com/watch/wtnrJmbC552, http://www.playvid.com/watch/wRMEGq0n5Q5, http://www.playvid.com/watch/By-a-pDKims, http://www.playvid.com/watch/AZJRviMwCTQ, http://www.playvid.com/watch/77BKciRcxJp, http://www.playvid.com/watch/v3On9DRh5Ea, http://www.playvid.com/watch/m3kgR-Rxx4q, http://www.playvid.com/watch/ZSnSgccv0Zn, http://www.playvid.com/watch/OyWtZCTRXoE, http://www.playvid.com/watch/O-RSeW3yXGM, http://www.playvid.com/watch/PXxi_tenbd5, http://www.playvid.com/watch/E7zgZ6VeEK5, http://www.playvid.com/watch/bQOjdD8XS2v, http://www.playvid.com/watch/DHWbJ7IGBqD, http://www.playvid.com/watch/rgJyyqx7LJ0, http://www.playvid.com/watch/0hMTbMSJDZj, http://www.playvid.com/watch/BOCVzXoKJGa, http://www.playvid.com/watch/dA-NYV7omm0, http://www.playvid.com/watch/vUvn1q5kKW3, http://www.playvid.com/watch/l9gShn4zyIo, http://www.playvid.com/watch/240ugyXC_dN, http://www.playvid.com/watch/iexqw68A_9u, http://www.playvid.com/watch/56cL6PmK0q2, http://www.playvid.com/watch/ei5IY4Byl8r, http://www.playvid.com/watch/yG2IkzH9f5v, http://www.playvid.com/watch/hgWoRo_Jv5W, http://www.playvid.com/watch/AXaoo7zLyZW, http://www.playvid.com/watch/XOH_p_TdmSW, http://www.playvid.com/watch/B5RVOtEUqRh, http://www.playvid.com/watch/PXRwHyufZbN, http://www.playvid.com/watch/KRZfv4o4xNq, http://www.playvid.com/watch/8GXXRcqF6GY, http://www.playvid.com/watch/SYk1IsNhy85, http://www.playvid.com/watch/OAKyCpNgXOh, http://www.playvid.com/watch/hGYFrk7mN8T, http://www.playvid.com/watch/vyOwDQ6XPl9, http://www.playvid.com/watch/eaASIiO0JYW, http://www.playvid.com/watch/qpTMslxqHlQ, http://www.playvid.com/watch/roTmhzw80Li, http://www.playvid.com/watch/hlLYw3D_3Ij, http://www.playvid.com/watch/GF1wng3Unod, http://www.playvid.com/watch/qY6t9xkkOnu, http://www.playvid.com/watch/t3uAhHdPTCP, http://www.playvid.com/watch/kDbX4wV6bN0, http://www.playvid.com/watch/xDcw4xlmm4r, http://www.playvid.com/watch/wG9CbgdXEdo, http://www.playvid.com/watch/OIipNzSkd0A, http://www.playvid.com/watch/IHKyPsShIa4, http://www.playvid.com/watch/wDwuq0ZzH_v, http://www.playvid.com/watch/xzqlRkT6nmo, http://www.playvid.com/watch/hwK0YkyXxCy, http://www.playvid.com/watch/MX8quMdJa94, http://www.playvid.com/watch/leB-DxHS280, http://www.playvid.com/watch/ekLSpy22avJ, http://www.playvid.com/watch/JI0PV_Ma6jt, http://www.playvid.com/watch/cvpvhrou4BY, http://www.playvid.com/watch/UGqakUgPGVy, http://www.playvid.com/watch/Ucp9mNUAb8V, http://www.playvid.com/watch/kkfj9YN8mDp, http://www.playvid.com/watch/SO9xoMuH9mP, http://www.playvid.com/watch/QgnZKq-V5qC, http://www.playvid.com/watch/DHNAs7QdrNc, http://www.playvid.com/watch/A2MejhJxw8u, http://www.playvid.com/watch/RplSuwaFRqx, http://www.playvid.com/watch/gBuZy5u2dh5, http://www.playvid.com/watch/O67L_pCyTYW, http://www.playvid.com/watch/KAFgrpSIeII, http://www.playvid.com/watch/DMkBpzn-NWr, http://www.playvid.com/watch/waUyuaMJld6, http://www.playvid.com/watch/hsUyFTE1qGQ, http://www.playvid.com/watch/7nkEsHliWMq, http://www.playvid.com/watch/IElQMfcJjY0, http://www.playvid.com/watch/MmW1pHg8wSb, http://www.playvid.com/watch/Fw2kq45U8aV, http://www.playvid.com/watch/MczGPTgOQ3S, http://www.playvid.com/watch/B7IT53yQP-D, http://www.playvid.com/watch/BlrxtORdwZl, http://www.playvid.com/watch/isl163D63Bz, http://www.playvid.com/watch/vlyC35dP7uK, http://www.playvid.com/watch/F2Tmii4NHjE, http://www.playvid.com/watch/0XtbV26XhLD, http://www.playvid.com/watch/n5KafSRiZmK, http://www.playvid.com/watch/sikA--ai8TB, http://www.playvid.com/watch/Q-41A49PWhX, http://www.playvid.com/watch/UWuqUhfE42P, http://www.playvid.com/watch/zXKZfdiW7PR, http://www.playvid.com/watch/dmkpWf9isCP, http://www.playvid.com/watch/CRUDpJlctPi, http://www.playvid.com/watch/hX6wZO9TYH8, http://www.playvid.com/watch/cngB10EPOyH, http://www.playvid.com/watch/wzU3UIDE_-d, http://www.playvid.com/watch/bUehff7dP63, http://www.playvid.com/watch/CG1_9ivdjGd, http://www.playvid.com/watch/8wlIDgSMPXY, http://www.playvid.com/watch/JJu92n7bbQM, http://www.playvid.com/watch/8Yq2zv6aFRj, http://www.playvid.com/watch/2eAJbi3LnCf, http://www.playvid.com/watch/FqmCgofrA_E, http://www.playvid.com/watch/9f3SSmw_wlw, http://www.playvid.com/watch/cnyFW_OdBtG, http://www.playvid.com/watch/k4wToLGc7ge, http://www.playvid.com/watch/hScD4eCpjfs, http://www.playvid.com/watch/OE9v6sltklf, http://www.playvid.com/watch/yCLq2uWYPBM, http://www.playvid.com/watch/rZMQ1Rc9EVe, http://www.playvid.com/watch/7ZCcl3vXvZk, http://www.playvid.com/watch/q1HVmU30iFY, http://www.playvid.com/watch/6zZWurV4QLO, http://www.playvid.com/watch/XGEKS0WCSqD, http://www.playvid.com/watch/ZGAbZg7SXkX, http://www.playvid.com/watch/jRM9FRjrpJc, http://www.playvid.com/watch/sixVY0b9m7q, http://www.playvid.com/watch/8k_EhPKiXjl, http://www.playvid.com/watch/Lqt7MZZw8dQ, http://www.playvid.com/watch/xwy2Y1OyK4I, http://www.playvid.com/watch/EVAU5gDxJL3, http://www.playvid.com/watch/z1QXXxtph9q, http://www.playvid.com/watch/wayCmHKNQSN, http://www.playvid.com/watch/D_JM1DXTAYi, http://www.playvid.com/watch/auTyO24tRcp, http://www.playvid.com/watch/E69EhjEEpjJ, http://www.playvid.com/watch/Fgs19CgCi1W, http://www.playvid.com/watch/xxhHEE1SfNj, http://www.playvid.com/watch/q4prbbx2k2w, http://www.playvid.com/watch/9mWro--J2yN, http://www.playvid.com/watch/KZ3dPLTtmGM, http://www.playvid.com/watch/DJKBN7dxFdZ, http://www.playvid.com/watch/c8iG4W25rJG, http://www.playvid.com/watch/ubglGNEmOAf, http://www.playvid.com/watch/f8oNtgo5R_H, http://www.playvid.com/watch/0KNykOUEBGQ, http://www.playvid.com/watch/76YjN5MFJdT, http://www.playvid.com/watch/eyBrhaRuIEB, http://www.playvid.com/watch/YmBAOnvc2rY, http://www.playvid.com/watch/RNuHVbzPPR8, http://www.playvid.com/watch/sVRwRcBdj6g, http://www.playvid.com/watch/cVlXKj1JgJH, http://www.playvid.com/watch/bg3Kl2w3qsn, http://www.playvid.com/watch/UcOoFDCgRpd, http://www.playvid.com/watch/4-WPfGqNpPv, http://www.playvid.com/watch/X-5c6jR9zKi, http://www.playvid.com/watch/jgeAXduoi5K, http://www.playvid.com/watch/xzDpDDgO7Hl, http://www.playvid.com/watch/gWd__KLgIJt, http://www.playvid.com/watch/tqUHQCXdzvX,

http://www.playvid.com/watch/62eYHTrJC6U, http://www.playvid.com/watch/eMN7sANpldb, http://www.playvid.com/watch/ZKsEWGwX9oW, http://www.playvid.com/watch/ZZbgDnpGaQA, http://www.playvid.com/watch/lkJ1foHyMVl, http://www.playvid.com/watch/VyBcpbqEIgg, http://www.playvid.com/watch/RV3ujvm2mO8, http://www.playvid.com/watch/xnt_3WfqZuW, http://www.playvid.com/watch/cR72mkDyb5H, http://www.playvid.com/watch/rgmpvvMEIsq, http://www.playvid.com/watch/JZY2l6X6SYN, http://www.playvid.com/watch/PG4ON0bjTVp, http://www.playvid.com/watch/To1GbKPpxLN, http://www.playvid.com/watch/uB2r3yM_GBv, http://www.playvid.com/watch/yE2HjTf-16U, http://www.playvid.com/watch/8QaTiuPH-yd, http://www.playvid.com/watch/007m5RjtmZ7, http://www.playvid.com/watch/u_62d82jCI9, http://www.playvid.com/watch/MMnLzzKOMIU, http://www.playvid.com/watch/MZfDtHiRxCs, http://www.playvid.com/watch/sAqGPMv6YUh, http://www.playvid.com/watch/uOMA_CuaeiE, http://www.playvid.com/watch/ob22Hzp_M1A, http://www.playvid.com/watch/o4zRwSXGavF, http://www.playvid.com/watch/fp-40VMgrDO, http://www.playvid.com/watch/eSN6aaLRYlj, http://www.playvid.com/watch/ghUETrj6Czr, http://www.playvid.com/watch/0NrQlEa5GLJ, http://www.playvid.com/watch/j4ihA60ZkTd, http://www.playvid.com/watch/OpTyfvXSKIM, http://www.playvid.com/watch/Q024G2M0VXe, http://www.playvid.com/watch/ceF-B5368oQ, http://www.playvid.com/watch/K6dn1hLvlAR, http://www.playvid.com/watch/8v-tNN2OF7I, http://www.playvid.com/watch/6lrid-hKFOm, http://www.playvid.com/watch/SoOHnbr3Qug, http://www.playvid.com/watch/ZxqGOXZR3qE
5.f. Date of third notice: 2014-06-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: starlo
5.b. Uploader's email address: starlo@free.fr
5.d. Uploader's profile: http://www.playvid.com/member/starlo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/WmrOuR0-xRC, http://www.playvid.com/watch/aRYZIDtYbVR, http://www.playvid.com/watch/knx2dbpXsfj, http://www.playvid.com/watch/9yzmiBVsSyf, http://www.playvid.com/watch/Xed3kSC4779, http://www.playvid.com/watch/FOkt5U8UtGX, http://www.playvid.com/watch/Ov0hFahMlwd, http://www.playvid.com/watch/Nj0pyzb-oH6, http://www.playvid.com/watch/RhL3yBC7JGe, http://www.playvid.com/watch/kCMI-5WBRct, http://www.playvid.com/watch/ADAnJmCrLM2, http://www.playvid.com/watch/3-J64iOMJ0Q, http://www.playvid.com/watch/WmQtGAgs5Cf, http://www.playvid.com/watch/b7DrRb3WWc7, http://www.playvid.com/watch/8UvHzBxudNB, http://www.playvid.com/watch/i0rftDeJF8o, http://www.playvid.com/watch/pexq6VHi04S, http://www.playvid.com/watch/gcCEEPGH3Rg, http://www.playvid.com/watch/UYO4J4zeeoy, http://www.playvid.com/watch/CgF9PzJVQ8O, http://www.playvid.com/watch/h2AviVn40An, http://www.playvid.com/watch/iMROx6zjiNC, http://www.playvid.com/watch/iDZmcjwKkLs, http://www.playvid.com/watch/Ki57PwMysuE, http://www.playvid.com/watch/rDePucQpUiF, http://www.playvid.com/watch/5KwV-9Ch78O, http://www.playvid.com/watch/sy7WgocfFMw, http://www.playvid.com/watch/oXbDngivdjT, http://www.playvid.com/watch/cmWTRNjAnf4, http://www.playvid.com/watch/aJIxzAkopXk, http://www.playvid.com/watch/a0MP9ckBDER, http://www.playvid.com/watch/iurBf3CoJkj, http://www.playvid.com/watch/dd7ky8rA6hn, http://www.playvid.com/watch/HarvjDVcVvN, http://www.playvid.com/watch/axMe5UwFxKS, http://www.playvid.com/watch/vEeAlSo7DlH, http://www.playvid.com/watch/rXRqtMgkhte, http://www.playvid.com/watch/C2KxlU5MScs, http://www.playvid.com/watch/2g5zXU5I2k5, http://www.playvid.com/watch/n0CLDShBlI3, http://www.playvid.com/watch/UYy0XW9gf5v, http://www.playvid.com/watch/PyMksbrp9Ol, http://www.playvid.com/watch/ZMeuYh8TWma
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: steeve
5.b. Uploader's email address: hiporoppo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/steeve
5.e. List of videos posted by uploader: http://www.playvid.com/watch/cgUyckyuynJ, http://www.playvid.com/watch/I0atmfPbtUk, http://www.playvid.com/watch/PpDl7YJP7EA, http://www.playvid.com/watch/urfJwHR6PBI, http://www.playvid.com/watch/-lLsTgikQBD, http://www.playvid.com/watch/H53wSjsWHTy, http://www.playvid.com/watch/Pau5dG0WmIq, http://www.playvid.com/watch/M4PyxlCb8Q8, http://www.playvid.com/watch/DO2XF5DaDyl, http://www.playvid.com/watch/5ncYtZqkcde, http://www.playvid.com/watch/kWBPIubWA5d, http://www.playvid.com/watch/LTHgXjKeqvR, http://www.playvid.com/watch/Be8BNM0DXIR, http://www.playvid.com/watch/NJhAb8PGJ-c, http://www.playvid.com/watch/JuAtBsUyHba, http://www.playvid.com/watch/7wU97KUT5e5, http://www.playvid.com/watch/IwJcnvE4DBj, http://www.playvid.com/watch/GVVobOaxrtF, http://www.playvid.com/watch/8hmYBWkzICl, http://www.playvid.com/watch/qyHuHgI98qG, http://www.playvid.com/watch/mmXiucQX2SJ, http://www.playvid.com/watch/Jnlfk0CWe2K, http://www.playvid.com/watch/IhPGZI7GUuu, http://www.playvid.com/watch/9tvWAK7k0Cn, http://www.playvid.com/watch/G7gViGqj38W, http://www.playvid.com/watch/GTukrctLq6g, http://www.playvid.com/watch/lH8nFYnhxyh, http://www.playvid.com/watch/uzYG7vRZlOF, http://www.playvid.com/watch/j8-vIMKFgzq, http://www.playvid.com/watch/SUCJ6KYnzPr, http://www.playvid.com/watch/rhVUfC6XalY, http://www.playvid.com/watch/0WQVQ8slvrq, http://www.playvid.com/watch/HGsUrIQMIXL, http://www.playvid.com/watch/QPCWkpuhMxQ, http://www.playvid.com/watch/SqnlMdT-h0C, http://www.playvid.com/watch/Jh8ObBNoGOs, http://www.playvid.com/watch/juITi5dzzYH, http://www.playvid.com/watch/BVR-AHa224l, http://www.playvid.com/watch/9uIZLCPFTfI, http://www.playvid.com/watch/NCgQBoh4U4T, http://www.playvid.com/watch/DWYghl9syER, http://www.playvid.com/watch/gHDeiUSLiQK, http://www.playvid.com/watch/g56s6qB0ZjI, http://www.playvid.com/watch/oBsgskbUAPH, http://www.playvid.com/watch/-4xs6n5KXtm, http://www.playvid.com/watch/-e5oU-qTEl3, http://www.playvid.com/watch/N7y5DALvXlU, http://www.playvid.com/watch/cvd6w54q05Q, http://www.playvid.com/watch/L0tTJLi6gqF, http://www.playvid.com/watch/7gxDrkRE5Q5, http://www.playvid.com/watch/sYwPH9I3xLb, http://www.playvid.com/watch/WUKI080CL0b, http://www.playvid.com/watch/uZ0Buk0Uzxd, http://www.playvid.com/watch/k86Od7PNfRN, http://www.playvid.com/watch/S438u38Btna, http://www.playvid.com/watch/pmThEaOm9Vz, http://www.playvid.com/watch/gLv6X9Urmtt, http://www.playvid.com/watch/tBnmCFnBRZU, http://www.playvid.com/watch/Ds-Al27gNlJ, http://www.playvid.com/watch/DmxqOxvj0oU, http://www.playvid.com/watch/xomFbhCi7Za, http://www.playvid.com/watch/g-aJADrSV4g, http://www.playvid.com/watch/i5Ivoqnt5Pt, http://www.playvid.com/watch/zcElNkVlYeM, http://www.playvid.com/watch/-SR0Wwo-K3S, http://www.playvid.com/watch/mvXjpIcFa8j
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: stellamore
5.b. Uploader's email address: steleerutpo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/stellamore
5.e. List of videos posted by uploader: http://www.playvid.com/watch/lJ5JUlmMKXJ, http://www.playvid.com/watch/R78GvjA9BaK, http://www.playvid.com/watch/qhSmqZ4X0lb, http://www.playvid.com/watch/VHpHMYb6SCs, http://www.playvid.com/watch/PJ5UOYUcHkF, http://www.playvid.com/watch/cPDzwf2UHNl, http://www.playvid.com/watch/Eg8z9OBj8Pw, http://www.playvid.com/watch/J5H-EFPWLH3, http://www.playvid.com/watch/kPFK4TqX704, http://www.playvid.com/watch/wS6I85va3vu, http://www.playvid.com/watch/r4SrxJJkdp3, http://www.playvid.com/watch/Eys8wLP9Q-R, http://www.playvid.com/watch/ZxagKjAZMDd, http://www.playvid.com/watch/gZMwJsn38Gv, http://www.playvid.com/watch/ESDsXJfLzbI, http://www.playvid.com/watch/Wq2zHvyWO9C, http://www.playvid.com/watch/xDpV5jz8SRo, http://www.playvid.com/watch/Blw3DPbCdxB, http://www.playvid.com/watch/EGhrRMpkkTM, http://www.playvid.com/watch/w8WSXfV8-WX, http://www.playvid.com/watch/69nOeYosmIU, http://www.playvid.com/watch/e4XKxVY3kr7, http://www.playvid.com/watch/T4B20Cg-USQ, http://www.playvid.com/watch/TDFxBgtBriK, http://www.playvid.com/watch/vWg-ipA0AZy, http://www.playvid.com/watch/IJww0EedjTG, http://www.playvid.com/watch/Tay7w-4Cu5s, http://www.playvid.com/watch/ZHBOClpKv4c, http://www.playvid.com/watch/hEYBtBRzulY, http://www.playvid.com/watch/x-9GZQL-ip2, http://www.playvid.com/watch/EUkbRBxanxz, http://www.playvid.com/watch/XnWmLZIt2d2, http://www.playvid.com/watch/s32PVoR4Dzr, http://www.playvid.com/watch/6LCMf2Y2kRx, http://www.playvid.com/watch/xjJtWdykzry, http://www.playvid.com/watch/G5UyMspLBQ2, http://www.playvid.com/watch/HramZ3Cp7jd, http://www.playvid.com/watch/94J9dkpbvXb, http://www.playvid.com/watch/j9ORuXciO-5, http://www.playvid.com/watch/PeLLMGPHQr0, http://www.playvid.com/watch/jq5EICgv2Ve, http://www.playvid.com/watch/uivdncw4gZd, http://www.playvid.com/watch/uAkeBZxzoMR, http://www.playvid.com/watch/piTPHHoAucK, http://www.playvid.com/watch/NeVilcqcqIX, http://www.playvid.com/watch/XXhcqjgs8Tw, http://www.playvid.com/watch/UVSmbObt93a, http://www.playvid.com/watch/d4qImRstY8J, http://www.playvid.com/watch/03YHED-uqxZ, http://www.playvid.com/watch/5qVJenfmrYI, http://www.playvid.com/watch/jRYHFATpWlR, http://www.playvid.com/watch/FggrvFUWJKM, http://www.playvid.com/watch/L6--yZt3xhx, http://www.playvid.com/watch/8edUpa-RyCk, http://www.playvid.com/watch/ow7w5e03wSH, http://www.playvid.com/watch/kgbzv8IYO3O, http://www.playvid.com/watch/xJh9uO-SbVW, http://www.playvid.com/watch/OIfMej09nrp, http://www.playvid.com/watch/yrJmCzqoEay, http://www.playvid.com/watch/t5tGpqOwjtL, http://www.playvid.com/watch/UBD07uwxoBs, http://www.playvid.com/watch/70ZAI9qIfYN, http://www.playvid.com/watch/Fj5VSQeV2zH, http://www.playvid.com/watch/m6c4Bwmnzj6, http://www.playvid.com/watch/4-pcRQab6wD, http://www.playvid.com/watch/JTxEPd44Tj0, http://www.playvid.com/watch/sla3qLumETN, http://www.playvid.com/watch/QlfIr4IL75c, http://www.playvid.com/watch/bjl7XxWZ-U-, http://www.playvid.com/watch/hCi7L2pssK7, http://www.playvid.com/watch/Kc05O7xFV-S, http://www.playvid.com/watch/5POO2OCz34X, http://www.playvid.com/watch/-Y3KDfgtydN, http://www.playvid.com/watch/AOmhwO7ehEb, http://www.playvid.com/watch/D0nVhvFhQZQ, http://www.playvid.com/watch/3t7gKahLBJO, http://www.playvid.com/watch/EahCDRLPdxX, http://www.playvid.com/watch/-DzwztS94Ap, http://www.playvid.com/watch/N3EnclaDbb8, http://www.playvid.com/watch/8iW8csWHmHW,

http://www.playvid.com/watch/B6qgfC5aoQ9, http://www.playvid.com/watch/x0F7Xnkk4BV, http://www.playvid.com/watch/TSKl2HQTmHG, http://www.playvid.com/watch/XQcovkIG2t8, http://www.playvid.com/watch/T7jGmS8KzcE, http://www.playvid.com/watch/Q3a2ia52GIU, http://www.playvid.com/watch/ZFCJuCaPP5R, http://www.playvid.com/watch/mwwzdDz4kGT, http://www.playvid.com/watch/sl2uz2rMRt8, http://www.playvid.com/watch/KwEhvLApntk, http://www.playvid.com/watch/mUhitt02h7-, http://www.playvid.com/watch/pRiDYpkEv3j, http://www.playvid.com/watch/WI2DelVyhFc, http://www.playvid.com/watch/vUYqiOBAJq4, http://www.playvid.com/watch/CQOIf7-wBQk, http://www.playvid.com/watch/3v7Mqzpsh8L, http://www.playvid.com/watch/6SK8RbbVkNO, http://www.playvid.com/watch/XEQ0dZEaG4S, http://www.playvid.com/watch/rHkPOOirIqs, http://www.playvid.com/watch/0KK6-p-JfrE, http://www.playvid.com/watch/lE46HD4jan6, http://www.playvid.com/watch/4vZ7S4DRati, http://www.playvid.com/watch/JMmPMpjfupx, http://www.playvid.com/watch/rV8NulSpEXW, http://www.playvid.com/watch/iYWpCUw4AAr, http://www.playvid.com/watch/2nZDfc4gsxy, http://www.playvid.com/watch/2ThiG9daH6w, http://www.playvid.com/watch/MLnec8SJKRx, http://www.playvid.com/watch/RkAFibMcA2O, http://www.playvid.com/watch/FgZ2WmCXP2I, http://www.playvid.com/watch/sIeHL3YLlUn, http://www.playvid.com/watch/ME69Qu9lMMq, http://www.playvid.com/watch/7RiMR4zUigQ, http://www.playvid.com/watch/bdLDzCLvTvK, http://www.playvid.com/watch/cytNBcZypj2, http://www.playvid.com/watch/DPSBJQTEamO, http://www.playvid.com/watch/OvCrYQPOSfB, http://www.playvid.com/watch/u0C0BptwhJZ
5.f. Date of third notice: 2015-07-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: stikilokorro
5.b. Uploader's email address: wearrri@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/stikilokorro
5.e. List of videos posted by uploader: http://www.playvid.com/watch/IWF3b8jWKIN, http://www.playvid.com/watch/6OBypheivAO, http://www.playvid.com/watch/eVPO5i42JRe, http://www.playvid.com/watch/PeRbe6R2foD, http://www.playvid.com/watch/AgUwQuAjLBh, http://www.playvid.com/watch/Xoh6FlLljU7, http://www.playvid.com/watch/zEfGXRS7bQS, http://www.playvid.com/watch/pGWP7JYN4ck, http://www.playvid.com/watch/qNN2QbfAG7O, http://www.playvid.com/watch/tQ7VgY5cPEw, http://www.playvid.com/watch/cRQ3T027V56, http://www.playvid.com/watch/lTUhqeKejXO, http://www.playvid.com/watch/558TPPK5JNf, http://www.playvid.com/watch/jCi5wwpAgmV, http://www.playvid.com/watch/GCkA5sCO5IG, http://www.playvid.com/watch/i7pCsqfDPUt, http://www.playvid.com/watch/pc9TocEWZDg, http://www.playvid.com/watch/NzaTSMRypaw, http://www.playvid.com/watch/ApJZ6PYcCS6, http://www.playvid.com/watch/Lo0tRGmcBGY, http://www.playvid.com/watch/jQbkgpo5AsR, http://www.playvid.com/watch/ueJxJkwq3Pv, http://www.playvid.com/watch/6jx3JgEym9R, http://www.playvid.com/watch/3Bb2pDgqfx8, http://www.playvid.com/watch/ZNf-VeBG6rO, http://www.playvid.com/watch/B76VxFZZyhm, http://www.playvid.com/watch/au7qcOpegyL, http://www.playvid.com/watch/sdX8ZdvMs2N, http://www.playvid.com/watch/k5trX44enJW, http://www.playvid.com/watch/cBnCV-eX-SY, http://www.playvid.com/watch/lKM7pmINO-H, http://www.playvid.com/watch/FHvsCBSRnsp, http://www.playvid.com/watch/sIEZ5fJ8EJg, http://www.playvid.com/watch/rBkc9FmcWEg, http://www.playvid.com/watch/yZZuGeJ5aep, http://www.playvid.com/watch/HW6vd6thhuw, http://www.playvid.com/watch/wwUGmFZnau-, http://www.playvid.com/watch/ImNlvFllxWH, http://www.playvid.com/watch/-od5sAzOVeW, http://www.playvid.com/watch/AbMWynmRZrZ, http://www.playvid.com/watch/brEDb6h6jHU, http://www.playvid.com/watch/xcof-IYV-KN, http://www.playvid.com/watch/Me3ajGbC9Qw, http://www.playvid.com/watch/sTg-Vao2Z73, http://www.playvid.com/watch/OwbGqomEnEJ, http://www.playvid.com/watch/TctUt6TQLY-, http://www.playvid.com/watch/6I9yCN35xL-, http://www.playvid.com/watch/vJW4xYFjefl, http://www.playvid.com/watch/bMFqk6kS36T, http://www.playvid.com/watch/mYvP52xD4uk, http://www.playvid.com/watch/N9eSrqwA4e2, http://www.playvid.com/watch/vVffXfKx99E, http://www.playvid.com/watch/QMPLauqsWyo, http://www.playvid.com/watch/sT26fqpuAv-, http://www.playvid.com/watch/QwpkeTldukg, http://www.playvid.com/watch/NyeOuKhbn6r, http://www.playvid.com/watch/wtckDznYMp0, http://www.playvid.com/watch/8bLLo98Cchp, http://www.playvid.com/watch/wE6ibIjr0lN, http://www.playvid.com/watch/stUFXXOGt42, http://www.playvid.com/watch/S4NlLnICbKs, http://www.playvid.com/watch/isozti7u6SJ, http://www.playvid.com/watch/9nyq7jI3rms, http://www.playvid.com/watch/bBNuwjxqeTi, http://www.playvid.com/watch/GR09oLwy0KG, http://www.playvid.com/watch/deVbhdtRTWZ, http://www.playvid.com/watch/8WhRFzpHDU7, http://www.playvid.com/watch/m5AdiJ-tkva, http://www.playvid.com/watch/DZnQTUMTbGw, http://www.playvid.com/watch/bobeFxPlhth, http://www.playvid.com/watch/DH-ObsZjleq, http://www.playvid.com/watch/9RozKxRXqyx, http://www.playvid.com/watch/tOa6b27bSOY, http://www.playvid.com/watch/BwTvwOlA-vu, http://www.playvid.com/watch/A83WY5K8d4m, http://www.playvid.com/watch/s2cCKCHnKur, http://www.playvid.com/watch/9ttC63BC8v5, http://www.playvid.com/watch/OdAMBxRi0qv, http://www.playvid.com/watch/Tg2iPO4a4fZ, http://www.playvid.com/watch/QTsHQCOEtdf, http://www.playvid.com/watch/WHUqgfalrx5, http://www.playvid.com/watch/fOXQpvWRekQ, http://www.playvid.com/watch/TvZgrhuaZKF, http://www.playvid.com/watch/PwDdQaas3pD, http://www.playvid.com/watch/-JaNvXn8GUq, http://www.playvid.com/watch/aEr3PizEAJk, http://www.playvid.com/watch/RwbXvPUpsAK, http://www.playvid.com/watch/SeynEavJgy7, http://www.playvid.com/watch/7NYz54hO00B, http://www.playvid.com/watch/QURFyDSUirz, http://www.playvid.com/watch/8KtwkcC6Qun, http://www.playvid.com/watch/WwHDf6BREkm, http://www.playvid.com/watch/zWBkTv8Fw6M, http://www.playvid.com/watch/gIYMdEya0Zh, http://www.playvid.com/watch/OJagKXPJQDk, http://www.playvid.com/watch/-GwRasFnUyO, http://www.playvid.com/watch/l7hLHb77HWj, http://www.playvid.com/watch/7suYe8tafkH, http://www.playvid.com/watch/VxjH-CslaYc, http://www.playvid.com/watch/ittczO0F8x7, http://www.playvid.com/watch/d0aRNPTMoyX, http://www.playvid.com/watch/xzC4FI4-d8y, http://www.playvid.com/watch/gz5Y0CwuHfS, http://www.playvid.com/watch/6Wedlfwh4j7, http://www.playvid.com/watch/HVsZt0aCRnM, http://www.playvid.com/watch/AsydPPayOud, http://www.playvid.com/watch/Ecdn5H62SMq, http://www.playvid.com/watch/EAjho8Z9Wfd, http://www.playvid.com/watch/rRGUjC-8rC0, http://www.playvid.com/watch/gczoY2ZM5eZ, http://www.playvid.com/watch/JsZJJqFlGbS, http://www.playvid.com/watch/ukwBex5sLI8, http://www.playvid.com/watch/eeDkcD6Pr7H, http://www.playvid.com/watch/EULJtsr3Yhf, http://www.playvid.com/watch/0g9OpHPeoVn, http://www.playvid.com/watch/JfW8PvDHe7y, http://www.playvid.com/watch/0eC8RukqVle, http://www.playvid.com/watch/a5hh5Nb8BON, http://www.playvid.com/watch/IHZ4suiaFth, http://www.playvid.com/watch/Y6Q9-vviPV7, http://www.playvid.com/watch/8XdnDDHaLku, http://www.playvid.com/watch/xA4mcJlSWrn, http://www.playvid.com/watch/BFUX5QbTW-0, http://www.playvid.com/watch/sZFPjzpAlrH, http://www.playvid.com/watch/XpsMllBMh6A, http://www.playvid.com/watch/aVeQWNzzGuL, http://www.playvid.com/watch/oJ3jKaZP-6o, http://www.playvid.com/watch/WKgGYM5Yc-i, http://www.playvid.com/watch/JxrCQIq2Ar2, http://www.playvid.com/watch/lyUzuCWujZq, http://www.playvid.com/watch/khrGXsLGUpG, http://www.playvid.com/watch/dvvbSWTVfqS, http://www.playvid.com/watch/A9WgwHkmRc0, http://www.playvid.com/watch/zu7z5yzNf3C, http://www.playvid.com/watch/vWonLz-vmdD, http://www.playvid.com/watch/BORKq3JFneC, http://www.playvid.com/watch/EvacJMuU2-x, http://www.playvid.com/watch/NsBW2WlJ3SU, http://www.playvid.com/watch/HpWgTnj6go4, http://www.playvid.com/watch/GPzqySAD8Qo, http://www.playvid.com/watch/0JULMHPvYkB, http://www.playvid.com/watch/V0jyYNLUs5f, http://www.playvid.com/watch/qpUHRRKKb7D, http://www.playvid.com/watch/rk3DUK3ZePv, http://www.playvid.com/watch/geGdnjGmL9x, http://www.playvid.com/watch/UPuU62STY8N, http://www.playvid.com/watch/qFQW4TZay5g, http://www.playvid.com/watch/CQHbEN90uyp, http://www.playvid.com/watch/dA3oyfR4sfv, http://www.playvid.com/watch/0nfQUtHpgnM, http://www.playvid.com/watch/3yCdyOi5MuU, http://www.playvid.com/watch/cxc9eNtOxcB, http://www.playvid.com/watch/RLPeMbNhjT6, http://www.playvid.com/watch/OhEaC4NfsMy, http://www.playvid.com/watch/wvmgmwLMZ-d, http://www.playvid.com/watch/EHnC7tWmwsc, http://www.playvid.com/watch/gKdy0fGqk0-, http://www.playvid.com/watch/GhamfEJY-b8, http://www.playvid.com/watch/ykjE6qiSkFJ, http://www.playvid.com/watch/vjHQNAL3bCp, http://www.playvid.com/watch/ehGck2x-QtD, http://www.playvid.com/watch/wAHFm9GQumT, http://www.playvid.com/watch/IYEX0aJEvtC, http://www.playvid.com/watch/-jlXx4AmB9E, http://www.playvid.com/watch/Xl4Ac3eWapl, http://www.playvid.com/watch/Oo7HetpyK-J, http://www.playvid.com/watch/vWP9r9bO2iD, http://www.playvid.com/watch/VfytWO6yLqE, http://www.playvid.com/watch/RxvcbUZ7OZ4, http://www.playvid.com/watch/Rvim9eXhXFh, http://www.playvid.com/watch/eJ3mqAwnkXA, http://www.playvid.com/watch/YRBdmRyyhMr, http://www.playvid.com/watch/tnkJNT3DqTM, http://www.playvid.com/watch/OhqKHyXIrae, http://www.playvid.com/watch/rmlffdocquN, http://www.playvid.com/watch/23iKODmJiW6, http://www.playvid.com/watch/uqy3bICyHIv, http://www.playvid.com/watch/Xn9vCfFjkOi, http://www.playvid.com/watch/ykEjYBIg8kP, http://www.playvid.com/watch/648Z3KtHXYe, http://www.playvid.com/watch/mlBBmyIekBX, http://www.playvid.com/watch/xeWHkvm7MgX, http://www.playvid.com/watch/2pRqSbbZ2Ah, http://www.playvid.com/watch/8NpLsBBUwau, http://www.playvid.com/watch/TbKTOFZ33At, http://www.playvid.com/watch/AufiLkH37mw, http://www.playvid.com/watch/gZhIuX0QoZe, http://www.playvid.com/watch/JyonqgwrOXJ, http://www.playvid.com/watch/m2KNODwo8vH, http://www.playvid.com/watch/oLrTWpgcck6, http://www.playvid.com/watch/UmeqkCzXlyZ, http://www.playvid.com/watch/iFC2MvpDM9h, http://www.playvid.com/watch/RjKNrfj-KiJ, http://www.playvid.com/watch/-fDhiCMkQdl, http://www.playvid.com/watch/WjNPDQtEky0, http://www.playvid.com/watch/9aDMwnKFtzW, http://www.playvid.com/watch/ue8bWrSLbvp, http://www.playvid.com/watch/LOoGMEOp68Q, http://www.playvid.com/watch/uKy79ljvQAq, http://www.playvid.com/watch/vrbq2pLxwxf, http://www.playvid.com/watch/hsrFGo5cqMQ, http://www.playvid.com/watch/ABGltcOuSdp, http://www.playvid.com/watch/jrEri6M3yFl, http://www.playvid.com/watch/n67UdVfgxRq, http://www.playvid.com/watch/xtqMvmKmNtp, http://www.playvid.com/watch/2TRCaBYBEQf, http://www.playvid.com/watch/5EwvipdxdGY, http://www.playvid.com/watch/rKBq8SF8jwF, http://www.playvid.com/watch/K9ZHlNRBaBl, http://www.playvid.com/watch/C0hajYdNyuz, http://www.playvid.com/watch/oLGddtaxctf, http://www.playvid.com/watch/mPcMmeELD8v, http://www.playvid.com/watch/uHyVQCeE2p0, http://www.playvid.com/watch/GtP3E8eZPEi, http://www.playvid.com/watch/8J3BydHWO-E, http://www.playvid.com/watch/hKPCkYdYigt, http://www.playvid.com/watch/0MgMCIM9xib, http://www.playvid.com/watch/GQaeq99Ok5g, http://www.playvid.com/watch/-0CNZ-BorI8, http://www.playvid.com/watch/ZFekzkdZDQm, http://www.playvid.com/watch/pEKYGox6Yqv, http://www.playvid.com/watch/lFA4ddRMhBB, http://www.playvid.com/watch/jP3h2CEVa0V, http://www.playvid.com/watch/lh9pZ8l05uC, http://www.playvid.com/watch/bXkwuMT4ZBk, http://www.playvid.com/watch/QNHbfdcgTrU, http://www.playvid.com/watch/ZZ3CDxr88eE, http://www.playvid.com/watch/64FfWY5pnJk, http://www.playvid.com/watch/5p4nccPi2gB, http://www.playvid.com/watch/-etsiw5hlt9,

http://www.playvid.com/watch/FZ-pkmpSK6n, http://www.playvid.com/watch/7bmTErl5YMg, http://www.playvid.com/watch/UGv8zCFyuLD,
http://www.playvid.com/watch/cEqsp6LJ4wO, http://www.playvid.com/watch/pIuR0MYmMV8, http://www.playvid.com/watch/lymw89FAKuc,
http://www.playvid.com/watch/AXK0SqAiYbr, http://www.playvid.com/watch/XcxohjjZhLe, http://www.playvid.com/watch/saefC8f66Jm,
http://www.playvid.com/watch/6xDeu4uSL5H, http://www.playvid.com/watch/Zf9WfZynd-o, http://www.playvid.com/watch/tYykjRkyeXt,
http://www.playvid.com/watch/X6P5Km6tW4V, http://www.playvid.com/watch/corknS7pcFP, http://www.playvid.com/watch/dSily4FCtd3,
http://www.playvid.com/watch/xxDAiCJao52, http://www.playvid.com/watch/EFn8vvWlLdk, http://www.playvid.com/watch/aTeOScvMiDI,
http://www.playvid.com/watch/IY0CH4CUYjC, http://www.playvid.com/watch/uUqFvwuQveD, http://www.playvid.com/watch/0nE0uFemqHQ,
http://www.playvid.com/watch/ufZRCk7QRL5, http://www.playvid.com/watch/6Qm-QmhDBmg, http://www.playvid.com/watch/GrdovYvjqmR,
http://www.playvid.com/watch/G29zbCOEqMb, http://www.playvid.com/watch/IR8FMWzJVy4, http://www.playvid.com/watch/mTzDVSEIpc8,
http://www.playvid.com/watch/GcDZSCNY46f, http://www.playvid.com/watch/OJ9HSiSS5Uw, http://www.playvid.com/watch/BDjdeIxmaZB,
http://www.playvid.com/watch/p6jhTkh4zpv, http://www.playvid.com/watch/WsAzHLjtWJg, http://www.playvid.com/watch/LLs08-w9J3l,
http://www.playvid.com/watch/8LfoeASWbJg, http://www.playvid.com/watch/CjEBxmsHvhC, http://www.playvid.com/watch/vB0RVjAXs7c,
http://www.playvid.com/watch/-Yi4-6WzQrX, http://www.playvid.com/watch/Ga50yqXT0Vw, http://www.playvid.com/watch/3hnXg59gzHu,
http://www.playvid.com/watch/-VXleRNYt-9, http://www.playvid.com/watch/rwcInlO9wq6, http://www.playvid.com/watch/UeuAhow6ubH,
http://www.playvid.com/watch/r3DyQX6Tj7T, http://www.playvid.com/watch/zR6DVMSZNgb, http://www.playvid.com/watch/ZhTFh9rgxp8,
http://www.playvid.com/watch/hSZpoI7zas9, http://www.playvid.com/watch/vwiH652UGAa, http://www.playvid.com/watch/b3Y02wVe-xa,
http://www.playvid.com/watch/LbczBPWOV9m, http://www.playvid.com/watch/0WwgLjaHXSn, http://www.playvid.com/watch/E0AigBeJKdP,
http://www.playvid.com/watch/cQB0QRXEJEO, http://www.playvid.com/watch/xu58CfhqB7G, http://www.playvid.com/watch/QluFe5-Xxsv,
http://www.playvid.com/watch/8KaI4bbIt2O, http://www.playvid.com/watch/gJYmBQqG9vo, http://www.playvid.com/watch/Gk753AvueNC,
http://www.playvid.com/watch/W0iXRhkk9uX, http://www.playvid.com/watch/B7-5XoAZIZT, http://www.playvid.com/watch/4ujpmi7ryMX,
http://www.playvid.com/watch/SqHxf8UBsgm, http://www.playvid.com/watch/BkS3E0KCkuW, http://www.playvid.com/watch/T9GhgJ5FRxx,
http://www.playvid.com/watch/sgVh4LVDAWD, http://www.playvid.com/watch/UbIm8Nx4OsY, http://www.playvid.com/watch/05bco8GnDBi,
http://www.playvid.com/watch/UkABxGxR0K6, http://www.playvid.com/watch/Z4MOThP3uqz, http://www.playvid.com/watch/n2hRMbHXvYr,
http://www.playvid.com/watch/qLT0DMZxHJL, http://www.playvid.com/watch/TI6mLiuwQ42, http://www.playvid.com/watch/qCoXscO2szh,
http://www.playvid.com/watch/N7DfntOtLWF, http://www.playvid.com/watch/qCk4HkZc0LH, http://www.playvid.com/watch/H27KE02i9iz,
http://www.playvid.com/watch/o36Sk-YQ94s, http://www.playvid.com/watch/8E088JEExxO, http://www.playvid.com/watch/JDBSkpsnZa-,
http://www.playvid.com/watch/IzFchq4UAoh, http://www.playvid.com/watch/qiRbFWsTpNS, http://www.playvid.com/watch/dfUSRvxfrSa,
http://www.playvid.com/watch/WuQkm4rp-VR, http://www.playvid.com/watch/2ORGjCX07Du, http://www.playvid.com/watch/hegzXMyMpmA,
http://www.playvid.com/watch/stPwKTybquD, http://www.playvid.com/watch/4wxBZ5YuQfD, http://www.playvid.com/watch/lGlv3jyKqEe,
http://www.playvid.com/watch/XDVkJTaGPcM, http://www.playvid.com/watch/pS5sD9PxL8Z, http://www.playvid.com/watch/JZwJ6tD2lxH,
http://www.playvid.com/watch/IWlyY3KVUdf, http://www.playvid.com/watch/tzn0yakpvX0, http://www.playvid.com/watch/keYfdlE-kAp,
http://www.playvid.com/watch/mYN4nky8b-R, http://www.playvid.com/watch/EM5rmQeKGGV, http://www.playvid.com/watch/vSWf-dU9QFm,
http://www.playvid.com/watch/iffzYaGObjH, http://www.playvid.com/watch/bQVabLNhqUx, http://www.playvid.com/watch/9S7kFiZDIu6,
http://www.playvid.com/watch/TJkITLURmCY, http://www.playvid.com/watch/gItyO2SyT2h, http://www.playvid.com/watch/Rs5YLJMF5X8,
http://www.playvid.com/watch/miYi6CK5Oa0, http://www.playvid.com/watch/YO2nvrE54rO, http://www.playvid.com/watch/W4B6MSxIvWk,
http://www.playvid.com/watch/Qd9qL5VLOYO, http://www.playvid.com/watch/DHJ8fffGVWF, http://www.playvid.com/watch/4W6xRrvHgoN,
http://www.playvid.com/watch/o-2DfWD3ZPp, http://www.playvid.com/watch/nk4tPp4pjWe, http://www.playvid.com/watch/gydsMUqX25-,
http://www.playvid.com/watch/TBl355tHgIo, http://www.playvid.com/watch/isDiEVZBz4Q, http://www.playvid.com/watch/zD-3BX2tkgM,
http://www.playvid.com/watch/0Vac5wb8SpA, http://www.playvid.com/watch/PoIBFe9-qrI, http://www.playvid.com/watch/6ToLBzBvraw,
http://www.playvid.com/watch/jBxod6u44GJ, http://www.playvid.com/watch/v22SSpoaqpw, http://www.playvid.com/watch/C9rKFOofHuP,
http://www.playvid.com/watch/7PvJKR-yWBx, http://www.playvid.com/watch/BgESOchLJt0, http://www.playvid.com/watch/eGb9gDtM5y5,
http://www.playvid.com/watch/XflozfDa8pz, http://www.playvid.com/watch/9OLeG5gExj8, http://www.playvid.com/watch/jmbu22WcFPX,
http://www.playvid.com/watch/KGcgvcMtQYI, http://www.playvid.com/watch/m2WzL8EiMi2, http://www.playvid.com/watch/l2gECUY4NBZ,
http://www.playvid.com/watch/zNwfPKZHlab, http://www.playvid.com/watch/VheCDQRdXqg, http://www.playvid.com/watch/wH8LT5O07Co,
http://www.playvid.com/watch/7Np9QuLtLzh, http://www.playvid.com/watch/jukAy0LwtQs, http://www.playvid.com/watch/rWfdFQYc6ZE,
http://www.playvid.com/watch/iiisWo5Zudx, http://www.playvid.com/watch/rc2kRH3cDsC, http://www.playvid.com/watch/wcEllklInDv,
http://www.playvid.com/watch/pRodIsrPDy0, http://www.playvid.com/watch/4zvw4yZi6p4, http://www.playvid.com/watch/i5kfGSW328U,
http://www.playvid.com/watch/5o9CN4JsupW, http://www.playvid.com/watch/KuUl8aIn55d, http://www.playvid.com/watch/YooEMitVVFy,
http://www.playvid.com/watch/YfXdiGzQzs0, http://www.playvid.com/watch/Q56lLq4AxPw, http://www.playvid.com/watch/wFcuO859nNP,
http://www.playvid.com/watch/kcgQwTptT7t, http://www.playvid.com/watch/mP9ziVUOOb0, http://www.playvid.com/watch/IANcgeIuKw0,
http://www.playvid.com/watch/Kley7mKeWXd, http://www.playvid.com/watch/Meh-MOUY357, http://www.playvid.com/watch/f3U0N09lZSm,
http://www.playvid.com/watch/N4nH0mm4l2I, http://www.playvid.com/watch/ZaXC0hvHuGO, http://www.playvid.com/watch/6YFCbzocMop,
http://www.playvid.com/watch/pHx0HoRqPjm, http://www.playvid.com/watch/sONvc7Pfhea, http://www.playvid.com/watch/B2hy-Tnojya,
http://www.playvid.com/watch/vXyMtIWyDNJ, http://www.playvid.com/watch/NBsXs5K6h-k, http://www.playvid.com/watch/U-CDcsb7pEw,
http://www.playvid.com/watch/teN-wWq3kPO, http://www.playvid.com/watch/ttkDOzzSOpx, http://www.playvid.com/watch/MFMIVxVccYx,
http://www.playvid.com/watch/KSjnPSW-MRq, http://www.playvid.com/watch/ZVnV8lLOu8a, http://www.playvid.com/watch/BJA0bZEpZOM,
http://www.playvid.com/watch/DUE35RW73hE, http://www.playvid.com/watch/QuLt5QhcsQB, http://www.playvid.com/watch/DLwPjqAAhj9,
http://www.playvid.com/watch/3oXx2jwfpbO, http://www.playvid.com/watch/Xjr9HAynSVp, http://www.playvid.com/watch/yGfLBTjgguQ,
http://www.playvid.com/watch/P6jX5btUXUq, http://www.playvid.com/watch/Vi77rDVPhml, http://www.playvid.com/watch/b2GapM6DwEt,
http://www.playvid.com/watch/L-JZ7hMgnBq, http://www.playvid.com/watch/93UTrnwMMge, http://www.playvid.com/watch/nB-4z28TXnD,
http://www.playvid.com/watch/GFLynng9uSs, http://www.playvid.com/watch/aCxBPVmcA3o, http://www.playvid.com/watch/MjoVvQYz3Mh,
http://www.playvid.com/watch/o8wiL5R9lM4, http://www.playvid.com/watch/yaFCo5XVV-9, http://www.playvid.com/watch/3uZSWHaV6Us,
http://www.playvid.com/watch/N5Fu7kNWB9d, http://www.playvid.com/watch/UY8628-xhVS, http://www.playvid.com/watch/xxYPPW8d3y2,
http://www.playvid.com/watch/EF8N4hKyi2t, http://www.playvid.com/watch/-GijMatNTFR, http://www.playvid.com/watch/Ap8WQzxSwrn,
http://www.playvid.com/watch/I0QDWnO4R8E
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: strepsils
5.b. Uploader's email address: alexxanderr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/strepsils
5.e. List of videos posted by uploader: http://www.playvid.com/watch/3tHmXTCdg7J, http://www.playvid.com/watch/OZYcMhLuYYY,
http://www.playvid.com/watch/6auvIHsKHK5, http://www.playvid.com/watch/m9vXXceLt4k, http://www.playvid.com/watch/tk6nGmqfdZH,
http://www.playvid.com/watch/pH-fqbtXA-5, http://www.playvid.com/watch/7m-XIjVMtJD, http://www.playvid.com/watch/ijXvMPfHilH,
http://www.playvid.com/watch/EfrAQPh77o0, http://www.playvid.com/watch/jfFSVSqujq0, http://www.playvid.com/watch/nw0GY8gkQ0w,
http://www.playvid.com/watch/2GuKcJdjxPt, http://www.playvid.com/watch/mtYK0xuLXSi, http://www.playvid.com/watch/KymH0B5dzxO,
http://www.playvid.com/watch/XBhvjFk0B7r, http://www.playvid.com/watch/NPeYvTBK9fz, http://www.playvid.com/watch/ScsJYejIDue,
http://www.playvid.com/watch/cDOqeIcseUr, http://www.playvid.com/watch/PZrEplyaW90, http://www.playvid.com/watch/FkF3ZAQ372P,
http://www.playvid.com/watch/i0sDcoLOULb, http://www.playvid.com/watch/n-rTkidvgpj, http://www.playvid.com/watch/lcZGLTA-W0B,
http://www.playvid.com/watch/vSzH9KvP3Ut, http://www.playvid.com/watch/oWvE4hsraph, http://www.playvid.com/watch/MBpVRRipmXa,
http://www.playvid.com/watch/kESx6Gdenjr, http://www.playvid.com/watch/7U6oESPQhcM, http://www.playvid.com/watch/XnIA3aijHCV,
http://www.playvid.com/watch/6TNbchmL0YA, http://www.playvid.com/watch/ScL42eWKMYH, http://www.playvid.com/watch/JqWmpeAwjK0,
http://www.playvid.com/watch/o3hIzSktYSF, http://www.playvid.com/watch/nYvmh0Onl7w, http://www.playvid.com/watch/riW2Zzjfscm,
http://www.playvid.com/watch/wSDHa7DHnLX, http://www.playvid.com/watch/6HBPfZ9pJUF, http://www.playvid.com/watch/kK0fVZdwhFa,
http://www.playvid.com/watch/RwPZDjhSx0k, http://www.playvid.com/watch/GK57HmpmVxc, http://www.playvid.com/watch/w3dpZVb9XId,
http://www.playvid.com/watch/TjWgeTuxt0F, http://www.playvid.com/watch/U8wybWgiaS3, http://www.playvid.com/watch/o6albEwDT98,
http://www.playvid.com/watch/oorjPnQddNM, http://www.playvid.com/watch/QppeunfjrI8, http://www.playvid.com/watch/RsuDHtB2Fx7,
http://www.playvid.com/watch/jSRG7maHq-8, http://www.playvid.com/watch/LW3avFPzaR6, http://www.playvid.com/watch/U4xRrpBHKzp,
http://www.playvid.com/watch/kB9-ybwjfoc, http://www.playvid.com/watch/Qc2OQue4w8F, http://www.playvid.com/watch/MXPBggdG9Hb,
http://www.playvid.com/watch/c5gN0DVrC5h, http://www.playvid.com/watch/WkyRF0LoGLK, http://www.playvid.com/watch/Yz3yeEm9vE7,
http://www.playvid.com/watch/z8OlDBLvsKb, http://www.playvid.com/watch/6Xk0rFqxvUv, http://www.playvid.com/watch/pYnhjbYSz7c,
http://www.playvid.com/watch/5ouR0TamiWU, http://www.playvid.com/watch/fnuY3Gfmfyr, http://www.playvid.com/watch/K64bhbnOu8K,
http://www.playvid.com/watch/RTio243hHwn, http://www.playvid.com/watch/LJfqX6gbWVf, http://www.playvid.com/watch/HjhuNON0AY4,
http://www.playvid.com/watch/qFYPujT60ld, http://www.playvid.com/watch/P2PJ8GoUhfX, http://www.playvid.com/watch/9A7ouXuBSim,
http://www.playvid.com/watch/VB235MrVRVE, http://www.playvid.com/watch/KOQKeBHuXLm, http://www.playvid.com/watch/yYqjg6iCWZV,
http://www.playvid.com/watch/YlRjbyTnxwu, http://www.playvid.com/watch/lASgRv-YjoZ, http://www.playvid.com/watch/iOHvUMR70hR,

http://www.playvid.com/watch/dHS2k2BnAu2, http://www.playvid.com/watch/Qs5qsGyvr4g, http://www.playvid.com/watch/Jo2PKD3ZZVW, http://www.playvid.com/watch/A7uBppnUK99, http://www.playvid.com/watch/wzPLWTqGGRI, http://www.playvid.com/watch/RFzBgOKgQQL, http://www.playvid.com/watch/YAOPp658MM0, http://www.playvid.com/watch/QvZnzAjqLeT, http://www.playvid.com/watch/atDwAWJsur-, http://www.playvid.com/watch/RppdCTFAtgm
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: strig
5.b. Uploader's email address: fillmorisi@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/strig
5.e. List of videos posted by uploader: http://www.playvid.com/watch/u9POCHpX93M, http://www.playvid.com/watch/XdiIqOHqHiu, http://www.playvid.com/watch/62oKcUS6gbx, http://www.playvid.com/watch/aKifsiTN2PD, http://www.playvid.com/watch/BBVQ2KaVPEk, http://www.playvid.com/watch/evJQcLPAydM, http://www.playvid.com/watch/D0gqcjneI-Z, http://www.playvid.com/watch/fKBsY6J7yeZ, http://www.playvid.com/watch/0doAYiATRPc, http://www.playvid.com/watch/aABfU-IZpoi, http://www.playvid.com/watch/p8obOqsGXL0, http://www.playvid.com/watch/FNTgX6ymsVS, http://www.playvid.com/watch/KNLejKIIBxU, http://www.playvid.com/watch/77dESKccwzG, http://www.playvid.com/watch/4kfa3Zd9Z3y, http://www.playvid.com/watch/7bUJkJeooSA, http://www.playvid.com/watch/QCb6pZuWtqz, http://www.playvid.com/watch/xt8sYIWoQpe, http://www.playvid.com/watch/4DWNROk6B76, http://www.playvid.com/watch/kkBqaTFq6CX, http://www.playvid.com/watch/s4bDBlbyzQc, http://www.playvid.com/watch/qKmSfnkqwLf, http://www.playvid.com/watch/ocvyaEU3ALN, http://www.playvid.com/watch/5fhqYbyw1hO, http://www.playvid.com/watch/8dAcWE-Mi5K, http://www.playvid.com/watch/5HIEd22aBmR, http://www.playvid.com/watch/mRWHcZvKv_8, http://www.playvid.com/watch/E1RGVRxyGI3, http://www.playvid.com/watch/Fa8PJnreEZm, http://www.playvid.com/watch/pODnPwE-7eT, http://www.playvid.com/watch/qgtWlZTM-bc, http://www.playvid.com/watch/xMbjvtd94kQ, http://www.playvid.com/watch/lM7CHmFkS04, http://www.playvid.com/watch/3faDAWgLOfL, http://www.playvid.com/watch/HE-MfzQIg8a, http://www.playvid.com/watch/EJJLzzZjL_w, http://www.playvid.com/watch/qhvnVGAHen4, http://www.playvid.com/watch/CfLjXUBd82K, http://www.playvid.com/watch/t0-mgZs_G8t, http://www.playvid.com/watch/cBIK9aNZ3Oo, http://www.playvid.com/watch/Ol_LBY5lfjK, http://www.playvid.com/watch/GaezqYpF3ft, http://www.playvid.com/watch/iiMe1Yl0PNK, http://www.playvid.com/watch/kfd4te3zCUd, http://www.playvid.com/watch/PdGxu2_Sjit, http://www.playvid.com/watch/moyytHOEDjL, http://www.playvid.com/watch/Dm2G4WFbYjo, http://www.playvid.com/watch/4jX2k8hXgI8, http://www.playvid.com/watch/z0uM8gwAarr, http://www.playvid.com/watch/3V-7JuG4tE9, http://www.playvid.com/watch/mERp1eXurII, http://www.playvid.com/watch/Dfgcj2KVqqc, http://www.playvid.com/watch/qZ-P3c3ExcR, http://www.playvid.com/watch/jBrySgE8zyP, http://www.playvid.com/watch/U3whSEY2Mf5, http://www.playvid.com/watch/nwQqgqKYHEp, http://www.playvid.com/watch/bW4l5nu7HAd, http://www.playvid.com/watch/jlKCqC2Tk6c, http://www.playvid.com/watch/NZxXM_8Hk3L, http://www.playvid.com/watch/rVqiEr78yef, http://www.playvid.com/watch/9MCTe9OLO8n, http://www.playvid.com/watch/imo2u94Josk, http://www.playvid.com/watch/gX3e5w9DiMM, http://www.playvid.com/watch/L7UIs8JK6in, http://www.playvid.com/watch/K8ToTzJJ5xr, http://www.playvid.com/watch/HDxUICOrmc9, http://www.playvid.com/watch/Bv9y0t0W3mZ, http://www.playvid.com/watch/b1E3P0Z1w1J, http://www.playvid.com/watch/IWkCNprYHFr, http://www.playvid.com/watch/DLlbRyw5soV, http://www.playvid.com/watch/B0a7cgck-QQ, http://www.playvid.com/watch/XbcS4OGsc2U, http://www.playvid.com/watch/qri-VNYJy2J, http://www.playvid.com/watch/cUkwJGzjNje, http://www.playvid.com/watch/2tvywJXNxMw, http://www.playvid.com/watch/RmLYihdhW1y, http://www.playvid.com/watch/h6fKFTqIHpF, http://www.playvid.com/watch/fM5_WLleBaH, http://www.playvid.com/watch/G_re8-7FsMp, http://www.playvid.com/watch/Fn6Yj3lo9Or, http://www.playvid.com/watch/HNbfES7puqW, http://www.playvid.com/watch/DggFynqqIKL, http://www.playvid.com/watch/rilY9xHKKxh, http://www.playvid.com/watch/d-ci8RTKN7U, http://www.playvid.com/watch/YKOz4SG22Yd, http://www.playvid.com/watch/EO2EqS_yVsu, http://www.playvid.com/watch/I3YWw9Dl3KE, http://www.playvid.com/watch/9C8GSDNWMxo, http://www.playvid.com/watch/yczqTBvwFIo, http://www.playvid.com/watch/muNS4b1sog9, http://www.playvid.com/watch/NqKZqpG9gIs, http://www.playvid.com/watch/z8Rr2QNGM09, http://www.playvid.com/watch/rFFy0SM840d, http://www.playvid.com/watch/sjLsl5HhygU, http://www.playvid.com/watch/PFU_JhOF_RA, http://www.playvid.com/watch/02rnF4VZVup, http://www.playvid.com/watch/G9j36bWmmUD, http://www.playvid.com/watch/VoViIl3BoXl, http://www.playvid.com/watch/HVT0uFwYWyc, http://www.playvid.com/watch/MHAAQ1ivElI, http://www.playvid.com/watch/KvCveiQTu1v, http://www.playvid.com/watch/9OLjOxexBbh, http://www.playvid.com/watch/OQFysMAG1UX, http://www.playvid.com/watch/tEMmC2UbKfP, http://www.playvid.com/watch/glGoJydCS3E, http://www.playvid.com/watch/gYFT7JWQC4c, http://www.playvid.com/watch/kBOX58QnrrA, http://www.playvid.com/watch/lKqMcN03RC0, http://www.playvid.com/watch/Vy-pK20dlpj, http://www.playvid.com/watch/tppusm_6fJ0, http://www.playvid.com/watch/bBy27KwvQDH, http://www.playvid.com/watch/ycmCJRT-XdC, http://www.playvid.com/watch/kU-Dc0JsCxd, http://www.playvid.com/watch/3pKejXzfs0i, http://www.playvid.com/watch/07jonQ9AoM4, http://www.playvid.com/watch/8xB65uAQkjC, http://www.playvid.com/watch/vPQZsMRlVFe, http://www.playvid.com/watch/vTPKiipC824, http://www.playvid.com/watch/7EVjD8U0XPC, http://www.playvid.com/watch/ifwxoJBNW9Q, http://www.playvid.com/watch/GQkYxy2eGXj, http://www.playvid.com/watch/X2GtXhmeEEA, http://www.playvid.com/watch/oHUENUdwQbe, http://www.playvid.com/watch/o9S6fcWI8UP, http://www.playvid.com/watch/Grvp75dYJOd, http://www.playvid.com/watch/B-peZgWq_cb, http://www.playvid.com/watch/Kwfsr_QvOdE, http://www.playvid.com/watch/3SYZBpWKEzL, http://www.playvid.com/watch/vRLNsHN9kXq, http://www.playvid.com/watch/nOhAsvfNnM8, http://www.playvid.com/watch/Bu1QyF6bC2R, http://www.playvid.com/watch/b4MFXh5UMAK, http://www.playvid.com/watch/bAR-rOsg-OF, http://www.playvid.com/watch/laGvLiTa8-Q, http://www.playvid.com/watch/5Vo4zo50YQX, http://www.playvid.com/watch/XtFLcZPHHDu, http://www.playvid.com/watch/dQSK-BhKGxi, http://www.playvid.com/watch/hq0zsCIIYWB, http://www.playvid.com/watch/5rI40QMwU5M, http://www.playvid.com/watch/CQfW2_s9wyS, http://www.playvid.com/watch/x--iUgsavne, http://www.playvid.com/watch/8oT8jYGanRO, http://www.playvid.com/watch/UUhDDgWElVK, http://www.playvid.com/watch/8MGnxfSXS7u, http://www.playvid.com/watch/WW56tZB1IuO, http://www.playvid.com/watch/hjJUxtabSR6, http://www.playvid.com/watch/IQIeau0zx8t, http://www.playvid.com/watch/yR69RtYnpUL, http://www.playvid.com/watch/c9QZCQzKK-T, http://www.playvid.com/watch/hKN2539j6iA, http://www.playvid.com/watch/UDKgZ-S-iZu, http://www.playvid.com/watch/ZYNnMwHp9sI, http://www.playvid.com/watch/n_ORiifFplf, http://www.playvid.com/watch/tznaf-qUZV8, http://www.playvid.com/watch/2g8g1ONDeMa, http://www.playvid.com/watch/MK6BFoa7WfJ, http://www.playvid.com/watch/hcJySdZFiKT, http://www.playvid.com/watch/sMCFM0CJddY, http://www.playvid.com/watch/qJMVZfZCwMp, http://www.playvid.com/watch/AeFh_D60Syi, http://www.playvid.com/watch/qpSc6j69vtr, http://www.playvid.com/watch/ITbsiqg8F92, http://www.playvid.com/watch/04VACK3p20d, http://www.playvid.com/watch/a2Sp49DEe4k, http://www.playvid.com/watch/cJugegqjHLI, http://www.playvid.com/watch/ONZD2F6DULN, http://www.playvid.com/watch/xzJaxTXOaRP, http://www.playvid.com/watch/DlIzLvEudF6, http://www.playvid.com/watch/fgaU0ZWqAd3, http://www.playvid.com/watch/XFmAm-GEuhT, http://www.playvid.com/watch/dxgbpiJpuqH, http://www.playvid.com/watch/Kidec3WAbao, http://www.playvid.com/watch/yvw26ogWdkd, http://www.playvid.com/watch/LJ0A0A0Z-OO, http://www.playvid.com/watch/MX_mM4ANIxg, http://www.playvid.com/watch/mAyXItWGnlE, http://www.playvid.com/watch/wRj_T-pWhBt, http://www.playvid.com/watch/Tysw_8ZQFUU, http://www.playvid.com/watch/7wqHwbIE5bc, http://www.playvid.com/watch/C-vqzvG66TI, http://www.playvid.com/watch/XMimIMKTcng, http://www.playvid.com/watch/TGKPvZPR2c2, http://www.playvid.com/watch/WTm1K0j8TFA, http://www.playvid.com/watch/kwnnjnO-Y_l, http://www.playvid.com/watch/cEuOyrawI0l, http://www.playvid.com/watch/euV346SBuT5, http://www.playvid.com/watch/uz2Sww44hYL, http://www.playvid.com/watch/Hk9qoe2etaa, http://www.playvid.com/watch/V6ZItM2RZHh, http://www.playvid.com/watch/kDT25_L4zna, http://www.playvid.com/watch/NxugM0l099B, http://www.playvid.com/watch/sEtlMC0hOMi, http://www.playvid.com/watch/J7d8aRgqFb2, http://www.playvid.com/watch/3kTgPtnJ5Mu, http://www.playvid.com/watch/gZSmJlTCS8Q, http://www.playvid.com/watch/jr04gsjKl6W, http://www.playvid.com/watch/ZGroMxtgxPA, http://www.playvid.com/watch/mggFJ_eVepJ, http://www.playvid.com/watch/qjZ0_IZCm9F, http://www.playvid.com/watch/uaiayImcqL3, http://www.playvid.com/watch/HBm607FwP4b, http://www.playvid.com/watch/GN4DILb721P, http://www.playvid.com/watch/780dFjFOmYZ, http://www.playvid.com/watch/MFhGTb9Ez-I, http://www.playvid.com/watch/87itPQ8OcFL, http://www.playvid.com/watch/Vw24DRR6lt8, http://www.playvid.com/watch/jQV5L-DV4dF, http://www.playvid.com/watch/39cTGDqgxMf, http://www.playvid.com/watch/756a3iDnAFh, http://www.playvid.com/watch/S3zp3ELnucQ, http://www.playvid.com/watch/2VH1xnOzW0J, http://www.playvid.com/watch/Fh4fNgL7J1R, http://www.playvid.com/watch/c_cALRJqpY0, http://www.playvid.com/watch/lTaTgv9tZL5, http://www.playvid.com/watch/yVuk3r2CSSg, http://www.playvid.com/watch/oKCBRK0KmFU, http://www.playvid.com/watch/j94M6caGh8X, http://www.playvid.com/watch/vqSzVeIpTPA, http://www.playvid.com/watch/9_s_ZCROFJf, http://www.playvid.com/watch/B4BYOg5CUfx, http://www.playvid.com/watch/WDRt9PW0Toa, http://www.playvid.com/watch/M16GzAUCwlX, http://www.playvid.com/watch/yypjoKr46hG, http://www.playvid.com/watch/Sng2H09VSwA, http://www.playvid.com/watch/BEbrYnZDOrK, http://www.playvid.com/watch/sQLTSSUPu90, http://www.playvid.com/watch/sjvntMC_vzG, http://www.playvid.com/watch/X7OAzw3f05J, http://www.playvid.com/watch/ooaWiRNMECd, http://www.playvid.com/watch/c_heNrACrUp, http://www.playvid.com/watch/rqEN5W9Fsek, http://www.playvid.com/watch/MobnQ1V05Lu, http://www.playvid.com/watch/rhiC0inO1lb, http://www.playvid.com/watch/GcSzqoRbIPc, http://www.playvid.com/watch/cnkuiQw4JgK, http://www.playvid.com/watch/IDdMwYrO_CS, http://www.playvid.com/watch/b63aQfEW8fu, http://www.playvid.com/watch/RbQLvo2qljw, http://www.playvid.com/watch/Pjx9nJ-EWzn, http://www.playvid.com/watch/69FuhxjeqMW, http://www.playvid.com/watch/qy6v-Gj2VwA, http://www.playvid.com/watch/FSbDZEpaKPy, http://www.playvid.com/watch/3VLNam1YdDS, http://www.playvid.com/watch/yhgOmxPyS1Y, http://www.playvid.com/watch/LmxbjO4CAvW, http://www.playvid.com/watch/hGA50SPypED, http://www.playvid.com/watch/f9GFjvJivt7, http://www.playvid.com/watch/U103s6m0skK, http://www.playvid.com/watch/UH9E-7H8P2x, http://www.playvid.com/watch/uSWlopno6wS, http://www.playvid.com/watch/nf64R0jABDI, http://www.playvid.com/watch/h4IW2JEvhde, http://www.playvid.com/watch/UKa9SdYvjPh, http://www.playvid.com/watch/eyRMSc4Sr6i, http://www.playvid.com/watch/UYLy8zrbisr, http://www.playvid.com/watch/sVJXsXc73uH, http://www.playvid.com/watch/gU3K_QcemWn,

http://www.playvid.com/watch/0wnllDxyyt6, http://www.playvid.com/watch/drk2WsKMeol, http://www.playvid.com/watch/jyiAA9XGy5p,
http://www.playvid.com/watch/eNhXvFakgCz, http://www.playvid.com/watch/sDJl7k20mqG, http://www.playvid.com/watch/AmeE7TTXow9,
http://www.playvid.com/watch/kSUWff7pByN, http://www.playvid.com/watch/UX1RNbq0XJ9, http://www.playvid.com/watch/wQyxNeAzAKd,
http://www.playvid.com/watch/PMDeJ2wK-P0, http://www.playvid.com/watch/HMuWXFoj4NA, http://www.playvid.com/watch/lON_G1VCdSH,
http://www.playvid.com/watch/4egBHQvSIOM, http://www.playvid.com/watch/7uqzmxCPExw, http://www.playvid.com/watch/nveWGmoJBJ2,
http://www.playvid.com/watch/itrmatyAZwM, http://www.playvid.com/watch/Kklz1t6hrhk, http://www.playvid.com/watch/b-pOuhVr1Z3,
http://www.playvid.com/watch/JB-hX_kLxzv, http://www.playvid.com/watch/mjsTaw5K8Md, http://www.playvid.com/watch/xTlR6T-dbEl,
http://www.playvid.com/watch/t0iRm6M7W3C, http://www.playvid.com/watch/BHBNctWao9o, http://www.playvid.com/watch/36rGzg_vtHw,
http://www.playvid.com/watch/JEVZ4KEkmCF, http://www.playvid.com/watch/7RAE918mq9S, http://www.playvid.com/watch/P001tLZphfW,
http://www.playvid.com/watch/VdHcbi59Hvl, http://www.playvid.com/watch/udSbXxhB2VK, http://www.playvid.com/watch/eqoA1xE2O98,
http://www.playvid.com/watch/YcWfWLPO-p2, http://www.playvid.com/watch/WSFwLHaYPUq, http://www.playvid.com/watch/Xu5cCtQEmnW,
http://www.playvid.com/watch/7T7wBr9A14h, http://www.playvid.com/watch/A7rlmZFbAs3, http://www.playvid.com/watch/3NhS2u2Vm7T,
http://www.playvid.com/watch/k7FyospvdkS, http://www.playvid.com/watch/3kbhrOm9gVc, http://www.playvid.com/watch/5ZH-M9UCs6Q,
http://www.playvid.com/watch/790UJROfodA, http://www.playvid.com/watch/n9TA8-CRJwC, http://www.playvid.com/watch/WJkA20MqgKS,
http://www.playvid.com/watch/J3jfYfKdCkK, http://www.playvid.com/watch/rUvWqKpGO29, http://www.playvid.com/watch/3f2mYLzdPIg,
http://www.playvid.com/watch/84WUJtV0uUq, http://www.playvid.com/watch/XEHzVrhftNU, http://www.playvid.com/watch/P3Dn8Lcfe4Y,
http://www.playvid.com/watch/wA6UoxKMMSg, http://www.playvid.com/watch/Tkl-Eq7F56d, http://www.playvid.com/watch/IEMbLwK00vy,
http://www.playvid.com/watch/M-89zYG1h65, http://www.playvid.com/watch/Xc2YrYMLgZM, http://www.playvid.com/watch/F5oZV3uldKY,
http://www.playvid.com/watch/HA6AGmNrQnn, http://www.playvid.com/watch/wzN2yG_gMkt, http://www.playvid.com/watch/ayjpzrA5UFZ,
http://www.playvid.com/watch/wMLvpS1sLJT, http://www.playvid.com/watch/e2U8U60KeEC, http://www.playvid.com/watch/LbNkWY2Iiw4,
http://www.playvid.com/watch/9TxIkVUXh1W, http://www.playvid.com/watch/cBwxI-O_mXS, http://www.playvid.com/watch/7igdmp7Bt93,
http://www.playvid.com/watch/A00CihEagBD, http://www.playvid.com/watch/lK920toifRq, http://www.playvid.com/watch/Tkfs3f_zxic,
http://www.playvid.com/watch/lCn-olpnM3r, http://www.playvid.com/watch/HkUyZVI9rWE, http://www.playvid.com/watch/2N55a5rLprp,
http://www.playvid.com/watch/2p7Wv86uiCJ, http://www.playvid.com/watch/awqaoMCnwyo, http://www.playvid.com/watch/q6lZZg1wQI4,
http://www.playvid.com/watch/Vd0K_eXfhjU, http://www.playvid.com/watch/brl5bsVBFzF, http://www.playvid.com/watch/05T5jLQp1X5,
http://www.playvid.com/watch/WDi-4zprFfB, http://www.playvid.com/watch/aIO3_sTdqHn, http://www.playvid.com/watch/I1_bMhDzt6i,
http://www.playvid.com/watch/exh1QAbnX_h, http://www.playvid.com/watch/NGmNR0OOV5K, http://www.playvid.com/watch/GQd_jKtyxjU,
http://www.playvid.com/watch/CIRpapcpach, http://www.playvid.com/watch/4lQU_PtoKcp, http://www.playvid.com/watch/M6hJ9ZfHkIS,
http://www.playvid.com/watch/LCK6cM8OrrI, http://www.playvid.com/watch/AjcocvWJkiV, http://www.playvid.com/watch/naH2szSNn8p,
http://www.playvid.com/watch/wpvCxEn0nuW, http://www.playvid.com/watch/C1Dz3OjxC0R, http://www.playvid.com/watch/MpvUu7y-7Qf,
http://www.playvid.com/watch/vKbFCg3enGq, http://www.playvid.com/watch/rxBs_ji0nwm, http://www.playvid.com/watch/mTwMwGaxFBZ,
http://www.playvid.com/watch/FWHqYEi16V3, http://www.playvid.com/watch/dy7-DD5R7Th, http://www.playvid.com/watch/SccTTNUZqfS,
http://www.playvid.com/watch/JvxTTRE1zde, http://www.playvid.com/watch/p7shUlUcXDB, http://www.playvid.com/watch/TsGkXhwciZV,
http://www.playvid.com/watch/0wXS9H9QgYP, http://www.playvid.com/watch/pf6tUw8qxMM, http://www.playvid.com/watch/fBhXyZy3rCo,
http://www.playvid.com/watch/vIIgf5b24i3, http://www.playvid.com/watch/lt_j6Ce_dzm, http://www.playvid.com/watch/hzfJPZj2SVQ,
http://www.playvid.com/watch/le03663iOW2, http://www.playvid.com/watch/zpx-cqA_HD3, http://www.playvid.com/watch/dPlwbKqljes,
http://www.playvid.com/watch/LVKzGSNPMpa, http://www.playvid.com/watch/nBESHC1wHy9, http://www.playvid.com/watch/bq7qrOdGNib,
http://www.playvid.com/watch/EfOJqj4eJCp, http://www.playvid.com/watch/Xj-TLZ6eovF, http://www.playvid.com/watch/SrqBqArF908,
http://www.playvid.com/watch/tFdPgSTwNS5, http://www.playvid.com/watch/RIQdg73bkNK, http://www.playvid.com/watch/Dk5BskYcBxk,
http://www.playvid.com/watch/bVZfsdlgNuB, http://www.playvid.com/watch/bqePpYgUmLb, http://www.playvid.com/watch/j9OtCUCitks,
http://www.playvid.com/watch/Zb1QM4RJG19, http://www.playvid.com/watch/ekANhBnrfYZ, http://www.playvid.com/watch/hQ11pOWOWKe,
http://www.playvid.com/watch/BT59-laP34r, http://www.playvid.com/watch/fozjJLH8uHd, http://www.playvid.com/watch/y-uSVKHFxb7,
http://www.playvid.com/watch/BMVrYEKPqjQ, http://www.playvid.com/watch/DEnbm0ivMQU, http://www.playvid.com/watch/PkT8zjkr5_P,
http://www.playvid.com/watch/DntDgpfH97C, http://www.playvid.com/watch/42NzXxg9JNr, http://www.playvid.com/watch/Lf1vWnFmW2x,
http://www.playvid.com/watch/4eDC4QOtwvv, http://www.playvid.com/watch/DkwdtqoNHMv, http://www.playvid.com/watch/9H_2_csPvVa,
http://www.playvid.com/watch/lmEIgI2TykM, http://www.playvid.com/watch/Ztj6l58WLX4, http://www.playvid.com/watch/qLubCJngHZe,
http://www.playvid.com/watch/SHXdtJ22ZVx, http://www.playvid.com/watch/g0HraycmD1R, http://www.playvid.com/watch/i0TyH6TfEMp,
http://www.playvid.com/watch/MYV9xUrtXr8, http://www.playvid.com/watch/FRQZXHB5BGj, http://www.playvid.com/watch/j5HhggyCKrr,
http://www.playvid.com/watch/GNgz_7Emd-R, http://www.playvid.com/watch/HiDoHSMpZ0c, http://www.playvid.com/watch/f6s013zWLK0,
http://www.playvid.com/watch/895YXX-DrAj, http://www.playvid.com/watch/ngXdguaLlHr, http://www.playvid.com/watch/0deoxf-BuSH,
http://www.playvid.com/watch/cUbQNpoMb4P, http://www.playvid.com/watch/ABdVyBzx287, http://www.playvid.com/watch/OVsPwaRTuiO,
http://www.playvid.com/watch/5Q6bMK0qG3V, http://www.playvid.com/watch/xKHgT7V0-gN, http://www.playvid.com/watch/3HjoL_rncRf,
http://www.playvid.com/watch/O-SbA_5JgiI, http://www.playvid.com/watch/HPkX8QNuQCJ, http://www.playvid.com/watch/RZ-B2FOnkCG,
http://www.playvid.com/watch/KooqIJXdAxz, http://www.playvid.com/watch/7bmcoBYarHC, http://www.playvid.com/watch/NqH-dorgTX3,
http://www.playvid.com/watch/l2_osOCXSrR, http://www.playvid.com/watch/qKF0ah2PvjE, http://www.playvid.com/watch/VISpHK6fhJo,
http://www.playvid.com/watch/ebwrg8HuSlN, http://www.playvid.com/watch/ej9gw6rwnXJ, http://www.playvid.com/watch/lUchGmhPuLo,
http://www.playvid.com/watch/RZmQawpgUCv, http://www.playvid.com/watch/Q7G0a9sEh7I, http://www.playvid.com/watch/eGjpsL4YzzW,
http://www.playvid.com/watch/xZ05LYVORsr, http://www.playvid.com/watch/S94drbY0o2N, http://www.playvid.com/watch/W9Y2FF-gvmg,
http://www.playvid.com/watch/7fWqD3UYy8Q, http://www.playvid.com/watch/4G_2YGKtr6t, http://www.playvid.com/watch/oETGfgrO3jJ,
http://www.playvid.com/watch/XXakhN3NIjx, http://www.playvid.com/watch/vqZKMhgVm8k, http://www.playvid.com/watch/CzhYtQYzpot,
http://www.playvid.com/watch/Rl5krVjC-Cx, http://www.playvid.com/watch/pXqoMhI9iHL, http://www.playvid.com/watch/02qmFTYAIYi,
http://www.playvid.com/watch/M6TqqFK-tWf, http://www.playvid.com/watch/p3bVZPQliEn, http://www.playvid.com/watch/wBv1DvgU7RF,
http://www.playvid.com/watch/pLLM842jPkc, http://www.playvid.com/watch/MQayAamzxDR, http://www.playvid.com/watch/zoqimNH7RPm,
http://www.playvid.com/watch/Te7Gh0PfxhZ, http://www.playvid.com/watch/POFoiXnggtz, http://www.playvid.com/watch/4udefVji3lG,
http://www.playvid.com/watch/CV1L3q9c2Ha, http://www.playvid.com/watch/q6ZGMY6nn3v, http://www.playvid.com/watch/hILQqYIB3qF,
http://www.playvid.com/watch/0ePJJFWcOQ6, http://www.playvid.com/watch/A_w7Ea1-4Tw, http://www.playvid.com/watch/w8fMDFmHfK0,
http://www.playvid.com/watch/N3PIX8nOsfX, http://www.playvid.com/watch/No5Zc0asXOU, http://www.playvid.com/watch/E-oq1oy1eVz,
http://www.playvid.com/watch/qUi_1kgTCb5, http://www.playvid.com/watch/71POKWViL40, http://www.playvid.com/watch/6m0Fn2xw8Zf,
http://www.playvid.com/watch/9cchau_pBcn, http://www.playvid.com/watch/KMsHkSZmCiI, http://www.playvid.com/watch/AMqKN6vEzbj,
http://www.playvid.com/watch/YULGvRSifSt, http://www.playvid.com/watch/aCzsq_E9etK, http://www.playvid.com/watch/Hpgun_YUYyT,
http://www.playvid.com/watch/b-uJeFwu9Dp, http://www.playvid.com/watch/TWMryPButVH, http://www.playvid.com/watch/N5V03pq37QK,
http://www.playvid.com/watch/jL2po7ZSEGq, http://www.playvid.com/watch/0XucrQ9Vu7T, http://www.playvid.com/watch/3UYNzi8yIQD,
http://www.playvid.com/watch/UawbhO6BSwl, http://www.playvid.com/watch/Yxqt-CgbgJ2, http://www.playvid.com/watch/t5oJDSzKYYm,
http://www.playvid.com/watch/KmsJVLHepLo, http://www.playvid.com/watch/jJ9nRUgX7hg, http://www.playvid.com/watch/2X9VJTJqQcY,
http://www.playvid.com/watch/7-hDBuN8tEX, http://www.playvid.com/watch/dyhGd6GNDE9, http://www.playvid.com/watch/CzRU-LM1Fye,
http://www.playvid.com/watch/krSEYYsS6do, http://www.playvid.com/watch/JvKiLJfZTkr, http://www.playvid.com/watch/LWVA8FzqxMs,
http://www.playvid.com/watch/4Ex6rFXIBro, http://www.playvid.com/watch/k-77sZJf-Hy, http://www.playvid.com/watch/oEWhYSdF_BG,
http://www.playvid.com/watch/4Yt2g5E5lLA, http://www.playvid.com/watch/kDm_OcNJQyS, http://www.playvid.com/watch/VFt_wshktBY,
http://www.playvid.com/watch/LfJVm1efwGM, http://www.playvid.com/watch/cBEyZqXyutm, http://www.playvid.com/watch/T4jvDVV3DHZ,
http://www.playvid.com/watch/uNpgv4Inki0, http://www.playvid.com/watch/RUa-jpD6Oza
5.f. Date of third notice: 2014-07-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: stroyvill
5.b. Uploader's email address: alabama8785@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/stroyvill
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kW8kGlpYQ2K, http://www.playvid.com/watch/2i0Iqb6uaSR,
http://www.playvid.com/watch/GSY1RC-0jBQ, http://www.playvid.com/watch/GmU3Dmi6nvZ, http://www.playvid.com/watch/GPsX1T4ozGt,
http://www.playvid.com/watch/nztd51JsfCO, http://www.playvid.com/watch/H7EzSiVsro6, http://www.playvid.com/watch/V_A3iznxIrG,
http://www.playvid.com/watch/KlsB-QU43mp, http://www.playvid.com/watch/j6XYh9Zlc1r, http://www.playvid.com/watch/dLwGJEzqrNv,
http://www.playvid.com/watch/E3_MhuckRbY, http://www.playvid.com/watch/EbdCL2aJiv9, http://www.playvid.com/watch/3Jb8OjlHZ1x,
http://www.playvid.com/watch/6S0xsHK2SBF, http://www.playvid.com/watch/3L7ig9w5RRj, http://www.playvid.com/watch/qECrOoyljkn,
http://www.playvid.com/watch/3QfhXvQdYGW, http://www.playvid.com/watch/lfeRF-C1vc2, http://www.playvid.com/watch/F0CyglrHUIc,
http://www.playvid.com/watch/QD_6SnxGt-c, http://www.playvid.com/watch/XS9L0VuuJeG, http://www.playvid.com/watch/MiLiVWXZfzF,
http://www.playvid.com/watch/mvPrZLHXgeD, http://www.playvid.com/watch/ORSLDZ4onFo, http://www.playvid.com/watch/bPTz96I2t2Z,
http://www.playvid.com/watch/hyHllcETA-6, http://www.playvid.com/watch/RP8_XD1YKGZ, http://www.playvid.com/watch/Sr_jxy734jS,

http://www.playvid.com/watch/dryXIkE_USl, http://www.playvid.com/watch/BeUp0FecFcI, http://www.playvid.com/watch/iiWMa-K1_Ex, http://www.playvid.com/watch/brr4KyEbzIN, http://www.playvid.com/watch/XSj7lXgIpl5, http://www.playvid.com/watch/iGpxDIB1nmA, http://www.playvid.com/watch/FEP6LmGcJsg, http://www.playvid.com/watch/wBTXKEIZwcn, http://www.playvid.com/watch/EJ88MA4zT8r, http://www.playvid.com/watch/dotpO4jplxS, http://www.playvid.com/watch/lP1ZQ0J3cbj, http://www.playvid.com/watch/kGJQb9ePuKl, http://www.playvid.com/watch/ORrP94fRjw6, http://www.playvid.com/watch/LoAqiAd_w56, http://www.playvid.com/watch/6416KctUkE2, http://www.playvid.com/watch/NYOJ_hxf8Tf, http://www.playvid.com/watch/6SVBc9EyYSz, http://www.playvid.com/watch/9IoElbm29YW, http://www.playvid.com/watch/ojx3x_ZQqqk, http://www.playvid.com/watch/bBAmOYoLiQV, http://www.playvid.com/watch/ileBpJUJrsN, http://www.playvid.com/watch/Qa4IHWZYrWK, http://www.playvid.com/watch/WExLL8Plw4l, http://www.playvid.com/watch/FPcJU2IAre5, http://www.playvid.com/watch/CI1TvKyY2YC, http://www.playvid.com/watch/QCRoGlkHrl2, http://www.playvid.com/watch/LcAIdLZZn8H, http://www.playvid.com/watch/6RBBpFr72xd, http://www.playvid.com/watch/WFegvun3p09, http://www.playvid.com/watch/5b7tQg8Tq4d, http://www.playvid.com/watch/riMJh4JbLlP, http://www.playvid.com/watch/zppqZkQQMhZ, http://www.playvid.com/watch/38QQK0My7eV, http://www.playvid.com/watch/l3ZzFzPLpZy, http://www.playvid.com/watch/V_YghwqGRxA, http://www.playvid.com/watch/l3u_ilZq_YT, http://www.playvid.com/watch/ZeJ7ZyddWc3, http://www.playvid.com/watch/CyFZcg4JVlU, http://www.playvid.com/watch/9Kp8FKdNQ70, http://www.playvid.com/watch/dCwGiSGjMTi, http://www.playvid.com/watch/LK8OBIn4k_e, http://www.playvid.com/watch/8MQYZPE0XtD, http://www.playvid.com/watch/t7TSGyZw_It, http://www.playvid.com/watch/uRdYEbPvg8p, http://www.playvid.com/watch/yVpy0ZPAbWJ, http://www.playvid.com/watch/20vLcsEzkLR, http://www.playvid.com/watch/HhigCMpJ3Qt, http://www.playvid.com/watch/Yz6zREZ5G6T, http://www.playvid.com/watch/ixJNnKMNb0F, http://www.playvid.com/watch/Sk86n8fQdSU, http://www.playvid.com/watch/rzv5XSUuNpN, http://www.playvid.com/watch/RR5FSoTiSe7, http://www.playvid.com/watch/wSNfrbHK8Bb, http://www.playvid.com/watch/DVwAt0UENuk, http://www.playvid.com/watch/Kg6kxG7uyX2, http://www.playvid.com/watch/5BUv51J8xQZ, http://www.playvid.com/watch/Hxsf7DUuM7Z, http://www.playvid.com/watch/vqay2XZItMX, http://www.playvid.com/watch/swMjnS6du8p, http://www.playvid.com/watch/JA1n9_2HAuf, http://www.playvid.com/watch/s5WfB-nfCrQ, http://www.playvid.com/watch/rDYKd4f5Cnj, http://www.playvid.com/watch/dwAM1_yss2p, http://www.playvid.com/watch/E3MFLAXyq5w, http://www.playvid.com/watch/T-iwSRrt_lN, http://www.playvid.com/watch/EahDOjaXcyq, http://www.playvid.com/watch/ZkvSTpd8IWK, http://www.playvid.com/watch/46BJh6ktXDT, http://www.playvid.com/watch/fUlLaQuzuUB, http://www.playvid.com/watch/M4DwjO28E-s, http://www.playvid.com/watch/Lvl6bSBHu1p, http://www.playvid.com/watch/i5m5L7XK4wZ, http://www.playvid.com/watch/lBQoNxILfr3, http://www.playvid.com/watch/F0JpiR7Ljg0, http://www.playvid.com/watch/wjdiY8wwG7M, http://www.playvid.com/watch/BUFyphgLb_x, http://www.playvid.com/watch/nc0vALTtivX, http://www.playvid.com/watch/r-PjTekcNBN, http://www.playvid.com/watch/4R1pxfmI0ag, http://www.playvid.com/watch/ZHDY8dnEhsp, http://www.playvid.com/watch/6Tk9S25DZ14, http://www.playvid.com/watch/ZH8F8kAPZlX, http://www.playvid.com/watch/sOLbufONIEv, http://www.playvid.com/watch/P8C7KR66dI8, http://www.playvid.com/watch/eVzmIa7yQfL, http://www.playvid.com/watch/8m1R8VfnYwc, http://www.playvid.com/watch/7dp4kcJd_zd, http://www.playvid.com/watch/r5q48eSIRFo, http://www.playvid.com/watch/mUcc4UDKFDb, http://www.playvid.com/watch/hab1uVy0H5A, http://www.playvid.com/watch/QHyyJwmUlpR, http://www.playvid.com/watch/9kApS98WUaa, http://www.playvid.com/watch/m_Yh9KMeuBV, http://www.playvid.com/watch/ZnsKitqPY4a, http://www.playvid.com/watch/lAcGg9eUEiG, http://www.playvid.com/watch/iyNzjzkdmqJ
5.f. Date of third notice: 2015-09-17 20:18:26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: summeralways
5.b. Uploader's email address: ajajayoyo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/summeralways
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UhEQk92nir2, http://www.playvid.com/watch/D2I11cMlhye, http://www.playvid.com/watch/NH0pRSmwfJq, http://www.playvid.com/watch/WamYmYxV4cQ, http://www.playvid.com/watch/eyTirqpypgS, http://www.playvid.com/watch/wGbmSqzBI6M, http://www.playvid.com/watch/sfgw8AU2C3A, http://www.playvid.com/watch/Ywt3zoy6sy6, http://www.playvid.com/watch/pTlkIGxKBbB, http://www.playvid.com/watch/ZOOD_ibvHyp, http://www.playvid.com/watch/vmo1OfAerpk, http://www.playvid.com/watch/WfsvdIlSu5C, http://www.playvid.com/watch/L6t1WJW4TeL, http://www.playvid.com/watch/szZPtyT33GC, http://www.playvid.com/watch/Qiocdbd-Fem, http://www.playvid.com/watch/GmJkQd0o7JD, http://www.playvid.com/watch/U_16OopcZbU, http://www.playvid.com/watch/LAqv12xrjGD, http://www.playvid.com/watch/KbS_XBdVY0u, http://www.playvid.com/watch/JRh1FwCBj4k, http://www.playvid.com/watch/GeBEojNaZug, http://www.playvid.com/watch/3HM3tbHfaaC, http://www.playvid.com/watch/Ict_BqRNBrK, http://www.playvid.com/watch/ZqrcsuCO-xT, http://www.playvid.com/watch/HYpOcf5ktrt, http://www.playvid.com/watch/wz61_NvpMbd, http://www.playvid.com/watch/vEeTsc1iIKo, http://www.playvid.com/watch/ef2eOswZMRd, http://www.playvid.com/watch/CH_DOFQt-CC, http://www.playvid.com/watch/Eox9fT8E3Oe, http://www.playvid.com/watch/mvEDulvTPPx, http://www.playvid.com/watch/QGy1Zsw6i0r, http://www.playvid.com/watch/HrnwdV9ittk, http://www.playvid.com/watch/kx4akBR_yhA, http://www.playvid.com/watch/dqUKCZwE8du, http://www.playvid.com/watch/eLenbK8zIEs, http://www.playvid.com/watch/BOXGKUUoX9f, http://www.playvid.com/watch/QNSAmQ3_r3M, http://www.playvid.com/watch/YnvfCBhw4-S, http://www.playvid.com/watch/G-AabaIT_wg, http://www.playvid.com/watch/mkDfZQjEyfo, http://www.playvid.com/watch/Qk1ykYp_YsG, http://www.playvid.com/watch/VYPtyIey6YC, http://www.playvid.com/watch/wdBWrrP_5ub, http://www.playvid.com/watch/aKCyE2DbBtI, http://www.playvid.com/watch/oVBiWw58I_Y, http://www.playvid.com/watch/Lt8saKdVEpO, http://www.playvid.com/watch/INJrY-w495E, http://www.playvid.com/watch/TBUtzAZXaN4, http://www.playvid.com/watch/z4A3VPhCLat, http://www.playvid.com/watch/2U60sxsPo9h, http://www.playvid.com/watch/mLbq92axaxE, http://www.playvid.com/watch/3tWbqv60Tnv, http://www.playvid.com/watch/KHxcJAXX1IW, http://www.playvid.com/watch/DncCzod7HlJ, http://www.playvid.com/watch/iyavlqNAZhD, http://www.playvid.com/watch/KSn7bodY4pE, http://www.playvid.com/watch/2XNCGIth11N, http://www.playvid.com/watch/fd2rAouFXwQ, http://www.playvid.com/watch/cdbCt9lFh_x, http://www.playvid.com/watch/AYkYmDNK9k8, http://www.playvid.com/watch/RrGcFcHnPt8, http://www.playvid.com/watch/oagYUPXgEtD, http://www.playvid.com/watch/MS4vt4-Likl, http://www.playvid.com/watch/P9eILva3T6P, http://www.playvid.com/watch/us3g9JMus78, http://www.playvid.com/watch/vFKO4TdEnn4, http://www.playvid.com/watch/bwx_XbtDCIX, http://www.playvid.com/watch/7asiGxgj7yQ, http://www.playvid.com/watch/y3ZtVzh0HIM, http://www.playvid.com/watch/9071DJYHhc8, http://www.playvid.com/watch/4GbBW9d-jDw, http://www.playvid.com/watch/WK3HRiI2-ip, http://www.playvid.com/watch/CwssXjAWmHi, http://www.playvid.com/watch/l2NQEFjyMBa, http://www.playvid.com/watch/v1feB55MWAP, http://www.playvid.com/watch/d0tOM0-R85Q, http://www.playvid.com/watch/rboxRnQLqbS, http://www.playvid.com/watch/dG5M8YRsZkU, http://www.playvid.com/watch/H3liUov8y0o, http://www.playvid.com/watch/i37ijCuMYPo, http://www.playvid.com/watch/WSEcvDjlSSa, http://www.playvid.com/watch/Bwzf1TsoPyg, http://www.playvid.com/watch/bj7BXaOGlMW, http://www.playvid.com/watch/joVT1dkiX14, http://www.playvid.com/watch/YAbi8Wtbbh8, http://www.playvid.com/watch/llSnzIHwgxN, http://www.playvid.com/watch/qTVtBAbVUPW, http://www.playvid.com/watch/fW__ekDoUt9, http://www.playvid.com/watch/0ZYSKSFetiy, http://www.playvid.com/watch/phcrSJF5ejZ, http://www.playvid.com/watch/FZSrteT6sst, http://www.playvid.com/watch/fuQuByJBCHA, http://www.playvid.com/watch/ZcKw9zQfrLs, http://www.playvid.com/watch/Imjuwrc_BBV, http://www.playvid.com/watch/7f45u4pqM9s, http://www.playvid.com/watch/6WewblaA8nJ, http://www.playvid.com/watch/YHbjK0zcmJG, http://www.playvid.com/watch/cU46uCajgRU, http://www.playvid.com/watch/mXxcpTUNFZM, http://www.playvid.com/watch/fCMKeDehIv8
5.f. Date of third notice: 2015-09-04 18:33:57
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sunnyday100
5.b. Uploader's email address: walertool@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sunnyday100
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kw-EupNqSSE, http://www.playvid.com/watch/pjpMwQFkYSA, http://www.playvid.com/watch/elEORQpOOjN, http://www.playvid.com/watch/3rS3CF4Lvb-, http://www.playvid.com/watch/zcJHYWqoWIc, http://www.playvid.com/watch/ts5CdCYrqMW, http://www.playvid.com/watch/gtDvfUXpiie, http://www.playvid.com/watch/kprgDdC4-xZ, http://www.playvid.com/watch/fiR5Umypy7S, http://www.playvid.com/watch/RDrIdYInesL, http://www.playvid.com/watch/ZmZdIEjqcVH, http://www.playvid.com/watch/yvbQFQ528Xf, http://www.playvid.com/watch/RfmMm2Ruryh, http://www.playvid.com/watch/xYM9xR5yGCn, http://www.playvid.com/watch/54xjD6nJ7fR, http://www.playvid.com/watch/hnDa04sGwN3, http://www.playvid.com/watch/SP-be3QBgJa, http://www.playvid.com/watch/ojC7xMaGrQQ, http://www.playvid.com/watch/cL8dBYsLe6w, http://www.playvid.com/watch/s7S4muTVD3Y, http://www.playvid.com/watch/yeJ0Smusm8y, http://www.playvid.com/watch/di9hT-IlC3V, http://www.playvid.com/watch/W6zXdRxNtXS, http://www.playvid.com/watch/kXCoAAfCQ87, http://www.playvid.com/watch/ps4ZvHv-JMb, http://www.playvid.com/watch/t9piBmu0AXR, http://www.playvid.com/watch/tExAqL4wYzq, http://www.playvid.com/watch/VCEqWYjYcXD, http://www.playvid.com/watch/thKtY0kUc-f, http://www.playvid.com/watch/Ec5AIb-rwZe, http://www.playvid.com/watch/O0VFqFxU3pZ, http://www.playvid.com/watch/K4zsxeNMNu-, http://www.playvid.com/watch/TaKyEVhwImW, http://www.playvid.com/watch/gla7bWUupdT, http://www.playvid.com/watch/drjaHMMJoQL, http://www.playvid.com/watch/oGVpajYtMuF, http://www.playvid.com/watch/4mHg38PcRmD, http://www.playvid.com/watch/AGnsxrRsS3F, http://www.playvid.com/watch/CkhKJ0zNZ8Q, http://www.playvid.com/watch/ysZevPIrf69, http://www.playvid.com/watch/loe3nlYWoSv, http://www.playvid.com/watch/9fpImOPFcBm, http://www.playvid.com/watch/9fKfIbLOf5Y, http://www.playvid.com/watch/d-Z4er-QCR4, http://www.playvid.com/watch/I6oGgDN7pNz, http://www.playvid.com/watch/LUwwSFKVT6o, http://www.playvid.com/watch/4TWCCKZtUk4, http://www.playvid.com/watch/uAPxP03RFfA, http://www.playvid.com/watch/uoz4BlJs9uW, http://www.playvid.com/watch/rprxJE7yvqc, http://www.playvid.com/watch/GK2Y2w5PQKO, http://www.playvid.com/watch/68ViWZkaMyu, http://www.playvid.com/watch/zyzkNfdwI0j,

http://www.playvid.com/watch/CT0bmogN7hz, http://www.playvid.com/watch/Ncp4ZJK8FS0, http://www.playvid.com/watch/HYg7KQ7DpVs, http://www.playvid.com/watch/BzocXlZ2ANj, http://www.playvid.com/watch/KMsN7VwN52Z, http://www.playvid.com/watch/3U9esPQzlmd, http://www.playvid.com/watch/taJRktn5l9u, http://www.playvid.com/watch/wK8xlRvlqa0, http://www.playvid.com/watch/DQkgWtNuvg2, http://www.playvid.com/watch/ZKgrbvYDERp, http://www.playvid.com/watch/JGdwmKxJVua, http://www.playvid.com/watch/K6yDPgzEE2k, http://www.playvid.com/watch/Z-FXMLFMtqQ, http://www.playvid.com/watch/wQfLCEndjFf, http://www.playvid.com/watch/wSnqOSJOdug, http://www.playvid.com/watch/L3bsJbsiYgl, http://www.playvid.com/watch/z9MMPqFHcqL, http://www.playvid.com/watch/lKyg9hvEXlD, http://www.playvid.com/watch/dvd0Jnzo95Q, http://www.playvid.com/watch/xjLzErXruyS, http://www.playvid.com/watch/Tmy5eHPtlnZ, http://www.playvid.com/watch/SxVEGjsVoFO, http://www.playvid.com/watch/68qkFwOx6Jp, http://www.playvid.com/watch/nxfTyYlma87, http://www.playvid.com/watch/8Tnlv3I089i
5.f. Date of third notice: 2013-10-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: suvorovv77
5.b. Uploader's email address: vikrorsuvorovv77@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/suvorovv77
5.e. List of videos posted by uploader: http://www.playvid.com/watch/UKplqUeO2Br, http://www.playvid.com/watch/PoQKvZdffiO, http://www.playvid.com/watch/zjIo16YXe37, http://www.playvid.com/watch/N4yW1TGsl93, http://www.playvid.com/watch/YZntepvPSf6, http://www.playvid.com/watch/idF3mSPsdyo, http://www.playvid.com/watch/fqxqAIfpREL, http://www.playvid.com/watch/lcCg-oZJdeg, http://www.playvid.com/watch/wglJOLFXlHx, http://www.playvid.com/watch/-fKDC9HGcoB, http://www.playvid.com/watch/PGySfrBOLLr, http://www.playvid.com/watch/EFhUmBRRTuN, http://www.playvid.com/watch/ObLHFjW3ZjY, http://www.playvid.com/watch/v4oFREGHHMs, http://www.playvid.com/watch/S-NA8Mgnirt, http://www.playvid.com/watch/MrPPP8pn4T9, http://www.playvid.com/watch/tX2WsE3PaE2, http://www.playvid.com/watch/OBTilzS93U4, http://www.playvid.com/watch/06N-MtdOOQm, http://www.playvid.com/watch/zWDyh0DIXXK, http://www.playvid.com/watch/6GXDAenQSeu, http://www.playvid.com/watch/q3o2xoqZKaj, http://www.playvid.com/watch/SJ7Xhc8zoBl, http://www.playvid.com/watch/3Gx4ZYmR-PX, http://www.playvid.com/watch/d139DfSqhhi, http://www.playvid.com/watch/lg7TZrHRpyW, http://www.playvid.com/watch/LPgGsay-B56, http://www.playvid.com/watch/7foVRA4PTWB, http://www.playvid.com/watch/VmQB0RuliX2, http://www.playvid.com/watch/mQzy39MmvnA, http://www.playvid.com/watch/2PMtlxnYbUR, http://www.playvid.com/watch/92k5BRUhqDa, http://www.playvid.com/watch/Q5X8Qo7aXgg, http://www.playvid.com/watch/6ttn6ccph0W, http://www.playvid.com/watch/lrsUnyUixvR, http://www.playvid.com/watch/eN48MXO8uS-, http://www.playvid.com/watch/mWiSduR67yq, http://www.playvid.com/watch/bkvh-LlCJ89, http://www.playvid.com/watch/Rq896hDOOq8, http://www.playvid.com/watch/ArLQVZjRA35, http://www.playvid.com/watch/Va1V0I9HpJh, http://www.playvid.com/watch/YciRdam3LRI, http://www.playvid.com/watch/cyey7ySxxaF, http://www.playvid.com/watch/mW9OxVgOUTp, http://www.playvid.com/watch/HibgdeBfaEc, http://www.playvid.com/watch/0wLzdRnEeDv, http://www.playvid.com/watch/w95h9qCuJS3, http://www.playvid.com/watch/bYoG8OcjTMm, http://www.playvid.com/watch/pnVwh0XxKkd, http://www.playvid.com/watch/nxDwP4fFNUT, http://www.playvid.com/watch/ab-619N7cgH, http://www.playvid.com/watch/qKZIP-sUy1X, http://www.playvid.com/watch/owVuTu9cW4F, http://www.playvid.com/watch/84B4blbwfdu, http://www.playvid.com/watch/WzCWh-ejh-K, http://www.playvid.com/watch/cWh2znAMnw0, http://www.playvid.com/watch/NEvZenWwAVC, http://www.playvid.com/watch/VDWte6jUKkv, http://www.playvid.com/watch/IFOGF90qKIg, http://www.playvid.com/watch/KqaqK9qdYpR, http://www.playvid.com/watch/VWGKVA1IrfS, http://www.playvid.com/watch/TPyWr91Smol, http://www.playvid.com/watch/6VO7satspYn, http://www.playvid.com/watch/eKzOmwpZEk3, http://www.playvid.com/watch/2Yx0HiD2W0u, http://www.playvid.com/watch/EsIg4YytOkR, http://www.playvid.com/watch/NffL6JqAt-s
5.f. Date of third notice: 2013-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: suzukki
5.b. Uploader's email address: ramirisdelmoto@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/suzukki
5.e. List of videos posted by uploader: http://www.playvid.com/watch/asBulcz03Ao, http://www.playvid.com/watch/0VocUUvzYF5, http://www.playvid.com/watch/M9Dg8muXd4J, http://www.playvid.com/watch/fUZnfLbiV8t, http://www.playvid.com/watch/KyukOd0LV5H, http://www.playvid.com/watch/HjAbPhycecs, http://www.playvid.com/watch/8GtbM0YuXgF, http://www.playvid.com/watch/9BAeJf-tiPv, http://www.playvid.com/watch/47sjEqEXA0q, http://www.playvid.com/watch/zQDtFLBPAys, http://www.playvid.com/watch/C7lf7QUttrc, http://www.playvid.com/watch/5Y6e8xCHf5H, http://www.playvid.com/watch/oW0hMyX3mTD, http://www.playvid.com/watch/Qz8naE0a6Bg, http://www.playvid.com/watch/Kt0FAte0Hl-, http://www.playvid.com/watch/bBSf83Op9Z7, http://www.playvid.com/watch/UVzvJCQStzF, http://www.playvid.com/watch/7ge9qzjajGK, http://www.playvid.com/watch/qRzUnfRiWce, http://www.playvid.com/watch/SAypJjIb2cK, http://www.playvid.com/watch/k5AaCs5ZPLm, http://www.playvid.com/watch/ePJd25ptIYg, http://www.playvid.com/watch/xtl3QAgiuRa, http://www.playvid.com/watch/u9EA6QEsFZy, http://www.playvid.com/watch/bTk7Vlfeuxi, http://www.playvid.com/watch/NmcQ0v7iAQJ, http://www.playvid.com/watch/dGAaR-hljpK, http://www.playvid.com/watch/a8eBY0twPQD, http://www.playvid.com/watch/IqI6aZUyGHC, http://www.playvid.com/watch/cUt9dzXSb-m, http://www.playvid.com/watch/rmhtgmsDUGq, http://www.playvid.com/watch/InVTrrhNLn2, http://www.playvid.com/watch/VrrjRu480RI, http://www.playvid.com/watch/BRjSScwFugZ, http://www.playvid.com/watch/JSJ7CuyIN0-, http://www.playvid.com/watch/M0FIvuqaAMg, http://www.playvid.com/watch/D0oAYmRCtuN, http://www.playvid.com/watch/ySIDs58r3sa, http://www.playvid.com/watch/yJvRp9MGeL5, http://www.playvid.com/watch/OQ4u9LgUwk4, http://www.playvid.com/watch/RJPKylSH2H0, http://www.playvid.com/watch/KCrHCVhY0gd, http://www.playvid.com/watch/Yggi2fhfDEO, http://www.playvid.com/watch/WfYRxbDlD-H, http://www.playvid.com/watch/TvvWJU7jiCh, http://www.playvid.com/watch/-DQq3H0c2wr, http://www.playvid.com/watch/MryBH7ugZKg, http://www.playvid.com/watch/oW5D6hTvWjh, http://www.playvid.com/watch/lS7p3bok2CH, http://www.playvid.com/watch/T8x7JAkhvJa, http://www.playvid.com/watch/jhAdJGtiL7h, http://www.playvid.com/watch/qmPzhMN4gCc, http://www.playvid.com/watch/t2R4Odyhs37, http://www.playvid.com/watch/4YGCSYNUOun, http://www.playvid.com/watch/hdnpoDju46A, http://www.playvid.com/watch/ssmSncXjl-u, http://www.playvid.com/watch/Aj5SSps-Wmp, http://www.playvid.com/watch/Kt8JG835SV2, http://www.playvid.com/watch/UF2u4-93ysx, http://www.playvid.com/watch/vBYw9a9Hxp8, http://www.playvid.com/watch/ATeZMjc3QOk, http://www.playvid.com/watch/a0oDx4z7v-B, http://www.playvid.com/watch/qSZhvYNhhYE, http://www.playvid.com/watch/d5GP0X4B-6U, http://www.playvid.com/watch/rS2oHN5DdMz, http://www.playvid.com/watch/YEKbvZamWhd, http://www.playvid.com/watch/bGNdx3r0zMU, http://www.playvid.com/watch/9F38uiKjpFf, http://www.playvid.com/watch/mY-yqeM9cQg, http://www.playvid.com/watch/hdYc9Jfitx9, http://www.playvid.com/watch/KWD0wN5TTjP, http://www.playvid.com/watch/Odgnunq857S, http://www.playvid.com/watch/tDjAvqqzFPt, http://www.playvid.com/watch/q8PLdOvkiLY, http://www.playvid.com/watch/2oMXBDx9ZqD, http://www.playvid.com/watch/Sz9i87Kbvmy, http://www.playvid.com/watch/fkLwlkYRB75, http://www.playvid.com/watch/LmPXwkah45q, http://www.playvid.com/watch/FDPifN80xye, http://www.playvid.com/watch/rSHfiMnVpbd, http://www.playvid.com/watch/UtJMfvQLv8N, http://www.playvid.com/watch/5pV7q0HuLD7, http://www.playvid.com/watch/5z4pY0ChDtG, http://www.playvid.com/watch/Uq-gN5TJbk5, http://www.playvid.com/watch/ty6ezo-jXGd, http://www.playvid.com/watch/iUGaDUEf7XP, http://www.playvid.com/watch/hEMeFQQ6mVk, http://www.playvid.com/watch/VrraFjaQJkb, http://www.playvid.com/watch/vJ7S9ZFYLxY, http://www.playvid.com/watch/QmVg2P72Vj7, http://www.playvid.com/watch/zLXgFKLfsC5, http://www.playvid.com/watch/SOxFbAp8JCF, http://www.playvid.com/watch/rRcu6jyms5m, http://www.playvid.com/watch/VcQU29s4WG3, http://www.playvid.com/watch/QiPJtOg7DV3, http://www.playvid.com/watch/EDI4Z0l3azp, http://www.playvid.com/watch/e7jjDnqw2BN, http://www.playvid.com/watch/i4nY8S2TNXO, http://www.playvid.com/watch/UjpTXLBtuJG, http://www.playvid.com/watch/nm690Hdtgyg, http://www.playvid.com/watch/HPxHeKUZTmi, http://www.playvid.com/watch/6tEqg4IJeuf, http://www.playvid.com/watch/dOtWkEpRdLn, http://www.playvid.com/watch/Dciz0oHuTir, http://www.playvid.com/watch/M7I58qrgNdm, http://www.playvid.com/watch/YDlpS8aoDi8, http://www.playvid.com/watch/VRxMQHEN7QG, http://www.playvid.com/watch/yn8orPBXhpO, http://www.playvid.com/watch/IgbUyZ3ldV9, http://www.playvid.com/watch/OS42dRdbOkL, http://www.playvid.com/watch/JYDG4V4GOWa
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: swagmuffin
5.b. Uploader's email address: barlog336@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/swagmuffin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/udOz8ahBJqa, http://www.playvid.com/watch/ipzxZQj-ZEY, http://www.playvid.com/watch/Le9zIdNk6P0, http://www.playvid.com/watch/s5hitM8Rr9m, http://www.playvid.com/watch/okUvfj4lqNp, http://www.playvid.com/watch/G_knMzQZuTk, http://www.playvid.com/watch/Uvmorna3Hgp, http://www.playvid.com/watch/KZGQQgh9neL, http://www.playvid.com/watch/7bSXOkTwfvZ, http://www.playvid.com/watch/EGlg2SCVqpp, http://www.playvid.com/watch/vrZ2ATtzPKz, http://www.playvid.com/watch/mX1rPgAC8J6, http://www.playvid.com/watch/Hn1-jiIajf8, http://www.playvid.com/watch/NRhV1jowFah, http://www.playvid.com/watch/EArL6QziWly, http://www.playvid.com/watch/2fJ6ZqKTCDG, http://www.playvid.com/watch/ZG-9meEgqvL, http://www.playvid.com/watch/vVbTFwCxK4h, http://www.playvid.com/watch/xlrpvN4my7x, http://www.playvid.com/watch/mgeC3TxIhxo, http://www.playvid.com/watch/thFosfCn8Fo, http://www.playvid.com/watch/Yb_YaQf4GwI, http://www.playvid.com/watch/yt227hUxapQ,

http://www.playvid.com/watch/7s2iU5G_QzY, http://www.playvid.com/watch/iHBDNQDpnik, http://www.playvid.com/watch/8RNapNPCCvb, http://www.playvid.com/watch/pOW0nYgm0OB, http://www.playvid.com/watch/AQ__HAwSoDO, http://www.playvid.com/watch/etejADjcfnW, http://www.playvid.com/watch/4lkUgKxScuj, http://www.playvid.com/watch/Qfwmkdibx2B, http://www.playvid.com/watch/Ag6t3gMytCM, http://www.playvid.com/watch/PtE7yRya_pU, http://www.playvid.com/watch/ALaK_FXL8je, http://www.playvid.com/watch/OPjA51weykM, http://www.playvid.com/watch/CPMQnUwGURg, http://www.playvid.com/watch/GWEYA-EymQv, http://www.playvid.com/watch/2y9NaFOrfSV, http://www.playvid.com/watch/3gafD6diJF4, http://www.playvid.com/watch/UFEoka13Ux5, http://www.playvid.com/watch/38CWIJAls8R, http://www.playvid.com/watch/xn9L0nZY1Zp, http://www.playvid.com/watch/SLhsMSY_JQ5, http://www.playvid.com/watch/36_mFRVadqs, http://www.playvid.com/watch/rekKXstNVSA, http://www.playvid.com/watch/VgrDEF9R4XG, http://www.playvid.com/watch/psKBNOVWPEL, http://www.playvid.com/watch/a_3M6G5IHN2, http://www.playvid.com/watch/5i_AgTZrjFj, http://www.playvid.com/watch/zhpc_D5KjRF, http://www.playvid.com/watch/XlJB8EhuUJY, http://www.playvid.com/watch/dFYdHoOoQD4, http://www.playvid.com/watch/uH23XRQBxrE
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sweetcams
5.b. Uploader's email address: camsteam2@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sweetcams
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KtbevlrZU-k, http://www.playvid.com/watch/Qx5NqTFtozA, http://www.playvid.com/watch/Zx3ZypKrNKb, http://www.playvid.com/watch/-OaTCGrtOgq, http://www.playvid.com/watch/a3ZIEEfsA3J, http://www.playvid.com/watch/3ESPY3DWWEE, http://www.playvid.com/watch/i-tcdzrRvC-, http://www.playvid.com/watch/L02w0b4U-Vw, http://www.playvid.com/watch/oQfg959H8vt, http://www.playvid.com/watch/DFjcnXyCIo9, http://www.playvid.com/watch/MVaZrBo7jB7, http://www.playvid.com/watch/NE8GBsP0oqB, http://www.playvid.com/watch/qMSNzDswXo6, http://www.playvid.com/watch/f0g0e4GOQsa, http://www.playvid.com/watch/vO7AflRSV4Y, http://www.playvid.com/watch/BbflhOZHDXn, http://www.playvid.com/watch/twhjb869XMC, http://www.playvid.com/watch/mReTLRjjKR-, http://www.playvid.com/watch/wcyjVqQR6YD, http://www.playvid.com/watch/pm435nHwG-c, http://www.playvid.com/watch/wWmt0dMWFwZ, http://www.playvid.com/watch/pDyZqhfhY3h, http://www.playvid.com/watch/bwbvIPZHDRq, http://www.playvid.com/watch/-hRgblOln8D, http://www.playvid.com/watch/zKzbTCR6NN0, http://www.playvid.com/watch/PrJ-O23UfQb, http://www.playvid.com/watch/C84MAcoVb6u, http://www.playvid.com/watch/rEUAV88AYps, http://www.playvid.com/watch/DKl0d0hyXiT, http://www.playvid.com/watch/u5dq-yZT64g, http://www.playvid.com/watch/8zyr762C5eU, http://www.playvid.com/watch/kkqAfD2aXtf, http://www.playvid.com/watch/mFkagMrk4tx, http://www.playvid.com/watch/ru2XfuISKlH, http://www.playvid.com/watch/0jKNDFsOvvl, http://www.playvid.com/watch/PHEIRwBgB90, http://www.playvid.com/watch/G3KTFXyvaRg, http://www.playvid.com/watch/KcfTsara9GK, http://www.playvid.com/watch/xybxIhuhhdO, http://www.playvid.com/watch/4QaBFldQZ7p, http://www.playvid.com/watch/itvDaf8k-Cf, http://www.playvid.com/watch/WTu50cQr--A, http://www.playvid.com/watch/2ahlELTfeka, http://www.playvid.com/watch/mix8hX8CMbl, http://www.playvid.com/watch/jxnNwZ9ktN6, http://www.playvid.com/watch/UAEIMVyvFFZ, http://www.playvid.com/watch/apdG3vJfO7T, http://www.playvid.com/watch/k4ccfmuBw3C, http://www.playvid.com/watch/WBMfULKiscp, http://www.playvid.com/watch/wcjMh95kbvQ, http://www.playvid.com/watch/TnvB0eg4STq, http://www.playvid.com/watch/UECuEA5kK9K, http://www.playvid.com/watch/gBWKSaxcUlA, http://www.playvid.com/watch/zhEzu7oqXbN, http://www.playvid.com/watch/8BxlOPCI4U7, http://www.playvid.com/watch/bgonfHKtbp4, http://www.playvid.com/watch/aeNeXtKKnCS, http://www.playvid.com/watch/8wh7JgWXM5t, http://www.playvid.com/watch/0S3jUyqCkn3, http://www.playvid.com/watch/b0R8MO9RStg, http://www.playvid.com/watch/m4tpzUofjrr, http://www.playvid.com/watch/xRQ3H5q45EA, http://www.playvid.com/watch/8qoJSe3GiNY, http://www.playvid.com/watch/dkWrTnqwuYd, http://www.playvid.com/watch/NEXdbj3wyxr, http://www.playvid.com/watch/2DSz2kiZm2t, http://www.playvid.com/watch/0ibKk5isTkD, http://www.playvid.com/watch/KrssQ9wbEoC, http://www.playvid.com/watch/iTC0YHyMP7T, http://www.playvid.com/watch/wgZgbosPvtE, http://www.playvid.com/watch/RiJ0crAUA4m, http://www.playvid.com/watch/E-ZqNmNqf3w, http://www.playvid.com/watch/JsnDjASmzRO, http://www.playvid.com/watch/TIePp8Z29oX, http://www.playvid.com/watch/fQeKKRB8yba, http://www.playvid.com/watch/m-eD9Dp339E, http://www.playvid.com/watch/4hSRO8pFU-H, http://www.playvid.com/watch/4GpII-ruwYg, http://www.playvid.com/watch/tWaO2dPr8qY, http://www.playvid.com/watch/thrDD0TpLBw, http://www.playvid.com/watch/ubKEWhuVcuz, http://www.playvid.com/watch/ly0iBnRpDTZ, http://www.playvid.com/watch/kKYEUny8zTD, http://www.playvid.com/watch/Bxap8C89lR5, http://www.playvid.com/watch/gkF3r9gwzei, http://www.playvid.com/watch/KeFcqqCwFOZ, http://www.playvid.com/watch/jtpQnQhEhPB, http://www.playvid.com/watch/NBGc3r0pYib, http://www.playvid.com/watch/8ozcxee4mqP, http://www.playvid.com/watch/CKhKkRkWtTa, http://www.playvid.com/watch/fD44odfgD8h, http://www.playvid.com/watch/eZNlrCgJeks, http://www.playvid.com/watch/zejrOOD4Kns, http://www.playvid.com/watch/VUraq7Arg0U, http://www.playvid.com/watch/VPzxwmdYAyP, http://www.playvid.com/watch/Iyi53cy6DqZ, http://www.playvid.com/watch/Q2ceJ-WFOuA, http://www.playvid.com/watch/SMHJyM869I4, http://www.playvid.com/watch/7wgw6a8-HEB, http://www.playvid.com/watch/PvJA4nrz2QL, http://www.playvid.com/watch/eTRDDbhUZgr, http://www.playvid.com/watch/faJI2Q6UqTf, http://www.playvid.com/watch/A4pbl-7Qjb-, http://www.playvid.com/watch/OTcmskWr4HF, http://www.playvid.com/watch/AHzFWTkTVTV, http://www.playvid.com/watch/s4oWFolWo9Q, http://www.playvid.com/watch/NcLstTY6WXy, http://www.playvid.com/watch/PWTdNXNl6Xq, http://www.playvid.com/watch/8D4eKhbVZjc, http://www.playvid.com/watch/EXd9eV-hMU8, http://www.playvid.com/watch/uKIVoLiQQoW, http://www.playvid.com/watch/lO4dpMGdWEl, http://www.playvid.com/watch/Nkpac1y0NaM, http://www.playvid.com/watch/W4UdobCREzg, http://www.playvid.com/watch/mXi66pFGIYp, http://www.playvid.com/watch/RZn4xxS3UIq, http://www.playvid.com/watch/7Ljc4HynF0q, http://www.playvid.com/watch/x4M10cboFg0, http://www.playvid.com/watch/AIFOiNo6H9l, http://www.playvid.com/watch/az78kxnkcyE, http://www.playvid.com/watch/-8VHhiyKfFJ, http://www.playvid.com/watch/7C1kVvAMCpp, http://www.playvid.com/watch/MvThp3lxFia, http://www.playvid.com/watch/ks8apJyXIAI, http://www.playvid.com/watch/dnzh6qOllpl, http://www.playvid.com/watch/uMr2TwZu7zq, http://www.playvid.com/watch/XxntAKtbLXu, http://www.playvid.com/watch/zdsKuigcaSg, http://www.playvid.com/watch/JSB1S2FUg8K, http://www.playvid.com/watch/NcwPhctw7gd, http://www.playvid.com/watch/yxCbNjgUlet, http://www.playvid.com/watch/ZeS6ptQ88eM, http://www.playvid.com/watch/mw8M1wzIe3L, http://www.playvid.com/watch/brQ7W-RP6iW, http://www.playvid.com/watch/IAjHobmX8aH, http://www.playvid.com/watch/py9wvB0pG6C, http://www.playvid.com/watch/u69ZfEpPSmM, http://www.playvid.com/watch/JwZXiKUudZI, http://www.playvid.com/watch/IHNhrWyuSL5, http://www.playvid.com/watch/IFVuCIAR_CH, http://www.playvid.com/watch/fBBy1pEOYJJ, http://www.playvid.com/watch/szACAfqR-sA, http://www.playvid.com/watch/HcZNKkcDxW2, http://www.playvid.com/watch/duCq1aTxTIS, http://www.playvid.com/watch/cm2MowyY7hx, http://www.playvid.com/watch/kKThGJOUtHm, http://www.playvid.com/watch/npgrbi6Zmyp, http://www.playvid.com/watch/F1yLD9s8Sfs, http://www.playvid.com/watch/6yUvUO1OEXM, http://www.playvid.com/watch/NRRc7rs0foW, http://www.playvid.com/watch/bdf1pOY6MOA, http://www.playvid.com/watch/QbUnWT3ND8g, http://www.playvid.com/watch/k47SIbz1vGa, http://www.playvid.com/watch/VGZPsEASw9f, http://www.playvid.com/watch/dK6q-H6aDSl, http://www.playvid.com/watch/GI9d98STaAi, http://www.playvid.com/watch/L5NKHo5Mbgj, http://www.playvid.com/watch/4VhT3AnZ4I3, http://www.playvid.com/watch/Qxv6KCeMxov, http://www.playvid.com/watch/TRb4MXWi2BP, http://www.playvid.com/watch/LHasftfyWCD, http://www.playvid.com/watch/3FIV4nrhrgL, http://www.playvid.com/watch/Kob-cd-nYdv, http://www.playvid.com/watch/ZbIvuPZpPbN, http://www.playvid.com/watch/jD43IIOUZou, http://www.playvid.com/watch/4nNNY8hsXMD, http://www.playvid.com/watch/H3XpGdUZMR8, http://www.playvid.com/watch/FXWtkAPziBI, http://www.playvid.com/watch/flgDr5uKAmm, http://www.playvid.com/watch/D0MOleAhWmS, http://www.playvid.com/watch/fJXbbPrIMqM, http://www.playvid.com/watch/9Rd4cTEkerj, http://www.playvid.com/watch/gQ1LDCXO0iT, http://www.playvid.com/watch/qqy93LrtGES, http://www.playvid.com/watch/hfBJTgcBhUa, http://www.playvid.com/watch/UYR8CoqFMq9, http://www.playvid.com/watch/tLRWk7q8txv, http://www.playvid.com/watch/DF6V3SeK_RH, http://www.playvid.com/watch/LbCV-FjxzXx, http://www.playvid.com/watch/QeCI6QpXwFP, http://www.playvid.com/watch/fFaVgjtoLwy, http://www.playvid.com/watch/jBAvzp_SHNi, http://www.playvid.com/watch/qCfUPzZvSZO, http://www.playvid.com/watch/XE3wfKszfdA, http://www.playvid.com/watch/fGzTK_Sm0bf, http://www.playvid.com/watch/ow0AGCHsJ5T, http://www.playvid.com/watch/PkcForlVLqZ, http://www.playvid.com/watch/4hnkA5r-LVy, http://www.playvid.com/watch/fXIXVfaNC1l, http://www.playvid.com/watch/s1qW6ifHQ3D, http://www.playvid.com/watch/DHOaAnjbSlI, http://www.playvid.com/watch/fjQZ1i8sMOP, http://www.playvid.com/watch/JJB-pFz4iw7, http://www.playvid.com/watch/ANaRQfWiI_x, http://www.playvid.com/watch/ySbdcVG19Yx, http://www.playvid.com/watch/PCoEWzuH9Zs, http://www.playvid.com/watch/u9Gb1TSTt2o, http://www.playvid.com/watch/hTKBmnYcykT, http://www.playvid.com/watch/trmyCRAWfex, http://www.playvid.com/watch/Dp4MHz5CD1j, http://www.playvid.com/watch/07eHWU1aDv4, http://www.playvid.com/watch/a6EvT4V8FE6, http://www.playvid.com/watch/VCA4pskDlUZ, http://www.playvid.com/watch/ZVAbSoPebaj, http://www.playvid.com/watch/Ir4wUNO0sEO, http://www.playvid.com/watch/kctpKey4GGe, http://www.playvid.com/watch/wxME9V-tT1D, http://www.playvid.com/watch/muKfL8IGylp, http://www.playvid.com/watch/KrwfWLT6t4u, http://www.playvid.com/watch/pv4OXm-4vcx, http://www.playvid.com/watch/V9LKuGX3KwU, http://www.playvid.com/watch/FL8LS8KPHgf, http://www.playvid.com/watch/l-H2GDXUwJQ, http://www.playvid.com/watch/rDp-b-6wCGu, http://www.playvid.com/watch/SwA8iD3t1kl, http://www.playvid.com/watch/KFuwfJpo3ck, http://www.playvid.com/watch/FtKVX7Iel0b, http://www.playvid.com/watch/YIZL_y9A34s, http://www.playvid.com/watch/j5OwlS1eNld, http://www.playvid.com/watch/BZkrfJe46EL, http://www.playvid.com/watch/m0STWpkd_Ym, http://www.playvid.com/watch/mLxAqv1zkrK, http://www.playvid.com/watch/x1TJFR7WfLb, http://www.playvid.com/watch/c_TRcgrjJHA, http://www.playvid.com/watch/S6WZ4SYaa8m, http://www.playvid.com/watch/dvp2PBNHdZJ, http://www.playvid.com/watch/QJOhHWHvyeo, http://www.playvid.com/watch/O7wlxhWaU-8, http://www.playvid.com/watch/nDHkwIxDSvv, http://www.playvid.com/watch/es2qh-FFM_l, http://www.playvid.com/watch/FMrR5spph7G, http://www.playvid.com/watch/GHZdqcVZ8YM, http://www.playvid.com/watch/qZmaZ1YAPI6, http://www.playvid.com/watch/PogEOL2PXWQ, http://www.playvid.com/watch/6nz-hSdBeiL, http://www.playvid.com/watch/uW40SDbJo1a, http://www.playvid.com/watch/qr5yF372_03, http://www.playvid.com/watch/oEKz4zMA3sP, http://www.playvid.com/watch/HngvIVUm75D,

http://www.playvid.com/watch/4eC_NZ008be, http://www.playvid.com/watch/2m5WuncCIat, http://www.playvid.com/watch/CXQFLztCys7, http://www.playvid.com/watch/CNqt0yQHzJ6, http://www.playvid.com/watch/Kt_0TntAf33, http://www.playvid.com/watch/4JYCkJFKG79, http://www.playvid.com/watch/E-PpgPux_QP, http://www.playvid.com/watch/vkKl3t2jjaj, http://www.playvid.com/watch/lKku2hCdp6y, http://www.playvid.com/watch/z1Af8UCp9ST, http://www.playvid.com/watch/vt9ph1C7i1X, http://www.playvid.com/watch/Lp_K-brFI1w, http://www.playvid.com/watch/0kZNJle0_Zd, http://www.playvid.com/watch/3hAqXUddkOd, http://www.playvid.com/watch/UgAC6iW1OVd, http://www.playvid.com/watch/KoECUFc1V4v, http://www.playvid.com/watch/voo3Mjvm0J9, http://www.playvid.com/watch/lC90Tc3BcTC, http://www.playvid.com/watch/Jy4-mT7hzXd, http://www.playvid.com/watch/lH7lDFFDRFA, http://www.playvid.com/watch/Qnkl1jjwCEW, http://www.playvid.com/watch/VcyNH87FQMK, http://www.playvid.com/watch/beIxCLzBR5z, http://www.playvid.com/watch/pyfc2_PBuLh, http://www.playvid.com/watch/Wp492l63jYy, http://www.playvid.com/watch/KD_ITmVw9M5, http://www.playvid.com/watch/OjjY7WrOGns, http://www.playvid.com/watch/BsngWiTm_Xq, http://www.playvid.com/watch/oZjws2iyEL0, http://www.playvid.com/watch/dXpKqT_kr_Z, http://www.playvid.com/watch/iN2ys-_YNeW, http://www.playvid.com/watch/ECz_h1cBM9v, http://www.playvid.com/watch/QDVelew-xE4, http://www.playvid.com/watch/wjKbowSBgq0, http://www.playvid.com/watch/v6RTaeTou3R, http://www.playvid.com/watch/0MkuCxTCidf, http://www.playvid.com/watch/hk7N21XmnHQ, http://www.playvid.com/watch/mCtteoBV14N, http://www.playvid.com/watch/nvfnYfkW9Ep, http://www.playvid.com/watch/cYVOOVqpTJL, http://www.playvid.com/watch/b-rTOCbNHvR, http://www.playvid.com/watch/05IRWAkIyBb, http://www.playvid.com/watch/IJYaxcv6jRT, http://www.playvid.com/watch/k69sGtQRySD, http://www.playvid.com/watch/f8Z8yJdyNa3, http://www.playvid.com/watch/3GpI38pTVX7, http://www.playvid.com/watch/2_gY6ITU3U3, http://www.playvid.com/watch/4AME1gLtBlI, http://www.playvid.com/watch/BRY-TeyznP3, http://www.playvid.com/watch/ICMbuJ1kydi, http://www.playvid.com/watch/XfKMtm9TjjV, http://www.playvid.com/watch/Scxk7heRGdP, http://www.playvid.com/watch/O1AkHGQKFvu, http://www.playvid.com/watch/8TO5MEIODRv, http://www.playvid.com/watch/opD6rTSR0PK, http://www.playvid.com/watch/nW1PQ62Jf8y, http://www.playvid.com/watch/tVcMslf7E-h, http://www.playvid.com/watch/a7CnsapspSb, http://www.playvid.com/watch/EUeztZtDzAR
5.f. Date of third notice: 2013-11-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: sznicer
5.b. Uploader's email address: gererard@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/sznicer
5.e. List of videos posted by uploader: http://www.playvid.com/watch/NXq2RdfKLt9, http://www.playvid.com/watch/eV4DyFfS-0p, http://www.playvid.com/watch/wunDSCSilAo, http://www.playvid.com/watch/rgZkfvRyXr7, http://www.playvid.com/watch/pXVYMRkeo3s, http://www.playvid.com/watch/z_4rgg5VbeT, http://www.playvid.com/watch/23urN_CWd4n, http://www.playvid.com/watch/5rpkg1vDEZA, http://www.playvid.com/watch/90aMcvlEbdV, http://www.playvid.com/watch/JPWdBFVh6Kx, http://www.playvid.com/watch/AEvqeSBCnHi, http://www.playvid.com/watch/cZHxOk7Zx5h, http://www.playvid.com/watch/M8fJuOpLdyt, http://www.playvid.com/watch/jC1KGpbjx9B, http://www.playvid.com/watch/5vf7QSzKQnC, http://www.playvid.com/watch/snCCppEKcjy, http://www.playvid.com/watch/5enyXa-WBq9, http://www.playvid.com/watch/6mnDU26MYa6, http://www.playvid.com/watch/ygIkK1XOJIp, http://www.playvid.com/watch/MtoPdOEBECf, http://www.playvid.com/watch/tgp2EdCK9Zm, http://www.playvid.com/watch/EG5e0fHLiKx, http://www.playvid.com/watch/gbteX28OmkB, http://www.playvid.com/watch/4xoostgwI3G, http://www.playvid.com/watch/BYWBlRBKrwX, http://www.playvid.com/watch/iyxSX1-Cwpe, http://www.playvid.com/watch/tT4GukaVN2T, http://www.playvid.com/watch/OfNIWRdyVJc, http://www.playvid.com/watch/KkM1PcIkSun, http://www.playvid.com/watch/JEiWNK2_aJa, http://www.playvid.com/watch/HomoP3syOoq, http://www.playvid.com/watch/5FV7YyRKnlM, http://www.playvid.com/watch/tWW2OJu3DPr, http://www.playvid.com/watch/SNT6bmdCvJX, http://www.playvid.com/watch/Cl_2lRvDHO8, http://www.playvid.com/watch/fLY1_axDqoy, http://www.playvid.com/watch/asb6T55DXmC, http://www.playvid.com/watch/HMK8cxUcbiz, http://www.playvid.com/watch/mHqPE7Cb08c, http://www.playvid.com/watch/vFbwLDLjFNc, http://www.playvid.com/watch/AwE0v4zkVSj, http://www.playvid.com/watch/wKpJsbIGCNo, http://www.playvid.com/watch/OLCT2vuOH7P, http://www.playvid.com/watch/wPSgHWJxw_6, http://www.playvid.com/watch/671-2HYZrFW, http://www.playvid.com/watch/twpbfvqHkoS, http://www.playvid.com/watch/Fh3usP3D9f4, http://www.playvid.com/watch/nojyfEQM2Eq, http://www.playvid.com/watch/cLhXFcaF_05, http://www.playvid.com/watch/iArKXZBeSHN, http://www.playvid.com/watch/hwaQLhoTtv6, http://www.playvid.com/watch/ezjqIKCUy4O, http://www.playvid.com/watch/VzJpIXLqyzP, http://www.playvid.com/watch/CrZ5KDw24Yo, http://www.playvid.com/watch/NMtx5NA2MQT, http://www.playvid.com/watch/znFKIezHk0K, http://www.playvid.com/watch/PkOyhte3j6P, http://www.playvid.com/watch/mvizPqSHcpl, http://www.playvid.com/watch/TgRo8A1GJtP, http://www.playvid.com/watch/3Zl-PVMCcBQ, http://www.playvid.com/watch/gs0ZkNtL5ae, http://www.playvid.com/watch/Kf7QptaOAhS, http://www.playvid.com/watch/cZbcTHrzjZt, http://www.playvid.com/watch/6MA6GzY4ykQ, http://www.playvid.com/watch/vU_Z2qqNUXX, http://www.playvid.com/watch/Adj3bIKNc2q, http://www.playvid.com/watch/xferRFgOQ6h, http://www.playvid.com/watch/XvJ5H_Tg0np, http://www.playvid.com/watch/zohCSsTLOgM, http://www.playvid.com/watch/KG6G3nXckwe, http://www.playvid.com/watch/tlPg6-UcPb6, http://www.playvid.com/watch/BlT-FhMLF98, http://www.playvid.com/watch/Li1_pku2Nrb, http://www.playvid.com/watch/pzJ_UlyKLv0, http://www.playvid.com/watch/sWorqfVFCpo, http://www.playvid.com/watch/k3erEEXxZRK, http://www.playvid.com/watch/USU2j1OwZXF, http://www.playvid.com/watch/GXOejYRQiTj, http://www.playvid.com/watch/vt0sZ9lUqGZ, http://www.playvid.com/watch/M8dZBBqJ3PP, http://www.playvid.com/watch/4gb0nia96Ga, http://www.playvid.com/watch/8LE3yUGfbVC, http://www.playvid.com/watch/VeOAZ_fQGeI, http://www.playvid.com/watch/i3GSTPE7qAj, http://www.playvid.com/watch/ZTk8eKRNNFj, http://www.playvid.com/watch/ymntGQCQQbT, http://www.playvid.com/watch/DbDHj7VrThE, http://www.playvid.com/watch/yDketCzCOwl, http://www.playvid.com/watch/JweFM-VyyB3, http://www.playvid.com/watch/F8UGvfBejT0, http://www.playvid.com/watch/lx5SnG9YtVW, http://www.playvid.com/watch/px9gg-m5QqE, http://www.playvid.com/watch/p9CxDJ42hNr, http://www.playvid.com/watch/yudt815FvkX, http://www.playvid.com/watch/g3Bt3RUb60h
5.f. Date of third notice: 2015-08-07 10:18:32
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: T3rminaT0r
5.b. Uploader's email address: T3rminaT0r@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/T3rminaT0r
5.e. List of videos posted by uploader: http://www.playvid.com/watch/JjkskIvoKyF, http://www.playvid.com/watch/DYVugVJrYKM, http://www.playvid.com/watch/nM56PI0qX-B, http://www.playvid.com/watch/6-A6gPAwSYI, http://www.playvid.com/watch/XKi5rxK0h3P, http://www.playvid.com/watch/tM09LK5wOdg, http://www.playvid.com/watch/fhWIk2ENOcy, http://www.playvid.com/watch/0X6IT6lMR6w, http://www.playvid.com/watch/uBrqf5I2Sbm, http://www.playvid.com/watch/AbqDD8ZLwBi, http://www.playvid.com/watch/vQVk6SVlBaU, http://www.playvid.com/watch/zd5AMKs5ERK, http://www.playvid.com/watch/2X9iJyyPFvs, http://www.playvid.com/watch/EaPGmWSi62N, http://www.playvid.com/watch/pdpWf0Lr4wh, http://www.playvid.com/watch/0wLQTEpum9q, http://www.playvid.com/watch/PtPD8OEx9MZ, http://www.playvid.com/watch/CZ3PWg664dY, http://www.playvid.com/watch/eQWVY-LNVTE, http://www.playvid.com/watch/MXoDPag8tgW, http://www.playvid.com/watch/mMW7RP2SfWJ, http://www.playvid.com/watch/5g6NM0itNIQ, http://www.playvid.com/watch/VnjQKaWdacT, http://www.playvid.com/watch/wjnRjYTHL4x, http://www.playvid.com/watch/UcULvHCe8qx, http://www.playvid.com/watch/ZKMk6OXX005, http://www.playvid.com/watch/fxCC2KwayPI, http://www.playvid.com/watch/-F7ImVI7wPs, http://www.playvid.com/watch/ln4P223cMFy, http://www.playvid.com/watch/lCtLGizJBLH, http://www.playvid.com/watch/2PGeICXLQzH, http://www.playvid.com/watch/KuNQNzxuvZg, http://www.playvid.com/watch/vQOGhVs3FrX, http://www.playvid.com/watch/AdvRtRrL4mh, http://www.playvid.com/watch/PzuIohCWhXo, http://www.playvid.com/watch/gxX9GevmpGU, http://www.playvid.com/watch/O9u0jW0spyX, http://www.playvid.com/watch/yfFs--bZxfm, http://www.playvid.com/watch/8hueUKfdfO6, http://www.playvid.com/watch/A3uhYoSMym6, http://www.playvid.com/watch/jNgF8MRuGLa, http://www.playvid.com/watch/KNWlUhz8oBu, http://www.playvid.com/watch/6jlUz6J5PBn, http://www.playvid.com/watch/Gx7vZxMOD0J, http://www.playvid.com/watch/s4V7IqAtuCt, http://www.playvid.com/watch/EcuaLbBSs9o, http://www.playvid.com/watch/HHNfQdEIQeg, http://www.playvid.com/watch/iMXOWNUPVhQ, http://www.playvid.com/watch/JlYSuSnW2bO, http://www.playvid.com/watch/9zTGPDMxdgS, http://www.playvid.com/watch/Y6uewSnEgVH, http://www.playvid.com/watch/tXPLHrIRDMG, http://www.playvid.com/watch/I2zxyydkKEr, http://www.playvid.com/watch/F4mPlNbUVnp, http://www.playvid.com/watch/QyeOufqUDG3, http://www.playvid.com/watch/9Y544J8-f9X, http://www.playvid.com/watch/bT4U4B6kaWb, http://www.playvid.com/watch/bmvrdA30xO5, http://www.playvid.com/watch/MmxvJ2Cco5p, http://www.playvid.com/watch/fanQRkOgJwU, http://www.playvid.com/watch/cm9sYxiafps, http://www.playvid.com/watch/2xuxRM0M7SS, http://www.playvid.com/watch/y2RF8XmscOO, http://www.playvid.com/watch/mxorRIUxhfp, http://www.playvid.com/watch/vjFj-RB7AZ3, http://www.playvid.com/watch/gbbkO7QYm4W, http://www.playvid.com/watch/iNIhv-s2iZQ, http://www.playvid.com/watch/49dgDUHIekQ, http://www.playvid.com/watch/Q9UktHobMBp, http://www.playvid.com/watch/uTIKfCsi2wy, http://www.playvid.com/watch/zD6akYkwDKZ, http://www.playvid.com/watch/VwE6IlEe6GK, http://www.playvid.com/watch/nS27z2D-ZMQ, http://www.playvid.com/watch/zhAZk57Pkbn, http://www.playvid.com/watch/Wh-GkPsZmYZ, http://www.playvid.com/watch/eAlGxQDD4qa, http://www.playvid.com/watch/FPyrreH6oo-, http://www.playvid.com/watch/eHJdDuayx7u, http://www.playvid.com/watch/PEG2v6xYZrZ, http://www.playvid.com/watch/bproUrZWkk4, http://www.playvid.com/watch/3oHB3TFJ7db, http://www.playvid.com/watch/TLFqcY3-xAB, http://www.playvid.com/watch/DU5LnpMFlO-, http://www.playvid.com/watch/UjZpnxKfdtY, http://www.playvid.com/watch/Z4q0wnTIyLO, http://www.playvid.com/watch/DIUkLBXD7Hs, http://www.playvid.com/watch/8AiCuVtTqWD, http://www.playvid.com/watch/-MkVkrDw5PC, http://www.playvid.com/watch/5xCApXHjdeL, http://www.playvid.com/watch/7DmSXdECZzn, http://www.playvid.com/watch/06uOrIeWm5p, http://www.playvid.com/watch/9UPqnDDmmZY, http://www.playvid.com/watch/IvX3ka0mOXS, http://www.playvid.com/watch/U0DyDLS9HJM, http://www.playvid.com/watch/Lfgne3hzWdZ,

http://www.playvid.com/watch/jxEOwrITKAM, http://www.playvid.com/watch/vdbhGziEtTu, http://www.playvid.com/watch/V2sQcpl2dS-,
http://www.playvid.com/watch/G7fbA5iTElJ, http://www.playvid.com/watch/PcWXq0sOoV2, http://www.playvid.com/watch/e2xoBzVl5CC,
http://www.playvid.com/watch/yxQkaeqyZhA, http://www.playvid.com/watch/vhwxeT-gGbI, http://www.playvid.com/watch/eIFb9kVgDdR,
http://www.playvid.com/watch/Qs9bYrj9YDI, http://www.playvid.com/watch/jLTC2eLJNEI, http://www.playvid.com/watch/oSe-GS0AcLl,
http://www.playvid.com/watch/Fz67J6Uuw4Q, http://www.playvid.com/watch/OKFdvWCCff-, http://www.playvid.com/watch/hmfWROiqBTi,
http://www.playvid.com/watch/iCH-Jx6w8hh, http://www.playvid.com/watch/Ar3sX4CCtsR, http://www.playvid.com/watch/-tQ-8mTU5Dh,
http://www.playvid.com/watch/mLfAtS---sA, http://www.playvid.com/watch/8Z20ucdWCb4, http://www.playvid.com/watch/vNQl68JUNpl,
http://www.playvid.com/watch/jYlBQgm3Ik3, http://www.playvid.com/watch/X0mKY-PXpNv, http://www.playvid.com/watch/yHEfzjxIoZv,
http://www.playvid.com/watch/4tl6wRwElDK, http://www.playvid.com/watch/2Dwqfnhk3A4, http://www.playvid.com/watch/kNEGJlHzk23,
http://www.playvid.com/watch/XaQV3YCTjbQ, http://www.playvid.com/watch/OW3QbDyoVyZ, http://www.playvid.com/watch/tajKC4QYGqy,
http://www.playvid.com/watch/7mqha3PfD-h, http://www.playvid.com/watch/28hisaVXKoC, http://www.playvid.com/watch/r0rlhxoBogp,
http://www.playvid.com/watch/aDsPA5-MwDs, http://www.playvid.com/watch/zusehiCYKyV, http://www.playvid.com/watch/y7EKi73C6hE,
http://www.playvid.com/watch/ypY9o9VbFXo, http://www.playvid.com/watch/RRIIcbr7HTy, http://www.playvid.com/watch/UjCyvlRmnXB,
http://www.playvid.com/watch/tTcS0Q9IJDR, http://www.playvid.com/watch/IvsUtNAV6Td, http://www.playvid.com/watch/C8kk74JFmzr,
http://www.playvid.com/watch/38DG6VeqYg0, http://www.playvid.com/watch/TszsI-WWl3C, http://www.playvid.com/watch/cOMtMa7TtjN,
http://www.playvid.com/watch/d-RkCortRmr, http://www.playvid.com/watch/-PqQ-P-dh5-, http://www.playvid.com/watch/qVkVVRPf8Qy,
http://www.playvid.com/watch/3mH4MH2xrIK, http://www.playvid.com/watch/ovfqvxneJ6X, http://www.playvid.com/watch/eh7YFNldc8G,
http://www.playvid.com/watch/tJJWxcBd5Ot, http://www.playvid.com/watch/3mJwqhacDvl, http://www.playvid.com/watch/iqPIWiuq77l,
http://www.playvid.com/watch/O7zCnaCIkae, http://www.playvid.com/watch/b4CQuQyzfgw, http://www.playvid.com/watch/CjVSw9lPMow,
http://www.playvid.com/watch/mhB8KPRL-OM, http://www.playvid.com/watch/L7L-7y0nqp0, http://www.playvid.com/watch/SYCprmzmS4F,
http://www.playvid.com/watch/8eUXF9qRfbe, http://www.playvid.com/watch/PoS8WOPXAkr, http://www.playvid.com/watch/6a934peRmeW,
http://www.playvid.com/watch/BJDN-ervcWY, http://www.playvid.com/watch/aSjpGwOmzS-, http://www.playvid.com/watch/dolLCsXyTsB,
http://www.playvid.com/watch/H9JrjQQKTEQ, http://www.playvid.com/watch/ya7exJDzOSa, http://www.playvid.com/watch/rZz4LKeFF3u,
http://www.playvid.com/watch/Q-RsECibnpz, http://www.playvid.com/watch/lSGGIIiYIC6, http://www.playvid.com/watch/q8JcHWg8AzL,
http://www.playvid.com/watch/HQrOhfiNGNo, http://www.playvid.com/watch/LuwIMs7rYDB, http://www.playvid.com/watch/sIx3qJIFp3P,
http://www.playvid.com/watch/iIqITBFKL99, http://www.playvid.com/watch/ST95h2UMCJF, http://www.playvid.com/watch/9YYBZr5UtJU,
http://www.playvid.com/watch/TZHHXawlb02, http://www.playvid.com/watch/uHZl-LNIFFM, http://www.playvid.com/watch/4-ykdmE25c2,
http://www.playvid.com/watch/0LPVqmeRS83, http://www.playvid.com/watch/Rh7UmaHAwjF, http://www.playvid.com/watch/oVnVd-ZWwiy,
http://www.playvid.com/watch/XK3F0JDQyPq, http://www.playvid.com/watch/R6m-hs5iYIk, http://www.playvid.com/watch/gL3CCvhRMrp,
http://www.playvid.com/watch/gApQILnHs2Z, http://www.playvid.com/watch/T7l-KxtIzYF, http://www.playvid.com/watch/fReDTF9xlFn,
http://www.playvid.com/watch/xA7W2S5G2Gn, http://www.playvid.com/watch/MXWyfHV2Z2P, http://www.playvid.com/watch/g4ujZNoucez,
http://www.playvid.com/watch/dPAUetGfn8Y, http://www.playvid.com/watch/8nnYAUff0sL, http://www.playvid.com/watch/-QqtzMlie0-,
http://www.playvid.com/watch/VzGOsJG3Lur, http://www.playvid.com/watch/noVXeTPu8Zc, http://www.playvid.com/watch/uq7gUmywirL,
http://www.playvid.com/watch/6Ya9DHMDCzt, http://www.playvid.com/watch/KDHko9a-xtF, http://www.playvid.com/watch/EU0ywSKRz2U,
http://www.playvid.com/watch/xWc4J-3lkIt, http://www.playvid.com/watch/iaEMiMkf1I5, http://www.playvid.com/watch/iv0aJCMP1Vr,
http://www.playvid.com/watch/cdyVVgF_hbD, http://www.playvid.com/watch/sU_-hGz2w9w, http://www.playvid.com/watch/rYHNIjZk7FL,
http://www.playvid.com/watch/zThEx4IHPaj, http://www.playvid.com/watch/e4PfdkHtjQd, http://www.playvid.com/watch/FziCTdPmaA5,
http://www.playvid.com/watch/87YIWl6homA, http://www.playvid.com/watch/SQq7lBJ5Yqw, http://www.playvid.com/watch/E-ajWqRWwX8,
http://www.playvid.com/watch/Kmm7cWPUcF4, http://www.playvid.com/watch/RhxDVmcKClT, http://www.playvid.com/watch/R3lF3vHyUO9,
http://www.playvid.com/watch/oYbXP4QtyQH, http://www.playvid.com/watch/lOuMYMpa2N6, http://www.playvid.com/watch/tCR7Mx9T4pL,
http://www.playvid.com/watch/EU4nMTSDVte, http://www.playvid.com/watch/k2QdZ3472Yw, http://www.playvid.com/watch/BVG73NJutvT,
http://www.playvid.com/watch/AV7kauqRx0b, http://www.playvid.com/watch/lo86sP0sHKT, http://www.playvid.com/watch/8AdjTu8L94W,
http://www.playvid.com/watch/k23gRVRYFc6, http://www.playvid.com/watch/OqsihiXrLdf, http://www.playvid.com/watch/Z65nuITUEvl,
http://www.playvid.com/watch/8TSkGgW8Ser, http://www.playvid.com/watch/vA2_3u7-dMx, http://www.playvid.com/watch/Tt5_Z8oYowT,
http://www.playvid.com/watch/Nrpa6-k5tSP, http://www.playvid.com/watch/tcBMEOZXbjk, http://www.playvid.com/watch/E6uhcRwTeUo,
http://www.playvid.com/watch/9neKzGW4oy2, http://www.playvid.com/watch/M5N7VpXOMCe, http://www.playvid.com/watch/c_tRxCnHkXe,
http://www.playvid.com/watch/6y663nTDsQm, http://www.playvid.com/watch/0z2q6iA_-sb, http://www.playvid.com/watch/aiuJr_2a8gg,
http://www.playvid.com/watch/3-MLyup9j_D, http://www.playvid.com/watch/IahrBrILMnq, http://www.playvid.com/watch/ZAMMYIpURx0,
http://www.playvid.com/watch/V6kGoymHwHu, http://www.playvid.com/watch/YS90auJ4IMv, http://www.playvid.com/watch/LAxMNOWTiOC,
http://www.playvid.com/watch/k239pyZKQAo, http://www.playvid.com/watch/rCeAtci6ljl, http://www.playvid.com/watch/LoOHqjCNtnV,
http://www.playvid.com/watch/6a60Thezful, http://www.playvid.com/watch/W6RD4lTZN0K, http://www.playvid.com/watch/6IStNpTELNg,
http://www.playvid.com/watch/2XS79sZmZ6k, http://www.playvid.com/watch/S6SsGr1XLdX, http://www.playvid.com/watch/jYefiQXFQTt,
http://www.playvid.com/watch/NDZ40m3m9XH, http://www.playvid.com/watch/yhwhTyxadrT, http://www.playvid.com/watch/cW_3D4Aq69l,
http://www.playvid.com/watch/ihO9GcIcsUu, http://www.playvid.com/watch/C600CmounaH, http://www.playvid.com/watch/7FcLYP3nPuT,
http://www.playvid.com/watch/E7qaI5yNgQz, http://www.playvid.com/watch/R35RtgIjjDC, http://www.playvid.com/watch/VEhCJhTSW-g,
http://www.playvid.com/watch/Y8K88dCKTP9, http://www.playvid.com/watch/UibswrFmHkJ, http://www.playvid.com/watch/DSRbIGWAXmN,
http://www.playvid.com/watch/fqyjGI8KMma, http://www.playvid.com/watch/0U-IOni7U17
5.f. Date of third notice: 2014-06-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tadeushevna
5.b. Uploader's email address: barialomo@mail.ru
5.d. Uploader's profile: http://www.playvid.com/member/tadeushevna
5.e. List of videos posted by uploader: http://www.playvid.com/watch/aNq7hbDk3Wv, http://www.playvid.com/watch/Rt2kuXzKMIM,
http://www.playvid.com/watch/PK2d6DwFU9M, http://www.playvid.com/watch/uBZgtneAUHD, http://www.playvid.com/watch/VSyyfLmzJLb,
http://www.playvid.com/watch/D3euVDdGFZa, http://www.playvid.com/watch/IQMt9S4GYR3, http://www.playvid.com/watch/WIxdjyqVbWD,
http://www.playvid.com/watch/t-s77knucEg, http://www.playvid.com/watch/E3SYXdOJcqK, http://www.playvid.com/watch/RwkgGuDl5o3,
http://www.playvid.com/watch/G4qCoKF4lFo, http://www.playvid.com/watch/CO3HzpZGx-p, http://www.playvid.com/watch/OFfE420tvoi,
http://www.playvid.com/watch/8sTFpevbHWJ, http://www.playvid.com/watch/GMxRBAoFGjT, http://www.playvid.com/watch/BsVWMjijYQ9,
http://www.playvid.com/watch/ja5LR3jVnUX, http://www.playvid.com/watch/7t5rcpBjFuX, http://www.playvid.com/watch/Ke0Q-yRX0Ek,
http://www.playvid.com/watch/xHtmmm7Druu, http://www.playvid.com/watch/YY5HGMt35e2, http://www.playvid.com/watch/AGsBajEiUiH,
http://www.playvid.com/watch/xZlMpYpFqVg, http://www.playvid.com/watch/EANXqwxrHFK, http://www.playvid.com/watch/3gZRL8Ee7Xg,
http://www.playvid.com/watch/JQq38MUMsK6, http://www.playvid.com/watch/ssHrv9WZmWW, http://www.playvid.com/watch/IEXTxOCuPGo,
http://www.playvid.com/watch/8xgQbFC2dTE, http://www.playvid.com/watch/hqPUJabh2Lf, http://www.playvid.com/watch/oXqZxatlaoi,
http://www.playvid.com/watch/YWUuINGJox7, http://www.playvid.com/watch/2EdRjV654rO, http://www.playvid.com/watch/56f2vayzx4q,
http://www.playvid.com/watch/22ePJCaQ2jX, http://www.playvid.com/watch/Qwl7wU8fWcQ, http://www.playvid.com/watch/0YqCFqj4c3C,
http://www.playvid.com/watch/xjZqN30hry0, http://www.playvid.com/watch/wG70nwusGFb, http://www.playvid.com/watch/Oecs0ZmAGQs,
http://www.playvid.com/watch/Lsn3w2FxUan, http://www.playvid.com/watch/YBA3ModofOD, http://www.playvid.com/watch/JcbiPsd6WUA,
http://www.playvid.com/watch/teJltkLzT06, http://www.playvid.com/watch/M0OcnIVrsHX, http://www.playvid.com/watch/iddPVd4CPor,
http://www.playvid.com/watch/8LlECn7z2yj, http://www.playvid.com/watch/Xj9HYTD9rLq, http://www.playvid.com/watch/nPD8OjQ5SvJ,
http://www.playvid.com/watch/WIc2scoNa9O, http://www.playvid.com/watch/tB75FCPGigP, http://www.playvid.com/watch/tY3vad0W5BK,
http://www.playvid.com/watch/jFxrJwUvaAh, http://www.playvid.com/watch/0VaPi2639cN, http://www.playvid.com/watch/0gxkIYi-ymP,
http://www.playvid.com/watch/oKgeTlDdDOW, http://www.playvid.com/watch/mizYlnf39Zq, http://www.playvid.com/watch/IZ9d2kjoAs-,
http://www.playvid.com/watch/lPx-sTxTGgn, http://www.playvid.com/watch/iNcUffVQ74X, http://www.playvid.com/watch/VQB8ruIWICx,
http://www.playvid.com/watch/I-uHlNV0QrS, http://www.playvid.com/watch/8eP-Ajq2wFg, http://www.playvid.com/watch/FqS4vPVJe6z,
http://www.playvid.com/watch/wnyzelO95yd, http://www.playvid.com/watch/WltdIm6MRVz, http://www.playvid.com/watch/FUmkDBo7eng,
http://www.playvid.com/watch/jVgrVz4mfof, http://www.playvid.com/watch/AqIHcB6nn5q, http://www.playvid.com/watch/PKmw6bxe3F3,
http://www.playvid.com/watch/QggjbDHINlC, http://www.playvid.com/watch/kzYdHGczCSS, http://www.playvid.com/watch/XlGY-udDbD5,
http://www.playvid.com/watch/L3RIZK2v-vu, http://www.playvid.com/watch/g9gapKQCbj9, http://www.playvid.com/watch/33s6F59GRnZ,
http://www.playvid.com/watch/m-JTaQdTrGY, http://www.playvid.com/watch/FfXhhLkgNF3, http://www.playvid.com/watch/0zw9Jj0r8GY,
http://www.playvid.com/watch/IUr4YQ6T33V, http://www.playvid.com/watch/pIkB7MQYHWe, http://www.playvid.com/watch/Ctn0eYJ8X2a,
http://www.playvid.com/watch/zRMGHzTwPRJ, http://www.playvid.com/watch/n7jE6TUjWRz, http://www.playvid.com/watch/B7zRDxR448d,
http://www.playvid.com/watch/yyvZgoYjg-C, http://www.playvid.com/watch/zq9zJhfH7rL, http://www.playvid.com/watch/KEjmlqHOjHE,
http://www.playvid.com/watch/xNLyPKkpVMZ, http://www.playvid.com/watch/DlWKzeL6MRI, http://www.playvid.com/watch/b3BSOZsTk2a,
http://www.playvid.com/watch/8R3sgRIqSRM, http://www.playvid.com/watch/LbX9-V5824z, http://www.playvid.com/watch/YKsprEjmK07,
http://www.playvid.com/watch/QW70fc2hazO, http://www.playvid.com/watch/rMKgJg5Va0y, http://www.playvid.com/watch/nNJ2h06ZhdD,

http://www.playvid.com/watch/MXdkxwLuqhX, http://www.playvid.com/watch/2wDy0mxH4OM, http://www.playvid.com/watch/MSvANPUu0FC, http://www.playvid.com/watch/gZERPDdDDUd, http://www.playvid.com/watch/cxL4tE2wiqV, http://www.playvid.com/watch/IdW9umMDhUN, http://www.playvid.com/watch/yjkXYpwB6JN, http://www.playvid.com/watch/j6TIU6WZXVP, http://www.playvid.com/watch/-gaEHfRuR4g, http://www.playvid.com/watch/70bj-ccN6LW, http://www.playvid.com/watch/dwZUpPBNfyP, http://www.playvid.com/watch/z5nvpE6rLn4, http://www.playvid.com/watch/VzULFiGUnw3, http://www.playvid.com/watch/aY5DJqqjiIb, http://www.playvid.com/watch/NDJ-yKxDD4w, http://www.playvid.com/watch/y3LE9VFBsde, http://www.playvid.com/watch/fx5PZNxWpLH, http://www.playvid.com/watch/VRsgweQB-ft, http://www.playvid.com/watch/23VezLlWWTK, http://www.playvid.com/watch/0Go0D6oaCeb, http://www.playvid.com/watch/09e9-ENHyjk, http://www.playvid.com/watch/B32eEqUeB-0, http://www.playvid.com/watch/YQ2H2vLv-x6, http://www.playvid.com/watch/WVkmS8Uf6En, http://www.playvid.com/watch/SaAbuhS3-vJ, http://www.playvid.com/watch/yuHLohilRgT, http://www.playvid.com/watch/CXFpdgYySoL, http://www.playvid.com/watch/kKHkjDqrFqk, http://www.playvid.com/watch/6FnG5MzOKd7, http://www.playvid.com/watch/2TzySBS95Hf, http://www.playvid.com/watch/HUWFx8TwsFG, http://www.playvid.com/watch/EUqWWEgndjN, http://www.playvid.com/watch/oR3kpX6UqCd, http://www.playvid.com/watch/dTORUnECQRP, http://www.playvid.com/watch/maAf8OhAc4-, http://www.playvid.com/watch/JdZTdSDJnSd, http://www.playvid.com/watch/OT2Dubb0i3G, http://www.playvid.com/watch/8iWQWDA-94Q, http://www.playvid.com/watch/72sZa0xJFSk, http://www.playvid.com/watch/3xzEU5T3pv2, http://www.playvid.com/watch/KUVuWY4dfdM, http://www.playvid.com/watch/n2yj7pyV9Ec, http://www.playvid.com/watch/hYlUQIPgIQh, http://www.playvid.com/watch/8pU5p-dpb6o, http://www.playvid.com/watch/j-YZL2rOH3h, http://www.playvid.com/watch/EPnI05qCgQ6, http://www.playvid.com/watch/tjCN3-Y544c, http://www.playvid.com/watch/3a28K5DvMf7, http://www.playvid.com/watch/fBkQqTlsE80, http://www.playvid.com/watch/y-6vPUMuAn4, http://www.playvid.com/watch/yyV3bgoudo2, http://www.playvid.com/watch/ORHYsusqUjr, http://www.playvid.com/watch/JOpA7oxA4sa, http://www.playvid.com/watch/GVgkgn83xvI, http://www.playvid.com/watch/R30GAtJSR2B, http://www.playvid.com/watch/KvQzFfTrDEo, http://www.playvid.com/watch/qYSPXrgyTPd, http://www.playvid.com/watch/9HhXary8bzx, http://www.playvid.com/watch/f7SS77PadWI, http://www.playvid.com/watch/BfeUYHEDKAL, http://www.playvid.com/watch/N3lwVkWm6sm, http://www.playvid.com/watch/vDcVTxN0loZ, http://www.playvid.com/watch/EyjvCImP4oD, http://www.playvid.com/watch/MmegN235X40, http://www.playvid.com/watch/PBo8JLztsxv, http://www.playvid.com/watch/fWyWFs3iARs, http://www.playvid.com/watch/I0yAuyJmNc9, http://www.playvid.com/watch/vOynaMTfuar, http://www.playvid.com/watch/qKwYJgCJArx, http://www.playvid.com/watch/PY5Kntr8QG6, http://www.playvid.com/watch/hIW7KTNvOTR, http://www.playvid.com/watch/o3bos82UROE, http://www.playvid.com/watch/VKWrxvFQ0Tt, http://www.playvid.com/watch/kctvGCi6nEm, http://www.playvid.com/watch/mqFcua7opMM, http://www.playvid.com/watch/wPEGeMYOCyi, http://www.playvid.com/watch/tXt6jk94RT8, http://www.playvid.com/watch/MJv7AKqeBbd, http://www.playvid.com/watch/ZC2FUBmBpSE, http://www.playvid.com/watch/hNIRfeMPUct, http://www.playvid.com/watch/TYNFCJMLgLd, http://www.playvid.com/watch/3W9jNyOKWSG, http://www.playvid.com/watch/oRqeCij-HQa, http://www.playvid.com/watch/QI0bsQ6PBlo, http://www.playvid.com/watch/M0ROej0KhEO, http://www.playvid.com/watch/BV2Zp8WEq3W, http://www.playvid.com/watch/MKakHhnB0gm, http://www.playvid.com/watch/Ysfl2fC7JsT, http://www.playvid.com/watch/We3Xzm6ZQv4, http://www.playvid.com/watch/SCo6EpG74kM, http://www.playvid.com/watch/nI8PdMU2Bib, http://www.playvid.com/watch/zvldPBWh-Bp, http://www.playvid.com/watch/qpq0CJiAqOv, http://www.playvid.com/watch/ZulLzlNe6sE, http://www.playvid.com/watch/H4UN6zeh7DB, http://www.playvid.com/watch/yVZHUNRUgeD, http://www.playvid.com/watch/wMCOANFw5Vr, http://www.playvid.com/watch/h2qKoTCgZuC, http://www.playvid.com/watch/n-fqGitY9W6, http://www.playvid.com/watch/f7IOIwNptEX, http://www.playvid.com/watch/IYP5A8-4uRR, http://www.playvid.com/watch/uMal6yE84lG, http://www.playvid.com/watch/UmYAhD3tSJy, http://www.playvid.com/watch/MbA8tdQUNQt, http://www.playvid.com/watch/BY3CEtsIMSr, http://www.playvid.com/watch/F3VNjL5G0jj, http://www.playvid.com/watch/v3RAHTFlVMR, http://www.playvid.com/watch/8C5aVXxSAi7, http://www.playvid.com/watch/DVZCKjyiKxw, http://www.playvid.com/watch/nx7hsH3YihC, http://www.playvid.com/watch/vTMkkUOddwM, http://www.playvid.com/watch/MQvXmfrTfng, http://www.playvid.com/watch/SG4j8OTBB0R, http://www.playvid.com/watch/xbCGDsLMIOY, http://www.playvid.com/watch/xwIMHBjleND, http://www.playvid.com/watch/0Fm-FRzyv5g, http://www.playvid.com/watch/VwnFC0ObrWW, http://www.playvid.com/watch/OMpUgmEWp2s, http://www.playvid.com/watch/fRKKSk-6se0, http://www.playvid.com/watch/UeMm5Uwj5-x, http://www.playvid.com/watch/laRX2d6i3Na, http://www.playvid.com/watch/9vKx5LjtXoB, http://www.playvid.com/watch/w8iFtMPaWVA, http://www.playvid.com/watch/B3RKC-gpOzo, http://www.playvid.com/watch/ScPoUEZfgLZ, http://www.playvid.com/watch/cxCxRJJpS-K, http://www.playvid.com/watch/RSYwOgVQU05, http://www.playvid.com/watch/2r8rgktkXx8, http://www.playvid.com/watch/vDxfFe9-8O-, http://www.playvid.com/watch/JHqhCsnR6cA, http://www.playvid.com/watch/58TqsyLjKzT, http://www.playvid.com/watch/p5u88yPGlps, http://www.playvid.com/watch/L7BQpmBOMV9, http://www.playvid.com/watch/zOW75w2Vu7E, http://www.playvid.com/watch/Fs9iOqvd2wy, http://www.playvid.com/watch/dDJkWWJEKwB, http://www.playvid.com/watch/wg-P4Rh-uQg, http://www.playvid.com/watch/c8auWSg9khJ, http://www.playvid.com/watch/0Lru6xdqwfj, http://www.playvid.com/watch/X8SH9AFNGVO, http://www.playvid.com/watch/BXmNl5phwc4, http://www.playvid.com/watch/gX0m-QWuckN, http://www.playvid.com/watch/d5Pavacy3ey, http://www.playvid.com/watch/5YE9z-mdhCI, http://www.playvid.com/watch/OteYT5Jgwim, http://www.playvid.com/watch/Ihjw8Vd-Y8v, http://www.playvid.com/watch/QkN0ymCScdw, http://www.playvid.com/watch/h8BswgMnFhW, http://www.playvid.com/watch/0DVBnS4-WRO, http://www.playvid.com/watch/5-dMdfkqirX, http://www.playvid.com/watch/To0feXsRTIj, http://www.playvid.com/watch/BGR-S5iUxGs, http://www.playvid.com/watch/l35ELaKlmsf, http://www.playvid.com/watch/y9I-J4dzIFt, http://www.playvid.com/watch/pAhskvwGqoZ, http://www.playvid.com/watch/vY8CUETo2gt, http://www.playvid.com/watch/qQqQOxVQ4Oc, http://www.playvid.com/watch/b-QuOV6YThK, http://www.playvid.com/watch/Fgag2ImxlZU, http://www.playvid.com/watch/o96wuTRp54D, http://www.playvid.com/watch/HCmKzVh5UeE, http://www.playvid.com/watch/mT0r68Q0IgP, http://www.playvid.com/watch/7HECO6vchBs, http://www.playvid.com/watch/HmfjoCfwgYj, http://www.playvid.com/watch/37PxDkHKDVo, http://www.playvid.com/watch/qTaY0mxCn4f, http://www.playvid.com/watch/oBuzpabJRYO, http://www.playvid.com/watch/N9oRa0pbdra, http://www.playvid.com/watch/S38ng-SVhZ3, http://www.playvid.com/watch/I-UzEiiLPn5, http://www.playvid.com/watch/Kszk8JSvCWr, http://www.playvid.com/watch/D7erOFUeJAU, http://www.playvid.com/watch/7ZXR53OCd2P, http://www.playvid.com/watch/ZBXDGD67en2, http://www.playvid.com/watch/Rtvcl24QVza, http://www.playvid.com/watch/HDoPeFyetpq, http://www.playvid.com/watch/DWC29KBNUNe, http://www.playvid.com/watch/7zpAG9tG4na, http://www.playvid.com/watch/omMK5egISAm, http://www.playvid.com/watch/ZnElR9TyJcf, http://www.playvid.com/watch/c-3BNlFB6Aa, http://www.playvid.com/watch/nSzMwJpv660, http://www.playvid.com/watch/vX-WvrkN302, http://www.playvid.com/watch/5ipcNzNqoE7, http://www.playvid.com/watch/g0PKl4T0TW6, http://www.playvid.com/watch/BmPo5ZN4rJB, http://www.playvid.com/watch/L3Y9rpWQFkX, http://www.playvid.com/watch/waTZ3vn7vO2, http://www.playvid.com/watch/RLtZx6c9zgb, http://www.playvid.com/watch/dt0VPJUGPfX, http://www.playvid.com/watch/tTKa2LSwl9s, http://www.playvid.com/watch/ocy7BLEbEK9, http://www.playvid.com/watch/HjqfIN0s86p, http://www.playvid.com/watch/SCkYmDBmBH6, http://www.playvid.com/watch/MwBQAEszBQU, http://www.playvid.com/watch/B20SxahOr2-, http://www.playvid.com/watch/JmffbHzgQIW, http://www.playvid.com/watch/cedzKtaGnxy, http://www.playvid.com/watch/zFRdcoxPUXO, http://www.playvid.com/watch/fe3gsqVpeRB, http://www.playvid.com/watch/2nQSIjugT-Q, http://www.playvid.com/watch/h5-bd6JbuEr, http://www.playvid.com/watch/J25LItmvpCh, http://www.playvid.com/watch/gprNam4S2-c, http://www.playvid.com/watch/5K-42d5H6-2, http://www.playvid.com/watch/dM7SWzdEiDI, http://www.playvid.com/watch/hKc0Skx-wE9, http://www.playvid.com/watch/uK4wKRnC5sD, http://www.playvid.com/watch/kpT4mQ7ycp-, http://www.playvid.com/watch/E5EqBR5hP40, http://www.playvid.com/watch/N4k3JxnoBgZ, http://www.playvid.com/watch/wxlxyuHmltC, http://www.playvid.com/watch/CLqKJOlykip, http://www.playvid.com/watch/hCTzxK-wo9F, http://www.playvid.com/watch/jZyxLnYVlit, http://www.playvid.com/watch/J3QOovJzSVT, http://www.playvid.com/watch/loIU8W60oqE, http://www.playvid.com/watch/3Lj49Ayw3wP, http://www.playvid.com/watch/hDrTioSABI9, http://www.playvid.com/watch/9KCnKZrLYGp, http://www.playvid.com/watch/odNluYtqsvT, http://www.playvid.com/watch/Jn9RgU--IDq, http://www.playvid.com/watch/RTu0HAk8nGD, http://www.playvid.com/watch/ek5F47VXC7A

5.f. Date of third notice: 2013-07-25

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Taipei

5.b. Uploader's email address: alanikaho@hotmail.com

5.d. Uploader's profile: http://www.playvid.com/member/Taipei

5.e. List of videos posted by uploader: http://www.playvid.com/watch/YlAUPdWfKVM, http://www.playvid.com/watch/cxJ2jsBtr1K, http://www.playvid.com/watch/9NaBfm9TXhR, http://www.playvid.com/watch/iMj0UxVhReg, http://www.playvid.com/watch/nelzf_ccEDD, http://www.playvid.com/watch/8Qsa0rVQFp2, http://www.playvid.com/watch/EOzMEZ7cZDf, http://www.playvid.com/watch/2CjwzhvgHey, http://www.playvid.com/watch/9I8ZI4L5lqL, http://www.playvid.com/watch/D7pwcN_VBpI, http://www.playvid.com/watch/6dPWjlzYEMT, http://www.playvid.com/watch/y_9iM8dR2Vw, http://www.playvid.com/watch/42_8qDdTrvZ, http://www.playvid.com/watch/nBX-JF0RiSw, http://www.playvid.com/watch/V_e39g6BJzK, http://www.playvid.com/watch/jzG1DOfjt8j, http://www.playvid.com/watch/h3Te8lPkCYr, http://www.playvid.com/watch/jmCV7LJCtg3, http://www.playvid.com/watch/HcCqP1kVlis, http://www.playvid.com/watch/Gzhvk2kLaTF, http://www.playvid.com/watch/k8meBDfrUeF, http://www.playvid.com/watch/OrgE5GptAfw, http://www.playvid.com/watch/p1LljkDniOX, http://www.playvid.com/watch/ktACDE9-tik, http://www.playvid.com/watch/dJqZ7CXROof, http://www.playvid.com/watch/IfuvIU2ZLnK, http://www.playvid.com/watch/40bSuqEWz0e, http://www.playvid.com/watch/d_ch0xU7RAp, http://www.playvid.com/watch/I-uzoGbIsmU, http://www.playvid.com/watch/aOtpY-qo6rY, http://www.playvid.com/watch/AKCttaYC1m0, http://www.playvid.com/watch/ASwPGEs8Dyk, http://www.playvid.com/watch/WU1hrAZ6-jR, http://www.playvid.com/watch/jkTi-vJ_Pmd, http://www.playvid.com/watch/uqDR3Nozhnn, http://www.playvid.com/watch/LEV9Jpmwasu, http://www.playvid.com/watch/BLb4XeljefU, http://www.playvid.com/watch/nP4kusAeLPL, http://www.playvid.com/watch/GhIZIN7DxBp, http://www.playvid.com/watch/NNKqLuR14ZE, http://www.playvid.com/watch/I5C2lN3OzBF, http://www.playvid.com/watch/uwrfbK3Dlej, http://www.playvid.com/watch/9zhFrj6zhBJ, http://www.playvid.com/watch/W07h2Kwn7en,

http://www.playvid.com/watch/ZJn7SG33kcP, http://www.playvid.com/watch/elRHCvwMeIS, http://www.playvid.com/watch/OGT16lcgu-d, http://www.playvid.com/watch/kCW8yw8yOpU, http://www.playvid.com/watch/ymOdxf2PK_P, http://www.playvid.com/watch/7nrHwFV_grb, http://www.playvid.com/watch/KTs2eZUQxvC, http://www.playvid.com/watch/4Ag00oqzwKQ, http://www.playvid.com/watch/TRkSHt1K1oC, http://www.playvid.com/watch/PSitJXT-sVD, http://www.playvid.com/watch/llHGbyVe_Pa, http://www.playvid.com/watch/P3BpQbQK01m, http://www.playvid.com/watch/SkVI_QMI2ub, http://www.playvid.com/watch/AtnqpuhZRvT, http://www.playvid.com/watch/rZbAi_2GRHF, http://www.playvid.com/watch/poEbkMXZxhU, http://www.playvid.com/watch/DwHWg-4NKkZ, http://www.playvid.com/watch/bO8F1fhPNk5, http://www.playvid.com/watch/j-9cVnpcYjh, http://www.playvid.com/watch/j2x2sG02clD, http://www.playvid.com/watch/W6EzkBfbdzR, http://www.playvid.com/watch/3N1drZ2G-yW, http://www.playvid.com/watch/0d2SpT21RlO, http://www.playvid.com/watch/5k0OK22CErf, http://www.playvid.com/watch/ajjMwW307Rb, http://www.playvid.com/watch/oAcccBA0tHo, http://www.playvid.com/watch/bOvAWQHrV7z, http://www.playvid.com/watch/f0CSS903U66, http://www.playvid.com/watch/ZZh4PxdSrfT, http://www.playvid.com/watch/yivPWj_zhUe, http://www.playvid.com/watch/0uaQkHQJu3W, http://www.playvid.com/watch/teZqR5PPsb4, http://www.playvid.com/watch/a9Vq1sT6VgT, http://www.playvid.com/watch/eNR9PUTCbIM, http://www.playvid.com/watch/Z_2RQcwdxbV, http://www.playvid.com/watch/pA-DKn3JQoo, http://www.playvid.com/watch/cTUldO5T7nb, http://www.playvid.com/watch/2Wc26sVPnUq, http://www.playvid.com/watch/eiaaFUYyTgK, http://www.playvid.com/watch/qSVIAZeKxZP, http://www.playvid.com/watch/WBnoMh2pPbJ, http://www.playvid.com/watch/UKNaXscTk-W, http://www.playvid.com/watch/wuxXI4ZekaY, http://www.playvid.com/watch/PddFiNs091B, http://www.playvid.com/watch/t3gAch7XanQ, http://www.playvid.com/watch/EE2ia62G5gS, http://www.playvid.com/watch/SOrekckk7YS, http://www.playvid.com/watch/GjGV3z1oj7U, http://www.playvid.com/watch/dHZKHLBkiSu, http://www.playvid.com/watch/Yud-CQIIcqP, http://www.playvid.com/watch/Q4Gd5YzwXOl, http://www.playvid.com/watch/VZVI1ZGP6BY, http://www.playvid.com/watch/rLOVVVQqzUW, http://www.playvid.com/watch/YQOaVXI66XI, http://www.playvid.com/watch/S78UfRansnv, http://www.playvid.com/watch/3aVSNf06HXu, http://www.playvid.com/watch/ar-c4dGTDYj, http://www.playvid.com/watch/JZV3j3JqK2o, http://www.playvid.com/watch/mfw0POtPlol, http://www.playvid.com/watch/a2GZbNLZM19, http://www.playvid.com/watch/p5ozBbs3v3x, http://www.playvid.com/watch/GYo-K70TFfV, http://www.playvid.com/watch/yEhgIMBBr54, http://www.playvid.com/watch/AGujCIlCp_I, http://www.playvid.com/watch/OhLgQQUwUgB, http://www.playvid.com/watch/PQ0p7yfk6ks, http://www.playvid.com/watch/I7DzXFKp8iL, http://www.playvid.com/watch/aN31czUHf6t, http://www.playvid.com/watch/BYkDUaxagVV, http://www.playvid.com/watch/C7mR03NiO3A, http://www.playvid.com/watch/vzlhT4lVTki, http://www.playvid.com/watch/S1yuucRoSDp, http://www.playvid.com/watch/SkYs7T939SQ, http://www.playvid.com/watch/GaRO5u3cP0E, http://www.playvid.com/watch/9feFeP-RMUI, http://www.playvid.com/watch/4DvuY5mFnay, http://www.playvid.com/watch/ne6nTTIC1Bu, http://www.playvid.com/watch/XgPmceffF2S, http://www.playvid.com/watch/YYnuuDgmDLO, http://www.playvid.com/watch/zCRZoQrhnQP, http://www.playvid.com/watch/ZHwTh-tj96t, http://www.playvid.com/watch/OETtsnicPVJ, http://www.playvid.com/watch/bm9GhwoQF5z, http://www.playvid.com/watch/5kxRgeiWsSV, http://www.playvid.com/watch/S8K_x4MF-HM, http://www.playvid.com/watch/4V6xefHdFK7, http://www.playvid.com/watch/sXY4BTWgV24, http://www.playvid.com/watch/IJJO5plhb1H, http://www.playvid.com/watch/G7jIcHsRTYE, http://www.playvid.com/watch/jq9OfJsVK6a, http://www.playvid.com/watch/OKrkovP3Az9, http://www.playvid.com/watch/ERXLjorysC9, http://www.playvid.com/watch/77lOOulXr3J, http://www.playvid.com/watch/Q8qqyM7x71g, http://www.playvid.com/watch/qlp4x-_SL7o, http://www.playvid.com/watch/KYqV2iIRfCA, http://www.playvid.com/watch/2wtUT8RtIQe, http://www.playvid.com/watch/2FhWxWsh7kA, http://www.playvid.com/watch/nzGKhNJAXHt, http://www.playvid.com/watch/p94plFtMn9N, http://www.playvid.com/watch/S-zks1ARZzY, http://www.playvid.com/watch/nglTNJf3jcn, http://www.playvid.com/watch/RW8R7zSzxbU, http://www.playvid.com/watch/wfUkc3WzLlP, http://www.playvid.com/watch/ldHRNsfbK1v, http://www.playvid.com/watch/xbEpEG68fsz, http://www.playvid.com/watch/W0c4AU3Rma3, http://www.playvid.com/watch/Rwx4KWAsfUS, http://www.playvid.com/watch/kZp8fKrYfjq, http://www.playvid.com/watch/EzwqZuLKB64, http://www.playvid.com/watch/iuqg92vrHQ8, http://www.playvid.com/watch/xgwhtWRxLfA, http://www.playvid.com/watch/J4zhgUdnuku, http://www.playvid.com/watch/2GNKF-nUwjB, http://www.playvid.com/watch/d7NsEy8XXdO, http://www.playvid.com/watch/0v8PFPsV18O, http://www.playvid.com/watch/gM7P_Hhoxvl, http://www.playvid.com/watch/gNHKOsBZ0uF, http://www.playvid.com/watch/5DHgdF9kqNh, http://www.playvid.com/watch/ozq9i_k06SC, http://www.playvid.com/watch/trn5lomLBLK, http://www.playvid.com/watch/ZGNlzreKCIf, http://www.playvid.com/watch/EYMZM18hnrV, http://www.playvid.com/watch/CuHkk7xQ1m2, http://www.playvid.com/watch/Ce5h8WxRdqG, http://www.playvid.com/watch/WA0QfbQ9mqC, http://www.playvid.com/watch/pupZcDbVftC, http://www.playvid.com/watch/3-zqLESQSws, http://www.playvid.com/watch/XKYxaTsLGWx, http://www.playvid.com/watch/aBAEsge1BZ0, http://www.playvid.com/watch/fluGO5iVzQt, http://www.playvid.com/watch/0A2zf7s5ujW, http://www.playvid.com/watch/FPvr8bdg2rf, http://www.playvid.com/watch/GU9AHtOnAFB, http://www.playvid.com/watch/9vSCGnwvTFc, http://www.playvid.com/watch/BE1d91KMqaK, http://www.playvid.com/watch/uDEmm5YX4nM, http://www.playvid.com/watch/6cAtwEBohLr, http://www.playvid.com/watch/WH_PmiTartL, http://www.playvid.com/watch/i4Pf--sNCgK, http://www.playvid.com/watch/eMds31Yng9j, http://www.playvid.com/watch/sWbFaFYVU9N, http://www.playvid.com/watch/T-xJ6wBthrO, http://www.playvid.com/watch/kzlvCk0me3m, http://www.playvid.com/watch/N35FdeVCoIs, http://www.playvid.com/watch/bLxsM_bSHJm, http://www.playvid.com/watch/QEG1vZnt3LV, http://www.playvid.com/watch/sQZuWs1gre3, http://www.playvid.com/watch/R6UpGa_ULtD, http://www.playvid.com/watch/L_kV2_yPntk, http://www.playvid.com/watch/VYri8TlufrF, http://www.playvid.com/watch/dhd5xZ7S5Rn, http://www.playvid.com/watch/vu1zZYKeASz, http://www.playvid.com/watch/k9ZsG0sNGhu, http://www.playvid.com/watch/kFMfoclDEeP, http://www.playvid.com/watch/vfDu--afAyE, http://www.playvid.com/watch/26z8_iymRRA, http://www.playvid.com/watch/7bGpm5rI1XZ, http://www.playvid.com/watch/QUaXiD-38EC, http://www.playvid.com/watch/Oo71wKnYZmJ, http://www.playvid.com/watch/VYo4tR9hpuz, http://www.playvid.com/watch/KXJzqIg_NXI, http://www.playvid.com/watch/fuOFzxQuxjo, http://www.playvid.com/watch/si2mfeGtTxz, http://www.playvid.com/watch/YAPAqSCZ9Xg, http://www.playvid.com/watch/pOC_CkyuOKW, http://www.playvid.com/watch/XssXU46C9TM, http://www.playvid.com/watch/K4caAwOOWhf, http://www.playvid.com/watch/iJ5SYKIkPfs, http://www.playvid.com/watch/tjrxO2v9FCp, http://www.playvid.com/watch/pa-w2qCMelt, http://www.playvid.com/watch/pegKlog-z0v, http://www.playvid.com/watch/dKH6J5KTuiF, http://www.playvid.com/watch/W3CVxHvEOe4, http://www.playvid.com/watch/9qoFJpx7E55, http://www.playvid.com/watch/iDCJOMTt7Lb, http://www.playvid.com/watch/Cg2tDb3g58m, http://www.playvid.com/watch/qlSWrbqprU4, http://www.playvid.com/watch/Dm6XP59Gzz9, http://www.playvid.com/watch/NluDVXJbwFb, http://www.playvid.com/watch/7v357c0JrmH, http://www.playvid.com/watch/zWlrG9jJrOh, http://www.playvid.com/watch/t7VeyuTtJpG, http://www.playvid.com/watch/lgpNeVkvirc, http://www.playvid.com/watch/Ojdh-8MCIdP, http://www.playvid.com/watch/oCWFHuf2FgX, http://www.playvid.com/watch/rKQWJ8TA5Kt, http://www.playvid.com/watch/wLRwe0fC8DL, http://www.playvid.com/watch/8jz2bwgkiRk, http://www.playvid.com/watch/y7ZJjKavAR9, http://www.playvid.com/watch/ofJDjoWpEMN, http://www.playvid.com/watch/qYg_Bqkak-R, http://www.playvid.com/watch/MEqDP-J3ywg, http://www.playvid.com/watch/O_2Yo-IcpEW, http://www.playvid.com/watch/hry_PBVoan6, http://www.playvid.com/watch/Cig7xYKBown, http://www.playvid.com/watch/eYWBgVjaEsu, http://www.playvid.com/watch/erQH5iRUY3t, http://www.playvid.com/watch/99Xmkc87GxD, http://www.playvid.com/watch/HkYDTA2dhwv, http://www.playvid.com/watch/RNpdRdiiaMT, http://www.playvid.com/watch/QQsteH3NS_w, http://www.playvid.com/watch/szxXJEukU1z, http://www.playvid.com/watch/uDRUYmdWT_T, http://www.playvid.com/watch/nSCF5xOtmCt, http://www.playvid.com/watch/SR3T0bJRFh7, http://www.playvid.com/watch/Ulc_HPOnwys, http://www.playvid.com/watch/gz4ekB4wsRQ, http://www.playvid.com/watch/AWRqfJL1I5f, http://www.playvid.com/watch/Y1Aj2M5ES9q, http://www.playvid.com/watch/Y2Ygh5AkfT3, http://www.playvid.com/watch/LqEEwHRLU4S, http://www.playvid.com/watch/SbOeiYmZ_vo, http://www.playvid.com/watch/3nD8uZs-YSm, http://www.playvid.com/watch/oYmX8zwuhb5, http://www.playvid.com/watch/F-y75D4HYma, http://www.playvid.com/watch/HFYMJ5k9JG4, http://www.playvid.com/watch/XwGSaMy_itL, http://www.playvid.com/watch/knwAnJwOFcV, http://www.playvid.com/watch/j0JxyIo3ufx, http://www.playvid.com/watch/MkxHHPmnXCB, http://www.playvid.com/watch/4Ek67ML1WcA, http://www.playvid.com/watch/WjOLepx5nhA, http://www.playvid.com/watch/OdhUhdtac-W, http://www.playvid.com/watch/iNpYjGhjaOo, http://www.playvid.com/watch/30533SL-7uJ, http://www.playvid.com/watch/jgyOhkE6xa5, http://www.playvid.com/watch/lT1J-1p9tXA, http://www.playvid.com/watch/bQF2PPrKMXc, http://www.playvid.com/watch/DaaFFs1bE3a, http://www.playvid.com/watch/6VVpfU3vswU, http://www.playvid.com/watch/C8B40XuUn4u, http://www.playvid.com/watch/k-jviQ1u6xJ, http://www.playvid.com/watch/3hV5kCCOz0D, http://www.playvid.com/watch/a6-LWWOm2Ry, http://www.playvid.com/watch/0mZ2-FdswdT, http://www.playvid.com/watch/WzGiOTNbxDe, http://www.playvid.com/watch/dm2w1-4ihPW, http://www.playvid.com/watch/hR1vN6xe0_R, http://www.playvid.com/watch/eph2svJ6Ohx, http://www.playvid.com/watch/Deo13Gcjphw, http://www.playvid.com/watch/mf2RIRrtFVB, http://www.playvid.com/watch/O6bwJwfxwrY, http://www.playvid.com/watch/e7fndC-4cW9, http://www.playvid.com/watch/f5KyE-6FZTt, http://www.playvid.com/watch/8rG2grk1Edk, http://www.playvid.com/watch/HvO3p-CJrE3, http://www.playvid.com/watch/eIohF_cJB4E, http://www.playvid.com/watch/23APKyzsrP5, http://www.playvid.com/watch/uS8O6MCe7zw, http://www.playvid.com/watch/gf_CumGj_eI, http://www.playvid.com/watch/mad1zSu2RCd, http://www.playvid.com/watch/0ZH69ipsNNa, http://www.playvid.com/watch/sFoP3H7bLdV, http://www.playvid.com/watch/3AI43gkw-RL, http://www.playvid.com/watch/00MldBx20Im, http://www.playvid.com/watch/VKsswutAybt, http://www.playvid.com/watch/vbvINXw2sT6, http://www.playvid.com/watch/syKC8DWcYY3, http://www.playvid.com/watch/W_dKLpcG3e0, http://www.playvid.com/watch/OtovEFJWSKp, http://www.playvid.com/watch/Wd_u6BRwGNJ, http://www.playvid.com/watch/Zfu-tAqM18c, http://www.playvid.com/watch/0w4nc2KD5o0, http://www.playvid.com/watch/OnPau4q2cgK, http://www.playvid.com/watch/jJz5TU1fKTA, http://www.playvid.com/watch/qRbYs5Wbotc, http://www.playvid.com/watch/ISfIb9y7mg7, http://www.playvid.com/watch/p5BOXa_6C8C, http://www.playvid.com/watch/DdobAZl6WqL, http://www.playvid.com/watch/ZWXnIWnkgb3

5.f. Date of third notice: 2014-04-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tango80
5.b. Uploader's email address: andycoop@mail.com

5.d. Uploader's profile: http://www.playvid.com/member/tango80
5.e. List of videos posted by uploader: http://www.playvid.com/watch/gLM3RLeHJKA, http://www.playvid.com/watch/JPktXVY8YdH, http://www.playvid.com/watch/8dPA4abtTYz, http://www.playvid.com/watch/C542n6hLV-Z, http://www.playvid.com/watch/dNN90WDBzsF, http://www.playvid.com/watch/TGXc5Lyeiyb, http://www.playvid.com/watch/ahD7dAMZLu9, http://www.playvid.com/watch/L3VKO6spRkL, http://www.playvid.com/watch/mRtWvBYpdVH, http://www.playvid.com/watch/j326d6klBpx, http://www.playvid.com/watch/8pjOmVMQggg, http://www.playvid.com/watch/y4dxxI-Luiz, http://www.playvid.com/watch/XiEk6oCheO8, http://www.playvid.com/watch/XzWhOUeYczl, http://www.playvid.com/watch/-phD50gJhqv, http://www.playvid.com/watch/VUVjqrvVp9y, http://www.playvid.com/watch/wVDnP0tXZJN, http://www.playvid.com/watch/uwphadwcLR9, http://www.playvid.com/watch/cP44I3odj4C, http://www.playvid.com/watch/D6pDfxG0I7E, http://www.playvid.com/watch/DcV6Sc3gCPz, http://www.playvid.com/watch/Cbqpn6AjKD7, http://www.playvid.com/watch/vbDiMAmZAyo, http://www.playvid.com/watch/o5HEgOGbTRg, http://www.playvid.com/watch/lflGKJqS2VZ, http://www.playvid.com/watch/sglblXdnOA9, http://www.playvid.com/watch/VPYJUl6Zx0o, http://www.playvid.com/watch/4XRw9ywYDha, http://www.playvid.com/watch/ya7QLIwIgVC, http://www.playvid.com/watch/4OWSeKuYqCG, http://www.playvid.com/watch/4dGw3b6n6S7, http://www.playvid.com/watch/BoDE4gg9IAi, http://www.playvid.com/watch/KrzfjX-ckwE, http://www.playvid.com/watch/o0xzUqQr4Jt, http://www.playvid.com/watch/isWTpe8Po-z, http://www.playvid.com/watch/P7QoSqTxl99, http://www.playvid.com/watch/hqe6vp299DC, http://www.playvid.com/watch/AQMW2BUEQWH, http://www.playvid.com/watch/jF6zcMTtCGG, http://www.playvid.com/watch/r2GUDSRKFGT, http://www.playvid.com/watch/WnpJDepJKub, http://www.playvid.com/watch/qYWi6z-nadn, http://www.playvid.com/watch/WaRXJjMANXu, http://www.playvid.com/watch/YVWkaDwyc6W, http://www.playvid.com/watch/W8JUokO65Ys, http://www.playvid.com/watch/vvRnnfasDWc, http://www.playvid.com/watch/yurtoDo9uLv, http://www.playvid.com/watch/nTL2DEeG4Si, http://www.playvid.com/watch/Guiu2QoU3GL, http://www.playvid.com/watch/BliPRMj48uh, http://www.playvid.com/watch/hDEKEMmU0MI, http://www.playvid.com/watch/Jjkrbf3AZyP, http://www.playvid.com/watch/Y-sKfn-hPRl, http://www.playvid.com/watch/0QIT-98H3tD, http://www.playvid.com/watch/2TShStBalm4, http://www.playvid.com/watch/-NLQqRnT5Ff, http://www.playvid.com/watch/GQ3zB8WVHo7, http://www.playvid.com/watch/TDL7flJVjnl, http://www.playvid.com/watch/oWrwI8W9l9i, http://www.playvid.com/watch/GKYMZ9xE68G, http://www.playvid.com/watch/ABvBaoAoYEp, http://www.playvid.com/watch/SyppAx4JeQq, http://www.playvid.com/watch/V-JT2DU4h20, http://www.playvid.com/watch/BPkUpRuhkkN, http://www.playvid.com/watch/mSjkDEnXIcB
5.f. Date of third notice: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tashka
5.b. Uploader's email address: ashanmamed@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/tashka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/K78a90_PeCL, http://www.playvid.com/watch/jsQQP3yW4j9, http://www.playvid.com/watch/F-fQeo5kL5I, http://www.playvid.com/watch/EgXEJDKMX7u, http://www.playvid.com/watch/a12xpofTx8O, http://www.playvid.com/watch/brEmVzo8j_J, http://www.playvid.com/watch/nJSBnWDDwdu, http://www.playvid.com/watch/TAniZAj1r6h, http://www.playvid.com/watch/zWrAnScjoiJ, http://www.playvid.com/watch/ukTQMMJV-aU, http://www.playvid.com/watch/tcZ5TNHIGVm, http://www.playvid.com/watch/RIq_RPr7quA, http://www.playvid.com/watch/RrIkZT6rYfl, http://www.playvid.com/watch/usn1L7gmpAj, http://www.playvid.com/watch/dBdZtmZVG1D, http://www.playvid.com/watch/MKKcGoR42e3, http://www.playvid.com/watch/hWYBbBXJpNf, http://www.playvid.com/watch/ec1xtQZoNJw, http://www.playvid.com/watch/EooJ6DBcLhl, http://www.playvid.com/watch/wG8O5v0VnHE, http://www.playvid.com/watch/BRG0IT77zEM, http://www.playvid.com/watch/wVlMXSexzYN, http://www.playvid.com/watch/LQLwcXePLAc, http://www.playvid.com/watch/4AyY8v3ZCZB, http://www.playvid.com/watch/h6ZRWwJ9DzL, http://www.playvid.com/watch/9vdUEfq6tyt, http://www.playvid.com/watch/VAykSCy1oOa, http://www.playvid.com/watch/Dmd8iuIidAb, http://www.playvid.com/watch/8NePQpFqFij, http://www.playvid.com/watch/pQNnKT3t0Sl, http://www.playvid.com/watch/CLsruYgZ2Qm, http://www.playvid.com/watch/dF78Faju3R5, http://www.playvid.com/watch/iMxx3jaBho5, http://www.playvid.com/watch/cH7F3taYW5i, http://www.playvid.com/watch/Dp4q3WCtMp5, http://www.playvid.com/watch/nRFinmfxS5S, http://www.playvid.com/watch/HYRtpjPtEZf, http://www.playvid.com/watch/qFPrL2_dL6w, http://www.playvid.com/watch/SvBqP4X3hhQ, http://www.playvid.com/watch/wMJjhvIamGB, http://www.playvid.com/watch/ialqje_Y56x, http://www.playvid.com/watch/qBDTw89RT7R, http://www.playvid.com/watch/N1Fsmk0ji8k, http://www.playvid.com/watch/SOp-ef5bGlM, http://www.playvid.com/watch/SXi8Aibadcn, http://www.playvid.com/watch/cLnP27BBRg0, http://www.playvid.com/watch/5TlBZtOscm4, http://www.playvid.com/watch/zf_BtrWNoWb, http://www.playvid.com/watch/b-S3UmXVMNp, http://www.playvid.com/watch/GY0uwoJkdiO, http://www.playvid.com/watch/gVBYBEiP7Zu, http://www.playvid.com/watch/Z-pH59NQYDp, http://www.playvid.com/watch/yl6hWp9dlPI, http://www.playvid.com/watch/0_R2M_NJsrE, http://www.playvid.com/watch/uqCjOINkl8R, http://www.playvid.com/watch/Wud1-KATVfR, http://www.playvid.com/watch/gnLTce7UJfe, http://www.playvid.com/watch/FGF42e5V5Jh, http://www.playvid.com/watch/ZMGRW4mCjC9, http://www.playvid.com/watch/hIk-ON22fN7, http://www.playvid.com/watch/VBM5SMs2OR0, http://www.playvid.com/watch/wQ39JCQnfYe, http://www.playvid.com/watch/UZa6hycUfZO, http://www.playvid.com/watch/SII6-hf7Hug, http://www.playvid.com/watch/tRfv_-ZluCE, http://www.playvid.com/watch/jZWsDMCDnbL, http://www.playvid.com/watch/JAbsTVFn6E2, http://www.playvid.com/watch/kZ33zT82UaS, http://www.playvid.com/watch/hRmmAmn5e6b, http://www.playvid.com/watch/XEsJRg_3njF, http://www.playvid.com/watch/2zjjyAGBcDy, http://www.playvid.com/watch/I68t59etT6h, http://www.playvid.com/watch/zQJw73XtViy, http://www.playvid.com/watch/ugwDkXEyqaS, http://www.playvid.com/watch/3Yj9SOop8Vn, http://www.playvid.com/watch/WpVi7atg26V, http://www.playvid.com/watch/6hzp3JL6NC3, http://www.playvid.com/watch/2MXOlzv7oHP, http://www.playvid.com/watch/iR3K-jvMygM, http://www.playvid.com/watch/ujx-woV2Q3k, http://www.playvid.com/watch/zjzA5y1q4v5, http://www.playvid.com/watch/ij3Kqs_PQGV, http://www.playvid.com/watch/JpVcN_fQ2lP, http://www.playvid.com/watch/QivLg9q5AGp, http://www.playvid.com/watch/ldD-8o-In08, http://www.playvid.com/watch/71Rg_OqgvaL, http://www.playvid.com/watch/92Q5MKDUYHV, http://www.playvid.com/watch/yvext3WE4AZ, http://www.playvid.com/watch/pTM-whD1ogE, http://www.playvid.com/watch/7yciiMKscVr, http://www.playvid.com/watch/xxWHHAskr6t, http://www.playvid.com/watch/DsAvc2PPgKa, http://www.playvid.com/watch/yfb8Gi2svE0, http://www.playvid.com/watch/beIfe5e44Ks, http://www.playvid.com/watch/pXiCxoZPGGo, http://www.playvid.com/watch/zhmlAPY3ha3, http://www.playvid.com/watch/Ribp-WEN3nN, http://www.playvid.com/watch/elngts7CJM3, http://www.playvid.com/watch/LfXwkFd0Vvi, http://www.playvid.com/watch/TyqkSVjUZkY, http://www.playvid.com/watch/ZERB8YUqJKT, http://www.playvid.com/watch/Y69NbsdwlRL, http://www.playvid.com/watch/r0lW629lMlO, http://www.playvid.com/watch/ZD9nHZnWxxl, http://www.playvid.com/watch/6XZ0DV6lNO4, http://www.playvid.com/watch/ZCEsuWuGMsU, http://www.playvid.com/watch/hPfBV7vHCef, http://www.playvid.com/watch/Jd7tZtrX1e8, http://www.playvid.com/watch/3kX5wswbYFG, http://www.playvid.com/watch/hVq7WPyyHU4, http://www.playvid.com/watch/NpFHGRiHFYi, http://www.playvid.com/watch/buY21kFWF_0, http://www.playvid.com/watch/XpEAFEAmUUr, http://www.playvid.com/watch/3_tNGkUWa9x, http://www.playvid.com/watch/eUUK_inGRWU, http://www.playvid.com/watch/VBigZOiOEL9, http://www.playvid.com/watch/J7Yx1yUxVYT, http://www.playvid.com/watch/v98hEiNHBhV, http://www.playvid.com/watch/H6j4RDysWjw, http://www.playvid.com/watch/EkNeY1IPRzX, http://www.playvid.com/watch/rizj3eCWwAH, http://www.playvid.com/watch/gx_NwqQYIof, http://www.playvid.com/watch/HdjO_lF1wTs, http://www.playvid.com/watch/Ix62NXz6qKl, http://www.playvid.com/watch/bSYPVNEY_tM, http://www.playvid.com/watch/BQXBLg2wBup, http://www.playvid.com/watch/lzt4JShYnUc, http://www.playvid.com/watch/TUswrXcefRg, http://www.playvid.com/watch/N4JFITU5Dka, http://www.playvid.com/watch/iEQe7eAoENg, http://www.playvid.com/watch/GCZFoHWGf1p, http://www.playvid.com/watch/KWl3AffEG30, http://www.playvid.com/watch/bnhKxkktdi6, http://www.playvid.com/watch/PTanyGA1HyJ, http://www.playvid.com/watch/NkHVkbVpc_a, http://www.playvid.com/watch/BQogk09KE-e, http://www.playvid.com/watch/Uesqy1Cy6sy, http://www.playvid.com/watch/Yn8uVno0VvZ, http://www.playvid.com/watch/6R3gm9IC3g3, http://www.playvid.com/watch/yRM0BAGhBKL, http://www.playvid.com/watch/bHzXuARj08a, http://www.playvid.com/watch/eku1U__9APq, http://www.playvid.com/watch/U2Fh3Au9rTE, http://www.playvid.com/watch/U5Hx54FwTTB, http://www.playvid.com/watch/f_I03UUoROM, http://www.playvid.com/watch/LDLsWupW5oH, http://www.playvid.com/watch/24jD0pPdQZq, http://www.playvid.com/watch/JvxjMPhpuOb, http://www.playvid.com/watch/COlEH5RVhtR, http://www.playvid.com/watch/Y3AkWk_NwlN, http://www.playvid.com/watch/vWhLB37KubO, http://www.playvid.com/watch/zgtCNEfNE9j, http://www.playvid.com/watch/yyG3BTaeCng, http://www.playvid.com/watch/8Uow8PZfJGl, http://www.playvid.com/watch/07huLojtQPb, http://www.playvid.com/watch/uEmnR1HDi2U, http://www.playvid.com/watch/UBnFSw1kXWY, http://www.playvid.com/watch/YZMcZdvNUVX, http://www.playvid.com/watch/tx9Un5QDPFx, http://www.playvid.com/watch/z5Ho_Sz4OwJ, http://www.playvid.com/watch/fU3Nk8Tnt_N, http://www.playvid.com/watch/BqZIQERCxSW, http://www.playvid.com/watch/7fAeqxXbZba, http://www.playvid.com/watch/KuveUIZD0qi, http://www.playvid.com/watch/WV_atjTTNQA, http://www.playvid.com/watch/DSeR2LmuAVs, http://www.playvid.com/watch/pxbH6Lqet6e, http://www.playvid.com/watch/TpQD9oBfC7V, http://www.playvid.com/watch/eldzCmU0Lar, http://www.playvid.com/watch/ELPpZ9KO_9E, http://www.playvid.com/watch/oi4grup95lv, http://www.playvid.com/watch/fqnO2PPCqlQ, http://www.playvid.com/watch/ElKhBrqE7z2, http://www.playvid.com/watch/Aig-PrgTDTK, http://www.playvid.com/watch/eJNUp4B75qR, http://www.playvid.com/watch/pLSwmltwPQY, http://www.playvid.com/watch/ihKYM8MYdfJ, http://www.playvid.com/watch/eT44_YvMZW7, http://www.playvid.com/watch/y8ohRDYtfdj, http://www.playvid.com/watch/CQzmznW0I0D, http://www.playvid.com/watch/I83oXsCjSBl, http://www.playvid.com/watch/xp7w7MPh6xS, http://www.playvid.com/watch/LkR-jvlTh73, http://www.playvid.com/watch/0iv7I73J1Ht, http://www.playvid.com/watch/tmyzwv59HB0, http://www.playvid.com/watch/J8uTsbAnz6G, http://www.playvid.com/watch/aUZWhH5DI00, http://www.playvid.com/watch/d6YMiRBV5zr, http://www.playvid.com/watch/44S7_QalXDz, http://www.playvid.com/watch/Oeg6o0QTb4W, http://www.playvid.com/watch/4kjbGu2jH3T, http://www.playvid.com/watch/SAtbtIsAMUL, http://www.playvid.com/watch/IeBLZufi4FJ, http://www.playvid.com/watch/IuScrP-szBA, http://www.playvid.com/watch/5mfF_du-Jiw, http://www.playvid.com/watch/loDwps21C78, http://www.playvid.com/watch/M4nbpDhhpfe, http://www.playvid.com/watch/fut8oy3DByB, http://www.playvid.com/watch/IKd8lHBURNw, http://www.playvid.com/watch/J797ema7Qkr,

http://www.playvid.com/watch/kJz9FUcBJ6c, http://www.playvid.com/watch/eWy3KivgGVg, http://www.playvid.com/watch/Xq0cOe9GgRN,
http://www.playvid.com/watch/e4p2Wl7jHdu, http://www.playvid.com/watch/dj-Y1awIchm, http://www.playvid.com/watch/ed91KniD-xt,
http://www.playvid.com/watch/JbB_ZtwhZeS, http://www.playvid.com/watch/qIbbLEWxunZ, http://www.playvid.com/watch/BQaCBBW1GB2,
http://www.playvid.com/watch/3MA36cOASqS, http://www.playvid.com/watch/n29lFtbxgPW, http://www.playvid.com/watch/3r2jix_ti4W,
http://www.playvid.com/watch/dv8fVhtO4LT, http://www.playvid.com/watch/OKFLHzDMVVc, http://www.playvid.com/watch/RfyM83py9Vn,
http://www.playvid.com/watch/Idk2XOWIv3E, http://www.playvid.com/watch/VYDClg9qg8E, http://www.playvid.com/watch/j5RVEGf-pGR,
http://www.playvid.com/watch/n6M8_jL7mMD, http://www.playvid.com/watch/mTsJ_MYUFbs, http://www.playvid.com/watch/7LZsGbcVV5S,
http://www.playvid.com/watch/EctXOrgvR58, http://www.playvid.com/watch/CLus4MpNfbI, http://www.playvid.com/watch/JXyGUmMl4Il,
http://www.playvid.com/watch/DlGVaJxfH4l, http://www.playvid.com/watch/T3esR7sBqYK, http://www.playvid.com/watch/K11wwc_LizM,
http://www.playvid.com/watch/HdsajPt6iJL, http://www.playvid.com/watch/GVmU1T5f15F, http://www.playvid.com/watch/x4p9LHgjttO,
http://www.playvid.com/watch/l5-p7i8T-ZV, http://www.playvid.com/watch/tB1uh3nrEEP, http://www.playvid.com/watch/JArot8rPuhr,
http://www.playvid.com/watch/aB_7gU-YOn9, http://www.playvid.com/watch/9fz4L_5EScR, http://www.playvid.com/watch/FsPtljPFFtc,
http://www.playvid.com/watch/NNH4ICz27FE, http://www.playvid.com/watch/CZwNpZ2rJNT, http://www.playvid.com/watch/LGuLgguMiNO,
http://www.playvid.com/watch/5Jwh8ORhlE9, http://www.playvid.com/watch/ZgouYAwHWOd, http://www.playvid.com/watch/61CTOguFpzQ,
http://www.playvid.com/watch/g7_LPRRIVZF, http://www.playvid.com/watch/dtyhcYXbOaz, http://www.playvid.com/watch/2mZu3LDEDJ7,
http://www.playvid.com/watch/hFr5-KL669G, http://www.playvid.com/watch/6byUhUIoCrB, http://www.playvid.com/watch/S0pul2FEeJF,
http://www.playvid.com/watch/oso7ru01W8u, http://www.playvid.com/watch/20mRWYpYpL6, http://www.playvid.com/watch/o02xr8fZ99S,
http://www.playvid.com/watch/fN7zV0mEwXY, http://www.playvid.com/watch/ijijQDaZ_4I, http://www.playvid.com/watch/9cInYd58b_C,
http://www.playvid.com/watch/B_U7D66uqn4, http://www.playvid.com/watch/LWJuA1KzlWa, http://www.playvid.com/watch/DpA7X1ebIj3,
http://www.playvid.com/watch/suV6FcSPMwG, http://www.playvid.com/watch/Q8434Z5PQQd, http://www.playvid.com/watch/alQkGHfdBxi,
http://www.playvid.com/watch/Y5W0OAnMoAh, http://www.playvid.com/watch/SORlMEE9Mrb, http://www.playvid.com/watch/JbKM9g_ZzQl,
http://www.playvid.com/watch/ZtT12aaWkfq, http://www.playvid.com/watch/QvEpI-61D1H, http://www.playvid.com/watch/o4gKnwVj00X,
http://www.playvid.com/watch/PrJTnNVxBNj, http://www.playvid.com/watch/hRe7vbrhPw2, http://www.playvid.com/watch/Y6oe-BmYRsg,
http://www.playvid.com/watch/5isE44PA57j, http://www.playvid.com/watch/7ox_78lltFJ, http://www.playvid.com/watch/E9_xcscmhlG,
http://www.playvid.com/watch/0rXTCiRHv3n, http://www.playvid.com/watch/kg87FwfQ9SP, http://www.playvid.com/watch/6vKzEmkeo0O,
http://www.playvid.com/watch/XmPdz908Y-W, http://www.playvid.com/watch/kGSBhIjObEZ, http://www.playvid.com/watch/fYRUJkWlsLI,
http://www.playvid.com/watch/FCGGx-B3626, http://www.playvid.com/watch/CdIcms0q8KI, http://www.playvid.com/watch/Z_7xHwzjrx0,
http://www.playvid.com/watch/sfp8vZwDd66, http://www.playvid.com/watch/rBCs36QG17V, http://www.playvid.com/watch/BmiO7Og40RV,
http://www.playvid.com/watch/cXaHNrd1jgm, http://www.playvid.com/watch/rJHpeg7iBpo, http://www.playvid.com/watch/Knw5msvBIkz,
http://www.playvid.com/watch/VpGU9sSnnwx, http://www.playvid.com/watch/Kb7JlP4Bvno, http://www.playvid.com/watch/GU9zFrjJ4hR,
http://www.playvid.com/watch/5n4QBPdpvjM, http://www.playvid.com/watch/Ifl-C-KqeOh, http://www.playvid.com/watch/H_rIK0jYZvc,
http://www.playvid.com/watch/qBlvXb_TwD9, http://www.playvid.com/watch/vj51dGFiC6s, http://www.playvid.com/watch/Ox4LcRgznw8,
http://www.playvid.com/watch/d05_36KeLb2, http://www.playvid.com/watch/oKY7A7l2JhJ, http://www.playvid.com/watch/R17cJfVcxye,
http://www.playvid.com/watch/ZkEZPfp6uWl, http://www.playvid.com/watch/TvSOfyxWpOF, http://www.playvid.com/watch/hVVXOkg1zHm,
http://www.playvid.com/watch/yEH6wRnPg-n, http://www.playvid.com/watch/mHJDWN22KgD, http://www.playvid.com/watch/D4STEXR1sE5,
http://www.playvid.com/watch/ZCOipmqfghM, http://www.playvid.com/watch/fagmBBFAz2v, http://www.playvid.com/watch/ch-yj38ZsQ7,
http://www.playvid.com/watch/907y7d5Yny9, http://www.playvid.com/watch/GHF-G9JDGd8, http://www.playvid.com/watch/V4frynUsHYW,
http://www.playvid.com/watch/KkFLgCSaXFU, http://www.playvid.com/watch/R1B-akdagfX, http://www.playvid.com/watch/P-9qdJf3804,
http://www.playvid.com/watch/ukdZEVjst3I, http://www.playvid.com/watch/4Gai9UkRrtf, http://www.playvid.com/watch/sbrc5EmNKnY,
http://www.playvid.com/watch/yf5Xoty9WXs, http://www.playvid.com/watch/hmpBw5pdxQW, http://www.playvid.com/watch/PpReNfUoj9n,
http://www.playvid.com/watch/ve5H8Q1kATJ, http://www.playvid.com/watch/eCV4J7MVXKL, http://www.playvid.com/watch/HOmPNA4jNjq,
http://www.playvid.com/watch/fmrHSR7IcAO, http://www.playvid.com/watch/a4Wni2uqEM8, http://www.playvid.com/watch/cXEKAroLEVR,
http://www.playvid.com/watch/sAvm0Oo7u2n, http://www.playvid.com/watch/eBZIjFHM7sA, http://www.playvid.com/watch/pvAOrEHdS6c,
http://www.playvid.com/watch/BDBFEILrWYa, http://www.playvid.com/watch/pDWVoAh7Ttz, http://www.playvid.com/watch/MOsh4m3KcIM,
http://www.playvid.com/watch/dFSasqtmO0y, http://www.playvid.com/watch/N2_UMbf-gpr, http://www.playvid.com/watch/yLmiXRClBtt,
http://www.playvid.com/watch/yGI25fOkNw9, http://www.playvid.com/watch/vJR_1V0-1ae, http://www.playvid.com/watch/hs9VCpCQgwv,
http://www.playvid.com/watch/Qd0bsI2YiMV, http://www.playvid.com/watch/9kZdY4YacVn, http://www.playvid.com/watch/piK8cuZ5AxK,
http://www.playvid.com/watch/Oe-ZjZeEvFv, http://www.playvid.com/watch/3PoRPbUpgZk, http://www.playvid.com/watch/yXh6ycn0zR6,
http://www.playvid.com/watch/7BWu5LgVL_y, http://www.playvid.com/watch/CPuqyZA6bdd, http://www.playvid.com/watch/f6_iW_lV_8P,
http://www.playvid.com/watch/RiUP5mTpjj3, http://www.playvid.com/watch/B3HbwpgbrIx, http://www.playvid.com/watch/vtnG5ubR8kx,
http://www.playvid.com/watch/gJVqZ_9fX2x, http://www.playvid.com/watch/sZOdNO4OTar, http://www.playvid.com/watch/Xk_7Fy_jgRn,
http://www.playvid.com/watch/rdzXATwFKVj, http://www.playvid.com/watch/7pqWIVccZTF, http://www.playvid.com/watch/bZVFQx2laJI,
http://www.playvid.com/watch/u6IPYpIMX87, http://www.playvid.com/watch/0Q5cz4_fgpL, http://www.playvid.com/watch/i_MmcGoZHGy,
http://www.playvid.com/watch/d6izuGNS5QC, http://www.playvid.com/watch/Q6oboQX8vbI, http://www.playvid.com/watch/DRSopVcadyX,
http://www.playvid.com/watch/nL9JDlucg6Z, http://www.playvid.com/watch/JxC4xXNhtwd, http://www.playvid.com/watch/AWOWYuS8Sej,
http://www.playvid.com/watch/MBb4tz4brpm, http://www.playvid.com/watch/HjNK7fkLblR, http://www.playvid.com/watch/j7ftIUbjwdl,
http://www.playvid.com/watch/3qRFwJ12Oyx, http://www.playvid.com/watch/wrUrORvuBuA, http://www.playvid.com/watch/jkyVjYfLJHV,
http://www.playvid.com/watch/QPzCZHxn1y3, http://www.playvid.com/watch/E877YW1Oi4E, http://www.playvid.com/watch/GB87hS6mPzr,
http://www.playvid.com/watch/z2KsYmmiwoR, http://www.playvid.com/watch/3Ox8gujdj-L, http://www.playvid.com/watch/UMwzIs4jpFg,
http://www.playvid.com/watch/NhwRQ_FxKdS, http://www.playvid.com/watch/jfgZKU-S0y4, http://www.playvid.com/watch/B69cdD9AINd,
http://www.playvid.com/watch/n0yxAkhuuio, http://www.playvid.com/watch/m5epgA6qhX2, http://www.playvid.com/watch/YFFCdCTZx6Q,
http://www.playvid.com/watch/woky_GDYndy, http://www.playvid.com/watch/CUhH1aC1Qru, http://www.playvid.com/watch/6D7qdzxfoeT,
http://www.playvid.com/watch/8ZSePP_ee6t, http://www.playvid.com/watch/NHpeRf8RxXi, http://www.playvid.com/watch/yf3BF3Xzmfm,
http://www.playvid.com/watch/tjHaD5EQ0Ls, http://www.playvid.com/watch/pYYci6mzW_8, http://www.playvid.com/watch/2OnPzDMz46u,
http://www.playvid.com/watch/CneEGbbyUqO, http://www.playvid.com/watch/8vxtDg3at5A, http://www.playvid.com/watch/SubsT6D8LqL,
http://www.playvid.com/watch/urtzcGd9mUg, http://www.playvid.com/watch/Mq8jJXFA7Rn, http://www.playvid.com/watch/YnWX-VkWdAg,
http://www.playvid.com/watch/ErAaEGkdUhK, http://www.playvid.com/watch/D3To3EgYGib, http://www.playvid.com/watch/mvs8Qw5Ut5E,
http://www.playvid.com/watch/53jJ4YFTDYN, http://www.playvid.com/watch/xDz7uGjWRpZ, http://www.playvid.com/watch/jjJk_28oxHJ,
http://www.playvid.com/watch/WQhzZb_-3ox, http://www.playvid.com/watch/zVHqHy6kN_d, http://www.playvid.com/watch/JB_XgipKAoL,
http://www.playvid.com/watch/5yqh6cXkU-g, http://www.playvid.com/watch/K8UHea0sqTB, http://www.playvid.com/watch/4ehuDySQFUp,
http://www.playvid.com/watch/hlRKzxRmdrc, http://www.playvid.com/watch/YQvu00i8Qyc, http://www.playvid.com/watch/ll5-pmB7sNF,
http://www.playvid.com/watch/QALh6ve6rQ0, http://www.playvid.com/watch/LwBJ6QFkBzG, http://www.playvid.com/watch/Mfc17-rj_ZL,
http://www.playvid.com/watch/uMBZOPPL2nd, http://www.playvid.com/watch/BnMBKHxEqma, http://www.playvid.com/watch/sj97IVDv8HA,
http://www.playvid.com/watch/fpARMjljypH, http://www.playvid.com/watch/hqKygyT9mh7, http://www.playvid.com/watch/EAM6exOd_ku,
http://www.playvid.com/watch/k71OyBWXwWt, http://www.playvid.com/watch/9NCIz89uNlJ, http://www.playvid.com/watch/HOKqVaUUFP9,
http://www.playvid.com/watch/J5YboniLN-I, http://www.playvid.com/watch/rXSDWJz_77H, http://www.playvid.com/watch/XbjUc78FQLY,
http://www.playvid.com/watch/CxNODvwnNCQ, http://www.playvid.com/watch/yOzPCGSS8NF, http://www.playvid.com/watch/9WspMcv3dp2,
http://www.playvid.com/watch/VyaRQwkWpAp, http://www.playvid.com/watch/gD-AdQjO3xf, http://www.playvid.com/watch/DH7_pl_VE63,
http://www.playvid.com/watch/NNgzeCvM4Nu, http://www.playvid.com/watch/VwfCSiaqa9r, http://www.playvid.com/watch/8QVbbAPF3Ub,
http://www.playvid.com/watch/PjUI-Tiv8o4, http://www.playvid.com/watch/nT817jk-Fge, http://www.playvid.com/watch/Vvs_tvx44KB,
http://www.playvid.com/watch/VdLtBxep75n, http://www.playvid.com/watch/i4HyCb1RioF, http://www.playvid.com/watch/0u6CH_PWo7F,
http://www.playvid.com/watch/7eMPrQ6u1bt, http://www.playvid.com/watch/LOSuvO72qkr, http://www.playvid.com/watch/vbp8XohjFc2,
http://www.playvid.com/watch/CQ7vPQ5lRLL, http://www.playvid.com/watch/YpALFACbO7Z, http://www.playvid.com/watch/WZ3CNjHmbgk,
http://www.playvid.com/watch/0BLiGnKVafe, http://www.playvid.com/watch/2X4coF0DZ85, http://www.playvid.com/watch/T72Ojjb8a4K,
http://www.playvid.com/watch/FphXPxHA9ao, http://www.playvid.com/watch/qNn0nVklttK, http://www.playvid.com/watch/u3MLwS4SjVT,
http://www.playvid.com/watch/o6B0lLhT36c, http://www.playvid.com/watch/Orjr9kAQA8r, http://www.playvid.com/watch/5z_CrnT79TE,
http://www.playvid.com/watch/AsrzXVr8Rdd, http://www.playvid.com/watch/X3G0RZeyqHr, http://www.playvid.com/watch/oxm5QgF982w,
http://www.playvid.com/watch/UGbz9mthbKI, http://www.playvid.com/watch/BQx0QpTFFDA, http://www.playvid.com/watch/hJTRMdzyVlq,
http://www.playvid.com/watch/OiKrDqAvbKw, http://www.playvid.com/watch/e8T-DEuxVrP, http://www.playvid.com/watch/4dbtWvVhHUR,
http://www.playvid.com/watch/uZJ7CR-tPaf, http://www.playvid.com/watch/YVD6K16nEeJ, http://www.playvid.com/watch/gnlZ4UMJ3nl,
http://www.playvid.com/watch/vzBFPIKtC1p, http://www.playvid.com/watch/aYPA2MLGE-3, http://www.playvid.com/watch/jW3T0wvvZn0,
http://www.playvid.com/watch/BDEzezoOoUb, http://www.playvid.com/watch/n3A_YZmx4BM, http://www.playvid.com/watch/AKTeNRp9hXn,
http://www.playvid.com/watch/SfxE2lToRFj, http://www.playvid.com/watch/jTorTYzXvId, http://www.playvid.com/watch/ejdwywTZZkT,
http://www.playvid.com/watch/Q6Co8g0KlYs, http://www.playvid.com/watch/kw2QQoA85Rq, http://www.playvid.com/watch/hUmXu3JEojB,
http://www.playvid.com/watch/m-yj5hZo7yP, http://www.playvid.com/watch/YNHSBHT8Hbo, http://www.playvid.com/watch/CGftAWT2VE7,
http://www.playvid.com/watch/68D0wicUzgi, http://www.playvid.com/watch/WsjqUbgcehl, http://www.playvid.com/watch/z5sp85IdWFu,

http://www.playvid.com/watch/eu4MLmX9t6b, http://www.playvid.com/watch/GKprGppKoQA, http://www.playvid.com/watch/DNBNLXAvpQh,
http://www.playvid.com/watch/H9OHPc9cAB2, http://www.playvid.com/watch/F52Wu_i-tCy, http://www.playvid.com/watch/k27DWHArV5r,
http://www.playvid.com/watch/BdENSQAA3cQ, http://www.playvid.com/watch/aRQGe1iMOCO, http://www.playvid.com/watch/EyvDFrklwck,
http://www.playvid.com/watch/PgB_2tbwO0X, http://www.playvid.com/watch/2Dx7raX_IBL, http://www.playvid.com/watch/gJipgk3vCPV,
http://www.playvid.com/watch/Zw7hSMldHTk, http://www.playvid.com/watch/02iZU7Yummj, http://www.playvid.com/watch/LEebWIl8whc,
http://www.playvid.com/watch/FD2hLdQ-Tnn, http://www.playvid.com/watch/iemfj1Q3qFw, http://www.playvid.com/watch/tun2iKV27IM,
http://www.playvid.com/watch/xnQr58L4cSU, http://www.playvid.com/watch/zLsjbxcMjwi, http://www.playvid.com/watch/X4Jv3FAEvuJ,
http://www.playvid.com/watch/Dm5kx2b0CbH, http://www.playvid.com/watch/7GtBdIr7GNf, http://www.playvid.com/watch/H4SpozG2Zek,
http://www.playvid.com/watch/KBCMd9Jkixz, http://www.playvid.com/watch/wwKyn2uZAUU, http://www.playvid.com/watch/f3rORCO6EV8,
http://www.playvid.com/watch/WMZck69dpyr, http://www.playvid.com/watch/Z91AnikNiV7, http://www.playvid.com/watch/fMC3BZ1afZE,
http://www.playvid.com/watch/vxdjpmtoNH8, http://www.playvid.com/watch/6tUKF7QaqFW, http://www.playvid.com/watch/FZvCu_St6Wc,
http://www.playvid.com/watch/g-mGGxgbNqx, http://www.playvid.com/watch/Td-duKpbHva, http://www.playvid.com/watch/J43o0rpAYED,
http://www.playvid.com/watch/EV2OuLFqihI, http://www.playvid.com/watch/WDiFiI5-LNp, http://www.playvid.com/watch/0W7T_ZWgivV,
http://www.playvid.com/watch/7WZlyvk6gv5, http://www.playvid.com/watch/rlS0MVNI4mn, http://www.playvid.com/watch/eN8DSHrqLpM,
http://www.playvid.com/watch/S5aEmv1EBRS, http://www.playvid.com/watch/us0Wt2dak06, http://www.playvid.com/watch/3yXkPwzr6ea,
http://www.playvid.com/watch/95RGUvlLjpK, http://www.playvid.com/watch/GVd0TiXWwi2, http://www.playvid.com/watch/szMd6U7cc2y,
http://www.playvid.com/watch/LaP1_OwHPFD, http://www.playvid.com/watch/xi_LaBFQvd2, http://www.playvid.com/watch/VBztPSukuZ4,
http://www.playvid.com/watch/LfSNZEwTHML, http://www.playvid.com/watch/JKVSgPSSq9c, http://www.playvid.com/watch/52lpBQFKYdV,
http://www.playvid.com/watch/x4eYk5rICJN, http://www.playvid.com/watch/c4pD3EzSk5K, http://www.playvid.com/watch/dvcqQ3u4LrL,
http://www.playvid.com/watch/uwyQAh4xT4J, http://www.playvid.com/watch/wo8y9kvflms, http://www.playvid.com/watch/Pees9jLI6tE,
http://www.playvid.com/watch/Vq5NeQuf3Eh, http://www.playvid.com/watch/ENZlJ79TFqe, http://www.playvid.com/watch/j9IITKnlUGW,
http://www.playvid.com/watch/GeM4mS2tluS, http://www.playvid.com/watch/MoYpElaXujK, http://www.playvid.com/watch/YB4Ew3yaIs2,
http://www.playvid.com/watch/afaUKIXqqhP, http://www.playvid.com/watch/tjJofO_Gthq, http://www.playvid.com/watch/Dfq91bdqZNL,
http://www.playvid.com/watch/R2xHedxmtzd, http://www.playvid.com/watch/vGMDGY5tU-0, http://www.playvid.com/watch/7gjQ-BeoK0x,
http://www.playvid.com/watch/ZokMe8Yy30Q, http://www.playvid.com/watch/Fg3rZ5vLPu6, http://www.playvid.com/watch/DsgqjZIzEto,
http://www.playvid.com/watch/GclltTMoeDf, http://www.playvid.com/watch/dHNsWILv3VC, http://www.playvid.com/watch/mqBP0iDPlv9,
http://www.playvid.com/watch/GVyfzR2daxx, http://www.playvid.com/watch/jTO2xHMxv-q, http://www.playvid.com/watch/Dwvk9NFfiPB,
http://www.playvid.com/watch/6hvv-LPV4Qc, http://www.playvid.com/watch/3NzW72RP2Vg, http://www.playvid.com/watch/4n9hdPHezmD,
http://www.playvid.com/watch/avHn415DPK2, http://www.playvid.com/watch/x3OQmt_XJBy, http://www.playvid.com/watch/8WaabY6jVdv,
http://www.playvid.com/watch/4M6I5WAO90m, http://www.playvid.com/watch/SjisKzF2gib, http://www.playvid.com/watch/ARjXgIZ4OWh,
http://www.playvid.com/watch/h3xxLVSfN7R, http://www.playvid.com/watch/Yy4UtI0vHbd, http://www.playvid.com/watch/caFIcUzUgxE,
http://www.playvid.com/watch/LuTPzY68Ds5, http://www.playvid.com/watch/8EMJ51nDtPG, http://www.playvid.com/watch/regWyRwQeH0,
http://www.playvid.com/watch/4gZiJSUpS5l, http://www.playvid.com/watch/OCPW7vSLhmf, http://www.playvid.com/watch/uAIwRi5w6Cx,
http://www.playvid.com/watch/MyUKaqAWQyv, http://www.playvid.com/watch/e_AQFPQ1-By, http://www.playvid.com/watch/Ciet-zP4dGD,
http://www.playvid.com/watch/nMNayb5VVZB, http://www.playvid.com/watch/ONn77-bF1v4, http://www.playvid.com/watch/XFf28tvrA-X,
http://www.playvid.com/watch/BO2ndYhhH4p, http://www.playvid.com/watch/8TbT-ueWZPi, http://www.playvid.com/watch/WO-fIZkURXc,
http://www.playvid.com/watch/r01AE_A5Fb6, http://www.playvid.com/watch/PHzYGHOWxZW, http://www.playvid.com/watch/HCogJBs6zKj,
http://www.playvid.com/watch/0Ad10OTvRzo, http://www.playvid.com/watch/o9JpOCDUVO7, http://www.playvid.com/watch/GArLTiosdIp,
http://www.playvid.com/watch/MDAiPXvU4fZ, http://www.playvid.com/watch/UGSdgAduvyJ, http://www.playvid.com/watch/JoIQNUjgIvP,
http://www.playvid.com/watch/PSSMSFHJ5wT, http://www.playvid.com/watch/pdhknQSmdW9, http://www.playvid.com/watch/nP3u6hyPp3e,
http://www.playvid.com/watch/fFrlgn5OmaT, http://www.playvid.com/watch/lzaZvTWZiiL, http://www.playvid.com/watch/bDIT0ZEdJjZ,
http://www.playvid.com/watch/i8nhX9iwgYF, http://www.playvid.com/watch/bsWYzy3ZoQg, http://www.playvid.com/watch/jrT4pknKzOx,
http://www.playvid.com/watch/bQGD9B3ILyL, http://www.playvid.com/watch/FTXOOuQBMph, http://www.playvid.com/watch/pUi5lhbkqcm,
http://www.playvid.com/watch/wKmbietX3E7, http://www.playvid.com/watch/4FekTQC8ozV, http://www.playvid.com/watch/Bm9mEB16Grf,
http://www.playvid.com/watch/6ja3RDXsOWL, http://www.playvid.com/watch/YsFjOWJOKOF, http://www.playvid.com/watch/8jFvZfMDOoP,
http://www.playvid.com/watch/6i58W79TRCf, http://www.playvid.com/watch/fVfcfM02zeM, http://www.playvid.com/watch/mxcw1t8e-93,
http://www.playvid.com/watch/cv1lAUUh9g6, http://www.playvid.com/watch/llDqUTc88qy, http://www.playvid.com/watch/yqesEUAVp_W,
http://www.playvid.com/watch/JPPvEa9U5B3, http://www.playvid.com/watch/kGdC7LTdQ74, http://www.playvid.com/watch/BlIY6D-14we,
http://www.playvid.com/watch/GhOrLt4Y5FB, http://www.playvid.com/watch/6frSdPzl4UT, http://www.playvid.com/watch/ymzkpKJz-Yn,
http://www.playvid.com/watch/8BOGpHj-Owz, http://www.playvid.com/watch/6INMBKwvKWA, http://www.playvid.com/watch/GN1ECcMntdq,
http://www.playvid.com/watch/YAwXHsgTvEz, http://www.playvid.com/watch/RZIyos8xvdu, http://www.playvid.com/watch/E-P5NckP9VX,
http://www.playvid.com/watch/h2SmxN5lw8B, http://www.playvid.com/watch/X9a4Utsn-1w, http://www.playvid.com/watch/6oiUJ3NPUgY,
http://www.playvid.com/watch/7sGc_iC5K-F, http://www.playvid.com/watch/nN3VIdBbnkd, http://www.playvid.com/watch/55q_gxzF2pE,
http://www.playvid.com/watch/CLoHhM45JOl, http://www.playvid.com/watch/5AzoRstz2IT, http://www.playvid.com/watch/ITMhN6ObLCY,
http://www.playvid.com/watch/owtAYqvN_sy, http://www.playvid.com/watch/7IwHDQ6j_xH, http://www.playvid.com/watch/xUEilmP5Xhx,
http://www.playvid.com/watch/ZUMZCrqI3fe, http://www.playvid.com/watch/yyGnDgQgvwu, http://www.playvid.com/watch/yCfbtaNOxbc,
http://www.playvid.com/watch/nI_F1xvmiPB, http://www.playvid.com/watch/uBuAyljbmvM, http://www.playvid.com/watch/AXkxx4AcZup,
http://www.playvid.com/watch/QbXKOBsUrZC, http://www.playvid.com/watch/98wEi-a7_aJ, http://www.playvid.com/watch/IZNnzwqvff5,
http://www.playvid.com/watch/z-EZKRGjQdv, http://www.playvid.com/watch/nnWLWd63agw, http://www.playvid.com/watch/gz5dtyCWIQT,
http://www.playvid.com/watch/75eCb7S5c0s, http://www.playvid.com/watch/tMdDSLYy5mH, http://www.playvid.com/watch/TW4Ua2VWlsk,
http://www.playvid.com/watch/pRLacuTsx7y, http://www.playvid.com/watch/rwwNdhAmpbK, http://www.playvid.com/watch/49GNB3lElrz,
http://www.playvid.com/watch/PdZxPT-ud0L, http://www.playvid.com/watch/4yVLEf7ZBvh, http://www.playvid.com/watch/3UDthODi1YV,
http://www.playvid.com/watch/QHIj5PLtj0N, http://www.playvid.com/watch/QS7ruxKdOyG, http://www.playvid.com/watch/l1zJms_ogsD,
http://www.playvid.com/watch/iDtA6wDFAVv, http://www.playvid.com/watch/p3Wuapp3GqD, http://www.playvid.com/watch/WElB-HVg2I9,
http://www.playvid.com/watch/TAQeBVBznFn, http://www.playvid.com/watch/YqJWgjEJXL9, http://www.playvid.com/watch/kOkHoviYEaz,
http://www.playvid.com/watch/2bRRVgx5zsL, http://www.playvid.com/watch/ZzjUPJnE9Dt, http://www.playvid.com/watch/a-qqRNTFUhm,
http://www.playvid.com/watch/7UA93WTahA6, http://www.playvid.com/watch/nNAkA1FID6G, http://www.playvid.com/watch/ZWT20sh6GCg,
http://www.playvid.com/watch/Rbw_e0g6S13, http://www.playvid.com/watch/uHgmd2_ex0M, http://www.playvid.com/watch/8soduOICpC7,
http://www.playvid.com/watch/6rp8Z-cPIcO, http://www.playvid.com/watch/zXLco1_n7wT, http://www.playvid.com/watch/ha9oz-1UzC4,
http://www.playvid.com/watch/yixsCDV8_BV, http://www.playvid.com/watch/M56kIt1Mg7C, http://www.playvid.com/watch/IDYg7SNAvRo,
http://www.playvid.com/watch/BHrev30HgMk, http://www.playvid.com/watch/L-3ZXFr-vTZ, http://www.playvid.com/watch/okEwWwqu-BL,
http://www.playvid.com/watch/zsitM9P_9sR, http://www.playvid.com/watch/layxwqduOev, http://www.playvid.com/watch/Yvh-3tgjuya,
http://www.playvid.com/watch/CekQumqxFUw, http://www.playvid.com/watch/32-427sHIq8, http://www.playvid.com/watch/4cqhL_Vq7at,
http://www.playvid.com/watch/HL9O4DUO_vk, http://www.playvid.com/watch/6edplWKPlOH, http://www.playvid.com/watch/MvzngJ_sm-z,
http://www.playvid.com/watch/7PKzj-58ANY, http://www.playvid.com/watch/9-eeW0kKo_R, http://www.playvid.com/watch/K1H-spQvNeS,
http://www.playvid.com/watch/zp00Ow4y43h, http://www.playvid.com/watch/L1W9vfhfwC0, http://www.playvid.com/watch/9Ui5J7FWdGE,
http://www.playvid.com/watch/3mZ_mVQgmA4, http://www.playvid.com/watch/Fse72eO0qJj, http://www.playvid.com/watch/TvWWyRgzTHu,
http://www.playvid.com/watch/xLEAjTf5fE5, http://www.playvid.com/watch/gD0lrAvX4Cz, http://www.playvid.com/watch/3iIgh5x1DsN,
http://www.playvid.com/watch/xwPmi3j5_lk, http://www.playvid.com/watch/qEN_KzXIMii, http://www.playvid.com/watch/y6iK2jgsPAw,
http://www.playvid.com/watch/RDIjj-u88Y4, http://www.playvid.com/watch/QVcUTInqDWB, http://www.playvid.com/watch/vWdWmQQfi8G,
http://www.playvid.com/watch/UUXp4072Dip, http://www.playvid.com/watch/6IN0dhYP6XP, http://www.playvid.com/watch/Lkh5HOBORrs,
http://www.playvid.com/watch/W-9WCGkkI3o, http://www.playvid.com/watch/expfqq7FdN5, http://www.playvid.com/watch/r0hTh7Xc7ij,
http://www.playvid.com/watch/9hum1uvRBFT, http://www.playvid.com/watch/8L3LQMMwApl, http://www.playvid.com/watch/jwvQjfx3hPo,
http://www.playvid.com/watch/yzUrEBdWs3b, http://www.playvid.com/watch/sOxBK58TW7z, http://www.playvid.com/watch/6GmB4QSEeP3,
http://www.playvid.com/watch/hxYd8gP9W0u, http://www.playvid.com/watch/eItaogPNIQ3, http://www.playvid.com/watch/SNhxtyRTu9T,
http://www.playvid.com/watch/UI2UrBI1JoI, http://www.playvid.com/watch/dfngtqfJJhM, http://www.playvid.com/watch/sLbDBmSmRk2
5.f. Date of third notice: 2014-05-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: taylorkingi
5.b. Uploader's email address: taytaolor@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/taylorkingi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dZtgpCtR0fU, http://www.playvid.com/watch/uLq6ukRsFnP,
http://www.playvid.com/watch/3KWX7qIwuCG, http://www.playvid.com/watch/T2KHozamVwk, http://www.playvid.com/watch/2C8Oci47hr4,
http://www.playvid.com/watch/aHD6nXZFDfG, http://www.playvid.com/watch/SZsxvzLQ5LP, http://www.playvid.com/watch/vlgOQCJfV0e,
http://www.playvid.com/watch/ZTW5Kx5YEvm, http://www.playvid.com/watch/VjWuFnwXNs3, http://www.playvid.com/watch/vnqX6rzGKdf,

http://www.playvid.com/watch/FSAfF5CIR-w, http://www.playvid.com/watch/RHQLV2xO7xp, http://www.playvid.com/watch/OPBVTD2BYsb, http://www.playvid.com/watch/vfdpM2B79iI, http://www.playvid.com/watch/zI3wuYqNYb3, http://www.playvid.com/watch/lfsNrIhFQcF, http://www.playvid.com/watch/JrBHl9zoe6d, http://www.playvid.com/watch/GfOPpuaMavn, http://www.playvid.com/watch/tQmBR8FaU00, http://www.playvid.com/watch/kpDlLa7ItRn, http://www.playvid.com/watch/PZN7UGDMz0u, http://www.playvid.com/watch/hS8XEKnmIDK, http://www.playvid.com/watch/hRnvVSUBmr3, http://www.playvid.com/watch/kyndpFIILck, http://www.playvid.com/watch/sCIJmLUHmN6, http://www.playvid.com/watch/OqfA08Y-2UQ, http://www.playvid.com/watch/yXIyMbRXDvZ, http://www.playvid.com/watch/bIThBnSLsB5, http://www.playvid.com/watch/9IcsECQWpBB, http://www.playvid.com/watch/QdhhTSpIm0q, http://www.playvid.com/watch/7MmAbNT9Deb, http://www.playvid.com/watch/QcbDEXDtHoU, http://www.playvid.com/watch/3gayrItkgSB, http://www.playvid.com/watch/MpUGnGsGwcI, http://www.playvid.com/watch/yvQc8IcR8FI, http://www.playvid.com/watch/Ds-ukWS5-Xt, http://www.playvid.com/watch/l3hUUQ4hohb, http://www.playvid.com/watch/FMLtfCuaZRX, http://www.playvid.com/watch/eW8WSN602lX, http://www.playvid.com/watch/yz9pod7uuVy, http://www.playvid.com/watch/upCdNqF0dap, http://www.playvid.com/watch/HsVpFO9xww3, http://www.playvid.com/watch/-4oMJ4uRZ2i, http://www.playvid.com/watch/T8WkicePagW, http://www.playvid.com/watch/H-9Jk88Kfhq, http://www.playvid.com/watch/I-fZL9wMPTA, http://www.playvid.com/watch/kegPBNhUchD, http://www.playvid.com/watch/dlyROASgaL4, http://www.playvid.com/watch/nDWxzyCTfuq, http://www.playvid.com/watch/dABqmvofp9t, http://www.playvid.com/watch/cF8PwPnh2hd, http://www.playvid.com/watch/3xcNJ34exqn, http://www.playvid.com/watch/WP5mJp2uXXI, http://www.playvid.com/watch/fpZpbSkUmXX, http://www.playvid.com/watch/5BzODTpprLX, http://www.playvid.com/watch/YIcyA6p9axk, http://www.playvid.com/watch/npFd7Qvi0lA, http://www.playvid.com/watch/WuWEUDf6GfS, http://www.playvid.com/watch/lEGeatI2dzq, http://www.playvid.com/watch/xUBYIj-vJ0M, http://www.playvid.com/watch/cP-H5KXcisx, http://www.playvid.com/watch/Siv8Nfo-reO, http://www.playvid.com/watch/D0mOpVUHexf, http://www.playvid.com/watch/uRkFUBvz9wx, http://www.playvid.com/watch/OsKeLZIaXS3, http://www.playvid.com/watch/CmcnbRyFHJb, http://www.playvid.com/watch/d0avad2zrA0, http://www.playvid.com/watch/uzOBDF9niOJ, http://www.playvid.com/watch/-KDfRGCcMr9, http://www.playvid.com/watch/jDQsMctLlNK, http://www.playvid.com/watch/nvoRU4mbl-o, http://www.playvid.com/watch/-I0COEcARZ0, http://www.playvid.com/watch/IAGsyNF-FoM, http://www.playvid.com/watch/gswYNFGlJTg, http://www.playvid.com/watch/rjiCrZGjbOo, http://www.playvid.com/watch/5vGOAqEqs3E, http://www.playvid.com/watch/uM3D-WZMvFi, http://www.playvid.com/watch/Ov0xyZdZrYo, http://www.playvid.com/watch/koSpkbQbjdA, http://www.playvid.com/watch/Ax5racPZVvm, http://www.playvid.com/watch/iiMkK4-O4JU, http://www.playvid.com/watch/pFCVXhVM0VI, http://www.playvid.com/watch/vMJhDON-N7h, http://www.playvid.com/watch/R4F-umws5k8, http://www.playvid.com/watch/OLQYZIyQhFA, http://www.playvid.com/watch/KamfXQQoqQQ, http://www.playvid.com/watch/NdcmOcD9aV8, http://www.playvid.com/watch/ZH9BwyNii6E, http://www.playvid.com/watch/CxdWR-AtgLo, http://www.playvid.com/watch/ntUHjK4sJwx, http://www.playvid.com/watch/Na470SHN7UI, http://www.playvid.com/watch/oyvnvBk5Iz9, http://www.playvid.com/watch/Fu0zcMxqKUQ, http://www.playvid.com/watch/eKZ5UAyfaqx, http://www.playvid.com/watch/gm-ADg8i0WT, http://www.playvid.com/watch/MRRuq3ZVluu, http://www.playvid.com/watch/bfdho2vMA6U, http://www.playvid.com/watch/8LxXZgrZ3ht, http://www.playvid.com/watch/dIMN3X9Eobi, http://www.playvid.com/watch/PmAs2f9nQt0, http://www.playvid.com/watch/lh3q-z-PAL6, http://www.playvid.com/watch/qlwXvLr8404, http://www.playvid.com/watch/gpnlo8lftpa, http://www.playvid.com/watch/zvPd2V44nwd, http://www.playvid.com/watch/sQmUK8CfY9r, http://www.playvid.com/watch/DqUzJfO06JG, http://www.playvid.com/watch/-WBwEAjljj0, http://www.playvid.com/watch/3pWGVvzobsd, http://www.playvid.com/watch/UWjgcjQcTXe, http://www.playvid.com/watch/EcsIPqWNKtF, http://www.playvid.com/watch/HpoLO4LXSUW, http://www.playvid.com/watch/TaW74GxA3w5, http://www.playvid.com/watch/-MZRgmoXJDj, http://www.playvid.com/watch/VGc9E3at9Hi
5.f. Date of third notice: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tedbernsted
5.b. Uploader's email address: tedbernsted1981@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/tedbernsted
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jwjbMmWAmgZ, http://www.playvid.com/watch/PCm3bPkowyj, http://www.playvid.com/watch/92qcfUaWPgj, http://www.playvid.com/watch/kqcC9dyPz4X, http://www.playvid.com/watch/cAn4S6gEjr9, http://www.playvid.com/watch/z6r2gap6z67, http://www.playvid.com/watch/2wyMvybcMx4, http://www.playvid.com/watch/TIDbp4lorrd, http://www.playvid.com/watch/eHDY-barJ3D, http://www.playvid.com/watch/5RNsKr2cSKL, http://www.playvid.com/watch/bfDLsAL74ZS, http://www.playvid.com/watch/pndJOu23-hT, http://www.playvid.com/watch/wOeYfYqNU3M, http://www.playvid.com/watch/gXoZu2JLQae, http://www.playvid.com/watch/Zu53lRjLOv2, http://www.playvid.com/watch/235eKtMePCC, http://www.playvid.com/watch/mXNWbU5EQHE, http://www.playvid.com/watch/w3FIuSnRFAF, http://www.playvid.com/watch/ndkZBUUoT3L, http://www.playvid.com/watch/n8EZzgsAFO4, http://www.playvid.com/watch/K6S3KFoyfyF, http://www.playvid.com/watch/Gh72vQRYZiM, http://www.playvid.com/watch/UuP-7BPCQaY, http://www.playvid.com/watch/IUvU846-GO5, http://www.playvid.com/watch/F5OwCV5KJcm, http://www.playvid.com/watch/lhZuMLHEvuC, http://www.playvid.com/watch/XZQXFwTaqvc, http://www.playvid.com/watch/vjXeA6Em92R, http://www.playvid.com/watch/bHmWwD0pyqE, http://www.playvid.com/watch/46Y9NBelQND, http://www.playvid.com/watch/uC3WmjEwkPM, http://www.playvid.com/watch/SY85fVjvgJ2, http://www.playvid.com/watch/rRLAc2ANnfr, http://www.playvid.com/watch/siqeR32X6C-, http://www.playvid.com/watch/rucEBj4h9gr, http://www.playvid.com/watch/lgDZHmgPma6, http://www.playvid.com/watch/PkmP3-hCqLB, http://www.playvid.com/watch/ytqOJSlF6NH, http://www.playvid.com/watch/afHuG96vlqi, http://www.playvid.com/watch/834XejEYY6d, http://www.playvid.com/watch/yIuqOPEdlG0, http://www.playvid.com/watch/QTbmZY0WCvG, http://www.playvid.com/watch/GIT0qLbFyLn, http://www.playvid.com/watch/nHeikxKZbvw, http://www.playvid.com/watch/weQKWD89-o9, http://www.playvid.com/watch/D9ndGjL5ZyZ, http://www.playvid.com/watch/3lEfGcelzCS, http://www.playvid.com/watch/JDiLrcoqqAf, http://www.playvid.com/watch/6zt5fzKbLij, http://www.playvid.com/watch/ZarwkMTelzF, http://www.playvid.com/watch/oY93R62ou8D, http://www.playvid.com/watch/hLrGrQzfojA, http://www.playvid.com/watch/oUu-NmyEUyW, http://www.playvid.com/watch/BVfvZUjsWCl, http://www.playvid.com/watch/-kB97X2eFo3, http://www.playvid.com/watch/so-A3gzXNly, http://www.playvid.com/watch/6jwXUehHR35, http://www.playvid.com/watch/ZZANYbS0LAE, http://www.playvid.com/watch/TQUEGY-NNab, http://www.playvid.com/watch/6rShVuimJd-, http://www.playvid.com/watch/Vvc0KuDNZDq, http://www.playvid.com/watch/BL9TJKRZ0TD, http://www.playvid.com/watch/GEoxUAkplv3, http://www.playvid.com/watch/ZNsFacOsIOm, http://www.playvid.com/watch/6NsLzuQ-89s, http://www.playvid.com/watch/Lvc8sOr0uC6, http://www.playvid.com/watch/ZtYkgJz56RD, http://www.playvid.com/watch/zqDOyGLKFVz, http://www.playvid.com/watch/JMxIqKJ5ht8, http://www.playvid.com/watch/PfuEpRNru0d, http://www.playvid.com/watch/bSed2D2vZft, http://www.playvid.com/watch/YVRWd4ztNxo, http://www.playvid.com/watch/-Nz83un3icJ, http://www.playvid.com/watch/6f9YSuNSNt3, http://www.playvid.com/watch/0hBtAduLkh0, http://www.playvid.com/watch/Jnvr0vjMmqY, http://www.playvid.com/watch/yGhakjRaHBH, http://www.playvid.com/watch/ekG0Bz3V94j, http://www.playvid.com/watch/uxsnmUqTEA3, http://www.playvid.com/watch/q4FBYGYT4Ft, http://www.playvid.com/watch/5lcXwk0uJx2, http://www.playvid.com/watch/TUKVrEL8OX-, http://www.playvid.com/watch/-hu5g0Ibka5, http://www.playvid.com/watch/nNSWinUlCAX, http://www.playvid.com/watch/Vuvg22mQ3ct, http://www.playvid.com/watch/quZe8l28apF, http://www.playvid.com/watch/CwfvPgyPu6U, http://www.playvid.com/watch/xH2kmj0kc2C, http://www.playvid.com/watch/HcOYvkEIf7-, http://www.playvid.com/watch/MexrCxHwFlM, http://www.playvid.com/watch/h-60RHKk9Z5, http://www.playvid.com/watch/EQUcXYxTCXO, http://www.playvid.com/watch/CWnaJdbKex-, http://www.playvid.com/watch/mgp2i0x6gUh, http://www.playvid.com/watch/DA87ZnlWz9a, http://www.playvid.com/watch/rAdxyiv5Nit, http://www.playvid.com/watch/XoS8frsJiFE, http://www.playvid.com/watch/bskMMbR4OU0, http://www.playvid.com/watch/Se8hyVWryAi, http://www.playvid.com/watch/VoT9KsayV-v, http://www.playvid.com/watch/cuDRtFYyMfx, http://www.playvid.com/watch/n3BHR3kfqbn, http://www.playvid.com/watch/XxqcoRmpYHt, http://www.playvid.com/watch/3ulqcNewTMV, http://www.playvid.com/watch/ZgXY6EyUGF0, http://www.playvid.com/watch/FdS42CoxeHI, http://www.playvid.com/watch/HNu9qvFZewf, http://www.playvid.com/watch/biATcTYzOsi, http://www.playvid.com/watch/2x3DagNzEX4, http://www.playvid.com/watch/eEor2BKEE4M, http://www.playvid.com/watch/yt0MSEIUm45, http://www.playvid.com/watch/tpZxpvudFWn, http://www.playvid.com/watch/dxwfjNc6fVL, http://www.playvid.com/watch/-LuBH3rwSLW, http://www.playvid.com/watch/tjoKy6nVKvo, http://www.playvid.com/watch/Cgic7kysuQH
5.f. Date of third notice: 2013-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tedflash
5.b. Uploader's email address: atombongbo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/tedflash
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6B37KVbE2KH, http://www.playvid.com/watch/wURCZo472aN, http://www.playvid.com/watch/jpES_GE8ko6, http://www.playvid.com/watch/BQuVWO_gnRQ, http://www.playvid.com/watch/Z27LNomrxBk, http://www.playvid.com/watch/QGKjY4q6yOd, http://www.playvid.com/watch/DOd1LCo2vvn, http://www.playvid.com/watch/NY_NBtFBiTZ, http://www.playvid.com/watch/B34Fehy2fvM, http://www.playvid.com/watch/aqEjkaeVGxz, http://www.playvid.com/watch/F3nw-OJXXZU, http://www.playvid.com/watch/pD9XV7f5L-R, http://www.playvid.com/watch/Jlro6BfpkbI, http://www.playvid.com/watch/EA6QNtoyonI, http://www.playvid.com/watch/PSDv5VC0yom, http://www.playvid.com/watch/K7XbMISXktw, http://www.playvid.com/watch/hboGsqDtDCG, http://www.playvid.com/watch/W4gVr8nZSxF, http://www.playvid.com/watch/II-8w7Tu2hM, http://www.playvid.com/watch/U9bHROhdN2J, http://www.playvid.com/watch/9pqJsjC2zyr, http://www.playvid.com/watch/zlQIKGuy1TI, http://www.playvid.com/watch/cuEYoCXXUJH, http://www.playvid.com/watch/XB3y0Om0agY, http://www.playvid.com/watch/rfh6EkIfxa4, http://www.playvid.com/watch/dLda7rmc96b, http://www.playvid.com/watch/AQfUTYA6c10, http://www.playvid.com/watch/WHEUhbMPjqd, http://www.playvid.com/watch/cJCQ-Yxceek,

http://www.playvid.com/watch/ZUUKM6Rjoiy, http://www.playvid.com/watch/MS2_4nAf7Fx, http://www.playvid.com/watch/8Ax8Q5VX-TQ,
http://www.playvid.com/watch/wHSkgLs9lot, http://www.playvid.com/watch/3LcfRtptjIb, http://www.playvid.com/watch/XB-RH2qycUg,
http://www.playvid.com/watch/5ZZevdZBRAe, http://www.playvid.com/watch/jbil96WD0Di, http://www.playvid.com/watch/3YrrRzGOcY9,
http://www.playvid.com/watch/7BjMwyl7toP, http://www.playvid.com/watch/gb75u8VFpsM, http://www.playvid.com/watch/E50H4ttf7qM,
http://www.playvid.com/watch/xTdrJ2NLXmp, http://www.playvid.com/watch/YsOWnFor2D6, http://www.playvid.com/watch/h9tc05oXiTs,
http://www.playvid.com/watch/VZfCoipHdAH, http://www.playvid.com/watch/G3pIXxJJ7bT, http://www.playvid.com/watch/JUoURxxm1mZ,
http://www.playvid.com/watch/eWDyV7bvLac, http://www.playvid.com/watch/aD6vFTVTChy, http://www.playvid.com/watch/5DLi8YNALDf,
http://www.playvid.com/watch/ERRDj3v71G6, http://www.playvid.com/watch/2Qv98aAGGGw, http://www.playvid.com/watch/7WAeKoVVqC8,
http://www.playvid.com/watch/MwkW3UBlUk5, http://www.playvid.com/watch/tTrrQpI0TDR, http://www.playvid.com/watch/9sl7nK57ZfT,
http://www.playvid.com/watch/Gy2Fxi4WzKy
5.f. Date of third notice: 2015-08-19 21:38:25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tekroma
5.b. Uploader's email address: heydaelt@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/tekroma
5.e. List of videos posted by uploader: http://www.playvid.com/watch/CKxppAzPz2m, http://www.playvid.com/watch/dyf6Ar6RNs-,
http://www.playvid.com/watch/g6rpCRzKsV6, http://www.playvid.com/watch/JKSwCingNli, http://www.playvid.com/watch/CO-MWPAHeMW,
http://www.playvid.com/watch/cppE3eKWAm7, http://www.playvid.com/watch/ziEV-zf5WTJ, http://www.playvid.com/watch/2Epln-ceaFI,
http://www.playvid.com/watch/TedjhrfOwFR, http://www.playvid.com/watch/viorxLTNYGW, http://www.playvid.com/watch/i24UJoPzvMn,
http://www.playvid.com/watch/HOPpUCC-Jwa, http://www.playvid.com/watch/5tzAc03NMDE, http://www.playvid.com/watch/YTGyQErO7Kg,
http://www.playvid.com/watch/kKJ5CzMyrdo, http://www.playvid.com/watch/hAohvk9FK05, http://www.playvid.com/watch/JeSnna9Kdyq,
http://www.playvid.com/watch/lebxSjvmivt, http://www.playvid.com/watch/eRuiekJnBm5, http://www.playvid.com/watch/aveoh364-RP,
http://www.playvid.com/watch/cuiz0U-fvyT, http://www.playvid.com/watch/xsjIE3EEdsS, http://www.playvid.com/watch/8NPpudR2VZx,
http://www.playvid.com/watch/PJNgIb5-85H, http://www.playvid.com/watch/zhfyaEBOciJ, http://www.playvid.com/watch/CWNr94DxEBj,
http://www.playvid.com/watch/eYdA5jyi6He, http://www.playvid.com/watch/s3FI2dUBwma, http://www.playvid.com/watch/oCuslRbD3Mq,
http://www.playvid.com/watch/atLmmVknyCP, http://www.playvid.com/watch/KJ5qiLF0GQg, http://www.playvid.com/watch/8txsedrKkDX,
http://www.playvid.com/watch/IkabDErG8IK, http://www.playvid.com/watch/tzmQ3u9ThGx, http://www.playvid.com/watch/BXrzHtCP7hz,
http://www.playvid.com/watch/0V6ddB6IkQh, http://www.playvid.com/watch/i85fiY5lvd5, http://www.playvid.com/watch/JK2p-eBSBQG,
http://www.playvid.com/watch/WIlfMR3pIOn, http://www.playvid.com/watch/pl8kSBfYjHz, http://www.playvid.com/watch/yCK0KGn-gGy,
http://www.playvid.com/watch/BQ3cClQKvh9, http://www.playvid.com/watch/9hiNFNFLrRR, http://www.playvid.com/watch/8duc2sykg5T,
http://www.playvid.com/watch/MmM9xdOmGGN, http://www.playvid.com/watch/-QOZpiOih8s, http://www.playvid.com/watch/KNrJsSV9R6y,
http://www.playvid.com/watch/uc47zimnYpL, http://www.playvid.com/watch/yb-YdldR72-, http://www.playvid.com/watch/Rzv2FNZsDfk,
http://www.playvid.com/watch/2j4mh803Ko-, http://www.playvid.com/watch/JROzKQC98b7, http://www.playvid.com/watch/2yKWerz5Upj,
http://www.playvid.com/watch/rcE4LOluoCC, http://www.playvid.com/watch/xDISH9mizhF, http://www.playvid.com/watch/GIgzvjsyf5Y,
http://www.playvid.com/watch/4XYq2gHhwW5, http://www.playvid.com/watch/ukhzLCwqThI, http://www.playvid.com/watch/GzpwxtH4vam,
http://www.playvid.com/watch/lYp2z23nRA3, http://www.playvid.com/watch/GsgulnVspWq, http://www.playvid.com/watch/pO83Z9sMo2R,
http://www.playvid.com/watch/myLvWhZjYeW, http://www.playvid.com/watch/2hoO4xz0Kpk, http://www.playvid.com/watch/jmRsU6q24nC,
http://www.playvid.com/watch/rhXnK2L7o35, http://www.playvid.com/watch/U0hKgH3MSmY, http://www.playvid.com/watch/tyvJaCzJIC4,
http://www.playvid.com/watch/vgDX45lWMU2, http://www.playvid.com/watch/w-ZfDpyGRUF, http://www.playvid.com/watch/R7IqCwRpQfH,
http://www.playvid.com/watch/xQye40-JERF, http://www.playvid.com/watch/786LC8M0UKe, http://www.playvid.com/watch/IdhgbkbmS4w,
http://www.playvid.com/watch/GED4FtTTKXF, http://www.playvid.com/watch/5lbmgTZySpG, http://www.playvid.com/watch/vkqM9lKfN3x,
http://www.playvid.com/watch/WEXi0UWsSwX, http://www.playvid.com/watch/6hUxCa9DeAq, http://www.playvid.com/watch/9JM8fyM9IuK,
http://www.playvid.com/watch/oGxJkTYTmCH, http://www.playvid.com/watch/ulAsznbospR, http://www.playvid.com/watch/eo-kp0eNFPk,
http://www.playvid.com/watch/4kfn2nf7l83, http://www.playvid.com/watch/KlTjTdaj3KG, http://www.playvid.com/watch/pUrWynECTAu,
http://www.playvid.com/watch/ZPrEHJ-hdz2, http://www.playvid.com/watch/sk29nnPS3Zs, http://www.playvid.com/watch/zYOXU4-a6Lo,
http://www.playvid.com/watch/vPVve8pgHZY, http://www.playvid.com/watch/R5weaiLJZdf, http://www.playvid.com/watch/isqb5Rk6UNY,
http://www.playvid.com/watch/uQEkLMEgLFC, http://www.playvid.com/watch/tVzeQ2wcYMo, http://www.playvid.com/watch/JOAqNqLHB5F,
http://www.playvid.com/watch/DnJk9EAGX3h, http://www.playvid.com/watch/ICeZ4yiWWlS, http://www.playvid.com/watch/cHgIFjIJF9c,
http://www.playvid.com/watch/UhfFHNWEtbP, http://www.playvid.com/watch/4Z8b60htwAF, http://www.playvid.com/watch/020yHq2CqPO,
http://www.playvid.com/watch/NEPn9vPzG4W, http://www.playvid.com/watch/UTwuqkcRjAE, http://www.playvid.com/watch/kgqhrph3eUP,
http://www.playvid.com/watch/IPogeAYlNb9, http://www.playvid.com/watch/Q4zhjyFhCUu, http://www.playvid.com/watch/RXB5eVHHvwA,
http://www.playvid.com/watch/5yJ0mgvh7U0, http://www.playvid.com/watch/nv5NKqahnmY, http://www.playvid.com/watch/Bi7SxnhcMPg,
http://www.playvid.com/watch/IIs5JdQiffd, http://www.playvid.com/watch/9z-zSTZvBW6, http://www.playvid.com/watch/V5Yp0Z9hZ9L,
http://www.playvid.com/watch/wUqdZVoR5Hn, http://www.playvid.com/watch/eOi6rkMpwva, http://www.playvid.com/watch/CA5LGy9O0Zx,
http://www.playvid.com/watch/PFVawDUWB38, http://www.playvid.com/watch/qAOCIyyNIbL, http://www.playvid.com/watch/jOHDE6oI5DW,
http://www.playvid.com/watch/Ud4LCbYyGTZ, http://www.playvid.com/watch/v-Z-0ixSKwo, http://www.playvid.com/watch/PLeOsuEepSY,
http://www.playvid.com/watch/CXoZswmx7i6, http://www.playvid.com/watch/v5OPIHdcspH, http://www.playvid.com/watch/fRIDK4jnOjv,
http://www.playvid.com/watch/LC4KxE60POY, http://www.playvid.com/watch/FYqAIjVTeGR, http://www.playvid.com/watch/xt-TUeulrRk,
http://www.playvid.com/watch/ymBCK6QyUqA, http://www.playvid.com/watch/-W7DZqoYYzs, http://www.playvid.com/watch/zCvL30qTB55,
http://www.playvid.com/watch/rAU2r78Md5x, http://www.playvid.com/watch/RSqVPJ6AGMs, http://www.playvid.com/watch/YM2-BiNGXpL,
http://www.playvid.com/watch/hu8l3lcSGY7, http://www.playvid.com/watch/keCfvPAQUJg, http://www.playvid.com/watch/HL26P7IwPFQ,
http://www.playvid.com/watch/wnzEWPtBmol, http://www.playvid.com/watch/eNmKuCb392U, http://www.playvid.com/watch/NZvxJzSURA6,
http://www.playvid.com/watch/nYUBI5C8t47, http://www.playvid.com/watch/TiKobu5bum-, http://www.playvid.com/watch/fJOTaVRqoSL,
http://www.playvid.com/watch/2aPTVWv5bYl, http://www.playvid.com/watch/WyanoP6PIgI, http://www.playvid.com/watch/jpdrMqQhdwA,
http://www.playvid.com/watch/eba4UdRidPJ, http://www.playvid.com/watch/9sTFRWhwsGp, http://www.playvid.com/watch/klTWoPXqWuD,
http://www.playvid.com/watch/XecFg-hGikz, http://www.playvid.com/watch/Zr-QdMhdqmf, http://www.playvid.com/watch/t7VYaFH2hc7,
http://www.playvid.com/watch/5ghgGQddwwX, http://www.playvid.com/watch/vHfTlUMZtwI, http://www.playvid.com/watch/-TKWLhVQhJk,
http://www.playvid.com/watch/haOugPPoNy0, http://www.playvid.com/watch/Uk7aTr5SRxl, http://www.playvid.com/watch/UBqpxXn9Ube,
http://www.playvid.com/watch/-fDxohT9MCF, http://www.playvid.com/watch/oY-0o8IlA65, http://www.playvid.com/watch/p7T8EcOIP0B,
http://www.playvid.com/watch/eedTiK5Axo9, http://www.playvid.com/watch/tAjq0L60gQo, http://www.playvid.com/watch/4j2dBqI65xL,
http://www.playvid.com/watch/TZ4Y0nAgVlD, http://www.playvid.com/watch/l4PRxtRgsWx, http://www.playvid.com/watch/hYmv3jRxlAq,
http://www.playvid.com/watch/uHsZgsR8xAP, http://www.playvid.com/watch/jyHuQfcKpQk, http://www.playvid.com/watch/nfLSbUlEOWr,
http://www.playvid.com/watch/slSEG0bdmHk, http://www.playvid.com/watch/lzQFhmhSnii, http://www.playvid.com/watch/bWmvkeuS78r,
http://www.playvid.com/watch/X7aSUXh4xYY, http://www.playvid.com/watch/3pgfCpsyRCZ, http://www.playvid.com/watch/cTndQEekcgy,
http://www.playvid.com/watch/ZqlIxp69rFV, http://www.playvid.com/watch/UpVUMIfGSt0, http://www.playvid.com/watch/Ch4n2CkdwXt,
http://www.playvid.com/watch/0bYLXZJP-tp, http://www.playvid.com/watch/YZ74peAtnUp, http://www.playvid.com/watch/uk4j3JVVDSW,
http://www.playvid.com/watch/D58r4poGNBu, http://www.playvid.com/watch/BxqWGxUXk0a, http://www.playvid.com/watch/wQ3lwrB-Wjs,
http://www.playvid.com/watch/zSHjh3ZxRft, http://www.playvid.com/watch/BMqTN0YplcX, http://www.playvid.com/watch/3ya52jKzjbo,
http://www.playvid.com/watch/C9rltTiZomO, http://www.playvid.com/watch/pbG7Q-EYi3v, http://www.playvid.com/watch/4EoPCbKaprM,
http://www.playvid.com/watch/ZWvyGQEQWmU, http://www.playvid.com/watch/gNr-zKZI2g4, http://www.playvid.com/watch/yxnDEAZUtVM,
http://www.playvid.com/watch/P98cLwqvIa9, http://www.playvid.com/watch/IkXtpQU4Evv, http://www.playvid.com/watch/Lml3-g04brE,
http://www.playvid.com/watch/FXymPCFsx9L, http://www.playvid.com/watch/yWnmOUf2VaS, http://www.playvid.com/watch/Q58JyHmHfSM,
http://www.playvid.com/watch/qrPmkxi5iur, http://www.playvid.com/watch/G9IJrVZuOmO, http://www.playvid.com/watch/eIvUL9lG4Hm,
http://www.playvid.com/watch/DAlRT3n7SKO, http://www.playvid.com/watch/Ycv35np7zUf, http://www.playvid.com/watch/PHEryEPrmFo,
http://www.playvid.com/watch/XMfFVtCu86m, http://www.playvid.com/watch/zU8lm5zols9, http://www.playvid.com/watch/PKCd5AgbvGY,
http://www.playvid.com/watch/fk8pQdIdNko, http://www.playvid.com/watch/stYumMeE8Zz, http://www.playvid.com/watch/I9AS4ud4v0x,
http://www.playvid.com/watch/scvGwQavbdR, http://www.playvid.com/watch/cJhtppPL8YE, http://www.playvid.com/watch/Zc8hpAthilV,
http://www.playvid.com/watch/9WLb3NmtIzM, http://www.playvid.com/watch/rJCcs5HV-K8, http://www.playvid.com/watch/lfQVfAmMvy5,
http://www.playvid.com/watch/ByvhxldXRcW, http://www.playvid.com/watch/yoHjz8rWVDi, http://www.playvid.com/watch/5BCces2gUNx,
http://www.playvid.com/watch/ohLjEAX9KcZ, http://www.playvid.com/watch/sgTmTLhW6Mb, http://www.playvid.com/watch/mWRkONr7Py-,
http://www.playvid.com/watch/lTTkJJ9RvDn, http://www.playvid.com/watch/eqHMRaj6Uoq, http://www.playvid.com/watch/ATlUguOOoEw,
http://www.playvid.com/watch/3aSHLUDK5LY, http://www.playvid.com/watch/IhrJ4q5oFk7, http://www.playvid.com/watch/hdwyYhuOFXg,
http://www.playvid.com/watch/AY5g2AvOLXC, http://www.playvid.com/watch/8aoCPnEqZ83, http://www.playvid.com/watch/jarr6lbbst6,
http://www.playvid.com/watch/vi4tFaWDl9h, http://www.playvid.com/watch/DWLtcI-5OFe, http://www.playvid.com/watch/EItdSlzRsIz,
http://www.playvid.com/watch/dmjQpOtufFv, http://www.playvid.com/watch/ugBYZ3FvoJy, http://www.playvid.com/watch/JuymkUxRDWq,

http://www.playvid.com/watch/JieX3SEfNk4, http://www.playvid.com/watch/dTXtPsXAL5z, http://www.playvid.com/watch/pVkU-ahKUOL, http://www.playvid.com/watch/80jyQNmNn9o, http://www.playvid.com/watch/EKCNqD4maBX, http://www.playvid.com/watch/bL348L8FB2l, http://www.playvid.com/watch/jEG8amXuIDh, http://www.playvid.com/watch/ArBgYjK7dYt, http://www.playvid.com/watch/WXzk7OHGHUa, http://www.playvid.com/watch/lpQ6CAHJmCl, http://www.playvid.com/watch/Ulkl9Q4j65V
5.f. Date of third notice: 2013-08-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: texbit
5.b. Uploader's email address: ramilhubb@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/texbit
5.e. List of videos posted by uploader: http://www.playvid.com/watch/47eSuw2YHro, http://www.playvid.com/watch/O0znU1tTUxJ, http://www.playvid.com/watch/pN7R05Y0Vsf, http://www.playvid.com/watch/daBCl1BhBiA, http://www.playvid.com/watch/JfCVJ1ldWUL, http://www.playvid.com/watch/XlpKi-v2It8, http://www.playvid.com/watch/gSIlnaHsoib, http://www.playvid.com/watch/yr2rJ1nO6aB, http://www.playvid.com/watch/J_9zGDYCBG9, http://www.playvid.com/watch/LG44S8BMiQe, http://www.playvid.com/watch/J5ssNQ3x4ne, http://www.playvid.com/watch/iqsWM4dLwAK, http://www.playvid.com/watch/mtcMqWOjQDX, http://www.playvid.com/watch/udkhWN95iZP, http://www.playvid.com/watch/iU0_ZNfhzRG, http://www.playvid.com/watch/GLOpM2MIaWk, http://www.playvid.com/watch/TVSnazT5tXR, http://www.playvid.com/watch/YYnKOegK9OO, http://www.playvid.com/watch/i7Gb4gxt5sH, http://www.playvid.com/watch/OrQjNmxAbXQ, http://www.playvid.com/watch/drRJV9cWTl8, http://www.playvid.com/watch/OAjvcyhUDJF, http://www.playvid.com/watch/ilMQSceTqUt, http://www.playvid.com/watch/ZtGZTaqFDRa, http://www.playvid.com/watch/S7v2G2oJxv7, http://www.playvid.com/watch/M9dAvp_J1he, http://www.playvid.com/watch/Yd8nCpNFG9u, http://www.playvid.com/watch/X8g9MKYxYz8, http://www.playvid.com/watch/SXn9YtbFvSt, http://www.playvid.com/watch/7U7nbS06Vzq, http://www.playvid.com/watch/iRvnM6qswcJ, http://www.playvid.com/watch/Q3pLhaK6b-G, http://www.playvid.com/watch/fh2PDGvx2SA, http://www.playvid.com/watch/uXXmAUqkMPT, http://www.playvid.com/watch/gh0jwpKViEP, http://www.playvid.com/watch/cN1pgo5ajo5, http://www.playvid.com/watch/5cVsr064yFB, http://www.playvid.com/watch/iScu3OiBo54, http://www.playvid.com/watch/i1eax3NQ5qE, http://www.playvid.com/watch/YpE_SX1L_Xr, http://www.playvid.com/watch/7mcS1aP5oQS, http://www.playvid.com/watch/mL0aswouiTo, http://www.playvid.com/watch/TfqDheBUzHb, http://www.playvid.com/watch/b1fq6XI7fex, http://www.playvid.com/watch/BDkigEFSofi, http://www.playvid.com/watch/o8uRms5cQPO, http://www.playvid.com/watch/BqsIRljoPPU, http://www.playvid.com/watch/QJ2MCYMt05l, http://www.playvid.com/watch/3xuRWtBDHv5, http://www.playvid.com/watch/5u4x8Hty_RL, http://www.playvid.com/watch/y8M3GpiUfQE, http://www.playvid.com/watch/VXHyGZJ4boO, http://www.playvid.com/watch/I15tDeS5L8S, http://www.playvid.com/watch/z8qeMz4vEUE, http://www.playvid.com/watch/SXRV65QhX5J, http://www.playvid.com/watch/HKi3zbdZNQ5, http://www.playvid.com/watch/6jDjCgmrCwH, http://www.playvid.com/watch/Aw4lhmPMmKZ, http://www.playvid.com/watch/ZWmwSAfrADb, http://www.playvid.com/watch/abgXCt5xecs, http://www.playvid.com/watch/zaeNvX_dnpG, http://www.playvid.com/watch/GQZZ2dX2qq6, http://www.playvid.com/watch/QQDJevDoNo5, http://www.playvid.com/watch/d87UfO8F5D6, http://www.playvid.com/watch/udwO6GpueZR, http://www.playvid.com/watch/d6i0tHh6Nfg, http://www.playvid.com/watch/3Sd5GwLN70X, http://www.playvid.com/watch/GT0QErYYufh, http://www.playvid.com/watch/6Wxxas9CPeu, http://www.playvid.com/watch/Tg1gNfJEmPT, http://www.playvid.com/watch/KYiDI2fvQye, http://www.playvid.com/watch/4EVCi0b7j9t, http://www.playvid.com/watch/lRDz85DRMb0, http://www.playvid.com/watch/Chm2DyQpDFx, http://www.playvid.com/watch/mYmreMVgQbV, http://www.playvid.com/watch/o5yfUeJ_ees, http://www.playvid.com/watch/kul4RmRzYIa, http://www.playvid.com/watch/YHKzl9t4UVz, http://www.playvid.com/watch/WgG6bhaiYXZ, http://www.playvid.com/watch/uSBrwBc0GUQ, http://www.playvid.com/watch/tftOHf2FOkg, http://www.playvid.com/watch/l_teBpWe3vg, http://www.playvid.com/watch/Q5lm1_pkvRl, http://www.playvid.com/watch/uaZv7ZqQnLO, http://www.playvid.com/watch/L7jyjkRJiKW, http://www.playvid.com/watch/vL488pape6J, http://www.playvid.com/watch/8v3ffHduVmp, http://www.playvid.com/watch/B2FenlRPgey, http://www.playvid.com/watch/X38cWK73l6w, http://www.playvid.com/watch/fdwfl--t6vF, http://www.playvid.com/watch/3wESLYe4rJY, http://www.playvid.com/watch/PgijyywTd9A, http://www.playvid.com/watch/q5YZ_tZxWBH, http://www.playvid.com/watch/hR7necikPCV, http://www.playvid.com/watch/QvCilr8m_yI, http://www.playvid.com/watch/YS9pb8dgOMT, http://www.playvid.com/watch/YNVM-GodRx5, http://www.playvid.com/watch/GowinYvUwJK, http://www.playvid.com/watch/jgcvNHlaY6a, http://www.playvid.com/watch/R8GebHJfG8m, http://www.playvid.com/watch/4_T2i3fwIB0, http://www.playvid.com/watch/fj9JaptvxnR, http://www.playvid.com/watch/6s24QoLzeto, http://www.playvid.com/watch/d2JjSH4xNBD, http://www.playvid.com/watch/i2U9uvV2h78, http://www.playvid.com/watch/IGKYLYFiuny, http://www.playvid.com/watch/5ZSK7tdT5Ro, http://www.playvid.com/watch/9Ej5iAsM0sC, http://www.playvid.com/watch/iTtgiVlIkJE, http://www.playvid.com/watch/OuftFe_4jsY, http://www.playvid.com/watch/vhgE_l1HNSS, http://www.playvid.com/watch/kVmsjv3pwZV, http://www.playvid.com/watch/3sXXDLRdSlT, http://www.playvid.com/watch/CByednnM_ru, http://www.playvid.com/watch/dytqghGLEVB, http://www.playvid.com/watch/RAh_6Aa4G0X, http://www.playvid.com/watch/8rmT5Kd9Cr3, http://www.playvid.com/watch/YUEANTeph3R, http://www.playvid.com/watch/gY1TBqt600e, http://www.playvid.com/watch/i4dNNlpw3Yw, http://www.playvid.com/watch/U2vEJVKmWOQ, http://www.playvid.com/watch/ubWnIKc0w4e, http://www.playvid.com/watch/vfX-6Lam2ru, http://www.playvid.com/watch/dSPFqo0b85Z, http://www.playvid.com/watch/D84X5TCIh0L, http://www.playvid.com/watch/24rBebWJRUm, http://www.playvid.com/watch/70fePknb4Qs, http://www.playvid.com/watch/WooIzXS9rkl, http://www.playvid.com/watch/By-ppVFj-wI, http://www.playvid.com/watch/VvAqPzmOYsH, http://www.playvid.com/watch/6t2GRrz8pDj, http://www.playvid.com/watch/3pMdy_Jtk-S, http://www.playvid.com/watch/SkIaSv8a1BO, http://www.playvid.com/watch/MCxa04zd9xA, http://www.playvid.com/watch/Lpfv8ReynE4, http://www.playvid.com/watch/B8tmhMCi2wI, http://www.playvid.com/watch/jvQXHeaoEbm, http://www.playvid.com/watch/RIuYxh_LdLC, http://www.playvid.com/watch/Kp2130ETofR, http://www.playvid.com/watch/wfl6cUAd7LO, http://www.playvid.com/watch/kNU3TzQhTop, http://www.playvid.com/watch/hWEguv5pPYK, http://www.playvid.com/watch/DBHB_csAXkr, http://www.playvid.com/watch/Hl9fvsWGrLR, http://www.playvid.com/watch/BM6n5Xt9hYA, http://www.playvid.com/watch/GTbWGSxC1eL, http://www.playvid.com/watch/3l2fohEhm8a, http://www.playvid.com/watch/dfSNzD-Kdrt, http://www.playvid.com/watch/JaaOdaNA4oh, http://www.playvid.com/watch/mKYqcMw10yn, http://www.playvid.com/watch/UXhuASRSgX0, http://www.playvid.com/watch/83CwRyQ66c8, http://www.playvid.com/watch/S5CE2Z1TWct, http://www.playvid.com/watch/P40OVrNVvzn, http://www.playvid.com/watch/bgVUDSyyNCd, http://www.playvid.com/watch/iSjY4a9dcMe, http://www.playvid.com/watch/7NOKHjYxMrM, http://www.playvid.com/watch/BwZ22K2v13l, http://www.playvid.com/watch/pWNVZN_fow3, http://www.playvid.com/watch/cm9C9uiQuS8, http://www.playvid.com/watch/7p0_N4xvs8m, http://www.playvid.com/watch/Reu7GRXJbY6, http://www.playvid.com/watch/IW7hH76ifIu, http://www.playvid.com/watch/SI8-Xh0nChT, http://www.playvid.com/watch/cKCVjhAh8cx, http://www.playvid.com/watch/sHP1FohccKo, http://www.playvid.com/watch/fi9tOmCqedj, http://www.playvid.com/watch/ulGwnSgs5CO, http://www.playvid.com/watch/4_VRxirB2Bk, http://www.playvid.com/watch/ituOOAu7A4d, http://www.playvid.com/watch/ejfPXKQXjuH, http://www.playvid.com/watch/zRTwSIjC6e4, http://www.playvid.com/watch/oD3UWu7El9p, http://www.playvid.com/watch/AM5wxi0AaeF, http://www.playvid.com/watch/w-tKvw4p914, http://www.playvid.com/watch/VD9v9BnU_8R, http://www.playvid.com/watch/6IIzm2lshDJ, http://www.playvid.com/watch/shq6JDEAQdn, http://www.playvid.com/watch/4vOkASu6JLr, http://www.playvid.com/watch/INC7lAaV4xS, http://www.playvid.com/watch/4Uev4anC5ns, http://www.playvid.com/watch/gECeQtD9UTv, http://www.playvid.com/watch/XbgtDmc1L9M, http://www.playvid.com/watch/N9Fc7C80K29, http://www.playvid.com/watch/MX_XeNm8Fyx, http://www.playvid.com/watch/FX8rw2vKX-C, http://www.playvid.com/watch/3raGvtG9Jcr, http://www.playvid.com/watch/Q3koD8uvUeL, http://www.playvid.com/watch/qQ2xYrUeo9G, http://www.playvid.com/watch/TPh8SLdalmY, http://www.playvid.com/watch/ghLQyccRgsI, http://www.playvid.com/watch/Nq2vQ8A2Gtr, http://www.playvid.com/watch/8W9w7ecI-QC, http://www.playvid.com/watch/dgmXDzg4vu4, http://www.playvid.com/watch/e0BceW1ekcv, http://www.playvid.com/watch/FNxqQeanpZd, http://www.playvid.com/watch/qjk1sP6AsA0, http://www.playvid.com/watch/RhojsXU63gK, http://www.playvid.com/watch/EGdhXgKW3xq, http://www.playvid.com/watch/fXIrzV-21Fp, http://www.playvid.com/watch/93UA-2xb1PG, http://www.playvid.com/watch/lLUWvw_vdZg, http://www.playvid.com/watch/i1FkjEncKct, http://www.playvid.com/watch/NZUgfCxe-ws, http://www.playvid.com/watch/YqTXI99qlTa, http://www.playvid.com/watch/FjczWZwbQSl, http://www.playvid.com/watch/6qzGgJNFDj8, http://www.playvid.com/watch/tfVEJVnwJP8, http://www.playvid.com/watch/vqmpt4xSlKn, http://www.playvid.com/watch/A6B9-MHvXOK, http://www.playvid.com/watch/zk9jmrJlD_P, http://www.playvid.com/watch/DHWXuJO7Iqg, http://www.playvid.com/watch/Sp-LwTYuP5o, http://www.playvid.com/watch/ii-5_VCmr9A, http://www.playvid.com/watch/rxiwkpPSAek, http://www.playvid.com/watch/53EID-CgjxJ, http://www.playvid.com/watch/cUmcmzBgWDT, http://www.playvid.com/watch/XjEMRO6RDRJ, http://www.playvid.com/watch/kw2WOHzI-Fm, http://www.playvid.com/watch/kp21QCirJbe, http://www.playvid.com/watch/uztqDT-4R82
5.f. Date of third notice: 2014-05-02
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: thatguy0121
5.b. Uploader's email address: r.johnson2176@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/thatguy0121
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2ePIPsN7OLL, http://www.playvid.com/watch/KZPjgnA3Rir, http://www.playvid.com/watch/xRv4x5B8-4T, http://www.playvid.com/watch/5fUOV94sBtx, http://www.playvid.com/watch/hg2kBpiCtKu, http://www.playvid.com/watch/sg7RFKFW4hs, http://www.playvid.com/watch/KWWrhK9B4gH, http://www.playvid.com/watch/mL8urT-mXpY, http://www.playvid.com/watch/LeJCLGxJpNs, http://www.playvid.com/watch/fGde3rL5tKs, http://www.playvid.com/watch/ZhHJsheSHu-, http://www.playvid.com/watch/4A7KZszCSw7, http://www.playvid.com/watch/MH4DjrMTMSz, http://www.playvid.com/watch/BMugDh32Hvg, http://www.playvid.com/watch/UaFIFJLJmCW, http://www.playvid.com/watch/aYcmAeUJdIO, http://www.playvid.com/watch/KVqfPoAgKZ-,

http://www.playvid.com/watch/rZ7iXAriTAC, http://www.playvid.com/watch/BXW-7zPFzNV, http://www.playvid.com/watch/qGBhmocRxZx,
http://www.playvid.com/watch/yP2kjPK9bVx, http://www.playvid.com/watch/h7pqGkea2mx, http://www.playvid.com/watch/bpg4ZjWrDT8,
http://www.playvid.com/watch/ZtGI3awAs95, http://www.playvid.com/watch/M-Xc-8cFnKD, http://www.playvid.com/watch/5m4klEggolQ,
http://www.playvid.com/watch/zF5zOL25rkh, http://www.playvid.com/watch/GZHDdMhn8d3, http://www.playvid.com/watch/GLwL9f5DosR,
http://www.playvid.com/watch/nazmPKZAuur, http://www.playvid.com/watch/IIa-b6u4AMO, http://www.playvid.com/watch/FoGALIAtwfv,
http://www.playvid.com/watch/qWgqvLbi4Ef, http://www.playvid.com/watch/drIkyhM07ne, http://www.playvid.com/watch/dRXKd9uf6l3,
http://www.playvid.com/watch/CStnzKlcRUF, http://www.playvid.com/watch/ibW-YW0k3eY, http://www.playvid.com/watch/Uwf9aNcLMed,
http://www.playvid.com/watch/0bDYdy7v-Dg, http://www.playvid.com/watch/hzOx3EhBLNO, http://www.playvid.com/watch/HXNgemr4NcC,
http://www.playvid.com/watch/3Zgx02rUWpF, http://www.playvid.com/watch/TQq9adN0RXd, http://www.playvid.com/watch/WcFxYbTgAjE,
http://www.playvid.com/watch/Ay8JpKjcMNJ, http://www.playvid.com/watch/V7jW7mBoifq, http://www.playvid.com/watch/Eeq7RbXLfQb,
http://www.playvid.com/watch/l-GxjPHQ2-Y, http://www.playvid.com/watch/tkNCvATFyJm, http://www.playvid.com/watch/VoWo5PRmvdK,
http://www.playvid.com/watch/Zaya-veXZ7d, http://www.playvid.com/watch/rO-yJ6qcNag, http://www.playvid.com/watch/6-odjzzrhf2,
http://www.playvid.com/watch/kZuT-JYEolq, http://www.playvid.com/watch/9KvvUJW-9dc, http://www.playvid.com/watch/HYLTZfmOlrg,
http://www.playvid.com/watch/LCc-PuZDYvn, http://www.playvid.com/watch/GUqgyqfgqMh, http://www.playvid.com/watch/N-7P6yvIVb2,
http://www.playvid.com/watch/Niwhs2ZRWmN, http://www.playvid.com/watch/Qp2JzUbymAW, http://www.playvid.com/watch/ukAMcDrOCzw,
http://www.playvid.com/watch/unMFl3PRdSe, http://www.playvid.com/watch/p8cAehdpxsN, http://www.playvid.com/watch/25-AEKGqSxA,
http://www.playvid.com/watch/lugrz7bCF4H, http://www.playvid.com/watch/texu5eiAZwF, http://www.playvid.com/watch/DAKtR4tOxCq,
http://www.playvid.com/watch/gUdJLdKV8Ov, http://www.playvid.com/watch/aNwoKoLyL3Z, http://www.playvid.com/watch/dJXWsnv4GeI,
http://www.playvid.com/watch/L0UQEbJH-OR, http://www.playvid.com/watch/T9Em-VeNTDc, http://www.playvid.com/watch/Gavs8uMmzif,
http://www.playvid.com/watch/QmDbl5nZQWP, http://www.playvid.com/watch/jKEb5op0XNU, http://www.playvid.com/watch/lU3jATumcKJ,
http://www.playvid.com/watch/6FM43D7Uuk0, http://www.playvid.com/watch/rFRtIHcQJHr, http://www.playvid.com/watch/sz2qanQrDvD,
http://www.playvid.com/watch/05UnZRzLAWg, http://www.playvid.com/watch/eIo-pn2-MEL, http://www.playvid.com/watch/XZt9D6tl5Tw,
http://www.playvid.com/watch/hdY9m6bwcde, http://www.playvid.com/watch/tmGRJYlybgB, http://www.playvid.com/watch/WFpk0P48efS,
http://www.playvid.com/watch/yDLx7ldpQGN, http://www.playvid.com/watch/EXQ4C2vtuix, http://www.playvid.com/watch/J62QgHXincC,
http://www.playvid.com/watch/YLZgWzm8MWT, http://www.playvid.com/watch/4Pecf0RtQvs, http://www.playvid.com/watch/IH6t9hRMSFd,
http://www.playvid.com/watch/D0HI7Rt0DN4, http://www.playvid.com/watch/EJnSE0n4ccT, http://www.playvid.com/watch/MCYup8uKvRb,
http://www.playvid.com/watch/ChF3Ryaz7hG, http://www.playvid.com/watch/0rDOvl0nQWE, http://www.playvid.com/watch/jHuFm4XU7BE,
http://www.playvid.com/watch/8aVLcVEGZjj, http://www.playvid.com/watch/iJkcQlNQjDj, http://www.playvid.com/watch/Z5-5qPwmG23,
http://www.playvid.com/watch/sVXSXynclAx, http://www.playvid.com/watch/gzmRHIOCCxD, http://www.playvid.com/watch/Bcj9Y3dpmFW,
http://www.playvid.com/watch/gVzcelyB7nJ, http://www.playvid.com/watch/zuSVmGS8Ve3, http://www.playvid.com/watch/BH9z5arGwGe,
http://www.playvid.com/watch/4eKNfB83cOZ, http://www.playvid.com/watch/577kPxYJpzr, http://www.playvid.com/watch/DpbCDv5Q9eu,
http://www.playvid.com/watch/ytdRee90gFs, http://www.playvid.com/watch/8jkBpuLDMJA, http://www.playvid.com/watch/iLDz5mFQxI0,
http://www.playvid.com/watch/Gs2D9xYWyB8, http://www.playvid.com/watch/U7hEzgaKnNF, http://www.playvid.com/watch/SPOcJG6Hxbe,
http://www.playvid.com/watch/YEMVktePqNn, http://www.playvid.com/watch/x7BkKAZZDY8, http://www.playvid.com/watch/5SryH30CmYt,
http://www.playvid.com/watch/GrCPApP3Dgf, http://www.playvid.com/watch/r60vlsKFADh, http://www.playvid.com/watch/yGe3pMH0W2P,
http://www.playvid.com/watch/bl4CgXv9pIU, http://www.playvid.com/watch/xL6vvsTsP-V, http://www.playvid.com/watch/LT0bD8YUjHT,
http://www.playvid.com/watch/t4sbkGsfuVH, http://www.playvid.com/watch/wf8oSlIJ5nD, http://www.playvid.com/watch/TVX3hKszA9i,
http://www.playvid.com/watch/k4VeTIoC0D4, http://www.playvid.com/watch/tVAzSXi6z0-, http://www.playvid.com/watch/PT2Y8ESCdci,
http://www.playvid.com/watch/0FylnzhMWwu, http://www.playvid.com/watch/YHLZVvwmYnO, http://www.playvid.com/watch/T6A0heWKrlU,
http://www.playvid.com/watch/Tye5W5ohNs6, http://www.playvid.com/watch/RWPwM04yZIC, http://www.playvid.com/watch/2lMP3tU5NHy,
http://www.playvid.com/watch/yM-lMzzhuOE, http://www.playvid.com/watch/lRhMNB06kOM, http://www.playvid.com/watch/wVkjfmF2qQs,
http://www.playvid.com/watch/BC0tGsMQgRw, http://www.playvid.com/watch/CPCN-r8PmJX, http://www.playvid.com/watch/qCXIogjbzF5,
http://www.playvid.com/watch/qyMRqKF2KoA, http://www.playvid.com/watch/fMmQnGC0ECv, http://www.playvid.com/watch/YWDaATt79wO,
http://www.playvid.com/watch/ZoON7my7Kb3, http://www.playvid.com/watch/WP2J7BeRKMX, http://www.playvid.com/watch/653hFbDckQd,
http://www.playvid.com/watch/bHCeTTup-2u, http://www.playvid.com/watch/jQmHuM6lSz6, http://www.playvid.com/watch/JVTkRjN3Mok,
http://www.playvid.com/watch/4XnzsUMskE7, http://www.playvid.com/watch/wzCdWDqB7AV, http://www.playvid.com/watch/7DblFrtaH0x,
http://www.playvid.com/watch/OJKZjVNDVia, http://www.playvid.com/watch/NOuUnkfvpvb, http://www.playvid.com/watch/PhPJ7ZKkljw,
http://www.playvid.com/watch/8kPfsoiVKvH, http://www.playvid.com/watch/lXW98Vl2pJS, http://www.playvid.com/watch/yhjrqbCvunt,
http://www.playvid.com/watch/IyCR-EJ7A0R, http://www.playvid.com/watch/UiFGVAT0Drk, http://www.playvid.com/watch/JU64tTRGWrX,
http://www.playvid.com/watch/KyxW655E5UY, http://www.playvid.com/watch/ZXhnujZygfI, http://www.playvid.com/watch/g34MyWdnqNm,
http://www.playvid.com/watch/SDJlPaEiDjk, http://www.playvid.com/watch/RaKEuvrcCH6, http://www.playvid.com/watch/bQ0jqCuojB5,
http://www.playvid.com/watch/eNOvNtKiFae, http://www.playvid.com/watch/SUDvBHQLNY9, http://www.playvid.com/watch/-ezuJNffUo2,
http://www.playvid.com/watch/jxJGfcnW7cN, http://www.playvid.com/watch/w30Q2VzXEeU, http://www.playvid.com/watch/be77OP57h8x,
http://www.playvid.com/watch/2SO4VbJfFjA, http://www.playvid.com/watch/znLp0dmIofY, http://www.playvid.com/watch/YkPM0N4xnI8,
http://www.playvid.com/watch/FNFLKyZNFvf, http://www.playvid.com/watch/OHaI9nG2HnM, http://www.playvid.com/watch/bxw9cd8-It2,
http://www.playvid.com/watch/ID5upf9cIHY, http://www.playvid.com/watch/anXfZZURglo, http://www.playvid.com/watch/KIY3eX9wCP2,
http://www.playvid.com/watch/577siG-qKK5, http://www.playvid.com/watch/oW5IfB7NS5t, http://www.playvid.com/watch/b5YCK3itOrc,
http://www.playvid.com/watch/WI8tXxJBY74, http://www.playvid.com/watch/QPWtKL2jEpf, http://www.playvid.com/watch/9RBHYeUXaqT,
http://www.playvid.com/watch/qkartxIa-UW, http://www.playvid.com/watch/5e9NiuS85iG, http://www.playvid.com/watch/dsMJfPdVXDY,
http://www.playvid.com/watch/xf0nDhwWZyj, http://www.playvid.com/watch/B5Nvb6pozht, http://www.playvid.com/watch/xKODT2SnQMj,
http://www.playvid.com/watch/0RCQrBgVGWc, http://www.playvid.com/watch/6kntdL-hcne, http://www.playvid.com/watch/69zJ2wgAIcz,
http://www.playvid.com/watch/6N84MmnBCKh, http://www.playvid.com/watch/ZqgIs6rNG-c, http://www.playvid.com/watch/kxmpoZfyHHb,
http://www.playvid.com/watch/ZDdsS84MdEc, http://www.playvid.com/watch/i3wi9JxlqEL, http://www.playvid.com/watch/9R9tXBUjU3K,
http://www.playvid.com/watch/jvQIwZNsXcc, http://www.playvid.com/watch/ML8RQjt4g9c, http://www.playvid.com/watch/gw3wFwIcJef,
http://www.playvid.com/watch/7uBKUuxpOXx, http://www.playvid.com/watch/viJbkLVDRaI, http://www.playvid.com/watch/im6FzjliXIp,
http://www.playvid.com/watch/5zW46LgOnm0, http://www.playvid.com/watch/mSsyhyplfFJ, http://www.playvid.com/watch/pyaabKHJk3b,
http://www.playvid.com/watch/CyQtMy5RTS4, http://www.playvid.com/watch/tK4Eix9fgDp, http://www.playvid.com/watch/T9Ges8uyG66,
http://www.playvid.com/watch/dCuLPnfMyou, http://www.playvid.com/watch/KdJ7g76WlJn, http://www.playvid.com/watch/xTq645JQv4p,
http://www.playvid.com/watch/dop0uRmBoGD, http://www.playvid.com/watch/Geh9VFOgj07, http://www.playvid.com/watch/YPkX0pnY9dY,
http://www.playvid.com/watch/a7SLelsyH2S, http://www.playvid.com/watch/rzmSYYeZ8Vc, http://www.playvid.com/watch/h7BYSsHNXKi,
http://www.playvid.com/watch/-2Ig9ExCQ35, http://www.playvid.com/watch/TIIjTN0usfz, http://www.playvid.com/watch/A84cMPGhb8t,
http://www.playvid.com/watch/n2JCPfwEz3k, http://www.playvid.com/watch/PZopQSnCW9W, http://www.playvid.com/watch/g-wXtrNYMOh,
http://www.playvid.com/watch/c4lCJaL9uyS, http://www.playvid.com/watch/okaEdCisaEo, http://www.playvid.com/watch/H8szrC4W674,
http://www.playvid.com/watch/6nw62Eyzky4, http://www.playvid.com/watch/CIWOEzSVEYg, http://www.playvid.com/watch/xCeI2yifutG,
http://www.playvid.com/watch/AXbMepoggUK, http://www.playvid.com/watch/9hZA-P3ulNV, http://www.playvid.com/watch/UEFfyUPkE2H,
http://www.playvid.com/watch/I27wdvrSNYg, http://www.playvid.com/watch/b9qewgfwv9u, http://www.playvid.com/watch/-ojclM-fNKQ,
http://www.playvid.com/watch/bSOEy7cq-xG, http://www.playvid.com/watch/D4ARSyArdz-, http://www.playvid.com/watch/4AnXmaP9FmO,
http://www.playvid.com/watch/Q5QhWJdWZVI, http://www.playvid.com/watch/SLKp8CCATWk, http://www.playvid.com/watch/ILOltRZjWBA,
http://www.playvid.com/watch/FG88FnVa7xw, http://www.playvid.com/watch/aPhKBBWfRPD, http://www.playvid.com/watch/hXGvey7kwJb,
http://www.playvid.com/watch/dBYmufyz7jF, http://www.playvid.com/watch/jaIH8aKudJO, http://www.playvid.com/watch/jZ07pJBvTvJ,
http://www.playvid.com/watch/8sFitYbTxbY, http://www.playvid.com/watch/hNaZ4fVu89z, http://www.playvid.com/watch/qkVSW7jxccb,
http://www.playvid.com/watch/HrfuJesj-dP, http://www.playvid.com/watch/yVDsvWtQ8Ok, http://www.playvid.com/watch/0dlhEF4IBDU,
http://www.playvid.com/watch/LZIV9FkNYeh, http://www.playvid.com/watch/GutUBdlvDno, http://www.playvid.com/watch/crVzvnButJk,
http://www.playvid.com/watch/IbBfJxEuZTw, http://www.playvid.com/watch/YD0JUmKkLIk, http://www.playvid.com/watch/VVhsRtrsOAB,
http://www.playvid.com/watch/FgdfEUoCqHe, http://www.playvid.com/watch/wJtGTJdsfKn, http://www.playvid.com/watch/3DLZVeXi5Ns,
http://www.playvid.com/watch/vJxbq0Z4-h-, http://www.playvid.com/watch/pumKPRMD-l4, http://www.playvid.com/watch/KeC2LV4lDN7,
http://www.playvid.com/watch/pbRe6UOwOIt, http://www.playvid.com/watch/RzmUYbFBG3M, http://www.playvid.com/watch/IxTDlZ56cZi,
http://www.playvid.com/watch/TwP0Vmp7FEI, http://www.playvid.com/watch/aABEiQp6Z89, http://www.playvid.com/watch/ipIj6oglkOO,
http://www.playvid.com/watch/9Yinb5ZFDJB, http://www.playvid.com/watch/FaeLjCZAE6B, http://www.playvid.com/watch/gEPtvyX0scA,
http://www.playvid.com/watch/ORoddoMQ8Bi, http://www.playvid.com/watch/GavGN2srwRv, http://www.playvid.com/watch/UhIAtanT0PH,
http://www.playvid.com/watch/84qmkWLv5IS, http://www.playvid.com/watch/sz7RxocmNnS, http://www.playvid.com/watch/TaSu5P99BeS,
http://www.playvid.com/watch/K5INHsKjkGA, http://www.playvid.com/watch/mOTD2hGsiui, http://www.playvid.com/watch/rqtzoUJt5uF,
http://www.playvid.com/watch/6IVNZqz2Vo2, http://www.playvid.com/watch/T7uEqEen56J, http://www.playvid.com/watch/ahddmG9xfPa,
http://www.playvid.com/watch/KygChJoiEdE, http://www.playvid.com/watch/YhGqnL-5lBc, http://www.playvid.com/watch/7GuPD5RCgjI,
http://www.playvid.com/watch/D63zpNoUyMe, http://www.playvid.com/watch/Qz43uUHrI8P, http://www.playvid.com/watch/itCm5tr-TH0,
http://www.playvid.com/watch/TZlW8E8AdXk, http://www.playvid.com/watch/2wf7XnbBPUC, http://www.playvid.com/watch/9EA0tFdnX8t,

http://www.playvid.com/watch/c49tjOwH4QD, http://www.playvid.com/watch/PWqRaKNc3KD, http://www.playvid.com/watch/NnDTb237-al,
http://www.playvid.com/watch/Kphyatb3MLf, http://www.playvid.com/watch/PHzaPLRk7Gv, http://www.playvid.com/watch/GP-aZALp9BF,
http://www.playvid.com/watch/MiMGfJJ-xuA, http://www.playvid.com/watch/qMvKc2hVMlB, http://www.playvid.com/watch/ZHb4sCJ9tSo,
http://www.playvid.com/watch/g2fJV20rFZV, http://www.playvid.com/watch/DeZcqIXlMqZ, http://www.playvid.com/watch/GGZ2XK84xWA,
http://www.playvid.com/watch/I6i4HvcOCEi, http://www.playvid.com/watch/-n-r9aZCPMO, http://www.playvid.com/watch/bDS3cRrqe0N,
http://www.playvid.com/watch/iGQ8dIR5qfo, http://www.playvid.com/watch/r-yj73T5Vbx, http://www.playvid.com/watch/uJBHFhNkRgN,
http://www.playvid.com/watch/nJDS-WAWQRG, http://www.playvid.com/watch/DepLE09zbLW, http://www.playvid.com/watch/eb6BriYCYdh,
http://www.playvid.com/watch/V4Ng-iKCjzH, http://www.playvid.com/watch/SU9X2VZPdmY, http://www.playvid.com/watch/cR8Fre8SiOq,
http://www.playvid.com/watch/YD7cD7dizxu, http://www.playvid.com/watch/9Bv-66Slmkv, http://www.playvid.com/watch/dGDqL-EKEwh,
http://www.playvid.com/watch/zKEYnmLUSUi, http://www.playvid.com/watch/bqkb7SXpit3, http://www.playvid.com/watch/pmdaHg6GgVQ,
http://www.playvid.com/watch/YxF7nCiolwp, http://www.playvid.com/watch/VWGZxqPbQiP, http://www.playvid.com/watch/TviysOZqzBc,
http://www.playvid.com/watch/pH4xq3P4thf, http://www.playvid.com/watch/hPwq4ZYHqvI, http://www.playvid.com/watch/4bwGR5POjrX,
http://www.playvid.com/watch/Ji6CBz-PDI0, http://www.playvid.com/watch/8dGaKlUxZxw, http://www.playvid.com/watch/WK9JriBGqrv,
http://www.playvid.com/watch/JZESjNh6oFx, http://www.playvid.com/watch/ibVovEjdVrz, http://www.playvid.com/watch/OFr3tixnIhU,
http://www.playvid.com/watch/Lugixex4eD-, http://www.playvid.com/watch/Ofhnq-8fnoW, http://www.playvid.com/watch/ZAtH7PqzG9V,
http://www.playvid.com/watch/YeMP7wcav-a, http://www.playvid.com/watch/4Q2jwkfqbmd, http://www.playvid.com/watch/qFnSJBU9b25,
http://www.playvid.com/watch/Moqc409ADsl, http://www.playvid.com/watch/uitlIOPPr9s, http://www.playvid.com/watch/4l7twTWfRiA,
http://www.playvid.com/watch/IW8wFsPZJz0, http://www.playvid.com/watch/E9xLrtwT9uI, http://www.playvid.com/watch/kweja5EF4Fa,
http://www.playvid.com/watch/jQPfu057pJu, http://www.playvid.com/watch/K0ZcM0RR-VT, http://www.playvid.com/watch/bskhoMXW2HE,
http://www.playvid.com/watch/3cvhAhLK5ee, http://www.playvid.com/watch/gq74NF8EY0n, http://www.playvid.com/watch/WEtMjQS7NRl,
http://www.playvid.com/watch/6A6nWQ5k2er, http://www.playvid.com/watch/Ag9-DTqyou9, http://www.playvid.com/watch/uXqLLGaKTfq,
http://www.playvid.com/watch/3te3N95iT4P, http://www.playvid.com/watch/QWfShnsGI23, http://www.playvid.com/watch/iHYIz2S0NIW,
http://www.playvid.com/watch/l7eH2B-97XP, http://www.playvid.com/watch/s8rRb8lgH5U, http://www.playvid.com/watch/I0LMyAFrdbT,
http://www.playvid.com/watch/ZspUEXHV7KJ, http://www.playvid.com/watch/rJw5DUGgCmI, http://www.playvid.com/watch/2jvPDV72nKh,
http://www.playvid.com/watch/NWxp7u09cDH, http://www.playvid.com/watch/ENLkZj8Fuxf, http://www.playvid.com/watch/NE-5d4UvIz6,
http://www.playvid.com/watch/seLaps4-Eht, http://www.playvid.com/watch/2W57w5xGG5w, http://www.playvid.com/watch/HbgZnj7wCmB,
http://www.playvid.com/watch/JtzNJEsV8vc, http://www.playvid.com/watch/TeJIa7JcTcG, http://www.playvid.com/watch/FQP6V479xpo,
http://www.playvid.com/watch/gmKaJeKuRKv, http://www.playvid.com/watch/Wf7kioMBYSf, http://www.playvid.com/watch/QdHW4T7aoCj,
http://www.playvid.com/watch/M2eTU5FGTgM, http://www.playvid.com/watch/xeXZZD8sGtC, http://www.playvid.com/watch/Hpxfk8Tb7XD,
http://www.playvid.com/watch/4oQM-wq3IQ9, http://www.playvid.com/watch/58kyqlenbif, http://www.playvid.com/watch/Z4qdPWxRpHz,
http://www.playvid.com/watch/JK7mogzxdze, http://www.playvid.com/watch/pbNKotevcBu, http://www.playvid.com/watch/DoY0Z5wY0z-,
http://www.playvid.com/watch/Ukz6ZoP5AYu, http://www.playvid.com/watch/g8AjNhTYjgI, http://www.playvid.com/watch/RANQjeJ5gdh,
http://www.playvid.com/watch/v9aws0mdgpr, http://www.playvid.com/watch/p2FmQuPYUw6, http://www.playvid.com/watch/N4WFHKdTV7m,
http://www.playvid.com/watch/EM8SZtL-fAT, http://www.playvid.com/watch/oG4UYbr66hM, http://www.playvid.com/watch/KC-oIOO3jv2,
http://www.playvid.com/watch/eMKc9Itlzpt, http://www.playvid.com/watch/0s7tztu-bkv, http://www.playvid.com/watch/JESkkXpe3Rm,
http://www.playvid.com/watch/pk2KOuMO4L9, http://www.playvid.com/watch/IkDxpllO2tO, http://www.playvid.com/watch/tzSNY7RxgOL,
http://www.playvid.com/watch/hvp9HGHBk-w, http://www.playvid.com/watch/KZfVnn4JRkm, http://www.playvid.com/watch/SlWTkSkbDtr,
http://www.playvid.com/watch/YmxHOX5y7Uq, http://www.playvid.com/watch/RkGpc9HP3p6, http://www.playvid.com/watch/zdKmkAlJzc-,
http://www.playvid.com/watch/V2shXkYVv3p, http://www.playvid.com/watch/YxCJaZDyRVq, http://www.playvid.com/watch/nT-a9oMgEqa,
http://www.playvid.com/watch/kH4IjPJ0eyz, http://www.playvid.com/watch/u8g6qab7JVj, http://www.playvid.com/watch/80fM3DwNMtY,
http://www.playvid.com/watch/VDDSEP9nzdZ, http://www.playvid.com/watch/0rMtqggOa24, http://www.playvid.com/watch/oEqsdQ6A4SH,
http://www.playvid.com/watch/yDuS8V6Db9V, http://www.playvid.com/watch/bPBpXBR-FSV, http://www.playvid.com/watch/hYdPLkcXckE,
http://www.playvid.com/watch/CNXoZ2HXRzx, http://www.playvid.com/watch/seiTQoXEykV, http://www.playvid.com/watch/HTVBEMjzImn,
http://www.playvid.com/watch/rfFSyW6ehbQ, http://www.playvid.com/watch/0QGKBHT8FEl, http://www.playvid.com/watch/3oYTyhbQBeM,
http://www.playvid.com/watch/tMHTaCs9WCT, http://www.playvid.com/watch/jlFHbeo8-HZ, http://www.playvid.com/watch/9FhCTiljkdT,
http://www.playvid.com/watch/vcSDZmXA04e, http://www.playvid.com/watch/yULdB8h8wfL, http://www.playvid.com/watch/hlhbNEghXXR,
http://www.playvid.com/watch/9FKLhjS0fo6, http://www.playvid.com/watch/H6l0sjG0smB, http://www.playvid.com/watch/wJyVR5ZvcZm,
http://www.playvid.com/watch/W0RQSZ42h7g, http://www.playvid.com/watch/YojHwiWReCp, http://www.playvid.com/watch/Ko42Rob9kEw,
http://www.playvid.com/watch/t5MaWEqM8kM, http://www.playvid.com/watch/NfNCkRGSGn2, http://www.playvid.com/watch/quLKEx6YmUq,
http://www.playvid.com/watch/EKxM-0gJE9x, http://www.playvid.com/watch/KoaPEBemgZE, http://www.playvid.com/watch/DnRbgUEZeJO,
http://www.playvid.com/watch/o4YyIco3yoM, http://www.playvid.com/watch/NHu0xwjP9xX, http://www.playvid.com/watch/X72UnyXoENn,
http://www.playvid.com/watch/JiuGL7Rwtq3, http://www.playvid.com/watch/vDt8mBt4Lj4, http://www.playvid.com/watch/ChLLt3InEDK,
http://www.playvid.com/watch/6Ria3TqL0Ve, http://www.playvid.com/watch/F0HkdJfyVh6, http://www.playvid.com/watch/ITEM656AdD8,
http://www.playvid.com/watch/RtnELwzkTDL, http://www.playvid.com/watch/8l6TyMF5HEL, http://www.playvid.com/watch/wPwQUjbIVCO,
http://www.playvid.com/watch/KtazEm8tz90, http://www.playvid.com/watch/GZNBV76wKlh, http://www.playvid.com/watch/OP5xwlqt9zf,
http://www.playvid.com/watch/hz6Kuu-nDtd, http://www.playvid.com/watch/HotMSGheKv2, http://www.playvid.com/watch/KNAJn9txzVG,
http://www.playvid.com/watch/g8rfnayLveL, http://www.playvid.com/watch/ps2Ugvm5T6G, http://www.playvid.com/watch/RzFfswiCsAy,
http://www.playvid.com/watch/DlqP7O6Xyae, http://www.playvid.com/watch/T7Ld9qjm09w, http://www.playvid.com/watch/n-LWixcp5rJ,
http://www.playvid.com/watch/7EaXHMS0yJ3, http://www.playvid.com/watch/yJUtxuHl7qC, http://www.playvid.com/watch/UGVScrfQHkp,
http://www.playvid.com/watch/Q0tD5GBYXof, http://www.playvid.com/watch/BDQrPPFThs4, http://www.playvid.com/watch/Yo4GZY8yTsC,
http://www.playvid.com/watch/csSMNQRD33w, http://www.playvid.com/watch/V--W9Kw3qHj, http://www.playvid.com/watch/fWHGOx-owb5,
http://www.playvid.com/watch/wQG0CaVTdjd, http://www.playvid.com/watch/is3xeYKsTnf, http://www.playvid.com/watch/tUnIrPInEVx,
http://www.playvid.com/watch/kUzfeByNKmg, http://www.playvid.com/watch/Tx6QGqpO7zl, http://www.playvid.com/watch/ls0M5fvHhtz,
http://www.playvid.com/watch/mtrPgNSzSoA, http://www.playvid.com/watch/TEfE3Y35iyj, http://www.playvid.com/watch/lJDDzLk-tYv,
http://www.playvid.com/watch/5lJCx-hQTuM, http://www.playvid.com/watch/yy9lNVHAhEa, http://www.playvid.com/watch/WscknTFUyl5,
http://www.playvid.com/watch/vK9yBXlPPNo, http://www.playvid.com/watch/hBwTNL-guYr, http://www.playvid.com/watch/Ns5d5-hqGk2,
http://www.playvid.com/watch/79FUC97I74l, http://www.playvid.com/watch/RjhoX3wxc8B, http://www.playvid.com/watch/myyaeGYlK-Q,
http://www.playvid.com/watch/63q3XwB0SPA, http://www.playvid.com/watch/5yH080UXiel, http://www.playvid.com/watch/g0caF9dHrz7,
http://www.playvid.com/watch/Uu4OglM3pWy, http://www.playvid.com/watch/GWfekRsEFov, http://www.playvid.com/watch/QSmnbpX2ZW9,
http://www.playvid.com/watch/YpYuzk0EZvM, http://www.playvid.com/watch/3sZaDIjWO2D, http://www.playvid.com/watch/yOwDDzU0KL7,
http://www.playvid.com/watch/d8EeKZaI5Ta, http://www.playvid.com/watch/83ZlQGTjKiV, http://www.playvid.com/watch/D8NTI9wZo87,
http://www.playvid.com/watch/sICaucjG00y, http://www.playvid.com/watch/5-4lUpgDjEp, http://www.playvid.com/watch/3mfk72RdBwR,
http://www.playvid.com/watch/0GrFKowRw4A, http://www.playvid.com/watch/34rFu-pow27, http://www.playvid.com/watch/i87q3Tsmf0w,
http://www.playvid.com/watch/XWLZHuJ3dBf, http://www.playvid.com/watch/J5gheAJpqBX, http://www.playvid.com/watch/7K7ZWB0OWbg,
http://www.playvid.com/watch/ktUaBTZ5S6x, http://www.playvid.com/watch/3yrQnsaya7t, http://www.playvid.com/watch/x2eUg0vEGSV,
http://www.playvid.com/watch/bxbhGtuJAqY, http://www.playvid.com/watch/ZleQLiQXi2e, http://www.playvid.com/watch/o2-KA7OQ49W,
http://www.playvid.com/watch/BXcgOGOObFE, http://www.playvid.com/watch/3zXDwj77jyL, http://www.playvid.com/watch/fINHxETTiQX,
http://www.playvid.com/watch/Gl9KelaNhEA, http://www.playvid.com/watch/WKoei7gq4xw, http://www.playvid.com/watch/DiREqXhKsph,
http://www.playvid.com/watch/8upSlaXBvcG, http://www.playvid.com/watch/78uIFY2-Vmb, http://www.playvid.com/watch/2qI5p3xh7NU,
http://www.playvid.com/watch/FGW5hMUoghH, http://www.playvid.com/watch/zHgfOgNOFHn, http://www.playvid.com/watch/NQbllIJ07TL,
http://www.playvid.com/watch/PmA68u09LFz, http://www.playvid.com/watch/2TyaUl3VCW-, http://www.playvid.com/watch/GNU6Fik3ziu,
http://www.playvid.com/watch/AivBxVFqtS6, http://www.playvid.com/watch/4ELJZYUR54w, http://www.playvid.com/watch/5B-oeWyqOMa,
http://www.playvid.com/watch/9sQPuvolb42, http://www.playvid.com/watch/CcVppWEIXEn, http://www.playvid.com/watch/3mgmWhfUCZw,
http://www.playvid.com/watch/kpo4LpTuC3w, http://www.playvid.com/watch/lfepliwAjEM, http://www.playvid.com/watch/cxcgcLeLQzq,
http://www.playvid.com/watch/wiaXqOaOHcH, http://www.playvid.com/watch/B2d6ZLU9myJ, http://www.playvid.com/watch/0lNdVFXFlko,
http://www.playvid.com/watch/C8NoocoHNrW, http://www.playvid.com/watch/y8QdSMJLMdb, http://www.playvid.com/watch/Rr0OEayHWdg,
http://www.playvid.com/watch/lQHO6fRVZVF, http://www.playvid.com/watch/NUcVPEgsf0q, http://www.playvid.com/watch/0dSVjHKRyou,
http://www.playvid.com/watch/R8IDamZE6N4, http://www.playvid.com/watch/Aaz6tEphHeZ, http://www.playvid.com/watch/kD7qSOElUE2,
http://www.playvid.com/watch/9884deNIRor, http://www.playvid.com/watch/QW6W4QDUjh8, http://www.playvid.com/watch/ZzuUMT6JD2H,
http://www.playvid.com/watch/ayTjPlZQ4hR, http://www.playvid.com/watch/gsrkVR5GORS, http://www.playvid.com/watch/F0P7-o6qfQS,
http://www.playvid.com/watch/GkN8nR5i52N, http://www.playvid.com/watch/8C9efDlaND3, http://www.playvid.com/watch/bk6QYiBVO6Q,
http://www.playvid.com/watch/Kgppm53HAq0, http://www.playvid.com/watch/UlOzhz3MyFw, http://www.playvid.com/watch/0a4QPR5WDbx,
http://www.playvid.com/watch/hAXbaENtm2U, http://www.playvid.com/watch/abS0O4-AzTy, http://www.playvid.com/watch/Rf747iSsTbR,
http://www.playvid.com/watch/n2fOft6omxb, http://www.playvid.com/watch/RqZ9dnBny3k, http://www.playvid.com/watch/gIkhciOvFAu,
http://www.playvid.com/watch/SQXiDb9hLnD, http://www.playvid.com/watch/WPMlB8yNUTT, http://www.playvid.com/watch/2ldLy4qg7YE,
http://www.playvid.com/watch/kp5RBLSXUKN, http://www.playvid.com/watch/DobJ6OkaOfY, http://www.playvid.com/watch/gTICQyVgewc,

http://www.playvid.com/watch/WwvXXAE5krC, http://www.playvid.com/watch/KLf48KKmrR5, http://www.playvid.com/watch/YGyQZXosRPb,
http://www.playvid.com/watch/tGsvPlNwTDy, http://www.playvid.com/watch/sXQuct230G2, http://www.playvid.com/watch/hu47FPX-Sk6,
http://www.playvid.com/watch/7CHDhEy07Od, http://www.playvid.com/watch/uKz8ai3XNXU, http://www.playvid.com/watch/X3bMLNtYZu9,
http://www.playvid.com/watch/Y8WUVzlZbtW, http://www.playvid.com/watch/w-xD3BNXgog, http://www.playvid.com/watch/PtfxMved6Rf,
http://www.playvid.com/watch/fX7y4FNhR6m, http://www.playvid.com/watch/wIi5EYpSpVx, http://www.playvid.com/watch/tIEyh52xIOO,
http://www.playvid.com/watch/efK4ObffPSz, http://www.playvid.com/watch/B99HC22tG5n, http://www.playvid.com/watch/TPOcDdORbvk,
http://www.playvid.com/watch/MkhkoQgNxnD, http://www.playvid.com/watch/HuMMkYTBWua, http://www.playvid.com/watch/fEozvDxj7Vp,
http://www.playvid.com/watch/lmY0GEfd26Y, http://www.playvid.com/watch/xKVympfJwHI, http://www.playvid.com/watch/7FJEPSRDX8s,
http://www.playvid.com/watch/HflvMUBav9B, http://www.playvid.com/watch/eERqFyJYD0O, http://www.playvid.com/watch/ktaU80deAEf,
http://www.playvid.com/watch/E2tUVj-Muru, http://www.playvid.com/watch/Y-isZTKGUjo, http://www.playvid.com/watch/TwuJXSAZfiG,
http://www.playvid.com/watch/kDwxhEDt8Ni, http://www.playvid.com/watch/7QsiybYUCzz, http://www.playvid.com/watch/VNcvq6JoYi9,
http://www.playvid.com/watch/nd76JrcvqwP, http://www.playvid.com/watch/rH4aUSYfnuc, http://www.playvid.com/watch/P9o-tlXp7u7,
http://www.playvid.com/watch/SnL6RAikyKl, http://www.playvid.com/watch/TflCzSw-cdH, http://www.playvid.com/watch/FqFib8zJiTW,
http://www.playvid.com/watch/4P8GhE759OW, http://www.playvid.com/watch/gGGyCjFIJxV, http://www.playvid.com/watch/6X-cmrZCvoj
5.f. Date of third notice: 2013-11-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: the.animation
5.b. Uploader's email address: the.animation@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/the.animation
5.e. List of videos posted by uploader: http://www.playvid.com/watch/B8E9ULaQu4w, http://www.playvid.com/watch/qbp2GAaD42O,
http://www.playvid.com/watch/vQxX0wa8o9H, http://www.playvid.com/watch/yNUud-ykAMP, http://www.playvid.com/watch/kvZCMrqBZlC,
http://www.playvid.com/watch/oRhG2ErOOY2, http://www.playvid.com/watch/JCEVPbcZkO6, http://www.playvid.com/watch/qNSU4ZhFvqh,
http://www.playvid.com/watch/SWqC0gB9WdR, http://www.playvid.com/watch/3WhgTKEBksM, http://www.playvid.com/watch/AKjhWjpyfeI,
http://www.playvid.com/watch/ppq5hX5piKl, http://www.playvid.com/watch/-FyReYYHy37, http://www.playvid.com/watch/INwAKisrQoP,
http://www.playvid.com/watch/xzSQh2yMjQQ, http://www.playvid.com/watch/AJ-Z7RapTet, http://www.playvid.com/watch/VAmpHQgFVvE,
http://www.playvid.com/watch/-Qg2dMs8qBS, http://www.playvid.com/watch/P9VjFfJ4VqD, http://www.playvid.com/watch/WllTOXswRQE,
http://www.playvid.com/watch/6AaN2DDubRr, http://www.playvid.com/watch/MOo0woC6Xut, http://www.playvid.com/watch/L80AIEcCWQ8,
http://www.playvid.com/watch/OgMRd9BqaTg, http://www.playvid.com/watch/Y77wT-RswWn, http://www.playvid.com/watch/ehn6Oowtvwl,
http://www.playvid.com/watch/XFLkH9V2stg, http://www.playvid.com/watch/LEfRvu-TZXm, http://www.playvid.com/watch/mEnH24rPuod,
http://www.playvid.com/watch/Zemy5Ut0AP7, http://www.playvid.com/watch/PyFtzDjD5yN, http://www.playvid.com/watch/eCVL-GP0OrI,
http://www.playvid.com/watch/WY8RTDIvIrV, http://www.playvid.com/watch/N-ZKmxMZbQP, http://www.playvid.com/watch/czx5cqq3QTf,
http://www.playvid.com/watch/dlzwPaMJ9gM, http://www.playvid.com/watch/aqDgVYsjNRw, http://www.playvid.com/watch/F468MlwiMff,
http://www.playvid.com/watch/MBVMvXpEn-q, http://www.playvid.com/watch/MFYNx5XPi3H, http://www.playvid.com/watch/26dprxOVIaI,
http://www.playvid.com/watch/wrBQuic4QFw, http://www.playvid.com/watch/IOTsQHhFMFg, http://www.playvid.com/watch/vZ99d5eccUs,
http://www.playvid.com/watch/dqxXipI8GKP, http://www.playvid.com/watch/N2tN6W3k0Uz, http://www.playvid.com/watch/ToYBLHjdOla,
http://www.playvid.com/watch/DFAlJDzo3B2, http://www.playvid.com/watch/HLVjWFKa8kJ, http://www.playvid.com/watch/4iHIswkO9r6,
http://www.playvid.com/watch/iqQQfMbuQ8h, http://www.playvid.com/watch/mdjs0Ye60x6, http://www.playvid.com/watch/lcswy7o3Aff,
http://www.playvid.com/watch/HmH0vovuT50, http://www.playvid.com/watch/FPOBgyGKj3o, http://www.playvid.com/watch/7RASBGxqhYA,
http://www.playvid.com/watch/azXclZ3GzF4, http://www.playvid.com/watch/43YCWKLlg-4, http://www.playvid.com/watch/6q7Y9f7Uyn8,
http://www.playvid.com/watch/8I-A3Y9--ms, http://www.playvid.com/watch/NWSV37pxqXP, http://www.playvid.com/watch/FaJSkJFxFL0,
http://www.playvid.com/watch/2Nvy6aoTRSo, http://www.playvid.com/watch/SLbLWQuirX2, http://www.playvid.com/watch/mYQHWpy7y8C,
http://www.playvid.com/watch/0fzsOAIBmjQ, http://www.playvid.com/watch/o9msZnwVTG-, http://www.playvid.com/watch/zDZpEhZPt67,
http://www.playvid.com/watch/5rfcItO2DZD, http://www.playvid.com/watch/jz5gTgdLmJy, http://www.playvid.com/watch/YwPEnFmi6tR,
http://www.playvid.com/watch/PMLhpZLjfzq, http://www.playvid.com/watch/aXAdxPYne25, http://www.playvid.com/watch/0CARx3qNM3x,
http://www.playvid.com/watch/RGahsDXfIe9, http://www.playvid.com/watch/n4tHyB-YPBf, http://www.playvid.com/watch/AOpvqG-RaAN,
http://www.playvid.com/watch/AluYzXaQXnG, http://www.playvid.com/watch/ET7lFPQQNKF, http://www.playvid.com/watch/Wm6P6XkIObt,
http://www.playvid.com/watch/P2Ym2jim8xJ, http://www.playvid.com/watch/LN3BY2sMHfK, http://www.playvid.com/watch/b2tOtJU2KGw,
http://www.playvid.com/watch/zjvYGIPjZGp, http://www.playvid.com/watch/ZQgAZ-3GVY6, http://www.playvid.com/watch/BFBltZe4OX-,
http://www.playvid.com/watch/LMez9lPeaHu, http://www.playvid.com/watch/gh0NB2APPNw, http://www.playvid.com/watch/8KT9NgH8pJ9,
http://www.playvid.com/watch/TjOMzne-KzK, http://www.playvid.com/watch/6jccXJOUyHD, http://www.playvid.com/watch/fxr3LdQVBGP,
http://www.playvid.com/watch/KkWPKh-Aw0D, http://www.playvid.com/watch/QyDDE043TuJ, http://www.playvid.com/watch/oDez5Bvcibg,
http://www.playvid.com/watch/we05UjazvBc, http://www.playvid.com/watch/52ol3nMbJ-J, http://www.playvid.com/watch/q8WQaSeA9Wa,
http://www.playvid.com/watch/kYAK6uGlrDc, http://www.playvid.com/watch/XA9MdrGMkuw, http://www.playvid.com/watch/hQzyLtSamb8,
http://www.playvid.com/watch/iUNs44rVM0P, http://www.playvid.com/watch/RHWyzoaIAse, http://www.playvid.com/watch/LObjhOoJQ-t,
http://www.playvid.com/watch/QM50SHYYX90, http://www.playvid.com/watch/-KIerHspsMm, http://www.playvid.com/watch/8MKEsYGI0TP,
http://www.playvid.com/watch/J5Q64Xh7Vzk, http://www.playvid.com/watch/ps4CKb5AStq, http://www.playvid.com/watch/OzvUhL9PrNC,
http://www.playvid.com/watch/LHa6TChjhxK, http://www.playvid.com/watch/2bkNn537Ago, http://www.playvid.com/watch/-GH9BcwXFsf,
http://www.playvid.com/watch/ge52d0FyOzJ, http://www.playvid.com/watch/cKGsYjqXG6C, http://www.playvid.com/watch/ocg6yf-eXlP,
http://www.playvid.com/watch/mv73B32fuWV, http://www.playvid.com/watch/CB9XPP70O7f, http://www.playvid.com/watch/lCKveaUbFz3,
http://www.playvid.com/watch/2cjOVzpRCYr, http://www.playvid.com/watch/JRp47SPGD46, http://www.playvid.com/watch/cRBxro--jBy,
http://www.playvid.com/watch/8TKDGEAH5vE, http://www.playvid.com/watch/LrIXXLpNLEX, http://www.playvid.com/watch/78RXVG5wvWa,
http://www.playvid.com/watch/sbSLQn4ruO6, http://www.playvid.com/watch/LDUfC8tixeK, http://www.playvid.com/watch/iEcm2HahPzU,
http://www.playvid.com/watch/USqyLAAdzhr, http://www.playvid.com/watch/SphscQY9bQF, http://www.playvid.com/watch/SFBd85PC2U9,
http://www.playvid.com/watch/LmpYqTk2Qyr, http://www.playvid.com/watch/fK32fv6vsMS, http://www.playvid.com/watch/iWRW5hUcFBF,
http://www.playvid.com/watch/Axt5jR9Dt5F, http://www.playvid.com/watch/UJRGlTYIiSW, http://www.playvid.com/watch/kHFife8WM5K,
http://www.playvid.com/watch/vCx0kwJCJzZ, http://www.playvid.com/watch/VTgvM9mkBgQ, http://www.playvid.com/watch/LPNg2-HmC8s,
http://www.playvid.com/watch/8RtPiFbJFqp, http://www.playvid.com/watch/iDeStIbo5zW, http://www.playvid.com/watch/c4A7Y0ylUNw,
http://www.playvid.com/watch/aZcVR-avyaX, http://www.playvid.com/watch/IHMNrymXrsH, http://www.playvid.com/watch/bNhAMUWWxei,
http://www.playvid.com/watch/UKowiOQwfHN, http://www.playvid.com/watch/AVJ65z2VcQt, http://www.playvid.com/watch/cfRlRM9qZBf,
http://www.playvid.com/watch/4lppLnXz8cl, http://www.playvid.com/watch/OfA-HsZELGQ, http://www.playvid.com/watch/B8XycJY58jH,
http://www.playvid.com/watch/xXewc0nT4o2, http://www.playvid.com/watch/BwRg8daXqa6, http://www.playvid.com/watch/2brKTe7O4U2,
http://www.playvid.com/watch/ioIPIcr3rGg, http://www.playvid.com/watch/gEs0rfzt2YS, http://www.playvid.com/watch/iJE6uCpE-2-,
http://www.playvid.com/watch/RU7FlA259s2, http://www.playvid.com/watch/aLZhsfDlHYa, http://www.playvid.com/watch/NVO6knU5beN,
http://www.playvid.com/watch/vpPQNLnfmoz, http://www.playvid.com/watch/gUklrUbH9n4, http://www.playvid.com/watch/fVwAwz3akoc,
http://www.playvid.com/watch/Yxoj-7QuQHW, http://www.playvid.com/watch/S4RSuVsjxf9, http://www.playvid.com/watch/2Utp5znSdCt,
http://www.playvid.com/watch/HUa2WhiWWbc, http://www.playvid.com/watch/5QdA4naTzS0, http://www.playvid.com/watch/vrTuX8SExHd,
http://www.playvid.com/watch/WJz4MctHZ8Y, http://www.playvid.com/watch/xsVuk0r96iG, http://www.playvid.com/watch/fIax9OlQQxw,
http://www.playvid.com/watch/XE-rRXYIlrS, http://www.playvid.com/watch/HjzYaegCN80, http://www.playvid.com/watch/FVUOoiRDzP4,
http://www.playvid.com/watch/xhrl-cdSusC, http://www.playvid.com/watch/HIVUPQXrjyR, http://www.playvid.com/watch/TlU3c9mkUqn,
http://www.playvid.com/watch/A3Gxu7BK4yA, http://www.playvid.com/watch/mWx0tZTSF8R, http://www.playvid.com/watch/iefQSvOHNX6,
http://www.playvid.com/watch/azAJvV0i99M, http://www.playvid.com/watch/offMv0QOiDS, http://www.playvid.com/watch/azWPQcQvg90,
http://www.playvid.com/watch/Z4TtNQeZSgH, http://www.playvid.com/watch/nP0xZ3Eu3LD, http://www.playvid.com/watch/oJ0OOdmPMJ6,
http://www.playvid.com/watch/U2RRXrScG9P, http://www.playvid.com/watch/NI9RjAxjxzg, http://www.playvid.com/watch/Y6u59B06sXB,
http://www.playvid.com/watch/HmQP0IqsgNl, http://www.playvid.com/watch/qTRMkwEDjWI, http://www.playvid.com/watch/PqGMSMafWGe,
http://www.playvid.com/watch/s-OEHq9pJko, http://www.playvid.com/watch/blBazTheqbL, http://www.playvid.com/watch/-zM7-vlqPTK,
http://www.playvid.com/watch/cHFQIOAYbmz, http://www.playvid.com/watch/riXqCK4HxX7, http://www.playvid.com/watch/V3afwmk88mo,
http://www.playvid.com/watch/vaDqudFwreb, http://www.playvid.com/watch/9xMi3vSorhI, http://www.playvid.com/watch/NuTI28FOWZM,
http://www.playvid.com/watch/OSxnS7LNy99, http://www.playvid.com/watch/6dP-vRBygzD, http://www.playvid.com/watch/YohCJ8VBRSb,
http://www.playvid.com/watch/3QVJz49cXUw, http://www.playvid.com/watch/OzpK-uMe8xN, http://www.playvid.com/watch/PZbO7pF2YBQ,
http://www.playvid.com/watch/BmsqV6jv8VX, http://www.playvid.com/watch/Oqzs-DHFEUX, http://www.playvid.com/watch/HbeLMXZ8x6Z,
http://www.playvid.com/watch/Ycr6h86RpAW, http://www.playvid.com/watch/UsFfergvc7I, http://www.playvid.com/watch/uAuY7Zs72mx,
http://www.playvid.com/watch/zlRP2jl2Ov6, http://www.playvid.com/watch/EdWJmOIODqQ, http://www.playvid.com/watch/TmbrWK0mImy,
http://www.playvid.com/watch/qnE72FCyLdr, http://www.playvid.com/watch/SDSp8GUSmib, http://www.playvid.com/watch/z5n3YC0pyU3,
http://www.playvid.com/watch/vXtp9pqC8za, http://www.playvid.com/watch/m4-eKjTGqLI, http://www.playvid.com/watch/GHofjqFVqJi,
http://www.playvid.com/watch/6fEszgZFjgR, http://www.playvid.com/watch/ggi0bvxCUFR, http://www.playvid.com/watch/4ZF5cRxRfIQ,

http://www.playvid.com/watch/T3LrUvJghSu, http://www.playvid.com/watch/64DSEx-RDDA, http://www.playvid.com/watch/XXQ6YBOC3an,
http://www.playvid.com/watch/RPdoN72iMfQ, http://www.playvid.com/watch/3di0pnOq8u0, http://www.playvid.com/watch/vuc08tmtt9I,
http://www.playvid.com/watch/uZZymvtDhTr, http://www.playvid.com/watch/bSbfQ3IoXTe, http://www.playvid.com/watch/4mCXZmWUpUw,
http://www.playvid.com/watch/rL53rjjBujm, http://www.playvid.com/watch/gzjAv8k4EdV, http://www.playvid.com/watch/Tdez0QJn6s6,
http://www.playvid.com/watch/MM3hoG42B0A, http://www.playvid.com/watch/WH7ovaLGZMS, http://www.playvid.com/watch/VdRe354Fcf0,
http://www.playvid.com/watch/lCntdJ3UNeT, http://www.playvid.com/watch/c6AOWITpJSc, http://www.playvid.com/watch/XiJr6cOh5Sq,
http://www.playvid.com/watch/4GtI3SwtuMk, http://www.playvid.com/watch/yNzepEKTBic, http://www.playvid.com/watch/T2uxkAwTKiM,
http://www.playvid.com/watch/lazM03R3aWY, http://www.playvid.com/watch/c4qcJZBZKrb, http://www.playvid.com/watch/8DABFhBPp-q,
http://www.playvid.com/watch/2HtDmPpkjnY, http://www.playvid.com/watch/NfPOLHHA5pL, http://www.playvid.com/watch/2batRIZcwG2,
http://www.playvid.com/watch/T6MgxSs0laB, http://www.playvid.com/watch/lXXeOxE0eZt, http://www.playvid.com/watch/O9t5zka9T6a,
http://www.playvid.com/watch/A9zkBNdrZUu, http://www.playvid.com/watch/ZpLKknkesfD, http://www.playvid.com/watch/Dk3EHoBAM7r,
http://www.playvid.com/watch/ohgl2BieEiV, http://www.playvid.com/watch/OXiFvmYd2bV, http://www.playvid.com/watch/LxVxMhBu7FN,
http://www.playvid.com/watch/YL59Q5odk4l, http://www.playvid.com/watch/T4LaHretjkz, http://www.playvid.com/watch/G3bW-3f-4mB,
http://www.playvid.com/watch/AsRqfNLNsj9, http://www.playvid.com/watch/nmoXuioMU0w, http://www.playvid.com/watch/2HMWialHY7p,
http://www.playvid.com/watch/tAYazC94sBd, http://www.playvid.com/watch/vKPmYdWbXIs, http://www.playvid.com/watch/wWy0oQgE6jc,
http://www.playvid.com/watch/y0clHUGYiDQ, http://www.playvid.com/watch/g7f38Ws7mL2, http://www.playvid.com/watch/KCkupMuOYSq,
http://www.playvid.com/watch/8McdUOq-R6Q, http://www.playvid.com/watch/dPCc78MfWNb, http://www.playvid.com/watch/l5hYtA2Q23z,
http://www.playvid.com/watch/hgV9PhDtH5D, http://www.playvid.com/watch/fnaitIZbg7m, http://www.playvid.com/watch/4a5TQRKNVkg,
http://www.playvid.com/watch/evCiBStzTpJ, http://www.playvid.com/watch/XEG-hmCj-BY, http://www.playvid.com/watch/VQGdWqNyDeN,
http://www.playvid.com/watch/qPnHh8BstFz, http://www.playvid.com/watch/0xyX8x2dj8S, http://www.playvid.com/watch/Eo08PH4mt68,
http://www.playvid.com/watch/DMedT-PKh66, http://www.playvid.com/watch/pMV8dJ9PLLI, http://www.playvid.com/watch/NsAP0tCDeDR,
http://www.playvid.com/watch/6gg4wyKTi5f, http://www.playvid.com/watch/xldrqpAQVXa, http://www.playvid.com/watch/g7bOUIYnGw7,
http://www.playvid.com/watch/z7ERB9Sluec, http://www.playvid.com/watch/Oft7I4vKzrD, http://www.playvid.com/watch/jYdjMULyNx5,
http://www.playvid.com/watch/WWQfHTbcfWj, http://www.playvid.com/watch/uRIy7GpaDcu, http://www.playvid.com/watch/-dxsSLCdv8n,
http://www.playvid.com/watch/Ai6vAnHlFkN, http://www.playvid.com/watch/sWHgNNRVHV5, http://www.playvid.com/watch/7xiH6LX3PWM,
http://www.playvid.com/watch/uJ6ql3TNV-m, http://www.playvid.com/watch/APxsFRFYeA-, http://www.playvid.com/watch/YKXK2z3TPCe,
http://www.playvid.com/watch/q220AblCYhK, http://www.playvid.com/watch/a4sV2e06arJ, http://www.playvid.com/watch/Y-Ha6nkQODS,
http://www.playvid.com/watch/ansFnNFbyFb, http://www.playvid.com/watch/6eLZyxUW5la, http://www.playvid.com/watch/IVuvcZEBkfg,
http://www.playvid.com/watch/8ZOCAKLWZoD, http://www.playvid.com/watch/4T-G3A9MBjG, http://www.playvid.com/watch/-OeAYP4wStm,
http://www.playvid.com/watch/MHQoY0L7QKq, http://www.playvid.com/watch/hr-dn82snS5, http://www.playvid.com/watch/W5c-OWCBWMl,
http://www.playvid.com/watch/gZhqhNgQtm5, http://www.playvid.com/watch/s7fdE23jpPF, http://www.playvid.com/watch/3RxMLo6ngt7,
http://www.playvid.com/watch/UVrHGH7W2qO, http://www.playvid.com/watch/EDydQd4PPvc, http://www.playvid.com/watch/dxqH9ZI6Qtc,
http://www.playvid.com/watch/LCfD5fSqpdA, http://www.playvid.com/watch/PXHORUrjmro, http://www.playvid.com/watch/bm9xLD28Avm,
http://www.playvid.com/watch/NBMmQVFRmJe, http://www.playvid.com/watch/0t8rp5H3Cte, http://www.playvid.com/watch/93oJxtdh5YW,
http://www.playvid.com/watch/ygFl5nU5kjL, http://www.playvid.com/watch/Uc7MhgQfnA2, http://www.playvid.com/watch/3MHy7EMk4ip,
http://www.playvid.com/watch/egQdjc35apC, http://www.playvid.com/watch/lOsxwUrawH5, http://www.playvid.com/watch/xsFV1v5ytEf,
http://www.playvid.com/watch/UxgJFzGP2R6, http://www.playvid.com/watch/ihjOibohTBa, http://www.playvid.com/watch/9d6uNB9BTm6,
http://www.playvid.com/watch/JZRStIxQnAm, http://www.playvid.com/watch/NHsc-yV2NFb, http://www.playvid.com/watch/BuV5dRij5DS,
http://www.playvid.com/watch/FGMkWDG0hVI, http://www.playvid.com/watch/oBHsBU8oam5, http://www.playvid.com/watch/gG0wXfP4uEi,
http://www.playvid.com/watch/n6FpcmPtTyU, http://www.playvid.com/watch/WjwDoNdVLwj, http://www.playvid.com/watch/RIWEtfN2N3q,
http://www.playvid.com/watch/QoRNOUhojGP, http://www.playvid.com/watch/DFppToYOA5q, http://www.playvid.com/watch/o8Y2zWaWvTC,
http://www.playvid.com/watch/PHGhcjaMfG8, http://www.playvid.com/watch/YS2rQSllmbW, http://www.playvid.com/watch/5QshB0gTwEy,
http://www.playvid.com/watch/0BtIdnEU-xQ, http://www.playvid.com/watch/zF-S-59w8Wj, http://www.playvid.com/watch/XSlol_CapdF,
http://www.playvid.com/watch/51Y0Jp1lWHW, http://www.playvid.com/watch/PuUVKYHVZMj, http://www.playvid.com/watch/6TjA49955UV,
http://www.playvid.com/watch/uUMjbpfQA_5, http://www.playvid.com/watch/Pm-tGbYGoen, http://www.playvid.com/watch/agVfOZtqcfQ,
http://www.playvid.com/watch/64vDF44jWPg, http://www.playvid.com/watch/ezxISjr5LQ6, http://www.playvid.com/watch/4e1fzJEIL5J,
http://www.playvid.com/watch/74GY2bCqJ5J, http://www.playvid.com/watch/E74USbRmvBC, http://www.playvid.com/watch/NsKW0U5aDop,
http://www.playvid.com/watch/yvBcs9WA13h, http://www.playvid.com/watch/ipTyTfVGkKh, http://www.playvid.com/watch/nPBpdDLhzHG,
http://www.playvid.com/watch/D4_NF7IyqVf, http://www.playvid.com/watch/gs5NoLTXkrs, http://www.playvid.com/watch/UST5QMwwrmX,
http://www.playvid.com/watch/nALgKj65KEt, http://www.playvid.com/watch/qeRX40Po0tM, http://www.playvid.com/watch/bJUwXs2j-Qz,
http://www.playvid.com/watch/eJ_FId5tvzo, http://www.playvid.com/watch/ZwL37lnZPbv, http://www.playvid.com/watch/F1xXuQhiHHI,
http://www.playvid.com/watch/erDRkciE8hz, http://www.playvid.com/watch/WVNM-2un53Q, http://www.playvid.com/watch/KlSEPvvMsSH,
http://www.playvid.com/watch/y3q3Qe7sXVH, http://www.playvid.com/watch/lWB58Aq7SpQ, http://www.playvid.com/watch/y6F5II4V33j,
http://www.playvid.com/watch/CNGCVhZh2hG, http://www.playvid.com/watch/bdz5bd71-A7, http://www.playvid.com/watch/TSahBwhFm7Q,
http://www.playvid.com/watch/wbeZJYNJRn4, http://www.playvid.com/watch/4gqz1HLLuHW, http://www.playvid.com/watch/fJDZHBlKqmw,
http://www.playvid.com/watch/p9Kl0ptXONS, http://www.playvid.com/watch/Ye5aePyYbn9, http://www.playvid.com/watch/vHYYHETCHOE,
http://www.playvid.com/watch/NPrsTmmvDWE, http://www.playvid.com/watch/8h0L7RVTEH5, http://www.playvid.com/watch/bGCL2jY5y9s,
http://www.playvid.com/watch/34i0w16UZwb, http://www.playvid.com/watch/77eFjq8F15t, http://www.playvid.com/watch/OEC41QUCFOz,
http://www.playvid.com/watch/ErXaT0DvggL, http://www.playvid.com/watch/T6iOamq-WQ6, http://www.playvid.com/watch/Nz-UmMShK4W,
http://www.playvid.com/watch/9JfuIrpu4Bb, http://www.playvid.com/watch/He65C0ZO5WH, http://www.playvid.com/watch/ZOXsTrSi2Pn,
http://www.playvid.com/watch/jFCB_hJ1ePL, http://www.playvid.com/watch/HmWsy0ojSDt, http://www.playvid.com/watch/WmlidmP6Bkx,
http://www.playvid.com/watch/fCORzO3cJsr, http://www.playvid.com/watch/KAsp_5U-m7V, http://www.playvid.com/watch/0edYAaEu8Su,
http://www.playvid.com/watch/fjMoDIT1DAv, http://www.playvid.com/watch/SHkwNvitNU2, http://www.playvid.com/watch/lrWwLEZwYAS,
http://www.playvid.com/watch/bHeHBviHlbR, http://www.playvid.com/watch/yIwrQoSUwaB, http://www.playvid.com/watch/4WNFAqalKXb,
http://www.playvid.com/watch/qomrY87o5Tu, http://www.playvid.com/watch/qVp4o5WVaZ2, http://www.playvid.com/watch/N1gk2bKjd1u,
http://www.playvid.com/watch/axFy9VpNGTU, http://www.playvid.com/watch/hU7O9m385MK, http://www.playvid.com/watch/xxkKaKknqUC,
http://www.playvid.com/watch/TjWEG5ENMX2, http://www.playvid.com/watch/yHivjFJRWMq, http://www.playvid.com/watch/N_kWGYXr6Jb,
http://www.playvid.com/watch/KehZuYTC8d5, http://www.playvid.com/watch/Or5nDdHg3c9, http://www.playvid.com/watch/v7pWqbTWDIC,
http://www.playvid.com/watch/oEU2NPc6JEn, http://www.playvid.com/watch/yrwPU8V6jho, http://www.playvid.com/watch/FZ2kxrQEdYl,
http://www.playvid.com/watch/CRx_An4Kt3P, http://www.playvid.com/watch/ml-lBAf6PMT, http://www.playvid.com/watch/6gzPY9BCNXi,
http://www.playvid.com/watch/ZyNIMWyQEGU, http://www.playvid.com/watch/nyIZEVRymnI, http://www.playvid.com/watch/CF9tVMEIAvZ,
http://www.playvid.com/watch/yXCa-2PDLAW, http://www.playvid.com/watch/ZkdH3_QfmlT, http://www.playvid.com/watch/wkfu6TsZ3wP,
http://www.playvid.com/watch/TJi91VldbHm, http://www.playvid.com/watch/oSV5SuE1PGZ, http://www.playvid.com/watch/R7D366ns4i4,
http://www.playvid.com/watch/TZxdDSbgk5G, http://www.playvid.com/watch/JFKKHVMEnfS, http://www.playvid.com/watch/elGLjqj2fe8,
http://www.playvid.com/watch/zIWscwnaK-u, http://www.playvid.com/watch/GTYqGBxSFpv, http://www.playvid.com/watch/3EzuGoatJCV,
http://www.playvid.com/watch/enIPXDQXveE, http://www.playvid.com/watch/DpdSwQT-l5v, http://www.playvid.com/watch/ntW4vExpVah,
http://www.playvid.com/watch/JMjuiJcqUJa, http://www.playvid.com/watch/C26JkqHr_at, http://www.playvid.com/watch/6L_2pI3Xc5Z,
http://www.playvid.com/watch/XnulE0nlUEJ, http://www.playvid.com/watch/EjvLH0oCZHJ, http://www.playvid.com/watch/neKE6YMhb3U,
http://www.playvid.com/watch/0hC15_NgJwN, http://www.playvid.com/watch/QX271jXntWC, http://www.playvid.com/watch/wmRxqljZJOm,
http://www.playvid.com/watch/04hYfi9Y8Vn, http://www.playvid.com/watch/wJj7f5MN2Jo, http://www.playvid.com/watch/uOMELp2BApK,
http://www.playvid.com/watch/6CCKsJZBHB2, http://www.playvid.com/watch/PTikhBtywBi, http://www.playvid.com/watch/0dcobPi0ee5,
http://www.playvid.com/watch/oG_ecQ67VlD, http://www.playvid.com/watch/ajJwCNhAmNE, http://www.playvid.com/watch/62R8Fb5Ld7B,
http://www.playvid.com/watch/PkhQkv7_rTF, http://www.playvid.com/watch/lrKsJKtjgsa, http://www.playvid.com/watch/b9b1XH-oqFN,
http://www.playvid.com/watch/e4luo88IkJW, http://www.playvid.com/watch/9BrFRehX4Ea, http://www.playvid.com/watch/aNDSN9xB1N8,
http://www.playvid.com/watch/JC6R4h8aufY, http://www.playvid.com/watch/Z3Ty1b1jHQa, http://www.playvid.com/watch/S45XXb9gGMV,
http://www.playvid.com/watch/2ZeaF_QdwwW, http://www.playvid.com/watch/YFdTJRrsw4V, http://www.playvid.com/watch/z16y4a7w1To,
http://www.playvid.com/watch/v8v45XjMJSD, http://www.playvid.com/watch/E8WZizxCAbu, http://www.playvid.com/watch/h3H3HCyG2hC,
http://www.playvid.com/watch/8-ky6MOpw_Z, http://www.playvid.com/watch/Kr6RcJHkmD8, http://www.playvid.com/watch/TkEXwnNiuhu,
http://www.playvid.com/watch/sT1GZgsKeJK, http://www.playvid.com/watch/4BxOdR_ekXk, http://www.playvid.com/watch/kkz_hpb0Mhe,
http://www.playvid.com/watch/MgDlqmgYGaP, http://www.playvid.com/watch/XZdmrHZwJpg, http://www.playvid.com/watch/04wGVrw4Ywv,
http://www.playvid.com/watch/I6uHCrQpY3X, http://www.playvid.com/watch/9uwzxAdicLf, http://www.playvid.com/watch/PZbfWoEmf03,
http://www.playvid.com/watch/nFDlgtfvEb2
5.f. Date of third notice: 2013-10-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: theblowfish

5.b. Uploader's email address: manyman50@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/theblowfish
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zV6Q_cp29Rs, http://www.playvid.com/watch/ats-kCxVyBU,
http://www.playvid.com/watch/m0oZXGsEpgl, http://www.playvid.com/watch/dEXV38hpmMW, http://www.playvid.com/watch/Kqip56PrMNB,
http://www.playvid.com/watch/amZSSzro2bn, http://www.playvid.com/watch/uPcr3J-9Ol8, http://www.playvid.com/watch/zK7KTXfVAoX,
http://www.playvid.com/watch/ocnzaMqnPgW, http://www.playvid.com/watch/48C9FwEhqAz, http://www.playvid.com/watch/b2Qn9g1ej6p,
http://www.playvid.com/watch/bwp3eB16CdI, http://www.playvid.com/watch/Tlt46QdwGtA, http://www.playvid.com/watch/xyP8GiO1GDL,
http://www.playvid.com/watch/BP9VAfy71-Y, http://www.playvid.com/watch/E9VcPe0yCSv, http://www.playvid.com/watch/jvVWTKFzoGS,
http://www.playvid.com/watch/sCFC7raQQ7X, http://www.playvid.com/watch/vJGXJsBNy_0, http://www.playvid.com/watch/5LfXrVLD9gQ,
http://www.playvid.com/watch/rnmClFVyjS3, http://www.playvid.com/watch/PEiGzG49Hnj, http://www.playvid.com/watch/3GopbDhdJ8P,
http://www.playvid.com/watch/SjBm2dKN-0e, http://www.playvid.com/watch/HNXFnJoZRsh, http://www.playvid.com/watch/4xqkmj7Z0Wk,
http://www.playvid.com/watch/yT6Y6NuyiQJ, http://www.playvid.com/watch/y8jmipuQmuK, http://www.playvid.com/watch/sAL9KOO4Imc,
http://www.playvid.com/watch/qcmke9sTGMk, http://www.playvid.com/watch/wZgS_hTp8JF, http://www.playvid.com/watch/HZOXX6DUeQC,
http://www.playvid.com/watch/nBvzRlI7n99, http://www.playvid.com/watch/hxdF4W5PNh0, http://www.playvid.com/watch/JndtM4dt-oa,
http://www.playvid.com/watch/kg0hrTUWx-F, http://www.playvid.com/watch/0n48gG1F4Zg, http://www.playvid.com/watch/qT1ktZNrosC,
http://www.playvid.com/watch/yZTULXGROMM, http://www.playvid.com/watch/EvEV92MUC4h, http://www.playvid.com/watch/mB6-XoqTM7O,
http://www.playvid.com/watch/VBTNPXdjV4r, http://www.playvid.com/watch/jlOkswqEcME, http://www.playvid.com/watch/ObpJzuml4rd,
http://www.playvid.com/watch/ti4IuaJirgT, http://www.playvid.com/watch/0CZkJDi32UA, http://www.playvid.com/watch/BFa0m5Gw_Nw,
http://www.playvid.com/watch/Q3GJpJsmXSz, http://www.playvid.com/watch/wPmyq3fVy60, http://www.playvid.com/watch/astnZZdVwVG,
http://www.playvid.com/watch/L27vHTPVfEt, http://www.playvid.com/watch/leKwn_vwu7Z, http://www.playvid.com/watch/6ii9cc92y-Z,
http://www.playvid.com/watch/GRM9c71W5kD, http://www.playvid.com/watch/04wuiUKZX0E, http://www.playvid.com/watch/LnXQcGHHMuq,
http://www.playvid.com/watch/ujSXXwaM5CT, http://www.playvid.com/watch/sYiGmuj34Xo, http://www.playvid.com/watch/IGyEVTe2rPj,
http://www.playvid.com/watch/ezlfL_GmCmp, http://www.playvid.com/watch/ufaYS9UCB00, http://www.playvid.com/watch/VhvYHaUqs88,
http://www.playvid.com/watch/Eib07kNW8pa, http://www.playvid.com/watch/GMxRP8ZMK4W, http://www.playvid.com/watch/Wm0ZSxZv76Q,
http://www.playvid.com/watch/wuQKI4030_k, http://www.playvid.com/watch/EpN8pccpnTK, http://www.playvid.com/watch/pRT_4h5J-VL,
http://www.playvid.com/watch/DUk1Lf-zWGu, http://www.playvid.com/watch/NXwWLoJ2Dx6, http://www.playvid.com/watch/tnNdzddTkE5,
http://www.playvid.com/watch/7WNri5zayks, http://www.playvid.com/watch/kcmwYSNy_ub, http://www.playvid.com/watch/pnkZueuRJSU,
http://www.playvid.com/watch/k6F7GYn8lgE, http://www.playvid.com/watch/j49-Si-jjUl, http://www.playvid.com/watch/oOY-9d1VXpg,
http://www.playvid.com/watch/b9YdPlWSGsR, http://www.playvid.com/watch/PIC_GItuh7Z, http://www.playvid.com/watch/Xprse6zc3Pz,
http://www.playvid.com/watch/hgQzQKCd_p7, http://www.playvid.com/watch/GVDDvbIrE_W, http://www.playvid.com/watch/LsFutbD8PkJ,
http://www.playvid.com/watch/67DioSEbnOc, http://www.playvid.com/watch/JTItnKERMkn, http://www.playvid.com/watch/NZS9GRNkSTh,
http://www.playvid.com/watch/sU2KHRw4zNf, http://www.playvid.com/watch/7TXKRA8fzAG, http://www.playvid.com/watch/I3GNXGr4PYS,
http://www.playvid.com/watch/RFYiAgJhK4y, http://www.playvid.com/watch/i7YPK11SZQm, http://www.playvid.com/watch/sNWz42-YZvI,
http://www.playvid.com/watch/WbA1l_F_1fF, http://www.playvid.com/watch/LELzTHRz02Q, http://www.playvid.com/watch/3w6mGylI5ms,
http://www.playvid.com/watch/36XHJbAgKOI, http://www.playvid.com/watch/pN8V_Nw8ZSc, http://www.playvid.com/watch/Ct2EO1g3mFm,
http://www.playvid.com/watch/DBrCrX6-ptz, http://www.playvid.com/watch/6hb6V44x1gy, http://www.playvid.com/watch/kFfd3xpeAvX,
http://www.playvid.com/watch/oX5NM2ePkHT, http://www.playvid.com/watch/6ESe7s_3Z1B, http://www.playvid.com/watch/Zj6c2SKAkMs,
http://www.playvid.com/watch/DJix-58aZis, http://www.playvid.com/watch/mifiT3xV4x5, http://www.playvid.com/watch/YhycL-TeSPx,
http://www.playvid.com/watch/p20JwN_szx6, http://www.playvid.com/watch/G0nbLVSO7dW, http://www.playvid.com/watch/c6QIMYjetnY,
http://www.playvid.com/watch/kWXMiFh1cIn, http://www.playvid.com/watch/4tdaZ80CsYE, http://www.playvid.com/watch/JtXmUUMnhsD,
http://www.playvid.com/watch/s_IA-rz_MOP, http://www.playvid.com/watch/o3u_6EhGsEJ, http://www.playvid.com/watch/heZqDEjV8vX,
http://www.playvid.com/watch/3PyDy7q32Am, http://www.playvid.com/watch/DcO_TmaClaz, http://www.playvid.com/watch/T9Iwh-BTmQd,
http://www.playvid.com/watch/dcf_sggotf2, http://www.playvid.com/watch/pT8gIrQRj2U, http://www.playvid.com/watch/eqVXwta2PAm,
http://www.playvid.com/watch/0RVQKBUt9KM, http://www.playvid.com/watch/LaTimXTdIqM, http://www.playvid.com/watch/kQt6wJ33I7u,
http://www.playvid.com/watch/9ysIZuKFcrM, http://www.playvid.com/watch/AvRKwdIejqW, http://www.playvid.com/watch/31S8oQXGzS5,
http://www.playvid.com/watch/YCJvxDDrU-d, http://www.playvid.com/watch/4FBLu-YiC3a, http://www.playvid.com/watch/EfzFJal3cy4,
http://www.playvid.com/watch/v9JD6zS8VRu, http://www.playvid.com/watch/ccKFs5vlkN2, http://www.playvid.com/watch/ssdnys6JmkD,
http://www.playvid.com/watch/U-zLkCjMBAg, http://www.playvid.com/watch/tPKjP6lGEYn, http://www.playvid.com/watch/hidL59zAYxj,
http://www.playvid.com/watch/qms6lr1DjWM, http://www.playvid.com/watch/oPWog6mv9U9, http://www.playvid.com/watch/f5FVlVAOyjs,
http://www.playvid.com/watch/m05-5NIlbiI, http://www.playvid.com/watch/zbyWD9sMmJS, http://www.playvid.com/watch/73pp6KQrdPt,
http://www.playvid.com/watch/P3YOC4PbMLj, http://www.playvid.com/watch/9LaltQdwfuY, http://www.playvid.com/watch/XELx0NhUnGR,
http://www.playvid.com/watch/vzKRklTaASr, http://www.playvid.com/watch/kriE8i3MBc5, http://www.playvid.com/watch/5lFnNTG0Sp4,
http://www.playvid.com/watch/c3b8N08_JjX, http://www.playvid.com/watch/iV5nn9ZTmH3, http://www.playvid.com/watch/7Xl2ZZv1q1P,
http://www.playvid.com/watch/tI-9RSctjyn, http://www.playvid.com/watch/n9jpmlhOtud, http://www.playvid.com/watch/RpZ6ABbb1j9,
http://www.playvid.com/watch/itxVCUrnnkq, http://www.playvid.com/watch/ckeRGT7dtOo, http://www.playvid.com/watch/Gl53HOm2U3q,
http://www.playvid.com/watch/i8xgqWBzWXv, http://www.playvid.com/watch/Jfusv2Jtu8h, http://www.playvid.com/watch/siVHtiqp73K,
http://www.playvid.com/watch/0Gar2jfS-e8, http://www.playvid.com/watch/yk30RKfeB-J, http://www.playvid.com/watch/MEWnkbI5Cyy,
http://www.playvid.com/watch/Ra9oPpuSuxc, http://www.playvid.com/watch/H3vVFW_kqPY, http://www.playvid.com/watch/4m9B6rU3Xqh,
http://www.playvid.com/watch/tJWNQahIMqi, http://www.playvid.com/watch/hZ0hUtZVVuD, http://www.playvid.com/watch/YS38apGM7y6,
http://www.playvid.com/watch/t_CqRa3lnCK, http://www.playvid.com/watch/V-KdpWRZm2b, http://www.playvid.com/watch/qea3yCUgqQf,
http://www.playvid.com/watch/S6EXPVHuxPp, http://www.playvid.com/watch/omuxLYOqzAW, http://www.playvid.com/watch/wRKVl2o7D0V,
http://www.playvid.com/watch/K55wg8OJTmv, http://www.playvid.com/watch/coZWCuIMJbz, http://www.playvid.com/watch/7iOUm80YGGT,
http://www.playvid.com/watch/DmdbAyGPokQ, http://www.playvid.com/watch/2hmzXq2YPZQ, http://www.playvid.com/watch/y0UjKSwvTLc,
http://www.playvid.com/watch/hlkkwMS8xDq, http://www.playvid.com/watch/TzLFlT1yqcl, http://www.playvid.com/watch/wuFS3xg24OC,
http://www.playvid.com/watch/iAvwP0btem3, http://www.playvid.com/watch/mBcttLM3K73, http://www.playvid.com/watch/Nm5sHDw-7UG,
http://www.playvid.com/watch/vMpTFWnW6zA, http://www.playvid.com/watch/pOlFK03Tm3x, http://www.playvid.com/watch/z7At4Cfh6Mv,
http://www.playvid.com/watch/qN4l9zTvmu4, http://www.playvid.com/watch/qB5Y-zLyo2E, http://www.playvid.com/watch/2RfHhoZmEg2,
http://www.playvid.com/watch/TyvAEbbNLBN, http://www.playvid.com/watch/HGaRVFHQwbD, http://www.playvid.com/watch/guwjW6gd4h6,
http://www.playvid.com/watch/wt6nx4Z2DuG, http://www.playvid.com/watch/Lpgc0PKEQbW, http://www.playvid.com/watch/8pM3blybRHY,
http://www.playvid.com/watch/5c1vsBsXOq8, http://www.playvid.com/watch/7x3cgYJTR7y, http://www.playvid.com/watch/5FwzyqZOaqN,
http://www.playvid.com/watch/Q53s-X37Qq6, http://www.playvid.com/watch/Am3G61jefP7, http://www.playvid.com/watch/aZAEjfeTqWM,
http://www.playvid.com/watch/OzIrTK-LF-B, http://www.playvid.com/watch/nb3KmIAHcXX, http://www.playvid.com/watch/GY157-4AyPF,
http://www.playvid.com/watch/Vj9Wr45Y9_i, http://www.playvid.com/watch/wT6-OtGUYme, http://www.playvid.com/watch/Y0VgUWElOZr,
http://www.playvid.com/watch/qvX3MOFukjo, http://www.playvid.com/watch/Uqq9yIjemlF, http://www.playvid.com/watch/UYdNaAH_aAu,
http://www.playvid.com/watch/uF1hxK6WJvL, http://www.playvid.com/watch/83-7xWrZQXL, http://www.playvid.com/watch/QJh3kSK3Tis,
http://www.playvid.com/watch/VAswX1h_9BB, http://www.playvid.com/watch/hSr1cshjWuZ, http://www.playvid.com/watch/aK-0lqUMRjV,
http://www.playvid.com/watch/5fflYv8ljcO, http://www.playvid.com/watch/mBbJj8zMZoA, http://www.playvid.com/watch/DKH6nqyG8gZ,
http://www.playvid.com/watch/gm3c2gtPcfS, http://www.playvid.com/watch/tP1CPuyObuY, http://www.playvid.com/watch/sGYzXDg1QJ5,
http://www.playvid.com/watch/MByoNtlS4Xu, http://www.playvid.com/watch/4YQaN_OjfSH, http://www.playvid.com/watch/VTTem3K2blq,
http://www.playvid.com/watch/DjkBHOhd4DH, http://www.playvid.com/watch/PleZlF_Y8vL, http://www.playvid.com/watch/Ewjg5r_XFVa,
http://www.playvid.com/watch/o0_P0CwHIqi, http://www.playvid.com/watch/GYGZNq6lhBr, http://www.playvid.com/watch/pL85VlJ4wuX,
http://www.playvid.com/watch/wIcifpf9dmD, http://www.playvid.com/watch/nlKGeVj7Dl4, http://www.playvid.com/watch/RDLNB1bHJa6,
http://www.playvid.com/watch/s6Bm0TMmoPb, http://www.playvid.com/watch/aNMVYnQx26B, http://www.playvid.com/watch/X21Bl6jesR7,
http://www.playvid.com/watch/Gi4G85YBR0m, http://www.playvid.com/watch/UY6G00xnJJJ, http://www.playvid.com/watch/3ZQJe2oAOCs,
http://www.playvid.com/watch/LoykUK6hiVI, http://www.playvid.com/watch/J-ByYmHD5BT, http://www.playvid.com/watch/mYVxNy7DzEA,
http://www.playvid.com/watch/gqzCsTH30UP, http://www.playvid.com/watch/38TsOjpGbtK, http://www.playvid.com/watch/Z0HnMccpt1K,
http://www.playvid.com/watch/D4H1qKyqAYQ, http://www.playvid.com/watch/6xi2RSuumAE, http://www.playvid.com/watch/sHwLsdTGhq2,
http://www.playvid.com/watch/aXE3_IWMogm, http://www.playvid.com/watch/QM2SzpO2UHX, http://www.playvid.com/watch/OdwdubVOI1M,
http://www.playvid.com/watch/ALq-gCw8lLP, http://www.playvid.com/watch/2vPYUGYndaG, http://www.playvid.com/watch/bE5C8y7IgJi,
http://www.playvid.com/watch/vYIGRvDUh8k, http://www.playvid.com/watch/qRha8yAqA_o, http://www.playvid.com/watch/LCiXZQiUcqy,
http://www.playvid.com/watch/d_dWDz5ThKM, http://www.playvid.com/watch/Re4jy_5lU6P, http://www.playvid.com/watch/j8PN2Z0edoY,
http://www.playvid.com/watch/wErOXKOkJfj, http://www.playvid.com/watch/9at_bpV-xuj, http://www.playvid.com/watch/6Ifds23U_UM,
http://www.playvid.com/watch/3dl2BbKRJA3, http://www.playvid.com/watch/6T-gav4NzA5, http://www.playvid.com/watch/iPX4G2cXa1O,
http://www.playvid.com/watch/QR1KohCnFM5, http://www.playvid.com/watch/dFAdvmfZA6r, http://www.playvid.com/watch/x5DSaYbEPIM,
http://www.playvid.com/watch/4guIs7ANSSW, http://www.playvid.com/watch/ZbzIzklMQ2Y, http://www.playvid.com/watch/HSMRNgWtdvF,
http://www.playvid.com/watch/Uti2i39U2jX, http://www.playvid.com/watch/XiZdOTk6G6G, http://www.playvid.com/watch/LGgTt5ODW7D,

http://www.playvid.com/watch/lwLjhq-EC-q, http://www.playvid.com/watch/ZgkWV7ihECy, http://www.playvid.com/watch/uham3EHZmUP,
http://www.playvid.com/watch/JRaC6Rz_0a7, http://www.playvid.com/watch/vVVmlzxcsjZ, http://www.playvid.com/watch/nCryH89-3Ip,
http://www.playvid.com/watch/TUq-9h-T6FT, http://www.playvid.com/watch/cbKwzJBnWey, http://www.playvid.com/watch/kKqiPqsLQmz,
http://www.playvid.com/watch/Mm27OuXeoyQ, http://www.playvid.com/watch/ihb8cl9KaWM, http://www.playvid.com/watch/PjsgYAktkD2,
http://www.playvid.com/watch/cBX8dHTz6zD, http://www.playvid.com/watch/QUfHBHPd6tQ, http://www.playvid.com/watch/2-SQQg7yZkm,
http://www.playvid.com/watch/b7PsQv3e9-5, http://www.playvid.com/watch/X5WnoNeeagW, http://www.playvid.com/watch/Z0nghQCh5cm,
http://www.playvid.com/watch/T3JkKymGgad, http://www.playvid.com/watch/NmSWP0FcrKV, http://www.playvid.com/watch/PsQwPKX9CHj,
http://www.playvid.com/watch/VKuDEA1cDBI, http://www.playvid.com/watch/Cmwvxp9rJaa, http://www.playvid.com/watch/zWT3jByVELh,
http://www.playvid.com/watch/PLXyLfnaa79, http://www.playvid.com/watch/wx21zbEXVFO, http://www.playvid.com/watch/IlrSu0Y1V_4,
http://www.playvid.com/watch/I_ls0dwIYtX, http://www.playvid.com/watch/gVM5LeduAR5, http://www.playvid.com/watch/XwhlU_AMeDv,
http://www.playvid.com/watch/a6fpcR8-8X7, http://www.playvid.com/watch/z2OvUwu3DmB, http://www.playvid.com/watch/R1qK1PJAMuF,
http://www.playvid.com/watch/Oh6qHFR-fov, http://www.playvid.com/watch/z1WT7sITLeH, http://www.playvid.com/watch/wrTayD1IFU4,
http://www.playvid.com/watch/Omce2jnwvKP, http://www.playvid.com/watch/eBjqadlvL3i, http://www.playvid.com/watch/GsqD3e5tegX,
http://www.playvid.com/watch/vscCehqOp-l, http://www.playvid.com/watch/45UdZZ1fBvR, http://www.playvid.com/watch/Q_BFiwvRpUc,
http://www.playvid.com/watch/8-5-VQgUdEf, http://www.playvid.com/watch/bfjbSLKvTmm, http://www.playvid.com/watch/YdVXP3y804i,
http://www.playvid.com/watch/sxzTmydHFDq, http://www.playvid.com/watch/CRaGP2JBGe7, http://www.playvid.com/watch/3l4_xnQnltW,
http://www.playvid.com/watch/71X9kDt0y86, http://www.playvid.com/watch/8BDiaawFV1D, http://www.playvid.com/watch/yoBpoLVBG-X,
http://www.playvid.com/watch/0w0SE1ZnNRu, http://www.playvid.com/watch/bVTBvoY9ao5, http://www.playvid.com/watch/DAPiMpjRMxi,
http://www.playvid.com/watch/zP_XZBjCUfw, http://www.playvid.com/watch/WoRPWfr2PYv, http://www.playvid.com/watch/XIja0a80GAh,
http://www.playvid.com/watch/Z8MKv-uDIhS, http://www.playvid.com/watch/LP-3gAKpt9A, http://www.playvid.com/watch/VouVYO8uJNY,
http://www.playvid.com/watch/3eyQkMBg9ad, http://www.playvid.com/watch/AFPPQJTCFyF, http://www.playvid.com/watch/Sh4VOlsDDhA,
http://www.playvid.com/watch/D1TpaZfwTML, http://www.playvid.com/watch/9jgYYaTMUni, http://www.playvid.com/watch/7sd5G7iC2Qu,
http://www.playvid.com/watch/caN8Tshg-f5, http://www.playvid.com/watch/E_9Ke1SoZyk, http://www.playvid.com/watch/cyg-IZG69d5,
http://www.playvid.com/watch/Dn9aEps6OAa, http://www.playvid.com/watch/UUWnxRgz6wm, http://www.playvid.com/watch/mwRJzYgjpZs,
http://www.playvid.com/watch/0ckBiZ-MOKG, http://www.playvid.com/watch/wnihpR3DLov, http://www.playvid.com/watch/n_M42v5Wgbu,
http://www.playvid.com/watch/4Ni80hXhcFq, http://www.playvid.com/watch/iMCzHE_ehvx, http://www.playvid.com/watch/Wa1QN4ziwAF,
http://www.playvid.com/watch/ZWUf_B78RT3, http://www.playvid.com/watch/p-c5Dma_FbE, http://www.playvid.com/watch/Ww5ayEaXPWA,
http://www.playvid.com/watch/jFmHQLgNywB, http://www.playvid.com/watch/VLzhBEBKH5h, http://www.playvid.com/watch/L7unHOZex4m,
http://www.playvid.com/watch/W5ZmodYiMhw, http://www.playvid.com/watch/UOzH4jTqEXL, http://www.playvid.com/watch/ZTzCrrDJdls,
http://www.playvid.com/watch/0YV8vWd9ULt, http://www.playvid.com/watch/htjQ0EBP-Mi, http://www.playvid.com/watch/Bwib8qLDQxV,
http://www.playvid.com/watch/Jnz9i8WLChv, http://www.playvid.com/watch/fJusktle5Qg, http://www.playvid.com/watch/BoR8hJOQv5X,
http://www.playvid.com/watch/ox1XqLq-grq, http://www.playvid.com/watch/4Q5q0pawCQM, http://www.playvid.com/watch/q1O9NRHB2nu,
http://www.playvid.com/watch/v-CsR7ZAB3D, http://www.playvid.com/watch/iZ7PWCRQCMp, http://www.playvid.com/watch/DrIxeCQCDu3,
http://www.playvid.com/watch/DVtI0oZRzTq, http://www.playvid.com/watch/UDMDyjQDPM0, http://www.playvid.com/watch/Lm9DdJYY4Tr,
http://www.playvid.com/watch/IcSoKZXyBRN, http://www.playvid.com/watch/p_NGaTcUhVj, http://www.playvid.com/watch/J8-elI20wxI,
http://www.playvid.com/watch/rnCV12LVuJZ, http://www.playvid.com/watch/9qeT-jeS2PU, http://www.playvid.com/watch/O3KUczzkpxg,
http://www.playvid.com/watch/iu9jKuw_oXO, http://www.playvid.com/watch/9VpUmDjPjwn, http://www.playvid.com/watch/A4kFUFDm68H,
http://www.playvid.com/watch/r6-v_-e7Juh, http://www.playvid.com/watch/YK5_RAT-JFX, http://www.playvid.com/watch/myJ2D44wFQv,
http://www.playvid.com/watch/hEXuwhkQszw, http://www.playvid.com/watch/eds-zf6gM6N, http://www.playvid.com/watch/FbfXZJeHJvi,
http://www.playvid.com/watch/d_eC3OX2VFf, http://www.playvid.com/watch/LKWaWZWMpbu, http://www.playvid.com/watch/8IiV17TxWU5,
http://www.playvid.com/watch/gkzHdmpmD4P, http://www.playvid.com/watch/ZdiSxioAYew, http://www.playvid.com/watch/EhtrZqg5AfE,
http://www.playvid.com/watch/5ejTfw9Muw2, http://www.playvid.com/watch/xv-XhACsvsL, http://www.playvid.com/watch/JPGccJbM6Jm,
http://www.playvid.com/watch/cLU6SbE4G5b, http://www.playvid.com/watch/CZaEIvf-_nu, http://www.playvid.com/watch/aVBoSZzcvL9,
http://www.playvid.com/watch/dQllnU1_wXd, http://www.playvid.com/watch/VlzfVXDSw3k, http://www.playvid.com/watch/LN-BEEIMoWE,
http://www.playvid.com/watch/AyoOQ8NB0YU, http://www.playvid.com/watch/eWFjJwgsscU, http://www.playvid.com/watch/3PBqpnkAjjh,
http://www.playvid.com/watch/v_xCWdIqN0e, http://www.playvid.com/watch/cMke-z_hgQ9, http://www.playvid.com/watch/LHyrA0y8Olq,
http://www.playvid.com/watch/XAAYiP56E0e, http://www.playvid.com/watch/T9ukBtKeIlH, http://www.playvid.com/watch/C12H8OnGw0m,
http://www.playvid.com/watch/7bI0Lb2oGrY, http://www.playvid.com/watch/zFQy0uzXcTQ, http://www.playvid.com/watch/Gn0rrkvfY90,
http://www.playvid.com/watch/RyzbaTqD5pv, http://www.playvid.com/watch/rHXR85Ec9QD, http://www.playvid.com/watch/UrS70NLWQgw,
http://www.playvid.com/watch/y7by5CfQkgy, http://www.playvid.com/watch/KD7VOeCfmCA, http://www.playvid.com/watch/CWc-wwDv8w3,
http://www.playvid.com/watch/PEBYMXTAhaB, http://www.playvid.com/watch/brxoSTBkuAM, http://www.playvid.com/watch/P4ut7dibwk0,
http://www.playvid.com/watch/tA2vBe33YeK, http://www.playvid.com/watch/v6lWpVhGNpK, http://www.playvid.com/watch/jKizGWtQhUm,
http://www.playvid.com/watch/VN2hHln6A7Q, http://www.playvid.com/watch/bcC_O2rUKjG, http://www.playvid.com/watch/Zx9zq3K5Sjj,
http://www.playvid.com/watch/twK_Pqpalqy, http://www.playvid.com/watch/NnSBcHBzwtx, http://www.playvid.com/watch/IszLDaNzCIM,
http://www.playvid.com/watch/aBwyS2lzVVT, http://www.playvid.com/watch/bRc1KbDcBX2, http://www.playvid.com/watch/ZTAXhjc73cT,
http://www.playvid.com/watch/5jFxi5Mvpfr, http://www.playvid.com/watch/DsJza0Kl5ac, http://www.playvid.com/watch/5Iu1lqriepI,
http://www.playvid.com/watch/RMeoe3-peve, http://www.playvid.com/watch/xsgkAOEvHKS, http://www.playvid.com/watch/qaul_5jbhup,
http://www.playvid.com/watch/2ur_VJHRSZu, http://www.playvid.com/watch/L8u0njJ-ptc, http://www.playvid.com/watch/LXc75Btb07b,
http://www.playvid.com/watch/MAOkZ6wyqAx, http://www.playvid.com/watch/8fTsxMJNRTp, http://www.playvid.com/watch/zjUhao5MUfV,
http://www.playvid.com/watch/8lNwcPSAr30, http://www.playvid.com/watch/rJB331lc19V, http://www.playvid.com/watch/tupHh5M0JVa,
http://www.playvid.com/watch/m0UihaoWXbQ, http://www.playvid.com/watch/3d_IgwBUx1u, http://www.playvid.com/watch/dLiFAGbpo5L,
http://www.playvid.com/watch/ZQTLyjvsrgu, http://www.playvid.com/watch/5oFvXwQF9DY, http://www.playvid.com/watch/vPFNdWKtujd,
http://www.playvid.com/watch/9qn5WAJ4sNF, http://www.playvid.com/watch/8u10j5XSLQX, http://www.playvid.com/watch/8tNGQANypZm,
http://www.playvid.com/watch/DebHCzUAJ05, http://www.playvid.com/watch/vFtXHqQcdYE, http://www.playvid.com/watch/xFocH1phZSt,
http://www.playvid.com/watch/O_fQsBgiei3, http://www.playvid.com/watch/VBG_pXNQq-0, http://www.playvid.com/watch/d_FRTheEEd5,
http://www.playvid.com/watch/q_Tm9DcG1tb, http://www.playvid.com/watch/eZU0R4JNIRx, http://www.playvid.com/watch/Wi3_VKIOXeq,
http://www.playvid.com/watch/8e7m8Hh3MDq, http://www.playvid.com/watch/eg-GnECupos, http://www.playvid.com/watch/Uv4ISxeTrnx,
http://www.playvid.com/watch/6HIQUpORxLC, http://www.playvid.com/watch/lLW7zv1NmVb, http://www.playvid.com/watch/jqVWp95lfB7,
http://www.playvid.com/watch/q5a67NSWwSn, http://www.playvid.com/watch/4gK_njR-ug3, http://www.playvid.com/watch/5vY334L_Yfs,
http://www.playvid.com/watch/yfSZNXS5oFK, http://www.playvid.com/watch/9LdGuArmKjN, http://www.playvid.com/watch/qQbcMrZVasw,
http://www.playvid.com/watch/BuWasrMepi7, http://www.playvid.com/watch/UKxdK7fWaUv, http://www.playvid.com/watch/vk_AE-vgSPw,
http://www.playvid.com/watch/07kU9yvSQrh, http://www.playvid.com/watch/wNQJdLRWFEu, http://www.playvid.com/watch/bvLQXC-X5CG,
http://www.playvid.com/watch/7C2H2qSPgAh, http://www.playvid.com/watch/vRt9NhzqC8q, http://www.playvid.com/watch/2IEOJcz2sKX,
http://www.playvid.com/watch/4Yyi2iREKjZ, http://www.playvid.com/watch/oGwfUTl-bvJ, http://www.playvid.com/watch/ET-09PvV_V3,
http://www.playvid.com/watch/x7vXyNvxKPQ, http://www.playvid.com/watch/QvtPYwvzFkw, http://www.playvid.com/watch/IlIH0hzCZpr,
http://www.playvid.com/watch/qB5watR5Nvd, http://www.playvid.com/watch/gE_PJp-DO4y, http://www.playvid.com/watch/EkhP_ZCCzGN,
http://www.playvid.com/watch/mQF1uqO_O-J, http://www.playvid.com/watch/vKhUW0XSlEn, http://www.playvid.com/watch/2oNyMbD-LvG,
http://www.playvid.com/watch/Q_BP84udrvu, http://www.playvid.com/watch/CAVFlc3RZPu, http://www.playvid.com/watch/3UlI1jsDWtp,
http://www.playvid.com/watch/HhPQYRpeHfl, http://www.playvid.com/watch/6JGRNX4wkfl, http://www.playvid.com/watch/4yqqEl11kyE
5.f. Date of third notice: 2015-05-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Thepostman10
5.b. Uploader's email address: arne.nygaard1462@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Thepostman10
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mINkx7jUtRq, http://www.playvid.com/watch/jnltDSEJZzb,
http://www.playvid.com/watch/GSE8cptVRyb, http://www.playvid.com/watch/Hq38Z16e2iT, http://www.playvid.com/watch/0WcCI0HU47y,
http://www.playvid.com/watch/SWbtYF5kRXj, http://www.playvid.com/watch/ae4DWD4JwJf, http://www.playvid.com/watch/ulw6KcPDD_B,
http://www.playvid.com/watch/qOkRMzmOTOw, http://www.playvid.com/watch/mT2rsVQCwpD, http://www.playvid.com/watch/eHJXOki0fRF,
http://www.playvid.com/watch/CkykkfK5vvG, http://www.playvid.com/watch/wwc12NeS4w9, http://www.playvid.com/watch/TSvW3m5rHPO,
http://www.playvid.com/watch/bbbnLRcVjBc, http://www.playvid.com/watch/uePsizYF36i, http://www.playvid.com/watch/MzgiqsSFXfQ,
http://www.playvid.com/watch/d-CS8HhUliV, http://www.playvid.com/watch/d7IP-xLFvoQ, http://www.playvid.com/watch/AbULR90gb9k,
http://www.playvid.com/watch/wiTZwZnl41X, http://www.playvid.com/watch/w8R9VxRQGLs, http://www.playvid.com/watch/II_Hpox4dz2,
http://www.playvid.com/watch/JK1nTfDSj0a, http://www.playvid.com/watch/btKXZXVNvFz, http://www.playvid.com/watch/XjrfJ3qkxM0,
http://www.playvid.com/watch/E46-Kh33nK6, http://www.playvid.com/watch/Teir3ioc1LE, http://www.playvid.com/watch/uobsJpUqf8B,
http://www.playvid.com/watch/e3QN2-2_wdC, http://www.playvid.com/watch/s_N0TbYOVJs, http://www.playvid.com/watch/WwLRTzcnrPN,

http://www.playvid.com/watch/txkeM94KEOR, http://www.playvid.com/watch/97SrltfCRYQ, http://www.playvid.com/watch/KSLD2thJKAp,
http://www.playvid.com/watch/OzdCG7A4DCQ, http://www.playvid.com/watch/OJCF3BxRoRe, http://www.playvid.com/watch/wMsb_pqlOaO,
http://www.playvid.com/watch/yBVlxXTUvhB, http://www.playvid.com/watch/cQg1ND5cFFc, http://www.playvid.com/watch/FyTPulkRBpe,
http://www.playvid.com/watch/bVA2HrElY6W, http://www.playvid.com/watch/b-6Iutq7p-R, http://www.playvid.com/watch/wBwZV9RRWkr,
http://www.playvid.com/watch/weucGOjhSee, http://www.playvid.com/watch/sEuXNMbEoCf, http://www.playvid.com/watch/2e1GBPNknD6,
http://www.playvid.com/watch/SLWKFPG55wb, http://www.playvid.com/watch/H092m6Xboj8, http://www.playvid.com/watch/PEPwtwr6r9K,
http://www.playvid.com/watch/RGa-v0D_EQ3, http://www.playvid.com/watch/PFs8IYutKH9, http://www.playvid.com/watch/gclVqXej_eR,
http://www.playvid.com/watch/dofJBO3pw7x, http://www.playvid.com/watch/69V6lfJMn5Z, http://www.playvid.com/watch/AOdILVmqiS4,
http://www.playvid.com/watch/oGxNE-HmIDv, http://www.playvid.com/watch/YGL7V20NWUk, http://www.playvid.com/watch/4_pFIviJ4GN,
http://www.playvid.com/watch/n-qFjEPeRpX, http://www.playvid.com/watch/OXBC8Cj7utK, http://www.playvid.com/watch/k1er6JsmJ2v,
http://www.playvid.com/watch/O4JX6OLsNLt, http://www.playvid.com/watch/puiabm2OJci, http://www.playvid.com/watch/wEV61Ut4xu9,
http://www.playvid.com/watch/YcjghTcIJzc, http://www.playvid.com/watch/YfENnJy-IpT, http://www.playvid.com/watch/O2GZRhOPgav,
http://www.playvid.com/watch/zyu6Cab61lM, http://www.playvid.com/watch/9DpwGNJVzlN, http://www.playvid.com/watch/yekClVilu19,
http://www.playvid.com/watch/p_0pKPvmPiz, http://www.playvid.com/watch/NFT-us2CY3r, http://www.playvid.com/watch/C0gELS7aXub,
http://www.playvid.com/watch/N2-dbX7a61d, http://www.playvid.com/watch/dnGpPec7sjB, http://www.playvid.com/watch/0PO-vhRwh-e,
http://www.playvid.com/watch/EeKXPbJQh7A, http://www.playvid.com/watch/Bmyf8bFV748, http://www.playvid.com/watch/aGUfxjSnEBq,
http://www.playvid.com/watch/v5w51xvw-zh, http://www.playvid.com/watch/ugtFoeCX9MA, http://www.playvid.com/watch/wWKtJ2c2tp6,
http://www.playvid.com/watch/ZNbSeEaSTXS, http://www.playvid.com/watch/wggi0XgSEEw, http://www.playvid.com/watch/yjMYjqiPe1R,
http://www.playvid.com/watch/hY60JD5Aq1A, http://www.playvid.com/watch/Jv3_984ajPa, http://www.playvid.com/watch/a5p7UvNxgid,
http://www.playvid.com/watch/ClBLrUBBpf0, http://www.playvid.com/watch/WUOnqNNL3qQ, http://www.playvid.com/watch/WKdhUDJNJbF,
http://www.playvid.com/watch/LNDBCInBCbO, http://www.playvid.com/watch/QOPR_pKRnxF, http://www.playvid.com/watch/vYpJgQmSl-s,
http://www.playvid.com/watch/4eCgBmElMVj, http://www.playvid.com/watch/NA_tGNw-8kg, http://www.playvid.com/watch/7-cIvNSxo4M,
http://www.playvid.com/watch/2P-P97BGzu7, http://www.playvid.com/watch/uCsCJgX3fSX, http://www.playvid.com/watch/5pNI1-qcCpD,
http://www.playvid.com/watch/njg5vQG2Nbm, http://www.playvid.com/watch/pK2UMDrgKet, http://www.playvid.com/watch/uDNXKUHPZGO,
http://www.playvid.com/watch/c7QhKdM2ej2, http://www.playvid.com/watch/OeklVJY0An0, http://www.playvid.com/watch/yNoNvwK8dI4,
http://www.playvid.com/watch/bpM6cZ1AR6G, http://www.playvid.com/watch/eED3K5060dt, http://www.playvid.com/watch/IRP-pfGONHR,
http://www.playvid.com/watch/cWRxFFTjpGe, http://www.playvid.com/watch/xtT0PjmxSmR, http://www.playvid.com/watch/MQbINv-V3bx,
http://www.playvid.com/watch/Am_6xAkmdIP, http://www.playvid.com/watch/dTG7ysGSZLr, http://www.playvid.com/watch/X-3jos-iH4U,
http://www.playvid.com/watch/0DkNfZ_C9QG, http://www.playvid.com/watch/6J1Xop1Jae0, http://www.playvid.com/watch/E33J6aoW3Ye,
http://www.playvid.com/watch/X5kOcCm2MEh, http://www.playvid.com/watch/EkVT5IB_k8W, http://www.playvid.com/watch/JJZUVIOFugu,
http://www.playvid.com/watch/3PhUKHDGUPj, http://www.playvid.com/watch/9ArhhGD8vJ6, http://www.playvid.com/watch/uY_xIYGnZAQ,
http://www.playvid.com/watch/jx4tQqeGApA, http://www.playvid.com/watch/vJPAMfwhQcV, http://www.playvid.com/watch/7QCHErCJDtT,
http://www.playvid.com/watch/tKjIIYJYuLM, http://www.playvid.com/watch/nloBrEA5diq, http://www.playvid.com/watch/gFQtAONG8nH,
http://www.playvid.com/watch/tu-jCuYJgJJ, http://www.playvid.com/watch/KRqtlg24Dx4, http://www.playvid.com/watch/L9tg3osSOiJ,
http://www.playvid.com/watch/Tqvw2Dy3JKt, http://www.playvid.com/watch/cxpMsAeCFQi, http://www.playvid.com/watch/df_YTGtcvLU,
http://www.playvid.com/watch/fyUST6_CHhG, http://www.playvid.com/watch/OiiuKU_5_OF, http://www.playvid.com/watch/FJxBmJa5M77,
http://www.playvid.com/watch/AObRQY4wGJL, http://www.playvid.com/watch/J6CFt3ETcoj, http://www.playvid.com/watch/kHfEVkEku3k,
http://www.playvid.com/watch/917r8xXRAay, http://www.playvid.com/watch/2V2Wwaz5MKs, http://www.playvid.com/watch/9EwjAVkwITM,
http://www.playvid.com/watch/pYC3S6xM412
5.f. Date of third notice: 2015-08-23 18:51:22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Thestreamer
5.b. Uploader's email address: arne.nygaard1460@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Thestreamer
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zUCGXMjSPK0, http://www.playvid.com/watch/5AKo2JAp6gn,
http://www.playvid.com/watch/uDHvLHj6Klg, http://www.playvid.com/watch/KqfwGbyOV2f, http://www.playvid.com/watch/NeGn7GIsqoK,
http://www.playvid.com/watch/HPPQ7367D8u, http://www.playvid.com/watch/jhf0Eu60rDe, http://www.playvid.com/watch/DRJAx4bR2XJ,
http://www.playvid.com/watch/6jgq-HTW9Re, http://www.playvid.com/watch/9-Wdfwr4ylk, http://www.playvid.com/watch/7YKKKIkWShn,
http://www.playvid.com/watch/NF5D28RO4Ec, http://www.playvid.com/watch/cl6VBiQPEhy, http://www.playvid.com/watch/0kTEqN84CyS,
http://www.playvid.com/watch/5v0n6GcTH6V, http://www.playvid.com/watch/NW52uxnD7bP, http://www.playvid.com/watch/KD7SK6nFdoX,
http://www.playvid.com/watch/4EBn2ORYPxO, http://www.playvid.com/watch/AQvT98JdXNz, http://www.playvid.com/watch/NuBgLDSRY2X,
http://www.playvid.com/watch/Cl-7iITDo4u, http://www.playvid.com/watch/YFMLuYzsY45, http://www.playvid.com/watch/GpWI3qofrwE,
http://www.playvid.com/watch/9-x3p3UrHqW, http://www.playvid.com/watch/ZJtHsBSoieY, http://www.playvid.com/watch/rcIWFUkE9ra,
http://www.playvid.com/watch/YtL9WlG7kuk, http://www.playvid.com/watch/PiBy80x0thw, http://www.playvid.com/watch/kRM2hxETZqn,
http://www.playvid.com/watch/quc3tK-CCYG, http://www.playvid.com/watch/JZDfGawcA5C, http://www.playvid.com/watch/ifVs8DTA9xj,
http://www.playvid.com/watch/FzRlWWIjrVJ, http://www.playvid.com/watch/NJzJ0vWTnIa, http://www.playvid.com/watch/7ROGwAyor3w,
http://www.playvid.com/watch/ek4FNAsudBE, http://www.playvid.com/watch/i7pwlfTjwXV, http://www.playvid.com/watch/zv8AbF3Tlqw,
http://www.playvid.com/watch/BjqJLYASP74, http://www.playvid.com/watch/lPQ3aw0jijf, http://www.playvid.com/watch/fwvb2Zrf547,
http://www.playvid.com/watch/KcQToCTOXKk, http://www.playvid.com/watch/FkbyMUP8Aap, http://www.playvid.com/watch/n3THQ57US68,
http://www.playvid.com/watch/iCwBQmCSZFD, http://www.playvid.com/watch/zqdudPxEsqN, http://www.playvid.com/watch/iM6EQ7ghEWX,
http://www.playvid.com/watch/g8fXhf6LgQE, http://www.playvid.com/watch/RXMORc-SBko, http://www.playvid.com/watch/wd82Q8y3MbN,
http://www.playvid.com/watch/gHb0P7drUxh, http://www.playvid.com/watch/RxAzV3lAMSj, http://www.playvid.com/watch/Uxsrd6MJsS0,
http://www.playvid.com/watch/r49B9M0x97P, http://www.playvid.com/watch/hhVIDu-ZLen, http://www.playvid.com/watch/MVJcr8hfNWf,
http://www.playvid.com/watch/SySYekYi-A8, http://www.playvid.com/watch/DfNS6E3ysqb, http://www.playvid.com/watch/oY-c7aQjihV,
http://www.playvid.com/watch/GWRr975a3mf, http://www.playvid.com/watch/IM8W8W42TES, http://www.playvid.com/watch/8dUzRRCsfHR,
http://www.playvid.com/watch/MRZ8DvgLelw, http://www.playvid.com/watch/j8wXVQPoD8w, http://www.playvid.com/watch/dae3urHzi0L,
http://www.playvid.com/watch/cUbOOISUi28, http://www.playvid.com/watch/0Gnrzqz6u0G, http://www.playvid.com/watch/XOXqG45hoqd,
http://www.playvid.com/watch/kcfQgIWzJny, http://www.playvid.com/watch/Ufcixxge4wn, http://www.playvid.com/watch/TqMQM3nBp7y,
http://www.playvid.com/watch/ikLC6kSmbts, http://www.playvid.com/watch/DOGG26e2ysz, http://www.playvid.com/watch/XjpTqCO4RRg,
http://www.playvid.com/watch/Bc6pWGRLVvx, http://www.playvid.com/watch/nVzlZslfD55, http://www.playvid.com/watch/VgOxgcHIIme,
http://www.playvid.com/watch/KiYEvs5ER7W, http://www.playvid.com/watch/5TK4ms60RGY, http://www.playvid.com/watch/QgJIKaq89fC,
http://www.playvid.com/watch/weVwRhz9ZzW, http://www.playvid.com/watch/CZZTuZtI5bo, http://www.playvid.com/watch/pc5fnCwvPQO,
http://www.playvid.com/watch/ib7sqCwlGKF, http://www.playvid.com/watch/XGvW8YXuczd, http://www.playvid.com/watch/jP2DHhS6Tcc,
http://www.playvid.com/watch/-NIR8ZcwFML, http://www.playvid.com/watch/mJ2I6kfD3Ym, http://www.playvid.com/watch/eypqH5lopz7,
http://www.playvid.com/watch/Mg0twcanFIW, http://www.playvid.com/watch/BkfP5QmBpCi, http://www.playvid.com/watch/oCC2jMIVh7z,
http://www.playvid.com/watch/qLJBNW233px, http://www.playvid.com/watch/fsPJbx8H7qm, http://www.playvid.com/watch/Ep45edCO-aZ,
http://www.playvid.com/watch/W3TvCEdsPt2, http://www.playvid.com/watch/mFs7VuJwyeO, http://www.playvid.com/watch/5FJYt9Fcpfa,
http://www.playvid.com/watch/TGlLhV3PC7F, http://www.playvid.com/watch/QEpseFAhNKH, http://www.playvid.com/watch/QFmjVAy39Pp,
http://www.playvid.com/watch/cEkQXCZ4mu3, http://www.playvid.com/watch/UxcTeaMtuuz, http://www.playvid.com/watch/X0e6usJQ7MU,
http://www.playvid.com/watch/IYfDzvMhUvg, http://www.playvid.com/watch/T9z9nhmur8U, http://www.playvid.com/watch/wHs-5DzhXzb,
http://www.playvid.com/watch/ZQgfuJa82qF, http://www.playvid.com/watch/WwrlXOpuKg6, http://www.playvid.com/watch/StfVKKXL5n8,
http://www.playvid.com/watch/Tc8tBqNFgI-, http://www.playvid.com/watch/okkuWLpymSO, http://www.playvid.com/watch/9-ocLJaKy7V,
http://www.playvid.com/watch/cPED70lqlMU, http://www.playvid.com/watch/Am7mojM0JEd, http://www.playvid.com/watch/NGx75yBF2tj,
http://www.playvid.com/watch/YE8LqPnhahD, http://www.playvid.com/watch/LHzVScb4D2b, http://www.playvid.com/watch/GEDNx89XkBj,
http://www.playvid.com/watch/nkIQxMuH-6F, http://www.playvid.com/watch/maJ8Cy04hc0, http://www.playvid.com/watch/YuVBhGJwWTQ,
http://www.playvid.com/watch/zHQz6iuaIu8, http://www.playvid.com/watch/3j7Fe6yNKSr, http://www.playvid.com/watch/NISyHwm6rsS,
http://www.playvid.com/watch/gp2bBHdg2jq, http://www.playvid.com/watch/s00xNNRd4Ga, http://www.playvid.com/watch/MTheo-b3HIc,
http://www.playvid.com/watch/4wqNxWvOPlT, http://www.playvid.com/watch/st5oqZgsyUQ, http://www.playvid.com/watch/NFddYTdfsNi,
http://www.playvid.com/watch/pxG8YNkxyqS, http://www.playvid.com/watch/3ANBqAFXPwN, http://www.playvid.com/watch/Sa0wWmFSTsV,
http://www.playvid.com/watch/IFBOVXVlS7H, http://www.playvid.com/watch/KBXFI4yBpSi, http://www.playvid.com/watch/hlw0w5MUOER,
http://www.playvid.com/watch/ELPtgEan6iO, http://www.playvid.com/watch/74Wu-hwrPVA, http://www.playvid.com/watch/wRGrSboG4Wu,
http://www.playvid.com/watch/Yd5lgzaqRwt, http://www.playvid.com/watch/OxflEGHEyj7, http://www.playvid.com/watch/qk0pd8XJLFy,
http://www.playvid.com/watch/9PxjWWkcDGv, http://www.playvid.com/watch/5ij5VuLXAkt, http://www.playvid.com/watch/yhWMdMqPusL,
http://www.playvid.com/watch/iKNxcAXSM-Z, http://www.playvid.com/watch/407bxpaa0cq, http://www.playvid.com/watch/TvL-5CV3vgt,
http://www.playvid.com/watch/uy76wK9MA4D, http://www.playvid.com/watch/Wct6FDQNQOu, http://www.playvid.com/watch/90bDoEnK2Xe,

http://www.playvid.com/watch/td4SoFtIbMn, http://www.playvid.com/watch/TnnDxNTn6vP, http://www.playvid.com/watch/ylau2c-aVAM, http://www.playvid.com/watch/o2RQDRWTMW-, http://www.playvid.com/watch/bHVyX-pp-Cf, http://www.playvid.com/watch/FOEL4nBSntt, http://www.playvid.com/watch/PnCZbR4TpQI, http://www.playvid.com/watch/AjDVtQmBygg, http://www.playvid.com/watch/rN7TaRUMIkE, http://www.playvid.com/watch/jwz8mgiTHth, http://www.playvid.com/watch/VeTCZTKyWhn, http://www.playvid.com/watch/dgZjJ8uenZI, http://www.playvid.com/watch/oRbaLP-5oXh, http://www.playvid.com/watch/WlTzAGRx7PP, http://www.playvid.com/watch/ws7JhKclQA4, http://www.playvid.com/watch/By3DJGsvHJg, http://www.playvid.com/watch/lmjIYhx05Pj, http://www.playvid.com/watch/hjlXaPY2yv9, http://www.playvid.com/watch/QwODU5F05iz, http://www.playvid.com/watch/V4ZDMOQ8Y8t, http://www.playvid.com/watch/Fn9-ELS8qio, http://www.playvid.com/watch/-hHGNLDo4DY, http://www.playvid.com/watch/zHlMklhMAmZ, http://www.playvid.com/watch/tWaq8jtil02, http://www.playvid.com/watch/tIS-yCOQbcI, http://www.playvid.com/watch/SLk2S4qTpwb, http://www.playvid.com/watch/immbVeHHEx7, http://www.playvid.com/watch/AeoSJi2omB9, http://www.playvid.com/watch/g-79bgsUjLH, http://www.playvid.com/watch/4Fb4AnYa-FD, http://www.playvid.com/watch/5R0VuuTITPy, http://www.playvid.com/watch/ne0aRsOiExK, http://www.playvid.com/watch/5mQUZE3PSgz, http://www.playvid.com/watch/idlNXXEMEGl, http://www.playvid.com/watch/Sfq63J9YBZ0, http://www.playvid.com/watch/wb8Eaa-lfs2, http://www.playvid.com/watch/njnbJln3Ov-, http://www.playvid.com/watch/0brXcQTp5RW, http://www.playvid.com/watch/I7eNkatEEnf, http://www.playvid.com/watch/zDpEjPNV20M, http://www.playvid.com/watch/HoWsDggnpIS, http://www.playvid.com/watch/ZWpyY6dfnjb, http://www.playvid.com/watch/XAygmRUgutm, http://www.playvid.com/watch/GJaLdhe7U4J, http://www.playvid.com/watch/KcVTb40-d6W, http://www.playvid.com/watch/3JkbMCfgU9x, http://www.playvid.com/watch/HQevRnSXl8E, http://www.playvid.com/watch/FCb5jQB97Uu, http://www.playvid.com/watch/7oNBPBXFGah, http://www.playvid.com/watch/k5Pv6sXazI-, http://www.playvid.com/watch/FXu4Nj3CaMu, http://www.playvid.com/watch/n3tWV5WYKvU, http://www.playvid.com/watch/mb7JZJC-7lm, http://www.playvid.com/watch/35Q7EZt87ar, http://www.playvid.com/watch/jyj-3SgUaKB, http://www.playvid.com/watch/xeRIUKAyclI, http://www.playvid.com/watch/WUZLkVSSpSd, http://www.playvid.com/watch/-8C-KksjIiZ, http://www.playvid.com/watch/tjsKmouxixW, http://www.playvid.com/watch/MdrV78WtogY, http://www.playvid.com/watch/WtbrRjIC2vO, http://www.playvid.com/watch/6z4FpnSOa7j, http://www.playvid.com/watch/r95XP7PyzTx, http://www.playvid.com/watch/XBQIdwzGboo, http://www.playvid.com/watch/oIzwY9A2aDP, http://www.playvid.com/watch/RsY3-anZX8Q, http://www.playvid.com/watch/d9kyiVtho66, http://www.playvid.com/watch/5jZrRp7BJ9d, http://www.playvid.com/watch/HujIj-SLkh5, http://www.playvid.com/watch/gTCXHdIds-A, http://www.playvid.com/watch/Z-HkVbwnOht, http://www.playvid.com/watch/8upUfAzZNZk, http://www.playvid.com/watch/ewBriKcDIxe, http://www.playvid.com/watch/L5vvcg787XY, http://www.playvid.com/watch/OGHDnGGra2K, http://www.playvid.com/watch/KT_oi22ObDS, http://www.playvid.com/watch/8ZezX4CdYJJ, http://www.playvid.com/watch/uxX7O7Sp1HE, http://www.playvid.com/watch/sEJ7uUrjRIH, http://www.playvid.com/watch/evF1px97jSo, http://www.playvid.com/watch/rtT8gU4Az1q, http://www.playvid.com/watch/iUvvY-q1e6Y, http://www.playvid.com/watch/q0FafS3j5Cd, http://www.playvid.com/watch/OrZmCmBddGi, http://www.playvid.com/watch/ja7j9Pys5Oi, http://www.playvid.com/watch/zzwiNJG_zA5, http://www.playvid.com/watch/IR-AOKdcvM9, http://www.playvid.com/watch/TORAK7weLNq, http://www.playvid.com/watch/RPdOkLw45j3, http://www.playvid.com/watch/gcT_DVl7z-m, http://www.playvid.com/watch/fT5KI0ldsLF, http://www.playvid.com/watch/qrX0kisKrf4, http://www.playvid.com/watch/fJVnll3qeMJ, http://www.playvid.com/watch/ORpJLpH5FKV, http://www.playvid.com/watch/x87ijxHr8or, http://www.playvid.com/watch/69c8jBZ92DR, http://www.playvid.com/watch/Zs51IVVGJbl, http://www.playvid.com/watch/xAVZYxiPUYD, http://www.playvid.com/watch/IPTFQNl2sjH, http://www.playvid.com/watch/aclrizOrAQp, http://www.playvid.com/watch/7TgusThfx-a, http://www.playvid.com/watch/jan1SaKj7w5, http://www.playvid.com/watch/3iBiWneo2yH, http://www.playvid.com/watch/WTeWC2C-lGv, http://www.playvid.com/watch/dPPct9ShkxM, http://www.playvid.com/watch/JA6Fk9-tgCG, http://www.playvid.com/watch/ueuiBszkxEl, http://www.playvid.com/watch/rAiajrOIlDt, http://www.playvid.com/watch/GoBQLk__s9w, http://www.playvid.com/watch/zj32atuq4bc, http://www.playvid.com/watch/eX_U2C4bMrf, http://www.playvid.com/watch/EvPCm8wKC_F, http://www.playvid.com/watch/Wlwb7o4Yxzj, http://www.playvid.com/watch/aYQN5h38_8f, http://www.playvid.com/watch/i4WySYkHQ1a, http://www.playvid.com/watch/Q6aVJGQvitG, http://www.playvid.com/watch/IK5c8mgGtcV, http://www.playvid.com/watch/PcI95oGaGTp, http://www.playvid.com/watch/ONJfDvkqNX2, http://www.playvid.com/watch/7LwII3OVNVO, http://www.playvid.com/watch/tyjvG6K1Fvq, http://www.playvid.com/watch/0dgEw5ygjrJ, http://www.playvid.com/watch/GW4g_Ixj6xw, http://www.playvid.com/watch/SBmqVVUnFaX, http://www.playvid.com/watch/4y6eKG8tDnq, http://www.playvid.com/watch/aj3i_V58Pwz, http://www.playvid.com/watch/BfD0G3bsAOG, http://www.playvid.com/watch/ywqVnD5qOp3, http://www.playvid.com/watch/6ehRGMTBGTY, http://www.playvid.com/watch/zIHhTNLom5I, http://www.playvid.com/watch/RLdnpXKYNhQ, http://www.playvid.com/watch/7_I1czC7eeS, http://www.playvid.com/watch/Dc_p2_yeXW7, http://www.playvid.com/watch/acIErWm8CgS, http://www.playvid.com/watch/G-WGgn1QRjk, http://www.playvid.com/watch/xcjCZA4zYEb, http://www.playvid.com/watch/s1iVQTqYrAC, http://www.playvid.com/watch/vertIRfkKX0, http://www.playvid.com/watch/MgISqSA46Hc, http://www.playvid.com/watch/UPWa7o74RIW, http://www.playvid.com/watch/RKkCP6rtK9E, http://www.playvid.com/watch/NrusqmPKdiM, http://www.playvid.com/watch/9M_mQwau6c9, http://www.playvid.com/watch/LnxG0nFRoba, http://www.playvid.com/watch/d4keZT5S5Gd, http://www.playvid.com/watch/gohLCSRas8f, http://www.playvid.com/watch/l-PwPEk5DZ3, http://www.playvid.com/watch/59zM7Hk5xvp, http://www.playvid.com/watch/LV8iX8w2UuH, http://www.playvid.com/watch/8XwgPrePdCF, http://www.playvid.com/watch/lZMlxxd0izo, http://www.playvid.com/watch/461Dt5XxqQT, http://www.playvid.com/watch/tYUIuUlntqL, http://www.playvid.com/watch/CPF51ab3XCB, http://www.playvid.com/watch/a-TQwuiRW0e, http://www.playvid.com/watch/ycgLEo8shSP, http://www.playvid.com/watch/Fffm76mIBhi, http://www.playvid.com/watch/Oazy_yOUtNB, http://www.playvid.com/watch/Mt70wXgsEaw, http://www.playvid.com/watch/UgIT-6lDNt4, http://www.playvid.com/watch/x2v_e8kzYK6, http://www.playvid.com/watch/Tz9sTSz3P1M, http://www.playvid.com/watch/bcxcwJZ3oDU, http://www.playvid.com/watch/diOT49Z2ooa, http://www.playvid.com/watch/EOVDKnDp5Ao, http://www.playvid.com/watch/wd-ww-fF5pL, http://www.playvid.com/watch/9cFTtagmqNS, http://www.playvid.com/watch/o8t1Q0SP-Pi, http://www.playvid.com/watch/x5rJdi3SSQA, http://www.playvid.com/watch/MauOStc8far, http://www.playvid.com/watch/zZkB8RG8lRz, http://www.playvid.com/watch/3uCWEXcfg18, http://www.playvid.com/watch/wLiZmnOe24t, http://www.playvid.com/watch/hHq1Wq6goOm, http://www.playvid.com/watch/Kka230LZBc6, http://www.playvid.com/watch/lnvs2yOEn53, http://www.playvid.com/watch/vfFec0eGYnI, http://www.playvid.com/watch/Fh1_SNEbzAx, http://www.playvid.com/watch/yRq-_V8SFS2, http://www.playvid.com/watch/il9SAyBhozp, http://www.playvid.com/watch/XxLhJaHg-fM, http://www.playvid.com/watch/2BrBe38USim, http://www.playvid.com/watch/Tc-v4K7nmjp, http://www.playvid.com/watch/SIzGpBM70t7, http://www.playvid.com/watch/dXm-NEHVmFO, http://www.playvid.com/watch/GlAIhk0oDJS
5.f. Date of third notice: 2013-10-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: thetruth
5.b. Uploader's email address: jaakunosekai@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/thetruth
5.e. List of videos posted by uploader: http://www.playvid.com/watch/RCzzmqRPdlF, http://www.playvid.com/watch/mV7I7Xmeljg, http://www.playvid.com/watch/GvX0c3fgdja, http://www.playvid.com/watch/qU65z4BPIuq, http://www.playvid.com/watch/mozoDNGHASE, http://www.playvid.com/watch/Sq4WGlqgxv3, http://www.playvid.com/watch/AxrgzWeBFni, http://www.playvid.com/watch/XIaFt2TuGQQ, http://www.playvid.com/watch/EGBv033CiNz, http://www.playvid.com/watch/mE7xL0OlMHA, http://www.playvid.com/watch/USZWdtdLINf, http://www.playvid.com/watch/eATn0tkRrMw, http://www.playvid.com/watch/8kSXzyOcBF5, http://www.playvid.com/watch/36Joo6VVWia, http://www.playvid.com/watch/DlTZowvcWHj, http://www.playvid.com/watch/zXz4HviuC48, http://www.playvid.com/watch/sVbWePbARTB, http://www.playvid.com/watch/sdzoj3sFi0K, http://www.playvid.com/watch/as2VTUtFBR4, http://www.playvid.com/watch/kuPLIZi3K0M, http://www.playvid.com/watch/I0UMNT5u0Ju, http://www.playvid.com/watch/eC4O4OTwT-R, http://www.playvid.com/watch/hmYe2VHHofz, http://www.playvid.com/watch/P9tabvsGD0M, http://www.playvid.com/watch/8sDm2z5ioTG, http://www.playvid.com/watch/VVkhgzsGvsT, http://www.playvid.com/watch/ULsftEthCMy, http://www.playvid.com/watch/dGydEcmHrkD, http://www.playvid.com/watch/tMkmGCwmaOd, http://www.playvid.com/watch/f-HjvcVEuF-, http://www.playvid.com/watch/mgOUwyqk2jr, http://www.playvid.com/watch/3Nc-TNZ5y9H, http://www.playvid.com/watch/ES4SEetLRFJ, http://www.playvid.com/watch/0m8bUcdTQmm, http://www.playvid.com/watch/TygauhOkTcJ, http://www.playvid.com/watch/fXNmmBACCSu, http://www.playvid.com/watch/yEHKHpCEUPZ, http://www.playvid.com/watch/HqYW772AImX, http://www.playvid.com/watch/GrIfWmUvWLk, http://www.playvid.com/watch/vRcsLWTolwn, http://www.playvid.com/watch/588nYo0wz9A, http://www.playvid.com/watch/WhlI9n4JJug, http://www.playvid.com/watch/sqlGE4z5NBl, http://www.playvid.com/watch/xPiFzRk88h5, http://www.playvid.com/watch/NmOQdCqsPDS, http://www.playvid.com/watch/-699ixUsahT, http://www.playvid.com/watch/gwskCchai-9, http://www.playvid.com/watch/FiqJQNqW3qY, http://www.playvid.com/watch/CfdvwwnCL35, http://www.playvid.com/watch/uWi7YqPueC0, http://www.playvid.com/watch/urP9M-y-CSK, http://www.playvid.com/watch/hI6-jFpmb6t, http://www.playvid.com/watch/C9P2PIRcjMY, http://www.playvid.com/watch/fUc2rgfBL8C, http://www.playvid.com/watch/pP0m6CQGOao, http://www.playvid.com/watch/H8aNCFPpnF7, http://www.playvid.com/watch/PB2-IKpXskk, http://www.playvid.com/watch/lcLME9fw7lA, http://www.playvid.com/watch/bwxO84G7Lcn, http://www.playvid.com/watch/puGS9jCzsTi, http://www.playvid.com/watch/TxqHCWEJ6vi, http://www.playvid.com/watch/2PZWWR3TT8f, http://www.playvid.com/watch/DfupBGb2dut, http://www.playvid.com/watch/La5T8As50ee, http://www.playvid.com/watch/OUJXMYee3HI, http://www.playvid.com/watch/Ywdr5dW4y58, http://www.playvid.com/watch/wNz2SCfpq4Q, http://www.playvid.com/watch/RKxZmomiZvo, http://www.playvid.com/watch/b3PXuQAfl56, http://www.playvid.com/watch/ELhwEbsY9J9, http://www.playvid.com/watch/KvPySYgnVq7, http://www.playvid.com/watch/o4Wa8U84-dI, http://www.playvid.com/watch/65ynj-xqOAS, http://www.playvid.com/watch/ZrHk0a8hzRO, http://www.playvid.com/watch/NZbmc0dDs-s, http://www.playvid.com/watch/FiOL9v3QVAx, http://www.playvid.com/watch/luzz8kGcrg5, http://www.playvid.com/watch/IWuRjIA-kG2, http://www.playvid.com/watch/6BQS7NHT2LD, http://www.playvid.com/watch/onp0IWLV2Ph, http://www.playvid.com/watch/fQwGdZdIUF5, http://www.playvid.com/watch/NfqKj-Gx4JB, http://www.playvid.com/watch/Y-v0uvAK3Uc,

http://www.playvid.com/watch/KeN6tHHkgur, http://www.playvid.com/watch/aMCh-jciW8x, http://www.playvid.com/watch/7hi74SXXIkm,
http://www.playvid.com/watch/WFCu2zcgMXV, http://www.playvid.com/watch/eizw4RFueEM, http://www.playvid.com/watch/lmobfvoRmDY,
http://www.playvid.com/watch/7UblcivDxH8, http://www.playvid.com/watch/7PI8mjcrvxX, http://www.playvid.com/watch/Hl3YaA--Gir,
http://www.playvid.com/watch/QvXbyvLUEwY, http://www.playvid.com/watch/D-jePtNjtaU, http://www.playvid.com/watch/sUUo0pcIFhu,
http://www.playvid.com/watch/BpWunL9ZZ8W, http://www.playvid.com/watch/Ffcj6qH0pdF, http://www.playvid.com/watch/8qmxD8ZnSuw,
http://www.playvid.com/watch/OgOxnCQ70Xg, http://www.playvid.com/watch/HatuhQNcL4J, http://www.playvid.com/watch/FdtasWmzfLC,
http://www.playvid.com/watch/I5xJD0cVZeW, http://www.playvid.com/watch/tD3Bt8wRche, http://www.playvid.com/watch/g6rYvlVZNxt,
http://www.playvid.com/watch/AyJdFdZPX7r, http://www.playvid.com/watch/wTpgEFx0qbQ, http://www.playvid.com/watch/BhebUlnBfBi,
http://www.playvid.com/watch/57u4l6aPd7S, http://www.playvid.com/watch/Xbh6RZIZozv, http://www.playvid.com/watch/vqp6aq9yua5,
http://www.playvid.com/watch/6ajtKfsdTtG, http://www.playvid.com/watch/nyXB5FIxgeX, http://www.playvid.com/watch/BvTOV4DHM6A,
http://www.playvid.com/watch/kElTRtMGkaq, http://www.playvid.com/watch/m3bh0dVHXyd, http://www.playvid.com/watch/iAC9WOoCq77,
http://www.playvid.com/watch/2BBw-mlnQJQ, http://www.playvid.com/watch/ZK46xzzyWlC, http://www.playvid.com/watch/lZd63yQIqtF,
http://www.playvid.com/watch/eJY5mr6a9Wp, http://www.playvid.com/watch/mbWlqSlPA6s, http://www.playvid.com/watch/iWCAhLKxsnb,
http://www.playvid.com/watch/OyMndYTZkPj, http://www.playvid.com/watch/47yo4sVS7J0, http://www.playvid.com/watch/wvCPRAW-66R,
http://www.playvid.com/watch/VQYsH8NLo89, http://www.playvid.com/watch/W0yuA5BjFDE, http://www.playvid.com/watch/IDFPrUS6pQ2,
http://www.playvid.com/watch/zGmcqbqzTIk, http://www.playvid.com/watch/TGBBiTjnhGe, http://www.playvid.com/watch/UlTPNX0EUuP,
http://www.playvid.com/watch/OmcuSGe8WHm, http://www.playvid.com/watch/QZcTJJZVsLD, http://www.playvid.com/watch/zcBOXScr9aI,
http://www.playvid.com/watch/J6ch-jjHd20, http://www.playvid.com/watch/yuRTQBvn7yi, http://www.playvid.com/watch/QDdrmkff4yX,
http://www.playvid.com/watch/NHxp56waxjn, http://www.playvid.com/watch/k3izOlwEm4m, http://www.playvid.com/watch/qHRXLFpIJoD,
http://www.playvid.com/watch/EdcLaE6ePgp, http://www.playvid.com/watch/Uil-usJ4nYH, http://www.playvid.com/watch/neOtsO38Ohy,
http://www.playvid.com/watch/UMCn9C8B59z, http://www.playvid.com/watch/NnTXYUoizbK, http://www.playvid.com/watch/-8-87JMoMRN,
http://www.playvid.com/watch/ap82YefbxqH, http://www.playvid.com/watch/XgScVxE2L5P, http://www.playvid.com/watch/orTz2bBMWFL,
http://www.playvid.com/watch/ToCYK8jNjMJ, http://www.playvid.com/watch/rBU0pZcGPEa, http://www.playvid.com/watch/EAQoFTS9hJP,
http://www.playvid.com/watch/akZVpKppn6x, http://www.playvid.com/watch/QaxbBZ3hfe6, http://www.playvid.com/watch/p6Kb3ZgT9km,
http://www.playvid.com/watch/gB6xnnp4ZYO, http://www.playvid.com/watch/LFPB2w9tRJS, http://www.playvid.com/watch/dYToXBikaZ3,
http://www.playvid.com/watch/sJWWgJEJHEv, http://www.playvid.com/watch/EfkpsOFEyYY, http://www.playvid.com/watch/YfYQfLYhDsc,
http://www.playvid.com/watch/x-3XXiDtC0L, http://www.playvid.com/watch/PX6jJKh6F2m, http://www.playvid.com/watch/MeXn--6ps7U,
http://www.playvid.com/watch/yckslzdtcHj, http://www.playvid.com/watch/mtXWT0AxlEs, http://www.playvid.com/watch/gURD9sR0zCw,
http://www.playvid.com/watch/HzXMMSBKupC, http://www.playvid.com/watch/KNtZVktUPNj, http://www.playvid.com/watch/90794AXMjIm,
http://www.playvid.com/watch/S4AYofKD5Cg, http://www.playvid.com/watch/k-HV4XAclzS, http://www.playvid.com/watch/XWocTl8Su-I,
http://www.playvid.com/watch/VC3KCOMq9ZX, http://www.playvid.com/watch/GmpIJwk8uUN, http://www.playvid.com/watch/YXvAnCzs5sg,
http://www.playvid.com/watch/bn83Bj-bQTx, http://www.playvid.com/watch/QBiejtfrJak, http://www.playvid.com/watch/6eROB6wL7Vs,
http://www.playvid.com/watch/0vt4ZAL-VUs, http://www.playvid.com/watch/6HncmHymmSL, http://www.playvid.com/watch/ztjJfPEYwCl,
http://www.playvid.com/watch/IknvsfYTB9T, http://www.playvid.com/watch/Ojwg-EiuSYM, http://www.playvid.com/watch/qmwJeqZZNns,
http://www.playvid.com/watch/5TTVEr72PMn, http://www.playvid.com/watch/ypb7ULGC2I2, http://www.playvid.com/watch/LVMCQUT7WgU,
http://www.playvid.com/watch/7Cr8gVzdnrZ, http://www.playvid.com/watch/l72P4VipEVh, http://www.playvid.com/watch/CJegsvk8vYV,
http://www.playvid.com/watch/p59aXHuuQJr, http://www.playvid.com/watch/bqK2Af9dXHh, http://www.playvid.com/watch/GrcLwr2ECCM,
http://www.playvid.com/watch/EmmvTOWpk8p, http://www.playvid.com/watch/S46hPpMXCUO, http://www.playvid.com/watch/o7FHaak9naY,
http://www.playvid.com/watch/2KAglP3ornp, http://www.playvid.com/watch/Pn84sWnhRwR, http://www.playvid.com/watch/umYGKk-UPcv,
http://www.playvid.com/watch/HdI7PtH-Ave, http://www.playvid.com/watch/p5IpbZ438W4, http://www.playvid.com/watch/CgBmKTCRH7E,
http://www.playvid.com/watch/OoQUaVZB4Ud, http://www.playvid.com/watch/i9Actu5-GOC, http://www.playvid.com/watch/6Selosbms-e,
http://www.playvid.com/watch/TN68z8PV6u3, http://www.playvid.com/watch/679lOPDw0Lu, http://www.playvid.com/watch/j3vnUbEEwLA,
http://www.playvid.com/watch/9uaRHyeZu5q, http://www.playvid.com/watch/rEUU06JW74q, http://www.playvid.com/watch/tmfFenOspBQ,
http://www.playvid.com/watch/Z34YQRnpJrt, http://www.playvid.com/watch/AtoiKlmbmMe, http://www.playvid.com/watch/BcnENZhhM3L,
http://www.playvid.com/watch/t3jYGHXNCsZ, http://www.playvid.com/watch/V75svalcuKW, http://www.playvid.com/watch/h3rRVIuFWyc,
http://www.playvid.com/watch/hNpODMbWiYb, http://www.playvid.com/watch/FXLxycRYIvs, http://www.playvid.com/watch/5pgtBJ07Hik,
http://www.playvid.com/watch/MGQNhMMHN0W, http://www.playvid.com/watch/3MwrMBrjoBK, http://www.playvid.com/watch/gJjWaPCy77R,
http://www.playvid.com/watch/kXTzjz6OhZr, http://www.playvid.com/watch/xgURBZf4rap, http://www.playvid.com/watch/E-NrdrMCsg7,
http://www.playvid.com/watch/IqpjjtWx6qQ, http://www.playvid.com/watch/PrkFSTpZCyq, http://www.playvid.com/watch/aSy2bzRssnk,
http://www.playvid.com/watch/b3RODU3q0qv, http://www.playvid.com/watch/7dbGaYj4cdT, http://www.playvid.com/watch/rA3gw4hcFhC,
http://www.playvid.com/watch/E9eMNve6Bvi, http://www.playvid.com/watch/gFZKXtkPUm-, http://www.playvid.com/watch/tU2AC9-QPxt,
http://www.playvid.com/watch/t3FBNLl09Sy, http://www.playvid.com/watch/gPM8QF-XVmK, http://www.playvid.com/watch/oHjVojnTpv5,
http://www.playvid.com/watch/ZGym3ezemfT, http://www.playvid.com/watch/t2f0i5YKTll, http://www.playvid.com/watch/vCz5TXKS79Q,
http://www.playvid.com/watch/btQVZy-JMOl, http://www.playvid.com/watch/mIECUkRMhyz, http://www.playvid.com/watch/hpcIwi9fC4b,
http://www.playvid.com/watch/gcmWzyNDIJ9, http://www.playvid.com/watch/ykK6ZbK6KnK, http://www.playvid.com/watch/JkDXaQhjCF2,
http://www.playvid.com/watch/czlOqH-Ig0X, http://www.playvid.com/watch/ncOV5zpjTxY, http://www.playvid.com/watch/qPje064cZIa,
http://www.playvid.com/watch/6vMxfKXUkFo, http://www.playvid.com/watch/xVh3iDipM45, http://www.playvid.com/watch/VmqBXfdF9rw,
http://www.playvid.com/watch/i6j6XCNWX3g, http://www.playvid.com/watch/n2BtwRHxlcI, http://www.playvid.com/watch/KvJLIEntQeZ,
http://www.playvid.com/watch/hMJCscKd2cz, http://www.playvid.com/watch/FmUWhit9zU0, http://www.playvid.com/watch/OY4LIaOIRqK,
http://www.playvid.com/watch/iNgDNEygRXU, http://www.playvid.com/watch/MeqNrcq5990, http://www.playvid.com/watch/24sWvMZUYmK,
http://www.playvid.com/watch/2s5yCoPZo7m, http://www.playvid.com/watch/uQ2YQNPzT5a, http://www.playvid.com/watch/BCQm2rA48rH,
http://www.playvid.com/watch/kC4jzRVG08M, http://www.playvid.com/watch/2Fuf4dOLBPY, http://www.playvid.com/watch/JPILGUZGKvC,
http://www.playvid.com/watch/UYewLzxGBO9, http://www.playvid.com/watch/HJakqtDvFD0, http://www.playvid.com/watch/ObhlVwnmE8B,
http://www.playvid.com/watch/NrCpUE5aDES, http://www.playvid.com/watch/MEeVWw9oNOS, http://www.playvid.com/watch/-JNTf8dJVKj,
http://www.playvid.com/watch/NZfQpcm0fRd, http://www.playvid.com/watch/AwUZujjrtjo, http://www.playvid.com/watch/r6jZxw02SSf,
http://www.playvid.com/watch/PTMrLPAnTZK, http://www.playvid.com/watch/ashjuuTBt0B, http://www.playvid.com/watch/HJjtlX4NNDP,
http://www.playvid.com/watch/YU7ihQWzxU7, http://www.playvid.com/watch/PODTm22-ovO, http://www.playvid.com/watch/KlzVQkheOG-,
http://www.playvid.com/watch/OHylhKKdSSp, http://www.playvid.com/watch/mXGaQb7lxgz, http://www.playvid.com/watch/cmEteU6xs2m,
http://www.playvid.com/watch/IpKLrlBHV6T, http://www.playvid.com/watch/L-C26hZBBjD, http://www.playvid.com/watch/Ah2ICgSPmvF,
http://www.playvid.com/watch/QluZLGUcEzi, http://www.playvid.com/watch/Ek0OqEiNm82, http://www.playvid.com/watch/shOsw-nFu7X,
http://www.playvid.com/watch/zREW0oRY5tS, http://www.playvid.com/watch/3YomFzCdoJW, http://www.playvid.com/watch/8VYVzdhuW6d,
http://www.playvid.com/watch/MU4rBRkIZ5Q, http://www.playvid.com/watch/Oo8lo8nGYOw, http://www.playvid.com/watch/kCotG9mM50D,
http://www.playvid.com/watch/WjgCFOLtVez, http://www.playvid.com/watch/4B2s9RV49ZA, http://www.playvid.com/watch/xM3EMIEn2QW,
http://www.playvid.com/watch/qwmztHUompN, http://www.playvid.com/watch/5oY7XLBLbjU, http://www.playvid.com/watch/tijJkFlZIcq,
http://www.playvid.com/watch/zBTFgKZgfJg, http://www.playvid.com/watch/pKAYcWkTVo8, http://www.playvid.com/watch/m9MuzmkJOHt,
http://www.playvid.com/watch/-REPNoWQnWy, http://www.playvid.com/watch/QgX5EeiqFN4, http://www.playvid.com/watch/vqEogr0fhLz,
http://www.playvid.com/watch/RcmI6YLpBua, http://www.playvid.com/watch/a6mlQVJnmeh, http://www.playvid.com/watch/JjV-2rMl9lt,
http://www.playvid.com/watch/qStaWbNL-NZ, http://www.playvid.com/watch/F95noQawEnt, http://www.playvid.com/watch/mnAabvj6SvS,
http://www.playvid.com/watch/ISR59n4kFME, http://www.playvid.com/watch/eRMzLkmM3nG, http://www.playvid.com/watch/9TCtVKFEvpS,
http://www.playvid.com/watch/b0zwNcqdMiW, http://www.playvid.com/watch/naHmFN5466R, http://www.playvid.com/watch/K0UDe0PrpFw,
http://www.playvid.com/watch/mepn-NmqRwA, http://www.playvid.com/watch/LjIaK3m9kmn, http://www.playvid.com/watch/c7RBF0wTjEc,
http://www.playvid.com/watch/tfq7TopfTIG, http://www.playvid.com/watch/cTH38BpKGM4, http://www.playvid.com/watch/pp3vXRmLEAP,
http://www.playvid.com/watch/aOzGgsni7nx, http://www.playvid.com/watch/nFzNedDXuRu, http://www.playvid.com/watch/f9Y-vadw96A,
http://www.playvid.com/watch/CueNWBoAvLJ, http://www.playvid.com/watch/wDHfCHIoIgL, http://www.playvid.com/watch/leCi47Ix7pf,
http://www.playvid.com/watch/nX8XdWHAZJn, http://www.playvid.com/watch/TB5F2Sxx3-z, http://www.playvid.com/watch/66ENUokjuwY,
http://www.playvid.com/watch/3zKyNKlWz3F, http://www.playvid.com/watch/szc3LjyntwK, http://www.playvid.com/watch/FBiDbljSprS,
http://www.playvid.com/watch/c5MFbfyHUtw, http://www.playvid.com/watch/wwSYoH3S-Oj, http://www.playvid.com/watch/HPyiviA22Sm,
http://www.playvid.com/watch/sJHoVS95cla, http://www.playvid.com/watch/VqdJtdRD6W2, http://www.playvid.com/watch/sc5ZTM9RA0p,
http://www.playvid.com/watch/UggLg6SwIeL, http://www.playvid.com/watch/Bs9Y65wEjUc, http://www.playvid.com/watch/d7enw4L2swC,
http://www.playvid.com/watch/T7W-JXXMaDc, http://www.playvid.com/watch/lFakNjIKmSS, http://www.playvid.com/watch/woUIeAFI9X7,
http://www.playvid.com/watch/yD5p34yOw-I, http://www.playvid.com/watch/A5NLCvzXwdk, http://www.playvid.com/watch/73Hk83g75Yl,
http://www.playvid.com/watch/TWyODlfeHqf, http://www.playvid.com/watch/-ZHSrKuhrGW, http://www.playvid.com/watch/XvUqvgEMEXx,
http://www.playvid.com/watch/BZdPuCYw9so, http://www.playvid.com/watch/yH7NH47iBI7, http://www.playvid.com/watch/pvbSoVzOIFg,
http://www.playvid.com/watch/erlnVa-OulS, http://www.playvid.com/watch/Qeqsvdodirk, http://www.playvid.com/watch/NLxnLKjsq4X,
http://www.playvid.com/watch/J9JDmhTlIOT, http://www.playvid.com/watch/DJuUSGNU0wn, http://www.playvid.com/watch/qfr8nzIorB9,
http://www.playvid.com/watch/wvXH0KIPquA, http://www.playvid.com/watch/xec5hctgi23, http://www.playvid.com/watch/emA2Uitwy7J,

http://www.playvid.com/watch/0rvBPUVewNa, http://www.playvid.com/watch/SeGWA2ZNBr9, http://www.playvid.com/watch/-DJyQRp-uAz, http://www.playvid.com/watch/kpiW6R7XKY0, http://www.playvid.com/watch/aCv0EZ-GYJ4, http://www.playvid.com/watch/uKvsVvPx4AQ, http://www.playvid.com/watch/73Hb-SNUiY6, http://www.playvid.com/watch/SjR0ZVHQIKJ, http://www.playvid.com/watch/nkYfD4gAdxM, http://www.playvid.com/watch/g52RFANWx2r, http://www.playvid.com/watch/DQ9Kjf22NB7, http://www.playvid.com/watch/c7uiFI2bTfw, http://www.playvid.com/watch/yJMaTCV4OLs, http://www.playvid.com/watch/x6ZY4S6RoR6, http://www.playvid.com/watch/-A8SvgGJ1JA, http://www.playvid.com/watch/WDbBuE5e6Wt, http://www.playvid.com/watch/XQxb76CKHHR, http://www.playvid.com/watch/cZRVqrq73PO, http://www.playvid.com/watch/t5tNJa9ZNL3, http://www.playvid.com/watch/7OC5DXaQ-L1, http://www.playvid.com/watch/PBzpSj3pARv, http://www.playvid.com/watch/Zc2aJxrjdaQ, http://www.playvid.com/watch/CgSzZD33CD6, http://www.playvid.com/watch/l7Er2M8LKSb, http://www.playvid.com/watch/kmgh9jo6zDX, http://www.playvid.com/watch/G01VGcGvlLN, http://www.playvid.com/watch/XV-nVFfKlX3, http://www.playvid.com/watch/agWNqvydO_c, http://www.playvid.com/watch/ngNNFVbTWJI, http://www.playvid.com/watch/P4yxWfctUDz, http://www.playvid.com/watch/lWQAkcQYRtQ, http://www.playvid.com/watch/TwezZsYRAig, http://www.playvid.com/watch/QDnrpN2hHJK, http://www.playvid.com/watch/OJt5QvdL12w, http://www.playvid.com/watch/Crem8zYLp0l, http://www.playvid.com/watch/X6EyNbAK6WW, http://www.playvid.com/watch/GvUNsVkKkgt, http://www.playvid.com/watch/30p2vzJsEmt, http://www.playvid.com/watch/cG-X90l5_Ax, http://www.playvid.com/watch/nUZWYKmHNc8, http://www.playvid.com/watch/x6q71wC0mxJ, http://www.playvid.com/watch/4Jsntq9arv3, http://www.playvid.com/watch/pTphB5Ut-Ap, http://www.playvid.com/watch/rOJ58TGvgoN, http://www.playvid.com/watch/T_XKelSo3rk, http://www.playvid.com/watch/E24AQUYrco8, http://www.playvid.com/watch/086BUJFT_bJ, http://www.playvid.com/watch/lj_SkAGPlaZ, http://www.playvid.com/watch/MN72VOs5XNi, http://www.playvid.com/watch/K5HoLM9qMit, http://www.playvid.com/watch/QC190wexRiA, http://www.playvid.com/watch/8sWxYGSdjp6, http://www.playvid.com/watch/Rr3t66-VAIj, http://www.playvid.com/watch/fxB0dSDDeto, http://www.playvid.com/watch/f-w29-BxU2l, http://www.playvid.com/watch/KKgJILctn9b, http://www.playvid.com/watch/swq6yDMf5G0, http://www.playvid.com/watch/Xlra7Tjih8E, http://www.playvid.com/watch/I0SZrDT2bZE, http://www.playvid.com/watch/Y6yvZu6PYaF, http://www.playvid.com/watch/XsaVx3nGWSH, http://www.playvid.com/watch/vkzjHoM6-62, http://www.playvid.com/watch/hJgVgyN59_N, http://www.playvid.com/watch/ao7PTNcYHTV, http://www.playvid.com/watch/3y_2SoHgqLm, http://www.playvid.com/watch/xFRZkDnnaps, http://www.playvid.com/watch/nPJclvRrAw4, http://www.playvid.com/watch/4xpssJ662mm, http://www.playvid.com/watch/nmdg9XZPC4s, http://www.playvid.com/watch/hqINCkN2c8q, http://www.playvid.com/watch/VMXkM0fi8XB, http://www.playvid.com/watch/npx8AmuD0nm, http://www.playvid.com/watch/41Up4hGHX6K, http://www.playvid.com/watch/mPXiSlw4zdq, http://www.playvid.com/watch/8zx3Zoh50Mj, http://www.playvid.com/watch/PB6cSIih-2w, http://www.playvid.com/watch/wlmSlh6cf3L, http://www.playvid.com/watch/4sQwWvjd_C2, http://www.playvid.com/watch/7PFQTXISZpo, http://www.playvid.com/watch/d0RBFdcO3IQ, http://www.playvid.com/watch/2iG28Ib0en6, http://www.playvid.com/watch/9rJZqNSQPrH, http://www.playvid.com/watch/u8oGMad0YZB, http://www.playvid.com/watch/VcBehTMNOPr, http://www.playvid.com/watch/u51vKnxwF8d, http://www.playvid.com/watch/sTI2PM020yy, http://www.playvid.com/watch/tlX4fjdWdoh, http://www.playvid.com/watch/pzePTD1yUmY, http://www.playvid.com/watch/QijcHvgVdKL, http://www.playvid.com/watch/b1KfjFkHvYZ, http://www.playvid.com/watch/AI9aWtJvyGD, http://www.playvid.com/watch/f0fLxq-BGQW, http://www.playvid.com/watch/ilQBcfR8uiX, http://www.playvid.com/watch/9eSEJAlyu1e, http://www.playvid.com/watch/mXKTsdpm_MK, http://www.playvid.com/watch/usLYEVy5cQg, http://www.playvid.com/watch/Vt58U1Q_NTU, http://www.playvid.com/watch/6gbwV0KWiJ7, http://www.playvid.com/watch/i04yGxnMW3i, http://www.playvid.com/watch/vG-NTKKKyMS, http://www.playvid.com/watch/BhjeUJZdkel, http://www.playvid.com/watch/vHeI0t_EZ9C, http://www.playvid.com/watch/h-ec8j6bRbk, http://www.playvid.com/watch/flbKuoxhwmg, http://www.playvid.com/watch/n0T3IXvGk90, http://www.playvid.com/watch/WCduyjFe_g0, http://www.playvid.com/watch/bxhw4wpJXyt, http://www.playvid.com/watch/8qfixNqw0if, http://www.playvid.com/watch/iq8lWuYE2pv, http://www.playvid.com/watch/pQci1EFFP0A, http://www.playvid.com/watch/WRDLl3HXYXi, http://www.playvid.com/watch/qlfgHQiBKzA, http://www.playvid.com/watch/htDNb6ifGxY, http://www.playvid.com/watch/Xn8sQiSwegp, http://www.playvid.com/watch/dKqhljphNJo, http://www.playvid.com/watch/UEI77xRo7-J, http://www.playvid.com/watch/28UYF4-bjTY, http://www.playvid.com/watch/hlsGGW8Mrkm, http://www.playvid.com/watch/sZtDXcu-p4k, http://www.playvid.com/watch/QsIO-ROGBus, http://www.playvid.com/watch/sttgZc_6WV9, http://www.playvid.com/watch/En6P0nhCfnB, http://www.playvid.com/watch/nsTIahxo8cr, http://www.playvid.com/watch/X7sYlxEgdJw, http://www.playvid.com/watch/AbYfNHEClvb, http://www.playvid.com/watch/jipKcOI1CNE, http://www.playvid.com/watch/IE-kXF3esTL, http://www.playvid.com/watch/fZSLGxa_Xuf, http://www.playvid.com/watch/gtyNGozLP4w, http://www.playvid.com/watch/YkYfapq0h0m, http://www.playvid.com/watch/9QOWYSDBKqV, http://www.playvid.com/watch/nK4ucZrpHm3, http://www.playvid.com/watch/a9VCxgMOeQD, http://www.playvid.com/watch/aaw_nj-LOa2, http://www.playvid.com/watch/8CTvDozWsyu, http://www.playvid.com/watch/Y3ftbZs4AMg, http://www.playvid.com/watch/XzN-QxZ2DS3, http://www.playvid.com/watch/2K_1kTZA7bq, http://www.playvid.com/watch/JyBhOz-1GdV, http://www.playvid.com/watch/oobRjwJkJBR, http://www.playvid.com/watch/cvjCKf6SivB, http://www.playvid.com/watch/RdzPsqZtUMl, http://www.playvid.com/watch/FyMrlq8iCwQ, http://www.playvid.com/watch/rJkkHxYBs9f, http://www.playvid.com/watch/W6jkiojutGJ, http://www.playvid.com/watch/T-Nm0LeKqNF, http://www.playvid.com/watch/6IqoZyHBlIz, http://www.playvid.com/watch/V-ACl8GKMb8, http://www.playvid.com/watch/5XEcz_oClvc, http://www.playvid.com/watch/uYBzbs2G8m3, http://www.playvid.com/watch/tb6ml0SdyFH, http://www.playvid.com/watch/VjeyzT13foy, http://www.playvid.com/watch/NblmwisEl_W, http://www.playvid.com/watch/Ifa8yrDehDg, http://www.playvid.com/watch/XxSTTKX_lZU, http://www.playvid.com/watch/ZGav8lhYaEL

5.f. Date of third notice: 2013-10-23

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: thikbelami

5.b. Uploader's email address: thik.belami@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/thikbelami

5.e. List of videos posted by uploader: http://www.playvid.com/watch/EKnxTOaNyVn, http://www.playvid.com/watch/xGCM-ZPMbdN, http://www.playvid.com/watch/-bFWe-gEg7u, http://www.playvid.com/watch/djlarkb-tlH, http://www.playvid.com/watch/HAXiE-dMzEq, http://www.playvid.com/watch/HrTVl9PNXjm, http://www.playvid.com/watch/uDuX8C8izpo, http://www.playvid.com/watch/gQJh3NMCY7S, http://www.playvid.com/watch/yy6izmCKnIY, http://www.playvid.com/watch/e6PNTjkuuXp, http://www.playvid.com/watch/ehntPg0ALz5, http://www.playvid.com/watch/a9bSIhzisHK, http://www.playvid.com/watch/0sWWJkpeRwM, http://www.playvid.com/watch/J5tQmfXEJqA, http://www.playvid.com/watch/9RweJZ35YP2, http://www.playvid.com/watch/2pLQ-anQ7Ua, http://www.playvid.com/watch/JHjXrAVsFaT, http://www.playvid.com/watch/sCmiFc8QK0N, http://www.playvid.com/watch/mQKEfkPyceB, http://www.playvid.com/watch/I6brxQntBSI, http://www.playvid.com/watch/feENA7z7kqj, http://www.playvid.com/watch/YAKrEBRUKfe, http://www.playvid.com/watch/2vBTaYPr8P2, http://www.playvid.com/watch/eSPq2CJyCZa, http://www.playvid.com/watch/TuPoTGKBV5j, http://www.playvid.com/watch/LIv3irzbRWH, http://www.playvid.com/watch/tlApywn9DHa, http://www.playvid.com/watch/pTkRmWDuKNS, http://www.playvid.com/watch/TcN6lPaEm8h, http://www.playvid.com/watch/yZNL50QUnhz, http://www.playvid.com/watch/sUb5bWykiAO, http://www.playvid.com/watch/bMxOHJikjBn, http://www.playvid.com/watch/maVZKKOjRwc, http://www.playvid.com/watch/o7SzcyW55Qb, http://www.playvid.com/watch/itRT6EgSRp6, http://www.playvid.com/watch/0p6-pWp-eMs, http://www.playvid.com/watch/kK0tVs6tiFt, http://www.playvid.com/watch/P4UlKkIEmyX, http://www.playvid.com/watch/Aohp0W2Vpr6, http://www.playvid.com/watch/io3SP6I2Vup, http://www.playvid.com/watch/Fd0rlrpZl2d, http://www.playvid.com/watch/s-ViZSUjFzY, http://www.playvid.com/watch/sszjpogJK4p, http://www.playvid.com/watch/ddbhwo30Ils, http://www.playvid.com/watch/V6IPRH0PniI, http://www.playvid.com/watch/3seicGOGABt, http://www.playvid.com/watch/i7NDK4aKLai, http://www.playvid.com/watch/CKparvmjvwZ, http://www.playvid.com/watch/BLScbT9Ezj4, http://www.playvid.com/watch/QRBy84UdU3s, http://www.playvid.com/watch/P-s4eUjWgfm, http://www.playvid.com/watch/36ZTVvYpUmM, http://www.playvid.com/watch/6hiSplStIKL, http://www.playvid.com/watch/jfKNiznbajF, http://www.playvid.com/watch/SnsJp7RN3Lf, http://www.playvid.com/watch/AQb-lPk4DZs, http://www.playvid.com/watch/XwruxwAmZuY, http://www.playvid.com/watch/ulfyBKV2WGh, http://www.playvid.com/watch/QKJ9wVcO8YH, http://www.playvid.com/watch/zxs0qsjb-Cs, http://www.playvid.com/watch/JCimiptlxcp, http://www.playvid.com/watch/GJpFWAmCqM4, http://www.playvid.com/watch/ZiYvcsBPCXm, http://www.playvid.com/watch/XryTsrAlUlt, http://www.playvid.com/watch/2DsZEQWHeGm, http://www.playvid.com/watch/7Yy6aUEWmYv, http://www.playvid.com/watch/hib934lHwmC, http://www.playvid.com/watch/4WDbwPT4LFQ, http://www.playvid.com/watch/4bQ5-bQJ3Md, http://www.playvid.com/watch/swSBJk9-0IG, http://www.playvid.com/watch/rjHdwwOVwwf, http://www.playvid.com/watch/wcyhuxEUPkd, http://www.playvid.com/watch/aLxk78FQsyb, http://www.playvid.com/watch/-S-snmA88zx, http://www.playvid.com/watch/ed-5gTAJ0nV, http://www.playvid.com/watch/AsrCrynSk3K, http://www.playvid.com/watch/CRoe7nfGX6c, http://www.playvid.com/watch/cIVSGwIZlsh, http://www.playvid.com/watch/D-blqjrOkeG, http://www.playvid.com/watch/X4kdmnPQ9CA, http://www.playvid.com/watch/QlSRInBDqPt, http://www.playvid.com/watch/ri2A3rBXLEi, http://www.playvid.com/watch/hHtUI30BkUI, http://www.playvid.com/watch/h-xVzJVdARQ, http://www.playvid.com/watch/EJ7TMhqU5ii, http://www.playvid.com/watch/NocQbEhm0t-, http://www.playvid.com/watch/f9wnMrRRKBk, http://www.playvid.com/watch/FmiLt9KCDoF, http://www.playvid.com/watch/YrxVgIT5zaU, http://www.playvid.com/watch/2DelVJuJFWC, http://www.playvid.com/watch/Dqu2mpkGxKA, http://www.playvid.com/watch/A5rgDrA-jBO, http://www.playvid.com/watch/t3uoBUlTiZT, http://www.playvid.com/watch/sOT7Bx4jDUb, http://www.playvid.com/watch/BUvmG-TAZZ7, http://www.playvid.com/watch/qbDBvSI8cUT, http://www.playvid.com/watch/4TM2iQfvT9-, http://www.playvid.com/watch/omU7eQZ4qD3, http://www.playvid.com/watch/4HupxLvSOK3, http://www.playvid.com/watch/Hbij-NK3G4k, http://www.playvid.com/watch/JVYZyovPuUq, http://www.playvid.com/watch/wgTiFjURrgF, http://www.playvid.com/watch/ldBUaKr-anP, http://www.playvid.com/watch/JK2bg5q4xB6, http://www.playvid.com/watch/PVF9bOVWUJv, http://www.playvid.com/watch/IxUL46Kx2OM, http://www.playvid.com/watch/wPQbzZ3TkUR, http://www.playvid.com/watch/0m9O4hZJ4-2, http://www.playvid.com/watch/BcQ8UCpmM-J, http://www.playvid.com/watch/k5vgHHSYEpO, http://www.playvid.com/watch/jrVxJcecycd, http://www.playvid.com/watch/n7RnblTthhp, http://www.playvid.com/watch/muJh0-E6Nao,

http://www.playvid.com/watch/UoYUnoqEw6y, http://www.playvid.com/watch/eiPEG6yp2OE, http://www.playvid.com/watch/uB7sYGUz95K,
http://www.playvid.com/watch/eWe3ZS2bOxW, http://www.playvid.com/watch/uCuMNz6jvAB, http://www.playvid.com/watch/M-vUOq07XHq,
http://www.playvid.com/watch/RBwuICZ2JX5, http://www.playvid.com/watch/XOFidMNU9BU, http://www.playvid.com/watch/Ts0g3F2VOtL,
http://www.playvid.com/watch/kTExzSOAhlN, http://www.playvid.com/watch/a-IMzxr2-OX, http://www.playvid.com/watch/LD7N7xBakbN,
http://www.playvid.com/watch/DiPymNEtjGS, http://www.playvid.com/watch/a0rOkm5NFbW, http://www.playvid.com/watch/X-WcqFW77DI,
http://www.playvid.com/watch/TuwXPsb3Q5n, http://www.playvid.com/watch/C2dHCIaCGof, http://www.playvid.com/watch/o9VVVx6Rrf0,
http://www.playvid.com/watch/sWRTX0lMKO9, http://www.playvid.com/watch/SCaRvtHgETv, http://www.playvid.com/watch/MBFsh-WAiCA,
http://www.playvid.com/watch/ZiyIcY9lGmU, http://www.playvid.com/watch/mT7jJLXfOko, http://www.playvid.com/watch/2t45UNHjn9l,
http://www.playvid.com/watch/0QNz2XHal4-, http://www.playvid.com/watch/PwdayYKOl7a, http://www.playvid.com/watch/MMmorDYWW8E,
http://www.playvid.com/watch/OO7xkrCJvFA, http://www.playvid.com/watch/3PT-tin3Ihe, http://www.playvid.com/watch/S7G564Oag52,
http://www.playvid.com/watch/aXiEAsxB7hN, http://www.playvid.com/watch/xqeJXzOXrt3, http://www.playvid.com/watch/cW4dMrcyyBS,
http://www.playvid.com/watch/WzKy4wznea9, http://www.playvid.com/watch/SFL5t8HU7zt, http://www.playvid.com/watch/aR2ud7tSmPf,
http://www.playvid.com/watch/dIFnOPMzMO9, http://www.playvid.com/watch/Mt8ZXv-gVos, http://www.playvid.com/watch/WJoXT8cPrGV,
http://www.playvid.com/watch/weS-suMIcur, http://www.playvid.com/watch/JIJVooJjAkK, http://www.playvid.com/watch/SxdeIWVPkRe,
http://www.playvid.com/watch/awQFTSJW6-z, http://www.playvid.com/watch/gd-FJDEQt6v, http://www.playvid.com/watch/gOjXqyz07n7,
http://www.playvid.com/watch/EHgvXqIIdDZ, http://www.playvid.com/watch/rx0Z8cZ0EBJ, http://www.playvid.com/watch/PK6Td5s7Za6,
http://www.playvid.com/watch/eQh94pl3S6-, http://www.playvid.com/watch/wiGSeLM6Tb2, http://www.playvid.com/watch/S2LfcACdUlv,
http://www.playvid.com/watch/KuNoFmDhWt4, http://www.playvid.com/watch/qrvX2TyP9WC, http://www.playvid.com/watch/cN8fcBYLTEL,
http://www.playvid.com/watch/tXo9Zz5EV3r, http://www.playvid.com/watch/TPrZXTxi0WO, http://www.playvid.com/watch/9Qrd8y3NBg-,
http://www.playvid.com/watch/2nwJxZeobJm, http://www.playvid.com/watch/i80lJamKiTc, http://www.playvid.com/watch/SFUc6GEMhKs,
http://www.playvid.com/watch/yE0bwEWhbvz, http://www.playvid.com/watch/LHHuHA-c7Jh, http://www.playvid.com/watch/2XmKJKK--Zp,
http://www.playvid.com/watch/u9KkWDy9EVF, http://www.playvid.com/watch/gvvmNVOfLhB, http://www.playvid.com/watch/ljlBCZunxch,
http://www.playvid.com/watch/FszebcEjbkB, http://www.playvid.com/watch/852jUFOTzSb, http://www.playvid.com/watch/JqHC9trKX0I,
http://www.playvid.com/watch/EfsufJbCklo, http://www.playvid.com/watch/vQ03O637EUJ, http://www.playvid.com/watch/BwuodjqXyc6,
http://www.playvid.com/watch/47cRnHgbZkV, http://www.playvid.com/watch/iCzAFashBJO, http://www.playvid.com/watch/SX94rQ6ODb9,
http://www.playvid.com/watch/5LlFCPJpIeZ, http://www.playvid.com/watch/buqs4Xh83Jn, http://www.playvid.com/watch/UlxCte8cu5b,
http://www.playvid.com/watch/IEXvlsbdktx, http://www.playvid.com/watch/anexzxSIqXP, http://www.playvid.com/watch/YzF2EO3WjZ6,
http://www.playvid.com/watch/oqMbFRpNxm3, http://www.playvid.com/watch/4LxRfsXsV73, http://www.playvid.com/watch/DiMyj7BcGVf,
http://www.playvid.com/watch/qESwD-K40b4, http://www.playvid.com/watch/QQudcOQxnNd, http://www.playvid.com/watch/w6aaXFyPOl0,
http://www.playvid.com/watch/hcMMydHyYEy, http://www.playvid.com/watch/g59PndX997T, http://www.playvid.com/watch/zs9Wap0exWJ,
http://www.playvid.com/watch/vbjioHZFQ-V, http://www.playvid.com/watch/JOPm320KQmm, http://www.playvid.com/watch/lcJyaC0SeKK,
http://www.playvid.com/watch/tu-xhjg6su6, http://www.playvid.com/watch/ni7qTOhUq2j, http://www.playvid.com/watch/3RCKRxa--Jy,
http://www.playvid.com/watch/8NiX5FkNIfo, http://www.playvid.com/watch/mznjgOVWLnz, http://www.playvid.com/watch/PPXxOQOYCLu,
http://www.playvid.com/watch/PlLaNLtRq70, http://www.playvid.com/watch/i75loQiNxcz, http://www.playvid.com/watch/B3aaUG7CpJK,
http://www.playvid.com/watch/I9FOZ6MT3Od, http://www.playvid.com/watch/RNczRIpya30, http://www.playvid.com/watch/zf5LqZVxTgo,
http://www.playvid.com/watch/4OWknZRupSl, http://www.playvid.com/watch/wQWXxEPhgss, http://www.playvid.com/watch/wGuE3nLoGj9,
http://www.playvid.com/watch/kNtaRz4frPj, http://www.playvid.com/watch/Pt8zDPcQoZ7, http://www.playvid.com/watch/fEE6lfZZ69H,
http://www.playvid.com/watch/0fR50zgLGYB, http://www.playvid.com/watch/LI8aAYxZzZh, http://www.playvid.com/watch/EJziXWrJwcq,
http://www.playvid.com/watch/UQrlnGWcKWp, http://www.playvid.com/watch/z9slw8-7mUi, http://www.playvid.com/watch/SutbrSXoM-x,
http://www.playvid.com/watch/VImg9jwSduP, http://www.playvid.com/watch/MC4GUxzRAn3, http://www.playvid.com/watch/aos-zTKlMzu,
http://www.playvid.com/watch/apHJBSCYrQR, http://www.playvid.com/watch/Xwnle9ulH6n, http://www.playvid.com/watch/f5rY8ehs9a5,
http://www.playvid.com/watch/sy9dZL2McPn, http://www.playvid.com/watch/9MmfFrDio29, http://www.playvid.com/watch/9RscbjRJXSS,
http://www.playvid.com/watch/SWKHCjjX8Qq, http://www.playvid.com/watch/r0QXMmsYZjQ, http://www.playvid.com/watch/FspJHtR585B,
http://www.playvid.com/watch/J03Qh6e2Grx, http://www.playvid.com/watch/dKovihQfkKO, http://www.playvid.com/watch/GEkod66XiZ7,
http://www.playvid.com/watch/iE-pVj7F8Og, http://www.playvid.com/watch/oqJcvgyX9f0, http://www.playvid.com/watch/p5WqpXQpkIO,
http://www.playvid.com/watch/DrGgdhTOlwm, http://www.playvid.com/watch/9J4XK4DBKLO, http://www.playvid.com/watch/v9Zrze-WqYZ,
http://www.playvid.com/watch/aGvGI67ouQ5, http://www.playvid.com/watch/hQepjS22KhI, http://www.playvid.com/watch/GRuLsQJcMkK,
http://www.playvid.com/watch/BA75MZLDVjO, http://www.playvid.com/watch/X7GJ6HODLmk, http://www.playvid.com/watch/XpDQKQsw6FM,
http://www.playvid.com/watch/9bcvlBQZRGC, http://www.playvid.com/watch/TyXwIjxXCNx, http://www.playvid.com/watch/ZYG7Md26OYM,
http://www.playvid.com/watch/mXgcM6nBR8Y, http://www.playvid.com/watch/-C4XQugniyr, http://www.playvid.com/watch/kIRXpu-zmoK,
http://www.playvid.com/watch/TR-do5c4ens, http://www.playvid.com/watch/HbixDA6EUlT, http://www.playvid.com/watch/95FU-QDg-Dq,
http://www.playvid.com/watch/RmTpx6QDrte, http://www.playvid.com/watch/sEQ8kHyvjn5, http://www.playvid.com/watch/tFCNdMW3uXy,
http://www.playvid.com/watch/-Aa5U5TAERj, http://www.playvid.com/watch/qSgCFdHS9tg, http://www.playvid.com/watch/sxOY9JsAKPc,
http://www.playvid.com/watch/4PXYgA0t6I8, http://www.playvid.com/watch/9eahzS2R55h, http://www.playvid.com/watch/bTKGySduWdK,
http://www.playvid.com/watch/zRyEDJi7ls0, http://www.playvid.com/watch/ugxIFRE0spK, http://www.playvid.com/watch/MymGEQqjXJ9,
http://www.playvid.com/watch/PCWqfIijO--, http://www.playvid.com/watch/KSOxnDwwn2h, http://www.playvid.com/watch/HpR9WV2Idzy,
http://www.playvid.com/watch/QsDu6Io-LLC, http://www.playvid.com/watch/NU8rH9-cOpV, http://www.playvid.com/watch/QbHPevOfk8D,
http://www.playvid.com/watch/gvvPaa2gWQ4, http://www.playvid.com/watch/CtnTbmRLte4, http://www.playvid.com/watch/RjqCW6I5LRr,
http://www.playvid.com/watch/gaamAGlnEo5, http://www.playvid.com/watch/N5ehM-NKlyF, http://www.playvid.com/watch/2BUCRbhueo8,
http://www.playvid.com/watch/tLHoeYIzTQY, http://www.playvid.com/watch/j6B4-IWloBh, http://www.playvid.com/watch/UyINcNPAS6S,
http://www.playvid.com/watch/50W6-q-JWUX, http://www.playvid.com/watch/9LSrrRm8Qsa, http://www.playvid.com/watch/DqY8IeGmnEQ,
http://www.playvid.com/watch/EBaDw0Ls4uk, http://www.playvid.com/watch/gAJzCy3jVO9, http://www.playvid.com/watch/9NowmVtZjKN,
http://www.playvid.com/watch/m5LinzZZ94h, http://www.playvid.com/watch/Kt3a3djDwxd, http://www.playvid.com/watch/3V-NkC4q5N2,
http://www.playvid.com/watch/TYc-falvI8c, http://www.playvid.com/watch/KvgG7YxSobC, http://www.playvid.com/watch/nYS2TGyoJUc,
http://www.playvid.com/watch/m9R22ppzUxU, http://www.playvid.com/watch/mO-W4OtHdiK, http://www.playvid.com/watch/mmZfQ36nQc6,
http://www.playvid.com/watch/jrf4kZJ3m0Q, http://www.playvid.com/watch/dzyoPWdGYvn, http://www.playvid.com/watch/IqJY-9XJN7d,
http://www.playvid.com/watch/npEk8PrtrsO, http://www.playvid.com/watch/TA8FePF4REE, http://www.playvid.com/watch/piGuQyqEBV9,
http://www.playvid.com/watch/5zjY9xqglT0, http://www.playvid.com/watch/wuZub98HoyY, http://www.playvid.com/watch/eYOESI647QD,
http://www.playvid.com/watch/WDAZnu9kO0g, http://www.playvid.com/watch/Hva0vLVBzNg, http://www.playvid.com/watch/qdEfebBdFxG,
http://www.playvid.com/watch/QaQkjSCyauM, http://www.playvid.com/watch/8h0grdCjNUm, http://www.playvid.com/watch/fdkS70tCP9R,
http://www.playvid.com/watch/MxxDnxki422, http://www.playvid.com/watch/Sei7rJ9gPGc, http://www.playvid.com/watch/eCQDFAiKJXF,
http://www.playvid.com/watch/SDDiPSxHzsi, http://www.playvid.com/watch/2ga7uTKaBbR, http://www.playvid.com/watch/CEw3s-FJi3N,
http://www.playvid.com/watch/bTijgFwxAmw, http://www.playvid.com/watch/aqKjonsFhaa, http://www.playvid.com/watch/GqiKepGne25,
http://www.playvid.com/watch/Vs7HrRmPrTl, http://www.playvid.com/watch/p8LZ5DbCP5n, http://www.playvid.com/watch/tp7IHh7Jvdc,
http://www.playvid.com/watch/XYN5kXgFT7P, http://www.playvid.com/watch/UywsV0t7Sng, http://www.playvid.com/watch/QKJIkXKZdqj,
http://www.playvid.com/watch/8q37zrrfGvn, http://www.playvid.com/watch/YP-yJlFB7HF, http://www.playvid.com/watch/OqNwyYurMvt,
http://www.playvid.com/watch/9Y8aW8KFijQ, http://www.playvid.com/watch/jYmG5L5d7DK, http://www.playvid.com/watch/W9NwxEC0I9h,
http://www.playvid.com/watch/pD4x68XU7xO, http://www.playvid.com/watch/BZWRZfL-CnJ, http://www.playvid.com/watch/xreAJm-4CiG,
http://www.playvid.com/watch/c6luGGWtPZ5, http://www.playvid.com/watch/hu2yR-0mwTE, http://www.playvid.com/watch/UaK4zs0AKgC,
http://www.playvid.com/watch/BCbry3is53B, http://www.playvid.com/watch/XTED35Y0QH0, http://www.playvid.com/watch/4qq4f8dreSv,
http://www.playvid.com/watch/7OLxwveuK95, http://www.playvid.com/watch/CNyN3CJrqeR, http://www.playvid.com/watch/N9cUSnsOdYB,
http://www.playvid.com/watch/lA2MqNufT6f, http://www.playvid.com/watch/VpNv7SWwYpe, http://www.playvid.com/watch/5Miu-PT8fs5,
http://www.playvid.com/watch/783D65hKTjO, http://www.playvid.com/watch/M2qtF7gUhkG, http://www.playvid.com/watch/2dbsDu7qONQ,
http://www.playvid.com/watch/uHoEhq4GPBO, http://www.playvid.com/watch/pqMsb8LZ9w6, http://www.playvid.com/watch/6ipBeHskOjg,
http://www.playvid.com/watch/BinzkM66JPe, http://www.playvid.com/watch/di2jScV5whL, http://www.playvid.com/watch/kEDAuyXtM0c,
http://www.playvid.com/watch/alZPOakSnyR, http://www.playvid.com/watch/jHFBKBWwJEf, http://www.playvid.com/watch/Tx0ahp7R-Qp,
http://www.playvid.com/watch/ZbHni4399Lz, http://www.playvid.com/watch/o0bOchtIxu4, http://www.playvid.com/watch/mHaz5FFJGJ9,
http://www.playvid.com/watch/MwAYiDklUEo, http://www.playvid.com/watch/tttouJm53Gb, http://www.playvid.com/watch/NOAeCTmVXK7,
http://www.playvid.com/watch/xd6xPEmfqHg, http://www.playvid.com/watch/dua-SeWTYFW, http://www.playvid.com/watch/fgXyBcW5u7D,
http://www.playvid.com/watch/AFf0-9zNJ8J, http://www.playvid.com/watch/OOybAs9J9Ml, http://www.playvid.com/watch/opRRL-74Sa0,
http://www.playvid.com/watch/3LB4QPNJ4KP, http://www.playvid.com/watch/fAv57r0yeCH, http://www.playvid.com/watch/ae7AhwJqQBh,
http://www.playvid.com/watch/wYlpc7qpoXr, http://www.playvid.com/watch/NmYAHRWq5Xn, http://www.playvid.com/watch/hovVV8DaaSc,
http://www.playvid.com/watch/2YCUzkhk-eL, http://www.playvid.com/watch/cgHhN2e2UxH, http://www.playvid.com/watch/tOcmo2xROg4,
http://www.playvid.com/watch/MpzsrsaDXwa, http://www.playvid.com/watch/erlfyckyd3i, http://www.playvid.com/watch/r0yFMZt2aek,
http://www.playvid.com/watch/bGsZRCjoGTG, http://www.playvid.com/watch/CNibl0LlBLM, http://www.playvid.com/watch/auCdFLeCSNZ,
http://www.playvid.com/watch/GdRwEFxcsYW, http://www.playvid.com/watch/KHNH0JDbf9W, http://www.playvid.com/watch/dLvE7HdygCY,

http://www.playvid.com/watch/ruzr3XlwlGS, http://www.playvid.com/watch/uafwUyOyK-b, http://www.playvid.com/watch/z-HrHB5v5Os,
http://www.playvid.com/watch/xpJKwS6m6M4, http://www.playvid.com/watch/-af4rHWO8cv, http://www.playvid.com/watch/2Dk-dtNi2bk,
http://www.playvid.com/watch/HNQgYot0td8, http://www.playvid.com/watch/JTH0eEEBe0U, http://www.playvid.com/watch/MGMrKboOu8x,
http://www.playvid.com/watch/qztkYJ5B5W9, http://www.playvid.com/watch/9X37kNwJd8K, http://www.playvid.com/watch/g80WjSPZFz4,
http://www.playvid.com/watch/rLPcP634aLL, http://www.playvid.com/watch/XSO4m5WE9N3, http://www.playvid.com/watch/rLGIf8aMQ0R,
http://www.playvid.com/watch/zls5oIzHrju, http://www.playvid.com/watch/Tw7vRcNOLtK, http://www.playvid.com/watch/4Ir6kSyn-nr,
http://www.playvid.com/watch/-OJv7E6X59I, http://www.playvid.com/watch/ft4BTK-VzWD, http://www.playvid.com/watch/UoGPka2Flb0,
http://www.playvid.com/watch/aIR6F3SoeGr, http://www.playvid.com/watch/FK4YWiwDyW3, http://www.playvid.com/watch/umyOnVoG3pU,
http://www.playvid.com/watch/FjIoeHBRTeG, http://www.playvid.com/watch/-ICjCccjqfM, http://www.playvid.com/watch/m2WovIZUwuN,
http://www.playvid.com/watch/EU5QmNHEOry, http://www.playvid.com/watch/Hsk4hFKnUd2, http://www.playvid.com/watch/QntXoCsg9Yq,
http://www.playvid.com/watch/g2TSiF6ycmN, http://www.playvid.com/watch/HfvQP0qPWbe, http://www.playvid.com/watch/TPLAedOIr0P,
http://www.playvid.com/watch/LeLiiwMFwK6, http://www.playvid.com/watch/8cxnOtBoqox, http://www.playvid.com/watch/ZyvNuSckLbP,
http://www.playvid.com/watch/fPIg5nH3j-W, http://www.playvid.com/watch/0mzd93PWfyd, http://www.playvid.com/watch/HyeuokvxLLp,
http://www.playvid.com/watch/-nuIsiYq3M4, http://www.playvid.com/watch/czP9yXtdcQf, http://www.playvid.com/watch/77yD0n-hS-G,
http://www.playvid.com/watch/qg9LlDMnaic, http://www.playvid.com/watch/27OpfFtSkBC, http://www.playvid.com/watch/dEvEJFBWege,
http://www.playvid.com/watch/CvLOxJqWTjx, http://www.playvid.com/watch/ih6Tg6s8Z5t, http://www.playvid.com/watch/Uj4f2Tz2x4u,
http://www.playvid.com/watch/bsd2cllZABC, http://www.playvid.com/watch/I8xUWyTcOXq, http://www.playvid.com/watch/u3nRTtz8JiH,
http://www.playvid.com/watch/cysCU5X8Y4E, http://www.playvid.com/watch/b-2Xb6iJti6, http://www.playvid.com/watch/JUIe7Dk6Kyz,
http://www.playvid.com/watch/gKrvKgQZXT-, http://www.playvid.com/watch/sgMuxITcWBr, http://www.playvid.com/watch/8AQvn-ddpTM,
http://www.playvid.com/watch/hZ8q0uWUHdm, http://www.playvid.com/watch/rOifoJGcaDa, http://www.playvid.com/watch/9v4VkTVbfn-,
http://www.playvid.com/watch/nh-62PjMlUn, http://www.playvid.com/watch/KN0RDanja-i, http://www.playvid.com/watch/LqZFuHTUy-Z,
http://www.playvid.com/watch/KkjH8KzTgXb, http://www.playvid.com/watch/5CXCbXtCzBW, http://www.playvid.com/watch/Dr-d-jtInhX,
http://www.playvid.com/watch/LOQee7s3Gvi, http://www.playvid.com/watch/CB0-TUvRuMj, http://www.playvid.com/watch/94veBfz7YSR,
http://www.playvid.com/watch/O7n7t7wbupu, http://www.playvid.com/watch/PKQyHqYEHTd, http://www.playvid.com/watch/N439d-oKsAa,
http://www.playvid.com/watch/RWgqkW-fnkG, http://www.playvid.com/watch/KrtOIvgLAGx, http://www.playvid.com/watch/anC5u5Xjrtv,
http://www.playvid.com/watch/PW6SWVEotdA, http://www.playvid.com/watch/pYTp6PafHsh, http://www.playvid.com/watch/zBpRn7FXe9L,
http://www.playvid.com/watch/4H9C8hL9u6y, http://www.playvid.com/watch/JQCBg2JUeoc, http://www.playvid.com/watch/KRFUVLe4JyO,
http://www.playvid.com/watch/pKXwO-23QZ0, http://www.playvid.com/watch/zcifFwujr-h, http://www.playvid.com/watch/rUK7hR4N0Lc,
http://www.playvid.com/watch/Yq5cZZRrcad, http://www.playvid.com/watch/HL5L5nAVdKA, http://www.playvid.com/watch/4TpVyHiSf8R,
http://www.playvid.com/watch/TI5LinBjBey, http://www.playvid.com/watch/tEAFT0xiATn, http://www.playvid.com/watch/Shxchb3lMit,
http://www.playvid.com/watch/cnzX4P3pLxs, http://www.playvid.com/watch/3BKsbUlPsJA, http://www.playvid.com/watch/WntdLLoEsl8,
http://www.playvid.com/watch/Bm6kjeaNZeG, http://www.playvid.com/watch/Umkb-9d2z4G, http://www.playvid.com/watch/MSX6WISvfvF,
http://www.playvid.com/watch/B4e0CwfjcQP, http://www.playvid.com/watch/KeDjjP2Mf2P, http://www.playvid.com/watch/3ImwziRQVUj,
http://www.playvid.com/watch/tnz94VaQxJI, http://www.playvid.com/watch/qFjF6W6sOR7, http://www.playvid.com/watch/secAfdtzZCZ,
http://www.playvid.com/watch/VrPjTZL4Qtj, http://www.playvid.com/watch/fZrBHRHNCcy, http://www.playvid.com/watch/vIvZoB9j53Y,
http://www.playvid.com/watch/imXDcPohljf, http://www.playvid.com/watch/dBcnrv87LQa, http://www.playvid.com/watch/T8-OJpL-N2s,
http://www.playvid.com/watch/bp8Yjmubhl2, http://www.playvid.com/watch/vANpQX0CS0f, http://www.playvid.com/watch/FRVkxh2EfVA,
http://www.playvid.com/watch/ynZ5ZEDtyXo, http://www.playvid.com/watch/jUyIu6kcYPJ, http://www.playvid.com/watch/A3bQQsvOJDz,
http://www.playvid.com/watch/GmrGmFfbprg, http://www.playvid.com/watch/XjfcvMl-7se, http://www.playvid.com/watch/jmpiuq-o0AF,
http://www.playvid.com/watch/02B5gX2VYFC, http://www.playvid.com/watch/2SRgvO0gl6p, http://www.playvid.com/watch/HMcP98Fk4r5,
http://www.playvid.com/watch/W0UD0WxvKHO, http://www.playvid.com/watch/fFKMEif299k, http://www.playvid.com/watch/R9ErNU-8c0e,
http://www.playvid.com/watch/4YmtUivqU0f, http://www.playvid.com/watch/fPSuBPjHvdH, http://www.playvid.com/watch/-2ZdkEpT0tW,
http://www.playvid.com/watch/vM9UMIVeP2J, http://www.playvid.com/watch/HI4K68jAvTH, http://www.playvid.com/watch/JQJEXMiuUB0,
http://www.playvid.com/watch/teDLOH6dhRq, http://www.playvid.com/watch/PqYkY4PO4GC, http://www.playvid.com/watch/TIflkqpddzI,
http://www.playvid.com/watch/TGDtWSfP7fX, http://www.playvid.com/watch/7rxG3kahQCE, http://www.playvid.com/watch/9DISNQ24FSW,
http://www.playvid.com/watch/Rm3l-rxJFFa, http://www.playvid.com/watch/nCXvies6-97, http://www.playvid.com/watch/-s8Megmk9ng,
http://www.playvid.com/watch/z68cinz2iav, http://www.playvid.com/watch/bPbc39oroyI, http://www.playvid.com/watch/rOsDm2crSrF,
http://www.playvid.com/watch/zqVW2nG9Hqx, http://www.playvid.com/watch/UL3PLYhDtJY, http://www.playvid.com/watch/faWIk4j4fJd,
http://www.playvid.com/watch/UxCMQ374W5W, http://www.playvid.com/watch/TqTD6F7SqL2, http://www.playvid.com/watch/hfCTcT8byM4,
http://www.playvid.com/watch/aW8awBmC8a7, http://www.playvid.com/watch/YHaSxjoOpxj, http://www.playvid.com/watch/bqFjTO54zFc,
http://www.playvid.com/watch/fsy2mhJoowD, http://www.playvid.com/watch/UHN2DFGCKMU, http://www.playvid.com/watch/5EzrfE9pFzd,
http://www.playvid.com/watch/BsxnuwY-Naa, http://www.playvid.com/watch/a82JLhOgo4C, http://www.playvid.com/watch/bbqR0Y5dtr-,
http://www.playvid.com/watch/HF9BPEv0dVs, http://www.playvid.com/watch/ZBHo2Pir3tL, http://www.playvid.com/watch/0TfCioUI6wU,
http://www.playvid.com/watch/T0d39Vf6Y4f, http://www.playvid.com/watch/S-MZ2CfNSqJ, http://www.playvid.com/watch/T7iwhOuPC90,
http://www.playvid.com/watch/46HT7M3mSFs, http://www.playvid.com/watch/3gODt5eBxWU, http://www.playvid.com/watch/oq4tBmLxizc,
http://www.playvid.com/watch/x-UjYvZX7tz, http://www.playvid.com/watch/33UiU778wzD, http://www.playvid.com/watch/HM48fTHJW6c,
http://www.playvid.com/watch/Hfm0V62S2JN, http://www.playvid.com/watch/xwRMMqXt77N, http://www.playvid.com/watch/r7fFUfecaug,
http://www.playvid.com/watch/J3i5caQbQmU, http://www.playvid.com/watch/K0gnXxbVJim, http://www.playvid.com/watch/jfqoqFomXLf,
http://www.playvid.com/watch/JoctmdRZ8l-, http://www.playvid.com/watch/kVrUtXDs4U9, http://www.playvid.com/watch/rai66tbuSrd,
http://www.playvid.com/watch/vSYUoyYGpfK, http://www.playvid.com/watch/MoTsf3iGdMT, http://www.playvid.com/watch/20iwndkL65U,
http://www.playvid.com/watch/UKBQdfolPCL, http://www.playvid.com/watch/4eeXdbtPhjT, http://www.playvid.com/watch/vezbATgcHe4,
http://www.playvid.com/watch/2rqqkuPaWTk, http://www.playvid.com/watch/7LLNZuqit5m, http://www.playvid.com/watch/D2ssYKTWsj3,
http://www.playvid.com/watch/TtKLvrvrUWe, http://www.playvid.com/watch/NBihxq2kzfh, http://www.playvid.com/watch/MkwNVX7AaGs,
http://www.playvid.com/watch/JFpILlZ28B5, http://www.playvid.com/watch/tY-zrEuiQCr, http://www.playvid.com/watch/YEzqNIxmzaD,
http://www.playvid.com/watch/J-rYL-5Up5O, http://www.playvid.com/watch/-8eORFI5maw, http://www.playvid.com/watch/fk-Pas8jR9q,
http://www.playvid.com/watch/TRSHkBKajmf, http://www.playvid.com/watch/ak6ToGmBxV3, http://www.playvid.com/watch/OcF8eW0jKSz,
http://www.playvid.com/watch/tRSRtWeKbik, http://www.playvid.com/watch/8isC9TStucn, http://www.playvid.com/watch/37DiJVuUr6Y,
http://www.playvid.com/watch/KRuB9YS6KRx, http://www.playvid.com/watch/HFW5P763UlN, http://www.playvid.com/watch/tzyj2-f7siO,
http://www.playvid.com/watch/ERKiH3bmjzY, http://www.playvid.com/watch/CvG734X3TAz, http://www.playvid.com/watch/YL6nS9qteC8,
http://www.playvid.com/watch/CFlca0eBlB6, http://www.playvid.com/watch/4RUTIYZy-5V, http://www.playvid.com/watch/h-f3ESR63IA,
http://www.playvid.com/watch/oLh8irbuF2K, http://www.playvid.com/watch/87VleA4TET7, http://www.playvid.com/watch/ASriVRQr9Je,
http://www.playvid.com/watch/IJGSEd9JMXJ, http://www.playvid.com/watch/j7HKNXwWSKd, http://www.playvid.com/watch/ANrFu94cm0r,
http://www.playvid.com/watch/aEoUd78pu3E, http://www.playvid.com/watch/q5ffRuUDk3e, http://www.playvid.com/watch/My2jMLqWRPZ,
http://www.playvid.com/watch/uY-8OfaYuU2, http://www.playvid.com/watch/smMpPVDaVIV, http://www.playvid.com/watch/x7BpNMv7l9H,
http://www.playvid.com/watch/NEz0gMdh4sZ, http://www.playvid.com/watch/CPE99P9JhoQ, http://www.playvid.com/watch/XW6VLD0GhNu,
http://www.playvid.com/watch/s0hlvAOxIaK, http://www.playvid.com/watch/dLpKC6qKyWx, http://www.playvid.com/watch/lyzh7iz8qoz,
http://www.playvid.com/watch/ywrz7NeDr7x, http://www.playvid.com/watch/M6slUUKp-oP, http://www.playvid.com/watch/td7RaTGEDVX,
http://www.playvid.com/watch/gl7TwsUU68k, http://www.playvid.com/watch/SgopJMHDDC4, http://www.playvid.com/watch/cCvIkDC3TCZ,
http://www.playvid.com/watch/sKpOqaLTeQ0, http://www.playvid.com/watch/QteB6YIcpTB, http://www.playvid.com/watch/DN02RraSW0G,
http://www.playvid.com/watch/quv7zNqefuQ, http://www.playvid.com/watch/TVobMns6yXb, http://www.playvid.com/watch/XwXoPFpBvi0,
http://www.playvid.com/watch/yxMPNnoHMlP, http://www.playvid.com/watch/cbE3aJdTVx4, http://www.playvid.com/watch/UAjvGH4rIgg,
http://www.playvid.com/watch/TkcRJhom4mI, http://www.playvid.com/watch/XLYvV2YDEcE, http://www.playvid.com/watch/XrRRy9YGYOS,
http://www.playvid.com/watch/OwUvIB-MwEv, http://www.playvid.com/watch/SCPlYfGvg07, http://www.playvid.com/watch/s4mZjTALg-o,
http://www.playvid.com/watch/5EYVyANBbJy, http://www.playvid.com/watch/lRYGdMhIpBv, http://www.playvid.com/watch/WW0MfrsPpqm,
http://www.playvid.com/watch/BrIJHCLbmWw, http://www.playvid.com/watch/8YfUCGk2pEL, http://www.playvid.com/watch/NrxTA7QrrAQ,
http://www.playvid.com/watch/hUSzhbezQ-G, http://www.playvid.com/watch/d9Y48QZdALH, http://www.playvid.com/watch/LCF9oo6U5Lp,
http://www.playvid.com/watch/6jEYUTjVQ4X, http://www.playvid.com/watch/S8oHpOFSjfd, http://www.playvid.com/watch/8uFEKlYendE,
http://www.playvid.com/watch/qoDlDx22g4o, http://www.playvid.com/watch/63VAOx9eCLg, http://www.playvid.com/watch/lb325GyVyoa,
http://www.playvid.com/watch/AAxSXxsU9ai, http://www.playvid.com/watch/AfkjGzjXNKn, http://www.playvid.com/watch/exp50N75CbG,
http://www.playvid.com/watch/eq85wqgd0Wy, http://www.playvid.com/watch/Vac8a3H7IIv, http://www.playvid.com/watch/amqcdPvR3ay,
http://www.playvid.com/watch/xBtML5GAIrB, http://www.playvid.com/watch/y99qk8GaNYV, http://www.playvid.com/watch/5xNbur8resM,
http://www.playvid.com/watch/zgR2VT-or63, http://www.playvid.com/watch/jL93EhXEHIo, http://www.playvid.com/watch/2t-L2mZpLqX,
http://www.playvid.com/watch/D7krv2Jddv7, http://www.playvid.com/watch/O8fsg3-OwSG, http://www.playvid.com/watch/RTSd5vYp-uD,
http://www.playvid.com/watch/vuPnCp4JGrP, http://www.playvid.com/watch/mfyteNgDbHE, http://www.playvid.com/watch/gNsi2-lr8aN,
http://www.playvid.com/watch/RpmhpiUia3M, http://www.playvid.com/watch/8zcFJeJUs8p, http://www.playvid.com/watch/ICiq8HLChM2,
http://www.playvid.com/watch/mvjlfGQPXGT, http://www.playvid.com/watch/UQW0w092StR, http://www.playvid.com/watch/x9CHA0ol4M7,

http://www.playvid.com/watch/xKI8NntR6fj, http://www.playvid.com/watch/iOYpbXASKOm, http://www.playvid.com/watch/2T5uWFQltrY,
http://www.playvid.com/watch/XW7OrW-x6eX, http://www.playvid.com/watch/3TjJEPzxxKk, http://www.playvid.com/watch/0UdJdQomRnf,
http://www.playvid.com/watch/KB4vQHfXbju, http://www.playvid.com/watch/thyUCJHzkQa, http://www.playvid.com/watch/V9JMFnGK5HV,
http://www.playvid.com/watch/v8EwiF7fev4, http://www.playvid.com/watch/uafy7Omish2, http://www.playvid.com/watch/7QUOwADPG7r,
http://www.playvid.com/watch/M5lEWu4STqK, http://www.playvid.com/watch/lHutdzC7XTC, http://www.playvid.com/watch/VzYYrcCkeeZ,
http://www.playvid.com/watch/sfxBtm9ThL0, http://www.playvid.com/watch/V7CY2Wyykbf, http://www.playvid.com/watch/sdsPgDp20ST,
http://www.playvid.com/watch/he88xICVmhE, http://www.playvid.com/watch/nbsR64T3j6P, http://www.playvid.com/watch/vFwxtUNE9TR,
http://www.playvid.com/watch/Ce9I7jhVZfe, http://www.playvid.com/watch/8wTpyRvVp6F, http://www.playvid.com/watch/9HhkMwVxLrm,
http://www.playvid.com/watch/9N6KT2B-uez, http://www.playvid.com/watch/76vA7eaW6Q2, http://www.playvid.com/watch/zX68FBwx3mr,
http://www.playvid.com/watch/rdF5gF878fg, http://www.playvid.com/watch/yl2-H2F0NJP, http://www.playvid.com/watch/QZUESKUrUpq,
http://www.playvid.com/watch/JG02TbNvyEV, http://www.playvid.com/watch/UmDoCitaOWd, http://www.playvid.com/watch/OEaOpLlURNh,
http://www.playvid.com/watch/8NzlYbVTXs2, http://www.playvid.com/watch/l5biqz7QM7x, http://www.playvid.com/watch/GDFhceAvveT,
http://www.playvid.com/watch/vQ7XyPcxPSr, http://www.playvid.com/watch/uDwQkG6T0dl, http://www.playvid.com/watch/5dvqSzaVGbM,
http://www.playvid.com/watch/Itjvc5ZpIaM, http://www.playvid.com/watch/op4r20LVzIn, http://www.playvid.com/watch/Alv30jI-bz5,
http://www.playvid.com/watch/riE28aaczv2, http://www.playvid.com/watch/2ubpaKhlHsw, http://www.playvid.com/watch/WWpNm2rBGSx,
http://www.playvid.com/watch/efAV-Mt09Jv, http://www.playvid.com/watch/6JNtlP8f5pW, http://www.playvid.com/watch/QZwcnos5gDB,
http://www.playvid.com/watch/9G8eSHOgHQA, http://www.playvid.com/watch/sDs67jYJ-u3, http://www.playvid.com/watch/yS3JAMMF-ZY,
http://www.playvid.com/watch/C5SemXPxT7U, http://www.playvid.com/watch/qv2sumBDxoH, http://www.playvid.com/watch/vbcX3-zloXd,
http://www.playvid.com/watch/wwr0Gf52esH, http://www.playvid.com/watch/FN4M5E6VbMZ, http://www.playvid.com/watch/AhDxV5yVHTl,
http://www.playvid.com/watch/Jhe73LoiS4p, http://www.playvid.com/watch/SQruy7AQ2ZA, http://www.playvid.com/watch/8ocOcLvxqzv,
http://www.playvid.com/watch/eWPxytnIxti, http://www.playvid.com/watch/L7yEmaDmr56, http://www.playvid.com/watch/3CnSt3FHMSP,
http://www.playvid.com/watch/2s3AX3v83Kn, http://www.playvid.com/watch/4y4GRZ5Q4YK, http://www.playvid.com/watch/iaUQdTVT0Vm,
http://www.playvid.com/watch/r5oZKY34q7n, http://www.playvid.com/watch/NYj5khTHqrh, http://www.playvid.com/watch/8US6zhxn2H4,
http://www.playvid.com/watch/p3YcIjFs-S9, http://www.playvid.com/watch/3qOBYvPBXWx, http://www.playvid.com/watch/xH3loA0VUUf,
http://www.playvid.com/watch/raoqUMF0BGC, http://www.playvid.com/watch/OKWRtrpbyFz, http://www.playvid.com/watch/LKgtAcRTlTB,
http://www.playvid.com/watch/zSC7jWwClKS, http://www.playvid.com/watch/RfYh2MQV4Ui, http://www.playvid.com/watch/2xEnBaJjowf,
http://www.playvid.com/watch/HDRHW8GSryj, http://www.playvid.com/watch/yHbJ0DIFWFR, http://www.playvid.com/watch/srDcJESf9M9,
http://www.playvid.com/watch/s6efoiDSQUU, http://www.playvid.com/watch/7bAJlm5v7mb, http://www.playvid.com/watch/nBvA6JvcwnI,
http://www.playvid.com/watch/f7x8IjjsuZ8, http://www.playvid.com/watch/pghD-2UEN0u, http://www.playvid.com/watch/r9NZFY6R26x,
http://www.playvid.com/watch/SJVsnszmpT-, http://www.playvid.com/watch/Mc0YzRSBw9K, http://www.playvid.com/watch/WpwLB3Q-7la,
http://www.playvid.com/watch/74tWpgsK4q4, http://www.playvid.com/watch/dsv6KfockrL, http://www.playvid.com/watch/8Aw7tpDqOn7,
http://www.playvid.com/watch/SN4NLUxsZOi, http://www.playvid.com/watch/YkUlqR7QkaI, http://www.playvid.com/watch/P-2Qd3Ko3yw,
http://www.playvid.com/watch/wyJdqbpPDLY, http://www.playvid.com/watch/vLMAogSCV3i, http://www.playvid.com/watch/NxqnWB0a4Wt,
http://www.playvid.com/watch/xzHTApw6I-7, http://www.playvid.com/watch/J76PsU7J47h, http://www.playvid.com/watch/GkU4ASZ7Vpb,
http://www.playvid.com/watch/Lp53ppngsQ0, http://www.playvid.com/watch/rTBQ59yXbSh, http://www.playvid.com/watch/VBvsPzzFTZG,
http://www.playvid.com/watch/oWdHbis9btx, http://www.playvid.com/watch/HWs3lgthRwH, http://www.playvid.com/watch/6X0slmcUZsF,
http://www.playvid.com/watch/iEPONHGX0Qd, http://www.playvid.com/watch/AfBmfnXgzl2, http://www.playvid.com/watch/YkTM5B3Sopq,
http://www.playvid.com/watch/qXm9IUDfDCX, http://www.playvid.com/watch/VPnSCYsQrVI, http://www.playvid.com/watch/MUgiJYmcK6K,
http://www.playvid.com/watch/OBS3ZpdaTuP, http://www.playvid.com/watch/LOT409R2wNy, http://www.playvid.com/watch/luDcztjCDB3,
http://www.playvid.com/watch/S7T0fiVe3OP, http://www.playvid.com/watch/h3fDcKIEzO4, http://www.playvid.com/watch/DuEyw0OCfgn,
http://www.playvid.com/watch/gttaopdBTtB, http://www.playvid.com/watch/P0Qhfzp4ik6, http://www.playvid.com/watch/2vdb3g7OoJB,
http://www.playvid.com/watch/8C6oNrwdsSR, http://www.playvid.com/watch/So2cZO7U4sh, http://www.playvid.com/watch/G-ckO-0kcNR,
http://www.playvid.com/watch/6IDJP3DWCoQ, http://www.playvid.com/watch/ZTAVoUSycXZ, http://www.playvid.com/watch/IFOTxrgwJmx,
http://www.playvid.com/watch/Bkk7ulX6-Ib, http://www.playvid.com/watch/9KzuHFRU6tp, http://www.playvid.com/watch/BMVLNR8W6jr,
http://www.playvid.com/watch/r45U6canKaR, http://www.playvid.com/watch/Qf5rVP8U4Wx, http://www.playvid.com/watch/dHMfupAvo8W,
http://www.playvid.com/watch/TqzXBbq8ZxR, http://www.playvid.com/watch/vJ9RI3WJiST, http://www.playvid.com/watch/rab4VzygYMr,
http://www.playvid.com/watch/SH0n4oAK2dv, http://www.playvid.com/watch/TWPvmv-dlVa, http://www.playvid.com/watch/ZtKsBxjFolA,
http://www.playvid.com/watch/upAFMovoz4h, http://www.playvid.com/watch/SSfzPsx75uG, http://www.playvid.com/watch/HxA8Ls6g5f4,
http://www.playvid.com/watch/f8EHnBxaV5z, http://www.playvid.com/watch/zBCTKYjzKKJ, http://www.playvid.com/watch/0iou9QD9UXd,
http://www.playvid.com/watch/AA-57gWfwzN, http://www.playvid.com/watch/rrG8IwJDwpi, http://www.playvid.com/watch/WKHQb8Uzb4R,
http://www.playvid.com/watch/y2Nlrnejjiu, http://www.playvid.com/watch/gS-RVDsfZXc, http://www.playvid.com/watch/qUjJqlpCWWR,
http://www.playvid.com/watch/eibaMp9bHED, http://www.playvid.com/watch/j4bf5QQvljc, http://www.playvid.com/watch/LdfQH-VSf5T,
http://www.playvid.com/watch/eB7A5kPmqVR, http://www.playvid.com/watch/ECvpHwtqbS7, http://www.playvid.com/watch/NwnnMuvQFYn,
http://www.playvid.com/watch/wBWdRcGdS2C, http://www.playvid.com/watch/jdkbewJGHDC, http://www.playvid.com/watch/mQZTOgaHi-0,
http://www.playvid.com/watch/TPVGSWXdpau, http://www.playvid.com/watch/0k--M82vfBA, http://www.playvid.com/watch/RUdxaQt273k,
http://www.playvid.com/watch/4acEDsL7aNF, http://www.playvid.com/watch/qkpNeGfkYVv, http://www.playvid.com/watch/dgxMD3l9mmx,
http://www.playvid.com/watch/VQCTLiHup2W, http://www.playvid.com/watch/fvoqexityGI, http://www.playvid.com/watch/5Nd9I8-4Hlv,
http://www.playvid.com/watch/40ghdXPzr7t, http://www.playvid.com/watch/WzgQS9-3f3R, http://www.playvid.com/watch/GUtU6nDynKe,
http://www.playvid.com/watch/xXVzOBADwSM, http://www.playvid.com/watch/0nLmtB46dT5, http://www.playvid.com/watch/ZLpGrIP7Ttj,
http://www.playvid.com/watch/2ubhzqRxhUZ, http://www.playvid.com/watch/CAFCEYMSPOY, http://www.playvid.com/watch/YHNFvVduIZQ,
http://www.playvid.com/watch/Eq5tXQ9QLyj, http://www.playvid.com/watch/xO8KcJaDMej, http://www.playvid.com/watch/zdG5Q-pHvWo,
http://www.playvid.com/watch/5pqPPbICbTb, http://www.playvid.com/watch/tx4FVX0wtlk, http://www.playvid.com/watch/ykv4o-QB4Eo,
http://www.playvid.com/watch/bcp3rmswHvo, http://www.playvid.com/watch/KyCvXcAvg8m, http://www.playvid.com/watch/OFS4h9vH4Fr,
http://www.playvid.com/watch/iv5J-UkqtID, http://www.playvid.com/watch/2t9PBigJkJy, http://www.playvid.com/watch/7OGwhv6LPYW,
http://www.playvid.com/watch/pq0OzKvnQjr, http://www.playvid.com/watch/mVV9zJa8Q03, http://www.playvid.com/watch/OFjMyG8yMJr,
http://www.playvid.com/watch/XFckDks4TeW, http://www.playvid.com/watch/bbAPR54AbHy, http://www.playvid.com/watch/NU9Zpob4lEo,
http://www.playvid.com/watch/04XuDsyCNU4, http://www.playvid.com/watch/XXgdZp7GyeQ, http://www.playvid.com/watch/prfFNKQoR9D,
http://www.playvid.com/watch/EyGYtF0EgXF, http://www.playvid.com/watch/j2OhLe0KoY-, http://www.playvid.com/watch/ShBKU7ewFLT,
http://www.playvid.com/watch/p8tScaBUYZ6, http://www.playvid.com/watch/385w2HyMDuR, http://www.playvid.com/watch/IJdbIEcEyof,
http://www.playvid.com/watch/tNJJpq8Q7nz, http://www.playvid.com/watch/PZRrlZMPvJD, http://www.playvid.com/watch/O8kA5Z6s5Us,
http://www.playvid.com/watch/xwFBZCvrhQb, http://www.playvid.com/watch/hfgCuR8bphH, http://www.playvid.com/watch/rT5Hn9RQ-uf,
http://www.playvid.com/watch/z-yCvEl3aEx, http://www.playvid.com/watch/gDrozb3BRJI, http://www.playvid.com/watch/0EB9VxvmWQo,
http://www.playvid.com/watch/rNJVgk345sm, http://www.playvid.com/watch/KF9tPDB5bIJ, http://www.playvid.com/watch/LGFxcwCTxMJ,
http://www.playvid.com/watch/-dHDpD94DnT, http://www.playvid.com/watch/DPZdFCZvH9L, http://www.playvid.com/watch/dItGKYaXvDh,
http://www.playvid.com/watch/UIyDC7-Tdo6, http://www.playvid.com/watch/n2-2F-SHJ5K, http://www.playvid.com/watch/MQ0LDuLftIG,
http://www.playvid.com/watch/wMA5V4PEvb5, http://www.playvid.com/watch/kybwl8oweBc, http://www.playvid.com/watch/UBiXrCY8ejD,
http://www.playvid.com/watch/tyPsMvyDymG, http://www.playvid.com/watch/4ozWrj3czk0, http://www.playvid.com/watch/2m-KZfdUzTB,
http://www.playvid.com/watch/6ZnoPwztNHO, http://www.playvid.com/watch/53BkOxROV3E, http://www.playvid.com/watch/zgegKdiWaMz,
http://www.playvid.com/watch/7tfVNV9xf9-, http://www.playvid.com/watch/mbAyVyUqLxd, http://www.playvid.com/watch/DU3nNCxFuGE,
http://www.playvid.com/watch/8i2vq23vKh7, http://www.playvid.com/watch/jZnRyu7Bub9, http://www.playvid.com/watch/lAhnvwoOt0O,
http://www.playvid.com/watch/fnU2zbPJffl, http://www.playvid.com/watch/qfnBoTNoj-U, http://www.playvid.com/watch/nqwQbBMUAjT,
http://www.playvid.com/watch/bm-DIIlpHeS, http://www.playvid.com/watch/LljaNK8v9dj, http://www.playvid.com/watch/laOfEUvVhQU,
http://www.playvid.com/watch/b4fcJ7r7efj, http://www.playvid.com/watch/5EHwM-h4X3A, http://www.playvid.com/watch/DEwcw5oeel-,
http://www.playvid.com/watch/0qJhjHBhGrS, http://www.playvid.com/watch/Crh7RHRMxj4, http://www.playvid.com/watch/MkkZaGD3O5o,
http://www.playvid.com/watch/MZc-sh9BaI7, http://www.playvid.com/watch/559Lg9XLg6n, http://www.playvid.com/watch/2XITOA87tDE,
http://www.playvid.com/watch/GLEeKlBh7qK, http://www.playvid.com/watch/8BDi9-pg2Hb, http://www.playvid.com/watch/QengMtzv2x3,
http://www.playvid.com/watch/27pIAqCmntK, http://www.playvid.com/watch/cCvUFObgGbn, http://www.playvid.com/watch/nW9fGSytf6E,
http://www.playvid.com/watch/ceFBj8YIboW, http://www.playvid.com/watch/OSzLTck64ux, http://www.playvid.com/watch/QsHBWlVp0Ks,
http://www.playvid.com/watch/wdiSKgt5jxS, http://www.playvid.com/watch/OJjqGNs8ahG, http://www.playvid.com/watch/ohlq-OigzjQ,
http://www.playvid.com/watch/YbRd7pHBMJX, http://www.playvid.com/watch/Qg3WonWFCdK, http://www.playvid.com/watch/LDRzDfTu0bG,
http://www.playvid.com/watch/nwf2FbfUUmZ, http://www.playvid.com/watch/GY2K-26LKeO, http://www.playvid.com/watch/kYBLTWgKQqF,
http://www.playvid.com/watch/o7cgIOjcwNZ, http://www.playvid.com/watch/QYUoAzlzLZ9, http://www.playvid.com/watch/tapJZqtbOdi,
http://www.playvid.com/watch/rTZtlxvScKF, http://www.playvid.com/watch/Y7cXHiVuU2p, http://www.playvid.com/watch/u98luFqACNR,
http://www.playvid.com/watch/h0UJvTVlvOH, http://www.playvid.com/watch/LN-7kQN8gtj, http://www.playvid.com/watch/m6IX8aJdoz5,
http://www.playvid.com/watch/CDcFdMBLz7r, http://www.playvid.com/watch/rteNgZfOcKT, http://www.playvid.com/watch/PLGI98Gk6xb,
http://www.playvid.com/watch/Nby3-tDUkZo, http://www.playvid.com/watch/r0kLAGx7-at, http://www.playvid.com/watch/XFiBvTlrbvq,

http://www.playvid.com/watch/C53Ww9ZHEd6, http://www.playvid.com/watch/eGjMa0pMyE5, http://www.playvid.com/watch/8KzfrCZ70tZ,
http://www.playvid.com/watch/tb7BDSOIfC9, http://www.playvid.com/watch/Z-9poH24oID, http://www.playvid.com/watch/pJ8EA-4R9p8,
http://www.playvid.com/watch/7KQa9ZYkjcl, http://www.playvid.com/watch/GxXvCB64zIX, http://www.playvid.com/watch/jed2qdGFcmp,
http://www.playvid.com/watch/H0qHZGWxxPL, http://www.playvid.com/watch/0Aecofj03mB, http://www.playvid.com/watch/UneCSLl6Kot,
http://www.playvid.com/watch/EdEqDgkNH2q, http://www.playvid.com/watch/QvvoJQ2fEtI, http://www.playvid.com/watch/qyF0l66FLOl,
http://www.playvid.com/watch/487kzdyassn, http://www.playvid.com/watch/57hbqWx-SsV, http://www.playvid.com/watch/UUh3RfboWvM,
http://www.playvid.com/watch/ZLlKHZPi0WB, http://www.playvid.com/watch/r6be7gz-3V7, http://www.playvid.com/watch/t4kBINsZiRj,
http://www.playvid.com/watch/X7lQ2SqkKs7, http://www.playvid.com/watch/tpQ6BG2HwBm, http://www.playvid.com/watch/ZUIs9gKnYUl,
http://www.playvid.com/watch/Rt42S9NK2hV, http://www.playvid.com/watch/x8Y0fkgyaXv, http://www.playvid.com/watch/OToJOAUsxmG,
http://www.playvid.com/watch/GBPcbk9tFcF, http://www.playvid.com/watch/98lz4Pcy9wl, http://www.playvid.com/watch/vrjrH6gWWKH,
http://www.playvid.com/watch/NiGXGqqa-vh, http://www.playvid.com/watch/n9wEYHP2Ooc, http://www.playvid.com/watch/Lz8ug2UBIDh,
http://www.playvid.com/watch/BUmeEX4HOON, http://www.playvid.com/watch/PC7xEXpQZSO, http://www.playvid.com/watch/OKDs03odSvN,
http://www.playvid.com/watch/47-s0huejnq, http://www.playvid.com/watch/-hYgQWOmU9N, http://www.playvid.com/watch/g4TT3AupNWM,
http://www.playvid.com/watch/KXrxo0cvtx-, http://www.playvid.com/watch/eMVUZtuo3p7, http://www.playvid.com/watch/jucdBUPBDBx,
http://www.playvid.com/watch/ZkuYcLlnST9, http://www.playvid.com/watch/z8Z4JasyXyZ, http://www.playvid.com/watch/A6hWXTSAinQ,
http://www.playvid.com/watch/YcVs7wjwqGL, http://www.playvid.com/watch/xD4OP8Uzb0V, http://www.playvid.com/watch/CcC8m6SwyMh,
http://www.playvid.com/watch/rAH7uefMaLT, http://www.playvid.com/watch/SSxNcqkBGqj, http://www.playvid.com/watch/w5cXxdJo8aH,
http://www.playvid.com/watch/K6D86SP7f6C, http://www.playvid.com/watch/eeW6SWOkMp0, http://www.playvid.com/watch/OHKJiXqv6Ai,
http://www.playvid.com/watch/mINEKnF0dxM, http://www.playvid.com/watch/ECKj77UIxEz, http://www.playvid.com/watch/iarISRLBiVl,
http://www.playvid.com/watch/yIsxK4cPreC, http://www.playvid.com/watch/AU5rSsq7VGc, http://www.playvid.com/watch/ahL06pE0-nB,
http://www.playvid.com/watch/5c625lzOPkB, http://www.playvid.com/watch/tZ3-YcdpIcj, http://www.playvid.com/watch/wdazGtcPr2-,
http://www.playvid.com/watch/VBTJf5JchJO, http://www.playvid.com/watch/B6SxiLVbDah, http://www.playvid.com/watch/GC6gaWzhLhB,
http://www.playvid.com/watch/wZ7K8oFVSiS, http://www.playvid.com/watch/rRElxwUlXDw, http://www.playvid.com/watch/9gXIcJlUiBN,
http://www.playvid.com/watch/mkY8JykNSlI, http://www.playvid.com/watch/qk8bxwDEgcn, http://www.playvid.com/watch/nnBj-Scjthg,
http://www.playvid.com/watch/rmLLCxEz2dp, http://www.playvid.com/watch/DR48JiArBZx, http://www.playvid.com/watch/f-jqj5A9FMu,
http://www.playvid.com/watch/cfVF4lwWWcT, http://www.playvid.com/watch/NVFAvPd4s2g, http://www.playvid.com/watch/8OwB3HPMp2s,
http://www.playvid.com/watch/R9nQajW5Or9, http://www.playvid.com/watch/063BEvtBveD, http://www.playvid.com/watch/fpaTLQ3IPn0,
http://www.playvid.com/watch/K2YoHkTPAUa, http://www.playvid.com/watch/T4tHQK7RjgF, http://www.playvid.com/watch/3i9Z7ZWPJjI,
http://www.playvid.com/watch/GK6fs2q6z0O, http://www.playvid.com/watch/EoL2r7jMeYI, http://www.playvid.com/watch/gqHFr-lKjd0,
http://www.playvid.com/watch/KasssRdz0Fv, http://www.playvid.com/watch/wGvgPFDYviE, http://www.playvid.com/watch/Ysw9AcvM6n2,
http://www.playvid.com/watch/-nsxxkg-ghG, http://www.playvid.com/watch/VHDwcUEklXF, http://www.playvid.com/watch/dEtT7ibOOXY,
http://www.playvid.com/watch/D0hnlltN-Li, http://www.playvid.com/watch/EyN9gACdc2L, http://www.playvid.com/watch/D0NwlZyWasY,
http://www.playvid.com/watch/ioY4Yr6ZYKP, http://www.playvid.com/watch/Xkwkvsrd57d, http://www.playvid.com/watch/KkCPnllm467,
http://www.playvid.com/watch/PtaHCYqSiKk, http://www.playvid.com/watch/uxjrhmpcLuI, http://www.playvid.com/watch/8LC6ftNs0zJ,
http://www.playvid.com/watch/cNx09bIwMeI, http://www.playvid.com/watch/7WQekkF6mrq, http://www.playvid.com/watch/oYuIS8iPZKw,
http://www.playvid.com/watch/sGoBjZBi5M-, http://www.playvid.com/watch/cMQQ3-6pZLz, http://www.playvid.com/watch/ISA5n0GGw83,
http://www.playvid.com/watch/cXABueFLpmQ, http://www.playvid.com/watch/fXJDpVsuksR, http://www.playvid.com/watch/GKCXZxA6t5v,
http://www.playvid.com/watch/UbHTbhsVSeU, http://www.playvid.com/watch/enHdF3sILGh, http://www.playvid.com/watch/Zcq0FXk6sIG,
http://www.playvid.com/watch/KcH7NyahLvX, http://www.playvid.com/watch/pcdA9hZZ7es, http://www.playvid.com/watch/Sk3SBhk0gT2,
http://www.playvid.com/watch/GjEhsSgUoL8, http://www.playvid.com/watch/JRxiaiQ62Xf, http://www.playvid.com/watch/lHz7LVBYYsc,
http://www.playvid.com/watch/HEgTDHvsgVl, http://www.playvid.com/watch/fmPmG-dwsDj, http://www.playvid.com/watch/9JlISX-xVm5,
http://www.playvid.com/watch/MoPUNBSuXwI, http://www.playvid.com/watch/CsNdpyv9EWo, http://www.playvid.com/watch/J0j8U-GkYFh,
http://www.playvid.com/watch/u3CCZq2rCEo, http://www.playvid.com/watch/YhtL9Q2Hc9V, http://www.playvid.com/watch/lezlT34ruUZ,
http://www.playvid.com/watch/xIcako3mSQl, http://www.playvid.com/watch/A2ip6jlzoNU, http://www.playvid.com/watch/aMQfaSN2AUB,
http://www.playvid.com/watch/RDJHmdxRz5k, http://www.playvid.com/watch/maCNCVweCe3, http://www.playvid.com/watch/JkSmymVrbz8,
http://www.playvid.com/watch/YZ8sa3nVfmz, http://www.playvid.com/watch/LMZtOImQoHN, http://www.playvid.com/watch/NGdKG85Ff9q,
http://www.playvid.com/watch/gqs4wpjZ94F, http://www.playvid.com/watch/BHnvtd9mWHO, http://www.playvid.com/watch/PVhz8MLcxpW,
http://www.playvid.com/watch/uzC2-qDEQQz, http://www.playvid.com/watch/aJKLXY-aGY-, http://www.playvid.com/watch/5KsE0JPRqjc,
http://www.playvid.com/watch/8aqzt4nBnYz, http://www.playvid.com/watch/fqd9bt54pjt, http://www.playvid.com/watch/uwiyM4oHCYS,
http://www.playvid.com/watch/m0gKbW9eWdN, http://www.playvid.com/watch/YlHJl7dOw0x, http://www.playvid.com/watch/N3RPsOrVYhq,
http://www.playvid.com/watch/sBAFrfApVtU, http://www.playvid.com/watch/syVADcEBdXw, http://www.playvid.com/watch/JHugWyFTlv3,
http://www.playvid.com/watch/ukYW8GSJJu0, http://www.playvid.com/watch/Wz-ZaekNAJj, http://www.playvid.com/watch/NMgcA6FLcF0,
http://www.playvid.com/watch/unNXSuDhTI5, http://www.playvid.com/watch/ZrRAmFsRLjF, http://www.playvid.com/watch/hKKfgYXGDr-,
http://www.playvid.com/watch/hh2vXyLUDZy, http://www.playvid.com/watch/9TNzYTexbAq, http://www.playvid.com/watch/BBVYcQk8F6I,
http://www.playvid.com/watch/dKfxvFB7-Un, http://www.playvid.com/watch/wDB5ul0J3aI, http://www.playvid.com/watch/V4Bn2atOlWy,
http://www.playvid.com/watch/l9MlUJmzab-, http://www.playvid.com/watch/zv0OgAGyOKq, http://www.playvid.com/watch/niRgGsondbF,
http://www.playvid.com/watch/Z5TFqi2FzZk, http://www.playvid.com/watch/iuGF6t6neEc, http://www.playvid.com/watch/dIuskrBXsCJ,
http://www.playvid.com/watch/oUPZlpGExdL, http://www.playvid.com/watch/EUhlo0Si8R6, http://www.playvid.com/watch/kUHazYLmJvO,
http://www.playvid.com/watch/EPrX90OP2K3, http://www.playvid.com/watch/0tXOdeptPtM, http://www.playvid.com/watch/gUe6dtsGo5i,
http://www.playvid.com/watch/HwFIyCIyfsl, http://www.playvid.com/watch/YHWTyBbJ8wM, http://www.playvid.com/watch/kLsXoGbiaCB,
http://www.playvid.com/watch/kyi287a0OA6, http://www.playvid.com/watch/PYkztuGCPLE, http://www.playvid.com/watch/uAUDzPSPwoE,
http://www.playvid.com/watch/GHsdQ2Ogzbw, http://www.playvid.com/watch/mYRPaOrOfiW, http://www.playvid.com/watch/GpSO8KBcKJI,
http://www.playvid.com/watch/Rwx96Mheg9x, http://www.playvid.com/watch/R9umR5qRfdA, http://www.playvid.com/watch/BYUMiZVsDzO,
http://www.playvid.com/watch/l6xAWk-HQSX, http://www.playvid.com/watch/J9OWdIutAGu, http://www.playvid.com/watch/k0BzF3-t4u5,
http://www.playvid.com/watch/LhO0OuRJIGu, http://www.playvid.com/watch/kfgP5ICri57, http://www.playvid.com/watch/qc5IMyxip0S,
http://www.playvid.com/watch/7HLD7qAO6tb, http://www.playvid.com/watch/-kZo6xPHZZZ, http://www.playvid.com/watch/X9G4yhKYp5v,
http://www.playvid.com/watch/3QSlInv6Xdm, http://www.playvid.com/watch/qAlb8mAWXMw, http://www.playvid.com/watch/voxnJQwdepL,
http://www.playvid.com/watch/Itf08VnJU7P, http://www.playvid.com/watch/0nBQHouKtJ4, http://www.playvid.com/watch/94GYhtO77pp,
http://www.playvid.com/watch/IFNv9Z5nxTC, http://www.playvid.com/watch/oW5kRFcyIrZ, http://www.playvid.com/watch/9UOBC40fIHY,
http://www.playvid.com/watch/P4Rb2pG5Pqd, http://www.playvid.com/watch/ToMZpkt-bky, http://www.playvid.com/watch/cPUMWP9-aBc,
http://www.playvid.com/watch/ZzQE0vY-QiX, http://www.playvid.com/watch/l7ZNmauHVRs, http://www.playvid.com/watch/lK8HY0MicF0,
http://www.playvid.com/watch/iT5htvsKIHA, http://www.playvid.com/watch/gkNGDy5AnHn, http://www.playvid.com/watch/znpmxDwEPG9,
http://www.playvid.com/watch/Je0dYKdBtCw, http://www.playvid.com/watch/JoS8-nwQ5do, http://www.playvid.com/watch/XieCjtURZLg,
http://www.playvid.com/watch/RSQV83H7q4c, http://www.playvid.com/watch/aFgUrDzItZh, http://www.playvid.com/watch/Rpuy26mbFRr,
http://www.playvid.com/watch/27fUvuKOZrp, http://www.playvid.com/watch/joqhNgF8oW-, http://www.playvid.com/watch/iCq2JZWmX7h,
http://www.playvid.com/watch/oQcfcCMUz-6, http://www.playvid.com/watch/jlwEEZSzbDh, http://www.playvid.com/watch/9ejJZg0gC73,
http://www.playvid.com/watch/93NeEGqCibT, http://www.playvid.com/watch/zEnDAKaXwky, http://www.playvid.com/watch/AVFNM0GXCdj,
http://www.playvid.com/watch/6q-635LO6If, http://www.playvid.com/watch/-apzUyRK7zR, http://www.playvid.com/watch/uBzx8ugdRZi,
http://www.playvid.com/watch/Ki4CvYpOL-M, http://www.playvid.com/watch/8evryocWsPI, http://www.playvid.com/watch/seqSN5SolXO,
http://www.playvid.com/watch/uMqZuQeeipf, http://www.playvid.com/watch/2vHQuhuTbjO, http://www.playvid.com/watch/eha2i0Fbt8a,
http://www.playvid.com/watch/f-ClMUtqn3u, http://www.playvid.com/watch/AwKYhrQPHhm, http://www.playvid.com/watch/7rkTP5KPEyr,
http://www.playvid.com/watch/xRpj5EXzQAy, http://www.playvid.com/watch/7uRhh374YTD, http://www.playvid.com/watch/WqAYNdIkeIc,
http://www.playvid.com/watch/3Jt9Xuln3tc, http://www.playvid.com/watch/sy0WJJh-lDk, http://www.playvid.com/watch/c6uamJopwGY,
http://www.playvid.com/watch/sDSNZMRAB0V, http://www.playvid.com/watch/HvO4Xgd4qdH, http://www.playvid.com/watch/kq7h7ZreP0R,
http://www.playvid.com/watch/0XiD6369Jkl, http://www.playvid.com/watch/KmL7AQaoI3X, http://www.playvid.com/watch/jxe-LZXcoTc,
http://www.playvid.com/watch/LHW8JkfgZrG, http://www.playvid.com/watch/J6cApE2tVic, http://www.playvid.com/watch/2B7EhzmWr-z,
http://www.playvid.com/watch/Bk0JWZJpcdz, http://www.playvid.com/watch/QrCw2FCCjdL, http://www.playvid.com/watch/DSWoX467HCb,
http://www.playvid.com/watch/BcLhpqf-iuB, http://www.playvid.com/watch/ASF7JRUIUhP, http://www.playvid.com/watch/6-A4P8Ctq-9,
http://www.playvid.com/watch/PbNcg8bOMDQ, http://www.playvid.com/watch/bLDVBPaTawp, http://www.playvid.com/watch/77-zhA396Xs,
http://www.playvid.com/watch/HLBQDrCs9OB, http://www.playvid.com/watch/pm2-MJxROTu, http://www.playvid.com/watch/dsINYPrl4tb,
http://www.playvid.com/watch/h8B0r36xEQw, http://www.playvid.com/watch/XO0ZbdRSX4t, http://www.playvid.com/watch/qzpH9xlVATb,
http://www.playvid.com/watch/GL7MPVz2DvX, http://www.playvid.com/watch/Ev6s46cRHt0, http://www.playvid.com/watch/QxuubNNWTDU,
http://www.playvid.com/watch/l-Mw9JQSxh8, http://www.playvid.com/watch/WvIFjPmPyPi, http://www.playvid.com/watch/7askMIibi-b,
http://www.playvid.com/watch/qOxxMQrjZXi, http://www.playvid.com/watch/uENwYmMJBQm, http://www.playvid.com/watch/KJ4cAawfihi,
http://www.playvid.com/watch/EcLuGZJyrhO, http://www.playvid.com/watch/Hv66Am8VO56, http://www.playvid.com/watch/R6g8kUgVyNa,
http://www.playvid.com/watch/FNjFzeAeVMb, http://www.playvid.com/watch/NaTK22kcasN, http://www.playvid.com/watch/CKwnM5yV6zG,

http://www.playvid.com/watch/4zW6j3k9eRV, http://www.playvid.com/watch/rAnQQkee6O5, http://www.playvid.com/watch/x86M3fhpLqi,
http://www.playvid.com/watch/FzYxChAoRSn, http://www.playvid.com/watch/xk5RUusAlvF, http://www.playvid.com/watch/wIsVHjP6O-g,
http://www.playvid.com/watch/gj3awQOQGLg, http://www.playvid.com/watch/TmPgxwnIz7p, http://www.playvid.com/watch/6oX9nr7aQj5,
http://www.playvid.com/watch/cx242AvlLKE, http://www.playvid.com/watch/qWdTi8YcLw3, http://www.playvid.com/watch/GOavzab5lLU,
http://www.playvid.com/watch/3Sifxh6v5Kd, http://www.playvid.com/watch/0rBTaa7kj5p, http://www.playvid.com/watch/0dsxXl4accd,
http://www.playvid.com/watch/CTov2NSJQOr, http://www.playvid.com/watch/xO0OKOgfRSz, http://www.playvid.com/watch/-MRZ9EQBG3B,
http://www.playvid.com/watch/W3fXszfhQW6, http://www.playvid.com/watch/ZBMrCONTNe4, http://www.playvid.com/watch/tkWXFMqpQAg,
http://www.playvid.com/watch/FdBg9spj4Bo, http://www.playvid.com/watch/GX7mAMgM90Z, http://www.playvid.com/watch/cFYSxN5guct,
http://www.playvid.com/watch/Yre6H3rlBeK, http://www.playvid.com/watch/9vVAfi68jsG, http://www.playvid.com/watch/PKMYl6ASSvq,
http://www.playvid.com/watch/rxlK-aGoXEC, http://www.playvid.com/watch/5gbrEPovoBL, http://www.playvid.com/watch/ylQ9pPRlXoU,
http://www.playvid.com/watch/AX62SotmGiu, http://www.playvid.com/watch/5ZhiEk0oRAv, http://www.playvid.com/watch/Hsi2bnrFNbB,
http://www.playvid.com/watch/iPMkZLL8jNf, http://www.playvid.com/watch/BoRb9Km7rYW, http://www.playvid.com/watch/Vxyc3BD-AWp,
http://www.playvid.com/watch/8NiqYka25kE, http://www.playvid.com/watch/vTvNIHfidy-, http://www.playvid.com/watch/QRtoAqL3L5p,
http://www.playvid.com/watch/TN0qv4B9KNQ, http://www.playvid.com/watch/XMmuu9JwlOY, http://www.playvid.com/watch/b5UR5bSQm9o,
http://www.playvid.com/watch/CJvknKkTlY-, http://www.playvid.com/watch/bVbGvxbV07k, http://www.playvid.com/watch/iCArR4bwteS,
http://www.playvid.com/watch/J5T9EHRg28U, http://www.playvid.com/watch/s7r8NXk5dbJ, http://www.playvid.com/watch/8bHzEMhdUDy,
http://www.playvid.com/watch/372f7PD-hRZ, http://www.playvid.com/watch/leos704M7hx, http://www.playvid.com/watch/GJA45dtSXGB,
http://www.playvid.com/watch/mU8Dh5uhXyW, http://www.playvid.com/watch/sXf3iQZDXQx, http://www.playvid.com/watch/hokP5PEm-o6,
http://www.playvid.com/watch/DSsrFvfdRW6, http://www.playvid.com/watch/-EHmwkx729b, http://www.playvid.com/watch/7MNYHKa2wL2,
http://www.playvid.com/watch/pZMIu5HTwGa, http://www.playvid.com/watch/tsXkPA6ycuR, http://www.playvid.com/watch/rGZZCC28fzP,
http://www.playvid.com/watch/g0sMJccso4c, http://www.playvid.com/watch/NociGU96HGh, http://www.playvid.com/watch/jovvLkkN49P,
http://www.playvid.com/watch/8I9LPjqtTi8, http://www.playvid.com/watch/gxmYsfvKaJY, http://www.playvid.com/watch/H5WZaxfTv9W,
http://www.playvid.com/watch/W3WM8NVLLzk, http://www.playvid.com/watch/PzqFcY-Q8ve, http://www.playvid.com/watch/s5m7DNp5luw,
http://www.playvid.com/watch/sMPAAjplXfN, http://www.playvid.com/watch/cQEYn8HKtSq, http://www.playvid.com/watch/NPK7VSnje-m,
http://www.playvid.com/watch/puEwnt8pd8s, http://www.playvid.com/watch/dU7hsmh90cX, http://www.playvid.com/watch/lT-4N8jJaQ3,
http://www.playvid.com/watch/QdvbnIMysXm, http://www.playvid.com/watch/WbmS-jQQKry, http://www.playvid.com/watch/fwKB4gQVFkU,
http://www.playvid.com/watch/-lFjjxkplx-, http://www.playvid.com/watch/dvT58RwDo2u, http://www.playvid.com/watch/4s3fZFsYC33,
http://www.playvid.com/watch/xebAXKiVLzV, http://www.playvid.com/watch/J36u222x9dm, http://www.playvid.com/watch/JRhyiej5Ior,
http://www.playvid.com/watch/5kthkHdrBq0, http://www.playvid.com/watch/CJeIMfZXOsi, http://www.playvid.com/watch/HnhawHopN2x,
http://www.playvid.com/watch/DHho0tnUnOy, http://www.playvid.com/watch/rIyqjUDkeW8, http://www.playvid.com/watch/o-XekKHwiwE,
http://www.playvid.com/watch/P-JG9ynGxBv, http://www.playvid.com/watch/nmEEr3UVlXW, http://www.playvid.com/watch/GDWnwYKP3tr,
http://www.playvid.com/watch/UNgvxCXxSuG, http://www.playvid.com/watch/tbfIqt0xolK, http://www.playvid.com/watch/6oE88DXIpZs,
http://www.playvid.com/watch/6VF8rYuWEBU, http://www.playvid.com/watch/93igWmwipcj, http://www.playvid.com/watch/RQncr0A8gp6,
http://www.playvid.com/watch/zCdzDeIb42g, http://www.playvid.com/watch/Z-i698cVRmE, http://www.playvid.com/watch/2AdwOOIeS-d,
http://www.playvid.com/watch/xqyOaztUFgq, http://www.playvid.com/watch/7TcayjWvepw, http://www.playvid.com/watch/Nfeu4ANB7eB,
http://www.playvid.com/watch/cWHRkZCJuEb, http://www.playvid.com/watch/O6rDorr4nR2, http://www.playvid.com/watch/Npj80ckAUoc,
http://www.playvid.com/watch/c4Q8UeXfDky, http://www.playvid.com/watch/PWaA8xGaCwQ, http://www.playvid.com/watch/ZoG6Fwtu0Oe,
http://www.playvid.com/watch/rd8LmGXP4VV, http://www.playvid.com/watch/XHPbdI0HIPG, http://www.playvid.com/watch/5ngd-G-dBhv,
http://www.playvid.com/watch/vtoI6ZBJHQ5, http://www.playvid.com/watch/B2Jx8dqBKUG, http://www.playvid.com/watch/4fEgUgmQUo0,
http://www.playvid.com/watch/uKvdxWuD2cJ, http://www.playvid.com/watch/jFFMo06XmiV, http://www.playvid.com/watch/XNl70wkB5rq,
http://www.playvid.com/watch/EcTqzkV67TI, http://www.playvid.com/watch/q3BUrraBEMr, http://www.playvid.com/watch/c52Fe5W9qeY,
http://www.playvid.com/watch/wZToT-MPAaT, http://www.playvid.com/watch/pmBFo65L5Nu, http://www.playvid.com/watch/N85g475uhlB,
http://www.playvid.com/watch/WnLwvBV2EOI, http://www.playvid.com/watch/0l7AN2CXwg7, http://www.playvid.com/watch/90-4wgjzAke,
http://www.playvid.com/watch/6DayVsaEEev, http://www.playvid.com/watch/wN2WZTm4g2I, http://www.playvid.com/watch/0BBNWv4dMkE,
http://www.playvid.com/watch/QH0m9Jrl29f, http://www.playvid.com/watch/Y9pCnxirc6Q, http://www.playvid.com/watch/egc6LkzelGW,
http://www.playvid.com/watch/3BB6sxx0wRi, http://www.playvid.com/watch/2If50lLRGGq, http://www.playvid.com/watch/H6mcik0iDUY,
http://www.playvid.com/watch/PXQzey3Mzto, http://www.playvid.com/watch/XFNO7esSAlW, http://www.playvid.com/watch/yPNWH9-BR2N,
http://www.playvid.com/watch/VfTN--Kcfka, http://www.playvid.com/watch/vREWK-RwzIx, http://www.playvid.com/watch/cfgG-oDeYmo,
http://www.playvid.com/watch/kuJeV8ktq7y, http://www.playvid.com/watch/sq6Dqg5dCk4, http://www.playvid.com/watch/Xub0OL3ISuG,
http://www.playvid.com/watch/BvrGZebpshb, http://www.playvid.com/watch/Iwyav-5w738, http://www.playvid.com/watch/aUj7XgYiD-S,
http://www.playvid.com/watch/UEnxOUNMs7L, http://www.playvid.com/watch/40ItgYn3G8h, http://www.playvid.com/watch/8C7NzGPLJFi,
http://www.playvid.com/watch/tFRIeIzQFel, http://www.playvid.com/watch/4lX2IziF7kF, http://www.playvid.com/watch/k77KCavb0lT,
http://www.playvid.com/watch/q4vptMJdH2S, http://www.playvid.com/watch/Kouw6cQkdnB, http://www.playvid.com/watch/Q4HklB2NC5v,
http://www.playvid.com/watch/2-M9QbLC8NS, http://www.playvid.com/watch/KoT0vSHOb67, http://www.playvid.com/watch/ut9cjpfiqZW,
http://www.playvid.com/watch/qtM8DXY0Vdk, http://www.playvid.com/watch/wZC0foa3B87, http://www.playvid.com/watch/ShusxDF9YkF,
http://www.playvid.com/watch/t2tyiElFj-C, http://www.playvid.com/watch/6s5YKw3jgvH, http://www.playvid.com/watch/CaQBVfZU8Mf,
http://www.playvid.com/watch/wu6-XGFG7Cs, http://www.playvid.com/watch/BC9WUgXQqZL, http://www.playvid.com/watch/Wl9rBaki5O6,
http://www.playvid.com/watch/PdHtq-lgsni, http://www.playvid.com/watch/NPtGTrLdUiz, http://www.playvid.com/watch/RWK9F4WCjiP,
http://www.playvid.com/watch/xlgFIHGOnOd, http://www.playvid.com/watch/KzUdlxWjaJV, http://www.playvid.com/watch/IpFi8BQLlh3,
http://www.playvid.com/watch/TB5S5ai5QaW, http://www.playvid.com/watch/XaBD3Lu36Zd, http://www.playvid.com/watch/cVvbw7pkrNa,
http://www.playvid.com/watch/fY5yy299Mop, http://www.playvid.com/watch/2FKqJGuUD9S, http://www.playvid.com/watch/NPg5SYEJXFw,
http://www.playvid.com/watch/YUdNOd-3x-L, http://www.playvid.com/watch/ZbCqTX5ZqAf, http://www.playvid.com/watch/8QLNUJVZGUv,
http://www.playvid.com/watch/BwDZJpA9Jg9, http://www.playvid.com/watch/w-KAOUwFWMU, http://www.playvid.com/watch/q75WY6JYcYh,
http://www.playvid.com/watch/ZpN0yx7XxRX, http://www.playvid.com/watch/flBWe95tjAB, http://www.playvid.com/watch/2PJmOxUuJES,
http://www.playvid.com/watch/4jEwr9kdy7H, http://www.playvid.com/watch/WYAvkxgWrYV, http://www.playvid.com/watch/fpqtl5lj-yv,
http://www.playvid.com/watch/twcbVerJIHr, http://www.playvid.com/watch/0B7VetRa-Dr, http://www.playvid.com/watch/NUFIpwwEIzC,
http://www.playvid.com/watch/RYS8gLCgwSY, http://www.playvid.com/watch/VD7XHipb7nG, http://www.playvid.com/watch/fSYf3WfVflO,
http://www.playvid.com/watch/IsijQCWSUBb, http://www.playvid.com/watch/Y8vAiQZrhzA, http://www.playvid.com/watch/6FseRhi4l0j,
http://www.playvid.com/watch/OmkhRLDC9gK, http://www.playvid.com/watch/5-SabkqpihC, http://www.playvid.com/watch/B2UKQw24UI4,
http://www.playvid.com/watch/SEj4XDpY00-, http://www.playvid.com/watch/9OJuFwyp-5d, http://www.playvid.com/watch/90zEukmWshu,
http://www.playvid.com/watch/qtf0pJYjELv, http://www.playvid.com/watch/bnoaCFRDUs7, http://www.playvid.com/watch/WIADOcE6Anz,
http://www.playvid.com/watch/zDwLieBw4SV, http://www.playvid.com/watch/XySRpAA-hiY, http://www.playvid.com/watch/rciiDo2m6XO,
http://www.playvid.com/watch/Xj9-BrhkP5z, http://www.playvid.com/watch/s07x40h24if, http://www.playvid.com/watch/9bNV-6ey6te,
http://www.playvid.com/watch/YmTTFMG7YtZ, http://www.playvid.com/watch/AABXR8wQ0nK, http://www.playvid.com/watch/fJxJ8W5gx4f,
http://www.playvid.com/watch/5XEgC30XBvG, http://www.playvid.com/watch/3Ox7huz5jqx, http://www.playvid.com/watch/PtHYZdZ4ubm,
http://www.playvid.com/watch/o-ITzKfnRWe, http://www.playvid.com/watch/tpCLUG2AxjO, http://www.playvid.com/watch/G0rPBwStrhz,
http://www.playvid.com/watch/EKvmRP2DYpk, http://www.playvid.com/watch/jH6lcqPp64g, http://www.playvid.com/watch/SaivWQNv3bu,
http://www.playvid.com/watch/RHKgWCHP-fC, http://www.playvid.com/watch/x2TqGlAPnCA, http://www.playvid.com/watch/XKAYWrUb3zF,
http://www.playvid.com/watch/HNHQfrGoJH8, http://www.playvid.com/watch/rkK8asuBJCp, http://www.playvid.com/watch/IPZjgp-rKW5,
http://www.playvid.com/watch/a8OjXn5ATmK, http://www.playvid.com/watch/XFoendW8Mfv, http://www.playvid.com/watch/QCTogr5mIBA,
http://www.playvid.com/watch/b6swQvwT4PK, http://www.playvid.com/watch/aZZgIkUg-8y, http://www.playvid.com/watch/jzdOq2gWKFL,
http://www.playvid.com/watch/mE2w770q9bf, http://www.playvid.com/watch/xJwl4pGUhuS, http://www.playvid.com/watch/FvubQla5LZW,
http://www.playvid.com/watch/uOMpBbsyTCU, http://www.playvid.com/watch/wiFHQa8GLED, http://www.playvid.com/watch/7BDz3af5OhK,
http://www.playvid.com/watch/gbYg4n3viw5, http://www.playvid.com/watch/nDBcvrcMaWO, http://www.playvid.com/watch/JzywmN82j5L,
http://www.playvid.com/watch/fXBx4SUMpyH, http://www.playvid.com/watch/Vni33fPqNUr, http://www.playvid.com/watch/dwHQlBduzzV,
http://www.playvid.com/watch/Ka5TCnbz-AE, http://www.playvid.com/watch/0aNeFHhatLR, http://www.playvid.com/watch/fijUHNtMUUq,
http://www.playvid.com/watch/rTiYBoTkQ6H, http://www.playvid.com/watch/P-TgZfn6PA9, http://www.playvid.com/watch/U96DUWIxSb7,
http://www.playvid.com/watch/aiVfuGWTW0x, http://www.playvid.com/watch/we4EkcLIWa-, http://www.playvid.com/watch/F3zP-dVgtxA,
http://www.playvid.com/watch/T7o6UrK2HHc, http://www.playvid.com/watch/8QFWL6yuw2U, http://www.playvid.com/watch/wP08w8Igouc,
http://www.playvid.com/watch/A5UYowMgqnA, http://www.playvid.com/watch/U8-qn9ifB8Q, http://www.playvid.com/watch/uQIzfcS0TXU,
http://www.playvid.com/watch/2JYlgY2Lzmv, http://www.playvid.com/watch/RoXIzAjvv5R, http://www.playvid.com/watch/8FyzNwNulks,
http://www.playvid.com/watch/TOXDlvXM5nW, http://www.playvid.com/watch/sNagvOy9pyQ, http://www.playvid.com/watch/XLgk5vlsZKD,
http://www.playvid.com/watch/YZ5HkQajMcJ, http://www.playvid.com/watch/H-IubnnGMMA, http://www.playvid.com/watch/KGeAST5BHl2,
http://www.playvid.com/watch/yl5ZGKb3dne, http://www.playvid.com/watch/bGJoRVw2Miy, http://www.playvid.com/watch/r3GuAfK5EC6,
http://www.playvid.com/watch/e7UOv-MD6n7, http://www.playvid.com/watch/hUZiHwBNi2c, http://www.playvid.com/watch/oS9spHkiXeg,
http://www.playvid.com/watch/uKOnUanM5lY, http://www.playvid.com/watch/VSKGnq7m-kt, http://www.playvid.com/watch/g66QR226f45,

http://www.playvid.com/watch/cgfiHT90OXZ, http://www.playvid.com/watch/DBOZIqQJ7o0, http://www.playvid.com/watch/sNc4dQ775Rb,
http://www.playvid.com/watch/EJgjsyJGfKJ, http://www.playvid.com/watch/9pcRlJWxXoO, http://www.playvid.com/watch/EbL7JndN5gA,
http://www.playvid.com/watch/EnrolrEyqNE, http://www.playvid.com/watch/Xcv5bXdKvbe, http://www.playvid.com/watch/3giNpG9osFH,
http://www.playvid.com/watch/-LPCJ7WasG2, http://www.playvid.com/watch/ZmvFKHAAdaB, http://www.playvid.com/watch/YTUd-2sdUZl,
http://www.playvid.com/watch/eOaV7dF4B6o, http://www.playvid.com/watch/zb7TUcDabK-, http://www.playvid.com/watch/wRMbfLqErd4,
http://www.playvid.com/watch/txBdZNkX6cS, http://www.playvid.com/watch/BpuDU6LbKnx, http://www.playvid.com/watch/flZD0Og8EgW,
http://www.playvid.com/watch/lWCOoudo-Nc, http://www.playvid.com/watch/bVEBTag3S-3, http://www.playvid.com/watch/R8cYW4OXXMM,
http://www.playvid.com/watch/FCBVcSkAYHW, http://www.playvid.com/watch/2EWWcLdxP6j, http://www.playvid.com/watch/u4CVGFGSj5O,
http://www.playvid.com/watch/4Ahfn9CqI5K, http://www.playvid.com/watch/T-EdL6r8gRB, http://www.playvid.com/watch/ye0bXeEszBp,
http://www.playvid.com/watch/ZdGJ5v-S5-D, http://www.playvid.com/watch/fWY5KAvT32q, http://www.playvid.com/watch/xu2rI4QKeLk,
http://www.playvid.com/watch/ALl4FiYuqMK, http://www.playvid.com/watch/7Ar94-C9yuU, http://www.playvid.com/watch/wf0NpbPy82G,
http://www.playvid.com/watch/Iua3BPouzeG, http://www.playvid.com/watch/crphTL8Smsu, http://www.playvid.com/watch/jWnwEG3X7Fg,
http://www.playvid.com/watch/OkvoqJf49eN, http://www.playvid.com/watch/iN8yo-pZ-wc, http://www.playvid.com/watch/cxcZ8TqbO-R,
http://www.playvid.com/watch/SiRBVSGHGXQ, http://www.playvid.com/watch/exzVS8hJKSE, http://www.playvid.com/watch/zMtJZHrxW3v,
http://www.playvid.com/watch/Ff96tgtCBKT, http://www.playvid.com/watch/eMRGhJlzqHV, http://www.playvid.com/watch/u0OyhKluZq5,
http://www.playvid.com/watch/K8xqV7gUSxY, http://www.playvid.com/watch/NclaMBUzEAX, http://www.playvid.com/watch/5DIflIJKOx9,
http://www.playvid.com/watch/06hxTfvxjLU, http://www.playvid.com/watch/f3tJWNqd5rZ, http://www.playvid.com/watch/2yvv0EJdWKX,
http://www.playvid.com/watch/X7KQntJWcbt, http://www.playvid.com/watch/I9RY6hyiiDn, http://www.playvid.com/watch/3cyZDVPZ9cT,
http://www.playvid.com/watch/doGx4wBI6RL, http://www.playvid.com/watch/xILR3NUsYLQ, http://www.playvid.com/watch/fY9dJGBq4e7,
http://www.playvid.com/watch/T9SgTEE5kUO, http://www.playvid.com/watch/8JydopuGIUu, http://www.playvid.com/watch/2gkrXjPES52,
http://www.playvid.com/watch/n9oucIOt000, http://www.playvid.com/watch/VNLUyXRotSH, http://www.playvid.com/watch/HlvghnVcXT2,
http://www.playvid.com/watch/7qUgd7UURru, http://www.playvid.com/watch/ec2U96LCx0a, http://www.playvid.com/watch/u-BNcALYBWv,
http://www.playvid.com/watch/988LBy8yD2e, http://www.playvid.com/watch/NohEGoqw3cW, http://www.playvid.com/watch/6zQtZodEX0K,
http://www.playvid.com/watch/UEPhVycGDyo, http://www.playvid.com/watch/Eh5VVYNfpGr, http://www.playvid.com/watch/fP0TvfIC-xx,
http://www.playvid.com/watch/jqamA7EyeLK, http://www.playvid.com/watch/PvIRKBDIPGP, http://www.playvid.com/watch/EsSUwHtXtAO,
http://www.playvid.com/watch/6DBgEHjxUMq, http://www.playvid.com/watch/63SLhECRuoG, http://www.playvid.com/watch/8-Ff6UnbjUj,
http://www.playvid.com/watch/NX-ESfjoYYk, http://www.playvid.com/watch/kcGAt3ioSyw, http://www.playvid.com/watch/whMHu6r-3KN,
http://www.playvid.com/watch/MPOf5IIAc8W, http://www.playvid.com/watch/zD9L0H7WIaD, http://www.playvid.com/watch/OAQOUZxLgfi,
http://www.playvid.com/watch/5Wqas-GTz96, http://www.playvid.com/watch/gTospEeNmls, http://www.playvid.com/watch/O2d0dbOuCIh,
http://www.playvid.com/watch/rX-dpvReGsl, http://www.playvid.com/watch/dZRPoTGfKoL, http://www.playvid.com/watch/HS35OuEq-yd,
http://www.playvid.com/watch/T0nDtT5bwFW, http://www.playvid.com/watch/b0Z6pINujiV, http://www.playvid.com/watch/BTKLxiv5lOU,
http://www.playvid.com/watch/FMso0Yo0tFQ, http://www.playvid.com/watch/6-QiPNBJLYW, http://www.playvid.com/watch/fFROyoqPN5W,
http://www.playvid.com/watch/cJaHrDReyLx, http://www.playvid.com/watch/2dPtxx7v6cU, http://www.playvid.com/watch/ljG6e8PBzsV,
http://www.playvid.com/watch/Nc2LAvdRmTm, http://www.playvid.com/watch/Kcgcm8Gd-4Z, http://www.playvid.com/watch/ExHBuplq4Lc,
http://www.playvid.com/watch/bjNjxt0e4Am, http://www.playvid.com/watch/ffcqpeXO-C3, http://www.playvid.com/watch/iYACoUNNT96,
http://www.playvid.com/watch/X0W-KoimSK5, http://www.playvid.com/watch/U7Vyk-Fiup6, http://www.playvid.com/watch/06E7mIXfroh,
http://www.playvid.com/watch/IzVdRNM6qar, http://www.playvid.com/watch/9X9J-dSgtBM, http://www.playvid.com/watch/iuwYXOGG9-A,
http://www.playvid.com/watch/CUVtXLxYpRr, http://www.playvid.com/watch/rXozxqFADD7, http://www.playvid.com/watch/5My8MPcAzrp,
http://www.playvid.com/watch/SnfxHzlQ5ph, http://www.playvid.com/watch/KcoK6FIDQH4, http://www.playvid.com/watch/k4xyRSQFOB-,
http://www.playvid.com/watch/k3Etquu7xeL, http://www.playvid.com/watch/aKxumz9a3Je, http://www.playvid.com/watch/Y0QawatXurh,
http://www.playvid.com/watch/GFGXlYA7PEQ, http://www.playvid.com/watch/6vayxm85glZ, http://www.playvid.com/watch/ZIn26DItLdn,
http://www.playvid.com/watch/vf5u88ZkeCy, http://www.playvid.com/watch/VldQPTrR3je, http://www.playvid.com/watch/alg62s88lUn,
http://www.playvid.com/watch/2YTPWpzu-0r, http://www.playvid.com/watch/JfI4SxaKa4f, http://www.playvid.com/watch/MKLfJXWWNju,
http://www.playvid.com/watch/875nJWX7IyQ, http://www.playvid.com/watch/H8ggqWxQhiH, http://www.playvid.com/watch/MW7jxMViihw,
http://www.playvid.com/watch/ACaH5CGoiHb, http://www.playvid.com/watch/NCqqHEHMbFk, http://www.playvid.com/watch/MnDn-tNa2BS,
http://www.playvid.com/watch/fGMdGSMDtTJ, http://www.playvid.com/watch/OBWWUOk4hJE, http://www.playvid.com/watch/J25rekO7BA5,
http://www.playvid.com/watch/EueguX696fF, http://www.playvid.com/watch/CcJg9bXNUBS, http://www.playvid.com/watch/Zdd4inPCEga,
http://www.playvid.com/watch/f3W280yN4rG, http://www.playvid.com/watch/bh6-OPcAabL, http://www.playvid.com/watch/fDXKv9q0Lxn,
http://www.playvid.com/watch/rMOXxOJD3xG, http://www.playvid.com/watch/vF5nW0oYPtd, http://www.playvid.com/watch/WjsqUwdSBGr,
http://www.playvid.com/watch/6Z0WjoyjiE2, http://www.playvid.com/watch/VwJteB-PTAy, http://www.playvid.com/watch/9sqS7-TgiBe,
http://www.playvid.com/watch/IduwhwJHh5a, http://www.playvid.com/watch/VAVVQqMTTVp, http://www.playvid.com/watch/U6msdMt-G3H,
http://www.playvid.com/watch/jlmUcHvTLnj, http://www.playvid.com/watch/7c0wECwOt8d, http://www.playvid.com/watch/dvNIIpfBCop,
http://www.playvid.com/watch/gpiHAtQGmVJ, http://www.playvid.com/watch/xySI957zyOx, http://www.playvid.com/watch/FlL3tyDo5Sf,
http://www.playvid.com/watch/PvYywsutNYr, http://www.playvid.com/watch/nqteqsiDqjh, http://www.playvid.com/watch/Fp6IFjXeXoE,
http://www.playvid.com/watch/tyMemd5oJ-i, http://www.playvid.com/watch/xNm-iRBfNzp, http://www.playvid.com/watch/DR2J4B7e2Mw,
http://www.playvid.com/watch/G5gvGmYul0G, http://www.playvid.com/watch/mRfGDjFGbOO, http://www.playvid.com/watch/dl-lwijGJvw,
http://www.playvid.com/watch/0AHBDMRGvJS, http://www.playvid.com/watch/3nCKxbQDnUn, http://www.playvid.com/watch/aTscTBrqfKU,
http://www.playvid.com/watch/h4nLPH37rAX, http://www.playvid.com/watch/48XQUBht5Z-, http://www.playvid.com/watch/jOy6GjkDCVa,
http://www.playvid.com/watch/Rr8WPIuctBc, http://www.playvid.com/watch/k8I6BTiIDk8, http://www.playvid.com/watch/qdE28shKPxg,
http://www.playvid.com/watch/MK28rCz5Ong, http://www.playvid.com/watch/RBFQUWyQViW, http://www.playvid.com/watch/9pU5EUHOH3e,
http://www.playvid.com/watch/hvepcqPRCKw, http://www.playvid.com/watch/ECM0ztJTVtC, http://www.playvid.com/watch/UoH8V8s6pyW,
http://www.playvid.com/watch/48QJgTul4e8, http://www.playvid.com/watch/ZBIMXDxPnrT, http://www.playvid.com/watch/r76YCQQ0t40,
http://www.playvid.com/watch/53VXxdjhZku, http://www.playvid.com/watch/fUviKVwxUeA, http://www.playvid.com/watch/L5uKnG87ket,
http://www.playvid.com/watch/wqRkRb3T7qy, http://www.playvid.com/watch/N5ghQR2rKCH, http://www.playvid.com/watch/zD-Bugv66z8,
http://www.playvid.com/watch/9vL3qEmNVQR, http://www.playvid.com/watch/36jgVUxK7GA, http://www.playvid.com/watch/y9T3SVBVkaA,
http://www.playvid.com/watch/yFy8mKRxMlp, http://www.playvid.com/watch/nrjwNvWyShu, http://www.playvid.com/watch/6Li3KgP5Pbu,
http://www.playvid.com/watch/RiW6ooO4tBL, http://www.playvid.com/watch/ZmT6O8aWUlN, http://www.playvid.com/watch/Kq6JAGmKEEe,
http://www.playvid.com/watch/eB39hlRanMD, http://www.playvid.com/watch/bGXjQYXOK3O, http://www.playvid.com/watch/IgsUyxfOy2s,
http://www.playvid.com/watch/PJ9wkTGEDyH, http://www.playvid.com/watch/aXynTRbSJj5, http://www.playvid.com/watch/4rgcQVCgjMZ,
http://www.playvid.com/watch/hYo8CIutOhn, http://www.playvid.com/watch/L8jQdogVImP, http://www.playvid.com/watch/xK-2cwCXiuV,
http://www.playvid.com/watch/Kg2suzkEGCs, http://www.playvid.com/watch/JyBUbeSaIVf, http://www.playvid.com/watch/rpffH6McgvI,
http://www.playvid.com/watch/UKkFj0JhmMh, http://www.playvid.com/watch/alPbOfRsAqU, http://www.playvid.com/watch/rS7oEMmnsLY,
http://www.playvid.com/watch/xx8qdmINj4w, http://www.playvid.com/watch/8kfKECVXJda, http://www.playvid.com/watch/7iTQ5tTrGzZ,
http://www.playvid.com/watch/EE76gSBILXs, http://www.playvid.com/watch/eyOMvRObwPg, http://www.playvid.com/watch/PaG2Bbf9odj,
http://www.playvid.com/watch/YGlQQf3r8iv, http://www.playvid.com/watch/gXE3fv9yyWx, http://www.playvid.com/watch/Cml8XHYw4qv,
http://www.playvid.com/watch/3e53LvdrffP, http://www.playvid.com/watch/k9KyGW3DhaS, http://www.playvid.com/watch/oWt3gXONije,
http://www.playvid.com/watch/a7KGNn26NPM, http://www.playvid.com/watch/2uKyP2XArPP, http://www.playvid.com/watch/mEJBl8FpSXc,
http://www.playvid.com/watch/VgnH6XfrLhE, http://www.playvid.com/watch/qq2QnJD-5-b, http://www.playvid.com/watch/wHoo2SWukUc,
http://www.playvid.com/watch/BdgKKKDtdDw, http://www.playvid.com/watch/eBaDqM6Tv05, http://www.playvid.com/watch/SAa0vCUoCKN,
http://www.playvid.com/watch/a52K4UnFjQi, http://www.playvid.com/watch/bZFNNSfltxA, http://www.playvid.com/watch/SgheZ7hrna3,
http://www.playvid.com/watch/6uHZUtDbWZZ, http://www.playvid.com/watch/CTwCSwNShCO, http://www.playvid.com/watch/gVJ888rkoqk,
http://www.playvid.com/watch/0EMueljvejt, http://www.playvid.com/watch/GRTmWBgGK9U, http://www.playvid.com/watch/G7LQ859A9Vx,
http://www.playvid.com/watch/SQvmLDy3QYv, http://www.playvid.com/watch/WmkHEs4dbAW, http://www.playvid.com/watch/vUfoECTGx0y,
http://www.playvid.com/watch/2lLRzEKSCN0, http://www.playvid.com/watch/Fka20QUGUwW, http://www.playvid.com/watch/-Y6ZOxHwcoR,
http://www.playvid.com/watch/QQxHz4PwACM, http://www.playvid.com/watch/tu0X9zUHyzn, http://www.playvid.com/watch/CVytH2djljD,
http://www.playvid.com/watch/eeQsZbxQYS9, http://www.playvid.com/watch/Fzl9aPCAa60, http://www.playvid.com/watch/5HVJpBhXu7-,
http://www.playvid.com/watch/oafKjmgnpmT, http://www.playvid.com/watch/pxL5nEyoX9R, http://www.playvid.com/watch/fgkCLYcvDdh,
http://www.playvid.com/watch/ddRFHIZDQLE, http://www.playvid.com/watch/yI-mtab-lAf, http://www.playvid.com/watch/DBGdAieyfGS,
http://www.playvid.com/watch/nshUMMZOBzw, http://www.playvid.com/watch/2piz9mqB57W, http://www.playvid.com/watch/TrnEEwlFj3E,
http://www.playvid.com/watch/uQRpfLy-XPh, http://www.playvid.com/watch/NfwNfNN88nE, http://www.playvid.com/watch/gekq86jPsHh,
http://www.playvid.com/watch/HtNb6NiETYz, http://www.playvid.com/watch/sdqmmeeNb8G, http://www.playvid.com/watch/k8HZurLKV2R,
http://www.playvid.com/watch/KGgtI4CXlQP, http://www.playvid.com/watch/iBEPJKZxaV4, http://www.playvid.com/watch/ts5CqQCLJkm,
http://www.playvid.com/watch/27ESmgVdUGg, http://www.playvid.com/watch/xVS6kxXFL-4, http://www.playvid.com/watch/OIv7pDG3EGT,
http://www.playvid.com/watch/K3eF5RZF7sp, http://www.playvid.com/watch/QRw76oaSHK7, http://www.playvid.com/watch/5JXrAs3rmW2,
http://www.playvid.com/watch/hM22z7WmbEy, http://www.playvid.com/watch/o7tT2w9xsEG, http://www.playvid.com/watch/oazeg6g9aF2,
http://www.playvid.com/watch/o2k5JHdCXsN, http://www.playvid.com/watch/G8-yXl0Q-Iv, http://www.playvid.com/watch/toQiFsD2AtJ,

http://www.playvid.com/watch/uGiM2W03wJn, http://www.playvid.com/watch/scHJkSQalI-, http://www.playvid.com/watch/zuimNBi0kFQ,
http://www.playvid.com/watch/6YLAulrN0Im, http://www.playvid.com/watch/K-M6DnIchhr, http://www.playvid.com/watch/M9ccojqc4mP,
http://www.playvid.com/watch/c2TknI0hQpY, http://www.playvid.com/watch/lSlqBpo3uQu, http://www.playvid.com/watch/tVG9Cz7qyje,
http://www.playvid.com/watch/--9CkCpHRdG, http://www.playvid.com/watch/lqd628aRYvO, http://www.playvid.com/watch/j7QT5F57XzU,
http://www.playvid.com/watch/sKKYnQExPgZ, http://www.playvid.com/watch/GdN8PCB34ux, http://www.playvid.com/watch/gpWiFutBsgA,
http://www.playvid.com/watch/qWHPjeF2Fp-, http://www.playvid.com/watch/zd43iGUVU2n, http://www.playvid.com/watch/Yi02NQgOFX-,
http://www.playvid.com/watch/U6Az9Zwk-UY, http://www.playvid.com/watch/z9As92N7YvV, http://www.playvid.com/watch/DCV8RSVZYA8,
http://www.playvid.com/watch/CpjXcfYCXIW, http://www.playvid.com/watch/KRmlXAzAGuU, http://www.playvid.com/watch/Oo8Z9aQcg58,
http://www.playvid.com/watch/lzdOtOmJVkW, http://www.playvid.com/watch/usVMSSnU3nA, http://www.playvid.com/watch/dKut74ctXCy,
http://www.playvid.com/watch/eB0bykENWf9, http://www.playvid.com/watch/P8TfMKjphrc, http://www.playvid.com/watch/mugT47MgGVG,
http://www.playvid.com/watch/ciHuO3yvJZK, http://www.playvid.com/watch/x5biRAvzoTI, http://www.playvid.com/watch/h5JrbPvUo55,
http://www.playvid.com/watch/aOZkveGtClr, http://www.playvid.com/watch/K878LOREwCW, http://www.playvid.com/watch/5PGxvf9YVQz,
http://www.playvid.com/watch/2EvtlR8iHZq, http://www.playvid.com/watch/vgvW96XiRRO, http://www.playvid.com/watch/0SYXxOOFkQo,
http://www.playvid.com/watch/qr5TNImbZHJ, http://www.playvid.com/watch/KJX2HDfEXYv, http://www.playvid.com/watch/vwwlGr2RQGH,
http://www.playvid.com/watch/few0fgVwdwx, http://www.playvid.com/watch/oezRlcqnEBr, http://www.playvid.com/watch/2xIsfL6X46X,
http://www.playvid.com/watch/5pWGprFqvxw, http://www.playvid.com/watch/mUkwZacaWnb, http://www.playvid.com/watch/cn7ZVLtIipT,
http://www.playvid.com/watch/gqZbUhOdQNn, http://www.playvid.com/watch/RCJKTr9hBXG, http://www.playvid.com/watch/ijluej7dagF,
http://www.playvid.com/watch/ozx0Ysk8GAI, http://www.playvid.com/watch/eLaBHuZidUh, http://www.playvid.com/watch/B2gTG50PY9p,
http://www.playvid.com/watch/qnai94jnN4S, http://www.playvid.com/watch/IWtURfYWSLV, http://www.playvid.com/watch/jhw8Y2yZzdW,
http://www.playvid.com/watch/keHbvjvTZCZ, http://www.playvid.com/watch/ZZsKXhcC2QQ, http://www.playvid.com/watch/CmsnLIaR-5w,
http://www.playvid.com/watch/qWW4V05Vqcz, http://www.playvid.com/watch/FILqis5Flmz, http://www.playvid.com/watch/qgsc8nWHBka,
http://www.playvid.com/watch/NrSMiHrhMlf, http://www.playvid.com/watch/g2zmoepXdoJ, http://www.playvid.com/watch/m9a5lo4fYqs,
http://www.playvid.com/watch/pg0ZxYrSBUu, http://www.playvid.com/watch/0wqvj0liXim, http://www.playvid.com/watch/Zm9vGw5iaLx,
http://www.playvid.com/watch/RqL0L-5axIE, http://www.playvid.com/watch/IZeYpSUV-ZP, http://www.playvid.com/watch/mA8PvCEgZmJ,
http://www.playvid.com/watch/sXGm3flWNMM, http://www.playvid.com/watch/X9RtVQHeygG, http://www.playvid.com/watch/JapzHKSk6Ad,
http://www.playvid.com/watch/J0Qe2pPaF3k, http://www.playvid.com/watch/O7oRwWwgGEu, http://www.playvid.com/watch/GxoqxlkR0pt,
http://www.playvid.com/watch/U7VARSNVJQM, http://www.playvid.com/watch/vlW-EPo-Wvi, http://www.playvid.com/watch/t-Sgnbg9cBm,
http://www.playvid.com/watch/VlTcyERVqJx, http://www.playvid.com/watch/hMIk3c-hCtw, http://www.playvid.com/watch/Yvmyr5ZfXdU,
http://www.playvid.com/watch/p4uNm7N5JRf, http://www.playvid.com/watch/wmDdTpzDNAw, http://www.playvid.com/watch/ceH5bfHerfK,
http://www.playvid.com/watch/qwUGZ5cm3Jg, http://www.playvid.com/watch/ZlrPys3sILT, http://www.playvid.com/watch/UYkUBCCdKau,
http://www.playvid.com/watch/AloJ8o6AaJN, http://www.playvid.com/watch/ZSmF6xZRW83, http://www.playvid.com/watch/8YcOs5wKoPG,
http://www.playvid.com/watch/g6eW7v4JJgq, http://www.playvid.com/watch/bK7Tmo0Xq7I, http://www.playvid.com/watch/jNwoBhxEwQN,
http://www.playvid.com/watch/QRI5i6Jzlvl, http://www.playvid.com/watch/7SAawI5hMmo, http://www.playvid.com/watch/DWP4DZjnzuf,
http://www.playvid.com/watch/IGt28gfH6Vi, http://www.playvid.com/watch/UMF9eLGVcsk, http://www.playvid.com/watch/6YsWa2E75Bo,
http://www.playvid.com/watch/oeMV3fMgq0s, http://www.playvid.com/watch/u3Qj8FzPpkP, http://www.playvid.com/watch/08Hdd6eN20Q,
http://www.playvid.com/watch/C9Rtp2TijPW, http://www.playvid.com/watch/8vAX6f9Zjrg, http://www.playvid.com/watch/yv9vJQSyc89,
http://www.playvid.com/watch/AUvBAUt3KwE, http://www.playvid.com/watch/Ly3mAZ0VHh-, http://www.playvid.com/watch/DyRwCyZbdUg,
http://www.playvid.com/watch/tqLGXGBctpo, http://www.playvid.com/watch/HLyWQaHIgkO, http://www.playvid.com/watch/pZQeJCTzaLM,
http://www.playvid.com/watch/c9uGzYdad6k, http://www.playvid.com/watch/ZdvFE3yS3Jt, http://www.playvid.com/watch/QMkzDXjqyK2,
http://www.playvid.com/watch/xItACMtaHEL, http://www.playvid.com/watch/5jDuek2Ug77, http://www.playvid.com/watch/ijG3wcosBjg,
http://www.playvid.com/watch/29wqP-AeCoo, http://www.playvid.com/watch/6fQWpA627R2, http://www.playvid.com/watch/NJbHpdm5DaN,
http://www.playvid.com/watch/QQhemso2Qxe, http://www.playvid.com/watch/yL0v-wPFJqf, http://www.playvid.com/watch/bEHprtq9EFe,
http://www.playvid.com/watch/jVWqoARRQrd, http://www.playvid.com/watch/dNsyxPUUM57, http://www.playvid.com/watch/6VODGithyJ2,
http://www.playvid.com/watch/nX8q3WPl3-m, http://www.playvid.com/watch/WVzE4ZqF50b, http://www.playvid.com/watch/hOe4-8qNpJi,
http://www.playvid.com/watch/3UVpiMTIApQ, http://www.playvid.com/watch/HotEhP3FeDt, http://www.playvid.com/watch/vyUMbx8H5f2,
http://www.playvid.com/watch/fFhNF3C0R8W, http://www.playvid.com/watch/TIJDwsNG222, http://www.playvid.com/watch/-FjxL8zaZFp,
http://www.playvid.com/watch/mdDBHOeDzva, http://www.playvid.com/watch/YRJ6XhDXefy, http://www.playvid.com/watch/G4RxTm9Pkw2,
http://www.playvid.com/watch/-RYDYiZEpqp, http://www.playvid.com/watch/XeqcEuFYi8Q, http://www.playvid.com/watch/uovsvACs55X,
http://www.playvid.com/watch/Q94yqBa7MSk, http://www.playvid.com/watch/LuMvmCh0zC2, http://www.playvid.com/watch/Pe0nX8Xquy7,
http://www.playvid.com/watch/Jk27BPtIvPw, http://www.playvid.com/watch/SEI5Ej5suLf, http://www.playvid.com/watch/NwkLFA-W3Bv,
http://www.playvid.com/watch/XTCSD6oFuSi, http://www.playvid.com/watch/JLViNK38moA, http://www.playvid.com/watch/y9Nr65Qyv9D,
http://www.playvid.com/watch/bY5XaRWisHj, http://www.playvid.com/watch/jD8gU2gKgFu, http://www.playvid.com/watch/Bq4rVjMrHE6,
http://www.playvid.com/watch/xuwBRHVLFPr, http://www.playvid.com/watch/EXVBSoRtbr5, http://www.playvid.com/watch/pzgrNur2eV8,
http://www.playvid.com/watch/4atRFlIEhU4, http://www.playvid.com/watch/rvHPVtvZWfp, http://www.playvid.com/watch/PAFtTA-ftrB,
http://www.playvid.com/watch/soXNkRhbqPs, http://www.playvid.com/watch/yEdMP2pXWmX, http://www.playvid.com/watch/LPDahHxYkme,
http://www.playvid.com/watch/uJmQnDt08v2, http://www.playvid.com/watch/QUMo8r4kGaE, http://www.playvid.com/watch/YxzilD50SaF,
http://www.playvid.com/watch/6LbntX6XH7f, http://www.playvid.com/watch/28dXXLzFgvf, http://www.playvid.com/watch/DKE5KuzIHaj,
http://www.playvid.com/watch/fwkQ3osrQmW, http://www.playvid.com/watch/87aJYTKd4dm, http://www.playvid.com/watch/4HEVuDJS3S5,
http://www.playvid.com/watch/xulmrrSz6or, http://www.playvid.com/watch/f50leFesBN7, http://www.playvid.com/watch/E8HIk0XcHkg,
http://www.playvid.com/watch/b6yULG6PoIS, http://www.playvid.com/watch/BaVhUI4gu-4, http://www.playvid.com/watch/x8-5iXsLPM6,
http://www.playvid.com/watch/O40s6E0R288, http://www.playvid.com/watch/XVYxGUhH7Bf, http://www.playvid.com/watch/qcv72nZLhFv,
http://www.playvid.com/watch/vIgNwhir806, http://www.playvid.com/watch/p34paJIHmnE, http://www.playvid.com/watch/fmsaOQnpGdy,
http://www.playvid.com/watch/mYAyMDUdthC, http://www.playvid.com/watch/4kHPNYcnoNS, http://www.playvid.com/watch/Czck460YsJj,
http://www.playvid.com/watch/vKk0J4VnMQt, http://www.playvid.com/watch/34JuHEMTsDc, http://www.playvid.com/watch/CeoKSn29FaB,
http://www.playvid.com/watch/FfcTrbnwWwM, http://www.playvid.com/watch/b5UZWt9dOUv, http://www.playvid.com/watch/gBcLbdlH4lh,
http://www.playvid.com/watch/ilpI28YJhWm, http://www.playvid.com/watch/AHhMMlZSXVm, http://www.playvid.com/watch/eNy8Cli-APN,
http://www.playvid.com/watch/zIonM38BDDc, http://www.playvid.com/watch/SF5w0p8NSBS, http://www.playvid.com/watch/eJYE9XeYcz9,
http://www.playvid.com/watch/VcWQIgNEhti, http://www.playvid.com/watch/i9DXFfukyvH, http://www.playvid.com/watch/ttizcp7uBhz,
http://www.playvid.com/watch/fXheZ7oDwrg, http://www.playvid.com/watch/s5BRF-X-28O, http://www.playvid.com/watch/8FiaArZqF4J,
http://www.playvid.com/watch/nKLA9FNxrqQ, http://www.playvid.com/watch/QWIol4V9Kfo, http://www.playvid.com/watch/sGTQW-aS84e,
http://www.playvid.com/watch/cZCO2P0zAL3, http://www.playvid.com/watch/mbCNEwdWcyL, http://www.playvid.com/watch/u7qrQulim7a,
http://www.playvid.com/watch/s-nljGGX6av, http://www.playvid.com/watch/wi9oEpGaNru, http://www.playvid.com/watch/exOjBgsXAtH,
http://www.playvid.com/watch/dsgyctgdwjE, http://www.playvid.com/watch/XWw7QFHplP5, http://www.playvid.com/watch/Dmtn7qElLJz,
http://www.playvid.com/watch/yfolLxK9Tf2, http://www.playvid.com/watch/0V6ER9WFNPV, http://www.playvid.com/watch/qM7lxPZWU7J,
http://www.playvid.com/watch/82jkhABzGt5, http://www.playvid.com/watch/4u-K9yCreqa, http://www.playvid.com/watch/CTCedguIRip,
http://www.playvid.com/watch/Okixf5tjs0F, http://www.playvid.com/watch/5lpUWOu0Zrf, http://www.playvid.com/watch/VdLd-3WEWju,
http://www.playvid.com/watch/d6-mZLL8hDl, http://www.playvid.com/watch/b4nSLCKbUCa, http://www.playvid.com/watch/fGUl83rvcAf,
http://www.playvid.com/watch/OjHilJVEiTL, http://www.playvid.com/watch/GqqWcTrb9kw, http://www.playvid.com/watch/OMZbvEuQt7n,
http://www.playvid.com/watch/X3-QGZYh3eR, http://www.playvid.com/watch/JN7fXPSjv3m, http://www.playvid.com/watch/NAyJFHRNbIW,
http://www.playvid.com/watch/9aCZkC9mcur, http://www.playvid.com/watch/UEecgz3gdgF, http://www.playvid.com/watch/yhWqIGEOPWs,
http://www.playvid.com/watch/N26DQM8yMP3, http://www.playvid.com/watch/G7lCV8wxlvj, http://www.playvid.com/watch/VbjJzIXO-J8,
http://www.playvid.com/watch/e3tn3ObHYdN, http://www.playvid.com/watch/mqrFxwMbEL5, http://www.playvid.com/watch/J0HykOygswA,
http://www.playvid.com/watch/FBaQzsBEtVt, http://www.playvid.com/watch/7vmEVa--ATb, http://www.playvid.com/watch/FzHCC0RyxXJ,
http://www.playvid.com/watch/LudFkK5jZsq, http://www.playvid.com/watch/Teh77jurhXt, http://www.playvid.com/watch/kkfGWAz6Yx6,
http://www.playvid.com/watch/ZlERxRqukwJ, http://www.playvid.com/watch/IGvkH0WBoSB, http://www.playvid.com/watch/bIFoSbjhYp9,
http://www.playvid.com/watch/88jP-GZelNg, http://www.playvid.com/watch/aEF3-TH53Mb, http://www.playvid.com/watch/UYGz8RKfsNA,
http://www.playvid.com/watch/QLW33Uny3Lp, http://www.playvid.com/watch/AmkyTn0s6st, http://www.playvid.com/watch/5RJfXjZSAEH,
http://www.playvid.com/watch/eE0OLPvUyO7, http://www.playvid.com/watch/XX8LSFm59pJ, http://www.playvid.com/watch/hZenEVGpMQE,
http://www.playvid.com/watch/vNJLIKOggsj, http://www.playvid.com/watch/aIrxIGn4KZK, http://www.playvid.com/watch/ZyyoCgjJJAd,
http://www.playvid.com/watch/tDo0V9thjrl, http://www.playvid.com/watch/n5kUei0y2M5, http://www.playvid.com/watch/iZacakM74CH,
http://www.playvid.com/watch/0ZTw9skqo2C, http://www.playvid.com/watch/Am5vvEdRLV6, http://www.playvid.com/watch/087P-tcyBbS,
http://www.playvid.com/watch/Zt2FTRvdbgJ, http://www.playvid.com/watch/OYjgm070AM0, http://www.playvid.com/watch/QVJMtBSLSWP,
http://www.playvid.com/watch/3IlnoGNpLGT, http://www.playvid.com/watch/NkWR7NtVpk9, http://www.playvid.com/watch/vg5sdoczUYs,
http://www.playvid.com/watch/xLNejBk8s7L, http://www.playvid.com/watch/rdxlpEZ4rsF, http://www.playvid.com/watch/5cudwVievcR,
http://www.playvid.com/watch/icwAfgSgAqc, http://www.playvid.com/watch/bRsWzp4IfdF, http://www.playvid.com/watch/NGf3CZela5E,
http://www.playvid.com/watch/ajhXzXLsdme, http://www.playvid.com/watch/lUKPWnYLKWI, http://www.playvid.com/watch/IMmjIlywcGz,

http://www.playvid.com/watch/3RnJMHEnJdn, http://www.playvid.com/watch/oGx9TF4A4as, http://www.playvid.com/watch/C3iZKhPzR9j,
http://www.playvid.com/watch/endWJgXQQA0, http://www.playvid.com/watch/gp9qvZIEf4i, http://www.playvid.com/watch/I4joNN4h-7W,
http://www.playvid.com/watch/DXliUB9pKVI, http://www.playvid.com/watch/jQUuqg7ofne, http://www.playvid.com/watch/MDAiV5jhojO,
http://www.playvid.com/watch/ETBcfnMdtMZ, http://www.playvid.com/watch/TOZXRwR33vh, http://www.playvid.com/watch/nKwFANbXoca,
http://www.playvid.com/watch/R8ALAB6bnel, http://www.playvid.com/watch/WAmZLufrEma, http://www.playvid.com/watch/PYdKvGRasBx,
http://www.playvid.com/watch/AbDH7hj6smV, http://www.playvid.com/watch/YtzNsqkNxti, http://www.playvid.com/watch/rOOGtv5b4Xo,
http://www.playvid.com/watch/XKXLWjRkcfi, http://www.playvid.com/watch/MTuD2LBE65m, http://www.playvid.com/watch/6-rLVulOJ0F,
http://www.playvid.com/watch/-FAYDpC-7ff, http://www.playvid.com/watch/7IiTuzqcsPq, http://www.playvid.com/watch/wBLXmaTGrCY,
http://www.playvid.com/watch/5mu7FM6c7V7, http://www.playvid.com/watch/OIRz5-t6IZJ, http://www.playvid.com/watch/nvtXqSrKsX-,
http://www.playvid.com/watch/gobWuyt06mU, http://www.playvid.com/watch/e2kCxufdzck, http://www.playvid.com/watch/I-0L36naCC-,
http://www.playvid.com/watch/RNplbrE0qjj, http://www.playvid.com/watch/bZZn0YNmnGv, http://www.playvid.com/watch/RQ6ZtTu4fdJ,
http://www.playvid.com/watch/F0fO5rPONzR, http://www.playvid.com/watch/Ffqds7OGU8T, http://www.playvid.com/watch/rr0N0t0g0sW,
http://www.playvid.com/watch/8ebB3HmWJ05, http://www.playvid.com/watch/HqoTtdIFsrA, http://www.playvid.com/watch/eJnuO99kAJ9,
http://www.playvid.com/watch/07t4J2kj2HY, http://www.playvid.com/watch/zGQuv0XgQtF, http://www.playvid.com/watch/-orqskioejj,
http://www.playvid.com/watch/PKLJqTPEIaC, http://www.playvid.com/watch/y45ou43qqoN, http://www.playvid.com/watch/y0QM0d2NYOZ,
http://www.playvid.com/watch/hkiCBozPuNT, http://www.playvid.com/watch/Hm-lCLSljBQ, http://www.playvid.com/watch/RWeNHoEksVi,
http://www.playvid.com/watch/arJgNJcFlQT, http://www.playvid.com/watch/QwTkqqD2Di6, http://www.playvid.com/watch/hyIfc2qWSti,
http://www.playvid.com/watch/Cab68SDa0Jq, http://www.playvid.com/watch/X3feBPtuwG4, http://www.playvid.com/watch/X7nGwQesIER,
http://www.playvid.com/watch/7FW2IbXCmoy, http://www.playvid.com/watch/XTftuTQ2Xle, http://www.playvid.com/watch/4WtQph2y2sx,
http://www.playvid.com/watch/i5aHZdnGtIu, http://www.playvid.com/watch/mZl0TCGxg7f, http://www.playvid.com/watch/gZlfz9ohYX3,
http://www.playvid.com/watch/MKqTeY8nmrT, http://www.playvid.com/watch/Upu9JqVlIgt, http://www.playvid.com/watch/WZ5TsEAh6bX,
http://www.playvid.com/watch/xpWmfmSoHG6, http://www.playvid.com/watch/jk4aETguc4v, http://www.playvid.com/watch/EVgI7hCB5ZI,
http://www.playvid.com/watch/scsGOvZrlqa, http://www.playvid.com/watch/9iGgKge2P9i, http://www.playvid.com/watch/fB7DJYLUYu0,
http://www.playvid.com/watch/QqCcpNjGwp7, http://www.playvid.com/watch/0-XlKENymXP, http://www.playvid.com/watch/mnAgy066w9P,
http://www.playvid.com/watch/WZ30mvntir7, http://www.playvid.com/watch/L7jgiAV8wMu, http://www.playvid.com/watch/iZKpeXX8QIn,
http://www.playvid.com/watch/ExPyJ0CGKcy, http://www.playvid.com/watch/KMCKX5lGgv8, http://www.playvid.com/watch/OBpKJyG2LrG,
http://www.playvid.com/watch/wF2tLphRRsw, http://www.playvid.com/watch/jTd3WhIHoJg, http://www.playvid.com/watch/xfigNcPD3ci,
http://www.playvid.com/watch/vZwJsfscNNr, http://www.playvid.com/watch/pG36BzvKtR-, http://www.playvid.com/watch/POo8MbkZXaw,
http://www.playvid.com/watch/TRIytaZXoLg, http://www.playvid.com/watch/3FVCyKLqRlP, http://www.playvid.com/watch/5iycmPXEwfD,
http://www.playvid.com/watch/wI7RXkOCr4L, http://www.playvid.com/watch/-ItJghJuoEt, http://www.playvid.com/watch/RkRsDNJm6Oz,
http://www.playvid.com/watch/3RJvIJH2M0x, http://www.playvid.com/watch/H70DSwJNvgX, http://www.playvid.com/watch/6WV46tfLmz4,
http://www.playvid.com/watch/wXXHO6WYot-, http://www.playvid.com/watch/ApufKr4lVFt, http://www.playvid.com/watch/hJw3MMOtCTq,
http://www.playvid.com/watch/3IluGq8UGnt, http://www.playvid.com/watch/QhUTay5vFcC, http://www.playvid.com/watch/K9zARecikvy,
http://www.playvid.com/watch/iP3Lx6P0xPw, http://www.playvid.com/watch/6JgByMmkLVW, http://www.playvid.com/watch/2pVIOHArosu,
http://www.playvid.com/watch/VdgEvjOW0wI, http://www.playvid.com/watch/92hnQXrfBhc, http://www.playvid.com/watch/tBsGY9KHquE,
http://www.playvid.com/watch/EGXSpM0dIpB, http://www.playvid.com/watch/eAxqiB5VD4P, http://www.playvid.com/watch/f4oRueikTzk,
http://www.playvid.com/watch/BoZbcL-meA8, http://www.playvid.com/watch/T-avaJoip46, http://www.playvid.com/watch/-SyEW7BOhyF,
http://www.playvid.com/watch/B6vwbAhQ2K5, http://www.playvid.com/watch/gmSfewIACnp, http://www.playvid.com/watch/7Aqmnpi-YMz,
http://www.playvid.com/watch/ma6sHDuRvEr, http://www.playvid.com/watch/UPO2QqoiMTL, http://www.playvid.com/watch/4Rx7fDJ8fcR,
http://www.playvid.com/watch/vpfLZzS2OlG, http://www.playvid.com/watch/GTQqV2DNbox, http://www.playvid.com/watch/sIep69rEhWV,
http://www.playvid.com/watch/FOXRRMEeSPx, http://www.playvid.com/watch/GFTcEB3LWPC, http://www.playvid.com/watch/rWrrnee47Rg,
http://www.playvid.com/watch/fQEg0UvvIfL, http://www.playvid.com/watch/BslIBAoEEDG, http://www.playvid.com/watch/3Ez3SH7Fht8,
http://www.playvid.com/watch/95rxuOdIxTh, http://www.playvid.com/watch/Sch4OAzZ6xN, http://www.playvid.com/watch/6hQGvygGNQE,
http://www.playvid.com/watch/l6FPgiA63g7, http://www.playvid.com/watch/X3PRwPKWp4i, http://www.playvid.com/watch/NEHmqyMSkuG,
http://www.playvid.com/watch/ljUJ3NGes32, http://www.playvid.com/watch/TPYd-X5RP2E, http://www.playvid.com/watch/EIAEsVSErNn,
http://www.playvid.com/watch/W8cVfxmpzZJ, http://www.playvid.com/watch/6b30xKVkO5L, http://www.playvid.com/watch/lFsiLkrzlXD,
http://www.playvid.com/watch/VVPLnEi3EzB, http://www.playvid.com/watch/Pgma2zhWpfQ, http://www.playvid.com/watch/HjpqOI-HVlr,
http://www.playvid.com/watch/oMuQyuK-y6d, http://www.playvid.com/watch/nZfiG6NLxvP, http://www.playvid.com/watch/36NBkVRdR42,
http://www.playvid.com/watch/C5RUuCGI6Ra, http://www.playvid.com/watch/t4QMLoagEin, http://www.playvid.com/watch/OkoLdNSnvJU,
http://www.playvid.com/watch/FCC98jHSkje, http://www.playvid.com/watch/N9DfUGiizRe, http://www.playvid.com/watch/OImMl7NdGMY,
http://www.playvid.com/watch/ewGSEWVXjcY, http://www.playvid.com/watch/jHappbgVu0G, http://www.playvid.com/watch/9etCzvVV7DE,
http://www.playvid.com/watch/u-zVx06Rao0, http://www.playvid.com/watch/Rax2pcICe30, http://www.playvid.com/watch/uyeso7QOkTR,
http://www.playvid.com/watch/nCYUZyo0fzT, http://www.playvid.com/watch/UYjYosN-W2D, http://www.playvid.com/watch/i89qvSmrSt9,
http://www.playvid.com/watch/NJHVsVqfx2T, http://www.playvid.com/watch/Rn-PUBJcA5A, http://www.playvid.com/watch/vefZzN39Sm5,
http://www.playvid.com/watch/UiJOF7KBxVF, http://www.playvid.com/watch/p-FwExNhG7q, http://www.playvid.com/watch/3S8MdkKTwFT,
http://www.playvid.com/watch/TjyY6tUiH4N, http://www.playvid.com/watch/VkMW3DtGCyf, http://www.playvid.com/watch/b5IVpzjgBGc,
http://www.playvid.com/watch/oflxxSO7WeK, http://www.playvid.com/watch/hZ4VZbus4HG, http://www.playvid.com/watch/zg3wRzdb0sI,
http://www.playvid.com/watch/tMZSy2k-8DK, http://www.playvid.com/watch/3Rpsd-uIHeg, http://www.playvid.com/watch/FVejv85o40f,
http://www.playvid.com/watch/fSL62r0PV5I, http://www.playvid.com/watch/s2kqxhTrPfx, http://www.playvid.com/watch/wVv8K9xdCQo,
http://www.playvid.com/watch/rY-tcNCC0v2, http://www.playvid.com/watch/xjoFiMXin-X, http://www.playvid.com/watch/P8T0CHFUF4p,
http://www.playvid.com/watch/MN2yidjkiIx, http://www.playvid.com/watch/T3jnSWeYLkI, http://www.playvid.com/watch/pLsI0B3kPVu,
http://www.playvid.com/watch/Ca5ipgAuSsL, http://www.playvid.com/watch/Hu85X56d7bq, http://www.playvid.com/watch/DrTOmeLyDiD,
http://www.playvid.com/watch/cQ9JKXJEhNb, http://www.playvid.com/watch/A7eKr9OJpQO, http://www.playvid.com/watch/0rPjlzWVURb,
http://www.playvid.com/watch/R6JDOeomnpf, http://www.playvid.com/watch/6zgKGLSQ5gk, http://www.playvid.com/watch/Jh6I8fjpxJj,
http://www.playvid.com/watch/x84M885KZBD, http://www.playvid.com/watch/D7BigAVWikV, http://www.playvid.com/watch/hSCBki4VDj5,
http://www.playvid.com/watch/HxMUTlKJ4wM, http://www.playvid.com/watch/tQ9Knb8SPwF, http://www.playvid.com/watch/sDQzdaJTvr2,
http://www.playvid.com/watch/UrI4KrIOntz, http://www.playvid.com/watch/WIhzoKSFwTy, http://www.playvid.com/watch/yEpHvWMPYsV,
http://www.playvid.com/watch/GiO7qh7j668, http://www.playvid.com/watch/7TIuc9wWojg, http://www.playvid.com/watch/NMv6hhbQBsE,
http://www.playvid.com/watch/2nDjox0oArL, http://www.playvid.com/watch/HKhBIf7LoK6, http://www.playvid.com/watch/UbIqPh0lWNj,
http://www.playvid.com/watch/PB2g5nZAKus, http://www.playvid.com/watch/zf7aXfTXxlW, http://www.playvid.com/watch/4p4hJSeI6Ou,
http://www.playvid.com/watch/Cmby4NMxUrO, http://www.playvid.com/watch/6N68CAGKvfH, http://www.playvid.com/watch/SYOTQvfK2iK,
http://www.playvid.com/watch/PYzih24H-NR, http://www.playvid.com/watch/TsaXP3VkJ0t, http://www.playvid.com/watch/gL4PngwotqJ,
http://www.playvid.com/watch/4s6bHSYNBXM, http://www.playvid.com/watch/iw5fcMrippo, http://www.playvid.com/watch/VUkjOXWbHeP,
http://www.playvid.com/watch/QHmVb4diBcl, http://www.playvid.com/watch/Rnd2inRKvSE, http://www.playvid.com/watch/Mi7O2hMOmLd,
http://www.playvid.com/watch/HWaFqCYZYA6, http://www.playvid.com/watch/9Z5WAwiqrHq, http://www.playvid.com/watch/KF5M8wDZUAs,
http://www.playvid.com/watch/4kREsbReMgx, http://www.playvid.com/watch/uP9ZBfQq2zQ, http://www.playvid.com/watch/s33cQjrFLAD,
http://www.playvid.com/watch/2wQpRmNqZL2, http://www.playvid.com/watch/fIgaYhRxaJp, http://www.playvid.com/watch/q9UKSxqIghF,
http://www.playvid.com/watch/0UIe9-DNVAR, http://www.playvid.com/watch/9fkhjMEgRdJ, http://www.playvid.com/watch/b7USd7d8rqx,
http://www.playvid.com/watch/4YvUMZYYpXy, http://www.playvid.com/watch/qaQy72BeIe9, http://www.playvid.com/watch/Mwe-dQbRF5X,
http://www.playvid.com/watch/ZvXFlIc5ozb, http://www.playvid.com/watch/L2feN9RkIob, http://www.playvid.com/watch/zBL3ih3YAx0,
http://www.playvid.com/watch/s4dBR75FaLA, http://www.playvid.com/watch/Ya5LOMNatzc, http://www.playvid.com/watch/26iXJI8zRGz,
http://www.playvid.com/watch/o6BRiOV3cMD, http://www.playvid.com/watch/NcFgKMDr3c9, http://www.playvid.com/watch/htqYrlqvzYo,
http://www.playvid.com/watch/NotXFU-roso, http://www.playvid.com/watch/5r9lmTSeYip, http://www.playvid.com/watch/62EVOis2m5m,
http://www.playvid.com/watch/lx4wTD7oROq, http://www.playvid.com/watch/FR8jWMjlBy5, http://www.playvid.com/watch/62vlTsyX5Xf,
http://www.playvid.com/watch/8FUnOLciNT7, http://www.playvid.com/watch/kWq4avxRA0C, http://www.playvid.com/watch/6jARQJNdSXW,
http://www.playvid.com/watch/NiJa8qEgWQ2, http://www.playvid.com/watch/c4OZ-FVpCwz, http://www.playvid.com/watch/X3hSTFxuBhU,
http://www.playvid.com/watch/P6P6rDfwL5z, http://www.playvid.com/watch/poJJSSj0lI2, http://www.playvid.com/watch/e8L-FMLXJpq,
http://www.playvid.com/watch/4UyFHSn5Zxa, http://www.playvid.com/watch/hbuWVEiMbty, http://www.playvid.com/watch/YCKLxYTc3lP,
http://www.playvid.com/watch/fkjBXhggPTe, http://www.playvid.com/watch/uQloBdlKJ5B, http://www.playvid.com/watch/oEMU0eNrgel,
http://www.playvid.com/watch/2Tb-RLPs0Ou, http://www.playvid.com/watch/AgShVjOAXrA, http://www.playvid.com/watch/5XJ4zeH50mY,
http://www.playvid.com/watch/2YgPKt69gmG, http://www.playvid.com/watch/xerbRwpAX0w, http://www.playvid.com/watch/kCbhZH9SCHx,
http://www.playvid.com/watch/uplyYrS8-GU, http://www.playvid.com/watch/xtZ2eMn8Bbt, http://www.playvid.com/watch/edkqmc-Nf0U,
http://www.playvid.com/watch/arkyJ6ECOs5, http://www.playvid.com/watch/FxYXOMvtD7P, http://www.playvid.com/watch/kY1lFiLv9zE,
http://www.playvid.com/watch/LmNufHjXxOe, http://www.playvid.com/watch/uT5bDwNr1VP, http://www.playvid.com/watch/OhbVxLg2g4i,
http://www.playvid.com/watch/VLhEOpgYzP8, http://www.playvid.com/watch/5SwGrqN0faN, http://www.playvid.com/watch/66ve5PfuOX8,
http://www.playvid.com/watch/yCwiQn_oJI6, http://www.playvid.com/watch/RVjNBIwbN1y, http://www.playvid.com/watch/38qLZU4MsV2,

http://www.playvid.com/watch/emiHEoAVXHS, http://www.playvid.com/watch/y77NVS9cq62, http://www.playvid.com/watch/v6eK6Nr2jfH,
http://www.playvid.com/watch/Ryhlv832nZf, http://www.playvid.com/watch/jnZcz7D13wh, http://www.playvid.com/watch/9uLaq01h5Zp,
http://www.playvid.com/watch/Wwj1qchJm-O, http://www.playvid.com/watch/6LmGXMzRDH3, http://www.playvid.com/watch/g_t4eBDB4QG,
http://www.playvid.com/watch/epfi2W8_5IF, http://www.playvid.com/watch/PUlloqdOA_u, http://www.playvid.com/watch/CbTxwELaZLd,
http://www.playvid.com/watch/k8Qx9SfKzJO, http://www.playvid.com/watch/c5soyTs5CvE, http://www.playvid.com/watch/0iqvyNqdzdG,
http://www.playvid.com/watch/tRia8qegW62, http://www.playvid.com/watch/CErJS4x5JxE, http://www.playvid.com/watch/OBMXc6XNPTi,
http://www.playvid.com/watch/4SVvS4nRu8n, http://www.playvid.com/watch/qhefg3pJCqw, http://www.playvid.com/watch/TYBVAxzZ7Ye,
http://www.playvid.com/watch/k2TPv3SlV-A, http://www.playvid.com/watch/7zyebRLwx3K, http://www.playvid.com/watch/JystflQw7ZV,
http://www.playvid.com/watch/nJpAnx6NhZg, http://www.playvid.com/watch/2kogy4Al0gZ, http://www.playvid.com/watch/TKMdnJ0XUVD,
http://www.playvid.com/watch/QPjyVmdQfSQ, http://www.playvid.com/watch/zZjN2oiXkjc, http://www.playvid.com/watch/PYiIkEsqMAM,
http://www.playvid.com/watch/zr0iDhT-CGG, http://www.playvid.com/watch/72Z65jFFyaN, http://www.playvid.com/watch/JbJXB3LvpNF,
http://www.playvid.com/watch/uQZkKmo5iaD, http://www.playvid.com/watch/gkmPXfLVpLy, http://www.playvid.com/watch/F_YN3VcJIJA,
http://www.playvid.com/watch/dCqbfLNkDlP, http://www.playvid.com/watch/vkxKOccvz_P, http://www.playvid.com/watch/lj992K-g6kx,
http://www.playvid.com/watch/71qgge9Eg4d, http://www.playvid.com/watch/jTkXlvIbSpB, http://www.playvid.com/watch/U_xUg-i8vFp,
http://www.playvid.com/watch/iPcHl9b92jx, http://www.playvid.com/watch/X8dTTXO2PEy, http://www.playvid.com/watch/VP3e4-UrSkY,
http://www.playvid.com/watch/u8V0Pl98dqh, http://www.playvid.com/watch/U65JF4stqAb, http://www.playvid.com/watch/oL5EltbFQbN,
http://www.playvid.com/watch/bIOpbtwg7xW, http://www.playvid.com/watch/sKBOJ9Ktlrb, http://www.playvid.com/watch/ykh21Jzu8P0,
http://www.playvid.com/watch/uY0ncABDJsk, http://www.playvid.com/watch/teFpZs_dnkv, http://www.playvid.com/watch/loXRZ_xjpn0,
http://www.playvid.com/watch/EBReN6bcViz, http://www.playvid.com/watch/rDQ180Rh8e7, http://www.playvid.com/watch/fxU88xYIWu9,
http://www.playvid.com/watch/W8x_bVgc1FO, http://www.playvid.com/watch/3IRJMCWsbBV, http://www.playvid.com/watch/RuyTeaBQJ5p,
http://www.playvid.com/watch/Hs3bloRst2J, http://www.playvid.com/watch/8_eZC5XAPgz, http://www.playvid.com/watch/WchrHyIJKbH,
http://www.playvid.com/watch/OK6AAdvQDFT, http://www.playvid.com/watch/j8ye002WR4v, http://www.playvid.com/watch/Vo-CyBNRv_a,
http://www.playvid.com/watch/kfa0QICBPfs, http://www.playvid.com/watch/irWo304nEIx, http://www.playvid.com/watch/MLCpFcR9u9H,
http://www.playvid.com/watch/WKRougjWZLM, http://www.playvid.com/watch/mKUKkEOwNuW, http://www.playvid.com/watch/s7WsLGwaUxf,
http://www.playvid.com/watch/s-uYB4j904j, http://www.playvid.com/watch/MxaSe-sw0hd, http://www.playvid.com/watch/AHgK_U2aM5r,
http://www.playvid.com/watch/FFTnEy7WOY4, http://www.playvid.com/watch/l5j2hGT7CUX, http://www.playvid.com/watch/dqhu3sPoyeD,
http://www.playvid.com/watch/tRT5PAMCJBb, http://www.playvid.com/watch/tuz6qGps_Bn, http://www.playvid.com/watch/diGxIaztFaJ,
http://www.playvid.com/watch/UNetfS3BKn4, http://www.playvid.com/watch/TLlid8sT_hY, http://www.playvid.com/watch/4DFjUoz3v-F,
http://www.playvid.com/watch/uQQ-LeT5wp8, http://www.playvid.com/watch/TvbGUlBG2Sp, http://www.playvid.com/watch/em8so0jahaC,
http://www.playvid.com/watch/RX9kzPDb2H4, http://www.playvid.com/watch/mLlXyHUTYib, http://www.playvid.com/watch/YPBW0ed1Fjy,
http://www.playvid.com/watch/b2pybA1LDGH, http://www.playvid.com/watch/e9cR6oSv5-Q, http://www.playvid.com/watch/TA0ADau0kRx,
http://www.playvid.com/watch/MInFENPxDU2, http://www.playvid.com/watch/ICCe0MOHaHo, http://www.playvid.com/watch/4hcG0IZO-iT,
http://www.playvid.com/watch/2fh6-2aWi42, http://www.playvid.com/watch/ViqjTGuM6yz, http://www.playvid.com/watch/sU_LZuNiQQ2,
http://www.playvid.com/watch/Wwj5ifb1Hql, http://www.playvid.com/watch/6f-bXWBZi42, http://www.playvid.com/watch/zvNg63yUDsR,
http://www.playvid.com/watch/RM2xXCHnOwL, http://www.playvid.com/watch/pdIXrJHaxKh, http://www.playvid.com/watch/05W7aWEneTm,
http://www.playvid.com/watch/lXsq2J_pwIf, http://www.playvid.com/watch/TYaJTcFjYvc, http://www.playvid.com/watch/nF9o3iSPmoG,
http://www.playvid.com/watch/S9qiKxfAiDs, http://www.playvid.com/watch/iaNl_w0oebj, http://www.playvid.com/watch/7TkyLrKzWju,
http://www.playvid.com/watch/X5ydKj7r5eK, http://www.playvid.com/watch/G0RCDuAaNYI, http://www.playvid.com/watch/yeNvCYu1RZu,
http://www.playvid.com/watch/rDk0doy4xcb, http://www.playvid.com/watch/HrKsy0qJw1V, http://www.playvid.com/watch/Uu2VtB1wJiK,
http://www.playvid.com/watch/g94GRro-TUt, http://www.playvid.com/watch/TN1qQWhjpBk, http://www.playvid.com/watch/zPUa_kw0tFx,
http://www.playvid.com/watch/Lh2cY3pgl1l, http://www.playvid.com/watch/Ybyx3ynGmGI, http://www.playvid.com/watch/vVZSAV-_imn,
http://www.playvid.com/watch/TdD88blBb1C, http://www.playvid.com/watch/XY_ecDEZkRp, http://www.playvid.com/watch/m7z5_5bRByF,
http://www.playvid.com/watch/Q0J0PRg0Hoo, http://www.playvid.com/watch/J_bv-svUs7Z, http://www.playvid.com/watch/4m8ycD3MB6Y,
http://www.playvid.com/watch/qTERfblBWiV, http://www.playvid.com/watch/G4SnHNG70WZ, http://www.playvid.com/watch/kdBdjXn4avd,
http://www.playvid.com/watch/93DTx4DGjgO, http://www.playvid.com/watch/BKILyejXjhW, http://www.playvid.com/watch/rC2-qBCEdRw,
http://www.playvid.com/watch/89GKptOC7tb, http://www.playvid.com/watch/UkDobcQUctY, http://www.playvid.com/watch/dm7tYWGTVNR,
http://www.playvid.com/watch/wrrQSJOW2-N, http://www.playvid.com/watch/pSUFuufZGkj, http://www.playvid.com/watch/tO57BfR2LYM,
http://www.playvid.com/watch/UIevoD-N5y3, http://www.playvid.com/watch/5C871Bf8Ef5, http://www.playvid.com/watch/rrOEXIc6Mgi,
http://www.playvid.com/watch/CuLFszLbusm, http://www.playvid.com/watch/6yksqL2MW_5, http://www.playvid.com/watch/G20d2ZlaDeR,
http://www.playvid.com/watch/LdYtaLhUY2W, http://www.playvid.com/watch/52igdFXBNks, http://www.playvid.com/watch/vD6kf1S1p-k,
http://www.playvid.com/watch/SpxdDu8ahAn, http://www.playvid.com/watch/7xZCvewIISy, http://www.playvid.com/watch/E1RhdljTTil,
http://www.playvid.com/watch/jjEs4_zYdwc, http://www.playvid.com/watch/vTbNhS3f2G2, http://www.playvid.com/watch/sm0UFozwe8T,
http://www.playvid.com/watch/abvAIRgMBsT, http://www.playvid.com/watch/5dCn7NdEen2, http://www.playvid.com/watch/C3fIAJldvud,
http://www.playvid.com/watch/RPTV4ugFI63, http://www.playvid.com/watch/LBlKqFOH_4q, http://www.playvid.com/watch/LASyqiwlcBA,
http://www.playvid.com/watch/sErv8uWzKNY, http://www.playvid.com/watch/qFnCPoO7lYS, http://www.playvid.com/watch/PwuriZvVso7,
http://www.playvid.com/watch/ioyMiqX2tRW, http://www.playvid.com/watch/busYuhFBjE9, http://www.playvid.com/watch/65XIwkZFnVO,
http://www.playvid.com/watch/PjmvBGneg_6, http://www.playvid.com/watch/2NcuhbXJIEl, http://www.playvid.com/watch/o9Ax3iFW2QE,
http://www.playvid.com/watch/DwlsW1SqmiZ, http://www.playvid.com/watch/8zZUr0vXYO8, http://www.playvid.com/watch/5REM48VTu3C,
http://www.playvid.com/watch/wrjGBSz3tT6, http://www.playvid.com/watch/H_Tz7mktFwu, http://www.playvid.com/watch/hJd-NAtH3OW,
http://www.playvid.com/watch/2epDaeiZoQS, http://www.playvid.com/watch/BarZMHEaTzC, http://www.playvid.com/watch/qIWtUGqmiX8,
http://www.playvid.com/watch/Kj1rxcg45Xz, http://www.playvid.com/watch/yfwtQAQSAVq, http://www.playvid.com/watch/TEecmVFyrPR,
http://www.playvid.com/watch/U-pxisX3Tke, http://www.playvid.com/watch/EROBGtJBuUE, http://www.playvid.com/watch/9SZbzRgCY8M,
http://www.playvid.com/watch/mPnLhJKb4Ui, http://www.playvid.com/watch/sllkA8a1CdY, http://www.playvid.com/watch/flzPR4Zlb44,
http://www.playvid.com/watch/ifm0aDReb9s, http://www.playvid.com/watch/jMB0Ov4W7Q4, http://www.playvid.com/watch/semGk8_FX-M,
http://www.playvid.com/watch/ZHJyTtGVVOg, http://www.playvid.com/watch/t1MrPmIPRcl, http://www.playvid.com/watch/lG1pC--IgR2,
http://www.playvid.com/watch/5QCBMFjFMbi, http://www.playvid.com/watch/ogawI2yA4y7, http://www.playvid.com/watch/papepMh4B4c,
http://www.playvid.com/watch/mmqPMhrYnLE, http://www.playvid.com/watch/bb0mzxXMveo, http://www.playvid.com/watch/5T3AKbjGS5v,
http://www.playvid.com/watch/mkuWZkaPpUA, http://www.playvid.com/watch/XkFtjfZkDMx, http://www.playvid.com/watch/430jaXfCpNn,
http://www.playvid.com/watch/o5tL_0MOzwZ, http://www.playvid.com/watch/I1Xx57rCR0x, http://www.playvid.com/watch/HqJUxGHOcYj,
http://www.playvid.com/watch/ijEjzUMl7qI, http://www.playvid.com/watch/k1iyojNaD66, http://www.playvid.com/watch/mKzUqKlW0cV,
http://www.playvid.com/watch/Kvyrqh_3kXi, http://www.playvid.com/watch/SaQZ0d2l102, http://www.playvid.com/watch/JzFsxNFi5lJ,
http://www.playvid.com/watch/U7wCMbWnREk, http://www.playvid.com/watch/9AKRW61ZVqH, http://www.playvid.com/watch/Gty8yUZ_IGn,
http://www.playvid.com/watch/9p31FcBRE7A, http://www.playvid.com/watch/kxLXMh1-rnp, http://www.playvid.com/watch/TaiNnLJGbZO,
http://www.playvid.com/watch/eM9rzidr_GB, http://www.playvid.com/watch/0RZzqWb978F, http://www.playvid.com/watch/ZV77mgJNFop,
http://www.playvid.com/watch/HhwsVohuMTU, http://www.playvid.com/watch/0D8fKxmJmEM, http://www.playvid.com/watch/QNZhLib8ItA,
http://www.playvid.com/watch/Rp1ohRU9get, http://www.playvid.com/watch/kh5MSWkVpsm, http://www.playvid.com/watch/NOfjuB75D7H,
http://www.playvid.com/watch/843Wpu_hsMK, http://www.playvid.com/watch/8gymWNzfwbT, http://www.playvid.com/watch/wISFH5X79OR,
http://www.playvid.com/watch/u-dgEo1gbwi, http://www.playvid.com/watch/Oh-FqJsfC68, http://www.playvid.com/watch/mioeHCXLjj7,
http://www.playvid.com/watch/swXLYwhRF3e, http://www.playvid.com/watch/2qhKawrnALQ, http://www.playvid.com/watch/Ih1A2DL_xPD,
http://www.playvid.com/watch/Z92nPX5v3oI, http://www.playvid.com/watch/EC4E13gfNQR, http://www.playvid.com/watch/JkrbkEZBGxM,
http://www.playvid.com/watch/yMrbznQJYAO, http://www.playvid.com/watch/OqWKklHl1lY, http://www.playvid.com/watch/izquDWpfqWz,
http://www.playvid.com/watch/YjwCHr84n4J, http://www.playvid.com/watch/5_En2P9Vp8U, http://www.playvid.com/watch/lIgy_gi0nnE,
http://www.playvid.com/watch/dz09Tcgb01b, http://www.playvid.com/watch/9Q921HX4Tmc, http://www.playvid.com/watch/LVL-KzYxpWV,
http://www.playvid.com/watch/mmpKcr150mv, http://www.playvid.com/watch/9ggcFSSP0p0, http://www.playvid.com/watch/Q2N1z-Aq95Z,
http://www.playvid.com/watch/76jdI4I64hQ, http://www.playvid.com/watch/XpTP6Y5ekMl, http://www.playvid.com/watch/ZDJcKCkgnRZ,
http://www.playvid.com/watch/L1nJGs_nUN6, http://www.playvid.com/watch/AIaLZq5xsgI, http://www.playvid.com/watch/lh61dMzZGPN,
http://www.playvid.com/watch/QcHdDMZeqyk, http://www.playvid.com/watch/dJ5s8d7BEOG, http://www.playvid.com/watch/U_XvGg31GOg,
http://www.playvid.com/watch/Stjn774pTJc, http://www.playvid.com/watch/UwndXBuLUYb, http://www.playvid.com/watch/MzepPOPtEkg,
http://www.playvid.com/watch/gXcL2TqzPI2, http://www.playvid.com/watch/EQTq6TDSbqx, http://www.playvid.com/watch/CuWSV52Qx64,
http://www.playvid.com/watch/Vf_ZJ4ftO4C, http://www.playvid.com/watch/rUXLaUxF4te, http://www.playvid.com/watch/Zqgu0BkSx5l,
http://www.playvid.com/watch/E93lOswiRFo, http://www.playvid.com/watch/h0nhuzfQWvj, http://www.playvid.com/watch/FWiOATLQtxP,
http://www.playvid.com/watch/nW5iLcX4wxC, http://www.playvid.com/watch/jbU13fh0uVp, http://www.playvid.com/watch/MD_JCA3vcJu,
http://www.playvid.com/watch/BN7RoIO_ebD, http://www.playvid.com/watch/jqhwA69cM6p, http://www.playvid.com/watch/p3hUl4hze09,
http://www.playvid.com/watch/RONc3f4Bwmk, http://www.playvid.com/watch/AB64w2pVMcb, http://www.playvid.com/watch/iAAPrwFUtmC,
http://www.playvid.com/watch/0u8V39mWL7p
5.f. Date of third notice: 2015-08-24 19:55:55

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: thisguy1
5.b. Uploader's email address: markox5@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/thisguy1
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Z7UAhoWFqv4, http://www.playvid.com/watch/VVQQmqnDFGL, http://www.playvid.com/watch/UL0w7vNhlXU, http://www.playvid.com/watch/MALwunsd7lr, http://www.playvid.com/watch/b5rf_nslOxo, http://www.playvid.com/watch/dqgv96Ps2lF, http://www.playvid.com/watch/Go1yGk38VnH, http://www.playvid.com/watch/CutE0sLwK4u, http://www.playvid.com/watch/Q_4ZotMhx9i, http://www.playvid.com/watch/fxTyGVHCodH, http://www.playvid.com/watch/RzTpgcDci6G, http://www.playvid.com/watch/6tHiFZdBiKh, http://www.playvid.com/watch/QEu0aiSSuT6, http://www.playvid.com/watch/fhrRCuutLEt, http://www.playvid.com/watch/aj1FagRMxMa, http://www.playvid.com/watch/TQilUSmJbzm, http://www.playvid.com/watch/pYHpfkizQKC, http://www.playvid.com/watch/YqsGvONsZU2, http://www.playvid.com/watch/Gb88w_ovc19, http://www.playvid.com/watch/v6Rl7mqw-CA, http://www.playvid.com/watch/Wvea1Jnl3iW, http://www.playvid.com/watch/QkE6B2e31P4, http://www.playvid.com/watch/SV4I87RgXA7, http://www.playvid.com/watch/4uutCuQ2Mjg, http://www.playvid.com/watch/Sd_afz7ywq4, http://www.playvid.com/watch/KsSDNSdZHHO, http://www.playvid.com/watch/C4KHUPQnabL, http://www.playvid.com/watch/KFui51mruZH, http://www.playvid.com/watch/BN_L8vOJNyI, http://www.playvid.com/watch/ET8FeqB1L9j, http://www.playvid.com/watch/L_9DIxlWveD, http://www.playvid.com/watch/4Bt6PE1kqCw, http://www.playvid.com/watch/8S1e5F2wM_2, http://www.playvid.com/watch/vAWmP5n9bsX, http://www.playvid.com/watch/5YkSbYs6hJN, http://www.playvid.com/watch/40DjcAK3Jzh, http://www.playvid.com/watch/qZl6bdgBGjM, http://www.playvid.com/watch/4a8Uh6aBl8u, http://www.playvid.com/watch/QDslewVzhl5, http://www.playvid.com/watch/SGtTBm-pRJf, http://www.playvid.com/watch/ohF9s0AJMys, http://www.playvid.com/watch/nMl2XwtbOU9, http://www.playvid.com/watch/rWIgnWfxXdb, http://www.playvid.com/watch/mQ1c9bHBooY, http://www.playvid.com/watch/ONgraj3NRxQ, http://www.playvid.com/watch/utpaLcfkP6D, http://www.playvid.com/watch/kxSkN50o1lP, http://www.playvid.com/watch/TnQh-UWwhLH, http://www.playvid.com/watch/y1g5vaIkF5T, http://www.playvid.com/watch/lN4Y_8RsnyM, http://www.playvid.com/watch/7OmvjGdITjl, http://www.playvid.com/watch/0O47zxD4ACr, http://www.playvid.com/watch/D2KJS2yo9jd, http://www.playvid.com/watch/UlcN7gXrjoN, http://www.playvid.com/watch/6pJOP3vewxo, http://www.playvid.com/watch/sSbcVj8F6ku, http://www.playvid.com/watch/NvSdwGa9Td5, http://www.playvid.com/watch/WvaQVy6xe3i, http://www.playvid.com/watch/vzULRHhJbpK, http://www.playvid.com/watch/D93IsiBvKax, http://www.playvid.com/watch/qLA31YUy03x, http://www.playvid.com/watch/dfCJgMdEroJ, http://www.playvid.com/watch/fnYhupILfZs, http://www.playvid.com/watch/YMXb55cwxW6, http://www.playvid.com/watch/KePZXKnvMJz
5.f. Date of third notice: 2014-08-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: timbu
5.b. Uploader's email address: alexdooglas@yahoo.de
5.d. Uploader's profile: http://www.playvid.com/member/timbu
5.e. List of videos posted by uploader: http://www.playvid.com/watch/SkoLKU4R4GU, http://www.playvid.com/watch/yBA-bqtXoco, http://www.playvid.com/watch/BMywORCby2C, http://www.playvid.com/watch/xZyz8zokDeY, http://www.playvid.com/watch/CnACw-CRHhX, http://www.playvid.com/watch/xl0biEtdqtL, http://www.playvid.com/watch/biIfB-rj93b, http://www.playvid.com/watch/poiZRUOXnIV, http://www.playvid.com/watch/6y8Nf05spbN, http://www.playvid.com/watch/JY4zdPTuClY, http://www.playvid.com/watch/BxNEYW7WkmH, http://www.playvid.com/watch/WpUzDN4e26q, http://www.playvid.com/watch/jOT7bXqat8F, http://www.playvid.com/watch/cwbhtr9Tu5h, http://www.playvid.com/watch/LfX4E5vZ9Rk, http://www.playvid.com/watch/sZr94-rEzKT, http://www.playvid.com/watch/Wglo376-slj, http://www.playvid.com/watch/2Petg8-kBs6, http://www.playvid.com/watch/VmtkuDHTdKZ, http://www.playvid.com/watch/97iewNoVE0t, http://www.playvid.com/watch/xHU6heuBJqo, http://www.playvid.com/watch/m4jlp4G9hHV, http://www.playvid.com/watch/Pj9BGd6tMV6, http://www.playvid.com/watch/Enj3e2L4b75, http://www.playvid.com/watch/6MA0cVVfu64, http://www.playvid.com/watch/TR6Y8ZOIx5Q, http://www.playvid.com/watch/HY7RqWgBeQE, http://www.playvid.com/watch/ztmHDpvjbgP, http://www.playvid.com/watch/-jFeT2owZii, http://www.playvid.com/watch/3JXN0k7BPbE, http://www.playvid.com/watch/iVeLclYJD-M, http://www.playvid.com/watch/4tFvPgMElc3, http://www.playvid.com/watch/deFIAM22t9z, http://www.playvid.com/watch/AC5oXHoqC4H, http://www.playvid.com/watch/57gTmHvhftb, http://www.playvid.com/watch/I7t6HfLEUhG, http://www.playvid.com/watch/ZY34NJeNvBb, http://www.playvid.com/watch/YvX7tfjQ-9d, http://www.playvid.com/watch/cHWAQxNzK3G, http://www.playvid.com/watch/lOms9rGF9wg, http://www.playvid.com/watch/DQjGudcukdX, http://www.playvid.com/watch/ipqRfHO6Aws, http://www.playvid.com/watch/Muhuty9AFSI, http://www.playvid.com/watch/mikqQc7s6wc, http://www.playvid.com/watch/nZPhZzBt-ck, http://www.playvid.com/watch/L9hcqK77NdW, http://www.playvid.com/watch/w8MCDdaysKA, http://www.playvid.com/watch/GpxTftIwHeK, http://www.playvid.com/watch/-8VQie2lO2z, http://www.playvid.com/watch/2QeD77ilL9y, http://www.playvid.com/watch/9dHg7sI2kiu, http://www.playvid.com/watch/IrhxM45WutC, http://www.playvid.com/watch/hYY2c3KBFF7, http://www.playvid.com/watch/4Iw6eJok88l, http://www.playvid.com/watch/rC--u6ZHd4C, http://www.playvid.com/watch/GXwweMIYE8Z, http://www.playvid.com/watch/aiCFjqHfOpL, http://www.playvid.com/watch/RKJOugKL9kG, http://www.playvid.com/watch/bpn6xbbzZNU, http://www.playvid.com/watch/ApHwMAecRE2, http://www.playvid.com/watch/ZV2tQwit7TU, http://www.playvid.com/watch/EiGHv6-UDkH, http://www.playvid.com/watch/KDl-spEpy4F, http://www.playvid.com/watch/gPHR4sjbJiK, http://www.playvid.com/watch/q3pKodBzKE8, http://www.playvid.com/watch/OJD9iR0bMGm, http://www.playvid.com/watch/74uveGfQNCh, http://www.playvid.com/watch/qoPyPBfKuD3, http://www.playvid.com/watch/tOWF3oaGqpA, http://www.playvid.com/watch/lT5omPW-m6s, http://www.playvid.com/watch/UjCWqYUUdjO, http://www.playvid.com/watch/jTUHzJ-uPt-, http://www.playvid.com/watch/CUudsrRSJzM, http://www.playvid.com/watch/8wko6-SKyYV, http://www.playvid.com/watch/k0vZnx05yFe, http://www.playvid.com/watch/ugALbJLlVaM, http://www.playvid.com/watch/AG4kdmZZSRe, http://www.playvid.com/watch/4uyKIQpj0fO, http://www.playvid.com/watch/MPDD83IGw5-, http://www.playvid.com/watch/pFVns2hiv3S, http://www.playvid.com/watch/hGQsxlG5-ZO, http://www.playvid.com/watch/6d8O2rNcDQg, http://www.playvid.com/watch/6sLRxvoWb04, http://www.playvid.com/watch/EJYyB8IwoS8, http://www.playvid.com/watch/QRkEJivwvqZ, http://www.playvid.com/watch/oMS7RcqInEF, http://www.playvid.com/watch/Oc6CakybXud, http://www.playvid.com/watch/2ri-wyPy3GH, http://www.playvid.com/watch/qxSgSNj5BPg, http://www.playvid.com/watch/jYwPeXNA-RK, http://www.playvid.com/watch/-NMdG-WJFXj, http://www.playvid.com/watch/eARbvvE79OE, http://www.playvid.com/watch/ORHgHpzeJW9, http://www.playvid.com/watch/NEp39yZImFv, http://www.playvid.com/watch/8KpQjDbfOSw, http://www.playvid.com/watch/5RnnemglXP2, http://www.playvid.com/watch/SuG6amDcHUN
5.f. Date of third notice: 2015-06-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: timerlan
5.b. Uploader's email address: rashidaleex@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/timerlan
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4LX1hSOvtEr, http://www.playvid.com/watch/ASCxMdGoUXQ, http://www.playvid.com/watch/jX-JeAAKv6Z, http://www.playvid.com/watch/qUqYWBrk9QO, http://www.playvid.com/watch/QM03Krvp00S, http://www.playvid.com/watch/cFZ38HJWeh4, http://www.playvid.com/watch/FABfkZ9d4lC, http://www.playvid.com/watch/yYdqAyLf7wn, http://www.playvid.com/watch/PwGP8yNxNjG, http://www.playvid.com/watch/BBe4mR1b3GB, http://www.playvid.com/watch/Qt8I2bXsffn, http://www.playvid.com/watch/iL16JMaVSOE, http://www.playvid.com/watch/V5eMriZ6Ngg, http://www.playvid.com/watch/OnuNOo4zRBq, http://www.playvid.com/watch/yv_7Qf4Y_WT, http://www.playvid.com/watch/54twUwiK6VS, http://www.playvid.com/watch/PETMkq4d2Nw, http://www.playvid.com/watch/EzGN1TF5G4Q, http://www.playvid.com/watch/W-7b9nr-V5A, http://www.playvid.com/watch/5V0osIDwUXt, http://www.playvid.com/watch/uI9NIBCUBFN, http://www.playvid.com/watch/GIJbpbjlMeC, http://www.playvid.com/watch/NnblYZvGfAY, http://www.playvid.com/watch/MnuePE0PX7g, http://www.playvid.com/watch/IEN-V1aCRCD, http://www.playvid.com/watch/v0NZ2lVWTFp, http://www.playvid.com/watch/Keo5jR0Nu8G, http://www.playvid.com/watch/FuR-FxtGuRV, http://www.playvid.com/watch/rc3Ha_UUeJ7, http://www.playvid.com/watch/UPgPR6SpHFj, http://www.playvid.com/watch/UoAc4jrgHGu, http://www.playvid.com/watch/UZ9QU84VDaT, http://www.playvid.com/watch/JIyg_oUaV80, http://www.playvid.com/watch/RNAUwOtzHWc, http://www.playvid.com/watch/phrnCf3FAnS, http://www.playvid.com/watch/nQlMoDRjczn, http://www.playvid.com/watch/pfg3dOrzWcK, http://www.playvid.com/watch/9e3I1qA7Xim, http://www.playvid.com/watch/GBqDj0Xzry3, http://www.playvid.com/watch/JFSu0rNTYdu, http://www.playvid.com/watch/CrK0U2k2HhB, http://www.playvid.com/watch/SH043g-rWOJ, http://www.playvid.com/watch/L6xCTOSZZHc, http://www.playvid.com/watch/SzzHAxkgzNp, http://www.playvid.com/watch/x8r-oIsUmLz, http://www.playvid.com/watch/Fj-v8d5AxwC, http://www.playvid.com/watch/UpwPbG5lQUg, http://www.playvid.com/watch/xAERqtx1YQd, http://www.playvid.com/watch/3Lyje3Ks9aR, http://www.playvid.com/watch/7L3KxJVz3_Y, http://www.playvid.com/watch/YZNikXZ4H0D, http://www.playvid.com/watch/2oLcQXuKZ0l, http://www.playvid.com/watch/CdhIw7NqX6X, http://www.playvid.com/watch/xuDzbQ-_yAA, http://www.playvid.com/watch/J88homxZ4Np, http://www.playvid.com/watch/b2qugTFC4CP, http://www.playvid.com/watch/5Ix-136TUO4, http://www.playvid.com/watch/YQWUWrWYDVz, http://www.playvid.com/watch/UzBTyA3QKTO, http://www.playvid.com/watch/A8GRQV_5CPn, http://www.playvid.com/watch/hrsOBKzKqvr, http://www.playvid.com/watch/sMhOET6laIY, http://www.playvid.com/watch/ms-Kq5RQgkf, http://www.playvid.com/watch/u4-umcfoqGO, http://www.playvid.com/watch/BRaOZRJRIJp, http://www.playvid.com/watch/KRlvMHWa2Bq, http://www.playvid.com/watch/ne6pRmzF9ov, http://www.playvid.com/watch/nZ9n1OzlrN6, http://www.playvid.com/watch/wJ92gAQYmNw, http://www.playvid.com/watch/7IrAFPgWOEE, http://www.playvid.com/watch/w4Mibp3D_KZ,

http://www.playvid.com/watch/y36uflUEDcF, http://www.playvid.com/watch/Wfz5PfwyVuP, http://www.playvid.com/watch/RFUxcp_Jmg5, http://www.playvid.com/watch/ZVYDXpq85jC, http://www.playvid.com/watch/TsOqKJGPbDJ, http://www.playvid.com/watch/DzPCpfcik6t, http://www.playvid.com/watch/HnfMIaXULc6, http://www.playvid.com/watch/UKiI8vyAnTS, http://www.playvid.com/watch/LLL0DV89Thg, http://www.playvid.com/watch/dDZUbb10224, http://www.playvid.com/watch/o8GLk19FuL6, http://www.playvid.com/watch/FLctwLJJtC7, http://www.playvid.com/watch/FT57fnXFzXl, http://www.playvid.com/watch/hvCvZRpxeMS, http://www.playvid.com/watch/Po40RoADjcc, http://www.playvid.com/watch/uOwyquvgEec, http://www.playvid.com/watch/BcHg4JJ-z1J, http://www.playvid.com/watch/lt7uEuA0l2s, http://www.playvid.com/watch/dg5Hy4Wh7EO, http://www.playvid.com/watch/ePiJSpNjY3z, http://www.playvid.com/watch/JYCKHVu-it6, http://www.playvid.com/watch/hZbSdVUllgg, http://www.playvid.com/watch/5Uf8Igt732g, http://www.playvid.com/watch/QCNi8vyO2sm, http://www.playvid.com/watch/M1BQIQ8Cm0P, http://www.playvid.com/watch/ycV_ACAksDb, http://www.playvid.com/watch/Ho1RtCnuobF, http://www.playvid.com/watch/N_ePNkxJkur, http://www.playvid.com/watch/w9CMWhi5Qcl, http://www.playvid.com/watch/T0QwklPGY6Y, http://www.playvid.com/watch/nrX7b8HFUyH, http://www.playvid.com/watch/4wSs2biuUkV, http://www.playvid.com/watch/rBU1VFf0tcw, http://www.playvid.com/watch/Z5m__sF8r0m, http://www.playvid.com/watch/A8oNdtmyEcR, http://www.playvid.com/watch/uDDto4NkBw9, http://www.playvid.com/watch/KIEKvmTGBAl, http://www.playvid.com/watch/fbrEql5J8Xk, http://www.playvid.com/watch/TGa-EkgSBK2, http://www.playvid.com/watch/na0h9srJfSh, http://www.playvid.com/watch/ZlBq4lZHZy9, http://www.playvid.com/watch/8vA_s9WVk6d, http://www.playvid.com/watch/Qdir6ZLURoR, http://www.playvid.com/watch/2mKfumxa7-8, http://www.playvid.com/watch/Sb5hiL8xSV8, http://www.playvid.com/watch/e4XqzavopCi, http://www.playvid.com/watch/aGzr575aQZT, http://www.playvid.com/watch/7g1FB0gkOIT, http://www.playvid.com/watch/R3UCBxaT-wJ, http://www.playvid.com/watch/huf_P8ECEAC, http://www.playvid.com/watch/fc0Bzmvb5fl, http://www.playvid.com/watch/0lKLlvMBMAO, http://www.playvid.com/watch/3NIpHOrYpHo, http://www.playvid.com/watch/zQi8IQpD_rX, http://www.playvid.com/watch/5D7zKWd7Qn7, http://www.playvid.com/watch/IpYN86D7ZBV, http://www.playvid.com/watch/3KwzQCuAQLj, http://www.playvid.com/watch/81Jbc94QsRP, http://www.playvid.com/watch/7c_UUtbW0sG, http://www.playvid.com/watch/WC2tOto3Xsy, http://www.playvid.com/watch/FU0xdbZ6pMY, http://www.playvid.com/watch/qFx9YtM7aNQ, http://www.playvid.com/watch/hoR0F4WNusZ, http://www.playvid.com/watch/kRQyLmqCClD, http://www.playvid.com/watch/JiU0m1Bo24g, http://www.playvid.com/watch/vbVWugB3Vxa, http://www.playvid.com/watch/H31ea8AUxV2, http://www.playvid.com/watch/P63CwynSbMi, http://www.playvid.com/watch/azqM6xWIiMl, http://www.playvid.com/watch/vzj6zL3tLV4, http://www.playvid.com/watch/dWZoNfoQOxD, http://www.playvid.com/watch/yQlOlXSR4KG, http://www.playvid.com/watch/qbLhQEmzYpD, http://www.playvid.com/watch/fkl8csiX3_2, http://www.playvid.com/watch/gQxyrjzE9wx, http://www.playvid.com/watch/Hgf3nHU84Vj, http://www.playvid.com/watch/SzPJ_IscyO5, http://www.playvid.com/watch/9I_go0IwLxD, http://www.playvid.com/watch/wc0AHphDk_b, http://www.playvid.com/watch/Sx5krk8tqvL, http://www.playvid.com/watch/sXjAdKrR736, http://www.playvid.com/watch/rq1UzMcbd1T, http://www.playvid.com/watch/OuwT4Nz0Fw7, http://www.playvid.com/watch/lyQ80OErVdP, http://www.playvid.com/watch/k43ljUdLXof, http://www.playvid.com/watch/qdBJOmraZ6R, http://www.playvid.com/watch/RfihbyKBYpJ, http://www.playvid.com/watch/ehjUN6EiIC6, http://www.playvid.com/watch/MKWR4DYLnj3, http://www.playvid.com/watch/Rc2ONJAiPaQ, http://www.playvid.com/watch/PSyye2Ij2XC, http://www.playvid.com/watch/ezWfeoUtLO0, http://www.playvid.com/watch/oUoS_3Klpb2, http://www.playvid.com/watch/7Z_M7DXELG4, http://www.playvid.com/watch/WDpaAKM27gi, http://www.playvid.com/watch/zR5BcXJTgdT, http://www.playvid.com/watch/2SE-bMeMkcz, http://www.playvid.com/watch/ttVeoyDFzHc, http://www.playvid.com/watch/HnA70ueiS-o, http://www.playvid.com/watch/rHOZcwpUlUp, http://www.playvid.com/watch/NzEeG3AYLrK, http://www.playvid.com/watch/5Jjg2YfGH3L, http://www.playvid.com/watch/xwrSiHD5t0I, http://www.playvid.com/watch/BNqzwLue_7M, http://www.playvid.com/watch/S9Tk6ycfw2Q, http://www.playvid.com/watch/RXnrytnKoeC, http://www.playvid.com/watch/ohazTsHGfon, http://www.playvid.com/watch/HgAwfHeqivf, http://www.playvid.com/watch/t3JH-CuZEn0, http://www.playvid.com/watch/XST5mg4LqzD, http://www.playvid.com/watch/RwWadZgaHVz, http://www.playvid.com/watch/Xsc-03os8YZ, http://www.playvid.com/watch/DwDOHbei2I2, http://www.playvid.com/watch/EyClBv0F41I, http://www.playvid.com/watch/9fGGKHQ2mwf, http://www.playvid.com/watch/vl-tN8W4d_9, http://www.playvid.com/watch/syND1u7nxOU, http://www.playvid.com/watch/0XA2TrjCZj5, http://www.playvid.com/watch/TMV-MoYQVq7, http://www.playvid.com/watch/aaR9dePhv-3, http://www.playvid.com/watch/qORTnliUnj6, http://www.playvid.com/watch/OxEHqECywOU, http://www.playvid.com/watch/irvuV6BdjRX, http://www.playvid.com/watch/ZmzbPECg5aU, http://www.playvid.com/watch/NUOpPDVXPP7, http://www.playvid.com/watch/eFTg-Ma3KxM, http://www.playvid.com/watch/pyYWV4AyDlv, http://www.playvid.com/watch/mwNMCZbPVnL, http://www.playvid.com/watch/fuEHJi16Vn9, http://www.playvid.com/watch/hpyFlcQlOR8, http://www.playvid.com/watch/SrCW-SZgPr5, http://www.playvid.com/watch/dd36butyDEK, http://www.playvid.com/watch/QjJ-EshBd3X, http://www.playvid.com/watch/SakVGk91W2C, http://www.playvid.com/watch/BaU6EW9jooJ, http://www.playvid.com/watch/pn_LhtvFnzt, http://www.playvid.com/watch/LmlBOQh527C, http://www.playvid.com/watch/9GD6iauMOAK, http://www.playvid.com/watch/uXwkTrVq2mW, http://www.playvid.com/watch/ZTliCPboXqX, http://www.playvid.com/watch/lrhI9ZiCPBU, http://www.playvid.com/watch/JuJAuxj9fYX, http://www.playvid.com/watch/eMOxIAeoAlb, http://www.playvid.com/watch/X5ssjjIgtlW, http://www.playvid.com/watch/8lf9vXqvfBx, http://www.playvid.com/watch/eZxUKWDaAIZ, http://www.playvid.com/watch/ESIdkApDsAy, http://www.playvid.com/watch/BmVKcNimIVn, http://www.playvid.com/watch/XewJs9n7-UZ, http://www.playvid.com/watch/bkIXyI-gvze, http://www.playvid.com/watch/d4RBHUfWHp5, http://www.playvid.com/watch/OcSh4m7UCkW, http://www.playvid.com/watch/KgvVJmYczYa, http://www.playvid.com/watch/woC109XMYoU, http://www.playvid.com/watch/jikBkVFruZ2, http://www.playvid.com/watch/sXDeO7qqseN, http://www.playvid.com/watch/e4DGyy6ovYC, http://www.playvid.com/watch/pdL1XmjLJMi, http://www.playvid.com/watch/TOhC6OsKTkI, http://www.playvid.com/watch/QqSd2BLgqHq, http://www.playvid.com/watch/CvGTzSQsqrf, http://www.playvid.com/watch/mTajK7esmB7, http://www.playvid.com/watch/nBnhBsCdNxg, http://www.playvid.com/watch/Qp7CFYPs-9g, http://www.playvid.com/watch/3wCIzc_Qe8p, http://www.playvid.com/watch/wMDGVaNclzy, http://www.playvid.com/watch/WFf6IIo9fhb, http://www.playvid.com/watch/6SCFIHDfgsG, http://www.playvid.com/watch/fC7Tw0QbCsb, http://www.playvid.com/watch/h6-dVke6ylS, http://www.playvid.com/watch/TcJijiLT5Da, http://www.playvid.com/watch/CPbb5yvSmCf, http://www.playvid.com/watch/MZnP8c5ubPQ, http://www.playvid.com/watch/5PAqDhjyU1m, http://www.playvid.com/watch/mSl9oC8vOC0, http://www.playvid.com/watch/wMnem8ba5MO, http://www.playvid.com/watch/7MrQL8a4SOu, http://www.playvid.com/watch/aZfTXTq_Of5, http://www.playvid.com/watch/XCcTnqe3jlV, http://www.playvid.com/watch/N77aK37eKq8, http://www.playvid.com/watch/BqL6y7Dw2g7, http://www.playvid.com/watch/idmVQsx0jFj, http://www.playvid.com/watch/G1rSp8Sr3VK, http://www.playvid.com/watch/YyGWh7-dXu8, http://www.playvid.com/watch/9SlkyuByW5A, http://www.playvid.com/watch/EEH1cApzRT3, http://www.playvid.com/watch/LjFefzTZRD4, http://www.playvid.com/watch/UFgCdK8aMDA, http://www.playvid.com/watch/Tkho87OXQuY, http://www.playvid.com/watch/gWJkVMjrguy, http://www.playvid.com/watch/cWGGF5p-0SA, http://www.playvid.com/watch/8-rjIyMvkUU, http://www.playvid.com/watch/j6qYRaLGJ78, http://www.playvid.com/watch/u8oym6welSo, http://www.playvid.com/watch/HS8nqtsi7nk, http://www.playvid.com/watch/mWyN4MFUQxP, http://www.playvid.com/watch/3pLrBEyAVOM, http://www.playvid.com/watch/W-Rjjb0DBwp, http://www.playvid.com/watch/eyL90u0AOIh, http://www.playvid.com/watch/4ojPeU7RmiE, http://www.playvid.com/watch/rANmxLMjuKW, http://www.playvid.com/watch/tivJzhH7L2K, http://www.playvid.com/watch/H8P6_Pb7oH2, http://www.playvid.com/watch/MJVjfLwIWMM, http://www.playvid.com/watch/5SX922keIPq, http://www.playvid.com/watch/aiiSVaWYWwi, http://www.playvid.com/watch/pPrJtjt0Eqx, http://www.playvid.com/watch/jWWrQoG1hmE, http://www.playvid.com/watch/SUrDK-baB-Z, http://www.playvid.com/watch/cT-zrGt4-SN, http://www.playvid.com/watch/bVTedFM9qKi, http://www.playvid.com/watch/2M-Hp-1zblJ, http://www.playvid.com/watch/qypMPcYBuSZ, http://www.playvid.com/watch/yDGm-sWWPak, http://www.playvid.com/watch/S0z4wjdhDlK, http://www.playvid.com/watch/gtbRuAdGmWt, http://www.playvid.com/watch/THgpy2O3VHj, http://www.playvid.com/watch/hLXrlTrvdmp, http://www.playvid.com/watch/ChMdMg9ovA4, http://www.playvid.com/watch/NrWja8EhP1L, http://www.playvid.com/watch/v-R8HsdwPK4
5.f. Date of third notice: 2014-04-10
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: timonfree
5.b. Uploader's email address: erickmilter@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/timonfree
5.e. List of videos posted by uploader: http://www.playvid.com/watch/thz5kGsf64n, http://www.playvid.com/watch/oxS1JYQWnSY, http://www.playvid.com/watch/JUkAmtrfijT, http://www.playvid.com/watch/AmsDV50HHfO, http://www.playvid.com/watch/D5F6oiGpv_j, http://www.playvid.com/watch/DGfLUsWrV2h, http://www.playvid.com/watch/JUGGjgSBYQl, http://www.playvid.com/watch/UVvd3c5KJQf, http://www.playvid.com/watch/FCvE3AZPgGa, http://www.playvid.com/watch/6kgZyLGE7mh, http://www.playvid.com/watch/s6oH43QAltu, http://www.playvid.com/watch/Fjsk_AB9CE4, http://www.playvid.com/watch/Hsreh1vfn5J, http://www.playvid.com/watch/zHNFBSOv32M, http://www.playvid.com/watch/ALk0RWi1W3y, http://www.playvid.com/watch/VPNy0SJZ6ZN, http://www.playvid.com/watch/Uq8SFnubT_N, http://www.playvid.com/watch/JG6wPzx2Uc3, http://www.playvid.com/watch/EQwgO6dj_bl, http://www.playvid.com/watch/Hb1aoN0aPOV, http://www.playvid.com/watch/IFZm2BWq2z2, http://www.playvid.com/watch/MjtFvAnIWtu, http://www.playvid.com/watch/xvuhNB4X5gN, http://www.playvid.com/watch/xVG_MUYn3GI, http://www.playvid.com/watch/GCoqdZs-t63, http://www.playvid.com/watch/wtqYiIqp4YV, http://www.playvid.com/watch/wVxCsVM6tIJ, http://www.playvid.com/watch/k6MOhlYUiFW, http://www.playvid.com/watch/YhpfkwhjpqA, http://www.playvid.com/watch/X2dIiKS38Q9, http://www.playvid.com/watch/0mb8jjL7BAq, http://www.playvid.com/watch/cypjjczS24l, http://www.playvid.com/watch/t3UV7Y0Eype, http://www.playvid.com/watch/4x4h5iwW4hV, http://www.playvid.com/watch/sT1ZViyMTDf, http://www.playvid.com/watch/9dztERaXG0i, http://www.playvid.com/watch/Il3hfLoaUnl, http://www.playvid.com/watch/wx_5di9sqHr, http://www.playvid.com/watch/bSto2t5Z1Qx, http://www.playvid.com/watch/s1LGrQiF4vC, http://www.playvid.com/watch/iJDZ7mhmU0h, http://www.playvid.com/watch/8QUr03VPkiw, http://www.playvid.com/watch/lJL1fNhMHVs, http://www.playvid.com/watch/asVYvQJIxcV, http://www.playvid.com/watch/pfcCARo44fV, http://www.playvid.com/watch/o9M2W4E3MVZ, http://www.playvid.com/watch/J46uFwtJ4wk,

http://www.playvid.com/watch/jGeqMcvU11V, http://www.playvid.com/watch/E8Aima4Zs9w, http://www.playvid.com/watch/K7QxnxnURbE,
http://www.playvid.com/watch/vxo6YbxGJBH, http://www.playvid.com/watch/nHhpJ53fBVu, http://www.playvid.com/watch/rzWtmx7PrqP,
http://www.playvid.com/watch/UmFUejCEeRI, http://www.playvid.com/watch/6_pq1i5pQpP, http://www.playvid.com/watch/bSM_flj95ie,
http://www.playvid.com/watch/TqVvqJGyqCi, http://www.playvid.com/watch/OGZAVp3tMfF, http://www.playvid.com/watch/lzv36IIIvXA,
http://www.playvid.com/watch/c5JoX_UiUyW, http://www.playvid.com/watch/bbTt05b9tDE, http://www.playvid.com/watch/Ewix4Ve25qQ,
http://www.playvid.com/watch/rXDQY0hi3Ka, http://www.playvid.com/watch/cS3tNG35d5L, http://www.playvid.com/watch/DS6sP65RaTq,
http://www.playvid.com/watch/etUii7v3h1s, http://www.playvid.com/watch/qBCpDU-CbP6, http://www.playvid.com/watch/Wq5yLwQiFFo,
http://www.playvid.com/watch/2DM1FE4oyEX, http://www.playvid.com/watch/kY0AIU-ui_J, http://www.playvid.com/watch/lz5z4v_P587,
http://www.playvid.com/watch/kr9Y4vO2FuO, http://www.playvid.com/watch/VEXjc0zSyoT, http://www.playvid.com/watch/KY6q4-h9E9R,
http://www.playvid.com/watch/pQezwKKzQWr, http://www.playvid.com/watch/Y4j3TtrnT4c, http://www.playvid.com/watch/MqnCEA-Girv,
http://www.playvid.com/watch/SY3ZuQNEBuB, http://www.playvid.com/watch/CW1FlpmMxnN, http://www.playvid.com/watch/6zW0lClRHjR,
http://www.playvid.com/watch/4-11ue5tpw9, http://www.playvid.com/watch/CEjleov4B8r, http://www.playvid.com/watch/qOvvAs5suWW,
http://www.playvid.com/watch/4As5zzHVWRg, http://www.playvid.com/watch/FZBzKxeulfX, http://www.playvid.com/watch/O5eVJeTjhmo,
http://www.playvid.com/watch/2eDL_8uBq7h, http://www.playvid.com/watch/GtKtuo5-7yy, http://www.playvid.com/watch/MCgTCxrD4Ns,
http://www.playvid.com/watch/5JRbpc0JvQJ, http://www.playvid.com/watch/G7I5hQ066MN, http://www.playvid.com/watch/5VrTQsrcYfN,
http://www.playvid.com/watch/hwOyn2hxAaB, http://www.playvid.com/watch/jSqxEwcPfQg, http://www.playvid.com/watch/DAA1XYC3Lha,
http://www.playvid.com/watch/Uw38yksBSG4, http://www.playvid.com/watch/7q67wV0cIc6, http://www.playvid.com/watch/Wj1QuQcQRRa,
http://www.playvid.com/watch/m_nLsiMZ-TA, http://www.playvid.com/watch/5Ki4gHTys63, http://www.playvid.com/watch/5keA0jksRNW,
http://www.playvid.com/watch/FdKS_IvGD4J, http://www.playvid.com/watch/L7bxvJeo3Ce, http://www.playvid.com/watch/5HpikLHCknc,
http://www.playvid.com/watch/2Q4lKZbKzzH, http://www.playvid.com/watch/hQFlUd_FQz4, http://www.playvid.com/watch/XJDM3JNLiSW,
http://www.playvid.com/watch/HufgxSlSXtv
5.f. Date of third notice: 2015-09-01 13:09:34
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Tina69
5.b. Uploader's email address: ballz@crazyballz.com
5.d. Uploader's profile: http://www.playvid.com/member/Tina69
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4CQkI2Ctard, http://www.playvid.com/watch/NFYgfnlOSc9,
http://www.playvid.com/watch/fWz23r7JKJQ, http://www.playvid.com/watch/4HXtXvVKzvq, http://www.playvid.com/watch/vcnrAbgOqCf,
http://www.playvid.com/watch/ixbJLOQv0Gd, http://www.playvid.com/watch/QQSJdNXgvOk, http://www.playvid.com/watch/2tvATkyQpfb,
http://www.playvid.com/watch/PNwyH-GoR5b, http://www.playvid.com/watch/rNp8mexeojM, http://www.playvid.com/watch/FWkwn8kKwBl,
http://www.playvid.com/watch/O2QWbI7kZeL, http://www.playvid.com/watch/udHZ4WpGAL-, http://www.playvid.com/watch/HyNcdj3-Gbt,
http://www.playvid.com/watch/nCErb6k95GE, http://www.playvid.com/watch/7qPxHYG9n0n, http://www.playvid.com/watch/VAaNXRqVenI,
http://www.playvid.com/watch/nuqZrHUtBIF, http://www.playvid.com/watch/XY53Uzve-6E, http://www.playvid.com/watch/mBRY5pQP2hL,
http://www.playvid.com/watch/NlNuHTQCLvi, http://www.playvid.com/watch/UheQneIFUNj, http://www.playvid.com/watch/Zuz8OFIn5W2,
http://www.playvid.com/watch/JCK5biAPFB8, http://www.playvid.com/watch/BQQA8PfKIhf, http://www.playvid.com/watch/uS3qf3tGImH,
http://www.playvid.com/watch/LBQrHMfa2bc, http://www.playvid.com/watch/Vmx7Ee32g9Z, http://www.playvid.com/watch/Kd7CgQKGTEC,
http://www.playvid.com/watch/E8m7Llhlpqt, http://www.playvid.com/watch/0XAc-tztFbr, http://www.playvid.com/watch/-eE7FynWzSw,
http://www.playvid.com/watch/ltRZCnygmkP, http://www.playvid.com/watch/twkNvfz3A0S, http://www.playvid.com/watch/ur7MJ5Djya8,
http://www.playvid.com/watch/o2BbhODyRJ-, http://www.playvid.com/watch/xiIUb7yGLaq, http://www.playvid.com/watch/6uFtdUCf4VU,
http://www.playvid.com/watch/JuLIos0e4eO, http://www.playvid.com/watch/8UkwOM4Gmb5, http://www.playvid.com/watch/y7YEJXt4fD9,
http://www.playvid.com/watch/dXv3jRAK0Mc, http://www.playvid.com/watch/3SYux5lZPa0, http://www.playvid.com/watch/MQ7uqGwrQTq,
http://www.playvid.com/watch/92ps-zfLBGW, http://www.playvid.com/watch/ZGQWO5lpooA, http://www.playvid.com/watch/d0ToxpkXzls,
http://www.playvid.com/watch/4bQthCmH75t, http://www.playvid.com/watch/FABOCfEpUKw, http://www.playvid.com/watch/Y2GwbUhe9qR,
http://www.playvid.com/watch/pGYMF5JOySK, http://www.playvid.com/watch/UyLEj7iUtO5, http://www.playvid.com/watch/35VmcHABOOC,
http://www.playvid.com/watch/GRjh6UXl6sq, http://www.playvid.com/watch/gRDVpLlfmUR, http://www.playvid.com/watch/WEpVuxxGBRh,
http://www.playvid.com/watch/wb4ZL57QiII, http://www.playvid.com/watch/aqO4qPFRdpA, http://www.playvid.com/watch/FgNNwJ7CwZ-,
http://www.playvid.com/watch/4yOh8MmklJI, http://www.playvid.com/watch/tdIXGnhm3qU, http://www.playvid.com/watch/6m5PI2FsQpx,
http://www.playvid.com/watch/vqMNw6Ry7Lf, http://www.playvid.com/watch/2-T9rALnpv6, http://www.playvid.com/watch/WAwAvW9bw9A,
http://www.playvid.com/watch/tlIsmAbw4na, http://www.playvid.com/watch/7k2hIFZRHJa, http://www.playvid.com/watch/ueWS5yyaia2,
http://www.playvid.com/watch/0JeEFY2XRg5, http://www.playvid.com/watch/7QeZYYhFRWc, http://www.playvid.com/watch/5Nde2To0nDB,
http://www.playvid.com/watch/MsupAI-JPLl, http://www.playvid.com/watch/mdXqCiDNHkw, http://www.playvid.com/watch/ZoH6if4W-Aw,
http://www.playvid.com/watch/87qO0e5VKrF, http://www.playvid.com/watch/TgsSAju-anS, http://www.playvid.com/watch/cPEHjI9Q8n-,
http://www.playvid.com/watch/S9GnE2iOS6B, http://www.playvid.com/watch/Pb5chGBLa9s, http://www.playvid.com/watch/wEcFiW0Dhzz,
http://www.playvid.com/watch/5StUjYPrI3p, http://www.playvid.com/watch/FzVoflrhNrH, http://www.playvid.com/watch/XNk3fPNHzGO,
http://www.playvid.com/watch/R6d9HG4tkdD, http://www.playvid.com/watch/eWjh6NCyvoA, http://www.playvid.com/watch/IrlOWn3cmIx,
http://www.playvid.com/watch/jSOFmo9s4Yv, http://www.playvid.com/watch/0UKah3bgwHn, http://www.playvid.com/watch/mfYdWewzmpX,
http://www.playvid.com/watch/q8S9RUd9DBk, http://www.playvid.com/watch/lD4ecLTgksJ, http://www.playvid.com/watch/aI2--WPIUW5,
http://www.playvid.com/watch/OCjjLDajKFA, http://www.playvid.com/watch/PX96AErepMI, http://www.playvid.com/watch/6gKNawXEQFL,
http://www.playvid.com/watch/coyvOzbc96p, http://www.playvid.com/watch/CBnU4-g-aBF, http://www.playvid.com/watch/5lrFhWuFO6b,
http://www.playvid.com/watch/mVApKOuJe4y, http://www.playvid.com/watch/--AsMSJRv5r, http://www.playvid.com/watch/HUR9hOEnSIx,
http://www.playvid.com/watch/MxMH7fDPe9h, http://www.playvid.com/watch/zchuG5M8N76, http://www.playvid.com/watch/aAITH5GnOvS,
http://www.playvid.com/watch/goWpD0WqkQs, http://www.playvid.com/watch/kmPczIIFv8j, http://www.playvid.com/watch/dUanvteDT4F,
http://www.playvid.com/watch/U6njiH-fVCA, http://www.playvid.com/watch/CLaIZSUbq88, http://www.playvid.com/watch/qkhDzmVReXm,
http://www.playvid.com/watch/BkFabfkiCb3, http://www.playvid.com/watch/WD30E4oW87Z, http://www.playvid.com/watch/erAlPupS2DQ,
http://www.playvid.com/watch/0Wde3KP927Z, http://www.playvid.com/watch/QgXtZD0Ck-o, http://www.playvid.com/watch/pKa2pT44lzQ,
http://www.playvid.com/watch/5GcoUPxUqry, http://www.playvid.com/watch/z2UWIqnIB5f, http://www.playvid.com/watch/MYx9XPQb00l,
http://www.playvid.com/watch/vN9JyXGhZe7, http://www.playvid.com/watch/BbwBM47Axch, http://www.playvid.com/watch/2vYh-f5PQj8,
http://www.playvid.com/watch/uWdJPeuo8Af, http://www.playvid.com/watch/daZ6mHePMrF, http://www.playvid.com/watch/bKIWcvw6ct8,
http://www.playvid.com/watch/cDK6H38PPjR, http://www.playvid.com/watch/YxvrJ0I3Oeu, http://www.playvid.com/watch/4jVAPqhagCb,
http://www.playvid.com/watch/GwZy4z7Z474, http://www.playvid.com/watch/ulXiPGjiwV8, http://www.playvid.com/watch/-B3tcJP5ytF,
http://www.playvid.com/watch/PzMun-BbmaD, http://www.playvid.com/watch/ufX942MrJRK, http://www.playvid.com/watch/7nSwIvjD9C8,
http://www.playvid.com/watch/geEt653meHX, http://www.playvid.com/watch/A2zI2sqvGZ4, http://www.playvid.com/watch/Znp5U0khPST,
http://www.playvid.com/watch/p3PzaRvdtJv, http://www.playvid.com/watch/Cxuf2Yrzwjx, http://www.playvid.com/watch/fsFpORhCfgA,
http://www.playvid.com/watch/KMTgQ9pKa2a, http://www.playvid.com/watch/OsSAKHkk1Qj, http://www.playvid.com/watch/wEYM1Y_nzQI,
http://www.playvid.com/watch/zkbhZpO95p9, http://www.playvid.com/watch/FKeGacOwh4v, http://www.playvid.com/watch/hqOFeh8j0qZ,
http://www.playvid.com/watch/5SYE-5WzbhZ, http://www.playvid.com/watch/0YG98Bn3pDT, http://www.playvid.com/watch/kXNBCE8FPO8,
http://www.playvid.com/watch/lY7q9OJWrj5, http://www.playvid.com/watch/dkzrF9gUR2o, http://www.playvid.com/watch/CZOMo13xm8V,
http://www.playvid.com/watch/UG2qBzTfpQC, http://www.playvid.com/watch/ILPjocg5Gep, http://www.playvid.com/watch/2Y8_JXGQNch,
http://www.playvid.com/watch/O2F6FjZZvUl, http://www.playvid.com/watch/T8UUUsxSuhT, http://www.playvid.com/watch/7xRAAtFQzU7,
http://www.playvid.com/watch/MfhWrNS0Cxt, http://www.playvid.com/watch/cL43P6spAse, http://www.playvid.com/watch/8ZcdoUaYoDs,
http://www.playvid.com/watch/FusVgBEFVKz, http://www.playvid.com/watch/4Hk16N-vOPl, http://www.playvid.com/watch/VmJ6mQwgUsA,
http://www.playvid.com/watch/sHAV93qD-fd, http://www.playvid.com/watch/W3biDPp9qjj, http://www.playvid.com/watch/80AmL1Q6EJu,
http://www.playvid.com/watch/qdGtGnkJ4uy, http://www.playvid.com/watch/JKHu5pz0ya8, http://www.playvid.com/watch/yg2Ae-X9Rvr,
http://www.playvid.com/watch/DJdarduONEu, http://www.playvid.com/watch/a8i6AbfVESH, http://www.playvid.com/watch/LTgAC6SoyPh,
http://www.playvid.com/watch/dm2bCdudmM9, http://www.playvid.com/watch/Ye-xJEWyPrG, http://www.playvid.com/watch/MBBvcn5kOAv,
http://www.playvid.com/watch/H0x8U934F3e, http://www.playvid.com/watch/f24j-VcTnW6, http://www.playvid.com/watch/ij4N4Z2VLGw,
http://www.playvid.com/watch/oDt3QtHHEcm, http://www.playvid.com/watch/if3pVrbO4Wx, http://www.playvid.com/watch/qwX7FbTgWV0,
http://www.playvid.com/watch/g2Osqx8W9sg, http://www.playvid.com/watch/VsyDj3m3h5L, http://www.playvid.com/watch/ChLinvvklbD,
http://www.playvid.com/watch/tIGWPZVSVgj, http://www.playvid.com/watch/6WOiSjoxAEO, http://www.playvid.com/watch/PWLLT9RCb9A,
http://www.playvid.com/watch/rCPr2UWl81s, http://www.playvid.com/watch/ncnfsURVYRn, http://www.playvid.com/watch/sFgpniHuvVU,
http://www.playvid.com/watch/nDPP-ZpKvD0, http://www.playvid.com/watch/BE-Sd-d9xte, http://www.playvid.com/watch/2tK7VXjwr6d,
http://www.playvid.com/watch/TccrTcSok_9, http://www.playvid.com/watch/ms6xuTp_Zo4, http://www.playvid.com/watch/6f0pfAvkBUY,
http://www.playvid.com/watch/m1I6z3591zB, http://www.playvid.com/watch/Vwcael_vbJB, http://www.playvid.com/watch/TizR5NSBHKT,
http://www.playvid.com/watch/NInMW0jgmkM, http://www.playvid.com/watch/jH83sSkcM9u
5.f. Date of third notice: 2014-01-11

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tissot
5.b. Uploader's email address: weartucson@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/tissot
5.e. List of videos posted by uploader: http://www.playvid.com/watch/x9c0GniWSMV, http://www.playvid.com/watch/6apJoX1fgHG, http://www.playvid.com/watch/5EP1jkcqqCp, http://www.playvid.com/watch/fGftLVOf_Rv, http://www.playvid.com/watch/hER5_5-Tshu, http://www.playvid.com/watch/GO_klgQda-8, http://www.playvid.com/watch/lMTS64h5TM4, http://www.playvid.com/watch/5KtGgcsj_lV, http://www.playvid.com/watch/FAr8D6lLnsR, http://www.playvid.com/watch/5DYcr92iwUa, http://www.playvid.com/watch/Fl0jqrhv_4M, http://www.playvid.com/watch/0uiR_FXin3x, http://www.playvid.com/watch/vadJYlHFZTD, http://www.playvid.com/watch/gtZui263c53, http://www.playvid.com/watch/S4NejqT6ymR, http://www.playvid.com/watch/b-jbXvXlr5d, http://www.playvid.com/watch/8KKsTBnLDgC, http://www.playvid.com/watch/Y_u1Ohj2LSt, http://www.playvid.com/watch/ORXrpwklyqr, http://www.playvid.com/watch/3vLkC6juIHU, http://www.playvid.com/watch/ut1rk7_0-Kj, http://www.playvid.com/watch/pXuujmLD0my, http://www.playvid.com/watch/ns7QqgOCEwg, http://www.playvid.com/watch/Nat8U10lZ0U, http://www.playvid.com/watch/hHtr1F3vGhp, http://www.playvid.com/watch/Ih1F9Llcx3U, http://www.playvid.com/watch/gjNjTtrwZj0, http://www.playvid.com/watch/3uD9pXASvQS, http://www.playvid.com/watch/aVXcq5MaI-B, http://www.playvid.com/watch/iPJ8FrQFkpx, http://www.playvid.com/watch/DlvPWHcTfs4, http://www.playvid.com/watch/yZ0micbrvcw, http://www.playvid.com/watch/GhdHaHW-vcY, http://www.playvid.com/watch/xxFYkAUgqYH, http://www.playvid.com/watch/newJupdLfyh, http://www.playvid.com/watch/jRwwC5Kik89, http://www.playvid.com/watch/OTA2SKLzAdA, http://www.playvid.com/watch/KB845wjywYJ, http://www.playvid.com/watch/7tqUtBYwGyS, http://www.playvid.com/watch/otfah7E60qw, http://www.playvid.com/watch/JHfEGoXYD56, http://www.playvid.com/watch/AGLF76EYrvR, http://www.playvid.com/watch/RkJjNWPP3Ci, http://www.playvid.com/watch/z-P4tyIUA9D, http://www.playvid.com/watch/Q2gp5nx54su, http://www.playvid.com/watch/ABVP2YWH-5r, http://www.playvid.com/watch/227HZO369PI, http://www.playvid.com/watch/M6JbwJV38pK, http://www.playvid.com/watch/I3NQXZldeGh, http://www.playvid.com/watch/FrM5IhxpePL, http://www.playvid.com/watch/uPg8BG2kl9B, http://www.playvid.com/watch/f-e3mth62Jb, http://www.playvid.com/watch/YLh5BQaut-7, http://www.playvid.com/watch/vC3PkHPmIDN, http://www.playvid.com/watch/YKtyIRlMmrY, http://www.playvid.com/watch/0KMe2KZvwey, http://www.playvid.com/watch/tXLF7XjEWy9, http://www.playvid.com/watch/7C3ikKYnWng, http://www.playvid.com/watch/Lcf3c_JMdd4, http://www.playvid.com/watch/oKct_kUU3Dn, http://www.playvid.com/watch/idbjp_MAXwO, http://www.playvid.com/watch/A5PQjjEIfWV, http://www.playvid.com/watch/D4G70AR6hbI, http://www.playvid.com/watch/zxIlBtwBcOh, http://www.playvid.com/watch/zb00BJhYhVd, http://www.playvid.com/watch/mpzHT1es12m, http://www.playvid.com/watch/VWPZDnucbfS, http://www.playvid.com/watch/TMOkLJODqiy, http://www.playvid.com/watch/T6h9YU4KF5m, http://www.playvid.com/watch/A6qNsLRkBIG, http://www.playvid.com/watch/EFcHqIlr9dB, http://www.playvid.com/watch/u-f1jZ2tsod, http://www.playvid.com/watch/enjgXHTi0GK, http://www.playvid.com/watch/7wVkQVbrkui, http://www.playvid.com/watch/x6pYUwLeHat, http://www.playvid.com/watch/LXgVcsU0hWg, http://www.playvid.com/watch/Cy08im7Obc9, http://www.playvid.com/watch/wBkZ-fzcEJ8, http://www.playvid.com/watch/FacGO0VjlZI, http://www.playvid.com/watch/v5LEsR3sYUH, http://www.playvid.com/watch/xz6kflRtHUO, http://www.playvid.com/watch/E_SjLNg5ZD6, http://www.playvid.com/watch/GPXxH6opEDA, http://www.playvid.com/watch/cURNJK1mDvI, http://www.playvid.com/watch/lrDfd2MFbBa, http://www.playvid.com/watch/KBjuX59Xp74, http://www.playvid.com/watch/zs6EzECUbhH, http://www.playvid.com/watch/9AJAAFMH4qY, http://www.playvid.com/watch/sFgXN1QaYa7, http://www.playvid.com/watch/EdaclYk72Da, http://www.playvid.com/watch/I1vqNJ36XrK, http://www.playvid.com/watch/iChAXQUaO4k, http://www.playvid.com/watch/97g4iyEfLQ4, http://www.playvid.com/watch/b3Dctpq-9sl, http://www.playvid.com/watch/TYbt_tqbWBY, http://www.playvid.com/watch/fqzb0TBMmCD, http://www.playvid.com/watch/2LuaA1N6xWe, http://www.playvid.com/watch/OLgRqTCjK3e, http://www.playvid.com/watch/qadSsxiwDal, http://www.playvid.com/watch/sAuGLvk3cn8, http://www.playvid.com/watch/3zbY9aXsBob, http://www.playvid.com/watch/0w9K88oX-vO, http://www.playvid.com/watch/rEmxO47rmjm, http://www.playvid.com/watch/i1J00PDfaVp, http://www.playvid.com/watch/X-PV_wYAHgO, http://www.playvid.com/watch/qVjjo-wqqVs, http://www.playvid.com/watch/dEXSfGAgyKe, http://www.playvid.com/watch/asEk9RllPIy, http://www.playvid.com/watch/YHU64h9LgVU, http://www.playvid.com/watch/N5m27PIX-ak, http://www.playvid.com/watch/9Gte8b23VjK, http://www.playvid.com/watch/3x9wxrW7l6w, http://www.playvid.com/watch/8DhX4soV4ux, http://www.playvid.com/watch/eXFeUt-V8uB, http://www.playvid.com/watch/OUtniPfL2P9, http://www.playvid.com/watch/ZAkeAHuQrO9, http://www.playvid.com/watch/EBLmy8rOlKC, http://www.playvid.com/watch/4t81n9V7mxW, http://www.playvid.com/watch/89PYz1FwaDn, http://www.playvid.com/watch/ENCzWLYFR8u, http://www.playvid.com/watch/RpfHT__kP1N, http://www.playvid.com/watch/iAE_S26Z6rZ, http://www.playvid.com/watch/p2k-2XsKkKx, http://www.playvid.com/watch/6IQzeywy5Hc, http://www.playvid.com/watch/pU_AqGb79zN, http://www.playvid.com/watch/PLNryoyVbPA, http://www.playvid.com/watch/xfFt75EyVIB, http://www.playvid.com/watch/vrY6UUCuGG5, http://www.playvid.com/watch/jL2W7lIGBS7, http://www.playvid.com/watch/ae3xejRsB6W, http://www.playvid.com/watch/LiMub3ARHvl, http://www.playvid.com/watch/pzBDO2Bmczs, http://www.playvid.com/watch/UMZxCNPHflL, http://www.playvid.com/watch/d_0D3Oj3DjW, http://www.playvid.com/watch/9412G3diz7I, http://www.playvid.com/watch/3H_RcQbdEEZ, http://www.playvid.com/watch/VbqrNZe7s5Z, http://www.playvid.com/watch/fCh2rVORunA
5.f. Date of third notice: 2014-03-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tom1985
5.b. Uploader's email address: volfsontom@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/tom1985
5.e. List of videos posted by uploader: http://www.playvid.com/watch/po9Ero7bjgZ, http://www.playvid.com/watch/zkAVyzwKoZK, http://www.playvid.com/watch/h7WWWeyhqrO, http://www.playvid.com/watch/ieGXvWE4Eyd, http://www.playvid.com/watch/PHTbMj0pGSt, http://www.playvid.com/watch/ly3eIdik2wZ, http://www.playvid.com/watch/PHMrx3u6ZZr, http://www.playvid.com/watch/bljRbETrbxJ, http://www.playvid.com/watch/69kSRd8eaXr, http://www.playvid.com/watch/042YnxWulX2, http://www.playvid.com/watch/7PvMGm9Xpuy, http://www.playvid.com/watch/DLYKrm4FKnp, http://www.playvid.com/watch/zwDyuxePapL, http://www.playvid.com/watch/uFWKPVh4daE, http://www.playvid.com/watch/MYUUQ6K7mHB, http://www.playvid.com/watch/wjz5VSp7ZxS, http://www.playvid.com/watch/8pnYk0uPeKc, http://www.playvid.com/watch/bNBhpDUIm2y, http://www.playvid.com/watch/r5YgNvoj7An, http://www.playvid.com/watch/CkNLPwD7lFQ, http://www.playvid.com/watch/ey238a4Qu--, http://www.playvid.com/watch/GgCqwVJJGcp, http://www.playvid.com/watch/dPJoogTc2gj, http://www.playvid.com/watch/6rzjwHzzkZp, http://www.playvid.com/watch/QtQeDBe92zC, http://www.playvid.com/watch/kJ9maP8utUF, http://www.playvid.com/watch/8pyVA2PkhKh, http://www.playvid.com/watch/-JySQA3hy5d, http://www.playvid.com/watch/B6wWZ9WwU27, http://www.playvid.com/watch/KzajJ30hTcf, http://www.playvid.com/watch/eMRH7J2sQaM, http://www.playvid.com/watch/9PMrwXFsE2U, http://www.playvid.com/watch/oYkscYxVRbu, http://www.playvid.com/watch/WHnPtOVmWDY, http://www.playvid.com/watch/CbEcNYdELOU, http://www.playvid.com/watch/0E-soyFf7Jy, http://www.playvid.com/watch/zFXa4Yh8v7Z, http://www.playvid.com/watch/eL6rRbNMFl0, http://www.playvid.com/watch/wSQFEpASoht, http://www.playvid.com/watch/5Y5c5TrG6Kn, http://www.playvid.com/watch/NL42WQj-h4B, http://www.playvid.com/watch/jey5GIAf2La, http://www.playvid.com/watch/mm5woQVLPCx, http://www.playvid.com/watch/tzvqPLueuan, http://www.playvid.com/watch/5vq85Lspjh3, http://www.playvid.com/watch/hcIGsWime7n, http://www.playvid.com/watch/62-66r0tNJ-, http://www.playvid.com/watch/cgk4uBxcMRf, http://www.playvid.com/watch/nZ38OLjApvH, http://www.playvid.com/watch/qP7w2kA2kc3, http://www.playvid.com/watch/8waMb0c8OHp, http://www.playvid.com/watch/NSwCvtwqq0R, http://www.playvid.com/watch/w0CFZYchzpv, http://www.playvid.com/watch/rlsfYtXUcyF, http://www.playvid.com/watch/-yNgUaHU7NA, http://www.playvid.com/watch/gFpudkSdMIe, http://www.playvid.com/watch/i4QLzVXpPYQ, http://www.playvid.com/watch/TuvXCW0my3y, http://www.playvid.com/watch/u5aw6M9-BDJ, http://www.playvid.com/watch/3nFYoUmSOWV, http://www.playvid.com/watch/bBK0jHsMYJq, http://www.playvid.com/watch/b380m42GfMt, http://www.playvid.com/watch/zBijul7CpcX, http://www.playvid.com/watch/uBLM4PLoVAZ, http://www.playvid.com/watch/cgb-JuYyqBh, http://www.playvid.com/watch/3qWEpUXrovF, http://www.playvid.com/watch/YdDfYRe7jAG, http://www.playvid.com/watch/BGMJHJgE0IS, http://www.playvid.com/watch/EZsn9WUhmKX, http://www.playvid.com/watch/Y770LLiqeFp, http://www.playvid.com/watch/NHvuttLqQvV, http://www.playvid.com/watch/Fls4nVp2h2k, http://www.playvid.com/watch/DhRvi-kS5EY, http://www.playvid.com/watch/C0ehivuUxrQ, http://www.playvid.com/watch/2yBIk0sZ3sz, http://www.playvid.com/watch/z8iudhYX4y6, http://www.playvid.com/watch/4x5dcybl00U, http://www.playvid.com/watch/HkJdqbzLZ-5, http://www.playvid.com/watch/A0gB85ieecc, http://www.playvid.com/watch/LCX39s6wurn, http://www.playvid.com/watch/eRLSdRbQF-N, http://www.playvid.com/watch/5oWcBolKuIp, http://www.playvid.com/watch/EZfqS7uHeBa, http://www.playvid.com/watch/BVn7Fafv-NW, http://www.playvid.com/watch/9L0JgMAOTAA, http://www.playvid.com/watch/VOHmNKOSQlR, http://www.playvid.com/watch/haybROYen8T, http://www.playvid.com/watch/VVBWtx4adZP, http://www.playvid.com/watch/kjtZkHkGtGq, http://www.playvid.com/watch/HMYjxTC6QqE, http://www.playvid.com/watch/SptBprFv7Sd, http://www.playvid.com/watch/6Hfv7kMvdxT, http://www.playvid.com/watch/MKg2grlBn7Q, http://www.playvid.com/watch/fmtDjcpLoA2, http://www.playvid.com/watch/URTfjJFsRQE, http://www.playvid.com/watch/xsjt3U5fea3, http://www.playvid.com/watch/tzevqQ2wlBw, http://www.playvid.com/watch/QztyD7L9qDx, http://www.playvid.com/watch/asaoQZQtj-c, http://www.playvid.com/watch/yAULPSIwfHT, http://www.playvid.com/watch/CNZ5FuuwZuP, http://www.playvid.com/watch/quOSm4eZLSt, http://www.playvid.com/watch/M5hqZCb5HiU, http://www.playvid.com/watch/J5RiBuKX9Ru, http://www.playvid.com/watch/oVgz4BWqqEb, http://www.playvid.com/watch/Jz4vI5D7uYz, http://www.playvid.com/watch/z2UT9rCicSL, http://www.playvid.com/watch/3IlYPgegNl8, http://www.playvid.com/watch/pwM9Muk37OV, http://www.playvid.com/watch/tOv3bdcTyA9, http://www.playvid.com/watch/PaOEHLKsC3c, http://www.playvid.com/watch/MdnYMXl2PAs, http://www.playvid.com/watch/wMPjCw6m0jH,

http://www.playvid.com/watch/FPKGAurcaH2, http://www.playvid.com/watch/9xc-VZmVSuw, http://www.playvid.com/watch/eV8-4S-FAOm, http://www.playvid.com/watch/n5KsAMlKoeh, http://www.playvid.com/watch/RCWGlP6agDM, http://www.playvid.com/watch/993aTeJo7Ou, http://www.playvid.com/watch/vCeZbzAZHg4, http://www.playvid.com/watch/VxOFvHU6dRS, http://www.playvid.com/watch/Iy4oCDjPIYB, http://www.playvid.com/watch/3DZ3G5Os3Cm, http://www.playvid.com/watch/tG66qoEzTcq, http://www.playvid.com/watch/is0Fo453UL0, http://www.playvid.com/watch/h0EdikFBBkR, http://www.playvid.com/watch/pyeVZemQQ7N, http://www.playvid.com/watch/7HFYtbL50wu, http://www.playvid.com/watch/eRnbBcEE5v2, http://www.playvid.com/watch/dEYCkHLZBJg, http://www.playvid.com/watch/wC8P3hSYbdF, http://www.playvid.com/watch/5u5Y9P-DzC3, http://www.playvid.com/watch/Yrc8tv4wrcL, http://www.playvid.com/watch/ATYzezkqxzv, http://www.playvid.com/watch/X8mQablzjeE, http://www.playvid.com/watch/Lnpcnvf3h8N, http://www.playvid.com/watch/gKtZ3VMeg64, http://www.playvid.com/watch/hliO3GXE7Dh, http://www.playvid.com/watch/ZZTgliEZ-eu, http://www.playvid.com/watch/AIie6HYgg-l, http://www.playvid.com/watch/wZqrtLHkunq, http://www.playvid.com/watch/bUxzYqZSz0o, http://www.playvid.com/watch/63Psoknd89i, http://www.playvid.com/watch/E5e6kqjBxp4, http://www.playvid.com/watch/GQBfsYiyALz, http://www.playvid.com/watch/hrPnZbyh78a, http://www.playvid.com/watch/VUxDH-tNlat, http://www.playvid.com/watch/0iIMpGQtkbX, http://www.playvid.com/watch/DC0T4cRoWyc, http://www.playvid.com/watch/qQBgb-tliI9, http://www.playvid.com/watch/7yOvyybV8xf, http://www.playvid.com/watch/uFxAB9nxowW, http://www.playvid.com/watch/gvKjqq4wstX, http://www.playvid.com/watch/4uFQ3don5l9, http://www.playvid.com/watch/93YGTkToMz6, http://www.playvid.com/watch/ajGvVYTDy2h, http://www.playvid.com/watch/N4nOntgbcbe, http://www.playvid.com/watch/8vpRlJLiXno, http://www.playvid.com/watch/ZnP5Cbga8ol, http://www.playvid.com/watch/57Kw9q2CYHr, http://www.playvid.com/watch/l6vkkfQVYxv, http://www.playvid.com/watch/OKGlKa0Bz46, http://www.playvid.com/watch/XZGxELvz2xq, http://www.playvid.com/watch/OuOPVnEFnUi, http://www.playvid.com/watch/n9ytVjRsg2F, http://www.playvid.com/watch/depwwyzIQLd, http://www.playvid.com/watch/UD3DKhXuXt5, http://www.playvid.com/watch/fUMvsNckdFW, http://www.playvid.com/watch/zDnDVHfQKEQ, http://www.playvid.com/watch/UFRBferxY3T, http://www.playvid.com/watch/jV7vIQ0bfNl, http://www.playvid.com/watch/95C-KqOrcMR, http://www.playvid.com/watch/W0fLCgpzZ3g, http://www.playvid.com/watch/lLdFMPJlwb6, http://www.playvid.com/watch/xEsVBusWtak, http://www.playvid.com/watch/mz2p3BDAGIK, http://www.playvid.com/watch/ZwWBqsQMPEU, http://www.playvid.com/watch/9HArt8IjnhM, http://www.playvid.com/watch/ebztMelwyGU, http://www.playvid.com/watch/ziMZtSxTdV8, http://www.playvid.com/watch/5bQEz2uYq9a, http://www.playvid.com/watch/UROg7-IWdoW, http://www.playvid.com/watch/jo04g59miMM, http://www.playvid.com/watch/xQKWWjPXOOW, http://www.playvid.com/watch/ZVwYGMWGZWH, http://www.playvid.com/watch/ddwIBSqSdnf, http://www.playvid.com/watch/eHVloXeyerd, http://www.playvid.com/watch/USjpbCOFEvU, http://www.playvid.com/watch/TvJEZgQkCtX, http://www.playvid.com/watch/U3kbZsffE5i, http://www.playvid.com/watch/p9zkObqsyIq, http://www.playvid.com/watch/ZwWp8JOeLRA, http://www.playvid.com/watch/kxSuF7TeL9N, http://www.playvid.com/watch/8n3c6gJlo4o, http://www.playvid.com/watch/WxSYezf9yrx, http://www.playvid.com/watch/b7S6xUkpXU4, http://www.playvid.com/watch/GtpJjYN0hJn, http://www.playvid.com/watch/u29K6xz9ArA, http://www.playvid.com/watch/uHr8xLih6Hg, http://www.playvid.com/watch/HkRs7m7EEOJ, http://www.playvid.com/watch/JcvadsgcXiS, http://www.playvid.com/watch/jaV9c53o6Oe, http://www.playvid.com/watch/vRAQRXCtXcR, http://www.playvid.com/watch/cH35KOdbMJ5, http://www.playvid.com/watch/TtJnb9rubPh, http://www.playvid.com/watch/YjmgYDcS0lI, http://www.playvid.com/watch/l4WE-CBaFGp, http://www.playvid.com/watch/xOvQORXKhxX, http://www.playvid.com/watch/ZW5AR9xX44X, http://www.playvid.com/watch/kxIPI37qQTt, http://www.playvid.com/watch/0N-AlEmd-BB, http://www.playvid.com/watch/3ea6N2iAhxY, http://www.playvid.com/watch/BpHwrAjUUHb, http://www.playvid.com/watch/fV5K79V3L0e, http://www.playvid.com/watch/QRJah5QMbXk, http://www.playvid.com/watch/iimGsSoXUf5, http://www.playvid.com/watch/JjnGyI0tFgd, http://www.playvid.com/watch/-qzIxGyqLB9, http://www.playvid.com/watch/yrlqO4nKx6s, http://www.playvid.com/watch/YuunQUnbXIe, http://www.playvid.com/watch/2zA9m743QHM, http://www.playvid.com/watch/fb-QgRG3XrK, http://www.playvid.com/watch/3w2Gz4kGCCH, http://www.playvid.com/watch/gpR3WJ-iFUX, http://www.playvid.com/watch/yNudCObYVfd, http://www.playvid.com/watch/xMhRNQRud8s, http://www.playvid.com/watch/VC2znDjaCUm, http://www.playvid.com/watch/b6mhmo5ZZWL, http://www.playvid.com/watch/oRRGAlil5M3, http://www.playvid.com/watch/8cPMEXxiMhs, http://www.playvid.com/watch/IxpAZW4dovp, http://www.playvid.com/watch/nT-C4RUkxrK, http://www.playvid.com/watch/wyAIGYumt0F, http://www.playvid.com/watch/wgBvbNgw9R-, http://www.playvid.com/watch/vUGM9Oy7IVa, http://www.playvid.com/watch/x66O33ngphi, http://www.playvid.com/watch/iM7pJ7Xv-bh, http://www.playvid.com/watch/gQiNSDgHZhG, http://www.playvid.com/watch/Sv8s2mf3hHs, http://www.playvid.com/watch/8GMzlh4H2N0, http://www.playvid.com/watch/byIEjQdNWpr, http://www.playvid.com/watch/EEeN45FljgK, http://www.playvid.com/watch/Di8Eyq48GqL, http://www.playvid.com/watch/F9o5pUNnypo, http://www.playvid.com/watch/NPH4oLP2tW7, http://www.playvid.com/watch/6oYUgjW7f2S, http://www.playvid.com/watch/l7nW4i3MUmj, http://www.playvid.com/watch/0LBMlmdypdk, http://www.playvid.com/watch/jPpCK3fX9Ef, http://www.playvid.com/watch/IADDPKLKSAi, http://www.playvid.com/watch/vNNXvT6OZ8l, http://www.playvid.com/watch/yYCtS4xWIMe, http://www.playvid.com/watch/oz-FIWVaanT, http://www.playvid.com/watch/DZ3yydAMN7b, http://www.playvid.com/watch/38qJU0RhOfT, http://www.playvid.com/watch/cMADedYbbFQ, http://www.playvid.com/watch/lld98iI8kTu, http://www.playvid.com/watch/rDeL6-f5pRc, http://www.playvid.com/watch/PEitidlE-jC, http://www.playvid.com/watch/0yxJAe00f-o, http://www.playvid.com/watch/ivOcwbYIR2F, http://www.playvid.com/watch/ckHOtPJ0W6L, http://www.playvid.com/watch/s79s9E4ee-K, http://www.playvid.com/watch/DJfQPxPxzVd, http://www.playvid.com/watch/JMawsj0Bjrk, http://www.playvid.com/watch/tneStSwvuc5, http://www.playvid.com/watch/xOxXCE9e6mu, http://www.playvid.com/watch/XuqaPk67yo-, http://www.playvid.com/watch/LHAY4CCwuwz, http://www.playvid.com/watch/iQFVEdQ06g6, http://www.playvid.com/watch/ZxfjZbS0d4z, http://www.playvid.com/watch/8WtgJvTL7Zp, http://www.playvid.com/watch/SxRCTJJsvs-, http://www.playvid.com/watch/6ilvrXgEaey, http://www.playvid.com/watch/gQiFDjMoZHW, http://www.playvid.com/watch/Nn0QygrOGm-, http://www.playvid.com/watch/GEFAInZD-GN, http://www.playvid.com/watch/cviUHHJri2m, http://www.playvid.com/watch/iovmV27mQ7s, http://www.playvid.com/watch/rioZasl4eky, http://www.playvid.com/watch/RhynoRwHryr, http://www.playvid.com/watch/EpiJdZut-kC, http://www.playvid.com/watch/QZK5IKrSdk2, http://www.playvid.com/watch/ZPR6U6y2vMt, http://www.playvid.com/watch/85Sh3lKZh-r, http://www.playvid.com/watch/rrh8GPxvhSt, http://www.playvid.com/watch/XxuuxcuGVCN, http://www.playvid.com/watch/e3wjy4RmqPI, http://www.playvid.com/watch/id6Eg7MCz62, http://www.playvid.com/watch/8m7RkeavFIR, http://www.playvid.com/watch/Sf7FFhQ2457, http://www.playvid.com/watch/HcxmFYknfoM, http://www.playvid.com/watch/uKEMmZ4eceG, http://www.playvid.com/watch/uIFxxomhHML, http://www.playvid.com/watch/w4NjmsPDp4m, http://www.playvid.com/watch/h2vBT5Fn5zV, http://www.playvid.com/watch/dOsCGAsMcTN, http://www.playvid.com/watch/q-6SKDc8UMv, http://www.playvid.com/watch/uQ7uVk8Ojcu, http://www.playvid.com/watch/rf7eDqcxpgs, http://www.playvid.com/watch/GK44jDrHHBg, http://www.playvid.com/watch/v8VvZIIgzwj, http://www.playvid.com/watch/SOTqkYqQFx2, http://www.playvid.com/watch/uSlqpxwjhs7, http://www.playvid.com/watch/o9lWTBgSIkV, http://www.playvid.com/watch/vmWmVwSaEiL, http://www.playvid.com/watch/TXPYxlthNdj, http://www.playvid.com/watch/tki9k4xOvmp, http://www.playvid.com/watch/nBJjEMCjaZG, http://www.playvid.com/watch/Dyw8jovM6Ff, http://www.playvid.com/watch/rn-fcjuqhmn, http://www.playvid.com/watch/DEmppx3ZmDu, http://www.playvid.com/watch/2QgdVZ0cAXM, http://www.playvid.com/watch/DQzPJC-tjry, http://www.playvid.com/watch/fKh8VVrkliW, http://www.playvid.com/watch/ZV-wrilyQsy, http://www.playvid.com/watch/Rp9V0EwDqUq, http://www.playvid.com/watch/wCjpBo7tA5x, http://www.playvid.com/watch/tDLndzWzrBV, http://www.playvid.com/watch/6JEvxzXlbyT, http://www.playvid.com/watch/85X47mknWtS, http://www.playvid.com/watch/UYAZybcrSFJ, http://www.playvid.com/watch/g0sMo6CiNYb, http://www.playvid.com/watch/thuoyE7QU65, http://www.playvid.com/watch/R0aa-EdmBeM, http://www.playvid.com/watch/jCG7lL7hjDe, http://www.playvid.com/watch/MCSE0pGNPhT, http://www.playvid.com/watch/iDWGW6nsbMj, http://www.playvid.com/watch/ALz7S-NIwpo, http://www.playvid.com/watch/lYfwVxyunYy, http://www.playvid.com/watch/VqB9NPogsVa, http://www.playvid.com/watch/0cWilNdtw5-, http://www.playvid.com/watch/W-NhkoZe-Ls, http://www.playvid.com/watch/lan3NWCawkE, http://www.playvid.com/watch/aMQDns528V0, http://www.playvid.com/watch/BS32jmltSLy, http://www.playvid.com/watch/LDVl8wd5W-H, http://www.playvid.com/watch/2MIJCAuO2tk, http://www.playvid.com/watch/BSrYvJk0lY7, http://www.playvid.com/watch/RP4vsTn-HK7, http://www.playvid.com/watch/4f3Hs6rgmhD, http://www.playvid.com/watch/DcUFXVqFLLM, http://www.playvid.com/watch/vY2cYjw4KKs, http://www.playvid.com/watch/ujzUzszCH9e, http://www.playvid.com/watch/JyejPRSbgKt, http://www.playvid.com/watch/aYm0YMe85pq, http://www.playvid.com/watch/l5wIBw3tduf, http://www.playvid.com/watch/dQ7IZKh--WN, http://www.playvid.com/watch/FSufvBY5yQJ, http://www.playvid.com/watch/carFLuouAom, http://www.playvid.com/watch/DjtbCVsM9zb, http://www.playvid.com/watch/LaBaUez9Zeu, http://www.playvid.com/watch/506NOl5D8Zy, http://www.playvid.com/watch/NpONIUWhkbv, http://www.playvid.com/watch/i8IcK3GkI6u, http://www.playvid.com/watch/wg3MLDKzrqt, http://www.playvid.com/watch/nRYP5TzCArP, http://www.playvid.com/watch/cFq5WieLwK6
5.f. Date of third notice: 2013-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: TonoX
5.b. Uploader's email address: marko_punk_ramone@hotmail.cl
5.d. Uploader's profile: http://www.playvid.com/member/TonoX
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VNe78iL7-Xf, http://www.playvid.com/watch/98U4umo99vd, http://www.playvid.com/watch/uQO-YDhau6D, http://www.playvid.com/watch/KzZ20bCKYqK, http://www.playvid.com/watch/PXhOaxnmxQF, http://www.playvid.com/watch/wca427hibuS, http://www.playvid.com/watch/qU0KoHUiXhp, http://www.playvid.com/watch/7ZHO7Zbsvc5, http://www.playvid.com/watch/cxevN--Qwnk, http://www.playvid.com/watch/N9fp0Txrs5Q, http://www.playvid.com/watch/jixFY4--aCC, http://www.playvid.com/watch/6YNBM8ZUF-N
5.f. Date of third notice: 2014-08-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: topguno
5.b. Uploader's email address: exxpaulo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/topguno
5.e. List of videos posted by uploader: http://www.playvid.com/watch/s1Xm3t7XMIl, http://www.playvid.com/watch/AHspN_Bkwji,
http://www.playvid.com/watch/gfAXclqHHEL, http://www.playvid.com/watch/Z0imJDT5VIC, http://www.playvid.com/watch/Md87RMaCFff,
http://www.playvid.com/watch/Khp1i0eYfS2, http://www.playvid.com/watch/xSYLiHlwevb, http://www.playvid.com/watch/M7s7Z8TfBs6,
http://www.playvid.com/watch/EgbkAUx_PYE, http://www.playvid.com/watch/5TNCh185c0V, http://www.playvid.com/watch/csG-rHlZ-bc,
http://www.playvid.com/watch/XnQOCRBxkVQ, http://www.playvid.com/watch/sKGZLoD5BQM, http://www.playvid.com/watch/IyGi1YPACLG,
http://www.playvid.com/watch/bx-ySg5rbgP, http://www.playvid.com/watch/Y4TMxPOcVXR, http://www.playvid.com/watch/PGRcDosEtfZ,
http://www.playvid.com/watch/NpH5AvJqH-i, http://www.playvid.com/watch/jDhsvU3VzCU, http://www.playvid.com/watch/Z8UhKV8VNuY,
http://www.playvid.com/watch/BMS02GGCmxZ, http://www.playvid.com/watch/LZYoUFA8nbN, http://www.playvid.com/watch/2FxLQvThjkg,
http://www.playvid.com/watch/8nnk9V7iXN8, http://www.playvid.com/watch/ib2xe_dqoBD, http://www.playvid.com/watch/s9T-j2a1kGG,
http://www.playvid.com/watch/FlQwd_Tx1QR, http://www.playvid.com/watch/y3gcHMOV9x8, http://www.playvid.com/watch/YZoYnq2iySb,
http://www.playvid.com/watch/JUn5Cyh0aPt, http://www.playvid.com/watch/Yll5Ks49Mr9, http://www.playvid.com/watch/fzV_E0h8U3Z,
http://www.playvid.com/watch/VgOQo5ofqRD, http://www.playvid.com/watch/simf1NlQUot, http://www.playvid.com/watch/U9J5xeibLXL,
http://www.playvid.com/watch/gvLgE7ydcN7, http://www.playvid.com/watch/Vku9Vffc6FI, http://www.playvid.com/watch/qSCBZvX9pmy,
http://www.playvid.com/watch/LIhecQqMV-A, http://www.playvid.com/watch/DzN9e4tbspE, http://www.playvid.com/watch/s8Z75rjMrQm,
http://www.playvid.com/watch/ir9qtjqTl8x, http://www.playvid.com/watch/E5NdpdXoloP, http://www.playvid.com/watch/Cj7Idp1hMyU,
http://www.playvid.com/watch/NV4dmELAn2G, http://www.playvid.com/watch/O_ps1BkVXxO, http://www.playvid.com/watch/sZ6ALyHG3St,
http://www.playvid.com/watch/cdKjkQnlEGr, http://www.playvid.com/watch/EE8Cj7aazUv, http://www.playvid.com/watch/d4SBttfCEbV,
http://www.playvid.com/watch/juScMd_NJQQ, http://www.playvid.com/watch/PSY_pKG6YO5, http://www.playvid.com/watch/I4yMV_8Mt67,
http://www.playvid.com/watch/TOMrR3CioER, http://www.playvid.com/watch/Fsci5Ui-7SQ, http://www.playvid.com/watch/faFsqvXO1CI,
http://www.playvid.com/watch/b9t7OEOo77j, http://www.playvid.com/watch/ubEKn4-9rD4, http://www.playvid.com/watch/qCqDqpEsLY2,
http://www.playvid.com/watch/BEuD4c0CVGu, http://www.playvid.com/watch/pCiDNyLIdzg, http://www.playvid.com/watch/FNHC6BzsHHR,
http://www.playvid.com/watch/5W6uhsT_zdo, http://www.playvid.com/watch/FB-0ZMM24EK, http://www.playvid.com/watch/mTC9FgC-y46,
http://www.playvid.com/watch/R1_jI0jY9qi, http://www.playvid.com/watch/K6elvrc36DH, http://www.playvid.com/watch/KuA1kHCJs7G,
http://www.playvid.com/watch/Xhw_BGDLbUG, http://www.playvid.com/watch/6EUUt0qF_RZ, http://www.playvid.com/watch/8ezcXqRp2vC,
http://www.playvid.com/watch/aKIqawaBQWX, http://www.playvid.com/watch/jJ2gG4bhusV, http://www.playvid.com/watch/h4USj9pXS3T,
http://www.playvid.com/watch/7NhqBhk-9ti, http://www.playvid.com/watch/22k4GEfVelO, http://www.playvid.com/watch/M_dIm_rbspH,
http://www.playvid.com/watch/cXNYbW7_-Ra, http://www.playvid.com/watch/5EKnkpqWBPC, http://www.playvid.com/watch/xvPRQyIAY-l,
http://www.playvid.com/watch/f4DaycNLQUH, http://www.playvid.com/watch/YVhzsFRROu2, http://www.playvid.com/watch/jjssvLBKRfr,
http://www.playvid.com/watch/lFiRsksVzbc, http://www.playvid.com/watch/aun8_QuVQnh, http://www.playvid.com/watch/R6fvzmAXtek,
http://www.playvid.com/watch/X4WmDj0jrF4, http://www.playvid.com/watch/7MMkCAfraWX, http://www.playvid.com/watch/hSjpvK1JuAL,
http://www.playvid.com/watch/uy_OAr4602U, http://www.playvid.com/watch/T3osCyW82AZ, http://www.playvid.com/watch/EIIUMpgzaHC,
http://www.playvid.com/watch/J-wocY86OCE, http://www.playvid.com/watch/SI9SvjEdF_G, http://www.playvid.com/watch/R6hPO_FOD7p,
http://www.playvid.com/watch/MpP2Kv-gNtN, http://www.playvid.com/watch/oBnyD5Mjd74, http://www.playvid.com/watch/7ZZzxwgkp_Y,
http://www.playvid.com/watch/eftuPXxnKcj, http://www.playvid.com/watch/on3qoAc1wDU, http://www.playvid.com/watch/l7cepS2tvkh,
http://www.playvid.com/watch/i18gvbkW90a, http://www.playvid.com/watch/hSIlaJinVo5, http://www.playvid.com/watch/N4cG4y9lMPx,
http://www.playvid.com/watch/7qVC_5SsA3K, http://www.playvid.com/watch/35pd2p-TV_9, http://www.playvid.com/watch/ZjWCWMuonW8,
http://www.playvid.com/watch/vYFhJY_gjvg, http://www.playvid.com/watch/cSAlP5Kn4Xx, http://www.playvid.com/watch/r8DyY97y_VJ,
http://www.playvid.com/watch/mC7xm4lnszO, http://www.playvid.com/watch/rjEG5SBdmaJ, http://www.playvid.com/watch/ovuvfeXiMMK,
http://www.playvid.com/watch/AzC5JOMVL1U, http://www.playvid.com/watch/Z_7bEXWuWVJ, http://www.playvid.com/watch/eOOoIjp0klk,
http://www.playvid.com/watch/05EFci_BsWr, http://www.playvid.com/watch/TwpzbI27E7o, http://www.playvid.com/watch/Oxu-Ht6qz_h,
http://www.playvid.com/watch/xvX3gXREv5x, http://www.playvid.com/watch/Nzy1D4kB8rS, http://www.playvid.com/watch/w1qjPv_ch4s,
http://www.playvid.com/watch/Su8x3q7gXQm, http://www.playvid.com/watch/U12GEuOnC4Q, http://www.playvid.com/watch/5YH_MIjY0qY,
http://www.playvid.com/watch/FePqZrZDIsv, http://www.playvid.com/watch/W13UD7N-KEn, http://www.playvid.com/watch/Re0truLPN1s,
http://www.playvid.com/watch/3Pd1-WCdTx9, http://www.playvid.com/watch/fSXYtTv5Bg2, http://www.playvid.com/watch/5xEDSslV-8Z,
http://www.playvid.com/watch/jz7MP_T6ag7, http://www.playvid.com/watch/PWPvJLpjfoi, http://www.playvid.com/watch/bLeb9Wcbeph,
http://www.playvid.com/watch/INxh6NXMdvd, http://www.playvid.com/watch/QmTsxL91MVl, http://www.playvid.com/watch/CWT4ZTrwIIp,
http://www.playvid.com/watch/FuKJBD3JaFH, http://www.playvid.com/watch/vRYRm1TuUHJ, http://www.playvid.com/watch/Cyj5r27qiYI,
http://www.playvid.com/watch/0F21BMcab7j, http://www.playvid.com/watch/z3cdeOzaKPg, http://www.playvid.com/watch/b57x-9mjeDu,
http://www.playvid.com/watch/oF3zlSSgFW6, http://www.playvid.com/watch/fuzjXaK9GyO, http://www.playvid.com/watch/5_JqSxvc_Wn,
http://www.playvid.com/watch/pgGEa-jQlGc, http://www.playvid.com/watch/GlQ6IhcbplO, http://www.playvid.com/watch/bQHCrhe2qVh,
http://www.playvid.com/watch/dqvSVtUq8HI, http://www.playvid.com/watch/Rgdb16HbUY9, http://www.playvid.com/watch/pnuvsCpmGAa,
http://www.playvid.com/watch/pdgglN-V3bP, http://www.playvid.com/watch/OkHyQ6syLSU, http://www.playvid.com/watch/yz-aCd4KA7f,
http://www.playvid.com/watch/NG5pX2v5dQQ, http://www.playvid.com/watch/Ypo-eKKBDNs, http://www.playvid.com/watch/kXysWq64unp,
http://www.playvid.com/watch/ePK8evERJ0j, http://www.playvid.com/watch/4nfX2RaEZVF, http://www.playvid.com/watch/V_kNJnh4-DI,
http://www.playvid.com/watch/k4EJjcYZ8kB, http://www.playvid.com/watch/q1HcGFALA7a, http://www.playvid.com/watch/BclErwj7oCj,
http://www.playvid.com/watch/e_iwQhiscSY, http://www.playvid.com/watch/fR3x15sWcBH, http://www.playvid.com/watch/SyiTMConPVy,
http://www.playvid.com/watch/b47r1D1BaFO, http://www.playvid.com/watch/m-1oTOoqNq3, http://www.playvid.com/watch/fA7y3tD4Tbi,
http://www.playvid.com/watch/DVxlFeSO0gt, http://www.playvid.com/watch/2JpZxD0uPzy, http://www.playvid.com/watch/yWS8m0yZSBM,
http://www.playvid.com/watch/7QMl7uRbxii, http://www.playvid.com/watch/dwfAqJvNBb0, http://www.playvid.com/watch/pojwXMrsMDv,
http://www.playvid.com/watch/98xZgM9yk9S, http://www.playvid.com/watch/Hsb88YtxphE, http://www.playvid.com/watch/DUieZpFYrnj,
http://www.playvid.com/watch/imTk-fIXjfS, http://www.playvid.com/watch/Qii6hM3ir3w, http://www.playvid.com/watch/DcXIDGPiCoQ,
http://www.playvid.com/watch/yqCduyGekFo, http://www.playvid.com/watch/rvmyeghcngR, http://www.playvid.com/watch/6zu_jjEBeDm,
http://www.playvid.com/watch/Sj_BLMEEtwj, http://www.playvid.com/watch/f_dPqz9alAq, http://www.playvid.com/watch/Y7iVnpOypl8,
http://www.playvid.com/watch/kj6XqMEW6YM, http://www.playvid.com/watch/PQOgqRhsNrJ, http://www.playvid.com/watch/Spnlhc2GMNo,
http://www.playvid.com/watch/ZLhacsH25l0, http://www.playvid.com/watch/FS8hh3hhGH9, http://www.playvid.com/watch/uWS7zQPuRWr,
http://www.playvid.com/watch/QnXnLjVsfD7, http://www.playvid.com/watch/g817ZoHjfIh, http://www.playvid.com/watch/XT-DegVZvIH,
http://www.playvid.com/watch/RZKal1d0Gbx, http://www.playvid.com/watch/fNZ-jVXrcHO, http://www.playvid.com/watch/LRDkgdt6W2F,
http://www.playvid.com/watch/3BfsL4Lr9vf, http://www.playvid.com/watch/9LfSJJREiGR, http://www.playvid.com/watch/dj5tWta_r5z,
http://www.playvid.com/watch/KCag0Q0lmJG, http://www.playvid.com/watch/l8cGsIKE2RO, http://www.playvid.com/watch/Q98ElnbtK43,
http://www.playvid.com/watch/HLW1RoYfIDE, http://www.playvid.com/watch/f69oBEnm3rR, http://www.playvid.com/watch/UwROEVOOh0D,
http://www.playvid.com/watch/BOpQCge90oU, http://www.playvid.com/watch/zt3kPkXYpZ9, http://www.playvid.com/watch/3-jtlzz5j4N,
http://www.playvid.com/watch/ZY8g54VrhjR, http://www.playvid.com/watch/wwzT0kRwe5b, http://www.playvid.com/watch/drUV6J2oYku,
http://www.playvid.com/watch/aqBRrZZz4ZF, http://www.playvid.com/watch/02J5Jyq1Iy3, http://www.playvid.com/watch/0EmQHXMBjzZ,
http://www.playvid.com/watch/TK98fVUOtO3, http://www.playvid.com/watch/YqV2WHImfzK, http://www.playvid.com/watch/NlUS2-ynHqs,
http://www.playvid.com/watch/tXE9ml2qjjv, http://www.playvid.com/watch/q5zgfxaZTke, http://www.playvid.com/watch/OsIquFvLpqg,
http://www.playvid.com/watch/Q3O6IOPoWRT, http://www.playvid.com/watch/9PNn5eSBOVd, http://www.playvid.com/watch/Luaz_nSpP-I,
http://www.playvid.com/watch/Q9Wm5BKL1eL, http://www.playvid.com/watch/fVCOrT7NV8n, http://www.playvid.com/watch/aV0qKwPDTor,
http://www.playvid.com/watch/de0mm4oGafT, http://www.playvid.com/watch/HZNda4NCuxY, http://www.playvid.com/watch/iYf4Aa67Naw,
http://www.playvid.com/watch/B10djZne44V, http://www.playvid.com/watch/H9QOSFyzQOW, http://www.playvid.com/watch/Rmp8kgjyQdg,
http://www.playvid.com/watch/MAZMajznNWg, http://www.playvid.com/watch/Ivd0GUW7b2s, http://www.playvid.com/watch/WuX0I4ImYJs,
http://www.playvid.com/watch/d_WuGBkKwtV, http://www.playvid.com/watch/Ou_WfgusrgN, http://www.playvid.com/watch/aUlcidZqb-d,
http://www.playvid.com/watch/zzM__mPegsT, http://www.playvid.com/watch/vNW9P4qodPv, http://www.playvid.com/watch/ydrTFJExjrz,
http://www.playvid.com/watch/AXOCYGW_SJR, http://www.playvid.com/watch/iiSzv9DvNey, http://www.playvid.com/watch/uUG2J4aBQfy,
http://www.playvid.com/watch/8Uhlv80BFRS, http://www.playvid.com/watch/jXs5lZSVHcd, http://www.playvid.com/watch/5GQq7pDiKtO,
http://www.playvid.com/watch/5119MxBhaJI, http://www.playvid.com/watch/2nfsehRLCV6, http://www.playvid.com/watch/KsPTDqSnhU3,
http://www.playvid.com/watch/Q1EhgVIvatt, http://www.playvid.com/watch/76OHn3yS6qO, http://www.playvid.com/watch/ML2VyYL81te,
http://www.playvid.com/watch/9t-DDgHXbsL, http://www.playvid.com/watch/M4n8UmW9jf5, http://www.playvid.com/watch/LvkqvU7-fwA,
http://www.playvid.com/watch/Q1-EOtl_nMe, http://www.playvid.com/watch/aEJXuoYZcIs, http://www.playvid.com/watch/Ku3PZzUebH6,
http://www.playvid.com/watch/WnEmcxUbKig, http://www.playvid.com/watch/EA6K9SUcA6n, http://www.playvid.com/watch/vmo2-vAto4C,
http://www.playvid.com/watch/EODqMW4aBpM, http://www.playvid.com/watch/Jnj2zlTdA3n, http://www.playvid.com/watch/IZLTCy8i_gl,
http://www.playvid.com/watch/PEE4qC9nR5P, http://www.playvid.com/watch/aBV056EcLIe, http://www.playvid.com/watch/tN3VC9uyxZE,
http://www.playvid.com/watch/f6qOzVxMOmb, http://www.playvid.com/watch/98XZdJk3PZO, http://www.playvid.com/watch/yoH9bj42dbF,
http://www.playvid.com/watch/UOHaoI_LGMD, http://www.playvid.com/watch/EszhcKQkMmp, http://www.playvid.com/watch/ZFeTqlr00Wf,

http://www.playvid.com/watch/ibvQTgiXYm0, http://www.playvid.com/watch/O7VFXivLguA, http://www.playvid.com/watch/et76XOB72Xv, http://www.playvid.com/watch/gWOrfOaFwh5, http://www.playvid.com/watch/dP7nNPXhrc7, http://www.playvid.com/watch/3WS8QywYmL7, http://www.playvid.com/watch/HpNs-8WCZGc, http://www.playvid.com/watch/sh1l95nFwpT, http://www.playvid.com/watch/xvSlXEjuae7, http://www.playvid.com/watch/vnx72r6vc4z, http://www.playvid.com/watch/MLcEeYCpTUE, http://www.playvid.com/watch/dpdDka-BJfa, http://www.playvid.com/watch/ClK5zA2BWos, http://www.playvid.com/watch/ku8ljQT-wCw, http://www.playvid.com/watch/bFroSVcinVi, http://www.playvid.com/watch/2_LobzSmq7q, http://www.playvid.com/watch/ljVhImWRqTX, http://www.playvid.com/watch/nQPa-RUHQ0C, http://www.playvid.com/watch/UNgrBRjcjdy, http://www.playvid.com/watch/Ve-NPNq57NX, http://www.playvid.com/watch/8TIbHhvgK0p, http://www.playvid.com/watch/w4d1Z3Tgj8C, http://www.playvid.com/watch/7AT1rqcPqgQ, http://www.playvid.com/watch/SpYhOP5aebQ, http://www.playvid.com/watch/v6A8i-zKukC, http://www.playvid.com/watch/oeTnxQEAPAe, http://www.playvid.com/watch/4nYsqJm6VxG, http://www.playvid.com/watch/G4QxcEWx5Q5, http://www.playvid.com/watch/mVZ9ZenJgBU, http://www.playvid.com/watch/Kpblg-G3Kiv, http://www.playvid.com/watch/YX6TYlGTUOj, http://www.playvid.com/watch/ljtv0nXIMHa, http://www.playvid.com/watch/NMf7BN4xIpD, http://www.playvid.com/watch/jvaDYbbZSQD, http://www.playvid.com/watch/jQAw8gkqGTj, http://www.playvid.com/watch/uzvjNcYqVkr, http://www.playvid.com/watch/LBQoj80xMQ3, http://www.playvid.com/watch/3QIQPoOQajY, http://www.playvid.com/watch/8IIlMdA6AC6, http://www.playvid.com/watch/jAF9NTAU6Rr, http://www.playvid.com/watch/SCO5eHLjDE3, http://www.playvid.com/watch/IwHLphUrhbi, http://www.playvid.com/watch/JoQgm-DPPSj, http://www.playvid.com/watch/gQA3bt6ywjk, http://www.playvid.com/watch/vuS3tfXgg2L, http://www.playvid.com/watch/q_gSjb-Y1yx, http://www.playvid.com/watch/NeFzmLCNFRN, http://www.playvid.com/watch/fOLMynfW0Su, http://www.playvid.com/watch/XZ9myrx1Wm2, http://www.playvid.com/watch/4w9y5D3r6Rx, http://www.playvid.com/watch/SJmYH4ECKq0, http://www.playvid.com/watch/a-7ECFVRg4t, http://www.playvid.com/watch/8gZMb4zl7pu, http://www.playvid.com/watch/ft6Jedded6O, http://www.playvid.com/watch/j4fxmQbTlfS, http://www.playvid.com/watch/lWG_o0It-xA, http://www.playvid.com/watch/2YMoU1vsesW, http://www.playvid.com/watch/vbhO2VbU0qT, http://www.playvid.com/watch/A2e1Uw3FP-s, http://www.playvid.com/watch/JoRDPagyB_w, http://www.playvid.com/watch/8I0u0Mrf2Pi, http://www.playvid.com/watch/cMU9-Iygm1N, http://www.playvid.com/watch/AAYPaQ2FN_G, http://www.playvid.com/watch/pnai7GVDu-w, http://www.playvid.com/watch/Gd6cCSqTdUE, http://www.playvid.com/watch/kOAjOVr6_qG, http://www.playvid.com/watch/9v3PoEkr-1Y, http://www.playvid.com/watch/KjsCdhGnlOA, http://www.playvid.com/watch/31A8N14h9Yj, http://www.playvid.com/watch/vEjJJ5lwZG0, http://www.playvid.com/watch/wbQZtNr-j42, http://www.playvid.com/watch/Tx-gdsloe2l, http://www.playvid.com/watch/3cTI9RrCKrX, http://www.playvid.com/watch/7SBp3j_i_kf, http://www.playvid.com/watch/Db3wMc7nXUK, http://www.playvid.com/watch/I9D2jxiFtOa, http://www.playvid.com/watch/MYLY_l0zFbZ, http://www.playvid.com/watch/t7l0ejJJ--U, http://www.playvid.com/watch/Yyy4oHrwqXk, http://www.playvid.com/watch/Ca7bxadKdS2, http://www.playvid.com/watch/POX5DHs7INu, http://www.playvid.com/watch/fXm-KBQ6hQU, http://www.playvid.com/watch/hT-PC1PBQta, http://www.playvid.com/watch/3O9-GRU5NsY, http://www.playvid.com/watch/xgmByxPDo1N, http://www.playvid.com/watch/UH5Lr2YZWqi, http://www.playvid.com/watch/FrxRxfFp4sh, http://www.playvid.com/watch/SPLMkyPmeax, http://www.playvid.com/watch/n3q8bUBsMeS, http://www.playvid.com/watch/NHamERD6qUS, http://www.playvid.com/watch/eGhyq-ROI8e, http://www.playvid.com/watch/xI9daBa50SG, http://www.playvid.com/watch/KJaEHSrUZG5, http://www.playvid.com/watch/ghoWX766YKO, http://www.playvid.com/watch/bvlrzA1fLXl, http://www.playvid.com/watch/iECgPhx9IDI, http://www.playvid.com/watch/rN2dAWLg_CG, http://www.playvid.com/watch/nRoZwvyJFrn, http://www.playvid.com/watch/3XAozLPZKfL, http://www.playvid.com/watch/cGT_tjLty4l, http://www.playvid.com/watch/ZSZ92WA7wkM, http://www.playvid.com/watch/QDBqjuuIMrU, http://www.playvid.com/watch/d8EvxhvH0da, http://www.playvid.com/watch/TP4apQQoPj4, http://www.playvid.com/watch/E2AKinZioXe, http://www.playvid.com/watch/E3YrPOHycpZ, http://www.playvid.com/watch/Qnx183aBARl, http://www.playvid.com/watch/IQvCJ7gXNTG, http://www.playvid.com/watch/hQ4a0QoAl7P, http://www.playvid.com/watch/LJFmrB1ANN5, http://www.playvid.com/watch/LrucDpTTf5k, http://www.playvid.com/watch/vg3VigLFaTo, http://www.playvid.com/watch/u8AGiDlhbJN, http://www.playvid.com/watch/8QAg5ll-geX, http://www.playvid.com/watch/ArFd_aog1iX, http://www.playvid.com/watch/9IzjB4wqY-C, http://www.playvid.com/watch/3YtVCsyjb43, http://www.playvid.com/watch/oagyuyJFOtN, http://www.playvid.com/watch/jr6WlJPfhCk, http://www.playvid.com/watch/EcZOCirS8fU, http://www.playvid.com/watch/ECtZqRpKK6n, http://www.playvid.com/watch/LOV88XBodQd, http://www.playvid.com/watch/O4EC1en6-jp, http://www.playvid.com/watch/fjyUgkupOnT, http://www.playvid.com/watch/4DbYjfi5j_p, http://www.playvid.com/watch/0rlkKkR4zF8, http://www.playvid.com/watch/N4-vDsNcvGF, http://www.playvid.com/watch/uSgSNUGPknc, http://www.playvid.com/watch/bRLsr7FgMlR, http://www.playvid.com/watch/na0M89ja_CK, http://www.playvid.com/watch/gSmiZxCMvdp, http://www.playvid.com/watch/V9ZhDqBH4cc, http://www.playvid.com/watch/hs7zFWp1ol5, http://www.playvid.com/watch/EuJy198sCtk, http://www.playvid.com/watch/EIoJB8lagHD, http://www.playvid.com/watch/o4eXAJyiKdh, http://www.playvid.com/watch/fomF-bKtIQi, http://www.playvid.com/watch/kbynd01rnGF, http://www.playvid.com/watch/lDmysRXh_Zw, http://www.playvid.com/watch/ZDujYDzUM8I, http://www.playvid.com/watch/hVJJa-03iBZ, http://www.playvid.com/watch/Sue6uMwSN8F, http://www.playvid.com/watch/gnXlFd2qpA3, http://www.playvid.com/watch/qJ-5QeHv0lw, http://www.playvid.com/watch/QooBzrdAUA0, http://www.playvid.com/watch/Xq3-HN5fNYs, http://www.playvid.com/watch/gj7pQkjhh4X, http://www.playvid.com/watch/q7GWlgGmYWQ, http://www.playvid.com/watch/zipyqZYehd6, http://www.playvid.com/watch/Hy_eY9_XLMn, http://www.playvid.com/watch/8d9KoBl1VqO, http://www.playvid.com/watch/Dm43uCxnrGF, http://www.playvid.com/watch/0QNDMlTMg77, http://www.playvid.com/watch/QNCjn6IX6-M, http://www.playvid.com/watch/0jdFxH6dud4, http://www.playvid.com/watch/Y_U3kPSR4d7, http://www.playvid.com/watch/EYfZVuTiXHw, http://www.playvid.com/watch/HkW60IdtwIO, http://www.playvid.com/watch/5DqtyUe-N9X, http://www.playvid.com/watch/zyD5Qe7aLCt, http://www.playvid.com/watch/HuWyLra3kwT, http://www.playvid.com/watch/O86CLy0d-bH, http://www.playvid.com/watch/Oh6pcjbjga7, http://www.playvid.com/watch/2dhszPk1eFW, http://www.playvid.com/watch/Z7rVTk03PaA, http://www.playvid.com/watch/f8goj4dALXJ, http://www.playvid.com/watch/UkrB8LPHJe5, http://www.playvid.com/watch/YOTLWSzhwpZ, http://www.playvid.com/watch/ea4B8DJH_X7, http://www.playvid.com/watch/ckLseylxMxr, http://www.playvid.com/watch/Q2Rdqtku2eU, http://www.playvid.com/watch/f6pzpncc5KH, http://www.playvid.com/watch/SxTWU3bPr7L, http://www.playvid.com/watch/4OZt4aw666C, http://www.playvid.com/watch/mydTWInUvNJ, http://www.playvid.com/watch/YjGQiKL3ASr, http://www.playvid.com/watch/M8dSnw3Hn7r, http://www.playvid.com/watch/iIqCoWd707g, http://www.playvid.com/watch/E6oYuND5pbR, http://www.playvid.com/watch/GPZK3hXr4uv, http://www.playvid.com/watch/yxLxY9GL3Vt, http://www.playvid.com/watch/rnUWvR8M9Ea, http://www.playvid.com/watch/dvIvtY4eeKn, http://www.playvid.com/watch/PNr4-ToqxKF, http://www.playvid.com/watch/2ByBEqMXzBz, http://www.playvid.com/watch/sVgXLE0lrnC, http://www.playvid.com/watch/3-Dty6yexrQ, http://www.playvid.com/watch/ZEhx1RN-lPJ, http://www.playvid.com/watch/HptC7g6zamc, http://www.playvid.com/watch/NXPQ92pWLgD, http://www.playvid.com/watch/wRnrPu8lcaR, http://www.playvid.com/watch/Swz541pDw0y, http://www.playvid.com/watch/Pr4DhSYTOiN, http://www.playvid.com/watch/Dr6TfuXneGz, http://www.playvid.com/watch/bZfudCZ1UTL, http://www.playvid.com/watch/GsFZ-cb7yAm, http://www.playvid.com/watch/0pI_sEblYr0, http://www.playvid.com/watch/BXJOFP08VDv, http://www.playvid.com/watch/3VDkCFfpw9A, http://www.playvid.com/watch/nKQ9FphnkPs, http://www.playvid.com/watch/GzmzzH0E7vr, http://www.playvid.com/watch/OtwA8B_7Y6u, http://www.playvid.com/watch/0wnVoqlj95m, http://www.playvid.com/watch/KsWwwu-L7bv, http://www.playvid.com/watch/nM7oY_3h1dn, http://www.playvid.com/watch/snCdaSX8FAw, http://www.playvid.com/watch/AmtoOufpiUC, http://www.playvid.com/watch/6Z2LNWC_tqz, http://www.playvid.com/watch/brZ8xL6UeC8, http://www.playvid.com/watch/qr1kqKup9Zf, http://www.playvid.com/watch/PchDt3ItEH0, http://www.playvid.com/watch/NaltQOEoEUf, http://www.playvid.com/watch/vWL9Eq-F-dp, http://www.playvid.com/watch/TkYYnPRUmyd, http://www.playvid.com/watch/at9jPlhUqq9, http://www.playvid.com/watch/wox5LlRyzX4, http://www.playvid.com/watch/wiYLyV7w8kk, http://www.playvid.com/watch/iRveOCQC_Gj, http://www.playvid.com/watch/c4X0PFEH6VZ, http://www.playvid.com/watch/4Qv9fuz3RAA, http://www.playvid.com/watch/re50lNZmukX, http://www.playvid.com/watch/JdYbIOD1IkX, http://www.playvid.com/watch/kYGfemxtk70, http://www.playvid.com/watch/r3Wk4j1jrGZ, http://www.playvid.com/watch/2OV6ODAMY83, http://www.playvid.com/watch/xQ0rSSN7U2S, http://www.playvid.com/watch/M2Nn9xsGhiE, http://www.playvid.com/watch/96QhF4JK7-t, http://www.playvid.com/watch/5tdOZx-vy_f, http://www.playvid.com/watch/YxRgZUXP_le, http://www.playvid.com/watch/c7WT9sXXUcg, http://www.playvid.com/watch/kdGpieEWgKn, http://www.playvid.com/watch/kvcjboSaxZ6, http://www.playvid.com/watch/LXJEQNtm2Cx, http://www.playvid.com/watch/cpMaWjU2EwI, http://www.playvid.com/watch/Z5cqXJh9EUL, http://www.playvid.com/watch/NiDDCg1lNFd, http://www.playvid.com/watch/t5x9WYd0U5h, http://www.playvid.com/watch/PaqRyeO70WL, http://www.playvid.com/watch/gobXODvVrQa, http://www.playvid.com/watch/9Nz2NeaJNoI, http://www.playvid.com/watch/N-k2OeHFucv, http://www.playvid.com/watch/JMBskS-rkeb, http://www.playvid.com/watch/SO90_kQi85N, http://www.playvid.com/watch/Sa3b9aiTOMe, http://www.playvid.com/watch/Ar-L7lTPB_N, http://www.playvid.com/watch/cNLGlG2jjTY, http://www.playvid.com/watch/CduTeUG092D, http://www.playvid.com/watch/sf4qADZX5iY, http://www.playvid.com/watch/OYk2BGYAlM6, http://www.playvid.com/watch/MQy9RKcWTPL, http://www.playvid.com/watch/Rxfxs37Fs_O, http://www.playvid.com/watch/Rr4to_DVTx3, http://www.playvid.com/watch/iSRFR14Y3ZM, http://www.playvid.com/watch/FPksBKXqqEp, http://www.playvid.com/watch/ufV-ppftRRx, http://www.playvid.com/watch/xtkbjpyslTC, http://www.playvid.com/watch/TQ4gA3WKV99, http://www.playvid.com/watch/OvkO1oV2MkU, http://www.playvid.com/watch/jTS_qbG0r8v, http://www.playvid.com/watch/tGTyF8Ntg1d, http://www.playvid.com/watch/CF00PekpKqz, http://www.playvid.com/watch/BMINL_mObn8, http://www.playvid.com/watch/daEpa8ZtlPa, http://www.playvid.com/watch/kPOvnp-tku9, http://www.playvid.com/watch/Vb1rz3ay2Nt, http://www.playvid.com/watch/qsFnTCA5RCG, http://www.playvid.com/watch/DYJMM7EPMaU, http://www.playvid.com/watch/Y8hvTpIhXDr, http://www.playvid.com/watch/XoENjGyZpNA, http://www.playvid.com/watch/v3TsysWM6wg, http://www.playvid.com/watch/BtGC1u7stnf, http://www.playvid.com/watch/751asED9T5l, http://www.playvid.com/watch/QTO-8jp7ILO, http://www.playvid.com/watch/IScnvPH-V5h, http://www.playvid.com/watch/KDKGjHpaQ4V, http://www.playvid.com/watch/qtiW9Rp4ghp, http://www.playvid.com/watch/NV6BC9Z75JW, http://www.playvid.com/watch/In7CZK0h7zv, http://www.playvid.com/watch/WmX2LiNpeTT, http://www.playvid.com/watch/CVHR1M4C1ex, http://www.playvid.com/watch/8WWuIerzP4M, http://www.playvid.com/watch/0frvZTGd_v2, http://www.playvid.com/watch/ujzUXZEHiNz, http://www.playvid.com/watch/ta0cAh5VfGb, http://www.playvid.com/watch/FmIv-J6VFGE, http://www.playvid.com/watch/mcqXmB50XkW, http://www.playvid.com/watch/UejC2FLZLF8,

http://www.playvid.com/watch/b-buDQRuhm7, http://www.playvid.com/watch/Dq-FqC_tTPp, http://www.playvid.com/watch/ods87k3T9EJ, http://www.playvid.com/watch/Xv8o0mSmPEN, http://www.playvid.com/watch/FGewdk36-sc, http://www.playvid.com/watch/VKL3auAf1Da, http://www.playvid.com/watch/4hyMJYZu-Ux, http://www.playvid.com/watch/j7SMhdgiCXP, http://www.playvid.com/watch/IKDXYXmbsHh, http://www.playvid.com/watch/nfDwIaeoiRo, http://www.playvid.com/watch/ZiYR3XJf0ui, http://www.playvid.com/watch/D2Nt05nK8HZ, http://www.playvid.com/watch/J6KWL4KqO7w, http://www.playvid.com/watch/rdgpMNs17a3, http://www.playvid.com/watch/nSciW_EkTDo, http://www.playvid.com/watch/HwSpDaEjJgR, http://www.playvid.com/watch/lpJsiRB9YD0, http://www.playvid.com/watch/yMCzx6sesqx, http://www.playvid.com/watch/MKlxjhqbcZE, http://www.playvid.com/watch/MgQJVOPjofr, http://www.playvid.com/watch/iFh46BM506k, http://www.playvid.com/watch/hWSbVyMtJaW, http://www.playvid.com/watch/DtXQZX-VdVE, http://www.playvid.com/watch/0-cSX20Cp7h, http://www.playvid.com/watch/nH4JYltOBmk, http://www.playvid.com/watch/R66VHoxNGkO, http://www.playvid.com/watch/haQBmWjWm48, http://www.playvid.com/watch/OYlA0nSPgbd, http://www.playvid.com/watch/S7WnwP0K6DB, http://www.playvid.com/watch/gkBZoETogDL, http://www.playvid.com/watch/XhE3R5ICNPK, http://www.playvid.com/watch/R3xQ-to1fXn, http://www.playvid.com/watch/UiKUGc0WPno, http://www.playvid.com/watch/c4XO_30jMbn, http://www.playvid.com/watch/U9pxXu3lieE, http://www.playvid.com/watch/DgHoX_Lv3e8, http://www.playvid.com/watch/EGy1SUp0OP2, http://www.playvid.com/watch/vo5q3YjEs8Z, http://www.playvid.com/watch/L-V3aEn2yBG, http://www.playvid.com/watch/XtRWs5ah9Pr, http://www.playvid.com/watch/KGXWWQSoWKX, http://www.playvid.com/watch/WkGhHwkkk3B, http://www.playvid.com/watch/hydZe87ZFSS, http://www.playvid.com/watch/8iDjqlxAiUl, http://www.playvid.com/watch/ecAJeLGJn6y
5.f. Date of third notice: 2014-05-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: torees nino
5.b. Uploader's email address: raheem_maher_99@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/torees+nino
5.e. List of videos posted by uploader: http://www.playvid.com/watch/X07chrH2Y7F, http://www.playvid.com/watch/V06Sn5OjQAS, http://www.playvid.com/watch/PMDWJBJL8Qa, http://www.playvid.com/watch/GAyDqOiNmCF, http://www.playvid.com/watch/TjVaMs3jdME, http://www.playvid.com/watch/SSrTJfJWVCL, http://www.playvid.com/watch/5FQn4lJQLyL, http://www.playvid.com/watch/mB4GzlSYuPx, http://www.playvid.com/watch/aAfhXywBuAw, http://www.playvid.com/watch/NKFtg9d4QvN, http://www.playvid.com/watch/O8MWXdYUbxz, http://www.playvid.com/watch/ibY2kIK3p7o, http://www.playvid.com/watch/jmqzPmmK64D, http://www.playvid.com/watch/33IH0kiQrca, http://www.playvid.com/watch/bVS23TL8qz3, http://www.playvid.com/watch/muvSmd4XbWG, http://www.playvid.com/watch/oysRlWvhjVG, http://www.playvid.com/watch/Cu5R9X-PMsh, http://www.playvid.com/watch/0uq5lsvA5OW, http://www.playvid.com/watch/wapke4aTvZh, http://www.playvid.com/watch/lfT2iQ06OGa, http://www.playvid.com/watch/xwYXWZRnrqG, http://www.playvid.com/watch/4cs2Uyh6fSc, http://www.playvid.com/watch/9AFgo4svuew, http://www.playvid.com/watch/hne4iE8YCGY, http://www.playvid.com/watch/aXStNiOJsQA, http://www.playvid.com/watch/PZv7VdmYwyl, http://www.playvid.com/watch/tft7XSpkPbC, http://www.playvid.com/watch/haEpdMSbWAQ, http://www.playvid.com/watch/jCL0BdpnS7u, http://www.playvid.com/watch/xINnn08uylW, http://www.playvid.com/watch/j24wz9xSERb, http://www.playvid.com/watch/QUZiTI8m4tM, http://www.playvid.com/watch/WypXHQHNfsY, http://www.playvid.com/watch/pN5NfxXcFVL, http://www.playvid.com/watch/vtUT8yY8IgT, http://www.playvid.com/watch/HhfRRhNbrPr, http://www.playvid.com/watch/eMCAmLcVVeF, http://www.playvid.com/watch/y0ErOIX9yoW, http://www.playvid.com/watch/kPtaPK4dt7p, http://www.playvid.com/watch/JLxe0qCrlwz, http://www.playvid.com/watch/MhyMWwq5ool, http://www.playvid.com/watch/cgaQFwAfwRr, http://www.playvid.com/watch/ZbH5JpubBSq, http://www.playvid.com/watch/Ufpc0-Fgiw3, http://www.playvid.com/watch/XOnre6I8RF0, http://www.playvid.com/watch/ES5PYwCG3bq, http://www.playvid.com/watch/wvQNY6tlaVy, http://www.playvid.com/watch/IzOHOFbC2z3, http://www.playvid.com/watch/OtLMGQwAmhL, http://www.playvid.com/watch/jiZB8cfsFvd, http://www.playvid.com/watch/wts9vdWsZQW, http://www.playvid.com/watch/m3s4KnPUIbV, http://www.playvid.com/watch/c39sHR6rxoP, http://www.playvid.com/watch/ItPPqn0k6AP, http://www.playvid.com/watch/o0uuEt-dTiP, http://www.playvid.com/watch/mXgpCbCkPnE, http://www.playvid.com/watch/Jz2RXDR2B9Y, http://www.playvid.com/watch/2kWWSCOGE4v, http://www.playvid.com/watch/gqNswRMuMCe, http://www.playvid.com/watch/cGy68a93Adf, http://www.playvid.com/watch/ymNeTBX5BY3, http://www.playvid.com/watch/0THIAgjgFO9, http://www.playvid.com/watch/LXXMshLCSq9, http://www.playvid.com/watch/wT6O7zNylWV, http://www.playvid.com/watch/ZzJOoZWi56W, http://www.playvid.com/watch/cmU0NV6-xtB, http://www.playvid.com/watch/S3J6RyXHtGK, http://www.playvid.com/watch/8QPEDYhHhde, http://www.playvid.com/watch/26weW4CVoHG
5.f. Date of third notice: 2013-10-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Torpedo93
5.b. Uploader's email address: levierdragon99@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Torpedo93
5.e. List of videos posted by uploader: http://www.playvid.com/watch/EI4PqYRXMfr, http://www.playvid.com/watch/NiQrXqPyIbj, http://www.playvid.com/watch/tseGkA5YZ3i, http://www.playvid.com/watch/5pdvHZ4SKsb, http://www.playvid.com/watch/rO3wm5Pr2xv, http://www.playvid.com/watch/VgIkFfP0Y7k, http://www.playvid.com/watch/PBoa4pPfNRs, http://www.playvid.com/watch/lBKAlwWOfqz, http://www.playvid.com/watch/Ez33P2BbBUj, http://www.playvid.com/watch/7E43ZyKTDu8, http://www.playvid.com/watch/nzT7zG5SvJP, http://www.playvid.com/watch/HAmWZUUcbgm, http://www.playvid.com/watch/JAaWf3PUoLc, http://www.playvid.com/watch/qRzZHl80mxF, http://www.playvid.com/watch/k632P9Akegm, http://www.playvid.com/watch/jdPhZBYczT6, http://www.playvid.com/watch/P7x9qDJuOry, http://www.playvid.com/watch/Zi2JlFZ3jlG, http://www.playvid.com/watch/URnO3DB5jh4, http://www.playvid.com/watch/VJtxRdQMmFW, http://www.playvid.com/watch/GAuuabGGDau, http://www.playvid.com/watch/WLfYhPdZ6ol, http://www.playvid.com/watch/HS4BmSnIV0d, http://www.playvid.com/watch/-gjKfvaLcI6, http://www.playvid.com/watch/rODUok6Koez, http://www.playvid.com/watch/z2bf5MubwWS, http://www.playvid.com/watch/O2zZAIS5aYF, http://www.playvid.com/watch/rzj4vsxnGSA, http://www.playvid.com/watch/LwZi9IWs3cG, http://www.playvid.com/watch/EvFAoRDMtMQ, http://www.playvid.com/watch/5PKgP3bJVoO, http://www.playvid.com/watch/0Y0tmpdUYNN, http://www.playvid.com/watch/HwxW4HeV2h5, http://www.playvid.com/watch/poxqdZHSa4R, http://www.playvid.com/watch/P0UGZqjd0wi, http://www.playvid.com/watch/NcGSkMyCg6O, http://www.playvid.com/watch/oKsHhtqQi70, http://www.playvid.com/watch/2eK3hfWM8NT, http://www.playvid.com/watch/nEu9REcEhI0, http://www.playvid.com/watch/eGVPJbnLCb0, http://www.playvid.com/watch/aa6BNxvKtK9, http://www.playvid.com/watch/kHTKhn70fma, http://www.playvid.com/watch/05Xf6TmZ6EY, http://www.playvid.com/watch/ImbOLC0h3Oh, http://www.playvid.com/watch/gLcPuN7Xxn6, http://www.playvid.com/watch/QHVxNDYwwCY, http://www.playvid.com/watch/ym4-xd07zj3, http://www.playvid.com/watch/lunVFio7DIn, http://www.playvid.com/watch/2aTtaFYGGXL, http://www.playvid.com/watch/YFVtcoorcDq, http://www.playvid.com/watch/O9Qum9ousIo, http://www.playvid.com/watch/b-FrRTiy8cY, http://www.playvid.com/watch/yqBlMrvuRMN, http://www.playvid.com/watch/uoPsdW9GNh-, http://www.playvid.com/watch/G9mvUHjM09P, http://www.playvid.com/watch/QloyLJJznas, http://www.playvid.com/watch/gbOsbewPxxL, http://www.playvid.com/watch/fo-hm0GMILt, http://www.playvid.com/watch/BZhlPHMTMYK, http://www.playvid.com/watch/FouwBXejDGs, http://www.playvid.com/watch/RHFRBsdcVke, http://www.playvid.com/watch/ZLCHdXMzjQz, http://www.playvid.com/watch/7FWHKPezEEX, http://www.playvid.com/watch/wlLt0s9Ud9M, http://www.playvid.com/watch/ozsgwcNbsi1, http://www.playvid.com/watch/oPKCwoPNMIa, http://www.playvid.com/watch/MokTOZcAsVo, http://www.playvid.com/watch/FoH3TD3i6vl, http://www.playvid.com/watch/f53yQ3tsUqf, http://www.playvid.com/watch/lUXB84oktXM, http://www.playvid.com/watch/eLZWAhxbrLS, http://www.playvid.com/watch/c__2baFjxBJ, http://www.playvid.com/watch/O8VxNK3PA55, http://www.playvid.com/watch/LRSPf9iSi8k, http://www.playvid.com/watch/6wncr3Rm4Jj, http://www.playvid.com/watch/jLwLmID1v-7, http://www.playvid.com/watch/eykomeLmkYG, http://www.playvid.com/watch/t1ykjzA22w3, http://www.playvid.com/watch/3RLTRwV9xOn, http://www.playvid.com/watch/Tydle_JFZMc, http://www.playvid.com/watch/vpTvOl_7Fuw, http://www.playvid.com/watch/Wn2AxuG9IGH, http://www.playvid.com/watch/jikpAsk-IDj, http://www.playvid.com/watch/5YSFZRODdhF, http://www.playvid.com/watch/fKIkVdvTpwg, http://www.playvid.com/watch/YBbnYoc1V7L, http://www.playvid.com/watch/BR_Xj1PEJkZ, http://www.playvid.com/watch/cC2TeIwwcyf, http://www.playvid.com/watch/RPHQJWhaX6z, http://www.playvid.com/watch/JZ151-UAclW, http://www.playvid.com/watch/YVwHf_nt1NR, http://www.playvid.com/watch/F8RW-YADVzM, http://www.playvid.com/watch/9AxwFpUZKP2, http://www.playvid.com/watch/0QWOmdRuyT4, http://www.playvid.com/watch/9m_yeGGsJoP, http://www.playvid.com/watch/3vdc4E8u-SY, http://www.playvid.com/watch/oS3vdQMH6rr, http://www.playvid.com/watch/y6DwTgE33rI, http://www.playvid.com/watch/GjkGddCkjA2, http://www.playvid.com/watch/idFSlt-uWqc, http://www.playvid.com/watch/GyswlxVL4Wh, http://www.playvid.com/watch/MjhNF2Lx7Dw, http://www.playvid.com/watch/ks4Jg0v-RNI, http://www.playvid.com/watch/NqAFowlc2Qi, http://www.playvid.com/watch/M5U42GMuYhP, http://www.playvid.com/watch/ZEx85k9Z5X6, http://www.playvid.com/watch/WzFK0NeDD7A, http://www.playvid.com/watch/3eR1SPkm6zY, http://www.playvid.com/watch/qIaxNPtyzdd, http://www.playvid.com/watch/dSRgCatBEow, http://www.playvid.com/watch/bbG-Fii9cRD, http://www.playvid.com/watch/odk3QcbymRa, http://www.playvid.com/watch/Q_EHo8LeJ2G, http://www.playvid.com/watch/Pmei5Ol7bzL, http://www.playvid.com/watch/mDhIZdHr4hM, http://www.playvid.com/watch/I_Mmi5mAh7l, http://www.playvid.com/watch/R9f2V3Ei11J, http://www.playvid.com/watch/5SKGjpteEUQ
5.f. Date of third notice: 2013-11-11
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: toy2013
5.b. Uploader's email address: aclamaus@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/toy2013
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5aYP8d0HHn7, http://www.playvid.com/watch/qVu8mHPvuJ9, http://www.playvid.com/watch/XUB0eMQy80z, http://www.playvid.com/watch/iCf4kHovwv-, http://www.playvid.com/watch/lpgb0tVKLMO, http://www.playvid.com/watch/DqHSCDtbYOZ, http://www.playvid.com/watch/mzmlM3wcrLy, http://www.playvid.com/watch/Fq07rLucjxp, http://www.playvid.com/watch/g5nnawcQ8Ao, http://www.playvid.com/watch/WuJ3Vg6Vs8m, http://www.playvid.com/watch/S2v4BiYQxz3, http://www.playvid.com/watch/PeLHpjDwp0e, http://www.playvid.com/watch/GNJ0-6bDjnY, http://www.playvid.com/watch/WPbKwQ8GCWZ, http://www.playvid.com/watch/2McIyMjZVfw, http://www.playvid.com/watch/SsoG2RLLcYy, http://www.playvid.com/watch/WCiHWADQlsE, http://www.playvid.com/watch/rpZjvNJEx0l, http://www.playvid.com/watch/MqF3Mi3j-Sf, http://www.playvid.com/watch/kaMFE2hMufw, http://www.playvid.com/watch/m3UprpVJTQX, http://www.playvid.com/watch/iNdDEvhoN3U, http://www.playvid.com/watch/I8bue30rvRP, http://www.playvid.com/watch/LIXNjFAYBFx, http://www.playvid.com/watch/WNOtl57C8sr, http://www.playvid.com/watch/TPV5S4mQDn0, http://www.playvid.com/watch/QOnAAafx3dV, http://www.playvid.com/watch/0pFs7VdfEcQ, http://www.playvid.com/watch/ftdjjrfhdHL, http://www.playvid.com/watch/fUrd64dwGMO, http://www.playvid.com/watch/BgUDpAZaEOs, http://www.playvid.com/watch/GDRJXuz7JYO, http://www.playvid.com/watch/fyyMOHU7JQT, http://www.playvid.com/watch/maokqflE5wl, http://www.playvid.com/watch/YjDZrhbdNCe, http://www.playvid.com/watch/gfWC8aY5VL6, http://www.playvid.com/watch/eU2fjBoKqFv, http://www.playvid.com/watch/8U8fdrLsObv, http://www.playvid.com/watch/qENsZ-VnR9U, http://www.playvid.com/watch/8i7b4qQSbPz, http://www.playvid.com/watch/Tnk4UVT6-jN, http://www.playvid.com/watch/oRuw38kUss3, http://www.playvid.com/watch/KYYgbywnk6t, http://www.playvid.com/watch/DL45q5PjjJk, http://www.playvid.com/watch/kdaLbae592K, http://www.playvid.com/watch/qtvzfGx5whY, http://www.playvid.com/watch/JLEe3CNCCSU, http://www.playvid.com/watch/dUsx5dCOlPq, http://www.playvid.com/watch/jkDsWQBFuDT, http://www.playvid.com/watch/pci9BI94IOw, http://www.playvid.com/watch/aWmwv4EDdmo, http://www.playvid.com/watch/f3AHfRqAmM9, http://www.playvid.com/watch/UBy5cLy9pkJ, http://www.playvid.com/watch/imCsOdEujtq, http://www.playvid.com/watch/AWwItmVy8sd, http://www.playvid.com/watch/U6o-PlQV9ZZ, http://www.playvid.com/watch/OHxSUTMW2Ki, http://www.playvid.com/watch/0HAcRzREmhd, http://www.playvid.com/watch/ahQXufrxXRd, http://www.playvid.com/watch/NPQYCzfC8I3, http://www.playvid.com/watch/TUTojff7HzA, http://www.playvid.com/watch/qn6VIthEHjG, http://www.playvid.com/watch/YzhGsrn3Yad, http://www.playvid.com/watch/F3bl0Dqr0x-, http://www.playvid.com/watch/7sjEGoECOU7, http://www.playvid.com/watch/jKZgiwywQdO, http://www.playvid.com/watch/Ht8QMKuj3UB, http://www.playvid.com/watch/OAqJxbN5-oD, http://www.playvid.com/watch/9eZi3OfEINQ, http://www.playvid.com/watch/J-nB6B7z9Cp, http://www.playvid.com/watch/j7aojDMCP3p, http://www.playvid.com/watch/9FhwhrE8SKx, http://www.playvid.com/watch/mABBVFiIAe3, http://www.playvid.com/watch/opTOAsZnM9f, http://www.playvid.com/watch/yOBM27Mn6n-, http://www.playvid.com/watch/-HnISS6a89v, http://www.playvid.com/watch/D9uXUhHSzCr, http://www.playvid.com/watch/bRLQueymrsN, http://www.playvid.com/watch/Yet5QTAzTis, http://www.playvid.com/watch/sjeu0vKV7-I, http://www.playvid.com/watch/X-TfvE4PrqS, http://www.playvid.com/watch/yxoPBHPyjUw
5.f. Date of third notice: 2013-10-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: transcend-4
5.b. Uploader's email address: carla.sans@libero.it
5.d. Uploader's profile: http://www.playvid.com/member/transcend-4
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vNJ0eMtU9kY, http://www.playvid.com/watch/yk7q-2d30De, http://www.playvid.com/watch/SImoq0wvwgj, http://www.playvid.com/watch/9EfHxHFckpT, http://www.playvid.com/watch/sZNAfXzvGf3, http://www.playvid.com/watch/Z6hqANF4Pvn, http://www.playvid.com/watch/nsUDC2JxGRL, http://www.playvid.com/watch/w5z8PaekfBa, http://www.playvid.com/watch/DrWLcxNqs-3, http://www.playvid.com/watch/eJYXl8kLZkj, http://www.playvid.com/watch/unqDUfFLtw4, http://www.playvid.com/watch/8qsLLV7pCwG, http://www.playvid.com/watch/4Srfe-VuXhh, http://www.playvid.com/watch/Xm05F39n96o, http://www.playvid.com/watch/udGVhb-L33n, http://www.playvid.com/watch/QySUSL7fUvr, http://www.playvid.com/watch/zkajnMSOwa9, http://www.playvid.com/watch/VwA9aHJq2Qv, http://www.playvid.com/watch/RoSyaUDgkqR, http://www.playvid.com/watch/xhOy5fGAvS6, http://www.playvid.com/watch/MTp9k8FdXut, http://www.playvid.com/watch/POKA8jBoopG, http://www.playvid.com/watch/54QyNsjpbkU, http://www.playvid.com/watch/X3rk0bF8AUi, http://www.playvid.com/watch/BfYmeI6heIN, http://www.playvid.com/watch/8IdHvkCedUu, http://www.playvid.com/watch/LrPfCpalIlX, http://www.playvid.com/watch/QH4YWWupdYu, http://www.playvid.com/watch/2Rk4eYgtdr4, http://www.playvid.com/watch/i4ZIzuyPxdH, http://www.playvid.com/watch/3q94mUXsxD7, http://www.playvid.com/watch/pVmbwCeC8Td, http://www.playvid.com/watch/Q9vPOGr5tl7, http://www.playvid.com/watch/wUtB6p9q0GH, http://www.playvid.com/watch/5dMBGzAGSqZ, http://www.playvid.com/watch/B6Zt9hkz0mY, http://www.playvid.com/watch/XRWJSL9pB-R, http://www.playvid.com/watch/AJLVLhg73Y3, http://www.playvid.com/watch/Bnl4J4HgqyH, http://www.playvid.com/watch/kgDi8rtni8T, http://www.playvid.com/watch/svXSrK-2J4w, http://www.playvid.com/watch/lyFgWzt7WFA, http://www.playvid.com/watch/baHRwI426FA, http://www.playvid.com/watch/zXKedwElqmo, http://www.playvid.com/watch/OWiLmJqAQlG, http://www.playvid.com/watch/B57gDGUr6l9, http://www.playvid.com/watch/zXek8j-HjVu, http://www.playvid.com/watch/3CH8QZnWbdQ, http://www.playvid.com/watch/cLMiPPUWTwL, http://www.playvid.com/watch/FsOpLyq8bgE, http://www.playvid.com/watch/s3i4tniwobo, http://www.playvid.com/watch/XZhJeii3iEm, http://www.playvid.com/watch/CA4c7zo08uM, http://www.playvid.com/watch/7-0GZYXbmfY, http://www.playvid.com/watch/nZhQcyWvcXG, http://www.playvid.com/watch/h9qcjJzIrJm, http://www.playvid.com/watch/3hcQTXsZzJR, http://www.playvid.com/watch/VKh3lMeEfoG, http://www.playvid.com/watch/HTnfhFNaHrm, http://www.playvid.com/watch/sEIKjck93Kj, http://www.playvid.com/watch/rEdXUbVv5HJ, http://www.playvid.com/watch/AcY9xacTkDb
5.f. Date of third notice: 2014-02-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: travislove
5.b. Uploader's email address: herloipoku@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/travislove
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wqgghqhVC-r, http://www.playvid.com/watch/BKozt67XAeI, http://www.playvid.com/watch/L5W6eHLqKmo, http://www.playvid.com/watch/iMYIks4L6BT, http://www.playvid.com/watch/F0JuEitDHLj, http://www.playvid.com/watch/XUPS3BInrGK, http://www.playvid.com/watch/lakvADFZ0lM, http://www.playvid.com/watch/icyslPpciur, http://www.playvid.com/watch/WwfCEpgPzze, http://www.playvid.com/watch/iVSIgWYjTTM, http://www.playvid.com/watch/iMBAR8nANVZ, http://www.playvid.com/watch/Q6-qqzsm65t, http://www.playvid.com/watch/vB5t-BN8L8A, http://www.playvid.com/watch/TQjSNWNtSIl, http://www.playvid.com/watch/Ext7vTeXqs7, http://www.playvid.com/watch/UREpfZMJeju, http://www.playvid.com/watch/Pf4ynT-LEoj, http://www.playvid.com/watch/CzG0GXJIoEc, http://www.playvid.com/watch/tZjBXoz6iYv, http://www.playvid.com/watch/x3t-pW9VyXa, http://www.playvid.com/watch/UMfhFS0aEVC, http://www.playvid.com/watch/XjUhs8jtwta, http://www.playvid.com/watch/jndJESm0LMt, http://www.playvid.com/watch/96X7SIsfevM, http://www.playvid.com/watch/lcOu6Tlt7Yk, http://www.playvid.com/watch/q-oAIach-3I, http://www.playvid.com/watch/2hIeAF9nZ7a, http://www.playvid.com/watch/aimwOMB8F0X, http://www.playvid.com/watch/omGzde3j48e, http://www.playvid.com/watch/3q7DLzQyBv7, http://www.playvid.com/watch/LIc0IhXQSxY, http://www.playvid.com/watch/PqMz7TcYDft, http://www.playvid.com/watch/eVAsEBR60Fm, http://www.playvid.com/watch/TR0r5YO3ysM, http://www.playvid.com/watch/E0meQ-WupHz, http://www.playvid.com/watch/kVW0bhlygNz, http://www.playvid.com/watch/waZjsq5bCAS, http://www.playvid.com/watch/E8BxtY6oMf5, http://www.playvid.com/watch/ITqMo8i3Gjh, http://www.playvid.com/watch/p2l5Q0GZIe3, http://www.playvid.com/watch/8AGAJaMnbfd, http://www.playvid.com/watch/lhSX5Y4AA8u, http://www.playvid.com/watch/zDRnhewUGXB, http://www.playvid.com/watch/vfx0ysSoEk0, http://www.playvid.com/watch/-oqrf5xsrVY, http://www.playvid.com/watch/eRy-qeNTYxs, http://www.playvid.com/watch/7LvYtoWW6PM, http://www.playvid.com/watch/sPHkHZNgu25, http://www.playvid.com/watch/OCd5awjHrnw, http://www.playvid.com/watch/LrRgwvIrRTj, http://www.playvid.com/watch/V0Gvr-0NZwr, http://www.playvid.com/watch/hQDPGZCpJY7, http://www.playvid.com/watch/jNSjbmgBj52, http://www.playvid.com/watch/ZMjShmEgChd, http://www.playvid.com/watch/osVfDccsKPy, http://www.playvid.com/watch/nRdWm6dHkNX, http://www.playvid.com/watch/ZbHLkH7mMCL, http://www.playvid.com/watch/aAkHAcQ7e3o, http://www.playvid.com/watch/fTeWi5USPpU, http://www.playvid.com/watch/OOl3smojavP, http://www.playvid.com/watch/CumV9PBfprb, http://www.playvid.com/watch/MTYWqfaNgym, http://www.playvid.com/watch/dM0aV9GbaH-, http://www.playvid.com/watch/nvCBfq-aRrN, http://www.playvid.com/watch/AJV8NXdoUXu, http://www.playvid.com/watch/MpaLn-iVV-u, http://www.playvid.com/watch/62JkZMN6SDV, http://www.playvid.com/watch/MrMtKGEZHpo, http://www.playvid.com/watch/pAbTOW5UIE-, http://www.playvid.com/watch/GI3NQXAtr7d, http://www.playvid.com/watch/eCXJKE52wmt, http://www.playvid.com/watch/F2emqGigOt2, http://www.playvid.com/watch/LqFJKDTQV-g, http://www.playvid.com/watch/efjeoj-khmv, http://www.playvid.com/watch/hdHH07ww9eR, http://www.playvid.com/watch/bazZ2ZEGrbX, http://www.playvid.com/watch/7EhVYYdp292, http://www.playvid.com/watch/QhGjTzrBpEI, http://www.playvid.com/watch/2I-oAFu3qEj, http://www.playvid.com/watch/GAXpm6ApWXS, http://www.playvid.com/watch/GHJwS3WYdHq, http://www.playvid.com/watch/8ARL5nfD7PW, http://www.playvid.com/watch/H5OU8JM0Uvk, http://www.playvid.com/watch/DE8xDlKWjQr, http://www.playvid.com/watch/lpGjEU6RQcB, http://www.playvid.com/watch/JkVCrQdwFj9, http://www.playvid.com/watch/ii-UKtgotXy, http://www.playvid.com/watch/FHyKMoJfnJl, http://www.playvid.com/watch/clqXXEgfddm, http://www.playvid.com/watch/nJqElA6Jd3y, http://www.playvid.com/watch/X0ucaVoRqgD, http://www.playvid.com/watch/oWlwTU95fEn, http://www.playvid.com/watch/3-4KMnYKQ3l
5.f. Date of third notice: 2013-09-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: trishaxx
5.b. Uploader's email address: tabu555@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/trishaxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/e6feKWOL2UQ, http://www.playvid.com/watch/Vfpa7kLwdd3, http://www.playvid.com/watch/J8nv7d0vWBf, http://www.playvid.com/watch/knFAePJALXd, http://www.playvid.com/watch/-dPlohOmiUe, http://www.playvid.com/watch/HDgiGXnUf5h, http://www.playvid.com/watch/WpLEkEmUSuC, http://www.playvid.com/watch/e0CNuJsXQXj, http://www.playvid.com/watch/KNX6wIyEj0M, http://www.playvid.com/watch/OeADNQJdKY2, http://www.playvid.com/watch/UYyrx8Fbpwi, http://www.playvid.com/watch/lmGWrzgdOzj, http://www.playvid.com/watch/6EtF5bzDDYM, http://www.playvid.com/watch/A8hrcObcg8R, http://www.playvid.com/watch/TqtXxi0GKm4, http://www.playvid.com/watch/ydMBU2DLwTr, http://www.playvid.com/watch/OuptV544l2P, http://www.playvid.com/watch/0ENr4E3oaDM, http://www.playvid.com/watch/kSfmtgebO9w, http://www.playvid.com/watch/SC2U7q82grW, http://www.playvid.com/watch/LNUAqjG7qY9, http://www.playvid.com/watch/crsBbUjZS4n, http://www.playvid.com/watch/MIwPq5P2NXC, http://www.playvid.com/watch/HldRNQdHNhA, http://www.playvid.com/watch/tvn0RPG3Pus, http://www.playvid.com/watch/QdQ9UK0jhHd, http://www.playvid.com/watch/BFeY6lJleUx, http://www.playvid.com/watch/TbR8CRxV34J, http://www.playvid.com/watch/yG-7GahMI67
5.f. Date of third notice: 2013-11-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tristram
5.b. Uploader's email address: delanparker@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/tristram
5.e. List of videos posted by uploader: http://www.playvid.com/watch/phZYRrWNsaY, http://www.playvid.com/watch/Ha0EG5coPK4, http://www.playvid.com/watch/Y635Tshass8, http://www.playvid.com/watch/jhLf5l8eZ8b, http://www.playvid.com/watch/W0oJcDqmNB7, http://www.playvid.com/watch/Cci0y3pAb1n, http://www.playvid.com/watch/FTiEbWBlGLW, http://www.playvid.com/watch/fLA7PWgNJHi, http://www.playvid.com/watch/YwspaZylr_s, http://www.playvid.com/watch/3J-misT3Afi, http://www.playvid.com/watch/IL_UZkhpvYo, http://www.playvid.com/watch/gRoss3VqMVQ, http://www.playvid.com/watch/3SOb0zSEbMP, http://www.playvid.com/watch/uBep8x1zONe, http://www.playvid.com/watch/O51kiOTN7sE, http://www.playvid.com/watch/lBGP5rTE3A7, http://www.playvid.com/watch/y75ErRnxux0, http://www.playvid.com/watch/3I6cyxoN3mS, http://www.playvid.com/watch/iA6OldMQFkX, http://www.playvid.com/watch/Ga4NZp7ncdV, http://www.playvid.com/watch/JiNUSNQ19EH, http://www.playvid.com/watch/xNwR2-kHC-u, http://www.playvid.com/watch/pc0n7GuEca6, http://www.playvid.com/watch/eTYvcPo_TTR, http://www.playvid.com/watch/CsH8cy-TpaZ, http://www.playvid.com/watch/L27DAfLAhFo, http://www.playvid.com/watch/ILWZwGS-Rkl, http://www.playvid.com/watch/8h_aH2jBhbh, http://www.playvid.com/watch/EKR4ZP1RSwN, http://www.playvid.com/watch/TnnaPSEEj0f, http://www.playvid.com/watch/s-2okHjCGzu, http://www.playvid.com/watch/DJvD9qz6Kr0, http://www.playvid.com/watch/JOE39oOlBJr, http://www.playvid.com/watch/4tCiv7Mv9id, http://www.playvid.com/watch/pq3RNVcOo_K, http://www.playvid.com/watch/NUH-CWyclhz, http://www.playvid.com/watch/6_sAptAvTcE, http://www.playvid.com/watch/fACv4unezEe, http://www.playvid.com/watch/hmCCF97GouR, http://www.playvid.com/watch/AHzG7z0F0mU, http://www.playvid.com/watch/qQ_8NorqXst, http://www.playvid.com/watch/nIfrguKjL4r, http://www.playvid.com/watch/B-0k5F3l4dV, http://www.playvid.com/watch/wNzBsHIb1sW, http://www.playvid.com/watch/2ND3a2CNymP, http://www.playvid.com/watch/aDwdTuEyeyt, http://www.playvid.com/watch/tPoMDCx7XJP, http://www.playvid.com/watch/BexXJW27e8l, http://www.playvid.com/watch/vj8ECP87wSS, http://www.playvid.com/watch/r9gkpzrzl0d, http://www.playvid.com/watch/TCisuYht0EJ, http://www.playvid.com/watch/PnXSu2Do4bg, http://www.playvid.com/watch/qsqz-JvzF2p, http://www.playvid.com/watch/JyYHX8V443y, http://www.playvid.com/watch/X88sZil25ur, http://www.playvid.com/watch/5nV3d2pP-94, http://www.playvid.com/watch/aQ3CkrYE15L, http://www.playvid.com/watch/ncyLbgmBJ5k, http://www.playvid.com/watch/AHj2KSRZigU, http://www.playvid.com/watch/yRFhTNNTfGJ, http://www.playvid.com/watch/yR9O-QV6JJe, http://www.playvid.com/watch/9RxykoPBrJZ, http://www.playvid.com/watch/QedmWzgmHVE, http://www.playvid.com/watch/BvlDpcEKZE7, http://www.playvid.com/watch/Lbfm4yeyHjR, http://www.playvid.com/watch/AMuRIITLtob, http://www.playvid.com/watch/kj4WCgYa12x, http://www.playvid.com/watch/rhBDu-H4Scx, http://www.playvid.com/watch/DSTAUqV-VDH, http://www.playvid.com/watch/RE3A0mnsS23, http://www.playvid.com/watch/ycoV_YPiJn3, http://www.playvid.com/watch/bNHRTi60T1J, http://www.playvid.com/watch/Z7qtX5wCjTW, http://www.playvid.com/watch/KV9eC0QSY0G, http://www.playvid.com/watch/4VDTkkeWC2k, http://www.playvid.com/watch/RTgS_tEI1_b, http://www.playvid.com/watch/FqxMwl7xt9Q, http://www.playvid.com/watch/SJH-u3BG8-m, http://www.playvid.com/watch/VRxUKBAwDbY, http://www.playvid.com/watch/Fjz99DalIVB, http://www.playvid.com/watch/2LJnd8viuXW, http://www.playvid.com/watch/vubrfKIVR7N, http://www.playvid.com/watch/siMatDMd27I, http://www.playvid.com/watch/880Kv7utHlT, http://www.playvid.com/watch/yMfWnI9Agnw, http://www.playvid.com/watch/ue9UktyHdzg, http://www.playvid.com/watch/Vvg2pQnONrX, http://www.playvid.com/watch/lGa2fljYP7R, http://www.playvid.com/watch/k5JRcE5DTHK, http://www.playvid.com/watch/AfJOW6ymvTB, http://www.playvid.com/watch/711fqbSuAam, http://www.playvid.com/watch/lAIgnxEs9Xy, http://www.playvid.com/watch/TfPQaSLf_kn, http://www.playvid.com/watch/cijw6Wlrh9R, http://www.playvid.com/watch/UkXEJKh3MRF, http://www.playvid.com/watch/T3jNP9557ae, http://www.playvid.com/watch/VZz9iXcV4fm, http://www.playvid.com/watch/rqivP_Ko-B2, http://www.playvid.com/watch/gTRO4CT0PVZ, http://www.playvid.com/watch/haC2HpXgtfE, http://www.playvid.com/watch/ZRvLYHzl4mT, http://www.playvid.com/watch/bGVrvv5lcmr, http://www.playvid.com/watch/QUqajcTFKF0, http://www.playvid.com/watch/tYo7dXXSGIV, http://www.playvid.com/watch/n_PVSKxMyzo, http://www.playvid.com/watch/M_vxqtRQFKT, http://www.playvid.com/watch/lWDoIOWfJvO, http://www.playvid.com/watch/tMSwsCE_5sH, http://www.playvid.com/watch/zkZQzRPHDVN, http://www.playvid.com/watch/rmvEYjtDHoI, http://www.playvid.com/watch/uqO0qrYQvyH, http://www.playvid.com/watch/UFeGiQvWECc, http://www.playvid.com/watch/93y1ipGzC4H, http://www.playvid.com/watch/EHJMXHrwkfO
5.f. Date of third notice: 2014-03-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tuk-tuk
5.b. Uploader's email address: weagusto@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/tuk-tuk
5.e. List of videos posted by uploader: http://www.playvid.com/watch/W5aEx6Nya6b, http://www.playvid.com/watch/J9SPbRRx4wC, http://www.playvid.com/watch/4oCTJCb5Y-k, http://www.playvid.com/watch/s6xFL7him2m, http://www.playvid.com/watch/7EpCXE5ZQLS, http://www.playvid.com/watch/uZjH-aMIqX5, http://www.playvid.com/watch/KII6dgn80Ew, http://www.playvid.com/watch/QNQ67swXSy5, http://www.playvid.com/watch/zdurOiea4IX, http://www.playvid.com/watch/miJyXuvNJc7, http://www.playvid.com/watch/zdh2aR3P2k0, http://www.playvid.com/watch/YmzvZXwXUXC, http://www.playvid.com/watch/pgjc2LOd8pu, http://www.playvid.com/watch/TgZ4ZYtuuxL, http://www.playvid.com/watch/s6ycKFPtWyK, http://www.playvid.com/watch/Fj8td84X95l, http://www.playvid.com/watch/oT-9Oliat2-, http://www.playvid.com/watch/VSCRrB7mZyp, http://www.playvid.com/watch/vvTd538zODa, http://www.playvid.com/watch/6LB4IGKNJL4, http://www.playvid.com/watch/QjHI-s7AkvM, http://www.playvid.com/watch/2c8CjhjpFPb, http://www.playvid.com/watch/Yu5266KzUbG, http://www.playvid.com/watch/9SXdJdYMaMA, http://www.playvid.com/watch/bUDwzylU8FZ, http://www.playvid.com/watch/YbV9h7kJXuX, http://www.playvid.com/watch/6hwcZv-MK2V, http://www.playvid.com/watch/nMuhMUV-vlM, http://www.playvid.com/watch/FBgkH54rjfB, http://www.playvid.com/watch/TLLVSqiZ2Gw, http://www.playvid.com/watch/5SvgRiYannE, http://www.playvid.com/watch/DBm4Z7QjuB2, http://www.playvid.com/watch/dCcnAxx3t6s, http://www.playvid.com/watch/zNkIz4oIVZy, http://www.playvid.com/watch/qanmvDSECx9, http://www.playvid.com/watch/tdKkNJU6Wm0, http://www.playvid.com/watch/fPz5rrL5Y0Y, http://www.playvid.com/watch/vOSZShjf4Wj, http://www.playvid.com/watch/NGu0CnCdgSd, http://www.playvid.com/watch/ppLdgGlWRbb, http://www.playvid.com/watch/4hxYFiV5jnm, http://www.playvid.com/watch/rE6WzC-uJYC, http://www.playvid.com/watch/YVQ65OUAmkb, http://www.playvid.com/watch/QykWDBafBQZ, http://www.playvid.com/watch/0bSqC5S96R-, http://www.playvid.com/watch/gG80JgbYEB5, http://www.playvid.com/watch/FGNdimH02Ey, http://www.playvid.com/watch/h4f0X8KcDCX, http://www.playvid.com/watch/JoJFNkbTP9C, http://www.playvid.com/watch/xIKySctT820, http://www.playvid.com/watch/W7QXxaUudt9, http://www.playvid.com/watch/Uc4SAPc8mU7
5.f. Date of third notice: 2014-01-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: turnon
5.b. Uploader's email address: dereckhalkin@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/turnon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/TnKhLwFdupQ, http://www.playvid.com/watch/rcjZHCkP3oS, http://www.playvid.com/watch/dlCZul7hEOk, http://www.playvid.com/watch/uWoKHFHNOPG, http://www.playvid.com/watch/hzf7YiMCyNs, http://www.playvid.com/watch/IGvtzWHjU9B, http://www.playvid.com/watch/ljzlazJotfc, http://www.playvid.com/watch/SolAKHiXuhA, http://www.playvid.com/watch/dKX5w2lbgwb, http://www.playvid.com/watch/a7WTakGituf, http://www.playvid.com/watch/LEyiPmYtx0S, http://www.playvid.com/watch/DP0cZDahLnG, http://www.playvid.com/watch/9fDIRe4nEvA, http://www.playvid.com/watch/mOJcru2lkwC, http://www.playvid.com/watch/FxocDio5NIa, http://www.playvid.com/watch/jLK3EPUl-mc, http://www.playvid.com/watch/GA83HikDbUf, http://www.playvid.com/watch/7gfZLzGOlb7, http://www.playvid.com/watch/oDuMxGfDOPl, http://www.playvid.com/watch/oNMFcWCcUDy,

http://www.playvid.com/watch/faI0qivSGTM, http://www.playvid.com/watch/wXxwQIle4ww, http://www.playvid.com/watch/Qwwd3LsaRLA,
http://www.playvid.com/watch/4Bws02RUMkH, http://www.playvid.com/watch/SWBiw-qjuyJ, http://www.playvid.com/watch/8uUUh0aNbrD,
http://www.playvid.com/watch/CWrsv0DRjvg, http://www.playvid.com/watch/iP6CanO9H3C, http://www.playvid.com/watch/ENg9vVVUfOU,
http://www.playvid.com/watch/Ur5vVtEAFtT, http://www.playvid.com/watch/Nu5BkuGWgG6, http://www.playvid.com/watch/ngcyVL8t2us,
http://www.playvid.com/watch/QJeTezXZgoL, http://www.playvid.com/watch/CMNfMdvNYcG, http://www.playvid.com/watch/f55ZITma4cP,
http://www.playvid.com/watch/TVO8dUUg64o, http://www.playvid.com/watch/dS2KRfIjsOm, http://www.playvid.com/watch/AgwQ-2y0jjD,
http://www.playvid.com/watch/yJRSRUSS63h, http://www.playvid.com/watch/p5Kq0KLYhkv, http://www.playvid.com/watch/Jogy2GSK--V,
http://www.playvid.com/watch/tnPSKSHVgEa, http://www.playvid.com/watch/FGHf5Fa2Es3, http://www.playvid.com/watch/rsNKP65-a8u,
http://www.playvid.com/watch/fwa6hnleI3v, http://www.playvid.com/watch/Ctb9GqaB0Py, http://www.playvid.com/watch/sRhVE2nssCj,
http://www.playvid.com/watch/aHyASX2WrGL, http://www.playvid.com/watch/sVL8Gmro7m5, http://www.playvid.com/watch/vMFLRjHtynR,
http://www.playvid.com/watch/NRRZ520wNaP, http://www.playvid.com/watch/Ddbpa6Nfz9s, http://www.playvid.com/watch/AOY9oUy5ARU,
http://www.playvid.com/watch/8TYFFdzK-5q, http://www.playvid.com/watch/HQnfy-36-QZ, http://www.playvid.com/watch/A9g2cFiR4x3,
http://www.playvid.com/watch/SULxsk9Lp6u, http://www.playvid.com/watch/vhA0hoAu3yM, http://www.playvid.com/watch/5suBXuNVXgV,
http://www.playvid.com/watch/rRzcvJTr67R, http://www.playvid.com/watch/jFQDX6IcJeW, http://www.playvid.com/watch/LipT-aiuUvE,
http://www.playvid.com/watch/IM0xC3ArZtF, http://www.playvid.com/watch/uau3rUbYDgb, http://www.playvid.com/watch/WcOCOqY-luj,
http://www.playvid.com/watch/4FYzsI8kZcv, http://www.playvid.com/watch/lbNSTBtlYpd, http://www.playvid.com/watch/q3AshaBswnZ,
http://www.playvid.com/watch/sWqlIIih40d, http://www.playvid.com/watch/6-T0kcQZxgz, http://www.playvid.com/watch/C6Q2Qs2zCzs,
http://www.playvid.com/watch/IXs-qUcnKDY, http://www.playvid.com/watch/uJbp7Xt35qI, http://www.playvid.com/watch/58cApNanQA6,
http://www.playvid.com/watch/c4dAYezAhkT, http://www.playvid.com/watch/2mS0DQBYNsp, http://www.playvid.com/watch/MOkQAcZ2hdE,
http://www.playvid.com/watch/9RyLEb6EWJ6, http://www.playvid.com/watch/CB808sGuaHK, http://www.playvid.com/watch/iVCTFk3eEod,
http://www.playvid.com/watch/itoE8-d24fi, http://www.playvid.com/watch/uasCKYhrH9i, http://www.playvid.com/watch/eUETcBlTuBd,
http://www.playvid.com/watch/QFijPfOPtmL, http://www.playvid.com/watch/U7WIEeRTi40, http://www.playvid.com/watch/iONvVrghcUw,
http://www.playvid.com/watch/ICstwiwXl6w, http://www.playvid.com/watch/GzHC726O6Ux, http://www.playvid.com/watch/6QB0UIg3OIt,
http://www.playvid.com/watch/viIbNZhx883, http://www.playvid.com/watch/aOzoygCYlFg, http://www.playvid.com/watch/EXBaCG3hn9r,
http://www.playvid.com/watch/Oi7f9z9NTrU, http://www.playvid.com/watch/UPpcnSleb9r, http://www.playvid.com/watch/yuUxwYqZCaK,
http://www.playvid.com/watch/Vxe5xEmdBv-, http://www.playvid.com/watch/BaM5Bypts0f, http://www.playvid.com/watch/LkBV9NMAsIw,
http://www.playvid.com/watch/Mh7mRPGAbbp, http://www.playvid.com/watch/Nt7PqAXGd8O, http://www.playvid.com/watch/TBoQcxGXerM,
http://www.playvid.com/watch/B5nS6wzdBg5, http://www.playvid.com/watch/7DqBRN2hYjQ, http://www.playvid.com/watch/FwZKsw4CH8E,
http://www.playvid.com/watch/UY4pKAvMqqU, http://www.playvid.com/watch/aB2XVQSD5Gq, http://www.playvid.com/watch/Umn4IbD327H,
http://www.playvid.com/watch/Mjz3xyak-Za, http://www.playvid.com/watch/LQapAjoeiBS, http://www.playvid.com/watch/IkqXKwRRpjG,
http://www.playvid.com/watch/BriR56L8Xxc, http://www.playvid.com/watch/QaO6djJOZTb, http://www.playvid.com/watch/EbrQZOmskzb,
http://www.playvid.com/watch/kfHIn0Hw2bv, http://www.playvid.com/watch/UkFVeg5FEH2, http://www.playvid.com/watch/jyADLOn3CSG,
http://www.playvid.com/watch/yZ0mi7R9Ixq, http://www.playvid.com/watch/35Ta0cLDKPW, http://www.playvid.com/watch/0KBRVjOEOaY,
http://www.playvid.com/watch/bGTM6Pvtwra, http://www.playvid.com/watch/H980ySYf9RL, http://www.playvid.com/watch/iA9CxVbBM87,
http://www.playvid.com/watch/TavqkH7Ysmp, http://www.playvid.com/watch/cnK-7fZ9rGP, http://www.playvid.com/watch/bK4pyaz4ReJ,
http://www.playvid.com/watch/M0O6f83JxHT, http://www.playvid.com/watch/k6hXdWi2RSo, http://www.playvid.com/watch/uRTyaQxefOC,
http://www.playvid.com/watch/yITwAbSRxy0, http://www.playvid.com/watch/6a3mltqI2fS, http://www.playvid.com/watch/ZwJNB0d0Itm,
http://www.playvid.com/watch/QJjOTKuyFee, http://www.playvid.com/watch/wJAbH-O4aoQ, http://www.playvid.com/watch/gD3RmfT5jad,
http://www.playvid.com/watch/azf9kAUK0Dd, http://www.playvid.com/watch/WIbnSbUwRNl, http://www.playvid.com/watch/Xie8kdofXT2,
http://www.playvid.com/watch/XcHciD77ktL, http://www.playvid.com/watch/Yb0jAzhrdei, http://www.playvid.com/watch/076-7qDeEI-,
http://www.playvid.com/watch/nSU4usS635C, http://www.playvid.com/watch/YuOyJ4efZqI, http://www.playvid.com/watch/Jse0XRG5Ky4,
http://www.playvid.com/watch/yLio0FznUJG, http://www.playvid.com/watch/wDVLMdvHsID, http://www.playvid.com/watch/-HAwoo2Kzh3,
http://www.playvid.com/watch/F5zAAEcJ5GY, http://www.playvid.com/watch/JofexQewunD, http://www.playvid.com/watch/fYRwQlUmc58,
http://www.playvid.com/watch/9fHv7lnYZnj, http://www.playvid.com/watch/pOJ9BJ26d7U, http://www.playvid.com/watch/8o2KlgYkX0A,
http://www.playvid.com/watch/LUhbWMUG8HP, http://www.playvid.com/watch/6XWYjTkMo3s, http://www.playvid.com/watch/o4uqMF7YJiJ,
http://www.playvid.com/watch/MBUpSDXSGCY, http://www.playvid.com/watch/H9SSgUknkGt, http://www.playvid.com/watch/ZV04vCk70aJ,
http://www.playvid.com/watch/jjAYyjcQ0TB, http://www.playvid.com/watch/BaijfgQSJtZ, http://www.playvid.com/watch/SfrT6Iik-Xb,
http://www.playvid.com/watch/AV-O8mDxFa0, http://www.playvid.com/watch/T0yxGpyRZfh, http://www.playvid.com/watch/vlxi9Y2iH0-,
http://www.playvid.com/watch/4inTVi9CONI, http://www.playvid.com/watch/olzYfkJPmlZ, http://www.playvid.com/watch/A7Oqm-JvTbN,
http://www.playvid.com/watch/THJAjdmtrwW, http://www.playvid.com/watch/YPHrDNCpmdo, http://www.playvid.com/watch/IQFloGQ-2XQ,
http://www.playvid.com/watch/fIVAudfnBkY, http://www.playvid.com/watch/4LRAdJqODzi, http://www.playvid.com/watch/UL8h6dnuYSl,
http://www.playvid.com/watch/zuvCE-8m5-l, http://www.playvid.com/watch/SNSNlp2bM56, http://www.playvid.com/watch/MNDG6GvbVRl,
http://www.playvid.com/watch/j0HEqrzHdUz, http://www.playvid.com/watch/3kK0TIaUcW0, http://www.playvid.com/watch/TEdN8cWdZ8h,
http://www.playvid.com/watch/4C7xht22PJQ, http://www.playvid.com/watch/LHWvPFTXW-C, http://www.playvid.com/watch/eV4iPHPqOpP,
http://www.playvid.com/watch/vIIJxUQIysX, http://www.playvid.com/watch/Y2jRhOD-Z4s, http://www.playvid.com/watch/5OpY9IoHr2U,
http://www.playvid.com/watch/pEBwVBNdWto, http://www.playvid.com/watch/pOhdQDyRlAu, http://www.playvid.com/watch/p4maQ3hQ9QC,
http://www.playvid.com/watch/2K0sijtfa8E, http://www.playvid.com/watch/VyB9p3n7ZRW, http://www.playvid.com/watch/A7CTT3CuhPN,
http://www.playvid.com/watch/YzAndA-z4QJ, http://www.playvid.com/watch/HTrvZA7ySXb, http://www.playvid.com/watch/ATpdAqVntSz,
http://www.playvid.com/watch/n5yelN0s7OI, http://www.playvid.com/watch/BySUsHRN0I9, http://www.playvid.com/watch/qqWXaZGorTA,
http://www.playvid.com/watch/0zDbOXoy85U, http://www.playvid.com/watch/8xfcim3RoHK, http://www.playvid.com/watch/Ic3fFBxC9Ge,
http://www.playvid.com/watch/-knbvBjXZt0, http://www.playvid.com/watch/XBg57YA4DkE, http://www.playvid.com/watch/bhgsjT8DwNC,
http://www.playvid.com/watch/jepIAIDoYgs, http://www.playvid.com/watch/8sJd85Vfu9M, http://www.playvid.com/watch/UYH3WDVjJga,
http://www.playvid.com/watch/27WUQdzgkJU, http://www.playvid.com/watch/hQbL7L4VhCI, http://www.playvid.com/watch/BgASYdR4vSJ,
http://www.playvid.com/watch/SlVIzpfNXiE, http://www.playvid.com/watch/TMawjdJlY9l, http://www.playvid.com/watch/UVtzZc2BJtn,
http://www.playvid.com/watch/jw5ELEPTHFv, http://www.playvid.com/watch/iKFHuMJpe6u, http://www.playvid.com/watch/yV3f9P-uA9Y,
http://www.playvid.com/watch/tgG6yStMSwG, http://www.playvid.com/watch/O9U0eut0ejY, http://www.playvid.com/watch/2N8BlFFs9U-,
http://www.playvid.com/watch/39pBFHIhKnK, http://www.playvid.com/watch/2rM0FkvBiut, http://www.playvid.com/watch/QfSL2ZGkXwM,
http://www.playvid.com/watch/UGDu97Bl5S8, http://www.playvid.com/watch/hQJAChjaKHs, http://www.playvid.com/watch/ELEjrHLSuQL,
http://www.playvid.com/watch/8i-k57-f9qV, http://www.playvid.com/watch/AYaSD0-M0B2, http://www.playvid.com/watch/Qw9HzDdjtPZ,
http://www.playvid.com/watch/Qgigo74NBEe, http://www.playvid.com/watch/6AY6Iov6SLm, http://www.playvid.com/watch/3kpMJxBtydH,
http://www.playvid.com/watch/aBwMrgihBx3, http://www.playvid.com/watch/wQVkKetUTmT, http://www.playvid.com/watch/YByKO63uRbo,
http://www.playvid.com/watch/IfHDiWB2Fvj, http://www.playvid.com/watch/B8OJbMAb2Aw, http://www.playvid.com/watch/5ZBwV7hbINr,
http://www.playvid.com/watch/CCsCkV44KBU, http://www.playvid.com/watch/VMD9SzDLkoI, http://www.playvid.com/watch/hvXstZFB2I0,
http://www.playvid.com/watch/B-ZNsMqrZ8Z, http://www.playvid.com/watch/XyfhL5xaapu, http://www.playvid.com/watch/0SXCRR23tmM,
http://www.playvid.com/watch/LBldPxjeCga, http://www.playvid.com/watch/8faa-bOVF-9, http://www.playvid.com/watch/24L44oETxe9,
http://www.playvid.com/watch/9xceLZowWHa, http://www.playvid.com/watch/h7eEGMSHx-J, http://www.playvid.com/watch/ShDfpBuF7It,
http://www.playvid.com/watch/fvg8jihZVgS, http://www.playvid.com/watch/NJZbgphO6KC, http://www.playvid.com/watch/q7Q-coCGuFT,
http://www.playvid.com/watch/ph2lWDiE4ZA, http://www.playvid.com/watch/tCaA2WWGjtp, http://www.playvid.com/watch/Bsar4qUis7h,
http://www.playvid.com/watch/tZDzgfxUVdQ, http://www.playvid.com/watch/F-cM8LW4W6A, http://www.playvid.com/watch/Idn8D6TrL3n,
http://www.playvid.com/watch/zLnqIPD9Csp, http://www.playvid.com/watch/XBV4xeEtiRs, http://www.playvid.com/watch/tGz7zEKJ-QG,
http://www.playvid.com/watch/tVAMhiFLOe3, http://www.playvid.com/watch/3krVz0BkL7m, http://www.playvid.com/watch/NnsOOoQHjzH,
http://www.playvid.com/watch/c5WO7xEOkMv, http://www.playvid.com/watch/WpljRO0S2rY, http://www.playvid.com/watch/6B0p8v693Wu,
http://www.playvid.com/watch/5ASgrC7BKQW, http://www.playvid.com/watch/8eps8k-awMM, http://www.playvid.com/watch/8dNDEp-bIy8,
http://www.playvid.com/watch/2cm8Hza5s9i, http://www.playvid.com/watch/WDM-oZJ5UGJ, http://www.playvid.com/watch/vuVlos6Txh2,
http://www.playvid.com/watch/6Z8DkjRKg-M, http://www.playvid.com/watch/y-eWdkMUu4A, http://www.playvid.com/watch/nmVdNijn6Cj,
http://www.playvid.com/watch/AnKEp2ChtHA, http://www.playvid.com/watch/sguJIFeGkOW, http://www.playvid.com/watch/c36OwqrQYld,
http://www.playvid.com/watch/3badYy8Nkab, http://www.playvid.com/watch/VxpnBacove2, http://www.playvid.com/watch/7CudWQTyICw,
http://www.playvid.com/watch/SdMxOB6M8Jd, http://www.playvid.com/watch/NLvMz90RBFB, http://www.playvid.com/watch/zjjEV48DNvG,
http://www.playvid.com/watch/vdKTVY2vJhp, http://www.playvid.com/watch/coQLzyevRPB, http://www.playvid.com/watch/odnyu5Ye4Mx,
http://www.playvid.com/watch/6Y3QUZsuakE, http://www.playvid.com/watch/MLSZw-D0x2q, http://www.playvid.com/watch/aV9Cvf8gH7W,
http://www.playvid.com/watch/2OktLqmGcLg, http://www.playvid.com/watch/Wh-LqZuPlzl, http://www.playvid.com/watch/XTda5ydoaFr,
http://www.playvid.com/watch/g-xcOxq4nQs, http://www.playvid.com/watch/30v2vJ7G5u6, http://www.playvid.com/watch/ioe8TaWIS3N,
http://www.playvid.com/watch/UX4MAocxFPb, http://www.playvid.com/watch/HNn6-rv0PyU, http://www.playvid.com/watch/5zWmkIbrG9K,
http://www.playvid.com/watch/aTekHvphmHZ, http://www.playvid.com/watch/fg8GobXD9Nf, http://www.playvid.com/watch/rQBKiqRNyxl,
http://www.playvid.com/watch/DBp9FQbdq-E, http://www.playvid.com/watch/TZLSQE2hgpt, http://www.playvid.com/watch/eJpTpFgbl7i,
http://www.playvid.com/watch/zExF-lEmQCE, http://www.playvid.com/watch/lZpbzaGQx8a, http://www.playvid.com/watch/LSP6fNUIIfK,

http://www.playvid.com/watch/gqcUAbVCbAs, http://www.playvid.com/watch/3vsmQaQoAGl, http://www.playvid.com/watch/hejoWwdMAFx,
http://www.playvid.com/watch/CBW3Jogvqac, http://www.playvid.com/watch/7CA03X7IhOn, http://www.playvid.com/watch/QHYq3HPoQWi,
http://www.playvid.com/watch/Qp2Cie4ma0z, http://www.playvid.com/watch/aBWC3wRJoFF, http://www.playvid.com/watch/VKQEMSKYzf0,
http://www.playvid.com/watch/k6yOORlCcZP, http://www.playvid.com/watch/GxoSuq48MId, http://www.playvid.com/watch/irKDLhKgm8X,
http://www.playvid.com/watch/J5H5wfGhtqk, http://www.playvid.com/watch/yxJDmOPe2g-, http://www.playvid.com/watch/Qrj-TrjrbX8,
http://www.playvid.com/watch/g4DxOYwId3q, http://www.playvid.com/watch/Slu4rimm4-i, http://www.playvid.com/watch/kf0gDhfEj-f,
http://www.playvid.com/watch/iFnKKiUbJIp, http://www.playvid.com/watch/vC7trJ3I8dv, http://www.playvid.com/watch/Vh-heanKLUQ,
http://www.playvid.com/watch/2U0t4Cohlqw, http://www.playvid.com/watch/89pJBQKY25m, http://www.playvid.com/watch/xYgoztE7rts,
http://www.playvid.com/watch/qDmI8jEBxGX, http://www.playvid.com/watch/YhPUigAdXJu, http://www.playvid.com/watch/EIo306EvYwP,
http://www.playvid.com/watch/ERF5oI0X9m6, http://www.playvid.com/watch/E70r-C53xWa, http://www.playvid.com/watch/Ybb9qjJvhJ0,
http://www.playvid.com/watch/kgezrCutGMk, http://www.playvid.com/watch/UwceYD-FzmH, http://www.playvid.com/watch/zHZbJIsM9Q9,
http://www.playvid.com/watch/y4ilDc2HMu5, http://www.playvid.com/watch/U0KSSqB9baD, http://www.playvid.com/watch/euCLiX53beR,
http://www.playvid.com/watch/O5JIc0l8JlT, http://www.playvid.com/watch/Y2xfSwzylVI, http://www.playvid.com/watch/fOpL9bTn7-k,
http://www.playvid.com/watch/FOGK4zAcOGh, http://www.playvid.com/watch/-4CtpXh7wxZ, http://www.playvid.com/watch/KL5d8iRS3tQ,
http://www.playvid.com/watch/8x3tUY8MY7C, http://www.playvid.com/watch/Rs3sEemqLE8, http://www.playvid.com/watch/ONrp79noWDg,
http://www.playvid.com/watch/UxTJkrt2EvP, http://www.playvid.com/watch/E8vNwgXqWxB, http://www.playvid.com/watch/4f3cxR6sAmq,
http://www.playvid.com/watch/vEwtTjGBnwS, http://www.playvid.com/watch/WzSJoooPV3m, http://www.playvid.com/watch/7DStK6fCVee,
http://www.playvid.com/watch/ZqzpWlxO34d, http://www.playvid.com/watch/neVPUcXQNDY, http://www.playvid.com/watch/9OxuvN9SSve,
http://www.playvid.com/watch/vxiUSs7lI3n, http://www.playvid.com/watch/jdo3hQsL4ad, http://www.playvid.com/watch/stjEyr5i3vv,
http://www.playvid.com/watch/mskQhPz8mqc, http://www.playvid.com/watch/6O-HwKTbRaX, http://www.playvid.com/watch/8zpk0Z8JoQN,
http://www.playvid.com/watch/48Rv07yJekE, http://www.playvid.com/watch/trG46cy8HGM, http://www.playvid.com/watch/JDtuekV8QHB,
http://www.playvid.com/watch/lGrTQZZQ6tr, http://www.playvid.com/watch/XqaHCa6QOVU, http://www.playvid.com/watch/ivaDvZz4ZjL,
http://www.playvid.com/watch/sKcoEQYZhHf, http://www.playvid.com/watch/l-KzBxA5K8l, http://www.playvid.com/watch/IBdPI9FylNY,
http://www.playvid.com/watch/qZWX0WkIIro, http://www.playvid.com/watch/hMiKCUlU8qv, http://www.playvid.com/watch/7SwGbYpSeFt,
http://www.playvid.com/watch/Wstmi30dfbs, http://www.playvid.com/watch/RBV-7cZouTO, http://www.playvid.com/watch/jqlKUzVCEKZ,
http://www.playvid.com/watch/-cfHRAyj7Ah, http://www.playvid.com/watch/RMtYaQwDrM-, http://www.playvid.com/watch/flMW39V7a42,
http://www.playvid.com/watch/xzWZKZbqJWr, http://www.playvid.com/watch/w8xT0JmIX65, http://www.playvid.com/watch/NcgWPUUySNz,
http://www.playvid.com/watch/STjdqXRPr9E, http://www.playvid.com/watch/WVi6jHQGgLI, http://www.playvid.com/watch/pZ0B99JjpD-,
http://www.playvid.com/watch/rpn0reoCA2s, http://www.playvid.com/watch/tD9o-CBqMIx, http://www.playvid.com/watch/fTpIXVYMFif,
http://www.playvid.com/watch/OBREv2braG3, http://www.playvid.com/watch/FzAs-2zFBCC, http://www.playvid.com/watch/yUo78udhhXg,
http://www.playvid.com/watch/MyONQotKB9f, http://www.playvid.com/watch/vlzeIIdBaR7, http://www.playvid.com/watch/RAk5pzU2qWT,
http://www.playvid.com/watch/xeV-rLjX0hn, http://www.playvid.com/watch/Cn3oTjtHw75, http://www.playvid.com/watch/UFmC8mN5Uk-,
http://www.playvid.com/watch/QrYq4vgbypM, http://www.playvid.com/watch/eEhHCBjJjtg, http://www.playvid.com/watch/Wlmf6ZVKQNe,
http://www.playvid.com/watch/RHxW4wZodoF, http://www.playvid.com/watch/rtBG8irur0s, http://www.playvid.com/watch/xgo3kpuGO5F,
http://www.playvid.com/watch/5fYzvsz5CMr, http://www.playvid.com/watch/6qemK66WA04, http://www.playvid.com/watch/daJMCFs4p9R,
http://www.playvid.com/watch/ux8-6ZMQhus, http://www.playvid.com/watch/OgD8at9yIOp, http://www.playvid.com/watch/eZvwtLKv0cS,
http://www.playvid.com/watch/50B4oAhoUCi, http://www.playvid.com/watch/99u5Pfa2wok, http://www.playvid.com/watch/YUDbFljiuz8,
http://www.playvid.com/watch/iK8UmFYugFY, http://www.playvid.com/watch/JW8jgErlPeg, http://www.playvid.com/watch/srWdaATCLS3,
http://www.playvid.com/watch/gJucvklEZmt, http://www.playvid.com/watch/XjASObMr4pz, http://www.playvid.com/watch/uzSHI7Fnhs9,
http://www.playvid.com/watch/6Vdjv52WqK7, http://www.playvid.com/watch/UMsokL3PIIB, http://www.playvid.com/watch/bwMVtrYaOJD,
http://www.playvid.com/watch/lAfNhjKZulT, http://www.playvid.com/watch/GyAoCyf7Zr6, http://www.playvid.com/watch/taVI6nyYtE4,
http://www.playvid.com/watch/6VbIHjU5VrO, http://www.playvid.com/watch/slO4mNCiLpw, http://www.playvid.com/watch/Pa-EnSgl3sD,
http://www.playvid.com/watch/cVVjIdwBmxT, http://www.playvid.com/watch/MEJEJKMJLy2, http://www.playvid.com/watch/PEB5vXbAvrP,
http://www.playvid.com/watch/YrU6E2PhGEt, http://www.playvid.com/watch/Nq7ieWFXKmH, http://www.playvid.com/watch/vQFj4fRMPbd,
http://www.playvid.com/watch/O-EWH8CRGm2, http://www.playvid.com/watch/0exoezqH80c, http://www.playvid.com/watch/AH2PkD4GUnv,
http://www.playvid.com/watch/sQoxny5KC29, http://www.playvid.com/watch/wmKfV7oIU8Q, http://www.playvid.com/watch/MdRW0muVlRy,
http://www.playvid.com/watch/DjFwKRjpiVb, http://www.playvid.com/watch/WDynFKFedu6, http://www.playvid.com/watch/ZbelYGb0LJi,
http://www.playvid.com/watch/cHawYnUV5R7, http://www.playvid.com/watch/2SToPEFXWFG, http://www.playvid.com/watch/TIieRAnTpl2,
http://www.playvid.com/watch/XMniypSgSYZ, http://www.playvid.com/watch/b0G8cbsId40, http://www.playvid.com/watch/ezMTFQMqKuH,
http://www.playvid.com/watch/qIgWQTJksfp, http://www.playvid.com/watch/K4z2Aow3OeM, http://www.playvid.com/watch/3pjz8sLNg5f,
http://www.playvid.com/watch/NBrCDSTBumx, http://www.playvid.com/watch/KGgdD2EC-Zg, http://www.playvid.com/watch/vhRfxsC2dLT,
http://www.playvid.com/watch/sxdCBcxhxxT, http://www.playvid.com/watch/MJCv7xCz56y, http://www.playvid.com/watch/z-q5ROwSP4j,
http://www.playvid.com/watch/Gr5xmMxIm6U, http://www.playvid.com/watch/sZ7jhFnKQbf, http://www.playvid.com/watch/UyMFBpZSIfF,
http://www.playvid.com/watch/uc0jqyd0gUS, http://www.playvid.com/watch/O93GMqtTKb8, http://www.playvid.com/watch/bldH0sXZBEw,
http://www.playvid.com/watch/XpllcjOBgYI, http://www.playvid.com/watch/uNfGTlUOMjY, http://www.playvid.com/watch/lbXzhUF765y,
http://www.playvid.com/watch/gx7V5W9jsjj, http://www.playvid.com/watch/M23I-5y64zl, http://www.playvid.com/watch/LUi-x7FKJ45,
http://www.playvid.com/watch/PuxIthf6qdo, http://www.playvid.com/watch/prHOxZL388g, http://www.playvid.com/watch/Ckljzt0lmkl,
http://www.playvid.com/watch/AyQefYgiNCK, http://www.playvid.com/watch/cc6zG9wVcRD, http://www.playvid.com/watch/8fR32yyoymQ,
http://www.playvid.com/watch/lfjlIO6tIeq, http://www.playvid.com/watch/FnAsF3ZBoag, http://www.playvid.com/watch/qDVWzZDq-Zk,
http://www.playvid.com/watch/r7lYam2R56e, http://www.playvid.com/watch/7ZH98THEbYG, http://www.playvid.com/watch/GqeaWvyah7m,
http://www.playvid.com/watch/ye6mVXNcZUc, http://www.playvid.com/watch/JIOUHwID-LL, http://www.playvid.com/watch/Bm4KI0gcX05,
http://www.playvid.com/watch/KVfVNhCYKxC, http://www.playvid.com/watch/-CclLvPGZgQ, http://www.playvid.com/watch/Ohl3qaQlsZX,
http://www.playvid.com/watch/cWSGW9jzcE6, http://www.playvid.com/watch/0MXs0OCMkqk, http://www.playvid.com/watch/gAq68ihBRyS,
http://www.playvid.com/watch/Pf6tKbAXXqi, http://www.playvid.com/watch/HccWxIIKmka, http://www.playvid.com/watch/naC5cDDtCof,
http://www.playvid.com/watch/SegCqi5fz8U, http://www.playvid.com/watch/G2UNaF6gCFN, http://www.playvid.com/watch/oKVKjhig2kb,
http://www.playvid.com/watch/0Q9K6-6obiZ, http://www.playvid.com/watch/IHp40oSedXv, http://www.playvid.com/watch/QEl9mRu4rFD,
http://www.playvid.com/watch/MNYaYqivWle, http://www.playvid.com/watch/rVD3jnLYzfe, http://www.playvid.com/watch/v66isOWiYWn,
http://www.playvid.com/watch/qB6vyrbH3mV, http://www.playvid.com/watch/y6s9QDMjwLB, http://www.playvid.com/watch/GE07MvYVaEr,
http://www.playvid.com/watch/AqOX5uVzk2g, http://www.playvid.com/watch/jqI3VyS4gl6, http://www.playvid.com/watch/vPJ6KCVfdfZ,
http://www.playvid.com/watch/pxlkUEp33cq, http://www.playvid.com/watch/Ot7jDIWnkh5, http://www.playvid.com/watch/pDVan7QhGa3,
http://www.playvid.com/watch/0QiX2dSlO-J, http://www.playvid.com/watch/ia39lxMPNkq, http://www.playvid.com/watch/mOiQ96Bay9K,
http://www.playvid.com/watch/V4ufMfea0AW, http://www.playvid.com/watch/mSapwjD7tiK, http://www.playvid.com/watch/wnEzdAnA3J-,
http://www.playvid.com/watch/fTzuFrY8oIs, http://www.playvid.com/watch/dS8qHu0WBj9, http://www.playvid.com/watch/EnUKl8DUXkV,
http://www.playvid.com/watch/4gzo7tnMwFN, http://www.playvid.com/watch/GBCttG5Jk9r, http://www.playvid.com/watch/b6s0DlXkYNm,
http://www.playvid.com/watch/59FIt0Bz6Wc, http://www.playvid.com/watch/t5kNxZiFy2s, http://www.playvid.com/watch/btUAl-Fqvga,
http://www.playvid.com/watch/Y4kjnuH79BI, http://www.playvid.com/watch/iCRcd3EcL6V, http://www.playvid.com/watch/DyxQOMJbHhF,
http://www.playvid.com/watch/slVBpjKrAwi, http://www.playvid.com/watch/JvCLLwBghKX, http://www.playvid.com/watch/injld-TB76N,
http://www.playvid.com/watch/eQrxiKnTJnr, http://www.playvid.com/watch/2oOL3OS0TSb, http://www.playvid.com/watch/4U-Jdm5xjyf,
http://www.playvid.com/watch/FHXv4lqD-wE, http://www.playvid.com/watch/4NdPErCCOd5, http://www.playvid.com/watch/GFnX7H66z5Z,
http://www.playvid.com/watch/yaRjnEkeOyQ, http://www.playvid.com/watch/-9zXSfqtuef, http://www.playvid.com/watch/WdxrSQhodFk,
http://www.playvid.com/watch/M3HxctOXtnf, http://www.playvid.com/watch/q9T0WDfRRqP, http://www.playvid.com/watch/pMpmuUCpyXX,
http://www.playvid.com/watch/OgIxT-dLg5J, http://www.playvid.com/watch/oz5EVkFjbuc, http://www.playvid.com/watch/S4kkPzCNtsP,
http://www.playvid.com/watch/x4dfnuX2NEs, http://www.playvid.com/watch/5jbeXpbdkN9, http://www.playvid.com/watch/oMaWnbG7PEh,
http://www.playvid.com/watch/IO7dcxNx-xU, http://www.playvid.com/watch/0c6o2O6FNGi, http://www.playvid.com/watch/HRYamhRCkJV,
http://www.playvid.com/watch/L4z3e77rU43, http://www.playvid.com/watch/c2I-wG8Z3rB, http://www.playvid.com/watch/ud6zrzHGS3y,
http://www.playvid.com/watch/CHLNFoKXLHw, http://www.playvid.com/watch/YDUbJXajITG, http://www.playvid.com/watch/N-v6bRagUEQ,
http://www.playvid.com/watch/KklRdKbwbBl, http://www.playvid.com/watch/BqWA-PXPFXw, http://www.playvid.com/watch/8RTtffON3kQ,
http://www.playvid.com/watch/Owz3TyGkl-V, http://www.playvid.com/watch/JW08oET4xb8, http://www.playvid.com/watch/-XzFWTIph0a,
http://www.playvid.com/watch/7GqihXgXIW9, http://www.playvid.com/watch/ykizbpwdwox, http://www.playvid.com/watch/WGBKU84QEYD,
http://www.playvid.com/watch/fVeQrNs8FNv, http://www.playvid.com/watch/EJbUl7EWYoU, http://www.playvid.com/watch/eYddbBS28Dr,
http://www.playvid.com/watch/OFHM6X6bZDO, http://www.playvid.com/watch/ztoPKNhkahu, http://www.playvid.com/watch/3oR5kmAFgMs,
http://www.playvid.com/watch/o6lsx2H9F3P, http://www.playvid.com/watch/rbG8RrUkKLN, http://www.playvid.com/watch/vsPno8k5mGM,
http://www.playvid.com/watch/qlOK36FSDzA, http://www.playvid.com/watch/l6myE6as9ZG, http://www.playvid.com/watch/zIwHLw2XLOc,
http://www.playvid.com/watch/PDvqFGgzGlR, http://www.playvid.com/watch/3xf5KhqKaRy, http://www.playvid.com/watch/hRK6BGCqxKG,
http://www.playvid.com/watch/samuzwAtMS3, http://www.playvid.com/watch/lTgU7kuQadQ, http://www.playvid.com/watch/vU6ZOEVg8b-,
http://www.playvid.com/watch/F2A80SGpvbr, http://www.playvid.com/watch/j4Nxmmvah7n, http://www.playvid.com/watch/LQCJaUqmW6i,

http://www.playvid.com/watch/-aiKi9jqYiA, http://www.playvid.com/watch/AsRg9cnLBIW, http://www.playvid.com/watch/w24FWwZciwU,
http://www.playvid.com/watch/fSkIafGAP2L, http://www.playvid.com/watch/yRMpZGe9HhE, http://www.playvid.com/watch/T-6ZwkHwqHM,
http://www.playvid.com/watch/ErDLZt4Rf4b, http://www.playvid.com/watch/HZeGJuYgNiC, http://www.playvid.com/watch/VKBNul62juZ,
http://www.playvid.com/watch/TB0uKcys-Yt, http://www.playvid.com/watch/0XcgU-IT7HH, http://www.playvid.com/watch/mFYpWEch8LB,
http://www.playvid.com/watch/UJ3Mff-jPoL, http://www.playvid.com/watch/Qfg9BxoE7hQ, http://www.playvid.com/watch/0fTDHqcXb3Y,
http://www.playvid.com/watch/XuITOFkmkoJ, http://www.playvid.com/watch/dp4cclVFhaO, http://www.playvid.com/watch/kTiEJfGQz-x,
http://www.playvid.com/watch/JqOGw2AJwiq, http://www.playvid.com/watch/gH3KX7wCwvU, http://www.playvid.com/watch/U3GNz39mQMB,
http://www.playvid.com/watch/6beVHvOhXrE, http://www.playvid.com/watch/8MGfYbS8oyV, http://www.playvid.com/watch/U5MPhwYNrcG,
http://www.playvid.com/watch/duUteWMUVto, http://www.playvid.com/watch/cicu75A9gym, http://www.playvid.com/watch/NbsyZXytP8i,
http://www.playvid.com/watch/dsbttmOd2iM, http://www.playvid.com/watch/ANrQQPK3X-G, http://www.playvid.com/watch/z3Ve5bWgINS,
http://www.playvid.com/watch/395mnAEI65q, http://www.playvid.com/watch/7c9gu4yRO6z, http://www.playvid.com/watch/mz0pgmx7J60,
http://www.playvid.com/watch/j7c354RuN3z, http://www.playvid.com/watch/HDfMdDbx3Q5, http://www.playvid.com/watch/HkvDRQjkK3y,
http://www.playvid.com/watch/VoRjyC7kzVo, http://www.playvid.com/watch/xQ7vCDZ5tET, http://www.playvid.com/watch/swjaWiLp0g6,
http://www.playvid.com/watch/iOfJcB34YmL, http://www.playvid.com/watch/ygMt6OJHqb0, http://www.playvid.com/watch/WONVrblKvoJ,
http://www.playvid.com/watch/qPqStMAHJyP, http://www.playvid.com/watch/BcQHM9sWNTB, http://www.playvid.com/watch/2CcXb6abny9,
http://www.playvid.com/watch/vT2YU7454Ex, http://www.playvid.com/watch/DvkSuTM0tec, http://www.playvid.com/watch/uJP2gkx3B62,
http://www.playvid.com/watch/3vwMTHacQEH, http://www.playvid.com/watch/MaI0RoAcY9y, http://www.playvid.com/watch/klgPFaOXu8U,
http://www.playvid.com/watch/F78YpLHmSnh, http://www.playvid.com/watch/YE0Rr-6sPqh, http://www.playvid.com/watch/lbKSEktgtuD,
http://www.playvid.com/watch/LJSnFqAhsPf, http://www.playvid.com/watch/sJgvJrfvTQN, http://www.playvid.com/watch/pgfCFw2lNZz,
http://www.playvid.com/watch/edFifVWymKO, http://www.playvid.com/watch/SVu4tX3LpfQ, http://www.playvid.com/watch/h9e5HfYevej,
http://www.playvid.com/watch/O92MqZgYemh, http://www.playvid.com/watch/qEEBPOqdeSP, http://www.playvid.com/watch/yArJD2klt6a,
http://www.playvid.com/watch/b-Npjyw0Jgj, http://www.playvid.com/watch/ewyOL7p3y8p, http://www.playvid.com/watch/xanUwQOmUbd,
http://www.playvid.com/watch/Q78MRmRNE0X, http://www.playvid.com/watch/88TiNSXx-PK, http://www.playvid.com/watch/PmG8ve3wWi4,
http://www.playvid.com/watch/NBsv2Cdqbvn, http://www.playvid.com/watch/gp-JoSjXnWU, http://www.playvid.com/watch/IKRxaZ8gAoH,
http://www.playvid.com/watch/NPdef8djErV, http://www.playvid.com/watch/ORoJZpcXuz9, http://www.playvid.com/watch/oPVWWJLNZUG,
http://www.playvid.com/watch/QfgRfer0xWx, http://www.playvid.com/watch/XJOYmDYeM7k, http://www.playvid.com/watch/xba5wHpZ7pd,
http://www.playvid.com/watch/oy6g5LiedzK, http://www.playvid.com/watch/jkTK5NFuMIE, http://www.playvid.com/watch/dKTlBffPnDc,
http://www.playvid.com/watch/COQn344T8jR, http://www.playvid.com/watch/qoUKTxLIYzT, http://www.playvid.com/watch/3JmMRtfQvsF,
http://www.playvid.com/watch/R4Fy5B0fikW, http://www.playvid.com/watch/-0aRMPMRsEd, http://www.playvid.com/watch/s4gTh6VsX0w,
http://www.playvid.com/watch/BlVYVaNso36, http://www.playvid.com/watch/9x6nOQoAJoZ, http://www.playvid.com/watch/t36x2o5j7y2,
http://www.playvid.com/watch/2uzc4snUb3w, http://www.playvid.com/watch/OSgdaKDiOza, http://www.playvid.com/watch/pTzoIgMPKRc,
http://www.playvid.com/watch/fBhVcmEZqSA, http://www.playvid.com/watch/FysynW0ETeC, http://www.playvid.com/watch/mLcKUY-JmMW,
http://www.playvid.com/watch/DxNOyXbjKd5, http://www.playvid.com/watch/4t4zZ77jaTI, http://www.playvid.com/watch/Mguw6TlnXu6,
http://www.playvid.com/watch/rSnQUxYqk-o, http://www.playvid.com/watch/VSYC2Zny5Me, http://www.playvid.com/watch/m6DfZDEBBwr,
http://www.playvid.com/watch/U8GcRG9BdSd, http://www.playvid.com/watch/zTvmrG7zyrr, http://www.playvid.com/watch/Jd7xVWk5hCL,
http://www.playvid.com/watch/QEIBFTIrQXn, http://www.playvid.com/watch/XMUZnITMR4y, http://www.playvid.com/watch/2htkI80Aohk,
http://www.playvid.com/watch/-JGJnkgWgbl, http://www.playvid.com/watch/dU47ai-iovH, http://www.playvid.com/watch/SMTpLp-zSAO,
http://www.playvid.com/watch/fOFdsak4cmy, http://www.playvid.com/watch/MhoqELII0Da, http://www.playvid.com/watch/mEwUeG98djj,
http://www.playvid.com/watch/VdhMekKUVWa, http://www.playvid.com/watch/8PF2h5pwVUB, http://www.playvid.com/watch/LQYwo2TXDm3,
http://www.playvid.com/watch/rLrBsYI8ipS, http://www.playvid.com/watch/lQyJVUI7obI, http://www.playvid.com/watch/kjc5yM3g6ys,
http://www.playvid.com/watch/Vy7hA3F-rnh, http://www.playvid.com/watch/3nEdtCxOvXv, http://www.playvid.com/watch/x-pq83eP9zv,
http://www.playvid.com/watch/lBoIpTX492o, http://www.playvid.com/watch/JclPg9QA6uw, http://www.playvid.com/watch/UcMRDnkCvzF,
http://www.playvid.com/watch/YMHWXuAFBrP, http://www.playvid.com/watch/aV-fvElxiLW, http://www.playvid.com/watch/62DhLsoTXfx,
http://www.playvid.com/watch/8oMoqckTwLL, http://www.playvid.com/watch/ENywUzZCmER, http://www.playvid.com/watch/YOvEdDccjWA,
http://www.playvid.com/watch/wdmobtmbetl, http://www.playvid.com/watch/G4npbZHSuDP, http://www.playvid.com/watch/O9bVd5-h6t7,
http://www.playvid.com/watch/5mcSrrMqWHf, http://www.playvid.com/watch/yNz2SAKNobt, http://www.playvid.com/watch/MfjsPitxHGh,
http://www.playvid.com/watch/UmLWMTVTdIa, http://www.playvid.com/watch/a0mpTe2Rli7, http://www.playvid.com/watch/MXv8Y2sV09p,
http://www.playvid.com/watch/M9nRZFHdsni, http://www.playvid.com/watch/BsMM7ME3Wrk, http://www.playvid.com/watch/QKWta0HnjCz,
http://www.playvid.com/watch/n2TOUzawZa0, http://www.playvid.com/watch/A5GzUmpbFN4, http://www.playvid.com/watch/FveKbY5L0V2,
http://www.playvid.com/watch/OiH-u0Vtww7, http://www.playvid.com/watch/Wvn3MA0Udsx, http://www.playvid.com/watch/pSis9ptG0VK,
http://www.playvid.com/watch/SHiY-chLLKu, http://www.playvid.com/watch/Vmnt-7GO3m-, http://www.playvid.com/watch/otzVq9XvX6d,
http://www.playvid.com/watch/Tzh5FSsrEol, http://www.playvid.com/watch/AzpXA5S60Xx, http://www.playvid.com/watch/P69edxSN70a,
http://www.playvid.com/watch/haHC9Y7LHKp, http://www.playvid.com/watch/-JucHMPa60A, http://www.playvid.com/watch/mkFQjo9C6a4,
http://www.playvid.com/watch/W-9RegnnA0o, http://www.playvid.com/watch/9Ovrp8C2yK9, http://www.playvid.com/watch/KR0Y3nIABxU,
http://www.playvid.com/watch/BAjmJ5iTAfN, http://www.playvid.com/watch/DZJJX-HkZ2U, http://www.playvid.com/watch/9zxpe2Dx4UP,
http://www.playvid.com/watch/cA5G5gtlefW, http://www.playvid.com/watch/MDDoq-kU6V6, http://www.playvid.com/watch/LdPgN8HlpW0,
http://www.playvid.com/watch/VyhyAFjuZoy, http://www.playvid.com/watch/pEIwRWIBiqB, http://www.playvid.com/watch/xAL3PF-opSb,
http://www.playvid.com/watch/g0ISgAtiX5K, http://www.playvid.com/watch/UNcxSUW0KeG, http://www.playvid.com/watch/KFtvORjRJ4W,
http://www.playvid.com/watch/nKdS7RiR0cf, http://www.playvid.com/watch/Cs07YC7HLfk, http://www.playvid.com/watch/TJxWSqj8IoK,
http://www.playvid.com/watch/Boqdq0kWWSp, http://www.playvid.com/watch/cMnBcHvwjaC, http://www.playvid.com/watch/iizlpldSzob,
http://www.playvid.com/watch/e7ANpK0EPSE, http://www.playvid.com/watch/lEA7wQlz6JO, http://www.playvid.com/watch/ctqM-Snk44L,
http://www.playvid.com/watch/fNXsZJWGxBH, http://www.playvid.com/watch/yjJuMSD4RwA, http://www.playvid.com/watch/JNvl948LyTM,
http://www.playvid.com/watch/SOHuWigN3v4, http://www.playvid.com/watch/h4GUNhuhcOM, http://www.playvid.com/watch/hHT-2aCwHQ6,
http://www.playvid.com/watch/P5Z2Gf73RPp, http://www.playvid.com/watch/OqTOgRPNoFY, http://www.playvid.com/watch/B3XbTISfozJ,
http://www.playvid.com/watch/VcXTw0T7Xk4, http://www.playvid.com/watch/Y3hWe2Dcu8P, http://www.playvid.com/watch/-DumROpd2l6,
http://www.playvid.com/watch/hsLZD-W6xvB, http://www.playvid.com/watch/-JVNlYdJwsf, http://www.playvid.com/watch/q3zT6pw0RVE,
http://www.playvid.com/watch/gtKD9WRiBqf, http://www.playvid.com/watch/YvgUTp-AGgL, http://www.playvid.com/watch/aCALopezLRB,
http://www.playvid.com/watch/CU2F9PcFohO, http://www.playvid.com/watch/EI8XJ4AfCqq, http://www.playvid.com/watch/bxbBzSYHNpa,
http://www.playvid.com/watch/ngTt7IL4k0v, http://www.playvid.com/watch/OIhthcGQI6J, http://www.playvid.com/watch/ZYRDWK9zKZq,
http://www.playvid.com/watch/pErbNiGpTEI, http://www.playvid.com/watch/haQY-kit7z6, http://www.playvid.com/watch/EKJ9HjJ9kLE,
http://www.playvid.com/watch/6-PEiFqh2ac, http://www.playvid.com/watch/piITLoo67mH, http://www.playvid.com/watch/iYievi7ZrhQ,
http://www.playvid.com/watch/YeahXfOLmDl, http://www.playvid.com/watch/rCiGDKn82ay, http://www.playvid.com/watch/fwiFiOLNWKZ,
http://www.playvid.com/watch/DSPOVFKLs2Q, http://www.playvid.com/watch/iMO4fz2udqK, http://www.playvid.com/watch/QKvyjqAGKUv,
http://www.playvid.com/watch/p22DZnQeuhS, http://www.playvid.com/watch/IF2e2wh7tSK, http://www.playvid.com/watch/uBVnu-ti5HQ,
http://www.playvid.com/watch/HeBzJOUv9Ue, http://www.playvid.com/watch/7AACN3Jni5J, http://www.playvid.com/watch/YO5exHg0KXX,
http://www.playvid.com/watch/rtBKTZAj46Z, http://www.playvid.com/watch/JRhpOirHeEH, http://www.playvid.com/watch/2oCYVCE-aSv,
http://www.playvid.com/watch/kDNGHmPdICn, http://www.playvid.com/watch/vyYotCFQ3bd, http://www.playvid.com/watch/E-pCAPOlFBu,
http://www.playvid.com/watch/yY6Wi5b-aqw, http://www.playvid.com/watch/qwrQMeTqg6U, http://www.playvid.com/watch/UcBzsoD9pTF,
http://www.playvid.com/watch/EnmDgoMTcWp, http://www.playvid.com/watch/RnoiIG4e7iU, http://www.playvid.com/watch/hYN46f2Hm7B,
http://www.playvid.com/watch/ldRQxpUyC9Z, http://www.playvid.com/watch/E7EuwBq2-LN, http://www.playvid.com/watch/EaIuJwo6fnX,
http://www.playvid.com/watch/mK6TuwYduvT, http://www.playvid.com/watch/WCBTqWrHaxC, http://www.playvid.com/watch/GxwRayZPOZa,
http://www.playvid.com/watch/wzsH9RlLqBq, http://www.playvid.com/watch/0Mi09NHtKDL, http://www.playvid.com/watch/rC7qhpqf0bv,
http://www.playvid.com/watch/VUjLy7aDRrf, http://www.playvid.com/watch/R3HjXvGL6cH, http://www.playvid.com/watch/dbj9aPK5xUF,
http://www.playvid.com/watch/EYBfocaBt--, http://www.playvid.com/watch/PG6HBzJyeUK, http://www.playvid.com/watch/gl3HPyYAzoM,
http://www.playvid.com/watch/UO9GitU4UQV, http://www.playvid.com/watch/sDMNWXhlDXi, http://www.playvid.com/watch/pu3ldmuH3Lh,
http://www.playvid.com/watch/pF05UDuBklA, http://www.playvid.com/watch/6MkngIUm6ZY, http://www.playvid.com/watch/QL962uLY0d2,
http://www.playvid.com/watch/bGblWDRWpiz, http://www.playvid.com/watch/4NCx8L4qxhT, http://www.playvid.com/watch/eIT3A0kghjH,
http://www.playvid.com/watch/I7FOMCZ8OF8, http://www.playvid.com/watch/Gcc8dL7dh-Q, http://www.playvid.com/watch/tlL22XLiAEi,
http://www.playvid.com/watch/QaiMKWKeoTD, http://www.playvid.com/watch/VAu4NRcQcdL, http://www.playvid.com/watch/7aHgQRPKvYv,
http://www.playvid.com/watch/PGdc7gR-GeV, http://www.playvid.com/watch/mVlv2qAXynn, http://www.playvid.com/watch/Kaw8f8bQy7t,
http://www.playvid.com/watch/mNO2WF28Qfd, http://www.playvid.com/watch/wyFox0QwM9C, http://www.playvid.com/watch/HOqy3znRYMR,
http://www.playvid.com/watch/qd20hogo5rn, http://www.playvid.com/watch/PccuGEx7aJC, http://www.playvid.com/watch/IzflRnpznXw,
http://www.playvid.com/watch/VuApQFBAXWi, http://www.playvid.com/watch/OCwzJlnmYH4, http://www.playvid.com/watch/vhVvXogClpr,
http://www.playvid.com/watch/rtDfjxji82g, http://www.playvid.com/watch/w2ih8asQezp, http://www.playvid.com/watch/E-gzYesAyKB,
http://www.playvid.com/watch/eXclbZKjfRR, http://www.playvid.com/watch/IGEYOWU6B65, http://www.playvid.com/watch/0MQkuJJcIlE,
http://www.playvid.com/watch/hfxkGDm4Pep, http://www.playvid.com/watch/-vNv9-mTuGS, http://www.playvid.com/watch/MKsbwe7VE08,

http://www.playvid.com/watch/Q5HpWPq-ayb, http://www.playvid.com/watch/HxNLSMuSMuc, http://www.playvid.com/watch/D7kkkM3rIeZ, http://www.playvid.com/watch/MtVDVPiGcA6, http://www.playvid.com/watch/3ipNKQoUc6A, http://www.playvid.com/watch/j-ug-Y9KudY, http://www.playvid.com/watch/jcPvyd0VFJr, http://www.playvid.com/watch/VnhFCvDvQTt, http://www.playvid.com/watch/nSMXePqitPX, http://www.playvid.com/watch/jxOI7C7aY0J, http://www.playvid.com/watch/52WzSrdDadq, http://www.playvid.com/watch/vTEaOzx5-55, http://www.playvid.com/watch/petXz8H43Ek, http://www.playvid.com/watch/OFkV6WJJYUy, http://www.playvid.com/watch/9J4nYESqZZR, http://www.playvid.com/watch/-NE0beaSyEK, http://www.playvid.com/watch/7o4ZwPdwoGR, http://www.playvid.com/watch/GoMwQwfhgUc, http://www.playvid.com/watch/tL9Uvybx3wu, http://www.playvid.com/watch/DIjXEnF5WEM, http://www.playvid.com/watch/rBODFGFdinU, http://www.playvid.com/watch/E9l9UczkCZ3, http://www.playvid.com/watch/tw678qY32mB, http://www.playvid.com/watch/dDIhuZKHnPD, http://www.playvid.com/watch/5cJkHoGBBDo, http://www.playvid.com/watch/yMfhEjy-YOM, http://www.playvid.com/watch/8Of-kADmyLd, http://www.playvid.com/watch/ZcprkjaR7ZC, http://www.playvid.com/watch/F7xhLxsZUfL, http://www.playvid.com/watch/nduJJtA6tgw, http://www.playvid.com/watch/ifWBJdtrcav, http://www.playvid.com/watch/QordHXBsPQM, http://www.playvid.com/watch/-fQWSLutCZD, http://www.playvid.com/watch/UImtSu7kE6S, http://www.playvid.com/watch/2lZwgAYu2ZG, http://www.playvid.com/watch/I0dzjuASXum, http://www.playvid.com/watch/yCV5zjJqXP6, http://www.playvid.com/watch/slISmJ3Dbyg, http://www.playvid.com/watch/K-oTCBDns07, http://www.playvid.com/watch/BObSjoZDdsQ, http://www.playvid.com/watch/ViPJQwhM50S, http://www.playvid.com/watch/0E2Aqv9NoGH, http://www.playvid.com/watch/BcTwtyZVoxr, http://www.playvid.com/watch/CFqQWSWdIaW, http://www.playvid.com/watch/yVY-a0nP0Ze, http://www.playvid.com/watch/Fa62vEysaVa, http://www.playvid.com/watch/25aAHHuZi6M, http://www.playvid.com/watch/tre6gUGHpwW, http://www.playvid.com/watch/8D4VLBX93Fv, http://www.playvid.com/watch/xvM8uB0eYNm, http://www.playvid.com/watch/lFDwQF0kPKE, http://www.playvid.com/watch/dfTFArTHI83, http://www.playvid.com/watch/zWNS-i7tZtW, http://www.playvid.com/watch/EZiV6f9nsZb, http://www.playvid.com/watch/7m-OOHzmaGy, http://www.playvid.com/watch/csqqsyKZRjx, http://www.playvid.com/watch/4hO9SARYgn-, http://www.playvid.com/watch/tglpv5zmpKD, http://www.playvid.com/watch/05bzmyGzKbF, http://www.playvid.com/watch/Y2aufRufjGd, http://www.playvid.com/watch/CjWxfhsuL3w, http://www.playvid.com/watch/aAluKVgYf5w, http://www.playvid.com/watch/tPBNwK3iiHK, http://www.playvid.com/watch/mnTbZszawwy, http://www.playvid.com/watch/I0NZMQye-4s, http://www.playvid.com/watch/fLzD6lQi3Ca, http://www.playvid.com/watch/gTXvAuDHfQ8, http://www.playvid.com/watch/X0Zb5ly8wJI, http://www.playvid.com/watch/okFOl9PhW6h, http://www.playvid.com/watch/-MHSdiA2V0U, http://www.playvid.com/watch/xEeeKiRn4Pg, http://www.playvid.com/watch/Bwhu-yrzGeL, http://www.playvid.com/watch/gG7yxX5iEsr, http://www.playvid.com/watch/4H9AyVv3OpW, http://www.playvid.com/watch/GyJgHfHaVeG, http://www.playvid.com/watch/BLeqHraXKXh, http://www.playvid.com/watch/Yz8ObYuHgAy, http://www.playvid.com/watch/VBWgNOLM2z0, http://www.playvid.com/watch/dGsY0idKQIt, http://www.playvid.com/watch/XeXYB9u9rdz, http://www.playvid.com/watch/QlM38IgAX54, http://www.playvid.com/watch/2I-2uIXY4Sw, http://www.playvid.com/watch/JaJPFqGXCyS, http://www.playvid.com/watch/DiOzrBzL8MQ, http://www.playvid.com/watch/lohZnb5Tsy7, http://www.playvid.com/watch/e2i7T6bOWdp, http://www.playvid.com/watch/DphYNviuyp8, http://www.playvid.com/watch/egten58ymPB, http://www.playvid.com/watch/FZBBJzQczMk, http://www.playvid.com/watch/4JY-bkVrLGg, http://www.playvid.com/watch/o9bQivRnzfe, http://www.playvid.com/watch/lQQ00mHO28W, http://www.playvid.com/watch/fhsrKQF3LRw, http://www.playvid.com/watch/fBhtm9LG9k2, http://www.playvid.com/watch/WPfq3AsA0ed, http://www.playvid.com/watch/YVzBXubXfXk, http://www.playvid.com/watch/FvCt-mEuicy, http://www.playvid.com/watch/5rEQbp4kkwX, http://www.playvid.com/watch/NeXcQAiwNlW

5.f. Date of third notice: 2013-09-26

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: twix

5.b. Uploader's email address: vladislavstern@yahoo.de

5.d. Uploader's profile: http://www.playvid.com/member/twix

5.e. List of videos posted by uploader: http://www.playvid.com/watch/pI02KpwLaLs, http://www.playvid.com/watch/0JKuDS3gt8Q, http://www.playvid.com/watch/lBTjHidzLIs, http://www.playvid.com/watch/GBnKm7GqxvY, http://www.playvid.com/watch/qJNcXcNKDGT, http://www.playvid.com/watch/oRLr6w9Q-3o, http://www.playvid.com/watch/i9iAKVFLrvG, http://www.playvid.com/watch/y34sHdkgKkB, http://www.playvid.com/watch/4SPVQ6uw3w9, http://www.playvid.com/watch/Djf6S90A5Mo, http://www.playvid.com/watch/WwrXEK3rsrM, http://www.playvid.com/watch/oWSUsibJhac, http://www.playvid.com/watch/pfZiN72GQOr, http://www.playvid.com/watch/g9gAWllJBtj, http://www.playvid.com/watch/P8x-klO30f9, http://www.playvid.com/watch/wYgatqGp3gC, http://www.playvid.com/watch/6ZBeDkQ0qOE, http://www.playvid.com/watch/m5pnhSmTroq, http://www.playvid.com/watch/okWYVbqDhau, http://www.playvid.com/watch/iCA5iX39DD6, http://www.playvid.com/watch/8ImoO2sUsLk, http://www.playvid.com/watch/pDb8krvkaG6, http://www.playvid.com/watch/ompEK90D395, http://www.playvid.com/watch/8PnZUoDdCC4, http://www.playvid.com/watch/D6iLnfuUnVc, http://www.playvid.com/watch/fWrhCxpCUsg, http://www.playvid.com/watch/3WTXDKRsB4W, http://www.playvid.com/watch/2z9Elucfvwg, http://www.playvid.com/watch/iiF3cd-rSCh, http://www.playvid.com/watch/toQ24JlBwVU, http://www.playvid.com/watch/DQ2O75cH7BB, http://www.playvid.com/watch/mNuayy85XSl, http://www.playvid.com/watch/EJqs8dk7bZo, http://www.playvid.com/watch/FVmJROrJCTw, http://www.playvid.com/watch/W8AEGaeh3bJ, http://www.playvid.com/watch/jP4wiytm244, http://www.playvid.com/watch/Sa8zPbACL8A, http://www.playvid.com/watch/UpKhhb2Kea5, http://www.playvid.com/watch/Tf8Gze2d2ww, http://www.playvid.com/watch/ZI5SCwK06zQ, http://www.playvid.com/watch/E6kKpgp9j8F, http://www.playvid.com/watch/ky2LL39kNnm, http://www.playvid.com/watch/IfDNTMm-Vid, http://www.playvid.com/watch/KEKtD7E3xiH, http://www.playvid.com/watch/pXKAH00GgWw, http://www.playvid.com/watch/7qzCylzZP7Z, http://www.playvid.com/watch/iodXTVLa97h, http://www.playvid.com/watch/AK7yKKDfw0g, http://www.playvid.com/watch/ybuT6z62jbm, http://www.playvid.com/watch/-bvGNiEGtIu, http://www.playvid.com/watch/EPVsZ6RArTF, http://www.playvid.com/watch/im-Iez64G6m, http://www.playvid.com/watch/TE9I24uVtQL, http://www.playvid.com/watch/RKyUML7Obst, http://www.playvid.com/watch/htAkT9oxcMq, http://www.playvid.com/watch/zlyxgyXML9r, http://www.playvid.com/watch/Cun04diKl8i, http://www.playvid.com/watch/wiERN0ilsXs, http://www.playvid.com/watch/GRwbWkOfa0o, http://www.playvid.com/watch/hfHSjwt32rA, http://www.playvid.com/watch/SFUHyAzgXxV, http://www.playvid.com/watch/XJKn7yPL9vE, http://www.playvid.com/watch/9OBfPO7PdZc, http://www.playvid.com/watch/DXTuaI7IaAG, http://www.playvid.com/watch/Ai9QrX4m9fL, http://www.playvid.com/watch/Kd4ztGm6Siw, http://www.playvid.com/watch/l8XlQeJWyfS, http://www.playvid.com/watch/Yo47FT6rWEC, http://www.playvid.com/watch/jR9BA3I7xHJ, http://www.playvid.com/watch/vMu02rpEK2Y, http://www.playvid.com/watch/4ZsWQ7kMTmo, http://www.playvid.com/watch/ai3CTlfIOje, http://www.playvid.com/watch/0ywW392g2UP, http://www.playvid.com/watch/nSulmYylHpo, http://www.playvid.com/watch/CEyHpY8yWJI, http://www.playvid.com/watch/rDYkzu5uLRY, http://www.playvid.com/watch/SWLnLrL9M3D, http://www.playvid.com/watch/xsGxlPAmHrX, http://www.playvid.com/watch/nsRT7Lge9uE, http://www.playvid.com/watch/BbrBEA2LEyr, http://www.playvid.com/watch/WcP7Id2z0hA, http://www.playvid.com/watch/aTp0ZhIfOML, http://www.playvid.com/watch/-GbXUtICDgj, http://www.playvid.com/watch/hXmC7AWQZBS, http://www.playvid.com/watch/HnL6RwreeNM, http://www.playvid.com/watch/lPlexZqYP8b, http://www.playvid.com/watch/eZ0QFgvhNVT, http://www.playvid.com/watch/a-MqR6FMvO-, http://www.playvid.com/watch/Te39edwcxJv, http://www.playvid.com/watch/qNfb6NrAllP, http://www.playvid.com/watch/jyRdXQDfLUp, http://www.playvid.com/watch/dTQWCBnPVXi, http://www.playvid.com/watch/O4T7yl9SJGc, http://www.playvid.com/watch/SSDx7EbwAoD, http://www.playvid.com/watch/g09r9Ma0dDQ, http://www.playvid.com/watch/8YvU-MueRb2, http://www.playvid.com/watch/phJQbDTd4Vy, http://www.playvid.com/watch/RJUCGQR-ULx, http://www.playvid.com/watch/-ZQ3PcwEJrT, http://www.playvid.com/watch/oaH97hhT5nx, http://www.playvid.com/watch/kQrvzvY377y, http://www.playvid.com/watch/4ZmT0WDTS7-, http://www.playvid.com/watch/UpJPCBI9CyG, http://www.playvid.com/watch/gLouM8uOqZA, http://www.playvid.com/watch/lw4zRls-6gb, http://www.playvid.com/watch/8w7S7QhJhh0, http://www.playvid.com/watch/QQ3jwOX52LT, http://www.playvid.com/watch/opyJURbczQv, http://www.playvid.com/watch/cacR2n2sdV2, http://www.playvid.com/watch/8fi9siC7FmY, http://www.playvid.com/watch/d3id5kxv3pW, http://www.playvid.com/watch/kJqrcnCMSUZ, http://www.playvid.com/watch/uYy-JmTb3It, http://www.playvid.com/watch/s36Lh-32sX7, http://www.playvid.com/watch/Rdf3aCGkhta, http://www.playvid.com/watch/9jQiLWEFiGp, http://www.playvid.com/watch/ukzVXWgC0e7, http://www.playvid.com/watch/0eyP9mOCP9s, http://www.playvid.com/watch/t4bjIIDLD5Y, http://www.playvid.com/watch/-ZWKPqHXvow, http://www.playvid.com/watch/KY2RxQrUEHC, http://www.playvid.com/watch/SfMxO7J9nVh, http://www.playvid.com/watch/O69e9wU3e7Y, http://www.playvid.com/watch/NNRnBWkZt8C, http://www.playvid.com/watch/Lu0mcoiHGhr, http://www.playvid.com/watch/yIwITNyZDlI, http://www.playvid.com/watch/tAwgPq9tpYT, http://www.playvid.com/watch/OcsmhFIcFNX, http://www.playvid.com/watch/6PPiC0qcoOa, http://www.playvid.com/watch/PX9DOt0CHrO, http://www.playvid.com/watch/P-aOVecp0kc, http://www.playvid.com/watch/2m4q2kRRCnH, http://www.playvid.com/watch/vyqwjDG70zX, http://www.playvid.com/watch/AGpOLHdOqTN, http://www.playvid.com/watch/UaoazDhP5x4, http://www.playvid.com/watch/xaE5xLCkCjw, http://www.playvid.com/watch/4ZBjijxCOWT, http://www.playvid.com/watch/oNvoa3968X6, http://www.playvid.com/watch/Lm8XnF7-o0X, http://www.playvid.com/watch/H9RIfwLHFaO, http://www.playvid.com/watch/YA5ljyOZTA5, http://www.playvid.com/watch/2TELN3alx4B, http://www.playvid.com/watch/R29kzydQWfS, http://www.playvid.com/watch/3-VhqDc8S5h, http://www.playvid.com/watch/c8MTpF3TyQH, http://www.playvid.com/watch/IAYCvXPQgvO, http://www.playvid.com/watch/-W8fckvPlHV, http://www.playvid.com/watch/VgJ9Mv-kdbh, http://www.playvid.com/watch/G9DiYXq0Kvr, http://www.playvid.com/watch/QfpdsDSqP-c, http://www.playvid.com/watch/rvZZwl-jr6-, http://www.playvid.com/watch/klTjGzaEtpD, http://www.playvid.com/watch/a325O4zc-rO, http://www.playvid.com/watch/LtcRGkvUs5d, http://www.playvid.com/watch/MIc29PdZ64z, http://www.playvid.com/watch/IsuO8jphNz4, http://www.playvid.com/watch/kynFCfuUzyJ, http://www.playvid.com/watch/IN-Tnx5rl-8, http://www.playvid.com/watch/k02xCIWJJHG, http://www.playvid.com/watch/7ZPeUU6M4Ph, http://www.playvid.com/watch/YXoTNV3QH4Z, http://www.playvid.com/watch/--L9eZKKm7r, http://www.playvid.com/watch/HMQebfFEnIH, http://www.playvid.com/watch/XylBTKY7s9X, http://www.playvid.com/watch/ymNnRSnpXK-, http://www.playvid.com/watch/TA9kjnRJR0L, http://www.playvid.com/watch/EZZvPfiMUKY, http://www.playvid.com/watch/iqmSdCdlNEJ, http://www.playvid.com/watch/FlYTEfbopBE, http://www.playvid.com/watch/PE9AFHb78Fv,

http://www.playvid.com/watch/CZ0Zy70zFuv, http://www.playvid.com/watch/nriXBSV9AzZ, http://www.playvid.com/watch/EmzotyJXmvv,
http://www.playvid.com/watch/JVc3agthZ7c, http://www.playvid.com/watch/nmnvSksNLcO, http://www.playvid.com/watch/batVBuV23sg,
http://www.playvid.com/watch/Y9wFKbYz3CZ, http://www.playvid.com/watch/oasf7bS9bj3, http://www.playvid.com/watch/-nHYtRq-glH,
http://www.playvid.com/watch/2az08iWLIsp, http://www.playvid.com/watch/pdkF7QWUmIH, http://www.playvid.com/watch/c2-EOUlxYk4,
http://www.playvid.com/watch/vYRgCB4nisl, http://www.playvid.com/watch/CVMl0ojRzJB, http://www.playvid.com/watch/TBgyrIJlBGz,
http://www.playvid.com/watch/qENO28Agds8, http://www.playvid.com/watch/W4J6IkIPc3x, http://www.playvid.com/watch/oyVj5zfChkT,
http://www.playvid.com/watch/9T7gnXmdEbM, http://www.playvid.com/watch/JAd6FGJ3vUw, http://www.playvid.com/watch/EubWHzTOP3R,
http://www.playvid.com/watch/Rt6QpR299hd, http://www.playvid.com/watch/cYk7I7MLI6S, http://www.playvid.com/watch/HPulJ9Gwzyc,
http://www.playvid.com/watch/CZIcCuORXmC, http://www.playvid.com/watch/mLVM6l7dP3O, http://www.playvid.com/watch/bj7ZxQCjIjR,
http://www.playvid.com/watch/OVgOmWNaxco, http://www.playvid.com/watch/kBROLSdPzT5, http://www.playvid.com/watch/g3mguXOK-eC,
http://www.playvid.com/watch/HKa0wbztwn9, http://www.playvid.com/watch/Cz0d5O5ZOpx, http://www.playvid.com/watch/uTbb2-rfp2B,
http://www.playvid.com/watch/syuO2IBMOgk, http://www.playvid.com/watch/FiXP4ocP77B, http://www.playvid.com/watch/Lr62PxcB4gR,
http://www.playvid.com/watch/4U2Dd0fJPgQ, http://www.playvid.com/watch/rhYgrRPNQZz, http://www.playvid.com/watch/jzJzf5SonNK,
http://www.playvid.com/watch/GZI9pzcjd7-, http://www.playvid.com/watch/aThZdI8fIDt, http://www.playvid.com/watch/dk2Ok7gsVLq,
http://www.playvid.com/watch/oYa-2-SXg7L, http://www.playvid.com/watch/L5he34K9jq0, http://www.playvid.com/watch/6gm6XMcjlAH,
http://www.playvid.com/watch/YdNBGHuP25Y, http://www.playvid.com/watch/o4E2Ql0qyp-, http://www.playvid.com/watch/4CsKsuLZ9KG,
http://www.playvid.com/watch/LYeWwecxOus, http://www.playvid.com/watch/9Ip5ni2nWri, http://www.playvid.com/watch/bJ-jeCbIFY0,
http://www.playvid.com/watch/jcxviEdZIaw, http://www.playvid.com/watch/dqfD73qA6hd, http://www.playvid.com/watch/0fj39qXCAkf,
http://www.playvid.com/watch/fQs9ekLgSf0, http://www.playvid.com/watch/R7AMZZs29D8, http://www.playvid.com/watch/wgabKOnH8ni,
http://www.playvid.com/watch/07bzgkqWejg, http://www.playvid.com/watch/-E8TQUc0VDU, http://www.playvid.com/watch/BISo-nAV4pQ,
http://www.playvid.com/watch/IrkLsqGcLYt, http://www.playvid.com/watch/5cfqh03rppY, http://www.playvid.com/watch/I7J8DpKoeTh,
http://www.playvid.com/watch/ggbD7wxodv2, http://www.playvid.com/watch/X6x-KzpefOF, http://www.playvid.com/watch/GHTEdIzDFwX,
http://www.playvid.com/watch/W2WSgyW5nGx, http://www.playvid.com/watch/ZD8sK0eshXM, http://www.playvid.com/watch/i9tB-YO9JSW,
http://www.playvid.com/watch/ScyJ22oUQn-, http://www.playvid.com/watch/MrnVRCIiRNh, http://www.playvid.com/watch/u7dJO7Ntols,
http://www.playvid.com/watch/xpjy8zIqvOs, http://www.playvid.com/watch/QOI3hsNLvpn, http://www.playvid.com/watch/8gB7O2xcHny,
http://www.playvid.com/watch/G2DYoPsSAeu, http://www.playvid.com/watch/cFr7JTQr3SK, http://www.playvid.com/watch/3A4CZ6APNyD,
http://www.playvid.com/watch/pPtWRZWxCsF, http://www.playvid.com/watch/gpIG5LQO-Wx, http://www.playvid.com/watch/Q4J3DTpVqiq,
http://www.playvid.com/watch/BxAJZcueH8p, http://www.playvid.com/watch/KDNxwomFyrh, http://www.playvid.com/watch/4ssnXvcRssx,
http://www.playvid.com/watch/wGLzEZ6MWcJ, http://www.playvid.com/watch/9sjo0Bdq5Go, http://www.playvid.com/watch/k6GvLEnIPkm,
http://www.playvid.com/watch/EokT5R8ewzH, http://www.playvid.com/watch/ixe3wiq4Nfv, http://www.playvid.com/watch/bIOYg7xvm0D,
http://www.playvid.com/watch/tuzdHhoQYGP, http://www.playvid.com/watch/DjPeVQYbCTH, http://www.playvid.com/watch/2oJvSafwQMc,
http://www.playvid.com/watch/wgY-vypg6gO, http://www.playvid.com/watch/r8YqDFjye2Y, http://www.playvid.com/watch/YW57osJo5ne,
http://www.playvid.com/watch/96JhDU00doa, http://www.playvid.com/watch/enQavbdP8d8, http://www.playvid.com/watch/uzWAzvOkEAS,
http://www.playvid.com/watch/Kr-KpC9mTWT, http://www.playvid.com/watch/5BcFsnU6pCX, http://www.playvid.com/watch/YVUni7yvNk-,
http://www.playvid.com/watch/mxWXCIoY8hQ, http://www.playvid.com/watch/W2c0CwgTY65, http://www.playvid.com/watch/Dj5ruXS8b8X,
http://www.playvid.com/watch/r4wz4FUPHKT, http://www.playvid.com/watch/AHJu60TBt0H, http://www.playvid.com/watch/ZMGOW-XkdPG,
http://www.playvid.com/watch/uXLWlTaGG2C, http://www.playvid.com/watch/jThph5kvAHB, http://www.playvid.com/watch/2L3X6Mu8bcn,
http://www.playvid.com/watch/EQ2Agdzv7QJ, http://www.playvid.com/watch/WusK4Z8ClUs, http://www.playvid.com/watch/Vekiw7o-IbJ,
http://www.playvid.com/watch/jNg3OfcuWgs, http://www.playvid.com/watch/jmzY9PmY6sm, http://www.playvid.com/watch/EViTiOOYtPP,
http://www.playvid.com/watch/qoPNoViJB0t, http://www.playvid.com/watch/AhraaXBpthJ, http://www.playvid.com/watch/Km2pG9oQjzD,
http://www.playvid.com/watch/9XX62duqRlE, http://www.playvid.com/watch/mDQwpKmTM7O, http://www.playvid.com/watch/aXRTwPSEM2u,
http://www.playvid.com/watch/laBVkoR4bNN, http://www.playvid.com/watch/q0CNRiJKPF8, http://www.playvid.com/watch/6IBirBAya4t,
http://www.playvid.com/watch/dYZVGh8OT6Z, http://www.playvid.com/watch/NtFUj0XYdrj, http://www.playvid.com/watch/hzj32c-LQ7e,
http://www.playvid.com/watch/e9kWTZ9tU0U, http://www.playvid.com/watch/a8WFR7wEUzW, http://www.playvid.com/watch/HIoiJm7uCDq,
http://www.playvid.com/watch/WZaiXqXEog3, http://www.playvid.com/watch/ZUrWtNSvTUR, http://www.playvid.com/watch/v25N37mOjcE,
http://www.playvid.com/watch/ZPfpiZJBQhJ, http://www.playvid.com/watch/jUuqvpJhkIy, http://www.playvid.com/watch/CkbSV0B2PgC,
http://www.playvid.com/watch/2OAMUDfDjpX, http://www.playvid.com/watch/WYYLIlaWA6k, http://www.playvid.com/watch/5nRhZGJjocg,
http://www.playvid.com/watch/icCVqJurb-V, http://www.playvid.com/watch/Yb6fQKszo9U, http://www.playvid.com/watch/zXYVEOam7fO,
http://www.playvid.com/watch/hpowBxhmDPh, http://www.playvid.com/watch/BDTMtHmUVDm, http://www.playvid.com/watch/ibp8DUe0ypl,
http://www.playvid.com/watch/ruSB6QARoiD, http://www.playvid.com/watch/aS5J7nbdYxE, http://www.playvid.com/watch/ihVwND9FGTp,
http://www.playvid.com/watch/EQ0D-yt4WuU, http://www.playvid.com/watch/VAevLsuqXa-, http://www.playvid.com/watch/vMNI7ZizKUP,
http://www.playvid.com/watch/pvITmuzDHb7, http://www.playvid.com/watch/xMj3MtNGUxK, http://www.playvid.com/watch/8YugjWYuS0v,
http://www.playvid.com/watch/ahfzR57SUOY, http://www.playvid.com/watch/I9RsA-Il-jO, http://www.playvid.com/watch/CRF4HidNtC7,
http://www.playvid.com/watch/gIqVPowrxcf, http://www.playvid.com/watch/2WrOBk3MSM-, http://www.playvid.com/watch/KcyVIt3OIGW,
http://www.playvid.com/watch/4ZqgGeysQLW, http://www.playvid.com/watch/3K0wlbOJxV2, http://www.playvid.com/watch/xrAmJZddiVw,
http://www.playvid.com/watch/KLInJxOKDjQ, http://www.playvid.com/watch/RvLISBYMnnP, http://www.playvid.com/watch/NkN5rO3K7hO,
http://www.playvid.com/watch/wwvbFmgsoy8, http://www.playvid.com/watch/DHPvwGXIkQu, http://www.playvid.com/watch/enS5VXGo5KN,
http://www.playvid.com/watch/hReFWdACUvt, http://www.playvid.com/watch/jwDBpHnjDWt, http://www.playvid.com/watch/LWnbiGdgnna,
http://www.playvid.com/watch/yqcJBvp9pQP, http://www.playvid.com/watch/qHeSCKLaC5u, http://www.playvid.com/watch/HmtgAHo0h5F,
http://www.playvid.com/watch/OFgxFamStUp, http://www.playvid.com/watch/oivtjL9bVi7, http://www.playvid.com/watch/5RJoRPemzu-,
http://www.playvid.com/watch/N5r0Uv9l-ic, http://www.playvid.com/watch/nKto8I9RrpT, http://www.playvid.com/watch/bj5G9yIxd8w,
http://www.playvid.com/watch/LULlDQvGing, http://www.playvid.com/watch/LRlAlN9oDG-, http://www.playvid.com/watch/NYwRHzgrLlJ,
http://www.playvid.com/watch/SZmaKqPAwOg, http://www.playvid.com/watch/HPJl8ADjNpI, http://www.playvid.com/watch/XFHkceDSkQs,
http://www.playvid.com/watch/ByiUAIN0roY, http://www.playvid.com/watch/-Qma986BMmf, http://www.playvid.com/watch/53quFTFgXbe,
http://www.playvid.com/watch/6Vwvqyy6Q9H, http://www.playvid.com/watch/8p5szKqcBZE, http://www.playvid.com/watch/bP0WyhejvxY,
http://www.playvid.com/watch/hrbrdVW2Ed5, http://www.playvid.com/watch/rGa3ptntZOL, http://www.playvid.com/watch/st0XYXstusb,
http://www.playvid.com/watch/c0B7aUxZ8Ia, http://www.playvid.com/watch/-dXWiZwZaGO, http://www.playvid.com/watch/xN6VBLGUOpH,
http://www.playvid.com/watch/Bqg5JmHWNiE, http://www.playvid.com/watch/Po2YR73I-Ql, http://www.playvid.com/watch/ZHtIUYUrrcU,
http://www.playvid.com/watch/RRIzRw-gQLZ, http://www.playvid.com/watch/burLuYCwniY, http://www.playvid.com/watch/ZYeko50ZHm7,
http://www.playvid.com/watch/N2KcfX3x3Jy, http://www.playvid.com/watch/lKgvZoE-3X2, http://www.playvid.com/watch/oTpWGK8J2Rk,
http://www.playvid.com/watch/Jj4aTtjUUyi, http://www.playvid.com/watch/O54ky4ctVEt, http://www.playvid.com/watch/jADFsMx3gez,
http://www.playvid.com/watch/Aana9ZfFEzr, http://www.playvid.com/watch/UGR7TUIEOs5, http://www.playvid.com/watch/yzuhltNn7WS,
http://www.playvid.com/watch/CmKxfCWg2Ox, http://www.playvid.com/watch/9DhUQxPbEda, http://www.playvid.com/watch/RDXRkwOzW9S,
http://www.playvid.com/watch/skDAhg9NvsW, http://www.playvid.com/watch/RsFVex0xMNM, http://www.playvid.com/watch/jBIeYIf4NV7,
http://www.playvid.com/watch/bBELEuZGqMl, http://www.playvid.com/watch/-3eqLR2OepB, http://www.playvid.com/watch/erZ-Sv06Pjg,
http://www.playvid.com/watch/NfS4j23WwM9, http://www.playvid.com/watch/gLuGv7F0WYj, http://www.playvid.com/watch/JwlZM2mHFfU,
http://www.playvid.com/watch/TakiTnuUJsa, http://www.playvid.com/watch/moVCV9xXlO5, http://www.playvid.com/watch/arOnq3x9gdH,
http://www.playvid.com/watch/Dlt58mDhcZS, http://www.playvid.com/watch/lVVJl0Jqhl4, http://www.playvid.com/watch/m9wrbdY9ULE,
http://www.playvid.com/watch/JMObRGsGjd5, http://www.playvid.com/watch/AdFRuIC8ub-, http://www.playvid.com/watch/Dron9xnuDq4,
http://www.playvid.com/watch/0jqYwawMeNf, http://www.playvid.com/watch/AqH6WJEfMr6, http://www.playvid.com/watch/Ebg2PdNqlWk,
http://www.playvid.com/watch/f762uokk0Xp, http://www.playvid.com/watch/jxqMhv83Kxx, http://www.playvid.com/watch/pFJv0y5IKAb,
http://www.playvid.com/watch/Q-SPzFa69d3, http://www.playvid.com/watch/3Rz5vvsEqFk, http://www.playvid.com/watch/0dRgU4d4IeP,
http://www.playvid.com/watch/y4-R9Wz6K3B, http://www.playvid.com/watch/lgc48R8ni0t, http://www.playvid.com/watch/pzhYvyl4zlH,
http://www.playvid.com/watch/3-WmwrKssnW, http://www.playvid.com/watch/0EStDuT4I8R, http://www.playvid.com/watch/BrsHIuMHFiq,
http://www.playvid.com/watch/lWJhP3K6kih, http://www.playvid.com/watch/owGw6-Ac6lm, http://www.playvid.com/watch/ZocDc0k4u89,
http://www.playvid.com/watch/0bNlFxEomT9, http://www.playvid.com/watch/7b9NsmwQ8Qz, http://www.playvid.com/watch/PkDMq-7U5Kg,
http://www.playvid.com/watch/79SZisGyQxb, http://www.playvid.com/watch/ICsyUE3o9dH, http://www.playvid.com/watch/VNDAg7pt5nB,
http://www.playvid.com/watch/dTTZiuJPUNe, http://www.playvid.com/watch/zBVRiJFmbi0, http://www.playvid.com/watch/QRf8XZCWSbF,
http://www.playvid.com/watch/RkQSp5K5orz, http://www.playvid.com/watch/dL84885BcoG, http://www.playvid.com/watch/JShWfaDuFaZ,
http://www.playvid.com/watch/t9R02ll36Xb, http://www.playvid.com/watch/KVWlUFORb6x, http://www.playvid.com/watch/m-qVOBOKgs0,
http://www.playvid.com/watch/9Gg-9K-3vbS, http://www.playvid.com/watch/IUkma7X4smN, http://www.playvid.com/watch/TYD2k02tfI7,
http://www.playvid.com/watch/94WmLW-Xd0L, http://www.playvid.com/watch/mkSzQTrk8SX, http://www.playvid.com/watch/e56eNPEJtKh,
http://www.playvid.com/watch/UdGaD6XvNTB, http://www.playvid.com/watch/3ee8tcoHcZ0, http://www.playvid.com/watch/ZSpLC2d5yTm,
http://www.playvid.com/watch/9KSYx2dPh8X, http://www.playvid.com/watch/xFyasV3P0Tu, http://www.playvid.com/watch/qgDtUn57a4p,
http://www.playvid.com/watch/KeKaOXBf5Cm, http://www.playvid.com/watch/y7erk73VLWx, http://www.playvid.com/watch/5ca4btgQbVn,
http://www.playvid.com/watch/rqXDCQz37AY, http://www.playvid.com/watch/QPsKWYJc6VV, http://www.playvid.com/watch/gMZ3z-mdkyh,

http://www.playvid.com/watch/8gVZlJ-NFuw, http://www.playvid.com/watch/7kbTcwctYHl, http://www.playvid.com/watch/EhZvJDrEOt9, http://www.playvid.com/watch/sPHP4qC7BNs, http://www.playvid.com/watch/6wNEja29knU, http://www.playvid.com/watch/5aJXViYKAyp, http://www.playvid.com/watch/gCK8A2rAR2h, http://www.playvid.com/watch/jnhDzLntpkO, http://www.playvid.com/watch/EX2NhgcFctS, http://www.playvid.com/watch/WnUHKaYWyuE, http://www.playvid.com/watch/l2FJIgtFJEy, http://www.playvid.com/watch/TKeJcemu8w8, http://www.playvid.com/watch/6kFkIdyPtOj, http://www.playvid.com/watch/Vvy35ClrMAH, http://www.playvid.com/watch/RnbwD7oyiCN, http://www.playvid.com/watch/ET65SGIjeBD, http://www.playvid.com/watch/zV0hiJvQN75, http://www.playvid.com/watch/8-Hr3imDfDT, http://www.playvid.com/watch/fki2jf4hmJw, http://www.playvid.com/watch/AABbuJSzZ7i, http://www.playvid.com/watch/RnnPkJUeIVS, http://www.playvid.com/watch/Vfro3p005fN, http://www.playvid.com/watch/ssuxYmV759p, http://www.playvid.com/watch/ratYBbXShrL, http://www.playvid.com/watch/kZtlkIRg7i6, http://www.playvid.com/watch/Hzi9jYrwu9j, http://www.playvid.com/watch/DE74VM3WDhT, http://www.playvid.com/watch/6qQgbcosYeq, http://www.playvid.com/watch/UnbzAm-kefT, http://www.playvid.com/watch/xpiYJbIh0HQ, http://www.playvid.com/watch/3v-Isa2Ep9K, http://www.playvid.com/watch/JlJRK8WJ83t, http://www.playvid.com/watch/09LPgYcz5Je, http://www.playvid.com/watch/L7feSnzfRvd, http://www.playvid.com/watch/XGRfruWtK8Z, http://www.playvid.com/watch/qGE8tgWTPP8, http://www.playvid.com/watch/MwkySW0a8o-, http://www.playvid.com/watch/738K-7lSUIJ, http://www.playvid.com/watch/rMMz59-WIvp, http://www.playvid.com/watch/GPn4ivIXREc, http://www.playvid.com/watch/SH8XtSyFKOa, http://www.playvid.com/watch/HNXzCebuQPF, http://www.playvid.com/watch/SOOCgPZT4Os, http://www.playvid.com/watch/DvsNzsjKEXD, http://www.playvid.com/watch/mx04tEB5YJ7, http://www.playvid.com/watch/ZNPJwYRctYz, http://www.playvid.com/watch/LigL2Eq5GeM, http://www.playvid.com/watch/H4S78tobnk8, http://www.playvid.com/watch/Qhak6EYJwwy, http://www.playvid.com/watch/gox5RmQYmBA, http://www.playvid.com/watch/CmhrExoS7cI, http://www.playvid.com/watch/xsaFnStlCe9, http://www.playvid.com/watch/YtPSNjjI9SE, http://www.playvid.com/watch/AGXqpwEAy83, http://www.playvid.com/watch/XA6-5Pz83bh, http://www.playvid.com/watch/h-Pj2WpldlE, http://www.playvid.com/watch/DI4WkOFsBNA, http://www.playvid.com/watch/kW4uJiwVRiV, http://www.playvid.com/watch/SjUMNovCtcw, http://www.playvid.com/watch/EjvLsYhu9cd, http://www.playvid.com/watch/arJyavHrc0N, http://www.playvid.com/watch/QkkhjyEToU2, http://www.playvid.com/watch/VuYe6fgLSjm, http://www.playvid.com/watch/FDJzMeun5TW, http://www.playvid.com/watch/M76djz7E8vY, http://www.playvid.com/watch/lYNiu5nwSfO, http://www.playvid.com/watch/CBQJAfYyH5P, http://www.playvid.com/watch/PEyVPrtKsPl, http://www.playvid.com/watch/nWVBG02J3t8, http://www.playvid.com/watch/OL8tLX0GfWt, http://www.playvid.com/watch/zMUgsP0fkPl, http://www.playvid.com/watch/tnYi08VVt6U, http://www.playvid.com/watch/Z00vHaZ5zEV, http://www.playvid.com/watch/V-NJlLRbYN3, http://www.playvid.com/watch/lffsSl6C9R0, http://www.playvid.com/watch/aMLycZM3qfY, http://www.playvid.com/watch/x45ipHaRuyC, http://www.playvid.com/watch/ycNdX9jpRVm, http://www.playvid.com/watch/bJKJB4obInk, http://www.playvid.com/watch/qXyRL8gwckL, http://www.playvid.com/watch/JYHMJlWfOWr, http://www.playvid.com/watch/Hm9EXkjWGb-, http://www.playvid.com/watch/TCU0vdzGST5, http://www.playvid.com/watch/-Bg5-X7oBs5
5.f. Date of third notice: 2013-09-05
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: TxGringo
5.b. Uploader's email address: TxGringo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/TxGringo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/OwMwe7CPv5-, http://www.playvid.com/watch/6nqvxcIqo8U, http://www.playvid.com/watch/ZQgTRKdeS6y, http://www.playvid.com/watch/egc5f68BoLD, http://www.playvid.com/watch/0d9evQkBgPO, http://www.playvid.com/watch/m3BssLNGPX4, http://www.playvid.com/watch/j6QsEAr3D-a, http://www.playvid.com/watch/i9X5yQgqKKi, http://www.playvid.com/watch/XRBUeWCbrJB, http://www.playvid.com/watch/OnO-v8unXh5, http://www.playvid.com/watch/nXhV6Y4ysNb, http://www.playvid.com/watch/83HbuCK6kiQ, http://www.playvid.com/watch/Peo-A8gRj96, http://www.playvid.com/watch/EzCwmONhpJx, http://www.playvid.com/watch/MUjkAw8VaTR, http://www.playvid.com/watch/PJA2UJn4qS-, http://www.playvid.com/watch/T7G8Fwp-xgB, http://www.playvid.com/watch/ZUexnVQfkrb, http://www.playvid.com/watch/xaZVahzfb2D, http://www.playvid.com/watch/Wt8vbHCuTK4, http://www.playvid.com/watch/SJLsDIwMYqS, http://www.playvid.com/watch/BHzHAdPjUQ-, http://www.playvid.com/watch/4vYWrH9tyeZ, http://www.playvid.com/watch/6HinRnKGcjB, http://www.playvid.com/watch/SDTcu2lcAGT, http://www.playvid.com/watch/hNjpzoo2TV2, http://www.playvid.com/watch/fkgeWRgXYE0, http://www.playvid.com/watch/Ip5cowFmkxx, http://www.playvid.com/watch/j8VEO58jw88, http://www.playvid.com/watch/Or3e2sOMqIW, http://www.playvid.com/watch/AjUJKV6kw6g, http://www.playvid.com/watch/CeBydD-ccUt, http://www.playvid.com/watch/l4AuqvEHwg7, http://www.playvid.com/watch/EKT2cMJT8jg, http://www.playvid.com/watch/AsNqYFj8aC5, http://www.playvid.com/watch/uC60spMhI0x, http://www.playvid.com/watch/90MakiRVYq3, http://www.playvid.com/watch/5Y5K8Pq8YoT, http://www.playvid.com/watch/Bz-MjteOihQ, http://www.playvid.com/watch/3QZGKbKr9nX, http://www.playvid.com/watch/qekVyRTwyJl, http://www.playvid.com/watch/8yFku2DmYjB, http://www.playvid.com/watch/03feorHtT6w, http://www.playvid.com/watch/PNsLgLtkkqW, http://www.playvid.com/watch/uWpb-ZIc--0, http://www.playvid.com/watch/A-gMsPtK79u, http://www.playvid.com/watch/lJd7o36DRpq
5.f. Date of third notice: 2014-08-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: upland
5.b. Uploader's email address: t.otokura@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/upland
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Zge8R2kvPHN, http://www.playvid.com/watch/qMzjU28eGne, http://www.playvid.com/watch/gO7Zq22RoLi, http://www.playvid.com/watch/jNG3xQrg8Wd, http://www.playvid.com/watch/m0SPjceUaqL, http://www.playvid.com/watch/ONpJQQsMNJ3, http://www.playvid.com/watch/tkxrmaz9v49, http://www.playvid.com/watch/mHUGzvgL4dP, http://www.playvid.com/watch/Z-pHYpe5uSz, http://www.playvid.com/watch/7seSbaIxkbS, http://www.playvid.com/watch/VTMvNm5uxbk, http://www.playvid.com/watch/6DKZlaE3YD4, http://www.playvid.com/watch/YhfOBdk-xmF, http://www.playvid.com/watch/Rw5IvY2GFE9, http://www.playvid.com/watch/NQZ6KeW9AlC, http://www.playvid.com/watch/53T7RfCobZv, http://www.playvid.com/watch/osIzWyFuxsN, http://www.playvid.com/watch/xHmc9wZY4HV, http://www.playvid.com/watch/RfHwCr2J7C-, http://www.playvid.com/watch/9fBI8YbPZKv, http://www.playvid.com/watch/aiT8E8SNsqA, http://www.playvid.com/watch/0oIFFSAd4fd, http://www.playvid.com/watch/7og9Q2gKFcP, http://www.playvid.com/watch/jXMHfcojYH2, http://www.playvid.com/watch/sxZWfnPJe3I, http://www.playvid.com/watch/JSVXvSDxfbI, http://www.playvid.com/watch/ptHtBepBipi, http://www.playvid.com/watch/syXVnBLvYS9, http://www.playvid.com/watch/jZI-f128Sky, http://www.playvid.com/watch/FfQWkiVT8PU, http://www.playvid.com/watch/CwWtjjmBjzV, http://www.playvid.com/watch/F0TcrIR8Jyx, http://www.playvid.com/watch/XrBBDVYdZA2, http://www.playvid.com/watch/ghfhp1AU-5U, http://www.playvid.com/watch/MjKumOPvvmW, http://www.playvid.com/watch/o3ImA9nBcdW, http://www.playvid.com/watch/50A9SLlvgrV, http://www.playvid.com/watch/Pi0Xz9HrXXJ, http://www.playvid.com/watch/s4i4ysjY3l1, http://www.playvid.com/watch/BWpU4aqQdvJ, http://www.playvid.com/watch/OVy3pAvD1pW, http://www.playvid.com/watch/5SDtTroFOrs, http://www.playvid.com/watch/x0mKmP13JTM, http://www.playvid.com/watch/Gad-BLsHEvL, http://www.playvid.com/watch/snsJdlJ2d3e, http://www.playvid.com/watch/oV8l9Z8nVeq, http://www.playvid.com/watch/0bVkLOfb3uP, http://www.playvid.com/watch/7dRaviBH-6s, http://www.playvid.com/watch/-B8yI2f3HF6, http://www.playvid.com/watch/bPcU-GJczVF, http://www.playvid.com/watch/MQbpZpiGdQR, http://www.playvid.com/watch/INNAaKxO5EW, http://www.playvid.com/watch/hb4f128mDNM, http://www.playvid.com/watch/qlpGFlFKZ7K, http://www.playvid.com/watch/tG2lSJCJd3w, http://www.playvid.com/watch/octEQnzFvzp, http://www.playvid.com/watch/bKXK90VnebC, http://www.playvid.com/watch/Q4uN35Yyu11, http://www.playvid.com/watch/x2jJFjPaTr0, http://www.playvid.com/watch/Wrt3ZYHw2FK, http://www.playvid.com/watch/aIUzXNEB43n, http://www.playvid.com/watch/z8g6I67zGgI, http://www.playvid.com/watch/GWnGQsPTcqX, http://www.playvid.com/watch/yBIjrZz3ldH, http://www.playvid.com/watch/3T-iKud8c1u, http://www.playvid.com/watch/OE8MtyPkDmZ, http://www.playvid.com/watch/035-OOoLfTR, http://www.playvid.com/watch/9qDvwKtC5iG, http://www.playvid.com/watch/GfvLD9dFjNQ, http://www.playvid.com/watch/WNsSB0cU6mG, http://www.playvid.com/watch/2a4BknKMdvu, http://www.playvid.com/watch/CSPwjtZSwm9, http://www.playvid.com/watch/JEYbNPwqJFn, http://www.playvid.com/watch/GvDJttUa6Uk, http://www.playvid.com/watch/CeR1-xi7XfO, http://www.playvid.com/watch/YI2NNXPY3pV, http://www.playvid.com/watch/Nt3uMCK-4U3, http://www.playvid.com/watch/qxWV7z0ZJRT, http://www.playvid.com/watch/PZ2NorELVgn, http://www.playvid.com/watch/Mq0bd8sGnvC, http://www.playvid.com/watch/GfC6MWQZ2w4, http://www.playvid.com/watch/mSppPYFIn3z, http://www.playvid.com/watch/groIbMUqIyf, http://www.playvid.com/watch/CWFN5nWxgI5, http://www.playvid.com/watch/0oyqhQoNIza, http://www.playvid.com/watch/52iVSotONlm, http://www.playvid.com/watch/eCgcx6rcKvi, http://www.playvid.com/watch/qAxR3EWRSIn, http://www.playvid.com/watch/ko2oHynefuP, http://www.playvid.com/watch/nA6UypMmBum, http://www.playvid.com/watch/qxw4tJLhOW8, http://www.playvid.com/watch/nHvTuD-Qi10, http://www.playvid.com/watch/doE73rFFSuW, http://www.playvid.com/watch/NR4FBAMDFAM, http://www.playvid.com/watch/yc5P3gwS93C, http://www.playvid.com/watch/apVlAb1tt1j, http://www.playvid.com/watch/4AsGEXZKeub, http://www.playvid.com/watch/GFla6-fmz-3, http://www.playvid.com/watch/-qnzW7oiGwv, http://www.playvid.com/watch/AiTc9iiGrv1, http://www.playvid.com/watch/UW9Dhw-MV4P, http://www.playvid.com/watch/A7sndZ3EFO3, http://www.playvid.com/watch/5oQ8V9Vwzkb, http://www.playvid.com/watch/xE8OvhRc1JT, http://www.playvid.com/watch/UmHZ4t5ChLu, http://www.playvid.com/watch/B7mGAMkZp84, http://www.playvid.com/watch/NjXtD8MPciw, http://www.playvid.com/watch/nZWZoQ-O5cc, http://www.playvid.com/watch/epAq-DXi3RO, http://www.playvid.com/watch/tIczbrTqDj7, http://www.playvid.com/watch/lGrVgOrY40o, http://www.playvid.com/watch/sGVua3O5NuZ, http://www.playvid.com/watch/Rbw17iVZSop, http://www.playvid.com/watch/7jKhSdrL9J8, http://www.playvid.com/watch/-Ck-TpPhjl9, http://www.playvid.com/watch/zhX0TEpLiQy, http://www.playvid.com/watch/UfoRBmzCQvd, http://www.playvid.com/watch/vj5qPt4FSWl, http://www.playvid.com/watch/s7XOcJmMvfv,

http://www.playvid.com/watch/4AzQefPtQNc, http://www.playvid.com/watch/cBt0W-9mpW9, http://www.playvid.com/watch/ameu0hMY4tb,
http://www.playvid.com/watch/zmiq1Jpfhbm, http://www.playvid.com/watch/2kAAd8q6kOE, http://www.playvid.com/watch/E-0QOYdlO7i,
http://www.playvid.com/watch/XvvJFvlLxpD, http://www.playvid.com/watch/ZKpbJ85sKqK, http://www.playvid.com/watch/oF_1UZan01q,
http://www.playvid.com/watch/u-ItGg_ObjG, http://www.playvid.com/watch/IHdtjoMY0Z9, http://www.playvid.com/watch/uJfPHGMSMeF,
http://www.playvid.com/watch/wV9jnfibO9H, http://www.playvid.com/watch/0dxVvGb_6Os, http://www.playvid.com/watch/RvSwsPr-pOw,
http://www.playvid.com/watch/d-_g_BcUvsX, http://www.playvid.com/watch/Obznskx2xSM, http://www.playvid.com/watch/hABvsPEc3g9,
http://www.playvid.com/watch/omGqDPTilfP, http://www.playvid.com/watch/maBSgyIqiJD, http://www.playvid.com/watch/6NwhT4xEiH7,
http://www.playvid.com/watch/RuYaUXd3nUg, http://www.playvid.com/watch/DeGV3YiWHqM, http://www.playvid.com/watch/jV3U23NhBqA,
http://www.playvid.com/watch/BduRELqs2EZ, http://www.playvid.com/watch/r1blUE5Ta9z, http://www.playvid.com/watch/9aIoAiVb-QS,
http://www.playvid.com/watch/VloexxpGU8C, http://www.playvid.com/watch/eQjRcf6tyPA, http://www.playvid.com/watch/HKjYB-cdZ3b,
http://www.playvid.com/watch/JOppbER3o0X, http://www.playvid.com/watch/TzePx0FqJTm, http://www.playvid.com/watch/W1KcVKHfh2V,
http://www.playvid.com/watch/0bytoKXVKVs, http://www.playvid.com/watch/nhb4EPCNzmZ, http://www.playvid.com/watch/KXNZoHObVV4,
http://www.playvid.com/watch/4F7Ry3zW3bc, http://www.playvid.com/watch/MXrK1GDwfIS, http://www.playvid.com/watch/b9lct4kGn8Z,
http://www.playvid.com/watch/MWlZIB5llKC, http://www.playvid.com/watch/MmtkvvCUJCj, http://www.playvid.com/watch/JmFzYoHn5V3,
http://www.playvid.com/watch/sB7ewNCSgKu, http://www.playvid.com/watch/s9zxglfYU6O, http://www.playvid.com/watch/ZExBE1DxHA0,
http://www.playvid.com/watch/KM2WXX3Ej3Z, http://www.playvid.com/watch/gJpFB2IIPIE, http://www.playvid.com/watch/IUqO6phu2f0,
http://www.playvid.com/watch/toJwxF9Cgjp, http://www.playvid.com/watch/f0uRWttcuJP, http://www.playvid.com/watch/R4NAD5Pq_ui,
http://www.playvid.com/watch/Ssk-GocKAc0, http://www.playvid.com/watch/YyHZXvtTDNb, http://www.playvid.com/watch/Xh84AXaRpF8,
http://www.playvid.com/watch/q8doLl-O7v9, http://www.playvid.com/watch/9ch_aEpODzL, http://www.playvid.com/watch/TQvKxOpHMx8,
http://www.playvid.com/watch/osbriVM5Xdm, http://www.playvid.com/watch/nmfqvGx9rg5, http://www.playvid.com/watch/KY6q0y_z5jM,
http://www.playvid.com/watch/ezNnrq8pYAR, http://www.playvid.com/watch/OJiNsRrRMzH, http://www.playvid.com/watch/apkU3o7xWxz,
http://www.playvid.com/watch/fNgcRTpZfss, http://www.playvid.com/watch/UHNAxrpCOEJ, http://www.playvid.com/watch/vCMXgD-FPJL,
http://www.playvid.com/watch/JAw6xbU4UDx, http://www.playvid.com/watch/KnlwBmGG-fF, http://www.playvid.com/watch/Ibe1-BUY_JE,
http://www.playvid.com/watch/zegs4w3Ygh0, http://www.playvid.com/watch/8J5peAPCm_b, http://www.playvid.com/watch/xqIchd2JJgE,
http://www.playvid.com/watch/KCof-skUnDt, http://www.playvid.com/watch/FMajVwic43u, http://www.playvid.com/watch/a04YyIo7exi,
http://www.playvid.com/watch/Q9COMfr7QLM, http://www.playvid.com/watch/R024tddq2hU, http://www.playvid.com/watch/UG_44zrriE6,
http://www.playvid.com/watch/ShftvKb5sY0, http://www.playvid.com/watch/iViuBc4Oq_G, http://www.playvid.com/watch/OGGXuRGorL4,
http://www.playvid.com/watch/Isnc0f_V_bJ, http://www.playvid.com/watch/dT4xjC21UpY, http://www.playvid.com/watch/z56b3OP0pqj,
http://www.playvid.com/watch/XMLNhCHxvZg, http://www.playvid.com/watch/EBZ0_E-48FM, http://www.playvid.com/watch/WhOTzyv1eOk,
http://www.playvid.com/watch/Q_60L8hLEA3, http://www.playvid.com/watch/R6RwssMpsEn, http://www.playvid.com/watch/hjBIor1Bmw5,
http://www.playvid.com/watch/ntcd__xAOPk, http://www.playvid.com/watch/cVdnWMMlfAU, http://www.playvid.com/watch/DNiU-KYYEpZ,
http://www.playvid.com/watch/o1XFvoHv_Et, http://www.playvid.com/watch/r2Op3UqF-XW, http://www.playvid.com/watch/Xsl3dmVj_t7,
http://www.playvid.com/watch/kolVHvW7qXE, http://www.playvid.com/watch/SnafcvM0MdY, http://www.playvid.com/watch/VYD6tFguuqI,
http://www.playvid.com/watch/nLQldS8s-Q5, http://www.playvid.com/watch/D3h2PXEEkH9, http://www.playvid.com/watch/Pr27Td2YjMc,
http://www.playvid.com/watch/rp46Qwc5M7y, http://www.playvid.com/watch/n7xmXEQW2NA, http://www.playvid.com/watch/WScGe0sRbYi,
http://www.playvid.com/watch/k1kqp00aHzX, http://www.playvid.com/watch/Sm26U9zuUA3, http://www.playvid.com/watch/AJdu9QIGGuN,
http://www.playvid.com/watch/AndlBc84D7S, http://www.playvid.com/watch/vGRwic5BXgy, http://www.playvid.com/watch/CnL5l8p8EO6,
http://www.playvid.com/watch/945MC9hH_eI, http://www.playvid.com/watch/Dq6a25HE3E3, http://www.playvid.com/watch/JYX8wePhkBl,
http://www.playvid.com/watch/0ABtor31DtL, http://www.playvid.com/watch/YERXardSd6H, http://www.playvid.com/watch/Hw6A95MHpcS,
http://www.playvid.com/watch/AAa7ToV6e0R, http://www.playvid.com/watch/tu6mncP-1rV, http://www.playvid.com/watch/kwGIgUbhPQ8,
http://www.playvid.com/watch/nH2X-GCQP68, http://www.playvid.com/watch/JkOdPXo2kyj, http://www.playvid.com/watch/mra-qQjKQfa,
http://www.playvid.com/watch/4YXHcY5vN_W, http://www.playvid.com/watch/owGGjM6Ipya, http://www.playvid.com/watch/cWDeft6TiKg,
http://www.playvid.com/watch/5QEwN4yHWmA, http://www.playvid.com/watch/PNkh5zRw5JC, http://www.playvid.com/watch/N7dCpwvKcCU,
http://www.playvid.com/watch/j1nKzEf1Zuv, http://www.playvid.com/watch/sCHnPjSu8Ce, http://www.playvid.com/watch/BqZJ8TPXe9N,
http://www.playvid.com/watch/IvztXOfxiIr, http://www.playvid.com/watch/WnAgYWVE00C, http://www.playvid.com/watch/u7EUGI1DkHU,
http://www.playvid.com/watch/EdcnTFJQbCe, http://www.playvid.com/watch/SpHfYEcnJ6P, http://www.playvid.com/watch/DHD4E0SEHb8,
http://www.playvid.com/watch/ccvboSoMG8i, http://www.playvid.com/watch/w576SXOlJ0L, http://www.playvid.com/watch/8R2WRv4qWvW,
http://www.playvid.com/watch/GYj6cKku0MQ, http://www.playvid.com/watch/3JZIkCLQrhu, http://www.playvid.com/watch/9GGVPAi5rih,
http://www.playvid.com/watch/FT-8-9CXXSo, http://www.playvid.com/watch/RV_PQFCl88S, http://www.playvid.com/watch/FEZhX3rpgtP,
http://www.playvid.com/watch/fZvMjbvR1N4, http://www.playvid.com/watch/BWFKUUSEbks, http://www.playvid.com/watch/muuNhpeJerm,
http://www.playvid.com/watch/gwd64nkawsI, http://www.playvid.com/watch/GmjQAf6gwy9, http://www.playvid.com/watch/QpC20gSgemL,
http://www.playvid.com/watch/WljmcxTUbvL, http://www.playvid.com/watch/Plg9_hIPuOd, http://www.playvid.com/watch/9ZhmasJcCz0,
http://www.playvid.com/watch/t2uAxEHi-tW, http://www.playvid.com/watch/zT50j51FzzR, http://www.playvid.com/watch/GIOw79AMH_l,
http://www.playvid.com/watch/9DSef2HD4BU, http://www.playvid.com/watch/csRhY3Eq88l, http://www.playvid.com/watch/Nl1kGDGqoCx,
http://www.playvid.com/watch/6_AylCwFp8v, http://www.playvid.com/watch/hqCpMid0PFV, http://www.playvid.com/watch/n3mPdhqZuAS,
http://www.playvid.com/watch/PlbxRW5zUYk, http://www.playvid.com/watch/7iY-F1GB9wL, http://www.playvid.com/watch/zzoMLBA4LZ6,
http://www.playvid.com/watch/OQ9GVbdx84L, http://www.playvid.com/watch/OImnwdXO3dS, http://www.playvid.com/watch/KMn3jVcl2NE,
http://www.playvid.com/watch/ufXBfU0LS6L, http://www.playvid.com/watch/eeobqOt7exO, http://www.playvid.com/watch/oE0VvSLJ_EX,
http://www.playvid.com/watch/hpgapApPzJr, http://www.playvid.com/watch/2DVqunC_ZXR, http://www.playvid.com/watch/x7w6cc06PwN,
http://www.playvid.com/watch/5KI9gL1RgaH, http://www.playvid.com/watch/IRMW-Y3dbyI, http://www.playvid.com/watch/uCMcBC7t5xj,
http://www.playvid.com/watch/TCvlOoBOnDu, http://www.playvid.com/watch/YeH1IeMZSKS, http://www.playvid.com/watch/bjJRu427xyU,
http://www.playvid.com/watch/mhIbqZZ6iSn, http://www.playvid.com/watch/e3EIDLAx5BH, http://www.playvid.com/watch/Hjb3KSqQpr7,
http://www.playvid.com/watch/ax5-bdLi7At, http://www.playvid.com/watch/lEnoLo6i_bT, http://www.playvid.com/watch/RlzdryeFBJO,
http://www.playvid.com/watch/Sl089vp-JHj, http://www.playvid.com/watch/tFBp8kisBjI, http://www.playvid.com/watch/67xqlZHXtzX,
http://www.playvid.com/watch/qt_Sou9YxWW, http://www.playvid.com/watch/FdGVJ3okCYr, http://www.playvid.com/watch/04GwokIflzr,
http://www.playvid.com/watch/B5hjemjMXIK, http://www.playvid.com/watch/eI7YzSL2BHO, http://www.playvid.com/watch/e5XZIAK__Qo,
http://www.playvid.com/watch/h9-xOoCz4Zr, http://www.playvid.com/watch/wXjOJ1hqYu7, http://www.playvid.com/watch/W0whKGVZPXo,
http://www.playvid.com/watch/4AiHoPhoYai, http://www.playvid.com/watch/q3LgKFQKn8d, http://www.playvid.com/watch/67qkhNjWNRb,
http://www.playvid.com/watch/EdFyotp1hVy, http://www.playvid.com/watch/Ud535Nt1xRM, http://www.playvid.com/watch/5OfXaJpyE80,
http://www.playvid.com/watch/S99iBrgvnxN, http://www.playvid.com/watch/607HmVBf9bF, http://www.playvid.com/watch/ptOmjIafQxK,
http://www.playvid.com/watch/FDq19yeq-Ve, http://www.playvid.com/watch/7oSNi68Nx5r, http://www.playvid.com/watch/gHqxJKXsm2a,
http://www.playvid.com/watch/o1N_bWcMvZf, http://www.playvid.com/watch/m8LHDzwDHTe, http://www.playvid.com/watch/rp4lMoMuy-C,
http://www.playvid.com/watch/8GuavPRwEeZ, http://www.playvid.com/watch/dqjGycgCOyt, http://www.playvid.com/watch/qk3EhS72E4u,
http://www.playvid.com/watch/CW5_d-I5gDy, http://www.playvid.com/watch/0azrLmJ-ylE, http://www.playvid.com/watch/GaQcCiH2Nku,
http://www.playvid.com/watch/vjYnFG9dqWO, http://www.playvid.com/watch/GeS6Ai18Tia, http://www.playvid.com/watch/skBPUDb3h0Q,
http://www.playvid.com/watch/oiKz0nArhZ6, http://www.playvid.com/watch/eicLyaLm8tA, http://www.playvid.com/watch/98diiSHZGNS,
http://www.playvid.com/watch/WNkoNOSz9BE, http://www.playvid.com/watch/sp9k0dfXo8l, http://www.playvid.com/watch/hxfsTPYrVCK,
http://www.playvid.com/watch/6QNBrb1FkCd, http://www.playvid.com/watch/netBEW_qvJ2, http://www.playvid.com/watch/AKkfGBCD_bB,
http://www.playvid.com/watch/qA_lqiVDUrk, http://www.playvid.com/watch/0gShyg8501F, http://www.playvid.com/watch/5NhZprd1NAr,
http://www.playvid.com/watch/FLrZk7COKAh, http://www.playvid.com/watch/wEY8rLUXvZl, http://www.playvid.com/watch/SAZGTdFwW1T,
http://www.playvid.com/watch/wrf4Uxrzn4O, http://www.playvid.com/watch/Y0eBDSp4ltH, http://www.playvid.com/watch/ssaktUxOn8D,
http://www.playvid.com/watch/NQW0kYQJ9fW, http://www.playvid.com/watch/qO1ZyARgoyo, http://www.playvid.com/watch/EpgDIzQPloI,
http://www.playvid.com/watch/6o8sISySkKx, http://www.playvid.com/watch/3QjRwguFtdk, http://www.playvid.com/watch/zc3bX3IS3Jz,
http://www.playvid.com/watch/otHpGdlWYw0, http://www.playvid.com/watch/HbASvs1Tpct, http://www.playvid.com/watch/UaRXkT92N_U,
http://www.playvid.com/watch/cNlusUn9aWD, http://www.playvid.com/watch/TkrwPXjL3lg, http://www.playvid.com/watch/C3mEAUiBGSA,
http://www.playvid.com/watch/lSdAfM95i19, http://www.playvid.com/watch/iYc59pjDLjJ, http://www.playvid.com/watch/AF4PQ42ZJhZ,
http://www.playvid.com/watch/RkEtBeUgSPL, http://www.playvid.com/watch/mmw2nKNXIPw, http://www.playvid.com/watch/W4s9UdX6t8F,
http://www.playvid.com/watch/yb_sKbAJcpT, http://www.playvid.com/watch/IqL4KKTrNnn, http://www.playvid.com/watch/EukQPS9AGU5,
http://www.playvid.com/watch/bXhul2XLVFM, http://www.playvid.com/watch/ytL1A6GlCff, http://www.playvid.com/watch/GYPep9yn6SN,
http://www.playvid.com/watch/lAOlTDFpITC, http://www.playvid.com/watch/4sEF1oFQUwT, http://www.playvid.com/watch/dVfRjUTwdMp,
http://www.playvid.com/watch/04tRxte9pIP, http://www.playvid.com/watch/lLq8ZDpTHM3, http://www.playvid.com/watch/4A2B5f_qK3a,
http://www.playvid.com/watch/QAvNPfbrLd4, http://www.playvid.com/watch/PIBFf49FkDF, http://www.playvid.com/watch/FBYZYAdgLSQ,
http://www.playvid.com/watch/NIzSu8bTbDl, http://www.playvid.com/watch/267bymQmS1M, http://www.playvid.com/watch/L9I8hK06I93,
http://www.playvid.com/watch/ibYEOdwJq65, http://www.playvid.com/watch/dhOAKnKENiw, http://www.playvid.com/watch/SFxf_osxfRG,
http://www.playvid.com/watch/3AOJMuMeYBT, http://www.playvid.com/watch/AfoyYwUIblP, http://www.playvid.com/watch/JOCkaxSa7NL,
http://www.playvid.com/watch/FrVSgAyZEXk, http://www.playvid.com/watch/7lQVCPby-Pw, http://www.playvid.com/watch/ZNELoSV66iG,

http://www.playvid.com/watch/24rcvIxZyVo, http://www.playvid.com/watch/U20UNL4RXVd, http://www.playvid.com/watch/Uq3hzw39L20,
http://www.playvid.com/watch/VSdXX4MadFL, http://www.playvid.com/watch/3HHDIBHGt9o, http://www.playvid.com/watch/xlKRuvLDS-B,
http://www.playvid.com/watch/M0lZIoW4KfJ, http://www.playvid.com/watch/uc6mxezNFQ8, http://www.playvid.com/watch/YJVWP-_AGvT,
http://www.playvid.com/watch/d44fAHLN2TK, http://www.playvid.com/watch/T0cDsglRVFT, http://www.playvid.com/watch/zU1TmEjWEUf,
http://www.playvid.com/watch/B_57T23YC0A, http://www.playvid.com/watch/0Fd-JRKRVdl, http://www.playvid.com/watch/OmGpQ7ndkV2,
http://www.playvid.com/watch/U2a7w0j9UXp, http://www.playvid.com/watch/p0TXet7byCc, http://www.playvid.com/watch/et_NKCtR27d,
http://www.playvid.com/watch/Qe8FMFX7_Pk, http://www.playvid.com/watch/NKzEKFvNCdD, http://www.playvid.com/watch/TO9nJ4JPRpN,
http://www.playvid.com/watch/VjMFKjxBbt9, http://www.playvid.com/watch/mYCF4Vtcx1E, http://www.playvid.com/watch/Z2vKeGI0N9n,
http://www.playvid.com/watch/V9RQ1JGOynO, http://www.playvid.com/watch/2c2wH1nOGhj, http://www.playvid.com/watch/RNOtPURE6Od,
http://www.playvid.com/watch/q373Wx6CAE9, http://www.playvid.com/watch/RnH9Yk4uSz7, http://www.playvid.com/watch/HrbNGrlRUQ6,
http://www.playvid.com/watch/BMXOxWrIhwp, http://www.playvid.com/watch/NLZzcwY9sw7, http://www.playvid.com/watch/BGn2WPWg7W5,
http://www.playvid.com/watch/3NbwWmNY8ad, http://www.playvid.com/watch/pnRGe9r2Oii, http://www.playvid.com/watch/SNN70JXz1FD,
http://www.playvid.com/watch/tyVe8mz7ypq, http://www.playvid.com/watch/BdfP0T5eSG2, http://www.playvid.com/watch/nk6Qhl1A5xH,
http://www.playvid.com/watch/7mf8zpGBdIJ, http://www.playvid.com/watch/cMzvSJeHyWX, http://www.playvid.com/watch/93b2vvlC9U2,
http://www.playvid.com/watch/Oxuf_pVQ2Kp, http://www.playvid.com/watch/OnoKj57pYrh, http://www.playvid.com/watch/nqyDzX-MpwH,
http://www.playvid.com/watch/yhS9BPt0DEa, http://www.playvid.com/watch/ZcAdX7k3yhh, http://www.playvid.com/watch/hxauJQv9Vb5,
http://www.playvid.com/watch/ocVDfOTJdIY, http://www.playvid.com/watch/G10N7LpJd9R, http://www.playvid.com/watch/d2E5rOkFKMF,
http://www.playvid.com/watch/K2EyHQKCHk9, http://www.playvid.com/watch/7rYWIpjKgAQ, http://www.playvid.com/watch/b3ql0OgYYHa,
http://www.playvid.com/watch/EqaLG9un12t, http://www.playvid.com/watch/LS-m30qTK_Y, http://www.playvid.com/watch/qHItBVEAaB7,
http://www.playvid.com/watch/rx-1cs09QgU, http://www.playvid.com/watch/FixqldFuEH0, http://www.playvid.com/watch/DNrWKDHAsZB,
http://www.playvid.com/watch/2kvv_8kiKio, http://www.playvid.com/watch/H6QU8x9uO1u, http://www.playvid.com/watch/dFcsoyHxg4j,
http://www.playvid.com/watch/MbTyYWTvtrc, http://www.playvid.com/watch/Ps4WbBSgYIB, http://www.playvid.com/watch/eQaYjGX-xup,
http://www.playvid.com/watch/zIOAbE6XQ-g, http://www.playvid.com/watch/GzWXAk1tVmS, http://www.playvid.com/watch/qCgL-2k4T7O,
http://www.playvid.com/watch/kEbvGoE-1aX, http://www.playvid.com/watch/iZDyeAX4R1H, http://www.playvid.com/watch/Xljy50k_Ph3,
http://www.playvid.com/watch/rz0B2-uAX0P, http://www.playvid.com/watch/D2_e6xgAoNy, http://www.playvid.com/watch/2vRM-UZBN9P,
http://www.playvid.com/watch/0w4iH9xyXAL, http://www.playvid.com/watch/yLu0lTe0MOI
5.f. Date of third notice: 2015-04-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: usaporn
5.b. Uploader's email address: sr-fr@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/usaporn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/70tdYYKorMF, http://www.playvid.com/watch/mkI8f-5Jeer,
http://www.playvid.com/watch/tNwUA0bDahy, http://www.playvid.com/watch/kObSLyxE0XF, http://www.playvid.com/watch/pOYi04WP0wA,
http://www.playvid.com/watch/b4eYJD52HPq, http://www.playvid.com/watch/2Q5HahGlklo, http://www.playvid.com/watch/n5PU8ldC36g,
http://www.playvid.com/watch/ArIHMmwxrvt, http://www.playvid.com/watch/lZTiSbER2HL, http://www.playvid.com/watch/t97h2Iy7V7M,
http://www.playvid.com/watch/WwBrMwKXILZ, http://www.playvid.com/watch/QIpbOfyfMcA, http://www.playvid.com/watch/M9QTpMUO0vX,
http://www.playvid.com/watch/9CbPjNOWrIg, http://www.playvid.com/watch/4iz2xwNYXcU, http://www.playvid.com/watch/DORsUvsRnAi,
http://www.playvid.com/watch/FCrl07eGZCx, http://www.playvid.com/watch/-k6cNKXCZye, http://www.playvid.com/watch/PLLqLIBD0Zq,
http://www.playvid.com/watch/pj2gLnAKeBQ, http://www.playvid.com/watch/YLDa0cfqRVT, http://www.playvid.com/watch/fy0uI0j3-Y-,
http://www.playvid.com/watch/6TFmKbn0-OW, http://www.playvid.com/watch/QXmVYqIV0Iz, http://www.playvid.com/watch/69rwMDGBfDG,
http://www.playvid.com/watch/KDFj3K6XAdC, http://www.playvid.com/watch/KinVXft-rCH, http://www.playvid.com/watch/fVwXKpYiF0c,
http://www.playvid.com/watch/qOYIb20XNwq, http://www.playvid.com/watch/rJxzclLciXq, http://www.playvid.com/watch/wWiufHwnZzM,
http://www.playvid.com/watch/IW-lpuL6WVB, http://www.playvid.com/watch/Tb0spEcGR3s, http://www.playvid.com/watch/hkjNtbJJ74l,
http://www.playvid.com/watch/g4qwIWWXOdJ, http://www.playvid.com/watch/3VJiKMgqMIT, http://www.playvid.com/watch/wpH5MYnv-ZQ,
http://www.playvid.com/watch/Dwgio0HHUuR, http://www.playvid.com/watch/xh5-p0F-MLh, http://www.playvid.com/watch/ayBxvliI4yB,
http://www.playvid.com/watch/V9wOoBXLHL0, http://www.playvid.com/watch/gxE7zPRUMZ6, http://www.playvid.com/watch/WwssjTC2qIv,
http://www.playvid.com/watch/8oZ7sPzYN7L, http://www.playvid.com/watch/F4OTztGzXlH, http://www.playvid.com/watch/08WlGBC2K06,
http://www.playvid.com/watch/AncZCFoUmRY, http://www.playvid.com/watch/ZbGU8GcdA24, http://www.playvid.com/watch/xP7oolJkdGb,
http://www.playvid.com/watch/f6AaDnWdnVK, http://www.playvid.com/watch/thG4ypWMBFj, http://www.playvid.com/watch/BCwHPDIa3lz,
http://www.playvid.com/watch/bCjM0JgVI74, http://www.playvid.com/watch/FyWIFSXdJJv, http://www.playvid.com/watch/oEI9csIHMeC,
http://www.playvid.com/watch/UYDQVG-EaPq, http://www.playvid.com/watch/mcuD3NjwqDp, http://www.playvid.com/watch/0C8-YwXiDdy,
http://www.playvid.com/watch/SChiQoDz8hT, http://www.playvid.com/watch/2R7HOj3PUIv, http://www.playvid.com/watch/-HZs5slNySj,
http://www.playvid.com/watch/l80cR8c-zh0, http://www.playvid.com/watch/CTRxlSzRMZy, http://www.playvid.com/watch/UfuIm6UYQnz,
http://www.playvid.com/watch/ZjeR6wH86B-, http://www.playvid.com/watch/EGgcJYgCmho, http://www.playvid.com/watch/XrGonGAA90B,
http://www.playvid.com/watch/e8vWHMcCrJc, http://www.playvid.com/watch/OjlZPLrmF4G, http://www.playvid.com/watch/0pXGyF07hCC,
http://www.playvid.com/watch/zoWG-P0bwjY, http://www.playvid.com/watch/gggNCEYN2rg, http://www.playvid.com/watch/uoF6yrxYwht,
http://www.playvid.com/watch/gu0kUBNsNdr, http://www.playvid.com/watch/sb26lZXJGGs, http://www.playvid.com/watch/CAIIQttP3Wl,
http://www.playvid.com/watch/NPJWMnAlJLu, http://www.playvid.com/watch/ZT54HAucwzT, http://www.playvid.com/watch/jNXtL30gX0B,
http://www.playvid.com/watch/zoJAhO808RL, http://www.playvid.com/watch/2qiApRuxxwu, http://www.playvid.com/watch/Od554P5s7ZU,
http://www.playvid.com/watch/p3iZsE6fquL, http://www.playvid.com/watch/qSG6LFWY0AN, http://www.playvid.com/watch/IxD8CrgRlvZ,
http://www.playvid.com/watch/uHYd9fEPO-5, http://www.playvid.com/watch/lnIiOz2OB-u, http://www.playvid.com/watch/OWcon29jn9B,
http://www.playvid.com/watch/5CtY27kgHMJ, http://www.playvid.com/watch/gJXJ4cK49K4, http://www.playvid.com/watch/RVG8ryIzuaw,
http://www.playvid.com/watch/5MhMgAX9JgC, http://www.playvid.com/watch/xhMlyjE-GMN, http://www.playvid.com/watch/rhXIkAmmKwD,
http://www.playvid.com/watch/QD5aJH3U9qy, http://www.playvid.com/watch/hA8-0L7DsAQ, http://www.playvid.com/watch/nw67p00DshY,
http://www.playvid.com/watch/cOVgrcI6aeC, http://www.playvid.com/watch/nlhhQepjSei, http://www.playvid.com/watch/fC-jZEwBvP9,
http://www.playvid.com/watch/XMd3l4Iu4K2, http://www.playvid.com/watch/8nCfvpZvppD, http://www.playvid.com/watch/MkzirLax8RT,
http://www.playvid.com/watch/Nxc-wNIlY3O, http://www.playvid.com/watch/3guSLnajWTB, http://www.playvid.com/watch/PTpMnyW98q8,
http://www.playvid.com/watch/ByJterh7P7V, http://www.playvid.com/watch/mFh56EbMofO, http://www.playvid.com/watch/VnkGruGeBmM,
http://www.playvid.com/watch/2DgcFTJ0aD3, http://www.playvid.com/watch/Rwx0NOS9wa0, http://www.playvid.com/watch/OMPPEQV0fAb,
http://www.playvid.com/watch/SwyyL-UkU02, http://www.playvid.com/watch/-hLhiLHtCPa, http://www.playvid.com/watch/dLOCSEOBF8o,
http://www.playvid.com/watch/HuAouHcmft8, http://www.playvid.com/watch/juoYoJDWb0E, http://www.playvid.com/watch/Mf5WwK7Ph9e,
http://www.playvid.com/watch/KzlevNMj9l0, http://www.playvid.com/watch/Yyl7KZn7cRk, http://www.playvid.com/watch/qPAA3RkdZ6Y,
http://www.playvid.com/watch/csCzJ8ytgLe, http://www.playvid.com/watch/KTzLBRlpRfF, http://www.playvid.com/watch/P0ohuH6F-3i,
http://www.playvid.com/watch/ofggJVNRkXI, http://www.playvid.com/watch/w2lL8NhxjXO, http://www.playvid.com/watch/0oDYgTmjrLE,
http://www.playvid.com/watch/fRzdHIqCHFR, http://www.playvid.com/watch/gCrdAaNbyhU, http://www.playvid.com/watch/jnOOv5eFZgJ,
http://www.playvid.com/watch/UdPUyHajHA9, http://www.playvid.com/watch/W9cC2lbzDh0, http://www.playvid.com/watch/sJGos9GdhTj,
http://www.playvid.com/watch/iA23qLiftjA, http://www.playvid.com/watch/2LV0YOz3Mpp, http://www.playvid.com/watch/24Bw7p6fH5R,
http://www.playvid.com/watch/t95YNERhMZc, http://www.playvid.com/watch/rJp6XCcGvTP, http://www.playvid.com/watch/X0BgNyUcWCW,
http://www.playvid.com/watch/fOibpgBAPFW, http://www.playvid.com/watch/XCxXk2BUpEb, http://www.playvid.com/watch/0O-Z6rg4t6u,
http://www.playvid.com/watch/kaCM2dfSHPK, http://www.playvid.com/watch/KmkDUCN0Kzp, http://www.playvid.com/watch/dEeAAxL4hxo,
http://www.playvid.com/watch/cMxMaRgdpBe, http://www.playvid.com/watch/BL2vyljKFtd, http://www.playvid.com/watch/C2bgyKJsufJ,
http://www.playvid.com/watch/iNF4ShLIqjY, http://www.playvid.com/watch/L0QjTRhDlnx, http://www.playvid.com/watch/ytERpWBlk-t,
http://www.playvid.com/watch/WLCJE-KEvlf, http://www.playvid.com/watch/Mgs5vQLOs6K, http://www.playvid.com/watch/Z8xN2Y7b3nf,
http://www.playvid.com/watch/XQmrhUYQYQj, http://www.playvid.com/watch/-eJOqWKyEID, http://www.playvid.com/watch/R2AsoRjuWS3,
http://www.playvid.com/watch/qdibtQOn8mz, http://www.playvid.com/watch/qJsrZvwAuzg, http://www.playvid.com/watch/Dydsdl4Wwol,
http://www.playvid.com/watch/5k0bzel8eho, http://www.playvid.com/watch/ORbUHvIgBYx, http://www.playvid.com/watch/d6UtIpJ9M-y,
http://www.playvid.com/watch/F9RoS3WpTKy, http://www.playvid.com/watch/khLoJDrYvoq, http://www.playvid.com/watch/9Hz4Tm6iNmq,
http://www.playvid.com/watch/5RxUAH9v6kX, http://www.playvid.com/watch/Gk95JexUahX, http://www.playvid.com/watch/5huTL9VXRDq,
http://www.playvid.com/watch/goQDGOObT6N, http://www.playvid.com/watch/jNJ6bYzeR2K, http://www.playvid.com/watch/70mGkrPmXY0,
http://www.playvid.com/watch/Y82N4PTGHhU, http://www.playvid.com/watch/jw8oVHymOAw, http://www.playvid.com/watch/om4WXkEFeUh,
http://www.playvid.com/watch/UictQwwC-0z, http://www.playvid.com/watch/KqBuZRo-dBD, http://www.playvid.com/watch/qtmvjegN7BN,
http://www.playvid.com/watch/acqAyhUv4B-, http://www.playvid.com/watch/V0hpEwNf-Lo, http://www.playvid.com/watch/QDzJXrgZ9gq,
http://www.playvid.com/watch/EZeguD2P4zp, http://www.playvid.com/watch/YRwuc2yOFmj, http://www.playvid.com/watch/sbDEk9bmtAR,
http://www.playvid.com/watch/uvArVrRMkUd, http://www.playvid.com/watch/BlXnrtZEH4Z, http://www.playvid.com/watch/Bm2NDXlGZO0,
http://www.playvid.com/watch/IILh5hPrCt6, http://www.playvid.com/watch/nRXkfXxGxxy, http://www.playvid.com/watch/fTqnW8OvSos,

http://www.playvid.com/watch/rUKHpwfAON4, http://www.playvid.com/watch/bufFZdSewQn, http://www.playvid.com/watch/d4Cv4mC00uV, http://www.playvid.com/watch/-mGzN4ACZrs, http://www.playvid.com/watch/HVAydTrXofm, http://www.playvid.com/watch/WYLBhTsfTOs, http://www.playvid.com/watch/235HLWcEt4Q, http://www.playvid.com/watch/Yf8lBHtdWaJ, http://www.playvid.com/watch/WdJhVOlYmOm, http://www.playvid.com/watch/TFngs4IB5Rq, http://www.playvid.com/watch/GW692UaE6nf, http://www.playvid.com/watch/nvs9XHxNBul, http://www.playvid.com/watch/Y2L9s5ii78j, http://www.playvid.com/watch/tm3irkbgeHr, http://www.playvid.com/watch/odgNiCFX63P, http://www.playvid.com/watch/7o--BsZc6KQ, http://www.playvid.com/watch/kkdEaCItYi5, http://www.playvid.com/watch/NqyBevtYFvq, http://www.playvid.com/watch/mJNkwQwjTlq, http://www.playvid.com/watch/-z4m4pTeR0n, http://www.playvid.com/watch/6AwrjxCXYsm, http://www.playvid.com/watch/4KPPaVmotYu, http://www.playvid.com/watch/N9FmituHKdD, http://www.playvid.com/watch/VB3NFRe92U9, http://www.playvid.com/watch/Mww3O9qkbY-, http://www.playvid.com/watch/EkkaFKut0LQ, http://www.playvid.com/watch/RcqiDq-XPAk, http://www.playvid.com/watch/x37VHrUv7Xs, http://www.playvid.com/watch/k8tpVMz9giC, http://www.playvid.com/watch/YRLDAOJheep, http://www.playvid.com/watch/9ORCHGU3x3A, http://www.playvid.com/watch/oSG6fvHhHMR, http://www.playvid.com/watch/iyQuFEWuOKX, http://www.playvid.com/watch/DFgBMl4TjeU, http://www.playvid.com/watch/Ni2X3FDIJ2B, http://www.playvid.com/watch/9knJ7h5lydv, http://www.playvid.com/watch/Modwym636LR, http://www.playvid.com/watch/ABffWjJKtYZ, http://www.playvid.com/watch/SMrFmwy-T9D, http://www.playvid.com/watch/JYnc585FVgx, http://www.playvid.com/watch/FJMiRsIUfzq, http://www.playvid.com/watch/njtd7G5pHzH, http://www.playvid.com/watch/Ghs06gK3vTS, http://www.playvid.com/watch/qqjqSK6IUhQ, http://www.playvid.com/watch/dso9Eqwk8wq, http://www.playvid.com/watch/Vh5wkedw8P8, http://www.playvid.com/watch/e7mcNiY--98, http://www.playvid.com/watch/mDkKSDFiNVk, http://www.playvid.com/watch/BGlwXaT4FU7, http://www.playvid.com/watch/FWlWFvk30Wk, http://www.playvid.com/watch/KbFPqMtyOxF, http://www.playvid.com/watch/zsww3FZ5TeP, http://www.playvid.com/watch/67KV2y5DKR8, http://www.playvid.com/watch/c74uncKsAii, http://www.playvid.com/watch/W4o-MuoPbF7, http://www.playvid.com/watch/D-JetejIDcX, http://www.playvid.com/watch/iEAYDfHweYc, http://www.playvid.com/watch/cATiIx0kFJq
5.f. Date of third notice: 2014-03-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: userbegin
5.b. Uploader's email address: nikolaswegas@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/userbegin
5.e. List of videos posted by uploader: http://www.playvid.com/watch/LQbunzC6rTl, http://www.playvid.com/watch/ITh45ABsV8p, http://www.playvid.com/watch/uCoIOl8bSFe, http://www.playvid.com/watch/-F5VBn6w5tR, http://www.playvid.com/watch/JIALCQCv83b, http://www.playvid.com/watch/vcruZwLFFqA, http://www.playvid.com/watch/CIF4WeVSLWd, http://www.playvid.com/watch/5RbBdVoxR5W, http://www.playvid.com/watch/3bMrZ2N9SyV, http://www.playvid.com/watch/pHxzeY-TKwR, http://www.playvid.com/watch/ULvxPbVk9df, http://www.playvid.com/watch/4O7ykMra4GY, http://www.playvid.com/watch/O6OLD4SKuqp, http://www.playvid.com/watch/-prGIhfFLg4, http://www.playvid.com/watch/OE4gJkB35t8, http://www.playvid.com/watch/pHve3biZf6D, http://www.playvid.com/watch/BfkJ9xDN9Xv, http://www.playvid.com/watch/KaEa5yM2cGh, http://www.playvid.com/watch/tocGUs9C9AP, http://www.playvid.com/watch/uh64RiOnPoN, http://www.playvid.com/watch/4hzSn2baAaW, http://www.playvid.com/watch/u32N-H0fH-d, http://www.playvid.com/watch/R7fAplUB0JA, http://www.playvid.com/watch/VU5ZDzHL2Yn, http://www.playvid.com/watch/o3W8r3Ucvpx, http://www.playvid.com/watch/UbKIaBdz9EG, http://www.playvid.com/watch/tNbKR9fXCCW, http://www.playvid.com/watch/Bxuw3mZ3cys, http://www.playvid.com/watch/fKEwexFINI6, http://www.playvid.com/watch/ZtanpmQvHW5, http://www.playvid.com/watch/LiGsLNLGcgl, http://www.playvid.com/watch/vGvxHb4a0sz, http://www.playvid.com/watch/an4ZEWY9PE8, http://www.playvid.com/watch/4DqIxImttVH, http://www.playvid.com/watch/JxnwRcMZmz-, http://www.playvid.com/watch/ToVWl68EIkO, http://www.playvid.com/watch/ZnKrG8VcXOk, http://www.playvid.com/watch/Fxm4FKocxeB, http://www.playvid.com/watch/SEVAaOqCIOL, http://www.playvid.com/watch/oz7m0-2kgqS, http://www.playvid.com/watch/0r5uTN732fb, http://www.playvid.com/watch/QvndIGPvQPO, http://www.playvid.com/watch/Hw2nhNhSpUb, http://www.playvid.com/watch/gFfODj049ka, http://www.playvid.com/watch/Jlqi2xWpbEC, http://www.playvid.com/watch/euCbZUfcZzu, http://www.playvid.com/watch/yw2Na7fWG2n, http://www.playvid.com/watch/7aZx2aPHqYN, http://www.playvid.com/watch/EsEJuSaq0JJ, http://www.playvid.com/watch/e6DBMP2bsKe, http://www.playvid.com/watch/EyyPSXOUVPo, http://www.playvid.com/watch/9IAzmgxT7qe, http://www.playvid.com/watch/QrL4aezijzq, http://www.playvid.com/watch/5IjqZ7E4ZaN, http://www.playvid.com/watch/ufRyC2QN7kN, http://www.playvid.com/watch/qRHJ58s90ey, http://www.playvid.com/watch/X3I0Mrard-I, http://www.playvid.com/watch/KK9DlwknYT8, http://www.playvid.com/watch/87fNCEP-CGw, http://www.playvid.com/watch/8mP2QcXY0qw, http://www.playvid.com/watch/j7z6s3waojM, http://www.playvid.com/watch/6TSQWI2THOd, http://www.playvid.com/watch/zEwvBPKmFp5, http://www.playvid.com/watch/3M-Muh9Xhls, http://www.playvid.com/watch/EvVyedec05s, http://www.playvid.com/watch/35Wjpd8hWGN, http://www.playvid.com/watch/KQraMCoiw0C, http://www.playvid.com/watch/ScVFvKabdpl, http://www.playvid.com/watch/jdtpMADV3Q6, http://www.playvid.com/watch/Cd3erVL8Au2, http://www.playvid.com/watch/vV0CuOIKDrr, http://www.playvid.com/watch/xdGUuSExHOI, http://www.playvid.com/watch/e9la-jS7Fm-, http://www.playvid.com/watch/EM0Wy0N9BNr, http://www.playvid.com/watch/fP5LvsX8ftv, http://www.playvid.com/watch/JhDkW-Oq2Dw, http://www.playvid.com/watch/lsIch2G479d, http://www.playvid.com/watch/cDDyDVc-QGj, http://www.playvid.com/watch/Pu8WKmEdMhk, http://www.playvid.com/watch/RUTH05CQE9c, http://www.playvid.com/watch/NDkXOlhu0hJ, http://www.playvid.com/watch/eJzeefu8xIu, http://www.playvid.com/watch/uXZdmmHO9iq, http://www.playvid.com/watch/7KVcdDzdMyp, http://www.playvid.com/watch/ZiVOjgiGYln, http://www.playvid.com/watch/wjaA6J6CIl6, http://www.playvid.com/watch/-Ku3OSkBV0W, http://www.playvid.com/watch/JDzk8KJooU-, http://www.playvid.com/watch/k9XWmePrGw9, http://www.playvid.com/watch/Xqdr5QqclzW, http://www.playvid.com/watch/scZ52mnVuSV, http://www.playvid.com/watch/uXdvWugvJva, http://www.playvid.com/watch/5nrUSSpwCPJ, http://www.playvid.com/watch/tTGsdkt-DYl, http://www.playvid.com/watch/VZ-zwVj8nD3, http://www.playvid.com/watch/jWaUXUbXqpo, http://www.playvid.com/watch/i9gzg0dhJ3j, http://www.playvid.com/watch/44FierJDeiy, http://www.playvid.com/watch/ZNEeegDUvxZ, http://www.playvid.com/watch/Gjs8CfHVpuD, http://www.playvid.com/watch/un9UU9QCjtt, http://www.playvid.com/watch/Ntn8t3J8FKL, http://www.playvid.com/watch/0jIoOGH9HhG, http://www.playvid.com/watch/rBCDIFEnXld, http://www.playvid.com/watch/ur2OxfbgLFp, http://www.playvid.com/watch/BBbN3EAdsMD, http://www.playvid.com/watch/vT-8yN5T5bu, http://www.playvid.com/watch/o0V6JHuZTQY, http://www.playvid.com/watch/Jzy4FONtnyq, http://www.playvid.com/watch/DmhCeWfwrxa, http://www.playvid.com/watch/CHH4MBet4ho, http://www.playvid.com/watch/CmAi52gkQiE, http://www.playvid.com/watch/4ZyLhi6apeL, http://www.playvid.com/watch/tJWvLX679zp, http://www.playvid.com/watch/8TDpyy5l-mQ, http://www.playvid.com/watch/gpOJYe-AZjn, http://www.playvid.com/watch/G-G8f-tiYEi, http://www.playvid.com/watch/CO6V9jV5Isz, http://www.playvid.com/watch/chv-gCb820v, http://www.playvid.com/watch/bL8U6uxZalg, http://www.playvid.com/watch/2X8SKdfyM65, http://www.playvid.com/watch/ykyTx44DKkM, http://www.playvid.com/watch/M5FyoUEcHuC, http://www.playvid.com/watch/tIPjN07Jwl5, http://www.playvid.com/watch/KMZ7OqUNjBv, http://www.playvid.com/watch/RHup9OtWdrL, http://www.playvid.com/watch/tPiAITFiyZW, http://www.playvid.com/watch/NfMiROyxIuI, http://www.playvid.com/watch/NipXMDUvC4s, http://www.playvid.com/watch/7ORFlENa3Pw, http://www.playvid.com/watch/wxAZHvkaBnv, http://www.playvid.com/watch/-dDrbgx8Xpg, http://www.playvid.com/watch/NHulr6dN2PB, http://www.playvid.com/watch/X5JM7Pqi67O
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: useremo
5.b. Uploader's email address: emosav@mail.bg
5.d. Uploader's profile: http://www.playvid.com/member/useremo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8C3-rbSeHWX, http://www.playvid.com/watch/qHIAaWxhUb3, http://www.playvid.com/watch/myNS-xxrW3D, http://www.playvid.com/watch/KuHegvr07-J, http://www.playvid.com/watch/lXLI92blyAb, http://www.playvid.com/watch/pBnRTLZzpSU, http://www.playvid.com/watch/W9ux3RMYr8F, http://www.playvid.com/watch/bj3n5j7OLXR, http://www.playvid.com/watch/IVjonCbZwVb, http://www.playvid.com/watch/N8hDEHxNBhI
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: valentinskt
5.b. Uploader's email address: atrtffalo@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/valentinskt
5.e. List of videos posted by uploader: http://www.playvid.com/watch/09mIqYdyrrx, http://www.playvid.com/watch/TbIVJNhOb3Y, http://www.playvid.com/watch/Dr12-PS0TQb, http://www.playvid.com/watch/DqkFRnjz4qt, http://www.playvid.com/watch/VGvzyJyCb_6, http://www.playvid.com/watch/bazgc8UKVZG, http://www.playvid.com/watch/zxufyye2mT3, http://www.playvid.com/watch/Ig-4eNKIpst, http://www.playvid.com/watch/cI2JCi_rwA9, http://www.playvid.com/watch/3_zWJZ0OcJR, http://www.playvid.com/watch/C7K2HFZF2XA, http://www.playvid.com/watch/PpGEy3J7fjY, http://www.playvid.com/watch/TUs5Je1O7vY, http://www.playvid.com/watch/EGc5GJ1gY-j, http://www.playvid.com/watch/kJc4jLp_QMa, http://www.playvid.com/watch/dhAsTJSWcdu, http://www.playvid.com/watch/9WEjaRnUiEx, http://www.playvid.com/watch/9MADl3ddJi3, http://www.playvid.com/watch/iIK4DMu0O7m, http://www.playvid.com/watch/eZqfIsqYMNE, http://www.playvid.com/watch/aawj63lpEtJ, http://www.playvid.com/watch/4LkfRBC_5AT, http://www.playvid.com/watch/YaG3l7Fzlm2, http://www.playvid.com/watch/k7TPVHoSXss, http://www.playvid.com/watch/Iz9eEL2OYlJ, http://www.playvid.com/watch/7gtMMXsxeHo,

http://www.playvid.com/watch/d8g2GB2f9In, http://www.playvid.com/watch/06MTct_fLZv, http://www.playvid.com/watch/T0h-qbI0UDY,
http://www.playvid.com/watch/ZLV0piMudnY, http://www.playvid.com/watch/mjFDxls8C8R, http://www.playvid.com/watch/cOsHEbdYdNn,
http://www.playvid.com/watch/M4eoUfa5vhz, http://www.playvid.com/watch/NLhP2cTn08A, http://www.playvid.com/watch/E0W47EeTV4r,
http://www.playvid.com/watch/V0H_IMoVVFY, http://www.playvid.com/watch/bzECeNIFo50, http://www.playvid.com/watch/KZNQsPoyZCY,
http://www.playvid.com/watch/YOfTlNEdNdg, http://www.playvid.com/watch/R9MJSLagqb7, http://www.playvid.com/watch/0mbnarzCJ-t,
http://www.playvid.com/watch/P7-EK8D0G6P, http://www.playvid.com/watch/d_FUnnoD73F, http://www.playvid.com/watch/hI5xzQMSh7a,
http://www.playvid.com/watch/c-mu1F6EEPx, http://www.playvid.com/watch/3xfs5VY0dIq, http://www.playvid.com/watch/PXSDd_EOFBJ,
http://www.playvid.com/watch/bIfDjrFdLfd, http://www.playvid.com/watch/4Zol7tVScKd, http://www.playvid.com/watch/UaHt43R6HQH,
http://www.playvid.com/watch/JC40ZaHF24x, http://www.playvid.com/watch/t7zTMQV7WtT, http://www.playvid.com/watch/32OXTk5GuhD,
http://www.playvid.com/watch/GB48-2k1q5u, http://www.playvid.com/watch/RaJoTeByFh9, http://www.playvid.com/watch/XCTJsIsxj7I,
http://www.playvid.com/watch/jNrFLS0bWO3, http://www.playvid.com/watch/T_uDcozCwb0, http://www.playvid.com/watch/jOh0x_HQYpI,
http://www.playvid.com/watch/CDFJf5UcHto, http://www.playvid.com/watch/eRWrMq4bQrN, http://www.playvid.com/watch/w-aWTtRXP_l,
http://www.playvid.com/watch/ul1ORLZauUt, http://www.playvid.com/watch/mDc3XJKVL4x, http://www.playvid.com/watch/ljs4QsRdbqW,
http://www.playvid.com/watch/CF39tjdQVBp, http://www.playvid.com/watch/pexVzF6VWrL, http://www.playvid.com/watch/Zh5fNef8PTd,
http://www.playvid.com/watch/2hAx3h08InY, http://www.playvid.com/watch/NpXjcfqUjfO, http://www.playvid.com/watch/MC0h4g9nxTs,
http://www.playvid.com/watch/ew1Qa1kYVyD, http://www.playvid.com/watch/VcfH1EVVHtu, http://www.playvid.com/watch/jrGPVftkpiu,
http://www.playvid.com/watch/wk9SjNVmT5W, http://www.playvid.com/watch/Pnmc2oUh77z, http://www.playvid.com/watch/MSnnOowGOQB,
http://www.playvid.com/watch/2Y_zahzkR7O, http://www.playvid.com/watch/yvPAWQ6ENTE, http://www.playvid.com/watch/LCpuj7GQdLt,
http://www.playvid.com/watch/E48zgckJ2g6, http://www.playvid.com/watch/g9OGKHbHRk5, http://www.playvid.com/watch/a5b_dtw0Aja,
http://www.playvid.com/watch/P7EkddeHrxT, http://www.playvid.com/watch/LLr0dE7n7OP, http://www.playvid.com/watch/ApiJP9yq8X8,
http://www.playvid.com/watch/GIfUi-Cjy_Y, http://www.playvid.com/watch/AtP0JQyQV6K, http://www.playvid.com/watch/JaA9yKPkHyb,
http://www.playvid.com/watch/ZSCnyT9w6OF, http://www.playvid.com/watch/D1jaZtaoy8t, http://www.playvid.com/watch/EruO7VR0CHv,
http://www.playvid.com/watch/aPDc_IU03NR, http://www.playvid.com/watch/y9XIJBwsSnz, http://www.playvid.com/watch/XwaxoAgdg3d,
http://www.playvid.com/watch/VedlVxgtS1o, http://www.playvid.com/watch/X4Lw7gN7pQ9, http://www.playvid.com/watch/C5W2ZstvU34,
http://www.playvid.com/watch/B8IOFP-6UxI, http://www.playvid.com/watch/8OndQzLs6Cu, http://www.playvid.com/watch/Km-Lpp9Zz4p,
http://www.playvid.com/watch/ILrGkfZFFG0, http://www.playvid.com/watch/V_KDPY0KOIa, http://www.playvid.com/watch/XnKWDwK_LVa,
http://www.playvid.com/watch/QpjAV4-MREK, http://www.playvid.com/watch/h3Y18hbg2Pg, http://www.playvid.com/watch/GArGBqo_GWP,
http://www.playvid.com/watch/TtzpfTibQzS, http://www.playvid.com/watch/09zmLmR5l3s, http://www.playvid.com/watch/xufXw7ubaVv,
http://www.playvid.com/watch/RceZU0KFzXq, http://www.playvid.com/watch/iNG7VGl9RAq, http://www.playvid.com/watch/MWUx4QaRWIO,
http://www.playvid.com/watch/J3X95LAkFXx, http://www.playvid.com/watch/Lwd3kqDKNPa, http://www.playvid.com/watch/J6Jf73FtW0r,
http://www.playvid.com/watch/BEVvXZoRHdW, http://www.playvid.com/watch/ghWgv8U6zav, http://www.playvid.com/watch/3KmB-XS1CVD,
http://www.playvid.com/watch/t4OgK_PbTok, http://www.playvid.com/watch/ju7jHgL_S3X, http://www.playvid.com/watch/6NN-aEd4h4z,
http://www.playvid.com/watch/6KC6_FWCRJp, http://www.playvid.com/watch/4hYVKquQyRE, http://www.playvid.com/watch/VhRVoQe0zoQ,
http://www.playvid.com/watch/Pt1I4eEtgGw, http://www.playvid.com/watch/NiRX4pF5phL, http://www.playvid.com/watch/dqi3doe3wX7,
http://www.playvid.com/watch/kNuGdCRmixh, http://www.playvid.com/watch/S2Qca8YQa_7, http://www.playvid.com/watch/FiedakrWA1b,
http://www.playvid.com/watch/BXddyXFIPze, http://www.playvid.com/watch/tIOg9D-S0UD, http://www.playvid.com/watch/INSL4pighXX,
http://www.playvid.com/watch/0Yjdn98Vprt, http://www.playvid.com/watch/UGU8ITxovHD, http://www.playvid.com/watch/l1nSAq6lPZh,
http://www.playvid.com/watch/H8HcJEv0Vxk, http://www.playvid.com/watch/6m2ucjBGYly, http://www.playvid.com/watch/pPH6N-W-l3i,
http://www.playvid.com/watch/JFpFidUHKLA, http://www.playvid.com/watch/c3BasFZEJOD, http://www.playvid.com/watch/X9oNd-Uk_QJ,
http://www.playvid.com/watch/QSpKzGIIy7t, http://www.playvid.com/watch/lrfw7mOPIIH, http://www.playvid.com/watch/f8VZft51iiN,
http://www.playvid.com/watch/OJO6-ln9I8r, http://www.playvid.com/watch/JUm0y_OYgAr, http://www.playvid.com/watch/JRXo4muhozy,
http://www.playvid.com/watch/5sl0S8xRaSH, http://www.playvid.com/watch/hdQiThvCkfQ, http://www.playvid.com/watch/z8PvG7dWo1E,
http://www.playvid.com/watch/7zCluisW-sp, http://www.playvid.com/watch/coGhTsdVUjs, http://www.playvid.com/watch/ORBJsjXsyRJ,
http://www.playvid.com/watch/TJYUI7ESjnF, http://www.playvid.com/watch/CjP3jgN2cuo, http://www.playvid.com/watch/8rIf4pLn8zQ,
http://www.playvid.com/watch/HQpYcYqPgz5, http://www.playvid.com/watch/QihikBU68iW, http://www.playvid.com/watch/vIhPfDHSEuf,
http://www.playvid.com/watch/jwL6uWfNkpP, http://www.playvid.com/watch/306QQIKMRRz, http://www.playvid.com/watch/eYpqxYpscwW,
http://www.playvid.com/watch/t13XOY2vZ-L, http://www.playvid.com/watch/NHQji08ph3S, http://www.playvid.com/watch/l54wOMx5URZ,
http://www.playvid.com/watch/qJBXYV6axVO, http://www.playvid.com/watch/Q7t2mNTzceM, http://www.playvid.com/watch/dFe41C15eNM,
http://www.playvid.com/watch/4-1Hg86hiZS, http://www.playvid.com/watch/MvBvBiub0W4, http://www.playvid.com/watch/NWLz053VNf2,
http://www.playvid.com/watch/H7Cfxr_RR9V, http://www.playvid.com/watch/mAPMhn6KhKj, http://www.playvid.com/watch/eL_2M_UqfwF,
http://www.playvid.com/watch/ziQunRYCjc2, http://www.playvid.com/watch/qJoVUsYshS6, http://www.playvid.com/watch/mftcclfDPP6,
http://www.playvid.com/watch/y21G9VUyJw0, http://www.playvid.com/watch/A-fMkW-GbR7, http://www.playvid.com/watch/QdvoW5MMnaA,
http://www.playvid.com/watch/3ltYGX5EB2h, http://www.playvid.com/watch/2m1RQY6sgtN, http://www.playvid.com/watch/wrk145jJvR9,
http://www.playvid.com/watch/XSeZwlIu3Hn, http://www.playvid.com/watch/witRR-hB1Vr, http://www.playvid.com/watch/xr1oYeeK4Kg,
http://www.playvid.com/watch/MGSs_DPJAWC, http://www.playvid.com/watch/YhapHSK6vmq, http://www.playvid.com/watch/NBxUYNdMhKd,
http://www.playvid.com/watch/0esqb2lSehL, http://www.playvid.com/watch/TxE_ri0OHfr, http://www.playvid.com/watch/kw4sXEXZy_t,
http://www.playvid.com/watch/w_CNAa5o1lh, http://www.playvid.com/watch/opMKvm9EHYO, http://www.playvid.com/watch/BXXxailTONZ,
http://www.playvid.com/watch/5cmF5dD6cAY, http://www.playvid.com/watch/D4CtNcInsFd, http://www.playvid.com/watch/umooiBFWRKZ,
http://www.playvid.com/watch/zaZ6jh9v50A, http://www.playvid.com/watch/I4WO9ZFpf2B, http://www.playvid.com/watch/YszLs9jeNRz
5.f. Date of third notice: 2015-10-25 19:27:48
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Vanesio
5.b. Uploader's email address: webmaster@yestakemeto.com#BANNED
5.d. Uploader's profile: http://www.playvid.com/member/Vanesio
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Rz2dTqjF7sS, http://www.playvid.com/watch/V5LSF0Wm5UJ,
http://www.playvid.com/watch/x4toCFakMFE, http://www.playvid.com/watch/JcowuYivV5a, http://www.playvid.com/watch/yaFTZcVy39a,
http://www.playvid.com/watch/B-W5jkzsCe7, http://www.playvid.com/watch/xyl7rmi8pN3, http://www.playvid.com/watch/EI5rqoLSMmk,
http://www.playvid.com/watch/NH3hybMVeUU, http://www.playvid.com/watch/YCMzrbKs0dJ, http://www.playvid.com/watch/bRcNcE0Kvrq,
http://www.playvid.com/watch/rG4xegJmsTE, http://www.playvid.com/watch/rsTJnEYhjsz, http://www.playvid.com/watch/7NbkfzdrAB,
http://www.playvid.com/watch/TDM9fjEWTOm, http://www.playvid.com/watch/5RD22AAVPLE, http://www.playvid.com/watch/IBmRfA8vLUh,
http://www.playvid.com/watch/aIQZfZtMcJi, http://www.playvid.com/watch/2f5oPHX4HKF, http://www.playvid.com/watch/-MsD5fWPo2a,
http://www.playvid.com/watch/7jLOSC74YIh, http://www.playvid.com/watch/bvcEN5hw2eB, http://www.playvid.com/watch/6J6jYCLxDZ2,
http://www.playvid.com/watch/2mZdllMFDdW, http://www.playvid.com/watch/Wix76IpnkUU, http://www.playvid.com/watch/Z7a-I2NlUup,
http://www.playvid.com/watch/fd4v52XAN6v, http://www.playvid.com/watch/VOVwZlpE8qu, http://www.playvid.com/watch/al4eu-Lzhfs,
http://www.playvid.com/watch/EKcmbUdmrzC, http://www.playvid.com/watch/O07bhY-omgI, http://www.playvid.com/watch/3pcKOpWaPlR,
http://www.playvid.com/watch/alhXGvDoSYt, http://www.playvid.com/watch/JI5QZ8RBQPb, http://www.playvid.com/watch/JMKntwWOLwV,
http://www.playvid.com/watch/VvbA2RR-vAq, http://www.playvid.com/watch/EGUV8w6bb2o, http://www.playvid.com/watch/HIDgxumt0FM,
http://www.playvid.com/watch/kjB4qflUZFi, http://www.playvid.com/watch/3EAjtosCS8e, http://www.playvid.com/watch/2TSLtBwXF85,
http://www.playvid.com/watch/WbwsxeNdkTd, http://www.playvid.com/watch/SykzuXABuvI, http://www.playvid.com/watch/YRC6H9T0-3C,
http://www.playvid.com/watch/EZegRQ-8w-D, http://www.playvid.com/watch/ovDSiznFXSl, http://www.playvid.com/watch/4qyq9E2mL4t,
http://www.playvid.com/watch/9K2eSSRLyKy, http://www.playvid.com/watch/IYAzuMjKd72, http://www.playvid.com/watch/AmddaQtPXZu,
http://www.playvid.com/watch/f0QvktnUxnV, http://www.playvid.com/watch/cfBugnkv75w, http://www.playvid.com/watch/SI6ULkRtYJP,
http://www.playvid.com/watch/DGmZaytExRY, http://www.playvid.com/watch/-w9U67eN5Hd, http://www.playvid.com/watch/Tla8XdRP2bE,
http://www.playvid.com/watch/9t4Tmn3wEZR, http://www.playvid.com/watch/XS6kGgY4Gzg, http://www.playvid.com/watch/-st9sdDGW5R,
http://www.playvid.com/watch/0pVzRLxvCwz, http://www.playvid.com/watch/r2YboYH8z4f, http://www.playvid.com/watch/2wfMEh4Jqwn,
http://www.playvid.com/watch/mp7CIYfNLDB, http://www.playvid.com/watch/EFOoS67DR4Y, http://www.playvid.com/watch/vOGjT0femD2,
http://www.playvid.com/watch/dvU-Yc9ClzD, http://www.playvid.com/watch/2A0Ll22e4bL, http://www.playvid.com/watch/citNd5QEmj4,
http://www.playvid.com/watch/MfFvSCH2XUz, http://www.playvid.com/watch/JvDiSynFls-, http://www.playvid.com/watch/a7CGaiGwnOe,
http://www.playvid.com/watch/hZ2yn0TJmip, http://www.playvid.com/watch/7TKLKxCfJpf, http://www.playvid.com/watch/lgEidNoDN-6,
http://www.playvid.com/watch/QDMjVuWjbGt, http://www.playvid.com/watch/jYqOUR7O9b2, http://www.playvid.com/watch/8m2n3dwq7z2,
http://www.playvid.com/watch/l8klpodSP7n, http://www.playvid.com/watch/ECDwaDod8Yl, http://www.playvid.com/watch/zyJ-gCgCuTk,
http://www.playvid.com/watch/LBLRfxTNsZX, http://www.playvid.com/watch/GyrqyKmwTdb, http://www.playvid.com/watch/nphJgQfaahq,
http://www.playvid.com/watch/Tm-EwdHu0F9, http://www.playvid.com/watch/gwespk2YzUU, http://www.playvid.com/watch/2nUrJi4ShkP,
http://www.playvid.com/watch/HSpnhqBGfSa, http://www.playvid.com/watch/yDGXrH8Mpc6, http://www.playvid.com/watch/pmDuq2sFiuo,
http://www.playvid.com/watch/7zoL4lldiJO, http://www.playvid.com/watch/f3lPzKanjH0, http://www.playvid.com/watch/2H4KriSD4hp,

http://www.playvid.com/watch/VIt5ntr6hlQ, http://www.playvid.com/watch/Ujx-cykyeo2, http://www.playvid.com/watch/t5KlbMstMVe,
http://www.playvid.com/watch/lgkGidfF7vn, http://www.playvid.com/watch/h6FVogZL79F, http://www.playvid.com/watch/5kYwRJqhLdG,
http://www.playvid.com/watch/opiPDaHDUuq, http://www.playvid.com/watch/Gukee7kitCC, http://www.playvid.com/watch/BNuiajjPh8P,
http://www.playvid.com/watch/dggCQj2KbG4, http://www.playvid.com/watch/oSJZmOYqpH5, http://www.playvid.com/watch/hpfzpBBsIJ2,
http://www.playvid.com/watch/am65vSlz9yD, http://www.playvid.com/watch/lR2RBeQc5Oj, http://www.playvid.com/watch/OqkuqgPvR2-,
http://www.playvid.com/watch/AviL7XiYPtl, http://www.playvid.com/watch/mLhQm5CzyEF, http://www.playvid.com/watch/PwbFlguFvTY,
http://www.playvid.com/watch/5GjGyvs2HRT, http://www.playvid.com/watch/9n-Vd7biVt6, http://www.playvid.com/watch/OTWLhwMFwjY,
http://www.playvid.com/watch/EaRCSEvhBOw, http://www.playvid.com/watch/CgGi36gvYaR, http://www.playvid.com/watch/rI6zoM8bbdK,
http://www.playvid.com/watch/BmfuevuiEYV, http://www.playvid.com/watch/LCug82XZVIK, http://www.playvid.com/watch/BxoASmQ9Qnb,
http://www.playvid.com/watch/84zeYyoFtZD, http://www.playvid.com/watch/JSZCUXnq2xA, http://www.playvid.com/watch/uBibhn6E9NJ,
http://www.playvid.com/watch/oOLSVN92uC2, http://www.playvid.com/watch/ZJKwiZmeO6H, http://www.playvid.com/watch/ObQWRCH0taP,
http://www.playvid.com/watch/NoeNF36SqYj, http://www.playvid.com/watch/7HFMvgC4SbF, http://www.playvid.com/watch/oZT2N2m7xo-,
http://www.playvid.com/watch/CQejQ9f8od3, http://www.playvid.com/watch/zZTmquwu5QO, http://www.playvid.com/watch/Rr-2Oj-Kyx5,
http://www.playvid.com/watch/B93TLC74itW, http://www.playvid.com/watch/kLJote87ocf, http://www.playvid.com/watch/TiRaS5wUOMW,
http://www.playvid.com/watch/YvI23lnS9yU, http://www.playvid.com/watch/fgLR-6b42yX, http://www.playvid.com/watch/CvR8f5N2fMz,
http://www.playvid.com/watch/felwGXT8KbC, http://www.playvid.com/watch/KIqL7bdKa4U, http://www.playvid.com/watch/swtJv9cQWp0,
http://www.playvid.com/watch/tV0PFtZGHN7, http://www.playvid.com/watch/lrHFBtBcgdQ, http://www.playvid.com/watch/-LiUdPPWxBN,
http://www.playvid.com/watch/reiY8suzOFp, http://www.playvid.com/watch/MdNIW8CCDLk, http://www.playvid.com/watch/lS7hI8ONnoP,
http://www.playvid.com/watch/MJPlJOTHbUA, http://www.playvid.com/watch/vScXWVeR7dV, http://www.playvid.com/watch/rzLxBdf5GvY,
http://www.playvid.com/watch/hfYYfeq0HWS, http://www.playvid.com/watch/9uJDWuimqEb, http://www.playvid.com/watch/gotwEDbwEgR,
http://www.playvid.com/watch/iRP0BxRDdYp, http://www.playvid.com/watch/DXsnWvI06XI, http://www.playvid.com/watch/tcZ87pHYXIM,
http://www.playvid.com/watch/6RNNiIStXa3, http://www.playvid.com/watch/KXzx7fZSM7l, http://www.playvid.com/watch/YhcHkl-09tE,
http://www.playvid.com/watch/VqyNXQPn-pi, http://www.playvid.com/watch/FUS6J-TW9yy, http://www.playvid.com/watch/v3EylgdmN0O,
http://www.playvid.com/watch/Mp2-93conIU, http://www.playvid.com/watch/tyPYjISXli-, http://www.playvid.com/watch/3WJSvXXhZYw,
http://www.playvid.com/watch/kVOCgYYD5vE, http://www.playvid.com/watch/uOx5ig6cS4S, http://www.playvid.com/watch/sWZJ8kj4te2,
http://www.playvid.com/watch/oqiv4xu-kWo, http://www.playvid.com/watch/NVtAvyJUYwl, http://www.playvid.com/watch/cPd5f2wx8So,
http://www.playvid.com/watch/IH0AZam02hl, http://www.playvid.com/watch/bh-qNzo2f79, http://www.playvid.com/watch/FugvW0blPWY,
http://www.playvid.com/watch/Ip6WFFzb6Cz, http://www.playvid.com/watch/sPup-foGetZ, http://www.playvid.com/watch/6abLBbrFSpd,
http://www.playvid.com/watch/bLCvp30LNLZ, http://www.playvid.com/watch/T2I8gX6GjkF, http://www.playvid.com/watch/FKC0NmJ6XOP,
http://www.playvid.com/watch/BfNG0BZ-Fm2, http://www.playvid.com/watch/qJbnupnhSxd, http://www.playvid.com/watch/2E3gWO9qW4N,
http://www.playvid.com/watch/v2BNnGTBKnB, http://www.playvid.com/watch/KCV6-ur4YT8, http://www.playvid.com/watch/RWNizBIsPA3,
http://www.playvid.com/watch/XKqedZnrZMq, http://www.playvid.com/watch/wm6XkF2TBIE, http://www.playvid.com/watch/Z-puhOzGfZa,
http://www.playvid.com/watch/i6VAuTnk9HP, http://www.playvid.com/watch/mgku2c6fsWf, http://www.playvid.com/watch/6vVoblYV3IB,
http://www.playvid.com/watch/3QMJ0ETpAqS, http://www.playvid.com/watch/MhdgJIRU7q5, http://www.playvid.com/watch/jAF70c4qQCT,
http://www.playvid.com/watch/7P4e8X3scLH, http://www.playvid.com/watch/LlN2ovVhRue, http://www.playvid.com/watch/074e5-RzMbR,
http://www.playvid.com/watch/h8nKv4cU4r5, http://www.playvid.com/watch/CHfpuE-MjfA, http://www.playvid.com/watch/Jepz6-VuhFC,
http://www.playvid.com/watch/RU45CMqSUJ9, http://www.playvid.com/watch/CQawssuH058, http://www.playvid.com/watch/s6WKx8EfGlQ,
http://www.playvid.com/watch/Jmb-4Ltuyww, http://www.playvid.com/watch/3fJzQSTLmxl, http://www.playvid.com/watch/9G8m6Sxpszt,
http://www.playvid.com/watch/Tut-JKTGxXl, http://www.playvid.com/watch/bLNqbQb0hoL, http://www.playvid.com/watch/T9Zn-BJttbN,
http://www.playvid.com/watch/ncX4X-VQinR, http://www.playvid.com/watch/czo0jvH84ep, http://www.playvid.com/watch/lI92ijpLpxD,
http://www.playvid.com/watch/ANsqDY36Hy6, http://www.playvid.com/watch/CeIF0IUWUia, http://www.playvid.com/watch/FJXExCtRLLJ,
http://www.playvid.com/watch/IAQqkn0oB0h, http://www.playvid.com/watch/sLq7zWKWp29, http://www.playvid.com/watch/deadIregIaF,
http://www.playvid.com/watch/fh8a3o2ERU8, http://www.playvid.com/watch/P4ldXPgeZl6, http://www.playvid.com/watch/dYci-egW34k,
http://www.playvid.com/watch/7ZkjnN7Z0Fd, http://www.playvid.com/watch/At5r2pa3q-W, http://www.playvid.com/watch/raPiq7WkOg9,
http://www.playvid.com/watch/MbwOGxgdFDo, http://www.playvid.com/watch/60kL5ZJWmro, http://www.playvid.com/watch/vqL565JHkDX,
http://www.playvid.com/watch/z-riDxDm2hG, http://www.playvid.com/watch/GT9wQgr4c3c, http://www.playvid.com/watch/yFG405TE-NL,
http://www.playvid.com/watch/ZG-CmG5xyK8, http://www.playvid.com/watch/UiKNu4eLex9, http://www.playvid.com/watch/UrJKVAb0G6o,
http://www.playvid.com/watch/dwzqWPMhVcv, http://www.playvid.com/watch/q58NFMmYyA2, http://www.playvid.com/watch/qbZz8ohrnCG,
http://www.playvid.com/watch/nBybnTnNaBZ, http://www.playvid.com/watch/DNUsLKZCp32, http://www.playvid.com/watch/G5xyObpoXzs,
http://www.playvid.com/watch/cY8JnLZYVDJ, http://www.playvid.com/watch/pxjSiw0gzoy, http://www.playvid.com/watch/OFs5yAhbEXq,
http://www.playvid.com/watch/TlPepE4RGtN, http://www.playvid.com/watch/xKFueRHM33C, http://www.playvid.com/watch/BDaymv4H6JE,
http://www.playvid.com/watch/Ge2dbMRPv4M, http://www.playvid.com/watch/zpiyGTOiv48, http://www.playvid.com/watch/lWrrs3q56UU,
http://www.playvid.com/watch/Z22sHKcNBdl, http://www.playvid.com/watch/pP6mBf3fdgX, http://www.playvid.com/watch/jzvHpfAuQUE,
http://www.playvid.com/watch/IihLZKbxtys, http://www.playvid.com/watch/h8HO9LWatcQ, http://www.playvid.com/watch/xMzu0cF6Bgp,
http://www.playvid.com/watch/nsm0-7UVIKV, http://www.playvid.com/watch/Ok8Gcr7R0rD, http://www.playvid.com/watch/j0UjBOMzAiN,
http://www.playvid.com/watch/YWvck4KeZ7n, http://www.playvid.com/watch/gXKAh9wBtHL, http://www.playvid.com/watch/zbwB70L6-mr,
http://www.playvid.com/watch/QRkB6WtIIgU, http://www.playvid.com/watch/r88AmeJMj26, http://www.playvid.com/watch/PPcfw-P5Uwy,
http://www.playvid.com/watch/2LcaNY4gflC, http://www.playvid.com/watch/AuI9nz32086, http://www.playvid.com/watch/Vi88bzioNRu,
http://www.playvid.com/watch/You6yeBwFl-, http://www.playvid.com/watch/DCfzb273Xfi, http://www.playvid.com/watch/N3BRZmpFyBn,
http://www.playvid.com/watch/Zn9N4VxKiAH, http://www.playvid.com/watch/wITbSQprcpd, http://www.playvid.com/watch/A5lhfgRU0aV,
http://www.playvid.com/watch/PDpasFdM63V, http://www.playvid.com/watch/XK8AENZziCX, http://www.playvid.com/watch/aQPu-aYbBBt,
http://www.playvid.com/watch/lcN5C6JcEyy, http://www.playvid.com/watch/iSDBqj3xsjq, http://www.playvid.com/watch/yVu3eHhW83I,
http://www.playvid.com/watch/mdLkyeJzF7c, http://www.playvid.com/watch/YoqwfRrjYBj, http://www.playvid.com/watch/6Q3uqv3Jb6X,
http://www.playvid.com/watch/Y25i7npT36T, http://www.playvid.com/watch/i2kV3SyYCqv, http://www.playvid.com/watch/lppPlUlPkAJ,
http://www.playvid.com/watch/nQ0wIm7cRae, http://www.playvid.com/watch/ddu3Af8VLhN, http://www.playvid.com/watch/eBQdyWAP7tQ,
http://www.playvid.com/watch/vZ-cAeYzS6p, http://www.playvid.com/watch/Zv7xS46nJ2S, http://www.playvid.com/watch/sGI8soLnxyw,
http://www.playvid.com/watch/Z5hDxskCL97, http://www.playvid.com/watch/o8ryariBGYR, http://www.playvid.com/watch/I5gNcfzZpuH,
http://www.playvid.com/watch/7XImd8EiVnf, http://www.playvid.com/watch/jMP8Z3nxLDF, http://www.playvid.com/watch/aMvrBghkysl,
http://www.playvid.com/watch/VBCfaYiJd7o, http://www.playvid.com/watch/itdG2ImN-sU, http://www.playvid.com/watch/kyDmMWwnWo6,
http://www.playvid.com/watch/C2I6YgJlUAY, http://www.playvid.com/watch/nUwzT6HtouX, http://www.playvid.com/watch/goZavnpocz2,
http://www.playvid.com/watch/d6hnjmU2Yzo, http://www.playvid.com/watch/-zDwKP7LSPM, http://www.playvid.com/watch/FiHyY-UFgzn,
http://www.playvid.com/watch/G4MfOYx9SIR, http://www.playvid.com/watch/9XWm2NwMffr, http://www.playvid.com/watch/ah5Bvp-W4Cf,
http://www.playvid.com/watch/37eXap0ibgM, http://www.playvid.com/watch/X9gBxNv8h-M, http://www.playvid.com/watch/TTfJNPTm0SY,
http://www.playvid.com/watch/jeRqUhvbw9q, http://www.playvid.com/watch/8vjRRQ3mk3-, http://www.playvid.com/watch/W-B3SkUVnPB,
http://www.playvid.com/watch/e0DqpPGJIGE, http://www.playvid.com/watch/DZnzkGAcwNz, http://www.playvid.com/watch/fHAx6oOfgTl,
http://www.playvid.com/watch/wrAH-rcreGo, http://www.playvid.com/watch/bSjyQ9YdGrU, http://www.playvid.com/watch/NHhHfPsZMNq,
http://www.playvid.com/watch/AmZPgN8h-Xc, http://www.playvid.com/watch/jsqvtlGi3xq, http://www.playvid.com/watch/t8QhwWjpGzZ,
http://www.playvid.com/watch/5LoMCuTsBhV, http://www.playvid.com/watch/ZQKOxn9NnQP, http://www.playvid.com/watch/h7aSlKMlHG0,
http://www.playvid.com/watch/86S9kJ9AiQv, http://www.playvid.com/watch/786RQfsOB0f, http://www.playvid.com/watch/0LpGp4rtYPU,
http://www.playvid.com/watch/C52Xl-052qg, http://www.playvid.com/watch/nlxTdh-0jrh, http://www.playvid.com/watch/AR5yWeMwtRW,
http://www.playvid.com/watch/xLJFqEkzuYa, http://www.playvid.com/watch/XiX9mrLYvjn, http://www.playvid.com/watch/tftnqbgoGYl,
http://www.playvid.com/watch/zjhpMbSGqol, http://www.playvid.com/watch/2bxBKYDJQ0p, http://www.playvid.com/watch/e0T9tjxZXFF,
http://www.playvid.com/watch/56C8F4lKPX8, http://www.playvid.com/watch/S07YG-3ueB8, http://www.playvid.com/watch/OMdqtmYh34d,
http://www.playvid.com/watch/0sgF8uUDEp4, http://www.playvid.com/watch/8abRgxv6HRP, http://www.playvid.com/watch/wekG-zhjeiX,
http://www.playvid.com/watch/TbDtYmhBet8, http://www.playvid.com/watch/dg4h2uFSLYc, http://www.playvid.com/watch/4BZNJwArPLH,
http://www.playvid.com/watch/ghh5FjrJUdR, http://www.playvid.com/watch/KJcw6RkyL5P, http://www.playvid.com/watch/I-rvKf2Ekox,
http://www.playvid.com/watch/5fqjgvskMKH, http://www.playvid.com/watch/fozvw5LNanf, http://www.playvid.com/watch/klimUn3PTwa,
http://www.playvid.com/watch/Jkc4Ltrqe3I, http://www.playvid.com/watch/HaUNk0XHIQN, http://www.playvid.com/watch/DBJXSaoFiHa,
http://www.playvid.com/watch/pzeXo8y5rz7, http://www.playvid.com/watch/CTUhL-NZFFQ, http://www.playvid.com/watch/HLX4RrTkup7,
http://www.playvid.com/watch/IbipghYj5Un, http://www.playvid.com/watch/oFPJ-YXoyYc, http://www.playvid.com/watch/Tk68OgLzty5,
http://www.playvid.com/watch/KUez255aVQp, http://www.playvid.com/watch/jGDCpaDFNGG, http://www.playvid.com/watch/ZW-bJsIMXVN,
http://www.playvid.com/watch/LtM5ahooFan, http://www.playvid.com/watch/5hh0AAB0-VR, http://www.playvid.com/watch/bBmohnkdxwa,
http://www.playvid.com/watch/aH8FrNzlFLD, http://www.playvid.com/watch/GASzUvICpK2, http://www.playvid.com/watch/0FEBmZ5HFLq,
http://www.playvid.com/watch/dCs15rqH1Fy, http://www.playvid.com/watch/SQWiQkZ0doJ, http://www.playvid.com/watch/PYgzDwitdV7,
http://www.playvid.com/watch/hkzBSNArq84, http://www.playvid.com/watch/cAyf9aUMY59, http://www.playvid.com/watch/CpXJyYA8s8i,
http://www.playvid.com/watch/VW5DkpyhVNG, http://www.playvid.com/watch/PAi7gZVKdVy, http://www.playvid.com/watch/Po1XUgZiCjf,

http://www.playvid.com/watch/a7oHEntbt5n, http://www.playvid.com/watch/oUH-EZIj8AZ, http://www.playvid.com/watch/lJhdWznqVIy,
http://www.playvid.com/watch/fqr-QpsI1MY, http://www.playvid.com/watch/ti8JL2taxk6, http://www.playvid.com/watch/wQxkKBKmCgX,
http://www.playvid.com/watch/iK-qbVb1PtA, http://www.playvid.com/watch/HCS-Rsd1Woz, http://www.playvid.com/watch/WreJhgSOfGk,
http://www.playvid.com/watch/m0OQfi7IUzD, http://www.playvid.com/watch/W80efd7RauO, http://www.playvid.com/watch/Fy8KmeKXjUm,
http://www.playvid.com/watch/EJKYQdmLLz0, http://www.playvid.com/watch/fSQYYEWn7SB, http://www.playvid.com/watch/UKosN3InZqP,
http://www.playvid.com/watch/bK7PfxhbCQx, http://www.playvid.com/watch/XVylRXxnAkS, http://www.playvid.com/watch/x3RIJJFaMdm,
http://www.playvid.com/watch/L2LKBogmqsJ, http://www.playvid.com/watch/uPEMZbMmggF, http://www.playvid.com/watch/4kM1mYCysE-,
http://www.playvid.com/watch/LJujP1ehwJ5, http://www.playvid.com/watch/8wREfMJGEmN, http://www.playvid.com/watch/sJrr-RHdQ4w,
http://www.playvid.com/watch/nCAIXRZYCBI, http://www.playvid.com/watch/vHdU3bAQRxI, http://www.playvid.com/watch/jMjKjPPutJI,
http://www.playvid.com/watch/59XNeCkrivb, http://www.playvid.com/watch/Ng7ZaPqKkWy, http://www.playvid.com/watch/CSCu-ce5Bgt,
http://www.playvid.com/watch/hYBUKy-XFVi, http://www.playvid.com/watch/-Pjd0bGNAOi, http://www.playvid.com/watch/Aya6RwAQRK2,
http://www.playvid.com/watch/lbggMcnITcj, http://www.playvid.com/watch/xg6jH8zpVsu, http://www.playvid.com/watch/QdrqXfI2dAD,
http://www.playvid.com/watch/k3emNvd0T1R, http://www.playvid.com/watch/Z7bRsCyeFIQ, http://www.playvid.com/watch/KHB0EHGHdTn,
http://www.playvid.com/watch/Lh02iiRn7hn, http://www.playvid.com/watch/o9AAjJBw57v, http://www.playvid.com/watch/HrIJd9RTizZ,
http://www.playvid.com/watch/OStDJ9fZYBA, http://www.playvid.com/watch/RHkFfIOYr-8, http://www.playvid.com/watch/6L5ecc-TBIV,
http://www.playvid.com/watch/jf61WQeoRNV, http://www.playvid.com/watch/2ef8-bSyj2D, http://www.playvid.com/watch/k5XmVCKR9a8,
http://www.playvid.com/watch/nLOLcTe9wlX, http://www.playvid.com/watch/gEwe_rJ0pCE, http://www.playvid.com/watch/tcbuqPpPQsx,
http://www.playvid.com/watch/AOv7cMEN-7r, http://www.playvid.com/watch/2BRVGwvns8b, http://www.playvid.com/watch/hTzsSyPeSIU,
http://www.playvid.com/watch/FXxa-Gq1yRJ, http://www.playvid.com/watch/tZvVWnN1J9Z, http://www.playvid.com/watch/ho_w8eHwG64,
http://www.playvid.com/watch/lozNhCNE924, http://www.playvid.com/watch/OSGxy_cqGeG, http://www.playvid.com/watch/SgZjU6tMzE7,
http://www.playvid.com/watch/EyZ6DEvibvT, http://www.playvid.com/watch/niK_VxMThd8, http://www.playvid.com/watch/wiTdG6zXM3c,
http://www.playvid.com/watch/Xcz-AB_H1Rq, http://www.playvid.com/watch/u5blpEfjCvI, http://www.playvid.com/watch/uWaOVGRflyZ,
http://www.playvid.com/watch/q-hbg6-4HpQ, http://www.playvid.com/watch/wxtSkjD6E0G, http://www.playvid.com/watch/AcU9yK1H-9Y,
http://www.playvid.com/watch/3UDpN1oO7QT, http://www.playvid.com/watch/eCM4B2hSaQf, http://www.playvid.com/watch/n4W54tEs3Rm,
http://www.playvid.com/watch/jqKbZZ_PpF8, http://www.playvid.com/watch/wtj4TUklHVG, http://www.playvid.com/watch/5tS-aK_UsRW,
http://www.playvid.com/watch/0kCDVvEnKJR, http://www.playvid.com/watch/cgq54EIL2Fs, http://www.playvid.com/watch/Q5VVxkCrXkF,
http://www.playvid.com/watch/9Pe7fFt4Lix, http://www.playvid.com/watch/hH5HiVEH-vW, http://www.playvid.com/watch/Yti6qiCGq6y,
http://www.playvid.com/watch/hfCb2sGV7Wm, http://www.playvid.com/watch/UbIVsLJJX8f, http://www.playvid.com/watch/np31i3Kdsp5,
http://www.playvid.com/watch/9mZ9CocwsNa, http://www.playvid.com/watch/ShvxvaYImyk, http://www.playvid.com/watch/z2O_rSAF-Iw,
http://www.playvid.com/watch/v0I5lUqiVmC, http://www.playvid.com/watch/7OGWsmST3Rk, http://www.playvid.com/watch/KtcFHZN1Gj6,
http://www.playvid.com/watch/h6zK5N1KUkQ, http://www.playvid.com/watch/hzIDvCV1OkH, http://www.playvid.com/watch/RwK6I0BxgNo,
http://www.playvid.com/watch/jlwQBhRC_3T, http://www.playvid.com/watch/2KibXedGqZB, http://www.playvid.com/watch/3mzLngQf2DD,
http://www.playvid.com/watch/N2xedk6xvVA, http://www.playvid.com/watch/pyPDBn7f6Ne, http://www.playvid.com/watch/5baDHGP6CpC,
http://www.playvid.com/watch/PiwT1GanvTb, http://www.playvid.com/watch/sANU9ASNsCH, http://www.playvid.com/watch/ROVOOfPaLPT,
http://www.playvid.com/watch/xOfKI26dM46, http://www.playvid.com/watch/rBYHjizIT9D, http://www.playvid.com/watch/aQ3vYLAUziX,
http://www.playvid.com/watch/c8hli2ub7Ot, http://www.playvid.com/watch/LN0EbWurCqN, http://www.playvid.com/watch/gBHpiMBaeno,
http://www.playvid.com/watch/Ykfq8dFuGjB, http://www.playvid.com/watch/uAV_-8JySUU, http://www.playvid.com/watch/pYMvG6RVTqg,
http://www.playvid.com/watch/e5MP9vjdoq8, http://www.playvid.com/watch/vKrvNep77ID, http://www.playvid.com/watch/SE8Tne-dgdw,
http://www.playvid.com/watch/r5LPixaTf0Z, http://www.playvid.com/watch/pLKWP_NR4CM, http://www.playvid.com/watch/hMuENCl29wG,
http://www.playvid.com/watch/DdnLC2GPPZC, http://www.playvid.com/watch/zi95S3Hk6Lm, http://www.playvid.com/watch/M-o7vUiXHzY,
http://www.playvid.com/watch/i0IykG8J1mv, http://www.playvid.com/watch/9r4tuC6PYSh, http://www.playvid.com/watch/jFzhv5Fuetv,
http://www.playvid.com/watch/ZILqNlPgFgR, http://www.playvid.com/watch/CJBFigaCP2T, http://www.playvid.com/watch/VrpHWJr0Z8b,
http://www.playvid.com/watch/uUOjIyp4OuP, http://www.playvid.com/watch/l7s5iCgE6RN, http://www.playvid.com/watch/9WbfhgSsQgF,
http://www.playvid.com/watch/R8iAr0I79rl, http://www.playvid.com/watch/hXC4uH0II7x, http://www.playvid.com/watch/XDB4vtl55tI,
http://www.playvid.com/watch/Hbbf97Wp2Pt, http://www.playvid.com/watch/X4MFTDFFbLO, http://www.playvid.com/watch/9VEwwBWYv9E,
http://www.playvid.com/watch/kwuQFd8OQSc, http://www.playvid.com/watch/BmB2QCMzthd, http://www.playvid.com/watch/fwkjruT_Uzi,
http://www.playvid.com/watch/zkevztfNNKs, http://www.playvid.com/watch/o14b5H7zivy, http://www.playvid.com/watch/qiqcj6VBYlX,
http://www.playvid.com/watch/GcoaEWsn9Wn, http://www.playvid.com/watch/eo9ML_7zWgE, http://www.playvid.com/watch/OuMQrFqDdW0,
http://www.playvid.com/watch/Ys4OVe8I6S3, http://www.playvid.com/watch/C4vVp_2SZWp, http://www.playvid.com/watch/uto4Wms17uh,
http://www.playvid.com/watch/vG8sc3tj3aL, http://www.playvid.com/watch/r_N4XByvD6G, http://www.playvid.com/watch/IiZGR9xGjX9,
http://www.playvid.com/watch/oPyJy9fL5O5, http://www.playvid.com/watch/FbZpDgKH35n, http://www.playvid.com/watch/vO6ePP1LvLB,
http://www.playvid.com/watch/7IfKV6qdZbh, http://www.playvid.com/watch/lyfAJwwthSh, http://www.playvid.com/watch/M-sdGkldPLS,
http://www.playvid.com/watch/VOMyOLrx4Nb, http://www.playvid.com/watch/SPErWyshmuZ, http://www.playvid.com/watch/XEPqM5WIxss,
http://www.playvid.com/watch/qTcd7feIN0e, http://www.playvid.com/watch/OSheNcFdA-d, http://www.playvid.com/watch/8_wTBAtJzNZ,
http://www.playvid.com/watch/X89dl8QSSez, http://www.playvid.com/watch/PnaiSpCw9TJ, http://www.playvid.com/watch/Upr3wvKwmXk,
http://www.playvid.com/watch/xFd42TFfet7, http://www.playvid.com/watch/xFxAxhMaO3j, http://www.playvid.com/watch/IFpjuv37yaS,
http://www.playvid.com/watch/OVWqSo271y4, http://www.playvid.com/watch/j9uwi54jOjE, http://www.playvid.com/watch/VHMqgXM4E1p,
http://www.playvid.com/watch/tD23VNlPq69, http://www.playvid.com/watch/GS2ynTfVmMM, http://www.playvid.com/watch/W5NUl_54RZt,
http://www.playvid.com/watch/ISE3kwfAIJN, http://www.playvid.com/watch/QjJerbbKxry, http://www.playvid.com/watch/WRVRuCEtLzf,
http://www.playvid.com/watch/79MFd28heaM, http://www.playvid.com/watch/QEsldy0Y_gP, http://www.playvid.com/watch/lnbAR-mQxBw,
http://www.playvid.com/watch/e33TDN_imX6, http://www.playvid.com/watch/EdhdYQaz5MR, http://www.playvid.com/watch/cfI1NVD9_z9,
http://www.playvid.com/watch/VFh-L2f1Jfo, http://www.playvid.com/watch/IsT0Mg8Js_O, http://www.playvid.com/watch/xnR9K9p6wuO,
http://www.playvid.com/watch/UJ8tJOa1cOS, http://www.playvid.com/watch/LUX6CbBhy_X, http://www.playvid.com/watch/aXvftKTwoNy,
http://www.playvid.com/watch/H_Nur_6rD2O, http://www.playvid.com/watch/TCmXF8kDMO3, http://www.playvid.com/watch/uitNggbAdTZ,
http://www.playvid.com/watch/gjEPsqbi0rG, http://www.playvid.com/watch/sl1ffeG8dYi, http://www.playvid.com/watch/89dk8MHuRok,
http://www.playvid.com/watch/qhn4s2G3NYj, http://www.playvid.com/watch/cg9EyTQkplT, http://www.playvid.com/watch/zs7hr8DMOZJ,
http://www.playvid.com/watch/xTK5LF-HZsr, http://www.playvid.com/watch/C1dif_oBcvL, http://www.playvid.com/watch/kgl6XRkOM2H,
http://www.playvid.com/watch/29oOaiGyScw, http://www.playvid.com/watch/cm9nRSvM4f3, http://www.playvid.com/watch/GoI1eH3jLTe,
http://www.playvid.com/watch/BEcRV_d38IS, http://www.playvid.com/watch/rsOeayiYjdB, http://www.playvid.com/watch/bAyr_1ZKdvS,
http://www.playvid.com/watch/5Pm9kK-5V-4, http://www.playvid.com/watch/L8uuc9TsApT, http://www.playvid.com/watch/vzQKV6Surpc,
http://www.playvid.com/watch/ikAqRTH9P0r, http://www.playvid.com/watch/xwgU4PfkApr, http://www.playvid.com/watch/cMRSTNFuebB,
http://www.playvid.com/watch/TeqJ8CnFOLY, http://www.playvid.com/watch/0QudJh-0UCo, http://www.playvid.com/watch/5g-G_5Sk8zK,
http://www.playvid.com/watch/gTRVfjzqfhW, http://www.playvid.com/watch/LND2bX5uQTI, http://www.playvid.com/watch/UabyQX8fDyI,
http://www.playvid.com/watch/coBz4XwZ39k, http://www.playvid.com/watch/VQImYBEmZWP, http://www.playvid.com/watch/ELQkQQdJ-Yf,
http://www.playvid.com/watch/i5LhK-IKNyJ, http://www.playvid.com/watch/LNsfulmo-tq, http://www.playvid.com/watch/fprvqv_YnxI,
http://www.playvid.com/watch/0XHrwkTcVou, http://www.playvid.com/watch/vxnUC39NxB2, http://www.playvid.com/watch/rOlfVZ1kJlP,
http://www.playvid.com/watch/bjabH8jz16T, http://www.playvid.com/watch/RQWEm5Pvrbf, http://www.playvid.com/watch/LX528iv3mnd,
http://www.playvid.com/watch/oD_kBovtIxR, http://www.playvid.com/watch/I47rbs0hBLQ, http://www.playvid.com/watch/GVVb_YDQKge,
http://www.playvid.com/watch/0kd9lRNyFUB, http://www.playvid.com/watch/fo5SO0szHnQ, http://www.playvid.com/watch/ETfsZxxksmR,
http://www.playvid.com/watch/JQGchE14hEH, http://www.playvid.com/watch/0N8leOyp51t, http://www.playvid.com/watch/h1hVVB1kfrI,
http://www.playvid.com/watch/EkA8nCd2UgH, http://www.playvid.com/watch/zTLpy-BqBHK, http://www.playvid.com/watch/t6zuYVuAlZ3,
http://www.playvid.com/watch/hk-VaxdiPsB, http://www.playvid.com/watch/kkxcp6O837X, http://www.playvid.com/watch/3r61UyQg9B8,
http://www.playvid.com/watch/PzZ-7b_F6IU, http://www.playvid.com/watch/RyM-9dTxV-7, http://www.playvid.com/watch/2J-HSjAa3xY,
http://www.playvid.com/watch/vMX3Dy2Nhb0, http://www.playvid.com/watch/jQkI179_yvJ, http://www.playvid.com/watch/eV0VJ_Krhwz,
http://www.playvid.com/watch/Pt9Ax-lMLT6, http://www.playvid.com/watch/YV3U578vTEH, http://www.playvid.com/watch/Q0s9zXxKqhF,
http://www.playvid.com/watch/ocFqqXvN8mL, http://www.playvid.com/watch/ae0enKmpr6Q, http://www.playvid.com/watch/S1ybXWtdNd4,
http://www.playvid.com/watch/uSTMpU4eK_2, http://www.playvid.com/watch/bYiVSt0lPou, http://www.playvid.com/watch/XJRS1Q3TN_G,
http://www.playvid.com/watch/eEKGQvnJwrB, http://www.playvid.com/watch/k5a2mh_IhC2, http://www.playvid.com/watch/2ezFi34asv0,
http://www.playvid.com/watch/wSjHb5uTuXh, http://www.playvid.com/watch/QtHAc6UhK3u, http://www.playvid.com/watch/V5mVVq75u-d,
http://www.playvid.com/watch/6uPTynU9o5f, http://www.playvid.com/watch/gX-OgIFfvCt, http://www.playvid.com/watch/ESdqKcsMtsU,
http://www.playvid.com/watch/p8-TSrwHntC, http://www.playvid.com/watch/rLYlLkZfzwX, http://www.playvid.com/watch/R8A0kSy85li,
http://www.playvid.com/watch/zFfu8GHPla5, http://www.playvid.com/watch/SMHJY1Q08BY, http://www.playvid.com/watch/B3I7hvXJEJe,
http://www.playvid.com/watch/6bJFQOXf5yd, http://www.playvid.com/watch/X8qoapmgepF, http://www.playvid.com/watch/mTEi7z680wE,
http://www.playvid.com/watch/kfGyTSzmIg3, http://www.playvid.com/watch/CsybwRuozn0, http://www.playvid.com/watch/SQPE8BLgeky,
http://www.playvid.com/watch/pVOyVHttWRW, http://www.playvid.com/watch/jdLwESG6M4z, http://www.playvid.com/watch/MDHZhZMbbBD,
http://www.playvid.com/watch/Zof2Z8lKPfT, http://www.playvid.com/watch/vU0HDsn_-nd, http://www.playvid.com/watch/zLlvw5_qkHb,

http://www.playvid.com/watch/FZY8FOaZ3zt, http://www.playvid.com/watch/EVfUL6akg9L, http://www.playvid.com/watch/kkvqErCChNA,
http://www.playvid.com/watch/lLCSkaLPxis, http://www.playvid.com/watch/r5umA_0CVMe, http://www.playvid.com/watch/s7xsIzYh1ni,
http://www.playvid.com/watch/LCwGN5o185R, http://www.playvid.com/watch/bKHAAc3m4P6, http://www.playvid.com/watch/Pj_WloMJ3NG,
http://www.playvid.com/watch/UkJdT3Lwh7N, http://www.playvid.com/watch/p95wtnM_NJb, http://www.playvid.com/watch/MS9czb6kT1V,
http://www.playvid.com/watch/eoYMqcfyfRd, http://www.playvid.com/watch/82Oa6soiiOP, http://www.playvid.com/watch/QTmTUdXiom6,
http://www.playvid.com/watch/zerhYTAhWam, http://www.playvid.com/watch/tmjvSKYrg3O, http://www.playvid.com/watch/TauzneoXRXz,
http://www.playvid.com/watch/se6z_6fgmau, http://www.playvid.com/watch/EAnTMVWrs_c, http://www.playvid.com/watch/adsKQUArdza,
http://www.playvid.com/watch/51-pVQU1P7t, http://www.playvid.com/watch/PdNav5B4dAL, http://www.playvid.com/watch/TzcTmasa9Nz,
http://www.playvid.com/watch/z6d6ZGaSuXj, http://www.playvid.com/watch/cP9xG7crAwE, http://www.playvid.com/watch/80jK33qHcV2,
http://www.playvid.com/watch/iqaUAdy3LXT, http://www.playvid.com/watch/QBVy50Rq2wL, http://www.playvid.com/watch/LhpESHXDeG5,
http://www.playvid.com/watch/Elm_yIlacEF, http://www.playvid.com/watch/j6RokhrW2g3, http://www.playvid.com/watch/Uc9sjdg3BlK,
http://www.playvid.com/watch/VynnWtWU-Rt, http://www.playvid.com/watch/tschbjTDXOF, http://www.playvid.com/watch/jt6QSxkiHCD,
http://www.playvid.com/watch/LswCBGgcu_s, http://www.playvid.com/watch/nHAyX2WW3Bs, http://www.playvid.com/watch/mLsLDTNx1ix,
http://www.playvid.com/watch/HyI4KX3L6qt, http://www.playvid.com/watch/GksnHvZpQrV, http://www.playvid.com/watch/bSjdtXO2y19,
http://www.playvid.com/watch/APqRanZP71r, http://www.playvid.com/watch/sg8-vwIU--O, http://www.playvid.com/watch/VH8pha95mDi,
http://www.playvid.com/watch/yKXpk32Gdev, http://www.playvid.com/watch/d76W_DPG04O, http://www.playvid.com/watch/rAQuPIRYDdn,
http://www.playvid.com/watch/k12Slk131nG, http://www.playvid.com/watch/01pzeSBBRPr, http://www.playvid.com/watch/EyosCGE86aN,
http://www.playvid.com/watch/iCvlAKUcJCS, http://www.playvid.com/watch/hNaCOKWbgxi, http://www.playvid.com/watch/V12WjJFMjKa,
http://www.playvid.com/watch/F7ZkLD-1Etd, http://www.playvid.com/watch/ir19GxVaNDq, http://www.playvid.com/watch/5Rbf9bjagQs,
http://www.playvid.com/watch/lM6_Zfp7ymu, http://www.playvid.com/watch/I_-Cv7z5kWY, http://www.playvid.com/watch/QIRZn-cZeVq,
http://www.playvid.com/watch/E516ec4yzxq, http://www.playvid.com/watch/oORY-zzUcCO, http://www.playvid.com/watch/oN4I5o13syV,
http://www.playvid.com/watch/gg0zM4cK1iI, http://www.playvid.com/watch/SQGvTHU8jKK, http://www.playvid.com/watch/BULIqZHLqfk,
http://www.playvid.com/watch/Suu_UjgIHk5, http://www.playvid.com/watch/WYehIX0oBxe, http://www.playvid.com/watch/rg-w2a0dkBu,
http://www.playvid.com/watch/B2yjzxn6px6, http://www.playvid.com/watch/XqTYtqxWM8g, http://www.playvid.com/watch/DYZ-tQkZNUH,
http://www.playvid.com/watch/mCkpH6jbTcz, http://www.playvid.com/watch/0gwUy0Qz7Qn, http://www.playvid.com/watch/425DaxoShN8,
http://www.playvid.com/watch/Mxh1I0xTaRf, http://www.playvid.com/watch/3uA23PCOAjU, http://www.playvid.com/watch/YsRNqJDJzOv,
http://www.playvid.com/watch/vH0xodAbxkW, http://www.playvid.com/watch/FsPJf62gG3v, http://www.playvid.com/watch/xNUWFyA5QQZ,
http://www.playvid.com/watch/l-I0IuxYwzi, http://www.playvid.com/watch/WJujKdHDn4Y, http://www.playvid.com/watch/h7CtGVcjeu8,
http://www.playvid.com/watch/beHr6R-UH6T, http://www.playvid.com/watch/moYQvuOzLFP, http://www.playvid.com/watch/5TavigIegI5,
http://www.playvid.com/watch/XXJu27QrTjV, http://www.playvid.com/watch/b6NZfAaaHuA, http://www.playvid.com/watch/Jfn2KwRUvjA,
http://www.playvid.com/watch/hVhOtYlogb8, http://www.playvid.com/watch/7HkH9cILs4m, http://www.playvid.com/watch/WDyofDAfJ8y,
http://www.playvid.com/watch/S06EeEUoQ1v, http://www.playvid.com/watch/gz--Crya2rv, http://www.playvid.com/watch/RagGpz_5zRD,
http://www.playvid.com/watch/QIUk-MBRGcA, http://www.playvid.com/watch/FZdWcfvW3xm, http://www.playvid.com/watch/rwz6cA5xOj9,
http://www.playvid.com/watch/EggKNeFJnX4, http://www.playvid.com/watch/0kFc7Lb--c6, http://www.playvid.com/watch/FQWXfPSmLak,
http://www.playvid.com/watch/jut_WobIKbD, http://www.playvid.com/watch/iJeUMdPpv2p, http://www.playvid.com/watch/KHk-KA023uO,
http://www.playvid.com/watch/4eva3yPVTXI, http://www.playvid.com/watch/pe_JTFZztUh, http://www.playvid.com/watch/Bm0aJxjgyWp,
http://www.playvid.com/watch/0H00jimGLgQ, http://www.playvid.com/watch/ONnq9dLwaNH, http://www.playvid.com/watch/7aLrUyAdsbT,
http://www.playvid.com/watch/FZLJAMg-e4u, http://www.playvid.com/watch/5Xa0mceFTLt, http://www.playvid.com/watch/Sm1AjRCySmR,
http://www.playvid.com/watch/cba-XsDPCfs, http://www.playvid.com/watch/K6r2r83lzfk, http://www.playvid.com/watch/VFH0M3odAgR,
http://www.playvid.com/watch/MLwjIXEuHVf, http://www.playvid.com/watch/lGV3HPkHxbv, http://www.playvid.com/watch/bnSrkqGsm5S,
http://www.playvid.com/watch/IBzYawkQA2s, http://www.playvid.com/watch/re4StpP1qZF, http://www.playvid.com/watch/zEvo_ZNjIdj,
http://www.playvid.com/watch/QC8jmW3ECwh, http://www.playvid.com/watch/bnUJaPzN6c9, http://www.playvid.com/watch/qcyqaAsAcpX,
http://www.playvid.com/watch/Td8rRtuKnKL, http://www.playvid.com/watch/CnQFo1NyMvG, http://www.playvid.com/watch/ONNZjnc_S-A,
http://www.playvid.com/watch/qH6vLaSoDXs, http://www.playvid.com/watch/IqgHmiuMVzs, http://www.playvid.com/watch/zPSYy0DX4Fb,
http://www.playvid.com/watch/sOZ9HgEg2h2, http://www.playvid.com/watch/piHbFoDPxUe, http://www.playvid.com/watch/B_P7bESc73L,
http://www.playvid.com/watch/85TKQglHvVX, http://www.playvid.com/watch/EeQr4J7tw_3, http://www.playvid.com/watch/20TZPmvgliO,
http://www.playvid.com/watch/GTKYMg0hRKm, http://www.playvid.com/watch/qFyEsNG1DUt, http://www.playvid.com/watch/27IlzxLsYP8,
http://www.playvid.com/watch/qIBJudnl57r, http://www.playvid.com/watch/rst1-yQGRnd, http://www.playvid.com/watch/CHZn-1IKdhy,
http://www.playvid.com/watch/DudxZPtns1a, http://www.playvid.com/watch/D22lGLyjbCs, http://www.playvid.com/watch/GJXjYEIy2cn,
http://www.playvid.com/watch/P4eonefz__T, http://www.playvid.com/watch/AgfvetNPIEm, http://www.playvid.com/watch/uF4KaLaBYfC,
http://www.playvid.com/watch/6cc02CXji4V, http://www.playvid.com/watch/nSb38AiSof5, http://www.playvid.com/watch/Q273E8QpfHr,
http://www.playvid.com/watch/T73jqBaMOXf, http://www.playvid.com/watch/NwMoSS2Y_7L, http://www.playvid.com/watch/K3P7urngAtX,
http://www.playvid.com/watch/9BgsbJ3laq6, http://www.playvid.com/watch/a3GYME64A6Y, http://www.playvid.com/watch/f0DLN42RLK8,
http://www.playvid.com/watch/aQD6jIVslc5, http://www.playvid.com/watch/NYqfv8wACem, http://www.playvid.com/watch/aFBeZmZmPNU,
http://www.playvid.com/watch/5a25fufY7t6, http://www.playvid.com/watch/X6GMKMIzOP5, http://www.playvid.com/watch/Kf5Cy0hKl9a,
http://www.playvid.com/watch/xwmLYi7c35T
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vanquisher529
5.b. Uploader's email address: samj529@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/vanquisher529
5.e. List of videos posted by uploader: http://www.playvid.com/watch/KMWvJZuu2X0, http://www.playvid.com/watch/tcirmLepeGQ,
http://www.playvid.com/watch/D-yV7D0KudA, http://www.playvid.com/watch/7VdhSAUbRPg, http://www.playvid.com/watch/xoLLAvwuWuz,
http://www.playvid.com/watch/I2bkBo7upxI, http://www.playvid.com/watch/LL8AfR9VNbo
5.f. Date of third notice: 2013-11-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vaxabit
5.b. Uploader's email address: vaxabit@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/vaxabit
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FXGmYxKN5F3, http://www.playvid.com/watch/YehMpUVk3gd,
http://www.playvid.com/watch/6FftHVC7Y7V, http://www.playvid.com/watch/MsRbcXfSN6y, http://www.playvid.com/watch/UqtQyul7URm,
http://www.playvid.com/watch/mkKDzyvU8-p, http://www.playvid.com/watch/2fWikGysWb3, http://www.playvid.com/watch/5fZcyBDhiJm,
http://www.playvid.com/watch/8UDxRZp7n0V, http://www.playvid.com/watch/5hP46rRtElU, http://www.playvid.com/watch/jt6onJEHMX6,
http://www.playvid.com/watch/k5zu6H-E3aD, http://www.playvid.com/watch/jCOTfFZjspy, http://www.playvid.com/watch/6Jlo-stg-EW,
http://www.playvid.com/watch/JWptzSBbC0D, http://www.playvid.com/watch/2HzR5f4X-Aj, http://www.playvid.com/watch/ucud3FJGYCu,
http://www.playvid.com/watch/QUTlYhXyiz6, http://www.playvid.com/watch/EDldv-y9Tj5, http://www.playvid.com/watch/us5Ylhyclqi,
http://www.playvid.com/watch/PiyhfGb5qNG, http://www.playvid.com/watch/XfkHYXCDOSR, http://www.playvid.com/watch/pBqNQanNxz-,
http://www.playvid.com/watch/uPsI4dM4ODG, http://www.playvid.com/watch/2gn3jgHOd9X, http://www.playvid.com/watch/AVyiwRkqufG,
http://www.playvid.com/watch/SXUmWvf-zaX, http://www.playvid.com/watch/JeJcRr68sWl, http://www.playvid.com/watch/UKfbL7xsRJA,
http://www.playvid.com/watch/IyCI9Kf0Ye7, http://www.playvid.com/watch/WvbYYDFEZKg, http://www.playvid.com/watch/MNpda9SxxLc,
http://www.playvid.com/watch/8-voDddlzg4, http://www.playvid.com/watch/hnnH8oRzbhY, http://www.playvid.com/watch/BZ4oje2YqoD,
http://www.playvid.com/watch/wapmODlmlNZ, http://www.playvid.com/watch/aNEYWn5N0lt, http://www.playvid.com/watch/Paj5kDazEzP,
http://www.playvid.com/watch/Wnatf8JTLfA, http://www.playvid.com/watch/eTlnNU4aWvF, http://www.playvid.com/watch/xvwePcB6KMG,
http://www.playvid.com/watch/6AHziv7pJzI, http://www.playvid.com/watch/oTidQJMr2Du, http://www.playvid.com/watch/YGYsT7Pwpik,
http://www.playvid.com/watch/8HbY4uJoNqL, http://www.playvid.com/watch/482PQd-CWoJ, http://www.playvid.com/watch/HVZSbVq8c8x,
http://www.playvid.com/watch/N8O-A3QHCCx, http://www.playvid.com/watch/gKC7CiOMMPw, http://www.playvid.com/watch/jaVO0AzJOZB,
http://www.playvid.com/watch/8vIfE8BNnW2, http://www.playvid.com/watch/5e60m9SFBsx, http://www.playvid.com/watch/NZWy-NrnkrS,
http://www.playvid.com/watch/xrRdIacV4NY, http://www.playvid.com/watch/hgO3Hvh2AZG, http://www.playvid.com/watch/OjB3lcckgtv,
http://www.playvid.com/watch/nruH5AMYNTT, http://www.playvid.com/watch/vXV9XLNjFNa, http://www.playvid.com/watch/p5zb7ItRAXx,
http://www.playvid.com/watch/fjdp2hpHG3y, http://www.playvid.com/watch/SNuJxW6noo9, http://www.playvid.com/watch/eeYkUFTxPqq,
http://www.playvid.com/watch/lwDYCegzhZi, http://www.playvid.com/watch/rCt0jedYMiY, http://www.playvid.com/watch/8q3dscbynTr,
http://www.playvid.com/watch/U9Tpa0kXAb6, http://www.playvid.com/watch/qVsVaaEWX83, http://www.playvid.com/watch/dRKZwPsXACV,
http://www.playvid.com/watch/diQqqIXyOBc, http://www.playvid.com/watch/qZRrFc6HzZY, http://www.playvid.com/watch/OHeH2f0px7W,
http://www.playvid.com/watch/8w6mW-HKMGW, http://www.playvid.com/watch/JEyUFbl8ka7, http://www.playvid.com/watch/MiQvjzXZKGW,

http://www.playvid.com/watch/-MbMzvBU8Th, http://www.playvid.com/watch/z2EC0Rm78Vh, http://www.playvid.com/watch/9rs9T7gRlg4,
http://www.playvid.com/watch/kimXA2FO9SU, http://www.playvid.com/watch/NIuKNYvJBDD, http://www.playvid.com/watch/W5wlg3TF0md,
http://www.playvid.com/watch/OZSnG22dyGV, http://www.playvid.com/watch/4CXNqGFen7m, http://www.playvid.com/watch/FQCgVvxHtMQ,
http://www.playvid.com/watch/rYHwrElAn-h, http://www.playvid.com/watch/bSz46XftfvX, http://www.playvid.com/watch/ZB95toBIuYs,
http://www.playvid.com/watch/TWETysxEC9J, http://www.playvid.com/watch/ImY697WN36f, http://www.playvid.com/watch/CfVeXH-v-3c,
http://www.playvid.com/watch/Uhps4ejQIv2, http://www.playvid.com/watch/07Wi-rZ4z3H, http://www.playvid.com/watch/9obcEtX7WhB,
http://www.playvid.com/watch/yBzBbuk9u7g, http://www.playvid.com/watch/Q8pEeNr35jE, http://www.playvid.com/watch/4JFnsX7GsRX,
http://www.playvid.com/watch/XekvK0-eBQ6, http://www.playvid.com/watch/XTMIyM5rAHE, http://www.playvid.com/watch/VnCIklqDDod,
http://www.playvid.com/watch/2IOCDwSLJEh, http://www.playvid.com/watch/gn4t9o7QNEw, http://www.playvid.com/watch/NkBAgJ5dlpn,
http://www.playvid.com/watch/-ajVU-u0ytY, http://www.playvid.com/watch/vRAKyfMU-QF, http://www.playvid.com/watch/liXSxRb-L7W,
http://www.playvid.com/watch/n8LLbkPH9ZP, http://www.playvid.com/watch/6VTZLmCa5ey, http://www.playvid.com/watch/0OuiCa2zSZZ,
http://www.playvid.com/watch/HfHb4qKLLl-, http://www.playvid.com/watch/896GFCzxmZL, http://www.playvid.com/watch/SmXcqhM7zf3,
http://www.playvid.com/watch/s5yOijYhpqg, http://www.playvid.com/watch/PEdOJFzbeHp, http://www.playvid.com/watch/WrAeCc8qcDz,
http://www.playvid.com/watch/8hoEFROZXEO, http://www.playvid.com/watch/pulFZYHEerg, http://www.playvid.com/watch/8czljeUX0o-,
http://www.playvid.com/watch/Lz3vfmDTyQ3, http://www.playvid.com/watch/vd_zvwhhoir, http://www.playvid.com/watch/xng16MBkf0i,
http://www.playvid.com/watch/SZxdiIW5yQZ, http://www.playvid.com/watch/7gwY1M0c86H, http://www.playvid.com/watch/QqaaHc44iCh,
http://www.playvid.com/watch/0QTurf0lc-A, http://www.playvid.com/watch/Lrdz-9jfz6r, http://www.playvid.com/watch/r8A7Eeoh_YF,
http://www.playvid.com/watch/c7GB5YZ7jjZ, http://www.playvid.com/watch/Duz2qUtuUGf, http://www.playvid.com/watch/tzMuYQrJBq4,
http://www.playvid.com/watch/2YL848J6Zqz, http://www.playvid.com/watch/nkIKiFxybJH, http://www.playvid.com/watch/mLr-zPVcfDs,
http://www.playvid.com/watch/SYF6wtdJuLZ, http://www.playvid.com/watch/uC4hVDjZqeQ, http://www.playvid.com/watch/gMjbYq_Ysuz,
http://www.playvid.com/watch/Y6Q2NcOdJ6e, http://www.playvid.com/watch/9lQPGeKw9VW, http://www.playvid.com/watch/9AqKulwHmBd,
http://www.playvid.com/watch/0QNhCXm9DZL, http://www.playvid.com/watch/Wy_GTxRKZn8, http://www.playvid.com/watch/TisZH0Tf76K,
http://www.playvid.com/watch/vqXc51MT_6Y, http://www.playvid.com/watch/HTS7VSjodoq, http://www.playvid.com/watch/treTp8CECMd,
http://www.playvid.com/watch/QgmFiGP8aA9, http://www.playvid.com/watch/eRfs2UekBWM, http://www.playvid.com/watch/o8bzoHMkzEs,
http://www.playvid.com/watch/EJzqFe_14iR, http://www.playvid.com/watch/EPKK2JzK2gD, http://www.playvid.com/watch/hh_3h70Ux0a,
http://www.playvid.com/watch/yaxL_FrCZ7F, http://www.playvid.com/watch/5kaUUwApj3P, http://www.playvid.com/watch/cV7IraH2BhP,
http://www.playvid.com/watch/0Kus7yvlYjH, http://www.playvid.com/watch/n0FcIVgujMR, http://www.playvid.com/watch/M3YWps6renk,
http://www.playvid.com/watch/6JbfvBA5eb8, http://www.playvid.com/watch/H8DlBz3VM5r, http://www.playvid.com/watch/jOYyD0dgDuW,
http://www.playvid.com/watch/oSR2EtPwDkE, http://www.playvid.com/watch/79eEZ9o3xDD, http://www.playvid.com/watch/VYfRxiWLiwO,
http://www.playvid.com/watch/ydTOhILBUCK, http://www.playvid.com/watch/0_PPKFz3OJY, http://www.playvid.com/watch/2se8vbHbEYF,
http://www.playvid.com/watch/q6ZdP7UULro, http://www.playvid.com/watch/EVwVZj7kJzM, http://www.playvid.com/watch/YTXBxZcPPmS,
http://www.playvid.com/watch/9h18akjYEx7, http://www.playvid.com/watch/l5bFaEOEQG7, http://www.playvid.com/watch/8I7WKRvCdg2,
http://www.playvid.com/watch/aEqYvBf9GSf, http://www.playvid.com/watch/s4LZ2bo1RRG, http://www.playvid.com/watch/Uin-Pu_lWV2,
http://www.playvid.com/watch/bxO0mvsBDeu, http://www.playvid.com/watch/kpTgoXWrCvi, http://www.playvid.com/watch/qIMEPBeYY_L,
http://www.playvid.com/watch/7u7fO-PeB2J, http://www.playvid.com/watch/p8lbpWDbeaQ, http://www.playvid.com/watch/ldvh5PZU4Ka,
http://www.playvid.com/watch/6YaEiEBFJiO, http://www.playvid.com/watch/m8-3-no-LZw, http://www.playvid.com/watch/hX1BmVOdSFQ,
http://www.playvid.com/watch/0DQQrEbRiXW, http://www.playvid.com/watch/vBmai5nFdzz, http://www.playvid.com/watch/96zXWg6p6iJ,
http://www.playvid.com/watch/9-GdIDwNw-h, http://www.playvid.com/watch/IC6FFuWY2yl, http://www.playvid.com/watch/Cu0WcvUpQAc,
http://www.playvid.com/watch/8a7vAK5rQ8t, http://www.playvid.com/watch/T_KXBrG-WfY, http://www.playvid.com/watch/aQNqJViALYp,
http://www.playvid.com/watch/igGgqVELwbH, http://www.playvid.com/watch/HkKgP4_bxhE, http://www.playvid.com/watch/MGgYJikc0Qy,
http://www.playvid.com/watch/uPU85o1ep1L, http://www.playvid.com/watch/vp5rw8gZOrf, http://www.playvid.com/watch/2QkW5i1ZcqY,
http://www.playvid.com/watch/iRIk2CgxDam, http://www.playvid.com/watch/V2N1ulrNNnk, http://www.playvid.com/watch/VHjkj_47SqP,
http://www.playvid.com/watch/RrmZ0bU6hkX, http://www.playvid.com/watch/233bD_VF3Jc, http://www.playvid.com/watch/SZQ_B3poXUW,
http://www.playvid.com/watch/ecwem1Hbgyh, http://www.playvid.com/watch/C3WG2AgMobV, http://www.playvid.com/watch/zb77_9UeKMa,
http://www.playvid.com/watch/mkgEIjqYsP5, http://www.playvid.com/watch/5HbRM4de5GB, http://www.playvid.com/watch/bWaoT9RRSv2,
http://www.playvid.com/watch/dLjXOOe9qvw, http://www.playvid.com/watch/tVizYxUtcDb, http://www.playvid.com/watch/ycbj_taS2OG,
http://www.playvid.com/watch/QgaXOHbpZfY, http://www.playvid.com/watch/SdjLWIfgedv, http://www.playvid.com/watch/mfpCAsIW24C,
http://www.playvid.com/watch/ULqOAy6AgAa, http://www.playvid.com/watch/jJw_Ttu-Bkr, http://www.playvid.com/watch/GBckSZ0DeDb,
http://www.playvid.com/watch/BCL2eEAViZr, http://www.playvid.com/watch/ubhQlIBHkz6, http://www.playvid.com/watch/AOWemp97Ck5,
http://www.playvid.com/watch/K4LrE9QQx13, http://www.playvid.com/watch/gMKN7fLPN4c, http://www.playvid.com/watch/Tytlk4NZ-BQ,
http://www.playvid.com/watch/KaN5ARFY5Ec, http://www.playvid.com/watch/y4hhvPuJx-3, http://www.playvid.com/watch/r25BzqGvJd4,
http://www.playvid.com/watch/iHHf3cAI6bf, http://www.playvid.com/watch/kcU_HEIqeOx, http://www.playvid.com/watch/gX65ciwbe1i,
http://www.playvid.com/watch/ii01VbUpph5, http://www.playvid.com/watch/tJjtf4kL9V6, http://www.playvid.com/watch/HLsmfCUYFtz,
http://www.playvid.com/watch/u3BLduZ32pD, http://www.playvid.com/watch/R3y2qlKYAfS, http://www.playvid.com/watch/VBNYmweQyt0,
http://www.playvid.com/watch/EQifmm2p4bj, http://www.playvid.com/watch/oQBJc7X_Tng, http://www.playvid.com/watch/rMtL9oDqvDN,
http://www.playvid.com/watch/kkdOnwBtRqp, http://www.playvid.com/watch/5Ngjoco1BlF, http://www.playvid.com/watch/YLVUTcORFIm,
http://www.playvid.com/watch/qYVJ-GhqmHJ, http://www.playvid.com/watch/aulos1h6zvg, http://www.playvid.com/watch/EWlZJ0E20KB,
http://www.playvid.com/watch/DfdOw3ul7_0, http://www.playvid.com/watch/NmLdlY9FY8S, http://www.playvid.com/watch/BBvyfJJWr4U,
http://www.playvid.com/watch/z5AB3qRN3TB, http://www.playvid.com/watch/7RddzZN7bfY, http://www.playvid.com/watch/dS1mdlPYVqk,
http://www.playvid.com/watch/FRjn59XNovu, http://www.playvid.com/watch/tgI2bJAeFMH, http://www.playvid.com/watch/GH9AIav1Ed7,
http://www.playvid.com/watch/51Lz7Ei0RLv, http://www.playvid.com/watch/DfCTHGiRCP0, http://www.playvid.com/watch/MnkZoERs6KJ,
http://www.playvid.com/watch/ZJWQCdhE47W, http://www.playvid.com/watch/xZqmezxSTml, http://www.playvid.com/watch/4yDyiXUAezE,
http://www.playvid.com/watch/78H8Cqak_zq, http://www.playvid.com/watch/BeX_LU9aaMu, http://www.playvid.com/watch/Q-_sslxV5ko,
http://www.playvid.com/watch/nugUguAmM_f, http://www.playvid.com/watch/0nhnN-x6XRH, http://www.playvid.com/watch/pjgvvsmLlnS,
http://www.playvid.com/watch/8ryh_wDgWHz, http://www.playvid.com/watch/of9a6_2bfia, http://www.playvid.com/watch/t7y8iIr8A9n,
http://www.playvid.com/watch/o1VmKvt7trP, http://www.playvid.com/watch/lvcN5OTFMeB, http://www.playvid.com/watch/WLYbdcxHSJW,
http://www.playvid.com/watch/NVq5uBiXhtJ, http://www.playvid.com/watch/nDOFAjXVAGp, http://www.playvid.com/watch/dS16j_fds0a,
http://www.playvid.com/watch/FlsvlyvIJpe, http://www.playvid.com/watch/sjtrAczEffz, http://www.playvid.com/watch/HVYoAUj6Kjo,
http://www.playvid.com/watch/RydUFWpRxoM, http://www.playvid.com/watch/OhApo1MHY3u, http://www.playvid.com/watch/cxp_Zz50NfB,
http://www.playvid.com/watch/CdOjTfjfB_o, http://www.playvid.com/watch/bGremL8-D-p, http://www.playvid.com/watch/aeUpXS6Czqt,
http://www.playvid.com/watch/HtrfyxkCUqm, http://www.playvid.com/watch/7eemWUHg8R4, http://www.playvid.com/watch/p08bw8r2apu,
http://www.playvid.com/watch/81jfpZxoOWp, http://www.playvid.com/watch/sq9wk8qHfIH, http://www.playvid.com/watch/uqzLD7l3aKJ,
http://www.playvid.com/watch/oCNhR8gPktK, http://www.playvid.com/watch/aTfgCVRsgLi, http://www.playvid.com/watch/cYd4cISJiQx,
http://www.playvid.com/watch/q7tsEWFZJ12, http://www.playvid.com/watch/CLWprtMstW0, http://www.playvid.com/watch/H2ufqsTWDyE,
http://www.playvid.com/watch/ODlQUplggEy, http://www.playvid.com/watch/zov9_1LwLuI, http://www.playvid.com/watch/irOJvg4FjTK,
http://www.playvid.com/watch/gK5PB7m2aSB, http://www.playvid.com/watch/Wa11s8pY_q7, http://www.playvid.com/watch/nlm1zZ6Tsye,
http://www.playvid.com/watch/SXO_cxZW4oj, http://www.playvid.com/watch/0vYTGRZY1pQ, http://www.playvid.com/watch/DGmoXhv3aew,
http://www.playvid.com/watch/VCTSDUXNM0b, http://www.playvid.com/watch/qtgHxnqpWkN, http://www.playvid.com/watch/udtqzXcynzv,
http://www.playvid.com/watch/0QnoFgB1OKl, http://www.playvid.com/watch/n8U1pbLhSt8, http://www.playvid.com/watch/yKYM5R29Jqr,
http://www.playvid.com/watch/TRUV56yFsjd, http://www.playvid.com/watch/6z_xZnJWLBi, http://www.playvid.com/watch/dKC4lHuBq3k,
http://www.playvid.com/watch/VO3x1Rr5xPU, http://www.playvid.com/watch/jo2VfI001V9, http://www.playvid.com/watch/NoyxkxBKLVE,
http://www.playvid.com/watch/IvYVClR1LBN, http://www.playvid.com/watch/kwckYL75uQn, http://www.playvid.com/watch/SdlOmv-2XHw,
http://www.playvid.com/watch/jRdjBhMSn8E, http://www.playvid.com/watch/A7UKSC-X2Fh, http://www.playvid.com/watch/5kwYlDZ4xZT,
http://www.playvid.com/watch/Z6pr5O-Fayz, http://www.playvid.com/watch/n8iHRchx8VJ, http://www.playvid.com/watch/gKVa-k4p2Fg,
http://www.playvid.com/watch/KzEioxZJehy, http://www.playvid.com/watch/QP5r4xSCs33, http://www.playvid.com/watch/f23vP9kZCM3,
http://www.playvid.com/watch/MaIs_tCXpJZ, http://www.playvid.com/watch/f8u5j3PVtYd, http://www.playvid.com/watch/yH2g7rp0nAq,
http://www.playvid.com/watch/fEIh7zo5ER9, http://www.playvid.com/watch/t59YUZXVjz4, http://www.playvid.com/watch/BoXXZXCHKZm,
http://www.playvid.com/watch/azmE0klxbhS, http://www.playvid.com/watch/IludOgLU5ir, http://www.playvid.com/watch/PzCrFjZCF0x,
http://www.playvid.com/watch/mds1jM5Lp99, http://www.playvid.com/watch/J0hKTDV2aIj, http://www.playvid.com/watch/dKF5sHp1pyQ,
http://www.playvid.com/watch/98iMCEyzSgy, http://www.playvid.com/watch/8iAKROVMVPo, http://www.playvid.com/watch/F436xUChn9D,
http://www.playvid.com/watch/eQClpW9YcjJ, http://www.playvid.com/watch/kxmrdOmfXhP, http://www.playvid.com/watch/LICsLgdS2-C,
http://www.playvid.com/watch/z8b6DJL5QxX, http://www.playvid.com/watch/k1ST5c-dgsD, http://www.playvid.com/watch/ZCq-TdEHCLv,
http://www.playvid.com/watch/I5-lZgh7jTu, http://www.playvid.com/watch/pdyB1DnVqqJ, http://www.playvid.com/watch/An2oefo9B85,
http://www.playvid.com/watch/8EA7GVx5wH6, http://www.playvid.com/watch/YEWiMg7fxuA, http://www.playvid.com/watch/rL-DklvMaIg,
http://www.playvid.com/watch/XA-wuOkG_Ot, http://www.playvid.com/watch/T4t6cLG4wl8, http://www.playvid.com/watch/Y6C70hDGevb,
http://www.playvid.com/watch/ZCK2vkRg72L, http://www.playvid.com/watch/kaqER7D0Msd, http://www.playvid.com/watch/K0aqfIUM0dc,

http://www.playvid.com/watch/V8XBYFUtwAN, http://www.playvid.com/watch/WtK2LVMvIEC, http://www.playvid.com/watch/FiP86ctzxx0,
http://www.playvid.com/watch/fMNn2iH1Wzq, http://www.playvid.com/watch/U8IwPzyuY33, http://www.playvid.com/watch/Dee78IsxORe,
http://www.playvid.com/watch/IBuSjXV_3f6, http://www.playvid.com/watch/TNwKnjkqexa, http://www.playvid.com/watch/INzoCE29XsR,
http://www.playvid.com/watch/uknikJ49TWy, http://www.playvid.com/watch/VKOJHYs6ONi, http://www.playvid.com/watch/vS6z2vByx2I,
http://www.playvid.com/watch/xibHhXaomgz, http://www.playvid.com/watch/ZK7SK2wiPpC, http://www.playvid.com/watch/cHkWbRRGLDB,
http://www.playvid.com/watch/GF7FFjLxsLi, http://www.playvid.com/watch/LylKcnY4gdJ, http://www.playvid.com/watch/9w-LzblTLuU,
http://www.playvid.com/watch/LnF8VBXDu3L, http://www.playvid.com/watch/XcOlPdjyvLZ, http://www.playvid.com/watch/gAwhegktb3p,
http://www.playvid.com/watch/vWTrtAVvyXU, http://www.playvid.com/watch/kZOQh0SnP8a, http://www.playvid.com/watch/5wpPBWJOYaK,
http://www.playvid.com/watch/GmVHycTebSJ, http://www.playvid.com/watch/Y5HsEqY0fCm, http://www.playvid.com/watch/PmtGm-WHRiT,
http://www.playvid.com/watch/STKnfA3foKs, http://www.playvid.com/watch/2CBj7WP-f2r, http://www.playvid.com/watch/JO6HXp0iu4U,
http://www.playvid.com/watch/KUNKA1pqtr3, http://www.playvid.com/watch/Ykfl2jh3xid, http://www.playvid.com/watch/xj-qf4VqffX,
http://www.playvid.com/watch/JcbaGoCPoS9, http://www.playvid.com/watch/SiwyQw5uMLg, http://www.playvid.com/watch/HIbnn4UTbbz,
http://www.playvid.com/watch/44uBcP4Dq9g, http://www.playvid.com/watch/vca4jp4Zvt8, http://www.playvid.com/watch/eumas4PHLZP,
http://www.playvid.com/watch/3uBNKn9XbAP, http://www.playvid.com/watch/k5UiPTmRgbD, http://www.playvid.com/watch/UOPZNjMNuMn,
http://www.playvid.com/watch/S4tz1pHEsrv, http://www.playvid.com/watch/fFoGmSXjFxs, http://www.playvid.com/watch/SiXaqnXUnoF,
http://www.playvid.com/watch/qKb7hFty80i, http://www.playvid.com/watch/QNNRyOHehWX, http://www.playvid.com/watch/iaseqisEyMI,
http://www.playvid.com/watch/av6phpxZNAe, http://www.playvid.com/watch/fveGRV_LR2c, http://www.playvid.com/watch/TAm6hBuT_FZ,
http://www.playvid.com/watch/tC4WsytHiHM, http://www.playvid.com/watch/l9ZHF7tXLus, http://www.playvid.com/watch/RX4ILLkT_04,
http://www.playvid.com/watch/YwHNjXYLoHj, http://www.playvid.com/watch/EPGUjeMRTpB, http://www.playvid.com/watch/ne_qufl8d6k,
http://www.playvid.com/watch/EzVV_HX3ddS, http://www.playvid.com/watch/i8_S6ROFkft, http://www.playvid.com/watch/jULPoUV78Z6,
http://www.playvid.com/watch/qYBnl-uQjzJ, http://www.playvid.com/watch/zjMve3JH6zK, http://www.playvid.com/watch/GhyNl7HFY5Q,
http://www.playvid.com/watch/6GtMUuaC548, http://www.playvid.com/watch/ijoSCRruObr, http://www.playvid.com/watch/NhU2ywqelIc,
http://www.playvid.com/watch/Uq5G2wDRxhX, http://www.playvid.com/watch/NPPObTdKNtu, http://www.playvid.com/watch/L-o_pnBNC7D,
http://www.playvid.com/watch/bF3qxlbagEQ, http://www.playvid.com/watch/KyF1xfd6GLQ, http://www.playvid.com/watch/dZxjFn2G2yg,
http://www.playvid.com/watch/byUT5ppASsQ, http://www.playvid.com/watch/T7jp9AxRaCl, http://www.playvid.com/watch/Fh5DyoaDnQ3,
http://www.playvid.com/watch/4LpU2b0GyLf, http://www.playvid.com/watch/NaHf5VH4MgA, http://www.playvid.com/watch/DsECxpP8rno,
http://www.playvid.com/watch/kOo9Y_DO0Iy, http://www.playvid.com/watch/cZFCfArOCMW, http://www.playvid.com/watch/WqOe-6FxRJK,
http://www.playvid.com/watch/4RFKr-Yk1TI, http://www.playvid.com/watch/m0C4l6VFXrM, http://www.playvid.com/watch/Y5cxERI3ZuU,
http://www.playvid.com/watch/yEd1bOItMdU, http://www.playvid.com/watch/YP5iWlLSI7y, http://www.playvid.com/watch/0uLJb2YNF1T,
http://www.playvid.com/watch/ENYE1A9xQNA, http://www.playvid.com/watch/0jkm405xQ7A, http://www.playvid.com/watch/KQDDM06SMKu,
http://www.playvid.com/watch/Wgoml5JbGvG, http://www.playvid.com/watch/AJy1FPxj0gR, http://www.playvid.com/watch/WXYk49lTegH,
http://www.playvid.com/watch/WjMf4HXl7qE, http://www.playvid.com/watch/AzecvWWJNKc, http://www.playvid.com/watch/We9aauzoMPs,
http://www.playvid.com/watch/qvij1E97pP6, http://www.playvid.com/watch/x3lMxiWGn0p, http://www.playvid.com/watch/O7p9qByF85T,
http://www.playvid.com/watch/pc0WzylrFhm, http://www.playvid.com/watch/bwkZdEvMLGA, http://www.playvid.com/watch/yfbZ2uwsKP3,
http://www.playvid.com/watch/ou8fVCYoeAd, http://www.playvid.com/watch/uQj1XYGcwM8, http://www.playvid.com/watch/E1zLHUg_ieF,
http://www.playvid.com/watch/ydxP1KWNTTq, http://www.playvid.com/watch/sk47WBXszzT, http://www.playvid.com/watch/i13IL32XDzA,
http://www.playvid.com/watch/iF_gb_KgPk6, http://www.playvid.com/watch/f-BX4DcZQiR, http://www.playvid.com/watch/c3xR42BtyFm,
http://www.playvid.com/watch/s_TFro3Qpqa, http://www.playvid.com/watch/qRMdMpG6df3, http://www.playvid.com/watch/PQfQunrfCEh,
http://www.playvid.com/watch/ntSAUTMUWUI, http://www.playvid.com/watch/z5JolIpniNw, http://www.playvid.com/watch/bkpntGSbJWk,
http://www.playvid.com/watch/ZP22PvlsBGh, http://www.playvid.com/watch/hk_ZuPwkFgy, http://www.playvid.com/watch/5mGqlBG6bcp,
http://www.playvid.com/watch/rRjE_DUUj4j, http://www.playvid.com/watch/aOVmcDCY7v9, http://www.playvid.com/watch/t7CyBZsWmCO,
http://www.playvid.com/watch/RznXEFq4Xu4, http://www.playvid.com/watch/CNiXtPtYWFX, http://www.playvid.com/watch/MtgDTfcfozK,
http://www.playvid.com/watch/3zdRVKRvrFg, http://www.playvid.com/watch/bjIVLVoR_WC, http://www.playvid.com/watch/80onzGZL7Fw,
http://www.playvid.com/watch/7hYaawzwSxE, http://www.playvid.com/watch/D8lwqEuH1XH, http://www.playvid.com/watch/cEG2DtOQ5iQ,
http://www.playvid.com/watch/aqBifO2hDzV, http://www.playvid.com/watch/63os4smlzy5, http://www.playvid.com/watch/wtUqgbyKK3X,
http://www.playvid.com/watch/DpKYYjNuU75, http://www.playvid.com/watch/kpA9ZyjPHbf, http://www.playvid.com/watch/2kkvCTEN2dC,
http://www.playvid.com/watch/2BuMkbsgg-Q, http://www.playvid.com/watch/Mg7-0O-aJSI, http://www.playvid.com/watch/6CvBNdEm_EW,
http://www.playvid.com/watch/wx0mGkkJXak, http://www.playvid.com/watch/uXoHoXvep5F, http://www.playvid.com/watch/gwMNUY3ozqi,
http://www.playvid.com/watch/ilhkUEchBQf, http://www.playvid.com/watch/G86QFiE-y6d, http://www.playvid.com/watch/jfBupc1IWlE,
http://www.playvid.com/watch/8808IcWvBJ6, http://www.playvid.com/watch/6-K1pko9dpf, http://www.playvid.com/watch/h8AyyIYMWQf,
http://www.playvid.com/watch/nJqinc8tK2c, http://www.playvid.com/watch/pVP9vKC8eID, http://www.playvid.com/watch/hHCFIfoLQNv,
http://www.playvid.com/watch/ZhJnJnKRj1c, http://www.playvid.com/watch/J6_ag2NLvBt, http://www.playvid.com/watch/hbJRvQe_lWX,
http://www.playvid.com/watch/VfdYEoMh0pl, http://www.playvid.com/watch/IJE5PSdKATv, http://www.playvid.com/watch/uSaQvwLLPXR,
http://www.playvid.com/watch/QZ0wImci78P, http://www.playvid.com/watch/ReD5cDD5YQc, http://www.playvid.com/watch/wc88tAbsLT6,
http://www.playvid.com/watch/rbLQ9jKyJOE, http://www.playvid.com/watch/k2A22ibsl1k, http://www.playvid.com/watch/xGF-G86p1Sp,
http://www.playvid.com/watch/qhcbQQsHmvW, http://www.playvid.com/watch/ZUQxIjpjpdj, http://www.playvid.com/watch/grlaYtEOHxX,
http://www.playvid.com/watch/YoQ7BnbKUaa, http://www.playvid.com/watch/cpXfdl5bBYv, http://www.playvid.com/watch/IMvfXx4QrLc,
http://www.playvid.com/watch/Na9UUxf0Afo, http://www.playvid.com/watch/3V-kR4iygV5, http://www.playvid.com/watch/82NMGawX_fi,
http://www.playvid.com/watch/HO4dq4GD3MO, http://www.playvid.com/watch/2OjzJgVG5QR, http://www.playvid.com/watch/0i5XKZ8V-tY,
http://www.playvid.com/watch/CuKQShs-T87, http://www.playvid.com/watch/N5uEd8fq0ce, http://www.playvid.com/watch/e6AM403C3T6,
http://www.playvid.com/watch/FyXS_WcY56o, http://www.playvid.com/watch/6HlWiiaEwVl, http://www.playvid.com/watch/9kWu5f3urpy,
http://www.playvid.com/watch/oiGcWjGfMY7, http://www.playvid.com/watch/NBXoBUPBYUk, http://www.playvid.com/watch/QqWOpjWRACv,
http://www.playvid.com/watch/c05URUHlb8X, http://www.playvid.com/watch/VqtRC7KlyWX, http://www.playvid.com/watch/swe032G9A0s,
http://www.playvid.com/watch/lfSzneSirIu, http://www.playvid.com/watch/vbYzudjeJCb, http://www.playvid.com/watch/gtSiYNpoiob,
http://www.playvid.com/watch/qxYMFD4HpBJ, http://www.playvid.com/watch/SdZLhocnEYa, http://www.playvid.com/watch/0EBSojFltH0,
http://www.playvid.com/watch/3RzlSe12TDY, http://www.playvid.com/watch/0VQDEAFg5QC, http://www.playvid.com/watch/SuR-bryP-m6,
http://www.playvid.com/watch/ih779mHFOBB, http://www.playvid.com/watch/5qNVAF0jSwp, http://www.playvid.com/watch/KuHcAqT839k,
http://www.playvid.com/watch/Sfg7G0fCIJL, http://www.playvid.com/watch/LDW7F7Nmmdh, http://www.playvid.com/watch/Z4EnDl0fFmr,
http://www.playvid.com/watch/s7ccK9XezDe, http://www.playvid.com/watch/OXM8hOHR_Kg, http://www.playvid.com/watch/H9knv-4nx2R,
http://www.playvid.com/watch/onD8A6PbNaw, http://www.playvid.com/watch/fOdmeRREoM3, http://www.playvid.com/watch/UOOBVpkB4BB,
http://www.playvid.com/watch/Kff81v9qpqg, http://www.playvid.com/watch/PPtjiIXK8eB, http://www.playvid.com/watch/M53sLrKUCce,
http://www.playvid.com/watch/jVYa7i-6afk, http://www.playvid.com/watch/5MEqDXTnag9, http://www.playvid.com/watch/HOo6fiyYOva,
http://www.playvid.com/watch/d0LK6wJFxdi, http://www.playvid.com/watch/pia0TO7mYD4, http://www.playvid.com/watch/WX1KVqz49Js,
http://www.playvid.com/watch/jziWloOldLT, http://www.playvid.com/watch/e75EmRxGK_W, http://www.playvid.com/watch/WfU1btEzV_4,
http://www.playvid.com/watch/wjjSKqRauNq, http://www.playvid.com/watch/vt3U_6Cha8l, http://www.playvid.com/watch/4fPGFJKX80C,
http://www.playvid.com/watch/2sYwub7bhO0, http://www.playvid.com/watch/K-PfFMu8ZmY, http://www.playvid.com/watch/uBHWdPkGhR9,
http://www.playvid.com/watch/3fYDT71lZaJ, http://www.playvid.com/watch/LB5HVvIJBq8, http://www.playvid.com/watch/F6tt5VcKiRB,
http://www.playvid.com/watch/LYjirD39oV2, http://www.playvid.com/watch/TyTSjsW2xsN, http://www.playvid.com/watch/0i5BnIBSYHD,
http://www.playvid.com/watch/JZ2vZWSdUdg, http://www.playvid.com/watch/R-nz9e15AQv, http://www.playvid.com/watch/vhRDKivCrh2,
http://www.playvid.com/watch/oRX2cPsT_0S, http://www.playvid.com/watch/TARyrq35LoT, http://www.playvid.com/watch/DCV_d5s4RLI,
http://www.playvid.com/watch/GzsM_33A2cw, http://www.playvid.com/watch/addgzqPHJBW, http://www.playvid.com/watch/uMbXXuibpO4,
http://www.playvid.com/watch/FsKS5RISgHs, http://www.playvid.com/watch/cVEHYBXkNhQ, http://www.playvid.com/watch/si31AHg1mh3,
http://www.playvid.com/watch/GZFk1Vwgc_b, http://www.playvid.com/watch/mN3NgOehad3, http://www.playvid.com/watch/H2y5YngY-DE,
http://www.playvid.com/watch/z7oUYn_vYGR, http://www.playvid.com/watch/LSCmXhaawBP, http://www.playvid.com/watch/s3xo5tPVeaM,
http://www.playvid.com/watch/EhQPOOcK0F5, http://www.playvid.com/watch/iIRQnXW7PwX, http://www.playvid.com/watch/krfR2OCOwoT,
http://www.playvid.com/watch/avEFGlgv77O, http://www.playvid.com/watch/Jv8qM7VDNWQ, http://www.playvid.com/watch/fU29K9jTquX,
http://www.playvid.com/watch/6tElK_aCCBx, http://www.playvid.com/watch/KPbk34YI676, http://www.playvid.com/watch/i2m-T1RCI64,
http://www.playvid.com/watch/t8Q9z5obXR7, http://www.playvid.com/watch/cCh3GqZH64A, http://www.playvid.com/watch/kpQBhZgdlJD,
http://www.playvid.com/watch/Rrrv4dPxqjY, http://www.playvid.com/watch/qMWg1kNnvxJ, http://www.playvid.com/watch/MgYpfPEBGyF,
http://www.playvid.com/watch/I422-SS3sxX, http://www.playvid.com/watch/dWMhpGI4okQ, http://www.playvid.com/watch/BSK3z5E4C3m,
http://www.playvid.com/watch/qM_3aRXhQZU, http://www.playvid.com/watch/Hx4uO80xtrU, http://www.playvid.com/watch/Ssy1uIsR0Y2,
http://www.playvid.com/watch/NXWcSSW0FwO, http://www.playvid.com/watch/ljLfAKxTBJL, http://www.playvid.com/watch/a_BN9RrYC5v,
http://www.playvid.com/watch/02lBmm9jCGp, http://www.playvid.com/watch/h7_2zmvr_wL, http://www.playvid.com/watch/bi-XyI2dL0J,
http://www.playvid.com/watch/bhNlUx1CbQA, http://www.playvid.com/watch/hJeyHcXpq3w, http://www.playvid.com/watch/F3CDgIXwdaE,
http://www.playvid.com/watch/CQc_ysvV1XX, http://www.playvid.com/watch/54_jaAMW32T, http://www.playvid.com/watch/in0JEKSsGGi,
http://www.playvid.com/watch/6no9D2Fe33j, http://www.playvid.com/watch/tpbUFUPnbiq, http://www.playvid.com/watch/BlQb6bdTDA5,

http://www.playvid.com/watch/sv7UIN8TBfP, http://www.playvid.com/watch/nfCEiiHMS86, http://www.playvid.com/watch/XPj6GYK1-MJ,
http://www.playvid.com/watch/X8ChiFI-fxd, http://www.playvid.com/watch/w4Ub3b9_rZ3, http://www.playvid.com/watch/ec64au0SkQ8,
http://www.playvid.com/watch/pTg8p-OVzoM, http://www.playvid.com/watch/XJ4hOMtklOP, http://www.playvid.com/watch/drOBf_iqght,
http://www.playvid.com/watch/2FBvuqLf02N, http://www.playvid.com/watch/RkeyngcVi1q, http://www.playvid.com/watch/Gj21vBXgkHg,
http://www.playvid.com/watch/n89kWUbrwAn, http://www.playvid.com/watch/7nW9mcGIQU0, http://www.playvid.com/watch/mUAXnEmtH5d,
http://www.playvid.com/watch/eWFIamX-56M, http://www.playvid.com/watch/80VoHCt6FiR, http://www.playvid.com/watch/u59OXKKfNkp,
http://www.playvid.com/watch/R21eZgF2-zP, http://www.playvid.com/watch/dWk7vR_bhbD, http://www.playvid.com/watch/76EyC1-n1ue,
http://www.playvid.com/watch/9GpGIegRPYI, http://www.playvid.com/watch/2iLSVoRFb5J, http://www.playvid.com/watch/UuY2hnWAFh6,
http://www.playvid.com/watch/xXi3mTNwOuI, http://www.playvid.com/watch/8UtBh9pPeCG, http://www.playvid.com/watch/pPrYBuO64Wl,
http://www.playvid.com/watch/csO694BQtEM, http://www.playvid.com/watch/JXNfhM7aPX7, http://www.playvid.com/watch/ZdlQa0qvfMz,
http://www.playvid.com/watch/TCt_aaTheBA, http://www.playvid.com/watch/okyfjAIJMzk, http://www.playvid.com/watch/tdgySGVOTBz,
http://www.playvid.com/watch/iisSfFbs7xM, http://www.playvid.com/watch/hfxXhEXnTvS, http://www.playvid.com/watch/ZrtVAndBYs4,
http://www.playvid.com/watch/I2YXV2ZHOfu, http://www.playvid.com/watch/uq-N_SXG0Yk, http://www.playvid.com/watch/EsSvHD2W9rx,
http://www.playvid.com/watch/viBKSc33ESM, http://www.playvid.com/watch/EN47YzRr6DN, http://www.playvid.com/watch/XQrKFDne5L4,
http://www.playvid.com/watch/HInqPVIgOv2, http://www.playvid.com/watch/Y_mZcbLHp4F, http://www.playvid.com/watch/vRcVImdk5P4,
http://www.playvid.com/watch/FQZL07hqY1f, http://www.playvid.com/watch/pOqNwwsGBta, http://www.playvid.com/watch/J7ROUPZ__DU,
http://www.playvid.com/watch/cwAE0AMWL8e, http://www.playvid.com/watch/P6fc539veIN, http://www.playvid.com/watch/JwuDTKAUZQM,
http://www.playvid.com/watch/fn1tJupCXXe, http://www.playvid.com/watch/ONTB2DN3Pb7, http://www.playvid.com/watch/2eB1_6TqkOP,
http://www.playvid.com/watch/to_WJWmGU94, http://www.playvid.com/watch/RmItCduuhAN, http://www.playvid.com/watch/yqwaAsJ85lG,
http://www.playvid.com/watch/l7YHxgQvtdF, http://www.playvid.com/watch/fL-Vv1rXfyw, http://www.playvid.com/watch/xfvrHErIWmt,
http://www.playvid.com/watch/4N85ujFKK-2, http://www.playvid.com/watch/kpWaxjVE29c, http://www.playvid.com/watch/EYwaZkntpRY,
http://www.playvid.com/watch/6LslaCIrpPk, http://www.playvid.com/watch/GnuidHBtL7S, http://www.playvid.com/watch/Jh9FIIKXQy5,
http://www.playvid.com/watch/ILnZpVBYkOq, http://www.playvid.com/watch/UV1BWHnzTgY, http://www.playvid.com/watch/U2Hejq8IDFQ,
http://www.playvid.com/watch/8kIbZXbc_iS, http://www.playvid.com/watch/YdJbCOOPobU, http://www.playvid.com/watch/hXh7LqJckTF,
http://www.playvid.com/watch/aKZEVeGAZ1x, http://www.playvid.com/watch/jNwRex9P3_w, http://www.playvid.com/watch/SunWQFuYKkg,
http://www.playvid.com/watch/ddgfMHHeNzL, http://www.playvid.com/watch/krYKWH8NFUX, http://www.playvid.com/watch/mjB2Tk5MOpM,
http://www.playvid.com/watch/wVGeVcdC83g, http://www.playvid.com/watch/kX5F7QzLoCk, http://www.playvid.com/watch/KvNK-xCizzE,
http://www.playvid.com/watch/3T86gRjo8P4, http://www.playvid.com/watch/07vGkOq7ibt, http://www.playvid.com/watch/mow-51eFcCe,
http://www.playvid.com/watch/rD3aFUq2S3Y, http://www.playvid.com/watch/YdHJxTWt8Ez, http://www.playvid.com/watch/wg5mDLpkCD7,
http://www.playvid.com/watch/kUCxNGoZf8f, http://www.playvid.com/watch/4f7AsTORVkm, http://www.playvid.com/watch/W_A62nHwTLz,
http://www.playvid.com/watch/tgzfgGF7WjW, http://www.playvid.com/watch/axkFsubmRzt, http://www.playvid.com/watch/uOim1g3Yd6m,
http://www.playvid.com/watch/sQTEhysZUQO, http://www.playvid.com/watch/wJpkOG5i_V5, http://www.playvid.com/watch/KuREoR1OPYm,
http://www.playvid.com/watch/jqxo3n_WcBL, http://www.playvid.com/watch/TOec5PzP4nP, http://www.playvid.com/watch/jRelBfRwoek,
http://www.playvid.com/watch/nW0VnykqD63, http://www.playvid.com/watch/M-Liq3uDXaZ, http://www.playvid.com/watch/SyTcz69Ino4,
http://www.playvid.com/watch/l6CEe-y-w-g, http://www.playvid.com/watch/FE9Tz6ghIAZ, http://www.playvid.com/watch/dLubKeTD0mB,
http://www.playvid.com/watch/uWWVsEHjX43, http://www.playvid.com/watch/ZNY4yomCV4e, http://www.playvid.com/watch/phdARpjkXTX,
http://www.playvid.com/watch/yE5FxlBKHPb, http://www.playvid.com/watch/VZtmVGL8OW8, http://www.playvid.com/watch/gNWpsImcqVG,
http://www.playvid.com/watch/wC7OU8j3yZf, http://www.playvid.com/watch/SadGnvLUyHM, http://www.playvid.com/watch/op0t8vvASYm,
http://www.playvid.com/watch/Ki8tShV5h6E, http://www.playvid.com/watch/F5XazsFH0Xl, http://www.playvid.com/watch/P-ZzC1xF4T4,
http://www.playvid.com/watch/CpjIM39Vt-b, http://www.playvid.com/watch/50WszE7FB9z, http://www.playvid.com/watch/6vEKNUYVSoP,
http://www.playvid.com/watch/USuaSSVqEEH, http://www.playvid.com/watch/2wVXAYAeo5B, http://www.playvid.com/watch/dxAc8rYhX4u,
http://www.playvid.com/watch/9BUEqttRKNa, http://www.playvid.com/watch/J-0ZnXB0CmX, http://www.playvid.com/watch/QRdwbV_1abj,
http://www.playvid.com/watch/mOpchmn1lLv, http://www.playvid.com/watch/gacdI_UMjD5, http://www.playvid.com/watch/XL1im-HfkE2,
http://www.playvid.com/watch/JE0d3tiFrII, http://www.playvid.com/watch/clrUd5mV1Kx, http://www.playvid.com/watch/2KA0RG6LZte,
http://www.playvid.com/watch/qm1e86eJE6x, http://www.playvid.com/watch/SDXvY20p2hw, http://www.playvid.com/watch/hUjGVpugCc0,
http://www.playvid.com/watch/Dt0bSbWurzH, http://www.playvid.com/watch/hrwBs-t3VCV, http://www.playvid.com/watch/NZFbrXcYEuX,
http://www.playvid.com/watch/7BMd11nUmoC, http://www.playvid.com/watch/a0Bn8I-Sssc, http://www.playvid.com/watch/37_h5nPvUS0,
http://www.playvid.com/watch/Wq77vlsYlbh, http://www.playvid.com/watch/QNXSHpdyIGo, http://www.playvid.com/watch/Pa-FhaZNn8F,
http://www.playvid.com/watch/ffgyfnUo8Sm, http://www.playvid.com/watch/cK2nfzvtVxs, http://www.playvid.com/watch/D2gYvFcCsz0,
http://www.playvid.com/watch/EVmGen2ye7P, http://www.playvid.com/watch/buqq2ygz3UX, http://www.playvid.com/watch/cgiJ_xCdKet,
http://www.playvid.com/watch/O5ISWNi-Lrk, http://www.playvid.com/watch/TjP931yE3Fg, http://www.playvid.com/watch/PrJ_XNsMlXJ,
http://www.playvid.com/watch/6dTVzlR0A87, http://www.playvid.com/watch/JvvPW3oIbk3, http://www.playvid.com/watch/qeAGZpM_OwP,
http://www.playvid.com/watch/iJF1V1X0E1q, http://www.playvid.com/watch/402Ly23fLYp, http://www.playvid.com/watch/yvs-LUIQAiE,
http://www.playvid.com/watch/24khw5_dFzw, http://www.playvid.com/watch/YjeZlkAJSxG, http://www.playvid.com/watch/nBCPyNKpqO7,
http://www.playvid.com/watch/DLOx9zdDBul, http://www.playvid.com/watch/kGWZSlMaEyW, http://www.playvid.com/watch/QQqHlQW_6NP,
http://www.playvid.com/watch/9bSbOEqEOcl, http://www.playvid.com/watch/V8IskyMQCfR, http://www.playvid.com/watch/7eU7wAV4wMm,
http://www.playvid.com/watch/Chl49x7MD1X, http://www.playvid.com/watch/vlh45g_UaLV, http://www.playvid.com/watch/TtDpsjQ471o,
http://www.playvid.com/watch/ey9wzMNKLwo, http://www.playvid.com/watch/FD5m0mcJ0if, http://www.playvid.com/watch/zgjq1mD5R67,
http://www.playvid.com/watch/fiupcXVpzlt, http://www.playvid.com/watch/xbCYeHvhyUp, http://www.playvid.com/watch/zmoCoYJOZHa,
http://www.playvid.com/watch/nYHxKojSJdB, http://www.playvid.com/watch/YcjF7PEqMdz, http://www.playvid.com/watch/bnrDzHhYVI8,
http://www.playvid.com/watch/8534P1UuPsz, http://www.playvid.com/watch/lcBMkOSI82O, http://www.playvid.com/watch/vmTitBZKYEq,
http://www.playvid.com/watch/HY-FWN3UTqD, http://www.playvid.com/watch/YRsHgJJYwg6, http://www.playvid.com/watch/aePT1BgGvfR,
http://www.playvid.com/watch/xrcSceJaDw5, http://www.playvid.com/watch/BniSkZ7Z0kU, http://www.playvid.com/watch/FBkKmjlUZAY,
http://www.playvid.com/watch/wrI9kEcxmbS, http://www.playvid.com/watch/HIEHjC3xtff, http://www.playvid.com/watch/QmgMjuLQlFh,
http://www.playvid.com/watch/aF9a0VdEatb, http://www.playvid.com/watch/bQJC01yCEgD, http://www.playvid.com/watch/q2dWX1fEGQy,
http://www.playvid.com/watch/TKB2627qcLW, http://www.playvid.com/watch/LohB5vQ8UDD, http://www.playvid.com/watch/CTIVBXjvWrP,
http://www.playvid.com/watch/D4Cd-v9Hros, http://www.playvid.com/watch/VWOaeYxTlCR, http://www.playvid.com/watch/xotRGC-K8Z9,
http://www.playvid.com/watch/gqoEhnvyFmx, http://www.playvid.com/watch/tgLdRyy_Fgh, http://www.playvid.com/watch/R_oykTc2zDJ,
http://www.playvid.com/watch/LoB4NiYxdJ2, http://www.playvid.com/watch/xAMHgZoOyVj, http://www.playvid.com/watch/j3nl0cPTMlH,
http://www.playvid.com/watch/h4XZpdSwdfy, http://www.playvid.com/watch/JwqA_6yh0cS, http://www.playvid.com/watch/HPdwraKwkik,
http://www.playvid.com/watch/5JrvyGfWOix, http://www.playvid.com/watch/FhG_lqmg9FV, http://www.playvid.com/watch/BAFfiEWCzSR,
http://www.playvid.com/watch/VzFBxO675n5, http://www.playvid.com/watch/PVO2mCjVDWn, http://www.playvid.com/watch/6lD1ycn5mPE,
http://www.playvid.com/watch/HMut9E2PaGn, http://www.playvid.com/watch/zKJMbz5kBCZ, http://www.playvid.com/watch/CRRsCJPyxev,
http://www.playvid.com/watch/mONKOI6mz7r, http://www.playvid.com/watch/TBJiRayJcyu, http://www.playvid.com/watch/JdBHxOHpqlg,
http://www.playvid.com/watch/9pj5K3jsG85, http://www.playvid.com/watch/SvtpNZTTryJ, http://www.playvid.com/watch/mz7AdlY_iXl,
http://www.playvid.com/watch/f5BEsN2LM9X, http://www.playvid.com/watch/h5JPevCyMxa, http://www.playvid.com/watch/iTdWynQyEBY,
http://www.playvid.com/watch/OEGjbXclsvP, http://www.playvid.com/watch/ttW8B2jZBmV, http://www.playvid.com/watch/b8sar-Q56d6,
http://www.playvid.com/watch/HgR4ruAmeQe, http://www.playvid.com/watch/jnxXYD5hl_S, http://www.playvid.com/watch/FbVnS3wQh9V,
http://www.playvid.com/watch/dk5tBwk5vNJ, http://www.playvid.com/watch/V0weirWSxBn, http://www.playvid.com/watch/STeAw_85rJ5,
http://www.playvid.com/watch/RKBGOCn9Ls4, http://www.playvid.com/watch/sJPBWFE8Ug2, http://www.playvid.com/watch/ENNPBdBo-x7,
http://www.playvid.com/watch/9f1GsN1LyvV, http://www.playvid.com/watch/y8AEfCDVw40, http://www.playvid.com/watch/mz850Xx0v6X,
http://www.playvid.com/watch/WsBHKu7aHKm, http://www.playvid.com/watch/kJaf91kBUU0, http://www.playvid.com/watch/0Z6w8k9gL3a,
http://www.playvid.com/watch/trfrd0115mt, http://www.playvid.com/watch/nLTkQw_Etw8, http://www.playvid.com/watch/rh5HpQdTffD,
http://www.playvid.com/watch/0QZphXnTEfc, http://www.playvid.com/watch/ysgOIQUcdFL, http://www.playvid.com/watch/zD_DiEsp9xr,
http://www.playvid.com/watch/8vvscYRACRe, http://www.playvid.com/watch/usKDLvFBRyO, http://www.playvid.com/watch/v3LB9k_WOPl,
http://www.playvid.com/watch/XSTtmHrVgR0, http://www.playvid.com/watch/eXkmJdWLG90, http://www.playvid.com/watch/qvpnPUgv1dN,
http://www.playvid.com/watch/f8BvTgcREc0, http://www.playvid.com/watch/G3yKcXR4kWg, http://www.playvid.com/watch/MmWv0td2Cnr,
http://www.playvid.com/watch/Vep4FRHOExv, http://www.playvid.com/watch/7gvflWXeiFb, http://www.playvid.com/watch/wBj9gviHoHi,
http://www.playvid.com/watch/x6VkVjPMBxT, http://www.playvid.com/watch/YRdrcU4TGVm, http://www.playvid.com/watch/kFLz7iaJhB0,
http://www.playvid.com/watch/2sooaTsSybZ, http://www.playvid.com/watch/WkEcIzDJFQe, http://www.playvid.com/watch/IEbhq-CdhWE,
http://www.playvid.com/watch/h-hgmZCrHgi, http://www.playvid.com/watch/xq5WxahgBc7, http://www.playvid.com/watch/XGtNNfc-cYM,
http://www.playvid.com/watch/PZOCdk2W90y, http://www.playvid.com/watch/zJ7jsNpbxLL, http://www.playvid.com/watch/Ty6D_kSJ0Dl,
http://www.playvid.com/watch/USgT35XOO3k, http://www.playvid.com/watch/ER2KM1konvj, http://www.playvid.com/watch/a9tD_o6xKsw,
http://www.playvid.com/watch/8XussnbeK1w, http://www.playvid.com/watch/jDuqAqlpDO7, http://www.playvid.com/watch/o25c9qenRwi,
http://www.playvid.com/watch/6A2J3HYtJFz, http://www.playvid.com/watch/oEQUVQuuySK, http://www.playvid.com/watch/NnzLWsU46Z2,
http://www.playvid.com/watch/z2peYQBW4SX, http://www.playvid.com/watch/4a2KdFx81h2, http://www.playvid.com/watch/RExgE1C9TKw,

http://www.playvid.com/watch/YIl4QHBh1mU, http://www.playvid.com/watch/pZBg6zDF04m, http://www.playvid.com/watch/7koIzWn8ElB, http://www.playvid.com/watch/kI1XBZkv-m5, http://www.playvid.com/watch/Qo37ScCG-zy, http://www.playvid.com/watch/zILaXOm2m2V, http://www.playvid.com/watch/mdF1rQBBAie, http://www.playvid.com/watch/GqZLn9tZxwc, http://www.playvid.com/watch/dVULgZl7n5A, http://www.playvid.com/watch/H8o-Hic1b0g, http://www.playvid.com/watch/4jt_xdXAcJ7, http://www.playvid.com/watch/N74CDnKIegm, http://www.playvid.com/watch/522zkMT6zMv, http://www.playvid.com/watch/n0uYPYPhl9f, http://www.playvid.com/watch/PyC3QH2jYWj, http://www.playvid.com/watch/FtwW06NvKpR, http://www.playvid.com/watch/h6nRH4mivDu, http://www.playvid.com/watch/kekX8EKEOTA, http://www.playvid.com/watch/j0RsNRc_4xU, http://www.playvid.com/watch/5imvYF8mTyq, http://www.playvid.com/watch/zugb02zLxjQ, http://www.playvid.com/watch/q6tvRbTVBIX, http://www.playvid.com/watch/6-oYP2o5wAo, http://www.playvid.com/watch/z9JRZQ_yIBb, http://www.playvid.com/watch/e3xKHVzZ3Zb, http://www.playvid.com/watch/VAZERU4wUyU, http://www.playvid.com/watch/va93xmUWJat, http://www.playvid.com/watch/eB4ktI0LCcc, http://www.playvid.com/watch/bRSu7FySfp2, http://www.playvid.com/watch/rFVjF74ixfd, http://www.playvid.com/watch/KSQBPfP8ceX, http://www.playvid.com/watch/SI2ObyhoPsc, http://www.playvid.com/watch/Z0L-C2E5Epi, http://www.playvid.com/watch/300Aqtp696w, http://www.playvid.com/watch/5yytM8yw8ce, http://www.playvid.com/watch/sAbp3soK2f6, http://www.playvid.com/watch/6twBMygXEXZ, http://www.playvid.com/watch/TeCz9_F1k2X, http://www.playvid.com/watch/naEDBSLpN5V, http://www.playvid.com/watch/TDaghD82QiD, http://www.playvid.com/watch/A9FLwgHBFkB, http://www.playvid.com/watch/LhuNAV9YzjT, http://www.playvid.com/watch/0iBN0uZizrH, http://www.playvid.com/watch/dmdO0io1jht, http://www.playvid.com/watch/etF3cRUkhU2, http://www.playvid.com/watch/kSfrO6ZoYig, http://www.playvid.com/watch/3KX3tH8tOB2, http://www.playvid.com/watch/jv76_OGjIap, http://www.playvid.com/watch/6IDzXuMX6yR, http://www.playvid.com/watch/BlcgAGVyNjV, http://www.playvid.com/watch/sibOsI5_mpV, http://www.playvid.com/watch/WGJdixBRytK, http://www.playvid.com/watch/w4PLacmTTGo, http://www.playvid.com/watch/m_sxlCMVBXv, http://www.playvid.com/watch/UfGnC94FZCC, http://www.playvid.com/watch/5qGakCYjvzv, http://www.playvid.com/watch/NUQRpK9n1Wu, http://www.playvid.com/watch/ZcCnm0_T8je, http://www.playvid.com/watch/83msRoPaBs8, http://www.playvid.com/watch/kNjmQ9pReaM, http://www.playvid.com/watch/lldb1wLAg5U, http://www.playvid.com/watch/jRFH6HWRCT2, http://www.playvid.com/watch/Y__N_dpEMET, http://www.playvid.com/watch/3m2jC-JMFho, http://www.playvid.com/watch/G23NDAWVn2l, http://www.playvid.com/watch/ygeb_vQ9SqW, http://www.playvid.com/watch/jKPllLcnSCt, http://www.playvid.com/watch/gURDlfpl1q4, http://www.playvid.com/watch/8ppqLL6kaFq, http://www.playvid.com/watch/9zOD43MFqqy, http://www.playvid.com/watch/RlrRZRsOj_q, http://www.playvid.com/watch/PZ5d7UOS2pd, http://www.playvid.com/watch/zbHNo3Gy2VX, http://www.playvid.com/watch/EM5n2Yqydnu, http://www.playvid.com/watch/E7E9mSYU2oh, http://www.playvid.com/watch/idzLVbfOnUc, http://www.playvid.com/watch/ev0wM5JBSen, http://www.playvid.com/watch/kqxpXULt8Vd, http://www.playvid.com/watch/tIloj5sCEbb, http://www.playvid.com/watch/3XvLlHDNWld, http://www.playvid.com/watch/95drLizY7Di, http://www.playvid.com/watch/UXEyf1pzF05, http://www.playvid.com/watch/kBLpiiW5S8y, http://www.playvid.com/watch/tUPNN9MPzAc, http://www.playvid.com/watch/Hs5zwLh9RdU, http://www.playvid.com/watch/fK7HY3lS-2r, http://www.playvid.com/watch/o2ahgRxnXp6, http://www.playvid.com/watch/R_wncQ2sgGN, http://www.playvid.com/watch/aU7nyDxGSkq, http://www.playvid.com/watch/IqvaZw2QMm7, http://www.playvid.com/watch/VaZF7Xot6wQ, http://www.playvid.com/watch/7-Klu55LrbN, http://www.playvid.com/watch/d5Gog-qAgBI, http://www.playvid.com/watch/4auPgEuVpit, http://www.playvid.com/watch/s5Q-1-1-wb6, http://www.playvid.com/watch/a1AdcbbllTt, http://www.playvid.com/watch/oLoRaQQ2C4a, http://www.playvid.com/watch/oWtzRRe9ut4, http://www.playvid.com/watch/MZYOd2QjOBO, http://www.playvid.com/watch/gkHmZjrZmsY, http://www.playvid.com/watch/ELMT9KDwalI, http://www.playvid.com/watch/MKS7c5L3bCa, http://www.playvid.com/watch/nVKAL-uC0ux, http://www.playvid.com/watch/8Itc48hERmi, http://www.playvid.com/watch/5K0d_ugChvo, http://www.playvid.com/watch/ElGOSqRETCe, http://www.playvid.com/watch/F_7uCtW1q-s, http://www.playvid.com/watch/MUcbQ1XYIjL, http://www.playvid.com/watch/OH8qZd5flWI, http://www.playvid.com/watch/Z5_WgABZTIS, http://www.playvid.com/watch/A7bIVFwFhzw, http://www.playvid.com/watch/8W8Ch-uDC9Y, http://www.playvid.com/watch/3Gh7c3NhAuc, http://www.playvid.com/watch/mvt-bJzuQXw, http://www.playvid.com/watch/nnbdb_MS2Tz, http://www.playvid.com/watch/VAo_yX9fdXO, http://www.playvid.com/watch/4KGaBJDKkhR, http://www.playvid.com/watch/SNDCUFbf_7Z, http://www.playvid.com/watch/FpNwbYnhKAV, http://www.playvid.com/watch/OxOjAd6I5OK, http://www.playvid.com/watch/QN00jzPsA3b, http://www.playvid.com/watch/LAJksdkPEba, http://www.playvid.com/watch/RaUCq5Qxx-7, http://www.playvid.com/watch/pO05V2KzPMA, http://www.playvid.com/watch/mUJNkQ49zZn, http://www.playvid.com/watch/szDeCC7kRPP, http://www.playvid.com/watch/VGE4ITRmw7d, http://www.playvid.com/watch/c-RKQJQtyqz, http://www.playvid.com/watch/xG1xjeeDwfz, http://www.playvid.com/watch/CJLnSqCoMvf, http://www.playvid.com/watch/5PaU-j8jZ-H, http://www.playvid.com/watch/d-H58ozLCZy, http://www.playvid.com/watch/dsAXN82IcoG, http://www.playvid.com/watch/MHnDDs4pFiv, http://www.playvid.com/watch/NEdKxXW3FRS, http://www.playvid.com/watch/3IgUi8xh90x, http://www.playvid.com/watch/59ZMbxr27IK, http://www.playvid.com/watch/Ui0FJXGZ0sG, http://www.playvid.com/watch/GRz9XVWpHUB, http://www.playvid.com/watch/D6IpicSzkbc, http://www.playvid.com/watch/5w31R0UGOXa, http://www.playvid.com/watch/Pyr4GR-R6bC, http://www.playvid.com/watch/fME8R1YjqAJ, http://www.playvid.com/watch/8OQEsRpp4hm, http://www.playvid.com/watch/Yk2Jb701oIy, http://www.playvid.com/watch/4eIsUCEHWDd, http://www.playvid.com/watch/uZoujkL6OnT, http://www.playvid.com/watch/7dpFLm_Qx-c, http://www.playvid.com/watch/RiI73vo3-rU, http://www.playvid.com/watch/kDGPcuOuukA, http://www.playvid.com/watch/ruMR9xMMMPP, http://www.playvid.com/watch/jK2WO5ciYS9, http://www.playvid.com/watch/tOy5tto2hly, http://www.playvid.com/watch/PdaiarWeufr, http://www.playvid.com/watch/Uls-Xxx7kb7, http://www.playvid.com/watch/QpgycI8mbZM, http://www.playvid.com/watch/7yn8SwkmtIE, http://www.playvid.com/watch/racjwC9cQ2g

5.f. Date of third notice: 2014-09-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vaz2121
5.b. Uploader's email address: artempanin@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/vaz2121
5.e. List of videos posted by uploader: http://www.playvid.com/watch/xxqUGJrOh0Z, http://www.playvid.com/watch/53s8FtGWvFh, http://www.playvid.com/watch/BE9hv7aF9TA, http://www.playvid.com/watch/mYVt2ceZJcb, http://www.playvid.com/watch/5DMmyTFTWfh, http://www.playvid.com/watch/2ssK7pPKiOL, http://www.playvid.com/watch/W6bYRO3YEPJ, http://www.playvid.com/watch/ABAVdvtdZDW, http://www.playvid.com/watch/FauCZ2L99nV, http://www.playvid.com/watch/3KsuMuIV7Sc, http://www.playvid.com/watch/XWDpkPNepUw, http://www.playvid.com/watch/EPYa9KxsR82, http://www.playvid.com/watch/UQB7JtwSegn, http://www.playvid.com/watch/eqjYJY-dCYN, http://www.playvid.com/watch/TSFlJ0ezUqO, http://www.playvid.com/watch/nrnqG2WYM6w, http://www.playvid.com/watch/bYctOUUM7Rm, http://www.playvid.com/watch/BctKGz986kB, http://www.playvid.com/watch/ADZs8wrB8FE, http://www.playvid.com/watch/FgHepUVb9fB, http://www.playvid.com/watch/gBQ3F9QHkra, http://www.playvid.com/watch/CVIOJBR5JLu, http://www.playvid.com/watch/Jp2qfSKfTk3, http://www.playvid.com/watch/BblnIf9TFzy, http://www.playvid.com/watch/CXDCxOuEjxV, http://www.playvid.com/watch/VAudrp-FUCC, http://www.playvid.com/watch/QPZMpgZEC8O, http://www.playvid.com/watch/ExD7YmyQsYk, http://www.playvid.com/watch/jITcfPRZurF, http://www.playvid.com/watch/NhSX26nzXcE, http://www.playvid.com/watch/mact7stGINu, http://www.playvid.com/watch/dP4cKPu6w2y, http://www.playvid.com/watch/SlMVO4yy0BS, http://www.playvid.com/watch/FieDwQruOlF, http://www.playvid.com/watch/cqmuo-tPpd3, http://www.playvid.com/watch/ovN3HkN3Zfu, http://www.playvid.com/watch/MR5pbndQsxJ, http://www.playvid.com/watch/mdsvGdhysVc, http://www.playvid.com/watch/fgsaOfRVeOf, http://www.playvid.com/watch/gd3zSgm80K5, http://www.playvid.com/watch/lTQhNX44HJT, http://www.playvid.com/watch/-LRvkJvRPi5, http://www.playvid.com/watch/JBtv5F9Mu6a, http://www.playvid.com/watch/AVkuuh0BaNM, http://www.playvid.com/watch/7uEnoJqh2AR, http://www.playvid.com/watch/-45m3wNcEYJ, http://www.playvid.com/watch/lMxsH8Q34L7, http://www.playvid.com/watch/NI-QRnCRNt5, http://www.playvid.com/watch/Rln8XjJp-7O, http://www.playvid.com/watch/7FFfCLGaGYK, http://www.playvid.com/watch/OVNQqzCuZK5, http://www.playvid.com/watch/CvXRCNtMkzZ, http://www.playvid.com/watch/DSgO0hI3-2f, http://www.playvid.com/watch/hBPV8KFfMNs, http://www.playvid.com/watch/7peM9lr0FvU, http://www.playvid.com/watch/ryTOlgUSl0e, http://www.playvid.com/watch/7-LgpcOqXi-, http://www.playvid.com/watch/ZYbWQx0SO04, http://www.playvid.com/watch/OzAyBiwQPAT, http://www.playvid.com/watch/jgnLRouZCu4, http://www.playvid.com/watch/krE-A-bmVMu, http://www.playvid.com/watch/BOql89w3VKq, http://www.playvid.com/watch/a9Y-8gBKbZe, http://www.playvid.com/watch/z6ODE-PcKri, http://www.playvid.com/watch/nQqvYSzaIOc, http://www.playvid.com/watch/IPhxafcyAej, http://www.playvid.com/watch/cP-uhnyVjci, http://www.playvid.com/watch/U7yFqkvIrVL, http://www.playvid.com/watch/JNIwFtkz4es, http://www.playvid.com/watch/wZkH6Ze9Kl7, http://www.playvid.com/watch/DfmkXU3GUKR, http://www.playvid.com/watch/-XxMfLAHavk, http://www.playvid.com/watch/uwYjaK7-NW2, http://www.playvid.com/watch/0pkXv-TjZjn, http://www.playvid.com/watch/fyUToUROo9f, http://www.playvid.com/watch/K0xja4dZFu5, http://www.playvid.com/watch/g7FBVCyzj4R, http://www.playvid.com/watch/fCo5etsMrhH, http://www.playvid.com/watch/WC9cyXTbmwT, http://www.playvid.com/watch/pWxIqZBu4w-, http://www.playvid.com/watch/brIQMNwhoSn, http://www.playvid.com/watch/3Z-iMDygPYq, http://www.playvid.com/watch/llhw8IQaZ7a, http://www.playvid.com/watch/uwzCcMzfRdo, http://www.playvid.com/watch/Yp5IPSQeVJ4, http://www.playvid.com/watch/6tlNeecoCcx, http://www.playvid.com/watch/DqlA4kAbAKS, http://www.playvid.com/watch/3-sn7Dsco0w, http://www.playvid.com/watch/gWpRFvG6kch, http://www.playvid.com/watch/UW3968S4d0d, http://www.playvid.com/watch/ocXdKdfduwQ, http://www.playvid.com/watch/ExVP4l3vlrH, http://www.playvid.com/watch/MnYe3KcDfif, http://www.playvid.com/watch/nREcAqntn5a, http://www.playvid.com/watch/fshQqZWciKJ, http://www.playvid.com/watch/Z6XN7-rl8b8, http://www.playvid.com/watch/KSpV9XwNwlE, http://www.playvid.com/watch/cDEhSxtBayR, http://www.playvid.com/watch/LWkspRqEmUB, http://www.playvid.com/watch/ehRAuo9fSCx, http://www.playvid.com/watch/QkjQ2dTtfoR, http://www.playvid.com/watch/LXaWyOHhkoV, http://www.playvid.com/watch/2CybMkRBtvY, http://www.playvid.com/watch/CL3tbRWxYbK, http://www.playvid.com/watch/6WfRlTBMrNG, http://www.playvid.com/watch/W42FFs8rl6B, http://www.playvid.com/watch/yPImmtD3Shp, http://www.playvid.com/watch/oSq3gMoprub, http://www.playvid.com/watch/4pSkauDNOf5, http://www.playvid.com/watch/LWwhr5hOSVt,

http://www.playvid.com/watch/0kEaSJDH3b3, http://www.playvid.com/watch/2B7-UgobfAc, http://www.playvid.com/watch/HCDVUGL9hz9, http://www.playvid.com/watch/RyMDI5LLo5W, http://www.playvid.com/watch/CMUDJbDHMhx, http://www.playvid.com/watch/Tto6GjtJWjq, http://www.playvid.com/watch/RKseH49FUtj, http://www.playvid.com/watch/dZXpx6be4P8, http://www.playvid.com/watch/vvRW36zZJd7, http://www.playvid.com/watch/ofbCy4GJdP9, http://www.playvid.com/watch/qWLZx-hAmP7, http://www.playvid.com/watch/ao2MrcKnxZL, http://www.playvid.com/watch/cTonH9wXc6E, http://www.playvid.com/watch/7HKuGAIF4SN, http://www.playvid.com/watch/LZpfqcfypiT, http://www.playvid.com/watch/cYu02D4TBcQ, http://www.playvid.com/watch/ei56cZysl2k, http://www.playvid.com/watch/5MBeS53ppq8, http://www.playvid.com/watch/5ChzBajic9t, http://www.playvid.com/watch/haEPURiYcUN, http://www.playvid.com/watch/DXxutssXGVU, http://www.playvid.com/watch/XsWeSclEfPs, http://www.playvid.com/watch/mCbrImnIQlS, http://www.playvid.com/watch/86enrPxVbG5, http://www.playvid.com/watch/vPYvBktNwbH, http://www.playvid.com/watch/UB3R8vTVXrE, http://www.playvid.com/watch/6NpC6Hl6fpT, http://www.playvid.com/watch/AwW7AKLmdkQ, http://www.playvid.com/watch/tSWBKEpsy9i, http://www.playvid.com/watch/3bz2eapJF0C, http://www.playvid.com/watch/pcJFDL8liQ-, http://www.playvid.com/watch/zApBGcnHW0V, http://www.playvid.com/watch/n8UBCKfKkMZ, http://www.playvid.com/watch/zjeBGr0lTEu, http://www.playvid.com/watch/RyoEimwZQk3, http://www.playvid.com/watch/wsbTUu6xTfV, http://www.playvid.com/watch/EoKDnhv9ZJJ, http://www.playvid.com/watch/VH5j2Q9Dquq, http://www.playvid.com/watch/LH9IIgDKNSE, http://www.playvid.com/watch/VYVABBZkgd3, http://www.playvid.com/watch/wOonMLRT392, http://www.playvid.com/watch/5LdavfUl77q, http://www.playvid.com/watch/aZBhlvNNyzz, http://www.playvid.com/watch/8Zz97Huiy8a, http://www.playvid.com/watch/xchtrnq4pB7, http://www.playvid.com/watch/vTe9NPzZ2H0, http://www.playvid.com/watch/s7Dyb6NXBW5, http://www.playvid.com/watch/6od0QREEG7q, http://www.playvid.com/watch/ZpAOWIn6K7U, http://www.playvid.com/watch/V8Tjj8XDAx8, http://www.playvid.com/watch/9ko7ZuM8PUV, http://www.playvid.com/watch/5Rr9l9kHoZk, http://www.playvid.com/watch/ImHBzFBPHi3, http://www.playvid.com/watch/JFzP78usWi2, http://www.playvid.com/watch/jZQlKyjNRyM, http://www.playvid.com/watch/K0Eg2E-5N5I, http://www.playvid.com/watch/AHXaU6bJoDw, http://www.playvid.com/watch/isOI7G7Z3DX, http://www.playvid.com/watch/M3oFWNboDSc, http://www.playvid.com/watch/u9orVXkgbVQ, http://www.playvid.com/watch/ehFIilUFfhS, http://www.playvid.com/watch/5Yh6Cjzx9Pc, http://www.playvid.com/watch/VaEsUyGt9xy, http://www.playvid.com/watch/rjxIeaxNcZb, http://www.playvid.com/watch/EuzxooxU9D-, http://www.playvid.com/watch/ltNMeerPzdl, http://www.playvid.com/watch/a7iweaG8lyP, http://www.playvid.com/watch/NRzZe44nmf5, http://www.playvid.com/watch/2fkeOzdroXL, http://www.playvid.com/watch/wktK9vCbDkJ, http://www.playvid.com/watch/YPJfnypgkWe, http://www.playvid.com/watch/K9yawGEXPLY, http://www.playvid.com/watch/7cmLZliSqRZ, http://www.playvid.com/watch/viMZCgJm8Gw, http://www.playvid.com/watch/NQzc6f5lANH, http://www.playvid.com/watch/J4vGazVLoql, http://www.playvid.com/watch/i6vpBa4W7Qn, http://www.playvid.com/watch/92xnaoIpr6P, http://www.playvid.com/watch/MoIOXAnth5-, http://www.playvid.com/watch/IRXIxixYJ0c, http://www.playvid.com/watch/qVTvPZ4jYYA, http://www.playvid.com/watch/05DAORm9Ve8
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: venera100
5.b. Uploader's email address: wenerevenera@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/venera100
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dt8PkCo5wUc, http://www.playvid.com/watch/Oy1p-jkwp1-, http://www.playvid.com/watch/2yEHj1OmKW3, http://www.playvid.com/watch/h0pVjjI-2ka, http://www.playvid.com/watch/IVy1LFUsmZx, http://www.playvid.com/watch/hnrWmUZkscn, http://www.playvid.com/watch/3bEkQXnKQtH, http://www.playvid.com/watch/9cW7stDarK9, http://www.playvid.com/watch/ao7XNXMIyIw, http://www.playvid.com/watch/QnLfah92rOG, http://www.playvid.com/watch/M3Ges5Wriqp, http://www.playvid.com/watch/tEAKlgBTW6n, http://www.playvid.com/watch/zeSeSgTUHA8, http://www.playvid.com/watch/iCNELSLwtJI, http://www.playvid.com/watch/O30V5WmEjD4, http://www.playvid.com/watch/xWYmQSYZk0j, http://www.playvid.com/watch/u3oRO44C8Ym, http://www.playvid.com/watch/ixvdioEqL98, http://www.playvid.com/watch/zpSEXsgE1AZ, http://www.playvid.com/watch/mJhz6VA4DLR, http://www.playvid.com/watch/A0oFbnQJADA, http://www.playvid.com/watch/pCmcnolaryG, http://www.playvid.com/watch/trpXj7qfw1Q, http://www.playvid.com/watch/paqcPG4HEuU, http://www.playvid.com/watch/8Ap-0D0Iosu, http://www.playvid.com/watch/ncfWLYKNqnT, http://www.playvid.com/watch/M-1FPMtDT1c, http://www.playvid.com/watch/b1PFBWuvgD6, http://www.playvid.com/watch/5bRYnmyErqp, http://www.playvid.com/watch/oiYNyxCeYEl, http://www.playvid.com/watch/5VsQmTpReBT, http://www.playvid.com/watch/tDBQk1MU9HK, http://www.playvid.com/watch/QaIYV4ZCprP, http://www.playvid.com/watch/aaQwZbmBrLJ, http://www.playvid.com/watch/hAwtPfA1JeR, http://www.playvid.com/watch/xTI6B3zdotG, http://www.playvid.com/watch/dCPltNtvgAL, http://www.playvid.com/watch/AlII4wjbrUF, http://www.playvid.com/watch/NCcVyGQVrhq, http://www.playvid.com/watch/4BWwe7iaKyo, http://www.playvid.com/watch/bgauggPmHod, http://www.playvid.com/watch/Wy1f5JRVTJJ, http://www.playvid.com/watch/pECoCX3zsRR, http://www.playvid.com/watch/oiFE1j2XZPH, http://www.playvid.com/watch/Abr3ShMuZcT, http://www.playvid.com/watch/po44RUaLS7W, http://www.playvid.com/watch/oZBQ9tkqYHU, http://www.playvid.com/watch/prSly-aTtDW, http://www.playvid.com/watch/s5mQ1aIGgNa, http://www.playvid.com/watch/9b5S3hZRjbz
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: venerastim
5.b. Uploader's email address: stimvenerastim@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/venerastim
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iyzlwFfGILP, http://www.playvid.com/watch/jxFhyyP8doJ, http://www.playvid.com/watch/RF5ZY2wPneJ, http://www.playvid.com/watch/jhHg6bWqDxJ, http://www.playvid.com/watch/dSaQ8TE0cXG, http://www.playvid.com/watch/JehWKyhEBYt, http://www.playvid.com/watch/Np2HlsHAwB6, http://www.playvid.com/watch/soW5GM7CUsO, http://www.playvid.com/watch/N9gxhIOcd2S, http://www.playvid.com/watch/3LZCidsdRRE, http://www.playvid.com/watch/k9zgSYE77Rf, http://www.playvid.com/watch/qTQ5dU8G9Ty, http://www.playvid.com/watch/Ngr94XjaHtr, http://www.playvid.com/watch/QC88OfG9YcO, http://www.playvid.com/watch/YiRDbd2An-N, http://www.playvid.com/watch/L338D6UHnd1, http://www.playvid.com/watch/RwlJuvYwImr, http://www.playvid.com/watch/XximUpUenem, http://www.playvid.com/watch/zLeaiA93WeW, http://www.playvid.com/watch/nhSa4iTpAgF, http://www.playvid.com/watch/FZpXSY9w4vf, http://www.playvid.com/watch/Nfgo3Tr5to4, http://www.playvid.com/watch/WjDgVIWsHEi, http://www.playvid.com/watch/07wdmGV6chR, http://www.playvid.com/watch/NdBu57D2yJq, http://www.playvid.com/watch/8CoihOjfN7u, http://www.playvid.com/watch/uT0-vblSljh, http://www.playvid.com/watch/kisqIOMONcH, http://www.playvid.com/watch/lBAS-Vs67rg, http://www.playvid.com/watch/YsskwLi31MK, http://www.playvid.com/watch/nim6gR3Bw5l, http://www.playvid.com/watch/ciDbc3T7f7j, http://www.playvid.com/watch/CJyGaZEhriO, http://www.playvid.com/watch/S309MWbeHnn, http://www.playvid.com/watch/NcH9LhgTLCP, http://www.playvid.com/watch/ILZquxSxWO2, http://www.playvid.com/watch/RSVgwq7oMxX, http://www.playvid.com/watch/5YZmgZf-O4L, http://www.playvid.com/watch/-Hu5qEaDZV0, http://www.playvid.com/watch/qSVBREvj9ro, http://www.playvid.com/watch/NsK3ucm6rMf, http://www.playvid.com/watch/trCUh0j-Mey, http://www.playvid.com/watch/bTuLDeupFhl, http://www.playvid.com/watch/gS9qPeUOYoQ, http://www.playvid.com/watch/2N0MZkDZ7hN, http://www.playvid.com/watch/i8oq7Gl6Ldt, http://www.playvid.com/watch/RcFgy6bRaAT, http://www.playvid.com/watch/LHXZMe2BGsv, http://www.playvid.com/watch/R2S5-NcJeN7, http://www.playvid.com/watch/7u2KYZaiv--, http://www.playvid.com/watch/QjcgRakQOYe, http://www.playvid.com/watch/WV5FePCTFHY, http://www.playvid.com/watch/OwGOq1L5yLk, http://www.playvid.com/watch/oju5exFlLxK, http://www.playvid.com/watch/KPvlkV3a2nN, http://www.playvid.com/watch/nvJXo9aeALn, http://www.playvid.com/watch/U3-7zIbv7Jb, http://www.playvid.com/watch/ZeOe2XglmWg, http://www.playvid.com/watch/xrOpAYQ0B4-, http://www.playvid.com/watch/NG6L0JPQfzR, http://www.playvid.com/watch/SnGNpcl5TL7, http://www.playvid.com/watch/gp7ZhNzDTii, http://www.playvid.com/watch/87m6XNekEcE, http://www.playvid.com/watch/5fuQgCoaDWK, http://www.playvid.com/watch/ciNCZRyvT5T, http://www.playvid.com/watch/Hm4b02EPAby
5.f. Date of third notice: 2013-12-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: verasith
5.b. Uploader's email address: verasith@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/verasith
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vE1NmvnSAGb, http://www.playvid.com/watch/5aX5Iao1a6u, http://www.playvid.com/watch/Xe3h7uZ1NXm, http://www.playvid.com/watch/CWDl2Xz4SH3, http://www.playvid.com/watch/kAlH3QnsEy9, http://www.playvid.com/watch/Ec5vpjHdnOt, http://www.playvid.com/watch/xm1NEdMV7er, http://www.playvid.com/watch/w-Mrzeu4fol, http://www.playvid.com/watch/e9sewWw1q3d, http://www.playvid.com/watch/H0BBcJycA8E, http://www.playvid.com/watch/jpjZZPzNWRF, http://www.playvid.com/watch/JhLj1bazwME, http://www.playvid.com/watch/AtbhWWPmqAo, http://www.playvid.com/watch/R--LewLwcuT, http://www.playvid.com/watch/Ug7EdnFrOyQ, http://www.playvid.com/watch/e1aO_MRqsG6, http://www.playvid.com/watch/AV_AWMfeOCA, http://www.playvid.com/watch/lsNFycnMHfV, http://www.playvid.com/watch/wj51iXFQJ9K, http://www.playvid.com/watch/TOA-TRz5C2h, http://www.playvid.com/watch/o4qXxQ7tELi, http://www.playvid.com/watch/08_TzGayIGg, http://www.playvid.com/watch/8ndeHxKzZuX, http://www.playvid.com/watch/ae9uem7yWk9, http://www.playvid.com/watch/4W0LMi5exnT, http://www.playvid.com/watch/bWf2LyPtAOm, http://www.playvid.com/watch/MOfy1tlpW7X, http://www.playvid.com/watch/MDv2PuXqgh3, http://www.playvid.com/watch/OewvVZ66bl4,

http://www.playvid.com/watch/6EtN-2-XkVb, http://www.playvid.com/watch/etafUSK1tkS, http://www.playvid.com/watch/bsCuiw20bir,
http://www.playvid.com/watch/iiA439T4nNK, http://www.playvid.com/watch/UJdi1QePxs2, http://www.playvid.com/watch/fcseBLbYtDC,
http://www.playvid.com/watch/WkB5VAOQ2tt, http://www.playvid.com/watch/talnPGSkgPq, http://www.playvid.com/watch/X0Dcb4hdkVt,
http://www.playvid.com/watch/96iHsr-6hau, http://www.playvid.com/watch/KK-yqc81znb, http://www.playvid.com/watch/2EOmi_DX2NU,
http://www.playvid.com/watch/08ONOCzNUzr, http://www.playvid.com/watch/3qT7FrgTBj0, http://www.playvid.com/watch/wdLIkhw5zi0,
http://www.playvid.com/watch/ppJSZlvk5Ux, http://www.playvid.com/watch/yKblu0nluZj, http://www.playvid.com/watch/lLa3s_2A_-l,
http://www.playvid.com/watch/jE9eQg0BivS, http://www.playvid.com/watch/TsilaIi1r7O, http://www.playvid.com/watch/RO9FmKQ2eci,
http://www.playvid.com/watch/BilF7PXSVGG, http://www.playvid.com/watch/IN7DwqOzhGH, http://www.playvid.com/watch/Cv9QsdIVF5O,
http://www.playvid.com/watch/hUL-aelaiTb, http://www.playvid.com/watch/OJ7mpfbmJtT, http://www.playvid.com/watch/8skCKuCfDPT,
http://www.playvid.com/watch/TJsvnky5kTe, http://www.playvid.com/watch/xKHA-n0_o_d, http://www.playvid.com/watch/PQpROUjnN6R,
http://www.playvid.com/watch/s19v7cgmM1g, http://www.playvid.com/watch/Om946_U8y5Q, http://www.playvid.com/watch/E5jBDgUwexC,
http://www.playvid.com/watch/Tp7zE8imCXx, http://www.playvid.com/watch/xlhCDpLVt3I, http://www.playvid.com/watch/WWNsmSjKgwd,
http://www.playvid.com/watch/d_4UdKuHIYb, http://www.playvid.com/watch/rifDXfz5bwF, http://www.playvid.com/watch/pL73EgRhDjn,
http://www.playvid.com/watch/3SH06FaDRhl, http://www.playvid.com/watch/ufJdNI0VdDb, http://www.playvid.com/watch/M_KC57pb12M,
http://www.playvid.com/watch/J9IvewCrchH, http://www.playvid.com/watch/NN7wuphaIiR, http://www.playvid.com/watch/jBFaQRDKPSD,
http://www.playvid.com/watch/pnevLLm4uur, http://www.playvid.com/watch/BR1uuaodeeN, http://www.playvid.com/watch/tR2SiA0-vkg,
http://www.playvid.com/watch/4QRkMHlLHDM, http://www.playvid.com/watch/aAvBVgl1Q9r, http://www.playvid.com/watch/Ptxp6H-fBVs,
http://www.playvid.com/watch/zPHS2z_0c1d, http://www.playvid.com/watch/xIkZOoi3MB7, http://www.playvid.com/watch/eP8z3MavvTh,
http://www.playvid.com/watch/WFnSZpm4-7L, http://www.playvid.com/watch/Nc66W9ZSiny, http://www.playvid.com/watch/bRUy4t81wXb,
http://www.playvid.com/watch/nQbay-IysbR, http://www.playvid.com/watch/uw45V681nRV, http://www.playvid.com/watch/v-2ExhNSlEh,
http://www.playvid.com/watch/GxvPViCxb4X, http://www.playvid.com/watch/on2mHpc1Pqs, http://www.playvid.com/watch/CHc0gRanAEd,
http://www.playvid.com/watch/BMicDsUKBbH, http://www.playvid.com/watch/G8YcF8CfsrR, http://www.playvid.com/watch/0EVTcAXyvus,
http://www.playvid.com/watch/5RFHfN38XV3, http://www.playvid.com/watch/zpquUGxX3UM, http://www.playvid.com/watch/65vsNtqcGqW,
http://www.playvid.com/watch/z1afkwh494t, http://www.playvid.com/watch/HCEIUfRVUg9, http://www.playvid.com/watch/YgEVXx2iqSa,
http://www.playvid.com/watch/O0DRfaW6CCa, http://www.playvid.com/watch/8H_BfSux1p0, http://www.playvid.com/watch/OLWOKj-ht2n,
http://www.playvid.com/watch/Q9oiexacPng, http://www.playvid.com/watch/4-P9YgA74Fa, http://www.playvid.com/watch/rusciP80bZL,
http://www.playvid.com/watch/ex0MuaE0RHT, http://www.playvid.com/watch/r7w9RSVO59y, http://www.playvid.com/watch/Ydqo5pHJN1P,
http://www.playvid.com/watch/I8Q3mj5Me8O, http://www.playvid.com/watch/DLVks7hj3Tn, http://www.playvid.com/watch/sedXSMq1qjT,
http://www.playvid.com/watch/RE2JY2UPUGg, http://www.playvid.com/watch/nLARbQsRJsH, http://www.playvid.com/watch/25qtERWgoMA,
http://www.playvid.com/watch/RhoSposBtWc, http://www.playvid.com/watch/hGkS-hFZPvF, http://www.playvid.com/watch/nv5VhqdFILn,
http://www.playvid.com/watch/R7ISiKkbGfM, http://www.playvid.com/watch/CM88HG-kGDz, http://www.playvid.com/watch/Ufk7YmlYMMn,
http://www.playvid.com/watch/Bock2rVVOWd, http://www.playvid.com/watch/pvD4Rk_L9SH, http://www.playvid.com/watch/eserMk3WY75,
http://www.playvid.com/watch/FkIwL16jyx8, http://www.playvid.com/watch/vVgWONBzroV, http://www.playvid.com/watch/A9KzogXxec5,
http://www.playvid.com/watch/nbyz93aY2YH, http://www.playvid.com/watch/a1PGf67O3YL, http://www.playvid.com/watch/3mivZqOQis5,
http://www.playvid.com/watch/Q0N2vJCXJGV, http://www.playvid.com/watch/hemRtmyzhHS, http://www.playvid.com/watch/Z81hxOEm4ly,
http://www.playvid.com/watch/TFUWn9LeXxT, http://www.playvid.com/watch/mPuyecasJmD, http://www.playvid.com/watch/n-d8UqIo6ML,
http://www.playvid.com/watch/HPaJYlesobV, http://www.playvid.com/watch/f354VvzBjFx, http://www.playvid.com/watch/Y4qcuPyHsnP,
http://www.playvid.com/watch/n21a0M8RpxJ, http://www.playvid.com/watch/lpsc-qaHm_y, http://www.playvid.com/watch/SvAV8WoNg7E,
http://www.playvid.com/watch/sVoCW_6-A37, http://www.playvid.com/watch/UmR6dDgE7VC, http://www.playvid.com/watch/EXr4GG05UPY,
http://www.playvid.com/watch/yA7fqQ3e_JX, http://www.playvid.com/watch/YjZkazp9riS, http://www.playvid.com/watch/FnRbf1031qO,
http://www.playvid.com/watch/WmYl4d4YHLx, http://www.playvid.com/watch/SlZPTZV6na8, http://www.playvid.com/watch/GZz34f8PY6w,
http://www.playvid.com/watch/QlBcY6e8j0K, http://www.playvid.com/watch/xUh1vbKLid9, http://www.playvid.com/watch/vgl21QmzMvF,
http://www.playvid.com/watch/zREsoZr8CPh, http://www.playvid.com/watch/q9nnAHq6Vp8, http://www.playvid.com/watch/JOwtMf8gI6T,
http://www.playvid.com/watch/b55PrmygcLk, http://www.playvid.com/watch/g3yWorgtomz, http://www.playvid.com/watch/PRRAbXdO664,
http://www.playvid.com/watch/5-Vh6QSI6mA, http://www.playvid.com/watch/eyG-UOOzfVc, http://www.playvid.com/watch/kBLXmmct2fC,
http://www.playvid.com/watch/DuLQEz90-Gl, http://www.playvid.com/watch/N6byXhrsNiJ, http://www.playvid.com/watch/KQaWk5OVrkf,
http://www.playvid.com/watch/Px5vY-y_2ce, http://www.playvid.com/watch/ZTy1eKYJuSF, http://www.playvid.com/watch/8W3wP25BEyw,
http://www.playvid.com/watch/OTLPCeZITKr, http://www.playvid.com/watch/MPArX4zoyyT, http://www.playvid.com/watch/atT-ZpM-L3N,
http://www.playvid.com/watch/2h0wVM-zB2d, http://www.playvid.com/watch/pyosDFAyuzt, http://www.playvid.com/watch/xPVFSq1HetA,
http://www.playvid.com/watch/QW3O0v-tqhl, http://www.playvid.com/watch/vNw-F1x9hUq, http://www.playvid.com/watch/K49JjQ6VfrP,
http://www.playvid.com/watch/NKShGlWUBFo, http://www.playvid.com/watch/N6v8Z00dGXf, http://www.playvid.com/watch/Mx-hD0tsv2J,
http://www.playvid.com/watch/EHOY9AGo_A4, http://www.playvid.com/watch/nwBfpEUiS4M, http://www.playvid.com/watch/p-HK5D6JOvg,
http://www.playvid.com/watch/jyAaiyztSmM, http://www.playvid.com/watch/QXnb4XI5W_w, http://www.playvid.com/watch/YP1CXKIHi3i,
http://www.playvid.com/watch/JrgZEeCR_CP, http://www.playvid.com/watch/5aQteE0hnbS, http://www.playvid.com/watch/4SI3OYjbENi,
http://www.playvid.com/watch/cTKw6a-i4S0, http://www.playvid.com/watch/rqOMBAEMH3D, http://www.playvid.com/watch/vBhiiWj8uSD,
http://www.playvid.com/watch/sxIZHA_igUK, http://www.playvid.com/watch/OXE0vGx-7SI, http://www.playvid.com/watch/fSc4RQrQtwL,
http://www.playvid.com/watch/qeogBek8EzK, http://www.playvid.com/watch/v2uzZxyPqgj, http://www.playvid.com/watch/yRPhYjiA0gO,
http://www.playvid.com/watch/Vo8i-ssSOpL, http://www.playvid.com/watch/FQTV_0bqzBC, http://www.playvid.com/watch/lHjAZVDyILL,
http://www.playvid.com/watch/Ps-BxuhfLsz, http://www.playvid.com/watch/mZCdG46h4W4, http://www.playvid.com/watch/0nlyRTvRfNZ,
http://www.playvid.com/watch/OZWcOMEngee, http://www.playvid.com/watch/aoSmAuANnvC, http://www.playvid.com/watch/mJw9sfIiY1u,
http://www.playvid.com/watch/kMqW2lFoNLc, http://www.playvid.com/watch/2ZqjxWzZpjp, http://www.playvid.com/watch/9cd0CkueGvc,
http://www.playvid.com/watch/tXy36xCym8c, http://www.playvid.com/watch/6-CH0Jeesxe, http://www.playvid.com/watch/UJcU2z6aqVV,
http://www.playvid.com/watch/QhNHCD1BfU3, http://www.playvid.com/watch/6AA1It1TxmX, http://www.playvid.com/watch/caEc3i6oSi5,
http://www.playvid.com/watch/xYpiA0GHCDq, http://www.playvid.com/watch/5NOFNjzu8KP, http://www.playvid.com/watch/FlVue8igZ_i,
http://www.playvid.com/watch/vcjBbZp3nYH, http://www.playvid.com/watch/Fa1iarVjpAs, http://www.playvid.com/watch/u7DUq1x0x2d,
http://www.playvid.com/watch/LrrEM2LQr-A, http://www.playvid.com/watch/YiKMP9MH_Wa, http://www.playvid.com/watch/Oe8W1zAEiOH,
http://www.playvid.com/watch/AV6poyTsRqf, http://www.playvid.com/watch/pVuhCQpev4f, http://www.playvid.com/watch/gQq2_UMQH-w,
http://www.playvid.com/watch/82zWgGB-TaO, http://www.playvid.com/watch/j7Jh24py30i, http://www.playvid.com/watch/AhLwzOjO0mh,
http://www.playvid.com/watch/W1GRCm4SeXw, http://www.playvid.com/watch/Hgi-ju4niKg, http://www.playvid.com/watch/UNAIUEOZjdj,
http://www.playvid.com/watch/E5R47xoH7sL, http://www.playvid.com/watch/cewovJ7ADaQ, http://www.playvid.com/watch/qW3sFhR2cDk,
http://www.playvid.com/watch/Am6PS-rUJA5, http://www.playvid.com/watch/6S392euF4AA, http://www.playvid.com/watch/EJPo3vP6Fs9,
http://www.playvid.com/watch/wqZKPsp8XdW, http://www.playvid.com/watch/HOPu4G26TFC, http://www.playvid.com/watch/AIWTbZAoOta,
http://www.playvid.com/watch/VxA-lwB5H53, http://www.playvid.com/watch/zulVIiJAa_P, http://www.playvid.com/watch/bot-x-SgQbo,
http://www.playvid.com/watch/O4V2l8UTkzW, http://www.playvid.com/watch/KHVqcMkZNyZ, http://www.playvid.com/watch/ZjL0o1hT9Fx,
http://www.playvid.com/watch/529Qtj2yb6Q, http://www.playvid.com/watch/mtJRl09E9J9, http://www.playvid.com/watch/NEIfy54SOVV,
http://www.playvid.com/watch/l0X8qhcypX8, http://www.playvid.com/watch/MhNi1rj1-FH, http://www.playvid.com/watch/Xj3v2MDtAah,
http://www.playvid.com/watch/eCjKRkEzxaa, http://www.playvid.com/watch/5rRt6oZ2vaP, http://www.playvid.com/watch/ypy3g9_yw4D,
http://www.playvid.com/watch/XoaiM7Xgax9, http://www.playvid.com/watch/jT_99x04p64, http://www.playvid.com/watch/PpkAHhFcRiN,
http://www.playvid.com/watch/gdELcraYq2p, http://www.playvid.com/watch/MfErhk9TKtj, http://www.playvid.com/watch/UhaVbUILHtp,
http://www.playvid.com/watch/htZ0AxIHQzj, http://www.playvid.com/watch/hYjKUykTkD9, http://www.playvid.com/watch/UVrBIsCnUPA,
http://www.playvid.com/watch/oYUhKYr4e8E, http://www.playvid.com/watch/2i2uHQA1num, http://www.playvid.com/watch/mIib4MR31R9,
http://www.playvid.com/watch/6bwuHX51gXf, http://www.playvid.com/watch/Q5AbuNhA-b2, http://www.playvid.com/watch/J1v3OnNv9YD,
http://www.playvid.com/watch/DFgtf-vojAw, http://www.playvid.com/watch/L6kqcahe_Oc, http://www.playvid.com/watch/DwcRVx8eFAH,
http://www.playvid.com/watch/8TN61qJU6Ik, http://www.playvid.com/watch/FAhbNNKMHHS, http://www.playvid.com/watch/wyzNWMr7sNm,
http://www.playvid.com/watch/9NO6C5vpWaT, http://www.playvid.com/watch/U0woUjVBHcH, http://www.playvid.com/watch/TM36g732iX5,
http://www.playvid.com/watch/x6ulaISSfg7, http://www.playvid.com/watch/WA9uyNwPXVS, http://www.playvid.com/watch/xbxaVFf0Lrn,
http://www.playvid.com/watch/gzvVf7kcO0s, http://www.playvid.com/watch/3-JEHOsHghn, http://www.playvid.com/watch/VsZLBj0BFPf,
http://www.playvid.com/watch/8SMK4UILALu, http://www.playvid.com/watch/oF-SNpZq8ur, http://www.playvid.com/watch/mekv9HXN0MO,
http://www.playvid.com/watch/MK6mNWArSMU, http://www.playvid.com/watch/yy51mbgYCeT, http://www.playvid.com/watch/hGP1RggMuwB,
http://www.playvid.com/watch/FYZD1K1rGWz, http://www.playvid.com/watch/I_-wPx-raxO, http://www.playvid.com/watch/bCqGseFTrFg,
http://www.playvid.com/watch/EfkLtKvSf2u, http://www.playvid.com/watch/A0ClRZvEyPZ, http://www.playvid.com/watch/GCkEoNtk7Dx,
http://www.playvid.com/watch/XWxX_2sQ6Ls, http://www.playvid.com/watch/hJdNVlHuNLC, http://www.playvid.com/watch/4W3PB4g_5Ek,
http://www.playvid.com/watch/Tg6AQGBtmaf, http://www.playvid.com/watch/2HBMeybhbQA, http://www.playvid.com/watch/sRVrqqvWyE6,
http://www.playvid.com/watch/vN9DuuYatMB, http://www.playvid.com/watch/i0H5-9DUURQ, http://www.playvid.com/watch/7CSmmGaSf75,
http://www.playvid.com/watch/ZWpRBALJN19, http://www.playvid.com/watch/OUnrSO1JPOJ, http://www.playvid.com/watch/SgoH60yiQ6j,
http://www.playvid.com/watch/0FoICEIF953, http://www.playvid.com/watch/jSyDzi32cuz, http://www.playvid.com/watch/YghrpAkRfbu,

http://www.playvid.com/watch/RtCh0nFWfp2, http://www.playvid.com/watch/feFkBAU5wJ9, http://www.playvid.com/watch/Qe42wcvVlni,
http://www.playvid.com/watch/T87hl6vYB0b, http://www.playvid.com/watch/qSZfUYITcIM, http://www.playvid.com/watch/3vmCt8XFT2S,
http://www.playvid.com/watch/g9QXuXpO_Ox, http://www.playvid.com/watch/FcuHgLKvgDB, http://www.playvid.com/watch/feyhhQwlVT9,
http://www.playvid.com/watch/NIyKaTC881A, http://www.playvid.com/watch/p1G3PhTEh0h, http://www.playvid.com/watch/fwTnVweTGWS,
http://www.playvid.com/watch/2__upqptZjg, http://www.playvid.com/watch/iaWsMPYH5qO, http://www.playvid.com/watch/5-oq0ARoP4X,
http://www.playvid.com/watch/dOjgb4irQCi, http://www.playvid.com/watch/BXmQvPI0WY2, http://www.playvid.com/watch/DKH4kpV3F_7,
http://www.playvid.com/watch/gteZjZUoSKX, http://www.playvid.com/watch/cT99YuFRxq9, http://www.playvid.com/watch/yNvYBLyNd6I,
http://www.playvid.com/watch/lWHWHeixYd5, http://www.playvid.com/watch/dYCry6OyKxV, http://www.playvid.com/watch/IFUixQMAqRC,
http://www.playvid.com/watch/sYFP2klcVf7, http://www.playvid.com/watch/bXvCl5XVmPj, http://www.playvid.com/watch/Tg_lQB3pTnV,
http://www.playvid.com/watch/AQr1RNsea05, http://www.playvid.com/watch/Ou8BgpwB0zI, http://www.playvid.com/watch/77L9553IZDB,
http://www.playvid.com/watch/koAG_MCnGoN, http://www.playvid.com/watch/KhAKFDhyOW4, http://www.playvid.com/watch/xxd9db7yve4,
http://www.playvid.com/watch/OFvH8pBxzWa, http://www.playvid.com/watch/p93vja9TAos, http://www.playvid.com/watch/6gDFx5luxeQ,
http://www.playvid.com/watch/mQBvSaGPqex, http://www.playvid.com/watch/dmyIn0vP2o9, http://www.playvid.com/watch/hdic7Fk9SEq,
http://www.playvid.com/watch/lbPFrO3m5HE, http://www.playvid.com/watch/yuRB9jhNd_L, http://www.playvid.com/watch/btCQiFPS6Bo,
http://www.playvid.com/watch/SiwpJe8r3K5, http://www.playvid.com/watch/KFLrWCTnrRG, http://www.playvid.com/watch/wPYhggJQD57,
http://www.playvid.com/watch/2z2hV2sAW7O, http://www.playvid.com/watch/y3LHBWWb98z, http://www.playvid.com/watch/OG93W88-QDI,
http://www.playvid.com/watch/YIlTzzE0Ujx, http://www.playvid.com/watch/0AJl4_eR9YN, http://www.playvid.com/watch/ooQy6Ev_fLe,
http://www.playvid.com/watch/tx8Mkk8VrbV, http://www.playvid.com/watch/macWe084NPq, http://www.playvid.com/watch/c7UvCDdPhoc,
http://www.playvid.com/watch/8WXSduSuPez, http://www.playvid.com/watch/B0PedF-kRsA, http://www.playvid.com/watch/BZTYH488unb,
http://www.playvid.com/watch/vEqPavAqbCR, http://www.playvid.com/watch/CryZO7T4iez, http://www.playvid.com/watch/sy8MhM9cemb,
http://www.playvid.com/watch/F1I0xt5uoZR, http://www.playvid.com/watch/BFNSy_EoSsj, http://www.playvid.com/watch/WvRIZ_nsoY6,
http://www.playvid.com/watch/3VaCISIbUNz, http://www.playvid.com/watch/7rk1Zq4aqVA, http://www.playvid.com/watch/ks0L86rcTqg,
http://www.playvid.com/watch/GE11QYZ9OuM, http://www.playvid.com/watch/ya_QnFTrNcn, http://www.playvid.com/watch/72qkwFl8ORn,
http://www.playvid.com/watch/FUKSfbonEYP, http://www.playvid.com/watch/i5QfsOZjXGZ, http://www.playvid.com/watch/yBSmYxmxYyQ,
http://www.playvid.com/watch/5U2e_RUNhSk, http://www.playvid.com/watch/0NmhA9bMRnE, http://www.playvid.com/watch/yw9NU55ANw3,
http://www.playvid.com/watch/P9nUVzZma8R, http://www.playvid.com/watch/aeKSdlnhq8m, http://www.playvid.com/watch/CcDUiT3yTpq,
http://www.playvid.com/watch/6K21tXE1Ksm, http://www.playvid.com/watch/oqdbB66I5aS, http://www.playvid.com/watch/u9t43SrbJQ8,
http://www.playvid.com/watch/MK7yAc7wTOP, http://www.playvid.com/watch/rGXKXAdAY0H, http://www.playvid.com/watch/xpdL8d6fbDl,
http://www.playvid.com/watch/vY6ObKtDy7V, http://www.playvid.com/watch/prMF3I2XHms, http://www.playvid.com/watch/ZY2YfSnDgyD,
http://www.playvid.com/watch/qcJZbZ6QZct, http://www.playvid.com/watch/cv-WfhSv4Qm, http://www.playvid.com/watch/2ynZNnwCjrW,
http://www.playvid.com/watch/ECXMhvP2XQg, http://www.playvid.com/watch/iBUtUJjHxAD, http://www.playvid.com/watch/Wo5no6nBWhY,
http://www.playvid.com/watch/2yjdHV7q7r7, http://www.playvid.com/watch/60wPRskOt9D, http://www.playvid.com/watch/VNA9m9IU3HP,
http://www.playvid.com/watch/462KNfVkgCC, http://www.playvid.com/watch/PEwlXbJOP_x, http://www.playvid.com/watch/EoIAGUqxR6b,
http://www.playvid.com/watch/PykFtf7ItSS, http://www.playvid.com/watch/xua_J1Z61Ii, http://www.playvid.com/watch/lsE4fuDj9aO,
http://www.playvid.com/watch/szJ6ov-NYUH, http://www.playvid.com/watch/7Qmtl9jglmA, http://www.playvid.com/watch/uSdCbRI1NCr,
http://www.playvid.com/watch/wS9MIl5mV4l, http://www.playvid.com/watch/3Tsj6RjAOXi, http://www.playvid.com/watch/d3gRQe5sqS2,
http://www.playvid.com/watch/H-mq8rzB7cF, http://www.playvid.com/watch/UPILNfZDsog, http://www.playvid.com/watch/Tt4zPoW5Pwp,
http://www.playvid.com/watch/ouPYiicreBN, http://www.playvid.com/watch/lDE4RkaFU1T, http://www.playvid.com/watch/dqBT9o9jqjK,
http://www.playvid.com/watch/AAYAWmIvdwq, http://www.playvid.com/watch/BYvEwzHw0ns, http://www.playvid.com/watch/wjmVruAZhXm,
http://www.playvid.com/watch/gkJJv2TC0df, http://www.playvid.com/watch/KaENlmaH9sJ, http://www.playvid.com/watch/VRT2KzjX-XY,
http://www.playvid.com/watch/55Gg5Oxszbz, http://www.playvid.com/watch/Nq3A9QrB3FN, http://www.playvid.com/watch/Q2SAH-YiGJM,
http://www.playvid.com/watch/nZKuFYe5w4q, http://www.playvid.com/watch/ncHZpx_xa7g, http://www.playvid.com/watch/5JvIgYkxLCi,
http://www.playvid.com/watch/5HkQw8bsNyr, http://www.playvid.com/watch/AKK8X7EY_84, http://www.playvid.com/watch/sueD3VOk-OZ,
http://www.playvid.com/watch/HAukPXz6VOi, http://www.playvid.com/watch/sPnoYlMgflh, http://www.playvid.com/watch/t7hfoVEtT6a,
http://www.playvid.com/watch/HZtR-6p3XSo, http://www.playvid.com/watch/3I_0-ywr4YE, http://www.playvid.com/watch/ZOVCmQz81Uk,
http://www.playvid.com/watch/wGTXqkZc9pF, http://www.playvid.com/watch/nq_bvq_i_qN, http://www.playvid.com/watch/tuTftdaI_pf,
http://www.playvid.com/watch/w_ACGgQ4GbK, http://www.playvid.com/watch/nTIrqArznz6, http://www.playvid.com/watch/y4BrKxlTFFp,
http://www.playvid.com/watch/rZDRr-Lc4vI, http://www.playvid.com/watch/7LoM5IzsClx, http://www.playvid.com/watch/OvRvF5i9fAp,
http://www.playvid.com/watch/8ZW_nDBGeF6, http://www.playvid.com/watch/93STBK72VaW, http://www.playvid.com/watch/jy5Vi8xhYoM,
http://www.playvid.com/watch/wK1UECymqcY, http://www.playvid.com/watch/4onuaWxKkxX, http://www.playvid.com/watch/56txo4r5eIU,
http://www.playvid.com/watch/YKPebh-j4f3, http://www.playvid.com/watch/3JUZJKwk5FH, http://www.playvid.com/watch/8Qi1AwxRG5p,
http://www.playvid.com/watch/6wh9NWIkoi3, http://www.playvid.com/watch/mPj8rwTfEHA, http://www.playvid.com/watch/xXaIEm_iiAl,
http://www.playvid.com/watch/Biy3Z36902l, http://www.playvid.com/watch/KZp7pbfzOaX, http://www.playvid.com/watch/tuIwN5XxvJa,
http://www.playvid.com/watch/b6nfAJz-y0h, http://www.playvid.com/watch/Zup21cNi_pk, http://www.playvid.com/watch/Ry6vcGZLNM8,
http://www.playvid.com/watch/p8PeI8Bqy1V, http://www.playvid.com/watch/0mO-TEfLWvY, http://www.playvid.com/watch/OPSMZOJoLS2,
http://www.playvid.com/watch/fPgtJHfp5g0, http://www.playvid.com/watch/T688TeCxt_U, http://www.playvid.com/watch/hm3p7wxAneI,
http://www.playvid.com/watch/6Bub6vBpXnZ, http://www.playvid.com/watch/ysBe7ZYpxcy, http://www.playvid.com/watch/IA7IvWVhNwL,
http://www.playvid.com/watch/ujRpNV4B4CQ, http://www.playvid.com/watch/h4woMUnxeXO, http://www.playvid.com/watch/N4IRXQTPEM9,
http://www.playvid.com/watch/ChETZ1NJZZv, http://www.playvid.com/watch/xl3i0uHGH-k, http://www.playvid.com/watch/M64Lj1lZLxj,
http://www.playvid.com/watch/R8IHSBoVv9x, http://www.playvid.com/watch/YZG465m60ka, http://www.playvid.com/watch/2x6K40t3tXO,
http://www.playvid.com/watch/oaooUHXVV32, http://www.playvid.com/watch/iOmmcnV3TEs, http://www.playvid.com/watch/47Wir38q2zJ,
http://www.playvid.com/watch/2M4BpEDW7fj, http://www.playvid.com/watch/cegqLMC3cK4, http://www.playvid.com/watch/4xw2qesBOVG,
http://www.playvid.com/watch/hFYsuN9tOFb, http://www.playvid.com/watch/Cbdq9xXXZPx, http://www.playvid.com/watch/nBnz168YPQH,
http://www.playvid.com/watch/hWGJflWsUxr, http://www.playvid.com/watch/Nrx1zIvE6ru, http://www.playvid.com/watch/L26pUklJzBV,
http://www.playvid.com/watch/9j0fb0uw3kf, http://www.playvid.com/watch/wqgO3FJXEAX, http://www.playvid.com/watch/4k_PN6ej4RG,
http://www.playvid.com/watch/xVXsswGzROp, http://www.playvid.com/watch/2G2KX9lCTvy, http://www.playvid.com/watch/zUsj-pYufpx,
http://www.playvid.com/watch/lgZPLDfAtA0, http://www.playvid.com/watch/wH7RLVh554T, http://www.playvid.com/watch/UBSPtIEA8EB,
http://www.playvid.com/watch/cHTxiIxN6kg, http://www.playvid.com/watch/dI8TRMnG8qu, http://www.playvid.com/watch/jk-ZCuZwBKL,
http://www.playvid.com/watch/P7WOI548dXe, http://www.playvid.com/watch/5gFg1KxogPd, http://www.playvid.com/watch/s8ZUfrYIbWI,
http://www.playvid.com/watch/3dslsduO4f7, http://www.playvid.com/watch/KSSV-wiOsDT, http://www.playvid.com/watch/jUzJhvIqi-9,
http://www.playvid.com/watch/DQL2Azp4LjG, http://www.playvid.com/watch/kfCnbb_NNuA, http://www.playvid.com/watch/MC0hxC9u4N9,
http://www.playvid.com/watch/FhahAUF99DR, http://www.playvid.com/watch/jRriRYVr0A7, http://www.playvid.com/watch/X_s0ESKPygF,
http://www.playvid.com/watch/qG2XDwcF25O, http://www.playvid.com/watch/mHL4r7DJLxt, http://www.playvid.com/watch/R0HMpFJpYUE,
http://www.playvid.com/watch/YOiLo70Ocg9, http://www.playvid.com/watch/MQjFiQw2oV2, http://www.playvid.com/watch/f5bcDyX2tf7,
http://www.playvid.com/watch/PMJWmYSydVV, http://www.playvid.com/watch/meoGIPn9xfP, http://www.playvid.com/watch/7BdRmA93uxQ,
http://www.playvid.com/watch/x3zL_7g0JYr, http://www.playvid.com/watch/EvM04DSPqtT, http://www.playvid.com/watch/2kxH1Rn4Aqa,
http://www.playvid.com/watch/J5UYf960Sun, http://www.playvid.com/watch/WiNg0ajibOp, http://www.playvid.com/watch/WZTjlP51ytQ,
http://www.playvid.com/watch/Zoqn-y9pNUH, http://www.playvid.com/watch/S9N3NRiBZPi, http://www.playvid.com/watch/qm46QHt9KzB,
http://www.playvid.com/watch/dYh9XPmAtLy, http://www.playvid.com/watch/P6meRXgloy8, http://www.playvid.com/watch/sVFyEN1Ao5O,
http://www.playvid.com/watch/0EKZR-IN9nE, http://www.playvid.com/watch/RILvEBfDFMo, http://www.playvid.com/watch/B1jt8tCp44u,
http://www.playvid.com/watch/dBSq3WSH7IG, http://www.playvid.com/watch/jE6Q8YBlIwe, http://www.playvid.com/watch/xNY6IvC_2wu,
http://www.playvid.com/watch/AEdxPEZGlRY, http://www.playvid.com/watch/YvUVkzOcPNi, http://www.playvid.com/watch/FgGVrjPIMRv,
http://www.playvid.com/watch/Pni0pOIvM0K, http://www.playvid.com/watch/VlangQ4cIfQ, http://www.playvid.com/watch/gkw41qbmm7D,
http://www.playvid.com/watch/n7u-8HRhD3u, http://www.playvid.com/watch/9zs58kOubrz, http://www.playvid.com/watch/grMhagpHHoU,
http://www.playvid.com/watch/HQynxZFyyFT, http://www.playvid.com/watch/yPDpgVrY-Nn, http://www.playvid.com/watch/6j3q5FYrEtF,
http://www.playvid.com/watch/SHkZhG38xeJ, http://www.playvid.com/watch/qvgDugCfEB3, http://www.playvid.com/watch/jqZUGWbhkEJ,
http://www.playvid.com/watch/akt7c8CVMya, http://www.playvid.com/watch/tbl7zlJbxD8, http://www.playvid.com/watch/4XvQ6OWKKcz,
http://www.playvid.com/watch/irfIuCS5a2I, http://www.playvid.com/watch/Ab2o-t7-8tw, http://www.playvid.com/watch/aJ_p9qF8zsd,
http://www.playvid.com/watch/GLYE3hDKHVv, http://www.playvid.com/watch/e24_KB1cRgp, http://www.playvid.com/watch/Ut0IiIpV92B,
http://www.playvid.com/watch/bbw61v1VzcY, http://www.playvid.com/watch/bloKqnZOTWi, http://www.playvid.com/watch/d8PJsNLj56F,
http://www.playvid.com/watch/PhstIWAXi7W, http://www.playvid.com/watch/ys8V0AEaMZx, http://www.playvid.com/watch/UV95oshdxuH,
http://www.playvid.com/watch/gv3YpktzKnB, http://www.playvid.com/watch/IxaivOaehEj, http://www.playvid.com/watch/eX5zy44QIpc,
http://www.playvid.com/watch/7KvvC5CrF47, http://www.playvid.com/watch/cUw_1bRxGHh, http://www.playvid.com/watch/j4cUjPNfeQA,
http://www.playvid.com/watch/ys47N4YFQLK, http://www.playvid.com/watch/XsIkQDMDWYq, http://www.playvid.com/watch/Bi2zb0TcIz9,
http://www.playvid.com/watch/Es1GF6wlRmT, http://www.playvid.com/watch/ZG8cydegD5z, http://www.playvid.com/watch/00XFMrmzH_J,
http://www.playvid.com/watch/B_FK_bLgTKl, http://www.playvid.com/watch/FYIiw8WTldv, http://www.playvid.com/watch/mkRa2f4athV,

http://www.playvid.com/watch/ksjXeRo2qSs, http://www.playvid.com/watch/2BAQE0HJqy6, http://www.playvid.com/watch/a1qXu-VQdRu,
http://www.playvid.com/watch/i8efqpprfIA, http://www.playvid.com/watch/DL1Sv9BOeKv, http://www.playvid.com/watch/ugzAU_jH22M,
http://www.playvid.com/watch/S2YKu7pzWkI, http://www.playvid.com/watch/mkT6gb1ootm, http://www.playvid.com/watch/LeG2xSxTYzL,
http://www.playvid.com/watch/fSKXM6ZhOiG, http://www.playvid.com/watch/VOjCOWgupCn, http://www.playvid.com/watch/Bbr90vxUtjS,
http://www.playvid.com/watch/ISytWLZY55Y, http://www.playvid.com/watch/snCZXCup-9z, http://www.playvid.com/watch/5iDPYjzyW3F,
http://www.playvid.com/watch/e3Yv3Ng2uX0, http://www.playvid.com/watch/LJeztJL6HCJ, http://www.playvid.com/watch/MWZfUwyJtWX,
http://www.playvid.com/watch/VuULklCvtav, http://www.playvid.com/watch/oXm7WDElbXt, http://www.playvid.com/watch/StKAqZp_3iJ,
http://www.playvid.com/watch/aS8MPYUo8mb, http://www.playvid.com/watch/IDkBdzD9y1F, http://www.playvid.com/watch/LFOJMjlGjHH,
http://www.playvid.com/watch/4mtoSArv2nK, http://www.playvid.com/watch/VvOSfw9cYZ8, http://www.playvid.com/watch/RY4wZiAOHLX,
http://www.playvid.com/watch/AoN9EnTf_DZ, http://www.playvid.com/watch/pjGHP2fcnQC, http://www.playvid.com/watch/ujZgyDDfYNo,
http://www.playvid.com/watch/xz7jRlquAnN, http://www.playvid.com/watch/CxG631ZY7jl, http://www.playvid.com/watch/9iij38nwkth,
http://www.playvid.com/watch/fVlCxc9KdRa, http://www.playvid.com/watch/h0Ex_D_Ysjk, http://www.playvid.com/watch/gxSkuG_V8Sh,
http://www.playvid.com/watch/xxmT0wNelMY, http://www.playvid.com/watch/LujhSWk6QdI, http://www.playvid.com/watch/eOBA5LCATzr,
http://www.playvid.com/watch/FGCEafMnLNl, http://www.playvid.com/watch/cyBlVQ7c5zt, http://www.playvid.com/watch/HMoBgQLKm9G,
http://www.playvid.com/watch/NCGwni6uiIw, http://www.playvid.com/watch/Q8XpOqj1mHr, http://www.playvid.com/watch/DPTtDE-pm-D,
http://www.playvid.com/watch/5zVtQsbu-Fk, http://www.playvid.com/watch/DKuRtTUQ3fx, http://www.playvid.com/watch/sajsGthsukP,
http://www.playvid.com/watch/22RfNKIe3mB, http://www.playvid.com/watch/VERiI8gNMq2, http://www.playvid.com/watch/2bLFbFFg6uc,
http://www.playvid.com/watch/4_-V3wvV9Il, http://www.playvid.com/watch/MRMI2xcTriY, http://www.playvid.com/watch/U1EnpF6fvEA,
http://www.playvid.com/watch/EBxpFdZFI5x, http://www.playvid.com/watch/3jc_gsgV7gb, http://www.playvid.com/watch/OvDalwnl6O4,
http://www.playvid.com/watch/cD6itDCCOfH, http://www.playvid.com/watch/iBBhVq9E0rp, http://www.playvid.com/watch/hClTlugNKbM,
http://www.playvid.com/watch/InlbTtHBxdm, http://www.playvid.com/watch/zRvh45zgJuy, http://www.playvid.com/watch/InaGt6FOb_z,
http://www.playvid.com/watch/bnwfvpwVLqw, http://www.playvid.com/watch/ZKV_4p9PAzB, http://www.playvid.com/watch/IWLOGuLd5iX,
http://www.playvid.com/watch/rwY6z1mdqdC, http://www.playvid.com/watch/b498OlMHraO, http://www.playvid.com/watch/hjaPKZ8XZe4,
http://www.playvid.com/watch/lpJ_QECpd1T, http://www.playvid.com/watch/VjgMPQ4LAgb, http://www.playvid.com/watch/IKdEtmhDgER,
http://www.playvid.com/watch/txGlE-vf9dj, http://www.playvid.com/watch/U6sQsuFul5T, http://www.playvid.com/watch/6K_q-Xrn4Qb,
http://www.playvid.com/watch/6RPoI4d7t06, http://www.playvid.com/watch/GV39XXA941t, http://www.playvid.com/watch/ZRrRFsLhR1x,
http://www.playvid.com/watch/ayqy_hnL2Zu, http://www.playvid.com/watch/c1_oI6b5O9w, http://www.playvid.com/watch/hitaDjU3HSQ,
http://www.playvid.com/watch/9H872XCo83Q, http://www.playvid.com/watch/v2PqIckV792, http://www.playvid.com/watch/YlqNvnvKKIX,
http://www.playvid.com/watch/nUhT8m5k6ul, http://www.playvid.com/watch/HGd_Ow28OET, http://www.playvid.com/watch/65Yb9jQVLDB,
http://www.playvid.com/watch/uoitfEU7EWF, http://www.playvid.com/watch/tw5PFSsUmkc, http://www.playvid.com/watch/IGpCM0-7Y_P,
http://www.playvid.com/watch/aaG_zXghj_V, http://www.playvid.com/watch/jE6XehBeDIc, http://www.playvid.com/watch/RpiDA9M_MPW,
http://www.playvid.com/watch/8yBFtYZwNKm, http://www.playvid.com/watch/NuATZ6SEoy5, http://www.playvid.com/watch/I_BKYdV1_VU,
http://www.playvid.com/watch/juAV6dS083x, http://www.playvid.com/watch/0QSU_FyQ4-5, http://www.playvid.com/watch/nAqPXL8fuP3,
http://www.playvid.com/watch/oAw7irsVP-s, http://www.playvid.com/watch/bjmTDpAwmtN, http://www.playvid.com/watch/PXdPp4JGDgf,
http://www.playvid.com/watch/j-XkZtGAOVL, http://www.playvid.com/watch/4EZcjuLdvFP, http://www.playvid.com/watch/vYhMMhowl8w,
http://www.playvid.com/watch/92ICA2rHfff, http://www.playvid.com/watch/OJJzRDIr_E7, http://www.playvid.com/watch/BbLQDHiToa3,
http://www.playvid.com/watch/stvEcXA-FQZ, http://www.playvid.com/watch/fOpQ4euJJhN, http://www.playvid.com/watch/gf7mo9NJl0a,
http://www.playvid.com/watch/hActLFvoYiK, http://www.playvid.com/watch/jSZREBwwlIC, http://www.playvid.com/watch/bFFPjI3yHnV,
http://www.playvid.com/watch/wZSzCZg09fj, http://www.playvid.com/watch/C0eAjC7UJOv, http://www.playvid.com/watch/GzJaNMZ_kfq,
http://www.playvid.com/watch/4wvwW495lyz, http://www.playvid.com/watch/AaqSlDKsz0i, http://www.playvid.com/watch/knQlsFKB6e5,
http://www.playvid.com/watch/2KEgUUo8-_V, http://www.playvid.com/watch/Z6shFrt8gaW, http://www.playvid.com/watch/4OYvSt5HnCT,
http://www.playvid.com/watch/x5jhU8WkrF0, http://www.playvid.com/watch/M2GdZmgejhi, http://www.playvid.com/watch/WN1Gacc30jl,
http://www.playvid.com/watch/c_zvZZmpkvi, http://www.playvid.com/watch/jJVVCOVnLqJ, http://www.playvid.com/watch/Umx2ISeG6n4,
http://www.playvid.com/watch/MTbPKeIbAuV, http://www.playvid.com/watch/qEL8WtcF4pd, http://www.playvid.com/watch/Wnhka6cnxBl,
http://www.playvid.com/watch/QiZoUtMWCys, http://www.playvid.com/watch/TpThISqsOq5, http://www.playvid.com/watch/7kyFqZdbF6e
5.f. Date of third notice: 2015-08-12 19:48:37
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Veronica96
5.b. Uploader's email address: gang@gangbros18.com
5.d. Uploader's profile: http://www.playvid.com/member/Veronica96
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bvXF2KQttLx, http://www.playvid.com/watch/jP47ZtdZej9,
http://www.playvid.com/watch/qnWmjyC39O6, http://www.playvid.com/watch/w7pKdJMbxWx, http://www.playvid.com/watch/Hqz6Pc6YVyV,
http://www.playvid.com/watch/k9SNdwYEUaA, http://www.playvid.com/watch/ghe-D-UDpEA, http://www.playvid.com/watch/RZ-ETbkRYJo,
http://www.playvid.com/watch/3GJPlwt0t5r, http://www.playvid.com/watch/8Hp98tuJZhz, http://www.playvid.com/watch/6lRXvuchoqH,
http://www.playvid.com/watch/UUDGiNKsDl7, http://www.playvid.com/watch/JiHS6j4sMRD, http://www.playvid.com/watch/HP2FlC2LzB3,
http://www.playvid.com/watch/M05CJ2AZcg9, http://www.playvid.com/watch/uB_zON0EgPX, http://www.playvid.com/watch/8h3uQhjrZkQ,
http://www.playvid.com/watch/uBv3tzipZGf, http://www.playvid.com/watch/Q9x0M3OdW4P, http://www.playvid.com/watch/22FQWw1Q38l,
http://www.playvid.com/watch/3-ZSUDoyWYN, http://www.playvid.com/watch/2UPN-aX2xRH, http://www.playvid.com/watch/6boih4dydmJ,
http://www.playvid.com/watch/9-y4yHJ_CSi, http://www.playvid.com/watch/LJcH_t6zXoi, http://www.playvid.com/watch/V7CBJ7zxf65,
http://www.playvid.com/watch/RvVZ-NocJ-l, http://www.playvid.com/watch/O8YyKGPJK22, http://www.playvid.com/watch/M2dtGnHYrMV,
http://www.playvid.com/watch/Aqtlv_gCvAO, http://www.playvid.com/watch/G5x01aVzyn6, http://www.playvid.com/watch/eerGsvjZ1im,
http://www.playvid.com/watch/89eLkV22dxF, http://www.playvid.com/watch/EKV47AVwSea, http://www.playvid.com/watch/43Wzk3_rEtt,
http://www.playvid.com/watch/RA6G9JE3sxm, http://www.playvid.com/watch/Ub_1OK6phX2, http://www.playvid.com/watch/X5iGfCTyQOP,
http://www.playvid.com/watch/bDl7JtmfhAe, http://www.playvid.com/watch/CixvkDai2fo, http://www.playvid.com/watch/idAiesM0X9k,
http://www.playvid.com/watch/btznRnJRnnL, http://www.playvid.com/watch/DKBk5aD6BsT, http://www.playvid.com/watch/ZxdX7l0fPIA,
http://www.playvid.com/watch/H_6unXAhspE, http://www.playvid.com/watch/9MRqrOU-Hrd, http://www.playvid.com/watch/pP2GZgtiNlc,
http://www.playvid.com/watch/QoxXY258GlC, http://www.playvid.com/watch/rSatPTRH7rV, http://www.playvid.com/watch/schJuR_fHJW,
http://www.playvid.com/watch/l4EbFWH7sZR, http://www.playvid.com/watch/VIerygyVhCT, http://www.playvid.com/watch/r3hJo5GLOci,
http://www.playvid.com/watch/P2aas7vWmga, http://www.playvid.com/watch/4CBqrMiqO8e, http://www.playvid.com/watch/yTVEFORJtWJ,
http://www.playvid.com/watch/YbhUEGAHoIy, http://www.playvid.com/watch/FuHDHveeRRn, http://www.playvid.com/watch/o3W33ZvNEwb,
http://www.playvid.com/watch/E7mXcOcoS7V, http://www.playvid.com/watch/vL0vtU4nNEQ, http://www.playvid.com/watch/ZXa-Bu514KX,
http://www.playvid.com/watch/yESD6WItFDs, http://www.playvid.com/watch/K85H0APArk4, http://www.playvid.com/watch/ZJ7vaeHcQ0H,
http://www.playvid.com/watch/a9KdhC7uxCA, http://www.playvid.com/watch/xkIQKXtHZb9, http://www.playvid.com/watch/x7YBqJMmnEf,
http://www.playvid.com/watch/EiOG7pIVqqM, http://www.playvid.com/watch/s_UlHk4cRjT, http://www.playvid.com/watch/TPOH7VrdvP3,
http://www.playvid.com/watch/85TBIsfmcO7, http://www.playvid.com/watch/u81SoDvI6Gk, http://www.playvid.com/watch/IEDqQX4TrLx,
http://www.playvid.com/watch/XnRr8yBMwcb, http://www.playvid.com/watch/4FH6pqWnUBX, http://www.playvid.com/watch/v50324JB198,
http://www.playvid.com/watch/lYgOVSvBQOI, http://www.playvid.com/watch/INfGbaoONon, http://www.playvid.com/watch/nMgzlyWnMNS,
http://www.playvid.com/watch/qMkxFHESdmn, http://www.playvid.com/watch/x4lW9L_spIb, http://www.playvid.com/watch/UqV9htI6iSI,
http://www.playvid.com/watch/r8fLNSr8pwx, http://www.playvid.com/watch/WPtLbj10gcn, http://www.playvid.com/watch/UDZpcL_hEMH,
http://www.playvid.com/watch/DZJJLYMw_xF, http://www.playvid.com/watch/mnoFORtxWjZ, http://www.playvid.com/watch/Z8dpFHbmLUj,
http://www.playvid.com/watch/iHONo5QtiB0, http://www.playvid.com/watch/J4hbvSjmkjC, http://www.playvid.com/watch/PFmkVXoi8PY,
http://www.playvid.com/watch/L9-KeXBX0Du, http://www.playvid.com/watch/pJF22XRNzwa, http://www.playvid.com/watch/iyHXqBN2yC4,
http://www.playvid.com/watch/UWQgYJDcT29, http://www.playvid.com/watch/3CGrekCx2RX, http://www.playvid.com/watch/Liwm2Sh9W4O,
http://www.playvid.com/watch/XUSlSqN361E, http://www.playvid.com/watch/fWQ3tuBcdGJ, http://www.playvid.com/watch/EinDb-uSQkb,
http://www.playvid.com/watch/j9KpxSnFKIz, http://www.playvid.com/watch/sWwEuVJSxBg, http://www.playvid.com/watch/BbMbYSPZarC,
http://www.playvid.com/watch/tXMIKaOwJnz, http://www.playvid.com/watch/iIs7X_MwJba, http://www.playvid.com/watch/wmHAnBqQVuV,
http://www.playvid.com/watch/uHtImkKL9bb, http://www.playvid.com/watch/AiTxpF3aqq5, http://www.playvid.com/watch/w63gKPl-38B,
http://www.playvid.com/watch/iuBdcrUq1Hc, http://www.playvid.com/watch/rWN50zYVhVU, http://www.playvid.com/watch/DdPKVOuyCB0,
http://www.playvid.com/watch/6HBj2PdDOAz, http://www.playvid.com/watch/Gzd_rzgKmTH, http://www.playvid.com/watch/lN3J0DOJwMp,
http://www.playvid.com/watch/9m-PF_ul8S8, http://www.playvid.com/watch/kT8e8zvD9Ji, http://www.playvid.com/watch/2TPBF3YsWBD,
http://www.playvid.com/watch/6asMCZp-JXh, http://www.playvid.com/watch/CdRj0FdnH7R, http://www.playvid.com/watch/kLcJGaXPJFv,
http://www.playvid.com/watch/o5mMi2lSbGy, http://www.playvid.com/watch/z64EOD8xeNp, http://www.playvid.com/watch/7eqkDXzAtmM,
http://www.playvid.com/watch/b_SokXjs1Ge, http://www.playvid.com/watch/qUdNV5G7Jd5, http://www.playvid.com/watch/zXvW6mpieXS,
http://www.playvid.com/watch/3Xm3Ym8zy3V, http://www.playvid.com/watch/5ke10RcZW-Q, http://www.playvid.com/watch/3uUl2e9iKIl,
http://www.playvid.com/watch/qWJJp0qGcRF, http://www.playvid.com/watch/6js4HqWT6FT, http://www.playvid.com/watch/4nXAtuPpmJE,

http://www.playvid.com/watch/T9lJdnclgFB, http://www.playvid.com/watch/OMw_e2_qV8M, http://www.playvid.com/watch/Zxo01AvfHIA,
http://www.playvid.com/watch/hakYZCB7TyJ, http://www.playvid.com/watch/2BgWdWUDqpw, http://www.playvid.com/watch/R1CEzp3YYUI,
http://www.playvid.com/watch/ToJw14H6doB, http://www.playvid.com/watch/LVO6cVUP2NG, http://www.playvid.com/watch/rAQbhR82wec,
http://www.playvid.com/watch/7GzWD4Tr7DP, http://www.playvid.com/watch/FNIO7cMjbxL, http://www.playvid.com/watch/ezBNG6tQZcf,
http://www.playvid.com/watch/E2arivv9LB8, http://www.playvid.com/watch/3vbSsj_0ijH, http://www.playvid.com/watch/tImHwXuNFWp,
http://www.playvid.com/watch/hKQGUlkJ3PP, http://www.playvid.com/watch/Cevx3mIA5AM, http://www.playvid.com/watch/txzNOj1CwGQ,
http://www.playvid.com/watch/DbuorsSYGqx, http://www.playvid.com/watch/fGAX7xRRyzt, http://www.playvid.com/watch/ieqnvbSEXlt,
http://www.playvid.com/watch/Bvd0BctZn9r, http://www.playvid.com/watch/lVB9SEFpVjm, http://www.playvid.com/watch/9wpqE2pivtA,
http://www.playvid.com/watch/FKI4Ccmi0dU, http://www.playvid.com/watch/J7tH_HOyELO, http://www.playvid.com/watch/bx773BUhGkD,
http://www.playvid.com/watch/zE-dlMC6bOv, http://www.playvid.com/watch/dCBjTR1C0P9, http://www.playvid.com/watch/MKy5ULUMOAt,
http://www.playvid.com/watch/KsaPCNtASLM, http://www.playvid.com/watch/sCGkOAEL-MF, http://www.playvid.com/watch/PffTzXzdE54,
http://www.playvid.com/watch/ohJRFgOEJxI, http://www.playvid.com/watch/Hmi22BNdIxw, http://www.playvid.com/watch/nq1sjycXMqj,
http://www.playvid.com/watch/3JGDnxZh01F, http://www.playvid.com/watch/FhVSne8Q5-a, http://www.playvid.com/watch/r5yXUhhHDPz,
http://www.playvid.com/watch/3xpQY1IGPu3, http://www.playvid.com/watch/ixZj6Ide_dc, http://www.playvid.com/watch/0PIOOgd5DFr,
http://www.playvid.com/watch/wbKJEnedQgE, http://www.playvid.com/watch/okDQUthKqgA, http://www.playvid.com/watch/JPLokDA1nVH,
http://www.playvid.com/watch/C4M2q42lcxX, http://www.playvid.com/watch/dd6-6lyO4Xc, http://www.playvid.com/watch/9Hcm1elxKtR,
http://www.playvid.com/watch/HcfF0jt3MyN, http://www.playvid.com/watch/fSi32vD6Zlt, http://www.playvid.com/watch/5jdpEin9a9d,
http://www.playvid.com/watch/XuP7PYWmNny, http://www.playvid.com/watch/bJLz-f2yD5q, http://www.playvid.com/watch/ld7x67kKGEX,
http://www.playvid.com/watch/qnzWmDkXnws, http://www.playvid.com/watch/i7rTjRh9bob, http://www.playvid.com/watch/WLuxFV-4ePY,
http://www.playvid.com/watch/6gXyZhScAgi, http://www.playvid.com/watch/aDJ9wUcwcxa, http://www.playvid.com/watch/a0NoluLsyYk,
http://www.playvid.com/watch/JYBWZ1XFmJJ, http://www.playvid.com/watch/zwxk42YMqmJ, http://www.playvid.com/watch/v7tmsJx4EO5,
http://www.playvid.com/watch/58dDtptLPrc, http://www.playvid.com/watch/4fH67wUDDaI, http://www.playvid.com/watch/XdLqjHXAVsd,
http://www.playvid.com/watch/7D8xOAEkgxs, http://www.playvid.com/watch/YgtIN0gsp3n, http://www.playvid.com/watch/s-76UpDq7o7,
http://www.playvid.com/watch/yEMj_2GL3Ur, http://www.playvid.com/watch/r1GZX8z74N2, http://www.playvid.com/watch/lF4jnY_1nko,
http://www.playvid.com/watch/DzJ6MsWH6ws, http://www.playvid.com/watch/xssRqO5sp_q, http://www.playvid.com/watch/bOxqS3sDpQI,
http://www.playvid.com/watch/WPtA_P03v5m, http://www.playvid.com/watch/PCW_008fDy5, http://www.playvid.com/watch/6EagHRTaYfQ,
http://www.playvid.com/watch/mR2FNFEePHm, http://www.playvid.com/watch/mEUaKhMwcHP, http://www.playvid.com/watch/zLd8O4APy63,
http://www.playvid.com/watch/4-kUE3U_afb, http://www.playvid.com/watch/f1O1OmhVtiu, http://www.playvid.com/watch/sWsylnXUtSq,
http://www.playvid.com/watch/i-qDGbtrmrq, http://www.playvid.com/watch/Vq6IkxWrnjN, http://www.playvid.com/watch/ubVt5ld5laR,
http://www.playvid.com/watch/vnD5eaT9P7S, http://www.playvid.com/watch/eEkDEFoMQKZ, http://www.playvid.com/watch/m0e5DXwsmK2,
http://www.playvid.com/watch/7XIiatPOD5N, http://www.playvid.com/watch/WgBXahtOBc5, http://www.playvid.com/watch/RQgJKyrkHV2,
http://www.playvid.com/watch/zqTYNj_-Tjo, http://www.playvid.com/watch/R6wfgc5Sb_y, http://www.playvid.com/watch/o4P9nDVtGHd,
http://www.playvid.com/watch/TnLCU6trJms, http://www.playvid.com/watch/NOoQdTQCvdx, http://www.playvid.com/watch/vkNUJMNrRZL,
http://www.playvid.com/watch/v0zCdUvI8bf, http://www.playvid.com/watch/84oHkjIlEbO, http://www.playvid.com/watch/cjyqq1JTPZr,
http://www.playvid.com/watch/nN1NxXnbyGX, http://www.playvid.com/watch/RUZyviJJ7B2, http://www.playvid.com/watch/6YudZF31JyT,
http://www.playvid.com/watch/43OKEt3YAp9, http://www.playvid.com/watch/lHkSqd4_tFj, http://www.playvid.com/watch/iPE5OXZDtYk,
http://www.playvid.com/watch/3QLL4S-_c5F, http://www.playvid.com/watch/fNcjFXPJizV, http://www.playvid.com/watch/GzI8uh8pgqQ,
http://www.playvid.com/watch/FKP31d3ZNtg, http://www.playvid.com/watch/2LTMOPHd435, http://www.playvid.com/watch/L1GlNQe20CP,
http://www.playvid.com/watch/hwqvYanfq3M, http://www.playvid.com/watch/0GAlK-TEDJv, http://www.playvid.com/watch/WMH8MnHwe8M,
http://www.playvid.com/watch/6aZ0bxBAR2y, http://www.playvid.com/watch/8UjVlvuY5Sd, http://www.playvid.com/watch/KFe9UhFpTwJ,
http://www.playvid.com/watch/k_Bv0Esput5, http://www.playvid.com/watch/bLXu16fukGf, http://www.playvid.com/watch/2jjMtiomNx0,
http://www.playvid.com/watch/OniMKemKkRd, http://www.playvid.com/watch/xlxtCfybi-u, http://www.playvid.com/watch/QPX7xzKyZF0,
http://www.playvid.com/watch/YezbU15Xjhx, http://www.playvid.com/watch/fQp-oKocSI4, http://www.playvid.com/watch/oxPPChEhARI,
http://www.playvid.com/watch/dRlPpTEttMQ, http://www.playvid.com/watch/8D-l7mBXsm0, http://www.playvid.com/watch/6Rbe861fgSp,
http://www.playvid.com/watch/Iy0_TrB3lVs, http://www.playvid.com/watch/JhfmU9BHt9c, http://www.playvid.com/watch/8Rp8t8Q6BLc,
http://www.playvid.com/watch/L32Zj0N61_K, http://www.playvid.com/watch/H20JXUZc-xn, http://www.playvid.com/watch/8Wg3SmpQmU5,
http://www.playvid.com/watch/h22Yt8WegFe, http://www.playvid.com/watch/kaF9vS7yWJ7, http://www.playvid.com/watch/GwD-J08aoy8,
http://www.playvid.com/watch/yQFfd7iWixZ, http://www.playvid.com/watch/D1N-HQVRr8s, http://www.playvid.com/watch/684CGIdMncZ,
http://www.playvid.com/watch/CcyBuBKXszp, http://www.playvid.com/watch/Ue5v8gM_ZjD, http://www.playvid.com/watch/ARZkWwzp9x5,
http://www.playvid.com/watch/jAfuU7skly9, http://www.playvid.com/watch/4f9oQ5wfyHz, http://www.playvid.com/watch/AmUaUqYxmsY,
http://www.playvid.com/watch/iAFqMYSOZp8, http://www.playvid.com/watch/jvfL69zuU-o, http://www.playvid.com/watch/dyqAsVqidg6,
http://www.playvid.com/watch/XlOiTdef6LY, http://www.playvid.com/watch/PtBMA2_aqtA, http://www.playvid.com/watch/alB5N5WMKMR,
http://www.playvid.com/watch/AfrE275gnLJ, http://www.playvid.com/watch/0BECH8GtHi4, http://www.playvid.com/watch/6hpNRg1VBWV,
http://www.playvid.com/watch/W8kLkGyhITY, http://www.playvid.com/watch/yi2sZt1IA_0, http://www.playvid.com/watch/Rk-KYny8P4g,
http://www.playvid.com/watch/HF8sCo57Xql, http://www.playvid.com/watch/iugx78LS1hj, http://www.playvid.com/watch/q9-Du-mDUPx,
http://www.playvid.com/watch/HPjHXXOiDzu, http://www.playvid.com/watch/j7EmdDYCKcf, http://www.playvid.com/watch/gP6K3gi7qpR,
http://www.playvid.com/watch/fKgVi9TSoMZ, http://www.playvid.com/watch/UnGZThCp0MP, http://www.playvid.com/watch/iqk2o47l0HY,
http://www.playvid.com/watch/p7T7qw7UUin, http://www.playvid.com/watch/XA_4FHIKTiu, http://www.playvid.com/watch/jUY8iaMzdK8,
http://www.playvid.com/watch/2GO40pCInIV, http://www.playvid.com/watch/icsQtVnAXea, http://www.playvid.com/watch/pNsP668meYR,
http://www.playvid.com/watch/86rPk14EQ6o, http://www.playvid.com/watch/b7r0rdOvMAK, http://www.playvid.com/watch/Cl6D_6OCdCu,
http://www.playvid.com/watch/HagG3s5NDf4, http://www.playvid.com/watch/q7JaaRPS-aA, http://www.playvid.com/watch/73ckISyH8js,
http://www.playvid.com/watch/vFyYmj2OH6x, http://www.playvid.com/watch/mE_UhWRYKMd, http://www.playvid.com/watch/JDMTJi9Q-YC,
http://www.playvid.com/watch/pmxgG7sLXGD, http://www.playvid.com/watch/jxN1dFXqEQT, http://www.playvid.com/watch/ISkasYJ8-TF,
http://www.playvid.com/watch/9_AaQdsRApB, http://www.playvid.com/watch/XXqw2R_osj3, http://www.playvid.com/watch/2Fl1OPAyWzJ,
http://www.playvid.com/watch/eO-m7je-kWi, http://www.playvid.com/watch/SA0rO9Kc5Ai, http://www.playvid.com/watch/LyJk2Uk2k0R,
http://www.playvid.com/watch/Lvl1D7uBLQs, http://www.playvid.com/watch/KyHknaEjow3, http://www.playvid.com/watch/J1nnV3xy3WZ,
http://www.playvid.com/watch/fe9hS3hQW-I, http://www.playvid.com/watch/4KGi3CPZrO9, http://www.playvid.com/watch/3kdQ_IofftZ,
http://www.playvid.com/watch/zif81jy0ffg, http://www.playvid.com/watch/Tv6yNAQt7uM, http://www.playvid.com/watch/X5q-XvsuLrw,
http://www.playvid.com/watch/yDcaDcrl9Bi, http://www.playvid.com/watch/nEnzm2v-Fy7, http://www.playvid.com/watch/GtvENFMtQIo,
http://www.playvid.com/watch/sGZATHQNFXJ, http://www.playvid.com/watch/ih-xor1eqZB, http://www.playvid.com/watch/gWvAPoEBkZP,
http://www.playvid.com/watch/XAxjnltSU1c, http://www.playvid.com/watch/xFdOScdUeXo, http://www.playvid.com/watch/yzb9sLV4zsH,
http://www.playvid.com/watch/yVog3COABZ6, http://www.playvid.com/watch/D_bZnY58bdS, http://www.playvid.com/watch/fANZ0zfb46X,
http://www.playvid.com/watch/MnBke3GXJ9x, http://www.playvid.com/watch/Ja919osrQ1c, http://www.playvid.com/watch/lq9mhQMwt3x,
http://www.playvid.com/watch/23V1gRJJR77, http://www.playvid.com/watch/KQ21ZKUvUNp, http://www.playvid.com/watch/KOeBsn1ZiGm,
http://www.playvid.com/watch/peHeChK7u7e, http://www.playvid.com/watch/mxP7a_oE-SH, http://www.playvid.com/watch/VMevD81Ajlu,
http://www.playvid.com/watch/CSo5siImgWj, http://www.playvid.com/watch/00djBqfWWRG, http://www.playvid.com/watch/7aqg1aN62bu,
http://www.playvid.com/watch/hoFjamIhchr, http://www.playvid.com/watch/CwYWMVOASQ5, http://www.playvid.com/watch/hHf1iMmsq8N,
http://www.playvid.com/watch/sRYfpX1AT22, http://www.playvid.com/watch/8cJBZCjvDK5, http://www.playvid.com/watch/zVGJ_yHJrt2,
http://www.playvid.com/watch/WZGDbpdRmge, http://www.playvid.com/watch/8BgelJ0fhme, http://www.playvid.com/watch/9FAkcJiyWan,
http://www.playvid.com/watch/88O1C-w-pDU, http://www.playvid.com/watch/LqJ-cI_7ZuB, http://www.playvid.com/watch/LEAzyeJ8dyh,
http://www.playvid.com/watch/aztH9bvEAMe, http://www.playvid.com/watch/CooWs5RsR2C, http://www.playvid.com/watch/lgxcVxGOG4z,
http://www.playvid.com/watch/pewmIU8eNee, http://www.playvid.com/watch/bytLKChic0Y, http://www.playvid.com/watch/UQO1kcMs_7m,
http://www.playvid.com/watch/otRcSvX_7wP, http://www.playvid.com/watch/Anu9prGp108, http://www.playvid.com/watch/ZaCvm0Le-Ot,
http://www.playvid.com/watch/CjKwcoKHpvv, http://www.playvid.com/watch/IKf0DGHO2pW, http://www.playvid.com/watch/FgdyHQ5y2ZC,
http://www.playvid.com/watch/b_r9BcYZ5r4, http://www.playvid.com/watch/dYTOHrqje0Y, http://www.playvid.com/watch/7GFK7qHcIAY,
http://www.playvid.com/watch/LX_26_sGUQ9, http://www.playvid.com/watch/RYPXLN-E5qe, http://www.playvid.com/watch/s2Xd-5yDji7,
http://www.playvid.com/watch/N9NbnimAKwf, http://www.playvid.com/watch/pymHG_RjeWd, http://www.playvid.com/watch/pnDsAqHXElg,
http://www.playvid.com/watch/HYDP_bODNqS, http://www.playvid.com/watch/nNX6fI7jYHr, http://www.playvid.com/watch/Kcz6CGeSe5v,
http://www.playvid.com/watch/oWHy-MU6Ebm, http://www.playvid.com/watch/tpShwcS_Tq5, http://www.playvid.com/watch/esAt-7NItIp,
http://www.playvid.com/watch/G3drP7HlxFl, http://www.playvid.com/watch/c7NABuHj2ii, http://www.playvid.com/watch/myn1e55Nwmj,
http://www.playvid.com/watch/T7C94yKmpsV, http://www.playvid.com/watch/AklFsfemzaA, http://www.playvid.com/watch/pP-kAZ_KB_e,
http://www.playvid.com/watch/uyXETQ3KU1t, http://www.playvid.com/watch/9vSTuVjuo2a, http://www.playvid.com/watch/GvPn4GsHUkZ,
http://www.playvid.com/watch/clchTuslq4Z, http://www.playvid.com/watch/gXbo1-W9Er7, http://www.playvid.com/watch/pv588YfdLyO,
http://www.playvid.com/watch/fK_UDMEnXLH, http://www.playvid.com/watch/5XFygiBJljl, http://www.playvid.com/watch/8p2VQL98o8S,
http://www.playvid.com/watch/ym2WLzhuIYH, http://www.playvid.com/watch/vyhxDOq2wbp, http://www.playvid.com/watch/AUVEBoOJ87i,
http://www.playvid.com/watch/t0hFyblsn4s, http://www.playvid.com/watch/559w2gjFIdn, http://www.playvid.com/watch/FQkrdmqb6OP,

http://www.playvid.com/watch/MgUtUc4DK8I, http://www.playvid.com/watch/Lpxf5z3VYmb, http://www.playvid.com/watch/xSAi-uegqPp, http://www.playvid.com/watch/sujhiKOFOJp, http://www.playvid.com/watch/EecGJrhQy2Z, http://www.playvid.com/watch/8RHJYKmkfXW, http://www.playvid.com/watch/6cEvQwSPZmT, http://www.playvid.com/watch/Jaam60lPtgF, http://www.playvid.com/watch/AHxkfchLNtd, http://www.playvid.com/watch/K0X45SnRGva, http://www.playvid.com/watch/jmzLGqRJ6oY, http://www.playvid.com/watch/kY-PY3ymzQx, http://www.playvid.com/watch/4Q9PRmwCmqg, http://www.playvid.com/watch/DzsD0A8wmxe
5.f. Date of third notice: 2014-03-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vertuha
5.b. Uploader's email address: vladimirhohlov@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/vertuha
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VbTlvDxbZ3B, http://www.playvid.com/watch/sthBMKP8Rsp, http://www.playvid.com/watch/KXqnk4FXlED, http://www.playvid.com/watch/FtjMMmONRZF, http://www.playvid.com/watch/RaBBfXvVuQC, http://www.playvid.com/watch/B5HFSqzSrC7, http://www.playvid.com/watch/D67tvFAPuHm, http://www.playvid.com/watch/ajxwbxJgQNK, http://www.playvid.com/watch/eR-ntUehEfD, http://www.playvid.com/watch/awilUQ5Vc9f, http://www.playvid.com/watch/azB2LjW-efo, http://www.playvid.com/watch/hzjXWzJW2i9, http://www.playvid.com/watch/a81StLOLAq7, http://www.playvid.com/watch/QXGTq3CXIf0, http://www.playvid.com/watch/6lIvkB9gVCK, http://www.playvid.com/watch/GqxusjIOoPX, http://www.playvid.com/watch/y_LqzTCVXhz, http://www.playvid.com/watch/kEuSSSrm3gy, http://www.playvid.com/watch/3J_x-e6ofLS, http://www.playvid.com/watch/ffHTRQ03zJe, http://www.playvid.com/watch/W4iJIX50u4G, http://www.playvid.com/watch/zqBn4EyCbCi, http://www.playvid.com/watch/Tv3EaXndVts, http://www.playvid.com/watch/gq52hc1M9Bd, http://www.playvid.com/watch/heKDah7G7RZ, http://www.playvid.com/watch/YM5DzKQardl, http://www.playvid.com/watch/sQ1VzN30mV7, http://www.playvid.com/watch/aR_6DB4kspl, http://www.playvid.com/watch/xVxcKL3iXOO, http://www.playvid.com/watch/PfRX0iyrvUo, http://www.playvid.com/watch/4BwAxORo5P6, http://www.playvid.com/watch/lwXm82tBnl7, http://www.playvid.com/watch/7Wfes530-3T, http://www.playvid.com/watch/JU12PlT_Upg, http://www.playvid.com/watch/tmLvuH1pnQB, http://www.playvid.com/watch/tsB6cys2soc, http://www.playvid.com/watch/aJcnJVrC8fJ, http://www.playvid.com/watch/kz2UIdRa52X, http://www.playvid.com/watch/bpQL2_m6lOp, http://www.playvid.com/watch/2BrvYtjPWGI, http://www.playvid.com/watch/K-9n9OGAAe4, http://www.playvid.com/watch/5KfgTjqRhH3, http://www.playvid.com/watch/imlAFWeC8a4, http://www.playvid.com/watch/gi5_ewF4SaL, http://www.playvid.com/watch/xK4OJ-hnimG, http://www.playvid.com/watch/7jSAgqwzAS8, http://www.playvid.com/watch/mkX0dXm1xVd, http://www.playvid.com/watch/ct-ZYy6lxSc, http://www.playvid.com/watch/u6Vl9kAiFw5, http://www.playvid.com/watch/v1KuYh79r8g, http://www.playvid.com/watch/WMLyFTPtmo8, http://www.playvid.com/watch/6lgWdOwYXqi, http://www.playvid.com/watch/gAFcuU672to, http://www.playvid.com/watch/ZSOVUqcIJNh, http://www.playvid.com/watch/OieijTfnQAf, http://www.playvid.com/watch/CJpsNaECxoF, http://www.playvid.com/watch/vRxRZbA3Ak7, http://www.playvid.com/watch/iuZAbYIadZY, http://www.playvid.com/watch/jn0XN_7VOzi, http://www.playvid.com/watch/66LNUHPqvdO, http://www.playvid.com/watch/3A5x1Azw8h0, http://www.playvid.com/watch/k_SNnixyxgs, http://www.playvid.com/watch/iL7KYgHqBgG, http://www.playvid.com/watch/xUmk7p5oJ9u, http://www.playvid.com/watch/vKDJFsPFv8C, http://www.playvid.com/watch/GPrtNC_UlzH, http://www.playvid.com/watch/4eW-tYuJsKE, http://www.playvid.com/watch/KhCDMjyh82h, http://www.playvid.com/watch/jb1pJzKdbRA, http://www.playvid.com/watch/2Ywwodit5Qa, http://www.playvid.com/watch/oq1laEKjROT, http://www.playvid.com/watch/nn0V3ee6Vj9, http://www.playvid.com/watch/OBKE5rLpW-E, http://www.playvid.com/watch/0JKLZRNrXRs, http://www.playvid.com/watch/HlV_zXmGfRD, http://www.playvid.com/watch/Wo3oPaWknZV, http://www.playvid.com/watch/OJXlsDphmyb, http://www.playvid.com/watch/CWSisQYeCl5, http://www.playvid.com/watch/tbAqDrSEW-B, http://www.playvid.com/watch/KiDHpYoNX6D, http://www.playvid.com/watch/iNz-twDGgTg, http://www.playvid.com/watch/fq1m7aPz7cb, http://www.playvid.com/watch/LgYr6Togt7Z, http://www.playvid.com/watch/qX4gG8cN2sL, http://www.playvid.com/watch/nWpNtPHQ5p0, http://www.playvid.com/watch/P7WhEMpPsb2, http://www.playvid.com/watch/Y8WaEo9rKUs, http://www.playvid.com/watch/ofrgKe2MYpx, http://www.playvid.com/watch/we7hpPg_Qpd, http://www.playvid.com/watch/tIYki87habw, http://www.playvid.com/watch/EjZkP5R0KMm, http://www.playvid.com/watch/aWElGu1OSUS, http://www.playvid.com/watch/ERAR-SKtJ7C, http://www.playvid.com/watch/bcsUr1am9OB, http://www.playvid.com/watch/F02TJgItDBZ, http://www.playvid.com/watch/GJoN2INHQw8, http://www.playvid.com/watch/Z5sVKQ_mwkx, http://www.playvid.com/watch/anREcF0dzlh, http://www.playvid.com/watch/BX3MvT87J9G, http://www.playvid.com/watch/kjnFPaVzT3q, http://www.playvid.com/watch/FKF_eaZS-5V, http://www.playvid.com/watch/UJj1bY6o7XZ, http://www.playvid.com/watch/YESmfYyz0Ao, http://www.playvid.com/watch/SZRMAsDe2yj, http://www.playvid.com/watch/BgvA9bcuUec, http://www.playvid.com/watch/v5NBbe5BKty, http://www.playvid.com/watch/S1Z9i628vDA, http://www.playvid.com/watch/rHiMTE6ESWF, http://www.playvid.com/watch/mxHRctgYjyf, http://www.playvid.com/watch/fAOurf4fqO3, http://www.playvid.com/watch/vSt0G6AGgKj, http://www.playvid.com/watch/PME8xO2o4F9, http://www.playvid.com/watch/upsF5lkTWX4, http://www.playvid.com/watch/yCKiS5MdFEB, http://www.playvid.com/watch/Mn_46mfqXI6, http://www.playvid.com/watch/oCVnJsupjJz, http://www.playvid.com/watch/DMKYyw7yk3X, http://www.playvid.com/watch/P3ULgLMaSOl, http://www.playvid.com/watch/yJuKRunCN6E, http://www.playvid.com/watch/dthl8XOxCGk, http://www.playvid.com/watch/FyIgy2k13l9, http://www.playvid.com/watch/vB_i4NmdlXf, http://www.playvid.com/watch/09ePaFkg3Rp, http://www.playvid.com/watch/vKOpodcn3wS, http://www.playvid.com/watch/zekw6QzkiJE, http://www.playvid.com/watch/n1tCDYiGN6K, http://www.playvid.com/watch/O_t5ZzNLb74, http://www.playvid.com/watch/Q3tQ_7veD7Z, http://www.playvid.com/watch/or-T_CDsVlq, http://www.playvid.com/watch/0VJuHpQmWcu, http://www.playvid.com/watch/SDAMwP9HakL, http://www.playvid.com/watch/fYo5-ihQQ05, http://www.playvid.com/watch/mX3qPTkVW0T, http://www.playvid.com/watch/FLPth2-WroZ, http://www.playvid.com/watch/Dy2Ht4YFZyA, http://www.playvid.com/watch/SWroT-nI4-d, http://www.playvid.com/watch/dwNR49egqKu, http://www.playvid.com/watch/xtY4AxcMuqY, http://www.playvid.com/watch/ZlZqmFBV3gM, http://www.playvid.com/watch/ZWZiZKjuL8I, http://www.playvid.com/watch/yAHE5Qxvn2P, http://www.playvid.com/watch/yn72iVF3X8I, http://www.playvid.com/watch/Q3gGH6rMHAd, http://www.playvid.com/watch/kkSLB-w93Bw, http://www.playvid.com/watch/x6IwbMmHQfn, http://www.playvid.com/watch/2t7xI5jpubs, http://www.playvid.com/watch/NxktcNxFxbK, http://www.playvid.com/watch/GleOmfFIOqv, http://www.playvid.com/watch/THv89-ZDrbU, http://www.playvid.com/watch/7xgfOsNUyJT, http://www.playvid.com/watch/0p7wcnu2nrm, http://www.playvid.com/watch/zwmcqYgT9UV, http://www.playvid.com/watch/5hbrlFmceq7, http://www.playvid.com/watch/mSjUjrGATTt, http://www.playvid.com/watch/iiZ2UMMrKXv, http://www.playvid.com/watch/u3cGK6v0sZ4, http://www.playvid.com/watch/OAk4TNCylht, http://www.playvid.com/watch/4XKXhrtSibu, http://www.playvid.com/watch/6GbypF1asxa, http://www.playvid.com/watch/54cGJ8FP1Cs, http://www.playvid.com/watch/FvyONCcQD3j, http://www.playvid.com/watch/xXnUwt8UFkv, http://www.playvid.com/watch/U9JWZo5c6WS, http://www.playvid.com/watch/dJ_eR_XWsm0, http://www.playvid.com/watch/2U8hOeB_nFC, http://www.playvid.com/watch/G6nR-VYOKEj, http://www.playvid.com/watch/L-lJJ1tLmgz, http://www.playvid.com/watch/cBzTYyDLDe3, http://www.playvid.com/watch/ekRK9Bq7oUq, http://www.playvid.com/watch/lCKGGY8ee00, http://www.playvid.com/watch/eq3yNUwPaZU, http://www.playvid.com/watch/qortrXkAqcj, http://www.playvid.com/watch/qcBXhciU_Vi, http://www.playvid.com/watch/jgnoYSFJ1Ll, http://www.playvid.com/watch/yiXUkeWeaSF, http://www.playvid.com/watch/X-dwVVCTw_T, http://www.playvid.com/watch/Y4Xod6YJ-Jg, http://www.playvid.com/watch/SML7c6wFWZo, http://www.playvid.com/watch/LjR2H2frNlc, http://www.playvid.com/watch/Q3YM9EywGKv, http://www.playvid.com/watch/TuRQUxAm_EW, http://www.playvid.com/watch/426_vtrj-tN, http://www.playvid.com/watch/QkUuMgGUA8F, http://www.playvid.com/watch/BZImlQc7Uum, http://www.playvid.com/watch/vsCchR3Q1va, http://www.playvid.com/watch/FdSyDOEJlmW, http://www.playvid.com/watch/wxUSzqLJ25h, http://www.playvid.com/watch/R9heZiyaIHX, http://www.playvid.com/watch/77iWfH2paLN, http://www.playvid.com/watch/8JmTdxdMu95, http://www.playvid.com/watch/91KEeP_Zojg, http://www.playvid.com/watch/lMrWU2PlRyb, http://www.playvid.com/watch/XppRtCuf-rn, http://www.playvid.com/watch/Yjz6aJjlVJd, http://www.playvid.com/watch/hzUtCmN3ykX, http://www.playvid.com/watch/vX5CbIk2Xqu, http://www.playvid.com/watch/AaDzRyABXcs, http://www.playvid.com/watch/O4MuKIJgNaa, http://www.playvid.com/watch/5BZeYThP09w, http://www.playvid.com/watch/hryUgDXWjH6, http://www.playvid.com/watch/3LEIQcg4pBj, http://www.playvid.com/watch/GNTFdZq6Vwg, http://www.playvid.com/watch/8GM8u0gADSJ, http://www.playvid.com/watch/PbV-RxaYxcD, http://www.playvid.com/watch/32b02GiuprN, http://www.playvid.com/watch/7BgXZcZhAHc, http://www.playvid.com/watch/Z_QJdeA408k, http://www.playvid.com/watch/KiBP9e8nCOG, http://www.playvid.com/watch/VHMJZ0Pyoqo, http://www.playvid.com/watch/IUQXZ0cxnje, http://www.playvid.com/watch/ycmLEUF8LzE, http://www.playvid.com/watch/XyzBIon96pG, http://www.playvid.com/watch/SY1RcO4q4jR, http://www.playvid.com/watch/TOLNcAMDwkm, http://www.playvid.com/watch/n5r_k5wesA7, http://www.playvid.com/watch/Z7_rfF98HvF, http://www.playvid.com/watch/MKsqtW-xjFJ, http://www.playvid.com/watch/hU5wqp-Hb0S, http://www.playvid.com/watch/EAMbq3TKtAf, http://www.playvid.com/watch/CVtCdF8JGG7, http://www.playvid.com/watch/y0lO-zVo1fS, http://www.playvid.com/watch/lA9DHMWDknz, http://www.playvid.com/watch/6gFRV-nF5gH, http://www.playvid.com/watch/FJkPXMDKdFM, http://www.playvid.com/watch/QWVQzQQBx2q, http://www.playvid.com/watch/NDpbhA8lXre, http://www.playvid.com/watch/HUYTOU9Elvp, http://www.playvid.com/watch/jypcm-uKECL, http://www.playvid.com/watch/oA1P2vaaUzd, http://www.playvid.com/watch/DOOAEkNrrn2, http://www.playvid.com/watch/Ynclypt4zLK, http://www.playvid.com/watch/CH-sDypT9Iy, http://www.playvid.com/watch/LDIAscn-qfA, http://www.playvid.com/watch/n3msaFwZVIQ, http://www.playvid.com/watch/3fRTb2Amwuh, http://www.playvid.com/watch/9FvYFQiDSov, http://www.playvid.com/watch/YUoRE9674UJ, http://www.playvid.com/watch/i5QirZO2_Xj, http://www.playvid.com/watch/6gzBkzRQYcj, http://www.playvid.com/watch/6o3WtiLLQVE, http://www.playvid.com/watch/nTBdS4II7C2, http://www.playvid.com/watch/zwq6swgr90H, http://www.playvid.com/watch/wH-8VO6h12e, http://www.playvid.com/watch/WKFsHCZ393P, http://www.playvid.com/watch/QdGa7EnrOGu, http://www.playvid.com/watch/5LFBC0WNPRj, http://www.playvid.com/watch/5wwLU2xGkQY, http://www.playvid.com/watch/TBG48qZfiLR, http://www.playvid.com/watch/j0hk40PVcJO, http://www.playvid.com/watch/5lJySiUYCLV, http://www.playvid.com/watch/iJNg9KulOHk, http://www.playvid.com/watch/Q0zG3nNrUQM, http://www.playvid.com/watch/VeOJCZuD9Nf, http://www.playvid.com/watch/ZsYS_I0H2X7,

http://www.playvid.com/watch/ArYwqyOz2IX, http://www.playvid.com/watch/lTZspsU3_jg, http://www.playvid.com/watch/2c74Nszq5JX, http://www.playvid.com/watch/0Z2hAexxa0a, http://www.playvid.com/watch/7y7mVKUrvCU, http://www.playvid.com/watch/x6mV3IcImBC, http://www.playvid.com/watch/fqpCisVgDTH, http://www.playvid.com/watch/JEKWvEVawrH, http://www.playvid.com/watch/U_iXgCmczN2, http://www.playvid.com/watch/L58T3r0gk87, http://www.playvid.com/watch/gxGkE5w1exH, http://www.playvid.com/watch/QRAehGxIM9d, http://www.playvid.com/watch/uxs6C64qujR, http://www.playvid.com/watch/SWudRvQZU3q, http://www.playvid.com/watch/UmXqvmn87wH, http://www.playvid.com/watch/0DpF8CZKF7r, http://www.playvid.com/watch/YStXUbG8Aou, http://www.playvid.com/watch/TKZ42SVOeTX, http://www.playvid.com/watch/Xg7YIF93JnZ, http://www.playvid.com/watch/5gKp_QiA3aG, http://www.playvid.com/watch/YkydLbPr4gs, http://www.playvid.com/watch/BRMjIv9vMfy, http://www.playvid.com/watch/kYHNYb5NvHP, http://www.playvid.com/watch/hTXi947wF6X, http://www.playvid.com/watch/l4HqCkv6rSX, http://www.playvid.com/watch/lT99TPDDWlt, http://www.playvid.com/watch/9If7-htnNwX, http://www.playvid.com/watch/2AEisSNm03k, http://www.playvid.com/watch/H48jPFkFNU6, http://www.playvid.com/watch/av7JdjJn0Ns, http://www.playvid.com/watch/j_FRcyDBTDs, http://www.playvid.com/watch/I8UrFwlG9_W, http://www.playvid.com/watch/8MEjoFUlkWR, http://www.playvid.com/watch/hGYCoJVT8kK, http://www.playvid.com/watch/alnyn37N3A6, http://www.playvid.com/watch/I05MWlHd9Rp, http://www.playvid.com/watch/YnUcSr0UXZH, http://www.playvid.com/watch/8vP6XLIuvqn, http://www.playvid.com/watch/jEuOAMvt4FX, http://www.playvid.com/watch/6F7fnQdJCB0, http://www.playvid.com/watch/onsdVftqHlY, http://www.playvid.com/watch/eu8aoiAdZKw, http://www.playvid.com/watch/G3xEHZLDaSC, http://www.playvid.com/watch/rER6olE3MFf, http://www.playvid.com/watch/k_NCvedXbqH, http://www.playvid.com/watch/H9jRCuJa8sL, http://www.playvid.com/watch/LsMas5tluc6, http://www.playvid.com/watch/o8VdAwQSPVF, http://www.playvid.com/watch/naBOPPNv6mc, http://www.playvid.com/watch/IjeVN5Igell, http://www.playvid.com/watch/VE4DUDXEzLa, http://www.playvid.com/watch/mzbcqhA96VA, http://www.playvid.com/watch/z3NTUKiZ1j5, http://www.playvid.com/watch/joaIdpJNX2C, http://www.playvid.com/watch/ThWP6dLnkKe, http://www.playvid.com/watch/0RioX-Cu-A4, http://www.playvid.com/watch/9sjSMLP4qmI, http://www.playvid.com/watch/6fnWNl-FTUr, http://www.playvid.com/watch/KLruOcErAuw, http://www.playvid.com/watch/y8GdK2_W5u5, http://www.playvid.com/watch/rLg-be0rqSh, http://www.playvid.com/watch/E1KDRsOYXkc, http://www.playvid.com/watch/RLikwtFWdA9, http://www.playvid.com/watch/e8LAMnXABqP, http://www.playvid.com/watch/eDMURW0f_80, http://www.playvid.com/watch/Au-i1KuSi4S, http://www.playvid.com/watch/hLyyhVqJbHk, http://www.playvid.com/watch/CAumcMHjTzZ, http://www.playvid.com/watch/x3dfIa_IeXN, http://www.playvid.com/watch/vVS3NzN5GIH, http://www.playvid.com/watch/wYabJfofcky, http://www.playvid.com/watch/8OHUp5qq5GL, http://www.playvid.com/watch/pDYMHLp1es3, http://www.playvid.com/watch/qgMo5xTGp-2, http://www.playvid.com/watch/uUCIsXRQn5h, http://www.playvid.com/watch/yTlusxnwPxv
5.f. Date of third notice: 2014-08-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: veryhotcock
5.b. Uploader's email address: emiklargot@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/veryhotcock
5.e. List of videos posted by uploader: http://www.playvid.com/watch/9UX2bVcMZA0, http://www.playvid.com/watch/P2p5fUr-tHa, http://www.playvid.com/watch/uitcMel1N7U, http://www.playvid.com/watch/ypz6txTQoaF, http://www.playvid.com/watch/WgFrhNbpIXJ, http://www.playvid.com/watch/CO_KknPA1yM, http://www.playvid.com/watch/06oxbcfHHsX, http://www.playvid.com/watch/S7qgdH7HOzv, http://www.playvid.com/watch/LNwD76yDRaU, http://www.playvid.com/watch/iLN5_VmhcZE, http://www.playvid.com/watch/olaecfvmJFP, http://www.playvid.com/watch/461Eyt0Au6W, http://www.playvid.com/watch/QBUswdX2Hde, http://www.playvid.com/watch/LUFONjvRfe8, http://www.playvid.com/watch/WIxIb7zcO2F, http://www.playvid.com/watch/WfdgrabLOHE, http://www.playvid.com/watch/qArmnws7pDM, http://www.playvid.com/watch/pxWEgr67wSf, http://www.playvid.com/watch/Cr_VEVOsVxZ, http://www.playvid.com/watch/Iu0SN3sSdis, http://www.playvid.com/watch/UtrUrMVEqQf, http://www.playvid.com/watch/KVFkmOtEg5B, http://www.playvid.com/watch/hRMsIzzWk9w, http://www.playvid.com/watch/KhcRWmr6wKJ, http://www.playvid.com/watch/dMBgA7STACp, http://www.playvid.com/watch/0L6-3rOa4JZ, http://www.playvid.com/watch/lc6xb7rfzI9, http://www.playvid.com/watch/vNW77oS8beF, http://www.playvid.com/watch/986zGM-bnUV, http://www.playvid.com/watch/jvtRMiZwOkO, http://www.playvid.com/watch/Da9FdUF5jHj, http://www.playvid.com/watch/e2_63-gf6rf, http://www.playvid.com/watch/tjLBALDao_E, http://www.playvid.com/watch/xAIF638A8eD, http://www.playvid.com/watch/TUDyb7F7yVL, http://www.playvid.com/watch/ACN9gwcHhn7, http://www.playvid.com/watch/ZtPqxvR1cfx, http://www.playvid.com/watch/a-ejEClyfUt, http://www.playvid.com/watch/AqYUeyd3-FK, http://www.playvid.com/watch/ptw_UZo9DMZ, http://www.playvid.com/watch/BQzvopCh7ux, http://www.playvid.com/watch/Bbx3BWl1GdB, http://www.playvid.com/watch/OFuwBbIshTc, http://www.playvid.com/watch/EP1qp4zaMx3
5.f. Date of third notice: 2014-07-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vidsex88
5.b. Uploader's email address: admmexstudios@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/vidsex88
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Ei7LtE3T337, http://www.playvid.com/watch/tJ0RE2nH9g6, http://www.playvid.com/watch/d6FRUVL-rOG, http://www.playvid.com/watch/BWP8eUszd8B, http://www.playvid.com/watch/ixkEQp94qAU, http://www.playvid.com/watch/Fsoxi2cTRZS, http://www.playvid.com/watch/G9ZcTDOS2Ck, http://www.playvid.com/watch/lXohfnMBIwm, http://www.playvid.com/watch/85v-CusO3f6, http://www.playvid.com/watch/kZLnDgIlxtE, http://www.playvid.com/watch/cMQzhFWgnpI, http://www.playvid.com/watch/XeGAqCYYlqH, http://www.playvid.com/watch/JyhA4RRbWcT, http://www.playvid.com/watch/703VWMw3f8H, http://www.playvid.com/watch/QXcqvYQWtpw, http://www.playvid.com/watch/zn4PzTR28OV, http://www.playvid.com/watch/jZWiirEl5An, http://www.playvid.com/watch/JwXE3yytSUM, http://www.playvid.com/watch/VvTB2lpbcFP, http://www.playvid.com/watch/XKghMa-UN9n, http://www.playvid.com/watch/tdq8XHgIvBb, http://www.playvid.com/watch/A2qWdttm4kR, http://www.playvid.com/watch/NPBZyb5mFof, http://www.playvid.com/watch/GLnlgQdFDd7, http://www.playvid.com/watch/PaT6My78bEC, http://www.playvid.com/watch/zFjDQLQ-m96, http://www.playvid.com/watch/0rCHLWLiaIZ, http://www.playvid.com/watch/pHSKtrZzhE9
5.f. Date of third notice: 2014-07-14
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: viking
5.b. Uploader's email address: emmamammea@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/viking
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fE5zkUbMB6S, http://www.playvid.com/watch/WlAKWeVuiKh, http://www.playvid.com/watch/o7xLwq4ABM9, http://www.playvid.com/watch/OzYrWrbJi8e, http://www.playvid.com/watch/FIVVtTVOqrx, http://www.playvid.com/watch/KBjcjSIEAmt, http://www.playvid.com/watch/SCgtOTTwtW-, http://www.playvid.com/watch/hkR0GGdx8qy, http://www.playvid.com/watch/YuoMBvPkGtS, http://www.playvid.com/watch/m3GAc0YYBvg, http://www.playvid.com/watch/twcFy87pmiL, http://www.playvid.com/watch/EybVKs3uBsH, http://www.playvid.com/watch/yYTFBjIWxU7, http://www.playvid.com/watch/S3UmR6nueBT, http://www.playvid.com/watch/ULUP4OKikuT, http://www.playvid.com/watch/3hW9IFdcZd6, http://www.playvid.com/watch/fzR0goNrH7j, http://www.playvid.com/watch/coVERHFr7yQ, http://www.playvid.com/watch/Q6x4ecuKphT, http://www.playvid.com/watch/uVslkSlnH7L, http://www.playvid.com/watch/vEZTf20vm7x, http://www.playvid.com/watch/zN9MpuSPIRq, http://www.playvid.com/watch/YsrgFpD-JGR, http://www.playvid.com/watch/3mddmUYm0UN, http://www.playvid.com/watch/bLgM0RWPeG5, http://www.playvid.com/watch/FMRwm9OT0v7, http://www.playvid.com/watch/ZPuzEbbCZn8, http://www.playvid.com/watch/3IVEQlzyKFK, http://www.playvid.com/watch/27BxOcL9in5, http://www.playvid.com/watch/sGWFjhmdgEc, http://www.playvid.com/watch/XtQGgazQgVf, http://www.playvid.com/watch/LQ6vGjyxswE, http://www.playvid.com/watch/b3hYC8QG4cZ, http://www.playvid.com/watch/bzXHNnqexl0, http://www.playvid.com/watch/xhSSa3jH2iL, http://www.playvid.com/watch/ybpUXtx32Hg, http://www.playvid.com/watch/EkuFBeLVz0k, http://www.playvid.com/watch/wSZernn5Bg6, http://www.playvid.com/watch/LZVepU6GNYK, http://www.playvid.com/watch/t5olAmhGGiL
5.f. Date of third notice: 2013-09-30
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vinodel
5.b. Uploader's email address: timurkonczelitze@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/vinodel
5.e. List of videos posted by uploader: http://www.playvid.com/watch/wft9nlLMLfv, http://www.playvid.com/watch/CBkXwC2di_L, http://www.playvid.com/watch/tzDnWAamVJW, http://www.playvid.com/watch/qxrPwm05sRl, http://www.playvid.com/watch/EywZ9E36Ijg, http://www.playvid.com/watch/S45lQtSEA_H, http://www.playvid.com/watch/dLejJI3aXPu, http://www.playvid.com/watch/SKbeoVV2ymM, http://www.playvid.com/watch/RxucYzb73f2, http://www.playvid.com/watch/HOigcK6dAMl, http://www.playvid.com/watch/Z7SyDNxt3rD, http://www.playvid.com/watch/TvdCUlE0OYL, http://www.playvid.com/watch/et0BjWWCwjS, http://www.playvid.com/watch/HRMkTub1v7Z, http://www.playvid.com/watch/q3S07F3I9Cc, http://www.playvid.com/watch/6hvA0xISUYN, http://www.playvid.com/watch/4bN2eUe06fB, http://www.playvid.com/watch/zUZIlMmIqf0, http://www.playvid.com/watch/0-u3rYxBBWb, http://www.playvid.com/watch/JvZfpU6hA2D,

http://www.playvid.com/watch/qCnkbMWS7TJ, http://www.playvid.com/watch/UNMbutA0DJT, http://www.playvid.com/watch/lvO_Yuc2Ef6,
http://www.playvid.com/watch/pItUydXGrv9, http://www.playvid.com/watch/A3wGI4k_pbZ, http://www.playvid.com/watch/xHmq8TVQcqX,
http://www.playvid.com/watch/wAP5aM3yUVs, http://www.playvid.com/watch/BxX5OPV2aiE, http://www.playvid.com/watch/n8Qy8vzI4HK,
http://www.playvid.com/watch/QivCk_EhUTj, http://www.playvid.com/watch/nZ6zYiRlDTs, http://www.playvid.com/watch/c43xDnJw2v2,
http://www.playvid.com/watch/FutGlAQx1z9, http://www.playvid.com/watch/2xCcIYb2xKl, http://www.playvid.com/watch/GX5qIx3SaSO,
http://www.playvid.com/watch/agdmMDDLRKm, http://www.playvid.com/watch/8pHHoIkpeKd, http://www.playvid.com/watch/K2YtQhR5Swi,
http://www.playvid.com/watch/3L0wHz5aXZ5, http://www.playvid.com/watch/gEj7uP79KMQ, http://www.playvid.com/watch/vLYrtymN46D,
http://www.playvid.com/watch/XitWJWWFp0y, http://www.playvid.com/watch/h44n_72oOV9, http://www.playvid.com/watch/g5fN4SJqJlQ,
http://www.playvid.com/watch/AsGddkGQX-z, http://www.playvid.com/watch/N-YhNCcJQUO, http://www.playvid.com/watch/W9MFBHNWLYS,
http://www.playvid.com/watch/mIAASb9vDO6, http://www.playvid.com/watch/Xk4JgXlaXHQ, http://www.playvid.com/watch/butGUEMmgkM,
http://www.playvid.com/watch/0dSnOCXWeqA, http://www.playvid.com/watch/faQPordssLv, http://www.playvid.com/watch/YZ8C5xosNpx,
http://www.playvid.com/watch/l5-MLMr0Pc0, http://www.playvid.com/watch/oP_HVvZPeMC, http://www.playvid.com/watch/EgAcGEMwe3B,
http://www.playvid.com/watch/81vIu97WsrP, http://www.playvid.com/watch/DjkBOYXyK5i, http://www.playvid.com/watch/s-0v65sp5dL,
http://www.playvid.com/watch/aPH0nRoDnSl, http://www.playvid.com/watch/8T4oqpf9qYL, http://www.playvid.com/watch/fcA2bFduOqW,
http://www.playvid.com/watch/x3hBJjvFXUi, http://www.playvid.com/watch/37m4bFXmANu, http://www.playvid.com/watch/038VY5evWIs,
http://www.playvid.com/watch/dsE6RbN7JNa, http://www.playvid.com/watch/cpStRJpTjGR, http://www.playvid.com/watch/WX6YqqRQhZf,
http://www.playvid.com/watch/Y6xRp_qjAKG, http://www.playvid.com/watch/R4Y_R-ACqgJ, http://www.playvid.com/watch/6VfH58ps4B4,
http://www.playvid.com/watch/WC-qYj_gute, http://www.playvid.com/watch/FxstsRVchPe, http://www.playvid.com/watch/sXOgyuw6B-D,
http://www.playvid.com/watch/z8UB1uJyyPJ, http://www.playvid.com/watch/vuJE-DlwLAU, http://www.playvid.com/watch/BZCOycoDzKq,
http://www.playvid.com/watch/qe95lwoIqPF, http://www.playvid.com/watch/s3oUYDexfbE, http://www.playvid.com/watch/9vZx-NmtLcJ,
http://www.playvid.com/watch/lEl8VB-Jq54, http://www.playvid.com/watch/Q53f3tLC4wT, http://www.playvid.com/watch/rfPE1fb5VuC,
http://www.playvid.com/watch/Eapo7bg92H4, http://www.playvid.com/watch/7nhfRKzcQ5E, http://www.playvid.com/watch/JUX5OCtBLK3,
http://www.playvid.com/watch/UHB120AgmD4, http://www.playvid.com/watch/3IdNiQyMOzs, http://www.playvid.com/watch/Us3TwbHLwNy,
http://www.playvid.com/watch/5sav0TkjShj, http://www.playvid.com/watch/NX2kb5BhwAo, http://www.playvid.com/watch/XJDLiNjcwRD,
http://www.playvid.com/watch/ofKRSPBW_83, http://www.playvid.com/watch/9pdeIQPVXDD, http://www.playvid.com/watch/zWg_KjCSXE0,
http://www.playvid.com/watch/uRDqFj1FqLH, http://www.playvid.com/watch/Y5KjcykADmX, http://www.playvid.com/watch/hSAI9-kLzUG,
http://www.playvid.com/watch/93MJZggEDsL, http://www.playvid.com/watch/bI_wsDlKb-j, http://www.playvid.com/watch/P5yapXkkl2a,
http://www.playvid.com/watch/vQ24tbej40j, http://www.playvid.com/watch/fZ14eWu6SC9, http://www.playvid.com/watch/OQLWGDZXUQp,
http://www.playvid.com/watch/OtsKUA6jPuK, http://www.playvid.com/watch/Bb-LlEc9e5H, http://www.playvid.com/watch/kDRko4JzFBq,
http://www.playvid.com/watch/g7H1dR7WGcU, http://www.playvid.com/watch/5n5l67IByod, http://www.playvid.com/watch/7xpBXgsnMAV,
http://www.playvid.com/watch/gv82i8qcWx3, http://www.playvid.com/watch/JpkVJY86D8j, http://www.playvid.com/watch/tnWUt8EYJ-N,
http://www.playvid.com/watch/iQcWl1Za4Op, http://www.playvid.com/watch/yb0syPmVufl, http://www.playvid.com/watch/O0sWdXLl1bk,
http://www.playvid.com/watch/VVe3JL_YdZO, http://www.playvid.com/watch/ejVRsYc_qlM, http://www.playvid.com/watch/8ktwfT5soFp,
http://www.playvid.com/watch/fFadfj3Fqs4, http://www.playvid.com/watch/QMbi40qkKKO, http://www.playvid.com/watch/YOo4aytELhR,
http://www.playvid.com/watch/AD3JlE6aZWI, http://www.playvid.com/watch/sqBwb9hxZgK, http://www.playvid.com/watch/F2hGcEDaXgE,
http://www.playvid.com/watch/GQLNpTFMLGw, http://www.playvid.com/watch/ZsT0dLKKWph, http://www.playvid.com/watch/9w1kn1nINKa,
http://www.playvid.com/watch/maiKBQAlFIQ, http://www.playvid.com/watch/ncHkHuTG_qS, http://www.playvid.com/watch/K422ErRjfFc,
http://www.playvid.com/watch/LxRCQXY7zwR, http://www.playvid.com/watch/24z8Mtp1YGb, http://www.playvid.com/watch/X8uYrTg06uJ,
http://www.playvid.com/watch/YYfes8Qh4fc, http://www.playvid.com/watch/H2KVQ6d2v7y, http://www.playvid.com/watch/XxS0jZuW3ai,
http://www.playvid.com/watch/8AHXYNZH_tg, http://www.playvid.com/watch/6Id-oHZWZwk, http://www.playvid.com/watch/nU_8ynJJE4g,
http://www.playvid.com/watch/f2VdgDTiL5n, http://www.playvid.com/watch/IRN7vlm2NMf, http://www.playvid.com/watch/wKZp-F5pIKW,
http://www.playvid.com/watch/NkA_WfEIBbO, http://www.playvid.com/watch/dOJ8OGRCCpa, http://www.playvid.com/watch/CTLIYhODS8j,
http://www.playvid.com/watch/M2gerZZL622, http://www.playvid.com/watch/2qOLTNti9Av, http://www.playvid.com/watch/ZoBk7FP9lXS,
http://www.playvid.com/watch/s22TztCb5By, http://www.playvid.com/watch/uYsOOUVaczE, http://www.playvid.com/watch/S0VYTXKPRUm,
http://www.playvid.com/watch/zNNMuX6QHsI, http://www.playvid.com/watch/EPPtaLfO8Xa, http://www.playvid.com/watch/Ji2xpF17B-h,
http://www.playvid.com/watch/37TEOD9UA5A, http://www.playvid.com/watch/iXO9R9J1MjA, http://www.playvid.com/watch/Ernwr7y6MXV,
http://www.playvid.com/watch/uSd_NROkiAU, http://www.playvid.com/watch/AgPj37EqzBW, http://www.playvid.com/watch/AyuwX6ruJnZ,
http://www.playvid.com/watch/XlOnpaHtO55, http://www.playvid.com/watch/xoyB6GoEzOs, http://www.playvid.com/watch/xJbAHgteTBX,
http://www.playvid.com/watch/LGwksChsfGe, http://www.playvid.com/watch/okWYyMu8Lyc, http://www.playvid.com/watch/FCvEZrCkGCu,
http://www.playvid.com/watch/U1lZ5fsdONa, http://www.playvid.com/watch/7KpUWhV9XYC, http://www.playvid.com/watch/YGPy_IFNP0g,
http://www.playvid.com/watch/skn4Q_tXgUu, http://www.playvid.com/watch/cYZHaYH_e8N, http://www.playvid.com/watch/FIroDbtWumm,
http://www.playvid.com/watch/B72_kUEgYdn, http://www.playvid.com/watch/gFaN5tLFj-N, http://www.playvid.com/watch/eNxI46MxVlx,
http://www.playvid.com/watch/GNQjitUtJ85, http://www.playvid.com/watch/RYOxpM4yaLu, http://www.playvid.com/watch/QS9C8eNc07H,
http://www.playvid.com/watch/ApCPkVWq3Oe, http://www.playvid.com/watch/3cRmHqtosai, http://www.playvid.com/watch/fPAqRYVg64T,
http://www.playvid.com/watch/j2hlwRuu5_M, http://www.playvid.com/watch/S7VVZHdYdWQ, http://www.playvid.com/watch/XXdvnTPZgK0,
http://www.playvid.com/watch/20XovgES-FE, http://www.playvid.com/watch/4rszho0hw1Q, http://www.playvid.com/watch/NCwsH2tzRAb,
http://www.playvid.com/watch/8nMybWj0Gj9, http://www.playvid.com/watch/qGN0S6a3j79, http://www.playvid.com/watch/7dapYuZVpok,
http://www.playvid.com/watch/i6LRd64fQPV, http://www.playvid.com/watch/9ztXNCsQdJK, http://www.playvid.com/watch/UzbP2G4H57A,
http://www.playvid.com/watch/FQt1_mZNYjv, http://www.playvid.com/watch/96gTqZ4R_M7, http://www.playvid.com/watch/AfHf4OQVscX,
http://www.playvid.com/watch/rMTLk6KbB3i, http://www.playvid.com/watch/ROQEEw2mT9m, http://www.playvid.com/watch/91jASsEduEg,
http://www.playvid.com/watch/4KzcLKbyjov, http://www.playvid.com/watch/asGF08Vu5bP, http://www.playvid.com/watch/B4Uvi8i0WcW,
http://www.playvid.com/watch/xdY-OmEscfy, http://www.playvid.com/watch/apCndd-mAk0, http://www.playvid.com/watch/bi-WZSk2PXU,
http://www.playvid.com/watch/ENmtEDDii-y, http://www.playvid.com/watch/O47yMrW4duv, http://www.playvid.com/watch/qG3M1hKKRZC,
http://www.playvid.com/watch/KK_CJilcp9e, http://www.playvid.com/watch/JxCVwgl5FHU, http://www.playvid.com/watch/PAH8KIH5xR9,
http://www.playvid.com/watch/5V6rBEBJfJy, http://www.playvid.com/watch/CGU4maxpv1v, http://www.playvid.com/watch/3cfz-uYy94L,
http://www.playvid.com/watch/ZZeHD2bl-oW, http://www.playvid.com/watch/F5H1Tqf8Bwu, http://www.playvid.com/watch/5OsM26Fh9Nl,
http://www.playvid.com/watch/AvDqCZfyFxC, http://www.playvid.com/watch/pb2gvpYWr_O, http://www.playvid.com/watch/CLLXhlLb9qu,
http://www.playvid.com/watch/SJv0yh7dGwZ, http://www.playvid.com/watch/xiziUgBCMol, http://www.playvid.com/watch/DvMXu4FBj4P,
http://www.playvid.com/watch/eVpZNlVhRGS, http://www.playvid.com/watch/qfiQLFsR8Zs, http://www.playvid.com/watch/86_NCuAzrfV,
http://www.playvid.com/watch/7Eo5xAkB01l, http://www.playvid.com/watch/3mxCy0Tqz_4, http://www.playvid.com/watch/sjOuwVq-9_F,
http://www.playvid.com/watch/ZwK-WmimfIu, http://www.playvid.com/watch/bjtKRTeyThV, http://www.playvid.com/watch/faZ3FD_z0OE,
http://www.playvid.com/watch/wiH9NZPJM82, http://www.playvid.com/watch/Y-HSImRbvLi, http://www.playvid.com/watch/RO5XYXLbsIU,
http://www.playvid.com/watch/9oegrzlYdio, http://www.playvid.com/watch/B5o9MECiBPA, http://www.playvid.com/watch/95DAsJhsM3Y,
http://www.playvid.com/watch/NopsuAmZeuo, http://www.playvid.com/watch/Hb4xb8lexWK, http://www.playvid.com/watch/ZbuIZx7-MIZ,
http://www.playvid.com/watch/FO89KFZwBs2, http://www.playvid.com/watch/BrIkdmFZc05, http://www.playvid.com/watch/m1rQ9TtzlzV,
http://www.playvid.com/watch/punjX1RLNI3, http://www.playvid.com/watch/mdKiXldAm2S, http://www.playvid.com/watch/p-6wa0SlpT3,
http://www.playvid.com/watch/vk21meMufkm, http://www.playvid.com/watch/ceB0q4RSB4M, http://www.playvid.com/watch/L4uvtsY257i,
http://www.playvid.com/watch/8CSfxJNPZg6, http://www.playvid.com/watch/lRA0jXTA112, http://www.playvid.com/watch/uW7bzMLEwBa,
http://www.playvid.com/watch/0Rl905Wnbqx, http://www.playvid.com/watch/n1C1T9VIAB8, http://www.playvid.com/watch/paN4JGFUZJL,
http://www.playvid.com/watch/C-ngR0p9u1q, http://www.playvid.com/watch/tXHnbNnGPSM, http://www.playvid.com/watch/8ov4hM6FLtb,
http://www.playvid.com/watch/0OcdlPrXuGP, http://www.playvid.com/watch/rLJ07ehM6jy, http://www.playvid.com/watch/4qA1HmPQHry,
http://www.playvid.com/watch/DJu_zuCnGgO, http://www.playvid.com/watch/5W1xHbd1GTZ, http://www.playvid.com/watch/nlAvI4Li3Oy,
http://www.playvid.com/watch/hGoiSKM4j3c, http://www.playvid.com/watch/lkaTYxIh3Z4, http://www.playvid.com/watch/J8SOMui4nnW,
http://www.playvid.com/watch/gwrW15EuJmH, http://www.playvid.com/watch/QWco35bXgPt, http://www.playvid.com/watch/CaBF22BPSUt,
http://www.playvid.com/watch/Fo3IUR4ZXcR, http://www.playvid.com/watch/EAOX-xsmt7w, http://www.playvid.com/watch/INtykhoOM4H,
http://www.playvid.com/watch/Y8Mxv01kLSm, http://www.playvid.com/watch/b3lwjDjrqOK, http://www.playvid.com/watch/2RZEJxT9jfl,
http://www.playvid.com/watch/LMGkalQpTPe, http://www.playvid.com/watch/Vle8nal1NXF, http://www.playvid.com/watch/OPcqPr6RrlU,
http://www.playvid.com/watch/3dO4SKkiWiP, http://www.playvid.com/watch/WVC83mfICVp, http://www.playvid.com/watch/41wqstHFN7F,
http://www.playvid.com/watch/qSv45UBt5a9, http://www.playvid.com/watch/qFmf-DkSaRt
5.f. Date of third notice: 2014-04-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: violent_sid
5.b. Uploader's email address: violentsid@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/violent_sid
5.e. List of videos posted by uploader: http://www.playvid.com/watch/DdLt99tZVox, http://www.playvid.com/watch/ikCj76nk0Ho,

http://www.playvid.com/watch/MLObC67oivB, http://www.playvid.com/watch/H9TFjnq-LLk, http://www.playvid.com/watch/URV5yr9cj0l, http://www.playvid.com/watch/lyVLNybWeiO, http://www.playvid.com/watch/NiJfwovcFnb, http://www.playvid.com/watch/6p81Ejjieb0, http://www.playvid.com/watch/uoFii8XgRfl, http://www.playvid.com/watch/JpvayLc0-gH, http://www.playvid.com/watch/QoTOc9ChSx0, http://www.playvid.com/watch/wsPE_BnVkfq, http://www.playvid.com/watch/VK8viEZbPqA, http://www.playvid.com/watch/E48sq87MibM, http://www.playvid.com/watch/Z_ekgkki-xF, http://www.playvid.com/watch/wmoBxv8a5pp, http://www.playvid.com/watch/6juARepQQGJ, http://www.playvid.com/watch/KJJluXizne8, http://www.playvid.com/watch/cORCPyJlYPD, http://www.playvid.com/watch/9yuCvWSCjOP, http://www.playvid.com/watch/pMsGRC4cSDZ, http://www.playvid.com/watch/WZ328pWLGQC, http://www.playvid.com/watch/GKvqiihHIgG, http://www.playvid.com/watch/fiz3lYcXzal, http://www.playvid.com/watch/wrWjqhdOTGk, http://www.playvid.com/watch/IYbDoccv4hr, http://www.playvid.com/watch/8Zul32RSeC8, http://www.playvid.com/watch/3lpYfaUFUf3, http://www.playvid.com/watch/vGFU0ytJzpj, http://www.playvid.com/watch/3ECZ01lFzZc, http://www.playvid.com/watch/I6Q6J6TTe8s, http://www.playvid.com/watch/8vpBHU8yqFO, http://www.playvid.com/watch/9xDxTlHv6-j, http://www.playvid.com/watch/0NnuHTTVl4w, http://www.playvid.com/watch/ljNWjQ8eHmR, http://www.playvid.com/watch/UCxZIoZQqMO, http://www.playvid.com/watch/WntaJtrOXxl, http://www.playvid.com/watch/ZI9u6nLYzs5, http://www.playvid.com/watch/jvIz3Ydnp3Y, http://www.playvid.com/watch/W15YTen2tzh, http://www.playvid.com/watch/q3chQDiO-Cc, http://www.playvid.com/watch/Gwkcqt1DCIb, http://www.playvid.com/watch/obwcyfbTQ4X, http://www.playvid.com/watch/P05jkyE2wvp, http://www.playvid.com/watch/G4sHpQv-A1v, http://www.playvid.com/watch/PSM201J2Ur8, http://www.playvid.com/watch/xgN88nLKCBf, http://www.playvid.com/watch/4ODIIIUQc-G, http://www.playvid.com/watch/jhhnDXcpD43, http://www.playvid.com/watch/pbBMLynokJr, http://www.playvid.com/watch/s4z1OWe8YBJ, http://www.playvid.com/watch/bJG3Ols3RJV, http://www.playvid.com/watch/PEyIo1pwJA2, http://www.playvid.com/watch/8MP8_kN2cUk, http://www.playvid.com/watch/dLbmqhedqJX, http://www.playvid.com/watch/txzD_wNUh1D, http://www.playvid.com/watch/cPeFCaWjtXO, http://www.playvid.com/watch/CnGYK7fuDfE, http://www.playvid.com/watch/MwpZSyH5p1T, http://www.playvid.com/watch/zx8mNAIk-mp, http://www.playvid.com/watch/wMXslhysR-u, http://www.playvid.com/watch/4r-N7rvXADl, http://www.playvid.com/watch/WfLxU-oU_6P, http://www.playvid.com/watch/f9w2wWbD04d, http://www.playvid.com/watch/GMUIvuV63SD, http://www.playvid.com/watch/N_wp9dcYdW7, http://www.playvid.com/watch/3UBU796IwTv, http://www.playvid.com/watch/9S5OyorNsgb, http://www.playvid.com/watch/JtjalTzpDng, http://www.playvid.com/watch/b2wfkt4lHiH, http://www.playvid.com/watch/wwFwcCTKQTU, http://www.playvid.com/watch/H6OOl8hRP5o, http://www.playvid.com/watch/L4kB0IN4-OD, http://www.playvid.com/watch/0Ey7zOPN1GO, http://www.playvid.com/watch/zbpNYst1npB, http://www.playvid.com/watch/Z0MmCQam-KW, http://www.playvid.com/watch/j6n2EVlJsgB, http://www.playvid.com/watch/WH1K3FDOrpU, http://www.playvid.com/watch/qIGj_ipbKsp, http://www.playvid.com/watch/yT3D1iyEZtF, http://www.playvid.com/watch/oV4rdeo9r8o, http://www.playvid.com/watch/J7CSjaSSM92, http://www.playvid.com/watch/HmFIytSVit6, http://www.playvid.com/watch/mhtq-ZgiWo3, http://www.playvid.com/watch/l8JM2MGGT8x, http://www.playvid.com/watch/08EA_a-c_Pc, http://www.playvid.com/watch/FO9otnATGCo, http://www.playvid.com/watch/9yIL_EiqDF3, http://www.playvid.com/watch/fW0o3z_RiJg, http://www.playvid.com/watch/xybDNLbqOjI, http://www.playvid.com/watch/ZTyv9Uit-Px, http://www.playvid.com/watch/aWGF7UjqnoC, http://www.playvid.com/watch/keVDBQdYoc0, http://www.playvid.com/watch/M-pknzlpR9q, http://www.playvid.com/watch/Qj6CQKFKxVm, http://www.playvid.com/watch/PwD-4bWPkLq, http://www.playvid.com/watch/PILNGpmB3po, http://www.playvid.com/watch/uaz4UiTodje, http://www.playvid.com/watch/kDfEd2GMTm9, http://www.playvid.com/watch/37MtvrxU9xA, http://www.playvid.com/watch/9_ELHgtrQCB, http://www.playvid.com/watch/S8kBSKfskad, http://www.playvid.com/watch/R4y047iyVUN, http://www.playvid.com/watch/WYgCQUzhM8H, http://www.playvid.com/watch/0mA4Z7x23dc, http://www.playvid.com/watch/9m6ILTO7Lp6, http://www.playvid.com/watch/p32XKKo5P_u, http://www.playvid.com/watch/zIPRSgWF6pY, http://www.playvid.com/watch/J94tIqYN3y8, http://www.playvid.com/watch/B89NVbsSJlV, http://www.playvid.com/watch/p8PzzY9T59R, http://www.playvid.com/watch/Wcm9APkAmAH, http://www.playvid.com/watch/QOECIx9p5W5, http://www.playvid.com/watch/w-5XJ1hxyYa, http://www.playvid.com/watch/76JeXAqMzYW, http://www.playvid.com/watch/sAILfDMAJxb, http://www.playvid.com/watch/k_L5_vkAsel, http://www.playvid.com/watch/x9qRCWnHQJx, http://www.playvid.com/watch/qnI8nFeDspq, http://www.playvid.com/watch/Z5m4NV-vY-i, http://www.playvid.com/watch/gsIfOlPAszn, http://www.playvid.com/watch/Oz76s4dQacR, http://www.playvid.com/watch/TzGtUpSO-U0, http://www.playvid.com/watch/lg2l21hqLnN, http://www.playvid.com/watch/uavNwFsYR7L, http://www.playvid.com/watch/5d7IIb9mpev, http://www.playvid.com/watch/aM2kWUuO4UM, http://www.playvid.com/watch/ynq62HXnX09, http://www.playvid.com/watch/P0sgH5SKjjl, http://www.playvid.com/watch/A3AvQHcnt_M, http://www.playvid.com/watch/RBkodv7hlIq, http://www.playvid.com/watch/Eo03eh2elb4, http://www.playvid.com/watch/c410hFMh2GD
5.f. Date of third notice: 2015-08-19 21:38:25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vivasex
5.b. Uploader's email address: aspinalshottesr@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/vivasex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Yl2sddbnLjA, http://www.playvid.com/watch/p-Uo0Wdornw, http://www.playvid.com/watch/GNoh3Cy9GoI, http://www.playvid.com/watch/nYpnu-ZfdhH, http://www.playvid.com/watch/v5emv7mwIqs, http://www.playvid.com/watch/QyXRBUv5AJj, http://www.playvid.com/watch/6MRr60yhC67, http://www.playvid.com/watch/hPnPf0R-jtw, http://www.playvid.com/watch/C8kxZOyFr9r, http://www.playvid.com/watch/dZMAq0iRBVJ, http://www.playvid.com/watch/U9ZUImAX3UA, http://www.playvid.com/watch/uuXWFDRRlSu, http://www.playvid.com/watch/gvSyoIaXAmT, http://www.playvid.com/watch/jEqLA4ggm5j, http://www.playvid.com/watch/CQFRoydy2g0, http://www.playvid.com/watch/6olUVNCA8vt, http://www.playvid.com/watch/HKzQywtzC-x, http://www.playvid.com/watch/aEQAgG23qX7, http://www.playvid.com/watch/x0qh0YCHGyg, http://www.playvid.com/watch/39dMWREbciM, http://www.playvid.com/watch/2KrvB04b6ju, http://www.playvid.com/watch/Qi0Otj-sK3t, http://www.playvid.com/watch/s4SdulFw70e, http://www.playvid.com/watch/9LVhF6ri4SZ, http://www.playvid.com/watch/7fXgUMaPr2z, http://www.playvid.com/watch/rYQFs6IdoJn, http://www.playvid.com/watch/gmCfNXgkwjG, http://www.playvid.com/watch/7e5t-LUk-lT, http://www.playvid.com/watch/Awo66N8-Q-c, http://www.playvid.com/watch/8Dz6c3x5Bll, http://www.playvid.com/watch/jAda-bswFcM, http://www.playvid.com/watch/fBbBwepJxUR, http://www.playvid.com/watch/6sgqW8GEdw2, http://www.playvid.com/watch/CftvRksGcAz, http://www.playvid.com/watch/JTHCobj3hwR, http://www.playvid.com/watch/l-caqJhxdZs, http://www.playvid.com/watch/QrtyuBRsjD6, http://www.playvid.com/watch/5xQ3BqIGCDG, http://www.playvid.com/watch/hCAW8Ygrrvd, http://www.playvid.com/watch/CKsEUqVPphz, http://www.playvid.com/watch/T7f0EwsTkJY, http://www.playvid.com/watch/Tir3GLxfK2j, http://www.playvid.com/watch/IEDf9QswbX9, http://www.playvid.com/watch/YdmSlp-kPWO, http://www.playvid.com/watch/g37msSbY5RD, http://www.playvid.com/watch/I-FS4ZfUN8B, http://www.playvid.com/watch/WCNp2jfUUJF, http://www.playvid.com/watch/6CZu5VFWzrF, http://www.playvid.com/watch/ubnC7fw8KOm, http://www.playvid.com/watch/sngAXoXOlzX, http://www.playvid.com/watch/BrUeLsCkOzF, http://www.playvid.com/watch/VK9tzoorcPq, http://www.playvid.com/watch/KP3ywDWaPr3, http://www.playvid.com/watch/tKnewIeuqdv, http://www.playvid.com/watch/Eoia9miCZgB, http://www.playvid.com/watch/RQU-As7ikgq, http://www.playvid.com/watch/DBR-8A6CK7C, http://www.playvid.com/watch/MIYJKmQ97VF, http://www.playvid.com/watch/rUA2a0WeT0y, http://www.playvid.com/watch/MShT2970r6S, http://www.playvid.com/watch/R-p-HSqN4TK, http://www.playvid.com/watch/lOJj4Godibi, http://www.playvid.com/watch/r4sQRlDpM-Y, http://www.playvid.com/watch/egbCgHt9Ds7, http://www.playvid.com/watch/V8Fxnyd6smC, http://www.playvid.com/watch/RwzZXJOnpLA, http://www.playvid.com/watch/LORcPhI3oHX, http://www.playvid.com/watch/x5qt5QVyUSP, http://www.playvid.com/watch/EXrPNsjOwhZ, http://www.playvid.com/watch/307LABnga6z, http://www.playvid.com/watch/zkFq2oIZKeV, http://www.playvid.com/watch/YTse3oKJrw0, http://www.playvid.com/watch/Q2DpIewbwhW, http://www.playvid.com/watch/cdwQbeXMQnc, http://www.playvid.com/watch/inYEUEMiJrj, http://www.playvid.com/watch/uGSYkPms2bc, http://www.playvid.com/watch/nUWmFqrJ6Gk
5.f. Date of third notice: 2013-12-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vizavi
5.b. Uploader's email address: ernestofalko@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/vizavi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6N7n1iDY8QY, http://www.playvid.com/watch/ipZ4Qep8YhC, http://www.playvid.com/watch/wRZnI0xRyxJ, http://www.playvid.com/watch/ZA9q8CjGigg, http://www.playvid.com/watch/mypqQKfEDvf, http://www.playvid.com/watch/eGcpxQVVGyF, http://www.playvid.com/watch/BrFDojTI9wU, http://www.playvid.com/watch/DIpbAY0wrTG, http://www.playvid.com/watch/YcztYvsAGnZ, http://www.playvid.com/watch/Gc2vDv4jMNz, http://www.playvid.com/watch/MswWT9hvith, http://www.playvid.com/watch/ec-DKawabGF, http://www.playvid.com/watch/uIndOKWocSt, http://www.playvid.com/watch/M1EWh2XNiEw, http://www.playvid.com/watch/yHmNIf4RUhm, http://www.playvid.com/watch/3DwmGdZkaOM, http://www.playvid.com/watch/bybM12fgFim, http://www.playvid.com/watch/QHthrgj6KLK, http://www.playvid.com/watch/rWhdZZiKhp5, http://www.playvid.com/watch/bf32qw9UP48, http://www.playvid.com/watch/zvFlc7Qj20n, http://www.playvid.com/watch/POe02UEtFMI, http://www.playvid.com/watch/Q8v4K1lYBJZ, http://www.playvid.com/watch/S-sDwsnb4cs, http://www.playvid.com/watch/dlhScwLfw72, http://www.playvid.com/watch/Ga3Iwf04zGt, http://www.playvid.com/watch/nujdipj5pN2, http://www.playvid.com/watch/skHaIS6HLTz, http://www.playvid.com/watch/l3Su7PbYYjU, http://www.playvid.com/watch/M2SL2HyVsVE, http://www.playvid.com/watch/StYAmuF1WgD, http://www.playvid.com/watch/7vjDWfSiNxj, http://www.playvid.com/watch/LoPYylfhQsL, http://www.playvid.com/watch/jo-vX6h5z54, http://www.playvid.com/watch/5nz9keHP8fF, http://www.playvid.com/watch/xDwBqY27gte, http://www.playvid.com/watch/qyv7v3p1z1w, http://www.playvid.com/watch/7b1vDJ6ddLE, http://www.playvid.com/watch/b5CR4miTvWV, http://www.playvid.com/watch/i4HAD1ujUuW, http://www.playvid.com/watch/dKaXpSp73hY,

http://www.playvid.com/watch/YK8R1ZHMaFB, http://www.playvid.com/watch/TbU5zBqKv-S, http://www.playvid.com/watch/geb0svBJkP7,
http://www.playvid.com/watch/jNgqGkRUnEv, http://www.playvid.com/watch/RJgHHFglckG, http://www.playvid.com/watch/dEMCxWKr9pb,
http://www.playvid.com/watch/DAAF68IjLMD, http://www.playvid.com/watch/7AOUCoAM2Nr, http://www.playvid.com/watch/6xhQ1Jp33Tt,
http://www.playvid.com/watch/agCOAxy8P6u, http://www.playvid.com/watch/K3Yoc_IUB7W, http://www.playvid.com/watch/wtQ1P-27clp,
http://www.playvid.com/watch/aoL5lH8o6A4, http://www.playvid.com/watch/Kn_zTvypFab, http://www.playvid.com/watch/VfTGf_huALT,
http://www.playvid.com/watch/3fDHhHp75qW, http://www.playvid.com/watch/MH1NTZsWUsr, http://www.playvid.com/watch/rq96uBLZ_6E,
http://www.playvid.com/watch/E68CK2XgAru, http://www.playvid.com/watch/016pFpDOb8V, http://www.playvid.com/watch/sragG-eEoRC,
http://www.playvid.com/watch/Smvq-2p7Bsb, http://www.playvid.com/watch/LNSSHfoq9vE, http://www.playvid.com/watch/F3cgbZ-LdGt,
http://www.playvid.com/watch/f9IO9a5rRFX, http://www.playvid.com/watch/I58cpi_uAw9, http://www.playvid.com/watch/OYj4bS1q5UZ,
http://www.playvid.com/watch/Dw2cvYFUqMv, http://www.playvid.com/watch/2RoRru_cprO, http://www.playvid.com/watch/YTyH5234ZQ5,
http://www.playvid.com/watch/4zOMO28GKGw, http://www.playvid.com/watch/KV2vBMmpZH9, http://www.playvid.com/watch/K0RYcVclJED,
http://www.playvid.com/watch/xnwR10PTYVd, http://www.playvid.com/watch/RV8Y5RNzRjp, http://www.playvid.com/watch/jVVo7UqDEd5,
http://www.playvid.com/watch/IuVGZIFdI_z, http://www.playvid.com/watch/wYnp9O5jXl7, http://www.playvid.com/watch/kjQA9EPT66F,
http://www.playvid.com/watch/nDyitn_5YBe, http://www.playvid.com/watch/CwXH0bf2QQr, http://www.playvid.com/watch/rn9PDPrLbNz,
http://www.playvid.com/watch/5DlZvFL7Mvq, http://www.playvid.com/watch/gaMClKn2bQh, http://www.playvid.com/watch/S_ZhmhrsmUQ,
http://www.playvid.com/watch/7f5msa-XeCu, http://www.playvid.com/watch/ePeLxaYslkp, http://www.playvid.com/watch/Gkzej04MZ8N,
http://www.playvid.com/watch/LMrI-8yYMnx, http://www.playvid.com/watch/57HgZcwke7B, http://www.playvid.com/watch/FZqc7-9Pg7l,
http://www.playvid.com/watch/3cNz61jXIsd, http://www.playvid.com/watch/EBJkg1A-M8G, http://www.playvid.com/watch/7xPONHFQRUR,
http://www.playvid.com/watch/FOVOWcs6Z4e, http://www.playvid.com/watch/eXmpbs4CtFy, http://www.playvid.com/watch/krrlqcqTyKc,
http://www.playvid.com/watch/HT3dqxMCQ1c, http://www.playvid.com/watch/CD7UWhDDOue, http://www.playvid.com/watch/2Cy7mAM5UMb,
http://www.playvid.com/watch/m1Vu8nn8Y9t, http://www.playvid.com/watch/mUzAFED6ngE, http://www.playvid.com/watch/N3aoCxXK2T3,
http://www.playvid.com/watch/bLlkiQ5FZ_g, http://www.playvid.com/watch/pGMlhZU2pgj, http://www.playvid.com/watch/IDZrWv65oIf,
http://www.playvid.com/watch/A3342tWLar7, http://www.playvid.com/watch/FebfLDizlod, http://www.playvid.com/watch/5ALX2oZM9PR,
http://www.playvid.com/watch/0XxPuooUBIc, http://www.playvid.com/watch/mNSHDb6UkYL, http://www.playvid.com/watch/0rj0XnL2Phb,
http://www.playvid.com/watch/nueV_Jvhz2a, http://www.playvid.com/watch/rTjNNELEiQ4, http://www.playvid.com/watch/evEliKDIpeS,
http://www.playvid.com/watch/CLSU6CkjfOa, http://www.playvid.com/watch/rFD37moZyiF, http://www.playvid.com/watch/qGSBPC0WNe9,
http://www.playvid.com/watch/Yiy2dha1UBa, http://www.playvid.com/watch/LSzvngAeMuE, http://www.playvid.com/watch/6nAsuZiuk7F,
http://www.playvid.com/watch/kFL7cXNbUTq, http://www.playvid.com/watch/zY1ULxp8yh0, http://www.playvid.com/watch/gCDJMaBqRlR,
http://www.playvid.com/watch/6M8_1S9Woj6, http://www.playvid.com/watch/FoR9d7qx2ML, http://www.playvid.com/watch/CwRUYmmSxy9,
http://www.playvid.com/watch/WGHbtpx3kT8, http://www.playvid.com/watch/sGd0EFNcA1F, http://www.playvid.com/watch/38Kjpb8IgnM,
http://www.playvid.com/watch/LxZbPrOpW9x, http://www.playvid.com/watch/bC4BcEcx8Tn, http://www.playvid.com/watch/ijRB8cmC66H,
http://www.playvid.com/watch/J5GLt9acQSN, http://www.playvid.com/watch/lIKwim4O8D6, http://www.playvid.com/watch/utTyP7jCLlt,
http://www.playvid.com/watch/ie3wzU-0ydq, http://www.playvid.com/watch/ttquhh9-FxX, http://www.playvid.com/watch/RazvHCMYDgx,
http://www.playvid.com/watch/0XLOGXz1TrK, http://www.playvid.com/watch/CSIKt1k3Ocy, http://www.playvid.com/watch/nAF4OKJontp,
http://www.playvid.com/watch/UtpB-dJJMsB, http://www.playvid.com/watch/zLVPnZNjozM, http://www.playvid.com/watch/JcG1uzEhOhz,
http://www.playvid.com/watch/fM4gCMICePq, http://www.playvid.com/watch/wcnWWqzHtOU, http://www.playvid.com/watch/s-se90uS0nE,
http://www.playvid.com/watch/Zxj2n57BkFZ, http://www.playvid.com/watch/HtPBDzIWB3x, http://www.playvid.com/watch/vUIOBtCSYu5,
http://www.playvid.com/watch/fqEWCl54Zsj, http://www.playvid.com/watch/CptaALhnJZQ, http://www.playvid.com/watch/cFJMdj4FA34,
http://www.playvid.com/watch/tsQjQUA5ljk, http://www.playvid.com/watch/NaMYM1FjDlY, http://www.playvid.com/watch/H-pIqLJVjKR,
http://www.playvid.com/watch/g7NDbH-DBHM, http://www.playvid.com/watch/PPQfDBOffWS, http://www.playvid.com/watch/EGs2LZSZ7Iw,
http://www.playvid.com/watch/sbtJT-oiTyw, http://www.playvid.com/watch/QVFUE6HImHR, http://www.playvid.com/watch/6jlG3dqwc3E,
http://www.playvid.com/watch/jBfDIv1LTfC, http://www.playvid.com/watch/nG-J_l2brRr, http://www.playvid.com/watch/9T0Qz0p1o8x,
http://www.playvid.com/watch/EqfGlN3d1n9, http://www.playvid.com/watch/rPwM_884vd0, http://www.playvid.com/watch/JyqktJlrrzY,
http://www.playvid.com/watch/wqg96oP0DNX, http://www.playvid.com/watch/P_2dfRTQzZl, http://www.playvid.com/watch/8u4oSaevUx7,
http://www.playvid.com/watch/G1ZGAxnPVTJ, http://www.playvid.com/watch/MzlU-cRt7Ex, http://www.playvid.com/watch/uVhSdFW7NAx,
http://www.playvid.com/watch/ZlafPKOIhzJ, http://www.playvid.com/watch/n68xzlZJWWA, http://www.playvid.com/watch/KCkwkCO_269,
http://www.playvid.com/watch/z2m1pqpwsqm, http://www.playvid.com/watch/3K7sBRIUQ06, http://www.playvid.com/watch/EF4z1AmI_6Q,
http://www.playvid.com/watch/AR5r89AOKAL, http://www.playvid.com/watch/Zgw13fIBoFs, http://www.playvid.com/watch/Mj2-_Ag9zgy,
http://www.playvid.com/watch/4L0LyoDBPDQ, http://www.playvid.com/watch/3jApTNoUyHz, http://www.playvid.com/watch/Kh1b5LN9LdS,
http://www.playvid.com/watch/kMuc3LhbCv3, http://www.playvid.com/watch/rnCrfIiLaic, http://www.playvid.com/watch/tLSnbn3ocdp,
http://www.playvid.com/watch/AQ9lTynHMah, http://www.playvid.com/watch/an5XnjgF5sU, http://www.playvid.com/watch/eFN5952dP_m,
http://www.playvid.com/watch/XhvWuD6N2DU, http://www.playvid.com/watch/m1hEtEvi0R4, http://www.playvid.com/watch/FaK0wgLhXna,
http://www.playvid.com/watch/uy4vG6e6MXO, http://www.playvid.com/watch/50KT0Uaf4Gb, http://www.playvid.com/watch/RKcBwcrwe9D,
http://www.playvid.com/watch/YKNoxEQNqD0, http://www.playvid.com/watch/gT688kltDCF, http://www.playvid.com/watch/nSejcEUWU1d,
http://www.playvid.com/watch/EAOTsB1CjlX, http://www.playvid.com/watch/jO3t4AXgeRT, http://www.playvid.com/watch/42ErkkWq7eF,
http://www.playvid.com/watch/OrYy33BD0e0, http://www.playvid.com/watch/x-6R1XgPsmw, http://www.playvid.com/watch/Xbh_m4oi9VC,
http://www.playvid.com/watch/LoXnEtDQhJQ, http://www.playvid.com/watch/Oc8kdsPcs1e, http://www.playvid.com/watch/hyPn9W-lXHl,
http://www.playvid.com/watch/AHaqhL46BEK, http://www.playvid.com/watch/gI32fo116CA, http://www.playvid.com/watch/7u3HO7LMhEY,
http://www.playvid.com/watch/h--SQBD_IuZ, http://www.playvid.com/watch/zzrAxqBZ_Nh, http://www.playvid.com/watch/iDx2fFXpcrA,
http://www.playvid.com/watch/CtFqL7T8s4v, http://www.playvid.com/watch/gNQHh7Lp9F9, http://www.playvid.com/watch/n3wgYXKy8tM,
http://www.playvid.com/watch/2SskJUjiOTd, http://www.playvid.com/watch/9MSz_80Y7C4, http://www.playvid.com/watch/PzFqsNrGN8h,
http://www.playvid.com/watch/oTzTwNDA81c, http://www.playvid.com/watch/Aotra-yIeA2, http://www.playvid.com/watch/Z-dt_1Px3u8,
http://www.playvid.com/watch/ELG98k32pD2, http://www.playvid.com/watch/D3ga3wXdnJ9, http://www.playvid.com/watch/NGzvjG77koO,
http://www.playvid.com/watch/XU1Ns29vaCM, http://www.playvid.com/watch/dZk34e5a7HY, http://www.playvid.com/watch/aCXBu1XiqVk,
http://www.playvid.com/watch/MKiWY0K13Ya, http://www.playvid.com/watch/UYu5eu5QxOs, http://www.playvid.com/watch/sEyX93OCJuu,
http://www.playvid.com/watch/mJKFpvMn76f, http://www.playvid.com/watch/pABJf5GeHnU, http://www.playvid.com/watch/eipMS6jR-4M,
http://www.playvid.com/watch/Z43buSvJHZn, http://www.playvid.com/watch/Imm-7apHl7s, http://www.playvid.com/watch/CXF4KkM0NkI,
http://www.playvid.com/watch/n9vCHH93TYa, http://www.playvid.com/watch/a2z-PCz8V_v, http://www.playvid.com/watch/7Fr2sSlBVJC,
http://www.playvid.com/watch/6bed0SffhK0, http://www.playvid.com/watch/rg1mS3IbFDf, http://www.playvid.com/watch/ateopDWQpkO,
http://www.playvid.com/watch/pQ0SWHLpvfz, http://www.playvid.com/watch/qkBO9JFldUD, http://www.playvid.com/watch/V_OvhjpZoi4,
http://www.playvid.com/watch/64K-FtOfIji, http://www.playvid.com/watch/iyPcgJlerIc, http://www.playvid.com/watch/40s93MTgm4o,
http://www.playvid.com/watch/2HjKTF4Q7Fi, http://www.playvid.com/watch/p1iW5P9QQCZ, http://www.playvid.com/watch/dL-nq_f5yLl,
http://www.playvid.com/watch/eV1fJsNCN9C, http://www.playvid.com/watch/3ojiaGfy1Ms, http://www.playvid.com/watch/L1KdiNe80Rt,
http://www.playvid.com/watch/5Bn0ewSqFPl, http://www.playvid.com/watch/dcqVnREWj9T, http://www.playvid.com/watch/54DBlYHFIqG,
http://www.playvid.com/watch/n-ygvxytJid, http://www.playvid.com/watch/zRFWdw7yU-0, http://www.playvid.com/watch/T3j3dA2nIe0,
http://www.playvid.com/watch/OvGODe1Ade4, http://www.playvid.com/watch/vMWrOoWZokQ, http://www.playvid.com/watch/kmjuHTx-V80,
http://www.playvid.com/watch/uTBKQ7z7ZGv, http://www.playvid.com/watch/qVKcFu9_geV, http://www.playvid.com/watch/fkMBHxjMg6B,
http://www.playvid.com/watch/E0jkqB2-VrC, http://www.playvid.com/watch/GO3N_461anE, http://www.playvid.com/watch/iBso3aZWcVF,
http://www.playvid.com/watch/8NfoZKUrJez, http://www.playvid.com/watch/njmsNR5Xubr, http://www.playvid.com/watch/f9AqJ2DUzSR,
http://www.playvid.com/watch/phwlwYDRf0R, http://www.playvid.com/watch/O4vs4fTUFEi, http://www.playvid.com/watch/hBHMpzCISXF,
http://www.playvid.com/watch/JNGIoGFb9vg, http://www.playvid.com/watch/XXVnKTtI1xt, http://www.playvid.com/watch/3PmYV_8igdb,
http://www.playvid.com/watch/RFK4glgix6w, http://www.playvid.com/watch/fEWTDCQ5Xcd, http://www.playvid.com/watch/kWbWFqCkJiV,
http://www.playvid.com/watch/y9azzCCU1JI, http://www.playvid.com/watch/hqyaVBkEi56, http://www.playvid.com/watch/Wi5BcUkKrip,
http://www.playvid.com/watch/uespx0DHq-8, http://www.playvid.com/watch/6eeTF7OANDh, http://www.playvid.com/watch/lt1470b3-hF,
http://www.playvid.com/watch/l1q7BUvNYJi, http://www.playvid.com/watch/KhINVqUrWDF, http://www.playvid.com/watch/6dCtJ1gC7Nh,
http://www.playvid.com/watch/HgtQW6nVo39, http://www.playvid.com/watch/WnJyfS9xIRl, http://www.playvid.com/watch/maJS9fCId6J,
http://www.playvid.com/watch/zx7v-k6M_Aa, http://www.playvid.com/watch/epEHOMG3yTU, http://www.playvid.com/watch/a5JQc6B0f70,
http://www.playvid.com/watch/dEK1pyRkKhA, http://www.playvid.com/watch/OegrDkAEHBS, http://www.playvid.com/watch/qqvRxMEl_SQ,
http://www.playvid.com/watch/v0S4DliOL5F, http://www.playvid.com/watch/f_IHf78t68i, http://www.playvid.com/watch/nlUUa02Zjao,
http://www.playvid.com/watch/Rek5LbSB3D3, http://www.playvid.com/watch/DxZNGCmuXzG, http://www.playvid.com/watch/waZHApsIyEp,
http://www.playvid.com/watch/FH-YEWahdIA, http://www.playvid.com/watch/O__nPktxOkX, http://www.playvid.com/watch/Es1hsDOi0no
5.f. Date of third notice: 2014-04-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: voliummax
5.b. Uploader's email address: sandramiltory195@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/voliummax
5.e. List of videos posted by uploader: http://www.playvid.com/watch/MtrE3P-LDxt, http://www.playvid.com/watch/E0NVbkfqQcB,
http://www.playvid.com/watch/KodLmbDODez, http://www.playvid.com/watch/k3yVjZXQkkB, http://www.playvid.com/watch/VsZtKBPuWIq,
http://www.playvid.com/watch/Gb2_YCCi5lQ, http://www.playvid.com/watch/Ufb3LfRfKxd, http://www.playvid.com/watch/Nuiv5y-jvZl,
http://www.playvid.com/watch/QGK3Spu8kJU, http://www.playvid.com/watch/VL7iokGZSBl, http://www.playvid.com/watch/CXfm-PJV1pu,
http://www.playvid.com/watch/wbNPZS89Pya, http://www.playvid.com/watch/rm-Vmdky39w, http://www.playvid.com/watch/foQofvO5r2d,
http://www.playvid.com/watch/5bJVnlE-MwV, http://www.playvid.com/watch/rTW0URLZlSI, http://www.playvid.com/watch/mXM-gohDjZ0,
http://www.playvid.com/watch/WltxuRQm55d, http://www.playvid.com/watch/uCUmCPCMrVA, http://www.playvid.com/watch/29mSSKIswqz,
http://www.playvid.com/watch/W-KiM_2uOmI, http://www.playvid.com/watch/XPxMFWdpxVX, http://www.playvid.com/watch/hLESf3m-X3P,
http://www.playvid.com/watch/AtmbiPUs8aN, http://www.playvid.com/watch/tqYJBiK0O-U, http://www.playvid.com/watch/cOMvgdep9md,
http://www.playvid.com/watch/v3iKzroa-Hp, http://www.playvid.com/watch/3eaEQ46mWFR, http://www.playvid.com/watch/T1wvWe_sPla,
http://www.playvid.com/watch/KqR-NOa0j0v, http://www.playvid.com/watch/3UD4RTV43u3, http://www.playvid.com/watch/bwYNiSkg-Lr,
http://www.playvid.com/watch/4hFIgNblZDN, http://www.playvid.com/watch/2EKI4xU-uJh, http://www.playvid.com/watch/jcvkCo_zHFA,
http://www.playvid.com/watch/pydGPK34tsx, http://www.playvid.com/watch/s2n0QeDpRo2, http://www.playvid.com/watch/S9vpAHJJqvn,
http://www.playvid.com/watch/sNh64FKjpyO, http://www.playvid.com/watch/UmWpDtzvF19, http://www.playvid.com/watch/3_kC4IWYejX,
http://www.playvid.com/watch/8wdqZcIuQhg, http://www.playvid.com/watch/ToptiC4NMKn, http://www.playvid.com/watch/M2y-E-FeZ5d,
http://www.playvid.com/watch/GfylFveDFKP, http://www.playvid.com/watch/HWlLlwci_JF, http://www.playvid.com/watch/hQJelfgjgRX,
http://www.playvid.com/watch/sxFpNhw8Lu4, http://www.playvid.com/watch/dVXSZA-you8, http://www.playvid.com/watch/9Q9RxqSgNug,
http://www.playvid.com/watch/CsF7AUszeiw, http://www.playvid.com/watch/vjoPN-2ZMSN, http://www.playvid.com/watch/4eOpAyjWnLk,
http://www.playvid.com/watch/XgdDMFzwzS7, http://www.playvid.com/watch/Lxihecl t1YH, http://www.playvid.com/watch/EhyIi13_H4D,
http://www.playvid.com/watch/JgruMOx7xqe, http://www.playvid.com/watch/K9XhB6Q5O5U, http://www.playvid.com/watch/fBXdBsx8HxV,
http://www.playvid.com/watch/I0i6TonUymD, http://www.playvid.com/watch/Ayms_tNOpqD, http://www.playvid.com/watch/5h9XBrA6Z23,
http://www.playvid.com/watch/EszGVzROZRh, http://www.playvid.com/watch/na-PBhtC6Yd, http://www.playvid.com/watch/SITQD_1M_qC,
http://www.playvid.com/watch/nFl4QEBpDG6, http://www.playvid.com/watch/fZMh8NUkUJr, http://www.playvid.com/watch/AHaDTcFwXcI,
http://www.playvid.com/watch/kXhjCRf79GS, http://www.playvid.com/watch/kcPa9uLqIKl, http://www.playvid.com/watch/Gr9sN1SiptF,
http://www.playvid.com/watch/mn0VcFY0c1C, http://www.playvid.com/watch/g7lDP3gCy5V, http://www.playvid.com/watch/orcndgXUGus,
http://www.playvid.com/watch/vkm0oBGGDiQ, http://www.playvid.com/watch/kcGFhyInWSa, http://www.playvid.com/watch/TAQGsbDDmul,
http://www.playvid.com/watch/i2JbfdM0xsB, http://www.playvid.com/watch/HnpVkbi7wHq, http://www.playvid.com/watch/YifOdSOYnze,
http://www.playvid.com/watch/3ZdcslrMRwE, http://www.playvid.com/watch/ogcbTdB5ouj, http://www.playvid.com/watch/IYz_UzYRe9x,
http://www.playvid.com/watch/6FucZVSpEvQ, http://www.playvid.com/watch/ONipS3kzDLu, http://www.playvid.com/watch/gxNnP4zNGDM,
http://www.playvid.com/watch/8HjUZLSCZBR, http://www.playvid.com/watch/xW_VnrYnPpv, http://www.playvid.com/watch/h2THS6h9Cnv,
http://www.playvid.com/watch/b4hqHD4KrlU, http://www.playvid.com/watch/shS-dOkNuHk, http://www.playvid.com/watch/5mvu97l7Frh,
http://www.playvid.com/watch/8lO6Q5c4eoc, http://www.playvid.com/watch/huupEpYn8mY, http://www.playvid.com/watch/CwvvpesP-ZL,
http://www.playvid.com/watch/Rc9iwdE0BOn, http://www.playvid.com/watch/C1Uhnh34Wob, http://www.playvid.com/watch/CmUu0Q2dGTX,
http://www.playvid.com/watch/d99oJu1ONQ5, http://www.playvid.com/watch/HZwmNLWjEJO, http://www.playvid.com/watch/P79Csoh8DhP,
http://www.playvid.com/watch/B88p8_RqVK2, http://www.playvid.com/watch/aKUA_es5b4u, http://www.playvid.com/watch/pF8TsQoqogX,
http://www.playvid.com/watch/8IbGdqZDYI3, http://www.playvid.com/watch/Ah17HgmXXHV, http://www.playvid.com/watch/nzV9CjkgzCO,
http://www.playvid.com/watch/EEmm9OXuOHy, http://www.playvid.com/watch/rq6Hv3a0fVB, http://www.playvid.com/watch/xGHpHdnrJT5,
http://www.playvid.com/watch/StuOkNI2jJA, http://www.playvid.com/watch/X2fAZLb0W3O, http://www.playvid.com/watch/uhEV-wtOu5Z,
http://www.playvid.com/watch/yFqg-cd1MwR, http://www.playvid.com/watch/CtL_M-GzjoN, http://www.playvid.com/watch/0VXUJs_Zy06,
http://www.playvid.com/watch/HZvOQ0HmpGj, http://www.playvid.com/watch/7p1NSVeHGR9, http://www.playvid.com/watch/QezVs5wwi3w,
http://www.playvid.com/watch/veWgrrlImnY, http://www.playvid.com/watch/d2majPsKud6, http://www.playvid.com/watch/phypXwkZ_Ux,
http://www.playvid.com/watch/j8rCdV-_swv, http://www.playvid.com/watch/WoifCnxfyNi, http://www.playvid.com/watch/ydbzOKQQ4qu,
http://www.playvid.com/watch/cP64f0rm-Zb, http://www.playvid.com/watch/VRxLUboV-mp, http://www.playvid.com/watch/lSzdFthYsL7,
http://www.playvid.com/watch/OvYkBi9xhBI, http://www.playvid.com/watch/dhjXukgPCrp, http://www.playvid.com/watch/uhJqlEHUty9,
http://www.playvid.com/watch/qyqEmBcUoFX, http://www.playvid.com/watch/nzUdmiFEMUz, http://www.playvid.com/watch/2q_nhLcWjEH,
http://www.playvid.com/watch/MkwLfb4_0zM, http://www.playvid.com/watch/xISSlmky2wj, http://www.playvid.com/watch/20kkl0lHm7y,
http://www.playvid.com/watch/8IQX3e-4wpX, http://www.playvid.com/watch/YD45LwpPLxr, http://www.playvid.com/watch/5mhAXJGi39w,
http://www.playvid.com/watch/48C0b256AQ4, http://www.playvid.com/watch/JhfVuRjCArd, http://www.playvid.com/watch/e24woBpYsGD,
http://www.playvid.com/watch/fgUKXfMxmzc, http://www.playvid.com/watch/epESwO-zwBe, http://www.playvid.com/watch/01NRsnjrddJ,
http://www.playvid.com/watch/mfhxSGQy5G8, http://www.playvid.com/watch/cV9MGPGz5_7, http://www.playvid.com/watch/uiymtWj6GW3,
http://www.playvid.com/watch/9HtVst7ZS3B, http://www.playvid.com/watch/sy0lLhzXMc3, http://www.playvid.com/watch/q4mZzz5aAIR,
http://www.playvid.com/watch/ARVIBkzjw15, http://www.playvid.com/watch/ywvXzhNkqIG, http://www.playvid.com/watch/ojzH0x_GQba,
http://www.playvid.com/watch/vm7TfkKbUig, http://www.playvid.com/watch/G_GGsxcNGG4, http://www.playvid.com/watch/OZQsT4vCWQg,
http://www.playvid.com/watch/5fabmifRid5, http://www.playvid.com/watch/C5Bm11A6O0x, http://www.playvid.com/watch/3opeu7N3i4l
5.f. Date of third notice: 2015-10-22 18:38:22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: VulgarisMagistralis
5.b. Uploader's email address: a691349@abv.bg
5.d. Uploader's profile: http://www.playvid.com/member/VulgarisMagistralis
5.e. List of videos posted by uploader: http://www.playvid.com/watch/kHpDBGvlnpk, http://www.playvid.com/watch/H8ZB15YwCcD,
http://www.playvid.com/watch/VbWBS0D8kBK, http://www.playvid.com/watch/7nFnqfGKfSk, http://www.playvid.com/watch/X6TWXAm7AXr,
http://www.playvid.com/watch/SCPWljCmH8x, http://www.playvid.com/watch/NNJ7ycGfbtX, http://www.playvid.com/watch/iY3U1rGymMu,
http://www.playvid.com/watch/oit4lsieJPo, http://www.playvid.com/watch/Za0DoyR2f3e, http://www.playvid.com/watch/tMiRlb-y6Zg,
http://www.playvid.com/watch/Cwf0KDDZOvu, http://www.playvid.com/watch/LDf0Z3bO_0J, http://www.playvid.com/watch/0guj-eqSKum,
http://www.playvid.com/watch/ct_GLEv6R5q, http://www.playvid.com/watch/rVYkT_39s22, http://www.playvid.com/watch/o2blh5FRls2,
http://www.playvid.com/watch/Aw3VS-Bqv7f, http://www.playvid.com/watch/PmtPYr3__6k, http://www.playvid.com/watch/GD71XsjdqRK,
http://www.playvid.com/watch/Xema-USzdo5, http://www.playvid.com/watch/uHXRcPllppO, http://www.playvid.com/watch/fb39jBhFVNj,
http://www.playvid.com/watch/C8k7O0aOsLo, http://www.playvid.com/watch/IjS9XlBCCVN, http://www.playvid.com/watch/XuXIN8mRG1a,
http://www.playvid.com/watch/eNqqPn50IRp, http://www.playvid.com/watch/iG5_-Fe754r, http://www.playvid.com/watch/oEf_B0na7J8,
http://www.playvid.com/watch/vUormfYveET, http://www.playvid.com/watch/wi0j28QSgv8, http://www.playvid.com/watch/IjUB5444EZu,
http://www.playvid.com/watch/hiSV3OWQep3, http://www.playvid.com/watch/mNWOnIIDNcq, http://www.playvid.com/watch/GufMBIWGV7l,
http://www.playvid.com/watch/L__bMI8FPkI, http://www.playvid.com/watch/IbSwCDo33W0, http://www.playvid.com/watch/RzTFbz-Jmds,
http://www.playvid.com/watch/VT69R1CxQg8, http://www.playvid.com/watch/V-6FopH_x_B, http://www.playvid.com/watch/XG1EWTScc68,
http://www.playvid.com/watch/jFn-kVmaCn9, http://www.playvid.com/watch/GLAtoMz6oBh, http://www.playvid.com/watch/9YUYoDrI9gI,
http://www.playvid.com/watch/wq9KfiKP9Y9, http://www.playvid.com/watch/9XehsWxwn6n, http://www.playvid.com/watch/314f07Z53gu,
http://www.playvid.com/watch/5-BfPc9dy1r, http://www.playvid.com/watch/qEJ8jrfnKkq, http://www.playvid.com/watch/y2HloIdIC9h,
http://www.playvid.com/watch/2p6G-TG1h0y, http://www.playvid.com/watch/AI80jwB6Orh, http://www.playvid.com/watch/UHI75jtZIyW,
http://www.playvid.com/watch/YR2NXB_piqP, http://www.playvid.com/watch/vWy1CSdolci, http://www.playvid.com/watch/nV0ndL9ZxMz,
http://www.playvid.com/watch/aU-6YBZZ03V, http://www.playvid.com/watch/C902tWxbYyW, http://www.playvid.com/watch/qpYm7wN-49H,
http://www.playvid.com/watch/2sV-ajLWcgt, http://www.playvid.com/watch/nhLnUN4DK0Z, http://www.playvid.com/watch/NjcmR2u5zYR,
http://www.playvid.com/watch/amD6R9ps1F8, http://www.playvid.com/watch/4uelIvQXS-r, http://www.playvid.com/watch/I-xjE81OSWw,
http://www.playvid.com/watch/zoQ1EnPfZuq, http://www.playvid.com/watch/emoXcuBYS2I, http://www.playvid.com/watch/rLIqHN_oS62,
http://www.playvid.com/watch/mQ0vXxor0pD, http://www.playvid.com/watch/4HGbDpoYlvS
5.f. Date of third notice: 2015-09-03 23:06:31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: vvtoureg
5.b. Uploader's email address: seamearo@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/vvtoureg
5.e. List of videos posted by uploader: http://www.playvid.com/watch/d50iCqdKqFl, http://www.playvid.com/watch/hpid9hHGyol,
http://www.playvid.com/watch/swX6Xw0NkkK, http://www.playvid.com/watch/Yl24iGlAdOf, http://www.playvid.com/watch/FnA0ieXrXQ9,
http://www.playvid.com/watch/qFRWgk6Ugs6, http://www.playvid.com/watch/7L6jSfqUcOf, http://www.playvid.com/watch/nPtQ3B7l7wx,
http://www.playvid.com/watch/9j8JlqJgrb7, http://www.playvid.com/watch/-ltHu95HmJv, http://www.playvid.com/watch/VA0Nf-wceJp,
http://www.playvid.com/watch/S7xHARZNEJ5, http://www.playvid.com/watch/GDp3yR7kLnt, http://www.playvid.com/watch/usEa0Ji6Pkd,

http://www.playvid.com/watch/DwyLLZJI4X0, http://www.playvid.com/watch/XqFrgSRPUjl, http://www.playvid.com/watch/n8PSnZVqon3, http://www.playvid.com/watch/cKQMVBJlUXz, http://www.playvid.com/watch/tNBe8eGtdZr, http://www.playvid.com/watch/UWlGxjEueGw, http://www.playvid.com/watch/vmkRqwZ5xzK, http://www.playvid.com/watch/SEM0246lJ4Z, http://www.playvid.com/watch/hXiN0I79xkK, http://www.playvid.com/watch/0nptbzUgpTR, http://www.playvid.com/watch/-49xNNfaNri, http://www.playvid.com/watch/ppkxxHswRSA, http://www.playvid.com/watch/2iaJEDFAqYH, http://www.playvid.com/watch/Y8pAJAQbUkb, http://www.playvid.com/watch/b5q-pX-3chA, http://www.playvid.com/watch/zmniVfVl0g4, http://www.playvid.com/watch/VtkDcv8x5Pq, http://www.playvid.com/watch/TBtCLdjcNR8, http://www.playvid.com/watch/P9yoeOgyKN4, http://www.playvid.com/watch/orFJr2vv2bw, http://www.playvid.com/watch/MKF4i7VbpTJ, http://www.playvid.com/watch/bfx-pjhD8yF, http://www.playvid.com/watch/h8ClzNkvJyS, http://www.playvid.com/watch/-kV8E4yyVID, http://www.playvid.com/watch/vGemwhd7KiD, http://www.playvid.com/watch/XvxTdQV-jHx, http://www.playvid.com/watch/xXqNboqlblT, http://www.playvid.com/watch/Gs3hdB5xMwS, http://www.playvid.com/watch/JNuJCEhPC5J, http://www.playvid.com/watch/dvU3RrkLM00, http://www.playvid.com/watch/PKkr0d8cISm, http://www.playvid.com/watch/kAo8DUr-Mih, http://www.playvid.com/watch/3AjdvLQpVlv, http://www.playvid.com/watch/r37g8R-9tzG, http://www.playvid.com/watch/NsEjPJg78ZE, http://www.playvid.com/watch/oOkkefEUoKo, http://www.playvid.com/watch/IJES0BS8bEZ, http://www.playvid.com/watch/w9wMoHO4-tv, http://www.playvid.com/watch/CoRlYAn-GVz, http://www.playvid.com/watch/6g8yinOBzM6, http://www.playvid.com/watch/y4N4OpIwumh, http://www.playvid.com/watch/Y0V7rPkVeO4, http://www.playvid.com/watch/pinddjZXbuQ, http://www.playvid.com/watch/9cOCQ3gbmVz, http://www.playvid.com/watch/8r9UHvNDu23, http://www.playvid.com/watch/Z8plaYRFh6a, http://www.playvid.com/watch/6ymJXl-nVKZ, http://www.playvid.com/watch/CIqahuaJmuu, http://www.playvid.com/watch/Mk4aySdfm5Y, http://www.playvid.com/watch/fyGylsT2-Cf, http://www.playvid.com/watch/NDOj3U0iIZ5, http://www.playvid.com/watch/LYEDDyxY4HM, http://www.playvid.com/watch/XZJoEAeQqSg, http://www.playvid.com/watch/8YkGWxK32Sz, http://www.playvid.com/watch/I5vKhftLOx4, http://www.playvid.com/watch/SRTJFRbRtGk, http://www.playvid.com/watch/8bARZhAD8Be, http://www.playvid.com/watch/Hr80kbUIjwA
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wade30
5.b. Uploader's email address: da1nonli176@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/wade30
5.e. List of videos posted by uploader: http://www.playvid.com/watch/5pHjnHhSf6b, http://www.playvid.com/watch/-2bIHjEi4pU, http://www.playvid.com/watch/5bXxlAVs0XM, http://www.playvid.com/watch/lHQgQWssfIs, http://www.playvid.com/watch/FXFtxZuMFG3, http://www.playvid.com/watch/HrF2qIzo9YU, http://www.playvid.com/watch/5h-aS07HGAd, http://www.playvid.com/watch/Fa5pou3PaM9, http://www.playvid.com/watch/hI3Oyuewvph, http://www.playvid.com/watch/DZ3jFMdmcRP, http://www.playvid.com/watch/qeN2IFnHyMD, http://www.playvid.com/watch/eq7zGGIpgMd, http://www.playvid.com/watch/h-ik89Dn0Uf, http://www.playvid.com/watch/GAche09W7rR, http://www.playvid.com/watch/iip87Z44TAf, http://www.playvid.com/watch/NJncYAsPGrE, http://www.playvid.com/watch/B9jw98YKSv3, http://www.playvid.com/watch/kqkvdzOWdzC, http://www.playvid.com/watch/uFM4avH2Qqa, http://www.playvid.com/watch/pb0AS5Iwcch, http://www.playvid.com/watch/DSqmLJlnGp3, http://www.playvid.com/watch/qkSsD0yKt2g, http://www.playvid.com/watch/dnB3fASutAq, http://www.playvid.com/watch/3GIJFL-ATZZ, http://www.playvid.com/watch/f3jx4bs45TU, http://www.playvid.com/watch/b5wClUtozgW, http://www.playvid.com/watch/kUG3ZovmRVx, http://www.playvid.com/watch/GbJocG5Zk0x, http://www.playvid.com/watch/aasZj57WqK-, http://www.playvid.com/watch/zNaI-uWPkbh, http://www.playvid.com/watch/qEvbHbAapQk, http://www.playvid.com/watch/K8nY26yzcmp, http://www.playvid.com/watch/8tqvvi-quHh, http://www.playvid.com/watch/uoaLMhfBV0T, http://www.playvid.com/watch/odq89uSDG9R, http://www.playvid.com/watch/Jg6QPOBmK9X, http://www.playvid.com/watch/vv08SSC2c9J, http://www.playvid.com/watch/EQAuRhtMZSp, http://www.playvid.com/watch/eyHWZ3wYxOf, http://www.playvid.com/watch/v0Dx87pZmIm, http://www.playvid.com/watch/czVMKgjGFLc, http://www.playvid.com/watch/TYv4zg0z7-q, http://www.playvid.com/watch/LjTsz59D6iY, http://www.playvid.com/watch/SNDtp-2jveg, http://www.playvid.com/watch/qBUGxNYgJmX, http://www.playvid.com/watch/j2w2Wyqi3Vv, http://www.playvid.com/watch/OquLUOO6HVZ, http://www.playvid.com/watch/uXDrkdsyDds, http://www.playvid.com/watch/v759Z35UiAc, http://www.playvid.com/watch/EurD06s5gYA, http://www.playvid.com/watch/ah2PjGuZ7-Z, http://www.playvid.com/watch/oEDDz5MmVBp, http://www.playvid.com/watch/CNOKbSvAGiI, http://www.playvid.com/watch/lxLdluWOMa5, http://www.playvid.com/watch/kIF0zdvcojG, http://www.playvid.com/watch/wwpGfggkv33, http://www.playvid.com/watch/qiPYlPbXtH6, http://www.playvid.com/watch/Y3FDZATpWR7, http://www.playvid.com/watch/nnsuPWNaF-m, http://www.playvid.com/watch/klezifSPcsD, http://www.playvid.com/watch/U44LVzrtzSm, http://www.playvid.com/watch/Gr6RzbP5kfS, http://www.playvid.com/watch/aumzeMZOKHP, http://www.playvid.com/watch/QSopMhARL3e, http://www.playvid.com/watch/VpzNNYrlE9y, http://www.playvid.com/watch/pmw4bHQMOAL, http://www.playvid.com/watch/yj7ekSXdOKh, http://www.playvid.com/watch/Wp8dlgfyR5c, http://www.playvid.com/watch/0wgXVt8SLjC, http://www.playvid.com/watch/0hVoQG2hEWa, http://www.playvid.com/watch/DISro0Ybr74, http://www.playvid.com/watch/xbbwrIrPG5p, http://www.playvid.com/watch/95zE8tHVjgl, http://www.playvid.com/watch/CmgFkhMgevj, http://www.playvid.com/watch/PYxidutNqZa, http://www.playvid.com/watch/Hpm3nBSbLas, http://www.playvid.com/watch/N0bnIe7tG-Z, http://www.playvid.com/watch/i4QkDhYxXW4, http://www.playvid.com/watch/SCYMu33uMSX, http://www.playvid.com/watch/MLty7UtuwCB, http://www.playvid.com/watch/C9OU8pMQxym, http://www.playvid.com/watch/CyLskqd2cum, http://www.playvid.com/watch/BCvsXbINpP2, http://www.playvid.com/watch/2wnCV9Hjfqb, http://www.playvid.com/watch/dAzg9jT2Xae, http://www.playvid.com/watch/ACINWKsUhZB, http://www.playvid.com/watch/3bQ7ZYDSpiR, http://www.playvid.com/watch/uxp5rsu9iFH, http://www.playvid.com/watch/OcGvRIhNq8O, http://www.playvid.com/watch/kEhvYFkuhBj, http://www.playvid.com/watch/lsjEmc4j3tV, http://www.playvid.com/watch/MTct0cFk25X, http://www.playvid.com/watch/atoOoXBPvpF, http://www.playvid.com/watch/PXtrugelwTf, http://www.playvid.com/watch/tsjg3v6S9nc, http://www.playvid.com/watch/NijyQdFAYku, http://www.playvid.com/watch/86AgB0gae7-, http://www.playvid.com/watch/2aZ773lh9F-, http://www.playvid.com/watch/mllVQU-agAA, http://www.playvid.com/watch/5P7wQvzXkbJ, http://www.playvid.com/watch/VmAPKqEDHZ0, http://www.playvid.com/watch/W06YwLWEbCf, http://www.playvid.com/watch/6mLWEIGUNB-, http://www.playvid.com/watch/c82OePJUg0T, http://www.playvid.com/watch/wo7wVFYct9b, http://www.playvid.com/watch/axKyvVtye5B, http://www.playvid.com/watch/MosV5GSves4, http://www.playvid.com/watch/WlNMjVxu0cA, http://www.playvid.com/watch/lc9yvhg5bTq, http://www.playvid.com/watch/sR80OhWQ8Kv, http://www.playvid.com/watch/bSENzS-qmtt, http://www.playvid.com/watch/eXfJjk77Tog, http://www.playvid.com/watch/ONUe93t2sB4, http://www.playvid.com/watch/yhkmZEYxQJD, http://www.playvid.com/watch/HoW4NL5yRnL, http://www.playvid.com/watch/sDI6nYDQK4V, http://www.playvid.com/watch/D2ESxRvgZA-, http://www.playvid.com/watch/7qzUALt6FSf, http://www.playvid.com/watch/DMRMxQ6QCBk, http://www.playvid.com/watch/ixrvtCtpyyZ, http://www.playvid.com/watch/HQRp0VSmzSe, http://www.playvid.com/watch/wRwZfKz7e6W, http://www.playvid.com/watch/72MvDIVcmNP, http://www.playvid.com/watch/nXzruEZRgkQ, http://www.playvid.com/watch/OUvm-P9-bwJ, http://www.playvid.com/watch/EhM3X0F0gif, http://www.playvid.com/watch/RToFPRMJnIt, http://www.playvid.com/watch/wZBkNC62iZJ, http://www.playvid.com/watch/9UORpBJzmI8, http://www.playvid.com/watch/KkmGLSBZxB2, http://www.playvid.com/watch/kynuvBEwWT3, http://www.playvid.com/watch/huXSQfsqgPZ, http://www.playvid.com/watch/MQKqB6ahUyy, http://www.playvid.com/watch/noM4nt0KS0R, http://www.playvid.com/watch/r5AyJDGg_57
5.f. Date of third notice: 2015-02-24
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wait_me
5.b. Uploader's email address: miklemihael@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/wait_me
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yVQ0P_anyA8, http://www.playvid.com/watch/xBFKBftDTUp, http://www.playvid.com/watch/e_g-78oQOpF, http://www.playvid.com/watch/gYDyNleS43h, http://www.playvid.com/watch/SkrnSHDBfXf, http://www.playvid.com/watch/GUneIoKVJO6, http://www.playvid.com/watch/4tnvy0UwznJ, http://www.playvid.com/watch/4G9Na4wfyKU, http://www.playvid.com/watch/UqkwgSrP9uA, http://www.playvid.com/watch/aFbFNTNLiWq, http://www.playvid.com/watch/z_MTXwwCFBb, http://www.playvid.com/watch/lFixh1O2yRW, http://www.playvid.com/watch/pXK20XfqiBx, http://www.playvid.com/watch/K8p45RPxI4j, http://www.playvid.com/watch/HTzerr0eZdj, http://www.playvid.com/watch/eIH1AR8MInh, http://www.playvid.com/watch/FoCMUjNIrdE, http://www.playvid.com/watch/x9sT_qwQP47, http://www.playvid.com/watch/WFdSs0bONzw, http://www.playvid.com/watch/zYfxUf7N5-K, http://www.playvid.com/watch/DsVvUS32anC, http://www.playvid.com/watch/gqHIYW0rqAL, http://www.playvid.com/watch/qQ2yb0perJI, http://www.playvid.com/watch/4gLs26Y8JYU, http://www.playvid.com/watch/O356_OSpoju, http://www.playvid.com/watch/OlEDLmzF6Wv, http://www.playvid.com/watch/CCQmLeq669x, http://www.playvid.com/watch/HDkJXfu1Dxv, http://www.playvid.com/watch/O3L_qx84ss0, http://www.playvid.com/watch/PeucU5qmFhV, http://www.playvid.com/watch/ibSV7vRWZS3, http://www.playvid.com/watch/V_N-a54--3w, http://www.playvid.com/watch/bPoHA0vWPXJ, http://www.playvid.com/watch/vSjGIFNdUd9, http://www.playvid.com/watch/FpbogFxgyM0, http://www.playvid.com/watch/acsFDg3C8S2, http://www.playvid.com/watch/fwsyH3FR-8a, http://www.playvid.com/watch/7AvN6KaVbgR, http://www.playvid.com/watch/brAwFK347Fo, http://www.playvid.com/watch/ivbOkp5nspG, http://www.playvid.com/watch/KTYMxQXJdQw, http://www.playvid.com/watch/ZWS0PnSXBcg, http://www.playvid.com/watch/LEQpb8sHcvb, http://www.playvid.com/watch/8GdPyooCFVB, http://www.playvid.com/watch/Sv_EsqPIWEL, http://www.playvid.com/watch/27gQa400Um6, http://www.playvid.com/watch/ltYqcjVEw6R, http://www.playvid.com/watch/vik4zIvR9Kt, http://www.playvid.com/watch/uli8ULMaxK7, http://www.playvid.com/watch/30lS8s9eix4, http://www.playvid.com/watch/CtADd8wAdBl, http://www.playvid.com/watch/V7XbullJ9Fb, http://www.playvid.com/watch/y0jWKcXny9U,

http://www.playvid.com/watch/Fs5oNyidUaQ, http://www.playvid.com/watch/bzdz9ldSMeB, http://www.playvid.com/watch/jE2cTF1md7M,
http://www.playvid.com/watch/adyMNuDNSjT, http://www.playvid.com/watch/Hk_BTNxo11b, http://www.playvid.com/watch/Rw6GvUb0XhH,
http://www.playvid.com/watch/YBJEz35DrNM, http://www.playvid.com/watch/GGJ7QrpQxbM, http://www.playvid.com/watch/dLfJp9o3Zig,
http://www.playvid.com/watch/c3DjDf4Yo8p, http://www.playvid.com/watch/GZRAT0V_FWh, http://www.playvid.com/watch/Fg7oY6BzBIi,
http://www.playvid.com/watch/fMaKZ4xE6P4, http://www.playvid.com/watch/pJ2dVS5XKaM, http://www.playvid.com/watch/djGo_RznI6t,
http://www.playvid.com/watch/nKiriAWkuAT, http://www.playvid.com/watch/jL1TguBdgX9, http://www.playvid.com/watch/VGmYetmlc7o,
http://www.playvid.com/watch/H8PdOfI2nq9, http://www.playvid.com/watch/7aSnXtEeLei, http://www.playvid.com/watch/l3TLcXm0YCD,
http://www.playvid.com/watch/SuyX5626Lun, http://www.playvid.com/watch/KKs1OKynirj, http://www.playvid.com/watch/4Xx4Mo-CWIz,
http://www.playvid.com/watch/5K51GilBw_B, http://www.playvid.com/watch/dgECpHkqntc, http://www.playvid.com/watch/Tgc3uLn8Urz,
http://www.playvid.com/watch/kL2vADoHMRY, http://www.playvid.com/watch/EM2yrIpZTMp, http://www.playvid.com/watch/CjCuxL2jAd6,
http://www.playvid.com/watch/XUpAcTcV2YZ, http://www.playvid.com/watch/Z-bcF8UNFg2, http://www.playvid.com/watch/FkdTn_v0mYI,
http://www.playvid.com/watch/hbdI-uPo64x, http://www.playvid.com/watch/wtMicgr1xuV, http://www.playvid.com/watch/eDxWdEgaDXy,
http://www.playvid.com/watch/lk6gV62WaJd, http://www.playvid.com/watch/kWI206P8p2E, http://www.playvid.com/watch/TdodqM0NgQI,
http://www.playvid.com/watch/CrmOSXjufaF, http://www.playvid.com/watch/AzKW3XITiOV, http://www.playvid.com/watch/lyuA3h9tyYe,
http://www.playvid.com/watch/RHVAlgcYHgN, http://www.playvid.com/watch/mEuhnH1UoAK, http://www.playvid.com/watch/0wSpwa0fJjv,
http://www.playvid.com/watch/lXupWNZikF9, http://www.playvid.com/watch/7Rojr7YEH9r, http://www.playvid.com/watch/DJG7zc8XzQ4,
http://www.playvid.com/watch/DPu_84n83Ni, http://www.playvid.com/watch/NF2srRJmAHS, http://www.playvid.com/watch/STChfVYmSek,
http://www.playvid.com/watch/JunqTiJShgz, http://www.playvid.com/watch/PC0hsucY_3b, http://www.playvid.com/watch/dAW1CSm8ypv,
http://www.playvid.com/watch/ixpzQc7Dk1H, http://www.playvid.com/watch/sgoXlaCts8m, http://www.playvid.com/watch/uEtnglWr8XW,
http://www.playvid.com/watch/SpCLCBUSuDv, http://www.playvid.com/watch/iUFc2LRceOa, http://www.playvid.com/watch/jeXMK4qKW9Q,
http://www.playvid.com/watch/xCqbrEov-HH, http://www.playvid.com/watch/A9B7Kd_LQNP, http://www.playvid.com/watch/V2h0TRmSjfs,
http://www.playvid.com/watch/3zLZZFivUck, http://www.playvid.com/watch/XIi_9wlNuPp, http://www.playvid.com/watch/lgUN2fEt3qO,
http://www.playvid.com/watch/741bnvDU606, http://www.playvid.com/watch/wnAamPWFYR5, http://www.playvid.com/watch/Tg3_C3F-ERj,
http://www.playvid.com/watch/vbGvyBUgQYf, http://www.playvid.com/watch/lSxpOZqXxiP, http://www.playvid.com/watch/MjWpEAF449Z,
http://www.playvid.com/watch/x2lsmcBMYRX, http://www.playvid.com/watch/G5sf3TR2mBU, http://www.playvid.com/watch/e3v-jrjVuTB,
http://www.playvid.com/watch/kJvsG1lXAzz, http://www.playvid.com/watch/2oF3Sv-2xpH, http://www.playvid.com/watch/ndQkmNro8JP,
http://www.playvid.com/watch/VqNFs7tU1WG, http://www.playvid.com/watch/EzviQqC6baH, http://www.playvid.com/watch/vYVkWlvnkeB,
http://www.playvid.com/watch/BU-FlMJXLmd, http://www.playvid.com/watch/yvo7ej395b9, http://www.playvid.com/watch/W_msYMBwhAb,
http://www.playvid.com/watch/OYkhBFcc31E, http://www.playvid.com/watch/PKMIr8IhtYN, http://www.playvid.com/watch/RtIfpA31jws,
http://www.playvid.com/watch/9G554XDEoJZ, http://www.playvid.com/watch/ywrl1ZjhmuY, http://www.playvid.com/watch/YZocytyaMeK,
http://www.playvid.com/watch/JbsU72-coGw, http://www.playvid.com/watch/QiLMX0u8dcY, http://www.playvid.com/watch/ruJl4-PZ7Zt,
http://www.playvid.com/watch/OsH2lrMh_uY, http://www.playvid.com/watch/cpFYGbrggLp, http://www.playvid.com/watch/T8dSE9XS6lu,
http://www.playvid.com/watch/UmjhtarGYlN, http://www.playvid.com/watch/pt5UVNcOJAI, http://www.playvid.com/watch/saQxlswK7uS,
http://www.playvid.com/watch/oJWDWJgHCvz, http://www.playvid.com/watch/Ldt0r8WP5V7, http://www.playvid.com/watch/7zXkU4BX_-6,
http://www.playvid.com/watch/fQUbAbCQnE2, http://www.playvid.com/watch/3iGfm9xkNN4, http://www.playvid.com/watch/V2JtUll-NST,
http://www.playvid.com/watch/k4_KwQXRY2M, http://www.playvid.com/watch/W905E_eXj09, http://www.playvid.com/watch/BGQ6QaFmt7j,
http://www.playvid.com/watch/bj00S4QJvfx, http://www.playvid.com/watch/i8-xi-BFSzU, http://www.playvid.com/watch/klN7DJTqOkb,
http://www.playvid.com/watch/Olr-r646aYs, http://www.playvid.com/watch/GJDbVW96Ahj, http://www.playvid.com/watch/VlMzMPy6x8X,
http://www.playvid.com/watch/vLap3LNJzAm, http://www.playvid.com/watch/4LvHggfG22l, http://www.playvid.com/watch/aCbK36pezrv,
http://www.playvid.com/watch/GFPGA6S9st4, http://www.playvid.com/watch/PDwqh98zuxv, http://www.playvid.com/watch/bP7JVztT3qp,
http://www.playvid.com/watch/mdIox_Um149, http://www.playvid.com/watch/mZNhcRGtc_5, http://www.playvid.com/watch/Q-Wyoc62Nzt,
http://www.playvid.com/watch/CNKwOkAgLai, http://www.playvid.com/watch/T1bkFpOh1bn, http://www.playvid.com/watch/IyhRZjiKMiL,
http://www.playvid.com/watch/svOMV5ucp7V, http://www.playvid.com/watch/dctDZTlgOGd, http://www.playvid.com/watch/JTa_JO5NjW5,
http://www.playvid.com/watch/fnHdel7l4xf, http://www.playvid.com/watch/Qx8UaGjK-72, http://www.playvid.com/watch/nV-77fKBj_h,
http://www.playvid.com/watch/YA3LvInp0Fq, http://www.playvid.com/watch/nD6BZbTkZn0, http://www.playvid.com/watch/Xz6NbidzlQM,
http://www.playvid.com/watch/HIDnecWJqWG, http://www.playvid.com/watch/pdlk834IvCF, http://www.playvid.com/watch/vSkbFaPqGqY,
http://www.playvid.com/watch/AWRJUay8CdY, http://www.playvid.com/watch/hI3FxjwJ2Qm, http://www.playvid.com/watch/HgYx-rvdcE0,
http://www.playvid.com/watch/m9XmXvDfuPB, http://www.playvid.com/watch/ZMEQ2N1bXYU, http://www.playvid.com/watch/l_djd5VF1HH,
http://www.playvid.com/watch/ds132ODsToI, http://www.playvid.com/watch/Fk3rRv9k1Yg, http://www.playvid.com/watch/mbnIAPrHueL,
http://www.playvid.com/watch/0kKb6Vwi6BJ, http://www.playvid.com/watch/cSyHzJy2Vrk, http://www.playvid.com/watch/lEfK-pFx9pu,
http://www.playvid.com/watch/iCAb8nspu56, http://www.playvid.com/watch/mSv9srikIA3, http://www.playvid.com/watch/Ogtt7Flje1A,
http://www.playvid.com/watch/8zN4V1gemNH, http://www.playvid.com/watch/HHNdDOlGiDi, http://www.playvid.com/watch/NK7TNVb1w9s,
http://www.playvid.com/watch/LrXmqYrxY_C, http://www.playvid.com/watch/XUp-U2REijC, http://www.playvid.com/watch/FOPZw-JUjLd,
http://www.playvid.com/watch/eJVB9K6ocFr, http://www.playvid.com/watch/y9p7HOz9ouV, http://www.playvid.com/watch/O7ZIpf65Ppz,
http://www.playvid.com/watch/Nh-NVjWVnbh, http://www.playvid.com/watch/vLX0PjORWIU, http://www.playvid.com/watch/DQq3XFoRUUK,
http://www.playvid.com/watch/aZsZ8E99Zsx, http://www.playvid.com/watch/v_v_fSPueG0, http://www.playvid.com/watch/cQ1CQv3c7bM,
http://www.playvid.com/watch/tZpswT3-dRR, http://www.playvid.com/watch/dUIMXMfUtpB, http://www.playvid.com/watch/FpaoRA4SPW9,
http://www.playvid.com/watch/zJCGktevWKO, http://www.playvid.com/watch/kkT2RnFB6zo, http://www.playvid.com/watch/JsV19j6cklJ,
http://www.playvid.com/watch/yQozeE2EBMI, http://www.playvid.com/watch/mUG_n8lK8lM, http://www.playvid.com/watch/GnZ7s8sb9Qy,
http://www.playvid.com/watch/0w-GFNmpk8C, http://www.playvid.com/watch/muDCdo0OU-5, http://www.playvid.com/watch/vsZEW-Uqi9L,
http://www.playvid.com/watch/6PyLHjxogc3, http://www.playvid.com/watch/03CvrySYLuk, http://www.playvid.com/watch/Gw2RWlzFeWf,
http://www.playvid.com/watch/2XAlkEg4BfQ, http://www.playvid.com/watch/rvnsy5aRynT, http://www.playvid.com/watch/VAjU88A96vH,
http://www.playvid.com/watch/LujGlNCfQgb, http://www.playvid.com/watch/2P3GaXC64GV, http://www.playvid.com/watch/adTi9AdWGmK,
http://www.playvid.com/watch/HiWfDEnRnkp, http://www.playvid.com/watch/900g3Tn1IDE, http://www.playvid.com/watch/3mA4FhEEd4K,
http://www.playvid.com/watch/n0sGdQqlYM6, http://www.playvid.com/watch/ltqNM-RKtuI, http://www.playvid.com/watch/YkutqUkFB0y,
http://www.playvid.com/watch/FZAYhWpFanp, http://www.playvid.com/watch/k1ZhwSEcZzn, http://www.playvid.com/watch/lkXVjau0goJ,
http://www.playvid.com/watch/DkLQqKRtXDu, http://www.playvid.com/watch/eRyREz7adKm, http://www.playvid.com/watch/4HglQ6CvwJG,
http://www.playvid.com/watch/RCj6fTjyrdR, http://www.playvid.com/watch/frLQEh3FGBa, http://www.playvid.com/watch/IBhql3ksZFg,
http://www.playvid.com/watch/jDJsZmikt_u, http://www.playvid.com/watch/kZIwd0o7kBv, http://www.playvid.com/watch/jGzNCJ1Lh2b,
http://www.playvid.com/watch/xqJn-pQW7rx, http://www.playvid.com/watch/gjMP_nacYdu, http://www.playvid.com/watch/JticvmMkIOh,
http://www.playvid.com/watch/5p83S63-LM4, http://www.playvid.com/watch/nAItIrlESHQ, http://www.playvid.com/watch/4FLhEKjCTTs,
http://www.playvid.com/watch/iUl6QrKqCqy, http://www.playvid.com/watch/q1gJi3VHj4y, http://www.playvid.com/watch/ahE5_3Ay7EK,
http://www.playvid.com/watch/gKlNkucLmlH, http://www.playvid.com/watch/4GMi2SYgMro, http://www.playvid.com/watch/zqvgH8H5pvt,
http://www.playvid.com/watch/r9NRDAsWlno, http://www.playvid.com/watch/IDaQIUvckd7, http://www.playvid.com/watch/IaPS6A8Gza2,
http://www.playvid.com/watch/LW9RS_epoUA, http://www.playvid.com/watch/AtDk7iUdCz8, http://www.playvid.com/watch/24wkLODheNx,
http://www.playvid.com/watch/x8R6J82JpQc, http://www.playvid.com/watch/cWuWkcRUOLy, http://www.playvid.com/watch/Rxz0B5zui-4,
http://www.playvid.com/watch/7e7AQg8OtXc, http://www.playvid.com/watch/5tEgAYaZ2Qv, http://www.playvid.com/watch/oE4TZDXSTsH,
http://www.playvid.com/watch/AsqmK1axE4s, http://www.playvid.com/watch/RBGQjxENYvw, http://www.playvid.com/watch/T6HYTKijN88,
http://www.playvid.com/watch/l3s50ch4eCi, http://www.playvid.com/watch/KGpP_PN4t_j, http://www.playvid.com/watch/m2R07d8Hli0,
http://www.playvid.com/watch/JhetJE_lFHn, http://www.playvid.com/watch/5Sx_ZVrzTCK, http://www.playvid.com/watch/BhH4Fcv9lqq,
http://www.playvid.com/watch/BwaVAUZT5TU, http://www.playvid.com/watch/acmDV6XusZH, http://www.playvid.com/watch/c2l7NvXYW1L,
http://www.playvid.com/watch/jaOvxMq11Iw, http://www.playvid.com/watch/yrsKtg6dwzA, http://www.playvid.com/watch/K3-0_llAgwi,
http://www.playvid.com/watch/k9jBsEeMGvd, http://www.playvid.com/watch/KTMV2AIUxzq, http://www.playvid.com/watch/fV9DPMkoKyB,
http://www.playvid.com/watch/AfFREuw5vr7, http://www.playvid.com/watch/ipVRNmulH0I, http://www.playvid.com/watch/TStRRNH59ZK,
http://www.playvid.com/watch/QkxyilhJV2r, http://www.playvid.com/watch/33WXkPLmWEq, http://www.playvid.com/watch/L8ErnPxno87,
http://www.playvid.com/watch/v6ujQLIxciM, http://www.playvid.com/watch/ds5cpZ4ohKE, http://www.playvid.com/watch/FHawJ78xPXG,
http://www.playvid.com/watch/qkKRWZ0wdcX, http://www.playvid.com/watch/lC8YI4mcip4, http://www.playvid.com/watch/iUwbWCAn2O6,
http://www.playvid.com/watch/RzXOgYRDARX, http://www.playvid.com/watch/wyh25I3niJN, http://www.playvid.com/watch/T8HWUoLaRNt,
http://www.playvid.com/watch/LqI1_BIcktd, http://www.playvid.com/watch/60a0UYNAbHV, http://www.playvid.com/watch/OMRoBqwss0q,
http://www.playvid.com/watch/RY6r-6HPQC5, http://www.playvid.com/watch/aEq4RZiyLru, http://www.playvid.com/watch/nnGmBj7DKan,
http://www.playvid.com/watch/WdASbRIV1oM, http://www.playvid.com/watch/tCnHdLj3gBj, http://www.playvid.com/watch/a2JFJDYFzeN,
http://www.playvid.com/watch/pUG5mE1UflI, http://www.playvid.com/watch/uksi7iVK-RO, http://www.playvid.com/watch/SV7kWmE9rjq,
http://www.playvid.com/watch/6v9gJHFaOu4, http://www.playvid.com/watch/bOP7964_ZK6, http://www.playvid.com/watch/rwnzwGEHBtJ,
http://www.playvid.com/watch/W_iF-ZcmM8n, http://www.playvid.com/watch/0bkcJ-MixOY, http://www.playvid.com/watch/MdDt2LSC3bE,
http://www.playvid.com/watch/Oy3ls0-4-WJ, http://www.playvid.com/watch/mx4NZdX_M0s, http://www.playvid.com/watch/s5JsDO4oMsg,
http://www.playvid.com/watch/yTZJLs8Yk6v, http://www.playvid.com/watch/U5AWvXDMOQT, http://www.playvid.com/watch/z7U4qm2vdWE,

http://www.playvid.com/watch/ddLzW32WMzA, http://www.playvid.com/watch/P7KsesxrLG0, http://www.playvid.com/watch/gQN1F2EYbNi, http://www.playvid.com/watch/TT5LC-Waial, http://www.playvid.com/watch/4wfxiLXno2l, http://www.playvid.com/watch/5a20cf06tVD, http://www.playvid.com/watch/bCep516d1tG, http://www.playvid.com/watch/A0kaBfs5d04, http://www.playvid.com/watch/92HhPzX9-Nc, http://www.playvid.com/watch/HuzWKwqtUST, http://www.playvid.com/watch/pexbaEPxzrD, http://www.playvid.com/watch/RDa_WN-YNCk, http://www.playvid.com/watch/SBTY81ptIGB, http://www.playvid.com/watch/TEkX4nVfj6X, http://www.playvid.com/watch/tm6Os68_iDe, http://www.playvid.com/watch/cfOhwaaojt6, http://www.playvid.com/watch/f6VLwZOgPRf, http://www.playvid.com/watch/ReNgkMP19lJ, http://www.playvid.com/watch/p0v74k9BS3f, http://www.playvid.com/watch/LxoS1rjTXnQ, http://www.playvid.com/watch/KuHI9NNiQmT, http://www.playvid.com/watch/2Pa4ara2cyC, http://www.playvid.com/watch/OB7hMHQp7gL, http://www.playvid.com/watch/oOe_a_i3yZQ, http://www.playvid.com/watch/2LtzPFs6Qc9, http://www.playvid.com/watch/g51YRTojdxB, http://www.playvid.com/watch/DE9yhoLcVmA, http://www.playvid.com/watch/qYsWhO9xECF, http://www.playvid.com/watch/MmGuX75QZNd, http://www.playvid.com/watch/ubb1gxxqCjA, http://www.playvid.com/watch/VGnC2xBVw6J, http://www.playvid.com/watch/7IGwpV59rfO, http://www.playvid.com/watch/UincP9-DCVk, http://www.playvid.com/watch/8Zg7DPkBy2E, http://www.playvid.com/watch/PfKQZJAFkLt, http://www.playvid.com/watch/9NM025wxwyh, http://www.playvid.com/watch/gPZTyZjVGdP, http://www.playvid.com/watch/8NN3O53E8q6, http://www.playvid.com/watch/h6q3aAXZcV6, http://www.playvid.com/watch/3OH9WyU8gDy, http://www.playvid.com/watch/EykhV8-hDSB, http://www.playvid.com/watch/FazvLoF2YJU, http://www.playvid.com/watch/m6V1h2jBqOe, http://www.playvid.com/watch/ELY-AZfypuL, http://www.playvid.com/watch/N4EMbkEy6xI, http://www.playvid.com/watch/5SSv0Ujy76I, http://www.playvid.com/watch/mOq9qoh7RNo, http://www.playvid.com/watch/jVr5hZT1UM7, http://www.playvid.com/watch/raD1B9aarbE, http://www.playvid.com/watch/QnDG5kAxxnc, http://www.playvid.com/watch/DIGuk25RTCy, http://www.playvid.com/watch/CrBkxgB-shF, http://www.playvid.com/watch/64jDk974XoM, http://www.playvid.com/watch/31mQ-ASn01p, http://www.playvid.com/watch/eMX8jwZItAW, http://www.playvid.com/watch/fpk7ibLcDVF, http://www.playvid.com/watch/VP_n1x3ej7w, http://www.playvid.com/watch/xXfnS31WhrS, http://www.playvid.com/watch/wJ7t2uMyK6A, http://www.playvid.com/watch/VQE4zhaWNch, http://www.playvid.com/watch/nSC1j0U4G5K, http://www.playvid.com/watch/0faSI3VfElx, http://www.playvid.com/watch/7lQyJObAAyx, http://www.playvid.com/watch/SGWCoBOGOa9, http://www.playvid.com/watch/0IpTXHJ-RGg, http://www.playvid.com/watch/oiREA56o5x3, http://www.playvid.com/watch/dIGnSCCvywN, http://www.playvid.com/watch/i-Iwg-KjrMr, http://www.playvid.com/watch/pLzl9XKe3Yj, http://www.playvid.com/watch/n2VDCx3nSuy, http://www.playvid.com/watch/mKCIacWQoHU, http://www.playvid.com/watch/EKKfk2EuSM8, http://www.playvid.com/watch/KFZf20P_UtE, http://www.playvid.com/watch/dh6T3Ter4Y5, http://www.playvid.com/watch/gOQ1nuoylRK, http://www.playvid.com/watch/0tVenl4IlDj, http://www.playvid.com/watch/TNhAOhgwq1h, http://www.playvid.com/watch/7vbIwP95JJh, http://www.playvid.com/watch/iOnhw08Whfh, http://www.playvid.com/watch/rcb6nzxU4OV, http://www.playvid.com/watch/5bfnku9oYoE, http://www.playvid.com/watch/IBjhScM-LWH, http://www.playvid.com/watch/ExB-A14JEFM, http://www.playvid.com/watch/Tt4X54xQBBV, http://www.playvid.com/watch/HACUZ5DccDh, http://www.playvid.com/watch/fj1c-ILRY5h, http://www.playvid.com/watch/4fLSIDMGKWY, http://www.playvid.com/watch/MoDn_ATouta, http://www.playvid.com/watch/o85QDVWRYXg, http://www.playvid.com/watch/Q7AV3ZoPkqN, http://www.playvid.com/watch/LpLkfBmQX-Q, http://www.playvid.com/watch/mVbk-_vIQwK, http://www.playvid.com/watch/jkKtTlyMoOE, http://www.playvid.com/watch/RO_9SLk3OOs, http://www.playvid.com/watch/m_bS_tPlad0, http://www.playvid.com/watch/JgWhKjF9pEe, http://www.playvid.com/watch/XlKuQy1CnIq, http://www.playvid.com/watch/Ls5tUq9Lttt, http://www.playvid.com/watch/vRcdP4_SzTe, http://www.playvid.com/watch/Ozf0xQSfEu5, http://www.playvid.com/watch/EtjGdI2iFUk, http://www.playvid.com/watch/SP89pshwjSJ, http://www.playvid.com/watch/l2D94XXV_DE, http://www.playvid.com/watch/225-mDSE6tW
5.f. Date of third notice: 2014-05-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: WalkerDead
5.b. Uploader's email address: emma_19_1@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/WalkerDead
5.e. List of videos posted by uploader: http://www.playvid.com/watch/VpVwpAdjPNM, http://www.playvid.com/watch/ePPtoynog9K, http://www.playvid.com/watch/cpDSVlERs6u, http://www.playvid.com/watch/6lBnNtHnaSQ
5.f. Date of third notice: 2014-05-23
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wallery
5.b. Uploader's email address: pallweatin@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/wallery
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mM_2Iu9Kza6, http://www.playvid.com/watch/I3GCDYR_YIV, http://www.playvid.com/watch/MUxwY0jdBDU, http://www.playvid.com/watch/3KO7caINN-a, http://www.playvid.com/watch/x_-xmuAxE5g, http://www.playvid.com/watch/dD1YgHsn5IY, http://www.playvid.com/watch/GCp8G46PIQm, http://www.playvid.com/watch/VbjNRNVhCmm, http://www.playvid.com/watch/UFPOS-0eTxq, http://www.playvid.com/watch/oTn0m9dX2fv, http://www.playvid.com/watch/jVndWvZlWx6, http://www.playvid.com/watch/w_UCmLmmcXv, http://www.playvid.com/watch/LMvSL_OIlun, http://www.playvid.com/watch/ieUcycA-VkW, http://www.playvid.com/watch/gUt9tYjdnGk, http://www.playvid.com/watch/EjrChHuJKtW, http://www.playvid.com/watch/Pj1a1Wrdnwr, http://www.playvid.com/watch/HYnmmTyly2N, http://www.playvid.com/watch/LkLTLgGQzOn, http://www.playvid.com/watch/Xv1C_odzfqE, http://www.playvid.com/watch/iXHEJWpv09z, http://www.playvid.com/watch/Y03YHybm5kR, http://www.playvid.com/watch/a-EauVOMJHw, http://www.playvid.com/watch/sGzBm0nAjFV, http://www.playvid.com/watch/oahUURdIiZL, http://www.playvid.com/watch/Xym-p31V9LQ, http://www.playvid.com/watch/VeoaCB1ILM2, http://www.playvid.com/watch/SdIllX9kvDy, http://www.playvid.com/watch/wFA95wHGFbE, http://www.playvid.com/watch/O_PbEdRtcaF, http://www.playvid.com/watch/yG8sPQ1dl-r, http://www.playvid.com/watch/LObTDzFjlZr, http://www.playvid.com/watch/N8NgicQQHEm, http://www.playvid.com/watch/4jXJmv2p6_d, http://www.playvid.com/watch/vmLwJ7cZqwd, http://www.playvid.com/watch/mDxawgUna4d, http://www.playvid.com/watch/mcrtfmUD9d7, http://www.playvid.com/watch/h4JGqlyYi4K, http://www.playvid.com/watch/Ys8vUJwlI2S, http://www.playvid.com/watch/0cTWx4JcSfl, http://www.playvid.com/watch/xV4Y31tRgJa, http://www.playvid.com/watch/BHrBesIR7G3, http://www.playvid.com/watch/a37vHpllMXw, http://www.playvid.com/watch/XoodplEXT5o, http://www.playvid.com/watch/oW_Z-GkxrCv, http://www.playvid.com/watch/6fpiRLRMOF0, http://www.playvid.com/watch/tLyB91H55Xt, http://www.playvid.com/watch/eVayb9IKvu8, http://www.playvid.com/watch/ukAvzP6L3uN, http://www.playvid.com/watch/L2f7FKpDyVg, http://www.playvid.com/watch/wdiqttdd34n, http://www.playvid.com/watch/e4RsTd17XaE, http://www.playvid.com/watch/zJmbDUg9scw, http://www.playvid.com/watch/411S3rT4Wea, http://www.playvid.com/watch/VubkCH6i9M6, http://www.playvid.com/watch/0F1gKunm2V0, http://www.playvid.com/watch/xacSY3OKFy9, http://www.playvid.com/watch/d8kCweN-9Fb, http://www.playvid.com/watch/7FL5d7w9rqf, http://www.playvid.com/watch/8m_srQhq4XB, http://www.playvid.com/watch/88Vfk4TlUIb, http://www.playvid.com/watch/UnCnH1AVujY, http://www.playvid.com/watch/C0iZEk9zN8S, http://www.playvid.com/watch/0eo8MtN2vwq, http://www.playvid.com/watch/MianYLB6kbT, http://www.playvid.com/watch/M6rzLENZUbY, http://www.playvid.com/watch/VjhmfRCFkD4, http://www.playvid.com/watch/26SOy5-JDwP, http://www.playvid.com/watch/A8ZEbdt8TQN, http://www.playvid.com/watch/ckSJ_LM0zWS, http://www.playvid.com/watch/8zB7H6SgjxG, http://www.playvid.com/watch/xiwBTsj4m8C, http://www.playvid.com/watch/TESGMsoLT_E, http://www.playvid.com/watch/yzvOhY06QWO, http://www.playvid.com/watch/vtcKjydziNH, http://www.playvid.com/watch/lhIFSMH4dFW, http://www.playvid.com/watch/aRjN9yEvpc7
5.f. Date of third notice: 2015-01-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: watchthefullvideoxxx
5.b. Uploader's email address: willi5i3saac@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/watchthefullvideoxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mmjylBCtuUX, http://www.playvid.com/watch/qhH7RWnDUR4, http://www.playvid.com/watch/UcDBkXGwfJp, http://www.playvid.com/watch/EWpgIsYFZPD, http://www.playvid.com/watch/9uieWcPC5eV, http://www.playvid.com/watch/imzxoHvSUTO, http://www.playvid.com/watch/aKrDDtuzq5z, http://www.playvid.com/watch/YL7Ct2N9f0p, http://www.playvid.com/watch/wYHxhO0mYZG, http://www.playvid.com/watch/7KH7eP5y6DX, http://www.playvid.com/watch/E-kWH9dfJkO, http://www.playvid.com/watch/UeMDsKqjMFP, http://www.playvid.com/watch/2PsUxPhlTJV, http://www.playvid.com/watch/DOzdBX_12P3, http://www.playvid.com/watch/7vka1gf2TpK, http://www.playvid.com/watch/U51Fv0Ej_I3, http://www.playvid.com/watch/uua3a9Y9jIW, http://www.playvid.com/watch/3pmP0UQbJRC, http://www.playvid.com/watch/RI2eQJqmXnl, http://www.playvid.com/watch/DneqeYHmk_q, http://www.playvid.com/watch/dTMrACdX-Rc, http://www.playvid.com/watch/AjL1rlArB4Z, http://www.playvid.com/watch/rhmIt7p4Efo, http://www.playvid.com/watch/PjWpA8aNiBk, http://www.playvid.com/watch/zy9rieiP2NH, http://www.playvid.com/watch/WaA1jcW7O3u, http://www.playvid.com/watch/u_J7RIPRJRU, http://www.playvid.com/watch/GQhqhcNNokH, http://www.playvid.com/watch/oMutHN_T2SX, http://www.playvid.com/watch/4Ck1CeI-G7w, http://www.playvid.com/watch/VKh_12oaIFb, http://www.playvid.com/watch/XTZtJPokMYV, http://www.playvid.com/watch/QP_L0vG-jmS, http://www.playvid.com/watch/GKkBo1iSKC3, http://www.playvid.com/watch/iOvrx5VuJYx, http://www.playvid.com/watch/w-oJvosVa9B, http://www.playvid.com/watch/pKxo5fZmX_S, http://www.playvid.com/watch/7JZTHfndZLb, http://www.playvid.com/watch/rRPeWFVPvbd, http://www.playvid.com/watch/OTs7w1o6-WZ, http://www.playvid.com/watch/hiC6hWxmqUj, http://www.playvid.com/watch/NW7t_K156P2, http://www.playvid.com/watch/oOUhw-2Ddm7, http://www.playvid.com/watch/3ikb_fLdgSt,

http://www.playvid.com/watch/Njpd4FpHe2g, http://www.playvid.com/watch/Hhbl6A_1rzm, http://www.playvid.com/watch/MAJp3qxHuHB,
http://www.playvid.com/watch/o6mi7ocInsX, http://www.playvid.com/watch/vLWyD7jhLQK, http://www.playvid.com/watch/2vac4HLrrgU,
http://www.playvid.com/watch/RDGvNxdf04x, http://www.playvid.com/watch/3tWc14TInnc, http://www.playvid.com/watch/xt5IasAYmQ7,
http://www.playvid.com/watch/Aiv2KsZfacx, http://www.playvid.com/watch/LxCVFD3FJrg, http://www.playvid.com/watch/v8bAHFCN-qM,
http://www.playvid.com/watch/cS4b9z60wg8, http://www.playvid.com/watch/H9mHxwVMbFL, http://www.playvid.com/watch/mM6opaKtDN3,
http://www.playvid.com/watch/p11bPqxVNXN, http://www.playvid.com/watch/Em8LVDuNn8F, http://www.playvid.com/watch/b8saSiZF6Xn,
http://www.playvid.com/watch/XBVlCjy7GAy, http://www.playvid.com/watch/PxARyK7P4V5, http://www.playvid.com/watch/BvHEfq-dOnP,
http://www.playvid.com/watch/azz9SqdOYCm, http://www.playvid.com/watch/6_nrPHmU4C7, http://www.playvid.com/watch/DdTMS8vUotw,
http://www.playvid.com/watch/KNlVuUVcMUT, http://www.playvid.com/watch/jne2phVwZFx, http://www.playvid.com/watch/ggQpDv9ll2e,
http://www.playvid.com/watch/ExMiATgKllK, http://www.playvid.com/watch/wy1MyNuF1pO, http://www.playvid.com/watch/0lG3MK0BhmX,
http://www.playvid.com/watch/hqXmp3V42Xr, http://www.playvid.com/watch/uudJFJtHTmU, http://www.playvid.com/watch/vygv1yja88i,
http://www.playvid.com/watch/s2RMwap_blA, http://www.playvid.com/watch/KaWwNUfbBsx, http://www.playvid.com/watch/yHMMTByGbJw,
http://www.playvid.com/watch/d0-wyFYWtHz, http://www.playvid.com/watch/LzKsmCvNp-N, http://www.playvid.com/watch/9REgO0cSW8Y,
http://www.playvid.com/watch/Mh8QACA4D6T, http://www.playvid.com/watch/TO1fEHWb_1w, http://www.playvid.com/watch/ooC90mZpxHg,
http://www.playvid.com/watch/smMLIqbQBOA, http://www.playvid.com/watch/UYI1dEekZGW, http://www.playvid.com/watch/NTIB-VnMsg7,
http://www.playvid.com/watch/09YHeXI5G_o, http://www.playvid.com/watch/jnNFNEqPo1G, http://www.playvid.com/watch/uncclmUU7mv,
http://www.playvid.com/watch/Cr1_-7bmvDd, http://www.playvid.com/watch/eVS3cZukMgm, http://www.playvid.com/watch/qsUb7i9tHY2,
http://www.playvid.com/watch/SgPx3DFtn1h, http://www.playvid.com/watch/OU1DHlOnKTt, http://www.playvid.com/watch/Gwj6fIuUjey,
http://www.playvid.com/watch/NO08PDoTD6F, http://www.playvid.com/watch/FVWE8eG32Z7, http://www.playvid.com/watch/l1-MM_rug8r,
http://www.playvid.com/watch/cJgDFl7tGRs, http://www.playvid.com/watch/KtakjLwNKo3, http://www.playvid.com/watch/Sxs2xIdA5GP,
http://www.playvid.com/watch/YHgFVAF4h-q, http://www.playvid.com/watch/JLrQQITtRiN, http://www.playvid.com/watch/xIgV7dLqvQn,
http://www.playvid.com/watch/MBY365mDQk2, http://www.playvid.com/watch/8w_RB98e9RO, http://www.playvid.com/watch/bxvEKjPMnRQ,
http://www.playvid.com/watch/Miw4hJQl4p3, http://www.playvid.com/watch/EfHbxLKLmfq, http://www.playvid.com/watch/i6SOzopBPqE,
http://www.playvid.com/watch/WlHikDFUuyL, http://www.playvid.com/watch/TdMR3AToI6D, http://www.playvid.com/watch/5O0i50YMeew,
http://www.playvid.com/watch/LlegERYLyEY, http://www.playvid.com/watch/wHuTdGK3DK9, http://www.playvid.com/watch/29EXrAE-5ge,
http://www.playvid.com/watch/R8eVPY1WHPE, http://www.playvid.com/watch/0tSFT6UjJ-N, http://www.playvid.com/watch/0AfOG9-JoVk,
http://www.playvid.com/watch/vDYbcBu-JMg, http://www.playvid.com/watch/3T_cZAYZ7CH, http://www.playvid.com/watch/CKUY8C3LVmV,
http://www.playvid.com/watch/DIwRpTjcSpa, http://www.playvid.com/watch/wOye-_mgMDa, http://www.playvid.com/watch/dOiWU6JIvIh,
http://www.playvid.com/watch/E307j9ESrs7, http://www.playvid.com/watch/Sk5Kq4IUHRd, http://www.playvid.com/watch/LUDu9eCigWG,
http://www.playvid.com/watch/poigHEcXkgH, http://www.playvid.com/watch/IdZIlUymVVf, http://www.playvid.com/watch/O-IXN64Jvwj
5.f. Date of third notice: 2014-05-22
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: weluvporn12
5.b. Uploader's email address: ques4567@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/weluvporn12
5.e. List of videos posted by uploader: http://www.playvid.com/watch/iItYjY44Gl-, http://www.playvid.com/watch/wEdq4diCD-l,
http://www.playvid.com/watch/Qx93NAHU53X, http://www.playvid.com/watch/74fV-DVOmqv, http://www.playvid.com/watch/ODgWhDUioin,
http://www.playvid.com/watch/2--9OKrsIGz, http://www.playvid.com/watch/aTpGgpOo8cG, http://www.playvid.com/watch/E9y4AIlzExH,
http://www.playvid.com/watch/iBlbhJKSVcC, http://www.playvid.com/watch/tFPladtOOY9, http://www.playvid.com/watch/B6YAZE-kUoc,
http://www.playvid.com/watch/jhospma-D26, http://www.playvid.com/watch/i4QCtIDK3zd, http://www.playvid.com/watch/MAPeGfvzmno,
http://www.playvid.com/watch/BMubKAlC0Qk, http://www.playvid.com/watch/Qf2xVfS9hQM, http://www.playvid.com/watch/JJGd9b5Bjw2,
http://www.playvid.com/watch/ZAkewISKdMW, http://www.playvid.com/watch/CH7jelFro47, http://www.playvid.com/watch/2g5VRvEoBlK,
http://www.playvid.com/watch/pSRqVovDOnL, http://www.playvid.com/watch/UgnmvCewZyw, http://www.playvid.com/watch/ov8Wjg2egOF,
http://www.playvid.com/watch/jF88HXKDpm6, http://www.playvid.com/watch/SRPyTXsQYTS, http://www.playvid.com/watch/FLH-O2sZCxz,
http://www.playvid.com/watch/FaghDCmy9Qd, http://www.playvid.com/watch/55NvKw3Fmpq, http://www.playvid.com/watch/2mXxRgF3VK2,
http://www.playvid.com/watch/NQoGDPp-oGw, http://www.playvid.com/watch/kuMslbLLZA8, http://www.playvid.com/watch/cah8ke47nUW,
http://www.playvid.com/watch/G9R0yELAfad, http://www.playvid.com/watch/BDlU5l3MUgB, http://www.playvid.com/watch/2J80GjDOlHY,
http://www.playvid.com/watch/83YNLYE3F6l, http://www.playvid.com/watch/odc0hf7um29, http://www.playvid.com/watch/o9fnriHkPhn,
http://www.playvid.com/watch/vpNVlDU7OYq, http://www.playvid.com/watch/jSkLkyChdmY, http://www.playvid.com/watch/Mc2nyjAPdwW,
http://www.playvid.com/watch/RFTD7tQ6LlA, http://www.playvid.com/watch/ugk6c5xIxhM, http://www.playvid.com/watch/8FN86XiiH8o,
http://www.playvid.com/watch/TRgW3lnmJdI, http://www.playvid.com/watch/md9ongFpPyr, http://www.playvid.com/watch/pTuuGkBTzXS,
http://www.playvid.com/watch/qkMLhTtZpza, http://www.playvid.com/watch/-H8depragob, http://www.playvid.com/watch/zSQY2Vd60J8,
http://www.playvid.com/watch/YSpCagoFInh, http://www.playvid.com/watch/TiEJNLyG-4O, http://www.playvid.com/watch/YdXuGSI465c,
http://www.playvid.com/watch/4zrtsT9i-SP, http://www.playvid.com/watch/VF3UBokGSKi, http://www.playvid.com/watch/UCsiH2Czf-F,
http://www.playvid.com/watch/ssqNzNhxJ0k, http://www.playvid.com/watch/K39ebQN-iJa, http://www.playvid.com/watch/qeNGEJrvUuX,
http://www.playvid.com/watch/6TgtI5afSfX, http://www.playvid.com/watch/N9CxvoR7Dep, http://www.playvid.com/watch/-9nyev4TsdP,
http://www.playvid.com/watch/C-Fo0LCyQNc, http://www.playvid.com/watch/e25NwKcH7Bl, http://www.playvid.com/watch/5rbi7N2v5L0,
http://www.playvid.com/watch/cmWzqc6JAxM, http://www.playvid.com/watch/q5O2X3hDS56, http://www.playvid.com/watch/sFZlp9OOQbM,
http://www.playvid.com/watch/Zys3I62JXmk, http://www.playvid.com/watch/WYfY2SIxfsf, http://www.playvid.com/watch/KW-7KloBgpW,
http://www.playvid.com/watch/ZFvEHXwhzBP, http://www.playvid.com/watch/UJhjyFDdAxi, http://www.playvid.com/watch/houDvImcsZb,
http://www.playvid.com/watch/X5XVqENM0-0, http://www.playvid.com/watch/PKW33ckcqBZ, http://www.playvid.com/watch/d53glPv68lv,
http://www.playvid.com/watch/xd9rZi-DGtE, http://www.playvid.com/watch/W0AqIuc3JNi, http://www.playvid.com/watch/qTs293ebHFi,
http://www.playvid.com/watch/L2NnW-RLXIR, http://www.playvid.com/watch/mgUgrQCZ4Dj, http://www.playvid.com/watch/MCuo0HJmNgl,
http://www.playvid.com/watch/zyQMxccygig, http://www.playvid.com/watch/K-EqI3tuMns, http://www.playvid.com/watch/fxqBqjE78ln,
http://www.playvid.com/watch/2R2Bynp0G77, http://www.playvid.com/watch/StOjq4B5WgX, http://www.playvid.com/watch/VP-g6ZrF7O6,
http://www.playvid.com/watch/jkRwBHMINMH, http://www.playvid.com/watch/fXDRMc3finy, http://www.playvid.com/watch/qQUgpD-u7Ye,
http://www.playvid.com/watch/p9kx9Wn3y99, http://www.playvid.com/watch/waL2c-7i9FV, http://www.playvid.com/watch/yurWeuQQQEE,
http://www.playvid.com/watch/iZaNUOWHK7L, http://www.playvid.com/watch/eQ9NuGPhOdn, http://www.playvid.com/watch/AKcyG2cc3kn,
http://www.playvid.com/watch/GQpHVScQ2Ls, http://www.playvid.com/watch/SpvfCFmqo3p, http://www.playvid.com/watch/qqk8OBN9kqd,
http://www.playvid.com/watch/NbntUFapSmE, http://www.playvid.com/watch/7JfDAuGcLOT, http://www.playvid.com/watch/9PxwnXvA0Eb,
http://www.playvid.com/watch/dyDeiKt5Kkw, http://www.playvid.com/watch/-9TIWjfcLkL, http://www.playvid.com/watch/rMTyCz4vSgP,
http://www.playvid.com/watch/Yka7psY2Gi5, http://www.playvid.com/watch/a2zFtuC9RR7, http://www.playvid.com/watch/YokzjVkxtkM,
http://www.playvid.com/watch/ar77o4OvWev, http://www.playvid.com/watch/Ak72tI3d86K, http://www.playvid.com/watch/0dJKyrslAjB,
http://www.playvid.com/watch/iXaAgf9U5sa, http://www.playvid.com/watch/v7Ly6ZBdiKw, http://www.playvid.com/watch/-oGILLxD7Qe,
http://www.playvid.com/watch/gFjXDzmSFkl, http://www.playvid.com/watch/jIrYm-cYcBi, http://www.playvid.com/watch/hQCCIQM9mhW,
http://www.playvid.com/watch/FPYXb8WOnaZ, http://www.playvid.com/watch/QoVm8z2V3W-, http://www.playvid.com/watch/c6u5jm4NNW3,
http://www.playvid.com/watch/dk2n2rZZAsS, http://www.playvid.com/watch/0QnMl94jktC, http://www.playvid.com/watch/SQ0vuE045Mo,
http://www.playvid.com/watch/NEoJv5Q2UBE, http://www.playvid.com/watch/UWAFf9pRsIk, http://www.playvid.com/watch/SwU4XFcmbIS,
http://www.playvid.com/watch/FKwP84iJiRh, http://www.playvid.com/watch/KZhBK7NNIcN, http://www.playvid.com/watch/T3IWalMVlzO,
http://www.playvid.com/watch/lrIEDv0J2xc, http://www.playvid.com/watch/8UdHY-5rcT5, http://www.playvid.com/watch/tmPwg2dvZBT,
http://www.playvid.com/watch/PFZF0kVwGdc, http://www.playvid.com/watch/I9AjGBhEcW9, http://www.playvid.com/watch/y6FG6E7hHzv,
http://www.playvid.com/watch/5INnjRCq32H, http://www.playvid.com/watch/tZpRNuoMJh-, http://www.playvid.com/watch/KqU2pzqToNl,
http://www.playvid.com/watch/OF2RnVlXiRb, http://www.playvid.com/watch/P2BImJ4vD6t, http://www.playvid.com/watch/xirxOP7llmp,
http://www.playvid.com/watch/2C0vYpz-YjW, http://www.playvid.com/watch/YkuJcvUiq9b, http://www.playvid.com/watch/szgwXio5i4F,
http://www.playvid.com/watch/pz7BA3NaKKv, http://www.playvid.com/watch/ZyF6vrCnRfr, http://www.playvid.com/watch/DOJS-v7f5Rp,
http://www.playvid.com/watch/sRahkgVHE5m, http://www.playvid.com/watch/MF4IPNccxV3, http://www.playvid.com/watch/gs5ytl6BwoQ,
http://www.playvid.com/watch/XUelPxS4bZM, http://www.playvid.com/watch/TxPCzkKCujH, http://www.playvid.com/watch/TP8xpwKzSoI,
http://www.playvid.com/watch/MTm08j3QUFG, http://www.playvid.com/watch/5FUdQrvzYiy, http://www.playvid.com/watch/3S4tbUDOQKB,
http://www.playvid.com/watch/P-N5Vz7cKld, http://www.playvid.com/watch/9FeafdH26um, http://www.playvid.com/watch/6yXYLP229Xa,
http://www.playvid.com/watch/GEjmrRp-S7u, http://www.playvid.com/watch/uH626ZnlP4U, http://www.playvid.com/watch/JhHvnpuENrb,
http://www.playvid.com/watch/Pf3AK0-M5L3, http://www.playvid.com/watch/o-qfpyE6Rhp, http://www.playvid.com/watch/u6GHg3xNOSj,
http://www.playvid.com/watch/SEZZTdp3ctf, http://www.playvid.com/watch/v5ihBo-0cRE, http://www.playvid.com/watch/clDJEpF7dPF,
http://www.playvid.com/watch/TOGjzWJ9m0S, http://www.playvid.com/watch/YCzLIFI3thh, http://www.playvid.com/watch/Wtruwhqjf8j,
http://www.playvid.com/watch/8Qr3rJXFnsQ, http://www.playvid.com/watch/BoQb-ea-5sH, http://www.playvid.com/watch/MVfJkEeIKAA,
http://www.playvid.com/watch/qMx-E8cPAsW, http://www.playvid.com/watch/uLWXvNUH4Yt, http://www.playvid.com/watch/ihks-oQxkWK,

http://www.playvid.com/watch/X2UuMFCHqJa, http://www.playvid.com/watch/3HRUyYY76aS, http://www.playvid.com/watch/LM53ybAucXv, http://www.playvid.com/watch/H00SV4ZdcYr, http://www.playvid.com/watch/yQcbLrV7JiI, http://www.playvid.com/watch/CMvKr4zccgj, http://www.playvid.com/watch/Dwc4QzJEFZv, http://www.playvid.com/watch/PaidP9vnb8Z, http://www.playvid.com/watch/HH8JZ3M8jCa, http://www.playvid.com/watch/RMXtk8NcQRI, http://www.playvid.com/watch/llr48GbGCcR, http://www.playvid.com/watch/txVEFdh52fu, http://www.playvid.com/watch/4b-P73VY3hH, http://www.playvid.com/watch/vhjXiDHJKcJ, http://www.playvid.com/watch/2zG2nySeEFj, http://www.playvid.com/watch/4cWWNy7a5wb, http://www.playvid.com/watch/c9ZXtZ7h-ez, http://www.playvid.com/watch/WEgjRqpSoUe, http://www.playvid.com/watch/vYspgqzY7zo, http://www.playvid.com/watch/iSwj5Klvqx9, http://www.playvid.com/watch/PVB5wXoRNuC, http://www.playvid.com/watch/xwrfOHFnVqj, http://www.playvid.com/watch/8A-cdCrWZAC, http://www.playvid.com/watch/NwYn9RAJ289, http://www.playvid.com/watch/6T5QHdKlZZx, http://www.playvid.com/watch/-WQ6g3SjBph, http://www.playvid.com/watch/OvdiTLrJcff, http://www.playvid.com/watch/mTKmzMv3hgS, http://www.playvid.com/watch/3IWHREqLTqC, http://www.playvid.com/watch/GBhYp9EDipH, http://www.playvid.com/watch/2mhO0ICMXhj, http://www.playvid.com/watch/3ANb5C57PhS, http://www.playvid.com/watch/jfq04RIGqZP, http://www.playvid.com/watch/y0IC7IWk9mo, http://www.playvid.com/watch/Jv9mcwAykww, http://www.playvid.com/watch/lIUBudhGbx9, http://www.playvid.com/watch/pDnakVBMoHd, http://www.playvid.com/watch/DlfrUXCO4hd, http://www.playvid.com/watch/V3EWyOo7is-, http://www.playvid.com/watch/XooaamYPZB4, http://www.playvid.com/watch/tbQFn7aBezQ, http://www.playvid.com/watch/sgDfJSpFGw5, http://www.playvid.com/watch/KXvovOcmoGa, http://www.playvid.com/watch/XxlFH-gtk4H, http://www.playvid.com/watch/8qdxmeqCJzG, http://www.playvid.com/watch/Qu5wuDbdNbu, http://www.playvid.com/watch/Gijh6xgsUt0, http://www.playvid.com/watch/MBcBIXaKn7R, http://www.playvid.com/watch/RIXBTrQO9S6, http://www.playvid.com/watch/4FWxvxJOVic, http://www.playvid.com/watch/hMVNzPagaB7, http://www.playvid.com/watch/Laazfw0EvKd, http://www.playvid.com/watch/9dk7ZR5z2gu, http://www.playvid.com/watch/FpRMqjJUfOL, http://www.playvid.com/watch/dPZk7fRvoqH, http://www.playvid.com/watch/kwgNNDxSrxc, http://www.playvid.com/watch/g63c8VBoVkk, http://www.playvid.com/watch/r7uJEzLgSNg, http://www.playvid.com/watch/A4lbQWvOF4c, http://www.playvid.com/watch/34YjWr8uboE, http://www.playvid.com/watch/c0icmRcaALD, http://www.playvid.com/watch/gSSqPYAFnX5, http://www.playvid.com/watch/sGz3GiCWPlC, http://www.playvid.com/watch/nBZwXYOJKX-, http://www.playvid.com/watch/j8yMdarscm9, http://www.playvid.com/watch/HoBfCxOy0ww, http://www.playvid.com/watch/Q-Pb9BGd8H9, http://www.playvid.com/watch/CIuMEtWTuHO, http://www.playvid.com/watch/H2BMRAyYC3T, http://www.playvid.com/watch/OA5M6pMgmsi, http://www.playvid.com/watch/rjVKmnVNEwi, http://www.playvid.com/watch/9GqoT4S0UDv, http://www.playvid.com/watch/PPpMKLfc0Bp, http://www.playvid.com/watch/9qMCdCYdTgm, http://www.playvid.com/watch/60j2librZ-L, http://www.playvid.com/watch/UdMH47qatkZ, http://www.playvid.com/watch/CYt5QxjBZa2, http://www.playvid.com/watch/d4QtEZjlLBi, http://www.playvid.com/watch/H7z6FcPYTdV, http://www.playvid.com/watch/kZlefQHqebv, http://www.playvid.com/watch/uceJbtej29l, http://www.playvid.com/watch/yJZ7courBvt, http://www.playvid.com/watch/9lhH9O3GuIK, http://www.playvid.com/watch/mfBr35Rh3Hb, http://www.playvid.com/watch/Xs7zqeYXXf0, http://www.playvid.com/watch/KJVLwmFv-OX, http://www.playvid.com/watch/acy7kw2YM8r, http://www.playvid.com/watch/o9CsIVyZWAw, http://www.playvid.com/watch/qNXffGuDjdf, http://www.playvid.com/watch/LdW2zyYQBVc, http://www.playvid.com/watch/lUiSJnmR9ks, http://www.playvid.com/watch/s45xozZSUW8, http://www.playvid.com/watch/p6zZ2psVano, http://www.playvid.com/watch/jk5KjNWDqcy, http://www.playvid.com/watch/xeQQTcXNDSY, http://www.playvid.com/watch/p9rP77kud0r, http://www.playvid.com/watch/jEzAYCKbaLR, http://www.playvid.com/watch/pCmYSmrbxAj, http://www.playvid.com/watch/rPLW9BaUmjn, http://www.playvid.com/watch/X-Su7HRFFJT, http://www.playvid.com/watch/UuTcBzZ8JHU, http://www.playvid.com/watch/PiWrkCdsv9r, http://www.playvid.com/watch/jOaWQjBgsRv, http://www.playvid.com/watch/w2LptOSyLmF, http://www.playvid.com/watch/bb4w7cpUnAg, http://www.playvid.com/watch/Ml-itDVSLoF, http://www.playvid.com/watch/FbjHSRhGM9H, http://www.playvid.com/watch/Y6OK43tzuLw, http://www.playvid.com/watch/0VXo62sUdd3, http://www.playvid.com/watch/ph83lTpfVIW, http://www.playvid.com/watch/UNX6ZeIolDe, http://www.playvid.com/watch/VSxiYOgxFgG, http://www.playvid.com/watch/xWnWJXVrDwc, http://www.playvid.com/watch/sl6HrpbRHHm, http://www.playvid.com/watch/9udhoQCtrJu, http://www.playvid.com/watch/T3CKKRWBUIr, http://www.playvid.com/watch/BCjvyM8oi8Q, http://www.playvid.com/watch/wE2zkgdqvi5, http://www.playvid.com/watch/F8i2l6iiYFV, http://www.playvid.com/watch/5ON7ZZHTMhG, http://www.playvid.com/watch/3faE6XVPrVt, http://www.playvid.com/watch/LB0jg-K3zbY, http://www.playvid.com/watch/Yk3KbnO0HNa, http://www.playvid.com/watch/BOwZ8cKqVdy, http://www.playvid.com/watch/h5g4kWDeWJm, http://www.playvid.com/watch/EzcBi76G8iX, http://www.playvid.com/watch/D6t9Mnl6QhQ, http://www.playvid.com/watch/xnGy6NNImRc, http://www.playvid.com/watch/XSIo9kSZPG4, http://www.playvid.com/watch/-csmjcKP9GZ, http://www.playvid.com/watch/w9IvALwS2RG, http://www.playvid.com/watch/m75ChOhOzb-, http://www.playvid.com/watch/-zdgfhUV5fe, http://www.playvid.com/watch/uLnke-J-swR, http://www.playvid.com/watch/BKeHW-j6gZU, http://www.playvid.com/watch/XkRcS4PaLKu, http://www.playvid.com/watch/H-ynPlk8VEr, http://www.playvid.com/watch/DSRqYLGwIyg, http://www.playvid.com/watch/7dJUQ4ZDxL5, http://www.playvid.com/watch/S67aGwB4LCs, http://www.playvid.com/watch/vtcbmCMUY-m, http://www.playvid.com/watch/bxR8vyQPm6L, http://www.playvid.com/watch/5G5cPdDmRn7, http://www.playvid.com/watch/fkq4XbMFbXv, http://www.playvid.com/watch/RZtL6Az5nWs, http://www.playvid.com/watch/OTTIi--ROZh, http://www.playvid.com/watch/qbg9ZvWpzxK, http://www.playvid.com/watch/ZfvktniYpH5, http://www.playvid.com/watch/PBqtHsinPoH, http://www.playvid.com/watch/yHuvpN4lb6A, http://www.playvid.com/watch/YhEkZGg2rkO, http://www.playvid.com/watch/xUKh-mTTIjm, http://www.playvid.com/watch/BzpQ7cIXasL, http://www.playvid.com/watch/miVXKlhkxns, http://www.playvid.com/watch/eLS7CL6dV2w, http://www.playvid.com/watch/cD5nQy9J7g4, http://www.playvid.com/watch/IVDIFmHjam2, http://www.playvid.com/watch/2gR4gkepynR, http://www.playvid.com/watch/kqmblRgi33M, http://www.playvid.com/watch/boiKAJnDZLn, http://www.playvid.com/watch/Tb6vhey37sK, http://www.playvid.com/watch/OBwBG9Nj0f7, http://www.playvid.com/watch/n8VV8EtcJTs, http://www.playvid.com/watch/YAcxsTx4NaV, http://www.playvid.com/watch/7f3ABtxuG2s, http://www.playvid.com/watch/GCN2Aaz9EIc, http://www.playvid.com/watch/TOZKWVaRm5-, http://www.playvid.com/watch/avBKMb36f3s, http://www.playvid.com/watch/yQvrCgrqqaz, http://www.playvid.com/watch/VzhvT3VrsEA, http://www.playvid.com/watch/P6m8gwzIxCI, http://www.playvid.com/watch/87y4EaZJGtE, http://www.playvid.com/watch/8NxbSvjr7SL, http://www.playvid.com/watch/aqGrAmhz-8e, http://www.playvid.com/watch/onVZXvgBnEp, http://www.playvid.com/watch/SjFii8zAW9Z, http://www.playvid.com/watch/A9WjaBeFvTP, http://www.playvid.com/watch/LjPDmkzGTMm, http://www.playvid.com/watch/nMqlWSr3Xfx, http://www.playvid.com/watch/lhItf2kVQIQ, http://www.playvid.com/watch/We9SszwCuyM, http://www.playvid.com/watch/cRnW86Of6yl, http://www.playvid.com/watch/BTuf2ISeu9a, http://www.playvid.com/watch/cWMqbbbSLFV, http://www.playvid.com/watch/lRWXDDRAZz6, http://www.playvid.com/watch/WyDbWGaHr3C, http://www.playvid.com/watch/ux2qe45cHNo, http://www.playvid.com/watch/HYTcoTEbRJH, http://www.playvid.com/watch/KZhiewxyEcD, http://www.playvid.com/watch/jI6-yuIlyNa, http://www.playvid.com/watch/miX9jwypUlB, http://www.playvid.com/watch/iaqi36R6Xmg, http://www.playvid.com/watch/zQ7SIXmoMHp, http://www.playvid.com/watch/GfOzblx7KGu, http://www.playvid.com/watch/H3RZJ--hLON, http://www.playvid.com/watch/nqoIiKmTKZh, http://www.playvid.com/watch/nkyj9C3y0YK, http://www.playvid.com/watch/gDzMjuIs0Lx, http://www.playvid.com/watch/25EWmNIG9W9, http://www.playvid.com/watch/bxX-Q8pOBfI, http://www.playvid.com/watch/Y0exwdjugd2, http://www.playvid.com/watch/BmE8CTR9r3l, http://www.playvid.com/watch/XYvI9ctIoi2, http://www.playvid.com/watch/wH7Psp3qPtl, http://www.playvid.com/watch/CzO07mNC0SW, http://www.playvid.com/watch/EKpE4wM7B8Y, http://www.playvid.com/watch/XuQFRbEtWYV, http://www.playvid.com/watch/w8npGr7htA8, http://www.playvid.com/watch/9XgjarBCwO4, http://www.playvid.com/watch/TPIETON-THb, http://www.playvid.com/watch/IZZka97OfbN, http://www.playvid.com/watch/oOxrN5BnDdB, http://www.playvid.com/watch/BkMFLd92LKt, http://www.playvid.com/watch/n3U7lTVLvKg, http://www.playvid.com/watch/zPdTzzfsI4O, http://www.playvid.com/watch/-Bgr74sZzrw, http://www.playvid.com/watch/B7QV2QCmeCN, http://www.playvid.com/watch/uMsa6O2Feha, http://www.playvid.com/watch/rui305odqDG, http://www.playvid.com/watch/3jPupx-WJXP, http://www.playvid.com/watch/2T2b4aMxit6, http://www.playvid.com/watch/oFoUxYYUbt3, http://www.playvid.com/watch/Yo99UVw93RB, http://www.playvid.com/watch/8KIYGrwZHX6, http://www.playvid.com/watch/lsbFogKclkD, http://www.playvid.com/watch/zDaBXrso6Gb
5.f. Date of third notice: 2013-12-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whatsupp
5.b. Uploader's email address: amalounedelta@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/whatsupp
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AI26p-rwnJA, http://www.playvid.com/watch/UHFRyEfnrUk, http://www.playvid.com/watch/4a7bvqwzKSp, http://www.playvid.com/watch/KXkfhWCYw8t, http://www.playvid.com/watch/gJc8HgjBqj-, http://www.playvid.com/watch/jyTvWHBHAx0, http://www.playvid.com/watch/3uhtpUKFGar, http://www.playvid.com/watch/ryErMulCAr-, http://www.playvid.com/watch/XJwUdx80byG, http://www.playvid.com/watch/YzjxH5Qmzir, http://www.playvid.com/watch/4kOv255d3yw, http://www.playvid.com/watch/IhcH0U4nkWc, http://www.playvid.com/watch/pbgposnLHDw, http://www.playvid.com/watch/UpfxophRRRh, http://www.playvid.com/watch/yvI8Rk82Fig, http://www.playvid.com/watch/4MtbufNOJpE, http://www.playvid.com/watch/2lApao4UNjA, http://www.playvid.com/watch/5BS9ToHQ6Os, http://www.playvid.com/watch/FKHohgTaS8w, http://www.playvid.com/watch/ItWEZ7dx6Rp, http://www.playvid.com/watch/ffYlrDhdSbr, http://www.playvid.com/watch/NumNa-uy7wJ, http://www.playvid.com/watch/BSCmFN8rt2m, http://www.playvid.com/watch/Hg2AOJGNwZI, http://www.playvid.com/watch/Ke-EH3aZdlb, http://www.playvid.com/watch/wKm9ES7fAI-, http://www.playvid.com/watch/FywnCBv9BdI, http://www.playvid.com/watch/7eI4eQAxjjX, http://www.playvid.com/watch/n3YXpaSjEoA, http://www.playvid.com/watch/Z-87UWyvT25, http://www.playvid.com/watch/w7UsXDvCfqS, http://www.playvid.com/watch/ft8p2GiWyEI, http://www.playvid.com/watch/RaBc9TUTohq, http://www.playvid.com/watch/CbBTNVSr053, http://www.playvid.com/watch/bmdsdvCO6IK, http://www.playvid.com/watch/l2cS9o2vZGZ, http://www.playvid.com/watch/JSQtiSKQ-OC, http://www.playvid.com/watch/ivAh4Q647mL, http://www.playvid.com/watch/b98FmX6DPre, http://www.playvid.com/watch/mLB5UEfwDzI, http://www.playvid.com/watch/VB-6raUOtoD,

http://www.playvid.com/watch/0Ipe7pvlPbw, http://www.playvid.com/watch/2i6uThNr5KY, http://www.playvid.com/watch/iTnBbS79wnC, http://www.playvid.com/watch/0wfv7upvixw, http://www.playvid.com/watch/qtnGPrTs0x4, http://www.playvid.com/watch/znICbpULgCx, http://www.playvid.com/watch/SCbjvkhwqLi, http://www.playvid.com/watch/jnHTC72Gv4A, http://www.playvid.com/watch/O6RQPvfh5sc, http://www.playvid.com/watch/Lrdnvmcx2Vy, http://www.playvid.com/watch/mCA2ItRqs8U, http://www.playvid.com/watch/PTzKfbqn7rt, http://www.playvid.com/watch/WsxWkfyFIHc, http://www.playvid.com/watch/vmxPHgXvPbs, http://www.playvid.com/watch/ygFJrYlbjFZ, http://www.playvid.com/watch/eqk5f7pVsqK, http://www.playvid.com/watch/6jT4mBMrxce, http://www.playvid.com/watch/lfkt7AFKo7f, http://www.playvid.com/watch/ovE0BFW8d3N, http://www.playvid.com/watch/0quQVpBIjCl, http://www.playvid.com/watch/oTglBFOrTAq, http://www.playvid.com/watch/nJeIj0diXdB, http://www.playvid.com/watch/YJaN7cZIMed, http://www.playvid.com/watch/ZU-uSZJzPtz, http://www.playvid.com/watch/w9QW9eeLUWM, http://www.playvid.com/watch/-8YWGv0lbrf, http://www.playvid.com/watch/D2VPwpcMKIM, http://www.playvid.com/watch/GnE3V6cTY2a, http://www.playvid.com/watch/c9w--KSfO6n, http://www.playvid.com/watch/nljA5iwZnAF, http://www.playvid.com/watch/zrktDNcNPtq, http://www.playvid.com/watch/PiRwE8lrUF9, http://www.playvid.com/watch/yf0E3QQ5zcf, http://www.playvid.com/watch/FAS0yZjow9M, http://www.playvid.com/watch/-Ael96VnvAF, http://www.playvid.com/watch/MjeOzQd66zN, http://www.playvid.com/watch/i28vepjPI5N, http://www.playvid.com/watch/3BjBhY5ehKG, http://www.playvid.com/watch/BdxjxnnLlq7, http://www.playvid.com/watch/ZnhWeNNxKtd, http://www.playvid.com/watch/LZDaj4NfHkw, http://www.playvid.com/watch/84qWyVncsL3, http://www.playvid.com/watch/GQ2CRO3VlMv, http://www.playvid.com/watch/R4zmHDgaoAw, http://www.playvid.com/watch/AkDEruM9fZV, http://www.playvid.com/watch/Pffh2-Moygn, http://www.playvid.com/watch/MTorbxqvCFR, http://www.playvid.com/watch/29bvVHfT7M9, http://www.playvid.com/watch/0tsCGwy-MQq, http://www.playvid.com/watch/Kdy33hcNAZa, http://www.playvid.com/watch/gWAFIt3FL-n, http://www.playvid.com/watch/IvCoktCKbfw, http://www.playvid.com/watch/pjwyqcAhleD, http://www.playvid.com/watch/EyC02yQQNtq, http://www.playvid.com/watch/4PQBV2EWq9Y, http://www.playvid.com/watch/2kYcbZclVQN, http://www.playvid.com/watch/hKGrwPDvr-O, http://www.playvid.com/watch/wWLt8VHNRqb, http://www.playvid.com/watch/3br3X5JnwdS, http://www.playvid.com/watch/CuEU9eTtORG, http://www.playvid.com/watch/5LRYqgS-xUP, http://www.playvid.com/watch/0kpw6byFM6O, http://www.playvid.com/watch/AwaZYF9-wew, http://www.playvid.com/watch/urgukT59bON, http://www.playvid.com/watch/wAXI-mz20Vl, http://www.playvid.com/watch/Gs8XDeOSBs2, http://www.playvid.com/watch/wx2Q90jVoxD, http://www.playvid.com/watch/Fgyn2TbH2fc, http://www.playvid.com/watch/0Ylax6DwngJ, http://www.playvid.com/watch/secVlwTUViV, http://www.playvid.com/watch/UtXlxRCk9w4, http://www.playvid.com/watch/hSapdWBybBB, http://www.playvid.com/watch/Qfdh2puTRrb, http://www.playvid.com/watch/m9WVyUy22g2, http://www.playvid.com/watch/VQTcwtwAiSl, http://www.playvid.com/watch/Aa59k6aTCIB, http://www.playvid.com/watch/vRauZgg4gZD, http://www.playvid.com/watch/pWc3UOCJAdj, http://www.playvid.com/watch/Ckdx2oBDlPh, http://www.playvid.com/watch/zDEtNeAEHIT, http://www.playvid.com/watch/nIEhLOLvP-O, http://www.playvid.com/watch/fVhfGe83FHa, http://www.playvid.com/watch/dpchdgzDM88, http://www.playvid.com/watch/pSjH6FZawOZ, http://www.playvid.com/watch/Eyu5f4RFJnN, http://www.playvid.com/watch/5Zvglw7Va4D, http://www.playvid.com/watch/fTDEvNEqRMA, http://www.playvid.com/watch/-tLRsteKklZ, http://www.playvid.com/watch/ZTkbITWMH4C, http://www.playvid.com/watch/KYy5U4tHofC, http://www.playvid.com/watch/vdDQhnsCiv0, http://www.playvid.com/watch/LYRDSofVgr4, http://www.playvid.com/watch/IY6reeDbatl, http://www.playvid.com/watch/azMteaNIQOX, http://www.playvid.com/watch/GpoJJQ6uQAa, http://www.playvid.com/watch/f83fkW745Ji, http://www.playvid.com/watch/yWhasdDjwxz, http://www.playvid.com/watch/QWpnODCcDr8, http://www.playvid.com/watch/bVqUxQsJBvW, http://www.playvid.com/watch/dR8jsUzJVxE, http://www.playvid.com/watch/bv8GIinUBz6, http://www.playvid.com/watch/m8r0DQpPeFP, http://www.playvid.com/watch/CIr5x4bsSfN, http://www.playvid.com/watch/jF7pNqpdDuI, http://www.playvid.com/watch/YffDeQMGdIR
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whitebill
5.b. Uploader's email address: allywhille@mail.com
5.d. Uploader's profile: http://www.playvid.com/member/whitebill
5.e. List of videos posted by uploader: http://www.playvid.com/watch/C7FbAZKqEMO, http://www.playvid.com/watch/YksxLCMz50M, http://www.playvid.com/watch/B4fXHxj389L, http://www.playvid.com/watch/zgWqz2OZWPL, http://www.playvid.com/watch/p9hiM-RvFW8, http://www.playvid.com/watch/5xooAKnzOpU, http://www.playvid.com/watch/QiAVVG26ZoX, http://www.playvid.com/watch/GztuNzQJrDs, http://www.playvid.com/watch/Gn5l8yq-xVN, http://www.playvid.com/watch/QFgbkLv9TLc, http://www.playvid.com/watch/jwwOT7bnBV4, http://www.playvid.com/watch/hgxYV97Bi1p, http://www.playvid.com/watch/zBRgUXLhvZI, http://www.playvid.com/watch/-A8f3fal4t2, http://www.playvid.com/watch/XFvzkU6tR4U, http://www.playvid.com/watch/PoPnbaS4rLg, http://www.playvid.com/watch/lGuVIyRKfdw, http://www.playvid.com/watch/q9IRIqYOk4m, http://www.playvid.com/watch/QfSNXW8iN6r, http://www.playvid.com/watch/6I0k-06IncA, http://www.playvid.com/watch/bNymG1qOhu9, http://www.playvid.com/watch/vNgMsFEvNKM, http://www.playvid.com/watch/UTx8ibn3Krh, http://www.playvid.com/watch/dZ6mMoon5Uh, http://www.playvid.com/watch/zk2eV1Ib4Ei, http://www.playvid.com/watch/atCmN8qCS04, http://www.playvid.com/watch/Hf6acbR0DMb, http://www.playvid.com/watch/UTM8VK7nw5o, http://www.playvid.com/watch/r3PP2yCbTyO, http://www.playvid.com/watch/wByKO-XtTyD, http://www.playvid.com/watch/9nsNL6aXHXf, http://www.playvid.com/watch/TWIaqevGyRm, http://www.playvid.com/watch/s-v-sMUJrYm, http://www.playvid.com/watch/RMbXFnh4YnW, http://www.playvid.com/watch/qK3VnGYqb-8, http://www.playvid.com/watch/4b9BePj9Tyq, http://www.playvid.com/watch/En0z2SlGsKZ, http://www.playvid.com/watch/YHiA9oTae1n, http://www.playvid.com/watch/YetYLAZsu3K, http://www.playvid.com/watch/GTsAj2R-i-Y, http://www.playvid.com/watch/ThN8X0-XI4d, http://www.playvid.com/watch/IPDeVsZHefu, http://www.playvid.com/watch/kXWwSeni6zN, http://www.playvid.com/watch/iNZzMoNOBED, http://www.playvid.com/watch/tregtMLRgAm, http://www.playvid.com/watch/kJY6JInltdN, http://www.playvid.com/watch/-iGE-W3400S, http://www.playvid.com/watch/w6h7k3S3LpX, http://www.playvid.com/watch/BnNkGCadSyq, http://www.playvid.com/watch/0KQAAqObY0O, http://www.playvid.com/watch/S3nP3vIzEuJ, http://www.playvid.com/watch/OCE9N6cIeqQ, http://www.playvid.com/watch/fNEdplUzYHM, http://www.playvid.com/watch/4miI5uX8DDH, http://www.playvid.com/watch/a4k-PVJ3Xar, http://www.playvid.com/watch/3i4gYG8idhg, http://www.playvid.com/watch/c0cwmhQwPPU, http://www.playvid.com/watch/aPLuv7t2Tel, http://www.playvid.com/watch/Nbg1RoolUse, http://www.playvid.com/watch/PB7gvXFZl2S, http://www.playvid.com/watch/QW4p9d6hyWm, http://www.playvid.com/watch/x6-C46jd8H-, http://www.playvid.com/watch/PuEhH27mbBj, http://www.playvid.com/watch/Frs4omFj-tf, http://www.playvid.com/watch/U7WgdNLYMHf, http://www.playvid.com/watch/x8YnFfPURrs, http://www.playvid.com/watch/SmGA3JuWKGr, http://www.playvid.com/watch/Fe74vwNS2pA, http://www.playvid.com/watch/v7Vw2I0jGI0, http://www.playvid.com/watch/FPnr7J1563J, http://www.playvid.com/watch/09KYOpMMopB, http://www.playvid.com/watch/vLSD-EPviF0, http://www.playvid.com/watch/xHneqiEmgQZ, http://www.playvid.com/watch/o67VWvgnU3g, http://www.playvid.com/watch/JlzGQyTVq81, http://www.playvid.com/watch/lCid7F4RUxp, http://www.playvid.com/watch/H7q5c5W4NuW, http://www.playvid.com/watch/BEz1q-DSW8j, http://www.playvid.com/watch/YkRXRQ7ktxD, http://www.playvid.com/watch/77H2b-2gHWO, http://www.playvid.com/watch/3Ju-nRUX0wH, http://www.playvid.com/watch/YtKUhIIcUAe, http://www.playvid.com/watch/HEqdrZTaX-l, http://www.playvid.com/watch/otLG25Fmkz4, http://www.playvid.com/watch/NkXkqhiGfeK, http://www.playvid.com/watch/TRF3RZ8TPvH, http://www.playvid.com/watch/Bzb3X0ilE3D, http://www.playvid.com/watch/YqnRw3sxZb6, http://www.playvid.com/watch/8us3Of0hIxu, http://www.playvid.com/watch/29QKWo1efJx, http://www.playvid.com/watch/8yQ7jyusq5w, http://www.playvid.com/watch/v0DGsUZQyau, http://www.playvid.com/watch/vl0IFCAsNxe, http://www.playvid.com/watch/5o1yLEvDrAa, http://www.playvid.com/watch/it88Cp9nMqx, http://www.playvid.com/watch/DQ8JskT0k8b, http://www.playvid.com/watch/jYI4FmSORkW, http://www.playvid.com/watch/KmAqbtHx4QS, http://www.playvid.com/watch/a89VvV0j2jv, http://www.playvid.com/watch/ybI7sQzi5lJ, http://www.playvid.com/watch/g8hYgSAnKtc, http://www.playvid.com/watch/eIYSZzqDLeQ, http://www.playvid.com/watch/X-PcISBEVri, http://www.playvid.com/watch/5IUvexDx--Y, http://www.playvid.com/watch/IBl-5LRRjv6, http://www.playvid.com/watch/TUHGFLMBY9a, http://www.playvid.com/watch/lVAm3VUDK5w, http://www.playvid.com/watch/QwMsHlUNxeY, http://www.playvid.com/watch/tY3tvyJx0Sp, http://www.playvid.com/watch/FaGjHUkNjFo, http://www.playvid.com/watch/IiKgZh6fKeB, http://www.playvid.com/watch/cZYucnTnKy7, http://www.playvid.com/watch/XzJjFLMsdo2, http://www.playvid.com/watch/I6K0MVRLVf3, http://www.playvid.com/watch/gvdmg10cJDs, http://www.playvid.com/watch/at0SIJo3olq, http://www.playvid.com/watch/hkm1d0zbMTO, http://www.playvid.com/watch/eLpdI7UFJFs, http://www.playvid.com/watch/-aqwQv8B3DS, http://www.playvid.com/watch/s9ryxvXMnGa, http://www.playvid.com/watch/RZAGlbyPed8, http://www.playvid.com/watch/kGZIhciv91U, http://www.playvid.com/watch/V2E6mzbdaJY, http://www.playvid.com/watch/tfZPBnmgTiR, http://www.playvid.com/watch/nOp0oVdwbIL, http://www.playvid.com/watch/72Lc_bg0sC2, http://www.playvid.com/watch/l5JM9L_lyth, http://www.playvid.com/watch/Bwbqdsreao5, http://www.playvid.com/watch/C0jrqabO-zr, http://www.playvid.com/watch/yxMcYwwNlRe, http://www.playvid.com/watch/ccx_F-FMxuf, http://www.playvid.com/watch/KYr8J8fb8mi, http://www.playvid.com/watch/fJqvdR5VaWL, http://www.playvid.com/watch/0ji31ENQYDU, http://www.playvid.com/watch/f7TV717LVI8, http://www.playvid.com/watch/SLM81PFFYBP, http://www.playvid.com/watch/jA9xE8Fy_Ur, http://www.playvid.com/watch/cdsD4AmT29N, http://www.playvid.com/watch/pJY3I4mudUb, http://www.playvid.com/watch/huzcvq4fdqG, http://www.playvid.com/watch/mF7pnKKT1Uo, http://www.playvid.com/watch/27AVHK2JzNu, http://www.playvid.com/watch/rBz6JUPi7cP, http://www.playvid.com/watch/OiGOm4uG5hX, http://www.playvid.com/watch/yS7aVVHkpOd, http://www.playvid.com/watch/fqijbHa3TMk, http://www.playvid.com/watch/A1K7c1XVQGP, http://www.playvid.com/watch/gQ6sx8ojmgh, http://www.playvid.com/watch/Sp-gqnzVFZd, http://www.playvid.com/watch/6x3KFcV3W8x, http://www.playvid.com/watch/EmNbMhkCsma, http://www.playvid.com/watch/Zvlsy724Zse, http://www.playvid.com/watch/NfKtzb215OS, http://www.playvid.com/watch/REQBCCWR46T, http://www.playvid.com/watch/vHsioVt42JT, http://www.playvid.com/watch/auNOotwDA4R, http://www.playvid.com/watch/JN7Ix1IQtjn, http://www.playvid.com/watch/XqNDk928eri, http://www.playvid.com/watch/OJpJEQLjmVq, http://www.playvid.com/watch/ctwtCqC0OoD, http://www.playvid.com/watch/W3EWBXKxHru, http://www.playvid.com/watch/YVTHbUQkiii, http://www.playvid.com/watch/5fMX2uVwHks, http://www.playvid.com/watch/JvGZ8aLbK-k,

http://www.playvid.com/watch/Za2d6JBeqeZ, http://www.playvid.com/watch/Sfp2c-erv-v, http://www.playvid.com/watch/oWiH-q4csBf,
http://www.playvid.com/watch/hhmvWtZQEnc, http://www.playvid.com/watch/JrV1zPmJdwh, http://www.playvid.com/watch/DCEjWqcFogD,
http://www.playvid.com/watch/Fh6xfp8D6UV, http://www.playvid.com/watch/cK9E1dEvlKq, http://www.playvid.com/watch/SJxizTgKWAZ,
http://www.playvid.com/watch/N8mq_Gp6OtI, http://www.playvid.com/watch/Xljn8fMMswE, http://www.playvid.com/watch/B4hDsIkbMtL,
http://www.playvid.com/watch/hWMAAjvAmTb, http://www.playvid.com/watch/ERAO43oNeuS, http://www.playvid.com/watch/G8mYMrZQHSJ,
http://www.playvid.com/watch/weJCwLtvYgL, http://www.playvid.com/watch/ht40YqOsH0d, http://www.playvid.com/watch/tSHjmuHc322,
http://www.playvid.com/watch/CKIHNYXlj9c, http://www.playvid.com/watch/8PTHQ-9TwOc, http://www.playvid.com/watch/vi5TPPFF4LY,
http://www.playvid.com/watch/VEiMB6-0R80, http://www.playvid.com/watch/vOn1_8eJ96a, http://www.playvid.com/watch/wuaNlJHsAJx,
http://www.playvid.com/watch/2BPYMoX_wgH, http://www.playvid.com/watch/uldbfePrj25, http://www.playvid.com/watch/t7XYwKQ2DGR,
http://www.playvid.com/watch/mMpSXJ9UaSt, http://www.playvid.com/watch/jTRWWLGiKZH, http://www.playvid.com/watch/SwY1NmkoZfo,
http://www.playvid.com/watch/ocJYtXIMmYE, http://www.playvid.com/watch/FdZ1bUFiPZ8, http://www.playvid.com/watch/tyICYpIwa8l,
http://www.playvid.com/watch/GwBFoDbVE8C, http://www.playvid.com/watch/ZgXignx1KmB, http://www.playvid.com/watch/CJl-e_zMa0i,
http://www.playvid.com/watch/MYEgYpmQeQL, http://www.playvid.com/watch/wV_mlW5hVdO, http://www.playvid.com/watch/SkdFHFW6QPr,
http://www.playvid.com/watch/M9GCPp4V448, http://www.playvid.com/watch/ss_kImvmvPE, http://www.playvid.com/watch/8-4zOXq2yvk,
http://www.playvid.com/watch/N8NVHWeaT34, http://www.playvid.com/watch/oUa0Uszr9Aj, http://www.playvid.com/watch/QqhktbAaMRX,
http://www.playvid.com/watch/eze6fxDN7YB, http://www.playvid.com/watch/YpfJ9YK3LgZ, http://www.playvid.com/watch/arISj8VJYxg,
http://www.playvid.com/watch/JKX6FnNymgr, http://www.playvid.com/watch/0EvIZ9FmSD3, http://www.playvid.com/watch/s8KZmSa_Fj5,
http://www.playvid.com/watch/ZJYk7-Ky5xd, http://www.playvid.com/watch/uoDgNUS40HV, http://www.playvid.com/watch/5HZ2pDLaPky,
http://www.playvid.com/watch/Zdgc5f-_O83, http://www.playvid.com/watch/MPYWV89JzVt, http://www.playvid.com/watch/GV0KO5ah3ng,
http://www.playvid.com/watch/6DCbFkeKkXs, http://www.playvid.com/watch/Eh4R1n15XRh, http://www.playvid.com/watch/VPfU0xOZK_E,
http://www.playvid.com/watch/4dcxISk4O9w, http://www.playvid.com/watch/c8NDL3p-6VJ, http://www.playvid.com/watch/cmLedLiP8dw,
http://www.playvid.com/watch/LtKFHiD3V04, http://www.playvid.com/watch/Be1t0FZzPH7, http://www.playvid.com/watch/dU1a0BNhXgp,
http://www.playvid.com/watch/Xjk3-K9WXZ0, http://www.playvid.com/watch/R-86NwIrJxn, http://www.playvid.com/watch/bgqjpLU1HFb,
http://www.playvid.com/watch/WBBQEOdXJBu, http://www.playvid.com/watch/ECa87qyem2g, http://www.playvid.com/watch/DObg7E9eS54,
http://www.playvid.com/watch/0ZWifX4OXST, http://www.playvid.com/watch/69mTGZQe6NO, http://www.playvid.com/watch/WRiXSFTIpvK,
http://www.playvid.com/watch/U7CUAOB4H5b, http://www.playvid.com/watch/2nVF7CxW_j2, http://www.playvid.com/watch/HjiOcjDhqsK,
http://www.playvid.com/watch/ybHy-jv4ZB0, http://www.playvid.com/watch/uJCsoJl7A9O
5.f. Date of third notice: 2014-03-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whiteboy07
5.b. Uploader's email address: keith.blackmon@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/whiteboy07
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QSKnBjqJ3_o, http://www.playvid.com/watch/EmnGcFNVQXQ,
http://www.playvid.com/watch/a7izmemt-vk, http://www.playvid.com/watch/SZEDAPPwyys, http://www.playvid.com/watch/tr55UjzFAzF,
http://www.playvid.com/watch/0gPum2i-Wky, http://www.playvid.com/watch/buhGw61LiMv, http://www.playvid.com/watch/FyYIXGRBB5l,
http://www.playvid.com/watch/2sjRX3SfUOQ, http://www.playvid.com/watch/a9ulLmdBHmu, http://www.playvid.com/watch/8ygvkfekiPg,
http://www.playvid.com/watch/x2ViS4MNUKD, http://www.playvid.com/watch/sFcIhvh6YTw, http://www.playvid.com/watch/zcVuoyLEEVF,
http://www.playvid.com/watch/zb6sCgpeZVP, http://www.playvid.com/watch/7f7c-p5C8Cp, http://www.playvid.com/watch/Rfx-SqmFsBG,
http://www.playvid.com/watch/4IMzw63Z_Nc, http://www.playvid.com/watch/8Zmxf9_ekIF, http://www.playvid.com/watch/oOZrb0e1uqe,
http://www.playvid.com/watch/TGvphm2Gk-3, http://www.playvid.com/watch/oZijgf9VxYx, http://www.playvid.com/watch/L3WYjmFy4tg,
http://www.playvid.com/watch/o79jyS7LTwx, http://www.playvid.com/watch/SNXVpTthvEP, http://www.playvid.com/watch/dtlyEi9jn9Q,
http://www.playvid.com/watch/krYiWSuigvs, http://www.playvid.com/watch/LpZk0vu5ec2, http://www.playvid.com/watch/ufAGMJBHMMo,
http://www.playvid.com/watch/H6LPhb47DTe, http://www.playvid.com/watch/bhVT_K3szyA, http://www.playvid.com/watch/ejaGbbAYqL7,
http://www.playvid.com/watch/tC8nJgz6XRa, http://www.playvid.com/watch/32zHYuiSx2J, http://www.playvid.com/watch/qGeJ_nHigmV,
http://www.playvid.com/watch/Rj0Gm0QDQhl, http://www.playvid.com/watch/ukRisNSdXAA, http://www.playvid.com/watch/93PNfL5ntjb,
http://www.playvid.com/watch/dCt_ZBtPYTB, http://www.playvid.com/watch/WxP16AwykOS, http://www.playvid.com/watch/p-_XrstrI7D,
http://www.playvid.com/watch/lV4MVMGvo7K, http://www.playvid.com/watch/XQB2tadY6ns, http://www.playvid.com/watch/G2xJ7SEHZdI,
http://www.playvid.com/watch/0aFPkArLn6o, http://www.playvid.com/watch/ksDvBAOBHg2, http://www.playvid.com/watch/CphgnR6hTTe,
http://www.playvid.com/watch/Irr-Z8DOYlS, http://www.playvid.com/watch/iTadZ13k0x8, http://www.playvid.com/watch/l3U8rsSGimY,
http://www.playvid.com/watch/YJ87G9t661a, http://www.playvid.com/watch/CKPVOllnW0y, http://www.playvid.com/watch/x8HR6jCh7rL,
http://www.playvid.com/watch/KZU3M6BJPVH, http://www.playvid.com/watch/cdUjwuicvfh, http://www.playvid.com/watch/Jn52gqgRM52,
http://www.playvid.com/watch/9pZAOr2fXJT, http://www.playvid.com/watch/3pmDI_8nw3S, http://www.playvid.com/watch/0vYw7GUP9ql,
http://www.playvid.com/watch/39CBTadJDxS, http://www.playvid.com/watch/0tXbSXnoTqX, http://www.playvid.com/watch/fu8abQIwmNb,
http://www.playvid.com/watch/rsGrZesUiBL, http://www.playvid.com/watch/TdfIHdQKfhB, http://www.playvid.com/watch/lXSxvvhTeIQ,
http://www.playvid.com/watch/2K7sofRXqDB, http://www.playvid.com/watch/fjkSFX5xaeP, http://www.playvid.com/watch/8BFxrBQWnMg,
http://www.playvid.com/watch/7kTEKGt5eXc, http://www.playvid.com/watch/H8HLBxlg4wr, http://www.playvid.com/watch/Hmm1PIC--7t,
http://www.playvid.com/watch/SNEUKdXZR-J, http://www.playvid.com/watch/VzCJpstXP9z, http://www.playvid.com/watch/U59hra7h3Ll,
http://www.playvid.com/watch/mcWGeL3PTVz, http://www.playvid.com/watch/KoyO19TRAUq, http://www.playvid.com/watch/T5kYKm7Q3GP,
http://www.playvid.com/watch/uYZjhVOBXMw, http://www.playvid.com/watch/bDBpE09kvDC, http://www.playvid.com/watch/KtaF1ngFF1Y,
http://www.playvid.com/watch/biO7kccWY9H, http://www.playvid.com/watch/wa2otYI0t7M, http://www.playvid.com/watch/TNkFwSe5IlN,
http://www.playvid.com/watch/tcx8PHC-Q5g, http://www.playvid.com/watch/9VNc7alp14g, http://www.playvid.com/watch/vgdICeJFcRf,
http://www.playvid.com/watch/xNwe1NuH3la, http://www.playvid.com/watch/PgD3I7AAE5a, http://www.playvid.com/watch/omtuktKbX8C,
http://www.playvid.com/watch/i9YcV0qY98T, http://www.playvid.com/watch/qWCuyf0gLQv, http://www.playvid.com/watch/2xCejZ-DoHV,
http://www.playvid.com/watch/4joC6tyGU6f, http://www.playvid.com/watch/JD3JyH_Cout, http://www.playvid.com/watch/idUz4s4C72A,
http://www.playvid.com/watch/x0x_STrcHju, http://www.playvid.com/watch/S1xNpPKuIKU, http://www.playvid.com/watch/07pCOXAPtWO,
http://www.playvid.com/watch/9LZE-JkIKWx, http://www.playvid.com/watch/AG_cyQuNTi5, http://www.playvid.com/watch/Gz2OfSiEvMO,
http://www.playvid.com/watch/ZgzeYEt43Gx, http://www.playvid.com/watch/ZffxxHr3qCf, http://www.playvid.com/watch/217MmLmV09T,
http://www.playvid.com/watch/8R7JCcfal9s, http://www.playvid.com/watch/DghbRqJ1Q50, http://www.playvid.com/watch/FNNApmPUzhd,
http://www.playvid.com/watch/t5UmOwXes3Q, http://www.playvid.com/watch/bS3-0pEovZ6, http://www.playvid.com/watch/Nd_fHhwxqT3,
http://www.playvid.com/watch/dumYqstXvrC, http://www.playvid.com/watch/ozcqr-noJy6, http://www.playvid.com/watch/fSaCv4dEf7d,
http://www.playvid.com/watch/qeDLLSSH5Ed, http://www.playvid.com/watch/hdJGliHUH8D, http://www.playvid.com/watch/rRa8c8kR6zI,
http://www.playvid.com/watch/Uds5gnodP7C, http://www.playvid.com/watch/fhdPogG2WcI, http://www.playvid.com/watch/lm6ZJBYpaAy,
http://www.playvid.com/watch/8NZI9fwyZte, http://www.playvid.com/watch/Wa8Fdgillmz, http://www.playvid.com/watch/2SuDw2aeqgs,
http://www.playvid.com/watch/8Mf9I6a5nYa, http://www.playvid.com/watch/E9Im7uQIADi, http://www.playvid.com/watch/rZH5-BK9bFY,
http://www.playvid.com/watch/JwgUp2tqzFR, http://www.playvid.com/watch/oATBn-FGC2n, http://www.playvid.com/watch/elt360LnzL2,
http://www.playvid.com/watch/jTdBwsCrWhh, http://www.playvid.com/watch/oey6_O77VGS, http://www.playvid.com/watch/mhYq2KUZU_W,
http://www.playvid.com/watch/XjAEv6BV4vu, http://www.playvid.com/watch/dkd9J20CIQ3, http://www.playvid.com/watch/Uuo2ixaAcKa,
http://www.playvid.com/watch/0Cita33JTK3, http://www.playvid.com/watch/TiHsyR1Ut73, http://www.playvid.com/watch/PDhiF1dWdyC,
http://www.playvid.com/watch/yyYkunXVl1f, http://www.playvid.com/watch/ehK9lF17xLk, http://www.playvid.com/watch/YQLjLZ5giSs,
http://www.playvid.com/watch/kNMI4__bzna, http://www.playvid.com/watch/UkXqK8WUp4W, http://www.playvid.com/watch/xOe-clmfGJl,
http://www.playvid.com/watch/aVQz3hsDD4v, http://www.playvid.com/watch/yt5B6Q4AmKR, http://www.playvid.com/watch/lPWauxYDjfk,
http://www.playvid.com/watch/VD-HUlU_PWP, http://www.playvid.com/watch/98azgkYydjn, http://www.playvid.com/watch/QmIrJ8Z9AO9,
http://www.playvid.com/watch/nTN-8jXxqq3, http://www.playvid.com/watch/HeOS002LZ-9, http://www.playvid.com/watch/yjz8X4XGltY,
http://www.playvid.com/watch/gujVVOJR-nc, http://www.playvid.com/watch/sEL0flds48O, http://www.playvid.com/watch/XBnwewkb9tO,
http://www.playvid.com/watch/nHae6J2y-RM, http://www.playvid.com/watch/X15_8dIBebk, http://www.playvid.com/watch/0CVYSb8s30u,
http://www.playvid.com/watch/3XUwou5X-3m, http://www.playvid.com/watch/L_9izOrhu8G, http://www.playvid.com/watch/sXIaBBOq0ch,
http://www.playvid.com/watch/bwnbjcOAmR4, http://www.playvid.com/watch/3SNnMlvWnrT, http://www.playvid.com/watch/96xNnB6nAM4,
http://www.playvid.com/watch/UG044vAxsUZ, http://www.playvid.com/watch/w_7a20Lomol, http://www.playvid.com/watch/DzyW0Vb3lEO,
http://www.playvid.com/watch/uf55z2qAYtj, http://www.playvid.com/watch/pXQqfV7Jyxy, http://www.playvid.com/watch/zYr_K6CYvx2,
http://www.playvid.com/watch/EuMB8shRy9z, http://www.playvid.com/watch/4jT9JiqPs0i, http://www.playvid.com/watch/qPT3SRaOlcP,
http://www.playvid.com/watch/EjzL-qIQifX, http://www.playvid.com/watch/xJICtj3XqWx, http://www.playvid.com/watch/7PIVkkJZ7lE,
http://www.playvid.com/watch/2TQQ7b4xe4C, http://www.playvid.com/watch/VW-qZit4iio, http://www.playvid.com/watch/dah8wonNifb,
http://www.playvid.com/watch/Ybw8drGg_1h, http://www.playvid.com/watch/5IR_mrAVdCq, http://www.playvid.com/watch/SPagZKjc60U,
http://www.playvid.com/watch/qUJeq6KaPzF, http://www.playvid.com/watch/pgL3N6DCr-N, http://www.playvid.com/watch/z5JlivMVlHO,
http://www.playvid.com/watch/FKGEXoU1-LX, http://www.playvid.com/watch/hMA0oK4GDlV, http://www.playvid.com/watch/DpmV6-TU9Xv,

http://www.playvid.com/watch/9x8QL0Dbh0s, http://www.playvid.com/watch/CnF-qxpn-6F, http://www.playvid.com/watch/2jwrMESoLv8,
http://www.playvid.com/watch/t0iKaBF9vLG, http://www.playvid.com/watch/IhXcCEpm2vm, http://www.playvid.com/watch/vh54WVk6YLO,
http://www.playvid.com/watch/goRr5hw8s2Z, http://www.playvid.com/watch/cEJPWPQNPH8, http://www.playvid.com/watch/iRG1iF3Bt1H,
http://www.playvid.com/watch/wfkz9In9Hjh, http://www.playvid.com/watch/gD4fZSzPX1V, http://www.playvid.com/watch/REnntzb3lXk,
http://www.playvid.com/watch/wvLiKn3mFcO, http://www.playvid.com/watch/98-4uE0x-uP, http://www.playvid.com/watch/94MvYeMiSHx,
http://www.playvid.com/watch/yvYE_HZFCtl, http://www.playvid.com/watch/6vx5sA24dev, http://www.playvid.com/watch/UHdM0WjWnJg,
http://www.playvid.com/watch/5fCfNsyUr3K, http://www.playvid.com/watch/tk69IDpmLMU, http://www.playvid.com/watch/0-CLPYTl-OC,
http://www.playvid.com/watch/hom78nKGmF0, http://www.playvid.com/watch/SuEq_vNBdBQ, http://www.playvid.com/watch/0vfE8ozBQUE,
http://www.playvid.com/watch/P9ieN-PGh4m, http://www.playvid.com/watch/P8JENDNHQ8k, http://www.playvid.com/watch/a7YqbQQvsBV,
http://www.playvid.com/watch/ZEF28w15Clk, http://www.playvid.com/watch/Xkv4wL66tof, http://www.playvid.com/watch/c6jy9eK2kqv,
http://www.playvid.com/watch/s2kPXVVaYAb, http://www.playvid.com/watch/Ajs_-E5QpIT, http://www.playvid.com/watch/b2OaupYKPIe,
http://www.playvid.com/watch/RS6JoAckNT6, http://www.playvid.com/watch/kIrXHTqCX0R, http://www.playvid.com/watch/K076J96VaPR,
http://www.playvid.com/watch/o2am2S5oHRx, http://www.playvid.com/watch/z2ex0x4x0Rh, http://www.playvid.com/watch/2Jj41lgqw4U,
http://www.playvid.com/watch/MdSldsd5dQZ, http://www.playvid.com/watch/Wl6M0d-9v9G, http://www.playvid.com/watch/mZv1yta4dQI,
http://www.playvid.com/watch/kyT1Qw6RwkX, http://www.playvid.com/watch/L3gAXtyIuKa, http://www.playvid.com/watch/8MY4n8w1OGJ,
http://www.playvid.com/watch/3CLc8DHxG0a, http://www.playvid.com/watch/xM1tHCALBQB, http://www.playvid.com/watch/enmT-Cd5RLT,
http://www.playvid.com/watch/XKX_8E_gDWW, http://www.playvid.com/watch/IEF-BFjzQDX, http://www.playvid.com/watch/7YxUsoevULF,
http://www.playvid.com/watch/nphzqfctVap, http://www.playvid.com/watch/YqBIH75ziDr, http://www.playvid.com/watch/nVjeOYMZyHP,
http://www.playvid.com/watch/mo2sA-ZceCv, http://www.playvid.com/watch/GXRAaBnwCTp, http://www.playvid.com/watch/Y_TlyutG2se,
http://www.playvid.com/watch/B-jXOy_R2fE, http://www.playvid.com/watch/YxvP50checx, http://www.playvid.com/watch/mBJ2TNRQ5kM,
http://www.playvid.com/watch/glw0OiY7w-T, http://www.playvid.com/watch/oYWLKkGNUnZ, http://www.playvid.com/watch/DtHNfMAIdmA,
http://www.playvid.com/watch/U1zYLrdDeCp, http://www.playvid.com/watch/tBea-Pt11Hv, http://www.playvid.com/watch/6larwqpIhqv,
http://www.playvid.com/watch/O2-4T4buw0X, http://www.playvid.com/watch/gFzQ6tLP4BA, http://www.playvid.com/watch/nXbBX_Q1Lsb,
http://www.playvid.com/watch/rqBx9wp2qps, http://www.playvid.com/watch/GsORBBRRnzS, http://www.playvid.com/watch/eBTm04arm80,
http://www.playvid.com/watch/gVfsKIuqJ-v, http://www.playvid.com/watch/wsnx6Q1B3Mt, http://www.playvid.com/watch/cJOQP-1Xuoo,
http://www.playvid.com/watch/dRobyFPdrB7, http://www.playvid.com/watch/I-U1BN0xBzS, http://www.playvid.com/watch/xQhaoAD2VGU,
http://www.playvid.com/watch/hPRj0jjBOLN, http://www.playvid.com/watch/vdYIScenAX6, http://www.playvid.com/watch/rYOL_jwe2Fd,
http://www.playvid.com/watch/8im0AZRVR2y, http://www.playvid.com/watch/bBgJRlkux09, http://www.playvid.com/watch/39xMJjHzEDQ,
http://www.playvid.com/watch/HKB-hIo_ELi, http://www.playvid.com/watch/QcA10vRNoP3, http://www.playvid.com/watch/Bd3MWHErGZU,
http://www.playvid.com/watch/akBqqZE2YJG, http://www.playvid.com/watch/O8PrW_3xV-R, http://www.playvid.com/watch/LfZrF5gtTDH,
http://www.playvid.com/watch/MrHlsw-bnWE, http://www.playvid.com/watch/a0A21k19Dn6, http://www.playvid.com/watch/4sKq6JjXaGT,
http://www.playvid.com/watch/uGy4pYCJCsG, http://www.playvid.com/watch/M-qQdpsQ0Su, http://www.playvid.com/watch/wYg3tFwD3uM,
http://www.playvid.com/watch/5MzrDH6JLsU, http://www.playvid.com/watch/hKe_mVeAc5N, http://www.playvid.com/watch/nU5CwWy8Btz,
http://www.playvid.com/watch/3YPQ25wtqDJ, http://www.playvid.com/watch/Rgx8pTPbqhN, http://www.playvid.com/watch/O2DLmBHXBO4,
http://www.playvid.com/watch/snP_dmhAYIW, http://www.playvid.com/watch/Flzq__Lu1r0, http://www.playvid.com/watch/UkYnnKjrH6k,
http://www.playvid.com/watch/sod3lQjJegl, http://www.playvid.com/watch/sSnlIG3x03n, http://www.playvid.com/watch/QVWOYo-DC1x,
http://www.playvid.com/watch/jm5zoUKKOM7, http://www.playvid.com/watch/bMw4fwNcLs8, http://www.playvid.com/watch/7yh33qGjKfE,
http://www.playvid.com/watch/luCDr8Rq2ja, http://www.playvid.com/watch/f_WDC4P6MYy, http://www.playvid.com/watch/27zRQg6rf09,
http://www.playvid.com/watch/XJEDw_MbwHe, http://www.playvid.com/watch/gw3Krbp7zi9, http://www.playvid.com/watch/gL27-FbezjM,
http://www.playvid.com/watch/8_xwCbZi5ls, http://www.playvid.com/watch/h4zGItVGnXw, http://www.playvid.com/watch/vjhvPBlMi9z,
http://www.playvid.com/watch/lCbGgfA7kcj, http://www.playvid.com/watch/moRNjd-FrvV, http://www.playvid.com/watch/btDbrf9lvY6,
http://www.playvid.com/watch/U2mw4qBwWdn, http://www.playvid.com/watch/9TeOIAEr-og, http://www.playvid.com/watch/AZxBAOjak6r,
http://www.playvid.com/watch/LcTd3dLldai, http://www.playvid.com/watch/vjYdtc3DfCT, http://www.playvid.com/watch/EyYS_6n27d5,
http://www.playvid.com/watch/laGuCMYjoJF, http://www.playvid.com/watch/yipzptDy3oO, http://www.playvid.com/watch/C8hbp1eL6Ct,
http://www.playvid.com/watch/CMObYkZopW4, http://www.playvid.com/watch/Om2uRUIuZqa, http://www.playvid.com/watch/ilO6uCO9Myu,
http://www.playvid.com/watch/Nui-gg0SAPq, http://www.playvid.com/watch/zLpS-LiqE1j, http://www.playvid.com/watch/9W3uP64-y8b,
http://www.playvid.com/watch/Co7JUfQ3reL, http://www.playvid.com/watch/BWPxUufG3VX, http://www.playvid.com/watch/ZgEriVklkxe,
http://www.playvid.com/watch/dVYdOhJSkM7, http://www.playvid.com/watch/qdqZuBPZbHB, http://www.playvid.com/watch/X-XHWwfMV82,
http://www.playvid.com/watch/AFRVVTdISgc, http://www.playvid.com/watch/MzXylBmqiV8, http://www.playvid.com/watch/jUGeuu99I-m,
http://www.playvid.com/watch/3vZgRo5Pxpj, http://www.playvid.com/watch/0F-Tjsf-Sn4, http://www.playvid.com/watch/ubDYF5w7sb9,
http://www.playvid.com/watch/e6nYjpgJDCL, http://www.playvid.com/watch/3j74MKCsv3T, http://www.playvid.com/watch/JyagZxb5_Gt,
http://www.playvid.com/watch/0uw0RqXK0WA, http://www.playvid.com/watch/zP0ZwcB8Qo7, http://www.playvid.com/watch/TNkm9BIVJJo,
http://www.playvid.com/watch/gEOyRr_r05V, http://www.playvid.com/watch/RV3gWZG4kIv, http://www.playvid.com/watch/Uqx8-Z1MkpZ,
http://www.playvid.com/watch/6qJ35sQ4U7n, http://www.playvid.com/watch/CaaIvVuS_D2, http://www.playvid.com/watch/HogWWjTSVLC,
http://www.playvid.com/watch/5SilRND0ig7, http://www.playvid.com/watch/KJtDZppVQtO, http://www.playvid.com/watch/Ew9E3o-pxzL,
http://www.playvid.com/watch/h9woTjwJ_h7, http://www.playvid.com/watch/UBhJiFYW1Y0, http://www.playvid.com/watch/vGS_XcnvPp2,
http://www.playvid.com/watch/iYCfJSpijZj, http://www.playvid.com/watch/VDQUdaQfkWb, http://www.playvid.com/watch/6d5r6xy77qn,
http://www.playvid.com/watch/ha97c40rSwT, http://www.playvid.com/watch/QQ7nnF2czT2, http://www.playvid.com/watch/74YLijrhwTk,
http://www.playvid.com/watch/gOr9WZdhRxk, http://www.playvid.com/watch/tKVHH-Dg7FS, http://www.playvid.com/watch/IIer2g2U5Nq,
http://www.playvid.com/watch/jzi6r_D-JXu, http://www.playvid.com/watch/p5Wlm__Qhe6, http://www.playvid.com/watch/fW0aU5OfQ4h,
http://www.playvid.com/watch/kKWhdGa9_LF, http://www.playvid.com/watch/KbjeUJS6Dlc, http://www.playvid.com/watch/KlHvZun8oJP,
http://www.playvid.com/watch/dRox8_LSi1x, http://www.playvid.com/watch/sQNRWqNr4yL, http://www.playvid.com/watch/e1X-xHa8MVN,
http://www.playvid.com/watch/T9O8ylkTZCi, http://www.playvid.com/watch/92WyGBAejco, http://www.playvid.com/watch/miowU3jwysD,
http://www.playvid.com/watch/Di10OMZH9ne, http://www.playvid.com/watch/XLWqqKrFkZI, http://www.playvid.com/watch/9WQem1EPSKP,
http://www.playvid.com/watch/DOQXK_n68Cg, http://www.playvid.com/watch/Lv4FU0sxNMs, http://www.playvid.com/watch/iqPslSXjzTG,
http://www.playvid.com/watch/8MWfAzXGgDA, http://www.playvid.com/watch/Yx5mNtsAhSo, http://www.playvid.com/watch/ItZR8Mm441L,
http://www.playvid.com/watch/O4BYBTrqKxJ, http://www.playvid.com/watch/ueSYBVOJlR6, http://www.playvid.com/watch/ktchup1iLkq,
http://www.playvid.com/watch/gp_CTU7vvaJ, http://www.playvid.com/watch/STIRMAn9Pre, http://www.playvid.com/watch/l7USQqmJveV,
http://www.playvid.com/watch/XkjDwYYV-Zi, http://www.playvid.com/watch/WzZXmsEIBVm, http://www.playvid.com/watch/cfbflt2xe9F,
http://www.playvid.com/watch/MA_qQ1rFb4q, http://www.playvid.com/watch/K_SeZyHcjur, http://www.playvid.com/watch/KFsLkEUPS3c,
http://www.playvid.com/watch/o6a6N9qkieE, http://www.playvid.com/watch/J9fTuXwcZLF, http://www.playvid.com/watch/0LBHsXz-7DO,
http://www.playvid.com/watch/dLduLed_MKI, http://www.playvid.com/watch/8ZscABcdIqU, http://www.playvid.com/watch/A_vOtQ07K4N,
http://www.playvid.com/watch/iyOp7dXicbu, http://www.playvid.com/watch/7QyPoVU2-Wk, http://www.playvid.com/watch/m_eOTyHc0YW,
http://www.playvid.com/watch/zubt7Fid0U8, http://www.playvid.com/watch/OCxEkbIT63K, http://www.playvid.com/watch/qCkMmkfhFlo,
http://www.playvid.com/watch/e62cV3Q0Cf9, http://www.playvid.com/watch/hy2lmiBuatE, http://www.playvid.com/watch/bg0a6J72qxZ,
http://www.playvid.com/watch/IwIV8PyXBhV, http://www.playvid.com/watch/e0kUnGnhDCK, http://www.playvid.com/watch/zp7GsCPOAir,
http://www.playvid.com/watch/WvXWRD6N2Gz, http://www.playvid.com/watch/4a1KoD_0dwJ, http://www.playvid.com/watch/Oc1jkc6lXUG,
http://www.playvid.com/watch/O5Gdu3EU5lW, http://www.playvid.com/watch/2fRLeueFYai, http://www.playvid.com/watch/EjbpaObhnMA,
http://www.playvid.com/watch/FhI2L4qCccB, http://www.playvid.com/watch/iPbnBCnWHcE, http://www.playvid.com/watch/ojAcX_bER-W,
http://www.playvid.com/watch/RfPUmRTszrl, http://www.playvid.com/watch/uqzkI3ZhXb3, http://www.playvid.com/watch/2du13_JC69W,
http://www.playvid.com/watch/KlLt97t6fb3, http://www.playvid.com/watch/UbwSvsztPO7, http://www.playvid.com/watch/nAy44ay3YGu,
http://www.playvid.com/watch/69yHh1SsC6N, http://www.playvid.com/watch/DXUURYpCXb6, http://www.playvid.com/watch/xtDjKsOdLMB,
http://www.playvid.com/watch/E-Oifb4SlZa, http://www.playvid.com/watch/QF4MMLmllhU, http://www.playvid.com/watch/ST4dYLM6_1o,
http://www.playvid.com/watch/FTcDKsYoeYw, http://www.playvid.com/watch/axo7qCjhNy8, http://www.playvid.com/watch/qkNqgs2uvDD,
http://www.playvid.com/watch/3cp3I3ExDCC, http://www.playvid.com/watch/mSHZy9aXKkV, http://www.playvid.com/watch/zvgRDLGiRYg,
http://www.playvid.com/watch/YlmVI5xauXM, http://www.playvid.com/watch/MHYwDqkWTRn, http://www.playvid.com/watch/BDR3S8KD0Ks,
http://www.playvid.com/watch/QU5GUR5dyVL, http://www.playvid.com/watch/p7Iia99Z-nh, http://www.playvid.com/watch/U2tWEVRegkQ,
http://www.playvid.com/watch/Uyw3sUmAvHC, http://www.playvid.com/watch/t2rJ15mKEWX, http://www.playvid.com/watch/qwSyGvNx9gO,
http://www.playvid.com/watch/0f8zplz1EIW, http://www.playvid.com/watch/2aHygIfpeDT, http://www.playvid.com/watch/WBG0DPHrAbA,
http://www.playvid.com/watch/VsEADnB4-Nz, http://www.playvid.com/watch/269PxvPa04t, http://www.playvid.com/watch/96NhVS2vw0H,
http://www.playvid.com/watch/vpXbu_Bsn7x, http://www.playvid.com/watch/tgMUesGZcIb, http://www.playvid.com/watch/8XB3lK83Ja8,
http://www.playvid.com/watch/gfX0xoP7jrN, http://www.playvid.com/watch/9lK2O7hpoup, http://www.playvid.com/watch/ud98Oja90kz,
http://www.playvid.com/watch/RAZ6fkjInsQ, http://www.playvid.com/watch/kE5N1322Qrz, http://www.playvid.com/watch/JJa-HAJApjr,
http://www.playvid.com/watch/OnN_ytJXGWI, http://www.playvid.com/watch/F_pray1I9UD, http://www.playvid.com/watch/dQqZy62AtCP,
http://www.playvid.com/watch/HvlFFr3qp0O, http://www.playvid.com/watch/8H5JWHKi2PE, http://www.playvid.com/watch/Is63UOy7Uhu,
http://www.playvid.com/watch/9sMsgYjPkgT, http://www.playvid.com/watch/vQqw-oRDB53, http://www.playvid.com/watch/7grLhSP64SH,

http://www.playvid.com/watch/7xY5Q2B26-D, http://www.playvid.com/watch/MI2E-uA5jtI, http://www.playvid.com/watch/EqbIu8JeWVt, http://www.playvid.com/watch/qvK8kijut4p, http://www.playvid.com/watch/pYL5KwyRURx, http://www.playvid.com/watch/E3mYe0TquAq, http://www.playvid.com/watch/u75fDeJo6TF, http://www.playvid.com/watch/LkPjt8o5l-A, http://www.playvid.com/watch/ArqtCWcwpDE, http://www.playvid.com/watch/G5j9DkhF81o, http://www.playvid.com/watch/MIfI_5an0dW, http://www.playvid.com/watch/GDUxAvmWfU7, http://www.playvid.com/watch/7ICY64MyCMs, http://www.playvid.com/watch/diwOwN2LeVm, http://www.playvid.com/watch/PUG1uOxXsqP, http://www.playvid.com/watch/ZXJjbGwg7Ud, http://www.playvid.com/watch/HaB6xXvM-5b, http://www.playvid.com/watch/3weBKkJqn2j, http://www.playvid.com/watch/MZoHY7R4dFJ, http://www.playvid.com/watch/Rsk0mankHl0, http://www.playvid.com/watch/0lUvVD7vWXS, http://www.playvid.com/watch/9OWcnKMcECu, http://www.playvid.com/watch/XkcMd8zT5HK, http://www.playvid.com/watch/ODzD8hJHpkE, http://www.playvid.com/watch/3d5njHF9eZ6, http://www.playvid.com/watch/puV0eazWnd8, http://www.playvid.com/watch/nskAwdETIFk, http://www.playvid.com/watch/4cydx1E6HLY, http://www.playvid.com/watch/KvLQS0lp_R5, http://www.playvid.com/watch/JeJ5Bpup7f2, http://www.playvid.com/watch/YxYRxRCbq7w, http://www.playvid.com/watch/dtpGt02J-4t, http://www.playvid.com/watch/4qLxv9hjltj, http://www.playvid.com/watch/4Nw5hx0O7na, http://www.playvid.com/watch/KAmCBSn3ErN, http://www.playvid.com/watch/9R3o_TFwoUH, http://www.playvid.com/watch/s02h8XhMK4M, http://www.playvid.com/watch/r4CO7R6fKe5, http://www.playvid.com/watch/6fhwLxclpTo, http://www.playvid.com/watch/3j1mvP3hnr5, http://www.playvid.com/watch/f_OHThZk3Zu, http://www.playvid.com/watch/j5_fR_hGy24, http://www.playvid.com/watch/tQDJPCvDR1i, http://www.playvid.com/watch/I_Y5d0XhC5n, http://www.playvid.com/watch/VFRrgjVoi32, http://www.playvid.com/watch/JLRdha6h9cf, http://www.playvid.com/watch/L1q2YWnmiRK, http://www.playvid.com/watch/h1nA4nW6iJb, http://www.playvid.com/watch/XlDZPz0jYGw, http://www.playvid.com/watch/jip0jeuBXQN, http://www.playvid.com/watch/OIOyaZDiWBD, http://www.playvid.com/watch/n0KYqNyYyPr, http://www.playvid.com/watch/nLw2ddGBAGx, http://www.playvid.com/watch/U1JHa1cTdkH, http://www.playvid.com/watch/AS_K-qXNbxX, http://www.playvid.com/watch/TIps_6Sj5fC, http://www.playvid.com/watch/0NxdKxjc0yY, http://www.playvid.com/watch/0xpnB3vt7tw, http://www.playvid.com/watch/peP71nVcz1y, http://www.playvid.com/watch/U_Y93e1Cv9U, http://www.playvid.com/watch/FUETEZfJYQt, http://www.playvid.com/watch/ezgqUoiozHv, http://www.playvid.com/watch/KYB6b9-j0Sq, http://www.playvid.com/watch/EmrdMjpdUDs, http://www.playvid.com/watch/zlzGwlgoyuu, http://www.playvid.com/watch/O7D1WfebaL9, http://www.playvid.com/watch/A1bT8bMD_Yj, http://www.playvid.com/watch/ihWM-pJOgjS, http://www.playvid.com/watch/6S6TOVgW9SB, http://www.playvid.com/watch/nDe9cVMq4yz, http://www.playvid.com/watch/pS2n5tRRnGK, http://www.playvid.com/watch/UKJGTnO83bs, http://www.playvid.com/watch/WZ4Jzy9eFNk, http://www.playvid.com/watch/yZ9B8hZn4V0, http://www.playvid.com/watch/Y8qGp5c1Ld0, http://www.playvid.com/watch/u8pwuAMsCEX, http://www.playvid.com/watch/xuYw2O7e9m0, http://www.playvid.com/watch/YY2JrELtSHW, http://www.playvid.com/watch/75y_x1hG2Ey, http://www.playvid.com/watch/oB_lBKdbjiq, http://www.playvid.com/watch/bGs3-P8GY8l, http://www.playvid.com/watch/8pDCTgvDdaR, http://www.playvid.com/watch/pmBtrcF90vH, http://www.playvid.com/watch/O-HjdhY7AQz, http://www.playvid.com/watch/3cfofx0MfFz, http://www.playvid.com/watch/4Qx5qtM9QFS, http://www.playvid.com/watch/VJT4EXRCMQy, http://www.playvid.com/watch/4VHeXOf22Rn, http://www.playvid.com/watch/CkwBWqeftF6, http://www.playvid.com/watch/wlW8-_Zi4qZ, http://www.playvid.com/watch/lRQACbhXB6j, http://www.playvid.com/watch/3BLB2wR2hW8, http://www.playvid.com/watch/9n7HxQfy5sl, http://www.playvid.com/watch/37TDxSCGYCG, http://www.playvid.com/watch/U-8cfTA4Y5p, http://www.playvid.com/watch/T6vNBsODVOQ, http://www.playvid.com/watch/xGssOHbRiF5, http://www.playvid.com/watch/nS5-DMpBwg7, http://www.playvid.com/watch/j_9FjR9Cdll, http://www.playvid.com/watch/6ve1RzsM-bU, http://www.playvid.com/watch/o1dFLfePi_7, http://www.playvid.com/watch/cNAc5cVXr2s, http://www.playvid.com/watch/ghKTWrZkcBC, http://www.playvid.com/watch/ZYKUB-9bc-h, http://www.playvid.com/watch/sZUV35UfRLc, http://www.playvid.com/watch/ymm_tgou18c, http://www.playvid.com/watch/xDWpb2cV6oZ, http://www.playvid.com/watch/fUHHZbQThPT, http://www.playvid.com/watch/WthR_jXesgl, http://www.playvid.com/watch/StzY5tjznv3, http://www.playvid.com/watch/kVNmjfWlxZd, http://www.playvid.com/watch/tDRAptMXJoZ, http://www.playvid.com/watch/WktfHM2ednL, http://www.playvid.com/watch/2Uz_2njgvxN, http://www.playvid.com/watch/JpHm0ahtRvK, http://www.playvid.com/watch/8N-jAkXyhL2, http://www.playvid.com/watch/eFvCJhe-7GX, http://www.playvid.com/watch/H-I5KbaUYlH, http://www.playvid.com/watch/hKLeBt9G7um, http://www.playvid.com/watch/s_c0BNl_Sbz, http://www.playvid.com/watch/4JX6tYWuerR, http://www.playvid.com/watch/4p0qLvJTOLn, http://www.playvid.com/watch/2Y5IBUPebza, http://www.playvid.com/watch/Xbi3Iq28aYl, http://www.playvid.com/watch/sAABPK7b7Do, http://www.playvid.com/watch/OwHAhkWhrhp, http://www.playvid.com/watch/9PyTSUKhZNU, http://www.playvid.com/watch/9LNn588Sz0M, http://www.playvid.com/watch/Tc9aw1v17pO, http://www.playvid.com/watch/bC3raHzRGOY, http://www.playvid.com/watch/gr-4Xg6sCil, http://www.playvid.com/watch/7KBixgBb2Hq, http://www.playvid.com/watch/mlHj_RORHdR, http://www.playvid.com/watch/dn3eV-WYpiZ, http://www.playvid.com/watch/ikPWN3eUIfa, http://www.playvid.com/watch/oi2VEMGWxLs, http://www.playvid.com/watch/XOFmWtivNQq, http://www.playvid.com/watch/ZdTCY9oSHXX, http://www.playvid.com/watch/OymOqF8fsCB, http://www.playvid.com/watch/b-yLjtHGr8h, http://www.playvid.com/watch/l8u4A4UjAtv, http://www.playvid.com/watch/Vq7EV3us_38, http://www.playvid.com/watch/pyNA5G9EK7L, http://www.playvid.com/watch/McNTJus5Qv6, http://www.playvid.com/watch/gme-AilEt0u, http://www.playvid.com/watch/MnTbbhlTKZr, http://www.playvid.com/watch/G7fxkZA5lRw, http://www.playvid.com/watch/cc8yt3tzd4l, http://www.playvid.com/watch/E6wWIqkKQ-M, http://www.playvid.com/watch/AdiT45TjAP7, http://www.playvid.com/watch/jqcHAFMjyQJ, http://www.playvid.com/watch/oEv9kikVCdv, http://www.playvid.com/watch/StwlFa0lgz0, http://www.playvid.com/watch/FHnORO5fykm, http://www.playvid.com/watch/shlOtLFWSDd, http://www.playvid.com/watch/ri8DDW7TuzU, http://www.playvid.com/watch/wSiCyk82EW8, http://www.playvid.com/watch/xBbN2azDe8R, http://www.playvid.com/watch/eZEvIW6Eudu, http://www.playvid.com/watch/vGRqZ_6BUkF, http://www.playvid.com/watch/jFf4u5-2Acg, http://www.playvid.com/watch/ID4AmD2DHok, http://www.playvid.com/watch/RlAurdSsTKu, http://www.playvid.com/watch/Qw9EByTJo9k, http://www.playvid.com/watch/kUHGkp7Sv1R, http://www.playvid.com/watch/AVQY7fQ_hUT, http://www.playvid.com/watch/aD48RAWtd5s, http://www.playvid.com/watch/sQSyxVsuTCc, http://www.playvid.com/watch/X7nTHQRJ9ef, http://www.playvid.com/watch/ySWGlD8aoWB, http://www.playvid.com/watch/tDIdPLXI5Lr, http://www.playvid.com/watch/TaE_kRcpYVD, http://www.playvid.com/watch/N4dkmw4qsrD, http://www.playvid.com/watch/pKtkGgpjJuj, http://www.playvid.com/watch/gJNiOdQXgUM, http://www.playvid.com/watch/yLaKPFcUUW0, http://www.playvid.com/watch/r6vSJ_zYslj

5.f. Date of third notice: 2014-03-27

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: whitehead

5.b. Uploader's email address: timvanpatrich@gmail.com

5.d. Uploader's profile: http://www.playvid.com/member/whitehead

5.e. List of videos posted by uploader: http://www.playvid.com/watch/kcOj6wN4z8W, http://www.playvid.com/watch/URX5DmxY9m2, http://www.playvid.com/watch/3FPi6ompabe, http://www.playvid.com/watch/cfCfKjTGMTQ, http://www.playvid.com/watch/Ycb-CADzvwm, http://www.playvid.com/watch/MQh5MP-za-h, http://www.playvid.com/watch/04BskM2HXwi, http://www.playvid.com/watch/cHxvh3W3-39, http://www.playvid.com/watch/SW6EnG5Cl-K, http://www.playvid.com/watch/JqEwtVRQCdZ, http://www.playvid.com/watch/ZEnJTkIuMrD, http://www.playvid.com/watch/WfAbO8lL636, http://www.playvid.com/watch/9celkfBdVVc, http://www.playvid.com/watch/eQaHZqhL9cK, http://www.playvid.com/watch/ofTb9GnBkyE, http://www.playvid.com/watch/B2akIlvgmYt, http://www.playvid.com/watch/pOnVPyza2VR, http://www.playvid.com/watch/jrOeDrczKef, http://www.playvid.com/watch/QDpxf5Ljppk, http://www.playvid.com/watch/0iWjqA6TZu8, http://www.playvid.com/watch/57m5ejULk6F, http://www.playvid.com/watch/HyBr95TivpI, http://www.playvid.com/watch/fNo0Nd8u65n, http://www.playvid.com/watch/TNxhcq8st7g, http://www.playvid.com/watch/AfexitR5i5L, http://www.playvid.com/watch/t39kbxhb6xJ, http://www.playvid.com/watch/idlTxx3mD7P, http://www.playvid.com/watch/ex9xRO8J5Nd, http://www.playvid.com/watch/nJQoYpZko5k, http://www.playvid.com/watch/5mmMMqvTDhK, http://www.playvid.com/watch/PCfBzksI5CS, http://www.playvid.com/watch/zhcrgCZOv5Z, http://www.playvid.com/watch/9dbDxHbNo7O, http://www.playvid.com/watch/YkJok0DPcM3, http://www.playvid.com/watch/kjx7NPK94H8, http://www.playvid.com/watch/Ox8tMvhkId5, http://www.playvid.com/watch/gqlxv0aTmZk, http://www.playvid.com/watch/TAHYVeoQ4hg, http://www.playvid.com/watch/2T-f5ZJK3lD, http://www.playvid.com/watch/DwBLg2lHY5p, http://www.playvid.com/watch/j8UT2xWkN8v, http://www.playvid.com/watch/Ho8lNZZpGgs, http://www.playvid.com/watch/cFZh2bPAnWL, http://www.playvid.com/watch/OzRmr8D9jwO, http://www.playvid.com/watch/ZIOgBEBz8C5, http://www.playvid.com/watch/-5gD9LGpjDG, http://www.playvid.com/watch/YTnKc0XVtYD, http://www.playvid.com/watch/MkyV5AUXUNC, http://www.playvid.com/watch/-TnQJgVsZxM, http://www.playvid.com/watch/GErzXxNEn6K, http://www.playvid.com/watch/LGIgXv53OLM, http://www.playvid.com/watch/dpJ-iu9ca4f, http://www.playvid.com/watch/JHsbpLVqahp, http://www.playvid.com/watch/bCooAlMopbr, http://www.playvid.com/watch/WOUswbbPW6T, http://www.playvid.com/watch/TnGmAxSbi5I, http://www.playvid.com/watch/pqObPqggTbr, http://www.playvid.com/watch/zfUmSLS96LY, http://www.playvid.com/watch/wdjhFP5G7yJ, http://www.playvid.com/watch/a5GIcQEjhg8, http://www.playvid.com/watch/yH5gW7neSYu, http://www.playvid.com/watch/MKFjvmxij4M, http://www.playvid.com/watch/gIqrdaXCt-5, http://www.playvid.com/watch/yvXJXnQkrRg, http://www.playvid.com/watch/l7xQGQSEoAU, http://www.playvid.com/watch/qgOe-dqKNmF, http://www.playvid.com/watch/a3gS-2tAAdv, http://www.playvid.com/watch/irmqT9FCTuE, http://www.playvid.com/watch/pmPsvqb9fWE, http://www.playvid.com/watch/It3WaaNjxhi, http://www.playvid.com/watch/wGhC7wInXw5, http://www.playvid.com/watch/F8cKzjoUvFn, http://www.playvid.com/watch/jwqJrq4dbjS, http://www.playvid.com/watch/qUVWtX6cNrI, http://www.playvid.com/watch/2soHDcgTKzM, http://www.playvid.com/watch/FJ6m6FKLry0, http://www.playvid.com/watch/VbNljAJXYwX, http://www.playvid.com/watch/6uVqoVChi8y, http://www.playvid.com/watch/fH9jOZq9CW6, http://www.playvid.com/watch/dXYJPUYdtNO, http://www.playvid.com/watch/0efVPCvSRp-, http://www.playvid.com/watch/sQ2DGl6gnri, http://www.playvid.com/watch/zsol0yku6uk, http://www.playvid.com/watch/rHRDGEw6zbO, http://www.playvid.com/watch/z0KwbK0HS2N, http://www.playvid.com/watch/Zvzc3yBImJ-, http://www.playvid.com/watch/LvKGGhnEupi, http://www.playvid.com/watch/Y3P5cLKhu-T, http://www.playvid.com/watch/NkxfCXpD7iF, http://www.playvid.com/watch/fVOJYgytzQd, http://www.playvid.com/watch/rrRQXNmkGi2, http://www.playvid.com/watch/bN8WTCs4Xcm,

http://www.playvid.com/watch/sDcoqKiHXjF, http://www.playvid.com/watch/xqIjLNbjo22, http://www.playvid.com/watch/DPtlI3xamDf, http://www.playvid.com/watch/4CofN-fhZzJ, http://www.playvid.com/watch/zzvoKek4qzo, http://www.playvid.com/watch/h3U3FnCfHJU, http://www.playvid.com/watch/60z-o588DGJ, http://www.playvid.com/watch/u3IjKM6J6B6, http://www.playvid.com/watch/O8D7hLv6Ov7, http://www.playvid.com/watch/rGwGEW5kE0m, http://www.playvid.com/watch/Vi-9pFH94WU, http://www.playvid.com/watch/qp2KKDFLsLA, http://www.playvid.com/watch/V6UqIxxQs0e, http://www.playvid.com/watch/kyqaqgKEKpB, http://www.playvid.com/watch/nlj55277uly, http://www.playvid.com/watch/wJ0veVh99e0, http://www.playvid.com/watch/yq9UEK09nZu, http://www.playvid.com/watch/E3GqpWuHvsn, http://www.playvid.com/watch/Cy-LxNPBV0C, http://www.playvid.com/watch/BfKzgoRCqQq, http://www.playvid.com/watch/C8hL9UJVEbd, http://www.playvid.com/watch/dinrXe-bY9v, http://www.playvid.com/watch/4EBlELSPlAV, http://www.playvid.com/watch/dGCbCVD7P8M, http://www.playvid.com/watch/8R3zd5Vd2Xl, http://www.playvid.com/watch/WfcveJueUuK, http://www.playvid.com/watch/zVBWlPDGUVW, http://www.playvid.com/watch/zaXKE2w96f9, http://www.playvid.com/watch/3b3-tzQBCRr, http://www.playvid.com/watch/LXVa9jEiIXr, http://www.playvid.com/watch/JwZwQjvyRzD, http://www.playvid.com/watch/rWx0eF88TuL, http://www.playvid.com/watch/tvW3tH0knCE, http://www.playvid.com/watch/477lNTIYart, http://www.playvid.com/watch/T3vCO-psVDs, http://www.playvid.com/watch/akfE-im9Qs8, http://www.playvid.com/watch/6WW-DNbCLws, http://www.playvid.com/watch/Yx8zk6P3cJH
5.f. Date of third notice: 2014-01-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: winhashiso
5.b. Uploader's email address: nakamutokeovi@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/winhashiso
5.e. List of videos posted by uploader: http://www.playvid.com/watch/vtY5askzMJH, http://www.playvid.com/watch/w2eIwWHs2cr, http://www.playvid.com/watch/kuzA_-7sJWz, http://www.playvid.com/watch/PZjr7pxt0z6, http://www.playvid.com/watch/rJ4X_dxvLoi, http://www.playvid.com/watch/kviIyHkMEga, http://www.playvid.com/watch/pB6cGrzB7Ps, http://www.playvid.com/watch/og6WLUxXKB0, http://www.playvid.com/watch/4gZKb--l-aF, http://www.playvid.com/watch/62_dkBB_pCR, http://www.playvid.com/watch/qjS8URiROSc, http://www.playvid.com/watch/kEvaZIfWv6K, http://www.playvid.com/watch/V9NG0AfFE6c, http://www.playvid.com/watch/p2w6pVd5SSF, http://www.playvid.com/watch/S1Qj7lMBswr, http://www.playvid.com/watch/5OaReTssm-t, http://www.playvid.com/watch/gW1bZ-erKfP, http://www.playvid.com/watch/s22qPT4fYM6, http://www.playvid.com/watch/cTvSgsZayN8, http://www.playvid.com/watch/jjB0an09H2p, http://www.playvid.com/watch/Y7uA5YrtER2, http://www.playvid.com/watch/wcVUBhVG-Z4, http://www.playvid.com/watch/JbAFJ4corYE, http://www.playvid.com/watch/UpmLARoJF8m, http://www.playvid.com/watch/2U-cvEjv3jE, http://www.playvid.com/watch/Ti21lQ0pexQ, http://www.playvid.com/watch/HQtwaJtRado, http://www.playvid.com/watch/mPpp5_8iBk2, http://www.playvid.com/watch/tpELB-nqW1Y, http://www.playvid.com/watch/ChkFHPczSrP, http://www.playvid.com/watch/s9FwLqm-RBn, http://www.playvid.com/watch/E_dpDQQIgKx, http://www.playvid.com/watch/pQZUSqbBU_Z, http://www.playvid.com/watch/TO8OPiJ7YZF, http://www.playvid.com/watch/mdYcjbiQbRK, http://www.playvid.com/watch/2k1NSbK5cfD, http://www.playvid.com/watch/vg0DMBcOWKU, http://www.playvid.com/watch/ISitm3iggX0, http://www.playvid.com/watch/hrq_mmhixIs, http://www.playvid.com/watch/u5GBeia50rw, http://www.playvid.com/watch/vwVxKIPXhZb, http://www.playvid.com/watch/ko-o9VkToz2, http://www.playvid.com/watch/ZJGbowU2hyW, http://www.playvid.com/watch/T7SEMGtlPAc, http://www.playvid.com/watch/lF0DBdq3FIW, http://www.playvid.com/watch/jbbeDtoY4yd, http://www.playvid.com/watch/YLk18bpDXBH, http://www.playvid.com/watch/mQKeAfQYgiz, http://www.playvid.com/watch/85pWogvgSU0, http://www.playvid.com/watch/GDC0KMAZ9zI, http://www.playvid.com/watch/Vlc2K0HHRPL, http://www.playvid.com/watch/V7u_DVg6rdE, http://www.playvid.com/watch/gkpWmkAR30R, http://www.playvid.com/watch/kAjBtyn45eb, http://www.playvid.com/watch/vmQs-Ni3oCb, http://www.playvid.com/watch/4oEhFoKTNFV, http://www.playvid.com/watch/E77FeCC_0JO, http://www.playvid.com/watch/HYwAVI8fFGB, http://www.playvid.com/watch/Gd4ii78o2t9, http://www.playvid.com/watch/Y_AGBXfRFtb, http://www.playvid.com/watch/AYPPd9aMMvp, http://www.playvid.com/watch/B1Hwa_K3V-S, http://www.playvid.com/watch/gZTUyd8FKSH, http://www.playvid.com/watch/mmTGiTxueWY, http://www.playvid.com/watch/b2-soSoQ6qr, http://www.playvid.com/watch/nQ3mkvFJOd5, http://www.playvid.com/watch/mbLuWTM0Tmb, http://www.playvid.com/watch/0it8N0za2yA, http://www.playvid.com/watch/Qpb08zD45ea, http://www.playvid.com/watch/LIHX0fRrdvE, http://www.playvid.com/watch/6Ub-0CBidqf, http://www.playvid.com/watch/2xCpo90VWz0, http://www.playvid.com/watch/9GJNhVe3btY, http://www.playvid.com/watch/s7VMPkt5uEQ, http://www.playvid.com/watch/du2fnm7qS9Z, http://www.playvid.com/watch/ZitfRTCM-uS, http://www.playvid.com/watch/P-fUtU53QiH, http://www.playvid.com/watch/kz71pxHER8z, http://www.playvid.com/watch/hVnZUfKaGel, http://www.playvid.com/watch/SgjPB7A9bq3, http://www.playvid.com/watch/IZVR1wP9jYa, http://www.playvid.com/watch/KgqMLAmbXLp, http://www.playvid.com/watch/N-IYzrs9a0L, http://www.playvid.com/watch/2oHm6EpFrxb, http://www.playvid.com/watch/2ypq_ak5TGd, http://www.playvid.com/watch/2tUNK2MX3Os, http://www.playvid.com/watch/RXbKV9dmJ3C, http://www.playvid.com/watch/DC6Gu7jxtPw, http://www.playvid.com/watch/kzkALPe-kGf, http://www.playvid.com/watch/8bTJiXvpYsy, http://www.playvid.com/watch/zZtaRJPKFFv, http://www.playvid.com/watch/Ghoz8BxABeY, http://www.playvid.com/watch/PCGblLs5ybb, http://www.playvid.com/watch/eMI8Js8ODcU, http://www.playvid.com/watch/8QZjc-cQTwU, http://www.playvid.com/watch/Ab-U5IOsGGt, http://www.playvid.com/watch/OPKMY_P_mk2, http://www.playvid.com/watch/3SGeEk27zjD, http://www.playvid.com/watch/s7zBbPgBDT6, http://www.playvid.com/watch/cHiypihbk5c, http://www.playvid.com/watch/GT93zPdYCSJ, http://www.playvid.com/watch/JqW51EWw195, http://www.playvid.com/watch/c2I8bq5DZYD, http://www.playvid.com/watch/fl39HRev7oV, http://www.playvid.com/watch/lakuY5hGTvu, http://www.playvid.com/watch/mexQVJJntvL, http://www.playvid.com/watch/6881yht0gpz, http://www.playvid.com/watch/s1qDV7t4KZb, http://www.playvid.com/watch/DwDv-mGAFk9, http://www.playvid.com/watch/GTOoS2fGDGM, http://www.playvid.com/watch/UEHPSzh1qtL, http://www.playvid.com/watch/oN57_2oXVM7, http://www.playvid.com/watch/m3QeCfAXcz2, http://www.playvid.com/watch/5EBkhAzzPOU, http://www.playvid.com/watch/R4QYI-Gw00y, http://www.playvid.com/watch/cuLLiukjBhV, http://www.playvid.com/watch/JK3kkalxnxZ, http://www.playvid.com/watch/wj5HqHmcPlA, http://www.playvid.com/watch/Lj3-UyR6CwR, http://www.playvid.com/watch/2WEwplKs_-F, http://www.playvid.com/watch/V8QwXyybF7A, http://www.playvid.com/watch/8yX0-3KctLK, http://www.playvid.com/watch/X62mRiOmpeD, http://www.playvid.com/watch/zTUP_7P_2Jy, http://www.playvid.com/watch/b1nfYwWAfzB, http://www.playvid.com/watch/EsPeRQfAFXM, http://www.playvid.com/watch/NbBEIp_NZAg, http://www.playvid.com/watch/OhhD3RODo9t, http://www.playvid.com/watch/FA-ntdDayXw, http://www.playvid.com/watch/Xal43ejuZDL, http://www.playvid.com/watch/QIz--hXr4-L, http://www.playvid.com/watch/A65yzKmI-ea, http://www.playvid.com/watch/b44hhxyxjMb, http://www.playvid.com/watch/PzaN-ILhLZw, http://www.playvid.com/watch/8q14SMELVDy, http://www.playvid.com/watch/NgPgI6juBRu, http://www.playvid.com/watch/ANW1_RLYULp, http://www.playvid.com/watch/B4s_CY0ntpB, http://www.playvid.com/watch/kRfDiKpg8et, http://www.playvid.com/watch/d9xmawBxhT2, http://www.playvid.com/watch/Lk_GkRA58Av, http://www.playvid.com/watch/FwJJrD4JNX8, http://www.playvid.com/watch/M0e8_DAB3H7, http://www.playvid.com/watch/x0OUeCHAPHi, http://www.playvid.com/watch/NUHXwuVYN-e, http://www.playvid.com/watch/ved90pxGewx, http://www.playvid.com/watch/Y-A1Ykdrsex, http://www.playvid.com/watch/JRnfeyrbcLO, http://www.playvid.com/watch/uRJDP1yp_Qk, http://www.playvid.com/watch/iC45jdVxN8a, http://www.playvid.com/watch/AzaCNwHUd3U, http://www.playvid.com/watch/YJkjK_AlxML, http://www.playvid.com/watch/t1aHkOl_Jqe, http://www.playvid.com/watch/U1D4a8NP9FH, http://www.playvid.com/watch/p94VYQoMnvR, http://www.playvid.com/watch/Xed2IInSleX, http://www.playvid.com/watch/Mk-z8Y651z8, http://www.playvid.com/watch/Uy3PiBGbBPO, http://www.playvid.com/watch/amd813T33Kt, http://www.playvid.com/watch/OVkuwb4UMWD, http://www.playvid.com/watch/kvGv9qyas4h, http://www.playvid.com/watch/N2uAux7la3v, http://www.playvid.com/watch/r98YsuWnLNr, http://www.playvid.com/watch/fvTv4vpzNAi, http://www.playvid.com/watch/7v32wNEZzLR, http://www.playvid.com/watch/AZbFYCOzvvA, http://www.playvid.com/watch/3UEeSTad1j3, http://www.playvid.com/watch/QMLVaIk9Khw, http://www.playvid.com/watch/emeUIKsF_5T, http://www.playvid.com/watch/X8-mOSjI1q3, http://www.playvid.com/watch/K1aKOaZvT1C, http://www.playvid.com/watch/NRqMOox3xJv, http://www.playvid.com/watch/bpRfK0s3i_6, http://www.playvid.com/watch/QejSm1mpDgI, http://www.playvid.com/watch/vfWhrZqp9aX, http://www.playvid.com/watch/QybeadtzZAo, http://www.playvid.com/watch/vgVAoYyJWrA, http://www.playvid.com/watch/VubqElc899d, http://www.playvid.com/watch/2gTz3bS_Pxf, http://www.playvid.com/watch/8aThr-Yw-LD, http://www.playvid.com/watch/z_WLwcuV3XX, http://www.playvid.com/watch/EYXk6dv1jEL, http://www.playvid.com/watch/Q4o96elPmqy, http://www.playvid.com/watch/7wzqUzpDIlk, http://www.playvid.com/watch/3ynPpe7PyG8, http://www.playvid.com/watch/Yd2b6_sLGXr, http://www.playvid.com/watch/wu84zBkj4lM, http://www.playvid.com/watch/nlb8EENobJZ, http://www.playvid.com/watch/XPlko_Url47, http://www.playvid.com/watch/UUiQKHO43oE, http://www.playvid.com/watch/wOOS_PKSpuk, http://www.playvid.com/watch/XZQX7pYkzrt, http://www.playvid.com/watch/5whyAU-R1DQ, http://www.playvid.com/watch/9Ef3P8TDQ85, http://www.playvid.com/watch/o7VcjoOMb6t, http://www.playvid.com/watch/VMtXmYDr0FA, http://www.playvid.com/watch/MdD-JIw8k7a, http://www.playvid.com/watch/2p2OpsRzBfu, http://www.playvid.com/watch/CpP8ccIWAVw, http://www.playvid.com/watch/qGTi-CCA_2C, http://www.playvid.com/watch/7y178faNZxv, http://www.playvid.com/watch/nzKf34dqmac, http://www.playvid.com/watch/a6AFie8pKaK, http://www.playvid.com/watch/f37qYrsgC9c, http://www.playvid.com/watch/f7AUl48fld8, http://www.playvid.com/watch/qZUgrDdprdJ, http://www.playvid.com/watch/sVT7roarGgW, http://www.playvid.com/watch/5NrLrw_5jOv, http://www.playvid.com/watch/7nfrx4tV982, http://www.playvid.com/watch/h-dRgVfISir, http://www.playvid.com/watch/QyUf5igtrZX, http://www.playvid.com/watch/DMJs6wqBTj7, http://www.playvid.com/watch/7JZur4qp3RF, http://www.playvid.com/watch/sIvHt4pSJMw, http://www.playvid.com/watch/yGpvNP6cgmA
5.f. Date of third notice: 2014-05-08
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: woodsex
5.b. Uploader's email address: sentomioiito@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/woodsex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Xi9480V_7QW, http://www.playvid.com/watch/vv2vrHhYRCM, http://www.playvid.com/watch/6_dwdkkmGPE, http://www.playvid.com/watch/tMFK5pjeWhT, http://www.playvid.com/watch/uKRdcenphsm, http://www.playvid.com/watch/6FSsB1w5Q-3, http://www.playvid.com/watch/MtKL_cvy8gh, http://www.playvid.com/watch/aYoXmxgAEkU, http://www.playvid.com/watch/Yi9dQMxyKwG, http://www.playvid.com/watch/gIt40sGqm_l, http://www.playvid.com/watch/UGbdZimmmhL, http://www.playvid.com/watch/I2KmP6KgefP, http://www.playvid.com/watch/ID6b0JNJ6Mp, http://www.playvid.com/watch/4bs6049KJkt, http://www.playvid.com/watch/mmGoVT4mwLa, http://www.playvid.com/watch/K4Y-zIq2GKU, http://www.playvid.com/watch/lGHW5at-i7O, http://www.playvid.com/watch/ak8Rtyi66D9, http://www.playvid.com/watch/s41-4H9bEFy, http://www.playvid.com/watch/f1UPswwq06k, http://www.playvid.com/watch/6wAl2ZMTf3B, http://www.playvid.com/watch/Ola7N1g_Bso, http://www.playvid.com/watch/Lg0sRUhcLBX, http://www.playvid.com/watch/Iq_eBfHPRZw, http://www.playvid.com/watch/7OjW5kM2pta, http://www.playvid.com/watch/dbUagKAP7w3, http://www.playvid.com/watch/8oG11L4BIZW, http://www.playvid.com/watch/dLXtsWGdFyO, http://www.playvid.com/watch/XQr4Ujq2LDC, http://www.playvid.com/watch/USpLyhqZwHo, http://www.playvid.com/watch/Pz7GV5ZwQ9a, http://www.playvid.com/watch/oCD0JrzSyuD, http://www.playvid.com/watch/WstqpCqcRIa, http://www.playvid.com/watch/bV6N6OB5MSv, http://www.playvid.com/watch/4EYKXlwLiaa, http://www.playvid.com/watch/A1XcfCaFDJ6, http://www.playvid.com/watch/Cns12SCueGo, http://www.playvid.com/watch/jZxtmauLT1f, http://www.playvid.com/watch/dYnv2gciN8P, http://www.playvid.com/watch/wU3MWyP6tym, http://www.playvid.com/watch/LOQgo5oW01q, http://www.playvid.com/watch/wSCZS0ZjoCp, http://www.playvid.com/watch/Yep8prYCyGD, http://www.playvid.com/watch/NLu-9o2fbmw, http://www.playvid.com/watch/0fFDW9dzzK0, http://www.playvid.com/watch/zaRYDaNjB-v, http://www.playvid.com/watch/zRNiaZaT7Dc, http://www.playvid.com/watch/46JSeRsqaBn, http://www.playvid.com/watch/arluVwemd2F, http://www.playvid.com/watch/X3TtOjpoaGT, http://www.playvid.com/watch/j7fZviNR2xN, http://www.playvid.com/watch/7xkWbnrfmpm, http://www.playvid.com/watch/wI_84O2P65c, http://www.playvid.com/watch/B2kH8CysLmj, http://www.playvid.com/watch/aTznQ-tKoLQ, http://www.playvid.com/watch/L3V6c80IukC, http://www.playvid.com/watch/GNr8s2gPQsY, http://www.playvid.com/watch/IHcpJuFHe_t, http://www.playvid.com/watch/QHII7tirNdH, http://www.playvid.com/watch/qlp6gl99bIc, http://www.playvid.com/watch/lMunOMlp1qO, http://www.playvid.com/watch/bX00al429yA, http://www.playvid.com/watch/wpBbhg44z9a, http://www.playvid.com/watch/2qlZxBRz-0p, http://www.playvid.com/watch/kObxsF1Kg_U, http://www.playvid.com/watch/u5SkvEf4MyD, http://www.playvid.com/watch/9CBXaPUQNKd, http://www.playvid.com/watch/rycztG9hroP, http://www.playvid.com/watch/ggzWAvEMaUh, http://www.playvid.com/watch/dZaWa3tIlZK, http://www.playvid.com/watch/NCO2ap23xpX, http://www.playvid.com/watch/9KCI3YVTa0r, http://www.playvid.com/watch/uhWeOGSBeq7, http://www.playvid.com/watch/TgHXuBKqIPd, http://www.playvid.com/watch/a6_JlnBsLAE, http://www.playvid.com/watch/JkuY45Vlyhg, http://www.playvid.com/watch/oYWlMGbchtu, http://www.playvid.com/watch/DEPRynK75V6, http://www.playvid.com/watch/k2_2PZb9oJN, http://www.playvid.com/watch/5PdfNrN4LuO, http://www.playvid.com/watch/Fd-N_nZENle, http://www.playvid.com/watch/pkCgX3DOGFF, http://www.playvid.com/watch/3L11IcZ0xxB, http://www.playvid.com/watch/SJcNAukBdEI, http://www.playvid.com/watch/VkzcUdPHYrL, http://www.playvid.com/watch/fKh87qnPhPw, http://www.playvid.com/watch/p8LQzx1-3wS, http://www.playvid.com/watch/qK-BN8Pss1G, http://www.playvid.com/watch/WoewFNVniv9, http://www.playvid.com/watch/daJHyAPKKOE, http://www.playvid.com/watch/BlafCWmK0G8, http://www.playvid.com/watch/ScVlxwFHjy0, http://www.playvid.com/watch/X8mshYBVrU9, http://www.playvid.com/watch/Eaz0u985dD9, http://www.playvid.com/watch/RCCuhKBpT_c
5.f. Date of third notice: 2015-08-07 10:33:53
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wow10wow
5.b. Uploader's email address: qwestdiego@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/wow10wow
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8YUHrJ97l_L, http://www.playvid.com/watch/ZO0jsLJvhUC, http://www.playvid.com/watch/zANn0n6X-D2, http://www.playvid.com/watch/0yi9gbe4Q04, http://www.playvid.com/watch/vOgPGeS8kkw, http://www.playvid.com/watch/BxZHcctCKjn, http://www.playvid.com/watch/roQktsIa-ZC, http://www.playvid.com/watch/4G4dO2MR5Wr, http://www.playvid.com/watch/hdgjDMaUiqI, http://www.playvid.com/watch/kNlgvL6aiai, http://www.playvid.com/watch/mdxf-myaPMZ, http://www.playvid.com/watch/UKmEEH_3f9q, http://www.playvid.com/watch/Mtb87dZge_w, http://www.playvid.com/watch/n9cfhy2jRLb, http://www.playvid.com/watch/DzVTnt_KS7w, http://www.playvid.com/watch/a-VJwKj26uS, http://www.playvid.com/watch/ANxcWnxeE7B, http://www.playvid.com/watch/6hLG6LTs9wq, http://www.playvid.com/watch/O4vKIiPRrXx, http://www.playvid.com/watch/f1HHCGG4n8j, http://www.playvid.com/watch/6hhEKCxpoEI, http://www.playvid.com/watch/VIU81swXtTB, http://www.playvid.com/watch/viVEHsdcGoE, http://www.playvid.com/watch/NPwANbhrWxW, http://www.playvid.com/watch/zwAIbq7on9b, http://www.playvid.com/watch/xXisY4lEzgg, http://www.playvid.com/watch/r64r0QHQhu0, http://www.playvid.com/watch/GM5bO-vOzQz, http://www.playvid.com/watch/KSIfWdUEZRM, http://www.playvid.com/watch/8t18VYY2z9R, http://www.playvid.com/watch/SMfEiuv1PWl, http://www.playvid.com/watch/RkR179c0dXb, http://www.playvid.com/watch/va1TGyyy9OR, http://www.playvid.com/watch/rsrcwxy-qPu, http://www.playvid.com/watch/jSxo2H9B_Rz, http://www.playvid.com/watch/f-BDz5ysdfb, http://www.playvid.com/watch/qp6ZRJctsUF, http://www.playvid.com/watch/wEU-49nwYSS, http://www.playvid.com/watch/3KORfXKY4tV, http://www.playvid.com/watch/qRNsco175Yb, http://www.playvid.com/watch/PIpFUcAT1Pa, http://www.playvid.com/watch/WphgjffoHcl, http://www.playvid.com/watch/6E4btzBwALu, http://www.playvid.com/watch/xMgbSl8ResP, http://www.playvid.com/watch/F4_Z6UCqySB, http://www.playvid.com/watch/vg2WFS5OLMI, http://www.playvid.com/watch/b-2CW-NP3MD, http://www.playvid.com/watch/NHyp9-7qDfy, http://www.playvid.com/watch/7G9utQdRq_F, http://www.playvid.com/watch/8eWjZTfZ0k0, http://www.playvid.com/watch/9nnbz3hlavo, http://www.playvid.com/watch/9BLFIJbnmzt, http://www.playvid.com/watch/n9PcfBE3rzm, http://www.playvid.com/watch/SzVZfkt0Twc, http://www.playvid.com/watch/2pHJ0iYkxKV, http://www.playvid.com/watch/zaBh5eSGNUA, http://www.playvid.com/watch/E9h8rk8WgHZ, http://www.playvid.com/watch/nC7jXcvkMuW, http://www.playvid.com/watch/V3blHoYGiWB, http://www.playvid.com/watch/m6LnHhlUS9O, http://www.playvid.com/watch/F2BXsVFMpUk, http://www.playvid.com/watch/xFktoTBGvRG, http://www.playvid.com/watch/ksiKUfYYlWr, http://www.playvid.com/watch/o1ZZpRtGcCE, http://www.playvid.com/watch/MOtOJe6_PEb, http://www.playvid.com/watch/MH6uIlyOdI4, http://www.playvid.com/watch/QNHY_C7FvlS, http://www.playvid.com/watch/IVamIqPdfxF, http://www.playvid.com/watch/IDjMuhHY60S, http://www.playvid.com/watch/2RW1AY4K1kq, http://www.playvid.com/watch/cgd5SN1K5ZG, http://www.playvid.com/watch/CWXpKNSvnkh, http://www.playvid.com/watch/iTgEQ7rhwga, http://www.playvid.com/watch/qCbwg345_mB, http://www.playvid.com/watch/Z-lxJICD-47, http://www.playvid.com/watch/Jt7k2tvGxli, http://www.playvid.com/watch/YG1NAr--Ht4, http://www.playvid.com/watch/nHTr83O_Deo, http://www.playvid.com/watch/uvO3ywENomI, http://www.playvid.com/watch/mlQRy_Tzwyo, http://www.playvid.com/watch/xX_Gxjhpxiq, http://www.playvid.com/watch/bbMAcymVZsa, http://www.playvid.com/watch/s1vd2NYeO4o, http://www.playvid.com/watch/N0D4epW4b65, http://www.playvid.com/watch/yPaZqq9sqJl, http://www.playvid.com/watch/93zHiTzOr2w, http://www.playvid.com/watch/d0DGs_PQGPx, http://www.playvid.com/watch/53j_7aDVoKX, http://www.playvid.com/watch/hSVd1aUS7nk, http://www.playvid.com/watch/QMQlegoyMqp, http://www.playvid.com/watch/7Ev0qn6vnIy, http://www.playvid.com/watch/hnxVAggiRoM, http://www.playvid.com/watch/l46_XTpN-2O, http://www.playvid.com/watch/Rv9co4sKlsV, http://www.playvid.com/watch/Yzf48QX03oE, http://www.playvid.com/watch/BQpROqiTYQe, http://www.playvid.com/watch/dRxpTBkubQl, http://www.playvid.com/watch/XNMPDSf4i2x, http://www.playvid.com/watch/73NgLGMa6G4, http://www.playvid.com/watch/QA92aeHhtLr, http://www.playvid.com/watch/KFpkIUZbxmh, http://www.playvid.com/watch/JY8tef6NtHg, http://www.playvid.com/watch/XJf-z7c2k_P, http://www.playvid.com/watch/dZWxi-WK5g5, http://www.playvid.com/watch/jL64JdKdRvu, http://www.playvid.com/watch/pG6OJOWrOMv, http://www.playvid.com/watch/FvsZl4_8725, http://www.playvid.com/watch/eAKXzh3m0wn, http://www.playvid.com/watch/wi6PHpYrHpa, http://www.playvid.com/watch/6-7dohvTcoc, http://www.playvid.com/watch/bgFRaJ11iQT, http://www.playvid.com/watch/wMQJ3-cxbLz, http://www.playvid.com/watch/u9p1AzTjSs0, http://www.playvid.com/watch/DKQRbik2lwQ, http://www.playvid.com/watch/gNG6cUz9A3G, http://www.playvid.com/watch/C-kNFhBLYVX, http://www.playvid.com/watch/0x-U_PYkowu, http://www.playvid.com/watch/QtoUwJRVH0F, http://www.playvid.com/watch/DYPOz5uA2fC, http://www.playvid.com/watch/UDtpRvNrg-9, http://www.playvid.com/watch/ittegqLJkIo, http://www.playvid.com/watch/3bBGp34KcEH, http://www.playvid.com/watch/JFETdwHwhrC, http://www.playvid.com/watch/hIzD9rq2eOS, http://www.playvid.com/watch/keRQhBBKSWH, http://www.playvid.com/watch/o5cAJcQIxke, http://www.playvid.com/watch/ciRCQ41SVxT, http://www.playvid.com/watch/ixB1mjONwrf, http://www.playvid.com/watch/o6-m7lKrjcr, http://www.playvid.com/watch/I-reabV6Xdm, http://www.playvid.com/watch/D7HbOgdq50o, http://www.playvid.com/watch/CeQGzBM7srj, http://www.playvid.com/watch/FaXDAoYixwp, http://www.playvid.com/watch/LJEsAWl-mxa, http://www.playvid.com/watch/kqmqKJGdPz0, http://www.playvid.com/watch/egQAyBlOlPi, http://www.playvid.com/watch/YAN-gjJr9ga, http://www.playvid.com/watch/Fy3LpvHN3gz, http://www.playvid.com/watch/sNUli_aNzhQ, http://www.playvid.com/watch/9DxeNYSzGao, http://www.playvid.com/watch/Y1o6J4qg9KL, http://www.playvid.com/watch/g_QefR0FIIV, http://www.playvid.com/watch/pVOwyZgKJRH, http://www.playvid.com/watch/FWex9NJ5wTV, http://www.playvid.com/watch/pB-iOzhNiuJ, http://www.playvid.com/watch/ugsIRHgnkwG, http://www.playvid.com/watch/d5Kr7jJ_CrX, http://www.playvid.com/watch/ExuswEx7vsC, http://www.playvid.com/watch/szhbsrGOIxA, http://www.playvid.com/watch/bOG1kFTrvw2, http://www.playvid.com/watch/47jthoxfgW7, http://www.playvid.com/watch/IoG9HX0nqPZ, http://www.playvid.com/watch/L3LJxY-i3_X, http://www.playvid.com/watch/dEBrX_LsOym, http://www.playvid.com/watch/Bxwkssqj8vU, http://www.playvid.com/watch/mWeROtL5hY6, http://www.playvid.com/watch/yl1LNOOJEkR, http://www.playvid.com/watch/2bVuLMvxKJc, http://www.playvid.com/watch/a56LH5E5wVP, http://www.playvid.com/watch/rN6UO51v8je, http://www.playvid.com/watch/SJ8n5XzsTGf, http://www.playvid.com/watch/0OSJim1-Kfj, http://www.playvid.com/watch/WQsi9bzWGBU, http://www.playvid.com/watch/TUi8fFblWsF, http://www.playvid.com/watch/0Pw7sYUVEV6, http://www.playvid.com/watch/hFzaJa5TlKL, http://www.playvid.com/watch/QeJUg9J8ry4, http://www.playvid.com/watch/F_kjUWYmfB7, http://www.playvid.com/watch/XucZBxZQVUf, http://www.playvid.com/watch/LS2DWzqVlfX,

http://www.playvid.com/watch/gFx-yJMQ8ei, http://www.playvid.com/watch/xMAGpe6D6xJ, http://www.playvid.com/watch/wWZZHB5iNBI,
http://www.playvid.com/watch/k_S21PMznwA, http://www.playvid.com/watch/zWq6CE2hzS3, http://www.playvid.com/watch/aWKJmJj0V6b,
http://www.playvid.com/watch/vaMNpJVIDv6, http://www.playvid.com/watch/qsUFyp0Lrhj, http://www.playvid.com/watch/hn90aKDkYaU,
http://www.playvid.com/watch/bVC_OW89LrL, http://www.playvid.com/watch/cnFQHzGShTp, http://www.playvid.com/watch/GQ4CUDR2VXJ,
http://www.playvid.com/watch/qtbKEiicvjJ, http://www.playvid.com/watch/BCIwCI7LQwc, http://www.playvid.com/watch/mLlIIdrQzWZ,
http://www.playvid.com/watch/oS7vG_a_5Vu, http://www.playvid.com/watch/YrLg8QzArjU, http://www.playvid.com/watch/a2jxsKt_RJC,
http://www.playvid.com/watch/Yo2ocvCZ1F3, http://www.playvid.com/watch/h35gpDT6AXc, http://www.playvid.com/watch/UssfVWehcyQ,
http://www.playvid.com/watch/h7WaM5zVG_x, http://www.playvid.com/watch/vXE5KF0p4Fe, http://www.playvid.com/watch/F_eiTRJl3Ck,
http://www.playvid.com/watch/umzJpv3mtjM, http://www.playvid.com/watch/K0lIiMzdv1P, http://www.playvid.com/watch/fwaP2WHblQz,
http://www.playvid.com/watch/oDSN3PGw5nb, http://www.playvid.com/watch/FNWOe3-nFP8, http://www.playvid.com/watch/i10zwlhZw8O,
http://www.playvid.com/watch/lsPiqpA3F-L, http://www.playvid.com/watch/B3mEJBYf3xd, http://www.playvid.com/watch/3OM-GtTzka7,
http://www.playvid.com/watch/bz5hfio8a5n, http://www.playvid.com/watch/UNTExlotUWq, http://www.playvid.com/watch/RPZIden04Ev,
http://www.playvid.com/watch/TeCzDSmEo8z, http://www.playvid.com/watch/rEy6zUUBEXq, http://www.playvid.com/watch/Nux39XDv76W,
http://www.playvid.com/watch/DRyxJZPP55h, http://www.playvid.com/watch/4LKAh7lyww0, http://www.playvid.com/watch/g15n8s9vY1b,
http://www.playvid.com/watch/WLzHsrJ_EIz, http://www.playvid.com/watch/M_4sD5s4Lqr, http://www.playvid.com/watch/q_LXkorQlbN,
http://www.playvid.com/watch/NDqufo4MyQP, http://www.playvid.com/watch/VAkBfA9kCyK, http://www.playvid.com/watch/tSUKHbuT6RI,
http://www.playvid.com/watch/7R8oDITv34M, http://www.playvid.com/watch/P6sUPjAwlXB, http://www.playvid.com/watch/uJuDas8EQhq,
http://www.playvid.com/watch/ww4MnbBaoER, http://www.playvid.com/watch/My-td_hb2-Y, http://www.playvid.com/watch/ktFhE4D1VTh,
http://www.playvid.com/watch/iD3C8thqM-e, http://www.playvid.com/watch/y1W_PWQet3S, http://www.playvid.com/watch/0H0vHuO1gId,
http://www.playvid.com/watch/GrxZd3vEm8t, http://www.playvid.com/watch/JcyAbBtKT2r, http://www.playvid.com/watch/qMwjc1LhJoy,
http://www.playvid.com/watch/ZPQCBby8e7s, http://www.playvid.com/watch/orih4GYJLnc, http://www.playvid.com/watch/47NcPV5dEgT,
http://www.playvid.com/watch/fGcIUOjScPZ, http://www.playvid.com/watch/DItdJwmn3qi, http://www.playvid.com/watch/kUGUm8azlN4,
http://www.playvid.com/watch/0PXCB3ousbh, http://www.playvid.com/watch/H6e2rMxSUQ2, http://www.playvid.com/watch/woeMIQjMCRf,
http://www.playvid.com/watch/c0qjZlKypoO, http://www.playvid.com/watch/2ooco3Cv4jT, http://www.playvid.com/watch/S9pjtdft1_W,
http://www.playvid.com/watch/tbJ9AKqdrYL, http://www.playvid.com/watch/OLHnThi1BsX, http://www.playvid.com/watch/bRS3JeLGxig,
http://www.playvid.com/watch/tHF78B4E9M0, http://www.playvid.com/watch/Xgq0oKUk0yk, http://www.playvid.com/watch/EU_4pJgvTtj,
http://www.playvid.com/watch/wkAqHwNCPgY, http://www.playvid.com/watch/mGTiX5YSnJF, http://www.playvid.com/watch/7kuPzQ6mO3n,
http://www.playvid.com/watch/Edy_9jOh4sd, http://www.playvid.com/watch/i6KLmv7QPFL, http://www.playvid.com/watch/NzYvUrRC6WZ,
http://www.playvid.com/watch/fA2rwt9jq9V, http://www.playvid.com/watch/fkAONQDezUz, http://www.playvid.com/watch/HXUtkSTPvZN,
http://www.playvid.com/watch/7ynUDopt-7l, http://www.playvid.com/watch/Rp3rsnbr5cC, http://www.playvid.com/watch/LQhhxkHf4k9,
http://www.playvid.com/watch/UT-kMTvTUaH, http://www.playvid.com/watch/xtVeOTTdp0w, http://www.playvid.com/watch/Unjh4ojYvt6,
http://www.playvid.com/watch/7QtswWpLPdP, http://www.playvid.com/watch/6GHDitKQMJ7, http://www.playvid.com/watch/ZPxqYGVADnk,
http://www.playvid.com/watch/nGKETJW2N40, http://www.playvid.com/watch/jxUl4K-fNKQ, http://www.playvid.com/watch/MIuS8gIU5NI,
http://www.playvid.com/watch/um1lZdcT89b, http://www.playvid.com/watch/V4I3mIjaWaJ, http://www.playvid.com/watch/9x_Sc-h0BFr,
http://www.playvid.com/watch/fgH6XuwlZTA, http://www.playvid.com/watch/ZnSQL_T6Dzf, http://www.playvid.com/watch/mro_uSn2_nH,
http://www.playvid.com/watch/lZ3kJEz2rdI, http://www.playvid.com/watch/24LJjgqsxfh, http://www.playvid.com/watch/5-LlSJBfnBu,
http://www.playvid.com/watch/qGHh9bzR9zs, http://www.playvid.com/watch/kZwtCEj2lNB, http://www.playvid.com/watch/nsxvU9NMyrr,
http://www.playvid.com/watch/afsfS2ZCfFh, http://www.playvid.com/watch/w-MUPJtgY9n, http://www.playvid.com/watch/xOnJeF0X0Jk,
http://www.playvid.com/watch/9TgxpuOH7MX, http://www.playvid.com/watch/VpJ4GOCVKRc, http://www.playvid.com/watch/E5WYS50UMer,
http://www.playvid.com/watch/XAJ8R7l8hFh, http://www.playvid.com/watch/WuxoYXbmJFt, http://www.playvid.com/watch/UcxFDJowD6z,
http://www.playvid.com/watch/falrSBjLiLI, http://www.playvid.com/watch/KNtjxiwnEmy, http://www.playvid.com/watch/B9Za_nqZdzZ,
http://www.playvid.com/watch/ibUC2LuveYG, http://www.playvid.com/watch/FRrc-1erXBz, http://www.playvid.com/watch/sAitY2ar7kq,
http://www.playvid.com/watch/h5v-dU-6PKk, http://www.playvid.com/watch/F3Qqp9qBffs, http://www.playvid.com/watch/xeW4PKkJjh2,
http://www.playvid.com/watch/AI5wEyi2zRx, http://www.playvid.com/watch/OWudHH56h8C, http://www.playvid.com/watch/9B_XctrNmIC,
http://www.playvid.com/watch/vxK9CSPZKoh, http://www.playvid.com/watch/qs8ZueCvLkB, http://www.playvid.com/watch/Z9_5LF764Gv,
http://www.playvid.com/watch/66UUl5xTHzq, http://www.playvid.com/watch/YfMj7F4WjLD, http://www.playvid.com/watch/87DfO5Gti-x,
http://www.playvid.com/watch/e1HdYmqViXp, http://www.playvid.com/watch/DrygdDxsmyR, http://www.playvid.com/watch/G7hCde6uJM7,
http://www.playvid.com/watch/2xa_9zCnN4o, http://www.playvid.com/watch/xwP4_kqxAqb, http://www.playvid.com/watch/powEtrP8lAf,
http://www.playvid.com/watch/0Gcw0FyLBkB, http://www.playvid.com/watch/WmRDRBFyzhH, http://www.playvid.com/watch/nzT8B_jhnL9,
http://www.playvid.com/watch/rGl5wKltPav, http://www.playvid.com/watch/oa4ZnrrquOd, http://www.playvid.com/watch/rwVS-TGrIGQ,
http://www.playvid.com/watch/cynZOZlyTgH, http://www.playvid.com/watch/o7kwRXUbY5m, http://www.playvid.com/watch/CRdjUnMGe0p,
http://www.playvid.com/watch/JNlxhSqHpEu, http://www.playvid.com/watch/dY-JlL_wcGt, http://www.playvid.com/watch/widZ3PKnPVd,
http://www.playvid.com/watch/knTaJ0W67mY, http://www.playvid.com/watch/PjDBkxq1jnv, http://www.playvid.com/watch/k_muqjRkl-x,
http://www.playvid.com/watch/YmFC1Hk7dSx, http://www.playvid.com/watch/Jw2xRr0Xb_p, http://www.playvid.com/watch/ZS4yFQvXnT3,
http://www.playvid.com/watch/g7Xv90omAdV, http://www.playvid.com/watch/juVkyDjsgUC, http://www.playvid.com/watch/jn0Q5iGU4TX,
http://www.playvid.com/watch/hrpBdFDaW10, http://www.playvid.com/watch/ggrCYBLefbN, http://www.playvid.com/watch/Tt1FNpELGpk,
http://www.playvid.com/watch/OrWTsUCHd9d, http://www.playvid.com/watch/2It1Tk2ULeH, http://www.playvid.com/watch/RmSFoKaIE1l,
http://www.playvid.com/watch/qol0hDb9oeZ, http://www.playvid.com/watch/ysdPbPr6o2R, http://www.playvid.com/watch/OM4GEJ6KTVT,
http://www.playvid.com/watch/qTE16A1h237, http://www.playvid.com/watch/82db_RjovNO, http://www.playvid.com/watch/4Ct7uQ85ONv,
http://www.playvid.com/watch/7FZR7vU5ydi, http://www.playvid.com/watch/P3_9avm2eJq, http://www.playvid.com/watch/O_kLbjFFxWV,
http://www.playvid.com/watch/LwUfGaDWIG4, http://www.playvid.com/watch/uOSMR-Gdc2L, http://www.playvid.com/watch/8vtgUJs-sLS,
http://www.playvid.com/watch/AuNz34xvdKV, http://www.playvid.com/watch/3l6eP0LTWeN, http://www.playvid.com/watch/Zl_2PdtjXUb,
http://www.playvid.com/watch/6j6k-AZee2d, http://www.playvid.com/watch/ert27AELXDV, http://www.playvid.com/watch/ZaRerhFvTk0,
http://www.playvid.com/watch/kwK-p5catqb, http://www.playvid.com/watch/O9yzMNDQxqO, http://www.playvid.com/watch/07OoMzZb8Pz,
http://www.playvid.com/watch/e-suoMC2pak, http://www.playvid.com/watch/p04ROdvJ0SQ, http://www.playvid.com/watch/g10gh1ikl7z,
http://www.playvid.com/watch/SXHhkbBG2ih, http://www.playvid.com/watch/WWrTaaCVCfy, http://www.playvid.com/watch/scaH-Rn5xCI,
http://www.playvid.com/watch/Ran9D3tvASo, http://www.playvid.com/watch/QuVWcjnP9zA, http://www.playvid.com/watch/zCl0m6IEpzI,
http://www.playvid.com/watch/g3yDGAh0Mo4, http://www.playvid.com/watch/Q5JM-Q-VkGP, http://www.playvid.com/watch/dWaXnpI275Q,
http://www.playvid.com/watch/C83TBbvYQt4, http://www.playvid.com/watch/HDAoPSg1_fi, http://www.playvid.com/watch/f_mJam-5Tsp,
http://www.playvid.com/watch/gQisFYw_y8y, http://www.playvid.com/watch/i9vbckfXKVs, http://www.playvid.com/watch/YkP9GYbHxq2,
http://www.playvid.com/watch/Y83nwg5kBPs, http://www.playvid.com/watch/pf60hbHfOr7, http://www.playvid.com/watch/wOg6rpZgh5z,
http://www.playvid.com/watch/9616ytfpiGo, http://www.playvid.com/watch/8bKalPXVzeX, http://www.playvid.com/watch/qgsdM49YMPO,
http://www.playvid.com/watch/WQbjteJWZav, http://www.playvid.com/watch/6FLXq7hREqW, http://www.playvid.com/watch/0schp8WZBdg,
http://www.playvid.com/watch/oT1f6wwOi83, http://www.playvid.com/watch/mqU1NN0yIEj, http://www.playvid.com/watch/UxcExb4cNLw,
http://www.playvid.com/watch/gkhrj-M5wCy, http://www.playvid.com/watch/nOVaviC8KyO, http://www.playvid.com/watch/q6NC70w_88t,
http://www.playvid.com/watch/trLAVxP-w5o, http://www.playvid.com/watch/4lXTrYRM6cW, http://www.playvid.com/watch/A7D0DHLEiVS,
http://www.playvid.com/watch/YDJt4HGiz1W, http://www.playvid.com/watch/pCWEpAvNn-d, http://www.playvid.com/watch/vofNzSdl1Da,
http://www.playvid.com/watch/tPE7u2oDSk7
5.f. Date of third notice: 2014-03-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: wszystkofree
5.b. Uploader's email address: leeloo.85@o2.pl
5.d. Uploader's profile: http://www.playvid.com/member/wszystkofree
5.e. List of videos posted by uploader: http://www.playvid.com/watch/luM4jbAJlsp, http://www.playvid.com/watch/lSbXzQLO0iY,
http://www.playvid.com/watch/6W77uMv-Ra3, http://www.playvid.com/watch/5WpAnfbHmj3, http://www.playvid.com/watch/a2iijXdHCvW,
http://www.playvid.com/watch/xWKS-xK6NVM, http://www.playvid.com/watch/mI-4awk76mS, http://www.playvid.com/watch/tYDi35hj86Q,
http://www.playvid.com/watch/4we5LqdjsFm, http://www.playvid.com/watch/6B0KRD8b3v2, http://www.playvid.com/watch/wypsKtN7qJ8,
http://www.playvid.com/watch/3Yz3REvb-Qs, http://www.playvid.com/watch/CIexb860K5b, http://www.playvid.com/watch/pQAYxDCOBId,
http://www.playvid.com/watch/umX2oR7RhML, http://www.playvid.com/watch/Qegr6W-cbAt, http://www.playvid.com/watch/w5MLQOGg5hM,
http://www.playvid.com/watch/nbpGwXVO3Hh, http://www.playvid.com/watch/IihA7nq8lTM, http://www.playvid.com/watch/O24fjKgkFIt,
http://www.playvid.com/watch/kvgu2Tv4FzO, http://www.playvid.com/watch/VoHgfqWvJGf, http://www.playvid.com/watch/ySbljBVOflz,
http://www.playvid.com/watch/EfE4ynqBSPE, http://www.playvid.com/watch/2zNGH5xRNwO, http://www.playvid.com/watch/fCJgyKOxTvk,
http://www.playvid.com/watch/X6hk84p2PiF, http://www.playvid.com/watch/9Zz-6FP7o-X, http://www.playvid.com/watch/sPaN-AYYyWV,
http://www.playvid.com/watch/qgHZFCpkHQ5, http://www.playvid.com/watch/T-SDwfeuFVv, http://www.playvid.com/watch/M5PKQE87k-9,
http://www.playvid.com/watch/Fq8XQAyaABY, http://www.playvid.com/watch/DEwgbCVglNK, http://www.playvid.com/watch/xJmIgkyFyBv,

http://www.playvid.com/watch/WJng9wNKQVb, http://www.playvid.com/watch/rTcQiwa2Gh9, http://www.playvid.com/watch/i8ZIXHZIIrO,
http://www.playvid.com/watch/5h35vgP2jCB, http://www.playvid.com/watch/OjxCzctPnFn, http://www.playvid.com/watch/goWz3VFYUaw,
http://www.playvid.com/watch/xexBmYUbEOS, http://www.playvid.com/watch/TfgRdjFOgvp, http://www.playvid.com/watch/Dl-bDta6iXP,
http://www.playvid.com/watch/cR9KiQJLPmB, http://www.playvid.com/watch/WWcepa2wskE, http://www.playvid.com/watch/44Pc5gFDdH2,
http://www.playvid.com/watch/jgBpbCnGxmc, http://www.playvid.com/watch/ujKapU9QY7s, http://www.playvid.com/watch/IgZxjwZsE5-,
http://www.playvid.com/watch/tjFbDtaHGf7, http://www.playvid.com/watch/wFPm9jnx8a8, http://www.playvid.com/watch/DYOVCCt-h6Q,
http://www.playvid.com/watch/qVkl5-5rKCO, http://www.playvid.com/watch/uhYPcjuhvRX, http://www.playvid.com/watch/LrPEeNRIwiH,
http://www.playvid.com/watch/vQmfpLmkIRc, http://www.playvid.com/watch/yEzL7guAJYu, http://www.playvid.com/watch/-2RXmS4CAKR,
http://www.playvid.com/watch/z3EhPvRYual, http://www.playvid.com/watch/43MZB9XRO6e, http://www.playvid.com/watch/w-b4ywnZcOa,
http://www.playvid.com/watch/qAojrc-aLiA, http://www.playvid.com/watch/S-0MaN3l8b4, http://www.playvid.com/watch/IJp7Is8c4Rv,
http://www.playvid.com/watch/jDY589bBWhG, http://www.playvid.com/watch/6UV72AVxVbE, http://www.playvid.com/watch/CEHY5uILJ-6,
http://www.playvid.com/watch/WO2XjcCUkeP, http://www.playvid.com/watch/ECKmfaO5ow5, http://www.playvid.com/watch/AVAaFeWfrMA,
http://www.playvid.com/watch/mLIwSCyuOGj, http://www.playvid.com/watch/KfjC7dBuyv8, http://www.playvid.com/watch/5QxqcdbaEqg,
http://www.playvid.com/watch/bWUytpEFPHp, http://www.playvid.com/watch/tTJMvZjS0nQ, http://www.playvid.com/watch/HVBglG8Tvz5,
http://www.playvid.com/watch/y7OB9O7pUkc, http://www.playvid.com/watch/wPO76NVirhY, http://www.playvid.com/watch/3f7pzylhRtN,
http://www.playvid.com/watch/sz5JcaVkrXY, http://www.playvid.com/watch/cQhKni7MLHZ, http://www.playvid.com/watch/YJEjBMsifAL,
http://www.playvid.com/watch/zmANL-L6YKJ, http://www.playvid.com/watch/W2yaoAXdxMB, http://www.playvid.com/watch/Kky40i0sBN3,
http://www.playvid.com/watch/LBJGTP2CGNg, http://www.playvid.com/watch/5addPE8zqQI, http://www.playvid.com/watch/kX-BgJNqOLQ,
http://www.playvid.com/watch/WGtLdD0a7hH, http://www.playvid.com/watch/QzBlrJVl3Mi, http://www.playvid.com/watch/ebAaYjjJPUr,
http://www.playvid.com/watch/CusVMPusKjH, http://www.playvid.com/watch/KJzWRgNt-iS, http://www.playvid.com/watch/7yhjpIQIIuV,
http://www.playvid.com/watch/Pl4AknhramQ, http://www.playvid.com/watch/qAwUfTO4LjO, http://www.playvid.com/watch/errFiw-6Jfl,
http://www.playvid.com/watch/bRqDZOrdRBj, http://www.playvid.com/watch/DEOZkr5us9I, http://www.playvid.com/watch/nLtiPWejglx,
http://www.playvid.com/watch/0BFwYo6rdwM, http://www.playvid.com/watch/ekSwFn2jKjV, http://www.playvid.com/watch/zjHo9FWhDYp,
http://www.playvid.com/watch/u2twnd-3Rea, http://www.playvid.com/watch/aZ-NkEK2MH2, http://www.playvid.com/watch/V6025LNJpUk,
http://www.playvid.com/watch/AttovHdHSmq, http://www.playvid.com/watch/iUBj5IBQDrI, http://www.playvid.com/watch/744OXx-4ytH,
http://www.playvid.com/watch/NcBYEAuDPx5, http://www.playvid.com/watch/VOKppy7edg8, http://www.playvid.com/watch/8K5yqwW-ZsA,
http://www.playvid.com/watch/bb6Onwa440H, http://www.playvid.com/watch/HOZXRFFglIP, http://www.playvid.com/watch/BgYIPeucbTI,
http://www.playvid.com/watch/KgPwgHDA39x, http://www.playvid.com/watch/6bNGSwcSL65, http://www.playvid.com/watch/ttOnW2Rpm7Y,
http://www.playvid.com/watch/3Z6xoky0xae, http://www.playvid.com/watch/iAezqvKcp2p, http://www.playvid.com/watch/HZSldt7bBa2,
http://www.playvid.com/watch/K-lIvAar8la, http://www.playvid.com/watch/vBUMXaaK0FO, http://www.playvid.com/watch/Vn4Co7AgrJO,
http://www.playvid.com/watch/bhW65Q2QRvZ, http://www.playvid.com/watch/GpoETEMkObZ, http://www.playvid.com/watch/-Et04lMVaE9,
http://www.playvid.com/watch/WE--Y-UNIKO, http://www.playvid.com/watch/J42KkFZV2Pn, http://www.playvid.com/watch/D5zO0BhkYwB,
http://www.playvid.com/watch/sgmFCimsGWj, http://www.playvid.com/watch/embMephPNBC, http://www.playvid.com/watch/WSYfa4tcHOV,
http://www.playvid.com/watch/QYf3UYHdd-3, http://www.playvid.com/watch/Zv5Lsjg9DEz, http://www.playvid.com/watch/oQbmJpdUHmt,
http://www.playvid.com/watch/nfQsw-RnZpV, http://www.playvid.com/watch/0HwYdJcqrEs, http://www.playvid.com/watch/5snIPxib6RA,
http://www.playvid.com/watch/3Z4KPi0QzT4, http://www.playvid.com/watch/bbQXRumpcI0, http://www.playvid.com/watch/yXL3RUjnfMy,
http://www.playvid.com/watch/Z3dhCI872IX, http://www.playvid.com/watch/YDV0mA-uyzt, http://www.playvid.com/watch/4VLVlEx8uar,
http://www.playvid.com/watch/Ju7yX0emxNL, http://www.playvid.com/watch/-oHsiE2l-LO, http://www.playvid.com/watch/WDxiQTAWlDK,
http://www.playvid.com/watch/rkn7VLxhT0o, http://www.playvid.com/watch/csdacs-CiPg, http://www.playvid.com/watch/HX2j3tdW3fK,
http://www.playvid.com/watch/XJwzeR4YkZ4, http://www.playvid.com/watch/AeG8aQ5Njoi, http://www.playvid.com/watch/ae9RFPclwgl,
http://www.playvid.com/watch/TMoCBaYzstY, http://www.playvid.com/watch/r8KzPZFQ2Mp, http://www.playvid.com/watch/Wlti2koriGQ,
http://www.playvid.com/watch/XSpVpeLvs-6, http://www.playvid.com/watch/PsmkFOUnVCa, http://www.playvid.com/watch/bhH0XUF3Cmt,
http://www.playvid.com/watch/YR2G9BUQdG8, http://www.playvid.com/watch/jl8AIksfCqm, http://www.playvid.com/watch/4FOqYK2b6XH,
http://www.playvid.com/watch/GWAWOEdEwU3, http://www.playvid.com/watch/c7g0Iu-wY8u, http://www.playvid.com/watch/MHzKS0wtwAP,
http://www.playvid.com/watch/k4ly90svVr0, http://www.playvid.com/watch/0vdoZu7JOt6, http://www.playvid.com/watch/IAMYJlB7YDB,
http://www.playvid.com/watch/CCRTFqFV7g7, http://www.playvid.com/watch/ZcdQ6-Ng0vK, http://www.playvid.com/watch/rnRRIOuOeAt,
http://www.playvid.com/watch/UnPxXZs0plW, http://www.playvid.com/watch/NoCFiSVoybY, http://www.playvid.com/watch/QzLcae8iIz7,
http://www.playvid.com/watch/3jjpKfcMTVt, http://www.playvid.com/watch/sHthtVVZ-Tb, http://www.playvid.com/watch/4yfouni3YcS,
http://www.playvid.com/watch/lXZZtArhxxz, http://www.playvid.com/watch/WZEiRkc98bH, http://www.playvid.com/watch/UiWzVMQb4A4,
http://www.playvid.com/watch/Ky8xmJIRMoJ, http://www.playvid.com/watch/ypL3z6Eyp4P, http://www.playvid.com/watch/tLShjRtha47,
http://www.playvid.com/watch/HrIMBFuZWoN, http://www.playvid.com/watch/yCKiQwCkk3O, http://www.playvid.com/watch/pqRhbXeQ7kh,
http://www.playvid.com/watch/3uCtEEMysFo, http://www.playvid.com/watch/ojjGYyYHXfM, http://www.playvid.com/watch/9BneTfkecR8,
http://www.playvid.com/watch/mhp-Qkn63gh, http://www.playvid.com/watch/nYScnZWHBwq, http://www.playvid.com/watch/uKAxfye3peR,
http://www.playvid.com/watch/U2EXCPCw28G, http://www.playvid.com/watch/igJ5Nn5iDUD, http://www.playvid.com/watch/pZkav-mYSj3,
http://www.playvid.com/watch/k3wDRzmqUiJ, http://www.playvid.com/watch/GGFZSJE6IS-, http://www.playvid.com/watch/LYTt0btbec4,
http://www.playvid.com/watch/o-rnEOXBhFD, http://www.playvid.com/watch/zZTvhIfb2Db, http://www.playvid.com/watch/zxRQQmjecJY,
http://www.playvid.com/watch/4sKJ6EArJZX, http://www.playvid.com/watch/Bjg63CWbjTR, http://www.playvid.com/watch/2RnyBujCOIc,
http://www.playvid.com/watch/B9YYvo6eXro, http://www.playvid.com/watch/XxLxz2eQFRy, http://www.playvid.com/watch/8BzQPcwxqbg,
http://www.playvid.com/watch/2sXHadOgZY6, http://www.playvid.com/watch/4RwCBEhwUBt, http://www.playvid.com/watch/5mZjh29iyKx,
http://www.playvid.com/watch/gz4KKoKGTfn, http://www.playvid.com/watch/RIsjzT0W3QC, http://www.playvid.com/watch/6TrvmciOpP-,
http://www.playvid.com/watch/mwcxlW9V3UE, http://www.playvid.com/watch/j7Z529fmJsx, http://www.playvid.com/watch/Bp7Kt8lVzMj,
http://www.playvid.com/watch/5ReeNGyB7dU, http://www.playvid.com/watch/j42-gmOjQG6, http://www.playvid.com/watch/F-cg6YmmP9s,
http://www.playvid.com/watch/Y7VMuc945kb, http://www.playvid.com/watch/TXhLD-Ch6bh, http://www.playvid.com/watch/avtivEIDeZF,
http://www.playvid.com/watch/oKcyneWs09y, http://www.playvid.com/watch/xix8f7Y6yl0, http://www.playvid.com/watch/-TecntONbaa,
http://www.playvid.com/watch/p3JuSfUsXUn, http://www.playvid.com/watch/wED4ZQbRH8U, http://www.playvid.com/watch/xJ4F6iMm2YZ,
http://www.playvid.com/watch/vBdsDZTyI6Y, http://www.playvid.com/watch/xM2qJ7Op4jm, http://www.playvid.com/watch/UkY8WmzzalJ,
http://www.playvid.com/watch/QvDH87RqnFl, http://www.playvid.com/watch/Y4uGFrdlbFY, http://www.playvid.com/watch/YodZTrxhiiH,
http://www.playvid.com/watch/DWtlfvc2gDl, http://www.playvid.com/watch/LANK5Xf43p7, http://www.playvid.com/watch/V6R6Tqr4tKr,
http://www.playvid.com/watch/69cE6j9kKw4, http://www.playvid.com/watch/peTARhZzvJ-, http://www.playvid.com/watch/YakG2Oqlws-,
http://www.playvid.com/watch/PN9ZJqlZlWI, http://www.playvid.com/watch/wlnI0Ybba4L, http://www.playvid.com/watch/mVD9KrMy4xv,
http://www.playvid.com/watch/8mndOl93dUY, http://www.playvid.com/watch/PtyDQQ3QsBP, http://www.playvid.com/watch/c25I6RM9Q4v,
http://www.playvid.com/watch/DsvKM2Gi7zI, http://www.playvid.com/watch/8ZwPITJlgOb, http://www.playvid.com/watch/RSezyrRRhrA,
http://www.playvid.com/watch/BzhkwubCtcV, http://www.playvid.com/watch/Obm3IcjPcJD, http://www.playvid.com/watch/3CmVYXl-zwn,
http://www.playvid.com/watch/g65vhtIuvj7, http://www.playvid.com/watch/Sai0DeJRhw6, http://www.playvid.com/watch/9ANjpBqSdMT,
http://www.playvid.com/watch/shibqOzHlgc, http://www.playvid.com/watch/Aasy8Fi9iUN, http://www.playvid.com/watch/vbzZrUIYWl7,
http://www.playvid.com/watch/XPypEfHIKYS, http://www.playvid.com/watch/R5i8PI2azAs, http://www.playvid.com/watch/5HKjP60X2vg,
http://www.playvid.com/watch/P50jL4edz9G, http://www.playvid.com/watch/rIyXdnSJgpV, http://www.playvid.com/watch/3E4aMErdrPG,
http://www.playvid.com/watch/0Zvjd46DfYS, http://www.playvid.com/watch/bgawEa4Pwv2, http://www.playvid.com/watch/WhItFTKWLbs,
http://www.playvid.com/watch/2QrlWnPrlHg, http://www.playvid.com/watch/X6nid2Da3xH, http://www.playvid.com/watch/r0-tYccL6-E,
http://www.playvid.com/watch/tp9Wl5mJ34r, http://www.playvid.com/watch/UExFRBeLPsh, http://www.playvid.com/watch/IGuFqc6Nni-,
http://www.playvid.com/watch/JzZZ2hQHeS2, http://www.playvid.com/watch/SwJLFc3Nw2E, http://www.playvid.com/watch/2Elawd4Bhk7,
http://www.playvid.com/watch/nIuBa29A3fz, http://www.playvid.com/watch/tgyP-YnyUgh, http://www.playvid.com/watch/-i2G2Ooyiu0,
http://www.playvid.com/watch/aynzQHpoY0u, http://www.playvid.com/watch/JvBdCrpYm4p, http://www.playvid.com/watch/fM0QBtoeVHz,
http://www.playvid.com/watch/CHGqrhqXVhJ, http://www.playvid.com/watch/hTi5ZugtAt2, http://www.playvid.com/watch/FQCTzJOOepQ,
http://www.playvid.com/watch/YTY4kq9nJb8, http://www.playvid.com/watch/5VWzCN7EiF2, http://www.playvid.com/watch/2lRXfjrRnzm,
http://www.playvid.com/watch/bKTeQdVhFsz, http://www.playvid.com/watch/0WiF2JlGyy9, http://www.playvid.com/watch/6qcTQQmnLUk,
http://www.playvid.com/watch/mnwEN0TPjJw, http://www.playvid.com/watch/x-CEMUi27UX, http://www.playvid.com/watch/Tc8PM8S2RTp,
http://www.playvid.com/watch/RM8eRPSIrCn, http://www.playvid.com/watch/2uVPBrVoVdz, http://www.playvid.com/watch/rPWh45UBMmB,
http://www.playvid.com/watch/MB0cBaovxfk, http://www.playvid.com/watch/fTNVxyZSsKs, http://www.playvid.com/watch/7a8pMPExNSk,
http://www.playvid.com/watch/gFaNdK-r8mw, http://www.playvid.com/watch/dJ-7emCUePx, http://www.playvid.com/watch/dlcrfIxOGW5,
http://www.playvid.com/watch/CyvwcUQbwfi, http://www.playvid.com/watch/ng0N6c-z54k, http://www.playvid.com/watch/JkhIO4TMFvd,
http://www.playvid.com/watch/2exzTwLQySn, http://www.playvid.com/watch/CQKnzJVBaBI, http://www.playvid.com/watch/GmvjtDtctRk,
http://www.playvid.com/watch/nI8BO9vh0bQ, http://www.playvid.com/watch/YhHzPVbJDtl, http://www.playvid.com/watch/S8xMLjb5jju,
http://www.playvid.com/watch/8JnNEsCjzfw, http://www.playvid.com/watch/DwB2-DgoUxH, http://www.playvid.com/watch/46oc3egi9TW,
http://www.playvid.com/watch/VAAX6-p3F-E, http://www.playvid.com/watch/3kt0sYS45Cu, http://www.playvid.com/watch/Uk5LDPAvqgo,
http://www.playvid.com/watch/n3Lgx7e2pGE, http://www.playvid.com/watch/TTE9uAmGWbc, http://www.playvid.com/watch/4yi7j-9OvXW,

http://www.playvid.com/watch/zCqMyF5zjWQ, http://www.playvid.com/watch/o0yvI5jX7fI, http://www.playvid.com/watch/MtUQhLj3EBu,
http://www.playvid.com/watch/jsUYkOEeD3-, http://www.playvid.com/watch/fWq8ogwWDcq, http://www.playvid.com/watch/kV5JnzvEGku,
http://www.playvid.com/watch/ITi40wLcX6I, http://www.playvid.com/watch/9oi9WTErV4H, http://www.playvid.com/watch/Otm-CxO4MLO,
http://www.playvid.com/watch/-mvNN6q4Mey, http://www.playvid.com/watch/whho-GnC3Rj, http://www.playvid.com/watch/9VIuLplYlrE,
http://www.playvid.com/watch/IG4VAhZwNFe, http://www.playvid.com/watch/4F9UInv5Gqi, http://www.playvid.com/watch/YSPhdwDL2QA,
http://www.playvid.com/watch/gCYE8QjXOyf, http://www.playvid.com/watch/Z7tRAF0wEo2, http://www.playvid.com/watch/IN4okVcf-Ju,
http://www.playvid.com/watch/U3BHPLqenLi, http://www.playvid.com/watch/pHntgwwDhQl, http://www.playvid.com/watch/QKX4O7x6Y2u,
http://www.playvid.com/watch/roXVVeuoOc2, http://www.playvid.com/watch/M7-fqc6DO6T, http://www.playvid.com/watch/c7Tp9tsudyF,
http://www.playvid.com/watch/FiEaGcyxr3A, http://www.playvid.com/watch/9qx687R576o, http://www.playvid.com/watch/25ur3kCCSma,
http://www.playvid.com/watch/mFsHitre3LK, http://www.playvid.com/watch/yCTrjhPbYZN, http://www.playvid.com/watch/3aJQbHOfnDD,
http://www.playvid.com/watch/UNgsqlnP3Do, http://www.playvid.com/watch/R6MTEpIsKL2, http://www.playvid.com/watch/0uTREO659Th,
http://www.playvid.com/watch/tLh8EZfqChq, http://www.playvid.com/watch/IhxWuyLMfii, http://www.playvid.com/watch/YOMlGXCTxFY,
http://www.playvid.com/watch/RC-WQ8UTqZO, http://www.playvid.com/watch/Op67WA3OcGC, http://www.playvid.com/watch/EYVSefs5ETH,
http://www.playvid.com/watch/MlOn02WTnmE, http://www.playvid.com/watch/xcVSiYOVlLV, http://www.playvid.com/watch/UmXW9uLjudV,
http://www.playvid.com/watch/-dNdAOXY48m, http://www.playvid.com/watch/EgfRj-WdPGc, http://www.playvid.com/watch/HhZnhtqSBsE,
http://www.playvid.com/watch/NmPaP-hWKbX, http://www.playvid.com/watch/jB0EUY3V880, http://www.playvid.com/watch/dbUdEp5O2HZ,
http://www.playvid.com/watch/QXRcBbv5irQ, http://www.playvid.com/watch/JMUfmDKhI9s, http://www.playvid.com/watch/8Pplgj7ygR0,
http://www.playvid.com/watch/nKogLHrpa2j, http://www.playvid.com/watch/SrqgQcJk2oz, http://www.playvid.com/watch/GsbgzurkOzr,
http://www.playvid.com/watch/FRd5nJyHng9, http://www.playvid.com/watch/gdjP6rkSzqc, http://www.playvid.com/watch/8kLdBe7Bf-8,
http://www.playvid.com/watch/J36LFOuh5D7, http://www.playvid.com/watch/svIrIKKdiUi, http://www.playvid.com/watch/NCI6xl40cZE,
http://www.playvid.com/watch/RCWMXW3frRl, http://www.playvid.com/watch/tEU6r4KKJDP, http://www.playvid.com/watch/-LUOyQh9e9W,
http://www.playvid.com/watch/UPB-hi32SHt
5.f. Date of third notice: 2013-10-21
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: WUKONG89
5.b. Uploader's email address: Aborear92@cuvox.de
5.d. Uploader's profile: http://www.playvid.com/member/WUKONG89
5.e. List of videos posted by uploader: http://www.playvid.com/watch/yHaxjLu-KG9, http://www.playvid.com/watch/XV5epQdkMCa,
http://www.playvid.com/watch/eaPABXOau1c, http://www.playvid.com/watch/GP66xkYXKIm, http://www.playvid.com/watch/7zpX9lkYQVl,
http://www.playvid.com/watch/e-z-d1354Ly, http://www.playvid.com/watch/SyTZy1VYq2S, http://www.playvid.com/watch/MZplbpfut-t,
http://www.playvid.com/watch/FQlvrglsYLZ, http://www.playvid.com/watch/FFLf9ENeY3g, http://www.playvid.com/watch/cFgP35VlSE7,
http://www.playvid.com/watch/top6iF1iAXu, http://www.playvid.com/watch/zxc2kCizUcg, http://www.playvid.com/watch/OEmrfdyazn3,
http://www.playvid.com/watch/3ag8AHxfkGm, http://www.playvid.com/watch/enTt0LjBgRn, http://www.playvid.com/watch/crqqwHItYRV,
http://www.playvid.com/watch/D4RjatVHjbG, http://www.playvid.com/watch/ZvFOXO92lMC, http://www.playvid.com/watch/RQSSE4v__bS,
http://www.playvid.com/watch/jb2PHYtE2S6, http://www.playvid.com/watch/mqXcPTjKHDh, http://www.playvid.com/watch/a5g1IKF5nka,
http://www.playvid.com/watch/UuLQXutTY3K, http://www.playvid.com/watch/xp1seJVAqU5, http://www.playvid.com/watch/6rX8psc13Xg
5.f. Date of third notice: 2015-04-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: xbadbarbiex
5.b. Uploader's email address: squeakys@ymail.com
5.d. Uploader's profile: http://www.playvid.com/member/xbadbarbiex
5.e. List of videos posted by uploader: http://www.playvid.com/watch/HDiyIBrrpg6, http://www.playvid.com/watch/irAmjBC3FkI,
http://www.playvid.com/watch/aFNu-jG3VxB, http://www.playvid.com/watch/zLLliQQj3Da, http://www.playvid.com/watch/t0GMZVTRLoi,
http://www.playvid.com/watch/UZ0JD-o3ATs, http://www.playvid.com/watch/ADr8YMevA9o, http://www.playvid.com/watch/R3q3rffSP8r,
http://www.playvid.com/watch/n5rCGrQyRaL, http://www.playvid.com/watch/InzKh94KmVF, http://www.playvid.com/watch/C489LIjfhd3,
http://www.playvid.com/watch/x-ccW9Jgxsv, http://www.playvid.com/watch/x-CLPyY7UZL, http://www.playvid.com/watch/ieuoTm98UFC,
http://www.playvid.com/watch/eQWc8qnkzqm
5.f. Date of third notice: 2014-01-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: xxahxx
5.b. Uploader's email address: a_1112011@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/xxahxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/B-WdYOoRog4, http://www.playvid.com/watch/XTB3aDguCi-,
http://www.playvid.com/watch/2cUk5dbMdRZ, http://www.playvid.com/watch/xRlXxI2jNTl, http://www.playvid.com/watch/ah3BjkEOmeU,
http://www.playvid.com/watch/FKKowQKVXKy, http://www.playvid.com/watch/Syszi575GFw, http://www.playvid.com/watch/ODRNlObmZt-,
http://www.playvid.com/watch/FTfcYyHBBrC, http://www.playvid.com/watch/AyQGYr-2QnG, http://www.playvid.com/watch/keW2T0s9tOw,
http://www.playvid.com/watch/Lf8pSZp6tMv, http://www.playvid.com/watch/O-j-E79oFV6, http://www.playvid.com/watch/6rSlqyEL6IW,
http://www.playvid.com/watch/JJHcsYNmAtE, http://www.playvid.com/watch/KPQEJKg9P76, http://www.playvid.com/watch/bwBjlRx07pC,
http://www.playvid.com/watch/f33YKO-WM3Q, http://www.playvid.com/watch/E6NDGnWOe2v, http://www.playvid.com/watch/jbeNpT2YRDj
5.f. Date of third notice: 2014-05-09
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: xxup
5.b. Uploader's email address: naznozi@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/xxup
5.e. List of videos posted by uploader: http://www.playvid.com/watch/g5zEPRCU8Ro, http://www.playvid.com/watch/yulu-ntNFGO,
http://www.playvid.com/watch/eY6HHBUK9WR, http://www.playvid.com/watch/pOhpAugWz9v, http://www.playvid.com/watch/6rxNH6WSHeh,
http://www.playvid.com/watch/Iov6nUS5FUt, http://www.playvid.com/watch/DUPxHYWjrWa, http://www.playvid.com/watch/mW7rTvAb8RE,
http://www.playvid.com/watch/dYQq04nnROp, http://www.playvid.com/watch/qXtebKuNJ02, http://www.playvid.com/watch/rX3CSYSbfxB,
http://www.playvid.com/watch/yJWDJjZ5Xzu, http://www.playvid.com/watch/U6lyRDNAyFX, http://www.playvid.com/watch/G5gomrrQKAR,
http://www.playvid.com/watch/al5bMyzexM-, http://www.playvid.com/watch/ci-WpVWg4S-, http://www.playvid.com/watch/gJgAHifEAy7,
http://www.playvid.com/watch/RmdO3TgJbpf, http://www.playvid.com/watch/BmJwjdKmRrj, http://www.playvid.com/watch/wri56TN7Shi,
http://www.playvid.com/watch/lMo9O7QHLkp, http://www.playvid.com/watch/L0eQQkJVMid, http://www.playvid.com/watch/yhlk3EfhopJ,
http://www.playvid.com/watch/-TWzALsii87, http://www.playvid.com/watch/SLOWT3HhHng, http://www.playvid.com/watch/dN0kaVaGwQF,
http://www.playvid.com/watch/90kjT5mI8hw, http://www.playvid.com/watch/yiBdghUqFAe, http://www.playvid.com/watch/5WTBOx0ewMs,
http://www.playvid.com/watch/GczLTWxwlna, http://www.playvid.com/watch/7pTSvadgYv-, http://www.playvid.com/watch/z36PvcnjGCe,
http://www.playvid.com/watch/JehBkZCBHC7, http://www.playvid.com/watch/ZjVURQwEdIw, http://www.playvid.com/watch/Vl-UBhSGLFX,
http://www.playvid.com/watch/sQZCA7eSNh8, http://www.playvid.com/watch/XxTApTL-7MQ, http://www.playvid.com/watch/JlalVtuJKVb,
http://www.playvid.com/watch/cfS-mp6ldeE, http://www.playvid.com/watch/rT0jwCCwPke, http://www.playvid.com/watch/qtcLdhp8QD9,
http://www.playvid.com/watch/SzqoVv2XIBI, http://www.playvid.com/watch/5PEmcyFI6NG, http://www.playvid.com/watch/R0dfkIlCbwY,
http://www.playvid.com/watch/tkjhZEMhOjl, http://www.playvid.com/watch/z6pwZSoRSRp, http://www.playvid.com/watch/i4C-zSAzhxz,
http://www.playvid.com/watch/leI7QJRnl7z, http://www.playvid.com/watch/90KGE2uatXY, http://www.playvid.com/watch/6oxRudtsZ85,
http://www.playvid.com/watch/tnCzQIcrKsx, http://www.playvid.com/watch/BK4Y5s6nn4o, http://www.playvid.com/watch/hLjdRd33JcE,
http://www.playvid.com/watch/EchZ5TsYRZ3, http://www.playvid.com/watch/QMCzSyLOhsg, http://www.playvid.com/watch/807mvdnDQNB,
http://www.playvid.com/watch/TxccwjF9t96, http://www.playvid.com/watch/VzUr0mZxFih, http://www.playvid.com/watch/uYnfisv9WBD,
http://www.playvid.com/watch/Hukb-sXTwrO, http://www.playvid.com/watch/4F4tnzJZf2l, http://www.playvid.com/watch/rtClQf9GPYA,
http://www.playvid.com/watch/OFY7UsA9e4j, http://www.playvid.com/watch/-y648KXocZF, http://www.playvid.com/watch/-qmwosT9PCJ,
http://www.playvid.com/watch/9fY0GGBlWDq, http://www.playvid.com/watch/676c0XpQuZc, http://www.playvid.com/watch/5HiUUbYg5sM,
http://www.playvid.com/watch/EsyHViB0gME, http://www.playvid.com/watch/KK3xXB2OdUU, http://www.playvid.com/watch/nz3Lit84Xpw,
http://www.playvid.com/watch/nRKMfmX2IVF, http://www.playvid.com/watch/KhwVS2o2iPa, http://www.playvid.com/watch/Q4uQYyOS7Zv,
http://www.playvid.com/watch/YQLJIYTwi9b, http://www.playvid.com/watch/IeqJ-ASlhf2, http://www.playvid.com/watch/0OQfZxieuE0,
http://www.playvid.com/watch/LPzZxXvpPfC, http://www.playvid.com/watch/I6KCtSmb3Kq, http://www.playvid.com/watch/vMw335J28U0,
http://www.playvid.com/watch/WV2ZbIshOZR, http://www.playvid.com/watch/qDRwc2xn0G-, http://www.playvid.com/watch/0Ix9IC6FgbW,

http://www.playvid.com/watch/Z58fof3PkF8, http://www.playvid.com/watch/oBCnvAevO70, http://www.playvid.com/watch/-TY4wB6g-T6,
http://www.playvid.com/watch/lsWiySeABv3, http://www.playvid.com/watch/zhRv74Gcc2B, http://www.playvid.com/watch/ykJFOEWyls0,
http://www.playvid.com/watch/3kU7x0NGs8E, http://www.playvid.com/watch/LK7h5weGX8n, http://www.playvid.com/watch/vtDhGS4oeBB,
http://www.playvid.com/watch/6VvWuWjDLz3, http://www.playvid.com/watch/ilUSfqIdBIq, http://www.playvid.com/watch/Gn4n3Zk09iK,
http://www.playvid.com/watch/MNzFWst5xmc, http://www.playvid.com/watch/MloQbxlzqLX, http://www.playvid.com/watch/Ua6B93QazT2,
http://www.playvid.com/watch/2g25MnIPoo0, http://www.playvid.com/watch/k5iOvHbo3Ms, http://www.playvid.com/watch/NekpeEHKOVA,
http://www.playvid.com/watch/WPyNz2M8jFd, http://www.playvid.com/watch/h7MY8wOVOV5, http://www.playvid.com/watch/Yyo7PppKHvF,
http://www.playvid.com/watch/57uErd9rw8U, http://www.playvid.com/watch/68hwIrptUjp, http://www.playvid.com/watch/rpn-6YyMYVO,
http://www.playvid.com/watch/Ac2Ulvnql9B, http://www.playvid.com/watch/C6q22ojnFow, http://www.playvid.com/watch/Y8txD3n7gg4,
http://www.playvid.com/watch/T4d5FzvByMB, http://www.playvid.com/watch/a7m0vioYoUt, http://www.playvid.com/watch/SiucvieO85X,
http://www.playvid.com/watch/8tNKLkELEtR, http://www.playvid.com/watch/PdRpGPT7oxq, http://www.playvid.com/watch/tm4KqlSTuKV,
http://www.playvid.com/watch/kgvxtbBHBgf, http://www.playvid.com/watch/ufLa8atl5LT, http://www.playvid.com/watch/0GSzlC9RuTC,
http://www.playvid.com/watch/sGX-4waM7Wk, http://www.playvid.com/watch/i0KAb3cg9tH, http://www.playvid.com/watch/rz36Jeeub9f,
http://www.playvid.com/watch/uzex0i3gKkU, http://www.playvid.com/watch/OQ0ynbXjuS8, http://www.playvid.com/watch/sMPvwNif-oQ,
http://www.playvid.com/watch/zwtI6eur6M8, http://www.playvid.com/watch/qktzeyIURZf, http://www.playvid.com/watch/DjXoLMXDfOE,
http://www.playvid.com/watch/QCXEUzfYIQD, http://www.playvid.com/watch/WIPnQQjT96f, http://www.playvid.com/watch/oiumJ5GmKYk,
http://www.playvid.com/watch/eLc3zm3D-pc, http://www.playvid.com/watch/r5hsumxCB4q, http://www.playvid.com/watch/XQjnyuInE8Q,
http://www.playvid.com/watch/GCbYoAMJK0G, http://www.playvid.com/watch/v009kony220, http://www.playvid.com/watch/WalrGVM5n77,
http://www.playvid.com/watch/ieayhzo2Glx, http://www.playvid.com/watch/Q7otRjBM5Si, http://www.playvid.com/watch/UqgKu8nEIsb,
http://www.playvid.com/watch/TCHvQ9OOXKS, http://www.playvid.com/watch/jrWvyBPmwtG, http://www.playvid.com/watch/GPsAgcWurkK,
http://www.playvid.com/watch/vluWEft7ycV, http://www.playvid.com/watch/JeFA99SoY2Y, http://www.playvid.com/watch/VIgRJeEElr8,
http://www.playvid.com/watch/pogaYcXmPty, http://www.playvid.com/watch/XqnHEy4B7tN, http://www.playvid.com/watch/e-74zFIcHta,
http://www.playvid.com/watch/EermgK4WogH, http://www.playvid.com/watch/d0GhDQRGQ2V, http://www.playvid.com/watch/FQjfB8D82iV,
http://www.playvid.com/watch/uwhvUTOnRxR, http://www.playvid.com/watch/EJxM8wj7ERy, http://www.playvid.com/watch/ZI3zhxtqOBy,
http://www.playvid.com/watch/P3Wvcun5TQu, http://www.playvid.com/watch/cASDOc4kZep, http://www.playvid.com/watch/AA4sGx0KTou,
http://www.playvid.com/watch/82raNG5DSfv, http://www.playvid.com/watch/T2aGOd9XENw, http://www.playvid.com/watch/sBb3eGagyZz,
http://www.playvid.com/watch/V8QHPdi-Hy2, http://www.playvid.com/watch/HE4o40IR6ED, http://www.playvid.com/watch/Q6m7sccVdpj,
http://www.playvid.com/watch/AEJjzKACsnX, http://www.playvid.com/watch/XJbdwpW00NO, http://www.playvid.com/watch/wIP4pmkmr-6,
http://www.playvid.com/watch/HvdjJkqG75k, http://www.playvid.com/watch/W8uLtwj3P2i, http://www.playvid.com/watch/G7s3zcw9PBi,
http://www.playvid.com/watch/iUmMUep0zCV, http://www.playvid.com/watch/AxhEfPaseKa, http://www.playvid.com/watch/0ASl6V0w0mh,
http://www.playvid.com/watch/9XyLMe9GD-P, http://www.playvid.com/watch/R52gbrynXp3, http://www.playvid.com/watch/SW0rNEJe6nk,
http://www.playvid.com/watch/7lUBWvdOqcz, http://www.playvid.com/watch/9xvc0F0uqY0, http://www.playvid.com/watch/tcCWE0Efgpq,
http://www.playvid.com/watch/Cz24s3rg8ik, http://www.playvid.com/watch/LESinMhQROR, http://www.playvid.com/watch/ujpGadHUrya,
http://www.playvid.com/watch/es-hBSczs5F, http://www.playvid.com/watch/ySTxMiZosP5, http://www.playvid.com/watch/4i0AikxE7wS,
http://www.playvid.com/watch/6ivCP5rs-ah, http://www.playvid.com/watch/Ns2xaYqipKh, http://www.playvid.com/watch/03AdidO9xgA,
http://www.playvid.com/watch/GXTkmeU0f3e, http://www.playvid.com/watch/dlEdMScxCs3, http://www.playvid.com/watch/Gh4hDctFaJW,
http://www.playvid.com/watch/RkVcX7wf0QB, http://www.playvid.com/watch/4AEGMfZ4LYS, http://www.playvid.com/watch/SVnnZ-9IsLW,
http://www.playvid.com/watch/qIav3KT3tut, http://www.playvid.com/watch/sjIK0T2mIf4, http://www.playvid.com/watch/vZtIQw-SS8d,
http://www.playvid.com/watch/TiEhoWTDBCa, http://www.playvid.com/watch/kLsCEniCPHY, http://www.playvid.com/watch/k-5ExflgDo6,
http://www.playvid.com/watch/Zg7HqRCqIH-, http://www.playvid.com/watch/nJJnBd2EJ5U, http://www.playvid.com/watch/c8GvZtitfiv,
http://www.playvid.com/watch/lbdXhU-7T64, http://www.playvid.com/watch/xyg0du5XGX6, http://www.playvid.com/watch/2zGjA-pE76T,
http://www.playvid.com/watch/qjGAMRBGFQC, http://www.playvid.com/watch/tfQP9oJb4xg, http://www.playvid.com/watch/qvb0GpCEmBm,
http://www.playvid.com/watch/0TivcxQzuW4, http://www.playvid.com/watch/ELfNeIk9Gx6, http://www.playvid.com/watch/ft5YAb6rtJi,
http://www.playvid.com/watch/mSCG8DaSI92, http://www.playvid.com/watch/XFz5-J0OUMZ, http://www.playvid.com/watch/GMKDwKknHYq,
http://www.playvid.com/watch/VX0FnsGzGjR, http://www.playvid.com/watch/YpCly3IlCZL, http://www.playvid.com/watch/Nplmp-rRmuV,
http://www.playvid.com/watch/JKMTXqm3ets, http://www.playvid.com/watch/0w2Im2eH5R9, http://www.playvid.com/watch/uq30UzJzyWE,
http://www.playvid.com/watch/E56u8F0IQXB, http://www.playvid.com/watch/ujHUPhsTZzY, http://www.playvid.com/watch/P2vvIkXnqCk,
http://www.playvid.com/watch/CBYd-WJCNvQ, http://www.playvid.com/watch/MyoGqKlRCDA, http://www.playvid.com/watch/fGCkzSEnE30,
http://www.playvid.com/watch/kP0N0DonjqN, http://www.playvid.com/watch/2agkrMD9yzz, http://www.playvid.com/watch/rz7TEVULnIz,
http://www.playvid.com/watch/gwiaprtvjXp, http://www.playvid.com/watch/pznqesMsjIj, http://www.playvid.com/watch/AyJXtYWoZM0,
http://www.playvid.com/watch/7yExMCY2OfJ, http://www.playvid.com/watch/HaNsMCRpTBH, http://www.playvid.com/watch/tvIu3Bt8hED,
http://www.playvid.com/watch/Oo2CS7hwfcl, http://www.playvid.com/watch/qGKV5qP0sDG, http://www.playvid.com/watch/Ikpfdd7JONi,
http://www.playvid.com/watch/5DN55MiLM2S, http://www.playvid.com/watch/8StRFKSxAYW, http://www.playvid.com/watch/NSAezN20W5Y,
http://www.playvid.com/watch/5onz-IxB9tO, http://www.playvid.com/watch/bMavjGchwCI, http://www.playvid.com/watch/JraR7VvJc65,
http://www.playvid.com/watch/58OZCWABJY9, http://www.playvid.com/watch/Tz9zhc-5wRI, http://www.playvid.com/watch/QZzFzFUlBFP,
http://www.playvid.com/watch/UjMjuxmFWqZ, http://www.playvid.com/watch/zwKA3zDO3jj, http://www.playvid.com/watch/MTj2UzZD9PD,
http://www.playvid.com/watch/3sM43LnYreL, http://www.playvid.com/watch/GGgKwbnFsSa, http://www.playvid.com/watch/-S2xV7KF7XS,
http://www.playvid.com/watch/Wmv98xryW7k, http://www.playvid.com/watch/QCls4CI2kqf, http://www.playvid.com/watch/IPRsliBlam3,
http://www.playvid.com/watch/irV2aOxt0mk, http://www.playvid.com/watch/CkNc357Xb7e, http://www.playvid.com/watch/VTWPkTpp2Vk,
http://www.playvid.com/watch/ceABpSLb6nG, http://www.playvid.com/watch/DeomSUv-XH4, http://www.playvid.com/watch/02WK93MY528,
http://www.playvid.com/watch/XJtXVJNsxFs, http://www.playvid.com/watch/rgoxj9TX8Fj, http://www.playvid.com/watch/Qdm-ZBA2XGQ,
http://www.playvid.com/watch/QeebfQAS-63, http://www.playvid.com/watch/EEsXEWHs24F, http://www.playvid.com/watch/ft8G3tYIkFF,
http://www.playvid.com/watch/6vFTYga8gUh, http://www.playvid.com/watch/WdLPmHlmFOe, http://www.playvid.com/watch/RyvDulhnriY,
http://www.playvid.com/watch/7BVhmnzPLVh, http://www.playvid.com/watch/lfVgueIMx4K, http://www.playvid.com/watch/tl7xrJOnzGY,
http://www.playvid.com/watch/xRREPLc7mtx, http://www.playvid.com/watch/WYcJ3F-7z3t, http://www.playvid.com/watch/s7PJZtv7AOq,
http://www.playvid.com/watch/ZO0UVS87h6d, http://www.playvid.com/watch/4Rjk9gamx0W, http://www.playvid.com/watch/E7I8LIkZj6c,
http://www.playvid.com/watch/vlF8GrVHaj-, http://www.playvid.com/watch/i238ZkrEAhR, http://www.playvid.com/watch/ATbGnVj5VDk,
http://www.playvid.com/watch/Cgh89QOFlul, http://www.playvid.com/watch/x-W7nZO6rct, http://www.playvid.com/watch/3yeg7MEoYoj,
http://www.playvid.com/watch/yDt9HxdD7xE, http://www.playvid.com/watch/VC2BPpWvhkR, http://www.playvid.com/watch/3jZbgZ3NKqg,
http://www.playvid.com/watch/6JsdoG0ZW8q, http://www.playvid.com/watch/lAdpx6Ct3Ds, http://www.playvid.com/watch/sEWc8gke2Ph,
http://www.playvid.com/watch/CSmwHqpA7dr, http://www.playvid.com/watch/AN3OoC3v6yH, http://www.playvid.com/watch/q3hGmIy2YS2,
http://www.playvid.com/watch/AwASjG7MQvz, http://www.playvid.com/watch/UFZFML0VBlN, http://www.playvid.com/watch/-PUHb2xxdpD,
http://www.playvid.com/watch/rZmXxKsyfIb, http://www.playvid.com/watch/eLMxihpxqAw, http://www.playvid.com/watch/xrIhrK9Tc4u,
http://www.playvid.com/watch/T99upGQq2F4, http://www.playvid.com/watch/lejW6FyaWeh, http://www.playvid.com/watch/Bi9nc9JQMXy,
http://www.playvid.com/watch/sh5bGi9m9HT, http://www.playvid.com/watch/2uPRPIw07x2, http://www.playvid.com/watch/xnUGZNiQKTq,
http://www.playvid.com/watch/X6d4sYkvwVZ, http://www.playvid.com/watch/sWmNxXlYcAI, http://www.playvid.com/watch/akiqI778QbV,
http://www.playvid.com/watch/aT8NslWdqo8, http://www.playvid.com/watch/gCtDJDCvJSi, http://www.playvid.com/watch/x58TWypa9j5,
http://www.playvid.com/watch/ddU6BmZxh3H, http://www.playvid.com/watch/K7hO5jQ0Caj, http://www.playvid.com/watch/8fcKYGKCodJ,
http://www.playvid.com/watch/WXWT7K77xQI, http://www.playvid.com/watch/cKApOKMDhRq, http://www.playvid.com/watch/PvgoS9UbKu5,
http://www.playvid.com/watch/g-uZHmtw08Z, http://www.playvid.com/watch/8Iht8HX3WuK, http://www.playvid.com/watch/tirk0RkF4mU,
http://www.playvid.com/watch/CP9JtBs-3Pr, http://www.playvid.com/watch/DKzzv2sKYdn, http://www.playvid.com/watch/pG2IT-X4MxL,
http://www.playvid.com/watch/I8NgoXtz9tD, http://www.playvid.com/watch/yNz6Jm7VDTC, http://www.playvid.com/watch/awroY9nRRhG,
http://www.playvid.com/watch/FJ97P2RiGsn, http://www.playvid.com/watch/eng7CYNj600, http://www.playvid.com/watch/4BtPEEMzBDN,
http://www.playvid.com/watch/6JD8GmkLRjw, http://www.playvid.com/watch/7Au0b-twq5u, http://www.playvid.com/watch/m5B405pprFG,
http://www.playvid.com/watch/MkGVgDQpTH5, http://www.playvid.com/watch/Kg8Uckz96Ve, http://www.playvid.com/watch/lkqDbZfWvOo,
http://www.playvid.com/watch/jmckwPQJ0rJ, http://www.playvid.com/watch/mg8yMjhcBpm, http://www.playvid.com/watch/09crXvSbo8-,
http://www.playvid.com/watch/CIbE8sb-ujo, http://www.playvid.com/watch/NLLNqCDowbW, http://www.playvid.com/watch/Sap0Jd6bKrh,
http://www.playvid.com/watch/Nu-mcGy78UJ, http://www.playvid.com/watch/mgCL3Z3TEO3, http://www.playvid.com/watch/TnnTfJ8cF-D,
http://www.playvid.com/watch/drH4I6u94HE, http://www.playvid.com/watch/hXFLppZVd9T, http://www.playvid.com/watch/WiXggSpMQjL,
http://www.playvid.com/watch/klqmGDmJLiH, http://www.playvid.com/watch/5Xs2N2pZxi4, http://www.playvid.com/watch/fjlKcatyRQa,
http://www.playvid.com/watch/gXNdsXbkRvp, http://www.playvid.com/watch/7TO3rKgM0FR, http://www.playvid.com/watch/UGML8gUqGC0,
http://www.playvid.com/watch/d6v78XiRX93, http://www.playvid.com/watch/buWIGNHM2UP, http://www.playvid.com/watch/5yyF9rTjTI9,
http://www.playvid.com/watch/Mq4xEa3eJKO, http://www.playvid.com/watch/bGi3-PLa0j5, http://www.playvid.com/watch/sFhc7eVvY0a,
http://www.playvid.com/watch/sJO4HMacqL8, http://www.playvid.com/watch/8E3ztSFlgNl, http://www.playvid.com/watch/27-NE2V5-ur,
http://www.playvid.com/watch/GLPO3jsrkS8, http://www.playvid.com/watch/Ff9HwCVHNyr, http://www.playvid.com/watch/jX0ywRJORN5,
http://www.playvid.com/watch/SkHXgVWCxCP, http://www.playvid.com/watch/7yE5VNZA8yH, http://www.playvid.com/watch/ibeyn0c5IVw,

http://www.playvid.com/watch/y-rVmh5u-Oy, http://www.playvid.com/watch/LMBniwNXwn6, http://www.playvid.com/watch/zAEO87yjiKM,
http://www.playvid.com/watch/ks4IZfUjtij, http://www.playvid.com/watch/HyQUH9ZSSeA, http://www.playvid.com/watch/Dxuy3Bf9hHJ,
http://www.playvid.com/watch/5xfyXL4AiIJ, http://www.playvid.com/watch/kPEDFyAhMMG, http://www.playvid.com/watch/lIyi7nXZxVv,
http://www.playvid.com/watch/46qpXufOa9O, http://www.playvid.com/watch/s85z5UxBrzo, http://www.playvid.com/watch/DwJiV2bB3sL,
http://www.playvid.com/watch/lDptH6bAJRJ, http://www.playvid.com/watch/uA4kmWGoixS, http://www.playvid.com/watch/GyJq62Jj2Y9,
http://www.playvid.com/watch/rasPwyQmRzl, http://www.playvid.com/watch/Ci7EalHfcch, http://www.playvid.com/watch/joZ5ImNPdhs,
http://www.playvid.com/watch/thRdB8HwvRN, http://www.playvid.com/watch/aqBHAYgiEG9, http://www.playvid.com/watch/PeMgFj9fHmZ,
http://www.playvid.com/watch/G7hDYzMZr6e, http://www.playvid.com/watch/UUYVyH7FVVq, http://www.playvid.com/watch/tb-ggrhQ2TA,
http://www.playvid.com/watch/tvBJOzMjRHH, http://www.playvid.com/watch/wmB-nSuv6cL, http://www.playvid.com/watch/xRJjYoYMw3s,
http://www.playvid.com/watch/jhFmR8qWHOM, http://www.playvid.com/watch/opTura7yIR4, http://www.playvid.com/watch/ecGYo8b4K2Y,
http://www.playvid.com/watch/hDoHIZv6psZ, http://www.playvid.com/watch/AYoF59eJ3fi, http://www.playvid.com/watch/DrFCStHwVV2,
http://www.playvid.com/watch/jTg4xNwt8ds, http://www.playvid.com/watch/xLl8LWSZr67, http://www.playvid.com/watch/CVgnXSFmwt4,
http://www.playvid.com/watch/a6M7u4jcBI5, http://www.playvid.com/watch/wMAhb07p2wU, http://www.playvid.com/watch/XpQaQs2rBpq,
http://www.playvid.com/watch/xBo9CTyFDsG, http://www.playvid.com/watch/yQ7diz9UCa4, http://www.playvid.com/watch/MsX05yH0YZF,
http://www.playvid.com/watch/xzkavH6Hcac, http://www.playvid.com/watch/BeUSo3dBqIY, http://www.playvid.com/watch/aPxSIebdDNx,
http://www.playvid.com/watch/8EWCr9boPPW, http://www.playvid.com/watch/pQ6N7AooRz0, http://www.playvid.com/watch/eewaO60zJQi,
http://www.playvid.com/watch/NL7m-qB5uAI, http://www.playvid.com/watch/JSfxpvrUc2O, http://www.playvid.com/watch/ThvmxdDrGX2,
http://www.playvid.com/watch/ASaBERYOhug, http://www.playvid.com/watch/bD2sZKX4vyM, http://www.playvid.com/watch/shxyxWe39fj,
http://www.playvid.com/watch/6eDIaKKqkSu, http://www.playvid.com/watch/5i3GpzDnYW7, http://www.playvid.com/watch/t523eIofQUg,
http://www.playvid.com/watch/hG4rQ7N5wrD, http://www.playvid.com/watch/yhhvTa97lIb, http://www.playvid.com/watch/YgOmkZVADVx,
http://www.playvid.com/watch/5KWnjssRjjw, http://www.playvid.com/watch/9OFDsX2CHxM, http://www.playvid.com/watch/Szi2u7UGmBp,
http://www.playvid.com/watch/b26bdvewSiN, http://www.playvid.com/watch/6PQJ7jZ-g8c, http://www.playvid.com/watch/MyB4268BhT5,
http://www.playvid.com/watch/kAZhueytwRV, http://www.playvid.com/watch/FtIN8IaNoIZ, http://www.playvid.com/watch/JKumNzpjIJF,
http://www.playvid.com/watch/KvFoCVFs2fZ, http://www.playvid.com/watch/GC04Cn-dyiw, http://www.playvid.com/watch/qxh440C6xbH,
http://www.playvid.com/watch/PWNqxNDB6sx, http://www.playvid.com/watch/ZD4vgALjhnp, http://www.playvid.com/watch/Ej6QMZCqATF,
http://www.playvid.com/watch/y96SDkX-C4d, http://www.playvid.com/watch/w8BltVR0G8f, http://www.playvid.com/watch/yNbkPV9ATdf,
http://www.playvid.com/watch/xKQmrvt9BVY, http://www.playvid.com/watch/o6ZnkperWE4, http://www.playvid.com/watch/VkTD8CXFKg3,
http://www.playvid.com/watch/a-zg44Qqhxe, http://www.playvid.com/watch/BWYMF-HApdd, http://www.playvid.com/watch/m8-vbdyHF8a,
http://www.playvid.com/watch/YMveKBtawF7, http://www.playvid.com/watch/4gyqi3oBEAs, http://www.playvid.com/watch/UYTnExXlaOl,
http://www.playvid.com/watch/HWC3Blyffe0, http://www.playvid.com/watch/sGbcC4GpnvC, http://www.playvid.com/watch/MgEtVaDoPNf,
http://www.playvid.com/watch/Uj0o9ju62VG, http://www.playvid.com/watch/ei78VtG6waT, http://www.playvid.com/watch/F2TFeY7Gvtx,
http://www.playvid.com/watch/ZyqF4lxpGYQ, http://www.playvid.com/watch/-PdwJnpO4Y-, http://www.playvid.com/watch/ceRuM0SH2Ez,
http://www.playvid.com/watch/DpowkKZW55c, http://www.playvid.com/watch/lnDcpfav27L, http://www.playvid.com/watch/6BSw92Rgdi3,
http://www.playvid.com/watch/n4D-sxs7ndy, http://www.playvid.com/watch/SXAQmJPjaI3, http://www.playvid.com/watch/OUH9GLmRSLd,
http://www.playvid.com/watch/UFNZ-kdabJj, http://www.playvid.com/watch/9K0uHfzyPli, http://www.playvid.com/watch/yNRTnWqRN4V,
http://www.playvid.com/watch/jNlDsrdHdPW, http://www.playvid.com/watch/0mISLlL50eb, http://www.playvid.com/watch/BEG7RkZgHHA,
http://www.playvid.com/watch/94AaFR3WdZW, http://www.playvid.com/watch/VxMHiJwreEJ, http://www.playvid.com/watch/aGHK0Z4ApaF,
http://www.playvid.com/watch/5B9qgl46BiP, http://www.playvid.com/watch/hS9bPO-OYJX, http://www.playvid.com/watch/4JTTDc0c3wz,
http://www.playvid.com/watch/9TvMeV95Ehu, http://www.playvid.com/watch/76PO4ZdZAOC, http://www.playvid.com/watch/elLyV2HqBr0,
http://www.playvid.com/watch/ZOurKoVyhMz, http://www.playvid.com/watch/a9CUZ-Z9QLU, http://www.playvid.com/watch/2VkQDcxVtao,
http://www.playvid.com/watch/87wDTz088fS, http://www.playvid.com/watch/gZQstUca6QL, http://www.playvid.com/watch/Js5Az3HQr-6,
http://www.playvid.com/watch/ShxoqLLRehm, http://www.playvid.com/watch/uz9W48pj2Yf, http://www.playvid.com/watch/mguDlh5Gzhy,
http://www.playvid.com/watch/Ho3sqt9rN8m, http://www.playvid.com/watch/aLAXYQDWfcs, http://www.playvid.com/watch/EQTk34RaRfM,
http://www.playvid.com/watch/bLpYNgMbJPD, http://www.playvid.com/watch/PDIudZ0jFb6, http://www.playvid.com/watch/ZqoAhaNCKF7,
http://www.playvid.com/watch/rWCAl-J4-52, http://www.playvid.com/watch/a2OFx8t2Z89, http://www.playvid.com/watch/fuvXRSpFUcX,
http://www.playvid.com/watch/Xbosr3P0XcB, http://www.playvid.com/watch/m4qrqBp3zgR, http://www.playvid.com/watch/V-2CWbC5DTI,
http://www.playvid.com/watch/EhSKvwr2Rfq, http://www.playvid.com/watch/MzFke3tPbz7, http://www.playvid.com/watch/C9tDNfUCwNe,
http://www.playvid.com/watch/dgHKyqgwRFF, http://www.playvid.com/watch/wFiIUWIFVny, http://www.playvid.com/watch/GuDnTr7ChXZ,
http://www.playvid.com/watch/YGEXCAQr2LK, http://www.playvid.com/watch/4zK5IBthKJ0, http://www.playvid.com/watch/bbe4fnp3fvL,
http://www.playvid.com/watch/UKSFPoj80IW, http://www.playvid.com/watch/MlnmcKD8cay, http://www.playvid.com/watch/vAmW9TrloSN,
http://www.playvid.com/watch/dXxnBSRrtxi, http://www.playvid.com/watch/E9YwaL4HIw4, http://www.playvid.com/watch/nAE2B2JyFYO,
http://www.playvid.com/watch/l2EbxpO05mQ, http://www.playvid.com/watch/IYrOfdWtHHS, http://www.playvid.com/watch/FIJ3fYUY6R9,
http://www.playvid.com/watch/Mr3LjxbLrFR, http://www.playvid.com/watch/c4K-YK0NHu0, http://www.playvid.com/watch/tfnxbmBp8Vy,
http://www.playvid.com/watch/ofyzMg9zB6k, http://www.playvid.com/watch/L2wbkTD0She, http://www.playvid.com/watch/VrdsVz0nSYS,
http://www.playvid.com/watch/benGQ78ETvO, http://www.playvid.com/watch/mF0LS6dcncd, http://www.playvid.com/watch/aGDWCI3TecT,
http://www.playvid.com/watch/NG9FkbyHKqS, http://www.playvid.com/watch/4Ry0w8Pw5BD, http://www.playvid.com/watch/zqZnUSlWJOD,
http://www.playvid.com/watch/pk6SzifexzC, http://www.playvid.com/watch/QQCqFEk3UcF, http://www.playvid.com/watch/mxdu4U4wLF2,
http://www.playvid.com/watch/Bp7BI0-X-rI, http://www.playvid.com/watch/tNMfRsQR3OP, http://www.playvid.com/watch/Afm-NFYM3fJ,
http://www.playvid.com/watch/b-0uoacFbCK, http://www.playvid.com/watch/wTqqopGWpTM, http://www.playvid.com/watch/qtwHVXLOrHd,
http://www.playvid.com/watch/vYbcp6Lfbwr, http://www.playvid.com/watch/vtjVf3fFehi, http://www.playvid.com/watch/0l2ZSU8MwkZ,
http://www.playvid.com/watch/Sm-Em6a95DA, http://www.playvid.com/watch/jM0FA52ULzd, http://www.playvid.com/watch/jyT-vTUyATo,
http://www.playvid.com/watch/mRBmBiKPtDE, http://www.playvid.com/watch/sTaAqfYuRdj, http://www.playvid.com/watch/CEfCijaCIgV,
http://www.playvid.com/watch/q8zKby9Nmn8, http://www.playvid.com/watch/2KLdTxC5AEs, http://www.playvid.com/watch/Lp3fdu2xSS9,
http://www.playvid.com/watch/H75eENoRqKE, http://www.playvid.com/watch/-0WokN6vo7Z, http://www.playvid.com/watch/wVJ7m5yhigc,
http://www.playvid.com/watch/6lmPkr2LXvj, http://www.playvid.com/watch/exe7mVJWDTC, http://www.playvid.com/watch/SM2pAb4yZBJ,
http://www.playvid.com/watch/Kcks3HOGsUV, http://www.playvid.com/watch/jeluGcHjQ5A, http://www.playvid.com/watch/ICKaHp0Bwlb,
http://www.playvid.com/watch/zPJWPlbSxpw, http://www.playvid.com/watch/-t7G40C0r8i, http://www.playvid.com/watch/IVaFOhDbUYb,
http://www.playvid.com/watch/khz27BZnY9e, http://www.playvid.com/watch/3FrKitgfUyS, http://www.playvid.com/watch/7VHx4l9tJkK,
http://www.playvid.com/watch/m4gqTDGGCWj, http://www.playvid.com/watch/QFS3jOvquLT, http://www.playvid.com/watch/2VlvscUMijC,
http://www.playvid.com/watch/kpDort3Z2PE, http://www.playvid.com/watch/Tb3nsGT5tQY, http://www.playvid.com/watch/LKzyNVdcjU6,
http://www.playvid.com/watch/iVbqs2Fof9N, http://www.playvid.com/watch/5N0KO8WAbAN, http://www.playvid.com/watch/ib-misXXHmr,
http://www.playvid.com/watch/oUfgtkRg592, http://www.playvid.com/watch/Pknjc0SMtzv, http://www.playvid.com/watch/APGgOgdJjbU,
http://www.playvid.com/watch/gGFbPfTvuis, http://www.playvid.com/watch/aNsgB87Sy4r, http://www.playvid.com/watch/qRSnNBLaRf4,
http://www.playvid.com/watch/Dok24DEkQnI, http://www.playvid.com/watch/HZvPgx5meNH, http://www.playvid.com/watch/OzcyygfpHUZ,
http://www.playvid.com/watch/oAytniz32fo, http://www.playvid.com/watch/jGRtj9tPRhn, http://www.playvid.com/watch/OtlFvPIRc6r,
http://www.playvid.com/watch/8vgTvfPfd5C, http://www.playvid.com/watch/MHKSIPRmwVs, http://www.playvid.com/watch/q5kFWHNXMzT,
http://www.playvid.com/watch/sv06XKrSUb4, http://www.playvid.com/watch/PXXPvOMZRAc, http://www.playvid.com/watch/2QhJmTalsHr,
http://www.playvid.com/watch/wQarAKp-alB, http://www.playvid.com/watch/JdUOXuFDsAq, http://www.playvid.com/watch/bew388BJSrc,
http://www.playvid.com/watch/q8IJwhsq0Ov, http://www.playvid.com/watch/FinLlRAbqyx, http://www.playvid.com/watch/bk0ig8li3iA,
http://www.playvid.com/watch/vd4Ig-OqqPZ, http://www.playvid.com/watch/QPd05uoDSGG, http://www.playvid.com/watch/enhgp28POPN,
http://www.playvid.com/watch/T09XeeqrU0s, http://www.playvid.com/watch/dQKKRcl2SZH, http://www.playvid.com/watch/Qxl0cflLA0k,
http://www.playvid.com/watch/qK0CBbfu8Uz, http://www.playvid.com/watch/ITZehATolG4, http://www.playvid.com/watch/OymoSKFuJyd,
http://www.playvid.com/watch/e4yAPfYowsc, http://www.playvid.com/watch/gAZ9uW3gjw4, http://www.playvid.com/watch/XVOx6KqUiFK,
http://www.playvid.com/watch/Tldd4PaJP6q, http://www.playvid.com/watch/NJYUJV53P46, http://www.playvid.com/watch/JghY2jIdb5j,
http://www.playvid.com/watch/QZZeFUBZYWl, http://www.playvid.com/watch/6I055afVxbc, http://www.playvid.com/watch/acNOPIwOarf,
http://www.playvid.com/watch/KHO5NC6EUXi, http://www.playvid.com/watch/hqykiyYRmU-, http://www.playvid.com/watch/WKZmGg-Bvds,
http://www.playvid.com/watch/IZBvxevS9ez, http://www.playvid.com/watch/zx3vl-5Jszn, http://www.playvid.com/watch/8cMfphKU87k,
http://www.playvid.com/watch/3YT5TqTu6fP, http://www.playvid.com/watch/riEEPYBvq5T, http://www.playvid.com/watch/WVGwrTbvw9r,
http://www.playvid.com/watch/weUmPo2VvkG, http://www.playvid.com/watch/isrWEiflSVD, http://www.playvid.com/watch/JGHvWFMS5y9,
http://www.playvid.com/watch/ZMkTpbzxDN6, http://www.playvid.com/watch/Yrq378UpHsB, http://www.playvid.com/watch/rJ9GmA-LIDO,
http://www.playvid.com/watch/iFCLOoAU279, http://www.playvid.com/watch/wxINclpNSO7, http://www.playvid.com/watch/Q0QQ3G-HeJm,
http://www.playvid.com/watch/mICZDc4T2-6, http://www.playvid.com/watch/fExbDTJM6Jj, http://www.playvid.com/watch/c2V2QQxYwNn,
http://www.playvid.com/watch/wsCoKJtYSlO, http://www.playvid.com/watch/ZrYpRBgWppM, http://www.playvid.com/watch/HUXcTCJESTh,
http://www.playvid.com/watch/guUHcnAePkK, http://www.playvid.com/watch/DUiXzHNJd5V, http://www.playvid.com/watch/ehBKsgnUaRv,
http://www.playvid.com/watch/wfnR9uf--Pe, http://www.playvid.com/watch/2AK6k7VY6M5, http://www.playvid.com/watch/hJuMZ69wQ7O,
http://www.playvid.com/watch/yFaaolwduPc, http://www.playvid.com/watch/xYrDq9TkdxK, http://www.playvid.com/watch/0Oc8gJ8vYjS,

http://www.playvid.com/watch/vltfGiyFqCc, http://www.playvid.com/watch/bcGSSzHSTYH, http://www.playvid.com/watch/M7dN6kkaBkD,
http://www.playvid.com/watch/L9FxIbZZssM, http://www.playvid.com/watch/GsLwRjD3LVx, http://www.playvid.com/watch/xF-ktBXCpOs,
http://www.playvid.com/watch/7YLvwW75LL5, http://www.playvid.com/watch/GkD-K2Hm48C, http://www.playvid.com/watch/V-zxwmhLNEb,
http://www.playvid.com/watch/iROQTwdHSb3, http://www.playvid.com/watch/6dxIl06rmos, http://www.playvid.com/watch/RfcKBr0MHi0,
http://www.playvid.com/watch/Wa26cnr8Quv, http://www.playvid.com/watch/XKG5d9F5pnM, http://www.playvid.com/watch/-DQ0ODhlZkp,
http://www.playvid.com/watch/HPuQ4fJ6Lny, http://www.playvid.com/watch/l7iPWad0Yy-, http://www.playvid.com/watch/VXS-IuDt3q6,
http://www.playvid.com/watch/LcsxmVIxGAK, http://www.playvid.com/watch/CBaqiHQgANe, http://www.playvid.com/watch/jZjWP5DXyx0,
http://www.playvid.com/watch/okyDAPwHdbZ, http://www.playvid.com/watch/m74c5QVhnm8, http://www.playvid.com/watch/sneaSqYoZf0,
http://www.playvid.com/watch/szYq5qb3S8P, http://www.playvid.com/watch/63vHaUEWNoS, http://www.playvid.com/watch/KY8tX8sFo3z,
http://www.playvid.com/watch/zuGeAAp3R-t, http://www.playvid.com/watch/CiCfZ3BDeVc, http://www.playvid.com/watch/UOt2plw9sjZ,
http://www.playvid.com/watch/02q8gPoWpTy, http://www.playvid.com/watch/vB8bTiU0Blp, http://www.playvid.com/watch/-gwKocywsvt,
http://www.playvid.com/watch/RwaH4ydDC23, http://www.playvid.com/watch/qXyOLKDmqhq, http://www.playvid.com/watch/pY2M48pcpqV,
http://www.playvid.com/watch/mA7vguaTwX-, http://www.playvid.com/watch/66UYldp2dQu, http://www.playvid.com/watch/p8OwKKFgPcg,
http://www.playvid.com/watch/tKdi8G2s58Z, http://www.playvid.com/watch/TBwHxYzv5yj, http://www.playvid.com/watch/WPpET2oY-0f,
http://www.playvid.com/watch/nLX50k4LcYO, http://www.playvid.com/watch/CmdZgvTHTlB, http://www.playvid.com/watch/BiBt5ELTcKG,
http://www.playvid.com/watch/8CIKU7zYLXQ, http://www.playvid.com/watch/-47TBx6EYig, http://www.playvid.com/watch/oEsiE0UOvpT,
http://www.playvid.com/watch/QGWIA6B2hN5, http://www.playvid.com/watch/ibvxsKHlf4f, http://www.playvid.com/watch/5TqkocGdFAR,
http://www.playvid.com/watch/gqLytaWUxu2, http://www.playvid.com/watch/kMNk4sjkNA7, http://www.playvid.com/watch/IeZha2qhL2q,
http://www.playvid.com/watch/lFiZKWtUqUn, http://www.playvid.com/watch/7DgIR9DpBOS, http://www.playvid.com/watch/TL7FaOxP8W-,
http://www.playvid.com/watch/HVSNbJy6EZd, http://www.playvid.com/watch/tOg2sqsldJf, http://www.playvid.com/watch/EYjhpza6dkq,
http://www.playvid.com/watch/xdxSWW3QaUF, http://www.playvid.com/watch/0i-jfoVs27C, http://www.playvid.com/watch/T0m6ib7b0t6,
http://www.playvid.com/watch/6hWZblub7NI, http://www.playvid.com/watch/Erv9wqChPuV, http://www.playvid.com/watch/KTlGNQm9kgR,
http://www.playvid.com/watch/pLtdtHazOqy, http://www.playvid.com/watch/Gmj3HlCwHjp, http://www.playvid.com/watch/gI9rRyigAXZ,
http://www.playvid.com/watch/XQ-kvDosMSW, http://www.playvid.com/watch/XIVtFp7LyFi, http://www.playvid.com/watch/QdWLQUGsjXj,
http://www.playvid.com/watch/whURXnMUw7t, http://www.playvid.com/watch/TzPj33HS9Yn, http://www.playvid.com/watch/YnjSOv7eyDp,
http://www.playvid.com/watch/EH02ZpsCAQ7, http://www.playvid.com/watch/R0Yi2M5dr5J, http://www.playvid.com/watch/dpXs6OLRi5B,
http://www.playvid.com/watch/IpRQR5LDlzI, http://www.playvid.com/watch/9gHgp9vnBAX, http://www.playvid.com/watch/CyJJKMkZ8XG,
http://www.playvid.com/watch/0LDX25OVhWF, http://www.playvid.com/watch/7WocKOsgYEu, http://www.playvid.com/watch/PqeQ7dZo6Wl,
http://www.playvid.com/watch/Zais-MB9-lW, http://www.playvid.com/watch/YVsPhPq9Mef, http://www.playvid.com/watch/hYGVdJbFj9B,
http://www.playvid.com/watch/omK-doJobmT, http://www.playvid.com/watch/xadzoRnCAo2, http://www.playvid.com/watch/AJoF-UB-PW9,
http://www.playvid.com/watch/P89ruB2z-xZ, http://www.playvid.com/watch/6VvL24J7soD, http://www.playvid.com/watch/W85-Bd5Yrou,
http://www.playvid.com/watch/hpyjnYK5epb, http://www.playvid.com/watch/hzS4QAfQfXP, http://www.playvid.com/watch/-vHctSZhh4G,
http://www.playvid.com/watch/yz6ecsK00oX, http://www.playvid.com/watch/yrCPr4bizJh, http://www.playvid.com/watch/EETieh9gC7U,
http://www.playvid.com/watch/ub93DH02b-c, http://www.playvid.com/watch/h4hF34G4LN4, http://www.playvid.com/watch/EmNBuUsfz9g,
http://www.playvid.com/watch/WpbCZ7tTwdn, http://www.playvid.com/watch/i5SrPPLTasR, http://www.playvid.com/watch/KdKpOguaKjn,
http://www.playvid.com/watch/JooO4Ww3UOC, http://www.playvid.com/watch/tz7ZIMfArPu, http://www.playvid.com/watch/ZB0pCM7Yoy9,
http://www.playvid.com/watch/M5vM-B0QCzB, http://www.playvid.com/watch/7xg9LB88Gut, http://www.playvid.com/watch/7k08RBk0C7p,
http://www.playvid.com/watch/hi0wKJR8zHz, http://www.playvid.com/watch/V9M5ONMa9VK, http://www.playvid.com/watch/Is09FXraAcO,
http://www.playvid.com/watch/s7s-3PHKCye, http://www.playvid.com/watch/c5YXbaliJTS, http://www.playvid.com/watch/ZL3GOiJLdCN,
http://www.playvid.com/watch/Msq8F6kC8sU, http://www.playvid.com/watch/kiXozNSxeCY, http://www.playvid.com/watch/zGIPz7eBNFU,
http://www.playvid.com/watch/-U234fSEImf, http://www.playvid.com/watch/8kRiMu9upMd, http://www.playvid.com/watch/wi3EBP0UHdI,
http://www.playvid.com/watch/GtMOClB9tva, http://www.playvid.com/watch/JfjKQZiOhpo, http://www.playvid.com/watch/nlryWwRjZHW,
http://www.playvid.com/watch/qCyoORedHBZ, http://www.playvid.com/watch/fjv7PUzQRgT, http://www.playvid.com/watch/vgBo0ZnYQcH,
http://www.playvid.com/watch/HtReZFrHx7Q, http://www.playvid.com/watch/Y52YEsstwyd, http://www.playvid.com/watch/QBqoWazhagY,
http://www.playvid.com/watch/NOkIRaOPaqW, http://www.playvid.com/watch/zwEjzllFwJi, http://www.playvid.com/watch/YDuCiOpaQ0H,
http://www.playvid.com/watch/VlO8bfdAY5m, http://www.playvid.com/watch/c9EGHMAf49w, http://www.playvid.com/watch/3ZyAS5Pnboc,
http://www.playvid.com/watch/kylXg2llzdU, http://www.playvid.com/watch/0OvtBB6KR83, http://www.playvid.com/watch/zHKbXHSyXol,
http://www.playvid.com/watch/H2jRCTS8i9Y, http://www.playvid.com/watch/qgO2TZlUwHy, http://www.playvid.com/watch/ha-a0SMlHAM,
http://www.playvid.com/watch/cs7lRIValfv, http://www.playvid.com/watch/4EjYUkmQZhv, http://www.playvid.com/watch/aV3UgWTEXn-,
http://www.playvid.com/watch/5GvWucvyWzh, http://www.playvid.com/watch/onQFsukpLjV, http://www.playvid.com/watch/qnYGbOVkp9M,
http://www.playvid.com/watch/zaL8m9FPIQ0, http://www.playvid.com/watch/TRjBMeWchwO, http://www.playvid.com/watch/d93-kGkuaeM,
http://www.playvid.com/watch/hpNbRP5uPgh, http://www.playvid.com/watch/oAy8HHFnAe4, http://www.playvid.com/watch/p0ATV2eSamj,
http://www.playvid.com/watch/mrJhELrliMh, http://www.playvid.com/watch/vp9z8IAHJVZ, http://www.playvid.com/watch/NwjNwcDeOBl,
http://www.playvid.com/watch/QyN7g6b68NP, http://www.playvid.com/watch/ET78DowdJTB, http://www.playvid.com/watch/vsFqOB2Ugue,
http://www.playvid.com/watch/Or0kO4DcEmL, http://www.playvid.com/watch/jk88W3RJYfm, http://www.playvid.com/watch/6cJGZYbOia8,
http://www.playvid.com/watch/REtK6GgL7tE, http://www.playvid.com/watch/BfxNvUTnScl, http://www.playvid.com/watch/sKoFTjJTXwV,
http://www.playvid.com/watch/sLejjcU0SR6, http://www.playvid.com/watch/yjrzZbutPuJ, http://www.playvid.com/watch/Taqq-rrDX-2,
http://www.playvid.com/watch/w0bgZy2eiOG, http://www.playvid.com/watch/CJRT7LNI-2T, http://www.playvid.com/watch/PDc9yJWfKrh,
http://www.playvid.com/watch/8PPY2AHQxQI, http://www.playvid.com/watch/-xExgatwLGz, http://www.playvid.com/watch/3TRuw4ke5yk,
http://www.playvid.com/watch/JGj8eeXR52P, http://www.playvid.com/watch/59E3OEUmwZ8, http://www.playvid.com/watch/ed5eC2CEKLv,
http://www.playvid.com/watch/tQIGSM7yTyv, http://www.playvid.com/watch/zxDFkKBFZDL, http://www.playvid.com/watch/jQX7ctyjmVR,
http://www.playvid.com/watch/5htbnkiv6qY, http://www.playvid.com/watch/vXhKL9YKxep, http://www.playvid.com/watch/CEf6J8mAiDZ,
http://www.playvid.com/watch/jvd9T4u5AXC, http://www.playvid.com/watch/yXSqP-WM4s6, http://www.playvid.com/watch/eK5mbYt9lYV,
http://www.playvid.com/watch/X9bY9eV8sR9, http://www.playvid.com/watch/oWic9sLsX9-, http://www.playvid.com/watch/kpwtpQumJvo,
http://www.playvid.com/watch/0L0qWKfliFA, http://www.playvid.com/watch/uhuAlq2ji-E, http://www.playvid.com/watch/cxCZ6SIi0lN,
http://www.playvid.com/watch/DFg2nFSHfS7, http://www.playvid.com/watch/X6SRrcOAgQc, http://www.playvid.com/watch/F3udg0qtdtk,
http://www.playvid.com/watch/EvDqBAVRotu, http://www.playvid.com/watch/JIBm5kXFklP, http://www.playvid.com/watch/KXc4S4kqWmR,
http://www.playvid.com/watch/6u8S3jn5dfz, http://www.playvid.com/watch/BBYo2UobJmA, http://www.playvid.com/watch/4WmRmqILmDY,
http://www.playvid.com/watch/7DRccTPiXSy, http://www.playvid.com/watch/4qkgo6JdoLr, http://www.playvid.com/watch/mlSQs-JPTia,
http://www.playvid.com/watch/3ZUEAOjJY5L, http://www.playvid.com/watch/s5R2ugxmq77, http://www.playvid.com/watch/lsqxh6FXDM0,
http://www.playvid.com/watch/RUwELNHjXg9, http://www.playvid.com/watch/p7c7Pz8wfh-, http://www.playvid.com/watch/MDbSTS0QWAI,
http://www.playvid.com/watch/sD4esK9bYv4, http://www.playvid.com/watch/z72fGHDhKdd, http://www.playvid.com/watch/dJK6iUCcAJw,
http://www.playvid.com/watch/dbuw5EN4AvX, http://www.playvid.com/watch/VqAjswraDGp, http://www.playvid.com/watch/O3O6gBhYKI7,
http://www.playvid.com/watch/lQknLTgSHXW, http://www.playvid.com/watch/oih4jilzv2q, http://www.playvid.com/watch/Hyxil9jJxJc,
http://www.playvid.com/watch/Hw6bcU4iibx, http://www.playvid.com/watch/l9kAaKmlPQt, http://www.playvid.com/watch/gRZYpZ5F0UZ,
http://www.playvid.com/watch/y5BcPmzG4AL, http://www.playvid.com/watch/2TtF5pFwNWS, http://www.playvid.com/watch/Ntzm4bHbKfS,
http://www.playvid.com/watch/sjlzWtXlmbD, http://www.playvid.com/watch/AjVFolPWheu, http://www.playvid.com/watch/cqjJlLDJFVb,
http://www.playvid.com/watch/FHzo7hOahiC, http://www.playvid.com/watch/EyoyvUfJScr, http://www.playvid.com/watch/Ehlub8IPyBo,
http://www.playvid.com/watch/pFkp4FxDyb3, http://www.playvid.com/watch/FPLIOhJPtKa, http://www.playvid.com/watch/9PX45fnpbjU,
http://www.playvid.com/watch/Sj2tg935nBp, http://www.playvid.com/watch/643-vjwxq5v, http://www.playvid.com/watch/mf4bsdTV-vP,
http://www.playvid.com/watch/SqWli3SXUEX, http://www.playvid.com/watch/bRkR92VR7yt, http://www.playvid.com/watch/wByEET4n5s-,
http://www.playvid.com/watch/v5ajMfUAUZy, http://www.playvid.com/watch/0FRdyX-Tgge, http://www.playvid.com/watch/HaMXpIgDivG,
http://www.playvid.com/watch/U489FkyPJjM, http://www.playvid.com/watch/PjGRFwivoUB, http://www.playvid.com/watch/KU6HSwIeV6O,
http://www.playvid.com/watch/H3fQrS7xpUH, http://www.playvid.com/watch/N8E6I9rEq6R, http://www.playvid.com/watch/GZMk-jCEeDE,
http://www.playvid.com/watch/QIgJYoaUC2B, http://www.playvid.com/watch/onzPpHunhIF, http://www.playvid.com/watch/k046vXRzHrg,
http://www.playvid.com/watch/td-E0vSvyNC, http://www.playvid.com/watch/22tUizP9ht8, http://www.playvid.com/watch/JP3ZeuRGhEw,
http://www.playvid.com/watch/JslHnDSWd-3, http://www.playvid.com/watch/xysu5blrFFF, http://www.playvid.com/watch/zqo8ZtU7kt0,
http://www.playvid.com/watch/ZpDp4Id36Lf, http://www.playvid.com/watch/P92Uxc8a4mO, http://www.playvid.com/watch/fziK4VoZxAG,
http://www.playvid.com/watch/aWMxiQDvcXl, http://www.playvid.com/watch/X8mIUqfVX3L, http://www.playvid.com/watch/mDUCPImesZx,
http://www.playvid.com/watch/LnDpWXo8gjl, http://www.playvid.com/watch/UpaeA0x27C4, http://www.playvid.com/watch/3AoDNix2tcv,
http://www.playvid.com/watch/zbBIffCxnFU, http://www.playvid.com/watch/fC2lxDguyah, http://www.playvid.com/watch/DUJga-KmKJU,
http://www.playvid.com/watch/vRaSNyVzjN-, http://www.playvid.com/watch/dbq6sebKFnh, http://www.playvid.com/watch/GfJlkovXvPA,
http://www.playvid.com/watch/rSFQm2fUtdY, http://www.playvid.com/watch/sHHWAsRT44j, http://www.playvid.com/watch/t2muGhd4PRm,
http://www.playvid.com/watch/eSzTqZTp2sh, http://www.playvid.com/watch/mLFnxPejTuR, http://www.playvid.com/watch/pcwMZMOydkk,
http://www.playvid.com/watch/wQyoOVCLHrE, http://www.playvid.com/watch/3JfkH5z6J9m, http://www.playvid.com/watch/sTjyVpBvKob,
http://www.playvid.com/watch/LI7nsjxJgUT, http://www.playvid.com/watch/CUAc0xyAfDi, http://www.playvid.com/watch/I8ClL8HA3UN,

http://www.playvid.com/watch/0nvbGVeIZge, http://www.playvid.com/watch/iI6ZgH7NEXO, http://www.playvid.com/watch/4gneCGvMF3I,
http://www.playvid.com/watch/0UsPufXKGRg, http://www.playvid.com/watch/xV0-Rm3tzMY, http://www.playvid.com/watch/-bdFn5ERfWb,
http://www.playvid.com/watch/wTOOmB4b9MV, http://www.playvid.com/watch/KcfoqYOyG-w, http://www.playvid.com/watch/BH2cjyds-O6,
http://www.playvid.com/watch/zWxq5dTmMK0, http://www.playvid.com/watch/-hHUIyM5y0k, http://www.playvid.com/watch/XiZeRSNyeqA,
http://www.playvid.com/watch/mnXnJJcv8lv, http://www.playvid.com/watch/3quo6cyU2Z2, http://www.playvid.com/watch/VRricqnRrZ3,
http://www.playvid.com/watch/mMRTaQguObF, http://www.playvid.com/watch/LGAvpXKezmZ, http://www.playvid.com/watch/qzu85gZPLgE,
http://www.playvid.com/watch/usuqi9XFUc4, http://www.playvid.com/watch/h4unipgKKma, http://www.playvid.com/watch/SNYDdud5e2K,
http://www.playvid.com/watch/DBzGDTWFNAO, http://www.playvid.com/watch/fT0H9OBFWTG, http://www.playvid.com/watch/iOS2k8Qd5LT,
http://www.playvid.com/watch/obqhLztNFnL, http://www.playvid.com/watch/y7S2OHzMGnq, http://www.playvid.com/watch/tyB9D-EZgmi,
http://www.playvid.com/watch/S7LE5VMubge, http://www.playvid.com/watch/GXttWehBwL9, http://www.playvid.com/watch/ySyzsDrAbzl,
http://www.playvid.com/watch/AuTJhwygM8D, http://www.playvid.com/watch/bBGEjoIJwcZ, http://www.playvid.com/watch/TetcXOFFQVy,
http://www.playvid.com/watch/WQncG2kmgDm, http://www.playvid.com/watch/ipFbtrkvzUk, http://www.playvid.com/watch/fLC37dtJhwD,
http://www.playvid.com/watch/XWMqI59dumJ, http://www.playvid.com/watch/73GrMZmVLkc, http://www.playvid.com/watch/o8Ho3azpuyC,
http://www.playvid.com/watch/ldKqGRVaGo4, http://www.playvid.com/watch/-C3Fgjlm9jy, http://www.playvid.com/watch/vpxRdyD2L5T,
http://www.playvid.com/watch/0SZbh0Mw3qz, http://www.playvid.com/watch/uIT5E7OYxRK, http://www.playvid.com/watch/yZrDBcdfOVb,
http://www.playvid.com/watch/gMMAvNEIS2h, http://www.playvid.com/watch/XgU0mCyPuUw, http://www.playvid.com/watch/L2oDSZe8k9A,
http://www.playvid.com/watch/nTxHclHzjML, http://www.playvid.com/watch/WSqSXvBRUan, http://www.playvid.com/watch/MJBzI-0amq0,
http://www.playvid.com/watch/9m3Pjhv0izA, http://www.playvid.com/watch/I6kjMveOSnx, http://www.playvid.com/watch/V9ASnLFmidd,
http://www.playvid.com/watch/flzurc7W-I4, http://www.playvid.com/watch/lF2jAsTV3ix, http://www.playvid.com/watch/WljhAyEnLlB,
http://www.playvid.com/watch/JA-dRCi9yFB, http://www.playvid.com/watch/kMZ-NIpU4KO, http://www.playvid.com/watch/o2vEUbk6O4d,
http://www.playvid.com/watch/gZZUlIXgypN, http://www.playvid.com/watch/z9hQ2tL6mkE, http://www.playvid.com/watch/jmFCJ62il6Y,
http://www.playvid.com/watch/kN4AQd8qQPu, http://www.playvid.com/watch/9b3IuEMuW44, http://www.playvid.com/watch/qFx-5qNn3p0,
http://www.playvid.com/watch/7AAH6A0uBNr, http://www.playvid.com/watch/b6GySjBKdKB, http://www.playvid.com/watch/-e7b9HdTiwI,
http://www.playvid.com/watch/YyBF9IIc-O9, http://www.playvid.com/watch/z43k0RKVvy2, http://www.playvid.com/watch/YuLY-4BHh8f,
http://www.playvid.com/watch/GA8fgqjc7We, http://www.playvid.com/watch/hx7V7lVqAyq, http://www.playvid.com/watch/L2e47IABW9n,
http://www.playvid.com/watch/CY2upxqMipT, http://www.playvid.com/watch/LapcFcINhSK, http://www.playvid.com/watch/-ug6Qvzgyb6,
http://www.playvid.com/watch/7XwqGsE-jV3, http://www.playvid.com/watch/dwqmtiyVxU3, http://www.playvid.com/watch/VLbKYIuEZZ9,
http://www.playvid.com/watch/ohSVU0c9-yj, http://www.playvid.com/watch/mU0sFbkW7YJ, http://www.playvid.com/watch/0sBnTTyzyOb,
http://www.playvid.com/watch/xxI8R9VpGfI, http://www.playvid.com/watch/hVunkKrDcFi, http://www.playvid.com/watch/g6FEI4ltNQS,
http://www.playvid.com/watch/oFBav0lJ5Fh, http://www.playvid.com/watch/ry46DDYWJ3o, http://www.playvid.com/watch/r5IpSJ9kkv6,
http://www.playvid.com/watch/37G6P0DqwC3, http://www.playvid.com/watch/v6Cat6HvUqu, http://www.playvid.com/watch/p2g42FY6y2u,
http://www.playvid.com/watch/-jjS0iktiHQ, http://www.playvid.com/watch/FCroRUb0luF, http://www.playvid.com/watch/kf4AQIXRNl2,
http://www.playvid.com/watch/l-MQLPcdgJX, http://www.playvid.com/watch/mI4vg7T59Sy, http://www.playvid.com/watch/KO-tQ3oCFKx,
http://www.playvid.com/watch/niZhD8x0iKQ, http://www.playvid.com/watch/tPiFHTxQiqI, http://www.playvid.com/watch/LAEkbY-9YFG,
http://www.playvid.com/watch/YoM3A4zHJJV, http://www.playvid.com/watch/BHGCujRaVht, http://www.playvid.com/watch/z2P4wsBySjO,
http://www.playvid.com/watch/zJjJptXMqVD, http://www.playvid.com/watch/cZmhfMdhIlb, http://www.playvid.com/watch/GZzndqDnDW9,
http://www.playvid.com/watch/30b8iQcFbdc, http://www.playvid.com/watch/hZC6pSNyeZc, http://www.playvid.com/watch/TN3oWoOG0Pu,
http://www.playvid.com/watch/YCHnylp60zl, http://www.playvid.com/watch/VfsDHRKdqZu, http://www.playvid.com/watch/DBgR4l8Gftf,
http://www.playvid.com/watch/2UsgRrufurs, http://www.playvid.com/watch/xig93vCIagF, http://www.playvid.com/watch/QQrTdAty-oF,
http://www.playvid.com/watch/S0DuFPs9FeN, http://www.playvid.com/watch/heEvBEnSNXD, http://www.playvid.com/watch/qfmaUmpJpVy,
http://www.playvid.com/watch/B-LAvwdf66N, http://www.playvid.com/watch/WS9Wu5GlqEp, http://www.playvid.com/watch/cbaIVY08TLD,
http://www.playvid.com/watch/d9uXkLUQf9V, http://www.playvid.com/watch/RWmotn-bHPx, http://www.playvid.com/watch/SrrthS8Y64m,
http://www.playvid.com/watch/75wjyHKb6pR, http://www.playvid.com/watch/KiIDWADBvBV, http://www.playvid.com/watch/x4urhnYf-vy,
http://www.playvid.com/watch/PGz8NWHZnPt, http://www.playvid.com/watch/ChkgOTP7wWY, http://www.playvid.com/watch/HSWgtvHDZrc,
http://www.playvid.com/watch/bOfSZ7dKIPC, http://www.playvid.com/watch/oDd9oq2DET9, http://www.playvid.com/watch/rd9NcyrmmF3,
http://www.playvid.com/watch/-girQJuO8Eg, http://www.playvid.com/watch/xQoQ3gPgeFn, http://www.playvid.com/watch/seJz97lerI4,
http://www.playvid.com/watch/ArW5AC2un2t, http://www.playvid.com/watch/ZNC5G0GBlQ9, http://www.playvid.com/watch/bAtwIUWgBiA,
http://www.playvid.com/watch/FtyI-HifQDi, http://www.playvid.com/watch/TwvCFu9xkiI, http://www.playvid.com/watch/yM9uhvIcY8c,
http://www.playvid.com/watch/OgVvxzw9UGU, http://www.playvid.com/watch/U4Gwk3oiExE, http://www.playvid.com/watch/WgMYftUKq0G,
http://www.playvid.com/watch/aLBylHYW9VY, http://www.playvid.com/watch/RmX8xiCpqxZ, http://www.playvid.com/watch/4VGAzV4bVpA,
http://www.playvid.com/watch/WBoE8Dq58wH, http://www.playvid.com/watch/KNeMNdCj-uC, http://www.playvid.com/watch/xuVNpWpye4O,
http://www.playvid.com/watch/EcfjfsYD42k, http://www.playvid.com/watch/ZVfT2FbExsD, http://www.playvid.com/watch/aMwCuVdWTyQ,
http://www.playvid.com/watch/czLfkZ4WP7m, http://www.playvid.com/watch/fn-RtsH4xnJ, http://www.playvid.com/watch/UizvfaY6WN3,
http://www.playvid.com/watch/AHVGe7xZxjv, http://www.playvid.com/watch/o7QWbX2MDtn, http://www.playvid.com/watch/dox2fxjZ4fe,
http://www.playvid.com/watch/6uBmCVYeqTW, http://www.playvid.com/watch/fmPRx82Vcdf, http://www.playvid.com/watch/3YuEVFezvGn,
http://www.playvid.com/watch/wA86NKVgcIj, http://www.playvid.com/watch/ogmYSjv4Vin, http://www.playvid.com/watch/0RqNGt7rK3X,
http://www.playvid.com/watch/WO4omBB5N44, http://www.playvid.com/watch/vxyojBUIm2z, http://www.playvid.com/watch/KGXydzlv2U5,
http://www.playvid.com/watch/4oSK4Ii2YyT, http://www.playvid.com/watch/8jJwNyImHxi, http://www.playvid.com/watch/hG0uumabYS6,
http://www.playvid.com/watch/F-dFdKZwzNv, http://www.playvid.com/watch/WnT2YBPS8fW, http://www.playvid.com/watch/0UQ9l5754Uw,
http://www.playvid.com/watch/rj7dHnyya-w, http://www.playvid.com/watch/w0PDi6Ol3iA, http://www.playvid.com/watch/TXsBBa5VVCC,
http://www.playvid.com/watch/ARNRqIpNA3r, http://www.playvid.com/watch/nyATkN6xBWy, http://www.playvid.com/watch/lyPSupjBJVT,
http://www.playvid.com/watch/HyiAntyR0Vh, http://www.playvid.com/watch/-7auIIxJ4gF, http://www.playvid.com/watch/aBzRvDm-tYB,
http://www.playvid.com/watch/PUGjVc8XPNN, http://www.playvid.com/watch/fzC6kufkDhw, http://www.playvid.com/watch/dhEHMajwfk8,
http://www.playvid.com/watch/mk4M6YCF66H, http://www.playvid.com/watch/EkC2hkjCdhQ, http://www.playvid.com/watch/E7zSv5FnP2l,
http://www.playvid.com/watch/hIIJ2srMXTE, http://www.playvid.com/watch/ukGCXvdkHaE, http://www.playvid.com/watch/urZyZV-qPkx,
http://www.playvid.com/watch/t7fNpuEcxlf, http://www.playvid.com/watch/d3MV-X4EqrN, http://www.playvid.com/watch/0a4mzWuXHLu,
http://www.playvid.com/watch/jw383whdafr, http://www.playvid.com/watch/CZO4l5SnYAJ, http://www.playvid.com/watch/9GYFY2AhDwn,
http://www.playvid.com/watch/IEqJuu6kwGQ, http://www.playvid.com/watch/l2dhK6U0LA0, http://www.playvid.com/watch/yT2YWNuhiTt,
http://www.playvid.com/watch/VxdTUjQpIIa, http://www.playvid.com/watch/2aSsRBFZSdd, http://www.playvid.com/watch/fipH8GZ3CtR,
http://www.playvid.com/watch/HwsFCrkCN5Q, http://www.playvid.com/watch/0Gcz3GuPYn3, http://www.playvid.com/watch/CBL6-aoFmvj,
http://www.playvid.com/watch/IP3non9ZUS4, http://www.playvid.com/watch/a9IUK3aLD5i, http://www.playvid.com/watch/uRCOQ-T9CdP,
http://www.playvid.com/watch/IpChOz3Cr8r, http://www.playvid.com/watch/GNLr7VnuliA, http://www.playvid.com/watch/OGTliW4vM6L,
http://www.playvid.com/watch/tNJbXjc9E4W, http://www.playvid.com/watch/0lis0CvnrvV, http://www.playvid.com/watch/mE6NYipwKjC,
http://www.playvid.com/watch/-8jCdQAD8WQ, http://www.playvid.com/watch/DyLFFRnJMJ0, http://www.playvid.com/watch/WeY0lLa3vDg,
http://www.playvid.com/watch/Jk-GiFEeNF3, http://www.playvid.com/watch/AFKYdBrqc6Z, http://www.playvid.com/watch/CKA6aqkqDPx,
http://www.playvid.com/watch/KxzhlBac5tt, http://www.playvid.com/watch/jy4er698isH, http://www.playvid.com/watch/NvX-AFo0Lv9,
http://www.playvid.com/watch/YnAXVwAZz-K, http://www.playvid.com/watch/Af2Dkn2ikc0, http://www.playvid.com/watch/M7Mw0PSHb60,
http://www.playvid.com/watch/lOHTIG9uuKS, http://www.playvid.com/watch/oS0cxnNiScp, http://www.playvid.com/watch/2jiQTa4d5yt,
http://www.playvid.com/watch/XVW-2G7NRKb, http://www.playvid.com/watch/ngguqUQeWZ, http://www.playvid.com/watch/BWOnKC7zEZJ,
http://www.playvid.com/watch/Z3vs3xXBZyl, http://www.playvid.com/watch/nLMjswfyjt3, http://www.playvid.com/watch/MZRh-C4YP97,
http://www.playvid.com/watch/nGri5yAWwai, http://www.playvid.com/watch/yOu0ztieNhU, http://www.playvid.com/watch/Z73fq8M2cRb,
http://www.playvid.com/watch/xSq88ZcqIhv, http://www.playvid.com/watch/L4oMY3pF9Hb, http://www.playvid.com/watch/sGCq3XX6Gjb,
http://www.playvid.com/watch/zaczovlhzrn, http://www.playvid.com/watch/b3UEkLuMBXV, http://www.playvid.com/watch/NXG09aG-Mtc,
http://www.playvid.com/watch/lJTR3FXEib6, http://www.playvid.com/watch/JhgcY9D6JAN, http://www.playvid.com/watch/ECdL4DN5rXC,
http://www.playvid.com/watch/dmmhNPVbwFY, http://www.playvid.com/watch/h2TKqOa9hRs, http://www.playvid.com/watch/Dm27SwbzthP,
http://www.playvid.com/watch/kk7sNZFQXHc, http://www.playvid.com/watch/8x4LL0eZedi, http://www.playvid.com/watch/d3uanRqio-q,
http://www.playvid.com/watch/BpFKdesfZZG, http://www.playvid.com/watch/BmU3fHzOdOl, http://www.playvid.com/watch/V2TYKgBiZdw,
http://www.playvid.com/watch/oWf0vjGqVdk, http://www.playvid.com/watch/qe2z28nzfHS, http://www.playvid.com/watch/OX-YGgf8RpW,
http://www.playvid.com/watch/cJYhvRjaZQ6, http://www.playvid.com/watch/o3RrTNFaefk, http://www.playvid.com/watch/L3EbExYVNXO,
http://www.playvid.com/watch/cAGblRO4OtJ, http://www.playvid.com/watch/8-DpoaXPBqR, http://www.playvid.com/watch/NN59iW8xD3s,
http://www.playvid.com/watch/yFxZsDzwcbF, http://www.playvid.com/watch/azxnnItrjMg, http://www.playvid.com/watch/M2mBLlXThwg,
http://www.playvid.com/watch/w6jDkI0-qdX, http://www.playvid.com/watch/NYMdkDZFeQl, http://www.playvid.com/watch/dFUrw53s4vC,
http://www.playvid.com/watch/TvUnDh8n-0a, http://www.playvid.com/watch/n-A-YWBk5Uk, http://www.playvid.com/watch/MOLMntnWUT8,
http://www.playvid.com/watch/UaycSyI0GcH, http://www.playvid.com/watch/xB3tHm-ZCME, http://www.playvid.com/watch/HPzHwYRU3DI,
http://www.playvid.com/watch/76o0sKzdgvK, http://www.playvid.com/watch/imjgscbU45r, http://www.playvid.com/watch/hdt40XTGZzu,
http://www.playvid.com/watch/NDnQpwzz-NG, http://www.playvid.com/watch/3LZ8yhTYyrn, http://www.playvid.com/watch/ZPVxMtk00sT,

http://www.playvid.com/watch/jIdEuTRQz-j, http://www.playvid.com/watch/7T5A3uBu-3q, http://www.playvid.com/watch/XznGUme4jlj, http://www.playvid.com/watch/dSKmmFUNtYf, http://www.playvid.com/watch/GcRwJDBVwXG, http://www.playvid.com/watch/hlnciDkVb6o, http://www.playvid.com/watch/hCDKsqV2i4h, http://www.playvid.com/watch/h2cFXuYT7wJ, http://www.playvid.com/watch/vL7Cr8KCgtx, http://www.playvid.com/watch/Z-vQQBAHvNu, http://www.playvid.com/watch/LzNHs6UwnoD, http://www.playvid.com/watch/r4hsnG-MpCt, http://www.playvid.com/watch/CrFt0kldftE, http://www.playvid.com/watch/CGgur4BhYSq, http://www.playvid.com/watch/YeUQPi0jh2O, http://www.playvid.com/watch/iEttB74zIBZ, http://www.playvid.com/watch/0fASLAN6veu, http://www.playvid.com/watch/Q64YXwALA5b, http://www.playvid.com/watch/7KgrcxTV4Eo, http://www.playvid.com/watch/N3RAWZOVWh5, http://www.playvid.com/watch/iLUoqknhzn2, http://www.playvid.com/watch/QgR7QfC7exo, http://www.playvid.com/watch/dEtZHbzmSsv, http://www.playvid.com/watch/LFcvJ2Kc7JD, http://www.playvid.com/watch/ruUPygAGbS8, http://www.playvid.com/watch/5YS0O2U9A75, http://www.playvid.com/watch/RpzkXNq80mi, http://www.playvid.com/watch/mdensgUiFXn, http://www.playvid.com/watch/j8BYJbnhh7M, http://www.playvid.com/watch/HVCCksp2lTK, http://www.playvid.com/watch/WxTGngWn83y, http://www.playvid.com/watch/L0VMTktLoPi, http://www.playvid.com/watch/2RAeg9dkRM7, http://www.playvid.com/watch/oZl7ZZwjGB6, http://www.playvid.com/watch/wVxM8pAQ2jX, http://www.playvid.com/watch/jCjYI2jvkac, http://www.playvid.com/watch/kKF29XUMAGW, http://www.playvid.com/watch/d0EQRkCvRaT, http://www.playvid.com/watch/5MAlIbkOta8, http://www.playvid.com/watch/ukPxqWW7buE, http://www.playvid.com/watch/eu463uSB-7W, http://www.playvid.com/watch/WpDKY6RFbEw, http://www.playvid.com/watch/EW2DL90clap, http://www.playvid.com/watch/odq-qh6XxU3, http://www.playvid.com/watch/y0iuBbvxcja, http://www.playvid.com/watch/P4kLQFeuaGm, http://www.playvid.com/watch/GO425BFXGsl, http://www.playvid.com/watch/ASr0HUkeiEN
5.f. Date of third notice: 2013-07-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: xxxdarlingdeexxx
5.b. Uploader's email address: deesophiedarling@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/xxxdarlingdeexxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/GsRmP9CHPZ3, http://www.playvid.com/watch/fFnJNGHFHaL, http://www.playvid.com/watch/W5M0zppTglt, http://www.playvid.com/watch/8AY79GuGMXz, http://www.playvid.com/watch/PWx5fz8zRgB, http://www.playvid.com/watch/bV5LYefQ3VD, http://www.playvid.com/watch/ACcoRzUgqFs, http://www.playvid.com/watch/yYR0VTws46G, http://www.playvid.com/watch/N2crX-RtdrC, http://www.playvid.com/watch/5qCFe0q3KZ8, http://www.playvid.com/watch/DTETxHckVO-, http://www.playvid.com/watch/m7hoSCGcodH, http://www.playvid.com/watch/pzacfaPnfF4, http://www.playvid.com/watch/wo3BMr4tTf0, http://www.playvid.com/watch/SupIrlzkKhN, http://www.playvid.com/watch/QSknSdKVYs3, http://www.playvid.com/watch/rnIzq80Q3k-, http://www.playvid.com/watch/BN0rhXlc6Z6, http://www.playvid.com/watch/IFbgFvDG9kt, http://www.playvid.com/watch/7FG68XC-C5l, http://www.playvid.com/watch/KUFPSLPZR6j, http://www.playvid.com/watch/FkddSKDujn9, http://www.playvid.com/watch/trLzdu8DrLQ, http://www.playvid.com/watch/G4TEsus4J3M, http://www.playvid.com/watch/dCHm8MzStSB, http://www.playvid.com/watch/mSGRgm9OYdo, http://www.playvid.com/watch/kOK7waZPAbj, http://www.playvid.com/watch/4W3MIXU25op, http://www.playvid.com/watch/0ydNztFWaHq, http://www.playvid.com/watch/V3JyxjAqnk2, http://www.playvid.com/watch/7CLdAiPpw5k, http://www.playvid.com/watch/hV2ocqZpfcs, http://www.playvid.com/watch/Gle736I0dUn, http://www.playvid.com/watch/iPSrEHkARYT, http://www.playvid.com/watch/kaQfjqniyiT, http://www.playvid.com/watch/UlQKJQWYBjZ, http://www.playvid.com/watch/ajw5ukEbJcS, http://www.playvid.com/watch/TGiJHlse4EE, http://www.playvid.com/watch/CX7ek79qYsZ, http://www.playvid.com/watch/kVdhP5LJtfk, http://www.playvid.com/watch/GB6lHPipDdU, http://www.playvid.com/watch/Bwp4G3uT-hY, http://www.playvid.com/watch/48sSxDsezpk, http://www.playvid.com/watch/2CPpOC-sSJP, http://www.playvid.com/watch/sl5entMDbXU, http://www.playvid.com/watch/zjs-bcQbfDN, http://www.playvid.com/watch/D55PqqZjuxw, http://www.playvid.com/watch/tG4RcGHU6W9, http://www.playvid.com/watch/KPLERi5sDBL, http://www.playvid.com/watch/N0EhY8tuO4m, http://www.playvid.com/watch/rsdD2cGqGxc, http://www.playvid.com/watch/3xbZ0izURbo, http://www.playvid.com/watch/RBOuzZjX62I, http://www.playvid.com/watch/ktDJCiL7axg, http://www.playvid.com/watch/X3zc0KjEiur, http://www.playvid.com/watch/Bsj-xG9nTqV, http://www.playvid.com/watch/S0h3uBSLtUq, http://www.playvid.com/watch/oWgFS2Ka5E3, http://www.playvid.com/watch/-54-Cjxq74A, http://www.playvid.com/watch/zn9jkhszG9g, http://www.playvid.com/watch/w6BGrPFDMao, http://www.playvid.com/watch/2dkQmEMj0s3, http://www.playvid.com/watch/zpjTQy598uv, http://www.playvid.com/watch/DC5HKaEO4QI, http://www.playvid.com/watch/A78YHrHI36o, http://www.playvid.com/watch/DoFO5mbYEld, http://www.playvid.com/watch/9pPc76zvTJ4, http://www.playvid.com/watch/dqIxki38qr8, http://www.playvid.com/watch/SQyGJXXh4R6, http://www.playvid.com/watch/0MLMXsEgbym, http://www.playvid.com/watch/PaTcEaexuj7, http://www.playvid.com/watch/9jFe7VwDTOT, http://www.playvid.com/watch/7xS2SnCXaZM, http://www.playvid.com/watch/yCcjq-CqiTM, http://www.playvid.com/watch/DiOahFqeyR7, http://www.playvid.com/watch/8U7vs0lamNB, http://www.playvid.com/watch/xwDgjHhAt3D, http://www.playvid.com/watch/KnD8cH4ugT4, http://www.playvid.com/watch/JISDfe9yhxv, http://www.playvid.com/watch/YlakLvq0A8d, http://www.playvid.com/watch/I6fwD32pzXq, http://www.playvid.com/watch/WN9rySUzy06, http://www.playvid.com/watch/TfCxFa6LCUo, http://www.playvid.com/watch/rEYvYbsNaem, http://www.playvid.com/watch/JZMvooIWOdR, http://www.playvid.com/watch/Zwk898lCRZC, http://www.playvid.com/watch/jEcoU68gNR3, http://www.playvid.com/watch/qd8MtCyLTG6, http://www.playvid.com/watch/Dd62GhjRdfj, http://www.playvid.com/watch/K-zCUuzsC4R, http://www.playvid.com/watch/TewPNicNt6B, http://www.playvid.com/watch/nzDoEVd3c0e, http://www.playvid.com/watch/uFeBs8NKItp, http://www.playvid.com/watch/BaRbeRcJdw9, http://www.playvid.com/watch/TS5XKLaldUK, http://www.playvid.com/watch/5ECUbKVJfeN, http://www.playvid.com/watch/tpj21JOexLI, http://www.playvid.com/watch/jr4qvjePtYv, http://www.playvid.com/watch/gRlV5hEgUY3, http://www.playvid.com/watch/fb-gKCz2Bx9
5.f. Date of third notice: 2013-10-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yellowarn
5.b. Uploader's email address: yellowarn85@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/yellowarn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/6QR3-bUtEcW, http://www.playvid.com/watch/z7JXeZeNcBn, http://www.playvid.com/watch/W3l2wibY8fA, http://www.playvid.com/watch/4MoHA3fmvrr, http://www.playvid.com/watch/p8r-9-gd7ut, http://www.playvid.com/watch/lvZtGLgwWW0, http://www.playvid.com/watch/T9UYNj8PMCR, http://www.playvid.com/watch/DfyLGa4DzBo, http://www.playvid.com/watch/5K0PTO1phVY, http://www.playvid.com/watch/4aAzlUjMABa, http://www.playvid.com/watch/8lAkg2zem61, http://www.playvid.com/watch/V7DiUjZpKGa, http://www.playvid.com/watch/HHTDSR9ojtA, http://www.playvid.com/watch/tqNOL-nsf10, http://www.playvid.com/watch/rECK8s-WktZ, http://www.playvid.com/watch/beGmW4yedRn, http://www.playvid.com/watch/o8Moi61aERI, http://www.playvid.com/watch/OgriQZ9PkhA, http://www.playvid.com/watch/gvhN1udHtbA, http://www.playvid.com/watch/ErqtmMXQTrA, http://www.playvid.com/watch/6vhsYlGkvLa, http://www.playvid.com/watch/zxkOb1Eox8H, http://www.playvid.com/watch/cinqDJ68VFy, http://www.playvid.com/watch/YqkRFpT77fe, http://www.playvid.com/watch/9b4122E0JOf, http://www.playvid.com/watch/pZjvzo8SmTP, http://www.playvid.com/watch/s5UCBlvdmjf, http://www.playvid.com/watch/J8nhssL-r7y, http://www.playvid.com/watch/BFLx9XlTwww, http://www.playvid.com/watch/E3smTA0gRMx, http://www.playvid.com/watch/NSV5jafmzYQ, http://www.playvid.com/watch/VFAZ0SvEsXP, http://www.playvid.com/watch/FMq1hlAvXsL, http://www.playvid.com/watch/apvq34tHVse, http://www.playvid.com/watch/30iXoHVoWRg, http://www.playvid.com/watch/QiDE46egytu, http://www.playvid.com/watch/0neHWPhtZSX, http://www.playvid.com/watch/Tby32hTkpOO, http://www.playvid.com/watch/a1nscFYTiSS, http://www.playvid.com/watch/lFnSFuY8LGD, http://www.playvid.com/watch/Q14mtDGJUrS, http://www.playvid.com/watch/h8nRHK1VoJq, http://www.playvid.com/watch/7jujlWOg74d, http://www.playvid.com/watch/8cVWoZKa48E, http://www.playvid.com/watch/TWpON54vyGs, http://www.playvid.com/watch/UCbrMjYFVfw
5.f. Date of third notice: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yk1977
5.b. Uploader's email address: zaitokukato@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/yk1977
5.e. List of videos posted by uploader: http://www.playvid.com/watch/viQic9L6dSI, http://www.playvid.com/watch/zrY2Z3np5u0, http://www.playvid.com/watch/BY6SStShDmA, http://www.playvid.com/watch/59TFSNOWSQK, http://www.playvid.com/watch/bgF8IVxNine, http://www.playvid.com/watch/LZojW0oUyuB, http://www.playvid.com/watch/7ts-6VCaTR3, http://www.playvid.com/watch/5iBaQ9Fa767, http://www.playvid.com/watch/8i7QMTiLrHJ, http://www.playvid.com/watch/UCnHgu9DKHo, http://www.playvid.com/watch/jQJRmTRhUbi, http://www.playvid.com/watch/u3L73uZLelY, http://www.playvid.com/watch/8dj4naGPSQe, http://www.playvid.com/watch/wUlkh0rW7mI, http://www.playvid.com/watch/ld9xRn7BaYL, http://www.playvid.com/watch/Tb4BIJS2qGt, http://www.playvid.com/watch/mWRTMVCS33P, http://www.playvid.com/watch/fCI3ihX2-72, http://www.playvid.com/watch/HyHgX3Zbt8X, http://www.playvid.com/watch/mNOdlYGePsq, http://www.playvid.com/watch/Uu0AvqdO3MD, http://www.playvid.com/watch/dUQAnCDbiOj, http://www.playvid.com/watch/Rsbtxev2UNI, http://www.playvid.com/watch/zSHru59ISuo, http://www.playvid.com/watch/SGhTHGeJqWp, http://www.playvid.com/watch/YbVGqs2MJGs, http://www.playvid.com/watch/r8NNNGgZlq7, http://www.playvid.com/watch/hNl3YZ8en3G, http://www.playvid.com/watch/9EHbayoy4T0, http://www.playvid.com/watch/3z5WPVJOZGS, http://www.playvid.com/watch/H7nFcKvMg8q, http://www.playvid.com/watch/B3sH5a6CB3b, http://www.playvid.com/watch/6dXLkLBsNJZ, http://www.playvid.com/watch/bnY2f2KgrAN, http://www.playvid.com/watch/iAwCikQ8xzo,

http://www.playvid.com/watch/jp5BfkVyPrR, http://www.playvid.com/watch/MXsKsrcwGf4, http://www.playvid.com/watch/Fb32J7-AQ25, http://www.playvid.com/watch/RPPmlNpyYhC, http://www.playvid.com/watch/UV588DHRtK8, http://www.playvid.com/watch/qSqw2yfXrvt, http://www.playvid.com/watch/VKt0XzvkVtb, http://www.playvid.com/watch/pieUxa3VYHS, http://www.playvid.com/watch/-jraHf5d2DL, http://www.playvid.com/watch/lnnyix-OSyI, http://www.playvid.com/watch/PPNcCGKvLqF, http://www.playvid.com/watch/x-8u0-7cYnx, http://www.playvid.com/watch/SUiTIbB7846, http://www.playvid.com/watch/9sbiOuMto2o, http://www.playvid.com/watch/KbibqHMU-uL, http://www.playvid.com/watch/ckJpmgXt7Ze, http://www.playvid.com/watch/UX0Y953JPPj, http://www.playvid.com/watch/kpHUVKPHyNn, http://www.playvid.com/watch/hfjaelTRMo2, http://www.playvid.com/watch/zENMLuuQNKA, http://www.playvid.com/watch/TzgYcXF0-6B, http://www.playvid.com/watch/wcL42WnXg3l, http://www.playvid.com/watch/SkwjWt8iPfM, http://www.playvid.com/watch/Kjt6gTWGBCU, http://www.playvid.com/watch/sRPPeh0zJqb, http://www.playvid.com/watch/ydNYmlt0t45, http://www.playvid.com/watch/30nPkvsJtvY, http://www.playvid.com/watch/-EYWYW0n5ry, http://www.playvid.com/watch/YPI-59MAsrX, http://www.playvid.com/watch/NSvrzOyVe4e, http://www.playvid.com/watch/8rCp89uFzBX, http://www.playvid.com/watch/JhVZRHii30J, http://www.playvid.com/watch/KtGq4up39YA, http://www.playvid.com/watch/zTU0DtpHJvS, http://www.playvid.com/watch/5jlljgw4-H3, http://www.playvid.com/watch/ihirP-4CJnQ, http://www.playvid.com/watch/eIQiBLXxFnw, http://www.playvid.com/watch/6ovzOSPFZfb, http://www.playvid.com/watch/OEofWDTkLE9, http://www.playvid.com/watch/S8tZ9zoWm-f, http://www.playvid.com/watch/NcXOX3ERr0r, http://www.playvid.com/watch/utkV2uFExX0, http://www.playvid.com/watch/fMQw7LJmLwF, http://www.playvid.com/watch/lLbKCIcIEdc, http://www.playvid.com/watch/u2hHlu6NfeA, http://www.playvid.com/watch/026VIrojhc6, http://www.playvid.com/watch/EaEtech2lh7, http://www.playvid.com/watch/logAksdXnPq, http://www.playvid.com/watch/aHtoQ5jDXuv, http://www.playvid.com/watch/d89U4yArb2p, http://www.playvid.com/watch/3h3CGb7sWsx, http://www.playvid.com/watch/uztuPH29ql2, http://www.playvid.com/watch/rXp0KWvjn6A, http://www.playvid.com/watch/RflTUm7mUrH, http://www.playvid.com/watch/xBklUkyDjPj, http://www.playvid.com/watch/PoelGQLd60U, http://www.playvid.com/watch/o4qUrLYQwsU, http://www.playvid.com/watch/TUkG8bU-2zE, http://www.playvid.com/watch/ZlJZqMhATJH, http://www.playvid.com/watch/epdL8fhh-uX, http://www.playvid.com/watch/wfhPTqR4BFQ, http://www.playvid.com/watch/iGnesSLT8yq, http://www.playvid.com/watch/XwuBnA4RHAd, http://www.playvid.com/watch/HyG02uSN82d, http://www.playvid.com/watch/5QXu9V9dczG, http://www.playvid.com/watch/WQttFcfYHYF, http://www.playvid.com/watch/ZxTqnEMXhfJ, http://www.playvid.com/watch/TPfgtAvANq-, http://www.playvid.com/watch/k6cnA2oTZDp, http://www.playvid.com/watch/F0iVQpE87I7, http://www.playvid.com/watch/VIIFQPo4BXu, http://www.playvid.com/watch/eDBbUpyW0L6, http://www.playvid.com/watch/wlxrG7wew0n, http://www.playvid.com/watch/Y0g4Bco8kNY, http://www.playvid.com/watch/3YjXmVGUgz-, http://www.playvid.com/watch/Rz-9V-dMSKK, http://www.playvid.com/watch/00oyncu4iuy, http://www.playvid.com/watch/ko7uVcaV2ey, http://www.playvid.com/watch/GyuU-a2jtW-, http://www.playvid.com/watch/y8RdbXdR044, http://www.playvid.com/watch/M8KqiOmQN55, http://www.playvid.com/watch/2FvSxU0x3Pw, http://www.playvid.com/watch/2znW9XmjOEJ, http://www.playvid.com/watch/f4wze7rEdX7, http://www.playvid.com/watch/Fp0VhrT-zau, http://www.playvid.com/watch/SsCdYfwZQbi, http://www.playvid.com/watch/las7Flng9Nv, http://www.playvid.com/watch/eozR9YLqvpw, http://www.playvid.com/watch/098KCyggRYm, http://www.playvid.com/watch/ieDPBVeKITc, http://www.playvid.com/watch/v22f5YiK7IU, http://www.playvid.com/watch/Rt700eCta5Y, http://www.playvid.com/watch/mJyaxH6bRY3, http://www.playvid.com/watch/nWV4zkZvpQm, http://www.playvid.com/watch/-eRsLuOyvkx, http://www.playvid.com/watch/fh5DEJJbyfp, http://www.playvid.com/watch/kTjywe8sSBC, http://www.playvid.com/watch/O8WBZoHOymm, http://www.playvid.com/watch/FC7-WYXTVY2, http://www.playvid.com/watch/lIHzDLgT77p, http://www.playvid.com/watch/iCaYjeCJwsN, http://www.playvid.com/watch/wbtpA0EZnY2, http://www.playvid.com/watch/t2rNRz-CWS2, http://www.playvid.com/watch/IBiwzPNgxHz, http://www.playvid.com/watch/npfEq7sh4Jg, http://www.playvid.com/watch/q-urhHTxID2, http://www.playvid.com/watch/AtlmaE4D75k, http://www.playvid.com/watch/3ET5EI93-vX, http://www.playvid.com/watch/2GIGvZp8vrM, http://www.playvid.com/watch/YWFWkXgwNVa, http://www.playvid.com/watch/mzyRrsTrYMF, http://www.playvid.com/watch/PmXDXgYBcxd, http://www.playvid.com/watch/Vggu2wc5eB2, http://www.playvid.com/watch/UsDV54gVnae, http://www.playvid.com/watch/RCZsosEt6ns, http://www.playvid.com/watch/V3damzuTWmH, http://www.playvid.com/watch/mD8-etDBvyM, http://www.playvid.com/watch/x0gFNxDIc0v, http://www.playvid.com/watch/dUfXBWrsuXJ, http://www.playvid.com/watch/6j-THDF-Xix
5.f. Date of third notice: 2014-03-13
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yokohama
5.b. Uploader's email address: heolnickki@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/yokohama
5.e. List of videos posted by uploader: http://www.playvid.com/watch/PRHsGjevziL, http://www.playvid.com/watch/6D9XaNihdaK, http://www.playvid.com/watch/WaEfBALSlzT, http://www.playvid.com/watch/z95gcgTojUd, http://www.playvid.com/watch/UBmqampFmu8, http://www.playvid.com/watch/sOZTZwDqr3f, http://www.playvid.com/watch/xSSNC2rQbAT, http://www.playvid.com/watch/VvnuAemPnlr, http://www.playvid.com/watch/Lzi53zYR45i, http://www.playvid.com/watch/rrY9fA62I2o, http://www.playvid.com/watch/c5rTHfW5pAg, http://www.playvid.com/watch/DkWKBcgRSV4, http://www.playvid.com/watch/C-wI3RSL6MY, http://www.playvid.com/watch/AwxMRBXqyNX, http://www.playvid.com/watch/4KiTRXOlBuf, http://www.playvid.com/watch/H3DpTW7ZFZt, http://www.playvid.com/watch/bh5qL8R-ODg, http://www.playvid.com/watch/k7Kx9uXmlTg, http://www.playvid.com/watch/VvIHO33yDgh, http://www.playvid.com/watch/kGZiTIe9Gti, http://www.playvid.com/watch/shqEBKGLzez, http://www.playvid.com/watch/-Vao3pHfX73, http://www.playvid.com/watch/t-coIqVCuvb, http://www.playvid.com/watch/MmpmM5e5Bdw, http://www.playvid.com/watch/AYbaFvVECr8, http://www.playvid.com/watch/lFE-VIZXXJD, http://www.playvid.com/watch/icnB2Xlc0aK, http://www.playvid.com/watch/fW74ThVA7ct, http://www.playvid.com/watch/wTy7FmWr4Ro, http://www.playvid.com/watch/ui4uJj6Pyoq, http://www.playvid.com/watch/r72r3Ufahxm, http://www.playvid.com/watch/pwYMi324Gdu, http://www.playvid.com/watch/Gfan8Td-yDB, http://www.playvid.com/watch/MqI4cmcCgQW, http://www.playvid.com/watch/M7uW55zkNYh, http://www.playvid.com/watch/kLY73mQmHKY, http://www.playvid.com/watch/O7acx9xVWuF, http://www.playvid.com/watch/xSFzYwm6uUD, http://www.playvid.com/watch/KdfGMsms5w3, http://www.playvid.com/watch/yNR4yx9SyPd, http://www.playvid.com/watch/zk7GBCXbl0L, http://www.playvid.com/watch/eXnHX5kYtSd, http://www.playvid.com/watch/ssBZPvLCFCh, http://www.playvid.com/watch/LcGMwGwmG9H, http://www.playvid.com/watch/GwVNsR7AYaW, http://www.playvid.com/watch/cGFzD6rBqWh, http://www.playvid.com/watch/zT7zGeFYoW2, http://www.playvid.com/watch/TVFnDLDjUOx, http://www.playvid.com/watch/yMyD3rgNKu2, http://www.playvid.com/watch/CM43DjChSNc, http://www.playvid.com/watch/6xNApHJVZJW, http://www.playvid.com/watch/euD9Bt2jgOs, http://www.playvid.com/watch/EeCjxZ7PTdO, http://www.playvid.com/watch/JKyfI3-OU7F, http://www.playvid.com/watch/XNtAhrGlVUl, http://www.playvid.com/watch/bWDb-B98IKJ, http://www.playvid.com/watch/MjsA8lQP3cM, http://www.playvid.com/watch/vVRWJyFFNe5, http://www.playvid.com/watch/C5sKZcQ2Zf9, http://www.playvid.com/watch/ZocODq3AHBF, http://www.playvid.com/watch/DwuOTm9Y6yg, http://www.playvid.com/watch/Sz8R4m32iXz, http://www.playvid.com/watch/xKABYI0BEXE, http://www.playvid.com/watch/4vSTVzQ6-Jr, http://www.playvid.com/watch/kpGVDDrR6XE, http://www.playvid.com/watch/J0X6OV5HgdR, http://www.playvid.com/watch/K9jixDbxesg, http://www.playvid.com/watch/2ZXkRNB2xuF, http://www.playvid.com/watch/2pFOIP9EaRs, http://www.playvid.com/watch/cNVO3F2lmsW, http://www.playvid.com/watch/kaBFUWtpVrF, http://www.playvid.com/watch/kmmJ--kcQDz, http://www.playvid.com/watch/BROkwNy0JhP, http://www.playvid.com/watch/Z-e5M-Peo9m, http://www.playvid.com/watch/NpIihrUP05M, http://www.playvid.com/watch/rhkYKEKUP8C, http://www.playvid.com/watch/QFSvK0X5-Uu, http://www.playvid.com/watch/9NNuIoGbKsK, http://www.playvid.com/watch/5udQRTuzqTR, http://www.playvid.com/watch/Gdq2E2kdy2Q, http://www.playvid.com/watch/-ghjPRmjEdm, http://www.playvid.com/watch/2e-UMELn9g4, http://www.playvid.com/watch/stqb6FYkzYK, http://www.playvid.com/watch/HKOn-0KhR9Y, http://www.playvid.com/watch/9RVjsa4Pue2, http://www.playvid.com/watch/DlBRm83PaOo, http://www.playvid.com/watch/z3eEmJ8rGcB, http://www.playvid.com/watch/8degMDeiMX7, http://www.playvid.com/watch/o0OXqS8RQ-J, http://www.playvid.com/watch/4ZHG9LLIPWg, http://www.playvid.com/watch/awyhug3eCGJ, http://www.playvid.com/watch/8Kx8yHPesNC, http://www.playvid.com/watch/A52AwhcfoD6, http://www.playvid.com/watch/B76Ce2GhE6X, http://www.playvid.com/watch/PCdw6x-ZcYj, http://www.playvid.com/watch/XOySqbxQuiq, http://www.playvid.com/watch/UhP974lN5xr, http://www.playvid.com/watch/LP624kH5FEA, http://www.playvid.com/watch/MHKunrOOJFb, http://www.playvid.com/watch/Zx8tzRGyjKJ, http://www.playvid.com/watch/zFVqJBohRmS, http://www.playvid.com/watch/rIQdXPBH22T, http://www.playvid.com/watch/e3NJ0I4k8hU, http://www.playvid.com/watch/lt9Li0rk-XE, http://www.playvid.com/watch/QkQiLmKNYZe, http://www.playvid.com/watch/ewBkPKe6F9f, http://www.playvid.com/watch/uwmUJlicxr7, http://www.playvid.com/watch/swWzj7QdqiL, http://www.playvid.com/watch/WMc222FhtYn
5.f. Date of third notice: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yoohoo
5.b. Uploader's email address: picasluchori@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/yoohoo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/56Sw-tsZanm, http://www.playvid.com/watch/5vhiDHEIguW, http://www.playvid.com/watch/zhZq7VFyD-N, http://www.playvid.com/watch/V7PMGT-Uj5r, http://www.playvid.com/watch/CyN8SR-0d8D, http://www.playvid.com/watch/Zvg3ntg-PS5, http://www.playvid.com/watch/bTRDNntVa9y, http://www.playvid.com/watch/zDN4c9bi7SZ
5.f. Date of third notice: 2013-08-17
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yoom

5.b. Uploader's email address: homiderek@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/yoom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/bUbSdxDFVD7, http://www.playvid.com/watch/7E-FxiFtcaK, http://www.playvid.com/watch/SJbUGWP-2CL, http://www.playvid.com/watch/mdIRzvJYXcp, http://www.playvid.com/watch/MDNiDhXHk49, http://www.playvid.com/watch/nHR8LrGfsag, http://www.playvid.com/watch/3wV8hMoosQf, http://www.playvid.com/watch/VFffXPyPSUt, http://www.playvid.com/watch/xu9mr6ZS8Er, http://www.playvid.com/watch/ZAs77lhDxsk, http://www.playvid.com/watch/VlCQIYfAWQD, http://www.playvid.com/watch/NE0EuUIzViz, http://www.playvid.com/watch/r5G8PdKeqv4, http://www.playvid.com/watch/KxdPsH9G0ko, http://www.playvid.com/watch/23uzm6xytiS, http://www.playvid.com/watch/vcnJmtWojIT, http://www.playvid.com/watch/DcuOfpK6tML, http://www.playvid.com/watch/c0AGvElGaIb, http://www.playvid.com/watch/fIhrbTiCtEO, http://www.playvid.com/watch/qQ0RV9Vx3Ty, http://www.playvid.com/watch/pgVBB8ZTmcv, http://www.playvid.com/watch/eL2xnOINhcK, http://www.playvid.com/watch/GC-GSP69uIb, http://www.playvid.com/watch/0CGBZC2ADVi, http://www.playvid.com/watch/Tbc3aCYpraZ, http://www.playvid.com/watch/WCZNmYw-zdg, http://www.playvid.com/watch/ZdH-sE8qXxj, http://www.playvid.com/watch/UpBZWESrokm, http://www.playvid.com/watch/E6m0tIQ78oG, http://www.playvid.com/watch/2d-4hMaF5Q6, http://www.playvid.com/watch/8sNixpr9uRc, http://www.playvid.com/watch/smvubqfdzHc, http://www.playvid.com/watch/X2oiaYxatJC, http://www.playvid.com/watch/wj9kHWJ8T6f, http://www.playvid.com/watch/36qvEg6Dw0D, http://www.playvid.com/watch/J-VGyFeozaG, http://www.playvid.com/watch/JxZsMaVOXIb, http://www.playvid.com/watch/JJsjLlftWjz, http://www.playvid.com/watch/rOmgvMHVLyO, http://www.playvid.com/watch/Hk4prh2Iryd, http://www.playvid.com/watch/lmWesvFTJDD, http://www.playvid.com/watch/eaXN7kFxQTy, http://www.playvid.com/watch/di2OdOklVlb, http://www.playvid.com/watch/lKWygZzedl0, http://www.playvid.com/watch/d45x2gj64Dx, http://www.playvid.com/watch/2ULb0mYL6iu, http://www.playvid.com/watch/NmeyvkFEnEO, http://www.playvid.com/watch/OWXanXncJuK, http://www.playvid.com/watch/C7AAUzoTgBr, http://www.playvid.com/watch/8ns3ogqqpYS, http://www.playvid.com/watch/DEckhW2qOaz, http://www.playvid.com/watch/6cyeIofWchw, http://www.playvid.com/watch/aNen8N-NrxR, http://www.playvid.com/watch/trCRc6vDw6K, http://www.playvid.com/watch/QYeTvPK7n-0, http://www.playvid.com/watch/bCmWGGPbjpo, http://www.playvid.com/watch/yqwHQcU6Ijp, http://www.playvid.com/watch/I7wYA2wgl9K, http://www.playvid.com/watch/4LsE-6HA45-, http://www.playvid.com/watch/DGVEtECv7pl, http://www.playvid.com/watch/kFpPE-Xjprd, http://www.playvid.com/watch/xiM0huoGMNR, http://www.playvid.com/watch/mKDgmtqQLFA, http://www.playvid.com/watch/heMG6VNRo6s, http://www.playvid.com/watch/tBsk0BjcyWg, http://www.playvid.com/watch/y9oO0K-CZJP, http://www.playvid.com/watch/kyIYO9dsGHk, http://www.playvid.com/watch/47GpymGiuEs, http://www.playvid.com/watch/NxlfDAZDVlL, http://www.playvid.com/watch/rtSrPKsKdNq, http://www.playvid.com/watch/LFWKxsu0NiK, http://www.playvid.com/watch/xV4CXngvaIq, http://www.playvid.com/watch/Y4cSFgVGe-0, http://www.playvid.com/watch/uWZmkcp3gDy, http://www.playvid.com/watch/lIeNyd-ozKk, http://www.playvid.com/watch/UvHHg8WTDl2, http://www.playvid.com/watch/xgAqdY3Gsyi, http://www.playvid.com/watch/bAEYc4H4AFP, http://www.playvid.com/watch/lAoUoXDohzT, http://www.playvid.com/watch/VJJH-l3gv3e, http://www.playvid.com/watch/8McdivmRhLo, http://www.playvid.com/watch/oG8YoM6pNjL, http://www.playvid.com/watch/Gd0njcPipXo, http://www.playvid.com/watch/LVgwsgVcjtE, http://www.playvid.com/watch/ZkuIwrFJEJU, http://www.playvid.com/watch/wEThtAYR85m, http://www.playvid.com/watch/Pjhu2KFPGIr, http://www.playvid.com/watch/CXv4fmMtJOa, http://www.playvid.com/watch/AAfROCllAfP, http://www.playvid.com/watch/PMlEmtHBclW, http://www.playvid.com/watch/maeuYu6bNKB, http://www.playvid.com/watch/dietCQY0OXS, http://www.playvid.com/watch/guye0D3LsqK, http://www.playvid.com/watch/PWmUfuK0k48, http://www.playvid.com/watch/S-0MSJxtV8G, http://www.playvid.com/watch/ml67stKXiQD, http://www.playvid.com/watch/i2smNQQGO2u, http://www.playvid.com/watch/79lGjOBK5bL, http://www.playvid.com/watch/koE9Kjq-uzW, http://www.playvid.com/watch/D7ifN4ZjhC4, http://www.playvid.com/watch/ri-OrmduVvv, http://www.playvid.com/watch/kr6Lr0Max4Q, http://www.playvid.com/watch/JLz0UrtAVkV, http://www.playvid.com/watch/e6XnguVKjdL, http://www.playvid.com/watch/BvEmLpTL4Bs, http://www.playvid.com/watch/-0OKaeWxeMt, http://www.playvid.com/watch/BxT7cA6-Nkv, http://www.playvid.com/watch/KQVLRXcQsCh, http://www.playvid.com/watch/hNnMQGBBuiF, http://www.playvid.com/watch/XEAypq8WXXc, http://www.playvid.com/watch/mNGBg7zZm3n, http://www.playvid.com/watch/of5IKByAnDx, http://www.playvid.com/watch/qlaLDttkpgP, http://www.playvid.com/watch/bDWc2BypxIX, http://www.playvid.com/watch/sqpDogmuEpk, http://www.playvid.com/watch/DsjcUtdqOk2, http://www.playvid.com/watch/9gJ8MTmn4ym, http://www.playvid.com/watch/TetGcw8jNwF, http://www.playvid.com/watch/F33Vc2dYULT, http://www.playvid.com/watch/MHTpyujMJnr, http://www.playvid.com/watch/gGS4tEt6Pio
5.f. Date of third notice: 2013-09-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: yourdailyprn
5.b. Uploader's email address: yourdailyprn@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/yourdailyprn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/N3Zm-cnLp4p, http://www.playvid.com/watch/xPtyfR9Wwmp, http://www.playvid.com/watch/iXpVPyye-WS, http://www.playvid.com/watch/WqL6rC2NMhb, http://www.playvid.com/watch/foPlm663Kww, http://www.playvid.com/watch/VQpzeBUCfqO, http://www.playvid.com/watch/T5ebHOpiHxk, http://www.playvid.com/watch/4PbzIdlzntt, http://www.playvid.com/watch/fA6M2XQPzeo, http://www.playvid.com/watch/-rtoY7tnj7Q, http://www.playvid.com/watch/LGMnSWOMDEL, http://www.playvid.com/watch/0BeysAseAYF, http://www.playvid.com/watch/VVE6k4pvStX, http://www.playvid.com/watch/Zoz0O8aAB8N, http://www.playvid.com/watch/Lv2Tac5aIcA, http://www.playvid.com/watch/SLn5OZik482, http://www.playvid.com/watch/ffhCS979xdO, http://www.playvid.com/watch/EGBNzEKC-tj, http://www.playvid.com/watch/izAJTOGr0M6, http://www.playvid.com/watch/lR-NlJg433P, http://www.playvid.com/watch/7O4ScqkaLAm, http://www.playvid.com/watch/OJNXISTzf4H, http://www.playvid.com/watch/YbPwrTLULwB, http://www.playvid.com/watch/gQpGQkQj2pU, http://www.playvid.com/watch/3PBH-L-qXpX, http://www.playvid.com/watch/wbsakV4wag6, http://www.playvid.com/watch/HyJ6pIEn0yn, http://www.playvid.com/watch/cwYUAaAqszI, http://www.playvid.com/watch/XvfhBRtjtM3, http://www.playvid.com/watch/zL-6G0WXSJh, http://www.playvid.com/watch/LXymemMFVYj, http://www.playvid.com/watch/PAtpHdprLYF, http://www.playvid.com/watch/lA9eroWf3-w, http://www.playvid.com/watch/WD66or8o25f, http://www.playvid.com/watch/GtwQx2Frk6n, http://www.playvid.com/watch/oMHqNEbjeCI, http://www.playvid.com/watch/iHYvnSdG6pe, http://www.playvid.com/watch/uAoO7hkaW-L, http://www.playvid.com/watch/ysePl9vycC-, http://www.playvid.com/watch/WXdtvin24PJ, http://www.playvid.com/watch/SNQvLvG55Ga, http://www.playvid.com/watch/Faxf6NOA0EY, http://www.playvid.com/watch/Q9g-c59hbCx, http://www.playvid.com/watch/T2jZZ0QtFQ-, http://www.playvid.com/watch/dhnvETDzHuI, http://www.playvid.com/watch/R-tW4R02TuQ, http://www.playvid.com/watch/67CrWCAOxf3, http://www.playvid.com/watch/ASDPgq9DuU4, http://www.playvid.com/watch/svLVkPI9xas, http://www.playvid.com/watch/jzRud8ZxqAa, http://www.playvid.com/watch/ncU9X5IAWZv, http://www.playvid.com/watch/ctdomgarE4x, http://www.playvid.com/watch/LfCV5Wz6esf, http://www.playvid.com/watch/eq4cGIrUXg5, http://www.playvid.com/watch/NAtlxCZ9khs, http://www.playvid.com/watch/ewCCL3nETYS, http://www.playvid.com/watch/5kn07-dXt6b, http://www.playvid.com/watch/WDvRYrPnzYZ, http://www.playvid.com/watch/cwG8bY4OwON, http://www.playvid.com/watch/aUvENtwCloN, http://www.playvid.com/watch/sZlCCgCIZKQ, http://www.playvid.com/watch/tJRhfsHM0Cn, http://www.playvid.com/watch/aIeLybzhdEV, http://www.playvid.com/watch/ieUmcZwaO0l, http://www.playvid.com/watch/pwModvVhf9X, http://www.playvid.com/watch/YOrqKdQWKq3, http://www.playvid.com/watch/R9W5fc4RHSh, http://www.playvid.com/watch/Nv8uZq9bgN0, http://www.playvid.com/watch/v60XC99b-oA, http://www.playvid.com/watch/KM3CwEeh5uH, http://www.playvid.com/watch/TvXGZ7BprNt, http://www.playvid.com/watch/r8wa5tjQ2mX, http://www.playvid.com/watch/k8sBySC9G29, http://www.playvid.com/watch/9dfEgMV0PVa, http://www.playvid.com/watch/RgNdvMKkqz0, http://www.playvid.com/watch/yanHj5POVuV, http://www.playvid.com/watch/k2MabERN6RG, http://www.playvid.com/watch/gbqIo8aLzkC, http://www.playvid.com/watch/A5Arim7w4U6, http://www.playvid.com/watch/9UyPQITTkKd, http://www.playvid.com/watch/ewxdhO0E6Ib, http://www.playvid.com/watch/DAosFOvZNes, http://www.playvid.com/watch/RipCnrBNelf, http://www.playvid.com/watch/PSxpSxBAixO, http://www.playvid.com/watch/IY2OTOeBKBg, http://www.playvid.com/watch/CrPWF8l-ghR, http://www.playvid.com/watch/SZ8BnWVAfKC, http://www.playvid.com/watch/EqGRydtZDVY, http://www.playvid.com/watch/fUIqJNWkmlC, http://www.playvid.com/watch/05Wa8QsULBs, http://www.playvid.com/watch/kpAuOYG4Ntq, http://www.playvid.com/watch/9jJ-D57XLXr, http://www.playvid.com/watch/SgVXRn9wGGq, http://www.playvid.com/watch/sQXq5ExDfZ2, http://www.playvid.com/watch/33C4-pqgkgq, http://www.playvid.com/watch/RuBwgRJ58Az, http://www.playvid.com/watch/uxHIqfPIzLK, http://www.playvid.com/watch/RCdAFugUdUp, http://www.playvid.com/watch/v6h5IvDBjBZ, http://www.playvid.com/watch/8dE3b8XRytb, http://www.playvid.com/watch/XKS65VwtMMe, http://www.playvid.com/watch/iD2kQGjqpFS, http://www.playvid.com/watch/3otp8gMneFI, http://www.playvid.com/watch/K95L5r4NYLj, http://www.playvid.com/watch/nR6k7PnHWT5, http://www.playvid.com/watch/3G8wGwjIqet, http://www.playvid.com/watch/5467Kv67YWl, http://www.playvid.com/watch/yJ4OBFF5K7z, http://www.playvid.com/watch/MtQh04q9FkH, http://www.playvid.com/watch/2dKr-GcI2fq, http://www.playvid.com/watch/HVuEAQRBXIT, http://www.playvid.com/watch/g4sBUzXLwFx, http://www.playvid.com/watch/FUlIDMcdtxx, http://www.playvid.com/watch/X6DruJBVv4E, http://www.playvid.com/watch/vdza2XMFQ0b, http://www.playvid.com/watch/9TJwH86gbo2, http://www.playvid.com/watch/zP0lhLEx0di, http://www.playvid.com/watch/SubJk8nRP3M, http://www.playvid.com/watch/EsKNMpVvbEM, http://www.playvid.com/watch/OHlcCefCbUS, http://www.playvid.com/watch/gDGyqKceIsN, http://www.playvid.com/watch/4i-WToFVltY, http://www.playvid.com/watch/VIb8q-l6kCK, http://www.playvid.com/watch/PXLeFVo85N-, http://www.playvid.com/watch/hJnc4-Fvh4l, http://www.playvid.com/watch/AsHGayEqdVi, http://www.playvid.com/watch/e4SHWJUKsTk, http://www.playvid.com/watch/Di-wR6hGzrF, http://www.playvid.com/watch/WLZFd9nLlBs, http://www.playvid.com/watch/NOfgua2nwif, http://www.playvid.com/watch/fs-hmN9Tvrf, http://www.playvid.com/watch/EDqDSBdVJQL, http://www.playvid.com/watch/5iiWSrNgy6X, http://www.playvid.com/watch/3sVSez0K0SI, http://www.playvid.com/watch/nubiMlKqftO, http://www.playvid.com/watch/SrEZpF6DG00, http://www.playvid.com/watch/NIwkTHZ6qwG, http://www.playvid.com/watch/zrg0xGcQDxk, http://www.playvid.com/watch/ahqGcnNvSKu, http://www.playvid.com/watch/Z22rK8hKew9,

http://www.playvid.com/watch/ZT4wqIj9sCX, http://www.playvid.com/watch/NzajM9fOWRO, http://www.playvid.com/watch/FpbwaS3nIsE, http://www.playvid.com/watch/3yRNSWwrvFm, http://www.playvid.com/watch/SlKG2tDALdM, http://www.playvid.com/watch/ZAM85vvgGfK, http://www.playvid.com/watch/8JH-2Y3N-jC, http://www.playvid.com/watch/iIhLdMy4JxY, http://www.playvid.com/watch/dYQmqRjiQHi, http://www.playvid.com/watch/DRxxl320qHD, http://www.playvid.com/watch/TbT9PRI-7kG, http://www.playvid.com/watch/gK8asaxxZq6, http://www.playvid.com/watch/cqid9ONmXU6, http://www.playvid.com/watch/fKF2eN0DX9u, http://www.playvid.com/watch/oxksT02Rmsa, http://www.playvid.com/watch/TQuZn47xYD2, http://www.playvid.com/watch/KMjmNzQAJo2, http://www.playvid.com/watch/CjT9xKLoqTr, http://www.playvid.com/watch/dzYDOzeXwmj, http://www.playvid.com/watch/TBGcZ6kKmOp, http://www.playvid.com/watch/bgPwh3PsRgg, http://www.playvid.com/watch/bLz-CkhTwmF, http://www.playvid.com/watch/iDUj7WdDGXH, http://www.playvid.com/watch/o6C7TkdhgQb, http://www.playvid.com/watch/JfXupQXhEav, http://www.playvid.com/watch/EBqLDxEGXqv, http://www.playvid.com/watch/J2MkijwYcY6, http://www.playvid.com/watch/jCunPRDwsfg, http://www.playvid.com/watch/UVop9x82ezW, http://www.playvid.com/watch/jPCPBXjqwRv, http://www.playvid.com/watch/GFobvYb2lRZ, http://www.playvid.com/watch/QbJgvJsqPy3, http://www.playvid.com/watch/JEC5mB5t6np, http://www.playvid.com/watch/tbk7RBYvJFS, http://www.playvid.com/watch/Juj3hgo3wm8, http://www.playvid.com/watch/c7dyaoyuP-W, http://www.playvid.com/watch/gZEs7ujOQjb, http://www.playvid.com/watch/-xfYKozff4G, http://www.playvid.com/watch/3UJEz3odqRK, http://www.playvid.com/watch/sFojdEMNBD0, http://www.playvid.com/watch/E3YiT2Oz7t5, http://www.playvid.com/watch/Gbe9FNfjMQU, http://www.playvid.com/watch/nE-Y0T5UpqY, http://www.playvid.com/watch/cgoTg5OxJKS, http://www.playvid.com/watch/29mQRgXSu0-, http://www.playvid.com/watch/ScFueTCmkWP, http://www.playvid.com/watch/0kgKs9t2ave, http://www.playvid.com/watch/UtOepgrlESe, http://www.playvid.com/watch/u50eKf-SZmS, http://www.playvid.com/watch/hMxif4Ndc7V, http://www.playvid.com/watch/lZCW5x8FGRe, http://www.playvid.com/watch/IYZBUi2KlZZ, http://www.playvid.com/watch/FeYjn653Xvu, http://www.playvid.com/watch/cSazNIE3MhQ, http://www.playvid.com/watch/fwVu8rJXdle, http://www.playvid.com/watch/5DNo3mDp92G, http://www.playvid.com/watch/ku6Yhz-bmmw, http://www.playvid.com/watch/b6ZoKL7jhE6, http://www.playvid.com/watch/F5V6T4TLFhm, http://www.playvid.com/watch/eW3ilX9uJYp, http://www.playvid.com/watch/DzeuGp3gJyb, http://www.playvid.com/watch/Ovf2SybYTAm, http://www.playvid.com/watch/I2rpNybvgh2, http://www.playvid.com/watch/AUldeP8o4YC, http://www.playvid.com/watch/QMCl3ebhlFh, http://www.playvid.com/watch/yBkrel4cQzB, http://www.playvid.com/watch/MdsibE5BbKn, http://www.playvid.com/watch/cQiR-KV6IRW, http://www.playvid.com/watch/sUi6KgJVDak, http://www.playvid.com/watch/D-TjMDFlTQL, http://www.playvid.com/watch/dN4m45UMXey, http://www.playvid.com/watch/Dbeixnzwad8, http://www.playvid.com/watch/Kzzh4-MuWht, http://www.playvid.com/watch/LrdjpehkfcD, http://www.playvid.com/watch/WWZM-nbPZyt, http://www.playvid.com/watch/sUCgXzEb9ah, http://www.playvid.com/watch/OQ8HzaDeh07, http://www.playvid.com/watch/6YnAOCYGNpd, http://www.playvid.com/watch/SKIvPfDaaDe, http://www.playvid.com/watch/2fot2h9infW, http://www.playvid.com/watch/jZ27l7Mmwlh, http://www.playvid.com/watch/m33TDgg5LMi, http://www.playvid.com/watch/ipuQYQ-xr5l, http://www.playvid.com/watch/idET4d0-EN9, http://www.playvid.com/watch/gezDCzxAzg2, http://www.playvid.com/watch/JJ83i7wbPbs, http://www.playvid.com/watch/qjHq4Z0U97K, http://www.playvid.com/watch/RBe8C726Iw5, http://www.playvid.com/watch/-S7Yt-CzTPw, http://www.playvid.com/watch/NBwHbSINZ7J, http://www.playvid.com/watch/lcNnzR3pYiX, http://www.playvid.com/watch/sc-HWcnftT6, http://www.playvid.com/watch/hLXIsUeFqF8, http://www.playvid.com/watch/ltsCKdKXiSn, http://www.playvid.com/watch/tYXE7eMqinx, http://www.playvid.com/watch/iRnAV6R0xjW, http://www.playvid.com/watch/URB0vKKpFAW, http://www.playvid.com/watch/wgee085AETE, http://www.playvid.com/watch/Fm4ZMXir3iU, http://www.playvid.com/watch/FNMFqnNm9kq, http://www.playvid.com/watch/yvLSJViUuYX, http://www.playvid.com/watch/Y-KC5UCYE3X, http://www.playvid.com/watch/dhpJMZO28U3, http://www.playvid.com/watch/p4CE0HjqCLK, http://www.playvid.com/watch/S5m62BBswx8, http://www.playvid.com/watch/4RcofhONnHm, http://www.playvid.com/watch/hqs2QWBt5dZ, http://www.playvid.com/watch/bDPJfc6Jfaj, http://www.playvid.com/watch/0XNgL0hdrtg, http://www.playvid.com/watch/aQoPl0cJDcV, http://www.playvid.com/watch/stFEVk5bdhG, http://www.playvid.com/watch/5gibIIBcsqx, http://www.playvid.com/watch/IZ9B5KM4EZd, http://www.playvid.com/watch/bHpjr-XVZuC, http://www.playvid.com/watch/DWEeZaTniYZ, http://www.playvid.com/watch/nYInBv9KMVd, http://www.playvid.com/watch/kNo8vV4t7h4, http://www.playvid.com/watch/YASWWtRPj3Y, http://www.playvid.com/watch/k547NNjxvZ6, http://www.playvid.com/watch/sgrvuQoERie, http://www.playvid.com/watch/8WqmpLOlz8M, http://www.playvid.com/watch/7n3eJfSykRc, http://www.playvid.com/watch/8PoIJcXR39i, http://www.playvid.com/watch/isvQHzWyk5-, http://www.playvid.com/watch/J4HjaHbPQLC, http://www.playvid.com/watch/9rBbjlO-KBJ, http://www.playvid.com/watch/HWtCfz64M34, http://www.playvid.com/watch/q8YTNBsAH5f, http://www.playvid.com/watch/m9SKgkHe2c5, http://www.playvid.com/watch/83sjJRNKF8Z, http://www.playvid.com/watch/2BnOT8xB-tD, http://www.playvid.com/watch/vCjkJppE2o0, http://www.playvid.com/watch/si5elvUkUxw, http://www.playvid.com/watch/UbTCvU6c8TB, http://www.playvid.com/watch/X6NcdvapGL7, http://www.playvid.com/watch/2byTKfzzrNN, http://www.playvid.com/watch/JgiLWdr5YsX, http://www.playvid.com/watch/EXyd5JJa89t, http://www.playvid.com/watch/YN9KXCfHmeM, http://www.playvid.com/watch/SXrexMwCteX, http://www.playvid.com/watch/wQVQs7zO9ug, http://www.playvid.com/watch/IV3rAlEpCDS, http://www.playvid.com/watch/n4XZlM2eGDg, http://www.playvid.com/watch/iuPGcm-cFI3, http://www.playvid.com/watch/J4QjPgveB-N, http://www.playvid.com/watch/jnZ7yo7vJxu, http://www.playvid.com/watch/RHBPEMj8ope, http://www.playvid.com/watch/umO9K0w06-u, http://www.playvid.com/watch/T4XtbCMkJn0, http://www.playvid.com/watch/NdqZKiQVXmV, http://www.playvid.com/watch/r-taavm0qaH, http://www.playvid.com/watch/exqNtzNl0nv, http://www.playvid.com/watch/Y4VZx5P3BUO, http://www.playvid.com/watch/VKd8RAVIFus, http://www.playvid.com/watch/HJYEatJgXIx, http://www.playvid.com/watch/YPyoqgW0kgz, http://www.playvid.com/watch/cSblC0faPX3, http://www.playvid.com/watch/hcgJBQpeBzG, http://www.playvid.com/watch/GMePeRcvMjQ, http://www.playvid.com/watch/KIQd2AJIEJf, http://www.playvid.com/watch/chpQXGEQXCj, http://www.playvid.com/watch/xicTrvbGBsD, http://www.playvid.com/watch/YNhmLsnQfQs, http://www.playvid.com/watch/wZYusRlq7k9, http://www.playvid.com/watch/sJ8VOZ-58Ot, http://www.playvid.com/watch/jGYvgKQ0bcH, http://www.playvid.com/watch/LEHFUBVKGeP, http://www.playvid.com/watch/NiyrcWcaUaf, http://www.playvid.com/watch/KRhEsxGZVU3, http://www.playvid.com/watch/EZcbpHKxRsq, http://www.playvid.com/watch/EmppDgfV34H, http://www.playvid.com/watch/VXHcVogEfNm, http://www.playvid.com/watch/lKLlqJEZlEM, http://www.playvid.com/watch/ymzQDj9F4cv, http://www.playvid.com/watch/Vs9pq3UpsI9, http://www.playvid.com/watch/tEf5X4OhYbE, http://www.playvid.com/watch/RWwYKvNEgwO, http://www.playvid.com/watch/AUJd4vRWQVD, http://www.playvid.com/watch/sEfQesi8-y7, http://www.playvid.com/watch/u8qJALXNrvN, http://www.playvid.com/watch/d2OSU9o8UCV, http://www.playvid.com/watch/ElTllw9Sd8D, http://www.playvid.com/watch/igGLCfRZ9YI, http://www.playvid.com/watch/6DJh5iSwjGI, http://www.playvid.com/watch/xPfQVPkJCdy, http://www.playvid.com/watch/E9ceWUM5Wt7, http://www.playvid.com/watch/PT-GN6j-F0F, http://www.playvid.com/watch/FhbBheYhWQf, http://www.playvid.com/watch/TlVAR6XYihe, http://www.playvid.com/watch/tAcsKuHRdO0, http://www.playvid.com/watch/W5OGRpKPMmu, http://www.playvid.com/watch/SQ3HwTyFRql
5.f. Date of third notice: 2013-09-27
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zahar91
5.b. Uploader's email address: reonore@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/zahar91
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dHr2RAo7nxL, http://www.playvid.com/watch/5qmmo8xbxRi, http://www.playvid.com/watch/cO0s4T0wo67, http://www.playvid.com/watch/WqWJSiwWqqc, http://www.playvid.com/watch/kUDu5u9vdQV, http://www.playvid.com/watch/qiKgSj8TSTx, http://www.playvid.com/watch/RrsWne-QGNM, http://www.playvid.com/watch/qcR9AqrMkLc, http://www.playvid.com/watch/zpMbt5qNPeY, http://www.playvid.com/watch/QgzEL8ljMRc, http://www.playvid.com/watch/VO94pnjkta9, http://www.playvid.com/watch/94ftuNQDCqm, http://www.playvid.com/watch/WwOV2RYB9rd, http://www.playvid.com/watch/tRbOZUDwIEP, http://www.playvid.com/watch/dEFIKgpwtXW, http://www.playvid.com/watch/vkdmAPfTwW4, http://www.playvid.com/watch/IdXiB0BujjO, http://www.playvid.com/watch/EIi6yDpTY9p, http://www.playvid.com/watch/SaaJ4WP5gH3, http://www.playvid.com/watch/0USofKgvXwt, http://www.playvid.com/watch/StEaDtfVCsB, http://www.playvid.com/watch/vxaHxjK86UG, http://www.playvid.com/watch/2OPikL9UTnz, http://www.playvid.com/watch/qYKelkiqkDP, http://www.playvid.com/watch/xSqd9A6ho69, http://www.playvid.com/watch/FFt23UqZmx3, http://www.playvid.com/watch/Ky7YKsOGApr, http://www.playvid.com/watch/6JfoVuFb8-a, http://www.playvid.com/watch/m8j9O44g6Xo, http://www.playvid.com/watch/doUbIx9kRuP, http://www.playvid.com/watch/X-Tjg9WK583, http://www.playvid.com/watch/t4-xM6xOdaC, http://www.playvid.com/watch/uypBINIUQNF, http://www.playvid.com/watch/rf52lWcGcPI, http://www.playvid.com/watch/kYFXAVSTO5s, http://www.playvid.com/watch/Hs7zu2hBYbh, http://www.playvid.com/watch/MRe8TN8slHd, http://www.playvid.com/watch/hrMQrUHehmZ, http://www.playvid.com/watch/2OmQsWyivqt, http://www.playvid.com/watch/nQTaD-jvoKC, http://www.playvid.com/watch/XoIwkbin4OO
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zaharuris70
5.b. Uploader's email address: zaharuris70@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zaharuris70
5.e. List of videos posted by uploader: http://www.playvid.com/watch/FjKdwRTrZDK, http://www.playvid.com/watch/J2lCtX8nynR, http://www.playvid.com/watch/RDKzfYOShRJ, http://www.playvid.com/watch/FZNHnwwln5H, http://www.playvid.com/watch/STi7XhIp1US, http://www.playvid.com/watch/FW58MeOpzkr, http://www.playvid.com/watch/VhUdTdQbsps, http://www.playvid.com/watch/TKV6HnSvTXD, http://www.playvid.com/watch/8jZJiq7MpDA, http://www.playvid.com/watch/uwj97agCy7r, http://www.playvid.com/watch/RbJ1bmfbqv7, http://www.playvid.com/watch/HBXAeLCFK7t, http://www.playvid.com/watch/3Y8Sh8mlD66, http://www.playvid.com/watch/OEH7wgR3ll6, http://www.playvid.com/watch/OtX6O6zPXRF, http://www.playvid.com/watch/ufwT62usePF, http://www.playvid.com/watch/Oi5rxSfcDFm,

http://www.playvid.com/watch/bYhHb2F6oET, http://www.playvid.com/watch/x2YGW5yiAWI, http://www.playvid.com/watch/A1h3PTgo1Rb,
http://www.playvid.com/watch/2wvjL2m26MO, http://www.playvid.com/watch/KDHtKnbV2AE, http://www.playvid.com/watch/jLN4IgRTSXX,
http://www.playvid.com/watch/c5XRXBnWIB-
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zalango
5.b. Uploader's email address: alpalmer@gmx.de
5.d. Uploader's profile: http://www.playvid.com/member/zalango
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ICQCFmBRBdr, http://www.playvid.com/watch/RiKdvZgkFQ9,
http://www.playvid.com/watch/Y-A2Jg4jOyA, http://www.playvid.com/watch/8wiRqnHKnR6, http://www.playvid.com/watch/31_zxKBYtqO,
http://www.playvid.com/watch/8WbSdOU5tzO, http://www.playvid.com/watch/gzMOmAVpOBo, http://www.playvid.com/watch/HgRZaQR3eDn,
http://www.playvid.com/watch/Ay_lIQWGwt8, http://www.playvid.com/watch/l_N8BslMxYg, http://www.playvid.com/watch/zGwGQahXc4B,
http://www.playvid.com/watch/b_Da1Pj2NqW, http://www.playvid.com/watch/aaPtHHNi5FL, http://www.playvid.com/watch/EtE3WuMY2tq,
http://www.playvid.com/watch/ZHAxr3ePD9f, http://www.playvid.com/watch/aI1heKtaiZ5, http://www.playvid.com/watch/z1paEPXkOBP,
http://www.playvid.com/watch/RKcyLUr-zhg, http://www.playvid.com/watch/yKBnZ1EFULO, http://www.playvid.com/watch/lT6qOjXpfML,
http://www.playvid.com/watch/XcTlH0GCoom, http://www.playvid.com/watch/d56JvjkJZNV, http://www.playvid.com/watch/X6kshglbOKh,
http://www.playvid.com/watch/iQVkuQrc5Rc, http://www.playvid.com/watch/JFhplHuJM23, http://www.playvid.com/watch/unDKGFJuiEc,
http://www.playvid.com/watch/ZLh840nrz07, http://www.playvid.com/watch/m0pKtUNJYL7, http://www.playvid.com/watch/ymrUgDUchlG,
http://www.playvid.com/watch/2C7e7AqMysU, http://www.playvid.com/watch/2ceDRMQwHpV, http://www.playvid.com/watch/uYZSRgHzaLm,
http://www.playvid.com/watch/f2Xhpz3BF4c, http://www.playvid.com/watch/l4dRB3O5Yp2, http://www.playvid.com/watch/OToPqS8Cvxh,
http://www.playvid.com/watch/4r8NuRiGZ82, http://www.playvid.com/watch/AKghIW3DTQh, http://www.playvid.com/watch/GUYFGrziizn,
http://www.playvid.com/watch/zjsO_jR5z8n, http://www.playvid.com/watch/xEeO5M8VI0H, http://www.playvid.com/watch/727JTeOTm1t,
http://www.playvid.com/watch/4JcEKWmF24n, http://www.playvid.com/watch/MAufqC4hEM0, http://www.playvid.com/watch/9wMLVuTJJTv,
http://www.playvid.com/watch/v_Kqq6YpXzv, http://www.playvid.com/watch/ly5rU3ZLc8m, http://www.playvid.com/watch/XHqCNi8-Fig,
http://www.playvid.com/watch/J1dlkI-02io, http://www.playvid.com/watch/Ud0Vwp1I69G, http://www.playvid.com/watch/JPYPAZYK6te,
http://www.playvid.com/watch/CPlahiK7BXe, http://www.playvid.com/watch/5JALRuef_AT, http://www.playvid.com/watch/hLpqASS-qnt,
http://www.playvid.com/watch/fJHp-FU7IJk, http://www.playvid.com/watch/XylH_Pp3sWb, http://www.playvid.com/watch/kr07fh-ByRj,
http://www.playvid.com/watch/g9PYHTGe0nk, http://www.playvid.com/watch/SE1erVrSWwA, http://www.playvid.com/watch/4iJYOh2pQNP,
http://www.playvid.com/watch/2XLQawdwPUu, http://www.playvid.com/watch/fKJZw577PUi, http://www.playvid.com/watch/DW-aaEkf2p7,
http://www.playvid.com/watch/iaNFYSC1Ttz, http://www.playvid.com/watch/mYZ5Sv3aalg, http://www.playvid.com/watch/OXpXmS8Uxzz,
http://www.playvid.com/watch/igOMxbCpsM3, http://www.playvid.com/watch/MaS6AZni0MP, http://www.playvid.com/watch/VzfsNKY6zea,
http://www.playvid.com/watch/y8PbbLpS7HK, http://www.playvid.com/watch/kmAnM0_L9RV, http://www.playvid.com/watch/Zw5k2QRIbhp,
http://www.playvid.com/watch/7VWNGCgXyEk, http://www.playvid.com/watch/hDeVTOXq-Sc, http://www.playvid.com/watch/I2zwBUHMJ_G,
http://www.playvid.com/watch/RlZMllhtePt, http://www.playvid.com/watch/aBKQOyGgzZx, http://www.playvid.com/watch/9GHClWj6Xct,
http://www.playvid.com/watch/yjm53iCAtYC, http://www.playvid.com/watch/3_TXY_99okq, http://www.playvid.com/watch/ICvDsfO7Dw4,
http://www.playvid.com/watch/O3_mQuREiAH, http://www.playvid.com/watch/pvEuGzQ3AK3, http://www.playvid.com/watch/GdIpzApzLwL,
http://www.playvid.com/watch/GuZtJLGqHpM, http://www.playvid.com/watch/tJ_kEI4IlLS, http://www.playvid.com/watch/lT-peP_zruw,
http://www.playvid.com/watch/CYh5s1JS6vI, http://www.playvid.com/watch/PhOZNSfkiZF, http://www.playvid.com/watch/yK1IOJukFqM,
http://www.playvid.com/watch/MANCGrgq60K, http://www.playvid.com/watch/NcMNDMv88RV, http://www.playvid.com/watch/h4EFmRKDdQb,
http://www.playvid.com/watch/NmRpwpInpqR, http://www.playvid.com/watch/F3mCIRQowTO, http://www.playvid.com/watch/oUErbHXxThB,
http://www.playvid.com/watch/RBND_C-oK-5, http://www.playvid.com/watch/n3rXyOuzukC, http://www.playvid.com/watch/0Ms10jBncew,
http://www.playvid.com/watch/iD-wW9T7bjV, http://www.playvid.com/watch/0VSc6zrsJqT, http://www.playvid.com/watch/dYQU8Vj_w5S,
http://www.playvid.com/watch/BA9Sg38EHxj, http://www.playvid.com/watch/0TF4tT_0DCH, http://www.playvid.com/watch/0SUKSzANM4x,
http://www.playvid.com/watch/i-cyzNUa_1b, http://www.playvid.com/watch/iLD2LT6oRuE, http://www.playvid.com/watch/cfPJESDBWWR,
http://www.playvid.com/watch/4OxDBthDCmQ, http://www.playvid.com/watch/Kcpw8lucIL4, http://www.playvid.com/watch/qNtDuo9-fvN,
http://www.playvid.com/watch/7kUH0ybe7RW, http://www.playvid.com/watch/cvYavEaw9c6, http://www.playvid.com/watch/Hxo6VjvGDor,
http://www.playvid.com/watch/AptJF-b-XAn, http://www.playvid.com/watch/dDjvvSzUIhm, http://www.playvid.com/watch/AA99AYZIb1v,
http://www.playvid.com/watch/xL43UtB-5L3, http://www.playvid.com/watch/AMJtLuaKr-O, http://www.playvid.com/watch/RtiLMIz0ZVK,
http://www.playvid.com/watch/2PS_9L-3iHk, http://www.playvid.com/watch/EoOuAInAFDe, http://www.playvid.com/watch/YMu1Vu94WXx,
http://www.playvid.com/watch/MkO2BuvI8Q7, http://www.playvid.com/watch/5GXrkYPIBQP, http://www.playvid.com/watch/HcCzr22B5P9,
http://www.playvid.com/watch/SJKouIpGw5N, http://www.playvid.com/watch/iJqfHRivHBR, http://www.playvid.com/watch/GyHN4lv6zsJ,
http://www.playvid.com/watch/I8B7d6pZ8_P, http://www.playvid.com/watch/WxFSilgMzFc, http://www.playvid.com/watch/0Sf15O697-Y,
http://www.playvid.com/watch/bN_YHEadnA5, http://www.playvid.com/watch/Cn_TX9eGUKB, http://www.playvid.com/watch/Ou56VDlLnst,
http://www.playvid.com/watch/l9S1Ux4Vq4k, http://www.playvid.com/watch/AoNRztBs8-6, http://www.playvid.com/watch/Kj1kTQmcIAY,
http://www.playvid.com/watch/YDlvl1bFTqD, http://www.playvid.com/watch/4CJyB5xbT_y, http://www.playvid.com/watch/cHaifu8KXCU,
http://www.playvid.com/watch/jSdcApGFqvT, http://www.playvid.com/watch/SK9thaZJZfP, http://www.playvid.com/watch/AP42IdbINAd,
http://www.playvid.com/watch/3efv9Hw1-fz, http://www.playvid.com/watch/2nAxdwkJIXk, http://www.playvid.com/watch/bAOJ9P4YId7,
http://www.playvid.com/watch/CVa_O7FQAcQ, http://www.playvid.com/watch/Xcq2EucYGdt, http://www.playvid.com/watch/3wwpf4sLLjA,
http://www.playvid.com/watch/LogTYE6F-xE, http://www.playvid.com/watch/dh3betQmZgY, http://www.playvid.com/watch/kNqTjIqxAf3,
http://www.playvid.com/watch/xUnbXogDPiu, http://www.playvid.com/watch/vcCpYaxmgVq, http://www.playvid.com/watch/3AP99CFT17L,
http://www.playvid.com/watch/V4cFpqTVGVZ, http://www.playvid.com/watch/CnwcSeNgUcb, http://www.playvid.com/watch/Pf47qD30vbJ,
http://www.playvid.com/watch/p6LVj2D5wnS, http://www.playvid.com/watch/rdrUI_JDM4P, http://www.playvid.com/watch/q1zM3-26udx,
http://www.playvid.com/watch/qPidlTSKqWN, http://www.playvid.com/watch/cnbuxDIAbFS, http://www.playvid.com/watch/csjKylFJ1xd,
http://www.playvid.com/watch/F4RNuUrgsm8, http://www.playvid.com/watch/eIJLt2tSUUX, http://www.playvid.com/watch/XbLOqABA5Sa,
http://www.playvid.com/watch/zpL00W5TAJw, http://www.playvid.com/watch/7JWjHOOOOo0, http://www.playvid.com/watch/toBB6wm2vXz,
http://www.playvid.com/watch/cLdXyQevFxf, http://www.playvid.com/watch/8pbdKgtMavd, http://www.playvid.com/watch/v6va-3mBbr9,
http://www.playvid.com/watch/bXLWRo3GpJD, http://www.playvid.com/watch/FW6gO70xVGA, http://www.playvid.com/watch/oiwHUc6DyP7,
http://www.playvid.com/watch/xRShzZhYc_2, http://www.playvid.com/watch/QPNFG3ViojG, http://www.playvid.com/watch/iNCQCDGrJ6J,
http://www.playvid.com/watch/wcQAaISt7cy, http://www.playvid.com/watch/vk9mQVvRfXK, http://www.playvid.com/watch/HSbdEpjHtzG,
http://www.playvid.com/watch/kBIj7KehK0S, http://www.playvid.com/watch/zJ9wA2Zbuz2, http://www.playvid.com/watch/D9r7nTPNxds,
http://www.playvid.com/watch/PPCB3DzdmBF, http://www.playvid.com/watch/oVDRZR3P3O9, http://www.playvid.com/watch/n7gNFbeeQJ7,
http://www.playvid.com/watch/mQ-g2N-fVp9, http://www.playvid.com/watch/nF4clPHbzxb, http://www.playvid.com/watch/RasxN1L0IaO,
http://www.playvid.com/watch/li9Hnhf-Pyj, http://www.playvid.com/watch/6t8viHtrA-p, http://www.playvid.com/watch/fXDdh4cEoMr,
http://www.playvid.com/watch/3XDtJ0W71DS, http://www.playvid.com/watch/989f_YdgQ1l, http://www.playvid.com/watch/f6dU6zHdTGP,
http://www.playvid.com/watch/GWUc_wbU4wz, http://www.playvid.com/watch/Y3PAXeQUqjz, http://www.playvid.com/watch/zib05rulXr0,
http://www.playvid.com/watch/x1YE1zgOupz, http://www.playvid.com/watch/u8G3q5zF3ko, http://www.playvid.com/watch/2xDkBivvm6i,
http://www.playvid.com/watch/npbojdzJyGC, http://www.playvid.com/watch/Ndt5DhqvNPt, http://www.playvid.com/watch/Ih9k0PYAyOV,
http://www.playvid.com/watch/jLnLlJS-Ga8, http://www.playvid.com/watch/8uBtZsnJ_JM, http://www.playvid.com/watch/rkfhwVkpRIY,
http://www.playvid.com/watch/jiQlbHliJic, http://www.playvid.com/watch/92mdL5T8ySt, http://www.playvid.com/watch/kTvZlLWqr1P,
http://www.playvid.com/watch/QqlZCsrEHvK, http://www.playvid.com/watch/vNFi-Inp5i9, http://www.playvid.com/watch/LywmKo_nsxM,
http://www.playvid.com/watch/x0vW9BBGoXk, http://www.playvid.com/watch/FxrtiNrjpOP, http://www.playvid.com/watch/Z3bpaPkG8_K,
http://www.playvid.com/watch/sKWVvCa_hF2, http://www.playvid.com/watch/HeMeUicrQtT, http://www.playvid.com/watch/BDj_ER4Tsa0,
http://www.playvid.com/watch/6qR8RHDVdNo, http://www.playvid.com/watch/Pq9Kqlutrie, http://www.playvid.com/watch/t7vNY6mv2tb,
http://www.playvid.com/watch/wLBjicYQEgv, http://www.playvid.com/watch/U6TIC-jluqT, http://www.playvid.com/watch/obUBeW7jOwR,
http://www.playvid.com/watch/lQKeYNjp6mE, http://www.playvid.com/watch/Fz_qDMGDqSZ, http://www.playvid.com/watch/U5FaIlz211X,
http://www.playvid.com/watch/OAJanjAdU4P, http://www.playvid.com/watch/GomiegBJuhC, http://www.playvid.com/watch/duvceUtPIle,
http://www.playvid.com/watch/0X0u3YGmOGY
5.f. Date of third notice: 2014-07-01
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zaymideneg
5.b. Uploader's email address: alexashot@rambler.ru
5.d. Uploader's profile: http://www.playvid.com/member/zaymideneg
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Sz8ZkRfvVAv, http://www.playvid.com/watch/Fk49L1-YLes,
http://www.playvid.com/watch/O4of4syvfhT, http://www.playvid.com/watch/D_NaVadk8NZ, http://www.playvid.com/watch/MO8hcZmiQ29,

http://www.playvid.com/watch/yDUiSKXrCBO, http://www.playvid.com/watch/xqrGAoeopZq, http://www.playvid.com/watch/oJD_qSRv1io,
http://www.playvid.com/watch/jfA1Z3p-TGu, http://www.playvid.com/watch/ZCMkYOK9tnt, http://www.playvid.com/watch/samvyscrPuE,
http://www.playvid.com/watch/k_nKoOGlRP7, http://www.playvid.com/watch/kX0tr8EmM25, http://www.playvid.com/watch/bc9m9-MIPx0,
http://www.playvid.com/watch/eUYUb79lXv4, http://www.playvid.com/watch/fIM13d7CyQE, http://www.playvid.com/watch/Gm5cdB5ZqrB,
http://www.playvid.com/watch/S7VTMBYlMHh, http://www.playvid.com/watch/WTowhhBWyDn, http://www.playvid.com/watch/Uh3bj68wm9t,
http://www.playvid.com/watch/jrWSYcSMX1R, http://www.playvid.com/watch/tw3WlyDhmNJ, http://www.playvid.com/watch/30GlWI8fWVr,
http://www.playvid.com/watch/d2NSAK-O4IE, http://www.playvid.com/watch/v8BE3f_LSk6, http://www.playvid.com/watch/s85oiYlJXLo,
http://www.playvid.com/watch/ABetUlh_Vll, http://www.playvid.com/watch/p_oKOLlbI2Y, http://www.playvid.com/watch/vuVSt8OtbeQ,
http://www.playvid.com/watch/CEvUAUo8GvW, http://www.playvid.com/watch/LhoYVRn3FDc, http://www.playvid.com/watch/9DiO1TZSkwK,
http://www.playvid.com/watch/Pu7mGBEOhbN, http://www.playvid.com/watch/MlJD5AGBzqN, http://www.playvid.com/watch/7m2eF4Qt8iM,
http://www.playvid.com/watch/XW1FL_8FVlj, http://www.playvid.com/watch/TvqdOOzyRYi, http://www.playvid.com/watch/4kQ2EbuZC0b,
http://www.playvid.com/watch/9jZ5JCc7bg6, http://www.playvid.com/watch/mDJL0Q_Y1UV, http://www.playvid.com/watch/NgPRNTGfqRn,
http://www.playvid.com/watch/gOy_EK6ZOCv, http://www.playvid.com/watch/02yDLz4fCqN, http://www.playvid.com/watch/nwTPsRNr0Si,
http://www.playvid.com/watch/hmPo7IbTLiE, http://www.playvid.com/watch/s9psICdFrDm, http://www.playvid.com/watch/rAiDdqrQRR7,
http://www.playvid.com/watch/nP2tcMVEPPD, http://www.playvid.com/watch/4Zu5jP3Yczr, http://www.playvid.com/watch/RX_CpnVScDH,
http://www.playvid.com/watch/KQzeL_3GP6Q, http://www.playvid.com/watch/sU3WZsbwGAq, http://www.playvid.com/watch/VTpqLbccFIv,
http://www.playvid.com/watch/Wy7SoHK3nx8, http://www.playvid.com/watch/8KLkc8EmPlg, http://www.playvid.com/watch/der1xW_YYXj,
http://www.playvid.com/watch/9a-zf7zdHnt, http://www.playvid.com/watch/3g-hVTf_bLS, http://www.playvid.com/watch/b6QFalzQnGt,
http://www.playvid.com/watch/oQEubXAQCbh, http://www.playvid.com/watch/SM7CgVgiKPp, http://www.playvid.com/watch/F-C9CmhHkaV,
http://www.playvid.com/watch/GtqK4nGDIfw, http://www.playvid.com/watch/tGdPYR0swLW, http://www.playvid.com/watch/DXcWl9C9hcC,
http://www.playvid.com/watch/pFwPCGBDF7Q, http://www.playvid.com/watch/Xu2wYbHKJcP, http://www.playvid.com/watch/DxtZdMwPbVu,
http://www.playvid.com/watch/VIAbANPgonb, http://www.playvid.com/watch/anvHTraLM-Z, http://www.playvid.com/watch/9MozmABYVva,
http://www.playvid.com/watch/w785jrAstnT, http://www.playvid.com/watch/pRIUyWXpUVV, http://www.playvid.com/watch/LWXF6nsullH,
http://www.playvid.com/watch/pce524YGprZ, http://www.playvid.com/watch/4zj_NF2t2-k, http://www.playvid.com/watch/Ej5IOUBSlkw,
http://www.playvid.com/watch/eE6bbecqKFq, http://www.playvid.com/watch/Dm6ptRklOXk, http://www.playvid.com/watch/3813xKUnZC4,
http://www.playvid.com/watch/JcdD7KGbtKc, http://www.playvid.com/watch/OidBcPl0l4r, http://www.playvid.com/watch/Qj3YK_gVAaC,
http://www.playvid.com/watch/Yz3M0r6zZ_l, http://www.playvid.com/watch/5Gv8GEYTX9e, http://www.playvid.com/watch/Nk3NmCJhx5n,
http://www.playvid.com/watch/aufsLQrgebl, http://www.playvid.com/watch/0bGdXmOHu7P, http://www.playvid.com/watch/DdtyWJXY4ze,
http://www.playvid.com/watch/ltQSUuHEIKn, http://www.playvid.com/watch/PZxvX7XBsYh, http://www.playvid.com/watch/hoVls5fUmEr,
http://www.playvid.com/watch/hlgltRCWFZS, http://www.playvid.com/watch/bBecpvEvKzY, http://www.playvid.com/watch/O2N5OIAgzik,
http://www.playvid.com/watch/M4Ym3K_n_4C, http://www.playvid.com/watch/fGvLOWCf1g0, http://www.playvid.com/watch/U3XyTEmXXkq,
http://www.playvid.com/watch/71TfpaQFU3S, http://www.playvid.com/watch/ujCPj8oMGZW, http://www.playvid.com/watch/AUu5y991tou,
http://www.playvid.com/watch/SSezyS_0kw2, http://www.playvid.com/watch/NijOCJO3ayE, http://www.playvid.com/watch/xa6raSP39RH,
http://www.playvid.com/watch/fkv6Aece3Ct, http://www.playvid.com/watch/53iz2UDaU1Y, http://www.playvid.com/watch/nxZNn8yrPVC,
http://www.playvid.com/watch/ZeWD2PXPXed, http://www.playvid.com/watch/m7TViKLauJ0, http://www.playvid.com/watch/Cbswc5klfLa,
http://www.playvid.com/watch/enHj2N3sdBl, http://www.playvid.com/watch/KtvVMl7rvoU, http://www.playvid.com/watch/muH4MWWq6Gw,
http://www.playvid.com/watch/i_yTRugXg6d, http://www.playvid.com/watch/VILX2VOY8hL, http://www.playvid.com/watch/d9TSLCmlXnd,
http://www.playvid.com/watch/5hdbjQ9ob8y, http://www.playvid.com/watch/0IibKrPw07J, http://www.playvid.com/watch/vSagQGzNx3g,
http://www.playvid.com/watch/NnjopVByDtm, http://www.playvid.com/watch/M5URocnxJNt, http://www.playvid.com/watch/61-N3C6qeul,
http://www.playvid.com/watch/8uEYumyWWRl, http://www.playvid.com/watch/6rxKDc57cEq, http://www.playvid.com/watch/YZiaiAqiUNO,
http://www.playvid.com/watch/nYASNnkKpaY, http://www.playvid.com/watch/7RZB0iZ2H2c, http://www.playvid.com/watch/AN6A4Bnjifc,
http://www.playvid.com/watch/Vq5GLe--MK3, http://www.playvid.com/watch/GyuiLkVz62a, http://www.playvid.com/watch/XRXcF3CcYYw,
http://www.playvid.com/watch/WuL1z77N7J8, http://www.playvid.com/watch/gJv-SU8lLjK, http://www.playvid.com/watch/ojayisjyjbQ,
http://www.playvid.com/watch/GX5dMUl1GuW, http://www.playvid.com/watch/gHvv_21wJiX, http://www.playvid.com/watch/UEm2CekT_Aw,
http://www.playvid.com/watch/ioVB89JFbWU, http://www.playvid.com/watch/X0hMBi1EvCn, http://www.playvid.com/watch/sBSVzVf4Euc,
http://www.playvid.com/watch/YVx4VXy9ALR, http://www.playvid.com/watch/jsKVrhvinWF, http://www.playvid.com/watch/cdt4J_qJ2KP,
http://www.playvid.com/watch/62KVTCNurbJ, http://www.playvid.com/watch/eQJ2d1mltqU, http://www.playvid.com/watch/wQKgOSVHGm9,
http://www.playvid.com/watch/uvbG9dTKSXG, http://www.playvid.com/watch/nTrnJP32VpZ, http://www.playvid.com/watch/qk0uNIsof99,
http://www.playvid.com/watch/sq_X7_CXE_2, http://www.playvid.com/watch/Yan1Yud730y, http://www.playvid.com/watch/YR31KGirmyV,
http://www.playvid.com/watch/THNr6zSr4rX, http://www.playvid.com/watch/eKMe6c_A3LW, http://www.playvid.com/watch/HPzY-8VGrGy,
http://www.playvid.com/watch/wyY8SCxfSOU, http://www.playvid.com/watch/99NJJ7izU0O, http://www.playvid.com/watch/zwWcbgH0crC,
http://www.playvid.com/watch/SvNhHF1uNqp, http://www.playvid.com/watch/I41KGFqHBB4, http://www.playvid.com/watch/rVU2nkbjh6Q,
http://www.playvid.com/watch/Yysu8xCJj5B, http://www.playvid.com/watch/LViGlknzBL6, http://www.playvid.com/watch/D6TcG9c3ymD,
http://www.playvid.com/watch/JNYDmuOIyFm, http://www.playvid.com/watch/oCAqSV00LTp, http://www.playvid.com/watch/NXIAdgn0sUP,
http://www.playvid.com/watch/Mdiw_PixUoX, http://www.playvid.com/watch/M7018KsKLH3, http://www.playvid.com/watch/EGmrU5VFfSI
5.f. Date of third notice: 2014-04-12
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Zectorporn
5.b. Uploader's email address: mygoldencock69@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/Zectorporn
5.e. List of videos posted by uploader: http://www.playvid.com/watch/-JH75fhxRlY, http://www.playvid.com/watch/eodhVyY2OEX,
http://www.playvid.com/watch/VtqdI8LWBLe, http://www.playvid.com/watch/P8W94HiqeZZ, http://www.playvid.com/watch/QIgCOP7Ziz0,
http://www.playvid.com/watch/-FuOmyTGJoe, http://www.playvid.com/watch/OzvLrx0FVCd, http://www.playvid.com/watch/98aVvQQcdRH,
http://www.playvid.com/watch/mpJsN2GUxri, http://www.playvid.com/watch/8M9er6OZbae, http://www.playvid.com/watch/7xy2BgF-6g6,
http://www.playvid.com/watch/gqeV4rkRbyQ, http://www.playvid.com/watch/nsGgEopWQzL, http://www.playvid.com/watch/PL4mtJPMw-c,
http://www.playvid.com/watch/TmuNBdU4I4W, http://www.playvid.com/watch/FBEEyJTnKR7, http://www.playvid.com/watch/n0J7DXmKOza,
http://www.playvid.com/watch/3oJyPtdNBQa, http://www.playvid.com/watch/y5puZ0wz4dB, http://www.playvid.com/watch/0lMevCy4EJa,
http://www.playvid.com/watch/2Z3wlXYRsHo, http://www.playvid.com/watch/KWPRSAYzWzm, http://www.playvid.com/watch/Hi5lAfjjKCz,
http://www.playvid.com/watch/8lQtU8Ml8oR, http://www.playvid.com/watch/ZsaxhZhERbF, http://www.playvid.com/watch/FcS2o49n87Y,
http://www.playvid.com/watch/ZpXMwA0K-P9, http://www.playvid.com/watch/5g8B-5wby7N, http://www.playvid.com/watch/XI7-Lmzy0XG,
http://www.playvid.com/watch/oZSusva03am, http://www.playvid.com/watch/eKHqHpDXejD, http://www.playvid.com/watch/cH-myBCpnEA,
http://www.playvid.com/watch/gODSXt9kNyp
5.f. Date of third notice: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zekys
5.b. Uploader's email address: zekybanana@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zekys
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dOwUnYB3bwO, http://www.playvid.com/watch/su3j-UpQu4y,
http://www.playvid.com/watch/Mxz2wNxPUlD, http://www.playvid.com/watch/dVPmyeI58HB, http://www.playvid.com/watch/9WOXJkMdSEC,
http://www.playvid.com/watch/52J7q-j7azN, http://www.playvid.com/watch/U5bCSdAxH3C, http://www.playvid.com/watch/YWsJLCbvR8G,
http://www.playvid.com/watch/6BIpAZMH7Jh, http://www.playvid.com/watch/ErzGvgbm0ER, http://www.playvid.com/watch/eeFYODhbwF5,
http://www.playvid.com/watch/jx5-bVjq9wU, http://www.playvid.com/watch/w3tIIwjOXBp, http://www.playvid.com/watch/OGR4N8I8ApB,
http://www.playvid.com/watch/H3raGYQU42p, http://www.playvid.com/watch/-ywc6uWfS74, http://www.playvid.com/watch/SxMZUv22wLt,
http://www.playvid.com/watch/sRp3LXhUIUq, http://www.playvid.com/watch/BEzS0aon4ET, http://www.playvid.com/watch/mMz6893OAiU,
http://www.playvid.com/watch/2ajg6Phku78, http://www.playvid.com/watch/Dxmc7JIzYmh, http://www.playvid.com/watch/qAuMVZ5jZWv,
http://www.playvid.com/watch/kzrKgxlJ9wA, http://www.playvid.com/watch/L4hjE9SeHX1, http://www.playvid.com/watch/iUI9Fv6NYOf,
http://www.playvid.com/watch/sJbdNUZC21j, http://www.playvid.com/watch/kRq-vRWkIWs, http://www.playvid.com/watch/4bMmRWbKliB,
http://www.playvid.com/watch/ykcZhsWYAbg, http://www.playvid.com/watch/DmkByK6VACj, http://www.playvid.com/watch/i-PQ-Mf7nbf,
http://www.playvid.com/watch/HBtDBxJuc3b, http://www.playvid.com/watch/lZsqCL9w5u8, http://www.playvid.com/watch/zs9VFGjTlSl,
http://www.playvid.com/watch/7uzO5yTsEJW, http://www.playvid.com/watch/g3AVKFAPquZ, http://www.playvid.com/watch/j5WiwodDBRE,
http://www.playvid.com/watch/k-SJAlifz0r, http://www.playvid.com/watch/GmSEWolNyA3, http://www.playvid.com/watch/UtGtWbOD65y,
http://www.playvid.com/watch/onaV9zxAIjj, http://www.playvid.com/watch/Bft6BBJwOMg, http://www.playvid.com/watch/VKszFFhzVrm,
http://www.playvid.com/watch/qGi4Lnhi2yQ, http://www.playvid.com/watch/6LQdVaT90Oo, http://www.playvid.com/watch/5Gikt8QdhD7,
http://www.playvid.com/watch/w2j5nIMfrnb, http://www.playvid.com/watch/N3mqAshCsgV, http://www.playvid.com/watch/cz_87T6G2CO,

http://www.playvid.com/watch/Eb0ZtedtpTC, http://www.playvid.com/watch/i-exjsn3OBj, http://www.playvid.com/watch/OHaI5b1IIFt, http://www.playvid.com/watch/naNj4tL6HsT, http://www.playvid.com/watch/bNWaNHCHRgB, http://www.playvid.com/watch/UWKp7s8dfet, http://www.playvid.com/watch/PwSj2MHxilu, http://www.playvid.com/watch/d74_Txk5D7J, http://www.playvid.com/watch/Rkkc4rguOaV, http://www.playvid.com/watch/QZFB9ov_GSA, http://www.playvid.com/watch/T0Wfo-eH7h2, http://www.playvid.com/watch/hAaULT_Cx6j, http://www.playvid.com/watch/USVLl2Jmrim, http://www.playvid.com/watch/HVBx6caeJmE, http://www.playvid.com/watch/22mmZLJjV33, http://www.playvid.com/watch/YnlZYqjtIBP, http://www.playvid.com/watch/FsiGKdNqnmW, http://www.playvid.com/watch/95vJFV-wOYw, http://www.playvid.com/watch/s3gQoSv7Lg0, http://www.playvid.com/watch/KtvbLui5Zp0, http://www.playvid.com/watch/qsx8GcjuzBk, http://www.playvid.com/watch/TXHpEk-luGb, http://www.playvid.com/watch/u4bqGwl6E1P, http://www.playvid.com/watch/Xd1qEP1H9Qm, http://www.playvid.com/watch/vfR7YlsWkUA, http://www.playvid.com/watch/sjzlzKH3dfW, http://www.playvid.com/watch/2JkA0LcX8on, http://www.playvid.com/watch/fCCInkredgp, http://www.playvid.com/watch/bfGaaTYNE_M, http://www.playvid.com/watch/7ARvo13maDf, http://www.playvid.com/watch/dSH0zc3vn8X, http://www.playvid.com/watch/ImnshAI6Bxq, http://www.playvid.com/watch/75N74BOcIsH, http://www.playvid.com/watch/uuz_ML0Dp_N, http://www.playvid.com/watch/KblbN1SHQov, http://www.playvid.com/watch/RPgYmsSHZXz, http://www.playvid.com/watch/RAWXNReGVGc, http://www.playvid.com/watch/bSMlHzhOOQu, http://www.playvid.com/watch/S9tZ_L53OyX, http://www.playvid.com/watch/oIP-uJQXz29, http://www.playvid.com/watch/rfoIpodsOYo, http://www.playvid.com/watch/D0HdsilQnFA, http://www.playvid.com/watch/xRTxn67YVMj, http://www.playvid.com/watch/X3XubNNZ8qK, http://www.playvid.com/watch/q6NvmK5IXTe, http://www.playvid.com/watch/nUjR9qY7NCe, http://www.playvid.com/watch/PC0nAbknYjt, http://www.playvid.com/watch/faj5rL8i8wN, http://www.playvid.com/watch/6jUqjU7Ku5p, http://www.playvid.com/watch/EFmP1i6hYho, http://www.playvid.com/watch/i1PkqLNuRVF, http://www.playvid.com/watch/q9IXLAQ_Ucw, http://www.playvid.com/watch/K_tUGPOWnpS, http://www.playvid.com/watch/QkuFtLA2cah, http://www.playvid.com/watch/AVKptkTRwtd, http://www.playvid.com/watch/ict75_yLeMM, http://www.playvid.com/watch/dxQIS58jhSJ, http://www.playvid.com/watch/5KMO-LEB9yY, http://www.playvid.com/watch/g5EClTwBWAN, http://www.playvid.com/watch/gqr0fyuGc49, http://www.playvid.com/watch/TWO4BGwPU5K, http://www.playvid.com/watch/BdRUZrLPO1m, http://www.playvid.com/watch/hCSaEbjEcKA, http://www.playvid.com/watch/eee1gf2EEX5, http://www.playvid.com/watch/6KCKgegtVpN, http://www.playvid.com/watch/L_VKPAYMomW, http://www.playvid.com/watch/AZD-rThNtop, http://www.playvid.com/watch/sm2rIkopuZB, http://www.playvid.com/watch/wv2laDi5O9i, http://www.playvid.com/watch/SovBWdse73B, http://www.playvid.com/watch/e35KV89z2zy, http://www.playvid.com/watch/kMz-0UToGWZ, http://www.playvid.com/watch/F6d4r67BYT2, http://www.playvid.com/watch/m5B5u4E8dAJ, http://www.playvid.com/watch/quo4Y4QY-VT, http://www.playvid.com/watch/57-BfIW87wd, http://www.playvid.com/watch/A_OMPworPiZ, http://www.playvid.com/watch/P1zKUykcudC, http://www.playvid.com/watch/Zv6OSDUUlkA, http://www.playvid.com/watch/dbI_3-_zWN6, http://www.playvid.com/watch/j8gsSzNytKr, http://www.playvid.com/watch/5I-kIsIFrNE, http://www.playvid.com/watch/djDadokHh8J, http://www.playvid.com/watch/69TV1IrIk2G, http://www.playvid.com/watch/UrgxiFcOhYk, http://www.playvid.com/watch/FKkhxXmGdBZ, http://www.playvid.com/watch/7exUQfXUpIA, http://www.playvid.com/watch/zj_vJVG93Ec, http://www.playvid.com/watch/KpWPkRxbhAb, http://www.playvid.com/watch/IOHOUUIVm8a, http://www.playvid.com/watch/wG1TwN8iwIt, http://www.playvid.com/watch/elH07qKTAVk, http://www.playvid.com/watch/lUZMNFsQcV6, http://www.playvid.com/watch/z8gcOSyVAZK, http://www.playvid.com/watch/JfyAeddhUMH, http://www.playvid.com/watch/l60UXIn0S1H, http://www.playvid.com/watch/fSIwCvkVrBW, http://www.playvid.com/watch/kM8e5qMnIy3, http://www.playvid.com/watch/VjmdwQ-ScGa, http://www.playvid.com/watch/42vcwVgClvr, http://www.playvid.com/watch/Jbma51gL2si, http://www.playvid.com/watch/DOD_YgJtyQm, http://www.playvid.com/watch/nFwHDuQl53c, http://www.playvid.com/watch/OnyUPFGPTCZ, http://www.playvid.com/watch/b6N_i5M5gFJ, http://www.playvid.com/watch/CGX-jXclVH7, http://www.playvid.com/watch/2dTk63iucoJ, http://www.playvid.com/watch/DFRwpU-iH3W, http://www.playvid.com/watch/gKEWeowhuqo, http://www.playvid.com/watch/KLXsbfXUnPp, http://www.playvid.com/watch/Zk4nE5MkwJc, http://www.playvid.com/watch/kYeE5Pv0LNj
5.f. Date of third notice: 2014-09-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zenk
5.b. Uploader's email address: fafik1234@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zenk
5.e. List of videos posted by uploader: http://www.playvid.com/watch/8t5GOLAlN0Y, http://www.playvid.com/watch/hKIlHCwAopn, http://www.playvid.com/watch/pwtASjv8Gj9, http://www.playvid.com/watch/hiScJ6F8yqX, http://www.playvid.com/watch/gDHym6MZqqK, http://www.playvid.com/watch/frH4--63WYK, http://www.playvid.com/watch/BFbKYKYQ-7o, http://www.playvid.com/watch/KXqjZ2Brsvj, http://www.playvid.com/watch/yjImuRWrhaD, http://www.playvid.com/watch/r0KLKIH7yEN, http://www.playvid.com/watch/dHVsuIX5oTl, http://www.playvid.com/watch/G3I0HtbPEzS, http://www.playvid.com/watch/AMEf2f-eLVf, http://www.playvid.com/watch/gTK83Uqwsrp, http://www.playvid.com/watch/tBkvSwyvoRt, http://www.playvid.com/watch/jX7Iv3iavGV, http://www.playvid.com/watch/cKIp40IotjV, http://www.playvid.com/watch/omQVHHhejc7, http://www.playvid.com/watch/9pEPTGdMTYV, http://www.playvid.com/watch/QLCJ2tOt6Kx, http://www.playvid.com/watch/zhrK7N0d8QT, http://www.playvid.com/watch/6bi3jXyaI4n, http://www.playvid.com/watch/tKcPqsxIU-J, http://www.playvid.com/watch/r6ZZBGQJkXD, http://www.playvid.com/watch/j8p8UsOpxU9, http://www.playvid.com/watch/i2LWnLJBnaZ, http://www.playvid.com/watch/gzFDV9fpqlO, http://www.playvid.com/watch/LpYYrHyM9d9, http://www.playvid.com/watch/LIiDuvx4wng, http://www.playvid.com/watch/qyKUaeXOny-, http://www.playvid.com/watch/qn7jdJUBL4E, http://www.playvid.com/watch/ZpmlNtAYO3o, http://www.playvid.com/watch/GK2hEiJqPyH, http://www.playvid.com/watch/XJK8ZFfIPMm, http://www.playvid.com/watch/yEj2z7PQrGQ, http://www.playvid.com/watch/YUjBavfBMV5, http://www.playvid.com/watch/x39lMqanvvC, http://www.playvid.com/watch/XktNG2I7wzj, http://www.playvid.com/watch/Z97Sg2Gd0Yf, http://www.playvid.com/watch/PQKKFtS3NS3, http://www.playvid.com/watch/RL0bm9uerIn, http://www.playvid.com/watch/rvEcF7jciKu, http://www.playvid.com/watch/Dky7QtYx9hA, http://www.playvid.com/watch/oPmjUBVY3Qz, http://www.playvid.com/watch/586y8XJebTa, http://www.playvid.com/watch/kgxMZK34dra, http://www.playvid.com/watch/NZYMXPOB4kG, http://www.playvid.com/watch/ldXl0SboCDN, http://www.playvid.com/watch/ixxnSifA7Nv, http://www.playvid.com/watch/iY6J-0v4BSY, http://www.playvid.com/watch/ubovwUcMevl, http://www.playvid.com/watch/e0uUQVD3jk6, http://www.playvid.com/watch/qdjOqg6b6ba, http://www.playvid.com/watch/cV2CPLBkBMj, http://www.playvid.com/watch/Bw6JNj3lRyw, http://www.playvid.com/watch/N6huIOOBb8t, http://www.playvid.com/watch/dCk-bMxd09o, http://www.playvid.com/watch/Rc2O8gA98IU, http://www.playvid.com/watch/sHqQSHNoJEQ, http://www.playvid.com/watch/rZtmpZOpOmh, http://www.playvid.com/watch/cnuUprWR6KQ, http://www.playvid.com/watch/GcoLuXmBIgF, http://www.playvid.com/watch/rxnsly8eETz, http://www.playvid.com/watch/ovKGsMpjTe7, http://www.playvid.com/watch/iCYUdF63bR0, http://www.playvid.com/watch/7Mr95-JcfRG, http://www.playvid.com/watch/W-RFthIOFeq, http://www.playvid.com/watch/JcOoTGSipHg, http://www.playvid.com/watch/kdNFozJMdrO, http://www.playvid.com/watch/ceAFdUBn-tG, http://www.playvid.com/watch/yZHf0c9w3wJ, http://www.playvid.com/watch/zlTBMIeNUWs, http://www.playvid.com/watch/arQqnI87GlG, http://www.playvid.com/watch/zW5vbxC4Yyg, http://www.playvid.com/watch/lthvnXJHwOJ, http://www.playvid.com/watch/NI6xjhwms26, http://www.playvid.com/watch/zVtsj9HgEIu, http://www.playvid.com/watch/ZUCvMoOdl5x, http://www.playvid.com/watch/4-7TUKDl8T8, http://www.playvid.com/watch/FAGftgXo5YZ, http://www.playvid.com/watch/0Mmat7nk7XT, http://www.playvid.com/watch/Ktrwxa0kS7v, http://www.playvid.com/watch/P7qfFSxv6HH, http://www.playvid.com/watch/iDgf2xvd7UM, http://www.playvid.com/watch/tGGfh-AFftU, http://www.playvid.com/watch/Uco7PRCRiZu, http://www.playvid.com/watch/2epxiYQBTmp, http://www.playvid.com/watch/tNJS54HtL6y, http://www.playvid.com/watch/XhtmKyPyriJ, http://www.playvid.com/watch/UpgoaDJdgVb, http://www.playvid.com/watch/0Qler-xVJ3C, http://www.playvid.com/watch/5ri9vHg6oMc, http://www.playvid.com/watch/R0NwsmOJss8, http://www.playvid.com/watch/HLMZnUBJtaq, http://www.playvid.com/watch/TJwbIVbI0KM, http://www.playvid.com/watch/88KgUpXbvuq, http://www.playvid.com/watch/Q9TSOwgS0OL, http://www.playvid.com/watch/kBXhrAal7Ng, http://www.playvid.com/watch/2Xfc7PUVsqt, http://www.playvid.com/watch/mvH3BdAsNuB, http://www.playvid.com/watch/gA4UxaUKHhC, http://www.playvid.com/watch/33ItkgkU0BZ, http://www.playvid.com/watch/JbxeVEdOFar, http://www.playvid.com/watch/vZsTol0CjcT, http://www.playvid.com/watch/6eskBkcGrPG, http://www.playvid.com/watch/jLmt4w27IcU, http://www.playvid.com/watch/rxmCojg8QWs, http://www.playvid.com/watch/afBH9tpeDKX, http://www.playvid.com/watch/qUicNDa-DPF, http://www.playvid.com/watch/Qrq-6qoHkJW, http://www.playvid.com/watch/XFXot9t4ak4, http://www.playvid.com/watch/pqvhbFhmnal, http://www.playvid.com/watch/ghEnoHAgLfz, http://www.playvid.com/watch/7vHxKEDaWId, http://www.playvid.com/watch/GuOcnr2qgko, http://www.playvid.com/watch/CGdvZn2NO8c, http://www.playvid.com/watch/hkzQGX-8KpY, http://www.playvid.com/watch/bxqAT8ceTtW, http://www.playvid.com/watch/P-uUGJ4QtRh, http://www.playvid.com/watch/H6dzWqS48oh, http://www.playvid.com/watch/PUNcY7SOwbq, http://www.playvid.com/watch/6xDuO4k0bfB, http://www.playvid.com/watch/BrM6E8oLLKM, http://www.playvid.com/watch/bSUdJFGKzjf, http://www.playvid.com/watch/TydWzWxmjY9, http://www.playvid.com/watch/poIvFHEyRvk, http://www.playvid.com/watch/om0fB4sDywm, http://www.playvid.com/watch/tyiSu3EQbBK, http://www.playvid.com/watch/GkvATSTOjwG, http://www.playvid.com/watch/f3iS6qqmyhD, http://www.playvid.com/watch/KTThB8r6Mkn, http://www.playvid.com/watch/uNImgw4FkRp, http://www.playvid.com/watch/UzYGPqgtrHC, http://www.playvid.com/watch/42c7wcUpWfF, http://www.playvid.com/watch/2owg3rPphV6, http://www.playvid.com/watch/-6RmwqXRiap, http://www.playvid.com/watch/iXA5BxSwHPU, http://www.playvid.com/watch/9Dw-fQigUNM, http://www.playvid.com/watch/ZbD2oSFRjKZ, http://www.playvid.com/watch/ThIO0ejYu9a, http://www.playvid.com/watch/zxgyBBs4C4v, http://www.playvid.com/watch/GIM2ctoBC0F, http://www.playvid.com/watch/CwZQh-SxPv3, http://www.playvid.com/watch/pNagTm239cS, http://www.playvid.com/watch/nuhAe5g0eoP, http://www.playvid.com/watch/swqxhRbUND-, http://www.playvid.com/watch/uRSRkY9obPy, http://www.playvid.com/watch/A5IFumblVSo, http://www.playvid.com/watch/57WzkXr2ZDU, http://www.playvid.com/watch/OkwdXYFeq-p, http://www.playvid.com/watch/cSGHcphsT0V, http://www.playvid.com/watch/er4kYlwez84, http://www.playvid.com/watch/y0H63LmtUhp, http://www.playvid.com/watch/0onawGLYKvu, http://www.playvid.com/watch/rD-xNuRyM4r,

http://www.playvid.com/watch/-t2TG2jI0O-, http://www.playvid.com/watch/URIj-avans7, http://www.playvid.com/watch/rqldL2x5U6o,
http://www.playvid.com/watch/RDDTQm4FmGm, http://www.playvid.com/watch/arwpbyzg6-J, http://www.playvid.com/watch/KLVm-GcD-CE,
http://www.playvid.com/watch/EcJItbzIr9l, http://www.playvid.com/watch/csjwz8TFlVR, http://www.playvid.com/watch/cgqmjhZjozc,
http://www.playvid.com/watch/MQrV7VeOl8l, http://www.playvid.com/watch/tkLpIw7oC0r, http://www.playvid.com/watch/CgJwlCo59TI,
http://www.playvid.com/watch/g5ZxCfFBAmf, http://www.playvid.com/watch/cvKoO268AYC, http://www.playvid.com/watch/3kPn72FnXi7,
http://www.playvid.com/watch/RXm7yhXnYmQ, http://www.playvid.com/watch/eErOmKtrXfE, http://www.playvid.com/watch/GbQwo2f9S2f,
http://www.playvid.com/watch/7wnbr2dEING, http://www.playvid.com/watch/R4L80xz3E9D, http://www.playvid.com/watch/XemWoVm3M4C,
http://www.playvid.com/watch/tti4hk9GKYL, http://www.playvid.com/watch/XAR3L4xeJnh, http://www.playvid.com/watch/tUMewRIwL06,
http://www.playvid.com/watch/V9IvDebe83D, http://www.playvid.com/watch/P4zEY8S9rJU, http://www.playvid.com/watch/3x0hT5BFDn0,
http://www.playvid.com/watch/hnbHfYAYwIE, http://www.playvid.com/watch/PpOrxn7nPgW, http://www.playvid.com/watch/yWkxgatKxaE,
http://www.playvid.com/watch/Vt6QE-5Uh03, http://www.playvid.com/watch/qHojCTwjC83, http://www.playvid.com/watch/V-J4fZEkD6a,
http://www.playvid.com/watch/kmIwDT39NJ3, http://www.playvid.com/watch/5-WQF4nkj6f, http://www.playvid.com/watch/YFROHwEH35N,
http://www.playvid.com/watch/3D6uIrojuj8, http://www.playvid.com/watch/nghFkt0jgwo, http://www.playvid.com/watch/XX2xak3DYWm,
http://www.playvid.com/watch/cX2tq6uOYlu, http://www.playvid.com/watch/wqsmgqlUc-E, http://www.playvid.com/watch/sFoxSs2k0cl,
http://www.playvid.com/watch/RX8PDwFzpod, http://www.playvid.com/watch/00DLRqBGZpA, http://www.playvid.com/watch/Il6hhRx2wUL,
http://www.playvid.com/watch/XinBtZIAC8f, http://www.playvid.com/watch/teRmRZFph7j, http://www.playvid.com/watch/S2rRmyhAkdQ,
http://www.playvid.com/watch/RhZ6Wllzhqa, http://www.playvid.com/watch/SFRxXFbQN7d, http://www.playvid.com/watch/pEIpU6an-2P,
http://www.playvid.com/watch/rfb7hIUPdGT, http://www.playvid.com/watch/GxITUDzcKol, http://www.playvid.com/watch/DYoja2awWCg,
http://www.playvid.com/watch/9GGPolNNlNn, http://www.playvid.com/watch/dsb6koga2Vs, http://www.playvid.com/watch/dEVCYSMac50,
http://www.playvid.com/watch/0r4b5Eaem39, http://www.playvid.com/watch/ykhS582XE0Z, http://www.playvid.com/watch/E0IDWmAYkiT,
http://www.playvid.com/watch/ZtCKTTIgosJ, http://www.playvid.com/watch/Gra8fdvcEMo, http://www.playvid.com/watch/hofyop2DdRC,
http://www.playvid.com/watch/n4g4T-oZak0, http://www.playvid.com/watch/XPLSGz92rDg, http://www.playvid.com/watch/8MJueHtMu6V,
http://www.playvid.com/watch/ay0MBLbNE8y, http://www.playvid.com/watch/2aey0RMAyNP, http://www.playvid.com/watch/OSR0A7J3rV5,
http://www.playvid.com/watch/gjj4akfX7at, http://www.playvid.com/watch/Gs93Q9S-4pE, http://www.playvid.com/watch/RjyZjpcgZmC,
http://www.playvid.com/watch/aM428mOKYyh, http://www.playvid.com/watch/ckU0FiITgbd, http://www.playvid.com/watch/79cXQ8f9wEH,
http://www.playvid.com/watch/B63PAo9daTt, http://www.playvid.com/watch/uyEWBY2RBXB, http://www.playvid.com/watch/vldONn53qpr,
http://www.playvid.com/watch/qcmw40v3TrF, http://www.playvid.com/watch/oVD2IaATqxl, http://www.playvid.com/watch/rEj9V8Uwv4u,
http://www.playvid.com/watch/eBY3wrCebkn, http://www.playvid.com/watch/kp5PsMonbVp, http://www.playvid.com/watch/6ECZCqt2uKP,
http://www.playvid.com/watch/CVicDQ6EHDe, http://www.playvid.com/watch/yuS0QKue6hm, http://www.playvid.com/watch/Q9fhYuUCf9l,
http://www.playvid.com/watch/USBxVCAxwfI, http://www.playvid.com/watch/zk8UAxYRxOr, http://www.playvid.com/watch/hhWqmaDrjDJ,
http://www.playvid.com/watch/Bxn-YBpn0-r, http://www.playvid.com/watch/7Efnod6En6K, http://www.playvid.com/watch/lzHL6QtycjO,
http://www.playvid.com/watch/yQZyhvfuhJl, http://www.playvid.com/watch/TZtM4UE84P7, http://www.playvid.com/watch/seQefbTeqDq,
http://www.playvid.com/watch/njfbBCPUWM5, http://www.playvid.com/watch/NTyp7rDYcWC, http://www.playvid.com/watch/vcHEPucLqQ0,
http://www.playvid.com/watch/bjCv-vDY3eq, http://www.playvid.com/watch/vTXmvp5uG8X, http://www.playvid.com/watch/uaM2YVVNLXd,
http://www.playvid.com/watch/TEY5l4NXC9D, http://www.playvid.com/watch/N2ha2kSaiB6, http://www.playvid.com/watch/4jVxS5W5Rbe,
http://www.playvid.com/watch/IiTYfAZxCM6, http://www.playvid.com/watch/ooyOh42EqVp, http://www.playvid.com/watch/KofUqzVj4BD,
http://www.playvid.com/watch/OayhDImFDM8, http://www.playvid.com/watch/YfyhBIlmR3t, http://www.playvid.com/watch/zOcntb62pYG,
http://www.playvid.com/watch/acnmpSFxtNy, http://www.playvid.com/watch/JPcHeGfhUQd, http://www.playvid.com/watch/aKKvbflWDyq,
http://www.playvid.com/watch/sZ8KMIIFVp5, http://www.playvid.com/watch/9-qZJu0UGM7, http://www.playvid.com/watch/LAGq8FH-vzD,
http://www.playvid.com/watch/0dfDAvtdXU2, http://www.playvid.com/watch/3x7PDLG2GB6, http://www.playvid.com/watch/rYRbYW7P2KD,
http://www.playvid.com/watch/un5Ws6yTVdy, http://www.playvid.com/watch/g3AjEsyA3Uo, http://www.playvid.com/watch/t8Wsi3fshe8,
http://www.playvid.com/watch/nPgIufJSDop, http://www.playvid.com/watch/7d8iqE8OQ8j, http://www.playvid.com/watch/tjPjmCu-Zsn,
http://www.playvid.com/watch/kJYkiufFmiH, http://www.playvid.com/watch/tIgT-ApkuZJ, http://www.playvid.com/watch/TzKQWNwSQkc,
http://www.playvid.com/watch/PVSEh-h7Vm0, http://www.playvid.com/watch/OoL3KmBiI8u, http://www.playvid.com/watch/59J59xsxvJj,
http://www.playvid.com/watch/ome7I6jh46-, http://www.playvid.com/watch/hsY9FKXQy9v, http://www.playvid.com/watch/iTUNinY46oK,
http://www.playvid.com/watch/tkuqopmRidv, http://www.playvid.com/watch/qsgJwD4jn3c, http://www.playvid.com/watch/HB7xou4dZK4,
http://www.playvid.com/watch/Sjmu8kJN9O4, http://www.playvid.com/watch/BPQpBDSNQRF, http://www.playvid.com/watch/iwr72Xq3GHM,
http://www.playvid.com/watch/N95OoVfdfDW, http://www.playvid.com/watch/EQExFOp7lZO, http://www.playvid.com/watch/nmk3Q2nU0AP,
http://www.playvid.com/watch/nH59sy766eh, http://www.playvid.com/watch/lRFBrlLjboL, http://www.playvid.com/watch/ZDAOhOTFC3K,
http://www.playvid.com/watch/XQFhLHd6T6F, http://www.playvid.com/watch/wDojedovVD0, http://www.playvid.com/watch/99PwwMqEPlM,
http://www.playvid.com/watch/KadpggPP5W3, http://www.playvid.com/watch/xf2R8sENuXu, http://www.playvid.com/watch/ke56YXX9T3J,
http://www.playvid.com/watch/pA9GHlJWbZK, http://www.playvid.com/watch/5AeyZ9lObIU, http://www.playvid.com/watch/IIeuNLUaohJ,
http://www.playvid.com/watch/krmAmv7iAJf, http://www.playvid.com/watch/93tGBkaJrjX, http://www.playvid.com/watch/R6FfxWtECH6,
http://www.playvid.com/watch/t0fJqykiBIX, http://www.playvid.com/watch/KbZigQ2xtU6, http://www.playvid.com/watch/8SuU8gIIODm,
http://www.playvid.com/watch/xhyuQa9no0Q, http://www.playvid.com/watch/EDPijPCpEUi, http://www.playvid.com/watch/pA7T7tcxgll,
http://www.playvid.com/watch/Yu57d2Z8hhk, http://www.playvid.com/watch/wPw2EdlTC6o, http://www.playvid.com/watch/FdlR7rDu-qS,
http://www.playvid.com/watch/6RVzjvmNUSR, http://www.playvid.com/watch/-8Rl6K--Yyq, http://www.playvid.com/watch/ZfDOND0kCRC,
http://www.playvid.com/watch/X6yTAFWYeSP, http://www.playvid.com/watch/x4NfDpqbRtL, http://www.playvid.com/watch/7Oq6eMNjjNl,
http://www.playvid.com/watch/zPEhqYCvmux, http://www.playvid.com/watch/ngFh83W7md9, http://www.playvid.com/watch/dIFjydlbZuy,
http://www.playvid.com/watch/EDJXFgnyN6J, http://www.playvid.com/watch/JFU34pSRaXN, http://www.playvid.com/watch/gqCfg5wC3ue,
http://www.playvid.com/watch/mxltwZMJiCA, http://www.playvid.com/watch/W337eRTkm8Y, http://www.playvid.com/watch/zzgGoI3FX4c,
http://www.playvid.com/watch/5FbWnUf6P2j, http://www.playvid.com/watch/tCfuH0au09v, http://www.playvid.com/watch/fOPErSgFsDe,
http://www.playvid.com/watch/a2RcALARjTR, http://www.playvid.com/watch/DeEzqOeNerE, http://www.playvid.com/watch/VujkUfs8MAg,
http://www.playvid.com/watch/KbUNTyk892H, http://www.playvid.com/watch/UBN5BjWyTtU, http://www.playvid.com/watch/TEvbijAy0Jk,
http://www.playvid.com/watch/QFnvgvCEJTN, http://www.playvid.com/watch/mO4BnwSppR7, http://www.playvid.com/watch/OZ4syiBZ5wp,
http://www.playvid.com/watch/fx4eyrnsHPX, http://www.playvid.com/watch/XwMZAjTe3RI, http://www.playvid.com/watch/xSn7ZQ6HyIc,
http://www.playvid.com/watch/LK73ZL5X8JW, http://www.playvid.com/watch/0UDd2tKTqrO, http://www.playvid.com/watch/Dup26KYZmXU,
http://www.playvid.com/watch/CjqdvocztBW, http://www.playvid.com/watch/-QUgrLIu7nF, http://www.playvid.com/watch/SYpLByisSgt,
http://www.playvid.com/watch/J3yfIl7XAqF, http://www.playvid.com/watch/6vgBQQqZyLu, http://www.playvid.com/watch/FM53yqX3bFL,
http://www.playvid.com/watch/ONGL3BTZ0eq, http://www.playvid.com/watch/KVOZ0B-ic-N, http://www.playvid.com/watch/O5wLJJc6Q7g,
http://www.playvid.com/watch/nWWEbXm3JgT, http://www.playvid.com/watch/fY0xEUfqo7u, http://www.playvid.com/watch/NBdFeJbCW2H,
http://www.playvid.com/watch/Hthsp2UJgli, http://www.playvid.com/watch/sGSpepyO96L, http://www.playvid.com/watch/dYZELq0LyU9,
http://www.playvid.com/watch/HbOOkEA0ont, http://www.playvid.com/watch/Zz-XhZfxAID, http://www.playvid.com/watch/VbkdLZAajeX,
http://www.playvid.com/watch/p4s9eUg-u3s, http://www.playvid.com/watch/GvalzVcqLs-, http://www.playvid.com/watch/LVQSRpDgml2,
http://www.playvid.com/watch/5QKWONA4Bqg, http://www.playvid.com/watch/M5doI5URHDi, http://www.playvid.com/watch/wTaAU3d4yvd,
http://www.playvid.com/watch/MJghR2ogJzP, http://www.playvid.com/watch/JK0wv9RW8mB, http://www.playvid.com/watch/QSVCQcanaSX,
http://www.playvid.com/watch/dxVn855apot, http://www.playvid.com/watch/DWNzEq8Bh9h, http://www.playvid.com/watch/uGhkF4QwlUo,
http://www.playvid.com/watch/PTC5hznNJ-3, http://www.playvid.com/watch/2yU-Y9Mx8FK, http://www.playvid.com/watch/Wy47sf5IvwQ,
http://www.playvid.com/watch/HnN0Pu-aA3u, http://www.playvid.com/watch/7QclR56Aoks, http://www.playvid.com/watch/fbuPXcKcC4i,
http://www.playvid.com/watch/9OCWT8JicV8, http://www.playvid.com/watch/8t239f4jzQm, http://www.playvid.com/watch/Duas3PeK3hF,
http://www.playvid.com/watch/tyAdDWxEcPZ, http://www.playvid.com/watch/s-QHWA6HYN9, http://www.playvid.com/watch/R7637ILWYsM,
http://www.playvid.com/watch/jPgpF7ekS4n, http://www.playvid.com/watch/IOmf7Ys8h7T, http://www.playvid.com/watch/XLgNP5VrIYO,
http://www.playvid.com/watch/r40KrvrNSUb, http://www.playvid.com/watch/SJfvIvkZTfl, http://www.playvid.com/watch/XYkrCWjp5LS,
http://www.playvid.com/watch/dONqq0uBsHt, http://www.playvid.com/watch/dx0yFZUCMzo, http://www.playvid.com/watch/k4EcC0e2Th6,
http://www.playvid.com/watch/FPGLqnRh6Kh, http://www.playvid.com/watch/T5CpXJTJpiY, http://www.playvid.com/watch/MPTnXV6-NXT,
http://www.playvid.com/watch/m355FAmqcDn, http://www.playvid.com/watch/3FUh3Qaz5bm, http://www.playvid.com/watch/LbiMQ6smgBR,
http://www.playvid.com/watch/g3rA5rG7Yvn, http://www.playvid.com/watch/Y6o8z48iaMl, http://www.playvid.com/watch/96slJuUV-CV,
http://www.playvid.com/watch/ecwKjG622TS, http://www.playvid.com/watch/oLUMwnb4GLd, http://www.playvid.com/watch/Q5WXqgIdS0E,
http://www.playvid.com/watch/Kt37jvNnQNa, http://www.playvid.com/watch/9RmrhMuv8kA, http://www.playvid.com/watch/ISLuMgqyIUc,
http://www.playvid.com/watch/WcV-ouzpNzj, http://www.playvid.com/watch/4HfPCmZbQKJ, http://www.playvid.com/watch/oGK6mvPFrov,
http://www.playvid.com/watch/xcFT24vKzNq, http://www.playvid.com/watch/0lAz9g7rn8s, http://www.playvid.com/watch/URIGgLglmx8,
http://www.playvid.com/watch/2vCKG05W8is, http://www.playvid.com/watch/vMzDIMNy5vz, http://www.playvid.com/watch/ET0ExO4DgN-,
http://www.playvid.com/watch/4nOsoBC8Nz4, http://www.playvid.com/watch/lzvs7JTFvWn, http://www.playvid.com/watch/dJhzTyK9e89,
http://www.playvid.com/watch/fZrfTfdHAfV, http://www.playvid.com/watch/UPlqglrcvJr, http://www.playvid.com/watch/6kfHLkmIthx,
http://www.playvid.com/watch/sOMlkymkYKF, http://www.playvid.com/watch/ltRK4xrNWXf, http://www.playvid.com/watch/XM07SJLt--5,
http://www.playvid.com/watch/zOvMiCreJzh, http://www.playvid.com/watch/0WvgohyrJFK, http://www.playvid.com/watch/tEWzoekKbNj,

http://www.playvid.com/watch/4b7LCpksi3A, http://www.playvid.com/watch/pD57kKo08Ri, http://www.playvid.com/watch/FppyP44rECo,
http://www.playvid.com/watch/nTWORdB5EuV, http://www.playvid.com/watch/mWhKHgW2V8D, http://www.playvid.com/watch/heD7BnTSk9s,
http://www.playvid.com/watch/69F6rwIi2jN, http://www.playvid.com/watch/UvHKn96vjJ5, http://www.playvid.com/watch/6rOFvtqIsfx,
http://www.playvid.com/watch/KBgZzeLKg0G, http://www.playvid.com/watch/RgwhI2UzGUh, http://www.playvid.com/watch/Pp3a5VmvkEl,
http://www.playvid.com/watch/nvmBJIQAVBj, http://www.playvid.com/watch/yHj79fIsDiX, http://www.playvid.com/watch/5qK9ohWUD-t,
http://www.playvid.com/watch/f4uu8N-dDLQ, http://www.playvid.com/watch/BVu8ErCtiYM, http://www.playvid.com/watch/vPIF-WOlT-d,
http://www.playvid.com/watch/VdrvcsDNg9d, http://www.playvid.com/watch/iMRjkvL2IH7, http://www.playvid.com/watch/kAp7EHkLS4H,
http://www.playvid.com/watch/NuILnof6lus, http://www.playvid.com/watch/VGqAl89fNhG, http://www.playvid.com/watch/ATBrehC4-qp,
http://www.playvid.com/watch/bAZ-ElO592O, http://www.playvid.com/watch/AcVwrZHtQmQ, http://www.playvid.com/watch/-oBohrQJA0U,
http://www.playvid.com/watch/VERpeo-lsBh, http://www.playvid.com/watch/bxwX7rmOt9i, http://www.playvid.com/watch/rnA7jsUSgOI,
http://www.playvid.com/watch/PBCVccKz9qF, http://www.playvid.com/watch/HgG85Dq7gFY, http://www.playvid.com/watch/zWoH0coIxdw,
http://www.playvid.com/watch/tgMe229c-Ac, http://www.playvid.com/watch/FnpWv0hh52j, http://www.playvid.com/watch/LLYRqlcxpRc,
http://www.playvid.com/watch/Jf78R7GvgY2, http://www.playvid.com/watch/mOOfjdXt4L3, http://www.playvid.com/watch/YPnuEe4RzuE,
http://www.playvid.com/watch/dB3vLFC385I, http://www.playvid.com/watch/vj9GBwJDxVY, http://www.playvid.com/watch/kGUZsa73K2f,
http://www.playvid.com/watch/tsI30GYjUUl, http://www.playvid.com/watch/8e-p-loEonI, http://www.playvid.com/watch/cmEJsLzqaEi,
http://www.playvid.com/watch/t79qXvNb7Qi, http://www.playvid.com/watch/nSL3FrXuOpv, http://www.playvid.com/watch/IKZJpQN68te,
http://www.playvid.com/watch/PCiqlIINIKH, http://www.playvid.com/watch/-7K3QB4NWfE, http://www.playvid.com/watch/G5Yb7jATXdP,
http://www.playvid.com/watch/hkSKYrxRqIR, http://www.playvid.com/watch/KdGIFqlQc5H, http://www.playvid.com/watch/NXg0RpU-g3v,
http://www.playvid.com/watch/Z8xfFBqjbIe, http://www.playvid.com/watch/Y9jufFwyMW5, http://www.playvid.com/watch/HhwhOYNrClU,
http://www.playvid.com/watch/fT7UfqYdnzN, http://www.playvid.com/watch/NRQYyuNQw3P, http://www.playvid.com/watch/7nr7pJiyD2F,
http://www.playvid.com/watch/kcr59-v-CZl, http://www.playvid.com/watch/wbe-KMpvVIm, http://www.playvid.com/watch/KP-lXnOirc9,
http://www.playvid.com/watch/8rCwLQfQq2S, http://www.playvid.com/watch/xid-pWKhM0t, http://www.playvid.com/watch/nsy8mmM9hNK,
http://www.playvid.com/watch/VMcDArk3Xqt, http://www.playvid.com/watch/sDbsGDkIL0b, http://www.playvid.com/watch/NcKpaf5UR2N,
http://www.playvid.com/watch/cJaLkmy8JzD, http://www.playvid.com/watch/oqBKBGemhP3, http://www.playvid.com/watch/sfwUhSkejw-,
http://www.playvid.com/watch/XKBdH-qCdE-, http://www.playvid.com/watch/Yuz-m9tENf0, http://www.playvid.com/watch/Sc2Aznj8lNU,
http://www.playvid.com/watch/vK0ihDjy68b, http://www.playvid.com/watch/6-0ZPlPD3RK, http://www.playvid.com/watch/eFhsCuU85eh,
http://www.playvid.com/watch/ZOLkASQIe4R, http://www.playvid.com/watch/ADjnOWTMamh, http://www.playvid.com/watch/rvwV4EsbKlz,
http://www.playvid.com/watch/pZmJlXFOYcJ, http://www.playvid.com/watch/hzcJOdOq9jo, http://www.playvid.com/watch/H0SjRWA8ydR,
http://www.playvid.com/watch/JfW2YoWNjC6, http://www.playvid.com/watch/9BvGdUw5edN, http://www.playvid.com/watch/cwSGiPO5e5T,
http://www.playvid.com/watch/mebGJXQywTD, http://www.playvid.com/watch/T5yyh94Ewbr, http://www.playvid.com/watch/8wlUHcP8T-r,
http://www.playvid.com/watch/camWukT34UT, http://www.playvid.com/watch/hRtkIm-ywEM, http://www.playvid.com/watch/uUdYP7KlDIS,
http://www.playvid.com/watch/YyCBJEFaORR, http://www.playvid.com/watch/FuROjfeCk0R, http://www.playvid.com/watch/O-dkCO6xMgG,
http://www.playvid.com/watch/F2mk9jXknqO, http://www.playvid.com/watch/DtS0slvNYi-, http://www.playvid.com/watch/bfFX0beaeaR,
http://www.playvid.com/watch/DRrSsnv6A0p, http://www.playvid.com/watch/Eu-5ctrYVlc, http://www.playvid.com/watch/Fgjxj4Yq7oL,
http://www.playvid.com/watch/elFSDJXHTkC, http://www.playvid.com/watch/YbZjr2AXY75, http://www.playvid.com/watch/IWlsmcxOlcP,
http://www.playvid.com/watch/gUfQfxHz9rw, http://www.playvid.com/watch/MPeSdqG64AK, http://www.playvid.com/watch/Cg5voykzOWa,
http://www.playvid.com/watch/BdFFCnxa97Z, http://www.playvid.com/watch/lOpcuw2Xw9Z, http://www.playvid.com/watch/O7HWel2AgNy,
http://www.playvid.com/watch/wdsqfRTzwwv, http://www.playvid.com/watch/7H5WKeAkrir, http://www.playvid.com/watch/GYIESelUM9t,
http://www.playvid.com/watch/Uf6IA5wqAdC, http://www.playvid.com/watch/x-4lj8-TlvD, http://www.playvid.com/watch/Iazp-UwEGeE,
http://www.playvid.com/watch/-YF5uRQmid2, http://www.playvid.com/watch/TJ8bm6N2V00, http://www.playvid.com/watch/T-tkoVmql02,
http://www.playvid.com/watch/NUwwHyncuJZ, http://www.playvid.com/watch/pbnPBNO9XRz, http://www.playvid.com/watch/jJgIgbcXk7C,
http://www.playvid.com/watch/LEOEE6w2KtD, http://www.playvid.com/watch/JelrJVHoLUo, http://www.playvid.com/watch/NZMgNgPAJIR,
http://www.playvid.com/watch/rr0peabGWR8, http://www.playvid.com/watch/zjBDDjKn-Y2, http://www.playvid.com/watch/QfCsQpYcpW0,
http://www.playvid.com/watch/WU4wo7nqEPh, http://www.playvid.com/watch/xgl4ZblMSbZ, http://www.playvid.com/watch/jbFGc5sj6Ja,
http://www.playvid.com/watch/x8rnoSEjilM, http://www.playvid.com/watch/aTzt9boiaU8, http://www.playvid.com/watch/06OQxjEEZRZ,
http://www.playvid.com/watch/pX8p2CmXeWh, http://www.playvid.com/watch/lKydUwh-6hg, http://www.playvid.com/watch/A4EV7BCkV8J,
http://www.playvid.com/watch/IX4hBagdp5X, http://www.playvid.com/watch/XHfUMKJJ6TY, http://www.playvid.com/watch/7qjYpp-7eeE,
http://www.playvid.com/watch/ndd2m28Ggrj, http://www.playvid.com/watch/4XRmakMEzsj, http://www.playvid.com/watch/s8Emukcgpfv,
http://www.playvid.com/watch/N7pNRMOEdoj, http://www.playvid.com/watch/C0ebrUiG28I, http://www.playvid.com/watch/roNisTuPutZ,
http://www.playvid.com/watch/Zhqz6RYKVQ6, http://www.playvid.com/watch/Vo6hfzA5K4j, http://www.playvid.com/watch/GVgoK4AjsnY,
http://www.playvid.com/watch/uYS-gtcBMRr, http://www.playvid.com/watch/tDGljNG3-Gj, http://www.playvid.com/watch/H26kRwRxbhG,
http://www.playvid.com/watch/8-PwUxQgynx, http://www.playvid.com/watch/dEkk63kV3lz, http://www.playvid.com/watch/c5XmMQn7x0K,
http://www.playvid.com/watch/TztehV4rpk0, http://www.playvid.com/watch/zdne5ytqV3f, http://www.playvid.com/watch/mGvuBITy0WF,
http://www.playvid.com/watch/5-9WUT83i2d, http://www.playvid.com/watch/4vMqn-tFjym, http://www.playvid.com/watch/8vlCU59saWg,
http://www.playvid.com/watch/JKMmc--ZQNS, http://www.playvid.com/watch/HqgsstWjyDL, http://www.playvid.com/watch/CDKVVBiQEbU,
http://www.playvid.com/watch/flNs6Xs59E-, http://www.playvid.com/watch/3Bx8Jhe0eIb, http://www.playvid.com/watch/TuUhiMJL2yJ,
http://www.playvid.com/watch/Kk2W5AVbOvv, http://www.playvid.com/watch/QFPmsE5VZyI, http://www.playvid.com/watch/twXg6gbvE-O,
http://www.playvid.com/watch/2bMdzqf9AIR, http://www.playvid.com/watch/QTh90JMTK5A, http://www.playvid.com/watch/uwCpRBSGppS,
http://www.playvid.com/watch/BKNOlMdqWDZ, http://www.playvid.com/watch/F7suYz3pwYX, http://www.playvid.com/watch/47sCtdUoXPS,
http://www.playvid.com/watch/FrGgr6veOqZ, http://www.playvid.com/watch/jtukob3xowX, http://www.playvid.com/watch/hG79nJwujC6,
http://www.playvid.com/watch/DVvwJmFBeHN, http://www.playvid.com/watch/YwmKo-btWqC, http://www.playvid.com/watch/5ThE-Ffckbl,
http://www.playvid.com/watch/vWf07M3Svof, http://www.playvid.com/watch/dcw6ChepgQe, http://www.playvid.com/watch/KtKIO202pln,
http://www.playvid.com/watch/AeuxpFlGS8E, http://www.playvid.com/watch/cjJhf0DVooZ, http://www.playvid.com/watch/LnuLJM4r7D9,
http://www.playvid.com/watch/r-QHAV0CDOI, http://www.playvid.com/watch/O9JQ8LBIW6A, http://www.playvid.com/watch/8iRSV5oK2w5,
http://www.playvid.com/watch/07RCyHFHKyQ, http://www.playvid.com/watch/65-RPU3mj7Y, http://www.playvid.com/watch/RwQR4Ye9OoG,
http://www.playvid.com/watch/wg-9R8iTUlH, http://www.playvid.com/watch/0psbEuchF0t, http://www.playvid.com/watch/XC3rvX8rdTP,
http://www.playvid.com/watch/8o2rRifxKuE, http://www.playvid.com/watch/nPnGKrw6Lua, http://www.playvid.com/watch/OydRigNEtBl,
http://www.playvid.com/watch/jqPzMnPcNDw, http://www.playvid.com/watch/cOWi5860-ci, http://www.playvid.com/watch/nDvv6WeEi3X,
http://www.playvid.com/watch/p7HffE5tGwe, http://www.playvid.com/watch/2tqqImB92qS, http://www.playvid.com/watch/8TOXsBOXuP-,
http://www.playvid.com/watch/CXqG0IwCS6N, http://www.playvid.com/watch/orYuiOkGbSW, http://www.playvid.com/watch/C08UU3PtVh5,
http://www.playvid.com/watch/oxUvFj-yX2M, http://www.playvid.com/watch/kbIM03wrBdg, http://www.playvid.com/watch/6ZZCKG2jLvP,
http://www.playvid.com/watch/GxSQpRt7VAV, http://www.playvid.com/watch/cju8pIbELL5, http://www.playvid.com/watch/dFkJ0Pv-4-2,
http://www.playvid.com/watch/-gGsDIbN0xB, http://www.playvid.com/watch/SGJMUoxNl3z, http://www.playvid.com/watch/CGISRh-UrQJ,
http://www.playvid.com/watch/GmpSCVYuuqN, http://www.playvid.com/watch/nL-KUtNUegi, http://www.playvid.com/watch/x-urpudBYHO,
http://www.playvid.com/watch/tRafr0MhRgR, http://www.playvid.com/watch/-vhG2hOn883, http://www.playvid.com/watch/4ZqpEoa5Cy3,
http://www.playvid.com/watch/mIddaBKQGcw, http://www.playvid.com/watch/jNZqrNRmG3t, http://www.playvid.com/watch/90cycNvzW9X,
http://www.playvid.com/watch/t2-YQNjzEIe, http://www.playvid.com/watch/wXjcmP0-7KC, http://www.playvid.com/watch/DtGZxgRApjs,
http://www.playvid.com/watch/8qGzck6jUa4, http://www.playvid.com/watch/HQWcsHxLLMc, http://www.playvid.com/watch/D6W3kKWF8Gj,
http://www.playvid.com/watch/Xp8ytmfCOdh, http://www.playvid.com/watch/5irvgGJQGys, http://www.playvid.com/watch/LEGVjU3UvxR,
http://www.playvid.com/watch/Z4AibCzAMCs, http://www.playvid.com/watch/h9IApmEmnhU, http://www.playvid.com/watch/2475ktTKtwE,
http://www.playvid.com/watch/nH0FljcjQja, http://www.playvid.com/watch/R0cRwqYnQ-n, http://www.playvid.com/watch/7UOHKnu0Nfp,
http://www.playvid.com/watch/B2PJpb3rExT, http://www.playvid.com/watch/hcLllk60U6F, http://www.playvid.com/watch/prnDmTTOaxx,
http://www.playvid.com/watch/5v6AvHk79hj, http://www.playvid.com/watch/T7i08PKZYRn, http://www.playvid.com/watch/jSXwjASLnVR,
http://www.playvid.com/watch/BptOfYDKAW6, http://www.playvid.com/watch/oqdSTsFPtED, http://www.playvid.com/watch/KdWokR5xkN6,
http://www.playvid.com/watch/wuhbzvAW0vc, http://www.playvid.com/watch/K2nR55b9w9T, http://www.playvid.com/watch/XU6DDwWJMGT,
http://www.playvid.com/watch/ZLtmWuHp9ja, http://www.playvid.com/watch/gnRUIS9Psgf, http://www.playvid.com/watch/Pyfrwilv4oV,
http://www.playvid.com/watch/PdJ-h82xSnM, http://www.playvid.com/watch/vkVqorGkiHr, http://www.playvid.com/watch/rXK8rz88uqj,
http://www.playvid.com/watch/PYpXCgm7DZ7, http://www.playvid.com/watch/a55ElkrP39K, http://www.playvid.com/watch/hs4TNhZpYYY,
http://www.playvid.com/watch/MEeyhn3-TeS, http://www.playvid.com/watch/GNhZSQCbCmd, http://www.playvid.com/watch/BqwOpwItrpE,
http://www.playvid.com/watch/vKhXgSvso6e, http://www.playvid.com/watch/uk4FALcxoJ0, http://www.playvid.com/watch/m7ytz8u8VZA,
http://www.playvid.com/watch/Bi2SGAL7Yfz, http://www.playvid.com/watch/jSzYLx9fhgx, http://www.playvid.com/watch/v33rP0JzfmX,
http://www.playvid.com/watch/ralRkAzNKWQ, http://www.playvid.com/watch/l3vA0dLaNqd, http://www.playvid.com/watch/aAV6d4N2szd,
http://www.playvid.com/watch/6yEsaxAsXje, http://www.playvid.com/watch/gtGDuxhcHq7, http://www.playvid.com/watch/m3H-ksztpS-,
http://www.playvid.com/watch/iWmhju0wwBx, http://www.playvid.com/watch/ZuqWOxelwY2, http://www.playvid.com/watch/hh7GnwCgTX7,
http://www.playvid.com/watch/EjxEzAzmwvQ, http://www.playvid.com/watch/z77TsVf-rQ5, http://www.playvid.com/watch/RgD9oNK2Vah,
http://www.playvid.com/watch/LIsLCa4oZwA, http://www.playvid.com/watch/dzQpZwMQHcN, http://www.playvid.com/watch/jW6brhXuXVh,

http://www.playvid.com/watch/xVfxxiaqy8W, http://www.playvid.com/watch/FrcwaMir8ui, http://www.playvid.com/watch/OJHdvvpRBHX,
http://www.playvid.com/watch/66XnvoGYQ8N, http://www.playvid.com/watch/NM-tXNRAkJ3, http://www.playvid.com/watch/zQNM5js4DG4,
http://www.playvid.com/watch/-0mA2ulWLoE, http://www.playvid.com/watch/XRQl442O38J, http://www.playvid.com/watch/rJNRW98SpCw,
http://www.playvid.com/watch/YeW2mfwBiNc, http://www.playvid.com/watch/EBAcdyRL0Ke, http://www.playvid.com/watch/2ezpLkvnMAY,
http://www.playvid.com/watch/YcmvtKIm-5I, http://www.playvid.com/watch/sN67HCFZ663, http://www.playvid.com/watch/WgHjhkp2N8v,
http://www.playvid.com/watch/nuy43pbRNar, http://www.playvid.com/watch/N96X5ibw8Cs, http://www.playvid.com/watch/MKNSLTYZfk8,
http://www.playvid.com/watch/nrglsmBdY8u, http://www.playvid.com/watch/vKrjVAEmgzX, http://www.playvid.com/watch/VrqYfU998dv,
http://www.playvid.com/watch/FeQ7kQvU5Vw, http://www.playvid.com/watch/hxkR9xLQrvs, http://www.playvid.com/watch/DhEnRIzFz3x,
http://www.playvid.com/watch/aYc4yY3SXay, http://www.playvid.com/watch/dpmwsZX5SlO, http://www.playvid.com/watch/tUjvl37ikve,
http://www.playvid.com/watch/m3aQYtYzFSm, http://www.playvid.com/watch/I67kynIL5wI, http://www.playvid.com/watch/LwO5EB0bo2Y,
http://www.playvid.com/watch/j66Eh8ofWsQ, http://www.playvid.com/watch/VLU6mRwXdbu, http://www.playvid.com/watch/cFrASoaJRvU,
http://www.playvid.com/watch/HjLoGdsUUuL, http://www.playvid.com/watch/jQoQWnfJ-8Q, http://www.playvid.com/watch/4SFYrlfUnWX,
http://www.playvid.com/watch/YwKfyotyY7o, http://www.playvid.com/watch/QQQdjTY3bLq, http://www.playvid.com/watch/jcjM4u6VSWa,
http://www.playvid.com/watch/8ON4aE6RvKd, http://www.playvid.com/watch/9DVMvCkhdSW, http://www.playvid.com/watch/Sr73FrjJtNj,
http://www.playvid.com/watch/nRSpyfg6yWf, http://www.playvid.com/watch/8pO3N6IQW75, http://www.playvid.com/watch/fLbZFkwB3ui,
http://www.playvid.com/watch/rBcick2Gi5o, http://www.playvid.com/watch/SDTv-d5NyBq, http://www.playvid.com/watch/5xKY2DBHlhR,
http://www.playvid.com/watch/JThkFN-F-P6, http://www.playvid.com/watch/XLcsVs-zwWF, http://www.playvid.com/watch/SMDttoSLOs9,
http://www.playvid.com/watch/M9rccEO70Xd, http://www.playvid.com/watch/Yn7xu68po8q, http://www.playvid.com/watch/BuRDQItr37y,
http://www.playvid.com/watch/NIDkSHnC4g0, http://www.playvid.com/watch/IA4UFL95zHn, http://www.playvid.com/watch/zkd6Brfufhn,
http://www.playvid.com/watch/A2sWl3AaQW0, http://www.playvid.com/watch/ppPi2EPYSKK, http://www.playvid.com/watch/-Rv-YfR2Are,
http://www.playvid.com/watch/496SktenN9b, http://www.playvid.com/watch/dH72YBxje7L, http://www.playvid.com/watch/twGEwmo3clV,
http://www.playvid.com/watch/rKyRCMq5BiO, http://www.playvid.com/watch/xxUJb3n4xLS, http://www.playvid.com/watch/HJF-2ZIf7Kf,
http://www.playvid.com/watch/ZGcgDBcoMI4, http://www.playvid.com/watch/jfFiEEt84Ml, http://www.playvid.com/watch/kls0z36hZbh,
http://www.playvid.com/watch/kFK6uuRHQmd, http://www.playvid.com/watch/nkvntiWmg9v, http://www.playvid.com/watch/tRQKZ-2LQ4c,
http://www.playvid.com/watch/P5iIVgYz9Cu, http://www.playvid.com/watch/EP2zdak7T8a, http://www.playvid.com/watch/dUqldCKqwQ3,
http://www.playvid.com/watch/yS4eERFTFjN, http://www.playvid.com/watch/I82smACBDkA, http://www.playvid.com/watch/8ofwXup7X0n,
http://www.playvid.com/watch/MzmiYqA9cLB, http://www.playvid.com/watch/wyUGi9tibqE, http://www.playvid.com/watch/ZAiz-B8M-ax,
http://www.playvid.com/watch/fW5XZ-MCMDE, http://www.playvid.com/watch/sQjuOJkr0UL, http://www.playvid.com/watch/yCJmudNljKh,
http://www.playvid.com/watch/F29IlqFnwUr, http://www.playvid.com/watch/mnd6FcjOOXv, http://www.playvid.com/watch/iF6FGwTgkQn,
http://www.playvid.com/watch/ss-AEKsn70u, http://www.playvid.com/watch/Po76nfep86i, http://www.playvid.com/watch/-JDMW4l7ZoR,
http://www.playvid.com/watch/bX-JC-A5OJo, http://www.playvid.com/watch/L259z5wLG4r, http://www.playvid.com/watch/6f4EoILSA3K,
http://www.playvid.com/watch/0oS4OAiQNCi, http://www.playvid.com/watch/a-I-uE5t8Gx, http://www.playvid.com/watch/KeJ5FRu0KlX,
http://www.playvid.com/watch/gttbhKIwfdA, http://www.playvid.com/watch/lQguEhWlfDg, http://www.playvid.com/watch/HP0Vd79rV9l,
http://www.playvid.com/watch/x-fCTSrb2PA, http://www.playvid.com/watch/efYn43l5ApS, http://www.playvid.com/watch/6LTXmNf7oDE,
http://www.playvid.com/watch/fVuQaIO5suu, http://www.playvid.com/watch/5mJplUZAvZo, http://www.playvid.com/watch/XGWgVcW55qK,
http://www.playvid.com/watch/vQl8DRE4tB6, http://www.playvid.com/watch/5xqHBg4H3rP, http://www.playvid.com/watch/WfbeVcwqztR,
http://www.playvid.com/watch/7Nnky8fxlip, http://www.playvid.com/watch/t2gKc7YYyzK, http://www.playvid.com/watch/GLR-spsJhp9,
http://www.playvid.com/watch/poKXHlg5BnE, http://www.playvid.com/watch/GGPCRpA85cv, http://www.playvid.com/watch/jW-uEH5Gwja,
http://www.playvid.com/watch/3m0De98sqdp, http://www.playvid.com/watch/bkJ0v7M0Vtl, http://www.playvid.com/watch/SmLBaonTEg8,
http://www.playvid.com/watch/3-GLb48Xwgb, http://www.playvid.com/watch/qVMlfEDR6l-, http://www.playvid.com/watch/RSwivcHj2Hu,
http://www.playvid.com/watch/Ev27ppnXQtQ, http://www.playvid.com/watch/Bf5BbGkYSY5, http://www.playvid.com/watch/r44hm3tEgAH,
http://www.playvid.com/watch/lnYQRiNKVZT, http://www.playvid.com/watch/Ruga6dMKRbj, http://www.playvid.com/watch/QIfNqkUkU5C,
http://www.playvid.com/watch/vbclvXt8Qkd, http://www.playvid.com/watch/XME2HvqElpw, http://www.playvid.com/watch/WlcPGVcj2ni,
http://www.playvid.com/watch/ZUwdzpn57JE, http://www.playvid.com/watch/YVKTSXeY0mU, http://www.playvid.com/watch/arM8MjlSHfj,
http://www.playvid.com/watch/yOiFw9vpzE6, http://www.playvid.com/watch/qbrX8P5SQw8, http://www.playvid.com/watch/UnX2BYe8070,
http://www.playvid.com/watch/jEgZWXzP9Qf, http://www.playvid.com/watch/xSlnHoo9uS-, http://www.playvid.com/watch/KEeg9rY6K5N,
http://www.playvid.com/watch/6L9T3ShcVTL, http://www.playvid.com/watch/Rv7tkNHr8b4, http://www.playvid.com/watch/exkHISE43Py,
http://www.playvid.com/watch/JuiPjgqeZnJ, http://www.playvid.com/watch/hE4fo8quREM, http://www.playvid.com/watch/artyxnEAewC,
http://www.playvid.com/watch/VqM6fZlwDco, http://www.playvid.com/watch/GN6hKgM4JeR, http://www.playvid.com/watch/zavO5B8B-Kv,
http://www.playvid.com/watch/LXB6hm-WmiU, http://www.playvid.com/watch/aFS0IWNQUV5, http://www.playvid.com/watch/r9OJgkLcgtm,
http://www.playvid.com/watch/KAFXps4JeMg, http://www.playvid.com/watch/BEJUBaVpqT7, http://www.playvid.com/watch/J7Puh6bcWTq,
http://www.playvid.com/watch/SkBKK9pCHLq, http://www.playvid.com/watch/LKEY3qcMRew, http://www.playvid.com/watch/wLINvGuWW2v,
http://www.playvid.com/watch/vVikgwyV8t6, http://www.playvid.com/watch/pSGMuOV5tdo, http://www.playvid.com/watch/O4kgFeL0TD5,
http://www.playvid.com/watch/6iZvf3avj8b, http://www.playvid.com/watch/jdVNiI2h2x3, http://www.playvid.com/watch/i2sg9cQ9Nuw,
http://www.playvid.com/watch/gG0-uvRKNWT, http://www.playvid.com/watch/6qlBADkHHqQ, http://www.playvid.com/watch/LPRq6OahxWs,
http://www.playvid.com/watch/wdpfNOBCfnB, http://www.playvid.com/watch/SFLTi2PozRA, http://www.playvid.com/watch/3PofSDJuh5F,
http://www.playvid.com/watch/vG8G8odbJVG, http://www.playvid.com/watch/jTvQNLES3Mh, http://www.playvid.com/watch/5nhfMnEDRmJ,
http://www.playvid.com/watch/JgRZ-bXUdrn, http://www.playvid.com/watch/0ae03TpyObI, http://www.playvid.com/watch/Rpywu8PxGRn,
http://www.playvid.com/watch/wly3c8XckkK, http://www.playvid.com/watch/D7g4FuTxs6p, http://www.playvid.com/watch/BBuerWtWnk9,
http://www.playvid.com/watch/eWvYW3I793k, http://www.playvid.com/watch/Gw2mNs-mwN0, http://www.playvid.com/watch/FaaTb9ASBPC,
http://www.playvid.com/watch/yNeYZKwEeEW, http://www.playvid.com/watch/zmcdz2uH23-, http://www.playvid.com/watch/zWxgSHBPFGp,
http://www.playvid.com/watch/7Bc3VTcnuM8, http://www.playvid.com/watch/ur6afHFHRUQ, http://www.playvid.com/watch/bYwe8ux30Sb,
http://www.playvid.com/watch/ZUM8KOVQbhO, http://www.playvid.com/watch/ksGSM4ne7SD, http://www.playvid.com/watch/h6f4mNqPhsv,
http://www.playvid.com/watch/NtNqA4FVYZG, http://www.playvid.com/watch/tmHUoPDpU8T, http://www.playvid.com/watch/tTVNREJjy0R,
http://www.playvid.com/watch/XI6k0Tmbdob, http://www.playvid.com/watch/bWaOjHg5UGw, http://www.playvid.com/watch/VFmNOS2oAzF,
http://www.playvid.com/watch/47CSmBShj5A, http://www.playvid.com/watch/lChkD6Fo2g7, http://www.playvid.com/watch/ImbUXBjsOfs,
http://www.playvid.com/watch/2OchY8Rk9pH, http://www.playvid.com/watch/eBh3OYUHLJb, http://www.playvid.com/watch/3bTu5FW7wFW,
http://www.playvid.com/watch/jdhcjqcs8UE, http://www.playvid.com/watch/JjV9HBlBKA6, http://www.playvid.com/watch/9Gp2kZKAVC4,
http://www.playvid.com/watch/xGS4mPPvcNa, http://www.playvid.com/watch/ZMKhDnOII3k, http://www.playvid.com/watch/CDlxMv2eyBz,
http://www.playvid.com/watch/qExktRagJIx, http://www.playvid.com/watch/q5JMuigK--0, http://www.playvid.com/watch/6EGHRfFbTgJ,
http://www.playvid.com/watch/QDMMq6LjD2F, http://www.playvid.com/watch/rwgZOxUpIdf, http://www.playvid.com/watch/E4KDv825FlU,
http://www.playvid.com/watch/97iPnhGMzf6, http://www.playvid.com/watch/e4kJkDfpkHw, http://www.playvid.com/watch/NTZlotSBiPF,
http://www.playvid.com/watch/Ut9HeqM3RmO, http://www.playvid.com/watch/SF3w8kD7ea8, http://www.playvid.com/watch/PG9I8vSxxNa,
http://www.playvid.com/watch/8JRUW8ZKsbl, http://www.playvid.com/watch/3n23dZGSDiA, http://www.playvid.com/watch/rFEglZEAs8e,
http://www.playvid.com/watch/A7ELowBXVSm, http://www.playvid.com/watch/33haSJRaPz3, http://www.playvid.com/watch/QSNmOetyWxi,
http://www.playvid.com/watch/g-47yRqJYz5, http://www.playvid.com/watch/rzBoPGR6HlN, http://www.playvid.com/watch/4279SVdo4FJ,
http://www.playvid.com/watch/zFfBjtAwbYn, http://www.playvid.com/watch/YsOVaXFaHmC, http://www.playvid.com/watch/ScmhTkaq-li,
http://www.playvid.com/watch/SCFg5mum7oG, http://www.playvid.com/watch/mDL--enQOEO, http://www.playvid.com/watch/5s07rU7bSLw,
http://www.playvid.com/watch/Tf-fVEul6Sl, http://www.playvid.com/watch/ieVOHqFhNcn, http://www.playvid.com/watch/0TSxNotAl-o,
http://www.playvid.com/watch/raHDr8tadCC, http://www.playvid.com/watch/P9T8dVIXZMm, http://www.playvid.com/watch/cvJDJI6CF-C,
http://www.playvid.com/watch/8ENDjGNZoCt, http://www.playvid.com/watch/mjO8-U7c2dO, http://www.playvid.com/watch/XbNFLhknF9y,
http://www.playvid.com/watch/95-Zqz9aCu5, http://www.playvid.com/watch/5MNqBJoFtxK, http://www.playvid.com/watch/dvTOZYBI3f7,
http://www.playvid.com/watch/IlScse-ANO5, http://www.playvid.com/watch/yxspu8g2PAX, http://www.playvid.com/watch/Zt8HotubOaH,
http://www.playvid.com/watch/axqYbbnP-ke, http://www.playvid.com/watch/0dQXb-nhQMr, http://www.playvid.com/watch/JntgQGrnzd0,
http://www.playvid.com/watch/JlM7djNW7iw, http://www.playvid.com/watch/SYEtn7-oMfW, http://www.playvid.com/watch/FHVts0x8-X5,
http://www.playvid.com/watch/8RKptpwZQnL, http://www.playvid.com/watch/tjZK4HcwzPp, http://www.playvid.com/watch/tgmmOow09zk,
http://www.playvid.com/watch/hmtVl-YtFEx, http://www.playvid.com/watch/HaJlsM8gaVw, http://www.playvid.com/watch/rZ6X4bA6YlC,
http://www.playvid.com/watch/nX5ey7ykgga, http://www.playvid.com/watch/RN6LIv2NF3D, http://www.playvid.com/watch/yktTJlpxIuJ,
http://www.playvid.com/watch/zY4NQ-uJla5, http://www.playvid.com/watch/k0utMUj9rwr, http://www.playvid.com/watch/UIynUYZenIq,
http://www.playvid.com/watch/5t-9JuZV4ha, http://www.playvid.com/watch/cVnTrm9mq7A, http://www.playvid.com/watch/9C6zWOpibYR,
http://www.playvid.com/watch/qPiZSN9miFQ, http://www.playvid.com/watch/NOwuywL-GI2, http://www.playvid.com/watch/clD0fKipKVm,
http://www.playvid.com/watch/Ezy32ZumeNi, http://www.playvid.com/watch/mlS3raeaMd-, http://www.playvid.com/watch/DFCpizcF9cb,
http://www.playvid.com/watch/-Z2ODd84AFW, http://www.playvid.com/watch/6sdTDspaNfJ, http://www.playvid.com/watch/4E54OvETNRs,
http://www.playvid.com/watch/KbDv7aoJueX, http://www.playvid.com/watch/AoF3P0fT9od, http://www.playvid.com/watch/ttqvAijxFn7,
http://www.playvid.com/watch/4GU8TNRCnvw, http://www.playvid.com/watch/czuwvkpWVAl, http://www.playvid.com/watch/Exf0WRjrNbi,
http://www.playvid.com/watch/njveENQCXVi, http://www.playvid.com/watch/cl8aQ-JVQfW, http://www.playvid.com/watch/gTKwhoEBJEI,

http://www.playvid.com/watch/tD36k-PcdFg, http://www.playvid.com/watch/gUKlnxQ3MUA, http://www.playvid.com/watch/iViX3n-nZyA,
http://www.playvid.com/watch/LY3NqmvmTwZ, http://www.playvid.com/watch/BCE-Sb8Lt8w, http://www.playvid.com/watch/KW7Of-AcRdH,
http://www.playvid.com/watch/fpyNXDVl7i0, http://www.playvid.com/watch/xEC4aXW7sEg, http://www.playvid.com/watch/4WoAITBx7R3,
http://www.playvid.com/watch/0KIbQ6HsQ7E, http://www.playvid.com/watch/TwbZobARoXy, http://www.playvid.com/watch/A2bLGrgtPpR,
http://www.playvid.com/watch/ZHpgzcSpItb, http://www.playvid.com/watch/bAK2O6fO8uz, http://www.playvid.com/watch/yhEl-j3kroo,
http://www.playvid.com/watch/JoBjaBXge9A, http://www.playvid.com/watch/wCw6ogJXkfQ, http://www.playvid.com/watch/kenNn0xmk8e,
http://www.playvid.com/watch/ODSJcVjdMJw, http://www.playvid.com/watch/mdKvmlIFVeB, http://www.playvid.com/watch/zqJ8a8azAkk,
http://www.playvid.com/watch/kg4Rphcph8t, http://www.playvid.com/watch/o7AuV3oyDdF, http://www.playvid.com/watch/ocF-rzazQzl,
http://www.playvid.com/watch/6qU5luRtjN5, http://www.playvid.com/watch/TPtSI0Jlaey, http://www.playvid.com/watch/QQS7T87pxGv,
http://www.playvid.com/watch/9kzL8MqRQG6, http://www.playvid.com/watch/w2pTqb4cKEc, http://www.playvid.com/watch/xses-dkBQ5b,
http://www.playvid.com/watch/6VUTxJZKbPx, http://www.playvid.com/watch/fpoGN0-Syrn, http://www.playvid.com/watch/Gz4PBFPpvWC,
http://www.playvid.com/watch/GozO3psMGS6, http://www.playvid.com/watch/GEDS5kD5wyA, http://www.playvid.com/watch/bYrHbQKFKxC,
http://www.playvid.com/watch/HHiwxT7BB9o, http://www.playvid.com/watch/U6Ll3Nwga5a, http://www.playvid.com/watch/QmZq2GIZ8sB,
http://www.playvid.com/watch/v7uq5huZAVm, http://www.playvid.com/watch/ynIjrwN9yWR, http://www.playvid.com/watch/IAZ6qQxlQCt,
http://www.playvid.com/watch/PmJZsUUcpA7, http://www.playvid.com/watch/yOeyhMwm0iM, http://www.playvid.com/watch/5LWUxCzmbfS,
http://www.playvid.com/watch/qYSX3ob9nc7, http://www.playvid.com/watch/7JR38YKFpXk, http://www.playvid.com/watch/OS38agEmj2V,
http://www.playvid.com/watch/8NT87e4c4dc, http://www.playvid.com/watch/AkiUPvs9mJx, http://www.playvid.com/watch/2Sjjigmasgd,
http://www.playvid.com/watch/nKEDAa0x2B4, http://www.playvid.com/watch/tdPR6hjM46G, http://www.playvid.com/watch/sjLYljwZDCC,
http://www.playvid.com/watch/8XrsHDUePTm, http://www.playvid.com/watch/TM38jZnTRBe, http://www.playvid.com/watch/wDrok2K-6Qq,
http://www.playvid.com/watch/5FTEmw49czP, http://www.playvid.com/watch/VeIw-sa5tOp, http://www.playvid.com/watch/PI9H0Wflh0V,
http://www.playvid.com/watch/jbUGd3F9ts4, http://www.playvid.com/watch/9bnH9CWQbaU, http://www.playvid.com/watch/QAtL6gCVyDT,
http://www.playvid.com/watch/yonfdF0qACt, http://www.playvid.com/watch/oKRPtapnARZ, http://www.playvid.com/watch/9APqRrEt2WX,
http://www.playvid.com/watch/4zoNSwSDYtM, http://www.playvid.com/watch/KJMArhdJM7z, http://www.playvid.com/watch/cJSU-kHyzZI,
http://www.playvid.com/watch/W2DqqbyrLIY, http://www.playvid.com/watch/-JJairmwfY-, http://www.playvid.com/watch/VPOa3rBxWRv,
http://www.playvid.com/watch/NP2J5gCKV7Y, http://www.playvid.com/watch/VF259yG0Yga, http://www.playvid.com/watch/O8Rr-QOQ--0,
http://www.playvid.com/watch/EPtfbZ8Uf6w, http://www.playvid.com/watch/nztjbQr6v45, http://www.playvid.com/watch/tBeibT7ROoG,
http://www.playvid.com/watch/eUPHXTxcaUf, http://www.playvid.com/watch/MwudCmZq6yj, http://www.playvid.com/watch/h0LNB3MNmF8,
http://www.playvid.com/watch/CQBeBdzYcf9, http://www.playvid.com/watch/GE0vDn-DCZb, http://www.playvid.com/watch/if-HFQjQRyW,
http://www.playvid.com/watch/rOTcNkqmZks, http://www.playvid.com/watch/NUY2AVidNcf, http://www.playvid.com/watch/iMjpEfBkqCW,
http://www.playvid.com/watch/rCVhQWMmHsP, http://www.playvid.com/watch/NjKsb6JlbBc, http://www.playvid.com/watch/RoJbn8yeJgO,
http://www.playvid.com/watch/psDYHkOcSmh, http://www.playvid.com/watch/q2IAw8PwDYX, http://www.playvid.com/watch/-T9GWuBZ3U7,
http://www.playvid.com/watch/iG0X2FWYqPC, http://www.playvid.com/watch/XNKNvogxCSX, http://www.playvid.com/watch/RKO7euff8ew,
http://www.playvid.com/watch/6XZK9kTSvs8, http://www.playvid.com/watch/RiThBrJ7EAH, http://www.playvid.com/watch/POWBg9gXeh2,
http://www.playvid.com/watch/MT98I4yhNRg, http://www.playvid.com/watch/LB527kah7SI, http://www.playvid.com/watch/a73z7IkDtfp,
http://www.playvid.com/watch/yLoGLmG6sw-, http://www.playvid.com/watch/XjTJ0ygCt29, http://www.playvid.com/watch/NVhie9GYwDq,
http://www.playvid.com/watch/ANv2G6LO57r, http://www.playvid.com/watch/j9hSImgnHEH, http://www.playvid.com/watch/TFzPzH8ntC2,
http://www.playvid.com/watch/IVLD-VteFoq, http://www.playvid.com/watch/mLnQ4MEHtir, http://www.playvid.com/watch/nGM9mcdGH5B,
http://www.playvid.com/watch/GcgVd5gpFVH, http://www.playvid.com/watch/T7XAJSowqJl, http://www.playvid.com/watch/uRyWMiVHSQC,
http://www.playvid.com/watch/ImozMAB88Yw
5.f. Date of third notice: 2013-07-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zenx
5.b. Uploader's email address: zenx21@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zenx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/4K5gepsGujG, http://www.playvid.com/watch/k9VEc8nvzmo,
http://www.playvid.com/watch/6Un8IUPrEPL, http://www.playvid.com/watch/W-YbQm3Xf2Z, http://www.playvid.com/watch/IYwN_Bj0Fsh,
http://www.playvid.com/watch/vCGLdCA1P7K, http://www.playvid.com/watch/vSak0u8y8t3, http://www.playvid.com/watch/OMHsyu9yq7f,
http://www.playvid.com/watch/bInzwa7vNHF, http://www.playvid.com/watch/75bPNDYI0Q9, http://www.playvid.com/watch/3b1Qry6sqDw,
http://www.playvid.com/watch/zHs8RrY-Fov, http://www.playvid.com/watch/XeubxD0cIhS, http://www.playvid.com/watch/AJx71qS7EYM,
http://www.playvid.com/watch/f8AYO6paumP, http://www.playvid.com/watch/P1TiXnRghKs, http://www.playvid.com/watch/wbkX59C3Ha5,
http://www.playvid.com/watch/qUfxf5TL76J, http://www.playvid.com/watch/dBXsZlKZWwS, http://www.playvid.com/watch/GQ0LUV8dQbG,
http://www.playvid.com/watch/bfI3dTeqn-F, http://www.playvid.com/watch/Un6dEhxFdM0, http://www.playvid.com/watch/p6SvFUcDHqI,
http://www.playvid.com/watch/KhU4P-Tc9OX, http://www.playvid.com/watch/iHLf48VN6pH, http://www.playvid.com/watch/uX6jNCu9gdp,
http://www.playvid.com/watch/AtYMnKN348N, http://www.playvid.com/watch/pip37n9FQzS, http://www.playvid.com/watch/C8DAZjW8jYR,
http://www.playvid.com/watch/9NFxfMIg-sp, http://www.playvid.com/watch/P_RmAJwms7X, http://www.playvid.com/watch/jbvF3LN-qJe,
http://www.playvid.com/watch/JE5Dctftlgq, http://www.playvid.com/watch/kXD9I0EAYl7, http://www.playvid.com/watch/vvAuKspRWMe,
http://www.playvid.com/watch/k_M2t04_7sN, http://www.playvid.com/watch/LNrWkDmuWee, http://www.playvid.com/watch/aHlltCnyTtn,
http://www.playvid.com/watch/F2EZFo2yG-8, http://www.playvid.com/watch/D2dd0-8cy4t, http://www.playvid.com/watch/adPG9_pRmQW,
http://www.playvid.com/watch/ZEd2qJ8Q3yo, http://www.playvid.com/watch/PZ6wDP5jaSd, http://www.playvid.com/watch/fWKj-e6fiyQ,
http://www.playvid.com/watch/7qL1317sl8F, http://www.playvid.com/watch/VeK3ccOPx5z, http://www.playvid.com/watch/A1QSFF3FjIC,
http://www.playvid.com/watch/5IkvE-dYBTm, http://www.playvid.com/watch/7h2kNHPh3tB, http://www.playvid.com/watch/kQHo7bO5Zjm,
http://www.playvid.com/watch/xS2nuNVYG66, http://www.playvid.com/watch/7oVE90zKNBE, http://www.playvid.com/watch/YIpKbBMUzAS,
http://www.playvid.com/watch/S4QeSYH3jGK, http://www.playvid.com/watch/CoMNlriOlNE, http://www.playvid.com/watch/gH3W6JUwGya,
http://www.playvid.com/watch/WNSWKoWFeC5, http://www.playvid.com/watch/bU7w4vnGtLQ, http://www.playvid.com/watch/OoxTdfaZ0Rl,
http://www.playvid.com/watch/bY6eMtLHDw6, http://www.playvid.com/watch/os55QIpEY0v, http://www.playvid.com/watch/s_b7ird8Z0Q,
http://www.playvid.com/watch/aezxnTG3V25, http://www.playvid.com/watch/STGW8ELrhbL, http://www.playvid.com/watch/oKV3zFdtcdU,
http://www.playvid.com/watch/QZmMZQtd7Mw, http://www.playvid.com/watch/HmDEcdWsbk0, http://www.playvid.com/watch/JLpLP2KH7Da,
http://www.playvid.com/watch/leoY6VbZbkJ, http://www.playvid.com/watch/5iL6slajjbv, http://www.playvid.com/watch/T5AZ7skDjsq,
http://www.playvid.com/watch/WKoIFp3AwB5, http://www.playvid.com/watch/yoOCT_RIfh9, http://www.playvid.com/watch/iwQKHoW-wEL,
http://www.playvid.com/watch/LTdP3EFfyHa, http://www.playvid.com/watch/iktfXosNZIE, http://www.playvid.com/watch/HdnoYkn-7EA,
http://www.playvid.com/watch/mQ_I9NsSt-T, http://www.playvid.com/watch/7Me_LuyvIL6, http://www.playvid.com/watch/fkOpvoyt11H,
http://www.playvid.com/watch/cIvwmDp-Vdq, http://www.playvid.com/watch/dqifLbGaG8t, http://www.playvid.com/watch/WbtG5iMSFiE,
http://www.playvid.com/watch/XCLYAc4IsDL, http://www.playvid.com/watch/fwpJOj1T-h3, http://www.playvid.com/watch/d3bJDWGvF1h,
http://www.playvid.com/watch/wt8ESBja8x4, http://www.playvid.com/watch/kwicKbV6q40, http://www.playvid.com/watch/btHCyf_jTXM,
http://www.playvid.com/watch/T9OM3Vma7sS, http://www.playvid.com/watch/6-v9dprSogl, http://www.playvid.com/watch/4ngOgsCoaGH,
http://www.playvid.com/watch/MZ7z81kOuMK, http://www.playvid.com/watch/c5VzKxHFdxT, http://www.playvid.com/watch/emEWZFKnjbz,
http://www.playvid.com/watch/r4emN5sn9Xm, http://www.playvid.com/watch/Af0jpCF9qKZ, http://www.playvid.com/watch/y2bubfF2OLE,
http://www.playvid.com/watch/ri70v1RI8DC, http://www.playvid.com/watch/NebEy0kjaac, http://www.playvid.com/watch/JqLoe53wpsB,
http://www.playvid.com/watch/301kgAdbYRo, http://www.playvid.com/watch/m9eWemMMqvj, http://www.playvid.com/watch/gaeGrnHht0m,
http://www.playvid.com/watch/VdGcf16Hp9p, http://www.playvid.com/watch/5EKlweh2NQJ, http://www.playvid.com/watch/wySu0p6RslE,
http://www.playvid.com/watch/Q19SDIasqr5, http://www.playvid.com/watch/RksaetR20FL, http://www.playvid.com/watch/GYTAESg3lJ0,
http://www.playvid.com/watch/kA3AwYjohQx, http://www.playvid.com/watch/9hA9jlDFomr, http://www.playvid.com/watch/iyMK0IlUbix,
http://www.playvid.com/watch/lPW-P_mDnWd, http://www.playvid.com/watch/p-582tyobcv, http://www.playvid.com/watch/NRG03ZwzNXC,
http://www.playvid.com/watch/B-HnNLbPr5J, http://www.playvid.com/watch/qNesMCzBqJv, http://www.playvid.com/watch/jJyF579U40z,
http://www.playvid.com/watch/kzmbR3AD94m, http://www.playvid.com/watch/hrmrjGmo0lv, http://www.playvid.com/watch/pv8zLTWpQmY,
http://www.playvid.com/watch/7PZd7eO94XY, http://www.playvid.com/watch/BaOkfhrCpnk, http://www.playvid.com/watch/mmNemV_2y6p,
http://www.playvid.com/watch/ob5wjoGJMDS, http://www.playvid.com/watch/5a7SuQVB4ep, http://www.playvid.com/watch/0Qf--E9Lt3E,
http://www.playvid.com/watch/gcluiP4sH_N, http://www.playvid.com/watch/BHsAWCLJEKP, http://www.playvid.com/watch/hjuD5IBmKND,
http://www.playvid.com/watch/diAA5SXD3dD, http://www.playvid.com/watch/P_zDrduYWBy, http://www.playvid.com/watch/RYQx63g2w68,
http://www.playvid.com/watch/d-J6k1MQhy7, http://www.playvid.com/watch/dy3DIWhevlJ, http://www.playvid.com/watch/WoFrPeBfpK9,
http://www.playvid.com/watch/pt5vcnhIz_p, http://www.playvid.com/watch/Rwz30oT9I4z, http://www.playvid.com/watch/v0U_OQCm7wi,
http://www.playvid.com/watch/6A5nj3WU0r9, http://www.playvid.com/watch/eZVRU5bxqZw, http://www.playvid.com/watch/f2z426WM_or,
http://www.playvid.com/watch/NH8VoNI-jHG, http://www.playvid.com/watch/bTwWgUsSJP0, http://www.playvid.com/watch/6B7FNUtGM1Y,
http://www.playvid.com/watch/apEG0hPzZHV, http://www.playvid.com/watch/Qnh_68tdp5w, http://www.playvid.com/watch/tJVHkuGTKPF,
http://www.playvid.com/watch/A_JZ3V99SwN, http://www.playvid.com/watch/QtJiPHGLkN4, http://www.playvid.com/watch/QjRbIPWOPFl,

http://www.playvid.com/watch/lKSL3CceiYZ
5.f. Date of third notice: 2014-07-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zephir
5.b. Uploader's email address: lopashichi@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/zephir
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Z2REWmD80N-, http://www.playvid.com/watch/issbEXz3IHm,
http://www.playvid.com/watch/RAqKlAAYw3i, http://www.playvid.com/watch/YyuhXUPh-Jy, http://www.playvid.com/watch/U2j7t4qjdur,
http://www.playvid.com/watch/6OyDInZGS6v, http://www.playvid.com/watch/2RscBsYkatN, http://www.playvid.com/watch/CuQ628U5x8L,
http://www.playvid.com/watch/BQyMbXIcABy, http://www.playvid.com/watch/df3gNq95IJR, http://www.playvid.com/watch/pPxuia8W6vS,
http://www.playvid.com/watch/Nu4dASsxnfx, http://www.playvid.com/watch/KJeWgoSE6uy, http://www.playvid.com/watch/rfZhPlasxIJ,
http://www.playvid.com/watch/HssEe75SdTs, http://www.playvid.com/watch/anDgEJxsaOS, http://www.playvid.com/watch/KhxsPOT2VE5,
http://www.playvid.com/watch/5azFAQp3hwC, http://www.playvid.com/watch/d4FYJj3GheV, http://www.playvid.com/watch/xUkdwnVaF4n,
http://www.playvid.com/watch/tSYNy8zWb0o, http://www.playvid.com/watch/4l52HTXYL4j, http://www.playvid.com/watch/QLC6wovMeaC,
http://www.playvid.com/watch/u2MQGcS3Msg, http://www.playvid.com/watch/clcht06EBS7, http://www.playvid.com/watch/lCnWyx8FjMP,
http://www.playvid.com/watch/fz8JQRVLlAU, http://www.playvid.com/watch/bdcHAVMuRXV, http://www.playvid.com/watch/Uyl94MJDbdr,
http://www.playvid.com/watch/3XWvgU-ift0, http://www.playvid.com/watch/JfH32Zf0Dkc, http://www.playvid.com/watch/vROHLsJygUV,
http://www.playvid.com/watch/yrAS-4rHiEp, http://www.playvid.com/watch/oL2HljurMwZ, http://www.playvid.com/watch/-LTZHKxbuvu,
http://www.playvid.com/watch/NBX2lZ5uPEA, http://www.playvid.com/watch/hHfhAQhuYpM, http://www.playvid.com/watch/PThZTB802ky,
http://www.playvid.com/watch/rizuzQTZjt4, http://www.playvid.com/watch/xmgQAZNHHng, http://www.playvid.com/watch/KTCDKBXUc2Y,
http://www.playvid.com/watch/hFjWwTRYuzL, http://www.playvid.com/watch/S-4u5PvvRg2, http://www.playvid.com/watch/ddHaZJdMziL,
http://www.playvid.com/watch/Ve70HlA0xSF, http://www.playvid.com/watch/-A8DEigtsmA, http://www.playvid.com/watch/Khwtx8FLq5-,
http://www.playvid.com/watch/GPXPPjEjnJM, http://www.playvid.com/watch/HV50BK0BNyL, http://www.playvid.com/watch/VVBOd2MiaG-,
http://www.playvid.com/watch/VJ85exMxQ7C, http://www.playvid.com/watch/bqRrxfcOW3z, http://www.playvid.com/watch/WGkOQlwuMot,
http://www.playvid.com/watch/QWmqQuFvF6m, http://www.playvid.com/watch/ZTrNtQxDCFT, http://www.playvid.com/watch/qbN8NtZxr8G,
http://www.playvid.com/watch/xE9Wq2TpwhK, http://www.playvid.com/watch/mq2lqR0wGcx, http://www.playvid.com/watch/WX6riXKtPEv,
http://www.playvid.com/watch/TZqUNmWQ5s4, http://www.playvid.com/watch/9p9rBCnUOfF, http://www.playvid.com/watch/WU9gj4ukpCb,
http://www.playvid.com/watch/pKZGakO8PQk, http://www.playvid.com/watch/mrE5eseQOrT, http://www.playvid.com/watch/2wdkCa49DjY,
http://www.playvid.com/watch/ncNe6E4Zb9y, http://www.playvid.com/watch/jC55tSExHJg, http://www.playvid.com/watch/YQ2Gd0Lj-7E,
http://www.playvid.com/watch/-vUf9arTu42, http://www.playvid.com/watch/ET2IspA6oPW, http://www.playvid.com/watch/G99IF-3wEWo,
http://www.playvid.com/watch/02Nc3vVWiaH, http://www.playvid.com/watch/YtLucAgj4mJ, http://www.playvid.com/watch/-6Zz5T-O2Mb,
http://www.playvid.com/watch/t8ObkKprqCo, http://www.playvid.com/watch/7bxlVxS0VeL, http://www.playvid.com/watch/whcqJrJU49H,
http://www.playvid.com/watch/vDpaobbUb8-, http://www.playvid.com/watch/JdjkZvHsNQw, http://www.playvid.com/watch/mnSK-iDez6o,
http://www.playvid.com/watch/eGECVKCA7Tv, http://www.playvid.com/watch/6sMokufLvyR, http://www.playvid.com/watch/ATFF4Zum3Xn,
http://www.playvid.com/watch/HYYHVlp7fR6, http://www.playvid.com/watch/MLcNZxEQc7p, http://www.playvid.com/watch/8ZkNkUSxvod,
http://www.playvid.com/watch/rae9O3jVW5o, http://www.playvid.com/watch/MpPJWZbGQst, http://www.playvid.com/watch/u77xdj0x5EC,
http://www.playvid.com/watch/khK7LjjWCCL, http://www.playvid.com/watch/udKgWfM4uij, http://www.playvid.com/watch/MEIzUAnUPWR,
http://www.playvid.com/watch/FC6C7KM-PDl, http://www.playvid.com/watch/V8tB68ELrua, http://www.playvid.com/watch/VJLu5CX2j2P,
http://www.playvid.com/watch/eddPIJDXpDr, http://www.playvid.com/watch/cTywwZhY266, http://www.playvid.com/watch/87VNUKcbWT5,
http://www.playvid.com/watch/m6uSwdGZmHH, http://www.playvid.com/watch/5xssx7pw2Ct, http://www.playvid.com/watch/RVnpnTSBpHM,
http://www.playvid.com/watch/56LZtlvdOS7, http://www.playvid.com/watch/qY6Bjiv9AdE, http://www.playvid.com/watch/IuK2hbmBUsz,
http://www.playvid.com/watch/Q6VtpBCUb-7, http://www.playvid.com/watch/c4XX-JLcbNS, http://www.playvid.com/watch/ORtFLzu5C3U,
http://www.playvid.com/watch/yzeVNhS6sQC, http://www.playvid.com/watch/APeDK3HPrnv, http://www.playvid.com/watch/qgClvlCc4B6,
http://www.playvid.com/watch/VSCQ6IcXbvA, http://www.playvid.com/watch/FblDfziv2hU, http://www.playvid.com/watch/5BmN4ktAB5M,
http://www.playvid.com/watch/EDnclZGLwan, http://www.playvid.com/watch/AOVSr63vRm7, http://www.playvid.com/watch/rrKWmeh8Vy-,
http://www.playvid.com/watch/Wr4TvIZFQZY, http://www.playvid.com/watch/PulJGHbUON7, http://www.playvid.com/watch/PCpvfolkLk0,
http://www.playvid.com/watch/9KTP5gE5jBj, http://www.playvid.com/watch/W5FO433Szok, http://www.playvid.com/watch/uzUttIoUrvI,
http://www.playvid.com/watch/8L7mpmwz-ua, http://www.playvid.com/watch/sBeBpXVJYbU, http://www.playvid.com/watch/whovMNGZNfl,
http://www.playvid.com/watch/IAREqE2HHTM, http://www.playvid.com/watch/AuInRTVcgid, http://www.playvid.com/watch/4Ntw2f7CMON,
http://www.playvid.com/watch/rZtDbkhaGEq, http://www.playvid.com/watch/XENFDEsgHDP, http://www.playvid.com/watch/ZI6opBtYp7H,
http://www.playvid.com/watch/GaaYnTEqMiu, http://www.playvid.com/watch/HFTQTUEeY6U, http://www.playvid.com/watch/J79zrmanJok,
http://www.playvid.com/watch/nZYp7EAb2tq, http://www.playvid.com/watch/NjqL2FWSIhb, http://www.playvid.com/watch/e3tw4iiQh3C,
http://www.playvid.com/watch/msUqZnFBlfb, http://www.playvid.com/watch/wM-98mVrChd, http://www.playvid.com/watch/Z2BEkAHKw4Y,
http://www.playvid.com/watch/oIANIG9ynKI, http://www.playvid.com/watch/V9jejcO6IvL, http://www.playvid.com/watch/NvYDjVoZgs5
5.f. Date of third notice: 2013-04-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ZeroNgmail
5.b. Uploader's email address: eurozr@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ZeroNgmail
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Cc8JYNJ9EIz, http://www.playvid.com/watch/N88Lzz2sQFT,
http://www.playvid.com/watch/JGvpTwgF6Fc, http://www.playvid.com/watch/A3uOQpStYXN, http://www.playvid.com/watch/LSQqSNyN62J,
http://www.playvid.com/watch/yFHhdBwwYZM, http://www.playvid.com/watch/SjnZVH9sqib, http://www.playvid.com/watch/JB-8XdeHU92,
http://www.playvid.com/watch/ztNAVxzTSEo, http://www.playvid.com/watch/pMoHKJUAYG4, http://www.playvid.com/watch/pe8pXK08f9L,
http://www.playvid.com/watch/82Jo7fJsy-I, http://www.playvid.com/watch/GmlPoW8hoT7, http://www.playvid.com/watch/HvWwv00VcgP,
http://www.playvid.com/watch/LqEr-Thre98, http://www.playvid.com/watch/kf-AynknaTQ, http://www.playvid.com/watch/NemF6KnnjdE,
http://www.playvid.com/watch/mFQG-ywPR9O, http://www.playvid.com/watch/enzNYmx-iJp, http://www.playvid.com/watch/mipAzropIIg,
http://www.playvid.com/watch/ZbVYtpq2H4S, http://www.playvid.com/watch/ycrrURqmPWZ, http://www.playvid.com/watch/ahHH4LW4iZD,
http://www.playvid.com/watch/lUBkEAhZqg6, http://www.playvid.com/watch/OJL2nKkuKeN, http://www.playvid.com/watch/Ykfc-2UQuhy,
http://www.playvid.com/watch/-hxXsU89WFN, http://www.playvid.com/watch/M3-3-7PbDWg, http://www.playvid.com/watch/hPVjyHQQ8u2,
http://www.playvid.com/watch/mY7DJwPvyRt, http://www.playvid.com/watch/iDl2yDthNol, http://www.playvid.com/watch/eOkQksWKDtL,
http://www.playvid.com/watch/JiQzqymg4r4, http://www.playvid.com/watch/zYdMr2pFa7O, http://www.playvid.com/watch/uWXAztFGulL,
http://www.playvid.com/watch/O9E6q-RZNny, http://www.playvid.com/watch/AuxGS9ers2B, http://www.playvid.com/watch/csUtuMGKJLA,
http://www.playvid.com/watch/Nn35OGmBtz3, http://www.playvid.com/watch/2wsMeA3SrfG, http://www.playvid.com/watch/LJ5E6elrskp,
http://www.playvid.com/watch/C-krTAO8yb7, http://www.playvid.com/watch/Ihoo9dmoHRN, http://www.playvid.com/watch/lTAF4QLl97Q,
http://www.playvid.com/watch/HmVIBGgdFGS, http://www.playvid.com/watch/HAma8N0dBpU, http://www.playvid.com/watch/lSprTsdAYhy,
http://www.playvid.com/watch/6Bo5ofCYRmB, http://www.playvid.com/watch/whxPfIyGpoW, http://www.playvid.com/watch/AArmxEFvF7x,
http://www.playvid.com/watch/5uVwaaNuz2W, http://www.playvid.com/watch/d7Jgz-GoaIA, http://www.playvid.com/watch/TveTrQdRIRR,
http://www.playvid.com/watch/yaXyHGEwpjr, http://www.playvid.com/watch/ONYcbjrVP6E, http://www.playvid.com/watch/4KdeazJeZRE,
http://www.playvid.com/watch/Qnb07ZHpNNn, http://www.playvid.com/watch/l2kI6E-v0ke, http://www.playvid.com/watch/ZiIQv8yp3ug,
http://www.playvid.com/watch/0M6on3O52Dw, http://www.playvid.com/watch/dqqZLveoqxJ, http://www.playvid.com/watch/xX2Hiw5oU8n,
http://www.playvid.com/watch/Pj7tFsfnBUv, http://www.playvid.com/watch/htPhxWAnF-d, http://www.playvid.com/watch/UIG9dCGn8gI,
http://www.playvid.com/watch/KyKLhApCNEW, http://www.playvid.com/watch/LZxU8ORj2kA, http://www.playvid.com/watch/VTLrRx6ttvs,
http://www.playvid.com/watch/gov4yD4oiFy, http://www.playvid.com/watch/dsRrE4eoOmy, http://www.playvid.com/watch/MbzOWHFpJAw,
http://www.playvid.com/watch/SPRPqtasOrD, http://www.playvid.com/watch/2nX0rcy7Iyl, http://www.playvid.com/watch/JE-3bf4qokp,
http://www.playvid.com/watch/2RHPXuFvVFg, http://www.playvid.com/watch/ckgHQixs9vF, http://www.playvid.com/watch/tYQiVbT07AY,
http://www.playvid.com/watch/TXdPvfA9MiF, http://www.playvid.com/watch/hcuFDgeHExX, http://www.playvid.com/watch/DPgjOQO68y3,
http://www.playvid.com/watch/05FfTUUCX8C, http://www.playvid.com/watch/DQJRJulgaEr, http://www.playvid.com/watch/dxrUDR7nnAk,
http://www.playvid.com/watch/tZhLmNLCrx7, http://www.playvid.com/watch/rsKjROHe4Ct, http://www.playvid.com/watch/sbzsMBlz5EV,
http://www.playvid.com/watch/fD6giWkUddk, http://www.playvid.com/watch/Sn9LnQKRyh6, http://www.playvid.com/watch/AmFWheVNm4O,
http://www.playvid.com/watch/bBenGTUHcNT, http://www.playvid.com/watch/JigjOW2p-cC, http://www.playvid.com/watch/H2zMwbgJM-o,
http://www.playvid.com/watch/-uXvtm7XR2g, http://www.playvid.com/watch/bkXUfmzETVV, http://www.playvid.com/watch/Apfrl3Klv--,
http://www.playvid.com/watch/BWUTp4RB-fC, http://www.playvid.com/watch/XpkzrCEaSpF, http://www.playvid.com/watch/pbIYVGlMbNw,
http://www.playvid.com/watch/wb9pkYyC9kJ, http://www.playvid.com/watch/F9YECSVwiTH, http://www.playvid.com/watch/ITbQhregLmZ,
http://www.playvid.com/watch/rvJJd9GAAvO, http://www.playvid.com/watch/KcBDZ5LihIe, http://www.playvid.com/watch/lRlLHWkKfKD,

http://www.playvid.com/watch/2BpYm8K35cv, http://www.playvid.com/watch/yalTgI3sJK8, http://www.playvid.com/watch/BGIcfcXoXl2,
http://www.playvid.com/watch/vGco9LqOif3, http://www.playvid.com/watch/0WXRkScfPbN, http://www.playvid.com/watch/T3i3JKhSvjg,
http://www.playvid.com/watch/mNZZFYKSvrZ, http://www.playvid.com/watch/-4GDuWQ0KzM, http://www.playvid.com/watch/a2rkIptd9Pm,
http://www.playvid.com/watch/QIVDnpELMkG, http://www.playvid.com/watch/uh5Kc-lEcjZ, http://www.playvid.com/watch/mtO-Emnvpyu,
http://www.playvid.com/watch/IlBU6XPCuwv, http://www.playvid.com/watch/2zDgGpg8yru, http://www.playvid.com/watch/C5ZPxVgje5C,
http://www.playvid.com/watch/ZYdLhpaT3lT, http://www.playvid.com/watch/hKT3I2uXosM, http://www.playvid.com/watch/HsuNgksAWyl,
http://www.playvid.com/watch/FCVIFa0S-pi, http://www.playvid.com/watch/cFBi4i-bDw8, http://www.playvid.com/watch/xMczuT7kykj,
http://www.playvid.com/watch/pmDIGxJpLxW, http://www.playvid.com/watch/FzWoXSyyPSo, http://www.playvid.com/watch/VTmxq95MK8K,
http://www.playvid.com/watch/v9xIuQIsveL, http://www.playvid.com/watch/-qhUnmf6xHv, http://www.playvid.com/watch/dT5CbR5AzhZ,
http://www.playvid.com/watch/A6qdN084qtl, http://www.playvid.com/watch/WmCrnMB6F39, http://www.playvid.com/watch/OVDvot0IVE9,
http://www.playvid.com/watch/cmAJLnaxiaS, http://www.playvid.com/watch/v5VdFjJeL-P, http://www.playvid.com/watch/Tse52TtTgDx,
http://www.playvid.com/watch/KC5vOm5vIG6, http://www.playvid.com/watch/IF7kY6RL7Hc, http://www.playvid.com/watch/bugzpo-myth,
http://www.playvid.com/watch/7Minokef6xP, http://www.playvid.com/watch/cmGHiGfJc4V, http://www.playvid.com/watch/3EXNHWZ4ems,
http://www.playvid.com/watch/823744IWwf9, http://www.playvid.com/watch/uuWao0Twhn2, http://www.playvid.com/watch/t-WZ9wbLQZc,
http://www.playvid.com/watch/Hc3p8TeVj4a, http://www.playvid.com/watch/yxS9KZYQDRU, http://www.playvid.com/watch/xz3PoyNOm9b,
http://www.playvid.com/watch/Mp45CsBVOl9, http://www.playvid.com/watch/kQDTZQOwSWM, http://www.playvid.com/watch/lcqEx9AUp0M,
http://www.playvid.com/watch/dBRlBvatlLH, http://www.playvid.com/watch/f3GWglAODov, http://www.playvid.com/watch/V2b9r9prFwz,
http://www.playvid.com/watch/FZpQHlZRrXO, http://www.playvid.com/watch/DNEspxNnsHt, http://www.playvid.com/watch/Xw4WZSZgezv,
http://www.playvid.com/watch/bbiTwiC6aTQ, http://www.playvid.com/watch/AZhTPbS9ohc, http://www.playvid.com/watch/ECUho6s7oL9,
http://www.playvid.com/watch/iOKcyDvtVNN, http://www.playvid.com/watch/ifWs0PCzga6, http://www.playvid.com/watch/a3q2poRc4xv,
http://www.playvid.com/watch/uK7UDUetsVr, http://www.playvid.com/watch/WnW3BDFdpiw, http://www.playvid.com/watch/Wb4REAKi3eK,
http://www.playvid.com/watch/BBCnZpHclt8, http://www.playvid.com/watch/UicPV3anZHC, http://www.playvid.com/watch/h2iviWUWLor,
http://www.playvid.com/watch/TQGELX7BsTB, http://www.playvid.com/watch/jpeMOAl3mp4, http://www.playvid.com/watch/G5OVxhF-FeU,
http://www.playvid.com/watch/7b2ZOyaeyin, http://www.playvid.com/watch/VgLKOufzDIC, http://www.playvid.com/watch/QRrQ7XM7WC7,
http://www.playvid.com/watch/-BnOQN2GhR4, http://www.playvid.com/watch/nsEn2Hs0pbe, http://www.playvid.com/watch/fJMFA8vYyq6,
http://www.playvid.com/watch/AmWNSiKri75, http://www.playvid.com/watch/2tvwmeva4na, http://www.playvid.com/watch/QU4ZK6jv3yw,
http://www.playvid.com/watch/GazwOUeGjkw, http://www.playvid.com/watch/b86MEgNNKeL, http://www.playvid.com/watch/hjDUg95XEES,
http://www.playvid.com/watch/X50wQmfT4qn, http://www.playvid.com/watch/6GXFijwJgFV, http://www.playvid.com/watch/np8Clg6IWbr,
http://www.playvid.com/watch/TcEEpa0ET7d, http://www.playvid.com/watch/YoKXnC3tOOn, http://www.playvid.com/watch/C4RhSv4KHbP,
http://www.playvid.com/watch/cSPMjmlRf0e, http://www.playvid.com/watch/qzRsxYWKfR5, http://www.playvid.com/watch/fWMfGptSO7w,
http://www.playvid.com/watch/Nlkm9PJpqHB, http://www.playvid.com/watch/-7xhTEaPy9I, http://www.playvid.com/watch/S7prDF5ye7Q,
http://www.playvid.com/watch/ruii64eTDs3, http://www.playvid.com/watch/RBeGHiYncoU, http://www.playvid.com/watch/mh-OPNqR0fF,
http://www.playvid.com/watch/aXfPoJvTVcA, http://www.playvid.com/watch/E6b60xVAM-8, http://www.playvid.com/watch/e6oDP-v92cy,
http://www.playvid.com/watch/DzTeIkZnZAf, http://www.playvid.com/watch/ZqK8iY0Y4xr, http://www.playvid.com/watch/lsOnv8hJKIm,
http://www.playvid.com/watch/6eP938HvOzf, http://www.playvid.com/watch/Gm2JCRBlBXT, http://www.playvid.com/watch/HxjkVnwuzOc,
http://www.playvid.com/watch/EsLcMKUxuLf, http://www.playvid.com/watch/TQNCX7mkOci, http://www.playvid.com/watch/nEmRJ9dopqy,
http://www.playvid.com/watch/c3XdJzZ00MQ, http://www.playvid.com/watch/8FMsNgU5ml9, http://www.playvid.com/watch/52AjSA5OoH8,
http://www.playvid.com/watch/yuV7WyVUvPw, http://www.playvid.com/watch/XxSUm3FOnpN, http://www.playvid.com/watch/GlTtCGa3WoF
5.f. Date of third notice: 2014-01-16
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ziika
5.b. Uploader's email address: nosatovalek@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/ziika
5.e. List of videos posted by uploader: http://www.playvid.com/watch/W4nU4nxbW7S, http://www.playvid.com/watch/4g5ocMziwWe,
http://www.playvid.com/watch/JzeIydZKDMl, http://www.playvid.com/watch/HPxIm_F_8qd, http://www.playvid.com/watch/XvNsC_2lYoH,
http://www.playvid.com/watch/RVai_pGEeUc, http://www.playvid.com/watch/vqApjfXNtjp, http://www.playvid.com/watch/z2bGXtzrTQ8,
http://www.playvid.com/watch/d0zTpBhUKXs, http://www.playvid.com/watch/dzq94tlcMdp, http://www.playvid.com/watch/oUFwYFwbHsw,
http://www.playvid.com/watch/6S11ubdChLf, http://www.playvid.com/watch/8ymWkANfZon, http://www.playvid.com/watch/A4Wk8LEV4Uc,
http://www.playvid.com/watch/lqOkHOeUZR2, http://www.playvid.com/watch/FRQDoTFDItG, http://www.playvid.com/watch/sWHO5r0LQPQ,
http://www.playvid.com/watch/J7OB7TeDKvo, http://www.playvid.com/watch/9bXSx_-YQc0, http://www.playvid.com/watch/j9CDy7yNVju,
http://www.playvid.com/watch/rNMW6XrFQPC, http://www.playvid.com/watch/4Y0YxjpfQzO, http://www.playvid.com/watch/9xRpGdGdA6Y,
http://www.playvid.com/watch/KSjYiEcnqjd, http://www.playvid.com/watch/ucjDChWkoen, http://www.playvid.com/watch/Zit2gLLjxeG,
http://www.playvid.com/watch/JPMoVSRThGZ, http://www.playvid.com/watch/884olHOsiIH, http://www.playvid.com/watch/tJpNeyrLmAa,
http://www.playvid.com/watch/s2WzaP0RpKa, http://www.playvid.com/watch/5eRVimvhSNU, http://www.playvid.com/watch/j1PvDxGpbkI,
http://www.playvid.com/watch/BX-ExQPs4mt, http://www.playvid.com/watch/3mEiKeGglJw, http://www.playvid.com/watch/yI0mDwqCwyf,
http://www.playvid.com/watch/fXU8PuXdhcH, http://www.playvid.com/watch/XESLgaUxyQ8, http://www.playvid.com/watch/wja6fRBm3yU,
http://www.playvid.com/watch/cFVxUt87k6i, http://www.playvid.com/watch/ZsNharfK5mi, http://www.playvid.com/watch/MY43c8aosvl,
http://www.playvid.com/watch/t-KUGb7R-w4, http://www.playvid.com/watch/CzY4LrXeypz, http://www.playvid.com/watch/ZImsHR_1pmj,
http://www.playvid.com/watch/RESnvdF4xXV, http://www.playvid.com/watch/Nw_xz2sPrQc, http://www.playvid.com/watch/C0mEqixaSVy,
http://www.playvid.com/watch/iOnYQeM9qUW, http://www.playvid.com/watch/3xrsAwA5jm3, http://www.playvid.com/watch/FUA7Y1o0SKt,
http://www.playvid.com/watch/UlERhntJies, http://www.playvid.com/watch/DERAS4khW0h, http://www.playvid.com/watch/U2H4U1v7peD,
http://www.playvid.com/watch/Pctbn1Qyc1G, http://www.playvid.com/watch/cVgTCMKYFjq, http://www.playvid.com/watch/NEaYiFo3cGO,
http://www.playvid.com/watch/LVSOnQOASv8, http://www.playvid.com/watch/P6pyG0_BHwe, http://www.playvid.com/watch/K1GVuSgq6r9,
http://www.playvid.com/watch/zOnp1Os6TpD, http://www.playvid.com/watch/MrbZZPg7lPg, http://www.playvid.com/watch/hXqqfXuzGbn,
http://www.playvid.com/watch/dKrVKmFtx_W, http://www.playvid.com/watch/j4ilMGHV_3z, http://www.playvid.com/watch/VKcAt33W39t,
http://www.playvid.com/watch/fI-OBB0Fp0X, http://www.playvid.com/watch/4dwadfxCVvF, http://www.playvid.com/watch/bjy5WsF1s1l,
http://www.playvid.com/watch/whIAKIGfL8a, http://www.playvid.com/watch/pwPyVGd4inE, http://www.playvid.com/watch/Ml-yFDff_oV,
http://www.playvid.com/watch/tF7hHKFyHhf, http://www.playvid.com/watch/63LwRxeXPEG, http://www.playvid.com/watch/l51BxlfvAZY,
http://www.playvid.com/watch/epf1LPCZL3f, http://www.playvid.com/watch/UmO8otpz_AN, http://www.playvid.com/watch/uuYvhiTiNUN,
http://www.playvid.com/watch/SrItacQaXtK, http://www.playvid.com/watch/pZYMSKZcZno, http://www.playvid.com/watch/b-Fh-RN8tgR,
http://www.playvid.com/watch/zDK_ZenYI00, http://www.playvid.com/watch/g6gDcn-gitE, http://www.playvid.com/watch/sqyVVe6P4S7,
http://www.playvid.com/watch/Tpfm48HZpqW, http://www.playvid.com/watch/i5_VpYA2eyh, http://www.playvid.com/watch/GduzjJjV9l4,
http://www.playvid.com/watch/JOpUY-UxhwC, http://www.playvid.com/watch/byTz58BdGDU, http://www.playvid.com/watch/nfZNeoqFKr8,
http://www.playvid.com/watch/XgIXKx23nfC, http://www.playvid.com/watch/rHpkWpe9nr3, http://www.playvid.com/watch/T4SBqrhgMWg,
http://www.playvid.com/watch/zzSbLUlsSyD, http://www.playvid.com/watch/8gXYaLYl9yg, http://www.playvid.com/watch/jKrzwEpw3LV,
http://www.playvid.com/watch/5pbur32KJNu, http://www.playvid.com/watch/PF-9abVpdmK, http://www.playvid.com/watch/zrAldqisEdT,
http://www.playvid.com/watch/VhAwfkNIdPz, http://www.playvid.com/watch/dMcgHvYO_b4, http://www.playvid.com/watch/gFE6XoZwB2n,
http://www.playvid.com/watch/7fsD0ymSBcN, http://www.playvid.com/watch/DFpX1Cpm3ai, http://www.playvid.com/watch/0VIXhVBmOdP,
http://www.playvid.com/watch/8bVa9B-tvaf, http://www.playvid.com/watch/BdrrQP8IROM, http://www.playvid.com/watch/bzX3UY7l6Hq,
http://www.playvid.com/watch/g1LsTB7Qm78, http://www.playvid.com/watch/7WU8XuUQF2q, http://www.playvid.com/watch/KiHkiE6IJoJ,
http://www.playvid.com/watch/53mNWkX84pi, http://www.playvid.com/watch/OQckV96vBtB, http://www.playvid.com/watch/hJldS8kq-Am,
http://www.playvid.com/watch/flZDvEdhmvh, http://www.playvid.com/watch/peZbm_Spm2z, http://www.playvid.com/watch/EKJh9Vt_xYa,
http://www.playvid.com/watch/fmMzkI3skgE, http://www.playvid.com/watch/ZnjGdzzwyjc, http://www.playvid.com/watch/feoC7qA3_iW,
http://www.playvid.com/watch/Sqy6gejwuMb, http://www.playvid.com/watch/26PXO8GE0ki, http://www.playvid.com/watch/37LYOuSn1Cz,
http://www.playvid.com/watch/KBu3tTQtBIl, http://www.playvid.com/watch/jBrAXLIpuSI, http://www.playvid.com/watch/hdhRIWGEpwk,
http://www.playvid.com/watch/QYusp2a2aw3, http://www.playvid.com/watch/uUbd71OiD3f, http://www.playvid.com/watch/uVWnGc8ofWm,
http://www.playvid.com/watch/lHywJlhGfY2, http://www.playvid.com/watch/Eh_2sLJUVEe, http://www.playvid.com/watch/9k0oRlue0OE,
http://www.playvid.com/watch/uPehf_1BSaP, http://www.playvid.com/watch/6umWWbiANoy, http://www.playvid.com/watch/vONS0B1WnZc,
http://www.playvid.com/watch/KAiZC0sUBnL, http://www.playvid.com/watch/EoRitaMmXfF, http://www.playvid.com/watch/MsTC0aEAf95,
http://www.playvid.com/watch/BUDxuz4FBhZ, http://www.playvid.com/watch/WihsJKHWHwG, http://www.playvid.com/watch/jxCjjash8s9,
http://www.playvid.com/watch/8Tr29SiZPoW, http://www.playvid.com/watch/3vmRgKnXpzU, http://www.playvid.com/watch/YHx1thmDjOD,
http://www.playvid.com/watch/IBVuytloRCu, http://www.playvid.com/watch/FIPEB1MMwNh, http://www.playvid.com/watch/hGgrJyCtBS5,
http://www.playvid.com/watch/v9-Isex7KEz, http://www.playvid.com/watch/N2Ws4agPMjg, http://www.playvid.com/watch/AoR5yJ9g2AL,
http://www.playvid.com/watch/5cWgX-xG0r9, http://www.playvid.com/watch/mCXMXj5xpvQ, http://www.playvid.com/watch/gYnJZihNFjz,
http://www.playvid.com/watch/WlPwgy0mCvF, http://www.playvid.com/watch/OmeZ-DPePMH, http://www.playvid.com/watch/2s2k1ARL8ch,

http://www.playvid.com/watch/DfsemQWlT9H, http://www.playvid.com/watch/m3eSIU0a86h, http://www.playvid.com/watch/HeUw4fjwOmV, http://www.playvid.com/watch/NHiuiNpNNXh, http://www.playvid.com/watch/4Og-sUQVfSI, http://www.playvid.com/watch/TETtwm8YTFR, http://www.playvid.com/watch/BYSyGJ5vl5t, http://www.playvid.com/watch/FvV2ekM8Y6U, http://www.playvid.com/watch/yGdEICVEqPY, http://www.playvid.com/watch/l5vNLqrRGcp, http://www.playvid.com/watch/2VxD0dh22Ln, http://www.playvid.com/watch/qlqGkY_ZL_f, http://www.playvid.com/watch/ApkUmcJDVUz, http://www.playvid.com/watch/9s6YXG-ZFwC, http://www.playvid.com/watch/QTuyeHYRq8X, http://www.playvid.com/watch/q25y8HaAxOX, http://www.playvid.com/watch/GSoS9ohlpne, http://www.playvid.com/watch/S_vdXzZupKh, http://www.playvid.com/watch/64Nsumc-M8F, http://www.playvid.com/watch/0KYjboS8w2B, http://www.playvid.com/watch/Gf9ZO4iATL9, http://www.playvid.com/watch/ziNZFk_MQdx, http://www.playvid.com/watch/ops5TTUtue5, http://www.playvid.com/watch/mE9w1r92RbN, http://www.playvid.com/watch/W1d1ydUdhIB, http://www.playvid.com/watch/9sVEYgwQ484, http://www.playvid.com/watch/fCvlCQ3Kays, http://www.playvid.com/watch/Cz5rC8DnTM7, http://www.playvid.com/watch/sT3rRk0mgnb, http://www.playvid.com/watch/VSCbcGLaJnd, http://www.playvid.com/watch/KXJAzYLTaRm, http://www.playvid.com/watch/vePtMU9BeHz, http://www.playvid.com/watch/9ooC5rVN8Rt, http://www.playvid.com/watch/uYK-jgvFp7f, http://www.playvid.com/watch/cwiz3GV40-a, http://www.playvid.com/watch/TL__NyoNxSY, http://www.playvid.com/watch/WWkZhL6JKFE, http://www.playvid.com/watch/ceEIDa8_MgZ, http://www.playvid.com/watch/J4BitrHMr8o, http://www.playvid.com/watch/xfi-7Kui5Q2, http://www.playvid.com/watch/MvNCNv41876, http://www.playvid.com/watch/dW6uqehp3Tn, http://www.playvid.com/watch/FRp7s8OeHRS, http://www.playvid.com/watch/RcMnmbp5yPo, http://www.playvid.com/watch/K1UnJRONmdT, http://www.playvid.com/watch/7VvVn0uKMRq, http://www.playvid.com/watch/JuPzxjazT2A, http://www.playvid.com/watch/znassjSBTbt, http://www.playvid.com/watch/g_HGX1Ww95V, http://www.playvid.com/watch/9LHvZpWx2VO, http://www.playvid.com/watch/X6WdppBFmef, http://www.playvid.com/watch/JbEjYpfHi9S, http://www.playvid.com/watch/ENesiy75vFT, http://www.playvid.com/watch/U0scFYfWs89, http://www.playvid.com/watch/snhg-bB6vYJ, http://www.playvid.com/watch/sNbVWJ-a9_o, http://www.playvid.com/watch/gPzuwEBkK7E, http://www.playvid.com/watch/gnbC3qZFnMU, http://www.playvid.com/watch/tFxXzIQ1wGr, http://www.playvid.com/watch/iVYBVmj5m5V, http://www.playvid.com/watch/G5aYgeHtLAx, http://www.playvid.com/watch/5nXr-ybhCeY, http://www.playvid.com/watch/zil3MPo3K0c, http://www.playvid.com/watch/clpdJb2mWnP, http://www.playvid.com/watch/IHDxWdCvhRC, http://www.playvid.com/watch/SBVQ4wemrdl, http://www.playvid.com/watch/gI-dHLjx62U, http://www.playvid.com/watch/wzq2cu4Fsqd, http://www.playvid.com/watch/5Cz3k81zr2L, http://www.playvid.com/watch/HVITwZJYq1g, http://www.playvid.com/watch/ItsAyMdZ_Gt, http://www.playvid.com/watch/s4JF-WHzJZ0, http://www.playvid.com/watch/qAmsswfjiK9, http://www.playvid.com/watch/JvZy6GzMT1S, http://www.playvid.com/watch/xB3TZlxNfUW, http://www.playvid.com/watch/UVSPA4aTp43, http://www.playvid.com/watch/YGsC4Hdqn4p, http://www.playvid.com/watch/pLfq8rH2abG, http://www.playvid.com/watch/MEtAyYeSfCN, http://www.playvid.com/watch/aBRe3bmIENZ, http://www.playvid.com/watch/pRgg80b7pd2, http://www.playvid.com/watch/dZ_uEbW9w3d, http://www.playvid.com/watch/qcOfH-JOioP, http://www.playvid.com/watch/jD0dhSf44YX, http://www.playvid.com/watch/8g7Mt-rLl04, http://www.playvid.com/watch/Bn1PrGIXw74, http://www.playvid.com/watch/U4n0k-cDcI7, http://www.playvid.com/watch/qDdLrVvkLiq, http://www.playvid.com/watch/aazoAFwxdLk, http://www.playvid.com/watch/Xwsk_hqh2wW, http://www.playvid.com/watch/WvzKlk7idSv, http://www.playvid.com/watch/L8X84sVpqom, http://www.playvid.com/watch/FB4tQ_0Z8Ja, http://www.playvid.com/watch/WGs898tDBLI, http://www.playvid.com/watch/fV941TkXSRx, http://www.playvid.com/watch/0Zvt8ia5EWr, http://www.playvid.com/watch/XaT5-Uv6eiE, http://www.playvid.com/watch/tqgOucBFOHs, http://www.playvid.com/watch/tdO0LzkHuz5, http://www.playvid.com/watch/g2NsWTAu2SU, http://www.playvid.com/watch/n1URlyARjzM, http://www.playvid.com/watch/tFUntQRGcw4, http://www.playvid.com/watch/nN255HH0vca, http://www.playvid.com/watch/YZts4z2F-gX, http://www.playvid.com/watch/RCHUDdf9rq4, http://www.playvid.com/watch/vtDTzYJC_ym, http://www.playvid.com/watch/GuAfYb7vYwA, http://www.playvid.com/watch/WlDhBf9qz6U, http://www.playvid.com/watch/v3fDoWwkQzm, http://www.playvid.com/watch/f1fi_1Zjn_Y, http://www.playvid.com/watch/gZzF1YuY6OJ, http://www.playvid.com/watch/lu7KAZKpcmu, http://www.playvid.com/watch/8mWISN2_zTv, http://www.playvid.com/watch/rMbu2pmt_z3, http://www.playvid.com/watch/JwgfLnrb3bI, http://www.playvid.com/watch/LCMp8T1gq-l, http://www.playvid.com/watch/AnZtMPZMWOM, http://www.playvid.com/watch/qmCcyzFrd39, http://www.playvid.com/watch/QEa9_ob8_nl, http://www.playvid.com/watch/XKklQ2tCIIA, http://www.playvid.com/watch/eA11EijRneC, http://www.playvid.com/watch/p03boc444Em, http://www.playvid.com/watch/r92J9nDVIO9, http://www.playvid.com/watch/fxktw-_t2Li, http://www.playvid.com/watch/wWIHlcFLxvd, http://www.playvid.com/watch/rrCNEct2-YH, http://www.playvid.com/watch/CMuhiNla8kI, http://www.playvid.com/watch/qyJfGaoz6G9, http://www.playvid.com/watch/xTTND2FfyXq, http://www.playvid.com/watch/dYay8LHnkbz, http://www.playvid.com/watch/Il7mZCQoIRa, http://www.playvid.com/watch/J08LPB0TiSO, http://www.playvid.com/watch/vVyMBNQuCun, http://www.playvid.com/watch/csbtv5szESw, http://www.playvid.com/watch/8iIyNJiZKX7, http://www.playvid.com/watch/CdEZ9I8DWA7, http://www.playvid.com/watch/z4MDxm0Tq7n, http://www.playvid.com/watch/dEn6nDShQC0, http://www.playvid.com/watch/B_JbheHzvld, http://www.playvid.com/watch/HGBrZ3Arzx3
5.f. Date of third notice: 2014-05-03
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zoip
5.b. Uploader's email address: zoip25@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zoip
5.e. List of videos posted by uploader: http://www.playvid.com/watch/zmCb3Ou3Fhj, http://www.playvid.com/watch/vkIVtHk-tky, http://www.playvid.com/watch/lUDZ0-tu6gv, http://www.playvid.com/watch/EHmm6k4Xt2g, http://www.playvid.com/watch/WAdoxjh4Ay5, http://www.playvid.com/watch/INrsvgyfgJ3, http://www.playvid.com/watch/gQTU8UzBHKb, http://www.playvid.com/watch/TLAKlBCK32M, http://www.playvid.com/watch/u35qNucC0uw, http://www.playvid.com/watch/v2awzYPxpYp, http://www.playvid.com/watch/YuQrJIdgcIx, http://www.playvid.com/watch/VNDmtSUGQo0, http://www.playvid.com/watch/mHY-8ohgCoj, http://www.playvid.com/watch/eanaL-n3mSF, http://www.playvid.com/watch/wUsbce9-V5m, http://www.playvid.com/watch/HTXqT7hxEVH, http://www.playvid.com/watch/h3LpLI3zIyV, http://www.playvid.com/watch/y8KKvapb3Yg, http://www.playvid.com/watch/JAtZkVxQhUH, http://www.playvid.com/watch/wIZ3S364trO, http://www.playvid.com/watch/RFOnp0XBOam, http://www.playvid.com/watch/rptRvf3z-Z8, http://www.playvid.com/watch/DTTXr68Ahzp, http://www.playvid.com/watch/QFb3CoC3MXC, http://www.playvid.com/watch/yphyBT3Ii3Y, http://www.playvid.com/watch/iiK7LX9Qv3u, http://www.playvid.com/watch/ECZfCvlXMZk, http://www.playvid.com/watch/7H65rTWeALy, http://www.playvid.com/watch/m5yiL8XAK-K, http://www.playvid.com/watch/9hqYlbJEA6P, http://www.playvid.com/watch/00qr9R-8-PQ, http://www.playvid.com/watch/YlhcpVDrPJu, http://www.playvid.com/watch/xjtfe4fnbGL, http://www.playvid.com/watch/R7v2ZqFrDQm, http://www.playvid.com/watch/as-cLcGs6uU, http://www.playvid.com/watch/HVs5T-G4fxm, http://www.playvid.com/watch/-Az9R0TdxwQ, http://www.playvid.com/watch/OO6aXLWugMf, http://www.playvid.com/watch/Qh7l9Y28ycI, http://www.playvid.com/watch/SwBxw6JX-cd, http://www.playvid.com/watch/uUz0jPuLsBr, http://www.playvid.com/watch/aIbzGQTpVoL, http://www.playvid.com/watch/QPSkxNXwTdB, http://www.playvid.com/watch/YuBs-fQ37u4, http://www.playvid.com/watch/o6a6ljONayy, http://www.playvid.com/watch/spIRxK3RPtt, http://www.playvid.com/watch/sYHxVX-skzY, http://www.playvid.com/watch/WwfAdJHrSyX, http://www.playvid.com/watch/oLdDbgsX6As, http://www.playvid.com/watch/W4D6rqa7lAa, http://www.playvid.com/watch/NgcYiqKlgRW, http://www.playvid.com/watch/hGD5uRk9zt6, http://www.playvid.com/watch/lQU9Dvk6JTw, http://www.playvid.com/watch/77JWPKsB8Cn, http://www.playvid.com/watch/osrkRqWWPbg, http://www.playvid.com/watch/HwDCKJDHLQC, http://www.playvid.com/watch/BjaH7P0xsZT, http://www.playvid.com/watch/javCknYVxPC, http://www.playvid.com/watch/TxusRHIBrQz, http://www.playvid.com/watch/ILHDhzqCybo, http://www.playvid.com/watch/Z97HHMxiNdU, http://www.playvid.com/watch/8KiDz87G8Sg, http://www.playvid.com/watch/X2bSjJmi0vq, http://www.playvid.com/watch/-LuEXo2wcM0, http://www.playvid.com/watch/EEQDVg6wqgE, http://www.playvid.com/watch/88GjqOsPrNT, http://www.playvid.com/watch/KSsdT6UraaW, http://www.playvid.com/watch/RIH5TpBeAGb, http://www.playvid.com/watch/ouBsCRmkdzb, http://www.playvid.com/watch/TRWl7Pu-yra, http://www.playvid.com/watch/2TKNKckLEz2, http://www.playvid.com/watch/YuaceMLCRkD, http://www.playvid.com/watch/DX2yRY3vVxL, http://www.playvid.com/watch/kkjwzJP0BhC, http://www.playvid.com/watch/5eLgJQwf86x, http://www.playvid.com/watch/skmxxHu0-iI, http://www.playvid.com/watch/qXCcyCCxjRX, http://www.playvid.com/watch/Gng7tNy8mUt, http://www.playvid.com/watch/NJke4XMvx7O, http://www.playvid.com/watch/sXSxGWB5cD9, http://www.playvid.com/watch/Qc5xyJG6jGO, http://www.playvid.com/watch/7HF30ELa-ni, http://www.playvid.com/watch/wIZ766PtYr-, http://www.playvid.com/watch/rtsMewVTLf9, http://www.playvid.com/watch/2D9YCCjUn3z, http://www.playvid.com/watch/bxTMF6Rbw25, http://www.playvid.com/watch/QFcWMoj8t24, http://www.playvid.com/watch/AFMHpcIPsP-, http://www.playvid.com/watch/GpGiX7YaE6R, http://www.playvid.com/watch/QHd78GCSZSA, http://www.playvid.com/watch/7mhdax8ZMzk, http://www.playvid.com/watch/UGR9s8fLyG6, http://www.playvid.com/watch/DHxnhzuGxZl, http://www.playvid.com/watch/ImsAgyPWlLR, http://www.playvid.com/watch/8Xmr-yALqNe, http://www.playvid.com/watch/nag2QivBLZB, http://www.playvid.com/watch/a5SyF0sYtuw, http://www.playvid.com/watch/gyQl3XvDKvJ, http://www.playvid.com/watch/VbRYsScWu5d, http://www.playvid.com/watch/yGRRGo0703d, http://www.playvid.com/watch/4dZmWVM8FPB, http://www.playvid.com/watch/K8hC8Sv6Wmv, http://www.playvid.com/watch/fRbwwHaMOws, http://www.playvid.com/watch/N2mbJze0OyW, http://www.playvid.com/watch/ipmeGW5zWlU, http://www.playvid.com/watch/LlaBdvcXr3a, http://www.playvid.com/watch/dQLyHLytaaw, http://www.playvid.com/watch/nTGukhSaZsK, http://www.playvid.com/watch/z66rWYXojsB, http://www.playvid.com/watch/c2lVjgVOnWi, http://www.playvid.com/watch/UkdGDo7Bh6t, http://www.playvid.com/watch/P-tON-wtRif, http://www.playvid.com/watch/ogRAXqvCxGk, http://www.playvid.com/watch/ENdNRFnRsrY, http://www.playvid.com/watch/iSkKRPOcxUK, http://www.playvid.com/watch/fx4aTfrp2VS, http://www.playvid.com/watch/AQcDoskF5Qq, http://www.playvid.com/watch/gYHY2y470i9, http://www.playvid.com/watch/VJjsnp5XTSs, http://www.playvid.com/watch/qHyDaRFVHTC, http://www.playvid.com/watch/Nepa84MrsRP, http://www.playvid.com/watch/YWRoj6z7K0D, http://www.playvid.com/watch/-hmxMUI-mMO, http://www.playvid.com/watch/WUOrpWET6mr, http://www.playvid.com/watch/zIyZpMmEVaZ, http://www.playvid.com/watch/ni9QtpzFy5t, http://www.playvid.com/watch/ZVAYeEZvTW2, http://www.playvid.com/watch/Mp6qbQlk5x5,

http://www.playvid.com/watch/0eK4FUwcrsc, http://www.playvid.com/watch/4mE6Bg5KXSP, http://www.playvid.com/watch/9UAWKXg5LJN,
http://www.playvid.com/watch/GTpHZvBAlV7, http://www.playvid.com/watch/uesWNMK6VnS, http://www.playvid.com/watch/Y5ZOxkhHnMU,
http://www.playvid.com/watch/eaYDzD3PlAZ, http://www.playvid.com/watch/4PqdfQ8hxAx, http://www.playvid.com/watch/nhVMbCnZToD,
http://www.playvid.com/watch/0NTwjth80rA, http://www.playvid.com/watch/NoBn3MQgOH9, http://www.playvid.com/watch/wpkaHnSyoGt,
http://www.playvid.com/watch/6ZEdBB37MmX, http://www.playvid.com/watch/BPKVJiMfRBt, http://www.playvid.com/watch/2otODcvC3JR,
http://www.playvid.com/watch/eMCABcHHdfE, http://www.playvid.com/watch/tAMgM7D3J8W, http://www.playvid.com/watch/5UVIs8RdY5s,
http://www.playvid.com/watch/uTzvMlUNI6-, http://www.playvid.com/watch/ygfUxZ-iGXz, http://www.playvid.com/watch/UsvmQCmxDiV,
http://www.playvid.com/watch/y3UrcZeQvM8, http://www.playvid.com/watch/Ck6owjiFCy4, http://www.playvid.com/watch/AuuByq6prVX,
http://www.playvid.com/watch/eJObgs4CTWD, http://www.playvid.com/watch/7GvLLZ-VGXO, http://www.playvid.com/watch/vzmJQtfX05d,
http://www.playvid.com/watch/XoQgZT8m7mH, http://www.playvid.com/watch/tEbdQx3sVIV, http://www.playvid.com/watch/6UzdgdfUryP,
http://www.playvid.com/watch/lxDqrCSRbaK, http://www.playvid.com/watch/nH56r-EHkF4, http://www.playvid.com/watch/zKGa0IunvmW,
http://www.playvid.com/watch/b4DvuxxeVyz, http://www.playvid.com/watch/xq0r6H5HXa9, http://www.playvid.com/watch/lJOKRGduDKz,
http://www.playvid.com/watch/uprOe5Io9Ww, http://www.playvid.com/watch/cgtGLAfgFKJ, http://www.playvid.com/watch/GB2-D2zoFKL,
http://www.playvid.com/watch/js2oh8Mxmuk, http://www.playvid.com/watch/iOsAspUKwMo, http://www.playvid.com/watch/RV6oR3HrOK7,
http://www.playvid.com/watch/aZmJVFXaY25, http://www.playvid.com/watch/BgWgHR20SBq, http://www.playvid.com/watch/MdZYx8nWWXk,
http://www.playvid.com/watch/NYArwRTMS9i, http://www.playvid.com/watch/UKsKzRk5umh, http://www.playvid.com/watch/lmjbH9SFzdc,
http://www.playvid.com/watch/BYINTecbGs9, http://www.playvid.com/watch/jDj2B-mJV6P, http://www.playvid.com/watch/xDNtfYADx5d,
http://www.playvid.com/watch/oD0LGxuPR3c, http://www.playvid.com/watch/TCCS5d-foBD, http://www.playvid.com/watch/W2a4mebzX3A,
http://www.playvid.com/watch/mBUAnTmeXBm, http://www.playvid.com/watch/IqL8yGVwern, http://www.playvid.com/watch/AJEIUUUYYa2,
http://www.playvid.com/watch/ZKCoWVPn0SH, http://www.playvid.com/watch/D42Aly0yop0, http://www.playvid.com/watch/JIOyt7L4s8h,
http://www.playvid.com/watch/3HhnR-gEQGs, http://www.playvid.com/watch/XuHev2dgafU, http://www.playvid.com/watch/2ddDnO3Bikr,
http://www.playvid.com/watch/pIaNUhc74qh, http://www.playvid.com/watch/KLYjuErttAL, http://www.playvid.com/watch/LrczNC8ccaW,
http://www.playvid.com/watch/Wsly3Yw2UXZ, http://www.playvid.com/watch/rNEViDxCgkC, http://www.playvid.com/watch/JgQ44qeyKmD,
http://www.playvid.com/watch/X5r28hwuuHc, http://www.playvid.com/watch/NJlteIvpwU3, http://www.playvid.com/watch/76xprwBAwGO,
http://www.playvid.com/watch/OIulDcMzZas, http://www.playvid.com/watch/BQ905XcGDrh, http://www.playvid.com/watch/hY-4aiLfl5u,
http://www.playvid.com/watch/NXO5--mnWfw, http://www.playvid.com/watch/k5iwB72P2eZ, http://www.playvid.com/watch/DQBv2MhNO-A,
http://www.playvid.com/watch/e49kexoZYoq, http://www.playvid.com/watch/5QhuRC67Oxo, http://www.playvid.com/watch/kO7UkqoozzO,
http://www.playvid.com/watch/3qvCHbPEIcz, http://www.playvid.com/watch/m4yuDi6AHHQ, http://www.playvid.com/watch/dGq6a9S0mcG,
http://www.playvid.com/watch/Yid8Ti-WGOZ, http://www.playvid.com/watch/YQ343982S2D, http://www.playvid.com/watch/YRvSDn9TEb7,
http://www.playvid.com/watch/UzZPzIW0S2Z, http://www.playvid.com/watch/B2EWw2l4qiM, http://www.playvid.com/watch/JTqMtznhvhD,
http://www.playvid.com/watch/PEGlA2lnenp, http://www.playvid.com/watch/XXlQzdZpLCa, http://www.playvid.com/watch/en4gNgKmOC-,
http://www.playvid.com/watch/zIDGCZiU-Jc, http://www.playvid.com/watch/0c63I5JUGac, http://www.playvid.com/watch/DrK4nnU0SiV,
http://www.playvid.com/watch/hHS8mL7fJna, http://www.playvid.com/watch/hKa2q3N0lnS, http://www.playvid.com/watch/vIcXBRl8LJL,
http://www.playvid.com/watch/MCK4qNfnnqh, http://www.playvid.com/watch/3TjHuUArlTP, http://www.playvid.com/watch/d2fQisk25PS,
http://www.playvid.com/watch/HJwWHXkAwvd, http://www.playvid.com/watch/Y4PCLS8XAlC, http://www.playvid.com/watch/Rhdu4W7kO0x,
http://www.playvid.com/watch/BG263RBpMuj, http://www.playvid.com/watch/te3PQZBjvxQ, http://www.playvid.com/watch/j5gKn4G2iSh,
http://www.playvid.com/watch/Eo3ZT5Qhs2b, http://www.playvid.com/watch/GD83Np6uRgh, http://www.playvid.com/watch/g8ksK2Sy5wF,
http://www.playvid.com/watch/TXXpshuCjnA, http://www.playvid.com/watch/zNvP3rGRgac, http://www.playvid.com/watch/P3ngfDoW9N8,
http://www.playvid.com/watch/T0d2uEwzk6G, http://www.playvid.com/watch/-HoPUDH8v2X, http://www.playvid.com/watch/htBNqONrHaW,
http://www.playvid.com/watch/WkmGI82zZhA, http://www.playvid.com/watch/ODSN0xzxL-6, http://www.playvid.com/watch/H6uiUP3Sa0y,
http://www.playvid.com/watch/i3b2avyKKqq, http://www.playvid.com/watch/SmcVU4XYi9z, http://www.playvid.com/watch/x3ZcDQBq3Z3,
http://www.playvid.com/watch/JYZ8lItvrl0, http://www.playvid.com/watch/ZnsLX4N9W47, http://www.playvid.com/watch/fqhbULMFvoG,
http://www.playvid.com/watch/AJPC3mVg9St, http://www.playvid.com/watch/-MUDWG-MlxN, http://www.playvid.com/watch/9FwLZEcxUVf,
http://www.playvid.com/watch/n7itrJusZ0o, http://www.playvid.com/watch/SOJlF3PV9z4, http://www.playvid.com/watch/hL6fJIZbArg,
http://www.playvid.com/watch/vF7JmERtmWF, http://www.playvid.com/watch/82khitUcOSl, http://www.playvid.com/watch/l35TbKabfng,
http://www.playvid.com/watch/nZAklbfk3-y, http://www.playvid.com/watch/eVe7CsZ85UN, http://www.playvid.com/watch/ioZtwITAUPM,
http://www.playvid.com/watch/4rAM8z2p9kK, http://www.playvid.com/watch/GMsVMwmxbtZ, http://www.playvid.com/watch/zqb6jw0Sfxl,
http://www.playvid.com/watch/cidJV6UAJcQ, http://www.playvid.com/watch/9OnYKPZHuTB, http://www.playvid.com/watch/Chptrv7sgLs,
http://www.playvid.com/watch/IpMTFqloAbc, http://www.playvid.com/watch/9ZjWP8R3tZs, http://www.playvid.com/watch/omk04PoMOGs,
http://www.playvid.com/watch/Lj--KmlvQhK, http://www.playvid.com/watch/88rJGzfBm5P, http://www.playvid.com/watch/EK8x5ciFcX7,
http://www.playvid.com/watch/3Ppmug-uEvG, http://www.playvid.com/watch/64XCRkhmX9q, http://www.playvid.com/watch/eGQFUGflPh8,
http://www.playvid.com/watch/aT3Ann66jCs, http://www.playvid.com/watch/irC063IY57m, http://www.playvid.com/watch/pi8sCsSBK52,
http://www.playvid.com/watch/TeFLe3spYyB, http://www.playvid.com/watch/4ujP0I50hHD, http://www.playvid.com/watch/AZY4hc7hccP,
http://www.playvid.com/watch/iiPbBiGNXqq, http://www.playvid.com/watch/XlLduAfGbGe, http://www.playvid.com/watch/NQ5I3fcGksC,
http://www.playvid.com/watch/ThdCTd2yJPI, http://www.playvid.com/watch/GgqYzGidyBD, http://www.playvid.com/watch/CjvDjuthRoL,
http://www.playvid.com/watch/HTCOULbiF2-, http://www.playvid.com/watch/75pG5809bR8, http://www.playvid.com/watch/m9VUjZiRIgd,
http://www.playvid.com/watch/xP-ekyh3MFh, http://www.playvid.com/watch/6NsnMtgLIcA, http://www.playvid.com/watch/f6VmPEEhW8c,
http://www.playvid.com/watch/C7LTfhrgyRp, http://www.playvid.com/watch/d32x3reBYmB, http://www.playvid.com/watch/heCjLn9mMbV,
http://www.playvid.com/watch/37tDO5jVUIW, http://www.playvid.com/watch/cjkR5Co-SDg, http://www.playvid.com/watch/Bes2GDRi85v,
http://www.playvid.com/watch/xROCNu7vmLi, http://www.playvid.com/watch/2wMZ44pe8Di, http://www.playvid.com/watch/wbAjRMZNc-l,
http://www.playvid.com/watch/smKzj4qk-wK, http://www.playvid.com/watch/oRY4docMei2, http://www.playvid.com/watch/Ug4VOswzTZr,
http://www.playvid.com/watch/9vfzIJOCB3k, http://www.playvid.com/watch/6EeNuNXKWQd, http://www.playvid.com/watch/O2mS6XrAgKc,
http://www.playvid.com/watch/zFBnqaDCoXX, http://www.playvid.com/watch/rJymSTirrQI, http://www.playvid.com/watch/U73Ug9pSFeg,
http://www.playvid.com/watch/Epaw-VjBC3R, http://www.playvid.com/watch/hFQWla996DD, http://www.playvid.com/watch/4bZm3qL3IeG,
http://www.playvid.com/watch/3-oM708AGLa, http://www.playvid.com/watch/JW6S7TX7d4F, http://www.playvid.com/watch/nxapXZXhqGn,
http://www.playvid.com/watch/PQ6-ouYNjOP, http://www.playvid.com/watch/Uy5FJpDtXjC, http://www.playvid.com/watch/x9Ea-e50YHL,
http://www.playvid.com/watch/keCTq0ZdA-x, http://www.playvid.com/watch/8mmX3uMBqRU, http://www.playvid.com/watch/aNg9Z40Oh2Z,
http://www.playvid.com/watch/rF5owmlLwwH, http://www.playvid.com/watch/4hAAIhmyvXp, http://www.playvid.com/watch/IfpI8mYCi5R,
http://www.playvid.com/watch/bs2nLnu5AQk, http://www.playvid.com/watch/qPrmLxbPWRq, http://www.playvid.com/watch/GpDB2XIouJa,
http://www.playvid.com/watch/rJsOzVMpH07, http://www.playvid.com/watch/yF2RRmfNS0L, http://www.playvid.com/watch/uTBQ-UZ2iTl,
http://www.playvid.com/watch/bZPbkBe8NWW, http://www.playvid.com/watch/X9eCovnmpP7, http://www.playvid.com/watch/xezxwg5EGic,
http://www.playvid.com/watch/FFRFZjmpCN-, http://www.playvid.com/watch/sdzD3gizNxU, http://www.playvid.com/watch/3pKSLayHfGM,
http://www.playvid.com/watch/M-ycDFUjZwE, http://www.playvid.com/watch/XJgssCeQlOr, http://www.playvid.com/watch/UFKgm9hXncA,
http://www.playvid.com/watch/0Y03BY0uuBN, http://www.playvid.com/watch/jbif5k60iyF, http://www.playvid.com/watch/G7T-Ya5Vinu,
http://www.playvid.com/watch/smCZaKtK7Lc, http://www.playvid.com/watch/JH69cSg6Ixx, http://www.playvid.com/watch/sm-v6cvebts,
http://www.playvid.com/watch/tkiQEJOgAsS, http://www.playvid.com/watch/FnghjPLnEOW, http://www.playvid.com/watch/3AKe780I6YB,
http://www.playvid.com/watch/tspYX5QrewM, http://www.playvid.com/watch/nNRScvG8KtN, http://www.playvid.com/watch/deijv3uOowl,
http://www.playvid.com/watch/tMspQzhzGKD, http://www.playvid.com/watch/MzVty9ODCMj, http://www.playvid.com/watch/3UzNbAPhHlS,
http://www.playvid.com/watch/qj-P4Pe8o4o, http://www.playvid.com/watch/vrjRHs2N35e, http://www.playvid.com/watch/rgZXC5JFyKg,
http://www.playvid.com/watch/fEcZXuuc-xQ, http://www.playvid.com/watch/CnZvHsrBpGz, http://www.playvid.com/watch/pOOOb4cOC3j,
http://www.playvid.com/watch/pTO9zudVsRQ, http://www.playvid.com/watch/BBVRgMVK3c6, http://www.playvid.com/watch/RZiXwAHecK8,
http://www.playvid.com/watch/Ci4WC3l2my3, http://www.playvid.com/watch/hDUUQ-eLfgX, http://www.playvid.com/watch/XZOCGdLYLQR,
http://www.playvid.com/watch/stm0KxD0qBS, http://www.playvid.com/watch/goRBxtKUTzY, http://www.playvid.com/watch/04ZRpMi0stv,
http://www.playvid.com/watch/QGmyo0QkYFq, http://www.playvid.com/watch/-h6C-ra9zBX, http://www.playvid.com/watch/AHEn2GQPumk,
http://www.playvid.com/watch/ciYBG5ef-j7, http://www.playvid.com/watch/wXLRudZtv3c, http://www.playvid.com/watch/rIeUe7UG7MR,
http://www.playvid.com/watch/vr7927siIS7, http://www.playvid.com/watch/mE0DLZfvF-c, http://www.playvid.com/watch/w-q5QRuYJeU,
http://www.playvid.com/watch/hPb076bl-iZ, http://www.playvid.com/watch/MBRayXOJ9N0, http://www.playvid.com/watch/jTEWQFETLp3,
http://www.playvid.com/watch/V-LowZ2KPxQ, http://www.playvid.com/watch/koUVYu6oFQy, http://www.playvid.com/watch/JaEC4F7kQcj,
http://www.playvid.com/watch/S6gjWiUwCcg, http://www.playvid.com/watch/rvYk5sfFPg5, http://www.playvid.com/watch/NSLcPBc30en,
http://www.playvid.com/watch/XW9O-WDRhAL, http://www.playvid.com/watch/iE7IpKUh8dx, http://www.playvid.com/watch/y-pSV-W7oJX,
http://www.playvid.com/watch/TrCkuYyyK9P, http://www.playvid.com/watch/N2Wp4jhIjlU, http://www.playvid.com/watch/DAraBce3R7k,
http://www.playvid.com/watch/DgbydLuFHkw, http://www.playvid.com/watch/cxnaT2I39cH, http://www.playvid.com/watch/i8wzedO09Rh,
http://www.playvid.com/watch/f8uWEUG5OWq, http://www.playvid.com/watch/jUkVMsqjVr7, http://www.playvid.com/watch/AhROiP6lejA,
http://www.playvid.com/watch/QOpV79FdkJf, http://www.playvid.com/watch/Uvf8uixhCFl, http://www.playvid.com/watch/3wFYNmR22G5,
http://www.playvid.com/watch/90e9iKYlagy, http://www.playvid.com/watch/nOOsf6wYBkn, http://www.playvid.com/watch/M-lZLzwmzmx,
http://www.playvid.com/watch/7uhGA4hQdGD, http://www.playvid.com/watch/S7vvBxpzJgR, http://www.playvid.com/watch/8pyHh09klm6,

http://www.playvid.com/watch/Mygl--65RxX, http://www.playvid.com/watch/vrTW8q06o5L, http://www.playvid.com/watch/isdYZMH4etR, http://www.playvid.com/watch/ZyKCQ9bErtX, http://www.playvid.com/watch/vbPD6xxxJGm, http://www.playvid.com/watch/WTb44DykFAH, http://www.playvid.com/watch/6SWyYK0eK8e, http://www.playvid.com/watch/0D-hoABH6RW, http://www.playvid.com/watch/uLoWe9RkhUQ, http://www.playvid.com/watch/GtDzoogMHKw, http://www.playvid.com/watch/ZtTyiG6UuCg, http://www.playvid.com/watch/bdsJ-mik8xw, http://www.playvid.com/watch/fUe-B35wDuh, http://www.playvid.com/watch/K4fbg07-Lib, http://www.playvid.com/watch/PpHQ4Rt9WfS, http://www.playvid.com/watch/cU8O67uPoE6, http://www.playvid.com/watch/VNSHTmIMDRh, http://www.playvid.com/watch/zQeKIArOUYB, http://www.playvid.com/watch/HSg0IochBqX, http://www.playvid.com/watch/tgXXijInF-R, http://www.playvid.com/watch/QULtlwMU2VC, http://www.playvid.com/watch/3ad4sCy6cVm, http://www.playvid.com/watch/c0d5QOlVYV4, http://www.playvid.com/watch/kqDgpIRV9kd, http://www.playvid.com/watch/9VZyTLyMAgZ, http://www.playvid.com/watch/T6fT-a6RhZy, http://www.playvid.com/watch/yLXa-ngHikw, http://www.playvid.com/watch/cutfsdChnmh, http://www.playvid.com/watch/fnTJNsZBS9f, http://www.playvid.com/watch/YRawOzr9mf0, http://www.playvid.com/watch/5gtGNdi9TyX, http://www.playvid.com/watch/BtUqzDFvKMi, http://www.playvid.com/watch/PQPBCsFv44T, http://www.playvid.com/watch/Hm95lby8msY, http://www.playvid.com/watch/GFennHAwZB8, http://www.playvid.com/watch/IuqVoBq6FUb, http://www.playvid.com/watch/hRykjcuNaUt, http://www.playvid.com/watch/5QsJlmfsUu4, http://www.playvid.com/watch/25FCxazZV2f, http://www.playvid.com/watch/Ww5JGu6Vos2, http://www.playvid.com/watch/CaghkZwmXQA, http://www.playvid.com/watch/F3O4mQACWoF, http://www.playvid.com/watch/SNZRpPcoxu2, http://www.playvid.com/watch/eQtLW6oE5sp, http://www.playvid.com/watch/sFFyueaPSHE, http://www.playvid.com/watch/tHObCxCmRpx, http://www.playvid.com/watch/0T2k6tm6hkP, http://www.playvid.com/watch/lcLBq75zqoe, http://www.playvid.com/watch/0OLkfqutHN9, http://www.playvid.com/watch/eFvMsiG43Az, http://www.playvid.com/watch/WmxEkl-WlmJ, http://www.playvid.com/watch/goQIhyM3OCm, http://www.playvid.com/watch/WoxcKvzEvTj, http://www.playvid.com/watch/TGYIKdz0lEk, http://www.playvid.com/watch/ekkt-56a-7D, http://www.playvid.com/watch/Y9VfU5OlDLH, http://www.playvid.com/watch/uESYr2ViQoe, http://www.playvid.com/watch/5ugv5xvWTAY, http://www.playvid.com/watch/a-AFIuJcEZi, http://www.playvid.com/watch/OGIygxQyBrj, http://www.playvid.com/watch/tcb4ca0UKjk, http://www.playvid.com/watch/kbme8GTsz-7, http://www.playvid.com/watch/LDYQuYycT3x, http://www.playvid.com/watch/GOoHR0pLnvE, http://www.playvid.com/watch/Gwdkwb7USE2, http://www.playvid.com/watch/Z0XwMf4G0P8, http://www.playvid.com/watch/FFVva-nt-Qt, http://www.playvid.com/watch/4yoFkSNooZP, http://www.playvid.com/watch/T59qo3vUIWP, http://www.playvid.com/watch/wBnGYtmfPAU, http://www.playvid.com/watch/yHrSPal0MGP, http://www.playvid.com/watch/yNa99UQdbp9, http://www.playvid.com/watch/iiTjJif5qUE, http://www.playvid.com/watch/tNsOtPSSSK0, http://www.playvid.com/watch/puwBzzfUDPw, http://www.playvid.com/watch/mBl64CLlZFi, http://www.playvid.com/watch/NgZ52XnLiYj, http://www.playvid.com/watch/Hslamsh6FbS, http://www.playvid.com/watch/wVQrIu3qttU, http://www.playvid.com/watch/SXtGB3fjshu, http://www.playvid.com/watch/K4gwB27ve4D, http://www.playvid.com/watch/jJEpgHtVf3n, http://www.playvid.com/watch/h30Zi797MYN, http://www.playvid.com/watch/MxNDGB8r0Mo, http://www.playvid.com/watch/6hkLdvFLLtm, http://www.playvid.com/watch/mE2z445TSYt, http://www.playvid.com/watch/FT4IHxYrJGp, http://www.playvid.com/watch/qc2BosydZyD, http://www.playvid.com/watch/9tBclV4EIKj, http://www.playvid.com/watch/cCZMYbval6t, http://www.playvid.com/watch/98uddTxuNUH, http://www.playvid.com/watch/qmAhMDIkoUQ, http://www.playvid.com/watch/orVNi-3RzBC, http://www.playvid.com/watch/EHIwzh7pIoj, http://www.playvid.com/watch/xWYrWki-Ile, http://www.playvid.com/watch/JbNRiBNCqel, http://www.playvid.com/watch/DNlUIavtO8b, http://www.playvid.com/watch/LREgDQBWO-l, http://www.playvid.com/watch/dZXa6krqG8R, http://www.playvid.com/watch/iKgzgSR-lig, http://www.playvid.com/watch/RarG2fDHmN5, http://www.playvid.com/watch/vzyyIzxhzt4, http://www.playvid.com/watch/SpqmoAGtSp3, http://www.playvid.com/watch/wzt48hY7BMB, http://www.playvid.com/watch/NfsjjVMqLrg, http://www.playvid.com/watch/IGpCGnsWjag, http://www.playvid.com/watch/A52aM5bOWto, http://www.playvid.com/watch/P0EYGHVEMk6, http://www.playvid.com/watch/P4DbIvLcbmY, http://www.playvid.com/watch/6FYBfNZ5zeB, http://www.playvid.com/watch/k8cu5pDS9ie, http://www.playvid.com/watch/BSCaguoTsRR, http://www.playvid.com/watch/x9q-evsRHee, http://www.playvid.com/watch/9yjS3YM220L, http://www.playvid.com/watch/UCNpp3vKZuI, http://www.playvid.com/watch/CwK0OlKU-gm, http://www.playvid.com/watch/0bvZnJIJUtJ, http://www.playvid.com/watch/DTXqCVOcknV, http://www.playvid.com/watch/D8YmBY-64pl, http://www.playvid.com/watch/aGSAvUlXWD4, http://www.playvid.com/watch/oaRv6Xg7LNS, http://www.playvid.com/watch/YVvKymHHcYM, http://www.playvid.com/watch/Om7GbBBU6H6, http://www.playvid.com/watch/I6DP0sa6X-f, http://www.playvid.com/watch/-UdZmJHfyfs, http://www.playvid.com/watch/byAwQFqqTiF, http://www.playvid.com/watch/wmCxqVbbxrU, http://www.playvid.com/watch/JQsL4e82qtK, http://www.playvid.com/watch/vGcsLvRT6c9, http://www.playvid.com/watch/DzLuVWUz6cn, http://www.playvid.com/watch/TYwVLan0Tg-, http://www.playvid.com/watch/gAV-zw58cFE, http://www.playvid.com/watch/YhcJCMjqJaM, http://www.playvid.com/watch/O87IpTcbzZV, http://www.playvid.com/watch/Zs-mN5YlD3P, http://www.playvid.com/watch/GObukCf0PMf, http://www.playvid.com/watch/gqFq0RqmmsV, http://www.playvid.com/watch/UMjmhq7M-ie, http://www.playvid.com/watch/Mx9eNeNnJol, http://www.playvid.com/watch/zb0azBQotcH, http://www.playvid.com/watch/yw2tIqgHqRd, http://www.playvid.com/watch/387Pi3ObBze, http://www.playvid.com/watch/KfHLv-Bo8dq, http://www.playvid.com/watch/Xr-PvnQTJjs, http://www.playvid.com/watch/paiCUiUtJHm, http://www.playvid.com/watch/s4T4mCqaXJU, http://www.playvid.com/watch/R7XyD9ofy6w, http://www.playvid.com/watch/x6ZcDYXECEq, http://www.playvid.com/watch/86vug5aLJVm, http://www.playvid.com/watch/MqIxCq9GBHm, http://www.playvid.com/watch/fXEBkSoF3gv, http://www.playvid.com/watch/9ccJWu8cGrC, http://www.playvid.com/watch/zlps6ytiNCY, http://www.playvid.com/watch/mt4flAs8KkP, http://www.playvid.com/watch/m3KKXFc3ogM, http://www.playvid.com/watch/xkjOc5inrEe, http://www.playvid.com/watch/gBKEOJFOCEv, http://www.playvid.com/watch/qhaWBBRvJJ0, http://www.playvid.com/watch/2SzKjKVgFs3, http://www.playvid.com/watch/3fTRFIGnuJa, http://www.playvid.com/watch/XEvGf6iYc-y, http://www.playvid.com/watch/DuhBxJnwL87, http://www.playvid.com/watch/zTe22H0OEid, http://www.playvid.com/watch/FmixubZ8E7n, http://www.playvid.com/watch/H6QBF5zT5lK, http://www.playvid.com/watch/3mIi2tBqw7B, http://www.playvid.com/watch/VGVmOZBf0G-, http://www.playvid.com/watch/WBDDP3RUOI9, http://www.playvid.com/watch/lAEsokNjXUc, http://www.playvid.com/watch/hcLf6UXj25d, http://www.playvid.com/watch/PxKJOLoZ8tv, http://www.playvid.com/watch/GahBimwxRmE, http://www.playvid.com/watch/RJYRNZHCaoZ, http://www.playvid.com/watch/0zl6iNdzX2P, http://www.playvid.com/watch/cmG7ZaXRaOG, http://www.playvid.com/watch/TyqsAVHO-3v, http://www.playvid.com/watch/3pCXKozsqzd, http://www.playvid.com/watch/J6KPKcczrEx, http://www.playvid.com/watch/dppg9K9tBIk, http://www.playvid.com/watch/p4-2TPDx4-6, http://www.playvid.com/watch/ScLDEYeJP9F, http://www.playvid.com/watch/ussJiudA6hp, http://www.playvid.com/watch/TJ-IiI5yX50, http://www.playvid.com/watch/YCj0EDL5-wT, http://www.playvid.com/watch/Aov0bZyP8zI, http://www.playvid.com/watch/7OSoPfgCtr5, http://www.playvid.com/watch/u9EeIHvNm3g, http://www.playvid.com/watch/UuOIfqtfmD5, http://www.playvid.com/watch/L8Ppne7VEd2, http://www.playvid.com/watch/AEpj6t8bBv4, http://www.playvid.com/watch/MaNfg3VRoBy, http://www.playvid.com/watch/wN2xo38o0a0, http://www.playvid.com/watch/0K6xKfQEKdE, http://www.playvid.com/watch/4ls9lAwfo3p, http://www.playvid.com/watch/m9fEjl4NCkh, http://www.playvid.com/watch/P2StTDcircC, http://www.playvid.com/watch/Ds3s2bspOE8, http://www.playvid.com/watch/vzc88G2QRnJ, http://www.playvid.com/watch/WlsPpXb6ghs, http://www.playvid.com/watch/S9Uf5SPeTNO, http://www.playvid.com/watch/am9fq3yRRDH, http://www.playvid.com/watch/foFpztJPFjc, http://www.playvid.com/watch/vuPopq0WRh9, http://www.playvid.com/watch/0NbjRmiKkPx, http://www.playvid.com/watch/T3DsVhDaV3S, http://www.playvid.com/watch/zzXHg2-8VEB, http://www.playvid.com/watch/PNEf-ByDZCp, http://www.playvid.com/watch/lunggoZUNcm, http://www.playvid.com/watch/Tk9W2XWkxd-, http://www.playvid.com/watch/rirILsO8zbR, http://www.playvid.com/watch/W34fezAUMo-, http://www.playvid.com/watch/Bf33WAelGB3, http://www.playvid.com/watch/EbzhJbIebn8, http://www.playvid.com/watch/M2TikWuM99A, http://www.playvid.com/watch/WetbB2Xe4vc, http://www.playvid.com/watch/GBaleJ5jr-P, http://www.playvid.com/watch/kw3LyKZZZ2i, http://www.playvid.com/watch/wV8DJtyE43n, http://www.playvid.com/watch/4N-Rhleo4yH, http://www.playvid.com/watch/cr9BjDpzatz, http://www.playvid.com/watch/kOZ8TspuXSF, http://www.playvid.com/watch/XTItMPMlCdy, http://www.playvid.com/watch/q0CM2z9UpCQ, http://www.playvid.com/watch/cXjo-0R5Tfp, http://www.playvid.com/watch/xQ8QSSWNgEh, http://www.playvid.com/watch/FeQPAPwyzh0, http://www.playvid.com/watch/APWLFYqu2F8, http://www.playvid.com/watch/nXVTKZ-qG3s, http://www.playvid.com/watch/p99fYQwdW0q, http://www.playvid.com/watch/8HlljmOkL8Q, http://www.playvid.com/watch/QLOCm2NLNlL, http://www.playvid.com/watch/CJHslKyWbRO, http://www.playvid.com/watch/bcOhPo86qde, http://www.playvid.com/watch/JbkLwA8VUBo, http://www.playvid.com/watch/ne2FxoMQzOs, http://www.playvid.com/watch/DURV0F9fIPL, http://www.playvid.com/watch/ilvti0SPb-j, http://www.playvid.com/watch/SHBLQGHtFZn, http://www.playvid.com/watch/iTPsRuOGqmd, http://www.playvid.com/watch/MEQurt4hws9, http://www.playvid.com/watch/O0TXLFXOenN, http://www.playvid.com/watch/T8QPjLApIm6, http://www.playvid.com/watch/lfpKuOnlMTn, http://www.playvid.com/watch/Oa3OPCtqpaF, http://www.playvid.com/watch/zwI-mIYoAHS, http://www.playvid.com/watch/vjaBZuxiprF, http://www.playvid.com/watch/eOfo3teNkEF, http://www.playvid.com/watch/cjpv72D2XOd, http://www.playvid.com/watch/5uKu5OezBqU, http://www.playvid.com/watch/gRnpSrnbM5y, http://www.playvid.com/watch/FDpMXuYdHH0, http://www.playvid.com/watch/9PCpQhBOFoR, http://www.playvid.com/watch/t73Nie-q3Da, http://www.playvid.com/watch/9PuppBGCA5s, http://www.playvid.com/watch/0taUcVBhD7a, http://www.playvid.com/watch/hIn8AdoKxRF, http://www.playvid.com/watch/ADm128w-At4, http://www.playvid.com/watch/0rZRmMMueaF, http://www.playvid.com/watch/wRPPd5t0xkz

5.f. Date of third notice: 2013-11-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zoomzoom
5.b. Uploader's email address: alekseyhambel@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zoomzoom
5.e. List of videos posted by uploader: http://www.playvid.com/watch/sGRlMSBLWs5, http://www.playvid.com/watch/jytZgTiYnFU, http://www.playvid.com/watch/V5eS7mS6Awh, http://www.playvid.com/watch/fFTSb0bfceX, http://www.playvid.com/watch/A2a3rx3808U, http://www.playvid.com/watch/icRcwYsU3P6, http://www.playvid.com/watch/7hVNUq2DCO-, http://www.playvid.com/watch/SOfdlVI5KGf,

http://www.playvid.com/watch/ickBthpGDK2, http://www.playvid.com/watch/blPMkoDuzDc, http://www.playvid.com/watch/5w90kfS88R5, http://www.playvid.com/watch/nxkVzfglZIR, http://www.playvid.com/watch/sYE4YLePpUo, http://www.playvid.com/watch/YzS4tA5hdla, http://www.playvid.com/watch/f3yEZ8htQCf, http://www.playvid.com/watch/PzuBjR4QzZn, http://www.playvid.com/watch/afA32id2X56, http://www.playvid.com/watch/DcroMt-hPzO, http://www.playvid.com/watch/K7yfQRGKNo5, http://www.playvid.com/watch/xT9CwwSxmk8, http://www.playvid.com/watch/teOiMs2Xop3, http://www.playvid.com/watch/5BJaP3CoJeh, http://www.playvid.com/watch/DmF7zBkPIN2, http://www.playvid.com/watch/wIQWfG-G4S2, http://www.playvid.com/watch/yvtCTqQMhCF, http://www.playvid.com/watch/kqhWdc-IPeA, http://www.playvid.com/watch/gDCXfJ6oTeb, http://www.playvid.com/watch/3owDX-eTTTA, http://www.playvid.com/watch/FG4cEZz2hgR, http://www.playvid.com/watch/K8Xgi29SzKh, http://www.playvid.com/watch/f8DOKcN07bp, http://www.playvid.com/watch/ZboJBtbZaP2, http://www.playvid.com/watch/ZUZQsaYfJUA, http://www.playvid.com/watch/D42k6ltbYTE, http://www.playvid.com/watch/ckkfSo5xxA7, http://www.playvid.com/watch/LyJsKKuveZf, http://www.playvid.com/watch/SYZvs0amI-D, http://www.playvid.com/watch/ViWegYrKmQ-, http://www.playvid.com/watch/C2cRNMunQcW, http://www.playvid.com/watch/bD9AbyNL6UN, http://www.playvid.com/watch/Yslfxj36XeG, http://www.playvid.com/watch/Gr4URdPAB24, http://www.playvid.com/watch/Z9rgAi0Uj3, http://www.playvid.com/watch/hPlCzGYvMFf, http://www.playvid.com/watch/dSvijmEFLBb, http://www.playvid.com/watch/VicEUSA6qri, http://www.playvid.com/watch/XEeh5sZm2NF, http://www.playvid.com/watch/RtKYq2jREYJ, http://www.playvid.com/watch/K8g0Lqphglh, http://www.playvid.com/watch/se3ZFvtgilG, http://www.playvid.com/watch/S4hMurGX4SN, http://www.playvid.com/watch/Y6LXhSM3KHS, http://www.playvid.com/watch/VgUXIn5yD-S, http://www.playvid.com/watch/2AxWmp8KYXJ, http://www.playvid.com/watch/MXd5RVlgKp-, http://www.playvid.com/watch/Ty6EnQnamtf, http://www.playvid.com/watch/mCXv9SWMpeX, http://www.playvid.com/watch/3lfxOcCnihZ, http://www.playvid.com/watch/tY803ZH0fus, http://www.playvid.com/watch/AyB0xHCH-vv
5.f. Date of third notice: 2013-09-28
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zootsuited
5.b. Uploader's email address: patmdee@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zootsuited
5.e. List of videos posted by uploader: http://www.playvid.com/watch/l6NzVlYbLYK, http://www.playvid.com/watch/557MdZOsNK0, http://www.playvid.com/watch/xVQcb4cZNVY, http://www.playvid.com/watch/owuX7bvgukn, http://www.playvid.com/watch/oVFS9FdhNrW, http://www.playvid.com/watch/sL34HA9MzM9, http://www.playvid.com/watch/nVNP64fYycT, http://www.playvid.com/watch/3QqzA533Rzn, http://www.playvid.com/watch/TQmmtGLjbtK, http://www.playvid.com/watch/silQFj29YEr, http://www.playvid.com/watch/brN5jQ4ixtq, http://www.playvid.com/watch/QIWxr5w32EA, http://www.playvid.com/watch/l9qrNCair8n, http://www.playvid.com/watch/pByrUM2DLKV, http://www.playvid.com/watch/OycPm4EwAYX, http://www.playvid.com/watch/HXO-vznzeoJ, http://www.playvid.com/watch/9g9cWvxhbd4, http://www.playvid.com/watch/sFG2OYOEMUm, http://www.playvid.com/watch/rh0muod0evJ, http://www.playvid.com/watch/dpD6De5H3oZ, http://www.playvid.com/watch/cq60dxJqsa3, http://www.playvid.com/watch/shJlBFSadUD, http://www.playvid.com/watch/sVQKLWJ7c5d, http://www.playvid.com/watch/lnUnUic-BzR, http://www.playvid.com/watch/TvcAjl0j8HA, http://www.playvid.com/watch/aunxcoflK4-, http://www.playvid.com/watch/Uhfgw-JicXp, http://www.playvid.com/watch/AXQiqQs6MS9, http://www.playvid.com/watch/2XrML64q7m6, http://www.playvid.com/watch/JwO-cg4LS93, http://www.playvid.com/watch/omNN58un2GV, http://www.playvid.com/watch/ccnKwfNDVVw, http://www.playvid.com/watch/VERa8AnhVXP, http://www.playvid.com/watch/eHcOje2i2BD, http://www.playvid.com/watch/-2ccLlSEUzY, http://www.playvid.com/watch/8yVPT6VQCK3, http://www.playvid.com/watch/kPAUHPxDo9C, http://www.playvid.com/watch/YrcbY4klo4X, http://www.playvid.com/watch/-MwWDLPNm3x, http://www.playvid.com/watch/8ENawpca7JQ, http://www.playvid.com/watch/TpyaGVgUWoX, http://www.playvid.com/watch/72yEww-sL3A, http://www.playvid.com/watch/wZx20csKrA9, http://www.playvid.com/watch/NwPIMQZqAwH, http://www.playvid.com/watch/riChJuh8f9a, http://www.playvid.com/watch/AYPoo-XRpgM, http://www.playvid.com/watch/6JhsjaJQrid, http://www.playvid.com/watch/aX54W4ukoEt, http://www.playvid.com/watch/oPd24mt4DWv, http://www.playvid.com/watch/8GInEsxgXTy, http://www.playvid.com/watch/Nx5NBuorwZY, http://www.playvid.com/watch/orAOKDncrxW, http://www.playvid.com/watch/y30RF5Spju3, http://www.playvid.com/watch/UPD3OMLWFZr, http://www.playvid.com/watch/4ZuAGvY7Tgj, http://www.playvid.com/watch/FZL8uahgFOJ, http://www.playvid.com/watch/s3bg3ec0SOJ, http://www.playvid.com/watch/cU5ZtSGK6cj, http://www.playvid.com/watch/6fYaK4dXr8f, http://www.playvid.com/watch/0CCmcg7UZpx, http://www.playvid.com/watch/qNSBzbNoUTV, http://www.playvid.com/watch/LWra7LtERTN, http://www.playvid.com/watch/MxiRlDjmIw9, http://www.playvid.com/watch/F6Z70EzRnfh, http://www.playvid.com/watch/2kIb7yIu2A3, http://www.playvid.com/watch/oCSIKOxMDCR, http://www.playvid.com/watch/QqGSZbPZaQH, http://www.playvid.com/watch/zM0Iyjwsv7g, http://www.playvid.com/watch/oYfHbTtNJ6i, http://www.playvid.com/watch/MYGXq0errEh, http://www.playvid.com/watch/AplFV6K6Dzo, http://www.playvid.com/watch/59siGZAVCFw, http://www.playvid.com/watch/99D29PvjmyC, http://www.playvid.com/watch/ItlMBAtvHAE, http://www.playvid.com/watch/VvM79opMYbZ, http://www.playvid.com/watch/6hpkCwpmdfD, http://www.playvid.com/watch/xs77sPUuQCI, http://www.playvid.com/watch/x87h5gQlOFa, http://www.playvid.com/watch/UtYu4sNZTKP, http://www.playvid.com/watch/48bq9TdjQ0X, http://www.playvid.com/watch/-pfdiTPnWGq, http://www.playvid.com/watch/nj6sWcmvDIi, http://www.playvid.com/watch/Km4547dl-4E, http://www.playvid.com/watch/oQ5Nsn4XOOq, http://www.playvid.com/watch/5cTCuLOFn7r, http://www.playvid.com/watch/kneELXI56UK, http://www.playvid.com/watch/eK3dCRNWV3y, http://www.playvid.com/watch/el9r997ABeJ, http://www.playvid.com/watch/Nj829HzarPC, http://www.playvid.com/watch/4E-JoAi90CN, http://www.playvid.com/watch/X5a5N7xHvwy, http://www.playvid.com/watch/n8LVOXQYUek, http://www.playvid.com/watch/eq6oAz56AEm, http://www.playvid.com/watch/fGEDL2nCxQl, http://www.playvid.com/watch/zi4akYZbOVg, http://www.playvid.com/watch/nEHDHie5oaf, http://www.playvid.com/watch/uk6k5-GHOOc, http://www.playvid.com/watch/Ep85cg-iPIR, http://www.playvid.com/watch/n26rIMCjx8H, http://www.playvid.com/watch/ybUz6RqAYKd, http://www.playvid.com/watch/ctCfsYvG7Qz, http://www.playvid.com/watch/l3mwhre6w-y, http://www.playvid.com/watch/u8kyNXns9Yp, http://www.playvid.com/watch/VIzuHSCb3LL, http://www.playvid.com/watch/FlAXyRW2Jsx, http://www.playvid.com/watch/OO9WF5OvL-l, http://www.playvid.com/watch/g3gWNAiAMxI, http://www.playvid.com/watch/RacH8Slgn2K, http://www.playvid.com/watch/wqXJNFqEsu3, http://www.playvid.com/watch/mrDqmx-LJQW, http://www.playvid.com/watch/PPP2EnWLLoU, http://www.playvid.com/watch/QH25wGfMRfo, http://www.playvid.com/watch/fTwp8Zkwz6L, http://www.playvid.com/watch/-fzLIwWtYFN, http://www.playvid.com/watch/zS4QoWi5oll, http://www.playvid.com/watch/sKGBewQgPpN, http://www.playvid.com/watch/gI3FRyF2B4z, http://www.playvid.com/watch/JheddV5sHqR, http://www.playvid.com/watch/Jt9WBB8KgHt, http://www.playvid.com/watch/DPYrRSWCRtd, http://www.playvid.com/watch/3zgwtYCbG9u, http://www.playvid.com/watch/3s8SI3BdLbx, http://www.playvid.com/watch/4qXVZyGzbz9, http://www.playvid.com/watch/bylbvZ0usu6, http://www.playvid.com/watch/sQM6cOz5NWq, http://www.playvid.com/watch/boB9EiPlyLC, http://www.playvid.com/watch/C-4nSLxWMT6, http://www.playvid.com/watch/6jzJcTGPYnR, http://www.playvid.com/watch/QaCElZRmXrK, http://www.playvid.com/watch/Ue3UAhe5XWe, http://www.playvid.com/watch/3Pf-2kuHN5X, http://www.playvid.com/watch/y-kmJEVs7CX, http://www.playvid.com/watch/AJoi4GAXOqZ, http://www.playvid.com/watch/N-IAs6bZP-L, http://www.playvid.com/watch/Ru8daG3Q3Jr, http://www.playvid.com/watch/6nup7MXPS3j, http://www.playvid.com/watch/T8d0B2kEfeQ, http://www.playvid.com/watch/0QFbMMylDtX, http://www.playvid.com/watch/tY7qQD0XaOK, http://www.playvid.com/watch/Pdn2pgtlfLQ, http://www.playvid.com/watch/Pjr4b6t39Zr, http://www.playvid.com/watch/VZAwbY4q3p3, http://www.playvid.com/watch/ynEwGvwnaX8, http://www.playvid.com/watch/cfU6tWk4beu, http://www.playvid.com/watch/VlBWbegSoJb, http://www.playvid.com/watch/SG3L2vbFQTR, http://www.playvid.com/watch/3TFUshtW0b8, http://www.playvid.com/watch/XKui5vOQuEQ, http://www.playvid.com/watch/NVgsp6zqLU8, http://www.playvid.com/watch/335EHe4e34O, http://www.playvid.com/watch/bFHcXi3DbUo, http://www.playvid.com/watch/fhVHBGckgoa, http://www.playvid.com/watch/oTv-vuivpTJ, http://www.playvid.com/watch/DFNlVtNz0Vp, http://www.playvid.com/watch/3Vo5OTIwiMq, http://www.playvid.com/watch/GFVA37Ze48s, http://www.playvid.com/watch/QGb9TXyB2LN, http://www.playvid.com/watch/RdDuaMQ9Tmb, http://www.playvid.com/watch/RZ3EJGwZFLw, http://www.playvid.com/watch/5GD-UkDDRw4, http://www.playvid.com/watch/vkpwQ3hy3l0, http://www.playvid.com/watch/AdCIzIAEoXd, http://www.playvid.com/watch/0yX8LClpHbF, http://www.playvid.com/watch/Nh4NL0syXwf, http://www.playvid.com/watch/s9RmMJFWANs, http://www.playvid.com/watch/cxmX-D0EKwg, http://www.playvid.com/watch/dxo2Hw2zMKO, http://www.playvid.com/watch/WqwDDoO4pTb, http://www.playvid.com/watch/c7OUEYWtG63, http://www.playvid.com/watch/pLEWjuxSag6, http://www.playvid.com/watch/E3WpRVGupyx, http://www.playvid.com/watch/eWSp9D93ZGw, http://www.playvid.com/watch/l0ZOrQrIaUr, http://www.playvid.com/watch/narZlA8lfPl, http://www.playvid.com/watch/dT3MnBGJz-Q, http://www.playvid.com/watch/HJYp96c-ZXu, http://www.playvid.com/watch/SWmr4s6gy2B, http://www.playvid.com/watch/lXyU8a23hWf, http://www.playvid.com/watch/dfgnggRR-lL, http://www.playvid.com/watch/EilhTBoXG5b, http://www.playvid.com/watch/hwS2mbzEvqa, http://www.playvid.com/watch/09ybYg0PJcT, http://www.playvid.com/watch/vFjZHyHGNJs, http://www.playvid.com/watch/elrL80APfdU, http://www.playvid.com/watch/XwUpBjpwFlI
5.f. Date of third notice: 2015-09-17 20:11:19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zorroxxx
5.b. Uploader's email address: lob668@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/zorroxxx
5.e. List of videos posted by uploader: http://www.playvid.com/watch/gw7DorEHb7O, http://www.playvid.com/watch/BnKajgUhoHD, http://www.playvid.com/watch/atvcHcrH3kr, http://www.playvid.com/watch/wWcLvgJOUkc, http://www.playvid.com/watch/UgsGjKIEr6B, http://www.playvid.com/watch/m8Cjb3RKnfb, http://www.playvid.com/watch/Qi4RhV3bDud, http://www.playvid.com/watch/w30mLYWb20A, http://www.playvid.com/watch/PJOBdI2pWMR, http://www.playvid.com/watch/gCLFKXP3mEx, http://www.playvid.com/watch/RDDW9ephsZc,

http://www.playvid.com/watch/84kzXgNDCek, http://www.playvid.com/watch/TyehDg2qMrz, http://www.playvid.com/watch/TfdFWcrweu2,
http://www.playvid.com/watch/gAJmOgmvpwG, http://www.playvid.com/watch/-0rCHuPlPE9, http://www.playvid.com/watch/ONmqwIQNUNb,
http://www.playvid.com/watch/GKFN3t2zZ6h, http://www.playvid.com/watch/xz3y35nmXIM, http://www.playvid.com/watch/ONchoDtPnlx,
http://www.playvid.com/watch/POpl6hN3-yo, http://www.playvid.com/watch/Wkv4UB-lkg7, http://www.playvid.com/watch/nvGZsbJMLBc,
http://www.playvid.com/watch/Kf5oHChjeQo, http://www.playvid.com/watch/QsaWDw5QScS, http://www.playvid.com/watch/J9Pvhz9GGBA,
http://www.playvid.com/watch/xVK2edtIjon, http://www.playvid.com/watch/js0OFMPWwd8, http://www.playvid.com/watch/lsct3GTuI8e,
http://www.playvid.com/watch/XlIN3XjoPvc, http://www.playvid.com/watch/fGRVVJEfksb, http://www.playvid.com/watch/hvcRRkwJcQs,
http://www.playvid.com/watch/8HYTTHmcmVK, http://www.playvid.com/watch/tKYkCyX0o7E, http://www.playvid.com/watch/yfmz8BGk7sV,
http://www.playvid.com/watch/PfzXRgJnk4e, http://www.playvid.com/watch/FTX9rvyz5LP, http://www.playvid.com/watch/XtnuF7F7NU5,
http://www.playvid.com/watch/KiEOvvT5MF2, http://www.playvid.com/watch/IEqoePNC2e8, http://www.playvid.com/watch/DNlGvZLEwKV,
http://www.playvid.com/watch/50X3-H58Khx, http://www.playvid.com/watch/Tt6GscUYXGV, http://www.playvid.com/watch/p9AzbeEjXzO,
http://www.playvid.com/watch/3cERJTr48zc, http://www.playvid.com/watch/AWjos-ONKzl, http://www.playvid.com/watch/RHaYuHw6HWz,
http://www.playvid.com/watch/nDNooBKdgnF, http://www.playvid.com/watch/FBCUB0TUPmF, http://www.playvid.com/watch/St0eYC08jZJ,
http://www.playvid.com/watch/tBEZSwWO5Rx, http://www.playvid.com/watch/amf7HES7cCm, http://www.playvid.com/watch/2h5FcejLe73,
http://www.playvid.com/watch/dcZVNvInc4o, http://www.playvid.com/watch/3JgRUXnJMAA, http://www.playvid.com/watch/mWk0s4nIIdx,
http://www.playvid.com/watch/YUrRQrkAbPE, http://www.playvid.com/watch/fs3EDMLnE09, http://www.playvid.com/watch/zl2T2SV7bLl,
http://www.playvid.com/watch/ENSuNlhqm7z, http://www.playvid.com/watch/Y-u4DFp4CVq, http://www.playvid.com/watch/htakkgzEj7b
5.f. Date of third notice: 2014-01-19
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: zurman
5.b. Uploader's email address: ivihohlov@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/zurman
5.e. List of videos posted by uploader: http://www.playvid.com/watch/rGV2L6XQcgO, http://www.playvid.com/watch/NE6jqlhzgCr,
http://www.playvid.com/watch/NFyTw3X392U, http://www.playvid.com/watch/xLAIQ8wMxiU, http://www.playvid.com/watch/eCdoiYGSP2m,
http://www.playvid.com/watch/M55iWa4Vrhh, http://www.playvid.com/watch/O8nygW00uq9, http://www.playvid.com/watch/FO8c2gMrWqW,
http://www.playvid.com/watch/9GtgkwZe5AM, http://www.playvid.com/watch/neWQ-lC2bkg, http://www.playvid.com/watch/qT4w3C24oQu,
http://www.playvid.com/watch/VAfvfe2zRel, http://www.playvid.com/watch/bCD84UgXXvD, http://www.playvid.com/watch/W7KdbgcCVXc,
http://www.playvid.com/watch/54JwhkgIikF, http://www.playvid.com/watch/LleBGTWAY9y, http://www.playvid.com/watch/7PCuyT9cz3-,
http://www.playvid.com/watch/PfzdUDp8Vzb, http://www.playvid.com/watch/Yzp7tWlIEUR, http://www.playvid.com/watch/PM25QYB4VU-,
http://www.playvid.com/watch/oj46p5yLGkH, http://www.playvid.com/watch/5pjIQAObMAC, http://www.playvid.com/watch/8SqWYACRuiN,
http://www.playvid.com/watch/ERMbcVGssWA, http://www.playvid.com/watch/-bIEYfmFhaQ, http://www.playvid.com/watch/nYKe5BUOlmE,
http://www.playvid.com/watch/SKHUzIsYMqM, http://www.playvid.com/watch/3qvYHG549tp, http://www.playvid.com/watch/Ms9579WE96O,
http://www.playvid.com/watch/l-ygQoVzQes, http://www.playvid.com/watch/ZHUAMiXEdNn, http://www.playvid.com/watch/MlFMqLjKy3I,
http://www.playvid.com/watch/4BrmZKZMA0H, http://www.playvid.com/watch/QCYTz7OUUHY, http://www.playvid.com/watch/yKUIQgLquId,
http://www.playvid.com/watch/luQYauzEZW6, http://www.playvid.com/watch/3e2hY-BWwNz, http://www.playvid.com/watch/YIvLuF5qtmc,
http://www.playvid.com/watch/9Uq3ySyAktp, http://www.playvid.com/watch/sMEQw3rgB9m, http://www.playvid.com/watch/uajXNjstFLk,
http://www.playvid.com/watch/PiTrYNmgb57, http://www.playvid.com/watch/kNUqzPPDdL9, http://www.playvid.com/watch/IyP69WsmZa9,
http://www.playvid.com/watch/XGZaKtGdMPX, http://www.playvid.com/watch/WISEGRf-8RZ, http://www.playvid.com/watch/TxH6fBg4zGc,
http://www.playvid.com/watch/CvpxMuYsz6K, http://www.playvid.com/watch/eEdnBIEbVnz, http://www.playvid.com/watch/wsIY9kTPALL,
http://www.playvid.com/watch/J4abH4KBFbZ, http://www.playvid.com/watch/ovouGvC3w8j, http://www.playvid.com/watch/qzHh5fK8QU6,
http://www.playvid.com/watch/EDU0pYjOMhY, http://www.playvid.com/watch/mXxgXEZmGGY, http://www.playvid.com/watch/68uQPQKNFG2,
http://www.playvid.com/watch/ONngs3CTkEa, http://www.playvid.com/watch/iOHcjNTAD5y, http://www.playvid.com/watch/wlfqGexy-GR,
http://www.playvid.com/watch/CVTVZFw0dRn, http://www.playvid.com/watch/ABfGumrzLjw, http://www.playvid.com/watch/Sla-ZSKITrm,
http://www.playvid.com/watch/3pQUJHpkAcg, http://www.playvid.com/watch/UhACBSbfeKy, http://www.playvid.com/watch/l6QFensHB4g,
http://www.playvid.com/watch/RIVqN2BalIV, http://www.playvid.com/watch/ZFJ6BEawlgO, http://www.playvid.com/watch/7-Jtx-Js5fO,
http://www.playvid.com/watch/cAYGa3finif, http://www.playvid.com/watch/zxb3amqzLXF, http://www.playvid.com/watch/GFqqFqtkKt6,
http://www.playvid.com/watch/aaPtehEAU8I, http://www.playvid.com/watch/twBIDYS98pb, http://www.playvid.com/watch/JHpA8UNOJAb,
http://www.playvid.com/watch/D2IYbel9SUO, http://www.playvid.com/watch/XekmSV7Dt-W, http://www.playvid.com/watch/beSJ5W7AQDl,
http://www.playvid.com/watch/E5O798clhSC, http://www.playvid.com/watch/5V2MZwK0XzF, http://www.playvid.com/watch/ta5PV3CbBNN,
http://www.playvid.com/watch/-p-GkpWuPlp, http://www.playvid.com/watch/IKfniR0XnqM, http://www.playvid.com/watch/UlA-Imny0TT,
http://www.playvid.com/watch/iLF64eXigNa, http://www.playvid.com/watch/MJH8ZV-zsW5, http://www.playvid.com/watch/TbEflN3PaZu,
http://www.playvid.com/watch/IG4kGG5Gikb, http://www.playvid.com/watch/YlQNcKe3pOL, http://www.playvid.com/watch/5wzbJNAwBqo,
http://www.playvid.com/watch/JnBhp7Ptixi, http://www.playvid.com/watch/sIO8VB27xXb, http://www.playvid.com/watch/IdKS67mGxWo,
http://www.playvid.com/watch/5ycruu3SE9F, http://www.playvid.com/watch/2q7Zf32F3-s, http://www.playvid.com/watch/cWlUms-oxu0,
http://www.playvid.com/watch/Kt0HBKfZIIO, http://www.playvid.com/watch/YuH0RjU8E3B, http://www.playvid.com/watch/gzZtiBryKcN,
http://www.playvid.com/watch/7gEz9PkKjAN, http://www.playvid.com/watch/v-qo-ZwHKEs, http://www.playvid.com/watch/wc59W4eDHDL,
http://www.playvid.com/watch/6pN3pZJsbwC, http://www.playvid.com/watch/XGgTK4hl9qe, http://www.playvid.com/watch/lmel2O8r9F-,
http://www.playvid.com/watch/b-d3kTF5Kd2, http://www.playvid.com/watch/ZEKpg5daIMk, http://www.playvid.com/watch/4aftUQvVn3A,
http://www.playvid.com/watch/VXtATcKyT0m, http://www.playvid.com/watch/73aE-qIzkuv, http://www.playvid.com/watch/e9-OcmbjkN6,
http://www.playvid.com/watch/s4gHu3WspZT, http://www.playvid.com/watch/IQAdQlMXods, http://www.playvid.com/watch/lkTu3CCeKhU,
http://www.playvid.com/watch/OmWwP3-cA-j, http://www.playvid.com/watch/p9dQ6Nv6c7-, http://www.playvid.com/watch/TA4PTtFfC9e,
http://www.playvid.com/watch/Oq7UyCfM0Ia, http://www.playvid.com/watch/TXzFAEvg0Wy, http://www.playvid.com/watch/hxm4vzYkWwf,
http://www.playvid.com/watch/pDgC6nSNga3, http://www.playvid.com/watch/faBEVbxVVGX, http://www.playvid.com/watch/k6HQAhqN-uG,
http://www.playvid.com/watch/LeLkoqixX0j, http://www.playvid.com/watch/ryBTPC8EEgx, http://www.playvid.com/watch/ngWfu7gGGh8,
http://www.playvid.com/watch/BNRK9TxgXRM, http://www.playvid.com/watch/Mgf3-a5yKSG, http://www.playvid.com/watch/sVS5bwH0VTx,
http://www.playvid.com/watch/pMLFXJGDlEV, http://www.playvid.com/watch/ndmwI7od0UC, http://www.playvid.com/watch/0TL0uXQebB7,
http://www.playvid.com/watch/ReSJYXJGS-l, http://www.playvid.com/watch/lVHG43UevFl, http://www.playvid.com/watch/ccASYmKfxMs,
http://www.playvid.com/watch/cjdrGgKreXp, http://www.playvid.com/watch/Yz0jjQNwPQo, http://www.playvid.com/watch/ug0xVEzIZtT,
http://www.playvid.com/watch/29zGaYzVDoi, http://www.playvid.com/watch/LzgHEOrWwi3, http://www.playvid.com/watch/EhP3PLeswWS,
http://www.playvid.com/watch/wGxcXwPyjHV, http://www.playvid.com/watch/sQLKVyvvwpR, http://www.playvid.com/watch/KAA4EQnVyve,
http://www.playvid.com/watch/SCjdNyOxnbe, http://www.playvid.com/watch/ZYKYKV7PHGB, http://www.playvid.com/watch/h5vq0QPBUCg,
http://www.playvid.com/watch/IaxSqZGFplj, http://www.playvid.com/watch/ShVHzASmF2L, http://www.playvid.com/watch/7dwTxoq2j8z,
http://www.playvid.com/watch/y9spebldfHi, http://www.playvid.com/watch/znLrQj-suBK, http://www.playvid.com/watch/Ky4C3Qs-WVj,
http://www.playvid.com/watch/aF0NAVDSU-h, http://www.playvid.com/watch/HqzfY2wUyuK, http://www.playvid.com/watch/o27dozRiYXv,
http://www.playvid.com/watch/9SQQChJpCLE, http://www.playvid.com/watch/trl5m-mC56-, http://www.playvid.com/watch/LmgqPnnVpKp,
http://www.playvid.com/watch/jZJVwS7AcyI, http://www.playvid.com/watch/UGW4ZFH4Kw2, http://www.playvid.com/watch/u4AzAXLSCve,
http://www.playvid.com/watch/TvQ8y-tccHT, http://www.playvid.com/watch/p3KypHYgIG2, http://www.playvid.com/watch/8QvBrFGctw5,
http://www.playvid.com/watch/wlmiobKEqOv, http://www.playvid.com/watch/eLuspKuXCfe, http://www.playvid.com/watch/pDtiT83zuHW,
http://www.playvid.com/watch/5o8bs-r5L9M, http://www.playvid.com/watch/NRKGz8LUKJk, http://www.playvid.com/watch/4-oW9SsvWcz,
http://www.playvid.com/watch/uQnaOgKzHno, http://www.playvid.com/watch/Udugc5TV3Ga, http://www.playvid.com/watch/RiYZvnARguB,
http://www.playvid.com/watch/NF4P5l7aIH5, http://www.playvid.com/watch/XrLw4eGTzSo, http://www.playvid.com/watch/OjoeLiFXVcR,
http://www.playvid.com/watch/yNlNEP-iQni, http://www.playvid.com/watch/iTI0B5HPxeb, http://www.playvid.com/watch/rvmZ7G6quiI,
http://www.playvid.com/watch/Bg5yBY0usVB, http://www.playvid.com/watch/-BDPeYVT4PX, http://www.playvid.com/watch/RLQZf3kC8W7,
http://www.playvid.com/watch/pn-ZD0OEfIU, http://www.playvid.com/watch/Lmo3QOtahbG, http://www.playvid.com/watch/ucIOcYETv5P,
http://www.playvid.com/watch/jOP2VkpoOft, http://www.playvid.com/watch/PB7j2xGDllU, http://www.playvid.com/watch/MZEpDuJ43IO,
http://www.playvid.com/watch/Mt9XMvNPm59, http://www.playvid.com/watch/kPUyCnGYKdY, http://www.playvid.com/watch/2bShm99l0Oz,
http://www.playvid.com/watch/amVr-dJlnlo, http://www.playvid.com/watch/RzIiMKQw9cs, http://www.playvid.com/watch/R8taeL2KVJ8,
http://www.playvid.com/watch/cfdMkS3sezi, http://www.playvid.com/watch/d69KTkZyPvp, http://www.playvid.com/watch/VbHfAA8unuX,
http://www.playvid.com/watch/I2fI-3GClCb, http://www.playvid.com/watch/Ecn68IMXAvu, http://www.playvid.com/watch/lNUV5LNB-FJ,
http://www.playvid.com/watch/LObzrbWEeOk, http://www.playvid.com/watch/HKlL9EcA3Dv, http://www.playvid.com/watch/YHLHSfK0FeZ,
http://www.playvid.com/watch/Po4eGAujvgz, http://www.playvid.com/watch/ajUOwXYpW0I, http://www.playvid.com/watch/eyFxg72Ogtm,
http://www.playvid.com/watch/8j3vxNxqckp, http://www.playvid.com/watch/925QT7eMZse, http://www.playvid.com/watch/oQmeFLkXKiq,
http://www.playvid.com/watch/DLn6-cW3NZa, http://www.playvid.com/watch/c5HOmJYbyaR, http://www.playvid.com/watch/8OOtMOUF-JF,
http://www.playvid.com/watch/x7sOjqEOiz5, http://www.playvid.com/watch/Z8Xu5XkTP8t, http://www.playvid.com/watch/YFw05O2Qi7v,
http://www.playvid.com/watch/SfWpC2CrQ-I, http://www.playvid.com/watch/gIugV6OSZLw, http://www.playvid.com/watch/fae904s3NxH,

http://www.playvid.com/watch/ya0Ur4tvtuu, http://www.playvid.com/watch/AMyFSq9ePyS, http://www.playvid.com/watch/6BEH0u67Dio, http://www.playvid.com/watch/zk9pwL9pF-z, http://www.playvid.com/watch/C899RnJp6vo, http://www.playvid.com/watch/9ipPnFlEHDn, http://www.playvid.com/watch/eBbfetZ-mUd, http://www.playvid.com/watch/hmkDTLDw54y, http://www.playvid.com/watch/uLTjXxA9WAq, http://www.playvid.com/watch/DtqAZRm-5xl, http://www.playvid.com/watch/iQPAqmJlWpu, http://www.playvid.com/watch/w9twcnqGmZg, http://www.playvid.com/watch/D8XSGLaAMQr, http://www.playvid.com/watch/DdQ7b0c6pFz, http://www.playvid.com/watch/XNFjfszLtwk, http://www.playvid.com/watch/d0wvbh8VYub, http://www.playvid.com/watch/wvacs6TdY8B, http://www.playvid.com/watch/jKOkfh93jak, http://www.playvid.com/watch/kYn5ReEEMaE, http://www.playvid.com/watch/VCtaJmeO2sz, http://www.playvid.com/watch/owLxqkZjBZ7, http://www.playvid.com/watch/9F9BAwtCxFq, http://www.playvid.com/watch/Je9I-7vcNC9, http://www.playvid.com/watch/Nyc7NMGrGfO, http://www.playvid.com/watch/7S55S-VH4i6, http://www.playvid.com/watch/GrHrEruHtlN, http://www.playvid.com/watch/PM5axPkDi3A, http://www.playvid.com/watch/n0kCw2BxaHV, http://www.playvid.com/watch/rFfYr04vngl, http://www.playvid.com/watch/hM4ZlODKRzo, http://www.playvid.com/watch/td3vgW9udPR, http://www.playvid.com/watch/UmJek-oMCVN, http://www.playvid.com/watch/Irh3BwK4wWV, http://www.playvid.com/watch/0t5ZzhYMUl3, http://www.playvid.com/watch/c5nBalLReWX, http://www.playvid.com/watch/tpSNpsZt7RM, http://www.playvid.com/watch/HVgHVJQP3Tj, http://www.playvid.com/watch/tK9uIcxSbZc, http://www.playvid.com/watch/9MCteGTYMfS, http://www.playvid.com/watch/4S4eBdbl7tb, http://www.playvid.com/watch/O6e9efetcA3, http://www.playvid.com/watch/b2NsQz-XdHN, http://www.playvid.com/watch/3BB093-Z7eM, http://www.playvid.com/watch/3iHp8v8qbhr, http://www.playvid.com/watch/sDrYXN78eW6, http://www.playvid.com/watch/NJ5g5X0yuy-, http://www.playvid.com/watch/w2AbktKCTcG, http://www.playvid.com/watch/8yNQmfOVqRU, http://www.playvid.com/watch/5b9W2NN4afR, http://www.playvid.com/watch/qwg7tcAs3ZS, http://www.playvid.com/watch/limm3VuzvnX, http://www.playvid.com/watch/xhh0tiJ3EnL, http://www.playvid.com/watch/id5kd-UsX4f, http://www.playvid.com/watch/GQgkLc9aUMv, http://www.playvid.com/watch/K3l0PbkN938, http://www.playvid.com/watch/r9EMdLVrGeM, http://www.playvid.com/watch/czYjFIQikHY, http://www.playvid.com/watch/5EoDe5g6GSV, http://www.playvid.com/watch/EDAxKCIbUbF, http://www.playvid.com/watch/LFlOs3X7daH, http://www.playvid.com/watch/N66VqhIC4N-, http://www.playvid.com/watch/LcJ0R6XjLZq, http://www.playvid.com/watch/twpiKZcLn2h, http://www.playvid.com/watch/Y7pMr896Vhs, http://www.playvid.com/watch/VnJEf6H7Kyt, http://www.playvid.com/watch/tciHUoAw6M3, http://www.playvid.com/watch/Kv-gpU6fwTE, http://www.playvid.com/watch/V0QwFBoBrsS, http://www.playvid.com/watch/PlLdPGGX7n3, http://www.playvid.com/watch/bB7qG4M32qf, http://www.playvid.com/watch/fILR-q9ecfH, http://www.playvid.com/watch/skWTkff04Id, http://www.playvid.com/watch/jKuJJYYRspX, http://www.playvid.com/watch/nvveazQsKu-, http://www.playvid.com/watch/EKuAbQtJsX5, http://www.playvid.com/watch/k5j3vNdkd5b, http://www.playvid.com/watch/RHEmWAIwpN2, http://www.playvid.com/watch/K7fpAHerPE0, http://www.playvid.com/watch/7d9H5CqTgkk, http://www.playvid.com/watch/SyVK0AMQjXC, http://www.playvid.com/watch/NGA8JerO2rf, http://www.playvid.com/watch/bMGMtF4sK7x, http://www.playvid.com/watch/UbSME8LerCB, http://www.playvid.com/watch/wayMS-hwvT4, http://www.playvid.com/watch/-QhxU7P9VHA, http://www.playvid.com/watch/vEIULvOPcls, http://www.playvid.com/watch/DzpIpkIOkTE, http://www.playvid.com/watch/ppWTkTsjOuG, http://www.playvid.com/watch/xVxGmajEakq, http://www.playvid.com/watch/eSEbQqnEGR-, http://www.playvid.com/watch/ngkM3o58z2E, http://www.playvid.com/watch/6VAHKAGwxM0, http://www.playvid.com/watch/8AioKJzo2ck, http://www.playvid.com/watch/NdKqmjrK5xK, http://www.playvid.com/watch/EiF9jkfXylQ, http://www.playvid.com/watch/ATqUKRjeday, http://www.playvid.com/watch/Nto4tH7qj-O, http://www.playvid.com/watch/B-7J3UNV5gA, http://www.playvid.com/watch/CzDoPXISP62, http://www.playvid.com/watch/Jowp9B7reob, http://www.playvid.com/watch/6xQNRsjSKOo, http://www.playvid.com/watch/t8QH2X6a3De, http://www.playvid.com/watch/hVwsQRVNFLd, http://www.playvid.com/watch/pHaaeHdXURW, http://www.playvid.com/watch/iv0UWbNO3P4, http://www.playvid.com/watch/0SlZuLHj8KQ, http://www.playvid.com/watch/Oq8JrfsOYYR, http://www.playvid.com/watch/HqHhFK44Qn-, http://www.playvid.com/watch/H6rdZK3Y8kw, http://www.playvid.com/watch/yv4fywjUYyn, http://www.playvid.com/watch/g-APd3Rb7uj, http://www.playvid.com/watch/NzYQCUZBQ69, http://www.playvid.com/watch/c-GUdCJwzQs, http://www.playvid.com/watch/2k7uLlAyaeP, http://www.playvid.com/watch/rVufzntvNt2, http://www.playvid.com/watch/EkI5d0xKc83, http://www.playvid.com/watch/NQtpLBgy5av, http://www.playvid.com/watch/ipxpYsKS9Ek, http://www.playvid.com/watch/fuTLPbqHXoQ, http://www.playvid.com/watch/5DuMmzoSJV0, http://www.playvid.com/watch/hmOaT2do8nO, http://www.playvid.com/watch/LWWcPNCnr4k, http://www.playvid.com/watch/slPmvDzkFnY, http://www.playvid.com/watch/0myIxfRzbCV, http://www.playvid.com/watch/CfeGf--LJNT, http://www.playvid.com/watch/UmdCv8ijisd, http://www.playvid.com/watch/l0iqi7npQor, http://www.playvid.com/watch/5EDaHfZcVvS, http://www.playvid.com/watch/7nOmxuYOEnO, http://www.playvid.com/watch/lAUs7PkeI4K, http://www.playvid.com/watch/SUkgytpOhzs, http://www.playvid.com/watch/qdkRPtbQju4, http://www.playvid.com/watch/3PIJ7zts36k, http://www.playvid.com/watch/NQKzOJmYVRr, http://www.playvid.com/watch/xfNIiNf3QIC, http://www.playvid.com/watch/9s0twE6oXBO, http://www.playvid.com/watch/cwxUjGI8Q3L, http://www.playvid.com/watch/IKoe3eASMRJ, http://www.playvid.com/watch/F7weugarAOt, http://www.playvid.com/watch/hXWpmTFZUPW, http://www.playvid.com/watch/I-MCiQenwAK, http://www.playvid.com/watch/IjJW3HSiqSL, http://www.playvid.com/watch/aIJUsnqPIft, http://www.playvid.com/watch/wqFI-ayTQkN, http://www.playvid.com/watch/peo3L-vSdwh, http://www.playvid.com/watch/NlvZA3rwnK5, http://www.playvid.com/watch/v8DPwJ2Ul4S

5.f. Date of third notice: 2013-09-29

5.g. Discipline imposed: Terminated

5.a. Uploader's user name: ZzZReaperZzZ

5.b. Uploader's email address: oanh.chang@yahoo.com

5.d. Uploader's profile: http://www.playvid.com/member/ZzZReaperZzZ

5.e. List of videos posted by uploader: http://www.playvid.com/watch/HsXtbQ8bGI9, http://www.playvid.com/watch/itYMnm14Um6, http://www.playvid.com/watch/hmIZ4haO3BO, http://www.playvid.com/watch/7HeQZW67I0y, http://www.playvid.com/watch/medmdd-SV2n, http://www.playvid.com/watch/FSexlRZsSBE, http://www.playvid.com/watch/U6Nn55uIXti, http://www.playvid.com/watch/5Nzb3DizuPE, http://www.playvid.com/watch/mxoSHfQxmhQ, http://www.playvid.com/watch/43ZxKy5zf2g, http://www.playvid.com/watch/sk5UtidurRQ, http://www.playvid.com/watch/IZr3QTH0dVP, http://www.playvid.com/watch/SAPc-vnyB8m, http://www.playvid.com/watch/zD9tay09CpX, http://www.playvid.com/watch/V4RCDJ5E3DA, http://www.playvid.com/watch/MmsYqsAXRYX, http://www.playvid.com/watch/l00VeA5Wk8s, http://www.playvid.com/watch/zdhb5znKMev, http://www.playvid.com/watch/dVFTUJybEbR, http://www.playvid.com/watch/DQQfh9oHijU, http://www.playvid.com/watch/tXkqWY2fkvB, http://www.playvid.com/watch/BY7VndZL3jM, http://www.playvid.com/watch/Lql9PopMa2o, http://www.playvid.com/watch/zdzKFIq3EyB, http://www.playvid.com/watch/gElbmS7MtLE, http://www.playvid.com/watch/V8t-IeaJnwY, http://www.playvid.com/watch/fWY2JWfux39, http://www.playvid.com/watch/IQkG24mr3Hl, http://www.playvid.com/watch/iqshRqF1HvT, http://www.playvid.com/watch/2G1Tvhk0GdZ, http://www.playvid.com/watch/Fn0I0Bks2qu, http://www.playvid.com/watch/FVhVJ3RBcBn, http://www.playvid.com/watch/EccMsMU3VHI, http://www.playvid.com/watch/K6WmdmFrQc7, http://www.playvid.com/watch/uv7og6fsCeg, http://www.playvid.com/watch/gXgSb8vRYWZ, http://www.playvid.com/watch/SnTvevY8IRu, http://www.playvid.com/watch/mpgwWkbxGn8, http://www.playvid.com/watch/IWHuxGaY-n6, http://www.playvid.com/watch/j8u3IY5o44i, http://www.playvid.com/watch/lAJtJGbltVy, http://www.playvid.com/watch/QJB7Xqjf9k1, http://www.playvid.com/watch/4lgB5iUgiA7, http://www.playvid.com/watch/-JkOEPRlgu3, http://www.playvid.com/watch/P06CtJvZf8k, http://www.playvid.com/watch/rRaKUmPZtH7, http://www.playvid.com/watch/WLsktPAm9Zm, http://www.playvid.com/watch/urMQ9WpTxB2, http://www.playvid.com/watch/GHT8rwCBoUu, http://www.playvid.com/watch/JtYWIny2loh, http://www.playvid.com/watch/ZoIBqaeiU58, http://www.playvid.com/watch/tckW1wpcpXA, http://www.playvid.com/watch/u2iXkLgbSLR, http://www.playvid.com/watch/SART3jeMXXp, http://www.playvid.com/watch/Q7xJU12dxai, http://www.playvid.com/watch/HWzxrTxll5b, http://www.playvid.com/watch/EPM7nvFD3It, http://www.playvid.com/watch/AX6x-VgFOGq, http://www.playvid.com/watch/v7fK0VysaGU, http://www.playvid.com/watch/3RT439duTpO, http://www.playvid.com/watch/tSA8Te8aF6c, http://www.playvid.com/watch/GWt5hPgW7wF, http://www.playvid.com/watch/7N-aqTSio-4, http://www.playvid.com/watch/0-qvFNidNON, http://www.playvid.com/watch/nZQQQFt4Rbu, http://www.playvid.com/watch/qMi2Wdt9shi, http://www.playvid.com/watch/Fcg82RWrLHL, http://www.playvid.com/watch/loWFeyaetF0, http://www.playvid.com/watch/yOy8svLwb7I, http://www.playvid.com/watch/zsmucAU9H1x, http://www.playvid.com/watch/odhWGb54rNW, http://www.playvid.com/watch/6zYfQUVaY3O, http://www.playvid.com/watch/6zLfQAsGfub, http://www.playvid.com/watch/tqatofyI80G, http://www.playvid.com/watch/M3XyVgmWVbT, http://www.playvid.com/watch/mexOKIjBJ3t, http://www.playvid.com/watch/wRcRLeslBbp, http://www.playvid.com/watch/SQCc4b5E0fR, http://www.playvid.com/watch/cbCyufmMoK8, http://www.playvid.com/watch/7y-ZozGbXjQ, http://www.playvid.com/watch/LOp2cPJ0M1C, http://www.playvid.com/watch/3AJ-QD7KZ57, http://www.playvid.com/watch/7LLMTJeDtZN, http://www.playvid.com/watch/r6XvHVR6MmA, http://www.playvid.com/watch/X9RhUzhJ_RU, http://www.playvid.com/watch/CIjsNSxRM6Q, http://www.playvid.com/watch/lQyCXz7OFc7, http://www.playvid.com/watch/45XiDz4dUFX, http://www.playvid.com/watch/oLmVpB53Zkj, http://www.playvid.com/watch/nKV2WghjQed, http://www.playvid.com/watch/ggd4b6wgwVf, http://www.playvid.com/watch/wdyb_250Hge, http://www.playvid.com/watch/q68aE3vY8Nb, http://www.playvid.com/watch/DPt36f97XVD, http://www.playvid.com/watch/JEmgGKzhBbS, http://www.playvid.com/watch/cYshgzex00j, http://www.playvid.com/watch/qf21idaGTCo, http://www.playvid.com/watch/RuwNPpFdOTr, http://www.playvid.com/watch/PZOSMxe_sZl, http://www.playvid.com/watch/0WAWopM-iuh, http://www.playvid.com/watch/FcK2VDj32vK, http://www.playvid.com/watch/litHKEgzxWe, http://www.playvid.com/watch/AxsbJCteNpk, http://www.playvid.com/watch/jExojFDmcD3, http://www.playvid.com/watch/B7VGiFA2Zwt, http://www.playvid.com/watch/d5eMcrUdmHE, http://www.playvid.com/watch/krg5B8x30iZ, http://www.playvid.com/watch/ZzOvWeZorOt, http://www.playvid.com/watch/rKr9qkeRcls, http://www.playvid.com/watch/0A0MQowN3W8, http://www.playvid.com/watch/RM18PVTAPEn, http://www.playvid.com/watch/mkVlPgnxHrN, http://www.playvid.com/watch/V3wNhSwrloW, http://www.playvid.com/watch/bdgNZ0dC_74, http://www.playvid.com/watch/kXEcO8_9Gql, http://www.playvid.com/watch/2qbspFvgqVi, http://www.playvid.com/watch/jtcT6h5LR3g, http://www.playvid.com/watch/fDn1UEL0tOR, http://www.playvid.com/watch/p8bOGSkWBgf, http://www.playvid.com/watch/FCx-vfEhMGn, http://www.playvid.com/watch/A1A4QzgdHko, http://www.playvid.com/watch/cAWslWG0c5H,

http://www.playvid.com/watch/EG42a_agsOX, http://www.playvid.com/watch/96nLW5Da_YW, http://www.playvid.com/watch/DFshBSQ5Skm,
http://www.playvid.com/watch/61bZG0yNaLa, http://www.playvid.com/watch/W9qaVYtyCdH, http://www.playvid.com/watch/Rtf1zdfKohJ,
http://www.playvid.com/watch/8u614o4ac8t, http://www.playvid.com/watch/0u8Czr2Yqbh, http://www.playvid.com/watch/A7rqwNaiO6j,
http://www.playvid.com/watch/Ef-fPMdaV1Q, http://www.playvid.com/watch/Zg8XizF61gu, http://www.playvid.com/watch/sgtp_7VaI_r,
http://www.playvid.com/watch/HTJMxAsVDXU, http://www.playvid.com/watch/z882RZenJd6, http://www.playvid.com/watch/Tcz_avuX3At,
http://www.playvid.com/watch/dvGQ1j4H4LC, http://www.playvid.com/watch/IDb3d54F6GT, http://www.playvid.com/watch/AjqwnQ420wF,
http://www.playvid.com/watch/E2hCi1IK1_U, http://www.playvid.com/watch/7-FM4MH6bwd, http://www.playvid.com/watch/po_5akWFksy,
http://www.playvid.com/watch/skkoC8QWoch, http://www.playvid.com/watch/iSasg6kLG5F, http://www.playvid.com/watch/FZGpv5jKA8V,
http://www.playvid.com/watch/WeIVGXT6CDv, http://www.playvid.com/watch/0ANw6Lv5nL2, http://www.playvid.com/watch/ngngxZaPAnW,
http://www.playvid.com/watch/Zq2QpbhSJqB, http://www.playvid.com/watch/LzLAsczggem, http://www.playvid.com/watch/e01vFz2CKYO,
http://www.playvid.com/watch/HUYzKj-J_z7, http://www.playvid.com/watch/xmTkpOrPO0b, http://www.playvid.com/watch/STA9iHyN_5C,
http://www.playvid.com/watch/XBLpPaf2WsA, http://www.playvid.com/watch/Z82Fxd9R50V, http://www.playvid.com/watch/2LQlCE670mx,
http://www.playvid.com/watch/zRNBw3vRUTc, http://www.playvid.com/watch/cDSTXqcqZ6N, http://www.playvid.com/watch/heX44GGb91b,
http://www.playvid.com/watch/xSGaV4i726l, http://www.playvid.com/watch/aoHvXZFImPw, http://www.playvid.com/watch/Iq6eOgwAb8A,
http://www.playvid.com/watch/ZuPm4B7O7cu, http://www.playvid.com/watch/zUXohg8raeY, http://www.playvid.com/watch/3m9QNEMWeIo,
http://www.playvid.com/watch/4DdiSCn2FGy, http://www.playvid.com/watch/srZELHIXJof, http://www.playvid.com/watch/6jrTjfrZlPZ,
http://www.playvid.com/watch/A6XRmva9BSP, http://www.playvid.com/watch/tOjbuMHQPrx, http://www.playvid.com/watch/wFM9A2fQeOq,
http://www.playvid.com/watch/cUL_WW6a7af, http://www.playvid.com/watch/4NxTIXkuzEx, http://www.playvid.com/watch/OBwZp67qqij,
http://www.playvid.com/watch/3KJ0D4WG6_s, http://www.playvid.com/watch/UWN9Al8HDUy, http://www.playvid.com/watch/yIeNGBCKqI8,
http://www.playvid.com/watch/OHPCn9wiur6, http://www.playvid.com/watch/lq86DlkXVk5, http://www.playvid.com/watch/hjYzjqXMjGz,
http://www.playvid.com/watch/KR5CE5O7VsX, http://www.playvid.com/watch/KaTMpUlf3O7, http://www.playvid.com/watch/9TwPIqNAmuU,
http://www.playvid.com/watch/ha5HpRnUQbj, http://www.playvid.com/watch/CzvmIKJf7NA, http://www.playvid.com/watch/eYCTl6ZK-OX,
http://www.playvid.com/watch/3jFE7TQgKWN, http://www.playvid.com/watch/HFvJA6yZFsU, http://www.playvid.com/watch/ZvD8PMXpzQu,
http://www.playvid.com/watch/DHH9-En5-2u, http://www.playvid.com/watch/5SfTM8oWKrt, http://www.playvid.com/watch/wfJlL3MB8PQ,
http://www.playvid.com/watch/7MjZbJSlsq9, http://www.playvid.com/watch/ptknI1x_I4B, http://www.playvid.com/watch/5qzvji_zCxM,
http://www.playvid.com/watch/7avO7NxL4T9, http://www.playvid.com/watch/uaXxoBeu8ys, http://www.playvid.com/watch/XEcu6iQHVzu,
http://www.playvid.com/watch/phyJ7kc312x, http://www.playvid.com/watch/GWOnwoQ8vOw, http://www.playvid.com/watch/aJ4oKraYs_m,
http://www.playvid.com/watch/NNS2RVALsrb, http://www.playvid.com/watch/6ntmfPU5NRq, http://www.playvid.com/watch/h8Z8pkDs6eU,
http://www.playvid.com/watch/KbMBjoe4Lin, http://www.playvid.com/watch/dENILbuBuRO, http://www.playvid.com/watch/SbXLwoyVowt,
http://www.playvid.com/watch/xzOkEGqpr6U, http://www.playvid.com/watch/y_L5GVttz7O, http://www.playvid.com/watch/ruc5jm3uS-a,
http://www.playvid.com/watch/P6w6_mGLGPI, http://www.playvid.com/watch/6p3N6KYGT3z, http://www.playvid.com/watch/RqcErKH8Kki,
http://www.playvid.com/watch/NG5NMCpBNUU, http://www.playvid.com/watch/n2yFmy2JfpN, http://www.playvid.com/watch/f5bERFmHuSe,
http://www.playvid.com/watch/bS__RtVCPLV, http://www.playvid.com/watch/uafMIByPpJf, http://www.playvid.com/watch/NkkFv2yFdam,
http://www.playvid.com/watch/PH7LfaIIBds, http://www.playvid.com/watch/ak1giOIsMao, http://www.playvid.com/watch/myLg5vOH8JO,
http://www.playvid.com/watch/y1WtluytaGD, http://www.playvid.com/watch/U-cX2ALAOEJ, http://www.playvid.com/watch/IZVMH9ycGzp,
http://www.playvid.com/watch/Sfg45BzvQFr, http://www.playvid.com/watch/zGlMmlyU0Ob, http://www.playvid.com/watch/YjGfZ_64FWy,
http://www.playvid.com/watch/hde4sORXmRe, http://www.playvid.com/watch/Zu5IUhxRfxj, http://www.playvid.com/watch/7sQn_nmpo1M,
http://www.playvid.com/watch/YGAMaIwC840, http://www.playvid.com/watch/WQcESAhSnHc, http://www.playvid.com/watch/DsgpZAbcMYg,
http://www.playvid.com/watch/my3zdb6F4n2, http://www.playvid.com/watch/nrTAVSd_7nc, http://www.playvid.com/watch/xpDNiJ9-zsr,
http://www.playvid.com/watch/ZseZTUwZxmx, http://www.playvid.com/watch/Byj4a0csgrS, http://www.playvid.com/watch/x_qTqR4BEgB,
http://www.playvid.com/watch/qCPQ9U9MMtE, http://www.playvid.com/watch/kiM2nyDZXoV, http://www.playvid.com/watch/MxwURbQJxOj,
http://www.playvid.com/watch/MeUDEOJZ7xc, http://www.playvid.com/watch/b6UZWiqdrkE, http://www.playvid.com/watch/2CQoFM84bPh,
http://www.playvid.com/watch/n5-wLOzgpF0, http://www.playvid.com/watch/CIzgFJDyCLW, http://www.playvid.com/watch/hor4CdwgC-v,
http://www.playvid.com/watch/Ek7Au-l13Bb, http://www.playvid.com/watch/LzX9t5VQR1I, http://www.playvid.com/watch/VgUFdt90rP2,
http://www.playvid.com/watch/zuMpC5i6Mr7, http://www.playvid.com/watch/AxfznxI9twe, http://www.playvid.com/watch/3qVvaNoWTnt,
http://www.playvid.com/watch/mKrkGXgLZz6, http://www.playvid.com/watch/Xz-UrkPSKgY, http://www.playvid.com/watch/792ejYEFtLG,
http://www.playvid.com/watch/cQ2yTJ9lwr2, http://www.playvid.com/watch/hkGOjW8FeJo, http://www.playvid.com/watch/ozkNZ5KiCQS,
http://www.playvid.com/watch/hCDfhK5dCH4, http://www.playvid.com/watch/jdU2N6KVutB, http://www.playvid.com/watch/wAFtxmZLELG,
http://www.playvid.com/watch/JtF3t2vFdDQ, http://www.playvid.com/watch/riWdvHynPga, http://www.playvid.com/watch/JaDQKjQ-IOO,
http://www.playvid.com/watch/OTzaaYnr9EA, http://www.playvid.com/watch/EzLopc51TOI, http://www.playvid.com/watch/CJV7U3NDcoX,
http://www.playvid.com/watch/nEmsZqkrSEo, http://www.playvid.com/watch/Qywcnucr83p, http://www.playvid.com/watch/yCl67runsuv,
http://www.playvid.com/watch/9i6ApIw38Ly, http://www.playvid.com/watch/4kp3-7TqR3e, http://www.playvid.com/watch/LbINF_RJBeD,
http://www.playvid.com/watch/lddhxj1DZj8, http://www.playvid.com/watch/sf5UHz2qiqg, http://www.playvid.com/watch/7IZQmPUejW0,
http://www.playvid.com/watch/BO2LqINDZ19, http://www.playvid.com/watch/Bk4oMY5tkFd, http://www.playvid.com/watch/rLefZ68GgYY,
http://www.playvid.com/watch/DBHAHYFHGP7, http://www.playvid.com/watch/FBczJRCGrxw, http://www.playvid.com/watch/IRKXULDM9RC,
http://www.playvid.com/watch/oglvJpFMTl8, http://www.playvid.com/watch/vUkI77_vnup, http://www.playvid.com/watch/mgDoFgAWpO5,
http://www.playvid.com/watch/wunderkwPcJ, http://www.playvid.com/watch/Lar6zpoMIdE, http://www.playvid.com/watch/BikonLBvfHF,
http://www.playvid.com/watch/c0qEjHZnnWD, http://www.playvid.com/watch/LlVikGPUq4C, http://www.playvid.com/watch/kQ1RPJeO4SC,
http://www.playvid.com/watch/j6g8kINxwPX, http://www.playvid.com/watch/teuBG-jluaG, http://www.playvid.com/watch/5P-D-eGT0Hu,
http://www.playvid.com/watch/i8oGCvWG0GM, http://www.playvid.com/watch/Kr5oWSKgUR0, http://www.playvid.com/watch/id0WzkUSsPT,
http://www.playvid.com/watch/08etiIV5-kg, http://www.playvid.com/watch/99YNahYQOL4, http://www.playvid.com/watch/Vak3iMKMdh7,
http://www.playvid.com/watch/YXBrCDjKWOh, http://www.playvid.com/watch/LrE6gGEs2Vx, http://www.playvid.com/watch/A5dPisUTwD2,
http://www.playvid.com/watch/pGvMcrKDRSO, http://www.playvid.com/watch/4b903W45IqU, http://www.playvid.com/watch/Er71xJxqm7L,
http://www.playvid.com/watch/8SrjK0rhsK5, http://www.playvid.com/watch/wa2GOu9gPRb, http://www.playvid.com/watch/pi-PShjCvSE,
http://www.playvid.com/watch/JgGVd0JLCPy, http://www.playvid.com/watch/duqvPR-oNuv, http://www.playvid.com/watch/Sy5CbixK6YB,
http://www.playvid.com/watch/g83WH2Xziwn, http://www.playvid.com/watch/KN_2C00xlEp, http://www.playvid.com/watch/lr_oBdAmW8B,
http://www.playvid.com/watch/yBa3Zj2Z9x5, http://www.playvid.com/watch/4_1b71nJPrK, http://www.playvid.com/watch/U94X8h8ZrvM,
http://www.playvid.com/watch/47oTtHBcRbF, http://www.playvid.com/watch/fb2XIO9Nboa, http://www.playvid.com/watch/ekscu_SP190,
http://www.playvid.com/watch/2kksbrHiy5c, http://www.playvid.com/watch/Al-EXMUUO_M, http://www.playvid.com/watch/Ephp5o_eR5D,
http://www.playvid.com/watch/lNXjxg-MFoo, http://www.playvid.com/watch/M70iXmpN6ka, http://www.playvid.com/watch/pYW9IiPdquz,
http://www.playvid.com/watch/7U_iynUoBGf, http://www.playvid.com/watch/IoikpVQgZJ5, http://www.playvid.com/watch/fnBHI5KUKof,
http://www.playvid.com/watch/5gvIQfXp9O3, http://www.playvid.com/watch/snTnqAQXMaE, http://www.playvid.com/watch/wmgm13tjGNO,
http://www.playvid.com/watch/iQMhKR486i7, http://www.playvid.com/watch/Q0GGTe_-Zwz, http://www.playvid.com/watch/uhlcjlpImp8,
http://www.playvid.com/watch/UWyREEfM9i7, http://www.playvid.com/watch/Ghl3qmm2tZv, http://www.playvid.com/watch/WZBDAhxWNys,
http://www.playvid.com/watch/M4VrQWBeoam, http://www.playvid.com/watch/Ru8LugL3vwy, http://www.playvid.com/watch/dSPm2UQQadb,
http://www.playvid.com/watch/wugeGEOM89V, http://www.playvid.com/watch/5EbE90emH_m, http://www.playvid.com/watch/t3O2uI0FI6o,
http://www.playvid.com/watch/E_2eykScvM2, http://www.playvid.com/watch/cmxgH8-wWde, http://www.playvid.com/watch/GCNAM-7-KxC,
http://www.playvid.com/watch/c5rMZnSPlMS, http://www.playvid.com/watch/T7jUaV3CKSP, http://www.playvid.com/watch/iDB5-K9lMKq,
http://www.playvid.com/watch/Bkin3_UNTFM, http://www.playvid.com/watch/3s12Z0Z4BTo, http://www.playvid.com/watch/eBnGgFeYVI4,
http://www.playvid.com/watch/uuGIync2prq, http://www.playvid.com/watch/rePlNU5g4lU, http://www.playvid.com/watch/YPKRo5ftgpC,
http://www.playvid.com/watch/VNVdG6LUsHB, http://www.playvid.com/watch/Sqc2s-7ZWaA, http://www.playvid.com/watch/ee4J-t9hpBP,
http://www.playvid.com/watch/lKrqFht0xk2, http://www.playvid.com/watch/B7Jz5QedkUk, http://www.playvid.com/watch/27dVFGVj1Rm,
http://www.playvid.com/watch/mkHF808e5Me, http://www.playvid.com/watch/Od40tGapgVl, http://www.playvid.com/watch/2y7puqdUXvD,
http://www.playvid.com/watch/5OzxWyPsUQe, http://www.playvid.com/watch/tziy8IaZlux, http://www.playvid.com/watch/EyRhGdHbMtL,
http://www.playvid.com/watch/zqRkG0m5mdF, http://www.playvid.com/watch/jXMWs-E-KXD, http://www.playvid.com/watch/Q1UYow1p9KS,
http://www.playvid.com/watch/n7zjaGvvhRy, http://www.playvid.com/watch/W_eTLQ8w4nQ, http://www.playvid.com/watch/iXzijx7pk0p,
http://www.playvid.com/watch/d5mww7gJSZ3, http://www.playvid.com/watch/id7l4JbZBQd, http://www.playvid.com/watch/h4RMA6NGYKF,
http://www.playvid.com/watch/WgtUE44tpu5, http://www.playvid.com/watch/s6iZoYXeDsU, http://www.playvid.com/watch/2sKHD0x7-zu,
http://www.playvid.com/watch/ts-qnQq58zD, http://www.playvid.com/watch/Q3IBe5vl5LO, http://www.playvid.com/watch/fTM3UEccEzI,
http://www.playvid.com/watch/D1ZMUSU8sgX, http://www.playvid.com/watch/QFKi9c-Dca0, http://www.playvid.com/watch/s3CpsHOuLgU,
http://www.playvid.com/watch/Hesdc4lNBBt, http://www.playvid.com/watch/G_tEEeIRQLP, http://www.playvid.com/watch/aQdOc_JZuwZ,
http://www.playvid.com/watch/AbRMiuocanV, http://www.playvid.com/watch/e5CHJ2Y-HBC, http://www.playvid.com/watch/bUELmBsXctl,
http://www.playvid.com/watch/krdEcEAE0NK, http://www.playvid.com/watch/BkZNp-1wDcz, http://www.playvid.com/watch/fRYi2mmta6L,
http://www.playvid.com/watch/Hu6ai5Gi0WZ, http://www.playvid.com/watch/AhiTMe1t5JG, http://www.playvid.com/watch/Q2CajRK6z4G,
http://www.playvid.com/watch/iQuVI69AYgE, http://www.playvid.com/watch/PX1sWEzWUcC, http://www.playvid.com/watch/5u3VmbceiL6,
http://www.playvid.com/watch/XLwK6a_Vt0b, http://www.playvid.com/watch/ttYNY4AMvA4, http://www.playvid.com/watch/Zow7mASF7kq,

http://www.playvid.com/watch/zdtPnSLJCLy, http://www.playvid.com/watch/t5i2JdAky1J, http://www.playvid.com/watch/nQbQs1snmro, http://www.playvid.com/watch/lAwhueGHJXM, http://www.playvid.com/watch/85asCYoJocd, http://www.playvid.com/watch/Uqct8KNZFRv, http://www.playvid.com/watch/Nq9hRWQGSu8, http://www.playvid.com/watch/cYonn3pWF6w, http://www.playvid.com/watch/oK1BPnpxAcH, http://www.playvid.com/watch/4oGFrZCAxSz, http://www.playvid.com/watch/CtTLMjBpurp, http://www.playvid.com/watch/IOK5oSaPhFv, http://www.playvid.com/watch/D9y41TmDTgB, http://www.playvid.com/watch/fTtHZyytzbq, http://www.playvid.com/watch/Fb4y84QjjXP, http://www.playvid.com/watch/Hu9fOC-lLL6, http://www.playvid.com/watch/87K15-QxRnT, http://www.playvid.com/watch/ThfB9ZLR5Zu, http://www.playvid.com/watch/aFl3jDJBqzU, http://www.playvid.com/watch/gk-S4QIOeuz, http://www.playvid.com/watch/EZBv6uR6kkU, http://www.playvid.com/watch/wrw8CmOLQZg, http://www.playvid.com/watch/P6xLw02zgLD, http://www.playvid.com/watch/MGy4ZtudDH0, http://www.playvid.com/watch/zBhtynk2epk, http://www.playvid.com/watch/2xNaeeaXFZq, http://www.playvid.com/watch/nRvvvPuOHFN, http://www.playvid.com/watch/WLAmj9n4-he, http://www.playvid.com/watch/EC2uon8m2pT, http://www.playvid.com/watch/KXmHyKNJ-Jr, http://www.playvid.com/watch/C6uIBKvYACX, http://www.playvid.com/watch/2iAp8qB21bh, http://www.playvid.com/watch/BoDgqKhU45H, http://www.playvid.com/watch/iJ2Bjsg7--5, http://www.playvid.com/watch/uD84O4XtpHp, http://www.playvid.com/watch/MwgtWQAKvfr, http://www.playvid.com/watch/qdcXOkGy83M, http://www.playvid.com/watch/0GkmZtxwQcl, http://www.playvid.com/watch/LC_T29mNUpI, http://www.playvid.com/watch/4oYBNIBSs94, http://www.playvid.com/watch/rHazmP7Ax5A, http://www.playvid.com/watch/aVdJj3aTNq0, http://www.playvid.com/watch/GOtmRTwcjMM, http://www.playvid.com/watch/jL1g4PVAZM9, http://www.playvid.com/watch/ZSw3n_SMyjL, http://www.playvid.com/watch/fBYhMji_HQQ, http://www.playvid.com/watch/K7-_I0mfWl5, http://www.playvid.com/watch/sCwqKzjGXCN, http://www.playvid.com/watch/cYmSZQirasP, http://www.playvid.com/watch/LcfQYa7rNU7, http://www.playvid.com/watch/4PHo9aatD44, http://www.playvid.com/watch/E8q5ATp_VBL, http://www.playvid.com/watch/iUMw-j2FlDa, http://www.playvid.com/watch/y_tG0eoRuwd, http://www.playvid.com/watch/m0_A0j8sbPa, http://www.playvid.com/watch/lZHTaBNVcGz, http://www.playvid.com/watch/z9j9udPKRfk, http://www.playvid.com/watch/WV4Lt1Vtrvy, http://www.playvid.com/watch/nJmb7lR93h7, http://www.playvid.com/watch/watxa91dDZm, http://www.playvid.com/watch/vuLvP4-6brC, http://www.playvid.com/watch/6GCstp_JA7W, http://www.playvid.com/watch/ITEi_46qw3d, http://www.playvid.com/watch/CF64vlS1eAH, http://www.playvid.com/watch/T_Z5fL_8bTn, http://www.playvid.com/watch/YpXjABROHpA, http://www.playvid.com/watch/JEnXezKwOOW, http://www.playvid.com/watch/ixNABUiVROe, http://www.playvid.com/watch/V5MMNT6Aj3k, http://www.playvid.com/watch/4LBj0OKjsv3, http://www.playvid.com/watch/Tt6SBvGN38Q, http://www.playvid.com/watch/I9Cw9DvvRX9, http://www.playvid.com/watch/95xQEowT8Q8, http://www.playvid.com/watch/2xFRpMzaEjq, http://www.playvid.com/watch/DYZFV6OD6ec, http://www.playvid.com/watch/MYdd8CiXkHM, http://www.playvid.com/watch/9PRqh5s_9Ku, http://www.playvid.com/watch/t7SqdsUPlea, http://www.playvid.com/watch/0qO5N6FNuGg, http://www.playvid.com/watch/wpG7GL6k5wZ, http://www.playvid.com/watch/uhn1jNPhRGr, http://www.playvid.com/watch/nQap27e1nRV, http://www.playvid.com/watch/Hfqaroswy3J, http://www.playvid.com/watch/LEAAta93hGd, http://www.playvid.com/watch/wSsARZ9CdLk, http://www.playvid.com/watch/lds7VlFI91h, http://www.playvid.com/watch/IFD6yPgT86B, http://www.playvid.com/watch/QntiQDz-5Cr, http://www.playvid.com/watch/0pVf5kL2TaE, http://www.playvid.com/watch/oUUOEu6knmj, http://www.playvid.com/watch/PT5PwOxE1_Z, http://www.playvid.com/watch/RqP-aWQJ0n5, http://www.playvid.com/watch/zylm69wny5T, http://www.playvid.com/watch/ks95HXDpQCx, http://www.playvid.com/watch/i2WxxPgNyF8, http://www.playvid.com/watch/Nra1XeCyM1g, http://www.playvid.com/watch/snveJxEVsP0, http://www.playvid.com/watch/KWKwD9JN7gV, http://www.playvid.com/watch/VYsxTI6GYy6, http://www.playvid.com/watch/kY6b5FBemSY, http://www.playvid.com/watch/ja2GlVbyBkM, http://www.playvid.com/watch/Vh5Qm4ZIqPb, http://www.playvid.com/watch/QwfBtTLoN5k, http://www.playvid.com/watch/NG1fInf8-h3, http://www.playvid.com/watch/nPGoymGahLV, http://www.playvid.com/watch/9NgM7wsKMAE, http://www.playvid.com/watch/nidSXd_lTrJ, http://www.playvid.com/watch/01RlB9-noRo, http://www.playvid.com/watch/orZHA22nKWi, http://www.playvid.com/watch/SexCu1rIJ0d, http://www.playvid.com/watch/MeHzLmziLeB, http://www.playvid.com/watch/BRZ24rNpsMw, http://www.playvid.com/watch/sMtHtVv0PFi, http://www.playvid.com/watch/oEnNWKK8MeY, http://www.playvid.com/watch/h13eVZN7MEu, http://www.playvid.com/watch/9TUvPYXLStf, http://www.playvid.com/watch/m8j_Npp8m2U, http://www.playvid.com/watch/eolv-1C0Xjg, http://www.playvid.com/watch/p6UdV8tazm8, http://www.playvid.com/watch/ob2ky5l81au, http://www.playvid.com/watch/g5iqhsSPKh4, http://www.playvid.com/watch/sNymgpwiTvn, http://www.playvid.com/watch/rCsZZsJC_tp, http://www.playvid.com/watch/8L2Me1RQfPU, http://www.playvid.com/watch/hU_x3oUeHTu, http://www.playvid.com/watch/onre931yNxU, http://www.playvid.com/watch/nV-LFqKH8Mx, http://www.playvid.com/watch/xU7YVmdqCd2, http://www.playvid.com/watch/88xxDT0KgyF, http://www.playvid.com/watch/FzZKFd4Q2Bk, http://www.playvid.com/watch/2GPMLhspser, http://www.playvid.com/watch/EqW0QYhH0yX, http://www.playvid.com/watch/bSD_bvoITbk, http://www.playvid.com/watch/YyHZhjg5b78, http://www.playvid.com/watch/Hf0FFShiovM, http://www.playvid.com/watch/PMtbGQ-2E67, http://www.playvid.com/watch/5uD7IAY7VcC, http://www.playvid.com/watch/GpQN08v5UL8, http://www.playvid.com/watch/xY_4mZX2mDD, http://www.playvid.com/watch/4HjiqMyYbwt, http://www.playvid.com/watch/WUiMTQg5uXn, http://www.playvid.com/watch/WPhY_OxVN4y, http://www.playvid.com/watch/Xkso6JXNJJZ, http://www.playvid.com/watch/drveLQAnZOL, http://www.playvid.com/watch/2kvfCLsQEwd, http://www.playvid.com/watch/k9xYF00151q, http://www.playvid.com/watch/pj11YWDx-Iv, http://www.playvid.com/watch/Yrnq4-xVy1r, http://www.playvid.com/watch/UX5ZuKM88rT, http://www.playvid.com/watch/05J7pmK79dg, http://www.playvid.com/watch/HdsyvU0Drs2, http://www.playvid.com/watch/gsaK0QM176f, http://www.playvid.com/watch/Kk6eR2N9jLR, http://www.playvid.com/watch/Dp7zWYp2GQI, http://www.playvid.com/watch/MZsyGai-X8M, http://www.playvid.com/watch/ZErsXkp4hKF, http://www.playvid.com/watch/UKsbbaU1nfN, http://www.playvid.com/watch/f0ZDDUyO5Sn, http://www.playvid.com/watch/K0uW3LdZoUK, http://www.playvid.com/watch/qEx7vhUED1X, http://www.playvid.com/watch/0UdBqGZiekd, http://www.playvid.com/watch/03lR_1F4SxJ, http://www.playvid.com/watch/wkPlv_0s7QH, http://www.playvid.com/watch/6-ffu-uncoh, http://www.playvid.com/watch/YGvbkw8FrP4, http://www.playvid.com/watch/IEOuKo4jCaj, http://www.playvid.com/watch/rXsCGTgSLrx, http://www.playvid.com/watch/cyK5t3addLC, http://www.playvid.com/watch/z-efRM2hZRT, http://www.playvid.com/watch/n5LptkBEb5C, http://www.playvid.com/watch/n4DAcsABzSI, http://www.playvid.com/watch/HbPGpGerhTg, http://www.playvid.com/watch/Xq3iuNtt5kM, http://www.playvid.com/watch/CQbXuW6wwg0, http://www.playvid.com/watch/fRFURTh7pvC, http://www.playvid.com/watch/tByJvx_Pb94, http://www.playvid.com/watch/g_BLzC9MJqR, http://www.playvid.com/watch/x5niBTwYtnP, http://www.playvid.com/watch/cLDgImiQHZx, http://www.playvid.com/watch/B-Vac7ZStLW, http://www.playvid.com/watch/QRcna4karL0, http://www.playvid.com/watch/2ejyzdvhu-B, http://www.playvid.com/watch/2AgWSSt8FRr, http://www.playvid.com/watch/DuZzrDCecLe, http://www.playvid.com/watch/7p9rRmkl2Z5, http://www.playvid.com/watch/aDcEp5colCr, http://www.playvid.com/watch/XHbxzanrW5S, http://www.playvid.com/watch/gJB7fllG1CZ, http://www.playvid.com/watch/oe8BBwGTkzJ, http://www.playvid.com/watch/z30XZhzS_Qt, http://www.playvid.com/watch/oZ8OcXf_Tvw, http://www.playvid.com/watch/j5RDjrdqFqL, http://www.playvid.com/watch/gBpPfInz01x, http://www.playvid.com/watch/Jn7YKHZyL5Y, http://www.playvid.com/watch/I2Bz429-Ym3, http://www.playvid.com/watch/ZfMKZp8Yuv3, http://www.playvid.com/watch/R0BK_J6B512, http://www.playvid.com/watch/V_s-scDA4Vv, http://www.playvid.com/watch/rhWIDWcQAHn, http://www.playvid.com/watch/veZiNkZn5PG, http://www.playvid.com/watch/OezeIsOvC4J, http://www.playvid.com/watch/F5cT62rLhq7, http://www.playvid.com/watch/6p1_BlkAgAq, http://www.playvid.com/watch/opcWeRXuPi6, http://www.playvid.com/watch/0wIXMryoMtc, http://www.playvid.com/watch/M8YZn0BwcXF, http://www.playvid.com/watch/GXa9oMZizXv, http://www.playvid.com/watch/yCMNT6itgil, http://www.playvid.com/watch/qLoNrGeuxWo, http://www.playvid.com/watch/eYXzknPvEe4, http://www.playvid.com/watch/lAg4X6bO5ys, http://www.playvid.com/watch/A5_ENWYY-gj, http://www.playvid.com/watch/42ilXznlRQC, http://www.playvid.com/watch/77bGFDAKkMD, http://www.playvid.com/watch/0d8ZozZQGH0, http://www.playvid.com/watch/Q3XuOO7ZbXe, http://www.playvid.com/watch/s-z3FrZCBnV, http://www.playvid.com/watch/yC8mO_Z1bIl, http://www.playvid.com/watch/taYlCqYd8Zr, http://www.playvid.com/watch/gEBceHD4ynP, http://www.playvid.com/watch/R3pyqPNZEuK, http://www.playvid.com/watch/qD1ECPvTbO0, http://www.playvid.com/watch/QWu4V0gKIZf, http://www.playvid.com/watch/PbroeRWvoRY, http://www.playvid.com/watch/T3Fpdr-CwKl, http://www.playvid.com/watch/lQ_BjP4hIVP, http://www.playvid.com/watch/HWRy5M_Pti2, http://www.playvid.com/watch/j-1jgu13Hbv, http://www.playvid.com/watch/MYbcPWeQO4Y, http://www.playvid.com/watch/w50Qbs3C68l, http://www.playvid.com/watch/sR50tcefF2B, http://www.playvid.com/watch/Sgly-7dCWXK, http://www.playvid.com/watch/hgvJ8DFc_a4, http://www.playvid.com/watch/x5ddBl8WrhU, http://www.playvid.com/watch/VtibTTXEDSy, http://www.playvid.com/watch/FGKSf7XX3Y3, http://www.playvid.com/watch/A0b2WC8y5ea, http://www.playvid.com/watch/5iLeUp1bo5v, http://www.playvid.com/watch/a5MAN42znz2, http://www.playvid.com/watch/BucPvr6qZtz, http://www.playvid.com/watch/Y94_5zapIMr, http://www.playvid.com/watch/LkUWsW9neqr, http://www.playvid.com/watch/ZhObwk_6oLk, http://www.playvid.com/watch/vcMTDN_68Ag, http://www.playvid.com/watch/nwAA5xD0chr, http://www.playvid.com/watch/I5XTu_UCNMo, http://www.playvid.com/watch/30xfNUXMR8c, http://www.playvid.com/watch/IH_v874AN7O, http://www.playvid.com/watch/pTh3nqGLcTX, http://www.playvid.com/watch/pjnk4c38cki, http://www.playvid.com/watch/Z4WesyjArhJ, http://www.playvid.com/watch/JqedB84PvwG, http://www.playvid.com/watch/y4gdjlGRkPL, http://www.playvid.com/watch/wAN3QTecvWW, http://www.playvid.com/watch/R8aIZuNPepz, http://www.playvid.com/watch/TOgDzmQruBp, http://www.playvid.com/watch/qI7sSkvbyHP, http://www.playvid.com/watch/nUu8p02_krv, http://www.playvid.com/watch/aNkEgNphKxe, http://www.playvid.com/watch/wd_1HLoxYP8, http://www.playvid.com/watch/hDy1u62ydDP, http://www.playvid.com/watch/48EPwOUSqE5, http://www.playvid.com/watch/0VnJg_Q1mgA, http://www.playvid.com/watch/bc-DcbTJLOh, http://www.playvid.com/watch/fMzFS_uvmWR, http://www.playvid.com/watch/P9bT3o2s8EB, http://www.playvid.com/watch/7haay4Ffp17, http://www.playvid.com/watch/B64IAWTJvCE, http://www.playvid.com/watch/933VEhg_HSH, http://www.playvid.com/watch/85ASglWDIpL, http://www.playvid.com/watch/QmNBtTAUFh7, http://www.playvid.com/watch/hkZ5_W8YYCQ, http://www.playvid.com/watch/98I-MV7yGxq, http://www.playvid.com/watch/i_CzFdMLSyX, http://www.playvid.com/watch/ol7GyBaB4ar, http://www.playvid.com/watch/sSiF_uzKDX4, http://www.playvid.com/watch/LGbjAEGEh1G, http://www.playvid.com/watch/yYPMLJ_nGmy, http://www.playvid.com/watch/qY-xtJgM_Nn, http://www.playvid.com/watch/affycJRwI-u, http://www.playvid.com/watch/JTvCxmtVtZj, http://www.playvid.com/watch/epfRa33mwa2, http://www.playvid.com/watch/zAbakGor0hF, http://www.playvid.com/watch/DcVRSV19P70, http://www.playvid.com/watch/wLuigTd1clL, http://www.playvid.com/watch/elN9Q_wkc-B, http://www.playvid.com/watch/H0XWE4Q9LCW, http://www.playvid.com/watch/b9kUIsnEvPk,

http://www.playvid.com/watch/XAR9JtHvpg3, http://www.playvid.com/watch/M-SGNHsrkjC, http://www.playvid.com/watch/mrvKToWWQWd,
http://www.playvid.com/watch/FhZvImNd9jT, http://www.playvid.com/watch/F03QKUC3j5t, http://www.playvid.com/watch/oYK-D0DWDk3,
http://www.playvid.com/watch/ON5fUpsdHcD, http://www.playvid.com/watch/TULR25M_NWC, http://www.playvid.com/watch/4C3xbP4pulU,
http://www.playvid.com/watch/KC_ENZYU2X9, http://www.playvid.com/watch/uPIBAYba-Bf, http://www.playvid.com/watch/ddOQL7LOuls,
http://www.playvid.com/watch/kLB4iwg2iZm, http://www.playvid.com/watch/RlPYT6c90-H, http://www.playvid.com/watch/09COaUz3D8q,
http://www.playvid.com/watch/RY7YPsA8l89, http://www.playvid.com/watch/ngXA3TSy_WF, http://www.playvid.com/watch/KJZ_S3EhUVg,
http://www.playvid.com/watch/Dt8fmvoszn5, http://www.playvid.com/watch/4YMq4URwCqx, http://www.playvid.com/watch/dxvf3qbe5aS,
http://www.playvid.com/watch/EV92m-h69Yl, http://www.playvid.com/watch/gYRBb6gYZ6f, http://www.playvid.com/watch/9rMPDIcH_7j,
http://www.playvid.com/watch/fuMvbKmrVL2, http://www.playvid.com/watch/yqjUFeAR50F, http://www.playvid.com/watch/sdSQEURWUuV,
http://www.playvid.com/watch/t_pNFgaW3OL, http://www.playvid.com/watch/vjmWGTgr3fb, http://www.playvid.com/watch/x7MiT55WvFx,
http://www.playvid.com/watch/FEaipR5IZmM, http://www.playvid.com/watch/bhqK04lyP-D, http://www.playvid.com/watch/Jo2vs4ce4LH,
http://www.playvid.com/watch/Mxc93FcMbBL, http://www.playvid.com/watch/LN-uvkbj1fi, http://www.playvid.com/watch/GkWnQ8m9mHp,
http://www.playvid.com/watch/81J37zTRuY9, http://www.playvid.com/watch/mhPn2dRvFU8, http://www.playvid.com/watch/CzMMEyBDsCW,
http://www.playvid.com/watch/uoo8VvytdUT, http://www.playvid.com/watch/pxoMVWbDvbC, http://www.playvid.com/watch/qhUVjRtbcR7,
http://www.playvid.com/watch/X09BtQZvSRJ, http://www.playvid.com/watch/n5paH2jPwsF, http://www.playvid.com/watch/EC4LrNblpdF,
http://www.playvid.com/watch/qhC0ejQDdhZ, http://www.playvid.com/watch/obeHS49g_4a, http://www.playvid.com/watch/5yl9KZFOOy9,
http://www.playvid.com/watch/3VXvKqM4X7C, http://www.playvid.com/watch/G5fn2CoJH5S, http://www.playvid.com/watch/WF7xtHPbrlA,
http://www.playvid.com/watch/yX3f1VPrgNJ, http://www.playvid.com/watch/6FnJ5oBOlXX, http://www.playvid.com/watch/ZrnueZGhiCq,
http://www.playvid.com/watch/n-N5LV324Ll, http://www.playvid.com/watch/f5gyhXi-Fn2, http://www.playvid.com/watch/a2o8vUTydK8,
http://www.playvid.com/watch/f_NcGqWyAWO, http://www.playvid.com/watch/TtbgKhF5c_n, http://www.playvid.com/watch/jyj3ISJvck5,
http://www.playvid.com/watch/P3MWBOQ65Sr, http://www.playvid.com/watch/Umf25993vJV, http://www.playvid.com/watch/uKnsMNG2_-i,
http://www.playvid.com/watch/VXRAxfdPaH3, http://www.playvid.com/watch/Ton5637lINe, http://www.playvid.com/watch/hEKMtn7dcEV,
http://www.playvid.com/watch/Qm8rntuObdz, http://www.playvid.com/watch/P1qtWVBywLf, http://www.playvid.com/watch/k5srpymUWkr,
http://www.playvid.com/watch/A_kQRrAnhtL, http://www.playvid.com/watch/zBUoB9_u8ZD, http://www.playvid.com/watch/M9TljXQoi6g,
http://www.playvid.com/watch/VI5Ii88GvuK, http://www.playvid.com/watch/sxxlUro11CY, http://www.playvid.com/watch/UGO4pI225-9,
http://www.playvid.com/watch/pB5dtRwJfw4, http://www.playvid.com/watch/wkRtr18KBWo, http://www.playvid.com/watch/HF0p5rhOu23,
http://www.playvid.com/watch/WYD8mCZV70F, http://www.playvid.com/watch/eD_np6M99R6, http://www.playvid.com/watch/hrVL-6pErcD,
http://www.playvid.com/watch/vUFRng_Dh2h, http://www.playvid.com/watch/37WzZf9rRSI, http://www.playvid.com/watch/tjSmDj96Jcx,
http://www.playvid.com/watch/kY-ceaNgw2u, http://www.playvid.com/watch/irbVRxNIGaO, http://www.playvid.com/watch/ZgYTb7FYdoQ,
http://www.playvid.com/watch/OXkD52gQpR6, http://www.playvid.com/watch/qE8kjD3rm60, http://www.playvid.com/watch/Vm2-xWnyFt6,
http://www.playvid.com/watch/vuYqgiIG9id, http://www.playvid.com/watch/AeYPgZ5m0Xx, http://www.playvid.com/watch/iL6RBdFfTzG,
http://www.playvid.com/watch/tO3qOQBf5v4, http://www.playvid.com/watch/pROfE1oj-uI, http://www.playvid.com/watch/MR84lmwjTUO,
http://www.playvid.com/watch/N2fnSuFeZ1O, http://www.playvid.com/watch/88kryvhJyR9, http://www.playvid.com/watch/fsfMbvckmML,
http://www.playvid.com/watch/dpfyVSScLHN, http://www.playvid.com/watch/WPSrAr_SPhC, http://www.playvid.com/watch/FoN-1TV08Tk,
http://www.playvid.com/watch/ewWHOyGKtbm, http://www.playvid.com/watch/Kkby4RQZVk3, http://www.playvid.com/watch/DBNrSCqfHNQ,
http://www.playvid.com/watch/meW-8XwlwPJ, http://www.playvid.com/watch/EjQLZKICSYg, http://www.playvid.com/watch/WbjfI49HfPM,
http://www.playvid.com/watch/l18kdGlLnLL, http://www.playvid.com/watch/gP2OCqmzsDj, http://www.playvid.com/watch/MKUPC54-INX,
http://www.playvid.com/watch/2dc29cLj0mk, http://www.playvid.com/watch/sDx2ytMG3IG, http://www.playvid.com/watch/6JcYof2s18f,
http://www.playvid.com/watch/IKvkmVg7yII, http://www.playvid.com/watch/NoLM5JY7cct, http://www.playvid.com/watch/Di_lD99WObf,
http://www.playvid.com/watch/Q0W9ck8BgGK, http://www.playvid.com/watch/6qqLfLHREde, http://www.playvid.com/watch/0YxXl3ZMKzk,
http://www.playvid.com/watch/KVztVmKb-PE, http://www.playvid.com/watch/sfQqz6rH4Vw, http://www.playvid.com/watch/ggevrkDha6L,
http://www.playvid.com/watch/Q7coRPPAEWh, http://www.playvid.com/watch/zTqr0rfh90u, http://www.playvid.com/watch/kKOHRI2WrgZ,
http://www.playvid.com/watch/RrYBiHxuG9r, http://www.playvid.com/watch/C-Eh35F4Vwf, http://www.playvid.com/watch/IeGdWzDKFdt,
http://www.playvid.com/watch/JJYqagNbmDe, http://www.playvid.com/watch/RbBysLUiq5v, http://www.playvid.com/watch/WzEum8zwrOK,
http://www.playvid.com/watch/XycmdbtTkGi, http://www.playvid.com/watch/betISq18Gf9, http://www.playvid.com/watch/NN3lfqiF4pO,
http://www.playvid.com/watch/P0TQRQnrsvc, http://www.playvid.com/watch/82h-P3mtES3, http://www.playvid.com/watch/ph1p-DNIx2i,
http://www.playvid.com/watch/e5IFo5-5ccn, http://www.playvid.com/watch/rmeEVcDK1yf, http://www.playvid.com/watch/b-2zjq8Sx3s,
http://www.playvid.com/watch/Yy1ygYLBT1e, http://www.playvid.com/watch/MxhA0SLsXLk, http://www.playvid.com/watch/ozuTjSsrH5J,
http://www.playvid.com/watch/DuRdZPgt9MN, http://www.playvid.com/watch/RsSXowK02WI, http://www.playvid.com/watch/SOnCKeMjso2,
http://www.playvid.com/watch/BqQNpjFK_NU, http://www.playvid.com/watch/sSJPJIE3xyc, http://www.playvid.com/watch/msDPBCKnlNv,
http://www.playvid.com/watch/2gWW2yIGmIb, http://www.playvid.com/watch/mD6zR6bpE7G, http://www.playvid.com/watch/qd7vof1S864,
http://www.playvid.com/watch/dMPAj8SiCVB, http://www.playvid.com/watch/S4yjy-J3lUC, http://www.playvid.com/watch/MW_r0VMnU7U,
http://www.playvid.com/watch/KsU9XYHAHBz, http://www.playvid.com/watch/AV8FDSeZ7Ac, http://www.playvid.com/watch/ZUc-n0J80hC,
http://www.playvid.com/watch/RU3QjjOGuWC, http://www.playvid.com/watch/b6slxw7x1Cq, http://www.playvid.com/watch/fNrWrBKbH8t,
http://www.playvid.com/watch/5B6Sxu5psWU, http://www.playvid.com/watch/POpW6tdoHv5, http://www.playvid.com/watch/u9MqdbmlVRF,
http://www.playvid.com/watch/0bnW3GderDD, http://www.playvid.com/watch/F_cT0h5hMV8, http://www.playvid.com/watch/uB7s_quS-uu,
http://www.playvid.com/watch/5UM1rxpSnyx, http://www.playvid.com/watch/xyNE0LlDo46, http://www.playvid.com/watch/uQZQDKO2P6M,
http://www.playvid.com/watch/ihICEbSoE6R, http://www.playvid.com/watch/W2RAxx5OAPN, http://www.playvid.com/watch/gGN7OrsFxrp,
http://www.playvid.com/watch/jgchOyAUCBN, http://www.playvid.com/watch/0IVa7Dfm1By, http://www.playvid.com/watch/XBHqPBAOrnl,
http://www.playvid.com/watch/On2s8-JZY8S, http://www.playvid.com/watch/ICA74SDGvut, http://www.playvid.com/watch/HuXooJhZ5qG,
http://www.playvid.com/watch/a4VuYhV_O-B, http://www.playvid.com/watch/urFL91dLjZA, http://www.playvid.com/watch/ZJj4PtHcynm,
http://www.playvid.com/watch/HQujuZPEIbX, http://www.playvid.com/watch/kVg3kxslFGl, http://www.playvid.com/watch/goJ4on9BydC,
http://www.playvid.com/watch/Bl9dBfQa569, http://www.playvid.com/watch/wd1ARtoSmgm, http://www.playvid.com/watch/QbkcqhHJewT,
http://www.playvid.com/watch/a0oh8hhSNrV, http://www.playvid.com/watch/j4HcIsEt-yg, http://www.playvid.com/watch/bz9SQtj6-jQ,
http://www.playvid.com/watch/ZJ09NlHJ2B2, http://www.playvid.com/watch/ctbQgxwexwf, http://www.playvid.com/watch/cNncw9L06qB,
http://www.playvid.com/watch/8p6me0HJGWN, http://www.playvid.com/watch/LvqHpy55Y06, http://www.playvid.com/watch/nMhtZ5x6-ip,
http://www.playvid.com/watch/GF8MRyCAa0S, http://www.playvid.com/watch/6eNFjWxOITE, http://www.playvid.com/watch/44zNLWEQW5V,
http://www.playvid.com/watch/hr8Ziu-pdCR, http://www.playvid.com/watch/tEAXvFL9jA8, http://www.playvid.com/watch/avDeXfNTBIo,
http://www.playvid.com/watch/TIw726sX737, http://www.playvid.com/watch/zdqv4L3-Zpv, http://www.playvid.com/watch/FfTIW5CcMZu,
http://www.playvid.com/watch/5aiNi5PxeyF, http://www.playvid.com/watch/gMJX9aC9T-B, http://www.playvid.com/watch/Yay4C86HQA5,
http://www.playvid.com/watch/trC5Ox1kKO6, http://www.playvid.com/watch/xC19zXenVPi, http://www.playvid.com/watch/hZZ7ie2FP98,
http://www.playvid.com/watch/aiJ7wP4QEiH, http://www.playvid.com/watch/WNTBx9UU_DQ, http://www.playvid.com/watch/OsE-NnetTD0,
http://www.playvid.com/watch/C_3ybHGF6xH, http://www.playvid.com/watch/zSFnR_amgNX, http://www.playvid.com/watch/bRVYD0rcMwD,
http://www.playvid.com/watch/TgUh7OOOQQe, http://www.playvid.com/watch/J74c9mp-P9q, http://www.playvid.com/watch/nVcPywpTDFX,
http://www.playvid.com/watch/GSn5h0TDhj5, http://www.playvid.com/watch/Nui0ka31AMQ, http://www.playvid.com/watch/PXeuycZaJ78,
http://www.playvid.com/watch/Z0YKZMU412y, http://www.playvid.com/watch/EZAVvREn0q4, http://www.playvid.com/watch/AtYSZGvuVIe,
http://www.playvid.com/watch/yCibsisvCPU, http://www.playvid.com/watch/Z-xwXPk6t5e, http://www.playvid.com/watch/hDeOtXnJCnz,
http://www.playvid.com/watch/ONMmHiRhzmX, http://www.playvid.com/watch/Sb-RcTF6m35, http://www.playvid.com/watch/vBCPpY9I3Hh,
http://www.playvid.com/watch/OODwP9YQybe, http://www.playvid.com/watch/Gu6a6D8geCO, http://www.playvid.com/watch/5EXAfxOlYh7,
http://www.playvid.com/watch/VzWhwqmuHPc, http://www.playvid.com/watch/TyAcaW7xOd0, http://www.playvid.com/watch/kE95mNeo_Up,
http://www.playvid.com/watch/p0YfEjN5cjd, http://www.playvid.com/watch/0I5fxIud5zQ, http://www.playvid.com/watch/B7s2mvnsFZ8,
http://www.playvid.com/watch/wD4dh8bqqP9, http://www.playvid.com/watch/Xn-051hORqt, http://www.playvid.com/watch/3qtcbiHVouD,
http://www.playvid.com/watch/LpZ7THtl09O, http://www.playvid.com/watch/lMIc0QBWS8A, http://www.playvid.com/watch/PyzANZXRtKu,
http://www.playvid.com/watch/gJfC7kkLICu, http://www.playvid.com/watch/VEGkeur7eCO, http://www.playvid.com/watch/QQXZPje5Ds4,
http://www.playvid.com/watch/tTNBu9l2072, http://www.playvid.com/watch/xSuyXwzMZwy, http://www.playvid.com/watch/vhKJEVEt7CX,
http://www.playvid.com/watch/hTE7hUA4ZUO, http://www.playvid.com/watch/t_R28t77H-2, http://www.playvid.com/watch/kq1LB1P10Nk,
http://www.playvid.com/watch/dnQoztV8clO, http://www.playvid.com/watch/otEUywhRfNw, http://www.playvid.com/watch/uYL9fUqa0dC,
http://www.playvid.com/watch/c1XjB2WGa6b, http://www.playvid.com/watch/Bi3scY0PO5t, http://www.playvid.com/watch/gtlFaqfFkZb,
http://www.playvid.com/watch/bXGqMXblHFc, http://www.playvid.com/watch/bnWxq7DJ3XQ, http://www.playvid.com/watch/Ij3xMmu-w-2,
http://www.playvid.com/watch/e972SzGLTuk, http://www.playvid.com/watch/0Sgxdiy5XLA, http://www.playvid.com/watch/txtCCwIRAAt,
http://www.playvid.com/watch/jLEQW_XmaYF, http://www.playvid.com/watch/fMm__btHiDW, http://www.playvid.com/watch/P49nT38mOuh,
http://www.playvid.com/watch/i-P2Uwt9VRd, http://www.playvid.com/watch/9poAkg1Bcfa, http://www.playvid.com/watch/3F1kgbYrsUZ,
http://www.playvid.com/watch/luWKq1dd4O7, http://www.playvid.com/watch/QcEw7rPcg9J, http://www.playvid.com/watch/rRrGJN9jJP5,
http://www.playvid.com/watch/IjtUs4GLTRO, http://www.playvid.com/watch/LHuHCdFc2Fc, http://www.playvid.com/watch/gzo9myQedtZ,
http://www.playvid.com/watch/9MvVnu0nPTc, http://www.playvid.com/watch/wXYWgNOfuWU, http://www.playvid.com/watch/yiKSqQaZyCz,
http://www.playvid.com/watch/6Hzu6nxobna, http://www.playvid.com/watch/BrA9DMVGpTK, http://www.playvid.com/watch/p6upQIvcdK3,

http://www.playvid.com/watch/PyLY6ribg_n, http://www.playvid.com/watch/MfROT5T0_tS, http://www.playvid.com/watch/Alw-HxQ74gr,
http://www.playvid.com/watch/YeoOU4oFV2L, http://www.playvid.com/watch/dPUpJCxyFeP, http://www.playvid.com/watch/W5fVNtXgxNf,
http://www.playvid.com/watch/G99J2vKC1Ce, http://www.playvid.com/watch/4T4V2Vr76xa, http://www.playvid.com/watch/72dOXqeEr9s,
http://www.playvid.com/watch/VDSTTpxKjWe, http://www.playvid.com/watch/N0WWf3ZEihA, http://www.playvid.com/watch/DpamjfA_Fhx,
http://www.playvid.com/watch/l8zx70YdFDb, http://www.playvid.com/watch/YUIZErDGNc6, http://www.playvid.com/watch/o7Dqr7eAGwr,
http://www.playvid.com/watch/lKNF5d4BnT0, http://www.playvid.com/watch/9LqhO0JCKJl, http://www.playvid.com/watch/zQ7W5-CpVYC,
http://www.playvid.com/watch/xKwISvPkVLU, http://www.playvid.com/watch/dbIGlIJRLnj, http://www.playvid.com/watch/r5-wrVZo2kd,
http://www.playvid.com/watch/Yn8ivNDaQzV, http://www.playvid.com/watch/jZqaLfjnJnl, http://www.playvid.com/watch/9Nh_MGErL_P,
http://www.playvid.com/watch/GMzYpRtWJbu, http://www.playvid.com/watch/jrnmOXfCXqi, http://www.playvid.com/watch/jZ9ay7vLizQ,
http://www.playvid.com/watch/Jb9KIwtaUiU, http://www.playvid.com/watch/IXThTqMtwE6, http://www.playvid.com/watch/Cq8SqFPuiJI,
http://www.playvid.com/watch/AenwFL2bQYq, http://www.playvid.com/watch/mQwhsiCXrLh, http://www.playvid.com/watch/QQtCuEVYW8x,
http://www.playvid.com/watch/o_lR6PU98hV, http://www.playvid.com/watch/uaSwZZrV_2w, http://www.playvid.com/watch/EMTq70MYVSr,
http://www.playvid.com/watch/X7cITGOQofE, http://www.playvid.com/watch/AmnNfMVclHe, http://www.playvid.com/watch/E3L3lh2HMmL,
http://www.playvid.com/watch/2z3JXthMyVv, http://www.playvid.com/watch/n7v7pAzwB6p, http://www.playvid.com/watch/cdgNoLq1Nkc,
http://www.playvid.com/watch/naP7AsMemBS, http://www.playvid.com/watch/f8M2Er-TgJO, http://www.playvid.com/watch/o92j5Jmff87,
http://www.playvid.com/watch/q4Jaetyp_RW, http://www.playvid.com/watch/74MrInepAkB, http://www.playvid.com/watch/6djaH4Eq5Va,
http://www.playvid.com/watch/doC92UT7VdO, http://www.playvid.com/watch/hs7aIfNQ8Ld, http://www.playvid.com/watch/T12LnmrJUvJ,
http://www.playvid.com/watch/pbi2H5LPoNl, http://www.playvid.com/watch/hosTxjgG0en, http://www.playvid.com/watch/zBxP_hhN_by,
http://www.playvid.com/watch/CPWqu74Avuz, http://www.playvid.com/watch/CX2-tlUXQq4, http://www.playvid.com/watch/PxFddAezP1d,
http://www.playvid.com/watch/SRcn8FgvLI3, http://www.playvid.com/watch/h4CXEAFZ3ZA, http://www.playvid.com/watch/rR4mUyAbzUR,
http://www.playvid.com/watch/xOIfdAh162x, http://www.playvid.com/watch/7SCX67dqPO2, http://www.playvid.com/watch/5vS9e9voE4q,
http://www.playvid.com/watch/bHmz6SAZzFS, http://www.playvid.com/watch/7kJh18VR3aJ, http://www.playvid.com/watch/ptC2jA3lprC,
http://www.playvid.com/watch/hanxL1eNWcS, http://www.playvid.com/watch/Ba79WrjqmGL, http://www.playvid.com/watch/TDbIHx6i5cH,
http://www.playvid.com/watch/DFsYmpDsjxk, http://www.playvid.com/watch/er0oJKJAhPB, http://www.playvid.com/watch/ZPZnaedh4gk,
http://www.playvid.com/watch/YN_cXX7SfSE, http://www.playvid.com/watch/2nXMTXwjR7T, http://www.playvid.com/watch/DnsfN1UFKeM,
http://www.playvid.com/watch/eTugdJ1wBhf, http://www.playvid.com/watch/w9RNfwmuAYj, http://www.playvid.com/watch/l-GzZWGCngZ,
http://www.playvid.com/watch/7-gcCIZO_jA, http://www.playvid.com/watch/QIaLvVyPgKs, http://www.playvid.com/watch/oAYr1ybiGtA,
http://www.playvid.com/watch/LkDMQow_4eD, http://www.playvid.com/watch/6fDU0hflQUY, http://www.playvid.com/watch/lHl3hkJojot,
http://www.playvid.com/watch/N5hoqTFGvtM, http://www.playvid.com/watch/S3jAayyqgJi, http://www.playvid.com/watch/OWysf6WFIJ7,
http://www.playvid.com/watch/bgw9LB_QOCs, http://www.playvid.com/watch/0HmUO4jK5nU, http://www.playvid.com/watch/xUhij3D45a3,
http://www.playvid.com/watch/uEzaFTwy94E, http://www.playvid.com/watch/DUQuQnYRvVL, http://www.playvid.com/watch/9pzI7l_2_1L,
http://www.playvid.com/watch/fb5nKRGkTmJ, http://www.playvid.com/watch/V2HKaksd1sS, http://www.playvid.com/watch/TV04kFLg-26,
http://www.playvid.com/watch/8WMmnbOPz0M, http://www.playvid.com/watch/w-oyFLyzSFz, http://www.playvid.com/watch/v96WqXBHRPk,
http://www.playvid.com/watch/bRKFMACzGDs, http://www.playvid.com/watch/S6cArj7FMRR, http://www.playvid.com/watch/9LWOTMeSMa3,
http://www.playvid.com/watch/LMvMKtSVWzR, http://www.playvid.com/watch/qgjPIa1xhhp, http://www.playvid.com/watch/iWLj8Vn1A4c,
http://www.playvid.com/watch/qm20c6TnZfH, http://www.playvid.com/watch/uj9NsgAb0k9, http://www.playvid.com/watch/m45C0H52j-P,
http://www.playvid.com/watch/kit2oRIzxXm, http://www.playvid.com/watch/OK36rWlL88i, http://www.playvid.com/watch/gusnEgQ2yA3,
http://www.playvid.com/watch/nekSWxJjnlc, http://www.playvid.com/watch/0WctqnP93Qm, http://www.playvid.com/watch/LYU7nj6nRkx,
http://www.playvid.com/watch/bN6ab-c3wxi, http://www.playvid.com/watch/n8B42-MScc5, http://www.playvid.com/watch/KyWdcPgUoiQ,
http://www.playvid.com/watch/BW9eEcsgW5i, http://www.playvid.com/watch/oDnQUhAkMqk, http://www.playvid.com/watch/gbFjjJYIOX5,
http://www.playvid.com/watch/mL5H2G8AL-M, http://www.playvid.com/watch/gMnZIo5HmdF, http://www.playvid.com/watch/WH59IdUGkOJ,
http://www.playvid.com/watch/kdzofdjY6fN, http://www.playvid.com/watch/f_oSJ9lm8wu, http://www.playvid.com/watch/tyyVQrI2lQ8,
http://www.playvid.com/watch/Nli7USHNfTy, http://www.playvid.com/watch/G-ja_TW1uAw, http://www.playvid.com/watch/Qh8qXOOf9OK,
http://www.playvid.com/watch/NNd-uO1AM_p, http://www.playvid.com/watch/KO3MF6x96GZ, http://www.playvid.com/watch/t_H98bI8Muf,
http://www.playvid.com/watch/UVmPyvg1_qp, http://www.playvid.com/watch/D3Om6mISVW7, http://www.playvid.com/watch/hh7lhSQmIGm,
http://www.playvid.com/watch/KX5hH2Tp5Af, http://www.playvid.com/watch/GcfAm-Ut7rv, http://www.playvid.com/watch/DsCOKIpcWJ3,
http://www.playvid.com/watch/rj4FaBrbwbS, http://www.playvid.com/watch/Vj-afIrSjGx, http://www.playvid.com/watch/bZUK5hzcxWN,
http://www.playvid.com/watch/5mPS3nyPk4y, http://www.playvid.com/watch/UVjmb6MPd4M, http://www.playvid.com/watch/QQWKR-YnA3G,
http://www.playvid.com/watch/8MWkcOTYsAK, http://www.playvid.com/watch/NwlyQ4ftmuv, http://www.playvid.com/watch/vH67uM3KD93,
http://www.playvid.com/watch/7OWSkH2Kajn, http://www.playvid.com/watch/svAlruUY7t3, http://www.playvid.com/watch/dP2FYh5W2-V,
http://www.playvid.com/watch/QEB5E9nuHCm, http://www.playvid.com/watch/Wlau4g652pn, http://www.playvid.com/watch/eTmEkLE60Vo,
http://www.playvid.com/watch/g9yxLmGyNLO, http://www.playvid.com/watch/IWHwLqdIMB3, http://www.playvid.com/watch/PXu7hSg_gXE,
http://www.playvid.com/watch/IX6hS3DSHu2, http://www.playvid.com/watch/KNEyA7kd_UM, http://www.playvid.com/watch/wC0qfrYXtmp,
http://www.playvid.com/watch/g5VyuQJsXDg, http://www.playvid.com/watch/ndF-6x2Qgr4, http://www.playvid.com/watch/J5hbIAhWVI9,
http://www.playvid.com/watch/Bod3Cc5ulqa, http://www.playvid.com/watch/RnGWLcwmB6K, http://www.playvid.com/watch/SYfMuTZ1kRB,
http://www.playvid.com/watch/BdY-X3Bs_yL, http://www.playvid.com/watch/S19drj2LHK6, http://www.playvid.com/watch/ZaEFjP5kb-P,
http://www.playvid.com/watch/IVkiAwcvDta, http://www.playvid.com/watch/oXhrZBmO4VA, http://www.playvid.com/watch/3bavdYA1Scd,
http://www.playvid.com/watch/7hTGLZgaKNb, http://www.playvid.com/watch/boU8Wf1jwbF, http://www.playvid.com/watch/aXsq4avCRDl,
http://www.playvid.com/watch/eG6y49_ieyW, http://www.playvid.com/watch/B7hpLo1-rJD, http://www.playvid.com/watch/hMzgbnqP8v3,
http://www.playvid.com/watch/VNO8vhnsp-U, http://www.playvid.com/watch/zARY63Itpx4, http://www.playvid.com/watch/zWVMVzOPzGc,
http://www.playvid.com/watch/dJ_G3Q5K-1X, http://www.playvid.com/watch/QRxJNeBvyj4, http://www.playvid.com/watch/0jzgB-kJ5_7,
http://www.playvid.com/watch/q5LN3lpGEWs, http://www.playvid.com/watch/MXeD8ig7_3s, http://www.playvid.com/watch/e_f5otzvVfp,
http://www.playvid.com/watch/CUoxmHwsYKM, http://www.playvid.com/watch/pFOuHGFCGxA, http://www.playvid.com/watch/aRn0n5hHvyY,
http://www.playvid.com/watch/hXRzW7gr4EK, http://www.playvid.com/watch/6G895hRaFL2, http://www.playvid.com/watch/FBcMnxh8LVG,
http://www.playvid.com/watch/Eg6G1pc0M7L, http://www.playvid.com/watch/cMf1_b7xScP, http://www.playvid.com/watch/JwSYNFpBwgU,
http://www.playvid.com/watch/DNvQRlviRto, http://www.playvid.com/watch/4wCuoOxZgzo, http://www.playvid.com/watch/jTpVqrO_2rU,
http://www.playvid.com/watch/fYPOu8XdVaJ, http://www.playvid.com/watch/gGBMGb8GTb0, http://www.playvid.com/watch/8BEK2GjGTab,
http://www.playvid.com/watch/ydEv020wHpb, http://www.playvid.com/watch/XGSjaNNlG2j, http://www.playvid.com/watch/JqiLi0Pm29I,
http://www.playvid.com/watch/HHyhuarQWcK, http://www.playvid.com/watch/NCoExeNn04c, http://www.playvid.com/watch/sua66AmS02F,
http://www.playvid.com/watch/86c8lpwYrrC, http://www.playvid.com/watch/74fI9UMWcUq, http://www.playvid.com/watch/nlerezKxyL7,
http://www.playvid.com/watch/dkmxt0cDmRy, http://www.playvid.com/watch/3x-hiDYfjFI, http://www.playvid.com/watch/CtIdPgp2o5b,
http://www.playvid.com/watch/WfT2zSSn_Xh, http://www.playvid.com/watch/6lPpMn8lkdC, http://www.playvid.com/watch/qT_AKKVn3lG,
http://www.playvid.com/watch/unlFep91KxO, http://www.playvid.com/watch/AWvVx2mYeA9, http://www.playvid.com/watch/UdZT9jYhwgW,
http://www.playvid.com/watch/bHkVZ5wEu6u, http://www.playvid.com/watch/Q16uuwN3W8H, http://www.playvid.com/watch/KKGZXHWHgDk,
http://www.playvid.com/watch/EDavnVj3dYp, http://www.playvid.com/watch/5hDMi_oZ4P7, http://www.playvid.com/watch/uFDy4V3rAhg,
http://www.playvid.com/watch/VGWEZbb85WU, http://www.playvid.com/watch/tGcL7kS-xso, http://www.playvid.com/watch/rs2_ap4RZ40,
http://www.playvid.com/watch/4ez55lXx4xp, http://www.playvid.com/watch/rSO9f4fUEEx, http://www.playvid.com/watch/CkSiyfRIMuN,
http://www.playvid.com/watch/zL3VcOdsZsk, http://www.playvid.com/watch/L46G-s2NSzl, http://www.playvid.com/watch/ySv8X7YCUs6,
http://www.playvid.com/watch/lHIypqqGZve, http://www.playvid.com/watch/BItaA845LV5, http://www.playvid.com/watch/G_2o12ZvQac,
http://www.playvid.com/watch/mDu3RkAtYBD, http://www.playvid.com/watch/CQtnHP1Zl4L, http://www.playvid.com/watch/PvJqvGfH86O,
http://www.playvid.com/watch/sGW9IaGEi0g, http://www.playvid.com/watch/0BA1t1jfCeP, http://www.playvid.com/watch/4h2W6cOIklr,
http://www.playvid.com/watch/hw9HWu5_kQ4, http://www.playvid.com/watch/LGUFVA7LlGi, http://www.playvid.com/watch/tkaj0VBRWZY,
http://www.playvid.com/watch/ItLfFxPXiD0, http://www.playvid.com/watch/MAvUDNAwTkZ, http://www.playvid.com/watch/i8yObyghrwZ,
http://www.playvid.com/watch/Cb9aMt1PcdD, http://www.playvid.com/watch/fVf3C0lwvNp, http://www.playvid.com/watch/q9GPYG_C-gK,
http://www.playvid.com/watch/jkf3JnOWXaO, http://www.playvid.com/watch/qiNs1uUuE3w, http://www.playvid.com/watch/2wGGP-00k_G,
http://www.playvid.com/watch/c_DFHXDPhqG, http://www.playvid.com/watch/vE-L6Gvp8Z5, http://www.playvid.com/watch/mpACUuN3XWj,
http://www.playvid.com/watch/EHSmm7FtK2s, http://www.playvid.com/watch/GuCe7M2bz6j, http://www.playvid.com/watch/2LTIA6g8qtD,
http://www.playvid.com/watch/UsbjnXdKWDx, http://www.playvid.com/watch/4UvtXYMLXZg, http://www.playvid.com/watch/MSgCeUmoFGX,
http://www.playvid.com/watch/4eOCr79kG6c, http://www.playvid.com/watch/GXrFWWcux57, http://www.playvid.com/watch/BlNsc7HdwxS,
http://www.playvid.com/watch/Oe3ifpUWw19, http://www.playvid.com/watch/g-DCNltwm5S, http://www.playvid.com/watch/4kOQTd_5YqB,
http://www.playvid.com/watch/NgtWk0_MmZQ, http://www.playvid.com/watch/MDxVdIEkBG0, http://www.playvid.com/watch/LeD07-WhDPM,
http://www.playvid.com/watch/V8b3ygAz56b, http://www.playvid.com/watch/MEu_0rNOiX5, http://www.playvid.com/watch/DOraM95e275,
http://www.playvid.com/watch/gT_bmPRKu8i, http://www.playvid.com/watch/PRAvPNqyO0j, http://www.playvid.com/watch/JbwJZAxP9MC,
http://www.playvid.com/watch/GL70XaTTPD2, http://www.playvid.com/watch/XbzfHi6Poac, http://www.playvid.com/watch/HA8E3DbPH3f,
http://www.playvid.com/watch/3UVWuwEEJQD, http://www.playvid.com/watch/znoA1Q2W2DW, http://www.playvid.com/watch/ypK10uEfnwN,
http://www.playvid.com/watch/wGqoyQMbQxr, http://www.playvid.com/watch/ilFHM6CBH0N, http://www.playvid.com/watch/h5oS6eK-WOh,

http://www.playvid.com/watch/Nh84IC2RFpJ, http://www.playvid.com/watch/94Ar3Fe3b2b, http://www.playvid.com/watch/teDXYYeeHvE,
http://www.playvid.com/watch/qgGUNl_rtng, http://www.playvid.com/watch/k1Q5mnVIX_q, http://www.playvid.com/watch/r1k66R8k0NH,
http://www.playvid.com/watch/dtGKX4RHRqD, http://www.playvid.com/watch/OmaC_fI7aCn, http://www.playvid.com/watch/7WV41vAhIjS,
http://www.playvid.com/watch/HC1vS9BK14i, http://www.playvid.com/watch/7b1-nF9yFhb, http://www.playvid.com/watch/XbZd4VFUbh3,
http://www.playvid.com/watch/b1VDgYSARvh, http://www.playvid.com/watch/uVKQgbtX-s9, http://www.playvid.com/watch/QCuz3zgowPN,
http://www.playvid.com/watch/PQ1CLNZmqNf, http://www.playvid.com/watch/LJdbw0EmDE6, http://www.playvid.com/watch/S9T_ipiXcnm,
http://www.playvid.com/watch/yHb0gyviUOW, http://www.playvid.com/watch/Mmk1G2NiW1o, http://www.playvid.com/watch/VtYWmTtdEmO,
http://www.playvid.com/watch/xPuoMcAx82R, http://www.playvid.com/watch/i0h0VxIYLhx, http://www.playvid.com/watch/vtNaNETtqhU,
http://www.playvid.com/watch/f1CGJwJ4nrF, http://www.playvid.com/watch/ldDiW9Hq6eL, http://www.playvid.com/watch/x_eOvCwfB3Y,
http://www.playvid.com/watch/3zl1lGOFiaw, http://www.playvid.com/watch/xxByADQHpQY, http://www.playvid.com/watch/Z5qkgnmxo8Q,
http://www.playvid.com/watch/FnM9dwaUmoW, http://www.playvid.com/watch/rjvOGSL4cSm, http://www.playvid.com/watch/UTdHDjnhxYt,
http://www.playvid.com/watch/Av0wy_ZHcve, http://www.playvid.com/watch/MpEl9PAcnA2, http://www.playvid.com/watch/whTS5VAHFst,
http://www.playvid.com/watch/hz7pGzyhpuA, http://www.playvid.com/watch/xMP7MTuTEpx, http://www.playvid.com/watch/ozbgNbMxGkU,
http://www.playvid.com/watch/gb3uwk-8xxO, http://www.playvid.com/watch/dZmxHUwJHC9, http://www.playvid.com/watch/JrK080YO_ma,
http://www.playvid.com/watch/4LN6F8Uvs6s, http://www.playvid.com/watch/JTknSlQXSID, http://www.playvid.com/watch/QmPm7JvcGtY,
http://www.playvid.com/watch/cXYKdG-Bmx2, http://www.playvid.com/watch/DplXEaZzTlC, http://www.playvid.com/watch/X7SJJc2wVfy,
http://www.playvid.com/watch/SX1hiO_o9jB, http://www.playvid.com/watch/t6PfLiYP_ER, http://www.playvid.com/watch/Gl_PH31C6k0,
http://www.playvid.com/watch/KiI6poUKNH5, http://www.playvid.com/watch/EWT65ztNZYJ, http://www.playvid.com/watch/KHNqIUV2Rnw,
http://www.playvid.com/watch/n1ccQypINtA, http://www.playvid.com/watch/X4mbzCjnbw4, http://www.playvid.com/watch/4ja5Vai5o1y,
http://www.playvid.com/watch/dv3aFa-FKPr, http://www.playvid.com/watch/H05BX-6-LnS, http://www.playvid.com/watch/K2m9IDVZxcR,
http://www.playvid.com/watch/uiePANSnfiR, http://www.playvid.com/watch/pN5ZAJkEk2K, http://www.playvid.com/watch/BC1CahSas7V,
http://www.playvid.com/watch/GWBWtN00ikU, http://www.playvid.com/watch/hTNxgBW2G_R, http://www.playvid.com/watch/TG8pIUIjmre,
http://www.playvid.com/watch/xxJz0pOqDsX, http://www.playvid.com/watch/4NVMRyf-3n3, http://www.playvid.com/watch/S029jaaK7Vw,
http://www.playvid.com/watch/R0xkWuKJdMU, http://www.playvid.com/watch/yOMwqwGRu0b, http://www.playvid.com/watch/N6gIxaI3jyx,
http://www.playvid.com/watch/4l2O9WErQ3h, http://www.playvid.com/watch/Hm5BHgCt0D3, http://www.playvid.com/watch/07x97K5MJiS,
http://www.playvid.com/watch/m2zWRRwvrUI, http://www.playvid.com/watch/ystgZEMDB67, http://www.playvid.com/watch/pW2HKXRTjDL,
http://www.playvid.com/watch/Vsg5MhukxXP, http://www.playvid.com/watch/YZAsPe3eB_n, http://www.playvid.com/watch/ae57lkrDWoB,
http://www.playvid.com/watch/gaJ6AMDr1mp, http://www.playvid.com/watch/r8InFvIxPi0, http://www.playvid.com/watch/nX80HMCf6AA,
http://www.playvid.com/watch/XZWz38nrxK4, http://www.playvid.com/watch/ySkL2pWEbtQ, http://www.playvid.com/watch/eQ6PqFI5toj,
http://www.playvid.com/watch/Myl2-Tc9TLW, http://www.playvid.com/watch/ioimG82pyPr, http://www.playvid.com/watch/gLqRJdktgy7,
http://www.playvid.com/watch/u3IIBJXL-XG, http://www.playvid.com/watch/EVfqTV0U_lr, http://www.playvid.com/watch/636qSVxjynA,
http://www.playvid.com/watch/vAt4tD0Wq25, http://www.playvid.com/watch/gh8FzU06KGW, http://www.playvid.com/watch/csWsQUotsAd,
http://www.playvid.com/watch/AC6XUOZMGrm, http://www.playvid.com/watch/acQzIVOge_V, http://www.playvid.com/watch/0QhJ0YoZtqN,
http://www.playvid.com/watch/FDpO4m4VKMy, http://www.playvid.com/watch/OWuRM-sRPl9, http://www.playvid.com/watch/Ge9cn6XEiUp,
http://www.playvid.com/watch/vLR3CYXDYwG, http://www.playvid.com/watch/0yKz1mEOi2x, http://www.playvid.com/watch/f1hkk2f8bOn,
http://www.playvid.com/watch/xoBSl1D8ctC, http://www.playvid.com/watch/bLp2Rohvf0Y, http://www.playvid.com/watch/hesGeVn5UKI,
http://www.playvid.com/watch/0yipOvODg7g, http://www.playvid.com/watch/lkM_VfVe4LU, http://www.playvid.com/watch/XER7yG1JW7G,
http://www.playvid.com/watch/FsVce0EWGlj, http://www.playvid.com/watch/e6G9q_QzqCl, http://www.playvid.com/watch/0FT5gj0r9wE,
http://www.playvid.com/watch/mEES4Ie46qF, http://www.playvid.com/watch/RFgId7ZnXoO, http://www.playvid.com/watch/Bo-5B63wzuW,
http://www.playvid.com/watch/Cj54BznCl3M, http://www.playvid.com/watch/WI_haqUaH3X, http://www.playvid.com/watch/i-rwPIdtnA0,
http://www.playvid.com/watch/DKlE5Dh4vki, http://www.playvid.com/watch/t4wWtKhywyd, http://www.playvid.com/watch/vuwgsVMTSjw,
http://www.playvid.com/watch/c1zh2q5gdGS, http://www.playvid.com/watch/VQVygiMV-Kh, http://www.playvid.com/watch/vsSxfMhyt-g,
http://www.playvid.com/watch/vs0_TqV2CwV, http://www.playvid.com/watch/KnjE1_K_oOH, http://www.playvid.com/watch/5K7u61cOLIq,
http://www.playvid.com/watch/cQJxXefHszH, http://www.playvid.com/watch/uwkzuMPW8-n, http://www.playvid.com/watch/tJqwiCzahwH,
http://www.playvid.com/watch/bY8GUbmcrTj, http://www.playvid.com/watch/sVKWUYQRqJ6, http://www.playvid.com/watch/DxHR2fhYqbI,
http://www.playvid.com/watch/qgsGHLlGXwh, http://www.playvid.com/watch/nJ7SCHxfPjO, http://www.playvid.com/watch/HU-4ay8cg39,
http://www.playvid.com/watch/N5vVtvUziv8, http://www.playvid.com/watch/b4U9WOYrq9q, http://www.playvid.com/watch/2CML1FXmPdm,
http://www.playvid.com/watch/E2fdPWBvqLr, http://www.playvid.com/watch/MOXvPDtMh0W, http://www.playvid.com/watch/js0DRjSrDBv,
http://www.playvid.com/watch/vj1Rq-hKLs9, http://www.playvid.com/watch/exKduVYcOrO, http://www.playvid.com/watch/x_aVmTuejAJ,
http://www.playvid.com/watch/0W2mNT7eE2n, http://www.playvid.com/watch/bxNw4R-BvS2, http://www.playvid.com/watch/n4coU5payLQ,
http://www.playvid.com/watch/5C7VjtOEQZK

5.f. Date of third notice: 2014-10-27

5.g. Discipline imposed: Terminated

# Exhibit 3

| Tucker ¶ | User | Tucker "Upload" Date | Actual Upload Date | Notice Date | Tucker Days | Actual Days |
|---|---|---|---|---|---|---|
| 46 | analsexx | 20-Nov-13 | 23-Oct-13 | 20-Nov-13 | 0 | -28 |
| 29 | kakadu | 18-Sep-13 | 26-Jun-13 | 20-Jul-13 | 60 | -24 |
| 57 | mavachi | 12-Mar-14 | 22-Feb-14 | 12-Mar-14 | 0 | -18 |
| 32 | kakadu | 16-Sep-13 | 3-Jul-13 | 20-Jul-13 | 58 | -17 |
| 60 | kakadu | 16-Sep-13 | 3-Jul-13 | 20-Jul-13 | 58 | -17 |
| 53 | pankrat | 14-Apr-14 | 31-Mar-14 | 14-Apr-14 | 0 | -14 |
| 37 | kakadu | 16-Sep-13 | 7-Jul-13 | 20-Jul-13 | 58 | -13 |
| 41 | texbit | 2-May-14 | 28-Apr-14 | 2-May-14 | 0 | -4 |
| 48 | rawin | 4-May-14 | 30-Apr-14 | 4-May-14 | 0 | -4 |
| 49 | oharo | 26-Apr-14 | 22-Apr-14 | 26-Apr-14 | 0 | -4 |
| 55 | chokzo | 21-May-14 | 16-May-14 | 19-May-14 | 2 | -3 |
| 56 | hokochoko | 1-May-14 | 28-Apr-14 | 1-May-14 | 0 | -3 |
| 39 | amanito | 17-Apr-14 | 15-Apr-14 | 17-Apr-14 | 0 | -2 |
| 43 | tashka | 20-May-14 | 16-May-14 | 18-May-14 | 2 | -2 |
| 59 | tashka | 19-May-14 | 16-May-14 | 18-May-14 | 1 | -2 |
| 31 | casablanca07 | 13-May-14 | 12-May-14 | 13-May-14 | 0 | -1 |
| 33 | whitebill | 7-Mar-14 | 7-Mar-14 | 8-Mar-14 | -1 | -1 |
| 36 | taipei | 30-Apr-14 | 24-Apr-14 | 25-Apr-14 | 5 | -1 |
| 45 | Taipei | 26-Apr-14 | 24-Apr-14 | 25-Apr-14 | 1 | -1 |
| 35 | pinkmann | 1-May-14 | 28-Apr-14 | 28-Apr-14 | 3 | 0 |
| 42 | chokzo | 22-May-14 | 19-May-14 | 19-May-14 | 3 | 0 |
| 28 | tashka | 21-May-14 | 19-May-14 | 18-May-14 | 3 | 1 |
| 34 | minibikini | 3-Sep-13 | 2-Sep-13 | 1-Sep-13 | 2 | 1 |
| 61 | tashka | 22-May-14 | 19-May-14 | 18-May-14 | 4 | 1 |
| 38 | tashka | 22-May-14 | 20-May-14 | 18-May-14 | 4 | 2 |
| 50 | tashka | 23-May-14 | 20-May-14 | 18-May-14 | 5 | 2 |
| 51 | boomroom | 7-Dec-14 | 7-Dec-14 | 5-Dec-14 | 2 | 2 |
| 30 | vizavi | 5-Apr-14 | 5-Apr-14 | 1-Apr-14 | 4 | 4 |
| 52 | weluvporn12 | 10-Dec-13 | 10-Dec-13 | 3-Dec-13 | 7 | 7 |
| 44 | good_day | 22-Aug-14 | 21-Aug-14 | 25-Jul-14 | 28 | 27 |
| 40 | barabass | 24-Sep-13 | 24-Sep-13 | 22-Aug-13 | 33 | 33 |
| 54 | barabass | 17-Sep-13 | 24-Sep-13 | 22-Aug-13 | 26 | 33 |
| 47 | aurelia | 25-May-14 | 26-May-14 | 10-Apr-14 | 45 | 46 |
| 58 | aurelia | 25-May-14 | 26-May-14 | 10-Apr-14 | 45 | 46 |

# Exhibit 4

Search | Organization | organization like Nate Glass × | Showing 1 to 50 of 107 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 2053 | dmca | Nate Glass | 02/24/2016 | 02/27/2016 | 12 |
| 2031 | dmca | Nate Glass | 02/19/2016 | 02/20/2016 | 6 |
| 2028 | dmca | Nate Glass | 02/16/2016 | 02/20/2016 | 1 |
| 2029 | dmca | Nate Glass | 02/16/2016 | 02/20/2016 | 7 |
| 2030 | dmca | Nate Glass | 02/16/2016 | 02/20/2016 | 16 |
| 2006 | dmca | Nate Glass | 02/09/2016 | 02/14/2016 | 6 |
| 1964 | dmca | Nate Glass | 02/05/2016 | 02/07/2016 | 5 |
| 1962 | dmca | Nate Glass | 02/04/2016 | 02/07/2016 | 2 |
| 1963 | dmca | Nate Glass | 02/04/2016 | 02/07/2016 | 88 |
| 1951 | dmca | Nate Glass | 01/28/2016 | 02/01/2016 | 1 |
| 1952 | dmca | Nate Glass | 01/28/2016 | 02/01/2016 | 1 |
| 1921 | dmca | Nate Glass | 01/27/2016 | 01/28/2016 | 3 |
| 1880 | dmca | Nate Glass | 01/20/2016 | 01/22/2016 | 39 |
| 1771 | dmca | Nate Glass | 12/31/2015 | 12/31/2015 | 1 |
| 1770 | dmca | Nate Glass | 12/30/2015 | 12/31/2015 | 4 |
| 1769 | dmca | Nate Glass | 12/28/2015 | 12/31/2015 | 134 |
| 1720 | dmca | Nate Glass | 12/24/2015 | 12/25/2015 | 5 |
| 1719 | dmca | Nate Glass | 12/23/2015 | 12/25/2015 | 1 |
| 1706 | dmca | Nate Glass | 12/20/2015 | 12/22/2015 | 9 |
| 1681 | dmca | Nate Glass | 12/16/2015 | 12/18/2015 | 2 |
| 1675 | dmca | Nate Glass | 12/12/2015 | 12/12/2015 | 1 |
| 1674 | dmca | Nate Glass | 12/10/2015 | 12/12/2015 | 8 |
| 1673 | dmca | Nate Glass | 12/09/2015 | 12/11/2015 | 4 |
| 1614 | dmca | Nate Glass | 12/04/2015 | 12/04/2015 | 6 |
| 1381 | dmca | Nate Glass | 11/12/2015 | 11/15/2015 | 5 |
| 1380 | dmca | Nate Glass | 11/11/2015 | 11/15/2015 | 1 |
| 1366 | dmca | Nate Glass | 11/10/2015 | 11/13/2015 | 1 |
| 1224 | dmca | Nate Glass | 10/29/2015 | 11/01/2015 | 1 |
| 1225 | dmca | Nate Glass | 10/29/2015 | 11/01/2015 | 3 |
| 1223 | dmca | Nate Glass | 10/28/2015 | 11/01/2015 | 1 |
| 1222 | dmca | Nate Glass | 10/24/2015 | 10/27/2015 | 295 |
| 1136 | dmca | Nate Glass | 10/13/2015 | 10/18/2015 | 3 |
| 1079 | dmca | Nate Glass | 10/05/2015 | 10/06/2015 | 39 |
| 1080 | dmca | Nate Glass | 10/05/2015 | 10/06/2015 | 2 |
| 1057 | dmca | Nate Glass | 10/02/2015 | 10/03/2015 | 1 |
| 1055 | dmca | Nate Glass | 10/01/2015 | 10/02/2015 | 3 |
| 1013 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 7 |
| 1014 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 585 |
| 1015 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 585 |
| 1016 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 37 |
| 1017 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 289 |
| 1018 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 251 |
| 1019 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 8 |
| 1012 | dmca | Nate Glass | 09/23/2015 | 09/25/2015 | 2 |
| 981 | dmca | Nate Glass | 09/20/2015 | 09/22/2015 | 1 |
| 959 | dmca | Nate Glass | 09/18/2015 | 09/18/2015 | 1 |
| 957 | dmca | Nate Glass | 09/17/2015 | 09/18/2015 | 1 |
| 958 | dmca | Nate Glass | 09/17/2015 | 09/18/2015 | 1 |
| 892 | dmca | Nate Glass | 09/07/2015 | 09/09/2015 | 1 |
| 891 | dmca | Nate Glass | 09/05/2015 | 09/09/2015 | 14 |

Show 50 entries

1 2 3

Search | Organization | organization like Nate Glass × | Showing 51 to 100 of 107 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 865 | dmca | Nate Glass | 09/03/2015 | 09/04/2015 | 1 |
| 784 | dmca | Nate Glass | 08/25/2015 | 08/26/2015 | 1 |
| 704 | dmca | Nate Glass | 08/12/2015 | 08/14/2015 | 1 |
| 705 | dmca | Nate Glass | 08/12/2015 | 08/14/2015 | 1 |
| 615 | dmca | Nate Glass | 08/01/2015 | 08/01/2015 | 5 |
| 616 | dmca | Nate Glass | 07/31/2015 | 08/01/2015 | 11 |
| 617 | dmca | Nate Glass | 07/31/2015 | 08/01/2015 | 3 |
| 618 | dmca | Nate Glass | 07/31/2015 | 08/01/2015 | 1 |
| 619 | dmca | Nate Glass | 07/31/2015 | 08/01/2015 | 3 |
| 620 | dmca | Nate Glass | 07/31/2015 | 08/01/2015 | 2 |
| 483 | dmca | Nate Glass | 07/20/2015 | 07/21/2015 | 2 |
| 462 | dmca | Nate Glass | 07/18/2015 | 07/19/2015 | 3 |
| 456 | dmca | Nate Glass | 07/17/2015 | 07/19/2015 | 9 |
| 455 | dmca | Nate Glass | 07/16/2015 | 07/19/2015 | 6 |
| 406 | dmca | Nate Glass | 07/14/2015 | 07/15/2015 | 2 |
| 407 | dmca | Nate Glass | 07/14/2015 | 07/15/2015 | 2 |
| 366 | dmca | Nate Glass | 07/10/2015 | 07/10/2015 | 9 |
| 367 | dmca | Nate Glass | 07/10/2015 | 07/10/2015 | 2 |
| 368 | dmca | Nate Glass | 07/10/2015 | 07/10/2015 | 5 |
| 369 | dmca | Nate Glass | 07/10/2015 | 07/10/2015 | 6 |
| 373 | dmca | Nate Glass | 07/09/2015 | 07/14/2015 | 5 |
| 374 | dmca | Nate Glass | 07/09/2015 | 07/14/2015 | 146 |
| 375 | dmca | Nate Glass | 07/09/2015 | 07/14/2015 | 1 |
| 304 | dmca | Nate Glass | 07/02/2015 | 07/03/2015 | 10 |
| 305 | dmca | Nate Glass | 07/02/2015 | 07/03/2015 | 3 |
| 306 | dmca | Nate Glass | 07/02/2015 | 07/03/2015 | 194 |
| 247 | dmca | Nate Glass | 07/01/2015 | 07/01/2015 | 1 |
| 248 | dmca | Nate Glass | 06/30/2015 | 07/01/2015 | 4 |
| 250 | dmca | Nate Glass | 06/30/2015 | 07/01/2015 | 1 |
| 244 | dmca | Nate Glass | 06/28/2015 | 06/29/2015 | 5 |
| 245 | dmca | Nate Glass | 06/27/2015 | 06/29/2015 | 2 |
| 209 | dmca | Nate Glass | 06/25/2015 | 06/26/2015 | 1 |
| 210 | dmca | Nate Glass | 06/25/2015 | 06/26/2015 | 4 |
| 202 | dmca | Nate Glass | 06/24/2015 | 06/26/2015 | 2 |
| 203 | dmca | Nate Glass | 06/24/2015 | 06/26/2015 | 14 |
| 204 | dmca | Nate Glass | 06/24/2015 | 06/26/2015 | 3 |
| 196 | dmca | Nate Glass | 06/23/2015 | 06/25/2015 | 44 |
| 197 | dmca | Nate Glass | 06/23/2015 | 06/25/2015 | 1 |
| 198 | dmca | Nate Glass | 06/23/2015 | 06/25/2015 | 1 |
| 199 | dmca | Nate Glass | 06/23/2015 | 06/25/2015 | 1 |
| 190 | dmca | Nate Glass | 06/20/2015 | 06/23/2015 | 1 |
| 192 | dmca | Nate Glass | 06/20/2015 | 06/23/2015 | 1 |
| 193 | dmca | Nate Glass | 06/20/2015 | 06/23/2015 | 1 |
| 98 | dmca | Nate Glass | 06/13/2015 | 06/15/2015 | 17 |
| 95 | dmca | Nate Glass | 06/11/2015 | 06/15/2015 | 9 |
| 96 | dmca | Nate Glass | 06/11/2015 | 06/15/2015 | 1 |
| 92 | dmca | Nate Glass | 06/10/2015 | 06/12/2015 | 14 |
| 94 | dmca | Nate Glass | 06/10/2015 | 06/12/2015 | 3 |
| 47 | dmca | Nate Glass | 06/09/2015 | 06/10/2015 | 1 |
| 48 | dmca | Nate Glass | 06/09/2015 | 06/10/2015 | 1 |

Show 50 entries

1 2 3

Search | Organization | organization like Nate Glass ✕

Showing 101 to 107 of 107 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 49 | dmca | Nate Glass | 06/09/2015 | 06/10/2015 | 1 |
| 50 | dmca | Nate Glass | 06/09/2015 | 06/10/2015 | 5 |
| 54 | dmca | Nate Glass | 06/09/2015 | 06/10/2015 | 20 |
| 15 | dmca | Nate Glass | 06/06/2015 | 06/08/2015 | 136 |
| 14 | dmca | Nate Glass | 06/05/2015 | 06/08/2015 | 12 |
| 12 | dmca | Nate Glass | 06/04/2015 | 06/08/2015 | 108 |
| 9 | dmca | Nate Glass | 06/03/2015 | 06/05/2015 | 52 |

Show 50 entries

1 2 3

Search | Organization | organization like Nate Glass × | Showing 1 to 50 of 148 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 2082 | dmca | Nate Glass | 03/02/2016 | 03/06/2016 | 557 |
| 2083 | dmca | Nate Glass | 03/02/2016 | 03/06/2016 | 711 |
| 2060 | dmca | Nate Glass | 02/27/2016 | 03/01/2016 | 53 |
| 2059 | dmca | Nate Glass | 02/26/2016 | 03/01/2016 | 8 |
| 2052 | dmca | Nate Glass | 02/24/2016 | 02/27/2016 | 14 |
| 2042 | dmca | Nate Glass | 02/20/2016 | 02/23/2016 | 16 |
| 2036 | dmca | Nate Glass | 02/16/2016 | 02/20/2016 | 10 |
| 2037 | dmca | Nate Glass | 02/16/2016 | 02/20/2016 | 10 |
| 2010 | dmca | Nate Glass | 02/12/2016 | 02/14/2016 | 7 |
| 1909 | dmca | Nate Glass | 02/05/2016 | 02/07/2016 | 4 |
| 1907 | dmca | Nate Glass | 02/04/2016 | 02/07/2016 | 9 |
| 1908 | dmca | Nate Glass | 02/04/2016 | 02/07/2016 | 1 |
| 1884 | dmca | Nate Glass | 01/29/2016 | 02/01/2016 | 4 |
| 1883 | dmca | Nate Glass | 01/28/2016 | 02/01/2016 | 4 |
| 1865 | dmca | Nate Glass | 01/27/2016 | 01/28/2016 | 1 |
| 1866 | dmca | Nate Glass | 01/27/2016 | 01/28/2016 | 40 |
| 1838 | dmca | Nate Glass | 01/20/2016 | 01/22/2016 | 20 |
| 1800 | dmca | Nate Glass | 01/12/2016 | 01/16/2016 | 24 |
| 1744 | dmca | Nate Glass | 12/30/2015 | 12/31/2015 | 20 |
| 1742 | dmca | Nate Glass | 12/29/2015 | 12/31/2015 | 5 |
| 1741 | dmca | Nate Glass | 12/28/2015 | 12/31/2015 | 123 |
| 1740 | dmca | Nate Glass | 12/27/2015 | 12/31/2015 | 1 |
| 1694 | dmca | Nate Glass | 12/25/2015 | 12/25/2015 | 1 |
| 1692 | dmca | Nate Glass | 12/24/2015 | 12/25/2015 | 68 |
| 1687 | dmca | Nate Glass | 12/23/2015 | 12/25/2015 | 25 |
| 1682 | dmca | Nate Glass | 12/20/2015 | 12/22/2015 | 9 |
| 1663 | dmca | Nate Glass | 12/15/2015 | 12/18/2015 | 11 |
| 1659 | dmca | Nate Glass | 12/13/2015 | 12/14/2015 | 1 |
| 1658 | dmca | Nate Glass | 12/11/2015 | 12/12/2015 | 1 |
| 1639 | dmca | Nate Glass | 12/09/2015 | 12/11/2015 | 8 |
| 1636 | dmca | Nate Glass | 12/08/2015 | 12/09/2015 | 42 |
| 1626 | dmca | Nate Glass | 12/05/2015 | 12/07/2015 | 2 |
| 1624 | dmca | Nate Glass | 12/04/2015 | 12/04/2015 | 7 |
| 1625 | dmca | Nate Glass | 12/04/2015 | 12/04/2015 | 6 |
| 1623 | dmca | Nate Glass | 12/03/2015 | 12/04/2015 | 3 |
| 1612 | dmca | Nate Glass | 12/02/2015 | 12/02/2015 | 36 |
| 1603 | dmca | Nate Glass | 12/01/2015 | 12/01/2015 | 461 |
| 1602 | dmca | Nate Glass | 11/28/2015 | 12/01/2015 | 718 |
| 1600 | dmca | Nate Glass | 11/26/2015 | 11/30/2015 | 406 |
| 1601 | dmca | Nate Glass | 11/26/2015 | 11/30/2015 | 406 |
| 1599 | dmca | Nate Glass | 11/25/2015 | 11/30/2015 | 363 |
| 1588 | dmca | Nate Glass | 11/24/2015 | 11/27/2015 | 55 |
| 1589 | dmca | Nate Glass | 11/24/2015 | 11/27/2015 | 393 |
| 1567 | dmca | Nate Glass | 11/23/2015 | 11/25/2015 | 10 |
| 1557 | dmca | Nate Glass | 11/22/2015 | 11/23/2015 | 90 |
| 1554 | dmca | Nate Glass | 11/21/2015 | 11/23/2015 | 5 |
| 1556 | dmca | Nate Glass | 11/21/2015 | 11/23/2015 | 59 |
| 1553 | dmca | Nate Glass | 11/20/2015 | 11/23/2015 | 145 |
| 1533 | dmca | Nate Glass | 11/18/2015 | 11/20/2015 | 124 |
| 1534 | dmca | Nate Glass | 11/18/2015 | 11/20/2015 | 7 |

Show 50 entries

1 2 3

Search | Organization | organization like Nate Glass ×

Showing 51 to 100 of 148 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 1530 | dmca | Nate Glass | 11/17/2015 | 11/19/2015 | 7 |
| 1531 | dmca | Nate Glass | 11/17/2015 | 11/19/2015 | 287 |
| 1527 | dmca | Nate Glass | 11/14/2015 | 11/17/2015 | 43 |
| 1528 | dmca | Nate Glass | 11/14/2015 | 11/17/2015 | 40 |
| 1529 | dmca | Nate Glass | 11/14/2015 | 11/17/2015 | 187 |
| 1525 | dmca | Nate Glass | 11/13/2015 | 11/17/2015 | 4 |
| 1526 | dmca | Nate Glass | 11/13/2015 | 11/17/2015 | 89 |
| 1053 | dmca | Nate Glass | 11/12/2015 | 11/15/2015 | 132 |
| 1051 | dmca | Nate Glass | 11/11/2015 | 11/15/2015 | 44 |
| 1052 | dmca | Nate Glass | 11/11/2015 | 11/15/2015 | 398 |
| 1027 | dmca | Nate Glass | 11/09/2015 | 11/09/2015 | 12 |
| 1026 | dmca | Nate Glass | 11/08/2015 | 11/09/2015 | 288 |
| 1024 | dmca | Nate Glass | 11/07/2015 | 11/09/2015 | 2 |
| 1025 | dmca | Nate Glass | 11/07/2015 | 11/09/2015 | 209 |
| 986 | dmca | Nate Glass | 11/06/2015 | 11/07/2015 | 38 |
| 981 | dmca | Nate Glass | 11/05/2015 | 11/07/2015 | 26 |
| 979 | dmca | Nate Glass | 11/03/2015 | 11/07/2015 | 11 |
| 978 | dmca | Nate Glass | 11/01/2015 | 11/07/2015 | 7 |
| 931 | dmca | Nate Glass | 10/30/2015 | 11/01/2015 | 119 |
| 928 | dmca | Nate Glass | 10/29/2015 | 11/01/2015 | 12 |
| 929 | dmca | Nate Glass | 10/29/2015 | 11/01/2015 | 48 |
| 930 | dmca | Nate Glass | 10/29/2015 | 11/01/2015 | 11 |
| 926 | dmca | Nate Glass | 10/28/2015 | 11/01/2015 | 1 |
| 916 | dmca | Nate Glass | 10/27/2015 | 10/28/2015 | 25 |
| 914 | dmca | Nate Glass | 10/25/2015 | 10/28/2015 | 27 |
| 912 | dmca | Nate Glass | 10/24/2015 | 10/27/2015 | 22 |
| 913 | dmca | Nate Glass | 10/24/2015 | 10/27/2015 | 3 |
| 911 | dmca | Nate Glass | 10/23/2015 | 10/27/2015 | 63 |
| 883 | dmca | Nate Glass | 10/22/2015 | 10/26/2015 | 59 |
| 884 | dmca | Nate Glass | 10/21/2015 | 10/26/2015 | 3 |
| 885 | dmca | Nate Glass | 10/21/2015 | 10/26/2015 | 56 |
| 848 | dmca | Nate Glass | 10/20/2015 | 10/21/2015 | 201 |
| 839 | dmca | Nate Glass | 10/17/2015 | 10/20/2015 | 50 |
| 836 | dmca | Nate Glass | 10/16/2015 | 10/20/2015 | 6 |
| 837 | dmca | Nate Glass | 10/16/2015 | 10/20/2015 | 122 |
| 834 | dmca | Nate Glass | 10/15/2015 | 10/20/2015 | 12 |
| 833 | dmca | Nate Glass | 10/14/2015 | 10/20/2015 | 73 |
| 810 | dmca | Nate Glass | 10/13/2015 | 10/18/2015 | 250 |
| 779 | dmca | Nate Glass | 10/09/2015 | 10/12/2015 | 51 |
| 766 | dmca | Nate Glass | 10/09/2015 | 10/09/2015 | 32 |
| 764 | dmca | Nate Glass | 10/08/2015 | 10/09/2015 | 91 |
| 765 | dmca | Nate Glass | 10/08/2015 | 10/09/2015 | 67 |
| 762 | dmca | Nate Glass | 10/07/2015 | 10/08/2015 | 16 |
| 759 | dmca | Nate Glass | 10/06/2015 | 10/08/2015 | 15 |
| 760 | dmca | Nate Glass | 10/06/2015 | 10/08/2015 | 2 |
| 761 | dmca | Nate Glass | 10/06/2015 | 10/08/2015 | 18 |
| 727 | dmca | Nate Glass | 10/05/2015 | 10/06/2015 | 124 |
| 728 | dmca | Nate Glass | 10/05/2015 | 10/06/2015 | 29 |
| 710 | dmca | Nate Glass | 10/02/2015 | 10/03/2015 | 30 |
| 711 | dmca | Nate Glass | 10/02/2015 | 10/03/2015 | 2 |

Show 50 entries

1 2 3

Search | Organization | organization like Nate Glass × | Showing 101 to 148 of 148 entries

| Id | Type | Organization | Notice Date | Processed Date | Links Count |
|---|---|---|---|---|---|
| 712 | dmca | Nate Glass | 10/02/2015 | 10/03/2015 | 43 |
| 708 | dmca | Nate Glass | 10/01/2015 | 10/02/2015 | 72 |
| 706 | dmca | Nate Glass | 09/30/2015 | 10/01/2015 | 47 |
| 707 | dmca | Nate Glass | 09/30/2015 | 10/01/2015 | 3 |
| 676 | dmca | Nate Glass | 09/29/2015 | 09/30/2015 | 16 |
| 682 | dmca | Nate Glass | 09/29/2015 | 09/30/2015 | 46 |
| 683 | dmca | Nate Glass | 09/29/2015 | 09/30/2015 | 2 |
| 684 | dmca | Nate Glass | 09/29/2015 | 09/30/2015 | 59 |
| 685 | dmca | Nate Glass | 09/29/2015 | 09/30/2015 | 98 |
| 667 | dmca | Nate Glass | 09/25/2015 | 09/27/2015 | 108 |
| 664 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 43 |
| 665 | dmca | Nate Glass | 09/24/2015 | 09/25/2015 | 2 |
| 666 | dmca | Nate Glass | 09/24/2015 | 09/26/2015 | 214 |
| 663 | dmca | Nate Glass | 09/23/2015 | 09/25/2015 | 39 |
| 644 | dmca | Nate Glass | 09/22/2015 | 09/22/2015 | 1 |
| 642 | dmca | Nate Glass | 09/20/2015 | 09/22/2015 | 6 |
| 627 | dmca | Nate Glass | 09/18/2015 | 09/18/2015 | 5 |
| 628 | dmca | Nate Glass | 09/18/2015 | 09/18/2015 | 106 |
| 629 | dmca | Nate Glass | 09/18/2015 | 09/18/2015 | 2 |
| 625 | dmca | Nate Glass | 09/17/2015 | 09/18/2015 | 4 |
| 626 | dmca | Nate Glass | 09/17/2015 | 09/18/2015 | 2 |
| 619 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 12 |
| 620 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 36 |
| 621 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 20 |
| 622 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 45 |
| 623 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 2 |
| 624 | dmca | Nate Glass | 09/15/2015 | 09/18/2015 | 30 |
| 588 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 4 |
| 589 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 2 |
| 590 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 1 |
| 591 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 2 |
| 592 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 2 |
| 593 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 15 |
| 594 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 4 |
| 595 | dmca | Nate Glass | 09/12/2015 | 09/14/2015 | 5 |
| 577 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 3 |
| 578 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 6 |
| 579 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 1 |
| 580 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 1 |
| 581 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 6 |
| 582 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 4 |
| 583 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 3 |
| 584 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 12 |
| 585 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 7 |
| 586 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 2 |
| 587 | dmca | Nate Glass | 09/11/2015 | 09/14/2015 | 3 |
| 524 | dmca | Nate Glass | 08/22/2015 | 08/26/2015 | 1 |
| 473 | dmca | Nate Glass | 08/07/2015 | 08/07/2015 | 1 |

Show 50 entries

1 2 3